## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **WINN-DIXIE STORES, INC., et al.,** | **Case No. 05-03817-3F1** |
| **Debtors.**[1] | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

  1.   I am of legal age and I am not a party to this action.

  2.   I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

  3.   On or about October 6, 2006 I caused copies of:

  •   the **Notice of Transfer of Claim Other Than For Security**

       to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice(s) as listed above is attached hereto as Exhibit B.

Dated: October 9, 2006

_____
Kathleen M. Logan

---

[1]        In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

SERVICE LIST

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 492840-97
CARDINAL CAPITAL PARTNERS INC
EMPLOYEE PROFIT SHARING PLAN/TRUST
AKA CCP EMPLOYEE PROFIT SHARING PLA
C/O SCOTT HAIRE
8214 WESTCHESTER DR 9TH FLR
DALLAS TX 75225

CREDITOR ID: 410561-15
CCP EMPLOYEE PROFIT SHARING PLAN
& TRUST
C/O HIERSCHE HAYWARD DRAKELEY ET AL
ATTN RUSSELL W MILLS, ESQ
15303 DALLAS PARKWAY, SUITE 700
ADDISON TX 75001

CREDITOR ID: 279197-99
COLE'S QUALITY FOODS INC
C/O VARNUM RIDDERING SCHMIDT ET AL
ATTN:  T J CURTIN & M K SHAVER, ESQ
BRIDGEWATER PLACE
PO BOX 352
GRAND RAPIDS MI 49501-3052

CREDITOR ID: 279351-36
COLE'S QUALITY FOODS INC
ATTN: CYNTHIA A HARVARD, CFO
1188 LAKESHORE DRIVE
MUSKEGON MI 49441-1691

CREDITOR ID: 416956-98
CONTRARIAN FUNDS, LLC
ATTN MICHAEL J RESTIFO, CFO/MEMBER
411 WEST PUTNAM AVE S-225
GREENWICH CT 06830

CREDITOR ID: 417049-97
DUANE MORRIS LLP
ATTN MARGERY N REED ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103-4196

CREDITOR ID: 278878-30
ELITE EXPORTS INC SA
ATTN: JUAN CARLOS MADRINAN, PRES
1665 NW 102 AVENUE, STE 101
MIAMI, FL 33172

CREDITOR ID: 534816-98
EQUITY TRUST CO CUSTODIAN
FBO BENJAMIN D TARVER IRA
C/O BENJAMIN TARVER
11152 WESTHEIMER ROAD #796
HOUSTON TX 77042

CREDITOR ID: 408404-98
FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

CREDITOR ID: 410716-15
FARMINGTON FOODS
ATTN ALBERT A LAVALLE, FIN DIR
7419 W FRANKLIN STREET
FOREST PARK IL 60130

CREDITOR ID: 249391-12
FARMINGTON FOODS
ATTN ALBERT A LAVALLE, FIN DIR
4806 PAYSPHERE CIRCLE
CHICAGO, IL 60674

CREDITOR ID: 250724-12
GOOD HUMOR BREYERS ICE CREAM
ATTN CRAIG STARGARDT, CREDIT MGR
909 PACKERLAND DRIVE
GREEN BAY WI 54303

CREDITOR ID: 534936-97
GRANT, ROBIN
C/O J SCOTT NOONEY & ASSOCIATES
ATTN: J. SCOTT NOONEY, ESQ
3535 HENDRICKS AVENUE
JACKSONVILLE FL 32207

CREDITOR ID: 408223-15
GRANT, ROBIN
7569 JOHN F KENNEDY DRIVE W
JACKSONVILLE FL 32219

CREDITOR ID: 381772-15
MACKAY ENVELOPE COMPANY, LLC
ATTN SUSAN RAUSCH, CORP CR MGR
2100 ELM STREET SE
MINNEAPOLIS MN 55414-2597

CREDITOR ID: 405906-98
MADISON INVESTMENT TRUST - SERIES 3
ATTN KRISTY STARK, CLEARING OPS MGR
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

CREDITOR ID: 384235-47
METTLER-TOLEDO, INC
ATTN DANIEL P BUETTIN, RET CR DEPT
1900 POLARIS PARKWAY
COLUMBUS OH 43240

CREDITOR ID: 492841-98
PRINCIPAL LIFE INSURANCE COMPANY
C/O PRINCIPAL REAL ESTATE INVESTORS
ATTN DARIN BENNIGSDORF
801 GRAND AVE
DES MOINES IA 50392-1450

