UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT TO DEBTORS' OBJECTION TO MOTION OF TOWER CENTER ASSOCIATES, LTD. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE PRIORITY CLAIM**

    I, Adam S. Ravin, certify that I caused to be served the Debtors' Objection to Motion of Tower Center Associates, Ltd. for Allowance and Payment of Administrative Expense Priority Claim (Docket No. 11695) and corresponding Notice of Hearing (Docket No. 11696), by having true and correct copies thereof sent to the parties listed on Exhibit A via first class mail on October 6, 2006.

Dated: October 9, 2006

                                                      SKADDEN, ARPS, SLATE,
                                                      MEAGHER & FLOM LLP

                                                      By: /s/ *Adam S. Ravin*
                                                      Adam S. Ravin
                                                      Four Times Square
                                                      New York, New York 10036
                                                      (212) 735-3000
                                                      (212) 735-2000 (facsimile)

                                                              and

                                                      SMITH HULSEY & BUSEY

                                                      By: /s/ *James H. Post*
                                                      James H. Post
                                                      Florida Bar Number 175460
                                                      225 Water Street, Suite 1800
                                                      Jacksonville, Florida  32202
                                                      (904) 359-7700
                                                      (904) 359-7708 (facsimile)

                                                      Co-Counsel for Debtors

**Exhibit A**

FOLEY & LARDNER LLP
Gardner F. Davis, Esq.
One Independent Drive, Suite 1300
Jacksonville, FL 32202

PEPPER HAMILTON LLP
James C Carignan, Esq.
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

PEPPER HAMILTON LLP
Alan K. Sable, Esq.
50th Floor
500 Grant Street
Pittsburg, PA 15219-2502