**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**NOTICE OF FILING**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession, give notice of filing the attached Withdrawal of Motion of Project Assistants, Inc. for an Order (i) Compelling the Immediate Payment of a Chapter 11 Administrative Expense; or (ii) in the Alternative, Compelling the Immediate Discontinuation and Purging of Software License or Installed by Project Assistants (Docket Nos. 1710 and 1792).

Dated: October 9, 2006.

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*   D. J. Baker   Sally McDonald Henry   Rosalie Gray | By   *s/ Cynthia C. Jackson*   Stephen D. Busey   James H. Post   Cynthia C. Jackson (FBN 498882) |
| Four Times Square New York, New York 10036 (212) 735-3000 (917) 777-2150 (facsimile) djbaker@skadden.com | 225 Water Street, Suite 1800 Jacksonville, Florida  32202 (904) 359-7700 (904) 359-7708 (facsimile) cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

WITHDRAWAL OF MOTION OF PROJECT ASSISTANTS, INC. FOR AN
ORDER (I) COMPELLING THE IMMEDIATE PAYMENT OF A CHAPTER 11
ADMINISTRATIVE EXPENSE; OR (II) IN THE ALTERNATIVE, COMPELLING
THE IMMEDIATE DISCONTINUATION AND PURGING OF SOFTWARE
LICENSE OR INSTALLED BY PROJECT ASSISTANTS
(DOCKET NOS. 1710 and 1792)

PLEASE TAKE NOTICE THAT Project Assistants, Inc. hereby withdraws the Motion of Project Assistants, Inc. for an Order (I) Compelling the Immediate Payment of a Chapter 11 Administrative Expense; or (II) in the Alternative, Compelling the Immediate Discontinuation and Purging of Software License or Installed by Project Assistants (Docket Nos. 1710 and 1792), filed on June 15, 2005.

Dated: October 9, 2006

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Robert J. Dehney (No. 3578)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
Attorneys for Project Assistants, Inc.

425061-Wilmington Server 1A - MSW