

# M. Freddie Reiss, CPA, CIRA, CTP

Senior Managing Director - Corporate Finance

freddie.reiss@fticonsulting.com

633 West 5th Street
Suite 1600
Los Angeles, CA  90022
Tel: (213) 452-6000
Fax: (213) 452-6099

**Certifications**
Certified Public Accountant

Certified Insolvency and Restructuring Advisor

Certified Turnaround Professional

**Professional Affiliations**
American Institute of Certified Public Accountants

California and New York Societies of Certified Public Accountants

Los Angeles Bankruptcy Forum

American Bankruptcy Institute

American College of Bankruptcy

Association of Insolvency and Restructuring Advisors

Turnaround Management Association

**Education**
M.B.A., City University of New York, Baruch College

B.B.A., Bernard Baruch School of Business, City College of New York

M. Freddie Reiss is a senior managing director in FTI's Corporate Finance practice and the national leader of company-side practice and is based in Los Angeles. Mr. Reiss has 25 years of experience in strategic planning, cash management, liquidation analysis, covenant negotiations, forensic accounting and valuation. He specializes in advising on bankruptcies, reorganizations and business restructurings and in providing expert witness testimony for underperforming companies. He has also acted as a fiduciary and chief restructuring officer.

Mr. Reiss' industry experience includes real estate, manufacturing, healthcare, entertainment, retail, financial services, municipalities, natural resources, and nonprofit and government services. He has provided expert testimony on insolvency, fraudulent transfers, cash collateral, debtor-in-possession lending claims and damages matters.

Mr. Reiss has advised on more than 100 bankruptcy-related matters. Some of his most notable engagements include PG&E, America West, K-Mart, Circle K, Daewoo Motors America, Orange County Investors' Pool and Executive Life, and Iridium. He has also advised on multiple out-of-court restructurings for corporations such as Euro Disney, Musicland, K-Mart, Tower Records and Edwards Theatres. His merger and acquisition transaction advisories include Edwards Theatres and Resort Theaters.

Prior to joining FTI, Mr. Reiss was a partner and west region leader at PricewaterhouseCoopers, where he co-founded the Business Restructuring Services practice.

Mr. Reiss is a recognized expert in the field of financial restructuring. He has given presentations and speeches on various topics for 18 years as well as authored articles and chapters in financial publications. His most recent topics include "Where are the Future Insolvencies? Perspectives on the State of the Restructuring Industry for the New Millennium" and "Perspectives on the State of the Restructuring Industry – A New Millennium." He co-authored the American Institute of Certified Public Accountants' Bankruptcy Guide. He authored a chapter entitled "Asian Markets" in *Workouts & Turnarounds II* (Jon Wiley & Sons, Inc., 1999) and has been a panelist and moderator at conferences and symposiums across the United States.

Mr. Reiss holds a M.B.A. from City University of New York's Baruch College and a B.B.A. from City College of New York's Bernard Baruch School of Business. He is a certified public accountant in New York and California, a certified insolvency and restructuring advisor and a certified turnaround professional.

Mr. Reiss is a member of the American Institute of Certified Public Accountants, the New York and California Societies of Certified Public Accountants and the Orange County Bankruptcy Forum. He currently serves on the board of the American Bankruptcy Institute, the American College of Bankruptcy, the Bernard M. Baruch College Fund and the Los Angeles Venture Association, where he was also the former president. He was a former board member of the Association of Insolvency and Restructuring Advisors, the Los Angeles Bankruptcy Forum and the Turnaround Management Association.

