UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE FOR
## ORDER WITH RESPECT TO MOTIONS
## FOR ALLOWANCE OF CLAIMS FOR VOTING PURPOSES

    I, Adam S. Ravin, certify that I caused to be served the Order with Respect to Motions for Allowance of Claims for Voting Purposes (Docket No. 11683), by having true and correct copies thereof sent to the parties listed on Exhibit A via first class mail on October 6, 2006.

Dated: October 10, 2006

                                                     SKADDEN, ARPS, SLATE,
                                                     MEAGHER & FLOM LLP

                                                     By: /s/ *Adam S. Ravin*
                                                     Adam S. Ravin
                                                     Four Times Square
                                                     New York, New York 10036
                                                     (212) 735-3000
                                                     (212) 735-2000 (facsimile)

                                                            and

                                                     SMITH HULSEY & BUSEY

                                                     By: /s/ *Cynthia C. Jackson*
                                                     Cynthia C. Jackson
                                                     Florida Bar Number 498882
                                                     225 Water Street, Suite 1800
                                                     Jacksonville, Florida  32202
                                                     (904) 359-7700
                                                     (904) 359-7708 (facsimile)

                                                     Co-Counsel for Debtors

**Exhibit A**

NIXON PEABODY LLP
Richard J. Bernard
Dennis J. Drebsky
Joseph M. Gitto
437 Madison Avenue
New York, NY 10022
ddrebsky@nixonpeabody.com

FINANCE & ADMINISTRATION
CABINET
Department of Revenue
Susan F. Stivers
P.O. Box 5222
Frankfort, Kentucky 40602-5222
Susan.stivers@ky.gov

SPEARS, MOORE, REBMAN &
WILLIAMS, P.C.
Scott N. Brown, Jr.
801 Broad Street, Sixth Floor
P.O. Box 1749
Chattanooga, TN 37401-1749
snb@smrw.com

HELD & ISRAEL
Kimberly Held Israel
Adam N. Frisch,
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
afrisch@hilawfirm.com

STUTSMAN, THAMES & MARKEY, P.A.
Richard R. Thames
50 North Laura Street, Suite 1600
Jacksonville, Florida 32202
rthames@stmlaw.com

VENABLE LLP
Gregory A. Cross, Esq.
Heather Deans Foley, Esq.
1800 Mercantile Bank & Trust Bldg.
Two Hopkins Plaza
Baltimore, Maryland 21201
gacross@venable.com

VERNIS & BOWLING OF THE FLORIDA
KEYS, P.A.
Richard M. Behr
81990 Overseas Highway, 3rd Floor
Islamorada Professional Center
Islamorada, Florida 33036
rbehr@florida-law.com
mhey@florida-law.com

Anthony F. Sanchez
Alfred I. DuPont Building
169 E. Flagler Street, Suite 1500
Miami, FL 33131
afspalaw@aol.com

KRIEG DEVAULT, LLP
C. Daniel Motsinger
One Indiana Square, Suite 2800
Indianapolis, IN 46204-2079
cmotsinger@kdlegal.com

WILCOX LAW FIRMS
Robert Wilcox
6817 Southpoint Parkway, Suite 1302
Jacksonville, FL 32216
rwilcox@wilcoxlawfirm.com

RUSSO & KAVULICH, P.L.
Rex E. Russo
2655 LeJeune Road, PH 1-D
Coral Gables, FL 33134
rexlawyer@prodigy.net

DLA PIPER US, LLP
Thomas R. Califano
Vincent J. Roldan
1251 Avenue of the Americas
New York, NY 10020-1104
thomas.califano@dlapiper.com


SCHNADER, HARRISON, SEGAL, & LEWIS, LLP
William J. Maffucci
1600 Market Street, Suite 3600
Philadelphia, PA 19103
wmaffucci@schnader.com

Philip V. Martino
101 East Kennedy Boulevard, Suite 2000
Tampa, FL 33602-5149

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
John A. Crawford, Jr. (Jack)
210 East Capitol Street
17th Floor, AmSouth Plaza
Jackson, MS 39201
P.O. Box 22567(39225-2567)

GARDERE WYNNE SEWELL, LLP
Paula K. Tucker
Marcus A. Helt
3000 Thanksgiving Tower
1601 Elm Street
Dallas, TX 75201-4761