UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

SUPPLEMENTAL CERTIFICATE OF SERVICE FOR
ORDER WITH RESPECT TO MOTIONS
SEEKING DETERMINATION OF PLAN CLASS

    I, Adam S. Ravin, certify that I caused to be served the Order with Respect to Motions Seeking Determination of Plan Class (Docket No. 11685), by having true and correct copies thereof sent to the parties listed on Exhibit A via first class mail on October 6, 2006.

Dated: October 10, 2006

                              SKADDEN, ARPS, SLATE,
                              MEAGHER & FLOM LLP

                              By: /s/ *Adam S. Ravin*
                              Adam S. Ravin
                              Four Times Square
                              New York, New York 10036
                              (212) 735-3000
                              (212) 735-2000 (facsimile)

                              and

                              SMITH HULSEY & BUSEY

                              By: /s/ *Cynthia C. Jackson*
                              Cynthia C. Jackson
                              Florida Bar Number 498882
                              225 Water Street, Suite 1800
                              Jacksonville, Florida  32202
                              (904) 359-7700
                              (904) 359-7708 (facsimile)

                              Co-Counsel for Debtors

**Exhibit A**

Franklin T. Walden
1936 Lee Road, Suite 100
Winter Park, FL 32789
waldenlegal@aol.com

SNELL & SNELL, P.A.
Walter J. Snell
436 N. Peninsula Drive
Daytona Beach, FL 32118
snellandsnell@mindspring.com

Anthony F. Sanchez
Alfred I. DuPont Building
169 E. Flagler Street, Suite 1500
Miami, FL 33131
afspalaw@aol.com

GRAY/ROBINSON, P.A.
Jason B. Burnett
50 North Laura Street, Suite 1675
Jacksonville, FL 32202
jburnett@gray-robinson.com

STUTSMAN, THAMES & MARKEY, P.A.
Richard R. Thames
50 North Laura Street, Suite 1600
Jacksonville, Florida 32202
rthames@stmlaw.net

Floyd Thomas Bailey
10428 S.W. Lands End Place
Palm City, FL 34990
Mbailey597@adelphia.net

LOWNDES, DROSDICK, DOSTER, KANTOR & REED, P.A.
Jason Ward Johnson
Robert F. Higgins
215 North Eola Drive
Orlando, FL 32801
jason.johnson@lowndes-law.com

WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A.
Ryan E. Davis
P.O. Box 1391
390 North Orange Avenue, Suite 1500
Orlando, FL 32803-1391
rdavis@whww.com

Luz Elena Cardona
2176 Alclobe Circle
Ocoee, FL 34761
Luz61mami@hotmail.com

STRADLEY, RONON, STEVENS & YOUNG, LLP
Michael P. Migliore
300 Delaware Avenue, Suite 800
Wilmington, DE 19899

Ernest Allen
904 South Fifteenth Street
Louisville, Kentucky 40210