**FILED**
JACKSONVILLE, FLORIDA
OCT 0 6 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# UNITED STATES BANKRUPTCY COURT

Middle District of Florida (Jacksonville)

In re: Winn-Dixie Stores, Inc..   Case No. 05-03817-JAF

Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

| | |
|---|---|
| **CACTUS HOLDINGS GROUP, LLC** | **SAALFIELD, SHAD, JAY, LUCAS & STOKES, PA** |
| Name of Transferee | Name of Transferor |
| Name and Address where notices and payments to transferee should be sent | Court Record Address of Transferor (Court Use Only) |
| **CACTUS HOLDINGS GROUP, LLC** | |
| **19487 ROBLE CT.** | |
| **SARATOGA, CA 95070** | |
| | Last Four Digits of Acct#: _____ |
| Phone: | Name and Current Address of Transferor |
| **(408) 868-1507** | **SAALFIELD, SHAD, JAY, LUCAS & STOKES, PA** |
| | **ATTN: ANGIE SMITH** |
| | **50 N. LAURA ST.** |
| | **SUITE 2950** |
| | **JACKSONVILLE, FL 32202** |
| | Last Four Digits of Acct#: _____ |
| | Court Claim #(if known): **6426** |
| | Claim Amount: **$58,902.92** |
| | Date Claim Filed: **7/15/2005** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Maya Krish_ (signature)      Date: 10/5/2006
Maya Krish
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. 152 & 3571

SAALFIELD, SHAD, JAY, LUCAS & STOKES, PA. ("Assignor"), transfers and assigns unto Cactus Holdings Group, LLC with an address at 19487 Roble Ct., Saratoga, CA 95070, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: WINN-DIXIE STORES, INC., et al., (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the SAALFIELD, SHAD, JAY, LUCAS & STOKES, PA Claims of Assignor in the aggregate amount of $58,902.92 representing all claims pre-petition against Debtor in the United States Bankruptcy Court for the Middle District of Florida (Jacksonville), administered as Case No. 05-03817. Assignor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e) (1).

IN WITNESS WHEREOF, Assignor has signed below as of the ____5th____ day of ___October___, 2006.

(Assignor)
SAALFIELD, SHAD, JAY, LUCAS & STOKES, PA

Signature: _____

Name: _Joseph R. Stoker III_

Title: _Partner_

(Assignee)
CACTUS HOLDINGS GROUP, LLC

Signature: _Maya Krish_

Name: _Maya Krish_

Title: _Vice President, Credit_

(Assignor)
WITNESS:

Signature: _Angie Smith_

Name: _Angie Smith_

Title: _legal assistant_



# CACTUS HOLDINGS GROUP, LLC

19487 Roble Court, Saratoga, CA 95070
Tel: (408) 868-1507; Fax: (408) 868-1509

October 5, 2006

To: Clerk of the Court
Subject: Notice of Transfer of Claim Other Than For Security; Case: 05-03817-JAF

Dear Sir/Madam,

Kindly record and file the attached Transfer of Claim in regards to Case No. 05-03817-JAF, Winn-Dixie Stores, Inc. If you have any questions, please do not hesitate to contact us. Thank you for your assistance.

Respectfully,

Maya Krish
Vice President