UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: | ) Case No. 05-03817 |
| | ) (Jointly Administered) |
| WINN-DIXIE STORES, INC., et al. | ) |
| | ) Chapter 11 |
| | ) |
| Debtors. | ) |

NOTICE OF TRANSFER OF CLAIM PURSUANT TO
FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2)

1. To Transferors:
   SFP, LLC
   c/o Primax Properties, LLC
   1115 East Morehead Street
   Charlotte, NC  28204-2857

   With a copy to:
   Amy Pritchard Williams, Esquire
   Kennedy Covington Lobdell & Hickman LLP
   Hearst Tower, 47th Street
   214 North Tryon Street
   Charlotte, NC  28202

2. Your claim arising out of leases and contracts related to certain property located at 10215-10223 University City Boulevard, Charlotte, North Carolina 28202 against the Debtors has been transferred to the Transferee:

   Principal Life Insurance Company

   With copies to:
   Principal Real Estate Investors, LLC
   801 Grand Avenue
   Des Moines, IA  50392-1450
   Attention: Darin Bennigsdorf

   and

   Margery N. Reed, Esquire
   Duane Morris LLP
   30 South 17th Street
   Philadelphia, PA  19103-4196

   A copy of the Evidence of Transfer of Claim is attached hereto as Exhibit "A".

3. If you do not object to the transfer of your claim, no action is required. If you do object to such transfer, you must within 20 days of the date of this Notice file a written objection

with the United States Bankruptcy Court for the Middle District of Florida, with a copy to Transferee and its counsel at their respective addresses listed herein.

PRINCIPAL LIFE INSURANCE COMPANY

By: /s/Wendy M. Simkulak
     One of Its Attorneys

Wendy M. Simkulak, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1547