# EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIM

**TO:   Winn-Dixie Stores, Inc. and the United States Bankruptcy Court for the Middle District of Florida.**

For good and valuable consideration, the receipt, adequacy and sufficiency of which are hereby acknowledged and intending to be legally bound hereby, SFP, LLC (the "Assignor") hereby acknowledges that it has unconditionally and irrevocably sold, transferred and assigned (the "Assignment") to PRINCIPAL LIFE INSURANCE COMPANY ("Assignee") all of Assignor's right, title, interest, and causes of action in and to, or arising under, or in connection with, any and all claims (collectively, the "Claim") of Assignor against Winn-Dixie Stores, Inc. ("WD Stores") and Winn-Dixie Raleigh, Inc. ("WD Raleigh"; together with WD Stores, the "Debtors"), in their chapter 11 bankruptcy cases, No. 05-11063, et seq. (Jointly Administered) (collectively, the "Bankruptcy Case"), relating to and arising from any and all leases and contracts related to certain property commonly known as 10215-10223 University City Boulevard, Charlotte, North Carolina 28202 and identified by the Debtors as Store #2024 ("Store 2024"). The terms and conditions of the Assignment are set forth in that certain Assignment of Transfer of Claim Agreement dated as of _October 2_, 2006, between Assignor and Assignee.

Assignor hereby represents that it has filed no fewer than six (6) proofs of claim (collectively, the "Proofs of Claim") in the Bankruptcy Case: (i) a Claim against WD Stores filed on August 1, 2005 and identified by the Debtors as Claim No. 9820; (ii) a Claim against WD Raleigh filed on August 1, 2005 and identified by the Debtors as Claim No. 9821; (iii) a Claim against WD Stores filed on October 24, 2005 and identified by the Debtors as Claim No. 12205; (iv) a Claim against WD Raleigh filed on October 24, 2005 and identified by the Debtors as Claim No. 12231; (v) a Claim against WD Raleigh filed on November 2, 2005 and identified by the Debtors as Claim No. 12405; and (vi) a Claim against WD Stores filed on November 2,

2005 and identified by the Debtors as Claim No. 12406. Assignor hereby expressly sells, transfers and assigns to the Assignee the Proofs of Claim. The Assignor hereby also expressly sells, transfers and assigns to the Assignee: (a) the exclusive right to file additional proof(s) of claim in the Bankruptcy Case; and (b) the exclusive right to receive payment and distributions of money or property in respect of the Claim and Proofs of Claim. Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or other applicable law or regulation. Assignor further agrees to waive its right to object to the Assignment (collectively, the "Assignor's Waivers"). Assignor acknowledges and agrees that Assignor's Waivers shall be binding at all times even if Assignor receives a notice of transfer of claim that would otherwise permit Assignor to object to the transfer. Assignor acknowledges, agrees and hereby stipulates that the Bankruptcy Court, without further notice to Assignor, may enter an Order transferring the Claim to Assignee and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtors, the Bankruptcy Court and all other interested parties that all further notice relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Assignee at the following address:

Principal Life Insurance Company

<u>With copies to:</u>
Principal Real Estate Investors, LLC
801 Grand Avenue
Des Moines, IA  50392-1450
Attention: Darin Bennigsdorf

and

Margery N. Reed, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196

**IN WITNESS WHEREOF,** this **EVIDENCE OF TRANSFER OF CLAIM** is executed as of _OCT 2__, 2006.

SFP, LLC

By: _/s/ SH Sewell_
Name: _STEPHEN H. SEWELL_
Title: _Manager_

3

DM4303202826.1