**United States Bankruptcy Court**
Middle District of Florida, Jacksonville Division
300 North Hogan Street, Suite 3-350
Jacksonville, FL 32201
(904) 301-6490

August 2, 2006

Mr. Rodney L. Phillips, Administrator
Commonwealth of Virginia, Department of Agriculture and Consumer Services
P.O. Box 1163
Richmond, VA 23218

Re:      Winn-Dixie Stores, Inc.
Case No.:   05-3817-3F1

Dear Mr. Phillips:

The Court is in receipt of your Response to the Debtors' Twenty-Second Omnibus Objection to Claims that you filed on September 26, 2006. A hearing on that Notice has been set for October 12, 2006 at 1:30 p.m. in 4th Floor Courtroom 4D, 300 North Hogan Street, Jacksonville, FL 32202.

This is to advise you that pursuant to Local Rule 1074-1, "Corporations, partnerships, trusts and other non-individual parties may appear and be heard only through counsel permitted to practice in the Court pursuant to Local Rule 2090-1".

Sincerely,

Susan Baldwin
Case Manager
(904) 301-6531