IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In RE:

WINN-DIXIE STORES, INC.,                    Case No.: 3:05-bk-03817-JAF
                                             Chapter 11
　　　　Debtor.
_____/

## NOTICE OF WITHDRAWAL FROM CASE AND
## REQUEST TO STOP ELECTRONIC NOTICE

The following attorney withdraws her Notice of Appearance and requests that the Clerk remove her from the electronic filing notice list as follows:

Camille J. Iurillo, Esq.
Iurillo and Associates, P.A.
Sterling Square
600 First Avenue North, Suite 308
St. Petersburg, FL 33701
ciurillo@iurillolaw.com

Dated this ___10th___ day of October, 2006

　　　　　　　　　　　　　　　　/s/ Camille J. Iurillo
　　　　　　　　　　　　　　　　CAMILLE J. IURILLO, ESQUIRE
　　　　　　　　　　　　　　　　Fla. Bar No. 902225
　　　　　　　　　　　　　　　　Sterling Square
　　　　　　　　　　　　　　　　600 First Avenue North, Suite 308
　　　　　　　　　　　　　　　　St. Petersburg, Florida 33701
　　　　　　　　　　　　　　　　(727) 895-8050
　　　　　　　　　　　　　　　　(727) 895-8057 fax
　　　　　　　　　　　　　　　　ciurillo@iurillolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this ___10___ day of October, 2006, I served a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL FROM CASE AND REQUEST TO STOP ELECTRONIC NOTICE** by electronic filing to the U.S. Trustee, by electronic filing and/or U.S. Mail upon all parties listed on the attachment to this certificate.

                            IURILLO & ASSOCIATES, P.A.

                            ___/s/Camille J. Iurillo___
                            CAMILLE J. IURILLO, ESQUIRE
                            Fla. Bar No. 902225
                            Sterling Square
                            600 First Avenue North, Suite 308
                            St. Petersburg, FL 33701
                            (727) 895-8050 telephone
                            (727) 895-8057

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:05-bk-03817-JAF<br>Middle District of Florida<br>Jacksonville<br>Tue Oct 10 10:19:18 EDT 2006 | Stephen D. Busey<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202 | David L Gay<br>11 E Forsyth St. Apt. 1408<br>Jacksonville, FL 32202 |
| Cynthia C. Jackson<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32201 | James H. Post<br>Smith Hulsey & Busey<br>225 Water St., Suite 1800<br>Jacksonville, FL 32202 | Leanne McKnight Prendergast<br>Smith Hulsey & Busey<br>225 Water Street Suite 1800<br>Jacksonville, Fl 32202 |
| Adam Ravin<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 | United States Trustee - JAX<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801 | Allan E. Wulbern<br>Smith, Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202 |

End of Label Matrix
Total addresses 8