| | | |
|---|---|---|
| Label Matrix for USBC<br>Middle District of Florida<br>Case 3:05-bk-03817-JAF<br>Thu Jun  9 10:13:43 EDT 2005 | Albert H Adams Jr<br>Irby Law Firm LLC<br>Post Office Box 910<br>Eufaula, AL 36027-0910 | Rachel E Adams<br>Stovash Case & Tingley PA<br>200 South Orange Avenue<br>Suite 1220<br>Orlando, FL 32801 |
| Appraisers Associated Ltd.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Arthur J. Spector<br>Berger Singerman, P.A.<br>350 E. Las Olas Boulevard<br>Suite 1000<br>Fort Lauderdale, FL 33301,  33301 | Ashely M. Chan, Esquire<br>Hangley Aronchick Segal & Pudlin<br>One Logan Square, 27th Floor<br>Philadelphia, PA  19103 |
| D.J. Baker<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 | Kenneth C Baker<br>Eastman & Smith LTD<br>One Seagate<br>24th Floor<br>Toledo, OH 43604 | Michael R. Bakst<br>Elk, Bankier, Christu & Bakst, LLP<br>222 Lakeview Avenue<br>Suite 1330<br>West Palm Be, FL 33401 |
| Dale R Baringer<br>Schaneville & Baringer<br>918 Government Street<br>Baton Rouge, LA 70802 | Earl M. Barker Jr.<br>Slott,  Barker & Nussbaum<br>334 E. Duval St.<br>Jacksonville, FL 32202 | Matthew Scott Barr<br>Milbank Tweed Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, NY 10005 |
| Matt E Beal<br>450 South Orange Avenue<br>Suite 800<br>Orlando, FL 32801 | Sabrina C Beavens<br>Iurillo & Associates, P.A.<br>Sterling Square<br>600 First Avenue North, Suite 308<br>St. Petersburg, FL 33701 | Keith L Bell Jr<br>Clark Partington Hart<br>Post Office Box 13010<br>Pensacola, FL 32502 |
| Margaret A. Benton<br>LAW OFFICE OF MARGARET A. BENTON<br>800 Virginia Ave., Suite 10<br>Fort Pierce, FL 34982 | Leslie A Berkoff<br>Moritt Hock Hamroff Horowitz LLP<br>400 Garden City Plaza<br>Garden City, NY 11530 | Brendan G. Best<br>400 Renaissance Center<br>Detroit, MI 48243-1668 |
| James E. Bird<br>Polsinelli Shalton & Welte, PC.<br>700 West 47th Street<br>Suite 1000<br>Kansas City, MO 64112 | David A. Blansky<br>LeMonica Herbst & Maniscalco, LLP<br>3305 Jerusalem Avenue<br>Suite 201<br>Wantagh, NY 11793 | Wanda Borges<br>Borges & Associates LLC<br>575 Underfill Boulevard<br>Suite 100<br>Syosset, NY 11791 |
| Jean Winborn Boyles<br>Johnson Hearn Vinegar Gee & Mercer PLLC<br>P.O. Box  1776<br>Raleigh, NC 27602 | Dustin Parker Branch<br>Katten Muchin Zavis Rosenman<br>2029 Century Park East<br>Suite 2600<br>Los Angeles, CA 90067-3012 | Wendy D Brewer<br>Barnes & Thornburg LLP<br>11 South Meridian Street<br>Indianapolis, IN 46204 |
| John P. Brice<br>Wyatt, Tarrant & Combs, LLP<br>250 West Main Street<br>Suite 1600<br>Lexington, KY 40507-1746 | Brian P Britt<br>Wilkins Bankester Biles & Wynne PA<br>Post Office Box 1367<br>Fairhope, AL 36533 | Robert J. Brown<br>Wyatt, Tarrant & Combs, LLP<br>250 West Main Street Suite 1600<br>Lexington, KY 40507 |
| Andrew M Brumby<br>Shutts & Bowen LLp<br>Post Office Box 4956<br>Orlando, FL 32802 | W. Steven Bryant<br>Locke Liddell & Sapp, LLP<br>600 Travis Street # 2600<br>Houston, TX 77002-3095 | Rachel S. Budke<br>Law Department, FL. Power and Light Co.<br>700 Universe Boulevard<br>Juno Beach, FL 33408 |

| | | |
|---|---|---|
| Buffalo Rock Co.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL  32802-3353,  32802-3353 | Charles A Buford<br>2560 Gulf to Bay Blvd., Ste. 300<br>Clearwater, FL 33765 | Jason B. Burnett<br>GrayRobinson, P.A.<br>50 N. Laura Street, Suite 1675<br>Jacksonville, FL 32202 |
| Thomas R. Califano<br>DLA Piper Rudnick Gray Cary US LLP<br>1251 Avenue of the Americas<br>29th Floor<br>New York, NY 10020-1104 | L Phillip Canova Jr<br>Canova & Delahaye<br>58156 Court Street<br>Plaquemine, LA 70764 | James S. Carr<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178 |
