INVOICE - RENT AND OTHER CHARGES

TED GLASRUD ASSOC OF DELAND FL                  Date: 08-21-2006
759 SOUTH FEDERAL HWY                           Account: WINJBP1103
SUITE 217
STUART, FL 34994

                                                Amount Enclosed: _____

                                                Statement For:
WINN DIXIE STORES, INC.                         WINN DIXIE STORES, INC.
R.E. (Store #308) ATTN: A.P.M.                  1105 NE JENSEN BEACH BLVD
1141 SW 12TH AVE.
POMPANO BEACH, FL  33069                        JENSEN BEACH, FL  34957


              Please enclose this portion with your remittance.



Make checks payable to Managing Agent:          Statement Date
  TED GLASRUD ASSOCIATES, INC.                  08-21-2006
  759 SOUTH FEDERAL HWY
  SUITE 217
  STUART, FL 34994
  (772)781-0771

 Unit   Charge Date   Description           Check No.         Amount
                      BALANCE FORWARD                      27,755.76 *
 1103   09-01-06      CAM CHARGE                              232.18
 1103   09-01-06      RENT CHARGE                           7,500.00
                                                                 .00
                                                           _____
                                                          $35,487.94
                                                          ==========

              Payment due on first of the month.

If payment received after the 10th of the month, please pay    $35,487.94
This statement does not reflect payments received from you after  08-21-2006 .


        ✱ Please See Attached


EXHIBIT B

WINN DIXIE STORES

| | |
|---|---:|
| BALANCE INCREASE REAL ESTATE TAXES AND INSURANCE 2003 | $214.94 |
| INCREASE REAL ESTATE TAXES AND INSURANCE 2004 | $10,894.28 |
| WATER USAGE MAY 6/10/04-2/22/05 | $5,046.54 |
| PD CHECK 8055545 | -$1,026.83 |
| PD CHECK 811706 | -$262.03 |
| INCREASE REAL ESTATE TAXES AND INSURANCE 2005 | $12,888.86 ✱ |
| TOTAL | $27,755.76 |

NOTE: Per +Winn Dixie, court has ordered them not to pay any items expenses incurred 02/25/05 or before.

✱ Please pay this item immediately,
*[signature]* Sec.-Treasurer