UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 3-05-bk-03817-JAF |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001(e)(2)

**To Transferor:**   Domino Foods, Inc.
Attn: John Kearney
1100 Key Highway East
Baltimore, MD 21230-5180

PLEASE TAKE NOTICE that your claim in the amount of $47,172.50, has been transferred to:

**American Sugar Refining, Inc.**
c/o Gene B. Tarr, Esq.
Blanco Tackabery Combs & Matamoros, P.A.
P.O. Drawer 25008
Winston-Salem, NC  27114-5008

An Assignment of Claim is attached hereto as <u>Exhibit A</u>. No action is required if you do not object to the transfer of your claim. However, if you do object to the transfer of your claim, <u>within 20 days</u> of the date of this notice you must:

1)   File a written objection with:

United States Bankruptcy Court,
Middle District of Florida
300 North Hogan Street
Jacksonville, FL 32202.

2)   Send a copy of your objection to the Transferee

Please refer to Internal Control No. _____ in your objection. If you file an objection prior to the deadline, a hearing will be scheduled. If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

---

**FOR CLERKS OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid, on _____, 2006.
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent_____ Transferee _____

_____
Deputy Clerk

BTCM:330378v3

## ASSIGNMENT OF CLAIM

TO: THE DEBTORS AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Domino Foods, Inc. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to American Sugar Refining, Inc. ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of $47,172.50 (the "Assigned Claim"), against Winn Dixie Stores, Inc. et al. (collectively the "Debtors"), the debtors in possession in Case No. 05-03817 pending in the United States Bankruptcy Court for the Middle District of Florida (the "Case"), and any and all proofs of claim filed by Assignor in the Case in respect of the foregoing Assigned Claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtors and the Bankruptcy Court, and hereby waives, to the fullest extent permitted by law, any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or other applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order may be entered by the Bankruptcy Court, without further notice to Assignor, transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtors, the Bankruptcy Court, and all other interested parties that all further notices related to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on October 10th, 2006

DOMINO FOODS, INC.

By: Gregory H. Smith

Its: Vice President + CFO

**EXHIBIT A**