KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York  10178
James S. Carr ( JC-1603)
Robert L. LeHane ( RL-9422)
Tel:  (212) 808-7800
Fax: (212) 808-7897

   -and-

HELD & ISRAEL
1301 Riverplace Blvd., Ste. 1916
Jacksonville, FL  32207-9024
Tel: (904) 398-7036
Fax:  (904) 398-4283

Attorneys for INEOS Olefins & Polymers USA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

_____
In re:                                                              )        Case No.  05-03817-3F1
                                                                        )
WINN-DIXIE STORES, INC., *et al.*,        )        Chapter 11
                                                                        )
Debtors.                                                      )        Jointly Administered
                                                                        )
_____)

### AFFIDAVIT OF TODD HINZ IN SUPPORT
### OF INEOS' MOTION TO ALLOW THE
### FILING OF A LATE PROOF OF CLAIM

      Todd Hinz**,** being duly sworn according to law, upon his oath, deposes and says:

      1.    I make this Affidavit in support of the Motion of INEOS Olefins & Polymers USA ("INEOS") to allow the filing of a late proof of claim against Winn-Dixie Stores, Inc., ("Winn-Dixie"), one of the above-captioned debtors.  I am familiar with the facts contained below based upon personal knowledge, unless stated upon information and belief, in which case I believe the facts to be true.

2. I am employed by INEOS as Controller. My responsibilities include managing and overseeing the credit department which is responsible for, among other things, collecting accounts receivable.

3. INEOS is a leading global manufacturer of specialty and intermediate chemicals, with a production network spanning 50 manufacturing facilities in 15 countries throughout the world.

4. In 1985, BP Solvay Polyethylene North America ("BP Solvay"), a joint venture between Solvay Polymers, Inc. and BP Amoco Polymers, Inc. entered into a contract with Superbrand for the distribution to Superbrand, of pellets, which is a resin used in the production of milk bottles.

5. Upon information and belief, Superbrand was a wholly owned subsidiary of Winn-Dixie, was subsequently dissolved as a corporate entity and now is a brand of Winn-Dixie.

6. For close to ten years, BP Solvay delivered pellets to Winn-Dixie. On December 16, 2004, Winn-Dixie ordered a large shipment of pellets. BP Solvay delivered the pellets in three shipments: on January 12 and 28, 2005, and February 7, 2005, with BP Solvay invoicing Winn-Dixie on those same dates. The January 12th invoice was in the amount of $31,487.40, the January 28th invoice was in the amount of $23,952.60, and the February 7th invoice was in the amount of $31,059.00.[1] Winn-Dixie had an account credit of $21,662.20. As such Winn-Dixie owed $64,836.80 to BP Solvay. Pursuant to the terms of each invoice, payment from Winn-Dixie was due 30 days from the invoice date.

7. In connection with the January 12th invoice, BP Solvay received a check dated February 11, 2005, from Winn-Dixie in the amount of $31,487.40. Winn-Dixie, however,

---

[1] Copies of the invoices are attached hereto as Exhibit A.

stopped payment on the check, and Winn-Dixie has never sent any payment in connection with the other two invoices. We have not received any orders from Winn-Dixie since the December 16th order, nor have we conducted any business with Winn-Dixie since the February 7th shipment of pellets.

8. On February 23, 2005, credit management learned of the Winn-Dixie bankruptcy filing by email from then Credit Manager Phillip Crupper. Crupper's email noted the outstanding amount owed by Superbrand, and he concluded by stating: "Until I can determine how Winn-Dixie's Chapter 11 filing will affect Superbrand, I have removed their credit line…." Crupper resigned from INEOS in April 2006.

9. As part of his responsibilities as Credit Manager, Crupper was supposed to track the Winn-Dixie account, and he should have followed the Winn-Dixie bankruptcy. Nevertheless, as I learned in August 2006, Crupper failed to follow-up on the Winn-Dixie bankruptcy, and the account continued to be unpaid.

10. From July 2005 through August 2005, during the time set by the Court as the deadline for filing proofs of claim against Winn-Dixie, August 1, 2005 (the "Bar Date"), BP Solvay underwent a major transition when BP Amoco Chemical Co. ("BP") purchased a 100 percent share in the joint venture, and BP Solvay became a subsidiary of BP, operating as BP Solvay Polymers, Inc. ("BP Solvay Polymers"). This transition included a merger of the BP credit group with the existing BP Solvay credit group, a change of offices, and a change of responsibilities for many credit personnel. Indeed, Crupper was demoted from credit manager to a credit analyst. While it appears that Crupper failed to monitor the Winn-Dixie bankruptcy case, my review of the files shows that neither BP Solvay nor BP Solvay Polymers ever received notice of the Bar Date.

