UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

_____
In re:                              )    Case No. 05-03817-3F1
                                    )
WINN-DIXIE STORES, INC., et al.,    )    Chapter 11
                                    )
Debtors.                            )    Jointly Administered
                                    )
_____)

### ORDER

These cases came before the Court for hearing on November ____, 2006, upon the motion dated October 11, 2006, of INEOS Olefins & Polymers USA ("INEOS") for the entry of an order allowing the filing of a late proof of claim, as more fully set forth in the Motion. The Court has jurisdiction to consider the Motion and the relief requested by the Motion. It appears that due notice has been given in connection with the Motion. It further appears that either no objections to the relief requested have been received, or any objection has been timely resolved or overruled. It further appears that sufficient cause has been provided to permit INEOS to file a late proof of claim as the failure to act was the result of excusable neglect. Accordingly, after due deliberation and good and sufficient cause appearing therefore, it is

**ORDERED**

1. Pursuant to section 105 of the Bankruptcy Code and Bankruptcy Rules 3003(c)(3) and 9006(b)(1), INEOS is permitted to file a late proof claim in the amount of $64,836.80, against Winn-Dixie Stores, Inc.

11

      2.     INEOS' late proof of claim shall be deemed timely filed for all purposes.

Dated November ___ , 2006, in Jacksonville, Florida.

                                                          _____
                                                            JERRY A. FUNK
                                                            UNITED STATES BANKRUPTCY JUDGE