## ZIMMER MANAGEMENT COMPANY



111 PRINCESS STREET • P.O. BOX 2628 • WILMINGTON, NORTH CAROLINA 28402 • 910-763-4669 • FAX 910-762-1999

October 6, 2006

*VIA UNITED PARCEL SERVICE*

Clerk of the Court
United Sates Bankruptcy Court
Middle District of Florida
Jacksonville Division
United States Courthouse
300 North Hogan Street, Suite 3-350
Jacksonville, Florida 32202

    RE:    Debtor:    Winn-Dixie Stores, Inc., et al.
             Creditor:   Garden City W-D, LLC
             Case No.:  05-03817-3F1

Dear Sir:

       Garden City W-D, LLC (the owner of the former Winn-Dixie Store #2117, located in Garden City Plaza, Garden City, South Carolina) objects to the reduced claim amount set forth on Exhibit E of the Debtors' Twenty-Third Omnibus Objection, a copy of which is attached hereto as **EXHIBIT A**. The Creditor, Garden City W-D, LLC, has reached an agreement with a representative of Winn-Dixie regarding the reduction of Claim #13323 from $104,379.88 to $49,096.34. A copy of the e-mail confirming such agreement is attached hereto as **EXHIBIT B**.

       Please feel free to contact Ms. Donna Dickens of Zimmer Development Company, LLC (tele. 910-763-4669 x 204) concerning this matter.

                                    GARDEN CITY W-D, LLC
                                    By:    Zimmer Management Company

                                    By: _____
                                         Jeffrey L. Zimmer, President

JLZ/dld
Enclosures

Clerk of the Court
United Sates Bankruptcy Court
Page Two
October 6, 2006


cc:     Mr. D.J. Baker, Esquire
        Ms. Jane M. Leamy, Esquire
        Skadden, Arps, Slate, Meagher & Flom, LLP
        Attorneys at Law
        Four Times Square
        New York, New York  10036
        (via telecopier:  917-777-2150)

        Mr. James H. Post, Esquire
        Ms. Cynthia C. Jackson, Esquire
        Smith Hulsey & Busey
        Attorneys at Law
        225 Water Street, Suite 1800
        Jacksonville, Florida  32202
        (via telecopier:  904-359-7708)

        Ms. Kim Neil
        Winn-Dixie
        5050 Edgewood Court
        Jacksonville, Florida  32254
        (via telecopier:  904-370-6055)

