BERGER SINGERMAN, PA
315 South Calhoun Street, Suite 712
Tallahassee, Florida 32301
Tel: (850) 561-3010
Fax: (850) 561-3013
Brian G. Rich  038229

BERGER SINGERMAN, PA
350 E. Las Olas Blvd., Suite 1000
Fort Lauderdale, FL 33301
Tel: (954) 713-7511
Fax: (954) 523-2871
Arthur J. Spector 620777

BERGER SINGERMAN, PA
200 South Biscayne Blvd., Suite 1000
Miami, Florida  33131
Tel: (305) 755-9500
Fax: (305) 714-4340
Paul Steven Singerman  378860

CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP
101 Park Avenue
New York, New York  10178-0061
Tel: (212) 696-6000
Fax: (212) 697-1559
Steven J. Reisman (SR-4906)
Theresa Foudy (TF-6268)

*Attorneys for Wilmington Trust Company*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT FLORIDA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Winn-Dixie Stores, Inc., et al., | : | Case No.: 05-3817-3F1 |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

3175638v1

**AFFIDAVIT OF SERVICE OF RESPONSE OF WILMINGTON TRUST COMPANY TO THE UNITED STATES TRUSTEE'S OBJECTION TO JOINT PLAN OF REORGANIZATION AND JOINDER IN MEMORANDUM OF LAW OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS (A) IN SUPPORT OF CONFIRMATION OF JOINT CHAPTER 11 PLAN AND (B) JOINING IN DEBTORS' RESPONSE TO OBJECTIONS TO CONFIRMATION OF JOINT CHAPTER 11 PLAN**

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF NEW YORK  )

Virginia M. Guzman, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and reside in New York, New York.

2. On October 11, 2006, I caused to be served true and correct copies of the <u>Response of Wilmington Trust Company to The United States Trustee's Objection to Joint Plan of Reorganization and Joinder in Memorandum of Law of Official Committee of Unsecured Creditors (A) in Support of Confirmation of Joint Chapter 11 Plan and (B) Joining in Debtors' Response to Objections to Confirmation of Joint Chapter 11 Plan</u>, as follows: (i) by FedEx upon:

| | | |
|---|---|---|
| HIERSCHE, HAYWARD, DRAKELEY & URBACH P.C. 15303 Dallas Parkway, Suite 700 Addison, TX 75501 Attn.: Russell W. Mills Jason M. Katz | BLEDSOE, JACOBSON, SCHMIDT & WRIGHT 1301 Riverplace Blvd., Suite 1818 Jacksonville, FL 32207 Attn.: James A. Bledsoe, Jr. | BURGER, FARMER, COHEN P.L. 1601 Forum Place, Suite 404 West Palm Beach, FL 33401 Attn.: Alan M. Burger Michael A. Kaufman |
| TEW CARDENAS LLP Four Seasons Tower, 15th Floor 1441 Bricknell Avenue Miami, FL 33131 Attn.: Thomas R. Lehman | MILAM HOWARD NICANDRI DEES & GILLAM, P.A. 14 East Bay Street Jacksonville, FL 32202 Attn.: Peter E. Nicandri | |

(ii) by e-mail upon those parties on the Service List annexed hereto.

3175638v1

-3-

Dated:  New York, New York
         October 11, 2006

                                                    /s/ Virginia M. Guzman
                                                    Virginia M. Guzman

Sworn to before me this
11th day of October 2006

/s/ Michael Brown

Notary Public
MICHAEL J. BROWN
Notary Public, State of New York
No. 31-4992593
Qualified in New York County
Commission Expires February 24, 2010

