UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| Debtors. ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS**
**TO BE HELD ON OCTOBER 12, 2006**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda of matters to be heard on October 12, 2006 at 1:30 p.m.:

**A.    Uncontested Matters**

1.   *Fifth Omnibus Motion for Order Authorizing Assumption of Executory Contracts and Unexpired Leases and Fixing Cure Amounts (Docket No. 11252)*

Objection Deadline:   Expired.

Objections:              No objections have been filed.

Status:                     The Debtors will proceed with the Motion.

2.   *Fourth Omnibus Motion for Order Authorizing Negotiated Assumptions of Executory Contracts and Unexpired Leases and Granting Related Relief (Docket No. 11254)*

Objection Deadline:   Expired.

Objections:              No objections have been filed.

Status:                     The Debtors will proceed with the Motion.

*3.    Second Omnibus Motion for Order (a) Authorizing Negotiated Rejections of Executory Contracts and Approving Agreed Resolution of Associated Claims and (b) Authorizing Rejections of Additional Executory Contracts as of October 12, 2006 and Establishing Deadline for Filing Related Rejection Damage Claims of October 23, 2006 (Docket No. 11269)*

Objection Deadline:    Expired.

Objections:    No objections have been filed.

Status:    The Debtors will proceed with the Motion.

*4.    Motion for Order Approving Assumption of Modified Agreement with Cardtronics, LP on Agreed Terms (Docket No. 11271)*

Objection Deadline:    Expired.

Objections:    No objections have been filed.

Status:    The Debtors will proceed with the Motion.

*5.    Motion for Order Authorizing Negotiated Rejection of Executory Contract with Rexall Sundown, Inc. and Approving Agreed Resolution of Associated Claims (Docket No. 11521)*

Objection Deadline:    October 9, 2006.

Objections:    No objections have been filed.

Status:    The Debtors will proceed with the Motion.

*6.    Fifth Omnibus Objection to Workers' Compensation Claims (Docket No. 5981)*

Response Deadline:    Expired.

Responses:    No responses have been filed.

Status:    The Debtors and the Claimants have agreed to continue the hearing on the Objection to November 16, 2006.

    7.    *Debtor's Objection to Claims and Motion to Disallow or Reduce Claims for Voting Purposes (Docket No. 11282 )*

Response Deadline: None.

Responses: No responses or objections were filed.

Status: The Debtors will proceed with the Objection and Motion.

**B.**     **Contested Matters**

    *1.*    *Debtor's Second Omnibus Motion to (i) Assume Non-Residential Real Property Leases, (ii) Fix Cure Amounts and (iii) Grant Related Relief (Docket No. 8941)*

Objection Deadline: Expired.

Objections to assumption:
- (a) Newport Partners, Store No. 251 (Docket No. 9475); and
- (b) Deutsche Bank Trust Company Americas (Docket Nos. 9708 and 9750).

Status: The Court heard the Motion on September 21, 2006 and granted the Motion authorizing the Debtors to assume 482 leases. The Court has entered orders authorizing the assumption of 472 of the leases. Debtors, Deutsche Bank and Newport Partners have agreed to continue the hearing on the Motion as to Deutsche Bank and Newport Partners until further notice. Objections to the proposed cure amounts will be set for a later hearing, if not resolved.

    2.    *Debtors' Twenty-Second Omnibus Objection to (a) No Liability Claims, (b) No Liability Misclassified Claims, (c) Overstated Claims, (d) Overstated Misclassified Claims, (e) Misclassified Claims and (f) Amended and Superseded Claims (Docket No. 10873)*

Response Deadline: Expired.

Reponses: (a) Commonwealth of Virginia (Docket No. 11392);

    (b)    Ohio Bureau of Workers' Compensation (Docket No. 11452);

    (c)    Jefferson-Pilot Investments, Inc. (Docket No. 11511);

    (d)    Buffalo Rock Company (Docket No. 11514);

    (e)    United Commercial Mortgage Corp. (Docket No. 11515);

    (c)    Nestle Waters North America Inc. (Docket No. 11518);

    (d)    Zimmer (Docket No. 11520);

    (e)    Quaker Sales and Distribution, Inc. (Docket No. 11541);

    (f)    Pepsi-Cola Company (Docket No. 11532);

    (g)    Catamount LS-KY, LLC (Docket No. 11540);

    (h)    Bay Landing I, Inc. (Docket No. 11544);

    (i)    Ocean Duke Corporation (Docket No. 11550);

    (j)    Brevard County Tax Collector (Docket No. 11545);

    (k)    Knightsdale Crossing, LLC (Docket No. 11546);

    (l)    Southern Partners (Docket No. 11551);

    (m)    Vogel and Vogel (Docket No. 11553); and

    (n)    Indian Trail Square, LLC (Docket No. 11651).

Status:    The Debtors will proceed with the Objection.

*3.    Motion for Allowance and Payment of Administrative Expenses filed by Kirkland Financial, LLC (Docket No. 3926 )*

Objection Deadline:  None.

Objections:    Debtors (Docket No. 11162).

Status:    The Debtors and the Movant have agreed to continue the hearing on the Motion to October 25, 2006.

Dated: October 11, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*<br>   D. J. Baker<br>   Sally McDonald Henry<br>   Rosalie Walker Gray | By  *s/ Cynthia C. Jackson*<br>   Stephen D. Busey<br>   James H. Post<br>   Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

544482