UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 3:05-bk-03817-JAF |
| Debtors. | ) | Jointly Administered |
| | ) | |

MOTION FOR ATTORNEY BRENT
W. PROCIDA FOR ADMISSION *PRO HAC VICE*

I, Brent W. Procida, an attorney in the law firm of Venable LLP, Two Hopkins Plaza, Suite 1800, Baltimore, Maryland 21201, hereby request admission to appear, *pro hac vice*, on behalf of CWCapital Asset Management, LLC, CRIIMI MAE Services Limited Partnership, Allied Capital Corporation and Orix Capital Markets, LLC, creditors in the above referenced bankruptcy matters.

1. My office telephone number is (410) 244-7400. My office facsimile number is (410) 244-7742. My e-mail address is bwprocida@venable.com.

2. I have been admitted to practice before the State Courts of New York and Maryland and the U.S. District Court for the Southern and Eastern Districts of New York and the District of Maryland.

3. I am a member in good standing of each of the aforementioned bars and am not currently suspended or disbarred in any court. A certificate of good standing from the United States District Court, District of Maryland is attached.

4. I am familiar with local bankruptcy rules of this Court.

5. Movant has designated Richard R. Thames of Stutsman Thames & Markey, P.A. as its local counsel.

VENABLE, LLP

By *[signature]*
Brent W. Procida

Maryland Bar Number 26214
Two Hopkins Plaza
Suite 1800
Baltimore, Maryland 21201
Tel: (410) 244-7400
Fax: (410) 244-7742
bwprocida@venable.com

### Consent to Act as Local Counsel

I, Richard R. Thames, of Stutsman Thames & Markey, P.A., consent to act as local counsel of record in this proceeding on behalf of Brent W. Procida.

STUTSMAN THAMES & MARKEY, P.A.

/s/ Richard R. Thames
By_____
Richard R. Thames

Florida Bar Number 0718459
50 North Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)
rthames@stmlaw.net

Attorneys for CWCapital Asset Management, CRIIMI MAE Services Limited Partnership, Allied Capital Corporation and Orix Capital Markets, LLC

## Certificate of Service

I hereby certify on October 11, 2006, the foregoing notice was transmitted to the Clerk of the Court for uploading to the Case Management/Electronic Case Filing System, which will send a notice of electronic filing to:

Stephen D. Busey, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
busey@smithhulsey.com

John B. Macdonald, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (facsimile)
john.macdonald@akerman.com

Elana L. Escamilla, Esq.
Assistant United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
(407) 648-6465
(407) 648-6323 (facsimile)
elana.l.escamilla@usdoj.gov

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

D.J. Baker, Esq.
Skadden, Arps, Slat, Meagher, & Flom, LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
dbaker@skadden.com

Adam Ravin, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
aravin@skadden.com

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Plaza
New York, New York 10005
(212) 530-5000
(212) 530-5219 (facsimile)
ddunne@milbank.com

/s/ Richard R. Thames

Attorney

61001



# Certificate of Good Standing

## UNITED STATES OF AMERICA

## DISTRICT OF MARYLAND

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

**DO HEREBY CERTIFY that BRENT W. PROCIDA, ESQUIRE, BAR NUMBER 26214,** was duly admitted to practice in the United States District Court for the District of Maryland on July 28, 2000, and is currently in good standing as a member of the bar of this Court.

Dated at Baltimore, Maryland

                                                FELICIA C. CANNON
                                                         Clerk

Date: October 5, 2006

                                                Tina Stavrou - Deputy Clerk