**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                         )
                                               )   Case No. 05-03817-3F1
WINN-DIXIE STORES, INC., *et al*.,             )   Chapter 11
                                               )   Jointly Administered
         Debtors.                              )

**MOTION FOR WAIVER OF REQUIREMENT**
**TO DESIGNATE LOCAL COUNSEL**
**PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Morrison & Foerster LLP, ("M&F"), counsel for Merrill Lynch LP Holdings, Inc. ("ML Holdings"), a creditor and party in interest in the above-captioned bankruptcy case, files this Motion for Waiver of Requirement to Designate Local Counsel (the "Motion"). In support thereof, M&F respectfully states as follows:

1.  On February 21, 2005, Winn-Dixie Stores, Inc., *et al.* (the "Debtors"), filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of New York. On April 13, 2005, the Debtors' jointly administered cases were transferred to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division.

2.  Pursuant to Bankruptcy Local Rule 2090-1(c), a nonresident attorney appearing as counsel in the Middle District of Florida must file a designation and consent to act that names a member of the bar of the Middle District who is a resident of Florida, upon whom all notices and papers may be served and who will be responsible for the progress of the case. However, Local Bankruptcy Rule 2090-1(c) provides that this Court may waive such designation for good cause shown.

3. The matters pertaining to ML Holdings in these jointly-administered Chapter 11 cases are limited to the defense of lease rejection and guaranty claims, matters related thereto (including, but not limited to, contested matters initiated by the Debtors or other parties in interest), and ML Holdings filed objection to the Debtor's proposed plan of reorganization Docket No. 11431.

4. Further, M&F's closest offices are located in Washington, D.C. and New York, N.Y., approximately two hours away from the Court by plane.

5. Based on the foregoing, ML Holdings requests that this Court grant M&F leave to represent ML Holdings without the necessity of designating local counsel.

WHEREFORE, M&F respectfully requests that this Court enter an Order in the form annexed hereto as Exhibit "A", authorizing M&F to represent ML Holdings without designating local counsel and granting M&F such other and further relief to which it may be entitled.

Dated: October 11, 2006.

    MORRISON & FOERSTER LLP

    */s/ Norman Rosenbaum*
    **MORRISON & FOERSTER LLP**

    Larren M. Nashelsky
    Norman S. Rosenbaum

    MORRISON & FOERSTER LLP
    1290 Avenue of the Americas
    New York, NY  10104
    (212) 468-8000

    Alexandra Steinberg Barrage

    MORRISON & FOERSTER LLP
    2000 Pennsylvania Avenue, NW
    Suite 5500
    Washington, DC  22209
    (202) 887-1500

    Attorneys for Merrill Lynch LP Holdings, Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that true and correct copies of the foregoing were served, by electronic mail transmission and/or first class mail, postage prepaid, as reflected on the parties listed below on October 11, 2006.

Adam Ravin, Esq.
D.J. Baker, Esq.
SKADDEN ARPS SLATE MEAGHER & FLOM, LLP
Four Times Square
New York, NY 10036

United States Trustee – JAX
135 w. Central Blvd., Suite 620
Orlando, FL 32801

Dennis F. Dunne, Esq.
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005

Cynthia C. Jackson, Esq.
SMITH, HULSEY & BUSEY
1800 Wachovia Tower
225 Water Street
Jacksonville, FL 32202

                                                  */s/ Norman Rosenbaum*