[31634][Order Waving the Requirement for Local Counsel] 10/11/06

<u>Exhibit A</u>

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                         Case No. 3:05-bk-03817-JAF
                                                                                               Chapter 11

Winn-Dixie Stores, Inc.




_____Debtor(s)_____/


ORDER WAIVING THE REQUIREMENT FOR LOCAL COUNSEL

     This case came before the Court upon Motion of Norman S. Rosenbaum, non-resident of Florida and counsel for Merrill Lynch LP Holdings, Inc., pursuant to Local Rule 2090-1 to waive the requirement for local counsel. Good cause exists and, it is:

     ORDERED: Local Rule 2090-1 permits appearance without formal admission of a non-resident of Florida and the requirement for local counsel is waived.


     Dated October \_\_, 2006.


                                                                                               _____

                                                                                               Jerry A. Frank
                                                                                               United States Bankruptcy Judge




Copies furnished to:
Debtor(s)
Debtor(s) Attorney
United States Trustee
Norman S. Rosenbaum, 1290 Avenue of the Americas, New York, NY 10104