UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF WITHDRAWAL OF DEBTORS'
OBJECTION TO CLAIMS AND MOTION TO DISALLOW
OR REDUCE CLAIMS FOR VOTING PURPOSES AS TO
CLAIMS FILED BY (A) GEORGE C. WALKER, JR.,
(B) WD ROCKY MOUNT VA PARTNERS LLC,
(C) FRED D. BENTLEY, SR. AND (D) DAY PROPERTIES, LLC**

The Debtors, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, give notice of the withdrawal of Debtors' Objection to Claims and Motion to Disallow or Reduce Claims for Voting Purposes as to (a) proof of claim number 454 filed by George C. Walker, Jr., (b) proof of claim number 8367 filed by WD Rocky Mount Va Partners LLC, (c) proof of claim number 12432 filed by Fred D. Bentley, Sr., and (d) proof of claim number 11905 filed by Day Properties, LLC.

Dated: October 11, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray | By   *s/ Cynthia C. Jackson*<br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson (FBN 498882) |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

546139