## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

### AGREED ORDER WITH RESPECT TO RDI DEVELOPERS, L.L.C.'S
### MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSE

THIS CAUSE is before the Court upon RDI Developers L.L.C.'s Motion for

Payment of Administrative Expense (Docket No. 10941) (the "Motion"). Based upon the

representation by counsel to Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and

affiliates (collectively, the "Debtors") and counsel to RDI Developers, L.L.C. ("RDI") that the

proposed Agreed Order reflects a resolution between the parties of the issues raised in the

Motion, it is

ORDERED AND ADJUDGED THAT:

1.    On or about May 1, 2006, the Debtors paid to RDI the amount of

$5,453.21, in full and complete satisfaction of RDI's request for an administrative expense claim

in that amount.

2.    RDI (or its assignee) shall have an allowed administrative expense claim

for prorated real estate taxes from January 1, 2006 through May 30, 2006, which amounts shall

be promptly paid by the Debtors following (a) the submission by RDI (or its assignee) to the

Debtors of evidence that RDI (or its assignee) has paid such amounts to the taxing authorities,

and (b) the Debtors' verification of such amounts.

3.    As all maters have been resolved by this Order, the Motion is deemed

withdrawn, without prejudice, except to the extent necessary to enforce the terms of this Order.

Dated this ___ day of ____, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:
Cynthia I. Chiefa, Esq.
Cynthia C. Jackson, Esq.

<u>Consent</u>

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY
CYNTHIA I. CHIEFA, P.A.

By _/s/ Cynthia C. Jackson_
      Cynthia C. Jackson

By _/s/ Cynthia I. Chiefa_
      Cynthia I. Chiefa

Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

19610 N.E. 21st Court
North Miami Beach, Florida 33179
(305) 358-6281
(305) 492-7211 (facsimile)

Attorneys for the Debtors
Attorneys for RDI Developers, L.L.C.

3

671539-New York Server 1A - MSW