UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                )

WINN-DIXIE STORES, INC., et al.,      )        Case No. 05-03817-3F1
                                                     )        Chapter 11
                        Debtors.                )        Jointly Administered

_____

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Patricia Dennis  (Claim No. 6835) [Docket No. 11584] was furnished by mail on October

11, 2006 to Patricia Dennis c/o Robert L. F. Polsky, Esq., Nuell & Polsky, 782 N.W.

42nd Avenue, Suite 345, Miami, Florida 33126.

Dated:  October 12, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    *s/ D. J. Baker*              By        *s/ James H. Post*
        D. J. Baker                              Stephen D. Busey
        Sally McDonald Henry                James H. Post (FBN 175460)
        Rosalie Gray                            Cynthia C. Jackson

Four Times Square                        225 Water Street, Suite 1800
New York, New York 10036              Jacksonville, Florida  32202
(212) 735-3000                            (904) 359-7700
(917) 777-2150 (facsimile)               (904) 359-7708 (facsimile)
djbaker@skadden.com                    jpost@smithhulsey.com

Co-Counsel for Debtors                   Co-Counsel for Debtors
00520151.DOC