UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Dazznee Ellis  (Claim No. 10190) [Docket No. 11573] was furnished by mail on October

11, 2006 to Dazznee Ellis c/o Michael Doran, Esq., Doran, Shelby, Pethel & Hudson, P.A.,

122 North Lee Street, Salisbury, North Carolina 28144.

Dated:  October 12, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

SMITH HULSEY & BUSEY

By    *s/ D. J. Baker*
    D. J. Baker
    Sally McDonald Henry
    Rosalie Gray

By    *s/ James H. Post*
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Co-Counsel for Debtors
00520151.DOC

Co-Counsel for Debtors