UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Kim Mosley (Claim No. 10478) [Docket No. 11582] was furnished by mail on October 11, 2006 to Kim Mosley c/o Sherry L. Lowe, Esq., P.O. Box 550, Sandersville, Mississippi 39477.

Dated: October 12, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By  *s/ D. J. Baker* | By  *s/ James H. Post* |
|     D. J. Baker |     Stephen D. Busey |
|     Sally McDonald Henry |     James H. Post (FBN 175460) |
|     Rosalie Gray |     Cynthia C. Jackson |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida  32202 |
| (212) 735-3000 | (904) 359-7700 |
| (917) 777-2150 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC