UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                      )

WINN-DIXIE STORES, INC., et al.,        )         Case No. 05-03817-3F1
                                                             )         Chapter 11
            Debtors.                              )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Gerson Salazar (Claim No. 11408) [Docket No. 11620] was furnished by mail on October 11, 2006 to Gerson Salazar c/o Jose Garcia, Esq., Law Firm of Udowychenko & Garcia, P.A., Sun Trust Plaza, Suite 203, 3367 West Vine Street, Kissimmee, Florida 34741.

Dated: October 12, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By    *s/ D. J. Baker*          D. J. Baker          Sally McDonald Henry          Rosalie Gray | By    *s/ James H. Post*          Stephen D. Busey          James H. Post (FBN 175460)          Cynthia C. Jackson |
| Four Times Square  New York, New York 10036  (212) 735-3000  (917) 777-2150 (facsimile)  djbaker@skadden.com | 225 Water Street, Suite 1800  Jacksonville, Florida  32202  (904) 359-7700  (904) 359-7708 (facsimile)  jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC