UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## ORDER DENYING FLORIDA TAX COLLECTORS' MOTION FOR ADEQUATE PROTECTION

These cases came before the Court on the motion of the Florida Tax Collectors for adequate protection (Docket No. 4284) (the "Motion"). Upon consideration of the Motion, objection of the Debtors, and arguments of Counsel, it is

ORDERED that the Motion is denied.

Dated this 11 day of October, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

00545859