**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |

**NOTICE OF HEARING ON DEBTOR'S SECOND**
**OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **November 16, 2006** at **1:00 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider Debtors' Second Omnibus Objection to Unresolved Litigation Claims in regard to those claims listed in the attached Exhibit A.

Only objections filed with the Court so as to be received by **November 6, 2006** at 4:00 p.m. (E.T.) and served on David L. Gay at dgay@smithhulsey.com, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, will be considered by the Bankruptcy Court at the hearing.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

- 2 -

other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: October 12, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By _*s/ D. J. Baker*_<br>    D. J. Baker<br>    Rosalie Walker Gray<br>    Jane Leamy | By _*/s/ James H. Post*_<br>    Stephen D. Busey<br>    James H. Post (FBN 175460)<br>    David L. Gay |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00538446

# EXHIBIT A

Winn-Dixie Stores, Inc.
Employee Related Claims

| Claim | Credno | Name | Claim No | Claim Amount | Unliquidated | Reason for Disallowance | |
|---|---|---|---|---|---|---|---|
| 12586 | WDX-416974-L2 | ALEXANDER, LORETHIA | 12586 | $75,000.00 | Unliquidated | No Liability -- Disputed Claim; Late Claim | |
| 1920 | WDX-399467-L2 | BERCEA, JOHN | 1920 | $0.00 | | No Liability -- Disputed Claim; Insufficient Proof of Claim Doc | Claimant has failed to file a Questionnaire. As such, Insufficient Proof of Claim Documentation objection still applies. |
| 12954 | WDX-417422-L2 | BOYD, RACHEL L | 12954 | $300,000.00 | | No Liability -- Disputed Claim; Late Claim | |
| 12587 | WDX-269437-L2 | CUYLER, REBECCA | 12587 | $75,000.00 | Unliquidated | No Liability -- Disputed Claim; Late Claim | |
| 1722 | WDX-118103-L2 | DELEON, CRISTAL J | 1722 | $0.00 | Unliquidated | No Liability -- Disputed Claim; Insufficient Proof of Claim Doc | Claimant filed a Questionnaire but did not add any supporting documentation. As such, Insufficient Proof of Claim Documentation objection still applies. |
| 12585 | WDX-416973-L2 | DESSALINES, HUBERT | 12585 | $75,000.00 | Unliquidated | No Liability -- Disputed Claim; Late Claim | |
| 6373 | WDX-397977-L2 | GAMBLE, BRODERICK ET AL | 6373 | $300,000.00 | | No Liability -- Disputed Claim; Insufficient Proof of Claim Doc | Claimant has failed to file a Questionnaire. As such, Insufficient Proof of Claim Documentation objection still applies. |
| 1886 | WDX-381760-L2 | LESENE, RAGUEL | 1886 | $500,000.00 | | No Liability -- Disputed Claim; Insufficient Proof of Claim Doc | Claimant has failed to file a Questionnaire. As such, Insufficient Proof of Claim Documentation objection still applies. |