UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: | Case No. 05-03817-3F1 |
| Winn-Dixie Stories, Inc., et al. | Chapter 11 |
| Debtors. | Jointly Administered |
| _____/ | |

NOTICE OF WITHDRAWAL OF
PASCO COUNTY BOARD OF COUNTY COMMISSIONERS
OBJECTION TO THE PLAN

Pasco County, a Political Subdivision of the State of Florida, by and through their undersigned counsel, hereby gives notice that it is withdrawing its Objection to the Plan filed on September 8, 2006 (Document No. 10804) as Pasco County and the Debtors have reached an agreement.

/S/ Anthony M. Salzano, Esq.
Counsel for Pasco County Board
Of County Commissioners
West Pasco Government Center
7530 Little Road, Suite 340
New Port Richey, Florida 34654
Phone (727) 847-8120/Fax (727) 847-8021
Email asalzano@pascocountyfl.net
Florida Bar #186945

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 11th day of October, 2006 a true and correct copy of the foregoing Notice of Withdrawal of Objection to Plan was filed electronically with the Clerk of Court of the U.S. Bankruptcy Court, Middle District of Florida for filing and uploading to the CM/ECF system in which an electronic notice will be sent to the debtor, debtor's attorney, the

trustee, counsel for the official creditor's committee, the United States Trustee and all interested creditors.

A copy has been further served upon Winn Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, Florida 32254-3699; Adam S. Ravin, Esq., Skadden, ARPS, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036, counsel for debtor; Kenneth C. Meeker, Assistant U.S. Trustee, Office of the United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801 and Dennis Dunne, Esq., Milbank, Tweed, Hadley & McCloy, 1 Chase Manhattan Plaza, New York, NY 10005 by US. Mail on the above date.

/S/ Anthony M. Salzano, Esq.
Counsel for Pasco County Board
Of County Commissioners