**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

**CERTIFICATE OF SERVICE FOR**
**AGREED ORDER WITH RESPECT TO RDI DEVELOPERS, L.L.C.'S**
**MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSE**

    I, Adam S. Ravin, certify that I caused to be served the Agreed Order with Respect to RDI Developers, L.L.C.'s Motion for Payment of Administrative Expense (Docket No. 11791), by a having true and correct copy thereof sent to the party listed on Exhibit A via email on October 12, 2006.

Dated: October 12, 2006

                            SKADDEN, ARPS, SLATE,
                            MEAGHER & FLOM LLP

                            By: /s/ *Adam S. Ravin*
                            Adam S. Ravin
                            Four Times Square
                            New York, New York 10036
                            (212) 735-3000
                            (212) 735-2000 (facsimile)

                                and

                            SMITH HULSEY & BUSEY

                            By: /s/ *Cynthia C. Jackson*
                            Cynthia C. Jackson
                            Florida Bar Number 498882
                            225 Water Street, Suite 1800
                            Jacksonville, Florida 32202
                            (904) 359-7700
                            (904) 359-7708 (facsimile)

                            Co-Counsel for Debtors

## **Exhibit A**

Cynthia I. Chiefa
19610 N.E. 21st Court
North Miami Beach, FL 33179
ciclaw@bellsouth.net