B210
(12/04)

# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
(Jacksonville Division)

In re: Winn-Dixie Stores, Inc.,   Case No. 05-03817
(Jointly Administered)
Court ID (Court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

| SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD<br>Name of Transferee | GRAPEVINE TRADING COMPANY<br><br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent<br>SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD<br>Two Greenwich Plaza, 1st Floor<br>Greenwich, CT 0683<br>Attn: Brian A. Jarmain | Court Record Address of the transferor<br>(Court Use Only) |
| Last Four Digits of Acct. #: | Last Four Digits of Acct. #: |
| **Transfer Amount: $ 20,384.52** | |
| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of transferor<br>GRAPEVINE TRADING COMPANY<br>c/o VICTORY WHOLESALE GROCERS<br>400 Victory Drive<br>Springboro, OH 45066 |
| Phone: 203-542-4126<br>        203-542-4255 | Phone: |
| Last Four Digits of Acct #: | Last Four Digits of Acct #: |
| Court Claim # (if known): 10967<br>Date Claim Filed: 7/29/006 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Brian A. Jarmain    Date: October 11, 2006
    Brian A. Jarmain

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____    _____
                            CLERK OF THE COURT

EXHIBIT A TO
ASSIGNMENT OF CLAIM

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **GRAPEVINE TRADING COMPANY** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **SPCP GROUP, L.L.C.**, as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd., ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of $20,384.52 (the "Assigned Claim"), against Winn-Dixie Procurement, Inc and/or Winn-Dixie Stores, Inc. (collectively, "Debtor"), the debtor-in-possession in Case Nos. 05-03838 and 05-03817, respectively (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim, particularly Proof of Claim No. 10967 in the amount of $20,384.52.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on SEPTEMBER 14, 2006.

GRAPEVINE TRADING COMPANY

By: _____
Name: ALVIN C. EDER
Title: VICE-PRESIDENT

8

Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br>Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11<br>PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME |
|---|---|---|

Name of Debtor Against Which You Assert Your Claim:
Debtor Name **WINN-DIXIE STORES, INC**  Case No. **05-03817-3F1**
(See List of Names and Case Numbers on Reverse Side)

DEBTOR WINN - DIXIE STORES, INC
US BANKRUPTCY COURT M.D -FLORIDA
JOINTLY ADMINISTERED UNDER
CASE. 05-03817 (3F1)
CHAPTER 11

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

**CLAIM NO.: 10967**

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

|||||||||| 20279784
WDX-404769-BB-95
GRAPEVINE TRADING COMPANY
PO BOX 458
SPRINGBORO OH 45066

**800-789-9005 EXT 1212**
Telephone No. of Creditor

**937-704-1015**
Fax No. of Creditor

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS. If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim

3. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☒ replaces address above  ☐ additional address
Name: **ALVIN C EDER**
Company/Firm **VICTORY WHOLESALE GROCERS**
Address **400 VICTORY DRIVE**
**SPRINGBORO, OH 45066**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach a copy of statement giving particulars
☐ Check box if you have never received any notices in this case

Account or Other Number by Which Creditor Identifies Debtor

Check here if this claim  ☐ replaces  ☐ amends  a previously filed claim, dated

1. Basis for Claim
☒ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☒ Goods purchased from debtor(s)
☐ Money loaned
☐ Personal injury/property damage
☐ Other _____

☐ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____

☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SSN _____
Unpaid compensation for services performed from _____ to _____
(date)        (date)

2. Date debt was incurred: **VARIOUS - SEE ATTACHED**

3. If claim is based on a Court Judgment, date obtained:

4. Total Amount of Claim at Time Case Filed:   $ **20,384.52**    $ _____    $ _____    $ **20,384.52**
(unsecured)    (secured)    (priority)    (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

5. Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of Collateral
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____

Value of Collateral. $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

6. Unsecured Nonpriority Claim $ **20,384.52**
☒ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

7. Unsecured Priority Claim.
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $ _____
Specify the priority of the claim
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507 (a) (3)
☐ Contributions to an employee benefit plan – 11 U S C § 507 (a) (4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507 (a) (6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U S C § 507 (a) (7)
☐ Taxes or penalties owed to governmental units – 11 U S C § 507 (a) (8)
☐ Other – Specify applicable paragraph of 11 U S C § 507 (a) ( )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary
10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space Is For Court Use Only

2005 JUL 29 PM 1:28
RECEIVED LOGAN & COMPANY, INC. AS AGENT
U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA

Date **7-28-05**

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:
Print **ALVIN C EDER**  Title **CREDIT MANAGER**
Signature: _[signed]_

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 USC §§ 152 and 3571

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

In re:                                  :       Case No. 05-03817-3F1
                                                Chapter 11
Winn-Dixie Stores, Inc., et al.         :       Jointly Administered

    Debtors.                            :

### ADDENDUM TO CLAIM OF GRAPEVINE TRADING COMPANY

1.    <u>Basis for Claim</u>. This proof of claim is submitted by Grapevine Trading Company for goods purchased from debtors.

