UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                           )   Case No. 05-03817-3F1
                                                 )
WINN-DIXIE STORES, INC., et al.,                 )   *Chapter 11*
                                                 )
                                                 )   Jointly Administered
Debtors.                                         )

## ORDER GRANTING MOTION TO DISALLOW OR REDUCE CLAIMS FOR VOTING PURPOSES

These cases came before the Court on October 12, 2006, upon the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order pursuant to Rule 3018, Fed. R. Bank. P. and the Order (i) Determining Dates, Procedures and Forms Applicable to Solicitation Process, (ii) Establishing Vote Tabulation Procedures, (iii) Establishing Objection Deadlines and Scheduling Hearing to Consider Confirmation of Plan and (iv) Waiving Local Rules, reducing claims for voting purposes (the "Motion"). Based upon the representations of counsel and without objection by the United States Trustee or any other interested party, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted as to proof of claim number 12786 filed by James and Carolyn Sell.

2. Logan & Company, as Voting Agent, is directed to count the ballot of Mr. and Mrs. Sell in the reduced amount of $1,042,851.41.

Dated this 12 day of October, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve a copy of this Order on all parties who received copies of the Motion.

00546143