UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**STIPULATION FURTHER CONTINUING HEARING ON
MOTION FOR RELIEF FROM STAY FILED BY LARRY GREEN**

The Debtors, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"), and Larry Green stipulate and agree to (i) the continuance and rescheduling of the hearing on the Motion for Relief from Stay filed by Larry Green (the "Motion") (Docket No. 5742) on or after October 30, 2006 and

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

(ii) the continuation of the automatic stay in effect pending the conclusion of such hearing and determination of the Motion.

Dated: October 12, 2006.

<div style="display:flex">

SMITH HULSEY & BUSEY

</div>

| | |
|---|---|
| By   *s/ Edward P. Jackson\** <br>          Edward P. Jackson | By   *s/ Leanne McKnight Prendergast* <br>          Leanne McKnight Prendergast |
| Florida Bar Number 286648<br>255 N. Liberty Street, First Floor<br>Jacksonville, FL 32202<br>(904) 358-1952<br>(904) 358-1288 (Facsimile)<br>edward@edwardpjackson.com | Florida Bar Number 59544<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>lprendergast@smithhulsey.com |
| Attorney for Larry Green | -and- |
| *\*counsel has authorized the use of his electronic  signature.* | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>D. J. Baker<br>Sally McDonald Henry<br>Rosalie Gray<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>rgray@skadden.com |
| | Attorneys for the Debtors |

524741.3