UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AGENDA FOR CONFIRMATION HEARING
TO BE HELD ON OCTOBER 13, 2006**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda of matters to be heard on October 13, 2006 at 9:00 a.m.:

1. *Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (Docket No. 10058)*

   Statements
   in Support:    (a)  Ad Hoc Retirees' Committee (Docket No. 11256);

   (b)  Wachovia Bank, National Association (Docket No. 11694); and

   (c)  Unsecured Creditors' Committee (Docket No. 11767).

   Objection Deadline: Expired.

   Objections:    (a)  Ronnie Wilson (Docket No. 8988);

   (b)  Visagent Corp. (Docket No. 9447);

   (c)  Sara H. Box (Docket No. 9913);

   (d)  Charles E. Armstrong, Jr. (Docket No. 10416);

   (e)  Frances A Rogers (Docket No. 10516);

   (f)  Jose C Hernandez (Docket No. 10621);

(g) Ronald G. and Carlotta W. Walsingham (Docket No. 10623);

(h) Geraldine D Parker and William Parker (Docket No. 10634);

(i) Robert Vaughan, Jr. (Docket No. 10695);

(j) Lee Ricciardi (Docket No. 10717);

(k) Pasco County Board of County Commissioners (Docket No. 10804 – **Withdrawn 10/12/06 by Docket No. 11834**);

(l) Vincent E. Rhynes d/b/a Warehouse Holdings #546 (Docket No. 10845);

(m) Wesley E. McCall (Docket No. 10855);

(n) Westfork Tower, LLC, et al. (Docket No. 10876);

(o) Matthew and Jessie M. Williams (Docket No. 10884);

(p) Sandra Jones (Docket No. 10915);

(q) Sarria Enterprises, Inc. (Docket No. 11035);

(r) Barbara L. Hart (Docket No. 11082);

(s) Cesar Garcia (Docket No. 11119);

(t) Louise Brannon (Docket No. 11262);

(u) Deborah Tindel Cheney (Docket No. 11263);

(v) Hamilton County, Tennessee (Docket No. 11265);

(w) Janet Bourland (Docket No. 11266);

(x) CVS EGL Overseas Marathon FL, L.L.C. (Docket No. 11274);

(y) Ryan Malone (Docket No. 11291);

(z) Jack Snipes (Docket No. 11292);

(aa) Jason L. Lodolce (Docket No. 11293);

(bb) Wah Hong Go (Docket No. 11299);

(cc) United States of America (Docket No. 11302);

(dd) Bundy New Orleans Co., LLC (Docket No. 11303);

(ee) Kentucky Taxing Authorities (Docket No. 11305 and 11778);

(ff) R. Mike Hogan Tax Collector for Duval County, Florida (Docket No. 11307 and 11776);

(gg) Florida Tax Collectors (Docket No. 11310);

(hh) E&A Financing II, L.P., et al. (Docket No. 11312);

(ii) CWCapital Asset Management, LLC as successor-in-interest to CRIMMI MAE Services Limited Partnership (Docket No. 11313);

(jj) Liquidity Solutions, Inc. (Docket No. 11314);

(kk) Saran, Ltd. (Docket No. 11315);

(ll) Allied Capital Corporation (Docket No. 11316);

(mm) United States Trustee (Docket No. 11318);

(nn) ORIX Capital Markets, L.L.C. (Docket No. 11319);

(oo) Knightsdale Crossing, LLC (Docket No. 11320);

(pp) Forrest County, Mississippi, et al. (Docket No. 11323);

(qq) Tax Commissioner of Bulloch County, Georgia (Docket No. 11326);

(rr) Harrison County, Mississippi (Docket No. 11327);

(ss) Muscogee County (Georgia) Tax Commissioner (Docket No. 11328);

(tt) Daniel G. Kamin, et al. (Docket No. 11332);

(uu) Doris Baumgardner (Docket No. 11397);

(vv) Bridget Boaz (Docket No. 11399);

(ww) Joseph Tomazin (Docket No. 11383; untimely);

(xx) Merrill Lynch LP Holdings, Inc. (Docket No. 11431; untimely);

(yy) Robert V. Cronin (Docket No. 11775; untimely).

| | | |
|---|---|---|
| Responses to Objections: | (a) | Ad Hoc Trade Committee (Docket No. 11728); |
| | (b) | Debtors (Docket No. 11766); and |
| | (c) | Wilmington Trust Company (Docket No. 11777). |
| Status: | | The Debtors will proceed with the Confirmation hearing. |

Dated: October 12, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker* | By  *s/ Cynthia C. Jackson* |
|     D. J. Baker |     Stephen D. Busey |
|     Sally McDonald Henry |     James H. Post |
|     Rosalie Walker Gray |     Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida 32202 |
| (212) 735-3000 | (904) 359-7700 |
| (212) 735-2000 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

544482