UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | CASE NO. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | (Jointly Administered) |
| | ) | Judge Jerry A. Funk |
| Debtors. | ) | |
| | ) | |
| | ) | |

## FLORIDA TAX COLLECTORS' REQUEST FOR TAKING JUDICIAL NOTICE

The Florida Tax Collectors[1] ("FTC"), through their undersigned counsel, pursuant to Rule 201, Federal Rules of Evidence, requests the Court to take judicial notice of the following adjudicatory facts:

1. The total outstanding unpaid 2005 *ad valorem* tangible personal property taxes owed by Debtors to FTC are in the amount of $5,804,650.46, (exclusive of statutory interest) and the total unpaid 2005 *ad valorem* real estate taxes owed by Debtors to FTC are in the amount of $1,830,179.05 (exclusive of statutory interest). In addition, there are total delinquent 2004 *ad valorem* tangible personal property taxes in the amount of $59,799.30 (exclusive of statutory interest) and total delinquent 2004 *ad valorem* real estate taxes in the amount of $98,910.28 (exclusive of statutory interest) owed to three (3) of the FTC.

2. These total unpaid *ad valorem* tax amounts, as well as the respective unpaid amounts owed to the individual County Tax Collectors compromising FTC, for each specific

---

[1] The "Florida Tax Collectors" consist of the tax collectors for each of the following counties within the State of Florida: Alachua, Baker, Bay, Bradford, Brevard, Broward, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Escambia, Flagler, Gadsden, Hardee, Hendry, Hernando, Highlands, Hillsborough, Indian River, Jackson, Jefferson, Lake, Lee, Leon, Levy, Madison, Manatee, Marion, Martin, Miami-Dade, Monroe, Nassau, Okaloosa, Okeechobee, Orange, Osceola, Palm Beach, Pasco, Pinellas, Polk, Putnam, Santa Rosa, Sarasota, Seminole, St. Johns, St. Lucie, Sumter, Suwannee, Taylor, Volusia, Wakulla, and Walton.

account number and/or property address are shown in the attached summary (Exhibit "A") pursuant to Rule 1006, Federal Rules of Evidence.

3. The attached summary has been provided to counsel for the Debtors. In addition, the individual 2005 *ad valorem* tax bills upon which the information in the summary was obtained were mailed to the Debtors on or about November 1, 2005 in accordance with Florida law. These tax bills and the Debtors' payment records, which information is reflected in the summary, are in fact part of the Debtors' own books and records.

4. The adjudicatory facts sought to be noticed are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned, (i.e., the books and records of each of the FTC) and will be supported at the confirmation hearing by way of affidavits from each of the individual Tax Collectors comprising the FTC.

Respectfully submitted,

By:_____
Brian T. FitzGerald
Hillsborough County Attorney's Office
Florida Bar No. 484067
Post Office Box 1110
Tampa, Florida 33601-1110
Ph: 813-272-5670
Fx: 813-272-5231
fitzgeraldb@hillsboroughcounty.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Florida Tax Collectors' Request for Taking Judicial Notice* has been furnished by *Notice of Electronic Filing* this 12th day of October, 2006 to D.J. Baker, Skadden Arps Slate Meagher & Flom, LLP, Four Times Square, New York, NY 10036 (djbaker@skadden.com); Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32201 (cjackson@smithhulsey.com); Elena L. Escamilla, U.S. Trustee's Office, 135 W. Central Blvd., Suite 620, Orlando, FL 32806 (elena.l.escamilla@usdoj.gov); Dennis F. Dunne, Milbank Tweed Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY 10005 (ddunne@milbank.com); John B. MacDonald, Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, FL 32202 (john.macdonald@akerman.com); and to all other parties using the CM/ECF system who have appeared in this matter.

_____
Brian T. FitzGerald, Esq.