EXHIBIT A

**Florida Counties Outstanding Tangible Personal Property and Real Estate 2005 Taxes**

Winn Dixie
Case No.: 05-03817

| County | Store # | TPP Account # | Location/Address | TPP 2005 Gross Tax | RE Account # | RE 2005 Gross Tax |
|---|---|---|---|---|---|---|
| Alachua | 20 | 00000-673-299 | 3503 SW Archer Road | $8,103.86 | 06369-001-001 | $0.00 |
| | 30 | 00000-673-233 | 1080 NW Santa Fe Boulevard (Grocery) | $23,122.31 | 06233-001-002 | $0.00 |
| | 30 | 00000-029-081 | 1080 NW Santa Fe Boulevard (Liquor) | $420.37 | | $0.00 |
| | 160 | 00000-673-548 | 2400 N Main Street | $7,388.91 | 08244-001-014 | $0.00 |
| | 170 | 00000-673-526 | 7303 NW Fourth Boulevard | $8,712.92 | 06654-005-000 | $0.00 |
| | 197 | 00000-014-040 | 300 SW 16th Avenue | $15,616.33 | 15702-001-000 | $0.00 |
| | | | | $63,364.70 | | $0.00 |
| Baker | 144 | 5005250 | 1436 SR 121&1-10 | $22,123.47 | 05-3S-22-000-0000-0056 | $0.00 |
| | | | | $22,123.47 | | $0.00 |
| Bay | 487 | 02099-012 | 3157 23rd Street | $10,516.58 | 26473-040-010 | $0.00 |
| | 538 | 02099-014 | 132 Tyndall Street | $8,025.73 | 24920-020-000 | $0.00 |
| | 481 | 02099-019 | 3621 Hwy 231 N | $11,780.49 | 11909-000-000 | $0.00 |
| | 436 | 02099-020 | 1812 Hwy 77 S | $20,129.14 | 11629-000-000 | $0.00 |
| | 455 | 12005-311 | 1812 Hwy 77 S (Liquor) | $64.16 | | $0.00 |
| | 488 | 02099-021 | 23200 Front Beach Street | $10,139.25 | 36076-022-000 | $0.00 |
| | 552 | 02099-022 | 2533 Thomas Street | $6,075.65 | 30935-030-000 | $0.00 |
| | 494 | 02099-016 | 132 Tyndall Street South | $12,362.46 | 32745-100-000 | $0.00 |
| | | | | $79,093.46 | | $0.00 |
| Bradford | 85 | P 10170-000 | 470 W Madison Street | $12,130.66 | 03185-0-00000 | $0.00 |
| | | | | $12,130.66 | | $0.00 |
| Brevard | 2209 | P00898400 | 700 Cheney Highway | $3,616.32 | 2212299 | $0.00 |
| | 2230 | P031050000 | 190 Malabar Road Southwest | $10,898.60 | 2900107 | $0.00 |
| | 2268 | P01372800 | 3170 W New Haven Avenue | $3,577.15 | 2800127 | $0.00 |
| | 2298 | P04285100 | 6300 N Wickham Road #132 | $6,488.44 | 2614627 | $0.00 |
| | 2314 | P019853000 | 1066 Clearlake Road | $4,678.41 | 2421686 | $0.00 |
| | 2316 | P05882000 | 624 Barnes Boulevard | $7,443.36 | 2525415 | $0.00 |
| | 2317 | P06391200 | 1270 N Wickham Road #39 (TPP w/2663) | $0.00 | 2741820 | $0.00 |
| | 2324 | P04688900 | 2300 Highway 524 (Grocery) | $9,639.39 | 2439870 | $0.00 |
| | 2325 | P02018300 | 100-B Canaveral Plaza Boulevard | $4,623.60 | | $0.00 |

