Florida Counties Outstanding Tangible Personal Property and Real Estate 2005 Taxes

Winn Dixie
Case No.: 05-03817

| County | Store # | TPP Account # | Location/Address | TPP 2005 Gross Tax | RE Account # | RE 2005 Gross Tax |
|---|---|---|---|---|---|---|
| Escambia (cont) | 495 | 001065900 | Mobile Highway | $13,508.17 | 092001-100 | $0.00 |
| | 498 | 001066411 | S Highway 29 | $8,697.16 | 11-3276-000 | $0.00 |
| | 504 | 001065800 | Eastgate | $17,477.61 | 01-1643-000 | $0.00 |
| | 506 | 001066400 | E Nine Mile Road | $14,296.20 | 01-4550-000 | $0.00 |
| | 515 | 002006447 | Mobile Highway (Liquor) | $365.27 | Included w/store 495 | $0.00 |
| | 535 | 001085474 | S Blue Angel Parkway | $13,559.51 | 09-4540-930 | $0.00 |
| | 556 | 001066200 | Bayou Boulevard | $8,985.46 | 03-5563-705 | $0.00 |
| | 565 | 001066300 | Navy Boulevard | $9,496.62 | 08-0003-100 | $0.00 |
| | 495 | 002010369 | 5975 Mobile (Liquor) | account deleted - certificate of correction from PA | | $0.00 |
| | 565 | 001091190 | 400 Navy | $325.16 | | $0.00 |
| | 556 | 001087627 | 4751 Bayou | $146.92 | | $0.00 |
| | 535 | 002000004 | 50 Blue Angel | $123.10 | | $0.00 |
| | 506 | 001091189 | 312 Nine Mile | $123.10 | | $0.00 |
| | 498 | 001091188 | 155 Highway 29 | $123.10 | | $0.00 |
| | | | | $98,029.22 | | $0.00 |
| Flagler | 2244 | 5122020 | 111 Flager Plaza Drive | $5,750.62 | 09-12-31-2475-00000-0010 | $0.00 |
| | 2247 | 5122022 | 1260 Palm Coast Parkway West | $5,907.59 | 07-11-31-7025-000A0-0010 | $0.00 |
| | | | | $11,658.21 | | $0.00 |
| Gadsden | 184 | 000000010260001 | 1632 W Jefferson Street | $6,517.87 | 3122N4W00000923330100 | $0.00 |
| | | | | $6,517.87 | | $0.00 |
| Hardee | 667 | P0237400 | 1479 US Highway 17 North | $9,162.83 | 33-33-25-0000-05460-000 | $0.00 |
| | | | | $9,162.83 | | $0.00 |
| Hendry | 721 | B01000-486 | 906 Main Street | $10,999.05 | 2084329-A0000210100 | $0.00 |
| | | | | $10,999.05 | | $0.00 |
| Hernando | 652 | 1242827 | 31100 Cortez Boulevard | $7,789.16 | 1210978 | $0.00 |
| | 702 | 929794 | 1230 S Broad Street | $10,567.05 | 358365 | $0.00 |
| | 708 | 1090795 | 11092 Spring Hill Drive | $7,914.01 | 412556 | $0.00 |
| | 711 | 1323286 | 2240 Commercial Way | $8,632.67 | 1301353 | $0.00 |

