Florida Counties Outstanding Tangible Personal Property and Real Estate 2005 Taxes

Winn Dixie
Case No. 05-03817

| County | Store # | TPP Account # | Location/Address | TPP 2005 Gross Tax | RE Account # | RE 2005 Gross Tax |
|---|---|---|---|---|---|---|
| Orange (cont) | 2280 | REG-036082 | 700 S Goldenrod Street | $7,560.29 | 436577-1 | $0.00 |
| | 2282 | REG-036083 | 12351 S Orange Blossom Trail | $8,135.03 | 168574-9 | $0.00 |
| | 2392 | REG-105131 | 7053 S Orange Blossom Trail | $16,290.92 | 347991-9 | $0.00 |
| | 2288 | REG-036085 | 2960 Curry Ford Road | $1,018.84 | 449483-1 | $0.00 |
| | 2656 | REG-036088 | 3201 W Colonial Drive | $14,826.31 | 295069-5 | $0.00 |
| | 2323 | REG-036091 | 5739 Edgewater Drive | $4,984.86 | 277471-5 | $0.00 |
| | 2281 | REG-082858 | 4400 Hoffner Avenue | $9,895.99 | 469328-8 | $0.00 |
| | 2301 | REG-036089 | 2722 N Pine Hills Road | $8,909.78 | 275687-6 | $0.00 |
| | 2650 | REG-036089 | 7149 W Colonial Drive | $9,363.46 | 203133-7 | $0.00 |
| | 2215 | REG-075782 | 11957 S Apopka Vineland Road | $21,711.81 | 246897-9 | $0.00 |
| | 2200 | REG-115321 | 4008 Winter Garden Road | $20,407.80 | 126339-6 | $0.00 |
| | 2653 | REG-120403 | 4520 S Semoran Boulevard (Liquor) | $709.73 | included w/store #2652 | $0.00 |
| | 2212 | REG-120406 | 4010 Winter Garden Vineland Road | $374.75 | included w/store #7200 | $0.00 |
| | 2651 | REG-130216 | 7149 W Colonial Drive | $309.25 | included w/store #2650 | $0.00 |
| | 2657 | REG-130214 | 3201 W Colonial Drive | $453.42 | included w/store #7656 | $0.00 |
| | 2655 | REG-130217 | 10537 E Colonial Drive | $493.84 | included w/store #2654 | $0.00 |
| | 2382 | REG-014324 | 155 S Orlando Avenue | $4,088.79 | 255260-4 | $0.00 |
| | | | | $358,089.80 | | $0.00 |
| Osceola | 2207 | P000385-730000 | 3218 Canoe Creed Road | $25,347.00 | 272630-0802000010010 | $0.00 |
| | 2238 | P000152-650000 | 4855 Irlo Bronson Mem Hwy | $10,049.89 | 082631-0004000P0010 | $0.00 |
| | 2240 | P000091-790000 | 4058 Thirteenth St | $9,121.59 | 042630-020000010020 | $0.00 |
| | 2254 | P000168-800000 | 2618 Boggy Creek Road | $10,909.48 | 082530-2015000010010 | $0.00 |
| | 2260 | P000091-820000 | 1347 Vine St E. (Grocery) | $13,423.79 | 142528-00U0003020000 | $0.00 |
| | 2260 | P000091-800000 | 1532 Vine St W. (Warehouse) | $12,210.65 | 212529-1429000010120 | $0.00 |
| | 2265 | P000091-830000 | 900 Cypress Pky | $8,379.71 | 252629-6124000B0050 | $0.00 |
| | 2379 | P000105-660000 | 7840 Irlo Bronson Mem Hwy | $6,695.14 | 092527-320000010030 | $0.00 |
| | 2207 | P000480-730000 | 3218 Canoe Creek Road (Liquor) | $562.51 | included w/store #2207 | $0.00 |
| | | | | $96,699.76 | | $0.00 |
| Palm Beach | 202 | 077731 | 13841 Wellington Trace | $12,374.62 | 72-41-44-08-04-001-0000 | $0.00 |
| | 208 | 065952 | 5335 N Military Trail | $7,418.81 | 74-42-43-01-15-000-0010 | $0.00 |
| | 212 | 018080 | 1135 Royal Palm Beach Boulevard | $11,824.83 | 72-41-43-23-21-003-0000 | $0.00 |

