**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**  JACKSONVILLE DIVISION  **

| | |
|---|---|
| In re:                                    ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*,   ) | *Chapter 11* |
| Debtors.                         ) | Jointly Administered |
|                                          ) | |

**DEBTORS' UNOPPOSED MOTION TO CONTINUE TRIAL**
**ON DEBTORS' OBJECTION TO LOUISIANA TAX CLAIMS**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"), move the Court to continue the trial on Debtors' Objection to Louisiana Tax Claims, currently scheduled for November 1, 2006, November 2, 2006 and November 3, 2006 at 9:30 a.m., and say:

1. Since the Court entered its Order Scheduling Trial on this matter, the parties have worked to consensually resolve it through mediation and informal negotiations. Although still ongoing, these negotiations have not been successful to date.

2. It presently appears that this matter will not be resolved consensually and that a trial will be necessary. A trial in this matter is presently scheduled for November 1, 2 and 3, 2006.

3. The Debtors recently learned that two of their material witnesses are not available to testify at the trial as currently scheduled.

4. For these and other reasons, the parties have agreed to the continuance of the trial of this matter until on or after December 11, 2006.

5. The undersigned has conferred with counsel for the State of Louisiana regarding the requested continuance and has been authorized to represent that the State "will neither oppose nor support" the relief requested by this motion.

Wherefore, the Debtors request that the Court enter an order in the form attached continuing the trial of Debtors' Objection to Louisiana Tax Claims and the deadlines set forth in the Order Scheduling Trial of this matter.

Dated: October 12, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  */s/ D. J. Baker*  <br>    D. J. Baker <br>    Sally McDonald Henry <br>    Rosalie Walker Gray | By  */s/James H. Post*  <br>    Stephen D. Busey <br>    James H. Post <br>    Leanne McKnight Prendergast |
| Four Times Square <br>New York, New York 10036 <br>(212) 735-3000 <br>(212) 735-2000 (facsimile) <br>djbaker@skadden.com | Florida Bar Number 175460 <br>225 Water Street, Suite 1800 <br>Jacksonville, Florida  32202 <br>(904) 359-7700 <br>(904) 359-7708 (facsimile) <br>jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

Certificate of Service

I certify that on October 12, 2006, a copy of the foregoing has been furnished electronically or by mail to:

State of Louisiana Rev. Dept.
Attn: David M. Hansen
617 North Third Street
Baton Rouge, Louisiana 70802
(225) 219-2080
david.hansen@la.gov

Akerman Senterfitt
Attn: John B. Macdonald
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 398-3730 (facsimile)
john.macdonald@akerman.com

Elena L. Escamilla
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
(407) 648-6301
(407) 648-6323 (facsimile)
ElenaL.Escamilla@usdoj.gov

Pugh, Pugh & Pugh, LLP
Attn: Robert G. Pugh, Partner
333 Texas Street, Suite 2100
Shreveport, Louisiana 71101

Rogers Towers PA
Attn: Betsy Cox
1301 Riverplace Boulevard, Suite 1500
Jacksonville, Florida 32207
(904) 398-3911
bcox@rtlaw.com

Milbank, Tweed, Hadley & McCloy
Attn: Dennis Dunne, Matthew Barr
1 Chase Manhattan Plaza
New York, New York 10005
(212) 530-5000
(212) 530-5219 (facsimile)
ddunne@milbank.com
mbarr@milbank.com

Kenneth C. Meeker
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
(407) 648-6301
(407) 648-6323 (facsimile)
ken.meeker@usdoj.gov

                /s/James H. Post
                  Attorney

545282

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, ) | *Chapter 11* |
| Debtors. ) | Jointly Administered |
| ) | |

**ORDER CONTINUING TRIAL ON THE**
**DEBTORS' OBJECTION TO LOUISIANA TAX CLAIMS**

This case is before the Court upon Debtors' Unopposed Motion to Continue Trial on Debtors' Objection to Louisiana Tax Claims (the "Motion"). Upon consideration, it is

ORDERED:

1. The Motion is granted.

2. The trial on Debtors' Objection to Louisiana Tax Claims currently scheduled for November 1, 2006, November 2, 2006 and November 3, 2006 at 9:30 a.m. is continued to _____ at _____ in Courtroom 4D, United States Courthouse, 300 N. Hogan St., Jacksonville, FL 32202.

3. The deadlines set forth in the Order Scheduling Trial on this matter

2

entered herein on May 24, 2006 are extended accordingly and shall be based upon the continued trial dates set forth above.

      Dated this _____ day of October, 2006, in Jacksonville, Florida.

                                                                  Jerry A. Funk
                                                                   United States Bankruptcy Judge

James H. Post is directed to serve copies of this order on all parties to this adversary proceeding

545293