**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**NOTICE OF FILING**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession, give notice of filing the attached Amended Declaration of Kathleen M. Logan Certifying Voting on and Tabulation of Ballots Accepting and Rejecting the Joint Plan of Reorganization of the Debtors.

Dated:  October 12, 2006.

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP


By    *s/ D. J. Baker*
    D. J. Baker
    Sally McDonald Henry
    Rosalie Gray

Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

Co-Counsel for Debtors

SMITH HULSEY & BUSEY


By    *s/ Cynthia C. Jackson*
    Stephen D. Busey
    James H. Post
    Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

00545819

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## AMENDED DECLARATION OF KATHLEEN M. LOGAN CERTIFYING VOTING ON AND TABULATION OF BALLOTS ACCEPTING AND REJECTING THE JOINT PLAN OF REORGANIZATION OF THE DEBTORS[1]

I, Kathleen M. Logan declare:

1.      I am the President of Logan & Company, Inc. ("Logan") and, unless otherwise indicated, have personal knowledge of the facts set forth below.[2]  Headquartered in Upper Montclair, New Jersey, Logan serves as a claims, noticing, and ballot tabulating agent. During the past fifteen years, Logan has acted in such capacity for more than 240 chapter 11 debtors.

### LOGAN'S RETENTION

2.      Pursuant to an order of the United States Bankruptcy Court for the Southern District of New York dated March 4, 2005, the Debtors retained Logan to, among other things, (a) be their claims and noticing agent, and (b) act as plan voting and tabulation agent.

3.      In its capacity as claims agent, Logan dockets and maintains the official claims register of all proofs of claim filed in these chapter 11 cases.  Logan accomplishes this through a proprietary database containing, among other things, information on all filed and scheduled claims and notices sent to claimants and their counsel (the "Claims Database").  To the best of my knowledge, Logan has maintained and updated the Claims Database in these chapter 11 cases in accordance with the standard procedures that it follows for all chapter 11 cases.  Such procedures are typical in the industry for chapter 11 cases of this size.

### THE SOLICITATION PROCEDURES ORDER

4.      The United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court") entered an Order (i) Determining Dates, Procedures and Forms Applicable to Solicitation Process, (ii) Establishing Vote Tabulation Procedures, (iii) Establishing Objection

---

[1]      Amended solely to reflect the Sell Order as hereinafter defined.

[2]      Capitalized terms used but not defined in this Declaration shall have the meaning ascribed to such terms in the Plan (as hereinafter defined).

Deadline and Scheduling Hearing to Consider Confirmation of Plan, and (iv) Waiving Local Rules, dated August 4, 2006 (the "Solicitation Procedures Order").

5.     In the Solicitation Procedures Order, the Bankruptcy Court:

a.  approved Logan's continued retention as the voting and tabulation agent in connection with the solicitation and tabulation of votes on the Debtors' Joint Plan of Reorganization (the "Plan");

b.  approved solicitation procedures, vote tabulation rules, ballot and notice forms, and other requirements regarding the solicitation of votes on the Plan;

c.  established August 1, 2006 at 5:00 p.m. (EST) as the record date to determine whether a holder of a claim or interest was entitled to vote on or receive notice of the Plan; and

d.  established September 25, 2006 at 4:00 p.m. (EST) as the deadline by which Logan must receive ballots to accept or reject the Plan.

## CLASSES NOT ENTITLED TO VOTE

6.     In accordance with the Bankruptcy Court's finding in the Solicitation Procedures Order, the following classes were not entitled to vote on the Plan:

a.  Administrative Claims, Priority Tax Claims, and Claims in Class 1 (Other Priority Claims), Class 2 (MSP Death Benefit Claims), Class 3 (Workers Compensation Claims), Class 4 (Bond/Letter of Credit Backed Claims), Class 5 (Convenience Claims), and Class 6 (Subsidiary Interests), because they are either non-voting claims or are unimpaired and deemed to accept the Plan. In accordance with the Solicitation Procedures Order, Logan mailed to the holders of such Claims and Interests the Notice of Non-Voting Status. An Affidavit of Service evidencing the service of the Notice of Non-Voting Status on the foregoing was filed with the Bankruptcy Court on September 13, 2006 (Docket Number 10894).

b.  Holders of Claims or Interests in Class 18 (Intercompany Claims), Class 19 (Subordinated Claims), Class 20 (Non-Compensatory Damages Claims) and Class 21 (Winn-Dixie Interests), because they will retain and receive no property under the Plan and, therefore, are deemed to reject the Plan. In accordance with the Solicitation Procedures Order, Logan mailed to the holders of such Claims and Interests the Notice of Deemed Rejecting Status. An Affidavit of Service evidencing the service of the Notice of Deemed Rejecting Status on the foregoing was filed with the Bankruptcy Court on September 13, 2006 (Docket Number 10892).

2

## CLASSES ENTITLED TO VOTE

A.      Voting Creditors

7.      Pursuant to the Solicitation Procedures Order, the Claims in the following Classes of Claims are impaired under and their holders are entitled to vote on the Plan: Class 7 (AmSouth Bank Collateralized Letter of Credit Claim), Class 8 (Thrivent Lutherans Leasehold Mortgage Claim), Class 9 (NCR Purchase Money Security Interest Claim), Class 10 (Secured Tax Claims), Class 11 (Other Secured Claims), Class 12 (Noteholder Claims), Class 13 (Landlord Claims), Class 14 (Vendor/Supplier Claims), Class 15 (Retirement Plan Claims), Class 16 (Other Unsecured Claims), and Class 17 (Small Claims) (collectively, the "Voting Classes").

8.      On or about August 15, 2006 Logan mailed Solicitation Packages containing the appropriate ballots in accordance with the Solicitation Procedures Order. When mailing the Solicitation Packages, Logan affixed the correct postage and delivered the packages to the United States Post Office for delivery. The United States Post Office returned certain Solicitation Packages as undeliverable. To the extent the United States Post Office provided forwarding addresses, the Solicitation Packages were re-sent. An Affidavit of Service evidencing the service of the Solicitation Packages on the Voting Classes was filed with the Bankruptcy Court on September 13, 2006 (Docket Number 10888).

B.      Provisional Rule 3018 Ballots

9.      Under the Solicitation Procedures Order, the holders of claims that are designated as contingent, unliquidated, disputed or late filed were to be mailed a Notice of Disputed Claim Status informing them of the procedures for filing a Rule 3018 Motion, in lieu of a Ballot. Logan mailed the Notice of Disputed Claim Status to such holders as evidenced by the Affidavit of Service filed with the Bankruptcy Court on September 13, 2006 (Docket No. 10896).

