UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

|  |  |  |
|---|---|---|
| In Re: | ) | Case No. 05-03817-3F1 |
|  | ) |  |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |

-------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

    I, Maura Russell, hereby certify that on October 12, 2006, a true and correct copy of the *Notice of Transfer: Original Claimant: Liquidity Solutions, Inc., Transferee: SPCP Group, LLC,* in the above captioned proceeding was caused to be served to the parties identified in the annexed service list, via first class mail, in a postage paid envelope.

                                                    */s/ Maura Russell*
                                                    Maura Russell

Sworn to before me this
12th day of October, 2006

*/s/ Anthony Stumbo*
Anthony Stumbo
Notary Public, State of New York
No. 02ST6057531
Qualified in Kings County
Commission Expires: April 16, 2007

{00199229.DOC;}

# SERVICE LIST

**Liquidity Solutions, Inc.**

One University Plaza, Suite 312

Hackensack, NJ 07601

**Bowdoin Square LLC**
**c/o Bradley Arant Rose & White LLP**
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2120

**Skadden Arps Slate Meagher & Flom, LLP**
Four Times Square
New York, NY 10036
Attn: Adam Ravin, ESQ.

**Winn-Dixie Stores, Inc**
5050 Edgewood Court
Jacksonville, FL 32254-3699

**Logan & Company, Inc.**
546 Valley Road
Upper Montclair, New Jersey 07043

{00199229.DOC;}