

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
October 12, 2006
1:30 P.M.

### PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Fifth Omnibus Motion for Order Authorizing Assumption of Executory Contracts and Unexpired Leases and Fixing Cure Amounts Filed by Debtors (11252)

APPEARANCES:
US TRUSTEE:            ELENA ESCAMILLA
                       JOHN B. MACDONALD/PATRICK PATANGAN
UNSEC. CRED:           MATTHEW S. BARR

RULING:   Granted
          Ord/Signed