**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 05-03817-3F1** |
| | ) | |
| **WINN-DIXIE STORES, INC., et al.,** | ) | **Chapter 11** |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |

**NOTICE OF WITHDRAWAL OF**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

COME NOW the Movants, Robert Olea and Samantha Olea , by and through counsel, and hereby withdraw their previously submitted Motion for Relief From Automatic Stay.

Respectfully submitted this the 13th day of October, 2006.

/s/ C. Steven Ball
C. Steven Ball (Alabama Bar No. 5126-A64C)
One of the Attorneys for Robert and Samantha Olea

BENTON & CENTENO, LLP
2019 Third Avenue North
Birmingham, Alabama 35203
Phone: 205-278-8000
Fax: 205-278-8008
sball@bcattys.com

G:\wpusers\LRB\Olea 2394\p-notice of withdrawal.wpd

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 13th day of October, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM-ECF system, which will send notification of such filing to all parties requesting electronic service, and/or served a copy of the above and foregoing upon the below-listed persons/entities by depositing a copy of same in the United States mail, properly addressed, first-class postage prepaid, as follows:

Randall Morgan, Esq.
Hill, Hill, Carter, Franco, Cole & Black, P.C.
425 South Perry Street
Montgomery, Alabama 36104-4235

Christopher L. McIlwain, Esq.
Hubbard, Smith, McIlwain, Brakefield & Browder, P.C.
P.O. Box 2427
Tuscaloosa, Alabama 35403

Leanne McKnight Prendergast
225 Water Street, Suite 1800
Jacksonville, FL 32202

D.J. Baker
Four Times Square
New York, New York 10036

Winn Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254

               /s/ C. Steven Ball
               C. Steven Ball