

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
October 12, 2006
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

**Fourth Omnibus Motion for Order Authorizing Negotiated Assumptions of Executory Contracts and Unexpired Leases and Granting Related Relief filed by Debtors (11254)**

APPEARANCES:
US TRUSTEE:     ELENA ESCAMILLA
UNSEC. CRED:    JOHN B. MACDONALD/PATRICK PATANGAN
                MATTHEW S. BARR

RULING: *Granted*
         *Ord/Signed*