

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
October 12, 2006
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Second Omnibus Motion for Order (a) Authorizing Negotiated Rejections of Executory Contracts and Approving Agreed Resolution of Associated Claims and (b) Authorizing Rejections of Additional Executory Contracts as of October 12, 2006 and Establishing Deadline for Filing Related Rejection Damage Claims of October 23, 2006 Filed by Debtors (11269)

APPEARANCES:
US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:           JOHN B. MACDONALD/PATRICK PATANGAN
                       MATTHEW S. BARR

RULING:   Granted
          Ord/Signed