

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
October 12, 2006
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion for Order Approving Assumption of Modified Agreement with Cardtronics, LP on

Agreed Terms Filed by Debtors (11271)

APPEARANCES:
US TRUSTEE: ELENA ESCAMILLA
UNSEC. CRED: JOHN B. MACDONALD/PATRICK PATANGAN
MATTHEW S. BARR

CARDTRONICS LP:

RULING: *Granted*
*Ord/Signed*