

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
October 12, 2006
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post/Leanne Prendergast

Motion for Order Authorizing Negotiated Rejection of Executory Contract with Rexall Sundown, Inc., and Approving Agreed Resolution of Associated Claims filed by Debtors (11521)

APPEARANCES:
US TRUSTEE:
UNSEC. CRED:

ELENA ESCAMILLA
JOHN B. MACDONALD/PATRICK PATANGAN
MATTHEW S. BARR

REXALL SUNDOWN, INC:

RULING: Granted
Ord/Signed