UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

### ORDER AUTHORIZING NEGOTIATED REJECTION OF EXECUTORY CONTRACT WITH REXALL SUNDOWN, INC. AND APPROVING AGREED RESOLUTION OF ASSOCIATED CLAIMS

These cases came before the Court for hearing on October 12, 2006, upon the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for entry of an order under 11 U.S.C. §§ 365 and 502 and Fed. R. Bankr. P. 6006 authorizing and approving the Debtors' rejection of a supply agreement with Rexall Sundown, Inc. (the "Prepetition Supply Agreement"), effective as of October 12, 2006, and approving the agreed resolution of associated claims. The Court has read the Motion and considered the representations of counsel. Upon the representations of counsel and without objection from the United States Trustee or any other interested party, the Court determines that good cause exists to grant the relief requested by the Motion and granting the relief is in the best interest of these estates and creditors. Accordingly, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

2. The Debtors are authorized to reject the Prepetition Supply Agreement pursuant to 11 U.S. C. § 365(a), and the Prepetition Supply Agreements is deemed rejected, effective as of October 12, 2006.

3. The claims scheduled by Winn-Dixie Stores, Inc. (claim no. 35415) and Winn-Dixie Procurement, Inc. (claim no. 35159) are disallowed in their entirety and expunged.

4. Except for (a) an agreed non-priority unsecured claim (claim no. 10201) in the amount of $652,000.00, which is allowed, (b) an agreed non-priority unsecured claim (claim no. 10202) in the amount of $16,752.13, which is allowed, (c) an agreed non-priority unsecured claim (claim no. 10207) in the amount of $21,632.87, which is allowed, and (d) any unpaid postpetition invoices, all claims that Rexall Sundown, Inc. and its affiliates US Nutrition, Inc., NBTY, Inc. dba Knox, and Nature's Bounty, Inc. has or may have had against the Debtors are waived. Rexall Sundown, Inc. shall have no rejection damages claim against the Debtors resulting from the rejection of the Prepetition Supply Agreement.

5. Nothing in this Order constitutes a waiver of any claims the Debtors may have against Rexall Sundown, Inc. and/or its affiliates U.S. Nutrition, Inc., NBTY, Inc. dba Knox, and Nature's Bounty, Inc., whether or not related to the Prepetition Supply Agreement.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

7. The Court will retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated this 12 day of October, 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

3