

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
October 12, 2006
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Fifth Omnibus Objection to Workers' Compensation Claims Filed by Debtors (5981)

APPEARANCES:

US TRUSTEE:       ELENA ESCAMILLA
UNSEC. CRED:      JOHN B. MACDONALD/PATRICK PATANGAN
                  MATTHEW S. BARR

RULING:   Cont'd. to 11/16

AOCNFN