

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
October 12, 2006
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Debtor's Second Omnibus Motion to (i) Assume Non-Residential Real Property Leases, (ii) Fix Cure Amounts and (iii) Grant Related Relief (8941)

Objections to Assumption:

  Newport Partners, Store No. 251 (9475)

  Deutsche Bank Trust Company Americas, Store No. 89 (9708 and 9750)

The Court heard the Motion on 9/21/06 and granted the Motion authorizing the Debtors to assume 501 leases. The Court has entered orders authorizing the assumption of 459 of the leases. Debtors will proceed with the Motion as to the Objections of Newport Partners and Deutsche Bank. Objections to the proposed cure amounts will be set for a later hearing, if not resolved

APPEARANCES:
US TRUSTEE: ELENA ESCAMILLA
UNSEC. CRED: JOHN B. MACDONALD/PATRICK PATANGAN
MATTHEW S. BARR
NEWPORT PARTNERS: PETER RUSSIN
DEUTSCHE BANK TRUST CO. AMERICAS: RICHARD BERNARD

RULING: Cont'd to 10/25
AOC N/FN