

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
October 12, 2006
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.                    Page 1 of 3

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post


Debtors' Twenty-Second Omnibus Objection to (a) No Liability Claims, (b) No Liability Misclassified Claims, (c) Overstated Claims, (d) Overstated Misclassified Claims, (e) Misclassified Claims and (f) Amended and Superseded Claims (10873)


Response filed by Commonwealth of Virginia (11392)

Response filed by Ohio Bureau of Workers' Compensation (11452)

Response filed by Jefferson-Pilot Investments, Inc. (11511)

Response filed by Buffalo Rock Company (11514)

Response filed by United Commercial Mortgage Corp. (11515)

Response filed by Nestle Waters North America, Inc. (11518)


APPEARANCES CONTINUED ON PAGE 3



**HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE**

Thursday
October 12, 2006
1:30 P.M.

## PRO MEMO

| | |
|---|---|
| CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC. | Page 2 of 3 |

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post**

Response filed by Zimmer (11520)

Response filed by Quaker Sales and Distribution, Inc. (11541)

Response filed by Pepsi-Cola Company (11532)

Response filed by Catamount LS-KY, LLC (11540)

Response filed by Bay Landing I, Inc. (11544)

Response filed by Ocean Duke Corporation (11550)

Response filed by Brevard County Tax Collector (11545)

Response filed by Knightsdale Crossing, LLC (11546)

Response filed by Southern Partners (11551)

Response filed by Vogel and Vogel (11553)

Response filed by Indian Trail Square, LLC (11651)



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
October 12, 2006
1:30 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                Page 3 of 3

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

**APPEARANCES:**

| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| UNSEC. CRED: | JOHN B. MACDONALD/PATRICK PATANGAN |
| | MATTHEW S. BARR |
| COMMONWEALTH OF VIRGINIA: | |
| OHIO BUREAU OF WORKERS COMPENSATION: | AMY K. KAUFMAN |
| JEFFERSON-PILOT INVESTMENTS, INC: | BENJAMIN A. KAHN |
| BUFFALO ROCK COMPANY: | DEREK MEEK |
| UNITED COMMERCIAL MORTGAGE CORP: | ADAM FRISCH |
| NESTLE WATERS NORTH AMERICA INC: | ADAM FRISCH |
| ZIMMER: | |
| QUAKER SALES AND DISTRIBUTION, INC: | PHILIP MARTINO |
| PEPSI-COLA COMPANY: | JOSEPH FRANK |
| CATAMOUNT LS-KY, LLC: | C. DANIEL MOTSINGER |
| BAY LANDING I, INC: | JORDI GUSO |
| OCEAN DUKE CORPORATION: | CARYL DELANO |
| BREVARD COUNTY TAX COLLECTOR: | BRIAN FITZGERALD |
| KNIGHTSDALE CROSSING, LLC: | ADAM FRISCH |
| SOUTHERN PARTNERS: | JASON JOHNSON |
| VOGEL AND VOGEL: | KAREN SPECIE |
| INDIAN TRAIL SQUARE, LLC: | ANDREW BRUMBY |

**RULING:** 43 - Cont'd.
4 - W/D
119 reduced/Sust.
Sustained
Ord/Signed