[3902a] [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case No. 3:05-bk-03817-JAF
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## NOTICE OF RESCHEDULED HEARING

NOTICE IS GIVEN that a hearing on Motion for Relief from Stay filed by Larry Green is rescheduled to November 13, 2006 at 1:30 p.m. in 4th Floor Courtroom D, 300 North Hogan Street, Jacksonville Florida.

Dated October 16, 2006.

Lee Ann Bennett, Clerk of Court
300 North Hogan Street Suite 3-350
Jacksonville, FL 32202

Copies furnished to:
Attorneys for Debtor
Edward Jackson, Attorney for Movant
U.S. Trustee
Counsel for Official Commitee of Unsecured Creditors