# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

|                                        |   |                          |
|----------------------------------------|---|--------------------------|
| IN RE:                                 | ) | Case No. 3:05-03817-3F1  |
|                                        | ) |                          |
| WINN-DIXIE STORES, INC., et al.        | ) | Chapter 11               |
|                                        | ) |                          |
| Debtors,                               | ) | (Jointly Administered)   |
|                                        | ) |                          |

## RESPONSE BY BENDERSON DEVELOPMENT, LLC TO DEBTORS' TWENTY-THIRD OMNIBUS OBJECTIONS TO CLAIMS (CLAIM NO. 11859/FORMER STORE #752)

Benderson Development Company, LLC ("Landlord"), by and through its undersigned counsel, and pursuant to the Notice of Hearing dated September 25, 2006 filed by the debtors, hereby files its response to the *Debtors' Twenty Third Omnibus Objection to . . . Claims* (the "Objection") with respect to Claim No. 11859, and states as follows:

1.      Benderson Development, LLC, as managing agent for the landlord, Benderson 85-1 Trust and Ronald Benderson 1995 Trust ("Landlord"), agree with all of the allegations set forth in the Objection as it pertains to Claim No. 11859 (former Store #752), *except* for the allegations concerning trash removal. For this shopping center, every tenant hauls its own trash to the waste disposal facility, and a record is kept by the hauler. Attached as composite Exhibit "A" is the documentation supporting the amounts billed. The debtor has paid its charges for trash removal in prior years without objection.

2.      As a result, the Objection with respect to Claim 11859 should be sustained, except to the extent it seeks to eliminate pre-petition claims for trash removal.

**WHEREFORE**, Landlord respectfully requests that this Court overrule the Objection with respect to Claim 11859 to the extent it seeks to eliminate pre-petition claims for trash removal.

Dated: October 16, 2006
University Park, Florida

JOEY E. SCHLOSBERG, ESQ.

By:  /s/ Joey E. Schlosberg

Benderson Development Company, LLC
8441 Cooper Creek Boulevard
University Park, Florida 34201
(941) 359-8303
(941) 359-1836 (facsimile)

-and-

KELLEY, DRYE & WARREN, LLP
James S. Carr
Robert L. LeHane
101 Park Avenue
New York, New York 10178
(212) 808-7573
(212) 808-7897 (facsimile)
rlehane@kelleydrye.com

Attorneys for Benderson
Development Company, LLC

## CERTIFICATE OF SERVICE

This is to certify that I have this 16th day of October, 2006, served a copy of the foregoing by electronic mail and U.S. Mail to:

D.J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

-and-

Cynthia C. Jackson
Smith Huley & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

/s/ Joey E. Schlosberg
OF COUNSEL