# EXHIBIT A



**BENDERSON DEVELOPMENT COMPANY, LLC**
570 Delaware Ave. Buffalo, N.Y. 14202
(716) 886-0211  :  Fax (716) 886-2269

Remit to - Buffalo-Marine Associates
        PO Box 823201
        Philadelphia, PA 19182-3201

| | |
|---|---|
| Winn-Dixie Stores, Inc. | **Invoice Date    Invoice No** |
| Winn Dixie #752 | 05/13/06       04522553 |
| Attn: Property Manager-Chrissy Norris | |
| 1141 SW 12th Avenue | **Lease No.** |
| Pompano Beach, FL 33069 | 00045280 |

RE -  2048    UNIT -  015
Ridge Plaza

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE

4522553-001   County Real Estate Taxes               7,146.36
                         Total Amount Due              7,146.36

Note - Please remember to forward your payment to our new P.O. Box noted
       above.  Please make sure to allow for sufficient mailing time
       to assure timely application of your payment.

*2005 Solid Waste Assessment*

Please address any questions regarding this invoice to:
Sharon L. Alcorn at (941)360-7237.

THIS STATEMENT SHOWS CHARGES WHICH ARE DUE ACCORDING TO THE TERMS OF YOUR LEASE, RENTS ARE DUE AND PAYABLE ON THE FIRST OF THE MONTH AND ALL OTHER CHARGES BILLED ARE DUE AND PAYABLE UNDER THE TERMS OF YOUR LEASE.



04522553

INVOICE #   4522553

Winn Dixie                                          LEASE #      45280

PROPERTY #      2048
8501-8755 Little Road
New Port Richey, FL

TAX AMOUNT(s):
        #SBL      26-25-16-0000-00500-0000              25,974.25
                                                              ------------------

                TOTAL TAXES ...................              25,974.25
                LESS: TAX BASE (if applicable)                    0.00
                                                               ------------------

                NET TAXES FOR BILLING .........              25,974.25
                X PRORATED SHARE ..............                0.0000%
                                                                ------------------

                YOUR SHARE OF TAXES ...........               7,146.36
                ESCROW BILLING FOR PERIOD .....                   0.00
                BALANCE FROM PRIOR BILLINGS ...                   0.00
                                                                 ------------------

                    TOTAL DUE                            7,146.36

PLEASE REFERENCE LEASE #      45280    WITH YOUR REMITTANCE

ORIGINAL
## 2005 SOLID WASTE ASSESSMENT
# PASCO COUNTY, FLORIDA



MAD

| | | |
|---|---|---|
| LAND O'LAKES | (813) 996-7341 EXT. 8123 | UTILITIES SERVICE BRANCH |
| DADE CITY | (352) 521-4274 EXT. 8123 | SOLID WASTE/FISCAL SERVICES |
| -NEW PORT RICHEY | (727) 847-8123 | 7508 LITTLE RD P.O. BOX 2139 |
| | | NEW PORT RICHEY FL 34656 |

BENDERSON 85-1 TRUST &
BENDERSON RONALD 1995 TRUST
570 DELAWARE AVE
BUFFALO          NY   14202-1207

DATE : 11/01/2005

PARCEL ID : 26-25-16-0000-00500-0000

FULL DESCRIPTION ON
TAX ROLL

LEGAL DESCRIPTION

LAKE WORRELL ACRES UNIT 2 PB 4
PG 83 POR OF BLOCKS 1 2 & 3
DESC AS: COM NW COR LOT 1 BLK

USE CODE: 16
DESCRIPTION: SHOPPING CENTER - LOCAL
FOR ADDITIONAL USE DESCRIPTIONS
PLEASE CALL PHONE NUMBERS ABOVE.

