

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Friday
October 13, 2006
9:00 A.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                    Page 1 of 10

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

**Confirmation Hearing:**

      Joint Plan of Reorganization of Winn Dixie Stores, Inc., and Affiliated Debtors (10058)

**Statements in Support:**

      (a) Ad Hoc Retirees Committee (11256)

      (b) Wachovia Bank National Association (11694)

      (c) Unsecured Creditors Committee (11767)

**Objections:**

      (a) Objection to Confirmation filed by Ronnie Wilson (8988)

      (b) Objection to Confirmation filed by Visagent Corporation (9447)

      (c) Objection to Confirmation filed by Sara H. Box (9913)

      (d) Objection to Confirmation filed by Charles E. Armstrong, Jr. (10416)

      (e) Objection to Confirmation filed by Frances A. Rogers (10516)

      (f) Objection to Confirmation filed by Jose C. Hernandez (10621)

APPEARANCES CONTINUED ON PAGES 9 AND 10



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Friday
October 13, 2006
9:00 A.M.

## PRO MEMO

| | |
|---|---|
| **CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.** | Page 2 of 10 |

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

(g) Objection to Confirmation filed by Ronald G. and Carlotta W. Walsingham (10623)

(h) Objection to Confirmation filed by Geraldine D. Parker and William Parker (10634)

(i) Objection to Confirmation filed by Robert Vaughan, Jr. (10695)

(j) Objection to Confirmation filed by Lee Ricciardi (10717)

(k) Objection to Confirmation filed by Pasco County Board of County Commissioners (10804) - **WITHDRAWN 10/12/06**

(l) Objection to Confirmation filed by Vincent E. Rhynes d/b/a Warehouse Holdings #546 (10845)

(m) Objection to Confirmation filed by Wesley E. McCall (10855)

(n) Objection to Confirmation filed by Westfork Tower, LLC, et al (10876)

(o) Objection to Confirmation filed by Matthew and Jessie M. Williams (10884)



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Friday
October 13, 2006
9:00 A.M.

**PRO MEMO**

| CASE NO. 05-3817-3F1 | WINN-DIXIE STORES, INC. | Page 3 of 10 |
|---|---|---|

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post**

(p) Objection to Confirmation filed by Sandra Jones (10915)

(q) Objection to Confirmation filed by Sarria Enterprises, Inc., (11035)

(r) Objection to Confirmation filed by Barbara L. Hart (11082)

(s) Objection to Confirmation filed by Cesar Garcia (11119)

(t) Objection to Confirmation filed by Louise Brannon (11262)

(u) Objection to Confirmation filed by Deborah Tindel Cheney (11263)



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Friday
October 13, 2006
9:00 A.M.

**PRO MEMO**

| CASE NO. 05-3817-3F1 | WINN-DIXIE STORES, INC. | Page 4 of 10 |

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post**

(v) Objection to Confirmation filed by Hamilton County, Tennessee (11265)

(w) Objection to Confirmation filed by Janet Bourland (11266)

(x) Objection to Confirmation filed by CVS EGL Overseas Marathon FL LLC (11274)

(y) Objection to Confirmation filed by Ryan Malone (11291)

(z) Objection to Confirmation filed by Jack Snipes (11292)

(aa) Objection to Confirmation filed by Jason L. Lodolce (11293)

(bb) Objection to Confirmation filed by Wah Hong Go (11299)

(cc) Objection to Confirmation filed by United States of America (11302)



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Friday
October 13, 2006
9:00 A.M.

**PRO MEMO**

| CASE NO. 05-3817-3F1 | WINN-DIXIE STORES, INC. | Page 5 of 10 |

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post/Leanne Prendergast**

(dd) Objection to Confirmation filed by Bundy New Orleans Co, LLC (11303)

(ee) Objection to Confirmation filed by Kentucky Taxing Authorities (11305 and 11778)

(ff) Objection to Confirmation filed by R. Mike Hogan Tax Collector for Duval County, Florida (11307 and 11776)

(gg) Objection to Confirmation filed by Florida Tax Collectors (11310)

(hh) Objection to Confirmation filed by E&A Financing II, LP et al (11312)

(ii) Objection to Confirmation filed by CW Capital Asset Management, LLC as successor-in-interest to CRIMMI MAE Services Limited Partnership (11313)

(jj) Objection to Confirmation filed by Liquidity Solutions, Inc. (11314)

(kk) Objection to Confirmation filed by Saran, Ltd. (11315)



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Friday
October 13, 2006
9:00 A.M.

**PRO MEMO**

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.    Page 6 of 10

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post**

(ll) Objection to Confirmation filed by Allied Capital Corporation (11316)

(mm) Objection to Confirmation filed by United States Trustee (11318)

(nn) Objection to Confirmation filed by ORIX Capital Markets, LLC (11319)

(oo) Objection to Confirmation filed by Knightsdale Crossing, LLC (11320)

(pp) Objection to Confirmation filed by Forrest County, Mississippi, et al (11323)

(qq) Objection to Confirmation filed by Tax Commissioner of Bulloch County, Georgia (11326)

(rr) Objection to Confirmation filed by Harrison County, Mississippi (11327)



# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE

Friday
October 13, 2006
9:00 A.M.

