Honorable Jerry A. Funk
Judge of the Bankruptcy Court
United States Courthouse
300 North Hogan Street
Jacksonville, Fl. 32202

F I L E D
JACKSONVILLE, FLORIDA

OCT 1 6 2006

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Dear Judge Funk,                                        10-13-2006

Being retired, you watch your retirement dollars! You hope your investments
will help support you during retirement.

On 8-12-2004 I bought 2,000 shares of Winn-Dixie stock at $5.75 per share.
On 9-23-2004 I bought another 2,000 shares at $3.50 per share, and finally
On 2-8-2005 I bought 1,000 shares at $3.60 for a total of 5,000 shares at
a cost of $22,100.00.

I know you take a chance on buying stock, but how can a company issue new
stock, pay a CEO up to $5.1 million next year and let the current share holders
lose all of their money?

I think we are also creditors and we should at least get some benefit as
stockholders! When I bought Winn-Dixie stock I assumed that I was a part
owner! I hope I still am.

Thank you for your consideration.

Donald Edward Morris
507 Finger Lakes Place
Seffner, Fl. 33584
813-689-0173