# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE:  WINN DIXIE STORES, INC., et al.        Chapter 11

        Debtors        Case No. 05-03817-3F1

_____/

STRATEGIC EQUIPMENT AND SUPPLY CORPORATION'S
RESPONSE TO DEBTOR'S 23RD OMNIBUS OBJECTION
TO (A) INDEMNIFICATION CLAIMS, (B) NO LIABILITY CLAIMS,
(C) NO LIABILITY MISCLASSIFIED CLAIMS, (D) OVERSTATED CLAIMS
(E) OVERSTATED MISCLASSIFIED CLAIMS, (F) UNLIQUIDATED CLAIMS,
(G) MISCLASSIFIED CLAIMS, AND
<u>(H)  AMENDED AND SUPERCEDED CLAIMS.</u>

Strategic Equipment and Supply Corporation, f/k/a W. H. Reynolds Distributor, Inc., by and through the undersigned attorney, files this Response to Debtor's 23rd Omnibus Objection to Indemnification Claims, No Liability Claims, No Liability Misclassified Claims, Overstated Claims, Overstated Misclassified Claims, Unliquidated Claims, Misclassified Claims and Amended and Superceded Claims, and in support thereof show as follows:

1.    Debtor is a debtor under Chapter 11 of the Bankruptcy Code by virtue of a filing on February 21, 2005.

2.    Prior to and subsequent to the filing of the Chapter 11 Petition, Strategic Equipment and Supply Corporation ("Strategic") and the Debtor did business on a regular basis, for sale, maintenance, and service on equipment located on premises owned or leased by the Debtor.

3.    On or about July 22, 2005, Strategic filed Claim No. 8232, in the amount of $438,535.70.

4. On or about September 25, 2006, Debtors filed the 23rd Omnibus Objection to Claims, including claims which Debtor asserts to be overstated, and which are listed on Exhibit "D" to the Objection. Claim No. 8232, filed by Strategic, is included in the claims classified as overstated claims.

5. Debtor's objection is insufficient to resolve the basis of the objection, as Debtor fails to indicate what invoices were paid by check amounts and check numbers contained in the Objection, although such amounts are relatively nugatory. However, Debtor also objects to $5,438.42 as having been removed by agreement and $66,422.32 for undocumented invoice despite repeated inquiries. Such amounts are not insignificant, and Strategic disputes the assertions of Debtor.

6. Debtor fails to identify who made an agreement for a removal of $5,438.42, and further fails to identify what invoices are purportedly effected by the request, or any documentation supporting its claim of reduction. Further, although the undersigned counsel has received telephone voice mail messages stating that the Claim should be amended, there has been no information regarding undocumented invoices or requests for copies of invoices totaling $66,422.32. In the absence of specific information, Strategic can only reply by giving copies of all of the invoices, together with a summary, so that Debtor has an opportunity to identify any missing invoices.

7. Attached hereto as Exhibit "A" is a Summary of Invoices, outstanding as of the date of the Bankruptcy Petition. Exhibit "B" (to be sent

separately to Counsel for the Debtor, due to the size of the .pdf files) are copies of invoices outstanding and unpaid as of the date of the Bankruptcy Petition.

8.   Should the Debtor, or its counsel, require additional information, by way of pick tickets or work orders, or any other information supporting any individual invoice, such information will be provided upon requests delivered to the undersigned attorney at his mailing address, or by e-mail at ptl@macfar.com.

9.   Strategic stands on its position that all amounts listed on the attached invoices are due and owing, that such have not been paid, and can offer no other information unless Debtor can specifically identify which invoices it claims are improperly included.

WHEREFORE, Strategic Equipment and Supply Corporation respectfully request that the Court deny the Debtor's 23rd Omnibus Objection, as it applies to Claim No. 8232, and to allow such claim to be paid according to its priorities under any plan of reorganization or other plan approved by this Court and for such other relief as this Court deems just and equitable.

_____/s/ Patrick T. Lennon_____
PATRICK T. LENNON, ESQUIRE
Florida Bar No. 836818
MACFARLANE  FERGUSON & MCMULLEN
Post Office Box 1531
Tampa, Florida  33601-1531
Tel:    813-273-4200
Fax:    813-273-4396
ATTORNEYS FOR STRATEGIC EQUIPMENT