**W H Reynolds Distributor, Inc**
**dba Strategic Equipment and Supply Corporation**
**Receivables Owed for Sales/Services Prior to Chapter 11 Filing**

| Invoice # | Invoice Date | Invoice Amount | |
|---|---|---|---|
| 495972 | 10/27/2004 | 511.50 | WDX001 |
| 510723 | 1/24/2005 | 135.00 | WDX001 |
| 515381 | 2/14/2005 | 255.10 | WDX001 |
| 516704 | 2/28/2005 | 236.16 | WDX001 |

**W H Reynolds Distributor, Inc**
**dba Strategic Equipment and Supply Corporation**
**Receivables Owed for Sales/Services Prior to Chapter 11 Filing**

| Invoice # | Invoice Date | Invoice Amount | |
|---|---|---|---|
| 495388 | 10/26/2004 | 1,134.23 | WDX002 |
| 495396 | 10/26/2004 | 1,019.43 | WDX002 |
| 495410 | 10/26/2004 | 471.65 | WDX002 |
| 495583 | 10/26/2004 | 267.86 | WDX002 |
| 496459 | 10/30/2004 | 225.00 | WDX002 |
| 496460 | 10/30/2004 | 904.50 | WDX002 |
| 497530 | 10/30/2004 | 692.30 | WDX002 |
| 498437 | 11/15/2004 | 59.70 | WDX002 |
| 499482 | 11/18/2004 | 259.51 | WDX002 |
| 499483 | 11/18/2004 | 27.00 | WDX002 |
| 499484 | 11/18/2004 | 27.00 | WDX002 |
| 499485 | 11/18/2004 | 85.08 | WDX002 |
| 499843 | 11/19/2004 | 450.21 | WDX002 |
| 499847 | 11/19/2004 | 486.07 | WDX002 |
| 499848 | 11/19/2004 | 27.00 | WDX002 |
| 499849 | 11/19/2004 | 118.91 | WDX002 |
| 502134 | 11/30/2004 | 449.03 | WDX002 |
| 502786 | 11/30/2004 | 2,125.71 | WDX002 |
| 503345 | 11/30/2004 | 228.49 | WDX002 |
| 504338 | 12/15/2004 | 151.17 | WDX002 |
| 504345 | 12/15/2004 | 1,409.09 | WDX002 |
| 504351 | 12/15/2004 | 60.34 | WDX002 |
| 504353 | 12/15/2004 | 708.18 | WDX002 |
| 504355 | 12/15/2004 | 114.05 | WDX002 |
| 505336 | 12/21/2004 | 669.99 | WDX002 |
| 505490 | 12/22/2004 | 135.00 | WDX002 |
| 506208 | 12/29/2004 | 119.52 | WDX002 |
| 506405 | 12/30/2004 | 81.00 | WDX002 |
| 506406 | 12/30/2004 | 872.28 | WDX002 |
| 506407 | 12/30/2004 | 54.00 | WDX002 |
| 506414 | 12/30/2004 | 892.82 | WDX002 |
| 506415 | 12/30/2004 | 155.15 | WDX002 |
| 507477 | 12/30/2004 | 3,946.13 | WDX002 |
| 507478 | 12/30/2004 | 343.89 | WDX002 |
| 507479 | 12/30/2004 | 461.82 | WDX002 |
| 507480 | 12/30/2004 | 191.70 | WDX002 |
| 507481 | 12/30/2004 | 108.00 | WDX002 |
| 507482 | 12/30/2004 | 467.32 | WDX002 |
| 507483 | 12/30/2004 | 243.89 | WDX002 |
| 507485 | 12/30/2004 | 1,668.59 | WDX002 |
| 507486 | 12/30/2004 | 1,499.01 | WDX002 |
| 507487 | 12/30/2004 | 171.00 | WDX002 |
| 507488 | 12/30/2004 | 812.19 | WDX002 |
| 507489 | 12/30/2004 | 144.00 | WDX002 |
| 507490 | 12/30/2004 | 180.00 | WDX002 |
| 507622 | 12/30/2004 | 169.56 | WDX002 |

**W H Reynolds Distributor, Inc**
**dba Strategic Equipment and Supply Corporation**
**Receivables Owed for Sales/Services Prior to Chapter 11 Filing**

| Invoice # | Invoice Date | Invoice Amount | |
|---|---|---|---|
| 507623 | 12/30/2004 | 135.00 | WDX002 |
| 507625 | 12/30/2004 | 515.32 | WDX002 |
| 507626 | 12/30/2004 | 182.13 | WDX002 |
| 507628 | 12/30/2004 | 273.09 | WDX002 |
| 507629 | 12/30/2004 | 94.50 | WDX002 |
| 507630 | 12/30/2004 | 396.55 | WDX002 |
| 507631 | 12/30/2004 | 58.06 | WDX002 |
| 507632 | 12/30/2004 | 54.00 | WDX002 |
| 507633 | 12/30/2004 | 106.89 | WDX002 |
| 507634 | 12/30/2004 | 171.45 | WDX002 |
| 507704 | 12/30/2004 | 171.97 | WDX002 |
| 507705 | 12/30/2004 | 288.00 | WDX002 |
| 507706 | 12/30/2004 | 290.00 | WDX002 |
| 507707 | 12/30/2004 | 290.00 | WDX002 |
| 507708 | 12/30/2004 | 290.00 | WDX002 |
| 507711 | 12/30/2004 | 308.89 | WDX002 |
| 507712 | 12/30/2004 | 208.53 | WDX002 |
| 507713 | 12/30/2004 | 508.27 | WDX002 |
| 507714 | 12/30/2004 | 676.42 | WDX002 |
| 507715 | 12/30/2004 | 478.39 | WDX002 |
| 507716 | 12/30/2004 | 456.46 | WDX002 |
| 507717 | 12/30/2004 | 1,369.05 | WDX002 |
| 507718 | 12/30/2004 | 633.59 | WDX002 |
| 507719 | 12/30/2004 | 225.00 | WDX002 |
| 507720 | 12/30/2004 | 205.26 | WDX002 |
| 507721 | 12/30/2004 | 62.15 | WDX002 |
| 507722 | 12/30/2004 | 62.63 | WDX002 |
| 507723 | 12/30/2004 | 342.77 | WDX002 |
| 507724 | 12/30/2004 | 189.00 | WDX002 |
| 507725 | 12/30/2004 | 108.91 | WDX002 |
| 507726 | 12/30/2004 | 54.03 | WDX002 |
| 507727 | 12/30/2004 | 216.00 | WDX002 |
| 507728 | 12/30/2004 | 382.97 | WDX002 |
| 507744 | 12/31/2004 | 2.34 | WDX002 |
| 507755 | 12/30/2004 | 135.00 | WDX002 |
| 507756 | 12/30/2004 | 213.56 | WDX002 |
| 507757 | 12/30/2004 | 137.13 | WDX002 |
| 507758 | 12/30/2004 | 54.00 | WDX002 |
| 507759 | 12/30/2004 | 139.55 | WDX002 |
| 507760 | 12/30/2004 | 180.00 | WDX002 |
| 507761 | 12/30/2004 | 314.13 | WDX002 |
| 507762 | 12/30/2004 | 120.59 | WDX002 |
| 507763 | 12/30/2004 | 738.59 | WDX002 |
| 507764 | 12/30/2004 | 1,385.35 | WDX002 |
| 507765 | 12/30/2004 | 1,426.92 | WDX002 |
| 507766 | 12/30/2004 | 450.16 | WDX002 |

**W H Reynolds Distributor, Inc**
**dba Strategic Equipment and Supply Corporation**
**Receivables Owed for Sales/Services Prior to Chapter 11 Filing**

| Invoice # | Invoice Date | Invoice Amount | |
|---|---|---|---|
| 507767 | 12/30/2004 | 162.00 | WDX002 |
| 507768 | 12/30/2004 | 611.69 | WDX002 |
| 507769 | 12/30/2004 | 145.45 | WDX002 |
| 507770 | 12/30/2004 | 255.94 | WDX002 |
| 507771 | 12/30/2004 | 279.00 | WDX002 |
| 507772 | 12/30/2004 | 89.79 | WDX002 |
| 507773 | 12/30/2004 | 298.34 | WDX002 |
| 507867 | 12/30/2004 | 252.00 | WDX002 |
| 507985 | 12/30/2004 | 116.62 | WDX002 |
| 507990 | 12/30/2004 | 304.63 | WDX002 |
| 507991 | 12/30/2004 | 216.00 | WDX002 |
| 507992 | 12/30/2004 | 1,256.87 | WDX002 |
| 507993 | 12/30/2004 | 36.00 | WDX002 |
| 507994 | 12/30/2004 | 95.13 | WDX002 |
| 507995 | 12/30/2004 | 99.00 | WDX002 |
| 507996 | 12/30/2004 | 396.00 | WDX002 |
| 507997 | 12/30/2004 | 487.73 | WDX002 |
| 507998 | 12/30/2004 | 547.47 | WDX002 |
| 507999 | 12/30/2004 | 273.23 | WDX002 |
| 508000 | 12/30/2004 | 61.94 | WDX002 |
| 508002 | 12/30/2004 | 272.74 | WDX002 |
| 508003 | 12/30/2004 | 85.15 | WDX002 |
| 508004 | 12/30/2004 | 207.00 | WDX002 |
| 508005 | 12/30/2004 | 1,917.00 | WDX002 |
| 508006 | 12/30/2004 | 478.18 | WDX002 |
| 508007 | 12/30/2004 | 117.97 | WDX002 |
| 508008 | 12/30/2004 | 54.00 | WDX002 |
| 508009 | 12/30/2004 | 1,128.75 | WDX002 |
| 508011 | 12/30/2004 | 162.00 | WDX002 |
| 508012 | 12/30/2004 | 108.00 | WDX002 |
| 508013 | 12/30/2004 | 116.85 | WDX002 |
| 508014 | 12/30/2004 | 709.36 | WDX002 |
| 508015 | 12/30/2004 | 423.85 | WDX002 |
| 508016 | 12/30/2004 | 31.08 | WDX002 |
| 508018 | 12/30/2004 | 222.45 | WDX002 |
| 508019 | 12/30/2004 | 164.78 | WDX002 |
| 508059 | 12/30/2004 | 238.27 | WDX002 |
| 508062 | 12/30/2004 | 316.71 | WDX002 |
| 508366 | 12/30/2004 | 270.00 | WDX002 |
| 508392 | 12/30/2004 | 482.63 | WDX002 |
| 508403 | 12/30/2004 | 560.21 | WDX002 |
| 508436 | 12/30/2004 | 136.53 | WDX002 |
| 508437 | 12/30/2004 | 29.12 | WDX002 |
| 508452 | 12/30/2004 | 64.70 | WDX002 |
| 508454 | 12/30/2004 | 597.67 | WDX002 |
| 508470 | 12/31/2004 | 60.90 | WDX002 |

