F I L E D
JACKSONVILLE, FLORIDA

OCT 1 6 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Bridget & William Boaz
Case # 05-03817-3F1

We are objecting to the plan Case # 05-03817-3F1

To Whom It May Concern,

I am objecting to confirmation of the Plan with Winn-Dixie.
We are stockholders and former employees. (My employment was terminated when the store closed in NC.)

I am not asking for an <u>immediate</u> settlement. I CAN wait until WD comes out of bankruptcy and starts making a profit. I just want what is fair and just. My husband and I both worked long and hard for the company and are appalled at the way they are trying to treat the former employees. We listened to our superiors and took their advice about the company (why shouldn't we). Even Mr. Lynch in the 2005 report expressed how they were going to get things right and back on track. PLEASE consider our objections. (I was under the impression that companies could not take a person's 401K anymore but as you can see from enclosed documents mine is down to nothing).

There has got to be a way to settle this fairly and honestly. Please keep all options open and consider the ones that spent the best years of their lives working for this company (with not regrets, except for the way we are being treated in this situation). There are enough smart people that can figure a fair way to settle this (stock options when they come out of bankruptcy, settlement once profits have begun again, paid insurance premiums, and many other ways.)

Please consider our objections and treat us fairly. Thank you very much.

The following was in our earlier objections and I just wanted to restate it.

I am objecting to the plan of Winn-Dixie not **taking responsibility** to <u>their shareholders and especially their employees.</u>

We invested in the company and were told by superiors, in the company, that we needed to invest because the company was sound and that it would be a good investment (<u>every time stock was offered for sale, you **ALWAYS** felt pressure to buy).</u>

<u>I am objecting to the Plan</u>, from what I can read on the proposal, that I will have no interest in the company and that the company will not have to reimburse or compensate persons that helped them build the company.

The company should hold accountable management that got them in this situation and consider withdrawing promised monies to members that are responsible.



**WINN DIXIE** Dividend Reinvestment Plan
*the real deal*

8316 2003/08/26 18022

BRIDGET R BOAZ
2411 ST JOHN DR
WILSON NC 27893-4461

Shareholder Services
P.O. Box 43081
Providence, RI 02940-3081

By Telephone: 1-888-U-CALL-WD (1-888-822-5593)

Home Page Address: http://www.equiserve.com

Issue# 8316  Account# 1703-66976  Stock Symbol WIN

### SAVE THIS STATEMENT FOR TAX PURPOSES

**Dividend Information**

| Record Date: Aug 1, 2003 | Payable Date: Aug 15, 2003 | Dividend Option: Full Reinvestment | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Security | RECORD DATE SHARES FOR REINVESTMENT | | | Rate($) | Gross Amount($) | Amount Withheld From Gross | | Net Amount Reinvested($) |
| | Certificate Shares | Plan Shares | Total Shares | | | Tax($) | Fee($) | |
| COMMON STOCK | 25.000 | 6.216 | 31.216 | 0.05000 | 1.56 | | | 1.56 |

**Plan Account Activity**

| Date | Description | Fees and/or Commissions($) | Net Dollar Amount($) | Price per Share($) | Transaction Shares | Total Shares Held |
|---|---|---|---|---|---|---|
| 05/16/2003 | Balance Forward | | | | | 6.216 |
| 08/15/2003 | Common Dividend Purchase | | 1.56 | 9.968 | 0.157 | 6.373 |

**Year-To-Date Investment Summary**

| Net Dividends Reinvested($) | Tax Withheld($) | Optional Investments($) | Other Investments($) | Fees and/or Commissions Paid by You($) | Tax Reportable Company-Paid Fees and/or Commissions($) | Total Investments($) |
|---|---|---|---|---|---|---|
| 4.67 | | | | | | 4.67 |

**Total Holdings and Market Value** (As of the close of business on 08/20/2003)

| Security | Certificate Shares | Plan Shares | Total Shares | Price per Share($) | Market Value($) |
|---|---|---|---|---|---|
| COMMON STOCK | 25.000 | 6.373 | 31.373 | 10.090 | 316.55 |

