# LYNN * ROBERTS & ASSOCIATES, INC.

1769 Blount Road, #109
Pompano Beach, FL 33069-5120
www.lynnrobertsonline.com

Ph: 1-888-253-5565
Fx: 1-888-504-3053
email:LRMIRRORS@att.net

FILED
JACKSONVILLE, FLORIDA
OCT 16 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

October 13, 2006

Honorable Judge Jerry Funk
United States Bankruptcy Court
300 North Hogan Street
Jacksonville, FL 32202

RE: Winn-Dixie Supermarkets

We ask your guidance or assistance in collecting past due invoices from Winn-Dixie Supermarkets.

Winn-Dixie owes our company $616.75 for invoices dated June, 2006. Copies are enclosed.

We provided a monthly service to six (6) Winn-Dixie store in Palm Beach and Broward Counties from January, 2004 through August, 2006. We were always paid promptly (within 30 days) with the exception of these June, 2006 invoices.

During the period beginning August 1, 2006 through today we have provided Winn-Dixie Supermarkets with an original set of invoices and a minimum of three additional sets of copies. In addition, weekly emails regading this situation have been sent to our designated contact:

Karyn Keppel          904-783-3147
Recovery Service Center Manager
5050 Edgewood Court
Jacksonville, FL 32254

Ms. Keppel answers our emails with "I will look into this and get back to you today." That has yet to happen.

An accounts payable employee, Stephanie, asked us to fax copies and said "she would walk them through". Now she does not respond to follow-ups.

We are a small business and, due to the bankruptcy status of Winn-Dixie, do not know how to proceed. Your help is appreciated.

*Thank you*

*Bob Sundmacher*

Bob Sundmacher
Vice President

# Invoice

PAGE 1

LYNN * ROBERTS & ASSOC., INC.
1769 Blount Road #109
Pompano Beach, FL 33069

| Invoice No. | Invoice Date |
|---|---|
| 00023969 | 06/08/06 |

(888)253-5565 FX:(888)504-3053

| Sold To: | Ship To: |
|---|---|
| Winn-Dixie Stores - #221<br>Attn: Security Manager<br>P.O. Box 408300<br>Fort Lauderdale, FL 33340-8300 | Winn-Dixie #221<br>Attn: Manager<br>2675 South Military Trail<br>West Palm Beach, FL 33415 |

| Purchase Order Number | Date Ordered | Date Shipped | Ship Via | F.O.B. |
|---|---|---|---|---|
| MONTHLY SERVICE | 06/08/06 | 06/08/06 | Service | |

| Salesperson | Terms | Payment Due | Notes |
|---|---|---|---|
| | 0.00/0 NET 30 | 07/08/06 | |

| Item | Ordered | Shipped | Description | Price | Amount |
|---|---|---|---|---|---|
| RENTAL | 1 | 1 | Regiscope camera | 35.00 | 35.00 |
| SERVICE | 1 | 1 | Regiscope camera(s) | 50.00 | 50.00 |
| | | | June, 2006 | | 0.00 |
| | | | No film, clip | | 0.00 |

Message

THANK YOU!

| | |
|---|---|
| SubTotal | 85.00 |
| Sales Tax | 5.53 |
| Shipping | |
| TOTAL | 90.53 |

# Invoice

PAGE 1

LYNN * ROBERTS & ASSOC., INC.
1769 Blount Road #109
Pompano Beach, FL 33069

| Invoice No. | Invoice Date |
|---|---|
| 00023970 | 06/08/06 |

(888)253-5565 FX:(888)504-3053

| Sold To: | Ship To: |
|---|---|
| Winn-Dixie Stores - #295<br>Attn: Security Manager<br>PO Box 408300<br>Fort Lauderdale, FL 33340-8300 | Winn-Dixie #295<br>Attn: Manager<br>1225 45th Street<br>Mangonia Park, FL 33407 |

| Purchase Order Number | Date Ordered | Date Shipped | Ship Via | F.O.B. |
|---|---|---|---|---|
| MONTHLY SERVICE | 06/08/06 | 06/08/06 | Service | |

| Salesperson | Terms | Payment Due | Notes |
|---|---|---|---|
| | 0.00/0 NET 30 | 07/08/06 | |

| Item | Ordered | Shipped | Description | Price | Amount |
|---|---|---|---|---|---|
| RENTAL | 1 | 1 | Regiscope camera | 35.00 | 35.00 |
| SERVICE | 1 | 1 | Regiscope camera(s) June, 2006 | 50.00 | 50.00 |
| | | | | | 0.00 |
| FILM9 | 1 | 1 | #9 Regiscope film | 34.75 | 34.75 |

