F I L E D
JACKSONVILLE, FLORIDA

OCT 1 6 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# EMMANUEL, SHEPPARD & CONDON

## ATTORNEYS AT LAW

JOHN H. ADAMS
ALAN B. BOOKMAN
GERALD L. BROWN
A. G. CONDON, JR.
ERICK M. DRLICKA
PATRICK G. EMMANUEL
PATRICK G. EMMANUEL, JR.
ROBERT A. EMMANUEL
SALLY BUSSELL FOX
LINDA A. HOFFMAN
CHARLES P. HOSKIN
HOLLY V. JURNOVOY
ROBERT A. KRAMER
JOHN W. MONROE, JR.

POST OFFICE DRAWER 1271
PENSACOLA, FLORIDA 32591-1271

30 SOUTH SPRING STREET
PENSACOLA, FLORIDA 32502-5612
www.esclaw.com
(850) 433-6581
FAX (850) 434-7163
TOLL FREE 1-800-433-6581

KEVIN D. NELSON
JOSEPH A. PASSERETTI
P. MICHAEL PATTERSON
STACEY N. PENN
PHILLIP A. PUGH
WANDA W. RADCLIFFE
H. WESLEY REEDER
T. SHANE ROWE
ROBERT S. RUSHING
CRYSTAL COLLINS SPENCER
WARREN R. TODD
CHARLES P. YOUNG

ALAN C. SHEPPARD, OF COUNSEL

October 11, 2006

Honorable Jerry A. Funk
c/o Susan Baldwin, Case Manager
Middle District Bankruptcy Court
300 N. Hogan Drive
Suite 3-350
Jacksonville, Florida 32202

    Re:   Beachwalk Centre II LLC vs Winn Dixie

Dear Judge Funk:

We represent Landlord Creditor, Riley Places, LLC (Store #507) in the Chapter 11 Bankruptcy filed by Winn Dixie Stores, Inc. The Court entered an Order (1) Authorizing Assumption of Non-Residential Real Property Leases, (II) Fixing Cure Amounts and (III) Grating Related Relief, (Docket #11613). That Order contained an error on Exhibit "D", page 16. Exhibit "D", Page 16, of that Order set the amount owed to Store #507 at $38,203.57. That is incorrect and too high. The correct amount owed to Creditor, Riley Places, LLC is $32,734.51 not $38,203.57

Creditor, Riley Places, LLC filed an Amended Objection to Cure Amount Set Forth in Debtors' Second Omnibus Motion for Authority to (1) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief, which is docketed as docket # 9480 with the Court setting forth the correct amount.

This is to advise the Court and the parties that a corrected Order should be entered reflecting the correct amount owed to Riley Places, LLC as $32,734.51.

If you have any questions, please do not hesitate to contact me.

Sincerely,

*Sally Fox*

Sally Bussell Fox
Attorney for Creditor, Riley Places, LLC

SBF/lgn
Enclosures

cc: Cynthia Jackson, Esquire
    Riley Places, LLC