**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC., et al.,          Case No.: 3:05-bk-03817-JAF

    Debtors.                               Chapter 11

_____/      Jointly Administered

## NOTICE OF HEARING

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that commencing at **9:00 a.m. (prevailing Eastern Time) on Wednesday, October 25, 2006**, the Court will convene a hearing on the 1) Motion of Official Committee of Unsecured Creditors for Order Under 11 U.S.C. §§ 328(a) and 1103 Authorizing Amendment to Previously Approved Employment and Retention of Houlihan Lokey Howard & Zukin Capital, as its Financial Advisors (Docket No. 7963), and 2) Motion of Official Committee of Unsecured Creditors for Order Under 11 U.S.C. §§ 328(a) and 1103 Authorizing Amendment of Previously Approved Employment and Retention of Alvarez & Marsal, LLC as Operational and Real Estate Advisors (Docket No. 7959), before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202.

The hearing may be continued upon announcement made in open court without further notice.

Appropriate Attire: You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pantsuit is appropriate for a woman.

{JA294191;1}

Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.

AKERMAN SENTERFITT

By: */s/ John B. Macdonald*
    John B. Macdonald
    Florida Bar No. 230340
    Email: john.macdonald@akerman.com
    Patrick P. Patangan
    Florida Bar No. 348340
    Email: patrick.patangan@akerman.com
    50 North Laura Street, Suite 2500
    Jacksonville, Florida  32202
    Telephone: (904) 798-3700
    Facsimile: (904) 798-3730

Co-counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc. et al.

- and -

MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
Matthew S. Barr (MB 9170)
Michael E. Comerford (MC 7049)
1 Chase Manhattan Plaza
New York, New York 10005
(212) 530-5000

Co-counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc. et al.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic notification or by U.S. mail, postage prepaid and properly addressed, this 16th day of October, 2006 to the parties on the attached Master Service List.

/s/ John B. Macdonald
Attorney

{JA294191;1}