# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., *et al*., | Case No. 05-03817-3Fl Jointly Administered |
| WINN-DIXIE STORES, INC. | Case No. 05-03817-JAF |
| ("the Debtors") | Filed Claim No.: <u>9339</u> |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2) FOR FILED CREDITOR, HENSCHEL-STEINAU, INC, IN THE AMOUNT OF $43,852.30, TO DELLACAMERA CAPITAL MASTER FUND, LTD.

**To Transferor:**

      HENSCHEL-STEINAU, INC
      C/O SHAPIRO & CROLAND
      ATTN: ROBERT P. SHAPIRO
      CONTINENTAL PLAZA II
      HACKENSACK, NJ 07601

PLEASE TAKE NOTICE that the transfer of $43,852.30 of the above-captioned General Unsecured claim has been transferred to:

**Transferee:**       DellaCamera Capital Master Fund, Ltd.
      c/o DellaCamera Capital Management, LLC
      237 Park Avenue
      Suite 900
      New York, NY 10017

The evidence of transfer of claim is attached hereto. A copy of the order allowing the claim is hereto as Exhibit A. A copy of the Twelfth Omnibus Claims Objection evidencing the reduced amount is attached hereto as Exhibit B.

No action is required <u>if you do not object</u> to the transfer of your claim. However, if you do object to the transfer of your claim, within <u>20 days</u> of the date of this notice, you must file a written objection with the Office of the Clerk, United States Bankruptcy Court, Middle District of Florida, 300 North Hogan Street, Jacksonville, FL 32202. If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

                                                                 _____
                                                                 Deputy Clerk

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:

Winn-Dixie Stores, Inc.

Debtor

Case No. 05-03817

Chapter 11

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Henschel-Steinau, Inc. ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), as reduced in that certain Claims Order entered by the United States Bankruptcy Court for the Middle District of Florida on June 29, 2006 including but not limited to the following:

| Allowed Claim Amount | Proof of Claim No. |
|---|---|
| $43,852.30 | 9339 |

have been transferred and assigned to DellaCamera Capital Master Fund, Ltd. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto. This transfer excludes any amounts paid or to be paid to Assignor by Debtors on account of its $47,277.55 reclamation claim.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: DellaCamera Capital Master Fund, Ltd.
Address: c/o DellaCamera Capital Management, LLC
200 Park Avenue, 33rd Floor
New York, NY 10166

ASSIGNOR: Henschel-Steinau, Inc.
Address: c/o Shapiro & Croland
Attn: Robert P. Shapiro
Continental Plaza II
411 Hackensack Ave
Hackensack, NJ 07601
Signature: /s/ H. Aaron Henschel
Name: H. AARON Henschel
Title: Pres.
Date: 9/12/06

# EXHIBIT A

Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION | Chapter 11 PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME |
|---|---|---|

Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered

Name of Debtor Against Which You Assert Your Claim:

Debtor Name __Winn Dixie Stores, Inc.__    Case No __05-03817-3F1__
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

20256221
WDX-315692-B2-36
HENSCHEL-STEINAU INC
C/O SHAPIRO & CROLAND
ATTN: ROBERT P SHAPIRO
CONTINENTAL PLAZA II
411 HACKENSACK AVE
HACKENSACK, NJ 07601

Telephone No of Creditor: 201-488-3900
Fax No of Creditor: 201-488-9481

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

DEBTOR WINN - DIXIE STORES, INC
U S BANKRUPTCY COURT M D - FLORIDA
JOINTLY ADMINISTERED UNDER
CASE 05-03817 (3F1)
CHAPTER 11
**CLAIM NO.: 9339**

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim

B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if) ☐ replaces address above ☐ additional address

Name _____
Company/Firm _____
Address _____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach a copy of statement giving particulars
☐ Check box if you have never received any notices in this case

Account or Other Number by Which Creditor Identifies Debtor

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated _____

**Basis for Claim**
☒ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☐ Personal injury/property damage
☐ Other _____
☐ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____
☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
   Last four digits of SSN _____
   Unpaid compensation for services performed from _____ to _____ (date) (date)

1. Date debt was incurred __2/12/05__
3. If claim is based on a Court Judgment, date obtained.

2. Total Amount of Claim at Time Case Filed:
$_____ (unsecured)   $_____ (secured)   $__91,129.85__ (priority)   $__91,129.85__ (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

**5 Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of Collateral
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

