# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., *et al.*, | Case No. 05-03817-3Fl Jointly Administered |
| WINN-DIXIE STORES, INC. | Case No. 05-03817 |
| ("the Debtors") | Claim No.: 2109 |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2) FOR FILED CREDITOR, WILKINS, STEPHENS & TIPTON, PA, IN THE AMOUNT OF $46,476.51, TO REDROCK CAPITAL PARTNERS, LLC

**To Transferor:**

> WILKINS, STEPHENS & TIPTON, PA
> ATTN: LELAND S SMITH
> PO BOX 13429
> JACKSON, MI 39236-3429

PLEASE TAKE NOTICE that the transfer of $46,476.51 of the above-captioned General Unsecured claim has been transferred to:

**Transferee:**     Redrock Capital Partners, LLC
111 S. Main Street, Ste C11
PO Box 9095
Breckenridge, CO 80424

The evidence of transfer of claim is attached hereto. A copy of the Proof of Claim listing the claim is attached hereto as Exhibit A. A copy of the Fifteenth Omnibus Claims Objection evidencing the reduced amount is attached hereto as Exhibit B.

No action is required <u>if you do not object</u> to the transfer of your claim. However, if you do object to the transfer of your claim, within <u>20 days</u> of the date of this notice, you must file a written objection with the Office of the Clerk, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004-1408. If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

Dated: Monday, October 16, 2006

/s/ Craig Klein
Craig Klein
Redrock Capital Partners, LLC
970.547.9058

---

(FOR CLERK'S OFFICE USE ONLY):
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

# Redrock Capital Partners, LLC
NOTICE OF TRANSFER OF CLAIM AGREEMENT

TO: Clerk, United States Bankruptcy Court, Middle District of Florida, Jacksonville Division

AND TO: Redrock Capital Partners, LLC ("Assignee")
111 S. Main Street, Ste C11
PO Box 9095
Breckenridge, CO 80424

Assignor, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Redrock Capital Partners, LLC, with offices at 111 S. Main Street, Suite C11, PO Box 9095, Breckenridge, CO 80424, all rights, title and interest in and to the Claim(s) of Assignor in the amount of $46,476.51 against Winn Dixie Stores, Inc. in the United States Bankruptcy Court for the **Middle District of Florida, Jacksonville Division**, Chapter 11 case number **05-03817-3F1**, including without limitation those receivables of the Assignor identified by invoice numbers which will be made available if requested by Assignee.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Assignee.

IN WITNESS WHEREOF, dated as of the 6th October 2006

Wilkins, Stephen & Tipton, PA ("Assignor")

Signature of Assignor: By: /s/ Leland S. Smith

Print Name of Assignor: Leland S. Smith

Title of Assignor: Shareholder

Phone Number: 601-366-4343

Fax Number: 601-981-7608

E-mail Address: lsmith@wilkins-law.com

Street Address: 4735 Old Canton Road

City, State & Zip: Jackson, MS   39211

# EXHIBIT A

Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br>Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11<br>PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME |
|---|---|---|

Name of Debtor Against Which You Assert Your Claim.

Debtor Name __Winn Dixie Stores, Inc., et al__ Case No __05-03817-3F1__
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

| A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property): | 601-366-4343<br>Telephone No of Creditor | DEBTOR WINN - DIXIE STORES, INC<br>U S BANKRUPTCY COURT M D -FLORID<br>JOINTLY ADMINISTERED UNDER<br>CASE 05-03817 (3F1)<br>CHAPTER 11<br>**CLAIM NO.: 2109** |
|---|---|---|

20268385
WDX-403375-B2-83
WILKINS, STEPHENS & TIPTON, PA
P O BOX 13429
JACKSON MS 39236-3429

601-981-7608
Fax No of Creditor

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

3. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☐ replaces address above ☐ additional address

Name _____
Company/Firm _____
Address _____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach a copy of statement giving particulars
☐ Check box if you have never received any notices in this case

If an amount is identified above, you have a claim scheduled by the Debtor as shown If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim

Account or Other Number by Which Creditor Identifies Debtor
__See attached Schedule A__

Check here if this claim
☐ replaces ☐ amends     a previously filed claim, dated _____

1 Basis for Claim
☐ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☐ Personal injury/property damage
☒ Other __Legal services__

☐ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____

☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SSN _____
Unpaid compensation for services performed from
_____ to _____
(date)       (date)

2 Date debt was incurred

3. If claim is based on a Court Judgment, date obtained:

4. Total Amount of Claim at Time Case Filed:
$__46,678.66__     $_____     $_____     $_____
(unsecured)       (secured)     (priority)    (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

5 Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of Collateral
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____

Value of Collateral $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any $_____

6 Unsecured Nonpriority Claim $_____
☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

7. Unsecured Priority Claim.
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $_____
Specify the priority of the claim
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507 (a) (3)
☐ Contributions to an employee benefit plan – 11 U S C § 507 (a) (4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507 (a) (6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U S C § 507 (a) (7)
☐ Taxes or penalties owed to governmental units – 11 U S C § 507 (a) (8)
☐ Other – Specify applicable paragraph of 11 U S C § 507 (a) ( )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary
10 Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space Is For Court Use Only

2005 MAY 19 PM 1:27
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
RECEIVED LOGAN & COMPANY, INC. AS AGENT

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice: |
|---|---|
| 5/13/05 | Print __Leland S. Smith__   Title __Shareholder__<br>Signature _/s/ Leland S. Smith_ |

