# United States Bankruptcy Court

## Middle District Of Florida

In re: **Winn-Dixie Stores, Inc.**                    Case No.: **05-03817**

Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **LCH Opportunities, LLC** | **RDI Developers** |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent | Court Record Address of Transferor (Court Use Only) |
| **LCH Opportunities, LLC** | |
| **Attn: Joseph M. O'Connor** | |
| **315 Park Avenue South, 20th Floor** | |
| **New York, NY 10010** | |
| **Phone: (212) 460-1966** | |
| Last Four Digits of Acct #: _____ | Last Four Digits of Acct. #: _____ |
| | |
| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of Transferor |
| | **RDI Developers** |
| | **SUCCESSOR TO INTERCHANGE ASSOCIATES, INC** |
| | **ATTN I TRINK, PRESIDENT** |
| | **3334 LONG BEACH ROAD, STE 118** |
| | **OCEANSIDE NY 11572** |

Court Claim # (if known): 50038
Claim Amount:          $47,140.01
Date Filed on Docket:    09/14/06

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Ganna Liberchuk_____          Date: 10/17/06
        Transferee/Transferee's Agent
Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

### ---DEADLINE TO OBJECT TO TRANSFER---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

**CLERK OF THE COURT**

Sep 27 06 04:51p    Isaac trink                                510-208-9722                    p.1
     09/27/2006  16:51    2818564182              HAIN CAPITAL GRP                   PAGE  01/01

## EVIDENCE OF TRANSFER OF CLAIM

### TO:  THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, R.D.I. Developers, L.L.C, successor in interest to Interchange Associates, Inc. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to LCH Opportunities, LLC. ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claims (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the amount of $341,985.80 against Winn Dixie Stores, Inc. (the "Debtor"), Chapter 11 Case No. 05-03817 United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

This transfer includes the general unsecured claim amount of $300,300 and the administrative claim amount of $41,685.80. Distributions on account of both of these claims are for the benefit of LCH Opportunities, LLC

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 27th day of September, 2006.

R.D.I DEVELOPERS, LLC.
successor in interest to
INTERCHANGE ASSOCIATES, INC.

By: _____
Name:  ISAAC TRINI
Title:     PRESIDENT

LCH OPPORTUNITIES, LLC

By: _____
Name:  Joseph M O'Connor
Title:  Vice President