UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**ORDER (I) AUTHORIZING DEBTORS TO REJECT NON-RESDENTIAL REAL PROPERTY LEASES (II) ESTABLISHING REJECTION DAMAGE CLAIM BAR DATE AND, (III) GRANTING RELATED RELIEF (STORE NO(S). 1403, 1434 AND 1437)**

These cases came before the Court on the motion (Docket No. 10823) of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors")[1], for entry of an order under 11 U.S.C. § 365(a), authorizing the Debtors to reject the non-residential real property leases for Store Nos. 1403, 1417, 1434 and 1437 (the "Leases") and pursuant to Rule 3002(c)(4), Federal Rules of Bankruptcy Procedure, establishing a deadline by which the Landlord must file any claims for rejection damages under the Lease (the "Motion"). The Landlords for Store Nos. 1434 and 1417 filed objections to the Motion. The Debtors have agreed to continue hearing on the Motion as to the Landlord for Store No. 1417. The Court has reviewed the Motion and considered the representations of counsel. After due deliberation and good and sufficient cause exits, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

---

[1] All capitalized terms not otherwise defined in this order shall have the meaning ascribed to them in the Motion.

2. The Debtors are authorized to reject each of the Leases identified on the attached Exhibit A pursuant to 11 U.S.C. § 365(a). The Leases are rejected effective as of the date of this Order.

3. The objection filed by the Landlord for Store No. 1434 is overruled.

4. Each of the respective Landlords must file any claims resulting from the rejection of their respective Lease, if any, no later than thirty (30) days after entry of this Order.

5. Nothing in this Order constitutes a waiver of any claims the Debtors may have against any of the respective Landlords, whether or not related to the landlords respective Lease.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

7. The Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated October __16__, 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

00546168

# EXHIBIT A

| Winn-Dixie Store No. | Store Address | City | ST |
|---|---|---|---|
| 1403 | 1841 Almonaster Street | New Orleans | LA |
| 1434 | 7330 West Judge Perez | Arabi | LA |
| 1437 | 2841 S. Claiborne Avenue | New Orleans | LA |