# UNITED STATES BANKRUPTCY COURT

Middle District of Florida (Jacksonville)

In re: Winn-Dixie Stores, Inc..    Case No. 05-03817-JAF

Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001(e)(1).

| **CACTUS HOLDINGS GROUP, LLC** | **MODERN LEASING INC OF IOWA** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices and payments to transferee should be sent:
**CACTUS HOLDINGS GROUP, LLC**
**19487 ROBLE CT.**
**SARATOGA, CA 95070**

Phone:
**(408) 868-1507**

Court Record Address of Transferor
(Court Use Only)

Last Four Digits of Acct#: _____

Name and Current Address of Transferor
**MODERN LEASING INC OF IOWA**
**c/o LORI MCCLAREY**
**8040 UNIVERSITY BLVD**
**CLIVE, IA 50325**

Last Four Digits of Acct#: _____

Court Claim #(if known): 33930
Claim Amount: **$7,110.04**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Maya Krish    Date: 10/9/2006
Maya Krish
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. 152 & 3571

MODERN LEASING INC OF IOWA, ("Assignor"), transfers and assigns unto Cactus Holdings Group, LLC with an address at 19487 Roble Ct., Saratoga, CA 95070, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: WINN-DIXIE STORES, INC., et al., (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the MODERN LEASING INC OF IOWA Claims of Assignor in the aggregate amount of $7,110.04 representing all claims pre-petition or post-petition against Debtor in the United States Bankruptcy Court for the Middle District of Florida (Jacksonville), administered as Case No. 05-03817. Assignor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e) (1).

IN WITNESS WHEREOF, Assignor has signed below as of the ___9___ day of __October__, 2006.

(Assignor)
MODERN LEASING INC OF IOWA

Signature: _Lori McClarey_
Name: _Lori McClarey_
Title: _Legal & Bankruptcy Specialist_

(Assignee)
CACTUS HOLDINGS GROUP, LLC

Signature: _Maya Krish_
Name: _Maya Krish_
Title: _Vice President, Credit_

(Assignor)
WITNESS:

Signature: _____
Name: _Ray Lantz_
Title: _VP Finance Operations_