# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In Re: | : | **Chapter 11** |
| | : | |
| **WINN-DIXIE STORES, INC. et al.,** | : | **Case No. 05-03817** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

## NOTICE OF WITHDRAWAL OF APPLICATION OF GOODING'S SUPERMARKETS, INC. FOR ALLOWANCE OF PRIORITY ADMINISTRATIVE EXPENSES PURSUANT TO 11 U.S.C. §§ 503(B)(1)(A) AND 507(A)(2)

COMES NOW GOODING'S SUPERMARKETS, INC. ("Gooding's") by and through its undersigned counsel, and hereby gives notice of its withdrawal of its Application of Gooding's Supermarkets, Inc. For Allowance of Priority Administrative Expenses Pursuant to 11 U.S.C. §§ 503(B)(1)(A) and 507(a)(2), (Docket # 9578).

Dated this ___17Th___ day of __October__ 2006.

Matt E. Beal, Esquire
Florida Bar No. 0865310
Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
Post Office Box 2809
Orlando, Florida 32802-2809
Telephone: (407) 418-6259
Facsimile: (407) 843-4444
Electronic Mail: matt.beal@lowndes-law.com
Attorneys for Gooding's Supermarkets, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this _17th_ day of _October_, 2006, to the extent that the foregoing NOTICE OF WITHDRAWAL OF APPLICATION OF GOODING'S SUPERMARKETS, INC. FOR ALLOWANCE OF PRIORITY ADMINISTRATIVE EXPENSES PURSUANT TO 11 U.S.C. §§ 503(B)(1)(A) AND 507(A)(2), was not served electronically via the CM/ECF System, I caused a copy of same to be served via first class mail postage prepaid, to the persons on the attached Service List.

Matt E. Beal, Esq.

## SERVICE LIST

Winn-Dixie Stores, Inc. et al,
5050 Edgewood Court
Jacksonville, Florida 32254-3699

D.J. Baker, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

Sarah Robinson Borders
Brian C. Walsh
KING & SPALDING LLP
191 Peachtree Street
Atlanta, Georgia 30303

United States Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Elena L Escamilla
Office of the U.S. Trustee
135 W Central Blvd., Ste 620
Orlando, FL 32806

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

John B. Macdonald
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202

0045106\115975\976093\1