UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, ) | *Chapter 11* |
| Debtors. ) | Jointly Administered |
| ) | |

## ORDER CONTINUING TRIAL ON THE
## DEBTORS' OBJECTION TO LOUISIANA TAX CLAIMS

This case is before the Court upon Debtors' Unopposed Motion to Continue Trial on Debtors' Objection to Louisiana Tax Claims (the "Motion"). Upon consideration, it is

ORDERED:

1. The Motion is granted.

2. The trial on Debtors' Objection to Louisiana Tax Claims currently scheduled for November 1, 2006, November 2, 2006 and November 3, 2006 at 9:30 a.m. is continued to January 31, 2007, February 1, 2007 and February 2, 2007 at 9:00 A.M. in Courtroom 4D, United States Courthouse, 300 N. Hogan St., Jacksonville, FL 32202.

3. The deadlines set forth in the Order Scheduling Trial on this matter

entered herein on May 24, 2006 are extended accordingly and shall be based upon the continued trial dates set forth above.

Dated this 16/17 day of October, 2006, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve copies of this order on all parties to this adversary proceeding

545293