**SOUTH CAROLINA EMPLOYMENT SECURITY COMMISSION**
631 HAMPTON STREET
POST OFFICE BOX 995
COLUMBIA, SOUTH CAROLINA 29201
(803) 737-2666
FAX (803) 737-0124

**FILED**
JACKSONVILLE, FLORIDA
OCT 1 6 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
POST OFFICE BOX 559
JACKSONVILLE, FL 32201

**DEBTOR:** Winn Dixie Logistics Inc.
**ACCOUNT NO.** 363274

Chapter 11
CASE NO. 05-3817-3F1

Dear Clerk:

The SC Employment Security Commission would like to withdraw claim number 11856 in the above case number dated September 13, 2005 in the amount of $12,381.00. This claim was filed in error.

Thank you for your attention in this matter.

Sincerely,

H.W. Funderburk, Jr.
General Counsel
South Carolina Employment
Security Commission

October 4, 2006

Cc:      Jane Leamy, Esquire
         Skadden Arps Slate Meagher & Flom
         4 Time Square
         New York, NY 10036