**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 3-05-bk-03817-JAF |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE

Information Builders, Inc. ("Information Builders"), through its undersigned counsel hereby requests the Court to issue an order requiring payment of its administrative expense claim pursuant to 11 U.S.C § 503(b) by debtor Winn-Dixie Stores, Inc. (the "Debtor") and in support of its request herein states as follows:

1.     On April 15, 2003, the Debtor and Information Builders entered into a Master Software License Agreement (as amended, restated or otherwise modified, the "Master License Agreement"). A true copy of the Master License Agreement is attached hereto and incorporated herein as Exhibit A.

2.     On December 31, 2004, the Debtor and Information Builders entered into a Master Software License Agreement Rider (the "Rider Agreement"). A true copy of the Rider Agreement is attached hereto and incorporated herein as Exhibit B. Pursuant to the Rider Agreement, Information Builders agreed to license certain software products (the "Software") to the Debtor. In consideration thereof, the Debtor agreed to pay $254,271 (the "Down Payment") to license the Software for twelve months and to purchase the software for $918,788 (the "Purchase Price") after the conclusion of the twelve month license. Information Builders agreed

17383396

to apply the Down Payment towards the Purchase Price.   The Debtors did not pay the Down Payment to Information but began using the Software but failed to pay the Down Payment.

3.      On February 21, 2005 (the "Petition Date"), Debtor and its affiliates filed voluntary petitions for reorganization under Chapter 11.  The Debtor continued to use the Software after the Petition Date.

4.      On July 15, 2005, Information Builders filed a proof of claim in the amount of $272,069.97 (which is an amount equal to the Down Payment plus applicable sales taxes, the "Proof of Claim") for the Down Payment owed by the Debtors.

5.      On January 19, 2006, the Debtor paid Information Builders $233,309.17, which asserted represented the pro rata share of the Down Payment (together with applicable sales taxes of $17,798.97) from the Petition Date through December 31, 2005.  Consequently $38,760.80 remained outstanding under the Proof of Claim for the portion of the Down Payment due prior to the Petition Date.

6.      On January 30, 2006, Information Builders invoiced the Debtor for the Purchase Price (plus applicable sales taxes $46,516.19) of the Software minus the Down Payment (the "January 2006 Invoice").  The Purchase Price for the Software came due on December 31, 2005 pursuant to the Rider Agreement.  The remaining balance owed for the purchase of the Software is equal to $711,033.19.  A true and correct copy of the January 2006 Invoice is attached hereto as Exhibit C.

7.      On June 29, 2006, this Court entered an order authorizing the rejection of the Master License Agreement as of June 29, 2006 (the "Rejection Date").

8.      Since the Petition Date until on or about September 19, 2006 (when Information Builders finally received notice from the Debtor that the Software had been de-installed), the Debtor has had all the use of and enjoyment of the Software, as though it had assumed the Master License Agreement.  Indeed, the purported rejection of the Master License Agreement is nothing more than a cynical attempt to avoid payment of the balance of the Purchase Price, for which it should be considered fully obligated to pay.

9.      Pursuant to 11 U.S.C. § 503(b), the Court should allow Information Builders a post-petition Chapter 11 administrative expense claim for the Debtor's post-petition use of the Software in the amount of $711,033.19 (which equals the Purchase Price minus the Down Payment) pursuant to the parties' contractual agreement in the Rider Agreement.

WHEREFORE, Information Builders requests the Court to grant its Request for Payment of Administrative Expense, to order the Debtor to pay Information Builders $711,033.19 forthwith and to grant it such other and further relief as the Court deems just and proper.

Respectfully submitted,

MAYER, BROWN, ROWE & MAW LLP

/s/Laura Metzger
Frederick Hyman (FH – 2224)
Laura Metzger (LM – 9020)
1675 Broadway
New York, New York 10019-5820
Tel:  (212) 506-2500

*Counsel for Information Builders, Inc.*