UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| WINN-DIXIE STORES, INC., ET AL., | § | CASE NO. 05-03817-3F1 |
| | § | |
| Debtors. | § | *Jointly Administered* |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF
CARDINAL CAPITAL PARTNERS, INC. EMPLOYEE PROFIT SHARING
PLAN & TRUST A/K/A CCP EMPLOYEE PROFIT SHARING PLAN &
TRUST TO THE COMPLETE TRANSFER OF CLAIM NO. 8903**

PLEASE TAKE NOTICE that Cardinal Capital Partners, Inc. Employee Profit Sharing Plan & Trust a/k/a CCP Employee Profit Sharing Plan & Trust hereby withdraws with prejudice the following limited objection:

1. Limited Objection of Cardinal Capital Partners, Inc. Employee Profit Sharing Plan & Trust a/k/a CCP Employee Profit Sharing Plan & Trust to the Complete Transfer of Claim No. 8903 dated August 9, 2006 [document no. 10062].

        HIERSCHE, HAYWARD, DRAKELEY
          & URBACH, P.C

By:   */s/Russell W. Mills*
     Russell W. Mills
     TX State Bar No. 00784609
     Jason M. Katz
     TX State Bar No. 24038990

15303 Dallas Parkway, Suite 700
Addison, Texas 75001
Telephone:   (972) 701-7000
Facsimile:    (972) 701-8765

      - and -

BLEDSOE, JACOBSON, SCHMIDT
     & WRIGHT

By:   */s/ James A. Bledsoe, Jr.*
     James A. Bledsoe, Jr.
     Florida State Bar No. 0150646

1301 Riverplace Boulevard, Suite 1818
Jacksonville, Florida 32207
Telephone:   (904) 398-1818
Facsimile:    (904) 398-7073

ATTORNEYS FOR CARDINAL CAPITAL PARTNERS, INC. EMPLOYEE PROFIT SHARING PLAN & TRUST a/k/a CCP EMPLOYEE PROFIT SHARING PLAN & TRUST

## **CERTIFICATE OF SERVICE**

This is to certify that on the 18th day of October, 2006, a true and correct copy of the above and foregoing Objection was served *via* first class mail and/or via electronically on the following:

| | |
|---|---|
| Wendy M. Simkulak, Esq.<br>Duane Morris, LLP<br>30 South 17th Street<br>Philadelphia, PA 19103-4196<br><br>Counsel for Principal Life Insurance Company | Jane M. Leamy<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware 19899<br><br>Counsel for Debtors |
| D. J. Baker<br>Rosalie Walker Gray<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036<br><br>Counsel for Debtors | Stephen D. Busey<br>James. H. Post<br>Cynthia C. Jackson<br>Smith, Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202<br><br>Counsel for Debtors |

*/s/ Russell w. Mills*_____
Russell W. Mills

Notice of Withdrawal of Limited Objection to Transfer of Claim 8903
Q:\4525_Cardinal\0185_Winn Dixie\Docs\Notice of Withdrawal of Motions.final.doc

Page 3