UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

|  |  |  |
|---|---|---|
| In Re: | ) | Case No. 05-03817-3F1 |
|  | ) |  |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
| ---------------------------------------------------------------x |  |  |

### CERTIFICATE OF SERVICE

I, Maura Russelll, hereby certify that on October 18, 2006, a true and correct copy of the *Notice of Transfer: Original Claimant: Ken's Foods, Inc., Transferee: SPCP Group, LLC,* in the above captioned proceeding was caused to be served to the parties identified in the annexed service list via first class mail, in a postage paid envelope.

 */s/ Maura Russell*
 Maura Russell

Sworn to before me this
18th day of October, 2006

 */s/ Anthony Stumbo*
Anthony Stumbo
Notary Public, State of New York
No. 02ST6057531
Qualified in Kings County
Commission Expires:  April 16, 2007

{00200878.DOC;}

# SERVICE LIST

**Skadden Arps Slate Meagher & Flom, LLP**
Four Times Square
New York, NY 10036
Attn: Adam Ravin, ESQ.

**Winn-Dixie Stores, Inc**
5050 Edgewood Court
Jacksonville, FL 32254-3699

**Logan & Company, Inc.**
546 Valley Road
Upper Montclair, New Jersey 07043

**KEN'S FOODS, INC**
**PO BOX 849**
**MARLBOROUGH, MA 01752**

{00200878.DOC;}