# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 11 |
| ) | |
| WINN DIXIE STORES, INC., et al., ) | |
| ) | |
| Debtors. | Case No.: 05-03817-3F1 |

## REQUEST OF C & A LTD., L.C., FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

C & A Ltd., L.C. ("C & A"), by and through its undersigned counsel, requests that the Court enter an Order for the allowance and payment of its administrative expense claim pursuant to Bankruptcy Code § 503(b) and states as follows:

1. The Debtors filed voluntary petitions under chapter 11 of the Bankruptcy Code on February 21, 2005 and continue to manage their affairs as debtors-in-possession.

2. At the time the Debtors filed their chapter 11 petitions, C & A and one of the Debtors, Winn Dixie Stores, Inc. (the "Debtor") were parties to a lease agreement dated November 24, 1997 under which C & A leased certain premises to the Debtor located at the Melbourne Village Plaza. A copy of the lease agreement is attached hereto as Exhibit A.

3. Under the lease agreement, the Debtor was to make monthly payments in the amount of $33,062.42 as base rent. The Debtor had additional payments for common area maintenance, real estate taxes, insurance and security expenses also due under the lease agreement.

4. On or about September 30, 2005, the Debtor rejected the lease agreement with C & A. As of the date the Debtor rejected the lease agreement with C & A, it owed $35,997.18 for post-petition rent, common area maintenance, insurance and real estate taxes. A list of the amounts owed is attached hereto as Exhibit B.

5. Bankruptcy Code § 503(b)(1)(A) requires the payment of administrative expenses, including the "actual, necessary costs and expenses of preserving the estate." The post-petition charges under the lease agreement were for the benefit of the Debtor's bankruptcy estate by allowing the Debtor to continue to operate its business at the premises through the rejection date. Further, Bankruptcy Code § 365(d)(3) requires a debtor in possession to timely perform the obligations of a non-residential lease of real property until such lease is assumed or rejected. Payment of the common area maintenance insurance and real estate taxes are obligations of the Debtor under the lease agreement.

6. Accordingly, C & A seeks allowance and payment of an administrative claim pursuant to Bankruptcy Code §§ 503(b) and 365(d) in the amount of $35,997.18.

WHEREFORE, C & A requests that the Court enter an order: (a) allowing its administrative claim; (b) requiring Debtors to pay the administrative claim within ten days from entry of the order; and (c) granting C & A all other relief the Court deems appropriate.

Dated this 18 day of October, 2006.

HELD & ISRAEL

By: /s/
Kimberly Held Israel, Esquire
Florida Bar #47287
Adam N. Frisch, Esquire
Florida Bar #635308
afrisch@hilawfirm.com
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile
and

POLSINELLI SHALTON WELTE SUELTHAUS PC

JAMES E. BIRD (#28833)
AMY E. HATCH (#53116)
700 West 47th Street, Suite 1000
Kansas City, Missouri 64112
(816) 753-1000
Fax No. (816) 753-1536