# EXHIBIT B

FINAL RECONCILIATION OF CAM, INSURANCE, AND TAXES

### Save Rite (Winn-Dixie #2317)

Melbourne Village Station Shopping Center
Melbourne, Florida
Period Ended September 30, 2005

**Invoice Date:**   October 4, 2005

**Payment Due By:**   NET 30 Days

Square Footage

| | Tenant | Total Center | Tenant Pro Rata Share |
|---|---|---|---|
| | 57,500 | 127,705 | 29 477% |

Percent of Period Tenant Occupied Unit (2-22-05 to 9-30-05)   80 952%
*(POST-PETITION TO RESECTION)*   *TERMINATION DATE IS  9/30/05*

| Common Area Maintenance and Insurance | | | |
|---|---|---|---|
| Utilities | $ | 29,698 00 | $ 7,086 69 |
| Lot, Landscaping  Common Area R&M | | 27,248 00 | 6,502 06 |
| Insurance | | 16,685 00 | 3,981 46 |
| TOTAL CAM & INSURANCE DUE | | | $ 17,570.20 |

| Real Estate Taxes | | | |
|---|---|---|---|
| Taxes | $ | 95,385 00 | 28,116 97 |
| Total Taxes Due | | | $ 28,116 97 |

| TOTAL CAM, TAXES, AND INSURANCE DUE | | | $ 45,687.18 |
|---|---|---|---|
| CAM Payments Made 2005 | | | 9,690 00 |
| Balance | | | 35,997 18 |
| Florida Sales Tax Exempt | | | - |
| BALANCE DUE TO 2005 PAYMENTS | | | $ 35,997.18 |

PLEASE MAKE CHECK PAYABLE TO:

C & A, LTD
PO BOX 640474
CINCINNATI, OHIO 45264-0474