# EXHIBIT B

Analysis of Winn Dixie Claim/Civic Center

Petition Date: 2/21/05

| Time Frame | Amounts | Notes | Pre-petition before 2/21/05 | Post-petition between 2/21 & 5/21/05 | Post-Rejection after 5/21/05 |
|---|---|---|---|---|---|
| May 2005 | 14,052.00 | Monthly rent: lease rejected 5/21/05 | | 9,519.10 | 4,532.90 |
| Jan-Mar 05 | 3,945.65 | CAM: Parking lot sweeping, snow removal & landscaping | 2,279.71 | 1,665.94 | |
| Apr-Jun 05 | 1,894.22 | CAM: Parking lot sweeping, snow removal & landscaping | | 1,061.60 | 832.62 |
| | 19,891.87 | | | $12,246.64 | |

Civic Center Station
P O Box 640474

Cincinnati, OH 45264-0474

## OPEN ITEM STATEMENT

Winn-Dixie Stores, Inc (#1764)　　　　　　　　　　Date    07/21/2005
P.O. Box 8000　　　　　　　　　　　　　　　　　Account  CIVWINN
833 Shotwell Road
Clayton, NC 27520　　　　　　　　　　　Amount enclosed  _____

Please enclose this portion with your remittance.

Make checks payable to
　Civic Center Station
　P O Box 640474
　Cincinnati, OH 45264-0474

Statement for:　　　　　　　　　　　　　　　　　　　　Statement date
　Winn-Dixie Stores, Inc (#1764)　　　　　　　　　　　　　07/21/2005
　P O Box 8000
　833 Shotwell Road
　Clayton, NC 27520

| Unit | Due Date | Description | Amount |
|------|----------|-------------|--------|
| 2220 | 01/18/2005 | CAM Charge | 3,355.36 |
| 2220 | 03/02/2005 | Prior Yr Real Estate Tax 2004 | 38,092.77 |
| 2220 | 05/01/2005 | Rent Charge | 14,052.00 |
| 2220 | 07/18/2005 | CAM Charge Jan - Mar 05 | 3,945.65 |
| 2220 | 07/19/2005 | CAM Charge April - June 05 | 1,894.22 |
| | | Balance | 61,340.00 |

Contact Cindy at (800) 875-6585 for question on your account
Listing your Account I D on your check will ensure proper identification

Payment due on first of the month

Please pay by due date to avoid late charges.

# INVOICE

7/19/2005

Civic Center Station Store #1764
Parking Lot and Landscaping Charges
January - March 2005
Prepared for Winn-Dixie

*Lot Sweeping*
| | | |
|---|---|---|
| January | $ | 175.00 |
| February | | 758.00 |
| March | | 758.00 |
| TOTAL | $ | 1,691.00 |

*Snow Removal*
| | | |
|---|---|---|
| January | $ | 3,000.00 |
| February | | 502.90 |
| March | | 0.00 |
| TOTAL | $ | 3,502.90 |

*Landscaping*
| | | |
|---|---|---|
| January | $ | 400.00 |
| February | | 400.00 |
| March | | 1,367.38 |
| TOTAL | $ | 2,167.38 |

TOTAL ALL CHARGES                                    $   7,361.28

Winn Dixie Pro Rata Percent                          53.6%   (50884/94968)

TOTAL DUE TO CIVIC CENTER STATION           $   3,945.65

*PLEASE MAKE CHECK PAYABLE TO:*

        CIVIC CENTER STATION
        PO BOX 640474
        CINCINNATI, OH 45264-0474

Q:\CAM Recs\2004 Cam Recs\2004 PECO\Cmc\2004 reconciliation – CIV xls\Winn Dixie (1st Qtr

# INVOICE

Civic Center Station Store #1764
Parking Lot and Landscaping Charges
April - June 2005
Prepared for Winn-Dixie

*Lot Sweeping*
| | | |
|---|---|---|
| April | $ | 758.00 |
| May | | 758.00 |
| June | | 758.00 |
| TOTAL | $ | 2,274.00 |

*Snow Removal*
| | | |
|---|---|---|
| April | $ | 0.00 |
| May | | 0.00 |
| June | | 0.00 |
| TOTAL | $ | 0.00 |

*Landscaping*
| | | |
|---|---|---|
| April | $ | 460.00 |
| May | | 400.00 |
| June | | 400.00 |
| TOTAL | $ | 1,260.00 |

TOTAL ALL CHARGES                                    $   3,534.00

Winn Dixie Pro Rata Percent                              53.6%

TOTAL DUE TO CIVIC CENTER STATION                    $   1,894.22

*PLEASE MAKE CHECK PAYABLE TO:*

> CIVIC CENTER STATION
> PO BOX 640474
> CINCINNATI, OH 45264-0474

Q:\CAM Recs\2004 Cam Recs\2004 PECO\Civic\2004 reconciliation - CIV.xls\Winn Dixie 2nd Qtr