UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,   Case No.: 3:05-bk-03817-JAF

    Debtors.   Chapter 11

    Jointly Administered

_____/

NOTICE OF FILING SECOND SUPPLEMENTAL
DECLARATION OF SAUL E. BURIAN

The Official Committee of Unsecured Creditors appointed in the above-captioned cases of Winn-Dixie Stores, Inc. and its affiliated debtors and debtors in possession hereby gives notice of the filing of the attached Second Supplemental Declaration of Saul E. Burian Pursuant to Bankruptcy Rule 2014(a) and Section 101(14) of the Bankruptcy Code.

Dated:  October 18, 2006

AKERMAN SENTERFITT

By: /s/ John B. Macdonald
    John B. Macdonald
    Florida Bar No.: 230340
    E-mail: john.macdonald@akerman.com
    Patrick P. Patangan
    Florida Bar No.: 348340
    E-mail: patrick.patangan@akerman.com
    50 North Laura Street, Suite 2500
    Jacksonville, FL 32202
    Telephone: (904) 798-3700
    Facsimile: (904) 798-3730

Co-Counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al.

{JA290066;1}

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished either by electronic notification or U.S. Mail, postage prepaid and properly addressed, this 18th day of October, 2006, to Kenneth C. Meeker, Esq., Assistant United States Trustee, 135 West Central Blvd., Room 620, Orlando, FL 32801; the Debtor, c/o Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202; Adam Ravin, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036, and the parties listed on the attached Local Rule 1007-2 Parties in Interest List.

                                                      */s/ John B. Macdonald*
                                                      Attorney

{JA290066;1}