**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| **In re:**<br><br>**WINN-DIXIE STORES, INC., et al.,**<br><br>**Debtors.**[1] | **Chapter 11**<br><br>**Case No. 05-03817-3F1**<br><br>**(Jointly Administered)** |

**CERTIFICATE OF SERVICE**

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about October 10, 2006 I caused copies of:

- the **Order Disallowing (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Workers Compensation Claims and (D) Workers Compensation Misclassified Claims, As Set Forth in the Debtors' Nineteenth Omnibus Claims Objection**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: October 18, 2006

Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: 9K

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**

**Order Disallowing (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Workers Compensation Claims and (D) Workers Compensation Misclassified Claims, As Set Forth in the Debtors' Nineteenth Omnibus Claims Objection**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.** **CASE: 05-03817-3F1**

CREDITOR ID: 82735-09
ABUHAI, SENDEKU M
PO BOX 45123
TAMPA FL 33677-0301

CREDITOR ID: 403559-15
ALBERINO, VERONICA
C/O GOLDBERG & CATREN, PA
ATTN SHEILA GOLDBERG, ESQ
5353 NORTH FEDERAL HWY, SUITE 407
FORT LAUDERDALE FL 33308

CREDITOR ID: 403559-15
ALBERINO, VERONICA
108 SE 10TH STREET, APT 102J
DEERFIELD BEACH FL 33441

CREDITOR ID: 403197-99
ALLEN CANNING COMPANY
C/O WRIGHT LINDSEY & JENNINGS LLP
ATTN JAMES J GLOVER, ESQ
200 WEST CAPITOL AVE, STE 2300
LITTLE ROCK AR 72201

CREDITOR ID: 399614-98
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ, SR VP
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

CREDITOR ID: 388705-54
ANGELO, MARY
3853 HERSCHEL ST
JACKSONVILLE FL 32205

CREDITOR ID: 388705-54
ANGELO, MARY
C/O EDWARD P JACKSON, PA
ATTN EDWARD P JACKSON, ESQ
255 N LIBERTY STREET
JACKSONVILLE FL 32202

CREDITOR ID: 399729-98
ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

CREDITOR ID: 386245-54
ATES, BUSTER
1132 OLD FOSHEE RD
BREWTON AL 36426

CREDITOR ID: 386245-54
ATES, BUSTER
C/O CHARLES R GODWIN LAW OFFICE
ATTN CHARLES R GODWIN, ESQ
10388 HIGHWAY 31
ATMORE AL 36502

CREDITOR ID: 392001-55
ATWOOD, BETTY
C/O JOHN TYLER BALL, PA
ATTN JOHN TYLER BALL, ESQ
210 MAIN STREET
NATCHEZ MS 39121

CREDITOR ID: 389782-54
BAMFORD, JACQUELINE E
155 N. ORANGE ST
STARKE FL 32091

CREDITOR ID: 391597-55
BANKSTON, MARY ANN
C/O JOHN E KARDOS, PC
ATTN JOHN E KARDOS, ESQ
ONE HUNTINGTON ROAD, STE 202
ATHENS GA 30606

CREDITOR ID: 406281-15
BAY VALLEY FOODS, LLC FKA
DEAN SPECIALTY FOODS GROUP, LLC
ATTN BRAD CROSSMAN
857-897 SCHOOL PLACE
GREEN BAY WI 54303

CREDITOR ID: 7658-05
BEACH, OMEGA D
622 NORTHCREST DR
CHARLOTTE NC 28206

CREDITOR ID: 390008-54
BEARDEN, VIRGINIA
4805 WASILLA WAY
POWDER SPRINGS GA 30127

CREDITOR ID: 390008-54
BEARDEN, VIRGINIA
C/O ROMON WALLS PALANCA JR, ESQ
3017 PIEDMONT RD NE, STE 100
ATLANTA GA 30305

CREDITOR ID: 534870-15
BEAUTY BEAT
ATTN WILLIAM MOSKOVITS
327 N ALTA VISTA
LOS ANGELES CA 90036

CREDITOR ID: 243209-12
BEAUTY BEAT INC
ATTN WILLIAM MOSKOVITS, PRESIDENT
12222 SHERMAN WAY
NORTH HOLLYWOOD, CA 91605

CREDITOR ID: 7836-05
BECK, CRYSTAL T
C/O WHIBBS & WHIBBS, PA
ATTN J DONOVAN WHIBBS, ESQ
105 E GREGORY SQUARE
PENSACOLA FL 32502

CREDITOR ID: 7836-05
BECK, CRYSTAL T
8619 BELLE MEADOW BLVD
PENSACOLA FL 32514-0595

CREDITOR ID: 386246-54
BECK, JIMMY
1122 4TH AVENUE
ATMORE AL 36502

CREDITOR ID: 391686-55
BELL, PAULA
C/O DIETRICK EVANS SCHOLZ ET AL
ATTN WILLIAM EVANS, ESQ
3490 PIEDMONT ROAD NE, SUITE 1200
ATLANTA GA 30305

CREDITOR ID: 269363-16
BEN TOBIN COMPANIES, LTD, THE
C/O SALOMON KANNER DAMIAN ET AL
ATTN VINCENT E. DAMIAN JR, ESQ
80 SOUTHWEST 8TH STREET, SUITE 2550
MIAMI, FL 33130

CREDITOR ID: 392731-55
BENJAMIN, MARIE
C/O FINDLER & FINDLER
ATTN LISSA JOLIVERT-DORSEY, ESQ
3 HARVARD CIRCLE, SUITE 100
WEST PALM BEACH FL 33409

CREDITOR ID: 93082-09
BERGERON, KIMBERLY G
319 CYPRESS VILLAGE
HOUMA LA 70360

CREDITOR ID: 393522-55
BETANCOURT, LUIS
C/O BARBAS KOENIG NUNEZ ET AL
ATTN KELLY B NUNEZ, ESQ
1802 W CLEVELAND STREET
TAMPA FL 33606

**SERVICE LIST**

**Order Disallowing (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Workers Compensation Claims and (D) Workers Compensation Misclassified Claims, As Set Forth in the Debtors' Nineteenth Omnibus Claims Objection**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.** **CASE: 05-03817-3F1**

CREDITOR ID: 393522-55
BETANCOURT, LUIS
PO BOX 263171
TAMPA FL 33685-3171

CREDITOR ID: 411161-15
BG TURFWAY, LLC
C/O BENDERSON DEVELOPMENT CO, INC.
ATTN SUSAN M HASSINGER, ESQ
570 DELAWARE AVENUE
BUFFALO NY 14202

CREDITOR ID: 410895-15
BG TURFWAY, LLC
C/O DEVELOPERS DIVERSIFIED REALTY
ATTN ERIC C COTTON, ESQ
3300 ENTERPRISE PARKWAY
PO BOX 228042
BEACHWOOD OH 44122

CREDITOR ID: 388641-54
BISHOP, TIFFANY
C/O GERALD MALLOY LAW OFFICE
ATTN GERALD MALLOY
314 W CAROLINA AVENUE
HARTSVILLE SC 29550

CREDITOR ID: 388641-54
BISHOP, TIFFANY
C/O VALERIE BISHOP
824 G STREET
HARTSVILLE SC 29550

CREDITOR ID: 403527-15
BOB CAMPBELL PAINTING, INC
ATTN ROBERT L CAMPBELL, OWNER
370 NE 45 CT
FT LAUDERDALE FL 33334

CREDITOR ID: 399766-84
BOHRES, RANDALL W
10436 LAGO LOUISA COURT
CLERMONT FL 34711

CREDITOR ID: 399802-84
BOHRES, RANDALL W
10436 LOGA LOISA COURT
CLERMONT FL 34711

CREDITOR ID: 388146-54
BONVILLAIN, MARY
C/O GORDON R CRAWFORD & ASSOCIATES
ATTN ELLIOTT J REDMOND, ESQ
324 E WORTHEY ROAD
GONZALES LA 70737

CREDITOR ID: 388146-54
BONVILLAIN, MARY
17541 JB EVERETT ROAD
LIVINGSTON LA 70754

CREDITOR ID: 391664-55
BOTELLO, LAURIE
C/O WILTON STONE, ESQ
PO BOX 729
VALDOSTA GA 31603

CREDITOR ID: 391527-55
BRASFIELD, DAISY
C/O FRANK M CAUTHEN, JR, PC
ATTN FRANK M CAUTHEN JR, ESQ
601 GREENSBORO AVENUE, STE 700
TUSCALOOSA AL 35401

CREDITOR ID: 97999-09
BREWER, BART P
1130 MANLEY RD
HAZEL GREEN AL 35750

CREDITOR ID: 387047-54
BROWN, CHERYL
5664 LAKE DRIVE, APT A3
CALLAWAY FL 32404

CREDITOR ID: 410732-15
BUNCH, EDIE F GARRETT
5102 E 12TH ST LOT 15
PANAMA CITY FL 32404-9468

CREDITOR ID: 12699-05
BURCH, MARIA C
5681 E DENFIELD RD, APT 1210
JACKSONVILLE FL 32277

CREDITOR ID: 404285-95
BVI DBA PRIMED
ATTN STEPHANIE PRESTAGER, CBO MGR
PO BOX 240695
MONTGOMERY AL 36124-0695

CREDITOR ID: 403520-98
CACTUS HOLDINGS GROUP LLC
ATTN VIJAY KRISH
19487 ROBLE CT
SARATOGA CA 95070

CREDITOR ID: 387497-54
CALLAHAN, GWENDOLYN
117 RIDGEVIEW
HURT VA 24563

CREDITOR ID: 392035-55
CAMP, WATSON
C/O OLSON, SMITH, JORDAN & COX, PA
ATTN W GRADY JORDAN, ESQ
PO BOX 1207
EASLEY SC 29641

CREDITOR ID: 392413-55
CANDELL, YUNAIKI
C/O LAW OFFICES OF JOSE FRANCISCO
ATTN ROBERTO RAMIREZ, ESQ
5040 NW 7TH STREET, SUITE 900
MIAMI FL 33126

CREDITOR ID: 392014-55
CARACCIOLA, MARY
C/O WOHN & MCKINLEY, PA
ATTN ROBERT A WOHN JR, ESQ
960 N COCOA BLVD
PO BOX 1450
COCOA FL 32923-1450

CREDITOR ID: 410870-15
CARDINAL HEALTH
C/O PITNEY HARDIN, LLP
ATTN SCOTT A ZUBER, ESQ
PO BOX 1943
MORRISTOWN NJ 07932-1945

CREDITOR ID: 393357-55
CARLE-TIDWELL, SANDY
C/O HARRIS & GRAVES, PA
ATTN STEVEN D HAYMOND, ESQ
PO BOX 11566
1518 RICHLAND STREET
COLUMBIA SC 29211

CREDITOR ID: 105012-09
CARRANZA, LUIS E
9812 CEDAR CIRCLE DRIVE, APT 201
CHARLOTTE NC 28210

CREDITOR ID: 105012-09
CARRANZA, LUIS E
C/O JUSTICE H CAMPBELL PA
ATTN JUSTICE H CAMPBELL, ESQ
301 SOUTH MCDOWELL STREET, STE 204
CHARLOTTE NC 28204

CREDITOR ID: 388609-54
CARTER, AUDIERY
C/O TIMOTHY L FINGER, PA
ATTN TIMOTHY L FINGER, ESQ
154 NORTH MAIN STREET
WAYNESVILLE NC 28786

**SERVICE LIST**

**Order Disallowing (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Workers Compensation Claims and (D) Workers Compensation Misclassified Claims, As Set Forth in the Debtors' Nineteenth Omnibus Claims Objection**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.** **CASE: 05-03817-3F1**

CREDITOR ID: 388609-54
CARTER, AUDIERY
PO BOX 1362
MARS HILL NC 28754

CREDITOR ID: 393353-55
CARVER, RENEE
C/O WOHN & MCKINLEY PA
ATTN ROBERT A WOHN ESQ
960 N COCOA BLVD
PO BOX 1450
COCOA FL 32923-1450

CREDITOR ID: 388589-54
CASTILLO, SYLVIA
9841 SAN LEA
DALLAS TX 75228

CREDITOR ID: 391356-55
CAVES, MACKY
C/O DOUGLAS W MITCHELL III, ESQ
423 EAST WARD STREET
P O BOX 1274 (31534)
DOUGLAS GA 31533

CREDITOR ID: 411167-15
CELIS, LUIS
C/O CARLSON & MEISSNER
ATTN TERRI CROMLEY, ESQ.
1103 14TH STREET WEST
BRADENTON FL 34205

CREDITOR ID: 107061-09
CHANEY, RHONDA K
6729 ROBERTS AVE
BALTIMORE MD 21222

CREDITOR ID: 392372-55
CHAPMAN, QUIDA L
C/O BROBSTON & BROBSTON, PC
ATTN E L BROBSTON, ESQ
304 NORTH 18TH STREET
BESSEMER AL 35020

CREDITOR ID: 2130-99
CHESTER DIX ALEXANDRIA CORPORATION
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 2130-99
CHESTER DIX ALEXANDRIA CORPORATION
C/O LAWRENCE KADISH REAL ESTATE
ATTN LAWRENCE KADISH, PRESIDENT
PO BOX 40
WESTBURY NY 11590

CREDITOR ID: 2137-99
CHESTER DIX NEWMAN CORPORATION
C/O LAWRENCE KADISH REAL ESTATE
ATTN CHARLES KADISH, VP
PO BOX 40
WESTBURY NY 11590

CREDITOR ID: 416271-15
CIRIGNANO FAMILY LP
ATTN ALBERT J CIRIGNANO
17 OAK POINT DRIVE NORTH
BAYVILLE NY 11709

CREDITOR ID: 416271-15
CIRIGNANO FAMILY LP
C/O DOLLINGER GONSKI & GROSSMAN
ATTN MATTHEW DOLLINGER, ESQ
ONE OLD COUNTRY ROAD
PO BOX 9010
CARLE PLACE NY 11514-9010

CREDITOR ID: 392707-55
CLEATON, NATHAN
C/O MOSKOWITZ & CARRAWAY, PC
ATTN LARA GARDNER ZELSKI, ESQ
8097 ROSWELL ROAD, STE 200
PO BOX 501417
ATLANTA GA 31150

CREDITOR ID: 109130-09
CLEMENTS, SUEANN D
C/O HUNTER & MORTON
ATTN PHILIP G HUNTER, ESQ
1916 GUS KAPLAN DRIVE
PO BOX 11710
ALEXANDRIA LA 71315-1710

CREDITOR ID: 109130-09
CLEMENTS, SUEANN D
4902 MONROE HWY, LOT C
PINEVILLE LA 71360

CREDITOR ID: 391364-55
COFFING, JOHN R
C/O LANCASTER & EURE, PA
ATTN P PYSCZYNSKI/A LANCASTER, ESQS
711 N WASHINGTON BLVD
PO DRAWER 4257
SARASOTA FL 34230

CREDITOR ID: 386242-54
COLE, LAWRENCE
241 DARTMOUTH AVENUE
SPRING HILL FL 34606

CREDITOR ID: 386220-54
COLLINS, CHARLENE
2340 10TH COURT SOUTH, APT A-6
BHAM AL 35205

CREDITOR ID: 386220-54
COLLINS, CHARLENE
RITCHEY & RITCHEY, PA
ATTN FERRIS S RITCHEY, III ESQ
1910 28TH AVENUE SOUTH
BIRMINGHAM AL 35209-2604

CREDITOR ID: 410828-15
COMMUNITY CHIROPRACTOR CENTER
ATTN STACY FITZGERALD, OFFICE MGR
601 E 6TH STREET
PANAMA CITY FL 32401

CREDITOR ID: 388665-54
CONDOMINA, ONDINA
SADOW & GOROWITZ, PA
ATTN SUZANNE GOROWITZ, ESQ
80 SW 8TH STREET, STE 1910
MIAMI FL 33130

CREDITOR ID: 388665-54
CONDOMINA, ONDINA
220 SW 67 COURT
MIAMI FL 33144

CREDITOR ID: 393152-55
CONNER, JOHN
C/O JODI BRENNER GINSBERG, ESQ
PO BOX 88868
ATLANTA GA 30356

CREDITOR ID: 391513-55
COOK, BELINDA
C/O BYRD & WISER
ATTN MATTHEW G MESTAYER, ESQ
PO BOX 1939
BILOXI MS 39533

CREDITOR ID: 112476-09
COTTIER, CAROL P
23337 OSCAR STREET
MANDEVILLE LA 70448

CREDITOR ID: 391677-55
CRABTREE, KENNY
C/O MORGAN COLLING & GILBERT
ATTN HENRY MOWRY, ESQ
815 S MAIN STREET, SUITE 301
JACKSONVILLE FL 32207

CREDITOR ID: 279201-99
DAIRY FARMERS OF AMERICA INC
C/O LATHROP & GAGE LC
ATTN STEPHEN B SUTTON, ESQ
2345 GRAND BLVD, STE 2800
KANSAS CITY MO 64108

**SERVICE LIST**

**Order Disallowing (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Workers Compensation Claims and (D) Workers Compensation Misclassified Claims, As Set Forth in the Debtors' Nineteenth Omnibus Claims Objection**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.** **CASE: 05-03817-3F1**

CREDITOR ID: 384081-47
DAIRY FARMERS OF AMERICA INC
ATTN: JOEL CLARK
10411 CAUDILL ROAD
KNOXVILLE, TN 37922

CREDITOR ID: 386635-54
DANIELS, BRYAN
730-C SPRINGRIDGE ROAD
CLINTON MS 39056

CREDITOR ID: 19862-05
DAVADI, ELISA A
C/O FRIEDMAN, RODMAN & FRANK, PA
ATTN RONALD RODMAN, ESQ
3636 WEST FLAGLER STREET
MIAMI FL 33135

CREDITOR ID: 410563-15
DAVIS, BERTHINE RHONE
C/O WHITEHURST & WHITEHURST
ATTN J PAUL WHITEHURST, ESQ
1955 22ND STREET
NORTHPORT AL 35476

CREDITOR ID: 393525-55
DAVIS, CYNTHIA D KIRBY
C/O LECLAIR RYAN FLIPPIN DENSMORE
ATTN RICHARD D SCOTT, ESQ
1800 WACHOVIA TOWER, DRAWER 1200
ROANOKE VA 24006

CREDITOR ID: 393362-55
DAVIS, THELMA
C/O SARTAIN, MCKAY & CROWELL, LLP
ATTN RAYMOND CROWELL, ESQ
915 INTERSTATE RIDGE DR, STE A
GAINESVILLE GA 30501

CREDITOR ID: 386216-54
DEAL, RONALD
412 KELLY LANE
MILL SPRING NC 28756

CREDITOR ID: 392080-55
DEBARTOLO, NICHOLAS
C/O REVIS, ELTON & BLACKBURN, PA
ATTN ROBERT W ELTON, ESQ
648 SOUTH RIDGEWOOD AVENUE
DAYTONA BEACH FL 32114

CREDITOR ID: 389759-54
DERRYBERRY, DELORSE
828 MISSION RIDGE RD
ROSSVILLE GA 30741

CREDITOR ID: 393376-55
DERRYBERRY, DELORSE
C/O HARRISS & HARTMAN LAW FIRM PC
ATTN BRENT JAMES, ESQ
200 MCFARLAND BUILDING
PO DRAWER 220
ROSSVILLE GA 30741

CREDITOR ID: 279223-35
DIAL CORPORATION
ATTN: N JANASIAK, R TERREL
15501 N DIAL BLVD
SCOTTSDALE AZ 85260-1619

CREDITOR ID: 279223-35
DIAL CORPORATION
C/O SNELL & WILMER, LLP
ATTN PETER J RATHWELL, ESQ
400 EAST VAN BUREN ST
PHOENIX AZ 85004-2202

CREDITOR ID: 21545-05
DIAZ, DALILA N
C/O RAUL DE LA HERIA & ASSOCIATES
ATTN RAUL C DE LA HERIA, ESQ
2100 CORAL WAY, SUITE 500
MIAMI FL 33145

CREDITOR ID: 21545-05
DIAZ, DALILA N
2313 W 60 STREET, APT 105
HIALEAH FL 33016

CREDITOR ID: 119499-09
DIETERICH, MARY E
180 CODELL DRIVE, APT 2100
LEXINGTON KY 40509

CREDITOR ID: 119714-09
DINET, ERNEST
C/O ALL INJURIES LAW FIRM
ATTN BRIAN O SUTTER, ESQ.
822 TAMIAMI TRAIL, SUITE 2
PORT CHARLOTTE FL 33953

CREDITOR ID: 119714-09
DINET, ERNEST
4346 MELIS
PORT CHARLOTTE FL 33952

CREDITOR ID: 256218-12
DUNLAP, MICHAEL D
11121 SEVILLA COURT
CHARLOTTE NC 28226

CREDITOR ID: 386293-54
DURAND, LINDA
3320 MILWAUKEE AVENUE
W MELBOURNE FL 32904

CREDITOR ID: 386293-54
DURAND, LINDA
C/O GRAY & CURRAN, LC
2200 S BABCOCK STREET
MELBOURNE FL 32901

CREDITOR ID: 23356-05
DWIGHT, MARY E
556 RIGGS ST
ORANGEBURG SC 29115

CREDITOR ID: 391354-55
DYALS, JOSEPH
C/O CAGLIANONE, MILLER & ANTHONY
ATTN BRIAN J ANTHONY, ESQ
816 W DR MARTIN LUTHER KING JR BLVD
TAMPA FL 33603

CREDITOR ID: 393386-55
EDWARDS, JAY
C/O CARLSON & MEISSNER
ATTN JOSH STEWART, ESQ
7614 MASSACHUSETTS AVENUE
NEW PORT RICHEY FL 34653

CREDITOR ID: 123547-09
EGLAIUS, ROSELIE
C/O FELDMAN & GETZ, LLP
ATTN JENNIFER FISCHER BRODERICK ESQ
1877 SOUTH FEDERAL HIGHWAY 110
BOCA RATON FL 33432

CREDITOR ID: 123547-09
EGLAIUS, ROSELIE
1825 SW 36TH TERRACE
FT LAUDERDALE FL 33312

CREDITOR ID: 386347-54
ELLIOTT, CLARISSA
119 SIOUX AVENUE
INTERLACHEN FL 32148

CREDITOR ID: 248989-12
ENERGIZER BATTERY INC
ATTN KEVIN R CARTER SR CRDT MGR
23145 NETWORK PLACE
CHICAGO, IL 60673-1231

**SERVICE LIST**

**Order Disallowing (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Workers Compensation Claims and (D) Workers Compensation Misclassified Claims, As Set Forth in the Debtors' Nineteenth Omnibus Claims Objection**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.** **CASE: 05-03817-3F1**

