UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., et al.,**

Debtors.[1]

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.   I am of legal age and I am not a party to this action.

2.   I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.   On or about October 10, 2006 I caused copies of:

•   the **Order Disallowing (A) Duplicative Different Debtor Claims and (B) Duplicative Liability Claims, As Set Forth in the Debtors' Twentieth Omnibus Claims Objection**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: October 18, 2006

Kathleen M. Logan

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**

**Order Disallowing (A) Duplicative Different
Debtor Claims and (B) Duplicative Liability
Claims, As Set Forth in the Debtors'
Twentieth Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 278401-25<br>1997 PROPERTIES LLC<br>C/O ROGER P FRIOU, MANAGING MEMBER<br>PO BOX 55416<br>JACKSON MS 39296 | CREDITOR ID: 278401-25<br>1997 PROPERTIES LLC<br>WELLS MOORE SIMMONS & HUBBARD, PLLC<br>ATTN SUSANNA BAKER, ESQ<br>HIGHLAND BLUFF NORTH<br>4450 OLD CANTON ROAD, STE 200<br>JACKSON MS 39215-1970 | CREDITOR ID: 410886-15<br>59 WEST PARTNERS, LTD/BESSEMER<br>C/O HARWELL HOWARD HYNE ET AL<br>ATTN DAVID P CANAS, ESQ<br>315 DEADERICK STREET, STE 1800<br>NASHVILLE TN 37238 |
| CREDITOR ID: 241522-12<br>ACHILLES REALTY COMPANY<br>C/O MILAM HOWARD NICANDRI ET AL<br>ATTN:  PETER E NICANDRI ESQ<br>14 EAST BAY STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 241522-12<br>ACHILLES REALTY COMPANY<br>FLETCHER BRIGHT CO, AS AGENT<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 | CREDITOR ID: 410534-15<br>ALBION PACIFIC PROP RESOURCES, LLC<br>ATTN MARIA AHEDO<br>1438 GOWER STREET, BLDG 42, STE 401<br>BOX 11<br>LOS ANGELES CA 90028 |
| CREDITOR ID: 410534-15<br>ALBION PACIFIC PROP RESOURCES, LLC<br>C/O ALLEN, MATKINS, LECK, ET AL<br>ATTN I M GOLD/N B WARANOFF<br>THREE EMBARCADERO CENTER, 12TH FL<br>SAN FRANCISCO CA 94111-4105 | CREDITOR ID: 399385-99<br>AMERICAN KB PROPERTIES I LP<br>C/O LAMONICA HERBST & MANISCALCO<br>ATTN SALVATORE LAMONICA, ESQ<br>3305 JERUSALEM AVENUE<br>WANTAGH NY 11803 | CREDITOR ID: 408198-15<br>ARNOBO ASSOCIATES PARTNERSHIP<br>C/O KLUGER PERETZ KAPLAN & BERLINE<br>ATTN: BRADLEY S SHRAIBERG, ESQ<br>2385 NW EXECUTIVE CTR DR, STE 300<br>BOCA RATON FL 33431 |
| CREDITOR ID: 408198-15<br>ARNOBO ASSOCIATES PARTNERSHIP<br>C/O HARTMAN SIMONS SPIELMAN ETAL<br>ATTN SAMUEL R ARDEN, ESQ<br>6400 POWERS FERRY ROAD NW, STE 400<br>ATLANTA GA 30339 | CREDITOR ID: 1080-07<br>ARS INVESTMENT CORPORATION<br>C/O METTLER SHELTON RANDOLPH ET AL<br>340 ROYAL POINCIANA WAY, SUITE 340<br>PALM BEACH FL 33480 | CREDITOR ID: 1080-07<br>ARS INVESTMENT CORPORATION<br>THOMAS E CARR & ASSOCIATES, PC<br>ATTN THOMAS E CARR, ESQ<br>1100 BOULDERS PARKWAY, STE 650<br>RICHMOND VA 23225 |
| CREDITOR ID: 1080-07<br>ARS INVESTMENT CORPORATION<br>C/O HARDING & ASSOCS INC<br>ATTN DOUG MAREK, ESQ<br>5006 MONUMENT AVENUE<br>RICHMOND, VA 23230 | CREDITOR ID: 399729-98<br>ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 | CREDITOR ID: 251266-12<br>BAGWELL, HAROLD G<br>PO BOX 1700<br>GARNER, NC 27529 |
| CREDITOR ID: 251266-12<br>BAGWELL, HAROLD G<br>C/O KIRKPATRICK & LOCKHART ET AL<br>ATTN JEFFREY T KUCERA, ESQ<br>201 S BISCAYNE BLVD, SUITE 2000<br>MIAMI FL 33131-2399 | CREDITOR ID: 2079-07<br>BANK OF AMERICA, NA, TRUSTEE<br>FOR BETTY G HOLLAND<br>C/O CNM ASSOC<br>950 EAST PACES FERRY ROAD<br>ATLANTA GA 30326 | CREDITOR ID: 2079-07<br>BANK OF AMERICA, NA, TRUSTEE<br>C/O KITCHENS KELLEY GAYNES, PC<br>ATTN MARK A KELLEY, ESQ<br>SUITE 900, 11 PIEDMONT CENTER<br>3495 PIEDMONT ROAD, NE<br>ATLANTA GA 30305 |
| CREDITOR ID: 410556-15<br>BLANKENBAKER PLAZA I, LLC<br>C/O HOGAN DEVELOPMENT CO<br>ATTN W GLENN HOGAN, MEMBER<br>420 W LIBERTY STREET<br>LOUISVILLE KY 40202 | CREDITOR ID: 410556-15<br>BLANKENBAKER PLAZA I, LLC<br>C/O KAREM & KAREM<br>ATTN JOHN W HARRISON JR, ESQ<br>2100 GARDINER LANE, SUITE 103-B<br>LOUISVILLE KY 40205 | CREDITOR ID: 492939-15<br>BROOKSHIRE GROCERY CO<br>C/O BAKER BOTTS, LLP<br>ATTN C. LUCKEY MCDOWELL, ESQ<br>2001 ROSS AVENUE<br>DALLAS TX 75201-2980 |
| CREDITOR ID: 492939-15<br>BROOKSHIRE GROCERY CO<br>ATTN RUSSELL COOPER, CORP COUNSEL<br>1600 WEST SOUTHWEST LOOP 323<br>TYLER  TX 75701 | CREDITOR ID: 2099-07<br>BUNKIE INVESTMENT CO, LLC<br>ATTN CHRISTOPHER A SARPY<br>3621 RIDGELAKE DRIVE, SUITE 203<br>METAIRIE LA 70002-1739 | CREDITOR ID: 410699-15<br>CAFFERY CENTER, LLC<br>C/O PLATZER SWERGOLD KARLIN ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK NY 10018 |
| CREDITOR ID: 278549-24<br>CAPLAN, R J & FLEDER, E, TRUSTEES<br>C/O WILLIAMS MULLEN HOFHEIMER ET AL<br>ATTN DAVID A GREER ESQ<br>PO BOX 3460<br>NORFOLK VA 23514-3460 | CREDITOR ID: 278549-24<br>CAPLAN, R J & FLEDER, E, TRUSTEES<br>LITTLE CREEK SQUARE SHOPPING CENTER<br>500 MAIN PLAZA EAST<br>1324 CRESTAR BANK BUILDING<br>NORFOLK VA 23510 | CREDITOR ID: 452414-15<br>CAPMARK SERVICES, INC, AGENT<br>SWISS RE ASSET MANAGEMENT<br>ATTN CHARLOTTE A KOLLIN<br>THREE RAVINIA DRIVE SUITE 200<br>ATLANTA GA 30346 |

SERVICE LIST
Order Disallowing (A) Duplicative Different
Debtor Claims and (B) Duplicative Liability
Claims, As Set Forth in the Debtors'
Twentieth Omnibus Claims Objection

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410393-15<br>CAPSTONE ADVISORS - CARRINGTON DEV<br>ASSOCIATES<br>C/O KATTEN MUCHIN ROSENMAN LLP<br>ATTN THOMAS J LEANSE, ESQ<br>2029 CENTURY PARK EAST, SUITE 2600<br>LOS ANGELES CA 90067 | CREDITOR ID: 410454-15<br>CAROLINA ENTERPRISES, INC<br>ATTN JAMES T SCHOFIELD, PRESIDENT<br>PO BOX 13559<br>FLORENCE SC 29504 | CREDITOR ID: 408297-99<br>CATAMOUNT ROCKINGHAM, LLC, ASSIGNEE<br>H FUNK & PW MERNER<br>C/O KRIEG DEVAULT LLP<br>ATTN C DANIEL MOTSINGER, ESQ<br>ONE INDIANA SQUARE, STE 2800<br>INDIANAPOLIS IN 46204-2079 |
| CREDITOR ID: 408297-99<br>CATAMOUNT ROCKINGHAM, LLC, ASSIGNEE<br>C/O LIONEL SAWYER & COLLINS<br>ATTN CRAIG E ETEM, ESQ<br>BANK OF AMERICA PLAZA<br>50 WEST LIBERTY STREET, SUITE 1100<br>RENO NV 89501 | CREDITOR ID: 415960-15<br>CC REALTY INTERMEDIATE FUND, LTD<br>C/O KITCHENS KELLEY GAYNES, PC<br>ATTN: MARK A KELLEY, ESQ<br>PIEDMONT CTR, BLDG 11, SUITE 900<br>3495 PIEDMONT ROAD NE<br>ATLANTA GA 30305 | CREDITOR ID: 492955-97<br>CC REALTY INTERMEDIATE FUND, LTD<br>ATTN: DOUGLAS ENGEL, MGR<br>3495 PIEDMONT ROAD NE<br>ATLANTA GA 30305 |
| CREDITOR ID: 244836-12<br>CEDAR CREEK CROSSING ASSOCIATES LLC<br>C/O KAUFMAN & CANOLES<br>ATTN DENNIS T LEWANDOWSKI, ESQ<br>150 W MAIN STREET, SUITE 2100<br>NORFOLK VA 23510 | CREDITOR ID: 244836-12<br>CEDAR CREEK CROSSING ASSOCIATES LLC<br>C/O PERRIE WHEELER REAL ESTATE CO<br>PO BOX 3578<br>NORFOLK, VA 23514 | CREDITOR ID: 406141-15<br>CENTRE STAGE LIMITED PARTNERSHIP<br>C/O BREGMAN BERBERT ET AL<br>ATTN LAURENCE H BERBERT, ESQ<br>7315 WINSCONSIN AVE, SUITE 800 WEST<br>BETHESDA MD 20814 |
| CREDITOR ID: 2134-99<br>CHESTER DIX FORT CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590 | CREDITOR ID: 416271-15<br>CIRIGNANO FAMILY LP<br>C/O DOLLINGER GONSKI & GROSSMAN<br>ATTN MATTHEW DOLLINGER, ESQ<br>ONE OLD COUNTRY ROAD<br>PO BOX 9010<br>CARLE PLACE NY 11514-9010 | CREDITOR ID: 416271-15<br>CIRIGNANO FAMILY LP<br>ATTN ALBERT J CIRIGNANO<br>17 OAK POINT DRIVE NORTH<br>BAYVILLE NY 11709 |
| CREDITOR ID: 1197-07<br>CIVIC CENTER STATION LTD<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242 | CREDITOR ID: 410418-15<br>COMMERCIAL NET LEASE REALTY, INC<br>NKA: NATIONAL RETAIL PROPERTIES INC<br>C/O LOWNDES, DROSDICK, ET AL<br>ATTN ZACHARY J BANCROFT, ESQ<br>PO BOX 2809<br>ORLANDO FL 32802-2809 | CREDITOR ID: 2163-07<br>CORPORATE PROPERTY ASSOCS 9, LP<br>C/O WILLKIE FARR & GALLAGHER<br>ATTN ALAN J LIPKIN, ESQ<br>787 SEVENTH AVENUE<br>NEW YORK NY 10019-6373 |
| CREDITOR ID: 2163-07<br>CORPORATE PROPERTY ASSOCS 9, LP<br>C/O W P CAREY & CO, LLC<br>ATTN THOMAS LEWIS, VP<br>50 ROCKEFELLER PLAZA<br>NEW YORK NY 10020 | CREDITOR ID: 247187-12<br>CREDIT SUISSE FIRST BOSTON, LLC<br>ATTN JOSEPH BROSNAN<br>11 MADISON AVE, 5TH FLOOR<br>NEW YORK, NY 10010 | CREDITOR ID: 247187-12<br>CREDIT SUISSE FIRST BOSTON, LLC<br>C/O MANDEL KATZ, ET AL<br>ATTN TARA HANNON, ESQ<br>THE LAW BUILDING<br>210 ROUTE 303<br>VALLEY COTTAGE NY 10989 |
| CREDITOR ID: 410811-15<br>CRIIMI MAE SVCS LP, SERIES 1997-C1<br>HOLDERS MERRILL LYNCH MORTGAGE<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | CREDITOR ID: 452146-97<br>CROSSROADS CENETER LIMITED<br>ATTN: STEVEN V GRAHAM, GEN PARTNER<br>2200 WOODCREST PLACE, STE 210<br>BIRMINGHAM AL 35209 | CREDITOR ID: 408206-15<br>CROSSROADS CENTER, LTD<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN SHERRI TUCKER FREEMAN, ESQ<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203-2104 |
| CREDITOR ID: 452057-98<br>CSFB 1998-C1 SHIRLEY ROAD LLC<br>C/O LNR PARTNERS, INC<br>ATTN MR ARNE SHULKIN<br>1601 WASHINGTON AVENUE SUITE 700<br>MIAMI BEACH FL 33139 | CREDITOR ID: 410823-15<br>DANIEL G KAMIN & DANIEL G KAMIN<br>BRYNN MARR ENTERPRIZES<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, TRUSTEE<br>490 SOUTH HIGHLAND AVENUE<br>PITTSBURGH PA 15206 | CREDITOR ID: 410824-15<br>DANIEL G KAMIN CLARKSVILLE<br>CROSSING, LLC<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, MGR<br>490 SOUTH HIGHLAND AVENUE<br>PITTSBURGH PA 15206 |
| CREDITOR ID: 410826-15<br>DANIEL G KAMIN ZACHARY ENTERPRIZES<br>C/O HELD & ISRAEL<br>ATTN KIMBERLY HELD ISRAEL, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 1258-07<br>DEERFOOT MARKETPLACE LLC<br>C/O RGS PROPERTIES INC<br>ATTN: DICK SCHMALZ<br>6 OFFICE PARK CIRCLE, STE 100<br>BIRINGHAM, AL 35223 | CREDITOR ID: 411096-15<br>DEERFOOT MARKETPLACE, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN EDWARD J ASHTON, ESQ<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203 |

**SERVICE LIST**
**Order Disallowing (A) Duplicative Different**
**Debtor Claims and (B) Duplicative Liability**
**Claims, As Set Forth in the Debtors'**
**Twentieth Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                              **CASE:    05-03817-3F1**

CREDITOR ID: 452148-98
DELLACAMERA CAPITAL MASTER FUND LTD
C/O DELLACAMERA CAPITAL MGMT LLC
ATTN VINCENT J SPIMATO, MGR MEMBER
237 PARK AVE, SUITE 900
NEW YORK NY 10017

CREDITOR ID: 279308-99
DEUTSCHE BANK TRUST CO AMERICA
AS PASS THROUGH & INDENTURE TTEG
ATTN BRENDON MEYER, VP
MS NYC60-2720
60 WALL STREET
NEW YORK NY 10005-2858

CREDITOR ID: 279308-99
DEUTSCHE BANK TRUST CO AMERICA
C/O NIXON PEABODY, LLP
ATTN DENNIS J DREBSKY, ESQ.
437 MADISON AVENUE
NEW YORK NY 10022

CREDITOR ID: 279308-99
DEUTSCHE BANK TRUST CO AMERICA
C/O NIXON PEABODY, LLP
ATTN JOHN M. ROSENTHAL, ESQ
2 EMBARCADERO CENTER, STE 2700
SAN FRANCISCO CA 94117

CREDITOR ID: 410981-15
DPJ LIMITED PARTNERSHIP
C/O ROSENBERG & WEINBERG
ATTN HERBERT WEINBERG, ESQ
805 TURNPIKE STREET
NORTH ANDOVER MA 01845

CREDITOR ID: 383208-15
E&A SOUTHEAST LP DBA
RESERVOIR SQUARE BRANDON, MS
C/O KITCHENS KELLEY GAYNES PC
ATTN MARK A KELLEY, ESQ
3495 PIEDMONT RD NE BLDG 11 STE 900
ATLANTA GA 30305

CREDITOR ID: 1294-07
E&A SOUTHEAST, LP
C/O RESERVOIR SQUARE
PO BOX 528
COLUMBIA, SC 29202

CREDITOR ID: 492837-97
EBINPORT ASSOCIATES
ATTN: G PATRICK FLINT, M.G.P.
101 N TRYON STREET, STE 1900
CHARLOTTE NC 28246

CREDITOR ID: 248782-12
EDENS & AVANT PROPERTIES LP DBA
MAGEE SHOPPING CENTER
PO BOX 528
COLUMBIA SC 29202

CREDITOR ID: 278458-24
ELIZABETHTON PLAZA LTD
BETSYTOWN TN REALTY, LLC
C/O TLM REALTY CORP
ATTN LAURA HACKEL
485 MADISON AVE, 24TH FLOOR
NEW YORK NY 10022

CREDITOR ID: 1299-RJ
ELKMONT ASSOCIATES
C/O JAMES POINDEXTER
PO BOX 28
ELKIN, NC 28621-0028

CREDITOR ID: 492836-97
EQUITY ASSOCIATES
ATTN: G PATRICK FLINT, M.G.P
101 N TRYON STREET, STE 1900
CHARLOTTE NC 28246

CREDITOR ID: 416237-98
FIRST COMMERCIAL BANK
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN: JAY R BENDER
1819 FIFTH AVENUE NORTH, ONE FEDERAL PLACE
BIRMINGHAM AL 35203-2104

CREDITOR ID: 410450-15
FRANKFORD DALLAS LLC
C/O HAYNES & BOONE, LLP
ATTN SCOTT EVERETT, ESQ
901 MAIN STREET, SUITE 3100
DALLAS TX 75202

