# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

|  |  |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., <u>et al.</u>,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.    I am of legal age and I am not a party to this action.

2.    I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.    On or about October 10, 2006 I caused copies of:

- the **Order Disallowing Duplicative Different Debtor Claims, As Set Forth in the Debtors' Twenty-First Omnibus Claims Objection**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: October 18, 2006

Kathleen M. Logan

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**

Order Disallowing Duplicate Different
Debtor Claims, As Set Forth in the Debtors'
Twenty-First Omnibus Claims Objection

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

CREDITOR ID: 408429-15
BROWN BOTTLING GROUP, INC
C/O WATKINS, LUDLAM, ET AL
ATTN KRISTINA M JOHNSON, ESQ
633 NORTH STATES ST
PO BOX 427
JACKSON MS 39205-0427

CREDITOR ID: 408429-15
BROWN BOTTLING GROUP, INC
ATTN RAY WILKINS, EXEC VP OF FIN
591 HIGHLAND COLONY PKWY
RIDGELAND MS 39157

CREDITOR ID: 408340-15
CONAGRA FOODS, INC
C/O MCGRATH, NORTH, MULLIN & KRATZ, PC
ATTN: ROBERT J BOTHE
FIRST NATIONAL TOWER, STE 3700
1601 DODGE ST
OMAHA NE 68102

CREDITOR ID: 408340-15
CONAGRA FOODS, INC
ATTN R C ELLIS / DANIEL F BOEHLE
1 CONAGRA DRIVE
MAIL STOP 1-220
OMAHA NE 68102-5094

CREDITOR ID: 416956-98
CONTRARIAN FUNDS, LLC
ATTN MICHAEL J RESTIFO, CFO/MEMBER
411 WEST PUTNAM AVE S-225
GREENWICH CT 06830

CREDITOR ID: 407562-15
DEL MONTE CORPORATION DBA
DEL MONTE FOODS
ATTN PATRICK E MURTHA, DIR
1075 PROGRESS STREET
PITTSBURGH PA 15212-5922

CREDITOR ID: 279223-35
DIAL CORPORATION
ATTN: N JANASIAK, R TERREL
15501 N DIAL BLVD
SCOTTSDALE AZ 85260-1619

CREDITOR ID: 279223-35
DIAL CORPORATION
C/O SNELL & WILMER, LLP
ATTN PETER J RATHWELL, ESQ
400 EAST VAN BUREN ST
PHOENIX AZ 85004-2202

CREDITOR ID: 417063-98
DK ACQUISITION PARTNERS LP
C/O MH DAVIDSON & CO
ATTN MICHAEL J LEFELL
65 EAST 55TH STREET, 19TH FLOOR
NEW YORK NY 10022

CREDITOR ID: 279225-35
DOMINO FOODS, INC
ATTN JOHN KEARNEY
1100 KEY HIGHWAY EAST
BALTIMORE MD 21230-5180

CREDITOR ID: 279225-35
DOMINO FOODS, INC
C/O BLANCO, TACKABERY, ET AL
ATTN GENE B TARR, ESQ
PO DRAWER 25008
WINSTON-SALEM NC 27114-5008

CREDITOR ID: 269364-16
EDNA HILL MEEKER TRUST
FOR LIFETIME BENEFIT OF L H MEEKER
C/O RAY & WILSON
ATTN DONALD H RAY, ESQ
6115 CAMP BOWIE BLVD, SUITE 200
FORT WORTH, TX 76116-5500

CREDITOR ID: 411103-15
FRITO-LAY, INC
C/O DLA PIPER RUDNICK ET AL
ATTN D M NEFF & B A AUDETTE, ESQS
203 N LASALLE ST, SUITE 1900
CHICAGO IL 60601-1293

CREDITOR ID: 381890-30
GENERAL MILLS/LLOYD'S BARBECUE CO
ATTN MARK PENDER, CR MGR
ONE GENERAL MILLS BLVD
MINNEAPOLIS MN 55426

CREDITOR ID: 381891-30
HJ HEINZ COMPANY, LP DBA HEINZ NA
HEINZ FROZEN FOODS, & HEINZ USA
ATTN KIMBERLY GNESDA, CRD ANALYST
HEINZ 57 CENTER
357 6TH AVENUE, 10TH FLOOR
PITTSBURGH PA 15222-2530

CREDITOR ID: 382023-36
HP HOOD LLC
ATTN DAVID E HOWES, CR MGR
1250 EAST STREET SOUTH
SUFFIELD CT 06078-2498

CREDITOR ID: 399350-98
JPMORGAN CHASE BANK NA
ATTN STANLEY LIM
CARRIE A PARKS
270 PARK AVE 17TH FLR
NEW YORK NY 10017

CREDITOR ID: 399350-98
JPMORGAN CHASE BANK NA
C/O KIRKPATRICK & LOCKHART ET AL
ATTN TIMOTHY C BENNETT, ESQ
599 LEXINGTON AVENUE
NEW YORK NY 10022

CREDITOR ID: 279473-99
KELLOGG SALES CO,  DBA
KELLOGG'S SNACKS AKA KEEBLER CO
C/O WARNER STEVENS LLP
ATTN M WARNER/E CHOU, ESQS
301 COMMERCE ST, STE 1700
FORT WORTH TX 76102

CREDITOR ID: 410483-15
KELLOGG SALES COMPANY
C/O WARNER STEVENS, LLP
ATTN EMILY CHOU, ESQ
301 COMMERCE ST, STE 1700
FORT WORTH TX 76102

CREDITOR ID: 254115-12
KRAFT PIZZA COMPANY
C/O DLA PIPER RUDNICK GRAY CARY US LLP
ATTN: JANICE L DUBAN, ESQ
203 NORTH LASALLE STREET, STE 1900
CHICAGO IL 60610-1293

CREDITOR ID: 254115-12
KRAFT PIZZA COMPANY
ATTN JJASENSKY/SANDRA SCHIRMANG
THREE LAKES DRIVE
NORTHFIELD IL 60093

CREDITOR ID: 279028-32
LAND O'LAKES, INC
ATTN ANDREA BENNETT, ESQ
PO BOX 64101
ST PAUL MN 55164-0101

CREDITOR ID: 405907-98
MADISON INVESTMENT TRUST - SERIES 4
ATTN SALLY MEYER
KRISTY STARK, CLEARING OPS MGR
6310 LAMAR AVE SUITE 120
OVERLAND PARK KS 66202

CREDITOR ID: 397680-99
MURRAY BISCUIT COMPANY LLC AKA
PRESIDENT'S BAKING
C/O WARNER STEVENES LLP
ATTN M WARNER/E CHOU, ESQS
301 COMMERCE STREET, STE 1700
FORT WORTH TX 76102

CREDITOR ID: 408428-15
NESTLE PREPARED FOODS CO
HAND HELD FOODS GROUP
C/O NESTLE USA
ATTN NANCY REYNOSO/PETE KNOX
800 N BRAND BLVD
GLENDALE CA 91203

CREDITOR ID: 408427-15
NESTLE PURINA PETCARE COMPANY
C/O NESTLE USA
ATTN NANCY REYNOSO/PETE KNOX
800 N BRAND BLVD
GLENDALE CA 91203

SERVICE LIST
Order Disallowing Duplicate Different
Debtor Claims, As Set Forth in the Debtors'
Twenty-First Omnibus Claims Objection

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**    **CASE:    05-03817-3F1**

CREDITOR ID: 279251-35
NESTLE USA
ATTN NANCY REYNOSO/PETE KNOX
800 NORTH BRAND BLVD
GLENDALE CA 91203

CREDITOR ID: 410493-15
PEPSI BOTTLING GROUP
ATTN MIKE BEVILACQUA
1100 REYNOLDS BLVD
WINSTON-SALEM NC 27102

CREDITOR ID: 269335-16
PRO-ACTIVE JANITORIAL SERVICES, INC
C/O GOLDSTEIN & GREENBERG, PA
ATTN LARRY D GOLDSTEIN, ESQ
7601 38TH AVENUE NORTH
ST PETERSBURG, FL 33710

CREDITOR ID: 411105-15
QUAKER SALES & DISTRIBUTION, INC
C/O DLA PIPER US LLP
ATTN PHILIP V MARTINO
101 EAST KENNEDY BLVD
SUITE 2000
TAMPA FL 33602

CREDITOR ID: 279268-35
RECKITT BENCKISER, INC
ATTN HEIDI BESOLD, REG CR MGR
399 INTERPACE PARKWAY
PO BOX 225
PARSIPPANY NJ 07054-0225

CREDITOR ID: 410495-99
RONALD A KATZ TECH LICENSING, LP
C/O ERVIN, COHEN & JESSUP, LLP
ATTN: MICHAEL S KOGAN, ESQ
9401 WILSHIRE BLVD, NINTH FLOOR
BEVERLY HILLS CA 90212-2974

CREDITOR ID: 279278-35
SARA LEE BAKERY GROUP
ATTN JERRI SPONIK
111 CORPORATE OFFICE DR, SUITE 200
EARTH CITY, MO 63045

CREDITOR ID: 279279-35
SARA LEE CORPORATION
ATTN CURTIS MARSHALL, CR DIR
10151 CARVER ROAD
CINCINNATI OH 45242

CREDITOR ID: 417106-98
SMITHTOWN BAY LLC
ATTN DAVID A ERICSON, VP
BRIAN NAAS
601 CARLSON PARKWAY SUITE 200
MINNETONKA MN 55305

CREDITOR ID: 417106-98
SMITHTOWN BAY LLC
C/O SEWARD & KISSEL LLP
ATTN RENEE EUBANKS ESQ
ONE BATTERY PARK PLAZA
NEW YORK NY 10004

CREDITOR ID: 269375-16
SPEARS, WILL H SR
C/O JEFFREY T GREENBERG, PC
ATTN JEFFREY T GREENBERG, ESQ
421 FRENCHMEN STREET, SUITE 200
NEW ORLEANS, LA 70116

CREDITOR ID: 377597-44
UNILEVER HOME & PERSONAL CARE
1 JOHN STREET
CLINTON, CT 06413

CREDITOR ID: 410973-15
UNILEVER HOME & PERSONAL CARE
ATTN KRISTIN HOLLAND
75 MERRITT BLVD
TRUMBULL CT 06611

CREDITOR ID: 264996-12
WM WRIGLEY JR CO
PO BOX 905020
CHARLOTTE, NC 28290-5020

CREDITOR ID: 407765-15
WM WRIGLEY JR CO
ATTN BRIAN BAYSTON, FIN RISK ANAL
410 N MICHIGAN AVENUE
CHICAGO IL 60611

**Total:   42**

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

ORDER DISALLOWING DUPLICATE DIFFERENT
DEBTOR CLAIMS, AS SET FORTH IN THE DEBTORS'
TWENTY-FIRST OMNIBUS CLAIMS OBJECTION

These cases came before the Court for hearing on October 5, 2006,

upon the Twenty-First Omnibus Objection (the "Objection") of Winn-Dixie Stores,

Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to

the proofs of claim listed on Exhibit A (the "Duplicate Different Debtor Claims").[2]

Upon consideration, it is

ORDERED AND ADJUDGED:

1.      The Objection is sustained.

2.      The Duplicate Different Debtor Claims listed on Exhibit A are

disallowed in their entirety, contingent upon (i) the confirmation and effectiveness of

the Plan and (ii) substantive consolidation of the Debtors' estates as provided for in

the Plan.

