**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT TO**
**ORDER AUTHORIZING NEGOTIATED REJECTION OF EXECUTORY**
**CONTRACT WITH REXALL SUNDOWN, INC. AND APPROVING**
**AGREED RESOLUTION OF ASSOCIATED CLAIMS**

    I, David M. Turetsky, certify that I caused to be served the Order Authorizing Negotiated Rejections of Executory Contract with Rexall Sundown, Inc. and Approving Agreed Resolution of Associated Claims (Docket No. 11887), by having true and correct copies thereof sent to the parties listed on Exhibit A via first class mail on October 13, 2006.

Dated: October 18, 2006

                                                SKADDEN, ARPS, SLATE,
                                                MEAGHER & FLOM LLP

                                                By: /s/ *David M. Turetsky*
                                                David M. Turetsky
                                                Four Times Square
                                                New York, New York 10036
                                                (212) 735-2569
                                                (212) 735-2569 (facsimile)

                                                          and

                                                SMITH HULSEY & BUSEY

                                                By: /s/ *Cynthia C. Jackson*
                                                Cynthia C. Jackson
                                                Florida Bar Number 498882
                                                225 Water Street, Suite 1800
                                                Jacksonville, Florida  32202
                                                (904) 359-7700
                                                (904) 359-7708 (facsimile)

                                                Co-Counsel for Debtors

## Exhibit A

United States Nutrition, Inc.
2100 Smithtoen Avenue
Roanokma, NY 11779
Attn: Richard J. Scoza, Sr. Vice President, Sales

U.S. Nutrition, Inc.
90 Orville Drive
Bohemia, NY 11716
Attn: Legal Department

Rexall Sundown, Inc.
90 Orville Drive
Bohemia, NY 11716
Attn: Eileen Breslin, Esq.

579237.01-New York Server 5A - MSW