## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., et al.,**

Debtors.[1]

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

### CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.  On or about October 17, 2006 I caused copies of:

•   the **Order (A) Disallowing No Liability Claims, (B) Disallowing No Liability Misclassified Claims, (C) Reducing Overstated Claims, (D) Reducing and Reclassifying Overstated Misclassified Claims, (E) Reclassifying Misclassified Claims and (F) Disallowing Amended and Superseded Claims, As Set Forth in the Debtors' Twenty-Second Omnibus Claims Objection**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: October 18, 2006

_____
Kathleen M. Logan

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

SERVICE LIST

**Order (A) Disallowing No Liability Claims, (B)
Disallowing No Liability Misclassified Claims, (C)
Reducing Overstated Claims, (D) Reducing and
Reclassifying Overstated Misclassified Claims, ... As Set
Forth in the Debtors' Twenty-Second Omnibus Claims Objectio**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 241280-12<br>7595 CENTURION PARKWAY LLC<br>C/O MCGUIREWOODS, LLP<br>ATTN: ROBERT A COX, JR., ESQ<br>BANK OF AMERICA CORP CENTER<br>100 NORTH TYRON ST, STE 2900<br>CHARLOTTE NC 28202 | CREDITOR ID: 241280-12<br>7595 CENTURION PARKWAY LLC<br>C/O PHOENIX REALTY GROUP INC<br>ATTN JAMES J SEBESTA<br>10739 DEERWOOD PARK BLVD, SUITE 103<br>JACKSONVILLE, FL 32256-2873 | CREDITOR ID: 410452-15<br>ACADIANA BOTTLING CO, INC<br>ATTN JAMES M ANGERS, JR, CFO<br>1003 HUGH WALLIS ROAD, BLDG A<br>LAFAYETTE LA 70508 |
| CREDITOR ID: 410373-15<br>ALLEN BEVERAGES, INC, DBA<br>PEPSI COLA BOTTLING CO OF GULFPORT<br>ATTN C GRAVES/E A ALLEN II<br>13300 DEDEAUX RD<br>PO BOX 1037<br>GULFPORT MS 39505-2037 | CREDITOR ID: 534942-98<br>AMERICAN SUGAR REFINING INC<br>C/O GENE B TARR ESQ<br>BLANCO TACKABERRY COMBS & MATAMOROS<br>PO DRAWER 25008<br>WINSTON SALEM NC 27114-5008 | CREDITOR ID: 242345-12<br>AMTECH LIGHTING SERVICE<br>ATTN CATHERINE A FORTNEY, A/R MGR<br>2390 E ORANGEWOOD AVENUE, SUITE 100<br>PARK PLAZA<br>ANAHEIM CA 92806 |
| CREDITOR ID: 1080-07<br>ARS INVESTMENT CORPORATION<br>C/O METTLER SHELTON RANDOLPH ET AL<br>340 ROYAL POINCIANA WAY, SUITE 340<br>PALM BEACH FL 33480 | CREDITOR ID: 1080-07<br>ARS INVESTMENT CORPORATION<br>THOMAS E CARR & ASSOCIATES, PC<br>ATTN THOMAS E CARR, ESQ<br>1100 BOULDERS PARKWAY, STE 650<br>RICHMOND VA 23225 | CREDITOR ID: 1080-07<br>ARS INVESTMENT CORPORATION<br>C/O HARDING & ASSOCS INC<br>ATTN DOUG MAREK, ESQ<br>5006 MONUMENT AVENUE<br>RICHMOND, VA 23230 |
| CREDITOR ID: 410753-15<br>ARTESIA MEDICAL DEVELOPMENT CO<br>C/O BEN-EZRA & KATZ, PA<br>ATTN M MORALES & M BEN-EZRA, ESQS<br>2901 STIRLING RD, STE 300<br>FT LAUDERDALE FL 33312 | CREDITOR ID: 395571-15<br>ASHLAND INCORPORATED<br>COLLECTION DEPT DS-3<br>ATTN M. WRIGHT<br>PO BOX 2219<br>COLUMBUS OH 43216 | CREDITOR ID: 406351-MS<br>BAILEY, FLOYD T<br>10428 SW LANDS END PLACE<br>PALM CITY FL 34990 |
| CREDITOR ID: 243093-12<br>BARRETT CROSSING SHOPPING CTR, LLC<br>C/O MIMMS ENTERPRISES<br>ATTN R C MIMMS/T MIMMS JR<br>85-A MILL STREET, SUITE 100<br>ROSWELL GA 30075-4910 | CREDITOR ID: 399732-15<br>BAY LANDING I, INC<br>ATTN PAUL J MARINELLI, PRESIDENT<br>2600 GOLDEN GATE PARKWAY<br>NAPLES FL 34105 | CREDITOR ID: 416259-15<br>BENTLEY, FRED D SR<br>C/O FURR AND COHEN, PA<br>ATTN ALVIN S GOLDSTEIN, ESQ<br>2255 GLADES ROAD, SUITE 337W<br>BOCA RATON FL 33431 |
| CREDITOR ID: 411222-15<br>BEVERAGE SOUTH INC<br>ATTN JAMES W DAVIS, CONTROLLER<br>751 STATE PARK ROAD<br>GREENVILLE SC 29609 | CREDITOR ID: 415973-15<br>BLACKWELL, SHARRON O<br>C/O ROE CASSIDY COATES & PRICE, PA<br>ATTN JAMES H CASSIDY, ESQ<br>PO BOX 10529<br>GREENVILLE SC 29603 | CREDITOR ID: 243720-12<br>BOGGY CREEK MARKETPLACE, INC<br>PO BOX 320219<br>COCOA BEACH, FL 32932-0219 |
| CREDITOR ID: 243720-12<br>BOGGY CREEK MARKETPLACE, INC<br>C/O GRAYROBINSON, PA<br>ATTN DONALD A NOHRR, ESQ<br>PO BOX 1870<br>MELBOURNE FL 32902 | CREDITOR ID: 244008-12<br>BRISTOL-MYERS PRODUCTS<br>ATTN DAVID YANDO/ANDREW CHERRY<br>2400 WEST LLOYD EXPRESSWAY<br>EVANSVILLE IN 47721 | CREDITOR ID: 408429-15<br>BROWN BOTTLING GROUP, INC<br>ATTN RAY WILKINS, EXEC VP OF FIN<br>591 HIGHLAND COLONY PKWY<br>RIDGELAND MS 39157 |
| CREDITOR ID: 408429-15<br>BROWN BOTTLING GROUP, INC<br>C/O WATKINS, LUDLAM, ET AL<br>ATTN KRISTINA M JOHNSON, ESQ<br>633 NORTH STATES ST<br>PO BOX 427<br>JACKSON MS 39205-0427 | CREDITOR ID: 410455-15<br>BUFFALO ROCK COMPANY<br>ATTN ROGER D BARKER<br>111 OXMOOR ROAD<br>BIRMINGHAM AL 35209 | CREDITOR ID: 410455-15<br>BUFFALO ROCK COMPANY<br>C/O BURR & FORMAN LLP<br>ATTN DEREK F MEEK, ESQ<br>420 NORTH TWENTIETH ST, SUITE 3100<br>BIRMINGHAM AL 35203-5206 |
| CREDITOR ID: 244218-12<br>BUSH BROTHERS & CO<br>ATTN STEPHANIE TAYLOR, SR MGR<br>JOHN PORTER, VP<br>1016 E WEISGARBER ROAD<br>KNOXVILLE TN 37909 | CREDITOR ID: 410393-15<br>CAPSTONE ADVISORS - CARRINGTON DEV<br>ASSOCIATES<br>C/O KATTEN MUCHIN ROSENMAN LLP<br>ATTN THOMAS J LEANSE, ESQ<br>2029 CENTURY PARK EAST, SUITE 2600<br>LOS ANGELES CA 90067 | CREDITOR ID: 410585-99<br>CATAMOUNT LS-KY, LLC, ASSIGNEE<br>C/O LIONEL SAWYER & COLLINS<br>ATTN CRAIG E ETEM, ESQ<br>BANK OF AMERICA PLAZA<br>50 WEST LIBERTY STREET, SUITE 1100<br>RENO NV 89501 |

SERVICE LIST
Order (A) Disallowing No Liability Claims, (B)
Disallowing No Liability Misclassified Claims, (C)
Reducing Overstated Claims, (D) Reducing and
Reclassifying Overstated Misclassified Claims, ... As Set
Forth in the Debtors' Twenty-Second Omnibus Claims Objectio

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                     **CASE:   05-03817-3F1**

CREDITOR ID: 410585-99
CATAMOUNT LS-KY, LLC, ASSIGNEE
OF H FUNK & P MERNER
C/O KRIEG DEVAULT LLP
ATTN C DANIEL MOTSINGER, ESQ
ONE INDIANA SQUARE, SUITE 2800
INDIANAPOLIS IN 46204-2079

CREDITOR ID: 279209-35
CF SAUER COMPANY
ATTN MICHELLE RADER, TREAS
2000 WEST BROAD ST
RICHMOND VA 23220

CREDITOR ID: 416271-15
CIRIGNANO FAMILY LP
C/O DOLLINGER GONSKI & GROSSMAN
ATTN MATTHEW DOLLINGER, ESQ
ONE OLD COUNTRY ROAD
PO BOX 9010
CARLE PLACE NY 11514-9010

CREDITOR ID: 416271-15
CIRIGNANO FAMILY LP
ATTN ALBERT J CIRIGNANO
17 OAK POINT DRIVE NORTH
BAYVILLE NY 11709

CREDITOR ID: 240936-11
CITY OF AUBURN
144 TICHENOR AVENUE, SUITE 6
AUBURN, AL 36830

CREDITOR ID: 452133-15
CITY OF PERRY WATER & GAS
ATTN PENNY STAFFNEY, FINANCE DIR
PO DRAWER 197
PERRY  FL 32348

CREDITOR ID: 411074-15
CLIFFDALE CORNER, INC TA CLIFFDALE
CORNER, FAYETTEVILLE, NC
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 279115-99
COCA-COLA ENTERPRISES INC ET AL
C/O MILLER & MARTIN PLLC
ATTN: SHELLY D RUCKER, ESQ
832 GEORGIA AVE, STE 1000
CHATTANOOGA TN 37402-2289

CREDITOR ID: 246616-12
COLGATE PALMOLIVE COMPANY
ATTN CYNTHIA SMITH, ESQ
2233 LAKE PARK DRIVE, SUITE 300
SMYRNA GA 30080-8856

CREDITOR ID: 381721-15
COMMONWEALTH OF KENTUCKY REV DEPT
C/O OFFICE OF THE ATTORNEY GENERAL
ATTN: ALBERT B CHANDLER III, ESQ
STATE CAPITAL, ROOM 116
FRANKFORT KY 40601

CREDITOR ID: 381721-15
COMMONWEALTH OF KENTUCKY REV DEPT
FINANCE & ADMINISTRATION CABINET
ATTN B L BAGBY/WENDY L STEPHENS
100 FAIR OAKS, 5TH FLOOR
PO BOX 491
FRANKFORT KY 40602-0491

CREDITOR ID: 416975-15
COMMONWEALTH OF KENTUCKY REV DEPT
LEGAL BRANCH - BANKRUPTCY SECTION
ATTN LEANNE WARREN
PO BOX 5222
FRANKFORT KY 40602

CREDITOR ID: 381954-15
COMMONWEALTH OF VA AGR & CONS SVCES
VDACS - STATE MILK COMMISSION
ATTN RODNEY L PHILLIPS
102 GOVERNOR STREET, RM 205
RICHMOND VA 23219

CREDITOR ID: 381954-15
COMMONWEALTH OF VA AGR & CONS SVCES
C/O OFFICE OF THE ATTORNEY GENERAL
ATTN JERRY KILGORE, ESQ
900 E MAIN STREET
RICHMOND VA 23219

CREDITOR ID: 416956-98
CONTRARIAN FUNDS, LLC
ATTN MICHAEL J RESTIFO, CFO/MEMBER
411 WEST PUTNAM AVE S-225
GREENWICH CT 06830

CREDITOR ID: 420349-ST
COTE, KATHLEEN J
3280 LEMON LANE
NAPLES FL 34120

CREDITOR ID: 243102-12
COUNTY OF BARTOW TAX COMM
ATTN GLENDA REESE, DEPUTY
135 WEST CHEROKEE AVENUE, STE 217A
CARTERSVILLE GA 30120-3181

CREDITOR ID: 266221-14
COUNTY OF BREVARD
C/O MATEER & HARBERT,  PA
ATTN: MICHAEL A PAASCH
225 EAST ROBINSON STREET, SUITE 600
PO BOX 2854
ORLANDO FL 32802-2854

CREDITOR ID: 266221-14
COUNTY OF BREVARD
ATTN ROD NORTHCUTT
400 SOUTH STREET, 6TH FLOOR
PO BOX 2500
TITUSVILLE FL 32781-2500

CREDITOR ID: 266221-14
COUNTY OF BREVARD
C/O HILLSBOROUGH COUNTY ATTORNEY
ATTN BRIAN FITZGERALD, ESQ
PO BOX 1110
TAMPA FL 33601-1110

CREDITOR ID: 246660-12
COUNTY OF COLQUITT TAX COMMISSIONER
ATTN CINDY S HORVIN
PO BOX 99
MOULTRIE GA 31776-0099

CREDITOR ID: 407679-15
COUNTY OF DEKALB, GA
TREASURY & ACCOUNTING DIVISION
ATTN ROMEO KELLER
PO BOX 1088
DECATUR GA 30031

CREDITOR ID: 247147-12
CPM ASSOCIATES, LP
C/O MILAM HOWARD NICANDRI ET AL
ATTN:  PETER E NICANDRI ESQ
14 EAST BAY STREET
JACKSONVILLE FL 32202

CREDITOR ID: 247147-12
CPM ASSOCIATES, LP
C/O MILLER & MARTIN, PLLC
ATTN CATHERINE A HARRISON, ESQ
1170 PEACHTREET STREET NE, STE 800
ATLANTA GA 30309-7706

CREDITOR ID: 247252-12
CRT PROPERTIES INC FKA
KOGER EQUITY
ATTN DAVID W FOSTER, GM
PO BOX 538266
ATLANTA, GA 30353-8266

CREDITOR ID: 247252-12
CRT PROPERTIES INC FKA
C/O SHUTTS & BOWEN LLP
ATTN JOEY E SCHLOSBERG, ESQ
201 SOUTH BISCAYNE BLVD STE 1500
MIAMI FL 33131

