**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT TO ORDER**
**PURSUANT TO DEBTORS' FOURTH OMNIBUS MOTION AUTHORIZING**
**NEGOTIATED ASSUMPTIONS OF EXECUTORY CONTRACTS AND**
**UNEXPIRED LEASES AND GRANTING RELATED RELIEF**

     I, David M. Turetsky, certify that I caused to be served the Order Pursuant to Debtors' Fourth Omnibus Motion Authorizing Negotiated Assumptions of Executory Contracts and Unexpired Leases and Granting Related Relief (Docket No. 11875), by having true and correct copies thereof sent to the parties listed on Exhibit A via first class mail on October 13, 2006.

Dated: October 18, 2006

                                      SKADDEN, ARPS, SLATE,
                                      MEAGHER & FLOM LLP

                                      By: /s/ *David M. Turetsky*
                                      David M. Turetsky
                                      Four Times Square
                                      New York, New York 10036
                                      (212) 735-2569
                                      (212) 735-2569 (facsimile)

                                          and

                                      SMITH HULSEY & BUSEY

                                      By: /s/ *Cynthia C. Jackson*
                                      Cynthia C. Jackson
                                      Florida Bar Number 498882
                                      225 Water Street, Suite 1800
                                      Jacksonville, Florida  32202
                                      (904) 359-7700
                                      (904) 359-7708 (facsimile)

                                      Co-Counsel for Debtors

**Exhibit A**

Nature's Finest Candles
Attn: Ken Johnson
4701 Old Shepard Place
Plano, TX 75093

Nature's Finest Candles
Attn: Ken McBrearty, VP Sales
1717 East Bush Blvd., #301
Tampa, FL 33624

Nature's Finest Candles
P.O. Box 849967
Dallas, TX 75284-9967

T.K. Keith Company
Attn: Paul Roberts, CFO
516 Edgewater Drive
Wakefield, MA 01880

Western union North America and
Intergrated Payment Systems, Inc.
Attn: Fran Meyer, National Accounts
Manager
2473 Care Drive, Suite 1
Tallahassee, FL 32308

Rug Doctor LP
Attn: Ken Johnson
4701 Old Shepard Place
Plano, TX 75093

Rug Doctor LP
Attn: Ken McBrearty, VP Sales
1717 East Bush Blvd., #301
Tampa, FL 33624

Rug Doctor LP
P.O. Box 849967
Dallas, TX 75284-9967

Boise Office Supply
Nka Office Max
1801 Cypress lake Drive
Orlando, FL 32837

Boise Office Supply
Nka Office Max
P.O. Box 101705
Atlanta, GA 30392-1705