**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT TO ORDER PURSUANT TO SECOND OMNIBUS MOTION (A) AUTHORIZING NEGOTIATED REJECTIONS OF EXECUTORY CONTRACTS AND APPROVING AGREED RESOLUTION OF ASSOCITATED CLAIMS AND (B) AUTHORIZING REJECTIONS OF ADDITIONAL EXECUTORY CONTRACTS AS OF OCTOBER 12, 2006 AND ESTABLISHING DEADLINE FOR FILING RELATED REJECTION DAMAGE CLAIMS OF OCTOBER, 23, 2006**

I, David M. Turetsky, certify that I caused to be served the Order Pursuant to Second Omnibus Motion (a) Authorizing Negotiated Rejections of Executory Contracts and Approving Agreed Resolution of Associated Claims and (b) Authorizing Rejections of Additional Executory Contracts as of October 12, 2006 and Establishing Deadline for Filing Related Rejection Damage Claims of October 23, 2006 (Docket No. 11877), by having true and correct copies thereof sent to the parties listed on Exhibit A via first class mail on October 13, 2006.

Dated: October 18, 2006

                                                                                 SKADDEN, ARPS, SLATE,
                                                                                 MEAGHER & FLOM LLP

                                                                                 By: /s/ *David M. Turetsky*
                                                                                 David M. Turetsky
                                                                                 Four Times Square
                                                                                 New York, New York 10036
                                                                                 (212) 735-2569
                                                                                 (212) 735-2569 (facsimile)

                                                                                     and

SMITH HULSEY & BUSEY

By: /s/ *Cynthia C. Jackson*
Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)

Co-Counsel for Debtors

**Exhibit A**

Dataware Services (US) Inc.
Wayne Interchange Plaza 1
145 Route 46 West
Wayne, New Jersey 07470
Attn: Lawrence Wetzel

Bergensons Property Services, Inc.
1959 Plaza Real
Oceanside, CA 92056
Attn: Mr. Richard C. Manoogian, CFO

Personal Optics, Inc.
1331 South State College Blvd.
Fullerton, CA 92831
Attn: Andrew Kahn, CEO

Gwaltney of Smithfield, Ltd.
601 N. Church St.
Smithfield, VA 23430
Attn: Gerry Moore

Corporate Legal Department
Smithfield Foods, Inc.
111 Commerce St.
Smithfield, VA 23430

Robert A. Cox, Jr., Esq.
McGuire Woods LLP
Bank of America Corporate Center
100 North Tryon Street, Suite 2900
Charlotte, NC 28202

TRM Copy Cneters (USA) Corporation
5208 N.E. 122nd Ave.
Portland, OR 97230
Attn: Daniel Tierney, Executive VP

TRM Copy Cneters (USA) Corporation
5208 N.E. 122nd Ave.
Portland, OR 97230
Attn: Sean Burke, V.P. of Sales & Marketing, North America

TRM Copy Cneters (USA) Corporation
5208 N.E. 122nd Ave.
Portland, OR 97230
Attn: Legal Division

Ms. Diane Griffin
11416 Savannah Lakes Dr.
Parrish, FL 34219

Brigham, Moore, Gaylord, Schuster, Martin & Tobin LLP
777 S. Harbour Island Blvd., Suite 900
Tampa, FL 33602

CSX Corporation
500 Water Street J180
Jacksnoville, FL 32202

Elizabeth L. Gunn
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

3