**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT TO ORDER PURSUANT TO DEBTORS' FIFTH OMNIBUS MOTION (I) AUTHORIZING ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (II) FIXING CURE AMOUNTS**

    I, David M. Turetsky, certify that I caused to be served the Order Pursuant to Debtors' Fifth Omnibus Motion (I) Authorizing Assumption of Executory Contracts and Unexpired Leases and (II) Fixing Cure Amounts (Docket No. 11872), by having true and correct copies thereof sent to the parties listed on Exhibit A via first class mail on October 13, 2006.

Dated: October 18, 2006

                                      SKADDEN, ARPS, SLATE,
                                      MEAGHER & FLOM LLP

                                      By: /s/ *David M. Turetsky*
                                      David M. Turetsky
                                      Four Times Square
                                      New York, New York 10036
                                      (212) 735-2569
                                      (212) 735-2569 (facsimile)

                                            and

                                      SMITH HULSEY & BUSEY

                                      By: /s/ *Cynthia C. Jackson*
                                      Cynthia C. Jackson
                                      Florida Bar Number 498882
                                      225 Water Street, Suite 1800
                                      Jacksonville, Florida 32202
                                      (904) 359-7700
                                      (904) 359-7708 (facsimile)

                                      Co-Counsel for Debtors

**Exhibit A**

Air Products & Chemicals Inc.
7201 Hamilton Blvd.
Allentown, PA 18195

The Earthgrains Company
Attn: Martha Uhlhom
Attn: Jerri Winslow, Manager, National Accounts
8400 Maryland Ave.
St. Louis, MO 63105

First Data Corp / IPS Solution, Inc. D/B/A Valueink
Attn: Larry Thomas
12500 East Belford Avenue #M12B
Englewood, CO 80150-2021

Microstrategy
1861 International Drive
McLean, VA 22102