IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | Case No. 05-03817-3Fl Jointly Administered |
| DEEP SOUTH PRODUCTS, INC. | Case No. 05-11067 |
| ("the Debtors") | Scheduled Claim No.: Sched F |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(1) FOR SCHEDULED CREDITOR, AMCOR PET PACKAGING, IN THE AMOUNT OF $7,356.47, TO STARK SPECIAL EVENTS LTD.

**To Transferor:**   AMCOR PET PACKAGING
ATTN: SCOTT R CHAMBERY, ASSISTANT SECRETARY
PO BOX 93748
CHICAGO, IL 60673

PLEASE TAKE NOTICE that the transfer of $7,356.47 the above-captioned general unsecured claim has been transferred to:

**Transferee:**   Stark Special Events Ltd.
Attn: Amar Ehsan
3600 South Lake Drive
St. Francis, WI 53235
Facsimile: (414) 294-7700

The evidence of transfer of claim is attached hereto. A excerpt of the Debtor's Schedules of Liabilities listing the claim is attached hereto as Exhibit A.

No action is required <u>if you do not object</u> to the transfer of your claim. However, if you do object to the transfer of your claim, within <u>20 days</u> of the date of this notice, you must file a written objection with the Office of the Clerk, United States Bankruptcy Court, District of Delaware, 824 N Market St., 3rd Floor, Wilmington, DE 19801. If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

## EXHIBIT B

### EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Middle District of Florida, Jacksonville Division

AND TO:   Amcor Pet Packaging, a company organized under the laws of Delaware ("Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does here by unconditionally and irrevocably sell, transfer and assign unto Stark Special Event Ltd. an international business company organized under the laws of the British Virgin Islands, with offices at 3600 South Lake Drive, St. Francis, WI 53235, or its successors and assigns ("Assignee") all rights, title and interest in and to the claim of Assignor in the principal amount of $7,356.47, against Deep South Products, Inc., (the "Debtor") in the United States Bankruptcy Court, for the Middle District of Florida, Jacksonville Division, or any other court with jurisdiction over the bankruptcy Proceedings ("Bankruptcy Court"), Case No.05-11067.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

IN WITNESS WHEREOF, dated the 5th day of OCTOBER, 2006.

AMCOR PET PACKAGING

By: _Scott R. Chambery_
Name: SCOTT R CHAMBERY
Title: ASSISTANT SECRETARY
Telephone: (734) 428-4654

- 12 -

# EXHIBIT

# A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Page 2 of 16

In re:   DEEP SOUTH PRODUCTS, INC.                              Case No.:   05-11067 (RDD)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim. If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule:   ACCOUNTS PAYABLE** | | | | | | |
| AIR PRODUCTS AND CHEMICALS INC<br>DEPARTMENT CH10200<br>PALATINE, IL 60055-0200<br>Creditor: 241756 - 12<br>Vendor: 0000015663 | 02/21/2005 | | | | | $1,623.02 |
| AIRGAS CARBONICS<br>DEPT 0822<br>PO BOX 120001<br>DALLAS, TX 75312-0822<br>Creditor: 241761 - 12<br>Vendor: 0000017231 | 02/21/2005 | | | | | $46,364.13 |
| ALLTEL<br>PO BOX 530533<br>ATLANTA, GA 30353-0533<br>Creditor: 242044 - 12<br>Vendor: 0000798951 | 02/21/2005 | | | | | $2,079.86 |
| AMCOR PET PACKAGING<br>PO BOX 905060<br>CHARLOTTE, NC 28290-5060<br>Creditor: 242115 - 12<br>Vendor: 0000803816 | 02/21/2005 | | | | | $610,117.31 |
| AMCOR PET PACKAGING<br>PO BOX 93748<br>CHICAGO, IL 60673-3748<br>Creditor: 242116 - 12<br>Vendor: 0000833265 | 02/21/2005 | | | | | $7,356.47 |
| AMERICAN EGG PRODUCTS<br>PO BOX 408<br>BLACKSHEAR, GA 31516<br>Creditor: 381006 - 47<br>Vendor: 0000013465 | 02/21/2005 | | | | | $15,066.84 |
| ANGELUS SANITARY CAN MACHINE<br>PO BOX 60880<br>LOS ANGELES, CA 90060-0880<br>Creditor: 242396 - 12<br>Vendor: 0000011215 | 02/21/2005 | | | | | $1,878.31 |
| BARRY CALLEBAUT USA INC<br>2144 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674<br>Creditor: 383996 - 47<br>Vendor: 0000026009 | 02/21/2005 | | | | | $433.12 |

PAGE TOTAL:   $684,919.06