# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., _et al._, | Case No. 05-03817-3Fl Jointly Administered |
| WINN-DIXIE STORES, INC. | Case No. 05-03817-JAF |
| ("the Debtors") | Filed Claim No.: <u>7469</u> |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2) FOR FILED CREDITOR, AMCOR PET PACKAGING USA, INC, IN THE AMOUNT OF $610,817.31, TO STARK SPECIAL EVENTS LTD.

**To Transferor:**      AMCOR PET PACKAGING USA, INC
ATTN: WILLIAM CASSELL
10521 SW. HIGHWAY M-52
MANCHESTER, MI 048158

PLEASE TAKE NOTICE that the transfer of $610,817.31 the above-captioned general unsecured claim has been transferred to:

**Transferee:**      Stark Special Events Ltd.
Attn: Amar Ehsan
3600 South Lake Drive
St. Francis, WI 53235
Facsimile: (414) 294-7700

The evidence of transfer of claim is attached hereto. A copy of the Order allowing the claim is attached hereto as Exhibit A.

No action is required <u>if you do not object</u> to the transfer of your claim. However, if you do object to the transfer of your claim, within <u>20 days</u> of the date of this notice, you must file a written objection with the Office of the Clerk, United States Bankruptcy Court, District of Delaware, 824 N Market St., 3rd Floor, Wilmington, DE 19801. If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

**EXHIBIT B**

**EVIDENCE OF TRANSFER OF CLAIM**

TO:    Clerk, United States Bankruptcy Court, Middle District of Florida, Jacksonville Division

AND TO:    Amcor Pet Packaging, a company organized under the laws of Delaware ("Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does here by unconditionally and irrevocably sell, transfer and assign unto Stark Special Event Ltd. an international business company organized under the laws of the British Virgin Islands, with offices at 3600 South Lake Drive, St. Francis, WI 53235, or its successors and assigns ("Assignee") all rights, title and interest in and to the claim of Assignor in the principal amount of $610,817.31, against Winn-Dixie Stores, Inc., (the "Debtor") in the United States Bankruptcy Court, for the Middle District of Florida, Jacksonville Division, or any other court with jurisdiction over the bankruptcy Proceedings ("Bankruptcy Court"), Case No.05-11067.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

IN WITNESS WHEREOF, dated the _18th_ day of _October_, 2006.

AMCOR PET PACKAGING USA INC

By: _____

Name: William W. Crossell

Title: G/p MGR Commercial Finance

Telephone: 754-428-4571

WITNESS:

By _____

Name: Pamela J. Brown

- 14 -

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

## ORDER REDUCING OVERSTATED CLAIMS AS SET FORTH IN THE DEBTORS' SEVENTH OMNIBUS CLAIMS OBJECTION

These cases came before the Court for hearing on April 20, 2006, upon the Seventh Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A (the "Disputed Claims").[2]  Several formal and informal objections to the Objection were raised or filed, as a result of which the Debtors have agreed to continue the Objection with respect to (i) claim no. 6870 filed by Beauty Enterprises, (ii) claim no. 10917 filed by Bumble Bee Seafood LLC, (iii) claim no. 7454 filed by Display Specialties, Inc., (iv) claim no. 6063 filed by H&T Seafood, Inc., (v) claim no. 4242 filed by Healthcare Consultants of Central Florida, (vi) claim no. 923 filed by Idelle Labs, (vii) claim no. 9835 filed by Jelly Belly Candy Company, (viii) claim no. 5067 filed by Ken Robinson of Florida, (ix) claim no. 4861 filed by Mattel Toys, (x) claim no. 10293 filed by New Plan Excel

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]     All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

Realty Trust, (xi) claim no. 2055 filed by RM Palmer Company and (xii) claim no. 4197 filed by The Steak-Umm Company, Inc. (collectively, the "Unresolved Objections"), which claims have been removed from Exhibit A. In addition, the Debtors have withdrawn without prejudice their objection to (i) claim no. 7664 filed by Clamp Swing Pricing Company, (ii) claim nos. 11285 and 11292 filed by Cleco, (iii) claim no. 2324 filed by Coastal Truck Brokers, LLC and (iv) claim no. 7320 filed by Himmel Nutrition, which claims have been removed from Exhibit A. Upon consideration, it is

ORDERED AND ADJUDGED:

1.    The Objection is sustained.

2.    The Overstated Claims listed on Exhibit A are reduced to the amounts set forth on Exhibit A under the heading Reduced Amount and the amounts exceeding the Reduced Amount are disallowed.

