# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., *et al*., | Case No. 05-03817-3Fl Jointly Administered |
| WINN-DIXIE STORES, INC. | Case No. 05-03817-JAF |
| ("the Debtors") | Filed Claim No.: 798 |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2) FOR FILED CREDITOR, SIMILASAN COPRORATION, IN THE AMOUNT OF $25,936.74, TO STARK SPECIAL EVENT LTD.

**To Transferor:**   SIMILASAN COPRORATION
ATTN: SCOTT AUSTIN
1745 SHEA CENTER DRIVE, SUITE 380
HIGHLANDS RANCH, CO 80129

PLEASE TAKE NOTICE that the transfer of $25,936.74 the above-captioned general unsecured claim has been transferred to:

**Transferee:**   Stark Special Event Ltd.
Attn: Amar Ehsan
3600 South Lake Drive
St. Francis, WI 53235
Facsimile: (414) 294-7700

The evidence of transfer of claim is attached hereto. A copy of Proof of Claim listing the claim is attached hereto as Exhibit A.

No action is required <u>if you do not object</u> to the transfer of your claim. However, if you do object to the transfer of your claim, within <u>20 days</u> of the date of this notice, you must file a written objection with the Office of the Clerk, United States Bankruptcy Court, District of Delaware, 824 N Market St., 3rd Floor, Wilmington, DE 19801. If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

**EXHIBIT B**

**EVIDENCE OF TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, Middle District of Florida

AND TO: Similasan Corporation, a Corporation organized under the laws of Colorodo ("Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does here by unconditionally and irrevocably sell, transfer and assign unto Stark Special Event Ltd. an international business company organized under the laws of the British Virgin Islands, with offices at 3600 South Lake Drive, St. Francis, WI 53235, or its successors and assigns ("Assignee") all rights, title and interest in and to the claim of Assignor in the principal amount of $25,936.74, against Winn Dixie Stores, Inc., (the "Debtor") in the United States Bankruptcy Court, for the Middle District of Florida, or any other court with jurisdiction over the bankruptcy Proceedings ("Bankruptcy Court"), Case No. 05-3817.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

IN WITNESS WHEREOF, dated the 2 nd day of October, 2006.

Similasan Corporation

By: _____
Name: David A. Kinton
Title: President & CEO
Telephone: 303-539-4062

WITNESS:

By: _____
Name: Scott Austin

- 12 -

# EXHIBIT

# A

Form B10 (Official Form 10) (12/03)

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | Chapter 11 PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM HAS NOT YET BEEN SET |
|---|---|---|
| Name of Debtor Against Which You Assert Your Claim<br>Winn-Dixie Stores, Inc<br>(See List of Names on Reverse Side) | Case Number 3817<br>05-4063<br>(See List on Reverse Side) | FILED<br>JACKSONVILLE, FLORIDA<br>APR 21 2005<br>CLERK, U.S. BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

| A Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):<br>Similasan Inc<br>1745 Shea Center Dr Ste 380<br>Highlands Ranch, Co 80129<br>384359 | 303 539 4060<br>Telephone No of Creditor<br>720 208 0628<br>Fax No of Creditor<br><br>(If your address has changed or is incorrect as it appears in Item A, please provide corrections) | |
|---|---|---|
| B Name and address of person to whom notices must be served, if different from above.<br>(Check box if) ☐ replaces address above ☑ additional address<br>Name Scott Austin<br>Company/Firm _____<br>Address _____ | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim Attach a copy of statement providing details<br>☑ Check this box if you have never received any notices in this case | Schedules of Assets and Liabilities not yet filed<br>DEBTOR: WINN - DIXIE STORES, INC<br>U S BANKRUPTCY COURT M D - FLORID<br>JOINTLY ADMINISTERED UNDER<br>CASE: 05-03817 (3F1)<br>CHAPTER 11<br>**CLAIM NO.: 798** |
| Account or Other Number by Which Creditor Identifies Debtor<br>C 23983 | Check here if this claim<br>☐ replaces   ☐ amends   a previously filed claim, dated _____ | |

1. Basis for Claim
   - ☑ Goods sold to debtor(s)
   - ☐ Services performed for debtor(s)
   - ☐ Goods purchased from debtor(s)
   - ☐ Money loaned
   - ☐ Personal injury/property damage
   - ☐ Other _____
   - ☐ Taxes
   - ☐ Severance agreement
   - ☐ Refund
   - ☐ Real property lease
   - ☐ Personal property lease
   - ☐ Other contract _____
   - ☐ Retiree benefits as defined in 11 U S C § 1114(a)
   - ☐ Wages, salaries, and compensation (fill out below) Last four digits of SS# _____ Unpaid compensation for services performed from _____ to _____ (date) (date)

2. Date debt was incurred   12/31/04
3. If claim is base on a Court Judgment, date obtained

4. Total Amount of Claim at Time Case Filed   $25,936.74   $_____   $_____   $25,868.77
   (unsecured)   (secured)   (priority)   (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

5 Secured Claim
☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of Collateral
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____

Value of Collateral $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any $_____

6. Unsecured Nonpriority Claim $ 25,936.74
☑ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

7 Unsecured Priority Claim
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $_____
Specify the priority of the claim
☐ Wages, salaries, or commissions (up to $4,925), * earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U S C § 507 (a) (3)
☐ Contributions to an employee benefit plan - 11 U S C § 507 (a) (4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U S C § 507 (a) (6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U S C § 507 (a) (7)
☐ Taxes or penalties owed to governmental units - 11 U S C § 507 (a) (8)
☐ Other - Specify applicable paragraph of 11 U S C § 507 (a) ( )
*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

8 Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof claim
9. Supporting Documents. Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, court judgments, mortgages, security agreements, and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous, attach a summary
10 Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-address return envelope and copy of this proof of claim

| Date<br>4/19/05 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and receive notice.  Scott Austin<br>Print _____   Title Dir of Finance<br>Signature _____ | This Space Is For Court Use Only<br>RECEIVED<br>APR 20 2005<br>U S BANKRUPTCY COURT<br>SO DIST OF NEW YORK |
|---|---|---|

Penalty for presenting fraudulent claim  Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 and 3571