# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: <br><br> WINN-DIXIE STORES, INC., *et al.*, <br><br><br><br> WINN-DIXIE PROCUREMENT, INC. <br><br> ("the Debtors") | Chapter 11 <br><br> Case No. 05-03817-3Fl Jointly Administered <br><br><br><br> Case No. 05-11082 <br><br> Scheduled Claim No.: <u>Sched F</u> |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(1) FOR SCHEDULED CREDITOR, SIMILASAN COPRORATION, IN THE AMOUNT OF $25,043.59, TO STARK SPECIAL EVENT LTD.

**To Transferor:**    SIMILASAN COPRORATION
ATTN: SCOTT AUSTIN
1745 SHEA CENTER DRIVE, SUITE 380
HIGHLANDS RANCH, CO 80129

PLEASE TAKE NOTICE that the transfer of $25,043.59 the above-captioned general unsecured claim has been transferred to:

**Transferee:**    Stark Special Event Ltd.
Attn: Amar Ehsan
3600 South Lake Drive
St. Francis, WI 53235
Facsimile: (414) 294-7700

The evidence of transfer of claim is attached hereto. A excerpt of the Debtor's Schedules of Liabilities listing the claim is attached hereto as Exhibit A.

No action is required <u>if you do not object</u> to the transfer of your claim. However, if you do object to the transfer of your claim, within <u>20 days</u> of the date of this notice, you must file a written objection with the Office of the Clerk, United States Bankruptcy Court, District of Delaware, 824 N Market St., 3rd Floor, Wilmington, DE 19801. If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

## EXHIBIT B

### EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Middle District of

AND TO: Similasan Corporation, a Corporation organized under the laws of Colorado ("Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does here by unconditionally and irrevocably sell, transfer and assign unto Stark Special Event Ltd. an international business company organized under the laws of the British Virgin Islands, with offices at 3600 South Lake Drive, St. Francis, WI 53235, or its successors and assigns ("Assignee") all rights, title and interest in and to the claim of Assignor in the principal amount of $25,043.59, against Winn Dixie Procurement, Inc., (the "Debtor") in the United States Bankruptcy Court, for the Middle District of Florida, or any other court with jurisdiction over the bankruptcy Proceedings ("Bankruptcy Court"), Case No. 05-11082.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

IN WITNESS WHEREOF, dated the 2nd day of October, 2006.

Similasan Corporation

By: _____
Name: David Ashton
Title: President and CEO
Telephone: (303) 539-4063

WITNESS:

By: _____
Name: Scott Austin

- 13 -

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Page 138 of 173

In re: WINN-DIXIE PROCUREMENT, INC.

Case No.: 05-11082 (RDD)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim. If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule:** ACCOUNTS PAYABLE | | | | | | |
| SILVER SPRINGS CITRUS<br>PO BOX 931766<br>ATLANTA, GA 31193-1766<br>Creditor: 261083 - 12<br>Vendor: 0000190683 | 02/21/2005 | | | | | $38,455.38 |
| SILVER SPRINGS GARDENS INC<br>PO BOX 360<br>EAU CLAIRE, WI 54702-0360<br>Creditor: 261084 - 12<br>Vendor: 0000193852 | 02/21/2005 | | | | | $1,848.00 |
| SIMILASAN CORP<br>1745 SHEA CENTER DRIVE<br>SUITE 380<br>HIGHLANDS RANCH, CO 80129<br>Creditor: 384359 - 47<br>Vendor: 0000815688 | 02/21/2005 | | | | | $25,043.59 |
| SIMMONS ALLIED PET FOOD INC<br>PO BOX 201483<br>DALLAS, TX 75320-1483<br>Creditor: 261090 - 12<br>Vendor: 0000821892 | 02/21/2005 | | | | | $4,537.80 |
| SINGLETON SEAFOOD CO<br>PO BOX 905318<br>CHARLOTTE, NC 28290-5318<br>Creditor: 261119 - 12<br>Vendor: 0000194915 | 02/21/2005 | | | | | $41,427.82 |
| SIOUX HONEY ASSOCIATION<br>1724 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1007<br>Creditor: 261120 - 12<br>Vendor: 0000190712 | 02/21/2005 | | | | | $106,315.49 |
| SKYLINE CHILI INC<br>PO BOX 691490<br>CINCINNATI, OH 45269-1490<br>Creditor: 261154 - 12<br>Vendor: 0000196046 | 02/21/2005 | | | | | $2,122.90 |
| SLADE GORTON & CO INC<br>225 SOUTHAMPTON STREET<br>BOSTON, MA 02118<br>Creditor: 261157 - 12<br>Vendor: 0000198283 | 02/21/2005 | | | | | $444,951.49 |

PAGE TOTAL: $664,702.47