## UNITED STATES BANKRUPTY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., _et al_.,**

**Debtors.**[1]

**Chapter 11**

**Case No. 05-03817-3F1**

**(Jointly Administered)**

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.   I am of legal age and I am not a party to this action.

2.   I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.   On or about October 17, 2006 I caused copies of:

- the **Notice of Hearing**
- the **Debtors' Twenty-Fourth Omnibus Objection to (A) No Liability claims, (B) No Liability Misclassified Claims, (C) Overstated Claims, (D) Overstated Misclassified Claims, (E) Misclassified Claims, (F) Duplicate Liability Claims and (G) Amended and Superseded Claims**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice and Motion as listed above is attached hereto as Exhibit B.[2]

Dated: October 19, 2006

Kathleen M. Logan

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]      Claimants were served with a copy of the Notice, Motion and only the Exhibit on which they appeared.

Code: 24-30

# EXHIBIT A
# SERVICE LIST

SERVICE LIST

**Notice of Hearing; Debtors' Twenty-Fourth Omnibus
Objection to (A) No Liability Claims (B) No Liability
Misclassified Claims (C) Overstated Claims (D) Overstated
Misclassified Claims (E) Misclassified Claims (F) Duplicate
Liability Claims and (G) Amendd and Superseded Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 383127-51
AARP DISCOUNT CARD
13900 RIVERPORT DRIVE
MARYLAND HEIGHTS, MO 63043

CREDITOR ID: 410402-15
ADT SECURITY SYSTEMS, INC
ATTN BRANDY WIMBISH, MGR
14200 EAST EXPOSITION AVE
AURORA CA 80012

CREDITOR ID: 533710-15
ALEC ASHTON RICHMOND, LLC & COMPASS
CAPITAL RICHMOND BY COLEMAN GROUP
C/O WYATT TARRANT & COMBS LLP
ATTN MARY FULLINGTON, ESQ
250 WEST MAIN STREET, SUITE 1600
LEXINGTON KY 40507-1746

CREDITOR ID: 411159-15
ALLIED CAPITAL CORP CLASSES ABC
HLDRS OF ACGS 2004, LLC SEC NOTES
C/O VENABLE LLP
ATTN G CROSS/H FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 399729-98
ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

CREDITOR ID: 87887-09
AUSTIN, SHARON H
19400 VARANDA LANE
COLONIAL HEIGHTS VA 23834

CREDITOR ID: 410590-15
BAYVIEW FINANCIAL, LP
C/O GEBHARDT & SMITH, LLP
ATTN KENNETH R RHOAD, ESQ
401 E PRATT ST, 9TH FLOOR
BALTIMORE MD 21202

CREDITOR ID: 416846-15
BIRMINGHAM REALTY COMPANY
C/O SIROTE & PERMUTT PC
ATTN STEPHEN B PORTERFIELD, ESQ
PO BOX 55727
BIRMINGHAM AL 35255-5727

CREDITOR ID: 416846-15
BIRMINGHAM REALTY COMPANY
C/O REDROCK CAPITAL PARTNERS
ATTN CRAIG KLEIN
111 S MAIN STREET, SUITE C11
PO BOX 9095
BRECKENRIDGE CO 80424

CREDITOR ID: 100429-09
BROWNING, DORA A
728 VALLEY FORGE RD
JACKSONVILLE FL 32218

CREDITOR ID: 492865-FC
BYRUM, DAVID M
764 EAGLE POINT DRIVE
SAINT AUGUSTINE FL 32092

CREDITOR ID: 492840-97
CARDINAL CAPITAL PARTNERS INC
EMPLOYEE PROFIT SHARING PLAN/TRUST
AKA CCP EMPLOYEE PROFIT SHARING PLA
C/O SCOTT HAIRE
8214 WESTCHESTER DR 9TH FLR
DALLAS TX 75225

CREDITOR ID: 410561-15
CCP EMPLOYEE PROFIT SHARING PLAN
& TRUST
C/O HIERSCHE HAYWARD DRAKELEY ET AL
ATTN RUSSELL W MILLS, ESQ
15303 DALLAS PARKWAY, SUITE 700
ADDISON TX 75001

CREDITOR ID: 2134-99
CHESTER DIX FORT CORPORATION
C/O LAWRENCE KADISH REAL ESTATE
ATTN LAWRENCE KADISH, PRESIDENT
PO BOX 40
WESTBURY NY 11590

CREDITOR ID: 2134-99
CHESTER DIX FORT CORPORATION
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 242708-12
CITY OF ATHENS UTILITIES
ATTN BARBARA BURRELL, COLL MGR
PO BOX 1089
ATHENS, AL 35611-3541

CREDITOR ID: 953-03
CITY OF WARNER ROBINS UTILITY & TAX
ATTN JAMES E ELLIOTT JR, ESQ
PO BOX 1488
WARNER ROBINS GA 31099

CREDITOR ID: 403430-15
COUNTY OF FULTON TAX COMMISSIONER
ATTN W RESPRESS/DAMIKA MCCLINTON
141 PRYOR STREET SW, ROOM 1113
ATLANTA GA 30303

CREDITOR ID: 240552-06
COUNTY OF LOUISVILLE JEFFERSON
METRO REVENUE COMMISSION
ATTN KIM G JOHNSON, ADMINISTRATOR
PO BOX 35410
LOUISVILLE KY 40232-5410

CREDITOR ID: 266592-14
COUNTY OF MONTGOMERY, AL
ATTN SARAH G SPEAR, REVENUE COMM
100 S LAWRENCE ST
MONTGOMERY AL 36104-4209

CREDITOR ID: 420767-ST
CRAWFORD, LYNN R
205 BLACK ROCK SCHOOL RD
CHERRYBILLE NC 28021-9520

CREDITOR ID: 247187-12
CREDIT SUISSE FIRST BOSTON, LLC
ATTN JOSEPH BROSNAN
11 MADISON AVE, 5TH FLOOR
NEW YORK, NY 10010

CREDITOR ID: 247187-12
CREDIT SUISSE FIRST BOSTON, LLC
C/O MANDEL KATZ, ET AL
ATTN TARA HANNON, ESQ
THE LAW BUILDING
210 ROUTE 303
VALLEY COTTAGE NY 10989

CREDITOR ID: 404511-95
DANFOSS INC
ATTN FRANCIS C SCHNELL, CFO
7941 CORPORATE DRIVE
BALTIMORE MD 21236-4925

CREDITOR ID: 404511-95
DANFOSS INC
ATTN FRANCIS C SCHNELL, CFO
7941 CORPORATE DRIVE
BALTIMORE MD 21236-4925

CREDITOR ID: 410825-15
DBT PORCUPINE WD1 DE BUSINESS TRUST
C/O SEYFARTH SHAW, LLP
ATTN SARA E LORBER, ESQ
131 SOUTH DEARBORN STREET, STE 2400
CHICAGO IL 60603

CREDITOR ID: 410825-15
DBT PORCUPINE WD1 DE BUSINESS TRUST
C/O KAMIN REALTY CO
ATTN DANIEL G KAMIN, MGR
490 SOUTH HIGHLAND AVENUE
PITTSBURGH PA 15206

**SERVICE LIST**

**Notice of Hearing; Debtors' Twenty-Fourth Omnibus Objection to (A) No Liability Claims (B) No Liability Misclassified Claims (C) Overstated Claims (D) Overstated Misclassified Claims (E) Misclassified Claims (F) Duplicate Liability Claims and (G) Amendd and Superseded Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 20933-05<br>DELANI, LORI L<br>29787 HENRY LANE<br>BIG PINE KEY FL 33043 | CREDITOR ID: 452148-98<br>DELLACAMERA CAPITAL MASTER FUND LTD<br>C/O DELLACAMERA CAPITAL MGMT LLC<br>ATTN VINCENT J SPIMATO, MGR MEMBER<br>237 PARK AVE, SUITE 900<br>NEW YORK NY 10017 | CREDITOR ID: 253207-12<br>DI FATTA, JOHN<br>300 COBLE DRIVE<br>LONGWOOD FL 32779 |
| CREDITOR ID: 411381-15<br>DL PETERSON TRUST<br>ATTN LINDA MARTIN<br>940 RIDGEBROOK ROAD<br>SPARKS MD 21152 | CREDITOR ID: 247440-12<br>DL PETERSON TRUST<br>5924 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | CREDITOR ID: 406583-MS<br>DOOLITTLE, CHARLES W JR<br>7051 CYPRESS BRIDGE DR S<br>PONTE VEDRA FL 32082 |
| CREDITOR ID: 269364-16<br>EDNA HILL MEEKER TRUST<br>FOR LIFETIME BENEFIT OF L H MEEKER<br>C/O RAY & WILSON<br>ATTN DONALD H RAY, ESQ<br>6115 CAMP BOWIE BLVD, SUITE 200<br>FORT WORTH, TX 76116-5500 | CREDITOR ID: 249270-12<br>EXCELL REFRIGERATION INC<br>C/O CLICKMAN WITTERS AND MARELL<br>ATTN WILLIAM J MARELL ESQ<br>1601 FORUM PLACE, STE 1101<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 249270-12<br>EXCELL REFRIGERATION INC<br>ATTN RAYMOND TAYLOR, PRES<br>605 WHITNEY AVENUE<br>LANTANA, FL 33462 |
| CREDITOR ID: 410528-15<br>FIRST NATIONAL BANK OF GRANBURY<br>C/O LAW OFFICE OF DEBORAH B MORTON<br>ATTN DEBORAH B MORTON, ESQ.<br>616 TEXAS STREET, SUITE 101<br>FORT WORTH TX 76102 | CREDITOR ID: 410528-15<br>FIRST NATIONAL BANK OF GRANBURY<br>ATTN CRAIG DAVIS, VP<br>PO BOX 400<br>GRANBURY TX 76048 | CREDITOR ID: 410722-99<br>GATOR COASTAL SHOPPING CENTRE, LLC<br>C/O FROST BROWN TODD LLC<br>ATTN: KYLE R GRUBBS, ESQ<br>2200 PNC CENTER<br>201 EAST FIFTH STREET<br>CINCINNATI OH 45202 |
| CREDITOR ID: 381792-99<br>GE COMMERCIAL FIN ASSOC CORP FKA<br>GE CAPITAL BUS ASSET FUNDING CORP<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN MARC HAMROFF/LESLIE BERKOFF<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | CREDITOR ID: 407673-93<br>GOLDSBORO ASSOCIATES<br>C/O AFI MANAGEMENT<br>ATTN ANTHONY J LASALA, GEN PARTNER<br>1410 VALLEY ROAD<br>WAYNE NJ 07470 | CREDITOR ID: 405927-99<br>GOODING'S SUPERMARKETS, INC<br>C/O LOWNDES DROSDICK ET AL<br>ATTN MATT E BEAL, ESQ<br>215 NORTH EOLA DRIVE<br>PO BOX 2809<br>ORLANDO FL 32802-2809 |
| CREDITOR ID: 533682-CN<br>GREAT AMERICAN INSURANCE CO<br>ATTN ROBERT H ROWAN, DIVISIONAL AVP<br>PO BOX 2119<br>CINCINNATI OH 45201 | CREDITOR ID: 139570-09<br>HALL, KAREN E<br>7209 S ORANGE BLOSSOM TRL<br>ORLANDO FL 32809-5718 | CREDITOR ID: 315852-40<br>HENDERSON, JAMES S<br>C/O WHITTINGTON, BROCK & SWAYZE<br>ATTN H D BROCK, ESQ<br>308 FULTON<br>GREENWOOD MS 38930 |
| CREDITOR ID: 315852-40<br>HENDERSON, JAMES S<br>PO BOX 9909<br>GREENWOOD, MS 38930-1757 | CREDITOR ID: 399339-15<br>IKON FINANCIAL SERVICES<br>ATTN D SYKES, BANKR ADMINISTRATION<br>PO BOX 13708<br>MACON GA 31208-3708 | CREDITOR ID: 403234-79<br>IMPERIAL TRADING COMPANY INC<br>ATTN KEITH BEBA, CONTROLLER<br>PO BOX 23508<br>ELMWOOD LA 70183-0508 |
| CREDITOR ID: 252088-12<br>IMPERIAL TRADING COMPANY INC<br>ATTN: WAYNE M BAQUET JR, PRES<br>PO BOX 676659<br>DALLAS TX 75267-6659 | CREDITOR ID: 492844-15<br>ISD OF CYPRESS-FAIRBANKS<br>C/O LINEBARGER GOGGAN BLAIR ET AL<br>ATTN: JOHN P DILLMAN, ESQ<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | CREDITOR ID: 492844-15<br>ISD OF CYPRESS-FAIRBANKS<br>PO BOX 692003<br>HOUSTON TX 77269-2003 |
| CREDITOR ID: 534665-15<br>JDA SOFTWARE, INC<br>ATTN MATTHEW M HOLMAN, ESQ<br>14400 N 87TH STREET<br>SCOTTSDALE AZ 85260 | CREDITOR ID: 410908-15<br>JDN REALTY AL, INC<br>C/O KELLEY DRYE & WARREN LLP<br>ATTN: ROBERT LEHANE, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178-0002 | CREDITOR ID: 410908-15<br>JDN REALTY AL, INC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 |

