# UNITED STATES BANKRUPTY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

|  |  |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., et al.,**<br><br>Debtors.[1] | **Chapter 11**<br><br>**Case No. 05-03817-3F1**<br><br>**(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about October 18, 2006 I caused copies of:

- the **Notice of Hearing**
- the **Debtors' Twenty-Fourth Omnibus Objection to (A) No Liability claims, (B) No Liability Misclassified Claims, (C) Overstated Claims, (D) Overstated Misclassified Claims, (E) Misclassified Claims, (F) Duplicate Liability Claims and (G) Amended and Superseded Claims**

   to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice and Motion as listed above is attached hereto as Exhibit B.

Dated: October 19, 2006

Kathleen M. Logan

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**

## Notice of Hearing; Debtors' Twenty-Fourth Omnibus Objection to (A) No Liability Claims (B) No Liability Misclassified Claims (C) Overstated Claims (D) Overstated Misclassified Claims (E) Misclassified Claims (F) Duplicate Liability Claims and (G) Amendd and Superseded Claims

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 534812-98
AGENTRICS LLC
ATTN ROBERT HEATON/ELMAR JAKOBY
625 N WASHINGTON ST STE 400
ALEXANDRIA VA 22314

CREDITOR ID: 534942-98
AMERICAN SUGAR REFINING INC
C/O GENE B TARR ESQ
BLANCO TACKABERRY COMBS & MATAMOROS
PO DRAWER 25008
WINSTON SALEM NC 27114-5008

CREDITOR ID: 399614-98
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ, SR VP
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

CREDITOR ID: 452136-98
ASM CAPITAL II, LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TURNPIKE SUITE 302
WOODBURY NY 11797

CREDITOR ID: 405952-98
ATRADIUS TRADE CREDIT INSURANCE INC
CLAIMS DEPARTMENT
ATTN DANA SANTILLI
5026 CAMPBELL BLVD STE A-D
BALTIMORE MD 21236

CREDITOR ID: 403520-98
CACTUS HOLDINGS GROUP LLC
ATTN VIJAY KRISH
19487 ROBLE CT
SARATOGA CA 95070

CREDITOR ID: 417419-98
CADLEROCK LLC
ATTN VIC BUENTE
100 NORTH CENTER STREET
NEWTON FALLS OH 44444

CREDITOR ID: 423154-98
CAPX REALTY LLC
101 SUMMER STREET
BOSTON MA 02110

CREDITOR ID: 423158-97
CAPX REALTY LLC
C/O LOWNDES DROSDICK ET AL
ATTN: M.BEAL & Z.BANCROFT
450 S ORANGE AVE, STE 800
ORLANDO FL 32801

CREDITOR ID: 405971-98
CAVENDISH FARMS INC
ATTN DAVID BATES
100 MIDLAND DRIVE
DIEPPE NB E1A6X4
CANADA

CREDITOR ID: 417061-98
COHANZICK CREDIT OP MASTER FUND LTD
ATTN DAVID SHERMAN
427 BEDFORD RD SUITE 260
PLEASSANTVILLE NY 10570

CREDITOR ID: 534813-98
COLONIAL MART LIMITED PARTNERSHIP
AND CRESTVIEW CENTER LLC
C/O GARY B CRESS
PO BOX 1260
RIDGELAND MS 29158

CREDITOR ID: 416956-98
CONTRARIAN FUNDS, LLC
ATTN MICHAEL J RESTIFO, CFO/MEMBER
411 WEST PUTNAM AVE S-225
GREENWICH CT 06830

CREDITOR ID: 411244-98
CREDIT SUISSE
ATTN WENDY BEER
11 MADISON AVE 5TH FLR
NEW YORK NY 10010

CREDITOR ID: 411244-98
CREDIT SUISSE
ESBIN & ALTER LLP
LESLEY HYNES
497 SOUTH MAIN ST
NEW CITY NY 10956

CREDITOR ID: 452057-98
CSFB 1998-C1 SHIRLEY ROAD LLC
C/O LNR PARTNERS, INC
ATTN MR ARNE SHULKIN
1601 WASHINGTON AVENUE SUITE 700
MIAMI BEACH FL 33139

CREDITOR ID: 534697-98
CWCAPITAL ASSET MANAGEMENT LLC
FOR LASALLE BANK NA
C/O STUTSMAN THAMES & MARKEY PA
ATTN RICHARD R THAMES
50 N LAURA ST STE 1600
JACKSONVILLE FL 32202

CREDITOR ID: 407682-98
DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

CREDITOR ID: 423075-98
DELLACAMERA CAPITAL MANAGEMENT LLC
ATTN VINCENT T SPINNATO, MGR MEMBER
237 PARK AVENUE SUITE 800
NEW YORK NY 10017

CREDITOR ID: 452126-98
DELLACAMERA CAPITAL MASTER FUND LTD
C/O MERIDIAN CORPORATE SERVICES LTD
ATTN VINCENT J SPINNATO
73 FRONT STREET, PO BOX HM 528
HAMILTON  HM 12
BERMUDA

CREDITOR ID: 417063-98
DK ACQUISITION PARTNERS LP
C/O MH DAVIDSON & CO
ATTN MICHAEL J LEFELL
65 EAST 55TH STREET, 19TH FLOOR
NEW YORK NY 10022

CREDITOR ID: 417049-97
DUANE MORRIS LLP
ATTN MARGERY N REED ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103-4196

CREDITOR ID: 534816-98
EQUITY TRUST CO CUSTODIAN
FBO BENJAMIN D TARVER IRA
C/O BENJAMIN TARVER
11152 WESTHEIMER ROAD #796
HOUSTON TX 77042

CREDITOR ID: 408404-98
FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

CREDITOR ID: 416237-98
FIRST COMMERCIAL BANK
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN: JAY R BENDER
1819 FIFTH AVENUE NORTH, ONE FEDERAL PLACE
BIRMINGHAM AL 35203-2104

CREDITOR ID: 400443-98
FIRST COMMERCIAL CREDIT CORP
ATTN JC BARONE
10 NEW KING STREET
WHITE PLAINS NY 10604

CREDITOR ID: 417048-97
GMAC COMMERCIAL MORTGAGE CORP
ATTN SUSAN C TARNOWER ESQ
THREE RAVINA DRIVE STE 200
ATLANTA GA 30346

Notice of Hearing; Debtors' Twenty-Fourth Omnibus
Objection to (A) No Liability Claims (B) No Liability
Misclassified Claims (C) Overstated Claims (D) Overstated
Misclassified Claims (E) Misclassified Claims (F) Duplicate
Liability Claims and (G) Amendd and Superseded Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 452382-98
HAIN CAPITAL HOLDINGS LLC
ATTN G LIBERCHUK/R J KOLTAI
301 ROUTE 17, 6TH FLR
RUTHERFORD NJ 07070

CREDITOR ID: 399349-98
HAIN CAPITAL INVESTORS LLC
ATTN G LIBERCHUK/ROBERT J KOLTAI
201 ROUTE 17 STE 300
RUTHERFORD NJ 07070

CREDITOR ID: 408177-98
HMAC 1999-PH1 WATAUGA CTR LTD PART
ATTN RUSSELL L REID JR
C/O HELLER EHRMAN LLP
7 TIMES SQUARE, TIMES SQUARE TOWER
NEW YORK NY 10036

CREDITOR ID: 452060-98
IB PROPERTY HOLDINGS LLC
ATTN JOHN A D'ERRICO VP
4425 PONCE DE LEON BLVD SUITE 500
CORAL GABLES FL 33146

CREDITOR ID: 452110-98
JEFFERSON-PILOT INVESTMENTS INC
C/O NEXSEN PRUET ADAMS KLEEMEIER
ATTN CHRISTINE L MYATT, ESQ
PO BOX 3463
GREENSBORO NC 27402

CREDITOR ID: 452110-98
JEFFERSON-PILOT INVESTMENTS INC
C/O DIANA PALECEK
100 NORTH GREENE STREET
GREENSBORO NC 27401

CREDITOR ID: 534845-97
JPMORGAN CHASE BANK NA
C/O KIRKPATRICK & LOCKHART ET AL
ATTN: STEVEN H EPSTEIN
599 LEXINGTON AVENUE
NEW YORK NY 10022

CREDITOR ID: 399394-98
JPMORGAN CHASE BANK NA
ATTN ANDREW OPEL
CARRIE A PARKS
270 PARK AVE 17TH FLR
NEW YORK NY 10017

CREDITOR ID: 534409-98
JPMORGAN CHASE BANK NA
ATTN NEELIMA VELUVOLU
270 PARK AVE 17TH FLR
NEW YORK NY 10017

CREDITOR ID: 534411-98
LASALLE BANK NA AS TRUSTEE FOR
REG HOLDERS OF ACGS 2004 LLC SN ABC
ATTN DEMETRIOS J MORAKIS VP
C/O CWCAPITAL ASSET MGMT LLC
701 13TH ST NW STE 1000
WASHINGTON DC 20005

CREDITOR ID: 534411-98
LASALLE BANK NA AS TRUSTEE FOR
C/O VENABLE LLP
ATTN: HEATHER DEANS FOLEY, ESQ
1800 MERCANTILE BANK & TRUST BDLG
TWO HOPKINS PLAZA
BALTIMORE MD 20201
USA

CREDITOR ID: 452149-98
LB UBS 2001-C2 COMMERCIAL MORTGAGE
C/O CW CAPITAL ASSET MANAGEMENT
ATTN MR DEMETRIOS MORAKIS
700 12TH STREET NW SUITE 700
WASHINGTON DC 20005

CREDITOR ID: 452149-98
LB UBS 2001-C2 COMMERCIAL MORTGAGE
C/O STUTMAN THAMES & MARKEY PA
ATTN: RICHARD THAMES, ESQ.
50 N LAURA ST, STE 600
JACKSONVILLE FL 32202

CREDITOR ID: 452118-98
LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

CREDITOR ID: 416950-98
LIFE INVESTORS INS CO OF AMERICA
EPSTEIN BECKER & GREEN PC
NEAL D DODELL
RESURGENS PLAZA
945 E PACES FERRY RD STE 2700
ATLANTA GA 30326

CREDITOR ID: 416950-98
LIFE INVESTORS INS CO OF AMERICA
ATTN BILL SINDLINGER VP & COUNSEL
AEGON USA REALTY ADVISORS INC
4333 EDGEWOOD RD NE
CEDAR RAPIDS IA 52499-5220

CREDITOR ID: 399393-98
LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ATTN JEFFREY L CARESS
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

CREDITOR ID: 452051-98
LONGACRE MASTER FUND LTD
C/O US BANK NATIONAL ASSOCIATION
ATTN DAWNITA EHL
CORPORATE TRUST SERVICES
1420 FIFTH AVE 7TH FLR
SEATTLE WA 98101

CREDITOR ID: 452049-98
LONGACRE MASTER FUND LTD
ATTN VLADIMIR JELISAVCIC
810 SEVENTH AVENUE 22ND FLOOR
NEW YORK NY 10019

CREDITOR ID: 403482-98
M.D. SASS
RE/ ENTERPRISE PORTFOLIO COMPANY LP
ATTN P SIVIN, 10 NEW KING ST
WHITE PLAINS NY 10604

CREDITOR ID: 411411-98
MADISON INVESTMENT TRUST
ATTN SALLY MEYER
KRISTY STARK, CLEARING OPS MGR
6310 LAMAR AVE STE 120
OVERLAND PARK KS 11705-1101

CREDITOR ID: 403518-98
MADISON LIQUIDITY INVESTORS LLC
ATTN SALLY MEYER
6310 LAMAR AVE STE 120
OVERLAND PAARK KS 66202

CREDITOR ID: 399728-98
MADISON NICHE OPPORTUNITIES LLC
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

CREDITOR ID: 405991-98
MERRILL LYNCH CREDIT PRODUCTS LLC
ATTN GARY COHEN/CHRISTOPHER MOON
4 WORLD FINANCIAL CENTER 7TH FLR
NEW YORK NY 10080

