UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
www.flmb.uscourts.gov

In re:

WINN-DIXIE STORES, INC.,

Debtor.
_____/

Case No.05-03817 JAF

Chapter 11

## MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY ADA SERRA

**COMES NOW**, the movant, Ada Serra by and through undersigned counsel and moves for relief from the automatic stay pursuant to 11 U.S.C. §362(d), and states:

1. The movant is a creditor who in 2002 commenced a state court lawsuit (Case No. 02-08097 CA 13), naming the debtor among the defendants, and seeking a recovery for the movant's substantial injuries.

2. The debtor filed its voluntary petition commencing this chapter 11 case on February 21, 2005.

3. The automatic stay of 11 U.S.C. §362(a) puts the trial on hold.

5. The movant seeks relief from the stay pursuant to 11 U.S.C. §362(d)(1) for cause, specifically because there is no harm to the chapter 11 estate in determining the allowable amount of the claim in state court since 28 U.S.C. §1334(c)(2) and 28 U.S.C. §157(b)(2)(O) mandate that such a claim may be determined only in state court.

**WHEREFORE**, the movant, Ada Serra, requests relief from the automatic stay allowing her to proceed with the trial of the state court suit, through verdict, judgment, and appeal, and to return to this court for any further relief in the nature of collection of the judgment.

**I HEREBY CERTIFY**, that a true and correct of the foregoing has been sent this 19th day of October 2006 to all parties on the attached service list.

    Respectfully Submitted:

    **EMMANUEL PEREZ & ASSOCIATES, P.A.**
    Attorney for movant, Ada Serra
    901 Ponce De Leon Blvd.
    Suite 303
    Coral Gables, Fl  33134
    Tel. 305-442-7443

    By: /s/ Henry Hernandez
       Henry Hernandez, Esq., FBN: 542601
       bankruptcy@lawperez.com

Service List:

*Debtor*
**Winn-Dixie Stores, Inc**
5050 Edgewood Court
Jacksonville, FL 32254-3699
Tax id: 59-0514290

represented by **Adam Ravin**
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

**Allan E. Wulbern**
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

**Cynthia C. Jackson**
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

**David L Gay**
Smith Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, FL 32202

**James H. Post**
Smith Hulsey & Busey
225 Water St., Suite 1800
Jacksonville, FL 32202

**Leanne McKnight Prendergast**
Smith Hulsey & Busey
225 Water Street Suite 1800
Jacksonville, Fl 32202

**Stephen D. Busey**
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

*Debtor*
**U.S. Trustee**
**United States Trustee-JAX**
**135 W. Central Blvd.**
**Suite 620**
**Orlando, FL  32801**

represented by **Elena L Escamilla**
135 W Central Blvd., Ste 620
Orlando, FL 32806

**Kenneth C Meeker**
United States Trustee
135 West Central Boulevard
Suite 620
Orlando, FL 32801

*Creditor Committee*
*Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al*

represented by **Dennis F. Dunne**
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

**John B. Macdonald**
Akerman Senterfitt
50 North Laura Street , Suite 2500
Jacksonville, FL 32202

**Patrick P. Patangan**
Akerman Senterfitt
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202

4