UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al.,  ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Debtors.  ) | Jointly Administered |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I certify that a copy of (a) Debtors' Motion for Authority to (I) Assume as Lessors, Non-Residential Real Property Leases for the Debtors' Marathon Property, (II) Fix Cure Amounts, and (III) Grant Related Relief (Docket No. 11724) and (b) the Notice of Hearing thereon (Docket No. 11725) was furnished by federal express on October 20, 2006 to Key Holly, Inc, Brown Pelican, 5415 Overseas Highway, Marathon, Florida 33050

Dated: October 20, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By    *s/ D. J. Baker*        D. J. Baker       Sally McDonald Henry       Rosalie Walker Gray | By    *s/ Cynthia C. Jackson*        Stephen D. Busey       James H. Post       Cynthia C. Jackson (FBN 498882) |
| Four Times Square   New York, New York 10036   (212) 735-3000   (917) 777-2150 (facsimile)   djbaker@skadden.com | 225 Water Street, Suite 1800   Jacksonville, Florida  32202   (904) 359-7700   (904) 359-7708 (facsimile)   cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00535529