**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **WINN-DIXIE STORES, INC. et.al.,** | **Case No. 05-03817-3FI** |
| **Debtors** | **(Jointly Administered)** |

**MOTION OF CAPX REALTY, LLC FOR ENTRY**
**OF AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

COMES NOW, CAPX REALTY, LLC, a Delaware limited liability company ("CAPX"), by and through its undersigned counsel, pursuant to 11 U.S.C. §§ 362(d)(1) and (2) of the United States Bankruptcy Code (the "Bankruptcy Code"), and files this Motion of Capital Crossing Bank for Entry of an Order Granting Relief from the Automatic Stay, and states as follows:

1.     This is an action for relief from the automatic stay pursuant to § 362(d)(1) and (2) of the Bankruptcy Code.  This Court has jurisdiction of this contested matter pursuant to 28 U.S.C. §§ 157 and 1334, 11 U.S.C. §§ 362 and 365, and Fed. R. Bankr. Pro. 6006 and 9014.

2.     Debtors filed these cases under Chapter 11 of the Bankruptcy Code on February 21, 2005, in the United States Bankruptcy Court of the Southern District of New York.  On April 13, 2005, that court transferred the venue of the cases to this Court.

3.     The Debtors operate their business and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No request has been made for the appointment of a trustee or examiner.  On March 1, 2005, the Office of the United States Trustee appointed an official committee of unsecured creditors to serve in these cases pursuant

to sections 1102 and 1103 of the Bankruptcy Code. On August 17, 2005, an equity committee was appointed.

4.    CAPX is the beneficial owner of that certain non-recourse note with respect to a loan made to Tallahassee 99-FL, LLC, a Delaware limited liability company ("Tallahassee 99"). The loan is evidenced by that certain promissory note dated May 5, 2005 in favor of Merrill Lynch Pierce Fenner Smith Inc. (which is in the process of being assigned to CAPX), in the original principal amount of $3,387,345.22 (the "Note"). The Note is secured by that certain Open-End Mortgage, Security Agreement and Fixture Filing dated August 26, 1999 and recorded on September 13, 1999 in Official Records Book 2295, Page 1800, Public Records of Leon County, Florida, and re-recorded in Official Records Book 2314, Page 1181, Public Records of Leon County, Florida (the "Mortgage"). A copy of the Mortgage is attached hereto as Exhibit "A".

5.    The Mortgage encumbers a parcel of real property which is located in Tallahassee, Leon County, Florida and which is owned by Tallahassee 99 (the "Subject Property").

6.    Tallahassee 99 owns the Subject Property on which Winn-Dixie Store No. 124 was operated pursuant to a lease agreement between Winn-Dixie and Tallahassee 99 (the "Tallahassee 99 Lease", a copy of which is attached hereto as Exhibit "B"). A "Memorandum of Lease" related to the Tallahassee 99 Lease was recorded on September 13, 1999, in Official Records Book 2295, Page 1794, Public Records of Leon County, Florida, and re-recorded on November 4, 1999, in Official Records Book 2314, Page 1175, Public Records of Leon County, Florida (the "Memorandum of Lease", a copy of which is attached hereto as Exhibit "C").

7.    Pursuant to the Tallahassee 99 Lease, Winn-Dixie was required to make quarterly lease payments (in an amount equal to the quarterly principal and interest payments due pursuant to the loan documents) directly to the holder(s) of the Note(s) or their representatives/nominees.

8.    On August 31, 2006, this Court entered that certain Order Authorizing Debtors to Reject Additional Store Leases, Establishing Rejection Damage Claim Bar Date and Granting Related Relief (the "Store 124 Rejection Order"). Pursuant to the Store 124 Rejection Order, the Tallahassee 99 Lease was rejected effective as of September 30, 2006, and the leased premises are now vacant. Only a portion of the quarterly loan/lease payment due on September 1, 2006 was made, and as a result of the rejection of the Tallahassee 99 Lease, Winn-Dixie will not be making the quarterly loan/lease payment that is due on December 1, 2005.

