**EXHIBIT "C"**

```
R990090109
RECORDED IN
PUBLIC RECORDS LEON CNTY FL
BOOK: R2314    PAGE: 01175
NOV 04 1999 04:37 PM
DAVE LANG, CLERK OF COURTS
```

```
R990073896
RECORDED IN
PUBLIC RECORDS LEON CNTY FL
BOOK: R2295    PAGE: 01794
SEP 13 1999 10:20 AM
```

BK: R2295  PG: 01794

BK: R2314  PG: 01175

THIS INSTRUMENT PREPARED BY
AND RECORD AND RETURN TO:

Douglas G. Stanford, Esq.
LeBoeuf, Lamb, Greene & MacRae, L L P
50 North Laura Street, Suite 2800
Jacksonville, Florida 32202

RECORD & RETURN TO
LAND A____ SVC. CTR.
10550 DEERWOOD PK BLVD.
SUITE 309
JACKSONVILLE, FL 32256

## MEMORANDUM OF LEASE

THIS MEMORANDUM OF LEASE is hereby executed this 26th day of August, 1999, by and between

**TALLAHASSEE 99-FL, LLC**, a Delaware limited liability company ("Landlord"), whose mailing address is c/o Principal Net Lease Investors, L L C , 711 High Street, Des Moines, Iowa 50392-0301 Attention: Gary Lines,

and

**WINN-DIXIE STORES, INC.**, a Florida corporation ("Tenant"), whose mailing address is 5050 Edgewood Court, Jacksonville, Florida 32254 Attention Chief Financial Officer;

which terms "Landlord" and "Tenant" shall include, wherever the context permits or requires, singular or plural, and the heirs, legal representatives, successors and assigns of the respective parties,

### WITNESSETH:

WHEREAS, Landlord and Tenant did enter into a Lease Agreement dated as of even date herewith (the "Lease"); and

WHEREAS, Landlord and Tenant desire to memorialize the terms and conditions of the Lease as a matter of public record

NOW, THEREFORE, FOR VALUABLE CONSIDERATION, the receipt and sufficiency of which are hereby acknowledged, Landlord does hereby demise and lease unto Tenant, and Tenant does hereby lease from Landlord, the property more particularly described on attached Exhibit A and as depicted on the Site Plan attached as an exhibit to the Lease, together with all improvements now or hereafter located thereon (collectively the "Premises")

JK 128522.1 80130 02051
7/31/99 4.23 PM

Store #124,
Tallahassee, Leon County, Florida

R990073896
RECORDED IN
PUBLIC RECORDS LEON CNTY FL
BOOK: R2295    PAGE: 01795
SEP 13 1999 10:20 AM
DAVE LANG, CLERK OF COURTS
BK: R2295   PG: 01795

The Term of the Lease shall commence on the Commencement Date as defined in the Lease and shall terminate, unless sooner terminated or extended as provided in the Lease, on August 31, 2019. Annual rent, payable in quarterly installments on the 1st day of each December, March, June and September during the term thereof, and provisions regulating the use and purposes to which the Premises shall be limited, are set forth in detail in the Lease and Landlord and Tenant agree to abide by the terms of the Lease. Tenant, at its option, shall be entitled to the privilege of 6 successive extensions of the term of the Lease, each extension to be for a period of 5 years each. Tenant has a right of first refusal to purchase the Premises under the Lease.

The Lease contains the following provision:

