**EXHIBIT "D"**



# Lowndes
# Drosdick
# Doster
# Kantor &
# Reed, P.A.

**ATTORNEYS AT LAW**

GARY SOLES
DIRECT DIAL: 407-418-6331
SOUTH ORANGE AVENUE OFFICE
POST OFFICE BOX 2809
ORLANDO, FLORIDA 32802-2809
gary.soles@lddkr.com

MERITAS LAW FIRMS WORLDWIDE

September 28, 2006

**VIA FACSIMILE**

Edward E. Klein, Esquire
Klein & Solomon, LLP
275 Madison Avenue
11th Floor
New York, NY 10016

    Re:    **Tallahassee 99-FL, LLC**

Dear Ed:

Per our telephone conversation of late yesterday, this law firm represents Capital Crossing Bank, the owner of one-half (1/2) of the obligation by your client, Tallahassee 99-FL, LLC, concerning Winn-Dixie Store No. 124 located in Tallahassee, Leon County, Florida (the "Subject Property").

As we discussed, your client is in default of the subject loan documents as follows:

1. Failure to pay all sums due for the September 1, 2006 quarterly payment;

2. The fact that Winn-Dixie has filed bankruptcy and has rejected the lease of the Subject Property;

3. Failure to sign new replacement promissory notes for over a year; and

4. Failure to timely pay the real estate taxes due on the Subject Property.

As a result of the foregoing, Capital Crossing Bank, with the consent of Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch"), the owner of the other one-half (1/2) of the subject obligation, hereby accelerates all sums due under the subject loan documents and demands immediate payment thereof. As a result of said default and acceleration, default interest shall accrue retroactive to the date of the payment default, late charges are due, the Make Whole Amount described in the subject mortgage is due, and all attorneys' fees and costs incurred by Capital Crossing Bank in pursuing this

Edward E. Klein, Esquire
September 28, 2006
Page 2

matter are also due. Pursuant to § 697.07, Florida Statutes, demand is hereby made for all future rents generated by the Subject Property.

Notwithstanding the acceleration of the subject loan, Capital Crossing Bank and Merrill Lynch are willing to negotiate with you and your clients to see if a mutually acceptable resolution of this matter can be reached. In that regard, Capital Crossing Bank and Merrill Lynch reserve the right to pursue all rights and remedies and cease settlement discussions with you and your client at any time. All settlement discussions are governed by §90.408 of the Florida Statutes. There shall be no binding settlement agreement unless and until it is reduced to writing and signed by all parties to the subject loan documents.

If you have any questions regarding the matters discussed herein, do not hesitate to contact me.

Cordially yours,

Gary Soles

GS/ddm
c:  Jason Mandel (via e-mail)
    Arge Feotis (via e-mail)
    Denis B. Stratford (via e-mail)
    Zachary J. Bancroft, Esquire
    Matt E. Beal, Esquire
0095052\124557\989300\1