# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | |
|---|---|
| In re: <br><br> WINN-DIXIE STORES, INC., *et al.*, <br><br><br><br><br> WINN-DIXIE STORES, INC. <br><br> ("the Debtors") | Chapter 11 <br><br> Case No. 05-03817-3Fl Jointly Administered <br><br><br><br><br> Case No. 05-03817-JAF <br><br><br> Filed Claim No.: <u>11709</u> |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2) FOR FILED CREDITOR, HOSA INTERNATIONAL, IN THE ALLOWED AMOUNT OF $78,078.25, TO DELLACAMERA CAPITAL MASTER FUND, LTD.

**To Transferor:**

        HOSA INTERNATIONAL
        ATTN: PABLO QUINONES, PRESIDENT
        1617 NW 84TH AVE
        MIAMI, FL 33126

PLEASE TAKE NOTICE that the transfer of $78,078.25 of the above-captioned allowed General Unsecured claim has been transferred to:

**Transferee:**      DellaCamera Capital Master Fund, Ltd.
                          c/o Meridian Corporate Services Limited
                          73 Front Street
                          P.O. Box HM 528
                          Hamilton HM 12, Bermuda

The evidence of transfer of claim is attached hereto. A copy of the order allowing the claim is hereto as Exhibit A.

No action is required <u>if you do not object</u> to the transfer of your claim. However, if you do object to the transfer of your claim, within <u>20 days</u> of the date of this notice, you must file a written objection with the Office of the Clerk, United States Bankruptcy Court, Middle District of Florida, 300 North Hogan Street, Jacksonville, FL 32202. If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

                                                                                                _____
                                                                                                Deputy Clerk

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

| In re: | Case No. 05-03817-3F1 |
|---|---|
| Winn-Dixie Stores, Inc. | Chapter 11 |
| Debtor | |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Hosa International ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Allowed Amount | Claim No. |
|---|---|
| $78,078.25 | 11709 |

have been transferred and assigned to DellaCamera Capital Master Fund, Ltd. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: DellaCamera Capital Master Fund, Ltd.
Address: c/o Meridian Corporate Services Limited
73 Front Street
P.O. Box HM 528
Hamilton HM 12, Bermuda

ASSIGNOR: Hosa International
Address: 1617 NW 84th Ave
Miami, FL 33126
Signature: _[signature]_
Name: PABLO QUINONES
Title: PRESIDENT
Date: MAY 25, 2006

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                      )  Case No. 05-03817-3F1
                                            )
WINN-DIXIE STORES, INC., et al., )  Chapter 11
                                            )
Debtors.[1]                            )  Jointly Administered
                                            )

**ORDER REDUCING OVERSTATED CLAIMS AS SET FORTH
IN THE DEBTORS' SEVENTH OMNIBUS CLAIMS OBJECTION**

These cases came before the Court for hearing on April 20, 2006, upon the Seventh Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A (the "Disputed Claims").[2] Several formal and informal objections to the Objection were raised or filed, as a result of which the Debtors have agreed to continue the Objection with respect to (i) claim no. 6870 filed by Beauty Enterprises, (ii) claim no. 10917 filed by Bumble Bee Seafood LLC, (iii) claim no. 7454 filed by Display Specialties, Inc., (iv) claim no. 6063 filed by H&T Seafood, Inc., (v) claim no. 4242 filed by Healthcare Consultants of Central Florida, (vi) claim no. 923 filed by Idelle Labs, (vii) claim no. 9835 filed by Jelly Belly Candy Company, (viii) claim no. 5067 filed by Ken Robinson of Florida, (ix) claim no. 4861 filed by Mattel Toys, (x) claim no. 10293 filed by New Plan Excel

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

Realty Trust, (xi) claim no. 2055 filed by RM Palmer Company and (xii) claim no. 4197 filed by The Steak-Umm Company, Inc. (collectively, the "Unresolved Objections"), which claims have been removed from Exhibit A. In addition, the Debtors have withdrawn without prejudice their objection to (i) claim no. 7664 filed by Clamp Swing Pricing Company, (ii) claim nos. 11285 and 11292 filed by Cleco, (iii) claim no. 2324 filed by Coastal Truck Brokers, LLC and (iv) claim no. 7320 filed by Himmel Nutrition, which claims have been removed from Exhibit A. Upon consideration, it is

ORDERED AND ADJUDGED:

1. The Objection is sustained.

2. The Overstated Claims listed on Exhibit A are reduced to the amounts set forth on Exhibit A under the heading Reduced Amount and the amounts exceeding the Reduced Amount are disallowed.

3. Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

4. The hearing to consider the Objection with respect to the Unresolved Objections is continued until further order of the Court upon the motion of any party in interest.

2

5. Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

6. This Order is without prejudice to the Debtors' right to object to the Disputed Claims on the ground that they were filed against the incorrect Debtor and that the Debtor against which the Disputed Claims were filed should be modified.

Dated this ___ day of April, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

3

449024-Wilmington Server 1A - MSW

WINN-DIXIE STORES, INC., ET AL.
SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 251808<br>HONEYWELL CONSUMER PRODUCTS GROUP<br>ATTN STEVEN WURST, CR MGR<br>39 OLD RIDGEBURY ROAD<br>DANBURY CT 06810 | 2203<br>Debtor: WINN-DIXIE STORES, INC. | $204,832.32 | $190,186.74 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $2,104.26, CREDIT MEMO 2656687 DATED 3/9/04 OF $99.72, AND REMOVAL OF $12,441.60 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| Creditor Id: 404841<br>HOSA INTERNATIONAL<br>ATTN LAURA CEPERO, COMPTROLLER<br>1617 NW 84TH AVE<br>MIAMI FL 33126 | 11709<br>Debtor: WINN-DIXIE STORES, INC. | $188,447.78 | $78,078.25 | REDUCED AMOUNT REFLECTS REMOVAL OF $839.16 FOR INVOICE NUMBER 385503 AS THE DEBTOR HAS NO PROOF OF DELIVERY AND PURCHASE ORDER NUMBER LISTED IS INVALID AND $109,530.37 AS NOT OWED BY THE DEBTOR ($10,950.10 OWED BY BOUQUET COLLECTION, $5,082.63 BY NATURE'S FLOWERS, $38,219.02 BY RIVERDALE FARMS, AND $55,278.62 BY FALCON). |
| Creditor Id: 410411<br>HOUSE AUTRY MILLS, INC<br>ATTN PAUL PARKS, VP FINANCE<br>7000 US HWY 301 SOUTH<br>PO BOX 460<br>FOUR OAKS NC 27524-0460 | 7472<br>Debtor: WINN-DIXIE STORES, INC. | $6,173.98 | $3,536.04 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $2,637.94. |
| Creditor Id: 251932<br>HUISH DETERGENTS INC<br>ATTN MANDY SEXTON, A/R SUPERV<br>PO BOX 25057<br>SALT LAKE CITY, UT 84125 | 2930<br>Debtor: WINN-DIXIE STORES, INC. | $238,611.20 | $235,328.62 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $148.00 AND $3,134.58, RESPECTIVELY. |
| Creditor Id: 251977<br>I-TECH PERSONNEL SERVICES, INC<br>ATTN MARCO H TRAN, PRES<br>622 CASSAT AVENUE, SUITE 13<br>JACKSONVILLE, FL 32205 | 231<br>Debtor: ASTOR PRODUCTS, INC. | $7,650.98 | $1,280.50 | REDUCED AMOUNT REFLECTS 3/14/05 PAYMENT OF $6,215.35 BY CHECK NUMBER 009900956 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DKT NO. 429) AND REMOVAL OF $155.13 FOR IMPERMISSIBLE FINANCE CHARGES. |
| Creditor Id: 252027<br>IDAHO FRESH PAK INCORPORATED<br>ATTN RICHARD A NELSON, CONTROLLER<br>ONE POTATO PLACE<br>PO BOX 130<br>LEWISVILLE, ID 83431-0130 | 2327<br>Debtor: WINN-DIXIE STORES, INC. | $3,510.00 | $2,256.93 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $1,253.07. |