# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE MIDDLE DISTRICT OF FLORIDA

### JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., *et al*., | Case No. 05-03817-3Fl Jointly Administered |
| WINN-DIXIE PROCUREMENT, INC. | Case No. 05-11082 |
| ("the Debtors") | Filed Claim No.: <u>2181</u> |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2) FOR FILED CREDITOR, INTEGRATED BRANDS, INC, IN THE AMOUNT OF $189,285.75, TO STARK SPECIAL EVENT LTD.

**To Transferor:**    INTEGRATED BRANDS, INC
ATTN: GARY STEVENS, PRESIDENT
4175 VETERANS HIGHWAY
RONKONKOMA, NY 11779

PLEASE TAKE NOTICE that the transfer of $189,285.75 the above-captioned  general unsecured claim has been transferred to:

**Transferee:**    Stark Special Event Ltd.
Attn: Amar Ehsan
3600 South Lake Drive
St. Francis, WI 53235
Facsimile: (414) 294-7700

The evidence of transfer of claim is attached hereto.  A copy of the Order allowing the claim is attached hereto as Exhibit A.

No action is required <u>if you do not object</u> to the transfer of your claim.  However, if you do object to the transfer of your claim, within <u>20 days</u> of the date of this notice, you must file a written objection with the Office of the Clerk, United States Bankruptcy Court, District of Delaware, 824 N Market St., 3rd Floor, Wilmington, DE 19801.  If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:                                                Case No. 05-03838

Winn-Dixie Procurement, Inc.                          Chapter 11

Debtor

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that the claim of Integrated Brands, Inc. ("Assignor") against the Debtor in the amount of $189,285.75 (Claim # 2181) and all claims of Assignor against Debtor have been transferred and assigned to Stark Special Event Ltd. ("Assignee").  The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

I, the undersigned Assignor of the claims described above, hereby assign and transfer my claims and all rights thereto to Stark Special Event Ltd. according to the terms of the Assignment of Claim duly executed by me on the date hereof.  I have a claim against the Debtor that has not been previously transferred, and the Debtor has neither objected to nor satisfied this claim.  The clerk of this Court is authorized to change the address of record regarding the claim to that of Assignee listed below.

ASSIGNEE:  Stark Special Event Ltd.            ASSIGNOR:   Integrated Brands, Inc.
           Re:  Winn-Dixie claim               Address:    4175 Veterans Highway
Address:   3600 South Lake Drive                           Ronkonkoma, NY 11779
           St. Francis, WI 53235               Signature: _____
           Facsimile: (414) 294-7700           Name:      GARY STEVENS
                                               Title:     PRESIDENT
By: Stark Offshore Management, LLC             Date:      10-12-06
Its: Investment Manager

By: _____
    Daniel J. McNally, General Counsel
    Authorized Signatory

- 11 -

# EXHIBIT

# A

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

## ORDER REDUCING OVERSTATED CLAIMS AS SET FORTH IN THE DEBTORS' SEVENTH OMNIBUS CLAIMS OBJECTION

These cases came before the Court for hearing on April 20, 2006, upon the Seventh Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A (the "Disputed Claims").[2] Several formal and informal objections to the Objection were raised or filed, as a result of which the Debtors have agreed to continue the Objection with respect to (i) claim no. 6870 filed by Beauty Enterprises, (ii) claim no. 10917 filed by Bumble Bee Seafood LLC, (iii) claim no. 7454 filed by Display Specialties, Inc., (iv) claim no. 6063 filed by H&T Seafood, Inc., (v) claim no. 4242 filed by Healthcare Consultants of Central Florida, (vi) claim no. 923 filed by Idelle Labs, (vii) claim no. 9835 filed by Jelly Belly Candy Company, (viii) claim no. 5067 filed by Ken Robinson of Florida, (ix) claim no. 4861 filed by Mattel Toys, (x) claim no. 10293 filed by New Plan Excel

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

Realty Trust, (xi) claim no. 2055 filed by RM Palmer Company and (xii) claim no.

4197 filed by The Steak-Umm Company, Inc. (collectively, the "Unresolved

Objections"), which claims have been removed from Exhibit A.  In addition, the

Debtors have withdrawn without prejudice their objection to (i) claim no. 7664 filed

by Clamp Swing Pricing Company, (ii) claim nos. 11285 and 11292  filed by Cleco,

(iii) claim no. 2324 filed by Coastal Truck Brokers, LLC and (iv) claim no. 7320

filed by Himmel Nutrition, which claims have been removed from Exhibit A.  Upon

consideration, it is

ORDERED AND ADJUDGED:

1.    The Objection is sustained.

2.    The Overstated Claims listed on Exhibit A are reduced to the

amounts set forth on Exhibit A under the heading Reduced Amount and the amounts

exceeding the Reduced Amount are disallowed.

