UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Debtors.[1] ) | Jointly Administered |

**AGREED ORDER RESOLVING CLAIM OF OCEAN 505 ASSOCIATES, L.L.C. AND GRANDECKS ASSOCIATES, L.L.C. AS SET FORTH IN THE DEBTORS' SIXTEENTH OMNIBUS OBJECTION TO (A) MISCLASSIFIED CLAIMS, (B) OVERSTATED CLAIMS AND (C) OVERSTATED MISCLASSIFIED CLAIMS (CLAIM NO. 12009)**

These cases originally came before the Court for hearing on August 31, 2006, upon the Sixteenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibits A through C to the Objection.[2] A response to the Objection was filed by Ocean 505 Associates, L.L.C and Grandecks Associates, L.L.C. (together, "Ocean 505"), as a result of which the Debtors agreed to continue the Objection with respect to Ocean 505's claim no. 12009. On August 31, 2006, the Court entered an order (Docket No. 10709) sustaining the Objection as to the proofs of claim listed on the exhibits to the order and continuing the hearing on the Objection as to claim no. 12009 and other unresolved claims. Based upon the

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

representation by counsel to the Debtors and counsel to Ocean 505 that the proposed Agreed Order reflects a resolution of the Objection as to claim no. 12009, it is

ORDERED AND ADJUDGED:

1. Claim no. 12009 filed by Ocean 505 is reduced and reclassified and allowed as an unsecured non-priority claim in the amount of $322,417.38.

2. This Agreed Order resolves all liabilities and obligations related to claim no. 12009.

3. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 20 day of October, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:
Cynthia C. Jackson

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | HELD & ISRAEL |
|---|---|
| By /s/ Cynthia C. Jackson<br>Cynthia C. Jackson | By /s/ Adam N. Frisch*<br>Kimberly Held Israel<br>Florida Bar # 47287<br>Adam N. Frisch<br>Florida Bar # 635308 |
| Florida Bar Number 498882<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) | 1301 Riverplace Blvd., Suite 1916<br>Jacksonville, Florida 32207<br>(904) 398-7038<br>(904) 492-4283 (facsimile) |
| -and- | -and- |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SCHNADER HARRISON SEGAL & LEWIS LLP |
| D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | William J. Maffucci<br>1600 Market Street, Suite 360<br>Philadelphia, PA 19103<br>(215) 751-2210<br>(215) 972-7375 (facsimile)<br><br>Attorneys for Ocean 505, L.L.C. and Grandecks Associates, L.L.C. |
| Co-Attorneys for Debtors | *Counsel has authorized his electronic signature. |