## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, Inc., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## NOTICE OF FILING

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession, give notice of filing of the attached Final Report of the Review and Analysis prepared by Stuart Maue, Fee Examiner, of the First Interim Fee Application of Jefferies & Company Inc., for the Period from September 1, 2005, Through and Including January 31, 2006.

Dated:  October 23, 2006.


SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP


By     s/ D. J. Baker
     D. J. Baker
     Sally McDonald Henry
     Rosalie Gray

Four Times Square
New York, NY  10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com


Co-counsel for Debtors


SMITH HULSEY & BUSEY


By     s/ Cynthia C. Jackson
     Stephen D. Busey
     James H. Post
     Cynthia C. Jackson

Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, FL  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com


Co-counsel for Debtors

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, Inc., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**Fee Examiner's Report for First Interim Fee Application of**
**Jefferies & Company Inc., for the Period from**
**September 1, 2005, Through and Including January 31, 2006**

Stuart Maue, acting in its capacity as fee examiner in the above-captioned proceeding, submits the final written report of its review and analysis of the First Interim Fee Application of Jefferies & Company Inc., for the period from September 1, 2005, through and including January 31, 2006.

1.      On December 14, 2005, the Court entered an order effective December 1, 2005, authorizing the employment and retention of Stuart Maue to serve as fee examiner and to review all fee applications filed with the Court and to review the statements submitted by professionals retained by Wachovia Bank, N.A. in its capacity as agent for itself and other postpetition lenders (the "Agent").

2.      Stuart Maue conducted a review and analysis of the First Interim Application of Jefferies & Company Inc. and submits the Final Report which is attached, marked as Attachment 1, and incorporated by reference.

Respectfully Submitted,

STUART MAUE

By _____
Linda K. Cooper
3840 McKelvey Road
St. Louis, Missouri  63044
314-291-3030
314-291-6546 (facsimile)

Fee Examiner

**ATTACHMENT 1**

# Final Report of the
# Review and Analysis of

# First Interim Fee Application Submitted by

## JEFFERIES AND COMPANY, INC.
of
New York, New York

For the Interim Period

**September 1, 2005 Through January 31, 2006**



In the Matter Entitled

### *In re:  Winn-Dixie Stores, Inc., et al.*

**United States Bankruptcy Court
Middle District of Florida
Jacksonville Division**

**Case No. 05-03817-3F1**



Issued

**October 18, 2006**

*Stuart Maue*

## JEFFERIES & COMPANY, INC.

## SUMMARY OF FINDINGS

### First Interim Application (September 1, 2005 Through January 31, 2006)

#### A.      Amounts Requested and Computed

| | | |
|---|---|---|
| Fees Requested | $575,000.00 | |
| Expenses Requested | 33,846.52 | |
| | | |
| TOTAL FEES AND EXPENSES REQUESTED | | $608,846.52 |
| | | |
| Fees Computed | $574,999.43 | |
| Expenses Computed | 33,846.52 | |
| | | |
| TOTAL FEES AND EXPENSES COMPUTED | | $608,845.95 |
| | | |
| Discrepancies in Fees: | | |
| Rounding Due to Calculation of Hourly Billing Rates | $      0.57 | |
| | | |
| TOTAL DIFFERENCE BETWEEN COMPUTED AND REQUESTED FEES AND EXPENSES | | $      0.57 |

#### B.      Amounts Requested – Based on Firm's Response

| | | |
|---|---|---|
| Fees Requested | $575,000.00 | |
| | | |
| REVISED FEES REQUESTED | $575,000.00 | |
| | | |
| Expenses Requested | 33,846.52 | |
| | | |
| REVISED EXPENSES REQUESTED | 33,846.52 | |
| | | |
| REVISED TOTAL FEES AND EXPENSES REQUESTED | | $608,846.52 |

*Stuart Maue*

**SUMMARY OF FINDINGS (Continued)**

## C.    Professional Fees

### 1.    Compliance With Billing Guidelines

| Page No. | | Exhibit | Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|---|
| 9 | Vaguely Described Conferences | C-1 | 76.50 | $ 64,450.49 | 11% |
| 9 | Other Vaguely Described Activities | C-2 | 49.00 | 41,282.01 | 7% |
| 12 | Intraoffice Conferences | D | 26.00 | 21,904.74 | 4% |
| 12 | Nonfirm Conferences, Hearings, and Other Events | E | 320.00 | 269,596.80 | 47% |
| 12 | Nonfirm Conferences, Hearings, and Other Events – Multiple Attendance | E | 229.75 | 193,562.08 | 34% |

### 2.    Fees to Examine for Necessity, Relevance, and Reasonableness

| Page No. | | Exhibit | Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|---|
| 14 | Days Billed in Excess of 12.00 Hours | F-1 | 168.00 | $141,538.32 | 25% |

## D.    Expenses

### 1.    Compliance With Billing Guidelines

| Page No. | | Exhibit | Amount |
|---|---|---|---|
| 22 | Travel Expenses – Airfare | G-1 | $13,011.60 |
| 22 | Travel Expenses – Accommodations | G-2 | 2,548.90 |
| 23 | Meals | H-1 | 3,510.66 |
| 23 | Ground Transportation | H-2 | 4,148.46 |

### 2.    Expenses to Examine for Necessity, Relevance, and Reasonableness

| Page No. | | Exhibit | Amount |
|---|---|---|---|
| 24 | Legal Fees for Latham & Watkins | I | $8,500.00 |
| 25 | Vaguely Described Expenses | J | 281.00 |

*Stuart Maue*

**SUMMARY OF FINDINGS (Continued)**

### E.    Adjustment to Eliminate Overlap Between Categories

#### 1.    Fees

| Page No. | | Before Adjustment for Overlap | | Overlap | | After Adjustment for Overlap | |
|---|---|---|---|---|---|---|---|
| | | Hours | Fees | Hours | Fees | Hours | Fees |
| 12 | Nonfirm Conferences, Hearings, and Other Events – Multiple Attendance | 229.75 | $193,562.08 | 0.00 | $      0.00 | 229.75 | $193,562.08 |
| 12 | Intraoffice Conferences – Multiple Attendance | 26.00 | 21,904.74 | 0.00 | 0.00 | 26.00 | 21,904.74 |
| 9 | Vaguely Described Conferences | 76.50 | 64,450.49 | 55.00 | 46,336.95 | 21.50 | 18,113.54 |
| 9 | Other Vaguely Described Activities | 49.00 | 41,282.01 | 0.00 | 0.00 | 49.00 | 41,282.01 |

#### 2.    Expenses

| Page No. | | Before Adjustment for Overlap | Overlap Amount | After Adjustment for Overlap Amount |
|---|---|---|---|---|
| 23 | Meals | $3,510.66 | $0.00 | $3,510.66 |
| 23 | Ground Transportation | 4,148.46 | 0.00 | 4,148.46 |
| 24 | Legal Fees for Latham & Watkins | 8,500.00 | 0.00 | 8,500.00 |
| 25 | Vaguely Described Expenses | 281.00 | 0.00 | 281.00 |

*Stuart Maue*

# TABLE OF CONTENTS

**Page No.**

I.      INTRODUCTION ..................................................................... 1

II.     PROCEDURES AND METHODOLOGY ........................................ 4
        A.      Appendix A ................................................................. 4
        B.      Overlap Calculation ...................................................... 4

III.    RECOMPUTATION OF FEES AND EXPENSES ............................ 5

IV.     REVIEW OF FEES ................................................................. 6
        A.      Technical Billing Discrepancies ........................................ 6
                1.      Potential Double Billing ...................................... 6
        B.      Compliance With Billing Guidelines ................................... 6
                1.      Firm Staffing and Rates....................................... 7
                        a)      Timekeepers and Positions ......................... 7
                2.      Time Increments .............................................. 9
                3.      Complete and Detailed Task Descriptions .................. 9
                        a)      Vaguely Described Conferences ................... 9
                        b)      Other Vaguely Described Activities ............... 10
                4.      Blocked Entries ............................................... 11
                5.      Multiple Professionals at Hearings and Conferences ...... 12
                        a)      Intraoffice Conferences ........................... 12
                        b)      Nonfirm Conferences, Hearings, and Other Events .............. 12
        C.      Fees to Examine for Necessity, Relevance, and Reasonableness ................. 14
                1.      Personnel Who Billed 10.00 or Fewer Hours ............... 14
                2.      Long Billing Days ............................................ 14
                3.      Administrative/Clerical Activities .......................... 16
                4.      Legal Research ............................................... 17
                5.      Travel ........................................................ 17
                6.      Summary of Projects ......................................... 18

V.      REVIEW OF EXPENSES........................................................... 20
        A.      Technical Billing Discrepancies ...................................... 20
        B.      Compliance With Billing Guidelines .................................. 21
                1.      Complete and Detailed Itemization of Expenses ........... 21
                2.      Travel Expenses .............................................. 22
                        a)      Airfare ........................................... 22
                        b)      Lodging ........................................... 22
                3.      Overhead Expenses ........................................... 22
                        a)      Meals and Transportation ......................... 23

*Stuart Maue*

**TABLE OF CONTENTS (Continued)**

<u>**Page No.**</u>

C.    Expenses to Examine for Necessity and Reasonableness ........................... 24

       1.      Legal Fees for Latham & Watkins ............................................. 24

       2.      Vaguely Described Expenses ................................................. 25

*Stuart Maue*

# TABLE OF EXHIBITS

**Page No.**

A.      EXHIBIT REMOVED BASED ON RESPONSE ............................................... 6

B.      Summary of Hours and Fees by Timekeeper and Position .................................. 7

C-1.    Vaguely Described Conferences
C-2.    Other Vaguely Described Activities ............................................................ 9

D.      Intraoffice Conferences ......................................................................... 12

E.      Nonfirm Conferences, Hearings, and Other Events ......................................... 12

F-1.    Days Billed in Excess of 12.00 Hours
F-2.    Daily Calendar.................................................................................... 14

G-1.    Travel Expenses - Airfare
G-2.    Travel Expenses – Accommodations .......................................................... 22

H-1.    Meals
H-2.    Ground Transportation ......................................................................... 23

I.      Legal Fees........................................................................................ 24

J.      Vaguely Described Expenses ................................................................... 25

*Stuart Maue*

## I.    <u>INTRODUCTION</u>

The United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, entered an order effective December 1, 2005, authorizing the employment and retention of Stuart, Maue, Mitchell & James, Ltd. ("Stuart Maue") to serve as fee examiner in the jointly administered cases entitled *In re: Winn-Dixie Stores, Inc., et al.,* Case No. 05-03817-3F1.    The order authorized and directed Stuart Maue to review all fee applications filed with the Court and to review the statements submitted by professionals retained by Wachovia Bank, N.A. in its capacity as agent for itself and other postpetition lenders (the "Agent").

The review and analysis of the professionals' fee applications are pursuant to the applicable standards of 11 U.S.C. §§ 330 and 331, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the local rules of this Court (the "Local Rules"), and the United States Trustee Guidelines for Reviewing Applications for the Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "U.S. Trustee Guidelines"). The statements submitted by the professionals retained by the Agent are reviewed and analyzed pursuant to a reasonableness standard as referenced in 11 U.S.C. § 328 and the Bankruptcy Rules.

Stuart Maue conducted a review and analysis of the "First Interim Application of Jefferies & Company, Inc., as Financial Advisor to the Official Committee of Equity Security Holders Seeking Interim Allowance and Payment of Compensation and Reimbursement of

*Stuart Maue*

### I.  INTRODUCTION  (Continued)

Expenses" (the "Application").  Jefferies & Company, Inc. ("Jefferies") located in New York,

New York, is financial advisor to the Official Committee of Equity Security Holders.

In an Order dated December 28, 2005, the Court approved the Committee's retention

of Jefferies effective as of September 1, 2005, (the "Retention Order").   The Application

requested the allowance and approval of interim compensation of fees and expenses incurred

pursuant to the terms of a letter dated September 15, 2005, from Jefferies to the Equity

Committee (the "Engagement Letter") confirming that the firm would receive "...a monthly

fee (the "Monthly Fee") equal to $125,000.00 per month until Jefferies has been paid

$375,000 in such Monthly Fees, and $100,000.00 per month thereafter."   In addition to the

monthly fee, Jefferies shall be entitled to reimbursement "...for all out-of-pocket expenses

(including reasonable fees and expenses of its counsel, travel and lodging expenses, word

processing charges, messenger and duplication services, facsimile expenses and other

customary expenditures) incurred by Jefferies in connection with the engagement contemplated

hereunder."

The Retention Order further provided that the "...United States Trustee and the Fee

Examiner appointed in these cases shall have and retain the right to review and object to

Jefferies' interim and final fee applications (including expense reimbursement) according to the

standards provided in Section 330 of the Bankruptcy Code; provided further however, that

while Jefferies' professionals shall not be required to keep detailed time records in one-tenth of

an hour increments, Jefferies' professionals shall keep daily time records describing generally

*Stuart Maue*

**I.  INTRODUCTION  (Continued)**

the services rendered, the name of the individuals rendering such services and the time such individuals expended each day in rendering such services in half-hour increments…"

Stuart Maue used the same methodology to review the interim fee applications of Jefferies that is used to review the fee applications of other case professionals who did not have a fixed fee billing arrangement.

Stuart Maue prepared a written report of the initial review and analysis of the Application and provided that report to Jefferies and the U.S. Trustee.  A representative of Jefferies discussed the initial report with Stuart Maue and provided a written response to that initial report.  Stuart Maue reviewed the response and in one instance revised the exhibits based on the response.  If information in the response was provided that indicated an error was made in the initial classification of a fee or expense entry, Stuart Maue amended the exhibit and removed the initial classification.  If the firm provided additional information that revised the text of fee or expense entries in the Application, those revisions are generally referenced in this final report.  However, the initial classification of those entries has not been changed and those entries remain on the exhibit as originally classified.  Stuart Maue bases its report on the Application as filed with the Court.

Upon completion of the review of the firm's response and reconsideration of the initial report, Stuart Maue prepared this final report.

*Stuart Maue*

I.  INTRODUCTION  (Continued)

**Jefferies Response:**

"Although Jefferies does not believe that a line item response is necessary or appropriate (because of the terms of Jefferies' retention and because of the nature and extent of the items identified), it is willing and able to address in detail each entry that the Fee Examiner, the Office of the United States Trustee, or the Court requests."

II.  **PROCEDURES AND METHODOLOGY**

A.  **Appendix A**

Stuart Maue's procedures and methodology for reviewing fees and expenses and for information regarding the exhibits are presented in Appendix A attached to this report.

B.  **Overlap Calculation**

During Stuart Maue's review and analysis, a task or entry may be included in more than one category and appear on more than one exhibit. For example, a task or entry may be classified as both blocked billing and intraoffice conference. When a task or entry is included in more than one category, "overlap" occurs among the hour and fee calculations for those categories. In order to ensure that the hours and fees for a task or entry are not "counted" more than once in any reduction of fees, Stuart Maue calculated the overlap.[1]  The overlap calculation is displayed in Section E of the

---

[1] The overlap calculation does not include the categories for hourly rate increases or days billed in excess of 12.00 hours. The classification of these categories is based on the total hours and fees billed for the category and not on individual entries within the category. A review of these two categories allows a determination of the reasonableness of the total fees attributable to hourly rate increases and the time billed in excess of 12.00 hours. Overlap calculations for hourly rate increases and long billing days are available upon request to Stuart Maue.

-4-

*Stuart Maue*

Summary of Findings and includes the totals for each category before and after the calculation for overlap and the total dollar amount of the overlap in each category.

### III.   RECOMPUTATION OF FEES AND EXPENSES

In the Application, Jefferies requested the following professional fees and expenses:

|  |  |
|---|---|
| Professional Fees Requested: | $575,000.00 |
| Expense Reimbursement Requested: | 33,846.52 |
| Total Fees and Expenses: | $608,846.52 |

Jefferies requested fees in accordance with the terms and conditions set forth in the Retention Order Letter.  The Application did not include hourly rates for the firm timekeepers; however, the number of hours billed by each professional and the total number of hours billed by the firm during this interim period were provided.  Using the fixed monthly fee, the total hours billed by the firm, and the hours billed by each timekeeper, Stuart Maue calculated a blended hourly rate for the firm.  This blended hourly rate was assigned to each timekeeper and used to calculate a fee for each entry.  The exhibits to this report reflect hours and fees that are based on this computation.

Stuart Maue recomputed the expenses and the recomputation revealed no difference between the requested amount and the computed amount.

*Stuart Maue*

IV.    **REVIEW OF FEES**

A.    **Technical Billing Discrepancies**

Stuart Maue examined the billing entries for apparent irregularities such as double billing, wrong case billings, and missing task descriptions.   The following technical billing discrepancies were identified:

1.    **Potential Double Billing**

The Application was examined for billing entries or entry activities that appear to be duplicated (i.e., on the same date by the same timekeeper with identical or nearly identical descriptions and time increments).   Stuart Maue identified two task entries that were potentially double billed.

**Jefferies Response:**

*"The sole time entry that was identified as a potential double billing is simply identical wording for unique time entries."*

Based on the response, Stuart Maue removed EXHIBIT A from the report.

B.    **Compliance With Billing Guidelines**

Stuart Maue reviewed and analyzed the fees and billing entries for compliance with the standards for compensation as set forth in the U.S. Trustee Guidelines.   The following discusses the firm's compliance with these guidelines:

*Stuart Maue*

IV.  REVIEW OF FEES  (Continued)

1.      **Firm Staffing and Rates**

**The following information should be provided in every fee application:  (iii) Names and hourly rates of all applicant's professionals and paraprofessionals who billed time, explanation of any changes in hourly rates from those previously charged, and statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than under title 11.  U.S. Trustee Guidelines (b)(1)(iii)**

a)      **Timekeepers and Positions**

  The Application provided the names and positions of the Jefferies professionals who billed time to this matter.  The firm staffed this matter with six timekeepers, including one managing director, one senior vice president, one associate, and three analysts.  The Application also included the names of five "nonrestructuring professionals who participated but did not keep hours."  These additional professionals are identified as Lloyd Feller, General Counsel; Judy Kester, Associate General Counsel; Robert Ming, Vice President, Legal Department; Ginna Redding, Co-Director Compliance; and Rudy Rodriquez, Paralegal.

  As discussed in Section III, above, the Application did not provide hourly rates for the firm's professionals.  Stuart Maue calculated a blended hourly rate for all timekeepers who billed time to this matter

*Stuart Maue*

### IV.  REVIEW OF FEES  (Continued)

by dividing the total amount of fees billed by the total number of hours shown in the Application.

Jefferies provided detailed billing entries totaling 682.50 hours during the first interim period.[2]  The following table displays hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Managing Director | 60.75 | 9% | $ 51,181.27 | 9% |
| Senior Vice President | 118.75 | 17% | 100,045.69 | 17% |
| Associate | 127.00 | 19% | 106,996.23 | 19% |
| Analyst | 376.00 | 55% | 316,776.24 | 55% |
| TOTAL | 682.50 | 100% | $574,999.43 | 100% |

The total hours and fees billed by each professional, the position of each timekeeper, and the computation of the blended hourly rate are displayed on EXHIBIT B.

Stuart Maue calculated a blended hourly rate of Jefferies professionals in the amount of $842.49 for the first interim period.

---

[2] The Application stated that "...as it is not the normal practice of Jefferies' professionals to keep time records for all assignments, it is likely that the Jefferies time records are under-inclusive of time actually expended on these matters.  The records presented in this Application represent the expended hours that were recorded."

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**

2.      <u>**Time Increments**</u>

<u>**Time entries should be kept contemporaneously with the services rendered in time periods of tenths of an hour.**</u>  **U.S. Trustee Guidelines (b)(4)(v)**

The Retention Order specifically provided that instead of keeping daily time records in increments of tenths-of-an-hour, Jefferies was allowed to record its services in half-hour increments.  Most of the entries were billed in half-hour or full-hour increments, with a few entries billed in quarter-hour increments.

3.      <u>**Complete and Detailed Task Descriptions**</u>

<u>**Services should be noted in detail...  Time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication.  Time entries for court hearings and conferences should identify the subject of the hearing or conference.**</u>  **U.S. Trustee Guidelines (b)(4)(v)**

Activity descriptions should identify each service separately and sufficiently so that the benefit derived from such service may be ascertained, and it may be determined that the time expended was reasonable and necessary.

Several of the activity descriptions in the Application were not sufficiently detailed.  The following vaguely described activities were identified:

a)      <u>**Vaguely Described Conferences**</u>

Activity descriptions for conferences and telephone calls should identify the participants and also the subject-matter or purpose of the communication.  Conferences and meetings that either did not identify the participants or did not specify the subject-matter or purpose of the

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**

communication are identified as vaguely described conferences and appear on EXHIBIT C-1 and total 76.50 hours with $64,450.49 in associated fees.

**b)** **Other Vaguely Described Activities**

Activity descriptions for the review of documents and correspondence should identify the person or party who prepared the document or correspondence and its subject-matter.  If the documents were not recently received or were previously reviewed, the description should also state the purpose of the review.

Activity descriptions must also sufficiently describe the preparation of work product.  A description of correspondence should identify the correspondent and the subject of the correspondence.  Similarly, a description for preparation of documents should identify the document drafted or revised.

Examples of descriptions that have been classified as vaguely described are "Legal document work" and "Review of Paul Hastings e-mail."  These entries fail to specify the tasks with sufficient clarity to allow for a determination of the exact nature of the activities being performed.

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**

The entries identified as other vaguely described activities are displayed on EXHIBIT C-2 and total 49.00 hours with $41,282.01 in associated fees.

**Jefferies Response:**

*"The 'vaguely described conferences' and the 'other vaguely described activities' are phrased to simultaneously describe the tasks undertaken and to protect the confidentiality of the topics discussed."*

**4.**   **Blocked Entries**

**Services should be noted in detail and not combined or "lumped" together, with each service showing a separate time entry; however, tasks performed in a project which total a de minimis amount of time can be combined or lumped together if they do not exceed .5 hours on a daily aggregate.  U.S. Trustee Guidelines (b)(4)(v)**

Most of the activity descriptions in the Application were not combined or "lumped"; however, the fee application included seven entries that were each billed at 24.00 hours.   Three of the descriptions stated "Diligence trip to Jacksonville" and four of the descriptions stated "Meeting in Jacksonville with debtor and debtor's professionals."   These entries and the time billed appear to include several activities that have been combined or lumped together; however, these entries are more fully discussed in Section IV.C.2. regarding "Long Billing Days."   These entries have not been classified as blocked billing.

*Stuart Maue*

IV.  REVIEW OF FEES  (Continued)

5.      **Multiple Professionals at Hearings and Conferences**

**If more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees.**  U.S. Trustee Guidelines (b)(4)(v)

When two or more firm timekeepers bill to attend a meeting, hearing, or other event, the task descriptions should identify and explain the role of each timekeeper who billed for that attendance and the need for multiple attendees. Neither the Application nor the task descriptions explained the need for multiple attendees at conferences, hearings, or events.

a)      **Intraoffice Conferences**

Intraoffice conferences are necessary and appropriate; however, frequent internal conferring may indicate inappropriate levels of staffing, unnecessary conferencing, or the use of inexperienced personnel.  Stuart Maue identified 27 entries describing conferences between Jefferies personnel, which represents 4% of the total fees requested in the Application.  Two or more Jefferies timekeepers billed for attendance at all of the intraoffice conferences.

The entries describing intraoffice conferences are displayed on EXHIBIT D and total 26.00 hours with $21,904.74 in associated fees.

b)      **Nonfirm Conferences, Hearings, and Other Events**

On many occasions, more than one Jefferies timekeeper billed for attendance at a conference, hearing, or other event that was also attended

-12-

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**

by nonfirm personnel.  For example, on September 16, 2005, four Jefferies professionals billed 4.00 hours each for a "Meeting with Debtor FA and Counsel" while again on November 14, 2005, five timekeepers billed 2.00 hours each for a "Conference call with Equity Committee and Paul Hastings."

EXHIBIT E displays the entries where more than one Jefferies timekeeper billed for attendance at a conference, hearing, or other event that was also attended by nonfirm personnel.  Those entries total 320.00 hours with $269,596.80 in associated fees.  The entries for all participants other than the timekeeper who appears to be the most responsible at the event (i.e., the one who bills the most fees and/or hours) are marked with an ampersand **[&]** on this exhibit and total 229.75 hours with associated fees of $193,562.08.

**Jefferies Response:**

*"Moreover, as the draft report acknowledges, Jefferies was retained under Section 328 of the Bankruptcy Code (with a reservation for certain parties to review Jefferies' fees under Section 330), and is entitled to a flat monthly fee (and potentially a success fee), not a fee based on hours.  As a result, the attendance of multiple professionals at hearings and conferences, intraoffice and non-firm alike, increases the*

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**

*expertise Jefferies can bring to bear on an issue or matter without increasing the cost to the Equity Committee (or the Debtors).  Each hour spent on such a task does not result in the incurrence of any additional fees by the Debtors, but provides additional value (even if only incremental or partial – it is value provided at no cost)."*

**C.    Fees to Examine for Necessity, Relevance, and Reasonableness**

Stuart Maue reviewed the Application and identified several billing practices to examine for necessity, relevance, and reasonableness under the standards of Section 330 of the Bankruptcy Code.

**1.    Personnel Who Billed 10.00 or Fewer Hours**

A review of the fee entries of timekeepers who bill relatively few hours to a matter allows a determination of whether these timekeepers are duplicating the work of others, whether the use of these timekeepers increases the cost to the estate because of orientation or the "getting up-to-speed" that may be required, or whether the small amount of time billed contributed to the advancement of the case.  Jefferies did not have a professional that billed 10.00 or fewer hours during the first interim period.

**2.    Long Billing Days**

Courts have generally held that billable time for professional services should include only those tasks that relate directly to work for the client. Professionals necessarily must spend some portion of each day on personal

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**

matters, such as meals and breaks, and frequently spend time on administrative matters, such as training or supervision of others.   Professionals may periodically work extraordinarily long hours without many breaks because of the demands of the representation.   However, such long hours are generally related to identifiable circumstances such as court deadlines, travel, or event attendance.

Stuart Maue identified seven fee entries in which Jefferies' timekeepers billed more than 12.00 hours.  On October 6, 2005, senior vice president Tom Carlson, associate Adam Keil, and analyst Ben Backowski each billed 24.00 hours for an activity identified as "Diligence trip to Jacksonville."  Again on November 10, 2005, managing director Bill Derrough, analyst Chaz Thomas, Mr. Keil, and Mr. Carlson each billed 24.00 hours for a "Meeting in Jacksonville with debtor and debtor's professionals."   The associated fees for each of these 24.00-hour days were $20,219.76.   Stuart Maue acknowledges that the firm has an approved flat fee billing engagement and is allowed to bill in half-hour increments; however, when a firm bills a 24.00-hour day it is difficult to determine the activities that were actually performed.   It appears that these entries included time for travel, time for sleeping, time for meals, and time to attend to personal matters.   It is not possible to determine how much time was spent actually performing services for the client.

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**

EXHIBIT F-1 displays the billing entries for the days on which a professional billed more than 12.00 hours.   These entries total 168.00 hours with $141,538.32 in associated fees, which represents 25% of the total fees requested in the Application.

EXHIBIT F-2 displays a calendar which shows the total number of hours billed by each professional per day and per month.

**Jefferies Response:**

*"The 'long billing days' reflect actual time dedicated by Jefferies personnel to these cases – whether working hours, travel time, or time in between, it was nonetheless time dedicated by various professionals to these cases.   Considering the terms of Jefferies' retention (that it is paid on a flat monthly fee, not based on hours spent), Jefferies believes those tasks and descriptions are sufficient, appropriate, reasonable, and were each very much in the Equity Committee's and Debtors' best interest."*

**3.**      **Administrative/Clerical Activities**

Activities associated with the day-to-day operations of the professional firm are considered to be administrative in nature and, as such, are reflected in the hourly rates charged by the firm.

Clerical activities include tasks that may be effectively performed by administrative assistants, secretaries, or support personnel.  The performance of

*Stuart Maue*

### IV.  REVIEW OF FEES  (Continued)

clerical or secretarial tasks by attorneys, accountants, paralegals, and other paraprofessionals generally constitutes nonbillable time and should be delegated to nonbilling staff members.  Courts have held that time spent performing administrative or clerical activities such as filing, organizing and updating files, retrieving and distributing documents, checking the docket, calendaring events, photocopying, scanning documents, training and assignment of tasks to staff members, or "supervising" any of the foregoing is not compensable.

The Jefferies Application did not contain activities that appeared to be administrative or clerical in nature.

### 4.    Legal Research

There were no entries describing legal research by Jefferies timekeepers during this interim period.

### 5.    Travel

A review of entries for travel may allow a determination of whether the time billed for travel was reasonable and necessary.  Stuart Maue did not identify any entries that described travel time; however, the Application included fee entries that indicated that firm timekeepers traveled to Jacksonville, Florida from New York, New York, and the expenses included requests for reimbursement of travel expenses.  It appears that the Application may include travel time that was billed but not separately disclosed.  For example, Mr. Keil and Mr. Carlson each bill 6.00 hours on November 9, 2006, to attend a

*Stuart Maue*

"meeting in Jacksonville with WD, Blackstone, HLHZ."   There are no corresponding entries for travel to Jacksonville on or shortly before November 9, 2006.   Additionally, Mr. Keil and Mr. Carlson each billed 24.00 hours on November 10, 2006, regarding a meeting in Jacksonville and there are no corresponding entries for travel on or shortly after November 10, 2006.   Mr. Derrough, Mr. Chaz, and Mr. Carlson also bill 24.00 hours for a meeting in Jacksonville, Florida and have no corresponding entries for travel from New York, New York to Jacksonville, Florida.

6.     **Summary of Projects**

In the Application, Jefferies provided a summary of significant categories of services provided by the firm during the interim period.  The four categories included "Diligence, Analysis and Review of the Debtors' Business Plan and Footprint"; "Official Committee Meetings and Case Administration"; "Monitor and Evaluate Performance"; and "Court Hearing Preparation."  The Application did not identify the fee entries that were included in each of these categories and for many of the entries it was not possible to determine to which category they related.   Stuart Maue was unable to prepare a summary of projects.

For purposes of this report, Stuart Maue reviewed the Application to identify any entries related to the retention and compensation of Jefferies or other case professionals.   Stuart Maue identified only one entry related to the

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**

retention and compensation of the firm.   That entry was recorded by analyst

Chaz Thomas for 5.00 hours on January 9, 2006, and stated "Work relating to

Fee Application."

*Stuart Maue*

V.    **REVIEW OF EXPENSES**

In the Application, Jefferies requested reimbursement of expenses in the amount of

$33,846.52.  Stuart Maue reviewed the expenses and divided them into categories based on the

type of charge.  The following table summarizes the expenses as computed and categorized by

Stuart Maue:

| Category | Amount Computed | Percentage of Total Expenses |
|---|---|---|
| **Travel Expenses:** | | |
| Airfare | $13,011.60 | 38% |
| Accommodations | 2,548.90 | 8% |
| **Legal Fees** | 8,500.00 | 25% |
| **Ground Transportation** | 4,148.46 | 12% |
| **Meals** | 3,510.66 | 10% |
| **Financial Research** | 984.75 | 3% |
| **Printing Costs** | 821.13 | 2% |
| **Presentation Services** | 281.00 | * |
| **Phone/Fax** | 40.02 | * |
| **TOTAL** | $33,846.52 | 100% |

* Less than 1%

A.    **Technical Billing Discrepancies**

Stuart Maue reviewed the expense items for apparent irregularities such as

double billing, wrong case billing, or missing expense descriptions.  No technical

billing discrepancies were identified in the Application.

*Stuart Maue*

**B.**     **Compliance With Billing Guidelines**

**Any expense for which reimbursement is sought must be actual and necessary and supported by documentation as appropriate.  U.S. Trustee Guidelines (b)(5)**

Stuart Maue reviewed and analyzed the expenses for compliance with the standards for reimbursement of actual, necessary expenses as set forth in the U.S. Trustee Guidelines.

**1.**     **Complete and Detailed Itemization of Expenses**

**Factors relevant to a determination that the expense is proper include the following:  Whether applicant has provided a detailed itemization of all expenses including the date incurred, description of expense (e.g., type of travel, type of fare, rate destination), method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense.  Itemized expenses should be identified by their nature (e.g., long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred.  U.S. Trustee Guidelines (b)(5)(v)(iii)**

Jefferies provided a listing of its expenses that included the category, the name of the timekeeper incurring the charge or the vendor name, the posting date of the charge, and the amount of the charge.  The expenses were not sufficiently detailed in any of the categories.  For example, the travel expenses did not include the date, origination, or destination of travel and the other expenses do not include an itemized explanation of the services provided. Supporting documentation for the expense charges was not included in the Application.

*Stuart Maue*

**V.  REVIEW OF EXPENSES  (Continued)**

2.      **Travel Expenses**

a)      **Airfare**

Jefferies requested reimbursement for airfare in the amount of $13,011.60.   The origination and destination for this travel was not included in the Application and Stuart Maue was unable to determine the class of fare.   Stuart Maue notes that four of the charges were in excess of $1,500.00 each.    The Jefferies' airfare charges are itemized on EXHIBIT G-1.

b)      **Lodging**

Jefferies requested reimbursement for "accommodations" in the amount of $2,548.90.   The itemization of the lodging expenses provided the amount and the name of the person who incurred the expense but does not identify the name or location of the hotel, the dates or number of nights included in the stay, or whether the requested amount included expenses other than the nightly room charges.   These lodging expenses are itemized on EXHIBIT G-2.

3.      **Overhead Expenses**

**Factors relevant to a determination that the expense is proper include the following:**

**Whether the expenses appear to be in the nature of nonreimbursable overheard.    Overhead includes, but is not limited to, word processing, proofreading, secretarial and other clerical services, rent, utilities, office equipment and furnishings, insurance, taxes,**

*Stuart Maue*

**local telephones and monthly car phone charges, lighting, heating and cooling, and library and publication charges.**  U.S. Trustee Guidelines (b)(5)(vii)

Case professionals typically charge clients to obtain reimbursement for the actual cost of out-of-pocket expense items that are directly attributable to the representation and that are not part of office overhead.  These expenses include filing fees and court costs; long-distance telephone charges; photocopying costs; travel, meal, and lodging expenses; and court reporter fees.  Expenses such as supplies and postage are generally considered to be a part of office overhead and included in the hourly rate of professionals.

Stuart Maue identified the following expense items in the Application as potential overhead:

a)        **Meals and Transportation**

Jefferies requested reimbursement of $3,510.66 for meals and $4,148.46 for ground transportation.  The itemization of these expenses provided only the amount and the name of the person who incurred the expense or the vendor name.  Stuart Maue is unable to determine whether these charges were incurred locally or out of town, the number of professionals involved, or whether charges have been grouped together.  The Application stated that "While Jefferies has not charged the Committee for any overtime expenses, professionals and other

*Stuart Maue*

### V.  REVIEW OF EXPENSES  (Continued)

employees of Jefferies who worked late into the evenings or on weekends were reimbursed for their reasonable meal costs and their cost for transportation from the office to home."

Stuart Maue recognizes that it is the practice of some firms to reimburse employees for transportation costs or meals when working after regular business hours.    While the firm may reimburse its employees for commuting expenses and overtime meals, this type of expense is generally considered part of firm overhead.

Stuart Maue notes that four of the meal charges are in excess of $200.00 each, including one charge, dated January 12, 2006, in the amount of $558.11.    In addition, eight of the ground transportation charges are in excess of $200.00, including one charge, dated December 16, 2005, in the amount of $345.27.

The expenses for meals are itemized on EXHIBIT H-1 and the expenses for ground transportation are itemized on EXHIBIT H-2.

### C.    Expenses to Examine for Necessity and Reasonableness

Stuart Maue reviewed the Application and has identified expenses to examine for necessity, relevance, and reasonableness.

### 1.    Legal Fees for Latham & Watkins

The Application included a request for reimbursement of legal fees for Latham & Watkins LLP.  The posting date of this charge is December 3, 2005.

*Stuart Maue*

### V.  REVIEW OF EXPENSES  (Continued)

Jefferies did not provide an explanation for these charges that total $8,500.00.

Stuart Maue notes that the Retention Order provided the following:

> ORDERED that in the event Jefferies seeks reimbursement for attorneys' fees from the Debtors pursuant to the Letter Agreement, the invoices and supporting time records from such attorneys shall be included in Jefferies' own applications (both interim and final), and such invoices and time records shall be subject to the United States Trustee's guidelines for compensation and reimbursement of expenses and the approval of the Bankruptcy Court under the standards of sections 330 and 331 of the Bankruptcy Court without regard to whether such attorney has been retained under any provision of the bankruptcy Code and without regard to whether such attorneys' services satisfy section 330(a)(3)(C) of the Bankruptcy Code...

The Application did not include the invoices or supporting time records for the Latham & Watkins law firm.  This expense is displayed on EXHIBIT I.

### 2.    Vaguely Described Expenses

Jefferies requested reimbursement for "presentation services" totaling $281.00.  The Application does not provide any further information as to the nature or purpose of the services provided.  These vaguely described charges are itemized on EXHIBIT J.

STUART MAUE

**EXHIBIT B**
**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**
**COMPUTED AT STANDARD RATES**
**Jefferies & Company, Inc.**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED | NUMBER OF ENTRIES |
|---|---|---|---|---|---|---|---|
| BDER | Derrough, Bill | MANAG DIRECTOR | $842.49 | $842.49 | 60.75 | $51,181.27 | 33 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $842.49 | | 60.75 | $51,181.27 | |
| | | | | % of Total: 8.90% | | % of Total: 8.90% | |
| TCAR | Carlson, Tom | SR. VICE PRES | $842.49 | $842.49 | 118.75 | $100,045.69 | 61 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $842.49 | | 118.75 | $100,045.69 | |
| | | | | % of Total: 17.40% | | % of Total: 17.40% | |
| AKEI | Keil, Adam | ASSOCIATE | $842.49 | $842.49 | 127.00 | $106,996.23 | 66 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $842.49 | | 127.00 | $106,996.23 | |
| | | | | % of Total: 18.61% | | % of Total: 18.61% | |
| CTHO | Thomas, Chaz | ANALYST | $842.49 | $842.49 | 209.75 | $176,712.28 | 90 |
| BBAC | Backowski, Ben | ANALYST | $842.49 | $842.49 | 109.75 | $92,463.28 | 51 |
| ACHO | Chopra, Atishay | ANALYST | $842.49 | $842.49 | 56.50 | $47,600.69 | 19 |
| | No. of Billers for Position: 3 | Blended Rate for Position: | $842.49 | | 376.00 | $316,776.24 | |
| | | | | % of Total: 55.09% | | % of Total: 55.09% | |
| | Total No. of Billers: 6 | Blended Rate for Report: | $842.49 | | 682.50 | $574,999.43 | |

EXHIBIT C-1

VAGUELY DESCRIBED CONFERENCES

Jefferies & Company, Inc.

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Backowski, B | 12.75 | 10,741.75 |
| Carlson, T | 18.00 | 15,164.82 |
| Chopra, A | 2.00 | 1,684.98 |
| Derrough, B | 8.50 | 7,161.17 |
| Keil, A | 17.25 | 14,532.95 |
| Thomas, C | 18.00 | 15,164.82 |
| | 76.50 | $64,450.49 |

EXHIBIT C-1  PAGE 1 of 7

EXHIBIT C-1
VAGUELY DESCRIBED CONFERENCES
Jefferies & Company, Inc.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|-------------|------------------------------|---------------|------------|------------|---|-------------|
| 09/01/05 Thu | Backowski, B 106/2 | 1.00 | 1.00 | 842.49 | E | | 1 | MATTER: INTERNAL CALL WITH JEFFERIES TEAM AND PAUL HASTINGS |
| 09/01/05 Thu | Backowski, B 106/3 | 0.50 | 0.50 | 421.25 | D | | 1 | MATTER: JEFFERIES TEAM MEETING AFTER CALL |
| 09/01/05 Thu | Carlson, T 106/53 | 1.00 | 1.00 | 842.49 | E | | 1 | MATTER: INTERNAL CALL WITH JEFFERIES TEAM AND PAUL HASTINGS |
| 09/01/05 Thu | Carlson, T 106/54 | 0.50 | 0.50 | 421.25 | D | | 1 | MATTER: JEFFERIES TEAM MEETING AFTER CALL |
| 09/01/05 Thu | Derrough, B 106/133 | 1.00 | 1.00 | 842.49 | E | | 1 | MATTER: INTERNAL CALL WITH JEFFERIES TEAM AND PAUL HASTINGS |
| 09/01/05 Thu | Derrough, B 106/134 | 0.50 | 0.50 | 421.25 | D | | 1 | MATTER: JEFFERIES TEAM MEETING AFTER CALL |
| 09/01/05 Thu | Keil, A 106/166 | 1.00 | 1.00 | 842.49 | E | | 1 | MATTER: INTERNAL CALL WITH JEFFERIES TEAM AND PAUL HASTINGS |
| 09/01/05 Thu | Keil, A 106/167 | 0.50 | 0.50 | 421.25 | D | | 1 | MATTER: JEFFERIES TEAM MEETING AFTER CALL |
| 09/01/05 Thu | Thomas, C 106/232 | 1.00 | 1.00 | 842.49 | | | 1 | MATTER: INTERNAL CALL WITH JEFFERIES TEAM AND PAUL HASTINGS |
| 09/01/05 Thu | Thomas, C 106/233 | 0.50 | 0.50 | 421.25 | D | | 1 | MATTER: JEFFERIES TEAM MEETING AFTER CALL |
| 09/06/05 Tue | Backowski, B 106/4 | 1.00 | 1.00 | 842.49 | D | | 1 | MATTER: JEFFERIES TEAM MEETING |
| 09/06/05 Tue | Carlson, T 106/56 | 1.00 | 1.00 | 842.49 | D | | 1 | MATTER: JEFFERIES TEAM MEETING |
| 09/06/05 Tue | Derrough, B 106/135 | 1.00 | 1.00 | 842.49 | D | | 1 | MATTER: JEFFERIES TEAM MEETING |

~ See the last page of exhibit for explanation

EXHIBIT C-1  PAGE 2 of 7

EXHIBIT C-1
VAGUELY DESCRIBED CONFERENCES
Jefferies & Company, Inc.

| DATE | NAME | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|-------------|----------------|---------------|------------|------------|---|-------------|
| | | | INFORMATIONAL | | | | | |
| 09/06/05 Tue | Keil, A 106/169 | 1.00 | 1.00 | 842.49 | D | | 1 | MATTER: JEFFERIES TEAM MEETING |
| 09/06/05 Tue | Thomas, C 106/235 | 1.00 | 1.00 | 842.49 | D | | 1 | MATTER: JEFFERIES TEAM MEETING |
| 09/09/05 Fri | Backowski, B 106/8 | 1.50 | 1.50 | 1,263.74 | E | | 1 | MATTER: CONFERENCE CALL WITH KEN THOMAS |
| 09/09/05 Fri | Carlson, T 106/59 | 1.50 | 1.50 | 1,263.74 | E | | 1 | MATTER: CONFERENCE CALL WITH KEN THOMAS |
| 09/09/05 Fri | Keil, A 106/172 | 1.50 | 1.50 | 1,263.74 | E | | 1 | MATTER: CONFERENCE CALL WITH KEN THOMAS |
| 09/09/05 Fri | Thomas, C 106/240 | 1.50 | 1.50 | 1,263.74 | | | 1 | MATTER: CONFERENCE CALL WITH KEN THOMAS |
| 09/16/05 Fri | Backowski, B 106/13 | 4.00 | 4.00 | 3,369.96 | E | | 1 | MATTER: MEETING WITH DEBTOR FA AND COUNSEL |
| 09/16/05 Fri | Backowski, B 106/14 | 0.50 | 0.50 | 421.25 | E | | 1 | MATTER: CONFERENCE CALL WITH KEN THOMAS AND PAUL HASTINGS |
| 09/16/05 Fri | Carlson, T 106/62 | 4.00 | 4.00 | 3,369.96 | E | | 1 | MATTER: MEETING WITH DEBTOR FA AND COUNSEL |
| 09/16/05 Fri | Carlson, T 106/63 | 0.50 | 0.50 | 421.25 | E | | 1 | MATTER: CONFERENCE CALL WITH KEN THOMAS AND PAUL HASTINGS |
| 09/16/05 Fri | Derrough, B 106/138 | 4.00 | 4.00 | 3,369.96 | E | | 1 | MATTER: MEETING WITH DEBTOR FA AND COUNSEL |
| 09/16/05 Fri | Thomas, C 106/245 | 4.00 | 4.00 | 3,369.96 | | | 1 | MATTER: MEETING WITH DEBTOR FA AND COUNSEL |
| 09/16/05 Fri | Thomas, C 106/246 | 0.50 | 0.50 | 421.25 | | | 1 | MATTER: CONFERENCE CALL WITH KEN THOMAS AND PAUL HASTINGS |

~ See the last page of exhibit for explanation

EXHIBIT C-1  PAGE 3 of 7

EXHIBIT C-1
VAGUELY DESCRIBED CONFERENCES
Jefferies & Company, Inc.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL COMBINED HOURS | INFORMATIONAL COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 10/11/05 Tue | Backowski, B 106/25 | 1.00 | 1.00 | 842.49 | E | | 1 | MATTER: CONFERENCE CALL WITH KEN THOMAS AND PAUL HASTINGS |
| 10/11/05 Tue | Carlson, T 106/68 | 1.00 | 1.00 | 842.49 | E | | 1 | MATTER: CONFERENCE CALL WITH KEN THOMAS AND PAUL HASTINGS |
| 10/11/05 Tue | Keil, A 106/182 | 1.00 | 1.00 | 842.49 | E | | 1 | MATTER: CONFERENCE CALL WITH KEN THOMAS AND PAUL HASTINGS |
| 10/11/05 Tue | Thomas, C 106/257 | 1.00 | 1.00 | 842.49 | | | 1 | MATTER: CONFERENCE CALL WITH KEN THOMAS AND PAUL HASTINGS |
| 10/17/05 Mon | Backowski, B 106/30 | 0.75 | 0.75 | 631.87 | E | | 1 | MATTER: INTERNAL CALL WITH JEFFERIES TEAM AND PAUL HASTINGS |
| 10/17/05 Mon | Backowski, B 106/31 | 1.50 | 1.50 | 1,263.74 | E | | 1 | MATTER: JEFFERIES CALL WITH XROADS (A. STEVENSON) |
| 10/17/05 Mon | Carlson, T 106/71 | 0.75 | 0.75 | 631.87 | E | | 1 | MATTER: INTERNAL CALL WITH JEFFERIES TEAM AND PAUL HASTINGS |
| 10/17/05 Mon | Carlson, T 106/72 | 1.50 | 1.50 | 1,263.74 | E | | 1 | MATTER: JEFFERIES CALL WITH XROADS (A. STEVENSON) |
| 10/17/05 Mon | Thomas, C 106/263 | 0.75 | 0.75 | 631.87 | | | 1 | MATTER: INTERNAL CALL WITH JEFFERIES TEAM AND PAUL HASTINGS |
| 10/17/05 Mon | Thomas, C 106/264 | 1.50 | 1.50 | 1,263.74 | | | 1 | MATTER: JEFFERIES CALL WITH XROADS (A. STEVENSON) |
| 10/27/05 Thu | Carlson, T 106/73 | 1.00 | 1.00 | 842.49 | E | | 1 | MATTER: INTERNAL CALL WITH JEFFERIES TEAM AND PAUL HASTINGS |
| 10/27/05 Thu | Derrough, B 106/142 | 1.00 | 1.00 | 842.49 | E | | 1 | MATTER: INTERNAL CALL WITH JEFFERIES TEAM AND PAUL HASTINGS |
| 10/27/05 Thu | Keil, A 106/186 | 1.00 | 1.00 | 842.49 | E | | 1 | MATTER: INTERNAL CALL WITH JEFFERIES TEAM AND PAUL HASTINGS |

~  See the last page of exhibit for explanation

EXHIBIT C-1  PAGE 4 of 7

EXHIBIT C-1
VAGUELY DESCRIBED CONFERENCES
Jefferies & Company, Inc.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL COMBINED HOURS | INFORMATIONAL COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 10/27/05 Thu | Thomas, C 106/267 | 1.00 | 1.00 | 842.49 | | | 1 | MATTER: INTERNAL CALL WITH JEFFERIES TEAM AND PAUL HASTINGS |
| 10/28/05 Fri | Carlson, T 106/74 | 1.50 | 1.50 | 1,263.74 | E | | 1 | MATTER: INTERNAL CALL WITH JEFFERIES TEAM AND PAUL HASTINGS |
| 10/28/05 Fri | Keil, A 106/187 | 1.50 | 1.50 | 1,263.74 | E | | 1 | MATTER: INTERNAL CALL WITH JEFFERIES TEAM AND PAUL HASTINGS |
| 10/28/05 Fri | Thomas, C 106/268 | 1.50 | 1.50 | 1,263.74 | | | 1 | MATTER: INTERNAL CALL WITH JEFFERIES TEAM AND PAUL HASTINGS |
| 11/09/05 Wed | Keil, A 106/195 | 6.00 | 6.00 | 5,054.94 | | | 1 | MATTER: MEETING IN JACKSONVILLE WITH WD, BLACKSTONE, HLHZ |
| 11/21/05 Mon | Carlson, T 106/88 | 0.75 | 0.75 | 631.87 | E | | 1 | MATTER: CONFERENCE CALL WITH PAUL HASTINGS |
| 11/21/05 Mon | Keil, A 106/202 | 0.75 | 0.75 | 631.87 | E | | 1 | MATTER: CONFERENCE CALL WITH PAUL HASTINGS |
| 11/21/05 Mon | Thomas, C 106/286 | 0.75 | 0.75 | 631.87 | | | 1 | MATTER: CONFERENCE CALL WITH PAUL HASTINGS |
| 11/22/05 Tue | Backowski, B 106/49 | 1.00 | 1.00 | 842.49 | E | | 1 | MATTER: CONFERENCE CALL WITH PAUL HASTINGS |
| 11/22/05 Tue | Carlson, T 106/89 | 1.00 | 1.00 | 842.49 | E | | 1 | MATTER: CONFERENCE CALL WITH PAUL HASTINGS |
| 11/22/05 Tue | Keil, A 106/203 | 1.00 | 1.00 | 842.49 | E | | 1 | MATTER: CONFERENCE CALL WITH PAUL HASTINGS |
| 11/22/05 Tue | Thomas, C 106/287 | 1.00 | 1.00 | 842.49 | | | 1 | MATTER: CONFERENCE CALL WITH PAUL HASTINGS |
| 01/12/06 Thu | Carlson, T 106/104 | 1.00 | 1.00 | 842.49 | D | | 1 | MATTER: JEFFERIES INTERNAL CALL |

~ See the last page of exhibit for explanation

EXHIBIT C-1  PAGE 5 of 7

EXHIBIT C-1
VAGUELY DESCRIBED CONFERENCES
Jefferies & Company, Inc.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 01/12/06 Thu | Chopra, A 106/125 | 1.00 | 1.00 | 842.49 | D | | 1 | MATTER: JEFFERIES INTERNAL CALL |
| 01/12/06 Thu | Keil, A 106/223 | 1.00 | 1.00 | 842.49 | D | | 1 | MATTER: JEFFERIES INTERNAL CALL |
| 01/12/06 Thu | Thomas, C 106/313 | 1.00 | 1.00 | 842.49 | D | | 1 | MATTER: JEFFERIES INTERNAL CALL |
| 01/13/06 Fri | Carlson, T 106/105 | 1.00 | 1.00 | 842.49 | E | | 1 | MATTER: INTERNAL CALL WITH JEFFERIES TEAM AND PAUL HASTINGS |
| 01/13/06 Fri | Chopra, A 106/126 | 1.00 | 1.00 | 842.49 | E | | 1 | MATTER: INTERNAL CALL WITH JEFFERIES TEAM AND PAUL HASTINGS |
| 01/13/06 Fri | Derrough, B 106/159 | 1.00 | 1.00 | 842.49 | E | | 1 | MATTER: INTERNAL CALL WITH JEFFERIES TEAM AND PAUL HASTINGS |
| 01/13/06 Fri | Keil, A 106/224 | 1.00 | 1.00 | 842.49 | E | | 1 | MATTER: INTERNAL CALL WITH JEFFERIES TEAM AND PAUL HASTINGS |
| 01/13/06 Fri | Thomas, C 106/314 | 1.00 | 1.00 | 842.49 | | | 1 | MATTER: INTERNAL CALL WITH JEFFERIES TEAM AND PAUL HASTINGS |
| | | | 76.50 | $64,450.49 | | | | |

Total
Number of Entries:    60

~ See the last page of exhibit for explanation

EXHIBIT C-1  PAGE 6 of 7

EXHIBIT C-1
VAGUELY DESCRIBED CONFERENCES
Jefferies & Company, Inc.

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| TIMEKEEPER | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Backowski, B | 12.75 | 10,741.75 | 0.00 | 0.00 | 12.75 | 10,741.75 | 0.00 | 0.00 | 12.75 | 10,741.75 |
| Carlson, T | 18.00 | 15,164.82 | 0.00 | 0.00 | 18.00 | 15,164.82 | 0.00 | 0.00 | 18.00 | 15,164.82 |
| Chopra, A | 2.00 | 1,684.98 | 0.00 | 0.00 | 2.00 | 1,684.98 | 0.00 | 0.00 | 2.00 | 1,684.98 |
| Derrough, B | 8.50 | 7,161.17 | 0.00 | 0.00 | 8.50 | 7,161.17 | 0.00 | 0.00 | 8.50 | 7,161.17 |
| Keil, A | 17.25 | 14,532.95 | 0.00 | 0.00 | 17.25 | 14,532.95 | 0.00 | 0.00 | 17.25 | 14,532.95 |
| Thomas, C | 18.00 | 15,164.82 | 0.00 | 0.00 | 18.00 | 15,164.82 | 0.00 | 0.00 | 18.00 | 15,164.82 |
| | 76.50 | $64,450.49 | 0.00 | $0.00 | 76.50 | $64,450.49 | 0.00 | $0.00 | 76.50 | $64,450.49 |

RANGE OF HOURS
RANGE OF FEES

SUMMARY OF HOURS AND FEES BY MATTER

| | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| MATTER NAME | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| | 76.50 | 64,450.49 | 0.00 | 0.00 | 76.50 | 64,450.49 | 0.00 | 0.00 | 76.50 | 64,450.49 |
| | 76.50 | $64,450.49 | 0.00 | $0.00 | 76.50 | $64,450.49 | 0.00 | $0.00 | 76.50 | $64,450.49 |

RANGE OF HOURS
RANGE OF FEES

(--) REASONS FOR TASK HOUR ASSIGNMENTS

EXHIBIT C-1  PAGE 7 of 7

EXHIBIT C-2
OTHER VAGUELY DESCRIBED ACTIVITIES
Jefferies & Company, Inc.

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Backowski, B | 7.00 | 5,897.43 |
| Carlson, T | 9.50 | 8,003.66 |
| Chopra, A | 3.00 | 2,527.47 |
| Derrough, B | 9.50 | 8,003.66 |
| Keil, A | 10.00 | 8,424.90 |
| Thomas, C | 10.00 | 8,424.90 |
| | 49.00 | $41,282.01 |

EXHIBIT C-2  PAGE 1 of 7

EXHIBIT C-2
OTHER VAGUELY DESCRIBED ACTIVITIES
Jefferies & Company, Inc.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|-------------|-----------------|-----------------|------------|------------|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| 09/01/05 Thu | Backowski, B 106/1 | 0.50 | 0.50 | 421.25 | | | 1 | MATTER: REVIEW OF EMAIL FROM DEBTOR'S COUNSEL |
| 09/01/05 Thu | Carlson, T 106/52 | 0.50 | 0.50 | 421.25 | | | 1 | MATTER: REVIEW OF EMAIL FROM DEBTOR'S COUNSEL |
| 09/01/05 Thu | Derrough, B 106/132 | 0.50 | 0.50 | 421.25 | | | 1 | MATTER: REVIEW OF EMAIL FROM DEBTOR'S COUNSEL |
| 09/01/05 Thu | Keil, A 106/165 | 0.50 | 0.50 | 421.25 | | | 1 | MATTER: REVIEW OF EMAIL FROM DEBTOR'S COUNSEL |
| 09/01/05 Thu | Thomas, C 106/231 | 0.50 | 0.50 | 421.25 | | | 1 | MATTER: REVIEW OF EMAIL FROM DEBTOR'S COUNSEL |
| 09/14/05 Wed | Backowski, B 106/10 | 1.00 | 1.00 | 842.49 | | | 1 | MATTER: LEGAL DOCUMENT WORK |
| 10/13/05 Thu | Backowski, B 106/28 | 1.00 | 1.00 | 842.49 | | | 1 | MATTER: REVIEW OF LETTER TO DEBTOR'S COUNSEL |
| 10/13/05 Thu | Carlson, T 106/70 | 1.00 | 1.00 | 842.49 | | | 1 | MATTER: REVIEW OF LETTER TO DEBTOR'S COUNSEL |
| 10/13/05 Thu | Derrough, B 106/141 | 1.00 | 1.00 | 842.49 | | | 1 | MATTER: REVIEW OF LETTER TO DEBTOR'S COUNSEL |
| 10/13/05 Thu | Keil, A 106/184 | 1.00 | 1.00 | 842.49 | | | 1 | MATTER: REVIEW OF LETTER TO DEBTOR'S COUNSEL |
| 10/13/05 Thu | Thomas, C 106/261 | 1.00 | 1.00 | 842.49 | | | 1 | MATTER: REVIEW OF LETTER TO DEBTOR'S COUNSEL |
| 11/01/05 Tue | Backowski, B 106/34 | 1.00 | 1.00 | 842.49 | | | 1 | MATTER: REVIEW OF DEBTORS' MOTIONS |
| 11/01/05 Tue | Backowski, B 106/35 | 1.00 | 1.00 | 842.49 | | | 1 | MATTER: REVIEW OF PAUL HASTINGS EMAILS |

~ See the last page of exhibit for explanation

EXHIBIT C-2  PAGE 2 of 7

EXHIBIT C-2
OTHER VAGUELY DESCRIBED ACTIVITIES
Jefferies & Company, Inc.

| DATE | NAME | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | INFORMATIONAL | | | | | |
| 11/01/05 Tue | Carlson, T 106/75 | 1.00 | 1.00 | 842.49 | | | 1 | MATTER: REVIEW OF DEBTORS' MOTIONS |
| 11/01/05 Tue | Carlson, T 106/76 | 1.00 | 1.00 | 842.49 | | | 1 | MATTER: REVIEW OF PAUL HASTINGS EMAILS |
| 11/01/05 Tue | Derrough, B 106/143 | 1.00 | 1.00 | 842.49 | | | 1 | MATTER: REVIEW OF DEBTORS' MOTIONS |
| 11/01/05 Tue | Derrough, B 106/144 | 1.00 | 1.00 | 842.49 | | | 1 | MATTER: REVIEW OF PAUL HASTINGS EMAILS |
| 11/01/05 Tue | Keil, A 106/188 | 1.00 | 1.00 | 842.49 | | | 1 | MATTER: REVIEW OF DEBTORS' MOTIONS |
| 11/01/05 Tue | Keil, A 106/189 | 1.00 | 1.00 | 842.49 | | | 1 | MATTER: REVIEW OF PAUL HASTINGS EMAILS |
| 11/01/05 Tue | Thomas, C 106/270 | 1.00 | 1.00 | 842.49 | | | 1 | MATTER: REVIEW OF DEBTORS' MOTIONS |
| 11/01/05 Tue | Thomas, C 106/271 | 1.00 | 1.00 | 842.49 | | | 1 | MATTER: REVIEW OF PAUL HASTINGS EMAILS |
| 11/04/05 Fri | Backowski, B 106/36 | 0.50 | 0.50 | 421.25 | | | 1 | MATTER: REVIEW OF EMAIL FROM XROADS |
| 11/04/05 Fri | Keil, A 106/190 | 0.50 | 0.50 | 421.25 | | | 1 | MATTER: REVIEW OF XROADS EMAIL |
| 11/04/05 Fri | Thomas, C 106/272 | 0.50 | 0.50 | 421.25 | | | 1 | MATTER: REVIEW OF XROADS EMAIL |
| 11/07/05 Mon | Backowski, B 106/38 | 0.50 | 0.50 | 421.25 | | | 1 | MATTER: REVIEW OF PAUL HASTINGS EMAIL |
| 11/07/05 Mon | Carlson, T 106/78 | 0.50 | 0.50 | 421.25 | | | 1 | MATTER: REVIEW OF PAUL HASTINGS EMAIL |

~ See the last page of exhibit for explanation

EXHIBIT C-2  PAGE 3 of 7

EXHIBIT C-2
OTHER VAGUELY DESCRIBED ACTIVITIES
Jefferies & Company, Inc.

| DATE | NAME | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | INFORMATIONAL | | | | | |
| 11/07/05 Mon | Derrough, B 106/146 | 0.50 | 0.50 | 421.25 | | | 1 | MATTER: REVIEW OF PAUL HASTINGS EMAIL |
| 11/07/05 Mon | Keil, A 106/192 | 0.50 | 0.50 | 421.25 | | | 1 | MATTER: REVIEW OF PAUL HASTINGS EMAIL |
| 11/07/05 Mon | Thomas, C 106/274 | 0.50 | 0.50 | 421.25 | | | 1 | MATTER: REVIEW OF PAUL HASTINGS EMAIL |
| 11/09/05 Wed | Backowski, B 106/43 | 1.00 | 1.00 | 842.49 | | | 1 | MATTER: REVIEW OF PAUL HASTINGS EMAIL |
| 11/09/05 Wed | Carlson, T 106/82 | 1.00 | 1.00 | 842.49 | | | 1 | MATTER: REVIEW OF PAUL HASTINGS EMAIL |
| 11/09/05 Wed | Derrough, B 106/149 | 1.00 | 1.00 | 842.49 | | | 1 | MATTER: REVIEW OF PAUL HASTINGS EMAIL |
| 11/09/05 Wed | Keil, A 106/196 | 1.00 | 1.00 | 842.49 | | | 1 | MATTER: REVIEW OF PAUL HASTINGS EMAIL |
| 11/09/05 Wed | Thomas, C 106/278 | 1.00 | 1.00 | 842.49 | | | 1 | MATTER: REVIEW OF PAUL HASTINGS EMAIL |
| 11/30/05 Wed | Backowski, B 106/51 | 0.50 | 0.50 | 421.25 | | | 1 | MATTER: REVIEW OF PAUL HASTINGS EMAIL |
| 11/30/05 Wed | Carlson, T 106/91 | 0.50 | 0.50 | 421.25 | | | 1 | MATTER: REVIEW OF PAUL HASTINGS EMAIL |
| 11/30/05 Wed | Derrough, B 106/153 | 0.50 | 0.50 | 421.25 | | | 1 | MATTER: REVIEW OF PAUL HASTINGS EMAIL |
| 11/30/05 Wed | Keil, A 106/206 | 0.50 | 0.50 | 421.25 | | | 1 | MATTER: REVIEW OF PAUL HASTINGS EMAIL |
| 11/30/05 Wed | Thomas, C 106/292 | 0.50 | 0.50 | 421.25 | | | 1 | MATTER: REVIEW OF PAUL HASTINGS EMAIL |

~ See the last page of exhibit for explanation

EXHIBIT C-2  PAGE 4 of 7

EXHIBIT C-2
OTHER VAGUELY DESCRIBED ACTIVITIES
Jefferies & Company, Inc.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|------|------|------|------|------|------|------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| 12/02/05 Fri | Carlson, T 106/92 | 0.50 | 0.50 | 421.25 | | | 1 | MATTER:<br>REVIEW OF PAUL HASTINGS EMAIL |
| 12/02/05 Fri | Derrough, B 106/154 | 0.50 | 0.50 | 421.25 | | | 1 | MATTER:<br>REVIEW OF PAUL HASTINGS EMAIL |
| 12/02/05 Fri | Keil, A 106/207 | 0.50 | 0.50 | 421.25 | | | 1 | MATTER:<br>REVIEW OF PAUL HASTINGS EMAIL |
| 12/02/05 Fri | Thomas, C 106/293 | 0.50 | 0.50 | 421.25 | | | 1 | MATTER:<br>REVIEW OF PAUL HASTINGS EMAIL |
| 12/05/05 Mon | Carlson, T 106/93 | 0.50 | 0.50 | 421.25 | | | 1 | MATTER:<br>REVIEW OF PAUL HASTINGS EMAIL |
| 12/05/05 Mon | Derrough, B 106/155 | 0.50 | 0.50 | 421.25 | | | 1 | MATTER:<br>REVIEW OF PAUL HASTINGS EMAIL |
| 12/05/05 Mon | Keil, A 106/208 | 0.50 | 0.50 | 421.25 | | | 1 | MATTER:<br>REVIEW OF PAUL HASTINGS EMAIL |
| 12/05/05 Mon | Thomas, C 106/295 | 0.50 | 0.50 | 421.25 | | | 1 | MATTER:<br>REVIEW OF PAUL HASTINGS EMAIL |
| 01/23/06 Mon | Carlson, T 106/108 | 0.50 | 0.50 | 421.25 | | | 1 | MATTER:<br>REVIEW OF PAUL HASTINGS EMAIL |
| 01/23/06 Mon | Chopra, A 106/128 | 0.50 | 0.50 | 421.25 | | | 1 | MATTER:<br>REVIEW OF PAUL HASTINGS EMAIL |
| 01/23/06 Mon | Derrough, B 106/162 | 0.50 | 0.50 | 421.25 | | | 1 | MATTER:<br>REVIEW OF PAUL HASTINGS EMAIL |
| 01/23/06 Mon | Keil, A 106/226 | 0.50 | 0.50 | 421.25 | | | 1 | MATTER:<br>REVIEW OF PAUL HASTINGS EMAIL |
| 01/23/06 Mon | Thomas, C 106/316 | 0.50 | 0.50 | 421.25 | | | 1 | MATTER:<br>REVIEW OF PAUL HASTINGS EMAIL |

~ See the last page of exhibit for explanation

EXHIBIT C-2  PAGE 5 of 7

EXHIBIT C-2
OTHER VAGUELY DESCRIBED ACTIVITIES
Jefferies & Company, Inc.

|  |  | | | INFORMATIONAL | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DATE | NAME | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
| 01/27/06 Fri | Carlson, T 106/110 | 2.00 | 2.00 | 1,684.98 | | | 1 | MATTER: REVIEW OF PAUL HASTINGS EMAIL |
| 01/27/06 Fri | Chopra, A 106/130 | 2.00 | 2.00 | 1,684.98 | | | 1 | MATTER: REVIEW OF PAUL HASTINGS EMAIL |
| 01/27/06 Fri | Derrough, B 106/163 | 2.00 | 2.00 | 1,684.98 | | | 1 | MATTER: REVIEW OF PAUL HASTINGS EMAIL |
| 01/27/06 Fri | Keil, A 106/228 | 2.00 | 2.00 | 1,684.98 | | | 1 | MATTER: REVIEW OF PAUL HASTINGS EMAIL |
| 01/27/06 Fri | Thomas, C 106/318 | 2.00 | 2.00 | 1,684.98 | | | 1 | MATTER: REVIEW OF PAUL HASTINGS EMAIL |
| 01/31/06 Tue | Carlson, T 106/112 | 0.50 | 0.50 | 421.25 | | | 1 | MATTER: REVIEW OF PAUL HASTINGS EMAIL |
| 01/31/06 Tue | Chopra, A 106/131 | 0.50 | 0.50 | 421.25 | | | 1 | MATTER: REVIEW OF PAUL HASTINGS EMAIL |
| 01/31/06 Tue | Derrough, B 106/164 | 0.50 | 0.50 | 421.25 | | | 1 | MATTER: REVIEW OF PAUL HASTINGS EMAIL |
| 01/31/06 Tue | Keil, A 106/230 | 0.50 | 0.50 | 421.25 | | | 1 | MATTER: REVIEW OF PAUL HASTINGS EMAIL |
| 01/31/06 Tue | Thomas, C 106/320 | 0.50 | 0.50 | 421.25 | | | 1 | MATTER: REVIEW OF PAUL HASTINGS EMAIL |
| | | | 49.00 | $41,282.01 | | | | |

Total
Number of Entries:        62

~ See the last page of exhibit for explanation

EXHIBIT C-2  PAGE 6 of 7

EXHIBIT C-2
OTHER VAGUELY DESCRIBED ACTIVITIES
Jefferies & Company, Inc.

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| TIMEKEEPER | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Backowski, B | 7.00 | 5,897.43 | 0.00 | 0.00 | 7.00 | 5,897.43 | 0.00 | 0.00 | 7.00 | 5,897.43 |
| Carlson, T | 9.50 | 8,003.66 | 0.00 | 0.00 | 9.50 | 8,003.66 | 0.00 | 0.00 | 9.50 | 8,003.66 |
| Chopra, A | 3.00 | 2,527.47 | 0.00 | 0.00 | 3.00 | 2,527.47 | 0.00 | 0.00 | 3.00 | 2,527.47 |
| Derrough, B | 9.50 | 8,003.66 | 0.00 | 0.00 | 9.50 | 8,003.66 | 0.00 | 0.00 | 9.50 | 8,003.66 |
| Keil, A | 10.00 | 8,424.90 | 0.00 | 0.00 | 10.00 | 8,424.90 | 0.00 | 0.00 | 10.00 | 8,424.90 |
| Thomas, C | 10.00 | 8,424.90 | 0.00 | 0.00 | 10.00 | 8,424.90 | 0.00 | 0.00 | 10.00 | 8,424.90 |
| | 49.00 | $41,282.01 | 0.00 | $0.00 | 49.00 | $41,282.01 | 0.00 | $0.00 | 49.00 | $41,282.01 |

RANGE OF HOURS

RANGE OF FEES

SUMMARY OF HOURS AND FEES BY MATTER

| | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| MATTER NAME | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| | 49.00 | 41,282.01 | 0.00 | 0.00 | 49.00 | 41,282.01 | 0.00 | 0.00 | 49.00 | 41,282.01 |
| | 49.00 | $41,282.01 | 0.00 | $0.00 | 49.00 | $41,282.01 | 0.00 | $0.00 | 49.00 | $41,282.01 |

RANGE OF HOURS

RANGE OF FEES

(--) REASONS FOR TASK HOUR ASSIGNMENTS

EXHIBIT C-2  PAGE 7 of 7

EXHIBIT D
INTRAOFFICE CONFERENCES
Jefferies & Company, Inc.

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Backowski, B | 1.50 | 1,263.74 |
| Carlson, T | 4.50 | 3,791.21 |
| Chopra, A | 4.00 | 3,369.96 |
| Derrough, B | 4.00 | 3,369.96 |
| Keil, A | 6.00 | 5,054.94 |
| Thomas, C | 6.00 | 5,054.94 |
| | 26.00 | $21,904.74 |

EXHIBIT D
INTRAOFFICE CONFERENCES
Jefferies & Company, Inc.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
| | | | COMBINED HOURS | COMBINED FEES | | | | |
|---|---|---|---|---|---|---|---|---|
| 09/01/05 Thu | Backowski, B 106/3 | 0.50 | 0.50 | 421.25 | C | | 1 | MATTER: JEFFERIES TEAM MEETING AFTER CALL |
| 09/01/05 Thu | Carlson, T 106/54 | 0.50 | 0.50 | 421.25 | C | | 1 | MATTER: JEFFERIES TEAM MEETING AFTER CALL |
| 09/01/05 Thu | Derrough, B 106/134 | 0.50 | 0.50 | 421.25 | C | | 1 | MATTER: JEFFERIES TEAM MEETING AFTER CALL |
| 09/01/05 Thu | Keil, A 106/167 | 0.50 | 0.50 | 421.25 | C | | 1 | MATTER: JEFFERIES TEAM MEETING AFTER CALL |
| 09/01/05 Thu | Thomas, C 106/233 | 0.50 | 0.50 | 421.25 | C | | 1 | MATTER: JEFFERIES TEAM MEETING AFTER CALL |
| 09/05/05 Mon | Carlson, T 106/55 | 0.50 | 0.50 | 421.25 | | | 1 | MATTER: JEFFERIES TEAM MEETING TO DISCUSS DUE DILIGENCE LIST |
| 09/05/05 Mon | Keil, A 106/168 | 0.50 | 0.50 | 421.25 | | | 1 | MATTER: JEFFERIES TEAM MEETING TO DISCUSS DUE DILIGENCE LIST |
| 09/05/05 Mon | Thomas, C 106/234 | 0.50 | 0.50 | 421.25 | | | 1 | MATTER: JEFFERIES TEAM MEETING TO DISCUSS DUE DILIGENCE LIST |
| 09/06/05 Tue | Backowski, B 106/4 | 1.00 | 1.00 | 842.49 | C | | 1 | MATTER: JEFFERIES TEAM MEETING |
| 09/06/05 Tue | Carlson, T 106/56 | 1.00 | 1.00 | 842.49 | C | | 1 | MATTER: JEFFERIES TEAM MEETING |
| 09/06/05 Tue | Derrough, B 106/135 | 1.00 | 1.00 | 842.49 | C | | 1 | MATTER: JEFFERIES TEAM MEETING |
| 09/06/05 Tue | Keil, A 106/169 | 1.00 | 1.00 | 842.49 | C | | 1 | MATTER: JEFFERIES TEAM MEETING |
| 09/06/05 Tue | Thomas, C 106/235 | 1.00 | 1.00 | 842.49 | C | | 1 | MATTER: JEFFERIES TEAM MEETING |

~ See the last page of exhibit for explanation

EXHIBIT D
INTRAOFFICE CONFERENCES
Jefferies & Company, Inc.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL COMBINED HOURS | INFORMATIONAL COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|-------------|------------------------------|-----------------------------|------------|------------|---|-------------|
| 12/27/05 Tue | Carlson, T 106/102 | 1.00 | 1.00 | 842.49 | | | 1 | MATTER: INTERNAL CALL TO DISCUSS PRESENTATION |
| 12/27/05 Tue | Chopra, A 106/119 | 1.00 | 1.00 | 842.49 | | | 1 | MATTER: INTERNAL CALL TO DISCUSS PRESENTATION |
| 12/27/05 Tue | Keil, A 106/219 | 1.00 | 1.00 | 842.49 | | | 1 | MATTER: INTERNAL CALL TO DISCUSS PRESENTATION |
| 12/27/05 Tue | Thomas, C 106/306 | 1.00 | 1.00 | 842.49 | | | 1 | MATTER: INTERNAL CALL TO DISCUSS PRESENTATION |
| 01/10/06 Tue | Chopra, A 106/122 | 2.00 | 2.00 | 1,684.98 | | | 1 | MATTER: INTERNAL MEETING TO FINALIZE VALUE DRIVERS PRESENTATION |
| 01/10/06 Tue | Derrough, B 106/158 | 2.00 | 2.00 | 1,684.98 | | | 1 | MATTER: INTERNAL MEETING TO FINALIZE VALUE DRIVERS PRESENTATION |
| 01/10/06 Tue | Keil, A 106/222 | 2.00 | 2.00 | 1,684.98 | | | 1 | MATTER: INTERNAL MEETING TO FINALIZE VALUE DRIVERS PRESENTATION |
| 01/10/06 Tue | Thomas, C 106/310 | 2.00 | 2.00 | 1,684.98 | | | 1 | MATTER: INTERNAL MEETING TO FINALIZE VALUE DRIVERS PRESENTATION |
| 01/12/06 Thu | Carlson, T 106/104 | 1.00 | 1.00 | 842.49 | C | | 1 | MATTER: JEFFERIES INTERNAL CALL |
| 01/12/06 Thu | Chopra, A 106/125 | 1.00 | 1.00 | 842.49 | C | | 1 | MATTER: JEFFERIES INTERNAL CALL |
| 01/12/06 Thu | Keil, A 106/223 | 1.00 | 1.00 | 842.49 | C | | 1 | MATTER: JEFFERIES INTERNAL CALL |
| 01/12/06 Thu | Thomas, C 106/313 | 1.00 | 1.00 | 842.49 | C | | 1 | MATTER: JEFFERIES INTERNAL CALL |
| 01/13/06 Fri | Carlson, T 106/106 | 0.50 | 0.50 | 421.25 | | | 1 | MATTER: VALUATION DISCUSSION |

~ See the last page of exhibit for explanation

EXHIBIT D
INTRAOFFICE CONFERENCES
Jefferies & Company, Inc.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | MATTER: |
| 01/13/06 Fri | Derrough, B 106/160 | 0.50 | 0.50 | 421.25 | | | 1 | VALUATION DISCUSSION |
| | | | 26.00 | $21,904.74 | | | | |

Total
Number of Entries:      27

EXHIBIT D
INTRAOFFICE CONFERENCES
Jefferies & Company, Inc.

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Backowski, B | 1.50 | 1,263.74 | 0.00 | 0.00 | 1.50 | 1,263.74 | 0.00 | 0.00 | 1.50 | 1,263.74 |
| Carlson, T | 4.50 | 3,791.21 | 0.00 | 0.00 | 4.50 | 3,791.21 | 0.00 | 0.00 | 4.50 | 3,791.21 |
| Chopra, A | 4.00 | 3,369.96 | 0.00 | 0.00 | 4.00 | 3,369.96 | 0.00 | 0.00 | 4.00 | 3,369.96 |
| Derrough, B | 4.00 | 3,369.96 | 0.00 | 0.00 | 4.00 | 3,369.96 | 0.00 | 0.00 | 4.00 | 3,369.96 |
| Keil, A | 6.00 | 5,054.94 | 0.00 | 0.00 | 6.00 | 5,054.94 | 0.00 | 0.00 | 6.00 | 5,054.94 |
| Thomas, C | 6.00 | 5,054.94 | 0.00 | 0.00 | 6.00 | 5,054.94 | 0.00 | 0.00 | 6.00 | 5,054.94 |
| | 26.00 | $21,904.74 | 0.00 | $0.00 | 26.00 | $21,904.74 | 0.00 | $0.00 | 26.00 | $21,904.74 |

RANGE OF HOURS
RANGE OF FEES

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| | 26.00 | 21,904.74 | 0.00 | 0.00 | 26.00 | 21,904.74 | 0.00 | 0.00 | 26.00 | 21,904.74 |
| | 26.00 | $21,904.74 | 0.00 | $0.00 | 26.00 | $21,904.74 | 0.00 | $0.00 | 26.00 | $21,904.74 |

RANGE OF HOURS
RANGE OF FEES

(--) REASONS FOR TASK HOUR ASSIGNMENTS

EXHIBIT E
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Jefferies & Company, Inc.

NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Backowski, B | 43.25 | 36,437.69 |
| Carlson, T | 89.25 | 75,192.23 |
| Chopra, A | 7.50 | 6,318.68 |
| Derrough, B | 40.75 | 34,331.47 |
| Keil, A | 82.50 | 69,505.43 |
| Thomas, C | 56.75 | 47,811.31 |
| | 320.00 | $269,596.80 |

NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDANCE

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Backowski, B | 43.25 | 36,437.69 |
| Carlson, T | 89.25 | 75,192.23 |
| Chopra, A | 7.50 | 6,318.68 |
| Derrough, B | 40.75 | 34,331.47 |
| Keil, A | 49.00 | 41,282.01 |
| Thomas, C | 0.00 | 0.00 |
| | 229.75 | $193,562.08 |

EXHIBIT E
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Jefferies & Company, Inc.

| DATE | TIMEKEEPER | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | INFORMATIONAL | | | | | |
| 09/01/05 Thu | Backowski, B 106/2 | 1.00 | 1.00 | 842.49 | C | | & 1 | MATTER: INTERNAL CALL WITH JEFFERIES TEAM AND PAUL HASTINGS |
| 09/01/05 Thu | Carlson, T 106/53 | 1.00 | 1.00 | 842.49 | C | | & 1 | MATTER: INTERNAL CALL WITH JEFFERIES TEAM AND PAUL HASTINGS |
| 09/01/05 Thu | Derrough, B 106/133 | 1.00 | 1.00 | 842.49 | C | | & 1 | MATTER: INTERNAL CALL WITH JEFFERIES TEAM AND PAUL HASTINGS |
| 09/01/05 Thu | Keil, A 106/166 | 1.00 | 1.00 | 842.49 | C | | & 1 | MATTER: INTERNAL CALL WITH JEFFERIES TEAM AND PAUL HASTINGS |
| 09/01/05 Thu | Thomas, C 106/232 | 1.00 | 1.00 | 842.49 | C | | 1 | MATTER: INTERNAL CALL WITH JEFFERIES TEAM AND PAUL HASTINGS |
| 09/09/05 Fri | Backowski, B 106/8 | 1.50 | 1.50 | 1,263.74 | C | | & 1 | MATTER: CONFERENCE CALL WITH KEN THOMAS |
| 09/09/05 Fri | Carlson, T 106/59 | 1.50 | 1.50 | 1,263.74 | C | | & 1 | MATTER: CONFERENCE CALL WITH KEN THOMAS |
| 09/09/05 Fri | Keil, A 106/172 | 1.50 | 1.50 | 1,263.74 | C | | & 1 | MATTER: CONFERENCE CALL WITH KEN THOMAS |
| 09/09/05 Fri | Thomas, C 106/240 | 1.50 | 1.50 | 1,263.74 | C | | 1 | MATTER: CONFERENCE CALL WITH KEN THOMAS |
| 09/14/05 Wed | Backowski, B 106/11 | 1.50 | 1.50 | 1,263.74 | | | & 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS |
| 09/14/05 Wed | Carlson, T 106/61 | 1.50 | 1.50 | 1,263.74 | | | & 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS |
| 09/14/05 Wed | Keil, A 106/174 | 1.50 | 1.50 | 1,263.74 | | | 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS |

& NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDAN
~ See the last page of exhibit for explanation

EXHIBIT E
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Jefferies & Company, Inc.

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | - | DESCRIPTION |
|------|-----------|-------------|---------------|---------------|-----------|-----------|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| 09/16/05 Fri | Backowski, B 106/13 | 4.00 | 4.00 | 3,369.96 | C | | & 1 | MATTER: MEETING WITH DEBTOR FA AND COUNSEL |
| 09/16/05 Fri | Backowski, B 106/14 | 0.50 | 0.50 | 421.25 | C | | & 1 | MATTER: CONFERENCE CALL WITH KEN THOMAS AND PAUL HASTINGS |
| 09/16/05 Fri | Carlson, T 106/62 | 4.00 | 4.00 | 3,369.96 | C | | & 1 | MATTER: MEETING WITH DEBTOR FA AND COUNSEL |
| 09/16/05 Fri | Carlson, T 106/63 | 0.50 | 0.50 | 421.25 | C | | & 1 | MATTER: CONFERENCE CALL WITH KEN THOMAS AND PAUL HASTINGS |
| 09/16/05 Fri | Derrough, B 106/138 | 4.00 | 4.00 | 3,369.96 | C | | & 1 | MATTER: MEETING WITH DEBTOR FA AND COUNSEL |
| 09/16/05 Fri | Thomas, C 106/245 | 4.00 | 4.00 | 3,369.96 | C | | 1 | MATTER: MEETING WITH DEBTOR FA AND COUNSEL |
| 09/16/05 Fri | Thomas, C 106/246 | 0.50 | 0.50 | 421.25 | C | | 1 | MATTER: CONFERENCE CALL WITH KEN THOMAS AND PAUL HASTINGS |
| 09/30/05 Fri | Carlson, T 106/64 | 2.00 | 2.00 | 1,684.98 | | | & 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS |
| 09/30/05 Fri | Derrough, B 106/139 | 2.00 | 2.00 | 1,684.98 | | | & 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS |
| 09/30/05 Fri | Keil, A 106/176 | 2.00 | 2.00 | 1,684.98 | | | 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS |
| 10/06/05 Thu | Backowski, B 106/20 | 24.00 | 24.00 | 20,219.76 | | | & 1 | MATTER: DILIGENCE TRIP TO JACKSONVILLE |
| 10/06/05 Thu | Carlson, T 106/66 | 24.00 | 24.00 | 20,219.76 | | | & 1 | MATTER: DILIGENCE TRIP TO JACKSONVILLE |

& NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDAN
~ See the last page of exhibit for explanation

EXHIBIT E
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Jefferies & Company, Inc.

| DATE | TIMEKEEPER | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|-----------|-------------|----------------|---------------|-----------|-----------|---|-------------|
| | | | INFORMATIONAL | | | | | |
| 10/06/05 Thu | Keill, A 106/179 | 24.00 | 24.00 | 20,219.76 | | | 1 | MATTER: DILIGENCE TRIP TO JACKSONVILLE |
| 10/11/05 Tue | Backowski, B 106/25 | 1.00 | 1.00 | 842.49 | C | | & 1 | MATTER: CONFERENCE CALL WITH KEN THOMAS AND PAUL HASTINGS |
| 10/11/05 Tue | Carlson, T 106/68 | 1.00 | 1.00 | 842.49 | C | | & 1 | MATTER: CONFERENCE CALL WITH KEN THOMAS AND PAUL HASTINGS |
| 10/11/05 Tue | Keill, A 106/182 | 1.00 | 1.00 | 842.49 | C | | & 1 | MATTER: CONFERENCE CALL WITH KEN THOMAS AND PAUL HASTINGS |
| 10/11/05 Tue | Thomas, C 106/257 | 1.00 | 1.00 | 842.49 | C | | 1 | MATTER: CONFERENCE CALL WITH KEN THOMAS AND PAUL HASTINGS |
| 10/12/05 Wed | Backowski, B 106/27 | 1.00 | 1.00 | 842.49 | | | & 1 | MATTER: CONFERENCE CALL WITH WD AND XROADS ON TAX ISSUES |
| 10/12/05 Wed | Carlson, T 106/69 | 1.00 | 1.00 | 842.49 | | | & 1 | MATTER: CONFERENCE CALL WITH WD AND XROADS ON TAX ISSUES |
| 10/12/05 Wed | Keill, A 106/183 | 1.00 | 1.00 | 842.49 | | | & 1 | MATTER: CONFERENCE CALL WITH WD AND XROADS ON TAX ISSUES |
| 10/12/05 Wed | Thomas, C 106/259 | 1.00 | 1.00 | 842.49 | | | 1 | MATTER: CONFERENCE CALL WITH WD AND XROADS ON TAX ISSUES |
| 10/14/05 Fri | Backowski, B 106/29 | 1.00 | 1.00 | 842.49 | | | & 1 | MATTER: DUE DILIGENCE PRESENTATION TO COMMITTEE OF EQUITY SECURITY HOLDERS |
| 10/14/05 Fri | Thomas, C 106/262 | 1.00 | 1.00 | 842.49 | | | 1 | MATTER: DUE DILIGENCE PRESENTATION TO COMMITTEE OF EQUITY SECURITY HOLDERS |
| 10/17/05 Mon | Backowski, B 106/30 | 0.75 | 0.75 | 631.87 | C | | & 1 | MATTER: INTERNAL CALL WITH JEFFERIES TEAM AND PAUL HASTINGS |

& NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDAN
~ See the last page of exhibit for explanation

EXHIBIT E
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Jefferies & Company, Inc.

| DATE | TIMEKEEPER | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 10/17/05 Mon | Backowski, B 106/31 | 1.50 | 1.50 | 1,263.74 | C | | & 1 | MATTER: JEFFERIES CALL WITH XROADS (A. STEVENSON) |
| 10/17/05 Mon | Carlson, T 106/71 | 0.75 | 0.75 | 631.87 | C | | & 1 | MATTER: INTERNAL CALL WITH JEFFERIES TEAM AND PAUL HASTINGS |
| 10/17/05 Mon | Carlson, T 106/72 | 1.50 | 1.50 | 1,263.74 | C | | & 1 | MATTER: JEFFERIES CALL WITH XROADS (A. STEVENSON) |
| 10/17/05 Mon | Thomas, C 106/263 | 0.75 | 0.75 | 631.87 | C | | 1 | MATTER: INTERNAL CALL WITH JEFFERIES TEAM AND PAUL HASTINGS |
| 10/17/05 Mon | Thomas, C 106/264 | 1.50 | 1.50 | 1,263.74 | C | | 1 | MATTER: JEFFERIES CALL WITH XROADS (A. STEVENSON) |
| 10/27/05 Thu | Carlson, T 106/73 | 1.00 | 1.00 | 842.49 | C | | & 1 | MATTER: INTERNAL CALL WITH JEFFERIES TEAM AND PAUL HASTINGS |
| 10/27/05 Thu | Derrough, B 106/142 | 1.00 | 1.00 | 842.49 | C | | & 1 | MATTER: INTERNAL CALL WITH JEFFERIES TEAM AND PAUL HASTINGS |
| 10/27/05 Thu | Keil, A 106/186 | 1.00 | 1.00 | 842.49 | C | | & 1 | MATTER: INTERNAL CALL WITH JEFFERIES TEAM AND PAUL HASTINGS |
| 10/27/05 Thu | Thomas, C 106/267 | 1.00 | 1.00 | 842.49 | C | | 1 | MATTER: INTERNAL CALL WITH JEFFERIES TEAM AND PAUL HASTINGS |
| 10/28/05 Fri | Carlson, T 106/74 | 1.50 | 1.50 | 1,263.74 | C | | & 1 | MATTER: INTERNAL CALL WITH JEFFERIES TEAM AND PAUL HASTINGS |
| 10/28/05 Fri | Keil, A 106/187 | 1.50 | 1.50 | 1,263.74 | C | | & 1 | MATTER: INTERNAL CALL WITH JEFFERIES TEAM AND PAUL HASTINGS |
| 10/28/05 Fri | Thomas, C 106/268 | 1.50 | 1.50 | 1,263.74 | C | | 1 | MATTER: INTERNAL CALL WITH JEFFERIES TEAM AND PAUL HASTINGS |

& NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDAN
~ See the last page of exhibit for explanation

EXHIBIT E
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Jefferies & Company, Inc.

|  |  |  | INFORMATIONAL | | | | | |
|---|---|---|---|---|---|---|---|---|
| DATE | TIMEKEEPER | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
| 11/07/05 Mon | Backowski, B 106/39 | 1.50 | 1.50 | 1,263.74 |  |  | & 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS |
| 11/07/05 Mon | Carlson, T 106/79 | 1.50 | 1.50 | 1,263.74 |  |  | & 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS |
| 11/07/05 Mon | Derrough, B 106/147 | 1.50 | 1.50 | 1,263.74 |  |  | & 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS |
| 11/07/05 Mon | Keill, A 106/193 | 1.50 | 1.50 | 1,263.74 |  |  | & 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS |
| 11/07/05 Mon | Thomas, C 106/275 | 1.50 | 1.50 | 1,263.74 |  |  | 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS |
| 11/09/05 Wed | Carlson, T 106/81 | 6.00 | 6.00 | 5,054.94 |  |  | & 1 | MATTER: MEETING IN JACKSONVILLE WITH WD, BLACKSTONE, HLHZ |
| 11/09/05 Wed | Keill, A 106/195 | 6.00 | 6.00 | 5,054.94 | C |  | 1 | MATTER: MEETING IN JACKSONVILLE WITH WD, BLACKSTONE, HLHZ |
| 11/10/05 Thu | Carlson, T 106/83 | 24.00 | 24.00 | 20,219.76 |  |  | & 1 | MATTER: MEETING IN JACKSONVILLE WITH DEBTOR AND DEBTORS PROFESSIONALS |
| 11/10/05 Thu | Derrough, B 106/150 | 24.00 | 24.00 | 20,219.76 |  |  | & 1 | MATTER: MEETING IN JACKSONVILLE WITH DEBTOR AND DEBTORS PROFESSIONALS |
| 11/10/05 Thu | Keill, A 106/197 | 24.00 | 24.00 | 20,219.76 |  |  | & 1 | MATTER: MEETING IN JACKSONVILLE WITH DEBTOR AND DEBTORS PROFESSIONALS |
| 11/10/05 Thu | Thomas, C 106/279 | 24.00 | 24.00 | 20,219.76 |  |  | 1 | MATTER: MEETING IN JACKSONVILLE WITH DEBTOR AND DEBTORS PROFESSIONALS |
| 11/14/05 Mon | Backowski, B 106/45 | 2.00 | 2.00 | 1,684.98 |  |  | & 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS |

& NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDAN
~ See the last page of exhibit for explanation

EXHIBIT E
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Jefferies & Company, Inc.

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 11/14/05 Mon | Carlson, T 106/85 | 2.00 | 2.00 | 1,684.98 | | | & 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS |
| 11/14/05 Mon | Derrough, B 106/152 | 2.00 | 2.00 | 1,684.98 | | | & 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS |
| 11/14/05 Mon | Keil, A 106/199 | 2.00 | 2.00 | 1,684.98 | | | & 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS |
| 11/14/05 Mon | Thomas, C 106/281 | 2.00 | 2.00 | 1,684.98 | | | 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS |
| 11/17/05 Thu | Backowski, B 106/46 | 1.00 | 1.00 | 842.49 | | | & 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS |
| 11/17/05 Thu | Carlson, T 106/87 | 1.00 | 1.00 | 842.49 | | | & 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS |
| 11/17/05 Thu | Keil, A 106/200 | 1.00 | 1.00 | 842.49 | | | & 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS |
| 11/17/05 Thu | Thomas, C 106/282 | 1.00 | 1.00 | 842.49 | | | 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS |
| 11/21/05 Mon | Carlson, T 106/88 | 0.75 | 0.75 | 631.87 C | | | & 1 | MATTER: CONFERENCE CALL WITH PAUL HASTINGS |
| 11/21/05 Mon | Keil, A 106/202 | 0.75 | 0.75 | 631.87 C | | | & 1 | MATTER: CONFERENCE CALL WITH PAUL HASTINGS |
| 11/21/05 Mon | Thomas, C 106/286 | 0.75 | 0.75 | 631.87 C | | | 1 | MATTER: CONFERENCE CALL WITH PAUL HASTINGS |
| 11/22/05 Tue | Backowski, B 106/49 | 1.00 | 1.00 | 842.49 C | | | & 1 | MATTER: CONFERENCE CALL WITH PAUL HASTINGS |

& NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDAN
~ See the last page of exhibit for explanation

EXHIBIT E
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Jefferies & Company, Inc.

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|-----------|-------------|---------------|--------------|------------|------------|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| 11/22/05 Tue | Carlson, T 106/89 | 1.00 | 1.00 | 842.49 | C | | & 1 | MATTER: CONFERENCE CALL WITH PAUL HASTINGS |
| 11/22/05 Tue | Keil, A 106/203 | 1.00 | 1.00 | 842.49 | C | | & 1 | MATTER: CONFERENCE CALL WITH PAUL HASTINGS |
| 11/22/05 Tue | Thomas, C 106/287 | 1.00 | 1.00 | 842.49 | C | | 1 | MATTER: CONFERENCE CALL WITH PAUL HASTINGS |
| 11/28/05 Mon | Carlson, T 106/90 | 1.00 | 1.00 | 842.49 | | | & 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS |
| 11/28/05 Mon | Keil, A 106/205 | 1.00 | 1.00 | 842.49 | | | & 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS |
| 11/28/05 Mon | Thomas, C 106/291 | 1.00 | 1.00 | 842.49 | | | 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS |
| 12/06/05 Tue | Carlson, T 106/94 | 1.00 | 1.00 | 842.49 | | | & 1 | MATTER: CONFERENCE CALL WITH PAUL HASTINGS RE: UST CALL |
| 12/06/05 Tue | Derrough, B 106/156 | 1.00 | 1.00 | 842.49 | | | & 1 | MATTER: CONFERENCE CALL WITH PAUL HASTINGS RE: UST CALL |
| 12/06/05 Tue | Keil, A 106/209 | 1.00 | 1.00 | 842.49 | | | & 1 | MATTER: CONFERENCE CALL WITH PAUL HASTINGS RE: UST CALL |
| 12/06/05 Tue | Thomas, C 106/297 | 1.00 | 1.00 | 842.49 | | | 1 | MATTER: CONFERENCE CALL WITH PAUL HASTINGS RE: UST CALL |
| 12/07/05 Wed | Carlson, T 106/95 | 1.25 | 1.25 | 1,053.11 | | | & 1 | MATTER: CONFERENCE CALL WITH PAUL HASTINGS AND UST |
| 12/07/05 Wed | Carlson, T 106/96 | 1.00 | 1.00 | 842.49 | | | & 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS |

& NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDAN
~ See the last page of exhibit for explanation

EXHIBIT E
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Jefferies & Company, Inc.

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| 12/07/05 Wed | Derrough, B 106/157 | 1.25 | 1.25 | 1,053.11 | | | & 1 | MATTER: CONFERENCE CALL WITH PAUL HASTINGS AND UST |
| 12/07/05 Wed | Keil, A 106/210 | 1.25 | 1.25 | 1,053.11 | | | & 1 | MATTER: CONFERENCE CALL WITH PAUL HASTINGS AND UST |
| 12/07/05 Wed | Keil, A 106/211 | 1.00 | 1.00 | 842.49 | | | & 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS |
| 12/07/05 Wed | Thomas, C 106/298 | 1.25 | 1.25 | 1,053.11 | | | 1 | MATTER: CONFERENCE CALL WITH PAUL HASTINGS AND UST |
| 12/07/05 Wed | Thomas, C 106/299 | 1.00 | 1.00 | 842.49 | | | 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS |
| 12/12/05 Mon | Carlson, T 106/97 | 1.00 | 1.00 | 842.49 | | | & 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS |
| 12/12/05 Mon | Chopra, A 106/113 | 1.00 | 1.00 | 842.49 | | | & 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS |
| 12/12/05 Mon | Keil, A 106/212 | 1.00 | 1.00 | 842.49 | | | & 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS |
| 12/12/05 Mon | Thomas, C 106/300 | 1.00 | 1.00 | 842.49 | | | 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS |
| 12/16/05 Fri | Carlson, T 106/98 | 1.50 | 1.50 | 1,263.74 | | | & 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS |
| 12/16/05 Fri | Chopra, A 106/115 | 1.50 | 1.50 | 1,263.74 | | | & 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS |
| 12/16/05 Fri | Keil, A 106/214 | 1.50 | 1.50 | 1,263.74 | | | & 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS |

& NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDAN
~ See the last page of exhibit for explanation

EXHIBIT E
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Jefferies & Company, Inc.

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| 12/16/05 Fri | Thomas, C 106/302 | 1.50 | 1.50 | 1,263.74 | | | 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS |
| 01/13/06 Fri | Carlson, T 106/105 | 1.00 | 1.00 | 842.49 | C | | & 1 | MATTER: INTERNAL CALL WITH JEFFERIES TEAM AND PAUL HASTINGS |
| 01/13/06 Fri | Carlson, T 106/107 | 2.00 | 2.00 | 1,684.98 | | | & 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS RE: DISBANDMENT |
| 01/13/06 Fri | Chopra, A 106/126 | 1.00 | 1.00 | 842.49 | C | | & 1 | MATTER: INTERNAL CALL WITH JEFFERIES TEAM AND PAUL HASTINGS |
| 01/13/06 Fri | Chopra, A 106/127 | 2.00 | 2.00 | 1,684.98 | | | & 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS RE: DISBANDMENT |
| 01/13/06 Fri | Derrough, B 106/159 | 1.00 | 1.00 | 842.49 | C | | & 1 | MATTER: INTERNAL CALL WITH JEFFERIES TEAM AND PAUL HASTINGS |
| 01/13/06 Fri | Derrough, B 106/161 | 2.00 | 2.00 | 1,684.98 | | | & 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS RE: DISBANDMENT |
| 01/13/06 Fri | Keil, A 106/224 | 1.00 | 1.00 | 842.49 | C | | & 1 | MATTER: INTERNAL CALL WITH JEFFERIES TEAM AND PAUL HASTINGS |
| 01/13/06 Fri | Keil, A 106/225 | 2.00 | 2.00 | 1,684.98 | | | & 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS RE: DISBANDMENT |
| 01/13/06 Fri | Thomas, C 106/314 | 1.00 | 1.00 | 842.49 | C | | 1 | MATTER: INTERNAL CALL WITH JEFFERIES TEAM AND PAUL HASTINGS |
| 01/13/06 Fri | Thomas, C 106/315 | 2.00 | 2.00 | 1,684.98 | | | 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS RE: DISBANDMENT |
| 01/24/06 Tue | Carlson, T 106/109 | 2.00 | 2.00 | 1,684.98 | | | & 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS RE: DISBANDMENT |

& NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDAN
~ See the last page of exhibit for explanation

EXHIBIT E
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Jefferies & Company, Inc.

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|-----------|-------------|---------------|---|-----------|------------|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| 01/24/06 Tue | Chopra, A 106/129 | 2.00 | 2.00 | 1,684.98 | | | & 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS RE: DISBANDMENT |
| 01/24/06 Tue | Keil, A 106/227 | 2.00 | 2.00 | 1,684.98 | | | & 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS RE: DISBANDMENT |
| 01/24/06 Tue | Thomas, C 106/317 | 2.00 | 2.00 | 1,684.98 | | | 1 | MATTER: CONFERENCE CALL WITH EQUITY COMMITTEE AND PAUL HASTINGS RE: DISBANDMENT |

| | | | | |
|---|---|---|---|---|
| TOTAL OF ALL ENTRIES | | | 320.00 | $269,596.80 |
| TOTAL ENTRY COUNT: | 111 | | | |
| TOTAL TASK COUNT: | 111 | | | |
| TOTAL OF & ENTRIES | | | 229.75 | $193,562.08 |
| TOTAL ENTRY COUNT: | 81 | | | |
| TOTAL TASK COUNT: | 81 | | | |

& NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDAN
~ See the last page of exhibit for explanation

EXHIBIT E
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Jefferies & Company, Inc.

SUMMARY OF HOURS AND FEES BY INDIVIDUAL FOR
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS

| TIMEKEEPER | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Backowski, B | 43.25 | 36,437.69 | 0.00 | 0.00 | 43.25 | 36,437.69 | 0.00 | 0.00 | 43.25 | 36,437.69 |
| Carlson, T | 89.25 | 75,192.23 | 0.00 | 0.00 | 89.25 | 75,192.23 | 0.00 | 0.00 | 89.25 | 75,192.23 |
| Chopra, A | 7.50 | 6,318.68 | 0.00 | 0.00 | 7.50 | 6,318.68 | 0.00 | 0.00 | 7.50 | 6,318.68 |
| Derrough, B | 40.75 | 34,331.47 | 0.00 | 0.00 | 40.75 | 34,331.47 | 0.00 | 0.00 | 40.75 | 34,331.47 |
| Keil, A | 82.50 | 69,505.43 | 0.00 | 0.00 | 82.50 | 69,505.43 | 0.00 | 0.00 | 82.50 | 69,505.43 |
| Thomas, C | 56.75 | 47,811.31 | 0.00 | 0.00 | 56.75 | 47,811.31 | 0.00 | 0.00 | 56.75 | 47,811.31 |
| | 320.00 | $269,596.80 | 0.00 | $0.00 | 320.00 | $269,596.80 | 0.00 | $0.00 | 320.00 | $269,596.80 |

RANGE OF HOURS
RANGE OF FEES

SUMMARY OF HOURS AND FEES BY INDIVIDUAL FOR
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDANCE

| TIMEKEEPER | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Backowski, B | 43.25 | 36,437.69 | 0.00 | 0.00 | 43.25 | 36,437.69 | 0.00 | 0.00 | 43.25 | 36,437.69 |
| Carlson, T | 89.25 | 75,192.23 | 0.00 | 0.00 | 89.25 | 75,192.23 | 0.00 | 0.00 | 89.25 | 75,192.23 |
| Chopra, A | 7.50 | 6,318.68 | 0.00 | 0.00 | 7.50 | 6,318.68 | 0.00 | 0.00 | 7.50 | 6,318.68 |
| Derrough, B | 40.75 | 34,331.47 | 0.00 | 0.00 | 40.75 | 34,331.47 | 0.00 | 0.00 | 40.75 | 34,331.47 |
| Keil, A | 49.00 | 41,282.01 | 0.00 | 0.00 | 49.00 | 41,282.01 | 0.00 | 0.00 | 49.00 | 41,282.01 |
| Thomas, C | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 229.75 | $193,562.08 | 0.00 | $0.00 | 229.75 | $193,562.08 | 0.00 | $0.00 | 229.75 | $193,562.08 |

RANGE OF HOURS
RANGE OF FEES

(-) REASONS FOR TASK HOUR ASSIGNMENTS

EXHIBIT E
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Jefferies & Company, Inc.

SUMMARY OF HOURS AND FEES BY MATTER FOR
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS

| MATTER NAME | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| | 320.00 | 269,596.80 | 0.00 | 0.00 | 320.00 | 269,596.80 | 0.00 | 0.00 | 320.00 | 269,596.80 |
| | 320.00 | $269,596.80 | 0.00 | $0.00 | 320.00 | $269,596.80 | 0.00 | $0.00 | 320.00 | $269,596.80 |

RANGE OF HOURS
RANGE OF FEES

SUMMARY OF HOURS AND FEES BY MATTER FOR
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDANCE

| MATTER NAME | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| | 229.75 | 193,562.08 | 0.00 | 0.00 | 229.75 | 193,562.08 | 0.00 | 0.00 | 229.75 | 193,562.08 |
| | 229.75 | $193,562.08 | 0.00 | $0.00 | 229.75 | $193,562.08 | 0.00 | $0.00 | 229.75 | $193,562.08 |

RANGE OF HOURS
RANGE OF FEES

(--) REASONS FOR TASK HOUR ASSIGNMENTS

EXHIBIT F-1
DAYS BILLED IN EXCESS OF 12.00 HOURS
Jefferies & Company, Inc.

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Backowski, B | 24.00 | 20,219.76 |
| Carlson, T | 48.00 | 40,439.52 |
| Derrough, B | 24.00 | 20,219.76 |
| Keil, A | 48.00 | 40,439.52 |
| Thomas, C | 24.00 | 20,219.76 |
| | 168.00 | $141,538.32 |

EXHIBIT F-1
DAYS BILLED IN EXCESS OF 12.00 HOURS
Jefferies & Company, Inc.

| NAME | DATE | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | – | DESCRIPTION |
|------|------|-------------|---------------|--|------------|------------|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| Backowski, B | 10/06/05 Thu | 24.00 | 24.00 106 / 20 | 20,219.76 | E | | | MATTER: 1 DILIGENCE TRIP TO JACKSONVILLE |
| | | | 24.00 | 20,219.76 | | | | |
| NUMBER OF ENTRIES: | | | 1 | | | | | |
| | | | 24.00 | 20,219.76 | | | | |
| NUMBER OF ENTRIES: | | | 1 | | | | | |
| Carlson, T | 10/06/05 Thu | 24.00 | 24.00 106 / 66 | 20,219.76 | E | | | MATTER: 1 DILIGENCE TRIP TO JACKSONVILLE |
| | | | 24.00 | 20,219.76 | | | | |
| NUMBER OF ENTRIES: | | | 1 | | | | | |
| | 11/10/05 Thu | 24.00 | 24.00 106 / 83 | 20,219.76 | E | | | MATTER: 1 MEETING IN JACKSONVILLE WITH DEBTOR AND DEBTORS PROFESSIONALS |
| | | | 24.00 | 20,219.76 | | | | |
| NUMBER OF ENTRIES: | | | 1 | | | | | |
| | | | 48.00 | 40,439.52 | | | | |
| NUMBER OF ENTRIES: | | | 2 | | | | | |
| Derrough, B | 11/10/05 Thu | 24.00 | 24.00 106 / 150 | 20,219.76 | E | | | MATTER: 1 MEETING IN JACKSONVILLE WITH DEBTOR AND DEBTORS PROFESSIONALS |
| | | | 24.00 | 20,219.76 | | | | |
| NUMBER OF ENTRIES: | | | 1 | | | | | |

– See the last page of exhibit for explanation

EXHIBIT F-1
DAYS BILLED IN EXCESS OF 12.00 HOURS
Jefferies & Company, Inc.

| NAME | DATE | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | – | DESCRIPTION |
| | | | COMBINED HOURS | COMBINED FEES | | | | |
|---|---|---|---|---|---|---|---|---|
| Derrough, B | | | 24.00 | 20,219.76 | | | | |
| | | | | | | | | |
| NUMBER OF ENTRIES: | | | 1 | | | | | |
| | | | | | | | | MATTER: |
| Keil, A | 10/06/05 Thu | 24.00 | 24.00 106 / 179 | 20,219.76 | | | | 1 DILIGENCE TRIP TO JACKSONVILLE |
| | | | 24.00 | 20,219.76 | | | | |
| NUMBER OF ENTRIES: | | | 1 | | | | | |
| | | | | | | | | MATTER: |
| | 11/10/05 Thu | 24.00 | 24.00 106 / 197 | 20,219.76 | E | | | 1 MEETING IN JACKSONVILLE WITH DEBTOR AND DEBTORS PROFESSIONALS |
| | | | 24.00 | 20,219.76 | | | | |
| NUMBER OF ENTRIES: | | | 1 | | | | | |
| | | | 48.00 | 40,439.52 | | | | |
| NUMBER OF ENTRIES: | | | 2 | | | | | |
| | | | | | | | | MATTER: |
| Thomas, C | 11/10/05 Thu | 24.00 | 24.00 106 / 279 | 20,219.76 | | | | 1 MEETING IN JACKSONVILLE WITH DEBTOR AND DEBTORS PROFESSIONALS |
| | | | 24.00 | 20,219.76 | | | | |
| NUMBER OF ENTRIES: | | | 1 | | | | | |
| | | | 24.00 | 20,219.76 | | | | |
| NUMBER OF ENTRIES: | | | 1 | | | | | |

– See the last page of exhibit for explanation

EXHIBIT F-1
DAYS BILLED IN EXCESS OF 12.00 HOURS
Jefferies & Company, Inc.

| NAME | DATE | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | – | DESCRIPTION |
|------|------|-------------|---------------|---|------------|------------|---|-------------|
|      |      |             | COMBINED HOURS | COMBINED FEES |       |            |   |             |
|      |      |             | 168.00        | $141,538.32 |              |            |   |             |

TOTAL
NUMBER OF ENTRIES:    7

EXHIBIT F-1
DAYS BILLED IN EXCESS OF 12.00 HOURS
Jefferies & Company, Inc.

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Backowski, B | 24.00 | 20,219.76 | 0.00 | 0.00 | 24.00 | 20,219.76 | 0.00 | 0.00 | 24.00 | 20,219.76 |
| Carlson, T | 48.00 | 40,439.52 | 0.00 | 0.00 | 48.00 | 40,439.52 | 0.00 | 0.00 | 48.00 | 40,439.52 |
| Derrough, B | 24.00 | 20,219.76 | 0.00 | 0.00 | 24.00 | 20,219.76 | 0.00 | 0.00 | 24.00 | 20,219.76 |
| Keil, A | 48.00 | 40,439.52 | 0.00 | 0.00 | 48.00 | 40,439.52 | 0.00 | 0.00 | 48.00 | 40,439.52 |
| Thomas, C | 24.00 | 20,219.76 | 0.00 | 0.00 | 24.00 | 20,219.76 | 0.00 | 0.00 | 24.00 | 20,219.76 |
| | 168.00 | $141,538.32 | 0.00 | $0.00 | 168.00 | $141,538.32 | 0.00 | $0.00 | 168.00 | $141,538.32 |

RANGE OF HOURS
RANGE OF FEES

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| | 168.00 | 141,538.32 | 0.00 | 0.00 | 168.00 | 141,538.32 | 0.00 | 0.00 | 168.00 | 141,538.32 |
| | 168.00 | $141,538.32 | 0.00 | $0.00 | 168.00 | $141,538.32 | 0.00 | $0.00 | 168.00 | $141,538.32 |

RANGE OF HOURS
RANGE OF FEES

(-) REASONS FOR TASK HOUR ASSIGNMENTS

*Stuart Maue*

**Exhibit F-2**
**Daily Hours Billed for September 2005**
**Jefferies & Company, Inc.**

| | 01 Thu | 02 Fri | 03 Sat | 04 Sun | 05 Mon | 06 Tue | 07 Wed | 08 Thu | 09 Fri | 10 Sat | 11 Sun | 12 Mon | 13 Tue | 14 Wed | 15 Thu | 16 Fri | 17 Sat | 18 Sun | 19 Mon | 20 Tue | 21 Wed | 22 Thu | 23 Fri | 24 Sat | 25 Sun | 26 Mon | 27 Tue | 28 Wed | 29 Thu | 30 Fri | | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AKEI | 2.00 | | | | 0.50 | 1.50 | 0.50 | | 1.50 | | | 1.00 | | 1.50 | | | 3.00 | | | | | | | | | | | | | 2.00 | | 13.50 |
| BBAC | 2.00 | | | | | 2.50 | 2.00 | | 6.50 | | | 1.00 | | 2.50 | 1.50 | 4.50 | 3.00 | | | | | | 0.50 | | | | 3.00 | | | | | 29.00 |
| BDER | 2.00 | | | | | 1.50 | | | | | | 1.00 | | | | 4.00 | | | | | | | | | | | | | | 2.00 | | 10.50 |
| CTHO | 2.00 | | | | 0.50 | 2.50 | 2.00 | | 7.00 | | | 1.00 | 4.00 | 1.50 | 1.50 | 4.50 | 3.00 | | | | | | 1.00 | | | | 3.00 | | | 1.00 | | 34.50 |
| TCAR | 2.00 | | | | 0.50 | 1.50 | 0.50 | | 1.50 | | | 1.00 | | 1.50 | | 4.50 | | | | | | | | | | | | | | 2.00 | | 15.00 |
| Totals | 10.00 | 0.00 | 0.00 | 0.00 | 1.50 | 9.50 | 5.00 | 0.00 | 16.50 | 0.00 | 0.00 | 5.00 | 4.00 | 7.00 | 3.00 | 17.50 | 9.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.50 | 0.00 | 0.00 | 0.00 | 6.00 | 0.00 | 0.00 | 7.00 | 0.00 | 102.50 |

*Stuart Maue*

**Exhibit F-2**
**Daily Hours Billed for October 2005**
**Jefferies & Company, Inc.**

| | 01 Sat | 02 Sun | 03 Mon | 04 Tue | 05 Wed | 06 Thu | 07 Fri | 08 Sat | 09 Sun | 10 Mon | 11 Tue | 12 Wed | 13 Thu | 14 Fri | 15 Sat | 16 Sun | 17 Mon | 18 Tue | 19 Wed | 20 Thu | 21 Fri | 22 Sat | 23 Sun | 24 Mon | 25 Tue | 26 Wed | 27 Thu | 28 Fri | 29 Sat | 30 Sun | 31 Mon | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AKEI | | 0.50 | 0.50 | | | 24.00 | | 1.00 | | 1.00 | 1.00 | 1.00 | 1.00 | | | | | | 0.50 | | | | | | | | 1.00 | 1.50 | | | | 33.00 |
| BBAC | | 1.00 | 0.50 | | | 24.00 | 3.00 | 5.00 | 5.00 | 1.00 | 2.00 | 1.00 | 1.00 | 1.00 | | | 2.25 | | 1.00 | | | | | | | | | | | 0.50 | | 48.25 |
| BDER | | | 0.50 | | | | | | | | | | 1.00 | | | | | | | | | | | | | | 1.00 | | | | | 2.50 |
| CTHO | | 2.00 | 0.50 | | | | 1.00 | 2.00 | 3.00 | 1.00 | 3.00 | 2.00 | 1.00 | 1.00 | | | 2.25 | | 1.00 | | | | | | 0.50 | | 1.00 | 1.50 | | 0.50 | | 23.25 |
| TCAR | | | 0.50 | | | 24.00 | | | | 0.50 | 1.00 | 1.00 | 1.00 | | | | 2.25 | | | | | | | | | | 1.00 | 1.50 | | | | 32.75 |
| Totals | 0.00 | 3.50 | 2.50 | 0.00 | 0.00 | 72.00 | 4.00 | 8.00 | 8.00 | 3.50 | 7.00 | 5.00 | 5.00 | 2.00 | 0.00 | 0.00 | 6.75 | 0.00 | 2.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 0.00 | 4.00 | 4.50 | 0.00 | 0.00 | 1.00 | 139.75 |

*Stuart Maue*

**Exhibit F-2**
**Daily Hours Billed for November 2005**
**Jefferies & Company, Inc.**

| | 01 Tue | 02 Wed | 03 Thu | 04 Fri | 05 Sat | 06 Sun | 07 Mon | 08 Tue | 09 Wed | 10 Thu | 11 Fri | 12 Sat | 13 Sun | 14 Mon | 15 Tue | 16 Wed | 17 Thu | 18 Fri | 19 Sat | 20 Sun | 21 Mon | 22 Tue | 23 Wed | 24 Thu | 25 Fri | 26 Sat | 27 Sun | 28 Mon | 29 Tue | 30 Wed | | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AKEI | 2.00 | | | 0.50 | 1.00 | | 5.00 | | 7.00 | 24.00 | | | | 3.00 | | | 1.00 | | | | 2.75 | 1.00 | 1.00 | | | | | 1.00 | | 0.50 | | 49.75 |
| BBAC | 2.00 | | | 0.50 | 1.00 | | 5.00 | 2.00 | 1.50 | | | | | 3.00 | | | 9.00 | 6.00 | | | | 1.00 | 1.00 | | | | | | | 0.50 | | 32.50 |
| BDER | 2.00 | | | | 0.50 | | 5.00 | | 1.00 | 24.00 | | | | 3.00 | | | | | | | | | | | | | | | | 0.50 | | 36.00 |
| CTHO | 2.00 | | | 0.50 | 1.00 | | 5.00 | | 1.50 | 24.00 | | | | 3.00 | | | 11.00 | 6.00 | | | 4.75 | 1.00 | 1.00 | | | 4.00 | 4.00 | 1.00 | | 0.50 | | 70.25 |
| TCAR | 2.00 | | | | 0.50 | | 5.00 | | 7.00 | 24.00 | | | | 3.00 | | | 3.00 | | | | 0.75 | 1.00 | | | | | | 1.00 | | 0.50 | | 47.75 |
| Totals | 10.00 | 0.00 | 0.00 | 1.50 | 4.00 | 0.00 | 25.00 | 2.00 | 18.00 | 96.00 | 0.00 | 0.00 | 0.00 | 15.00 | 0.00 | 0.00 | 24.00 | 12.00 | 0.00 | 0.00 | 8.25 | 4.00 | 3.00 | 0.00 | 0.00 | 4.00 | 4.00 | 3.00 | 0.00 | 2.50 | 0.00 | 236.25 |

*Stuart Maue*

**Exhibit F-2**
**Daily Hours Billed for December 2005**
**Jefferies & Company, Inc.**

| | 01 Thu | 02 Fri | 03 Sat | 04 Sun | 05 Mon | 06 Tue | 07 Wed | 08 Thu | 09 Fri | 10 Sat | 11 Sun | 12 Mon | 13 Tue | 14 Wed | 15 Thu | 16 Fri | 17 Sat | 18 Sun | 19 Mon | 20 Tue | 21 Wed | 22 Thu | 23 Fri | 24 Sat | 25 Sun | 26 Mon | 27 Tue | 28 Wed | 29 Thu | 30 Fri | 31 Sat | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACHO | | | | | | | | | | | | 1.00 | | 3.00 | | 4.50 | 10.00 | 12.00 | | | | | | | | | 8.00 | | | | | 38.50 |
| AKEI | | 0.50 | | | 0.50 | 1.00 | 2.25 | | | | | 1.00 | | 2.00 | | 2.50 | | 2.00 | 2.00 | | | | | | | | 3.00 | | | | | 16.75 |
| BDER | | 0.50 | | | 0.50 | 1.00 | 1.25 | | | | | | | | | | | | | | | | | | | | | | | | | 3.25 |
| CTHO | | 0.50 | 6.00 | | 7.50 | 1.00 | 2.25 | | | | | 1.00 | | 6.00 | | 4.50 | 10.00 | 12.00 | | | | | | | | | 6.00 | | | | | 56.75 |
| TCAR | | 0.50 | | | 0.50 | 1.00 | 2.25 | | | | | 1.00 | | | | 2.50 | | | | 2.00 | | | | | | | 2.00 | | | | | 11.75 |
| Totals | 0.00 | 2.00 | 6.00 | 0.00 | 9.00 | 4.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | 0.00 | 11.00 | 0.00 | 14.00 | 20.00 | 26.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 19.00 | 0.00 | 0.00 | 0.00 | 0.00 | 127.00 |

*Stuart Maue*

**Exhibit F-2**
**Daily Hours Billed for January 2006**
**Jefferies & Company, Inc.**

| | 01 Sun | 02 Mon | 03 Tue | 04 Wed | 05 Thu | 06 Fri | 07 Sat | 08 Sun | 09 Mon | 10 Tue | 11 Wed | 12 Thu | 13 Fri | 14 Sat | 15 Sun | 16 Mon | 17 Tue | 18 Wed | 19 Thu | 20 Fri | 21 Sat | 22 Sun | 23 Mon | 24 Tue | 25 Wed | 26 Thu | 27 Fri | 28 Sat | 29 Sun | 30 Mon | 31 Tue | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACHO | | | | | | | | 2.00 | | 3.00 | | 5.00 | 3.00 | | | | | | | | | | 0.50 | 2.00 | | | 2.00 | | | | 0.50 | 18.00 |
| AKEI | | | | | | | | | 1.00 | 2.00 | | 1.00 | 3.00 | | | | | | | | | | 0.50 | 2.00 | | | 4.00 | | | | 0.50 | 14.00 |
| BDER | | | | | | | | | | 2.00 | | | 3.50 | | | | | | | | | | 0.50 | | | | 2.00 | | | | 0.50 | 8.50 |
| CTHO | | | 3.00 | | | | | | 5.00 | 3.00 | | 3.00 | 3.00 | | | | | | | | | | 0.50 | 2.00 | | | 5.00 | | | | 0.50 | 25.00 |
| TCAR | | | | | | | | | | | | 2.00 | 3.50 | | | | | | | | | | 0.50 | 2.00 | | | 2.00 | | | 1.00 | 0.50 | 11.50 |
| Totals | 0.00 | 0.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 6.00 | 10.00 | 0.00 | 11.00 | 16.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.50 | 8.00 | 0.00 | 0.00 | 15.00 | 0.00 | 0.00 | 1.00 | 2.50 | 77.00 |

EXHIBIT G-1
Travel Expenses - Airfare
Jefferies & Company, Inc.

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| 09/12/05 | | 250.40 | | 250.40 | | TRANSPORTATION - AIR ADAM B. KEIL |
| 09/15/05 | | 1,632.00 | | 1,632.00 | | TRANSPORTATION - AIR THOMAS C CARLSON |
| 09/20/05 | | 1,632.00 | | 1,632.00 | | TRANSPORTATION - AIR WILLIAM Q DERROUGH |
| 11/01/05 | | 492.73 | | 492.73 | | TRANSPORTATION - AIR ADAM B. KEIL |
| 11/07/05 | | 120.00 | | 120.00 | | TRANSPORTATION - AIR WILLIAM Q DERROUGH |
| 11/11/05 | | 1,011.96 | | 1,011.96 | | TRANSPORTATION - AIR BENJAMIN P BACKOWSKI |
| 12/07/05 | | 986.96 | | 986.96 | | TRANSPORTATION - AIR CHARLES C. THOMAS |
| 12/13/05 | | 343.81 | | 343.81 | | TRANSPORTATION - AIR ADAM B. KEIL |
| 12/15/05 | | 738.93 | | 738.93 | | TRANSPORTATION - AIR THOMAS C CARLSON |
| 12/19/05 | | 253.10 | | 253.10 | | TRANSPORTATION - AIR THOMAS C CARLSON |
| 12/22/05 | | 1,013.50 | | 1,013.50 | | TRANSPORTATION - AIR WILLIAM Q DERROUGH |
| 01/09/06 | | 986.96 | | 986.96 | | TRANSPORTATION - AIR THOMAS C CARLSON |
| 01/11/06 | | 1,784.89 | | 1,784.89 | | TRANSPORTATION - AIR ADAM B. KEIL |
| 01/23/06 | | 1,764.36 | | 1,764.36 | | TRANSPORTATION - AIR THOMAS C CARLSON |
| | | $13,011.60 | | $13,011.60 | | |

EXHIBIT G-2
Travel Expenses - Accommodations
Jefferies & Company, Inc.

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|---|---|---|---|---|---|---|
| 09/15/05 | | 238.70 | | 238.70 | | ACCOMDATIONS THOMAS C CARLSON |
| 09/20/05 | | 233.70 | | 233.70 | | ACCOMDATIONS WILLIAM Q DERROUGH |
| 11/01/05 | | 176.76 | | 176.76 | | ACCOMDATIONS ADAM B. KEIL |
| 11/11/05 | | 171.76 | | 171.76 | | ACCOMDATIONS BENJAMIN P BACKOWSKI |
| 12/07/05 | | 186.68 | | 186.68 | | ACCOMDATIONS CHARLES C. THOMAS |
| 12/13/05 | | 134.50 | | 134.50 | | ACCOMDATIONS ADAM B. KEIL |
| 12/15/05 | | 171.76 | | 171.76 | | ACCOMDATIONS THOMAS C CARLSON |
| 12/22/05 | | 343.52 | | 343.52 | | ACCOMDATIONS WILLIAM Q DERROUGH |
| 01/09/06 | | 176.76 | | 176.76 | | ACCOMDATIONS THOMAS C CARLSON |
| 01/11/06 | | 714.76 | | 714.76 | | ACCOMDATIONS ADAM B. KEIL |
| | | $2,548.90 | | $2,548.90 | | |

EXHIBIT H-1
Meals
Jefferies & Company, Inc.

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|---|---|---|---|---|---|---|
| 09/01/05 | | 17.03 | | 17.03 | | MEALS SEAMLESS WEB PROFESSIONAL |
| 09/12/05 | | 4.51 | | 4.51 | | MEALS ADAM B. KEIL |
| 09/15/05 | | 64.00 | | 64.00 | | MEALS THOMAS C CARLSON |
| 09/19/05 | | 142.29 | | 142.29 | | MEALS SEAMLESS WEB PROFESSIONAL |
| 09/20/05 | | 89.13 | | 89.13 | | MEALS WILLIAM Q DERROUGH |
| 09/21/05 | | 125.49 | | 125.49 | | MEALS SEAMLESS WEB PROFESSIONAL |
| 10/01/05 | | 241.99 | | 241.99 | | MEALS SEAMLESS WEB PROFESSIONAL |
| 10/11/05 | | 134.62 | | 134.62 | | MEALS SEAMLESS WEB PROFESSIONAL |
| 10/18/05 | | 108.99 | | 108.99 | | MEALS SEAMLESS WEB PROFESSIONAL |
| 11/01/05 | | 32.41 | | 32.41 | | MEALS ADAM B. KEIL |
| 11/03/05 | | 171.27 | | 171.27 | | MEALS SEAMLESS WEB PROFESSIONAL |
| 11/04/05 | | 120.71 | | 120.71 | | MEALS SEAMLESS WEB PROFESSIONAL |
| 11/07/05 | | 105.11 | | 105.11 | | MEALS SEAMLESS WEB PROFESSIONAL |
| 11/07/05 | | 147.91 | | 147.91 | | MEALS WILLIAM Q DERROUGH |
| 11/11/05 | | 215.00 | | 215.00 | | MEALS THOMAS C CARLSON |
| 11/15/05 | | 48.52 | | 48.52 | | MEALS SEAMLESS WEB PROFESSIONAL |
| 11/21/05 | | 25.87 | | 25.87 | | MEALS SEAMLESS WEB PROFESSIONAL |
| 12/06/05 | | 276.92 | | 276.92 | | MEALS SEAMLESS WEB PROFESSIONAL |
| 12/07/05 | | 63.71 | | 63.71 | | MEALS CHARLES C. THOMAS |
| 12/15/05 | | 172.19 | | 172.19 | | MEALS THOMAS C CARLSON |
| 12/22/05 | | 57.99 | | 57.99 | | MEALS WILLIAM Q DERROUGH |
| 12/23/05 | | 71.82 | | 71.82 | | MEALS SEAMLESS WEB PROFESSIONAL |
| 12/27/05 | | 190.64 | | 190.64 | | MEALS SEAMLESS WEB PROFESSIONAL |
| 01/09/06 | | 160.60 | | 160.60 | | MEALS THOMAS C CARLSON |
| 01/11/06 | | 71.83 | | 71.83 | | MEALS ADAM B. KEIL |
| 01/12/06 | | 558.11 | | 558.11 | | MEALS SEAMLESS WEB PROFESSIONAL |
| 01/23/06 | | 92.00 | | 92.00 | | MEALS THOMAS C CARLSON |
| | | $3,510.66 | | $3,510.66 | | |

EXHIBIT H-2
Ground Transportation
Jefferies & Company, Inc.

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| 09/12/05 | | 32.00 | | 32.00 | | TRANSPORTATION - GROUND ADAM B. KEIL |
| 09/15/05 | | 62.00 | | 62.00 | | TRANSPORTATION - GROUND CHARLES C. THOMAS |
| 09/21/05 | | 100.98 | | 100.98 | | TRANSPORTATION - GROUND SKYLINE CREDIT RIDE INC |
| 10/05/05 | | 30.60 | | 30.60 | | TRANSPORTATION - GROUND SKYLINE CREDIT RIDE INC |
| 10/07/05 | | 263.64 | | 263.64 | | TRANSPORTATION - GROUND WILLIAM Q DERROUGH |
| 10/18/05 | | 97.00 | | 97.00 | | TRANSPORTATION - GROUND CHARLES C. THOMAS |
| 10/21/05 | | 217.26 | | 217.26 | | TRANSPORTATION - GROUND SKYLINE CREDIT RIDE INC |
| 11/01/05 | | 178.45 | | 178.45 | | TRANSPORTATION - GROUND ADAM B. KEIL |
| 11/01/05 | | 127.50 | | 127.50 | | TRANSPORTATION - GROUND SKYLINE CREDIT RIDE INC |
| 11/03/05 | | 331.63 | | 331.63 | | TRANSPORTATION - GROUND ELY TRANSPORTATION, INC. |
| 11/11/05 | | 80.00 | | 80.00 | | TRANSPORTATION - GROUND BENJAMIN P BACKOWSKI |
| 11/14/05 | | 113.22 | | 113.22 | | TRANSPORTATION - GROUND SKYLINE CREDIT RIDE INC |
| 11/21/05 | | 133.62 | | 133.62 | | TRANSPORTATION - GROUND TOWNCAR, EXECUTIVE CAR & |
| 12/01/05 | | 51.51 | | 51.51 | | TRANSPORTATION - GROUND TOWNCAR, EXECUTIVE CAR & |
| 12/07/05 | | 34.00 | | 34.00 | | TRANSPORTATION - GROUND CHARLES C. THOMAS |
| 12/07/05 | | 243.22 | | 243.22 | | TRANSPORTATION - GROUND EXECUTIVE CARS, INC |
| 12/09/05 | | 59.16 | | 59.16 | | TRANSPORTATION - GROUND SKYLINE CREDIT RIDE INC |
| 12/13/05 | | 60.32 | | 60.32 | | TRANSPORTATION - GROUND ADAM B. KEIL |
| 12/14/05 | | 241.86 | | 241.86 | | TRANSPORTATION - GROUND ELY TRANSPORTATION, INC. |
| 12/15/05 | | 99.00 | | 99.00 | | TRANSPORTATION - GROUND CHARLES C. THOMAS |
| 12/16/05 | | 345.27 | | 345.27 | | TRANSPORTATION - GROUND SKYLINE CREDIT RIDE INC |
| 12/19/05 | | 154.04 | | 154.04 | | TRANSPORTATION - GROUND BENJAMIN P BACKOWSKI |
| 12/22/05 | | 126.00 | | 126.00 | | TRANSPORTATION - GROUND WILLIAM Q DERROUGH |
| 01/05/06 | | 137.70 | | 137.70 | | TRANSPORTATION - GROUND SKYLINE CREDIT RIDE INC |
| 01/09/06 | | 80.00 | | 80.00 | | TRANSPORTATION - GROUND THOMAS C CARLSON |
| 01/11/06 | | 328.21 | | 328.21 | | TRANSPORTATION - GROUND ADAM B. KEIL |
| 01/12/06 | | 207.26 | | 207.26 | | TRANSPORTATION - GROUND SKYLINE CREDIT RIDE INC |
| 01/17/06 | | 110.01 | | 110.01 | | TRANSPORTATION - GROUND TOWNCAR, EXECUTIVE CAR & |
| 01/23/06 | | 103.00 | | 103.00 | | TRANSPORTATION - GROUND THOMAS C CARLSON |
| | | $4,148.46 | | $4,148.46 | | |

EXHIBIT I

Legal Fees for Latham & Watkins

Jefferies & Company, Inc.

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| 12/03/05 | | 8,500.00 | | 8,500.00 | | LEGAL FEES LATHAM & WATKINS LLP |
| | | $8,500.00 | | $8,500.00 | | |

EXHIBIT I  PAGE 1 of 1

EXHIBIT J
Vaguely Described Expenses
Jefferies & Company, Inc.

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| 01/31/06 | | 281.00 | | 281.00 | | PRESENTATION SERVICES PRESENTATION SERVICES |
| | | $281.00 | | $281.00 | | |

# Appendix A

# Procedures and Methodology for Review and Analysis of

Fee Applications Submitted by

## VARIOUS CASE PROFESSIONALS



In the Matter Entitled

## *In re:  Winn-Dixie Stores, Inc., et al.*

**United States Bankruptcy Court
Middle District of Florida
Jacksonville Division**

**Case No. 05-03817-3F1**



Issued

**February 21, 2006**

*Stuart Maue*

# TABLE OF CONTENTS

**Page No.**

I.  REVIEW PROCEDURES AND METHODOLOGY ........................................ 1

    A.  Reconciliation of Fees and Expenses .................................................... 1

    B.  Review and Analysis of Fees and Expenses........................................... 1

    C.  Exhibits to the Report ...................................................................... 2

        1.  Embedded Time/Assigned Task Hours ....................................... 3

        2.  Calculation of Hours and Fees on Exhibits.................................. 3

            a)  Ranges of Hours and Fees ............................................. 4

            b)  Proportional Hours and Fees .......................................... 5

            c)  Combined Hours and Fees ............................................. 6

        3.  Overlapping Categories ........................................................... 7

*Stuart Maue*

## I.    REVIEW PROCEDURES AND METHODOLOGY

Stuart Maue reviewed and analyzed the fees and expenses in each case professional's fee application using the following methodology:

- Reconciliation of hours, fees, and expenses (i.e., recalculation of the bills).
- Review and analysis of activities and projects, and the expenses in the fee applications.

A written report of the review and analysis was prepared for the Court, the case professionals, and the United States Trustee.

### A.    Reconciliation of Fees and Expenses

Stuart Maue ascertained the arithmetic accuracy of the fee applications through manual and computer recomputation of fees and expenses.  Using the hourly rates provided by the firms, the total hours and fees submitted on the fee applications were recomputed.  If there were discrepancies between the amounts billed and the amounts computed, they were reconciled whenever possible, and discrepancies that could not be reconciled were itemized.  Similarly, expense amounts were also recomputed and any discrepancies itemized.

### B.    Review and Analysis of Fees and Expenses

The review and analysis of the fees were pursuant to the applicable standards of 11. U.S.C. §§ 330 and 331, the Federal Rules the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the local rules of this Court (the "Local Rules"), and the United States Trustee Guidelines for Reviewing Applications for the

*Stuart Maue*

**I.  REVIEW PROCEDURES AND METHODOLOGY (Continued)**

Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "U.S. Trustee Guidelines").  The statements submitted by the professionals retained by the Agent were reviewed and analyzed pursuant to a reasonableness standard as referenced in 11 U.S.C. § 328, and the Bankruptcy Rules.

**C.**    **Exhibits to the Report**

The billing entries for particular activities and projects identified by Stuart Maue were grouped into categories and are displayed in exhibits attached to the written report.

The exhibits of technical billing discrepancies, compliance with the U.S. Trustee billing guidelines, and fees examined for reasonableness contain the identified activity within each entry's full text even when other activities in the entry are unrelated to the category.  The categorized activity on the exhibit is underlined.  The exhibits also include a summary of hours and fees by individual and by matter.  Additionally, the hours and fees displayed on the exhibits are summarized into the following groups: isolated hours and fees, blocked hours and fees, maximum hours and fees, proportional hours and fees, and combined hours and fees.

In the fee applications, the firms categorized their activities into projects which generally were not modified by Stuart Maue during its review and analysis.  In a few cases, fees related to the retention and compensation of the firm and other case professionals may have been recategorized by Stuart Maue and identified by a new project name.  If recategorization of firm projects occurred, the report for that case

-2-

*Stuart Maue*

**I.  REVIEW PROCEDURES AND METHODOLOGY (Continued)**

professional discusses the categories that were modified and identifies the new project. The full text of each entry in the firms' project categories is not included in these exhibits, but is available upon request.

    **1.**    <u>**Embedded Time/Assigned Task Hours**</u>

        The time assigned by the firms to a billing entry as a whole is the "entry hours" and the time assigned by the firms to a single task within the whole entry is referred to as "task hours."  Time increments assigned to tasks within a larger entry are referred to as "embedded time."  When a firm has assigned a time increment to a single entry containing only one task, then entry hours and task hours are equivalent.  Sometimes a firm's billing entries contain multiple tasks with a specific time increment assigned to each task.  Portions of such an entry may be "blocked" or "lumped" when two or more tasks are combined and assigned a single time increment.  An entry is not blocked when each task of the entry has its own assigned task hours.  If an entry contains some tasks with task hours and some without task hours, the difference between the sum of the task hours and the entry hours are apportioned among the remaining tasks.  See "Proportional Hours and Fees" below.

    **2.**    <u>**Calculation of Hours and Fees on Exhibits**</u>

        Although billing standards generally prohibit the use of blocked billing entries, professionals occasionally group billing entries together and assign a

*Stuart Maue*

**I.  REVIEW PROCEDURES AND METHODOLOGY (Continued)**

single time increment to the entry.  Stuart Maue employs several methods to clarify such entries.  Those methods are as follows:

a)      **Ranges of Hours and Fees**

One method utilized by Stuart Maue identifies and displays a range of hours and fees on summary exhibits.  When a firm has assigned a discrete time increment to a task, such tasks are "isolated."  To calculate a range of hours, all isolated entries for a particular category are identified and the total hours associated with these entries is the "minimum," because this is the very least number of hours associated with the category.  When a firm has not assigned a discrete time increment to each task in an entry, such entries are blocked.  All blocked entries containing tasks related to the category are also identified, and the total hours associated with these entries is added to the minimum.  The resulting total or "maximum" represents the most number of hours associated with the category.  The timekeepers' hourly rates are applied to each entry to determine the minimum and maximum hours and to calculate the minimum and maximum fees.  Neither the minimum nor maximum of hours and associated fees in a particular category is intended to be an exact representation of the hours or fees billed for that category.  The precise number of hours billed for a category generally falls somewhere within the minimum/maximum range.

*Stuart Maue*

**I.  REVIEW PROCEDURES AND METHODOLOGY (Continued)**

    **b)**    <u>**Proportional Hours and Fees**</u>

        Another method utilized by Stuart Maue apportions equal amounts of time to each task described in a blocked entry.  For example, an entry with 1.40 hours assigned might read:

> Telephone call with CAB re 2004 examination (0.20); telephone call with DEF re XYZ's motion for relief from stay; telephone call with ABC regarding DIP financing (0.60); review the XYZ relief from stay motion; telephone call with John Smith re same; telephone call with Robert Short re same.

This example contains two sets of blocked entries:  first, the telephone call with DEF and the telephone call with ABC and, second, the review of the XYZ motion for relief from stay and the telephone call with Mr. John Smith and the telephone call with Mr. Robert Short.  The 0.20 hour for the telephone call to CAB remains as initially assigned by the firm to that task.  In the first set of blocked tasks, the task hour of 0.60 is apportioned equally, and 0.30 hour is assigned to the telephone call with DEF and 0.30 hour is assigned to the telephone call with ABC. The difference between the entry hours of 1.40 and the 0.80 hour of the first three tasks is 0.60 hour.  This task hour of 0.60 is then apportioned equally among the remaining set of blocked tasks (0.20 hour to the review and 0.20 hour to each of the telephone calls to Mr. John Smith and Robert Short).  The hours and fees assigned to tasks in a blocked

*Stuart Maue*

**I.  REVIEW PROCEDURES AND METHODOLOGY (Continued)**

entry using this method are shown as the "proportional" hours and fees in the summary exhibits to the report.

**c)**     <u>**Combined Hours and Fees**</u>

Another method for analyzing blocked billing entries calculates total hours for a category by combining the hours for all isolated entries (i.e., the "minimum" hours) with the apportioned hours for all blocked entries (i.e., the "proportional" hours).  The sum is the "combined" hours for the category which is shown on the summary exhibits to the report.  If some or all of the tasks associated with a category have proportional time assigned, the hours and fees are "combined."

Combined fees are calculated by applying the timekeepers' hourly rates to the isolated and proportional hours.  The combined hours and fees for a category may not reflect the actual hours and fees billed for the category.  However, combined hours and fees may be useful in assessing the reasonableness and necessity of the fees billed when considered with the range of hours and fees.

The written review and analysis refers to hours and fees associated with various categories.  These are either the isolated hours and fees or the combined hours and fees, as defined above.  Please refer to the summary exhibit to the report for each category to determine

*Stuart Maue*

**I.  REVIEW PROCEDURES AND METHODOLOGY (Continued)**

whether the hours and fees associated with the category are isolated or combined.

3.      **Overlapping Categories**

When a billing entry appears on more than one exhibit, "overlap" occurs among the hour and fee calculations for those categories.  Each exhibit refers to all other exhibits on which the entry appears.  Upon request, Stuart Maue will calculate overlap among categories to ensure that a task or entry is not counted more than once in any reduction of fees.