UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | |
| WINN-DIXIE STORES, INC., et al., | : | CASE NO. 3: 05-03817 |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | JUDGE FUNK |
| _____ | : | |

## AMENDED CERTIFICATE SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the *Motion of BellSouth Telecommunications, Inc. for Relief From the Automatic Stay to Allow Setoff of Pre-Petition Debts* was served on the debtor and Debtors' Attorney by US Mail on the 12th and 23rd day of October, 2006 and the Debtors' Attorney, U.S. Trustee and Rule 1007(d) Parties in interest electronically on the 12th day of October, 2006.

Dated: October 23, 2006

                                          BERGER SINGERMAN, P.A.
                                        200 S. Biscayne Blvd., Suite 1000
                                        Miami, FL 33131
                                        Phone: (305) 755-9500
                                        Fax: (305) 714-4340

                                        By:   /s/ Brian G. Rich
                                                Brian G. Rich
                                                Florida Bar No. 038229
                                                brich@bdslaw.com

                                        -and-

                                        Reginald A. Greene, Esq.
                                        675 West Peachtree St., Suite 4300
                                        Atlanta, GA  30375-0001
                                        Phone:   404/335-0761
                                        Facsimile: 404/614-4054

                                        Attorneys for Bellsouth Telecommunications, Inc.

149868-1                       1