UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of June Britton  (Claim Nos. 327, 2779 and 2781) [Docket No. 11816] was furnished by mail on October 20, 2006 to June Britton c/o Dean Reed, Esq., Jacobs & Goodman, 890 State Road 434 North, Altamonte Springs, Florida 32714.

Dated:  October 23, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*         D. J. Baker      Sally McDonald Henry      Rosalie Gray | By      *s/ James H. Post*         Stephen D. Busey      James H. Post (FBN 175460)      Cynthia C. Jackson |
| Four Times Square  New York, New York 10036  (212) 735-3000  (917) 777-2150 (facsimile)  djbaker@skadden.com | 225 Water Street, Suite 1800  Jacksonville, Florida  32202  (904) 359-7700  (904) 359-7708 (facsimile)  jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC