UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Olene Hicks  (Claim No. 129) [Docket No. 11823] was furnished by mail on October 20,

2006 to Olene Hicks c/o John F. Jones, Jr., Esq., Jones & Jones, P.C., P.O. Drawer 1128,

Andalusia, Alabama 36420.

Dated:  October 23, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By     *s/ D. J. Baker*              By         *s/  James H. Post*
    D. J. Baker                         Stephen D. Busey
    Sally McDonald Henry                James H. Post (FBN 175460)
    Rosalie Gray                        Cynthia C. Jackson

Four Times Square                      225 Water Street, Suite 1800
New York, New York 10036               Jacksonville, Florida  32202
(212) 735-3000                         (904) 359-7700
(917) 777-2150 (facsimile)             (904) 359-7708 (facsimile)
djbaker@skadden.com                    jpost@smithhulsey.com

Co-Counsel for Debtors                 Co-Counsel for Debtors
00520151.DOC