UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Daisy Dixie McClure  (Claim No. 6453) [Docket No. 11826] was furnished by mail on

October 20, 2006 to Daisy Dixie McClure c/o Perry D. Ellis, Esq., 1355 Peachtree Street,

N.E., Suite 450, Atlanta, Georgia 30309.

Dated:  October 23, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    *s/ D. J. Baker*                          By        *s/ James H. Post*
    D. J. Baker                                     Stephen D. Busey
    Sally McDonald Henry                      James H. Post (FBN 175460)
    Rosalie Gray                                       Cynthia C. Jackson

Four Times Square                              225 Water Street, Suite 1800
New York, New York 10036                 Jacksonville, Florida  32202
(212) 735-3000                                   (904) 359-7700
(917) 777-2150 (facsimile)                  (904) 359-7708 (facsimile)
djbaker@skadden.com                         jpost@smithhulsey.com


Co-Counsel for Debtors                       Co-Counsel for Debtors
00520151.DOC