UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,        )          Case No. 05-03817-3F1
                                                   Chapter 11
                Debtors.                )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Ann Marie Tandingan  (Claim No. 9548) [Docket No. 11832] was furnished by mail on

October 20, 2006 to Ann Marie Tandingan, 10846 Happy Vale Road, Jacksonville,

Florida 32246.

Dated:  October 23, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    *s/ D. J. Baker*              By        *s/ James H. Post*
      D. J. Baker                           Stephen D. Busey
      Sally McDonald Henry                  James H. Post (FBN 175460)
      Rosalie Gray                          Cynthia C. Jackson

Four Times Square                  225 Water Street, Suite 1800
New York, New York 10036           Jacksonville, Florida  32202
(212) 735-3000                     (904) 359-7700
(917) 777-2150 (facsimile)         (904) 359-7708 (facsimile)
djbaker@skadden.com                jpost@smithhulsey.com

Co-Counsel for Debtors             Co-Counsel for Debtors
00520151.DOC