UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

|  |  |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., <u>et al.</u>,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.  On or about October 20, 2006 I caused copies of:

• the **Notice of Transfer of Claim Other Than For Security**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice(s) as listed above is attached hereto as Exhibit B.

Dated: October 23, 2006

Kathleen M. Logan

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

SERVICE LIST

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 241515-12<br>ACE PUTZEL ELECTRIC INC<br>ATTN: GREG FARRAR, CONTROLLER<br>4387 INNER PERIMETER ROAD<br>VALDOSTA, GA 31602 | CREDITOR ID: 534942-98<br>AMERICAN SUGAR REFINING INC<br>C/O GENE B TARR ESQ<br>BLANCO TACKABERRY COMBS & MATAMOROS<br>PO DRAWER 25008<br>WINSTON SALEM NC 27114-5008 | CREDITOR ID: 492959-97<br>BOWDIN SQUARE LLC<br>ATTN: PETER IDIME, MEMBER/MGR<br>PO BOX 230<br>POINT CLEAR AL 36564 |
| CREDITOR ID: 410856-15<br>BOWDOIN SQUARE, LLC<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN: F WENDELL ALLEN, ESQ<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203 | CREDITOR ID: 534947-97<br>BRENNTAG MID-SOUTH INC<br>ATTN: CHUCK DANIELS, CREDIT MGR<br>PO BOX 20<br>HENDERSON KY 42419 | CREDITOR ID: 243922-12<br>BRENNTAG MID-SOUTH INC<br>ATTN: JON VORBECK, CREDIT MGR<br>PO BOX 20<br>HENDERSON KY 42419-0020 |
| CREDITOR ID: 403520-98<br>CACTUS HOLDINGS GROUP LLC<br>ATTN VIJAY KRISH<br>19487 ROBLE CT<br>SARATOGA CA 95070 | CREDITOR ID: 246714-12<br>COMMANDER AIR<br>ATTN: ROGER COMMANDER, PRES<br>625 NEW WARRINGTON RD<br>PENSACOLA, FL 32506 | CREDITOR ID: 247466-12<br>DAILY COMET<br>ATTN: DARLENE RODRIQUE, CONTROLLER<br>PO BOX 116753<br>ATLANTA, GA 30368-6753 |
| CREDITOR ID: 279225-35<br>DOMINO FOODS, INC<br>ATTN: JOHN KEARNEY<br>1100 KEY HIGHWAY EAST<br>BALTIMORE MD 21230-5180 | CREDITOR ID: 534948-97<br>DOMINO FOODS, INC<br>C/O BLANCO TACKABERY ET AL<br>ATTN: GENE B TARR, ESQ<br>PO DRAWER 25008<br>WINSTEM-SALEM NC 27114-5008 | CREDITOR ID: 534816-98<br>EQUITY TRUST CO CUSTODIAN<br>FBO BENJAMIN D TARVER IRA<br>C/O BENJAMIN TARVER<br>11152 WESTHEIMER ROAD #796<br>HOUSTON TX 77042 |
| CREDITOR ID: 408404-98<br>FAIR HARBOR CAPITAL LLC<br>ATTN FRED GLASS<br>875 AVENUE OF THE AMERICAS STE 2305<br>NEW YORK NY 10001 | CREDITOR ID: 534950-97<br>GRAPEVINE TRADING COMPANY<br>C/O MCCARTER & ENGLISH LLP<br>ATTN: WILLIAM D WALLACH, ESQ<br>100 MULBERRY STREET<br>NEWARK NJ 07102 | CREDITOR ID: 404769-95<br>GRAPEVINE TRADING COMPANY<br>C/O VICTORY WHOLESHARE GROCERS<br>ATTN ALVIN C EDER, CREDIT MGR<br>400 VICTORY DRIVE<br>SPRINGBORO OH 45066 |
| CREDITOR ID: 403774-94<br>HUNTER, ANTHONY W<br>610 TERESA DRIVE<br>LAKE PARK GA 31636 | CREDITOR ID: 252105-12<br>INDEPENDENCE CROSSING LLC<br>ATTN: LEILA N ERWIN, MGR<br>742 BOST ROAD<br>MORGANTON NC 28655 | CREDITOR ID: 416281-15<br>INDEPENDENCE CROSSING, LLC<br>C/O PARKER POE ADAMS & BERNSTEIN<br>ATTN WILLIAM L ESSER IV, ESQ<br>401 SOUTH TRYON STREET, SUITE 3000<br>CHARLOTTE NC 28202 |
| CREDITOR ID: 399393-98<br>LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>ATTN JEFFREY L CARESS<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | CREDITOR ID: 410459-98<br>MADISON INVESTMENT TRUST - SERIES 1<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 | CREDITOR ID: 256663-12<br>MORGAN ELECTRIC CO<br>ATTN: PAUL H MORGAN III, CEO<br>PO BOX 20028<br>TALLAHASSEE, FL 32316-0028 |
| CREDITOR ID: 411392-97<br>NEXSEN PRUET ADAMS ET AL<br>ATTN: JULIO E MENDOZA JR, ESQ<br>PO DRAWER 2426<br>COLUMBIA SC 29202 | CREDITOR ID: 257344-12<br>NORTH BEACH ENGINEERING INC<br>ATTN: KEVIN M DAVENPORT, PRES<br>3611-14 ST JOHNS BLUFF ROAD SOUTH<br>JACKSONVILLE, FL 32224 | CREDITOR ID: 534410-98<br>ORIX CAPITAL MARKETS LLC<br>ATTN CHUCK CROUCH<br>1717 MAIN STREET SUITE 800<br>DALLAS TX 75201 |
| CREDITOR ID: 492841-98<br>PRINCIPAL LIFE INSURANCE COMPANY<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N REED, ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103 4196 | CREDITOR ID: 492841-98<br>PRINCIPAL LIFE INSURANCE COMPANY<br>C/O PRINCIPAL REAL ESTATE INVESTORS<br>ATTN DARIN BENNIGSDORF<br>801 GRAND AVE<br>DES MOINES IA 50392-1450 | CREDITOR ID: 534946-97<br>SAALFIELD SHAD JAY ET AL<br>ATTN: JOSEPH R STOKES III, PARTNER<br>50 N LAURA ST, STE 2950<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 394066-61<br>SAALFIELD SHAD JAY ET AL<br>ATTN: CHARLES T SHAD, PARTNER<br>50 N LAURA STREET, STE 2950<br>JACKSONVILLE FL 32202 | CREDITOR ID: 534949-97<br>SFP LLC<br>C/O PRIMAX PROPERTIES LLC<br>ATTN: STEPHEN H SEWELL, MGR<br>1115 EAST MOREHEAD ST<br>CHARLOTTE NC 28204-2857 | CREDITOR ID: 410589-99<br>SFP, LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 |

**SERVICE LIST**

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 410589-99
SFP, LLC
C/O KENNEDY, COVINGTON, ET AL
ATTN AMY PRITCHARD WILLIAMS, ESQ
HEARST TOWER, 47TH FLOOR
214 NORTH TRYON STREET
CHARLOTTE NC 28202

CREDITOR ID: 392565-55
SOLOMON, TREVAS
C/O FERNANDEZ & CALANDRA
ATTN MICHELLE I RODRIGUEZ, ESQ
ONE HARBOUR PLACE, STE 255
777 S HARBOUR ISLAND BLVD
TAMPA FL 33602

CREDITOR ID: 416261-15
SOUTHWAY INVESTORS
ATTN: WILLIAM R BOWERS
1252 OVERBROOK DRIVE, SUITE 7
GAFFNEY SC 29341

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
C/O TRAUB BONACQUIST & FOX LLP
ATTN: MAURA I RUSSELL, ESQ &
ANTHONY B STUMBO, ESQ
655 THIRD AVE, 21ST FL
NEW YORK NY 10017

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN, 2 GREENWICH PLAZA
GREENWICH CT 06830

CREDITOR ID: 534850-97
STUTSMAN THAMES & MARKEY PA
ATTN: RICHARD R THAMES, ESQ
50 N LAURA ST, STE 1600
JACKSONVILLE FL 32202

CREDITOR ID: 399395-98
TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE, MGR
PO BOX 1487
WEST BABYLON NY 11704

CREDITOR ID: 264466-12
WASTE PRO OF FLORIDA
ATTN: CHRISTINA CINELLI, OFFICE MGR
PO BOX 4530
ST AUGUSTINE, FL 32085

CREDITOR ID: 264502-12
WATSON TRADING COMPANY, INC
ATTN GREGORY J WATSON, PRESIDENT
501 W CARLETON ROAD
1 WICKER PLACE
PO BOX 257
HILLSDALE, MI 49242

**Total:   39**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11689

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ACE PUTZEL ELECTRIC INC

Name of Transferor

ACE PUTZEL ELECTRIC INC
ATTN: GREG FARRAR, CONTROLLER
4387 INNER PERIMETER ROAD
VALDOSTA, GA 31602

Phone:
Account No.: 241515

FAIR HARBOR CAPITAL LLC

Name of Transferee

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone: 212 967 4045
Account No.: 408404

Claim No.: 32309
Date Claim Filed: 04/07/2005

Full Transfer: (X)     Partial Transfer:
Transfer Amount: $1,690.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/20/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 20, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 11842

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

BOWDOIN SQUARE, LLC   ID: 410856
Name of Claimant/Transferor

BOWDOIN SQUARE, LLC
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN: F WENDELL ALLEN, ESQ
1819 FIFTH AVENUE NORTH
BIRMINGHAM AL  35203
Phone: 205 521 8000

BOWDOIN SQUARE LLC
ATTN: PETER IDIME, MEMBER/MGR
PO BOX 230
POINT CLEAR AL  36564

SPCP GROUP LLC AGT OF SILVER PT CAP   ID: 407520
Current Transferee

SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT  06830
Phone: 203 542 4032

SPC GROUP LLC AGT OF SILVER PT CAP
C/O TRAUB BONACQUIST & FOX LLP
ATTN: MAURA I RUSSELL, ESQ &
ANTHONY B STUMBO, ESQ
655 THIRD AVE, 21ST FL
NEW YORK NY  10017
Phone: 212 476 4770

LIQUIDITY SOLUTIONS, INC.   ID: 399393
Prior Transferee

LIQUIDITY SOLUTIONS, INC.
DBA REVENUE MANAGEMENT
ATTN JEFFREY L CARESS
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ  07601
Phone: 201 968 0001

Claim No.: 9939
Date Claim Filed: 07/29/2005

Full Transfer: ☒        Partial Transfer:
Amount: $400,000.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/20/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 20, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 11842

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

BOWDOIN SQUARE, LLC  ID: 410856
Name of Claimant/Transferor

BOWDOIN SQUARE, LLC
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN: F WENDELL ALLEN, ESQ
1819 FIFTH AVENUE NORTH
BIRMINGHAM AL  35203
Phone: 205 521 8000

BOWDOIN SQUARE LLC
ATTN: PETER IDIME, MEMBER/MGR
PO BOX 230
POINT CLEAR AL  36564

SPCP GROUP LLC AGT OF SILVER PT CAP   ID: 407520
Current Transferee

SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT  06830
Phone: 203 542 4032

SPC GROUP LLC AGT OF SILVER PT CAP
C/O TRAUB BONACQUIST & FOX LLP
ATTN: MAURA I RUSSELL, ESQ &
ANTHONY B STUMBO, ESQ
655 THIRD AVE, 21ST FL
NEW YORK NY  10017
Phone: 212 476 4770

LIQUIDITY SOLUTIONS, INC.   ID:  399393
Prior Transferee

LIQUIDITY SOLUTIONS, INC.
DBA REVENUE MANAGEMENT
ATTN JEFFREY L CARESS
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ  07601
Phone:  201 968 0001

Claim No.:  9940
Date Claim Filed: 07/29/2005

Full Transfer: ☒          Partial Transfer:
Amount: $400,000.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/20/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 20, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11736

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

BRENNTAG MID-SOUTH INC

Name of Transferor

BRENNTAG MID-SOUTH INC
ATTN: JON VORBECK, CREDIT MGR
PO BOX 20
HENDERSON KY 42419-0020

Phone: 270 830 1269
Account No.: 243922

BRENNTAG MID-SOUTH INC
ATTN: CHUCK DANIELS, CREDIT MGR
PO BOX 20
HENDERSON KY 42419

Phone:
Account No.: 534947

FAIR HARBOR CAPITAL LLC

Name of Transferee

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone: 212 967 4045
Account No.: 408404

Claim No.: 3472
Date Claim Filed: 06/03/2005

Full Transfer: (X)    Partial Transfer:

Transfer Amount: $14,241.45

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/20/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 20, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11737

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

BRENNTAG MID-SOUTH INC

Name of Transferor

BRENNTAG MID-SOUTH INC
ATTN: JON VORBECK, CREDIT MGR
PO BOX 20
HENDERSON KY 42419-0020

Phone: 270 830 1269
Account No.: 243922

BRENNTAG MID-SOUTH INC
ATTN: CHUCK DANIELS, CREDIT MGR
PO BOX 20
HENDERSON KY 42419

Phone:
Account No.: 534947

Claim No.: 3475
Date Claim Filed: 06/03/2005

FAIR HARBOR CAPITAL LLC

Name of Transferee

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone: 212 967 4045
Account No.: 408404

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $19,359.91

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/20/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 20, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11738

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

BRENNTAG MID-SOUTH INC

Name of Transferor

FAIR HARBOR CAPITAL LLC

Name of Transferee

BRENNTAG MID-SOUTH INC
ATTN: JON VORBECK, CREDIT MGR
PO BOX 20
HENDERSON KY 42419-0020

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone: 270 830 1269
Account No.: 243922

Phone: 212 967 4045
Account No.: 408404

BRENNTAG MID-SOUTH INC
ATTN: CHUCK DANIELS, CREDIT MGR
PO BOX 20
HENDERSON KY 42419

Phone:
Account No.: 534947

Claim No.: 3473
Date Claim Filed: 06/03/2005

Full Transfer: (X)     Partial Transfer:

Transfer Amount: $1,640.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/20/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 20, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11739

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

BRENNTAG MID-SOUTH INC

Name of Transferor

FAIR HARBOR CAPITAL LLC

Name of Transferee

BRENNTAG MID-SOUTH INC
ATTN: JON VORBECK, CREDIT MGR
PO BOX 20
HENDERSON KY 42419-0020

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone: 270 830 1269

Account No.: 243922

Phone: 212 967 4045

Account No.: 408404

BRENNTAG MID-SOUTH INC
ATTN: CHUCK DANIELS, CREDIT MGR
PO BOX 20
HENDERSON KY 42419

Phone:
Account No.: 534947

Claim No.: 3474
Date Claim Filed: 06/03/2005

Full Transfer: (X)       Partial Transfer:

Transfer Amount: $4,236.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/20/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 20, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11889

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

COMMANDER AIR

Name of Transferor

COMMANDER AIR
ATTN: ROGER COMMANDER, PRES
625 NEW WARRINGTON RD
PENSACOLA, FL 32506

Phone: 850-456-9971
Account No.: 246714

TRADE-DEBT.NET

Name of Transferee

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE, MGR
PO BOX 1487
WEST BABYLON NY 11704

Phone: 631 884 0100
Account No.: 399395

Claim No.: 33479
Date Claim Filed: 04/07/2005

Full Transfer: (X)     Partial Transfer:

Transfer Amount: $421.28

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/20/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 20, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11692

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DAILY COMET

Name of Transferor

FAIR HARBOR CAPITAL LLC

Name of Transferee

DAILY COMET
ATTN: DARLENE RODRIQUE, CONTROLLER
PO BOX 116753
ATLANTA, GA 30368-6753

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone:

Account No.: 247466

Phone: 212 967 4045

Account No.: 408404

Claim No.: 33520
Date Claim Filed: 04/07/2005

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $2,541.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/20/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 20, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 11769

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DOMINO FOODS, INC
Name of Transferor

AMERICAN SUGAR REFINING INC
Name of Transferee

DOMINO FOODS, INC
ATTN: JOHN KEARNEY
1100 KEY HIGHWAY EAST
BALTIMORE MD 21230-5180

AMERICAN SUGAR REFINING INC
C/O GENE B TARR ESQ
BLANCO TACKABERRY COMBS & MATAMOROS
PO DRAWER 25008
WINSTON SALEM NC 27114-5008

Phone: 336 293 9017
Account No.: 279225

Phone:
Account No.: 534942

DOMINO FOODS, INC
C/O BLANCO TACKABERRY ET AL
ATTN: GENE B TARR, ESQ
PO DRAWER 25008
WINSTEM-SALEM NC 27114-5008

Phone:
Account No.: 534948

Claim No.: 12781
Date Claim Filed: 12/14/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $47,172.50

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/20/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 20, 2006.

UNITED STATES BANKRUPTCY COURT
**MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION**

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 11840

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

GRAPEVINE TRADING COMPANY
Name of Claimant/Transferor

SPCP GROUP LLC AGT OF SILVER PT CAP    ID: 407520
Current Transferee

GRAPEVINE TRADING COMPANY
C/O VICTORY WHOLESHARE GROCERS
ATTN ALVIN C EDER, CREDIT MGR
400 VICTORY DRIVE
SPRINGBORO OH  45066

SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT  06830
Phone: 203 542 4032

Phone: 800 789 9005 ext 1212

SPC GROUP LLC AGT OF SILVER PT CAP
C/O TRAUB BONACQUIST & FOX LLP
ATTN: MAURA I RUSSELL, ESQ &
ANTHONY B STUMBO, ESQ
655 THIRD AVE, 21ST FL
NEW YORK NY  10017
Phone: 212 476 4770

GRAPEVINE TRADING COMPANY
C/O MCCARTER & ENGLISH LLP
ATTN: WILLIAM D WALLACH, ESQ
100 MULBERRY STREET
NEWARK NJ  07102

Claim No.:  10967
Date Claim Filed: 07/29/2005

Full Transfer: ☒
Amount: $20,384.52

Partial Transfer:

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/20/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 20, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

Docket No.: 11898

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HUNTER, ANTHONY W                                         EQUITY TRUST CO CUSTODIAN
_____                                 _____
Name of Transferor                                        Name of Transferee

HUNTER, ANTHONY W                                         EQUITY TRUST CO CUSTODIAN
610 TERESA DRIVE                                          FBO BENJAMIN D TARVER IRA
LAKE PARK GA 31636                                        C/O BENJAMIN TARVER
                                                          11152 WESTHEIMER ROAD #796
                                                          HOUSTON TX 77042

Phone: 229 251 8195                                       Phone: 713 491 4351
Account No.: 403774                                       Account No.: 534816

Claim No.: 5845                                           Full Transfer: (X)      Partial Transfer:
Date Claim Filed: 07/12/2005                              Transfer Amount: $13,293.98

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule
3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office
of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection
is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/20/2006                                          /s/ Logan & Company, Inc.
                                                          _____
                                                          Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at
telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 20, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 11662

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

INDEPENDENCE CROSSING, LLC
Name of Claimant/Transferor

ORIX CAPITAL MARKETS LLC
Transferee

INDEPENDENCE CROSSING, LLC
C/O PARKER POE ADAMS & BERNSTEIN
ATTN WILLIAM L ESSER IV, ESQ
401 SOUTH TRYON STREET, SUITE 3000
CHARLOTTE NC  28202

Phone: 704 372 9000
Account No.: 416281

ORIX CAPITAL MARKETS LLC
ATTN CHUCK CROUCH
1717 MAIN STREET SUITE 800
DALLAS TX  75201

Phone: 214 237 2000
Account ID.: 534410

INDEPENDENCE CROSSING LLC
ATTN: LEILA N ERWIN, MGR
742 BOST ROAD
MORGANTON NC  28655

Phone: 828-437-1823
Account No.: 252105

ORIX CAPITAL MARKETS LLC
C/O STUTSMAN THAMES & MARKEY PA
ATTN: RICHARD A THAMES, ESQ
50 N LAURA ST, STE 1600
JACKSONVILLE FL  32202
Phone: 904-358-4000

Claim No.:  12290
Date Claim Filed: 10/26/2005

Full Transfer: ☒          Partial Transfer:
Amount: $686,138.18

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/20/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 20, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 11662

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

INDEPENDENCE CROSSING, LLC
Name of Claimant/Transferor

INDEPENDENCE CROSSING, LLC
C/O PARKER POE ADAMS & BERNSTEIN
ATTN WILLIAM L ESSER IV, ESQ
401 SOUTH TRYON STREET, SUITE 3000
CHARLOTTE NC  28202

Phone: 704 372 9000
Account No.: 416281

INDEPENDENCE CROSSING LLC
ATTN: LEILA N ERWIN, MGR
742 BOST ROAD
MORGANTON NC  28655

Phone: 828-437-1823
Account No.: 252105

ORIX CAPITAL MARKETS LLC
Transferee

ORIX CAPITAL MARKETS LLC
ATTN CHUCK CROUCH
1717 MAIN STREET SUITE 800
DALLAS TX  75201

Phone: 214 237 2000
Account ID.: 534410

ORIX CAPITAL MARKETS LLC
C/O STUTSMAN THAMES & MARKEY PA
ATTN: RICHARD A THAMES, ESQ
50 N LAURA ST, STE 1600
JACKSONVILLE FL  32202
Phone: 904-358-4000

Claim No.:  12291
Date Claim Filed: 10/26/2005

Full Transfer: ☒      Partial Transfer:
Amount: $686,138.18

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/20/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 20, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11900

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MORGAN ELECTRIC CO

Name of Transferor

MORGAN ELECTRIC CO
ATTN: PAUL H MORGAN III, CEO
PO BOX 20028
TALLAHASSEE, FL 32316-0028


Phone: 850 576 8181
Account No.: 256663

EQUITY TRUST CO CUSTODIAN

Name of Transferee

EQUITY TRUST CO CUSTODIAN
FBO BENJAMIN D TARVER IRA
C/O BENJAMIN TARVER
11152 WESTHEIMER ROAD #796
HOUSTON TX 77042


Phone: 713 491 4351
Account No.: 534816


Claim No.: 31234
Date Claim Filed: 04/07/2005

Full Transfer: (X)       Partial Transfer:

Transfer Amount: $595.39

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 10/20/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 20, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11703

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

NORTH BEACH ENGINEERING INC

Name of Transferor

NORTH BEACH ENGINEERING INC
ATTN: KEVIN M DAVENPORT, PRES
3611-14 ST JOHNS BLUFF ROAD SOUTH
JACKSONVILLE, FL 32224

Phone: 904 493 6500
Account No.: 257344

FAIR HARBOR CAPITAL LLC

Name of Transferee

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone: 212 967 4045
Account No.: 408404

Claim No.: 1469
Date Claim Filed: 05/12/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $1,943.75

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/20/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 20, 2006.

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11735

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SAALFIELD SHAD JAY ET AL

Name of Transferor

SAALFIELD SHAD JAY ET AL
ATTN: CHARLES T SHAD, PARTNER
50 N LAURA STREET, STE 2950
JACKSONVILLE FL 32202

Phone: 904 355 4401
Account No.: 394066

SAALFIELD SHAD JAY ET AL
ATTN: JOSEPH R STOKES III, PARTNER
50 N LAURA ST, STE 2950
JACKSONVILLE FL 32202

Phone:
Account No.: 534946

Claim No.: 6426
Date Claim Filed: 07/15/2005

CACTUS HOLDINGS GROUP LLC

Name of Transferee

CACTUS HOLDINGS GROUP LLC
ATTN VIJAY KRISH
19487 ROBLE CT
SARATOGA CA 95070

Phone: 408 868 1507
Account No.: 403520

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $58,902.92

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/20/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 20, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 11757

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SFP, LLC
Name of Claimant/Transferor

SFP, LLC
C/O KENNEDY, COVINGTON, ET AL
ATTN AMY PRITCHARD WILLIAMS, ESQ
HEARST TOWER, 47TH FLOOR
214 NORTH TRYON STREET
CHARLOTTE NC  28202

Phone: 704 331 7429
Account No.: 410589

SFP, LL
C/O HELD & ISREAL
ATTN: EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL  32207

SFP LLC
C/O PRIMAX PROPERTIES LLC
ATTN: STEPHEN H SEWELL, MGR
1115 EAST MOREHEAD ST
CHARLOTTE NC  28204-2857

Phone:
Account No.: 534949

PRINCIPAL LIFE INSURANCE COMPANY
Transferee

PRINCIPAL LIFE INSURANCE COMPANY
C/O PRINCIPAL REAL ESTATE INVESTORS
ATTN DARIN BENNIGSDORF
801 GRAND AVE
DES MOINES IA  50392-1450

Phone:
Account No.: 492841

DUANE MORRIS LLP
ATTN MARGERY N REED ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA  19103-4196

Phone: 215 979 1518
Account No.: 417049

Claim No.:  12205
Date Claim Filed: 10/24/2005

Full Transfer: ☒        Partial Transfer:
Transfer Amount: $745,622.21

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/20/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 20, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.
Case No.: 05-03817-3F1
Docket No.: 11757

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SFP, LLC
Name of Claimant/Transferor

SFP, LLC
C/O KENNEDY, COVINGTON, ET AL
ATTN AMY PRITCHARD WILLIAMS, ESQ
HEARST TOWER, 47TH FLOOR
214 NORTH TRYON STREET
CHARLOTTE NC  28202

Phone: 704 331 7429
Account No.: 410589

SFP, LL
C/O HELD & ISREAL
ATTN: EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL  32207

SFP LLC
C/O PRIMAX PROPERTIES LLC
ATTN: STEPHEN H SEWELL, MGR
1115 EAST MOREHEAD ST
CHARLOTTE NC  28204-2857

Phone:
Account No.: 534949

PRINCIPAL LIFE INSURANCE COMPANY
Transferee

PRINCIPAL LIFE INSURANCE COMPANY
C/O PRINCIPAL REAL ESTATE INVESTORS
ATTN DARIN BENNIGSDORF
801 GRAND AVE
DES MOINES IA  50392-1450

Phone:
Account No.: 492841

DUANE MORRIS LLP
ATTN MARGERY N REED ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA  19103-4196

Phone: 215 979 1518
Account No.: 417049

Claim No.: 9821
Date Claim Filed: 08/01/2005

Full Transfer: ☒       Partial Transfer:
Transfer Amount: $40,585.87

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/20/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 20, 2006.

UNITED STATES BANKRUPTCY COURT
**MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION**

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 11757

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SFP, LLC
Name of Claimant/Transferor

PRINCIPAL LIFE INSURANCE COMPANY
Transferee

SFP, LLC
C/O KENNEDY, COVINGTON, ET AL
ATTN AMY PRITCHARD WILLIAMS, ESQ
HEARST TOWER, 47TH FLOOR
214 NORTH TRYON STREET
CHARLOTTE NC 28202

PRINCIPAL LIFE INSURANCE COMPANY
C/O PRINCIPAL REAL ESTATE INVESTORS
ATTN DARIN BENNIGSDORF
801 GRAND AVE
DES MOINES IA 50392-1450

Phone: 704 331 7429
Account No.: 410589

Phone:
Account No.: 492841

SFP, LL
C/O HELD & ISREAL
ATTN: EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

DUANE MORRIS LLP
ATTN MARGERY N REED ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103-4196

Phone: 215 979 1518
Account No.: 417049

SFP LLC
C/O PRIMAX PROPERTIES LLC
ATTN: STEPHEN H SEWELL, MGR
1115 EAST MOREHEAD ST
CHARLOTTE NC 28204-2857

Phone:
Account No.: 534949

Claim No.: 12231
Date Claim Filed: 10/24/2005

Full Transfer: ☒          Partial Transfer:
Transfer Amount: $745,622.21

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/20/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 20, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1
                                                          Docket No.: 11757

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SFP, LLC                                        PRINCIPAL LIFE INSURANCE COMPANY
Name of Claimant/Transferor                     Transferee

SFP, LLC                                        PRINCIPAL LIFE INSURANCE COMPANY
C/O KENNEDY, COVINGTON, ET AL                   C/O PRINCIPAL REAL ESTATE INVESTORS
ATTN AMY PRITCHARD WILLIAMS, ESQ                ATTN DARIN BENNIGSDORF
HEARST TOWER, 47TH FLOOR                         801 GRAND AVE
214 NORTH TRYON STREET                          DES MOINES IA  50392-1450
CHARLOTTE NC  28202

                                                Phone:
Phone: 704 331 7429                             Account No.: 492841
Account No.: 410589

SFP, LL
C/O HELD & ISREAL                               DUANE MORRIS LLP
ATTN: EDWIN W HELD JR, ESQ                       ATTN MARGERY N REED ESQ
1301 RIVERPLACE BLVD, STE 1916                  30 SOUTH 17TH STREET
JACKSONVILLE FL  32207                          PHILADELPHIA PA  19103-4196

                                                Phone: 215 979 1518
SFP LLC                                         Account No.: 417049
C/O PRIMAX PROPERTIES LLC
ATTN: STEPHEN H SEWELL, MGR
1115 EAST MOREHEAD ST
CHARLOTTE NC  28204-2857

Phone:
Account No.: 534949

Claim No.:  9820                        Full Transfer: ☒      Partial Transfer:
Date Claim Filed: 08/01/2005            Transfer Amount: $40,585.87

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/20/2006                        /s/ Logan & Company, Inc.
                                        Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 20, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 11757

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| SFP, LLC<br>Name of Claimant/Transferor | PRINCIPAL LIFE INSURANCE COMPANY<br>Transferee |
| SFP, LLC<br>C/O KENNEDY, COVINGTON, ET AL<br>ATTN AMY PRITCHARD WILLIAMS, ESQ<br>HEARST TOWER, 47TH FLOOR<br>214 NORTH TRYON STREET<br>CHARLOTTE NC  28202 | PRINCIPAL LIFE INSURANCE COMPANY<br>C/O PRINCIPAL REAL ESTATE INVESTORS<br>ATTN DARIN BENNIGSDORF<br>801 GRAND AVE<br>DES MOINES IA  50392-1450 |
| Phone: 704 331 7429<br>Account No.: 410589 | Phone:<br>Account No.: 492841 |
| SFP, LL<br>C/O HELD & ISREAL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL  32207 | DUANE MORRIS LLP<br>ATTN MARGERY N REED ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA  19103-4196 |
| SFP LLC<br>C/O PRIMAX PROPERTIES LLC<br>ATTN: STEPHEN H SEWELL, MGR<br>1115 EAST MOREHEAD ST<br>CHARLOTTE NC  28204-2857 | Phone: 215 979 1518<br>Account No.: 417049 |
| Phone:<br>Account No.: 534949 | |

Claim No.: 12406
Date Claim Filed: 11/02/2005

Full Transfer: ☒          Partial Transfer:
Transfer Amount: $759,397.70

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/20/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 20, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 11757

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SFP, LLC
Name of Claimant/Transferor

SFP, LLC
C/O KENNEDY, COVINGTON, ET AL
ATTN AMY PRITCHARD WILLIAMS, ESQ
HEARST TOWER, 47TH FLOOR
214 NORTH TRYON STREET
CHARLOTTE NC 28202

Phone: 704 331 7429
Account No.: 410589

SFP, LL
C/O HELD & ISREAL
ATTN: EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

SFP LLC
C/O PRIMAX PROPERTIES LLC
ATTN: STEPHEN H SEWELL, MGR
1115 EAST MOREHEAD ST
CHARLOTTE NC 28204-2857

Phone:
Account No.: 534949

PRINCIPAL LIFE INSURANCE COMPANY
Transferee

PRINCIPAL LIFE INSURANCE COMPANY
C/O PRINCIPAL REAL ESTATE INVESTORS
ATTN DARIN BENNIGSDORF
801 GRAND AVE
DES MOINES IA 50392-1450

Phone:
Account No.: 492841

DUANE MORRIS LLP
ATTN MARGERY N REED ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103-4196

Phone: 215 979 1518
Account No.: 417049

Claim No.: 12405
Date Claim Filed: 11/02/2005

Full Transfer: ☒          Partial Transfer:
Transfer Amount: $759,397.70

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/20/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 20, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11896

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SOLOMON, TREVAS

Name of Transferor

SOLOMON, TREVAS
C/O FERNANDEZ & CALANDRA
ATTN MICHELLE I RODRIGUEZ, ESQ
ONE HARBOUR PLACE, STE 255
777 S HARBOUR ISLAND BLVD
TAMPA FL 33602

Phone: 813 229 5353
Account No.: 392565

EQUITY TRUST CO CUSTODIAN

Name of Transferee

EQUITY TRUST CO CUSTODIAN
FBO BENJAMIN D TARVER IRA
C/O BENJAMIN TARVER
11152 WESTHEIMER ROAD #796
HOUSTON TX 77042

Phone: 713 491 4351
Account No.: 534816

Claim No.: 9244
Date Claim Filed: 07/29/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $12,000.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/20/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 20, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11711

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SOUTHWAY INVESTORS

Name of Transferor

MADISON INVESTMENT TRUST - SERIES 1

Name of Transferee

SOUTHWAY INVESTORS
ATTN: WILLIAM R BOWERS
1252 OVERBROOK DRIVE, SUITE 7
GAFFNEY SC 29341

MADISON INVESTMENT TRUST - SERIES 1
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

Phone: 803 771 8900
Account No.: 416261

Phone: 913 982 5011
Account No.: 410459

NEXSEN PRUET ADAMS ET AL
ATTN: JULIO E MENDOZA JR, ESQ
PO DRAWER 2426
COLUMBIA SC 29202

Phone:
Account No.: 411392

Claim No.: 12208
Date Claim Filed: 10/24/2005

Full Transfer: (X)    Partial Transfer:
Transfer Amount: $303,661.43

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/20/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 20, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11899

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

WASTE PRO OF FLORIDA

Name of Transferor

WASTE PRO OF FLORIDA
ATTN: CHRISTINA CINELLI, OFFICE MGR
PO BOX 4530
ST AUGUSTINE, FL 32085


Phone: 904-824-6379
Account No.: 264466

EQUITY TRUST CO CUSTODIAN

Name of Transferee

EQUITY TRUST CO CUSTODIAN
FBO BENJAMIN D TARVER IRA
C/O BENJAMIN TARVER
11152 WESTHEIMER ROAD #796
HOUSTON TX 77042


Phone: 713 491 4351
Account No.: 534816

Claim No.: 31844

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $790.60

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/20/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 20, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11788

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

WATSON TRADING COMPANY, INC

Name of Transferor

FAIR HARBOR CAPITAL LLC

Name of Transferee

WATSON TRADING COMPANY, INC
ATTN GREGORY J WATSON, PRESIDENT
501 W CARLETON ROAD
1 WICKER PLACE
PO BOX 257
HILLSDALE, MI 49242

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone: 517 439 9313
Account No.: 264502

Phone: 212 967 4045
Account No.: 408404

Claim No.: 921
Date Claim Filed: 05/02/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $34,408.68

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/20/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 20, 2006.