### UNITED STATES BANKRUPTY COURT
### FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., et al.,**

**Debtors.**[1]

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

### CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about October 23, 2006 I caused copies of:

- the **Notice of Transfer of Claim Other Than For Security**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice(s) as listed above is attached hereto as Exhibit B.

Dated: October 23, 2006

Kathleen M. Logan

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**
**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 241445-12
ABC RESEARCH
ATTN: D ROWE OR J SCOTT, CONTROLLER
3437 SW 24TH AVENUE
GAINESVILLE FL 32607

CREDITOR ID: 381465-47
ALABAMA ALCOHOL DRUG MGMT SVCE
ATTN: ELAINE P MESSICK, PRES
266 INTERSTATE COMMERCIAL PARK
PRATTVILLE, AL 36066

CREDITOR ID: 242116-12
AMCOR PET PACKAGING
ATTN: SCOTT R CHAMBERY, ASST SEC
PO BOX 93748
CHICAGO, IL 60673-3748

CREDITOR ID: 242115-12
AMCOR PET PACKAGING USA INC
ATTN WILLIAM CASSELL, GROUP MGR
10521 S HWY M-52
MANCHESTER MI 48158

CREDITOR ID: 242381-12
ANDERSON'S OLD FASHN BBQ
ATTN: WILLIAM W ANDERSON, OWNER
65 WILLIS MILL RD S.W.
ATLANTA, GA 30311

CREDITOR ID: 383988-47
ATLANTIC SIGN MEDIA INC
ATTN: RICHARD W ORCUTT, VP
PO BOX 4205
BURLINGTON, NC 27215-0902

CREDITOR ID: 243656-12
BLUE RIDGE MOUNTAIN SPRING WATER CO
ATTN: STEVEN J SWIETER, PRES
521 RANSEY WOODRING ROAD
TODD, NC 28684

CREDITOR ID: 243676-12
BOAR & CASTLE FOOD CO
ATTN: JAMES F ENNIS, OWNER
1116 JEFFERSON ROAD
GREENSBORO, NC 27410

CREDITOR ID: 262462-12
BRADLEY, TAMMY
178 VALLEY COVE
FLORENCE MS 39073

CREDITOR ID: 244195-12
BUREAU VERITAS CONSUMER PRODUCTS
SERVICES INC GPO
ATTN: DAVID BOYACK, CREDIT MGR
100 NORTHPOINTE PARKWAY
BUFFALO NY 14228

CREDITOR ID: 244316-12
C&M STRIPING SERVICES
ATTN: MIKE BACKSTROM, OWNER
PO BOX 16506
HATTIESBURG, MS 39404-6506

CREDITOR ID: 403520-98
CACTUS HOLDINGS GROUP LLC
ATTN VIJAY KRISH
19487 ROBLE CT
SARATOGA CA 95070

CREDITOR ID: 244506-12
CARDTRONICS
ATTN: IRENE AMOS, COLL SPECIALIST
MICHAEL E KELLER, SECY
3110 HAYES ROAD, SUITE 300
HOUSTON, TX 77082

CREDITOR ID: 244654-12
CAROLINA VIRGINIA DAIRY PRODS
ATTN: STEPHANIE S HUGHES
PO BOX 3159
DURHAM, NC 27715

CREDITOR ID: 246120-12
CITY OF REIDSVILLE
ATTN: MICHELLE SMITH, TAX COLLECTOR
230 W MERCHANT
REIDSVILLE, NC 27320-3855

CREDITOR ID: 246943-12
CONVERGED COMMUNICATIONS
ATTN: JOHN HUMPHREY, PRESIDENT
6316 GREENLAND RD
JACKSONVILLE, FL 32258

CREDITOR ID: 384062-47
COUNTY OF MADISON CIRCUIT CT CLERK
MADISON COUNTY COURTHOUSE
ATTN: SANDRA T BASS, DIR OF FINANCE
PO BOX 237
MADISON, FL 32341

CREDITOR ID: 247504-12
DAISY BRAND INC
ATTN: DAVID M SOKOLSKY, PRES
PO BOX 671078
DALLAS, TX 75267-1078

CREDITOR ID: 534955-97
DAISY BRAND LP FKA DAISY BRAND INC
ATTN: GARY WILKS
12750 MERIT DRIVE
SUITE 600-LB158
DALLAS TX 75251

CREDITOR ID: 247610-12
DARNELL PLUMBING CO
ATTN: NOEL DARNELL, OWNER
1490 JEAN STREET
MONTGOMERY, AL 36107-3125

CREDITOR ID: 407682-98
DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

CREDITOR ID: 452148-98
DELLACAMERA CAPITAL MASTER FUND LTD
C/O DELLACAMERA CAPITAL MGMT LLC
ATTN VINCENT J SPIMATO, MGR MEMBER
237 PARK AVE, SUITE 900
NEW YORK NY 10017

CREDITOR ID: 248214-12
DIXIE CENTRAL DISTRIBUTING CO INC
ATTN: PHIL LEVENTIS, PRES
PO BOX 40
SUMTER, SC 29151

CREDITOR ID: 534952-97
DURHAM PLAZA ASSOCIATES, LLC
C/O KAUFMAN & CANOLES
ATTN: PAUL K CAMPSEN, ESQ
150 W MAIN STREET, STE 2100
NORFOLK VA 23510

CREDITOR ID: 407668-93
DURHAM PLAZA ASSOCIATES, LLC
C/O HARBOR GROUP MANAGEMENT
999 WATERSIDE DRIVE, SUITE 2300
NORFOLK VA 23501

CREDITOR ID: 534954-97
ERAZO, MILAGROS
C/O B WAYNE OLIVIE LAW OFFICE
ATTN: B WAYNE OLIVIE
PO BOX 332189
MIAMI FL 33233

CREDITOR ID: 387222-54
ERAZO, MILAGROS
2312 FAIRWAY DRIVE
WEST PALM BEACH FL 33409

CREDITOR ID: 408404-98
FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

CREDITOR ID: 384142-47
GEORGETOWN CLE
ATTN: MARC DISON, BUS OPER MGR
600 NEW JERSEY AVENUE NW
WASHINGTON, DC 20001-2022

CREDITOR ID: 251075-12
H&H PLUMBING INC
ATTN: CAROLE D DULIN, TREAS
8308 FAIRVIEW ROAD
MINT HILL, NC 28227

SERVICE LIST

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

CREDITOR ID: 452382-98
HAIN CAPITAL HOLDINGS LLC
ATTN G LIBERCHUK/R J KOLTAI
301 ROUTE 17, 6TH FLR
RUTHERFORD NJ 07070

CREDITOR ID: 251387-12
HEALTHFIRST
ATTN: JEAN KIRTON OR T HORN, OWNER
4140 LAKE WORTH ROAD
LAKE WORTH, FL 33461

CREDITOR ID: 315692-36
HENSCHEL-STEINAU INC
C/O SHAPIRO & CROLAND
ATTN ROBERT P SHAPIRO
CONTINENTAL PLAZA II
411 HACKENSACK AVE
HACKENSACK NJ 07601

CREDITOR ID: 251735-12
HOLIDAY INN EXPRESS
ATTN: KISH KANJI, GM
4675 SALISBURY ROAD
JACKSONVILLE FL 32256

CREDITOR ID: 253763-12
KEN'S FOODS INC
ATTN: PATRICK CONDRY, CR MGR
PO BOX 849
MARLBORO MA 01752

CREDITOR ID: 452118-98
LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

CREDITOR ID: 255077-12
LOWERY FABRICATING
ATTN: KENDALL OR VERNON LOWERY
1650 KRISTI CIRCLE
BIRMINGHAM, AL 35243

CREDITOR ID: 255203-12
M&M PROVISIONS
ATTN: STEVE MCCOY, PRES
266 ENTERPRISE DRIVE
HOUMA, LA 70360

CREDITOR ID: 381159-47
MASTER CREDIT CONSULTANTS INC
ATTN: MICHAEL C BROWN, ESQ
23230 CHAGRIN BLVD, SUITE 940
CLEVELAND, OH 44122

CREDITOR ID: 387111-54
MCKINNEY, CAROLYN
STAR ROUTE BOX 25
BELEFONTAINE, MS 39737

CREDITOR ID: 534951-97
MCKINNEY, CAROLYN
C/O THE COLDM LAW FIRM
ATTN: EDWARD L PLEASANTS, ESQ
PO BOX 866
COLUMBUS OH 39703

CREDITOR ID: 256557-12
MODERN LEASING INC OF IOWA
C/O LORI MCCLAREY
8040 UNIVERSITY BLVD
CLIVE, IA 50325

CREDITOR ID: 256730-12
MPW PAGING
ATTN: VALERIE HEMBREE, CONTROLLER
103 COMMERCIAL AVENUE
CARROLLTON GA 30117

CREDITOR ID: 257330-12
NORRIS LANDSCAPING
ATTN: W KELLY NORRIS, OWNER
2708 EAST GARNER ROAD
RALEIGH, NC 27610

CREDITOR ID: 259070-12
QUALITY CLEANING INC
ATTN: CONNIE MISHLER, PRES
325 OLD BIRMINGHAM HIGHWAY
WILDWOOD, GA 30757-3726

CREDITOR ID: 452219-15
RDI DEVELOPERS, LLC, SUCCESSOR
TO INTERCHANGE ASSOCIATES, INC
ATTN I TRINK, PRESIDENT
3334 LONG BEACH ROAD, STE 118
OCEANSIDE NY 11572

CREDITOR ID: 534953-97
RDI DEVELOPERS, LLC, SUCCESSOR
C/O CYNTHIA I CHIEFA PA
ATTN: CYNTHIA I CHIEFA, ESQ
19610 NE 21 COURT
NO MIAMI FL 33179

CREDITOR ID: 407577-98
REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

CREDITOR ID: 384359-47
SIMILASAN INC
ATTN SCOTT AUSTIN, FIN DIR
1745 SHEA CENTER DRIVE, SUITE 380
HIGHLANDS RANCH, CO 80129

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
C/O TRAUB BONACQUIST & FOX LLP
ATTN: MAURA I RUSSELL, ESQ &
ANTHONY B STUMBO, ESQ
655 THIRD AVE, 21ST FL
NEW YORK NY 10017

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN, 2 GREENWICH PLAZA
GREENWICH CT 06830

CREDITOR ID: 261680-12
ST JOHN BASEBALL
ATTN: TAIT DUPONT, HEAD COACH
24250 REGINA STREET
PLAQUEMINE, LA 70764

CREDITOR ID: 534945-98
STARK SPECIAL EVENTS LTD
ATTN AMAR EHSAN
3600 SOUTH LAKE DRIVE
ST FRANCIS WI 53235

CREDITOR ID: 534944-98
VONWIN CAPITAL MANAGEMENT LP
ATTN ROGER VON SPIEGEL MANAGING DIR
60 MADISON AVE STE 201
NEW YORK NY 10010

CREDITOR ID: 403375-83
WILKINS, STEPHENS & TIPTON, PA
ATTN: LELAND S SMITH
4735 OLD CANTON ROAD
JACKSON MS 39211

CREDITOR ID: 265115-12
YOFARM COMPANY, THE
ATTN: TIMOTHY F SULLIVAN, CFO
162 SPRING STREET
NAUGATUCK CT 06770

**Total:   56**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.: **05-03817-3F1**

                                                             Docket No.: **12043**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ABC RESEARCH                                                 DEBT ACQUISITION COMPANY OF AMERICA
_____                                     _____
Name of Transferor                                           Name of Transferee

ABC RESEARCH                                                 DEBT ACQUISITION COMPANY OF AMERICA
ATTN: D ROWE OR J SCOTT, CONTROLLER                          ATTN SILVIA LUKES, CLAIMS ADMIN
3437 SW 24TH AVENUE                                          1565 HOTEL CIRCLE SOUTH STE 310
GAINESVILLE FL 32607                                         SAN DIEGO CA 92108

Phone: 352-372-6436                                          Phone: 619 220 8900 ext 104
Account No.: 241445                                          Account No.: 407682

Claim No.: 1140                                              Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 05/09/2005                                 Transfer Amount: $169.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/23/2006                                             /s/ Logan & Company, Inc.
                                                             _____
                                                             Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 23, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                                Case No.: 05-03817-3F1

                                                                      Docket No.: 12029

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ALABAMA ALCOHOL DRUG MGMT SVCE                    DEBT ACQUISITION COMPANY OF AMERICA
Name of Transferor                                 Name of Transferee

ALABAMA ALCOHOL DRUG MGMT SVCE                    DEBT ACQUISITION COMPANY OF AMERICA
ATTN: ELAINE P MESSICK, PRES                       ATTN SILVIA LUKES, CLAIMS ADMIN
266 INTERSTATE COMMERCIAL PARK                     1565 HOTEL CIRCLE SOUTH STE 310
PRATTVILLE, AL 36066                               SAN DIEGO CA 92108

Phone: 334 361 6780                                Phone: 619 220 8900 ext 104
Account No.: 381465                                Account No.: 407682

Claim No.: 34393                                   Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                       Transfer Amount: $105.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/23/2006                                   /s/ Logan & Company, Inc.

                                                   Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 23, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.        Case No.: 05-03817-3F1

Docket No.: 11992

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

AMCOR PET PACKAGING

Name of Transferor

STARK SPECIAL EVENTS LTD

Name of Transferee

AMCOR PET PACKAGING
ATTN: SCOTT R CHAMBERY, ASST SEC
PO BOX 93748
CHICAGO, IL 60673-3748

STARK SPECIAL EVENTS LTD
ATTN AMAR EHSAN
3600 SOUTH LAKE DRIVE
ST FRANCIS WI 53235

Phone:
Account No.: 242116

Phone:
Account No.: 534945

Claim No.: 32333        Full Transfer: (X)      Partial Transfer:

Date Claim Filed: 04/07/2005        Transfer Amount: $7,356.47

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/23/2006        /s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 23, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **11993**

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

AMCOR PET PACKAGING USA INC

Name of Transferor

STARK SPECIAL EVENTS LTD

Name of Transferee

AMCOR PET PACKAGING USA INC
ATTN WILLIAM CASSELL, GROUP MGR
10521 S HWY M-52
MANCHESTER MI 48158

STARK SPECIAL EVENTS LTD
ATTN AMAR EHSAN
3600 SOUTH LAKE DRIVE
ST FRANCIS WI 53235

Phone: 734 428 4571
Account No.: 242115

Phone:
Account No.: 534945

Claim No.: 7469
Date Claim Filed: 07/22/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $610,817.31

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/23/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 23, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                     Case No.: 05-03817-3F1

                                                           Docket No.: 11991

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

AMCOR PET PACKAGING USA INC                STARK SPECIAL EVENTS LTD

Name of Transferor                                         Name of Transferee

AMCOR PET PACKAGING USA INC                STARK SPECIAL EVENTS LTD
ATTN WILLIAM CASSELL, GROUP MGR          ATTN AMAR EHSAN
10521 S HWY M-52                                    3600 SOUTH LAKE DRIVE
MANCHESTER MI 48158                           ST FRANCIS WI 53235

Phone: 734 428 4571                               Phone:
Account No.: 242115                             Account No.: 534945

Claim No.: 32332                                      Full Transfer: (X)          Partial Transfer:
Date Claim Filed: 04/07/2005                     Transfer Amount: $610,117.31

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/23/2006                                    /s/ Logan & Company, Inc.

                                                           Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 23, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **12033**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ANDERSON'S OLD FASHN BBQ

Name of Transferor

ANDERSON'S OLD FASHN BBQ
ATTN: WILLIAM W ANDERSON, OWNER
65 WILLIS MILL RD S.W.
ATLANTA, GA 30311

Phone: 404 696 8144
Account No.: 242381

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900 ext 104
Account No.: 407682

Claim No.: 35873

Date Claim Filed: 04/07/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $154.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/23/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 23, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **12035**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ATLANTIC SIGN MEDIA INC

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

ATLANTIC SIGN MEDIA INC
ATTN: RICHARD W ORCUTT, VP
PO BOX 4205
BURLINGTON, NC 27215-0902

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 336-584-1375
Account No.: 383988

Phone: 619 220 8900 ext 104
Account No.: 407682

Claim No.: 37104
Date Claim Filed: 04/07/2005

Full Transfer: <u>(X)</u>          Partial Transfer:
Transfer Amount: $251.92

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/23/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 23, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                                 Case No.: **05-03817-3F1**

                                                                         Docket No.: **12036**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

BLUE RIDGE MOUNTAIN SPRING WATER CO                 DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferor                                  Name of Transferee

BLUE RIDGE MOUNTAIN SPRING WATER CO                 DEBT ACQUISITION COMPANY OF AMERICA
ATTN: STEVEN J SWIETER, PRES                        ATTN SILVIA LUKES, CLAIMS ADMIN
521 RANSEY WOODRING ROAD                            1565 HOTEL CIRCLE SOUTH STE 310
TODD, NC 28684                                      SAN DIEGO CA 92108


Phone: 828-265-0111                                 Phone: 619 220 8900 ext 104
Account No.: 243656                                 Account No.:  407682




Claim No.: 35951                                    Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                        Transfer Amount: $240.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 10/23/2006                                    /s/ Logan & Company, Inc.

                                                    Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 23, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **12037**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

BOAR & CASTLE FOOD CO

Name of Transferor

BOAR & CASTLE FOOD CO
ATTN: JAMES F ENNIS, OWNER
1116 JEFFERSON ROAD
GREENSBORO, NC 27410

Phone: 336 294 5509
Account No.: 243676

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900 ext 104
Account No.:  407682

Claim No.: 35954                                        Full Transfer: (X)          Partial Transfer:

Date Claim Filed: 04/07/2005                    Transfer Amount: $355.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/23/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 23, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.: **05-03817-3F1**

                                                              Docket No.: **12002**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

BRADLEY, TAMMY                                    DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferor                               Name of Transferee

BRADLEY, TAMMY                                    DEBT ACQUISITION COMPANY OF AMERICA
178 VALLEY COVE                                  ATTN SILVIA LUKES, CLAIMS ADMIN
FLORENCE MS 39073                                1565 HOTEL CIRCLE SOUTH STE 310
                                                 SAN DIEGO CA 92108

Phone: 601-260-7182                              Phone: 619 220 8900 ext 104
Account No.: 262462                              Account No.: 407682

Claim No.: 34224                                 Full Transfer: (X)         Partial Transfer:
Date Claim Filed: 04/07/2005                     Transfer Amount: $1,270.75

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/23/2006                                 /s/ Logan & Company, Inc.

                                                 Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 23, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                         Docket No.: 11921

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

BUREAU VERITAS CONSUMER PRODUCTS                   FAIR HARBOR CAPITAL LLC
Name of Transferor                                 Name of Transferee

BUREAU VERITAS CONSUMER PRODUCTS                   FAIR HARBOR CAPITAL LLC
SERVICES INC GPO                                   ATTN FRED GLASS
ATTN: DAVID BOYACK, CREDIT MGR                     875 AVENUE OF THE AMERICAS STE 2305
100 NORTHPOINTE PARKWAY                            NEW YORK NY 10001
BUFFALO NY 14228


Phone: 716 505 3400                                Phone: 212 967 4045
Account No.: 244195                                Account No.:  408404


Claim No.: 1547                         Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 05/16/2005            Transfer Amount: $28,262.10

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule
3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office
of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection
is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 10/23/2006                                   /s/ Logan & Company, Inc.

                                                   Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at
telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 23, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **12000**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| C&M STRIPING SERVICES | DEBT ACQUISITION COMPANY OF AMERICA |
|---|---|
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| C&M STRIPING SERVICES | DEBT ACQUISITION COMPANY OF AMERICA |
| ATTN: MIKE BACKSTROM, OWNER | ATTN SILVIA LUKES, CLAIMS ADMIN |
| PO BOX 16506 | 1565 HOTEL CIRCLE SOUTH STE 310 |
| HATTIESBURG, MS 39404-6506 | SAN DIEGO CA 92108 |

| | |
|---|---|
| Phone: 602 268 6459 | Phone: 619 220 8900 ext 104 |
| Account No.: 244316 | Account No.: 407682 |

| | |
|---|---|
| Claim No.: 33325 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $671.58 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/23/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 23, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 12003

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CARDTRONICS

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

CARDTRONICS
ATTN: IRENE AMOS, COLL SPECIALIST
MICHAEL E KELLER, SECY
3110 HAYES ROAD, SUITE 300
HOUSTON, TX 77082

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 281 596 9988 x 1161
Account No.: 244506

Phone: 619 220 8900 ext 104
Account No.: 407682

Claim No.: 35994
Date Claim Filed: 04/07/2005

Full Transfer: (X)          Partial Transfer:
Transfer Amount: $569.75

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/23/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 23, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **12001**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| CAROLINA VIRGINIA DAIRY PRODS | DEBT ACQUISITION COMPANY OF AMERICA |
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| CAROLINA VIRGINIA DAIRY PRODS | DEBT ACQUISITION COMPANY OF AMERICA |
| ATTN: STEPHANIE S HUGHES | ATTN SILVIA LUKES, CLAIMS ADMIN |
| PO BOX 3159 | 1565 HOTEL CIRCLE SOUTH STE 310 |
| DURHAM, NC 27715 | SAN DIEGO CA 92108 |

| | |
|---|---|
| Phone: 919-382-0333 | Phone: 619 220 8900 ext 104 |
| Account No.: 244654 | Account No.: 407682 |

| | |
|---|---|
| Claim No.: 36005 | Full Transfer: (X)        Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $1,250.00 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| |
|---|
| **DEADLINE TO OBJECT TO TRANSFER** |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/23/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 23, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**          Case No.: **05-03817-3F1**

Docket No.: **12004**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CITY OF REIDSVILLE

Name of Transferor

CITY OF REIDSVILLE
ATTN: MICHELLE SMITH, TAX COLLECTOR
230 W MERCHANT
REIDSVILLE, NC 27320-3855

Phone: 336-349-1057
Account No.: 246120

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900 ext 104
Account No.: 407682

Claim No.: 36123                                    Full Transfer: (X)          Partial Transfer:
Date Claim Filed: 04/07/2005                        Transfer Amount: $243.60

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/23/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 23, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: **WINN-DIXIE STORES, INC., ET AL.** | Case No.: **05-03817-3F1** |
| | Docket No.: **12006** |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| CONVERGED COMMUNICATIONS | DEBT ACQUISITION COMPANY OF AMERICA |
| Name of Transferor | Name of Transferee |
| | |
| CONVERGED COMMUNICATIONS | DEBT ACQUISITION COMPANY OF AMERICA |
| ATTN: JOHN HUMPHREY, PRESIDENT | ATTN SILVIA LUKES, CLAIMS ADMIN |
| 6316 GREENLAND RD | 1565 HOTEL CIRCLE SOUTH STE 310 |
| JACKSONVILLE, FL 32258 | SAN DIEGO CA 92108 |
| | |
| Phone: 904 886 0080 | Phone: 619 220 8900 ext 104 |
| Account No.: 246943 | Account No.: 407682 |

| | |
|---|---|
| Claim No.: 32580 | Full Transfer: (X)     Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $995.88 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 10/23/2006 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 23, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.
                    Case No.: 05-03817-3F1

Docket No.: 12005

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| COUNTY OF MADISON CIRCUIT CT CLERK | DEBT ACQUISITION COMPANY OF AMERICA |
|---|---|
| Name of Transferor | Name of Transferee |

| COUNTY OF MADISON CIRCUIT CT CLERK | DEBT ACQUISITION COMPANY OF AMERICA |
|---|---|
| MADISON COUNTY COURTHOUSE | ATTN SILVIA LUKES, CLAIMS ADMIN |
| ATTN: SANDRA T BASS, DIR OF FINANCE | 1565 HOTEL CIRCLE SOUTH STE 310 |
| PO BOX 237 | SAN DIEGO CA 92108 |
| MADISON, FL 32341 | |

| Phone: 850-973-1500 | Phone: 619 220 8900 ext 104 |
|---|---|
| Account No.: 384062 | Account No.: 407682 |

| Claim No.: 32106 | Full Transfer: (X)   Partial Transfer: |
|---|---|
| Date Claim Filed: 04/07/2005 | Transfer Amount: $224.64 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/23/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 23, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1
                                                          Docket No.: 11956

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DAISY BRAND INC          ID: 247504                  SPCP GROUP LLC AGT OF SILVER PT CAP    ID: 407520
Name of Claimant/Transferor                          Transferee

DAISY BRAND INC                                      SPCP GROUP LLC AGT OF SILVER PT CAP
ATTN: DAVID M SOKOLSKY, PRES                         FUND LP & SILVER PT CAP OFFSHORE
PO BOX 671078                                        ATTN BRIAN JARMAIN
DALLAS, TX  75267-1078                               2 GREENWICH PLAZA
Phone:                                               GREENWICH CT  06830
                                                     Phone: 203 542 4032

DAISY BRAND LP FKA DAISY BRAND INC
ATTN: GARY WILKS                                     SPC GROUP LLC AGT OF SILVER PT CAP
12750 MERIT DRIVE                                    C/O TRAUB BONACQUIST & FOX LLP
DALLAS, TX  75251                                    ATTN: MAURA I RUSSELL, ESQ &
Phone:                                               ANTHONY B STUMBO, ESQ
Account No.: 534955                                  655 THIRD AVE, 21ST FL
                                                     NEW YORK NY  10017
                                                     Phone: 212 476 4770

Claim No.:  34743                          Full Transfer: ☒        Partial Transfer:
Date Claim Filed: 04/07/2005               Amount: $135,108.14

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/23/2006                                     /s/ Logan & Company, Inc.
                                                     Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 23, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**         Case No.:**05-03817-3F1**

Docket No.:**12009**

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DARNELL PLUMBING CO
_____
Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA
_____
Name of Transferee

DARNELL PLUMBING CO
ATTN: NOEL DARNELL, OWNER
1490 JEAN STREET
MONTGOMERY, AL 36107-3125

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 334-269-9600
Account No.: 247610

Phone: 619 220 8900 ext 104
Account No.:  407682

Claim No.: 32605
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $232.50

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

_Penalty for making a false statement:_ fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/23/2006

/s/ Logan & Company, Inc.
_____
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 23, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **12038**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DIXIE CENTRAL DISTRIBUTING CO INC

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DIXIE CENTRAL DISTRIBUTING CO INC
ATTN: PHIL LEVENTIS, PRES
PO BOX 40
SUMTER, SC 29151

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 803-775-5346
Account No.: 248214

Phone: 619 220 8900 ext 104
Account No.: 407682

Claim No.: 36245
Date Claim Filed: 04/07/2005

Full Transfer: (X)    Partial Transfer:
Transfer Amount: $153.42

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/23/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 23, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11924

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DURHAM PLAZA ASSOCIATES, LLC

Name of Transferor

HAIN CAPITAL HOLDINGS LLC

Name of Transferee

DURHAM PLAZA ASSOCIATES, LLC
C/O HARBOR GROUP MANAGEMENT
999 WATERSIDE DRIVE, SUITE 2300
NORFOLK VA 23501

HAIN CAPITAL HOLDINGS LLC
ATTN G LIBERCHUK/R J KOLTAI
301 ROUTE 17, 6TH FLR
RUTHERFORD NJ 07070

Phone: 757 624 3253
Account No.: 407668

Phone: 201 896 6100
Account No.: 452382

DURHAM PLAZA ASSOCIATES, LLC
C/O KAUFMAN & CANOLES
ATTN: PAUL K CAMPSEN, ESQ
150 W MAIN STREET, STE 2100
NORFOLK VA 23510

Phone:
Account No.: 534952

Claim No.: 12204
Date Claim Filed: 10/24/2005

Full Transfer: (X)          Partial Transfer:
Transfer Amount: $945,186.27

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/23/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 23, 2006.

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.: **05-03817-3F1**

                                                             Docket No.: **11927**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ERAZO, MILAGROS                                    LCH OPPORTUNITIES LLC

Name of Transferor                                 Name of Transferee

ERAZO, MILAGROS                                    LCH OPPORTUNITIES LLC
2312 FAIRWAY DRIVE                                 ATTN JOSEPH M O'CONNOR
WEST PALM BEACH FL 33409                           315 PARK AVE S 20TH FLR
                                                   NEW YORK NY 10010


Phone: 954 793 0299                                Phone: 212 460 1966
Account No.: 387222                                Account No.: 452118

ERAZO, MILAGROS
C/O B WAYNE OLIVIE LAW OFFICE
ATTN: B WAYNE OLIVIE
PO BOX 332189
MIAMI FL 33233


Phone:
Account No.: 534954

Claim No.: 10596                          Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 08/01/2005              Transfer Amount: $90,000.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 10/23/2006                              /s/ Logan & Company, Inc.

                                              Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 23, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                          Case No.: **05-03817-3F1**

                                                                    Docket No.: **12012**

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

GEORGETOWN CLE                                    DEBT ACQUISITION COMPANY OF AMERICA
Name of Transferor                                Name of Transferee

GEORGETOWN CLE                                    DEBT ACQUISITION COMPANY OF AMERICA
ATTN: MARC DISON, BUS OPER MGR                    ATTN SILVIA LUKES, CLAIMS ADMIN
600 NEW JERSEY AVENUE NW                          1565 HOTEL CIRCLE SOUTH STE 310
WASHINGTON, DC 20001-2022                         SAN DIEGO CA 92108


Phone: 202-662-9897                               Phone: 619 220 8900 ext 104
Account No.: 384142                               Account No.:  407682


Claim No.: 32131                                  Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                      Transfer Amount: $325.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 10/23/2006                                  /s/ Logan & Company, Inc.

                                                  Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 23, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: **05-03817-3F1**

Docket No.: **12039**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

H&H PLUMBING INC

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

H&H PLUMBING INC
ATTN: CAROLE D DULIN, TREAS
8308 FAIRVIEW ROAD
MINT HILL, NC 28227

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 704-545-6159
Account No.: 251075

Phone: 619 220 8900 ext 104
Account No.: 407682

Claim No.: 36377
Date Claim Filed: 04/07/2005

Full Transfer: (X)      Partial Transfer:
Transfer Amount: $146.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/23/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 23, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **12042**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HEALTHFIRST

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

HEALTHFIRST
ATTN: JEAN KIRTON OR T HORN, OWNER
4140 LAKE WORTH ROAD
LAKE WORTH, FL 33461

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 561 965 9638
Account No.: 251387

Phone: 619 220 8900 ext 104
Account No.: 407682

Claim No.: 2723

Date Claim Filed: 05/13/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $878.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/23/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 23, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11922

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| HENSCHEL-STEINAU INC | DELLACAMERA CAPITAL MASTER FUND LTD |
|---|---|
| Name of Transferor | Name of Transferee |

| HENSCHEL-STEINAU INC | DELLACAMERA CAPITAL MASTER FUND LTD |
|---|---|
| C/O SHAPIRO & CROLAND | C/O DELLACAMERA CAPITAL MGMT LLC |
| ATTN ROBERT P SHAPIRO | ATTN VINCENT J SPIMATO, MGR MEMBER |
| CONTINENTAL PLAZA II | 237 PARK AVE, SUITE 900 |
| 411 HACKENSACK AVE | NEW YORK NY 10017 |
| HACKENSACK NJ 07601 | |

| Phone: 201 488 3900 | Phone: 212 808 3590 |
|---|---|
| Account No.: 315692 | Account No.: 452148 |

Claim No.: 9339                                  Full Transfer: (X)        Partial Transfer:

Date Claim Filed: 07/28/2005                     Transfer Amount: $43,852.30

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/23/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 23, 2006.

# UNITED STATES BANKRUPTCY COURT

# MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **12044**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HOLIDAY INN EXPRESS

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

HOLIDAY INN EXPRESS
ATTN: KISH KANJI, GM
4675 SALISBURY ROAD
JACKSONVILLE FL 32256

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 904 332 9500
Account No.: 251735

Phone: 619 220 8900 ext 104
Account No.:  407682

Claim No.: 3977

Date Claim Filed: 06/13/2005

Full Transfer: <u>(X)</u>     Partial Transfer:

Transfer Amount: $467.82

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/23/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 23, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.
                                                          Case No.: 05-03817-3F1
                                                          Docket No.: 11957

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

KEN'S FOOD INC        ID: 253763                  SPCP GROUP LLC AGT OF SILVER PT CAP    ID: 407520
Name of Claimant/Transferor                       Transferee

KEN'S FOOD INC                                    SPCP GROUP LLC AGT OF SILVER PT CAP
ATTN: PATRICK CONDRY, CR MGR                      FUND LP & SILVER PT CAP OFFSHORE
PO BOX 849                                        ATTN BRIAN JARMAIN
MARLBOROUGH, MA  01752                            2 GREENWICH PLAZA
Phone:                                            GREENWICH CT  06830
                                                  Phone: 203 542 4032


                                                  SPC GROUP LLC AGT OF SILVER PT CAP
                                                  C/O TRAUB BONACQUIST & FOX LLP
                                                  ATTN: MAURA I RUSSELL, ESQ &
                                                  ANTHONY B STUMBO, ESQ
                                                  655 THIRD AVE, 21ST FL
                                                  NEW YORK NY  10017
                                                  Phone: 212 476 4770


Claim No.:  2317                           Full Transfer: ☒        Partial Transfer:
Date Claim Filed: 05/19/2005               Amount: $36,991.97

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/23/2006                                  /s/ Logan & Company, Inc.
                                                  Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 23, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **12045**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

LOWERY FABRICATING

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

LOWERY FABRICATING
ATTN: KENDALL OR VERNON LOWERY
1650 KRISTI CIRCLE
BIRMINGHAM, AL 35243

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 205 516 0192
Account No.: 255077

Phone: 619 220 8900 ext 104
Account No.: 407682

Claim No.: 265

Date Claim Filed: 03/22/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $1,448.86

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/23/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 23, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **12041**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

M&M PROVISIONS

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

M&M PROVISIONS
ATTN: STEVE MCCOY, PRES
266 ENTERPRISE DRIVE
HOUMA, LA 70360

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 985 851 1583
Account No.: 255203

Phone: 619 220 8900 ext 104
Account No.: 407682

Claim No.: 2162
Date Claim Filed: 05/13/2005

Full Transfer: (X)      Partial Transfer:
Transfer Amount: $1,692.50

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/23/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 23, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                                Case No.: **05-03817-3F1**

Docket No.: **12046**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MASTER CREDIT CONSULTANTS INC

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

MASTER CREDIT CONSULTANTS INC
ATTN: MICHAEL C BROWN, ESQ
23230 CHAGRIN BLVD, SUITE 940
CLEVELAND, OH 44122

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 216 464 6700
Account No.: 381159

Phone: 619 220 8900 ext 104
Account No.: 407682

Claim No.: 2113                                    Full Transfer: (X)          Partial Transfer:
Date Claim Filed: 05/19/2005                       Transfer Amount: $877.52

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/23/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 23, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                          Case No.: 05-03817-3F1

                                                                Docket No.: 11952

---

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MCKINNEY, CAROLYN                           VONWIN CAPITAL MANAGEMENT LP

Name of Transferor                          Name of Transferee

MCKINNEY, CAROLYN                           VONWIN CAPITAL MANAGEMENT LP
STAR ROUTE BOX 25                           ATTN ROGER VON SPIEGEL MANAGING DIR
BELEFONTAINE, MS 39737                       60 MADISON AVE STE 201
                                            NEW YORK NY 10010


Phone: 662 258 4930                         Phone:
Account No.: 387111                         Account No.: 534944

MCKINNEY, CAROLYN
C/O THE COLDM LAW FIRM
ATTN: EDWARD L PLEASANTS, ESQ
PO BOX 866
COLUMBUS OH 39703


Phone:
Account No.: 534951

Claim No.: 2138                             Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 05/19/2005                Transfer Amount: $20,000.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule
3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office
of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection
is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 10/23/2006                            /s/ Logan & Company, Inc.

                                            Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at
telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 23, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                                    Case No.: **05-03817-3F1**

                                                                             Docket No.: **11933**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MODERN LEASING INC OF IOWA                            CACTUS HOLDINGS GROUP LLC

Name of Transferor                                    Name of Transferee

MODERN LEASING INC OF IOWA                            CACTUS HOLDINGS GROUP LLC
C/O LORI MCCLAREY                                     ATTN VIJAY KRISH
8040 UNIVERSITY BLVD                                  19487 ROBLE CT
CLIVE, IA 50325                                       SARATOGA CA 95070


Phone: 800 441 9652                                   Phone: 408 868 1507
Account No.: 256557                                   Account No.: 403520


Claim No.: 31227                                      Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                          Transfer Amount: $12,050.32

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 10/23/2006                                      /s/ Logan & Company, Inc.

                                                      Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 23, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                     Case No.: 05-03817-3F1

                                                           Docket No.: 11932

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MODERN LEASING INC OF IOWA                    CACTUS HOLDINGS GROUP LLC

Name of Transferor                            Name of Transferee

MODERN LEASING INC OF IOWA                    CACTUS HOLDINGS GROUP LLC
C/O LORI MCCLAREY                             ATTN VIJAY KRISH
8040 UNIVERSITY BLVD                          19487 ROBLE CT
CLIVE, IA 50325                               SARATOGA CA 95070


Phone: 800 441 9652                           Phone: 408 868 1507
Account No.: 256557                           Account No.: 403520


Claim No.: 36574                              Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                  Transfer Amount: $4,187.88

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 10/23/2006                              /s/ Logan & Company, Inc.

                                              Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 23, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11931

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MODERN LEASING INC OF IOWA

Name of Transferor

CACTUS HOLDINGS GROUP LLC

Name of Transferee

MODERN LEASING INC OF IOWA
C/O LORI MCCLAREY
8040 UNIVERSITY BLVD
CLIVE, IA 50325

CACTUS HOLDINGS GROUP LLC
ATTN VIJAY KRISH
19487 ROBLE CT
SARATOGA CA 95070

Phone: 800 441 9652
Account No.: 256557

Phone: 408 868 1507
Account No.: 403520

Claim No.: 33930

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $7,110.04

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/23/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 23, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                                    Case No.: **05-03817-3F1**

                                                                             Docket No.: **12016**

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MPW PAGING                                                DEBT ACQUISITION COMPANY OF AMERICA
_____                                _____
Name of Transferor                                        Name of Transferee

MPW PAGING                                                DEBT ACQUISITION COMPANY OF AMERICA
ATTN: VALERIE HEMBREE, CONTROLLER                         ATTN SILVIA LUKES, CLAIMS ADMIN
103 COMMERCIAL AVENUE                                     1565 HOTEL CIRCLE SOUTH STE 310
CARROLLTON GA 30117                                       SAN DIEGO CA 92108


Phone: 770-834-9802                                       Phone: 619 220 8900 ext 104
Account No.: 256730                                       Account No.:  407682


Claim No.: 32820                                          Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                              Transfer Amount: $163.55

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 10/23/2006                                          /s/ Logan & Company, Inc.
                                                          _____
                                                          Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 23, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **12040**

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| NORRIS LANDSCAPING | DEBT ACQUISITION COMPANY OF AMERICA |
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| NORRIS LANDSCAPING | DEBT ACQUISITION COMPANY OF AMERICA |
| ATTN: W KELLY NORRIS, OWNER | ATTN SILVIA LUKES, CLAIMS ADMIN |
| 2708 EAST GARNER ROAD | 1565 HOTEL CIRCLE SOUTH STE 310 |
| RALEIGH, NC 27610 | SAN DIEGO CA 92108 |

| | |
|---|---|
| Phone: 919-422-9799 | Phone: 619 220 8900 ext 104 |
| Account No.: 257330 | Account No.: 407682 |

| | |
|---|---|
| Claim No.: 36611 | Full Transfer: (X)        Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $250.00 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/23/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 23, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **12021**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

QUALITY CLEANING INC

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

QUALITY CLEANING INC
ATTN: CONNIE MISHLER, PRES
325 OLD BIRMINGHAM HIGHWAY
WILDWOOD, GA 30757-3726

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 423-227-6530
Account No.: 259070

Phone: 619 220 8900 ext 104
Account No.: 407682

Claim No.: 31438

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $181.05

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/23/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 23, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **11925**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

RDI DEVELOPERS, LLC, SUCCESSOR

Name of Transferor

LCH OPPORTUNITIES LLC

Name of Transferee

RDI DEVELOPERS, LLC, SUCCESSOR
TO INTERCHANGE ASSOCIATES, INC
ATTN I TRINK, PRESIDENT
3334 LONG BEACH ROAD, STE 118
OCEANSIDE NY 11572

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 516 208 9972
Account No.: 452219

Phone: 212 460 1966
Account No.: 452118

RDI DEVELOPERS, LLC, SUCCESSOR
C/O CYNTHIA I CHIEFA PA
ATTN: CYNTHIA I CHIEFA, ESQ
19610 NE 21 COURT
NO MIAMI FL 33179

Phone:
Account No.: 534953

Claim No.: 13423

Date Claim Filed: 08/15/2006

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $300,300.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/23/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 23, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **11926**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

RDI DEVELOPERS, LLC, SUCCESSOR

Name of Transferor

LCH OPPORTUNITIES LLC

Name of Transferee

RDI DEVELOPERS, LLC, SUCCESSOR
TO INTERCHANGE ASSOCIATES, INC
ATTN I TRINK, PRESIDENT
3334 LONG BEACH ROAD, STE 118
OCEANSIDE NY 11572

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 516 208 9972
Account No.: 452219

Phone: 212 460 1966
Account No.: 452118

RDI DEVELOPERS, LLC, SUCCESSOR
C/O CYNTHIA I CHIEFA PA
ATTN: CYNTHIA I CHIEFA, ESQ
19610 NE 21 COURT
NO MIAMI FL 33179

Phone:
Account No.: 534953

Claim No.: 50038

Date Claim Filed: 09/14/2006

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $47,140.01

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/23/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 23, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                                    Case No.: 05-03817-3F1

                                                                          Docket No.: 11996

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SIMILASAN INC                                         STARK SPECIAL EVENTS LTD
Name of Transferor                                    Name of Transferee

SIMILASAN INC                                         STARK SPECIAL EVENTS LTD
ATTN SCOTT AUSTIN, FIN DIR                            ATTN AMAR EHSAN
1745 SHEA CENTER DRIVE, SUITE 380                     3600 SOUTH LAKE DRIVE
HIGHLANDS RANCH, CO 80129                             ST FRANCIS WI 53235

Phone: 303 539 4060                                   Phone:
Account No.: 384359                                   Account No.: 534945

Claim No.: 35793                              Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                  Transfer Amount: $25,043.59

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/23/2006                                      /s/ Logan & Company, Inc.

                                                      Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 23, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.: **05-03817-3F1**

                                                             Docket No.: **11994**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SIMILASAN INC                                STARK SPECIAL EVENTS LTD
Name of Transferor                           Name of Transferee

SIMILASAN INC                                STARK SPECIAL EVENTS LTD
ATTN SCOTT AUSTIN, FIN DIR                   ATTN AMAR EHSAN
1745 SHEA CENTER DRIVE, SUITE 380            3600 SOUTH LAKE DRIVE
HIGHLANDS RANCH, CO 80129                    ST FRANCIS WI 53235

Phone: 303 539 4060                          Phone:
Account No.: 384359                          Account No.: 534945

Claim No.: 798                               Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/21/2005                 Transfer Amount: $25,936.74

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/23/2006                             /s/ Logan & Company, Inc.

                                             Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 23, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: **WINN-DIXIE STORES, INC., ET AL.** | Case No.: **05-03817-3F1** |
| | Docket No.: **12024** |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| ST JOHN BASEBALL | DEBT ACQUISITION COMPANY OF AMERICA |
| Name of Transferor | Name of Transferee |
| | |
| ST JOHN BASEBALL | DEBT ACQUISITION COMPANY OF AMERICA |
| ATTN: TAIT DUPONT, HEAD COACH | ATTN SILVIA LUKES, CLAIMS ADMIN |
| 24250 REGINA STREET | 1565 HOTEL CIRCLE SOUTH STE 310 |
| PLAQUEMINE, LA 70764 | SAN DIEGO CA 92108 |
| | |
| Phone: 225-687-3056 | Phone: 619 220 8900 ext 104 |
| Account No.: 261680 | Account No.: 407682 |

| | |
|---|---|
| Claim No.: 34192 | Full Transfer: (X)      Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $100.00 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 10/23/2006 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 23, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **11923**

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

WILKINS, STEPHENS & TIPTON, PA

Name of Transferor

WILKINS, STEPHENS & TIPTON, PA
ATTN: LELAND S SMITH
4735 OLD CANTON ROAD
JACKSON MS 39211

Phone: 601 366 4343
Account No.: 403375

REDROCK CAPITAL PARTNERS LLC

Name of Transferee

REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

Phone: 970 547 9058
Account No.: 407577

Claim No.: 2109

Date Claim Filed: 05/19/2005

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $46,476.51

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/23/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 23, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11995

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

YOFARM COMPANY, THE

Name of Transferor

STARK SPECIAL EVENTS LTD

Name of Transferee

YOFARM COMPANY, THE
ATTN: TIMOTHY F SULLIVAN, CFO
162 SPRING STREET
NAUGATUCK CT 06770

STARK SPECIAL EVENTS LTD
ATTN AMAR EHSAN
3600 SOUTH LAKE DRIVE
ST FRANCIS WI 53235

Phone: 203  720 0000
Account No.: 265115

Phone:
Account No.: 534945

Claim No.: 3705
Date Claim Filed: 06/06/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $30,073.46

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/23/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 23, 2006.