**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors[1]. | ) | Jointly Administered |

**NOTICE OF AGREED ORDER REGARDING**
**BIRMINGHAM REALTY COMPANY'S MOTION**
**FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE**

> NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING
>
> Pursuant to Local Rule 2002, the Court will consider this matter without further notice or hearing unless a party in interest files an objection within 20 days from the date of service of this paper. If you object to the relief requested in this paper, you must file your response with the Clerk of the Bankruptcy Court at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and serve copies on (i) Cynthia Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, cjackson@smithhulsey.com, (ii) Rosalie Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, rgray@skadden.com, and (iii) Office of the United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, ElanaL.Escamilla@usdoj.gov.
>
> If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

Winn-Dixie Montgomery, Inc. ("WD Montgomery") and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), pursuant to Rules 2002 and 9019, Federal Rules of Bankruptcy Procedure, and Local Rule 2002-4, give notice of the proposed entry of the Agreed

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Order (attached as Exhibit A) with respect to Birmingham Realty Company's motion for allowance of administrative expense claims under 11 U.S.C. § 503 (the "Motion") (Docket No. 9363). If no objection to the proposed Agreed Order is filed and served within the time as set forth above, the Court will be requested to enter the Agreed Order without further notice or hearing.

Dated: October 23, 2006.

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   */s/ D. J. Baker*<br>     D. J. Baker<br>     Sally McDonald Henry<br>     Rosalie Walker Gray | By   */s/ Cynthia C. Jackson*<br>     Stephen D. Busey<br>     Cynthia C. Jackson (FBN 498882)<br>     Beau Bowin |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for the Debtors | Co-Counsel for the Debtors |

00545188

**Exhibit A**

**Exhibit A**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

**AGREED ORDER REGARDING**
**BIRMINGHAM REALTY COMPANY'S MOTION**
**FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE**

THIS CAUSE is before the Court upon Birmingham Realty Company's ("BRC") motion for allowance of administrative expenses, ("Motion") (Docket No. 9363). Based upon the representation by the Debtors' and BRC's counsel that the Agreed Order reflects a resolution between the parties of the issues raised in the Motion, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted to the extent stated in this Agreed Order.

2. BRC shall have an Allowed Administrative Claim (as such term is defined in the Debtors' Joint Plan of Reorganization (Docket No. 10058)) in the amount of $50,000.

Dated this _____ day of _____, 2006 in Jacksonville, Florida .

_____
Jerry A. Funk
United States Bankruptcy Judge

Copy to:
Cynthia C. Jackson
Nina M. LaFleur

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | LAFLEUR LAW FIRM |
| By */s/ Cynthia C. Jackson* | By */s/ Nina M. LaFleur* |
|   Cynthia C. Jackson |   Nina M. LaFleur |
| Florida Bar Number 498882 | Florida Bar Number 107451 |
| 225 Water Street, Suite 1800 | Post Office Box 861128 |
| Jacksonville, Florida 32202 | St. Augustine, Florida 32086 |
| (904) 359-7700 | (904) 797-7995 |
| (904) 359-7708 (facsimile) | (904) 797-7996 (facsimile) |
| Attorneys for Debtors | Attorneys for Birmingham realty Company |

00545190