**UNITED STATES BANKRUPTCY COURT
for the MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| WINN DIXIE STORES, INC., et al | ) | Case No. 05-03817-3F1 |
| | ) | |
| **Debtors** | ) | Jointly Administered |

**RESPONSE TO DEBTOR'S TWENTY THIRD OMNIBUS OBJECTION TO (A) INDEMNIFICATION CLAIMS, (B) NO LIABILITY CLAIMS, © NO LIABILITY MISCLASSIFIED CLAIMS, (D) OVERSTATED CLAIMS, (E) OVERSTATED MISCLASSIFIED CLAIMS, (F) UNLIQUIDATED CLAIMS, (G) MISCLASSIFIED CLAIMS AND (H) AMENDED AND SUPERSEDED CLAIMS**

      Comes now the creditor, The Clark County Treasurer, Richard P. Jones, Clark County, Indiana, by counsel Frank E. Ballard, Jr., and in response to debtors objection to certain priority tax claims related to the above bankruptcy, states as follows:

1. That the creditor, The Clark County Treasurer, filed an estimated priority tax claim on or about July 14th, 2005, in the amount of $47,298.70, which represented personal property taxes for the 2003 payable 2004 tax year and 2004 payable 2005 tax year.

2. The above amount included $23,298.70 for the 2003 tax year, and the estimated amount of $24,000.00 for the 2004 tax year.

3. That the creditor, upon receiving the Debtors Twenty Third Omnibus Objection, examined the records of the Clark County Treasurer's Office, and determined that there are still taxes owing for the 2003 tax year, plus statutory penalties; and that the taxes for the 2004 tax year was in a reduced amount of $10,721.59, plus statutory penalties.

4. That the debtor has had several conversations with Assessment Technologies, and has provided them with documentation concerning these unpaid taxes.

5. That the above taxes were delayed in being sent out due to the fact that The Indiana Supreme Court declared the assessment method unconstitutional. Therefore, requiring all Counties throughout the State to develop and implement new assessment procedures.

6. That I, Frank E. Ballard, Jr., as counsel for The Clark County Treasurer, Clark County, Indiana, 425 East 7th Street, Jeffersonville, Indiana 47130 (#812/283-3007), am the person to contact to reconcile, settle or otherwise resolve the claim on behalf of the claimant.

**WHEREFORE,** the creditor, The Clark County Treasurer, Richard P. Jones, requests that the Court deny said debtor's objection to certain County, Indiana, by counsel Frank E. Ballard, Jr., and in response to debtors objection to certain priority tax claims related to the above bankruptcy; and leaves the debtor to its proof and requests its tax debt be accorded priority.

<u>/s/ Frank Ballard, 3863-10</u>
Counsel for The Clark County Treasurer,
Clark County, Indiana
425 East 7th St., Jeffersonville, In 47130