UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

----------------------------------------------------------------x
:
In re                                                           :   Case No. 05-03817-3F1
:
WINN-DIXIE STORES, INC., et al.,                                :   Chapter 11
:
Debtors.                                                        :   Jointly Administered
:
----------------------------------------------------------------x

## WITHDRAWAL OF OBJECTION

Pursuant to the Stipulation between Deutsche Bank Americas ("Deutsche") and Debtors dated September 19, 2006 and Order of the Court dated October 16, 2006, Deutsche hereby withdraws its objection to the Second Omnibus Motion for Authority to Assume Non-Residential Leases (Docket No. 8941) as such motion pertains to Deutsche.

Dated: October 23, 2006

NIXON PEABODY, LLP
*Attorneys for Deutsche Bank*

By: /s/ Richard J. Bernard
Dennis J. Drebsky
Richard J. Bernard
437 Madison Avenue

New York, New York  10022
Telephone: (212) 940-3091
Facsimile: (866) 678-8786
ddrebsky@nixonpeabody.com

10167449.1