UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| Debtors. ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS
TO BE HELD ON OCTOBER 25, 2006**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda of matters to be heard on October 25, 2006 at 9:00 a.m.:

A. **Uncontested Matters**

1. *Motion for an Order (a) Authorizing the Debtors to Sell Live Oak Outparcel and Related Assets Free and Clear of Liens, Claims, and Interests and (b) Granting Related Relief (Docket No. 11646)*

   Objection Deadline: Expired.

   Objections: No objections have been filed.

   Status: The Debtors will proceed with the Motion.

2. *Motion for Authority to (i) Assume as Lessors, Non-Residential Real Property Leases for the Debtors' Marathon Property, (ii) Fix Cure Amounts, and (iii) Grant Related Relief (Docket No . 11724)*

   Objection Deadline: Expired.

   Objections: No objections have been filed.

   Status: The Debtors will proceed with the Motion.

*3. Motion for Order Approving Negotiated Assumption of Agreement with GE Consumer Products (Docket No. 11819)*

Objection Deadline: Expired.

Objections: No objections have been filed.

Status: The Debtors will proceed with the Motion.

*4. Debtors' Motion for Order Authorizing Assumption of Modified Supply & Service Agreement with Anderson News, L.L.C. (Docket No. 11849)*

Objection Deadline: Expired.

Objections: No objections have been filed.

Status: The Debtors will proceed with the Motion.

*5. Debtors' Motion for Order Approving Negotiated Assumption of Agreement with Hobart Corporation (Docket No. 11856)*

Objection Deadline: Expired.

Objections: No objections have been filed.

Status: The Debtors will proceed with the Motion.

*6. Debtors' Motion for Order Approving Negotiated Assumptions of Agreements with Oracle USA, Inc (Docket No. 11864)*

Response Deadline: Expired.

Responses: No responses have been filed.

Status: The Debtors will proceed with the Motion.

*7. Debtors' Motion for Order Approving Negotiated Assumptions and Rejection of Agreements with Alabama Power Company (Docket No. 11867)*

Response Deadline: Expired.

Responses: No responses have been filed.

Status: The Debtors will proceed with the Motion.

    *8.*    *Debtors' Sixth Omnibus Motion for Order Authorizing Assumption of Executory Contracts and Unexpired Leases and Fixing Cure Amounts (Docket No. 11854 )*

Response Deadline:    Expired.

Responses:    No responses or objections were filed.

Status:    The Debtors will proceed with the Motion.

    *9.*    *Unsecured Creditors Committee's Motion for Order Authorizing Amendment of Previously Approved Employment and Retention of Alvarez & Marsal, LLC as Operational and Real Estate Advisors (Docket No. 7959 )*

Response Deadline:    None.

Responses:    No responses have been filed.

Status:    The Movant has agreed to continue the motion indefinitely, subject to further notice.

    *10.*    *Unsecured Creditors Committee's Motion for Order Authorizing Amendment of Previously Approved Employment and Retention of Houlihan Lokey Howard & Zukin Capital, Inc. as its Financial Advisors (Docket No. 7963 )*

Response Deadline:    None.

Responses:    No responses have been filed.

Status:    The Movant has agreed to continue the motion indefinitely, subject to further notice.

**B.**    **Contested Matters**

    *1.*    *Debtor's Second Omnibus Motion to (i) Assume Non-Residential Real Property Leases, (ii) Fix Cure Amounts and (iii) Grant Related Relief (Docket No. 8941)*

Objection Deadline:    Expired.

Objections to assumption:    (a)    Newport Partners, Store No. 251 (Docket No. 9475); and

        (b)    Deutsche Bank Trust Company Americas (Docket Nos. 9708 and 9750 – **Withdrawn 10/24/06 by Docket No. 12119**).

Status: The Court has entered orders authorizing the assumption of 472 of the leases. Deutsche Bank has consented to the Debtors' assumption of its nine leases. Newport Partners has agreed to continue the hearing as to its lease until further notice by either party.

2. *Twentieth Omnibus Objection to (a) Duplicate Different Debtor Claims and (b) Duplicate Liability Claims (Docket No. 10742)*

Response Deadline: Expired.

Reponses:
- (a) LEC Properties, Inc. and PC Properties, LLC (Docket No. 11076);
- (b) Genoa Associates, LLC (Docket No. 11304);
- (c) Greenville Grocery, LLC (Docket No. 11362);
- (d) Saran, Ltd. (Docket No. 11414);
- (e) Catamount Atlanta, LLC (Docket No. 11442);
- (f) Catamount LS-KY, LLC (Docket No. 11443);
- (g) Catamount Rockingham, LLC (Docket No. 11444);
- (h) Deutsche Bank Trust Company Americas (Docket No. 11449);
- (i) Knightsdale Crossing, LLC (Docket No. 11451);
- (j) E&A Financing II, LP, et al. (Docket No. 11470);
- (k) Achilles Realty Company (Docket No. 11476);
- (l) CPM Associates, L.P. (Docket No. 11480);
- (m) Hillcrest GDS, LLC (Docket No. 11482);
- (n) Liquidity Solutions, Inc. (Docket No. 11487);

4

|  |  |  |
|---|---|---|
|  | (o) | WD MT Carmel, LLC, et al. (Docket No. 11488); |
|  | (p) | Arnobo Associates Partnership (Docket No. 11490); |
|  | (q) | Merrill Lynch LP Holdings, Inc. (Docket Nos. 11493, 11496 and 11498); |
|  | (r) | George D. Zamias (Docket No. 11494); and |
|  | (s) | Merrill Lynch, Pierce, Fenner & Smith, Inc. (Docket No. 11499). |
| Status: | | The Court heard this Objection on October 5, 2006 and sustained the Objection as to all creditors who did not file a response. The Debtors will continue the hearing as to the unresolved responses to the Objection to November 16, 2006. |

3. *Twenty-Third Omnibus Objection to (a) Indemnification Claims, (b) No Liability Claims, (c) No Liability Misclassified Claims, (d) Overstated Claims, (e) Overstated Misclassified Claims, (f) Unliquidated Claims, (g) Misclassified Claims and (h) Amended and Superseded Claims (Docket No. 11324)*

Response Deadline: Expired.

|  |  |  |
|---|---|---|
| Reponses: | (a) | THC, LLC (Docket No. 11549); |
|  | (b) | Zimmer Management Company (Docket No. 11772); |
|  | (c) | Ohio Bureau of Workers' Compensation (Docket No. 11904); |
|  | (d) | Frank A. Arnone (Docket No. 11906); |
|  | (e) | Benderson Development LLC (Docket No. 11907); |
|  | (f) | Westland Plaza Associates, L.P. (Docket No. 11909); |
|  | (g) | Strategic Equipment and Supply Corporation (Docket No. 11911); and |
|  | (h) | Clark County Treasurer (Docket No. 12115). |
| Status: | | The Debtors will proceed with the Objection. |

  *4. Motion for Allowance and Payment of Administrative Expenses filed by Kirkland Financial, LLC (Docket No. 3926 )*

Objections:  Debtors (Docket No. 11162).

Response Deadline: Expired.

Status:  The Debtors and the Movant have agreed to continue the hearing on the Motion to November 16, 2006.

  *5. Motion for Allowance and Payment of Administrative Expenses filed by Tower Center Associates (Docket No. 10852)*

Objections:  Debtors (Docket No. 11695).

Response Deadline: Expired.

Status:  The Debtors and the Movant have agreed to continue the hearing on the Motion to November 16, 2006.

  *6. Motion (i) for Authority to Reject Non-Residential Real Property Leases, (ii) to Establish Bar Date for Any Rejection Damage Claims, and (iii) Granting Related Relief (Docket No. 10823)*

Objection Deadline: Expired.

Objections:  Bundy New Orleans Co., LLC (Docket No. 11306).

Status:  The Court heard the Motion on September 21, 2006 and granted the Motion authorizing the Debtors to reject the leases for stores 1403, 1434 and 1437. The Debtors and Bundy New Orleans Co., LLC have agreed to continue the Motion as to the objection of Bundy New Orleans until November 16, 1006.

Dated: October 24, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By  *s/ D. J. Baker*  <br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray | By  *s/ Cynthia C. Jackson*  <br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00546446