UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

---------------------------------------x
In re                                   :
                                        :   Case No. 05-03817
WINN-DIXIE STORES, INC.                 :   *Chapter 11*, Jointly Administered
                                        :   Claim No. **SEE EXHIBIT B**
                                        :   $545,732.15
                                        :
                                        :
                                        :
Debtors                                 :
---------------------------------------x

**NOTICE TO TRANSFER OF CLAIM PURSUANT TO FRBP 3001(e)(2)**

To: ("**Transferor**")     Garden City W-D, LLC
                           Attn: Herbert J. Zimmer
                           111 Princess Street
                           Wilmington, North Carolina 28401

Please take notice that the transfer of 100% of your Claim(s) (as defined in **Exhibit A** and **B** hereto), in the amount of $545,732.15 in the bankruptcy case referenced above, together with all applicable interest, fees and expenses thereto, has been transferred (unless previously expunged by court order) to:

From: ("**Transferee**")   APS Clearing, Inc.
                           Attn: Matthew Hamilton
                           1301 Capital of Texas Hwy
                           Suite B-220
                           Austin, Texas 78746

Evidence that Transferor has assigned all of its right, title and interest in the Claim(s) to Transferee is attached hereto as **Exhibit A**.

No action is required if you do not object to the transfer of your claim. HOWEVER, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN TWENTY (20) DAYS OF THE DATE OF THIS NOTICE, YOU MUST FILE A WRITTEN OBJECTION WITH:

United States Bankruptcy Court
Middle District of Florida
Attn: Clerk of the Court
135 W. Central Blvd, 9th Floor
Orlando, Florida 32801

If you file an objection a hearing will be scheduled. If you do not file an objection, or it is not timely filed, the transferee will be substituted on the Court's records as the Claimant. SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.

EXHIBIT A
EVIDENCE OF TRANSFER

Garden City W-D, LLC, with an address at 111 Princess Street, Wilmington, NC 28401 ("**Assignor**") transfers and assigns unto APS Clearing, Inc., its successors and assigns ("**Assignee**"), pursuant to the terms of that certain Purchase and Sale Agreement For Certain Claims In The Chapter 11 Cases[1], of even date herewith (the "**Agreement**"), all of its right, title and interest in and to (a) those certain proofs of claim, identified on the attached Schedule, as further identified in each Assignor's duly and timely filed Proof of Claim against Winn-Dixie Stores, Inc. et al (the "**Debtor**"), and (b) that certain Scheduled Claim,[2] identified on the attached Schedule, as further listed in Schedule F of the Debtor's Schedules of Assets and Liabilities filed in the United States Bankruptcy Court, Middle District of Florida ("**Bankruptcy Court**"), jointly administered under Case No. 05-03817.

Assignor hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing Claims and recognizing the Assignee as the sole owner and holder of the Claims. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the Assignor and the Assignee have caused this Assignment to be duly executed as of October 4, 2006.

**ASSIGNEE:**

APS CLEARING, INC.,
a Delaware corporation
By: _____
Name: Matthew Hamilton, Esq.
Title: Managing Director

1301 S. Capital of Texas Hwy. Ste B-220
Austin, Texas 78746

**ASSIGNOR:**

GARDEN CITY W-D, LLC
By: _____
Name:    Jeffrey L. Zimmer
Title:      Member

---

[1] Capitalized terms not otherwise defined herein, have those meaning ascribed to such terms in the Agreement.

[2] The Proof of Claim and the Scheduled Claim are together hereinafter referred to as the "**Claims.**"

A

EXHIBIT B
SCHEDULE OF CLAIMS

| Original Creditor Name | Claim No. | Proof of Claim Amount |
|---|---|---|
| Garden City Winn-Dixie | 13324 | $545,732.15 |