UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: <br><br> WINN-DIXIE STORES, INC. et.al., <br><br> Debtors | Chapter 11 <br><br> Case No. 05-03817-3F1 <br><br> (Jointly Administered) |

### AMENDED CERTIFICATE OF SERVICE OF MOTION OF CAPX REALTY, LLC FOR ENTRY OF AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

I HEREBY CERTIFY that on October 20, 2006, a copy of the Motion of CAPX, REALTY LLC for Entry of an Order Granting Relief From the Automatic Stay was served via U.S. Mail, on the Debtor, and on the Debtor's attorney, the United States Trustee and the Local Rule 1007(d) Parties in Interest List electronically.

Dated this 25th Day of October, 2006.

_____
Zachary J. Bancroft
Florida Bar No. 0145068
Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
450 S. Orange Avenue, Suite 800 (32801)
Post Office Box 2809
Orlando, Florida 32802-2809
Telephone: (407) 843-4600
Facsimile: (407) 843-444
Attorneys for CAPX Realty, LLC