85

1   THE COURT: And assuming this, you want to respond
2   possibly how many days after that?
3   MR. BUSEY: Five days.
4   THE COURT: Five days from today.
5   Thank you very much.
6   MR. HANLON: We've got the three-day weekend. I'm
7   thinking --
8   THE COURT: That's the best I can do.
9   MR. HANLON: I understand. I'm just counting on
10  my fingers on which day it's due. That's fine, Judge.
11  That's fine.
12  THE COURT: We're not going to argue about whether
13  it's a day late. I'm not striking anything like that.
14  All right. That concludes the docket for today.
15  MR. BUSEY: Yes, Your Honor.
16  THE COURT: Thank you very much.
17  MR. HANLON: Thank you very much for your time,
18  Judge.
19  THE COURT: We're in recess.
20  (Whereupon, at 4:00 p.m., on Thursday, October 5,
21  2006, the hearing in the above-entitled matter was
22  concluded.)
23               - - -
24
25

86

# CERTIFICATE

STATE OF FLORIDA )

COUNTY OF DUVAL  )

I, Loretta D. McDonald, Professional Court Reporter, do hereby certify that the attached material represents the original records of proceedings before the United States Bankruptcy Court, Middle District of Florida, Jacksonville Division, before the Honorable JERRY R. FUNK, United States Bankruptcy Judge, in the matter of WINN-DIXIE STORES, INC.; such Record is an accurate and complete recordation of the proceedings which took place. A transcript of this Record has been produced on October 13, 2006, the original of which was delivered to The Transcript Copy Custodian, Jacksonville, Florida.

STATEWIDE REPORTING SERVICE

_____
LORETTA D. MCDONALD