**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**STIPULATION TO FURTHER CONTINUE**
**HEARING ON MOTION FOR RELIEF FROM**
**STAY FILED BY MAUREEN FITZGERALD-MARHOLD**

The Debtors, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries
and affiliates (collectively, the "Debtors") and Maureen Fitzgerald-Marhold
("Fitzgerald-Marhold") stipulate and agree to (i) the continuance and rescheduling
of the Motion for Relief from Stay filed by Fitzgerald-Marhold (the "Motion")
(Docket No. 4012) for final hearing on or after January 11, 2007, and (ii) the

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related
cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep
South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers,
Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc.,
Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown
Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand
Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-
Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and
Winn-Dixie Supermarkets, Inc.

continuation of the automatic stay in effect pending the conclusion of such hearing and determination of the Motion.

Dated: October 25, 2006.

GRAY ROBINSON, P.A.                              SMITH HULSEY & BUSEY


By ___*s/ Stephanie M. Biernacki*___          By ___*s/ Leanne McKnight Prendergast*___
    John A. Anthony                                  Leanne McKnight Prendergast
    Stephanie M. Biernacki

Florida Bar Number: 0731013                      Florida Bar Number 59544
Florida Bar Number: 0127299                      225 Water Street, Suite 1800
201 N. Franklin Street, Suite 2200               Jacksonville, Florida  32202
Post Office Box 3324                             (904) 359-7700
Tampa, Florida 33601-3324                        (904) 359-7708 (facsimile)
(813) 273-5000                                   lprendergast@smithhulsey.com
(813) 273-5145 (facsimile)
                                                        -and-
Attorneys for Maureen Fitzgerald-Marhold
                                                 SKADDEN, ARPS, SLATE, MEAGHER
*Counsel has authorized her electronic signature.  & FLOM LLP
                                                 D. J. Baker
                                                 Sally McDonald Henry
                                                 Rosalie Gray
                                                 Four Times Square
                                                 New York, New York 10036
                                                 (212) 735-3000
                                                 (212) 735-2000 (facsimile)
                                                 rgray@skadden.com

                                                 Attorneys for the Debtors

535707.2