

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Wednesday
October 25, 2006
9:00 A.M.

## PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion for an Order (a) Authorizing the Debtors to Sell Live Oak Outparcel and Related Assets Free and Clear of Liens, Claims, and Interests and (b) Granting Related Relief (11646)

APPEARANCES:
US TRUSTEE:     ELENA ESCAMILLA
UNSEC. CRED:    JOHN B. MACDONALD/PATRICK PATANGAN
                MATTHEW S. BARR

RULING: Granted
Ord/Signed