UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

### ORDER (I) APPROVING MOTION AND AUTHORIZING ASSUMPTION OF NON-RESIDENTIAL REAL PROPERTY LEASES FOR THE DEBTORS' MARATHON PROPERTY, (II) FIXING CURE AMOUNTS, AND (III) GRANTING RELATED RELIEF

These cases came before the Court for hearing, upon the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for entry of an order under 11 U.S.C. §§ 105(a) and 365, (i) approving and authorizing the Debtors as lessors, to assume non-residential real property leases listed on the attached Exhibit A (collectively, the "Marathon Leases"), effective as of the effective date of the Debtors' plan of reorganization (the "Effective Date"), (ii) fixing the costs of assumption at the Proposed Cure Amounts identified on Exhibit B to the Motion, and (iii) granting related relief (the "Motion"). By the Motion, the lessees were given until October 30, 2006 to object to the Cure Amount or otherwise object to the Motion. No objections were filed. Accordingly, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

2. The Debtors are authorized to assume the Marathon Leases pursuant to 11 U.S.C. § 365(a). The Marathon Leases are assumed effective on the Effective Date.

3. No cure amounts are due by the Debtors.

4. If there is no Effective Date, the Marathon Leases will not be assumed by the Debtors.

5. Nothing in this Order constitutes a waiver of any claims the Debtors may have against the applicable lessees, whether or not related to the Leases.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

7. The Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated October 25, 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

00534227.3