UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**ORDER APPROVING ASSUMPTION OF
MODIFIED SUPPLY & SERVICE AGREEMENT WITH ANDERSON NEWS, L.L.C.**

These cases came before the Court for hearing on October 25, 2006, upon the motion of Winn-Dixie Stores, Inc. ("Winn-Dixie") and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order under 11 U.S.C. §§ 105 and 365 and Fed. R. Bankr. P. 6006 approving the assumption of the Supply & Service Agreement dated as of July 29, 2004 (the "Agreement"), as modified by the Agreement for the Amendment and Assumption of the July 29, 2004 Supply & Service Agreement dated as of October 12, 2006 (the "Amendment") (the Agreement as modified by the Amendment, the "Modified Agreement"), both entered into by and between Winn-Dixie and Anderson News, L.L.C. ("Anderson") (the "Motion").[1] The Court has read the Motion and considered the representations of counsel. Based upon the representations of counsel and without objection by the United States Trustee or any other interested parties, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

2. The Modified Agreement is assumed under 11 U.S.C. § 365(a), effective as of the later of the effective date of the Debtors' joint plan of reorganization and the date of entry of this Order.

---

[1] All capitalized terms not otherwise defined in this order shall have the meaning ascribed to them in the Motion.

3. No cure is owed by Winn-Dixie and, by agreement with Anderson, all applicable requirements of 11 U.S.C. § 365(b) are satisfied or waived.

4. Notwithstanding any provisions to the contrary in Fed. R. Bankr. P. 6006, this Order shall take effect immediately upon entry.

Dated Oct 25, 2006 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

2

1165983-New York Server 7A - MSW