

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Wednesday
October 25, 2006
9:00 A.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Unsecured Creditors Committee's Motion for Order Authorizing Amendment of Previously Approved Employment and Retention of Houlihan Lokey Howard & Zukin Capital, Inc, as its Financial Advisors (7963)

The Movant has agreed to continue the motion indefinitely, subject to further notice

APPEARANCES:
US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:           JOHN B. MACDONALD/PATRICK PATANGAN
                       MATTHEW S. BARR
HOULIHAN LOKEY ET AL:

RULING: *Cont'd. until further ntc. of G. Cmte* [handwritten]