

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Wednesday
October 25, 2006
9:00 A.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

**Debtor's Second Omnibus Motion to (i) Assume Non-Residential Real Property leases, (ii) Fix Cure Amounts and (iii) Grant Related Relief (8941)**

Objections to Assumptions:

1. Objection to Motion filed by Newport Partners, Store No. 251 (9475)

    *Cont'd. So #251 to further nte.*

9. Objection to Motion filed by Deutsche Bank Trust Company Americas (9708 and 9750)

    *assumed leases*

The Court heard the Motion on September 21, 2006, and granted the Motion authorizing the debtors to assume 482 leases. The Court has entered orders authorizing the assumption of 472 of the leases. Objections to the proposed cure amounts will be set for a later hearing, if not resolved.

APPEARANCES:
| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| UNSEC. CRED: | JOHN B. MACDONALD/PATRICK PATANGAN |
| | MATTHEW S. BARR |
| NEWPORT PARTNERS: | PETER RUSSIN |
| DEUTSCHE BANK: | RICHARD BERNARD |

RULING: *Granted as to Deutsche Bk./ Cont'd. until further nte. as to Newport Partners, Store #251    Ord/Busey.*