

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Wednesday
October 25, 2006
9:00 A.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.                 Page 1 of 5

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Twentieth Omnibus Objection to (a) Duplicate Different Debtor Claims and (b) Duplicate Liability Claims filed by Debtors (10742)

      Response filed by LEC Properties, Inc. and PC Properties, LLC (11076)

      Response filed by Genoa Associates, LLC (11304)

      Response filed by Greenville Grocery, LLC (11362)

      Response filed by Saran, Ltd (11414)

      Response filed by Catamount Atlanta, LLC (11442)

**APPEARANCES CONTINUED ON PAGE 5**



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Wednesday
October 25, 2006
9:00 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Page 2 of 5

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Response filed by Catamount LS-KY, LLC (11443)

Response filed by Catamount Rockingham, LLC (11444)

Response filed by Deutsche Bank Trust Company Americas (11449)

Response filed by Knightsdale Crossing, LLC (11451)

Response filed by E&A Financing II, LP, et al (11470)

Response filed by Archilles Realty Company (11476)



HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Wednesday
October 25, 2006
9:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.                    Page 3 of 5

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Response filed by CPM Associates, LP. (11480)

Response filed by Hillcrest GDS, LLC (11482)

Response filed by Liquidity Solutions, Inc. (11487)

Response filed by WD MT Carmel, LLC, et al (11488)

Response filed by Arnobo Associates Partnership (11490)



# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Wednesday
October 25, 2006
9:00 A.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                    Page 4 of 5

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Response filed by Merrill Lynch LP Holdings, Inc. (Nos 11493, 11496, and 11498)

Response filed by George D. Zamias (11494)

Response filed by Merrill Lynch, Pierce, Fenner & Smith, Inc. (11499)

The Debtor will continue the hearing as to the responses to the Objection to November 16, 2006

Case 3:05-bk-03817-JAF    Doc 12163    Filed 10/25/06    Page 5 of 5



# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Wednesday
October 25, 2006
9:00 A.M.

### PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Page 5 of 5

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

| APPEARANCES: | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| UNSEC. CRED: | JOHN B. MACDONALD/PATRICK PATANGAN |
| | MATTHEW S. BARR |
| LEC PROPERTIES AND PC PROPERTIES LLC: | SALLY FOX |
| GENOA ASSOCIATES LLC: | JOHN ROGERSON |
| GREENVILLE GROCERY LLC: | RICHARD THAMES |
| SARAN, LTD: | JOHNATHAN BOLTON |
| CATAMOUNT ATLANTA, LLC: | C. DANIEL MOTSINGER |
| CATAMOUNT LS-KY, LLC: | C. DANIEL MOTSINGER |
| CATAMOUNT ROCKINGHAM, LLC: | C. DANIEL MOTSINGER |
| DEUTSCHE BANK TRUST CO AMERICAS: | RICHARD BERNARD |
| KNIGHTSDALE CROSSING, LLC: | ADAM FRISCH |
| E&A FINANCING II, LP ET AL: | MARY DOWD |
| ARCHILLES REALTY COMPANY: | PETER NICANDRI |
| CPM ASSOCIATES, LP: | PETER NICANDRI |
| HILLCREST GDS, LLC: | PETER NICANDRI |
| LIQUIDITY SOLUTIONS, INC: | ELENA KETCHUM |
| WD MT CARMEL, LLC, ET AL: | SARA LORBER |
| ARNOBO ASSOCIATES PARTNERSHIP: | BRADLEY SHRAIBERG |
| MERRILL LYNCH LP HOLDINGS, INC: | LARREN NASHELSKY |
| GEORGE D. ZAMIAS: | RICHARD THAMES |
| MERRILL LYNCH, PIERCE, ET AL: | LARREN NASHELSKY |

**RULING:** Cont'd to 11/16/06

AOCNFN