

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Wednesday
October 25, 2006
9:00 a.m.

### PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.                    Page 1 of 2

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Twenty-Third Omnibus Objection (a) Indemnification Claims, (b) No Liability Claims, (c) No Liability Misclassified Claims, (d) Overstated Claims, (e) Overstated Misclassified Claims, (f) Unliquidated Claims (g) Misclassified Claims and (h) Amended and Superseded Claims filed by Debtors (11324)

(a) Response to Motion filed by THC, LLC (11549)

(b) Response to Motion filed by Zimmer Management Company (11772)

(c) Response to Motion filed by Ohio Bureau of Workers Compensation (11904)

(d) Response to Motion filed by Frank A. Arnone (11906)

(e) Response to Motion filed by Benderson Development LLC (11907)

(f) Response to Motion filed by Westland Plaza Associates, L.P. (11909)

(g) Response to Motion filed by Strategic Equipment and Supply Corp. (11911)

APPEARANCES CONTINUED ON PAGE 2



# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Wednesday
October 25, 2006
9:00 A.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.    Page 2 of 2

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

*8 - obj's rec'd - Cont'd.*
*178 - disallowed*

**APPEARANCES:**
| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| UNSEC. CRED: | JOHN B. MACDONALD/PATRICK PATANGAN |
| | MATTHEW S. BARR |
| THC, LLC: | CHRISTIE DOWLING |
| ZIMMER MANAGEMENT CO: | PRO SE |
| OHIO BUREAU OF WORKERS COMP: | AMY KAUFMAN |
| FRANK A. ARNONE: | W. CHAD STELLY |
| BENDERSON DEVELOPMENT LLC: | JOEY SCHLOSBERG |
| WESTLAND PLAZA ASSOCIATES, LP: | J. DAVID FORSYTH |
| STRATEGIC EQUIPMENT AND SUPPLY CORP: | PATRICK LENNON |

**RULING:** *Sustained as to non-obj. creditors (178). Cont'd. as to 8 objecting creditors until further ntc.*