

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Wednesday
October 25, 2006
9:00 A.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

   Motion for Allowance and Payment of Administrative Expenses filed by Kirkland Financial, LLC (3926)

   Administrative Expenses in the amount of $20,352.00

   Objection to Motion filed by debtors (11162)

APPEARANCES:
US TRUSTEE:                    ELENA ESCAMILLA
UNSEC. CRED:                   JOHN B. MACDONALD/PATRICK PATANGAN
                               MATTHEW S. BARR
KIRKLAND FINANCIAL LLC:        CLYDE BRAZEAL

RULING: Cont'd to 11/16/06
AOCNFN