

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Wednesday
October 25, 2006
9:00 A.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion for Allowance and Payment of Administrative Expenses filed by Tower Center Associates (10852)

    Amount of Administrative Expenses - $66,066.38, and granting such other and further relief in favor of TCA that the court deems just and appropriate

Objection to Motion filed by Debtors (11695)

APPEARANCES:
US TRUSTEE:              ELENA ESCAMILLA
UNSEC. CRED:             JOHN B. MACDONALD/PATRICK PATANGAN
                         MATTHEW S. BARR
TOWER CENTER ASSOCIATES: GARDNER DAVIS

RULING: Cont'd to 11/14/06
AOC NFN