

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Wednesday
October 25, 2006
9:00 A.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion (i) for Authority to Reject Non-Residential Real Property Leases, (ii) to Establish Bar Date for Any Rejection Damage Claims, and (iii) Granting Related Relief Filed by Debtors (10823)

Objection to Motion filed by Bundy New Orleans Co., LLC (11306)

The Court heard the Motion on 9/21/06 and granted the Motion authorizing the Debtors to reject the leases for stores 1403, 1434 and 1437. The Debtors will proceed with the Motion as to Store 1417 (Bundy New Orleans Co., LLC)

APPEARANCES:
US TRUSTEE:             ELENA ESCAMILLA
UNSEC. CRED:            JOHN B. MACDONALD/PATRICK PATANGAN
                        MATTHEW S. BARR
BUNDY NEW ORLEANS:      JAMES BLEDSOE

RULING: Cont'd. as to Bundy New Orleans until 11/16/06
AOCNFN