UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
-----------------------------------------------------------------x
In re

WINN-DIXIE STORES, INC. ET AL

                                                                           Chapter 11
                                                                           Case No. 05-03817-3FI
                                                                           Jointly Administered

                   Debtors.
-----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM**

Please take notice that the transfer of claim from **LANGFORD STEVE A** to EQUITY TRUST CO. CUSTODIAN FBO BENJAMIN D. TARVER IRA in the amount of $343,839.00, is hereby withdrawn.

Dated: October 27, 2006

                                                  Submitted by: /s/Benjamin Tarver

                                                  EQUITY TRUST CO. CUSTODIAN FBO
                                                  BENJAMIN D. TARVER IRA
                                                  11152 Westheimer Road #796
                                                  Houston, TX  77042
                                                  713-491-4351