UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
----------------------------------------------------------------x
In re

WINN-DIXIE STORES, INC. ET AL

                Chapter 11
                Case No. 05-03817-3FI
                Jointly Administered

         Debtors.
----------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

Please take notice that the transfer of claim from **MATHENY THOMAS** to EQUITY TRUST CO. CUSTODIAN FBO BENJAMIN D. TARVER IRA in the amount of $29,601.27, is hereby withdrawn.

Dated: October 27, 2006

            Submitted by: /s/Benjamin Tarver

            EQUITY TRUST CO. CUSTODIAN FBO
            BENJAMIN D. TARVER IRA
            11152 Westheimer Road #796
            Houston, TX  77042
            713-491-4351