UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
-----------------------------------------------------------------x
In re

WINN-DIXIE STORES, INC. ET AL

                                                  Chapter 11
                                                  Case No. 05-03817-3FI
                                                  Jointly Administered

                    Debtors.
-----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

Please take notice that the transfer of claim from **BURSON RONNIE D** to EQUITY TRUST CO. CUSTODIAN FBO BENJAMIN D. TARVER IRA in the amount of $13,978.68, is hereby withdrawn.

Dated: October 27, 2006

                                              Submitted by: /s/Benjamin Tarver

                                              EQUITY TRUST CO. CUSTODIAN FBO
                                              BENJAMIN D. TARVER IRA
                                              11152 Westheimer Road #796
                                              Houston, TX  77042
                                              713-491-4351