UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
-----------------------------------------------------------------x
In re

WINN-DIXIE STORES, INC. ET AL

                                                                    Chapter 11
                                                                    Case No. 05-03817-3FI
                                                                    Jointly Administered

                       Debtors.
-----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

Please take notice that the transfer of claim from **MULLINS RAY** to EQUITY TRUST CO. CUSTODIAN FBO BENJAMIN D. TARVER IRA in the amount of $5,791.47, is hereby withdrawn.

Dated: October 27, 2006

                                                                    Submitted by: /s/Benjamin Tarver

                                                                    EQUITY TRUST CO. CUSTODIAN FBO
                                                                    BENJAMIN D. TARVER IRA
                                                                    11152 Westheimer Road #796
                                                                    Houston, TX  77042
                                                                    713-491-4351