UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
----------------------------------------------------------------x
In re

WINN-DIXIE STORES, INC. ET AL

                Chapter 11
                Case No. 05-03817-3FI
                Jointly Administered

        Debtors.
----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

Please take notice that the transfer of claim from **SKORA JEANA L** to EQUITY TRUST CO. CUSTODIAN FBO BENJAMIN D. TARVER IRA in the amount of $5,216.62, is hereby withdrawn.

Dated: October 27, 2006

                Submitted by: /s/Benjamin Tarver

                EQUITY TRUST CO. CUSTODIAN FBO
                BENJAMIN D. TARVER IRA
                11152 Westheimer Road #796
                Houston, TX  77042
                713-491-4351