UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                )

WINN-DIXIE STORES, INC., et al.,     )        Case No. 05-03817-3F1
                                              Chapter 11
            Debtors.                 )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Gloria Espinosa   (Claim No. 3795) [Docket No. 12100] was furnished by mail on

October 27, 2006 to Glorida Espinosa c/o Bryan W. Crews, Esq., Bryan W. Crews &

Associates, P.A., 1137 Edgewater Drive, Orlando, Florida 32804-6386.

Dated:  October 27, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By ___*s/ D. J. Baker*___              By ____*s/ James H. Post*____
      D. J. Baker                            Stephen D. Busey
      Sally McDonald Henry                   James H. Post (FBN 175460)
      Rosalie Gray                           Cynthia C. Jackson

Four Times Square                      225 Water Street, Suite 1800
New York, New York 10036               Jacksonville, Florida 32202
(212) 735-3000                         (904) 359-7700
(917) 777-2150 (facsimile)             (904) 359-7708 (facsimile)
djbaker@skadden.com                    jpost@smithhulsey.com

Co-Counsel for Debtors                 Co-Counsel for Debtors
00520151.DOC