UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Alma Rosa Manzanares (Claim No. 11115) [Docket No. 12102] was furnished by mail on October 27, 2006 to Alma Rosa Manzanares c/o Luisa Linares, Esq., Law Offices of John H. Ruiz, P.A., 5040 N.W. 7th Street, Suite 920, Miami, Florida 33126.

Dated: October 27, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| | |
| By   *s/ D. J. Baker*      D. J. Baker     Sally McDonald Henry     Rosalie Gray | By   *s/ James H. Post*      Stephen D. Busey     James H. Post (FBN 175460)     Cynthia C. Jackson |
| Four Times Square  New York, New York 10036  (212) 735-3000  (917) 777-2150 (facsimile)  djbaker@skadden.com | 225 Water Street, Suite 1800  Jacksonville, Florida 32202  (904) 359-7700  (904) 359-7708 (facsimile)  jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC