UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                        )

WINN-DIXIE STORES, INC., et al.,   )     Case No. 05-03817-3F1
                               Chapter 11
        Debtors.         )     Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Maria Del Carmen Penate  (Claim No. 9470) [Docket No. 12107] was furnished by mail on October 27, 2006 to Maria Del Carmen Penate c/o Robert Behar, Esq., 7171 Coral Way, Suite 303, Miami, FL 33155.

Dated:  October 27, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

SMITH HULSEY & BUSEY

By   _s/ D. J. Baker_      
      D. J. Baker
      Sally McDonald Henry
      Rosalie Gray

By     _s/ James H. Post_    
      Stephen D. Busey
      James H. Post (FBN 175460)
      Cynthia C. Jackson

Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Co-Counsel for Debtors
00520151.DOC

Co-Counsel for Debtors