UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Elsa Velazquez (Claim No. 4769) [Docket No. 12110] was furnished by mail on October 27, 2006 to Elsa Valezquez c/o Luisa M. Linares, Esq., Law Offices of John H. Ruiz, P.A., 5040 N.W. 7th Street, Suite 920, Miami, Florida 33125.

Dated: October 27, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker* | By   *s/ James H. Post* |
|      D. J. Baker |      Stephen D. Busey |
|      Sally McDonald Henry |      James H. Post (FBN 175460) |
|      Rosalie Gray |      Cynthia C. Jackson |
| | |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida  32202 |
| (212) 735-3000 | (904) 359-7700 |
| (917) 777-2150 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | jpost@smithhulsey.com |
| | |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC