UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about October 25, 2006 I caused copies of:

- the **Notice of Transfer of Claim Other Than For Security**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice(s) as listed above is attached hereto as Exhibit B.

Dated: October 30, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: TR

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**
**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                  **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 452126-98<br>DELLACAMERA CAPITAL MASTER FUND LTD<br>MERIDIAN CORPORATE SVS LTD BERMUDA<br>C/O DELLACAMERA CAPITAL MGMT LLC<br>200 PARK AVENUE SUITE 3300<br>NEW YORK NY 10166 | CREDITOR ID: 452148-98<br>DELLACAMERA CAPITAL MASTER FUND LTD<br>C/O DELLACAMERA CAPITAL MGMT LLC<br>ATTN VINCENT J SPIMATO, MGR MEMBER<br>200 PARK AVE, 33RD FLOOR<br>NEW YORK NY 10017 | CREDITOR ID: 388010-54<br>GONZALEZ, SILVIA<br>9401 SW 4TH ST.<br>MIAMI, FL 33174 |
| CREDITOR ID: 392287-55<br>GONZALEZ, SILVIA<br>C/O JOSHUA J HERTZ, PA<br>ATTN JOSHUA J HERTZ, ESQ<br>200 SOUTHEAST 1 STREET<br>SUITE 505<br>MIAMI FL 33131 | CREDITOR ID: 315692-36<br>HENSCHEL-STEINAU INC<br>C/O SHAPIRO & CROLAND<br>ATTN ROBERT P SHAPIRO<br>CONTINENTAL PLAZA II<br>411 HACKENSACK AVE<br>HACKENSACK NJ 07601 | CREDITOR ID: 251663-12<br>HISPAMER DISTRIBUTORS INC<br>ATTN CARLOS M GARCIA, VP<br>RAFAEL VILLAZON<br>350 NE 75 ST<br>MIAMI, FL 33138 |
| CREDITOR ID: 404841-95<br>HOSA INTERNATIONAL<br>ATTN LAURA CEPERO, COMPTROLLER<br>PABLO QUINONES, PRES<br>1617 NW 84TH AVE<br>MIAMI FL 33126 | CREDITOR ID: 534958-97<br>INTEGRATED BRANDS INC<br>ATTN: GARY STEVENS, PRES<br>4175 VETERANS HIGHWAY<br>RONKONKOMA NY 11779 | CREDITOR ID: 252216-12<br>INTEGRATED BRANDS INC<br>ATTN ANTHONY DELPIANO, CONTROLLER<br>4175 VETERANS HWY, 3RD FL<br>RONKONKOMA, NY 11779 |
| CREDITOR ID: 2515-07<br>PALMER, ROBERT H JR<br>C/O HERNDON COLEMAN BRADING & MCKEE<br>ATTN EDWARD T BRADING, ESQ<br>PO BOX 1160<br>JOHNSON CITY TN 37605-1160 | CREDITOR ID: 2515-07<br>PALMER, ROBERT H JR<br>PO BOX 3146<br>JOHNSON CITY, TN 37602 | CREDITOR ID: 534959-97<br>PALMER, ROBERT H JR, [DECEASED]<br>DIANE GRACEY-PALMER, PERSONAL REP<br>120 BELMEADE CIRCLE<br>JOHNSON CITY TN 37601 |
| CREDITOR ID: 534945-98<br>STARK SPECIAL EVENTS LTD<br>ATTN AMAR EHSAN<br>3600 SOUTH LAKE DRIVE<br>ST FRANCIS WI 53235 | | |

         **Total:   13**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**

**MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 12054 |

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| GONZALEZ, SILVIA | DELLACAMERA CAPITAL MASTER FUND LTD |
| Name of Transferor | Name of Transferee |
| GONZALEZ, SILVIA<br>C/O JOSHUA J HERTZ, PA<br>ATTN JOSHUA J HERTZ, ESQ<br>200 SOUTHEAST 1 STREET<br>SUITE 505<br>MIAMI FL 33131 | DELLACAMERA CAPITAL MASTER FUND LTD<br>C/O DELLACAMERA CAPITAL MGMT LLC<br>ATTN VINCENT J SPIMATO, MGR MEMBER<br>200 PARK AVE, 33RD FLOOR<br>NEW YORK NY 10017 |
| Phone: 305 374 0374 | Phone: 212 808 3590 |
| Account No.: 392287 | Account No.: 452148 |
| GONZALEZ, SILVIA<br>9401 SW 4TH ST.<br>MIAMI, FL 33174 | |
| Phone: DEBT:11080 | |
| Account No.: 388010 | |
| Claim No.: 6655 | Full Transfer: (X)     Partial Transfer: |
| Date Claim Filed: 07/13/2005 | Transfer Amount: $20,000.00 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 10/25/2006 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 25, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.    Case No.: 05-03817-3F1

Docket No.: 12064

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| HENSCHEL-STEINAU INC | DELLACAMERA CAPITAL MASTER FUND LTD |
| Name of Transferor | Name of Transferee |
| HENSCHEL-STEINAU INC<br>C/O SHAPIRO & CROLAND<br>ATTN ROBERT P SHAPIRO<br>CONTINENTAL PLAZA II<br>411 HACKENSACK AVE<br>HACKENSACK NJ 07601 | DELLACAMERA CAPITAL MASTER FUND LTD<br>C/O DELLACAMERA CAPITAL MGMT LLC<br>ATTN VINCENT J SPIMATO, MGR MEMBER<br>200 PARK AVE, 33RD FLOOR<br>NEW YORK NY 10017 |
| Phone: 201 488 3900 | Phone: 212 808 3590 |
| Account No.: 315692 | Account No.: 452148 |

Claim No.: 9339                                    Full Transfer: (X)       Partial Transfer:

Date Claim Filed: 07/28/2005                       Transfer Amount: $43,852.30

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/25/2006                                   /s/ Logan & Company, Inc.

                                                   Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 25, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 12057

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| HISPAMER DISTRIBUTORS INC | STARK SPECIAL EVENTS LTD |
| Name of Transferor | Name of Transferee |
| HISPAMER DISTRIBUTORS INC<br>ATTN CARLOS M GARCIA, VP<br>RAFAEL VILLAZON<br>350 NE 75 ST<br>MIAMI, FL 33138 | STARK SPECIAL EVENTS LTD<br>ATTN AMAR EHSAN<br>3600 SOUTH LAKE DRIVE<br>ST FRANCIS WI 53235 |
| Phone: 305 758 1089 | Phone: |
| Account No.: 251663 | Account No.: 534945 |

Claim No.: 6454                                         Full Transfer: (X)          Partial Transfer:
Date Claim Filed: 07/18/2005                  Transfer Amount: $124,804.02

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/25/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 25, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 12056 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| HOSA INTERNATIONAL | DELLACAMERA CAPITAL MASTER FUND LTD |
| Name of Transferor | Name of Transferee |
| HOSA INTERNATIONAL<br>ATTN LAURA CEPERO, COMPTROLLER<br>PABLO QUINONES, PRES<br>1617 NW 84TH AVE<br>MIAMI FL 33126 | DELLACAMERA CAPITAL MASTER FUND LTD<br>MERIDIAN CORPORATE SVS LTD BERMUDA<br>C/O DELLACAMERA CAPITAL MGMT LLC<br>200 PARK AVENUE SUITE 3300<br>NEW YORK NY 10166 |
| Phone: 305 470 9991 | Phone: 212 808 3590 |
| Account No.: 404841 | Account No.: 452126 |

| | |
|---|---|
| Claim No.: 11709 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 08/23/2005 | Transfer Amount: $78,078.25 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 10/25/2006 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 25, 2006.

**UNITED STATES BANKRUPTCY COURT**

**MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 12058 |

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| INTEGRATED BRANDS INC | STARK SPECIAL EVENTS LTD |
| Name of Transferor | Name of Transferee |
| | |
| INTEGRATED BRANDS INC | STARK SPECIAL EVENTS LTD |
| ATTN ANTHONY DELPIANO, CONTROLLER | ATTN AMAR EHSAN |
| 4175 VETERANS HWY, 3RD FL | 3600 SOUTH LAKE DRIVE |
| RONKONKOMA, NY 11779 | ST FRANCIS WI 53235 |
| | |
| Phone: 631 737 9700 | Phone: |
| Account No.: 252216 | Account No.: 534945 |
| | |
| INTEGRATED BRANDS INC | |
| ATTN: GARY STEVENS, PRES | |
| 4175 VETERANS HIGHWAY | |
| RONKONKOMA NY 11779 | |
| | |
| Phone: | |
| Account No.: 534958 | |

| | |
|---|---|
| Claim No.: 2181 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 05/20/2005 | Transfer Amount: $189,285.75 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 10/25/2006 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 25, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 12061 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| PALMER, ROBERT H JR | STARK SPECIAL EVENTS LTD |
| Name of Transferor | Name of Transferee |
| PALMER, ROBERT H JR<br>PO BOX 3146<br>JOHNSON CITY, TN 37602 | STARK SPECIAL EVENTS LTD<br>ATTN AMAR EHSAN<br>3600 SOUTH LAKE DRIVE<br>ST FRANCIS WI 53235 |
| Phone: 423 434 4741 | Phone: |
| Account No.: 2515 | Account No.: 534945 |
| PALMER, ROBERT H JR, [DECEASED]<br>DIANE GRACEY-PALMER, PERSONAL REP<br>120 BELMEADE CIRCLE<br>JOHNSON CITY TN 37601 | |
| Phone: 423-928-2892 | |
| Account No.: 534959 | |
| Claim No.: 2081 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 05/19/2005 | Transfer Amount: $22,191.23 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 10/25/2006 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 25, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 12060 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| PALMER, ROBERT H JR | STARK SPECIAL EVENTS LTD |
| Name of Transferor | Name of Transferee |
| PALMER, ROBERT H JR<br>PO BOX 3146<br>JOHNSON CITY, TN 37602 | STARK SPECIAL EVENTS LTD<br>ATTN AMAR EHSAN<br>3600 SOUTH LAKE DRIVE<br>ST FRANCIS WI 53235 |
| Phone: 423 434 4741 | Phone: |
| Account No.: 2515 | Account No.: 534945 |
| PALMER, ROBERT H JR, [DECEASED]<br>DIANE GRACEY-PALMER, PERSONAL REP<br>120 BELMEADE CIRCLE<br>JOHNSON CITY TN 37601 | |
| Phone: 423-928-2892 | |
| Account No.: 534959 | |
| Claim No.: 12854 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 01/11/2006 | Transfer Amount: $55,890.95 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 10/25/2006 | /s/ Logan & Company, Inc.<br>Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 25, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 12059

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| PALMER, ROBERT H JR | STARK SPECIAL EVENTS LTD |
|---|---|
| Name of Transferor | Name of Transferee |
| PALMER, ROBERT H JR<br>PO BOX 3146<br>JOHNSON CITY, TN 37602 | STARK SPECIAL EVENTS LTD<br>ATTN AMAR EHSAN<br>3600 SOUTH LAKE DRIVE<br>ST FRANCIS WI 53235 |
| Phone: 423 434 4741 | Phone: |
| Account No.: 2515 | Account No.: 534945 |
| PALMER, ROBERT H JR, [DECEASED]<br>DIANE GRACEY-PALMER, PERSONAL REP<br>120 BELMEADE CIRCLE<br>JOHNSON CITY TN 37601 | |
| Phone: 423-928-2892 | |
| Account No.:  534959 | |
| Claim No.: 12089 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 10/19/2005 | Transfer Amount: $335,223.00 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/25/2006                                   /s/ Logan & Company, Inc.

                                                   Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 25, 2006.