## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **WINN-DIXIE STORES, INC., <u>et al.</u>,** | Case No. 05-03817-3F1 |
| Debtors.[1] | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.   I am of legal age and I am not a party to this action.

2.   I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.   On or about October 26, 2006 I caused copies of:

- the **Notice of Transfer of Claim Other Than For Security**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice(s) as listed above is attached hereto as Exhibit B.

Dated: October 30, 2006

_____
Kathleen M. Logan

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: TR

# EXHIBIT A
# SERVICE LIST

SERVICE LIST

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:  05-03817-3F1**

CREDITOR ID: 534960-98
APS CLEARING INC
ATTN MATTHEW HAMILTON
1301 CAPITAL OF TEXAS HWY
SUITE B-220
AUSTIN TX 78746

CREDITOR ID: 534978-97
ASPREA, ESTATE OF TINA MAPPS
C/O HELD & ISRAEL
ATTN: KIMBERLY HELD ISRAEL
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 392842-99
ASPREA, ESTATE OF TINA MAPPS
C/O LEESFIELD LEIGHTON RUBIO ET AL
ATTN JOHN ELLIOTT LEIGHTON, ESQ
2350 SOUTH DIXIE HIGHWAY
MIAMI FL 33133

CREDITOR ID: 393199-55
ATKINS, KATHLEEN
PO BOX 16183
WEST PALM BEACH FL 33416

CREDITOR ID: 534979-97
ATKINS, KATHLEEN
C/O FINDLER & FINDLER
ATTN: MICHAEL O'DONNELL, ESQ
3 HARVARD CIRCLE, STE 100
WEST PALM BEACH FL 33409

CREDITOR ID: 492832-97
ECOLAB
ATTN: GREG HANSEN, DIR CRE SRVS
370 WABASH STREET
ST PAUL MN 55102

CREDITOR ID: 248742-12
ECOLAB INC
ATTN JEFFREY SHA
370 WABASHA STREET
ST PAUL, MN 55102-1390

CREDITOR ID: 534816-98
EQUITY TRUST CO CUSTODIAN
FBO BENJAMIN D TARVER IRA
C/O BENJAMIN TARVER
11152 WESTHEIMER ROAD #796
HOUSTON TX 77042

CREDITOR ID: 408404-98
FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

CREDITOR ID: 534977-97
GARDEN CITY W-D, LLC
C/O ZIMMER AND ZIMMER LLP
ATTN: HERBERT J ZIMMER, ESQ
111 PRINCESS STREET
WILMINGTON NC 25401-3997

CREDITOR ID: 410726-15
GARDEN CITY W-D, LLC
C/O ZIMMER MANAGEMENT COMPANY
ATTN JEFFREY L ZIMMER, MEMBER
111 PRINCESS STREET
PO BOX 2628
WILMINGTON NC 28402-2628

CREDITOR ID: 452118-98
LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

CREDITOR ID: 452049-98
LONGACRE MASTER FUND LTD
ATTN VLADIMIR JELISAVCIC
810 SEVENTH AVENUE 22ND FLOOR
NEW YORK NY 10019

CREDITOR ID: 257749-12
ORGANIC MATTERS INC
ATTN: RONNIE BARON, MGR
PO BOX 570
BARTOW FL 33831-0570

CREDITOR ID: 534961-98
SPECTRUM INVESTMENT PARTNERS LP
ATTN JEFFREY SCHAFFER
1250 BROADWAY SUITE 810
NEW YORK NY 10001

**Total:   15**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: **WINN-DIXIE STORES, INC., ET AL.** | Case No.: **05-03817-3F1** |
| | Docket No.: **12131** |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ASPREA, ESTATE OF TINA MAPPS
_____
Name of Transferor

ASPREA, ESTATE OF TINA MAPPS
C/O LEESFIELD LEIGHTON RUBIO ET AL
ATTN JOHN ELLIOTT LEIGHTON, ESQ
2350 SOUTH DIXIE HIGHWAY
MIAMI FL 33133

Phone: 800 836 6400
Account No.: 392842

ASPREA, ESTATE OF TINA MAPPS
C/O HELD & ISRAEL
ATTN: KIMBERLY HELD ISRAEL
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

Phone:
Account No.: 534978

Claim No.: 4682
Date Claim Filed: 06/27/2005

LCH OPPORTUNITIES LLC
_____
Name of Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 212 460 1966
Account No.: 452118

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $150,000.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

_Penalty for making a false statement:_ fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/26/2006

/s/ Logan & Company, Inc.
_____
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 26, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                           Case No.: 05-03817-3F1

                                                                 Docket No.: 12125

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ATKINS, KATHLEEN
Name of Transferor

ATKINS, KATHLEEN
PO BOX 16183
WEST PALM BEACH FL 33416

Phone: 561-543-4149
Account No.: 393199

ATKINS, KATHLEEN
C/O FINDLER & FINDLER
ATTN: MICHAEL O'DONNELL, ESQ
3 HARVARD CIRCLE, STE 100
WEST PALM BEACH FL 33409

Phone:
Account No.: 534979

EQUITY TRUST CO CUSTODIAN
Name of Transferee

EQUITY TRUST CO CUSTODIAN
FBO BENJAMIN D TARVER IRA
C/O BENJAMIN TARVER
11152 WESTHEIMER ROAD #796
HOUSTON TX 77042

Phone: 713 491 4351
Account No.: 534816

Claim No.: 2152
Date Claim Filed: 05/19/2005

Full Transfer: (X)          Partial Transfer:
Transfer Amount: $15,000.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/26/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 26, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

**Case No.: 05-03817-3F1**
**Docket No.: 12099**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| ECOLAB INC    ID: 248742 | LONGACRE MASTER FUND LTD    ID: 452049 |
| Name of Transferor | Current Transferee |
| ECOLAB INC<br>ATTN JEFFREY SHA<br>370 WABASHA STREET<br>ST PAUL, MN 55102-1390 | LONGACRE MASTER FUND LTD<br>ATTN VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE 22ND FLOOR<br>NEW YORK NY 10019 |
| Phone: 651 293 2967 | Phone: 212 259 4314 |
| | FAIR HARBOR CAPITAL LLC    ID: 408404 |
| | Prior Transferee |
| ECOLAB<br>ATTN: GREG HANSEN, DIR CRE SRVS<br>370 WABASH STREET<br>ST PAUL MN 55102 | FAIR HARBOR CAPITAL LLC<br>ATTN FRED GLASS<br>875 AVENUE OF THE AMERICAS STE 2305<br>NEW YORK NY 10001 |
| Phone:<br>ID: 492832 | Phone: 212 967 4045 |
| Claim No.: 531<br>Date Claim Filed: 04/08/2005 | Full Transfer: (X)    Partial Transfer:<br>Amount: $73,151.05 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/26/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 26, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 12121

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| GARDEN CITY W-D, LLC | APS CLEARING INC |
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| GARDEN CITY W-D, LLC<br>C/O ZIMMER MANAGEMENT COMPANY<br>ATTN JEFFREY L ZIMMER, MEMBER<br>111 PRINCESS STREET<br>PO BOX 2628<br>WILMINGTON NC 28402-2628 | APS CLEARING INC<br>ATTN MATTHEW HAMILTON<br>1301 CAPITAL OF TEXAS HWY<br>SUITE B-220<br>AUSTIN TX 78746 |
| Phone: 910 763 4669<br>Account No.: 410726 | Phone:<br>Account No.: 534960 |
| GARDEN CITY W-D, LLC<br>C/O ZIMMER AND ZIMMER LLP<br>ATTN: HERBERT J ZIMMER, ESQ<br>111 PRINCESS STREET<br>WILMINGTON NC 25401-3997 | |
| Phone: 910 763 4669<br>Account No.: 534977 | |
| Claim No.: 13324<br>Date Claim Filed: 06/30/2006 | Full Transfer: (X)        Partial Transfer:<br>Transfer Amount: $545,732.15 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| |
|---|
| **DEADLINE TO OBJECT TO TRANSFER** |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/26/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 26, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 12122

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| GARDEN CITY W-D, LLC    ID: 410726 | SPECTRUM INVESTMENT PARTNERS LP    ID: 534961 |
| Name of Transferor | Current Transferee |
| GARDEN CITY W-D, LLC<br>C/O ZIMMER MANAGEMENT COMPANY<br>ATTN JEFFREY L ZIMMER, MEMBER<br>111 PRINCESS STREET<br>PO BOX 2628<br>WILMINGTON NC 28402-2628 | SPECTRUM INVESTMENT PARTNERS LP<br>ATTN JEFFREY SCHAFFER<br>1250 BROADWAY SUITE 810<br>NEW YORK NY 10001 |
| Phone:  910 763 4669 | Phone: |
| | APS CLEARING INC    ID: 534960 |
| | Prior Transferee |
| GARDEN CITY W-D, LLC<br>C/O ZIMMER AND ZIMMER LLP<br>ATTN: HERBERT J ZIMMER, ESQ<br>111 PRINCESS STREET<br>WILMINGTON NC 25401-3997 | APS CLEARING INC<br>ATTN MATTHEW HAMILTON<br>1301 CAPITAL OF TEXAS HWY<br>SUITE B-220<br>AUSTIN TX 78746 |
| Phone:  910 763 4669<br>ID:  534977 | Phone: |
| Claim No.: 13324<br>Date Claim Filed: 06/30/2006 | Full Transfer: (X)        Partial Transfer:<br>Amount: $545,732.15 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

**DEADLINE TO OBJECT TO TRANSFER**

---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/26/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 26, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: **05-03817-3F1**
Docket No.: **12126**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ORGANIC MATTERS INC
Name of Transferor

ORGANIC MATTERS INC
ATTN: RONNIE BARON, MGR
PO BOX 570
BARTOW FL 33831-0570


Phone: 863 804 0123
Account No.: 257749

EQUITY TRUST CO CUSTODIAN
Name of Transferee

EQUITY TRUST CO CUSTODIAN
FBO BENJAMIN D TARVER IRA
C/O BENJAMIN TARVER
11152 WESTHEIMER ROAD #796
HOUSTON TX 77042


Phone: 713 491 4351
Account No.: 534816

Claim No.: 1241
Date Claim Filed: 05/10/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $868.43

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

**DEADLINE TO OBJECT TO TRANSFER**

---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/26/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 26, 2006.