UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.

Debtors.
_____/

Chapter 11
CASE NO. 05-03817-F1
(Jointly Administered)

Judge Jerry A. Funk

**WYETH'S AMENDED RESPONSE/OBJECTION TO DEBTORS' TWENTY-SECOND OMNIBUS OBJECTION TO (A) INDEMNIFICATION CLAIMS (B) NO LIABILITY CLAIMS (C) NO LIABILITY MISCLASSIFIED CLAIMS, (D) OVERSTATED CLAIMS, (E) OVERSTATED MISCLASSIFIED CLAIMS, (F) UNLIQUIDATED CLAIMS, (G) MISCLASSIFIED CLAIMS AND (H) AMENDED AND SUPERSEDED CLAIMS**

COMES NOW Wyeth Consumer Healthcare ("Wyeth"), by and through undersigned counsel, and files this response and objection to the Debtors' Twenty-Second Omnibus Objection to (A) Indemnification Claims, (B) No Liability Claims, (C) No Liability Misclassified Claims, (D) Overstated Claims, (E) Overstated Misclassified Claims, (F) Unliquidated Claims, (G) Misclassified Claims and (H) Amended and Superseded Claims (the 22nd Objection")(Docket No. 11324) and states as follows:

1. Pursuant to the 22nd Objection, Debtors propose to reclassify Wyeth's claims number 152 as follows: (a) $326,237.91 to Administrative (Reclamation) from "Unsecured Non-Priority", and (b) $88,881.84 to remain "Unsecured Non-Priority." Wyeth does not object to the reclassification of claim number 152.

2. The Debtors' 22nd Objection purports to reduce Wyeth's claim number 152 by $918,115.68 (from $1,333,235.43 to $415,119.75). Wyeth denies and objects to this reduction, as detailed below.

3. Pursuant to the 22nd Objection, Debtors claim a reduction of $9,027.98 for an alleged accounts payable credit. Wyeth denies that there is an accounts payable credit.

4. Pursuant to the 22nd Objection, Debtors claims a reduction of $525,008.05 for an alleged accounts receivable balance. Wyeth denies that there is an accounts receivable balance of $525,008.05. In actuality, there is an accounts receivable balance of $244,569.02.

5. Pursuant to the 22nd Objection, Debtors claim a reduction of $384,079.65 for chargebacks on allegedly previously paid and disputed invoices. Wyeth denies that Debtors are entitled to a reduction of $384,079.65 for chargebacks. Debtors have claimed an invalid deduction of $65,683.72 for disputed invoices and an invalid deduction of $125,257.68 for previously paid invoices. In actuality, there is a valid total deduction of $193,138.25 for disputed invoices and previously paid invoices.

6. The amount still owing by Debtor to Wyeth totals $895,528.16, which includes the reclassified amount of $415,119.75 and the above-justified amounts totaling $480,408.41.

WHEREFORE, Wyeth files this response to Debtors' 22nd Objection and objects to the same. Wyeth respectfully request that the Court find (1) the amounts still due and owing by Debtors, as detailed herein by Wyeth, to be true and accurate and owing to Wyeth, and (2) for such other and further relief as the Court deems just and proper.

Respectfully submitted this 30th day of October, 2006.

_____
WILLIAM E. LAWTON, ESQ.
Florida Bar No. 0163236
Dean, Ringers, Morgan & Lawton, P.A.
Post Office Box 2928
Orlando, Florida 32802-2928
Tel:   407-422-4310
Fax:   407-648-0233
WLawton@drml-law.com
Attorney for Wyeth Consumer Healthcare

## CERTIFICATE OF SERVICE

This is to certify that on the 30th day of October 2006, I caused to be served a true and correct copy of the Response of Wyeth Consumer Healthcare to the Debtors' Twenty-Third Omnibus Objection to (A) Indemnification Claims, (B) No Liability Claims, (C) No Liability Misclassified Claims, (D) Overstated Claims, (E) Overstated Misclassified Claims, (F) Unliquidated Claims, (G) Misclassified Claims and (H) Amended and Superseded Claims to be served upon counsel for the Debtors by electronic mail addressed as follows:

Skadden, Arps, Slate, Meagher & Flom LLP
Attn:  D. J. Baker
       Jane Leamy
Four Times Square
New York, NY 10036
djbaker@skadden.com
jlcamy@skadden.com
Facsimile: (212) 735-2000

_____
WILLIAM E. LAWTON, ESQ.
Florida Bar No. 0163236
Dean, Ringers, Morgan & Lawton, P.A.
Post Office Box 2928
Orlando, Florida 32802-2928
Tel:   407-422-4310
Fax:   407-648-0233
WLawton@drml-law.com
Attorney for Wyeth Consumer Healthcare