F I L E D
JACKSONVILLE, FLORIDA

OCT 3 0 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | Chapter 11 |
| WINN-DIXIE STORES, INC., et al. | ) | Hon. Jerry A. Funk |
| | ) | Hearing Date(s): November 16, 2006 |
| Debtors. | ) | Hearing Time: 1:00 p.m. |
| | ) | (Prevailing Eastern Time) |
| | ) | Obj. Deadline: November 6, 2006 |

**RESPONSE TO DEBTORS' TWENTY-FOURTH OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS, (B) NO LIABILITY MISCLASSIFIED CLAIMS, (C) OVERSTATED CLAIMS, (D) OVERSTATED MISCLASSIFIED CLAIMS, (E) MISCLASSIFIED CLAIMS, (F) DUPLICATE LIABILITY CLAIMS AND (G) AMENDED AND SUPERSEDED CLAIMS**

Comes now, claimant, P.S. FRANKLIN, LTD., and files this objection to Debtors' Twenty-fourth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Overstated Claims, (D) Overstated Misclassified Claims, (E) Misclassified Claims, (F) Duplicate Liability Claims and (G) Amended and Superseded Claims and states therefore the following:

1. Claimant, P.S. FRANKLIN, LTD., owns the parcel of property leased to WINN-DIXIE STORES (store #1559 - located in Franklin, LA).

2. Claimant, P.S. FRANKLIN, LTD., objects to the Debtor's statement of no liability per Debtor's books and records pertaining to store #1559.

3. Claimant, P.S. FRANKLIN, LTD., objects to the Debtor's claim that Claimant's claim is a Misclassified Claim as to store #1559.

4. Claimant, P.S. FRANKLIN, LTD., paid the 2005 real estate taxes for Debtor's stores #1559 as follows: $973.39 to the City of Franklin, $5,934.34 to St. Mary

Parish and $144.82 also to St. Mary Parish for a total of $7,352.55. See attached.

WHEREFORE, P.S. FRANKLIN, LTD. requests an Order of Court compelling WINN-DIXIE STORES to pay P.S. FRANKLIN, LTD the sum of Seven Thousand Three Hundred Fifty Two and 55/100 Dollars ($7,352.55) for reimbursement for the payment of real estate taxes.

Dated: Hollywood, Florida
October 23, 206

Respectfully submitted,

By: _____
Fred Chikovsky, President
P.S. Franklin, LTD.
1720 Harrison Street, Suite 7-A
Hollywood, FL 33020
(954) 920-4438

A copy of the attached was mailed, on the 24th day of October, 2006, by regular, first class mail, to the following:

WINN-DIXIE CLAIMS DOCKETING CENTER
C/O LOGAN & COMPANY, INC.
546 VALLEY ROAD
UPPPER MONTCLAIR, NEW JERSEY 07043

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FL
FILING CLERK
300 NORTH HOGAN STREET
JACKSONVILLE, FLORIDA 32202

UNITED STATES BANKRUPTCY COURT
HONORABLE JERRY A FUNK
BANKRUPTCY JUDGE FOR THE MIDDLE DISTRICT OF FL
300 NORTH HOGAN STREET
COURTROOM 4D
JACKSONVILLE, FLORIDA 32202

SKADDEN, ARPS, SLATE, et al.
ATTN.: D.J. BAKER
FOUR TIMES SQUARE
NEW YORK, NY 10036
djbaker@skadden.com

SMITH HULSEY & BUSEY
ATTN.: STEPHEN BUSEY
225 WATER STREET, SUITE 1800
JACKSONVILLE, FL 32202
cjackson@smithhulsey.com

P. S. FRANKLIN, LP
1720 HARRISON STREET
SUITE 7-A
HOLLYWOOD, FLORIDA 33020
(954) 920-4438 * FAX (954) 927-0609

October 3, 2006
Via Fax: 904-359-7708

Allan Wulbern, Esq.
225 Water Street
Jacksonville, Florida 32202

Re:   Winn Dixie Store 1559
      Northwest Boulevard & Highway 182
      Franklin, Louisiana

Dear Mr. Wulbern:

Thank you for letting me know that the lease for store #1559 was approved. Pursuant to our conversation, I told you that the real estate taxes P.S. Franklin LP paid for the above store have not been reimbursed to P.S. Franklin, LP. Attached please find the following:

2005 tax receipt for the City of Franklin - $6,832.48
2005 tax receipt for St. Mary Parish - $41,654.48
2005 tax receipt for St. Mary Parish - $444.82

Also, enclosed please find a copy of the bank statement showing that P.S. Franklin LP paid $973.39, $5,934.34 and $444.82 respectively. Please have Winn-Dixie Stores reimburse to P.S. Franklin LP said sums. Please let me know if anything else is necessary to get reimbursement.

Thank you for your cooperation.

Very truly yours,

FRED CHIKOVSKY
FC/cd
Enc.

# CITY OF FRANKLIN

P. O. BOX 567 (300 IBERIA ST.)
FRANKLIN, LA. 70538

Lecia Verrette, Tax Collector, (337) 828-6303 / Fax 828-6359
RECEIPT FOR YOUR 2005 TOWN TAXES AS ITEMIZED BELOW, IN
ACCORDANCE WITH THE LAW.

2005 TAX RECEIPT COP

No. 33,112

ASSESSED VALUATION 331,143

NAME AND ADDRESS OF TAXPAYER

1376075
P S FRANKLIN LTD
WINN DIXIE STORES INC
P O BOX B
JACKSONVILLE FL
32203

1720 Harrison St Ste
Hollywood, Fla 33020

**RECEIVED**

| DESCRIPTION OF PROPERTY | | | | AMOUNT |
|---|---|---|---|---|
| 12-2204761004.00 TAX% 100.00% OWNER% 100.00% Value 331143 Homestead: 0 LOT POR TRACT "ABCDA" PER PLAT 34Y 236763 ASSESSED IN FRANKLIN ACQ 35Y 241197 IMPROVEMENTS | | | Corporation, Tax 14.52 Mills | 6831.48 |
| COMMERCIAL LAND | 1 | 43,263 | 20.63 Mills | |
| COMM. IMP. | 1 | 287,880 | Sewerage Maint. Tax 6.11 Mills | |
| | | | TAX NOTICE | 1.00 |
| | | | TOTAL | 6832.48 |
| | | | REGISTERED NOTICE | |
| | | | INTEREST | |
| | | | ADVERTISEMENT | |
| | | | TOTAL | |

*2005 Taxes*

```
        Assess No:  33,112
          Account:  0001376075
             Ward:  12
             Name:  P S FRANKLIN LTD
       Address[1]:  WINN DIXIE STO
       Address[2]:  P O BOX B
       Address[3]:  JACKSONVILLE F
       Address[4]:
       Address[5]:
       Address[6]:
        Assess Val: 331,143
          HS Value:
           H/S Tax: 0.00
       Taxpayer Val: 331,143
         Taxes Due: 41,654.48
       Amt Collect: 41,654.48
         Date Paid: 02/22/06
      Batch Number: 1          Mortgage
      Description?: yes
```

```
2204761004.00
LOT POR TRACT "ABCDA" PER PLAT 34Y 236763
ASSESSED IN FRANKLIN
ACQ 35Y 241187
IMPROVEMENTS
COMMERCIAL LAND
COMMERCIAL IMPROVEMENTS
```

Press space bar to continue.

*2005 Taxes*

```
     Assess No: 9,282
       Account: 0001961046
          Ward: 10
          Name: P S FRANKLIN LTD
    Address[1]: WINN DIXIE STO
    Address[2]: P O BOX B              2204761007.00
    Address[3]: JACKSONVILLE F         LOT POR TRACT "ABCDA" PER PLAT 34Y 236763
    Address[4]:                        ASSESSED IN WD TEN
    Address[5]:                        ACQ 35Y 241187
    Address[6]:                        COMMERCIAL LAND
    Assess Val: 3,437
      HS Value:
       H/S Tax: 0.00
  Taxpayer Val: 3,437
     Taxes Due: 444.82
   Amt Collect: 444.82
     Date Paid: 02/27/06
  Batch Number: 2        Mortgage
  Description?: yes
```

Press space bar to continue.

Ps-Frank                                                                                                           10/3/2006

Register: PSFranklin

From 01/01/2006 through 10/03/2006

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 01/09/2006 | | | Rent Income:Franklin | Deposit | | X | 1,413.45 | 219,501.43 |
| 01/09/2006 | Debit | Incoming Fedwire Tr... | Bank Charge | Incoming Fedw... | 15.00 | X | | 219,486.43 |
| 01/16/2006 | | | Rent Income:Tioga | Deposit | | X | 7,500.00 | 226,986.43 |
| 02/09/2006 | | | Rent Income:Tioga | Deposit | | X | 7,500.00 | 234,486.43 |
| 02/10/2006 | | | Rent Income:Franklin | Deposit | | X | 1,413.45 | 235,899.88 |
| 02/10/2006 | Debit | Incoming Fedwire Tr... | Bank Charge | Incoming Fedw... | 15.00 | X | | 235,884.88 |
| 02/14/2006 | 1154 | Secretary of State | Fees | PS Developme... | 25.00 | X | | 235,859.88 |
| 02/14/2006 | 1155 | Secretary of State | Fees | PS Franklin Lt... | 25.00 | X | | 235,834.88 |
| 02/17/2006 | 1156 | St. Mary Parish Sheriff | Tax:Franklin | Account #0001... | 5,934.34 | X | | 229,900.54 |
| 02/20/2006 | 1157 | Department of State | Fees | PS Developme... | 150.00 | X | | 229,750.54 |
| 02/20/2006 | 1158 | Florida Department o... | Fees | PS Franklin, Lt... | 500.00 | X | | 229,250.54 |
| 02/21/2006 | 1159 | City of Franklin | Tax:Franklin | Account #1376... | 973.39 | X | | 228,277.15 |
| 02/21/2006 | 1160 | St. Mary Parish Sheriff | Tax:Franklin | Account #1961... | 444.82 | X | | 227,832.33 |
| 03/06/2006 | | | Rent Income:Tioga | Deposit | | X | 7,500.00 | 235,332.33 |
| 03/06/2006 | 1161 | Fedex | Postage | Acct #1792-64... | 19.96 | X | | 235,312.37 |
| 03/06/2006 | 1162 | Louisiana Departmen... | Tax | LA Acct #8191... | 10.00 | X | | 235,302.37 |
| 03/06/2006 | 1163 | Keystone, Steinberg ... | Prof. Fee | PS Developme... | 650.00 | X | | 234,652.37 |
| 03/06/2006 | 1164 | Keystone, Steinberg ... | -split- | PS Franklin par... | 1,600.00 | X | | 233,052.37 |
| 03/10/2006 | | | -split- | Deposit | | X | 1,413.45 | 234,465.82 |
| 03/10/2006 | Debit | Incoming Fedwire Tr... | Bank Charge | Incoming Fedw... | 15.00 | X | | 234,450.82 |
| 03/10/2006 | Debit | Incoming Fedwire Tr... | Bank Charge | Incoming Fedw... | 15.00 | X | | 234,435.82 |
| 03/10/2006 | 1165 | Louisiana Departmen... | Tax | LA Acct #8191... | 10.00 | X | | 234,425.82 |
| 03/14/2006 | 1166 | Freddie Properties, Inc. | Expense Reimbursement | 1st Quarter 200... | 1,069.61 | X | | 233,356.21 |
| 03/16/2006 | | | Bank Charge | Deposit | | X | 30.00 | 233,386.21 |
| 03/20/2006 | | | Tax:Franklin | Deposit | | X | 381.45 | 233,767.66 |
| 04/03/2006 | | | Rent Income:Tioga | Deposit | | X | 7,500.00 | 241,267.66 |
| 04/06/2006 | 1167 | | Uncategorized Expenses | VOID | | X | | 241,267.66 |
| 04/06/2006 | 1168 | Chopper Investments | Return Capital | 87% PS Devel... | 3,324.09 | X | | 237,943.57 |
| 04/06/2006 | 1169 | Lakota Group | Return Capital | 13% PS Devel... | 496.71 | X | | 237,446.86 |
| 04/06/2006 | 1170 | | Uncategorized Expenses | VOID | | X | | 237,446.86 |
| 04/06/2006 | 1171 | | Uncategorized Expenses | VOID | | X | | 237,446.86 |
| 04/06/2006 | 1172 | Marcia Shapiro | Return Capital | 1st Quarter 200... | 458.50 | X | | 236,988.36 |
| 04/06/2006 | 1173 | | Uncategorized Expenses | VOID | | X | | 236,988.36 |
| 04/06/2006 | 1174 | Julian Goldstein | Return Capital | 1st Quarter 200... | 458.50 | X | | 236,529.86 |
| 04/06/2006 | 1175 | Chopper Investments | Return Capital | 1st Quarter 200... | 8,482.18 | X | | 228,047.68 |
| 04/06/2006 | 1176 | Lakota Group | Return Capital | 1st Quarter 200... | 2,063.25 | X | | 225,984.43 |
| 04/10/2006 | | | Rent Income:Franklin | Deposit | | X | 1,413.45 | 227,397.88 |
| 04/10/2006 | Debit | Incoming Fedwire Tr... | Bank Charge | Incoming Fedw... | 15.00 | X | | 227,382.88 |
| 05/05/2006 | | | Rent Income:Franklin | Deposit | | X | 1,413.45 | 228,796.33 |
| 05/05/2006 | Debit | Incoming Fedwire Tr... | Bank Charge | Incoming Fedw... | 15.00 | X | | 228,781.33 |