UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                   ) Case No. 05-03817-3F1
                                         )
WINN-DIXIE STORES, INC., et al.,         ) Chapter 11
                                         )
                                         ) Jointly Administered
Debtors.                                 )

## ORDER APPROVING AGREEMENT WITH BASIN STREET #2 LIMITED PARTNERSHIP

These cases came on to be heard upon the motion of Winn-Dixie Stores, Inc. and Winn-Dixie Montgomery, Inc. (together the "Debtors") for approval of the attached agreement (the "Agreement") between the Debtors and Basin Street #2 Limited Partnership (the "Motion"). The Motion was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within 20 days of the date of service. No party filed an objection within the time permitted. The Court therefore considers the matter to be unopposed; it is

ORDERED that the Motion is granted and the Agreement is approved.

Dated this 30 day of October, 2006.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:
Cynthia C. Jackson, Attorney for Debtors

00545664.DOC