UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* ) |
| Debtors. | ) Jointly Administered ) |

## ORDER GRANTING DEBTORS' MOTION TO APPROVE STIPULATION BETWEEN DEBTORS AND MEDICAL SECURITY CARD COMPANY

These cases came before the Court upon the motion of Winn-Dixie Stores, Inc. and its debtor affiliates (collectively, the "Debtors") for an order approving a stipulation (the "Stipulation") with Medical Security Card Company ("MSC") (the "Motion").[1] The Court finds that (i) the Motion was served on all interested parties pursuant to Local Rule 2002-4 informing the parties of the opportunity to object to the entry of this order within 20 days of the date of service, and (ii) no party filed an objection. The Court therefore considers the entry of this order unopposed. Accordingly, it is

ORDERED AND ADJUDGED:

1. The Motion is granted.

2. The Stipulation Between Debtors and Medical Security Card Company attached to the Motion is approved.

3. The entry related to the RX Advantage Contract on page 13 of Exhibit A to the Order Pursuant to Second Omnibus Motion (I) Authorizing Assumption of Executory Contracts

---

[1] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Stipulation.

and Unexpired Leases and (II) Fixing Cure Amounts filed at Docket No. 10542 (the "Assumption Order") is amended to read as follows:

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | RXV | Medical Security Card Company (RX Advantage) | Att'n: Jennifer Lebrecht, CFO 333 East Wetmore Rd., 4th Floor Tucson, AZ 87505 | MSC Participating Pharmacy Agreement Specific to RxAdvantage (RxA) Network bearing dates December 1, 1998 and December 11, 1998 as amended by MSC Participating Pharmacy Agreement Amendment CMS Endorsed Network Exhibit dated April 28, 2004 | $62,658.96 |

4. The entry related to the ScriptSave Plus Contract contained on page 14 of Exhibit A to the Assumption Order is amended to read as follows:

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | Medical Security Card Company (ScriptSave Plus-Premier) | Att'n: Jennifer Lebrecht, CFO 333 East Wetmore Rd., 4th Floor Tucson, AZ 87505 | Basic MSC Participating Pharmacy Agreement bearing dates March 17, 1998 and March 20, 1998 as amended by MSC Participating Pharmacy Agreement Amendment CMS Endorsed Network Exhibit dated April 28, 2004 | $0.00 |

5. Except as amended above, the Assumption Order shall remain unchanged and in full force and effect.

6. Claim No. 31196 is disallowed and expunged in its entirety as superseded by Claim No. 12876.

2

7. Claim No. 12876 is allowed in the reduced amount of $62,658.96 (the "Reduced Amount"), the remaining balance of Claim No. 12876 is disallowed, and the Debtors waive the Winn-Dixie Claim in the amount of $67,739.54.

8. Subject to the occurrence of the Effective Date, the assumption of the MSC Contracts, and the terms of the Assumption Order as amended, the Reduced Amount shall be paid to MSC as cure in full satisfaction of the Debtors' obligations with respect to the MSC Contracts under section 365 of the Bankruptcy Code.

9. Except for payment of the Reduced Amount and performance of any post-petition obligations, MSC waives any and all claims it may have against the Debtors for cure or compensation under the MSC Contracts.

10. All claims between the Debtors and MSC are resolved other than the claims arising out of the post-petition sale of goods and services by MSC to the Debtors.

Dated this 30 day of October, 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge