UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |

### ORDER (I) AUTHORIZING ASSUMPTION OF NON-RESIDENTIAL REAL PROPERTY LEASES, (II) FIXING CURE AMOUNTS AND (III) GRANTING RELATED RELIEF

These cases came before the Court for hearing upon the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for entry of an order under 11 U.S.C. §§ 105(a) and 365 (Docket No. 8941) (the "Motion"), (i) approving and authorizing the Debtors to assume non-residential real property leases identified on Exhibit A attached to the Motion, effective as of the effective date of the Debtors' joint plan of reorganization (Docket No. 10058) (the "Effective Date"),[1] (ii) fixing the costs of assumption at the proposed cure amounts identified on Exhibit B attached to the Motion (collectively, the "Proposed Cure Amounts"), and (iii) granting related relief. By the Motion, the landlords were given until July 30, 2006 to object to the Motion and the Proposed Cure Amounts. Newport Partners, the landlord for Store Number 251, filed an objection to the assumption of its lease. The hearing on the Motion as it pertains to the Newport Partners lease is continued until further notice. Deutsche Bank Trust Company Americas, Pass-Through Trustees ("Deutsche Bank), the landlord for the offices and warehouses identified on the attached Exhibit A (the "Deutsche Bank

---

[1] All capitalized terms not otherwise defined in this order shall have the meaning ascribed to them in the Motion.

Leases") filed an objection to the Proposed Cure Amounts and to the Debtors' proof of adequate assurance of future performance under the Deutsche Bank Leases. Deutsche Bank has withdrawn that objection (Docket No. 12119). The Court has read the Motion and upon consent of the parties, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted as to the Deutsche Bank Leases.

2. The Debtors are authorized to assume the Deutsche Bank Leases pursuant to 11 U.S.C. § 365(a), effective as of the Effective Date.

3. The cure amounts for the Deutsche Bank Leases are fixed as of October 24, 2006 in the amounts as set forth on the attached Exhibit A.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

5. The Court retains jurisdiction to hear and determine any disputes over (i) the amounts required to cure the Leases and (ii) non-monetary cure objections as of the Effective Date, and all other matters arising from the implementation of this Order.

6. In the event the Effective Date does not occur, this Order shall be null and void.

Dated this __30__ day of October, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion

543566

# EXHIBIT A

## DEUTSCHE BANK LEASES

| ADDRESS | CITY | STATE | CURE |
|---|---|---|---|
| 150 S EDGEWOOD AVE | JACKSONVILLE | FL | 0.00 |
| 8649 BAY PINE RD STE 300 BLD#7 | JACKSONVILLE | FL | 0.00 |
| 750 CASSAT AVE | JACKSONVILLE | FL | 0.00 |
| 5244 EDGEWOOD COURT | JACKSONVILLE | FL | 0.00 |
| US HWY 31 / 6080 MOBILE HWY | MONTGOMERY | AL | 0.00 |
| 3300 N. W. 123RD STREET | MIAMI | FL | 0.00 |
| 3015 COASTLINE DRIVE | ORLANDO | FL | 0.00 |
| HWY. 190 WEST | HAMMOND | LA | 0.00 |
| 255 JACKSONVILLE HIGHWAY | FITZGERALD | GA | 0.00 |

00547548.DOC