# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| Debtors. | ) Jointly Administered |

## ORDER GRANTING DEBTORS' MOTION TO APPROVE STIPULATION RESOLVING CLAIMS OF DEL MONTE CORPORATION

These cases came before the Court upon the motion of Winn-Dixie Stores, Inc. and its debtor affiliates (collectively, the "Debtors") for an order approving a stipulation with Del Monte Corporation (the "Motion"). The Court finds that (i) the Motion was served on all interested parties pursuant to Local Rule 2002-4 informing the parties of the opportunity to object to the entry of this order within 20 days of the date of service, and (ii) no party filed an objection. The Court therefore considers the entry of this order unopposed. Accordingly, it is

ORDERED AND ADJUDGED:

1. The Motion is granted.

2. The Stipulation Resolving Claim of Del Monte Corporation attached to the Motion is approved.

Dated this 30 day of October, 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

471146-Wilmington Server 1A - MSW