# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

## NOTICE OF AGREED ORDER REGARDING REQUESTS FOR PAYMENT OF ADMINISTRATIVE EXPENSE BY INFORMATION BUILDERS, INC.

> NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING
>
> Pursuant to Local Rule 2002, the Court will consider this matter without further notice or hearing unless a party in interest files an objection within 20 days from the date of service of this paper. If you object to the relief requested in this paper, you must file your response with the Clerk of the Bankruptcy Court at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and serve copies on (i) Cynthia Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, cjackson@smithhulsey.com, (ii) Rosalie Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, rgray@skadden.com, and (iii) Office of the United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, ElanaL.Escamilla@usdoj.gov. If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper,
>
> If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

Winn-Dixie Stores, Inc. ("Winn-Dixie") and its subsidiaries and affiliates (the "Debtors"), pursuant to Rules 2002 and 9019, Federal Rules of Bankruptcy Procedure, and Local Rule 2002-4 give notice of the proposed entry of the Agreed Order (attached as Exhibit A) with

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

respect to Information Builders, Inc.'s requests for payment of administrative expenses under 11 U.S.C. § 503 (Docket Nos. 11648 and 11951). If no objection to the Agreed Order is filed and served within the time as set forth above, the Court will be requested to enter the Agreed Order without further notice or hearing.

Dated: October 30, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*  <br>    D. J. Baker <br>    Sally McDonald Henry <br>    Rosalie Walker Gray <br>    David M. Turetsky <br>Four Times Square <br>New York, New York 10036 <br>(212) 735-3000 <br>(212) 735-2000 (facsimile) <br>djbaker@skadden.com | By  *s/ James H. Post*  <br>    Stephen D. Busey <br>    James H. Post <br>    Cynthia C. Jackson, <br>      Florida Bar Number 175460 <br>225 Water Street, Suite 1800 <br>Jacksonville, Florida  32202 <br>(904) 359-7700 <br>(904) 359-7708 (facsimile) <br>jpost@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

**Exhibit A**

Case 3:05-bk-03817-JAF   Doc 12257   Filed 10/30/06   Page 3 of 5

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**AGREED ORDER REGARDING REQUESTS FOR PAYMENT OF**
**ADMINISTRATIVE EXPENSE BY INFORMATION BUILDERS, INC.**

THIS CAUSE is before the Court upon Information Builders, Inc.'s ("IBI") requests for payment of an administrative expense filed respectively at Docket Nos. 11648 and 11951 (the "Requests"). Based upon the representation by the Debtors' and IBI's counsel that the Agreed Order reflects a resolution between the parties of the issues raised in the Requests, it is

ORDERED AND ADJUDGED:

1. The Requests are resolved as set forth below.

2. IBI shall have an Allowed Administrative Claim (as such term is defined in the Debtors' Joint Plan of Reorganization (Docket No. 10058)) in the amount of $138,567.00.

Dated this ____ day of _____, 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

### **Consent**

The undersigned parties consent to entry of the foregoing order.

| WINN-DIXIE STORES, INC., ET AL. | INFORMATION BUILDERS, INC. |
|---|---|
| By   *s/ David M. Turetsky*         David M. Turetsky, Esq. | By   *s/ Laura D. Metzger* [*]         Laura D. Metzger, Esq. |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>dturetsk@skadden.com | Mayer, Brown, Rowe & Maw LLP<br>1675 Broadway<br>New York, New York 10019<br>(212) 506-2500<br>(212) 262 1910 (facsimile)<br>ldmetzger@mayerbrownrowe.com |
| Co-Counsel to Winn-Dixie Stores, Inc. and its subsidiaries and affiliates | Counsel to Information Builders, Inc. |

[*] Counsel has authorized the use of her electronic signature.