UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING RESPONSE TO DEBTORS' TWENTY-FOURTH OMNIBUS OBJECTION

The Court finds that the Response to Debtors' Twenty-Fourth Omnibus Objection filed by Donald H. Ray on behalf of Creditor Trust Under the Will of Edna Hill Meeker for the Lifetime Benefit of L.H. Meeker, on October 30, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED:**

The Response to debtors twenty-fourth Omnibus Objection filed by Donald H. Ray on behalf of Creditor Trust Under the Will of Edna Hill Meeker for the Lifetime Benefit of L.H. Meeker, on October 30, 2006 is stricken from the record.

**DATED October 31, 2006,** at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Donald H. Ray, 6300 Ridglea Place, Suite 1008, Fort Worth, TX 76116