**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF AGREED ORDER REGARDING XEROX CAPITAL SERVICES, L.L.C.'S (A) REQUEST FOR PAYMENT OF AN ADMINISTRATIVE EXPENSE AND (B) MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES**

> NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING
>
> Pursuant to Local Rule 2002-4, the court will consider this matter without further notice or hearing unless a party in interest files an objection within 20 days from the date of service of this paper. If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy on (i) James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com, and (ii) D.J. Baker, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, djbaker@skadden.com.
>
> If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors"), pursuant to Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure and Local Rule 2002-4, give notice of the proposed entry of the attached Agreed Order on Xerox Capital Services, L.L.C.'s Request for Payment of an Administrative Expense (Docket No. 2696) and Motion for Allowance and Payment of Administrative Expenses (Docket No. 3676). If no

objection to the proposed Agreed Order is filed and served within the time as set forth above, the Court will be requested to enter the Agreed Order without further notice or hearing.

Dated: October 31, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*  <br>    D. J. Baker <br>    Sally McDonald Henry <br>    Rosalie Walker Gray <br>    Jane M. Leamy <br> Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) <br> djbaker@skadden.com | By   *s/ Cynthia C. Jackson*  <br>    Stephen D. Busey <br>    James H. Post <br>    Cynthia C. Jackson, <br>    Florida Bar Number 498882 <br> 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

### AGREED ORDER GRANTING XEROX CAPITAL SERVICES, L.L.C.'S (A) REQUEST FOR PAYMENT OF AN ADMINISTRATIVE EXPENSE AND (B) MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES

THIS CAUSE is before the Court upon Xerox Capital Services, L.L.C.'s Request for Payment of an Administrative Expense (Docket No. 2696) and Motion for Allowance and Payment of Administrative Expenses (Docket No. 3676) (the "Applications"). Based upon the representation by counsel to Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and counsel to Xerox Capital Services, L.L.C. that the proposed agreed Order reflects a resolution between the parties of the issues raised in the Applications, it is

ORDERED AND ADJUDGED:

1. The Applications are GRANTED, as set forth below.

2. Xerox Capital Services, L.L.C. shall have an allowed administrative expense claim in the amount of $45,290.71, to be paid in accordance with the Debtors' plan of reorganization.

3. This Order is without prejudice to Xerox Capital Services, L.L.C.'s right to assert administrative claims for amounts not included in the Applications or the Debtors' right to object to such claims. Moreover, the relief set forth in this Agreed Order does not affect any unsecured claims, cure claims, and/or rejection claims that Xerox Capital Services, L.L.C. has asserted or may assert, or the Debtors' rights to object to any such claims.

Dated this ____ day of _____, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:
G. James Landon, Esq.
Cynthia Jackson, Esq.

## **Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

        HUGHES  & LUCE, L.L.P.


        By   */s/ G. James Landon*
          G. James Landon
        111 Congress Avenue, Suite 900
        Austin, Texas 78701
        (512) 482-6842
        (512) 482-6859 (facsimile)
        landonj@hughesluce.com

          - and-

        FOLEY & LARDNER

        By  Lori V. Vaughn
        Florida Bar Number 0154921
        100 North Tampa Street, Suite 2700
        Tampa, Florida 33602
        (813) 229-2300
        (813) 221-4210 (facsimile)
        lvaughn@foley.com

        Counsel to Xerox Capital Services, LLC

        SMITH HULSEY & BUSEY


        By   */s/ Cynthia C. Jackson*
          Stephen D. Busey
          James H. Post
          Cynthia C. Jackson,
          Florida Bar Number 498882
        225 Water Street, Suite 1800
        Jacksonville, Florida  32202
        (904) 359-7700
        (904) 359-7708 (facsimile)
        cjackson@smithhulsey.com

          - and –

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By  D. J. Baker
    Rosalie Walker Gray
    Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Attorneys for Debtors