October 23, 2006

**F I L E D**
JACKSONVILLE. FLORIDA

**OCT 3 1 2006**

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

To: Honorable Judge Jerry A. Funk
United States Bankruptcy Court
For the Middle District of Florida
Jacksonville, FL 32202

Re: Khaja (Razi) vs. Winn Dixie
Claim # 11536
Case# 05-03817-3Fl
SS# 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

Dear Sir,

Once again I am writing to you to please review my permanent disability claim against Winn Dixie and make a fair and honest judgement.  Soon after Winn Dixie's claim office received my letter which I sent to you on September 21, 2006, the claim adjuster, Stephanie Knight, called me at my home and asked me to mail her the copies of the judge's decision of the Social Security Hearing and Appeals court in Broward County, Florida which I sent her immediately.  Last week Mrs. Knight called me again and offered me a few thousand dollars (less then ten thousand) for my claim settlement.  Your Honor, I have close to $15,000 in medical bills associated with that accident which collectors are calling me daily to make their payments.  So therefore, I request you Sir to make a fair judgement regarding my claim and make Winn Dixie pay me a fair amount of money.  Winn Dixie destroyed my life and is liable to pay. *Thank you*

Sincerely,

*[signature]*

Raziuddin S. Khaja

P.S. Social Security Disability decision papers are ~~enclosed~~. *With Winn Dixie*

## PHYSICAL
## RESIDUAL FUNCTIONAL CAPACITY
## QUESTIONNAIRE

To: _____

**Raziuddin Syed Khaja**

Re: _____ (Name of Patient)

**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**

_____ (Social Security No.)

Please answer the following questions concerning your patient's impairments. *Attach all relevant treatment notes, radiologist reports, laboratory and test results which have not been provided previously to the Social Security Administration.*

1. Nature, frequency and length of contact: _½ hr on 3/7_

2. Diagnoses: _Spond, Listhesis (5-S), HP (c-Cc._

3. Prognosis: _guarded_

4. Identify the clinical findings and objective signs:
_MRI + LS/S, Spondilisis → Disc herniation, ↓motion, ↑pain, ↑leskne_

5. Please indicate how long your patient can sit and stand/walk *total in an 8 hour working day* (with normal breaks):

| Sit | | Stand/walk | |
|---|---|---|---|
| [✓] | Less than 2 hours | [✓] | less than 2 hours |
| [ ] | About 2 hours | [ ] | about 2 hours |
| [ ] | About 4 hours | [ ] | about 4 hours |
| [ ] | At least 6 hours | [ ] | at least 6 hours |

6. Does your patient need a job which permits shifting positions *at will* from sitting, standing or walking?

[✓] Yes          [ ] No

e.  Will your patient sometimes need to take unscheduled breaks during an 8 hour working day?

[ ✓ ] Yes          [ ] No

If yes,  1) how *often* do you think this will happen?

_Every   15   minutes_

2) how *long* (on average) will your patient have to rest before returning to work?

_15   minutes_

7.  How many pounds can your patient *lift and carry* in a competitive work situation?

|  | Never | Occasionally | Frequently |
|---|---|---|---|
| less than 10 lbs. | [ ] | [ ✓ ] | [ ] |
| 10 lbs. | [ ] | [ ✓ ] | [ ] |
| 20 lbs. | [ ✓ ] | [ ] | [ ] |
| 50 lbs. | [ ✓ ] | [ ] | [ ] |

k.  Please state the percentage of time during an 8 hour working day that your patient can stoop (bend the body downward and forward by bending the spine at the waist) and crouch (bend the body downward and forward by bending both the legs and the spine).

Stoop _0_ %   Crouch _0_ % .

l.  Are your patient's impairments likely to produce  "good days" and "bad days"?

[ ✓ ] Yes                [ ] No

If yes, please estimate, on the average, how often your patient is likely to be absent from work as a result of the impairments or treatment:

[ ] Never                    [ ] About three times a month

[ ] About once a month        [ ] About four times a month

[ ] About twice a month      [ ✓ ] More than four times a month

16.  Please describe any other limitations (such as psychological limitations, limited vision, difficulty hearing, need to avoid temperature extremes, wetness, humidity, noise, dust, fumes, gases or hazards, etc.) that would affect your patient's ability to work at a regular job on a sustained basis: _Cold , Hot , gases_

_____

_____

Date ___3/) )___

Signature ___

Printed/Typed Name: Michael propper, M.D.

Address: 150 S.W. 12Ave Suite 350
Pompano FL 33069