Marvin J. Staab
Case No. 05-03817-3F1
Claim No.6557
152 Riverstone Way,
Greer, S.C., 29651
October 23, 2006

**FILED**
JACKSONVILLE, FLORIDA

OCT 3 1 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

This is a response to the objection Winn Dixie sent to the creditors of the M.S.P. claims. As a creditor I agreed to the plan presented by the bankruptcy court. I do not agree to the plan presented by Winn Dixie. As a Winn Dixie associate for more than 37 years, this program was to help fulfill my retirement plans. Being almost 60 years old, there are few options to replace this program. I do not agree with Winn Dixie on it's handling of the dedicated associates who choose to participate in the M.S.P. I OPPOSE THE OBJECTION.

Marvin Staab

*/s/ Marvin Staab/*

Name: Staab, Marvin Joseph

## MSP CLAIM

**MSP Claim to be Adjusted:**

| Claim No. | Asserted Amount | Asserted Status |
|---|---|---|
| 6557 | $255,564.00 | Unsecured |

**MSP Claim Amount Determined by Debtors as of 2/21/2005:**

| | |
|---|---|
| -- Retirement Plan Claim (Present Value): | $104,654.00 |
| Plus Correction to Present Value Calculation: | $191.00 |
| -- MSP Death Benefit Claim (Present Value): | $18,760.00  (Gross Dollars Below) |

**MSP Claim Amount as Adjusted and Allowed:**

| | | |
|---|---|---|
| Corrected Retirement Plan Claim (Present Value): | $104,845.00 | |
| Less Post-Petition Payments (Present Value): | ($0.00) | |
| **Allowed Retirement Plan Claim:** | **$104,845.00** | Unsecured; Plan Class 15 |
| | | |
| MSP Death Benefit Claim (Gross): | $63,891.00 | |
| Less Post-Petition Payments (Gross): | ($0.00) | |
| **Allowed MSP Death Benefit Claim:** | **$63,891.00** | Unsecured; Plan Class 2 |

**MSP Claim(s) to be Disallowed:**

| Claim No. | Asserted Amount | Asserted Status |
|---|---|---|
| NONE | | |

2-6075