**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**STIPULATION TO FURTHER CONTINUE HEARING**
**ON MOTION FOR RELIEF FROM STAY FILED**
**BY THRIVENT FINANCIAL FOR LUTHERANS F/K/A**
**LUTHERAN BROTHERHOOD, AS ASSIGNEE OF SUN BANK, N.A.**

The Debtors, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and Thrivent Financial for Lutherans f/k/a Lutheran Brotherhood, as Assignee of Sun Bank, N.A. ("Thrivent") stipulate and agree to (i) the continuance and rescheduling of the Motion for Relief from Stay filed by Thrivent (the "Motion") (Docket No. 1293) for final hearing upon proper motion by either party or order of the Court and (ii) the continuation of the

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

automatic stay in effect pending the conclusion of such hearing and determination of Thrivent's Motion for Relief from Stay.

Dated: November 1, 2006

| FOLEY & MANSFIELD, P.L.L.P. | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ Jeffrey D. DeCarlo<br>     Virginia Easley Johnson (FBN 559156)<br>     Jeffrey D. DeCarlo (FBN 0056390) | By  s/ Leanne McKnight Prendergast<br>     James H. Post<br>     Leanne McKnight Prendergast |
| 4770 Biscayne Boulevard, Suite 1000<br>Miami, Florida  33137<br>(305) 438-9899<br>(305) 438-9819 (facsimile)<br>vjohnson@foleymansfield.com<br>jdecarlo@foleymansfield.com | Florida Bar Number 59544<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>lprendergast@smithhulsey.com |
| -and- | -and- |
| FOLEY & MANSFIELD, P.L.L.P.<br>Thomas J. Lallier<br>Megan A. Blazina<br>250 Marquette Avenue, Suite 1200<br>Minneapolis, Minnesota  55401<br>(612) 338-8788<br>(612) 338-8690 (facsimile)<br>tlallier@foleymansfield.com<br>mblazina@foleymansfield.com | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>rgray@skadden.com |
| Attorneys for Thrivent Financial | Attorneys for the Debtors |
| *Counsel has authorized his electronic signature | |

00548232

2