UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
www.flmb.uscourts.gov

In re:

WINN-DIXIE STORES, INC.,

Case No.05-03817 JAF

Chapter 11

Debtor.
_____/

**AMENDED**
**CERTIFICATE OF SERVICE ON MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY ADA SERRA**

**I HEREBY CERTIFY**, that a true and correct of the Motion for Relief from Automatic Stay filed by Ada Serra, has been served on debtor by U.S. Mail and debtor's attorney, U.S. Trustee and Rule 1007 D parties and interest electronically, this 1st day of November 2006.

Respectfully Submitted:

**EMMANUEL PEREZ & ASSOCIATES, P.A.**
Attorney for movant, Ada Serra
901 Ponce De Leon Blvd.
Suite 303
Coral Gables, Fl  33134
Tel. 305-442-7443

By: /s/ Henry Hernandez_____
    Henry Hernandez, Esq., FBN: 542601
    bankruptcy@lawperez.com