UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about November 1, 2006 I caused copies of:

- the **Notice of Transfer of Claim Other Than For Security**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice(s) as listed above is attached hereto as Exhibit B.

Dated: November 2, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: TR

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**
**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:**   **WINN-DIXIE STORES, INC., ET AL.**                                                                                                           **CASE:**   **05-03817-3F1**

| CREDITOR ID: 534816-98 | CREDITOR ID: 400258-85 | CREDITOR ID: 392335-55 |
|---|---|---|
| EQUITY TRUST CO CUSTODIAN | LLOYD, CHANTELL | LOUIS, YOLETTE J |
| FBO BENJAMIN D TARVER IRA | C/O STEVE K MARKS, PA | C/O CRAIG DERNIS, PA LAW OFFICE |
| C/O BENJAMIN TARVER | ATTN STEVE K MARKS, ESQ | ATTN CRAIG DERNIS, ESQ |
| 11152 WESTHEIMER ROAD #796 | 1600 SOUTH FEDERAL HWAY, SUITE 801 | 2450 NE MIAMI GARDENS DR, 2ND FLOOR |
| HOUSTON TX 77042 | POMPANO BEACH FL 33062 | AVENTURA FL 33180 |

**Total:   3**

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.      Case No.: 05-03817-3F1

Docket No.: 12238

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| LOUIS, YOLETTE J | EQUITY TRUST CO CUSTODIAN |
| Name of Transferor | Name of Transferee |
| LOUIS, YOLETTE J<br>C/O CRAIG DERNIS, PA LAW OFFICE<br>ATTN CRAIG DERNIS, ESQ<br>2450 NE MIAMI GARDENS DR, 2ND FLOOR<br>AVENTURA FL 33180 | EQUITY TRUST CO CUSTODIAN<br>FBO BENJAMIN D TARVER IRA<br>C/O BENJAMIN TARVER<br>11152 WESTHEIMER ROAD #796<br>HOUSTON TX 77042 |
| Phone: 305 792 7717 | Phone: 713 491 4351 |
| Account No.: 392335 | Account No.: 534816 |

Claim No.: 4290      Full Transfer: (X)   Partial Transfer:

Date Claim Filed: 06/17/2005      Transfer Amount: $25,000.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/01/2006      /s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 1, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 12239 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| LLOYD, CHANTELL | EQUITY TRUST CO CUSTODIAN |
| Name of Transferor | Name of Transferee |
| | |
| LLOYD, CHANTELL | EQUITY TRUST CO CUSTODIAN |
| C/O STEVE K MARKS, PA | FBO BENJAMIN D TARVER IRA |
| ATTN STEVE K MARKS, ESQ | C/O BENJAMIN TARVER |
| 1600 SOUTH FEDERAL HWAY, SUITE 801 | 11152 WESTHEIMER ROAD #796 |
| POMPANO BEACH FL 33062 | HOUSTON TX 77042 |
| | |
| Phone: 954-946-0916 | Phone: 713 491 4351 |
| Account No.: 400258 | Account No.: 534816 |

| | |
|---|---|
| Claim No.: 3617 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 06/06/2005 | Transfer Amount: $7,000.00 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 11/01/2006 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 1, 2006.