CREDITOR ID: 407577-98
REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

CREDITOR ID: 399292-15
RENAISSANCE GROUP INTERNATIONAL INC
ATTN RICHARD BERGSTROM, PRES
1545 ROUTE 37 W, SUITE 9
TOMS RIVER NJ 08755

CREDITOR ID: 534935-97
SENECA FOODS CORPORATION
C/O JAECKLE FLEISCHMAN & MUGEL LLP
ATTN: JOSEPH W ALLEN, ESQ
12 FOUNTAIN PLAZA
BUFFALO NY 14202-2292

CREDITOR ID: 382085-36
SENECA FOODS CORPORATION
ATTN JANE E SLOAN, CR MGR
3736 S MAIN STREET
MARION NY 14505

CREDITOR ID: 403942-94
SKORA, JEANA L
13122 BANFF LANE
SURPRISE AZ 85379

CREDITOR ID: 417106-98
SMITHTOWN BAY LLC
ATTN DAVID A ERICSON, VP
BRIAN NAAS
601 CARLSON PARKWAY SUITE 200
MINNETONKA MN 55305

CREDITOR ID: 261230-12
SOFTWARE SPECTRUM
ATTN: RANDY TEMPLE, CORP CREDIT MGR
PO BOX 848264
DALLAS, TX 75284-8264

CREDITOR ID: 416276-15
SOFTWARE SPECTRUM, INC
ATTN RANDY TEMPLE, CORP CREDIT MGR
3480 LOTUS DRIVE
PLANO TX 75075

CREDITOR ID: 410973-15
UNILEVER HOME & PERSONAL CARE
ATTN KRISTIN HOLLAND
75 MERRITT BLVD
TRUMBULL CT 06611

CREDITOR ID: 377597-44
UNILEVER HOME & PERSONAL CARE
1 JOHN STREET
CLINTON, CT 06413

CREDITOR ID: 423148-97
UNILEVER UNITED STATES INC
ATTN: BRIAN S CHEVLIN, DEP GEN CNSL
700 SYLVAN AVENUE, B3035
ENGLEWOOD CLIFFS NJ 07632-3100

CREDITOR ID: 264335-12
WAKULLA NEWS
PO BOX 307
CRAWFORDVILLE, FL 32326-0307

SERVICE LIST

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 264696-12
WESTSIDE FOODS INC
ATTN: THOMAS RYAN, PRES
HUNTS POINT STATION
PO BOX 740456
BRONX, NY 10474-9998

**Total:   31**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION**

In re: **WINN-DIXIE STORES, INC., ET AL.**                    **Case No.: 05-03817-3F1**
                                                             **Docket No.: 11378**

***AMENDED* NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

| | |
|---|---|
| CCP EMPLOYEE PROFIT SHARING PLAN<br>Name of Claimant/Transferor | PRINCIPAL LIFE INSURANCE COMPANY<br>Transferee |
| CCP EMPLOYEE PROFIT SHARING PLAN<br>& TRUST<br>C/O HIERSCHE HAYWARD DRAKELEY ET AL<br>ATTN RUSSELL W MILLS, ESQ<br>15303 DALLAS PARKWAY, SUITE 700<br>ADDISON TX 75001 | PRINCIPAL LIFE INSURANCE COMPANY<br>C/O PRINCIPAL REAL ESTATE INVESTORS<br>ATTN DARIN BENNIGSDORF<br>801 GRAND AVE<br>DES MOINES IA 50392-1450 |
| Phone: 972 701 7000<br>Account No.: 410561 | Phone:<br>Account No.: 492841 |
| CARDINAL CAPITAL PARTNERS INC<br>EMPLOYEE PROFIT SHARING PLAN/TRUST<br>AKA CCP EMPLOYEE PROFIT SHARING PLA<br>C/O SCOTT HAIRE<br>8214 WESTCHESTER DR 9TH FLR<br>DALLAS TX 75225 | DUANE MORRIS LLP<br>ATTN MARGERY N REED ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103-4196 |
| Phone:<br>Account No.: 492840 | Phone: 215 979 1518<br>Account No.: 417049 |

Claim No.: 8903                         Full Transfer:          Partial Transfer: ☒
Date Claim Filed: 7/27/2005             Unsecured Amount: $251,134.00
                                        Administrative Amount: $20,927.94

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/06/2006                                    /s/ Logan & Company, Inc.
                                                    Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 6, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11437

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

COLE'S QUALITY FOODS INC    ID: 279351

Name of Transferor

COLE'S QUALITY FOODS INC
ATTN: CYNTHIA A HARVARD, CFO
1188 LAKESHORE DRIVE
MUSKEGON MI 49441-1691

Phone: 231 722 1657

COLE'S QUALITY FOODS INC
C/O VARNUM RIDDERING SCHMIDT ET AL
ATTN:  T J CURTIN & M K SHAVER, ESQ
BRIDGEWATER PLACE
PO BOX 352
GRAND RAPIDS MI 49501-3052

Phone: 6163366000
ID: 279197

Claim No.: 4426
Date Claim Filed: 06/23/2005

CONTRARIAN FUNDS, LLC    ID: 416956

Current Transferee

CONTRARIAN FUNDS, LLC
ATTN MICHAEL J RESTIFO, CFO/MEMBER
411 WEST PUTNAM AVE S-225
GREENWICH CT 06830

Phone: 203 862 8200

SMITHTOWN BAY LLC    ID: 417106

Prior Transferee

SMITHTOWN BAY LLC
ATTN DAVID A ERICSON, VP
BRIAN NAAS
601 CARLSON PARKWAY SUITE 200
MINNETONKA MN 55305

Phone: 952 745 4451

Full Transfer:          Partial Transfer: (X)
Amount: $62,112.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/06/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 6, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11441

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ELITE EXPORTS INC SA      ID: 278878

Name of Transferor

ELITE EXPORTS INC SA
ATTN: JUAN CARLOS MADRINAN, PRES
1665 NW 102 AVENUE, STE 101
MIAMI, FL 33172

Phone:

CONTRARIAN FUNDS, LLC      ID: 416956

Current Transferee

CONTRARIAN FUNDS, LLC
ATTN MICHAEL J RESTIFO, CFO/MEMBER
411 WEST PUTNAM AVE S-225
GREENWICH CT 06830

Phone: 203 862 8200

SMITHTOWN BAY LLC      ID: 417106

Prior Transferee

SMITHTOWN BAY LLC
ATTN DAVID A ERICSON, VP
BRIAN NAAS
601 CARLSON PARKWAY SUITE 200
MINNETONKA MN 55305

Phone: 952 745 4451

Claim No.: 35604
Date Claim Filed: 04/07/2005

Full Transfer: (X)      Partial Transfer:
Amount: $948,414.29

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/06/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 6, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11438

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| FARMINGTON FOODS    ID: 249391 | CONTRARIAN FUNDS, LLC    ID: 416956 |
| Name of Transferor | Current Transferee |
| FARMINGTON FOODS<br>ATTN ALBERT A LAVALLE, FIN DIR<br>4806 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | CONTRARIAN FUNDS, LLC<br>ATTN MICHAEL J RESTIFO, CFO/MEMBER<br>411 WEST PUTNAM AVE S-225<br>GREENWICH CT 06830 |
| Phone: | Phone: 203 862 8200 |
| | SMITHTOWN BAY LLC    ID: 417106 |
| | Prior Transferee |
| FARMINGTON FOODS<br>ATTN ALBERT A LAVALLE, FIN DIR<br>7419 W FRANKLIN STREET<br>FOREST PARK IL 60130 | SMITHTOWN BAY LLC<br>ATTN DAVID A ERICSON, VP<br>BRIAN NAAS<br>601 CARLSON PARKWAY SUITE 200<br>MINNETONKA MN 55305 |
| Phone: 708 771 3600<br>ID: 410716 | Phone: 952 745 4451 |
| Claim No.: 9490<br>Date Claim Filed: 07/27/2005 | Full Transfer:          Partial Transfer: (X)<br>Amount: $446,982.84 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/06/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 6, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 11595

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| GOOD HUMOR BREYERS ICE CREAM    ID: 250724 | CONTRARIAN FUNDS, LLC    ID: 416956 |
|---|---|
| Name of Transferor | Current Transferee |

GOOD HUMOR BREYERS ICE CREAM
ATTN CRAIG STARGARDT, CREDIT MGR
909 PACKERLAND DRIVE
GREEN BAY  WI 54303

CONTRARIAN FUNDS, LLC
ATTN MICHAEL J RESTIFO, CFO/MEMBER
411 WEST PUTNAM AVE S-225
GREENWICH CT 06830

Phone:  920 497 6310

Phone:  203 862 8200

| SMITHTOWN BAY LLC    ID: 417106 |
|---|
| Prior Transferee |

UNILEVER UNITED STATES INC
ATTN: BRIAN S CHEVLIN, DEP GEN CNSL
700 SYLVAN AVENUE, B3035
ENGLEWOOD CLIFFS NJ 07632-3100

SMITHTOWN BAY LLC
ATTN DAVID A ERICSON, VP
BRIAN NAAS
601 CARLSON PARKWAY SUITE 200
MINNETONKA MN 55305

Phone:
ID: 423148

Phone: 952 745 4451

Claim No.: 10861                                      Full Transfer:              Partial Transfer:
Date Claim Filed: 07/28/2005                          Amount: $1,369,728.33

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/06/2006                                     /s/ Logan & Company, Inc.

                                                     Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 6, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11558

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

GRANT, ROBIN    ID: 408223

Name of Transferor

GRANT, ROBIN
7569 JOHN F KENNEDY DRIVE W
JACKSONVILLE FL 32219

Phone: 9043981992

EQUITY TRUST CO CUSTODIAN    ID: 534816

Name of Transferee

EQUITY TRUST CO CUSTODIAN
FBO BENJAMIN D TARVER IRA
C/O BENJAMIN TARVER
11152 WESTHEIMER ROAD #796
HOUSTON TX 77042

Phone: 713 491 4351

Claim No.: 6232
Date Claim Filed: 07/14/2005

Full Transfer:    (X)    Partial Transfer:
Amount: $7,500.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/06/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 6, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11632

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MACKAY ENVELOPE COMPANY, LLC    ID: 381772

Name of Transferor

MACKAY ENVELOPE COMPANY, LLC
ATTN SUSAN RAUSCH, CORP CR MGR
2100 ELM STREET SE
MINNEAPOLIS MN 55414-2597

Phone: 612 378 6207

FAIR HARBOR CAPITAL LLC    ID: 408404

Name of Transferee

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone: 212 967 4045

Claim No.: 174
Date Claim Filed: 03/15/2005

Full Transfer:    (X)    Partial Transfer:
Amount: $13,883.50

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/06/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 6, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11610

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

METTLER-TOLEDO, INC    ID: 384235
Name of Transferor

METTLER-TOLEDO, INC
ATTN DANIEL P BUETTIN, RET CR DEPT
1900 POLARIS PARKWAY
COLUMBUS OH 43240

Phone: 614 438 4933

REDROCK CAPITAL PARTNERS LLC    ID: 407577
Current Transferee

REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

Phone: 970 547 9058

FAIR HARBOR CAPITAL LLC    ID: 408404
Prior Transferee

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone: 212 967 4045

Claim No.: 6758
Date Claim Filed: 07/21/2005

Full Transfer: (X)        Partial Transfer:
Amount: $126,314.22

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/06/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 6, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11611

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

METTLER-TOLEDO, INC    ID: 384235

Name of Transferor

METTLER-TOLEDO, INC
ATTN DANIEL P BUETTIN, RET CR DEPT
1900 POLARIS PARKWAY
COLUMBUS OH 43240

Phone: 614 438 4933

REDROCK CAPITAL PARTNERS LLC    ID: 407577

Current Transferee

REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

Phone: 970 547 9058

FAIR HARBOR CAPITAL LLC    ID: 408404

Prior Transferee

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone: 212 967 4045

Claim No.: 6759
Date Claim Filed: 07/21/2005

Full Transfer: (X)        Partial Transfer:
Amount: $159,559.31

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/06/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 6, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11612

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

METTLER-TOLEDO, INC    ID: 384235

Name of Transferor

METTLER-TOLEDO, INC
ATTN DANIEL P BUETTIN, RET CR DEPT
1900 POLARIS PARKWAY
COLUMBUS OH 43240

Phone: 614 438 4933

REDROCK CAPITAL PARTNERS LLC    ID: 407577

Current Transferee

REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

Phone: 970 547 9058

FAIR HARBOR CAPITAL LLC    ID: 408404

Prior Transferee

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone: 212 967 4045

Claim No.: 7084
Date Claim Filed: 07/21/2005

Full Transfer: (X)          Partial Transfer:
Amount: $7,015.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/06/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 6, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11440

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

RENAISSANCE GROUP INTERNATIONAL INC     ID: 399292

Name of Transferor

RENAISSANCE GROUP INTERNATIONAL INC
ATTN RICHARD BERGSTROM, PRES
1545 ROUTE 37 W, SUITE 9
TOMS RIVER NJ 08755

Phone: 732 914 2212

CONTRARIAN FUNDS, LLC     ID: 416956

Current Transferee

CONTRARIAN FUNDS, LLC
ATTN MICHAEL J RESTIFO, CFO/MEMBER
411 WEST PUTNAM AVE S-225
GREENWICH CT 06830

Phone: 203 862 8200

SMITHTOWN BAY LLC     ID: 417106

Prior Transferee

SMITHTOWN BAY LLC
ATTN DAVID A ERICSON, VP
BRIAN NAAS
601 CARLSON PARKWAY SUITE 200
MINNETONKA MN 55305

Phone: 952 745 4451

Claim No.: 442
Date Claim Filed: 04/04/2005

Full Transfer: (X)        Partial Transfer:
Amount: $240,581.52

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule
3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office
of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection
is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/06/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at
telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 6, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: **05-03817-3F1**

Docket No.: **11436**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| SENECA FOODS CORPORATION    ID: 382085 | CONTRARIAN FUNDS, LLC    ID: 416956 |
| Name of Transferor | Current Transferee |
| SENECA FOODS CORPORATION<br>ATTN JANE E SLOAN, CR MGR<br>3736 S MAIN STREET<br>MARION NY 14505 | CONTRARIAN FUNDS, LLC<br>ATTN MICHAEL J RESTIFO, CFO/MEMBER<br>411 WEST PUTNAM AVE S-225<br>GREENWICH CT 06830 |
| Phone: 315 926 8100 | Phone: 203 862 8200 |
| | SMITHTOWN BAY LLC    ID: 417106 |
| | Prior Transferee |
| SENECA FOODS CORPORATION<br>C/O JAECKLE FLEISCHMAN & MUGEL LLP<br>ATTN: JOSEPH W ALLEN, ESQ<br>12 FOUNTAIN PLAZA<br>BUFFALO NY 14202-2292 | SMITHTOWN BAY LLC<br>ATTN DAVID A ERICSON, VP<br>BRIAN NAAS<br>601 CARLSON PARKWAY SUITE 200<br>MINNETONKA MN 55305 |
| Phone:<br>ID: 534935 | Phone: 952 745 4451 |
| Claim No.: 3791<br>Date Claim Filed: 06/08/2005 | Full Transfer:        Partial Transfer:<br>Amount: $873,181.04 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/06/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 6, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 11559

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SKORA, JEANA L    ID: 403942
Name of Transferor

SKORA, JEANA L
13122 BANFF LANE
SURPRISE AZ 85379

Phone: 623 544 3782

EQUITY TRUST CO CUSTODIAN    ID: 534816
Name of Transferee

EQUITY TRUST CO CUSTODIAN
FBO BENJAMIN D TARVER IRA
C/O BENJAMIN TARVER
11152 WESTHEIMER ROAD #796
HOUSTON TX 77042

Phone: 713 491 4351

Claim No.: 11370
Date Claim Filed: 08/08/2005

Full Transfer:    (X)    Partial Transfer:
Amount: $5,216.62

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/06/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 6, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11607

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SOFTWARE SPECTRUM    ID: 261230

Name of Transferor

SOFTWARE SPECTRUM
ATTN: RANDY TEMPLE, CORP CREDIT MGR
PO BOX 848264
DALLAS, TX 75284-8264

Phone:

MADISON INVESTMENT TRUST - SERIES 3    ID: 405906

Name of Transferee

MADISON INVESTMENT TRUST - SERIES 3
ATTN: KRISTY STARK, CLEARING OPS MGR
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

Phone: 913 982 5011

Claim No.: 31569

Date Claim Filed: 04/07/2005

Full Transfer:    (X)    Partial Transfer:

Amount: $162,264.59

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/06/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 6, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11608

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| SOFTWARE SPECTRUM     ID: 261230 | MADISON INVESTMENT TRUST - SERIES 3    ID: 405906 |
| Name of Transferor | Name of Transferee |

SOFTWARE SPECTRUM
ATTN: RANDY TEMPLE, CORP CREDIT MGR
PO BOX 848264
DALLAS, TX 75284-8264

MADISON INVESTMENT TRUST - SERIES 3
ATTN KRISTY STARK, CLEARING OPS MGR
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

Phone:

Phone: 913 982 5011

Claim No.: 35372                                    Full Transfer:    (X)    Partial Transfer:

Date Claim Filed: 04/07/2005                  Amount: $1,575.68

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/06/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 6, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11609

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SOFTWARE SPECTRUM, INC     ID: 416276

Name of Transferor

SOFTWARE SPECTRUM, INC
ATTN RANDY TEMPLE, CORP CREDIT MGR
3480 LOTUS DRIVE
PLANO TX 75075

Phone: 469 443 3598

MADISON INVESTMENT TRUST - SERIES 3     ID: 405906

Name of Transferee

MADISON INVESTMENT TRUST - SERIES 3
ATTN KRISTY STARK, CLEARING OPS MGR
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

Phone: 913 982 5011

Claim No.: 12279
Date Claim Filed: 10/25/2005

Full Transfer:   (X)     Partial Transfer:

Amount: $238,433.58

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/06/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 6, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11596

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| UNILEVER HOME & PERSONAL CARE    ID: 377597 | CONTRARIAN FUNDS, LLC    ID: 416956 |
|---|---|
| Name of Transferor | Current Transferee |

UNILEVER HOME & PERSONAL CARE
1 JOHN STREET
CLINTON, CT 06413

CONTRARIAN FUNDS, LLC
ATTN MICHAEL J RESTIFO, CFO/MEMBER
411 WEST PUTNAM AVE S-225
GREENWICH CT 06830

Phone:

Phone: 203 862 8200

| SMITHTOWN BAY LLC    ID: 417106 |
|---|
| Prior Transferee |

UNILEVER HOME & PERSONAL CARE
ATTN KRISTIN HOLLAND
75 MERRITT BLVD
TRUMBULL CT 06611

SMITHTOWN BAY LLC
ATTN DAVID A ERICSON, VP
BRIAN NAAS
601 CARLSON PARKWAY SUITE 200
MINNETONKA MN 55305

Phone: 203 381 3952
ID: 410973

Phone: 952 745 4451

Claim No.: 10347
Date Claim Filed: 08/01/2005

Full Transfer:          Partial Transfer:
Amount: $737,853.10

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/06/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 6, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11594

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

WAKULLA NEWS    ID: 264335

Name of Transferor

WAKULLA NEWS
ATTN: SHANNON P JOINER, CO-OWNER
PO BOX 307
CRAWFORDVILLE, FL 32326-0307

Phone:

FAIR HARBOR CAPITAL LLC    ID: 408404

Name of Transferee

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone: 212 967 4045

Claim No.: 31836
Date Claim Filed: 04/07/2005

Full Transfer:    (X)    Partial Transfer:
Amount: $1,062.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/06/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 6, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11439

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| WESTSIDE FOODS INC    ID: 264696 | CONTRARIAN FUNDS, LLC    ID: 416956 |
| Name of Transferor | Current Transferee |
| WESTSIDE FOODS INC<br>ATTN: THOMAS RYAN, PRES<br>HUNTS POINT STATION<br>PO BOX 740456<br>BRONX, NY 10474-9998 | CONTRARIAN FUNDS, LLC<br>ATTN MICHAEL J RESTIFO, CFO/MEMBER<br>411 WEST PUTNAM AVE S-225<br>GREENWICH CT 06830 |
| Phone: | Phone:  203 862 8200 |
| | SMITHTOWN BAY LLC    ID: 417106 |
| | Prior Transferee |
| | SMITHTOWN BAY LLC<br>ATTN DAVID A ERICSON, VP<br>BRIAN NAAS<br>601 CARLSON PARKWAY SUITE 200<br>MINNETONKA MN 55305 |
| | Phone:  952 745 4451 |

Claim No.: 35537

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Amount: $221,309.99

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/06/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 6, 2006.