| Linda J. Casey<br>Pepper Hamilton LLP<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103-2799 | Catherine A Harrison<br>Miller & Martin PLLC<br>1170 Peachtree Street NE, Suite 800<br>Atlanta GA 30309 | George B Cauthen<br>Nelson Mullins Riley & scarborough LLP<br>Post Office Box 11070<br>1320 Main Street - 17th Floor<br>Columbia, SC 29211 |
| Lee Champion<br>Page Scrantom Sprouse Tucker & Ford, P.C<br>1111 Bay Avenue<br>3rd Floor<br>Columbus, GA 31901 | Emily Chou<br>1700 City Center Tower II<br>301 Commerce St.<br>Fort Worth, TX 76102 | Christian A. Petersen, Esquire<br>Gunster, Yoakley & Stewart, P.A.<br>500 E. Broward Blvd. Suite 1400<br>Fort Lauderdale, Florida 33394 |
| Citrus World, Inc., d/b/a Florida's Natu<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL  32802-3353,  32802-3353 | Cole Fine Foods<br>c/o Roy S. Kobert, Esquire<br>Broad and Cassel<br>P.O. Box 4961<br>Orlando, Florida 32802,  32802 | Michael E Collins<br>Manier & Herod<br>150 4th Avenue North<br>Suite 2200<br>Nashville, TN 37220 |
| Neal D. Colton<br>Cozen O'Connor<br>The Atrium<br>1900 Market Street<br>Philadelphia, PA 19103 | Concord-Fund IV Retail, L.P.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Conecuh Sausage Co., Inc.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 |
| David J Cook<br>Cook Perkiss & Lew<br>Post Office Box 270<br>San Francisco, CA 94104 | Betsy C Cox<br>Rogers Towers<br>1301 Riverplace Boulevard<br>Suite 1500<br>Jacksonville, FL 32207 | David N Crapo<br>Gibbons, Del Deo, Dolan etal<br>One Riverfront Plaza<br>Newark, NJ 07102-5496 |
| Timothy J. Curtin<br>Varnum Riddering Schmidt & Howlett, LLP<br>333 Bridge Street NW Suite 1700<br>P.O. Box 3<br>Grand Rapids, MI 49501-0352 | Ryan E Davis<br>Winderweedle Haines Ward & Woodman PA<br>Post Office Box 1391<br>Orlando, FL 32802 | Robert Dehney<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>Wilmington, DE 19899 |
| Paul H. Deutch<br>Troutman Sanders LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174 | Gerard DiConza<br>Bianchi Macron LLP<br>390 Old Country Road<br>Garden City, NY 11530 | Carolyn Hochsta Dicker<br>Klehr, Harrison, Harvey,<br>Branzburg & Ellers, LLP<br>260 South Broad Street<br>Philadelphia, PA 19102 |
| Mark G Duncan<br>Dwyer & Cambre<br>3421 North Causeway Boulevard<br>Metairie, LA 70002 | Dennis F. Dunne<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | David W. Dykhouse<br>Patterson, Belknap, Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036-6710 |

| | | |
|---|---|---|
| Earl M. Barker, Jr.<br>Slott, Barker & Nussbaum<br>334 East Duval Street<br>Jacksonville, Florida 32202 | Andrew B. Eckstein<br>Blank Rome LLP<br>405 Lexington Avenue<br>New York, NY 10174 | Henry A. Efroymson<br>Ice Miller<br>One American Square<br>Box 82001<br>Indianapolis, IN 46282-0200 |
| Jason H Egan<br>Mowrey & Biggins PA<br>515 North Adams Street<br>Tallahassee, FL 32301 | Judith Elkin<br>Haynes and Boone, LLP<br>901 Main Street<br>Suite 3100<br>Dallas, TX 75202 | Elston/Leetsdale, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 |
| Earle I Erman<br>Erman Teicher Miller Zucker & Freedman<br>400 Galleria Officentre<br>Suite 444<br>Southfield, MI 48034-2162 | Elena L Escamilla<br>135 W Central Blvd., Ste 620<br>Orlando, FL 32806 | William J. Factor<br>Seyfarth, Shaw, Fairweather & Geraldson<br>55 E. Monroe Street<br>Suite 4200<br>Chicago, IL 60603 |
| Lara Roeske Fernandez<br>Trenam, Kemker, et al<br>P O Box 1102<br>Tampa, FL 33601 | Richard L Ferrell III<br>Taft Stettinius & Hollister LLP<br>425 Walnut Street<br>Suite 1800<br>Cincinnati, OH 45202 | Charles J. Filardi Jr<br>Pepe & Hazard LLP<br>30 Jelliff Lane<br>Southport, CT 06890-1436 |
| Flagler Retail Associates, Ltd.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | J David Forsyth<br>Sessions Fishman & Nathan LLP<br>201 Saint Charles Avenue<br>Suite 3500<br>New Orleans, LA 70170 | Shawn Randall Fox<br>McGuireWoods LLP<br>1345 Avnue of the Americas<br>New York, NY 10128 |
| Fox Rothschi<br>Fox Rothschild LLP<br>13 East 37th Street<br>Suite 800<br>New York, NY 10016 | Joseph D Frank<br>Frank/Gecker LLP<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL 60610 | Mark J Friedman<br>DLA Piper Rudnick Gray Cary US LLP<br>6225 Smith Avenue<br>Baltimore, MD 21209 |
| Todd Mark Galante<br>St. John & Wayne, L.L.C.<br>Heron Tower<br>70 East 55th Street<br>New York, NY 10022 | J. Nathan Galbreath<br>Patton Boggs LLP<br>2001 Ross Avenue<br>Suite 3000<br>Dallas, TX 75201 | Gehr Florida Development, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 |
| Gene B Tarr Esq<br>Attorney for Domino Foods, Inc. and<br>Florida Crystals Food Corporation<br>PO Drawer 25008<br>Winston-Salem NC  27114-5008,  27114-500 | Charles L. Gibbs<br>McGuire Woods LLP<br>50 North Laura Street, Suite 3300<br>Jaksonville, FL 32202-3661 | Gary Ginsburg<br>Neiman Ginsburg & Mairanz, PC<br>39 Broadway, 25th Floor<br>New York, NY 10006 |
| James J. Glover<br>200 West Capitol Avenue, Suite 2300<br>Little Rock, AR 72201 | Priscilla W. Grannis<br>Rynn & Janowsky, LLP<br>6017 Pine Ridge Road, No. 341<br>Naples, FL 34119 | Danielle K Greco<br>Bradley Arant Rose & White LLP<br>1819 Fifth Avenue North<br>Birmingham, AL 35203 |
| Ira S. Greene<br>Hogan & Hartson, LLP<br>875 Third Avenue<br>New York, NY 10022 | Reginald A. Greene<br>Bellsouth Telecommunications, Inc.<br>675 W. Peachtree Street<br>Atlanta, GA 30375 | Janice Beth Grubin<br>Wormser, Kiely, Galef & Jacobs, LLP<br>825 Third Avenue<br>New York, NY 10022-7519 |

| | | |
|---|---|---|
| Rudi R. Grueneberg<br>Grueneberg Law Group, LLC<br>704 East Main Street<br>Bldg. E<br>Moorestown, NJ 08057 | Gustafson's, LLC<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL 32802-3353, 32802-3353 | Marc L. Hamroff<br>Moritt, Hock & Hamroff, LLP<br>400 Garden City Plaza<br>Suite 202<br>Garden City, NY 11530 |
| William F. Harmeyer<br>7322 Southwest Freeway<br>Suite 475<br>Houston, TX 77074 | Catherine A Harrison<br>Miller & Martin PLLC<br>1170 Peachtree Street Northeast<br>Atlanta, GA 30309 | John W Harrison Jr<br>Karem & Karem<br>333 Guthrie Green<br>Suite 312<br>Louisville, KY 40202 |
| Patrick L. Hayden<br>McGuireWoods LLP<br>1345 Avenue of the Americas<br>Seventh Floor<br>New York, NY 10105 | Edwin W. Held Jr.<br>1301 Riverplace Blvd., Ste. 1916<br>Jacksonville, FL 32207 | Edwin W. Held Jr.<br>Held & Israel<br>1301 Riverplace Blvd.<br>Suite 1916<br>Jacksonville, FL 32207 |
| Larry D. Henin<br>Anderson Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020 | Sally M. Henry<br>Skadden, Arps, Slate, Meagher & Flom<br>Four Times Square<br>New York, NY 10036-6522 | Neil E Herman<br>Morgan Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178 |
| Kenneth D. Herron Jr.<br>Wolff, Hill, McFarlin & Herron, P.A.<br>1851 W. Colonial Drive<br>Orlando, FL 32804 | David E. Hicks<br>Dennis LeVine & Associates, PA<br>PO Box 707<br>Tampa, FL 33601 | Terrance A Hiller<br>Kupelian Ormond & Magy PC<br>25800 Northwestern Highway<br>Suite 950<br>Southfield, MI 48075 |
| Robert L Holladay Jr<br>YoungWilliams PA<br>Post Office Box 23059<br>Jackson, MS 39225-3059 | Ralph E Hood<br>Kizer Hood & Morgan LLP<br>2111 Quail Run Drive<br>Baton Rouge, LA 70808 | Brian D. Huben<br>Katten Muchin Zavis Rosenman<br>2029 Century Park East<br>Suite 2600<br>Los Angeles, CA 90067-3012 |
| Patrick L Huffstickler<br>Cox Smith Matthews Incorporated<br>112 East Pecan Street<br>Suite 1800<br>San Antonio, TX 78205 | Inland Retail Real Estate Trust, Inc.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL 32802, 32802 | Laurel M. Isicoff<br>Kozyak, Tropin & Throckmorton, P.A.<br>2525 Ponce De Leon<br>9th Floor<br>Coral Gables, FL 33134 |
| Cynthia C. Jackson<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32201 | Solomon J. Jaskiel<br>275 Madison Avenue<br>11th Floor<br>New York, NY 10016 | John J. Wiles, Esq.<br>Wiles & Wiles<br>800 Kennesaw Avenue<br>Suite 400<br>Marietta, Georgia, 30060-7946 30060-7946 |
| Ronald Scott Kaniuk<br>Taplin & Associates<br>340 Fifth Avenue Suite 2418<br>New York, NY 10118 | Andrew C. Kassner<br>Drinker Biddle & Reath LLP<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6996 | Michael A Kaufman<br>Michael A Kaufman PA<br>1601 Forum Place<br>Suite 404<br>West Palm Beach, FL 33401 |
| Kenneth C Baker Esq<br>Eastman & Smith Ltd<br>One SeaGate 24th Floor<br>Toledo OH 43604 | Elena P. Ketchum<br>Stichter, Riedel, Blain & Prosser<br>110 E. Madison St., Suite 200<br>Tampa, FL 33602 | Kite Realty Group Trust<br>c/o Roy S. Kobert, Esquire<br>Broad and Cassel<br>P.O. Box 4961<br>Orlando, Florida 32802, 32802 |

| | | |
|---|---|---|
| Roy S Kobert<br>Post Office Box 4961<br>Orlando, FL 32802 | Alan W Kornberg<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019 | Gerard M. Kouri<br>10021 Pines Blvd., #202<br>Pembroke Pines, FL 33024-6191 |
| John W Kozyak<br>Kozyak, Tropin & Throckmorton, PA<br>2525 Ponce De Leon<br>9th Floor<br>Coral Gables, FL 33134 | Stuart A. Krause<br>Zeichner Ellman & Krause<br>575 Lexington Avenue<br>New York, NY 10022 | Stephen B. Kuhn<br>590 Madison Avenue<br>New York, NY |
| Jeffrey Kurtzman<br>Klehr Harrison Harvey Branzburg & Ellers<br>260 South Broad Street<br>Philadelphia, PA 19102 | Nina M LaFleur<br>Stutsman & Thames<br>121 W. Forsyth St. Suite 600<br>Jacksonville, Fl 32202-3848 | Darryl S. Laddin<br>Arnall Golden Gregory LLP<br>171 17th Street NW<br>Suite 2100<br>Atlanta, GA 30363-1031 |
| Nina M. Lafleur<br>Stutsman & Thames, P.A.<br>121 W. Forsyth Street<br>Suite 600<br>Jacksonville, FL 32202 | Thomas J Lallier<br>Foley & Mansfield PLLP<br>250 Marquette Avenue<br>Suite 1200<br>Minneapolis, MN 55401 | David M. Landis<br>Mateer & Harbert, P.A.<br>225 East Robinson Street<br>Suite 2854<br>Orlando, FL 32802-2854 |
| Elena Lazarou<br>Reed Smith, LLP<br>599 Lexington Ave.<br>New York, NY 10022 | Robert L LeHane<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178 | Thomas J. Leanse<br>Katten Muchin Zavis Rosenman<br>2029 Century Park East<br>Suite 2600<br>Los Angeles, CA 90067-3012 |
| David E Lemke<br>Waller Lansden Dortch & Davis PLLC<br>Post Office Box 198966<br>Nashville, TN 37219-8966 | Chris Lenhart<br>Dorsey & Whitney, LLP<br>50 South Sixth Street<br>Suite 1500<br>Minneapolis, MN 55402-1498 | Sharon L. Levine<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 |
| Bruce Levinson<br>747 Third Avenue<br>4th Floor<br>New York, NY 10017 | John Lewis<br>a/f The Coca-Cola Company<br>P.O. Box 1734<br>Atlanta, GA 30301 | Stephen Lewis<br>725 Conshohocken State Road<br>Bala Cynwyd, PA 19004 |
| Liberty Mutual Insurance Company<br>C/O Jeffrey C. Regan<br>Hedrick Dewberry Regan & Durant, P.A.<br>50 N. Laura Street<br>Suite 1600, Jacksonville, FL 32202 32202 | Alan Jay Lipkin<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099 | Long Wholesale, Inc. d/b/a CCC Beauty Su<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 |
| Joseph Lubertazzi Jr.<br>McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102 | John B. Macdonald<br>Akerman Senterfitt<br>50 North Laura Street<br>Suite 2500<br>Jacksonville, FL 32202 | Maples Gas Company<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 |
| Jeffrey S. Margolin<br>Hughes Hubbard & Reed<br>1 Battery Park Plaza<br>New York, NY 10004 | Johanna E Markind<br>Law Offices of Daniel B Markind<br>1500 Walnut Street<br>Suite 1100<br>Philadelphia, PA 19102 | Matt E. Beal, Esq.<br>Lowndes Law Firm<br>P.O. Box 2809<br>Orlando FL 32802 |

| | | |
|---|---|---|
| Walter F. McArdle<br>Spain & Gillon, LLC<br>2117 Second Avenue North<br>Birmingham, AL 35203 | Annette Kerlin McBrayer<br>945 East Paces Ferry Rd., Ste 2700<br>Atlanta, GA 30326 | David R McFarlin<br>Wolff, Hill, McFarlin & Herron, P.A<br>1851 West Colonial Drive<br>Orlando, FL 32804 |
| William S McMahon<br>Choate Hall & Stewart LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02103 | Austin L. McMullen<br>Boult Cummings Conners & Berry<br>1600 Division Street<br>Suite 700<br>Nashville, TN 37203 | Marc T McNamee<br>Neal & Harwell PLC<br>150 Fourth Avenue North<br>Suite 2000<br>Nashville, TN 37219 |
| Derek F Meek<br>Burr & Forman LLP<br>3100 SouthTrust Tower<br>420 North 20th Street<br>Birmingham, AL 35203 | Meridian Coca-Cola Bottling Company<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Richard M. Meth<br>Pitney Hardin LLP<br>P.O. Box 1945<br>Morristown, NJ 07962-1945 |
| Todd C Meyers<br>Kilpatrick Stockton LLP<br>1100 Peachtree Street Northeast<br>Suite 2800<br>Atlanta, GA 30309-4530 | Christopher C. Miller<br>10250 Constellation Boulevard<br>Los Angeles, CA 90067 | Kathleen M. Miller<br>Smith Katzenstein & Furlow LLP<br>800 Delaware Avenue<br>7th Floor<br>Wilmington, DE 19899 |
| Stephen M Miller<br>Morris James Hitchens & Williams LLP<br>222 Delaware Avenue<br>Post Office Box 2306<br>Wilmington, DE 19899-2306 | Stephan William Milo<br>Wharton Aldhizer & Weaver PLC<br>125 South Augusta Street<br>Suite 2000<br>Harrisonburg, VA 22801 | Mark Minuti<br>Saul Ewing, LLP<br>222 Delaware Avenue Suite 1200<br>P.O. Box 1<br>Wilmington, DE 19899 |
| T David Mitchell<br>Brenner Kaprosy LLP<br>50 East Washington Street<br>Chagrin Falls, OH 44022 | Joseph Thomas Moldovan<br>Morrison Cohen LLP<br>909 Third Avenue<br>New York, NY 10022 | Brett S. Moore<br>Porzio, Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, NJ 07962-1997 |
| Lee P Morgan<br>Morgan & Morgan<br>Post Office Box 48359<br>Athens, GA 30604 | Andrew L. Morrison<br>Reed Smith LLP<br>375 Park Avenue<br>17th Floor<br>New York, NY 10152-1799 | Richard C. Morrissey<br>Office of the U.S. Trustee<br>33 Whitehall Street, 21st Fl.<br>New York, NY 10004 |
| Mosby's Packing Company, Inc.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Adam Moskowitz<br>7600 Jericho Turnpike, Suite 302<br>Woodbury, NY 11797 | Larren M Nashelsky<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 |
| Albert F. Nasuti<br>Thompson, O'Brien, Kemp & Nasuti, P<br>40 Technology Parkway South<br>Suite 300<br>Norcross, GA 30092 | Bruce S. Nathan<br>Lowenstein Sandler PC<br>1251 Avenue of the Americas<br>21st Floor<br>New York, NY 10020 | Omar Nelson<br>P.O. Box 1178<br>Jackson, MS 39215 |
| Carole Neville<br>Sonnenschein Nath & Rosenthal LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1089 | Tammy M. Nick<br>676 East I-10 Service Road<br>Slidell, LA 70461 | James J. Niemeier<br>McGrath North Mullin & Kratz, PC<br>1601 Dodge Street<br>First National Tower, Suite<br>Omaha, NE 68102 |

```
Northeast MS Coca-Cola Bottling Co., Inc    Merritt A. Pardini                      Alan R. Parlapiano
c/o Held & Israel                           Katten Muchin Zavis Rosenman            Fine, Farkash & Parlapiano, P.A.
1301 Riverplace Blvd., #1916                575 Madison Avenue                      622 Northeast First Street
Jacksonville, FL 32207                      New York, NY 10022                      Gainesville, FL 32601


Alan R. Parlapiano                          Barbra R. Parlin                        Patrick P. Patangan
Fine, Farkash & Parlapiano, P.A.            Holland & Knight, LLP                   Akerman Senterfitt
622 Northeast First Street                  195 Broadway                            50 N. Laura Street, Suite 2500
Gainesville, FL 32601                       New York, NY 10007-3189                 Jacksonville, FL 32202


Brad J. Patten                              Aaron D. Patton                         Armando Perez
Smith, Gilliam, Williams & Miles, P.A.      Murray, Frank & Sailer, LLP             2631 S.W. 27th Street
P.O. Box 1098                               275 Madison Avenue                      Miami, FL 33133
Gainesville, GA 30503                       Suite 801
                                            New York, NY 10016


Robert Perry                                Christian A Petersen                    David L Pollack
Held & Israel                               Gunster Yoakley & Stewart PA            Ballard Spahr Andrews & Ingersoll LLP
1301 Riverplace Blvd. Ste.# 1916            500 East Broward Boulevard              1735 Market Street
Jacksonville, FL 32207                      Suite 1400                              51st Floor
                                            Fort Lauderdale, FL 33394               Philadelphia, PA 19103


Geraldine E Ponto                           James H. Post                           Nicholas V. Pulignano Jr.
Gibbons Del Deo Dolan Griffinger            Smith Hulsey & Busey                    Marks Gray, P.A.
One Riverfront Plaza                        225 Water St., Suite 1800               1200 Riverplace Blvd Suite 800
Newark, NJ 07102-5496                       Jacksonville, FL 32202                  Jacksonville, FL 32201


Rachel E. Adams, Esq.                       Rex D. Rainach                          Gregg A. Rapoport
200 S. Orange Avenue                        3622 Government Street                  Lee & Rosenberger
Suite 1220                                  Baton Rouge, LA 70806-5720              135 W. Green St.
Orlando, Florida 32801                                                              Suite 100
                                                                                    Pasadena, CA 91105


Craig V. Rasile                             Peter J Rathwell                        Adam Ravin
1111 Brickell Avenue, Suite 2500            Snell & Wilmer LLP                      Skadden Arps Slate Meagher & Flom, LLP
Miami, FL 33131                             One Arizona Center                      Four Times Square
                                            400 East Van Buren                      New York, NY 10036
                                            Phoenix, AZ 85004


Eric T. Ray                                 Diane G. Reed                           Jo Christi Reed
Balch & Bingham, LLP                        Reed and Reed                           Sonnenschein Nath & Rosenthal, LLP
1901 Sixth Avenue North                     501 N. College Street                   1221 Avenue of the Americas
Suite 2600                                  Waxahachie, TX 75165                    New York, NY 10020
P.O. Box 3
Birmingham, AL 35201-0306

Jeffrey C. Regan                            Steven J. Reisman                       Jeffrey N. Rich
Hedrick, Dewberry, Regan & Durant, PA       Curtis, Mallet-Prevost, Colt & Mosle LLP Kirkpatrick & Lockhart Nicholson Graham
50 N. Laura Street, Suite 1600              101 Park Avenue                         599 Lexington Avenue
Jacksonville, FL 32202                      New York, NY 10178                      New York, NY 10022-6030


Larry B. Ricke                              Craig P. Rieders                        Fred B. Ringel
Leonard, Street and Deinard                 Genovese Lichtman Joblove & Battist     Robinson Brog Leinwand Greene Genovese &
150 South Fifth Street                      100 S.E. 2nd Ave., Suite 3600           Gluck P.C.
suite 2300                                  Miami, FL 33131                         1345 Avenue of the Americas
Minneapolis, MN 55402                                                               31st Floor
                                                                                    New York, NY 10105-0143
```

| | | |
|---|---|---|
| Adam L. Rosen<br>Scarcella Rosen & Slome LLP<br>333 Earle Ovington Boulevard<br>Ninth Floor<br>Uniondale, NY 11533-3622 | Avrum J. Rosen<br>Law Office of Avrum J. Rosen<br>38 New Street<br>Huntington, NY 11743 | Neal M. Rosenbloom<br>Finkel Goldstein Rosenbloom Nash LLP<br>26 Broadway<br>Suite 711<br>New York, NY 10004 |
| Fox Rothschild<br>13 East 37th Street<br>Suite 800<br>New York, NY 10016 | J Casey Roy<br>McClain Leppert & Maney PC<br>South Tower Pennzoil Place<br>711 Louisiana Suite 3100<br>Houston, TX 77002 | David S Rubin<br>Kantrow Spaht Weaver & Blitzer<br>Post Office Box 2997<br>Baton Rouge, LA 70821-2997 |
| Robert B. Rubin<br>Burr & Forman LLP<br>420 North 20th Street Suite 3100<br>Birmingham, AL 35023 | Rachel L Rubio<br>Markowitz Davis Ringel & Trusty PA<br>9130 South Dadeland Boulevard<br>Suite 1225<br>Miami, FL 33156 | Shelley D Rucker<br>Miller & Martin<br>832 Georgia Avenue<br>Suite 1000<br>Chattanooga, TN 37402 |
| Teresa Sadutto<br>1065 Avenue of the Americas, 18th Floor<br>New York, NY 10018 | Anthony M Salzano<br>Pasco Co Board of County Commissioners<br>West Pasco Government Center<br>7530 Little Road, Suite 340<br>New Port Richey, FL 34654 | Anthony F Sanchez<br>Law Offices of Anthony F Sanches PA<br>Alfred I Dupont Building<br>169 East Flagler Street<br>Suite 1500<br>Miami, FL 33131 |
| Robert K. Scheinbaum<br>Podvey, Sachs, Meanor, Catenacci,<br>Hildner & Cocoziello<br>One Riverfront Plaza<br>Newark, NJ 07102 | Marvin S. Schulman<br>2800 Weston Road, Suite 201<br>Weston, FL 33331 | Gregory J. Seketa<br>40\|86 Advisorts Inc.<br>535 N. College Drive<br>Carmel, IN 46032 |
| Andrew Howard Sherman<br>Sills Cummis Radin Tischman Epstein &<br>Gross<br>712 5th Avenue<br>20th Floor<br>New York, NY 10019 | Lynn Welter Sherman<br>Hill Ward & Henderson<br>P O Box 2231<br>Tampa, Fl 33601 | R Scott Shuker<br>Gronek & Latham LLP<br>Post Office Box 3353<br>Orlando, FL 32802 |
| Peter L. Slinn<br>Stoel Rives LLP<br>600 University Street<br>Suite 3600<br>Seattle, WA 98101 | Thomas R. Slome<br>Scarcella Rosen & Slome LLP<br>333 Earle Ovington Boulevard<br>Suite 901<br>Uniondale, NY 11553 | Anthony J. Smits<br>Bingham McCutchen LLP<br>One State Street<br>Hartford, CT 06103 |
| Richard G. Smolev<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022 | Eric J. Snyder<br>Siller Wilk<br>675 Third Avenue<br>9th Floor<br>New York, NY 10017 | Marc P. Solomon<br>Burr & Forman LLP<br>420 North 20th Street<br>Suite 3100<br>Birmingham, AL 35203 |
| Southeast Milk, Inc.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL  32802-3353,  32802-3353 | Southeast-Atlantic Beverage Corporation<br>Nelson Mullins Riley & Scarborough LLP<br>1320 Main St., 17th Floor (29201)<br>PO Box 11070<br>Columbia, SC  29211,  29211 | Arthur J Spector<br>Berger Singerman<br>350 East Las Olas Blvd<br>Suite 1000<br>Fort Lauderdale, FL 33301 |
| Mark D. Speed<br>83 Maiden Lane<br>New York, NY 10038 | Alex Spizz<br>Todtman, Nachamie, Spizz & Johns, P.C.<br>425 Park Avenue<br>New York, NY 10022 | Don M Stichter<br>Stichter, Riedel, Blain & Prosser<br>110 East Madison Street, Suite 200<br>Tampa, FL 33602 |

| | | |
|---|---|---|
| Sabrina L. Streusand<br>Hughes & Luce, LLP<br>111 Congress Avenue Suite 900<br>Austin, TX 78701 | Debra Sudock<br>Kelley, Drye & Warren, LLP<br>101 Park Avenue<br>New York, NY 10178 | Stephen B. Sutton<br>Lathrop & Gage, L.C.<br>2345 Grand Boulevard<br>Suite 2800<br>Kansas City, MO 64108-2612 |
| TA Cresthaven, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd #1916<br>Jacksonville, FL 32207 | TA/Western, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd #1916<br>Jacksonville, FL 32207 | Joel L. Tabas<br>25 Southeast Second Ave., Ste. 919<br>Miami, FL 33131-1538 |
| Gene B Tarr<br>Blanco Tackabery Combs & Matamoros PA<br>Post Office Drawer 25008<br>Winston-Salem, NC 27114-5008 | Richard R. Thames<br>Stutsman & Thames, P.A.<br>121 West Forsyth Street, Suite 600<br>Jacksonville, FL 32202 | The Coca-Cola Company<br>c/o Alan M. Weiss<br>Holland & Knight LLP<br>50 North Laura Street<br>Suite 3900, Jacksonville, FL 32202 32202 |
| Diana M. Thimmig<br>Roetzel & Andress<br>1375 East Ninth Street<br>One Cleveland Ctr Ninth Floor<br>Cleveland, OH 44114 | Judy D Thompson<br>301 S. College Street, Ste 2300<br>Charlotte, NC 28202 | Janet H. Thurston<br>Cohen & Thurston, P.A.<br>1723 Blanding Blvd Suite 102<br>Jacksonville, FL 32210 |
| Laura L. Torrado<br>Bear, Stearns & Co<br>383 Madison Avenue 8th Floor<br>New York, NY 10179 | Paul Traub<br>Traub Bonacquist & Fox LLP<br>655 Third Avenue<br>21st Floor<br>New York, NY 10017 | Ronald M Tucker<br>Simon Property Group<br>115 West Washington Street<br>Indianapolis, IN 46204 |
| United States Trustee - JAX<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801 | Raymond J. Urbanik<br>Munsch Hardt Kopf & Harr, P.C.<br>1445 Ross Avenue<br>Suite 4000<br>Dallas, TX 75202 | Wanda Borges<br>Borges & Associates, LLC<br>575 Underhill Blvd., Suite 110<br>Syosset, NY 11791 |
| David H. Wander<br>Wander & Associates, P.C.<br>641 Lexington Avenue<br>New York, NY 10022 | Richard Whitney Ward<br>2527 Fairmount Street<br>Dallas, TX 75024 | Michael D. Warner<br>Warner, Stevens & Doby, L.L.P.<br>1700 City Center Tower II<br>Fort Worth, TX 76102 |
| Allan C Watkins<br>Watkins Law Firm, PA<br>707 N Franklin Street, Suite 750<br>Tampa, FL 33602 | Alan M. Weiss<br>Holland & Knight LLP<br>50 North Laura St., Suite 3900<br>Jacksonville, FL 32202 | David B. Wheeler<br>Moore & Van Allen PLLC<br>P.O. Box 22828<br>Charleston, SC 29413-2828 |
| Stephen D Wheelis<br>Wheelis & Rozanski<br>Post Office Box 13199<br>Alexandria, LA 71315-3199 | William Douglas White<br>McCarthy & White PLLC<br>8180 Greensboro Drive<br>Suite 875<br>McLean, VA 22102 | Amy Pritchard Williams<br>Kennedy Covington Lobdell & Hickman LLP<br>214 N Tryon Street<br>Hearst Tower, 47th Floor<br>Charlotte, NC 28202 |
| Jonathan R Williams<br>Meland, Russin, Hellinger & Budwick, PA<br>200 S. Biscayne Blvd Ste 3000<br>Miami, FL 33131 | Winn-Dixie Stores, Inc<br>5050 Edgewood Court<br>Jacksonville, FL 32254-3699 | Frank J. Wright<br>Hance Scarborough Wright Ginsberg<br>& Brusilow, LLP<br>14755 Preston Road # 600<br>Dallas, TX 75254 |

Scott A. Zuber
Pitney Hardin Kipp & Szuch, LLP
200 Campus Drive
Florham Park, NJ 07932-0950