11. Another major transition occurred thereafter, when BP spun off BP Solvay

3

Polymers, into a separate entity called Innovene LLC ("Innovene"). Again, offices were changed, responsibilities shifted, and a number of employees in the credit department were either terminated and/or resigned.

12. Yet another major transition occurred in December of 2005 when INEOS purchased Innovene for $9 billion. Again, many responsibilities shifted, offices were changed, and in fact corporate headquarters moved from Illinois to Texas. Over the next eight months, substantial efforts to effectuate a smooth transition were undertaken, but the Winn-Dixie account remained unmonitored.

13. On May 30, 2006, Christopher Shultz began employment with INEOS as Credit Manager. One of his responsibilities included reviewing stale accounts and attempting to collect them. During a review of stale accounts receivable during August 2006, Shultz discovered the outstanding open invoices of Winn-Dixie, and realized INEOS had not filed a proof of claim in the Winn-Dixie proceedings. Shultz immediately notified me about the situation.

14. I subsequently notified Charles Saunders, an in-house attorney for INEOS regarding the Winn-Dixie debt and bankruptcy filing. Saunders then contacted Kelley Drye and Warren LLP in September 2006 for advice on INEOS' right to file a late proof of claim in the bankruptcy proceeding.

15. INEOS is entitled to be paid $64,836.80 in connection with the pellets sold to Winn-Dixie.

Dated: League City, Texas
~~September~~ 9, 2006
October

/s/ 
TODD HINZ

Sworn and subscribed to me
this 9 day of ~~September~~ 2006
October

Notary Public

# **EXHIBIT A**

Case 3:05-bk-03817-JAF    Doc 11771-1    Filed 10/11/06    Page 6 of 11

**EXHIBIT A**

## INVOICE

Page: 1 OF 1


BP Polyethylene
North America

**Remit To:**
BP POLYETHYLENE
NORTH AMERICA
DEPT. CH 14032
PALATINE IL 60055-4032

**INVOICE**
**90482557**
Please reference above number with payment

3333 RICHMOND AVE
P.O.Box 27328, HOUSTON, TX 77098-3099

Date of Invoice: 02/07/2005

**Mail To:**
SUPERBRAND
Attn: JUDIE GARARD
1350 W FAIRFIELD
HIGH POINT, NC 27263



Sold To: SUPERBRAND
1350 W FAIRFIELD
HIGH POINT, NC 27263

**Payment Terms:**
Net 30 days from invoice date

| INVOICE ITEMS | Shipped Quantity | Unit Price | Invoice Amount |
|---|---|---|---|
| FORTIFLEX(RM) A60-70-162 PE PELLETS<br>    Order Number [Date] : 455502 [12/16/2004]<br>    No. and Type of Package: 1 HOPPER TRUCK<br>    Batch Number: C050119M05<br>    Customer PO#: P002042*<br>    Shipped To: SUPERBRAND<br>                  1350 W FAIRFIELD<br>                  HIGH POINT, NC 27263<br>    Shipped on: 02/07/2005<br>    Shipping Point: CHARLOTTE, NC<br>    Carrier: ALLIANCE LOGISTICS INC<br>    Bill of Lading: 80633589<br>    Shipping Terms: Prepaid | 49,300 LB | 0.6300<br>Per 1   LB | 31,059.00 |

**Please pay this amount ---->**                                                31,059.00



Address Correspondence to: BP Polyethylene NA, P.O. Box 27328, HOUSTON, TX 77098-3099   Tel #: 800-527-5419       Copy

# INVOICE

Page: 1 OF 1

 **BP Polyethylene** North America

**Remit To:**
BP POLYETHYLENE
NORTH AMERICA
DEPT. CH 14032
PALATINE IL  60055-4032

**INVOICE
90479928**
Please reference above number with payment

3333 RICHMOND AVE
P.O.Box 27328, HOUSTON, TX 77098-3099

Date of Invoice: 01/28/2005

**Mail To:**
SUPERBRAND
Attn: JUDIE GARARD
1350 W FAIRFIELD
HIGH POINT, NC  27263

**Payment Terms:**
Net 30 days from Invoice date

Sold To:  SUPERBRAND
          1350 W FAIRFIELD
          HIGH POINT, NC  27263

| INVOICE ITEMS | Shipped Quantity | Unit Price | Invoice Amount |
|---|---|---|---|
| FORTIFLEX(RM) A60-70-162 PE PELLETS<br>  Order Number [Date] : 455501 [12/16/2004]<br>  No. and Type of Package: 1 HOPPER TRUCK<br>  Batch Number: C041229M06<br>  Customer PO#: P002041*<br>  Shipped To: SUPERBRAND<br>              1350 W FAIRFIELD<br>              HIGH POINT, NC  27263<br>  Shipped on: 01/28/2005<br>  Shipping Point: CHARLOTTE, NC<br>  Carrier: ALLIANCE LOGISTICS INC<br>  Bill of Lading: 80624913<br>  Shipping Terms: Prepaid | 38,020 LB | 0.6300<br>Per 1    LB | 23,952.60 |

**Please pay this amount ---->**                                      23,952.60



Address Correspondence to: BP Polyethylene NA, P.O. Box 27328, HOUSTON, TX 77098-3099   Tel #: 800-527-5419    **Copy**

## INVOICE

Page: 1 OF 1


**BP Polyethylene**
North America

**Remit To:**
BP POLYETHYLENE
NORTH AMERICA
DEPT. CH 14032
PALATINE IL  60055-4032

**INVOICE**
**90477559**
Please reference above number with payment

3333 RICHMOND AVE
P.O. Box 27328, HOUSTON, TX 77098-3099

**Date of Invoice:** 01/12/2005

**Mail To:**
SUPERBRAND
Attn: JUDIE GARARD
1350 W FAIRFIELD
HIGH POINT, NC  27263



**Sold To:** SUPERBRAND
1350 W FAIRFIELD
HIGH POINT, NC  27263

**Payment Terms:**
Net 30 days from invoice date

| INVOICE ITEMS | Shipped Quantity | Unit Price | Invoice Amount |
|---|---|---|---|
| FORTIFLEX$^{RM}$ A60-70-162 PE PELLETS<br>    Order Number [Date] : 455500 [12/16/2004]<br>    No. and Type of Package: 1 HOPPER TRUCK<br>    Batch Number: C041202M03<br>    Customer PO#: P002038<br>    Shipped To: SUPERBRAND<br>              1350 W FAIRFIELD<br>               HIGH POINT, NC  27263<br>    Shipped on: 01/12/2005<br>    Shipping Point: CHARLOTTE, NC<br>    Carrier: ALLIANCE LOGISTICS INC<br>    Bill of Lading: 80624912<br>    Shipping Terms: Prepaid | 17,220 LB | 0.6300<br>Per 1  LB | 10,848.60 |
| FORTIFLEX$^{RM}$ A60-70-162 PE PELLETS<br>    Order Number [Date] : 455500 [12/16/2004]<br>    No. and Type of Package: 1 HOPPER TRUCK<br>    Batch Number: C041229M06<br>    Customer PO#: P002038<br>    Shipped To: SUPERBRAND<br>              1350 W FAIRFIELD<br>               HIGH POINT, NC  27263<br>    Shipped on: 01/12/2005<br>    Shipping Point: CHARLOTTE, NC<br>    Carrier: ALLIANCE LOGISTICS INC<br>    Bill of Lading: 80624912<br>    Shipping Terms: Prepaid | 32,760 LB | 0.6300<br>Per 1  LB | 20,638.80 |

**Please pay this amount ---->**                                                                   31,487.40



Address Correspondence to: BP Polyethylene NA, P.O. Box 27328, HOUSTON, TX 77098-3099   Tel #: 800-527-5419

**Copy**

**EXHIBIT B**

**Crupper-JV, Phil**

| | |
|---|---|
| From: | Crupper-JV, Phil |
| Sent: | Wednesday, February 23, 2005 9:21 AM |
| To: | 'Barno, Jeffrey C'; Boyden-JV, David; Sokol-JV, Bob; 'Zimmerman-JV, Michelle'; Houser-JV, Lewis; Reeves-JV, Ana |
| Subject: | Superbrand Dairy Products - High Point, NC |

Superbrand, a wholly owned subsidiary of Winn-Dixie Stores, Inc., has been our customer since 1985. As of this morning they owe us $56,219, all of which is current on Net 30 terms. Their 2004 purchases totaled $1,028,000 and their 2005 y-t-d purchases total $143,000.

This Monday, February 21st, Winn-Dixie filed for Chapter 11 bankruptcy protection. Even though they have experienced financial difficulties for sometime their bankruptcy filing was quite unexpected.

Until I can determine how Winn-Dixie's Chapter 11 filing will affect Superbrand I have removed their credit line. I'll keep you posted as the situation develops.

Phillip Crupper
BP Polyethylene North America
3333 Richmond Avenue
Houston, Texas 77098
Telephone - 713-525-4180
Fax - 713-525-7890
E-mail - phil.crupper@bpsolvaype.com