EXHIBIT A

Page: 1 of 1
Date: 09/25/2006

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT E - OVERSTATED AND MISCLASSIFIED**
**CLAIMS TO BE REDUCED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| COCA-COLA ENTERPRISES INC ET AL<br>C/O MILLER & MARTIN PLLC<br>ATTN: SHELLY D RUCKER, ESQ<br>832 GEORGIA AVE, STE 1000<br>CHATTANOOGA TN 37402-2289<br>Transferee: VR GLOBAL PARTNERS, LP | 8347 | $8,530,810.49 | Multiple Classes<br>Debtor: WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $3,023,758.13 | REDUCED AMOUNT REFLECTS ADDITIONAL CLAIM OF $126,586.57, ACCOUNTS RECEIVABLE BALANCE OF $900,000.00, REMOVAL OF LIABILITIES OF OTHER DEBTORS INCLUDED IN ASSERTED AMOUNT OF $3,465,317.30, NET CONSUMPTION WAIVER OF $38,433.99, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $1,229,887.64. ALSO, MISCLASSIFIED CLAIM. |
| ELIOT PROPERTIES<br>C/O M & P SHOPPING CTR<br>ATTN ELIOT M ARNOVITZ<br>5025 WINTERS CHAPEL RD<br>ATLANTA, GA 30360-1700 | 3323 | $28,472.36 | Priority<br>Debtor: WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $20,823.29 | REDUCED AMOUNT REFLECTS REMOVAL OF $7,649.07, A STEAK & ALE PROPERTY TAX BILL FOR WHICH DEBTOR IS NOT LIABLE. ALSO, MISCLASSIFIED CLAIM. |
| GARDEN CITY W-D, LLC<br>C/O ZIMMER MANAGEMENT COMPANY<br>111 PRINCESS STREET<br>PO BOX 2628<br>WILMINGTON NC 28402-2628<br>Counsel: ATTN HERBERT J ZIMMER, ESQ | 13323 | $104,679.88 | Administrative<br>Debtor: WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $37,561.27 | REDUCED AMOUNT REFLECTS REMOVAL OF $26,529.36 FOR REAL ESTATE TAXES INCURRED POSTPETITION AND $40,589.25 FOR COMMON AREA MAINTENANCE CHARGES NOT RECOVERABLE UNDER LEASE. ALSO, MISCLASSIFIED CLAIM. |
| NKC PROPERTIES<br>C/O FORD BOWLUS DUSS ET AL<br>ATTN M BOWLUS & K SCHNAUSS, ESQS<br>10110 SAN JOSE BLVD<br>JACKSONVILLE FL 32257<br>Transferee: MSCI 1999-RM1 DALTON PLACE LP | 12434 | $4,875,172.45 | Administrative<br>Debtor: WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $860,921.01 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. ALSO, MISCLASSIFIED CLAIM. |
| PICKENS NALLEY, LP<br>GARRET PICKENS PARTNERSHIP, LP<br>PO BOX 1929<br>EASLEY SC 29641<br>Counsel: ATTN JEAN WINBORNE BOYLES, ESQ | 12302 | $670,879.31 | Multiple Classes<br>Debtor: WINN-DIXIE RALEIGH, INC. | Unsecured Non-Priority | $615,591.06 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. ALSO, MISCLASSIFIED CLAIM. |
| WESTLAND PLAZA ASSOCIATES, LP<br>C/O STIRLING PROPERTIES<br>ATTN DONNA TAYLOR<br>109 NORTHPARK BLVD, SUITE 300<br>COVINGTON LA 70433<br>Counsel: ATTN J DAVID FORSYTH, ESQ. | 13454 | $214,551.29 | Multiple Classes<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | Unsecured Non-Priority | $206,337.74 | REDUCED AMOUNT REFLECTS REMOVAL OF $8,213.55 FOR OVERSTATED REJECTION DAMAGES. ALSO, MISCLASSIFIED CLAIM. |

Total Claims to be Reduced & Reclassified: 6
Total Amount to be Reduced & Reclassified: $14,424,565.78    Plus Unliquidated Amounts, If Any
Total Reduced & Reclassified Amount: $4,764,992.50

EXHIBIT B

## Donna Dickens

**From:** Kimberly Neil [KimberlyNeil@winn-dixie.com]
**Sent:** Thursday, October 05, 2006 11:01 AM
**To:** 'Donna Dickens'
**Subject:** RE: WD 2117 Ins

I concur.
I have advised our counsel, Jane Leamy with Skadden.

**From:** Donna Dickens [mailto:donnadickens@zdc.com]
**Sent:** Wednesday, October 04, 2006 1:10 PM
**To:** 'Kimberly Neil'
**Subject:** RE: WD 2117 Ins

I concur. To recap everything we have been discussing:

1. Claim #13324 is in the reduced agreed upon amount of $522,107.15.

2. Administrative payments:
   (i)   05 RET post petition has been mailed in the amount of $26,621.16
   (ii)  05 CAM post petition in the amount of $5,888.46 was to have been processed yesterday (or you were going to attempt to process the same yesterday)
   (iii) ADDITIONAL 05 CAM post petition as set forth below in the amount of $2,824.21 is to be processed

   Therefore, total administrative payments made/to be made will total: $35,333.83

3. Claim #13323 will be reduced from $104,679.88 to $49,096.34, compiled as follows:

   RET05 pre:   $4,773.50
   RET04:       $32,787.82
   CAM05 pre:   $1,567.68   ($1,059.52 + $508.16)
   CAM04:       $9,967.34

Please advise if my understanding of each of the various claims is correct.

Many thanks for your assistance.
Donna