-3-

3175638v1

## SERVICE LIST

| | | |
|---|---|---|
| PAUL, WEISS, RIFKIND & GARRISON LLP<br>Alan W. Kornberg<br>Andrew Rosenberg<br>Kelley Cornish<br>1285 Avenue of the Americas<br>New York, NY  10019<br>akornberg@paulweiss.com<br>arosenberg@paulweiss.com<br>kcornish@paulweiss.com | DLA PIPER RUDNICK GRAY CARY US LLP<br>Daniel Carrigan<br>1200 Nineteenth St., NW<br>Washington, DC  20036<br>daniel.carrigan@dlapiper.com | NIXON PEABODY LLP<br>Dennis Drebsky<br>John Rosenthal<br>437 Madison Avenue<br>New York, NY  10022<br>ddrebsky@nixonpeabody.com<br>jrosenthal@nixonpeabody.com |
| DLA PIPER RUDNICK GRAY CARY US LLP<br>Mark Friedman<br>Susan Maher<br>6225 Smith Avenue<br>Baltimore, MD  21209<br>mark.friedman@dlapiper.com | DLA PIPER RUDNICK GRAY CARY US LLP<br>Janice Duban<br>Brian A. Audette<br>203 N. LaSalle Street, Suite 1900<br>Chicago, IL  60601<br>janice.duban@dlapiper.com<br>brian.audette@dlapiper.com | STICHTER, RIEDEL, BLAIN & PROSSER, P.A.<br>Harvey E. Riedel<br>Elena P. Ketchum<br>110 East Madison Street<br>Suite 200<br>Tampa, FL  33602<br>hriedel@srbp.com<br>eketchum@srbp.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>Jan Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Four Times Square<br>New York, NY  10036<br>djbaker@skadden.com<br>shenry@skadden.com<br>rgray@skadden.com | SMITH HULSEY & BUSEY<br>Cynthia C. Jackson<br>Stephen D. Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL  32202<br>cjackson@smithhulsey.com<br>busey@smithhulsey.com | MILBANK, TWEED, HADLEY & McCLOY, LLP<br>Dennis Dunne<br>Matthew Barr<br>Matt Comerford<br>1 Chase Manhattan Plaza<br>New York, NY  10005<br>ddunne@milbank.com<br>mbarr@milbank.com<br>mcomerford@milbank.com |
| OFFICE OF THE U.S. TRUSTEE<br>Elena L. Escamilla<br>Kenneth C. Meeker<br>135 W Central Boulevard, Suite 620<br>Orlando, FL  32801<br>elena.l.escamilla@usdoj.gov | AKERMAN SENTERFITT<br>John B. MacDonald<br>50 North Laura Street, Suite 2500<br>Jacksonville, FL  32202<br>john.macdonald@akerman.com | FULBRIGHT & JAWORSKI L.L.P.<br>Johnathan C. Bolton<br>Fulbright Tower<br>1301 McKinley, Suite 5100<br>Houston, TX  77010<br>jbolton@Fulbright.com |
| MORRISON & FOERSTER LLP<br>Larren M. Nashelsky<br>Norman S. Rosenbaum<br>1290 Avenue of the Americas<br>New York, NY  10104<br>lnashelsky@mofo.com<br>nrosenbaum@mofo.com | MORRISON & FOERSTER LLP<br>Alexandra Steinberg Barrage<br>2000 Pennsylvania Avenue, NW<br>Suite 5500<br>Washington, DC  22209<br>abarrage@mofo.com | SPEARS, MOORE, REBMAN & WILLIAMS, P.C.<br>Scott N. Brown, Jr.<br>801 Broad Street, Sixth Floor<br>P.O. Box 1749<br>Chattanooga, TN  37401<br>snb@smrw.com |
| DEPARTMENT OF REVENUE<br>Susan F. Stivers<br>P.O. Box 5222<br>Frankfort, KY  40602 | STUTSMAN THAMES & MARKEY, P.A.<br>Richard R. Thames<br>50 North Laura Street, Suite 1600 | JENNIS & BOWEN, P.L.<br>David Jennis<br>400 North Ashley Drive<br>Suite 2540 |

3175638v1

| | | |
|---|---|---|
| susan.stivers@ky.gov | Jacksonville, FL 32202<br>rrthames@stmlaw.net | Tampa, FL 33602<br>ecf@jennisbowen.com |
| PAUL, HASTINGS, JANOFSKY<br>  & WALKER, LLP<br>Karol K. Denniston<br>600 Peachtree Street, Suite 2400<br>Atlanta, GA 30308<br>karolkdenniston@paulhastings.com | HILLSBOROUGH COUNTY<br>  ATTORNEY'S OFFICE<br>Brian T. FitzGerald<br>P.O. Box 1110<br>Tampa, FL 33601<br>fitzgerald@hillsboroughcounty.org | ASSISTANT U.S. ATTORNEY<br>Marcio W. Valladares<br>United States Courthouse<br>300 North Hogan Street<br>Suite 700<br>Jacksonville, FL 32202<br>marcio.valladares@usdoj.gov |
| U.S. DEPARTMENT OF JUSTICE<br>Deborah M. Morris<br>P.O. Box 14198<br>Ben Franklin Station<br>Washington, DC 20044<br>deborah.m.morris@usdoj.gov | U.S. DEPARTMENT OF JUSTICE<br>Ruth A. Harvey<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044<br>ruth.harvey@usdoj.gov | HELD & ISRAEL<br>Kimberly Held Israel<br>Adam N. Frisch<br>1301 Riverplace Blvd, Suite 1916<br>Jacksonville, FL 32207<br>khisrael@hilawfirm.com<br>adam@hilawfirm.com |
| ARENT FOX PLLC<br>Mary Joanne Dowd<br>Jeffrey N. Rothleder<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>dowd.mary@arentfox.com<br>rothleder.jeffrey@arentfox.com | KITCHENS, KELLEY,<br>  GAYNES PC<br>Mark A. Kelley<br>11 Piedmont Center<br>3495 Piedmont Road, N.E., Suite 900<br>Atlanta, GA 30305<br>mkelley@kkgpc.com | PASCO COUNTY BOARD OF<br>  COUNTY COMMISSIONERS<br>Anthony M. Salzano<br>West Pasco Government Center<br>7530 Little Road, Suite 340<br>New Port Richey, FL 34654<br>asalzano@pascocountyfl.net |
| VERNIS & BOWLING OF THE<br>  FLORIDA KEYS, P.A.<br>Richard M. Behr<br>81990 Overseas Highway, 3rd Floor<br>Islamorada, FL 33036<br>rbehr@florida-law.com | DLA PIPER RUDNICK GRAY<br>  CARY US LLP<br>Thomas R. Califano<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Thomas.califano@dlapiper.com | FRIEDLINE &<br>McCONNELL, PA<br>Jerrett M. McConnell<br>1756 University Blvd. S.<br>Jacksonville, FL 32216<br>bankruptcy@fandmlaw.com |
| SCRUGGS & CARMICHAEL, P.A.<br>Jeffrey R. Dollinger<br>Karen K. Specie<br>P.O. Box 23109<br>Gainesville, FL 32602<br>dollinger@scruggs-carmichael.com<br>specie@scruggs-carmichael.com | OTTERBOURG, STEINDLER,<br>HOUSTON & ROSEN, P.C.<br>Jonathan N. Helfat<br>230 Park Avenue, 29th Floor<br>New York, NY 10169<br>jhelfat@oshr.com | |

3175638v1