2.    <u>Total Amount of Claim at Time Case Filed</u>. Not less than $20,384.52.

3.    <u>Unsecured Claim</u>. The claim is unsecured.

4.    <u>Supporting Documentation</u>. Copies of relevant documents are attached.

5.    <u>Other</u>. All notices or objections relating to this Proof of Claim should be served upon McCarter & English, LLP, 100 Mulberry Street, Newark, NJ 07102, Attn.: William D. Wallach, Esq.

Grapevine reserves the right to amend or supplement this Proof of Claim, and/or file additional proofs of claim (or request for payment of administrative expenses) at any time

Grapevine Trading Company

*/s/ Alvin C. Eder*
_____
Alvin C. Eder

Dated: July 28, 2005

# GRAPEVINE TRADING

**Vendor Receivables**
**Winn-Dixie Reclamation**
**Date: 07/07/05**

| Invoice# | PO# | Amount: | Inv Date: | Pick Up Date | Receive Date |
|---|---|---|---|---|---|
| Orlando: 114934/1047029 | 12-703011 | $ 148.92 | 2/18/2005 | 1/19/2005 | 1/24/2005 |
| New Orleans: 114933/1047028 | 08-703011 | $ 20,235.60 | 2/1/2005 | 1/27/2005 | 1/28/2005 |



**grapevine** TRADING COMPANY

REMIT TO PO Box 643607 ■ Pittsburgh, PA 15264-3607
937-746-7495

QUESTIONS SHOULD BE DIRECTED TO VENDOR RECEIVABLES

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 02/18/05 | 0114934-IN |

*PLEASE PAY BY INVOICE NUMBER*

**PURCHASED FROM:**
WINN DIXIE-ORLANDO
5050 EDGEWOOD COURT
ATTN: SUSAN HAVILL
JACKSONVILLE        FL 32254

OUR BUY#         1047029
WIRE DATE        01/05/05
CUSTOMER #:      91-0001223
VENDOR S.O.#     12-703011
TERMS            DUE UPON RECEIPT

CONFIRM TO: SUSAN HAVILL          COMMENTS: 1047029

| ITEM NUMBER | DESCRIPTION | UNIT OF MEASURE | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 7008503502 | BAGEL B-PEPP | CS | 149 | 8.76 | 1,305.24 |

*Orlando*

FAXED 2-18-05

1542974

1,156.32
W# 372397

148.92

INVOICE TOTAL:   1,305.24

| | | | | | COMPUTER REF. # 1047029 | CARD 1 OF |
|---|---|---|---|---|---|---|
| grapevine | | WIRE CARD-HANDLING # | | | | |
| PURCHASED FROM: WINN DIXIE, ORLANDO | | | 1223 | SOLD TO | | BOB SHADE |
| PUR. P.O. #: 12-703011 | | PURCHASE DATE: 01/03/05 | | SALE P.O. #: 1537129 | | DATE EXPECTED: 01/07/05 |
| WIRE #: 114934 | | REPETITIVE #: | | DATE OF WIRE: 1/5/05 | FEDERAL REF. #: | |
| WIRE AMOUNT: $ 3,416.40 | | WIRED WITH #'S 114926-36 (11) | | | PRE-ENTER DATE: | |

| REC. DATE | BTC# | CASES | DOZENS | CASE PACK | ITEM/DESCRIPTION | UPC# | COST | LIST PRICE | SELLING PRICE | OVER & (SHORT) |
|---|---|---|---|---|---|---|---|---|---|---|
| / / | 7008503502 | 390 | | 8 / 7.00 OZ | BAGEL B-PEPP | 03502 | 8.76 | | | 149.88 |
| | TOTAL QTY: | 390 | 0 | TOTAL ORDER $ AMT: | 3,416.40  PERCENT OF LOAD: 5.9 | TOTAL WEIGHT: | | 0 | | |

SPECIAL INSTRUCTIONS:     TRUCKING CO:          $          ACCOUNTING:
LOCATION:                                                 CARD #          WT: NLP
RELEASE:                                                  DATE REC  /  /  WT:
                       F.O.B.                             VERIFIED CAS FEB 16 05  SA AP
FROZEN LOAD                                               DISB.:                SA

## STRAIGHT BILL OF LADING—SHORT FORM
### ORIGINAL—NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading

SHIPPER NO.
R.F. WAYBILL NO.
VEHICLE INITIAL AND NO.

DATE: 1/19/05

FROM: (SHIPPER AND STREET ADDRESS)
WWF Farms, Inc.

AT (CITY) Orlando   FL 32805

CONSIGNED TO: Crossmark Thomas

CONSIGNEE & STREET ADDRESS:

DESTINATION (CITY, STATE, COUNTY):

ROUTE:

FREIGHT CHARGES TO BE:
[ ] PREPAID
[X] COLLECT

Received to apply on prepayment of the charges on the property described hereon.
TOTAL PREPAID $
FREIGHT CHARGES $
C.O.D.
FEE 4
AGENT OR CASHIER
PER
THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.

Subject to Section 7 of Conditions, if applicable bill of lading, if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

SIGNATURE OF CONSIGNOR:

C.O.D. FEE TO BE:
[ ] PREPAID
[X] COLLECT

REMIT C.O.D. TO:
C.O.D. $
AMOUNT $
FEE $

STREET ADDRESS:
CITY AND STATE:

"If this shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____.

| NUMBER OF PACKAGES | *KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUB. TO COR.) | CLASS OR RATE | CK COLUMN | FREIGHT CHARGES (For Carrier's Use Only) |
|---|---|---|---|---|---|
| 24 mstrs | Bags in Bree Sleeves Red/Green/White | | | | |
| | BEC BAGS | | | | |
| | BC Cases | | | | |

SHIPPER: WWF Farms, Inc.   PER _____ AGENT _____ PER _____
PERMANENT POST OFFICE ADDRESS OF SHIPPER: _____
CITY AND STATE, ZIP: _____

FREIGHT $
TAX $
SUBTOTAL $
C.O.D. FEE $
TOTAL $



# grapevine
## TRADING COMPANY
### FAX COVER SHEET

**FROM: BARB BISHOP**
**PHONE: 937/ 746-7495**
**FAX: (937) 704-1893**
**EMAIL: BBISHOP@VWG.COM**
**DATE:** 2/18/05
**TO:** Susan Havill
**COMPANY:** _____
**PHONE:** _____
**FAX:** 904-370 6267
**PAGES INCLUDING COVER:** 4
**MESSAGE:** New Invoice



**grapevine**
TRADING COMPANY

REMIT TO  PO Box 643607 ■ Pittsburgh, PA 15264-3607
937-746-7495

QUESTIONS SHOULD BE DIRECTED TO VENDOR RECEIVABLES

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 02/01/05 | 0114933-IN |

*PLEASE PAY BY INVOICE NUMBER*

PURCHASED FROM:
WINN DIXIE-NEW ORLEANS   LA
5050 EDGEWOOD CT.
ATTN: SUSAN HAVILL
JACKSONVILLE          FL 32254

OUR BUY#         1047028
WIRE DATE        01/05/05
CUSTOMER #:      91-0000402
VENDOR S.O.#     08-703011
TERMS            NET 10

CONFIRM TO: SUSAN HAVILL          COMMENTS: 1047028

| ITEM NUMBER | DESCRIPTION | UNIT OF MEASURE | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 7008503500 | BAGEL BITES CHEESE | CS | 960 | 8.76 | 8,409.60 |
| 7008503502 | BAGEL B-PEPP | CS | 960 | 8.76 | 8,409.60 |
| 7008503503 | BAGEL BITES-DELUXE | CS | 390 | 8.76 | 3,416.40 |

INVOICE TOTAL:   20,235.60

| grapevine | | | WIRE CARD-HANDLING # | | COMPUTER REF. # 1047028 | CARD 1 OF |
|---|---|---|---|---|---|---|

PURCHASED FROM: WINN DIXIE, NEW ORLEANS     402     SOLD TO:     BOB SHADE

UR. P.O. #: 08-703011     PURCHASE DATE: 01/03/05     SALE P.O. #: 1537131     DATE EXPECTED: 01/07/05

IRE #: 114933     REPETITIVE #: _____     DATE OF WIRE: 1/5/05     FEDERAL REF. #: _____

IRE AMOUNT: $ 23,914.80     WIRED WITH #'S 114926-36 (11)     PRE-ENTER DATE: _____

| EC. DATE | BTC# | CASES | DOZENS | CASE PACK | ITEM/DESCRIPTION | UPC# | COST | LIST PRICE | SELLING PRICE | OVER & (SHORT) |
|---|---|---|---|---|---|---|---|---|---|---|
| | 7008503500 | 1170 | | 8 / 9.00 OZ | BAGLE BITES CHEESE | 03500 | 8.76 | | | 960 88 |
| | 7008503502 | 1170 | | 8 / 7.00 OZ | BAGEL B-PEPP | 03502 | 8.76 | | | 960 88 |
| | 7008503503 | 390 | | 8 / 7.00 OZ | BAGEL BITES-DELUXE | 03503 | 8.76 | | | 390 88 |
| | TOTAL QTY: | 2730 | 0 | TOTAL ORDER $ AMT: | 23,914.80   PERCENT OF LOAD:  47.4 | TOTAL WEIGHT: | 7,800 | | | |

SPECIAL INSTRUCTIONS:     TRUCKING CO:     $:     ACCOUNTING:  NLP
LOCATION:     CARD #: _____  WT _____
RELEASE:     DATE REC _/_/_  WT _____
    F.O.B.     1/28     FEB 1 05   SA  AP
    VER   CAS
FROZEN LOAD     DISB.     SA _____
    FEB   05

|  |  | PO | |
|---|---|---|---|
|  |  | RA# | 08-70311 |

# WINN-DIXIE LOGISTICS

At HAMMOND LA.  
NEW ORLEANS DIV.

Date  1/27/2005    Seal #

The property described below, in apparent good order, except as noted(contents and condition of contents of packages unknown) marked,consigned,and destined as indicated below,which said company(the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract)agrees to carry to it's usual place of delivery at said destination,if on its own road or its own water line,otherwise to deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier of all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any of said property,that every service to be performed hereunder shall be subject to all the conditions not prohibited by law,whether printed or written herein contained,including the conditions on back hereof,which are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned to GRAPE VINE TRADING CO.

Street  3701 FAU BLVD    City BOCA RATON  State FLA  31000-00

Carrier  THOMAS TRUCKING    Truck No. 82

Drivers Signature  *Rusty Vanon*    TRAILER# 53R02

| Cases | Description | Weight | | Check Column |
|---|---|---|---|---|
| 210 | BAGEL BITES CHEESE | 1,050.00 | 5.000 | WD-83932 |
| 210 | BAGEL BITES CHEESE/PEPP. | 1,050.00 | 5.000 | WD-83923 |
|  |  | 0.00 |  |  |
|  |  | 0.00 |  |  |
|  | 1/28/05 | 0.00 |  |  |
|  | @ 15 Rec'd 42C | 0.00 |  |  |
|  | @ materes | 0.00 |  |  |
|  |  | 0.00 |  |  |
|  | REC 420 CS. | 0.00 |  |  |
|  | 2 CHEP IN | 0.00 |  |  |
|  | 2 BROWN IN / 2 PLT OUT | 0.00 |  |  |
|  | B.Cox  1-28-05 | 0.00 |  |  |
|  |  | 0.00 |  |  |
|  | FREIGHT COLLECT |  |  |  |
|  | chep pallets | 0.00 |  |  |
|  | peco pallets | 0.00 |  |  |
|  | billed pallets ($5. Per pallet) | 5.00 |  |  |
|  | pallets exchange | 0.00 |  |  |
|  | 4X4 WHITEWOOD PALLETS | 0.00 |  |  |
| 420 |  | 2,105.00 |  |  |

Subject to section 7 of conditions,if this shipment is to be delivered to the consignee without recourse on the co-signer, the consigner shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____  
(Signature of Consigner)

If charges are to be prepaid: write or stamp here,"To be Prepaid".

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight".  
NOTE:Where the rate is dependant on value,shippers are required to state specifically in writing the agreed or declared value of property.  
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding.

Per _____

WINN-DIXIE HAMMOND,INC.    Shipper    Agent must detach and retrain this Shipping Order and  
Per _____    must sign Original Bill Of Lading.

permanent post-office address of shipper    3925 HWY.190 W. HAMMOND LA.70401

```
 /31/05                      SPRINGBORO DISTRIBUTION                              Appt: 01/28/05 12:00
     00:54                          RECEIVER
  GVB6881F PICK-UP DATE: 01/17/05              THOMAS TRUCKING INC PickUp PO#: 10505
```



| BOX# | UNIT/PACK | DESCRIPTION | SHIP | ORDER | RCV IN INVEN. | SHORT | DAMAGE RETURN | DAMAGE KEPT | CASES PER PALLET | TIE | HI | BTC# | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2370004576 | 8/ 14.00 OZ | TYSON HONEY BBQ WINGS | 285 | 285 | 286 | (+1) | | | 133 | 19 | 7 | 19910.04 | 285 |
| LOT# 929677 | UNIT #:SAME | EXP DATE: 11-05 LOC: CLOVER  CUBISCAN | | | | | | | DATE SENSITIVE | | | Last Loc: CLOVER | |
| 2370005222 | 8/ 14.00 OZ | TYSON MICROWAVE HOT WINGS | 570 | 570 | 567 | (-1) | 2 | | 133 | 19 | 7 | 19910.03 | 570 |
| LOT# 929676 | UNIT #:SAME | EXP DATE: 12-05 LOC: CLOVER  CUBISCAN | | | | | | | DATE SENSITIVE | | | Last Loc: CLOVER | |

Release #:           Location:

PALLETS IN: 0   OUT: 0   EMPTY: 0   CHEP IN: 0   TOTAL CASES  855           ENTERED IN IAT: ____

ORDER#: ~~1537129~~ 1537131

| BOX# | UNIT/PACK | DESCRIPTION | SHIP | ORDER | RCV IN INVEN. | SHORT | DAMAGE RETURN | DAMAGE KEPT | CASES PER PALLET | TIE | HI | BTC# | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7008503502 | 8/ 7.00 OZ | BAGEL BITES PEPPERONI | 210 | 390 | 210 | | | | ~~240~~ 225 ✓ | 15 | ~~16~~ 15 | 19403.40 | 390 |
| LOT # 929678 | UNIT #:06012 | EXP DATE: 11-05 LOC: CLOVER  CUBISCAN | | | | | | | | | | Last Loc: CLOVER | |

Release #:           Location:

PALLETS IN: 0   OUT: 0   EMPTY: 0   CHEP IN: 0   TOTAL CASES  390           ENTERED IN IAT: ____

ORDER#: 1537131

| BOX# | UNIT/PACK | DESCRIPTION | SHIP | ORDER | RCV IN INVEN. | SHORT | DAMAGE RETURN | DAMAGE KEPT | CASES PER PALLET | TIE | HI | BTC# | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7008503500 | 8/ 9.00 OZ | BAGEL BITES CHEESE | 210 | 1170 | 210 | | | | ~~240~~ 225 ✓ | 15 | ~~16~~ 15 | 19403.22 | 1170 |
| LOT # 929679 | UNIT #:06010 | EXP DATE: 4-06 LOC: CLOVER  CUBISCAN | | | | | | | | | | Last Loc: CLOVER | |

```
  1/27/05                          SPRINGBORO DISTRIBUTION                        PAGE:  2
  15:31                                  RECEIVER                          Appt: 01/28/05 12:00

  GVB6881F  PICK-UP DATE: 01/17/05              THOMAS TRUCKING INC  PickUp PO#: 10505

108503502  8/ 7.00 OZ BAGEL BITES PEPPERONI      1170                    240  15  16  19483.40  1170
           UNIT #:    EXP DATE:     LOC:       CUBISCAN                  Last Loc: CLOVER

108503503  8/ 7.00 OZ BAGEL BITES-DELUXE          390                    240  15  16  19483.21   390
           UNIT #:    EXP DATE:     LOC:       CUBISCAN                  Last Loc: CLOVER

Release #:                Location:      1    2

PALLETS IN: 9   OUT: 9   EMPTY: 0   CHEP IN: 2   TOTAL CASES 2730        ENTERED IN IAT: ____

====================================================================================================
TOTAL CASES: 3975   RECEIPT DATE: 1-28-05  RECEIVER: B. Lowe     DRIVER:              Locks? Yes
```