**Florida Counties Outstanding Tangible Personal Property and Real Estate 2005 Taxes**

Winn Dixie
Case No. 05-03817
RE 2005

| County | Store # | TPP Account # | Location/Address | TPP 2005 Gross Tax | RE Account # | RE 2005 Gross Tax |
|---|---|---|---|---|---|---|
| Brevard | 2326 | P02194400O | 1564 Harrison Street | $8,324.90 | | |
| | 2328 | P06773400O | 961 E Eau Gallie Boulevard (Grocery) | $10,884.46 | | |
| cont'd | 2329 | P02445900O | 6257 US Highway 1 | $8,007.54 | | |
| | 2330 | P03092500O | 1450 N Courtenay Parkway | $8,700.89 | | |
| | 2331 | P08226900O | 961 E Eau Gallie Boulevard (Liquor) | $825.62 | Included with store #2328 | $0.00 |
| | 2332 | P08383900O | 2300 State Road 524 (Liquor) | $362.80 | Included with store #2326 | $0.00 |
| | 2333 | P02224200O | 5270 Babcock Street Northeast (Grocery) | $10,188.14 | | |
| | 2338 | P08383800O | 1535 N Singleton Avenue (Liquor) | $521.17 | Included with store #2351 | $0.00 |
| | 2351 | P08384000O | 5270 Babcock Street Northeast (Liquor) | $329.46 | Included with store #2333 | $0.00 |
| | 2367 | P06405100O | 7960 S US 1 #1 | $7,544.13 | | |
| | 2663 | P086468 | 1270-39 N Wickham Road (Save Rite) | $13,072.10 | | |
| | 2327 | P00898500O | 1535 N. Singleton Avenue | $9,327.48 | | |
| | | | | $129,053.96 | | $0.00 |
| Broward | 310 | 30094-69-206E0 | 1519 E Beach Boulevard (Liquor) | $401.76 | | $0.00 |
| | 204 | 30094-69-208B0 | 1141 SW 12th Avenue (Warehouse) | $130,039.68 | | $0.00 |
| | 206 | 30094-69-213U0 | 11290 State Road 84 | $27,531.02 | | $0.00 |
| | 209 | 30094-69-231Z0 | 17101 Miramar Parkway | $36,613.32 | | $0.00 |
| | 211 | 30094-69-244U0 | 7139 W Broward Boulevard | $9,615.62 | | $0.00 |
| | 217 | 30094-69-264X0 | 4460 Weston Road | $29,555.35 | | $0.00 |
| | 218 | 30094-69-249C0 | 1035 NW Ninth Avenue | $16,247.46 | | $0.00 |
| | 206 | 30094-69-255F0 | 10635 W Atlantic Boulevard | $8,873.46 | | $0.00 |
| | 209 | 30094-69-243H0 | 701 NW 99th Avenue | $15,038.76 | | $0.00 |
| | 304 | 30094-69-247G0 | 1531 N State Road 7 NW 40 Ave | $15,161.18 | | $0.00 |
| | 211 | 30094-69-229G0 | 1885 N Pine Island Road | $14,618.30 | | $0.00 |
| | 217 | 30094-69-207Y0 | 1199 S Federal Highway | $28,961.37 | | $0.00 |
| | 218 | 30094-69-256H0 | 2581 N Hiatus Road | $16,441.52 | | $0.00 |
| | 224 | 30094-69-239W0 | 3435 N Federal Highway | $26,626.22 | | $0.00 |
| | 226 | 30094-69-244D0 | 1625 Cordova Road | $18,146.68 | | $0.00 |
| | 227 | 30094-69-003Z0 | 18445 Pines Boulevard | $19,517.58 | | $0.00 |
| | 228 | 30094-69-209B0 | 277 S Pompano Parkway | $17,045.27 | | $0.00 |
| | 229 | 30094-69-210F0 | 4640 University Drive | $16,900.10 | | $0.00 |
| | 230 | 30094-69-250C0 | 2420 N Federal Highway | $13,002.48 | | $0.00 |

Florida Counties Outstanding Tangible Personal Property and Real Estate 2005 Taxes

Winn Dixie
Case No.: 05-03817

| County | Store # | TPP Account # | Location/Address | TPP 2005 Gross Tax | RE Account # | RE 2005 Gross Tax |
|---|---|---|---|---|---|---|
| Broward cont'd | 236 | 30094-69-241D0 | 941 State Road 84 | $13,801.12 | | |
| | 244 | 30094-69-175Z0 | 6301 Countyline Road | $18,270.79 | | |
| | 248 | 30094-69-252W0 | 2450 N State Road 7 | $14,379.57 | | |
| | 265 | 30094-69-211A0 | 1101 S Military Trail | $16,784.49 | | |
| | 274 | 30094-69-258H0 | 6775 Taft Street | $16,062.01 | | |
| | 278 | 30094-69-177Z0 | 15859 Pines Boulevard | $24,337.07 | | |
| | 301 | 30094-69-260Y0 | 1707 NE 50th Street | $20,262.97 | | |
| | 326 | 30094-69-262T0 | 7015 N University Drive | $22,606.47 | | |
| | 330 | 30094-69-242D0 | 3260 Davie Boulevard | $15,833.03 | | |
| | 335 | 30094-69-218T0 | 7208 Southgate Boulevard | $7,407.29 | | |
| | 336 | 30094-69-235P0 | 3850 N 46th Avenue | $7,496.84 | | |
| | 338 | 30094-69-257A0 | 4301 W Hillsboro Boulevard | $11,619.60 | | |
| | 339 | 30094-69-228H0 | 6431 Stirling Road | $15,914.50 | | |
| | 345 | 30094-69-202A0 | 1019 S Federal Highway | $16,298.05 | | |
| | 354 | 30094-69-236P0 | 308 E Dania Beach Boulevard | $15,612.09 | | |
| | 367 | 30094-69-246Z0 | 3108 S University Drive | $11,819.29 | | |
| | 372 | 30094-69-230X0 | 15900 State Road 84 | $13,674.33 | | |
| | 377 | 30094-69-219T0 | 4201 Pine Island Road | $20,430.32 | | |
| | 380 | 30094-69-002Z0 | 12141 Pembroke Road | $17,735.08 | | |
| | 386 | 30094-69-261J0 | 3800 N Ocean Blvd | $14,604.88 | | |
| | 296 | 30094-69-259J0 | 3500 N Andrews Ave | $9,394.77 | | |
| | 203 | 30094-69-212E0 | 1055 W Beach Blvd | $19,394.48 | | |
| | | 30094-69-244U0 | 901 N Nob Hill Rd | $18,534.92 | | |
| | | 30000-03-084W0 | Parking lot (No TPP) | $0.00 | | |
| | | 30094-69-176E0 | 3435 N. Federal Hwy | $248.68 | | |
| | | 30000-01-083K0 | 1515 E Beach Blvd | $24,903.35 | | |
| | | 30094-65-200Z0 | 680 N Federal Hwy | $28,628.24 | | |
| | | | 17131 Miramar Pkwy | $1,023.30 | | |
| | | | vacant lot (No TPP) | $0.00 | | |
| | | | 2nd Warehouse behind 1141 SW 12th Ave | $0.00 | | |
| | | | | $877,414.66 | | $0.00 |

Florida Counties Outstanding Tangible Personal Property and Real Estate 2005 Taxes

Winn Dixie
Case No.: 05-03817

| County | Store # | TPP Account # | Location/Address | TPP 2005 Gross Tax | RE Account # | RE 2005 Gross Tax |
|---|---|---|---|---|---|---|
| Charlotte | 720 | CNT-089926-7 | 4100 South McCall Road (Grocery) | $9,018.53 | Included w/Store #722 | $0.00 |
| | 722 | CNT-119449-6 | 4100 South McCall Road (Liquor) | $564.75 | | $0.00 |
| | 736 | CNT-109499-0 | 3280 Tamiami Trail | $16,156.03 | | $0.00 |
| | 737 | CNT-100324-0 | 2000 Kings Highway | $11,850.48 | | $0.00 |
| | 741 | CNT-103247-8 | 27680 Bermont Road | $11,951.16 | | $0.00 |
| | | | | $49,540.95 | | $0.00 |
| Citrus | 2202 | 2526360 | 2675 E Gulf | $10,779.50 | | $0.00 |
| | 2210 | 1918936 | 333 E Highland | $10,151.98 | | $0.00 |
| | 2217 | 1908566 | 6405 W Gulf | $9,969.30 | | $0.00 |
| | 2220 | 2526351 | 3565 N Lecanto | $16,101.08 | | $0.00 |
| | 2223 | 2526319 | 3792 Suncoast Blvd | $12,060.59 | | $0.00 |
| | | | | $59,062.45 | | $0.00 |
| Clay | 135 | 20553 000 | 2851 Henley Road (Grocery) | $21,731.22 | | $0.00 |
| | 136 | 20553 100 | 2851 Henley Road (Liquor) | $468.84 | Included w/Store #135 | $0.00 |
| | 321 | 20551 000 | 3260 Highway 17 | $7,376.24 | | $0.00 |
| | 323 | 20575 000 | 2720 Blanding Boulevard | $9,846.76 | | $0.00 |
| | 324 | 20552 000 | 248 Blanding Boulevard | $8,881.57 | | $0.00 |
| | 326 | 20560 000 | 1339 Blanding Boulevard | $16,374.82 | | $0.00 |
| | 327 | 20570 000 | 1545 County Road 220 | $13,872.23 | | $0.00 |
| | 328 | 20550 000 | 1900 Park Avenue | $8,145.47 | | $0.00 |
| | | | | $86,697.15 | | $0.00 |
| Collier | 729 | 8500365524 | 625 N Collier Boulevard (Grocery) | $7,131.54 | | $0.00 |
| | 730 | 8500544853 | 625 N Collier Boulevard (Liquor) | $297.17 | Included w/Store #729 | $0.00 |
| | 731 | 8500089826 | 4929 Rattlesnake Hammock Road | $7,825.09 | | $0.00 |
| | 735 | 8500294446 | 12628 Tamiami Trail East | $7,659.11 | | $0.00 |
| | 738 | 8500362103 | 4015 Santa Barbara Boulevard | $8,097.63 | | $0.00 |
| | 739 | 8500272277 | 5010 Airport Road North | $8,609.63 | | $0.00 |
| | 743 | 8500153419 | 4849 Golden Gate Parkway | $8,592.18 | | $0.00 |
| | 751 | 8500089790 | 1602 Lake Trafford Road | $9,672.92 | | $0.00 |
| | | | | $57,885.27 | | $0.00 |

## Florida Counties Outstanding Tangible Personal Property and Real Estate 2005 Taxes

Winn Dixie
Case No.: 05-03817

| County | Store # | TPP Account # | Location/Address | TPP 2005 Gross Tax | RE Account # | RE 2005 Gross Tax |
|---|---|---|---|---|---|---|
| Columbia | 82 | P00071-000 | 800 Marion Street | $641.10 | R14123-000 | $1,496.28 |
|  | 81 | P16790-001 | 800 Marion Street | $18,767.97 |  | $1,496.28 |
| Dade | 201 | 24-394000 | 6500 W Fourth Avenue | $5,047.09 | 04-3925-007-2480 | $0.00 |
|  | 205 | 40-024271 | 18350 NW Seventh Avenue | $21,300.33 | 34-5192-003-4012 | $0.00 |
|  | 214 | 40-066500 | 1150 NW 54th Street | $7,444.22 | 01-3121-009-0010 | $0.00 |
|  | 215 | 40-087397 | 1150 NW 54th Street (Back Assessment) | $13,598.69 |  | $0.00 |
|  | 214 | 24-521610 | 2145 NE 164th Street | $8,220.61 | 07-2216-007-0061 | $0.00 |
|  | 231 | 40-012669 | 5850 NW 183rd Street | $21,619.95 | 30-2013-023-0041 | $0.00 |
|  | 233 | 40-022080 | 11030 NW Seventh Avenue | $17,430.52 | 34-2118-090-0220 | $0.00 |
|  | 235 | 24-387000 | 3401 NW 18th Avenue | $20,144.17 | 01-3127-106-0010 | $0.00 |
|  | 237 | 24-500879 | 12254 SW Eighth Street | $13,679.91 | 29-4003-006-0010 | $0.00 |
|  | 239 | 24-522596 | 14537 SW 42nd Street | $12,989.66 | 30-4916-017-0010 | $0.00 |
|  | 240 | 24-524694 | 3890 W 18th Avenue | $24,275.10 | 04-3011-035-0010 | $0.00 |
|  | 242 | 24-525148 | 1201 E 10th Avenue | $17,983.36 | 04-5111-000-0180 | $0.00 |
|  | 243 | 40-005450 | 541 W 49th Street | $20,222.52 | 04-3017-001-0010 | $0.00 |
|  | 246 | 24-523421 | 17221 NW 27th Avenue | $16,102.46 | 34-2016-002-0040 | $0.00 |
|  | 247 | 40-057407 | 1155 NW 11th Street | $15,663.42 | 01-3135-000-0164 | $212,424.10 |
|  | 247 | 40-073795 | 1155 NW 11th Street (Back Assessment) | $11,337.44 |  | $0.00 |
|  | 249 | 24-397090 | 6770 SW 40th Street | $19,877.72 | 04-4002-012-0010 | $0.00 |
|  | 251 | 40-008416 | 3275 SW 22nd Street | $22,617.01 | 01-3110-012-0090 | $0.00 |
|  | 252 | 24-386400 | 1525 SW 22nd Street | $5,005.61 | 01-4111-002-0020 | $0.00 |
|  | 254 | 40-011594 | 11241 SW 40th Street | $20,996.88 | 30-4010-006-0010 | $0.00 |
|  | 262 | 24-522240 | 15450 NW 77th Court | $15,860.56 | 35-2016-000-0010 | $0.00 |
|  | 270 | 24-523422 | 2750 W 68th Street | $15,278.32 | 04-3023-171-0020 | $0.00 |
|  | 280 | 40-060693 | 10505 NW 41st Street | $22,481.84 |  | $0.00 |
|  | 283 | 24-397000 | 8855 SW 24th Street | $18,992.06 |  | $0.00 |
|  | 285 | 24-405000 | 5850 SW 73rd Street | $24,280.05 |  | $0.00 |
|  | 286 | 24-522241 | 948 SW 67th Avenue | $16,732.99 |  | $0.00 |
|  | 287 | 24-523070 | 14655 SW 104th Street | $17,046.00 |  | $0.00 |
|  | 289 | 40-147478 | 20355 Biscayne Boulevard (Liquor) | $1,025.99 |  | $0.00 |
|  | 291 | 40-128269 | 20417 Biscayne Boulevard | $27,228.45 |  | $0.00 |

**Florida Counties Outstanding Tangible Personal Property and Real Estate 2005 Taxes**

Winn Dixie
Case No.: 05-03817

| County | Store # | TPP Account # | Location/Address | TPP 2005 Gross Tax | RE Account # | RE 2005 Gross Tax |
|---|---|---|---|---|---|---|
| Dade (cont.) | 292 | 40-123138 | 1630 W 49th Street (Grocery) | $36,589.64 | | |
| | 292 | 40-147482 | 1630 W 49th Street (Liquor) | $763.93 | | |
| | 297 | 24-398030 | 7930 SW 104th Street | $20,575.10 | | |
| | 302 | 24-385400 | 240 NE Eighth Street | $17,900.41 | | |
| | 318 | 24-524242 | 604 Crandon Boulevard | $17,963.25 | | |
| | 319 | 24-521979 | 30346 Old Dixie Highway | $14,174.01 | | |
| | 343 | 24-500842 | 14900 NW Seventh Avenue | $15,756.65 | | |
| | 353 | 24-500867 | 9565 W Flagler Street | $14,728.58 | | |
| | 357 | 24-500881 | 980 Ives Dairy Road | $14,502.05 | | |
| | 359 | 24-501816 | 7480 SW 117th Avenue | $12,612.93 | | |
| | 361 | 24-501815 | 15050 SW 72nd Street | $15,987.69 | | |
| | 366 | 24-500609 | 3701 NW Seventh Street | $23,128.30 | | |
| | 370 | 24-501811 | 8710 SW 72nd Street | $14,280.58 | | |
| | 371 | 24-501812 | 19167 S Dixie Highway | $13,214.96 | | |
| | 378 | 24-522242 | 3805 NE 163rd Street | $23,631.04 | | |
| | 384 | 24-521701 | 12107 SW 152nd Street | $12,287.02 | | |
| | 385 | 24-521980 | 27359 S Dixie Highway | $16,596.35 | | |
| | 387 | 40-029088 | 18801 SW 117th Avenue | $15,237.89 | | |
| | 388 | 40-039106 | 18300 SW 137th Avenue (Grocery) | $21,478.53 | | |
| | 389 | 40-128315 | 18300 SW 137th Avenue (Liquor) | $552.72 | | |
| | | | 18300 SW 137th Avenue | | 30-5934-021-0020 | $119,846.17 |
| | 388 | 24-523803 | 3300 NW 123rd Street (Warehouse) | $98,255.32 | 30-2128-027-0010 | $739,437.60 |
| | | 24-524348 | 3000 NW 123rd Street (DP01) | $38,477.26 | | |
| | | 40-128272 | 10900 NW 36th Avenue | $722.48 | | |
| | | | | $933,899.62 | | $1,071,707.87 |
| DeSoto | 618 | P24650-001 | 1330 Oak Street | $11,214.81 | | |
| | | | Parking lot | | | $0.00 |
| | | | | $11,214.81 | | $0.00 |
| Escambia | 493 | 001066410 | Gulf Beach Highway | $10,788.65 | | |
| | 493 | 002010368 | 13019 Sorrento (Liquor) | $13.19 | | |