**Florida Counties Outstanding Tangible Personal Property and Real Estate 2005 Taxes**

Winn Dixie
Case No.: 05-03817

| County | Store # | TPP Account # | Location/Address | TPP 2005 Gross Tax | RE Account # | RE 2005 Gross Tax |
|---|---|---|---|---|---|---|
| Hernando | 750 | 1129692 | 6270 Commercial Way | $8,895.27 | | $0.00 |
| | | | | $43,798.16 | | $0.00 |
| Highlands | 609 | B000000-000094690040 | 802 S US 27 (Grocery) | $14,879.91 | | $0.00 |
| cont'd | 609 | B000000-000040000054 | US 27 & Cornell (Liquor???) | $350.14 | | $0.00 |
| | 687 | B000000-000094690039 | 600 Sebring Square | $11,838.38 | | $0.00 |
| | 746 | B000000-000094690043 | 70 Plaza Avenue | $6,329.83 | | $0.00 |
| | | | | $33,398.26 | | $0.00 |
| Hillsborough | 611 | 16625-0000 | 18407 N 41st | $8,930.28 | | $0.00 |
| | 615 | 42001-2242 | 1945 W Lumsden Road | $18,138.25 | | $0.00 |
| | 619 | 16631-0000 | 4445 Sun City C Boulevard | $13,469.70 | | $0.00 |
| | 627 | 16631-0010 | 2540 E Bearss Avenue | $12,575.93 | | $0.00 |
| | 634 | 47460-0000 | 5715 Gunn Highway | $9,804.12 | | $0.00 |
| | 636 | 41996-2828 | 8702 Hunters Lake Drive | $11,358.05 | | $0.00 |
| | 637 | 16626-0001 | 7851 Palm River Road | $9,896.47 | | $0.00 |
| | 639 | 16630-0000 | 8438 N Armenia Avenue | $15,047.86 | | $0.00 |
| | 643 | 41997-0104 | 4479 W Gandy Boulevard | $16,958.14 | | $0.00 |
| | 647 | 16631-0007 | 647 Highway 574 | $9,872.75 | | $0.00 |
| | 673 | 41999-0383 | 6188 S Highway 41 | $18,789.62 | | $0.00 |
| | 676 | 37661-0000 | 179 E Bloomingdale Avenue | $11,424.34 | | $0.00 |
| | 678 | 16626-2000 | 9802 S 301 | $15,143.18 | | $0.00 |
| | 697 | 16626-3000 | 8402 Sheldon Road | $8,921.10 | | $0.00 |
| | 716 | 16631-0009 | 1971 E Highway 60 | $9,662.79 | | $0.00 |
| | **734 | 16631-0012 | 3236 Lithia Pines Road | $12,013.34 | | $0.00 |
| | 777 | 20302-0000 | 9535 E Fowler Avenue | $10,762.54 | | $0.00 |
| | 639 | | | $0.00 | | $0.00 |
| | 2662 | 42004-4481 | 1402 W Kennedy Blvd (Liquor) | $533.62 | | $0.00 |
| | 2661 | 42003-1733 | 1402 W Kennedy Blvd (Grocery) | $16,881.94 | | $0.00 |
| | 2659 | 16631-0004 | 2525 E. Hillsborough Ave | $12,540.44 | | $0.00 |
| | | 14561-0000 (SuperBrand) | 3304 Sydney Road | $169,451.37 | 2414523 | $116,133.53 |
| | **?? | Store #734 Real Estate | Buckhorn Springs/shopping ctr w/ Lithia Pines Rd | | | |
| | | 203248-0720 | (SuperBrand) vacant no RE | $3,402.93 | | |

**Florida Counties Outstanding Tangible Personal Property and Real Estate 2005 Taxes**

Winn Dixie
Case No. 05-03817

| County | Store # | TPP Account # | Location/Address | TPP 2005 Gross Tax | RE Account # | RE 2005 Gross Tax |
|---|---|---|---|---|---|---|
| Hillsborough cont'd | | 203268-0100 | (SuperBrand) vacant no RE | $1,118.57 | | |
| | | | | $416,697.33 | | $116,133.53 |
| | | \*\*TPP acct info (16631-0012 - $12,013.34) listed as TPP and RE. RE acct info should have been (2127379 - $139,300.28) PAID | | | | |
| Indian River | 2354 | 841413 | 995 Sebastian Boulevard | $16,137.80 | | $0.00 |
| | 2357 | 829387 | 415 - 21st Street | $13,768.41 | | $0.00 |
| | 2366 | 845414 | 2950 - Ninth Street Southwest | $16,621.67 | | $0.00 |
| | | | | $46,527.88 | | $0.00 |
| Jackson | 555 | 33575-000 | 4478 Market Street/ Layfette | $11,928.95 | | $0.00 |
| | | | | $11,928.95 | | $0.00 |
| Jefferson | 3 | P 5005520 | 1247 S. Jefferson Street | $11,299.36 | 31-2N-5E-0000-0094-0000 | $0.00 |
| | | | | $11,299.36 | | $0.00 |
| Lake | 2225 | 000000000000-000-60258 | 684 East Hwy 50 | $11,486.70 | | $0.00 |
| | 2261 | 000000000000-000-29931 | 432 E Burleigh Blvd | $16,319.87 | | $0.00 |
| | 2262 | 000000000000-000-71421 | 18854 N. Hwy 441 | $10,951.43 | | $0.00 |
| | 2275 | 000000000000-000-56520 | 3307 US Hwy 441/27 | $4,814.15 | | $0.00 |
| | 2334 | 000000000000-000-03458 | 1100 US Hwy 27 | $13,594.44 | | $0.00 |
| | 2335 | 000000000000-000-49100 | 1955 North Hwy 19 | $8,450.94 | | $0.00 |
| | 2336 | 000000000000-000-49090 | 2740 S Hwy 27 | $9,706.64 | | $0.00 |
| | 2337 | 000000000000-000-02773 | 944 Bohala Blvd | $10,637.83 | | $0.00 |
| | 2347 | 000000000000-000-64941 | 1101 West North | $9,627.44 | | $0.00 |
| | | | | $95,589.44 | | $0.00 |
| Lee | 717 | BB-00-8026-59 | 17105 San Carlos Boulevard | $10,260.46 | | $0.00 |
| | 719 | BB-00-9469-14 | 2301 Del Prado Boulevard South | $9,998.53 | | $0.00 |
| | 723 | BB-00-9469-07 | 1830-1890 N Tamiami Trail | $15,729.03 | | $0.00 |
| | 725 | BB-00-9469-06 | 4151 Hancock Bridge Parkway | $19,192.40 | | $0.00 |
| | 726 | BB-00-9469-04 | 9830-9872 Stringfellow Road | $14,600.79 | | $0.00 |
| | 728 | BB-00-9469-01 | 14600 Palm Beach Boulevard | $15,000.13 | | $0.00 |
| | 740 | BB-00-9459-02 | 18011 S Tamiami Trail | $14,791.06 | | $0.00 |

## Florida Counties Outstanding Tangible Personal Property and Real Estate 2005 Taxes

| County | Store # | TPP Account # | Location/Address | TPP 2005 Gross Tax | RE Account # | RE 2005 Gross Tax |
|---|---|---|---|---|---|---|
| Lee cont'd | 745 | BB-00-4013-38 | 1107-1177 Homestead Road North | $14,635.40 | | $0.00 |
| | | | | $114,207.80 | | $0.00 |
| Leon | 52 | 6194804 | 3813 N Monroe Street | $11,836.17 | | $0.00 |
| | 86 | 6882141 | 111 S Magnolia Drive (Grocery) | $11,867.77 | | $0.00 |
| | 86 | 2047423 | 111 S Magnolia Drive (Liquor) | $867.65 | | $0.00 |
| | 100 | 6900120 | 1404 Timberlane Road | $0.00 | | $0.00 |
| | 116 | 6994571 | 110 Paul Russell Road | $11,023.27 | | $0.00 |
| | 124 | 6990833 | 2910 Kerry Forest Parkway | $10,875.79 | 142725P0021 | $63,859.03 |
| | | | | $46,470.65 | | $63,859.03 |
| Levy | 168 | 00050-095-48 | 2202 N Young Boulevard | $6,397.50 | | $0.00 |
| | 171 | 00050-114-15 | 727 W Noble Avenue | $8,712.58 | | $0.00 |
| | | | | $15,110.08 | | $0.00 |
| Madison | 28 | P 50401-00 | 1219 W Base Street | $33,272.50 | 24-1N-09-3165-05C-000 | $0.00 |
| | | | | $33,272.50 | | $0.00 |
| Manatee | 604 | 90000719409 | 1800 US 301 North | $16,374.79 | 1919400184A | $0.00 |
| | 613 | 9000076919 | 4502 State Road 64 East | $15,368.56 | 1277704061 | $0.00 |
| | 630 | 900006819322 | 1010 - 53rd Avenue East | $12,540.86 | 5741500002 | $81,185.74 |
| | 656 | 900003388552 | 7400 Cortez Road West | $8,155.46 | 6145400199 | $0.00 |
| | 660 | 900007659892 | 3500 - 53rd Avenue West | $15,725.93 | 6145400199 | $0.00 |
| | 628 | 900000768852 | 7210 Manatee Ave West | $0.00 | 3868484291 | $0.00 |
| | 625 | 900004916622 | 4536 53rd Ave East | $0.00 | 1741546495 | $0.00 |
| | 623 | 900000768932 | 5108 15th Street East | $0.00 | 3802510001 | $0.00 |
| | 610 | 90000769272 | 3601 Cortez Rd West | $0.00 | 6130210100 | $0.00 |
| | | | | $68,165.60 | | $81,185.74 |
| Marion | 2205 | 970188 | 10397 S Highway 441 | $7,828.62 | | $0.00 |
| | 2206 | 870095 | 15912 E Highway 40 | $5,003.83 | 32394-00-2-00 | $58,494.19 |
| | 2211 | 850431 | 2640 NE 14th Street | $5,791.35 | | $0.00 |
| | 2213 | 990284 | 4417 NW Blitchton Road | $8,688.17 | | $0.00 |

Winn Dixie
Case No.: 05-03817

## Florida Counties Outstanding Tangible Personal Property and Real Estate 2005 Taxes

| County | Store # | TPP Account # | Location/Address | TPP 2005 Gross Tax | RE Account # | RE 2005 Gross Tax |
|---|---|---|---|---|---|---|
| Marion (cont) | 2219 | 980249 | 10051 S Highway 41 | $7,047.31 | | |
| | 2228 | 960326 | 3435 N Pine Avenue | $5,164.88 | | |
| | 2229 | 930308 | 184 Marion Oaks Boulevard | $4,994.28 | | |
| | 2286 | 850429 | 3535 SE Maricamp Road | $7,635.52 | | |
| | 2287 | 970189 | 6851 SE Maricamp Road | $5,737.72 | 29850-001-00 | $37,252.03 |
| | 2289 | 900455 | 8445 SW Highway 200 | $5,926.67 | | |
| | | | | $63,818.35 | | $95,746.22 |
| Martin | 305 | 1069945/1000-10109494/5 | 8867 SE Bridge Road | $8,352.41 | | |
| | 307 | 84971/1000-06289225/2 | 2160 SE Federal Highway | $8,584.98 | | |
| | 308 | 80630/1000-00370885/2 | 1105 NE Jensen Beach | $7,733.29 | | |
| | 364 | 80629/1000-00370169/2 | 3220 SE Salerno | $23,005.22 | | |
| | 327 | 1000-2000728/5 | 2160 SE Federal Highway (Liquor) | $690.67 | included above | |
| | | 1000-20000939/6 | 3310 Salerno Road (Liquor) | $398.47 | included above | |
| | | | | $48,765.04 | | $0.00 |
| Monroe | 267 | 8918143 | 5585 Overseas Highway | $4,622.73 | | |
| | 317 | 8799756 | 2778 N Roosevelt Boulevard | $11,069.18 | | |
| | 324 | 9002863 | 2760 N Roosevelt Boulevard | $50.80 | | |
| | 328 | 8517335 | 91200 Overseas Highway | $8,413.61 | | |
| | 352 | 8705956 | 105300 Overseas Highway | $6,439.28 | 0010366000000001116632 | $81,952.53 |
| | 358 | 8670800 | 251 Key Deer Boulevard | $8,798.24 | | |
| | | | | $39,393.84 | | $81,952.53 |
| Nassau | 84 | 15475-000 | 1722 S. 8th St/Amelia Plaza | $11,603.45 | 49-2N-25-4100-0001-0020 | $5,413.30 |
| | 142 | 15470-000 | 541 494 US Hwy 1 | $8,416.75 | 29-2N-25-3240-0001-0211 | $1,124.99 |
| | 151 | 15500-000 | 450078 S.R. 200 | $5,784.85 | 49-2N-25-4100-0001-0060 | $394.11 |
| | 180 | 15472-000 | 22 Lofton Sq. Blvd. | $8,101.45 | 15-3N-24-0000-0008-0060 | $606.10 |
| | | No Known TPP | | $0.00 | | |
| | | No Known TPP | | $0.00 | | |
| | | No Known TPP | | $0.00 | | |
| | | No Known TPP | | $0.00 | | |
| | | No Known TPP | | $0.00 | 15-3N-24-2320-0021-0020 | $3,656.88 |

**Florida Counties Outstanding Tangible Personal Property and Real Estate 2005 Taxes**

Winn Dixie
Case No.: 05-03817

| County | Store # | TPP Account # | Location/Address | TPP 2005 Gross Tax | RE Account # | RE 2005 Gross Tax |
|---|---|---|---|---|---|---|
| Nassau cont'd | | No known TPP | | $0.00 | 49-2N-25-4100-0001-0010 | $1,108.29 |
| | | No known TPP | | $0.00 | 49-2N-25-4100-0001-0040 | $891.92 |
| | | | | $33,906.50 | | $13,195.59 |
| Okaloosa | 541 | 51272504 | 798 Beal Parkway North | $5,629.17 | 03252400000141420020 | $38,904.03 |
| | 551 | 51272503 | 4512 Highway 20 East | $5,787.84 | | $0.00 |
| | 558 | 00615010 | 1326 Ferdon Boulevard North | $13,095.32 | | $0.00 |
| | 560 | 00014488 | 981 Highway 98 East (Grocery) | $12,251.32 | | $0.00 |
| | 566 | 51272500 | 99 Eglin Parkway Northeast | $10,169.85 | | $0.00 |
| | 567 | 00019064 | 981 Highway 98 East (Liquor) | $355.15 | Included w/store 560 | $0.00 |
| | | | | $47,288.65 | | $38,904.03 |
| Okeechobee | 331 | P10410-000 | 3246 S Highway 441 | $5,478.08 | | $0.00 |
| | | | | $5,478.08 | | $0.00 |
| Orange | 2283 | REG-130218 | 4400 Hoffner Road (liquor) | $76.71 | Included w/store #2261 | $0.00 |
| | 2278 | REG-097195 | 1401 S Hiawassee Road | $11,113.65 | 212601-7 | $0.00 |
| | 2270 | REG-097749 | 12500 Lake Underhill Road | $10,884.14 | 508391-3 | $0.00 |
| | 2391 | REG-100445 | 4161 Town Center Boulevard | $12,154.07 | 391113-6 | $0.00 |
| | 2390 | REG-101807 | 5732 N Hiawassee Road | $13,516.87 | 195752-2 | $0.00 |
| | 2269 | REG-101569 | 13200 E Colonial Drive | $11,740.63 | 505251-6 | $0.00 |
| | 2250 | REG-086697 | 1631 E Silver Star Road | $6,948.15 | 189785-6 | $0.00 |
| | 2652 | REG-014328 | 4520 S Semoran Boulevard (Grocery) | $10,232.96 | 404645-1 | $0.00 |
| | 2383 | REG-014329 | 7580 University Boulevard | $9,816.19 | 328571-2 | $0.00 |
| | 2393 | REG-014330 | 2231 E Semoran Boulevard | $12,113.78 | 165448-4 | $0.00 |
| | | REG-036066 | 3015 Coastline Drive - warehouse | $77,313.06 | No RE owed | |
| | 2216 | REG-036070 | 2103 Americana Boulevard | $9,379.16 | 395231 | $0.00 |
| | 2235 | REG-036071 | 2415 E Colonial Drive | $3,240.82 | 413788 | $0.00 |
| | 2246 | REG-036073 | 1565 W Orange Blossom Trail | $9,272.58 | 166811 | $0.00 |
| | 2257 | REG-036075 | 695 S Semoran Boulevard | $4,313.59 | 485676 | $0.00 |
| | 2267 | REG-036076 | 7382 Curry Ford Road | $8,858.56 | 434448 | $0.00 |
| | 2654 | REG-036077 | 10537 E Colonial Drive | $9,787.30 | | $0.00 |
| | 2276 | REG-036079 | 4686 E Michigan Street | $7,792.71 | | $0.00 |