**Florida Counties Outstanding Tangible Personal Property and Real Estate 2005 Taxes**

Winn Dixie
Case No. 05-03817

| County | Store # | TPP Account # | Location/Address | TPP 2005 Gross Tax | RE Account # | RE 2005 Gross Tax |
|---|---|---|---|---|---|---|
| Palm Beach (cont) | 216 | 058898 | 19595 State Road 7 | $3,445.59 | | $0.00 |
| | 221 | 129473 | 2675 S Military Trail (Grocery) | $10,135.09 | | $0.00 |
| | 221 | 163139 | 2675 S Military Trail (Liquor) | $924.81 | Included w/grocery acct. | $0.00 |
| | 223 | 126545 | 6901 Okeechobee Boulevard C19 | $12,079.89 | | $0.00 |
| | 238 | 078510 | 6707 W Indiantown Road | $9,055.50 | | $0.00 |
| | 255 | 119464 | 14595 S Military Trail (Grocery) | $9,801.41 | | $0.00 |
| | 255 | 163134 | 14595 S Military Trail (Liquor) | $356.07 | Included w/grocery acct. | $0.00 |
| | 256 | 107507 | 4770 N Congress Avenue | $15,711.69 | | $0.00 |
| | 257 | 065868 | 9840 S Military Trail | $9,142.48 | | $0.00 |
| | 259 | 131965 | 1620 S Federal Highway | $16,202.53 | | $0.00 |
| | 260 | 129868 | 6600 Hypoluxo Road (Grocery) | $10,205.90 | | $0.00 |
| | 260 | 163136 | 6600 Hypoluxo Road (Liquor) | $600.40 | Included w/grocery acct. | $0.00 |
| | 263 | 018084 | 291 W Camino Real | $5,581.47 | | $0.00 |
| | 268 | 052818 | 1565 S Congress Avenue | $6,348.80 | | $0.00 |
| | 271 | 018095 | 1491 S Dixie Highway | $8,179.59 | | $0.00 |
| | 272 | 137357 | 3757 Military Trail | $17,849.93 | | $0.00 |
| | 281 | 153166 | 4105 State Road 7 (Grocery) | $21,749.47 | | $0.00 |
| | 281 | 163142 | 4105 State Road 7 (Liquor) | $658.57 | Included w/grocery acct. | $0.00 |
| | 288 | 137183 | 5060 Seminole Pratt Whitney Road | $12,626.20 | | $0.00 |
| | 295 | 040860 | 1225 - 45th Street # 300 | $9,589.68 | | $0.00 |
| | 299 | 134836 | 4360 Okeechobee Boulevard | $17,111.90 | | $0.00 |
| | 309 | 135498 | 7915 S Dixie Highway (Grocery) | $19,414.12 | | $0.00 |
| | 309 | 163130 | 7915 S Dixie Highway (Liquor) | $555.18 | Included w/grocery acct. | $0.00 |
| | 320 | 136584 | 11241 US Highway 1 | $18,056.43 | | $0.00 |
| | 332 | 018081 | 4645 Gun Club Road | $5,397.64 | | $0.00 |
| | 333 | 018097 | 8920 N Military Trail | $11,878.42 | | $0.00 |
| | 337 | 018079 | 6406 Lake Worth Road | $8,935.75 | | $0.00 |
| | 355 | 022616 | 7024 Beracasa Way | $9,716.89 | | $0.00 |
| | 356 | 040859 | 6356 Forest Hill Boulevard | $11,002.22 | | $0.00 |
| | 360 | 018100 | 23072 Sandalfoot Plaza Drive | $3,793.38 | | $0.00 |
| | 368 | 018099 | 500 Belvedere Road | $7,888.26 | | $0.00 |
| | 375 | 052322 | 3131 Forest Hill Boulevard | $12,174.95 | | $0.00 |
| | 381 | 069631 | 900 S Main Street | $8,651.70 | | $0.00 |

Winn Dixie
Case No.: 05-03817

**Florida Counties Outstanding Tangible Personal Property and Real Estate 2005 Taxes**

| County | Store # | TPP Account # | Location/Address | TPP 2005 Gross Tax | RE Account # | RE 2005 Gross Tax |
|---|---|---|---|---|---|---|
| Palm Beach (cont) | 390 | 164798 | 3700 Broadway | $37,847.74 | | $0.00 |
| | | | | $384,287.91 | | $0.00 |
| Pasco | 608 | W-00761-060 | 12715 US Hwy 301 | $11,757.04 | | $0.00 |
| | 644 | W-00745-010 | 1640 US Hwy 19 | $10,499.07 | | $0.00 |
| | 651 | W-02003-687 | 2126 Collier Pkwy | $11,767.12 | | $0.00 |
| | 655 | W-00756-000 | 6033 State Rd 54 | $7,546.99 | | $0.00 |
| | 672 | W-00761-065 | 12120 Moon Lake Rd | $9,945.38 | | $0.00 |
| | 683 | W-02003-686 | 36348 State Rd 54 | $12,689.76 | | $0.00 |
| | 710 | W-00740-000 | 14134 US Hwy 19 | $8,004.03 | 27-24-16-0000-01500-0000 | $89,021.16 |
| | 748 | W-00751-000 | 5351 Village Market | $8,396.18 | | $0.00 |
| | 752 | W-00750-000 | 8615 Little Rd | $8,825.05 | | $0.00 |
| | | | | $89,430.62 | | $89,021.16 |
| Pinellas | 603 | 093614 | 2514 McMullen Booth Road | $19,929.62 | | $0.00 |
| | 605 | 709178 | 1199 E Bay Drive | $23,376.75 | | $0.00 |
| | 606 | 193070 | 8740 Park Blvd | $11,136.75 | | $0.00 |
| | 607 | 196756 | 12975 Park Boulevard | $15,419.85 | | $0.00 |
| | 610 | 728279 | 8740 Park Boulevard (Liquor) | $622.17 | | $0.00 |
| | 614 | 728277 | 12951 Park Boulevard (Liquor) | $634.50 | included w/store #614 | $0.00 |
| | 620 | 153750 | 850 Third Avenue South | $12,119.36 | | $0.00 |
| | 622 | 080085 | 11912 Seminole Boulevard | $9,611.13 | | $0.00 |
| | 624 | 162907 | 955 Pinellas Avenue South | $10,358.67 | | $0.00 |
| | 640 | 083248 | 1204 CR 1 | $11,947.63 | | $0.00 |
| | 642 | 004338 | 5015 Gulfport Boulevard South | $4,493.92 | | $0.00 |
| | 649 | 169860 | 11100 Fourth Street North | $14,370.08 | | $0.00 |
| | 658 | 070024 | 15200 Municipal Drive | $14,108.64 | | $0.00 |
| | 671 | 022548 | 1050 - 58th Street North | $13,051.99 | | $0.00 |
| | 681 | 129158 | 6501 - 102nd Avenue North | $7,592.35 | | $0.00 |
| | 684 | 003723 | 5802 - 54th Avenue North | $5,699.19 | | $0.00 |
| | 686 | 051155 | 1803 Highland Avenue North | $0.00 | | $0.00 |
| | 695 | 701235 | 33650 US Hwy 19 N | $16,719.32 | | $0.00 |
| | 686 | 728280 | 33652 US Highway 19 North (Liquor) | $938.07 | included w/store 695 | $0.00 |

**Florida Counties Outstanding Tangible Personal Property and Real Estate 2005 Taxes**

Winn Dixie
Case No. 05-03817

| County | Store # | TPP Account # | Location/Address | TPP 2005 Gross Tax | RE Account # | RE 2005 Gross Tax |
|---|---|---|---|---|---|---|
| Pinellas (cont) | 698 | 022550 | 1049 - 62nd Avenue North | $17,130.96 | [illegible] | [illegible] |
| | 699 | 022549 | 1900 34th St N | $13,661.64 | [illegible] | [illegible] |
| | 703 | 143337 | 3705 Tampa Road | $11,270.67 | [illegible] | [illegible] |
| | 707 | 728278 | 2020 - 34th Street North (Liquor) | $1,087.42 | included w/store #699 | $0.00 |
| | | | | $235,280.68 | | $0.00 |
| Polk | 602 | 20 028697 | 1050 N Wilson Avenue | $15,631.71 | [illegible] | [illegible] |
| | 612 | 20 028695 | 345 Havendale Boulevard | $21,252.45 | [illegible] | [illegible] |
| | 629 | 20 028696 | 2630 US Highway 92 East | $19,108.22 | [illegible] | [illegible] |
| | 631 | 20 028704 | 2900 lakeland Highlands Road | $19,046.90 | [illegible] | [illegible] |
| | 632 | 20 028700 | 6902 Florida Avenue South | $21,792.27 | [illegible] | [illegible] |
| | 663 | 20 028694 | 2700 Recker Highway | $10,636.76 | [illegible] | [illegible] |
| | 664 | 20 028706 | 6600 Socrum Loop Road | $22,931.20 | [illegible] | [illegible] |
| | 701 | 20 028699 | 1860 State Road 60 East | $14,021.94 | [illegible] | [illegible] |
| | 705 | 20 028705 | 36019 US Highway 27 North | $12,646.84 | [illegible] | [illegible] |
| | 706 | 20 028702 | 1305 Ariana Street West | $19,676.91 | [illegible] | [illegible] |
| | 713 | 20 028703 | 28047 US Highway 27 | $18,164.12 | [illegible] | [illegible] |
| | | | | $194,909.32 | | $0.00 |
| Putnam | 163 | 823030 | Palatka Store | $12,991.24 | [illegible] | [illegible] |
| | 196 | 84193 | Crescent City Store | $11,992.58 | [illegible] | [illegible] |
| | | | | $24,983.82 | | $0.00 |
| Santa Rosa | 507 | 0001406950 | 4222 Highway 90 | $9,258.48 | [illegible] | [illegible] |
| | 501 | 0001406900 | 8636 Navarre | $8,953.85 | [illegible] | [illegible] |
| | 412 | 0001407000 | 3291 Gulf Breeze | $12,582.80 | [illegible] | [illegible] |
| | 489 | 0001407100 | 5428 Dogwood | $11,368.14 | [illegible] | [illegible] |
| | | | | $42,163.27 | | $0.00 |
| Sarasota | 668 | B007623520 | 3500 Tamiami Trail | $13,636.52 | [illegible] | [illegible] |
| | 662 | B007623545 | 14275 Tamiami Trail | $10,549.43 | [illegible] | [illegible] |
| | 654 | B007623550 | 3301 - 17th Street | $9,816.93 | [illegible] | [illegible] |
| | SAR.WH | B008205394 | 6100 McIntosh Road | $37,841.65 | [illegible] | [illegible] |

Florida Counties Outstanding Tangible Personal Property and Real Estate 2005 Taxes

Winn Dixie
Case No. 05-03817

| County | Store # | TPP Account # | Location/Address | TPP 2005 Gross Tax | RE Account # | RE 2005 Gross Tax |
|---|---|---|---|---|---|---|
| Sarasota cont'd | 700 | B008300487 | 425 Indiana Avenue | $6,775.23 | | $0.00 |
| | 657 | B009900437 | 5400 Fruitville Road | $12,247.02 | | $0.00 |
| | 659 | B020000429 | 5400 Clark Road | $15,199.18 | | $0.00 |
| | | | | $106,065.96 | | $0.00 |
| | | | | | | |
| Seminole | 2208 | 0024109 | 926 State Road 436 West | $0.00 | | $0.00 |
| | 2233 | 0035691 | 951 State Road 434 West (Grocery) | $12,135.25 | | $0.00 |
| | 2233 | 0545178 | 951 State Road 434 West (Liquor) | $178.10 | Incl. w/grocery item #2233 | $0.00 |
| | 2266 | 0225409 | 7800 Highway 17-92 South #160 | $9,865.57 | | $0.00 |
| | 2271 | 0367474 | 1021 Lockwood Boulevard | $8,281.46 | | $0.00 |
| | 2273 | 0422519 | 1750 Sunshadow Drive #100 | $11,544.98 | | $0.00 |
| | 2293 | 0067561 | 5465 Lake Howell Road | $6,419.50 | | $0.00 |
| | 2294 | 0446807 | 3053 Aloma Avenue | $15,575.79 | | $0.00 |
| | 2295 | 0406421 | 4195 Lake Mary Boulevard West | $11,398.29 | | $0.00 |
| | 2306 | 0212845 | 1514 French Avenue South | $10,260.32 | | $0.00 |
| | 2356 | 0556837 | 120 International Parkway (Liquor) | $540.03 | Incl. w/grocery item #2356 | $0.00 |
| | 2375 | 0468009 | 1680 McCulloch Road | $14,874.90 | | $0.00 |
| | 2380 | 0270553 | 120 International Parkway (Grocery) | $8,106.39 | | $0.00 |
| | 2384 | 0064006 | 1074 Montgomery Road | $12,327.20 | | $0.00 |
| | 2387 | 0103499 | 1024 Semoran Boulevard | $9,043.80 | | $0.00 |
| | 2388 | 0475491 | 340 State Road 434 South (Grocery) | $26,036.21 | | $0.00 |
| | 2388 | 0545186 | 340 State Road 434 South (Liquor) | $53.11 | | $0.00 |
| | | | | $156,640.90 | | $0.00 |
| | | | | | | |
| St. Johns | 2 | 329957-0000 | 2220 County Road 200 West | $22,839.91 | | $0.00 |
| | 5 | 304994-0000 | 190 Solana Road | $20,016.03 | | $0.00 |
| | 77 | 304993-0000 | 1010 S Ponce De Leon Boulevard | $8,882.07 | | $0.00 |
| | 129 | 320917-0000 | 3905 A1A South | $14,276.61 | 174480-0000 | $54,587.85 |
| | 130 | 330735-0000 | 3905 A1A  South (Liquor) | $179.94 | included w/store #129 | $0.00 |
| | 182 | 311993-0000 | 3551 N Ponce De Leon Boulevard | $9,191.54 | | $0.00 |
| | | | | $75,386.10 | | $54,587.85 |

Winn Dixie
Case No.: 05-03817

**Florida Counties Outstanding Tangible Personal Property and Real Estate 2005 Taxes**

| County | Store # | TPP Account # | Location/Address | TPP 2005 Gross Tax | RE Account # | RE 2005 Gross Tax |
|---|---|---|---|---|---|---|
| St. Lucie | 2348 | 1000-0220384/2 | 281 SW Port St. Lucie Boulevard | $11,153.58 | [illegible] | [illegible] |
|  | 2349 | 1000-0179317/2 | 4870 N Kings Highway | $24,098.97 | [illegible] | [illegible] |
|  | 2355 | 1000-0145169/2 | 4967 S US Highway 1 | $9,033.87 | [illegible] | [illegible] |
|  | 2358 | 1000-0145151/2 | 2009 S US Highway 1 | $11,318.23 | [illegible] | [illegible] |
|  | 2361 | 1000-0437889/2 | 10330 S US Highway 1 | $14,081.47 | [illegible] | [illegible] |
|  |  |  |  | $69,686.12 |  | $0.00 |
| Sumter | 2320 | CPN09-035A-00 | 1122 Main Street Bushnell (grocery) | $21,837.94 | [illegible] | [illegible] |
|  | 2321 | CPG07-057A-02 | SWC US 301 & SR 44 Wildwood (grocery) | $11,742.50 | G-07-057 | [illegible] |
|  | 2322 | CPG07-057AB-04 | SWC US 301 & SR 44 Wildwood (liquor) | $90.81 | included w/store #2320 | [illegible] |
|  | 2320 | CPN09-035B-05 | 1122 Main Street Bushnell (liquor) | $95.96 | incl w/grocery acct #320 | [illegible] |
|  |  |  |  | $33,767.21 |  | $0.00 |
| Suwannee | 198 | 5014480 | 911 Pinewood Street | $17,960.42 | [illegible] | [illegible] |
|  |  |  |  | $17,960.42 |  | $0.00 |
| Taylor | 104 | P09500-000 | 2054 West Byron Butler Pkwy | $9,908.69 | [illegible] | [illegible] |
|  |  |  |  | $9,908.69 |  | $0.00 |
| Volusia | 2203 | 4603093 | 1838 Ridgewood | $12,031.92 | [illegible] | [illegible] |
|  | 2304 | 5648249 | 1835 State Road 44 | $9,369.57 | [illegible] | [illegible] |
|  | 2311 | 4606670 | 4025 Nova Road | $12,429.45 | [illegible] | [illegible] |
|  | 2310 | 6064563 | 365 Granada Blvd | $1,098.74 | included w/store #2309 | [illegible] |
|  | 2344 | 4453857 | 346 New York Ave | $13,197.13 | [illegible] | [illegible] |
|  | 2312 | 5132820 | 1415 Nova Road | $15,155.38 | [illegible] | [illegible] |
|  | 2258 | 4835547 | 1541 Nova Road | $13,447.57 | [illegible] | [illegible] |
|  | 2263 | 4488260 | 2200 Atlantic | $12,021.66 | [illegible] | [illegible] |
|  | 2309 | 4488235 | 353 Granada Blvd | $11,293.48 | [illegible] | [illegible] |
|  | 2237 | 4976604 | 2 US Hwy 17-92 | $9,787.05 | 80270000051 | $52,683.06 |
|  | 2313 | 5745333 | 2880 Howland Blvd | $8,714.67 | [illegible] | [illegible] |
|  | 2308 | 5815561 | 2820 Doyle Road | $9,699.92 | 911104000030 | $6,039.12 |
|  | 2241 | 4488197 | 1200 Deltona Pl | $10,754.11 | [illegible] | [illegible] |
|  | 2249 | 4714502 | 1229 Providence | $5,539.13 | [illegible] | [illegible] |

C:\DOCUME~1\ADMINI~1\LOCALS~1\Temp\OUTSTANDING RE & TPP as of 10-12-06 .xls

Winn Dixie
Case No. 05-03817

**Florida Counties Outstanding Tangible Personal Property and Real Estate 2005 Taxes**

| County | Store # | TPP Account # | Location/Address | TPP 2005 Gross Tax | RE Account # | RE 2005 Gross Tax |
|---|---|---|---|---|---|---|
| Volusia | 2343 | 4791761 | 1050 New York Ave | $11,383.10 | 7017921500010 | $0.00 |
| cont'd | 2341 | 5815242 | 2701 Woodland Blvd | $17,411.52 | 7045701930010 | $0.00 |
| | 2342 | 4534393 | 3120 Woodland Blvd | $4,848.47 | 6029000010 | $63,667.04 |
| | | | | $178,182.87 | | $122,389.22 |
| Wakulla | 186 | P 01546-002 | 319 Highway | $7,889.86 | 01-06-075-152-0000-000 | $0.00 |
| | | | | $7,889.86 | | $0.00 |
| Walton | 561 | 11285000 | Old US Highway 98 | $5,937.76 | 30-2S-21-42000-015-0000 | $0.00 |
| | 577 | 11290100 | Freeport Road | $5,646.61 | 34-2N-19-19000-036-0000 | $0.00 |
| | | | | $11,584.37 | | $0.00 |
| Washington | | | No TPP-store closed several years ago | $0.00 | 00000000-00-2340-0000 | $0.00 |
| | | | Vacant lot/empty building | $0.00 | 00000000-00-2340-0000 | $0.00 |
| | | | | $0.00 | | $0.00 |
| | | | Total TPP | $5,804,650.46 | Total Real Estate | $1,830,179.05 |

**Florida Counties Delinquent 2004 Tangible Personal Property and Real Estate Taxes**

| County | Store # | TPP Account # | Location/Address | TPP 2004 | RE Account # | RE 2004 |
|---|---|---|---|---|---|---|
| Brevard | 2324 | P086428000 | 2300 Hwy 524 (2003 Back Assessment) | $623.36 | | $0.00 |
| | 2327 | P086426000 | 1535 N Singleton Ave - 2003 Back Assessmt | $460.19 | | $0.00 |
| | 2331 | P086430000 | 961 E Eau Gallie Blvd- 2003 Back Assessmt | $169.32 | | $0.00 |
| | | | | $1,252.87 | | |
| Miami-Dade | 292 | 40-123138 | 1630 W 49th Street (Grocery) | $58,546.43 | | $0.00 |
| | | | | $58,546.43 | | |
| Pasco | 710 | | 14134 US Hwy 19 | $0.00 | 27-24-16-0000-01500-0000 | $98,910.28 |
| | | | | | | $98,910.28 |
| | | | Total Delinquent 2004 TPP | $59,799.30 | Total Delinquent 2004 R.E. | $98,910.28 |