10.      Twenty-seven Rule 3018 Motions were filed with the Court. Pursuant to the requirements of Paragraph 11 of the Solicitation Procedures Order, Logan issued provisional ballots to each Claimant who filed a Rule 3018 Motion. An Affidavit of Service evidencing the service of the provisional ballots upon each Claimant who filed a Rule 3018 Motion was filed with the Bankruptcy Court on October 4, 2006 (Docket No. 11627). A hearing to consider the Rule 3018 Motions was held on October 5, 2006, following which the Bankruptcy Court entered an order (Docket No. 11683) (the "Rule 3018 Order") in which it determined the extent, if any, to which Logan would be authorized to count the ballots received from such Claimants.

C.      Contingent Rejection Ballots

11.      Additionally, under the Solicitation Procedures Order, a party to an executory contract or unexpired lease that had not been assumed or rejected as of the Voting Deadline, but if rejected would potentially give rise to a rejection damage claim, was permitted to request a ballot from Logan and cast a contingent vote, which would be counted only if a motion to reject such lease was filed before the date of the Confirmation Hearing. Logan

3

received approximately 12 requests for contingent rejection ballots. Logan mailed a provisional ballot to each requesting party.

D.       Claim Reduction for Voting Purposes.

12.      Pursuant to paragraph 12 of the Solicitation Procedures Order, the Court entered an order dated October 12, 2006 directing Logan to count the ballot of Mr. and Mrs. Sell in the amount of $1,042,851.41 (the "Sell Order") (Docket Number 11846).

## TABULATION PROCEDURES

13.      As voting tabulation agent, Logan adhered to the following procedures when handling Ballots: Logan (a) opened the envelopes, (b) removed and date and time stamped each Ballot, (c) inspected the Ballots to determine compliance with the Solicitation Procedures Order, (d) divided the ballots into groups of approximately twenty-five (25), (e) assigned each group a batch number ("Batch Number"), (f) sequentially numbered "1" through "25" Ballots assigned to each batch ("Sequence Number"), and (g) entered into the voting tabulation portion of the Claims Database the date received, Batch Number, Sequence Number, and whether the Ballots indicated an acceptance or a rejection of the Plan.

14.      In accordance with the Solicitation Procedures Order, to the extent that a creditor previously submitted a Ballot, the subsequent Ballot was stapled to the prior Ballot(s) submitted by that creditor and the Claims Database was modified to reflect the last timely received Ballot from such creditor.

15.      To the extent a creditor submitted a ballot that was issued in response to a Rule 3018 Motion, Logan counted such ballot to the extent permitted by the Rule 3018 Order. As to the ballots received in connection with requests pursuant to paragraph 16 of the Solicitation Procedures Order, Logan counted only one ballot because only one ballot related to a contract/lease that had been rejected. Based upon information and belief, the other ballots relate to contracts that have been assumed or are the subject of a pending assumption motion. Lastly, Logan complied with the Sell Order.

16.      Logan then tabulated the votes on the Plan in accordance with the terms and provisions of the tabulation rules in the Solicitation Procedures Order and the Bankruptcy Court-approved instructions on each Ballot. Logan audited the tabulation of Ballots on a daily basis in accordance with its standard practice and performed a final audit following the Voting Deadline.

## VOTE TABULATION

17.      The results of the tabulation of the properly executed and timely Ballots for Classes 7, 8, 9, 12, 13, 14, 15, 16 and 17 are as follows:

|  | Accepting | Rejecting |
|---|---|---|

4

| | No. Holders | Amount Held | No. Holders | Amount Held |
|---|---|---|---|---|
| Class 7 – AmSouth Bank Collateralized Letter of Credit Claim | 1 | $17,000,000.00 | 0 | $0.00 |
| Class 8 – Thrivent Lutherans Leasehold Mortgage Claim | 1 | $656,580.22 | 0 | $0.00 |
| Class 9 – NCR Purchase Money Security Interest Claim | 1 | $3,641,608.77 | 0 | $0.00 |
| Class 12 – Noteholder Claims | 1,413 | $184,163,500.00 | 26 | $998,000.00 |
| Class 13 – Landlord Claims | 324 | $180,965,273.11 | 97 | $38,484,198.62 |
| Class 14 – Vendor/Supplier Claims | 1,150 | $164,054,720.22 | 89 | $5,520,459.98 |
| Class 15 – Retirement Plan Claims | 809 | $84,271,658.77 | 32 | $2,193,838.27 |
| Class 16 – Other Unsecured Claims | 147 | $8,582,188.10 | 42 | $1,124.333.89 |
| Class 17 – Small Claims | 1,030 | $946,373.45 | 78 | $84,620.29 |

18.    The results of the tabulation of the properly executed and timely Ballots for Classes 7, 8, 9, 12, 13, 14, 15, 16 and 17, excluding insiders[3] (as that term is defined in section 101(31) of the Bankruptcy Code), are as follows:

| Class | Accepting | | Rejecting | |
|---|---|---|---|---|
| | No. Holders | Amount Held | No. Holders | Amount Held |
| Class 7 – AmSouth Bank Collateralized Letter of Credit Claim | 1 | $17,000,000.00 | 0 | $0.00 |
| Class 8 – Thrivent Lutherans Leasehold Mortgage Claim | 1 | $656,580.22 | 0 | $0.00 |
| Class 9 – NCR Purchase Money Security Interest Claim | 1 | $3,641,608.77 | 0 | $0.00 |
| Class 12 – Noteholder Claims | 1,413 | $184,163,500.00 | 26 | $998,000.00 |
| Class 13 – Landlord Claims | 324 | $180,965,273.11 | 97 | $38,484,198.62 |
| Class 14 – Vendor/Supplier Claims | 1,150 | $164,054,720.22 | 89 | $5,520,459.98 |
| Class 15 -- Retirement Plan Claims | 779 | $79,373,519.65 | 32 | $2,193,838.27 |

[3]    The identification of insiders is based upon the information contained in the Debtors' Schedules of Assets and Liabilities, as amended.  Although this schedule reflects the exclusion of insiders for Classes 7, 8, 9, 13, 14, 15, 16 and 17, Logan is unable to determine the exclusion of insiders for Class 12, because all of the ballots returned in such Class were master ballots that included account number designations rather than individually named beneficial holders.

| Class | Accepting | | Rejecting | |
|---|---|---|---|---|
| | No. Holders | Amount Held | No. Holders | Amount Held |
| Class 16 – Other Unsecured Claims | 138 | $5,017,348.34 | 42 | $1,124,333.89 |
| Class 17 – Small Claims | 1,023 | $934,226.51 | 78 | $84,620.29 |

19.    Based on the tabulation results, with the exception of certain sub-Classes within Class 10 and Class 11 which have not accepted the Plan, Classes 7, 8, 9, 12, 13, 14, 15, 16 and 17 have accepted the Plan in the following percentages:

| Class | Percentage Accepting | | Percentage Accepting Excluding Insiders | |
|---|---|---|---|---|
| | No. Holders (must be more than one-half) | Amount Held (must be at least two-thirds) | No. Holders (must be more than one-half) | Amount Held (must be at least two-thirds) |
| Class 7 – AmSouth Bank Collateralized Letter of Credit Claim | 100% | 100% | 100% | 100% |
| Class 8 – Thrivent Lutherans Leasehold Mortgage Claim | 100% | 100% | 100% | 100% |
| Class 9 – NCR Purchase Money Security Interest Claim | 100% | 100% | 100% | 100% |
| Class 12 – Noteholder Claims | 98.19% | 99.46% | 98.19% | 99.46% |
| Class 13 – Landlord Claims | 76.96% | 82.46% | 76.96% | 82.46% |
| Class 14 – Vendor/Supplier Claims | 92.82% | 96.74% | 92.82% | 96.74% |
| Class 15 – Retirement Plan Claims | 96.20% | 97.46 | 96.05% | 97.31% |
| Class 16 – Other Unsecured Claims | 77.78% | 88.42% | 76.67% | 81.69% |
| Class 17 – Small Claims | 92.96% | 91.79% | 92.92% | 91.69% |

20.    Because the Plan provides that Class 10 and Class 11 each consists of separate sub-Classes for each Secured Tax Claim and Other Secured Claim against any of the Debtors, Logan did not include a tabulation for Class 10 and Class 11 in the aforementioned schedules. A schedule of the tabulation for the Class 10 ballots and Class 11 ballots received is attached as Exhibit A.

21.    A schedule of the Ballots not counted pursuant to the rules established in the Disclosure Statement Order is attached as Exhibit B.

22.     I certify that Logan retains the voted ballots and upon request of the Court, the Debtors, or the Office of the U.S. Trustee, copies of such ballots shall be provided. I further certify that the above summary report is an accurate summary of all voting classes and all ballots voted within such classes by holders of allowed claims and that this summary complies with Local Rule 3018-1(a).

I declare under penalty of perjury that the foregoing is true and correct.


Dated:          October 12, 2006
                Upper Montclair, New Jersey


                                        Kathleen M. Logan, President
                                        Logan & Company, Inc.


7

# EXHIBIT A

**EXHIBIT A**

## CLASS 10 – SECURED TAX CLAIMS

| NAME | AMOUNT | ACCEPT/REJECT |
|---|---|---|
| CITY OF HAMPTON, TREASURER | 21,127.68 | REJECT |
| CITY OF HILLVIEW | 3,886.77 | REJECT |
| CITY OF SHELBYVILLE, KY | 5,716.04 | REJECT |
| COUNTY OF BREVARD | 95.93 | REJECT |
| COUNTY OF BULLOCH TAX COMMISSIONER | 10,833.77 | REJECT |
| COUNTY OF CRAVEN TAX COLLECTN DEPT | 3,939.06 | ACCEPT |
| COUNTY OF DEKALB TAX COMMISSION, GA | 52,372.00 | ACCEPT |
| COUNTY OF HAMILTON TRUSTEE | 15,431.00 | REJECT |
| COUNTY OF MIAMI DADE, FL TAX COLL | 39,951.54 | REJECT |
| COUNTY OF TIFT TAX COMMISSIONER | 6,971.54 | ACCEPT |
| FLORIDA TAX COLLECTORS | 68,455,687.93 | REJECT |
| INTERNAL REVENUE SERVICE | 3,162,640.97 | REJECT |
| PARISH OF IBERIA, LA  SHERIFF | 11,982.22 | ACCEPT |

## CLASS 11 - OTHER SECURED CLAIMS

| NAME | AMOUNT | ACCEPT/REJECT |
|---|---|---|
| CITY OF ROCK HILL | 400.00 | ACCEPT |
| ESROG REALTY LLC | 10,307.96 | ACCEPT |
| FIRST FEDERAL BANK FOR SAVINGS | 440.84 | ACCEPT |
| HALL, WILLIAM H | 10,346.86 | ACCEPT |
| HUSSMANN CORPORATION | 213,215.61 | ACCEPT |
| INCOMM AKA INTERACTIVE COMM INT'L | 52,000.00 | REJECT |
| INGRAM, LINDA & CALVIN | 249.08 | ACCEPT |
| SMITH, TROVOUS A | 406.79 | ACCEPT |
| WEINACKER'S SHOPPING CENTER LLC | 44,367.15 | ACCEPT |
| WORLD OF SLEEP OUTLETS, LLC | 15,125.01 | ACCEPT |

# EXHIBIT B

**EXHIBIT B**

| Original Vendor | Amount | Accept/Reject | Reason | Plan Class |
|---|---|---|---|---|
| A DAVIS ENTERPRISE INC | 245.31 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 17 - SMALL CLAIMS |
| AAMSTRAND ROPES & TWINE | 2,812.50 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| AARO LABELS | 16,752.72 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| ABBYLAND FOODS, INC | 317,320.09 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| ACCUMED | 4,955.52 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| ADAM'S MARK HOTEL (JACKSONVILLE) | 10,372.17 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| ADVANCED FOOD PRODUCTS LLC | 25,412.42 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| AIRGAS CARBONICS | 46,364.13 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| ALDERSHOT OF N MEX INC | 32,727.20 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| ALL COUNTY LOCKSMITH INC DBA | 105.00 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 17 - SMALL CLAIMS |
| ALL COUNTY LOCKSMITH INC DBA | 1,585.55 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 17 - SMALL CLAIMS |
| ALLEGRO MFG INC | 5,030.85 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| ALLSHARP | 12,999.93 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| ALTAVISTA JOURNAL | 2,937.72 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| AMERICAN FOODS GROUP | 54,762.64 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| AMERICAN POPCORN COMPANY | 16,587.74 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| AMERIPLUS INC | 16,384.07 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| AMERIPRIDE LINEN & APPAREL SERVICES | 5,975.53 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| ANCHOR FROZEN FOODS CORP | 7,599.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| ANDY WALLS/CONTRACTORS | 3,560.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| APJ MEATS | 22,222.37 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| ASHLAND INCORPORATED | 4,740.00 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| AT PATTON & CO INC | 63,921.21 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| ATKINSONS MILLING CO | 2,451.12 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| ATLANTA FOODS INTERNATIONAL | 39,610.20 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| ATLANTIC DOMINION DISTRIBUTORS | 4,806.76 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| AZTECA FOODS, INC | 65,178.18 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| BALLOONS INC | 149,180.26 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| BARTLETT, GEORGE A JR | 7,491.00 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 15 - RETIREMENT PLAN CLAIMS |
| BENGAL PRODUCTS INC | 5,570.33 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| BEST ACCESS SYSTEMS | 7,888.05 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| BIG SHOW FOODS INC | 6,309.10 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| BINGO BAKERY INC | 11,780.41 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| BINSWANGER GLASS | 5,434.05 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| BIRMINGHAM REALTY COMPANY | 1,259,503.96 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 13 - LANDLORD CLAIMS |
| BLACK, WILLIS V | 102,246.00 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 15 - RETIREMENT PLAN CLAIMS |
| BLAINE LAKE, LLC | | ACCEPT | UNKNOWN VOTER | CLASS 13 - LANDLORD CLAIMS |
| BLAIREX LABORATORIES, INC | 9,664.89 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| BLANC INDUSTRIES | 73,188.19 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| BLANC INDUSTRIES | 2,244.73 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| BOCA INDUSTRIES INC | 10,600.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| BOTTOMS, TERRI L | 114335 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 15 - RETIREMENT PLAN CLAIMS |
| BOWDOIN SQUARE, LLC | 400,000.00 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 13 - LANDLORD CLAIMS |
| BUFFALOE MILLING COMPANY | 3,444.53 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| BUNIATIAN, BENJAMIN K | 10,000.00 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 16 - OTHER UNSECURED CLAIMS |

**EXHIBIT B**

| Original Vendor | Amount | Accept/Reject | Reason | Plan Class |
|---|---|---|---|---|
| BUSSING, RAYMOND J | 2,911.08 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 17 - SMALL CLAIMS |
| BYERLY PUBLICATIONS INC | 4,355.47 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| CABOT CREAMERY COOPERATIVE INC | 16,460.64 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| CAPITAL VOLVO TRUCK & TRAILER | 2,605.69 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| CARNISE INC | 950.88 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| CARTMASTERS | 548.98 | REJECT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| CASSELSQUARE, LLC | 291502.98 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 13 - LANDLORD CLAIMS |
| CASTILLO, FATIMA G | 35,413.78 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 15 - RETIREMENT PLAN CLAIMS |
| CATAMOUNT ATLANTA, LLC, ASSIGNEE | 265,534.69 | ACCEPT | DUPLICATE, AMENDED AND GUARANTY CLAIMS | CLASS - UNASSIGNED |
| CATAMOUNT LS-KY, LLC, ASSIGNEE | 725,894.53 | ACCEPT | DUPLICATE, AMENDED AND GUARANTY CLAIMS | CLASS - UNASSIGNED |
| CATAMOUNT ROCKINGHAM, LLC, ASSIGNEE | 315,362.83 | ACCEPT | DUPLICATE, AMENDED AND GUARANTY CLAIMS | CLASS - UNASSIGNED |
| CAULEY, DONNIE B | 11078 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 15 - RETIREMENT PLAN CLAIMS |
| CECIL THARP PLUMBING | 114.93 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 17 - SMALL CLAIMS |
| CECIL THARP PLUMBING | 196.33 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 17 - SMALL CLAIMS |
| CHARLOTTE CITY VIEW LP DBA | 426580.31 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 13 - LANDLORD CLAIMS |
| CHEF MERITO INC | 5,329.59 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| CHICKEN OF THE SEA INTERNATIONAL | 89,252.49 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| CHLOE FOODS CORP | 72,391.89 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| CITY OF DEERFIELD BEACH, FL | 10,946.51 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| CITY OF FAYETTEVILLE PUBLIC WORKS | 86,652.60 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| CITY OF FAYETTEVILLE PUBLIC WORKS | 72,033.29 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| CITY OF KINSTON | 13,723.28 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| CITY OF MERIDIAN | 610.27 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 17 - SMALL CLAIMS |
| CITY OF RIVIERA BEACH | 2,731.58 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| CITYVIEW LLC | 3813.9 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIERS |
| CKS PACKAGING INC | 11,502.41 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| CMT MANUFACTURING | 8,957.50 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| COBURG DAIRY INC | 69,933.58 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| COMBINED LAND CO INC | 8,084.84 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 16 - OTHER UNSECURED CLAIMS |
| COMMERCIAL DISPATCH | 11,757.40 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| COMMONWEALTH OF KENTUCKY REV DEPT | $0.00 | REJECT | SEE ORDER DATED OCTOBER 6, 2006, DOCKET NO. 11683 | CLASS 10 - 3018 PROVISIONAL SECURED TAX CLAIMS |
| COMPASS FOODS | 251,081.22 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| CONSOLIDATED CONTAINER COMPANY LLC | 6,019.75 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| CONSOLIDATED CONTAINER COMPANY LLC | 374,931.42 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| CONSOLIDATED CONTAINER COMPANY LLC | 20,452.20 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| CONSTAR INTERNATIONAL | 213,158.34 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| CONTRACT FLOORING DESIGN | 6,054.62 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| CONVERGED COMMUNICATIONS | 995.88 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 17 - SMALL CLAIMS |
| CONWOOD SALES CO, LP | 54,156.25 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| CORESTAFF STAFFING SERVICES | 13,320.64 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| COTE, RENE | 45063 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 15 - RETIREMENT PLAN CLAIMS |
| COUNTRY INN & SUITES | 2,640.33 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| COUNTY OF CRISP POWER COMMISSION | 12,767.18 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| COUNTY OF HILLSBOROUGH, FL | 282.00 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 17 - SMALL CLAIMS |
| COUNTY OF MUSCOGEE TAX COMMISSIONER | $152,825.00 | REJECT | SEE ORDER DATED OCTOBER 6, 2006, DOCKET NO. 11682 | CLASS 10 - 3018 PROVISIONAL SECURED TAX CLAIMS |

**EXHIBIT B**

| Original Vendor | Amount | Accept/Reject | Reason | Plan Class |
|---|---|---|---|---|
| COURIER JOURNAL, INC | 17,567.43 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| CRADDOCK, JAMES COY | 129,681.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 15 - RETIREMENT PLAN CLAIMS |
| CROFTON & SONS | 137,743.55 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| DADE ENGINEERING CORP | 2,507.61 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| DAILY EQUIPMENT COMPANY | 10,896.92 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| DAILY IBERIAN, THE | 11,571.82 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| DAILY IBERIAN, THE | 212.51 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 17 - SMALL CLAIMS |
| DAIRY FRESH OF ALABAMA, LLC | 126,314.68 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| DANVILLE REGISTER & BEE | 9,257.31 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| DATA LINK SYSTEMS & SERVICES | 8,359.24 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| DC SPECIALIST INC | 3,165.93 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| DELRAY PLANTS INC | 2,591.41 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| DENMARK, LAWRENCE J | 40,105.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 15 - RETIREMENT PLAN CLAIMS |
| DESOTO MEMORIAL HOSPITAL | 128.00 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 17 - SMALL CLAIMS |
| DMH PRIMARY CARE CLINICS | 515.00 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 17 - SMALL CLAIMS |
| DOLPHIN PRODUCTS INC | 11,375.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| DORSON SPORTS INC | 13,873.77 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| DOUBLE D MEAT | 27,032.97 | REJECT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| DOUSSAN GAS AND SUPPLY LLC | 21,566.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| DOVER CONE | 28,192.30 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| DOWNES, DAN | 121,171.03 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 15 - RETIREMENT PLAN CLAIMS |
| DOWNES, DAN J | 29,048.85 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 15 - RETIREMENT PLAN CLAIMS |
| DR GH TICHENOR ANTISEPTIC CO | 4,374.55 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| DUTCH PACKING COMPANY | 30,412.80 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| DYNAMIC SCAN INC | 22,882.86 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| E&B GIFTWARE, LLC | 69,275.17 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| EAGLE MOTOR FREIGHT | 4,661.37 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| EAST POINT CYCLE & KEY, INC | 25,513.89 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| EASTMAN KODAK COMPANY | 114,281.25 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| EDWARDS, BOBBIE | 0.00 | REJECT | OBJECTION PENDING WITH COURT | CLASS - UNASSIGNED |
| ELITE RESOURCES INC | 5,365.54 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| EXPERT COMMUNICATIONS INC | 6,300.35 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| FAIRWAY FORMS & PRINTING | 39,032.79 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| FANTASIA ACCESSORIES LTD | 2,971.08 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| FARM FRESH FOOD SUPPLIER INC | 10,001.09 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| FAUNI, ELISEO VIRAY | 20000 | REJECT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 16 - OTHER UNSECURED CLAIMS |
| FEDERAL FISHERIES, INC | 26,520.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| FEDERICO, VINCENT | 126,600.00 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 15 - RETIREMENT PLAN CLAIMS |
| FLICK, DOUGLAS D | 49,139.00 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 15 - RETIREMENT PLAN CLAIMS |
| FLORI DESIGN | 24,767.30 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| FRAZIER & GARDNER ELECTRIC CO INC | 371.93 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| FRAZIER & GARDNER ELECTRIC CO INC | 424.38 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| FRAZIER & GARDNER ELECTRIC CO INC | 203.13 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| FRAZIER & GARDNER ELECTRIC CO INC | 159.16 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| FRAZIER & GARDNER ELECTRIC CO INC | 402.53 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |

**EXHIBIT B**

| Original Vendor | Amount | Accept/Reject | Reason | Plan Class |
|---|---|---|---|---|
| FRAZIER & GARDNER ELECTRIC CO INC | 245.33 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| FRAZIER & GARDNER ELECTRIC CO INC | 251.53 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| FRAZIER & GARDNER ELECTRIC CO INC | 269.84 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| FRAZIER & GARDNER ELECTRIC CO INC | 202.82 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| FRAZIER & GARDNER ELECTRIC CO INC | 262.33 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| FRAZIER & GARDNER ELECTRIC CO INC | 371.92 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| FRAZIER & GARDNER ELECTRIC CO INC | 172.14 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| FRAZIER & GARDNER ELECTRIC CO INC | 248.39 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| FRAZIER & GARDNER ELECTRIC CO INC | 223.70 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| FRAZIER & GARDNER ELECTRIC CO INC | 839.84 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| FRAZIER & GARDNER ELECTRIC CO INC | 317.54 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| FRAZIER & GARDNER ELECTRIC CO INC | 241.52 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| FRAZIER & GARDNER ELECTRIC CO INC | 234.47 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| FREMONT BEEF CO | 44,072.10 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| FRENCH, DONNA | 0.00 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | OBJECTION PENDING W/ COURT - NO AMT DUE |
| FUTURISTIC FOODS INC | 318,566.40 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| GAFFNEY LEDGER INC | 2,340.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| GALILEO CMBSTI HL TX LP | 353,003.55 | ACCEPT | UNKNOWN VOTER | CLASS 13 - LANDLORD CLAIMS |
| GALILEO CMBSTI HL TX LP | 793,230.00 | ACCEPT | UNKNOWN VOTER | CLASS 13 - LANDLORD CLAIMS |
| GARCIA, AMERICA ORTEGA & ALBERT | 75,000.00 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 16 - OTHER UNSECURED CLAIMS |
| GAROFALO, NATALE | 104,458.00 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 15 - RETIREMENT PLAN CLAIMS |
| GATOR FINER FOODS INC & COMMERCIAL | 16,691.01 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| GENE HYDE LOGISTICS INC | 4,033.18 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| GEOSCIENCE ENGINEERS, LLC | 5,229.20 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| GLOBAL EQUIPMENT SERVICES | 80,464.81 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| GLOBAL EQUIPMENT SERVICES | 9,698.39 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| GO, WAH HONG | $0.00 | REJECT | SEE ORDER DATED OCTOBER 6, 2006, DOCKET NO. 11683 | CLASS 16 - 3018 PROVISIONAL OTHER UNSECURED CLS |
| GOLD DOLLAR PRODUCTS INC | 3,272.80 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| GOLDEN GATE | $350,000.00 | ACCEPT | NO VOTE -- CONTRACT IS BEING ASSUMED | CLASS 13 - CONTINGENT BALLOT - ASSUMED CONTRACTS |
| GRANT FRUIT PROCESSING | 2,071.51 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| GRE PROPERTIES, LLC | 22,071.01 | ACCEPT | DUPLICATE, AMENDED AND GUARANTY CLAIMS | CLASS - UNASSIGNED |
| GREEN BAY DRESSED BEEF | 242,363.90 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| GRISSOM, JOHN | 175,000.00 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 15 - RETIREMENT PLAN CLAIMS |
| GRUNSKIS LLC | 9,044.34 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| HAMPTON INN WOODRUFF | 5,984.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| HART TRANSPORTATION INC | 2,832.43 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| HESS, THOMAS W | 17,980.12 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 15 - RETIREMENT PLAN CLAIMS |
| HICKORY FARMS | 54,499.50 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| HIMMEL NUTRITION | 47,180.40 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| HO TUGWELL CO | 30,620.09 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| HOBE SOUND | $503,120.00 | ACCEPT | NO VOTE -- CONTRACT IS BEING ASSUMED | CLASS 13 - CONTINGENT BALLOT - ASSUMED CONTRACTS |
| HOLDER, GEORGE T JR | 64,620.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 15 - RETIREMENT PLAN CLAIMS |
| HOLDER, GEORGE T JR | 7,772.68 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 15 - RETIREMENT PLAN CLAIMS |
| HOWLAND, DONALD W | 93,467.00 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 15 - RETIREMENT PLAN CLAIMS |
| HUNT, SCOTT B | 137,067.00 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 15 - RETIREMENT PLAN CLAIMS |

**EXHIBIT B**

| Original Vendor | Amount | Accept/Reject | Reason | Plan Class |
|---|---|---|---|---|
| IMAGING TECHNOLOGIES | 16,398.64 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| INDIAN RIVER TRANSPORT | 4,872.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| INTEPLAST GROUP LTD | 104,511.49 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| INTERSTATE PROMOTIONS INC | 70,072.26 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| INTERSTATE PROMOTIONS INC | 102,647.42 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| INTERSTATE PROMOTIONS INC | 56,321.88 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| INTERSTATE SIGN CO, INC | 4,381.09 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| ISLANDER NEWS | 2,070.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| J&J TOWING, INC | 133.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| J&J TOWING, INC | 341.50 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| J&J TOWING, INC | 474.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| J&J TOWING, INC | 456.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| J&J TOWING, INC | 233.50 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| J&J TOWING, INC | 940.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| J&J TOWING, INC | 267.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| JACKSON, CHARLES V | 138,579.00 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 15 - RETIREMENT PLAN CLAIMS |
| JENKINS | 5,765.76 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| JENKINS FOODS INC | 4,130.55 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| JONES, DIANE Y | 0.00 | ACCEPT | OBJECTION PENDING WITH COURT | CLASS - UNASSIGNED |
| JONES, MURRAY | 105.90 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 17 - SMALL CLAIMS |
| KELLER CROSSING TEXAS, LP | 649,639.03 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 13 - LANDLORD CLAIMS |
| KESSLER REFRIGERATION | 2,085.07 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| KORGE & KORGE | 1,250.00 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 17 - SMALL CLAIMS |
| KRISPY KREME | 84,881.68 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| KRISPY KREME | 66,214.06 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| KRISPY KREME | 14,568.94 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| KRISPY KREME | 4,440.77 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| KRISPY KREME DONUT CO | 39,493.67 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| KRISPY KREME DONUT CO | 4,021.71 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| KRISPY KREME DOUGHNUT CO | 4,354.02 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| KRISPY KREME DOUGHNUTS | 48,929.38 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| KRISPY KREME DOUGHNUTS | 44,527.06 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| LA SEGUNDA | 3,688.05 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| LAIDLAW CORPORATION | 5,235.35 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| LAKESHORE INC USA | 224,816.07 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| LAKESIDE FOODS, INC | 78309.23 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIERS |
| LAKEVIEW FARMS INC | 6,481.58 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| LAND DEVELOPMENT ANALYSIS INC | 2,500.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| LAND O FROST INC | 123,349.75 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| LAND, RONALD H | 77,066.00 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 15 - RETIREMENT PLAN CLAIMS |
| LANDRY, IRVIN L | 71,660.24 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 15 - RETIREMENT PLAN CLAIMS |
| LATINO INTERNATIONAL NEWS INC | 3,900.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| LAURA'S LEAN BEEF | 2,736.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| LEESBURG BANSAL, LLC | 15878.18 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 13 - LANDLORD CLAIMS |
| LEGERME, MULHOUSE | 15,000.00 | REJECT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 16 - OTHER UNSECURED CLAIMS |

**EXHIBIT B**

| Original Vendor | Amount | Accept/Reject | Reason | Plan Class |
|---|---|---|---|---|
| LIBMAN COMPANY, THE | 100,722.11 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| LINSEY FOOD LTD | 9,239.54 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| LOGO CHAIR DBA LOGO INC | 7,772.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| LONG BEVERAGE INC | 8,247.37 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| LUTGENS, DAVID | 2,064.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| LW JOG SC, LTD | $216,500.00 | ACCEPT | NO VOTE -- CONTRACT IS BEING ASSUMED | CLASS 13 - CONTINGENT BALLOT - ASSUMED CONTRACTS |
| M&N FOOD PRODUCTS | 3,270.20 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| MACK LLC DBA KRISPY KREME | 213,771.63 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| MAGNOLIA BEVERAGE | 2,698.22 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| MALISH CORPORATION, THE | 15,107.72 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| MANE | 7,345.43 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| MANINT, HORACE I JR | 114174 | REJECT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 15 - RETIREMENT PLAN CLAIMS |
| MAPLE LEAF FARMS INC | 29,468.40 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| MARATHON ENTERPRISES INC | 49,120.40 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| MARATHON GARBAGE SERVICE | 3,038.08 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| MARION SIGNS & LIGHTING INC | 2,357.93 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| MARKET AT BYRAM LLC, THE | 268,640.36 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 13 - LANDLORD CLAIMS |
| MARKET LOGISTICS | 79,600.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| MARTIN, JAMES BRUCE | 67676 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 15 - RETIREMENT PLAN CLAIMS |
| MARTIN, THOMAS N | 73,120.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 15 - RETIREMENT PLAN CLAIMS |
| MATADOR DIST | 8,224.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| MATTERN WHOLESALE FLORISTS | 10,268.38 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| MAXFIELD CANDY INC | 18,269.18 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| MEDIA GENERAL ALABAMA | 23,147.85 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| MEDIA GENERAL NC COMMUNITY NEWS | 31,982.42 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| MEDSOURCE DIRECT | 94,057.04 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| MERCHSOURCE, LLC | 253,654.26 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| MERRILL LYNCH HOLDINGS | 1,312,988.29 | REJECT | PURCHASED AFTER RECORD DATE | CLASS 13 - LANDLORD CLAIMS |
| MERRILL LYNCH LP HOLDINGS, INC | 8,421,391.99 | REJECT | DUPLICATE, AMENDED AND GUARANTY CLAIMS | CLASS - UNASSIGNED |
| MERRILL LYNCH PIERCE FENNER & SMITH | 8,421,391.99 | REJECT | DUPLICATE, AMENDED AND GUARANTY CLAIMS | CLASS - UNASSIGNED |
| MERRILL LYNCH PIERCE FENNER & SMITH | 717,829.00 | REJECT | DUPLICATE, AMENDED AND GUARANTY CLAIMS | CLASS - UNASSIGNED |
| MERRILL LYNCH PIERCE FENNER & SMITH | 1,145,741.28 | REJECT | DUPLICATE, AMENDED AND GUARANTY CLAIMS | CLASS - UNASSIGNED |
| METAL FABRICATORS OF JAX INC | 6,785.41 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| METAL FABRICATORS OF JAX INC | 231.12 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| MFI | 51,717.87 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| MILK PRODUCTS LP | 123,008.65 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| MILOS TEA COMPANY INC | 76,209.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| MITCHCO & ASSOCIATES | 18931.11 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIERS |
| MITCHELL, DAWN | 10,500.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 16 - OTHER UNSECURED CLAIMS |
| MITCHELL, WILLIAM | 3500 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 16 - OTHER UNSECURED CLAIMS |
| MORENE, SAUNDRA R | 146884.21 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 15 - RETIREMENT PLAN CLAIMS |
| MORNING NEWS | 25,890.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| MORRIS, JACKLYN | 15,000.00 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 16 - OTHER UNSECURED CLAIMS |
| MOSBY PACKING CO, INC | 119,592.82 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| MOTHER MURPHY'S LABS INC | 1,948.05 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 17 - SMALL CLAIMS |

**EXHIBIT B**

| Original Vendor | Amount | Accept/Reject | Reason | Plan Class |
|---|---|---|---|---|
| MOTT'S, LLP | 324,901.00 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| MOYER, JO ANN | 19,000.00 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 16 - OTHER UNSECURED CLAIMS |
| MSI INVENTORY SERVICE CORP | 31,241.08 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| MULTIPLAST SYSTEMS INC | 30,829.10 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| MUNCHKIN INC | 73,002.01 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| MUTUAL DISTRIBUTING CO | 5,719.68 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| NATURALLY FRESH, INC | 59,313.10 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| NEW ERA CANNING COMPANY | 27,515.31 | N/A | BALLOT RECEIVED AFTER VOTING DEADLINE - NO VOTE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| NEW PLAN EXCEL REALTY TRUST INC TA | 39,475.81 | ACCEPT | OBJECTION PENDING WITH COURT | CLASS - UNASSIGNED |
| NEWS & ADVANCE, THE | 10,780.57 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| NLFC 1998-2 STALLINGS RETAIL, LLC | 297,429.03 | ACCEPT | DUPLICATE, AMENDED AND GUARANTY CLAIMS | CLASS - UNASSIGNED |
| NU-TEC ROOFING CONTRACTORS, INC | 6,316.92 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| NUTRASWEET COMPANY, THE | 14,832.57 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| OMNI CART SERVICES INC | 18,837.91 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| ORACLE PACKAGING INC | 143,769.60 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| OWENS, TONY LEE | 110916 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 15 - RETIREMENT PLAN CLAIMS |
| PACIFIC COAST PRODUCERS | 195,236.71 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| PALLET CONSULTANTS | 2,650.53 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| PARISH OF JEFFERSON WATER DEPT | 4532.67 | REJECT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIERS |
| PARTS WASHER SERVICES | 3,205.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| PASKERT DISTRIBUTING CO | 816,953.20 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| PAVIT COMPLEX INC | 19,052.04 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 13 - LANDLORD CLAIMS |
| PENATE, ACIEL (MINOR) | 10,000.00 | REJECT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 16 - OTHER UNSECURED CLAIMS |
| PENATE, ARIEL (MINOR) | 10,000.00 | REJECT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 16 - OTHER UNSECURED CLAIMS |
| PEPSI BOTTLING GROUP | 5,213,820.75 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| PERFORMANCE POWER SWEEP | 3,317.75 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| PINAR | $240,000.00 | ACCEPT | NO VOTE -- CONTRACT IS BEING ASSUMED | CLASS 13 - CONTINGENT BALLOT - ASSUMED CONTRACTS |
| PRESTIGE INT'L DIST & MFG INC | 3,969.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| PRESTIGE INT'L DIST & MFG INC | 4,410.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| PROTECTIVE LIFE INSURANCE CO | 629,831.25 | ACCEPT | DUPLICATE, AMENDED AND GUARANTY CLAIMS | CLASS - UNASSIGNED |
| QUALITY SALES, INC | 2,154.49 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| QUALITY SPRINKLER CO INC | 2,625.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| QUICKWAY LOGISTICS, INC | 230,250.82 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| R&R SHEET METAL, INC | 8,484.06 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| RACE COM | 2,081.88 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| RED DIAMOND, INC | 62,259.32 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| REDDWERKS CORPORATION | 3,717.69 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| REDOX BRANDS, INC | 4,304.16 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| REFRIGIWEAR INC | 2,862.70 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| RETAIL DATA LLC | 67,592.88 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| RICHARDS CAJUN FOODS | 32,798.51 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| RICHARDSON, ROBERT G | 7789 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 15 - RETIREMENT PLAN CLAIMS |
| RICHMOND TIMES DISPATCH | 191,626.96 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| RIDER, CARLETON T | 5,756.65 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 16 - OTHER UNSECURED CLAIMS |
| RINALDI PRINTING COMPANY | 11,170.64 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |

**EXHIBIT B**

| Original Vendor | Amount | Accept/Reject | Reason | Plan Class |
|---|---|---|---|---|
| RING POWER CORPORATION | 8257.47 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIERS |
| RITE FOODS | 32,241.60 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| RLD DISTRIBUTOR CORP | 25,725.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| RODRIGUEZ, DIONISIO | 7,387.14 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 15 - RETIREMENT PLAN CLAIMS |
| ROTANIS PET PRODUCTS INC | 5,269.60 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| ROYAL CROWN BOTTLING | 3,050.55 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| RUDY'S CONFECTIONS, INC | 6,496.66 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| SACO FOODS INC | 15,833.81 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| SAFE HARBOR SEAFOOD | 1,107,304.97 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| SALISBURY POST | 12,501.86 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| SANTIAGO, MILAGROS | 10,000.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 16 - OTHER UNSECURED CLAIMS |
| SARRIA ENTERPRISES, INC | $7,524.17 | REJECT | NO VOTE -- CONTRACT IS BEING ASSUMED | CLASS 13 - CONTINGENT BALLOT - ASSUMED CONTRACTS |
| SARRIA ENTERPRISES, INC | $162,137.66 | REJECT | NO VOTE -- CONTRACT IS BEING ASSUMED | CLASS 13 - CONTINGENT BALLOT - ASSUMED CONTRACTS |
| SARRIA ENTERPRISES, INC | $30,792.88 | REJECT | NO VOTE -- CONTRACT IS BEING ASSUMED | CLASS 13 - CONTINGENT BALLOT - ASSUMED CONTRACTS |
| SARRIA ENTERPRISES, INC | $20,054.81 | REJECT | NO VOTE -- CONTRACT IS BEING ASSUMED | CLASS 13 - CONTINGENT BALLOT - ASSUMED CONTRACTS |
| SAVOIE'S SAUSAGE & FOOD PRODS, INC | 102,238.94 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| SCHAEFER, ROBERT W | 104378 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 15 - RETIREMENT PLAN CLAIMS |
| SCHAEFER, ROBERT W | 45786.83 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 15 - RETIREMENT PLAN CLAIMS |
| SCREWS, VIRGIL A | 139,883.00 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 15 - RETIREMENT PLAN CLAIMS |
| SCREWS, VIRGIL A | 85,299.47 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 15 - RETIREMENT PLAN CLAIMS |
| SEA SAFARI LTD | 88,743.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| SECURITY BY ACKERMAN SECURITY SYSTEMS | 10,042.54 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| SERVCO LLC | 22,505.42 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| SHANKS EXTRACTS INC | 33,901.54 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| SHARKEY, WILLIAM | 2,926.04 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| SHOOK, OPAL IRENE | 15,000.00 | REJECT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 16 - OTHER UNSECURED CLAIMS |
| SHUMATE REFRIGERATION SERVICES | 18398.44 | N/A | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIERS |
| SIMMONS CATFISH | 3,021.70 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| SK FOODS LP | 12,271.44 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| SOUTHEASTERN PROTECTION SERV | 36,365.50 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| SOUTHEASTERN PROTECTION SERV | 2,499.04 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| SOUTHEASTERN PROTECTION SERVICES INC | 4,014.75 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| SOUTHEASTERN PROTECTION SERVICES INC | 2,778.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| SOUTHERN EAGLE DIST | 2,710.06 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| ST JOHNS BEVERAGE CO | 121,670.35 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| STAR FOOD PRODUCTS | 36,681.24 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| STEVENS SAUSAGE COMPANY INC | 17,741.96 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| STONYFIELD FARM INC | 11,306.45 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| STUCKER, GERALD R | 182,140.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 15 - RETIREMENT PLAN CLAIMS |
| STUCKER, GERALD R | 7,825.24 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 15 - RETIREMENT PLAN CLAIMS |
| SUNCOAST PARKING LOT SERVICES INC | 3,000.11 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| SUPERIOR COMMERCIAL ROOFING | 88,587.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| SUPERIOR WASH | 6,850.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| SUPERIOR WELDING INC | 2,946.80 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| SW (RED) SMITH INC | 6,405.20 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |

**EXHIBIT B**

| Original Vendor | Amount | Accept/Reject | Reason | Plan Class |
|---|---|---|---|---|
| SWEET BLESSINGS | 44,794.02 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| SYLVANIA LIGHTING SERVICES CO | 234,653.88 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| SYLVANIA LIGHTING SERVICES CO | 796,884.72 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| SYLVANIA LIGHTING SERVICES CO | 435,450.34 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| TALLOWMASTERS LLC | 19,481.00 | REJECT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| TAMPA TRIBUNE, THE - CIR | 15,806.59 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| TAMPA TRIBUNE, THE DBA | 63,090.30 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| TAPPAN PROPERTIES, LP | 680,950.06 | ACCEPT | DUPLICATE, AMENDED AND GUARANTY CLAIMS | CLASS - UNASSIGNED |
| TARKE, NELSON | 160,155.00 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 15 - RETIREMENT PLAN CLAIMS |
| THOMPSON MEAT SUPPLY CO | 12,608.13 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| THOMPSON MEAT SUPPLY CO | 2,896.74 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| TIGER CROSSING GP | 6,795.80 | ACCEPT | DUPLICATE BALLOT | CLASS 13 - LANDLORD CLAIMS |
| TIP TOP POULTRY | 36,900.99 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| TOP DOG DISTRIBUTORS | 2,176.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| TOWN OF HILLIARD | 778.56 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| TRADER PUBLISHING CO | 4,617.98 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| TRI STATE EMPLOYMENT SERVICES INC | 3,385.99 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| TS MARGATE CO, LTD | $448,430.00 | ACCEPT | NO VOTE -- CONTRACT IS BEING ASSUMED | CLASS 13 - CONTINGENT BALLOT - ASSUMED CONTRACTS |
| TS PIERCE SC CO LTD | $303,200.00 | ACCEPT | NO VOTE -- CONTRACT IS BEING ASSUMED | CLASS 13 - CONTINGENT BALLOT - ASSUMED CONTRACTS |
| TULANE INDUSTRIAL LAUNDRY, INC | 3,352.66 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| TULY CORPORATION | 5,854.24 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| TW GARNER FOOD CO | 38,419.41 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| TWACOMM.COM | 411.48 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| TWACOMM.COM | 274.44 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| TWACOMM.COM | 2,563.24 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| TYCO PLASTICS | 43,355.42 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| TYJEWSKI, WILLIAM C | 66675 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 15 - RETIREMENT PLAN CLAIMS |
| TYNER, JERRY | 0.00 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | OBJECTION PENDING W/ COURT - NO AMT DUE |
| UNION FOODS | 63,677.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| UNION PARK | $129,200.00 | ACCEPT | NO VOTE -- CONTRACT IS BEING ASSUMED | CLASS 13 - CONTINGENT BALLOT - ASSUMED CONTRACTS |
| UNIQUE MEDIA INCORPORATED | 6,925.50 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| UNITED MECHANICAL CORPORATION | 9,520.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| UNITED REFRIGERATION INC | 19,100.95 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| UNITED REFRIGERATION INC | 9,553.82 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| UNITED REFRIGERATION INC | 2,649.14 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| UPPER CRUST, LTD | 116,493.01 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| UPPER CRUST, LTD | 38,144.19 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| UPSTATE HOOD CLEANING & FIRE | 12,114.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| US CAP SYSTEMS CORPORATION | 228,752.38 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| USA MOTOR EXPRESS INC | 43,114.45 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| VAN WINGERDEN INTERNATIONAL | 70,910.28 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| VARIETY FOODS INC | 9,600.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| VERON PROVISION CO INC | 38,677.71 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| VESTCOM NEW CENTURY LLC | 390.78 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 17 - SMALL CLAIMS |
| VM INTERNATIONAL | 110,731.78 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |

## EXHIBIT B

| Original Vendor | Amount | Accept/Reject | Reason | Plan Class |
|---|---|---|---|---|
| W/D LEXINGTON, LLC | 287,149.56 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 13 - LANDLORD CLAIMS |
| WACHOVIA BANK, TRUSTEE | 533,900.21 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 13 - LANDLORD CLAIMS |
| WALSH, DAVID T | 21115 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 15 - RETIREMENT PLAN CLAIMS |
| WARD ADHESIVES | 2,539.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 17 - SMALL CLAIMS |
| WAYCO HAM CO | 5,802.84 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| WELLS FARGO BANK NORTHWEST NA FKA | 1,535,287.00 | REJECT | DUPLICATE, AMENDED AND GUARANTY CLAIMS | CLASS - UNASSIGNED |
| WELLS FARGO BANK NORTHWEST NA FKA | 1,774,446.52 | REJECT | DUPLICATE, AMENDED AND GUARANTY CLAIMS | CLASS - UNASSIGNED |
| WEST TOWN CORNERS | 80,444.59 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 13 - STORES TO BE ASSUMED |
| WEST-TEK, INC | 24,426.42 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| WESTWOOD VILLAGE DEVELOPMENT CO | 200,000.00 | REJECT | UNKNOWN VOTER | CLASS 12 - NOTEHOLDER CLAIMS |
| WHITLEY, CHARLES W | 237623 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 15 - RETIREMENT PLAN CLAIMS |
| WILDCAT STRIPING & SEALING | 7,216.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| WINDWARD PARTNERS IV LP | 41,737.90 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 13 - LANDLORD CLAIMS |
| WINN, JESSE R JR | 77,350.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 15 - RETIREMENT PLAN CLAIMS |
| WINONA PACKING, INC | 12,437.40 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| YARBROUGH CORP | 8,725.83 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| YARBROUGH CORP | 24,898.68 | N/A | NO ACCEPT, REJECT AND/OR SIGNATURE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| ZAPP'S POTATO CHIPS | 58,906.35 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |
| ZILA PHARMACEUTICALS INC | 13,785.20 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE | CLASS 14 - VENDOR/SUPPLIER CLAIMS |