** IMPORTANT - PLEASE READ : THE
FINAL DATE FOR FILING THE 2005
APPEAL IS JANUARY 31,2006 **

"H" INDICATES HAULER RECORD.

| CARD | RC# | | USE | ASSESSMENT |
|---|---|---|---|---|
| 01 | 01 | H | 16 | $19,612.39 |
| 02 | 01 | | 16 | $217.00 |
| 03 | 01 | | 16 | $217.00 |
| 04 | 01 | | 16 | $162.75 |
| 05 | 01 | | 16 | $195.30 |
| 06 | 01 | | 16 | $260.40 |
| 07 | 01 | | 16 | $217.00 |
| 08 | 01 | | 16 | $195.30 |
| 09 | 01 | | 16 | $162.75 |
| 10 | 01 | | 11 | $2,651.95 |
| 11 | 01 | | 11 | $162.75 |
| 12 | 01 | | 16 | $260.40 |
| 13 | 01 | | 16 | $260.40 |
| 14 | 01 | | 16 | $195.30 |
| 15 | 01 | | 16 | $260.40 |
| 16 | 01 | | 16 | $260.40 |
| 17 | 01 | | 16 | $260.40 |
| 18 | 01 | | 16 | $260.40 |
| 19 | 01 | | 16 | $260.40 |
| 20 | 01 | | 16 | $260.40 |

2048

TOTAL DUE THIS DATE                    $41,783.42
PLEASE DETACH HERE AND RETURN BOTTOM PART WITH PAYMENT

2005 SOLID WASTE DISPOSAL ASSESSMENT.  INVOICE# 05040146 TOTAL FEE DUE IF PAID BY:

| NOV 30 | DEC 31 | JAN 31 | FEB 28 | MAR 31 | *APR 30 | *MAY 30 |
|---|---|---|---|---|---|---|
| 40112.09 | 40529.92 | 40947.76 | 41365.59 | 41783.42 | 42410.17 | 43036.92 |

ASSESSMENT LEVIED        PARCEL NUMBER/LEGAL DESCRIPTION:      * DELINQUENT APRIL 1

   $41,783.42        26-25-16-0000-00500-0000

                    LAKE WORRELL ACRES UNIT 2 PB 4
                    PG 83 POR OF BLOCKS 1 2 & 3      FULL DESCRIPTION ON
                    DESC AS: COM NW COR LOT 1 BLK    TAX ROLL

BENDERSON 85-1 TRUST &
BENDERSON RONALD 1995 TRUST
570 DELAWARE AVE
BUFFALO          NY   14202-1207

PAYABLE TO:
BOARD OF COUNTY COMMISSIONEERS
MAIL TO:
PASCO COUNTY UTILITEIS
P.O. BOX 2139
NEW PORT RICHEY, FL. 34656-2139

070041783425000000000000050401468

05/09/2006  18:25   7278478972        PASCO CO UTILITIES              PAGE  02

# Reference Only
## No Payment due

*REVISED*

```
                              BILL                              FF1:T22->B22
EQ#: 05 040146  YEAR:  2005   PARCEL ID: 26 25 16 0000 00500 0000   TYPE: B C
           BILLING ADDRESS                       CURRENT ADDRESS
BENDERSON 85-1 TRUST &                   BENDERSON 85-1 TRUST &
BENDERSON RONALD 1995 TRUST              BENDERSON RONALD 1995 TRUST
570 DELAWARE AVE                         570 DELAWARE AVE
BUFFALO            NY  14202-1207        BUFFALO          NY  14202-1207

     ASSESS           ADJUSTMENTS          PAYMENTS           AMOUNT DUE
     41783.42           15809.17           40112.09            14137.84
               CURRENT YEAR TOTAL DUE IF PAID BY:
   MAY 31    JUNE 30    JULY 31    AUG 31   SEPT 30   OCT 31   NOV 30
    0.00      0.00       0.00       0.00     0.00      0.00     0.00
                        PAYMENT HISTORY:
PAYMENT:  40112.09
OST DATE: 11/30/2005
ANX DATE: 12/06/2005
 VERIFY:  T015
                      ADJUSTMENT HISTORY:
JUSTMENT:   1671.33-   14726.91-     589.07
ANX DATE: 12/06/2005 05/09/2006 05/09/2006
  REASON:    01          04          01
                                                              ACT: V
ALL INFORMATION IS BEING DISPLAYED - "PF12" DUP BILL          NFCT: I
```



# PASCO COUNTY, FLORIDA
## Utilities Services Branch
## Solid Waste Customer Service

7508 Little Road – PO Box 2139 – New Port Richey, FL 34656
Phone: 727-847-8123                    Fax: 727-847-8972



| | |
|---|---|
| **To:** | Mark Davis<br>Benderson 85-1 Trust |
| **Fax #:** | 716-878-9605 |
| **From:** | Karen LeMay, Sr. Project Clerk<br>Solid Waste Customer Service |
| **Date:** | May 9, 2006 |
| **Subject:** | 2005 Solid Waste Assessment |

---

### Parcel ID# 26-25-16-0000-00500-0000

The following pages are:

- Revised 2005 Solid Waste Assessment for the above referenced parcel. Please note there is no payment due – the appeal has generated a refund in the amount of $14137.84.

- Hauler data (23 records) used to figure the 2005 assessment.

The refund process takes approximately 10 weeks. I will, however, hold off beginning the process until I hear from you as to whether or not the hauler information provided in the 23 records is correct. If it is not, further adjustments will need to be made.

If you have any questions, please feel free to contact me at 727-847-8123.

*transmitting 25 pages including cover sheet. If you do not receive all pages, please call me.*
☺ Have A Nice Day ☺

## 2005 Solid Waste Assessment

| | Total Before Disc. | Disc. | Total |
|---|---|---|---|
| Third Federal Savings & Loan | 644.20 | 4% | 618.43 |
| Gulf Coast Family Eye Care | 322.10 | 4% | 309.22 |
| Country Wide Home Loans | 316.13 | 4% | 303.48 |
| Souix City Steak House | 2,171.19 | 4% | 2,084.34 |
| Smokers Hub | 316.13 | 4% | 303.48 |
| Weight Watchers | 316.13 | 4% | 303.48 |
| Rent Rite | 286.31 | 4% | 274.86 |
| Fantastic Sams | 316.13 | 4% | 303.48 |
| Beall's Outlet Stores | 1,240.68 | 4% | 1,191.05 |
| Dollar General | 644.20 | 4% | 618.43 |
| Tequila Bay | 2,552.95 | 4% | 2,450.83 |
| Winn Dixie | 7,444.12 | 4% | 7,146.36 |
| Ban Chiang Restaurant | 626.30 | 4% | 601.25 |
| Ci Ci's Pizza | 1,914.71 | 4% | 1,838.12 |
| Golden Star Restaurant | 638.23 | 4% | 612.70 |
| Aqua Action Pool Center | 316.13 | 4% | 303.48 |
| G & K Financial | 274.38 | 4% | 263.40 |
| Dollar Tree | 620.34 | 4% | 595.53 |
| Beef O' Brady's | 2,505.23 | 4% | 2,405.02 |
| Dial America | 2,809.43 | 4% | 2,697.05 |
| Douglas Howe | 149.12 | 4% | 143.16 |
| Benderson Development Co. | 632.39 | 4% | 607.09 |
| | 27,056.53 | | 25,974.25 |

05/09/2006   10:25   7278478972                    PASCO CO UTILITIES                    PAGE   05

HAULER                              HAULER DATA DISPLAY

PARCEL: 26 25 16 0000 00500 0000                    MAILING ADDRESS
  CARD: 029                           BENDERSON 85-1 TRUST &
   REC: 01                            BENDERSON RONALD 1995 TRUST
  YEAR: 2005                          570 DELAWARE AVE
                                      BUFFALO              NY   14202-1207


     REG-YARDS:      2496.00     REG.YARD FACTOR :0.0526     COST PER TON:56.70
    COMP-YARDS:         0.00     COMP.YARD FACTOR:0.2104

        LOCATION: 8615 LITTLE RD
        BUS-NAME: WINN DIXIE STORE #752
                                                     UP-DATE: 00 / 00 / 0000
        HAULER-ID: PC030                                   TONS:   131.2896
  HAULER-ACCT#: 000010-19169                            BALANCE:   7444.12

        COMMENT:                                                          ACT: V
     PAGE FORWARD WITH "PF8" OR PAGE BACK WITH "PF7"                      NFCT: C
     PF5/6=PREV/NEXT YEAR-PF7/8=PREV/NEXT CARD-PF9/10=PREV/NEXT PARCEL-PF11=MENU



# BENDERSON DEVELOPMENT COMPANY, LLC

570 Delaware Ave. Buffalo, N.Y. 14202
(716) 886-0211  :  Fax (716) 886-2269

Remit to        :       ...o-Marine Associates
                        o: 823201
                        a...elphia, PA 19182-3201

| | |
|---|---|
| W ... :i: Stores, Inc. | **Invoice Date   Invoice No** |
| W... :i: #752 | 05/11/06      04521976 |
| A: :... :oj erty Manager-Chrissy Norris | |
| 1 .. 1: th Avenue | **Lease No.** |
| F. ::: F: ach, FL 33069 | 00045280 |

RE ~ 2048    UNIT ~  015
Ridge Plaza

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE

| | | | |
|---|---|---|---|
| 4 ... | C l | County Real Estate Taxes | 6,680.02 |
| | | Total Amount Due | 6,680.02 |

Note    Ple    .ei.ber to forward your payment to our new P.O. Box noted
        abo.   ε.se make sure to allow for sufficient mailing time
        to     t mely application of your payment.

*2004 Solid Waste Assessment*

Plcase &. .    a..y questions regarding this invoice to:
Sharon 1.. .    n at (941) 360-7237.

THIS STATEMENT SHOWS CHARGES WHICH ARE DUE ACCORDING TO THE TERMS OF YOUR LEASE, RENTS ARE DUE AND PAYABLE ON THE FIRST OF THE MONTH
AND ALL OTHER CHARGES BILLED ARE DUE AND PAYABLE UNDER THE TERMS OF YOUR LEASE.



04521976

INVOICE #   4521976


Winn Dixie                                                          LEASE #       45280



                                        PROPERTY #      2048
                                        8501-8755 Little Road
                                        New Port Richey, FL



TAX AMOUNT(s):
                    #SBL      26-25-16-0000-00500-0000                    24,665.06

                                                                   - - - - - - - - - - - - - - - - - -

                              TOTAL TAXES ...................          24,665.06

                              LESS: TAX BASE (if applicable)                0.00
                                                                   - - - - - - - - - - - - - - - - - -

                              NET TAXES FOR BILLING ........          24,665.06

                              X PRORATED SHARE .............             0.0000%
                                                                   - - - - - - - - - - - - - - - - - -

                              YOUR SHARE OF TAXES ..........           6,680.02

                              ESCROW BILLING FOR PERIOD .....              0.00

                              BALANCE FROM PRIOR BILLINGS ...             0.00
                                                                   - - - - - - - - - - - - - - - - - -

                              TOTAL DUE                               6,680.02
                                                                   ==================


        PLEASE REFERENCE LEASE #       45280    WITH YOUR REMITTANCE

03/29/2005  15:51      7278478972                    PASCO CO UTILITIES                    PAGE  04

HAULER                          HAULER DATA DISPLAY

                                                    MAILING ADDRESS
PARCEL: 26 25 16 0000 00500 0000              BENDERSON 85-1 TRUST &
   CARD: 029                                  BENDERSON RONALD 1995 TRUST
    REC: 01                                   570 DELAWARE AVE
   YEAR: 2004                                 BUFFALO            NY 14202-1207


    REG-YARDS:      2496.00    REG.YARD FACTOR :0.0526    COST PER TON:53.00
    COMP-YARDS:        0.00    COMP.YARD FACTOR:0.2104

       LOCATION: 8615 LITTLE RD
       BUS-NAME: WINN DIXIE STORE #752              UP-DATE: 00 / 00 / 0000

     HAULER-ID: PC030 *Seaside*                        TONS:     131.2896
  HAULER-ACCT#: 000001-19169                        BALANCE:      6958.34

       COMMENT:                                                     ACT: V
    PAGE FORWARD WITH "PF8" OR PAGE BACK WITH "PF7"                 NFCT: C
 PF5/6=PREV/NEXT YEAR-PF7/8=PREV/NEXT CARD-PF9/10=PREV/NEXT PARCEL-PF11=MENU



# PASCO COUNTY, FLORIDA

| | | |
|---|---|---|
| LAND O'LAKES | (813) 996-7341 EXT. 8123 | UTILITIES SERVICE BRANCH |
| DADE CITY | (352) 521-4274 EXT. 8123 | SOLID WASTE/FISCAL SERVICES |
| NEW PORT RICHEY | (727) 847-8123 | 7508 LITTLE RD P.O. BOX 2139 |
| | | NEW PORT RICHEY FL 34656 |

BENDERSON 85-1 TRUST &
BENDERSON RONALD 1995 TRUST
570 DELAWARE AVE
BUFFALO          NY   14202-1207

DATE : 01/05/2005

PARCEL ID : 26-25-16-0000-00500-0000

TOTAL DUE THIS DATE :        $24,171.76

### REMINDER NOTICE

DEAR PROPERTY OWNER:                    2048

OUR RECORDS INDICATE THAT YOU HAVE NOT YET PAID THE ANNUAL SOLID WASTE DISPOSAL ASSESSMENT FOR THE ABOVE REFERENCED PARCEL OF IMPROVED REAL PROPERTY. PLEASE BE ADVISED THAT AFTER MARCH 31ST THE UNPAID ASSESSMENT WILL BEGIN TO BEAR AN INTEREST PENALTY CHARGE AT THE MAXIMUM RATE ALLOWED BY LAW, UNTIL PAID.

IN THE EVENT YOU HAVE ANY QUESTIONS CONCERNING YOUR BILL, PLEASE FEEL FREE TO CONTACT THE PASCO COUNTY UTILITIES DEPARTMENT AT THE TELEPHONE NUMBER LISTED ABOVE.

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD THIS NOTICE.

JAN 1 4 2005

PLEASE DETACH HERE AND RETURN BOTTOM PART WITH PAYMENT

2004 SOLID WASTE DISPOSAL ASSESSMENT. INVOICE# 04039840 TOTAL FEE DUE IF PAID BY:

| JAN 31 | FEB 28 | MAR 31 | APR 30 | MAY 31 | JUNE 30 | JULY 31 |
|---|---|---|---|---|---|---|
| 24171.76 | 24418.41 | 24665.06 | 25035.03 | 25405.01 | 25774.98 | 26144.96 |

ASSESSMENT LEVIED        PARCEL NUMBER/LEGAL DESCRIPTION:        * DELINQUENT APRIL 1

   $24,665.06              26-25-16-0000-00500-0000

                          LAKE WORRELL ACRES UNIT 2 PB 4
                          PG 83 POR OF BLOCKS 1 2 & 32            **REMINDER NOTICE**
                          DESC AS: COM NW COR LOT 1 BLK

‖‖·‖‖·‖·‖·‖·‖‖···‖··‖·‖··‖‖·‖·‖‖·‖··‖··‖··‖‖
BENDERSON 85-1 TRUST &
BENDERSON RONALD 1995 TRUST
570 DELAWARE AVE
BUFFALO          NY   14202-1207

PAYABLE TO:
BOARD OF COUNTY COMMISSIONERS
MAIL TO:
PASCO COUNTY UTILITIES
P.O. BOX 2139
NEW PORT RICHEY, FL. 34656-2139

2004 Solid Waste Assessment

| | Total Before Disc. | Disc. | Total |
|---|---|---|---|
| Third Federal Savings & Loan | 482.84 | 4% | 463.53 |
| Gulf Coast Family Eye Care | 289.93 | 4% | 278.33 |
| Country Wide Home Loans | 289.93 | 4% | 278.33 |
| Souix City Steak House | 2,897.08 | 4% | 2,781.20 |
| Smokers Hub | 289.93 | 4% | 278.33 |
| Weight Watchers | 289.93 | 4% | 278.33 |
| Rent Rite | 289.93 | 4% | 278.33 |
| Fantastic Sams | 144.97 | 4% | 139.17 |
| Beall's Outlet Stores | 2,125.41 | 4% | 2,040.39 |
| Dollar General | 482.84 | 4% | 463.53 |
| Tequila Bay | 97.57 | 4% | 93.67 |
| Winn Dixie | 6,958.35 | 4% | 6,680.02 |
| Ban Chiang Restaurant | 869.79 | 4% | 835.00 |
| Ci Ci's Pizza | 1,739.59 | 4% | 1,670.01 |
| Golden Star Restaurant | 579.86 | 4% | 556.67 |
| Aqua Action Pool Center | 312.23 | 4% | 299.74 |
| R.H. Bierweiler & Assoc | 144.97 | 4% | 139.17 |
| Dollar Tree | 579.86 | 4% | 556.67 |
| Beef O' Brady's | 2,319.45 | 4% | 2,226.67 |
| Dial America | 2,609.38 | 4% | 2,505.00 |
| Douglas Howe | 289.93 | 4% | 278.33 |
| Benderson Development Co. | 581.29 | 4% | 558.04 |
| | 24,665.06 | | 23,678.46 |