## PRO MEMO

| | |
|---|---|
| **CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.** | Page 7 of 10 |

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post**

    **(ss) Objection to Confirmation filed by Muscogee County (Georgia) Tax Commissioner (11328)**

    **(tt) Objection to Confirmation filed by Daniel G. Kamin, et al (11332)**

    **(uu) Objection to Confirmation filed by Doris Baumgardner (11397)**

    **(vv) Objection to Confirmation filed by Bridget Boaz (11399)**

    **(ww) Objection to Confirmation filed by Joseph Tomazin (11383) untimely**

    **(xx) Objection to Confirmation filed by Merrill Lynch LP Holdings, Inc. (11431) untimely**

    **(yy) Objection to Confirmation filed by Robert V. Cronin (11775) untimely**



# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Friday
October 13, 2006
9:00 A.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                   Page 8 of 10

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Responses to Objections:

    (a) Response filed by Ad Hoc Trade Committee (11728)

    (b) Response filed by Debtors (11766)

    (c) Response filed by Wilmington Trust Company (11777)



HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Friday
October 13, 2006
9:00 A.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                              Page 9 of 10

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

APPEARANCES:
| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| UNSEC. CRED: | JOHN B. MACDONALD/PATRICK PATANGAN |
| | MATTHEW S. BARR |
| AD HOC RETIREES COMMITEE: | JERRETT MCCONNELL |
| WACHOVIA BANK NATL ASSOC: | BETSY COX |
| AD HOC TRADE COMMITTEE: | MARK FRIEDMAN |
| RONNIE WILSON: | PRO SE |
| VISAGENT CORP: | GUY RUBIN |
| SARAH H. BOX: | PRO SE |
| CHARLES E. ARMSTRONG JR: | PRO SE |
| FRANCES A. ROGERS: | PRO SE |
| JOSE C. HERNANDEZ: | PRO SE |
| RONALD & CARLOTTA WALSINGHAM: | PRO SE |
| GERALDINE & WILLIAM PARKER: | PRO SE |
| ROBERT VAUGHAN, JR.: | PRO SE |
| LEE RICCIARDI: | PRO SE |
| PASCO COUNTY BOARD OF CTY COMM: | ANTHONY SALZANO |
| VINCENT E. RHYNES: | PRO SE |
| WESLEY E. MCCALL: | PRO SE |
| WESTFORK TOWER, LLC ET AL: | JEFFREY DOLLINGER |
| MATTHEW & JESSIE WILLIAMS: | PRO SE |
| SANDRA JONES: | PRO SE |
| SARRIA ENTERPRISES INC: | MICHAEL KAUFMAN |
| BARBARA L. HART: | PRO SE |
| CESAR GARCIA: | PRO SE |
| LOUISE BRANNON: | PRO SE |
| DEBORAH TINDEL CHENEY: | PRO SE |
| HAMILTON COUNTY TENNESSEE: | SCOTT N. BROWN, JR. |
| JANET BOURLAND: | PRO SE |
| CVS EGL OVERSEAS MARATHON FL LLC: | PETER E. NICANDRI |
| RYAN MALONE: | RICHARD BEHR |
| JACK SNIPES: | RICHARD BEHR |
| JASON L. LODOLCE: | RICHARD BEHR |
| WAH HONG GO: | ANTHONY SANCHEZ |
| UNITED STATES OF AMERICA: | DEBORAH MORRIS |



# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Friday
October 13, 2006
9:00 A.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                    Page 10 of 10

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

| | |
|---|---|
| BUNDY NEW ORLEANS CO., LLC: | JAMES BLEDSOE |
| KENTUCKY TAXING AUTHORITIES: | SUSAN STIVERS |
| R. MIKE HOGAN TAX COLLECTOR FOR DUVAL COUNTY FLORIDA: | RICHARD THAMES |
| FLORIDA TAX COLLECTORS: | BRIAN FITZGERALD |
| E&A FINANCING II, L.P. ET AL: | MARY DOWD |
| CW CAPITAL ASSET MGMT: | RICHARD THAMES |
| LIQUIDITY SOLUTIONS, INC: | HARLEY RIEDEL |
| SARAN, LTD: | JOHNATHAN BOLTON |
| ALLIED CAPITAL CORPORATION: | RICHARD THAMES |
| UNITED STATES TRUSTEE: | ELENA ESCAMILLA |
| ORIX CAPITAL MARKETS, LLC: | RICHARD THAMES |
| KNIGHTSDALE CROSSING, LLC: | ADAM FRISCH |
| FORREST COUNTY MISSISSIPPI ET AL: | RICHARD THAMES |
| TAX COMMISSIONER OF BULLOCH CO GA: | RICHARD THAMES |
| HARRISON COUNTY MISSISSIPPI: | RICHARD THAMES |
| MUSCOGEE COUNTY GA TAX COMMISSIONER: | RICHARD THAMES |
| DANIEL G. KAMIN ET AL: | SARA LORBER |
| DORIS BAUMGARDNER: | PRO SE |
| BRIDGET BOAZ: | PRO SE |
| JOSEPH TOMAZIN: | PRO SE |
| MERRILL LYNCH LP HOLDINGS, INC: | LARREN NASHELSKI |
| ROBERT V. CRONIN: | PRO SE |
| WILMINGTON TRUST COMPANY: | BRIAN RICH |

**RULING:**

EXHIBITS MAY BE DESTROYED
UNLESS REMOVED PURSUANT TO
LOCAL RULE 9070-1(1)