**W H Reynolds Distributor, Inc**
**dba Strategic Equipment and Supply Corporation**
**Receivables Owed for Sales/Services Prior to Chapter 11 Filing**

| Invoice # | Invoice Date | Invoice Amount | |
|---|---|---|---|
| 508487 | 12/30/2004 | 234.49 | WDX002 |
| 508488 | 12/30/2004 | 1,416.48 | WDX002 |
| 508497 | 12/30/2004 | 602.90 | WDX002 |
| 508499 | 12/30/2004 | 235.51 | WDX002 |
| 508501 | 12/30/2004 | 551.56 | WDX002 |
| 509352 | 1/14/2005 | 222.56 | WDX002 |
| 509353 | 1/14/2005 | 27.00 | WDX002 |
| 509354 | 1/14/2005 | 209.10 | WDX002 |
| 509355 | 1/14/2005 | 63.00 | WDX002 |
| 509356 | 1/14/2005 | 297.43 | WDX002 |
| 509357 | 1/14/2005 | 283.50 | WDX002 |
| 509358 | 1/14/2005 | 450.10 | WDX002 |
| 509359 | 1/14/2005 | 63.37 | WDX002 |
| 509360 | 1/14/2005 | 145.37 | WDX002 |
| 509361 | 1/14/2005 | 118.60 | WDX002 |
| 509362 | 1/14/2005 | 175.76 | WDX002 |
| 509363 | 1/14/2005 | 59.66 | WDX002 |
| 509364 | 1/14/2005 | 517.99 | WDX002 |
| 509365 | 1/14/2005 | 1,239.53 | WDX002 |
| 509366 | 1/14/2005 | 54.00 | WDX002 |
| 509367 | 1/14/2005 | 1,286.83 | WDX002 |
| 509368 | 1/14/2005 | 72.00 | WDX002 |
| 509369 | 1/14/2005 | 618.94 | WDX002 |
| 509371 | 1/14/2005 | 636.58 | WDX002 |
| 509372 | 1/14/2005 | 270.00 | WDX002 |
| 509373 | 1/14/2005 | 117.00 | WDX002 |
| 509374 | 1/14/2005 | 369.94 | WDX002 |
| 509375 | 1/14/2005 | 446.13 | WDX002 |
| 509376 | 1/14/2005 | 108.00 | WDX002 |
| 509377 | 1/14/2005 | 157.13 | WDX002 |
| 509378 | 1/14/2005 | 37.02 | WDX002 |
| 509379 | 1/14/2005 | 369.00 | WDX002 |
| 509380 | 1/14/2005 | 108.00 | WDX002 |
| 509381 | 1/14/2005 | 182.09 | WDX002 |
| 509382 | 1/14/2005 | 90.71 | WDX002 |
| 509385 | 1/14/2005 | 49.82 | WDX002 |
| 509626 | 1/14/2005 | 96.30 | WDX002 |
| 509627 | 1/14/2005 | 216.00 | WDX002 |
| 509650 | 1/14/2005 | 82.09 | WDX002 |
| 509651 | 1/14/2005 | 67.50 | WDX002 |
| 509652 | 1/14/2005 | 101.19 | WDX002 |
| 509653 | 1/14/2005 | 67.50 | WDX002 |
| 509654 | 1/14/2005 | 56.71 | WDX002 |
| 509655 | 1/14/2005 | 54.59 | WDX002 |
| 509656 | 1/14/2005 | 531.05 | WDX002 |
| 509657 | 1/14/2005 | 700.86 | WDX002 |

**W H Reynolds Distributor, Inc**
**dba Strategic Equipment and Supply Corporation**
**Receivables Owed for Sales/Services Prior to Chapter 11 Filing**

| Invoice # | Invoice Date | Invoice Amount | |
|---|---|---|---|
| 509658 | 1/14/2005 | 191.21 | WDX002 |
| 509659 | 1/14/2005 | 141.38 | WDX002 |
| 509660 | 1/14/2005 | 775.22 | WDX002 |
| 509661 | 1/14/2005 | 153.46 | WDX002 |
| 509662 | 1/14/2005 | 387.70 | WDX002 |
| 509663 | 1/14/2005 | 551.96 | WDX002 |
| 509664 | 1/14/2005 | 252.00 | WDX002 |
| 509906 | 1/18/2005 | 627.84 | WDX002 |
| 509976 | 1/18/2005 | 296.70 | WDX002 |
| 510696 | 1/24/2005 | 81.00 | WDX002 |
| 510716 | 1/24/2005 | 560.45 | WDX002 |
| 510736 | 1/25/2005 | 190.12 | WDX002 |
| 510759 | 1/25/2005 | 260.63 | WDX002 |
| 510936 | 1/25/2005 | 800.60 | WDX002 |
| 510937 | 1/25/2005 | 23.14 | WDX002 |
| 510939 | 1/25/2005 | 748.35 | WDX002 |
| 510996 | 1/25/2005 | 146.48 | WDX002 |
| 510997 | 1/25/2005 | 59.39 | WDX002 |
| 510998 | 1/25/2005 | 81.00 | WDX002 |
| 510999 | 1/25/2005 | 562.15 | WDX002 |
| 511007 | 1/25/2005 | 145.03 | WDX002 |
| 511008 | 1/25/2005 | 516.45 | WDX002 |
| 511009 | 1/25/2005 | 135.00 | WDX002 |
| 511010 | 1/25/2005 | 1,056.59 | WDX002 |
| 511011 | 1/25/2005 | 2,032.86 | WDX002 |
| 511012 | 1/25/2005 | 517.36 | WDX002 |
| 511013 | 1/25/2005 | 86.67 | WDX002 |
| 511014 | 1/25/2005 | 240.03 | WDX002 |
| 511015 | 1/25/2005 | 1,163.78 | WDX002 |
| 511016 | 1/25/2005 | 162.00 | WDX002 |
| 511017 | 1/25/2005 | 135.00 | WDX002 |
| 511018 | 1/25/2005 | 81.00 | WDX002 |
| 511019 | 1/25/2005 | 135.00 | WDX002 |
| 511020 | 1/25/2005 | 171.96 | WDX002 |
| 511021 | 1/25/2005 | 27.00 | WDX002 |
| 511022 | 1/25/2005 | 158.43 | WDX002 |
| 511023 | 1/25/2005 | 1,225.78 | WDX002 |
| 511024 | 1/25/2005 | 152.93 | WDX002 |
| 511052 | 1/26/2005 | 304.00 | WDX002 |
| 511061 | 1/26/2005 | 115.69 | WDX002 |
| 511062 | 1/26/2005 | 89.13 | WDX002 |
| 511063 | 1/26/2005 | 344.02 | WDX002 |
| 511064 | 1/26/2005 | 86.26 | WDX002 |
| 511065 | 1/26/2005 | 67.50 | WDX002 |
| 511066 | 1/26/2005 | 108.00 | WDX002 |
| 511074 | 1/26/2005 | 159.20 | WDX002 |

**W H Reynolds Distributor, Inc**
**dba Strategic Equipment and Supply Corporation**
**Receivables Owed for Sales/Services Prior to Chapter 11 Filing**

| Invoice # | Invoice Date | Invoice Amount | |
|---|---|---|---|
| 511222 | 1/27/2005 | 89.55 | WDX002 |
| 511226 | 1/27/2005 | 314.40 | WDX002 |
| 511237 | 1/27/2005 | 373.84 | WDX002 |
| 511280 | 1/27/2005 | 131.21 | WDX002 |
| 511281 | 1/27/2005 | 377.88 | WDX002 |
| 511282 | 1/27/2005 | 167.88 | WDX002 |
| 511283 | 1/27/2005 | 81.00 | WDX002 |
| 511284 | 1/27/2005 | 135.00 | WDX002 |
| 511285 | 1/27/2005 | 203.40 | WDX002 |
| 511287 | 1/27/2005 | 189.00 | WDX002 |
| 511289 | 1/27/2005 | 296.37 | WDX002 |
| 511290 | 1/27/2005 | 146.71 | WDX002 |
| 511291 | 1/27/2005 | 94.50 | WDX002 |
| 511293 | 1/27/2005 | 89.47 | WDX002 |
| 511294 | 1/27/2005 | 108.00 | WDX002 |
| 511295 | 1/27/2005 | 67.50 | WDX002 |
| 511296 | 1/27/2005 | 171.74 | WDX002 |
| 511298 | 1/27/2005 | 54.00 | WDX002 |
| 511300 | 1/27/2005 | 258.94 | WDX002 |
| 511301 | 1/27/2005 | 1,400.84 | WDX002 |
| 511302 | 1/27/2005 | 135.00 | WDX002 |
| 511303 | 1/27/2005 | 108.00 | WDX002 |
| 511305 | 1/27/2005 | 430.46 | WDX002 |
| 511306 | 1/27/2005 | 752.51 | WDX002 |
| 511308 | 1/27/2005 | 234.00 | WDX002 |
| 511309 | 1/27/2005 | 309.22 | WDX002 |
| 511411 | 1/27/2005 | 128.23 | WDX002 |
| 511451 | 1/27/2005 | 250.11 | WDX002 |
| 511452 | 1/27/2005 | 372.15 | WDX002 |
| 511679 | 1/28/2005 | 54.00 | WDX002 |
| 511680 | 1/28/2005 | 57.24 | WDX002 |
| 511681 | 1/28/2005 | 40.50 | WDX002 |
| 511682 | 1/28/2005 | 325.37 | WDX002 |
| 511683 | 1/28/2005 | 369.09 | WDX002 |
| 511684 | 1/28/2005 | 135.00 | WDX002 |
| 511685 | 1/28/2005 | 354.95 | WDX002 |
| 511686 | 1/28/2005 | 244.59 | WDX002 |
| 511687 | 1/28/2005 | 216.00 | WDX002 |
| 511688 | 1/28/2005 | 162.00 | WDX002 |
| 511689 | 1/28/2005 | 168.65 | WDX002 |
| 511690 | 1/28/2005 | 202.13 | WDX002 |
| 511691 | 1/28/2005 | 175.37 | WDX002 |
| 511692 | 1/28/2005 | 275.26 | WDX002 |
| 511693 | 1/28/2005 | 119.10 | WDX002 |
| 511694 | 1/28/2005 | 948.44 | WDX002 |
| 511695 | 1/28/2005 | 108.00 | WDX002 |

**W H Reynolds Distributor, Inc**
**dba Strategic Equipment and Supply Corporation**
**Receivables Owed for Sales/Services Prior to Chapter 11 Filing**

| Invoice # | Invoice Date | Invoice Amount | |
|---|---|---|---|
| 511696 | 1/28/2005 | 152.26 | WDX002 |
| 511697 | 1/28/2005 | 117.79 | WDX002 |
| 511698 | 1/28/2005 | 135.00 | WDX002 |
| 511702 | 1/28/2005 | 108.00 | WDX002 |
| 511704 | 1/28/2005 | 210.35 | WDX002 |
| 511706 | 1/28/2005 | 1,281.84 | WDX002 |
| 511792 | 1/28/2005 | 16.52 | WDX002 |
| 511793 | 1/28/2005 | 212.68 | WDX002 |
| 511828 | 1/31/2005 | 57.43 | WDX002 |
| 511829 | 1/31/2005 | 89.55 | WDX002 |
| 511884 | 1/31/2005 | 108.00 | WDX002 |
| 511910 | 1/31/2005 | 130.91 | WDX002 |
| 511911 | 1/31/2005 | 27.00 | WDX002 |
| 511912 | 1/31/2005 | 1,312.37 | WDX002 |
| 511913 | 1/31/2005 | 108.00 | WDX002 |
| 511957 | 1/31/2005 | 452.29 | WDX002 |
| 511958 | 1/31/2005 | 56.82 | WDX002 |
| 511966 | 1/31/2005 | 1,196.88 | WDX002 |
| 511967 | 1/31/2005 | 27.00 | WDX002 |
| 511973 | 1/31/2005 | 177.55 | WDX002 |
| 511989 | 1/31/2005 | 135.00 | WDX002 |
| 512112 | 1/31/2005 | 117.21 | WDX002 |
| 512250 | 1/31/2005 | 3,616.11 | WDX002 |
| 512371 | 1/31/2005 | 1,122.53 | WDX002 |
| 512372 | 1/31/2005 | 108.00 | WDX002 |
| 512402 | 1/31/2005 | 12.78 | WDX002 |
| 512540 | 1/31/2005 | 135.00 | WDX002 |
| 512541 | 1/31/2005 | 162.00 | WDX002 |
| 512542 | 1/31/2005 | 540.21 | WDX002 |
| 512543 | 1/31/2005 | 85.18 | WDX002 |
| 512544 | 1/31/2005 | 317.18 | WDX002 |
| 512545 | 1/31/2005 | 664.47 | WDX002 |
| 512546 | 1/31/2005 | 526.50 | WDX002 |
| 512547 | 1/31/2005 | 497.60 | WDX002 |
| 512548 | 1/31/2005 | 1,050.18 | WDX002 |
| 512555 | 1/31/2005 | 367.43 | WDX002 |
| 512557 | 1/31/2005 | 504.85 | WDX002 |
| 512558 | 1/31/2005 | 124.87 | WDX002 |
| 512559 | 1/31/2005 | 472.79 | WDX002 |
| 512560 | 1/31/2005 | 2,414.88 | WDX002 |
| 512562 | 1/31/2005 | 158.69 | WDX002 |
| 512563 | 1/31/2005 | 329.79 | WDX002 |
| 512564 | 1/31/2005 | 243.00 | WDX002 |
| 512565 | 1/31/2005 | 108.00 | WDX002 |
| 512566 | 1/31/2005 | 81.00 | WDX002 |
| 512567 | 1/31/2005 | 726.56 | WDX002 |

**W H Reynolds Distributor, Inc**
**dba Strategic Equipment and Supply Corporation**
**Receivables Owed for Sales/Services Prior to Chapter 11 Filing**

| Invoice # | Invoice Date | Invoice Amount | |
|---|---|---|---|
| 512568 | 1/31/2005 | 158.15 | WDX002 |
| 512569 | 1/31/2005 | 1,025.23 | WDX002 |
| 512571 | 1/31/2005 | 288.00 | WDX002 |
| 512572 | 1/31/2005 | 558.58 | WDX002 |
| 512574 | 1/31/2005 | 135.00 | WDX002 |
| 512575 | 1/31/2005 | 296.21 | WDX002 |
| 512576 | 1/31/2005 | 258.09 | WDX002 |
| 512577 | 1/31/2005 | 288.00 | WDX002 |
| 512578 | 1/31/2005 | 290.82 | WDX002 |
| 512579 | 1/31/2005 | 115.23 | WDX002 |
| 512580 | 1/31/2005 | 307.48 | WDX002 |
| 512581 | 1/31/2005 | 335.77 | WDX002 |
| 512584 | 1/31/2005 | 40.50 | WDX002 |
| 512585 | 1/31/2005 | 48.76 | WDX002 |
| 512586 | 1/31/2005 | 599.28 | WDX002 |
| 512587 | 1/31/2005 | 42.93 | WDX002 |
| 512588 | 1/31/2005 | 90.74 | WDX002 |
| 512590 | 1/31/2005 | 147.03 | WDX002 |
| 512591 | 1/31/2005 | 309.81 | WDX002 |
| 512611 | 1/31/2005 | 108.00 | WDX002 |
| 512710 | 1/31/2005 | 429.33 | WDX002 |
| 512735 | 1/31/2005 | 117.10 | WDX002 |
| 512736 | 1/31/2005 | 54.00 | WDX002 |
| 512737 | 1/31/2005 | 135.00 | WDX002 |
| 512738 | 1/31/2005 | 84.88 | WDX002 |
| 512739 | 1/31/2005 | 144.97 | WDX002 |
| 512740 | 1/31/2005 | 216.00 | WDX002 |
| 512741 | 1/31/2005 | 131.23 | WDX002 |
| 512768 | 1/31/2005 | 290.00 | WDX002 |
| 512769 | 1/31/2005 | 27.00 | WDX002 |
| 512770 | 1/31/2005 | 88.94 | WDX002 |
| 512771 | 1/31/2005 | 27.00 | WDX002 |
| 512772 | 1/31/2005 | 27.00 | WDX002 |
| 512773 | 1/31/2005 | 44.99 | WDX002 |
| 512774 | 1/31/2005 | 233.88 | WDX002 |
| 513016 | 1/31/2005 | 135.00 | WDX002 |
| 513017 | 1/31/2005 | 27.00 | WDX002 |
| 513074 | 1/31/2005 | 135.00 | WDX002 |
| 513075 | 1/31/2005 | 87.51 | WDX002 |
| 513076 | 1/31/2005 | 117.23 | WDX002 |
| 513077 | 1/31/2005 | 234.59 | WDX002 |
| 513078 | 1/31/2005 | 86.26 | WDX002 |
| 513079 | 1/31/2005 | 135.00 | WDX002 |
| 513135 | 1/31/2005 | 223.37 | WDX002 |
| 513187 | 1/31/2005 | 851.50 | WDX002 |
| 513188 | 1/31/2005 | 38.65 | WDX002 |

**W H Reynolds Distributor, Inc**
**dba Strategic Equipment and Supply Corporation**
**Receivables Owed for Sales/Services Prior to Chapter 11 Filing**

| Invoice # | Invoice Date | Invoice Amount | |
|---|---|---|---|
| 513189 | 1/31/2005 | 236.55 | WDX002 |
| 513190 | 1/31/2005 | 135.00 | WDX002 |
| 513191 | 1/31/2005 | 625.12 | WDX002 |
| 513193 | 1/31/2005 | 27.00 | WDX002 |
| 513194 | 1/31/2005 | 25.88 | WDX002 |
| 513195 | 1/31/2005 | 304.13 | WDX002 |
| 513316 | 1/31/2005 | 81.00 | WDX002 |
| 513317 | 1/31/2005 | 331.04 | WDX002 |
| 513320 | 1/31/2005 | 135.00 | WDX002 |
| 513324 | 1/31/2005 | 296.21 | WDX002 |
| 513412 | 2/9/2005 | 291.96 | WDX002 |
| 513414 | 2/9/2005 | 201.35 | WDX002 |
| 513466 | 2/9/2005 | 873.84 | WDX002 |
| 513547 | 2/9/2005 | 108.00 | WDX002 |
| 513548 | 2/9/2005 | 210.23 | WDX002 |
| 513549 | 2/9/2005 | 168.54 | WDX002 |
| 513550 | 2/9/2005 | 687.90 | WDX002 |
| 513552 | 2/9/2005 | 1,049.04 | WDX002 |
| 513553 | 2/9/2005 | 628.54 | WDX002 |
| 513554 | 2/9/2005 | 649.28 | WDX002 |
| 513558 | 2/9/2005 | 995.57 | WDX002 |
| 513589 | 2/9/2005 | 240.06 | WDX002 |
| 513590 | 2/9/2005 | 90.00 | WDX002 |
| 513737 | 2/9/2005 | 126.83 | WDX002 |
| 513738 | 2/9/2005 | 141.81 | WDX002 |
| 513759 | 2/10/2005 | 579.32 | WDX002 |
| 513950 | 2/10/2005 | 310.14 | WDX002 |
| 514032 | 2/10/2005 | 27.00 | WDX002 |
| 514034 | 2/10/2005 | 186.91 | WDX002 |
| 514037 | 2/10/2005 | 273.17 | WDX002 |
| 514134 | 2/10/2005 | 360.00 | WDX002 |
| 514169 | 2/10/2005 | 239.40 | WDX002 |
| 514384 | 2/11/2005 | 129.40 | WDX002 |
| 514385 | 2/11/2005 | 310.14 | WDX002 |
| 514388 | 2/11/2005 | 199.24 | WDX002 |
| 514389 | 2/11/2005 | 724.09 | WDX002 |
| 514390 | 2/11/2005 | 668.10 | WDX002 |
| 514391 | 2/11/2005 | 1,487.37 | WDX002 |
| 514392 | 2/11/2005 | 242.89 | WDX002 |
| 514393 | 2/11/2005 | 216.00 | WDX002 |
| 514394 | 2/11/2005 | 1,304.60 | WDX002 |
| 514395 | 2/11/2005 | 180.00 | WDX002 |
| 514396 | 2/11/2005 | 290.00 | WDX002 |
| 514397 | 2/11/2005 | 290.00 | WDX002 |
| 514398 | 2/11/2005 | 38.13 | WDX002 |
| 514399 | 2/11/2005 | 290.00 | WDX002 |

**W H Reynolds Distributor, Inc**
**dba Strategic Equipment and Supply Corporation**
**Receivables Owed for Sales/Services Prior to Chapter 11 Filing**

| Invoice # | Invoice Date | Invoice Amount | |
|---|---|---|---|
| 514400 | 2/11/2005 | 290.00 | WDX002 |
| 514401 | 2/11/2005 | 243.00 | WDX002 |
| 514402 | 2/11/2005 | 135.00 | WDX002 |
| 514403 | 2/11/2005 | 303.48 | WDX002 |
| 514405 | 2/11/2005 | 134.00 | WDX002 |
| 514406 | 2/11/2005 | 32.63 | WDX002 |
| 514407 | 2/11/2005 | 329.90 | WDX002 |
| 514408 | 2/11/2005 | 94.50 | WDX002 |
| 514409 | 2/11/2005 | 262.68 | WDX002 |
| 514411 | 2/11/2005 | 126.63 | WDX002 |
| 514455 | 2/11/2005 | 243.00 | WDX002 |
| 514467 | 2/11/2005 | 1,065.22 | WDX002 |
| 514475 | 2/11/2005 | 293.81 | WDX002 |
| 514515 | 2/14/2005 | 51.57 | WDX002 |
| 514555 | 2/14/2005 | 511.73 | WDX002 |
| 514556 | 2/14/2005 | 40.50 | WDX002 |
| 514557 | 2/14/2005 | 226.73 | WDX002 |
| 514559 | 2/14/2005 | 158.19 | WDX002 |
| 514561 | 2/14/2005 | 51.57 | WDX002 |
| 514563 | 2/14/2005 | 11.18 | WDX002 |
| 514565 | 2/14/2005 | 51.57 | WDX002 |
| 514567 | 2/14/2005 | 53.51 | WDX002 |
| 514569 | 2/14/2005 | 158.19 | WDX002 |
| 514575 | 2/14/2005 | 127.06 | WDX002 |
| 514670 | 2/14/2005 | 349.41 | WDX002 |
| 515200 | 2/14/2005 | 27.00 | WDX002 |
| 515201 | 2/14/2005 | 135.00 | WDX002 |
| 515202 | 2/14/2005 | 81.00 | WDX002 |
| 515203 | 2/14/2005 | 302.75 | WDX002 |
| 515204 | 2/14/2005 | 149.22 | WDX002 |
| 515205 | 2/14/2005 | 549.90 | WDX002 |
| 515206 | 2/14/2005 | 752.26 | WDX002 |
| 515207 | 2/14/2005 | 879.24 | WDX002 |
| 515208 | 2/14/2005 | 337.38 | WDX002 |
| 515209 | 2/14/2005 | 372.31 | WDX002 |
| 515210 | 2/14/2005 | 195.47 | WDX002 |
| 515211 | 2/14/2005 | 63.46 | WDX002 |
| 515212 | 2/14/2005 | 216.00 | WDX002 |
| 515213 | 2/14/2005 | 135.00 | WDX002 |
| 515214 | 2/14/2005 | 28.89 | WDX002 |
| 515215 | 2/14/2005 | 102.93 | WDX002 |
| 515216 | 2/14/2005 | 54.00 | WDX002 |
| 515253 | 2/14/2005 | 125.01 | WDX002 |
| 515254 | 2/14/2005 | 450.56 | WDX002 |
| 515361 | 2/14/2005 | 135.00 | WDX002 |
| 515362 | 2/14/2005 | 257.06 | WDX002 |

**W H Reynolds Distributor, Inc**
**dba Strategic Equipment and Supply Corporation**
**Receivables Owed for Sales/Services Prior to Chapter 11 Filing**

| Invoice # | Invoice Date | Invoice Amount | |
|---|---|---|---|
| 515363 | 2/14/2005 | 68.90 | WDX002 |
| 515366 | 2/14/2005 | 40.50 | WDX002 |
| 515368 | 2/14/2005 | 81.00 | WDX002 |
| 515369 | 2/14/2005 | 522.86 | WDX002 |
| 515376 | 2/14/2005 | 477.21 | WDX002 |
| 515393 | 2/14/2005 | 320.38 | WDX002 |
| 515394 | 2/14/2005 | 1,106.62 | WDX002 |
| 515395 | 2/14/2005 | 246.27 | WDX002 |
| 515396 | 2/14/2005 | 108.00 | WDX002 |
| 515397 | 2/14/2005 | 277.72 | WDX002 |
| 515398 | 2/14/2005 | 81.00 | WDX002 |
| 515399 | 2/14/2005 | 189.00 | WDX002 |
| 515400 | 2/14/2005 | 177.03 | WDX002 |
| 515529 | 2/14/2005 | 162.00 | WDX002 |
| 515530 | 2/14/2005 | 202.50 | WDX002 |
| 515531 | 2/14/2005 | 262.89 | WDX002 |
| 515532 | 2/14/2005 | 234.00 | WDX002 |
| 515533 | 2/14/2005 | 243.00 | WDX002 |
| 515534 | 2/14/2005 | 923.66 | WDX002 |
| 515535 | 2/14/2005 | 189.00 | WDX002 |
| 515536 | 2/14/2005 | 81.00 | WDX002 |
| 515537 | 2/14/2005 | 81.00 | WDX002 |
| 515538 | 2/14/2005 | 72.00 | WDX002 |
| 515791 | 2/22/2005 | 21.44 | WDX002 |
| 515792 | 2/22/2005 | 114.48 | WDX002 |
| 515793 | 2/22/2005 | 88.16 | WDX002 |
| 515794 | 2/22/2005 | 282.71 | WDX002 |
| 516689 | 2/28/2005 | 130.01 | WDX002 |
| 516707 | 2/28/2005 | 223.91 | WDX002 |
| 516714 | 2/28/2005 | 81.00 | WDX002 |
| 516715 | 2/28/2005 | 486.17 | WDX002 |
| 516716 | 2/28/2005 | 103.60 | WDX002 |
| 516717 | 2/28/2005 | 135.00 | WDX002 |
| 516718 | 2/28/2005 | 127.76 | WDX002 |
| 516719 | 2/28/2005 | 164.22 | WDX002 |
| 516720 | 2/28/2005 | 450.63 | WDX002 |
| 516721 | 2/28/2005 | 243.00 | WDX002 |
| 516722 | 2/28/2005 | 36.38 | WDX002 |
| 516723 | 2/28/2005 | 27.00 | WDX002 |
| 516724 | 2/28/2005 | 146.48 | WDX002 |
| 516725 | 2/28/2005 | 108.00 | WDX002 |
| 516726 | 2/28/2005 | 710.89 | WDX002 |
| 516727 | 2/28/2005 | 579.26 | WDX002 |
| 516728 | 2/28/2005 | 135.00 | WDX002 |
| 516729 | 2/28/2005 | 1,465.36 | WDX002 |
| 516730 | 2/28/2005 | 180.00 | WDX002 |

**W H Reynolds Distributor, Inc**
**dba Strategic Equipment and Supply Corporation**
**Receivables Owed for Sales/Services Prior to Chapter 11 Filing**

| Invoice # | Invoice Date | Invoice Amount | |
|---|---|---|---|
| 516746 | 2/28/2005 | 187.79 | WDX002 |
| 516747 | 2/28/2005 | 129.35 | WDX002 |
| 516748 | 2/28/2005 | 101.12 | WDX002 |
| 516749 | 2/28/2005 | 164.78 | WDX002 |
| 516750 | 2/28/2005 | 160.44 | WDX002 |
| 516751 | 2/28/2005 | 236.68 | WDX002 |
| 516758 | 2/28/2005 | 144.82 | WDX002 |
| 516759 | 2/28/2005 | 27.00 | WDX002 |
| 516760 | 2/28/2005 | 306.34 | WDX002 |
| 516775 | 2/28/2005 | 81.00 | WDX002 |
| 516815 | 2/28/2005 | 272.64 | WDX002 |
| 516816 | 2/28/2005 | 108.00 | WDX002 |
| 516817 | 2/28/2005 | 54.00 | WDX002 |
| 516818 | 2/28/2005 | 1,137.41 | WDX002 |
| 516819 | 2/28/2005 | 162.00 | WDX002 |
| 516820 | 2/28/2005 | 67.50 | WDX002 |
| 516821 | 2/28/2005 | 279.00 | WDX002 |
| 516822 | 2/28/2005 | 781.08 | WDX002 |
| 516823 | 2/28/2005 | 250.03 | WDX002 |
| 516824 | 2/28/2005 | 401.66 | WDX002 |
| 516825 | 2/28/2005 | 444.01 | WDX002 |
| 516828 | 2/28/2005 | 108.00 | WDX002 |
| 516829 | 2/28/2005 | 537.39 | WDX002 |
| 516830 | 2/28/2005 | 162.00 | WDX002 |
| 516831 | 2/28/2005 | 173.89 | WDX002 |
| 516833 | 2/28/2005 | 1,123.34 | WDX002 |
| 516836 | 2/28/2005 | 108.00 | WDX002 |
| 516837 | 2/28/2005 | 336.43 | WDX002 |
| 516838 | 2/28/2005 | 405.00 | WDX002 |
| 516839 | 2/28/2005 | 27.00 | WDX002 |
| 516840 | 2/28/2005 | 279.00 | WDX002 |
| 516841 | 2/28/2005 | 243.00 | WDX002 |
| 516842 | 2/28/2005 | 71.01 | WDX002 |
| 516845 | 2/28/2005 | 144.27 | WDX002 |
| 516846 | 2/28/2005 | 702.38 | WDX002 |
| 516847 | 2/28/2005 | 22.84 | WDX002 |
| 516849 | 2/28/2005 | 1,160.20 | WDX002 |
| 516851 | 2/28/2005 | 448.87 | WDX002 |
| 516868 | 2/28/2005 | 267.88 | WDX002 |
| 516869 | 2/28/2005 | 203.23 | WDX002 |
| 516872 | 2/28/2005 | 317.38 | WDX002 |
| 516873 | 2/28/2005 | 236.33 | WDX002 |

**W H Reynolds Distributor, Inc**
**dba Strategic Equipment and Supply Corporation**
**Receivables Owed for Sales/Services Prior to Chapter 11 Filing**

| Invoice # | Invoice Date | Invoice Amount | |
|---|---|---|---|
| 503141 | 11/30/2004 | 121.50 | WDX003 |
| 503382 | 11/30/2004 | 114.04 | WDX003 |
| 511000 | 1/25/2005 | 81.00 | WDX003 |
| 511001 | 1/25/2005 | 54.00 | WDX003 |
| 511002 | 1/25/2005 | 431.00 | WDX003 |
| 511003 | 1/25/2005 | 200.23 | WDX003 |
| 511004 | 1/25/2005 | 78.97 | WDX003 |
| 511005 | 1/25/2005 | 162.00 | WDX003 |
| 511006 | 1/25/2005 | 278.61 | WDX003 |
| 511959 | 1/31/2005 | 377.87 | WDX003 |
| 511960 | 1/31/2005 | 260.68 | WDX003 |
| 511961 | 1/31/2005 | 790.04 | WDX003 |
| 511962 | 1/31/2005 | 121.50 | WDX003 |
| 511963 | 1/31/2005 | 135.36 | WDX003 |
| 511964 | 1/31/2005 | 648.85 | WDX003 |
| 511965 | 1/31/2005 | 681.10 | WDX003 |
| 511968 | 1/31/2005 | 327.78 | WDX003 |
| 511969 | 1/31/2005 | 231.00 | WDX003 |
| 512549 | 1/31/2005 | 121.50 | WDX003 |
| 512550 | 1/31/2005 | 222.48 | WDX003 |
| 512551 | 1/31/2005 | 94.50 | WDX003 |
| 512552 | 1/31/2005 | 677.01 | WDX003 |
| 512582 | 1/31/2005 | 894.66 | WDX003 |
| 512592 | 1/31/2005 | 741.73 | WDX003 |
| 512595 | 1/31/2005 | 184.90 | WDX003 |
| 512597 | 1/31/2005 | 54.00 | WDX003 |
| 513131 | 1/31/2005 | 35.02 | WDX003 |
| 513165 | 1/31/2005 | 216.00 | WDX003 |
| 513166 | 1/31/2005 | 108.00 | WDX003 |
| 513274 | 1/31/2005 | 81.00 | WDX003 |
| 513402 | 2/9/2005 | 288.09 | WDX003 |
| 513404 | 2/9/2005 | 1,252.74 | WDX003 |
| 513405 | 2/9/2005 | 1,075.20 | WDX003 |
| 513406 | 2/9/2005 | 419.81 | WDX003 |
| 513557 | 2/9/2005 | 206.17 | WDX003 |

**W H Reynolds Distributor, Inc**
**dba Strategic Equipment and Supply Corporation**
**Receivables Owed for Sales/Services Prior to Chapter 11 Filing**

| Invoice # | Invoice Date | Invoice Amount | |
|---|---|---|---|
| 515795 | 2/22/2005 | 989.54 | WDX004 |

**W H Reynolds Distributor, Inc**
**dba Strategic Equipment and Supply Corporation**
**Receivables Owed for Sales/Services Prior to Chapter 11 Filing**

| Invoice # | Invoice Date | Invoice Amount | |
|---|---|---|---|
| 446784 | 12/9/2003 | 0.99 | WDX008 |
| 473586 | 5/31/2004 | 9.00 | WDX008 |
| 473588 | 5/31/2004 | 99.00 | WDX008 |
| 473964 | 5/31/2004 | 108.00 | WDX008 |
| 473965 | 5/31/2004 | 133.13 | WDX008 |
| 477725 | 6/28/2004 | 220.09 | WDX008 |
| 478039 | 6/29/2004 | 27.00 | WDX008 |
| 479981 | 7/13/2004 | 81.00 | WDX008 |
| 480669 | 7/16/2004 | 19.67 | WDX008 |
| 481441 | 7/22/2004 | 40.50 | WDX008 |
| 482911 | 7/30/2004 | 225.63 | WDX008 |
| 493429 | 10/12/2004 | 2,414.45 | WDX008 |
| 501259 | 11/30/2004 | 214.01 | WDX008 |
| 501573 | 11/30/2004 | 330.06 | WDX008 |
| 501576 | 11/30/2004 | 332.73 | WDX008 |
| 501577 | 11/30/2004 | 54.96 | WDX008 |
| 501597 | 11/30/2004 | 162.00 | WDX008 |
| 501600 | 11/30/2004 | 162.00 | WDX008 |
| 501601 | 11/30/2004 | 27.00 | WDX008 |
| 501602 | 11/30/2004 | 67.50 | WDX008 |
| 501605 | 11/30/2004 | 362.94 | WDX008 |
| 501606 | 11/30/2004 | 36.77 | WDX008 |
| 502875 | 11/30/2004 | 145.80 | WDX008 |
| 502876 | 11/30/2004 | 270.00 | WDX008 |
| 503765 | 12/15/2004 | 219.06 | WDX008 |
| 503766 | 12/15/2004 | 13.50 | WDX008 |
| 503767 | 12/15/2004 | 45.79 | WDX008 |
| 503768 | 12/15/2004 | 158.79 | WDX008 |
| 503769 | 12/15/2004 | 13.50 | WDX008 |
| 505421 | 12/21/2004 | 267.66 | WDX008 |
| 505422 | 12/21/2004 | 454.05 | WDX008 |
| 505429 | 12/21/2004 | 283.50 | WDX008 |
| 505822 | 12/23/2004 | 385.24 | WDX008 |
| 505824 | 12/23/2004 | 849.67 | WDX008 |
| 506404 | 12/30/2004 | 105.84 | WDX008 |
| 506409 | 12/30/2004 | 727.65 | WDX008 |
| 506491 | 12/30/2004 | 595.22 | WDX008 |
| 506492 | 12/30/2004 | 221.10 | WDX008 |
| 506493 | 12/30/2004 | 184.50 | WDX008 |
| 506495 | 12/30/2004 | 695.01 | WDX008 |
| 506658 | 12/30/2004 | 312.87 | WDX008 |
| 506663 | 12/30/2004 | 189.00 | WDX008 |
| 506664 | 12/30/2004 | 2,858.68 | WDX008 |
| 506665 | 12/30/2004 | 191.99 | WDX008 |
| 506666 | 12/30/2004 | 861.64 | WDX008 |
| 506667 | 12/30/2004 | 124.51 | WDX008 |

**W H Reynolds Distributor, Inc**
**dba Strategic Equipment and Supply Corporation**
**Receivables Owed for Sales/Services Prior to Chapter 11 Filing**

| Invoice # | Invoice Date | Invoice Amount | |
|---|---|---|---|
| 506668 | 12/30/2004 | 1,070.09 | WDX008 |
| 506669 | 12/30/2004 | 27.00 | WDX008 |
| 506670 | 12/30/2004 | 445.61 | WDX008 |
| 506704 | 12/30/2004 | 377.32 | WDX008 |
| 506711 | 12/30/2004 | 108.00 | WDX008 |
| 506712 | 12/30/2004 | 1,234.84 | WDX008 |
| 506713 | 12/30/2004 | 99.49 | WDX008 |
| 506714 | 12/30/2004 | 180.00 | WDX008 |
| 506715 | 12/30/2004 | 234.00 | WDX008 |
| 506716 | 12/30/2004 | 184.73 | WDX008 |
| 506717 | 12/30/2004 | 522.18 | WDX008 |
| 506718 | 12/30/2004 | 138.61 | WDX008 |
| 506911 | 12/30/2004 | 67.50 | WDX008 |
| 506927 | 12/30/2004 | 27.00 | WDX008 |
| 506928 | 12/30/2004 | 54.79 | WDX008 |
| 506929 | 12/30/2004 | 64.94 | WDX008 |
| 506930 | 12/30/2004 | 206.98 | WDX008 |
| 506931 | 12/30/2004 | 177.49 | WDX008 |
| 506932 | 12/30/2004 | 912.50 | WDX008 |
| 506933 | 12/30/2004 | 40.50 | WDX008 |
| 506934 | 12/30/2004 | 127.39 | WDX008 |
| 506941 | 12/30/2004 | 902.37 | WDX008 |
| 506944 | 12/30/2004 | 165.18 | WDX008 |
| 506945 | 12/30/2004 | 203.41 | WDX008 |
| 507107 | 12/31/2004 | 124.66 | WDX008 |
| 507116 | 12/31/2004 | 25.50 | WDX008 |
| 507121 | 12/31/2004 | 160.86 | WDX008 |
| 507125 | 12/31/2004 | 255.73 | WDX008 |
| 507126 | 12/31/2004 | 20.64 | WDX008 |
| 507127 | 12/31/2004 | 423.42 | WDX008 |
| 507128 | 12/31/2004 | 701.57 | WDX008 |
| 507206 | 12/31/2004 | 246.37 | WDX008 |
| 507207 | 12/31/2004 | 397.91 | WDX008 |
| 507243 | 12/31/2004 | 108.00 | WDX008 |
| 507245 | 12/31/2004 | 605.39 | WDX008 |
| 507246 | 12/31/2004 | 521.40 | WDX008 |
| 507982 | 12/30/2004 | 75.27 | WDX008 |
| 507983 | 12/30/2004 | 339.62 | WDX008 |
| 507986 | 12/30/2004 | 890.68 | WDX008 |
| 507987 | 12/30/2004 | 599.92 | WDX008 |
| 508293 | 12/31/2004 | 358.87 | WDX008 |
| 508294 | 12/31/2004 | 316.06 | WDX008 |
| 508296 | 12/31/2004 | 62.46 | WDX008 |
| 508299 | 12/31/2004 | 153.78 | WDX008 |
| 508312 | 12/31/2004 | 297.03 | WDX008 |
| 508401 | 12/30/2004 | 496.10 | WDX008 |

**W H Reynolds Distributor, Inc**
**dba Strategic Equipment and Supply Corporation**
**Receivables Owed for Sales/Services Prior to Chapter 11 Filing**

| Invoice # | Invoice Date | Invoice Amount | |
|---|---|---|---|
| 508402 | 12/30/2004 | 162.03 | WDX008 |
| 508404 | 12/30/2004 | 142.91 | WDX008 |
| 508405 | 12/30/2004 | 54.00 | WDX008 |
| 508406 | 12/30/2004 | 436.81 | WDX008 |
| 508410 | 12/30/2004 | 180.00 | WDX008 |
| 508411 | 12/30/2004 | 423.00 | WDX008 |
| 508412 | 12/30/2004 | 172.89 | WDX008 |
| 508413 | 12/30/2004 | 81.00 | WDX008 |
| 508414 | 12/30/2004 | 150.00 | WDX008 |
| 508415 | 12/30/2004 | 58.63 | WDX008 |
| 508416 | 12/30/2004 | 691.03 | WDX008 |
| 508417 | 12/30/2004 | 982.55 | WDX008 |
| 508418 | 12/30/2004 | 211.50 | WDX008 |
| 508442 | 12/30/2004 | 217.91 | WDX008 |
| 508443 | 12/30/2004 | 73.91 | WDX008 |
| 508448 | 12/30/2004 | 667.06 | WDX008 |
| 508449 | 12/30/2004 | 67.50 | WDX008 |
| 508450 | 12/30/2004 | 74.04 | WDX008 |
| 508451 | 12/30/2004 | 67.50 | WDX008 |
| 508455 | 12/30/2004 | 91.70 | WDX008 |
| 508456 | 12/30/2004 | 108.00 | WDX008 |
| 508457 | 12/30/2004 | 1,411.64 | WDX008 |
| 508458 | 12/30/2004 | 81.00 | WDX008 |
| 508461 | 12/30/2004 | 252.00 | WDX008 |
| 508462 | 12/30/2004 | 2,008.79 | WDX008 |
| 508463 | 12/30/2004 | 1,267.62 | WDX008 |
| 508471 | 12/31/2004 | 60.34 | WDX008 |
| 508474 | 12/30/2004 | 171.97 | WDX008 |
| 508621 | 12/30/2004 | 181.64 | WDX008 |
| 508635 | 12/30/2004 | 624.80 | WDX008 |
| 508647 | 12/30/2004 | 915.21 | WDX008 |
| 508945 | 1/12/2005 | 299.76 | WDX008 |
| 509175 | 1/13/2005 | 1,330.62 | WDX008 |
| 509176 | 1/13/2005 | 135.00 | WDX008 |
| 509177 | 1/13/2005 | 605.54 | WDX008 |
| 509178 | 1/13/2005 | 368.89 | WDX008 |
| 509179 | 1/13/2005 | 422.47 | WDX008 |
| 509180 | 1/13/2005 | 252.27 | WDX008 |
| 509184 | 1/13/2005 | 162.00 | WDX008 |
| 509186 | 1/13/2005 | 691.99 | WDX008 |
| 509187 | 1/13/2005 | 126.00 | WDX008 |
| 509188 | 1/13/2005 | 196.17 | WDX008 |
| 509641 | 1/14/2005 | 261.00 | WDX008 |
| 509646 | 1/14/2005 | 38.77 | WDX008 |
| 509647 | 1/14/2005 | 178.93 | WDX008 |
| 509648 | 1/14/2005 | 405.00 | WDX008 |

**W H Reynolds Distributor, Inc**
**dba Strategic Equipment and Supply Corporation**
**Receivables Owed for Sales/Services Prior to Chapter 11 Filing**

| Invoice # | Invoice Date | Invoice Amount | |
|---|---|---|---|
| 509649 | 1/14/2005 | 224.08 | WDX008 |
| 509665 | 1/14/2005 | 108.00 | WDX008 |
| 509669 | 1/14/2005 | 108.00 | WDX008 |
| 509671 | 1/14/2005 | 90.00 | WDX008 |
| 509710 | 1/17/2005 | 26.42 | WDX008 |
| 509711 | 1/17/2005 | 290.16 | WDX008 |
| 509713 | 1/17/2005 | 92.14 | WDX008 |
| 509818 | 1/17/2005 | 214.95 | WDX008 |
| 509823 | 1/17/2005 | 216.00 | WDX008 |
| 509824 | 1/17/2005 | 150.50 | WDX008 |
| 509825 | 1/17/2005 | 108.00 | WDX008 |
| 509826 | 1/17/2005 | 54.00 | WDX008 |
| 509827 | 1/17/2005 | 155.31 | WDX008 |
| 509828 | 1/17/2005 | 347.52 | WDX008 |
| 509829 | 1/17/2005 | 719.68 | WDX008 |
| 509831 | 1/17/2005 | 596.39 | WDX008 |
| 509834 | 1/17/2005 | 567.70 | WDX008 |
| 510692 | 1/24/2005 | 225.69 | WDX008 |
| 510693 | 1/24/2005 | 79.30 | WDX008 |
| 510694 | 1/24/2005 | 81.00 | WDX008 |
| 510695 | 1/24/2005 | 359.72 | WDX008 |
| 510697 | 1/24/2005 | 323.44 | WDX008 |
| 510698 | 1/24/2005 | 342.00 | WDX008 |
| 510701 | 1/24/2005 | 94.50 | WDX008 |
| 510702 | 1/24/2005 | 135.75 | WDX008 |
| 510703 | 1/24/2005 | 252.07 | WDX008 |
| 510704 | 1/24/2005 | 500.60 | WDX008 |
| 510995 | 1/25/2005 | 299.46 | WDX008 |
| 511034 | 1/26/2005 | 908.07 | WDX008 |
| 511035 | 1/26/2005 | 780.69 | WDX008 |
| 511885 | 1/31/2005 | 654.33 | WDX008 |
| 511886 | 1/31/2005 | 81.00 | WDX008 |
| 511981 | 1/31/2005 | 54.00 | WDX008 |
| 512379 | 1/31/2005 | 27.00 | WDX008 |
| 512417 | 1/31/2005 | 63.94 | WDX008 |
| 512461 | 1/31/2005 | 108.00 | WDX008 |
| 512744 | 1/31/2005 | 479.68 | WDX008 |
| 513179 | 1/31/2005 | 221.37 | WDX008 |
| 513180 | 1/31/2005 | 433.55 | WDX008 |
| 513181 | 1/31/2005 | 187.14 | WDX008 |
| 513182 | 1/31/2005 | 845.50 | WDX008 |
| 513183 | 1/31/2005 | 805.57 | WDX008 |
| 513184 | 1/31/2005 | 132.57 | WDX008 |
| 513206 | 1/31/2005 | 844.67 | WDX008 |
| 513310 | 1/31/2005 | 83.16 | WDX008 |
| 514026 | 2/10/2005 | 148.50 | WDX008 |

**W H Reynolds Distributor, Inc**
**dba Strategic Equipment and Supply Corporation**
**Receivables Owed for Sales/Services Prior to Chapter 11 Filing**

| Invoice # | Invoice Date | Invoice Amount | |
|---|---|---|---|
| 514036 | 2/10/2005 | 1,415.15 | WDX008 |
| 514038 | 2/10/2005 | 466.75 | WDX008 |
| 514039 | 2/10/2005 | 137.70 | WDX008 |
| 514044 | 2/10/2005 | 180.85 | WDX008 |
| 514045 | 2/10/2005 | 27.00 | WDX008 |
| 514046 | 2/10/2005 | 81.00 | WDX008 |
| 514048 | 2/10/2005 | 387.91 | WDX008 |
| 514050 | 2/10/2005 | 403.92 | WDX008 |
| 514051 | 2/10/2005 | 150.63 | WDX008 |
| 514052 | 2/10/2005 | 93.97 | WDX008 |
| 514053 | 2/10/2005 | 94.85 | WDX008 |
| 514141 | 2/10/2005 | 229.50 | WDX008 |
| 514170 | 2/10/2005 | 918.94 | WDX008 |
| 514463 | 2/11/2005 | 175.02 | WDX008 |
| 514464 | 2/11/2005 | 366.01 | WDX008 |
| 515370 | 2/14/2005 | 707.96 | WDX008 |
| 515371 | 2/14/2005 | 631.00 | WDX008 |
| 515372 | 2/14/2005 | 110.34 | WDX008 |
| 515373 | 2/14/2005 | 40.50 | WDX008 |
| 515374 | 2/14/2005 | 418.57 | WDX008 |
| 515375 | 2/14/2005 | 206.00 | WDX008 |
| 515377 | 2/14/2005 | 243.00 | WDX008 |
| 515796 | 2/22/2005 | 235.70 | WDX008 |
| 515833 | 2/22/2005 | 17.42 | WDX008 |
| 516745 | 2/28/2005 | 280.36 | WDX008 |
| 516768 | 2/28/2005 | 162.00 | WDX008 |
| 516776 | 2/28/2005 | 435.50 | WDX008 |
| 516778 | 2/28/2005 | 709.80 | WDX008 |
| 516781 | 2/28/2005 | 674.13 | WDX008 |
| 516782 | 2/28/2005 | 1,187.90 | WDX008 |
| 516783 | 2/28/2005 | 818.35 | WDX008 |
| 516875 | 2/28/2005 | 271.67 | WDX008 |
| 517007 | 2/28/2005 | 774.59 | WDX008 |

**W H Reynolds Distributor, Inc**
**dba Strategic Equipment and Supply Corporation**
**Receivables Owed for Sales/Services Prior to Chapter 11 Filing**

| Invoice # | Invoice Date | Invoice Amount | |
|---|---|---|---|
| 510935 | 1/25/2005 | 808.69 | WDX010 |
| 510940 | 1/25/2005 | 252.39 | WDX010 |
| 510941 | 1/25/2005 | 24.69 | WDX010 |
| 511037 | 1/26/2005 | 135.00 | WDX010 |
| 511038 | 1/26/2005 | 108.00 | WDX010 |
| 511042 | 1/26/2005 | 112.96 | WDX010 |
| 511043 | 1/26/2005 | 229.06 | WDX010 |
| 511109 | 1/26/2005 | 200.77 | WDX010 |
| 511435 | 1/27/2005 | 512.04 | WDX010 |
| 511436 | 1/27/2005 | 36.00 | WDX010 |
| 511450 | 1/27/2005 | 198.54 | WDX010 |
| 511474 | 1/27/2005 | 87.47 | WDX010 |
| 511485 | 1/27/2005 | 846.00 | WDX010 |
| 511650 | 1/28/2005 | 126.00 | WDX010 |
| 511651 | 1/28/2005 | 94.50 | WDX010 |
| 511652 | 1/28/2005 | 91.00 | WDX010 |
| 511653 | 1/28/2005 | 18.00 | WDX010 |
| 511654 | 1/28/2005 | 102.64 | WDX010 |
| 511678 | 1/28/2005 | 335.25 | WDX010 |
| 511713 | 1/28/2005 | 509.52 | WDX010 |
| 511794 | 1/28/2005 | 94.91 | WDX010 |
| 511795 | 1/28/2005 | 91.23 | WDX010 |
| 511796 | 1/28/2005 | 175.12 | WDX010 |
| 511867 | 1/31/2005 | 1,185.51 | WDX010 |
| 511868 | 1/31/2005 | 688.36 | WDX010 |
| 511882 | 1/31/2005 | 50.12 | WDX010 |
| 511883 | 1/31/2005 | 216.00 | WDX010 |
| 511949 | 1/31/2005 | 529.70 | WDX010 |
| 511950 | 1/31/2005 | 485.59 | WDX010 |
| 511951 | 1/31/2005 | 27.00 | WDX010 |
| 511952 | 1/31/2005 | 1,345.59 | WDX010 |
| 511971 | 1/31/2005 | 319.72 | WDX010 |
| 511972 | 1/31/2005 | 67.50 | WDX010 |
| 511982 | 1/31/2005 | 135.00 | WDX010 |
| 511983 | 1/31/2005 | 205.86 | WDX010 |
| 511984 | 1/31/2005 | 54.00 | WDX010 |
| 511985 | 1/31/2005 | 54.00 | WDX010 |
| 511988 | 1/31/2005 | 335.66 | WDX010 |
| 511990 | 1/31/2005 | 321.99 | WDX010 |
| 511991 | 1/31/2005 | 81.00 | WDX010 |
| 511992 | 1/31/2005 | 27.71 | WDX010 |
| 511993 | 1/31/2005 | 139.50 | WDX010 |
| 511994 | 1/31/2005 | 128.78 | WDX010 |
| 511995 | 1/31/2005 | 126.00 | WDX010 |
| 512358 | 1/31/2005 | 100.26 | WDX010 |
| 512375 | 1/31/2005 | 220.91 | WDX010 |

## W H Reynolds Distributor, Inc
### dba Strategic Equipment and Supply Corporation
### Receivables Owed for Sales/Services Prior to Chapter 11 Filing

| Invoice # | Invoice Date | Invoice Amount | |
|---|---|---|---|
| 512377 | 1/31/2005 | 476.93 | WDX010 |
| 512394 | 1/31/2005 | 120.62 | WDX010 |
| 512733 | 1/31/2005 | 242.99 | WDX010 |
| 512742 | 1/31/2005 | 94.50 | WDX010 |
| 512743 | 1/31/2005 | 418.80 | WDX010 |
| 512750 | 1/31/2005 | 164.00 | WDX010 |
| 512751 | 1/31/2005 | 109.90 | WDX010 |
| 512752 | 1/31/2005 | 144.00 | WDX010 |
| 512753 | 1/31/2005 | 234.00 | WDX010 |
| 512754 | 1/31/2005 | 148.50 | WDX010 |
| 512755 | 1/31/2005 | 120.00 | WDX010 |
| 512775 | 1/31/2005 | 81.00 | WDX010 |
| 512776 | 1/31/2005 | 108.00 | WDX010 |
| 512777 | 1/31/2005 | 135.00 | WDX010 |
| 512778 | 1/31/2005 | 192.53 | WDX010 |
| 512779 | 1/31/2005 | 59.79 | WDX010 |
| 512780 | 1/31/2005 | 81.00 | WDX010 |
| 513168 | 1/31/2005 | 48.62 | WDX010 |
| 513169 | 1/31/2005 | 438.23 | WDX010 |
| 513170 | 1/31/2005 | 67.50 | WDX010 |
| 513171 | 1/31/2005 | 148.50 | WDX010 |
| 513172 | 1/31/2005 | 242.00 | WDX010 |
| 513173 | 1/31/2005 | 80.76 | WDX010 |
| 513174 | 1/31/2005 | 31.08 | WDX010 |
| 513175 | 1/31/2005 | 94.50 | WDX010 |
| 513176 | 1/31/2005 | 54.00 | WDX010 |
| 513177 | 1/31/2005 | 108.00 | WDX010 |
| 513178 | 1/31/2005 | 1,771.82 | WDX010 |
| 513574 | 2/9/2005 | 51.55 | WDX010 |
| 513591 | 2/9/2005 | 51.10 | WDX010 |
| 513592 | 2/9/2005 | 163.38 | WDX010 |
| 513593 | 2/9/2005 | 305.98 | WDX010 |
| 513967 | 2/10/2005 | 123.41 | WDX010 |
| 513970 | 2/10/2005 | 63.00 | WDX010 |
| 514043 | 2/10/2005 | 188.00 | WDX010 |
| 514049 | 2/10/2005 | 108.00 | WDX010 |
| 514136 | 2/10/2005 | 229.50 | WDX010 |
| 514137 | 2/10/2005 | 40.50 | WDX010 |
| 514138 | 2/10/2005 | 334.51 | WDX010 |
| 514140 | 2/10/2005 | 40.50 | WDX010 |
| 514142 | 2/10/2005 | 453.52 | WDX010 |
| 514143 | 2/10/2005 | 143.14 | WDX010 |
| 514144 | 2/10/2005 | 135.00 | WDX010 |
| 514145 | 2/10/2005 | 362.30 | WDX010 |
| 514146 | 2/10/2005 | 108.00 | WDX010 |
| 514147 | 2/10/2005 | 37.40 | WDX010 |

**W H Reynolds Distributor, Inc**
**dba Strategic Equipment and Supply Corporation**
**Receivables Owed for Sales/Services Prior to Chapter 11 Filing**

| Invoice # | Invoice Date | Invoice Amount | |
|---|---|---|---|
| 514148 | 2/10/2005 | 27.00 | WDX010 |
| 514149 | 2/10/2005 | 120.00 | WDX010 |
| 514150 | 2/10/2005 | 224.84 | WDX010 |
| 514151 | 2/10/2005 | 316.40 | WDX010 |
| 514152 | 2/10/2005 | 170.26 | WDX010 |
| 514153 | 2/10/2005 | 27.00 | WDX010 |
| 514154 | 2/10/2005 | 54.00 | WDX010 |
| 514404 | 2/11/2005 | 120.47 | WDX010 |
| 514461 | 2/11/2005 | 471.64 | WDX010 |
| 514462 | 2/11/2005 | 118.33 | WDX010 |
| 514466 | 2/11/2005 | 436.59 | WDX010 |
| 514472 | 2/11/2005 | 196.05 | WDX010 |
| 515098 | 2/14/2005 | 108.00 | WDX010 |
| 515232 | 2/14/2005 | 135.00 | WDX010 |
| 515233 | 2/14/2005 | 94.50 | WDX010 |
| 515234 | 2/14/2005 | 27.00 | WDX010 |
| 515235 | 2/14/2005 | 78.10 | WDX010 |
| 515236 | 2/14/2005 | 118.79 | WDX010 |
| 515237 | 2/14/2005 | 1,399.90 | WDX010 |
| 515238 | 2/14/2005 | 94.50 | WDX010 |
| 515239 | 2/14/2005 | 228.95 | WDX010 |
| 515240 | 2/14/2005 | 238.12 | WDX010 |
| 515241 | 2/14/2005 | 91.64 | WDX010 |
| 515242 | 2/14/2005 | 875.66 | WDX010 |
| 515243 | 2/14/2005 | 358.00 | WDX010 |
| 515244 | 2/14/2005 | 223.67 | WDX010 |
| 515245 | 2/14/2005 | 121.50 | WDX010 |
| 515246 | 2/14/2005 | 54.00 | WDX010 |
| 515247 | 2/14/2005 | 86.46 | WDX010 |
| 515248 | 2/14/2005 | 243.00 | WDX010 |
| 515249 | 2/14/2005 | 81.00 | WDX010 |
| 515250 | 2/14/2005 | 216.00 | WDX010 |
| 515251 | 2/14/2005 | 54.00 | WDX010 |
| 515252 | 2/14/2005 | 1,163.72 | WDX010 |
| 515256 | 2/14/2005 | 577.44 | WDX010 |
| 515360 | 2/14/2005 | 318.81 | WDX010 |
| 515364 | 2/14/2005 | 462.47 | WDX010 |
| 515365 | 2/14/2005 | 195.37 | WDX010 |
| 515388 | 2/14/2005 | 1,088.56 | WDX010 |
| 515389 | 2/14/2005 | 530.94 | WDX010 |
| 515390 | 2/14/2005 | 268.69 | WDX010 |
| 515391 | 2/14/2005 | 27.00 | WDX010 |
| 515392 | 2/14/2005 | 64.57 | WDX010 |
| 515831 | 2/22/2005 | 28.65 | WDX010 |
| 515838 | 2/22/2005 | 805.31 | WDX010 |
| 516777 | 2/28/2005 | 1,550.11 | WDX010 |

## W H Reynolds Distributor, Inc
### dba Strategic Equipment and Supply Corporation
### Receivables Owed for Sales/Services Prior to Chapter 11 Filing

| Invoice # | Invoice Date | Invoice Amount | |
|---|---|---|---|
| 516779 | 2/28/2005 | 54.00 | WDX010 |
| 516780 | 2/28/2005 | 531.25 | WDX010 |
| 516784 | 2/28/2005 | 90.00 | WDX010 |
| 516785 | 2/28/2005 | 704.75 | WDX010 |
| 516786 | 2/28/2005 | 358.69 | WDX010 |
| 516787 | 2/28/2005 | 54.00 | WDX010 |
| 516788 | 2/28/2005 | 81.00 | WDX010 |
| 516789 | 2/28/2005 | 135.00 | WDX010 |
| 516790 | 2/28/2005 | 143.14 | WDX010 |
| 516795 | 2/28/2005 | 279.00 | WDX010 |
| 516812 | 2/28/2005 | 132.95 | WDX010 |
| 516826 | 2/28/2005 | 277.43 | WDX010 |
| 516827 | 2/28/2005 | 122.62 | WDX010 |
| 516832 | 2/28/2005 | 54.00 | WDX010 |
| 516852 | 2/28/2005 | 515.12 | WDX010 |
| 516853 | 2/28/2005 | 345.02 | WDX010 |
| 516854 | 2/28/2005 | 54.00 | WDX010 |
| 516855 | 2/28/2005 | 981.32 | WDX010 |
| 516856 | 2/28/2005 | 148.26 | WDX010 |
| 516857 | 2/28/2005 | 199.50 | WDX010 |
| 516858 | 2/28/2005 | 81.00 | WDX010 |
| 516859 | 2/28/2005 | 161.34 | WDX010 |
| 516860 | 2/28/2005 | 170.53 | WDX010 |
| 516861 | 2/28/2005 | 403.38 | WDX010 |
| 516862 | 2/28/2005 | 75.49 | WDX010 |
| 516863 | 2/28/2005 | 135.00 | WDX010 |
| 516864 | 2/28/2005 | 81.00 | WDX010 |
| 516865 | 2/28/2005 | 40.50 | WDX010 |
| 516871 | 2/28/2005 | 191.37 | WDX010 |
| 518754 | 3/14/2005 | 144.37 | WDX010 |
| 518756 | 3/14/2005 | 1,107.29 | WDX010 |

**W H Reynolds Distributor, Inc**
**dba Strategic Equipment and Supply Corporation**
**Receivables Owed for Sales/Services Prior to Chapter 11 Filing**

| Invoice # | Invoice Date | Invoice Amount | |
|---|---|---|---|
| 426663 | 8/14/2003 | 1,300.05 | WDX021 |
| 441251 | 11/6/2003 | 1,280.20 | WDX021 |
| 484095 | 7/31/2004 | 3,495.00 | WDX021 |
| 484096 | 7/31/2004 | 3,527.97 | WDX021 |
| 484098 | 7/31/2004 | 702.25 | WDX021 |
| 493920 | 10/14/2004 | 382.24 | WDX021 |
| 498183 | 11/12/2004 | 10,136.24 | WDX021 |
| 499255 | 11/17/2004 | 8,777.14 | WDX021 |
| 507015 | 12/31/2004 | 9,702.86 | WDX021 |
| 507577 | 12/31/2004 | 10,094.50 | WDX021 |
| 507659 | 12/31/2004 | 10,047.10 | WDX021 |
| 508358 | 12/31/2004 | 10,047.10 | WDX021 |
| 508359 | 12/31/2004 | 10,047.10 | WDX021 |
| 508374 | 12/31/2004 | 10,047.10 | WDX021 |
| 508381 | 12/31/2004 | 10,047.10 | WDX021 |
| 508915 | 1/12/2005 | 10,810.17 | WDX021 |
| 509706 | 1/17/2005 | 415.84 | WDX021 |
| 514811 | 2/14/2005 | 9,430.07 | WDX021 |
| 514812 | 2/14/2005 | 7,765.04 | WDX021 |

Company Total                    438,535.70