---

**OLDE DISCOUNT CORPORATION**
751 GRISWOLD
DETROIT, MI 48226-3274
1/1  6 2263

Member SIPC.
THANK YOU FOR BEING A COMMISSION CONSCIOUS INVESTOR

PLEASE PAY FOR, OR DELIVER SECURITIES NO LATER THAN ➤ 11-08-99 KJU R.R. | 11-03-99 TRADE DATE | 11-08-99 SETTLEMENT DATE

| ACCOUNT NUMBER | TYPE | | |
|---|---|---|---|
| 041-12012 | 1-1 | WINN DIXIE STORES INC UNSOLICITED | |

| TRANS. NO. | CUSIP | *EXCH | *CAP |
|---|---|---|---|
| 991103C12735 | 974280109 | 1 | 1 |

B/S: BUY  QUANTITY: 100
PRICE: 27 11/16

GROSS AMOUNT: 2,768.75
INTEREST:
[illegible]: 40.00
STATE TAX:
[illegible]: 1.75
SEC. FEE:
TOTAL: 2,810.50
SYMBOL: WIN   1103 T

WILLIAM E. BOAZ &
BRIDGET R. BOAZ
2411 SAINT JOHN DR SW
WILSON          NC 27893-4461

Please Retain this transaction record for use in preparing your tax return.

Address change or share transfer
Mark box and complete the appropriate portion on the reverse side ➤ ☐

08316 01703 66976 27

January 1, 2006 to March 31, 2006

**Bridget R Boaz Retirement Account Summary**

## Activity by Investment

| Investment | Beginning Balance | Cash In and Transfers In | Cash Out and Transfers Out | Gain/Loss Dividends | Gain/Loss Market Fluctuation | Ending Balance |
|---|---|---|---|---|---|---|
| **Stocks** Balanced Fund | $2,669.59 | $0.00 | $0.00 | $0.00 | $77.40 | $2,746.99 |
| **Money Market/Stable Value** Interest Income Fund | $2,213.42 | $0.00 | $0.00 | $0.00 | $24.61 | $2,238.03 |
| **Co. Stock** Winn-Dixie Stock Fund | $1,782.23 | $0.00 | $0.00 | $0.00 | - $1,130.29 | $651.94 |
| **Total** | $6,665.24 | $0.00 | $0.00 | $0.00 | - $1,028.28 | $5,636.96 |

*What has your fund earned? Don't be misled by the market fluctuation number, which shows only the change in the fund's share price since your last statement. It does not reflect the fund's payment of dividends and interest, nor the reinvestment of dividends and interest into your account. When reviewing gain/loss, look at both the market fluctuation and the dividends and interest paid to determine performance.*

## Vesting

| Contribution Type | Ending Balance | Vested Percent | Vested Amount | |
|---|---|---|---|---|
| **Employee** Associate 401(k) | $2,617.64 | 100% | $2,617.64 | Vesting represents the portion of your account balance that you are entitled to receive upon leaving the plan. |
| **Employer** Employer Match 401(k) | $1,308.85 | 100% | $1,308.85 | |
| Forfeiture Reallocation | $177.69 | 100% | $177.69 | |
| Profit Sharing | $1,532.78 | 100% | $1,532.78 | |
| **Total Vested Balance** | | | $5,636.96 | |

## Beneficiary Information

| | Name | Relationship | Percentage |
|---|---|---|---|
| Primary Beneficiary | William E Boaz | Spouse | 100.0% |
| Secondary Beneficiary | Gina R Horne | Non-spouse | 100.0% |

*Have you had a change in your marital status? Do you have a new baby? Have some of your children graduated from college? Do you have grandchildren you'd like to provide for? Take a minute to review the beneficiary information for your retirement account to see if you should make changes. Contact T. Rowe Price if you want to designate a new beneficiary.*

## Additional Investment Information

Prospectuses, annual and semi-annual reports for T. Rowe Price Mutual Funds are available online at rps.troweprice.com. For information on how to obtain prospectuses, annual and semi-annual reports for other plan investments, call your plan's toll-free number.





T Rowe Price