Message

THANK YOU!

| | |
|---|---|
| SubTotal | 119.75 |
| Sales Tax | 7.78 |
| Shipping | |
| TOTAL | 127.53 |

# Invoice

PAGE 1

LYNN * ROBERTS & ASSOC., INC.
1769 Blount Road #109
Pompano Beach, FL 33069

| Invoice No. | Invoice Date |
|---|---|
| 00023971 | 06/08/06 |

(888)253-5565 FX:(888)504-3053

| Sold To: | Ship To: |
|---|---|
| Winn-Dixie Stores - #299<br>Attn: Security Manager<br>P.O. Box 408300<br>Fort Lauderdale, FL 33340-8300 | Winn-Dixie #299<br>Attn: Manager<br>4360 Okeechobee Blvd.<br>West Palm Beach, FL 33409 |

| Purchase Order Number | Date Ordered | Date Shipped | Ship Via | F.O.B. |
|---|---|---|---|---|
| MONTHLY SERVICE | 06/08/06 | 06/08/06 | Service | |

| Salesperson | Terms | Payment Due | Notes |
|---|---|---|---|
| | 0.00/0 NET 30 | 07/08/06 | |

| Item | Ordered | Shipped | Description | Price | Amount |
|---|---|---|---|---|---|
| RENTAL | 1 | 1 | Regiscope camera | 35.00 | 35.00 |
| SERVICE | 1 | 1 | Regiscope camera(s) June, 2006 | 50.00 | 50.00 |
| | | | | | 0.00 |
| FILM9 | 1 | 1 | #9 Regiscope film | 34.75 | 34.75 |

Message

THANK YOU!

| | |
|---|---|
| SubTotal | 119.75 |
| Sales Tax | 7.78 |
| Shipping | |
| TOTAL | 127.53 |

# Invoice

PAGE 1

LYNN * ROBERTS & ASSOC., INC.
1769 Blount Road #109
Pompano Beach, FL 33069

| Invoice No. | Invoice Date |
|---|---|
| 00023972 | 06/08/06 |

(888)253-5565 FX:(888)504-3053

| Sold To: | Ship To: |
|---|---|
| Winn-Dixie Stores - #333<br>Attn: Security Manager<br>P.O. Box 408300<br>Fort Lauderdale, FL 33340-8300 | Winn-Dixie #333<br>Attn: Manager<br>8924 North Military Trail<br>West Palm Beach, FL 33410 |

| Purchase Order Number | Date Ordered | Date Shipped | Ship Via | F.O.B. |
|---|---|---|---|---|
| MONTHLY SERVICE | 06/08/06 | 06/08/06 | Service | |

| Salesperson | Terms | Payment Due | Notes |
|---|---|---|---|
| BS | 0.00/0 NET 30 | 07/08/06 | |

| Item | Ordered | Shipped | Description | Price | Amount |
|---|---|---|---|---|---|
| RENTAL | 1 | 1 | Regiscope camera | 35.00 | 35.00 |
| SERVICE | 1 | 1 | Regiscope camera(s) | 50.00 | 50.00 |
| | | | June, 2006 | | 0.00 |
| | | | No film, clip | | 0.00 |

Message

THANK YOU!

| | |
|---|---|
| SubTotal | 85.00 |
| Sales Tax | 5.53 |
| Shipping | |
| TOTAL | 90.53 |

# Invoice

PAGE 1

LYNN * ROBERTS & ASSOC., INC.
1769 Blount Road #109
Pompano Beach, FL 33069

| Invoice No. | Invoice Date |
|---|---|
| 00023958 | 06/06/06 |

(888)253-5565 FX:(888)504-3053

| Sold To: | Ship To: |
|---|---|
| Winn-Dixie Stores - #354<br>Attn: Security Manager<br>PO Box 408300<br>Fort Lauderdale, FL 33340-8300 | Winn-Dixie #354<br>Attn: Manager<br>308 East Dania Beach Blvd.<br>Dania, FL 33004 |

| Purchase Order Number | Date Ordered | Date Shipped | Ship Via | F.O.B. |
|---|---|---|---|---|
| MONTHLY SERVICE | 06/06/06 | 06/06/06 | Service | |

| Salesperson | Terms | Payment Due | Notes |
|---|---|---|---|
| | 0.00/0 NET 30 | 07/06/06 | |

| Item | Ordered | Shipped | Description | Price | Amount |
|---|---|---|---|---|---|
| RENTAL | 1 | 1 | Regiscope camera | 35.00 | 35.00 |
| SERVICE | 1 | 1 | Regiscope camera(s) | 50.00 | 50.00 |
| | | | June, 2006 | | 0.00 |
| | | | No film, clip | | 0.00 |

Message

THANK YOU!

| | |
|---|---|
| SubTotal | 85.00 |
| Sales Tax | 5.10 |
| Shipping | |
| TOTAL | 90.10 |

# Invoice

PAGE 1

LYNN * ROBERTS & ASSOC., INC.
1769 Blount Road #109
Pompano Beach, FL 33069

| Invoice No. | Invoice Date |
|---|---|
| 00023973 | 06/08/06 |

(888)253-5565 FX:(888)504-3053

| Sold To: | Ship To: |
|---|---|
| Winn-Dixie Stores - #356<br>Attn: Security Manager<br>P.O. Box 408300<br>Fort Lauderdale, FL 33340-8300 | Winn-Dixie #356<br>Attn: Manager<br>6356 Forest Hill Blvd.<br>West Palm Beach, FL 33415 |

| Purchase Order Number | Date Ordered | Date Shipped | Ship Via | F.O.B. |
|---|---|---|---|---|
| MONTHLY SERVICE | 06/08/06 | 06/08/06 | Service | |

| Salesperson | Terms | Payment Due | Notes |
|---|---|---|---|
| | 0.00/0 NET 30 | 07/08/06 | |

| Item | Ordered | Shipped | Description | Price | Amount |
|---|---|---|---|---|---|
| RENTAL | 1 | 1 | Regiscope camera | 35.00 | 35.00 |
| SERVICE | 1 | 1 | Regiscope camera(s) | 50.00 | 50.00 |
| | | | June, 2006 | | 0.00 |
| | | | No film, clip | | 0.00 |

Message

THANK YOU!

| | |
|---|---|
| SubTotal | 85.00 |
| Sales Tax | 5.53 |
| Shipping | |
| TOTAL | 90.53 |

**LYNN*ROBERTS SERVICE RECEIPT**
**REGISCOPE CAMERAS**

- [x] SERVICE      DATE: 6/8/06
- [x] RENTAL       MONTH: June 06
- [ ] FILM  NO   SIZE: CLIP

STORE NO. 221

WINN-DIXIE AUTHORIZED SIGNATURE

---

**LYNN*ROBERTS SERVICE RECEIPT**
**REGISCOPE CAMERAS**

- [x] SERVICE      DATE: 6/8/06
- [x] RENTAL       MONTH: June 06
- [x] FILM         SIZE: 9

STORE NO. 295

WINN-DIXIE AUTHORIZED SIGNATURE

---

**LYNN*ROBERTS SERVICE RECEIPT**
**REGISCOPE CAMERAS**

- [x] SERVICE      DATE: 6/8/06
- [x] RENTAL       MONTH: June 06
- [x] FILM         SIZE: 9

STORE NO. 299

WINN-DIXIE AUTHORIZED SIGNATURE

---

**LYNN*ROBERTS SERVICE RECEIPT**
**REGISCOPE CAMERAS**

- [x] SERVICE      DATE: 6/8/06
- [x] RENTAL  NO   MONTH: June 06
- [ ] FILM         SIZE: CLIP

STORE NO. 333

WINN-DIXIE AUTHORIZED SIGNATURE

---

**LYNN*ROBERTS SERVICE RECEIPT**
**REGISCOPE CAMERAS**

- [x] SERVICE      DATE: 6/8/06
- [x] RENTAL       MONTH: June 06
- [ ] FILM  NO    SIZE: CLIP

STORE NO. 356

WINN-DIXIE AUTHORIZED SIGNATURE

# LYNN*ROBERTS SERVICE RECEIPT
## REGISCOPE CAMERAS

☒ **SERVICE**  DATE: 6/6/06

☒ **RENTAL**   MONTH: June 06

☐ **FILM**  JW  SIZE: _____

STORE NO. 264 Manor Rd.

_____
**WINN-DIXIE AUTHORIZED SIGNATURE**