**6 Unsecured Nonpriority Claim $ _____**
☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**7. Unsecured Priority Claim.**
☒ Check this box if you have an unsecured priority claim
Amount entitled to priority $ __91,129.85__
Specify the priority of the claim
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507 (a) (3)
☐ Contributions to an employee benefit plan – 11 U S C § 507 (a) (4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507 (a) (6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U S C § 507 (a) (7)
☐ Taxes or penalties owed to governmental units – 11 U S C § 507 (a) (8)
☒ Other – Specify applicable paragraph of 11 U S C § 507 (a) ( 1 )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

8 Credits The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
9. Supporting Documents. Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary
10 Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space is For Court Use Only

Date __7/25/05__    Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:
Print __PAUL KAPOIAN__    Title __CFO__
Signature __Paul Kapoian__

RECEIVED 2005 JUL 28 PM 2:53 U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA LOGAN & COMPANY, INC. AS AGENT

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 and 3571

# EXHIBIT B

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

Page: 8 of 18
Date: 06/28/2006

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Proposed Reduction and Reclassification |
|---|---|---|---|---|---|---|
| GOLDEN FLAKE SNACK FOODS, INC<br>ATTN FREEDA ELLIOTT, CR MGR<br>ONE GOLDEN FLAKE DRIVE<br>BIRMINGHAM, AL 35205<br>Transferred To: MADISON INVESTMENT TRUST - SERIES 4<br>ATTN SALLY MEYER<br>6310 LAMAR AVE SUITE 120<br>OVERLAND PARK, KS 66202 | 1265<br>Asserted Debtor: | $185,267.74<br>WINN-DIXIE STORES, INC. | Administrative | Unsecured Non-Priority | $19,374.06 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $4,376.96, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $21,753.86 AND $24.11, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $139,738.75. ALSO, MISCLASSIFIED CLAIM. |
| GOOD L CORP<br>ATTN JERE BROWN & BETSY GOODELL<br>5382 MURFREESBORO ROAD<br>PO BOX 337<br>LA VERGNE, TN 37086-0337 | 84<br>Asserted Debtor: | $22,543.37<br>WINN-DIXIE STORES, INC. | Priority | Unsecured Non-Priority | $17,692.46 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $1,451.90, CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES OF $770.17, AND PAYMENT OF $2,628.84 FOR INVOICE NUMBER 70652 PAID 1/24/05 BY CHECK NUMBER 007435183. ALSO, MISCLASSIFIED CLAIM. |
| GREAT FISH COMPANY, LLC, THE<br>C/O SIMPSON LAW OFFICES, LLP<br>ATTN JAMES W MARTIN, ESQ<br>PO BOX 550105<br>ATLANTA GA 30355-2505 | 11833<br>Asserted Debtor: | $264,425.22<br>WINN-DIXIE STORES, INC. | Multiple Classes | Multiple Classes | $264,341.82 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $83.40. ALSO, MISCLASSIFIED IN PART. RECLASSIFY $25,076.28 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $239,265.54 TO UNSECURED NON-PRIORITY. |
| HARVARD DRUG GROUP, LLC<br>C/O BARRIS SOTT DENN & DRIKER PLLC<br>ATTN STEPHEN E GLAZEK, ESQ<br>211 WEST FORT ST, 15TH FL<br>DETROIT MI 48226 | 5819<br>Asserted Debtor: | $623,072.35<br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured Non-Priority | $297,170.76 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $9,875.80 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $316,025.79. ALSO, MISCLASSIFIED CLAIM. |
| HENSCHEL-STEINAU INC<br>C/O SHAPIRO & CROLAND<br>ATTN ROBERT P SHAPIRO<br>CONTINENTAL PLAZA II<br>411 HACKENSACK AVE<br>HACKENSACK NJ 07601 | 9339<br>Asserted Debtor: | $91,129.85<br>WINN-DIXIE STORES, INC. | Priority | Unsecured Non-Priority | $43,852.30 | REDUCED AMOUNT REFLECTS RECLAMATION PAYMENTS IN PROCESS TOTALING $47,277.55. ALSO, MISCLASSIFIED CLAIM. |
| HERITAGE MINT LTD<br>C/O JEFF OR CRAIG WRIGHT<br>PO BOX 13760<br>SCOTTSDALE AZ 85267 | 3895<br>Asserted Debtor: | $227,214.72<br>WINN-DIXIE STORES, INC. | Secured | Multiple Classes | $170,437.63 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $496.80 AND RETURN OF DEEMED RECLAIMED GOODS VALUED AT $56,280.29 PER 8/3/05 STIPULATION (DKT NO. 2759) APPROVED BY 8/25/05 ORDER (DKT NO. 3209). ALSO, MISCLASSIFIED CLAIM. RECLASSIFY $140,564.59 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $29,873.04 TO UNSECURED NON-PRIORITY. |