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 and 3571

# EXHIBIT

# B

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                         ) Case No. 05-03817-3F1
                                               )
WINN-DIXIE STORES, INC., et al.,  )  *Chapter 11*
                                               )
Debtors.[1]                                 )  Jointly Administered
                                               )

### ORDER CORRECTING ORDER DATED AUGUST 24, 2006 (A) DISALLOWING NO LIABILITY CLAIMS, (B) REDUCING OVERSTATED CLAIMS AND (C) REDUCING AND RECLASSIFYING OVERSTATED MISCLASSIFIED CLAIMS, AS SET FORTH IN THE DEBTORS' FIFTEENTH OMNIBUS CLAIMS OBJECTION (DOCKET NO. 10544) TO ATTACH AMENDED EXHIBIT B[2]

These cases came before the Court for hearing on August 24, 2006, upon the Fifteenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A through C to the Objection.[3] On August 24, 2006, the Court entered an Order (A) Disallowing No Liability Claims, (B) Reducing Overstated Claims and (C) Reducing and Reclassifying Overstated Misclassified Claims as set Forth in the Debtors' Fifteenth Omnibus Claims Objection (Docket No. 10544) (the "Original Order"). Upon the representation of counsel for the Debtors

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] Exhibit B is amended to reflect that claim number 12375, filed by Bunkie Investments Company, LLC, is reduced to $741,632.14 instead of $740,284.52.

[3] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

that Exhibit B to the Original Order should be amended to change the reduced claim amount for claim number 12375, it is

ORDERED AND ADJUDGED:

1. Exhibit B attached to the Original Order is amended to reflect that the reduced claim amount for claim number 12375 filed by Bunkie Investments Company, LLC is $741,632.14. The amended Exhibit B is attached to this Order.

2. The Original Order is otherwise unaffected by this Order.

3. The Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated this 3 day of October, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

2

**WINN-DIXIE STORES, INC., ET AL.**
**FIFTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 408366<br>VILLAGE ROYALE PROPERTIES LLC<br>C/O BENESCH FRIEDLANDER ET AL<br>ATTN DAVID M NEUMANN, ESQ<br>200 PUBLIC SQUARE, 2300 BP TOWER<br>CLEVELAND OH 44114 | 7040<br>Debtor: WINN-DIXIE STORES, INC. | $87,363.00 | $28,883.85 | REDUCED AMOUNT REFLECTS PREPETITION 2005 COMMON AREA MAINTENANCE CHARGES AND REAL ESTATE TAXES OF $354.35 AND $4,097.28, RESPECTIVELY, AND RENT OF $24,432.22. REMAINING ASSERTED AMOUNT FOR REAL ESTATE TAXES AND COMMON AREA MAINTENANCE CHARGES ARE ESTIMATED AND, AT TIMES, INCLUDE POSTPETITION PAID LIABILITIES. |
| Creditor Id: 410417<br>WACHOVIA BANK, TRUSTEE<br>UNDER LUCY BUXTON AGREEMENT<br>C/O HAYNSWORTH SINKLER BOYD, PA<br>ATTN WILLIAM H SHORT JR, ESQ<br>PO BOX 11889<br>COLUMBIA SC 29211 | 12257<br>Debtor: WINN-DIXIE STORES, INC. | $1,852,373.29 | $533,900.21 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,314,466.18 FOR OVERSTATED REJECTION DAMAGES AND $4,005.90 FOR POSTPETITION COMMON AREA MAINTENANCE CHARGES, REAL ESTATE TAXES, AND INSURANCE. ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| Creditor Id: 410834<br>WICKER SMITH O'HARA, ET AL<br>ATTN LISA R DASHER, CONTROLLER<br>5TH FLOOR GROVE PLAZA BUILDING<br>2900 MIDDLE STREET, SW 28TH TERRACE<br>MIAMI FL 33133 | 9871<br>Debtor: WINN-DIXIE STORES, INC. | $1,145.58 | $1,112.58 | REDUCED AMOUNT REFLECTS 7/5/05 PAYMENT OF $33.00 BY CHECK NUMBER 0080068619 FOR POSTPETITION INVOICE NUMBER 208453. |
| Creditor Id: 403375<br>WILKINS, STEPHENS & TIPTON, PA<br>ATTN LELAND S SMITH<br>PO BOX 13429<br>JACKSON MS 39236-3429 | 2109<br>Debtor: WINN-DIXIE STORES, INC. | $46,678.66 | $46,476.51 | REDUCED AMOUNT REFLECTS REMOVAL OF $202.15 FOR INVOICE NUMBER 657030424, NOT AN INVOICE OF ANY OF THE DEBTORS. |
| Creditor Id: 265037<br>WORLD KITCHEN INC<br>PO BOX 911310<br>DALLAS, TX 75391-1310 | 3032<br>Debtor: WINN-DIXIE STORES, INC. | $64,367.71 | $29,854.61 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $597.01, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $160.20 AND $28.89, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $18,915.40, AND REMOVAL OF $14,811.60 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |

Total Claims to be Reduced: 81
Total Amount to be Reduced: $49,078,244.41 Plus Unliquidated Amounts, If Any
Total Reduced Amount: $26,208,839.40