CREDITOR ID: 249004-12
ENGLISH VILLAGE, LLC
C/O BUTLER SNOW O'MARA ET AL
ATTN STEPHEN W ROSENBLATT, ESQ
210 E CAPITAL STREET, 17TH FLOOR
PO BOX 22567
JACKSON MS 39225-2567

CREDITOR ID: 249004-12
ENGLISH VILLAGE, LLC
ATTN MIKE PETERS, OWNER/MGR
2906 NORTH STATE STREET, SUITE 201
JACKSON, MS 39216

CREDITOR ID: 534816-98
EQUITY TRUST CO CUSTODIAN
FBO BENJAMIN D TARVER IRA
C/O BENJAMIN TARVER
11152 WESTHEIMER ROAD #796
HOUSTON TX 77042

CREDITOR ID: 386278-54
ERMEL, CARLA
PO BOX 86
CEDAR KEY FL 32625

CREDITOR ID: 391615-55
EVANS, DONNA
C/O AVERA & AVERA, PA
ATTN LYNNE SHIGO, ESQ
PO BOX 2519
GAINESVILLE FL 32602

CREDITOR ID: 387554-54
EVANS, TAMIKA
2055 HOLMES DRIVE
MOBILE AL 36605

CREDITOR ID: 392096-55
EXILUS, MARIE
C/O BRUCE A GLOTZER, PA
ATTN MICHAEL GOLDSTEIN, ESQ
5295 TOWN CENTER RD, STE 201
BOCA RATON FL 33486-1080

CREDITOR ID: 392393-55
FAIRCHILD, MICHAEL
C/O YOUNCE HOPPER VTIPIL & BRADFORD
ATTN JANE BEST OR D VTIPIL, ESQS
3701 LAKE BOONE TRL STE 300
RALEIGH NC 27607-3061

CREDITOR ID: 249481-12
FERRERO USA INC
ATTN JOHN GIFFORD
600 COTTONTAIL LANE
SOMERSET NJ 08873

CREDITOR ID: 249568-12
FIRST QUALITY HYGIENIC INC
ATTN PHYLLIS I CLARK, CR SUPERVISOR
PO BOX 7777-W3880
PHILADELPHIA, PA 19175-3880

CREDITOR ID: 392420-55
FLETCHER, PATRICIA
C/O CHAMBERS & RICE
ATTN CHARLES B RICE, ESQ
PO BOX 536
HOMERVILLE GA 31634

CREDITOR ID: 249856-12
FLOWERS BAKING CO OF VILLA RICA LLC
ATTN MISSY WILSON, CREDIT MGR
132 NORTH BROAD STREET
THOMASVILLE GA 31792

CREDITOR ID: 389985-54
FRANCISCO, JIM
285-A MAIN BLVD
BOYNTON BEACH FL 33435

CREDITOR ID: 393502-55
FRANK, KAREN
C/O ROSEN & ROSEN, PA
ATTN RONALD ROSEN, ESQ.
4000 HOLLYWOOD BLVD, STE 725-S
HOLLYWOOD FL 33021

CREDITOR ID: 408241-15
FREEMAN, JENNIFER
633 PIEDMONT RD
BARNESVILLE GA 30204

CREDITOR ID: 393367-55
FRITTS, ELIZABETH
C/O GEORGE & WALLACH, LLP
ATTN A WALLACH OR E FRITTS, ESQS
637 MAIN STREET
PO BOX 488
FOREST PARK GA 30298-0488

CREDITOR ID: 392081-55
FUDGE, WILLIE
C/O PAUL F HARTSFIELD, JR, ESQ
4913 NORTH MONROE STREET
TALLAHASSEE FL 32303

CREDITOR ID: 391506-55
GADDIS, ROWENA
C/O WILL PARKER, ESQ
911 26TH AVENUE
PO BOX 5733
MERIDIAN MS 39302-5733

CREDITOR ID: 392780-55
GANLEY, ROBYN C
C/O MICHAEL T KEOUGH, PA
ATTN MICHAEL T KEOUGH, ESQ
8207 STATE ROAD 52
HUDSON FL 34667

CREDITOR ID: 393651-55
GAUTHREAUX, TAMARA
C/O MAGER A VARNADO
ATTN MAGER A VARNADO, ESQ
P.O. BOX 1807
GULFPORT MS 39502

CREDITOR ID: 250522-12
GEORGIA SELF INS GUARANTY TRUST FD
C/O RAGSDALE BEALS HOOPER & SEIGLER LLP
ATTN HERBERT C BROADFOOT II, ESQ
2400 INTERNATIONAL TOWER
229 PEACHTREE ST, NE
ATLANTA GA 30303-1629

CREDITOR ID: 250522-12
GEORGIA SELF INS GUARANTY TRUST FD
PO BOX 7159
ATLANTA GA 30357-0159

CREDITOR ID: 250562-12
GHIRARDELLI CHOCOLATE
ATTN L AUERBACH/T MOONEY
1111 139TH AVENUE
SAN LEANDRO CA 94578

CREDITOR ID: 392652-55
GIACCONE, BILL
C/O FRANK A BRUNO, ESQ
807 HOWARD AVENUE
NEW ORLEANS LA 70113

CREDITOR ID: 405941-93
GIORDANO, RICHARD
C/O DAVID M BENENFELD, PA
ATTN DAVID M BENENFELD, ESQ
5950 W OAKLAND PARK BLVD, SUITE 310
LAUDERHILL FL 33313

CREDITOR ID: 391549-55
GLAGOLA, EMMA
C/O MURPHY & CLAY
ATTN JACK E CLAY, ESQ
8337 OFFICE PARK DRIVE
PO BOX 1323
DOUGLASVILLE GA 30133

CREDITOR ID: 391994-55
GOAD, CHARLOTTE A
C/O HARRIS AND RIVIERE
ATTN LESLIE C RIVIERE, ESQ
OLD HYDE PARK
304 SOUTH FIELDING AVENUE
TAMPA FL 33606-2225

**Order Disallowing (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Workers Compensation Claims and (D) Workers Compensation Misclassified Claims, As Set Forth in the Debtors' Nineteenth Omnibus Claims Objection**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.** **CASE: 05-03817-3F1**

CREDITOR ID: 389492-54
GONZALEZ, BONIFACIA
6178 SHERWOOD LANE N WAY, APT 14
WEST PALM BEACH FL 33415

CREDITOR ID: 392658-55
GONZALEZ, BRIGITTE
C/O CARL CARRILLO, PA
ATTN CARL CARRILLO, ESQ
106 NW 2ND AVENUE
GAINESVILLE FL 32601

CREDITOR ID: 392142-55
GONZALEZ, PABLO
C/O DAVID SNYDER LAW OFFICES
ATTN DAVID SNYDER, ESQ
2340 S DIXIE HIGHWAY
MIAMI FL 33133

CREDITOR ID: 135189-09
GONZALEZ, WESLEY
C/O RUE & ZIFFRA, PA
ATTN DARREN COLEMAN, ESQ.
632 DURLANTON AVENUE
PORT ORANGE FL 32127

CREDITOR ID: 135189-09
GONZALEZ, WESLEY
2444 BECK CIRCLE
DELTONA FL 32738

CREDITOR ID: 405927-99
GOODING'S SUPERMARKETS, INC
C/O LOWNDES DROSDICK ET AL
ATTN MATT E BEAL, ESQ
215 NORTH EOLA DRIVE
PO BOX 2809
ORLANDO FL 32802-2809

CREDITOR ID: 392373-55
GORMAN, NANCY
C/O KELAHER CONNELL & CONNOR, PC
ATTN GENE M CONNELL, JR ESQ
PO DRAWER 14547
SURFSIDE BEACH SC 29587

CREDITOR ID: 382018-36
GORTON'S, INC
DIANE J AMERO, CREDIT MGR
128 ROGERS ST
GLOUCHESTER MA 01930

CREDITOR ID: 382018-36
GORTON'S, INC
MCDERMOTT, WILL & EMERY, LLP
ATTN JASON J DEJONKER, ESQ
227 WEST MONROE STREET
CHICAGO IL 60606-5096

CREDITOR ID: 136582-09
GRAY, STEVE F
29 PICKETT STREET
MONTGOMERY AL 36110

CREDITOR ID: 389711-54
GUENETTE, JOSEPH
C/O CARLSON & MEISSNER
ATTN TERRI F CROMLEY, ESQ.
1103 14TH STREET WEST
BRADENTON FL 34205

CREDITOR ID: 389711-54
GUENETTE, JOSEPH
5160 BULLARD STREET
NORTH PORT FL 34287

CREDITOR ID: 393668-55
HAMRICK, JESSIE MAE
C/O BYRD & WISER
ATTN MATHEW MESTAYER, ESQ
PO BOX 1939
BIXOLI MS 39533

CREDITOR ID: 391492-55
HARGETT, ETHELRENE
C/O DETRIA CARTER POWELL LAW OFFICE
ATTN DETRIA CARTER POWELL, ESQ
107 WEST MOORE STREET
PO BOX 1342
VALDOSTA GA 31603

CREDITOR ID: 391492-55
HARGETT, ETHELRENE
900 HABERSHAM ROAD
VALDOSTA GA 31602

CREDITOR ID: 382874-51
HARRISON, ANDREW DBA
EXPOSURE SALES & MARKETING
PO BOX 50312
EUGENE, OR 97405

CREDITOR ID: 382874-51
HARRISON, ANDREW DBA
C/O ARNOLD GALLAGHER SAYDACK ET AL
ATTN LOREN S SCOTT, ESQ
PO BOX 1758
EUGENE OR 97440-1758

CREDITOR ID: 392682-55
HARRISON, STEPHEN
C/O CHAPPELL, SMITH & ARDEN, PA
ATTN WILLIAM L SMITH II, ESQ
PO BOX 12330
COLUMBIA SC 29211

CREDITOR ID: 33361-05
HARRISON, VANESSA D
C/O ROTSTEIN & SCHIFFMAN LLP
ATTN JONATHAN I ROTSTEIN, ESQ
309 OAKRIDGE BLVD
DAYTONA BEACH FL 32118

CREDITOR ID: 33361-05
HARRISON, VANESSA D
1202 RIDGEWOOD AVENUE, APT 252
HOLLY HILL FL 32117

CREDITOR ID: 387478-54
HEISHMAN, REBECCA
C/O JOHNSON GILBERT & ROMARIK, PA
ATTN FRANK JOHNSON, ESQ
170 E GRANADA BLVD
ORMOND BEACH FL 32176

CREDITOR ID: 387478-54
HEISHMAN, REBECCA
2000 BRENT PLACE
PALM HARBOR FL 34683

CREDITOR ID: 387750-54
HENDERSON, WILLIAM
14899 AGUILA AVENUE
FORT PIERCE FL 34951

CREDITOR ID: 389994-54
HENDRIX, CHRIS
3738 STONEBRIDGE DRIVE
WEATHERFOD TX 76085

CREDITOR ID: 388622-54
HERRERA, MARIA
C/O LAW OFFICE OF RAUL DE LA HERIA
ATTN RAUL DE LA HERIA, ESQ
770 NW 35TH AVENUE
MIAMI FL 33125

CREDITOR ID: 392375-55
HESTER, PATRICIA
C/O WILL PARKER, ESQ
PO BOX 5733
MERIDIAN MS 39302-5733

CREDITOR ID: 251563-12
HI TECH PLASTICS INC / CHEMCOM INC
ATTN BERNARD E DAHLIN, PRES
PO BOX 143
NICHOLS, WI 54152

**SERVICE LIST**

**Order Disallowing (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Workers Compensation Claims and (D) Workers Compensation Misclassified Claims, As Set Forth in the Debtors' Nineteenth Omnibus Claims Objection**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.** **CASE: 05-03817-3F1**

CREDITOR ID: 393508-55
HINCHMAN, DEBRA
C/O DANIEL BECNEL, III, LAW OFFICE
ATTN DANIEL BECNEL, III, ESQ
425 W AIRLINE HWY, SUITE B
LAPLACE LA 70068

CREDITOR ID: 393370-55
HODGES, KENNETH
C/O LAW OFFICES OF MELINDA KATZ
ATTN MELINDA KATZ, ESQ
210 SOUTH BROAD STREET
THOMASVILLE GA 31792

CREDITOR ID: 386815-54
HORTON, STACY
CUPELA & WALKE
ATTN KARK WALKE, ESQ
102 E ADAIR STREET
VALDOSTA GA 31602

CREDITOR ID: 386815-54
HORTON, STACY
6200 JUMPING GULLY ROAD
VALDOSTA GA 31601

CREDITOR ID: 389705-54
HOUK, REGINA
2702 EAST LAMAR ALEXANDER PARK
MARYVILLE TN 37804

CREDITOR ID: 392043-55
HUFF, TERESA
YOUNCE, HOPPER, VTIPIL & BRADFORD
ATTN ROBERT C YOUNCE, JR, ESQ
3701 LAKE BOONE TRL STE 300
RALEIGH NC 27607-3061

CREDITOR ID: 399797-84
HUGHES, THERESA
C/O MORRIS CARY ANDREWS ET AL
ATTN TRACY W CARY, ESQ
3334 ROSS CLARK CIRCLE
DOTHAN AL 36303

CREDITOR ID: 389765-54
HUNTER, SELINA
C/O MICHAEL KOLLER, PA
ATTN MICHASEL KOLLER, ESQ
120 E GRANADA BLVD
ORMOND BEACH FL 32176

CREDITOR ID: 389765-54
HUNTER, SELINA
1506 MOBILE AVE
HOLLY HILL FL 32117

CREDITOR ID: 392019-55
HUTSON, KENNETH
C/O BARRS WILLIAMSON STOLBERG ET AL
ATTN MELISSA S WIEGNER, ESQ
2503 WEST SWANN AVENUE
TAMPA FL 33609-4017

CREDITOR ID: 37470-05
HUXEN, JAMES R
6880 JEFFERSON HWY
HARAHAN LA 70123

CREDITOR ID: 399337-15
INGRAM ENTERTAINMENT INC
ATTN DORIS NELMS/C LARRY GILBERT
TWO INGRAM BLVD
LAVERNGE TN 37086

CREDITOR ID: 254788-12
INGRAM, LINDA & CALVIN
3804 AMMONS STREET
ANNISTON AL 36201-1436

CREDITOR ID: 388149-54
ISLAM, SHEIKH
2505 SPRING HARBOR CIR APT 8
MOUNT DORA FL 32757-1906

CREDITOR ID: 388149-54
ISLAM, SHEIKH
MERRITT AND WATSON, PA
ATTN RONALD H WATSON, ESQ
1500 EAST ORANGE AVENUE
EUSTIS FL 32726-4399

CREDITOR ID: 389720-54
JAMES, PATRICIA A
304 E. PLILER PERCISE ROAD
LONGVIEW TX 75605

CREDITOR ID: 400276-85
JETSON, JAMES
C/O JAMES A JOHNSON, PC
ATTN HENDRIK S SNOW, ESQ
21 N FLORIDA STREET
MOBILE AL 36607

CREDITOR ID: 391688-55
JIMENEZ, BETHANN
C/O BACON LAW FIRM
ATTN GARY A BACON, ESQ
100 MARINERS DRIVE, SUITE C
KINGSLAND GA 31548

CREDITOR ID: 386711-54
JOHNS, JUDY
736 LOUELLA STREET
NEW SMYRNA BEACH FL 32168

CREDITOR ID: 386744-54
JOHNSON, SHEILA
6668 MOUNT ZION BLVD APT G83
MORROW GA 30260-2800

CREDITOR ID: 387462-54
JOHNSON, SYLVIA
180 S BAGGETT CIRCLE
BREWTON AL 36426

CREDITOR ID: 404043-15
JONES, CATHERINE
C/O JOHNSON & ASSOCIATES LAW OFFICE
ATTN GRETA JOHNSON, ESQ
815 S WEST STREET
JACKSON MS 39201

CREDITOR ID: 391478-55
JONES, CATHERINE
C/O JOHNSON & ASSOCIATES LAW OFFICE
ATTN GRETA R JOHNSON, ESQ
PO BOX 356
JACKSON MS 39205-0356

CREDITOR ID: 400289-85
JONES, MARIA
C/O DONOHOE & STAPLETON, LLC
ATTN CATHY R DONOHOE, ESQ
2781 ZELDA RD
MONTGOMERY AL 36106

CREDITOR ID: 278813-99
KASHI SALES, LLC
C/O WARNER STEVENS LLP
ATTN M WARNER/E CHOU, ESQS
1700 CITY CENTER TOWER II
301 COMMERCE STREET
FORT WORTH TX 76102

CREDITOR ID: 391582-99
KEEBLER, FREDERICK
C/O LANCASTER & EURE, PA
ATTN ALEX LANCASTER, ESQ.
PO DRAWER 4257
SARASOTA FL 34230

CREDITOR ID: 253919-12
KEY DISTRIBUTORS INC
ATTN JOSEPH NICOSIA, CFO
DEPT 66794
EL MONTE, CA 91735-6794

SERVICE LIST

**Order Disallowing (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Workers Compensation Claims and (D) Workers Compensation Misclassified Claims, As Set Forth in the Debtors' Nineteenth Omnibus Claims Objection**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.** **CASE: 05-03817-3F1**

CREDITOR ID: 534676-15
KING, LARRY E
20901 DECORA DRIVE
CORNELIUS NC 28031

CREDITOR ID: 391408-55
KING, LARRY E
C/O LAW OFFICE OF WILLIAM D ACTON
ATTN WILLIAM D ACTON, ESQ
831 EAST MOREHEAD STREET, SUITE 245
CHARLOTTE NC 28202

CREDITOR ID: 391408-55
KING, LARRY E
PO BOX 1201
DAVIDSON NC 28036

CREDITOR ID: 392364-55
KING, MARTHA A
C/O JEFFREY HELMS, PA
ATTN JEFFREY HELMS, ESQ
PO BOX 537
HOMERVILLE GA 31634

CREDITOR ID: 392361-55
KING, PHILIP J
C/O DAN HIGHTOWER, PA
ATTN DANIEL HIGHTOWER, ESQ
7 E SILVER SPRINGS BLVD #300
PO BOX 700
OCALA FL 34478-0700

CREDITOR ID: 391643-55
KRISTOFF, PAM
C/O CHAMBERS & RICE
ATTN THOMAS CHAMBERS,III, ESQ
PO BOX 536
HOMERVILLE GA 31634

CREDITOR ID: 390424-54
KROGMAN, DONALD W
5 OCEAN AVENUE
BARNEGAT NJ 08005

CREDITOR ID: 43034-05
LACKEY, CHERYL A
C/O RUSSELL R STEWART LAW OFFICES
ATTN RUSSELL R STEWART, ESQ
PO BOX 2542
PANAMA CITY FL 32402

CREDITOR ID: 43034-05
LACKEY, CHERYL A
6050 MELLOW TR
MARIANNA FL 32446

CREDITOR ID: 43292-05
LAMINACK, LEWIS J
493 WALKER RD
FITZGERALD GA 31750

CREDITOR ID: 392033-55
LANCE, FRANCES
C/O HARRISS & HARTMAN LAW FIRM, PC
ATTN ROBERT HARRISS, ESQ
200 MCFARLAND BUILDING
PO DRAWER 220
ROSSVILLE GA 30741

CREDITOR ID: 410523-15
LAW, TRAVIS
C/O ROSENBERG & ROSENBERG, PA
ATTN PAUL S ROSENBERG, ESQ
2501 HOLLYWOOD BLVD, SUITE 110
HOLLYWOOD FL 33020

CREDITOR ID: 452118-98
LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

CREDITOR ID: 391683-55
LEWIS, BARBARA
C/O LAW OFFICES OF DAVID SACKS
ATTN DAVID SACKS, ESQ
1824 ATLANTIC BLVD
JACKSONVILLE FL 32207

CREDITOR ID: 534927-B1
LINTON, LLOYD L
35 HOLLY HILL DRIVE
COVINGTON GA 30016

CREDITOR ID: 165897-09
LINTON, LLOYD L
1580 CALLAWAY LOOP
CONYERS GA 30012

CREDITOR ID: 392091-55
LITTLE, WILLIE
C/O BRYAN S BLACKWELL, PC
ATTN BRYAN S BLACKWELL, ESQ
279 WEST MAIN STREET, SUITE 5
DOTHAN AL 36301

CREDITOR ID: 254941-12
LOGO CHAIR DBA LOGO INC
ATTN SHEA POPE, REGIONAL SALES MGR
1299 FARMVILLE ROAD
MEMPHIS, TN 38122

CREDITOR ID: 393699-58
LONE STAR ANTIQUE MALL INC & RAESZ, RICKY & RONNIE
ATTN RICKY C RAESZ, AS PRES & INDIV
2290 W HICKS ROAD, BLDG 7-1
FORT WORTH, TX 76131

CREDITOR ID: 392416-55
LONG, DOTTIE
C/O WHIBBS & WHIBBS, PA
ATTN J DONOVAN WHIBBS, ESQ
105 EAST GREGORY SQUARE
PENSACOLA FL 32502

CREDITOR ID: 389422-54
LOPEZ, AZZIE
3551 CARTERHILL ROAD, APT F207
MONTGOMERY AL 36111

CREDITOR ID: 400096-84
LOREDO, REGULO
5831 SW 9TH, APT 5A
MIAMI FL 33144

CREDITOR ID: 387486-54
LUNDY, SANDRA
810 NE HIGHWAY 41
WILLISTON FL 32696

CREDITOR ID: 405906-98
MADISON INVESTMENT TRUST - SERIES 3
ATTN KRISTY STARK, CLEARING OPS MGR
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

CREDITOR ID: 393146-55
MALDONADO, WALDEMAR
C/O TONY C FRANCIS, PA
ATTN TONY FRANCIS, ESQ
PO BOX 771243
ORLANDO FL 32877-1243

CREDITOR ID: 386862-54
MARCOS, ZULMA
2779 10TH AVE N, APT 108
PALM SPRINGS FL 33461

CREDITOR ID: 384226-47
MARKWINS INTERNATIONAL
ATTN RUTH CHEUNG
22067 FERRERO PARKWAY
CITY OF INDUSTRY, CA 91789

**SERVICE LIST**

**Order Disallowing (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Workers Compensation Claims and (D) Workers Compensation Misclassified Claims, As Set Forth in the Debtors' Nineteenth Omnibus Claims Objection**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.** **CASE: 05-03817-3F1**

CREDITOR ID: 391592-55
MARS, ETTA M
C/O JOHN P MONEYHAM, PA
ATTN JOHN P MONEYHAM, ESQ
600 JENKS AVENUE
PO BOX 31
PANAMA CITY FL 32402

CREDITOR ID: 392042-55
MARSHALL, JEANETTE
C/O SPARKMAN & ASSOCIATES, PA
ATTN RICHARD D SPARKMAN, ESQ.
PO BOX 1687
ANGIER NC 27501

CREDITOR ID: 392042-55
MARSHALL, JEANETTE
C/O HENDRICK & RHODES
ATTN ANNETTE RHODES
PO BOX 956
FUQUAY-VARINA NC 27526

CREDITOR ID: 394083-56
MASON, ANGELA J
C/O DANIEL L HIGHTOWER, PA
7 EAST SILVER SPRINGS BLVD
OCALA FL 34470

CREDITOR ID: 390206-54
MASON, BENNYE A
2101 WEST HIGHWAY 390, APT 301
LYNN HAVEN FL 32444

CREDITOR ID: 386271-54
MAULDIN, DELORES
6799 NE 55TH AVENUE
HIGH SPRINGS FL 32643

CREDITOR ID: 386271-54
MAULDIN, DELORES
C/O BARRY D GRAVES, PA
ATTN BARRY D GRAVES, ESQ
1511 NW 6TH STREET
GAINESVILLE FL 32601

CREDITOR ID: 382042-36
MCCORMICK & COMPANY, INC
ATTN AUSTIN NOONEY
211 SCHILLING CIRCLE
HUNT VALLEY MD 21031

CREDITOR ID: 382042-36
MCCORMICK & COMPANY, INC
C/O DLA PIPER RUDNICK GRAY CARY LLP
ATTN DANIEL J CARRIGAN, ESQ
1775 WIEHLE AVE, STE 400
RESTON VA 20190

CREDITOR ID: 50054-05
MCMICKENS, RONALD F
5120 HILLSIDE DR
FAIRFIELD AL 35064

CREDITOR ID: 175756-09
MCREYNOLDS, WILLIAM A
5064 COUNTY ROAD, APT 9
VERNON AL 35592

CREDITOR ID: 176694-09
MERCER, LARRY R
PO BOX 671
COTTONWOOD AL 36320

CREDITOR ID: 407784-15
METRO-GOLDWYN-MAYER HOME ENT
C/O GLICKFIELD, FIELDS & JACOBSON
ATTN LAWRENCE M JACOBSON, ESQ
9401 WILSHIRE BLVD, SUITE 525
BEVERLY HILLS CA 90212

CREDITOR ID: 391579-55
MISHLER, BRENDA
C/O RARDON RODRIGUEZ & ASSOCS, PA
ATTN ROSE TAPIA, ESQ
3918 N HIGHKAND AVE
TAMPA FL 33602

CREDITOR ID: 52207-05
MONROE, RUFUS L
342 SE 10TH ST
WILLISTON FL 32696-2826

CREDITOR ID: 393138-55
MORRISON, PATRICIA
C/O SMITH HANNAN & PARKER, PC
ATTN JAMES R SMITH, JR, ESQ
PO BOX 5408
VALDOSTA GA 31603-5408

CREDITOR ID: 392034-55
MORTIMER, EDMUND
C/O MALCA & JACOBS, PA
ATTN JEFFREY I JACOBS, ESQ
5975 SUNSET DRIVE, SUITE 801
SOUTH MIAMI FL 33143

CREDITOR ID: 387768-54
MUCCIARONE, LINDA
1096 ORCHARD DRIVE
FORT MILL SC 29715

CREDITOR ID: 389387-54
MYERS, ADA
C/O CARLSON & MEISSNER
ATTN JASON FOX, ESQ.
250 BELCHER ROAD NORTH
CLEARWATER FL 33765

CREDITOR ID: 389387-54
MYERS, ADA
2560 62ND AVENUE, LOT 97
SAINT PETERSBURG FL 33702

CREDITOR ID: 410712-15
MYLES, CHARLES
C/O STEVENS & WARD, PA
ATTN RODERICK D WARD III, ESQ
1855 LAKELAND DRIVE, SUITE P-121
JACKSON MS 39216

CREDITOR ID: 406013-15
NATIONAL DISTRIBUTING COMPANY, INC
C/O ALSTON & BIRD LLP
ATTN JASON H WATSON, ESQ
1201 WEST PEACHTREE STREET
ATLANTA GA 30309

CREDITOR ID: 257031-12
NAVAJO MANUFACTURING CO
ATTN GORDEN LEVY, CEO
5330 FOX STREET
DENVER, CO 80216-1630

CREDITOR ID: 257072-12
NECCO
ATTN JOHN TETI, CORP ACCTG MGR
135 AMERICAN LEGION HWY
REVERE MA 02151-2405

CREDITOR ID: 183568-09
NEELY, LARISSA
4800 ORTEGA PINES BLVD, APT 607
JACKSONVILLE FL 32210

CREDITOR ID: 393531-55
NESBIT, WENDY
C/O SALLEY LAW FIRM
ATTN WILLIAM B SALLEY JR ESQ
PO BOX 925
LEXINGTON SC 29071

CREDITOR ID: 382056-36
NEWELL RUBBERMAID INC (W15246)
ATTN GARY POPP, SR CR MGR
29 E STEPHENSON STREET
FREEPORT IL 61032

**SERVICE LIST**

**Order Disallowing (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Workers Compensation Claims and (D) Workers Compensation Misclassified Claims, As Set Forth in the Debtors' Nineteenth Omnibus Claims Objection**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.** **CASE: 05-03817-3F1**

CREDITOR ID: 257228-12
NEXT PROTEINS, INC
ATTN TEX PROWS, ESQ
PO BOX 2469
CARLSBAD, CA 92018

CREDITOR ID: 184544-09
NICKAS, MARY R
C/O PARKER LAW FIRM, LLC
ATTN BRENT L PARKER, ESQ
PO BOX 265
GRANT AL 35747

CREDITOR ID: 257371-12
NORTH CAROLINA SELF INS GUAR ASSN
C/O OFFICE OF THE ATTORNEY GENERAL
ATTN: ROY COOPER OR DONALD LATON, ESQS
DEPARTMENT OF JUSTICE
PO BOX 629
RALEIGH NC 27602-0629

CREDITOR ID: 257371-12
NORTH CAROLINA SELF INS GUAR ASSN
ATTN STEPHEN P GENNETT
PO BOX 12442
RALEIGH NC 27605

CREDITOR ID: 257371-12
NORTH CAROLINA SELF INS GUAR ASSN
STUART LAW FIRM, PLLC
ATTN CATHERINE R STUART
1033 WADE AVENUE, SUITE 200
RALEIGH NC 27605-1155

CREDITOR ID: 389997-54
NORTON, MALCOLM
PO BOX 190
COLEMAN FL 33521

CREDITOR ID: 393118-55
NORTON, SHEENA
C/O BUZZELL, GRAHAM AND WELSH
ATTN STEPHEN M WELSH, ESQ
563 WALNUT STREET
PO BOX 1017
MACON GA 31202-1017

CREDITOR ID: 392399-55
OATES, THEO
C/O AVERA & AVERA
ATTN LANCE AVERA, ESQ
PO BOX 2519
GAINESVILLE FL 32602-2519

CREDITOR ID: 392433-55
PACHECO, ADOLFO
C/O SIRKIN & CUELLO
ATTN ALEX CUELLO, ESQ
8603 SOUTH DIXIE HIGHWAY, SUITE 412
MIAMI FL 33143

CREDITOR ID: 257895-12
PACIFIC WORLD CORPORATION
ATTN JAY LIVINGSTON, CFO
25791 COMMERCENTRE DRIVE
LAKE FOREST CA 92630

CREDITOR ID: 410775-15
PARISH, TERRI
2114 BREWER ROAD
CRYSTALS SPRINGS MS 39059

CREDITOR ID: 262867-12
PARTS STORE, THE DBA EQUIPMENT SALE
ATTN C PIERCE /C W WOODHAM, CONTROL
PO BOX 7393
MOBILE, AL 36670

CREDITOR ID: 391570-55
PASSALACQUA, RITA
C/O VASSALLO & BILOTTA, PA
ATTN JOSHUA VOLPE, ESQ
1630 SOUTH CONGRESS AVE
PALM SPRINGS FL 33461

CREDITOR ID: 403486-15
PEPSI COLA BOTTLING CO OF CTRL VA
DBA VIRGINIA BEACH BEVERAGES
ATTN LORI PULLEN, CR MGR
PO BOX 9035
CHARLOTTESVILLE VA 22906

CREDITOR ID: 190982-09
PERKINS, ELNORA M
2416 FOREST OAKS LANE, APT 114
ARLINGTON TX 76006

CREDITOR ID: 388320-54
PERRY, LORENCE
C/O LACROIX LEVY & BARNETT
ATTN BARRY BARNETT, ESQ
1101-B BOLTON AVENUE
ALEXANDRIA LA 71301

CREDITOR ID: 388320-54
PERRY, LORENCE
619 RENEE ST
ALEXANDRIA LA 71302

CREDITOR ID: 258439-12
PHARMATON NATURAL HEALTH AKA
BOEHRINGER INGELHEIM CONSUMER
HEALTH CARE PRODUCTS, INC
ATTN FRANK HARKIAS
900 RIDGEBURY ROAD
RIDGEFIELD CT 06877

CREDITOR ID: 258440-12
PHARMAVITE, LLC
ATTN TAMARA CRANE, CREDIT MGR
8510 BALBOA BLVD
NORTHRIDGE CA 91325

CREDITOR ID: 388585-54
PHELPS, KELLY MILLER
15816 REDINGTON DRIVE
REDINGTON BEACH FL 33708

CREDITOR ID: 389971-54
PHELPS, ROBERT C
PO BOX 278
CHIEFLAND FL 32644

CREDITOR ID: 279263-35
PINNACLE FOODS CORP
ATTN C STAUB/W OMALLEY, CREDIT MGR
SIX EXECUTIVE CAMPUS
CHERRY HILL NJ 08002

CREDITOR ID: 386228-54
PITMAN, HAROLD S
5986 OLD US ROAD
MALONE FL 32445

CREDITOR ID: 386228-54
PITMAN, HAROLD S
C/O GLENDA F SWEARINGEN, PA
ATTN GLENDA F SWEARINGEN, ESQ
3173 4TH STREET
MARIANNA FL 32446

CREDITOR ID: 392693-55
PRATT, TIMOTHY
2050 CASS STREET
SARASOTA FL 34231

CREDITOR ID: 259115-12
QUIGLEY CORPORATION
PO BOX 1349
DOYLESTOWN, PA 18901

CREDITOR ID: 259115-12
QUIGLEY CORPORATION
EASTBURN AND GRAY, PC
ATTN JOHN N SCHAEFFER III, ESQ
PO BOX 1389
DOYLESTOWN PA 18901

**SERVICE LIST**

**Order Disallowing (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Workers Compensation Claims and (D) Workers Compensation Misclassified Claims, As Set Forth in the Debtors' Nineteenth Omnibus Claims Objection**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.** **CASE: 05-03817-3F1**

CREDITOR ID: 406179-15
RAESZ, RONNIE
201 RANCHO DRIVE
SAGINAW TX 76179

CREDITOR ID: 393503-55
RAMSEY, ROBERT
C/O RUSSELL R STEWART LAW OFFICES
ATTN RUSSELL R STEWART, ESQ
900 E FOURTH ST
PANAMA CITY FL 32402

CREDITOR ID: 392385-55
RANDEL, TABARES
C/O JASON G BARNETT, PA
ATTN JASON G BARNETT, ESQ
1132 SE 2ND AVE
FT LAUDERDALE FL 33316

CREDITOR ID: 197709-09
REED, ELBERT
3710 NE 12TH ST
GAINESVILLE FL 32609

CREDITOR ID: 389709-54
RESNIKOFF, JEANNI
1119 FAIRLAND AVENUE
PANAMA CITY FL 32401

CREDITOR ID: 199163-09
RICHARD, GWENDOLYN E
C/O MARCUS M CORNELIUS & ASSOCIATES
ATTN JOHN CORRISS, ESQ
PO BOX 167
ST AUGUSTINE FL 32085

CREDITOR ID: 199163-09
RICHARD, GWENDOLYN E
2970 ROSSELLE ST
JACKSONVILLE FL 32205

CREDITOR ID: 393515-55
RIGGINS, CAROL L
C/O THOMAS & LAWRENCE, PA
ATTN GREGORY A LAWRENCE, ESQ
300 W ADAMS STREET, STE 400
JACKSONVILLE FL 32202

CREDITOR ID: 410932-15
RIPEPI, ANTHONY G
C/O MARK HIRSCH, ESQ.
20801 BISCAYNE BLVD, STE 400
MIAMI FL 33180

CREDITOR ID: 391637-55
RIVERS, WILLIE MAE
C/O PAUL C BARTLEY, LLC
ATTN PAUL C BARTLEY, ESQ
608 S HULL STREET
MONTGOMERY AL 36104

CREDITOR ID: 63091-05
ROBERTS, BOBBY G
1037 BARROW BAY RD
CLAXTON GA 30417

CREDITOR ID: 390198-54
ROBERTS, IRMA
5013 SILVER OAK DRIVE
FT. PIERCE FL 34982

CREDITOR ID: 393090-55
ROBERTS, MARILYN
C/O WALTON & GREEN, LLC
ATTN RANDY WALTON, ESQ
953 DAUPHIN STREET
PO BOX 470
MOBILE AL 36601

CREDITOR ID: 392642-55
ROCKWEILER, ANTHONY
C/O SILVESTRI & MASSICOT
ATTN ANTHONY MARINARO, ESQ
3914 CANAL STREET
NEW ORLEANS LA 70119

CREDITOR ID: 389768-54
RODENBURG, LILLIAN
7406 HOLIDAY DR.
SPRING HILL FL 34606

CREDITOR ID: 392051-55
RODRIGUEZ, RAFAEL
C/O ALEX CUELLO, ESQ
8603 S DIXIE HIGHWAY
MIAMI FL 33143

CREDITOR ID: 392657-55
RUSSELL, DAVID
C/O MAYNARD & HARRIS
ATTN C DOUGLAS MAYNARD JR, ESQ
514 S STRATFORD ROAD, SUITE 321
WINSTON SALEM NC 27103

CREDITOR ID: 65090-05
RUSSELL, LEONARD
3703 MONROE ST
NEW ORLEANS LA 70119

CREDITOR ID: 260371-12
SAMY CO
ATTN LAWRENCE HADDAWAY, ACCTG MGR
8815 NW 33RD STREET, SUITE 100
DORAL FL 33172

CREDITOR ID: 279279-35
SARA LEE CORPORATION
ATTN CURTIS MARSHALL, CR DIR
10151 CARVER ROAD
CINCINNATI OH 45242

CREDITOR ID: 279279-35
SARA LEE CORPORATION
C/O DLA PIPER RUDNICK GRAY CARY US LLP
ATTN: JANICE L DUBAN, ESQ
203 NORTH LASALLE STREET, STE 1900
CHICAGO IL 60610-1293

CREDITOR ID: 207138-09
SCHIERBAUM, HELEN A
C/O LAW OFFICE OF J ROD CAMERON PA
ATTN J ROD CAMERON, ESQ
5089 HIGHWAY 90
PACE FL 32571

CREDITOR ID: 207138-09
SCHIERBAUM, HELEN A
329 LAURENO PL
PANAMA CITY BEACH FL 32413

CREDITOR ID: 391483-55
SCOTT, CHARLOTTE
C/O PELHAM & ANDREWS
ATTN RANDY PELHAM, ESQ
1982 CAPITAL CIRCLE, NE
TALLAHASSEE FL 32308

CREDITOR ID: 392676-55
SCOTT, GERALD
C/O FRANK M EIDSON, PA
ATTN FRANK M EIDSON, ESQ
PO BOX 4908
ORLANDO FL 32802-4908

CREDITOR ID: 381761-15
SCOTT-GROSS CO INC
C/O FRANCINE CLAIR LANDAU ESQ
664 MAGNOLIA AVE
LEXINGTON KY 40505

CREDITOR ID: 410894-15
SHARFMAN, MARC I. MD
1936 LEE ROAD, SUITE 137
WINTER PARK FL 32789

**Order Disallowing (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Workers Compensation Claims and (D) Workers Compensation Misclassified Claims, As Set Forth in the Debtors' Nineteenth Omnibus Claims Objection**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.** **CASE: 05-03817-3F1**

CREDITOR ID: 386662-54
SHEARER, KAREN
657 HARVEY DALE DRIVE
FAYETTEVILLE NC 28301

CREDITOR ID: 210615-09
SILBERNAGEL, TAMMY L
C/O VIJAY VENKATARAMAN, APLC
ATTN VIJAY VENKATARAMAN, ESQ.
341 ST CHARLES STREET
BATON ROUGE LA 70802

CREDITOR ID: 210615-09
SILBERNAGEL, TAMMY L
316 EVELYN DRIVE
LULING LA 70070

CREDITOR ID: 399449-15
SIMMONS ALLIED PET FOOD CO, INC
C/O CONNER & WINTERS, LLP
ATTN ANDREW R TURNER, ESQ
3700 FIRST PLACE TOWER
15 EAST FIFTH STREET
TULSA OK 74103-4344

CREDITOR ID: 399449-15
SIMMONS ALLIED PET FOOD CO, INC
ATTN WILLIAM B SMITH
PO BOX 430
SILOAM SPRINGS AR 72761

CREDITOR ID: 387456-54
SIMS, DORIS J
281 FAYE POTTS ROAD
CLARKESVILLE GA 30523

CREDITOR ID: 68473-05
SIMS, JOSEPHINE
469 HEMLOCK AVE
ROCK HILL SC 29730

CREDITOR ID: 392067-55
SMARTT, ROHLANDA
C/O ROTSTEIN & SHIFFMAN, LLP
ATTN MICHAEL A SHIFFMAN, ESQ
309 OAKRIDGE BLVD, SUITE B
DAYTONA BEACH FL 32118

CREDITOR ID: 393400-55
SMILEY, WANDA
C/O BERNSTEIN & MARYANOFF
ATTN JACOB MALDONADO, ESQ
15055 SW 122ND AVENUE
MIAMI FL 33186

CREDITOR ID: 393100-55
SMITH, JACQUELYN
C/O PATTERSON HARKAVY, LLP
ATTN VALERIE JOHNSON, ESQ
BOX 27927
RALEIGH NC 27611

CREDITOR ID: 391552-55
SMITH, MARTINO R
C/O DON H BUMGARDNER
PO BOX 1375
GASTONIA NC 28053-1375

CREDITOR ID: 69821-05
SMITH, WILLIE
C/O GUY WILLIS & ASSOCIATES
ATTN STEVEN P FLOYD, ESQ
PO DRAWER 1227
MILLBROOK AL 36054

CREDITOR ID: 69821-05
SMITH, WILLIE
2121 COUNCIL ST
MONTGOMERY AL 36108

CREDITOR ID: 390027-54
SOILEAU, PAULA
C/O BURSON LAW OFFICE
ATTN I JACKSON BURSON JR, ESQ
220 N SECOND STREET
PO BOX 985
EUNICE LA 70535

CREDITOR ID: 390027-54
SOILEAU, PAULA
420 COTTON STREET
EUNICE LA 70535

CREDITOR ID: 70392-05
SPENCER, VICKIE J
651 NE 139TH TERR
WILLISTON FL 32696

CREDITOR ID: 406094-15
STATE OF OKLAHOMA WORKERS COMP
C/O OFFICE OF THE ATTORNEY GENERAL
ATTN: W A DREW EDMONDSON, ESQ
2300 N LINCOLN BLVD
STATE CAPITAL, RM 112
OKLAHOMA CITY OK 73105

CREDITOR ID: 406094-15
STATE OF OKLAHOMA WORKERS COMP
COURT & INDIVIDUAL SELF INSURED
GUARANTY FUND
ATTN VIRGINIA GORESEN/MARCIA DAVIS
1915 NORTH STILES AVENUE
OKLAHOMA CITY OK 73105-4918

CREDITOR ID: 392095-55
STENGELE, JOE
C/O LAW OFFICES OF MICHAEL A DEMAYO
ATTN SUSAN E RHODES, ESQ
PO BOX 34426
CHARLOTTE NC 28234

CREDITOR ID: 392095-55
STENGELE, JOE
134 ANDERSON STREET
CARTHAGE NC 28327

CREDITOR ID: 386321-54
STILES, JOHNNY
3349 SANDY DRIVE
ZEPHYRILLS FL 33541

CREDITOR ID: 386321-54
STILES, JOHNNY
C/O STILES TAYLOR & GRACE, PA
ATTN MARY ANN STILES, ESQ.
PO BOX 460
TAMPA FL 33601

CREDITOR ID: 391545-55
STOKES, CHRISTOPHER
C/O JOSEPH M MAUS, PA
ATTN JOSEPH M MAUS, ESQ
750 EAST SAMPLE ROAD, SUITE 2-102
POMPANO BEACH FL 33064

CREDITOR ID: 393108-55
STRICKLAND, SANDRA D
C/O LAW OFFICES OF BURNETTE, PA
ATTN M J LOPEZ/ R R AYRES, II, ESQS
211 SOUTH FLORIDA AVENUE
LAKELAND FL 33801

CREDITOR ID: 262266-12
SUPERMARKET EQUIPMENT RESALE INC
ATTN PRESIDENT & CEO
PO BOX 328
RUTLEDGE GA 30663-0328

CREDITOR ID: 262266-12
SUPERMARKET EQUIPMENT RESALE INC
KATZ FLATAU POPSON & BOYER, LLP
ATTN WESLEY J BOYER, ESQ
355 COTTON AVENUE
MACON GA 31201

CREDITOR ID: 391576-55
SWAFFORD, DORIS
C/O HARRISS & HARTMAN LAW FIRM, PC
ATTN ROBERT HARRIS, ESQ
200 MCFARLAND BUILDING
PO DRAWER 220
ROSSIVILLE GA 30741

**SERVICE LIST**

**Order Disallowing (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Workers Compensation Claims and (D) Workers Compensation Misclassified Claims, As Set Forth in the Debtors' Nineteenth Omnibus Claims Objection**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.** **CASE: 05-03817-3F1**

CREDITOR ID: 218885-09
SWANN, SUSAN B
2716 FORESTDALE BLVD
ADAMSVILLE AL 35005

CREDITOR ID: 392797-55
TAYLOR, DALE
C/O ANDERSON & HOWELL
ATTN ROBERT H ELLIS, ESQ
2029 NORTH THIRD STREET
JACKSONVILLE BCH FL 32250

CREDITOR ID: 392656-55
TAYLOR, WILLIAM
C/O BLOOM & KINEEAR
ATTN WILLIAM J KINNEAR III, ESQ
2486 SW 27TH TERRACE
MIAMI FL 33133

CREDITOR ID: 386343-54
TEAL, JUDY
23778 PETURIS ROAD
LOXLEY AL 36551

CREDITOR ID: 382936-51
THIRD PARTY SOLNS GA, CAROLIN
ATTN LINDA TUEDE, MGR
PO BOX 17124
MEMPHIS, TN 38187-0124

CREDITOR ID: 221948-09
THOMPKINS, TESSIE M
1410 HALL STREET
MADISON FL 32340

CREDITOR ID: 222076-09
THOMPSON, CHRISTOPHER H
755 A DAN TIBBS ROAD
HUNTSVILLE AL 35806

CREDITOR ID: 393130-55
TINDALL, WILLIAM
C/O CONNELLY KAERCHER LAW OFFICE
ATTN JAMES DUNN, ESQ
1610 KENTUCKY HOME LIFE BUILDING
LOUISVILLE KY 40202-3208

CREDITOR ID: 262906-12
TOPPS CO INC, THE
BOX 4050 CHURCH ST STATION
NEW YORK, NY 10261-4050

CREDITOR ID: 410984-15
TOPPS COMPANY, INC, THE
ATTN THOMAS M RYAN, DIR OF CREDIT
ONE WHITEHALL STREET
NEW YORK NY 10004

CREDITOR ID: 388142-54
TOZIA, MYRTIS
5008 ROUND LAKE
APOPKA FL 32712

CREDITOR ID: 391674-55
TROTTER, ELWOOD
C/O GEORGE & WALLACH, LLP
ATTN ALEX B WALLACH, ESQ
637 MAIN STREET
PO BOX 488
FOREST PARK GA 30298-0488

CREDITOR ID: 225349-09
TYNDALL, WALTON L
209 BROOKSIDE DR
FORT MILL SC 29715

CREDITOR ID: 263785-12
UNITED COMMERCIAL MORTGAGE CORP
C/O HELD & ISRAEL
ATTN KIMBERLY HELD ISRAEL, ESQ
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 263785-12
UNITED COMMERCIAL MORTGAGE CORP
C/O LAWRENCE KADISH REAL ESTATE
ATTN LAWRENCE KADISH, PRESIDENT
ADAM FRISCH, ESQ
135 JERICHO TURNPIKE
OLD WESTBURY NY 11568

CREDITOR ID: 263785-12
UNITED COMMERCIAL MORTGAGE CORP
C/O ROETZEL & ANDRESS, LPA
ATTN DIANA M THIMMIG, ESQ
ONE CLEVELAND CENTER, 9TH FL
1375 EAST NINTH STREET
CLEVELAND OH 44114

CREDITOR ID: 387487-54
VANSANT, PATRICIA
BY- PASS 25
PO 1346
COLUMBIANA AL 35051

CREDITOR ID: 410921-15
VERSAKOS, KEVIN
C/O BENJAMIN G MARTIN, ESQ.
1620 MAIN STREET, SUITE 1
SARASOTA FL 34236

CREDITOR ID: 278050-22
WACHOVIA BANK NA, ADMIN AGT
C/O SHEARMAN & STERLING, LLP
ATTN HENRY T NGUYEN, ESQ
599 LEXINGTON AVENUE
NEW YORK NY 10022

CREDITOR ID: 278050-22
WACHOVIA BANK NA, ADMIN AGT
ATTN DOUG BOOTH, DIRECTOR
ONE WACHOVIA BANK CENTER
301 SOUTH COLLEGE STREET, DC-5
CHARLOTTE NC 28288

CREDITOR ID: 278050-22
WACHOVIA BANK NA, ADMIN AGT
C/O SHEARMAN & STERLING
ATTN ANDREW TENZER, ESQ
599 LEXINGTON AVE
NEW YORK NY 10022

CREDITOR ID: 410369-15
WACHOVIA BANK, NA, AGENT
ATTN GARY DIXON, DIRECTOR
110 EAST BROWARD BLVD, SUITE 2050
FORT LAUDERDALE FL 33301

CREDITOR ID: 387475-54
WAITES, WAYNE A
135 MCKINNEY ROAD
TALLADEGA AL 35160

CREDITOR ID: 228192-09
WALDER, TINA L
JOHN B CARR, PA
ATTN JOHN B CARR, ESQ
3 W GARDEN STREET, STE 407
PENSACOLA FL 32502

CREDITOR ID: 228192-09
WALDER, TINA L
4605 EAGLE WAY
CRESTVIEW FL 32539

CREDITOR ID: 229187-09
WAMBOLT, GARY L
1835 OAK RIDGE
PERRY FL 32347

CREDITOR ID: 392716-55
WATSON, RYAN
C/O BURNETTI, PA
ATTN RAYMOND AYRES, II ESQ
211 SOUTH FLORIDA AVE
LAKELAND FL 33801-4621

**SERVICE LIST**

**Order Disallowing (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Workers Compensation Claims and (D) Workers Compensation Misclassified Claims, As Set Forth in the Debtors' Nineteenth Omnibus Claims Objection**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.** **CASE: 05-03817-3F1**

CREDITOR ID: 386375-54
WENNERSTEN, CHRISTINE DURHAM
1733 GLENN DRIVE
BLUE MOUND TX 76131-1108

CREDITOR ID: 231731-09
WEST, OTIS W
2824 AUBURN KNIGHTDALE ROAD
RALEIGH NC 27610

CREDITOR ID: 264723-12
WHITE RAIN
ATTN RONALD J LINDE, CONTROLLER
DEPT 1934
135 SOUTH LASALLE
CHICAGO, IL 60674-1934

CREDITOR ID: 386289-54
WHITTENHALL, MARY
14891 SE US 19
INGLIS FL 34449

CREDITOR ID: 386294-54
WILLIAMS, EFFIE E
509 HIGHLAND DR
ARLINGTON TX 76010

CREDITOR ID: 235635-09
WILLINGHAM, EDWARD W
C/O KUSHINKA CALHOUN & GODWIN, LLP
ATTN GEORGE KUSHINKA, ESQ
1512 WATSON BLVD
PO BOX 8219
WARNER ROBINS GA 31095-8219

CREDITOR ID: 235635-09
WILLINGHAM, EDWARD W
172 MOSSLAND DR
PERRY GA 31069

CREDITOR ID: 386370-54
WILLIS, JOYCE
PO BOX 498
BROWNSVILLE KY 42210

CREDITOR ID: 392036-55
WILLIS, NATHANIEL
C/O KALO & VERHEUL PA
ATTN LISA ANN KALO, ESQ
2580 UNIVERSITY PARKWAY
SARASOTA FL 34243

CREDITOR ID: 264937-12
WINDSOR STATION LLC
C/O PHILLIPS EDISON & CO, LTD
ATTN R MARK ADDY, MANAGING AGT
11690 GROOMS ROAD
CINCINNATI, OH 45242

CREDITOR ID: 391493-55
WITHALL, JAMES JR
C/O MASNIKOFF & STERNBERG, PA
ATTN LYLE MASNIKOFF, ESQ
BRANDYWINE CENTRE II
560 VILLAGE BLVD, SUITE 345
WEST PALM BEACH FL 33409

CREDITOR ID: 452127-15
WOODLAND HARTFORD ASSOCIATES, LLC
C/O OFFICES OF JOEL SHAFFERMAN, LLC
ATTN JOEL SHAFFERMAN, ESQ
80 WALL STREET, SUITE 910
NEW YORK NY 10005

CREDITOR ID: 393659-55
WOOLHOUSE, TIMOTHY
C/O JEFFRET J BORDULIS, ESQ
182 SOUTH CENTRAL AVE
OVIEDO FL 32765

CREDITOR ID: 415958-15
WORKING RX
ATTN REX HUANG / KIM MIYANO
4225 LAKE PARK BLVD, SUITE 400
SALT LAKE CITY UT 84120

CREDITOR ID: 391443-55
YGLESIAS, FELIX
C/O LATOUR & ASSOCIATES, PA
ATTN EDUARDO R LATOUR, ESQ
135 E LEMON STREET
TARPON SPRINGS FL 34689

**Total: 366**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |

**ORDER DISALLOWING (A) NO LIABILITY CLAIMS, (B) NO LIABILITY MISCLASSIFIED CLAIMS, (C) WORKERS COMPENSATION CLAIMS AND (D) WORKERS COMPENSATION MISCLASSIFIED CLAIMS, AS SET FORTH IN THE DEBTORS' NINETEENTH OMNIBUS CLAIMS OBJECTION**

These cases came before the Court for hearing on October 5, 2006, upon the Nineteenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibits A through D (the "Disputed Claims").[2] Several formal and informal objections to the Objection were raised or filed, as a result of which the Debtors have agreed to continue the Objection with respect to (i) claim no. 3902 filed by Ben Tobin Companies, Ltd., (ii) claim no. 3747 filed by Dean Specialty Foods Group, LLC, (iii) claim nos. 9618 and 9623 filed by Dial Corporation, (iv) claim no. 470 filed by Ingram Entertainment, (v) claim no. 5590 filed by Metro-Goldwyn-Mayer Home Entertainment, (vi) claim no. 10916 filed by

---

1 In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2 All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

Navajo Manufacturing Co., (vii) claim no. 843 filed by the North Carolina Self-Insurance Security Association f/k/a the North Carolina Self-Insurance Guaranty Association, (viii) claim no. 9374 filed by Pacific World Corporation, (ix) claim no. 7821 filed by Pinnacle Foods Corp., (x) claim no. 2646 filed by Quigley Corporation, (xi) claim no. 131 filed by Scott-Gross Co. Inc., (xii) claim no. 10330 filed by Supermarket Equipment Resale, Inc., (xiii) claim no. 6667 filed by Gorton's Inc., (xiv) claim no. 7310 filed by Newell Rubbermaid, Inc., (xv) claim no. 9757 filed by Sara Lee Corporation, (xvi) claim nos. 12952 and 12953 filed by Windsor Station LLC and (xvii) claim no. 4576 filed by Bart Brewer (collectively, the "Unresolved Objections"), which claims have been removed from Exhibits A through D. The Debtors have withdrawn without prejudice their objection to claim no. 339 filed by Logo Chair, which claim has been removed from Exhibit A. Upon consideration, it is

ORDERED AND ADJUDGED:

1.      The Objection is sustained, as set forth below.

2.      The No Liability Claims listed on Exhibit A are disallowed in their entirety, except that (i) the disallowance of claim no. 8414 filed by the Georgia Self Insurers Guaranty Trust Fund is contingent upon the confirmation and effectiveness of the Plan, and (ii) the disallowance of claim nos. 9112 – 9122 and 8259 - 8282 filed by Wachovia Bank, National Association is contingent upon the confirmation and effectiveness of the Plan and payment of the DIP Facility Claim (as defined in the Plan).

3.      The No Liability Misclassified Claims listed on Exhibit B are disallowed in their entirety.

4.      The Workers Compensation Claims listed on Exhibit C are disallowed in their entirety, contingent upon the confirmation and effectiveness of the Plan and without prejudice to payment of valid amounts under the Debtors' workers compensation programs and policies.

5.      The Workers Compensation Misclassified Claims listed on Exhibit D are disallowed in their entirety, contingent upon the confirmation and effectiveness of the Plan and without prejudice to payment of valid amounts under the Debtors' workers compensation programs and policies.

6.      By agreement of the parties, claim no. 4209 filed by Dairy Farmers of America is reduced and allowed as an unsecured non-priority claim in the amount of $792,638.26.

7.      By agreement of the parties, claim no. 12141 filed by United Commercial Mortgage Corp. is reduced and allowed as an unsecured non-priority claim in the amount of $8,348.35.

8.      Other than the Unresolved Objections, those objections that have not yet been withdrawn are overruled.

9.      The hearing to consider the Objection with respect to the Unresolved Objections is continued until further order of the Court upon the motion of any party in interest.

10.      Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such

claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

11. Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

12. This Order is without prejudice to the Debtors' right to file any further objection they may have to the Disputed Claims, including objections on the ground that a Disputed Claim was filed against the incorrect Debtor or that the Debtor against which the Disputed Claim was filed should be modified.

Dated this 5 day of October, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

# EXHIBIT A

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 243209<br>BEAUTY BEAT INC<br>ATTN WILLIAM MOSKOVITS, PRESIDENT<br>12222 SHERMAN WAY<br>NORTH HOLLYWOOD, CA 91605 | 3925<br>**Debtor:** | $3,427.20<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT ACCOUNTS RECEIVABLE BALANCE OF $10,019.71. ACCORDINGLY, CLAIMANT OWES DEBTOR $6,592.51. |
| **Creditor Id:** 410895<br>BG TURFWAY, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | 10030<br>**Debtor:** | $21,840.99<br>**WINN-DIXIE STORES, INC.** | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id:** 411161<br>BG TURFWAY, LLC<br>C/O BENDERSON DEVELOPMENT CO, INC.<br>ATTN SUSAN M HASSINGER, ESQ<br>570 DELAWARE AVENUE<br>BUFFALO NY 14202 | 11229<br>**Debtor:** | $49,380.89<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. |
| **Creditor Id:** 403527<br>BOB CAMPBELL PAINTING, INC<br>ATTN ROBERT L CAMPBELL, OWNER<br>370 NE 45 CT<br>FT LAUDERDALE FL 33334 | 1358<br>**Debtor:** | $1,850.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. DEBTOR HAS NO RECORD OF THIS CLAIMANT OR ITS UNDERLYING CLAIM. ALSO, CLAIM IS NOT SIGNED. |
| **Creditor Id:** 410870<br>CARDINAL HEALTH<br>C/O PITNEY HARDIN, LLP<br>ATTN SCOTT A ZUBER, ESQ<br>PO BOX 1943<br>MORRISTOWN NJ 07932-1945 | 9964<br>**Debtor:** | $3,823,267.50<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER CLAIMANT. CLAIMANT OWES DEBTOR MORE THAN THE ASSERTED AMOUNT. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 2130<br>CHESTER DIX ALEXANDRIA CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590<br>Counsel: ATTN EDWIN W HELD JR, ESQ | 7708<br>**Debtor:** | $3,815,766.51<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS BY AGREEMENT WITH CLAIMANT. PROPER CLAIMANT WITH RESPECT TO STORE NUMBER 1703 FILED CLAIM NUMBER 7699. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 2130<br>CHESTER DIX ALEXANDRIA CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590<br>Counsel: ATTN EDWIN W HELD JR, ESQ | 7709<br>**Debtor: WINN-DIXIE RALEIGH, INC.** | $3,815,766.51 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS BY AGREEMENT WITH CLAIMANT. PROPER CLAIMANT WITH RESPECT TO STORE NUMBER 1703 FILED CLAIM NUMBER 7699. |
| **Creditor Id:** 2133<br>CHESTER DIX FLORENCE CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590<br>Counsel: ATTN EDWIN W HELD JR, ESQ | 12139<br>**Debtor: WINN-DIXIE STORES, INC.** | $4,552,469.10 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTY. SUBTENANT'S LEASE WITH LANDLORD IS ON SAME TERMS AS LEASE WITH DEBTOR. ACCORDINGLY, CLAIMANT IS NOT DAMAGED BY BANKRUPTCY FILING. |
| **Creditor Id:** 2133<br>CHESTER DIX FLORENCE CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590<br>Counsel: ATTN EDWIN W HELD JR, ESQ | 12140<br>**Debtor: WINN-DIXIE RALEIGH, INC.** | $4,552,469.10 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. SUBTENANT'S LEASE WITH LANDLORD IS ON SAME TERMS AS LEASE WITH DEBTOR. ACCORDINGLY, CLAIMANT IS NOT DAMAGED BY BANKRUPTCY FILING. |
| **Creditor Id:** 2137<br>CHESTER DIX NEWMAN CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN CHARLES KADISH, VP<br>PO BOX 40<br>WESTBURY NY 11590<br>Counsel: ATTN EDWIN W HELD JR, ESQ | 11901<br>**Debtor: WINN-DIXIE STORES, INC.** | $3,496,062.13 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTY. CLAIMANT ASSIGNED ITS RIGHTS TO, AND RELATED CLAIM WAS FILED BY, UNITED COMMERCIAL MORTGAGE CORP. |
| **Creditor Id:** 416271<br>CIRIGNANO FAMILY LP<br>ATTN ALBERT J CIRIGNANO<br>17 OAK POINT DRIVE NORTH<br>BAYVILLE NY 11709<br>Counsel: ATTN MATTHEW DOLLINGER, ESQ | 12252<br>**Debtor: WINN-DIXIE RALEIGH, INC.** | $30,054.78 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. DEBTOR PAID $24,761.48 FOR POSTPETITION REAL ESTATE TAX BY CHECK NUMBER 008169035 WHICH CLEARED 2/28/06. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 279201<br>DAIRY FARMERS OF AMERICA INC<br>C/O LATHROP & GAGE LC<br>ATTN STEPHEN B SUTTON, ESQ<br>2345 GRAND BLVD, STE 2800<br>KANSAS CITY MO 64108<br>Transferee: AMROC INVESTMENTS LLC | 4299<br>Debtor: **WINN-DIXIE STORES, INC.** | $152,953.36 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT NET CONSUMPTION WAIVER OF $3,507.48, ACCOUNTS PAYABLE CREDIT AND RECEIVABLE BALANCE OF $108,516.34 AND $42,273.29, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $59,507.75. ACCORDINGLY, CLAIMANT OWES DEBTOR $60,914.48 WHICH AMOUNT SHALL BE DEDUCTED FROM THE ALLOWED AMOUNT OF CLAIM NUMBER 4209 BY AGREEMENT OF THE PARTIES. |
| **Creditor Id:** 248989<br>ENERGIZER BATTERY INC<br>ATTN KEVIN R CARTER SR CRDT MGR<br>23145 NETWORK PLACE<br>CHICAGO, IL 60673-1231 | 10358<br>Debtor: **WINN-DIXIE STORES, INC.** | $240,125.63 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $505.56 AND $315,241.39, RESPECTIVELY. ACCORDINGLY, CLAIMANT OWES DEBTOR $75,621.32. |
| **Creditor Id:** 249004<br>ENGLISH VILLAGE, LLC<br>ATTN MIKE PETERS, OWNER/MGR<br>2906 NORTH STATE STREET, SUITE 201<br>JACKSON, MS 39216<br>Counsel: ATTN STEPHEN W ROSENBLATT, ESQ | 10074<br>Debtor: **WINN-DIXIE STORES, INC.** | $41,327.91 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. DEBTOR SOLD STORE TO MAYWOOD FOODS, INC. ON AUGUST 13, 2005. ALL AMOUNTS DUE WERE PAID AT CLOSING. |
| **Creditor Id:** 249481<br>FERRERO USA INC<br>ATTN JOHN GIFFORD<br>600 COTTONTAIL LANE<br>SOMERSET NJ 08873 | 2103<br>Debtor: **WINN-DIXIE STORES, INC.** | $187,552.45 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT NET CONSUMPTION WAIVER OF $1,938.01, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $10,194.74 AND $45,970.69, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $52,448.96, AND DEDUCTIONS FOR SHORTAGES AND PRICE DIFFERENTIALS AGGREGATING $81,764.53. ACCORDINGLY, CLAIMANT OWES DEBTOR $4,764.48. |
| **Creditor Id:** 249568<br>FIRST QUALITY HYGIENIC INC<br>ATTN PHYLLIS I CLARK, CR SUPERVISOR<br>PO BOX 7777-W3880<br>PHILADELPHIA, PA 19175-3880 | 10672<br>Debtor: **WINN-DIXIE STORES, INC.** | $13,403.91 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT NET CONSUMPTION WAIVER OF $615.63, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $621.60 AND $1,298.22, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $19,700.16. ACCORDINGLY, CLAIMANT OWES DEBTOR $8,831.70. |
| **Creditor Id:** 374946<br>FLOWERS BAKING CO OF JACKSONVILLE<br>ATTN MISSY WILSON, CREDIT MGR<br>132 NORTH BROAD STREET<br>THOMASVILLE GA 31792 | 9724<br>Debtor: **WINN-DIXIE STORES, INC.** | $214.81 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 249869<br>FLOWERS BAKING CO OF THOMASVILLE<br>ATTN MISSY WILSON, CREDIT MGR<br>132 NORTH BROAD STREET<br>THOMASVILLE GA 31792 | 11164<br>Debtor: **WINN-DIXIE STORES, INC.** | $5,759.49 | NO LIABILITY PER BOOKS AND RECORDS AND NO PROOF OF DELIVERY FOR LISTED INVOICES. |
| **Creditor Id:** 249856<br>FLOWERS BAKING CO OF VILLA RICA LLC<br>ATTN MISSY WILSON, CREDIT MGR<br>132 NORTH BROAD STREET<br>THOMASVILLE GA 31792 | 11165<br>Debtor: **WINN-DIXIE STORES, INC.** | $658.72 | NO LIABILITY PER BOOKS AND RECORDS AND NO PROOF OF DELIVERY FOR LISTED INVOICES. |
| **Creditor Id:** 250522<br>GEORGIA SELF INS GUARANTY TRUST FD<br>PO BOX 7159<br>ATLANTA GA 30357-0159<br>Counsel: ATTN HERBERT C BROADFOOT II, ESQ | 8414<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 USC SECTION 502(E). DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432). SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ACCORDINGLY, ALL CLAIM PAYMENTS FOR WORKERS' COMPENSATION INJURIES THAT MIGHT BE COVERED BY THIS INSURER ARE BEING MADE AND NO AMOUNT IS DUE THIS INSURER. DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 250562<br>GHIRARDELLI CHOCOLATE<br>ATTN L AUERBACH/T MOONEY<br>1111 139TH AVENUE<br>SAN LEANDRO CA 94578 | 5792<br>Debtor: **WINN-DIXIE SUPERMARKETS, INC.** | $41,630.04 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $22,876.77 AND $29,235.26, RESPECTIVELY. ACCORDINGLY, CLAIMANT OWES DEBTOR $10,481.99. |
| **Creditor Id:** 405927<br>GOODING'S SUPERMARKETS, INC<br>C/O LOWNDES DROSDICK ET AL<br>ATTN MATT E BEAL, ESQ<br>215 NORTH EOLA DRIVE<br>PO BOX 2809<br>ORLANDO FL 32802-2809 | 13293<br>Debtor: **WINN-DIXIE STORES, INC.** | $9,755.66 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 382874<br>HARRISON, ANDREW DBA<br>EXPOSURE SALES & MARKETING<br>PO BOX 50312<br>EUGENE, OR 97405<br>Transferee: EQUITY TRUST CO CUSTODIAN<br>Counsel: ATTN LOREN S SCOTT, ESQ | 7431<br>Debtor: **CRACKIN' GOOD, INC.** | $21,000.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. COMMISSION IS NOT OWED AS PRODUCT WAS NOT PAID FOR BY PURCHASER, NATURE'S PATH. |
| **Creditor Id:** 251563<br>HI TECH PLASTICS INC / CHEMCOM INC<br>ATTN BERNARD E DAHLIN, PRES<br>PO BOX 143<br>NICHOLS, WI 54152 | 1793<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $2,400.00 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT ACCOUNTS PAYABLE CREDIT OF $12,000.00. ACCORDINGLY, CLAIMANT OWES DEBTOR $9,600.00. |
| **Creditor Id:** 278813<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH TX 76102 | 9008<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $25,494.55 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,256.96 AND $34,004.26, RESPECTIVELY. ACCORDINGLY CLAIMANT OWES DEBTOR $10,766.67 WHICH AMOUNT SHALL BE DEDUCTED FROM THE ALLOWED AMOUNT OF CLAIM NUMBER 8972 FILED BY KELLOGG SALES COMPANY, BY AGREEMENT OF THE PARTIES. |
| **Creditor Id:** 253919<br>KEY DISTRIBUTORS INC<br>ATTN JOSEPH NICOSIA, CFO<br>DEPT 66794<br>EL MONTE, CA 91735-6794 | 10355<br>Debtor: **WINN-DIXIE STORES, INC.** | $4,462.80 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT ACCOUNTS RECEIVABLE BALANCE OF $15,857.39. ACCORDINGLY, CLAIMANT OWES DEBTOR $11,394.59. |
| **Creditor Id:** 165897<br>LINTON, LLOYD L<br>1580 CALLAWAY LOOP<br>CONYERS GA 30012 | 5883<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 393699<br>LONE STAR ANTIQUE MALL INC & RAESZ, RICKY & RONNIE<br>ATTN RICKY C RAESZ, AS PRES & INDIV<br>2290 W HICKS ROAD, BLDG 7-1<br>FORT WORTH, TX 76131 | 2829<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $705,700.00 | NO LIABILITY. CLAIM FOR LOSS OF BUSINESS DUE TO ALLEGED FLOODING AT SUBLEASED PREMISES TO BE DISALLOWED. PER PARAGRAPH 11 OF SUBLEASE, PREMISES WERE LET "AS IS." MOREOVER, CLAIMANT FAILED TO NOTIFY DEBTOR OF ANY ALLEGED FLOODING PROBLEMS WHEN THEY ALLEGEDLY OCCURRED, FAILED TO PRODUCE ANY DOCUMENTATION OF ALLEGED DAMAGES DESPITE DISCOVERY REQUESTS, AND FAILED TO ASSERT CLAIM WITHIN APPLICABLE LIMITATIONS PERIOD AS PROVIDED UNDER TEXAS LAW. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 384226<br>MARKWINS INTERNATIONAL<br>ATTN RUTH CHEUNG<br>22067 FERRERO PARKWAY<br>CITY OF INDUSTRY, CA 91789<br>Transferee: MADISON INVESTMENT TRUST - SERIES 3 | 2353<br>Debtor: **WINN-DIXIE STORES, INC.** | $92,345.08 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT ACCOUNTS PAYABLE CREDIT OF $288.00 AND ACCOUNTS RECEIVABLE BALANCE OF $101,009.89. ACCORDINGLY, CLAIMANT OWES DEBTOR $8,952.81. |
| **Creditor Id:** 382042<br>MCCORMICK & COMPANY, INC<br>ATTN AUSTIN NOONEY<br>211 SCHILLING CIRCLE<br>HUNT VALLEY MD 21031<br>Counsel: ATTN DANIEL J CARRIGAN, ESQ | 10840<br>Debtor: **ASTOR PRODUCTS, INC.** | $2,806,283.50 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT RECLAMATION PAYMENTS IN PROCESS TOTALING $100,262.65 AND NO OTHER AMOUNTS DUE. REMAINING ASSERTED CLAIM SEEKS SHORTFALL CHARGES PURSUANT TO CONTRACT'S MINIMUM PURCHASE REQUIREMENTS, BUT REQUIREMENTS HAVE BEEN MET. |
| **Creditor Id:** 382042<br>MCCORMICK & COMPANY, INC<br>ATTN AUSTIN NOONEY<br>211 SCHILLING CIRCLE<br>HUNT VALLEY MD 21031<br>Counsel: ATTN DANIEL J CARRIGAN, ESQ | 10841<br>Debtor: **DEEP SOUTH PRODUCTS, INC.** | $2,806,283.50 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT RECLAMATION PAYMENTS IN PROCESS TOTALING $100,262.65 AND NO OTHER AMOUNTS DUE. REMAINING ASSERTED CLAIM SEEKS SHORTFALL CHARGES PURSUANT TO CONTRACT'S MINIMUM PURCHASE REQUIREMENTS, BUT REQUIREMENTS HAVE BEEN MET. |
| **Creditor Id:** 382042<br>MCCORMICK & COMPANY, INC<br>ATTN AUSTIN NOONEY<br>211 SCHILLING CIRCLE<br>HUNT VALLEY MD 21031<br>Counsel: ATTN DANIEL J CARRIGAN, ESQ | 10842<br>Debtor: **WINN-DIXIE LOGISTICS, INC.** | $2,806,283.50 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT RECLAMATION PAYMENTS IN PROCESS TOTALING $100,262.65 AND NO OTHER AMOUNTS DUE. REMAINING ASSERTED CLAIM SEEKS SHORTFALL CHARGES PURSUANT TO CONTRACT'S MINIMUM PURCHASE REQUIREMENTS, BUT REQUIREMENTS HAVE BEEN MET. |
| **Creditor Id:** 382042<br>MCCORMICK & COMPANY, INC<br>ATTN AUSTIN NOONEY<br>211 SCHILLING CIRCLE<br>HUNT VALLEY MD 21031<br>Counsel: ATTN DANIEL J CARRIGAN, ESQ | 10843<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $2,806,283.50 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT RECLAMATION PAYMENTS IN PROCESS TOTALING $100,262.65 AND NO OTHER AMOUNTS DUE. REMAINING ASSERTED CLAIM SEEKS SHORTFALL CHARGES PURSUANT TO CONTRACT'S MINIMUM PURCHASE REQUIREMENTS, BUT REQUIREMENTS HAVE BEEN MET. |
| **Creditor Id:** 382042<br>MCCORMICK & COMPANY, INC<br>ATTN AUSTIN NOONEY<br>211 SCHILLING CIRCLE<br>HUNT VALLEY MD 21031<br>Counsel: ATTN DANIEL J CARRIGAN, ESQ | 10845<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $2,806,283.50 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT RECLAMATION PAYMENTS IN PROCESS TOTALING $100,262.65 AND NO OTHER AMOUNTS DUE. REMAINING ASSERTED CLAIM SEEKS SHORTFALL CHARGES PURSUANT TO CONTRACT'S MINIMUM PURCHASE REQUIREMENTS, BUT REQUIREMENTS HAVE BEEN MET. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 406013<br>NATIONAL DISTRIBUTING COMPANY, INC<br>C/O ALSTON & BIRD LLP<br>ATTN JASON H WATSON, ESQ<br>1201 WEST PEACHTREE STREET<br>ATLANTA GA 30309 | 2893<br>**Debtor:** WINN-DIXIE SUPERMARKETS, INC. | $511,046.20 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 406013<br>NATIONAL DISTRIBUTING COMPANY, INC<br>C/O ALSTON & BIRD LLP<br>ATTN JASON H WATSON, ESQ<br>1201 WEST PEACHTREE STREET<br>ATLANTA GA 30309 | 2895<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $511,046.20 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 257072<br>NECCO<br>ATTN JOHN TETI, CORP ACCTG MGR<br>135 AMERICAN LEGION HWY<br>REVERE MA 02151-2405 | 11665<br>**Debtor:** WINN-DIXIE STORES, INC. | $59,843.15 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT ACCOUNTS RECEIVABLE BALANCE OF $11,763.85. IN ADDITION, CLAIMANT IS ATTEMPTING TO CHARGE BACK $51,401.39 ON PREVIOUSLY PAID AND DISPUTED INVOICES. ACCORDINGLY, CLAIMANT OWES DEBTOR $3,322.09. |
| **Creditor Id:** 257228<br>NEXT PROTEINS, INC<br>ATTN TEX PROWS, ESQ<br>PO BOX 2469<br>CARLSBAD, CA 92018 | 10268<br>**Debtor:** WINN-DIXIE STORES, INC. | $6,542.07 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $912.60 AND $24,995.22, RESPECTIVELY. ACCORDINGLY. CLAIMANT OWES DEBTOR $19,365.75. |
| **Creditor Id:** 262867<br>PARTS STORE, THE DBA EQUIPMENT SALE<br>ATTN C PIERCE /C W WOODHAM, CONTROL<br>PO BOX 7393<br>MOBILE, AL 36670 | 7548<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $482.48 | NO LIABILITY. CLAIMANT OWES DEBTOR $378.21 MORE THAN ASSERTED AMOUNT. |
| **Creditor Id:** 403486<br>PEPSI COLA BOTTLING CO OF CTRL VA<br>DBA VIRGINIA BEACH BEVERAGES<br>ATTN LORI PULLEN, CR MGR<br>PO BOX 9035<br>CHARLOTTESVILLE VA 22906 | 1060<br>**Debtor:** WINN-DIXIE STORES, INC. | $1,667.98 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT ACCOUNTS PAYABLE CREDIT OF $955.56 AND $1,574.56 OF ASSERTED AMOUNT LACKS ADEQUATE SUPPORTING DOCUMENTATION. ACCORDINGLY, CLAIMANT OWES DEBTOR $862.14. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 258439<br>PHARMATON NATURAL HEALTH AKA<br>BOEHRINGER INGELHEIM CONSUMER<br>HEALTH CARE PRODUCTS, INC<br>ATTN FRANK HARKIAS<br>900 RIDGEBURY ROAD<br>RIDGEFIELD CT 06877 | 10425<br>**Debtor:** | $27,993.92<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT ACCOUNTS RECEIVABLE BALANCE OF $34,768.84. ADDITIONALLY, CLAIMANT IS ATTEMPTING TO CHARGE BACK $13,715.96 ON PREVIOUSLY PAID AND DISPUTED INVOICES. ACCORDINGLY, CLAIMANT OWES DEBTOR $20,490.88 MORE THE ASSERTED AMOUNT. |
| **Creditor Id:** 258440<br>PHARMAVITE, LLC<br>ATTN TAMARA CRANE, CREDIT MGR<br>8510 BALBOA BLVD<br>NORTHRIDGE CA 91325 | 11396<br>**Debtor:** | $9,224.76<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT ACCOUNTS RECEIVABLE BALANCE OF $23,728.60 AND PAYMENT OF POSTPETITION INVOICES AGGREGATING $1,198.62 ON 3/25/05 BY CHECK NUMBER 8010545 IN THE AMOUNT OF $1,174.64 (PAYMENT REFLECTED A 2% CASH DISCOUNT OF $23.98). ACCORDINGLY, CLAIMANT OWES DEBTOR $15,702.46. |
| **Creditor Id:** 260371<br>SAMY CO<br>ATTN LAWRENCE HADDAWAY, ACCTG MGR<br>8815 NW 33RD STREET, SUITE 100<br>DORAL FL 33172 | 1963<br>**Debtor:** | $8,847.70<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF -$26,262.18 AND $42,115.00, RESPECTIVELY. ACCORDINGLY, CLAIMANT OWES DEBTOR $15,852.82. |
| **Creditor Id:** 406094<br>STATE OF OKLAHOMA WORKERS COMP<br>COURT & INDIVIDUAL SELF INSURED<br>GUARANTY FUND<br>ATTN VIRGINIA GORESEN/MARCIA DAVIS<br>1915 NORTH STILES AVENUE<br>OKLAHOMA CITY OK 73105-4918<br>Counsel: ATTN: W A DREW EDMONDSON, ESQ | 3218<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 USC SECTION 502(E). DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432). SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ACCORDINGLY, ALL CLAIM PAYMENTS FOR WORKERS' COMPENSATION INJURIES THAT MIGHT BE COVERED BY THIS INSURER ARE BEING MADE AND NO AMOUNT IS DUE THIS INSURER. |
| **Creditor Id:** 262906<br>TOPPS CO INC, THE<br>BOX 4050 CHURCH ST STATION<br>NEW YORK, NY 10261-4050 | 10485<br>**Debtor:** | $32,416.32<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,227.68 AND $29,048.63, RESPECTIVELY. IN ADDITION, AS AGREED TO BY CLAIMANT, $4,866.72 OF ASSERTED AMOUNT COVERS GOODS RECEIVED POSTPETITION LISTED ON PREPETITION INVOICE NUMBERS 05960240, 05960477, 05960478, AND 05960480. ACCORDINGLY, CLAIMANT OWES DEBTOR $3,726.71. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 278050<br>WACHOVIA BANK NA, ADMIN AGT<br>ATTN DOUG BOOTH, DIRECTOR<br>ONE WACHOVIA BANK CENTER<br>301 SOUTH COLLEGE STREET, DC-5<br>CHARLOTTE NC 28288<br>Counsel: ATTN ANDREW TENZER, ESQ | 9112<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 278050<br>WACHOVIA BANK NA, ADMIN AGT<br>ATTN DOUG BOOTH, DIRECTOR<br>ONE WACHOVIA BANK CENTER<br>301 SOUTH COLLEGE STREET, DC-5<br>CHARLOTTE NC 28288<br>Counsel: ATTN ANDREW TENZER, ESQ | 9113<br>**Debtor: ASTOR PRODUCTS, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 278050<br>WACHOVIA BANK NA, ADMIN AGT<br>ATTN DOUG BOOTH, DIRECTOR<br>ONE WACHOVIA BANK CENTER<br>301 SOUTH COLLEGE STREET, DC-5<br>CHARLOTTE NC 28288<br>Counsel: ATTN ANDREW TENZER, ESQ | 9114<br>**Debtor: CRACKIN' GOOD, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 278050<br>WACHOVIA BANK NA, ADMIN AGT<br>ATTN DOUG BOOTH, DIRECTOR<br>ONE WACHOVIA BANK CENTER<br>301 SOUTH COLLEGE STREET, DC-5<br>CHARLOTTE NC 28288<br>Counsel: ATTN ANDREW TENZER, ESQ | 9115<br>**Debtor: DEEP SOUTH PRODUCTS, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 278050<br>WACHOVIA BANK NA, ADMIN AGT<br>ATTN DOUG BOOTH, DIRECTOR<br>ONE WACHOVIA BANK CENTER<br>301 SOUTH COLLEGE STREET, DC-5<br>CHARLOTTE NC 28288<br>Counsel: ATTN ANDREW TENZER, ESQ | 9116<br>**Debtor: DIXIE PACKERS, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 278050<br>WACHOVIA BANK NA, ADMIN AGT<br>ATTN DOUG BOOTH, DIRECTOR<br>ONE WACHOVIA BANK CENTER<br>301 SOUTH COLLEGE STREET, DC-5<br>CHARLOTTE NC 28288<br>Counsel: ATTN ANDREW TENZER, ESQ | 9117<br>**Debtor:** **ECONOMY WHOLESALE DISTRIBUTORS, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 278050<br>WACHOVIA BANK NA, ADMIN AGT<br>ATTN DOUG BOOTH, DIRECTOR<br>ONE WACHOVIA BANK CENTER<br>301 SOUTH COLLEGE STREET, DC-5<br>CHARLOTTE NC 28288<br>Counsel: ATTN ANDREW TENZER, ESQ | 9118<br>**Debtor:** **WINN-DIXIE LOGISTICS, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 278050<br>WACHOVIA BANK NA, ADMIN AGT<br>ATTN DOUG BOOTH, DIRECTOR<br>ONE WACHOVIA BANK CENTER<br>301 SOUTH COLLEGE STREET, DC-5<br>CHARLOTTE NC 28288<br>Counsel: ATTN ANDREW TENZER, ESQ | 9119<br>**Debtor:** **WINN-DIXIE MONTGOMERY, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 278050<br>WACHOVIA BANK NA, ADMIN AGT<br>ATTN DOUG BOOTH, DIRECTOR<br>ONE WACHOVIA BANK CENTER<br>301 SOUTH COLLEGE STREET, DC-5<br>CHARLOTTE NC 28288<br>Counsel: ATTN ANDREW TENZER, ESQ | 9120<br>**Debtor:** **WINN-DIXIE SUPERMARKETS, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 278050<br>WACHOVIA BANK NA, ADMIN AGT<br>ATTN DOUG BOOTH, DIRECTOR<br>ONE WACHOVIA BANK CENTER<br>301 SOUTH COLLEGE STREET, DC-5<br>CHARLOTTE NC 28288<br>Counsel: ATTN ANDREW TENZER, ESQ | 9121<br>**Debtor:** **WINN-DIXIE RALEIGH, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 278050<br>WACHOVIA BANK NA, ADMIN AGT<br>ATTN DOUG BOOTH, DIRECTOR<br>ONE WACHOVIA BANK CENTER<br>301 SOUTH COLLEGE STREET, DC-5<br>CHARLOTTE NC 28288<br>Counsel: ATTN ANDREW TENZER, ESQ | 9122<br>**Debtor: WINN-DIXIE PROCUREMENT, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE FL 33301 | 8259<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE FL 33301 | 8260<br>**Debtor: WINN-DIXIE SUPERMARKETS, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE FL 33301 | 8261<br>**Debtor: WINN-DIXIE RALEIGH, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE FL 33301 | 8262<br>**Debtor: WINN-DIXIE PROCUREMENT, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE FL 33301 | 8263<br>**Debtor: WINN-DIXIE MONTGOMERY, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE FL 33301 | 8264<br>**Debtor: WINN-DIXIE LOGISTICS, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE FL 33301 | 8265<br>**Debtor:** **WINN-DIXIE HANDYMAN, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE FL 33301 | 8266<br>**Debtor:** **WD BRAND PRESTIGE STEAKS, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE FL 33301 | 8267<br>**Debtor:** **SUPERIOR FOOD COMPANY** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE FL 33301 | 8268<br>**Debtor:** **SUNDOWN SALES, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE FL 33301 | 8269<br>**Debtor:** **SUNBELT PRODUCTS, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE FL 33301 | 8270<br>**Debtor:** **KWIK CHEK SUPERMARKETS, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE FL 33301 | 8271<br>**Debtor:** **FOODWAY STORES, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE FL 33301 | 8272<br>**Debtor:** **ECONOMY WHOLESALE DISTRIBUTORS, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE FL 33301 | 8273<br>**Debtor:** **DIXIE SPIRITS, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE FL 33301 | 8274<br>**Debtor:** **DIXIE PACKERS, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE FL 33301 | 8275<br>**Debtor:** **DIXIE-HOME STORES, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE FL 33301 | 8276<br>**Debtor:** **DIXIE DARLING BAKERS, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE FL 33301 | 8277<br>**Debtor:** **DEEP SOUTH PRODUCTS, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE FL 33301 | 8278<br>**Debtor:** **DEEP SOUTH DISTRIBUTORS, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE FL 33301 | 8279<br>Debtor: **CRACKIN' GOOD, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE FL 33301 | 8280<br>Debtor: **ASTOR PRODUCTS, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE FL 33301 | 8281<br>Debtor: **TABLE SUPPLY FOOD STORES CO., INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE FL 33301 | 8282<br>Debtor: **DIXIE STORES, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 264723<br>WHITE RAIN<br>ATTN RONALD J LINDE, CONTROLLER<br>DEPT 1934<br>135 SOUTH LASALLE<br>CHICAGO, IL 60674-1934 | 6066<br>Debtor: **WINN-DIXIE STORES, INC.** | $36,793.64 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT ACCOUNTS RECEIVABLE BALANCE OF $31,775.61 AND PAYMENTS OF $647.51 ON 3/11/05 BY CHECK NUMBER 008004873 FOR INVOICE NUMBER 88178, $706.48 ON 3/11/05 BY CHECK NUMBER 008004873 FOR INVOICE NUMBER 88180, AND $1,386.12 ON 3/14/05 BY CHECK NUMBER 008005208 FOR INVOICE 88140. THE GOODS LISTED IN THOSE INVOICES WERE ALL RECEIVED POSTPETITION. IN ADDITION, CLAIMANT IS ATTEMPTING TO CHARGE BACK $13,157.48 ON ACCOUNT OF PREVIOUSLY PAID AND DISPUTED INVOICES. ACCORDINGLY, CLAIMANT OWES DEBTOR $10,879.56 MORE THAN ASSERTED AMOUNT. |
| **Creditor Id:** 452127<br>WOODLAND HARTFORD ASSOCIATES, LLC<br>C/O OFFICES OF JOEL SHAFFERMAN, LLC<br>ATTN JOEL SHAFFERMAN, ESQ<br>80 WALL STREET, SUITE 910<br>NEW YORK NY 10005 | 13243<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | INSUFFICIENT DOCUMENTATION TO DETERMINE IF ANY AMOUNT IS OWED ON GUARANTY. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 452127<br>WOODLAND HARTFORD ASSOCIATES, LLC<br>C/O OFFICES OF JOEL SHAFFERMAN, LLC<br>ATTN JOEL SHAFFERMAN, ESQ<br>80 WALL STREET, SUITE 910<br>NEW YORK NY 10005 | 13244<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $0.00 | INSUFFICIENT DOCUMENTATION TO DETERMINE IF ANY AMOUNT IS OWED. |

**Total Claims to be Disallowed:** **83**

**Total Amount to be Disallowed:** **$40,944,461.04** **Plus Unliquidated Amounts, If Any**

# EXHIBIT B

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 403197<br>ALLEN CANNING COMPANY<br>C/O WRIGHT LINDSEY & JENNINGS LLP<br>ATTN JAMES J GLOVER, ESQ<br>200 WEST CAPITOL AVE, STE 2300<br>LITTLE ROCK AR 72201 | 7865<br>Debtor: WINN-DIXIE STORES, INC. | $29,464.17 | Administrative | Unsecured Non-Priority | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT NET CONSUMPTION WAIVER OF $883.93, ACCOUNTS RECEIVABLE BALANCE OF $3,179.99, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $27,417.01. ACCORDINGLY, CLAIMANT OWES DEBTOR $2,016.76. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 256218<br>DUNLAP, MICHAEL D<br>11121 SEVILLA COURT<br>CHARLOTTE NC 28226 | 2354<br>Debtor: WINN-DIXIE LOGISTICS, INC. | $2,452.08 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT USED VACATION TIME AND UNUSED SICK TIME IS NOT COMPENSABLE. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 254788<br>INGRAM, LINDA & CALVIN<br>3804 AMMONS STREET<br>ANNISTON AL 36201-1436 | 3569<br>Debtor: WINN-DIXIE STORES, INC. | $1,249.08 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY. CLAIM WAS SETTLED FOR $249.98 AND PAID BY CHECK NUMBER 007235271 (WHICH CLEARED 6/9/04). CHECK IS ENDORSED AGREEING TO RELEASE DEBTOR FROM ANY FUTURE CLAIMS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 63091<br>ROBERTS, BOBBY G<br>1037 BARROW BAY RD<br>CLAXTON GA 30417 | 2784<br>Debtor: WINN-DIXIE STORES, INC. | $2,970.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 399449<br>SIMMONS ALLIED PET FOOD CO, INC<br>ATTN WILLIAM B SMITH<br>PO BOX 430<br>SILOAM SPRINGS AR 72761<br>Counsel: ATTN ANDREW R TURNER, ESQ | 655<br>Debtor: WINN-DIXIE STORES, INC. | $5,616.00 | Secured | Unsecured Non-Priority | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT CLAIMANT OWES DEBTOR $174.36 COMPRISED OF THE FOLLOWING: NET CONSUMPTION WAIVER OF $168.48, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $847.68 AND $230.52, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $4,543.68. ALSO, MISCLASSIFIED CLAIM. |

**Total Claims to be Disallowed & Recl:** 5

**Total Amount to be Disallowed & Recl:** $41,751.33 **Plus Unliquidated Amounts, If Any**

# EXHIBIT C

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 82735<br>ABUHAI, SENDEKU M<br>PO BOX 45123<br>TAMPA FL 33677-0301 | 11483<br>**Debtor:** | $100,000.00<br>**WINN-DIXIE STORES, INC.** | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 403559<br>ALBERINO, VERONICA<br>108 SE 10TH STREET, APT 102J<br>DEERFIELD BEACH FL 33441<br>Counsel: ATTN SHEILA GOLDBERG, ESQ | 1538<br>**Debtor:** | $291,060.00<br>**WINN-DIXIE STORES, INC.** | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 269595<br>AUSTIN, CHRISTY<br>C/O ANDERSON & HOWELL, PA<br>ATTN ROBERT H ELLIS, ESQ<br>2029 N THIRD STREET<br>JACKSONVILLE BEACH FL 32250 | 4882<br>**Debtor:** | $25,000.00<br>**WINN-DIXIE STORES, INC.** | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 389782<br>BAMFORD, JACQUELINE E<br>155 N. ORANGE ST<br>STARKE FL 32091 | 11421<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 391597<br>BANKSTON, MARY ANN<br>C/O JOHN E KARDOS, PC<br>ATTN JOHN E KARDOS, ESQ<br>ONE HUNTINGTON ROAD, STE 202<br>ATHENS GA 30606 | 9429<br>**Debtor:** **WINN-DIXIE MONTGOMERY, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391385<br>BARKENQUAST, JOHN<br>C/O SUTTER LAW FIRM<br>ATTN BRIAN O SUTTER, ESQ.<br>822 TAMIAMI TRAIL, SUITE 2<br>PORT CHARLOTTE FL 33953 | 11574<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 7658<br>BEACH, OMEGA D<br>622 NORTHCREST DR<br>CHARLOTTE NC 28206 | 10781<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $4,277.97 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 390008<br>BEARDEN, VIRGINIA<br>4805 WASILLA WAY<br>POWDER SPRINGS GA 30127<br>Counsel: 3017 PIEDMONT RD NE, STE 100 | 11351<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $125,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 7836<br>BECK, CRYSTAL T<br>8619 BELLE MEADOW BLVD<br>PENSACOLA FL 32514-0595<br>Counsel: ATTN J DONOVAN WHIBBS, ESQ | 2540<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391686<br>BELL, PAULA<br>C/O DIETRICK EVANS SCHOLZ ET AL<br>ATTN WILLIAM EVANS, ESQ<br>3490 PIEDMONT ROAD NE, SUITE 1200<br>ATLANTA GA 30305 | 2129<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392731<br>BENJAMIN, MARIE<br>C/O FINDLER & FINDLER<br>ATTN LISSA JOLIVERT-DORSEY, ESQ<br>3 HARVARD CIRCLE, SUITE 100<br>WEST PALM BEACH FL 33409 | 2241<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 93082<br>BERGERON, KIMBERLY G<br>319 CYPRESS VILLAGE<br>HOUMA LA 70360 | 3051<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 393522<br>BETANCOURT, LUIS<br>PO BOX 263171<br>TAMPA FL 33685-3171<br>Counsel: ATTN KELLY B NUNEZ, ESQ | 2577<br>**Debtor:** WINN-DIXIE STORES, INC. | $150,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 388641<br>BISHOP, TIFFANY<br>C/O VALERIE BISHOP<br>824 G STREET<br>HARTSVILLE SC 29550<br>Counsel: ATTN GERALD MALLOY | 10491<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 399766<br>BOHRES, RANDALL W<br>10436 LAGO LOUISA COURT<br>CLERMONT FL 34711 | 1123<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 399766<br>BOHRES, RANDALL W<br>10436 LAGO LOUISA COURT<br>CLERMONT FL 34711 | 1199<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 399802<br>BOHRES, RANDALL W<br>10436 LOGA LOISA COURT<br>CLERMONT FL 34711 | 1124<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 388146<br>BONVILLAIN, MARY<br>17541 JB EVERETT ROAD<br>LIVINGSTON LA 70754<br>Counsel: ATTN ELLIOTT J REDMOND, ESQ | 8126<br>**Debtor:** WINN-DIXIE STORES, INC. | $35,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391664<br>BOTELLO, LAURIE<br>C/O WILTON STONE, ESQ<br>PO BOX 729<br>VALDOSTA GA 31603 | 6891<br>**Debtor:** WINN-DIXIE STORES, INC. | $589,923.19 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391527<br>BRASFIELD, DAISY<br>C/O FRANK M CAUTHEN, JR, PC<br>ATTN FRANK M CAUTHEN JR, ESQ<br>601 GREENSBORO AVENUE, STE 700<br>TUSCALOOSA AL 35401 | 9481<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $180,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 387047<br>BROWN, CHERYL<br>5664 LAKE DRIVE, APT A3<br>CALLAWAY FL 32404 | 5951<br>Debtor: **WINN-DIXIE SUPERMARKETS, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 12699<br>BURCH, MARIA C<br>5681 E DENFIELD RD, APT 1210<br>JACKSONVILLE FL 32277 | 4067<br>Debtor: **WINN-DIXIE STORES, INC.** | $50,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 404285<br>BVI DBA PRIMED<br>ATTN STEPHANIE PRESTAGER, CBO MGR<br>PO BOX 240695<br>MONTGOMERY AL 36124-0695 | 4572<br>Debtor: **WINN-DIXIE STORES, INC.** | $2,452.74 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 387497<br>CALLAHAN, GWENDOLYN<br>117 RIDGEVIEW<br>HURT VA 24563 | 5230<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 392035<br>CAMP, WATSON<br>C/O OLSON, SMITH, JORDAN & COX, PA<br>ATTN W GRADY JORDAN, ESQ<br>PO BOX 1207<br>EASLEY SC 29641 | 10739<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392413<br>CANDELL, YUNAIKI<br>C/O LAW OFFICES OF JOSE FRANCISCO<br>ATTN ROBERTO RAMIREZ, ESQ<br>5040 NW 7TH STREET, SUITE 900<br>MIAMI FL 33126 | 1816<br>Debtor: **WINN-DIXIE STORES, INC.** | $5,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392014<br>CARACCIOLA, MARY<br>C/O WOHN & MCKINLEY, PA<br>ATTN ROBERT A WOHN JR, ESQ<br>960 N COCOA BLVD<br>PO BOX 1450<br>COCOA FL 32923-1450 | 3164<br>Debtor: **WINN-DIXIE STORES, INC.** | $153,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 400224<br>CARACCIOLO, RENEE<br>C/O WOHN & MCKINLEY, PA<br>ATTN ROBERT A WOHN, ESQ<br>960 N COCOA BLVD<br>PO BOX 1450<br>COCOA FL 32923-1450 | 3244<br>Debtor: **WINN-DIXIE STORES, INC.** | $100,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 393357<br>CARLE-TIDWELL, SANDY<br>C/O HARRIS & GRAVES, PA<br>ATTN STEVEN D HAYMOND, ESQ<br>PO BOX 11566<br>1518 RICHLAND STREET<br>COLUMBIA SC 29211 | 1836<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 105012<br>CARRANZA, LUIS E<br>9812 CEDAR CIRCLE DRIVE, APT 201<br>CHARLOTTE NC 28210<br>Counsel: ATTN JUSTICE H CAMPBELL, ESQ | 2967<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 388609<br>CARTER, AUDIERY<br>PO BOX 1362<br>MARS HILL NC 28754<br>Counsel: ATTN TIMOTHY L FINGER, ESQ | 9506<br>**Debtor:** WINN-DIXIE STORES, INC. | $780,646.22 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 393353<br>CARVER, RENEE<br>C/O WOHN & MCKINLEY PA<br>ATTN ROBERT A WOHN ESQ<br>960 N COCOA BLVD<br>PO BOX 1450<br>COCOA FL 32923-1450 | 3245<br>**Debtor:** WINN-DIXIE STORES, INC. | $100,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 388589<br>CASTILLO, SYLVIA<br>9841 SAN LEA<br>DALLAS TX 75228 | 5840<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $50,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391356<br>CAVES, MACKY<br>C/O DOUGLAS W MITCHELL III, ESQ<br>423 EAST WARD STREET<br>P O BOX 1274 (31534)<br>DOUGLAS GA 31533 | 11419<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391690<br>CEBALLOS, TAMARA<br>C/O MASNIKOFF & STERNBERG, PA<br>ATTN LYLE MASNIKOFF, ESQ<br>560 VILLAGE BLVD, SUITE 345<br>WEST PALM BEACH FL 33409 | 6356<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $50,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 107061<br>CHANEY, RHONDA K<br>6729 ROBERTS AVE<br>BALTIMORE MD 21222 | 7855<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 392372<br>CHAPMAN, QUIDA L<br>C/O BROBSTON & BROBSTON, PC<br>ATTN E L BROBSTON, ESQ<br>304 NORTH 18TH STREET<br>BESSEMER AL 35020 | 2615<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392707<br>CLEATON, NATHAN<br>C/O MOSKOWITZ & CARRAWAY, PC<br>ATTN LARA GARDNER ZELSKI, ESQ<br>8097 ROSWELL ROAD, STE 200<br>PO BOX 501417<br>ATLANTA GA 31150 | 11473<br>**Debtor:** WINN-DIXIE STORES, INC. | $20,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 109130<br>CLEMENTS, SUEANN D<br>4902 MONROE HWY, LOT C<br>PINEVILLE LA 71360<br>Counsel: ATTN PHILIP G HUNTER, ESQ | 7078<br>**Debtor:** WINN-DIXIE STORES, INC. | $500,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391364<br>COFFING, JOHN R<br>C/O LANCASTER & EURE, PA<br>ATTN P PYSCZYNSKI/A LANCASTER, ESQS<br>711 N WASHINGTON BLVD<br>PO DRAWER 4257<br>SARASOTA FL 34230 | 11992<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 386242<br>COLE, LAWRENCE<br>241 DARTMOUTH AVENUE<br>SPRING HILL FL 34606 | 4818<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 386220<br>COLLINS, CHARLENE<br>2340 10TH COURT SOUTH, APT A-6<br>BHAM AL 35205<br>Counsel: ATTN FERRIS S RITCHEY, III ESQ | 7500<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 410828<br>COMMUNITY CHIROPRACTOR CENTER<br>ATTN STACY FITZGERALD, OFFICE MGR<br>601 E 6TH STREET<br>PANAMA CITY FL 32401 | 9851<br>**Debtor:** WINN-DIXIE STORES, INC. | $2,705.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 393152<br>CONNER, JOHN<br>C/O JODI BRENNER GINSBERG, ESQ<br>PO BOX 88868<br>ATLANTA GA 30356 | 11017<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 391513<br>COOK, BELINDA<br>C/O BYRD & WISER<br>ATTN MATTHEW G MESTAYER, ESQ<br>PO BOX 1939<br>BILOXI MS 39533 | 1865<br>Debtor: | $158,013.00<br>**WINN-DIXIE STORES, INC.** | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 112476<br>COTTIER, CAROL P<br>23337 OSCAR STREET<br>MANDEVILLE LA 70448 | 11526<br>Debtor: | $40,000.00<br>**WINN-DIXIE STORES, INC.** | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391677<br>CRABTREE, KENNY<br>C/O MORGAN COLLING & GILBERT<br>ATTN HENRY MOWRY, ESQ<br>815 S MAIN STREET, SUITE 301<br>JACKSONVILLE FL 32207 | 4124<br>Debtor: | $50,000.00<br>**WINN-DIXIE STORES, INC.** | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 19862<br>DAVADI, ELISA A<br>C/O FRIEDMAN, RODMAN & FRANK, PA<br>ATTN RONALD RODMAN, ESQ<br>3636 WEST FLAGLER STREET<br>MIAMI FL 33135 | 9810<br>Debtor: | $250,000.00<br>**WINN-DIXIE STORES, INC.** | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 410563<br>DAVIS, BERTHINE RHONE<br>C/O WHITEHURST & WHITEHURST<br>ATTN J PAUL WHITEHURST, ESQ<br>1955 22ND STREET<br>NORTHPORT AL 35476 | 8908<br>**Debtor: WINN-DIXIE STORES, INC.** | $587,875.45 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 393525<br>DAVIS, CYNTHIA D KIRBY<br>C/O LECLAIR RYAN FLIPPIN DENSMORE<br>ATTN RICHARD D SCOTT, ESQ<br>1800 WACHOVIA TOWER, DRAWER 1200<br>ROANOKE VA 24006 | 8463<br>**Debtor: WINN-DIXIE RALEIGH, INC.** | $120,725.22 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391569<br>DAVIS, EDWARD<br>C/O FRANK M CAUTHEN, JR, PC<br>ATTN FRANK M CAUTHEN, JR, ESQ<br>601 GREENSBORO AVENUE, STE 1-A<br>TUSCALOOSA AL 35401 | 9480<br>**Debtor: WINN-DIXIE MONTGOMERY, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 393362<br>DAVIS, THELMA<br>C/O SARTAIN, MCKAY & CROWELL, LLP<br>ATTN RAYMOND CROWELL, ESQ<br>915 INTERSTATE RIDGE DR, STE A<br>GAINESVILLE GA 30501 | 10723<br>**Debtor: DEEP SOUTH PRODUCTS, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 386216<br>DEAL, RONALD<br>412 KELLY LANE<br>MILL SPRING NC 28756 | 6060<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 393376<br>DERRYBERRY, DELORSE<br>C/O HARRISS & HARTMAN LAW FIRM PC<br>ATTN BRENT JAMES, ESQ<br>200 MCFARLAND BUILDING<br>PO DRAWER 220<br>ROSSVILLE GA 30741 | 10444<br>**Debtor:** **WINN-DIXIE MONTGOMERY, INC.** | $101,080.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 119714<br>DINET, ERNEST<br>4346 MELIS<br>PORT CHARLOTTE FL 33952<br>Counsel: ATTN BRIAN O SUTTER, ESQ. | 11573<br>**Debtor:** **WINN-DIXIE SUPERMARKETS, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 410524<br>DUBOUR, JOHN<br>C/O ROSENBERG & ROSENBERG, PA<br>ATTN PAUL S ROSENBERG, ESQ<br>2501 HOLLYWOOD BLVD, SUITE 110<br>HOLLYWOOD FL 33020 | 8485<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $200,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 386293<br>DURAND, LINDA<br>3320 MILWAUKEE AVENUE<br>W MELBOURNE FL 32904<br>Counsel: 2200 S BABCOCK STREET | 3754<br>**Debtor:** WINN-DIXIE SUPERMARKETS, INC. | $50,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 23356<br>DWIGHT, MARY E<br>556 RIGGS ST<br>ORANGEBURG SC 29115 | 10794<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391354<br>DYALS, JOSEPH<br>C/O CAGLIANONE, MILLER & ANTHONY<br>ATTN BRIAN J ANTHONY, ESQ<br>816 W DR MARTIN LUTHER KING JR BLVD<br>TAMPA FL 33603 | 6300<br>**Debtor:** WINN-DIXIE STORES, INC. | $500,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 393389<br>EDSON, MARGARET<br>C/O BURNETTI, PA<br>ATTN RAYMOND F AYRES, II ESQ<br>211 SOUTH FLORIDA AVE<br>LAKELAND FL 33801-4621 | 4823<br>**Debtor:** WINN-DIXIE STORES, INC. | $250,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 386347<br>ELLIOTT, CLARISSA<br>119 SIOUX AVENUE<br>INTERLACHEN FL 32148 | 6348<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 386278<br>ERMEL, CARLA<br>PO BOX 86<br>CEDAR KEY FL 32625 | 5571<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392072<br>ESKRIDGE, GORDON<br>C/O MASNIKOFF & STERNBERG, PA<br>ATTN LYLE MASNIKOFF, ESQ<br>560 VILLAGE BLVD, SUITE 345<br>WEST PALM BCH FL 33409 | 6357<br>**Debtor:** WINN-DIXIE STORES, INC. | $50,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391615<br>EVANS, DONNA<br>C/O AVERA & AVERA, PA<br>ATTN LYNNE SHIGO, ESQ<br>PO BOX 2519<br>GAINESVILLE FL 32602 | 3578<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

Page: 17 of 57
Date: 10/04/2006

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 387554<br>EVANS, TAMIKA<br>2055 HOLMES DRIVE<br>MOBILE AL 36605 | 3016<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $22,215.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392096<br>EXILUS, MARIE<br>C/O BRUCE A GLOTZER, PA<br>ATTN MICHAEL GOLDSTEIN, ESQ<br>5295 TOWN CENTER RD, STE 201<br>BOCA RATON FL 33486-1080 | 5867<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392393<br>FAIRCHILD, MICHAEL<br>C/O YOUNCE HOPPER VTIPIL & BRADFORD<br>ATTN JANE BEST OR D VTIPIL, ESQS<br>3701 LAKE BOONE TRL STE 300<br>RALEIGH NC 27607-3061 | 2251<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392420<br>FLETCHER, PATRICIA<br>C/O CHAMBERS & RICE<br>ATTN CHARLES B RICE, ESQ<br>PO BOX 536<br>HOMERVILLE GA 31634 | 9390<br>Debtor: WINN-DIXIE STORES, INC. | $50,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 389985<br>FRANCISCO, JIM<br>285-A MAIN BLVD<br>BOYNTON BEACH FL 33435 | 4334<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 408241<br>FREEMAN, JENNIFER<br>633 PIEDMONT RD<br>BARNESVILLE GA 30204 | 6743<br>**Debtor:** WINN-DIXIE STORES, INC. | $157.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 393367<br>FRITTS, ELIZABETH<br>C/O GEORGE & WALLACH, LLP<br>ATTN A WALLACH OR E FRITTS, ESQS<br>637 MAIN STREET<br>PO BOX 488<br>FOREST PARK GA 30298-0488 | 2810<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392081<br>FUDGE, WILLIE<br>C/O PAUL F HARTSFIELD, JR, ESQ<br>4913 NORTH MONROE STREET<br>TALLAHASSEE FL 32303 | 11464<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 391506<br>GADDIS, ROWENA<br>C/O WILL PARKER, ESQ<br>911 26TH AVENUE<br>PO BOX 5733<br>MERIDIAN MS 39302-5733 | 7492<br>**Debtor:** WINN-DIXIE STORES, INC. | $200,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 386587<br>GASSMAN, THERESA<br>C/O MORRIS CARY ANDREWS ET AL<br>ATTN TRACY W CARY, ESQ<br>3334 ROSS CLARK CIRCLE<br>DOTHAN AL 36303 | 1662<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 393651<br>GAUTHREAUX, TAMARA<br>C/O MAGER A VARNADO<br>ATTN MAGER A VARNADO, ESQ<br>P.O. BOX 1807<br>GULFPORT MS 39502 | 1838<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392652<br>GIACCONE, BILL<br>C/O FRANK A BRUNO, ESQ<br>807 HOWARD AVENUE<br>NEW ORLEANS LA 70113 | 1903<br>**Debtor:** WINN-DIXIE STORES, INC. | $150,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 405941<br>GIORDANO, RICHARD<br>C/O DAVID M BENENFELD, PA<br>ATTN DAVID M BENENFELD, ESQ<br>5950 W OAKLAND PARK BLVD, SUITE 310<br>LAUDERHILL FL 33313 | 5813<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $150,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391549<br>GLAGOLA, EMMA<br>C/O MURPHY & CLAY<br>ATTN JACK E CLAY, ESQ<br>8337 OFFICE PARK DRIVE<br>PO BOX 1323<br>DOUGLASVILLE GA 30133 | 2511<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $150,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391994<br>GOAD, CHARLOTTE A<br>C/O HARRIS AND RIVIERE<br>ATTN LESLIE C RIVIERE, ESQ<br>OLD HYDE PARK<br>304 SOUTH FIELDING AVENUE<br>TAMPA FL 33606-2225 | 1246<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $40,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 389492<br>GONZALEZ, BONIFACIA<br>6178 SHERWOOD LANE N WAY, APT 14<br>WEST PALM BEACH FL 33415<br>Counsel: ATTN DAVID M BENENBELD, ESQ | 5812<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $140,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 392658<br>GONZALEZ, BRIGITTE<br>C/O CARL CARRILLO, PA<br>ATTN CARL CARRILLO, ESQ<br>106 NW 2ND AVENUE<br>GAINESVILLE FL 32601 | 3664<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392658<br>GONZALEZ, BRIGITTE<br>C/O CARL CARRILLO, PA<br>ATTN CARL CARRILLO, ESQ<br>106 NW 2ND AVENUE<br>GAINESVILLE FL 32601 | 3665<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392142<br>GONZALEZ, PABLO<br>C/O DAVID SNYDER LAW OFFICES<br>ATTN DAVID SNYDER, ESQ<br>2340 S DIXIE HIGHWAY<br>MIAMI FL 33133 | 1101<br>**Debtor:** WINN-DIXIE STORES, INC. | $5,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 135189<br>GONZALEZ, WESLEY<br>2444 BECK CIRCLE<br>DELTONA FL 32738<br>Counsel: ATTN DARREN COLEMAN, ESQ. | 9861<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 136582<br>GRAY, STEVE F<br>29 PICKETT STREET<br>MONTGOMERY AL 36110 | 6695<br>**Debtor:** | $4,535.00<br>**WINN-DIXIE STORES, INC.** | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 400521<br>HALL, JOEY<br>C/O JAMES A JOHNSON, PC<br>ATTN HENDRIK S SNOW, ESQ<br>21 N FLORIDA ST<br>MOBILE AL 36607 | 6806<br>**Debtor:** | $150,000.00<br>**WINN-DIXIE MONTGOMERY, INC.** | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 393668<br>HAMRICK, JESSIE MAE<br>C/O BYRD & WISER<br>ATTN MATHEW MESTAYER, ESQ<br>PO BOX 1939<br>BIXOLI MS 39533 | 1868<br>**Debtor:** | $158,013.00<br>**WINN-DIXIE STORES, INC.** | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391492<br>HARGETT, ETHELRENE<br>900 HABERSHAM ROAD<br>VALDOSTA GA 31602<br>Counsel: ATTN DETRIA CARTER POWELL, ESQ | 5324<br>**Debtor:** | $500,000.00<br>**WINN-DIXIE STORES, INC.** | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 392682<br>HARRISON, STEPHEN<br>C/O CHAPPELL, SMITH & ARDEN, PA<br>ATTN WILLIAM L SMITH II, ESQ<br>PO BOX 12330<br>COLUMBIA SC 29211 | 2991<br>**Debtor:** **WINN-DIXIE RALEIGH, INC.** | $200,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 33361<br>HARRISON, VANESSA D<br>1202 RIDGEWOOD AVENUE, APT 252<br>HOLLY HILL FL 32117<br>Counsel: ATTN JONATHAN I ROTSTEIN, ESQ | 2294<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $200,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 387478<br>HEISHMAN, REBECCA<br>2000 BRENT PLACE<br>PALM HARBOR FL 34683<br>Counsel: ATTN FRANK JOHNSON, ESQ | 3363<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 387750<br>HENDERSON, WILLIAM<br>14899 AGUILA AVENUE<br>FORT PIERCE FL 34951 | 8013<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 389994<br>HENDRIX, CHRIS<br>3738 STONEBRIDGE DRIVE<br>WEATHERFOD TX 76085 | 11566<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 388622<br>HERRERA, MARIA<br>C/O LAW OFFICE OF RAUL DE LA HERIA<br>ATTN RAUL DE LA HERIA, ESQ<br>770 NW 35TH AVENUE<br>MIAMI FL 33125 | 2912<br>**Debtor:** WINN-DIXIE STORES, INC. | $250,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392375<br>HESTER, PATRICIA<br>C/O WILL PARKER, ESQ<br>PO BOX 5733<br>MERIDIAN MS 39302-5733 | 7455<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $250,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 393508<br>HINCHMAN, DEBRA<br>C/O DANIEL BECNEL, III, LAW OFFICE<br>ATTN DANIEL BECNEL, III, ESQ<br>425 W AIRLINE HWY, SUITE B<br>LAPLACE LA 70068 | 10644<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 393370<br>HODGES, KENNETH<br>C/O LAW OFFICES OF MELINDA KATZ<br>ATTN MELINDA KATZ, ESQ<br>210 SOUTH BROAD STREET<br>THOMASVILLE GA 31792 | 3551<br>**Debtor:** WINN-DIXIE STORES, INC. | $125,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 386815<br>HORTON, STACY<br>6200 JUMPING GULLY ROAD<br>VALDOSTA GA 31601<br>Counsel: ATTN KARK WALKE, ESQ | 10692<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 389705<br>HOUK, REGINA<br>2702 EAST LAMAR ALEXANDER PARK<br>MARYVILLE TN 37804 | 7952<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392043<br>HUFF, TERESA<br>YOUNCE, HOPPER, VTIPIL & BRADFORD<br>ATTN ROBERT C YOUNCE, JR, ESQ<br>3701 LAKE BOONE TRL STE 300<br>RALEIGH NC 27607-3061 | 3613<br>**Debtor:** WINN-DIXIE STORES, INC. | $405,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 399797<br>HUGHES, THERESA<br>C/O MORRIS CARY ANDREWS ET AL<br>ATTN TRACY W CARY, ESQ<br>3334 ROSS CLARK CIRCLE<br>DOTHAN AL 36303 | 229<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392019<br>HUTSON, KENNETH<br>C/O BARRS WILLIAMSON STOLBERG ET AL<br>ATTN MELISSA S WIEGNER, ESQ<br>2503 WEST SWANN AVENUE<br>TAMPA FL 33609-4017 | 7017<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 37470<br>HUXEN, JAMES R<br>6880 JEFFERSON HWY<br>HARAHAN LA 70123 | 2212<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 388149<br>ISLAM, SHEIKH<br>2505 SPRING HARBOR CIR APT 8<br>MOUNT DORA FL 32757-1906<br>Counsel: ATTN RONALD H WATSON, ESQ | 11088<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 400276<br>JETSON, JAMES<br>C/O JAMES A JOHNSON, PC<br>ATTN HENDRIK S SNOW, ESQ<br>21 N FLORIDA STREET<br>MOBILE AL 36607 | 6807<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $150,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391688<br>JIMENEZ, BETHANN<br>C/O BACON LAW FIRM<br>ATTN GARY A BACON, ESQ<br>100 MARINERS DRIVE, SUITE C<br>KINGSLAND GA 31548 | 3642<br>**Debtor:** WINN-DIXIE STORES, INC. | $50,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 386711<br>JOHNS, JUDY<br>736 LOUELLA STREET<br>NEW SMYRNA BEACH FL 32168 | 9258<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 386744<br>JOHNSON, SHEILA<br>6668 MOUNT ZION BLVD APT G83<br>MORROW GA 30260-2800 | 4909<br>**Debtor:** WINN-DIXIE STORES, INC. | $5,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 387462<br>JOHNSON, SYLVIA<br>180 S BAGGETT CIRCLE<br>BREWTON AL 36426 | 6932<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391478<br>JONES, CATHERINE<br>C/O JOHNSON & ASSOCIATES LAW OFFICE<br>ATTN GRETA R JOHNSON, ESQ<br>PO BOX 356<br>JACKSON MS 39205-0356 | 1991<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391582<br>KEEBLER, FREDERICK<br>C/O LANCASTER & EURE, PA<br>ATTN ALEX LANCASTER, ESQ.<br>PO DRAWER 4257<br>SARASOTA FL 34230 | 11990<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391408<br>KING, LARRY E<br>PO BOX 1201<br>DAVIDSON NC 28036<br>Counsel: ATTN WILLIAM D ACTON, ESQ | 6113<br>**Debtor:** **WINN-DIXIE RALEIGH, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 392364<br>KING, MARTHA A<br>C/O JEFFREY HELMS, PA<br>ATTN JEFFREY HELMS, ESQ<br>PO BOX 537<br>HOMERVILLE GA 31634 | 6873<br>**Debtor:** **CRACKIN' GOOD, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392361<br>KING, PHILIP J<br>C/O DAN HIGHTOWER, PA<br>ATTN DANIEL HIGHTOWER, ESQ<br>7 E SILVER SPRINGS BLVD #300<br>PO BOX 700<br>OCALA FL 34478-0700 | 2329<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391643<br>KRISTOFF, PAM<br>C/O CHAMBERS & RICE<br>ATTN THOMAS CHAMBERS,III, ESQ<br>PO BOX 536<br>HOMERVILLE GA 31634 | 9391<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $125,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 390424<br>KROGMAN, DONALD W<br>5 OCEAN AVENUE<br>BARNEGAT NJ 08005 | 5966<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 43292<br>LAMINACK, LEWIS J<br>493 WALKER RD<br>FITZGERALD GA 31750 | 4350<br>**Debtor:** DEEP SOUTH PRODUCTS, INC. | $10,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392033<br>LANCE, FRANCES<br>C/O HARRISS & HARTMAN LAW FIRM, PC<br>ATTN ROBERT HARRISS, ESQ<br>200 MCFARLAND BUILDING<br>PO DRAWER 220<br>ROSSVILLE GA 30741 | 6699<br>**Debtor:** WINN-DIXIE STORES, INC. | $126,724.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 410523<br>LAW, TRAVIS<br>C/O ROSENBERG & ROSENBERG, PA<br>ATTN PAUL S ROSENBERG, ESQ<br>2501 HOLLYWOOD BLVD, SUITE 110<br>HOLLYWOOD FL 33020 | 8483<br>**Debtor:** WINN-DIXIE STORES, INC. | $100,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391683<br>LEWIS, BARBARA<br>C/O LAW OFFICES OF DAVID SACKS<br>ATTN DAVID SACKS, ESQ<br>1824 ATLANTIC BLVD<br>JACKSONVILLE FL 32207 | 1772<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

Page: 31 of 57
Date: 10/04/2006

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 392091<br>LITTLE, WILLIE<br>C/O BRYAN S BLACKWELL, PC<br>ATTN BRYAN S BLACKWELL, ESQ<br>279 WEST MAIN STREET, SUITE 5<br>DOTHAN AL 36301 | 1153<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392416<br>LONG, DOTTIE<br>C/O WHIBBS & WHIBBS, PA<br>ATTN J DONOVAN WHIBBS, ESQ<br>105 EAST GREGORY SQUARE<br>PENSACOLA FL 32502 | 2431<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392416<br>LONG, DOTTIE<br>C/O WHIBBS & WHIBBS, PA<br>ATTN J DONOVAN WHIBBS, ESQ<br>105 EAST GREGORY SQUARE<br>PENSACOLA FL 32502 | 2432<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 389422<br>LOPEZ, AZZIE<br>3551 CARTERHILL ROAD, APT F207<br>MONTGOMERY AL 36111 | 4384<br>**Debtor:** WINN-DIXIE STORES, INC. | $1,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 400096<br>LOREDO, REGULO<br>5831 SW 9TH, APT 5A<br>MIAMI FL 33144 | 1922<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 387486<br>LUNDY, SANDRA<br>810 NE HIGHWAY 41<br>WILLISTON FL 32696 | 2150<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 393146<br>MALDONADO, WALDEMAR<br>C/O TONY C FRANCIS, PA<br>ATTN TONY FRANCIS, ESQ<br>PO BOX 771243<br>ORLANDO FL 32877-1243 | 7569<br>Debtor: WINN-DIXIE STORES, INC. | $50,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 386862<br>MARCOS, ZULMA<br>2779 10TH AVE N, APT 108<br>PALM SPRINGS FL 33461 | 2230<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 391592<br>MARS, ETTA M<br>C/O JOHN P MONEYHAM, PA<br>ATTN JOHN P MONEYHAM, ESQ<br>600 JENKS AVENUE<br>PO BOX 31<br>PANAMA CITY FL 32402 | 4324<br>**Debtor:** | $400,000.00<br>**WINN-DIXIE STORES, INC.** | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392042<br>MARSHALL, JEANETTE<br>C/O HENDRICK & RHODES<br>ATTN ANNETTE RHODES<br>PO BOX 956<br>FUQUAY-VARINA NC 27526<br>Counsel: ATTN RICHARD D SPARKMAN, ESQ. | 6824<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 394083<br>MASON, ANGELA J<br>C/O DANIEL L HIGHTOWER, PA<br>7 EAST SILVER SPRINGS BLVD<br>OCALA FL 34470 | 1732<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 386271<br>MAULDIN, DELORES<br>6799 NE 55TH AVENUE<br>HIGH SPRINGS FL 32643<br>Counsel: ATTN BARRY D GRAVES, ESQ | 6140<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 392048<br>MCLAREN, WILLIAM<br>C/O LANCASTER & EURE, PA<br>ATTN ALEX LANCASTER, ESQ<br>PO DRAWER 4257<br>SARASOTA FL 34230 | 11991<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 50054<br>MCMICKENS, RONALD F<br>5120 HILLSIDE DR<br>FAIRFIELD AL 35064 | 9457<br>**Debtor: WINN-DIXIE SUPERMARKETS, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 400278<br>MCNEIL, FREDDIE<br>C/O JAMES A JOHNSON, PC<br>ATTN HENDRIK S SNOW, ESQ<br>21 N FLORIDA STREET<br>MOBILE AL 36607 | 6802<br>**Debtor: WINN-DIXIE MONTGOMERY, INC.** | $150,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 175756<br>MCREYNOLDS, WILLIAM A<br>5064 COUNTY ROAD, APT 9<br>VERNON AL 35592 | 4701<br>**Debtor: WINN-DIXIE MONTGOMERY, INC.** | $3,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 176694<br>MERCER, LARRY R<br>PO BOX 671<br>COTTONWOOD AL 36320 | 8119<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391579<br>MISHLER, BRENDA<br>C/O RARDON RODRIGUEZ & ASSOCS, PA<br>ATTN ROSE TAPIA, ESQ<br>3918 N HIGHKAND AVE<br>TAMPA FL 33602 | 5958<br>**Debtor:** WINN-DIXIE STORES, INC. | $500,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 52207<br>MONROE, RUFUS L<br>342 SE 10TH ST<br>WILLISTON FL 32696-2826 | 2688<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 393138<br>MORRISON, PATRICIA<br>C/O SMITH HANNAN & PARKER, PC<br>ATTN JAMES R SMITH, JR, ESQ<br>PO BOX 5408<br>VALDOSTA GA 31603-5408 | 9513<br>**Debtor:** CRACKIN' GOOD, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 392034<br>MORTIMER, EDMUND<br>C/O MALCA & JACOBS, PA<br>ATTN JEFFREY I JACOBS, ESQ<br>5975 SUNSET DRIVE, SUITE 801<br>SOUTH MIAMI FL 33143 | 3818<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 387768<br>MUCCIARONE, LINDA<br>1096 ORCHARD DRIVE<br>FORT MILL SC 29715 | 3847<br>**Debtor:** WINN-DIXIE STORES, INC. | $250,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 410712<br>MYLES, CHARLES<br>C/O STEVENS & WARD, PA<br>ATTN RODERICK D WARD III, ESQ<br>1855 LAKELAND DRIVE, SUITE P-121<br>JACKSON MS 39216 | 9530<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 410712<br>MYLES, CHARLES<br>C/O STEVENS & WARD, PA<br>ATTN RODERICK D WARD III, ESQ<br>1855 LAKELAND DRIVE, SUITE P-121<br>JACKSON MS 39216 | 9531<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 393531<br>NESBIT, WENDY<br>C/O SALLEY LAW FIRM<br>ATTN WILLIAM B SALLEY JR ESQ<br>PO BOX 925<br>LEXINGTON SC 29071 | 10579<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 184544<br>NICKAS, MARY R<br>C/O PARKER LAW FIRM, LLC<br>ATTN BRENT L PARKER, ESQ<br>PO BOX 265<br>GRANT AL 35747 | 10758<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $150,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 393391<br>NONORME, BLOUSSEY<br>C/O TONY C FRANCIS, PA<br>ATTN TONY FRANCIS, ESQ<br>PO BOX 771243<br>ORLANDO FL 32877-1243 | 7566<br>**Debtor:** WINN-DIXIE STORES, INC. | $10,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 389997<br>NORTON, MALCOLM<br>PO BOX 190<br>COLEMAN FL 33521 | 6843<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 393118<br>NORTON, SHEENA<br>C/O BUZZELL, GRAHAM AND WELSH<br>ATTN STEPHEN M WELSH, ESQ<br>563 WALNUT STREET<br>PO BOX 1017<br>MACON GA 31202-1017 | 10401<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392399<br>OATES, THEO<br>C/O AVERA & AVERA<br>ATTN LANCE AVERA, ESQ<br>PO BOX 2519<br>GAINESVILLE FL 32602-2519 | 4790<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 400280<br>OLIVER, CURTIS<br>C/O JAMES A JOHNSON, PC<br>ATTN HENDRIK S SNOW, ESQ<br>21 N FLORIDA STREET<br>MOBILE AL 36607 | 6803<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $180,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392433<br>PACHECO, ADOLFO<br>C/O SIRKIN & CUELLO<br>ATTN ALEX CUELLO, ESQ<br>8603 SOUTH DIXIE HIGHWAY, SUITE 412<br>MIAMI FL 33143 | 1815<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 410775<br>PARISH, TERRI<br>2114 BREWER ROAD<br>CRYSTALS SPRINGS MS 39059 | 10958<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391570<br>PASSALACQUA, RITA<br>C/O VASSALLO & BILOTTA, PA<br>ATTN JOSHUA VOLPE, ESQ<br>1630 SOUTH CONGRESS AVE<br>PALM SPRINGS FL 33461 | 10741<br>**Debtor:** WINN-DIXIE STORES, INC. | $150,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 190982<br>PERKINS, ELNORA M<br>2416 FOREST OAKS LANE, APT 114<br>ARLINGTON TX 76006 | 5671<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 388320<br>PERRY, LORENCE<br>619 RENEE ST<br>ALEXANDRIA LA 71302<br>Counsel: ATTN BARRY BARNETT, ESQ | 9498<br>**Debtor:** WINN-DIXIE STORES, INC. | $124,412.88 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 388585<br>PHELPS, KELLY MILLER<br>15816 REDINGTON DRIVE<br>REDINGTON BEACH FL 33708 | 9983<br>**Debtor:** WINN-DIXIE SUPERMARKETS, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 389971<br>PHELPS, ROBERT C<br>PO BOX 278<br>CHIEFLAND FL 32644 | 3152<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392693<br>PRATT, TIMOTHY<br>2050 CASS STREET<br>SARASOTA FL 34231 | 4222<br>**Debtor:** WINN-DIXIE STORES, INC. | $1,000,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 197709<br>REED, ELBERT<br>3710 NE 12TH ST<br>GAINESVILLE FL 32609 | 9270<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 389709<br>RESNIKOFF, JEANNI<br>1119 FAIRLAND AVENUE<br>PANAMA CITY FL 32401 | 7553<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 199163<br>RICHARD, GWENDOLYN E<br>2970 ROSSELLE ST<br>JACKSONVILLE FL 32205<br>Counsel: ATTN JOHN CORRISS, ESQ | 5334<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 393515<br>RIGGINS, CAROL L<br>C/O THOMAS & LAWRENCE, PA<br>ATTN GREGORY A LAWRENCE, ESQ<br>300 W ADAMS STREET, STE 400<br>JACKSONVILLE FL 32202 | 4494<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391637<br>RIVERS, WILLIE MAE<br>C/O PAUL C BARTLEY, LLC<br>ATTN PAUL C BARTLEY, ESQ<br>608 S HULL STREET<br>MONTGOMERY AL 36104 | 9797<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 390198<br>ROBERTS, IRMA<br>5013 SILVER OAK DRIVE<br>FT. PIERCE FL 34982 | 11453<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 393090<br>ROBERTS, MARILYN<br>C/O WALTON & GREEN, LLC<br>ATTN RANDY WALTON, ESQ<br>953 DAUPHIN STREET<br>PO BOX 470<br>MOBILE AL 36601 | 2735<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 400277<br>ROCKER, DAVID<br>C/O JAMES A JOHNSON, PC<br>ATTN HENDRIK S SNOW, ESQ<br>21 N FLORIDA STREET<br>MOBILE AL 36607 | 6804<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $150,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 389768<br>RODENBURG, LILLIAN<br>7406 HOLIDAY DR.<br>SPRING HILL FL 34606<br>Counsel: ATTN MICHAEL T KEOUGH, ESQ | 5898<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 392051<br>RODRIGUEZ, RAFAEL<br>C/O ALEX CUELLO, ESQ<br>8603 S DIXIE HIGHWAY<br>MIAMI FL 33143 | 1822<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392657<br>RUSSELL, DAVID<br>C/O MAYNARD & HARRIS<br>ATTN C DOUGLAS MAYNARD JR, ESQ<br>514 S STRATFORD ROAD, SUITE 321<br>WINSTON SALEM NC 27103 | 3801<br>**Debtor:** | $250,000.00<br>**WINN-DIXIE STORES, INC.** | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 65090<br>RUSSELL, LEONARD<br>3703 MONROE ST<br>NEW ORLEANS LA 70119 | 7496<br>**Debtor:** | $5,218.89<br>**WINN-DIXIE STORES, INC.** | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392379<br>RUSSELL, RICHARD<br>C/O ROTSTEIN & SHIFFMAN, LLP<br>ATTN J ROTSTEIN OR M SHIFFMAN, ESQS<br>309 OAKRIDGE BLVD, SUITE B<br>DAYTONA BEACH FL 32118 | 2694<br>**Debtor:** | $5,000.00<br>**WINN-DIXIE STORES, INC.** | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 392099<br>SANCHEZ, ROCIO JULAIO<br>C/O DAVID M BENENFELD, PA<br>ATTN DAVID M BENEFELD, ESQ<br>5950 W OAKLAND PARK BLVD, SUITE 310<br>LAUDERHILL FL 33313 | 5789<br>**Debtor: WINN-DIXIE STORES, INC.** | $5,750.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391561<br>SANTIAGO, CARLOS<br>C/O FINDLER & FINDLER, PA<br>ATTN LISSA JOLIVERT-FORSEY, ESQ<br>3 HARVARD CIRCLE, SUITE 100<br>WEST PALM BEACH FL 33409 | 2242<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 207138<br>SCHIERBAUM, HELEN A<br>329 LAURENO PL<br>PANAMA CITY BEACH FL 32413<br>Counsel: ATTN J ROD CAMERON, ESQ | 1362<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391483<br>SCOTT, CHARLOTTE<br>C/O PELHAM & ANDREWS<br>ATTN RANDY PELHAM, ESQ<br>1982 CAPITAL CIRCLE, NE<br>TALLAHASSEE FL 32308 | 1251<br>**Debtor: WINN-DIXIE MONTGOMERY, INC.** | $8,875.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 392676<br>SCOTT, GERALD<br>C/O FRANK M EIDSON, PA<br>ATTN FRANK M EIDSON, ESQ<br>PO BOX 4908<br>ORLANDO FL 32802-4908 | 3668<br>**Debtor:** | $436,057.83<br>**WINN-DIXIE STORES, INC.** | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 410894<br>SHARFMAN, MARC I. MD<br>1936 LEE ROAD, SUITE 137<br>WINTER PARK FL 32789 | 10034<br>**Debtor:** | $1,035.00<br>**WINN-DIXIE STORES, INC.** | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 386662<br>SHEARER, KAREN<br>657 HARVEY DALE DRIVE<br>FAYETTEVILLE NC 28301 | 4321<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 210615<br>SILBERNAGEL, TAMMY L<br>316 EVELYN DRIVE<br>LULING LA 70070<br>Counsel: ATTN VIJAY VENKATARAMAN, ESQ. | 11539<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

Page: 46 of 57
Date: 10/04/2006

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 387456<br>SIMS, DORIS J<br>281 FAYE POTTS ROAD<br>CLARKESVILLE GA 30523 | 6681<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 68473<br>SIMS, JOSEPHINE<br>469 HEMLOCK AVE<br>ROCK HILL SC 29730 | 9373<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392067<br>SMARTT, ROHLANDA<br>C/O ROTSTEIN & SHIFFMAN, LLP<br>ATTN MICHAEL A SHIFFMAN, ESQ<br>309 OAKRIDGE BLVD, SUITE B<br>DAYTONA BEACH FL 32118 | 2692<br>**Debtor:** WINN-DIXIE STORES, INC. | $500,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 393400<br>SMILEY, WANDA<br>C/O BERNSTEIN & MARYANOFF<br>ATTN JACOB MALDONADO, ESQ<br>15055 SW 122ND AVENUE<br>MIAMI FL 33186 | 1691<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 393100<br>SMITH, JACQUELYN<br>C/O PATTERSON HARKAVY, LLP<br>ATTN VALERIE JOHNSON, ESQ<br>BOX 27927<br>RALEIGH NC 27611 | 11457<br>Debtor: **WINN-DIXIE STORES, INC.** | $20,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391552<br>SMITH, MARTINO R<br>C/O DON H BUMGARDNER<br>PO BOX 1375<br>GASTONIA NC 28053-1375 | 10377<br>Debtor: **WINN-DIXIE STORES, INC.** | $1,019,250.96 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 69821<br>SMITH, WILLIE<br>2121 COUNCIL ST<br>MONTGOMERY AL 36108<br>Counsel: ATTN STEVEN P FLOYD, ESQ | 5310<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 390027<br>SOILEAU, PAULA<br>420 COTTON STREET<br>EUNICE LA 70535<br>Counsel: ATTN I JACKSON BURSON JR, ESQ | 1692<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 70392<br>SPENCER, VICKIE J<br>651 NE 139TH TERR<br>WILLISTON FL 32696 | 9357<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392095<br>STENGELE, JOE<br>134 ANDERSON STREET<br>CARTHAGE NC 28327<br>Counsel: ATTN SUSAN E RHODES, ESQ | 2872<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391545<br>STOKES, CHRISTOPHER<br>C/O JOSEPH M MAUS, PA<br>ATTN JOSEPH M MAUS, ESQ<br>750 EAST SAMPLE ROAD, SUITE 2-102<br>POMPANO BEACH FL 33064 | 2421<br>**Debtor:** WINN-DIXIE STORES, INC. | $150,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 393108<br>STRICKLAND, SANDRA D<br>C/O LAW OFFICES OF BURNETTE, PA<br>ATTN M J LOPEZ/ R R AYRES, II, ESQS<br>211 SOUTH FLORIDA AVENUE<br>LAKELAND FL 33801 | 4528<br>**Debtor:** WINN-DIXIE STORES, INC. | $250,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 391576<br>SWAFFORD, DORIS<br>C/O HARRISS & HARTMAN LAW FIRM, PC<br>ATTN ROBERT HARRIS, ESQ<br>200 MCFARLAND BUILDING<br>PO DRAWER 220<br>ROSSIVILLE GA 30741 | 6701<br>**Debtor:** | $70,417.80<br>**WINN-DIXIE STORES, INC.** | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391576<br>SWAFFORD, DORIS<br>C/O HARRISS & HARTMAN LAW FIRM, PC<br>ATTN ROBERT HARRIS, ESQ<br>200 MCFARLAND BUILDING<br>PO DRAWER 220<br>ROSSIVILLE GA 30741 | 6833<br>**Debtor:** | $69,818.00<br>**WINN-DIXIE STORES, INC.** | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392797<br>TAYLOR, DALE<br>C/O ANDERSON & HOWELL<br>ATTN ROBERT H ELLIS, ESQ<br>2029 NORTH THIRD STREET<br>JACKSONVILLE BCH FL 32250 | 4761<br>**Debtor:** | $100,000.00<br>**WINN-DIXIE STORES, INC.** | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392656<br>TAYLOR, WILLIAM<br>C/O BLOOM & KINEEAR<br>ATTN WILLIAM J KINNEAR III, ESQ<br>2486 SW 27TH TERRACE<br>MIAMI FL 33133 | 10449<br>**Debtor:** | $171,905.40<br>**WINN-DIXIE STORES, INC.** | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

Page: 50 of 57
Date: 10/04/2006

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 386343<br>TEAL, JUDY<br>23778 PETURIS ROAD<br>LOXLEY AL 36551 | 7948<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 382936<br>THIRD PARTY SOLNS GA, CAROLIN<br>ATTN LINDA TUEDE, MGR<br>PO BOX 17124<br>MEMPHIS, TN 38187-0124 | 10801<br>**Debtor:** KWIK CHEK SUPERMARKETS, INC. | $237.82 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 382936<br>THIRD PARTY SOLNS GA, CAROLIN<br>ATTN LINDA TUEDE, MGR<br>PO BOX 17124<br>MEMPHIS, TN 38187-0124 | 10802<br>**Debtor:** DEEP SOUTH PRODUCTS, INC. | $268.96 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 382936<br>THIRD PARTY SOLNS GA, CAROLIN<br>ATTN LINDA TUEDE, MGR<br>PO BOX 17124<br>MEMPHIS, TN 38187-0124 | 10818<br>**Debtor:** WINN-DIXIE STORES, INC. | $30,398.77 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 221948<br>THOMPKINS, TESSIE M<br>1410 HALL STREET<br>MADISON FL 32340 | 3423<br>**Debtor:** DIXIE PACKERS, INC. | $500.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 222076<br>THOMPSON, CHRISTOPHER H<br>755 A DAN TIBBS ROAD<br>HUNTSVILLE AL 35806 | 11416<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 393130<br>TINDALL, WILLIAM<br>C/O CONNELLY KAERCHER LAW OFFICE<br>ATTN JAMES DUNN, ESQ<br>1610 KENTUCKY HOME LIFE BUILDING<br>LOUISVILLE KY 40202-3208 | 1755<br>**Debtor:** WINN-DIXIE STORES, INC. | $250,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392659<br>TODESCO, JERRY M.<br>C/O FRANK A BRUNO ESQ<br>807 HOWARD AVENUE<br>NEW ORLEANS LA 70113 | 1904<br>**Debtor:** WINN-DIXIE STORES, INC. | $92,500.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 388142<br>TOZIA, MYRTIS<br>5008 ROUND LAKE<br>APOPKA FL 32712 | 2462<br>**Debtor:** WINN-DIXIE SUPERMARKETS, INC. | $50,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391674<br>TROTTER, ELWOOD<br>C/O GEORGE & WALLACH, LLP<br>ATTN ALEX B WALLACH, ESQ<br>637 MAIN STREET<br>PO BOX 488<br>FOREST PARK GA 30298-0488 | 3598<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 225349<br>TYNDALL, WALTON L<br>209 BROOKSIDE DR<br>FORT MILL SC 29715<br>Counsel: ATTN STEVEN D HAYMOND, ESQ | 1837<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 387487<br>VANSANT, PATRICIA<br>BY- PASS 25<br>PO 1346<br>COLUMBIANA AL 35051 | 9346<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 410921<br>VERSAKOS, KEVIN<br>C/O BENJAMIN G MARTIN, ESQ.<br>1620 MAIN STREET, SUITE 1<br>SARASOTA FL 34236 | 10096<br>Debtor: | $50,000.00<br>WINN-DIXIE STORES, INC. | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391365<br>VOORHEES, GEOFFREY M<br>C/O JOHNSON, GILBERT & CAMPS PA<br>ATTN FRANK R JOHNSON, ESQ<br>170 E GRANADA BLVD<br>ORMOND BEACH FL 32176 | 2469<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 387475<br>WAITES, WAYNE A<br>135 MCKINNEY ROAD<br>TALLADEGA AL 35160 | 10774<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 228192<br>WALDER, TINA L<br>4605 EAGLE WAY<br>CRESTVIEW FL 32539<br>Counsel: ATTN JOHN B CARR, ESQ | 7880<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 400470<br>WALKER, JAMES III<br>C/O JAMES A JOHNSON, PC<br>ATTN HENDRIK S SNOW, ESQ<br>21 N FLORIDA STREET<br>MOBILE AL 36607 | 6805<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $150,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 229187<br>WAMBOLT, GARY L<br>1835 OAK RIDGE<br>PERRY FL 32347 | 9275<br>**Debtor:** DIXIE PACKERS, INC. | $10,887.53 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392716<br>WATSON, RYAN<br>C/O BURNETTI, PA<br>ATTN RAYMOND AYRES, II ESQ<br>211 SOUTH FLORIDA AVE<br>LAKELAND FL 33801-4621 | 4828<br>**Debtor:** WINN-DIXIE STORES, INC. | $15,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 386375<br>WENNERSTEN, CHRISTINE DURHAM<br>1733 GLENN DRIVE<br>BLUE MOUND TX 76131-1108 | 7438<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

Page: 55 of 57
Date: 10/04/2006

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 231731<br>WEST, OTIS W<br>2824 AUBURN KNIGHTDALE ROAD<br>RALEIGH NC 27610 | 11559<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391516<br>WHITHEAD, JUDITH<br>C/O SADOW & GOROWITZ, PA<br>ATTN SUZANNE GOROWITZ, ESQ<br>80 SOUTHWEST 8TH STREET, STE 1910<br>MIAMI FL 33130 | 7593<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 386289<br>WHITTENHALL, MARY<br>14891 SE US 19<br>INGLIS FL 34449 | 4134<br>**Debtor:** WINN-DIXIE SUPERMARKETS, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 386370<br>WILLIS, JOYCE<br>PO BOX 498<br>BROWNSVILLE KY 42210 | 4123<br>**Debtor:** WINN-DIXIE STORES, INC. | $95,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 392036<br>WILLIS, NATHANIEL<br>C/O KALO & VERHEUL PA<br>ATTN LISA ANN KALO, ESQ<br>2580 UNIVERSITY PARKWAY<br>SARASOTA FL 34243 | 2426<br>**Debtor:** | $20,000.00<br>**WINN-DIXIE STORES, INC.** | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391493<br>WITHALL, JAMES JR<br>C/O MASNIKOFF & STERNBERG, PA<br>ATTN LYLE MASNIKOFF, ESQ<br>BRANDYWINE CENTRE II<br>560 VILLAGE BLVD, SUITE 345<br>WEST PALM BEACH FL 33409 | 6355<br>**Debtor:** | $50,000.00<br>**WINN-DIXIE STORES, INC.** | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 393659<br>WOOLHOUSE, TIMOTHY<br>C/O JEFFRET J BORDULIS, ESQ<br>182 SOUTH CENTRAL AVE<br>OVIEDO FL 32765 | 10737<br>**Debtor:** | $88,900.00<br>**WINN-DIXIE STORES, INC.** | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 415958<br>WORKING RX<br>ATTN REX HUANG / KIM MIYANO<br>4225 LAKE PARK BLVD, SUITE 400<br>SALT LAKE CITY UT 84120 | 11894<br>**Debtor:** | $19,563.68<br>**WINN-DIXIE STORES, INC.** | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 391443<br>YGLESIAS, FELIX<br>C/O LATOUR & ASSOCIATES, PA<br>ATTN EDUARDO R LATOUR, ESQ<br>135 E LEMON STREET<br>TARPON SPRINGS FL 34689 | 2468<br>Debtor: WINN-DIXIE STORES, INC. | $100,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**Total Claims to be Disallowed:** 225

**Total Amount to be Disallowed:** $16,593,401.31 **Plus Unliquidated Amounts, If Any**

# EXHIBIT D

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT D - MISCLASSIFIED WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED AND RECLASSIFIED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 388705<br>ANGELO, MARY<br>3853 HERSCHEL ST<br>JACKSONVILLE FL 32205<br>Counsel: ATTN EDWARD P JACKSON, ESQ | 11012<br>Debtor: WINN-DIXIE STORES, INC. | $52,251.26 | Priority | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 388705<br>ANGELO, MARY<br>3853 HERSCHEL ST<br>JACKSONVILLE FL 32205<br>Counsel: ATTN EDWARD P JACKSON, ESQ | 11013<br>Debtor: WINN-DIXIE STORES, INC. | $30,000.00 | Priority | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 386245<br>ATES, BUSTER<br>1132 OLD FOSHEE RD<br>BREWTON AL 36426<br>Counsel: ATTN CHARLES R GODWIN, ESQ | 8495<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $0.00 | Secured | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 392001<br>ATWOOD, BETTY<br>C/O JOHN TYLER BALL, PA<br>ATTN JOHN TYLER BALL, ESQ<br>210 MAIN STREET<br>NATCHEZ MS 39121 | 10490<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT D - MISCLASSIFIED WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED AND RECLASSIFIED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 386246<br>BECK, JIMMY<br>1122 4TH AVENUE<br>ATMORE AL 36502<br>Counsel: ATTN CHARLES R GODWIN, ESQ | 8499<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $0.00 | Secured | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 391532<br>BOYKIN, JEFFERY<br>C/O DONOHOE & STAPLETON, LLC<br>ATTN CATHY DONOHOE, ESQ<br>2781 ZELDA ROAD<br>MONTGOMERY AL 36106 | 10617<br>Debtor: WINN-DIXIE STORES, INC. | $50,000.00 | Secured | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 410732<br>BUNCH, EDIE F GARRETT<br>5102 E 12TH ST LOT 15<br>PANAMA CITY FL 32404-9468<br>Counsel: ATTN RUSSELL R STEWART, ESQ | 9608<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Multiple Classes | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 411167<br>CELIS, LUIS<br>C/O CARLSON & MEISSNER<br>ATTN TERRI CROMLEY, ESQ.<br>1103 14TH STREET WEST<br>BRADENTON FL 34205 | 11235<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Multiple Classes | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT D - MISCLASSIFIED WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED AND RECLASSIFIED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 388665<br>CONDOMINA, ONDINA<br>220 SW 67 COURT<br>MIAMI FL 33144<br>Counsel: ATTN SUZANNE GOROWITZ, ESQ | 7594<br>Debtor: WINN-DIXIE STORES, INC. | $26,000.00 | Secured | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 386635<br>DANIELS, BRYAN<br>730-C SPRINGRIDGE ROAD<br>CLINTON MS 39056 | 10518<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 392080<br>DEBARTOLO, NICHOLAS<br>C/O REVIS, ELTON & BLACKBURN, PA<br>ATTN ROBERT W ELTON, ESQ<br>648 SOUTH RIDGEWOOD AVENUE<br>DAYTONA BEACH FL 32114 | 7633<br>Debtor: WINN-DIXIE STORES, INC. | $6,000.00 | Multiple Classes | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 21545<br>DIAZ, DALILA N<br>2313 W 60 STREET, APT 105<br>HIALEAH FL 33016<br>Counsel: ATTN RAUL C DE LA HERIA, ESQ | 3052<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Secured | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT D - MISCLASSIFIED WORKERS'
COMPENSATION CLAIMS TO BE DISALLOWED AND
RECLASSIFIED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 119499**<br>DIETERICH, MARY E<br>180 CODELL DRIVE, APT 2100<br>LEXINGTON KY 40509 | 10517<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 393386**<br>EDWARDS, JAY<br>C/O CARLSON & MEISSNER<br>ATTN JOSH STEWART, ESQ<br>7614 MASSACHUSETTS AVENUE<br>NEW PORT RICHEY FL 34653 | 3059<br>**Debtor: WINN-DIXIE STORES, INC.** | $40,000.00 | Multiple Classes | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 123547**<br>EGLAUS, ROSELIE<br>1825 SW 36TH TERRACE<br>FT LAUDERDALE FL 33312<br><br>Counsel: ATTN JENNIFER FISCHER BRODERICK ESQ | 6993<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 393502**<br>FRANK, KAREN<br>C/O ROSEN & ROSEN, PA<br>ATTN RONALD ROSEN, ESQ.<br>4000 HOLLYWOOD BLVD, STE 725-S<br>HOLLYWOOD FL 33021 | 11499<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT D - MISCLASSIFIED WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED AND RECLASSIFIED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 391405<br>GALLAGHER, RUTH M<br>C/O RUSSELL R STEWART LAW OFFICES<br>ATTN RUSSELL R STEWART, ESQ<br>900 E FOURTH STREET<br>PANAMA CITY, FL 32402<br>Counsel: ATTN RUSSELL R STEWART, ESQ | 9611<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Multiple Classes | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 392780<br>GANLEY, ROBYN C<br>C/O MICHAEL T KEOUGH, PA<br>ATTN MICHAEL T KEOUGH, ESQ<br>8207 STATE ROAD 52<br>HUDSON FL 34667 | 6358<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Secured | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 392373<br>GORMAN, NANCY<br>C/O KELAHER CONNELL & CONNOR, PC<br>ATTN GENE M CONNELL, JR ESQ<br>PO DRAWER 14547<br>SURFSIDE BEACH SC 29587 | 10745<br>Debtor: WINN-DIXIE RALEIGH, INC. | $0.00 | Priority | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 389711<br>GUENETTE, JOSEPH<br>5160 BULLARD STREET<br>NORTH PORT FL 34287<br>Counsel: ATTN TERRI F CROMLEY, ESQ. | 11233<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Multiple Classes | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT D - MISCLASSIFIED WORKERS'**
**COMPENSATION CLAIMS TO BE DISALLOWED AND**
**RECLASSIFIED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 389765**<br>HUNTER, SELINA<br>1506 MOBILE AVE<br>HOLLY HILL FL 32117<br><br>Counsel: ATTN MICHASEL KOLLER, ESQ | 11254<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 389720**<br>JAMES, PATRICIA A<br>304 E. PILLER PERCISE ROAD<br>LONGVIEW TX 75605 | 10400<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Multiple Classes | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 400289**<br>JONES, MARIA<br>C/O DONOHOE & STAPLETON, LLC<br>ATTN CATHY R DONOHOE, ESQ<br>2781 ZELDA RD<br>MONTGOMERY AL 36106 | 10618<br>Debtor: WINN-DIXIE STORES, INC. | $75,000.00 | Secured | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 43034**<br>LACKEY, CHERYL A<br>6050 MELLOW TR<br>MARIANNA FL 32446<br><br>Counsel: ATTN RUSSELL R STEWART, ESQ | 9612<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Multiple Classes | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS.  ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT D - MISCLASSIFIED WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED AND RECLASSIFIED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 390206<br>MASON, BENNYE A<br>2101 WEST HIGHWAY 390, APT 301<br>LYNN HAVEN FL 32444<br>Counsel: ATTN RUSSELL R STEWART, ESQ | 9609<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Multiple Classes | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 391698<br>MCGOWAN. TRINITY<br>C/O DONOHOE & STAPLETON, LLC<br>ATTN CATHY DONOHOE, ESQ<br>2781 ZELDA ROAD<br>MONTGOMERY AL 36106 | 10619<br>Debtor: WINN-DIXIE STORES, INC. | $75,000.00 | Secured | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 392680<br>MENDEZ, HECTOR<br>C/O CARLSON & MEISSNER<br>ATTN TERRI CROMLEY, ESQ.<br>1103 14TH STREET WEST<br>BRADENTON FL 34205 | 11234<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Multiple Classes | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 389387<br>MYERS, ADA<br>2560 62ND AVENUE, LOT 97<br>SAINT PETERSBURG FL 33702<br>Counsel: ATTN JASON FOX, ESQ. | 10046<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Multiple Classes | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT D - MISCLASSIFIED WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED AND RECLASSIFIED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 183568<br>NEELY, LARISSA<br>4800 ORTEGA PINES BLVD, APT 607<br>JACKSONVILLE FL 32210 | 9246<br>Debtor: WINN-DIXIE LOGISTICS, INC. | $2,225.00 | Multiple Classes | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 386228<br>PITMAN, HAROLD S<br>5986 OLD US ROAD<br>MALONE FL 32445<br>Counsel: ATTN GLENDA F SWEARINGEN, ESQ | 9614<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Multiple Classes | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 393503<br>RAMSEY, ROBERT<br>C/O RUSSELL R STEWART LAW OFFICES<br>ATTN RUSSELL R STEWART, ESQ<br>900 E FOURTH ST<br>PANAMA CITY FL 32402<br>Counsel: ATTN RUSSELL R STEWART, ESQ | 9610<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Multiple Classes | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 392385<br>RANDEL, TABARES<br>C/O JASON G BARNETT, PA<br>ATTN JASON G BARNETT, ESQ<br>1132 SE 2ND AVE<br>FT LAUDERDALE FL 33316 | 11303<br>Debtor: WINN-DIXIE STORES, INC. | $100,000.00 | Multiple Classes | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT D - MISCLASSIFIED WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED AND RECLASSIFIED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 410932<br>RIPEPI, ANTHONY G<br>C/O MARK HIRSCH, ESQ.<br>20801 BISCAYNE BLVD, STE 400<br>MIAMI FL 33180 | 10161<br>Debtor: WINN-DIXIE STORES, INC. | $1,600,000.00 | Multiple Classes | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 392642<br>ROCKWEILER, ANTHONY<br>C/O SILVESTRI & MASSICOT<br>ATTN ANTHONY MARINARO, ESQ<br>3914 CANAL STREET<br>NEW ORLEANS LA 70119 | 11475<br>Debtor: WINN-DIXIE STORES, INC. | $17,160.00 | Multiple Classes | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 386321<br>STILES, JOHNNY<br>3349 SANDY DRIVE<br>ZEPHYRILLS FL 33541<br>Counsel: ATTN MARY ANN STILES, ESQ. | 10273<br>Debtor: WINN-DIXIE STORES, INC. | $500,000.00 | Multiple Classes | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 218885<br>SWANN, SUSAN B<br>2716 FORESTDALE BLVD<br>ADAMSVILLE AL 35005 | 1455<br>Debtor: WINN-DIXIE STORES, INC. | $45,000.00 | Multiple Classes | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT D - MISCLASSIFIED WORKERS' COMPENSATION CLAIMS TO BE DISALLOWED AND RECLASSIFIED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 386294<br>WILLIAMS, EFFIE E<br>509 HIGHLAND DR<br>ARLINGTON TX 76010 | 9990<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Multiple Classes | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 235635<br>WILLINGHAM, EDWARD W<br>172 MOSSLAND DR<br>PERRY GA 31069<br>Counsel: ATTN GEORGE KUSHINKA, ESQ | 4645<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |

**Total Claims to be Disallowed & Recl:** **38**

**Total Amount to be Disallowed & Recl:** **$2,618,636.26** **Plus Unliquidated Amounts, If Any**