CREDITOR ID: 1320-07
FRO LLC VII
C/O JAMES M HASTINGS, CPA
305 PIPING ROCK DRIVE
SILVER SPRINGS, MD 20905

CREDITOR ID: 1320-07
FRO LLC VII
C/O ARENT FOX PLLC
ATTN MARY JOANNE DOWD, ESQ.
1050 CONNECTICUT AVENUE NW
WASHINGTON DC 20036-5339

CREDITOR ID: 452059-98
FUCMS 1999-C1 MERIDIAN GROCERY LLC
C/O LNR PARTNERS
ATTN ARNE SHULKIN
1601 WASHINGTON AVE SUITE 700
MIAMI BEACH FL 33139

CREDITOR ID: 410406-15
GBN HICKORT NC, LLC
PO BOX 1929
EASLEY SC 29690

CREDITOR ID: 278470-24
GEM WARWICK LLC
C/O ELLIS-GIBSON DEVELOPMENT GROUP
ATTN JOHN L GIBSON III
1081 19TH STREET, SUITE 203
VIRGINIA BEACH, VA 23451-5600

CREDITOR ID: 278470-24
GEM WARWICK LLC
C/O MARCUS SANTORO & KOZAK, PC
ATTN KELLY M BARNHART, ESQ
1435 CROSSWAYS BLVD, SUITE 300
CHESAPEAKE VA 23320-2896

CREDITOR ID: 2255-07
GENOA ASSOCIATES LLC
NICHOLLS & CRAMPTON, PA
ATTN K SINK/G CRAMPTON, ESQS
PO BOX 18237
RALEIGH NC 27619

CREDITOR ID: 2255-07
GENOA ASSOCIATES LLC
ATTN S C BRYAN, MGR
PO BOX 919
GOLDSBORO, NC 27533

CREDITOR ID: 410943-15
GRE PROPERTIES, LLC
C/O HELD & ISRAEL
ATTN E HELD, JR & A FRISCH, ESQS
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 1395-07
GREENVILLE GROCERY LLC
C/O JP METZ CO, INC
ATTN DANIEL MELROD, GP
6931 ARLINGTON ROAD, SUITE 510
BETHESDA MD 20815

CREDITOR ID: 1395-07
GREENVILLE GROCERY LLC
C/O WOMBLE CARLYLE SANDRIDGE & RICE
ATTN JEFFREY L TARKENTON, ESQ
1401 EYE STREET NW, 7TH FL
WASHINGTON DC 20005

CREDITOR ID: 315830-40
GREER PLAZA, INC
C/O BLAXBERG GRAYSON KUKOFF & SEGAL
ATTN IAN J KUKOFF, ESQ.
INGRAHAM BLDG, SUITE 730
25 SE 2ND AVENUE
MIAMI FL 33131

CREDITOR ID: 315830-40
GREER PLAZA, INC
ATTN: STANLEY G TATE, PRESIDENT
1175 NE 125TH STREET, SUITE 102
NORTH  MIAMI, FL 33161

**SERVICE LIST**

**Order Disallowing (A) Duplicative Different
Debtor Claims and (B) Duplicative Liability
Claims, As Set Forth in the Debtors'
Twentieth Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 452382-98<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN G LIBERCHUK/R J KOLTAI<br>301 ROUTE 17, 6TH FLR<br>RUTHERFORD NJ 07070 | CREDITOR ID: 493111-15<br>HAIN CAPITAL HOLDINGS LLC, ASSIGNEE<br>OF PROTECTIVE LIFE INSURANCE CO<br>ATTN G LIBERCHUK/R J KOLTAI<br>301 STATE ROUTE 17, 6TH FLOOR<br>RUTHERFORD NJ 07070 | CREDITOR ID: 2291-07<br>HARTWELL PARTNERSHIP<br>C/O JOHNSON, HEARN, VINEGAR, ET AL<br>ATTN JEAN WINBORNE BOYLES, ESQ<br>TWO HANNOVER SQUARE, SUITE 2200<br>RALEIGH NC 27601 |
| CREDITOR ID: 2291-07<br>HARTWELL PARTNERSHIP<br>PO BOX 1929<br>EASLEY SC 29641 | CREDITOR ID: 1416-07<br>HASCO PROPERTIES<br>PO BOX 681<br>MC COMB MS 39648-0681 | CREDITOR ID: 1416-07<br>HASCO PROPERTIES<br>C/O PHELPS DUNBAR, LLP<br>ATTN RANDY ROUSSEL, ESQ<br>445 NORTH BLVD, STE 701<br>BATON ROUGE LA 70802 |
| CREDITOR ID: 251330-12<br>HASCO-THIBODEAUX LLC<br>ATTN: A CRAIG HASKINS, MNG MEM<br>PO BOX 681<br>MCCOMB, MS 39648-0681 | CREDITOR ID: 408226-15<br>HIDDEN HILLS, LP<br>C/O BLANCHARD & CALHOUN COMMERCIAL<br>ATTN VICTOR J MILLS, MGG PARTNER<br>BLDG 100, SUITE 370<br>2745 PERIMETER PKWY<br>AUGUSTA GA 30909 | CREDITOR ID: 1442-07<br>HOMEWOOD ASSOCIATES INC<br>2595 ATLANTA HIGHWAY<br>ATHENS, GA 30606-1232 |
| CREDITOR ID: 1442-07<br>HOMEWOOD ASSOCIATES INC<br>C/O MORGAN & MORGAN<br>ATTN LEE P MORGAN, ESQ<br>PO BOX 48359<br>ATHENS GA 30604 | CREDITOR ID: 452060-98<br>IB PROPERTY HOLDINGS LLC<br>ATTN JOHN A D'ERRICO VP<br>4425 PONCE DE LEON BLVD SUITE 500<br>CORAL GABLES FL 33146 | CREDITOR ID: 416281-15<br>INDEPENDENCE CROSSING, LLC<br>C/O PARKER POE ADAMS & BERNSTEIN<br>ATTN WILLIAM L ESSER IV, ESQ<br>401 SOUTH TRYON STREET, SUITE 3000<br>CHARLOTTE NC 28202 |
| CREDITOR ID: 252126-12<br>INDIAN TRAIL SQUARE  LLC<br>STITES & HARBISON, PLLC<br>ATTN NICOLE S BIDDLE, ESQ<br>250 WEST MAIN STREET<br>2300 LEXINGTON FINANCIAL CENTER<br>LEXINGTON KY 40507-1758 | CREDITOR ID: 252126-12<br>INDIAN TRAIL SQUARE  LLC<br>C/O SHUTTS & BOWEN, LLP<br>ATTN ANDREW M BRUMBY, ESQ<br>300 SOUTH ORANGE AVENUE<br>SUITE 1000<br>ORLANDO FL 32801 | CREDITOR ID: 252126-12<br>INDIAN TRAIL SQUARE  LLC<br>C/O DAHLEM REALTY<br>1020 INDUSTRY ROAD, STE 40<br>LEXINGTON KY 40505 |
| CREDITOR ID: 1475-07<br>IVEY ELECTRIC COMPANY<br>ATTN JAMES W IVEY, PRESIDENT<br>PO BOX 211<br>SPARTANBURG SC 29304 | CREDITOR ID: 1475-07<br>IVEY ELECTRIC COMPANY<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 416286-99<br>JACKSON I-55, LLC<br>C/O CENTEX CONCORD PROPERTY MGMT<br>ATTN FRAN E JONES<br>1151 N STATE STREET<br>JACKSON MS 39202 |
| CREDITOR ID: 452110-98<br>JEFFERSON-PILOT INVESTMENTS INC<br>C/O DIANA PALECEK<br>100 NORTH GREENE STREET<br>GREENSBORO NC 27401 | CREDITOR ID: 452110-98<br>JEFFERSON-PILOT INVESTMENTS INC<br>C/O NEXSEN PRUET ADAMS KLEEMEIER<br>ATTN CHRISTINE L MYATT, ESQ<br>PO BOX 3463<br>GREENSBORO NC 27402 | CREDITOR ID: 410448-15<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420 |
| CREDITOR ID: 410448-15<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>C/O NEXSEN PRUET ADAMS KLEEMEIER<br>ATTN: BENJAMIN A KAHN, ESQ<br>701 GREEN VALLEY ROAD, SUITE 100<br>GREENSBORO NC 27408 | CREDITOR ID: 403382-99<br>JULA TRUST, LLC<br>C/O PLATZER SWERGOLD KARLIN ET AL<br>ATTN T SADUTTO/S LYDELL, ESQS<br>1065 AVENUE OF THE AMERICAS, 18TH F<br>NEW YORK NY 10018 | CREDITOR ID: 411293-15<br>KEMOR PROPERTIES, INC<br>C/O MORRIS NICHOLS ARSHT & TUNNELL<br>ATTN: ERIC D SCHWARTZ ESQ<br>1201 NORTH MARKET ST<br>PO BOX 1347<br>WILMINGTON DE 19899 |
| CREDITOR ID: 411293-15<br>KEMOR PROPERTIES, INC<br>ATTN MARK HORNSTEIN<br>1550 DE MAISONNEUVE WEST, SUITE 8<br>MONTREAL, QUEBEC  H3G1N2<br>CANADA | CREDITOR ID: 416270-15<br>KIRKLAND FINANCIAL, LLC<br>C/O WALSTON WELLS & BIRCHALL LLP<br>ATTN C ELLIS BRAZEAL III, ESQ.<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203 | CREDITOR ID: 416270-15<br>KIRKLAND FINANCIAL, LLC<br>C/O BOURNE NOLL & KENYON<br>ATTN JAIME A O'BRIEN<br>382 SPRINGFIELD AVENUE<br>PO BOX 690<br>SUMMIT NJ 07902-0690 |

SERVICE LIST
Order Disallowing (A) Duplicative Different
Debtor Claims and (B) Duplicative Liability
Claims, As Set Forth in the Debtors'
Twentieth Omnibus Claims Objection

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:    05-03817-3F1**

CREDITOR ID: 416266-15
LAFAYETTE LIFE INSURANCE COMPANY
C/O LEATHERWOOD WALKER TODD & MANN
ATTN EARLE PREVOST, ESQ
300 EAST MCBEE AVENUE, SUITE 500
GREENVILLE SC 29601

CREDITOR ID: 2365-RJ
LANCASTER COMMUNITY INVESTORS LC
ATTN THOMAS A GOSSE, MGR
PO BOX 1582
KILMARNOCK, VA 22482

CREDITOR ID: 534411-98
LASALLE BANK NA AS TRUSTEE FOR
C/O VENABLE LLP
ATTN: HEATHER DEANS FOLEY, ESQ
1800 MERCANTILE BANK & TRUST BDLG
TWO HOPKINS PLAZA
BALTIMORE MD 20201
USA

CREDITOR ID: 534411-98
LASALLE BANK NA AS TRUSTEE FOR
C/O STUTSMAN THAMES & MARKEY, PA
ATTN RICHARD R THAMES
50 N LAURA STREET
SUITE 1600
JACKSONVILLE FL 32202

CREDITOR ID: 534411-98
LASALLE BANK NA AS TRUSTEE FOR
REG HOLDERS OF ACGS 2004 LLC SN ABC
ATTN DEMETRIOS J MORAKIS VP
C/O CWCAPITAL ASSET MGMT LLC
701 13TH ST NW STE 1000
WASHINGTON DC 20005

CREDITOR ID: 407463-99
LASALLE BANK NAT'L ASSOC, AS TTEE
HOLDERS OF BEAR STEARNS COMM MORTG
C/O MCKENNA LONG & ALDRIDGE LLP
ATTN: B SUMMER CHANDLER
303 PEACHTREE ST, STE 5300
ATLANTA GA 30308

CREDITOR ID: 2371-07
LASSITER PROPERTIES INC
ATTN HERMAN KOOYMANS, CFO
3000 CORPORATE CENTER DR, SUITE 300
MORROW GA 30260

CREDITOR ID: 452118-98
LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

CREDITOR ID: 410375-15
LEC PROPERTIES, INC & PC PROPERTIES
C/O EMMANUEL, SHEPPARD & CONDON
ATTN SALLY BUSSELL FOX, ESQ
30 S SPRING STREET
PENSACOLA FL 32502

CREDITOR ID: 410375-15
LEC PROPERTIES, INC & PC PROPERTIES
ATTN GARY B CRESS, MGR PARTNER
420 WEST BEACH BLVD
PASS CHRISTIAN MS 38571

CREDITOR ID: 408168-15
LIF REALTY TRUST
C/O SMITH ANDERSON LAW FIRM
ATTN: AMOS U PRIESTER, IV, ESQ
PO BOX 2611
RALEIGH NC 27602-2611

CREDITOR ID: 399393-98
LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ATTN JEFFREY L CARESS
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

CREDITOR ID: 404023-15
LIQUIDITY SOLUTIONS, INC, ASSIGNEE
SCOTLAND MALL, INC
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA, SUITE 312
HACKENSACK NJ 07601

CREDITOR ID: 278516-24
LN PIEDMONT VILLAGE LLC
ATTN AL JOHNSTON, LEASING MGR
4475 RIVER GREEN PARKWAY, SUITE 100
DULUTH GA 30096

CREDITOR ID: 278516-24
LN PIEDMONT VILLAGE LLC
ROBINSON, JAMPOL, ET AL
ATTN J CHRISTOPHER MILLER, ESQ
11625 RAINWATER DRIVE, SUITE 350
ALPHARETTA GA 30004

CREDITOR ID: 416943-15
LNR PARTNERS, INC FOR LASALLE BANK
TTEE STRUCTURED ASSET SERIES 2002C2
C/O KOZYAK TROPIN & THROCKMORTON PA
ATTN JOHN W KOZYAK, ESQ
2525 PONCE DE LEON, 9TH FLOOR
CORAL GABLES FL 33134

CREDITOR ID: 452049-98
LONGACRE MASTER FUND LTD
ATTN VLADIMIR JELISAVCIC
810 SEVENTH AVENUE 22ND FLOOR
NEW YORK NY 10019

CREDITOR ID: 452383-15
LPI CALHOUN, INC
C/O CHAMBERLAIN, HRDLICKA, ET AL
ATTN JAMES L PAUL, ESQ
191 PEACHTREE STREET NE, 34TH FLOOR
ATLANTA GA 30303

CREDITOR ID: 410459-98
MADISON INVESTMENT TRUST - SERIES 1
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

CREDITOR ID: 255262-99
MADISON STATION PROPERTIES LLC
ATTN JOHN STRATTON II
6360 I-55 NORTH, SUITE 210
JACKSON, MS 39211

CREDITOR ID: 255262-99
MADISON STATION PROPERTIES LLC
C/O PHELPS DUNBAR LLP
ATTN DOUGLAS C NOBLE, ESQ
111 E CAPITOL STREET, SUITE 600
PO BOX 23066
JACKSON MS 39225-3066

CREDITOR ID: 1570-RJ
MAIN STREET MARKETPLACE, LLC
ATTN E PAUL STREMPEL, JR
III RIVERCHASE OFFICE PLAZA, STE 10
BIRMINGHAM, AL 35244

CREDITOR ID: 1570-RJ
MAIN STREET MARKETPLACE, LLC
C/O KING, DRUMMOND, & DABBS, PC
ATTN MARJORIE O DABBS. ESQ
100 CENTERVIEW DRIVE, SUITE 180
BIRMINGHAM AL 35216

CREDITOR ID: 1929-99
MARKET AT BYRAM LLC, THE
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 1929-99
MARKET AT BYRAM LLC, THE
C/O BENNETT, LOTTERHOS, ET AL
ATTN MARCUS M WILSON, ESQ
PO BOX 98
JACKSON MS 39205-0098

CREDITOR ID: 1929-99
MARKET AT BYRAM LLC, THE
C/O SOUTHGATE REALTY, LLC
PO BOX 16615
HATTIESBURG, MS 39402

CREDITOR ID: 2396-07
MASON SHOPPING CENTER PARTNERSHIP
C/O TOWN CENTER COMPANY
ATTN PAUL E GRANICK, GP
7452 JAGER COURT
CINCINNATI, OH 45230

**SERVICE LIST**
Order Disallowing (A) Duplicative Different
Debtor Claims and (B) Duplicative Liability
Claims, As Set Forth in the Debtors'
Twentieth Omnibus Claims Objection

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 492849-97<br>MASON SHOPPING CENTER PARTNERSHIP<br>C/O TOWN CENTER COMPANY<br>ATTN: JAMES R HUESING, GP<br>7452 JAGER COURT<br>CINCINNATI OH 45230 | CREDITOR ID: 410940-15<br>MCALESTER VENTURE, INC<br>C/O H J TAYLOR & ASSOCIATES, INC<br>ATTN HARVE J TAYLOR, PRESIDENT<br>PO BOX 640<br>BENTONVILLE AR 72712 | CREDITOR ID: 1583-07<br>MCDONOUGH MARKETPLACE PARTNERS<br>C/O HELMS ROARK INC, AGENT<br>ATTN ELIZABETH DEAN, VP<br>PO BOX 1149<br>MONTGOMERY AL 36101-1149 |
| CREDITOR ID: 417423-97<br>MCDONOUGH MARKETPLACE PARTNERS<br>C/O HELMS ROARK INC, AGENT<br>ATTN: RANDY ROARK, PRES.<br>1819 5TH AVENUE NORTH<br>BIRMINGHAM AL 35203 | CREDITOR ID: 410587-15<br>MERRILL LYNCH LP HOLDINGS, INC<br>ATN M MCINERNEY/N GRIFFINS/JC PRICE<br>4 WORLD FINANCIAL CENTER<br>NEW YORK NY 10080 | CREDITOR ID: 410587-15<br>MERRILL LYNCH LP HOLDINGS, INC<br>C/O BALCH & BINGHAM, LLP<br>ATTN RANELLE M JOHNSON, PARALEGAL<br>1901 6TH AVENUE NORTH, SUITE 2600<br>PO BOX 306<br>BIRMINGHAM AL 35203 |
| CREDITOR ID: 410587-15<br>MERRILL LYNCH LP HOLDINGS, INC<br>C/O MORRISON & FOERSTER, LLP<br>ATTN LARREN M NASHELSKY, ESQ<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK NY 10104 | CREDITOR ID: 279122-99<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>C/O MORRISON & FOERSTER LLP<br>ATTN: ALEXANDRA STEINBERG BARRAGE<br>2000 PENNSYLVANIA AVENUE NW<br>WASHINGTON DC 20006 | CREDITOR ID: 279122-99<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>ATTN: N GRIFFTHS/ JC PRICE<br>4 WORLD FINANCIAL CENTER<br>NEW YORK NY 1080 |
| CREDITOR ID: 417107-15<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>C/O GLENN FELDMANN DARBY&GOODLATTE<br>ATTN ROBERT A. ZIOGAS, ESQ<br>PO BOX 2887<br>ROANOKE VA 24001 | CREDITOR ID: 411431-98<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>ATT NICK GRIFFIN/GABRIEL CALVETTI<br>4 WORLD FINANCIAL CENTER<br>250 VESSEY ST 7TH FLR<br>NEW YORK NY 10080 | CREDITOR ID: 417107-15<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>C/O CAPITAL CROSSING BANK, AGENT<br>ATTN CHRISTOPHER P HICKEY, SR VP<br>101 SUMMER STREET<br>BOSTON MA 02110 |
| CREDITOR ID: 278523-24<br>MIDWEST CENTERS LTD<br>ATTN ALVIN LIPSON, MANAGING MEMBER<br>3307 CLIFTON AVENUE<br>CINCINNATI OH 45220 | CREDITOR ID: 410382-15<br>MORRO PALMS SHOPPING CENTER, GP<br>C/O COOLEY GODWARD LLP<br>ATTN J MICHAEL KELLY, ESQ<br>101 CALIFORNIA STREET, 5TH FLOOR<br>SAN FRANCISCO CA 94111 | CREDITOR ID: 410396-15<br>MUSEUM ASSOCIATES<br>C/O ROBINSON BRADSHAW & HINSON, PA<br>ATTN DAVID M SCHILLI, ESQ<br>101 N TRYON STREET, SUITE 1900<br>CHARLOTTE NC 28246 |
| CREDITOR ID: 410728-15<br>NFLC 1998-2 CHARLESTON MARKET, LLC<br>C/O KOZYAK TROPIN & THROCKMORTON<br>ATTN LAUREL M ISICOFF, ESQ<br>2525 PONCE DE LEON BLVD, STE 900<br>CORAL GABLES FL 33134 | CREDITOR ID: 410728-15<br>NFLC 1998-2 CHARLESTON MARKET, LLC<br>C/O LNR PARTNERS, INC<br>ATTN DANNY VANDER REIS<br>1601 WASHINGTON AVE, SUITE 700<br>MIAMI FL 33139 | CREDITOR ID: 410421-15<br>NORFAM, LLC, SUCCESSOR<br>CAROLINA DEVELOPMENT CO<br>C/O KENNEDY COVINGTON, ET AL #300<br>ATTN MARGARET R WESTBROOK, ESQ<br>4350 LASSITER AT NORTH HILLS AVE<br>RALEIGH NC 27609 |
| CREDITOR ID: 410588-15<br>NORTH AMERICAN CO LIFE & HEALTH INS<br>BY MIDLAND ADVISORS CO, AS AGENT<br>ATTN ERIC SILVERGOLD<br>135 EAST 57TH STREET<br>NEW YORK NY 10022 | CREDITOR ID: 410588-15<br>NORTH AMERICAN CO LIFE & HEALTH INS<br>C/O PAUL, HASTINGS, ET AL<br>ATTN TED SMITH, ESQ<br>600 PEACHTREE STREET NE, SUITE 2400<br>ATLANTA GA 30308 | CREDITOR ID: 411144-15<br>NORTH AMERICAN CO LIFE & HEALTH INS<br>BY MIDLAND ADVISORS CO, AS AGENT<br>C/O PAUL HASTINGS JANOFSKY ET AL<br>ATTN T SMITH, III/C SHARBAUGH, ESQS<br>600 PEACHTREE STREET NE, SUITE 2400<br>ATLANTA GA 30308 |
| CREDITOR ID: 257461-12<br>NORTHWEST JUNCTION PARTNERS<br>C/O NANCY M LANE, GEN PARTNER<br>1855 LAKELAND DRIVE, SUITE G-10<br>JACKSON, MS 39216 | CREDITOR ID: 415976-99<br>OCEAN 505 ASSOCIATES, LLC. &<br>GRANDECKS ASSOCIATES, LLC<br>C/O ECKSTEIN PROPERTIES LLC, AGENT<br>ATTN SHIMON ECKSTEIN<br>60 BROAD STREET, SUITE 3503<br>NEW YORK NY 10004 | CREDITOR ID: 415976-99<br>OCEAN 505 ASSOCIATES, LLC. &<br>C/O SCHNADER, HARRISON, ET AL<br>ATTN: WILLIAM J MAFFUCCI, ESQ<br>1600 MARKET STREET, STE 3600<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 410445-99<br>OSCHIN, SAMUEL, TRUSTEE<br>BARBARA OSCHIN PRIMICERIO TRUST<br>ATTN PATRICIA WHITELEY<br>400 SOUTH HOPE STREET, SUITE 400<br>LOS ANGELES CA 90071-2806 | CREDITOR ID: 410445-99<br>OSCHIN, SAMUEL, TRUSTEE<br>C/O SULMEYERKUPETZ, PC<br>ATTN DAVID S KUPETZ, ESQ.<br>333 SOUTH HOPE STREET, 35TH FLOOR<br>LOS ANGELES CA 90071 | CREDITOR ID: 533711-15<br>PALM LAKES, LLC BY<br>COLEMAN GROUP<br>C/O WYATT TARRANT & COMBS, LLP<br>ATTN MARY L FULLINGTON, ESQ<br>250 WEST MAIN STREET, SUITE 1600<br>LEXINGTON KY 40507 |

## SERVICE LIST

### Order Disallowing (A) Duplicative Different Debtor Claims and (B) Duplicative Liability Claims, As Set Forth in the Debtors' Twentieth Omnibus Claims Objection

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2515-07<br>PALMER, ROBERT H JR<br>C/O HERNDON COLEMAN BRADING & MCKEE<br>ATTN EDWARD T BRADING, ESQ<br>PO BOX 1160<br>JOHNSON CITY TN 37605-1160 | CREDITOR ID: 2515-07<br>PALMER, ROBERT H JR<br>PO BOX 3146<br>JOHNSON CITY, TN 37602 | CREDITOR ID: 384279-47<br>PAMALEE PLAZA ASSOCIATES<br>C/O BLANCO, TACKABERY, ET AL<br>ATTN GENE B TARR, ESQ<br>PO DRAWER 25008<br>WINSTON-SALEM NC 27114-5008 |
| CREDITOR ID: 384279-47<br>PAMALEE PLAZA ASSOCIATES<br>C/O SWAIN MANAGEMENT LLC<br>ATTN H DAVID SWAIN<br>1111 MILITARY CUTOFF ROAD, STE 251<br>WILMINGTON, NC 28405 | CREDITOR ID: 407609-15<br>PG-1 DEVELOPMENT COMPANY<br>C/O ROBINSON BARTON MCCARTHY ET AL<br>ATTN W E CALLOWAY, ESQ<br>PO BOX 12287<br>COLUMBIA SC 29211-2287 | CREDITOR ID: 2478-07<br>PICKENS NALLEY, LP<br>GARRET PICKENS PARTNERSHIP, LP<br>PO BOX 1929<br>EASLEY SC 29641 |
| CREDITOR ID: 410937-99<br>PLUNKETT, ESTATE OF HC<br>C/O ANGELA HEALY<br>PO BOX 13492<br>JACKSON MS 39236-3492 | CREDITOR ID: 410937-99<br>PLUNKETT, ESTATE OF HC<br>C/O BUTLER SNOW O'MARA ET AL<br>ATTN STEPHEN W ROSENBLATT, ESQ<br>210 E CAPITAL STREET, 17TH FLOOR<br>PO BOX 22567<br>JACKSON MS 39225-2567 | CREDITOR ID: 258660-99<br>PMT PARTNERS V LLC<br>C/O THOMPSON & KNIGHT LLP<br>ATTN JOHN S BRANNON, ESQ.<br>1700 PACIFIC AVENUE, SUITE 3300<br>DALLAS TX 75201 |
| CREDITOR ID: 258660-99<br>PMT PARTNERS V LLC<br>C/O BELL MOORE GROUP INC<br>ATTN LYNN MOORE, VP<br>5200 PARK ROAD, SUITE 120<br>CHARLOTTE, NC 28209 | CREDITOR ID: 410762-15<br>PORCUPINE WD5, LLC<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, MGR<br>490 SOUTH HIGHLAND AVE<br>PITTSBURGH PA 15206 | CREDITOR ID: 410762-15<br>PORCUPINE WD5, LLC<br>C/O SEYFARTH SHAW, LLP<br>ATTN SARA E LORBER, ESQ<br>131 SOUTH DEARBORN STREET, STE 2400<br>CHICAGO IL 60603 |
| CREDITOR ID: 2481-RJ<br>PREMIER PLAZA ASSOCIATES LLC<br>ATTN STEPHEN B SWARTZ, MGG MEMBER<br>3060 PEACHTREE ROAD, SUITE 1850<br>ATLANTA, GA 30305 | CREDITOR ID: 410511-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001 | CREDITOR ID: 533712-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O PRINCIPAL FINANCIAL GROUP<br>ATTN DARIN BENNIGSDORF<br>801 GRAND AVENUE<br>DES MOINES IA 50392 |
| CREDITOR ID: 410511-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N REED, ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103 4196 | CREDITOR ID: 408375-15<br>PROTECTIVE LIFE INSURANCE CO<br>C/O HOLLAND & KNIGHT LLP<br>ATTN CHARLES S MCCALL, ESQ<br>PO BOX 52687<br>JACKSONVILLE FL 32201-2687 | CREDITOR ID: 492952-97<br>PROTECTIVE LIFE INSURANCE CO AS<br>SUCCESSOR INTEREST LW SMITH JR TRUS<br>ATTN: CHARLES M PRIOR, VP INVESTMEN<br>PO BOX 52687<br>JACKSONVILLE FL 32201-2687 |
| CREDITOR ID: 407577-98<br>REDROCK CAPITAL PARTNERS LLC<br>ATTN CRAIG KLEIN<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424 | CREDITOR ID: 1786-07<br>ROCKBRIDGE PLACE<br>C/O EDENS & AVANT FINANCING II<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 2521-07<br>ROSEMYR CORPORATION, THE<br>ATTN GEORGE M HARVIN, PRESIDENT<br>PO BOX 108<br>HENDERSON, NC 27536-0108 |
| CREDITOR ID: 260327-12<br>SALEM CROSSING SHOPPING CENTER LLC<br>C/O BALCH & BINGHAM LLP<br>ATTN CHRISTIE L DOWLING, ESQ<br>PO BOX 306<br>BRIMINGHAM AL 35201-0306 | CREDITOR ID: 260327-12<br>SALEM CROSSING SHOPPING CENTER LLC<br>C/O SPECTRUM REALTY ADVISORS INC<br>5871 GLENRIDGE DRIVE, SUITE 400<br>ATLANTA, GA 30328 | CREDITOR ID: 410481-15<br>SAM DEVELOPMENT ASSOCIATES, LLC<br>C/O BROWN RAYSMAN MILLSTEIN ET AL<br>ATTN JAMES J VINCEQUERRA, ESQ<br>900 THIRD AVENUE<br>NEW YORK NY 10022 |
| CREDITOR ID: 410519-15<br>SARAN, LTD<br>C/O FULBRIGHT & JAWORSKI LLP<br>ATTN J BOLTON & K NEWSOME, ESQS<br>1301 MCKINNEY, SUITE 5100<br>HOUSTON TX 77010-3095 | CREDITOR ID: 260495-12<br>SAWICKI REALTY CO<br>C/O ROBISON, CURPHEY & O'CONNELL<br>ATTN: THOMAS A GIBSON, ESQ<br>FOUR SEAGATE, NINTH FLOOR<br>TOLEDO  OH 43604 | CREDITOR ID: 452052-98<br>SAWICKI REALTY CO<br>ATTN HENRY J SAWICKI III PRESIDENT<br>118 W WAYNE ST<br>MAUMEE OH 43537 |

SERVICE LIST
Order Disallowing (A) Duplicative Different
Debtor Claims and (B) Duplicative Liability
Claims, As Set Forth in the Debtors'
Twentieth Omnibus Claims Objection

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 452218-15<br>SBZ MORTGAGE ASSOCIATES, LLC<br>ATTN DAVID SAMBER<br>ONE HOLLOW  LANE, SUITE 304<br>LAKE SUCCESS NY 10042 | CREDITOR ID: 417421-97<br>SCOTLAND MALL, INC<br>ATTN: CLAUDE SMITH SR, PRES.<br>TRI CITIES SHOPPING CENTER<br>ROCKINGHAM NC 28379 | CREDITOR ID: 252605-12<br>SELL, JAMES W & CAROLYN R<br>449 FAIRRIDGE ROAD<br>JOHNSON CITY TN 37604 |
| CREDITOR ID: 410589-99<br>SFP, LLC<br>C/O KENNEDY, COVINGTON, ET AL<br>ATTN AMY PRITCHARD WILLIAMS, ESQ<br>HEARST TOWER, 47TH FLOOR<br>214 NORTH TRYON STREET<br>CHARLOTTE NC 28202 | CREDITOR ID: 1835-RJ<br>SHEPHERDSVILLE MALL ASSOCIATES, LP<br>C/O CENTER SERVICES INC<br>ATTN MARCIA E SPANGLER<br>6200 CRESTWOOD STATION<br>CRESTWOOD, KY 40014 | CREDITOR ID: 1838-07<br>SHIELDS PLAZA, INC<br>E&A SOUTHEAST LP<br>PO BOX 528<br>COLUMBIA, SC 29202 |
| CREDITOR ID: 492938-98<br>SIERRA LIQUIDITY FUND<br>ATTN SCOTT AUGUST<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | CREDITOR ID: 1863-07<br>SOUTH WIN LIMITED PARTNERSHIP<br>C/O JAY M SAWILOWSKY, PC<br>ATTN JAY M SAWILOWSKY, ESQ<br>699 BROAD STREET, SUITE 1212<br>AUGUSTA GA 30901-1453 | CREDITOR ID: 1863-07<br>SOUTH WIN LIMITED PARTNERSHIP<br>ATTN VICTOR J MILLS, MGR PARTNER<br>BUILDING 100, SUITE 370<br>2743 PERIMETER PARKWAY<br>AUGUSTA, GA 30909 |
| CREDITOR ID: 1872-RJ<br>SOUTHGATE ASSOCIATES II LP<br>C/O THE COVINGTON CO<br>ATTN JAMES E COVINGTON JR, PRES<br>PO BOX 8510<br>RICHMOND, VA 23226 | CREDITOR ID: 2581-07<br>SOUTHMARK PROPERTIES, LLC<br>ATTN: JAMES A BRUNO, MGR<br>100 CENTERVIEW DRIVE, SUITE 22<br>BIRMINGHAM AL 35216 | CREDITOR ID: 416272-15<br>SOUTHMARK PROPERTIES, LLC<br>C/O KING DRUMMOND & DABBS, PC<br>ATTN MARJORIE O DABBS, ESQ.<br>100 CENTERVIEW DRIVE, SUITE 180<br>BIRMINGHAM AL 35216 |
| CREDITOR ID: 278567-25<br>SPECTRUM/GRANDVIEW PINES LLC<br>C/O SPECTRUM DEVELOPMENT CO, LLC<br>ATTN EDGAR H FATZINGER, III, MEMBER<br>PO BOX 11045<br>MONTGOMERY AL 36111 | CREDITOR ID: 411055-15<br>SR-JLB/JAB, LLC & SR-TCS, LLC<br>C/O BELMONT INVESTMENT CORP<br>ATTN B BELMONT/S HARNER/P MARDINLY<br>600 HAVERFORD ROAD, SUITE G101<br>HAVERFORD PA 19041 | CREDITOR ID: 2597-07<br>STOCKMAN & NALLEY PARTNERSHIP<br>1142 REYNOLDS AVENUE<br>GREENWOOD, SC 29649 |
| CREDITOR ID: 1904-RJ<br>SULPHUR SPRINGS PARTNERS LLP<br>801 NE 167TH STREET, 2ND FL<br>NORTH  MIAMI  BEACH, FL 33162 | CREDITOR ID: 403490-15<br>SULPHUR SPRINGS PARTNERS, LLLP<br>C/O RICE PUGATCH ROBINSON ET AL<br>ATTN LISA M SCHILLER, ESQ<br>848 BRICKELL AVENUE, SUITE 1100<br>MIAMI FL 33131 | CREDITOR ID: 410916-15<br>SWISS RE ASSET MGMT (AMERICAS) INC<br>BY CAPMARK SERVICES, INC, AGENT<br>C/O GMAC COMMERCIAL MORTGAGE CORP<br>ATTN SUSAN C TARNOWER<br>THREE RAVINIA DRIVE, STE 200<br>ATLANTA GA 30346 |
| CREDITOR ID: 410544-15<br>TAPPAN PROPERTIES, LP<br>ATTN CHARLES S TAPPAN, PRESIDENT<br>1150 W 8TH STREET, SUITE 255<br>CINCINNATI OH 45203 | CREDITOR ID: 416279-15<br>THC LLC, ASSIGNEE FM DEVELOPMENTS<br>C/O BALCH & BINGHAM LLP<br>ATTN CHRISTIE L DOWLING, ESQ.<br>1901 SIXTH AVENUE N, SUITE 2600<br>PO BOX 306<br>BIRMINGHAM AL 35201 | CREDITOR ID: 416243-15<br>VILLAGE MARKETPLACE OF HAW RIVER<br>C/O KENNEDY COVINGTON LOBDELL ET AL<br>ATTN LAWRENCE E BEHNING, ESQ<br>214 N TRYON STREET, 47TH FLOOR<br>CHARLOTTE NC 28202 |
| CREDITOR ID: 407786-15<br>W/D LEXINGTON, LLC<br>NEXSEN, PRUET, ADAMS, ET AL<br>ATTN JAMES H PULLIAM, ESQ<br>201 S TRYON STREET, SUITE 1200<br>CHARLOTTE NC 28202 | CREDITOR ID: 407786-15<br>W/D LEXINGTON, LLC<br>C/O KRUG INVESTMENTS, LLC<br>ATTN: DAVID KRUG, MGR.<br>131 PROVIDENCE ROAD<br>CHARLOTTE NC 28207 | CREDITOR ID: 264351-12<br>WALKER LA COMMERCIAL<br>C/O ALSTON & BIRD LLP<br>ATTN PAUL SILVERMAN, ESQ<br>90 PARK AVENUE<br>NEW YORK NY 10016 |
| CREDITOR ID: 264351-12<br>WALKER LA COMMERCIAL<br>PROPERTIES DEVELOPMENT CO LLC<br>ATTN C MORTON OR C MARTIN ESQ<br>5630 BANKERS AVENUE<br>BATON ROUGE, LA 70808 | CREDITOR ID: 416937-15<br>WATERS, INC<br>ATTN K MARTIN WATERS JR, CHAIRMAN<br>301 S MCDOWELL STREET, SUITE 210<br>CHARLOTTE NC 28204 | CREDITOR ID: 410682-15<br>WD FAYETTEVILLE GA LLC<br>C/O I REISS & COMPANY<br>ATTN LINDA HEFFNER, MGR MEMBER<br>200 EAST 61ST STREET, SUITE 29F<br>NEW YORK NY 10021 |

**SERVICE LIST**

**Order Disallowing (A) Duplicative Different
Debtor Claims and (B) Duplicative Liability
Claims, As Set Forth in the Debtors'
Twentieth Omnibus Claims Objection**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

CREDITOR ID: 410763-15
WD MT CARMEL, LLC
C/O KAMIN REALTY CO
ATTN DANIEL G KAMIN, MGR
490 SOUTH HIGHLAND AVE
PITTSBURGH PA 15206

CREDITOR ID: 416847-15
WELLS FARGO BANK NORTHWEST NA FKA
FIRST SECURITY BANK, NA
C/O BALCH & BINGHAM LLP
ATTN CHRISTIE L DOWLING, ESQ
PO BOX 306
BIRMINGHAM AL 35201

CREDITOR ID: 410482-15
WELLS FARGO BANK NORTHWEST NA, TTEE
C/O VINSON & ELKINS LLP
ATTN STEVEN M ABRAMOWITZ, ESQ
666 5TH AVE, 26TH FLOOR
NEW YORK NY 10103-0040

CREDITOR ID: 410482-15
WELLS FARGO BANK NORTHWEST NA, TTEE
ATTN VAL T ORTON, VP
MAC U1228-120
299 SOUTH MAIN STREET, 12TH FLOOR
SALT LAKE CITY UT 84111

CREDITOR ID: 2001-RJ
WEST ECK PARTNERS LP
ATTN VICTOR J MILLS
BUILDING 100, SUITE 370
2743 PERIMETER PARKWAY
AUGUSTA, GA 30909

CREDITOR ID: 415957-15
WEST RIDGE, LLC
C/O KITCHENS KELLEY GAYNES, PC
ATTN MARK A KELLEY, ESQ.
PIEDMONT CTR, BLDG 11, SUITE 900
3495 PIEDMONT ROAD NE
ATLANTA GA 30305

CREDITOR ID: 415966-15
WESTLAND PLAZA ASSOCIATES,  LP
C/O STIRLING PROPERTIES
ATTN DONNA TAYLOR
109 NORTHPARK BLVD, SUITE 300
COVINGTON LA 70433

CREDITOR ID: 415966-15
WESTLAND PLAZA ASSOCIATES,  LP
C/O SESSIONS FISHMAN & NATHAN LLP
ATTN J DAVID FORSYTH, ESQ.
5222 SUMMA COURT, SECTION 3, STE C
BATON ROUGE LA 70809

CREDITOR ID: 416941-15
WIGGS REALTY COMPANY OF KENTUCKY
C/O SINGERMAN MILLS DESBERG ET AL
ATTN PAUL J SINGERMAN, ESQ
3401 ENTERPRISE PARKWAY, SUITE 200
BEACHWOOD OH 44122

CREDITOR ID: 416941-15
WIGGS REALTY COMPANY OF KENTUCKY
ATTN HARRY SINGER, PRESIDENT
11012 AURORA HUDSON ROAD
STREETSBORO OH 44241-1629

CREDITOR ID: 47-08
WILMINGTON TRUST CO, INDIV/IND TTEE
ATTN CORPORATE TRUST ADMINISTRATION
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890-1615

CREDITOR ID: 47-08
WILMINGTON TRUST CO, INDIV/IND TTEE
C/O BERGER SINGERMAN, PA
ATTN ARTHYR J SPECTOR, ESQ
305 E LAS OLAS BLVD, SUITE 1000
FORT LAUDERDALE FL 33301

CREDITOR ID: 47-08
WILMINGTON TRUST CO, INDIV/IND TTEE
C/O CURTIS MALLET-PREVOST COLT & MOSLE
ATTN STEVEN REISMAN/ANDREW  THAU
101 PARK AVENUE
NEW YORK NY 10178-0061

CREDITOR ID: 407473-99
WILMINGTON TRUST CO/WADE, WJ, TTEES
SOUTHLAND-JONESBORO WD DE BUS TRUST
C/O NEAL GERBER & EISENBERG LLP
ATTN THOMAS C WOLFORD, ESQ
2 NORTH LASALLE ST, SUITE 2300
CHICAGO IL 60602

CREDITOR ID: 403543-99
WILMINGTON TRUST COMPANY
C/O BERGER SINGERMAN PA
ATTN: PAUL STEVEN SINGERMAN, ESQ
200 SOUTH BISCAYNE BLVD, STE 1000
MIAMI FL 33131-5308

CREDITOR ID: 264940-12
WINDWARD PARTNERS IV LP
C/O HAYNSWORTH SINKLER BOYD, PA
ATTN ANDREW J WHITE JR, ESQ
PO BOX 2048
GREENVILLE SC 29602-2048

CREDITOR ID: 264940-12
WINDWARD PARTNERS IV LP
C/O COLDWELL BANKER CAINE REAL ESTA
ATTN HENRY HOROWITZ, PRES
111 WILLIAMS STREET
PO BOX 2287
GREENVILLE, SC 29602

CREDITOR ID: 265010-12
WOODBERRY PLAZA E&A LLC
C/O WOODBERRY PLAZA
PO DRAWER B
COLUMBIA, SC 29202

CREDITOR ID: 452127-15
WOODLAND HARTFORD ASSOCIATES, LLC
C/O OFFICES OF JOEL SHAFFERMAN, LLC
ATTN JOEL SHAFFERMAN, ESQ
80 WALL STREET, SUITE 910
NEW YORK NY 10005

CREDITOR ID: 416284-15
WTH, II, LLC
C/O WILES & WILES
ATTN JOHN J WILES, ESQ.
800 KENNESAW AVENUE, SUITE 400
MARIETTA GA 30060-7946

CREDITOR ID: 405930-99
WTH, II, LLC
2405 WEST BROAD ST, STE 200
ATHENS GA 30606

CREDITOR ID: 410403-15
ZAMIAS, GEORGE D
300 MARKET STREET
JOHNSTOWN PA 15901

CREDITOR ID: 410403-15
ZAMIAS, GEORGE D
C/O THORP REED & ARMSTRONG, LLP
ATTN PAULA A SCHMECK, ESQ
301 GRANT STREET, ONE OXFORD CENTRE
PITTSBURGH PA 15219

**Total:   239**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Debtors. [1] ) | Jointly Administered |

**ORDER DISALLOWING (A) DUPLICATE DIFFERENT DEBTOR CLAIMS
AND (B) DUPLICATE LIABILITY CLAIMS, AS SET FORTH IN THE
DEBTORS' TWENTIETH OMNIBUS CLAIMS OBJECTION**

These cases came before the Court for hearing on October 5, 2006, upon the

Twentieth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and

twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the

proofs of claim listed on Exhibits A and B (the "Disputed Claims").[2]  Several formal

and informal objections to the Objection were filed or raised (collectively, the

"Unresolved Objections"), as a result of which the Debtors have agreed to continue

the Objection with respect to the claims listed on Exhibit 1, which claims have been

removed from Exhibits A and B.  Jefferson-Pilot Life Insurance Company has

withdrawn claim number 8577, which claim has been removed from Exhibit A.  The

Debtors have withdrawn without prejudice their objection to (i) claim no. 13365 filed

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related
cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South
Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc.,
Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway
Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc.,
Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks,
Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery,
Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie
Supermarkets, Inc.

[2]      All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to
them in the Objection.

by Brookshire Grocery Company and (ii) claim no. 8882 filed by Deutsche Bank

Trust Company Americas, which claims have been removed from Exhibit A.

Upon consideration, it is

ORDERED AND ADJUDGED:

1.    The Objection is sustained.

2.    The Duplicate Different Debtor Claims listed on Exhibit A are

disallowed in their entirety, contingent upon (i) the confirmation and effectiveness of

the Plan and (ii) substantive consolidation of the Debtors' estates as provided for in

the Plan.

3.    The Duplicate Liability Claims listed on Exhibit B are

disallowed in their entirety, contingent upon (i) the confirmation and effectiveness of

the Plan and (ii) substantive consolidation of the Debtors' estates as provided for in

the Plan.

4.    In the event, however, that the Plan is not confirmed or does

not become effective, nothing in the Objection or this Order will prejudice the

position of either the claimants or the Debtors with respect to the issue of which of

the several Debtors named as obligor on the claims is the actual obligor for the

alleged liability or with respect to any other issue relating to the Disputed Claims or

the Remaining Claims.

5.    Other than the Unresolved Objections, those objections that

have not yet been withdrawn are overruled.

6.    The hearing to consider the Objection with respect to the

Unresolved Objections is continued to the hearing scheduled for October 25, 2006 at

9:00 a.m.  This Order is without prejudice to the Unresolved Objections and the

rights of the claimants as to the Unresolved Objections are reserved.

7.    Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order is deemed a separate Order with respect to each claim.  Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

8.    Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

9.    This Order is without prejudice to the Debtors' right to file any further objection they may have to the Disputed Claims or the Remaining Claims, including objections on the ground that a Disputed Claim was filed against the incorrect Debtor or that the Debtor against which the Disputed Claim was filed should be modified.

Dated this ___5___ day of October, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

**EXHIBIT 1**

**WINN-DIXIE STORES, INC., ET AL.**
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT 1 - ADJOURNED CLAIMS

| Creditor Name | Claim No. | Exhibit |
|---|---|---|
| ACHILLES REALTY COMPANY | 10833 | EXHIBIT A |
| ALBION PACIFIC PROP RESOURCES, LLC | 12312 | EXHIBIT B |
| ARNOBO ASSOCIATES PARTNERSHIP | 6161 | EXHIBIT A |
| ARNOBO ASSOCIATES PARTNERSHIP | 6162 | EXHIBIT A |
| BANK OF AMERICA, NA, TRUSTEE | 11839 | EXHIBIT A |
| BROAD STREET STATION SC, LLC | 12206 | EXHIBIT A |
| CAPSTONE ADVISORS - CARRINGTON DEV | 11963 | EXHIBIT A |
| CPM ASSOCIATES, LP | 10885 | EXHIBIT A |
| DANIEL G KAMIN & DANIEL G KAMIN | 9641 | EXHIBIT A |
| DANIEL G KAMIN CLARKSVILLE | 9644 | EXHIBIT A |
| DANIEL G KAMIN ZACHARY ENTERPRIZES | 9647 | EXHIBIT A |
| DBT PORCUPINE WD1 DE BUSINESS TRUST | 9646 | EXHIBIT A |
| E&A SOUTHEAST LP | 13254 | EXHIBIT A |
| E&A SOUTHEAST LP DBA | 493 | EXHIBIT A |
| E&A SOUTHEAST, LP | 12224 | EXHIBIT A |
| EDENS & AVANT PROPERTIES LP DBA | 12220 | EXHIBIT A |
| FRO LLC VII | 12138 | EXHIBIT A |
| GENOA ASSOCIATES LLC | 12318 | EXHIBIT A |
| GREENVILLE GROCERY LLC | 7269 | EXHIBIT B |
| HILLCREST GDS, LLC | 12889 | EXHIBIT A |
| INDIAN TRAIL SQUARE  LLC | 12835 | EXHIBIT A |
| LEC PROPERTIES, INC & PC PROPERTIES | 12409 | EXHIBIT A |
| LIQUIDITY SOLUTIONS, INC, ASSIGNEE | 1933 | EXHIBIT A |
| LN PIEDMONT VILLAGE LLC | 9708 | EXHIBIT A |
| MCDONOUGH MARKETPLACE PARTNERS | 12148 | EXHIBIT A |
| MCDONOUGH MARKETPLACE PARTNERS | 10825 | EXHIBIT A |
| MERRILL LYNCH LP HOLDINGS, INC | 13186 | EXHIBIT A |
| MERRILL LYNCH LP HOLDINGS, INC | 9814 | EXHIBIT A |
| MERRILL LYNCH PIERCE FENNER & SMITH | 13297 | EXHIBIT A |
| MERRILL LYNCH PIERCE FENNER & SMITH | 12921 | EXHIBIT A |
| MERRILL LYNCH PIERCE FENNER & SMITH | 9819 | EXHIBIT A |
| NORFAM, LLC, SUCCESSOR | 11814 | EXHIBIT A |
| PORCUPINE WD5, LLC | 13421 | EXHIBIT A |
| ROCKBRIDGE PLACE | 12219 | EXHIBIT A |
| SARAN, LTD | 13436 | EXHIBIT A |
| SFP, LLC | 12406 | EXHIBIT A |
| SHIELDS PLAZA, INC | 12214 | EXHIBIT A |
| SHOALS MARKETPLACE, LLC | 8155 | EXHIBIT A |
| VILLA RICA RETAIL PROPERTIES, LC | 11844 | EXHIBIT A |
| WBFV, INC | 11863 | EXHIBIT A |
| WD MT CARMEL, LLC | 13434 | EXHIBIT A |
| WELLS FARGO BANK NORTHWEST NA FKA | 12333 | EXHIBIT A |
| WELLS FARGO BANK NORTHWEST NA FKA | 12330 | EXHIBIT B |
| WEST RIDGE, LLC | 12077 | EXHIBIT A |
| WOODBERRY PLAZA E&A LLC | 12222 | EXHIBIT A |
| ZAMIAS, GEORGE D | 7450 | EXHIBIT A |
| **Total Claims:** | **46** | |

**EXHIBIT A**

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 278401**<br>1997 PROPERTIES LLC<br>C/O ROGER P FRIOU, MANAGING MEMBER<br>PO BOX 55416<br>JACKSON MS 39296<br><br>Transferee: LCH OPPORTUNITIES LLC<br>Counsel: ATTN SUSANNA BAKER, ESQ | 5063<br>Debtor: | 5062<br>WINN-DIXIE STORES, INC. | $99,482.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410886**<br>59 WEST PARTNERS, LTD/BESSEMER<br>C/O HARWELL HOWARD HYNE ET AL<br>ATTN DAVID P CANAS, ESQ<br>315 DEADERICK STREET, STE 1800<br>NASHVILLE TN 37238 | 12339<br>Debtor: | 12338<br>WINN-DIXIE STORES, INC. | $543,177.02 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 533710**<br>ALEC ASHTON RICHMOND, LLC & COMPASS<br>CAPITAL RICHMOND BY COLEMAN GROUP<br>C/O WYATT TARRANT & COMBS LLP<br>ATTN MARY FULLINGTON, ESQ<br>250 WEST MAIN STREET, SUITE 1600<br>LEXINGTON KY 40507-1746 | 13408<br>Debtor: | 13407<br>WINN-DIXIE STORES, INC. | $815,353.21 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408295**<br>ALVIN LAPIDUS & LOIS LAPIDUS, LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207<br><br>Transferee: IB PROPERTY HOLDINGS LLC | 8284<br>Debtor: | 8283<br>WINN-DIXIE STORES, INC. | $35,599.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408295**<br>ALVIN LAPIDUS & LOIS LAPIDUS, LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207<br><br>Transferee: IB PROPERTY HOLDINGS LLC | 12296<br>Debtor: | 12295<br>WINN-DIXIE STORES, INC. | $535,027.48 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTIETH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 399385<br>AMERICAN K8 PROPERTIES I LP<br>C/O LAMONICA HERBST & MANISCALCO<br>ATTN SALVATORE LAMONICA, ESQ<br>3305 JERUSALEM AVENUE<br>WANTAGH NY 11803 | 12845<br>Debtor: | 12844<br>WINN-DIXIE STORES, INC. | $436,606.14 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 1080<br>ARS INVESTMENT CORPORATION<br>C/O HARDING & ASSOCS INC<br>ATTN DOUG MAREK, ESQ<br>5006 MONUMENT AVENUE<br>RICHMOND, VA 23230<br><br>Counsel: ATTN THOMAS E CARR, ESQ | 9957<br>Debtor: | 9958<br>WINN-DIXIE STORES, INC. | $61,843.83 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 1080<br>ARS INVESTMENT CORPORATION<br>C/O HARDING & ASSOCS INC<br>ATTN DOUG MAREK, ESQ<br>5006 MONUMENT AVENUE<br>RICHMOND, VA 23230<br><br>Counsel: ATTN THOMAS E CARR, ESQ | 12477<br>Debtor: | 12476<br>WINN-DIXIE STORES, INC. | $746,013.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 251266<br>BAGWELL, HAROLD G<br>PO BOX 1700<br>GARNER, NC 27529<br><br>Counsel: ATTN JEFFREY T KUCERA, ESQ | 12136<br>Debtor: | 12135<br>WINN-DIXIE STORES, INC. | $496,398.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410556<br>BLANKENBAKER PLAZA I, LLC<br>C/O HOGAN DEVELOPMENT CO<br>ATTN W GLENN HOGAN, MEMBER<br>420 W LIBERTY STREET<br>LOUISVILLE KY 40202<br><br>Counsel: ATTN JOHN W HARRISON JR, ESQ | 12830<br>Debtor: | 12883<br>WINN-DIXIE STORES, INC. | $934,177.36 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 2099**<br>BUNKIE INVESTMENT CO, LLC<br>ATTN CHRISTOPHER A SARPY<br>3621 RIDGELAKE DRIVE, SUITE 203<br>METAIRIE LA 70002-1739<br><br>Transferee: CSFB 1998-C1 SHIRLEY ROAD LLC<br>Counsel: ATTN LAUREL M ISICOFF, ESQ | 12375<br>Debtor: | 12374<br>WINN-DIXIE STORES, INC. | $1,661,545.21 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 278549**<br>CAPLAN, R J & FLEDER, E, TRUSTEES<br>LITTLE CREEK SQUARE SHOPPING CENTER<br>500 MAIN PLAZA EAST<br>1324 CRESTAR BANK BUILDING<br>NORFOLK VA 23510<br><br>Counsel: ATTN DAVID A GREER ESQ | 5071<br>Debtor: | 5070<br>WINN-DIXIE STORES, INC. | $948,788.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410454**<br>CAROLINA ENTERPRISES, INC<br>ATTN JAMES T SCHOFIELD, PRESIDENT<br>PO BOX 13559<br>FLORENCE SC 29504 | 8211<br>Debtor: | 8212<br>WINN-DIXIE STORES, INC. | $443,767.62 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410586**<br>CATAMOUNT ATLANTA, LLC, ASSIGNEE<br>OF HELENE FUNK & PETER W MERNER<br>C/O KRIEG DEVAULT LLP<br>ATTN C DANIEL MOTSINGER, ESQ<br>ONE INDIANA SQUARE, SUITE 2800<br>INDIANAPOLIS IN 46204-2079<br><br>Counsel: ATTN CRAIG E ETEM, ESQ | 11787<br>Debtor: | 11786<br>WINN-DIXIE STORES, INC. | $310,150.47 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410585**<br>CATAMOUNT LS-KY, LLC, ASSIGNEE<br>OF H FUNK & P MERNER<br>C/O KRIEG DEVAULT LLP<br>ATTN C DANIEL MOTSINGER, ESQ<br>ONE INDIANA SQUARE, SUITE 2800<br>INDIANAPOLIS IN 46204-2079<br><br>Counsel: ATTN CRAIG E ETEM, ESQ | 11852<br>Debtor: | 11851<br>WINN-DIXIE STORES, INC. | $267,960.49 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 408297**<br>CATAMOUNT ROCKINGHAM, LLC, ASSIGNEE<br>H FUNK & PW MERNER<br>C/O KRIEG DEVAULT LLP<br>ATTN C DANIEL MOTSINGER, ESQ<br>ONE INDIANA SQUARE, STE 2800<br>INDIANAPOLIS IN 46204-2079 | 11892<br>Debtor: | 11891<br>WINN-DIXIE STORES, INC. | $287,939.65 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN CRAIG E ETEM, ESQ | | | | |
| **Creditor Id: 415960**<br>CC REALTY INTERMEDIATE FUND, LTD<br>C/O KITCHENS KELLEY GAYNES, PC<br>ATTN: MARK A KELLEY, ESQ<br>PIEDMONT CTR, BLDG 11, SUITE 900<br>3495 PIEDMONT ROAD NE<br>ATLANTA GA 30305 | 12213<br>Debtor: | 11875<br>WINN-DIXIE STORES, INC. | $448,090.72 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Transferee: REDROCK CAPITAL PARTNERS LLC<br>Counsel: ATTN: HEATHER D DAWSON ESQ | | | | |
| **Creditor Id: 244836**<br>CEDAR CREEK CROSSING ASSOCIATES LLC<br>C/O PERRIE WHEELER REAL ESTATE CO<br>PO BOX 3578<br>NORFOLK, VA 23514 | 12344<br>Debtor: | 12343<br>WINN-DIXIE STORES, INC. | $911,212.22 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN DENNIS T LEWANDOWSKI, ESQ | | | | |
| **Creditor Id: 406141**<br>CENTRE STAGE LIMITED PARTNERSHIP<br>C/O BREGMAN BERBERT ET AL<br>ATTN LAURENCE H BERBERT, ESQ<br>7315 WINSCONSIN AVE, SUITE 800 WEST<br>BETHESDA MD 20814 | 12092<br>Debtor: | 12091<br>WINN-DIXIE STORES, INC. | $304,800.58 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 2134**<br>CHESTER DIX FORT CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590 | 7695<br>Debtor: | 7696<br>WINN-DIXIE STORES, INC. | $3,623,260.98 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN EDWIN W HELD JR, ESQ | | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTIETH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 408401**<br>CHESTER DIX HURST CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590 | 7715<br>Debtor: | 7714<br>WINN-DIXIE STORES, INC. | $2,884,053.06 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN EDWIN W HELD JR, ESQ | | | | |
| **Creditor Id: 2135**<br>CHESTER DIX JEFFERSONTOWN CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590 | 7711<br>Debtor: | 7710<br>WINN-DIXIE STORES, INC. | $4,165,305.80 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN EDWIN W HELD JR, ESQ | | | | |
| **Creditor Id: 408400**<br>CHESTER DIX LAKE CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590 | 7697<br>Debtor: | 7698<br>WINN-DIXIE STORES, INC. | $3,622,145.51 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN EDWIN W HELD JR, ESQ | | | | |
| **Creditor Id: 416271**<br>CIRIGNANO FAMILY LP<br>ATTN ALBERT J CIRIGNANO<br>17 OAK POINT DRIVE NORTH<br>BAYVILLE NY 11709 | 12251<br>Debtor: | 12250<br>WINN-DIXIE STORES, INC. | $448,893.96 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN MATTHEW DOLLINGER, ESQ | | | | |
| **Creditor Id: 410418**<br>COMMERCIAL NET LEASE REALTY, INC<br>NKA: NATIONAL RETAIL PROPERTIES INC<br>C/O LOWNDES, DROSDICK, ET AL<br>ATTN ZACHARY J BANCROFT, ESQ<br>PO BOX 2809<br>ORLANDO FL 32802-2809 | 12110<br>Debtor: | 12109<br>WINN-DIXIE STORES, INC. | $972,396.17 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 410418**<br>COMMERCIAL NET LEASE REALTY, INC<br>NKA: NATIONAL RETAIL PROPERTIES INC<br>C/O LOWNDES, DROSDICK, ET AL<br>ATTN ZACHARY J BANCROFT, ESQ<br>PO BOX 2809<br>ORLANDO FL 32802-2809 | 12112<br>Debtor: | 12111<br>WINN-DIXIE STORES, INC. | $983,539.63 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 2163**<br>CORPORATE PROPERTY ASSOCS 9, LP<br>C/O W P CAREY & CO, LLC<br>ATTN THOMAS LEWIS, VP<br>50 ROCKEFELLER PLAZA<br>NEW YORK NY 10020<br><br>Counsel: ATTN ALAN J LIPKIN, ESQ | 10131<br>Debtor: | 10132<br>WINN-DIXIE STORES, INC. | $479,266.56 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 247187**<br>CREDIT SUISSE FIRST BOSTON, LLC<br>ATTN JOSEPH BROSNAN<br>11 MADISON AVE, 5TH FLOOR<br>NEW YORK, NY 10010<br><br>Counsel: ATTN TARA HANNON, ESQ | 11415<br>Debtor: | 11414<br>WINN-DIXIE STORES, INC. | $2,795,892.25 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410816**<br>CRIIMI MAE SVCS LP, SERIES 1996-D3<br>HOLDERS ASSET SECURITIZATION CORP<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 10611<br>Debtor: | 10610<br>WINN-DIXIE STORES, INC. | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408206**<br>CROSSROADS CENTER, LTD<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN SHERRI TUCKER FREEMAN, ESQ<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203-2104<br><br>Transferee: LCH OPPORTUNITIES LLC | 11903<br>Debtor: | 11904<br>WINN-DIXIE STORES, INC. | $184,874.46 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 411096**<br>DEER-FOOT MARKETPLACE, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN EDWARD J ASHTON, ESQ<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203<br><br>Transferee: FIRST COMMERCIAL BANK | 11037<br>Debtor: | 11036<br>WINN-DIXIE STORES, INC. | $23,109.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 411096**<br>DEER-FOOT MARKETPLACE, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN EDWARD J ASHTON, ESQ<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203<br><br>Transferee: FIRST COMMERCIAL BANK | 11890<br>Debtor: | 11889<br>WINN-DIXIE STORES, INC. | $1,644,921.94 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410981**<br>DPJ LIMITED PARTNERSHIP<br>C/O ROSENBERG & WEINBERG<br>ATTN HERBERT WEINBERG, ESQ<br>805 TURNPIKE STREET<br>NORTH ANDOVER MA 01845<br><br>Transferee: LCH OPPORTUNITIES LLC | 10263<br>Debtor: | 10260<br>WINN-DIXIE STORES, INC. | $339,536.53 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410981**<br>DPJ LIMITED PARTNERSHIP<br>C/O ROSENBERG & WEINBERG<br>ATTN HERBERT WEINBERG, ESQ<br>805 TURNPIKE STREET<br>NORTH ANDOVER MA 01845<br><br>Transferee: LCH OPPORTUNITIES LLC | 10262<br>Debtor: | 10261<br>WINN-DIXIE STORES, INC. | $380,308.78 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410397**<br>EBINPORT ASSOCIATES<br>C/O ROBINSON BRADSHAW & HINSON, PA<br>ATTN DAVID M SCHILLI, ESQ<br>101 N TRYON STREET, SUITE 1900<br>CHARLOTTE NC 28246<br><br>Transferee: LCH OPPORTUNITIES LLC | 7406<br>Debtor: | 7407<br>WINN-DIXIE STORES, INC. | $3,761.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTIETH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  410397**<br>EBINPORT ASSOCIATES<br>C/O ROBINSON BRADSHAW & HINSON, PA<br>ATTN DAVID M SCHILLI, ESQ<br>101 N TRYON STREET, SUITE 1900<br>CHARLOTTE  NC  28246 | 12080<br>Debtor: | 12079<br>WINN-DIXIE STORES, INC. | $733,827.80 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Transferee: LCH OPPORTUNITIES LLC | | | | |
| **Creditor Id:  278458**<br>ELIZABETH TON PLAZA LTD<br>BETSYTOWN TN REALTY, LLC<br>C/O TLM REALTY CORP<br>ATTN LAURA HACKEL<br>485 MADISON AVE, 24TH FLOOR<br>NEW YORK  NY  10022 | 9560<br>Debtor: | 9561<br>WINN-DIXIE STORES, INC. | $287,229.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  1299**<br>ELKMONT ASSOCIATES<br>C/O JAMES POINDEXTER<br>PO BOX 28<br>ELKIN, NC  28621-0028 | 7011<br>Debtor: | 7012<br>WINN-DIXIE STORES, INC. | $306,281.36 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Transferee: MADISON INVESTMENT TRUST - SERIES 1 | | | | |
| **Creditor Id:  410394**<br>EQUITY ASSOCIATES<br>C/O ROBINSON BRADSHAW & HINSON, PA<br>ATTN DAVID M SCHILLI, ESQ<br>101 N TRYON STREET, SUITE 1900<br>CHARLOTTE  NC  28246 | 7401<br>Debtor: | 7400<br>WINN-DIXIE STORES, INC. | $12,047.60 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Transferee: LCH OPPORTUNITIES LLC | | | | |
| **Creditor Id:  410394**<br>EQUITY ASSOCIATES<br>C/O ROBINSON BRADSHAW & HINSON, PA<br>ATTN DAVID M SCHILLI, ESQ<br>101 N TRYON STREET, SUITE 1900<br>CHARLOTTE  NC  28246 | 12082<br>Debtor: | 12081<br>WINN-DIXIE STORES, INC. | $296,466.60 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Transferee: LCH OPPORTUNITIES LLC | | | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 410555**<br>FORD'S CROSSING<br>C/O HELMS ROARK INC, AGENT<br>ATTN ELIZABETH DEAN, VP<br>PO BOX 1149<br>MONTGOMERY AL 36104-1149 | 10824<br>Debtor: | 10823<br>WINN-DIXIE STORES, INC. | $5,337.91 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410450**<br>FRANKFORD DALLAS LLC<br>C/O HAYNES & BOONE, LLP<br>ATTN SCOTT EVERETT, ESQ<br>901 MAIN STREET, SUITE 3100<br>DALLAS TX 75202 | 8183<br>Debtor: | 8182<br>WINN-DIXIE STORES, INC. | $2,477,083.38 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410406**<br>GBN HICKORT NC, LLC<br>PO BOX 1929<br>EASLEY SC 29690<br><br>Counsel: ATTN JEAN WINBORNE BOYLES, ESQ | 12309<br>Debtor: | 12308<br>WINN-DIXIE STORES, INC. | $333,609.80 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 375028**<br>GEM NICKERSON, LLC<br>C/O ELLIS-GIBSON DEVELOPMENT GROUP<br>ATTN JOHN L GIBSON III<br>1081 19TH STREET, SUITE 203<br>VIRGINIA BEACH, VA 23451-5600<br><br>Transferee: LCH OPPORTUNITIES LLC<br>Counsel: ATTN KELLY M BARNHART, ESQ | 12853<br>Debtor: | 12852<br>WINN-DIXIE STORES, INC. | $1,009,705.41 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 278470**<br>GEM WARWICK LLC<br>C/O ELLIS-GIBSON DEVELOPMENT GROUP<br>ATTN JOHN L GIBSON III<br>1081 19TH STREET, SUITE 203<br>VIRGINIA BEACH, VA 23451-5600<br><br>Transferee: LCH OPPORTUNITIES LLC<br>Counsel: ATTN KELLY M BARNHART, ESQ | 12851<br>Debtor: | 12850<br>WINN-DIXIE STORES, INC. | $1,017,085.67 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 410943**<br>GRE PROPERTIES, LLC<br>C/O HELD & ISRAEL<br>ATTN E HELD, JR & A FRISCH, ESQS<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | 10188<br>Debtor: | 10189<br>WINN-DIXIE STORES, INC. | $22,071.01 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410943**<br>GRE PROPERTIES, LLC<br>C/O HELD & ISRAEL<br>ATTN E HELD, JR & A FRISCH, ESQS<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | 12261<br>Debtor: | 12260<br>WINN-DIXIE STORES, INC. | $786,664.65 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410943**<br>GRE PROPERTIES, LLC<br>C/O HELD & ISRAEL<br>ATTN E HELD, JR & A FRISCH, ESQS<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | 13286<br>Debtor: | 13287<br>WINN-DIXIE STORES, INC. | $23,022.26 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410368**<br>GREENWOOD PLAZA, LTD<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN SHERRI TUCKER FREEMAN, ESQ<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203-2104<br><br>Transferee: FUCMS 1999-C1 MERIDIAN GROCERY LLC | 12579<br>Debtor: | 12578<br>WINN-DIXIE STORES, INC. | $439,611.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 315830**<br>GREER PLAZA, INC<br>ATTN: STANLEY G TATE, PRESIDENT<br>1175 NE 125TH STREET, SUITE 102<br>NORTH MIAMI, FL 33161<br><br>Transferee: SIERRA LIQUIDITY FUND<br>Counsel: ATTN IAN J KUKOFF, ESQ. | 12448<br>Debtor: | 12447<br>WINN-DIXIE STORES, INC. | $256,467.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 493111**<br>HAIN CAPITAL HOLDINGS LLC, ASSIGNEE<br>OF PROTECTIVE LIFE INSURANCE CO<br>ATTN G LIBERCHUK/R J KOLTAI<br>301 STATE ROUTE 17, 6TH FLOOR<br>RUTHERFORD NJ 07070<br><br>Transferee: HAIN CAPITAL HOLDINGS LLC | 13388<br>Debtor: | 13387<br>WINN-DIXIE STORES, INC. | $656,957.13 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 2291**<br>HARTWELL PARTNERSHIP<br>PO BOX 1929<br>EASLEY SC 29641<br><br>Counsel: ATTN JEAN WINBORNE BOYLES, ESQ | 12306<br>Debtor: | 12305<br>WINN-DIXIE STORES, INC. | $580,656.40 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 1416**<br>HASCO PROPERTIES<br>PO BOX 681<br>MC COMB MS 39648-0681<br><br>Transferee: LCH OPPORTUNITIES LLC<br>Counsel: ATTN RANDY ROUSSEL, ESQ | 11867<br>Debtor: | 11866<br>WINN-DIXIE STORES, INC. | $957,250.02 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 2296**<br>HAZEL PARK ASSOCIATES<br>C/O I REISS & SON<br>ATTN LINDA HEFFNER, MGR MEMBER<br>200 EAST 61 STREET, STE 29F<br>NEW YORK NY 10021 | 8364<br>Debtor: | 8363<br>WINN-DIXIE STORES, INC. | $334,881.35 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408226**<br>HIDDEN HILLS, LP<br>C/O BLANCHARD & CALHOUN COMMERCIAL<br>ATTN VICTOR J MILLS, MGG PARTNER<br>BLDG 100, SUITE 370<br>2745 PERIMETER PKWY<br>AUGUSTA GA 30909<br><br>Counsel: ATTN JAY M SAWILOWSKY, ESQ | 6732<br>Debtor: | 6444<br>WINN-DIXIE STORES, INC. | $29,175.54 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 408226**<br>HIDDEN HILLS, LP<br>C/O BLANCHARD & CALHOUN COMMERCIAL<br>ATTN VICTOR J MILLS, MGG PARTNER<br>BLDG 100, SUITE 370<br>2745 PERIMETER PKWY<br>AUGUSTA GA 30909 | 12130<br>Debtor: | 12131<br>**WINN-DIXIE STORES, INC.** | $264,542.06 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN JAY M SAWILOWSKY, ESQ | | | | |
| **Creditor Id: 416281**<br>INDEPENDENCE CROSSING, LLC<br>C/O PARKER POE ADAMS & BERNSTEIN<br>ATTN WILLIAM L ESSER IV, ESQ<br>401 SOUTH TRYON STREET, SUITE 3000<br>CHARLOTTE NC 28202 | 12291<br>Debtor: | 12290<br>**WINN-DIXIE STORES, INC.** | $686,138.18 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 1475**<br>IVEY ELECTRIC COMPANY<br>ATTN JAMES W IVEY, PRESIDENT<br>PO BOX 211<br>SPARTANBURG SC 29304 | 13282<br>Debtor: | 13283<br>**WINN-DIXIE STORES, INC.** | $69,711.46 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN EDWIN W HELD JR, ESQ | | | | |
| **Creditor Id: 1475**<br>IVEY ELECTRIC COMPANY<br>ATTN JAMES W IVEY, PRESIDENT<br>PO BOX 211<br>SPARTANBURG SC 29304 | 12067<br>Debtor: | 13284<br>**WINN-DIXIE STORES, INC.** | $500,744.52 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN EDWIN W HELD JR, ESQ | | | | |
| **Creditor Id: 416286**<br>JACKSON I-55, LLC<br>C/O CENTEX CONCORD PROPERTY MGMT<br>ATTN FRAN E JONES<br>1151 N STATE STREET<br>JACKSON MS 39202 | 12317<br>Debtor: | 12316<br>**WINN-DIXIE STORES, INC.** | $472,794.50 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN DOUGLAS C NOBLE, ESQ | | | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 410448** | 8569 | 8572 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| JEFFERSON-PILOT LIFE INSURANCE CO | Debtor: | WINN-DIXIE STORES, INC. | | |
| ATTN DIANA R PALECEK, ESQ | | | | |
| CHRISTINE L MYATT, ESQ | | | | |
| PO BOX 21008 | | | | |
| GREENSBORO NC 27420 | | | | |
| Counsel: ATTN: BENJAMIN A KAHN, ESQ | | | | |
| **Creditor Id: 410448** | 8574 | 8573 | $382,219.95 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| JEFFERSON-PILOT LIFE INSURANCE CO | Debtor: | WINN-DIXIE STORES, INC. | | |
| ATTN DIANA R PALECEK, ESQ | | | | |
| CHRISTINE L MYATT, ESQ | | | | |
| PO BOX 21008 | | | | |
| GREENSBORO NC 27420 | | | | |
| Counsel: ATTN: BENJAMIN A KAHN, ESQ | | | | |
| **Creditor Id: 410448** | 8576 | 8575 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| JEFFERSON-PILOT LIFE INSURANCE CO | Debtor: | WINN-DIXIE STORES, INC. | | |
| ATTN DIANA R PALECEK, ESQ | | | | |
| CHRISTINE L MYATT, ESQ | | | | |
| PO BOX 21008 | | | | |
| GREENSBORO NC 27420 | | | | |
| Counsel: ATTN: BENJAMIN A KAHN, ESQ | | | | |
| **Creditor Id: 410448** | 8579 | 8580 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| JEFFERSON-PILOT LIFE INSURANCE CO | Debtor: | WINN-DIXIE STORES, INC. | | |
| ATTN DIANA R PALECEK, ESQ | | | | |
| CHRISTINE L MYATT, ESQ | | | | |
| PO BOX 21008 | | | | |
| GREENSBORO NC 27420 | | | | |
| Counsel: ATTN: BENJAMIN A KAHN, ESQ | | | | |
| **Creditor Id: 410448** | 8581 | 8586 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| JEFFERSON-PILOT LIFE INSURANCE CO | Debtor: | WINN-DIXIE STORES, INC. | | |
| ATTN DIANA R PALECEK, ESQ | | | | |
| CHRISTINE L MYATT, ESQ | | | | |
| PO BOX 21008 | | | | |
| GREENSBORO NC 27420 | | | | |
| Counsel: ATTN: BENJAMIN A KAHN, ESQ | | | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO  NC  27420 | 8639<br>Debtor: | 8602<br>**WINN-DIXIE STORES, INC.** | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: BENJAMIN A KAHN, ESQ | | | | |
| **Creditor Id: 411293**<br>KEMOR PROPERTIES, INC<br>ATTN MARK HORNSTEIN<br>1550 DE MAISONNEUVE WEST, SUITE 8<br>MONTREAL, QUEBEC  H3G1N2 CANADA | 9833<br>Debtor: | 9834<br>**WINN-DIXIE STORES, INC.** | $1,498,272.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: ERIC D SCHWARTZ ESQ | | | | |
| **Creditor Id: 410447**<br>KILLEN MARKETPLACE, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN C ELLIS BRAZEAL, III, ESQ<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM  AL  35203 | 8180<br>Debtor: | 8179<br>**WINN-DIXIE STORES, INC.** | $65,588.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 415956**<br>KILLEN MARKETPLACE, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN EDWARD J ASHTON, ESQ.<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM  AL  35203 | 11888<br>Debtor: | 11887<br>**WINN-DIXIE STORES, INC.** | $906,548.27 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416270**<br>KIRKLAND FINANCIAL, LLC<br>C/O WALSTON WELLS & BIRCHALL LLP<br>ATTN C ELLIS BRAZEAL III, ESQ.<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM  AL  35203 | 12246<br>Debtor: | 12247<br>**WINN-DIXIE STORES, INC.** | $321,096.23 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN JAIME A O'BRIEN | | | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 416266**<br>LAFAYETTE LIFE INSURANCE COMPANY<br>C/O LEATHERWOOD WALKER TODD & MANN<br>ATTN EARLE PREVOST, ESQ<br>300 EAST MCBEE AVENUE, SUITE 500<br>GREENVILLE  SC  29601 | 12286<br>Debtor: | 12285<br>WINN-DIXIE STORES, INC. | $732,057.34 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 2365**<br>LANCASTER COMMUNITY INVESTORS LC<br>ATTN THOMAS A GOSSE, MGR<br>PO BOX 1582<br>KILMARNOCK, VA  22482 | 9291<br>Debtor: | 9292<br>WINN-DIXIE STORES, INC. | $3,167,850.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 407463**<br>LASALLE BANK NATL ASSOC, AS TTEE<br>HOLDERS OF BEAR STEARNS COMM MORTG<br>C/O MCKENNA LONG & ALDRIDGE LLP<br>ATTN: B SUMMER CHANDLER<br>303 PEACHTREE ST, STE 5300<br>ATLANTA GA  30308 | 10816<br>Debtor: | 10815<br>WINN-DIXIE STORES, INC. | $838,708.34 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408168**<br>LIF REALTY TRUST<br>C/O SMITH ANDERSON LAW FIRM<br>ATTN: AMOS U PRIESTER, IV, ESQ<br>PO BOX 2611<br>RALEIGH NC  27602-2611<br><br>Transferee: DELLACAMERA CAPITAL MASTER FUND LTD | 8103<br>Debtor: | 6043<br>WINN-DIXIE STORES, INC. | $156,316.61 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416943**<br>LNR PARTNERS, INC FOR LASALLE BANK<br>TTEE STRUCTURED ASSET SERIES 2002C2<br>C/O KOZYAK TROPIN & THROCKMORTON PA<br>ATTN JOHN W KOZYAK, ESQ<br>2525 PONCE DE LEON, 9TH FLOOR<br>CORAL GABLES  FL  33134 | 12422<br>Debtor: | 12421<br>WINN-DIXIE STORES, INC. | $115,641.32 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTIETH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 452383**<br>LPI CALHOUN, INC<br>C/O CHAMBERLAIN, HRDLICKA, ET AL<br>ATTN JAMES L PAUL, ESQ<br>191 PEACHTREE STREET NE, 34TH FLOOR<br>ATLANTA  GA  30303 | 13306<br>Debtor: | 13305<br>WINN-DIXIE STORES, INC. | $383,652.48 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 452383**<br>LPI CALHOUN, INC<br>C/O CHAMBERLAIN, HRDLICKA, ET AL<br>ATTN JAMES L PAUL, ESQ<br>191 PEACHTREE STREET NE, 34TH FLOOR<br>ATLANTA  GA  30303 | 13380<br>Debtor: | 13379<br>WINN-DIXIE STORES, INC. | $380,431.91 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 255262**<br>MADISON STATION PROPERTIES LLC<br>ATTN JOHN STRATTON II<br>6360 I-55 NORTH, SUITE 210<br>JACKSON, MS  39211<br><br>Transferee: MADISON INVESTMENT TRUST - SERIES 1<br>Counsel: ATTN DOUGLAS C NOBLE, ESQ | 12234<br>Debtor: | 12233<br>WINN-DIXIE STORES, INC. | $448,864.86 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 1570**<br>MAIN STREET MARKETPLACE, LLC<br>ATTN E PAUL STREMPEL, JR<br>III RIVERCHASE OFFICE PLAZA, STE 10<br>BIRMINGHAM, AL  35244<br><br>Counsel: ATTN MARJORIE O DABBS, ESQ | 8630<br>Debtor: | 8631<br>WINN-DIXIE STORES, INC. | $426,452.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 1570**<br>MAIN STREET MARKETPLACE, LLC<br>ATTN E PAUL STREMPEL, JR<br>III RIVERCHASE OFFICE PLAZA, STE 10<br>BIRMINGHAM, AL  35244<br><br>Transferee: LCH OPPORTUNITIES LLC<br>Counsel: ATTN MARJORIE O DABBS, ESQ | 12483<br>Debtor: | 12488<br>WINN-DIXIE STORES, INC. | $942,595.84 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTIETH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 1929**<br>MARKET AT BYRAM LLC, THE<br>C/O SOUTHGATE REALTY, LLC<br>PO BOX 16615<br>HATTIESBURG, MS 39402 | 8847<br>**Debtor:** | 8846<br>**WINN-DIXIE STORES, INC.** | $71,005.36 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN MARCUS M WILSON, ESQ | | | | |
| **Creditor Id: 1929**<br>MARKET AT BYRAM LLC, THE<br>C/O SOUTHGATE REALTY, LLC<br>PO BOX 16615<br>HATTIESBURG, MS 39402 | 12335<br>**Debtor:** | 12334<br>**WINN-DIXIE STORES, INC.** | $277,590.65 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN MARCUS M WILSON, ESQ | | | | |
| **Creditor Id: 410940**<br>MCALESTER VENTURE, INC<br>C/O H J TAYLOR & ASSOCIATES, INC<br>ATTN HARVE J TAYLOR, PRESIDENT<br>PO BOX 640<br>BENTONVILLE AR 72712 | 10180<br>**Debtor:** | 10179<br>**WINN-DIXIE STORES, INC.** | $160,955.96 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Transferee: LONGACRE MASTER FUND LTD | | | | |
| **Creditor Id: 408260**<br>MCW-RC GA PEACHTREE PKWY PLAZA, LLC<br>C/O HELD & ISRAEL<br>ATTN A FRISCH/E W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | 8717<br>**Debtor:** | 8716<br>**WINN-DIXIE STORES, INC.** | $121,445.26 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408260**<br>MCW-RC GA PEACHTREE PKWY PLAZA, LLC<br>C/O HELD & ISRAEL<br>ATTN A FRISCH/E W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | 13303<br>**Debtor:** | 13304<br>**WINN-DIXIE STORES, INC.** | $125,561.80 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410382**<br>MORRO PALMS SHOPPING CENTER, GP<br>C/O COOLEY GODWARD LLP<br>ATTN J MICHAEL KELLY, ESQ<br>101 CALIFORNIA STREET, 5TH FLOOR<br>SAN FRANCISCO CA 94111 | 12315<br>**Debtor:** | 12314<br>**WINN-DIXIE STORES, INC.** | $349,305.81 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 410382**<br>MORRO PALMS SHOPPING CENTER, GP<br>C/O COOLEY GODWARD LLP<br>ATTN J MICHAEL KELLY, ESQ<br>101 CALIFORNIA STREET, 5TH FLOOR<br>SAN FRANCISCO CA 94111 | 13101<br>Debtor: | 13100<br>WINN-DIXIE STORES, INC. | $370,329.89 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410396**<br>MUSEUM ASSOCIATES<br>C/O ROBINSON BRADSHAW & HINSON, PA<br>ATTN DAVID M SCHILLI, ESQ<br>101 N TRYON STREET, SUITE 1900<br>CHARLOTTE NC 28246<br><br>Transferee: LCH OPPORTUNITIES LLC | 7405<br>Debtor: | 7404<br>WINN-DIXIE STORES, INC. | $40,309.70 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410396**<br>MUSEUM ASSOCIATES<br>C/O ROBINSON BRADSHAW & HINSON, PA<br>ATTN DAVID M SCHILLI, ESQ<br>101 N TRYON STREET, SUITE 1900<br>CHARLOTTE NC 28246<br><br>Transferee: LCH OPPORTUNITIES LLC | 12084<br>Debtor: | 12083<br>WINN-DIXIE STORES, INC. | $293,214.01 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410728**<br>NFLC 1998-2 CHARLESTON MARKET, LLC<br>C/O LNR PARTNERS, INC<br>ATTN DANNY VANDER REIS<br>1601 WASHINGTON AVE, SUITE 700<br>MIAMI FL 33139<br><br>Counsel: ATTN LAUREL M ISICOFF, ESQ | 9496<br>Debtor: | 9497<br>WINN-DIXIE STORES, INC. | $290,885.10 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410588**<br>NORTH AMERICAN CO LIFE & HEALTH INS<br>BY MIDLAND ADVISORS CO, AS AGENT<br>ATTN ERIC SILVERGOLD<br>135 EAST 57TH STREET<br>NEW YORK NY 10022<br><br>Counsel: ATTN TED SMITH, ESQ | 9813<br>Debtor: | 9812<br>WINN-DIXIE STORES, INC. | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 257461**<br>NORTHWEST JUNCTION PARTNERS<br>C/O NANCY M LANE, GEN PARTNER<br>1855 LAKELAND DRIVE, SUITE G-10<br>JACKSON, MS 39216 | 8255<br>Debtor: | 8257<br>WINN-DIXIE STORES, INC. | $106,890.93 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN MARCUS M WILSON, ESQ | | | | |
| **Creditor Id: 415976**<br>OCEAN 505 ASSOCIATES, LLC. &<br>GRANDECKS ASSOCIATES, LLC<br>C/O ECKSTEIN PROPERTIES LLC, AGENT<br>ATTN SHIMON ECKSTEIN<br>60 BROAD STREET, SUITE 3503<br>NEW YORK NY 10004 | 12009<br>Debtor: | 12008<br>WINN-DIXIE STORES, INC. | $342,417.38 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: WILLIAM J MAFFUCCI, ESQ | | | | |
| **Creditor Id: 411180**<br>ORIX CAPITAL MKTS, SERIES 1999-C2<br>HOLDERS OF FIRST UNION-LEHMAN ET AL<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLLEY, ESQS<br>TWO HOPKINS PLAZA, SUITE 1800<br>BALTIMORE MD 21201 | 11259<br>Debtor: | 11260<br>WINN-DIXIE STORES, INC. | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410445**<br>OSCHIN, SAMUEL, TRUSTEE<br>BARBARA OSCHIN PRIMICERIO TRUST<br>ATTN PATRICIA WHITELEY<br>400 SOUTH HOPE STREET, SUITE 400<br>LOS ANGELES CA 90071-2806 | 8176<br>Debtor: | 8175<br>WINN-DIXIE STORES, INC. | $104,735.89 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN DAVID S KUPETZ, ESQ. | | | | |
| **Creditor Id: 533711**<br>PALM LAKES, LLC BY<br>COLEMAN GROUP<br>C/O WYATT TARRANT & COMBS, LLP<br>ATTN MARY L FULLINGTON, ESQ<br>250 WEST MAIN STREET, SUITE 1600<br>LEXINGTON KY 40507 | 13409<br>Debtor: | 13410<br>WINN-DIXIE STORES, INC. | $358,356.41 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 384279**<br>PAMALEE PLAZA ASSOCIATES<br>C/O SWAIN MANAGEMENT LLC<br>ATTN H DAVID SWAIN<br>1111 MILITARY CUTOFF ROAD, STE 251<br>WILMINGTON, NC 28405 | 8184<br>Debtor: | 8185<br>WINN-DIXIE STORES, INC. | $110,850.16 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GENE B TARR, ESQ | | | | |
| **Creditor Id: 410887**<br>PASCAGOULA PROPERTIES, LTD<br>C/O HARWELL HOWARD HYNE ET AL<br>ATTN DAVID P CANAS, ESQ<br>315 DEADERICK STREET, STE 1800<br>NASHVILLE TN 37238 | 12337<br>Debtor: | 12336<br>WINN-DIXIE STORES, INC. | $538,690.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 407609**<br>PG-1 DEVELOPMENT COMPANY<br>C/O ROBINSON BARTON MCCARTHY ET AL<br>ATTN W E CALLOWAY, ESQ<br>PO BOX 12287<br>COLUMBIA SC 29211-2287 | 4583<br>Debtor: | 4582<br>WINN-DIXIE STORES, INC. | $217,399.60 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN RICHARD R THAMES | | | | |
| **Creditor Id: 2478**<br>PICKENS NALLEY, LP<br>GARRET PICKENS PARTNERSHIP, LP<br>PO BOX 1929<br>EASLEY SC 29641 | 12302<br>Debtor: | 12301<br>WINN-DIXIE STORES, INC. | $670,879.31 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN JEAN WINBORNE BOYLES, ESQ | | | | |
| **Creditor Id: 1715**<br>PINSON VALLEY LTD<br>C/O HELMS-ROARK INC, AGENT<br>ATTN ELIZABETH DEAN, VP<br>PO BOX 1149<br>MONTGOMERY, AL 36101-1149 | 10831<br>Debtor: | 10832<br>WINN-DIXIE STORES, INC. | $29,509.28 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTIETH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 410937**<br>PLUNKETT, ESTATE OF HC<br>C/O ANGELA HEALY<br>PO BOX 13492<br>JACKSON MS 39236-3492 | 12292<br>Debtor: | 12193<br>WINN-DIXIE STORES, INC. | $1,104,476.18 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN STEPHEN W ROSENBLATT, ESQ | | | | |
| **Creditor Id: 258660**<br>PMT PARTNERS V LLC<br>C/O BELL MOORE GROUP INC<br>ATTN LYNN MOORE, VP<br>5200 PARK ROAD, SUITE 120<br>CHARLOTTE, NC 28209 | 12387<br>Debtor: | 12388<br>WINN-DIXIE STORES, INC. | $872,544.61 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Transferee: LCH OPPORTUNITIES LLC<br>Counsel: ATTN JOHN S BRANNON, ESQ. | | | | |
| **Creditor Id: 2481**<br>PREMIER PLAZA ASSOCIATES LLC<br>ATTN STEPHEN B SWARTZ, MGG MEMBER<br>3060 PEACHTREE ROAD, SUITE 1850<br>ATLANTA, GA 30305 | 7840<br>Debtor: | 7839<br>WINN-DIXIE STORES, INC. | $10,932,176.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001 | 8820<br>Debtor: | 8821<br>WINN-DIXIE STORES, INC. | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN MARGERY N REED, ESQ | | | | |
| **Creditor Id: 408375**<br>PROTECTIVE LIFE INSURANCE CO<br>C/O HOLLAND & KNIGHT LLP<br>ATTN CHARLES S MCCALL, ESQ<br>PO BOX 52687<br>JACKSONVILLE FL 32201-2687 | 7037<br>Debtor: | 7117<br>WINN-DIXIE STORES, INC. | $831,482.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTIETH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 408375**<br>PROTECTIVE LIFE INSURANCE CO<br>C/O HOLLAND & KNIGHT LLP<br>ATTN CHARLES S MCCALL, ESQ<br>PO BOX 52687<br>JACKSONVILLE FL 32201-2687 | 12098<br>Debtor: | 12097<br>WINN-DIXIE STORES, INC. | $629,831.25 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Transferee: HAIN CAPITAL HOLDINGS LLC | | | | |
| **Creditor Id: 408375**<br>PROTECTIVE LIFE INSURANCE CO<br>C/O HOLLAND & KNIGHT LLP<br>ATTN CHARLES S MCCALL, ESQ<br>PO BOX 52687<br>JACKSONVILLE FL 32201-2687 | 13229<br>Debtor: | 13230<br>WINN-DIXIE STORES, INC. | $271,083.09 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Transferee: LCH OPPORTUNITIES LLC | | | | |
| **Creditor Id: 408299**<br>RIVER OAKS PARTNERSHIP<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | 8286<br>Debtor: | 8287<br>WINN-DIXIE STORES, INC. | $8,477.10 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408299**<br>RIVER OAKS PARTNERSHIP<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | 12069<br>Debtor: | 12068<br>WINN-DIXIE STORES, INC. | $388,235.32 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 2496**<br>ROARK, RANDY<br>C/O HELMS ROARK INC, AGENT<br>ATTN ELIZABETH DEAN, VP<br>PO BOX 1149<br>MONTGOMERY, AL 36101-1149 | 10822<br>Debtor: | 10821<br>WINN-DIXIE STORES, INC. | $28,378.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 416257**<br>ROARK, RANDY<br>C/O WALSTON WELLS & BIRCHALL, LLP<br>ATTN EDWARD J ASHTON, ESQ.<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203 | 12151<br>Debtor: | 12150<br>WINN-DIXIE STORES, INC. | $482,602.19 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Transferee: JEFFERSON-PILOT INVESTMENTS INC | | | | |
| **Creditor Id: 2521**<br>ROSEMYR CORPORATION, THE<br>ATTN GEORGE M HARVIN, PRESIDENT<br>PO BOX 108<br>HENDERSON, NC 27536-0108 | 11940<br>Debtor: | 11939<br>WINN-DIXIE STORES, INC. | $520,835.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416922**<br>RUSSELL CROSSING PARTNERS, LTD<br>C/O HARWELL HOWARD HYNE ET AL.<br>ATTN DAVID P CANAS, ESQ<br>315 DEADERICK STREET, SUITE 1800<br>NASHVILLE TN 37238 | 12341<br>Debtor: | 12340<br>WINN-DIXIE STORES, INC. | $308,100.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 260327**<br>SALEM CROSSING SHOPPING CENTER LLC<br>C/O SPECTRUM REALTY ADVISORS INC<br>5871 GLENRIDGE DRIVE, SUITE 400<br>ATLANTA, GA 30328 | 6196<br>Debtor: | 6195<br>WINN-DIXIE STORES, INC. | $47,809.64 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN CHRISTIE L DOWLING, ESQ | | | | |
| **Creditor Id: 410481**<br>SAM DEVELOPMENT ASSOCIATES, LLC<br>C/O BROWN RAYSMAN MILLSTEIN ET AL<br>ATTN JAMES J VINCEQUERRA, ESQ<br>900 THIRD AVENUE<br>NEW YORK NY 10022 | 8158<br>Debtor: | 8486<br>WINN-DIXIE STORES, INC. | $454,857.51 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410519**<br>SARAN, LTD<br>C/O FULBRIGHT & JAWORSKI LLP<br>ATTN J BOLTON & K NEWSOME, ESQS<br>1301 MCKINNEY, SUITE 5100<br>HOUSTON TX 77010-3095 | 8477<br>Debtor: | 8478<br>WINN-DIXIE STORES, INC. | $318,500.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTIETH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 260495**<br>SAWICKI REALTY CO<br>ATTN HENRY J SAWICKI, III, PRES<br>118 W WAYNE ST<br>MAUMEE, OH 43537 | 11982<br>Debtor: | 11981<br>WINN-DIXIE STORES, INC. | $1,093,475.80 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Transferee: SAWICKI REALTY CO<br>Counsel: ATTN: THOMAS A GIBSON, ESQ | | | | |
| **Creditor Id: 252605**<br>SELL, JAMES W & CAROLYN R<br>449 FAIRRIDGE ROAD<br>JOHNSON CITY TN 37604 | 12786<br>Debtor: | 12780<br>WINN-DIXIE STORES, INC. | $6,552,767.10 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN EDWARD T BRADING, ESQ | | | | |
| **Creditor Id: 1835**<br>SHEPHERDSVILLE MALL ASSOCIATES, LP<br>C/O CENTER SERVICES INC<br>ATTN MARCIA E SPANGLER<br>6200 CRESTWOOD STATION<br>CRESTWOOD, KY 40014 | 7842<br>Debtor: | 8159<br>WINN-DIXIE STORES, INC. | $201,960.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 1863**<br>SOUTH WIN LIMITED PARTNERSHIP<br>ATTN VICTOR J MILLS, MGR PARTNER<br>BUILDING 100, SUITE 370<br>2743 PERIMETER PARKWAY<br>AUGUSTA, GA 30909 | 6729<br>Debtor: | 6728<br>WINN-DIXIE STORES, INC. | $52,166.32 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN JAY M SAWILOWSKY, ESQ | | | | |
| **Creditor Id: 1863**<br>SOUTH WIN LIMITED PARTNERSHIP<br>ATTN VICTOR J MILLS, MGR PARTNER<br>BUILDING 100, SUITE 370<br>2743 PERIMETER PARKWAY<br>AUGUSTA, GA 30909 | 12133<br>Debtor: | 12132<br>WINN-DIXIE STORES, INC. | $449,500.06 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN JAY M SAWILOWSKY, ESQ | | | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 1872**<br>SOUTHGATE ASSOCIATES II LP<br>C/O THE COVINGTON CO<br>ATTN JAMES E COVINGTON JR, PRES<br>PO BOX 8510<br>RICHMOND, VA 23226 | 9381<br>Debtor: | 9382<br>WINN-DIXIE STORES, INC. | $628,859.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408321**<br>SOUTHLAND-MANSFIELD WD<br>DELAWARE BUSINESS TRUST<br>C/O NEAL, GERBER & EISENBERG LLP<br>ATTN THOMAS C WOLFORD, ESQ<br>2 N LASALLE STREET, SUITE 2300<br>CHICAGO IL 60602 | 10864<br>Debtor: | 10863<br>WINN-DIXIE STORES, INC. | $1,171,570.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 261482**<br>SOUTHMARK PROPERTIES LLC<br>C/O HELMS ROARK INC, AGENT<br>ATTN ELIZABETH DEAN, VP<br>PO BOX 1149<br>MONTGOMERY, AL 36101-1149 | 10830<br>Debtor: | 10829<br>WINN-DIXIE STORES, INC. | $67,240.36 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416272**<br>SOUTHMARK PROPERTIES, LLC<br>C/O KING DRUMMOND & DABBS, PC<br>ATTN MARJORIE O DABBS, ESQ.<br>100 CENTERVIEW DRIVE, SUITE 180<br>BIRMINGHAM AL 35216<br><br>Transferee: LCH OPPORTUNITIES LLC | 12259<br>Debtor: | 12258<br>WINN-DIXIE STORES, INC. | $917,021.74 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 278567**<br>SPECTRUM/GRANDVIEW PINES LLC<br>C/O SPECTRUM DEVELOPMENT CO, LLC<br>ATTN EDGAR H FATZINGER, III, MEMBER<br>PO BOX 11045<br>MONTGOMERY AL 36111 | 6159<br>Debtor: | 6158<br>WINN-DIXIE STORES, INC. | $206,363.58 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 411055**<br>SR-JLB/JAB, LLC & SR-TCS, LLC<br>C/O BELMONT INVESTMENT CORP<br>ATTN B BELMONT/S HARNER/P MARDINLY<br>600 HAVERFORD ROAD, SUITE G101<br>HAVERFORD PA 19041 | 12401<br>Debtor: | 12402<br>WINN-DIXIE STORES, INC. | $1,014,201.19 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 2597**<br>STOCKMAN & NALLEY PARTNERSHIP<br>1142 REYNOLDS AVENUE<br>GREENWOOD, SC 29649<br><br>Counsel: ATTN JEAN WINBORNE BOYLES, ESQ | 12304<br>Debtor: | 12303<br>WINN-DIXIE STORES, INC. | $412,954.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410916**<br>SWISS RE ASSET MGMT (AMERICAS) INC<br>BY CAPMARK SERVICES, INC, AGENT<br>C/O GMAC COMMERCIAL MORTGAGE CORP<br>ATTN SUSAN C TARNOWER<br>THREE RAVINIA DRIVE, STE 200<br>ATLANTA GA 30346<br><br>Counsel: ATTN MARGERY N REED, ESQ | 10089<br>Debtor: | 10088<br>WINN-DIXIE STORES, INC. | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 407786**<br>W/D LEXINGTON, LLC<br>C/O KRUG INVESTMENTS, LLC<br>ATTN: DAVID KRUG, MGR.<br>131 PROVIDENCE ROAD<br>CHARLOTTE NC 28207<br><br>Transferee: ASM CAPITAL LP<br>Counsel: ATTN JAMES H PULLIAM, ESQ | 8567<br>Debtor: | 5594<br>WINN-DIXIE STORES, INC. | $287,149.56 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 278595**<br>WALKER CHAPEL PLAZA LLC<br>C/O SPECTRUM DEVELOPMENT CO, LLC<br>ATTN EDGAR H FATZINGER, III, MEMBER<br>PO BOX 11045<br>MONTGOMERY AL 36111 | 6157<br>Debtor: | 6156<br>WINN-DIXIE STORES, INC. | $187,240.25 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 264351**<br>WALKER LA COMMERCIAL<br>PROPERTIES DEVELOPMENT CO LLC<br>ATTN C MORTON OR C MARTIN ESQ<br>5630 BANKERS AVENUE<br>BATON ROUGE, LA 70808 | 3897<br>**Debtor:** | 3898<br>WINN-DIXIE STORES, INC. | $73,543.28 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN PAUL SILVERMAN, ESQ | | | | |
| **Creditor Id: 416937**<br>WATERS, INC<br>ATTN K MARTIN WATERS JR, CHAIRMAN<br>301 S MCDOWELL STREET, SUITE 210<br>CHARLOTTE NC 28204 | 12885<br>**Debtor:** | 12884<br>WINN-DIXIE STORES, INC. | $779,253.53 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Transferee: LCH OPPORTUNITIES LLC | | | | |
| **Creditor Id: 410682**<br>WD FAYETTEVILLE GA LLC<br>C/O I REISS & COMPANY<br>ATTN LINDA HEFFNER, MGR MEMBER<br>200 EAST 61ST STREET, SUITE 29F<br>NEW YORK NY 10021 | 8371<br>**Debtor:** | 8370<br>WINN-DIXIE STORES, INC. | $1,228,781.51 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 278598**<br>WD ROANOKE LLC<br>C/O I REISS & COMPANY<br>ATTN LINDA HEFFNER, MGR MEMBER<br>200 EAST 61ST STREET, SUITE 29F<br>NEW YORK NY 10021 | 8365<br>**Debtor:** | 8366<br>WINN-DIXIE STORES, INC. | $961,642.68 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 2666**<br>WD ROCKY MOUNT VA PARTNERS LLC<br>C/O I REISS & SON<br>ATTN LINDA HEFFNER, MGR MEMBER<br>200 EAST 61ST STREET, SUITE 29F<br>NEW YORK NY 10021 | 8367<br>**Debtor:** | 8368<br>WINN-DIXIE STORES, INC. | $606,626.01 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTIETH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 2001**<br>WEST ECK PARTNERS LP<br>ATTN VICTOR J MILLS<br>BUILDING 100, SUITE 370<br>2743 PERIMETER PARKWAY<br>AUGUSTA, GA 30909<br><br>Counsel: ATTN JAY M SAWILOWSKY, ESQ | 6731<br>Debtor: | 6730<br>WINN-DIXIE STORES, INC. | $10,979.81 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 415966**<br>WESTLAND PLAZA ASSOCIATES, LP<br>C/O STIRLING PROPERTIES<br>ATTN DONNA TAYLOR<br>109 NORTHPARK BLVD, SUITE 300<br>COVINGTON LA 70433<br><br>Counsel: ATTN J DAVID FORSYTH, ESQ. | 4196<br>Debtor: | 4195<br>WINN-DIXIE STORES, INC. | $28,654.43 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 415966**<br>WESTLAND PLAZA ASSOCIATES, LP<br>C/O STIRLING PROPERTIES<br>ATTN DONNA TAYLOR<br>109 NORTHPARK BLVD, SUITE 300<br>COVINGTON LA 70433<br><br>Counsel: ATTN J DAVID FORSYTH, ESQ. | 11966<br>Debtor: | 11965<br>WINN-DIXIE STORES, INC. | $225,217.96 | DUPLICATE DIFFERENT DEBTOR OF CLAIM LISTED IN REMAINING CLAIM COLUMN, WHICH CLAIM WAS AMENDED BY CLAIM NUMBER 13454. |
| **Creditor Id: 415966**<br>WESTLAND PLAZA ASSOCIATES, LP<br>C/O STIRLING PROPERTIES<br>ATTN DONNA TAYLOR<br>109 NORTHPARK BLVD, SUITE 300<br>COVINGTON LA 70433<br><br>Counsel: ATTN J DAVID FORSYTH, ESQ. | 13454<br>Debtor: | 13453<br>WINN-DIXIE STORES, INC. | $214,551.29 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408298**<br>WESTSIDE CITY, INC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | 8289<br>Debtor: | 8288<br>WINN-DIXIE STORES, INC. | $2,977.01 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 408298**<br>WESTSIDE CITY, INC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE  FL  32207 | 12071<br>Debtor: | 12070<br>WINN-DIXIE STORES, INC. | $454,665.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416941**<br>WIGGS REALTY COMPANY OF KENTUCKY<br>ATTN HARRY SINGER, PRESIDENT<br>11012 AURORA HUDSON ROAD<br>STREETSBORO  OH  44241-1629<br><br>Counsel: ATTN PAUL J SINGERMAN, ESQ | 12415<br>Debtor: | 12414<br>WINN-DIXIE STORES, INC. | $882,604.42 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 47**<br>WILMINGTON TRUST CO, INDIV/IND TTEE<br>ATTN CORPORATE TRUST ADMINISTRATION<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE  19890-1615<br><br>Counsel: ATTN STEVEN REISMAN/ANDREW  THAU | 8393<br>Debtor: | 8394<br>WINN-DIXIE RALEIGH, INC. | $310,500,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 47**<br>WILMINGTON TRUST CO, INDIV/IND TTEE<br>ATTN CORPORATE TRUST ADMINISTRATION<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE  19890-1615<br><br>Counsel: ATTN STEVEN REISMAN/ANDREW  THAU | 8393<br>Debtor: | 8395<br>DEEP SOUTH PRODUCTS, INC. | $310,500,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 47**<br>WILMINGTON TRUST CO, INDIV/IND TTEE<br>ATTN CORPORATE TRUST ADMINISTRATION<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE  19890-1615<br><br>Counsel: ATTN STEVEN REISMAN/ANDREW  THAU | 8393<br>Debtor: | 8396<br>DIXIE PACKERS, INC. | $310,500,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:   47**<br>WILMINGTON TRUST CO, INDIV/IND TTEE<br>ATTN CORPORATE TRUST ADMINISTRATION<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE  19890-1615 | 8393<br>Debtor: | 8397<br>WINN-DIXIE MONTGOMERY, INC. | $310,500,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN STEVEN REISMAN/ANDREW  THAU | | | | |
| **Creditor Id:   47**<br>WILMINGTON TRUST CO, INDIV/IND TTEE<br>ATTN CORPORATE TRUST ADMINISTRATION<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE  19890-1615 | 8393<br>Debtor: | 8398<br>WINN-DIXIE LOGISTICS, INC. | $310,500,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN STEVEN REISMAN/ANDREW  THAU | | | | |
| **Creditor Id:   47**<br>WILMINGTON TRUST CO, INDIV/IND TTEE<br>ATTN CORPORATE TRUST ADMINISTRATION<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE  19890-1615 | 8393<br>Debtor: | 8399<br>WINN-DIXIE PROCUREMENT, INC. | $310,500,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN STEVEN REISMAN/ANDREW  THAU | | | | |
| **Creditor Id:   47**<br>WILMINGTON TRUST CO, INDIV/IND TTEE<br>ATTN CORPORATE TRUST ADMINISTRATION<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE  19890-1615 | 8393<br>Debtor: | 8400<br>WINN-DIXIE SUPERMARKETS, INC. | $310,500,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN STEVEN REISMAN/ANDREW  THAU | | | | |
| **Creditor Id:   47**<br>WILMINGTON TRUST CO, INDIV/IND TTEE<br>ATTN CORPORATE TRUST ADMINISTRATION<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE  19890-1615 | 8393<br>Debtor: | 8401<br>CRACKIN' GOOD, INC. | $310,500,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN STEVEN REISMAN/ANDREW  THAU | | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTIETH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 47**<br>WILMINGTON TRUST CO, INDIV/IND TTEE<br>ATTN CORPORATE TRUST ADMINISTRATION<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890-1615 | 8393<br>Debtor: | 8402<br>ASTOR PRODUCTS, INC. | $310,500,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN STEVEN REISMAN/ANDREW THAU | | | | |
| **Creditor Id: 47**<br>WILMINGTON TRUST CO, INDIV/IND TTEE<br>ATTN CORPORATE TRUST ADMINISTRATION<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890-1615 | 8393<br>Debtor: | 8753<br>SUPERIOR FOOD COMPANY | $310,500,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN STEVEN REISMAN/ANDREW THAU | | | | |
| **Creditor Id: 47**<br>WILMINGTON TRUST CO, INDIV/IND TTEE<br>ATTN CORPORATE TRUST ADMINISTRATION<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890-1615 | 8393<br>Debtor: | 8754<br>ECONOMY WHOLESALE DISTRIBUTORS, INC. | $310,500,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN STEVEN REISMAN/ANDREW THAU | | | | |
| **Creditor Id: 47**<br>WILMINGTON TRUST CO, INDIV/IND TTEE<br>ATTN CORPORATE TRUST ADMINISTRATION<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890-1615 | 8393<br>Debtor: | 8755<br>DIXIE-HOME STORES, INC. | $310,500,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN STEVEN REISMAN/ANDREW THAU | | | | |
| **Creditor Id: 47**<br>WILMINGTON TRUST CO, INDIV/IND TTEE<br>ATTN CORPORATE TRUST ADMINISTRATION<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890-1615 | 8393<br>Debtor: | 8756<br>DIXIE SPIRITS, INC. | $310,500,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN STEVEN REISMAN/ANDREW THAU | | | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id: 47 | 8393 | 8757 | $310,500,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| WILMINGTON TRUST CO, INDIV/IND TTEE | Debtor: | TABLE SUPPLY FOOD STORES CO., INC. | | |
| ATTN CORPORATE TRUST ADMINISTRATION | | | | |
| RODNEY SQUARE NORTH | | | | |
| 1100 NORTH MARKET STREET | | | | |
| WILMINGTON, DE 19890-1615 | | | | |
| Counsel: ATTN STEVEN REISMAN/ANDREW THAU | | | | |
| Creditor Id: 47 | 8393 | 8758 | $310,500,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| WILMINGTON TRUST CO, INDIV/IND TTEE | Debtor: | DEEP SOUTH DISTRIBUTORS, INC. | | |
| ATTN CORPORATE TRUST ADMINISTRATION | | | | |
| RODNEY SQUARE NORTH | | | | |
| 1100 NORTH MARKET STREET | | | | |
| WILMINGTON, DE 19890-1615 | | | | |
| Counsel: ATTN STEVEN REISMAN/ANDREW THAU | | | | |
| Creditor Id: 47 | 8393 | 8759 | $310,500,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| WILMINGTON TRUST CO, INDIV/IND TTEE | Debtor: | DIXIE STORES, INC. | | |
| ATTN CORPORATE TRUST ADMINISTRATION | | | | |
| RODNEY SQUARE NORTH | | | | |
| 1100 NORTH MARKET STREET | | | | |
| WILMINGTON, DE 19890-1615 | | | | |
| Counsel: ATTN STEVEN REISMAN/ANDREW THAU | | | | |
| Creditor Id: 47 | 8393 | 8760 | $310,500,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| WILMINGTON TRUST CO, INDIV/IND TTEE | Debtor: | DIXIE DARLING BAKERS, INC. | | |
| ATTN CORPORATE TRUST ADMINISTRATION | | | | |
| RODNEY SQUARE NORTH | | | | |
| 1100 NORTH MARKET STREET | | | | |
| WILMINGTON, DE 19890-1615 | | | | |
| Counsel: ATTN STEVEN REISMAN/ANDREW THAU | | | | |
| Creditor Id: 47 | 8393 | 8761 | $310,500,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| WILMINGTON TRUST CO, INDIV/IND TTEE | Debtor: | WD BRAND PRESTIGE STEAKS, INC. | | |
| ATTN CORPORATE TRUST ADMINISTRATION | | | | |
| RODNEY SQUARE NORTH | | | | |
| 1100 NORTH MARKET STREET | | | | |
| WILMINGTON, DE 19890-1615 | | | | |
| Counsel: ATTN STEVEN REISMAN/ANDREW THAU | | | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 47**<br>WILMINGTON TRUST CO, INDIV/IND TTEE<br>ATTN CORPORATE TRUST ADMINISTRATION<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890-1615 | 8393<br>Debtor: | 8762<br>SUNDOWN SALES, INC. | $310,500,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN STEVEN REISMAN/ANDREW THAU | | | | |
| **Creditor Id: 47**<br>WILMINGTON TRUST CO, INDIV/IND TTEE<br>ATTN CORPORATE TRUST ADMINISTRATION<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890-1615 | 8393<br>Debtor: | 8763<br>SUNBELT PRODUCTS, INC. | $310,500,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN STEVEN REISMAN/ANDREW THAU | | | | |
| **Creditor Id: 47**<br>WILMINGTON TRUST CO, INDIV/IND TTEE<br>ATTN CORPORATE TRUST ADMINISTRATION<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890-1615 | 8393<br>Debtor: | 8764<br>KWIK CHEK SUPERMARKETS, INC. | $310,500,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN STEVEN REISMAN/ANDREW THAU | | | | |
| **Creditor Id: 47**<br>WILMINGTON TRUST CO, INDIV/IND TTEE<br>ATTN CORPORATE TRUST ADMINISTRATION<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890-1615 | 8393<br>Debtor: | 8765<br>FOODWAY STORES, INC. | $310,500,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN STEVEN REISMAN/ANDREW THAU | | | | |
| **Creditor Id: 47**<br>WILMINGTON TRUST CO, INDIV/IND TTEE<br>ATTN CORPORATE TRUST ADMINISTRATION<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890-1615 | 8393<br>Debtor: | 8766<br>WINN-DIXIE HANDYMAN, INC. | $310,500,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN STEVEN REISMAN/ANDREW THAU | | | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 407473**<br>WILMINGTON TRUST CO/WADE, W.J, TTEES<br>SOUTHLAND-JONESBORO WD DE BUS TRUST<br>C/O NEAL GERBER & EISENBERG LLP<br>ATTN THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, SUITE 2300<br>CHICAGO  IL  60602 | 12162<br>Debtor: | 12161<br>WINN-DIXIE STORES, INC. | $513,042.87 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Transferee: LASALLE BANK NA AS TRUSTEE FOR | | | | |
| **Creditor Id: 407489**<br>WILMINGTON TRUST CO/WADE, W.J, TTEES<br>SOUTHLAND-POWDER SPRINGS WD DE BUS<br>C/O NEAL GERBER & EISENBERG LLP<br>ATTN: THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2300<br>CHICAGO  IL  60602 | 12164<br>Debtor: | 12163<br>WINN-DIXIE STORES, INC. | $425,046.09 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 407479**<br>WILMINGTON TRUST COMPANY, TTEE<br>SOUTHLAND-WACO WD DEL BUS TRUST<br>C/O NEAL GERBER EISENBERG LLP<br>ATTN THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2300<br>CHICAGO  IL  60602 | 13403<br>Debtor: | 13403<br>WINN-DIXIE STORES, INC. | $282,155.07 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410584**<br>WILMINGTON TRUST COMPANY, TTEE<br>SOUTHLAND-ARLINGTON WD DE BUS TRUST<br>C/O NEAL, GERBER & EISENBERG<br>ATTN THOMAS C WOLFORD, ESQ<br>2 N LASALLE STREET, SUITE 2200<br>CHICAGO  IL  60602 | 13415<br>Debtor: | 13416<br>WINN-DIXIE STORES, INC. | $659,244.66 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 264940**<br>WINDWARD PARTNERS IV LP<br>C/O COLDWELL BANKER CAINE REAL ESTA<br>ATTN HENRY HOROWITZ, PRES<br>111 WILLIAMS STREET<br>PO BOX 2287<br>GREENVILLE,  SC  29602 | 6822<br>Debtor: | 6821<br>WINN-DIXIE STORES, INC. | $41,737.90 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Transferee: ASM CAPITAL II, LP<br>Counsel: ATTN ANDREW J WHITE JR, ESQ | | | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id: 452127 | 13240 | 13241 | $1,045,218.70 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| WOODLAND HARTFORD ASSOCIATES, LLC | Debtor: | WINN-DIXIE STORES, INC. | | |
| C/O OFFICES OF JOEL SHAFFERMAN, LLC | | | | |
| ATTN JOEL SHAFFERMAN, ESQ | | | | |
| 80 WALL STREET, SUITE 910 | | | | |
| NEW YORK, NY 10005 | | | | |

Total Claims to be Disallowed:          173

Total Amount to be Disallowed:     $7,241,126,993.55     Plus Unliquidated Amounts, If Any

**EXHIBIT B**

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - DUPLICATE LIABILITY DIFFERENT DEBTOR CLAIMS
TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 411177**<br>ALLIED CAPITAL CORP CLASSES ABC<br>ACGS 2004, LLC<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE  MD  21201 | 10952<br>Debtor: | 11246<br>WINN-DIXIE STORES, INC. | $2,986,835.15 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410699**<br>CAFFERY CENTER, LLC<br>C/O PLATZER SWERGOLD KARLIN ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK  NY  10018 | 9550<br>Debtor: | 9551<br>WINN-DIXIE STORES, INC. | $5,061,055.17 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 1197**<br>CIVIC CENTER STATION LTD<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI, OH  45242<br><br>Transferee: LCH OPPORTUNITIES LLC | 8039<br>Debtor: | 8040<br>WINN-DIXIE STORES, INC. | $576,695.29 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410817**<br>CRIIMI MAE SVCS LLP, SERIES 1998-D6<br>HOLDERS NOMURA ASSET SECURITIES<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE  MD  21201 | 10605<br>Debtor: | 10604<br>WINN-DIXIE STORES, INC. | $370,328.30 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410811**<br>CRIIMI MAE SVCS LP, SERIES 1997-C1<br>HOLDERS MERRILL LYNCH MORTGAGE<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE  MD  21201 | 10607<br>Debtor: | 10608<br>WINN-DIXIE STORES, INC. | $1,844,123.89 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - DUPLICATE LIABILITY DIFFERENT DEBTOR CLAIMS
TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 1442**<br>HOMEWOOD ASSOCIATES INC<br>2595 ATLANTA HIGHWAY<br>ATHENS, GA 30606-1232 | 12294<br>Debtor: | 4531<br>WINN-DIXIE STORES, INC. | $49,131.47 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN LEE P MORGAN, ESQ | | | | |
| **Creditor Id: 403382**<br>JULA TRUST, LLC<br>C/O PLATZER SWERGOLD KARLIN ET AL<br>ATTN T SADUTTO/S LYDELL, ESQS<br>1065 AVENUE OF THE AMERICAS, 18TH F<br>NEW YORK NY 10018 | 6218<br>Debtor: | 6219<br>WINN-DIXIE STORES, INC. | $1,569,357.01 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 2371**<br>LASSITER PROPERTIES INC<br>ATTN HERMAN KOOYMANS, CFO<br>3000 CORPORATE CENTER DR, SUITE 300<br>MORROW GA 30260 | 12326<br>Debtor: | 12328<br>WINN-DIXIE STORES, INC. | $2,746,594.08 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN JAMES L PAUL, ESQ | | | | |
| **Creditor Id: 2396**<br>MASON SHOPPING CENTER PARTNERSHIP<br>C/O TOWN CENTER COMPANY<br>ATTN PAUL E GRANICK, GP<br>7452 JAGER COURT<br>CINCINNATI, OH 45230 | 7931<br>Debtor: | 7932<br>WINN-DIXIE STORES, INC. | $4,951,426.10 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Transferee: LONGACRE MASTER FUND LTD | | | | |
| **Creditor Id: 278523**<br>MIDWEST CENTERS LTD<br>ATTN ALVIN LIPSON, MANAGING MEMBER<br>3307 CLIFTON AVENUE<br>CINCINNATI OH 45220 | 8241<br>Debtor: | 8240<br>WINN-DIXIE STORES, INC. | $1,913,705.70 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 1602**<br>MILFORD STATION, LTD<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242 | 8031<br>Debtor: | 8030<br>WINN-DIXIE STORES, INC. | $1,008,762.93 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Transferee: LCH OPPORTUNITIES LLC | | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTIETH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - DUPLICATE LIABILITY DIFFERENT DEBTOR CLAIMS**
**TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 1671**<br>OLD 97, INC<br>C/O PHILLIPS EDISON & CO. LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242<br><br>Transferee: LCH OPPORTUNITIES LLC | 8037<br>Debtor: | 8036<br>WINN-DIXIE STORES, INC. | $3,276,103.97 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 2515**<br>PALMER, ROBERT H JR<br>PO BOX 3146<br>JOHNSON CITY, TN 37602<br><br>Counsel: ATTN EDWARD T BRADING, ESQ | 12089<br>Debtor: | 12088<br>WINN-DIXIE STORES, INC. | $2,005,561.13 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 10086<br>Debtor: | 10085<br>WINN-DIXIE STORES, INC. | $1,914,038.00 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 12155<br>Debtor: | 12152<br>WINN-DIXIE STORES, INC. | $3,958,933.00 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 12156<br>Debtor: | 12158<br>WINN-DIXIE STORES, INC. | $10,597,780.20 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - DUPLICATE LIABILITY DIFFERENT DEBTOR CLAIMS
TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 533712**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O PRINCIPAL FINANCIAL GROUP<br>ATTN DARIN BENNIGSDORF<br>801 GRAND AVENUE<br>DES MOINES IA 50392 | 13412<br>Debtor: | 13411<br>WINN-DIXIE STORES, INC. | $2,438,135.00 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN MARGERY N REED, ESQ | | | | |
| **Creditor Id: 416931**<br>SALEM CROSSING SHOPPING CENTER LLC<br>C/O SEARROW REALTY<br>C/O BALCH & BINGHAM, LLP<br>ATTN CHRISTIE L DOWLING, ESQ<br>PO BOX 306<br>BIRMINGHAM AL 35201-0306 | 12370<br>Debtor: | 12369<br>WINN-DIXIE STORES, INC. | $903,299.84 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 452218**<br>SBZ MORTGAGE ASSOCIATES, LLC<br>ATTN DAVID SAMBER<br>ONE HOLLOW LANE, SUITE 304<br>LAKE SUCCESS NY 10042 | 13291<br>Debtor: | 13292<br>WINN-DIXIE STORES, INC. | $7,414,134.25 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN MARGERY N REED, ESQ | | | | |
| **Creditor Id: 408217**<br>SINGER, HERBERT<br>C/O PLATZER SWERGOLD KARLIN, ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK NY 10018 | 6223<br>Debtor: | 6225<br>WINN-DIXIE STORES, INC. | $809,762.79 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408217**<br>SINGER, HERBERT<br>C/O PLATZER SWERGOLD KARLIN, ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK NY 10018 | 12444<br>Debtor: | 12446<br>WINN-DIXIE STORES, INC. | $768,653.17 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - DUPLICATE LIABILITY DIFFERENT DEBTOR CLAIMS
TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  408217**<br>SINGER, HERBERT<br>C/O PLATZER SWERGOLD KARLIN, ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK NY  10018 | 13278<br>**Debtor:** | 13275<br>**WINN-DIXIE STORES, INC.** | $809,861.05 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  408217**<br>SINGER, HERBERT<br>C/O PLATZER SWERGOLD KARLIN, ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK NY  10018 | 13276<br>**Debtor:** | 13277<br>**WINN-DIXIE STORES, INC.** | $779,796.61 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  1885**<br>SPRINGDALE STATION LTD<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI, OH  45242<br><br>Transferee: LCH OPPORTUNITIES LLC | 8028<br>**Debtor:** | 8029<br>**WINN-DIXIE STORES, INC.** | $559,376.20 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  403480**<br>SULPHUR SPRINGS PARTNERS, LLLP<br>C/O RICE PUGATCH ROBINSON ET AL<br>ATTN LISA M SCHILLER, ESQ<br>848 BRICKELL AVENUE, SUITE 1100<br>MIAMI FL  33131 | 1176<br>**Debtor:** | 1175<br>**WINN-DIXIE STORES, INC.** | $8,938,771.99 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  410916**<br>SWISS RE ASSET MGMT (AMERICAS) INC<br>BY CAPMARK SERVICES, INC. AGENT<br>C/O GMAC COMMERCIAL MORTGAGE CORP<br>ATTN SUSAN C TARNOWER<br>THREE RAVINIA DRIVE, STE 200<br>ATLANTA GA  30346<br><br>Counsel: ATTN MARGERY N REED, ESQ | 10087<br>**Debtor:** | 10075<br>**WINN-DIXIE STORES, INC.** | $1,879,128.18 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTIETH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - DUPLICATE LIABILITY DIFFERENT DEBTOR CLAIMS**
**TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 410917** SWISS RE ASSET MGMT (AMERICAS) INC BY CAPMARK SERVICES, INC, AGENT C/O GMAC COMMERCIAL MORTGAGE CORP ATTN SUSAN C TARNOWER THREE RAVINIA DRIVE, STE 200 ATLANTA GA 30346 | 13307 Debtor: | 13308 WINN-DIXIE STORES, INC. | $2,243,674.44 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN MARGERY N REED, ESQ | | | | |
| **Creditor Id: 410544** TAPPAN PROPERTIES, LP ATTN CHARLES S TAPPAN, PRESIDENT 1150 W 8TH STREET, SUITE 255 CINCINNATI OH 45203 | 13319 Debtor: | 8523 WINN-DIXIE STORES, INC. | $4,691,550.00 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN KIMBERLY HELD ISRAEL, ESQ | | | | |
| **Creditor Id: 416279** THC LLC, ASSIGNEE FM DEVELOPMENTS C/O BALCH & BINGHAM LLP ATTN CHRISTIE L DOWLING, ESQ. 1901 SIXTH AVENUE N, SUITE 2600 PO BOX 306 BIRMINGHAM AL 35201 | Debtor: | 12287 WINN-DIXIE STORES, INC. | $4,406,171.90 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Transferee: LCH OPPORTUNITIES LLC | | | | |
| **Creditor Id: 1934** TIMBERLAKE STATION LLC C/O PHILLIPS EDISON & CO, LTD ATTN R MARK ADDY, MANAGING AGT 11690 GROOMS ROAD CINCINNATI, OH 45242 | 8033 Debtor: | 8032 WINN-DIXIE STORES, INC. | $3,878,022.10 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Transferee: LCH OPPORTUNITIES LLC | | | | |
| **Creditor Id: 405930** WTH, II, LLC 2405 WEST BROAD ST, STE 200 ATHENS GA 30606 | 12293 Debtor: | 4530 WINN-DIXIE STORES, INC. | $56,727.94 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN LEE P MORGAN, ESQ | | | | |
| **Total Claims to be Disallowed:** | 31 | | | |
| **Total Amount to be Disallowed:** | $85,407,516.85 | Plus Unliquidated Amounts, If Any | | |