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]      All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

3.    In the event, however, that the Plan is not confirmed or does not become effective, nothing in the Objection or this Order, including the identification of particular claims as Duplicate Different Debtor Claims or as Remaining Claims, will prejudice the position of either the claimants or the Debtors with respect to the issue of which of the several Debtors named as obligor on the claims is the actual obligor for the alleged liability or with respect to any other issue relating to the Duplicate Different Debtor Claims or the Remaining Claims.

4.    Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order is deemed a separate Order with respect to each claim.  Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

5.    Neither the Objection nor any disposition of the Duplicate Different Debtor Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

2

6.      This Order is without prejudice to the Debtors' right to file any further objection they may have to the Remaining Claims or the Duplicate Different Debtor Claims, including objections on the ground that a Duplicate Different Debtor Claim was filed against the incorrect Debtor or that the Debtor against which the Duplicate Different Debtor Claim was filed should be modified.

Dated this __5__ day of October, 2006 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

3

# EXHIBIT A

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS**
**TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id: 408429￼BROWN BOTTLING GROUP, INC￼ATTN RAY WILKINS, EXEC VP OF FIN￼591 HIGHLAND COLONY PKWY￼RIDGELAND MS 39157￼￼Counsel: ATTN KRISTINA M JOHNSON, ESQ | 8085 | 8076￼Debtor: WINN-DIXIE STORES, INC. | $407,980.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 408429￼BROWN BOTTLING GROUP, INC￼ATTN RAY WILKINS, EXEC VP OF FIN￼591 HIGHLAND COLONY PKWY￼RIDGELAND MS 39157￼￼Counsel: ATTN KRISTINA M JOHNSON, ESQ | 8085 | 8081￼Debtor: WINN-DIXIE SUPERMARKETS, INC. | $407,980.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 408429￼BROWN BOTTLING GROUP, INC￼ATTN RAY WILKINS, EXEC VP OF FIN￼591 HIGHLAND COLONY PKWY￼RIDGELAND MS 39157￼￼Counsel: ATTN KRISTINA M JOHNSON, ESQ | 8085 | 8082￼Debtor: ASTOR PRODUCTS, INC. | $407,980.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 408429￼BROWN BOTTLING GROUP, INC￼ATTN RAY WILKINS, EXEC VP OF FIN￼591 HIGHLAND COLONY PKWY￼RIDGELAND MS 39157￼￼Counsel: ATTN KRISTINA M JOHNSON, ESQ | 8085 | 8083￼Debtor: DEEP SOUTH PRODUCTS, INC. | $407,980.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 408429￼BROWN BOTTLING GROUP, INC￼ATTN RAY WILKINS, EXEC VP OF FIN￼591 HIGHLAND COLONY PKWY￼RIDGELAND MS 39157￼￼Counsel: ATTN KRISTINA M JOHNSON, ESQ | 8085 | 8084￼Debtor: WINN-DIXIE LOGISTICS, INC. | $407,980.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 408429￼BROWN BOTTLING GROUP, INC￼ATTN RAY WILKINS, EXEC VP OF FIN￼591 HIGHLAND COLONY PKWY￼RIDGELAND MS 39157￼￼Counsel: ATTN KRISTINA M JOHNSON, ESQ | 8085 | 8086￼Debtor: WINN-DIXIE PROCUREMENT, INC. | $407,980.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS**
**TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 408429<br>BROWN BOTTLING GROUP, INC<br>ATTN RAY WILKINS, EXEC VP OF FIN<br>591 HIGHLAND COLONY PKWY<br>RIDGELAND MS 39157 | 8085<br>**Debtor:** | 8087<br>WINN-DIXIE RALEIGH, INC. | $407,980.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN KRISTINA M JOHNSON, ESQ | | | | |
| **Creditor Id:** 408340<br>CONAGRA FOODS, INC<br>ATTN R C ELLIS / DANIEL F BOEHLE<br>1 CONAGRA DRIVE<br>MAIL STOP 1-220<br>OMAHA NE 68102-5094 | 7803<br>**Debtor:** | 7800<br>ASTOR PRODUCTS, INC. | $5,286,552.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: ROBERT J BOTHE | | | | |
| **Creditor Id:** 408340<br>CONAGRA FOODS, INC<br>ATTN R C ELLIS / DANIEL F BOEHLE<br>1 CONAGRA DRIVE<br>MAIL STOP 1-220<br>OMAHA NE 68102-5094 | 7803<br>**Debtor:** | 7801<br>WINN-DIXIE SUPERMARKETS, INC. | $5,286,552.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: ROBERT J BOTHE | | | | |
| **Creditor Id:** 408340<br>CONAGRA FOODS, INC<br>ATTN R C ELLIS / DANIEL F BOEHLE<br>1 CONAGRA DRIVE<br>MAIL STOP 1-220<br>OMAHA NE 68102-5094 | 7803<br>**Debtor:** | 7802<br>WINN-DIXIE RALEIGH, INC. | $5,286,552.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: ROBERT J BOTHE | | | | |
| **Creditor Id:** 408340<br>CONAGRA FOODS, INC<br>ATTN R C ELLIS / DANIEL F BOEHLE<br>1 CONAGRA DRIVE<br>MAIL STOP 1-220<br>OMAHA NE 68102-5094 | 7803<br>**Debtor:** | 7804<br>DEEP SOUTH PRODUCTS, INC. | $5,286,552.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: ROBERT J BOTHE | | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS**
**TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 408340** | 7803 | 7805 | $5,286,552.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| CONAGRA FOODS, INC | Debtor: | WINN-DIXIE LOGISTICS, INC. | | |
| ATTN R C ELLIS / DANIEL F BOEHLE | | | | |
| 1 CONAGRA DRIVE | | | | |
| MAIL STOP 1-220 | | | | |
| OMAHA NE 68102-5094 | | | | |
| Counsel: ATTN: ROBERT J BOTHE | | | | |
| **Creditor Id: 408340** | 7803 | 7806 | $5,286,552.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| CONAGRA FOODS, INC | Debtor: | WINN-DIXIE MONTGOMERY, INC. | | |
| ATTN R C ELLIS / DANIEL F BOEHLE | | | | |
| 1 CONAGRA DRIVE | | | | |
| MAIL STOP 1-220 | | | | |
| OMAHA NE 68102-5094 | | | | |
| Counsel: ATTN: ROBERT J BOTHE | | | | |
| **Creditor Id: 408340** | 7803 | 7807 | $5,286,552.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| CONAGRA FOODS, INC | Debtor: | WINN-DIXIE STORES, INC. | | |
| ATTN R C ELLIS / DANIEL F BOEHLE | | | | |
| 1 CONAGRA DRIVE | | | | |
| MAIL STOP 1-220 | | | | |
| OMAHA NE 68102-5094 | | | | |
| Counsel: ATTN: ROBERT J BOTHE | | | | |
| **Creditor Id: 407562** | 4256 | 4251 | Unliquidated | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| DEL MONTE CORPORATION DBA | Debtor: | WINN-DIXIE STORES, INC. | | |
| DEL MONTE FOODS | | | | |
| ATTN PATRICK E MURTHA, DIR | | | | |
| 1075 PROGRESS STREET | | | | |
| PITTSBURGH PA 15212-5922 | | | | |
| **Creditor Id: 407562** | 4256 | 4252 | Unliquidated | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| DEL MONTE CORPORATION DBA | Debtor: | DIXIE STORES, INC. | | |
| DEL MONTE FOODS | | | | |
| ATTN PATRICK E MURTHA, DIR | | | | |
| 1075 PROGRESS STREET | | | | |
| PITTSBURGH PA 15212-5922 | | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS**
**TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  407562**<br>DEL MONTE CORPORATION DBA<br>DEL MONTE FOODS<br>ATTN PATRICK E MURTHA, DIR<br>1075 PROGRESS STREET<br>PITTSBURGH  PA  15212-5922 | 4256<br>Debtor: | 4253<br>SUPERIOR FOOD COMPANY | Unliquidated | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  407562**<br>DEL MONTE CORPORATION DBA<br>DEL MONTE FOODS<br>ATTN PATRICK E MURTHA, DIR<br>1075 PROGRESS STREET<br>PITTSBURGH  PA  15212-5922 | 4256<br>Debtor: | 4254<br>WINN-DIXIE LOGISTICS, INC. | Unliquidated | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  407562**<br>DEL MONTE CORPORATION DBA<br>DEL MONTE FOODS<br>ATTN PATRICK E MURTHA, DIR<br>1075 PROGRESS STREET<br>PITTSBURGH  PA  15212-5922 | 4256<br>Debtor: | 4255<br>WINN-DIXIE MONTGOMERY, INC. | Unliquidated | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  407562**<br>DEL MONTE CORPORATION DBA<br>DEL MONTE FOODS<br>ATTN PATRICK E MURTHA, DIR<br>1075 PROGRESS STREET<br>PITTSBURGH  PA  15212-5922 | 4256<br>Debtor: | 4257<br>WINN-DIXIE RALEIGH, INC. | Unliquidated | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  407562**<br>DEL MONTE CORPORATION DBA<br>DEL MONTE FOODS<br>ATTN PATRICK E MURTHA, DIR<br>1075 PROGRESS STREET<br>PITTSBURGH  PA  15212-5922 | 4256<br>Debtor: | 4258<br>WINN-DIXIE SUPERMARKETS, INC. | Unliquidated | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  407562**<br>DEL MONTE CORPORATION DBA<br>DEL MONTE FOODS<br>ATTN PATRICK E MURTHA, DIR<br>1075 PROGRESS STREET<br>PITTSBURGH  PA  15212-5922 | 4256<br>Debtor: | 6434<br>ASTOR PRODUCTS, INC. | Unliquidated | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS**
**TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 407562**<br>DEL MONTE CORPORATION DBA<br>DEL MONTE FOODS<br>ATTN PATRICK E MURTHA, DIR<br>1075 PROGRESS STREET<br>PITTSBURGH PA 15212-5922 | 4256<br>Debtor: | 6435<br>DEEP SOUTH PRODUCTS, INC. | Uniliquidated | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279223**<br>DIAL CORPORATION<br>ATTN: N JANASIAK, R TERREL<br>15501 N DIAL BLVD<br>SCOTTSDALE AZ 85260-1619<br><br>Counsel: ATTN PETER J RATHWELL, ESQ | 9618<br>Debtor: | 9615<br>WINN-DIXIE STORES, INC. | $147,530.78 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279223**<br>DIAL CORPORATION<br>ATTN: N JANASIAK, R TERREL<br>15501 N DIAL BLVD<br>SCOTTSDALE AZ 85260-1619<br><br>Counsel: ATTN PETER J RATHWELL, ESQ | 9618<br>Debtor: | 9616<br>WINN-DIXIE SUPERMARKETS, INC. | $147,530.78 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279223**<br>DIAL CORPORATION<br>ATTN: N JANASIAK, R TERREL<br>15501 N DIAL BLVD<br>SCOTTSDALE AZ 85260-1619<br><br>Counsel: ATTN PETER J RATHWELL, ESQ | 9618<br>Debtor: | 9617<br>WINN-DIXIE RALEIGH, INC. | $147,530.78 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279223**<br>DIAL CORPORATION<br>ATTN: N JANASIAK, R TERREL<br>15501 N DIAL BLVD<br>SCOTTSDALE AZ 85260-1619<br><br>Counsel: ATTN PETER J RATHWELL, ESQ | 9618<br>Debtor: | 9619<br>WINN-DIXIE MONTGOMERY, INC. | $147,530.78 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279223**<br>DIAL CORPORATION<br>ATTN: N JANASIAK, R TERREL<br>15501 N DIAL BLVD<br>SCOTTSDALE AZ 85260-1619<br><br>Counsel: ATTN PETER J RATHWELL, ESQ | 9623<br>Debtor: | 9620<br>WINN-DIXIE STORES, INC. | $331,398.83 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-FIRST OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS
TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 279223**<br>DIAL CORPORATION<br>ATTN: N JANASIAK, R TERREL<br>15501 N DIAL BLVD<br>SCOTTSDALE  AZ  85260-1619 | 9623<br>Debtor: | 9621<br>WINN-DIXIE SUPERMARKETS, INC. | $331,398.83 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN PETER J RATHWELL, ESQ | | | | |
| **Creditor Id: 279223**<br>DIAL CORPORATION<br>ATTN: N JANASIAK, R TERREL<br>15501 N DIAL BLVD<br>SCOTTSDALE  AZ  85260-1619 | 9623<br>Debtor: | 9622<br>WINN-DIXIE RALEIGH, INC. | $331,398.83 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN PETER J RATHWELL, ESQ | | | | |
| **Creditor Id: 279223**<br>DIAL CORPORATION<br>ATTN: N JANASIAK, R TERREL<br>15501 N DIAL BLVD<br>SCOTTSDALE  AZ  85260-1619 | 9623<br>Debtor: | 9624<br>WINN-DIXIE MONTGOMERY, INC. | $331,398.83 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN PETER J RATHWELL, ESQ | | | | |
| **Creditor Id: 279225**<br>DOMINO FOODS, INC<br>ATTN JOHN KEARNEY<br>1100 KEY HIGHWAY EAST<br>BALTIMORE  MD  21230-5180 | 12781<br>Debtor: | 12782<br>WINN-DIXIE STORES, INC. | $47,172.50 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GENE B TARR, ESQ | | | | |
| **Creditor Id: 269364**<br>EDNA HILL MEEKER TRUST<br>FOR LIFETIME BENEFIT OF L H MEEKER<br>C/O RAY & WILSON<br>ATTN DONALD H RAY, ESQ<br>6115 CAMP BOWIE BLVD, SUITE 200<br>FORT WORTH, TX  76116-5500 | 6763<br>Debtor: | 6762<br>WINN-DIXIE STORES, INC. | $1,587,424.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 411103**<br>FRITO-LAY, INC<br>C/O DLA PIPER RUDNICK ET AL<br>ATTN D M NEFF & B A AUDETTE, ESQS<br>203 N LASALLE STREET, SUITE 1900<br>CHICAGO  IL  60601-1293 | 11047<br>Debtor: | 11043<br>WINN-DIXIE STORES, INC. | $7,654,394.86 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS**
**TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 411103**<br>FRITO-LAY, INC<br>C/O DLA PIPER RUDNICK ET AL<br>ATTN D M NEFF & B A AUDETTE, ESQS<br>203 N LASALLE STREET, SUITE 1900<br>CHICAGO IL 60601-1293 | 11047<br>Debtor: | 11044<br>ASTOR PRODUCTS, INC. | $7,654,394.86 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 411103**<br>FRITO-LAY, INC<br>C/O DLA PIPER RUDNICK ET AL<br>ATTN D M NEFF & B A AUDETTE, ESQS<br>203 N LASALLE STREET, SUITE 1900<br>CHICAGO IL 60601-1293 | 11047<br>Debtor: | 11045<br>DEEP SOUTH PRODUCTS, INC. | $7,654,394.86 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 411103**<br>FRITO-LAY, INC<br>C/O DLA PIPER RUDNICK ET AL<br>ATTN D M NEFF & B A AUDETTE, ESQS<br>203 N LASALLE STREET, SUITE 1900<br>CHICAGO IL 60601-1293 | 11047<br>Debtor: | 11046<br>WINN-DIXIE LOGISTICS, INC. | $7,654,394.86 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 411103**<br>FRITO-LAY, INC<br>C/O DLA PIPER RUDNICK ET AL<br>ATTN D M NEFF & B A AUDETTE, ESQS<br>203 N LASALLE STREET, SUITE 1900<br>CHICAGO IL 60601-1293 | 11047<br>Debtor: | 11048<br>WINN-DIXIE PROCUREMENT, INC. | $7,654,394.86 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 411103**<br>FRITO-LAY, INC<br>C/O DLA PIPER RUDNICK ET AL<br>ATTN D M NEFF & B A AUDETTE, ESQS<br>203 N LASALLE STREET, SUITE 1900<br>CHICAGO IL 60601-1293 | 11047<br>Debtor: | 11049<br>WINN-DIXIE RALEIGH, INC. | $7,654,394.86 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 411103**<br>FRITO-LAY, INC<br>C/O DLA PIPER RUDNICK ET AL<br>ATTN D M NEFF & B A AUDETTE, ESQS<br>203 N LASALLE STREET, SUITE 1900<br>CHICAGO IL 60601-1293 | 11047<br>Debtor: | 11050<br>WINN-DIXIE SUPERMARKETS, INC. | $7,654,394.86 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS**
**TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 381890**<br>GENERAL MILLS/LLOYD'S BARBECUE CO<br>ATTN MARK PENDER, CR MGR<br>ONE GENERAL MILLS BLVD<br>MINNEAPOLIS  MN  55426 | 6769<br>Debtor: | 6764<br>**WINN-DIXIE STORES, INC.** | Unliquidated | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 381890**<br>GENERAL MILLS/LLOYD'S BARBECUE CO<br>ATTN MARK PENDER, CR MGR<br>ONE GENERAL MILLS BLVD<br>MINNEAPOLIS  MN  55426 | 6769<br>Debtor: | 6765<br>**ASTOR PRODUCTS, INC.** | Unliquidated | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 381890**<br>GENERAL MILLS/LLOYD'S BARBECUE CO<br>ATTN MARK PENDER, CR MGR<br>ONE GENERAL MILLS BLVD<br>MINNEAPOLIS  MN  55426 | 6769<br>Debtor: | 6766<br>**DEEP SOUTH PRODUCTS, INC.** | Unliquidated | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 381890**<br>GENERAL MILLS/LLOYD'S BARBECUE CO<br>ATTN MARK PENDER, CR MGR<br>ONE GENERAL MILLS BLVD<br>MINNEAPOLIS  MN  55426 | 6769<br>Debtor: | 6767<br>**WINN-DIXIE LOGISTICS, INC.** | Unliquidated | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 381890**<br>GENERAL MILLS/LLOYD'S BARBECUE CO<br>ATTN MARK PENDER, CR MGR<br>ONE GENERAL MILLS BLVD<br>MINNEAPOLIS  MN  55426 | 6769<br>Debtor: | 6768<br>**WINN-DIXIE MONTGOMERY, INC.** | Unliquidated | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 381890**<br>GENERAL MILLS/LLOYD'S BARBECUE CO<br>ATTN MARK PENDER, CR MGR<br>ONE GENERAL MILLS BLVD<br>MINNEAPOLIS  MN  55426 | 6769<br>Debtor: | 6770<br>**WINN-DIXIE RALEIGH, INC.** | Unliquidated | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 381890**<br>GENERAL MILLS/LLOYD'S BARBECUE CO<br>ATTN MARK PENDER, CR MGR<br>ONE GENERAL MILLS BLVD<br>MINNEAPOLIS  MN  55426 | 6769<br>Debtor: | 6771<br>**WINN-DIXIE SUPERMARKETS, INC.** | Unliquidated | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS**
**TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 381891**<br>HJ HEINZ COMPANY, LP DBA HEINZ NA<br>HEINZ FROZEN FOODS, & HEINZ USA<br>ATTN KIMBERLY GNESDA, CRD ANALYST<br>HEINZ 57 CENTER<br>357 6TH AVENUE, 10TH FLOOR<br>PITTSBURGH  PA  15222-2530 | 6738<br>Debtor: | 6733<br>WINN-DIXIE HANDYMAN, INC. | $1,603,959.16 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 381891**<br>HJ HEINZ COMPANY, LP DBA HEINZ NA<br>HEINZ FROZEN FOODS, & HEINZ USA<br>ATTN KIMBERLY GNESDA, CRD ANALYST<br>HEINZ 57 CENTER<br>357 6TH AVENUE, 10TH FLOOR<br>PITTSBURGH  PA  15222-2530 | 6738<br>Debtor: | 6734<br>WINN-DIXIE RALEIGH, INC. | $1,603,959.16 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 381891**<br>HJ HEINZ COMPANY, LP DBA HEINZ NA<br>HEINZ FROZEN FOODS, & HEINZ USA<br>ATTN KIMBERLY GNESDA, CRD ANALYST<br>HEINZ 57 CENTER<br>357 6TH AVENUE, 10TH FLOOR<br>PITTSBURGH  PA  15222-2530 | 6738<br>Debtor: | 6735<br>WINN-DIXIE MONTGOMERY, INC. | $1,603,959.16 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 381891**<br>HJ HEINZ COMPANY, LP DBA HEINZ NA<br>HEINZ FROZEN FOODS, & HEINZ USA<br>ATTN KIMBERLY GNESDA, CRD ANALYST<br>HEINZ 57 CENTER<br>357 6TH AVENUE, 10TH FLOOR<br>PITTSBURGH  PA  15222-2530<br><br>Transferee: MADISON INVESTMENT TRUST - SERIES 4 | 6738<br>Debtor: | 6736<br>WINN-DIXIE STORES, INC. | $1,603,959.16 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 381891**<br>HJ HEINZ COMPANY, LP DBA HEINZ NA<br>HEINZ FROZEN FOODS, & HEINZ USA<br>ATTN KIMBERLY GNESDA, CRD ANALYST<br>HEINZ 57 CENTER<br>357 6TH AVENUE, 10TH FLOOR<br>PITTSBURGH  PA  15222-2530 | 6738<br>Debtor: | 6737<br>WINN-DIXIE LOGISTICS, INC. | $1,603,959.16 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS**
**TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  381891**<br>HJ HEINZ COMPANY, LP DBA HEINZ NA<br>HEINZ FROZEN FOODS, & HEINZ USA<br>ATTN KIMBERLY GNESDA, CRD ANALYST<br>HEINZ 57 CENTER<br>357 6TH AVENUE, 10TH FLOOR<br>PITTSBURGH  PA  15222-2530 | 6738<br>Debtor: | 6739<br>WINN-DIXIE SUPERMARKETS, INC. | $1,603,959.16 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id  382023**<br>HP HOOD LLC<br>ATTN DAVID E HOWES, CR MGR<br>1250 EAST STREET SOUTH<br>SUFFIELD  CT  06078-2498 | 7441<br>Debtor: | 7440<br>WINN-DIXIE PROCUREMENT, INC. | $1,127,851.50 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279473**<br>KELLOGG SALES CO,  DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH  TX  76102 | 8972<br>Debtor: | 8955<br>ECONOMY WHOLESALE DISTRIBUTORS, INC. | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279473**<br>KELLOGG SALES CO,  DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH  TX  76102 | 8972<br>Debtor: | 8956<br>DIXIE DARLING BAKERS, INC. | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279473**<br>KELLOGG SALES CO,  DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH  TX  76102 | 8972<br>Debtor: | 8957<br>DIXIE STORES, INC. | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS**
**TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 279473 | 8972 | 8958 | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| KELLOGG SALES CO, DBA | **Debtor:** | WINN-DIXIE LOGISTICS, INC. | | |
| KELLOGG'S SNACKS AKA KEEBLER CO | | | | |
| C/O WARNER STEVENS LLP | | | | |
| ATTN M WARNER/E CHOU, ESQS | | | | |
| 301 COMMERCE ST, STE 1700 | | | | |
| FORT WORTH  TX  76102 | | | | |
| **Creditor Id:** 279473 | 8972 | 8959 | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| KELLOGG SALES CO, DBA | **Debtor:** | WINN-DIXIE MONTGOMERY, INC. | | |
| KELLOGG'S SNACKS AKA KEEBLER CO | | | | |
| C/O WARNER STEVENS LLP | | | | |
| ATTN M WARNER/E CHOU, ESQS | | | | |
| 301 COMMERCE ST, STE 1700 | | | | |
| FORT WORTH  TX  76102 | | | | |
| **Creditor Id:** 279473 | 8972 | 8960 | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| KELLOGG SALES CO, DBA | **Debtor:** | WINN-DIXIE PROCUREMENT, INC. | | |
| KELLOGG'S SNACKS AKA KEEBLER CO | | | | |
| C/O WARNER STEVENS LLP | | | | |
| ATTN M WARNER/E CHOU, ESQS | | | | |
| 301 COMMERCE ST, STE 1700 | | | | |
| FORT WORTH  TX  76102 | | | | |
| **Creditor Id:** 279473 | 8972 | 8961 | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| KELLOGG SALES CO, DBA | **Debtor:** | TABLE SUPPLY FOOD STORES CO., INC. | | |
| KELLOGG'S SNACKS AKA KEEBLER CO | | | | |
| C/O WARNER STEVENS LLP | | | | |
| ATTN M WARNER/E CHOU, ESQS | | | | |
| 301 COMMERCE ST, STE 1700 | | | | |
| FORT WORTH  TX  76102 | | | | |
| **Creditor Id:** 279473 | 8972 | 8962 | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| KELLOGG SALES CO, DBA | **Debtor:** | DIXIE-HOME STORES, INC. | | |
| KELLOGG'S SNACKS AKA KEEBLER CO | | | | |
| C/O WARNER STEVENS LLP | | | | |
| ATTN M WARNER/E CHOU, ESQS | | | | |
| 301 COMMERCE ST, STE 1700 | | | | |
| FORT WORTH  TX  76102 | | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS**
**TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 279473**<br>KELLOGG SALES CO, DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 8972<br>Debtor: | 8963<br>WINN-DIXIE HANDYMAN, INC. | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279473**<br>KELLOGG SALES CO, DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 8972<br>Debtor: | 8964<br>WINN-DIXIE RALEIGH, INC. | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279473**<br>KELLOGG SALES CO, DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 8972<br>Debtor: | 8965<br>DIXIE SPIRITS, INC. | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279473**<br>KELLOGG SALES CO, DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 8972<br>Debtor: | 8966<br>DEEP SOUTH DISTRIBUTORS, INC. | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279473**<br>KELLOGG SALES CO, DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 8972<br>Debtor: | 8967<br>KWIK CHEK SUPERMARKETS, INC. | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS**
**TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 279473<br>KELLOGG SALES CO, DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 8972<br>**Debtor:** | 8968<br>DIXIE PACKERS, INC. | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279473<br>KELLOGG SALES CO, DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 8972<br>**Debtor:** | 8969<br>WD BRAND PRESTIGE STEAKS, INC. | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279473<br>KELLOGG SALES CO, DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 8972<br>**Debtor:** | 8970<br>CRACKIN' GOOD, INC. | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279473<br>KELLOGG SALES CO, DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 8972<br>**Debtor:** | 8971<br>DEEP SOUTH PRODUCTS, INC. | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279473<br>KELLOGG SALES CO, DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 8972<br>**Debtor:** | 8973<br>SUPERIOR FOOD COMPANY | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS**
**TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 279473**<br>KELLOGG SALES CO, DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 8972<br>Debtor: | 8974<br>ASTOR PRODUCTS, INC. | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279473**<br>KELLOGG SALES CO, DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 8972<br>Debtor: | 8975<br>SUNBELT PRODUCTS, INC. | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279473**<br>KELLOGG SALES CO, DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 8972<br>Debtor: | 8976<br>WINN-DIXIE SUPERMARKETS, INC. | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279473**<br>KELLOGG SALES CO, DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 8972<br>Debtor: | 8977<br>SUNDOWN SALES, INC. | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279473**<br>KELLOGG SALES CO, DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 8972<br>Debtor: | 8978<br>FOODWAY STORES, INC. | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS**
**TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 410483**<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 9048<br>Debtor: | 9027<br>CRACKIN' GOOD, INC. | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410483**<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 9048<br>Debtor: | 9028<br>DEEP SOUTH PRODUCTS, INC. | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410483**<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 9048<br>Debtor: | 9029<br>WINN-DIXIE STORES, INC. | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410483**<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 9048<br>Debtor: | 9030<br>SUPERIOR FOOD COMPANY | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410483**<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 9048<br>Debtor: | 9031<br>ASTOR PRODUCTS, INC. | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410483**<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 9048<br>Debtor: | 9032<br>SUNBELT PRODUCTS, INC. | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS**
**TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  410483**<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH  TX  76102 | 9048<br>Debtor: | 9033<br>WINN-DIXIE SUPERMARKETS, INC. | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  410483**<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH  TX  76102 | 9048<br>Debtor: | 9034<br>SUNDOWN SALES, INC. | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  410483**<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH  TX  76102 | 9048<br>Debtor: | 9035<br>FOODWAY STORES, INC. | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  410483**<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH  TX  76102 | 9048<br>Debtor: | 9036<br>WINN-DIXIE HANDYMAN, INC. | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  410483**<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH  TX  76102 | 9048<br>Debtor: | 9037<br>WINN-DIXIE RALEIGH, INC. | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  410483**<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH  TX  76102 | 9048<br>Debtor: | 9038<br>DIXIE SPIRITS, INC. | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-FIRST OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS
TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id: 410483 KELLOGG SALES COMPANY C/O WARNER STEVENS, LLP ATTN EMILY CHOU, ESQ 301 COMMERCE ST, STE 1700 FORT WORTH TX 76102 | 9048 Debtor: | 9039 DEEP SOUTH DISTRIBUTORS, INC. | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 410483 KELLOGG SALES COMPANY C/O WARNER STEVENS, LLP ATTN EMILY CHOU, ESQ 301 COMMERCE ST, STE 1700 FORT WORTH TX 76102 | 9048 Debtor: | 9040 KWIK CHEK SUPERMARKETS, INC. | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 410483 KELLOGG SALES COMPANY C/O WARNER STEVENS, LLP ATTN EMILY CHOU, ESQ 301 COMMERCE ST, STE 1700 FORT WORTH TX 76102 | 9048 Debtor: | 9041 DIXIE PACKERS, INC. | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 410483 KELLOGG SALES COMPANY C/O WARNER STEVENS, LLP ATTN EMILY CHOU, ESQ 301 COMMERCE ST, STE 1700 FORT WORTH TX 76102 | 9048 Debtor: | 9042 WD BRAND PRESTIGE STEAKS, INC. | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 410483 KELLOGG SALES COMPANY C/O WARNER STEVENS, LLP ATTN EMILY CHOU, ESQ 301 COMMERCE ST, STE 1700 FORT WORTH TX 76102 | 9048 Debtor: | 9043 ECONOMY WHOLESALE DISTRIBUTORS, INC. | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 410483 KELLOGG SALES COMPANY C/O WARNER STEVENS, LLP ATTN EMILY CHOU, ESQ 301 COMMERCE ST, STE 1700 FORT WORTH TX 76102 | 9048 Debtor: | 9044 DIXIE DARLING BAKERS, INC. | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS**
**TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 410483**<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 9048<br>Debtor: | 9045<br>DIXIE STORES, INC. | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410483**<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 9048<br>Debtor: | 9046<br>WINN-DIXIE LOGISTICS, INC. | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410483**<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 9048<br>Debtor: | 9047<br>WINN-DIXIE MONTGOMERY, INC. | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410483**<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 9048<br>Debtor: | 9049<br>TABLE SUPPLY FOOD STORES CO., INC. | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410483**<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 9048<br>Debtor: | 9050<br>DIXIE-HOME STORES, INC. | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408431**<br>KRAFT FOODS GLOBAL, INC<br>ATTN JUASENSKY/SANDRA SCHIRMANG<br>THREE LAKES DRIVE<br>NORTHFIELD IL 60093<br><br>Counsel: ATTN: JANICE L DUBAN, ESQ | 8051<br>Debtor: | 8049<br>WINN-DIXIE SUPERMARKETS, INC. | $15,484,236.09 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS**
**TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 408431<br>KRAFT FOODS GLOBAL, INC<br>ATTN JJASENSKY/SANDRA SCHIRMANG<br>THREE LAKES DRIVE<br>NORTHFIELD IL 60093 | 8051<br>**Debtor:** | 8050<br>WINN-DIXIE RALEIGH, INC. | $15,484,236.09 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: JANICE L DUBAN, ESQ | | | | |
| **Creditor Id:** 408431<br>KRAFT FOODS GLOBAL, INC<br>ATTN JJASENSKY/SANDRA SCHIRMANG<br>THREE LAKES DRIVE<br>NORTHFIELD IL 60093 | 8051<br>**Debtor:** | 8052<br>WINN-DIXIE MONTGOMERY, INC. | $15,484,236.09 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: JANICE L DUBAN, ESQ | | | | |
| **Creditor Id:** 408431<br>KRAFT FOODS GLOBAL, INC<br>ATTN JJASENSKY/SANDRA SCHIRMANG<br>THREE LAKES DRIVE<br>NORTHFIELD IL 60093 | 8051<br>**Debtor:** | 8053<br>WINN-DIXIE LOGISTICS, INC. | $15,484,236.09 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: JANICE L DUBAN, ESQ | | | | |
| **Creditor Id:** 408431<br>KRAFT FOODS GLOBAL, INC<br>ATTN JJASENSKY/SANDRA SCHIRMANG<br>THREE LAKES DRIVE<br>NORTHFIELD IL 60093 | 8051<br>**Debtor:** | 8054<br>WINN-DIXIE STORES, INC. | $15,484,236.09 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: JANICE L DUBAN, ESQ | | | | |
| **Creditor Id:** 408431<br>KRAFT FOODS GLOBAL, INC<br>ATTN JJASENSKY/SANDRA SCHIRMANG<br>THREE LAKES DRIVE<br>NORTHFIELD IL 60093 | 8051<br>**Debtor:** | 8055<br>ASTOR PRODUCTS, INC. | $15,484,236.09 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: JANICE L DUBAN, ESQ | | | | |
| **Creditor Id:** 408431<br>KRAFT FOODS GLOBAL, INC<br>ATTN JJASENSKY/SANDRA SCHIRMANG<br>THREE LAKES DRIVE<br>NORTHFIELD IL 60093 | 8051<br>**Debtor:** | 8056<br>DEEP SOUTH PRODUCTS, INC. | $15,484,236.09 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: JANICE L DUBAN, ESQ | | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS**
**TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id: 254115 KRAFT PIZZA COMPANY ATTN JJASENSKY/SANDRA SCHIRMANG THREE LAKES DRIVE NORTHFIELD IL 60093 Counsel: ATTN: JANICE L DUBAN, ESQ | 8041 Debtor: | 8042 ASTOR PRODUCTS, INC. | $1,543,573.68 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 254115 KRAFT PIZZA COMPANY ATTN JJASENSKY/SANDRA SCHIRMANG THREE LAKES DRIVE NORTHFIELD IL 60093 Counsel: ATTN: JANICE L DUBAN, ESQ | 8041 Debtor: | 8043 DEEP SOUTH PRODUCTS, INC. | $1,543,573.68 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 254115 KRAFT PIZZA COMPANY ATTN JJASENSKY/SANDRA SCHIRMANG THREE LAKES DRIVE NORTHFIELD IL 60093 Counsel: ATTN: JANICE L DUBAN, ESQ | 8041 Debtor: | 8044 WINN-DIXIE LOGISTICS, INC. | $1,543,573.68 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 254115 KRAFT PIZZA COMPANY ATTN JJASENSKY/SANDRA SCHIRMANG THREE LAKES DRIVE NORTHFIELD IL 60093 Counsel: ATTN: JANICE L DUBAN, ESQ | 8041 Debtor: | 8045 WINN-DIXIE MONTGOMERY, INC. | $1,543,573.68 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 254115 KRAFT PIZZA COMPANY ATTN JJASENSKY/SANDRA SCHIRMANG THREE LAKES DRIVE NORTHFIELD IL 60093 Counsel: ATTN: JANICE L DUBAN, ESQ | 8041 Debtor: | 8046 WINN-DIXIE PROCUREMENT, INC. | $1,543,573.68 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 254115 KRAFT PIZZA COMPANY ATTN JJASENSKY/SANDRA SCHIRMANG THREE LAKES DRIVE NORTHFIELD IL 60093 Counsel: ATTN: JANICE L DUBAN, ESQ | 8041 Debtor: | 8047 WINN-DIXIE RALEIGH, INC. | $1,543,573.68 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS**
**TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 254115**<br>KRAFT PIZZA COMPANY<br>ATTN J/JASENSKY/SANDRA SCHIRMANG<br>THREE LAKES DRIVE<br>NORTHFIELD IL 60093 | 8041<br>Debtor: | 8048<br>WINN-DIXIE SUPERMARKETS, INC. | $1,543,573.68 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel ATTN: JANICE L DUBAN, ESQ | | | | |
| **Creditor Id: 279028**<br>LAND O'LAKES, INC<br>ATTN ANDREA BENNETT, ESQ<br>PO BOX 64101<br>ST PAUL MN 55164-0101 | 9792<br>Debtor: | 9788<br>WINN-DIXIE RALEIGH, INC. | $588,245.19 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279028**<br>LAND O'LAKES, INC<br>ATTN ANDREA BENNETT, ESQ<br>PO BOX 64101<br>ST PAUL MN 55164-0101 | 9792<br>Debtor: | 9789<br>WINN-DIXIE SUPERMARKETS, INC. | $588,245.19 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279028**<br>LAND O'LAKES, INC<br>ATTN ANDREA BENNETT, ESQ<br>PO BOX 64101<br>ST PAUL MN 55164-0101 | 9792<br>Debtor: | 9791<br>WINN-DIXIE MONTGOMERY, INC. | $588,245.19 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 397680**<br>MURRAY BISCUIT COMPANY LLC AKA<br>PRESIDENT'S BAKING<br>C/O WARNER STEVENES LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE STREET, STE 1700<br>FORT WORTH TX 76102 | 8993<br>Debtor: | 8979<br>DEEP SOUTH DISTRIBUTORS, INC. | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 397680**<br>MURRAY BISCUIT COMPANY LLC AKA<br>PRESIDENT'S BAKING<br>C/O WARNER STEVENES LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE STREET, STE 1700<br>FORT WORTH TX 76102 | 8993<br>Debtor: | 8980<br>KWIK CHEK SUPERMARKETS, INC. | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS**
**TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 397680**<br>MURRAY BISCUIT COMPANY LLC AKA<br>PRESIDENT'S BAKING<br>C/O WARNER STEVENES LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE STREET, STE 1700<br>FORT WORTH TX 76102 | 8993<br>Debtor: | 8981<br>DIXIE PACKERS, INC. | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 397680**<br>MURRAY BISCUIT COMPANY LLC AKA<br>PRESIDENT'S BAKING<br>C/O WARNER STEVENES LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE STREET, STE 1700<br>FORT WORTH TX 76102 | 8993<br>Debtor: | 8982<br>WD BRAND PRESTIGE STEAKS, INC. | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 397680**<br>MURRAY BISCUIT COMPANY LLC AKA<br>PRESIDENT'S BAKING<br>C/O WARNER STEVENES LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE STREET, STE 1700<br>FORT WORTH TX 76102 | 8993<br>Debtor: | 8983<br>ECONOMY WHOLESALE DISTRIBUTORS, INC. | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 397680**<br>MURRAY BISCUIT COMPANY LLC AKA<br>PRESIDENT'S BAKING<br>C/O WARNER STEVENES LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE STREET, STE 1700<br>FORT WORTH TX 76102 | 8993<br>Debtor: | 8984<br>DIXIE DARLING BAKERS, INC. | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 397680**<br>MURRAY BISCUIT COMPANY LLC AKA<br>PRESIDENT'S BAKING<br>C/O WARNER STEVENES LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE STREET, STE 1700<br>FORT WORTH TX 76102 | 8993<br>Debtor: | 8985<br>DIXIE STORES, INC. | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-FIRST OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS
TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 397680 MURRAY BISCUIT COMPANY LLC AKA PRESIDENT'S BAKING C/O WARNER STEVENES LLP ATTN M WARNER/E CHOU, ESQS 301 COMMERCE STREET, STE 1700 FORT WORTH TX 76102 | 8993 Debtor: | 8986 WINN-DIXIE LOGISTICS, INC. | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 397680 MURRAY BISCUIT COMPANY LLC AKA PRESIDENT'S BAKING C/O WARNER STEVENES LLP ATTN M WARNER/E CHOU, ESQS 301 COMMERCE STREET, STE 1700 FORT WORTH TX 76102 | 8993 Debtor: | 8987 WINN-DIXIE MONTGOMERY, INC. | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 397680 MURRAY BISCUIT COMPANY LLC AKA PRESIDENT'S BAKING C/O WARNER STEVENES LLP ATTN M WARNER/E CHOU, ESQS 301 COMMERCE STREET, STE 1700 FORT WORTH TX 76102 | 8993 Debtor: | 8988 WINN-DIXIE PROCUREMENT, INC. | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 397680 MURRAY BISCUIT COMPANY LLC AKA PRESIDENT'S BAKING C/O WARNER STEVENES LLP ATTN M WARNER/E CHOU, ESQS 301 COMMERCE STREET, STE 1700 FORT WORTH TX 76102 | 8993 Debtor: | 8989 TABLE SUPPLY FOOD STORES CO., INC. | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 397680 MURRAY BISCUIT COMPANY LLC AKA PRESIDENT'S BAKING C/O WARNER STEVENES LLP ATTN M WARNER/E CHOU, ESQS 301 COMMERCE STREET, STE 1700 FORT WORTH TX 76102 | 8993 Debtor: | 8990 DIXIE-HOME STORES, INC. | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS**
**TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 397680**<br>MURRAY BISCUIT COMPANY LLC AKA<br>PRESIDENT'S BAKING<br>C/O WARNER STEVENES LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE STREET, STE 1700<br>FORT WORTH TX 76102 | 8993 | 8991<br>CRACKIN' GOOD, INC. | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 397680**<br>MURRAY BISCUIT COMPANY LLC AKA<br>PRESIDENT'S BAKING<br>C/O WARNER STEVENES LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE STREET, STE 1700<br>FORT WORTH TX 76102 | 8993<br>Debtor: | 8992<br>DEEP SOUTH PRODUCTS, INC. | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 397680**<br>MURRAY BISCUIT COMPANY LLC AKA<br>PRESIDENT'S BAKING<br>C/O WARNER STEVENES LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE STREET, STE 1700<br>FORT WORTH TX 76102 | 8993<br>Debtor: | 8994<br>SUPERIOR FOOD COMPANY | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 397680**<br>MURRAY BISCUIT COMPANY LLC AKA<br>PRESIDENT'S BAKING<br>C/O WARNER STEVENES LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE STREET, STE 1700<br>FORT WORTH TX 76102 | 8993<br>Debtor: | 8995<br>ASTOR PRODUCTS, INC. | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 397680**<br>MURRAY BISCUIT COMPANY LLC AKA<br>PRESIDENT'S BAKING<br>C/O WARNER STEVENES LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE STREET, STE 1700<br>FORT WORTH TX 76102 | 8993<br>Debtor: | 8996<br>SUNBELT PRODUCTS, INC. | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS**
**TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 397680 | 8993 | 8997 | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| MURRAY BISCUIT COMPANY LLC AKA PRESIDENT'S BAKING C/O WARNER STEVENES LLP ATTN M WARNER/E CHOU, ESQS 301 COMMERCE STREET, STE 1700 FORT WORTH TX 76102 | **Debtor:** | WINN-DIXIE SUPERMARKETS, INC. | | |
| **Creditor Id:** 397680 | 8993 | 8998 | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| MURRAY BISCUIT COMPANY LLC AKA PRESIDENT'S BAKING C/O WARNER STEVENES LLP ATTN M WARNER/E CHOU, ESQS 301 COMMERCE STREET, STE 1700 FORT WORTH TX 76102 | **Debtor:** | SUNDOWN SALES, INC. | | |
| **Creditor Id:** 397680 | 8993 | 8999 | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| MURRAY BISCUIT COMPANY LLC AKA PRESIDENT'S BAKING C/O WARNER STEVENES LLP ATTN M WARNER/E CHOU, ESQS 301 COMMERCE STREET, STE 1700 FORT WORTH TX 76102 | **Debtor:** | FOODWAY STORES, INC. | | |
| **Creditor Id:** 397680 | 8993 | 9000 | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| MURRAY BISCUIT COMPANY LLC AKA PRESIDENT'S BAKING C/O WARNER STEVENES LLP ATTN M WARNER/E CHOU, ESQS 301 COMMERCE STREET, STE 1700 FORT WORTH TX 76102 | **Debtor:** | WINN-DIXIE HANDYMAN, INC. | | |
| **Creditor Id:** 397680 | 8993 | 9001 | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| MURRAY BISCUIT COMPANY LLC AKA PRESIDENT'S BAKING C/O WARNER STEVENES LLP ATTN M WARNER/E CHOU, ESQS 301 COMMERCE STREET, STE 1700 FORT WORTH TX 76102 | **Debtor:** | WINN-DIXIE RALEIGH, INC. | | |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS**
**TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 397680**<br>MURRAY BISCUIT COMPANY LLC AKA<br>PRESIDENT'S BAKING<br>C/O WARNER STEVENES LLP<br>ATTN M WARNERE CHOU, ESQS<br>301 COMMERCE STREET, STE 1700<br>FORT WORTH TX 76102 | 8993<br>Debtor: | 9002<br>DIXIE SPIRITS, INC. | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408428**<br>NESTLE PREPARED FOODS CO<br>HAND HELD FOODS GROUP<br>C/O NESTLE USA<br>ATTN NANCY REYNOSO/PETE KNOX<br>800 N BRAND BLVD<br>GLENDALE CA 91203 | 9602<br>Debtor: | 8077<br>DEEP SOUTH PRODUCTS, INC. | $260,253.91 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408428**<br>NESTLE PREPARED FOODS CO<br>HAND HELD FOODS GROUP<br>C/O NESTLE USA<br>ATTN NANCY REYNOSO/PETE KNOX<br>800 N BRAND BLVD<br>GLENDALE CA 91203 | 9602<br>Debtor: | 8078<br>ASTOR PRODUCTS, INC. | $260,253.92 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408428**<br>NESTLE PREPARED FOODS CO<br>HAND HELD FOODS GROUP<br>C/O NESTLE USA<br>ATTN NANCY REYNOSO/PETE KNOX<br>800 N BRAND BLVD<br>GLENDALE CA 91203 | 9602<br>Debtor: | 8079<br>ASTOR PRODUCTS, INC. | $260,253.92 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408428**<br>NESTLE PREPARED FOODS CO<br>HAND HELD FOODS GROUP<br>C/O NESTLE USA<br>ATTN NANCY REYNOSO/PETE KNOX<br>800 N BRAND BLVD<br>GLENDALE CA 91203 | 9602<br>Debtor: | 8080<br>WINN-DIXIE STORES, INC. | $260,253.92 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS**
**TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  408428**<br>NESTLE PREPARED FOODS CO<br>HAND HELD FOODS GROUP<br>C/O NESTLE USA<br>ATTN NANCY REYNOSO/PETE KNOX<br>800 N BRAND BLVD<br>GLENDALE  CA  91203 | 9602<br>Debtor: | 9600<br>WINN-DIXIE LOGISTICS, INC. | $260,253.92 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  408428**<br>NESTLE PREPARED FOODS CO<br>HAND HELD FOODS GROUP<br>C/O NESTLE USA<br>ATTN NANCY REYNOSO/PETE KNOX<br>800 N BRAND BLVD<br>GLENDALE  CA  91203 | 9602<br>Debtor: | 9601<br>WINN-DIXIE MONTGOMERY, INC. | $260,253.92 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  408428**<br>NESTLE PREPARED FOODS CO<br>HAND HELD FOODS GROUP<br>C/O NESTLE USA<br>ATTN NANCY REYNOSO/PETE KNOX<br>800 N BRAND BLVD<br>GLENDALE  CA  91203 | 9602<br>Debtor: | 9603<br>WINN-DIXIE RALEIGH, INC. | $260,253.92 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  408428**<br>NESTLE PREPARED FOODS CO<br>HAND HELD FOODS GROUP<br>C/O NESTLE USA<br>ATTN NANCY REYNOSO/PETE KNOX<br>800 N BRAND BLVD<br>GLENDALE  CA  91203 | 9602<br>Debtor: | 9604<br>WINN-DIXIE SUPERMARKETS, INC. | $260,253.92 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  408427**<br>NESTLE PURINA PETCARE COMPANY<br>C/O NESTLE USA<br>ATTN NANCY REYNOSO/PETE KNOX<br>800 N BRAND BLVD<br>GLENDALE  CA  91203 | 9597<br>Debtor: | 9593<br>ASTOR PRODUCTS, INC. | $1,762,831.01 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-FIRST OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS
TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 408427**<br>NESTLE PURINA PETCARE COMPANY<br>C/O NESTLE USA<br>ATTN NANCY REYNOSO/PETE KNOX<br>800 N BRAND BLVD<br>GLENDALE CA 91203 | 9597<br>Debtor: | 9594<br>DEEP SOUTH PRODUCTS, INC. | $1,762,831.01 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408427**<br>NESTLE PURINA PETCARE COMPANY<br>C/O NESTLE USA<br>ATTN NANCY REYNOSO/PETE KNOX<br>800 N BRAND BLVD<br>GLENDALE CA 91203 | 9597<br>Debtor: | 9595<br>WINN-DIXIE MONTGOMERY, INC. | $1,762,831.01 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408427**<br>NESTLE PURINA PETCARE COMPANY<br>C/O NESTLE USA<br>ATTN NANCY REYNOSO/PETE KNOX<br>800 N BRAND BLVD<br>GLENDALE CA 91203 | 9597<br>Debtor: | 9596<br>WINN-DIXIE LOGISTICS, INC. | $1,762,831.01 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408427**<br>NESTLE PURINA PETCARE COMPANY<br>C/O NESTLE USA<br>ATTN NANCY REYNOSO/PETE KNOX<br>800 N BRAND BLVD<br>GLENDALE CA 91203 | 9597<br>Debtor: | 9598<br>WINN-DIXIE RALEIGH, INC. | $1,762,831.01 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408427**<br>NESTLE PURINA PETCARE COMPANY<br>C/O NESTLE USA<br>ATTN NANCY REYNOSO/PETE KNOX<br>800 N BRAND BLVD<br>GLENDALE CA 91203 | 9597<br>Debtor: | 9599<br>WINN-DIXIE SUPERMARKETS, INC. | $1,762,831.01 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279251**<br>NESTLE USA<br>ATTN NANCY REYNOSO/PETE KNOX<br>800 NORTH BRAND BLVD<br>GLENDALE CA 91203 | 8073<br>Debtor: | 8068<br>WINN-DIXIE LOGISTICS, INC. | $3,197,006.82 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS**
**TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  279251**<br>NESTLE USA<br>ATTN NANCY REYNOSO/PETE KNOX<br>800 NORTH BRAND BLVD<br>GLENDALE  CA  91203 | 8073<br>Debtor: | 8069<br>WINN-DIXIE MONTGOMERY, INC. | $3,197,006.82 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279251**<br>NESTLE USA<br>ATTN NANCY REYNOSO/PETE KNOX<br>800 NORTH BRAND BLVD<br>GLENDALE  CA  91203 | 8073<br>Debtor: | 8070<br>WINN-DIXIE RALEIGH, INC. | $3,197,006.82 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279251**<br>NESTLE USA<br>ATTN NANCY REYNOSO/PETE KNOX<br>800 NORTH BRAND BLVD<br>GLENDALE  CA  91203 | 8073<br>Debtor: | 8071<br>ASTOR PRODUCTS, INC. | $3,197,006.82 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279251**<br>NESTLE USA<br>ATTN NANCY REYNOSO/PETE KNOX<br>800 NORTH BRAND BLVD<br>GLENDALE  CA  91203 | 8073<br>Debtor: | 8072<br>DEEP SOUTH PRODUCTS, INC. | $3,197,006.82 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279251**<br>NESTLE USA<br>ATTN NANCY REYNOSO/PETE KNOX<br>800 NORTH BRAND BLVD<br>GLENDALE  CA  91203 | 8073<br>Debtor: | 8074<br>WINN-DIXIE SUPERMARKETS, INC. | $3,197,006.82 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279251**<br>NESTLE USA<br>ATTN NANCY REYNOSO/PETE KNOX<br>800 NORTH BRAND BLVD<br>GLENDALE  CA  91203 | 8073<br>Debtor: | 8075<br>WINN-DIXIE STORES, INC. | $3,197,006.82 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  410493**<br>PEPSI BOTTLING GROUP<br>ATTN MIKE BEVILACQUA<br>1100 REYNOLDS BLVD<br>WINSTON-SALEM  NC  27102 | 8865<br>Debtor: | 8866<br>WINN-DIXIE RALEIGH, INC. | $7,487,670.72 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-FIRST OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS
TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 410493**<br>PEPSI BOTTLING GROUP<br>ATTN MIKE BEVILACQUA<br>1100 REYNOLDS BLVD<br>WINSTON-SALEM NC 27102 | 8865<br>Debtor: | 8867<br>WINN-DIXIE PROCUREMENT, INC. | $7,487,670.72 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410493**<br>PEPSI BOTTLING GROUP<br>ATTN MIKE BEVILACQUA<br>1100 REYNOLDS BLVD<br>WINSTON-SALEM NC 27102 | 8865<br>Debtor: | 9127<br>WINN-DIXIE MONTGOMERY, INC. | $7,487,670.72 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410493**<br>PEPSI BOTTLING GROUP<br>ATTN MIKE BEVILACQUA<br>1100 REYNOLDS BLVD<br>WINSTON-SALEM NC 27102 | 8865<br>Debtor: | 9128<br>WINN-DIXIE LOGISTICS, INC. | $7,487,670.72 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410493**<br>PEPSI BOTTLING GROUP<br>ATTN MIKE BEVILACQUA<br>1100 REYNOLDS BLVD<br>WINSTON-SALEM NC 27102 | 8865<br>Debtor: | 9129<br>WINN-DIXIE SUPERMARKETS, INC. | $7,487,670.72 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410493**<br>PEPSI BOTTLING GROUP<br>ATTN MIKE BEVILACQUA<br>1100 REYNOLDS BLVD<br>WINSTON-SALEM NC 27102 | 8865<br>Debtor: | 9130<br>DEEP SOUTH PRODUCTS, INC. | $7,487,670.72 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410493**<br>PEPSI BOTTLING GROUP<br>ATTN MIKE BEVILACQUA<br>1100 REYNOLDS BLVD<br>WINSTON-SALEM NC 27102 | 8865<br>Debtor: | 9131<br>ASTOR PRODUCTS, INC. | $7,487,670.72 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS**
**TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 269335<br>PRO-ACTIVE JANITORIAL SERVICES, INC<br>C/O GOLDSTEIN & GREENBERG, PA<br>ATTN LARRY D GOLDSTEIN, ESQ<br>7601 38TH AVENUE NORTH<br>ST PETERSBURG, FL 33710 | 8230<br>Debtor: | 8231<br>WINN-DIXIE SUPERMARKETS, INC. | $231,852.94 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 411105<br>QUAKER SALES & DISTRIBUTION, INC<br>C/O DLA PIPER RUDNICK ET AL<br>ATTN B M NEFF/B A AUDETTE, ESQS<br>203 N LASALLE STREET, SUITE 1900<br>CHICAGO IL 60601-1293<br><br>Counsel: ATTN PHILIP V MARTINO | 11056<br>Debtor: | 11051<br>WINN-DIXIE STORES, INC. | $4,432,544.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 411105<br>QUAKER SALES & DISTRIBUTION, INC<br>C/O DLA PIPER RUDNICK ET AL<br>ATTN B M NEFF/B A AUDETTE, ESQS<br>203 N LASALLE STREET, SUITE 1900<br>CHICAGO IL 60601-1293<br><br>Counsel: ATTN PHILIP V MARTINO | 11056<br>Debtor: | 11052<br>ASTOR PRODUCTS, INC. | $4,432,544.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 411105<br>QUAKER SALES & DISTRIBUTION, INC<br>C/O DLA PIPER RUDNICK ET AL<br>ATTN B M NEFF/B A AUDETTE, ESQS<br>203 N LASALLE STREET, SUITE 1900<br>CHICAGO IL 60601-1293<br><br>Counsel: ATTN PHILIP V MARTINO | 11056<br>Debtor: | 11053<br>DEEP SOUTH PRODUCTS, INC. | $4,432,544.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 411105<br>QUAKER SALES & DISTRIBUTION, INC<br>C/O DLA PIPER RUDNICK ET AL<br>ATTN B M NEFF/B A AUDETTE, ESQS<br>203 N LASALLE STREET, SUITE 1900<br>CHICAGO IL 60601-1293<br><br>Counsel: ATTN PHILIP V MARTINO | 11056<br>Debtor: | 11054<br>WINN-DIXIE LOGISTICS, INC. | $4,432,544.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-FIRST OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS
TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 411105<br>QUAKER SALES & DISTRIBUTION, INC<br>C/O DLA PIPER RUDNICK ET AL<br>ATTN B M NEFF/B A AUDETTE, ESQS<br>203 N LASALLE STREET, SUITE 1900<br>CHICAGO IL 60601-1293<br><br>Counsel: ATTN PHILIP V MARTINO | 11056<br><br>Debtor: | 11055<br><br>WINN-DIXIE MONTGOMERY, INC. | $4,432,544.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 411105<br>QUAKER SALES & DISTRIBUTION, INC<br>C/O DLA PIPER RUDNICK ET AL<br>ATTN B M NEFF/B A AUDETTE, ESQS<br>203 N LASALLE STREET, SUITE 1900<br>CHICAGO IL 60601-1293<br><br>Counsel: ATTN PHILIP V MARTINO | 11056<br><br>Debtor: | 11057<br><br>WINN-DIXIE RALEIGH, INC. | $4,432,544.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 411105<br>QUAKER SALES & DISTRIBUTION, INC<br>C/O DLA PIPER RUDNICK ET AL<br>ATTN B M NEFF/B A AUDETTE, ESQS<br>203 N LASALLE STREET, SUITE 1900<br>CHICAGO IL 60601-1293<br><br>Counsel: ATTN PHILIP V MARTINO | 11056<br><br>Debtor: | 11058<br><br>WINN-DIXIE SUPERMARKETS, INC. | $4,432,544.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279268<br>RECKITT BENCKISER, INC<br>ATTN HEIDI BESOLD, REG CR MGR<br>399 INTERPACE PARKWAY<br>PO BOX 225<br>PARSIPPANY NJ 07054-0225 | 8377<br><br>Debtor: | 7086<br><br>WINN-DIXIE STORES, INC. | $987,528.16 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279268<br>RECKITT BENCKISER, INC<br>ATTN HEIDI BESOLD, REG CR MGR<br>399 INTERPACE PARKWAY<br>PO BOX 225<br>PARSIPPANY NJ 07054-0225 | 8377<br><br>Debtor: | 8373<br><br>WINN-DIXIE HANDYMAN, INC. | $987,528.16 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-FIRST OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS
TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 279268**<br>RECKITT BENCKISER, INC<br>ATTN HEIDI BESOLD, REG CR MGR<br>399 INTERPACE PARKWAY<br>PO BOX 225<br>PARSIPPANY NJ 07054-0225 | 8377<br>Debtor: | 8374<br>**WINN-DIXIE STORES, INC.** | $987,528.16 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279268**<br>RECKITT BENCKISER, INC<br>ATTN HEIDI BESOLD, REG CR MGR<br>399 INTERPACE PARKWAY<br>PO BOX 225<br>PARSIPPANY NJ 07054-0225 | 8377<br>Debtor: | 8375<br>**WINN-DIXIE MONTGOMERY, INC.** | $987,528.16 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279268**<br>RECKITT BENCKISER, INC<br>ATTN HEIDI BESOLD, REG CR MGR<br>399 INTERPACE PARKWAY<br>PO BOX 225<br>PARSIPPANY NJ 07054-0225 | 8377<br>Debtor: | 8376<br>**WINN-DIXIE LOGISTICS, INC.** | $987,528.16 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279268**<br>RECKITT BENCKISER, INC<br>ATTN HEIDI BESOLD, REG CR MGR<br>399 INTERPACE PARKWAY<br>PO BOX 225<br>PARSIPPANY NJ 07054-0225 | 8377<br>Debtor: | 8378<br>**WINN-DIXIE SUPERMARKETS, INC.** | $987,528.16 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279268**<br>RECKITT BENCKISER, INC<br>ATTN HEIDI BESOLD, REG CR MGR<br>399 INTERPACE PARKWAY<br>PO BOX 225<br>PARSIPPANY NJ 07054-0225 | 8377<br>Debtor: | 8379<br>**WINN-DIXIE RALEIGH, INC.** | $987,528.16 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410495**<br>RONALD A KATZ TECH LICENSING, LP<br>C/O ERVIN, COHEN & JESSUP, LLP<br>ATTN: MICHAEL S KOGAN, ESQ<br>9401 WILSHIRE BLVD, NINTH FLOOR<br>BEVERLY HILLS CA 90212-2974 | 8747<br>Debtor: | 8746<br>**FOODWAY STORES, INC.** | Unliquidated | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS**
**TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 410495**<br>RONALD A KATZ TECH LICENSING, LP<br>C/O ERVIN, COHEN & JESSUP, LLP<br>ATTN: MICHAEL S KOGAN, ESQ<br>9401 WILSHIRE BLVD, NINTH FLOOR<br>BEVERLY HILLS  CA  90212-2974 | 8747<br>Debtor: | 8748<br>WINN-DIXIE MONTGOMERY, INC. | Unliquidated | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410495**<br>RONALD A KATZ TECH LICENSING, LP<br>C/O ERVIN, COHEN & JESSUP, LLP<br>ATTN: MICHAEL S KOGAN, ESQ<br>9401 WILSHIRE BLVD, NINTH FLOOR<br>BEVERLY HILLS  CA  90212-2974 | 8747<br>Debtor: | 8749<br>KWIK CHEK SUPERMARKETS, INC. | Unliquidated | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410495**<br>RONALD A KATZ TECH LICENSING, LP<br>C/O ERVIN, COHEN & JESSUP, LLP<br>ATTN: MICHAEL S KOGAN, ESQ<br>9401 WILSHIRE BLVD, NINTH FLOOR<br>BEVERLY HILLS  CA  90212-2974 | 8747<br>Debtor: | 8750<br>WINN-DIXIE RALEIGH, INC. | Unliquidated | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410495**<br>RONALD A KATZ TECH LICENSING, LP<br>C/O ERVIN, COHEN & JESSUP, LLP<br>ATTN: MICHAEL S KOGAN, ESQ<br>9401 WILSHIRE BLVD, NINTH FLOOR<br>BEVERLY HILLS  CA  90212-2974 | 8747<br>Debtor: | 8751<br>DIXIE STORES, INC. | Unliquidated | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410495**<br>RONALD A KATZ TECH LICENSING, LP<br>C/O ERVIN, COHEN & JESSUP, LLP<br>ATTN: MICHAEL S KOGAN, ESQ<br>9401 WILSHIRE BLVD, NINTH FLOOR<br>BEVERLY HILLS  CA  90212-2974 | 8747<br>Debtor: | 8752<br>WINN-DIXIE SUPERMARKETS, INC. | Unliquidated | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279278**<br>SARA LEE BAKERY GROUP<br>ATTN JERRI SPONIK<br>111 CORPORATE OFFICE DR, SUITE 200<br>EARTH CITY, MO  63045<br>Counsel: ATTN: JANICE L DUBAN, ESQ | 9748<br>Debtor: | 9744<br>ASTOR PRODUCTS, INC. | $435,700.67 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS**
**TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  279278**<br>SARA LEE BAKERY GROUP<br>ATTN JERRI SPONIK<br>111 CORPORATE OFFICE DR, SUITE 200<br>EARTH CITY, MO 63045<br><br>Counsel: ATTN: JANICE L DUBAN, ESQ | 9748<br>Debtor: | 9745<br>WINN-DIXIE STORES, INC. | $435,700.67 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279278**<br>SARA LEE BAKERY GROUP<br>ATTN JERRI SPONIK<br>111 CORPORATE OFFICE DR, SUITE 200<br>EARTH CITY, MO 63045<br><br>Counsel: ATTN: JANICE L DUBAN, ESQ | 9748<br>Debtor: | 9746<br>WINN-DIXIE SUPERMARKETS, INC. | $435,700.67 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279278**<br>SARA LEE BAKERY GROUP<br>ATTN JERRI SPONIK<br>111 CORPORATE OFFICE DR, SUITE 200<br>EARTH CITY, MO 63045<br><br>Counsel: ATTN: JANICE L DUBAN, ESQ | 9748<br>Debtor: | 9747<br>WINN-DIXIE RALEIGH, INC. | $435,700.67 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279278**<br>SARA LEE BAKERY GROUP<br>ATTN JERRI SPONIK<br>111 CORPORATE OFFICE DR, SUITE 200<br>EARTH CITY, MO 63045<br><br>Counsel: ATTN: JANICE L DUBAN, ESQ | 9748<br>Debtor: | 9749<br>WINN-DIXIE MONTGOMERY, INC. | $435,700.67 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279278**<br>SARA LEE BAKERY GROUP<br>ATTN JERRI SPONIK<br>111 CORPORATE OFFICE DR, SUITE 200<br>EARTH CITY, MO 63045<br><br>Counsel: ATTN: JANICE L DUBAN, ESQ | 9748<br>Debtor: | 9750<br>WINN-DIXIE LOGISTICS, INC. | $435,700.67 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279278**<br>SARA LEE BAKERY GROUP<br>ATTN JERRI SPONIK<br>111 CORPORATE OFFICE DR, SUITE 200<br>EARTH CITY, MO 63045<br><br>Counsel: ATTN: JANICE L DUBAN, ESQ | 9748<br>Debtor: | 9751<br>DEEP SOUTH PRODUCTS, INC. | $435,700.67 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-FIRST OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS
TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 279279**<br>SARA LEE CORPORATION<br>ATTN CURTIS MARSHALL, CR DIR<br>10151 CARVER ROAD<br>CINCINNATI OH 45242<br><br>Counsel: ATTN: JANICE L DUBAN, ESQ | 9757<br>Debtor: | 9752<br>ASTOR PRODUCTS, INC. | $2,068,040.60 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279279**<br>SARA LEE CORPORATION<br>ATTN CURTIS MARSHALL, CR DIR<br>10151 CARVER ROAD<br>CINCINNATI OH 45242<br><br>Counsel: ATTN: JANICE L DUBAN, ESQ | 9757<br>Debtor: | 9753<br>WINN-DIXIE STORES, INC. | $2,068,040.60 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279279**<br>SARA LEE CORPORATION<br>ATTN CURTIS MARSHALL, CR DIR<br>10151 CARVER ROAD<br>CINCINNATI OH 45242<br><br>Counsel: ATTN: JANICE L DUBAN, ESQ | 9757<br>Debtor: | 9754<br>DEEP SOUTH PRODUCTS, INC. | $2,068,040.60 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279279**<br>SARA LEE CORPORATION<br>ATTN CURTIS MARSHALL, CR DIR<br>10151 CARVER ROAD<br>CINCINNATI OH 45242<br><br>Counsel: ATTN: JANICE L DUBAN, ESQ | 9757<br>Debtor: | 9755<br>WINN-DIXIE LOGISTICS, INC. | $2,068,040.60 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279279**<br>SARA LEE CORPORATION<br>ATTN CURTIS MARSHALL, CR DIR<br>10151 CARVER ROAD<br>CINCINNATI OH 45242<br><br>Counsel: ATTN: JANICE L DUBAN, ESQ | 9757<br>Debtor: | 9756<br>WINN-DIXIE MONTGOMERY, INC. | $2,068,040.60 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279279**<br>SARA LEE CORPORATION<br>ATTN CURTIS MARSHALL, CR DIR<br>10151 CARVER ROAD<br>CINCINNATI OH 45242<br><br>Counsel: ATTN: JANICE L DUBAN, ESQ | 9757<br>Debtor: | 9758<br>WINN-DIXIE RALEIGH, INC. | $2,068,040.60 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS**
**TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  279279**<br>SARA LEE CORPORATION<br>ATTN CURTIS MARSHALL, CR DIR<br>10151 CARVER ROAD<br>CINCINNATI  OH  45242 | 9757 | 9759 | $2,068,040.60 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | Debtor: | WINN-DIXIE SUPERMARKETS, INC. | | |
| Counsel: ATTN: JANICE L DUBAN, ESQ | | | | |
| **Creditor Id:  269375**<br>SPEARS, WILL H SR<br>C/O JEFFREY T GREENBERG, PC<br>ATTN JEFFREY T GREENBERG, ESQ<br>421 FRENCHMEN STREET, SUITE 200<br>NEW ORLEANS, LA  70116 | 8793 | 8792 | Unliquidated | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | Debtor: | WINN-DIXIE STORES, INC. | | |
| **Creditor Id:  377597**<br>UNILEVER HOME & PERSONAL CARE<br>1 JOHN STREET<br>CLINTON, CT  06413 | 10347 | 10342 | $1,587,552.45 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | Debtor: | WINN-DIXIE STORES, INC. | | |
| Transferee: DK ACQUISITION PARTNERS LP | | | | |
| **Creditor Id:  377597**<br>UNILEVER HOME & PERSONAL CARE<br>1 JOHN STREET<br>CLINTON, CT  06413 | 10347 | 10343 | $1,587,552.45 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | Debtor: | ASTOR PRODUCTS, INC. | | |
| Transferee: SMITHTOWN BAY LLC | | | | |
| **Creditor Id:  377597**<br>UNILEVER HOME & PERSONAL CARE<br>1 JOHN STREET<br>CLINTON, CT  06413 | 10347 | 10344 | $1,587,552.45 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | Debtor: | DEEP SOUTH PRODUCTS, INC. | | |
| Transferee: SMITHTOWN BAY LLC | | | | |
| **Creditor Id:  377597**<br>UNILEVER HOME & PERSONAL CARE<br>1 JOHN STREET<br>CLINTON, CT  06413 | 10347 | 10345 | $1,587,552.45 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | Debtor: | WINN-DIXIE LOGISTICS, INC. | | |
| Transferee: SMITHTOWN BAY LLC | | | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-FIRST OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS
TO BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 377597** UNILEVER HOME & PERSONAL CARE 1 JOHN STREET CLINTON, CT 06413  Transferee: SMITHTOWN BAY LLC | 10347 Debtor: | 10346 WINN-DIXIE MONTGOMERY, INC. | $1,587,552.45 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 377597** UNILEVER HOME & PERSONAL CARE 1 JOHN STREET CLINTON, CT 06413  Transferee: SMITHTOWN BAY LLC | 10347 Debtor: | 10348 WINN-DIXIE RALEIGH, INC. | $1,587,552.45 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 377597** UNILEVER HOME & PERSONAL CARE 1 JOHN STREET CLINTON, CT 06413  Transferee: SMITHTOWN BAY LLC | 10347 Debtor: | 10349 WINN-DIXIE SUPERMARKETS, INC. | $1,587,552.45 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 264996** WM WRIGLEY JR CO PO BOX 905020 CHARLOTTE, NC 28290-5020 | 9867 Debtor: | 5432 WINN-DIXIE STORES, INC. | $149,735.99 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

| | | | |
|---|---|---|---|
| **Total Claims to be Disallowed:** | 212 | | |
| **Total Amount to be Disallowed:** | $493,350,166.00 | Plus Unliquidated Amounts, If Any | |