CREDITOR ID: 2181-07
DDR MDT CARILLON PLACE LLC
C/O DEVELOPERS DIVERSIFIED REALTY
ATTN ERIC C COTTON, ESQ
3300 ENTERPRISE PARKWAY
PO BOX 228042
BEACHWOOD OH 44122

**SERVICE LIST**

**Order (A) Disallowing No Liability Claims, (B)**
**Disallowing No Liability Misclassified Claims, (C)**
**Reducing Overstated Claims, (D) Reducing and**
**Reclassifying Overstated Misclassified Claims, ... As Set**
**Forth in the Debtors' Twenty-Second Omnibus Claims Objectio**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 452148-98<br>DELLACAMERA CAPITAL MASTER FUND LTD<br>C/O DELLACAMERA CAPITAL MGMT LLC<br>ATTN VINCENT J SPIMATO, MGR MEMBER<br>237 PARK AVE, SUITE 900<br>NEW YORK NY 10017 | CREDITOR ID: 279225-35<br>DOMINO FOODS, INC<br>ATTN JOHN KEARNEY<br>1100 KEY HIGHWAY EAST<br>BALTIMORE MD 21230-5180 | CREDITOR ID: 279225-35<br>DOMINO FOODS, INC<br>C/O BLANCO, TACKABERY, ET AL<br>ATTN GENE B TARR, ESQ<br>PO DRAWER 25008<br>WINSTON-SALEM NC 27114-5008 |
| CREDITOR ID: 492853-15<br>DRA CRT JTB CENTER, LLC<br>C/O SHUTTS & BOWEN, LLP<br>ATTN PETER E SHAPIRO, ESQ<br>200 E BROWARD BLVD, SUITE 2100<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 249391-12<br>FARMINGTON FOODS<br>ATTN ALBERT A LAVALLE, FIN DIR<br>4806 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | CREDITOR ID: 410716-15<br>FARMINGTON FOODS<br>ATTN ALBERT A LAVALLE, FIN DIR<br>7419 W FRANKLIN STREET<br>FOREST PARK IL 60130 |
| CREDITOR ID: 417051-15<br>FIRST FEDERAL BANK FOR SAVINGS<br>NKA: FIRST SOUTHERN BANK<br>SUCCESSOR TO ROWELL SHEET METAL<br>ATTN JACK B EZELLE, SVP/CCO<br>PO BOX 268<br>COLUMBIA MS 39429 | CREDITOR ID: 416969-15<br>FLORIDA TAX COLLECTORS<br>C/O HILLSBOROUGH CO ATTY'S OFFICE<br>ATTN BRIAN T FITZGERALD, ESQ<br>601 E KENNEDY BLVD, 27TH FLOOR<br>TAMPA FL 33602 | CREDITOR ID: 251211-12<br>FLOWERS BAKING CO OF NORFOLK LLC<br>ATTN MISSY WILSON, CREDIT MGR<br>132 NORTH BROAD STREET<br>THOMASVILLE GA 31792 |
| CREDITOR ID: 410450-15<br>FRANKFORD DALLAS LLC<br>C/O HAYNES & BOONE, LLP<br>ATTN SCOTT EVERETT, ESQ<br>901 MAIN STREET, SUITE 3100<br>DALLAS TX 75202 | CREDITOR ID: 410726-15<br>GARDEN CITY W-D, LLC<br>C/O ZIMMER MANAGEMENT COMPANY<br>ATTN JEFFREY L ZIMMER, MEMBER<br>111 PRINCESS STREET<br>PO BOX 2628<br>WILMINGTON NC 28402-2628 | CREDITOR ID: 410726-15<br>GARDEN CITY W-D, LLC<br>ZIMMER AND ZIMMER, LLP<br>ATTN HERBERT J ZIMMER, ESQ<br>111 PRINCESS STREET<br>WILMINGTON NC 28401-3997 |
| CREDITOR ID: 278470-24<br>GEM WARWICK LLC<br>C/O ELLIS-GIBSON DEVELOPMENT GROUP<br>ATTN JOHN L GIBSON III<br>1081 19TH STREET, SUITE 203<br>VIRGINIA BEACH, VA 23451-5600 | CREDITOR ID: 278470-24<br>GEM WARWICK LLC<br>C/O MARCUS SANTORO & KOZAK, PC<br>ATTN KELLY M BARNHART, ESQ<br>1435 CROSSWAYS BLVD, SUITE 300<br>CHESAPEAKE VA 23320-2896 | CREDITOR ID: 381794-99<br>GENERAL ELECTRIC CAPITAL CORP<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN LESIE BERKOFF & W NILSON, ESQ<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 |
| CREDITOR ID: 279162-33<br>GENERAL ELECTRIC COMPANY<br>GE CONSUMER & IND'L FKA GE LIGHTING<br>C/O DEHAAN & BACH<br>ATTN MICHAEL B BACH, ESQ<br>11256 CORNELL PARK DRIVE, STE 500<br>CINCINNATI OH 45242 | CREDITOR ID: 279162-33<br>GENERAL ELECTRIC COMPANY<br>C/O PITNEY HARDIN KIPP & SZUCH, LLP<br>ATTN: RICHARD M METH, ESQ<br>PO BOX 1945<br>MORRISTOWN NJ 07962-1945 | CREDITOR ID: 534817-15<br>GENERAL ELECTRIC COMPANY<br>GE CONSUMER & IND DIVISION<br>C/O MICHAEL B BACH, AUTH AGENT<br>PO BOX 429321<br>CINCINNATI OH 45242 |
| CREDITOR ID: 279363-36<br>GEORGE WESTON BAKERIES, INC<br>ATTN CHRIS DEMETRIOU, DIR<br>930 NORTH RIVERVIEW DRIVE, STE 100<br>TOTOWA  NJ 07512 | CREDITOR ID: 416957-15<br>GOLD BASKET, LLC<br>C/O WELLS MARBLE & HURST, PLLC<br>ATTN JOSHUA P HENRY, ESQ<br>PO BOX 131<br>JACKSON MS 39205-0131 | CREDITOR ID: 405927-99<br>GOODING'S SUPERMARKETS, INC<br>C/O LOWNDES DROSDICK ET AL<br>ATTN MATT E BEAL, ESQ<br>215 NORTH EOLA DRIVE<br>PO BOX 2809<br>ORLANDO FL 32802-2809 |
| CREDITOR ID: 406025-15<br>GREENWOOD COMMONS ASSOCIATES<br>C/O SMITH DEBNAM NARRON ET AL<br>ATTN BYRON L SAINTSING, ESQ<br>PO BOX 26268<br>RALEIGH NC 27611-6268 | CREDITOR ID: 407595-15<br>HIGHLAND LAKES CENTER<br>C/O SIMON PROPERTY GROUP<br>LEGAL COLLECTIONS<br>ATTN ROBERT M TUCKER, ESQ<br>115 W WASHINGTON STREET<br>INDIANAPOLIS IN 46204 | CREDITOR ID: 279020-32<br>HOBART CORPORATION<br>ATTN CATHY BICE, CR MGR<br>701 RIDGE AVENUE<br>TROY OH 45374 |
| CREDITOR ID: 395303-63<br>HOBART CORPORATION<br>FKA: ITW FOOD EQUIPMENT GROUP<br>ATTN A CLUTTER/C BICE/ T JOHNSON<br>701 S RIDGE AVENUE<br>TROY, OH 45374-0001 | CREDITOR ID: 382023-36<br>HP HOOD LLC<br>ATTN DAVID E HOWES, CR MGR<br>1250 EAST STREET SOUTH<br>SUFFIELD CT 06078-2498 | CREDITOR ID: 408188-15<br>HUSSMANN CORPORATION<br>ATTN BILL BUTLER, CREDIT ANALYST<br>12999 ST CHARLES ROCK ROAD<br>BRIDGETON MO 63044 |

**SERVICE LIST**

**Order (A) Disallowing No Liability Claims, (B)
Disallowing No Liability Misclassified Claims, (C)
Reducing Overstated Claims, (D) Reducing and
Reclassifying Overstated Misclassified Claims, ... As Set
Forth in the Debtors' Twenty-Second Omnibus Claims Objectio**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 252126-12<br>INDIAN TRAIL SQUARE  LLC<br>C/O DAHLEM REALTY<br>1020 INDUSTRY ROAD, STE 40<br>LEXINGTON KY 40505 | CREDITOR ID: 252126-12<br>INDIAN TRAIL SQUARE  LLC<br>STITES & HARBISON, PLLC<br>ATTN NICOLE S BIDDLE, ESQ<br>250 WEST MAIN STREET<br>2300 LEXINGTON FINANCIAL CENTER<br>LEXINGTON KY 40507-1758 | CREDITOR ID: 252126-12<br>INDIAN TRAIL SQUARE  LLC<br>C/O SHUTTS & BOWEN, LLP<br>ATTN ANDREW M BRUMBY, ESQ<br>300 SOUTH ORANGE AVENUE<br>SUITE 1000<br>ORLANDO FL 32801 |
| CREDITOR ID: 1475-07<br>IVEY ELECTRIC COMPANY<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 1475-07<br>IVEY ELECTRIC COMPANY<br>ATTN JAMES W IVEY, PRESIDENT<br>PO BOX 211<br>SPARTANBURG SC 29304 | CREDITOR ID: 452110-98<br>JEFFERSON-PILOT INVESTMENTS INC<br>C/O NEXSEN PRUET ADAMS KLEEMEIER<br>ATTN CHRISTINE L MYATT, ESQ<br>PO BOX 3463<br>GREENSBORO NC 27402 |
| CREDITOR ID: 452110-98<br>JEFFERSON-PILOT INVESTMENTS INC<br>C/O DIANA PALECEK<br>100 NORTH GREENE STREET<br>GREENSBORO NC 27401 | CREDITOR ID: 410448-15<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420 | CREDITOR ID: 410448-15<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>C/O NEXSEN PRUET ADAMS KLEEMEIER<br>ATTN: BENJAMIN A KAHN, ESQ<br>701 GREEN VALLEY ROAD, SUITE 100<br>GREENSBORO NC 27408 |
| CREDITOR ID: 399350-98<br>JPMORGAN CHASE BANK NA<br>ATTN STANLEY LIM<br>CARRIE A PARKS<br>270 PARK AVE 17TH FLR<br>NEW YORK NY 10017 | CREDITOR ID: 253567-12<br>KAL KAN FOODS INC<br>ATTN SUSAN L BASTO, CUST FIN MGR<br>PO BOX 402821<br>ATLANTA, GA 30384-2821 | CREDITOR ID: 279473-99<br>KELLOGG SALES CO,  DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNERE CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 |
| CREDITOR ID: 410483-15<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | CREDITOR ID: 410447-15<br>KILLEN MARKETPLACE, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN C ELLIS BRAZEAL, III, ESQ<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203 | CREDITOR ID: 415956-15<br>KILLEN MARKETPLACE, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN EDWARD J ASHTON, ESQ<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203 |
| CREDITOR ID: 406145-15<br>LAKESIDE FOODS, INC<br>ATTN CAROL A GLAESER<br>808 HAMILTON STREET<br>PO BOX 1327<br>MANITOWOC WI 54221-1327 | CREDITOR ID: 279028-32<br>LAND O'LAKES, INC<br>ATTN ANDREA BENNETT, ESQ<br>PO BOX 64101<br>ST PAUL MN 55164-0101 | CREDITOR ID: 452118-98<br>LCH OPPORTUNITIES LLC<br>ATTN JOSEPH M O'CONNOR<br>315 PARK AVE S 20TH FLR<br>NEW YORK NY 10010 |
| CREDITOR ID: 375911-44<br>LEXIS-NEXIS<br>ATTN NANCY J AUCOIN/M VIOLET<br>PO BOX 7247-7090<br>PHILADELPHIA, PA 19170-7090 | CREDITOR ID: 406287-EN<br>LEXISNEXIS EXAMEN INC, DIV OF<br>REED ELSEVIER, INC<br>ATTN BETH FARNHAM<br>9443 SPRINGBORO PIKE<br>MIAMISBURG OH 45342 | CREDITOR ID: 254720-12<br>LEXISNEXIS PEOPLEWISE<br>CANDICE C KRISHER, DIR CUST  ACCTNG<br>PO BOX 7247-7090<br>PHILADELPHIA, PA 19170-7090 |
| CREDITOR ID: 399393-98<br>LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>ATTN JEFFREY L CARESS<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | CREDITOR ID: 452049-98<br>LONGACRE MASTER FUND LTD<br>ATTN VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE 22ND FLOOR<br>NEW YORK NY 10019 | CREDITOR ID: 452383-15<br>LPI CALHOUN, INC<br>C/O CHAMBERLAIN, HRDLICKA, ET AL<br>ATTN JAMES L PAUL, ESQ<br>191 PEACHTREE STREET NE, 34TH FLOOR<br>ATLANTA GA 30303 |
| CREDITOR ID: 255178-12<br>M&M MARS<br>ATTN SUSAN L BASTO, CUST FIN MGR<br>PO BOX 100593<br>ATLANTA, GA 30384-0593 | CREDITOR ID: 407569-15<br>M&M MARS - MASTERFOODS USA<br>ATTN ALTHEA GEORGES, CUST CARE MGR<br>800 HIGH STREET<br>HACKETTSTOWN NJ 07840 | CREDITOR ID: 405906-98<br>MADISON INVESTMENT TRUST - SERIES 3<br>ATTN KRISTY STARK, CLEARING OPS MGR<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 |

SERVICE LIST
Order (A) Disallowing No Liability Claims, (B)
Disallowing No Liability Misclassified Claims, (C)
Reducing Overstated Claims, (D) Reducing and
Reclassifying Overstated Misclassified Claims, ... As Set
Forth in the Debtors' Twenty-Second Omnibus Claims Objectio

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 1570-RJ
MAIN STREET MARKETPLACE, LLC
C/O KING, DRUMMOND, & DABBS, PC
ATTN MARJORIE O DABBS. ESQ
100 CENTERVIEW DRIVE, SUITE 180
BIRMINGHAM AL 35216

CREDITOR ID: 1570-RJ
MAIN STREET MARKETPLACE, LLC
ATTN E PAUL STREMPEL, JR
III RIVERCHASE OFFICE PLAZA, STE 10
BIRMINGHAM, AL 35244

CREDITOR ID: 1929-99
MARKET AT BYRAM LLC, THE
C/O BENNETT, LOTTERHOS, ET AL
ATTN MARCUS M WILSON, ESQ
PO BOX 98
JACKSON MS 39205-0098

CREDITOR ID: 1929-99
MARKET AT BYRAM LLC, THE
C/O SOUTHGATE REALTY, LLC
PO BOX 16615
HATTIESBURG, MS 39402

CREDITOR ID: 406925-MS
MARLOW, WILLIAM J JR
5005 HIGH POINT DRIVE
PANAMA CITY FL 32404

CREDITOR ID: 406925-MS
MARLOW, WILLIAM J JR
C/O FRIEDLINE & MCCONNELL, PA
ATTN JERRETT M MCCONNELL, ESQ
1756 UNIVERSITY BLVD SOUTH
JACKSONVILLE FL 32216

CREDITOR ID: 255836-12
MAYBELLINE INC
ATTN O FULLER/KENNY WINE, SR CRD MG
PO BOX 8805
LITTLE ROCK, AR 72231-8805

CREDITOR ID: 382042-36
MCCORMICK & COMPANY, INC
ATTN AUSTIN NOONEY
211 SCHILLING CIRCLE
HUNT VALLEY MD 21031

CREDITOR ID: 382042-36
MCCORMICK & COMPANY, INC
C/O DLA PIPER RUDNICK GRAY CARY LLP
ATTN DANIEL J CARRIGAN, ESQ
1775 WIEHLE AVE, STE 400
RESTON VA 20190

CREDITOR ID: 255920-12
MCPHERSON BEVERAGES, INC
ATTN R M HULL JR/M HULL
1330 STANCELL ST
ROANOKE RAPIDS, NC 27870

CREDITOR ID: 408260-99
MCW-RC GA PEACHTREE PKWY PLAZA, LLC
C/O HELD & ISRAEL
ATTN A FRISCH/E W HELD, JR, ESQ
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 410587-15
MERRILL LYNCH LP HOLDINGS, INC
ATN M MCINERNEY/N GRIFFINS/JC PRICE
4 WORLD FINANCIAL CENTER
NEW YORK NY 10080

CREDITOR ID: 410587-15
MERRILL LYNCH LP HOLDINGS, INC
C/O MORRISON & FOERSTER, LLP
ATTN LARREN M NASHELSKY, ESQ
1290 AVENUE OF THE AMERICAS
NEW YORK NY 10104

CREDITOR ID: 417107-15
MERRILL LYNCH PIERCE FENNER & SMITH
C/O CAPITAL CROSSING BANK, AGENT
ATTN CHRISTOPHER P HICKEY, SR VP
101 SUMMER STREET
BOSTON MA 02110

CREDITOR ID: 279122-99
MERRILL LYNCH PIERCE FENNER & SMITH
C/O BALCH & BINGHAM, LLP
ATTN RANELLE M JOHNSON, PARALEGAL
1901 6TH AVENUE NORTH, SUITE 2600
PO BOX 306
BIRMINGHAM AL 35203

CREDITOR ID: 411431-98
MERRILL LYNCH PIERCE FENNER & SMITH
ATT NICK GRIFFITHS/GABRIEL CALVETTI
4 WORLD FINANCIAL CENTER
250 VESSEY ST 7TH FLR
NEW YORK NY 10080

CREDITOR ID: 417107-15
MERRILL LYNCH PIERCE FENNER & SMITH
C/O GLENN FELDMANN DARBY&GOODLATTE
ATTN ROBERT A. ZIOGAS, ESQ
PO BOX 2887
ROANOKE VA 24001

CREDITOR ID: 279122-99
MERRILL LYNCH PIERCE FENNER & SMITH
ATTN: N GRIFFTHS/ JC PRICE
4 WORLD FINANCIAL CENTER
NEW YORK NY 1080

CREDITOR ID: 279122-99
MERRILL LYNCH PIERCE FENNER & SMITH
C/O MORRISON & FOERSTER LLP
ATTN: ALEXANDRA STEINBERG BARRAGE
2000 PENNSYLVANIA AVENUE NW
WASHINGTON DC 20006

CREDITOR ID: 1597-07
MID SOUTH YAZOO LP
ATTN SCOT LUTHER
4502 HOLLY ST
BELLAIRE, TX 77401

CREDITOR ID: 256708-12
MOTT'S, LLP
ATTN JIM TREASTER, CREDIT DIRECTOR
5301 LEGACY DRIVE
PLANO TX 75024

CREDITOR ID: 408428-15
NESTLE PREPARED FOODS CO
HAND HELD FOODS GROUP
C/O NESTLE USA
ATTN NANCY REYNOSO/PETE KNOX
800 N BRAND BLVD
GLENDALE CA 91203

CREDITOR ID: 408427-15
NESTLE PURINA PETCARE COMPANY
C/O NESTLE USA
ATTN NANCY REYNOSO/PETE KNOX
800 N BRAND BLVD
GLENDALE CA 91203

CREDITOR ID: 279251-35
NESTLE USA
ATTN NANCY REYNOSO/PETE KNOX
800 NORTH BRAND BLVD
GLENDALE CA 91203

CREDITOR ID: 407576-15
NESTLE WATERS NORTH AMERICA
ATTN JEFFREY S CROZIER, CREDIT
1322 CRESTSIDE DRIVE, SUITE 100
COPPELL TX 75019

CREDITOR ID: 257109-12
NESTLE WATERS NORTH AMERICA INC
PO BOX 100952
ATLANTA, GA 30384-0952

CREDITOR ID: 257557-99
OCEAN DUKE CORPORATION
NEUFELD, RENNETT & BACH, APC
ATTN TIMOTHY NEUFELD
360 E SECOND STREET, SUITE 703
LOS ANGELES CA 90012

**Order (A) Disallowing No Liability Claims, (B)**
**Disallowing No Liability Misclassified Claims, (C)**
**Reducing Overstated Claims, (D) Reducing and**
**Reclassifying Overstated Misclassified Claims, ... As Set**
**Forth in the Debtors' Twenty-Second Omnibus Claims Objectio**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 257557-99<br>OCEAN DUKE CORPORATION<br>ATTN ROGER LIN, COO<br>3450 FUJITA STREET<br>TORRANCE, CA 90505 | CREDITOR ID: 410493-15<br>PEPSI BOTTLING GROUP<br>ATTN MIKE BEVILACQUA<br>1100 REYNOLDS BLVD<br>WINSTON-SALEM NC 27102 | CREDITOR ID: 258338-12<br>PEPSI COLA BOTTLING CO<br>ATTN DARRELL KIGGANS, CR MGR<br>PO BOX 241167<br>CHARLOTTE, NC 28224-1167 |
| CREDITOR ID: 258334-12<br>PEPSI COLA BOTTLING CO OF ATMORE<br>ATTN LANCE MCKENZIE, CONTROLLER<br>PO DRAWER 1009<br>106 S PRESTLEY STREET<br>ATMORE, AL 36504 | CREDITOR ID: 258341-12<br>PEPSI COLA BOTTLING CO OF HICKORY<br>NC, INC<br>ATTN MICHAEL WINGLER, CFO<br>PO BOX 550<br>HICKORY, NC 28603 | CREDITOR ID: 258327-12<br>PEPSI COLA BOTTLING CO OF SELMA<br>ATTN SYLVIA SMITH, CONTROLLER<br>JOHN L SEYMOUR, PRES<br>PO BOX 1086<br>SELMA, AL 36702-1086 |
| CREDITOR ID: 258337-12<br>PEPSI COLA DECATUR LLC DBA<br>PEPSI COLA BOTTLING CO<br>ATTN RODGER SHABEL, GM<br>PO BOX 2389<br>DECATUR, AL 35602 | CREDITOR ID: 279086-32<br>PEPSIAMERICAS, INC<br>ATTN STEVEN M ZANIN, MGR<br>3501 ALGONQUIN ROAD<br>ROLLING MEADOWS IL 60008-3103 | CREDITOR ID: 410567-15<br>PEPSI-COLA BTLG CO OF LUVERNE INC<br>ATTN MARVIN MOTLEY, PRESIDENT<br>PO BOX 226<br>LUVERNE AL 36049 |
| CREDITOR ID: 258369-12<br>PERFORMANCE OIL EQUIP, INC<br>ATTN BRAD GRANBERRY, VP<br>920 EAST MCDOWELL ROAD<br>PO BOX 8945<br>JACKSON, MS 39284 | CREDITOR ID: 405353-95<br>PERSONAL OPTICS<br>ATTN RACHEL SANCHEZ, CONTROLLER<br>1331 SOUTH STATE COLLEGE BLVD<br>FULLERTON CA 92831 | CREDITOR ID: 410386-15<br>PFIZER, INC/WARNER LAMBERT<br>ATTN CAROL CARSON, COLLECTION<br>201 TABOR ROAD, 86-1<br>MORRIS PLAINS NJ 07950 |
| CREDITOR ID: 410511-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001 | CREDITOR ID: 410511-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N REED, ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103 4196 | CREDITOR ID: 533712-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O PRINCIPAL FINANCIAL GROUP<br>ATTN DARIN BENNIGSDORF<br>801 GRAND AVENUE<br>DES MOINES IA 50392 |
| CREDITOR ID: 408375-15<br>PROTECTIVE LIFE INSURANCE CO<br>C/O HOLLAND & KNIGHT LLP<br>ATTN CHARLES S MCCALL, ESQ<br>PO BOX 52687<br>JACKSONVILLE FL 32201-2687 | CREDITOR ID: 492952-97<br>PROTECTIVE LIFE INSURANCE CO AS<br>SUCCESSOR INTEREST LW SMITH JR TRUS<br>ATTN : CHARLES M PRIOR, VP INVESTMEN<br>PO BOX 52687<br>JACKSONVILLE FL 32201-2687 | CREDITOR ID: 411105-15<br>QUAKER SALES & DISTRIBUTION, INC<br>C/O DLA PIPER RUDNICK ET AL<br>ATTN B M NEFF/B A AUDETTE, ESQS<br>203 N LASALLE STREET, SUITE 1900<br>CHICAGO IL 60601-1293 |
| CREDITOR ID: 411105-15<br>QUAKER SALES & DISTRIBUTION, INC<br>C/O DLA PIPER US LLP<br>ATTN PHILIP V MARTINO<br>101 EAST KENNEDY BLVD<br>SUITE 2000<br>TAMPA FL 33602 | CREDITOR ID: 279268-35<br>RECKITT BENCKISER, INC<br>ATTN HEIDI BESOLD, REG CR MGR<br>399 INTERPACE PARKWAY<br>PO BOX 225<br>PARSIPPANY NJ 07054-0225 | CREDITOR ID: 407614-15<br>REFRESHMENT SERVICES, INC<br>ATTN MICHELLE KIMBRO, ASST CONTR<br>3400 SOLAR AVENUE<br>SPRINGFIELD IL 62707-5713 |
| CREDITOR ID: 410946-15<br>REXALL SUNDOWN, INC<br>ATTN HARVEY KAMIL, PRESIDENT<br>PO BOX 9010<br>RONKONKOMA NY 11779-9010 | CREDITOR ID: 410946-15<br>REXALL SUNDOWN, INC<br>C/O JASPAN SCHLESINGER HOFFMAN LLP<br>ATTN LISA M GOLDEN, ESQ.<br>300 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | CREDITOR ID: 278985-99<br>RIVIANA FOODS, INC<br>C/O LOCKE LIDDELL & SAPP LLP<br>ATTN W STEVEN BRYANT, ESQ<br>2400 CHASE TOWER<br>600 TRAVIS STREET, SUITE 3400<br>HOUSTON TX 77002-3095 |
| CREDITOR ID: 492921-FC<br>ROY, JAYSON J<br>173 EDGEWATER BRANCH DR.<br>JACKSONVILLE FL 32259 | CREDITOR ID: 410683-99<br>SAN ANGELO TX WD LP<br>C/O COEN & THURSTON, PA<br>ATTN JANET H THUSTON<br>1723 BLANDING BLVD, SUITE 102<br>JACKSONVILLE  FL 32210 | CREDITOR ID: 279278-35<br>SARA LEE BAKERY GROUP<br>ATTN JERRI SPONIK<br>111 CORPORATE OFFICE DR, SUITE 200<br>EARTH CITY, MO 63045 |

**SERVICE LIST**
Order (A) Disallowing No Liability Claims, (B)
Disallowing No Liability Misclassified Claims, (C)
Reducing Overstated Claims, (D) Reducing and
Reclassifying Overstated Misclassified Claims, ... As Set
Forth in the Debtors' Twenty-Second Omnibus Claims Objectio

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 279278-35<br>SARA LEE BAKERY GROUP<br>C/O DLA PIPER RUDNICK GRAY CARY US LLP<br>ATTN: JANICE L DUBAN, ESQ<br>203 NORTH LASALLE STREET, STE 1900<br>CHICAGO IL 60610-1293 | CREDITOR ID: 410519-15<br>SARAN, LTD<br>C/O FULBRIGHT & JAWORSKI LLP<br>ATTN J BOLTON & K NEWSOME, ESQS<br>1301 MCKINNEY, SUITE 5100<br>HOUSTON TX 77010-3095 | CREDITOR ID: 452218-15<br>SBZ MORTGAGE ASSOCIATES, LLC<br>ATTN DAVID SAMBER<br>ONE HOLLOW  LANE, SUITE 304<br>LAKE SUCCESS NY 10042 |
| CREDITOR ID: 406123-97<br>SCHREIBER FOODS INC<br>ATTN: BRIAN P LIDDY, SR VP FINANACE<br>425 PINE STREET<br>PO BOX 19010<br>GREEN BAY WI 54307-9010 | CREDITOR ID: 406123-97<br>SCHREIBER FOODS INC<br>C/O LIEBMANN CONWAY OLEJNICZAK ETAL<br>ATTN JEROME E SMYTH, ESQ<br>PO BOX 23200<br>231 S ADAMS STREET<br>GREEN BAY WI 54305 3200 | CREDITOR ID: 269346-16<br>SCHREIBER FOODS, INC<br>ATTN: KRIS SKUPAS, CORP CRED MGR<br>425 PINE STREET<br>PO BOX 19010<br>GREEN BAY, WI 54307-9010 |
| CREDITOR ID: 269346-16<br>SCHREIBER FOODS, INC<br>C/O KIRKPATRICK & LOCKHART ET AL<br>ATTN TIMOTHY C BENNETT, ESQ<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022 | CREDITOR ID: 252605-12<br>SELL, JAMES W & CAROLYN R<br>449 FAIRRIDGE ROAD<br>JOHNSON CITY TN 37604 | CREDITOR ID: 252605-12<br>SELL, JAMES W & CAROLYN R<br>C/O HERNDON COLEMAN BRADING & MCKEE<br>ATTN EDWARD T BRADING, ESQ<br>PO BOX 1160<br>JOHNSON CITY TN 37605-1160 |
| CREDITOR ID: 492938-98<br>SIERRA LIQUIDITY FUND<br>ATTN SCOTT AUGUST<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | CREDITOR ID: 261082-12<br>SILVER SPRINGS BOTTLED WATER<br>ATTN: KANE RICHMOND, CEO<br>PO BOX 926<br>SILVER SPRINGS, FL 34489 | CREDITOR ID: 534666-15<br>SIMON PROPERTY GROUP<br>ATTN LEGAL COLL/BANKRUPTCY<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS IN 46204 |
| CREDITOR ID: 256185-12<br>SIMON, MICHAEL & IRENE<br>PO BOX 239<br>PONTOTOC, MS 38863 | CREDITOR ID: 408217-15<br>SINGER, HERBERT<br>C/O PLATZER SWERGOLD KARLIN, ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK NY 10018 | CREDITOR ID: 534914-97<br>SLADE GORTON & CO INC<br>ATTN: JAMES W STAUFFER, EXEC VP/CFO<br>225 SOUTHAMPTON STREET<br>BOSTON MA 02118 |
| CREDITOR ID: 261157-12<br>SLADE GORTON & CO INC<br>ATTN: MICHAEL P MISTROT, CONTR<br>225 SOUTHAMPTON STREET<br>BOSTON, MA 02118 | CREDITOR ID: 410957-15<br>SOUTHERN PARTNERS<br>C/O STRADLEY RONON STEVENS ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 | CREDITOR ID: 399377-99<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK NY 10017 |
| CREDITOR ID: 403566-79<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>ATTN: MICHAEL A GATTO<br>TWO GREENWICH PLZ, 1ST FLR<br>GREENWICH CT 06830 | CREDITOR ID: 408341-15<br>SPRINGHILL ASSOCIATES, LLC<br>C/O RICHARDSON PLOWDEN ET AL<br>ATTN S NELSON WESTON, JR, ESQ<br>PO BOX 7788<br>COLUMBIA SC 29202 | CREDITOR ID: 411189-15<br>STATE OF FLORIDA REV DEPT<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: CHARLES J CRIST, JR, ESQ<br>THE CAPITOL, PL 01<br>TALLAHASSEE FL 32399-1050 |
| CREDITOR ID: 411189-15<br>STATE OF FLORIDA REV DEPT<br>C/O FREDERICK F RUDZIK, ESQ<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668 | CREDITOR ID: 411189-15<br>STATE OF FLORIDA REV DEPT<br>BANKRUPTCY SECTION<br>ATTN CATHY DUBISKY/MICHELLE KENNEDY<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668 | CREDITOR ID: 406030-15<br>STATE OF OHIO WORKERS COMP BUREAU<br>LAW SECTION, BANKR UNIT<br>ATTN LARRY RHODEBECK, ESQ<br>30 W SPRING STREET<br>PO BOX 15567<br>COLUMBUS OH 43215-0567 |
| CREDITOR ID: 406030-15<br>STATE OF OHIO WORKERS COMP BUREAU<br>ATTORNEY GENERAL STATE OF OHIO<br>ATTN ANGELA HUFFMAN<br>COLLECTION ENFORCEMENT<br>150 E GAY ST, 21ST FLOOR<br>COLUMBUS OH 43215 | CREDITOR ID: 411428-15<br>STATE OF SOUTH CAROLINA EMPLOY SEC<br>ATTN HW FUNDERBURK JR, ESQ LEG DEPT<br>PO BOX 995<br>COLUMBIA SC 29202 | CREDITOR ID: 411428-15<br>STATE OF SOUTH CAROLINA EMPLOY SEC<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: HENRY MCMASTER, ESQ<br>REMBERT C DENNIS OFFICE BLDG 519<br>PO BOX 11549<br>COLUMBIA SC 29211-1549 |

SERVICE LIST

**Order (A) Disallowing No Liability Claims, (B)
Disallowing No Liability Misclassified Claims, (C)
Reducing Overstated Claims, (D) Reducing and
Reclassifying Overstated Misclassified Claims, ... As Set
Forth in the Debtors' Twenty-Second Omnibus Claims Objectio**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 410544-15
TAPPAN PROPERTIES, LP
ATTN CHARLES S TAPPAN, PRESIDENT
1150 W 8TH STREET, SUITE 255
CINCINNATI OH 45203

CREDITOR ID: 410544-15
TAPPAN PROPERTIES, LP
C/O HELD & ISRAEL
ATTN KIMBERLY HELD ISRAEL, ESQ
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 263381-12
TOWN SQUARE DEVELOPMENT
C/O JONES SPITZ MOORHEAD ET AL
ATTN CAROLYN G BAIRD, ESQ.
415 NORTH MAIN STREET (29621)
PO BOX 987
ANDERSON SC 29622-0987

CREDITOR ID: 263381-12
TOWN SQUARE DEVELOPMENT
ATTN: JAMES M SIMPSON
29 PELZER AVENUE
WILLIAMSTON, SC 29697-1023

CREDITOR ID: 263727-12
UNCLE BENS
ATTN SUSAN L BASTO
PO BOX 402832
ATLANTA, GA 30384-2832

CREDITOR ID: 263785-12
UNITED COMMERCIAL MORTGAGE CORP
C/O ROETZEL & ANDRESS, LPA
ATTN DIANA M THIMMIG, ESQ
ONE CLEVELAND CENTER, 9TH FL
1375 EAST NINTH STREET
CLEVELAND OH 44114

CREDITOR ID: 263785-12
UNITED COMMERCIAL MORTGAGE CORP
C/O LAWRENCE KADISH REAL ESTATE
ATTN LAWRENCE KADISH, PRESIDENT
ADAM FRISCH, ESQ
135 JERICHO TURNPIKE
OLD WESTBURY NY 11568

CREDITOR ID: 416243-15
VILLAGE MARKETPLACE OF HAW RIVER
C/O KENNEDY COVINGTON LOBDELL ET AL
ATTN LAWRENCE E BEHNING, ESQ
214 N TRYON STREET, 47TH FLOOR
CHARLOTTE NC 28202

CREDITOR ID: 2653-07
VOGEL & VOGEL PARTNERSHIP
C/O VOGEL REALTY
ATTN WILLIAM PETERSON, BROKER
11219 FINANCIAL CTR PKWY,  STE 300
LITTLE  ROCK, AR 72211

CREDITOR ID: 2653-07
VOGEL & VOGEL PARTNERSHIP
C/O SCRUGGS & CARMICHAEL, PA
ATTN KAREN K. SPECIE, ESQ
PO BOX 23109
GAINESVILLE FL 32602

CREDITOR ID: 452056-98
VR GLOBAL PARTNERS, LP
C/O VR CAPITAL GROUP
ATTN RICHARD DEITZ
AVRORA BUSINESS PARK
77 SADOVNICHESKAYA NAB BLDG 1
MOSCOW  115035
RUSSIA

CREDITOR ID: 278595-25
WALKER CHAPEL PLAZA LLC
C/O SPECTRUM DEVELOPMENT CO, LLC
ATTN EDGAR H FATZINGER, III, MEMBER
PO BOX 11045
MONTGOMERY AL 36111

CREDITOR ID: 384412-47
WARNER LAMBERT CONSUMER GROUP
ATTN: MARK CLARK, DIR CREDIT OPER
PO BOX  640727
PITTSBURGH, PA 15264-0727

CREDITOR ID: 410763-15
WD MT CARMEL, LLC
C/O KAMIN REALTY CO
ATTN DANIEL G KAMIN, MGR
490 SOUTH HIGHLAND AVE
PITTSBURGH PA 15206

CREDITOR ID: 410763-15
WD MT CARMEL, LLC
C/O SEYFARTH SHAW, LLP
ATTN SARA E LORBER, ESQ
131 SOUTH DEARBORN STREET, STE 2400
CHICAGO IL 60603

CREDITOR ID: 410482-15
WELLS FARGO BANK NORTHWEST NA, TTEE
ATTN VAL T ORTON, VP
MAC U1228-120
299 SOUTH MAIN STREET, 12TH FLOOR
SALT LAKE CITY UT 84111

CREDITOR ID: 410482-15
WELLS FARGO BANK NORTHWEST NA, TTEE
C/O VINSON & ELKINS LLP
ATTN STEVEN M ABRAMOWITZ, ESQ
666 5TH AVE, 26TH FLOOR
NEW YORK NY 10103-0040

CREDITOR ID: 402348-90
WELLS, CLARENCE H
50 N COUNTRY CLUB DRIVE
CRYSTAL RIVER FL 34429

CREDITOR ID: 415966-15
WESTLAND PLAZA ASSOCIATES,  LP
C/O STIRLING PROPERTIES
ATTN DONNA TAYLOR
109 NORTHPARK BLVD, SUITE 300
COVINGTON LA 70433

CREDITOR ID: 415966-15
WESTLAND PLAZA ASSOCIATES,  LP
C/O SESSIONS FISHMAN & NATHAN LLP
ATTN J DAVID FORSYTH, ESQ.
5222 SUMMA COURT, SECTION 3, STE C
BATON ROUGE LA 70809

CREDITOR ID: 407477-99
WILMINGTON TRUST CO/WADE, WJ, TTEES
SOUTHLAND-CONYERS WD DEL BUS TRUST
C/O NEAL GERGER EISENBERG LLP
ATTN THOMAS C WOLFORD, ESQ
2 NORTH LASALLE ST, STE 2300
CHICAGO IL 60602

CREDITOR ID: 264989-12
WITHLACOOCHEE RIVER ELEC COOP INC
ATTN ARLENE M STEVENS
PO BOX 278
DADE CITY, FL 33526-0278

CREDITOR ID: 278611-24
WOOLBRIGHT/SSR MARKETPLACE, LLC
C/O RUDEN, MCCLOSKY, SMITH, ET AL
ATTN RICHARD H MALCHON, JR, ESQ
401 EAST JACKSON STREET, SUITE 2700
TAMPA FL 33602

CREDITOR ID: 278611-24
WOOLBRIGHT/SSR MARKETPLACE, LLC
ATTN SHAI MOSCHOWITS/LARRY BERNICK
3200 NORTH MILITARY TRAIL 4TH FLOOR
BOCA RATON FL 33431

CREDITOR ID: 278611-24
WOOLBRIGHT/SSR MARKETPLACE, LLC
C/O TOBIN & REYES, PA
ATTN RICARDO A REYES, ESQ
7251 W PALMETTO PARK ROAD, STE 205
BOCA RATON FL 33433

CREDITOR ID: 408213-15
WORLD OF SLEEP OUTLETS, LLC
ATTN KRISTINE K MCGUFFEY, GEN COUN
ONE CONCOURSE PKWY, STE 800
ATLANTA GA 30328

CREDITOR ID: 408213-15
WORLD OF SLEEP OUTLETS, LLC
C/O MORRIS, MANNING & MARTIN, LLP
ATTN DANIEL P SINAIKO, ESQ
1600 ATLANTA FINANCIAL CENTER
3343 PEACHTREE ROAD, NE
ATLANTA GA 30326-1044

**SERVICE LIST**

**Order (A) Disallowing No Liability Claims, (B)**
**Disallowing No Liability Misclassified Claims, (C)**
**Reducing Overstated Claims, (D) Reducing and**
**Reclassifying Overstated Misclassified Claims, ... As Set**
**Forth in the Debtors' Twenty-Second Omnibus Claims Objectio**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

CREDITOR ID: 279300-35
WYETH CONSUMER HEALTHCARE
ATTN CHARLOTTE T FOX, SR MGR
PO BOX 26609
RICHMOND VA 23261-6609


        **Total:   217**

# EXHIBIT B

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
|  | ) |  |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
|  | ) |  |
| Debtors. [1] | ) | Jointly Administered |
|  | ) |  |

## ORDER (A) DISALLOWING NO LIABILITY CLAIMS, (B) DISALLOWING NO LIABILITY MISCLASSIFIED CLAIMS, (C) REDUCING OVERSTATED CLAIMS, (D) REDUCING AND RECLASSIFYING OVERSTATED MISCLASSIFIED CLAIMS, (E) RECLASSIFYING MISCLASSIFIED CLAIMS AND (F) DISALLOWING AMENDED AND SUPERSEDED CLAIMS, AS SET FORTH IN THE DEBTORS' TWENTY-SECOND OMNIBUS CLAIMS OBJECTION

These cases came before the Court for hearing on October 12, 2006, upon the Twenty-Second Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibits A through F (the "Disputed Claims").[2]  Several formal and informal objections to the Objection were filed or raised (collectively, the "Unresolved Objections"), as a result of which the Debtors have agreed to continue the Objection with respect to the claims listed on Exhibit 1, which claims have been removed from Exhibits A through F.  The Debtors have withdrawn without prejudice their objection to (i) claim no. 10941 filed by The

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]    All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

Smithfield Packing Co., (ii) claim no. 10201 filed by Rexall Sundown, Inc., (iii)

claim no. 253 filed by Commonwealth of Virginia State Milk Commission and (iv)

claim no. 13454 filed by Westland Plaza Associates, LP, which claims have been

removed from Exhibits A through F. Upon consideration, it is

ORDERED AND ADJUDGED:

1.      The Objection is sustained.

2.      The No Liability Claims listed on Exhibit A are disallowed in

their entirety.

3.      The asserted class status alleged for each of the No Liability

Misclassified Claims listed on Exhibit B is denied; and the No Liability

Misclassified Claims are (a) reclassified as specified on Exhibit B under the heading

"Modified Class Status," and (b) disallowed in their entirety.

4.      The Overstated Claims listed on Exhibit C are reduced to the

amounts set forth on Exhibit C under the heading Reduced Claim Amount and the

amounts exceeding the Reduced Claim Amount are disallowed.

5.      The Overstated Misclassified Claims listed on Exhibit D are

reduced to the amounts set forth on Exhibit D under the heading Reduced Claim

Amount and the amounts exceeding the Reduced Claim Amount are disallowed. The

asserted class status alleged for each of the Overstated Misclassified Claims listed on

Exhibit D is denied; and the Overstated Misclassified Claims are reclassified as

specified on Exhibit D under the heading "Modified Class Status."

6.      The asserted class status alleged for each of the Overstated

Misclassified Claims listed on Exhibit E is denied; and the Overstated Misclassified

Claims are reclassified as specified on Exhibit E under the heading "Modified Class

Status."

2

7.    The Amended Claims listed on Exhibit F are disallowed in their entirety.

8.    Other than the Unresolved Objections, those objections that have not yet been withdrawn are overruled.

9.    The hearing to consider the Objection with respect to the Unresolved Objections is continued until further order of the Court upon the motion of any party in interest.

10.    Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

11.    Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

12.    This Order is without prejudice to the Debtors' right to file any further objection they may have to the Disputed Claims or the Remaining Claims,

including objections on the ground that a Disputed Claim was filed against the

incorrect Debtor or that the Debtor against which the Disputed Claim was filed

should be modified.

Dated this ____ day of October, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

4

468623-Wilmington Server 1A - MSW

**EXHIBIT 1**

**WINN-DIXIE STORES, INC., ET AL.**
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT 1 - ADJOURNED CLAIMS

| Creditor Name | Claim No. | Exhibit |
|---|---|---|
| ACADIANA BOTTLING CO, INC | 8200 | EXHIBIT C |
| ALLEN BEVERAGES, INC, DBA | 8314 | EXHIBIT C |
| BEVERAGE SOUTH INC | 11361 | EXHIBIT D |
| BROWN BOTTLING GROUP, INC | 8085 | EXHIBIT D |
| BUFFALO ROCK COMPANY | 9719 | EXHIBIT D |
| CIRIGNANO FAMILY LP | 12251 | EXHIBIT C |
| COCA-COLA ENTERPRISES INC ET AL | 8348 | EXHIBIT D |
| COCA-COLA ENTERPRISES INC ET AL | 8350 | EXHIBIT D |
| COCA-COLA ENTERPRISES INC ET AL | 8349 | EXHIBIT D |
| DDR MDT CARILLON PLACE LLC | 10073 | EXHIBIT A |
| GENERAL ELECTRIC CAPITAL CORP | 13049 | EXHIBIT C |
| HP HOOD LLC | 7441 | EXHIBIT D |
| INDIAN TRAIL SQUARE  LLC | 12834 | EXHIBIT C |
| JEFFERSON-PILOT LIFE INSURANCE CO | 13331 | EXHIBIT C |
| KAL KAN FOODS INC | 4398 | EXHIBIT A |
| M&M MARS | 4397 | EXHIBIT A |
| MCPHERSON BEVERAGES, INC | 8247 | EXHIBIT C |
| MERRILL LYNCH PIERCE FENNER & SMITH | 13183 | EXHIBIT A |
| NESTLE PREPARED FOODS CO | 9602 | EXHIBIT D |
| NESTLE PURINA PETCARE COMPANY | 11735 | EXHIBIT D |
| NESTLE USA | 8073 | EXHIBIT D |
| NESTLE WATERS NORTH AMERICA INC | 4406 | EXHIBIT C |
| NEW PLAN EXCEL REALTY TRUST INC TA | 10978 | EXHIBIT A |
| PEPSI COLA BOTTLING CO OF ATMORE | 9655 | EXHIBIT C |
| PEPSI COLA BOTTLING CO OF HICKORY | 4430 | EXHIBIT D |
| PEPSI COLA BOTTLING CO OF SELMA | 9659 | EXHIBIT D |
| PEPSI COLA DECATUR LLC DBA | 7905 | EXHIBIT D |
| PEPSIAMERICAS, INC | 8338 | EXHIBIT C |
| PEPSI-COLA BOTTLING CO OF CHARLOTTE | 7464 | EXHIBIT D |
| PEPSI-COLA BTLG CO OF LUVERNE INC | 8917 | EXHIBIT C |
| QUAKER SALES & DISTRIBUTION, INC | 11056 | EXHIBIT C |
| RECKITT BENCKISER, INC | 8377 | EXHIBIT C |
| REFRESHMENT SERVICES, INC | 7809 | EXHIBIT C |
| RIVIANA FOODS, INC | 11028 | EXHIBIT C |
| RIVIANA FOODS, INC | 11027 | EXHIBIT C |
| SARA LEE BAKERY GROUP | 9748 | EXHIBIT D |
| SOUTHERN PARTNERS | 13295 | EXHIBIT C |
| STATE OF OHIO WORKERS COMP BUREAU | 2948 | EXHIBIT F |
| UNCLE BENS | 4399 | EXHIBIT A |
| UNITED COMMERCIAL MORTGAGE CORP | 11899 | EXHIBIT C |
| UNITED COMMERCIAL MORTGAGE CORP | 7699 | EXHIBIT C |
| WORLD OF SLEEP OUTLETS, LLC | 6421 | EXHIBIT E |
| WYETH CONSUMER HEALTHCARE | 152 | EXHIBIT D |
| **Total Claims:** | **43** | |

**EXHIBIT A**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 406351**<br>BAILEY, FLOYD T<br>10428 SW LANDS END PLACE<br>PALM CITY FL 34990 | 9466<br>Debtor: WINN-DIXIE STORES, INC. | $40,000.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AS LIFE INSURANCE POLICY IS NOT AFFECTED BY BANKRUPTCY FILING. |
| **Creditor Id: 420349**<br>COTE, KATHLEEN J<br>3280 LEMON LANE<br>NAPLES FL 34120 | 12980<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $611.41 | LATE-FILED CLAIM. THE APRIL 7, 2006 SPECIAL BAR DATE WAS NOT APPLICABLE TO EMPLOYEE CLAIMS WHOSE BAR DATE WAS AUGUST 1, 2005. CLAIMANT RECEIVED NOTICE OF THE AUGUST 1, 2005 BAR DATE. |
| **Creditor Id: 410483**<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 9048<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $1,544,160.59 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT NET CONSUMPTION WAIVER OF $37,870.13, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $17,048.12 AND $309,853.22, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $1,152,106.53. IN ADDITION, CLAIMANT IS ASSERTING $143,283.43 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. ACCORDINGLY, CLAIMANT OWES DEBTOR $116,011.84 TO BE DEDUCTED FROM AMOUNT DUE FOR CLAIM NUMBER 8972. |
| **Creditor Id: 255836**<br>MAYBELLINE INC<br>ATTN O FULLER/KENNY WINE, SR CRD MG<br>PO BOX 8805<br>LITTLE ROCK, AR 72231-8805 | 7038<br>Debtor: WINN-DIXIE STORES, INC. | $149,165.66 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,857.50 AND $173,090.64, RESPECTIVELY. ACCORDINGLY, CLAIMANT OWES DEBTOR $26,782.48. |
| **Creditor Id: 382042**<br>MCCORMICK & COMPANY, INC<br>ATTN AUSTIN NOONEY<br>211 SCHILLING CIRCLE<br>HUNT VALLEY MD 21031<br>   Counsel: ATTN DANIEL J CARRIGAN, ESQ | 10846<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $2,806,283.50 | NO LIABILITY PER DEBTORS BOOKS AND RECORDS. |
| **Creditor Id: 382042**<br>MCCORMICK & COMPANY, INC<br>ATTN AUSTIN NOONEY<br>211 SCHILLING CIRCLE<br>HUNT VALLEY MD 21031<br>   Counsel: ATTN DANIEL J CARRIGAN, ESQ | 11065<br>Debtor: WINN-DIXIE STORES, INC. | $2,806,283.50 | NO LIABILITY PER DEBTORS BOOKS AND RECORDS. |
| **Creditor Id: 1597**<br>MID SOUTH YAZOO LP<br>ATTN SCOT LUTHER<br>4502 HOLLY ST<br>BELLAIRE, TX 77401 | 6727<br>Debtor: WINN-DIXIE STORES, INC. | $26,410.46 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTY. LEASE SOLD 8/5/05 TO PREMIER FOOD, INC. ON 7/18/06, DEBTOR PAID CURE OF $7,506.47 BY CHECK NUMBER 9906098. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 533712**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O PRINCIPAL FINANCIAL GROUP<br>ATTN DARIN BENNIGSDORF<br>801 GRAND AVENUE<br>DES MOINES IA 50392<br><br>Counsel: ATTN MARGERY N REED, ESQ | **13412**<br>Debtor: | $365,720.00<br>WINN-DIXIE MONTGOMERY, INC. | NO LIABILITY.  STORE ASSIGNED TO FIESTA MART IN JUNE 2002.<br>CLAIMANT HAS MADE NO PAYMENTS FOR THIS LOCATION SINCE THAT<br>TIME AND HAS RECEIVED NO NOTICE OF ANY DEFAULT ON THE PART OF<br>FIESTA MART. |
| **Creditor Id: 278595**<br>WALKER CHAPEL PLAZA LLC<br>C/O SPECTRUM DEVELOPMENT CO, LLC<br>ATTN EDGAR H FATZINGER, III, MEMBER<br>PO BOX 11045<br>MONTGOMERY  AL  36111 | **11134**<br>Debtor: | $98,000.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTY<br>ABSENT DOCUMENTATION OF INCURRED EXPENSES. |
| **Creditor Id: 410462**<br>WELLS FARGO BANK NORTHWEST NA, TTEE<br>ATTN VAL T ORTON, VP<br>MAC U1228-120<br>299 SOUTH MAIN STREET, 12TH FLOOR<br>SALT LAKE CITY UT  84111<br><br>Counsel: ATTN STEVEN M ABRAMOWITZ, ESQ | **13414**<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY FOR THIS CLAIMANT. |
| **Creditor Id: 407477**<br>WILMINGTON TRUST CO/WADE, WJ, TTEES<br>SOUTHLAND-CONYERS WD DEL BUS TRUST<br>C/O NEAL GERGER EISENBERG LLP<br>ATTN THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2300<br>CHICAGO  IL  60602 | **10870**<br>Debtor: | $11,949.80<br>WINN-DIXIE MONTGOMERY, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  LEASE ASSUMED<br>AND ASSIGNED 8/15/05 TO ALL AMERICAN QUALITY FOODS, INC.  NO<br>AMOUNT IS DUE. |

| | | | |
|---|---|---|---|
| **Total Claims to be Disallowed:** | 11 | | |
| **Total Amount to be Disallowed:** | $7,843,584.92 | Plus Unliquidated Amounts, If Any | |

**EXHIBIT B**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 240936**<br>CITY OF AUBURN<br>144 TICHENOR AVENUE, SUITE 6<br>AUBURN, AL 36830 | 12805<br>Debtor: WINN-DIXIE STORES, INC. | $6,101.14 | Multiple Classes | Priority | LATE-FILED CLAIM. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 417051**<br>FIRST FEDERAL BANK FOR SAVINGS<br>NKA: FIRST SOUTHERN BANK<br>SUCCESSOR TO ROWELL SHEET METAL<br>ATTN JACK B EZELLE, SVP/CCO<br>PO BOX 268<br>COLUMBIA MS 39429 | 12787<br>Debtor: WINN-DIXIE STORES, INC. | $440.84 | Secured | Unsecured<br>Non-Priority | LATE-FILED CLAIM. ALSO, MISCLASSIFIED CLAIM. |

| | | |
|---|---|---|
| **Total Claims to be Disallowed & Recl:** | **2** | |
| **Total Amount to be Disallowed & Recl:** | **$6,541.98** | Plus Unliquidated Amounts, If Any |

**EXHIBIT C**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT C - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 241260** | **13335** | $852,949.81 | $789,624.67 | REDUCED AMOUNT REFLECTS REMOVAL OF $50,444.19 FOR OVERSTATED REJECTION DAMAGES AND $12,880.95 FOR PAID 2005 POSTPETITION RENT. |
| 7595 CENTURION PARKWAY LLC | **Debtor:** | WINN-DIXIE STORES, INC. | | |
| C/O PHOENIX REALTY GROUP INC | | | | |
| ATTN JAMES J SEBESTA | | | | |
| 10739 DEERWOOD PARK BLVD, SUITE 103 | | | | |
| JACKSONVILLE, FL 32256-2873 | | | | |
| Counsel: ATTN: ROBERT A COX, JR., ESQ | | | | |
| **Creditor Id: 243093** | **12099** | $423,814.34 | $384,352.03 | REDUCED AMOUNT REFLECTS REMOVAL OF $11,491.91 AND $25,549.71 FOR POSTPETITION 2005 COMMON AREA MAINTENANCE CHARGES AND REAL ESTATE TAXES AND INSURANCE, RESPECTIVELY, AND $2,420.69 FOR 2004 COMMON AREA MAINTENANCE CHARGES BILLED IN ERROR. |
| BARRETT CROSSING SHOPPING CTR, LLC | **Debtor:** | WINN-DIXIE MONTGOMERY, INC. | | |
| C/O MIMMS ENTERPRISES | | | | |
| ATTN R C MIMMS/T MIMMS JR | | | | |
| 85-A MILL STREET, SUITE 100 | | | | |
| ROSWELL GA 30075-4910 | | | | |
| **Creditor Id: 399732** | **855** | $1,608,750.00 | $1,097,741.90 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| BAY LANDING I, INC | **Debtor:** | WINN-DIXIE STORES, INC. | | |
| ATTN PAUL J MARINELLI, PRESIDENT | | | | |
| 2600 GOLDEN GATE PARKWAY | | | | |
| NAPLES FL 34105 | | | | |
| **Creditor Id: 410895** | **10028** | $7,028.87 | $2,724.15 | REDUCED AMOUNT REFLECTS REMOVAL OF $4,304.72 FOR EITHER OVERSTATED OR UNDOCUMENTED PREPETITION REAL ESTATE TAXES, COMMON AREA MAINTENANCE CHARGES, AND INSURANCE. |
| BG TURFWAY, LLC | **Debtor:** | WINN-DIXIE STORES, INC. | | |
| C/O DEVELOPERS DIVERSIFIED REALTY | | | | |
| ATTN ERIC C COTTON, ESQ | | | | |
| 3300 ENTERPRISE PARKWAY | | | | |
| PO BOX 228042 | | | | |
| BEACHWOOD OH 44122 | | | | |
| **Creditor Id: 244008** | **2065** | $318,926.64 | $239,940.36 | REDUCED AMOUNT REFLECTS REMOVAL OF $78,986.28 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| BRISTOL-MYERS PRODUCTS | **Debtor:** | WINN-DIXIE STORES, INC. | | |
| ATTN DAVID YANDO/ANDREW CHERRY | | | | |
| 2400 WEST LLOYD EXPRESSWAY | | | | |
| EVANSVILLE IN 47721 | | | | |
| **Creditor Id: 244218** | **11395** | $438,197.62 | $173,613.17 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,932.08 AND $262,452.37, RESPECTIVELY. |
| BUSH BROTHERS & CO | **Debtor:** | WINN-DIXIE STORES, INC. | | |
| ATTN STEPHANIE TAYLOR, SR MGR | | | | |
| JOHN PORTER, VP | | | | |
| 1016 E WEISGARBER ROAD | | | | |
| KNOXVILLE TN 37909 | | | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT C - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 410699**<br>CAFFERY CENTER, LLC<br>C/O PLATZER SWERGOLD KARLIN ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK NY 10018 | 9550<br>Debtor: | $1,200,034.76<br>WINN-DIXIE STORES, INC. | $815,853.28 | REDUCED AMOUNT REFLECTS ADDITION OF $1,085.57 FOR MISCALCULATED FEBRUARY 2005 PREPETITION RENT AND REMOVAL OF $302,144.87 FOR OVERSTATED REJECTION DAMAGES, $70,072.14 FOR OVERSTATED 2004 COMMON AREA MAINTENANCE CHARGES, AND $13,050.04 FOR PREPETITION 2005 COMMON AREA MAINTENANCE CHARGES LACKING SUPPORTING DOCUMENTATION. |
| **Creditor Id: 410393**<br>CAPSTONE ADVISORS - CARRINGTON DEV ASSOCIATES<br>C/O KATTEN MUCHIN ROSENMAN LLP<br>ATTN THOMAS J LEANSE, ESQ<br>2029 CENTURY PARK EAST, SUITE 2600<br>LOS ANGELES CA 90067 | 11964<br>Debtor: | $321,954.09<br>WINN-DIXIE RALEIGH, INC. | $270,338.36 | REDUCED AMOUNT REFLECTS REMOVAL OF $592.23, $120.96, AND $1,110.21 FOR OVERSTATED 2005 PREPETITION REAL ESTATE TAXES, INSURANCE, AND COMMON AREA MAINTENANCE CHARGES, RESPECTIVELY, $389.12 FOR INTEREST THEREON, AND $49,403.21 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 246616**<br>COLGATE PALMOLIVE COMPANY<br>ATTN CYNTHIA SMITH, CCE<br>2233 LAKE PARK DRIVE, SUITE 300<br>SMYRNA GA 30080-8856 | 6757<br>Debtor: | $385,063.81<br>WINN-DIXIE STORES, INC. | $134,922.33 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $4,800.51, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,024.18 AND $153,834.91, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $89,481.88. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 410901**<br>DDR DOWNREIT, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | 10070<br>Debtor: | $845,843.49<br>WINN-DIXIE STORES, INC. | $828,571.70 | REDUCED AMOUNT REFLECTS REMOVAL OF $15,527.25 AND $1,744.54 FOR 2004 AND PREPETITION 2005 INSURANCE, RESPECTIVELY, AS THEY ARE NOT OWED. |
| **Creditor Id: 279225**<br>DOMINO FOODS, INC<br>ATTN JOHN KEARNEY<br>1100 KEY HIGHWAY EAST<br>BALTIMORE MD 21230-5180<br><br>Counsel: ATTN GENE B TARR, ESQ | 12781<br>Debtor: | $47,172.50<br>WINN-DIXIE PROCUREMENT, INC. | $41,523.50 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 251211**<br>FLOWERS BAKING CO OF NORFOLK LLC<br>ATTN MISSY WILSON, CREDIT MGR<br>132 NORTH BROAD STREET<br>THOMASVILLE GA 31792 | 9727<br>Debtor: | $2,703.44<br>WINN-DIXIE STORES, INC. | $1,858.93 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $26.99 AND REMOVAL OF $163.25 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES AND $654.27 FOR INVOICES LACKING PROOF OF DELIVERY. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT C - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 374947**<br>FLOWERS FOODS SPECIALTY GROUP LLC<br>ATTN MISSY WILSON, CREDIT MGR<br>132 NORTH BROAD STREET<br>THOMASVILLE GA 31792 | 9728<br>**Debtor:** | $37,531.71<br>WINN-DIXIE STORES, INC. | $7,182.76 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $937.60 AND REMOVAL OF $22,209.19 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES AND $4,024.00 AND $3,178.16 FOR INVOICE NUMBER 050476 DATED 2/16/05 AND INVOICE NUMBER 625400 DATED 2/11/05, RESPECTIVELY, BOTH OF WHICH LACK PROOF OF DELIVERY. |
| **Creditor Id: 410450**<br>FRANKFORD DALLAS LLC<br>C/O HAYNES & BOONE, LLP<br>ATTN SCOTT EVERETT, ESQ<br>901 MAIN STREET, SUITE 3100<br>DALLAS TX 75202 | 8183<br>**Debtor:** | $2,477,083.38<br>WINN-DIXIE MONTGOMERY, INC. | $2,047,000.00 | CLAIM NUMBER 8183 FILED BY FRANKFORD DALLAS, LLC IS CLASSIFIED AS A CLASS 13 LANDLORD CLAIM (AS DEFINED IN THE JOINT PLAN OF REORGANIZATION OF WINN-DIXIE STORES, INC. AND AFFILIATED DEBTORS), AND IS REDUCED AND (NOTWITHSTANDING PARAGRAPH 12 OF THE ORDER, WHICH SHALL NOT APPLY TO THE CLAIM OF FRANKFORD DALLAS, LLC) ALLOWED IN THE AMOUNT OF $2,047,000.00, CONTINGENT UPON (I) THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN AND (II) SUBSTANTIVE CONSOLIDATION OF THE DEBTORS' ESTATES AS PROVIDED FOR IN THE PLAN. |
| **Creditor Id: 279363**<br>GEORGE WESTON BAKERIES, INC<br>ATTN CHRIS DEMETRIOU, DIR<br>930 NORTH RIVERVIEW DRIVE, STE 100<br>TOTOWA NJ 07512 | 1407<br>**Debtor:** | $1,516,727.23<br>WINN-DIXIE STORES, INC. | $867,338.44 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $17,862.32, ACCOUNTS PAYABLE CREDIT OF $77,470.72, RECLAMATION PAYMENTS IN PROCESS TOTALING $522,531.91, AND REMOVAL OF $31,435.84 FOR INVOICE DISCREPANCIES AGREED TO BY CLAIMANT. |
| **Creditor Id: 416957**<br>GOLD BASKET, LLC<br>C/O WELLS MARBLE & HURST, PLLC<br>ATTN JOSHUA P HENRY, ESQ<br>PO BOX 131<br>JACKSON MS 39205-0131 | 12460<br>**Debtor:** | $163,333.55<br>WINN-DIXIE STORES, INC. | $40,444.80 | REDUCED AMOUNT REFLECTS REMOVAL OF $91,000.80 FOR OVERSTATED REJECTION DAMAGES AND $31,887.95 ASSERTED AS UNSECURED PRIORITY FOR 2005 REAL ESTATE TAXES PAID TO CLAIMANT OF BUILDING LEASE. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 410943**<br>GRE PROPERTIES, LLC<br>C/O HELD & ISRAEL<br>ATTN E HELD, JR & A FRISCH, ESQS<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | 13286<br>**Debtor:** | $23,022.26<br>WINN-DIXIE MONTGOMERY, INC. | $8,313.59 | REDUCED AMOUNT REFLECTS REMOVAL OF $14,708.67 AS DEBTOR PAID 2004 TAX YEAR FOR BOTH PARCELS IN THE AMOUNT OF $52,048.55 BY CHECK NUMBER 007418192 WHICH CLEARED 1/10/05. |
| **Creditor Id: 407595**<br>HIGHLAND LAKES CENTER<br>C/O SIMON PROPERTY GROUP<br>LEGAL COLLECTIONS<br>ATTN ROBERT M TUCKER, ESQ<br>115 W WASHINGTON STREET<br>INDIANAPOLIS IN 46204 | 13281<br>**Debtor:** | $714,277.23<br>WINN-DIXIE STORES, INC. | $656,547.75 | REDUCED AMOUNT REFLECTS REMOVAL OF $57,729.48 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT C - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 395303**<br>HOBART CORPORATION<br>FKA-ITW FOOD EQUIPMENT GROUP<br>ATTN A CLUTTER/C BICE/T JOHNSON<br>701 S RIDGE AVENUE<br>TROY, OH 45374-0001 | 10193<br>**Debtor:** | $989,165.53<br>WINN-DIXIE STORES, INC. | $665,753.35 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $2,750.58 AND 8/19/05 PAYMENT OF $320,661.60 BY CHECK NUMBER 050728-051738 PER ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DKT 429). |
| **Creditor Id: 279473**<br>KELLOGG SALES CO. DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 8972<br>**Debtor:** | $2,883,457.88<br>WINN-DIXIE STORES, INC. | $794,387.60 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 406145**<br>LAKESIDE FOODS, INC<br>ATTN CAROL A GLAESER<br>808 HAMILTON STREET<br>PO BOX 1327<br>MANITOWOC WI 54221-1327 | 3393<br>**Debtor:** | $78,309.23<br>WINN-DIXIE STORES, INC. | $30,085.02 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $1,672.81 AND REMOVAL OF $5,339.72 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES AND $41,211.68 FOR UNDOCUMENTED FREIGHT CHARGES. |
| **Creditor Id: 279028**<br>LAND O'LAKES, INC<br>ATTN ANDREA BENNETT, ESQ<br>PO BOX 64101<br>ST PAUL MN 55164-0101 | 9790<br>**Debtor:** | $16,626.94<br>DEEP SOUTH PRODUCTS, INC. | $166.27 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $498.81 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $15,961.86. |
| **Creditor Id: 279028**<br>LAND O'LAKES, INC<br>ATTN ANDREA BENNETT, ESQ<br>PO BOX 64101<br>ST PAUL MN 55164-0101 | 9792<br>**Debtor:** | $588,245.19<br>WINN-DIXIE STORES, INC. | $177,607.50 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $8,388.13, ACCOUNTS RECEIVABLE BALANCE OF $8,065.78, RECLAMATION PAYMENTS IN PROCESS TOTALING $268,462.25, AND REMOVAL OF $125,740.53 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 407774**<br>LINPRO INVESTMENTS INC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | 7613<br>**Debtor:** | $28,739.40<br>WINN-DIXIE STORES, INC. | $20,342.16 | REDUCED AMOUNT REFLECTS REMOVAL OF $5,324.27 FOR OVERSTATED 2004 COMMON AREA MAINTENANCE CHARGES AND $3,072.97 FOR POSTPETITION COMMON AREA MAINTENANCE CHARGES. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN ADMINISTRATIVE EXPENSE APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT C - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 256708<br>MOTT'S, LLP<br>ATTN JIM TREASTER, CREDIT DIRECTOR<br>5301 LEGACY DRIVE<br>PLANO TX 75024 | 8217<br>**Debtor:** | $324,901.00<br>WINN-DIXIE STORES, INC. | $176,254.68 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $3,252.49, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $37,290.69 AND $4,023.57, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $104,079.57. |
| **Creditor Id:** 397880<br>MURRAY BISCUIT COMPANY LLC AKA<br>PRESIDENT'S BAKING<br>C/O WARNER STEVENES LLP<br>ATTN M WARNER/C CHOU, ESQS<br>301 COMMERCE STREET, STE 1700<br>FORT WORTH TX 76102 | 8993<br>**Debtor:** | $365,139.71<br>WINN-DIXIE STORES, INC. | $218,253.70 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $4,325.09, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $4,508.73 AND $.85, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $138,051.34. |
| **Creditor Id:** 408375<br>PROTECTIVE LIFE INSURANCE CO<br>C/O HOLLAND & KNIGHT LLP<br>ATTN CHARLES S MCCALL, ESQ<br>PO BOX 52687<br>JACKSONVILLE FL 32201-2687<br><br>Transferee: LCH OPPORTUNITIES LLC | 13229<br>**Debtor:** | $271,083.09<br>WINN-DIXIE MONTGOMERY, INC. | $242,443.35 | REDUCED AMOUNT REFLECTS ADDITION OF $4,000.00 FOR CALCULATION ERROR AND REMOVAL OF $16,223.81 AND $16,415.93 FOR 2004 INSURANCE AND REAL ESTATE TAXES, RESPECTIVELY, LACKING ADEQUATE SUPPORTING DOCUMENTATION. |
| **Creditor Id:** 410683<br>SAN ANGELO TX WD LP<br>C/O COEN & THURSTON, PA<br>ATTN JANET H THUSTON<br>1723 BLANDING BLVD, SUITE 102<br>JACKSONVILLE FL 32210 | 8372<br>**Debtor:** | $1,267,933.48<br>WINN-DIXIE STORES, INC. | $1,012,586.59 | REDUCED AMOUNT REFLECTS REMOVAL OF $234,133.76 FOR OVERSTATED REJECTION DAMAGES AND $21,213.13 FOR OVERSTATED REAL ESTATE TAXES. |
| **Creditor Id:** 452218<br>SBZ MORTGAGE ASSOCIATES, LLC<br>ATTN DAVID SAMBER<br>ONE HOLLOW LANE, SUITE 304<br>LAKE SUCCESS NY 10042<br><br>Counsel: ATTN MARGERY N REED, ESQ | 13291<br>**Debtor:** | $1,131,370.14<br>WINN-DIXIE MONTGOMERY, INC. | $1,108,907.00 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. REDUCTION IS WITHOUT PREJUDICE TO CLAIMANT FILING AN ADMINISTRATIVE CLAIM APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A). |
| **Creditor Id:** 252605<br>SELL, JAMES W & CAROLYN R<br>449 FAIRRIDGE ROAD<br>JOHNSON CITY TN 37604<br><br>Counsel: ATTN EDWARD T BRADING, ESQ | 12766<br>**Debtor:** | $6,552,767.10<br>WINN-DIXIE RALEIGH, INC. | $1,076,687.00 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT C -- OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 261082**<br>SILVER SPRINGS BOTTLED WATER<br>ATTN: KANE RICHMOND, CEO<br>PO BOX 926<br>SILVER SPRINGS, FL 34489<br><br>Transferee: SIERRA LIQUIDITY FUND | 5969<br>**Debtor:** | $485,903.09<br>WINN-DIXIE STORES, INC. | $472,432.40 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $567.68 AND REMOVAL OF $12,903.01 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 261157**<br>SLADE GORTON & CO INC<br>ATTN: MICHAEL P MISTROT, CONTR<br>225 SOUTHAMPTON STREET<br>BOSTON, MA 02118<br><br>Transferee: LONGACRE MASTER FUND LTD | 9453<br>**Debtor:** | $454,648.91<br>WINN-DIXIE PROCUREMENT, INC. | $439,403.40 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $2,667.60 AND REMOVAL OF $12,577.91 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 411428**<br>STATE OF SOUTH CAROLINA EMPLOY SEC<br>ATTN HW FUNDERBURK JR, ESQ LEG DEPT<br>PO BOX 995<br>COLUMBIA SC 29202<br><br>Counsel: ATTN: HENRY MCMASTER, ESQ | 11856<br>**Debtor:** | $12,381.00<br>WINN-DIXIE LOGISTICS, INC. | $1,325.86 | REDUCED AMOUNT REFLECTS 4/15/05 PAYMENT OF $11,055.14 BY CHECK NUMBER 8028212 PER ORDER AUTHORIZING PAYMENT OF PREPETITION TAXES (DKT 435). |
| **Creditor Id: 410544**<br>TAPPAN PROPERTIES, LP<br>ATTN CHARLES S TAPPAN, PRESIDENT<br>1150 W 8TH STREET, SUITE 255<br>CINCINNATI OH 45203<br><br>Counsel: ATTN KIMBERLY HELD ISRAEL, ESQ | 13319<br>**Debtor:** | $771,832.03<br>WINN-DIXIE RALEIGH, INC. | $736,493.47 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 384412**<br>WARNER LAMBERT CONSUMER GROUP<br>ATTN: MARK CLARK, DIR CREDIT OPER<br>PO BOX 640727<br>PITTSBURGH, PA 15264-0727 | 7387<br>**Debtor:** | $11,992.32<br>WINN-DIXIE STORES, INC. | $8,913.02 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $93.32, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $208.80 AND $231.62, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $2,545.56. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT C - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 278611 WOOLBRIGHT/SSR MARKETPLACE, LLC ATTN SHAI MOSCHOWITS/LARRY BERNICK 3200 NORTH MILITARY TRAIL 4TH FLOOR BOCA RATON FL 33431 | 12880 Debtor: WINN-DIXIE STORES, INC. | $351,353.24 | $327,993.63 | REDUCED AMOUNT REFLECTS ADDITION OF $142.00 FOR TYPOGRAPHICAL ERROR ON FACE OF CLAIM AND REMOVAL OF $23,501.61 FOR OVERSTATED MINIMUM GUARANTEED RENT AS TERMINATION BECAME EFFECTIVE 1/6/05. |

Transferee: LCH OPPORTUNITIES LLC
Counsel: ATTN RICARDO A REYES, ESQ

Total Claims to be Reduced: 36

Total Amount to be Reduced: $27,870,064.91 Plus Unliquidated Amounts, If Any

Total Reduced Amount: $15,818,125.72

**EXHIBIT D**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT D - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| HUSSMANN CORPORATION ATTN BILL BUTLER, CREDIT ANALYST 12999 ST CHARLES ROCK ROAD BRIDGETON MO 63044 | 9971 | $827,732.67 | Multiple Classes | Unsecured Non-Priority | $765,336.38 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. ALSO, MISCLASSIFIED CLAIM. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | | |
| MARKET AT BYRAM LLC, THE C/O SOUTHGATE REALTY, LLC PO BOX 16615 HATTIESBURG, MS 39402 Counsel: ATTN MARCUS M WILSON, ESQ | 8847 | $71,005.36 | Administrative | Unsecured Non-Priority | $47,890.25 | REDUCED AMOUNT REFLECTS REMOVAL OF $23,115.11 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN ADMINISTRATIVE EXPENSE APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. ALSO, MISCLASSIFIED CLAIM. |
| | | Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | |
| PERSONAL OPTICS ATTN RACHEL SANCHEZ, CONTROLLER 1331 SOUTH STATE COLLEGE BLVD FULLERTON CA 92831 | 5589 | $287,359.75 | Unsecured Non-Priority | Multiple Classes | $270,486.73 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $4,941.65 AND REMOVAL OF $11,931.37 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. ALSO, MISCLASSIFIED IN PART. RECLASSIFY $17,417.29 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $253,069.44 REMAINS UNSECURED NON-PRIORITY. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | | |
| VOGEL & VOGEL PARTNERSHIP C/O VOGEL REALTY ATTN WILLIAM PETERSON, BROKER 11219 FINANCIAL CTR PKWY, STE 300 LITTLE ROCK, AR 72211 Counsel: ATTN KAREN K. SPECIE, ESQ | 13279 | $431,846.79 | Multiple Classes | Unsecured Non-Priority | $420,954.61 | REDUCED AMOUNT REFLECTS REMOVAL OF $10,892.18 FOR POSTPETITION REAL ESTATE TAXES. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN ADMINISTRATIVE EXPENSE APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A). ALSO, MISCLASSIFIED CLAIM. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | | |
| WELLS, CLARENCE H 50 N COUNTRY CLUB DRIVE CRYSTAL RIVER FL 34429 | 4025 | $9,575.00 | Priority | Unsecured Non-Priority | $6,010.00 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | | |

Total Claims to be Reduced & Reclassified:        5

Total Amount to be Reduced & Reclassified:        $1,627,319.57        Plus Unliquidated Amounts, If Any

Total Reduced & Reclassified Amount:        $1,510,677.97

**EXHIBIT E**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT E - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 452133**<br>CITY OF PERRY WATER & GAS<br>ATTN PENNY STAFFNEY, FINANCE DIR<br>PO DRAWER 197<br>PERRY FL 32348 | 13250<br>*Debtor:* **WINN-DIXIE STORES, INC.** | $466.27 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 407679**<br>COUNTY OF DEKALB, GA<br>TREASURY & ACCOUNTING DIVISION<br>ATTN ROMEO KELLER<br>PO BOX 1068<br>DECATUR GA 30031 | 4960<br>*Debtor:* **WINN-DIXIE STORES, INC.** | $8,143.32 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. PREMISES WHERE SERVICES WERE PROVIDED WERE LEASED BY DEBTOR. |
| **Creditor Id: 249391**<br>FARMINGTON FOODS<br>ATTN ALBERT A LAVALLE, FIN DIR<br>4906 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674<br>*Transferee:* CONTRARIAN FUNDS, LLC | 9490<br>*Debtor:* **WINN-DIXIE STORES, INC.** | $510,465.03 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 375026**<br>GEM NICKERSON, LLC<br>C/O ELLIS-GIBSON DEVELOPMENT GROUP<br>ATTN JOHN L GIBSON III<br>1061 19TH STREET, SUITE 203<br>VIRGINIA BEACH, VA 23451-5600<br>*Transferee:* LCH OPPORTUNITIES LLC<br>*Counsel:* ATTN KELLY M BARNHART, ESQ | 12853<br>*Debtor:* **WINN-DIXIE RALEIGH, INC.** | $1,009,705.41 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 278470**<br>GEM WARWICK LLC<br>C/O ELLIS-GIBSON DEVELOPMENT GROUP<br>ATTN JOHN L GIBSON III<br>1061 19TH STREET, SUITE 203<br>VIRGINIA BEACH, VA 23451-5600<br>*Transferee:* LCH OPPORTUNITIES LLC<br>*Counsel:* ATTN KELLY M BARNHART, ESQ | 12851<br>*Debtor:* **WINN-DIXIE RALEIGH, INC.** | $1,017,085.57 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 406925**<br>MARLOW, WILLIAM J JR<br>5005 HIGH POINT DRIVE<br>PANAMA CITY FL 32404<br>*Counsel:* ATTN JERRETT M MCCONNELL, ESQ | 6756<br>*Debtor:* **WINN-DIXIE PROCUREMENT, INC.** | $4,400.00 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT E - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 257557**<br>OCEAN DUKE CORPORATION<br>ATTN ROGER LIN, COO<br>3450 FUJITA STREET<br>TORRANCE, CA 90505 | 3521 | $847,958.90 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Counsel: ATTN TIMOTHY NEUFELD | | Debtor: WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 269346**<br>SCHREIBER FOODS, INC<br>ATTN: KRIS SKUPAS, CORP CRED MGR<br>425 PINE STREET<br>PO BOX 19010<br>GREEN BAY, WI 54307-9010 | 640 | $2,200,407.99 | Unsecured<br>Non-Priority | Multiple Classes | MISCLASSIFIED IN PART. RECLASSIFY $1,330,326.56 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $870,081.43 REMAINS UNSECURED NON-PRIORITY. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| Transferee: JPMORGAN CHASE BANK NA<br>Counsel: ATTN TIMOTHY C BENNETT, ESQ | | | | | |
| **Creditor Id: 256185**<br>SIMON, MICHAEL & IRENE<br>PO BOX 239<br>PONTOTOC, MS 38863 | 1440 | $9,528.22 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| **Total Claims to be Reclassified:** | 9 | | | | |
| **Total Amount to be Reclassified:** | $5,608,163.91 | Plus Unliquidated Amounts, If Any | | | |

**EXHIBIT F**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT F - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 242345**<br>AMTECH LIGHTING SERVICE<br>ATTN CATHERINE A FORTNEY, A/R MGR<br>2390 E ORANGEWOOD AVENUE, SUITE 100<br>PARK PLAZA<br>ANAHEIM CA 92805 | 13424 | $42,326.28 | 1589 | $42,911.12 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | **Debtor:** WINN-DIXIE MONTGOMERY, INC. | | | |
| **Creditor Id: 1080**<br>ARS INVESTMENT CORPORATION<br>C/O HARDING & ASSOCS INC<br>ATTN DOUG MAREK, ESQ<br>5006 MONUMENT AVENUE<br>RICHMOND, VA 23230 | 12477 | $746,013.75 | 9957 | $61,843.83 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | **Debtor:** WINN-DIXIE RALEIGH, INC. | | | |
| Counsel: ATTN THOMAS E CARR, ESQ | | | | | |
| **Creditor Id: 410753**<br>ARTESIA MEDICAL DEVELOPMENT CO<br>C/O BEN-EZRA & KATZ, PA<br>ATTN M MORALES & M BEN-EZRA, ESQS<br>2901 STIRLING RD, STE 300<br>FT LAUDERDALE FL 33312 | 12436 | $1,480,384.84 | 9565 | $6,091,443.92 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | **Debtor:** WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 395571**<br>ASHLAND INCORPORATED<br>COLLECTION DEPT DS-3<br>ATTN M. WRIGHT<br>PO BOX 2219<br>COLUMBUS OH 43216 | 1014 | $3,222.69 | 374 | $4,740.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | **Debtor:** DEEP SOUTH PRODUCTS, INC. | | | |
| **Creditor Id: 416259**<br>BENTLEY, FRED D SR<br>C/O FURR AND COHEN, PA<br>ATTN ALVIN S GOLDSTEIN, ESQ<br>2255 GLADES ROAD, SUITE 337W<br>BOCA RATON FL 33431 | 12432 | $1,591,693.33 | 12159 | $1,590,293.33 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | **Debtor:** WINN-DIXIE STORES, INC. | | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT F - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 415973**<br>BLACKWELL, SHARRON O<br>C/O ROE CASSIDY COATES & PRICE, PA<br>ATTN JAMES H CASSIDY, ESQ<br>PO BOX 10529<br>GREENVILLE  SC  29603 | 13300 | $488,218.50<br>**Debtor:** WINN-DIXIE STORES, INC. | 12965 | $488,218.50 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 243720**<br>BOGGY CREEK MARKETPLACE, INC<br>PO BOX 320219<br>COCOA BEACH, FL  32932-0219<br><br>Counsel: ATTN DONALD A NOHRR, ESQ | 13289 | $912,849.66<br>**Debtor:** WINN-DIXIE STORES, INC. | 8234 | $7,107.54 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410585**<br>CATAMOUNT LS-KY, LLC, ASSIGNEE<br>OF H FUNK & P MERNER<br>C/O KRIEG DEVAULT LLP<br>ATTN C DANIEL MOTSINGER, ESQ<br>ONE INDIANA SQUARE, SUITE 2800<br>INDIANAPOLIS IN  46204-2079<br><br>Counsel: ATTN CRAIG E ETEM, ESQ | 12859 | $594,892.21<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | 11852 | $287,960.49 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279209**<br>CF SAUER COMPANY<br>ATTN MICHELLE RADER, TREAS<br>2000 WEST BROAD ST<br>RICHMOND VA  23220 | 12498 | $14,052,861.24<br>**Debtor:** WINN-DIXIE STORES, INC. | 9421 | $2,722,781.31 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279209**<br>CF SAUER COMPANY<br>ATTN MICHELLE RADER, TREAS<br>2000 WEST BROAD ST<br>RICHMOND VA  23220 | 12498 | $14,052,861.24<br>**Debtor:** WINN-DIXIE STORES, INC. | 9422 | $928,092.28 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 411074**<br>CLIFFDALE CORNER, INC TA CLIFFDALE<br>CORNER, FAYETTEVILLE, NC<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA  19103 | 13003 | $54,664.01<br>**Debtor:** WINN-DIXIE STORES, INC. | 12203 | $46,046.61 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT F - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 381721**<br>COMMONWEALTH OF KENTUCKY REV DEP<br>FINANCE & ADMINISTRATION CABINET<br>ATTN B L BAGBY/WENDY L STEPHENS<br>100 FAIR OAKS, 5TH FLOOR<br>PO BOX 491<br>FRANKFORT KY 40602-0491 | 12593 | $268,996.11 | 11695 | $2,608.08 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Counsel: ATTN: ALBERT B CHANDLER III, ESQ | | | | | |
| **Creditor Id: 243102**<br>COUNTY OF BARTOW TAX COMM<br>ATTN GLENDA REESE, DEPUTY<br>135 WEST CHEROKEE AVENUE, STE 217A<br>CARTERSVILLE GA 30120-3181 | 13206 | $14,049.21 | 5765 | $13,597.55 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 266221**<br>COUNTY OF BREVARD<br>ATTN ROD NORTHCUTT<br>400 SOUTH STREET, 6TH FLOOR<br>PO BOX 2500<br>TITUSVILLE FL 32781-2500 | 12566 | $68,455,687.93 | 769 | $169.32 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Counsel: ATTN BRIAN FITZGERALD, ESQ | | | | | |
| **Creditor Id: 266221**<br>COUNTY OF BREVARD<br>ATTN ROD NORTHCUTT<br>400 SOUTH STREET, 6TH FLOOR<br>PO BOX 2500<br>TITUSVILLE FL 32781-2500 | 12566 | $68,455,687.93 | 770 | $460.19 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Counsel: ATTN BRIAN FITZGERALD, ESQ | | | | | |
| **Creditor Id: 266221**<br>COUNTY OF BREVARD<br>ATTN ROD NORTHCUTT<br>400 SOUTH STREET, 6TH FLOOR<br>PO BOX 2500<br>TITUSVILLE FL 32781-2500 | 12566 | $68,455,687.93 | 771 | $623.36 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Counsel: ATTN BRIAN FITZGERALD, ESQ | | | | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT F - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 246660**<br>COUNTY OF COLQUITT TAX COMMISSIONE<br>ATTN CINDY S HORVIN<br>PO BOX 99<br>MOULTRIE GA 31776-0099 | 13207<br>Debtor: | $21,453.81<br>WINN-DIXIE STORES, INC. | 2713 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 247147**<br>CPM ASSOCIATES, LP<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREET STREET NE, STE 800<br>ATLANTA GA 30309-7706<br><br>Counsel: ATTN: PETER E NICANDRI ESQ | 13309<br>Debtor: | $251,314.04<br>WINN-DIXIE STORES, INC. | 12886 | $428,189.43 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 247252**<br>CRT PROPERTIES INC FKA<br>KOGER EQUITY<br>ATTN DAVID W FOSTER, GM<br>PO BOX 538266<br>ATLANTA, GA 30353-8266<br><br>Counsel: ATTN JOEY E SCHLOSBERG, ESQ | 13362<br>Debtor: | $461,672.47<br>WINN-DIXIE STORES, INC. | 10316 | $349,273.92 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410726**<br>GARDEN CITY W-D, LLC<br>C/O ZIMMER MANAGEMENT COMPANY<br>ATTN JEFFREY L ZIMMER, MEMBER<br>111 PRINCESS STREET<br>PO BOX 2628<br>WILMINGTON NC 28402-2628<br><br>Counsel: ATTN HERBERT J ZIMMER, ESQ | 13323<br>Debtor: | $104,679.88<br>WINN-DIXIE STORES, INC. | 12827 | $90,607.56 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410726**<br>GARDEN CITY W-D, LLC<br>C/O ZIMMER MANAGEMENT COMPANY<br>ATTN JEFFREY L ZIMMER, MEMBER<br>111 PRINCESS STREET<br>PO BOX 2628<br>WILMINGTON NC 28402-2628<br><br>Counsel: ATTN HERBERT J ZIMMER, ESQ | 13324<br>Debtor: | $545,732.15<br>WINN-DIXIE STORES, INC. | 12837 | $562,643.13 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT F - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 405927<br>GOODING'S SUPERMARKETS, INC<br>C/O LOWNDES DROSDICK ET AL<br>ATTN MATT E BEAL, ESQ<br>215 NORTH EOLA DRIVE<br>PO BOX 2809<br>ORLANDO FL 32802-2809 | 13294 | $1,349,157.25<br>**Debtor:** WINN-DIXIE STORES, INC. | 8853 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410943<br>GRE PROPERTIES, LLC<br>C/O HELD & ISRAEL<br>ATTN E HELD, JR & A FRISCH, ESQS<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | 13286 | $23,022.26<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | 10188 | $22,071.01 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 406025<br>GREENWOOD COMMONS ASSOCIATES<br>C/O SMITH DEBNAM NARRON ET AL<br>ATTN BYRON L SAINTSING, ESQ<br>PO BOX 26268<br>RALEIGH NC 27611-6268 | 12944 | $330,257.06<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | 12146 | $323,052.51 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 407595<br>HIGHLAND LAKES CENTER<br>C/O SIMON PROPERTY GROUP<br>LEGAL COLLECTIONS<br>ATTN ROBERT M TUCKER, ESQ<br>115 W WASHINGTON STREET<br>INDIANAPOLIS IN 46204 | 13281 | $714,277.23<br>**Debtor:** WINN-DIXIE SUPERMARKETS, INC. | 4542 | $58,424.09 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 407595<br>HIGHLAND LAKES CENTER<br>C/O SIMON PROPERTY GROUP<br>LEGAL COLLECTIONS<br>ATTN ROBERT M TUCKER, ESQ<br>115 W WASHINGTON STREET<br>INDIANAPOLIS IN 46204 | 13281 | $714,277.23<br>**Debtor:** WINN-DIXIE SUPERMARKETS, INC. | 4543 | $100.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT F - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 279020**<br>HOBART CORPORATION<br>ATTN CATHY BICE, CR MGR<br>701 RIDGE AVENUE<br>TROY OH 45374 | 10193 | $889,165.53 | 7977 | $680,121.58 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | Debtor: | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 1475**<br>IVEY ELECTRIC COMPANY<br>ATTN JAMES W IVEY, PRESIDENT<br>PO BOX 211<br>SPARTANBURG SC 29304 | 13282 | $89,711.46 | 7015 | $61,054.11 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | Debtor: | WINN-DIXIE RALEIGH, INC. | | | |
| Counsel: ATTN EDWIN W HELD JR, ESQ | | | | | |
| **Creditor Id: 410447**<br>KILLEN MARKETPLACE, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN C ELLIS BRAZEAL, III, ESQ<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203 | 11888 | $906,548.27 | 8180 | $65,588.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | Debtor: | WINN-DIXIE MONTGOMERY, INC. | | | |
| **Creditor Id: 375911**<br>LEXIS-NEXIS<br>ATTN NANCY J AUCOIN/M VIOLET<br>PO BOX 7247-7090<br>PHILADELPHIA, PA 19170-7090 | 13257 | $151,091.04 | 3418 | $246,235.50 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | Debtor: | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 452383**<br>LPI CALHOUN, INC<br>C/O CHAMBERLAIN, HRDLICKA, ET AL<br>ATTN JAMES L PAUL, ESQ<br>191 PEACHTREE STREET NE, 34TH FLOOR<br>ATLANTA GA 30303 | 13380 | $380,431.91 | 13306 | $383,652.48 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | Debtor: | WINN-DIXIE MONTGOMERY, INC. | | | |
| **Creditor Id: 1570**<br>MAIN STREET MARKETPLACE, LLC<br>ATTN E PAUL STREMPEL, JR<br>III RIVERCHASE OFFICE PLAZA, STE 10<br>BIRMINGHAM, AL 35244 | 12483 | $942,595.84 | 8630 | $426,452.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | Debtor: | WINN-DIXIE MONTGOMERY, INC. | | | |
| Counsel: ATTN MARJORIE O DABBS, ESQ | | | | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT F - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 408260**<br>MGW-RC GA PEACHTREE PKWY PLAZA, LL(<br>C/O HELD & ISRAEL<br>ATTN A FRISCH/E W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | 13303 | $125,561.80<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | 8717 | $121,445.26 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410587**<br>MERRILL LYNCH LP HOLDINGS, INC<br>ATN M MCINERNEY/N GRIFFINS/JC PRICE<br>4 WORLD FINANCIAL CENTER<br>NEW YORK NY 10080<br><br>Counsel: ATTN LARREN M NASHELSKY, ESQ | 13187 | $887,027.04<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | 9815 | $745,161.77 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410587**<br>MERRILL LYNCH LP HOLDINGS, INC<br>ATN M MCINERNEY/N GRIFFINS/JC PRICE<br>4 WORLD FINANCIAL CENTER<br>NEW YORK NY 10080<br><br>Counsel: ATTN LARREN M NASHELSKY, ESQ | 13188 | $1,145,741.28<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | 9816 | $1,010,815.61 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279122**<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>ATTN: N GRIFFTHS/ JC PRICE<br>4 WORLD FINANCIAL CENTER<br>NEW YORK NY 1080<br><br>Counsel: ATTN: ALEXANDRA STEINBERG BARRAGE | 13185 | $1,145,741.28<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | 9817 | $1,010,815.61 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279122**<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>ATTN: N GRIFFTHS/ JC PRICE<br>4 WORLD FINANCIAL CENTER<br>NEW YORK NY 1080<br><br>Counsel: ATTN: ALEXANDRA STEINBERG BARRAGE | 13184 | $887,027.04<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | 9818 | $745,161.77 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT F - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 417107<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>C/O CAPITAL CROSSING BANK, AGENT<br>ATTN CHRISTOPHER P HICKEY, SR VP<br>101 SUMMER STREET<br>BOSTON MA 02110<br><br>Transferee: MERRILL LYNCH PIERCE FENNER & SMITH<br>Counsel: ATTN ROBERT A. ZIOGAS, ESQ | 13298<br>**Debtor:** | $717,829.00<br>WINN-DIXIE RALEIGH, INC. | 12920 | $717,829.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408427<br>NESTLE PURINA PETCARE COMPANY<br>C/O NESTLE USA<br>ATTN NANCY REYNOSO/PETE KNOX<br>800 N BRAND BLVD<br>GLENDALE CA 91203 | 11735<br>**Debtor:** | $1,763,471.58<br>WINN-DIXIE PROCUREMENT, INC. | 9597 | $1,762,831.01 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 258338<br>PEPSI COLA BOTTLING CO<br>ATTN DARRELL KIGGANS, CR MGR<br>PO BOX 241167<br>CHARLOTTE, NC 28224-1167 | 7484<br>**Debtor:** | $240,445.27<br>WINN-DIXIE RALEIGH, INC. | 2168 | $240,463.89 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 258369<br>PERFORMANCE OIL EQUIP, INC<br>ATTN BRAD GRANBERRY, VP<br>920 EAST MCDOWELL ROAD<br>PO BOX 8945<br>JACKSON, MS 39284<br><br>Transferee: MADISON INVESTMENT TRUST - SERIES 3 | 13337<br>**Debtor:** | $60,574.99<br>WINN-DIXIE STORES, INC. | 868 | $62,507.42 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410511<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 13412<br>**Debtor:** | $365,720.00<br>WINN-DIXIE MONTGOMERY, INC. | 8820 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT F - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 409905**<br>ROY, JAYSON J<br>173 EDGEWATER BRANCH DR<br>JACKSONVILLE FL 32259 | 13491 | $18,993.74<br>**Debtor:** WINN-DIXIE STORES, INC. | 9436 | $19,431.35 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410519**<br>SARAN, LTD<br>C/O FULBRIGHT & JAWORSKI LLP<br>ATTN J BOLTON & K NEWSOME, ESQS<br>1301 MCKINNEY, SUITE 5100<br>HOUSTON TX 77010-3095 | 13437 | $463,314.90<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | 8477 | $318,500.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408217**<br>SINGER, HERBERT<br>C/O PLATZER SWERGOLD KARLIN, ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK NY 10018 | 13278 | $351,385.58<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | 6223 | $350,378.32 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408217**<br>SINGER, HERBERT<br>C/O PLATZER SWERGOLD KARLIN, ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK NY 10018 | 13276 | $358,638.21<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | 12444 | $327,200.41 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410957**<br>SOUTHERN PARTNERS<br>C/O STRADLEY RONON STEVENS ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 | 13191 | $58,479.67<br>**Debtor:** WINN-DIXIE STORES, INC. | 10148 | $50,308.76 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399377**<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK NY 10017<br>Transferee: JPMORGAN CHASE BANK NA | 8865 | $7,487,670.72<br>**Debtor:** WINN-DIXIE STORES, INC. | 569 | $5,000,000.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT F - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 408341**<br>SPRINGHILL ASSOCIATES, LLC<br>C/O RICHARDSON PLOWDEN ET AL<br>ATTN S NELSON WESTON, JR, ESQ<br>PO BOX 7788<br>COLUMBIA SC 29202 | 13314 | $58,113.59<br>Debtor: WINN-DIXIE STORES, INC. | 7020 | $52,506.51 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 411189**<br>STATE OF FLORIDA REV DEPT<br>BANKRUPTCY SECTION<br>ATTN CATHY DUBISKY/MICHELLE KENNEDY<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668<br><br>Counsel: C/O FREDERICK F RUDZIK, ESQ | 13223 | $474.60<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | 12959 | $197,110.55 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 411189**<br>STATE OF FLORIDA REV DEPT<br>BANKRUPTCY SECTION<br>ATTN CATHY DUBISKY/MICHELLE KENNEDY<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668<br><br>Counsel: C/O FREDERICK F RUDZIK, ESQ | 13224 | $50,955.48<br>Debtor: WINN-DIXIE STORES, INC. | 13065 | $674,545.33 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410544**<br>TAPPAN PROPERTIES, LP<br>ATTN CHARLES S TAPPAN PRESIDENT<br>1150 W 8TH STREET, SUITE 255<br>CINCINNATI OH 45203<br><br>Counsel: ATTN KIMBERLY HELD ISRAEL, ESQ | 13319 | $771,632.03<br>Debtor: WINN-DIXIE RALEIGH, INC. | 12320 | $726,291.05 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 263381**<br>TOWN SQUARE DEVELOPMENT<br>ATTN: JAMES M SIMPSON<br>29 PELZER AVENUE<br>WILLIAMSTON, SC 29697-1023<br><br>Counsel: ATTN CAROLYN G BAIRD, ESQ. | 13066 | $469,844.61<br>Debtor: WINN-DIXIE STORES, INC. | 12440 | $85,373.61 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT F - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:  418243** | 13331 | $524,021.27 | 12072 | $457,720.95 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| VILLAGE MARKETPLACE OF HAW RIVER | | Debtor: **WINN-DIXIE STORES, INC.** | | | |
| C/O KENNEDY COVINGTON LOBDELL ET AL | | | | | |
| ATTN LAWRENCE E BEHNING, ESQ | | | | | |
| 214 N TRYON STREET, 47TH FLOOR | | | | | |
| CHARLOTTE NC 28202 | | | | | |
| Transferee: JEFFERSON-PILOT INVESTMENTS INC | | | | | |
| **Creditor Id:  410763** | 13435 | $1,071,155.37 | 9639 | $7,141,035.78 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| WD MT CARMEL, LLC | | Debtor: **WINN-DIXIE RALEIGH, INC.** | | | |
| C/O KAMIN REALTY CO | | | | | |
| ATTN DANIEL G KAMIN, MGR | | | | | |
| 490 SOUTH HIGHLAND AVE | | | | | |
| PITTSBURGH PA  15206 | | | | | |
| Counsel: ATTN SARA E LORBER, ESQ | | | | | |
| **Creditor Id:  264989** | 13363 | $175,097.40 | 2491 | $179,901.87 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| WITHLACOOCHEE RIVER ELEC COOP INC | | Debtor: **WINN-DIXIE STORES, INC.** | | | |
| ATTN ARLENE M STEVENS | | | | | |
| PO BOX 278 | | | | | |
| DADE CITY, FL  33526-0278 | | | | | |
| **Total Claims to be Disallowed:** | 56 | | | | |
| **Total Amount to be Disallowed:** | $37,963,698.58 | Plus Unliquidated Amounts, if Any | | | |