3.    Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

4.    The hearing to consider the Objection with respect to the Unresolved Objections is continued until further order of the Court upon the motion of any party in interest.

2

5.     Neither the Objection nor any disposition of the Disputed

Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any

potential Avoidance Action against any of the Claimants.

6.     This Order is without prejudice to the Debtors' right to object

to the Disputed Claims on the ground that they were filed against the incorrect

Debtor and that the Debtor against which the Disputed Claims were filed should be

modified.

Dated this _____ day of April, 2006 in Jacksonville, Florida.


Jerry A. Funk
United States Bankruptcy Judge


James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

3

**WINN-DIXIE STORES, INC., ET AL.**
**SEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 407423**<br>ABBYLAND FOODS, INC<br>ATTN PAUL HESS, CONTROLLER<br>PO BOX 69<br>ABBOTSFORD WI 54405 | 3876<br>Debtor: WINN-DIXIE STORES, INC. | $319,376.53 | $317,320.09 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,056.44 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 395560**<br>ADAIR DISTRIBUTING, INC<br>ATTN KIM ADAIR, VP, CONTROLLER<br>2560 MANORCA AVE<br>NAPLES FL 34112 | 11425<br>Debtor: WINN-DIXIE STORES, INC. | $3,799.62 | $3,280.21 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $519.41. |
| **Creditor Id: 394052**<br>ADAMS & ADAMS, LLP<br>ATTN BRIAN DAVIS<br>155 S MIAMI AVE, 9Th FLOOR<br>MIAMI, FL 33130 | 7614<br>Debtor: WINN-DIXIE STORES, INC. | $41,728.98 | $35,855.65 | REDUCED AMOUNT REFLECTS REMOVAL OF $5,813.33 FOR DUPLICATE INVOICES LISTED IN PROOF OF CLAIM (INVOICE NUMBERS 37,41, AND 43) AND PAYMENT OF $60.00 TO PROCESS SERVICE COMPANY ON 10/1/04 BY SEDGWICK CHECK NUMBER 6221931. |
| **Creditor Id: 403534**<br>ADAMS RESPIRATORY THERAPEUTICS<br>ATTN WALTER E RIEHEMANN, ESQ<br>425 MAIN STREET<br>CHESTER NJ 07930 | 1388<br>Debtor: WINN-DIXIE STORES, INC. | $92,989.04 | $90,829.90 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,159.14 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 241653**<br>ADVANCED FOOD PRODUCTS LLC<br>ATTN KAREN KMAT, SUPV<br>PO BOX 7247-8377<br>PHILADELPHIA, PA 19170-8377<br><br>Transferee: ASM CAPITAL LP | 5504<br>Debtor: WINN-DIXIE STORES, INC. | $33,840.01 | $25,412.42 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $263.23 AND $8,164.36, RESPECTIVELY. |
| **Creditor Id: 241766**<br>AIRGAS SOUTH, INC<br>ATTN B HIRTH/JOSHUA T WILKINS<br>PO BOX 532609<br>ATLANTA, GA 30353-2609 | 6353<br>Debtor: WINN-DIXIE STORES, INC. | $7,787.51 | $6,032.65 | REDUCED AMOUNT REFLECTS REMOVAL OF $171.99 FOR CALCULATION ERROR, $127.47 FOR IMPERMISSIBLE FINANCE CHARGE, $1,455.40 FOR UNDOCUMENTED CHARGES. |
| **Creditor Id: 242115**<br>AMCOR PET PACKAGING USA INC<br>ATTN WILLIAM CASSELL, GROUP MGR<br>10521 S HWY M-52<br>MANCHESTER MI 48158 | 7469<br>Debtor: WINN-DIXIE STORES, INC. | $623,421.23 | $610,817.31 | REDUCED AMOUNT REFLECTS REMOVAL OF $12,603.92 FOR PRICING DIFFERENCES BETWEEN PURCHASE ORDERS AND INVOICES. |