**Notice of Hearing; Debtors' Twenty-Fourth Omnibus Objection to (A) No Liability Claims (B) No Liability Misclassified Claims (C) Overstated Claims (D) Overstated Misclassified Claims (E) Misclassified Claims (F) Duplicate Liability Claims and (G) Amendd and Superseded Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                            **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410448-15<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420 | CREDITOR ID: 410448-15<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>C/O NEXSEN PRUET ADAMS KLEEMEIER<br>ATTN: BENJAMIN A KAHN, ESQ<br>701 GREEN VALLEY ROAD, SUITE 100<br>GREENSBORO NC 27408 | CREDITOR ID: 256801-12<br>JONES, MURRAY<br>593 WETUMPKA STREET<br>PRATTVILLE, AL 36067 |
| CREDITOR ID: 399350-98<br>JPMORGAN CHASE BANK NA<br>C/O KIRKPATRICK & LOCKHART ET AL<br>ATTN TIMOTHY C BENNETT, ESQ<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022 | CREDITOR ID: 399350-98<br>JPMORGAN CHASE BANK NA<br>ATTN STANLEY LIM<br>CARRIE A PARKS<br>270 PARK AVE 17TH FLR<br>NEW YORK NY 10017 | CREDITOR ID: 247557-12<br>KAMIN, DANIEL G<br>SHADYSIDE STATION<br>PO BOX 10234<br>PITTSBURGH, PA 15232-0234 |
| CREDITOR ID: 457585-97<br>KELLER CROSSING TEXAS LP<br>C/O MCGUIREWOODS LLP<br>ATTN: ROBERT A COX JR, ESQ<br>BANK OF AMERICA CORP CENTER<br>100 NORTH TYRON ST, STE 2900<br>CHARLOTTE NC 28202 | CREDITOR ID: 2344-RJ<br>KELLER CROSSING TEXAS, LP<br>C/O BVT MGMT SERVICES, INC.<br>ATTN K E WILLSON/K R MARSHALL<br>3350 RIVERWOOD PKWY SE, STE 1500<br>ATLANTA GA 30339 | CREDITOR ID: 416270-15<br>KIRKLAND FINANCIAL, LLC<br>C/O BOURNE NOLL & KENYON<br>ATTN JAIME A O'BRIEN<br>382 SPRINGFIELD AVENUE<br>PO BOX 690<br>SUMMIT NJ 07902-0690 |
| CREDITOR ID: 416270-15<br>KIRKLAND FINANCIAL, LLC<br>C/O WALSTON WELLS & BIRCHALL LLP<br>ATTN C ELLIS BRAZEAL III, ESQ.<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203 | CREDITOR ID: 254167-12<br>KROGER CO, THE<br>ATTN ERIN DRISKELL/B GACK, LAW DEPT<br>1014 VINE STREET<br>CINCINNATI OH 45202 | CREDITOR ID: 417085-98<br>LASALLE BANK NATIONAL ASSOC ETAL<br>C/O DUANE MORRIS LLP<br>ATTN WENDY SIMKULAK ESQ<br>30 SOUTH 17TH ST<br>PHILADELPHIA  PA 19103-4196 |
| CREDITOR ID: 410752-15<br>LIFTER, BENNETT M, TTEE, WAIKIKI<br>PARTNRSHP OF D&H LIFTER TRUST FUNDS<br>C/O BEN-EZRA & KATZ, PA<br>ATTN M MORALES/M A BEN-EZRA, ESQS<br>2901 STIRLING RD STE 300<br>FORT LAUDERDALE FL 33312-6529 | CREDITOR ID: 416943-15<br>LNR PARTNERS, INC FOR LASALLE BANK<br>TTEE STRUCTURED ASSET SERIES 2002C2<br>C/O KOZYAK TROPIN & THROCKMORTON PA<br>ATTN JOHN W KOZYAK, ESQ<br>2525 PONCE DE LEON, 9TH FLOOR<br>CORAL GABLES FL 33134 | CREDITOR ID: 255101-12<br>LSQ FUNDING GROUP LC<br>% CHARLIES PASTRIES<br>PO BOX 102432<br>ATLANTA, GA 30368-2432 |
| CREDITOR ID: 410459-98<br>MADISON INVESTMENT TRUST - SERIES 1<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 | CREDITOR ID: 170859-09<br>MARTIN, KAREN K HOLUB<br>557 PLEASANT VIEW<br>MILWAKEE WI 53226 | CREDITOR ID: 279122-99<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>C/O MORRISON & FOERSTER LLP<br>ATTN: ALEXANDRA STEINBERG BARRAGE<br>2000 PENNSYLVANIA AVENUE NW<br>WASHINGTON DC 20006 |
| CREDITOR ID: 279122-99<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>C/O MORRISON & FOERSTER LLP<br>ATTN: ALEXANDRA STEINBERG BARRAGE<br>2000 PENNSYLVANIA AVENUE NW<br>WASHINGTON DC 20006 | CREDITOR ID: 279122-99<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>ATTN: N GRIFFTHS/ JC PRICE<br>4 WORLD FINANCIAL CENTER<br>NEW YORK NY 1080 | CREDITOR ID: 279122-99<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>C/O BALCH & BINGHAM, LLP<br>ATTN RANELLE M JOHNSON, PARALEGAL<br>1901 6TH AVENUE NORTH, SUITE 2600<br>PO BOX 306<br>BIRMINGHAM AL 35203 |
| CREDITOR ID: 279122-99<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>ATTN: N GRIFFTHS/ JC PRICE<br>4 WORLD FINANCIAL CENTER<br>NEW YORK NY 1080 | CREDITOR ID: 411431-98<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>ATT NICK GRIFFITHS/GABRIEL CALVETTI<br>4 WORLD FINANCIAL CENTER<br>250 VESSEY ST 7TH FLR<br>NEW YORK NY 10080 | CREDITOR ID: 279122-99<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>C/O BALCH & BINGHAM, LLP<br>ATTN RANELLE M JOHNSON, PARALEGAL<br>1901 6TH AVENUE NORTH, SUITE 2600<br>PO BOX 306<br>BIRMINGHAM AL 35203 |
| CREDITOR ID: 407706-15<br>MORNINGSTAR FOODS, LLC<br>C/O DEAN FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKINNEY AVENUE, SUITE 1200<br>DALLAS TX 75201 | CREDITOR ID: 256832-12<br>MYSTIC, LLC<br>ATTN LEO D STERNFELS, MGR<br>PO BOX 100<br>PLATTENVILLE, LA 70393 | CREDITOR ID: 256832-12<br>MYSTIC, LLC<br>C/O DUVAL FUNDERBURK SUNDBERY ET AL<br>ATTN CLAYTON E LOVELL, ESQ.<br>101 WILSON AVENUE<br>PO BOX 3017<br>HOUMA LA 70361 |

**Notice of Hearing; Debtors' Twenty-Fourth Omnibus
Objection to (A) No Liability Claims (B) No Liability
Misclassified Claims (C) Overstated Claims (D) Overstated
Misclassified Claims (E) Misclassified Claims (F) Duplicate
Liability Claims and (G) Amendd and Superseded Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 382056-36
NEWELL RUBBERMAID INC (W15246)
ATTN GARY POPP, SR CR MGR
29 E STEPHENSON STREET
FREEPORT IL 61032

CREDITOR ID: 410588-15
NORTH AMERICAN CO LIFE & HEALTH INS
C/O PAUL, HASTINGS, ET AL
ATTN TED SMITH, ESQ
600 PEACHTREE STREET NE, SUITE 2400
ATLANTA GA 30308

CREDITOR ID: 411144-15
NORTH AMERICAN CO LIFE & HEALTH INS
BY MIDLAND ADVISORS CO, AS AGENT
C/O PAUL HASTINGS JANOFSKY ET AL
ATTN T SMITH, III/C SHARBAUGH, ESQS
600 PEACHTREE STREET NE, SUITE 2400
ATLANTA GA 30308

CREDITOR ID: 410588-15
NORTH AMERICAN CO LIFE & HEALTH INS
BY MIDLAND ADVISORS CO, AS AGENT
ATTN ERIC SILVERGOLD
135 EAST 57TH STREET
NEW YORK NY 10022

CREDITOR ID: 533711-15
PALM LAKES, LLC BY
COLEMAN GROUP
C/O WYATT TARRANT & COMBS, LLP
ATTN MARY L FULLINGTON, ESQ
250 WEST MAIN STREET, SUITE 1600
LEXINGTON KY 40507

CREDITOR ID: 410510-15
PAUL REVERE LIFE INSURANCE COMPANY
C/O VINSON & ELKINS LLP
ATTN STEVEN M ABRAMOWITZ, ESQ
666 5TH AVE, 26TH FLOOR
NEW YORK NY 10103-0040

CREDITOR ID: 410510-15
PAUL REVERE LIFE INSURANCE COMPANY
C/O UNUMPROVIDENT
ATTN MERI LOWRY, ESQ & S CARVEL, VP
BEN VANCE, VP
2211 CONGRESS STREET, M284
PORTLAND ME 04122

CREDITOR ID: 258203-12
PAVIT COMPLEX INC
C/O THE TROTMAN COMPANY
ATTN: H. SABHAUD, PRES
2525 BELL ROAD
MONTGOMERY, AL 36117

CREDITOR ID: 410493-15
PEPSI BOTTLING GROUP
ATTN MIKE BEVILACQUA
1100 REYNOLDS BLVD
WINSTON-SALEM NC 27102

CREDITOR ID: 417084-97
PRINCIPAL GLOBAL INVESTORS
ATTN EMILY A HIPPEN
801 GRAND AVE
DES MOINES IA 50392-4196

CREDITOR ID: 410511-15
PRINCIPAL LIFE INSURANCE CO FKA
C/O DUANE MORRIS LLP
ATTN MARGERY N REED, ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103 4196

CREDITOR ID: 410511-15
PRINCIPAL LIFE INSURANCE CO FKA
PRINCIPAL MUTUAL LIFE INSURANCE CO
C/O THE PRINCIPAL FINANCIAL GROUP
ATTN STEPHEN G SKRIVANEK, ESQ
711 HIGH STREET
DES MOINES IA 50392-0001

CREDITOR ID: 410511-15
PRINCIPAL LIFE INSURANCE CO FKA
C/O DUANE MORRIS LLP
ATTN MARGERY N REED, ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103 4196

CREDITOR ID: 410511-15
PRINCIPAL LIFE INSURANCE CO FKA
PRINCIPAL MUTUAL LIFE INSURANCE CO
C/O THE PRINCIPAL FINANCIAL GROUP
ATTN STEPHEN G SKRIVANEK, ESQ
711 HIGH STREET
DES MOINES IA 50392-0001

CREDITOR ID: 492841-98
PRINCIPAL LIFE INSURANCE COMPANY
C/O PRINCIPAL REAL ESTATE INVESTORS
ATTN DARIN BENNIGSDORF
801 GRAND AVE
DES MOINES IA 50392-1450

CREDITOR ID: 492841-98
PRINCIPAL LIFE INSURANCE COMPANY
C/O DUANE MORRIS LLP
ATTN MARGERY N REED, ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103 4196

CREDITOR ID: 258920-12
PRO-ACTIVE JANITORIAL SERVICES
ATTN JEFFREY HOROWITZ, OWNER-PRES
156 20TH AVENUE SE
ST PETERSBURG FL 33705

CREDITOR ID: 258920-12
PRO-ACTIVE JANITORIAL SERVICES
ATTN JEFFREY HOROWITZ, OWNER-PRES
156 20TH AVENUE SE
ST PETERSBURG FL 33705

CREDITOR ID: 269335-16
PRO-ACTIVE JANITORIAL SERVICES, INC
C/O GOLDSTEIN & GREENBERG, PA
ATTN LARRY D GOLDSTEIN, ESQ
7601 38TH AVENUE NORTH
ST PETERSBURG, FL 33710

CREDITOR ID: 2244-07
PS FRANKLIN, LTD
ATTN FRED CHIKOVSKY, GP
1720 HARRISON STREET, SUITE 7-A
HOLLYWOOD FL 33020

CREDITOR ID: 452219-15
RDI DEVELOPERS, LLC, SUCCESSOR
C/O CYNTHIA I CHIEFA, PA
ATTN CYNTHIA I CHIEFA, ESQ
19610 NE 21 COURT
NO MIAMI FL 33179

CREDITOR ID: 452219-15
RDI DEVELOPERS, LLC, SUCCESSOR
TO INTERCHANGE ASSOCIATES, INC
ATTN I TRINK, PRESIDENT
3334 LONG BEACH ROAD, STE 118
OCEANSIDE NY 11572

CREDITOR ID: 407577-98
REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

CREDITOR ID: 410495-99
RONALD A KATZ TECH LICENSING, LP
C/O ERVIN, COHEN & JESSUP, LLP
ATTN: MICHAEL S KOGAN, ESQ
9401 WILSHIRE BLVD, NINTH FLOOR
BEVERLY HILLS CA 90212-2974

CREDITOR ID: 533637-DO
ROWLAND, ALLEN R
2345 ALAQUA DRIVE
LONGWOOD FL 32779

CREDITOR ID: 533637-DO
ROWLAND, ALLEN R
C/O AKIN GUMP STRAUSS & FELD, LLP
ATTN DAVID M. DUNN, ESQ
1333 NEW HAMPSHIRE AVENUE, NW
WASHINGTON DC 20036-1564

CREDITOR ID: 419775-ST
RUSHER, JANE ANNETTE
877 PINE BAUGH STREET
ROCKLEDGE FL 32955

**SERVICE LIST**

**Notice of Hearing; Debtors' Twenty-Fourth Omnibus
Objection to (A) No Liability Claims (B) No Liability
Misclassified Claims (C) Overstated Claims (D) Overstated
Misclassified Claims (E) Misclassified Claims (F) Duplicate
Liability Claims and (G) Amendd and Superseded Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 403933-94<br>SELLERS, MARK A<br>125 CUELLOCT, UNIT 202<br>PONTE VEDRA BEACH FL 32082 | CREDITOR ID: 2550-07<br>SG PARTNERSHIP<br>ATTN R RENE BORDELON<br>PO BOX 704<br>MARKSVILLE LA 71351 | CREDITOR ID: 408217-15<br>SINGER, HERBERT<br>C/O PLATZER SWERGOLD KARLIN, ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK NY 10018 |
| CREDITOR ID: 408217-15<br>SINGER, HERBERT<br>C/O PLATZER SWERGOLD KARLIN, ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK NY 10018 | CREDITOR ID: 212001-09<br>SMART, BOBBY O<br>190 COLONIAL HILLS RD<br>WINDER GA 30680 | CREDITOR ID: 417095-98<br>SOF INVESTMENTS LP<br>C/O VINSON & ELKINS LLP<br>ATTN STEVEN M ABRAMOWITZ, ESQ<br>666 5TH AVE, 26TH FLOOR<br>NEW YORK NY 10103-0040 |
| CREDITOR ID: 410512-15<br>SOF INVESTMENTS, LP<br>ATTN MARC R LISKER, ESQ<br>645 FIFTH AVENUE, 21ST FLOOR<br>NEW YORK NY 10022 | CREDITOR ID: 410867-15<br>SOUTHERN WINE & SPIRITS OF FLORIDA<br>C/O S WINE & SPIRITS OF AMERICA INC<br>ATTN LAURENCE CHAPLIN, ADM VP`<br>1600 NW 163RD STREET<br>MIAMI FL 33169 | CREDITOR ID: 410867-15<br>SOUTHERN WINE & SPIRITS OF FLORIDA<br>MORRISON COHEN LLP<br>ATTN JOSEPH T MOLDOVAN, ESQ<br>909 THIRD AVENUE<br>NEW YORK NY 10022 |
| CREDITOR ID: 408321-15<br>SOUTHLAND-MANSFIELD WD<br>DELAWARE BUSINESS TRUST<br>C/O NEAL, GERBER & EISENBERG LLP<br>ATTN THOMAS C WOLFORD, ESQ<br>2 N LASALLE STREET, SUITE 2300<br>CHICAGO IL 60602 | CREDITOR ID: 452204-15<br>STATE OF TEXAS HEALTH & HUMAN SVCES<br>ATTN KEVIN RAYMOND, ESQ<br>PO BOX 78711-3247<br>AUSTIN TX 78711-3247 | CREDITOR ID: 452091-AA<br>STATE OF TEXAS HEALTH & HUMAN SVCES<br>ATTN EXECUTIVE COMMISSIONER<br>BROWN HEATLY BLDG<br>4900 N LAMAR BLVD, 7TH FLOOR<br>AUSTIN TX 78751-2316 |
| CREDITOR ID: 452091-AA<br>STATE OF TEXAS HEALTH & HUMAN SVCES<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: GREG ABBOTT, ESQ<br>BANKRUPTCY & COLLECTIONS DIVISION<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | CREDITOR ID: 417082-97<br>STRIKE FORCE III LLC<br>ATTN: ANTONIA PASTERMACK, MGR<br>380 S COURTENAY PARKWAY<br>MERRITT ISLAND FL 32952 | CREDITOR ID: 417082-97<br>STRIKE FORCE III LLC<br>C/O JOHN H EVANS, PA<br>ATTN JOHN H EVANS, ESQ<br>1702 S WASHINGTON AVENUE<br>TITUSVILLE FL 32780 |
| CREDITOR ID: 406026-15<br>SUNSTATE EQUITIES, INC<br>C/O SMITH DEBNAM NARRON ET AL<br>ATTN BYRON L SAINTSING, ESQ<br>PO BOX 26268<br>RALEIGH NC 27611-6268 | CREDITOR ID: 410916-15<br>SWISS RE ASSET MGMT (AMERICAS) INC<br>BY CAPMARK SERVICES, INC, AGENT<br>C/O GMAC COMMERCIAL MORTGAGE CORP<br>ATTN SUSAN C TARNOWER<br>THREE RAVINIA DRIVE, STE 200<br>ATLANTA GA 30346 | CREDITOR ID: 417093-98<br>THE PAUL REVERE LIFE INSURANCE CO<br>C/O UNUMPROVIDENT<br>ATTN SHELLEY STUART CARVEL<br>2211 CONGREE ST C244<br>PORTLAND ME 04122 |
| CREDITOR ID: 417083-97<br>THREE MEADOWS PLAZA PARTNERSHIP<br>ATTN: ALAN R MATRONI, GEN PARTNER<br>402 HIGH POINT DRIVE<br>COCA FL 32926 | CREDITOR ID: 2624-07<br>THREE MEADOWS PLAZA PARTNERSHIP<br>C/O PRIME SITE REALTY, INC<br>ATTN AL MATRONI<br>PO BOX 97<br>COCOA FL 32923-0097 | CREDITOR ID: 533652-15<br>TRENT INVESTMENTS, INC<br>C/O SETTLEPOU<br>ATTN CLIFF A WADE, ESQ<br>3333 LEE PARKWAY, EIGHTH FLOOR<br>DALLAS TX 75219 |
| CREDITOR ID: 263785-12<br>UNITED COMMERCIAL MORTGAGE CORP<br>C/O HELD & ISRAEL<br>ATTN KIMBERLY HELD ISRAEL, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 263785-12<br>UNITED COMMERCIAL MORTGAGE CORP<br>C/O ROETZEL & ANDRESS, LPA<br>ATTN DIANA M THIMMIG, ESQ<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 | CREDITOR ID: 263785-12<br>UNITED COMMERCIAL MORTGAGE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>ADAM FRISCH, ESQ<br>135 JERICHO TURNPIKE<br>OLD WESTBURY NY 11568 |
| CREDITOR ID: 411028-15<br>US BANK NA, IND TEE<br>CORPORATE TRUSTEE SERVICES<br>ATTN PATRICIA J KAPSCH, ASST VP<br>PO BOX 70870<br>ST PAUL MN 55170-9705 | CREDITOR ID: 411028-15<br>US BANK NA, IND TEE<br>WALLER LANSDEN DORTCH & DAVIS, PLLC<br>ATTN DAVID LEMKE, ESQ<br>511 UNION STREET, STE 2700<br>NASHVILLE TN 37219 | CREDITOR ID: 269367-16<br>US DEFENSE DEPT<br>C/O US DEPARTMENT OF JUSTICE<br>ATTN ALBERTO GONZALES, ATTY GENERAL<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON DC 20530-0001 |

**SERVICE LIST**

Notice of Hearing; Debtors' Twenty-Fourth Omnibus
Objection to (A) No Liability Claims (B) No Liability
Misclassified Claims (C) Overstated Claims (D) Overstated
Misclassified Claims (E) Misclassified Claims (F) Duplicate
Liability Claims and (G) Amendd and Superseded Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 269367-16<br>US DEFENSE DEPT<br>TRICARE MANAGEMENT ACTIVITY<br>ATTN MARY L DICKENS<br>16401 EAST CENTRETECH PARKWAY<br>AURORA, CO 80011-9043 | CREDITOR ID: 269367-16<br>US DEFENSE DEPT<br>C/O US ATTORNEY, MDFL<br>ATTN PAUL I PEREZ, ESQ<br>300 N HOGAN STREET, SUITE 700<br>JACKSONVILLE FL 32202-4270 | CREDITOR ID: 226155-09<br>VANDEUSEN, RICHARD W<br>704 GENTLE SLOPE WAY<br>RALEIGH NC 27603 |
| CREDITOR ID: 226409-09<br>VARNEDOE, TAMMY J<br>346 BATTEN EXT LOT 1<br>DOUGLAS GA 31533 | CREDITOR ID: 416243-15<br>VILLAGE MARKETPLACE OF HAW RIVER<br>C/O KENNEDY COVINGTON LOBDELL ET AL<br>ATTN LAWRENCE E BEHNING, ESQ<br>214 N TRYON STREET, 47TH FLOOR<br>CHARLOTTE NC 28202 | CREDITOR ID: 410982-15<br>VIRTUAL REALTY ENTERPRISES, INC<br>C/O DICKINSON FINANCIAL CORP<br>ATTN DOUGLAS M NEEB, ESQ<br>1100 MAIN, SUITE 350<br>KANSAS CITY MO 64105 |
| CREDITOR ID: 410729-15<br>VISTA HEALTHPLAN, INC<br>ATTN PHARMACY RECOVERY UNIT<br>MAIL STOP 3330<br>300 SOUTH PARK ROAD<br>HOLLYWOOD FL 33021 | CREDITOR ID: 410729-15<br>VISTA HEALTHPLAN, INC<br>C/O DEVINE GOODMAN PALLOT & WELLS<br>ATTN DIANE NOLLER WELLS, ESQ<br>777 BRICKELL AVE., SUITE 850<br>MIAMI FL 33131 | CREDITOR ID: 399300-15<br>WALKER, GEORGE C JR & WILLIAM M<br>JOHN STUART WALKER INC<br>3211 OLD FOREST ROAD<br>LYNCHBURG VA 24501 |
| CREDITOR ID: 408230-15<br>WCJ DAVIS, LTD, ASSIGNEE<br>DBT PORCUPINE WD2/DBT PORCUPINE WD3<br>C/O BRACKETT & ELLIS, PC<br>ATTN THEODORE MACK, ESQ<br>100 MAIN STREET<br>FORT WORTH TX 76102-3090 | CREDITOR ID: 410760-15<br>WD HILLARD, LLC<br>C/O SEYFARTH SHAW, LLP<br>ATTN SARA E LORBER, ESQ<br>131 SOUTH DEARBORN STREET, STE 2400<br>CHICAGO IL 60603 | CREDITOR ID: 410760-15<br>WD HILLARD, LLC<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, MGR<br>490 SOUTH HIGHLAND AVE<br>PITTSBURGH PA 15206 |
| CREDITOR ID: 410763-15<br>WD MT CARMEL, LLC<br>C/O HELD & ISRAEL<br>ATTN KIMBERLY HELD ISRAEL, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 410763-15<br>WD MT CARMEL, LLC<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, MGR<br>490 SOUTH HIGHLAND AVE<br>PITTSBURGH PA 15206 | CREDITOR ID: 410763-15<br>WD MT CARMEL, LLC<br>C/O SEYFARTH SHAW, LLP<br>ATTN SARA E LORBER, ESQ<br>131 SOUTH DEARBORN STREET, STE 2400<br>CHICAGO IL 60603 |
| CREDITOR ID: 2666-07<br>WD ROCKY MOUNT VA PARTNERS LLC<br>C/O I REISS & SON<br>ATTN LINDA HEFFNER, MGR MEMBER<br>200 EAST 61ST STREET, SUITE 29F<br>NEW YORK NY 10021 | CREDITOR ID: 410482-15<br>WELLS FARGO BANK NORTHWEST NA, TTEE<br>ATTN VAL T ORTON, VP<br>MAC U1228-120<br>299 SOUTH MAIN STREET, 12TH FLOOR<br>SALT LAKE CITY UT 84111 | CREDITOR ID: 235656-09<br>WILLIS, ASHLEE D<br>5752 MAGNOLIA DRIVE<br>JACKSON MS 39209-0001 |
| CREDITOR ID: 407489-99<br>WILMINGTON TRUST CO/WADE, WJ, TTEES<br>SOUTHLAND-POWDER SPRINGS WD DE BUS<br>C/O NEAL GERBER & EISENBERG LLP<br>ATTN: THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2300<br>CHICAGO IL 60602 | CREDITOR ID: 398211-52<br>WIN GENERAL INSURANCE<br>ATTN JAY CASTLE/DALE H BITTER, PRES<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | CREDITOR ID: 407758-99<br>WOODLAND HARTFORD ASSOC LLC<br>C/O SCHUYLER STEWART SMITH<br>ATTN: MICHAEL E CECIL<br>118 WEST ADAMS ST, #800<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 407758-99<br>WOODLAND HARTFORD ASSOC LLC<br>C/O SOLOMON PEARL ET AL<br>ATTN JOEL M SHAFFERMAN, ESQ<br>40 WALL ST, 35TH FL<br>NEW YORK NY 10005 | CREDITOR ID: 452127-15<br>WOODLAND HARTFORD ASSOCIATES, LLC<br>C/O OFFICES OF JOEL SHAFFERMAN, LLC<br>ATTN JOEL SHAFFERMAN, ESQ<br>80 WALL STREET, SUITE 910<br>NEW YORK NY 10005 | CREDITOR ID: 399630-15<br>WOODLAND VILLAGE PARTNERSHIP<br>C/O HAYNSWORTH SINKLER BOYD, PA<br>ATTN STANLEY H MCGUFFIN, ESQ<br>PO BOX 11889<br>COLUMBIA SC 29211-1889 |
| CREDITOR ID: 265012-12<br>WOODLAND VILLAGE, LLC<br>ATTN DONALD DIAL<br>2712 MIDDLEBURG DR, STE 208<br>COLUMBIA, SC 29204 | | |

**Total:   160**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors.[1] | ) | Jointly Administered |

### NOTICE OF HEARING

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **November 16, 2006, at 1:00 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Twenty-Fourth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Overstated Claims, (D) Overstated Misclassified Claims, (E) Misclassified Claims, (F) Duplicate Liability Claims and (G) Amended and Superseded Claims.

Only objections filed with the Court so as to be received by **November 6, 2006** and served on D. J. Baker at djbaker@skadden.com, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, will be considered by the Bankruptcy Court at the hearing.

---

[1]  In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer.  Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: October 17, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By _____s/ D. J. Baker_____
      D. J. Baker
      Sally McDonald Henry
      Rosalie Walker Gray
      Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Attorneys for Debtors

SMITH HULSEY & BUSEY

By _____s/ James H. Post_____
      Stephen D. Busey
      James H. Post
      Cynthia C. Jackson,
      Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Co-Attorneys for Debtors

2

Hearing Date:  **November 16, 2006 at 1:00 p.m.**
Obj. Deadline:  **November  6, 2006 at 4:00 p.m.**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

### DEBTORS' TWENTY-FOURTH OMNIBUS OBJECTION TO
### (A) NO LIABILITY CLAIMS, (B) NO LIABILITY MISCLASSIFIED CLAIMS,
### (C) OVERSTATED CLAIMS, (D) OVERSTATED MISCLASSIFIED CLAIMS,
### (E) MISCLASSIFIED CLAIMS, (F) DUPLICATE LIABILITY CLAIMS AND
### (G) AMENDED AND SUPERSEDED CLAIMS

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries, debtors and debtors-

in-possession in the above-captioned cases (collectively, the "Debtors"), object under 11 U.S.C.

§§ 502, 506 and 507 and Fed. R. Bankr. P. 3007 and 9014 (the "Objection") to the claims listed

on the attached Exhibits A through G (the "Disputed Claims") and, for the reasons set forth

below, seek entry of an order (the "Proposed Order") disallowing, reducing or reclassifying the

Disputed Claims.[2]  In support of this Objection, the Debtors respectfully represent as follows:

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]     By order dated September 1, 2005, this Court approved notice and service procedures regarding omnibus claim objections (the "Claim Objection Procedures Order").  This Objection is filed pursuant to the Claim Objection Procedures Order.

## BACKGROUND

A.    The Chapter 11 Filings

1.    On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code").  The Debtors' cases are being jointly administered for procedural purposes only.

2.    The Debtors are grocery and pharmaceutical retailers operating in the southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners.  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.    On March 1, 2005, pursuant to section 1102 of the Bankruptcy Code, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors Committee") to serve in these cases.  An official committee of equity security holders appointed by the U.S. Trustee on August 17, 2005 was subsequently disbanded by the U.S. Trustee by notice dated January 11, 2006.

4.    The Debtors have filed the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (as modified, the "Chapter 11 Plan"), which is currently pending before the Court following a confirmation hearing held on October 13, 2006.  If the Chapter 11 Plan is confirmed by order of the Court, the Chapter 11 Plan will become effective on the date on which the conditions precedent to its effectiveness are satisfied or waived.

5.    The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334.  Venue is proper under 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding under 28 U.S.C. § 157(b)(2).

6.    The statutory predicates for the relief requested are sections 502, 506 and 507 of the Bankruptcy Code and Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

B.    Proofs of Claim

7.    By Order dated April 28, 2005 (the "Claims Bar Date Order"), this Court set August 1, 2005 as the last date for all parties who have or assert (or believe they may have or assert) prepetition claims against one or more of the Debtors to file and serve a written proof of claim with respect to any such claim.  The bar date applicable to governmental units was August 22, 2005.  To date, over 13,500 proofs of claim (the "Proofs of Claim") have been filed against the Debtors in these cases.  Notice of the Claims Bar Date Order and the applicable bar date was provided by mail and publication in accordance with the procedures outlined in the Claims Bar Date Order.

8.    In the ordinary course of business, the Debtors maintain books and records (the "Books and Records") that reflect, among other things, the Debtors' liabilities and the amounts owed to their creditors.  The Debtors and their advisors are conducting a review of the Proofs of Claim filed in these cases (including supporting documentation) and a comparison of the claims asserted in the Proofs of Claim with the Books and Records to determine the validity of the asserted claims.  In the process, the Debtors have identified a number of Proofs of Claim that are objectionable, as more particularly described below.

## **RELIEF REQUESTED**

9.    By this Objection, the Debtors object to the Disputed Claims and, for the reasons described below, seek entry of the Proposed Order, pursuant to sections 502, 506 and 507 of the Bankruptcy Code and Bankruptcy Rules 3007 and 9014, disallowing, reducing or reclassifying the Disputed Claims.

**BASIS FOR RELIEF**

A.     No Liability Claims

10.    As a result of their review, the Debtors have identified 63 Disputed Claims, including 3 scheduled claims, with respect to which the Books and Records reflect no amount due (the "No Liability Claims").  The No Liability Claims, with reasons for disallowance, are listed on Exhibit A.

11.    The Debtors (a) object to the No Liability Claims listed on Exhibit A and (b) seek entry of the Proposed Order disallowing the No Liability Claims.  Claimants may elect, by not timely responding to this Objection, to permit the No Liability Claims listed on Exhibit A to be disallowed.  In the absence of a Response (as defined in paragraph 33 below), the Debtors will present to the Court the Proposed Order disallowing the No Liability Claims.

B.     No Liability Misclassified Claims

12.    As a result of their review, the Debtors have identified 33 Disputed Claims with respect to which the Books and Records reflect no amount due and that also appear to incorrectly assert secured or priority status (the "No Liability Misclassified Claims").  The No Liability Misclassified Claims, with reasons for disallowance, are listed on Exhibit B.

13.    To the extent that the No Liability Misclassified Claims are not disallowed in their entirety, the Debtors also object to the No Liability Misclassified Claims on the basis of their assertion of secured or priority status.  The No Liability Misclassified Claims have not asserted any basis for entitlement to secured or priority status under the Bankruptcy Code.  Therefore, to the extent they are not disallowed in their entirety, the No Liability Misclassified Claims should be reclassified as unsecured non-priority claims.

14.    The Debtors (a) object to the No Liability Misclassified Claims listed on Exhibit B and (b) seek entry of the Proposed Order disallowing the No Liability Misclassified

4

Claims.  To the extent the No Liability Misclassified Claims are not disallowed in their entirety, the Debtors will seek entry of an order reclassifying the No Liability Misclassified Claims as unsecured non-priority claims.  Claimants may elect, by not timely responding to this Objection, to permit the No Liability Misclassified Claims listed on Exhibit B to be disallowed.  In the absence of a Response (as defined in paragraph 33 below), the Debtors will present to the Court the Proposed Order disallowing the No Liability Misclassified Claims.

C.    Overstated Claims

15.    As a result of their review, the Debtors have identified 14 Disputed Claims, including 2 scheduled claims, that were filed in amounts that are greater than the liabilities owed to such claimants as reflected in the Books and Records (the "Overstated Claims").  The Overstated Claims, with the specific reasons for reduction, are listed on Exhibit C.

16.    These claims fall into several categories: (a) Proofs of Claim that do not reflect accounts payable credits due to the Debtors; (b) Proofs of Claim that do not reflect accounts receivable balances due to the Debtors; (c) Proofs of Claim that include amounts that are not reflected as liabilities on the Books and Records; (d) Proofs of Claim that include amounts for which the legal bases are contested by the Debtors; and/or (e) Proofs of Claim that have been reduced by agreement of the claimant.

17.    The Debtors (a) object to the Overstated Claims listed on Exhibit C and (b) seek entry of the Proposed Order reducing the Overstated Claims.  Claimants may elect, by not timely responding to this Objection, to permit the Overstated Claims listed on Exhibit C to be reduced.  In the absence of a Response (as defined in paragraph 33 below), the Debtors will present to the Court the Proposed Order reducing the Overstated Claims.

5

D.      Overstated Misclassified Claims

18.     As a result of their review, the Debtors have identified 4 Disputed Claims that were filed in amounts that are greater than the liabilities owed to such claimants as reflected in the Books and Records and that also appear to be misclassified in whole or part (the "Overstated Misclassified Claims").  The Overstated Misclassified Claims, with specific reasons for reduction, are listed on Exhibit D.

19.     The Debtors seek to reduce the Overstated Misclassified Claims for the reasons discussed in paragraph 16 above.  In addition, none of the Overstated Misclassified Claims that assert secured status are entitled to secured status under section 506(a) of the Bankruptcy Code because they are not (a) secured by liens on any property in which the Debtors have an interest or (b) subject to setoff under section 553 of the Bankruptcy Code.  None of the Overstated Misclassified Claims that assert priority status are entitled to priority status under any subsection of section 507(a) of the Bankruptcy Code.  Therefore, the Overstated Misclassified Claims should be reclassified as specified on Exhibit D.

20.     The Debtors (a) object to the Overstated Misclassified Claims listed on Exhibit D and (b) seek entry of the Proposed Order reducing and reclassifying such Overstated Misclassified Claims as specified on Exhibit D.  Claimants may elect, by not timely responding to this Objection, to permit their Overstated Misclassified Claims to be reduced and reclassified as specified on Exhibit D.  In the absence of a Response (as defined in paragraph 33 below), the Debtors will present to the Court the Proposed Order reducing and reclassifying the Overstated Misclassified Claims.

E.      Misclassified Claims

21.     As a result of their review, the Debtors have identified 5 Disputed Claims that are misclassified in whole or part (the "Misclassified Claims").  A list of the Misclassified Claims is attached as Exhibit E.

22.     None of the Misclassified Claims that assert secured status are entitled to secured status under section 506(a) of the Bankruptcy Code because they are not (a) secured by liens on any property in which the Debtors have an interest or (b) subject to setoff under section 553 of the Bankruptcy Code.  Therefore, the Misclassified Claims should be reclassified as specified on Exhibit E.

23.     The Debtors (a) object to the Misclassified Claims listed on Exhibit E and (b) seek entry of the Proposed Order modifying such Misclassified Claims to reclassify such claims as specified on Exhibit E.  Claimants may elect, by not timely responding to this Objection, to permit their Misclassified Claims listed on Exhibit E to be reclassified as specified on Exhibit E.  In the absence of a Response (as defined in paragraph 33 below), the Debtors will present to the Court the Proposed Order reclassifying the Misclassified Claims.

F.      Duplicate Liability Claims

24.     As a result of their review, the Debtors have identified approximately 11 proofs of claim (the "Duplicate Liability Claims") that appear to duplicate all or part of the liability set forth in another claim filed against the Debtors.  A list of the Duplicate Liability Claims is attached as Exhibit F.  Adjacent to the identified "Duplicate Liability Claim" on Exhibit F, the Debtors have identified the related claim that will remain if the Court grants this Objection (the "Remaining Claim").

7

25.    Because each of the Duplicate Liability Claims appears to duplicate all or part of a related Remaining Claim, each such Duplicate Liability Claim should be disallowed.[3] Entry of an order disallowing the Duplicate Liability Claims will not prejudice the Claimants' rights under the Remaining Claims.  The Remaining Claims will remain on the Claims Register after the Duplicate Liability Claims are disallowed.

26.    Accordingly, the Debtors (a) object to the Duplicate Liability Claims listed on Exhibit F as duplicating the liability of the claims listed in the remaining claim column and (b) seek entry of the Proposed Order disallowing the Duplicate Liability Claims.  Claimants may elect, by not timely responding to this Objection, to permit their Duplicate Liability Claims listed on Exhibit F to be disallowed.  In the absence of a Response  (as defined in paragraph 33 below), the Debtors will present to the Court the Proposed Order disallowing the Duplicate Liability Claims.

G.    Amended and Superseded Claims

27.    As a result of their review, the Debtors have identified 11 proofs of claim (the "Amended Claims") that appear to have been amended and superseded by later filed claims. A list of the Amended Claims is attached as Exhibit G.  Adjacent to the identified Amended Claim on Exhibit G, the Debtors have identified the related later filed claim that will remain if the Court grants this Objection (the "Remaining Claim").

28.    Some of the Remaining Claims assert liability in a different amount against the same Debtor, while other Remaining Claims assert a different classification of their claim or attach additional documentation.  The Debtors believe that the claimants holding Amended

---

[3]    The Remaining Claims may be subject to further objections.  The Debtors reserve their rights to object to such claims upon notice to the claimants.

Claims will not be prejudiced by having their Amended Claims disallowed because their

Remaining Claim will remain on the claims registry after the Amended Claim is disallowed.[4]

29.    Accordingly, the Debtors (a) object to the Amended Claims listed on

Exhibit G and (b) seek entry of the Proposed Order disallowing the Amended Claims.  Claimants

may elect, by not timely responding to this Objection, to permit their Amended Claims listed on

Exhibit G to be disallowed.  In the absence of a Response (as defined in paragraph 33 below), the

Debtors will present to the Court the Proposed Order disallowing the Amended Claims.

## SEPARATE CONTESTED MATTERS

30.    Each of the Disputed Claims and the Debtors' objections asserted below

constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  The Debtors

request that any order entered by the Court with respect to an objection asserted in this Objection

shall be deemed a separate order with respect to each Disputed Claim.

## RESERVATION OF RIGHTS

31.    The Debtors expressly reserve the right to amend, modify, or supplement

these objections and to file additional objections to the Disputed Claims or any other claims

(filed or not) which may be asserted against the Debtors.  In particular, the Disputed Claims may

be subject to further objection on the ground that they were filed against the incorrect Debtor.

Subject to confirmation of the Plan and the resolution of substantive consolidation issues by its

terms, the Debtors reserve the right to seek to modify the Debtor against which each of the

Disputed Claims has been filed to reflect that each Disputed Claim is filed against the Debtor

believed to be liable for the amounts asserted in the Disputed Claims.

---

[4]    The Remaining Claims may be subject to further objections.  The Debtors reserve their rights to object to
such claims upon notice to the claimants.

32.    The Debtors reserve their rights with respect to potential preference and avoidance actions under chapter 5 of the Bankruptcy Code (the "Avoidance Actions") against any Claimant, and this Objection does not constitute a waiver of the Debtors' right to pursue such Avoidance Actions.

## RESPONSES TO THE OBJECTION

A.    Filing and Service of Responses

33.    Pursuant to the Claim Objection Procedures Order, to contest an Objection a claimant must file a written response to the Objection (a "Response") with the United States Bankruptcy Court for the Middle District of Florida (the "Court"), via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202 no later than **November 6, 2006, at 4:00 p.m. (Eastern time)** (the "Response Deadline").  In addition, a copy of the Response must be served on the following party on or before the Response Deadline:

Counsel for the Debtors:

D. J. Baker Esq.
Skadden, Arps, Slate, Meagher
& Flom LLP
Four Times Square
New York, New York 10036
(212) 735-2000 (facsimile)
djbaker@skadden.com

B.    Timely Response Required; Hearing; Replies

34.    If a Response is properly and timely filed and served in accordance with the above procedures, the Debtors will endeavor to reach a consensual resolution with the claimant. If no consensual resolution is reached, a hearing has been noticed for **November 16, 2006, at 1:00 p.m. (Eastern Time)**, or such other date and time as parties filing responses may be

notified.  Only those Responses made in writing and timely filed and received will be considered

by the Court at any such hearing.  The Debtors reserve the right to seek to adjourn a hearing with

respect to a specific objection and any Response to such objection.

35.     If a claimant whose claim is subject to the Objection, and who is served

with the Objection, fails to file and serve a timely Response in compliance with the foregoing

procedures, the Debtors will present to the Court an appropriate order disallowing, reducing or

reclassifying the claim, without further notice to the claimant.

## NOTICE

36.     Copies of this Objection will be served upon the claimants identified on

Exhibits A through G, the United States Trustee, counsel for the Debtors' postpetition secured

lender, counsel for the Creditors Committee, and, in an abundance of caution, upon the other

parties in interest named on the Official Service List maintained in these cases.  The Debtors

submit that no other or further notice need be given.

WHEREFORE the Debtors respectfully request that the Court (i) grant the relief

requested by this Objection, (ii) enter the Proposed Order attached as Exhibit H (a) disallowing

the No Liability Claims, (b) disallowing the No Liability Misclassified Claims, (c) reducing the

Overstated Claims, (d) reducing and reclassifying the Overstated Misclassified Claims,

(e) reclassifying the Misclassified Claims, (f) disallowing the Duplicate Liability Claims and (g)

disallowing the Amended Claims, and (iii) grant such other and further relief as is just and

proper.

Dated: October 17, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By ___*s/ D. J. Baker*___
      D. J. Baker
      Sally McDonald Henry
      Rosalie Walker Gray
      Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Attorneys for Debtors

SMITH HULSEY & BUSEY

By ___*s/ James H. Post*___
      Stephen D. Busey
      James H. Post
      Cynthia C. Jackson,
      Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Co-Attorneys for Debtors

## Declaration

I, David M. Young, Division Support Manager, Winn-Dixie Stores, Inc., declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts stated in the foregoing Debtors' Twenty-Fourth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Overstated Claims, (D) Overstated Misclassified Claims, (E) Misclassified Claims, (F) Duplicate Liability Claims and (G) Amended and Superseded Claims are true and correct to the best of my knowledge, information and belief.

David M. Young
Division Support Manager
Winn-Dixie Stores, Inc.

13

**EXHIBIT A**

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:  533710**<br>ALEC ASHTON RICHMOND, LLC & COMPASS<br>CAPITAL RICHMOND BY COLEMAN GROUP<br>C/O WYATT TARRANT & COMBS LLP<br>ATTN MARY FULLINGTON, ESQ<br>250 WEST MAIN STREET, SUITE 1600<br>LEXINGTON  KY  40507-1746 | 13408<br>**Debtor:  WINN-DIXIE RALEIGH, INC.** | $815,353.21 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALTHOUGH DEBTOR REMAINS GUARANTOR IN EVENT OF DEFAULT, NO DEFAULT HAS OCCURRED. |
| **Creditor Id:  87887**<br>AUSTIN, SHARON H<br>19400 VARANDA LANE<br>COLONIAL HEIGHTS  VA  23834 | 5000<br>**Debtor:  WINN-DIXIE SUPERMARKETS, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  CLAIMANT HAS NOT BEEN EMPLOYED SINCE 2003 AND NO OUTSTANDING DISABILITY PAYMENTS ARE DUE. |
| **Creditor Id:  410590**<br>BAYVIEW FINANCIAL, LP<br>C/O GEBHARDT & SMITH, LLP<br>ATTN KENNETH R RHOAD, ESQ<br>401 E PRATT ST, 9TH FLOOR<br>BALTIMORE  MD  21202 | 9829<br>**Debtor:  WINN-DIXIE STORES, INC.** | $350,155.06 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:  100429**<br>BROWNING, DORA A<br>728 VALLEY FORGE RD<br>JACKSONVILLE  FL  32218 | 6106<br>**Debtor:  WINN-DIXIE STORES, INC.** | $233.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO SUPPORTING DOCUMENTATION, AND UNKNOWN BASIS OF CLAIM. |
| **Creditor Id:  2134**<br>CHESTER DIX FORT CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY  NY  11590<br>  Counsel: ATTN EDWIN W HELD JR, ESQ | 7695<br>**Debtor:  WINN-DIXIE MONTGOMERY, INC.** | $3,623,260.98 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:  2135**<br>CHESTER DIX JEFFERSONTOWN CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY  NY  11590<br>  Counsel: ATTN EDWIN W HELD JR, ESQ | 7711<br>**Debtor:  WINN-DIXIE RALEIGH, INC.** | $4,165,305.80 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  CLAIMANT ASSIGNED ITS RIGHTS TO, AND RELATED CLAIM NUMBER 7701 WAS ASSERTED BY, UNITED COMMERCIAL MORTGAGE CORP. |

**WINN-DIXIE STORES, INC., ET AL.**

**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**

**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 266592<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY AL 36104-4209 | 13351<br>**Debtor:** WINN-DIXIE STORES, INC. | $4,577.02 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, LATE-FILED CLAIM. |
| **Creditor Id:** 420767<br>CRAWFORD, LYNN R<br>205 BLACK ROCK SCHOOL RD<br>CHERRYBILLE NC 28021-9520 | 13008<br>**Debtor:** WINN-DIXIE LOGISTICS, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. ALSO, LATE-FILED CLAIM. |
| **Creditor Id:** 410825<br>DBT PORCUPINE WD1 DE BUSINESS TRUST<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, MGR<br>490 SOUTH HIGHLAND AVENUE<br>PITTSBURGH PA 15206<br><br>Counsel: ATTN SARA E LORBER, ESQ | 9645<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $5,533,905.92 | NO LIABILITY ON LEASE ASSIGNED PRIOR TO BANKRUPTCY FILING. ALL ASSERTED AMOUNTS WERE CURED AT CLOSING. ALTHOUGH DEBTOR REMAINS GUARANTOR IN EVENT OF DEFAULT, NO DEFAULT HAS OCCURRED. |
| **Creditor Id:** 247440<br>DL PETERSON TRUST<br>5924 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | 11541<br>**Debtor:** WINN-DIXIE STORES, INC. | $2,092,812.06 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. DEBTOR HAS PURCHASED LEASED VEHICLES THAT FORM ALLEGED BASIS FOR CLAIM AND SECURITY INTEREST. |
| **Creditor Id:** 406583<br>DOOLITTLE, CHARLES W JR<br>7051 CYPRESS BRIDGE DR S<br>PONTE VEDRA FL 32082 | 8124<br>**Debtor:** WINN-DIXIE STORES, INC. | $19,413.16 | NO LIABILITY. NOT ENTITLED TO PAYMENT OF LONG TERM INCENTIVE BECAUSE NO LONGER EMPLOYED BY DEBTORS. |
| **Creditor Id:** 269364<br>EDNA HILL MEEKER TRUST<br>FOR LIFETIME BENEFIT OF L H MEEKER<br>C/O RAY & WILSON<br>ATTN DONALD H RAY, ESQ<br>6115 CAMP BOWIE BLVD, SUITE 200<br>FORT WORTH, TX 76116-5500 | 6763<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $1,587,424.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 410528<br>FIRST NATIONAL BANK OF GRANBURY<br>ATTN CRAIG DAVIS, VP<br>PO BOX 400<br>GRANBURY TX 76048<br><br>Counsel: ATTN DEBORAH B MORTON, ESQ. | 8501<br>**Debtor:** WINN-DIXIE STORES, INC. | $2,007,507.60 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:  139570**<br>HALL, KAREN E<br>7209 S ORANGE BLOSSOM TRL<br>ORLANDO  FL  32809-5718 | 2724<br>**Debtor:  WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY.  DEBTOR MAILED CLAIMANT ALL W-2 INFORMATION. CLAIMANT CAN ALSO ACCESS INFORMATION THROUGH WWW.GETMYW2.COM. |
| **Creditor Id:  534665**<br>JDA SOFTWARE, INC<br>ATTN MATTHEW M HOLMAN, ESQ<br>14400 N 87TH STREET<br>SCOTTSDALE  AZ  85260 | 13549<br>**Debtor:  WINN-DIXIE STORES, INC.** | $34,349.00 | NO LIABILITY.  DEBTOR'S BOOKS AND RECORDS REFLECT 8/24/06 PAYMENT OF $34,349 BY CHECK NUMBER 8244341 FOR POSTPETITION INVOICE NUMBER 715558. |
| **Creditor Id:  256801**<br>JONES, MURRAY<br>593 WETUMPKA STREET<br>PRATTVILLE,  AL  36067 | 33945<br>**Debtor:  WINN-DIXIE MONTGOMERY, INC.** | $105.90 | CLAIMANT WAIVED LIABILITY ON BALLOT. |
| **Creditor Id:  247557**<br>KAMIN, DANIEL G<br>SHADYSIDE STATION<br>PO BOX 10234<br>PITTSBURGH,  PA  15232-0234 | 36225<br>**Debtor:  WINN-DIXIE RALEIGH, INC.** | $39,996.98 | LIABILITY SCHEDULED IN ERROR. |
| **Creditor Id:  416270**<br>KIRKLAND FINANCIAL, LLC<br>C/O WALSTON WELLS & BIRCHALL LLP<br>ATTN C ELLIS BRAZEAL III, ESQ.<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM  AL  35203<br><br>  Counsel: ATTN JAIME A O'BRIEN | 12246<br>**Debtor:  WINN-DIXIE MONTGOMERY, INC.** | $321,096.23 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:  254167**<br>KROGER CO, THE<br>ATTN ERIN DRISKELL/B GACK, LAW DEPT<br>1014 VINE STREET<br>CINCINNATI  OH  45202 | 8220<br>**Debtor:  WINN-DIXIE STORES, INC.** | $42,051.59 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:  410752**<br>LIFTER, BENNETT M, TTEE, WAIKIKI<br>PARTNRSHP OF D&H LIFTER TRUST FUNDS<br>C/O BEN-EZRA & KATZ, PA<br>ATTN M MORALES/M A BEN-EZRA, ESQS<br>2901 STIRLING RD STE 300<br>FORT LAUDERDALE  FL  33312-6529 | 12972<br>**Debtor:  WINN-DIXIE STORES, INC.** | $328,543.56 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AS CLAIMANT ASSIGNED ITS RIGHTS TO, AND RELATED CLAIM WAS FILED BY,  LENDER, PRINCIPAL LIFE INSURANCE. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 416942<br>LNR PARTNERS, INC FOR LASALLE BANK<br>TTEE COMMERCIAL MTG ASSET 1999-C1<br>C/O KOZYAK TROPIN & THROCKMORTON PA<br>ATTN JOHN W KOZYAK, ESQ<br>2525 PONCE DE LEON, 9TH FLOOR<br>CORAL GABLES  FL  33134 | 12420<br>**Debtor:** WINN-DIXIE STORES, INC. | $586,051.60 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, LATE-FILED CLAIM. |
| **Creditor Id:** 416943<br>LNR PARTNERS, INC FOR LASALLE BANK<br>TTEE STRUCTURED ASSET SERIES 2002C2<br>C/O KOZYAK TROPIN & THROCKMORTON PA<br>ATTN JOHN W KOZYAK, ESQ<br>2525 PONCE DE LEON, 9TH FLOOR<br>CORAL GABLES  FL  33134 | 12422<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $115,641.32 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, LATE-FILED CLAIM. |
| **Creditor Id:** 416933<br>LNR PARTNERS, INC, SERIES 1996-1<br>FOR CHASE COMMERCIAL MTG SEC CORP<br>C/O KOZYAK TROPIN & THROCKMORTON PA<br>ATTN JOHN W KOZYAK, ESQ<br>2525 PONCE DE LEON, 9TH FLOOR<br>CORAL GABLES  FL  33134 | 12376<br>**Debtor:** WINN-DIXIE STORES, INC. | $254,576.75 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 170859<br>MARTIN, KAREN K HOLUB<br>557 PLEASANT VIEW<br>MILWAKEE  WI  53226 | 13425<br>**Debtor:** WINN-DIXIE SUPERMARKETS, INC. | $7,500.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION.  ALSO, LATE-FILED CLAIM. |
| **Creditor Id:** 279122<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>ATTN: N GRIFFTHS/ JC PRICE<br>4 WORLD FINANCIAL CENTER<br>NEW YORK  NY  1080<br><br>Counsel: ATTN: ALEXANDRA STEINBERG BARRAGE | 13184<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $887,027.04 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO DUPLICATES LIABILITY IN CLAIM NUMBER 13187. |
| **Creditor Id:** 533711<br>PALM LAKES, LLC BY<br>COLEMAN GROUP<br>C/O WYATT TARRANT & COMBS, LLP<br>ATTN MARY L FULLINGTON, ESQ<br>250 WEST MAIN STREET, SUITE 1600<br>LEXINGTON  KY  40507 | 13409<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $358,356.41 | NO LIABILITY ON LEASE ASSIGNED PRIOR TO BANKRUPTCY FILING.  ALTHOUGH DEBTOR REMAINS GUARANTOR IN EVENT OF DEFAULT, NO DEFAULT HAS OCCURRED. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 410510<br>PAUL REVERE LIFE INSURANCE COMPANY<br>C/O UNUMPROVIDENT<br>ATTN MERI LOWRY, ESQ & S CARVEL, VP<br>BEN VANCE, VP<br>2211 CONGRESS STREET, M284<br>PORTLAND ME 04122<br><br>Counsel: ATTN STEVEN M ABRAMOWITZ, ESQ | 8465<br>**Debtor:** WINN-DIXIE STORES, INC. | $625,888.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS FOR REJECTION DAMAGES TO HOLDER OF SERIES B NOTE. WELLS FARGO, TRUSTEE, IS PROPER PARTY TO RECOVER SUCH DAMAGES. |
| **Creditor Id:** 258203<br>PAVIT COMPLEX INC<br>C/O THE TROTMAN COMPANY<br>ATTN: H. SABHAUD, PRES<br>2525 BELL ROAD<br>MONTGOMERY, AL 36117<br><br>Transferee: ASM CAPITAL LP | 34000<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $19,052.04 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. STORE SOLD 8/31/05 TO CALHOUN ENTERPRISES, INC. DEBTOR PAID CURE OF $18,319.27 FOR RENT AND $732.77 FOR COMMON AREA MAINTENANCE CHARGES. NO OTHER AMOUNT IS DUE. |
| **Creditor Id:** 410511<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 8807<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. PROPER CLAIMANT, RV MANAGEMENT CO, HAS FILED CLAIM 6637, FOR THIS LOCATION. |
| **Creditor Id:** 410511<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 12153<br>**Debtor:** WINN-DIXIE STORES, INC. | $253,564.72 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. PROPER CLAIMANT VALRICO SQUARE FILED CLAIM NUMBER 10122. |
| **Creditor Id:** 410511<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 12154<br>**Debtor:** WINN-DIXIE STORES, INC. | $4,800,745.87 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTY. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 410511<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 12156<br>**Debtor:** | $1,396,760.00<br>WINN-DIXIE MONTGOMERY, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 258920<br>PRO-ACTIVE JANITORIAL SERVICES<br>ATTN JEFFREY HOROWITZ, OWNER-PRES<br>156 20TH AVENUE SE<br>ST PETERSBURG FL 33705 | 6778<br>**Debtor:** | $365,055.68<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 410495<br>RONALD A KATZ TECH LICENSING, LP<br>C/O ERVIN, COHEN & JESSUP, LLP<br>ATTN: MICHAEL S KOGAN, ESQ<br>9401 WILSHIRE BLVD, NINTH FLOOR<br>BEVERLY HILLS CA 90212-2974 | 8747<br>**Debtor:** | $1,469,394.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 533637<br>ROWLAND, ALLEN R<br>2345 ALAQUA DRIVE<br>LONGWOOD FL 32779<br><br>Counsel: ATTN DAVID M. DUNN, ESQ | 13545<br>**Debtor:** | $0.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY. CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 419775<br>RUSHER, JANE ANNETTE<br>877 PINE BAUGH STREET<br>ROCKLEDGE FL 32955 | 13088<br>**Debtor:** | $0.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. |
| **Creditor Id:** 403933<br>SELLERS, MARK A<br>125 CUELLOCT, UNIT 202<br>PONTE VEDRA BEACH FL 32082 | 9516<br>**Debtor:** | $23,438.17<br>WINN-DIXIE STORES, INC. | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT 9/16/05 PAYMENT OF $ 23,438.17 BY CHECK NUMBER 626493 FOR THIS POSTPETITION OBLIGATION. |
| **Creditor Id:** 403933<br>SELLERS, MARK A<br>125 CUELLOCT, UNIT 202<br>PONTE VEDRA BEACH FL 32082 | 9517<br>**Debtor:** | $40,800.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT 5/10/06 PAYMENT OF $40,800 BY CHECK NUMBER 633358 FOR THIS POSTPETITION OBLIGATION. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 212001<br>SMART, BOBBY O<br>190 COLONIAL HILLS RD<br>WINDER GA 30680 | 9356<br>**Debtor:** WINN-DIXIE STORES, INC. | $174,239.64 | NO LIABILITY. FUTURE DISABILITY BENEFITS ARE NOT PAYABLE THROUGH DEBTOR. BANKRUPTCY FILING DOES NOT AFFECT BENEFITS. |
| **Creditor Id:** 410512<br>SOF INVESTMENTS, LP<br>ATTN MARC R LISKER, ESQ<br>645 FIFTH AVENUE, 21ST FLOOR<br>NEW YORK NY 10022<br><br>Counsel: ATTN STEVEN M ABRAMOWITZ, ESQ | 8466<br>**Debtor:** WINN-DIXIE STORES, INC. | $625,888.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS FOR REJECTION DAMAGES TO HOLDER OF SERIES B NOTE. WELLS FARGO, TRUSTEE, IS PROPER PARTY TO RECOVER SUCH DAMAGES. |
| **Creditor Id:** 410512<br>SOF INVESTMENTS, LP<br>ATTN MARC R LISKER, ESQ<br>645 FIFTH AVENUE, 21ST FLOOR<br>NEW YORK NY 10022<br><br>Counsel: ATTN STEVEN M ABRAMOWITZ, ESQ | 8467<br>**Debtor:** WINN-DIXIE STORES, INC. | $653,965.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS FOR REJECTION DAMAGES TO HOLDER OF SERIES B NOTE. WELLS FARGO, TRUSTEE, IS PROPER PARTY TO RECOVER SUCH DAMAGES. |
| **Creditor Id:** 410867<br>SOUTHERN WINE & SPIRITS OF FLORIDA<br>C/O S WINE & SPIRITS OF AMERICA INC<br>ATTN LAURENCE CHAPLIN, ADM VP`<br>1600 NW 163RD STREET<br>MIAMI FL 33169<br><br>Counsel: ATTN JOSEPH T MOLDOVAN, ESQ | 9945<br>**Debtor:** WINN-DIXIE STORES, INC. | $494,302.07 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT RECLAMATION PAYMENTS IN PROCESS TOTALING $494,302.07. |
| **Creditor Id:** 410867<br>SOUTHERN WINE & SPIRITS OF FLORIDA<br>C/O S WINE & SPIRITS OF AMERICA INC<br>ATTN LAURENCE CHAPLIN, ADM VP`<br>1600 NW 163RD STREET<br>MIAMI FL 33169<br><br>Counsel: ATTN JOSEPH T MOLDOVAN, ESQ | 9946<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $14,319.05 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT RECLAMATION PAYMENTS IN PROCESS TOTALING $14,319.05. |
| **Creditor Id:** 410867<br>SOUTHERN WINE & SPIRITS OF FLORIDA<br>C/O S WINE & SPIRITS OF AMERICA INC<br>ATTN LAURENCE CHAPLIN, ADM VP`<br>1600 NW 163RD STREET<br>MIAMI FL 33169<br><br>Counsel: ATTN JOSEPH T MOLDOVAN, ESQ | 9947<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $47,167.12 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT RECLAMATION PAYMENTS IN PROCESS TOTALING $47,164.12. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 410867<br>SOUTHERN WINE & SPIRITS OF FLORIDA<br>C/O S WINE & SPIRITS OF AMERICA INC<br>ATTN LAURENCE CHAPLIN, ADM VP`<br>1600 NW 163RD STREET<br>MIAMI FL 33169<br><br>Counsel: ATTN JOSEPH T MOLDOVAN, ESQ | 9948<br>Debtor: | $451,634.79<br>WINN-DIXIE SUPERMARKETS, INC. | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT RECLAMATION PAYMENTS IN PROCESS TOTALING $451,634.79. |
| Creditor Id: 408321<br>SOUTHLAND-MANSFIELD WD<br>DELAWARE BUSINESS TRUST<br>C/O NEAL, GERBER & EISENBERG LLP<br>ATTN THOMAS C WOLFORD, ESQ<br>2 N LASALLE STREET, SUITE 2300<br>CHICAGO IL 60602 | 10864<br>Debtor: | $1,171,570.71<br>WINN-DIXIE MONTGOMERY, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AS CLAIMANT ASSIGNED ITS RIGHTS TO, AND RELATED CLAIM WAS FILED BY, CW ALLIED CAPITAL. |
| Creditor Id: 452091<br>STATE OF TEXAS HEALTH & HUMAN SVCES<br>ATTN EXECUTIVE COMMISSIONER<br>BROWN HEATLY BLDG<br>4900 N LAMAR BLVD, 7TH FLOOR<br>AUSTIN TX 78751-2316<br><br>Counsel: ATTN: GREG ABBOTT, ESQ | 13267<br>Debtor: | $10,821.66<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. |
| Creditor Id: 410916<br>SWISS RE ASSET MGMT (AMERICAS) INC<br>BY CAPMARK SERVICES, INC, AGENT<br>C/O GMAC COMMERCIAL MORTGAGE CORP<br>ATTN SUSAN C TARNOWER<br>THREE RAVINIA DRIVE, STE 200<br>ATLANTA GA 30346<br><br>Counsel: ATTN MARGERY N REED, ESQ | 10089<br>Debtor: | $0.00<br>WINN-DIXIE MONTGOMERY, INC. | NO LIABILITY. CLAIMANT ASSIGNED ITS RIGHTS TO, AND RELATED CLAIM WAS FILED BY, SBZ MORTGAGE ASSOCIATES, LLC. |
| Creditor Id: 2624<br>THREE MEADOWS PLAZA PARTNERSHIP<br>C/O PRIME SITE REALTY, INC<br>ATTN AL MATRONI<br>PO BOX 97<br>COCOA FL 32923-0097<br><br>Transferee: LASALLE BANK NATIONAL ASSOC ETAL<br>Counsel: ATTN JOHN H EVANS, ESQ | 10424<br>Debtor: | $11,600.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:  533652**<br>TRENT INVESTMENTS, INC<br>C/O SETTLEPOU<br>ATTN CLIFF A WADE, ESQ<br>3333 LEE PARKWAY, EIGHTH FLOOR<br>DALLAS  TX  75219 | 13406<br>**Debtor:  WINN-DIXIE STORES, INC.** | $275,076.42 | NO LIABILITY ON LEASE ASSIGNED PRIOR TO BANKRUPTCY FILING. ALTHOUGH DEBTOR REMAINS GUARANTOR IN EVENT OF DEFAULT, NO DEFAULT HAS OCCURRED. |
| **Creditor Id:  269367**<br>US DEFENSE DEPT<br>TRICARE MANAGEMENT ACTIVITY<br>ATTN MARY L DICKENS<br>16401 EAST CENTRETECH PARKWAY<br>AURORA,  CO  80011-9043<br><br>Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | 9830<br>**Debtor:  WINN-DIXIE STORES, INC.** | $1,885.21 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  DEBTOR FILLED PRESCRIPTIONS FOR CLAIMANT'S RECIPIENTS.  WHEN SERVICES WERE RENDERED AND MEDICATIONS DISPENSED, CLAIMANT APPROVED BOTH PAYMENT AND COVERAGE. |
| **Creditor Id:  269367**<br>US DEFENSE DEPT<br>TRICARE MANAGEMENT ACTIVITY<br>ATTN MARY L DICKENS<br>16401 EAST CENTRETECH PARKWAY<br>AURORA,  CO  80011-9043<br><br>Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | 9831<br>**Debtor:  WINN-DIXIE STORES, INC.** | $6,020.68 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  DEBTOR FILLED PRESCRIPTIONS FOR CLAIMANT'S RECIPIENTS.  WHEN SERVICES WERE RENDERED AND MEDICATIONS DISPENSED, CLAIMANT APPROVED BOTH PAYMENT AND COVERAGE. |
| **Creditor Id:  410729**<br>VISTA HEALTHPLAN, INC<br>ATTN PHARMACY RECOVERY UNIT<br>MAIL STOP 3330<br>300 SOUTH PARK ROAD<br>HOLLYWOOD  FL  33021<br><br>Counsel: ATTN DIANE NOLLER WELLS, ESQ | 9495<br>**Debtor:  WINN-DIXIE STORES, INC.** | $5,247.31 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  DEBTOR FILLED PRESCRIPTIONS FOR CLAIMANT'S RECIPIENTS.  WHEN SERVICES WERE RENDERED AND MEDICATIONS DISPENSED, CLAIMANT APPROVED BOTH PAYMENT AND COVERAGE. |
| **Creditor Id:  399300**<br>WALKER, GEORGE C JR & WILLIAM M<br>JOHN STUART WALKER INC<br>3211 OLD FOREST ROAD<br>LYNCHBURG  VA  24501 | 454<br>**Debtor:  WINN-DIXIE STORES, INC.** | $519,218.56 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  CLAIMANT ASSIGNED ITS RIGHT TO, AND RELATED CLAIM WAS FILED BY, JEFFERSON-PILOT LIFE INSURANCE CO. |
| **Creditor Id:  408230**<br>WCJ DAVIS, LTD, ASSIGNEE<br>DBT PORCUPINE WD2/DBT PORCUPINE WD3<br>C/O BRACKETT & ELLIS, PC<br>ATTN THEODORE MACK, ESQ<br>100 MAIN STREET<br>FORT WORTH  TX  76102-3090<br><br>Transferee: SOF INVESTMENTS LP | 6665<br>**Debtor:  WINN-DIXIE STORES, INC.** | $1,832,411.24 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 410763<br>WD MT CARMEL, LLC<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, MGR<br>490 SOUTH HIGHLAND AVE<br>PITTSBURGH  PA  15206<br><br>  Counsel: ATTN SARA E LORBER, ESQ | 13435<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $1,071,155.37 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALTHOUGH DEBTOR REMAINS GUARANTOR IN EVENT OF DEFAULT, NO DEFAULT HAS OCCURRED. |
| **Creditor Id:** 2666<br>WD ROCKY MOUNT VA PARTNERS LLC<br>C/O I REISS & SON<br>ATTN LINDA HEFFNER, MGR MEMBER<br>200 EAST 61ST STREET, SUITE 29F<br>NEW YORK  NY  10021 | 8367<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $606,626.01 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AS CLAIMANT ASSIGNED ITS RIGHTS TO, AND RELATED CLAIM WAS ASSERTED BY, MERRILL LYNCH PIERCE FENNER & SMITH. |
| **Creditor Id:** 410482<br>WELLS FARGO BANK NORTHWEST NA, TTEE<br>ATTN VAL T ORTON, VP<br>MAC U1228-120<br>299 SOUTH MAIN STREET, 12TH FLOOR<br>SALT LAKE CITY  UT  84111<br><br>  Counsel: ATTN STEVEN M ABRAMOWITZ, ESQ | 9532<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 410482<br>WELLS FARGO BANK NORTHWEST NA, TTEE<br>ATTN VAL T ORTON, VP<br>MAC U1228-120<br>299 SOUTH MAIN STREET, 12TH FLOOR<br>SALT LAKE CITY  UT  84111<br><br>  Counsel: ATTN STEVEN M ABRAMOWITZ, ESQ | 12076<br>**Debtor:** WINN-DIXIE STORES, INC. | $751,973.85 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO TRUSTEE OF NOTEHOLDERS PURPORTED TO HAVE BEEN ASSIGNED LANDLORD'S GUARANTEE. |
| **Creditor Id:** 235656<br>WILLIS, ASHLEE D<br>5752 MAGNOLIA DRIVE<br>JACKSON  MS  39209-0001 | 11619<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. |
| **Creditor Id:** 407489<br>WILMINGTON TRUST CO/WADE, WJ, TTEES<br>SOUTHLAND-POWDER SPRINGS WD DE BUS<br>C/O NEAL GERBER & EISENBERG LLP<br>ATTN: THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2300<br>CHICAGO  IL  60602 | 12164<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $425,046.09 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AS CLAIMANT ASSIGNED HIS RIGHTS TO, AND RELATED CLAIM WAS FILED BY, PRINCIPAL LIFE INSURANCE CO. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 407479<br>WILMINGTON TRUST COMPANY, TTEE<br>SOUTHLAND-WACO WD DEL BUS TRUST<br>C/O NEAL GERBER EISENBERG LLP<br>ATTN THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2300<br>CHICAGO IL 60602 | 13404<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $282,155.07 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALTHOUGH DEBTOR REMAINS GUARANTOR IN EVENT OF DEFAULT, NO DEFAULT HAS OCCURRED. |
| Creditor Id: 410584<br>WILMINGTON TRUST COMPANY, TTEE<br>SOUTHLAND-ARLINGTON WD DE BUS TRUST<br>C/O NEAL, GERBER & EISENBERG<br>ATTN THOMAS C WOLFORD, ESQ<br>2 N LASALLE STREET, SUITE 2200<br>CHICAGO IL 60602 | 13415<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $659,244.66 | NO LIABILITY ON LEASE ASSIGNED PRIOR TO BANKRUPTCY FILING. ALTHOUGH DEBTOR REMAINS GUARANTOR IN EVENT OF DEFAULT, NO DEFAULT HAS OCCURRED. |

|   |   |   |   |
|---|---|---|---|
| **Total Claims to be Disallowed:** | 63 | | |
| **Total Amount to be Disallowed:** | $42,261,511.18 | **Plus Unliquidated Amounts, If Any** | |

**EXHIBIT B**

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:  411159**<br>ALLIED CAPITAL CORP CLASSES ABC<br>HLDRS OF ACGS 2004, LLC SEC NOTES<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE  MD  21201 | 11221<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id:  410561**<br>CCP EMPLOYEE PROFIT SHARING PLAN<br>& TRUST<br>C/O HIERSCHE HAYWARD DRAKELEY ET AL<br>ATTN RUSSELL W MILLS, ESQ<br>15303 DALLAS PARKWAY, SUITE 700<br>ADDISON  TX  75001<br><br>Transferee: PRINCIPAL LIFE INSURANCE COMPANY | 8902<br>**Debtor: WINN-DIXIE RALEIGH, INC.** | $272,061.94 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  CLAIM<br>WAS ASSIGNED TO, AND RELATED CLAIM WAS ASSERTED BY,<br>PRINCIPAL LIFE INSURANCE.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:  410561**<br>CCP EMPLOYEE PROFIT SHARING PLAN<br>& TRUST<br>C/O HIERSCHE HAYWARD DRAKELEY ET AL<br>ATTN RUSSELL W MILLS, ESQ<br>15303 DALLAS PARKWAY, SUITE 700<br>ADDISON  TX  75001<br><br>Transferee: PRINCIPAL LIFE INSURANCE COMPANY | 11157<br>**Debtor: WINN-DIXIE RALEIGH, INC.** | $20,927.94 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  CLAIM<br>WAS ASSIGNED TO, AND RELATED CLAIM WAS ASSERTED BY,<br>PRINCIPAL LIFE INSURANCE.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:  410815**<br>CRIIMI MAE SVCS LLP, SERIES 1996-D2<br>HOLDERS ASSET SECURITIZATION CORP<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY ESQS<br>TWO HOPKINGS PLAZA, STE 1800<br>BALTIMORE  MD  21201 | 10612<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id:  410817**<br>CRIIMI MAE SVCS LLP, SERIES 1998-D6<br>HOLDERS NOMURA ASSET SECURITIES<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE  MD  21201 | 10606<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO,<br>MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:  410816**<br>CRIIMI MAE SVCS LP, SERIES 1996-D3<br>HOLDERS ASSET SECURITIZATION CORP<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE  MD  21201 | 10611<br>**Debtor: WINN-DIXIE MONTGOMERY, INC.** | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id:  410811**<br>CRIIMI MAE SVCS LP, SERIES 1997-C1<br>HOLDERS MERRILL LYNCH MORTGAGE<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE  MD  21201 | 10597<br>**Debtor: WINN-DIXIE RALEIGH, INC.** | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id:  410811**<br>CRIIMI MAE SVCS LP, SERIES 1997-C1<br>HOLDERS MERRILL LYNCH MORTGAGE<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE  MD  21201 | 10609<br>**Debtor: WINN-DIXIE MONTGOMERY, INC.** | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id:  410814**<br>CRIIMI MAE SVCS LP, SERIES 1997-C2<br>HOLDERS MERRILL LYNCH MORTGAGE<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY, ESQS<br>TWO HOPKINS PLAZA, SUITE 1800<br>BALTIMORE  MD  21201 | 10613<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON<br>GUARANTY TO LANDLORD'S LENDER.  ALSO, MISCLASSIFIED<br>CLAIM. |
| **Creditor Id:  410821**<br>CRIIMI MAE SVCS LP, SERIES 1997-MC2<br>HOLDERS MORTGAGE CAPITAL FUNDING<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE  MD  21201 | 10599<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO,<br>MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 410818<br>CRIIMI MAE SVCS, LP, SERIES 1997-C1<br>HOLDERS FIRST UNION COMMERCIAL<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE  MD  21201 | 10603<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 410812<br>CRIIMI MAE SVCS, SERIES 1996-C2<br>HOLDERS MERRILL LYNCH MORTGAGE<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY, ESQS<br>TWO HOPKINS PLAXA, STE 1800<br>BALTIMORE  MD  21201 | 10614<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 411160<br>CWCAPITAL ASSET MGMT SERIES 2004-C1<br>HOLDERS OF GS MORTGAGE SECURITIES<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE  MD  21201 | 11222<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 411166<br>CWCAPITAL ASSET MGT, SERIES1998-MC3<br>HOLDERS OF MORTGAGE CAPITAL FUNDING<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE  MD  21201 | 11225<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 411172<br>CWCAPITAL ASST MGMT, SERIES 2001C1<br>HOLDERS OF JP MORGAN CHASE COM MORT<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE  MD  21201 | 11227<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 410722**<br>GATOR COASTAL SHOPPING CENTRE, LLC<br>C/O FROST BROWN TODD LLC<br>ATTN: KYLE R GRUBBS, ESQ<br>2200 PNC CENTER<br>201 EAST FIFTH STREET<br>CINCINNATI  OH  45202 | 10215<br>**Debtor: WINN-DIXIE STORES, INC.** | $586,477.66 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 381792**<br>GE COMMERCIAL FIN BUS PROP CORP FKA<br>GE CAPITAL BUS ASSET FUNDING CORP<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN MARC HAMROFF/LESLIE BERKOFF<br>400 GARDEN CITY PLAZA<br>GARDEN CITY  NY  11530 | 10247<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:  410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO  NC  27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8569<br>**Debtor: WINN-DIXIE MONTGOMERY, INC.** | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  PROPER CREDITOR SOUTHEAST US RETAIL FUND FILED CLAIM NUMBER 11780.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:  410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO  NC  27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8576<br>**Debtor: WINN-DIXIE RALEIGH, INC.** | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:  410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO  NC  27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8579<br>**Debtor: WINN-DIXIE RALEIGH, INC.** | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 410448<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8581<br>**Debtor: WINN-DIXIE RALEIGH, INC.** | $0.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 410448<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8639<br>**Debtor: WINN-DIXIE RALEIGH, INC.** | $0.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 410448<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8646<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  LAST KNOWN PAYEE IS COMMERCIAL PROPERTY WITH WHOM DEBTOR ENTERED TERMINATION AGREEMENT, PAYING ONE-TIME LUMP SUM TERMINATION FEE OF $368,000.  NO OTHER AMOUNT IS DUE.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 411157<br>ORIX CAPITAL MKTS, SERIES 1997-MC1<br>HOLDERS OF MORTGAGE CAPITAL FUNDING<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 11220<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 411151<br>ORIX CAPITAL MKTS, SERIES 1998-C1<br>HLDRS OF CREDIT SUISSE FIRST BOSTON<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 11218<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 411180<br>ORIX CAPITAL MKTS, SERIES 1998-C2<br>HOLDERS OF FIRST UNION-LEHMAN ET AL<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLLEY, ESQS<br>TWO HOPKINS PLAZA, SUITE 1800<br>BALTIMORE  MD  21201 | 11261<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 411141<br>ORIX CAPITAL MKTS, SERIES 1998-CF2<br>HOLDERS OF DLJ COMMERCIAL MORTGAGE<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE  MD  21201 | 11144<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 411143<br>ORIX CAPITAL MKTS, SERIES 1999-2<br>HOLDERS OF NATIONSLINK FUNDING CORP<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE  MD  21201 | 11146<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 411148<br>ORIX CAPITAL MKTS, SERIES 2000-C1<br>HOLDERS OF DUETSCHE MORTGAGE<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE  MD  21201 | 11147<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 2244<br>PS FRANKLIN, LTD<br>ATTN FRED CHIKOVSKY, GP<br>1720 HARRISON STREET, SUITE 7-A<br>HOLLYWOOD  FL  33020 | 2316<br>**Debtor: WINN-DIXIE STORES, INC.** | $6,660,258.71 | Secured | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  AS TO STORE 1566, LEASE WAS TERMINATED AND LANDLORD RELEASED DEBTOR OF LIABILITY.  AS TO STORE 1563, LEASE WAS ASSUMED AND ASSIGNED AND NO AMOUNT IS DUE.  AS TO STORE 1559, IT IS AN OPERATING STORE AND NO AMOUNT IS DUE.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 2550<br>SG PARTNERSHIP<br>ATTN R RENE BORDELON<br>PO BOX 704<br>MARKSVILLE  LA  71351 | 11972<br>**Debtor: WINN-DIXIE STORES, INC.** | $995,380.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AS LANDLORD ASSIGNED ITS RIGHTS.  RELATED CLAIM WAS ASSERTED BY CURRENT ASSIGNEE, VIRTUAL REALITY ENTERPRISES.  ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 411028<br>US BANK NA, IND TEE<br>CORPORATE TRUSTEE SERVICES<br>ATTN PATRICIA J KAPSCH, ASST VP<br>PO BOX 70870<br>ST PAUL  MN  55170-9705<br><br>Counsel: ATTN DAVID LEMKE, ESQ | 12758<br>**Debtor: WINN-DIXIE STORES, INC.** | $10,013,441.63 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 226155<br>VANDEUSEN, RICHARD W<br>704 GENTLE SLOPE WAY<br>RALEIGH  NC  27603 | 1762<br>**Debtor: WINN-DIXIE STORES, INC.** | $33,634.83 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  UPON INFORMATION AND BELIEF, THE SOCIAL SECURITY ADMINISTRATION HAS NOW POSTED CLAIMANT'S 2001 CONTRIBUTIONS TO HIS ACCOUNT.  ALSO, MISCLASSIFIED CLAIM. |

| | | | | | |
|---|---|---|---|---|---|
| **Total Claims to be Disallowed & Recl:** | 33 | | | | |
| **Total Amount to be Disallowed & Recl:** | $18,582,182.71 | **Plus Unliquidated Amounts, If Any** | | | |

**EXHIBIT C**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 410402<br>ADT SECURITY SYSTEMS, INC<br>ATTN BRANDY WIMBISH, MGR<br>14200 EAST EXPOSITION AVE<br>AURORA  CA  80012 | 8346<br>**Debtor:** | $172,363.61<br>**WINN-DIXIE STORES, INC.** | $5,067.21 | REDUCED AMOUNT REFLECTS $2,667.21 DUE PER DEBTOR'S BOOKS AND RECORDS AND $2,400.00 FOR REJECTION DAMAGES FOR CONTRACT COVERING CCTV IN STORE NUMBER 534.  ASSERTED AMOUNT FOR ANTICIPATORY REJECTION DAMAGES OF OTHER SERVICES IS NOT OWED. |
| **Creditor Id:** 247187<br>CREDIT SUISSE FIRST BOSTON, LLC<br>ATTN JOSEPH BROSNAN<br>11 MADISON AVE, 5TH FLOOR<br>NEW YORK,  NY  10010<br><br>Counsel: ATTN TARA HANNON, ESQ | 11415<br>**Debtor:** | $2,795,892.25<br>**WINN-DIXIE MONTGOMERY, INC.** | $724,861.06 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,071,031.19 FOR OVERSTATED REJECTION DAMAGES. |
| **Creditor Id:** 404511<br>DANFOSS INC<br>ATTN FRANCIS C SCHNELL, CFO<br>7941 CORPORATE DRIVE<br>BALTIMORE  MD  21236-4925 | 9972<br>**Debtor:** | $502,313.44<br>**WINN-DIXIE STORES, INC.** | $479,292.47 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id:** 249270<br>EXCELL REFRIGERATION INC<br>ATTN RAYMOND TAYLOR, PRES<br>605 WHITNEY AVENUE<br>LANTANA, FL  33462<br><br>Counsel: ATTN WILLIAM J MARELL ESQ | 10336<br>**Debtor:** | $38,955.98<br>**WINN-DIXIE STORES, INC.** | $12,015.84 | REDUCED TO $34,611.04 BY 4/20/06 SEVENTH OMNIBUS CLAIMS OBJECTION ORDER.  FURTHER REDUCTION REFLECTS REMOVAL OF $22,595.20 FOR INVOICE NUMBER 14967 AS LANDLORD/PROPERTY OWNER PAID CLAIMANT THAT AMOUNT BY CHECK NUMBER 211630 DATED 3/13/06 AND REQUESTED REIMBURSEMENT FROM THE DEBTOR.  DEBTOR SEEKS FURTHER REDUCTION PURSUANT TO 11 U.S.C. SECTION 502(J). |
| **Creditor Id:** 315852<br>HENDERSON, JAMES S<br>PO BOX 9909<br>GREENWOOD, MS  38930-1757<br><br>Counsel: ATTN H D BROCK, ESQ | 13426<br>**Debtor:** | $272,231.58<br>**WINN-DIXIE STORES, INC.** | $136,610.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $135,621.58 FOR OVERSTATED REJECTION DAMAGES. |
| **Creditor Id:** 399339<br>IKON FINANCIAL SERVICES<br>ATTN D SYKES, BANKR ADMINISTRATION<br>PO BOX 13708<br>MACON  GA  31208-3708 | 475<br>**Debtor:** | $73,955.55<br>**WINN-DIXIE STORES, INC.** | $11,502.90 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS.  ASSERTED AMOUNT FOR ANTICIPATORY REJECTION DAMAGES IS NOT OWED. |

WINN-DIXIE STORES, INC., ET AL.
**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 410908<br>JDN REALTY AL, INC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122<br><br>Counsel: ATTN: ROBERT LEHANE, ESQ | 10057<br>**Debtor:** | $277,898.30<br>**WINN-DIXIE MONTGOMERY, INC.** | $264,622.39 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,193.35 FOR OVERSTATED REJECTION DAMAGES, $5,380.46 AND $4,688.60 FOR OVERSTATED 2004 COMMON AREA MAINTENANCE CHARGES AND INSURANCE, AND $1,013.50 FOR OVERSTATED PREPETITION 2005 COMMON AREA MAINTENANCE CHARGES, INSURANCE, AND REAL PROPERTY TAXES. |
| **Creditor Id:** 255101<br>LSQ FUNDING GROUP LC<br>% CHARLIES PASTRIES<br>PO BOX 102432<br>ATLANTA, GA 30368-2432 | 35062<br>**Debtor:** | $19,910.00<br>**WINN-DIXIE PROCUREMENT, INC.** | $15,814.90 | WITH REDUCED AMOUNT OF CLAIM NUMBER 411, REDUCED AMOUNT REFLECTS REMAINING AMOUNT DUE. |
| **Creditor Id:** 407706<br>MORNINGSTAR FOODS, LLC<br>C/O DEAN FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKINNEY AVENUE, SUITE 1200<br>DALLAS TX 75201 | 5288<br>**Debtor:** | $1,321,294.77<br>**WINN-DIXIE STORES, INC.** | $760,574.52 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $12,255.61, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $29,808.68 AND $31,811.06, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $382,987.60, AND REMOVAL OF $1,857.30 OVERSTATED IN PROOF OF CLAIM AND $102,000.00 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES, ALL BY AGREEMENT WITH CLAIMANT. |
| **Creditor Id:** 382056<br>NEWELL RUBBERMAID INC (W15246)<br>ATTN GARY POPP, SR CR MGR<br>29 E STEPHENSON STREET<br>FREEPORT IL 61032 | 7311<br>**Debtor:** | $404,128.00<br>**WINN-DIXIE STORES, INC.** | $165,105.85 | REDUCED TO $172,307.71 AND RECLASSIFIED TO UNSECURED NON-PRIORITY BY 8/31/06 SIXTEENTH OMNIBUS CLAIMS OBJECTION ORDER.  FURTHER REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT.  DEBTOR SEEKS FURTHER REDUCTION PURSUANT TO 11 U.S.C. SECTION 502(J). |
| **Creditor Id:** 410511<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 10086<br>**Debtor:** | $388,121.00<br>**WINN-DIXIE RALEIGH, INC.** | $348,745.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $39,376 FOR OVERSTATED REJECTION DAMAGES. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 263785<br>UNITED COMMERCIAL MORTGAGE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>ADAM FRISCH, ESQ<br>135 JERICHO TURNPIKE<br>OLD WESTBURY  NY  11568<br><br>Counsel: ATTN DIANA M THIMMIG, ESQ | 7701<br>**Debtor:** | $4,165,305.80<br>**WINN-DIXIE RALEIGH, INC.** | $854,222.82 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| **Creditor Id:** 410760<br>WD HILLARD, LLC<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, MGR<br>490 SOUTH HIGHLAND AVE<br>PITTSBURGH  PA  15206<br><br>Counsel: ATTN SARA E LORBER, ESQ | 12311<br>**Debtor:** | $1,179,826.57<br>**WINN-DIXIE MONTGOMERY, INC.** | $804,154.79 | REDUCED AMOUNT REFLECTS REMOVAL OF $356,000 FOR ESTIMATED DAMAGES WITHOUT SUPPORTING DOCUMENTATION AND $19,671.78 FOR POSTPETITION TAXES PAID TO LANDLORD BY CHECK NUMBER 008147013. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id:** 398211<br>WIN GENERAL INSURANCE<br>ATTN JAY CASTLE/DALE H BITTER, PRES<br>5050 EDGEWOOD COURT<br>JACKSONVILLE,  FL  32254 | 34477<br>**Debtor:** | $2,923,927.20<br>**WINN-DIXIE MONTGOMERY, INC.** | $2,823,927.20 | REDUCED AMOUNT REFLECTS ACTUAL AMOUNT OWED. |

| | | |
|---|---|---|
| **Total Claims to be Reduced:** | 14 | |
| **Total Amount to be Reduced:** | $14,536,124.05 Plus Unliquidated Amounts, If Any | |
| **Total Reduced Amount:** | $7,406,516.95 | |

**EXHIBIT D**

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT D - OVERSTATED AND MISCLASSIFIED**
**CLAIMS TO BE REDUCED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| CITY OF WARNER ROBINS UTILITY & TAX<br>ATTN JAMES E ELLIOTT JR, ESQ<br>PO BOX 1488<br>WARNER ROBINS  GA  31099 | 13357 | $7,306.52<br><br>**Debtor: WINN-DIXIE STORES, INC.** | Multiple Classes | Unsecured Non-Priority | $646.50 | REDUCED AMOUNT REFLECTS UTILITY AMOUNT OWED.  AS TO TAX LIABILITY PORTION OF ASSERTED AMOUNT, CLAIM WAS ALREADY DETERMINED BY THE 7/27/06 THIRD OMNIBUS TAX OBJECTION ORDER IN CONNECTION WITH CLAIM NUMBER 12255.  ALSO, MISCLASSIFIED CLAIM. |
| MYSTIC, LLC<br>ATTN LEO D STERNFELS, MGR<br>PO BOX 100<br>PLATTENVILLE,  LA  70393<br> Counsel: ATTN CLAYTON E LOVELL, ESQ. | 12056 | $3,870,444.90<br><br>**Debtor: WINN-DIXIE STORES, INC.** | Secured | Unsecured Non-Priority | $6,256.60 | REDUCED AMOUNT REFLECTS PAYMENT OF $5,188.64 BY CHECK NUMBER 008120507 (CLEARED 11/4/05) FOR SECOND QUARTER 2005 COMMON AREA MAINTENANCE CHARGES AND REMOVAL OF $3,858,999.66 FOR REJECTION DAMAGES ASSIGNED TO CREDIT SUISSE FIRST BOSTON LLC, CLAIMANT'S LENDER.  ALSO, MISCLASSIFIED CLAIM. |
| PEPSI BOTTLING GROUP<br>ATTN MIKE BEVILACQUA<br>1100 REYNOLDS BLVD<br>WINSTON-SALEM  NC  27102<br> Transferee: JPMORGAN CHASE BANK NA | 8865 | $7,487,670.72<br><br>**Debtor: WINN-DIXIE STORES, INC.** | Multiple Classes | Unsecured Non-Priority | $2,373,920.34 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $52,591.69, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $209,377.35 AND $2,832,971.60, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $1,672,909.55, AND REMOVAL OF $345,900.19 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES.  ALSO, MISCLASSIFIED CLAIM. |
| VIRTUAL REALTY ENTERPRISES, INC<br>C/O DICKINSON FINANCIAL CORP<br>ATTN DOUGLAS M NEEB, ESQ<br>1100 MAIN, SUITE 350<br>KANSAS CITY  MO  64105 | 10264 | $1,802,128.82<br><br>**Debtor: WINN-DIXIE STORES, INC.** | Secured | Unsecured Non-Priority | $979,170.94 | REDUCED AMOUNT REFLECTS REMOVAL OF $822,957.88 FOR OVERSTATED REJECTION DAMAGES.  ALSO, MISCLASSIFIED CLAIM. |

| | | | |
|---|---|---|---|
| Total Claims to be Reduced & Reclassified: | 4 | | |
| Total Amount to be Reduced & Reclassified: | $13,167,550.96 | Plus Unliquidated Amounts, If Any | |
| Total Reduced & Reclassified Amount: | $3,359,994.38 | | |

# EXHIBIT E

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT E - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 240552<br>COUNTY OF LOUISVILLE JEFFERSON<br>METRO REVENUE COMMISSION<br>ATTN KIM G JOHNSON, ADMINISTRATOR<br>PO BOX 35410<br>LOUISVILLE  KY  40232-5410 | 4059<br>**Debtor: WINN-DIXIE LOGISTICS, INC.** | $62,217.88 | Multiple Classes | Multiple Classes | CLAIM ASSERTED WITH INCONSISTENT CLASSIFICATIONS. RECLASSIFY $60,696.63 TO UNSECURED PRIORITY AND $1,521.25 TO UNSECURED NON-PRIORITY (PENALTY). |
| **Creditor Id:** 20933<br>DELANI, LORI L<br>29787 HENRY LANE<br>BIG PINE KEY  FL  33043 | 3315<br>**Debtor: WINN-DIXIE STORES, INC.** | $661.55 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id:** 253207<br>DI FATTA, JOHN<br>300 COBLE DRIVE<br>LONGWOOD  FL  32779 | 6889<br>**Debtor: WINN-DIXIE STORES, INC.** | $1,620.00 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id:** 405927<br>GOODING'S SUPERMARKETS, INC<br>C/O LOWNDES DROSDICK ET AL<br>ATTN MATT E BEAL, ESQ<br>215 NORTH EOLA DRIVE<br>PO BOX 2809<br>ORLANDO  FL  32802-2809 | 13294<br>**Debtor: WINN-DIXIE STORES, INC.** | $1,349,157.25 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id:** 226409<br>VARNEDOE, TAMMY J<br>346 BATTEN EXT LOT 1<br>DOUGLAS  GA  31533 | 4868<br>**Debtor: WINN-DIXIE STORES, INC.** | $428.00 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |

| | | | | |
|---|---|---|---|---|
| **Total Claims to be Reclassified:** | 5 | | | |
| **Total Amount to be Reclassified:** | $1,414,084.68 | **Plus Unliquidated Amounts, If Any** | | |

**EXHIBIT F**

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT F - DUPLICATE CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:**  88<br>CITY OF ATHENS UTILITIES<br>ATTN BARBARA BURRELL<br>PO BOX 1089<br>ATHENS  AL  35612 | 238<br>Debtor: | 1442<br>**WINN-DIXIE STORES, INC.** | $11,967.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:**  403430<br>COUNTY OF FULTON TAX COMMISSIONER<br>ATTN W RESPRESS/DAMIKA MCCLINTON<br>141 PRYOR STREET SW, ROOM 1113<br>ATLANTA  GA  30303 | 12838<br>Debtor: | 11734<br>**WINN-DIXIE STORES, INC.** | $472,073.54 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:**  404511<br>DANFOSS INC<br>ATTN FRANCIS C SCHNELL, CFO<br>7941 CORPORATE DRIVE<br>BALTIMORE  MD  21236-4925 | 9972<br>Debtor: | 13573<br>**WINN-DIXIE STORES, INC.** | $502,313.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:**  533682<br>GREAT AMERICAN INSURANCE CO<br>ATTN ROBERT H ROWAN, DIVISIONAL AVP<br>PO BOX 2119<br>CINCINNATI  OH  45201 | 13516<br>Debtor: | 13515<br>**WINN-DIXIE STORES, INC.** | $16,175.35 | DUPLICATES CLAIM FILED AGAINST DIFFERENT DEBTOR LISTED IN REMAINING CLAIM COLUMN.  DISALLOWANCE IS CONTINGENT UPON CONFIRMATION AND EFFECTIVENESS OF DEBTORS' PLAN. |
| **Creditor Id:**  403234<br>IMPERIAL TRADING COMPANY INC<br>ATTN KEITH BEBA, CONTROLLER<br>PO BOX 23508<br>ELMWOOD  LA  70183-0508 | 11263<br>Debtor: | 13310<br>**WINN-DIXIE MONTGOMERY, INC.** | $105,057.94 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:**  403234<br>IMPERIAL TRADING COMPANY INC<br>ATTN KEITH BEBA, CONTROLLER<br>PO BOX 23508<br>ELMWOOD  LA  70183-0508 | 11263<br>Debtor: | 13311<br>**WINN-DIXIE STORES, INC.** | $105,057.94 | DUPLICATES CLAIM FILED AGAINST DIFFERENT DEBTOR LISTED IN REMAINING CLAIM COLUMN.  DISALLOWANCE IS CONTINGENT UPON CONFIRMATION AND EFFECTIVENESS OF DEBTORS' PLAN. |
| **Creditor Id:**  492844<br>ISD OF CYPRESS-FAIRBANKS<br>PO BOX 692003<br>HOUSTON  TX  77269-2003<br>Counsel: ATTN: JOHN P DILLMAN, ESQ | 13355<br>Debtor: | 13441<br>**WINN-DIXIE STORES, INC.** | $2,001.56 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION
EXHIBIT F - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  269335**<br>PRO-ACTIVE JANITORIAL SERVICES, INC<br>C/O GOLDSTEIN & GREENBERG, PA<br>ATTN LARRY D GOLDSTEIN, ESQ<br>7601 38TH AVENUE NORTH<br>ST PETERSBURG,  FL  33710 | 6778<br>**Debtor:** | 8230<br>**WINN-DIXIE STORES, INC.** | $231,852.94 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  408217**<br>SINGER, HERBERT<br>C/O PLATZER SWERGOLD KARLIN, ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK  NY  10018 | 13278<br>**Debtor:** | 13273<br>**WINN-DIXIE MONTGOMERY, INC.** | $809,861.05 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  408217**<br>SINGER, HERBERT<br>C/O PLATZER SWERGOLD KARLIN, ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK  NY  10018 | 13276<br>**Debtor:** | 13274<br>**WINN-DIXIE MONTGOMERY, INC.** | $779,796.61 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  407758**<br>WOODLAND HARTFORD ASSOC LLC<br>C/O SOLOMON PEARL ET AL<br>ATTN JOEL M SHAFFERMAN, ESQ<br>40 WALL ST, 35TH FL<br>NEW YORK  NY  10005<br><br>Counsel: ATTN: MICHAEL E CECIL | 9213<br>**Debtor:** | 9214<br>**WINN-DIXIE STORES, INC.** | $45,415.70 | DUPLICATES CLAIM FILED AGAINST DIFFERENT DEBTOR LISTED IN REMAINING CLAIM COLUMN.  DISALLOWANCE IS CONTINGENT UPON CONFIRMATION AND EFFECTIVENESS OF DEBTORS' PLAN. |

| | | | | |
|---|---|---|---|---|
| **Total Claims to be Disallowed:** | **11** | | | |
| **Total Amount to be Disallowed:** | **$3,081,573.19** | **Plus Unliquidated Amounts, If Any** | | |

# EXHIBIT G

WINN-DIXIE STORES, INC., ET AL.

TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION

EXHIBIT G - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:  416846**<br>BIRMINGHAM REALTY COMPANY<br>C/O REDROCK CAPITAL PARTNERS<br>ATTN CRAIG KLEIN<br>111 S MAIN STREET, SUITE C11<br>PO BOX 9095<br>BRECKENRIDGE  CO  80424<br><br>Transferee: REDROCK CAPITAL PARTNERS LLC<br>Counsel: ATTN STEPHEN B PORTERFIELD, ESQ | 13438<br>**Debtor:** | $1,862,151.26<br>**WINN-DIXIE MONTGOMERY, INC.** | 12329 | $1,259,503.96 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  406448**<br>BYRUM, DAVID M<br>764 EAGLE POINT DRIVE<br>SAINT AUGUSTINE  FL  32092 | 13466<br>**Debtor:** | $150,273.84<br>**WINN-DIXIE STORES, INC.** | 10258 | $194,972.67 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  407673**<br>GOLDSBORO ASSOCIATES<br>C/O AFI MANAGEMENT<br>ATTN ANTHONY J LASALA, GEN PARTNER<br>1410 VALLEY ROAD<br>WAYNE  NJ  07470 | 13570<br>**Debtor:** | $27,839.04<br>**WINN-DIXIE RALEIGH, INC.** | 7966 | $25,991.71 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  2344**<br>KELLER CROSSING TEXAS, LP<br>C/O BVT MGMT SERVICES, INC.<br>ATTN K E WILLSON/K R MARSHALL<br>3350 RIVERWOOD PKWY SE, STE 1500<br>ATLANTA  GA  30339<br><br>Transferee: MADISON INVESTMENT TRUST - SERIES 1<br>Counsel: ATTN: ROBERT A COX, JR., ESQ | 13559<br>**Debtor:** | $1,466,263.00<br>**WINN-DIXIE STORES, INC.** | 9563 | $649,639.03 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  410588**<br>NORTH AMERICAN CO LIFE & HEALTH INS<br>BY MIDLAND ADVISORS CO, AS AGENT<br>ATTN ERIC SILVERGOLD<br>135 EAST 57TH STREET<br>NEW YORK  NY  10022<br><br>Transferee: MERRILL LYNCH PIERCE FENNER & SMITH<br>Counsel: ATTN TED SMITH, ESQ | 13298<br>**Debtor:** | $717,829.00<br>**WINN-DIXIE RALEIGH, INC.** | 9813 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION
EXHIBIT G - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 452219<br>RDI DEVELOPERS, LLC, SUCCESSOR<br>TO INTERCHANGE ASSOCIATES, INC<br>ATTN I TRINK, PRESIDENT<br>3334 LONG BEACH ROAD, STE 118<br>OCEANSIDE NY 11572<br><br>Counsel: ATTN CYNTHIA I CHIEFA, ESQ | 13423 | $300,300.00<br>**Debtor:** WINN-DIXIE STORES, INC. | 13290 | $214,500.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408217<br>SINGER, HERBERT<br>C/O PLATZER SWERGOLD KARLIN, ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK NY 10018 | 13273 | $809,861.05<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | 6224 | $809,762.79 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408217<br>SINGER, HERBERT<br>C/O PLATZER SWERGOLD KARLIN, ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK NY 10018 | 13274 | $779,796.61<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | 12445 | $768,653.17 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 406026<br>SUNSTATE EQUITIES, INC<br>C/O SMITH DEBNAM NARRON ET AL<br>ATTN BYRON L SAINTSING, ESQ<br>PO BOX 26268<br>RALEIGH NC 27611-6268 | 12943 | $313,214.30<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | 12147 | $303,530.74 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 452127<br>WOODLAND HARTFORD ASSOCIATES, LLC<br>C/O OFFICES OF JOEL SHAFFERMAN, LLC<br>ATTN JOEL SHAFFERMAN, ESQ<br>80 WALL STREET, SUITE 910<br>NEW YORK NY 10005 | 13561 | $1,200,229.80<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | 13240 | $1,045,218.70 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.

TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION

EXHIBIT G - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:**  399630 | 13574 | $184,785.69 | 762 | $184,785.69 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| WOODLAND VILLAGE PARTNERSHIP | | *Debtor:*  **WINN-DIXIE STORES, INC.** | | | |
| C/O HAYNSWORTH SINKLER BOYD, PA | | | | | |
| ATTN STANLEY H MCGUFFIN, ESQ | | | | | |
| PO BOX 11889 | | | | | |
| COLUMBIA  SC  29211-1889 | | | | | |

|  |  |
|---|---|
| **Total Claims to be Disallowed:** | **11** |
| **Total Amount to be Disallowed:** | **$5,456,558.46**    **Plus Unliquidated Amounts, If Any** |

# EXHIBIT H

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

**ORDER (A) DISALLOWING NO LIABILITY CLAIMS, (B) DISALLOWING NO LIABILITY MISCLASSIFIED CLAIMS, (C) REDUCING OVERSTATED CLAIMS, (D) REDUCING AND RECLASSIFYING OVERSTATED MISCLASSIFIED CLAIMS, (E) RECLASSIFYING MISCLASSIFIED CLAIMS, (F) DISALLOWING DUPLICATE LIABILITY CLAIMS AND (G) DISALLOWING AMENDED AND SUPERSEDED CLAIMS, AS SET FORTH IN THE DEBTORS' TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**

These cases came before the Court for hearing on November 16, 2006, upon the Twenty-Fourth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibits A through G (the "Disputed Claims").[2] Upon consideration, it is

ORDERED AND ADJUDGED:

1.    The Objection is sustained.

2.    The No Liability Claims listed on Exhibit A are disallowed in their entirety.

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]    All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

3.      The asserted class status alleged for each of the No Liability Misclassified Claims listed on Exhibit B is denied; and the No Liability Misclassified Claims are (a) reclassified as specified on Exhibit B under the heading "Modified Class Status," and (b) disallowed in their entirety.

4.      The Overstated Claims listed on Exhibit C are reduced to the amounts set forth on Exhibit C under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed.

5.      The Overstated Misclassified Claims listed on Exhibit D are reduced to the amounts set forth on Exhibit D under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed.  The asserted class status alleged for each of the Overstated Misclassified Claims listed on Exhibit D is denied; and the Overstated Misclassified Claims are reclassified as specified on Exhibit D under the heading "Modified Class Status."

6.      The asserted class status alleged for each of the Overstated Misclassified Claims listed on Exhibit E is denied; and the Overstated Misclassified Claims are reclassified as specified on Exhibit E under the heading "Modified Class Status."

7.      The Duplicate Liability Claims listed on Exhibit F are disallowed in their entirety.

8.      The Amended Claims listed on Exhibit G are disallowed in their entirety.

9.      Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order is deemed a separate Order with respect to each claim.  Any stay of this Order pending appeal by any of the claimants whose claims

2

are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

10.     Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

11.     This Order is without prejudice to the Debtors' right to file any further objection they may have to the Disputed Claims or the Remaining Claims, including objections on the ground that a Disputed Claim was filed against the incorrect Debtor or that the Debtor against which the Disputed Claim was filed should be modified.

Dated this _____ day of November, 2006 in Jacksonville, Florida.


_____
Jerry A. Funk
United States Bankruptcy Judge


James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

**THE EXHIBITS TO BE ATTACHED TO THE ORDER WHEN ENTERED WILL BE THE SAME EXHIBITS THAT ARE ATTACHED TO THE OBJECTION, WITH ANY NECESSARY MODIFICATIONS TO ADDRESS RESPONSES TO THE OBJECTION**

4