CREDITOR ID: 452150-98
MSCI 1999-RM1 DALTON PLACE LP
NELSON MULLINS RILEY & SCARBOROUGH
JOSHUA M KATZ
FIRST UNION PLAZA
999 PEACHTREE ST NE SUITE 1400
ATLANTA GA 30309

CREDITOR ID: 417079-98
NATIONWIDE LIFE INS CO OF AMERICA
ATTN RANDALL W MAY ESQ
ONE NATIONWIDE PLAZA 01-34-06
COLUMBUS OH 43215-2220

CREDITOR ID: 534410-98
ORIX CAPITAL MARKETS LLC
ATTN CHUCK CROUCH
1717 MAIN STREET SUITE 800
DALLAS TX 75201

**SERVICE LIST**
**Notice of Hearing; Debtors' Twenty-Fourth Omnibus**
**Objection to (A) No Liability Claims (B) No Liability**
**Misclassified Claims (C) Overstated Claims (D) Overstated**
**Misclassified Claims (E) Misclassified Claims (F) Duplicate**
**Liability Claims and (G) Amendd and Superseded Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                **CASE:   05-03817-3F1**

CREDITOR ID: 417072-98
PROTECTIVE LIFE INSURANCE COMPANY
C/O HOLLAND & KNIGHT LLP
ATTN CHARLES S MCCALL
PO BOX 52687
JACKSONVILLE FL 32201-2687

CREDITOR ID: 417075-98
QVT FUND LP
STROOCK STROOCK & LAVAN LLP
NINA E ABRAHAM LIEBERMAN ESQ
180 MAIDEN LANE
NEW YORK NY 10038-4982

CREDITOR ID: 417075-98
QVT FUND LP
C/O QVT FINANCIAL LP
ATTN N BRUMM/F SADEGHI-NEJAD/Y CEN
1177 AVENUE OF THE AMERICAS, 9TH FL
NEW YORK NY 10036

CREDITOR ID: 417047-98
REASSURE AMERICA LIFE ASSURANCE CO
C/O CAPMARK SERVICES INC
ATTN CHARLOTTE KOLLIN
THREE RAVINA DR STE 200
ATLANTA GA 30346

CREDITOR ID: 452052-98
SAWICKI REALTY CO
ATTN HENRY J SAWICKI III PRESIDENT
118 W WAYNE ST
MAUMEE OH 43537

CREDITOR ID: 492938-98
SIERRA LIQUIDITY FUND
ATTN SCOTT AUGUST
2699 WHITE RD STE 255
IRVINE CA 92614

CREDITOR ID: 417106-98
SMITHTOWN BAY LLC
C/O SEWARD & KISSEL LLP
ATTN RENEE EUBANKS ESQ
ONE BATTERY PARK PLAZA
NEW YORK NY 10004

CREDITOR ID: 417106-98
SMITHTOWN BAY LLC
ATTN DAVID A ERICSON, VP
BRIAN NAAS
601 CARLSON PARKWAY SUITE 200
MINNETONKA MN 55305

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
C/O TRAUB BONACQUIST & FOX LLP
ATTN: MAURA I RUSSELL, ESQ &
ANTHONY B STUMBO, ESQ
655 THIRD AVE, 21ST FL
NEW YORK NY 10017

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN, 2 GREENWICH PLAZA
GREENWICH CT 06830

CREDITOR ID: 534834-98
THE LUCY CO OF SC LLC
C/O ROX POLLARD PROPERTY MANAGER
COLLIERS KEENAN INC
PO BOX 11610
COLUMBIA SC 29211

CREDITOR ID: 534834-98
THE LUCY CO OF SC LLC
C/O BUIST MOORE SMYTHE MCGEE PA
ATTN CHARLES P SUMMERALL IV, ESQ
PO BOX 999
CHARLESTON SC 29402

CREDITOR ID: 399395-98
TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE, MGR
PO BOX 1487
WEST BABYLON NY 11704

CREDITOR ID: 452056-98
VR GLOBAL PARTNERS, LP
C/O VR CAPITAL GROUP
ATTN RICHARD DEITZ
AVRORA BUSINESS PARK
77 SADOVNICHESKAYA NAB BLDG 1
MOSCOW  115035
RUSSIA

**Total:   68**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors.[1] | ) | Jointly Administered |

**NOTICE OF HEARING**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **November 16, 2006, at 1:00 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Twenty-Fourth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Overstated Claims, (D) Overstated Misclassified Claims, (E) Misclassified Claims, (F) Duplicate Liability Claims and (G) Amended and Superseded Claims.

Only objections filed with the Court so as to be received by **November 6, 2006** and served on D. J. Baker at djbaker@skadden.com, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, will be considered by the Bankruptcy Court at the hearing.

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: October 17, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By ____*s/ D. J. Baker*____
      D. J. Baker
      Sally McDonald Henry
      Rosalie Walker Gray
      Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Attorneys for Debtors

SMITH HULSEY & BUSEY

By ____*s/ James H. Post*_____
      Stephen D. Busey
      James H. Post
      Cynthia C. Jackson,
      Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Co-Attorneys for Debtors

**Hearing Date:**  **November 16, 2006 at 1:00 p.m.**
**Obj. Deadline:**  **November  6, 2006 at 4:00 p.m.**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

**DEBTORS' TWENTY-FOURTH OMNIBUS OBJECTION TO**
**(A) NO LIABILITY CLAIMS, (B) NO LIABILITY MISCLASSIFIED CLAIMS,**
**(C) OVERSTATED CLAIMS, (D) OVERSTATED MISCLASSIFIED CLAIMS,**
**(E) MISCLASSIFIED CLAIMS, (F) DUPLICATE LIABILITY CLAIMS AND**
**(G) AMENDED AND SUPERSEDED CLAIMS**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), object under 11 U.S.C. §§ 502, 506 and 507 and Fed. R. Bankr. P. 3007 and 9014 (the "Objection") to the claims listed on the attached Exhibits A through G (the "Disputed Claims") and, for the reasons set forth below, seek entry of an order (the "Proposed Order") disallowing, reducing or reclassifying the Disputed Claims.[2]  In support of this Objection, the Debtors respectfully represent as follows:

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]    By order dated September 1, 2005, this Court approved notice and service procedures regarding omnibus claim objections (the "Claim Objection Procedures Order").  This Objection is filed pursuant to the Claim Objection Procedures Order.

**BACKGROUND**

A.    The Chapter 11 Filings

1.    On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code").  The Debtors' cases are being jointly administered for procedural purposes only.

2.    The Debtors are grocery and pharmaceutical retailers operating in the southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners.  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.    On March 1, 2005, pursuant to section 1102 of the Bankruptcy Code, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors Committee") to serve in these cases.  An official committee of equity security holders appointed by the U.S. Trustee on August 17, 2005 was subsequently disbanded by the U.S. Trustee by notice dated January 11, 2006.

4.    The Debtors have filed the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (as modified, the "Chapter 11 Plan"), which is currently pending before the Court following a confirmation hearing held on October 13, 2006.  If the Chapter 11 Plan is confirmed by order of the Court, the Chapter 11 Plan will become effective on the date on which the conditions precedent to its effectiveness are satisfied or waived.

5.    The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding under 28 U.S.C. § 157(b)(2).

6.    The statutory predicates for the relief requested are sections 502, 506 and 507 of the Bankruptcy Code and Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

B.    Proofs of Claim

7.    By Order dated April 28, 2005 (the "Claims Bar Date Order"), this Court set August 1, 2005 as the last date for all parties who have or assert (or believe they may have or assert) prepetition claims against one or more of the Debtors to file and serve a written proof of claim with respect to any such claim.  The bar date applicable to governmental units was August 22, 2005.  To date, over 13,500 proofs of claim (the "Proofs of Claim") have been filed against the Debtors in these cases.  Notice of the Claims Bar Date Order and the applicable bar date was provided by mail and publication in accordance with the procedures outlined in the Claims Bar Date Order.

8.    In the ordinary course of business, the Debtors maintain books and records (the "Books and Records") that reflect, among other things, the Debtors' liabilities and the amounts owed to their creditors.  The Debtors and their advisors are conducting a review of the Proofs of Claim filed in these cases (including supporting documentation) and a comparison of the claims asserted in the Proofs of Claim with the Books and Records to determine the validity of the asserted claims.  In the process, the Debtors have identified a number of Proofs of Claim that are objectionable, as more particularly described below.

## RELIEF REQUESTED

9.    By this Objection, the Debtors object to the Disputed Claims and, for the reasons described below, seek entry of the Proposed Order, pursuant to sections 502, 506 and 507 of the Bankruptcy Code and Bankruptcy Rules 3007 and 9014, disallowing, reducing or reclassifying the Disputed Claims.

**BASIS FOR RELIEF**

A.    No Liability Claims

10.    As a result of their review, the Debtors have identified 63 Disputed Claims, including 3 scheduled claims, with respect to which the Books and Records reflect no amount due (the "No Liability Claims").  The No Liability Claims, with reasons for disallowance, are listed on Exhibit A.

11.    The Debtors (a) object to the No Liability Claims listed on Exhibit A and (b) seek entry of the Proposed Order disallowing the No Liability Claims.  Claimants may elect, by not timely responding to this Objection, to permit the No Liability Claims listed on Exhibit A to be disallowed.  In the absence of a Response (as defined in paragraph 33 below), the Debtors will present to the Court the Proposed Order disallowing the No Liability Claims.

B.    No Liability Misclassified Claims

12.    As a result of their review, the Debtors have identified 33 Disputed Claims with respect to which the Books and Records reflect no amount due and that also appear to incorrectly assert secured or priority status (the "No Liability Misclassified Claims").  The No Liability Misclassified Claims, with reasons for disallowance, are listed on Exhibit B.

13.    To the extent that the No Liability Misclassified Claims are not disallowed in their entirety, the Debtors also object to the No Liability Misclassified Claims on the basis of their assertion of secured or priority status.  The No Liability Misclassified Claims have not asserted any basis for entitlement to secured or priority status under the Bankruptcy Code. Therefore, to the extent they are not disallowed in their entirety, the No Liability Misclassified Claims should be reclassified as unsecured non-priority claims.

14.    The Debtors (a) object to the No Liability Misclassified Claims listed on Exhibit B and (b) seek entry of the Proposed Order disallowing the No Liability Misclassified

4

Claims.  To the extent the No Liability Misclassified Claims are not disallowed in their entirety, the Debtors will seek entry of an order reclassifying the No Liability Misclassified Claims as unsecured non-priority claims.  Claimants may elect, by not timely responding to this Objection, to permit the No Liability Misclassified Claims listed on Exhibit B to be disallowed.  In the absence of a Response (as defined in paragraph 33 below), the Debtors will present to the Court the Proposed Order disallowing the No Liability Misclassified Claims.

C.    Overstated Claims

15.    As a result of their review, the Debtors have identified 14 Disputed Claims, including 2 scheduled claims, that were filed in amounts that are greater than the liabilities owed to such claimants as reflected in the Books and Records (the "Overstated Claims").  The Overstated Claims, with the specific reasons for reduction, are listed on Exhibit C.

16.    These claims fall into several categories: (a) Proofs of Claim that do not reflect accounts payable credits due to the Debtors; (b) Proofs of Claim that do not reflect accounts receivable balances due to the Debtors; (c) Proofs of Claim that include amounts that are not reflected as liabilities on the Books and Records; (d) Proofs of Claim that include amounts for which the legal bases are contested by the Debtors; and/or (e) Proofs of Claim that have been reduced by agreement of the claimant.

17.    The Debtors (a) object to the Overstated Claims listed on Exhibit C and (b) seek entry of the Proposed Order reducing the Overstated Claims.  Claimants may elect, by not timely responding to this Objection, to permit the Overstated Claims listed on Exhibit C to be reduced.  In the absence of a Response (as defined in paragraph 33 below), the Debtors will present to the Court the Proposed Order reducing the Overstated Claims.

D.    Overstated Misclassified Claims

18.    As a result of their review, the Debtors have identified 4 Disputed Claims that were filed in amounts that are greater than the liabilities owed to such claimants as reflected in the Books and Records and that also appear to be misclassified in whole or part (the "Overstated Misclassified Claims").  The Overstated Misclassified Claims, with specific reasons for reduction, are listed on Exhibit D.

19.    The Debtors seek to reduce the Overstated Misclassified Claims for the reasons discussed in paragraph 16 above.  In addition, none of the Overstated Misclassified Claims that assert secured status are entitled to secured status under section 506(a) of the Bankruptcy Code because they are not (a) secured by liens on any property in which the Debtors have an interest or (b) subject to setoff under section 553 of the Bankruptcy Code.  None of the Overstated Misclassified Claims that assert priority status are entitled to priority status under any subsection of section 507(a) of the Bankruptcy Code.  Therefore, the Overstated Misclassified Claims should be reclassified as specified on Exhibit D.

20.    The Debtors (a) object to the Overstated Misclassified Claims listed on Exhibit D and (b) seek entry of the Proposed Order reducing and reclassifying such Overstated Misclassified Claims as specified on Exhibit D.  Claimants may elect, by not timely responding to this Objection, to permit their Overstated Misclassified Claims to be reduced and reclassified as specified on Exhibit D.  In the absence of a Response (as defined in paragraph 33 below), the Debtors will present to the Court the Proposed Order reducing and reclassifying the Overstated Misclassified Claims.

E.     Misclassified Claims

21.    As a result of their review, the Debtors have identified 5 Disputed Claims that are misclassified in whole or part (the "Misclassified Claims").  A list of the Misclassified Claims is attached as Exhibit E.

22.    None of the Misclassified Claims that assert secured status are entitled to secured status under section 506(a) of the Bankruptcy Code because they are not (a) secured by liens on any property in which the Debtors have an interest or (b) subject to setoff under section 553 of the Bankruptcy Code.  Therefore, the Misclassified Claims should be reclassified as specified on Exhibit E.

23.    The Debtors (a) object to the Misclassified Claims listed on Exhibit E and (b) seek entry of the Proposed Order modifying such Misclassified Claims to reclassify such claims as specified on Exhibit E.  Claimants may elect, by not timely responding to this Objection, to permit their Misclassified Claims listed on Exhibit E to be reclassified as specified on Exhibit E.  In the absence of a Response (as defined in paragraph 33 below), the Debtors will present to the Court the Proposed Order reclassifying the Misclassified Claims.

F.     Duplicate Liability Claims

24.    As a result of their review, the Debtors have identified approximately 11 proofs of claim (the "Duplicate Liability Claims") that appear to duplicate all or part of the liability set forth in another claim filed against the Debtors.  A list of the Duplicate Liability Claims is attached as Exhibit F.  Adjacent to the identified "Duplicate Liability Claim" on Exhibit F, the Debtors have identified the related claim that will remain if the Court grants this Objection (the "Remaining Claim").

25.    Because each of the Duplicate Liability Claims appears to duplicate all or part of a related Remaining Claim, each such Duplicate Liability Claim should be disallowed.[3] Entry of an order disallowing the Duplicate Liability Claims will not prejudice the Claimants' rights under the Remaining Claims.  The Remaining Claims will remain on the Claims Register after the Duplicate Liability Claims are disallowed.

26.    Accordingly, the Debtors (a) object to the Duplicate Liability Claims listed on Exhibit F as duplicating the liability of the claims listed in the remaining claim column and (b) seek entry of the Proposed Order disallowing the Duplicate Liability Claims.  Claimants may elect, by not timely responding to this Objection, to permit their Duplicate Liability Claims listed on Exhibit F to be disallowed.  In the absence of a Response  (as defined in paragraph 33 below), the Debtors will present to the Court the Proposed Order disallowing the Duplicate Liability Claims.

G.    Amended and Superseded Claims

27.    As a result of their review, the Debtors have identified 11 proofs of claim (the "Amended Claims") that appear to have been amended and superseded by later filed claims. A list of the Amended Claims is attached as Exhibit G.  Adjacent to the identified Amended Claim on Exhibit G, the Debtors have identified the related later filed claim that will remain if the Court grants this Objection (the "Remaining Claim").

28.    Some of the Remaining Claims assert liability in a different amount against the same Debtor, while other Remaining Claims assert a different classification of their claim or attach additional documentation.  The Debtors believe that the claimants holding Amended

---

[3]    The Remaining Claims may be subject to further objections.  The Debtors reserve their rights to object to such claims upon notice to the claimants.

Claims will not be prejudiced by having their Amended Claims disallowed because their

Remaining Claim will remain on the claims registry after the Amended Claim is disallowed.[4]

29.    Accordingly, the Debtors (a) object to the Amended Claims listed on

Exhibit G and (b) seek entry of the Proposed Order disallowing the Amended Claims.  Claimants

may elect, by not timely responding to this Objection, to permit their Amended Claims listed on

Exhibit G to be disallowed.  In the absence of a Response (as defined in paragraph 33 below), the

Debtors will present to the Court the Proposed Order disallowing the Amended Claims.

## SEPARATE CONTESTED MATTERS

30.    Each of the Disputed Claims and the Debtors' objections asserted below

constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  The Debtors

request that any order entered by the Court with respect to an objection asserted in this Objection

shall be deemed a separate order with respect to each Disputed Claim.

## RESERVATION OF RIGHTS

31.    The Debtors expressly reserve the right to amend, modify, or supplement

these objections and to file additional objections to the Disputed Claims or any other claims

(filed or not) which may be asserted against the Debtors.  In particular, the Disputed Claims may

be subject to further objection on the ground that they were filed against the incorrect Debtor.

Subject to confirmation of the Plan and the resolution of substantive consolidation issues by its

terms, the Debtors reserve the right to seek to modify the Debtor against which each of the

Disputed Claims has been filed to reflect that each Disputed Claim is filed against the Debtor

believed to be liable for the amounts asserted in the Disputed Claims.

---

[4]    The Remaining Claims may be subject to further objections.  The Debtors reserve their rights to object to such claims upon notice to the claimants.

32.     The Debtors reserve their rights with respect to potential preference and avoidance actions under chapter 5 of the Bankruptcy Code (the "Avoidance Actions") against any Claimant, and this Objection does not constitute a waiver of the Debtors' right to pursue such Avoidance Actions.

### RESPONSES TO THE OBJECTION

A.     Filing and Service of Responses

33.     Pursuant to the Claim Objection Procedures Order, to contest an Objection a claimant must file a written response to the Objection (a "Response") with the United States Bankruptcy Court for the Middle District of Florida (the "Court"), via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202 no later than **November 6, 2006, at 4:00 p.m. (Eastern time)** (the "Response Deadline").  In addition, a copy of the Response must be served on the following party on or before the Response Deadline:

> Counsel for the Debtors:
>
> D. J. Baker Esq.
> Skadden, Arps, Slate, Meagher
> & Flom LLP
> Four Times Square
> New York, New York 10036
> (212) 735-2000 (facsimile)
> djbaker@skadden.com

B.     Timely Response Required; Hearing; Replies

34.     If a Response is properly and timely filed and served in accordance with the above procedures, the Debtors will endeavor to reach a consensual resolution with the claimant. If no consensual resolution is reached, a hearing has been noticed for **November 16, 2006, at 1:00 p.m. (Eastern Time)**, or such other date and time as parties filing responses may be

notified.  Only those Responses made in writing and timely filed and received will be considered

by the Court at any such hearing.  The Debtors reserve the right to seek to adjourn a hearing with

respect to a specific objection and any Response to such objection.

        35.     If a claimant whose claim is subject to the Objection, and who is served

with the Objection, fails to file and serve a timely Response in compliance with the foregoing

procedures, the Debtors will present to the Court an appropriate order disallowing, reducing or

reclassifying the claim, without further notice to the claimant.

<u>**NOTICE**</u>

        36.     Copies of this Objection will be served upon the claimants identified on

Exhibits A through G, the United States Trustee, counsel for the Debtors' postpetition secured

lender, counsel for the Creditors Committee, and, in an abundance of caution, upon the other

parties in interest named on the Official Service List maintained in these cases.  The Debtors

submit that no other or further notice need be given.

        WHEREFORE the Debtors respectfully request that the Court (i) grant the relief

requested by this Objection, (ii) enter the Proposed Order attached as Exhibit H (a) disallowing

the No Liability Claims, (b) disallowing the No Liability Misclassified Claims, (c) reducing the

Overstated Claims, (d) reducing and reclassifying the Overstated Misclassified Claims,

(e) reclassifying the Misclassified Claims, (f) disallowing the Duplicate Liability Claims and (g)

disallowing the Amended Claims, and (iii) grant such other and further relief as is just and

proper.

Dated: October 17, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By      *s/ D. J. Baker*
      D. J. Baker
      Sally McDonald Henry
      Rosalie Walker Gray
      Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Attorneys for Debtors

SMITH HULSEY & BUSEY

By      *s/ James H. Post*
      Stephen D. Busey
      James H. Post
      Cynthia C. Jackson,
      Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Co-Attorneys for Debtors

## Declaration

I, David M. Young, Division Support Manager, Winn-Dixie Stores, Inc., declare under

the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts stated in the foregoing

Debtors' Twenty-Fourth Omnibus Objection to (A) No Liability Claims, (B) No Liability

Misclassified Claims, (C) Overstated Claims, (D) Overstated Misclassified Claims, (E)

Misclassified Claims, (F) Duplicate Liability Claims and (G) Amended and Superseded Claims

are true and correct to the best of my knowledge, information and belief.

David M. Young
Division Support Manager
Winn-Dixie Stores, Inc.

13

**EXHIBIT A**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 533710<br>ALEC ASHTON RICHMOND, LLC & COMPASS<br>CAPITAL RICHMOND BY COLEMAN GROUP<br>C/O WYATT TARRANT & COMBS LLP<br>ATTN MARY FULLINGTON, ESQ<br>250 WEST MAIN STREET, SUITE 1600<br>LEXINGTON  KY  40507-1746 | 13408<br>**Debtor:** | $815,353.21<br>WINN-DIXIE RALEIGH, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALTHOUGH DEBTOR<br>REMAINS GUARANTOR IN EVENT OF DEFAULT, NO DEFAULT HAS<br>OCCURRED. |
| **Creditor Id:** 87887<br>AUSTIN, SHARON H<br>19400 VARANDA LANE<br>COLONIAL HEIGHTS  VA  23834 | 5000<br>**Debtor:** | $0.00<br>WINN-DIXIE SUPERMARKETS, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  CLAIMANT HAS NOT<br>BEEN EMPLOYED SINCE 2003 AND NO OUTSTANDING DISABILITY<br>PAYMENTS ARE DUE. |
| **Creditor Id:** 410590<br>BAYVIEW FINANCIAL, LP<br>C/O GEBHARDT & SMITH, LLP<br>ATTN KENNETH R RHOAD, ESQ<br>401 E PRATT ST, 9TH FLOOR<br>BALTIMORE  MD  21202 | 9829<br>**Debtor:** | $350,155.06<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 100429<br>BROWNING, DORA A<br>728 VALLEY FORGE RD<br>JACKSONVILLE  FL  32218 | 6106<br>**Debtor:** | $233.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO SUPPORTING<br>DOCUMENTATION, AND UNKNOWN BASIS OF CLAIM. |
| **Creditor Id:** 2134<br>CHESTER DIX FORT CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY  NY  11590<br>  Counsel: ATTN EDWIN W HELD JR, ESQ | 7695<br>**Debtor:** | $3,623,260.98<br>WINN-DIXIE MONTGOMERY, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 2135<br>CHESTER DIX JEFFERSONTOWN CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY  NY  11590<br>  Counsel: ATTN EDWIN W HELD JR, ESQ | 7711<br>**Debtor:** | $4,165,305.80<br>WINN-DIXIE RALEIGH, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  CLAIMANT ASSIGNED<br>ITS RIGHTS TO, AND RELATED CLAIM NUMBER 7701 WAS ASSERTED BY,<br>UNITED COMMERCIAL MORTGAGE CORP. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 266592<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY  AL  36104-4209 | 13351<br>**Debtor:** WINN-DIXIE STORES, INC. | $4,577.02 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, LATE-FILED CLAIM. |
| **Creditor Id:** 420767<br>CRAWFORD, LYNN R<br>205 BLACK ROCK SCHOOL RD<br>CHERRYBILLE  NC  28021-9520 | 13008<br>**Debtor:** WINN-DIXIE LOGISTICS, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION.  ALSO, LATE-FILED CLAIM. |
| **Creditor Id:** 410825<br>DBT PORCUPINE WD1 DE BUSINESS TRUST<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, MGR<br>490 SOUTH HIGHLAND AVENUE<br>PITTSBURGH  PA  15206<br><br>  Counsel: ATTN SARA E LORBER, ESQ | 9645<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $5,533,905.92 | NO LIABILITY ON LEASE ASSIGNED PRIOR TO BANKRUPTCY FILING.  ALL ASSERTED AMOUNTS WERE CURED AT CLOSING. ALTHOUGH DEBTOR REMAINS GUARANTOR IN EVENT OF DEFAULT, NO DEFAULT HAS OCCURRED. |
| **Creditor Id:** 247440<br>DL PETERSON TRUST<br>5924 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL  60693 | 11541<br>**Debtor:** WINN-DIXIE STORES, INC. | $2,092,812.06 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  DEBTOR HAS PURCHASED LEASED VEHICLES THAT FORM ALLEGED BASIS FOR CLAIM AND SECURITY INTEREST. |
| **Creditor Id:** 406583<br>DOOLITTLE, CHARLES W JR<br>7051 CYPRESS BRIDGE DR S<br>PONTE VEDRA  FL  32082 | 8124<br>**Debtor:** WINN-DIXIE STORES, INC. | $19,413.16 | NO LIABILITY.  NOT ENTITLED TO PAYMENT OF LONG TERM INCENTIVE BECAUSE NO LONGER EMPLOYED BY DEBTORS. |
| **Creditor Id:** 269364<br>EDNA HILL MEEKER TRUST<br>FOR LIFETIME BENEFIT OF L H MEEKER<br>C/O RAY & WILSON<br>ATTN DONALD H RAY, ESQ<br>6115 CAMP BOWIE BLVD, SUITE 200<br>FORT WORTH, TX  76116-5500 | 6763<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $1,587,424.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 410528<br>FIRST NATIONAL BANK OF GRANBURY<br>ATTN CRAIG DAVIS, VP<br>PO BOX 400<br>GRANBURY  TX  76048<br><br>  Counsel: ATTN DEBORAH B MORTON, ESQ. | 8501<br>**Debtor:** WINN-DIXIE STORES, INC. | $2,007,507.60 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id:  139570<br>HALL, KAREN E<br>7209 S ORANGE BLOSSOM TRL<br>ORLANDO  FL  32809-5718 | 2724<br>Debtor:  WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY.  DEBTOR MAILED CLAIMANT ALL W-2 INFORMATION.<br>CLAIMANT CAN ALSO ACCESS INFORMATION THROUGH<br>WWW.GETMYW2.COM. |
| Creditor Id:  534665<br>JDA SOFTWARE, INC<br>ATTN MATTHEW M HOLMAN, ESQ<br>14400 N 87TH STREET<br>SCOTTSDALE  AZ  85260 | 13549<br>Debtor:  WINN-DIXIE STORES, INC. | $34,349.00 | NO LIABILITY.  DEBTOR'S BOOKS AND RECORDS REFLECT 8/24/06<br>PAYMENT OF $34,349 BY CHECK NUMBER 8244341 FOR POSTPETITION<br>INVOICE NUMBER 715558. |
| Creditor Id:  256801<br>JONES, MURRAY<br>593 WETUMPKA STREET<br>PRATTVILLE,  AL  36067 | 33945<br>Debtor:  WINN-DIXIE MONTGOMERY, INC. | $105.90 | CLAIMANT WAIVED LIABILITY ON BALLOT. |
| Creditor Id:  247557<br>KAMIN, DANIEL G<br>SHADYSIDE STATION<br>PO BOX 10234<br>PITTSBURGH,  PA  15232-0234 | 36225<br>Debtor:  WINN-DIXIE RALEIGH, INC. | $39,996.98 | LIABILITY SCHEDULED IN ERROR. |
| Creditor Id:  416270<br>KIRKLAND FINANCIAL, LLC<br>C/O WALSTON WELLS & BIRCHALL LLP<br>ATTN C ELLIS BRAZEAL III, ESQ.<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM  AL  35203<br><br>   Counsel: ATTN JAIME A O'BRIEN | 12246<br>Debtor:  WINN-DIXIE MONTGOMERY, INC. | $321,096.23 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| Creditor Id:  254167<br>KROGER CO, THE<br>ATTN ERIN DRISKELL/B GACK, LAW DEPT<br>1014 VINE STREET<br>CINCINNATI  OH  45202 | 8220<br>Debtor:  WINN-DIXIE STORES, INC. | $42,051.59 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| Creditor Id:  410752<br>LIFTER, BENNETT M, TTEE, WAIKIKI<br>PARTNRSHP OF D&H LIFTER TRUST FUNDS<br>C/O BEN-EZRA & KATZ, PA<br>ATTN M MORALES/M A BEN-EZRA, ESQS<br>2901 STIRLING RD STE 300<br>FORT LAUDERDALE  FL  33312-6529 | 12972<br>Debtor:  WINN-DIXIE STORES, INC. | $328,543.56 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AS CLAIMANT<br>ASSIGNED ITS RIGHTS TO, AND RELATED CLAIM WAS FILED BY,  LENDER,<br>PRINCIPAL LIFE INSURANCE. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 416942<br>LNR PARTNERS, INC FOR LASALLE BANK<br>TTEE COMMERCIAL MTG ASSET 1999-C1<br>C/O KOZYAK TROPIN & THROCKMORTON PA<br>ATTN JOHN W KOZYAK, ESQ<br>2525 PONCE DE LEON, 9TH FLOOR<br>CORAL GABLES  FL  33134 | 12420<br>**Debtor:** WINN-DIXIE STORES, INC. | $586,051.60 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, LATE-FILED CLAIM. |
| **Creditor Id:** 416943<br>LNR PARTNERS, INC FOR LASALLE BANK<br>TTEE STRUCTURED ASSET SERIES 2002C2<br>C/O KOZYAK TROPIN & THROCKMORTON PA<br>ATTN JOHN W KOZYAK, ESQ<br>2525 PONCE DE LEON, 9TH FLOOR<br>CORAL GABLES  FL  33134 | 12422<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $115,641.32 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, LATE-FILED CLAIM. |
| **Creditor Id:** 416933<br>LNR PARTNERS, INC, SERIES 1996-1<br>FOR CHASE COMMERCIAL MTG SEC CORP<br>C/O KOZYAK TROPIN & THROCKMORTON PA<br>ATTN JOHN W KOZYAK, ESQ<br>2525 PONCE DE LEON, 9TH FLOOR<br>CORAL GABLES  FL  33134 | 12376<br>**Debtor:** WINN-DIXIE STORES, INC. | $254,576.75 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 170859<br>MARTIN, KAREN K HOLUB<br>557 PLEASANT VIEW<br>MILWAKEE  WI  53226 | 13425<br>**Debtor:** WINN-DIXIE SUPERMARKETS, INC. | $7,500.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION.  ALSO, LATE-FILED CLAIM. |
| **Creditor Id:** 279122<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>ATTN: N GRIFFTHS/ JC PRICE<br>4 WORLD FINANCIAL CENTER<br>NEW YORK  NY  1080<br><br>Counsel: ATTN: ALEXANDRA STEINBERG BARRAGE | 13184<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $887,027.04 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO DUPLICATES LIABILITY IN CLAIM NUMBER 13187. |
| **Creditor Id:** 533711<br>PALM LAKES, LLC BY<br>COLEMAN GROUP<br>C/O WYATT TARRANT & COMBS, LLP<br>ATTN MARY L FULLINGTON, ESQ<br>250 WEST MAIN STREET, SUITE 1600<br>LEXINGTON  KY  40507 | 13409<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $358,356.41 | NO LIABILITY ON LEASE ASSIGNED PRIOR TO BANKRUPTCY FILING.  ALTHOUGH DEBTOR REMAINS GUARANTOR IN EVENT OF DEFAULT, NO DEFAULT HAS OCCURRED. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 410510<br>PAUL REVERE LIFE INSURANCE COMPANY<br>C/O UNUMPROVIDENT<br>ATTN MERI LOWRY, ESQ & S CARVEL, VP<br>BEN VANCE, VP<br>2211 CONGRESS STREET, M284<br>PORTLAND  ME  04122<br><br>Counsel: ATTN STEVEN M ABRAMOWITZ, ESQ | 8465<br>**Debtor:** WINN-DIXIE STORES, INC. | $625,888.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS FOR REJECTION DAMAGES TO HOLDER OF SERIES B NOTE.  WELLS FARGO, TRUSTEE, IS PROPER PARTY TO RECOVER SUCH DAMAGES. |
| **Creditor Id:** 258203<br>PAVIT COMPLEX INC<br>C/O THE TROTMAN COMPANY<br>ATTN: H. SABHAUD, PRES<br>2525 BELL ROAD<br>MONTGOMERY,  AL  36117<br><br>Transferee: ASM CAPITAL LP | 34000<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $19,052.04 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  STORE SOLD 8/31/05 TO CALHOUN ENTERPRISES, INC.  DEBTOR PAID CURE OF $18,319.27 FOR RENT AND $732.77 FOR COMMON AREA MAINTENANCE CHARGES.  NO OTHER AMOUNT IS DUE. |
| **Creditor Id:** 410511<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES  IA  50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 8807<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  PROPER CLAIMANT, RV MANAGEMENT CO, HAS FILED CLAIM 6637, FOR THIS LOCATION. |
| **Creditor Id:** 410511<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES  IA  50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 12153<br>**Debtor:** WINN-DIXIE STORES, INC. | $253,564.72 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  PROPER CLAIMANT VALRICO SQUARE FILED CLAIM NUMBER 10122. |
| **Creditor Id:** 410511<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES  IA  50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 12154<br>**Debtor:** WINN-DIXIE STORES, INC. | $4,800,745.87 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTY. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 410511<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 12156<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $1,396,760.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 258920<br>PRO-ACTIVE JANITORIAL SERVICES<br>ATTN JEFFREY HOROWITZ, OWNER-PRES<br>156 20TH AVENUE SE<br>ST PETERSBURG FL 33705 | 6778<br>**Debtor:** WINN-DIXIE STORES, INC. | $365,055.68 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 410495<br>RONALD A KATZ TECH LICENSING, LP<br>C/O ERVIN, COHEN & JESSUP, LLP<br>ATTN: MICHAEL S KOGAN, ESQ<br>9401 WILSHIRE BLVD, NINTH FLOOR<br>BEVERLY HILLS CA 90212-2974 | 8747<br>**Debtor:** WINN-DIXIE STORES, INC. | $1,469,394.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 533637<br>ROWLAND, ALLEN R<br>2345 ALAQUA DRIVE<br>LONGWOOD FL 32779<br><br>Counsel: ATTN DAVID M. DUNN, ESQ | 13545<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY. CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 419775<br>RUSHER, JANE ANNETTE<br>877 PINE BAUGH STREET<br>ROCKLEDGE FL 32955 | 13088<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. |
| **Creditor Id:** 403933<br>SELLERS, MARK A<br>125 CUELLOCT, UNIT 202<br>PONTE VEDRA BEACH FL 32082 | 9516<br>**Debtor:** WINN-DIXIE STORES, INC. | $23,438.17 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT 9/16/05 PAYMENT OF $ 23,438.17 BY CHECK NUMBER 626493 FOR THIS POSTPETITION OBLIGATION. |
| **Creditor Id:** 403933<br>SELLERS, MARK A<br>125 CUELLOCT, UNIT 202<br>PONTE VEDRA BEACH FL 32082 | 9517<br>**Debtor:** WINN-DIXIE STORES, INC. | $40,800.00 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT 5/10/06 PAYMENT OF $40,800 BY CHECK NUMBER 633358 FOR THIS POSTPETITION OBLIGATION. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 212001<br>SMART, BOBBY O<br>190 COLONIAL HILLS RD<br>WINDER GA 30680 | 9356<br>**Debtor:** WINN-DIXIE STORES, INC. | $174,239.64 | NO LIABILITY. FUTURE DISABILITY BENEFITS ARE NOT PAYABLE THROUGH DEBTOR. BANKRUPTCY FILING DOES NOT AFFECT BENEFITS. |
| **Creditor Id:** 410512<br>SOF INVESTMENTS, LP<br>ATTN MARC R LISKER, ESQ<br>645 FIFTH AVENUE, 21ST FLOOR<br>NEW YORK NY 10022<br><br>Counsel: ATTN STEVEN M ABRAMOWITZ, ESQ | 8466<br>**Debtor:** WINN-DIXIE STORES, INC. | $625,888.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS FOR REJECTION DAMAGES TO HOLDER OF SERIES B NOTE. WELLS FARGO, TRUSTEE, IS PROPER PARTY TO RECOVER SUCH DAMAGES. |
| **Creditor Id:** 410512<br>SOF INVESTMENTS, LP<br>ATTN MARC R LISKER, ESQ<br>645 FIFTH AVENUE, 21ST FLOOR<br>NEW YORK NY 10022<br><br>Counsel: ATTN STEVEN M ABRAMOWITZ, ESQ | 8467<br>**Debtor:** WINN-DIXIE STORES, INC. | $653,965.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS FOR REJECTION DAMAGES TO HOLDER OF SERIES B NOTE. WELLS FARGO, TRUSTEE, IS PROPER PARTY TO RECOVER SUCH DAMAGES. |
| **Creditor Id:** 410867<br>SOUTHERN WINE & SPIRITS OF FLORIDA<br>C/O S WINE & SPIRITS OF AMERICA INC<br>ATTN LAURENCE CHAPLIN, ADM VP`<br>1600 NW 163RD STREET<br>MIAMI FL 33169<br><br>Counsel: ATTN JOSEPH T MOLDOVAN, ESQ | 9945<br>**Debtor:** WINN-DIXIE STORES, INC. | $494,302.07 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT RECLAMATION PAYMENTS IN PROCESS TOTALING $494,302.07. |
| **Creditor Id:** 410867<br>SOUTHERN WINE & SPIRITS OF FLORIDA<br>C/O S WINE & SPIRITS OF AMERICA INC<br>ATTN LAURENCE CHAPLIN, ADM VP`<br>1600 NW 163RD STREET<br>MIAMI FL 33169<br><br>Counsel: ATTN JOSEPH T MOLDOVAN, ESQ | 9946<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $14,319.05 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT RECLAMATION PAYMENTS IN PROCESS TOTALING $14,319.05. |
| **Creditor Id:** 410867<br>SOUTHERN WINE & SPIRITS OF FLORIDA<br>C/O S WINE & SPIRITS OF AMERICA INC<br>ATTN LAURENCE CHAPLIN, ADM VP`<br>1600 NW 163RD STREET<br>MIAMI FL 33169<br><br>Counsel: ATTN JOSEPH T MOLDOVAN, ESQ | 9947<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $47,167.12 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT RECLAMATION PAYMENTS IN PROCESS TOTALING $47,164.12. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 410867<br>SOUTHERN WINE & SPIRITS OF FLORIDA<br>C/O S WINE & SPIRITS OF AMERICA INC<br>ATTN LAURENCE CHAPLIN, ADM VP`<br>1600 NW 163RD STREET<br>MIAMI  FL  33169<br><br>Counsel: ATTN JOSEPH T MOLDOVAN, ESQ | 9948<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $451,634.79 | NO LIABILITY.  DEBTOR'S BOOKS AND RECORDS REFLECT RECLAMATION PAYMENTS IN PROCESS TOTALING $451,634.79. |
| Creditor Id: 408321<br>SOUTHLAND-MANSFIELD WD<br>DELAWARE BUSINESS TRUST<br>C/O NEAL, GERBER & EISENBERG LLP<br>ATTN THOMAS C WOLFORD, ESQ<br>2 N LASALLE STREET, SUITE 2300<br>CHICAGO  IL  60602 | 10864<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $1,171,570.71 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AS CLAIMANT ASSIGNED ITS RIGHTS TO, AND RELATED CLAIM WAS FILED BY, CW ALLIED CAPITAL. |
| Creditor Id: 452091<br>STATE OF TEXAS HEALTH & HUMAN SVCES<br>ATTN EXECUTIVE COMMISSIONER<br>BROWN HEATLY BLDG<br>4900 N LAMAR BLVD, 7TH FLOOR<br>AUSTIN  TX  78751-2316<br><br>Counsel: ATTN: GREG ABBOTT, ESQ | 13267<br>Debtor: WINN-DIXIE STORES, INC. | $10,821.66 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. |
| Creditor Id: 410916<br>SWISS RE ASSET MGMT (AMERICAS) INC<br>BY CAPMARK SERVICES, INC, AGENT<br>C/O GMAC COMMERCIAL MORTGAGE CORP<br>ATTN SUSAN C TARNOWER<br>THREE RAVINIA DRIVE, STE 200<br>ATLANTA  GA  30346<br><br>Counsel: ATTN MARGERY N REED, ESQ | 10089<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $0.00 | NO LIABILITY.  CLAIMANT ASSIGNED ITS RIGHTS TO, AND RELATED CLAIM WAS FILED BY, SBZ MORTGAGE ASSOCIATES, LLC. |
| Creditor Id: 2624<br>THREE MEADOWS PLAZA PARTNERSHIP<br>C/O PRIME SITE REALTY, INC<br>ATTN AL MATRONI<br>PO BOX 97<br>COCOA  FL  32923-0097<br><br>Transferee: LASALLE BANK NATIONAL ASSOC ETAL<br>Counsel: ATTN JOHN H EVANS, ESQ | 10424<br>Debtor: WINN-DIXIE STORES, INC. | $11,600.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 533652<br>TRENT INVESTMENTS, INC<br>C/O SETTLEPOU<br>ATTN CLIFF A WADE, ESQ<br>3333 LEE PARKWAY, EIGHTH FLOOR<br>DALLAS TX 75219 | 13406<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $275,076.42 | NO LIABILITY ON LEASE ASSIGNED PRIOR TO BANKRUPTCY FILING. ALTHOUGH DEBTOR REMAINS GUARANTOR IN EVENT OF DEFAULT, NO DEFAULT HAS OCCURRED. |
| **Creditor Id:** 269367<br>US DEFENSE DEPT<br>TRICARE MANAGEMENT ACTIVITY<br>ATTN MARY L DICKENS<br>16401 EAST CENTRETECH PARKWAY<br>AURORA, CO 80011-9043<br><br>Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | 9830<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $1,885.21 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. DEBTOR FILLED PRESCRIPTIONS FOR CLAIMANT'S RECIPIENTS. WHEN SERVICES WERE RENDERED AND MEDICATIONS DISPENSED, CLAIMANT APPROVED BOTH PAYMENT AND COVERAGE. |
| **Creditor Id:** 269367<br>US DEFENSE DEPT<br>TRICARE MANAGEMENT ACTIVITY<br>ATTN MARY L DICKENS<br>16401 EAST CENTRETECH PARKWAY<br>AURORA, CO 80011-9043<br><br>Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | 9831<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $6,020.68 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. DEBTOR FILLED PRESCRIPTIONS FOR CLAIMANT'S RECIPIENTS. WHEN SERVICES WERE RENDERED AND MEDICATIONS DISPENSED, CLAIMANT APPROVED BOTH PAYMENT AND COVERAGE. |
| **Creditor Id:** 410729<br>VISTA HEALTHPLAN, INC<br>ATTN PHARMACY RECOVERY UNIT<br>MAIL STOP 3330<br>300 SOUTH PARK ROAD<br>HOLLYWOOD FL 33021<br><br>Counsel: ATTN DIANE NOLLER WELLS, ESQ | 9495<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $5,247.31 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. DEBTOR FILLED PRESCRIPTIONS FOR CLAIMANT'S RECIPIENTS. WHEN SERVICES WERE RENDERED AND MEDICATIONS DISPENSED, CLAIMANT APPROVED BOTH PAYMENT AND COVERAGE. |
| **Creditor Id:** 399300<br>WALKER, GEORGE C JR & WILLIAM M<br>JOHN STUART WALKER INC<br>3211 OLD FOREST ROAD<br>LYNCHBURG VA 24501 | 454<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $519,218.56 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT ASSIGNED ITS RIGHT TO, AND RELATED CLAIM WAS FILED BY, JEFFERSON-PILOT LIFE INSURANCE CO. |
| **Creditor Id:** 408230<br>WCJ DAVIS, LTD, ASSIGNEE<br>DBT PORCUPINE WD2/DBT PORCUPINE WD3<br>C/O BRACKETT & ELLIS, PC<br>ATTN THEODORE MACK, ESQ<br>100 MAIN STREET<br>FORT WORTH TX 76102-3090<br><br>Transferee: SOF INVESTMENTS LP | 6665<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $1,832,411.24 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:  410763**<br>WD MT CARMEL, LLC<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, MGR<br>490 SOUTH HIGHLAND AVE<br>PITTSBURGH  PA  15206<br><br>  Counsel: ATTN SARA E LORBER, ESQ | 13435<br>**Debtor:  WINN-DIXIE RALEIGH, INC.** | $1,071,155.37 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALTHOUGH DEBTOR REMAINS GUARANTOR IN EVENT OF DEFAULT, NO DEFAULT HAS OCCURRED. |
| **Creditor Id:  2666**<br>WD ROCKY MOUNT VA PARTNERS LLC<br>C/O I REISS & SON<br>ATTN LINDA HEFFNER, MGR MEMBER<br>200 EAST 61ST STREET, SUITE 29F<br>NEW YORK  NY  10021 | 8367<br>**Debtor:  WINN-DIXIE RALEIGH, INC.** | $606,626.01 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AS CLAIMANT ASSIGNED ITS RIGHTS TO, AND RELATED CLAIM WAS ASSERTED BY, MERRILL LYNCH PIERCE FENNER & SMITH. |
| **Creditor Id:  410482**<br>WELLS FARGO BANK NORTHWEST NA, TTEE<br>ATTN VAL T ORTON, VP<br>MAC U1228-120<br>299 SOUTH MAIN STREET, 12TH FLOOR<br>SALT LAKE CITY  UT  84111<br><br>  Counsel: ATTN STEVEN M ABRAMOWITZ, ESQ | 9532<br>**Debtor:  WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:  410482**<br>WELLS FARGO BANK NORTHWEST NA, TTEE<br>ATTN VAL T ORTON, VP<br>MAC U1228-120<br>299 SOUTH MAIN STREET, 12TH FLOOR<br>SALT LAKE CITY  UT  84111<br><br>  Counsel: ATTN STEVEN M ABRAMOWITZ, ESQ | 12076<br>**Debtor:  WINN-DIXIE STORES, INC.** | $751,973.85 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO TRUSTEE OF NOTEHOLDERS PURPORTED TO HAVE BEEN ASSIGNED LANDLORD'S GUARANTEE. |
| **Creditor Id:  235656**<br>WILLIS, ASHLEE D<br>5752 MAGNOLIA DRIVE<br>JACKSON  MS  39209-0001 | 11619<br>**Debtor:  WINN-DIXIE MONTGOMERY, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. |
| **Creditor Id:  407489**<br>WILMINGTON TRUST CO/WADE, WJ, TTEES<br>SOUTHLAND-POWDER SPRINGS WD DE BUS<br>C/O NEAL GERBER & EISENBERG LLP<br>ATTN: THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2300<br>CHICAGO  IL  60602 | 12164<br>**Debtor:  WINN-DIXIE MONTGOMERY, INC.** | $425,046.09 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AS CLAIMANT ASSIGNED HIS RIGHTS TO, AND RELATED CLAIM WAS FILED BY, PRINCIPAL LIFE INSURANCE CO. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 407479<br>WILMINGTON TRUST COMPANY, TTEE<br>SOUTHLAND-WACO WD DEL BUS TRUST<br>C/O NEAL GERBER EISENBERG LLP<br>ATTN THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2300<br>CHICAGO  IL  60602 | 13404<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $282,155.07 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALTHOUGH DEBTOR REMAINS GUARANTOR IN EVENT OF DEFAULT, NO DEFAULT HAS OCCURRED. |
| **Creditor Id:** 410584<br>WILMINGTON TRUST COMPANY, TTEE<br>SOUTHLAND-ARLINGTON WD DE BUS TRUST<br>C/O NEAL, GERBER & EISENBERG<br>ATTN THOMAS C WOLFORD, ESQ<br>2 N LASALLE STREET, SUITE 2200<br>CHICAGO  IL  60602 | 13415<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $659,244.66 | NO LIABILITY ON LEASE ASSIGNED PRIOR TO BANKRUPTCY FILING. ALTHOUGH DEBTOR REMAINS GUARANTOR IN EVENT OF DEFAULT, NO DEFAULT HAS OCCURRED. |

| | | | |
|---|---|---|---|
| **Total Claims to be Disallowed:** | 63 | | |
| **Total Amount to be Disallowed:** | $42,261,511.18 | **Plus Unliquidated Amounts, If Any** | |

**EXHIBIT B**

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 411159**<br>ALLIED CAPITAL CORP CLASSES ABC<br>HLDRS OF ACGS 2004, LLC SEC NOTES<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE  MD  21201 | 11221<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 410561**<br>CCP EMPLOYEE PROFIT SHARING PLAN<br>& TRUST<br>C/O HIERSCHE HAYWARD DRAKELEY ET AL<br>ATTN RUSSELL W MILLS, ESQ<br>15303 DALLAS PARKWAY, SUITE 700<br>ADDISON  TX  75001<br><br>Transferee: PRINCIPAL LIFE INSURANCE COMPANY | 8902<br>**Debtor: WINN-DIXIE RALEIGH, INC.** | $272,061.94 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  CLAIM<br>WAS ASSIGNED TO, AND RELATED CLAIM WAS ASSERTED BY,<br>PRINCIPAL LIFE INSURANCE.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 410561**<br>CCP EMPLOYEE PROFIT SHARING PLAN<br>& TRUST<br>C/O HIERSCHE HAYWARD DRAKELEY ET AL<br>ATTN RUSSELL W MILLS, ESQ<br>15303 DALLAS PARKWAY, SUITE 700<br>ADDISON  TX  75001<br><br>Transferee: PRINCIPAL LIFE INSURANCE COMPANY | 11157<br>**Debtor: WINN-DIXIE RALEIGH, INC.** | $20,927.94 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  CLAIM<br>WAS ASSIGNED TO, AND RELATED CLAIM WAS ASSERTED BY,<br>PRINCIPAL LIFE INSURANCE.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 410815**<br>CRIIMI MAE SVCS LLP, SERIES 1996-D2<br>HOLDERS ASSET SECURITIZATION CORP<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY ESQS<br>TWO HOPKINGS PLAZA, STE 1800<br>BALTIMORE  MD  21201 | 10612<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 410817**<br>CRIIMI MAE SVCS LLP, SERIES 1998-D6<br>HOLDERS NOMURA ASSET SECURITIES<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE  MD  21201 | 10606<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO,<br>MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:  410816**<br>CRIIMI MAE SVCS LP, SERIES 1996-D3<br>HOLDERS ASSET SECURITIZATION CORP<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE  MD  21201 | 10611<br>**Debtor: WINN-DIXIE MONTGOMERY, INC.** | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id:  410811**<br>CRIIMI MAE SVCS LP, SERIES 1997-C1<br>HOLDERS MERRILL LYNCH MORTGAGE<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE  MD  21201 | 10597<br>**Debtor: WINN-DIXIE RALEIGH, INC.** | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id:  410811**<br>CRIIMI MAE SVCS LP, SERIES 1997-C1<br>HOLDERS MERRILL LYNCH MORTGAGE<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE  MD  21201 | 10609<br>**Debtor: WINN-DIXIE MONTGOMERY, INC.** | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id:  410814**<br>CRIIMI MAE SVCS LP, SERIES 1997-C2<br>HOLDERS MERRILL LYNCH MORTGAGE<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY, ESQS<br>TWO HOPKINS PLAZA, SUITE 1800<br>BALTIMORE  MD  21201 | 10613<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON<br>GUARANTY TO LANDLORD'S LENDER.  ALSO, MISCLASSIFIED<br>CLAIM. |
| **Creditor Id:  410821**<br>CRIIMI MAE SVCS LP, SERIES 1997-MC2<br>HOLDERS MORTGAGE CAPITAL FUNDING<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE  MD  21201 | 10599<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO,<br>MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 410818<br>CRIIMI MAE SVCS, LP, SERIES 1997-C1<br>HOLDERS FIRST UNION COMMERCIAL<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE  MD  21201 | 10603<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 410812<br>CRIIMI MAE SVCS, SERIES 1996-C2<br>HOLDERS MERRILL LYNCH MORTGAGE<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY, ESQS<br>TWO HOPKINS PLAXA, STE 1800<br>BALTIMORE  MD  21201 | 10614<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 411160<br>CWCAPITAL ASSET MGMT SERIES 2004-C1<br>HOLDERS OF GS MORTGAGE SECURITIES<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE  MD  21201 | 11222<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 411166<br>CWCAPITAL ASSET MGT, SERIES1998-MC3<br>HOLDERS OF MORTGAGE CAPITAL FUNDING<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE  MD  21201 | 11225<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 411172<br>CWCAPITAL ASST MGMT, SERIES 2001C1<br>HOLDERS OF JP MORGAN CHASE COM MORT<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE  MD  21201 | 11227<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:  410722**<br>GATOR COASTAL SHOPPING CENTRE, LLC<br>C/O FROST BROWN TODD LLC<br>ATTN: KYLE R GRUBBS, ESQ<br>2200 PNC CENTER<br>201 EAST FIFTH STREET<br>CINCINNATI  OH  45202 | 10215<br>**Debtor: WINN-DIXIE STORES, INC.** | $586,477.66 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:  381792**<br>GE COMMERCIAL FIN BUS PROP CORP FKA<br>GE CAPITAL BUS ASSET FUNDING CORP<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN MARC HAMROFF/LESLIE BERKOFF<br>400 GARDEN CITY PLAZA<br>GARDEN CITY  NY  11530 | 10247<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:  410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO  NC  27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8569<br>**Debtor: WINN-DIXIE MONTGOMERY, INC.** | $0.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  PROPER CREDITOR SOUTHEAST US RETAIL FUND FILED CLAIM NUMBER 11780.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:  410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO  NC  27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8576<br>**Debtor: WINN-DIXIE RALEIGH, INC.** | $0.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:  410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO  NC  27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8579<br>**Debtor: WINN-DIXIE RALEIGH, INC.** | $0.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 410448<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8581<br>**Debtor: WINN-DIXIE RALEIGH, INC.** | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 410448<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8639<br>**Debtor: WINN-DIXIE RALEIGH, INC.** | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 410448<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8646<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  LAST KNOWN PAYEE IS COMMERCIAL PROPERTY WITH WHOM DEBTOR ENTERED TERMINATION AGREEMENT, PAYING ONE-TIME LUMP SUM TERMINATION FEE OF $368,000.  NO OTHER AMOUNT IS DUE.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 411157<br>ORIX CAPITAL MKTS, SERIES 1997-MC1<br>HOLDERS OF MORTGAGE CAPITAL FUNDING<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 11220<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 411151<br>ORIX CAPITAL MKTS, SERIES 1998-C1<br>HLDRS OF CREDIT SUISSE FIRST BOSTON<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 11218<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 411180<br>ORIX CAPITAL MKTS, SERIES 1998-C2<br>HOLDERS OF FIRST UNION-LEHMAN ET AL<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLLEY, ESQS<br>TWO HOPKINS PLAZA, SUITE 1800<br>BALTIMORE  MD  21201 | 11261<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id:** 411141<br>ORIX CAPITAL MKTS, SERIES 1998-CF2<br>HOLDERS OF DLJ COMMERCIAL MORTGAGE<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE  MD  21201 | 11144<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id:** 411143<br>ORIX CAPITAL MKTS, SERIES 1999-2<br>HOLDERS OF NATIONSLINK FUNDING CORP<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE  MD  21201 | 11146<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id:** 411148<br>ORIX CAPITAL MKTS, SERIES 2000-C1<br>HOLDERS OF DUETSCHE MORTGAGE<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE  MD  21201 | 11147<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id:** 2244<br>PS FRANKLIN, LTD<br>ATTN FRED CHIKOVSKY, GP<br>1720 HARRISON STREET, SUITE 7-A<br>HOLLYWOOD  FL  33020 | 2316<br>**Debtor: WINN-DIXIE STORES, INC.** | $6,660,258.71 | Secured | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  AS TO<br>STORE 1566, LEASE WAS TERMINATED AND LANDLORD<br>RELEASED DEBTOR OF LIABILITY.  AS TO STORE 1563, LEASE<br>WAS ASSUMED AND ASSIGNED AND NO AMOUNT IS DUE.  AS<br>TO STORE 1559, IT IS AN OPERATING STORE AND NO AMOUNT<br>IS DUE.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 2550<br>SG PARTNERSHIP<br>ATTN R RENE BORDELON<br>PO BOX 704<br>MARKSVILLE  LA  71351 | 11972<br>**Debtor: WINN-DIXIE STORES, INC.** | $995,380.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AS<br>LANDLORD ASSIGNED ITS RIGHTS.  RELATED CLAIM WAS<br>ASSERTED BY CURRENT ASSIGNEE, VIRTUAL REALITY<br>ENTERPRISES.  ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 411028<br>US BANK NA, IND TEE<br>CORPORATE TRUSTEE SERVICES<br>ATTN PATRICIA J KAPSCH, ASST VP<br>PO BOX 70870<br>ST PAUL  MN  55170-9705<br><br>Counsel: ATTN DAVID LEMKE, ESQ | 12758<br>**Debtor: WINN-DIXIE STORES, INC.** | $10,013,441.63 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 226155<br>VANDEUSEN, RICHARD W<br>704 GENTLE SLOPE WAY<br>RALEIGH  NC  27603 | 1762<br>**Debtor: WINN-DIXIE STORES, INC.** | $33,634.83 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  UPON INFORMATION AND BELIEF, THE SOCIAL SECURITY ADMINISTRATION HAS NOW POSTED CLAIMANT'S 2001 CONTRIBUTIONS TO HIS ACCOUNT.  ALSO, MISCLASSIFIED CLAIM. |

| | | |
|---|---|---|
| **Total Claims to be Disallowed & Recl:** | 33 | |
| **Total Amount to be Disallowed & Recl:** | $18,582,182.71 | **Plus Unliquidated Amounts, If Any** |

**EXHIBIT C**

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 410402<br>ADT SECURITY SYSTEMS, INC<br>ATTN BRANDY WIMBISH, MGR<br>14200 EAST EXPOSITION AVE<br>AURORA  CA  80012 | 8346<br>**Debtor:** | $172,363.61<br>**WINN-DIXIE STORES, INC.** | $5,067.21 | REDUCED AMOUNT REFLECTS $2,667.21 DUE PER DEBTOR'S BOOKS AND RECORDS AND $2,400.00 FOR REJECTION DAMAGES FOR CONTRACT COVERING CCTV IN STORE NUMBER 534.  ASSERTED AMOUNT FOR ANTICIPATORY REJECTION DAMAGES OF OTHER SERVICES IS NOT OWED. |
| **Creditor Id:** 247187<br>CREDIT SUISSE FIRST BOSTON, LLC<br>ATTN JOSEPH BROSNAN<br>11 MADISON AVE, 5TH FLOOR<br>NEW YORK, NY  10010<br><br>Counsel: ATTN TARA HANNON, ESQ | 11415<br>**Debtor:** | $2,795,892.25<br>**WINN-DIXIE MONTGOMERY, INC.** | $724,861.06 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,071,031.19 FOR OVERSTATED REJECTION DAMAGES. |
| **Creditor Id:** 404511<br>DANFOSS INC<br>ATTN FRANCIS C SCHNELL, CFO<br>7941 CORPORATE DRIVE<br>BALTIMORE  MD  21236-4925 | 9972<br>**Debtor:** | $502,313.44<br>**WINN-DIXIE STORES, INC.** | $479,292.47 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id:** 249270<br>EXCELL REFRIGERATION INC<br>ATTN RAYMOND TAYLOR, PRES<br>605 WHITNEY AVENUE<br>LANTANA, FL  33462<br><br>Counsel: ATTN WILLIAM J MARELL ESQ | 10336<br>**Debtor:** | $38,955.98<br>**WINN-DIXIE STORES, INC.** | $12,015.84 | REDUCED TO $34,611.04 BY 4/20/06 SEVENTH OMNIBUS CLAIMS OBJECTION ORDER.  FURTHER REDUCTION REFLECTS REMOVAL OF $22,595.20 FOR INVOICE NUMBER 14967 AS LANDLORD/PROPERTY OWNER PAID CLAIMANT THAT AMOUNT BY CHECK NUMBER 211630 DATED 3/13/06 AND REQUESTED REIMBURSEMENT FROM THE DEBTOR.  DEBTOR SEEKS FURTHER REDUCTION PURSUANT TO 11 U.S.C. SECTION 502(J). |
| **Creditor Id:** 315852<br>HENDERSON, JAMES S<br>PO BOX 9909<br>GREENWOOD, MS  38930-1757<br><br>Counsel: ATTN H D BROCK, ESQ | 13426<br>**Debtor:** | $272,231.58<br>**WINN-DIXIE STORES, INC.** | $136,610.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $135,621.58 FOR OVERSTATED REJECTION DAMAGES. |
| **Creditor Id:** 399339<br>IKON FINANCIAL SERVICES<br>ATTN D SYKES, BANKR ADMINISTRATION<br>PO BOX 13708<br>MACON  GA  31208-3708 | 475<br>**Debtor:** | $73,955.55<br>**WINN-DIXIE STORES, INC.** | $11,502.90 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS.  ASSERTED AMOUNT FOR ANTICIPATORY REJECTION DAMAGES IS NOT OWED. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 410908<br>JDN REALTY AL, INC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122<br><br>Counsel: ATTN: ROBERT LEHANE, ESQ | 10057<br>Debtor: | $277,898.30<br>WINN-DIXIE MONTGOMERY, INC. | $264,622.39 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,193.35 FOR OVERSTATED REJECTION DAMAGES, $5,380.46 AND $4,688.60 FOR OVERSTATED 2004 COMMON AREA MAINTENANCE CHARGES AND INSURANCE, AND $1,013.50 FOR OVERSTATED PREPETITION 2005 COMMON AREA MAINTENANCE CHARGES, INSURANCE, AND REAL PROPERTY TAXES. |
| **Creditor Id:** 255101<br>LSQ FUNDING GROUP LC<br>% CHARLIES PASTRIES<br>PO BOX 102432<br>ATLANTA, GA 30368-2432 | 35062<br>Debtor: | $19,910.00<br>WINN-DIXIE PROCUREMENT, INC. | $15,814.90 | WITH REDUCED AMOUNT OF CLAIM NUMBER 411, REDUCED AMOUNT REFLECTS REMAINING AMOUNT DUE. |
| **Creditor Id:** 407706<br>MORNINGSTAR FOODS, LLC<br>C/O DEAN FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKINNEY AVENUE, SUITE 1200<br>DALLAS TX 75201 | 5288<br>Debtor: | $1,321,294.77<br>WINN-DIXIE STORES, INC. | $760,574.52 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $12,255.61, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $29,808.68 AND $31,811.06, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $382,987.60, AND REMOVAL OF $1,857.30 OVERSTATED IN PROOF OF CLAIM AND $102,000.00 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES, ALL BY AGREEMENT WITH CLAIMANT. |
| **Creditor Id:** 382056<br>NEWELL RUBBERMAID INC (W15246)<br>ATTN GARY POPP, SR CR MGR<br>29 E STEPHENSON STREET<br>FREEPORT IL 61032 | 7311<br>Debtor: | $404,128.00<br>WINN-DIXIE STORES, INC. | $165,105.85 | REDUCED TO $172,307.71 AND RECLASSIFIED TO UNSECURED NON-PRIORITY BY 8/31/06 SIXTEENTH OMNIBUS CLAIMS OBJECTION ORDER. FURTHER REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. DEBTOR SEEKS FURTHER REDUCTION PURSUANT TO 11 U.S.C. SECTION 502(J). |
| **Creditor Id:** 410511<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 10086<br>Debtor: | $388,121.00<br>WINN-DIXIE RALEIGH, INC. | $348,745.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $39,376 FOR OVERSTATED REJECTION DAMAGES. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - OVERSTATED CLAIMS TO BE REDUCED

Page: 3 of 3
Date: 10/16/2006

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 263785<br>UNITED COMMERCIAL MORTGAGE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>ADAM FRISCH, ESQ<br>135 JERICHO TURNPIKE<br>OLD WESTBURY  NY  11568<br><br>Counsel: ATTN DIANA M THIMMIG, ESQ | 7701<br>**Debtor:** | $4,165,305.80<br>**WINN-DIXIE RALEIGH, INC.** | $854,222.82 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| **Creditor Id:** 410760<br>WD HILLARD, LLC<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, MGR<br>490 SOUTH HIGHLAND AVE<br>PITTSBURGH  PA  15206<br><br>Counsel: ATTN SARA E LORBER, ESQ | 12311<br>**Debtor:** | $1,179,826.57<br>**WINN-DIXIE MONTGOMERY, INC.** | $804,154.79 | REDUCED AMOUNT REFLECTS REMOVAL OF $356,000 FOR ESTIMATED DAMAGES WITHOUT SUPPORTING DOCUMENTATION AND $19,671.78 FOR POSTPETITION TAXES PAID TO LANDLORD BY CHECK NUMBER 008147013. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id:** 398211<br>WIN GENERAL INSURANCE<br>ATTN JAY CASTLE/DALE H BITTER, PRES<br>5050 EDGEWOOD COURT<br>JACKSONVILLE,  FL  32254 | 34477<br>**Debtor:** | $2,923,927.20<br>**WINN-DIXIE MONTGOMERY, INC.** | $2,823,927.20 | REDUCED AMOUNT REFLECTS ACTUAL AMOUNT OWED. |

| | | |
|---|---|---|
| **Total Claims to be Reduced:** | 14 | |
| **Total Amount to be Reduced:** | $14,536,124.05 Plus Unliquidated Amounts, If Any | |
| **Total Reduced Amount:** | $7,406,516.95 | |

**EXHIBIT D**

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT D - OVERSTATED AND MISCLASSIFIED**
**CLAIMS TO BE REDUCED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| CITY OF WARNER ROBINS UTILITY & TAX<br>ATTN JAMES E ELLIOTT JR, ESQ<br>PO BOX 1488<br>WARNER ROBINS GA 31099 | 13357 | $7,306.52<br><br>**Debtor: WINN-DIXIE STORES, INC.** | Multiple Classes | Unsecured Non-Priority | $646.50 | REDUCED AMOUNT REFLECTS UTILITY AMOUNT OWED.  AS TO TAX LIABILITY PORTION OF ASSERTED AMOUNT, CLAIM WAS ALREADY DETERMINED BY THE 7/27/06 THIRD OMNIBUS TAX OBJECTION ORDER IN CONNECTION WITH CLAIM NUMBER 12255.  ALSO, MISCLASSIFIED CLAIM. |
| MYSTIC, LLC<br>ATTN LEO D STERNFELS, MGR<br>PO BOX 100<br>PLATTENVILLE, LA 70393<br>  Counsel: ATTN CLAYTON E LOVELL, ESQ. | 12056 | $3,870,444.90<br><br>**Debtor: WINN-DIXIE STORES, INC.** | Secured | Unsecured Non-Priority | $6,256.60 | REDUCED AMOUNT REFLECTS PAYMENT OF $5,188.64 BY CHECK NUMBER 008120507 (CLEARED 11/4/05) FOR SECOND QUARTER 2005 COMMON AREA MAINTENANCE CHARGES AND REMOVAL OF $3,858,999.66 FOR REJECTION DAMAGES ASSIGNED TO CREDIT SUISSE FIRST BOSTON LLC, CLAIMANT'S LENDER.  ALSO, MISCLASSIFIED CLAIM. |
| PEPSI BOTTLING GROUP<br>ATTN MIKE BEVILACQUA<br>1100 REYNOLDS BLVD<br>WINSTON-SALEM NC 27102<br>  Transferee: JPMORGAN CHASE BANK NA | 8865 | $7,487,670.72<br><br>**Debtor: WINN-DIXIE STORES, INC.** | Multiple Classes | Unsecured Non-Priority | $2,373,920.34 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $52,591.69, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $209,377.35 AND $2,832,971.60, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $1,672,909.55, AND REMOVAL OF $345,900.19 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES.  ALSO, MISCLASSIFIED CLAIM. |
| VIRTUAL REALTY ENTERPRISES, INC<br>C/O DICKINSON FINANCIAL CORP<br>ATTN DOUGLAS M NEEB, ESQ<br>1100 MAIN, SUITE 350<br>KANSAS CITY MO 64105 | 10264 | $1,802,128.82<br><br>**Debtor: WINN-DIXIE STORES, INC.** | Secured | Unsecured Non-Priority | $979,170.94 | REDUCED AMOUNT REFLECTS REMOVAL OF $822,957.88 FOR OVERSTATED REJECTION DAMAGES.  ALSO, MISCLASSIFIED CLAIM. |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Claims to be Reduced & Reclassified:** | | **4** | | | | |
| **Total Amount to be Reduced & Reclassified:** | | **$13,167,550.96** | | **Plus Unliquidated Amounts, If Any** | | |
| **Total Reduced & Reclassified Amount:** | | **$3,359,994.38** | | | | |

**EXHIBIT E**

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT E - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 240552<br>COUNTY OF LOUISVILLE JEFFERSON<br>METRO REVENUE COMMISSION<br>ATTN KIM G JOHNSON, ADMINISTRATOR<br>PO BOX 35410<br>LOUISVILLE  KY  40232-5410 | 4059<br>**Debtor: WINN-DIXIE LOGISTICS, INC.** | $62,217.88 | Multiple Classes | Multiple Classes | CLAIM ASSERTED WITH INCONSISTENT CLASSIFICATIONS. RECLASSIFY $60,696.63 TO UNSECURED PRIORITY AND $1,521.25 TO UNSECURED NON-PRIORITY (PENALTY). |
| **Creditor Id:** 20933<br>DELANI, LORI L<br>29787 HENRY LANE<br>BIG PINE KEY  FL  33043 | 3315<br>**Debtor: WINN-DIXIE STORES, INC.** | $661.55 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id:** 253207<br>DI FATTA, JOHN<br>300 COBLE DRIVE<br>LONGWOOD  FL  32779 | 6889<br>**Debtor: WINN-DIXIE STORES, INC.** | $1,620.00 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id:** 405927<br>GOODING'S SUPERMARKETS, INC<br>C/O LOWNDES DROSDICK ET AL<br>ATTN MATT E BEAL, ESQ<br>215 NORTH EOLA DRIVE<br>PO BOX 2809<br>ORLANDO  FL  32802-2809 | 13294<br>**Debtor: WINN-DIXIE STORES, INC.** | $1,349,157.25 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id:** 226409<br>VARNEDOE, TAMMY J<br>346 BATTEN EXT LOT 1<br>DOUGLAS  GA  31533 | 4868<br>**Debtor: WINN-DIXIE STORES, INC.** | $428.00 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |

| | | | |
|---|---|---|---|
| **Total Claims to be Reclassified:** | 5 | | |
| **Total Amount to be Reclassified:** | $1,414,084.68 | **Plus Unliquidated Amounts, If Any** | |

**EXHIBIT F**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION
EXHIBIT F - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  88**<br>CITY OF ATHENS UTILITIES<br>ATTN BARBARA BURRELL<br>PO BOX 1089<br>ATHENS  AL  35612 | 238<br>Debtor: | 1442<br>**WINN-DIXIE STORES, INC.** | $11,967.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  403430**<br>COUNTY OF FULTON TAX COMMISSIONER<br>ATTN W RESPRESS/DAMIKA MCCLINTON<br>141 PRYOR STREET SW, ROOM 1113<br>ATLANTA  GA  30303 | 12838<br>Debtor: | 11734<br>**WINN-DIXIE STORES, INC.** | $472,073.54 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  404511**<br>DANFOSS INC<br>ATTN FRANCIS C SCHNELL, CFO<br>7941 CORPORATE DRIVE<br>BALTIMORE  MD  21236-4925 | 9972<br>Debtor: | 13573<br>**WINN-DIXIE STORES, INC.** | $502,313.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  533682**<br>GREAT AMERICAN INSURANCE CO<br>ATTN ROBERT H ROWAN, DIVISIONAL AVP<br>PO BOX 2119<br>CINCINNATI  OH  45201 | 13516<br>Debtor: | 13515<br>**WINN-DIXIE STORES, INC.** | $16,175.35 | DUPLICATES CLAIM FILED AGAINST DIFFERENT DEBTOR LISTED IN REMAINING CLAIM COLUMN.  DISALLOWANCE IS CONTINGENT UPON CONFIRMATION AND EFFECTIVENESS OF DEBTORS' PLAN. |
| **Creditor Id:  403234**<br>IMPERIAL TRADING COMPANY INC<br>ATTN KEITH BEBA, CONTROLLER<br>PO BOX 23508<br>ELMWOOD  LA  70183-0508 | 11263<br>Debtor: | 13310<br>**WINN-DIXIE MONTGOMERY, INC.** | $105,057.94 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  403234**<br>IMPERIAL TRADING COMPANY INC<br>ATTN KEITH BEBA, CONTROLLER<br>PO BOX 23508<br>ELMWOOD  LA  70183-0508 | 11263<br>Debtor: | 13311<br>**WINN-DIXIE STORES, INC.** | $105,057.94 | DUPLICATES CLAIM FILED AGAINST DIFFERENT DEBTOR LISTED IN REMAINING CLAIM COLUMN.  DISALLOWANCE IS CONTINGENT UPON CONFIRMATION AND EFFECTIVENESS OF DEBTORS' PLAN. |
| **Creditor Id:  492844**<br>ISD OF CYPRESS-FAIRBANKS<br>PO BOX 692003<br>HOUSTON  TX  77269-2003<br><br>Counsel: ATTN: JOHN P DILLMAN, ESQ | 13355<br>Debtor: | 13441<br>**WINN-DIXIE STORES, INC.** | $2,001.56 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION
EXHIBIT F - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  269335**<br>PRO-ACTIVE JANITORIAL SERVICES, INC<br>C/O GOLDSTEIN & GREENBERG, PA<br>ATTN LARRY D GOLDSTEIN, ESQ<br>7601 38TH AVENUE NORTH<br>ST PETERSBURG, FL  33710 | 6778<br>Debtor: | 8230<br>**WINN-DIXIE STORES, INC.** | $231,852.94 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  408217**<br>SINGER, HERBERT<br>C/O PLATZER SWERGOLD KARLIN, ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK  NY  10018 | 13278<br>Debtor: | 13273<br>**WINN-DIXIE MONTGOMERY, INC.** | $809,861.05 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  408217**<br>SINGER, HERBERT<br>C/O PLATZER SWERGOLD KARLIN, ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK  NY  10018 | 13276<br>Debtor: | 13274<br>**WINN-DIXIE MONTGOMERY, INC.** | $779,796.61 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  407758**<br>WOODLAND HARTFORD ASSOC LLC<br>C/O SOLOMON PEARL ET AL<br>ATTN JOEL M SHAFFERMAN, ESQ<br>40 WALL ST, 35TH FL<br>NEW YORK  NY  10005<br><br>Counsel: ATTN: MICHAEL E CECIL | 9213<br>Debtor: | 9214<br>**WINN-DIXIE STORES, INC.** | $45,415.70 | DUPLICATES CLAIM FILED AGAINST DIFFERENT DEBTOR LISTED IN REMAINING CLAIM COLUMN.  DISALLOWANCE IS CONTINGENT UPON CONFIRMATION AND EFFECTIVENESS OF DEBTORS' PLAN. |
| **Total Claims to be Disallowed:** | **11** | | | |
| **Total Amount to be Disallowed:** | **$3,081,573.19** | **Plus Unliquidated Amounts, If Any** | | |

# EXHIBIT G

WINN-DIXIE STORES, INC., ET AL.

**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**

**EXHIBIT G - AMENDED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 416846<br>BIRMINGHAM REALTY COMPANY<br>C/O REDROCK CAPITAL PARTNERS<br>ATTN CRAIG KLEIN<br>111 S MAIN STREET, SUITE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424<br><br>Transferee: REDROCK CAPITAL PARTNERS LLC<br>Counsel: ATTN STEPHEN B PORTERFIELD, ESQ | 13438<br>**Debtor:** | WINN-DIXIE MONTGOMERY, INC.<br>$1,862,151.26 | 12329 | $1,259,503.96 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 406448<br>BYRUM, DAVID M<br>764 EAGLE POINT DRIVE<br>SAINT AUGUSTINE FL 32092 | 13466<br>**Debtor:** | WINN-DIXIE STORES, INC.<br>$150,273.84 | 10258 | $194,972.67 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 407673<br>GOLDSBORO ASSOCIATES<br>C/O AFI MANAGEMENT<br>ATTN ANTHONY J LASALA, GEN PARTNER<br>1410 VALLEY ROAD<br>WAYNE NJ 07470 | 13570<br>**Debtor:** | WINN-DIXIE RALEIGH, INC.<br>$27,839.04 | 7966 | $25,991.71 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 2344<br>KELLER CROSSING TEXAS, LP<br>C/O BVT MGMT SERVICES, INC.<br>ATTN K E WILLSON/K R MARSHALL<br>3350 RIVERWOOD PKWY SE, STE 1500<br>ATLANTA GA 30339<br><br>Transferee: MADISON INVESTMENT TRUST - SERIES 1<br>Counsel: ATTN: ROBERT A COX, JR., ESQ | 13559<br>**Debtor:** | WINN-DIXIE STORES, INC.<br>$1,466,263.00 | 9563 | $649,639.03 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410588<br>NORTH AMERICAN CO LIFE & HEALTH INS<br>BY MIDLAND ADVISORS CO, AS AGENT<br>ATTN ERIC SILVERGOLD<br>135 EAST 57TH STREET<br>NEW YORK NY 10022<br><br>Transferee: MERRILL LYNCH PIERCE FENNER & SMITH<br>Counsel: ATTN TED SMITH, ESQ | 13298<br>**Debtor:** | WINN-DIXIE RALEIGH, INC.<br>$717,829.00 | 9813 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION
EXHIBIT G - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 452219<br>RDI DEVELOPERS, LLC, SUCCESSOR<br>TO INTERCHANGE ASSOCIATES, INC<br>ATTN I TRINK, PRESIDENT<br>3334 LONG BEACH ROAD, STE 118<br>OCEANSIDE NY 11572<br><br>Counsel: ATTN CYNTHIA I CHIEFA, ESQ | 13423 | $300,300.00<br>**Debtor: WINN-DIXIE STORES, INC.** | 13290 | $214,500.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408217<br>SINGER, HERBERT<br>C/O PLATZER SWERGOLD KARLIN, ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK NY 10018 | 13273 | $809,861.05<br>**Debtor: WINN-DIXIE MONTGOMERY, INC.** | 6224 | $809,762.79 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408217<br>SINGER, HERBERT<br>C/O PLATZER SWERGOLD KARLIN, ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK NY 10018 | 13274 | $779,796.61<br>**Debtor: WINN-DIXIE MONTGOMERY, INC.** | 12445 | $768,653.17 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 406026<br>SUNSTATE EQUITIES, INC<br>C/O SMITH DEBNAM NARRON ET AL<br>ATTN BYRON L SAINTSING, ESQ<br>PO BOX 26268<br>RALEIGH NC 27611-6268 | 12943 | $313,214.30<br>**Debtor: WINN-DIXIE RALEIGH, INC.** | 12147 | $303,530.74 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 452127<br>WOODLAND HARTFORD ASSOCIATES, LLC<br>C/O OFFICES OF JOEL SHAFFERMAN, LLC<br>ATTN JOEL SHAFFERMAN, ESQ<br>80 WALL STREET, SUITE 910<br>NEW YORK NY 10005 | 13561 | $1,200,229.80<br>**Debtor: WINN-DIXIE RALEIGH, INC.** | 13240 | $1,045,218.70 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.

TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION

EXHIBIT G - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:**  399630 | 13574 | $184,785.69 | 762 | $184,785.69 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| WOODLAND VILLAGE PARTNERSHIP | | *Debtor:*  **WINN-DIXIE STORES, INC.** | | | |
| C/O HAYNSWORTH SINKLER BOYD, PA | | | | | |
| ATTN STANLEY H MCGUFFIN, ESQ | | | | | |
| PO BOX 11889 | | | | | |
| COLUMBIA  SC  29211-1889 | | | | | |

| | | | |
|---|---|---|---|
| **Total Claims to be Disallowed:** | **11** | | |
| **Total Amount to be Disallowed:** | **$5,456,558.46** | **Plus Unliquidated Amounts, If Any** | |

**EXHIBIT H**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re:        ) | Case No. 05-03817-3F1 |
|        ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, ) | *Chapter 11* |
|        ) | |
| Debtors. [1]        ) | Jointly Administered |

**ORDER (A) DISALLOWING NO LIABILITY CLAIMS, (B) DISALLOWING NO LIABILITY MISCLASSIFIED CLAIMS, (C) REDUCING OVERSTATED CLAIMS, (D) REDUCING AND RECLASSIFYING OVERSTATED MISCLASSIFIED CLAIMS, (E) RECLASSIFYING MISCLASSIFIED CLAIMS, (F) DISALLOWING DUPLICATE LIABILITY CLAIMS AND (G) DISALLOWING AMENDED AND SUPERSEDED CLAIMS, AS SET FORTH IN THE DEBTORS' TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**

These cases came before the Court for hearing on November 16, 2006, upon the Twenty-Fourth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibits A through G (the "Disputed Claims").[2] Upon consideration, it is

ORDERED AND ADJUDGED:

1.      The Objection is sustained.

2.      The No Liability Claims listed on Exhibit A are disallowed in their entirety.

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]     All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

3.      The asserted class status alleged for each of the No Liability Misclassified Claims listed on Exhibit B is denied; and the No Liability Misclassified Claims are (a) reclassified as specified on Exhibit B under the heading "Modified Class Status," and (b) disallowed in their entirety.

4.      The Overstated Claims listed on Exhibit C are reduced to the amounts set forth on Exhibit C under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed.

5.      The Overstated Misclassified Claims listed on Exhibit D are reduced to the amounts set forth on Exhibit D under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed.  The asserted class status alleged for each of the Overstated Misclassified Claims listed on Exhibit D is denied; and the Overstated Misclassified Claims are reclassified as specified on Exhibit D under the heading "Modified Class Status."

6.      The asserted class status alleged for each of the Overstated Misclassified Claims listed on Exhibit E is denied; and the Overstated Misclassified Claims are reclassified as specified on Exhibit E under the heading "Modified Class Status."

7.      The Duplicate Liability Claims listed on Exhibit F are disallowed in their entirety.

8.      The Amended Claims listed on Exhibit G are disallowed in their entirety.

9.      Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order is deemed a separate Order with respect to each claim.  Any stay of this Order pending appeal by any of the claimants whose claims

2

are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

10.    Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

11.    This Order is without prejudice to the Debtors' right to file any further objection they may have to the Disputed Claims or the Remaining Claims, including objections on the ground that a Disputed Claim was filed against the incorrect Debtor or that the Debtor against which the Disputed Claim was filed should be modified.

Dated this _____ day of November, 2006 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

3

**THE EXHIBITS TO BE ATTACHED TO THE ORDER WHEN ENTERED WILL BE THE SAME EXHIBITS THAT ARE ATTACHED TO THE OBJECTION, WITH ANY NECESSARY MODIFICATIONS TO ADDRESS RESPONSES TO THE OBJECTION**

4