9.    Tallahassee 99 is in default under the Mortgage due to the rejection of the Lease by Winn-Dixie. Specifically, Section 7.1 of the Mortgage states that it shall be an Event of Default if the Subject Property is not leased to Winn-Dixie at all times. Pursuant to Section 7.8 of the Mortgage, because the occurrence of an event of default of the character referred to in paragraph 22(a)(iv) of the Tallahassee 99 Lease, Tallahassee 99 is not entitled to cure said default. In addition, a default has occurred by reason of Tallahassee 99's failure to maintain insurance in accordance with Section 3.9 of the Mortgage.

10.    As a result of said defaults, CAPX provided notice of the acceleration of all sums due under the Notes, demanded the payment of all rents generated by the Subject Property, including, without limitation, all rents received or authorized to be received by Tallahassee 99 in the this bankruptcy case, and all claims arising in connection with the rejection of the Tallahassee 99 Lease by Winn-Dixie in this case. A copy of that demand letter is attached hereto as Exhibit "D".

11.    CAPX will be filing a foreclosure action with respect to the Subject Property (the "Foreclosure Action"). Although the Tallahassee 99 Lease has been rejected, the Tallahassee 99 Lease has not been terminated, and Winn-Dixie still has an interest in the Tallahassee 99 Lease. See In re Austin Development, 19 F.3d 1077 (5th Cir. 1995) (holding that the rejection of a lease

by virtue of § 365 of the Bankruptcy Code does not equate to a termination of a lease); See also In re The Ground Round, Inc., 326 B.R. 23 (Bankr. D.Mass. 2005); In re Valentin, 309 B.R. 715 (Bankr. E.D.Pa. 2004);  In re Malden Mills Industries, Inc., 303 B.R. 688 (1st Cir. BAP (Mass.) 2004).  Therefore, since the Tallahassee 99 Lease has not been terminated, either by operation of law or explicitly, it will be necessary to name Winn-Dixie as a defendant in the Foreclosure Action in order to ensure that clear title is conveyed to any prospective purchaser at a sale held pursuant to a final judgment entered in the Foreclosure Action.

12.    CAPX is seeking relief from stay only to seek *in rem* relief as to Winn-Dixie's interest in the Subject Property.

13.    Pursuant to § 362(d)(1), relief from stay is appropriate for cause as Winn Dixie has a mere technical interest in the Subject Property as it has vacated the premised and closed its grocery operation.  Additionally, pursuant to section 362(d)(2) of the Bankruptcy Code, relief from the automatic stay shall be granted if Winn-Dixie does not have any equity in the Subject Property, and the Subject Property is not necessary to an effective reorganization.  Winn-Dixie's interest in the Subject Property is that of a breached leasehold interest and it does not have any equity in the Subject Property.  Moreover, because Winn-Dixie has already sought and obtained this Court's approval to reject the Tallahassee 99 Lease, a determination has been made that the Subject Property is not necessary to an effective reorganization.  Therefore, this Court should grant relief from the automatic stay to name Winn-Dixie in the Foreclosure Action.

WHEREFORE, CAPX Realty, LLC respectfully requests that the Court enter an order: (a) granting CAPX relief from the automatic stay in order to pursue *in rem* relief as to Winn-Dixie and the Subject Property by naming Winn-Dixie as a defendant in the Foreclosure Lawsuit; and (b) granting such other and further relief it deems appropriate.

Matt E. Beal
Florida Bar No. 0865310
Zachary J. Bancroft
Florida Bar No. 0145068
Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
450 S. Orange Avenue, Suite 800 (32801)
Post Office Box 2809
Orlando, Florida 32802-2809
Telephone: (407) 843-4600
Facsimile: (407) 843-444
Attorneys for CAPX Realty, LLC

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Motion of CAPX, REALTY LLC for Entry of an Order Granting Relief From the Automatic Stay (without exhibits[1]) has been served via the CM/ECF system and also vial U.S. Mail, this _20_ day of October, 2006 to those parties listed on the Service List attached hereto.

Zachary J. Bancroft

---

[1] Any party who desires copies of the exhibits referenced herein may obtain copies of same by contacting Zachary J. Bancroft, Esq., P.O. Box 2809, Orlando FL 32802 (407)843-4600.)

## SERVICE LIST

Winn-Dixie Stores, Inc.,
Attn: Laurence B. Appel,
5050 Edgewood Court, Jacksonville, FL
32254-3699

D.J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Skadden, Arps, Slate, Meagher & Flom LLP
Four Time Square
New York, New York 10036

Stephen D. Busey
James H. Post
Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202

Kenneth C. Meeker
Assistant U.S. Trustee
135 West Central Blvd.
Room 620
Orlando, Florida 32801

Dennis Dunne, Esq.
Millbank, Tweed, Handley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413

Karol K. Denniston, Esq.
Carolyn C. Chayavadhanangkur, Esq.
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, Suite 2400
Atlanta GA 30308

James D. Wareham, Esq.
Paul, Hastings, Janofsky & Walker LLP
875 15th Street
Washington DC 20005

David S. Jennis, Esq.
Jennis & Bowen P.L.
400 North Ashley Drive
Suite 2540
Tampa FL 33602

and the parties on the Local Rule 1007-2
(Fed. R. Bankr. P. Rule 1007(d)) Parties in
Interest list.

Label Matrix for USBC
Middle District of Florida
Case 3:05-bk-03817-JAF
Fri Oct 20 14:41:07 EDT 2006

ACE American Insurance Company
c/o Duane Morris LLP
Attention: Margery N. Reed, Esquire
Wendy M. Simkulak, Esquire
30 South 17th Street, Philadelphia, PA 1

Ad Hoc Committee of Winn-Dixie Retirees
c/o Friedline & McConnell, P.A.
1756 University Blvd. S.
Jacksonville, FL 32216

Appraisers Associated Ltd.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Arthur J. Spector
Berger Singerman, P.A.
350 E. Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL 33301, 33301

Ashely M. Chan, Esquire
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103

Baker Botts L.L.P.
2001 Ross Avenue
Dallas, Texas 75201

Bi-Lo, LLC
Kilpatrick Stockton LLP
C/o Paul M. Rosenblatt
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309, 30309

Beau Bowin
Smith Hulsey & Busey
225 Water St Ste 1800
Jacksonville, FL 32202-5182

Brian J. Grieco
Hogan & Hartson L.L.P.
875 Third Avenue
New York, New York 10022

Buffalo Rock Co.
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL 32802-3353, 32802-3353

Burlington Associates LP
c/o Mitchell S. Rosen, Esq.
Rosen Law Group, LLC
950 E. Paces Ferry Road, Suite 3250
Atlanta, Georgia 30326, 30326

Stephen D. Busey
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

C Daniel Motsinger
Krieg DeVault LLP
One Indiana Square, Suite 2800
Indianapolis
IN, 46204-2079 46204-2079

CapMark Services, Inc., as servicer
c/o Duane Morris LLP
Attention: Margery N. Reed, Esquire
Wendy M. Simkulak, Esquire
30 South 17th Street, Philadelphia, PA 1

Cardinal Entities Company, LLC
c/o Bradley R. Markey, Esq.
121 W. Forsyth Street
Suite 600
Jacksonville, FL 32202, 32202

Catherine A Harrison
Miller & Martin PLLC
1170 Peachtree Street NE, Suite 800
Atlanta GA 30309

Christian A. Petersen, Esquire
Gunster, Yoakley & Stewart, P.A.
500 E. Broward Blvd. Suite 1400
Fort Lauderdale, Florida 33394

Citrus World, Inc., d/b/a Florida's Natu
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL 32802-3353, 32802-3353

Cole Fine Foods
c/o Roy S. Kobert, Esquire
Broad and Cassel
P.O. Box 4961
Orlando, Florida 32802, 32802

Concord-Fund IV Retail, L.P.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Conecuh Sausage Co., Inc.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Day Properties, Inc.
c/o Robert Laney, Esquire
906 Main Street
North Wilkesboro, NC 28659

Dena Copulsky Kaufman
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022

Earl M. Barker, Jr.
Slott, Barker & Nussbaum
334 East Duval Street
Jacksonville, Florida 32202

Elston/Leetsdale, LLC
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Flagler Retail Associates, Ltd.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

David L Gay
Smith Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, FL 32202

Gehr Florida Development, LLC
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Gene B Tarr Esq
Attorney for Domino Foods, Inc. and
Florida Crystals Food Corporation
PO Drawer 25008
Winston-Salem NC 27114-5008, 27114-500

Gustafson's, LLC
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL 32802-3353, 32802-3353

HMAC 1999-PH1 WATAUGA CENER LLP
C/O RUSSELL REID
TIMES SQUARE TOWERS
SEVEN TIMES SQUARE
NEW YORK, NY 10036, 10036

Hillandale Farms, Inc.
Post Office Box 2109
Lake City, Florida 32056-2109

Inland Retail Real Estate Trust, Inc.
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL 32802, 32802

International Business Machines Corp.
%Ronald J. Marlowe
ARNSTEIN & LEHR LLP
1110 N. Florida Ave.
Tampa, FL 33602, 33602

Ira S. Greene
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

Jerrett M. McConnell
1756 University Blvd. S.
Jacksonville, FL 32216

Jimmy R. Summerlin, Jr.
Young, Morphis, Bach & Taylor, LLP
P.O. Drawer 2428
Hickory, NC 28603

John J. Cruciani
Blackwell Sanders Peper Martin, LP
4801 Main Street, Ste. 1000
Kansas City, MO 64112

John J. Wiles, Esq.
Wiles & Wiles
800 Kennesaw Avenue
Suite 400
Marietta, Georgia, 30060-7946 30060-7946

Joseph C. Weinstein
Squire Sanders & Dempsey L.L.P.
4900 Key Tower
127 Public Square
Cleveland, OH 44114-1304, 44114-1304

Kenneth C Baker Esq
Eastman & Smith Ltd
One SeaGate 24th Floor
Toledo OH 43604

Kilpatrick Stockton LLP
C/o Paul M. Rosenblatt
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

Kite Realty Group Trust
c/o Roy S. Kobert, Esquire
Broad and Cassel
P.O. Box 4961
Orlando, Florida 32802, 32802

Kristen F. Trainor
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

Kyle R. Grubbs, Esq.
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202, 45202

Lassiter Properties, Inc.
c/o R. Scott Shuker
Gronek & Latham, LLP
PO Box 3353
Orlando, FL 32802, 32802

Lassiter Properties, LP
c/o James L. Paul/John K. Rezac
Chamberlain Hrdlicka et al.
191 Peachtree St., NE 9th Floor
Atlanta, GA 30303, 30303

Lenoir Partners LLC
c/o Mitchell S. Rosen, Esq.
Rosen Law Group, LLC
950 E. Paces Ferry Road, Suite 3250
Atlanta, Georgia 30326, 30326

Liberty Mutual Insurance Company
C/O Jeffrey C. Regan
Hedrick Dewberry Regan & Durant, P.A.
50 N. Laura Street
Suite 1600, Jacksonville, FL 32202 32202

Long Wholesale, Inc. d/b/a CCC Beauty Su
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Mandarin Loretto Development, Ltd.
c/o John H. McCorvey, Jr.
4595 Lexington Ave., Suite 100
Jacksonville, FL 32210

Maples Gas Company
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Margaret C. Lumsden
Unti & Lumsden LLP
302 Jefferson Street
Suite 200
Raleigh, NC 27605, 27605

Matt E. Beal, Esq.
Lowndes Law Firm
P.O. Box 2809
Orlando FL 32802

Meridian Coca-Cola Bottling Company
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Montgomery Warehouse, L.L.C.
c/o Eric S. Golden, Esquire
Baker & Hostetler LLP
200 South Orange Avenue
SunTrust Center, Suite 2300, Orlando, Fl

Montgomery Warehouse, L.L.C.
c/o Richard A. Robinson, Esquire
Baker & Hostetler LLP
200 South Orange Avenue
SunTrust Center, Suite 2300, Orlando, Fl

Mosby's Packing Company, Inc.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Northeast MS Coca-Cola Bottling Co., Inc
c/o Held & Israel
1301 Riverplace Blvd., #1916
Jacksonville, FL 32207

James H. Post
Smith Hulsey & Busey
225 Water St., Suite 1800
Jacksonville, FL 32202

Principal Life Insurance Company
c/o Duane Morris LLP
Attention:  Margery N. Reed, Esquire
Wendy M. Simkulak, Esquire
30 South 17th Street, Philadelphia, PA 1

Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four  Times Square
New York, NY 10036

Russell Reid, Esq.
Heller Ehrman LLP
Times Square Tower
Seven Times Square
New York, New York 10036,  10036

Southeast-Atlantic Beverage Corporation
Nelson Mullins Riley & Scarborough LLP
1320 Main St., 17th Floor (29201)
PO Box 11070
Columbia, SC  29211,  29211

TA/Western, LLC
c/o Held & Israel
1301 Riverplace Blvd #1916
Jacksonville, FL 32207

Thomas R. Lehman, P.A.
Tew Cardenas LLP
1441 Brickell Avenue
15th Floor
Miami, FL  33131,  33131

Allan E. Wulbern
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Oakwood Village Associates
c/o Mitchell S. Rosen, Esq.
Rosen Law Group, LLC
950 E. Paces Ferry Road
Atlanta, Georgia 30326,  30326

Potter Square Associates
c/o Mitchell S. Rosen, Esq.
Rosen Law Group, LLC
950 E. Paces Ferry Road, Suite 3250
Atlanta, Georgia 30326,  30326

Quaker Sales and Distribution, Inc.
c/o Brian A. Audette
DLA Piper US LLP
203 N. LaSalle St., Ste 1900
Chicago, IL 60601,  60601

Regina Wedig
Bordelon & Theriot
1944 First St
Slidell, La. 70458

Shawn Christianson, Esq.
Buchalter Nemer, P.C.
333 Market Street, 25th Floor
San Francisco CA  94105

Southern Family Markets Acquisition LLC
Kilpatrick Stockton LLP
C/o Paul M. Rosenblatt
1100 Peachtree Street, Suite 2800
Atlanta, GA. 30309,  30309

The Coca-Cola Company
c/o Alan M. Weiss
Holland & Knight LLP
50 North Laura Street
Suite 3900, Jacksonville, FL 32202 32202

United States Trustee - JAX
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Peter E. Nicandri
14 East Bay Street
Jacksonville, FL 32202

Leanne McKnight Prendergast
Smith Hulsey & Busey
225 Water Street Suite 1800
Jacksonville, Fl 32202

Rachel E. Adams, Esq.
200 S. Orange Avenue
Suite 1220
Orlando, Florida 32801

Robert D. Wilcox
Wilcox Law Firm
10201 Centurion Parkway N., Suite 600
Jacksonville, FL 32256

Southeast Milk, Inc.
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL  32802-3353,  32802-3353

TA Cresthaven, LLC
c/o Held & Israel
1301 Riverplace Blvd #1916
Jacksonville, FL 32207

Thomas R. Lehman, P.A.
1441 Brickell Avenue
15th Floor
Miami
FL, 33131 33131

Wanda Borges
Borges & Associates, LLC
575 Underhill Blvd., Suite 110
Syosset, NY 11791