Liens. TENANT SHALL NOT, DIRECTLY OR INDIRECTLY, CREATE OR PERMIT TO BE CREATED OR TO REMAIN, AND SHALL PROMPTLY DISCHARGE, ANY LIEN (OTHER THAN THE MORTGAGE, THE ASSIGNMENT, ANY PERMITTED ENCUMBRANCE, OR ANY LIEN CREATED BY OR RESULTING FROM ANY ACTION BY LANDLORD NOT CONSENTED TO BY TENANT IN ADVANCE AND IN WRITING), WHETHER CREATED OR ARISING BEFORE, ON OR AFTER THE COMMENCEMENT DATE, ON THE LEASED PREMISES OR ANY RENT, ADDITIONAL MONETARY OBLIGATIONS OR ANY OTHER SUMS PAYABLE BY TENANT UNDER THIS LEASE. NOTICE IS HEREBY GIVEN THAT LANDLORD SHALL NOT BE LIABLE FOR ANY LABOR, SERVICES OR MATERIAL FURNISHED OR TO BE FURNISHED TO TENANT, OR TO ANYONE HOLDING THE LEASED PREMISES THROUGH OR UNDER TENANT, AND THAT NO MECHANICS' OR OTHER LIENS FOR ANY SUCH LABOR, SERVICES OR MATERIALS SHALL ATTACH TO OR AFFECT THE INTEREST OF LANDLORD IN THE LEASED PREMISES.

All the terms, conditions, provisions and covenants of the Lease are incorporated herein by this reference for all purposes as though written out at length herein, and both the Lease and this Memorandum of Lease shall be deemed to constitute a single instrument or document. This Memorandum of Lease is not intended to amend, modify, supplement, or supersede any of the provisions of the Lease and, to the extent there may be any conflict or inconsistency between the Lease or this Memorandum of Lease, the Lease shall control.

R990090109
RECORDED IN
PUBLIC RECORDS LEON CNTY FL
BOOK: R2314    PAGE: 01176
NOV 04 1999 04:37 PM
DAVE LANG, CLERK OF COURTS

BK: R2314   PG: 01176

JK 128822 1 80130 02051
7/31/99 4 23 PM

2

Store #124,
Tallahassee, Leon County, Florida





R990073896
RECORDED IN
PUBLIC RECORDS LEON CNTY FL
BOOK: R2295    PAGE: 01796
SEP 13 1999 10:20 AM
DAVE LANG, CLERK OF COURTS

BK: R2295   PG: 01796

**IN WITNESS WHEREOF**, Landlord and Tenant have executed this Memorandum of Lease as of the date first above written.

Witnesses  R990090109
RECORDED IN
PUBLIC RECORDS LEON CNTY FL
BOOK: R2314    PAGE: 01177
NOV 04 1999 04:37 PM
DAVE LANG, CLERK OF COURTS

BK: R2314   PG: 01177

**LANDLORD:**

**TALLAHASSEE 99-FL, LLC**, a Delaware limited liability company

By  Principal Net Lease Investors, L.L.C., a Delaware limited liability company, its sole member

By  Principal Life Insurance Company, an Iowa corporation, its sole member

Name: Helen L. Boles

Name: Julia L. McDonald

Name: Helen L. Boles

Name: Julia L. McDonald

By: _____
Name: CLARE TANDE
Title: COUNSEL

By: Karen A. Pearston
Name: KAREN A. PEARSTON
Title: COUNSEL

[CORPORATE SEAL]

STATE OF  IOWA   )
COUNTY OF POLK  )

The foregoing instrument was acknowledged before me this 11th day of August, 1999, by CLARE TANDE and KAREN A PEARSTON, the COUNSEL and COUNSEL, respectively, of Principal Life Insurance Company, an Iowa corporation, on behalf of the corporation, as the sole member of Principal Net Lease Investors, L.L.C., a Delaware limited liability company, the sole member of TALLAHASSEE 99-FL, LLC, a Delaware limited liability company  Each of them either [X] is personally known to me or [ ] has produced a _____ state drivers license as identification

BARBARA M. SEAMANDS
MY COMMISSION EXPIRES
September 27, 1999

[NOTARIAL SEAL]

Barbara M. Seamands
NOTARY PUBLIC, State of  IOWA
Printed Name: BARBARA M. SEAMANDS
Commission No.: 157881
My commission expires: 9/27/99

JK 128822 1 80130 02051
7/31/99 4.23 PM

3

Store #124,
Tallahassee, Leon County, Florida

```
                                    R990073896
                                    RECORDED IN
                                PUBLIC RECORDS LEON CNTY FL
                                BOOK: R2295    PAGE: 01797
                                SEP 13 1999 10:20 AM
                                DAVE LANG, CLERK OF COURTS
```


BK: R2295   PG: 01797

**TENANT:**

**WINN-DIXIE STORES, INC.,**
a Florida corporation

Name: R.D. Peterson

By: R.P. McCook
Name: R. P. McCook
Title: Vice President

Name: Mary Kay Vega

```
                R990090109
                RECORDED IN
        PUBLIC RECORDS LEON CNTY FL
        BOOK  R2314    PAGE: 01178
        NOV 04 1999 04:37 PM
        DAVE LANG, CLERK OF COURTS
```

[CORPORATE SEAL]

BK: R2314   PG: 01178

STATE OF FLORIDA )
COUNTY OF DUVAL )

The foregoing instrument was acknowledged before me this 5th day of August, 1999, by R.P. McCook, the Vice president of WINN-DIXIE STORES, INC., a Florida corporation, on behalf of the corporation. He either [✓] is personally known to me or [ ] has produced _____ state drivers license as identification.

NOTARY PUBLIC, State of FL
Printed Name: _____
Commission No.: _____
My commission expires: _____

[NOTARIAL SEAL]

Mary Kay Vega
MY COMMISSION # CC577749 EXPIRES
September 29, 2000
BONDED THRU TROY FAIN INSURANCE, INC.

JK 126822 1 80130 02051
7/31/99 4:23 PM

4

Store #124,
Tallahassee, Leon County, Florida



R990090109
RECORDED IN
PUBLIC RECORDS LEON CNTY FL
BOOK R2314    PAGE: 01179
NOV 04 1999 04:37 PM
DAVE LANG, CLERK OF COURTS

R990073896
RECORDED IN
PUBLIC RECORDS LEON CNTY FL
BOOK R2295    PAGE: 01798
SEP 13 1999 10:20 AM
DAVE LANG, CLERK OF COURTS


BK: R2295  PG: 01798

**EXHIBIT A**

## TALLAHASSEE (KERRY), FLORIDA

A TRACT OF LAND LYING IN SECTION 27, TOWNSHIP 2 NORTH, RANGE 1 EAST, LEON COUNTY, FLORIDA, MORE PARTICULARLY DESCRIBED AS FOLLOWS COMMENCE AT A CONCRETE MONUMENT MARKING THE NORTHWEST CORNER OF THE NORTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SAID SECTION 27 AND RUN NORTH 89 DEGREES 55 MINUTES 47 SECONDS WEST ALONG THE NORTH BOUNDARY OF THE NORTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SAID SECTION 27, A DISTANCE OF 792.95 FEET TO A CONCRETE MONUMENT, THENCE NORTH 00 DEGREES 39 MINUTES 35 SECONDS WEST 84.02 FEET TO A CONCRETE MONUMENT MARKING THE SOUTHEAST CORNER OF PROPERTY DESCRIBED IN DEED BOOK 87, PAGE 49 OF THE PUBLIC RECORDS OF LEON COUNTY, FLORIDA, THENCE NORTH 84 DEGREES 25 MINUTES 00 SECONDS WEST ALONG THE SOUTHERLY BOUNDARY OF SAID PROPERTY 90.43 FEET, THENCE SOUTH 23 DEGREES 47 MINUTES 24 SECONDS WEST ALONG A LINE 400 FEET EASTERLY OF AND PARALLEL WITH THE EASTERLY RIGHT OF WAY BOUNDARY OF THOMASVILLE ROAD (STATE ROAD NO. 61) A DISTANCE OF 210.38 FEET TO A CONCRETE MONUMENT, THENCE SOUTH 66 DEGREES 08 MINUTES 13 SECONDS EAST 508.12 FEET, THENCE SOUTH 66 DEGREES 31 MINUTES 41 SECONDS EAST 94.96 FEET TO THE POINT OF BEGINNING. FROM SAID POINT OF BEGINNING THENCE RUN SOUTH 66 DEGREES 07 MINUTES 57 SECONDS EAST 104.62 FEET TO A CONCRETE MONUMENT, THENCE SOUTH 15 DEGREES 13 MINUTES 08 SECONDS WEST 164.47 FEET, THENCE SOUTH 74 DEGREES 17 MINUTES 26 SECONDS WEST 69.33 FEET TO A BUILDING CORNER, THENCE SOUTH 74 DEGREES 23 MINUTES 31 SECONDS WEST ALONG A WALL 206.02 FEET TO A BUILDING CORNER, THENCE SOUTH 69 DEGREES 49 MINUTES 15 SECONDS WEST 117.07 FEET, THENCE SOUTH 20 DEGREES 57 MINUTES 00 SECONDS EAST 119.51 FEET, THENCE SOUTH 23 DEGREES 50 MINUTES 07 SECONDS WEST 208.60 FEET TO A POINT ON A CURVE CONCAVE TO THE NORTHEAST, SAID POINT ALSO BEING ON THE NORTHERLY RIGHT OF WAY OF KERRY FOREST PARKWAY (100 FOOT RIGHT OF WAY), THENCE NORTHWESTERLY ALONG SAID RIGHT OF WAY AND CURVE WITH A RADIUS OF 1661.71 FEET THROUGH A CENTRAL ANGLE OF 02 DEGREES 50 MINUTES 11 SECONDS FOR AN ARC DISTANCE OF 82.26 FEET (THE CHORD OF SAID ARC BEARS NORTH 56 DEGREES 26 MINUTES 18 SECONDS WEST 82.25 FEET), THENCE NORTH 55 DEGREES 03 MINUTES 10 SECONDS WEST 151.60 FEET TO A POINT OF CURVE CONCAVE SOUTHWESTERLY, THENCE NORTHWESTERLY ALONG SAID CURVE WITH A RADIUS OF 2624.88 FEET THROUGH A CENTRAL ANGLE OF 01 DEGREES 17 MINUTES 08 SECONDS FOR AN ARC DISTANCE OF 58.89 FEET (CHORD BEARING NORTH 55 DEGREES 43 MINUTES 53 SECONDS WEST 58.89 FEET), THENCE LEAVING SAID NORTHERLY RIGHT OF WAY NORTH 23 DEGREES 51 MINUTES 16 SECONDS EAST 353.58 FEET, THENCE NORTH 74 DEGREES 21 MINUTES 19 SECONDS EAST 201.53 FEET TO A BUILDING CORNER, THENCE NORTH 74

R990073896
RECORDED IN
PUBLIC RECORDS LEON CNTY FL
BOOK: R2295    PAGE: 01799
SEP 13 1999 10:20 AM
DAVE LANG, CLERK OF COURTS

BK: R2295   PG: 01799



**TALLAHASSEE (KERRY), FLORIDA, CONT'D.**

DEGREES 23 MINUTES 53 SECONDS EAST ALONG A WALL 205.93 FEET TO A BUILDING CORNER, THENCE NORTH 74 DEGREES 30 MINUTES 25 SECONDS EAST 72.82 FEET TO THE POINT OF BEGINNING.

TOGETHER WITH EASEMENTS CONTAINED IN THAT CERTAIN INDENTURE OF ESTABLISHMENT OF PROTECTIVE COVENANTS, CONDITIONS AND RESTRICTIONS AND GRANTS OF EASEMENTS DATED AUGUST 31, 1990, BETWEEN BRUNO'S INC. AND TWIN ACTION PROPERTIES, INC., RECORDED IN OFFICIAL RECORDS BOOK 1454, PAGE 441, OF THE PUBLIC RECORDS OF LEON COUNTY, FLORIDA.

R990090109
RECORDED IN
PUBLIC RECORDS LEON CNTY FL
BOOK R2314    PAGE: 01188
NOV 04 1999 04:37 PM
DAVE LANG, CLERK OF COURTS

BK: R2314   PG: 01188



JK 122770 1  80130 02051
8/12/99 1 44 PM

#124 Tallahassee, FL