3.    Each claim and the objections by the Debtors to such claim as

addressed in the Objection constitute a separate contested matter as contemplated by

Bankruptcy Rule 9014.  This Order is deemed a separate Order with respect to each

claim.  Any stay of this Order pending appeal by any of the claimants whose claims

are subject to this Order shall only apply to the contested matter which involves such

claimant and shall not act to stay the applicability or finality of this Order with

respect to the other contested matters covered by this Order.

4.    The hearing to consider the Objection with respect to the

Unresolved Objections is continued until further order of the Court upon the motion

of any party in interest.

2

5.    Neither the Objection nor any disposition of the Disputed

Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any

potential Avoidance Action against any of the Claimants.

6.    This Order is without prejudice to the Debtors' right to object

to the Disputed Claims on the ground that they were filed against the incorrect

Debtor and that the Debtor against which the Disputed Claims were filed should be

modified.

Dated this _____ day of April, 2006 in Jacksonville, Florida.


Jerry A. Funk
United States Bankruptcy Judge


James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

3

**WINN-DIXIE STORES, INC., ET AL.**
**SEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 384172**<br>IMPERIAL DISTRIBUTING INC<br>ATTN CAROLYN DUNLAP, CR MGR<br>8016 HIGHWAY 90 A<br>SUGAR LAND TX 77487 | 2315<br>Debtor: **WINN-DIXIE SUPERMARKETS, INC.** | $248,167.00 | $222,280.81 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,405.87 AND $457.07, RESPECTIVELY, AND REMOVAL OF $24,023.25 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 252216**<br>INTEGRATED BRANDS INC<br>ATTN ANTHONY DELPIANO, CONTROLLER<br>4175 VETERANS HWY, 3RD FL<br>RONKONKOMA, NY 11779 | 2181<br>Debtor: **WINN-DIXIE STORES, INC.** | $302,627.35 | $189,285.75 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,579.14 AND $6,486.19, RESPECTIVELY, AND REMOVAL OF $104,276.28 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 253229**<br>JOHN J JERUE TRANSPORTATION INC<br>ATTN BRENDA KOON, CR MGR<br>PO BOX 9007<br>BARTOW FL 33831-9007 | 1066<br>Debtor: **WINN-DIXIE LOGISTICS, INC.** | $106,868.13 | $103,776.64 | REDUCED AMOUNT REFLECTS PAYMENT OF $1,800.00 ON 1/21/05 FOR INVOICE NUMBER 1899 BY CHECK NUMBER 7434106 AND REMOVAL OF $800 FOR INVOICES CONFIRMED BY CLAIMANT NOT TO EXIST, $190 FOR INVOICE NUMBER 150660 LISTED AS BEING $1,860 INSTEAD OF $1,680, AND $311.49 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 253696**<br>KEELCO INC<br>ATTN OWNER<br>14476 DUVAL PLACE WEST, SUITE 202<br>JACKSONVILLE, FL 32218 | 379<br>Debtor: **WINN-DIXIE STORES, INC.** | $17,725.00 | $9,450.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $7,500.00 FOR INVOICE NUMBER 10059 DATED 2/1/05 WHICH DUPLICATES INVOICE NUMBER 10058 AND 3/4/05 PAYMENT OF $775.00 FOR INVOICE NUMBER 10057 DATED 2/8/05 AND INVOICE NUMBER 10078 DATED 2/7/05 BY CHECK NUMBER 00090317 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DKT NO. 429). |
| **Creditor Id: 254010**<br>KING RETAIL SOLUTIONS INC<br>ATTN PAUL R GERMANI, CONTROLLER<br>PO BOX 21910<br>EUGENE, OR 97402 | 2596<br>Debtor: **WINN-DIXIE STORES, INC.** | $56,904.80 | $55,394.84 | REDUCED AMOUNT REFLECTS REMOVAL OF $609.96 AND $900.00 FOR POSTPETITION INVOICE NUMBERS 32309 AND 32311, RESPECTIVELY. |
| **Creditor Id: 410735**<br>KITE EAGLE CREEK, LLC<br>C/O ICE MILLER<br>ATTN MARK A BOGDANOWICZ, ESQ<br>ONE AMERICAN SQUARE, BOX 82001<br>INDIANAPOLIS IN 46282-0200 | 9592<br>Debtor: **WINN-DIXIE STORES, INC.** | $205,197.88 | $195,944.89 | CLAIMANT AGREES TO THE REDUCED AMOUNT COMPRISED OF $91,938.70 AND $1,900.54 FOR COMMON AREA MAINTENANCE CHARGES, $22,585.99 FOR INSURANCE, AND $79,510.66 FOR REAL ESTATE TAXES. |
| **Creditor Id: 254201**<br>KYSOR PANEL SYSTEMS<br>ATTN RICK RINN, CFO<br>PO BOX 951613<br>DALLAS, TX 75395-1613 | 10788<br>Debtor: **WINN-DIXIE STORES, INC.** | $12,135.12 | $11,302.12 | REDUCED AMOUNT REFLECTS 1/7/05 PAYMENT OF $180.50 BY VISA AND REMOVAL OF $652.50 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |