UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>,**

Debtors.[1]

**Chapter 11**

**Case No. 05-03817-3F1**

**(Jointly Administered)**

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.     I am of legal age and I am not a party to this action.

2.     I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.     On or about October 31, 2006 I caused copies of:

- the **Notice of Hearing**

- the **Debtors' Twenty-Sixth Omnibus Objection to Claims Arising From Unexpired Leases of Non-Residential Real Property (I) That Have Been Assumed, (II) That Have Been Assumed and Assigned, or (III) That Are The Subject of Lease Termination Agreements**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice and Motion as listed above is attached hereto as Exhibit B.

Dated: November 2, 2006

_____
Kathleen M. Logan

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Twenty-Sixth Omnibus Objection to Claims**
**Arising From Unexpired Leases of Non-Residential**
**Real Property (I) That Have Been Assumed, (II) That**
**Have Been Assumed and Assigned or (III) That...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

CREDITOR ID: 241233-12
11010 SEVENTH AVE INVESTMENTS
C/O 11010 LAND COMPANY LLC
ATTN SALOMON GOLD
PO BOX 601551
CHARLOTTE, NC 28260-1551

CREDITOR ID: 241234-12
145 ASSOCIATES LTD
C/O MCCARTER ENGLISH
ATTN JOSEPH T WALSH, ESQ
919 N MARKET STREET, SUITE 1800
PO BOX 111
WILMINGTON DE 19899

CREDITOR ID: 241234-12
145 ASSOCIATES LTD
C/O MITCHELL & SHAPIRO LLP
ATTN KENNETH A SHAPIRO, ESQ
3490 PIEDMONT ROAD, SUITE 650
ATLANTA GA 30305

CREDITOR ID: 241234-12
145 ASSOCIATES LTD
PO BOX 460
VALLEY STREAM, NY 11582

CREDITOR ID: 241239-12
1980 UNIONPORT ASSOCIATES LLC
C/O GOLDSTEIN COMMERCIAL PROPERTY
ATTN LINDA GOLDSTEIN, MGR
3753-1 CARDINAL POINT DRIVE
JACKSONVILLE, FL 32257

CREDITOR ID: 241247-12
2525 EAST HILLSBOROUGH AVE LLC
PO BOX 530496
ATLANTA, GA 30353-0496

CREDITOR ID: 241285-12
99 EGLIN LTD
C/O DOWD LAW FIRM, PA
ATTN JOHN R DOWD, ESQ
285 HARBOUR BLVD, SUITE A
DESTIN FL 32541

CREDITOR ID: 241285-12
99 EGLIN LTD
ATTN MARK PORTER, DIRECTOR
PO BOX 1735
DESTIN, FL 32540

CREDITOR ID: 241286-12
99 ELGIN LTD
ATTN MARK PORTER, DIRECTOR
PO BOX 1735
DESTIN, FL 32540

CREDITOR ID: 241477-12
ACADIAN MANAGEMENT
ATTN BARBARA KIZER, OWNER
PO BOX 1268
MADISONVILLE, LA 70447-9998

CREDITOR ID: 407791-15
ACORN ASSOCIATES, INC
ATTN EDWARD PEARLSTEIN, VP
140 GLENLAWN AVENUE
SEA CLIFF NY 11579

CREDITOR ID: 410737-15
AEI NET LEASE INCOME & GROWTH ET AL
ON BEHALF OF THE OWNERS
C/O FREDRICKSON & BYRON, PA
ATTN JOHN M KONECK, ESQ
200 S SIXTH STREET, SUITE 4000
MINNEAPOLIS MN 55402

CREDITOR ID: 534812-98
AGENTRICS LLC
ATTN ROBERT HEATON/ELMAR JAKOBY
625 N WASHINGTON ST STE 400
ALEXANDRIA VA 22314

CREDITOR ID: 452151-15
AIB DELTONA, INC
ATTN ANNELIE MENKE, ESQ
1980 POST OAK BLVD, SUITE 720
HOUSTON TX 77056

CREDITOR ID: 452151-15
AIB DELTONA, INC
C/O WILCOX LAW FIRM
ATTN ROBERT D WILCOX, ESQ
6817 SOUTHPORT PARKWAY, SUITE 1302
JACKSONVILLE FL 32216

CREDITOR ID: 410534-15
ALBION PACIFIC PROP RESOURCES, LLC
C/O ALLEN, MATKINS, LECK, ET AL
ATTN I M GOLD/N B WARANOFF
THREE EMBARCADERO CENTER, 12TH FL
SAN FRANCISCO CA 94111-4105

CREDITOR ID: 410534-15
ALBION PACIFIC PROP RESOURCES, LLC
ATTN MARIA AHEDO
1438 GOWER STREET, BLDG 42, STE 401
BOX 11
LOS ANGELES CA 90028

CREDITOR ID: 241342-12
ALS TELFAIR PLAZA
PO BOX 1097
CORDELE, GA 31010

CREDITOR ID: 410852-15
AMERICAN FEDERAL PROPERTIES, LTD
ATTN ELI SLEIMAN JR, TREASURY
1 SLEIMAN PARKWAY, SUITE 210
JACKSONVILLE FL 32216-8046

CREDITOR ID: 417090-15
AMERICAN PAPER BOX COMPANY INC
ATTN LINDA RICH / JOSEPH J TAVIS
17 HOPEWELL FARM ROAD
NATICK MA 01760

CREDITOR ID: 417090-15
AMERICAN PAPER BOX COMPANY INC
C/O GREENBERG TRAURIG, LLP
ATTN SUSAN SIMONE, ESQ
ONE INTERNATIONAL PLACE
BOSTON MA 02110

CREDITOR ID: 534942-98
AMERICAN SUGAR REFINING INC
C/O GENE B TARR ESQ
BLANCO TACKABERRY COMBS & MATAMOROS
PO DRAWER 25008
WINSTON SALEM NC 27114-5008

CREDITOR ID: 399614-98
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ, SR VP
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

CREDITOR ID: 534960-98
APS CLEARING INC
ATTN MATTHEW HAMILTON
1301 CAPITAL OF TEXAS HWY
SUITE B-220
AUSTIN TX 78746

CREDITOR ID: 452136-98
ASM CAPITAL II, LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TURNPIKE SUITE 302
WOODBURY NY 11797

CREDITOR ID: 405952-98
ATRADIUS TRADE CREDIT INSURANCE INC
CLAIMS DEPARTMENT
ATTN DANA SANTILLI
5026 CAMPBELL BLVD STE A-D
BALTIMORE MD 21236

CREDITOR ID: 242861-12
AVON SQUARE LTD
PO BOX 5252
LOAN# 015 802 347
LAKELAND, FL 33807-5252

SERVICE LIST

**Notice of Hearing**
**Debtors' Twenty-Sixth Omnibus Objection to Claims**
**Arising From Unexpired Leases of Non-Residential**
**Real Property (I) That Have Been Assumed, (II) That**
**Have Been Assumed and Assigned or (III) That...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:    05-03817-3F1**

CREDITOR ID: 242886-12
AZALEA MANAGEMENT AND LEASING
PO BOX 9527
ASHEVILLE, NC 28815

CREDITOR ID: 242887-12
AZALEA MGT & LEASING INC
PO BOX 9527
ASHVILLE, NC 28815

CREDITOR ID: 410377-15
BEACHWALK CENTRE II, LLC
ATTN GARY B CRESS, MGR PARTNER
130 SCENIC HWY
DESTIN FL 32507

CREDITOR ID: 2069-07
BED ALABAMA LLC
ATTN BYRAM DICKES, OWNER
1200 CENTRAL AVENUE, SUITE 306
WILMETTE IL 60091

CREDITOR ID: 243236-12
BEIL PROPERTIES INC
ATTN WALTER BEIL
247 OCEAN VIEW
NEWPORT BEACH CA 92663

CREDITOR ID: 408349-15
BELLOTTO PROPERTIES, LLC
C/O HOLLAND & KNIGHT, LLP
ATTN NOEL R BOEKE, ESQ
PO BOX 1288
TAMPA FL 33601-1288

CREDITOR ID: 1122-07
BIG PINE SHOPPING CENTER LLC
PO BOX 431944
BIG PINE KEY FL 33043

CREDITOR ID: 1122-07
BIG PINE SHOPPING CENTER LLC
C/O RUSSO & KAVULICH PL
ATTN REX RUSSO, ESQ
2655 LEJEUNE ROAD, PH-1D
CORAL CABLES FL 33134

CREDITOR ID: 243718-12
BOGALUSA SHOPPING CENTER CO
C/O JW PROPERTIES
ATTN CHARLES M CASSIDY
PO BOX 16146
MOBILE, AL 36616-0146

CREDITOR ID: 407547-15
BONAIR 99-GA, LLC
C/O ERIC D ABEL, GENERAL COUNSEL
2476 N ESSEX AVENUE
HERNANDO FL 34442

CREDITOR ID: 397239-68
BONAIRE 99-GA, LLC
C/O TAMPOSI COMPANY
20 TRAFALGAR SQUARE STE 602
NASHUA, NH 03063

CREDITOR ID: 243998-12
BRIGHT-MEYERS DUBLIN ASSOCS, LP
C/O MILLER & MARTIN PLLC
ATTN CATHERINE A HARRISON, ESQ
1170 PEACHTREE STREET NE, STE 60
ATLANTA GA 30309-7706

CREDITOR ID: 243998-12
BRIGHT-MEYERS DUBLIN ASSOCS, LP
C/O MILLER & MARTIN, PLLC
ATTN CATHERINE A HARRISON, ESQ
1170 PEACHTREE STREET NE, STE 800
ATLANTA GA 30309-7706

CREDITOR ID: 410950-99
BUFFALO-LOL ASSOCIATES, LTD/
BUFFALO-WD ASSOCIATES, LTD
C/O BENDERSON DEVELOPMENT CO, INC
ATTN SUSAN HASSINGER, ESQ
570 DELAWARE AVE
BUFFALO NY 14202

CREDITOR ID: 410950-99
BUFFALO-LOL ASSOCIATES, LTD/
C/O BENDERSON DEVELOPMENT CO LLC
ATTN: JOEL E SCHOLSBERG, ESQ
8441 COOPER CREEK BLVD
UNIVERSITY PARK FL 34201

CREDITOR ID: 1152-07
BW DIX INC
C/O DAVID NOVAK, TREASURER
849 20TH STREET
VERO BEACH, FL 32960

CREDITOR ID: 244248-12
BW TREASURE, INC
C/O DAVID NOVAK, TREAS
849 20TH STREET
VERO BEACH, FL 32960

CREDITOR ID: 244251-12
BY-PASS PARTNERSHIP
ATTN ANDRE G COUDRAIN ESQ
PO BOX 1075
HAMMOND, LA 70404-1075

CREDITOR ID: 410924-15
C/WD OF JAX, INC
ATTN JANE C BOCKEL, PRES
10563 JAMES WREN WAY
FAIRFAX VA 22030

CREDITOR ID: 403520-98
CACTUS HOLDINGS GROUP LLC
ATTN VIJAY KRISH
19487 ROBLE CT
SARATOGA CA 95070

CREDITOR ID: 417419-98
CADLEROCK LLC
ATTN VIC BUENTE
100 NORTH CENTER STREET
NEWTON FALLS OH 44444

CREDITOR ID: 244473-12
CAPITAL PROPERTIES ASSOCIATES
ATTN CHARLES W WEST, MGR
PO BOX 2169
TUSCALOOSA, AL 35403

CREDITOR ID: 423154-98
CAPX REALTY LLC
101 SUMMER STREET
BOSTON MA 02110

CREDITOR ID: 423158-97
CAPX REALTY LLC
C/O LOWNDES DROSDICK ET AL
ATTN: M.BEAL & Z.BANCROFT
450 S ORANGE AVE, STE 800
ORLANDO FL 32801

CREDITOR ID: 244498-12
CARDINAL ENTITIES COMPANY LLC
C/O MATTITUCK SHOPPING CT
PO BOX 77
MATTITUCK, NY 11952

CREDITOR ID: 399295-15
CARNEGIE COMPANIES, INC
BROADWAY PROPERTIES, INC
C/O JAVITCH BLOCK & RATHBONE LLC
ATTN MARC A MELAMED, ESQ
1300 EAST 9TH STREET, 14TH FLOOR
CLEVELAND OH 44114

CREDITOR ID: 244681-12
CARR FARMS, LLP
ATTN C H CARR AND BARRY D CARR
DEENA PLAIRE-HAAS
3199 PALMYRA ROAD
ALBANY GA 31707

SERVICE LIST

**Notice of Hearing**
**Debtors' Twenty-Sixth Omnibus Objection to Claims**
**Arising From Unexpired Leases of Non-Residential**
**Real Property (I) That Have Been Assumed, (II) That**
**Have Been Assumed and Assigned or (III) That...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                **CASE:    05-03817-3F1**

CREDITOR ID: 244681-12
CARR FARMS, LLP
C/O GARDNER, WILLIS, ET AL
ATTN DEENA PLAIRE-HAAS, ESQ
2408 WESTGATE DRIVE
ALBANY GA 31707

CREDITOR ID: 405971-98
CAVENDISH FARMS INC
ATTN DAVID BATES
100 MIDLAND DRIVE
DIEPPE NB E1A6X4
CANADA

CREDITOR ID: 244838-12
CEDAR HILLS CONSOLIDATED, LLC
C/O SLOTT, BARKER & NUSSBAUM
ATTN EARL M BARKER JR, ESQ
334 E DUVAL STREET
JACKSONVILLE FL 32202

CREDITOR ID: 244838-12
CEDAR HILLS CONSOLIDATED, LLC
C/O VICTORY COMMERCIAL REAL ESTATE
506 45TH STREET, SUITE B-5
COLUMBUS, GA 31904

CREDITOR ID: 2131-99
CHESTER DIX CRAWFORDVILLE CORPORATI
C/O LAWRENCE KADISH REAL ESTATE
ATTN LAWRENCE KADISH, PRESIDENT
PO BOX 40
WESTBURY NY 11590

CREDITOR ID: 410456-15
CLAY PLAZA INVESTORS, LLC
PO BOX 4767
COLUMBUS GA 31914

CREDITOR ID: 411126-15
CLEVELAND MARKETPLACE, LTD
PO BOX 1806
GREENVILLE SC 29602

CREDITOR ID: 411126-15
CLEVELAND MARKETPLACE, LTD
LEATHERWOOD WALKER TODD & MANN, PC
ATTN SEANN GRAY TZOUVELEKAS, ESQ
PO BOX 87
GREENVILLE SC 29602-0087

CREDITOR ID: 246488-12
CLINTON HOUSE COMPANY
C/O RMC REALTY COMPANIES LTD
ATTN ACCOUNTING DEPT.
1733 WEST FLETCHER AVENUE
TAMPA, FL 33612

CREDITOR ID: 417061-98
COHANZICK CREDIT OP MASTER FUND LTD
ATTN DAVID SHERMAN
427 BEDFORD RD SUITE 260
PLEASSANTVILLE NY 10570

CREDITOR ID: 534813-98
COLONIAL MART LIMITED PARTNERSHIP
AND CRESTVIEW CENTER LLC
C/O GARY B CRESS
PO BOX 1260
RIDGELAND MS 29158

CREDITOR ID: 407769-15
COLONIAL REALTY LP
C/O FOSTER, LINDEMAN & KLINKBEIL,PA
ATTN W LINDEMAN/T FOSTER, ESQS
PO BOX 3108
ORLANDO FL 32802

CREDITOR ID: 246681-12
COLUMBIA MARKETPLACE LLC
C/O REGENCY PROPERTY SERVICES
ATTN JEFF HOWELL, PROP MGMT DIR
330 CROSS POINTE BOULEVARD
EVANSVILLE, IN 47715

CREDITOR ID: 246681-12
COLUMBIA MARKETPLACE LLC
C/O TERRELL, BAUGH, ET AL
ATTN BRADLEY J SALMON, ESQ
700 S GREEN RIVER ROAD, STE 2000
EVENSVILLE IN 47715

CREDITOR ID: 410418-15
COMMERCIAL NET LEASE REALTY, INC
NKA: NATIONAL RETAIL PROPERTIES INC
C/O LOWNDES, DROSDICK, ET AL
ATTN ZACHARY J BANCROFT, ESQ
PO BOX 2809
ORLANDO FL 32802-2809

CREDITOR ID: 423063-15
COMMONWEALTH FOREST EDGE, LLC
C/O SAUL EWING, LLP
ATTN JOYCE A KUHNS, ESQ
500 EAST PRATT STREET
BALTIMORE MD 21202

CREDITOR ID: 416956-98
CONTRARIAN FUNDS, LLC
ATTN MICHAEL J RESTIFO, CFO/MEMBER
411 WEST PUTNAM AVE S-225
GREENWICH CT 06830

CREDITOR ID: 2163-07
CORPORATE PROPERTY ASSOCS 9, LP
C/O W P CAREY & CO, LLC
ATTN THOMAS LEWIS, VP
50 ROCKEFELLER PLAZA
NEW YORK NY 10020

CREDITOR ID: 2163-07
CORPORATE PROPERTY ASSOCS 9, LP
C/O WILLKIE FARR & GALLAGHER
ATTN ALAN J LIPKIN, ESQ
787 SEVENTH AVENUE
NEW YORK NY 10019-6373

CREDITOR ID: 411244-98
CREDIT SUISSE
ATTN WENDY BEER
11 MADISON AVE 5TH FLR
NEW YORK NY 10010

CREDITOR ID: 411244-98
CREDIT SUISSE
ESBIN & ALTER LLP
LESLEY HYNES
497 SOUTH MAIN ST
NEW CITY NY 10956

CREDITOR ID: 410378-15
CRESTVIEW, LLC
ATTN GARY B CRESS, MGR PARTNER
NORTH FERDON BLVD & HWY 85 NORTH
CRESTVIEW FL 32536

CREDITOR ID: 410819-15
CRIIMI MAE SVCS LP, SERIES 1997-WF1
HOLDERS MORGAN STANLEY CAPITAL INC
C/O VENABLE LLP
ATTN G A CROSS & H D FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 407681-15
CROSSINGS OF ORLANDO, LTD
C/O BELL BOYD & LLOYD, LLC
ATTN C LONSTEIN & A SCHAEFFER, ESQS
70 W MADISON STREET, SUITE 3300
CHICAGO IL 60602

CREDITOR ID: 407681-15
CROSSINGS OF ORLANDO, LTD
C/O COURTELIS COMPANY
ATTN V STOSIK/W D PITTS, PRES
703 WATERFORD WAY, SUITE 800
MIAMI FL 33126

CREDITOR ID: 410920-15
CRYSTAL LAKE AT ORLANDO
C/O FRAZIER HOTTE & ASSOCIATES
ATTN ROBERT W FRAZIER, JR
6550 N FEDERAL HWY #220
FT LAUDERDALE FL 33308

CREDITOR ID: 1238-07
CRYSTAL LAKE AT ORLANDO
C/O REALVEST PARTNERS INC
ATTN ROBERT A LEVY, MEMBER
2200 LUCIEN WAY, SUITE 350
MAITLAND, FL 32751-7019

SERVICE LIST
Notice of Hearing
Debtors' Twenty-Sixth Omnibus Objection to Claims
Arising From Unexpired Leases of Non-Residential
Real Property (I) That Have Been Assumed, (II) That
Have Been Assumed and Assigned or (III) That...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

CREDITOR ID: 452057-98
CSFB 1998-C1 SHIRLEY ROAD LLC
C/O LNR PARTNERS, INC
ATTN MR ARNE SHULKIN
1601 WASHINGTON AVENUE SUITE 700
MIAMI BEACH FL 33139

CREDITOR ID: 383163-99
CVS EGL OVERSEAS MARATHON FL, LLC
C/O SAUL EWING LLP
ATTN MARK MINUTI, ESQ
222 DELAWARE AVE, STE 1200
PO BOX 1266
WILMINGTON DE 18899

CREDITOR ID: 534697-98
CWCAPITAL ASSET MANAGEMENT LLC
FOR LASALLE BANK NA
C/O STUTSMAN THAMES & MARKEY PA
ATTN RICHARD R THAMES
50 N LAURA ST STE 1600
JACKSONVILLE FL 32202

CREDITOR ID: 411174-15
CWCAPITAL ASSET MGMT, SERIES 1999C1
HOLDERS OF COMMERCIAL MORTGAGE
C/O VENABLE LLP
ATTN G CROSS/H FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 1244-07
DALRAIDA PROPERTIES INC
ATTN JAMES W RUTLAND, JR PRESIDENT
PO BOX 230758
MONTGOMERY, AL 36123-0758

CREDITOR ID: 410822-15
DANIEL G KAMIN MANDEVILLE, LLC
C/O HELD & ISRAEL
ATTN KIMBERLY HELD ISRAEL, ESQ
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 407738-99
DBR ASSET MGMT, LLC AGENT FOR
BEDFORD AVENUE REALTY INC
C/O GLATTER & ASSOCIATES PA
ATTN ERIC S GLATTER, ESQ
1489 WEST PALMETTO PARK RD, STE 420
BOCA RATON FL 33486

CREDITOR ID: 407682-98
DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

CREDITOR ID: 1259-07
DEFUNIAK SQUARE PARTNERS, LTD
C/O VALPARAISO REALTY CO
ATTN TERESA W FEDONCZAK
PO BOX 8
VALPARAISO, FL 32580-0008

CREDITOR ID: 423075-98
DELLACAMERA CAPITAL MANAGEMENT LLC
ATTN VINCENT T SPINNATO, MGR MEMBER
200 PARK AVE, 33RD FLOOR
NEW YORK NY 10017

CREDITOR ID: 247926-12
DELNICE CORP NV
C/O BERGER SINGERMAN, PA
ATTN JORDI GUSO, ESQ
200 S BISCAYNE BLVD, SUITE 1000
MIAMI FL 33131-5308

CREDITOR ID: 247926-12
DELNICE CORP NV
ATTN QUINZIO SPAGGIARI, PRESIDENT
PO BOX 016727
MIAMI, FL 33101

CREDITOR ID: 1265-07
DELTONA ASSOC LTD
C/O BRUCE STRUMPF INC
314 S MISSOURI AVENUE, STE 305
CLEARWATER FL 33756

CREDITOR ID: 1265-07
DELTONA ASSOC LTD
TABAS FREEDMAN SOLOFF & MILLER PA
ATTN JOEL L. TABAS, ESQ
25 SE 2ND AVENUE, STE. 919
MIAMI FL 33131

CREDITOR ID: 250438-12
DEWRELL, GEORGE
ATTN RAY DEWRELL
PO BOX 642
FORT WALTON BEACH FL 32549

CREDITOR ID: 417063-98
DK ACQUISITION PARTNERS LP
C/O MH DAVIDSON & CO
ATTN MICHAEL J LEFELL
65 EAST 55TH STREET, 19TH FLOOR
NEW YORK NY 10022

CREDITOR ID: 1277-07
DUCKWORTH MORRIS REALTY, AGENT
FOR ESSEX SQUARE INVESTING
ATTN JOE B DUCKWORTH, PRESIDENT
PO BOX 1999
TUSCALOOSA, AL 35403-1999

CREDITOR ID: 315756-40
DUPUIS, CARL
SCOTT R NABORS, ESQ
456 HARRISON AVENUE
PANAMA CITY FL 32401

CREDITOR ID: 315756-40
DUPUIS, CARL
PO BOX 1863
PANAMA CITY, FL 32402

CREDITOR ID: 248637-12
EAGLE HARBOR INVESTORS LLC
506 45TH ST, SUITE B5
COLUMBUS, GA 31904

CREDITOR ID: 248713-12
EASTGATE INVESTORS LLC
PO BOX 4767
COLUMBUS, GA 31914

CREDITOR ID: 248729-12
EBR, LLC
C/O PHELPS DUNBAR, LLP
ATTN RANDY ROUSSEL, ESQ
445 NORTH BLVD, STE 701
BATON ROUGE LA 70802

CREDITOR ID: 248729-12
EBR, LLC
7732 GOODWOOD BLVD,  STE V
BATON ROUGE, LA 70806

CREDITOR ID: 2208-07
ECM DEVELOPMENT, INC
C/O DAVIDSON WIGGINS JONES & PARSON
ATTN W CAMERON PARSONS, ESQ
PO BOX 1939
TUSCALOOSA AL 35403

CREDITOR ID: 2208-07
ECM DEVELOPMENT, INC
PO BOX 468
NORTHPORT AL 35476

CREDITOR ID: 407752-99
EFESOS PROPERTIES NV INC &
ORION INVESTMENT & MNGMNT LTD CORP
C/O HINSHAW & CULBERTSON LLP
ATTN KENNETH G M MATHER, ESQ
100 SOUTH ASHLEY DR, STE 500
TAMPA FL 33602

CREDITOR ID: 1297-07
ELFERS SQUARE CENTER INC
C/O MORSE & GOMEZ, PA
ATTN ALBERTO F GOMEZ JR, ESQ
119 S DAKOTA AVENUE
TAMPA FL 33606

**Notice of Hearing**
**Debtors' Twenty-Sixth Omnibus Objection to Claims**
**Arising From Unexpired Leases of Non-Residential**
**Real Property (I) That Have Been Assumed, (II) That**
**Have Been Assumed and Assigned or (III) That...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1297-07<br>ELFERS SQUARE CENTER INC<br>10912 N 56TH STREET<br>TEMPLE TERRACE FL 33617-3004 | CREDITOR ID: 410596-15<br>ENGLEWOOD LAND TRUST, SUCCESSOR<br>PACHULSKI STANG ZIEHL ET AL<br>ATTN ILAN D SCHARF, ESQ<br>780 THIRD AVENUE, 36TH FLR<br>NEW YORK NY 10017-2024 | CREDITOR ID: 534816-98<br>EQUITY TRUST CO CUSTODIAN<br>FBO BENJAMIN D TARVER IRA<br>C/O BENJAMIN TARVER<br>11152 WESTHEIMER ROAD #796<br>HOUSTON TX 77042 |
| CREDITOR ID: 2211-07<br>ERBS/ELLIS PROPERTIES<br>ATTN EDWARD C ELLIS<br>709 DEVON AVENUE<br>LOS ANGELES CA 90024 | CREDITOR ID: 2211-07<br>ERBS/ELLIS PROPERTIES<br>C/O COX CASTLE & NICHOLSON LLP<br>ATTN RANDALL W BLACK, ESQ<br>2049 CENTURY PARK EAST, SUITE 2800<br>LOS ANGELES CA 90067 | CREDITOR ID: 2223-07<br>ESROG REALTY LLC<br>C/O DAVID GOLD, ESQ<br>840 GRAND CONCOURSE, SUITE 1 B<br>BRONX NY 10451 |
| CREDITOR ID: 249222-12<br>EVANGELINE LIFE INSURANCE CO<br>C/O PITMAN BROUSSARD<br>ATTN LEWIS H PITMAN, JR<br>209 W MAIN STREET, SUITE 300<br>NEW IBERIA LA 70560 | CREDITOR ID: 315804-40<br>EVANGELINE LIFE INSURANCE CO<br>ATTN DAVID L LANDRY, VP<br>PO BOX 13098<br>NEW IBERIA, LA 70562-3098 | CREDITOR ID: 408404-98<br>FAIR HARBOR CAPITAL LLC<br>ATTN FRED GLASS<br>875 AVENUE OF THE AMERICAS STE 2305<br>NEW YORK NY 10001 |
| CREDITOR ID: 416237-98<br>FIRST COMMERCIAL BANK<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN: JAY R BENDER<br>1819 FIFTH AVENUE NORTH, ONE FEDERAL PLACE<br>BIRMINGHAM AL 35203-2104 | CREDITOR ID: 400443-98<br>FIRST COMMERCIAL CREDIT CORP<br>ATTN JC BARONE<br>10 NEW KING STREET<br>WHITE PLAINS NY 10604 | CREDITOR ID: 249624-12<br>FLAMINGO EAST LTD<br>PO BOX 568368<br>C/O SAGIO DEVELOPMENT CORPORATION<br>ORLANDO, FL 32856-8368 |
| CREDITOR ID: 404014-15<br>FLORIDA DICKENS ASSOCIATES<br>ATTN WILLIAM L PIERPOINT<br>PO BOX 5005<br>RANCHO MIRAGE CA 92270 | CREDITOR ID: 249740-12<br>FLORIDA DICKENS ASSOCIATES<br>PO BOX 863030<br>ORLANDO, FL 32886-3030 | CREDITOR ID: 249895-12<br>FMV ASSOCIATES<br>C/O BERKOVITZ & SCHILIT<br>ATTN MENACHEM SCHILIT, ESQ<br>16830 VENTURA BLVD, SUITE 500<br>ENCINO CA 91436 |
| CREDITOR ID: 249895-12<br>FMV ASSOCIATES<br>ATTN FRANK OEHLBAUM<br>300 N SWALL DRIVE, NO 453<br>BEVERLY HILLS, CA 90211 | CREDITOR ID: 405884-99<br>FOLEY PARTNERS LLC<br>C/O JOHNSTON CONWELL & DONOVAN LLC<br>ATTN WH DONOVAN III & AM DAUGHERTY<br>813 SHADES CREEK PKWY, STE 200<br>BIRMINGHAM AL 35209 | CREDITOR ID: 1346-07<br>FOUNTAIN COLUMBUS ASSOCS LLC<br>C/O HARBOR GROUP MGMT<br>121 EXECUTIVE CENTER DRIVE, STE 129<br>COLUMBIA, SC 29210 |
| CREDITOR ID: 1346-07<br>FOUNTAIN COLUMBUS ASSOCS LLC<br>C/O KAUFMAN & CANOLES<br>ATTN PAUL K. CAMPSEN, ESQ.<br>150 W MAIN STREET, SUITE 2100<br>NORFOLK VA 23510 | CREDITOR ID: 410525-15<br>FOUR FLORIDA SHOPPING CENTERS LP<br>C/O THE BROWN COMPANY<br>ATTN ALFRED BROWN<br>7753 LAKE WORTH ROAD<br>LAKE WORTH FL 33467 | CREDITOR ID: 1355-07<br>FWI 16 LLC<br>ATTN THOMAS J CANNON, PRESIDENT<br>314 S MISSOURI AVENUE, SUITE 305<br>CLEARWATER, FL 33756 |
| CREDITOR ID: 1356-07<br>FWI 20 LLC<br>C/O BRUCE STRUMPF INC<br>ATTN THOMAS J CANNON, PRESIDENT<br>314 S MISSOURI AVENUE<br>CLEARWATER, FL 33756 | CREDITOR ID: 250259-12<br>GARDENS PARK PLAZA  219<br>C/O ELK BANKIER CHRISTU & BAKST LLP<br>ATTN MICHAEL R BAKST, ESQ.<br>222 LAKEVIEW AVENUE, SUITE 1330<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 250259-12<br>GARDENS PARK PLAZA  219<br>505 S FLAGLER DR STE 1010<br>WEST PALM BEACH, FL 33401-5923 |
| CREDITOR ID: 410719-99<br>GATOR CARRIAGE PARTNERS, LTD<br>C/O FROST BROWN TODD LLC<br>ATTN: KYLE R GRUBBS, ESQ<br>2200 PNC CENTER<br>201 EAST FIFTH STREET<br>CINCINNATI OH 45202 | CREDITOR ID: 410721-99<br>GATOR JACARANDA, LTD<br>C/O FROST BROWN TODD LLC<br>ATTN: KYLE R GRUBBS, ESQ<br>2200 PNC CENTER<br>201 EAST FIFTH STREET<br>CINCINNATI OH 45202 | CREDITOR ID: 381792-99<br>GE COMMERCIAL FIN BUS PROP CORP FKA<br>GE CAPITAL BUS ASSET FUNDING CORP<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN MARC HAMROFF/LESLIE BERKOFF<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 |

SERVICE LIST

**Notice of Hearing
Debtors' Twenty-Sixth Omnibus Objection to Claims
Arising From Unexpired Leases of Non-Residential
Real Property (I) That Have Been Assumed, (II) That
Have Been Assumed and Assigned or (III) That...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 250204-12<br>GHI OF WEST PALM BEACH LLC<br>ATTN FLORIAN GHITAS, PRESIDENT<br>3140 SW 118TH TERRACE<br>DAVIE, FL 33325 | CREDITOR ID: 250686-12<br>GLYNN ENTERPRISES LLC<br>PO BOX 751554<br>% ZIFF PROPERTIES INC<br>CHARLOTTE, NC 28275-1554 | CREDITOR ID: 417048-97<br>GMAC COMMERCIAL MORTGAGE CORP<br>ATTN SUSAN C TARNOWER ESQ<br>THREE RAVINA DRIVE STE 200<br>ATLANTA GA 30346 |
| CREDITOR ID: 405927-99<br>GOODING'S SUPERMARKETS, INC<br>C/O LOWNDES DROSDICK ET AL<br>ATTN MATT E BEAL, ESQ<br>215 NORTH EOLA DRIVE<br>PO BOX 2809<br>ORLANDO FL 32802-2809 | CREDITOR ID: 2270-07<br>GREENGOLD CO,  LLC<br>ATTN LEONARD GOLD, PARTNER<br>3265 PERRY AVENUE<br>OCEANSIDE NY 11572 | CREDITOR ID: 410900-15<br>GS II JACKSONVILLE REGIONAL, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD  OH 44122 |
| CREDITOR ID: 410506-15<br>GULFPORT/ORANGE GROVE ASSOCS, LTD<br>C/O ECMC<br>ATTN JOHN C T EDWARDS, AGENT<br>6055 PRIMACY PARKWAY, SUITE 402<br>MEMPHIS TN 38119 | CREDITOR ID: 452382-98<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN G LIBERCHUK/R J KOLTAI<br>301 ROUTE 17, 6TH FLR<br>RUTHERFORD NJ 07070 | CREDITOR ID: 399349-98<br>HAIN CAPITAL INVESTORS LLC<br>ATTN G LIBERCHUK/ROBERT J KOLTAI<br>201 ROUTE 17 STE 300<br>RUTHERFORD NJ 07070 |
| CREDITOR ID: 2013-07<br>HALL, WILLIAM H<br>C/O ROBERT A HECKIN LAW OFFICE<br>ATTN ROBERT A HECKIN, ESQ<br>1 SLEIMAN PARKWAY, STE 280<br>JACKSONVILLE FL 32216 | CREDITOR ID: 2013-07<br>HALL, WILLIAM H<br>2358 RIVERSIDE AVE<br>SUITE 701<br>JACKSONVILLE FL 33204 | CREDITOR ID: 383961-47<br>HAMMONTON PARTNERS<br>C/O AFI MANAGEMENT<br>ATTN ANTHONY J LASALA<br>1410 VALLEY ROAD<br>WAYNE, NJ 07470 |
| CREDITOR ID: 254539-12<br>HEARD, LAWRENCE M<br>C/O ARIANA ASSOCIATES<br>3904 HALL OAK COURT<br>VALRICO, FL 33594 | CREDITOR ID: 1420-07<br>HELENA MARKETPLACE LLC<br>KING DRUMMOND & DABBS, PC<br>ATTN MARJORIE O DABBS, ESQ<br>100 CENTERVIEW DRIVE, STE 180<br>BIRMINGHAM AL 35216 | CREDITOR ID: 1420-07<br>HELENA MARKETPLACE LLC<br>ATTN E PAUL STREMPEL, JR<br>III RIVERCHASE OFFICE PLAZA<br>SUITE 102<br>BIRMINGHAM, AL 35244 |
| CREDITOR ID: 411182-15<br>HERITAGE PROPERTY INVESTMENT LP<br>C/O HERITAGE PROP INVESTMENT TRUST<br>ATTN EDWARD W VALANZOLA, ESQ<br>131 DARTMOUTH STREET<br>BOSTON MA 02116 | CREDITOR ID: 251537-12<br>HERMAN MAISEL & CO INC<br>PO BOX 7481<br>MOBILE, AL 36670 | CREDITOR ID: 408177-98<br>HMAC 1999-PH1 WATAUGA CTR LTD PART<br>ATTN RUSSELL L REID JR<br>C/O HELLER EHRMAN LLP<br>7 TIMES SQUARE, TIMES SQUARE TOWER<br>NEW YORK NY 10036 |
| CREDITOR ID: 251800-12<br>HOMOSASSA ASSOCIATES<br>ATTN FRANK J GULISANO<br>6700 NW BROKEN SOUND PKY, SUITE 201<br>BOCA RATON, FL 33487 | CREDITOR ID: 251103-12<br>HR ORLANDO LLC<br>PO BOX 2771<br>PALM BEACH, FL 33480 | CREDITOR ID: 1447-07<br>HUDSON SQUARE CENTER INC<br>10912 N 56TH STREET<br>TEMPLE TERRACE FL 33617-3004 |
| CREDITOR ID: 452060-98<br>IB PROPERTY HOLDINGS LLC<br>ATTN JOHN A D'ERRICO VP<br>4425 PONCE DE LEON BLVD SUITE 500<br>CORAL GABLES FL 33146 | CREDITOR ID: 252022-12<br>ICOS LLC<br>ATTN ELIO OR ALEX MADDALOZZO<br>740 HARBOR DRIVE<br>KEY BISCAYNE, FL 33149 | CREDITOR ID: 534811-15<br>ICOS, LLC<br>C/O FURR & COHEN, PA<br>ATTN ROBERT C FURR, ESQ<br>2255 GLADES ROAD, SUITE 337W<br>BOCA RATON FL 33431-7383 |
| CREDITOR ID: 1455-07<br>INDEPENDENCE SQUARE<br>C/O JOSEPH N PERLMAN LAW OFFICES<br>ATTN JOSEPH N PERLMAN, ESQ<br>1101 BELCHER ROAD, SUITE B<br>LARGO FL 33771 | CREDITOR ID: 1455-07<br>INDEPENDENCE SQUARE<br>ALBA CONSULTING CORP<br>1420 COURT STREET<br>CLEARWATER, FL 33756 | CREDITOR ID: 252127-12<br>INDIAN VILLAGE<br>C/O COLUMBIA PROPERTIES INC<br>1355 TERRELL MILL ROAD<br>BLDG 1478 SUITE 200<br>MARIETTA, GA 30067 |

SERVICE LIST
Notice of Hearing
Debtors' Twenty-Sixth Omnibus Objection to Claims
Arising From Unexpired Leases of Non-Residential
Real Property (I) That Have Been Assumed, (II) That
Have Been Assumed and Assigned or (III) That...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 411090-15
INLAND SOUTHEAST COUNTRYSIDE LP
C/O INLAND REAL ESTATE GROUP, INC
ATTN BERT BITTOURNA, ESQ
2901 BUTTERFIELD ROAD
OAK BROOK IL 60523

CREDITOR ID: 411094-15
INLAND SOUTHEAST ST CLOUD LP
C/O CONNOLLY BOVE LODGE & HUTZ LLP
ATTN KAREN C BIFFERATO, ESQ
1007 NORTH ORANGE STREET
PO BOX 2207
WILMINGTON DE 19899

CREDITOR ID: 1473-07
ISLAND PLAZA LLC
ATTN RICHARD S YOUNG
1000 VENETIAN WAY, SUITE 810
MIAMI, FL 33139

CREDITOR ID: 452110-98
JEFFERSON-PILOT INVESTMENTS INC
C/O NEXSEN PRUET ADAMS KLEEMEIER
ATTN CHRISTINE L MYATT, ESQ
PO BOX 3463
GREENSBORO NC 27402

CREDITOR ID: 452110-98
JEFFERSON-PILOT INVESTMENTS INC
C/O DIANA PALECEK
100 NORTH GREENE STREET
GREENSBORO NC 27401

CREDITOR ID: 410448-15
JEFFERSON-PILOT LIFE INSURANCE CO
ATTN DIANA R PALECEK, ESQ
CHRISTINE L MYATT, ESQ
PO BOX 21008
GREENSBORO NC 27420

CREDITOR ID: 410448-15
JEFFERSON-PILOT LIFE INSURANCE CO
C/O NEXSEN PRUET ADAMS KLEEMEIER
ATTN: BENJAMIN A KAHN, ESQ
701 GREEN VALLEY ROAD, SUITE 100
GREENSBORO NC 27408

CREDITOR ID: 411030-99
JEM INVESTMENTS, LTD
C/O HILL WARD & HENDERSON, PA
ATTN PAIGE A GREENLEE, ESQ
101 E KENNEDY BLVD, STE 3700
TAMPA FL 33602

CREDITOR ID: 1487-07
JKA ENTERPRISES LLC
C/O JOSEPH K ANDERSON, PRES
262 FELLS ROAD
ESSEX FELLS, NJ 07021

CREDITOR ID: 399350-98
JPMORGAN CHASE BANK NA
ATTN STANLEY LIM
CARRIE A PARKS
270 PARK AVE 17TH FLR
NEW YORK NY 10017

CREDITOR ID: 399350-98
JPMORGAN CHASE BANK NA
C/O KIRKPATRICK & LOCKHART ET AL
ATTN TIMOTHY C BENNETT, ESQ
599 LEXINGTON AVENUE
NEW YORK NY 10022

CREDITOR ID: 534409-98
JPMORGAN CHASE BANK NA
ATTN NEELIMA VELUVOLU
270 PARK AVE 17TH FLR
NEW YORK NY 10017

CREDITOR ID: 534845-97
JPMORGAN CHASE BANK NA
C/O KIRKPATRICK & LOCKHART ET AL
ATTN: STEVEN H EPSTEIN
599 LEXINGTON AVENUE
NEW YORK NY 10022

CREDITOR ID: 399394-98
JPMORGAN CHASE BANK NA
ATTN ANDREW OPEL
CARRIE A PARKS
270 PARK AVE 17TH FLR
NEW YORK NY 10017

CREDITOR ID: 410761-15
KAMIN, DANIEL G
C/O KAMIN REALTY CO
490 SOUTH HIGHLAND AVE
PITTSBURGH PA 15206

CREDITOR ID: 410846-15
KIMCO DELAWARE, INC
C/O MORGAN LEWIS & BOCKIUS LLP
ATTN NEIL E HERMAN, ESQ
101 PARK AVENUE
NEW YORK NY 10178

CREDITOR ID: 253996-12
KIMCO DEVELOPMENT CORP
C/O KIMCO REALTY CORP
3333 NEWY HYDE PARK RD STE 100
PO BOX 5020
NEW HYDE PARK, NY 11042-0020

CREDITOR ID: 410735-15
KITE EAGLE CREEK, LLC
C/O ICE MILLER
ATTN MARK A BOGDANOWICZ, ESQ
ONE AMERICAN SQUARE, BOX 82001
INDIANAPOLIS IN 46282-0200

CREDITOR ID: 254057-12
KJUMP INC
190 JOHN ANDERSON DRIVE
ORMOND BEACH, FL 32176

CREDITOR ID: 410877-15
KMART CORPORATION
C/O DYKEMA GOSSETT PLLC
ATTN BRENDAN G BEST, ESQ
400 RENAISSANCE CENTER
DETROIT MI 48243-1668

CREDITOR ID: 250737-12
KONRAD, GORDON K
WAHL & AST, PA
ATTN DAVID A AST, ESQ
222 RIDGEDALE AVENUE
PO BOX 1309
MORRISTOWN NJ 07962-1309

CREDITOR ID: 250737-12
KONRAD, GORDON K
PO BOX 10890
JEFFERSON, LA 70181

CREDITOR ID: 1522-07
LA PETITE ROCHE CENTER GENERAL
C/O DOYLE ROGERS COMPANY
PO DRAWER A
BATESVILLE, AR 72503

CREDITOR ID: 1522-07
LA PETITE ROCHE CENTER GENERAL
WILLIAMS & ANDERSON PLC
ATTN JOHN KOOISTRA, III, ESQ
111 CENTER STREET, 22ND FLOOR
LITTLE ROCK  AR 72201

CREDITOR ID: 254321-12
LAKE JACKSON TRADING POST
151 SAWGRASS CORNERS DRIVE, STE 202
PONTE VEDRA BEACH, FL 32082

CREDITOR ID: 1527-07
LAKE SUN PROPERTIES LTD
ATTN ROGER F RUTTENBERG, GP
55 E MONROE, STE 1890
CHICAGO, IL 60603-2390

CREDITOR ID: 2364-07
LAKELAND ASSOCIATES, LP
ATTN THOMAS J CANNON, PRESIDENT
314 S MISSOURI AVE, STE 305
CLEARWATER FL 33756

**Notice of Hearing**
**Debtors' Twenty-Sixth Omnibus Objection to Claims**
**Arising From Unexpired Leases of Non-Residential**
**Real Property (I) That Have Been Assumed, (II) That**
**Have Been Assumed and Assigned or (III) That...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410958-15<br>LAKELAND PARTNERS<br>C/O STRADLEY RONON STEVENS ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 | CREDITOR ID: 254410-12<br>LAPALCO VILLAGE SHOP CEN<br>7809 AIRLINE HWY SU 309<br>METAIRIE, LA 70003 | CREDITOR ID: 534411-98<br>LASALLE BANK NA AS TRUSTEE FOR<br>C/O VENABLE LLP<br>ATTN: HEATHER DEANS FOLEY, ESQ<br>1800 MERCANTILE BANK & TRUST BDLG<br>TWO HOPKINS PLAZA<br>BALTIMORE MD 20201 |
| CREDITOR ID: 534411-98<br>LASALLE BANK NA AS TRUSTEE FOR<br>REG HOLDERS OF ACGS 2004 LLC SN ABC<br>ATTN DEMETRIOS J MORAKIS VP<br>C/O CWCAPITAL ASSET MGMT LLC<br>701 13TH ST NW STE 1000<br>WASHINGTON DC 20005 | CREDITOR ID: 417085-98<br>LASALLE BANK NATIONAL ASSOC ETAL<br>C/O DUANE MORRIS LLP<br>ATTN WENDY SIMKULAK ESQ<br>30 SOUTH 17TH ST<br>PHILADELPHIA  PA 19103-4196 | CREDITOR ID: 2371-07<br>LASSITER PROPERTIES INC<br>C/O CHAMBERLAIN, HRDLICKA, ET AL<br>ATTN JAMES L PAUL, ESQ<br>191 PEACHTREE STREET NE, 9TH FL<br>ATLANTA GA 30303 |
| CREDITOR ID: 2371-07<br>LASSITER PROPERTIES INC<br>ATTN HERMAN KOOYMANS, CFO<br>3000 CORPORATE CENTER DR, SUITE 300<br>MORROW GA 30260 | CREDITOR ID: 1541-07<br>LAUDERHILL MALL<br>C/O SHAPIRO AND WEIL<br>ATTN MURRAY B WEIL, JR, ESQ<br>8925 COLLINS AVENUE, UNIT 7-H<br>SURFSIDE FL 33154 | CREDITOR ID: 1541-07<br>LAUDERHILL MALL<br>ATTN SAMUEL WEINTRAUB, VP<br>1267 NW 40TH AVE<br>LAUDERHILL FL 33313 |
| CREDITOR ID: 452149-98<br>LB UBS 2001-C2 COMMERCIAL MORTGAGE<br>C/O CW CAPITAL ASSET MANAGEMENT<br>ATTN MR DEMETRIOS MORAKIS<br>700 12TH STREET NW SUITE 700<br>WASHINGTON DC 20005 | CREDITOR ID: 452118-98<br>LCH OPPORTUNITIES LLC<br>ATTN JOSEPH M O'CONNOR<br>315 PARK AVE S 20TH FLR<br>NEW YORK NY 10010 | CREDITOR ID: 1545-07<br>LEESBURG BANSAL, LLC<br>ATTN DAVID BANSAL, MANAGING MEMBER<br>30 GREY COACH ROAD<br>READING MA 01867 |
| CREDITOR ID: 254725-12<br>LIBBY CROSS STATION ENTERPRISE LLC<br>ATTN RUSS CANNANE<br>803 COMMONWEALTH DRIVE<br>WARRENDALE, PA 15086 | CREDITOR ID: 416950-98<br>LIFE INVESTORS INS CO OF AMERICA<br>EPSTEIN BECKER & GREEN PC<br>NEAL D DODELL<br>RESURGENS PLAZA<br>945 E PACES FERRY RD STE 2700<br>ATLANTA GA 30326 | CREDITOR ID: 416950-98<br>LIFE INVESTORS INS CO OF AMERICA<br>ATTN BILL SINDLINGER VP & COUNSEL<br>AEGON USA REALTY ADVISORS INC<br>4333 EDGEWOOD RD NE<br>CEDAR RAPIDS IA 52499-5220 |
| CREDITOR ID: 408334-15<br>LINDNER, RICHARD<br>C/O JEFFREY W LEASURE, PA<br>ATTN JEFFREY W LEASURE, ESQ<br>1342 COLONIAL BLVD, STE H57<br>PO BOX 61169<br>FORT MYERS FL 33906-1169 | CREDITOR ID: 417080-98<br>LIQUIDITY SOLUTIONS INC<br>DEFINED BENEFIT<br>ATTN JEFFREY L CARESS<br>ONE UNIVERSITY PLAZA SUITE 312<br>HACKENSACK NJ 07601 | CREDITOR ID: 411088-15<br>LONDON ASSOCIATES, LTD<br>C/O BARRON REAL ESTATE, INC<br>2900 UNIVERSITY DRIVE, SUITE 26<br>CORAL SPRINGS FL 33065 |
| CREDITOR ID: 411088-15<br>LONDON ASSOCIATES, LTD<br>C/O GRONEK & LATHAM, LLP<br>ATTN R SCOTT SHUKER, ESQ.<br>390 N ORANGE AVENUE, SUITE 600<br>ORLANDO FL 32801 | CREDITOR ID: 452049-98<br>LONGACRE MASTER FUND LTD<br>ATTN VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE 22ND FLOOR<br>NEW YORK NY 10019 | CREDITOR ID: 452051-98<br>LONGACRE MASTER FUND LTD<br>C/O US BANK NATIONAL ASSOCIATION<br>ATTN DAWNITA EHL<br>CORPORATE TRUST SERVICES<br>1420 FIFTH AVE 7TH FLR<br>SEATTLE WA 98101 |
| CREDITOR ID: 2388-07<br>LRS GENERAL PARTNERSHIP<br>PO BOX A<br>BATESVILLE, AR 72503 | CREDITOR ID: 255143-28<br>LUTHERAN BROTHERHOOD<br>ATTN DEAN L BULSEY<br>ATTN INVESTMENT DIVISION<br>625 FOURTH AVE SOUTH<br>MINNEAPOLIS, MN 55415 | CREDITOR ID: 410744-15<br>LW JOG SC, LTD<br>C/O SOUTHERN MGMT & DEV LTD<br>ATTN STEVEN LEVIN, VP<br>21301 POWERLINE ROAD, STE 312<br>BOCA RATON FL 33433 |
| CREDITOR ID: 410744-15<br>LW JOG SC, LTD<br>C/O RICE PUGATCH ROBINSON ET AL<br>ATTN CRAIG A PUGATCH, ESQ<br>101 NE THIRD AVENUE, STE 1800<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 410453-15<br>M&P LULING LP<br>ATTN IRA M MORGAN, PRESIDENT<br>1230 GRANT BUILDING<br>PITTSBURGH PA 15219 | CREDITOR ID: 410453-15<br>M&P LULING LP<br>C/O KIRKPATRICK & LOCKHART ET AL<br>ATTN JAMIE BISHOP<br>HENRY W OLIVER BUILDING<br>535 SMITHFIELD STREET<br>PITTSBURGH PA 15222-2312 |

SERVICE LIST
Notice of Hearing
Debtors' Twenty-Sixth Omnibus Objection to Claims
Arising From Unexpired Leases of Non-Residential
Real Property (I) That Have Been Assumed, (II) That
Have Been Assumed and Assigned or (III) That...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 255180-12<br>M&P SHOPPING CENTER<br>LAKE SHORE VILLAGE<br>ATTN MICHAEL PLASKER, GP<br>5025 WINTERS CHAPEL RD<br>ATLANTA, GA 30360-1700 | CREDITOR ID: 403482-98<br>M.D. SASS<br>RE/ ENTERPRISE PORTFOLIO COMPANY LP<br>ATTN P SIVIN, 10 NEW KING ST<br>WHITE PLAINS NY 10604 | CREDITOR ID: 411411-98<br>MADISON INVESTMENT TRUST<br>ATTN SALLY MEYER<br>KRISTY STARK, CLEARING OPS MGR<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 11705-1101 |
| CREDITOR ID: 405907-98<br>MADISON INVESTMENT TRUST - SERIES 4<br>ATTN SALLY MEYER<br>KRISTY STARK, CLEARING OPS MGR<br>6310 LAMAR AVE SUITE 120<br>OVERLAND PARK KS 66202 | CREDITOR ID: 264143-12<br>MADISON INVESTORS, LLC FKA<br>VICTORY MADISON, LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 | CREDITOR ID: 399728-98<br>MADISON NICHE OPPORTUNITIES LLC<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 |
| CREDITOR ID: 411255-15<br>MAGNOLIA PARK ASSOCIATES, LP<br>TALCOR COMMERCIAL REAL ESTATE SVCS<br>ATTN REBECCA ADAMS<br>MONTICELLO SQUARE, SUITE 200A<br>1018 THOMASVILLE ROAD<br>TALLAHASSEE FL 32303 | CREDITOR ID: 411254-15<br>MAGNOLIA PARK ASSOCIATES, LP<br>C/O ECKSTEIN PROPERTIES LLC<br>ATTN SHIMON ECKSTEIN, MGR MEMBER<br>60 BROAD STREET, SUITE 3503<br>NEW YORK NY 10004 | CREDITOR ID: 1930-07<br>MARKETPLACE LLC, THE<br>C/O REGENCY PROPERTY SERVICES<br>ATTN DAVID SHERMAN<br>330 CROSS POINTE BLVD<br>EVANSVILLE, IN 47715 |
| CREDITOR ID: 255559-12<br>MARKETPLACE OF AMERICUS LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 | CREDITOR ID: 279443-99<br>MARRERO LAND & IMPROVEMENT ASSN LTD<br>ATTN VINCENT A VASTOLA, DIR<br>5201 WESTBANK EXPRESSWAY, SUITE 400<br>MARRERO LA 70072 | CREDITOR ID: 411146-15<br>MCP REAL, LLC (CURRY FORD EAST)<br>C/O KELLEY DRYE & WARREN LLP<br>ATTN J S CARR & R L LEHANE ESQS<br>101 PARK AVENUE<br>NEW YORK NY 10178 |
| CREDITOR ID: 411146-15<br>MCP REAL, LLC (CURRY FORD EAST)<br>CURRY FORD LLP<br>C/O HOLD-THYSSEN, INC<br>ATTN R R HORTON, VP INVESTMENT SVCS<br>301 S NEW YORK AVE STE 200<br>WINTER PARK FL 32789-4273 | CREDITOR ID: 255931-12<br>MDC SOUTH WIND LTD<br>C/O MENIN DEVELOPMENT CO INC<br>3501 PGA BLVD SUITE 201<br>PALM BEACH GARDEN, FL 33410 | CREDITOR ID: 255932-12<br>MDC WESTGATE LTD<br>MENIN DEVELOPMENT CO INC<br>3501 PGA BLVD SUITE 201<br>PALM BEACH GARDENS, FL 33410 |
| CREDITOR ID: 410498-15<br>MERCHANTS SQUARE INVESTMENTS, LLC<br>ATTN VICTOR GIBBONS, MGR<br>4852-A JIMMY CARTER BLVD<br>NORCROSS GA 30093 | CREDITOR ID: 405991-98<br>MERRILL LYNCH CREDIT PRODUCTS LLC<br>ATTN GARY COHEN/CHRISTOPHER MOON<br>4 WORLD FINANCIAL CENTER 7TH FLR<br>NEW YORK NY 10080 | CREDITOR ID: 411431-98<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>ATT NICK GRIFFITHS/GABRIEL CALVETTI<br>4 WORLD FINANCIAL CENTER<br>250 VESSEY ST 7TH FLR<br>NEW YORK NY 10080 |
| CREDITOR ID: 406311-15<br>METROPOLITAN LIFE INSURANCE COMPANY<br>ATTN ROBERT GOLDSTEIN, ESQ<br>2400 LAKEVIEW PARKWAY, SUITE 400<br>ALPHARETTA GA 30004 | CREDITOR ID: 256520-12<br>MITCHELL CO, THE<br>ATTN ALAN G RESTER<br>PO BOX 160306<br>MOBILE, AL 36616-1306 | CREDITOR ID: 1128-07<br>MOBLEY FAMILY PARTNERSHIP, LP &<br>REDD FAMILY II, LP DBA<br>BLUE ANGEL CROSSINGS<br>C/O REDD REALTY SERVICES<br>4200 NORTHSIDE PKWY BLDG 10 STE 101<br>ATLANTA, GA 30327-3080 |
| CREDITOR ID: 1610-07<br>MOHATRA INC<br>RICARDO A GONZALEZ & ASSOC, PA<br>ATTN RICARDO A GONZALEZ, ESQ<br>7270 NW 12ST, PENTHOUSE 9<br>MIAMI FL 33126 | CREDITOR ID: 1610-07<br>MOHATRA INC<br>6500 W 4TH AVE OFC 39<br>HIALEAH FL 33012-6670 | CREDITOR ID: 408167-15<br>MONROEVILLE CENTER PARTNERS, LTD<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN SHERRI TUCKER FREEMAN, ESQ<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203-2104 |
| CREDITOR ID: 256657-12<br>MOORINGS OF MANATEE INC<br>ATTN BARRY SPENCER, PRESIDENT<br>430 INTERSTATE COURT<br>SARASOTA, FL 34240 | CREDITOR ID: 408316-99<br>MOULTON PROPERTIES, INC<br>C/O STUTSMAN & THAMES, PA<br>ATTN NINA M LAFLEUR, ESQ<br>121 W FORSYTH STREET, SUITE 600<br>JACKSONVILLE FL 32202 | CREDITOR ID: 410457-15<br>MOULTRIE SQUARE NEW ORLEANS, LLC<br>506 MANCHESTER EXPRESSWAY, STE B-5<br>COLUMBUS GA 31904 |

**Notice of Hearing**
**Debtors' Twenty-Sixth Omnibus Objection to Claims**
**Arising From Unexpired Leases of Non-Residential**
**Real Property (I) That Have Been Assumed, (II) That**
**Have Been Assumed and Assigned or (III) That...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410781-15<br>MSC, LLC<br>C/O RETAIL MANAGEMENT GROUP<br>ATTN JULIE BEALL, COO<br>PO BOX 11407<br>BIRMINGHAM AL 35426-1036 | CREDITOR ID: 410781-15<br>MSC, LLC<br>C/O HELMSING, LEACH, HERLONG ET AL<br>ATTN JEFFERY J HARTLEY, ESQ<br>LACLEDE BLDG, SUITE 2000<br>150 GOVERNMENT STREET<br>MOBILE AL 36602 | CREDITOR ID: 452150-98<br>MSCI 1999-RM1 DALTON PLACE LP<br>NELSON MULLINS RILEY & SCARBOROUGH<br>JOSHUA M KATZ<br>FIRST UNION PLAZA<br>999 PEACHTREE ST NE SUITE 1400<br>ATLANTA GA 30309 |
| CREDITOR ID: 256911-12<br>NARANJA LAKES JOINT VENTURES<br>C/O FIRC MANAGEMENT INC<br>ATTN ALEJANDRO SOSA, DIR<br>2299 SW 37TH AVE, 4TH FLR<br>MIAMI, FL 33145 | CREDITOR ID: 417079-98<br>NATIONWIDE LIFE INS CO OF AMERICA<br>ATTN RANDALL W MAY ESQ<br>ONE NATIONWIDE PLAZA 01-34-06<br>COLUMBUS OH 43215-2220 | CREDITOR ID: 408169-15<br>NAVARRE SQUARE, LTD<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN S T FREEMAN/P DARBY, ESQS<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203-2104 |
| CREDITOR ID: 410999-15<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>RIVERWOOD SHOPPING CTR, PORT ORANGE<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 1647-07<br>NEWTON ASSOCIATES<br>C/O RICHARD G HOEFLING, ESQ<br>PO BOX 269<br>GASTONIA NC 28053 | CREDITOR ID: 410881-15<br>NINE MILE PARTNERS, LTD<br>C/O HARWELL HOWARD HYNE, ET AL<br>ATTN DAVID P CANAS, ESQ<br>315 DEADERICK STREET, STE 1800<br>NASHVILLE TN 37238 |
| CREDITOR ID: 410853-15<br>NORMANDY EQUITIES, LTD<br>ATTN BERNARD E SMITH, VP<br>1 SLEIMAN PARKWAY, SUITE 210<br>JACKSONVILLE FL 32216-8046 | CREDITOR ID: 411144-15<br>NORTH AMERICAN CO LIFE & HEALTH INS<br>BY MIDLAND ADVISORS CO, AS AGENT<br>C/O PAUL HASTINGS JANOFSKY ET AL<br>ATTN T SMITH, III/C SHARBAUGH, ESQS<br>600 PEACHTREE STREET NE, SUITE 2400<br>ATLANTA GA 30308 | CREDITOR ID: 257376-12<br>NORTH COLUMBUS CROSSING SH CTR LLC<br>C/O PAGE SCRANTOM SPROUSE, ET AL<br>ATTN ROBERT C BRAND, JR, ESQ.<br>PO BOX 1199<br>COLUMBUS OH 31902 |
| CREDITOR ID: 257376-12<br>NORTH COLUMBUS CROSSING SH CTR LLC<br>ATTN EDDIE BRANCH<br>506 MANCHESTER EXPRESSWAY, STE A-12<br>COLUMBUS GA 31904 | CREDITOR ID: 410364-15<br>NORTH HIXSON MARKETPLACE, LLC<br>C/O WILES & WILES<br>ATTN JOHN J WILES, ESQ<br>800 KENNESAW AVENUE, SUITE 400<br>MARIETTA GA 30060-7946 | CREDITOR ID: 411080-15<br>O'BRIEN KIERNAN INVESTMENT CO ET AL<br>C/O RAY QUINNEY & NEBEKER<br>ATTN STEVEN T WATERMAN, ESQ.<br>36 S STATE ST., STE 1400<br>PO BOX 45385<br>SALT LAKE CITY UT 84145-0385 |
| CREDITOR ID: 2458-07<br>OCALA NORTH SHOPPING CENTER<br>C/O CHARLES WAYNE PROPERTIES, INC<br>ATTN LINDA WHEELER, SR PROP MGR<br>444 SEABREEZE BLVD, STE 1000<br>DAYTONA BEACH FL 32118 | CREDITOR ID: 410526-15<br>OCEANWAY PLAZA ASSOCS, LTD<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 | CREDITOR ID: 534410-98<br>ORIX CAPITAL MARKETS LLC<br>ATTN CHUCK CROUCH<br>1717 MAIN STREET SUITE 800<br>DALLAS TX 75201 |
| CREDITOR ID: 423152-15<br>OXFORD BUILDING COMPANY LLC<br>C/O DYKEMA GOSSETT, PLLC<br>ATTN GINA M CAPUA, ESQ<br>39577 WOODWORD AVE, SUITE 300<br>BLOOMFIELD HILLS MI 48304 | CREDITOR ID: 410689-15<br>PACIERA, VINCENT ET AL DBA<br>PARK PLAZA SHOPPING CTR LLC<br>ATTN KIRTH M PACIERA, OWNER/MEMBER<br>PO BOX 24087<br>NEW ORLEANS LA 70184 | CREDITOR ID: 257948-12<br>PALM COAST CORNERS ASSOC LP<br>C/O UNITED CORNERS INC<br>ATTN DANIEL WHITE, ASST CONTROLLER<br>JULIAN S BETTS JR<br>525 PHARR ROAD<br>ATLANTA, GA 30305 |
| CREDITOR ID: 257947-12<br>PALM COAST CORNERS ASSOC LP<br>ATTN DANIEL WHITE, ASST CONTROLLER<br>JULIAN S BUTTS JR<br>525 PHARR RD NE<br>ATLANTA, GA 30305 | CREDITOR ID: 411147-15<br>PALM SPRINGS MILE ASSOCS, LTD<br>C/O KELLEY DRYE & WARREN, LLP<br>ATTN: JAMES S. CARR, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | CREDITOR ID: 411147-15<br>PALM SPRINGS MILE ASSOCS, LTD<br>ATTN DIANA MARRONE<br>419 W 49TH STREET, SUITE 300<br>HIALEAH FL 33012 |
| CREDITOR ID: 2468-07<br>PATTON PLAZA LLC<br>C/O CAPELL & HOWARD PC<br>ATTN JAMES L WEBB, ESQ<br>150 SOUTH PERRY STREET<br>PO BOX 2069<br>MONTGOMERY AL 36102-2069 | CREDITOR ID: 2468-07<br>PATTON PLAZA LLC<br>ATTN ANNE D KING, MEMBER<br>8242 MARSH POINTE DRIVE<br>MONTGOMERY, AL 36117 | CREDITOR ID: 1700-07<br>PELL CITY MARKETPLACE PARTNERS<br>C/O HELMS ROARK INC, AGENT<br>ATTN ELIZABETH DEAN, VP<br>PO BOX 1149<br>MONTGOMERY, AL 36101-1149 |

Notice of Hearing
Debtors' Twenty-Sixth Omnibus Objection to Claims
Arising From Unexpired Leases of Non-Residential
Real Property (I) That Have Been Assumed, (II) That
Have Been Assumed and Assigned or (III) That...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                     **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 411089-15<br>PMAT FLAMINGO, LLC<br>C/O SHER GARNER CAHILL ET AL<br>ATTN NEAL J KLING, ESQ<br>909 POYDRAS STREET, 28TH FLOOR<br>NEW ORLEANS LA 70112 | CREDITOR ID: 384294-47<br>PMG OCEAN ASSOCIATES II, LLC<br>C/O WANDER & ASSOCIATES, PC<br>ATTN DAVID WANDER, ESQ<br>641 LEXINGTON AVE<br>NEW YORK NY 10022 | CREDITOR ID: 258311-12<br>PONTE VEDRA SQUARE, LLC, SUCCESSOR<br>PENTAGON PROPERTIES<br>ATTN J C DEMETREE JR, MGR<br>3740 BEACH BLVD, SUITE 300<br>PO DRAWER 47050<br>JACKSONVILLE FL 32247-7050 |
| CREDITOR ID: 2480-07<br>POPPS FERRY (MS) LLC<br>C/O ANDERS, BOYETT & BRADY, PC<br>ATTN DAVID A. BOYETT, III, ESQ<br>3800 AIRPORT BLVD, SUITE 203<br>MOBILE AL 36608 | CREDITOR ID: 2480-07<br>POPPS FERRY (MS) LLC<br>C/O L W CAVE REAL ESTATE INC<br>PO BOX 81322<br>MOBILE, AL 36689 | CREDITOR ID: 259749-12<br>POWERS, ROBERT D<br>PO BOX 788<br>202 E BROAD STREET<br>EUFAULA, AL 36027 |
| CREDITOR ID: 417084-97<br>PRINCIPAL GLOBAL INVESTORS<br>ATTN EMILY A HIPPEN<br>801 GRAND AVE<br>DES MOINES IA 50392-4196 | CREDITOR ID: 410511-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001 | CREDITOR ID: 492841-98<br>PRINCIPAL LIFE INSURANCE COMPANY<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N REED, ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103 4196 |
| CREDITOR ID: 492841-98<br>PRINCIPAL LIFE INSURANCE COMPANY<br>C/O PRINCIPAL REAL ESTATE INVESTORS<br>ATTN DARIN BENNIGSDORF<br>801 GRAND AVE<br>DES MOINES IA 50392-1450 | CREDITOR ID: 258937-12<br>PROCACCI COMMERICAL REALTY INC<br>PO BOX 93-4246<br>MARGATE, FL 33063-4246 | CREDITOR ID: 417072-98<br>PROTECTIVE LIFE INSURANCE COMPANY<br>C/O HOLLAND & KNIGHT LLP<br>ATTN CHARLES S MCCALL<br>PO BOX 52687<br>JACKSONVILLE FL 32201-2687 |
| CREDITOR ID: 410391-15<br>PRUDENTIAL CO - STILES CORPORATION<br>C/O KATTEN MUCHIN ROSENMAN LLP<br>ATTN THOMAS J LEANSE, ESQ<br>2029 CENTURY PARK EAST, SUITE 2600<br>LOS ANGELES CA 90067 | CREDITOR ID: 1751-07<br>QUAIL RUN VILLAGE<br>ATTN F CARRINGTON OR R DEEMS<br>PO BOX 1328<br>EUREKA, CA 95502 | CREDITOR ID: 417075-98<br>QVT FUND LP<br>STROOCK STROOCK & LAVAN LLP<br>NINA E ABRAHAM LIEBERMAN ESQ<br>180 MAIDEN LANE<br>NEW YORK NY 10038-4982 |
| CREDITOR ID: 417075-98<br>QVT FUND LP<br>C/O QVT FINANCIAL LP<br>ATTN N BRUMM/F SADEGHI-NEJAD/Y CEN<br>1177 AVENUE OF THE AMERICAS, 9TH FL<br>NEW YORK NY 10036 | CREDITOR ID: 259201-12<br>RAINBOW MARKETPLACE LLC<br>PO BOX 346<br>GADSDEN, AL 35902 | CREDITOR ID: 259207-12<br>RAINBOW SPRINGS VENTURES, LC<br>C/O CHASE ENTERPRISES<br>ATTN CHERYL A CHASE<br>229 ASYLUM STREET, 29TH FLOOR<br>HARTFORD, CT 06103 |
| CREDITOR ID: 259220-12<br>RALPH MEITIN FAMILY PARTNERSHIP LTD<br>ATTN JULIAN R MEITIN, GP<br>PO BOX 162732<br>ALTAMONTE SPRINGS, FL 32716-2732 | CREDITOR ID: 279491-99<br>RAMCO-GERSHENSON PROPERTIES LP<br>C/O KUPELIAN ORMOND & MAGY PC<br>ATTN P MAGY/ T HILLER JR/M THOMPSON<br>25800 NORTHWESTERN HWY, STE 950<br>SOUTHFIELD MI 48075 | CREDITOR ID: 259302-12<br>RAYNE PLAZA SHOPPING CENTER<br>C/O BESLIN & CUNNINGHAM, LLC<br>ATTN DENALD A BESLIN, ESQ<br>800 NORTH POLK STRRET<br>PO BOX 258<br>RAYNE, LA 70578-0258 |
| CREDITOR ID: 417047-98<br>REASSURE AMERICA LIFE ASSURANCE CO<br>C/O CAPMARK SERVICES INC<br>ATTN CHARLOTTE KOLLIN<br>THREE RAVINA DR STE 200<br>ATLANTA GA 30346 | CREDITOR ID: 407577-98<br>REDROCK CAPITAL PARTNERS LLC<br>ATTN CRAIG KLEIN<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424 | CREDITOR ID: 1765-07<br>REEF ASSOCIATES, LTD<br>C/O BELL BOYD & LLOYD, LLC<br>ATTN C LONSTEIN & A SCHAEFFER, ESQS<br>70 W MADISON STREET, SUITE 3300<br>CHICAGO IL 60602 |
| CREDITOR ID: 1765-07<br>REEF ASSOCIATES, LTD<br>C/O COURTELIS CO<br>ATTN V STOSIK/W D PITTS, PRES<br>703 WATERFORD WAY, SUITE 800<br>MIAMI, FL 33126-4677 | CREDITOR ID: 259400-12<br>REGENT INVESTMENT CORPORATION<br>ATTN HAROLD M BECKER, PRESIDENT<br>222 THIRD STREET SE<br>STE 230<br>CEDAR RAPIDS, IA 52401 | CREDITOR ID: 410376-15<br>RILEY PLACE LLC<br>C/O EMMANUEL, SHEPPARD & CONDON<br>ATTN SALLY BUSSELL FOX, ESQ<br>30 S SPRING STREET<br>PENSACOLA FL 32502 |

**Notice of Hearing**
**Debtors' Twenty-Sixth Omnibus Objection to Claims**
**Arising From Unexpired Leases of Non-Residential**
**Real Property (I) That Have Been Assumed, (II) That**
**Have Been Assumed and Assigned or (III) That...**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**                    **CASE: 05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410376-15<br>RILEY PLACE LLC<br>ATTN GARY B CRESS, MGR PARTNER<br>4222 HIGHWAY 90<br>PACE FL 32571 | CREDITOR ID: 259702-12<br>RIVERWALK PLAZA JOINT VENTURE<br>PO BOX 409436<br>ACCT#3068899810<br>ATLANTA, GA 30384-9436 | CREDITOR ID: 2516-07<br>RIZIKA, ROBERT N<br>107 WINDWARD DR<br>PALM BEACH GARDENS, FL 33418-4012 |
| CREDITOR ID: 279492-99<br>RLV MARKETPLACE LP<br>C/O KUPELIAN ORMOND & MAGY PC<br>ATTN P MAGY/T HILLER JR/M THOMPSON<br>25800 NORTHWESTERN HWY, STE 950<br>SOUTHFIELD MI 48075 | CREDITOR ID: 259785-12<br>ROBERT M BARRETT INC<br>ATTN ROBERT M BARRETT, PRES<br>PO BOX 31802<br>PALM BEACH GARDENS, FL 33420 | CREDITOR ID: 416242-15<br>ROBERTSDALE DEVELOPMENT, LLC<br>C/O L W CAVE REAL ESTATE, INC<br>PO BOX 81322<br>MOBILE AL 36689 |
| CREDITOR ID: 260057-12<br>ROUSSE LAND INVESTMENT LLC<br>ATTN RYAN A ROUSSE<br>PO DRAWER 1550<br>LAROSE, LA 70373-1550 | CREDITOR ID: 260086-12<br>ROYAL COMPANIES<br>802 NW 1ST STREET<br>SOUTH BAY, FL 33493 | CREDITOR ID: 2526-07<br>ROYALS OK LUNCH INC<br>ATTN MARIA G BUSBEE VP<br>324 SW 16TH ST<br>BELLE GLADE, FL 33430-2824 |
| CREDITOR ID: 408343-15<br>RPM REALTY SERVICES INC.<br>ATTN DAVID GOLDSTEIN, PRESIDENT<br>SUITE 920<br>7650 COURTNEY CAMPBELL CAUSEWAY<br>TAMPA FL 33607 | CREDITOR ID: 408236-15<br>RV MANAGEMENT COMPANY<br>ATTN TIMOTHY CARMEL, MGG PARTNER<br>1023 NIPOMO STREET, SUITE 150<br>SAN LUIS OBISPO CA 93401 | CREDITOR ID: 2492-07<br>RV MANAGEMENT COMPANY<br>C/O FARMER & READY<br>ATTN DAVID FARMER/PAUL READY, ESQS<br>1254 MARSH STREET<br>PO BOX 1443<br>SAN LUIS OBISPO CA 93406 |
| CREDITOR ID: 2492-07<br>RV MANAGEMENT COMPANY<br>9100 BATTLE POINT DRIVE NE<br>BAINBRIDGE ISLAND WA 98110-1482 | CREDITOR ID: 384339-47<br>S&C PROPERTIES<br>1100 SPRING ST NW, BLDG 550<br>ATLANTA, GA 30367-0001 | CREDITOR ID: 410785-15<br>SALERNO VILLAGE SHOPPING CENTER LLC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 |
| CREDITOR ID: 410513-15<br>SARRIA ENTERPRISES, INC<br>C/O BURGER FARMER & COHEN PL<br>ATTN: M KAUFMAN/A BURGER, ESQS<br>1601 FORUM PLACE, SUITE 404<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 452052-98<br>SAWICKI REALTY CO<br>ATTN HENRY J SAWICKI III PRESIDENT<br>118 W WAYNE ST<br>MAUMEE OH 43537 | CREDITOR ID: 397808-75<br>SC (WESTLAND PROMENADE) LTD PARTNERSHIP<br>ONE N CLEMATIS STREET, SUITE 305<br>WEST PALM BEACH, FL 33401 |
| CREDITOR ID: 259799-12<br>SCHLYTTER, ROBERT O, TRUSTEE<br>ROBERT O SCHLYTTER, TRUSTEE<br>EUSTIS SHOPP CENTER REVOCABLE TRUST<br>4811 S 76 STREET, SUITE 211<br>GREENFIELD WI 53220-4352 | CREDITOR CO 377335-44<br>SCHREIBER CO BELLEVIEW ASSOC, THE<br>ATTN MARVIN SCHREIBER, PRESIDENT<br>235 ALPHA DRIVE<br>PITTSBURGH, PA 15238 | CREDITOR ID: 260690-12<br>SELIG ENTERPRISES INC<br>ROBERT C RIDDLE<br>1100 SPRING ST SUITE 550<br>ATLANTA, GA 30309 |
| CREDITOR ID: 2547-07<br>SELMA HWY 80 VENTURE 11<br>C/O SPAIN & GILLON, LLC<br>ATTN WALTER F MCARDLE, ESQ<br>2117 2ND AVENUE NORTH<br>BIRMINGHAM AL 35203-3753 | CREDITOR ID: 2547-07<br>SELMA HWY 80 VENTURE 11<br>PO BOX 12767<br>BIRMINGHAM AL 35203-2767 | CREDITOR ID: 262882-12<br>SEMBLER COMPANY, THE<br>ATTN JOAN SILVES, ASSET MGR<br>PO BOX 41847<br>ST PETERSBURG, FL 33743-1847 |
| CREDITOR ID: 407735-99<br>SEMBLER COMPANY, THE PROP MGR FOR<br>HIGHLANDS SQUARE SHOPPING CTR<br>C/O PIPER LUDIN HOWIE ET AL<br>ATTN ERIC E LUDIN, ESQ<br>5720 CENTRAL AVENUE<br>ST PETERSBURG FL 33707 | CREDITOR ID: 380985-47<br>SEMORAN RETAIL LLC<br>C/O STOLTZ MGMT<br>725 CONSHOHOCKEN ROAD<br>BALA CYNWYD, PA 19004 | CREDITOR ID: 254653-12<br>SETZER, LEONARD R<br>903 UNIVERSITY BLVD<br>JACKSONVILLE, FL 32211 |

SERVICE LIST
Notice of Hearing
Debtors' Twenty-Sixth Omnibus Objection to Claims
Arising From Unexpired Leases of Non-Residential
Real Property (I) That Have Been Assumed, (II) That
Have Been Assumed and Assigned or (III) That...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

CREDITOR ID: 260782-12
SHADRALL ASSOCIATES
AUBURNDALE PROPERTIES LLC
ATTN SHALOM WALL, VP
50 TICE BLVD
WOODCLIFF LAKE, NJ 07675

CREDITOR ID: 260810-12
SHANNON VILLAGE SHOPPING CENTER INC
PO BOX 676
LOUISBURG, NC 27549

CREDITOR ID: 406302-15
SHOPPES AT 18TH & COMMERCIAL INC
ATTN HARRY SEIDMAN, PRESIDENT
6734 NEWPORT LAKE CIRCLE
BOCA RATON FL 33494

CREDITOR ID: 261008-12
SHOPPES AT 18TH & COMMERCIAL INC
ATTN AMY SEIDMAN
1717 E COMMERCIAL BLVD
FT LAUDERDALE, FL 33334

CREDITOR ID: 261009-12
SHOPPES AT LAKE AVENUE INC
PO BOX 320219
COCOA BEACH, FL 32932-0219

CREDITOR ID: 261010-12
SHOPPES OF LIBERTY CIT LLC
ATTN DEBRA SINKLE KOLSKY, PRES
1175 NE 125TH STREET, SUITE 103
NORTH MIAMI, FL 33161

CREDITOR ID: 2557-07
SHOWPLACE COMMERCIAL PROPERTIES INC
C/O EF HUTTON REALTY CORP
ATTN R ABBASSI / R R FIELDSTONE
2000 S DIXIE HWY, SUITE 100
MIAMI FL 33133

CREDITOR ID: 2558-07
SIDNEY KOHL COMPANY
ATTN SIDNEY KOHL, PROP MGR
340 ROYAL POINCIANA WAY, SUITE 305
PALM BEACH, FL 33480

CREDITOR ID: 492938-98
SIERRA LIQUIDITY FUND
ATTN SCOTT AUGUST
2699 WHITE RD STE 255
IRVINE CA 92614

CREDITOR ID: 534666-15
SIMON PROPERTY GROUP
ATTN LEGAL COLL/BANKRUPTCY
225 WEST WASHINGTON STREET
INDIANAPOLIS IN 46204

CREDITOR ID: 406147-15
SJS WOODLAKE PLAZA, LP
C/O COZEN O'CONNOR
ATTN JERROLD N POSLUSNY JR, ESQ
457 HADDONFIELD ROAD, SUITE 300
PO BOX 5459
CHERRY HILL NJ 08002-2220

CREDITOR ID: 406147-15
SJS WOODLAKE PLAZA, LP
C/O SJS REALTY & MANAGEMENT, INC
ATTN STEPHEN CRAVITZ, VP
1110 WYNWOOD AVENUE
CHERRY HILL NJ 08002

CREDITOR ID: 261149-12
SKS PROPERTIES LC
240 SOUTH PINEAPPLE AVE
STE 702
SARASOTA, FL 34236

CREDITOR ID: 261171-12
SMALL PROPERTIES
PO BOX 10287
GREENVILLE, SC 29603-0287

CREDITOR ID: 417106-98
SMITHTOWN BAY LLC
C/O SEWARD & KISSEL LLP
ATTN RENEE EUBANKS ESQ
ONE BATTERY PARK PLAZA
NEW YORK NY 10004

CREDITOR ID: 417106-98
SMITHTOWN BAY LLC
ATTN DAVID A ERICSON, VP
BRIAN NAAS
601 CARLSON PARKWAY SUITE 200
MINNETONKA MN 55305

CREDITOR ID: 2563-07
SNELLVILLE PLAZA LTD
ATTN MICHAEL PLASKER, GP
5025 WINTERS CHAPEL ROAD, STE M
ATLANTA, GA 30360

CREDITOR ID: 417095-98
SOF INVESTMENTS LP
C/O VINSON & ELKINS LLP
ATTN STEVEN M ABRAMOWITZ, ESQ
666 5TH AVE, 26TH FLOOR
NEW YORK NY 10103-0040

CREDITOR ID: 417095-98
SOF INVESTMENTS LP
C/O MSD CAPITAL LP
ATTN MARC R LISKER ESQ
645 FIFTH AVE 21ST FLR
NEW YORK NY 10022-5910

CREDITOR ID: 2567-07
SOUTH PLAZA ASSOCIATES, LLC
C/O KAUFMAN & CANOLES
ATTN DENNIS T LEWANDOWSKI, ESQ
150 W MAIN STREET, SUITE 2100
NORFOLK VA 23510

CREDITOR ID: 2567-07
SOUTH PLAZA ASSOCIATES, LLC
C/O PERRINE & WHEELER REAL ESTATE
ATTN JON S WHEELER, MANAGING MEMBER
PO BOX 3247
APOLLO BEACH FL 33572

CREDITOR ID: 405882-99
SOUTHBROOK PARTNERS LLC
C/O JOHNSTON CONWELL & DONOVAN LLC
ATTN WH DONOVAN III OR AM DAUGHERTY
813 SHADES CREED PKWY, STE 200
BIRMINGHAM AL 35209

CREDITOR ID: 261334-12
SOUTHBROOK PARTNERS LLC
C/O JOHNSTON CONWELL & DONOVAN LLC
ATTN WH DONOVAN & AM DAUGHERTY
813 SHADES CREEK PARKWAY, SUITE 200
BIRMINGHAM, AL 35201-0187

CREDITOR ID: 407471-99
SOUTHLAND-CRYSTAL RIVER WD DEL BUS
C/O NEAL GERBER & EISENBERG LLP
ATTN THOMAS C WOLFORD, ESQ
2 NORTH LASALLE ST, STE 2200
CHICAGO IL 60602

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
C/O TRAUB BONACQUIST & FOX LLP
ATTN: MAURA I RUSSELL, ESQ &
ANTHONY B STUMBO, ESQ
655 THIRD AVE, 21ST FL
NEW YORK NY 10017

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN, 2 GREENWICH PLAZA
GREENWICH CT 06830

CREDITOR ID: 534961-98
SPECTRUM INVESTMENT PARTNERS LP
ATTN JEFFREY SCHAFFER
1250 BROADWAY SUITE 810
NEW YORK NY 10001

SERVICE LIST

**Notice of Hearing**
**Debtors' Twenty-Sixth Omnibus Objection to Claims**
**Arising From Unexpired Leases of Non-Residential**
**Real Property (I) That Have Been Assumed, (II) That**
**Have Been Assumed and Assigned or (III) That...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 411185-15
SRT ACQUISITION LP
C/O CENTURION REALTY, LLC
ATTN DAVID J PENTZ, ESQ
340 WEST 40TH STREET, 3RD FL
NEW YORK NY 10018

CREDITOR ID: 1894-07
ST CHARLES PARTNERS
ATTN R RENE BORDER, MGR
PO BOX 704
MARKSVILLE LA 71351

CREDITOR ID: 408166-15
ST STEPHENS SQUARE PARTNERS
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN S T FREEMAN/P DARBY, ESQS
ONE FEDERAL PLACE
1819 FIFTH AVE N
BIRMINGHAM AL 35203-2104

CREDITOR ID: 534945-98
STARK SPECIAL EVENTS LTD
ATTN AMAR EHSAN
3600 SOUTH LAKE DRIVE
ST FRANCIS WI 53235

CREDITOR ID: 407465-99
STILES WEST ASSOCIATES, LTD
C/O BERGER SINGERMAN, PA
ATTN: ARTHUR J SPECTOR, ESQ
350 E LAS OLAS BLVD, STE 1000
FORT LAUDERDALE FL 33301

CREDITOR ID: 410599-15
SUN CITY LAND TRUST, SUCCESSOR
DOWN SOUTH, INC
C/O DILORENZO PROPERTIES COMPANY
ATTN MARC DILORENZO, TRUSTEE
720 FIFTH AVENUE, 14TH FLOOR
NEW YORK NY 10017

CREDITOR ID: 2600-07
SUN LAKE PLAZA, INC
C/O GRAYROBINSON, PA
ATTN DONALD A NOHRR, ESQ
PO BOX 1870
MELBOURNE FL 32902

CREDITOR ID: 2600-07
SUN LAKE PLAZA, INC
ATTN ROBERT KODSI
PO BOX 320219
COCOA BEACH FL 32932-0219

CREDITOR ID: 262232-12
SUNSET STATION PARTNERS LLC
506 S DIXIE HWY
HALLANDALE, FL 33009

CREDITOR ID: 1912-07
SUNSET WEST SHOPPING PLAZA
C/O BLAXBERG GRAYSON KUKOFF&SEGAL
ATTN MOISES T GRAYSON, ESQ
25 SE 2ND AVENUE, SUITE 730
MIAMI FL 33131

CREDITOR ID: 1912-07
SUNSET WEST SHOPPING PLAZA
INVESTMENT MANAGEMENT ASSOC
1575 SAN IGNACIO AVE, STE 100
CORAL GABLES, FL 33146

CREDITOR ID: 410916-15
SWISS RE ASSET MGMT (AMERICAS) INC
BY CAPMARK SERVICES, INC, AGENT
C/O GMAC COMMERCIAL MORTGAGE CORP
ATTN SUSAN C TARNOWER
THREE RAVINIA DRIVE, STE 200
ATLANTA GA 30346

CREDITOR ID: 256735-12
TARBUTTON, HUGH M
KAOLIN PLAZA MGMT ACCT
PO BOX 269
SANDERSVILLE, GA 31082

CREDITOR ID: 262543-12
TAVARES ASSOC LTD
ATTN FRANK J GULISANO
6700 NW BROKEN SOUND PKWY, STE 201
BOCA RATON, FL 33487

CREDITOR ID: 384386-47
TEACHERS RETIREMENT SYSTEM
C/O MORTAGE CO OF KENTUCKY INC
642 SOUTH 4TH STREET
ATTN:  EDWARDT WILSON
LOUISVILLE, KY 40202

CREDITOR ID: 1926-07
TED GLASRUD ASSOCIATES INC
C/O LEONARD RUTLAND JR LAW OFFICES
ATTN LEONARD RUTLAND JR, ESQ
759 SOUTH FEDERAL HIGHWAY, STE 303
STURAT FL 34994

CREDITOR ID: 1926-07
TED GLASRUD ASSOCIATES INC
ATTN DANA A CHRISTENSON
759 S FEDERAL HWY, STE 217
STUART FL 34994

CREDITOR ID: 2210-07
TERRY, EDMUND
C/O EDMUND TERRY & ASSOCIATES
211  ALEXANDER PALM ROAD
BOCA RATON FL 33432-7908

CREDITOR ID: 534834-98
THE LUCY CO OF SC LLC
C/O BUIST MOORE SMYTHE MCGEE PA
ATTN CHARLES P SUMMERALL IV, ESQ
PO BOX 999
CHARLESTON SC 29402

CREDITOR ID: 534834-98
THE LUCY CO OF SC LLC
C/O ROX POLLARD PROPERTY MANAGER
COLLIERS KEENAN INC
PO BOX 11610
COLUMBIA SC 29211

CREDITOR ID: 417093-98
THE PAUL REVERE LIFE INSURANCE CO
C/O UNUMPROVIDENT
ATTN SHELLEY STUART CARVEL
2211 CONGREE ST C244
PORTLAND ME 04122

CREDITOR ID: 403186-15
THRIVENT FINANCIAL
C/O FOLEY & MANSFIELD PLLP
ATTN THOMAS J LALLIER, ESQ
250 MARQUETTE, SUITE 1200
MINNEAPOLIS MN 55401

CREDITOR ID: 2639-07
TIGER CROSSING GP DBA
C/O EPSTEIN BECKER & GREEN, PC
ATTN ANNETTE KERLIN MCBRAYER, ESQ
945 E PACES FERRY RD, STE 2700
ATLANTA GA 30326

CREDITOR ID: 2639-07
TIGER CROSSING GP DBA
UNIVERSITY CROSSING
C/O REDD REALTY SERVICES
BLDG 10 STE 101
4200 NORTHSIDE PKWY
ATLANTA, GA 30327

CREDITOR ID: 263051-12
TIGER CROSSING WD
C/O REDD REALTY SERVICES
BLDG 10, SUITE 101
4200 NORTHSIDE PKY
ATLANTA, GA 30327

CREDITOR ID: 263271-12
TOWER ASSOCIATES LTD
C/O MILLER & MARTIN, PLLC
ATTN CATHERINE A HARRISON, ESQ
1170 PEACHTREE STREET NE, STE 800
ATLANTA GA 30309-7706

CREDITOR ID: 399395-98
TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE, MGR
PO BOX 1487
WEST BABYLON NY 11704

SERVICE LIST
Notice of Hearing
Debtors' Twenty-Sixth Omnibus Objection to Claims
Arising From Unexpired Leases of Non-Residential
Real Property (I) That Have Been Assumed, (II) That
Have Been Assumed and Assigned or (III) That...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 263411-12<br>TRAIL PLAZA<br>C/O URBAN RETAIL PROPERTIES CO<br>706 KIRKWOOD MALL<br>BISMARK, ND 58504 | CREDITOR ID: 407766-15<br>TRANSAMERICA LIFE INSURANCE CO<br>C TIMOTHY CORCORAN III, PA<br>ATTN C TIMOTHY CORCORAN III, ESQ<br>400 N ASHLEY DRIVE, SUITE 2540<br>TAMPA FL 33602 | CREDITOR ID: 407766-15<br>TRANSAMERICA LIFE INSURANCE CO<br>C/O AEGON USA REALTY ADVISORS, INC<br>ATTN BILL SINDLINGER, VP & COUNSEL<br>4333 EDGEWOOD ROAD NE<br>CEDAR RAPIDS IA 52499-5220 |
| CREDITOR ID: 410970-15<br>TRUST NO 201 BY MAX D PUYANIC, TTEE<br>SAUL EWING LLP<br>ATTN JOYCE A KUHNS, ESQ<br>100 SOUTH CHARLES STREET, 15TH FLR<br>BALTIMORE MD 21201 | CREDITOR ID: 410970-15<br>TRUST NO 201 BY MAX D PUYANIC, TTEE<br>C/O COMMODORE REALTY INC, MG AGT<br>30 WEST MASHTA DRIVE, STE 400<br>KEY BISCAYNE FL 33149 | CREDITOR ID: 384402-47<br>TS PIERCE SC CO LTD<br>C/O SOUTHERN MANAGEMENT & DEV<br>PO BOX 11229<br>KNOXVILLE, TN 37939 |
| CREDITOR ID: 1951-07<br>TUNICA VILLAGE PARTNERSHIP<br>C/O ACADIAN MANAGEMENT<br>ATTN BARBARA KIZER, OWNER<br>PO BOX 1268<br>MADISONVILLE, LA 70447 | CREDITOR ID: 384404-47<br>TYRONE GARDENS LLC<br>SCOTT ROSS<br>1825 MAIN STREET SUITE 105<br>WESTON, FL 33326 | CREDITOR ID: 410915-15<br>UNUM LIFE INSURANCE CO OF AMERICA<br>C/O THOMPSON & KNIGHT LLP<br>ATTN LESLEY C ARDEMAGNI, ESQ<br>1700 PACIFIC AVENUE, SUITE 3300<br>DALLAS TX 75201 |
| CREDITOR ID: 403475-99<br>VALLEYDALE ASSOCIATES LTD<br>C/O SPAIN & GILLON LLC<br>ATTN WALTER F MCARDLE, ESQ<br>THE ZINSZER BLDG<br>217 SECOND AVENUE NORTH<br>BIRMINGHAM AL 35203 | CREDITOR ID: 403475-99<br>VALLEYDALE ASSOCIATES LTD<br>C/O LAFLEUR LAW FIRM<br>ATTN: NINA LAFLEUR<br>PO BOX 861128<br>ST AUGUSTINE FL 32086 | CREDITOR ID: 2644-07<br>VALLEYDALE ASSOCIATES, LTD<br>2117 SECOND AVE<br>PO BOX 12767<br>BIRMINGHAM AL 35202-2767 |
| CREDITOR ID: 406046-15<br>VENETIA VILLAGE<br>ATTN PAT JOHNSON/RICHARD STOCKTON<br>5513 ROOSEVELT BOULEVARD, PMB 225<br>JACKSONVILLE FL 32244 | CREDITOR ID: 264055-12<br>VENETIA VILLAGE CENTER<br>C/O SOUTHEAST LEASING & MGMT<br>1620 HENDRICKS AVE<br>JACKSONVILLE, FL 32207 | CREDITOR ID: 264132-12<br>VICTORY BERRYLAND LLC<br>VICTORY COMM REAL ESTATE INC<br>PO BOX 4767<br>COLUMBUS, GA 31914 |
| CREDITOR ID: 264134-12<br>VICTORY COLDWATER PLAZA, LLC<br>506 MANCHESTER EXPRESSWAY, SUITE B5<br>COLUMBUS, GA 31904 | CREDITOR ID: 264139-12<br>VICTORY GRETNA LLC<br>506 MANCHESTER EXPRESSWAY, SUITE B5<br>COLUMBUS, GA 31904 | CREDITOR ID: 264141-12<br>VICTORY KENNER, LLC<br>506 45TH STREET SUITE B-5<br>COLUMBUS, GA 31904 |
| CREDITOR ID: 264146-12<br>VICTORY RIVER SQUARE, LLC<br>PO BOX 4767<br>COLUMBUS, GA 31904 | CREDITOR ID: 264148-12<br>VICTORY SAKS PLAZA, LLC<br>506 MANCHESTER EXPRESSWAY, SUITE B5<br>COLUMBUS, GA 31904 | CREDITOR ID: 264150-12<br>VICTORY THREE NOTCH PLAZA, LLC<br>506 MANCHESTER EXPRESSWAY, SUITE B5<br>COLUMBUS, GA 31904 |
| CREDITOR ID: 1972-07<br>VIGOUROUX DEVELOPMENT CO, LLC<br>C/O FOSHEE REALTY COMPANY, INC<br>ATTN MARY A JORDAN, PROPERTY MGR<br>ROBERT TURNER JR, AUTH AGENT<br>51 TACON STREET, STE B<br>MOBILE, AL 36607 | CREDITOR ID: 410517-15<br>VILLAGE AURORA I, LLC<br>C/O SIZELER REAL ESTATE MGMT CO INC<br>ATTN TRACEY T TARLETON, ESQ<br>2542 WILLIAMS BLVD<br>KENNER LA 70062 | CREDITOR ID: 416243-15<br>VILLAGE MARKETPLACE OF HAW RIVER<br>C/O KENNEDY COVINGTON LOBDELL ET AL<br>ATTN LAWRENCE E BEHNING, ESQ<br>214 N TRYON STREET, 47TH FLOOR<br>CHARLOTTE NC 28202 |
| CREDITOR ID: 410857-15<br>VILLAGE ON WHITESBURG, LLC<br>C/O JOHNSTON MOORE MAPLES ET AL<br>ATTN STUART M MAPLES, ESQ<br>400 MERIDIAN STREET, SUITE 301<br>HUNTSVILLE AL 35801 | CREDITOR ID: 408366-15<br>VILLAGE ROYALE PROPERTIES LLC<br>C/O BENESCH FRIEDLANDER ET AL<br>ATTN DAVID M NEUMANN, ESQ<br>200 PUBLIC SQUARE, 2300 BP TOWER<br>CLEVELAND OH 44114 | CREDITOR ID: 534944-98<br>VONWIN CAPITAL MANAGEMENT LP<br>ATTN ROGER VON SPIEGEL MANAGING DIR<br>60 MADISON AVE STE 201<br>NEW YORK NY 10010 |

SERVICE LIST
Notice of Hearing
Debtors' Twenty-Sixth Omnibus Objection to Claims
Arising From Unexpired Leases of Non-Residential
Real Property (I) That Have Been Assumed, (II) That
Have Been Assumed and Assigned or (III) That...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 410548-15
VOW, LLC
C/O WALSTON WELLS ANDERSON ET AL
ATTN C ELLIS BRAZEAL, III, ESQ.
1819 5TH AVENUE NORTH, SUITE 1100
BIRMINGHAM AL 35203

CREDITOR ID: 452056-98
VR GLOBAL PARTNERS, LP
C/O VR CAPITAL GROUP
ATTN RICHARD DEITZ
AVRORA BUSINESS PARK
77 SADOVNICHESKAYA NAB BLDG 1
MOSCOW  115035
RUSSIA

CREDITOR ID: 264351-12
WALKER LA COMMERCIAL
C/O ALSTON & BIRD LLP
ATTN PAUL SILVERMAN, ESQ
90 PARK AVENUE
NEW YORK NY 10016

CREDITOR ID: 264351-12
WALKER LA COMMERCIAL
PROPERTIES DEVELOPMENT CO LLC
ATTN C MORTON OR C MARTIN ESQ
5630 BANKERS AVENUE
BATON ROUGE, LA 70808

CREDITOR ID: 410977-15
WATCH OMEGA HOLDINGS, LP BY
GE CAPITAL REALTY GROUP, INC, AGENT
C/O MORITT HOCK HAMROFF ET AL
ATTN LESLIE A BERKOFF, ESQ
400 GARDEN CITY PLAZA
GARDEN CITY NY 11530

CREDITOR ID: 2660-07
WATKINS INVESTMENTS, LP
C/O SHAW GUSSIS FISHMAN ET AL
ATTN BRIAN SHAW & ALLEN GUON, ESQS
321 N CLARK STREET, SUITE 800
CHICAGO IL 60610

CREDITOR ID: 2660-07
WATKINS INVESTMENTS, LP
ATTN LAWRENCE A WATKINS, PRES
751 CHAMPAGNE ROAD
INCLINE VILLAGE NV 89451

CREDITOR ID: 2662-07
WAYNESVILLE SHOPPING CENTER, LLC
C/O JOHNSON, HEARN, VINEGAR, ET AL
ATTN JEAN WINBORNE BOYLES, ESQ
TWO HANNOVER SQUARE, SUITE 2200
RALEIGH NC 27601

CREDITOR ID: 2662-07
WAYNESVILLE SHOPPING CENTER, LLC
C/O RONALD L HOOKER
435 OVERLOOK DRIVE
MAGGIE  VALLEY NC 28751

CREDITOR ID: 411026-99
WD GREEN COVE TRUST
C/O HELD & ISRAEL
ATTN EDWIN HELD & ADAM FRISCH, ESQS
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 410760-15
WD HILLARD, LLC
C/O SEYFARTH SHAW, LLP
ATTN SARA E LORBER, ESQ
131 SOUTH DEARBORN STREET, STE 2400
CHICAGO IL 60603

CREDITOR ID: 411024-99
WD JACKSONVILLE TRUST
RIKER DANZIG SCHERER ET AL
ATTN MORRISON/TILTON/SPONDER, ESQS
HEADQUARTERS PLAZA
ONE SPEEDWELL AVENUE
MORRISTOWN NJ 07962

CREDITOR ID: 410802-15
WD MARIANNA PORTFOLIO, LP
C/O H&R REIT
ATTN MORGAN BERRY
3625 DUFFERIN ST, SUITE 500
TORONTO ON ON MSK 1N4
CANADA

CREDITOR ID: 410802-15
WD MARIANNA PORTFOLIO, LP
C/O JENKENS & GILCHRIST PC
ATTN MICHAEL S HELD, ESQ
1445 ROSS AVENUE, STE 3700
DALLAS TX 75202

CREDITOR ID: 411025-99
WD PASCO TRUST
C/O HELD & ISRAEL
ATTN E HELD/A FRISCH, ESQS
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 1693-07
WEIGEL, PATRICIA OR MARSHALL TTEES
WEIGEL FAMILY REV TRUST
C/O JEFFREY NIMZ, ESQ
20 N WACKER DRIVE, STE 1725
CHICAGO IL 60606

CREDITOR ID: 403489-15
WEINACKER'S SHOPPING CENTER LLC
ATTN BA FRIEDMAN / S G WEINACKER
3809 CLARIDGE ROAD NORTH
MOBILE AL 36608

CREDITOR ID: 407594-15
WEST TOWN CORNERS
C/O SIMON PROPERTY GROUP
LEGAL COLLECTIONS
ATTN PATTY SUMMERS (TROPEPE)
115 W WASHINGTON STREET
INDIANAPOLIS IN 46204

CREDITOR ID: 264701-12
WESTWOOD SQUARE LTD
ATTN THENA GUNN, GENERAL MGR
ROBERT M BUCHANAN JR
PO BOX 1248
JACKSON, MS 39215-1248

CREDITOR ID: 407704-15
WIAB PROPERTIES, LLC
C/O MAYNARD COOPER & GALE, PC
ATTN MATTHEW W GRILL, ESQ
1901 SIXTH AVENUE NORTH, SUITE 2400
BIRMINGHAM AL 35203

CREDITOR ID: 407487-99
WILMINGTON TRUST CO/WADE, WJ, TTEES
SOUTHLAND-AMITE WD DEL BUS TRUST
C/O NEAL BERGER EISENBERG LLP
ATTN THOMAS C WOLFORD, ESQ
2 NORTH LASALLE ST, STE 2300
CHICAGO IL 60602

CREDITOR ID: 264937-12
WINDSOR STATION LLC
C/O PHILLIPS EDISON & CO, LTD
ATTN R MARK ADDY, MANAGING AGT
11690 GROOMS ROAD
CINCINNATI, OH 45242

CREDITOR ID: 265053-24
WRI/TEXLA LLC
ATTN JENNY HYUN, ESQ
2600 CITADEL PLAZA DRIVE
HOUSTON TX 77008

CREDITOR ID: 1115-07
YORK, BENNETT V
C/O SOUTHGATE REALTY, LLC
PO BOX 16615
HATTIESBURG MS 39402

CREDITOR ID: 1115-07
YORK, BENNETT V
C/O BENNETT, LOTTERHOS, SULSER & WILSON
ATTN MARCUS M WILSON, ESQ
PO BOX 98
JACKSON MS 39205-0098

CREDITOR ID: 410597-15
ZEPHYR HILLS LAND TRUST
PACHULSKI STANG ZIEHL ET AL
ATTN ROBERT J FEINSTEIN, ESQ
780 THIRD AVENUE, 36TH FLR
NEW YORK NY 10017

CREDITOR ID: 407527-15
ZIONS FIRST NATIONAL BANK
ATTN ANGELA STEPHENSON
DEPARTMENT 232-K5
PO BOX 30709
SALT LAKE CITY UT 84130

**Total:   432**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |

**NOTICE OF HEARING**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **November 30, 2006** at **1:00 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Twenty-Sixth Omnibus Objection to Claims Arising From Unexpired Leases of Non-Residential Real Property (I) That Have Been Assumed, (II) That Have Been Assumed and Assigned, or (III) That are the Subject of Lease Termination Agreements.

Only objections filed and served on Cynthia C. Jackson at cjackson@smithhulsey.com, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 so as to be received by **November 23, 2006** at 4:00 p.m. (E.T.) will be considered by the Bankruptcy Court at the hearing.   The relief requested in the Motion may be granted without a hearing if no objection is timely filed.

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: October 31, 2006.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By   *s/ D. J. Baker*
     D. J. Baker
     Sally McDonald Henry
     Rosalie Walker Gray

Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

Co-Counsel for Debtors

00532855


SMITH HULSEY & BUSEY

By   *s/ Cynthia C. Jackson*
     Stephen D. Busey
     James H. Post
     Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Hearing Date:  November 30, 2006 at 1:00 p.m.
Obj. Deadline:  November 23, 2006 at 4:00 p.m.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

## DEBTORS' TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS ARISING FROM UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY (I) THAT HAVE BEEN ASSUMED, (II) THAT HAVE BEEN ASSUMED AND ASSIGNED, OR (III) THAT ARE THE SUBJECT OF LEASE TERMINATION AGREEMENTS

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), object under 11 U.S.C. §§ 502 and 507 and Fed. R. Bankr. P. 3007 and 9014 (the "Objection") to the claims listed on the attached Exhibits A through D (collectively, the "Lease Claims").[2] The Lease Claims relate to non-residential real property leases that (i) have been assumed by Court order and as to which all outstanding claims associated with such leases have already been fixed as allowed cure amounts by Court order, (ii) have been assumed by Court order and as to which all outstanding claims associated with such leases will ultimately be fixed as allowed cure amounts by Court order, (iii)

---

[1]  In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]  By order dated September 1, 2005, this Court approved notice and service procedures regarding omnibus claim objections (the "Claim Objection Procedures Order"). This Objection is filed pursuant to the Claim Objection Procedures Order.

were assumed and assigned and as to which all outstanding claims associated with such leases have been fixed as allowed cure amounts and paid or waived, or (iv) were the subject of post-petition lease termination or assignment agreements that resulted in the waiver of all outstanding claims arising under the subject leases.  In support of this Objection, the Debtors respectfully represent as follows:

## BACKGROUND

A.    The Chapter 11 Filings

1.    On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code").  The Debtors' cases are being jointly administered for procedural purposes only.

2.    The Debtors are grocery and pharmaceutical retailers operating in the southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners.  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.    On March 1, 2005, pursuant to section 1102 of the Bankruptcy Code, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors Committee") to serve in these cases.  An official committee of equity security holders appointed by the U.S. Trustee on August 17, 2005 was subsequently disbanded by the U.S. Trustee by notice dated January 11, 2006.

4.    The Debtors have filed the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (as modified, the "Chapter 11 Plan"), which is currently pending before the Court following a confirmation hearing held on October 13, 2006.  If the

2

Chapter 11 Plan is confirmed by order of the Court, the Chapter 11 Plan will become effective on the date on which the conditions precedent to its effectiveness are satisfied or waived (the "Effective Date").

       5.   The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 57(b)(2).

       6.   The statutory predicates for the relief requested are sections 502 and 507 of the Bankruptcy Code and Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

B.     The Assumption Motions and the Lease Termination Agreements

       7.   During the pendency of these cases, the Debtors have filed several motions seeking authority to assume hundreds of non-residential real property leases. Specifically, on May 20, 2006, the Debtors moved to assume approximately 75 leases as of the Effective Date of the Debtors' Plan (Docket No. 7966). By motion dated June 30, 2006, the Debtors moved to assume the vast majority of their remaining unexpired real property leases as of the Effective Date of the Plan (Docket No. 8941). Other assumption motions have been filed seeking to assume one or more non-residential real property leases (Docket Nos. 7334 and 7370). All of the motions described above set forth proposed cure amounts for each of the subject leases and afforded the landlords to such leases the opportunity to object to the proposed cure amounts.

       8.   To date, the Debtors have succeeded in fixing cure amounts for approximately 370 leases, which amounts are reflected in (a) the Order Correcting Order Dated August 18, 2006 (Docket No. 10384) (I) Authorizing Assumption of Non-Residential Real Property Leases, (II) Fixing Cure Amounts and (III) Granting Related Relief to Attach Amended

3

Exhibit A dated October 25, 2006 (Docket No. 12180), (b) the Order (I) Authorizing Assumption of Non-Residential Real Property Leases, (II) Fixing Cure Amounts and (III) Granting Related Relief dated October 16, 2006 (Docket No. 11930), (c) the Order (I) Authorizing Assumption of Non-Residential Real Property Lease for Store No. 207, (II) Fixing Cure Amounts and (III) Granting Related Relief dated September 21, 2006 (Docket No. 11224), (d) the Order Correcting Order Dated October 4, 2006 (I) Authorizing Assumption of Non-Residential Real Property Leases, (II) Fixing Cure Amounts and (III) Granting Related Relief to Attach Amended Exhibits A and D dated October 25, 2006 (Docket No. 12183), and (e) the Order (I) Authorizing Assumption of Non-Residential Real Property Leases, (II) Fixing Cure Amounts and (III) Granting Related Relief dated October 30, 2006 (Docket No. 12255). As of the filing of this Objection, the Debtors are continuing to negotiate cure amounts with respect to approximately 176 leases, which amounts, once settled, will be reflected in a proposed order submitted to the Court.

9.    Additionally, during the pendency of these cases, the Debtors have assumed and assigned several leases to third parties. The orders entered approving these assumptions and assignments required the Debtors to cure any outstanding obligations at the time of closing and the Debtors did so, except in such instances where such amounts were waived by the applicable landlord.

10.    Additionally, during the pendency of these cases, the Debtors negotiated lease termination agreements or assignments with several landlords. Pursuant to these Court approved agreements, the landlords waived any and all claims they may have had against the Debtors.

4

B.    Proofs of Claim

11.    By Order dated April 28, 2005 (the "Claims Bar Date Order"), this Court set August 1, 2005 as the last date for all parties who have or assert (or believe they may have or assert) prepetition claims against one or more of the Debtors to file and serve a written proof of claim with respect to any such claim. The bar date applicable to governmental units was August 22, 2005. To date, over 13,500 proofs of claim (the "Proofs of Claim") have been filed against the Debtors in these cases. Notice of the Claims Bar Date Order and the applicable bar date was provided by mail and publication in accordance with the procedures outlined in the Claims Bar Date Order.

12.    The Lease Claims relate to (a) non-residential real property leases identified on Exhibit A, that have been assumed pursuant to an order of this Court subject to the occurrence of the Effective Date, and as to which the claims that constitute the cure obligations associated with such leases have been fixed as allowed cure amounts by Court order (the "Fixed Assumed Lease Claims"), (b) non-residential real property leases identified on Exhibit B, that have been assumed pursuant to an order of this Court subject to the occurrence of the Effective Date, and as to which the claims that constitute the cure obligations associated with such leases will be (but have not yet been) fixed as allowed cure amounts by Court order (the "Pending Assumed Lease Claims"), (c) non-residential real property leases identified on Exhibit C, that have been assumed and assigned to third parties and as to which all outstanding claims associated with such leases have either been waived or have been fixed as allowed cure amounts and paid pursuant to Court order (the "Assigned Lease Claims"), and (d) non-residential real property leases identified on Exhibit D that are the subject of post-petition lease termination agreements or assignments

pursuant to which the applicable landlords have waived any claims they had against the Debtors by Court order (the "Terminated Lease Claims").

## RELIEF REQUESTED

13. This Objection is not intended to supersede the lease assumption process or the completed and pending dispositions of leases that have been approved by prior Court orders. Rather, by this Objection, the Debtors seek entry of the proposed Order attached as Exhibit E, pursuant to sections 502 and 507 of the Bankruptcy Code and Bankruptcy Rules 3007 and 9014, (a) reclassifying, subject to the occurrence of the Effective Date, the Fixed Assumed Lease Claims (the claims listed on Exhibit A) from Unsecured Claims to Administrative Claims[3] to the extent they represent components of cure amounts fixed by the Court and disallowing them to the extent they exceed the approved cure amounts, (b) reclassifying, subject to the occurrence of the Effective Date, the Pending Assumed Lease Claims (the claims listed on Exhibit B) from Unsecured Claims to Administrative Claims to the extent they represent components of cure amounts to be approved by the Court and disallowing them to the extent they exceed the cure amounts ultimately approved by the Court (c) disallowing the Assigned Lease Claims (the claims listed on Exhibit C), and (d) disallowing the Terminated Lease Claims (the claims listed on Exhibit D).

## BASIS FOR RELIEF

14. <u>Exhibit A Claims</u>. The claims listed on Exhibit A (the Fixed Assumed Lease Claims) arise from unexpired leases of non-residential real property that have already been assumed by order of this Court. The cure amounts represented by such claims have already been

---

[3] Capitalized terms not otherwise defined in this Objection shall have the meanings ascribed to them in the Plan.

established by order of the Court subject to the occurrence of the Effective Date. Accordingly, such claims (either in the amount asserted on the applicable Proof of Claim or in a modified amount reflecting the resolution of disputes regarding the amount of the cure obligation associated with a particular lease) will be allowed in accordance with the specific order governing the assumption of the lease and will be treated as administrative claims under the Plan. Thus, to the extent the Fixed Assumed Lease Claims represent unsecured claims or other non-administrative claims, they should be reclassified to administrative status (in the amount already determined by the Court) and, to the extent they exceed the Court-approved cure amount, they should be disallowed.

15.     Exhibit B Claims The claims listed on Exhibit B (the Pending Assumed Lease Claims) arise from unexpired leases of non-residential real property that have already been assumed by order of this Court. The cure amounts represented by such claims are pending resolution and determination by the Court subject to the occurrence of the Effective Date. Accordingly, such claims (either in the amount asserted on the applicable Proof of Claim or in a modified amount reflecting the resolution of disputes regarding the amount of the cure obligation associated with a particular lease) will be allowed in accordance with the specific order determining the cure amount for such lease and will be treated as administrative claims under the Plan. Thus, to the extent the Pending Assumed Lease Claims represent unsecured claims or other non-administrative claims, they should be reclassified to administrative status (in the amount ultimately determined by the Court) and, to the extent they exceed the Court-approved cure amount, they should be disallowed.

16.     Exhibit C Claims. The claims listed on Exhibit C (the Assigned Lease Claims) arise from unexpired leases of non-residential real property that have been assumed and

7

assigned pursuant to orders of this Court. The claims associated with such leases have either been waived or established as cure amounts and have been addressed in the context of an assumption and assignment transaction. Accordingly, such claims (either in the amount asserted on the applicable Proof of Claim or in a modified amount reflecting the resolution of disputes regarding the amount of the cure obligation associated with a particular lease) have either been waived or have been paid in accordance with a specific order governing the assumption and assignment of the lease. Thus, the Assigned Lease Claims should be disallowed.

17. <u>Exhibit D Claims</u>. The claims listed on Exhibit D (the Terminated Lease Claims) were waived by the landlord of the applicable non-residential real property lease either (a) pursuant to a lease termination agreement or assignment approved by this Court, or (b) pursuant to the terms of the assumption and assignment of the applicable lease. The Terminated Lease Claims have, therefore, already been addressed and, thus, should be disallowed.

18. For the foregoing reasons, the Debtors object to the Lease Claims and seek (a) reclassification of the Fixed Assumed Lease Claims as Administrative Claims to the extent such claims constitute a component of cure amounts fixed by the Court, subject to the occurrence of the Effective Date, and disallowance of such claims to the extent they exceed the approved cure amounts, (b) reclassification of the Pending Assumed Lease Claims as Administrative Claims to the extent such claims constitute a component of cure amounts ultimately determined by the Court, subject to the occurrence of the Effective Date, and disallowance of such claims to the extent they exceed the approved cure amounts (c) disallowance of the Assigned Lease Claims, and (d) disallowance of the Terminated Lease Claims.

19. Claimants may elect, by not timely responding to this Objection, to permit the Lease Claims listed on Exhibits A through D to be reclassified, reduced, or disallowed (as

8

described above). In the absence of a Response (as defined in paragraph 23 below), the Debtors will present to the Court the proposed Order (attached as Exhibit E) reclassifying, reducing or disallowing (as described above) the Lease Claims listed on Exhibits A through D.

## SEPARATE CONTESTED MATTERS

20. Each of the Lease Claims and the Debtors' objections asserted below constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. The Debtors request that any order entered by the Court with respect to an objection asserted in this Objection shall be deemed a separate order with respect to each Lease Claim.

## RESERVATION OF RIGHTS

21. The Debtors expressly reserve the right to amend, modify, or supplement these objections and to file additional objections to the Lease Claims or any other claims (filed or not) which may be asserted against the Debtors. In particular, the Lease Claims may be subject to further objection on the ground that they were filed against the incorrect Debtor. Subject to confirmation and effectiveness of the Plan and the resolution of substantive consolidation issues by its terms, the Debtors reserve the right to seek to modify the Debtor against which each of the Lease Claims has been filed to reflect that each Lease Claim is filed against the Debtor believed to be liable for the amounts asserted in the Lease Claims.

22. The Debtors reserve their rights with respect to potential preference and avoidance actions under chapter 5 of the Bankruptcy Code (the "Avoidance Actions") against any Claimant, and this Objection does not constitute a waiver of the Debtors' right to pursue such Avoidance Actions.

## RESPONSES TO THE OBJECTION

A.    Filing and Service of Responses

23.    Pursuant to the Claim Objection Procedures Order, to contest an Objection a claimant must file a written response to the Objection (a "Response") with the United States Bankruptcy Court for the Middle District of Florida (the "Court"), via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202 no later than **November 23, 2006, at 4:00 p.m. (Eastern time)** (the "Response Deadline"). In addition, a copy of the Response must be served on the following party on or before the Response Deadline:

> Counsel for the Debtors:
> Cynthia C. Jackson, Esq.
> Smith Hulsey & Busey
> 225 Water Street, Suite 1800
> Jacksonville, Florida  32202
> (904) 359-7700
> (904) 359-7708 (facsimile)
> cjackson@smithhulsey.com

B.    Timely Response Required; Hearing; Replies

24.    If a Response is properly and timely filed and served in accordance with the above procedures, the Debtors will endeavor to reach a consensual resolution with the claimant. If no consensual resolution is reached, a hearing has been noticed for **November 30, 2006, at 1:00 p.m. (Eastern Time)**, or such other date and time as parties filing responses may be notified. Only those Responses made in writing and timely filed and received will be considered by the Court at any such hearing. The Debtors reserve the right to seek to adjourn a hearing with respect to a specific objection and any Response to such objection.

25.     If a claimant whose claim is subject to the Objection, and who is served with the Objection, fails to file and serve a timely Response in compliance with the foregoing procedures, the Debtors will present to the Court an appropriate order disallowing or reclassifying the claim (as applicable), without further notice to the claimant.

## NOTICE

26.     Copies of this Objection will be served upon each of the claimants identified in Exhibits A through D, the United States Trustee, counsel for the Debtors' postpetition secured lender, counsel for the Creditors Committee, and, in an abundance of caution, upon the other parties in interest named on the Official Service List maintained in these cases. The Debtors submit that no other or further notice need be given.

WHEREFORE the Debtors respectfully request that the Court (i) grant the relief requested by this Objection, (ii) enter the proposed Order attached as Exhibit E (a) reclassifying the Lease Claims identified on Exhibit A from Unsecured Claims to Administrative Claims to the extent they represent components of cure amounts approved by the Court, subject to the occurrence of the Effective Date, and disallowing such claims to the extent they exceed the proposed cure amounts, (b) reclassifying (and in certain instances reducing) the Lease Claims identified on Exhibit B from Unsecured Claims to Administrative Claims to the extent they represent components of cure amounts to be approved by the Court, subject to the occurrence of the Effective Date, and disallowing such claims to the extent they exceed the proposed cure amounts, (c) disallowing the Assigned Lease Claims identified on Exhibit C, and (d) disallowing

11

the Terminated Lease Claims identified on Exhibit D, and (iii) grant such other and further relief

as is just and proper.

Dated: October 31, 2006

SKADDEN, ARPS, SLATE, MEAGHER                    SMITH HULSEY & BUSEY
& FLOM LLP

By   _s/ D. J. Baker_                             By   _s/ Allan E. Wulbern_
        D. J. Baker                                      Stephen D. Busey
        Sally McDonald Henry                             Cynthia C. Jackson
        Rosalie Walker Gray                              Allan E. Wulbern,
        Adam S. Ravin                                    Florida Bar Number 175511
Four Times Square                                 225 Water Street, Suite 1800
New York, New York 10036                          Jacksonville, Florida 32202
(212) 735-3000                                    (904) 359-7700
(212) 735-2000 (facsimile)                        (904) 359-7708 (facsimile)
djbaker@skadden.com                               awulbern@smithhulsey.com

Co-Attorneys for Debtors                          Co-Attorneys for Debtors

## Declaration

I, Bryan Gaston, Director, XRoads Solutions Group, LLC, declare under the

penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts stated in the foregoing Debtors'

Objection to Claims Arising from Unexpired Leases of Non-Residential Real Property (I) That

Have Been Assumed or are Pending Assumption, (II) That Have Been Assumed and Assigned,

or (III) That are the Subject of Postpetition Lease Termination Agreements are true and correct

to the best of my knowledge, information and belief.

Bryan M Gaston
Director
XRoads Solutions Group, LLC

00548166.DOC

**EXHIBIT A**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 241233**<br>11010 SEVENTH AVE INVESTMENTS<br>C/O 11010 LAND COMPANY LLC<br>ATTN SALOMON GOLD<br>PO BOX 601551<br>CHARLOTTE, NC 28260-1551 | 30023<br>Debtor: **WINN-DIXIE STORES, INC.** | $21,853.20 | $21,853.20 | CURE AMOUNT FOR STORE 233 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 996**<br>1954 UNIONPORT ASSOCIATES, LLC<br>C/O ECKSTEIN PROPERTIES<br>ATTN S ECKSTEIN, MANAGING MEMBER<br>60 BOARD STREET<br>NEW YORK, NY 10004 | 12922<br>Debtor: **WINN-DIXIE STORES, INC.** | $7,290.67 | $7,290.67 | CURE AMOUNT FOR STORE 174 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 241239**<br>1980 UNIONPORT ASSOCIATES LLC<br>C/O GOLDSTEIN COMMERCIAL PROPERTY<br>ATTN LINDA GOLDSTEIN, MGR<br>3753-1 CARDINAL POINT DRIVE<br>JACKSONVILLE, FL 32257 | 932<br>Debtor: **WINN-DIXIE STORES, INC.** | $12,244.54 | $12,244.54 | CURE AMOUNT FOR STORE 72 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 241247**<br>2525 EAST HILLSBOROUGH AVE LLC<br>PO BOX 530496<br>ATLANTA, GA 30353-0496 | 30025<br>Debtor: **WINN-DIXIE STORES, INC.** | $47,259.71 | $6,599.75 | CURE AMOUNT FOR STORE 2659 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 241285**<br>99 EGLIN LTD<br>ATTN MARK PORTER, DIRECTOR<br>PO BOX 1735<br>DESTIN, FL 32540<br><br>Counsel: ATTN JOHN R DOWD, ESQ | 7325<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $281,430.00 | $31,606.51 | REDUCED TO $26,306.29 BY 8/31/06 SIXTEENTH OMNIBUS CLAIMS OBJECTION ORDER AND BY 10/3/06 ORDER CORRECTING 10/31/06 SIXTEENTH OMNIBUS CLAIMS OBJECTION ORDER. CURE AMOUNT FOR STORE 566 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 241286**<br>99 ELGIN LTD<br>ATTN MARK PORTER, DIRECTOR<br>PO BOX 1735<br>DESTIN, FL 32540<br><br>Counsel: ATTN JOHN R DOWD, ESQ | 7324<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $5,300.22 | $0.00 | CURE AMOUNT FOR STORE 566 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 7325 (DKT NO. 12183). |

# WINN-DIXIE STORES, INC., ET AL.
## TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
### EXHIBIT A
### CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 241477**<br>ACADIAN MANAGEMENT<br>ATTN BARBARA KIZER, OWNER<br>PO BOX 1268<br>MADISONVILLE, LA 70447-9998 | 2100<br>Debtor: WINN-DIXIE STORES, INC. | $5,414.35 | $9,958.91 | CURE AMOUNT FOR STORE 1572 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 407791**<br>ACORN ASSOCIATES, INC<br>ATTN EDWARD PEARLSTEIN, VP<br>140 GLENLAWN AVENUE<br>SEA CLIFF NY 11579 | 5654<br>Debtor: WINN-DIXIE STORES, INC. | $12,018.37 | $12,018.37 | CURE AMOUNT FOR STORE 2229 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 452151**<br>AIB DELTONA, INC<br>ATTN ANNELIE MEINKE, ESQ<br>1980 POST OAK BLVD, SUITE 720<br>HOUSTON TX 77056<br>Counsel: ATTN ROBERT D WILCOX, ESQ | 13265<br>Debtor: WINN-DIXIE STORES, INC. | $11,043.68 | $11,043.68 | CURE AMOUNT FOR STORE 2313 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 452151**<br>AIB DELTONA, INC<br>ATTN ANNELIE MEINKE, ESQ<br>1980 POST OAK BLVD, SUITE 720<br>HOUSTON TX 77056<br>Counsel: ATTN ROBERT D WILCOX, ESQ | 13317<br>Debtor: WINN-DIXIE STORES, INC. | $5,391,831.50 | $0.00 | CURE AMOUNT FOR STORE 2313 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 13265 (DKT NO. 12183). |
| **Creditor Id: 410534**<br>ALBION PACIFIC PROP RESOURCES, LLC<br>ATTN MARIA AHEDO<br>1438 GOWER STREET, BLDG 42, STE 401<br>BOX 11<br>LOS ANGELES CA 90028<br>Counsel: ATTN I M GOLDN B WARANOFF | 10913<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $0.00 | $29,863.60 | CURE AMOUNT FOR STORE 500 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 410534**<br>ALBION PACIFIC PROP RESOURCES, LLC<br>ATTN MARIA AHEDO<br>1438 GOWER STREET, BLDG 42, STE 401<br>BOX 11<br>LOS ANGELES CA 90028<br>Counsel: ATTN I M GOLDN B WARANOFF | 10914<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | $0.00 | CURE AMOUNT FOR STORE 500 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 10913 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 410891**<br>ALLIED CAPITAL CORPORATION<br>C/O VENABLE LLP<br>ATTN G CROSSH FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 10003<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | $8,196.10 | CURE AMOUNT FOR STORE 571 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 410891**<br>ALLIED CAPITAL CORPORATION<br>C/O VENABLE LLP<br>ATTN G CROSSH FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 10004<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | $0.00 | CURE AMOUNT FOR STORE 1854 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 1500 FILED BY LANDLORD (DKT NO. 12183). |
| **Creditor Id: 410891**<br>ALLIED CAPITAL CORPORATION<br>C/O VENABLE LLP<br>ATTN G CROSSH FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 10005<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | $0.00 | CURE AMOUNT FOR STORE 1854 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 13383 FILED BY LANDLORD (DKT NO. 12183). |
| **Creditor Id: 410852**<br>AMERICAN FEDERAL PROPERTIES, LTD<br>ATTN ELI SLEIMAN JR, TREASURY<br>1 SLEIMAN PARKWAY, SUITE 210<br>JACKSONVILLE FL 32216-8046 | 9990<br>Debtor: **WINN-DIXIE STORES, INC.** | $9,737.10 | $9,737.10 | CURE AMOUNT FOR STORE 195 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 417090**<br>AMERICAN PAPER BOX COMPANY INC<br>ATTN LINDA RICH / JOSEPH J TAVIS<br>17 HOPEWELL FARM ROAD<br>NATICK MA 01760<br><br>Counsel: ATTN SUSAN SIMONE, ESQ | 12877<br>Debtor: **WINN-DIXIE STORES, INC.** | $10,587.11 | $10,587.11 | CURE AMOUNT FOR STORE 2367 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 242886**<br>AZALEA MANAGEMENT AND LEASING<br>PO BOX 9527<br>ASHEVILLE, NC 28815 | 30178<br>Debtor: **WINN-DIXIE STORES, INC.** | $12,223.58 | $12,223.58 | CURE AMOUNT FOR STORE 2206 DETERMINED BY 10/25/06 ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 242887**<br>AZALEA MGT & LEASING INC<br>PO BOX 9527<br>ASHVILLE, NC 28815 | 30179<br>Debtor: WINN-DIXIE STORES, INC. | $904.02 | $0.00 | CURE AMOUNT FOR STORE 2206 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 30178 (DKT NO. 12183). |
| **Creditor Id: 2060**<br>BED ALABAMA LLC<br>ATTN BYRAM DICKES, OWNER<br>1200 CENTRAL AVENUE, SUITE 306<br>WILMETTE IL 60091 | 1500<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $0.00 | $10,923.78 | CURE AMOUNT FOR STORE 571 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 243236**<br>BEIL PROPERTIES INC<br>ATTN WALTER BEIL<br>247 OCEAN VIEW<br>NEWPORT BEACH CA 92663 | 3835<br>Debtor: WINN-DIXIE STORES, INC. | $6,071.86 | $29,083.80 | CURE AMOUNT FOR STORE 166 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 408349**<br>BELLOTTO PROPERTIES, LLC<br>C/O HOLLAND & KNIGHT, LLP<br>ATTN NOEL R BOEKE, ESQ<br>PO BOX 1288<br>TAMPA FL 33601-1288 | 7822<br>Debtor: WINN-DIXIE STORES, INC. | $497,000.00 | $0.00 | CURE AMOUNT FOR STORE 2320 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 7823 (DKT NO. 12183). |
| **Creditor Id: 408349**<br>BELLOTTO PROPERTIES, LLC<br>C/O HOLLAND & KNIGHT, LLP<br>ATTN NOEL R BOEKE, ESQ<br>PO BOX 1288<br>TAMPA FL 33801-1288 | 7823<br>Debtor: WINN-DIXIE STORES, INC. | $10,310.00 | $12,773.49 | CURE AMOUNT FOR STORE 2320 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 243718**<br>BOGALUSA SHOPPING CENTER CO<br>C/O JW PROPERTIES<br>ATTN CHARLES M CASSIDY<br>PO BOX 16146<br>MOBILE, AL 36616-0146 | 33289<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $20,573.23 | $20,573.23 | CURE AMOUNT FOR STORE 1452 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| Creditor Id: 397239<br>BONAIRE 99-GA, LLC<br>C/O TAMPOSI COMPANY<br>20 TRAFALGAR SQUARE STE 602<br>NASHUA, NH 03063 | 13383<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $8,238.56 | $7,141.32 | CURE AMOUNT FOR STORE 1854 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 243988<br>BRIGHT-MEYERS DUBLIN ASSOCS, LP<br>C/O MILLER & MARTIN PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 60<br>ATLANTA, GA 30309-7706 | 10837<br>Debtor: WINN-DIXIE STORES, INC. | $2,777,319.45 | $0.00 | CURE AMOUNT FOR STORE 1812 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 10838 (DKT NO. 12183). |
| Counsel: ATTN CATHERINE A HARRISON, ESQ | | | | |
| Creditor Id: 243988<br>BRIGHT-MEYERS DUBLIN ASSOCS, LP<br>C/O MILLER & MARTIN PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 60<br>ATLANTA, GA 30309-7706 | 10838<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $2,777,319.45 | $37,247.76 | CURE AMOUNT FOR STORE 1812 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Counsel: ATTN CATHERINE A HARRISON, ESQ | | | | |
| Creditor Id: 1152<br>BW DIX INC<br>C/O DAVID NOVAK, TREASURER<br>849 20TH STREET<br>VERO BEACH, FL 32960 | 13176<br>Debtor: WINN-DIXIE STORES, INC. | $8,609.47 | $15,219.46 | CURE AMOUNT FOR STORE 2343 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 244248<br>BW TREASURE, INC<br>C/O DAVID NOVAK, TREAS<br>849 20TH STREET<br>VERO BEACH, FL 32960 | 3190<br>Debtor: WINN-DIXIE STORES, INC. | $18,912.99 | $0.00 | CURE AMOUNT FOR STORE 2366 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 244251<br>BY-PASS PARTNERSHIP<br>ATTN ANDRE G COUDRAIN ESQ<br>PO BOX 1075<br>HAMMOND, LA 70404-1075 | 11299<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $326,040.00 | $4,942.70 | CURE AMOUNT FOR STORE 1558 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| Creditor Id: 410924<br>CWD OF JAX, INC<br>ATTN JANE C BOCKEL, PRES<br>10563 JAMES WREN WAY<br>FAIRFAX VA 22030 | 10093<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | $0.00 | CURE AMOUNT FOR STORE 37 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN AMENDING CLAIM NUMBER 13478 (DKT NO. 12183). |
| Creditor Id: 410924<br>CWD OF JAX, INC.<br>ATTN JANE C BOCKEL, PRES<br>10563 JAMES WREN WAY<br>FAIRFAX VA 22030 | 13478<br>Debtor: WINN-DIXIE STORES, INC. | $4,957.12 | $4,957.12 | CURE AMOUNT FOR STORE 37 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 410969<br>CALIFORNIA CLUB MALL SHOPPING CENTER, LTD<br>C/O MORGAN LEWIS & BOCKIUS, LLP<br>ATTN NEIL E HERMAN ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | 10325<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | $1,172.84 | CURE AMOUNT FOR STORE 357 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 244473<br>CAPITAL PROPERTIES ASSOCIATES<br>ATTN CHARLES W WEST, MGR<br>PO BOX 2169<br>TUSCALOOSA, AL 35403 | 273<br>Debtor: WINN-DIXIE STORES, INC. | $23,520.40 | $34,373.88 | CURE AMOUNT FOR STORE 526 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 244681<br>CARR FARMS, LLP<br>ATTN C H CARR AND BARRY D CARR<br>DEENA PLAIRE-HAAS<br>3199 PALMYRA ROAD<br>ALBANY GA 31707<br>Counsel: ATTN DEENA PLAIRE-HAAS, ESQ | 1753<br>Debtor: WINN-DIXIE STORES, INC. | $53,821.15 | $0.00 | REDUCED TO $50,232.92 BY 6/29/06 TWELFTH OMNIBUS CLAIMS OBJECTION ORDER. CURE AMOUNT FOR STORE 110 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN AMENDING CLAIM NUMBER 13315 (DKT NO. 12183). |
| Creditor Id: 244681<br>CARR FARMS, LLP<br>ATTN C H CARR AND BARRY D CARR<br>DEENA PLAIRE-HAAS<br>3199 PALMYRA ROAD<br>ALBANY GA 31707<br>Counsel: ATTN DEENA PLAIRE-HAAS, ESQ | 13315<br>Debtor: WINN-DIXIE STORES, INC. | $57,025.66 | $57,025.66 | CURE AMOUNT FOR STORE 110 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id:** 2131<br>CHESTER DIX CRAWFORDVILLE CORPORATI<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590 | 7900<br>**Debtor: WINN-DIXIE STORES, INC.** | $45,167.20 | $9,319.88 | CURE AMOUNT FOR STORE 198 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Counsel: ATTN EDWIN W HELD JR, ESQ | | | | |
| **Creditor Id:** 2132<br>CHESTER DIX CRESCENT CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590 | 7899<br>**Debtor: WINN-DIXIE STORES, INC.** | $52,029.91 | $10,380.10 | CURE AMOUNT FOR STORE 196 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Counsel: ATTN EDWIN W HELD JR, ESQ | | | | |
| **Creditor Id:** 2136<br>CHESTER DIX LABELLE CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590 | 7897<br>**Debtor: WINN-DIXIE STORES, INC.** | $53,397.59 | $14,564.91 | CURE AMOUNT FOR STORE 721 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Counsel: ATTN EDWIN W HELD JR, ESQ | | | | |
| **Creditor Id:** 2139<br>CHESTER DIX WAUCHULA CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590 | 7898<br>**Debtor: WINN-DIXIE STORES, INC.** | $51,777.75 | $8,894.84 | CURE AMOUNT FOR STORE 667 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Counsel: ATTN EDWIN W HELD JR, ESQ | | | | |
| **Creditor Id:** 2140<br>CHESTER DIX WILLISTON CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590 | 7896<br>**Debtor: WINN-DIXIE STORES, INC.** | $50,020.15 | $8,293.87 | CURE AMOUNT FOR STORE 171 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Counsel: ATTN EDWIN W HELD JR, ESQ | | | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 411126**<br>CLEVELAND MARKETPLACE, LTD<br>PO BOX 1806<br>GREENVILLE  SC  29602<br><br>Counsel: ATTN SEANN GRAY TZOUVELEKAS, ESQ | 11122<br>Debtor: WINN-DIXIE STORES, INC. | $81,833.41 | $71,682.54 | CURE AMOUNT FOR STORE 741 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 1210**<br>COLUMBIA MARKETPLACE LLC<br>C/O REGENCY PROPERTY SERVICES<br>ATTN JEFF HOWELL, DIR OF PROP MGMT<br>330 CROSS POINTE BOULEVARD<br>EVANSVILLE, IN 47715<br><br>Counsel: ATTN BRADLEY J SALMON, ESQ | 8862<br>Debtor: WINN-DIXIE STORES, INC. | $312,589.68 | $0.00 | CURE AMOUNT FOR STORE 1534 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 8861 (DKT NO. 12183). |
| **Creditor Id: 246681**<br>COLUMBIA MARKETPLACE LLC<br>C/O REGENCY PROPERTY SERVICES<br>ATTN JEFF HOWELL, PROP MGMT DIR<br>330 CROSS POINTE BOULEVARD<br>EVANSVILLE, IN 47715<br><br>Counsel: ATTN BRADLEY J SALMON, ESQ | 8861<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $312,589.68 | $56,888.79 | CURE AMOUNT FOR STORE 1534 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 423063**<br>COMMONWEALTH FOREST EDGE, LLC<br>C/O SAUL EWING, LLP<br>ATTN JOYCE A KUHNS, ESQ<br>500 EAST PRATT STREET<br>BALTIMORE MD 21202<br><br>Counsel: ATTN BRADLEY J SALMON, ESQ | 12966<br>Debtor: WINN-DIXIE STORES, INC. | $10,927.59 | $10,927.59 | CURE AMOUNT FOR STORE 2323 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 8/18/06 (DKT NO. 12180). |
| **Creditor Id: 2163**<br>CORPORATE PROPERTY ASSOCS 9, LP<br>C/O WP CAREY & CO, LLC<br>ATTN THOMAS LEWIS, VP<br>50 ROCKEFELLER PLAZA<br>NEW YORK NY 10020<br><br>Counsel: ATTN ALAN J LIPKIN, ESQ | 10133<br>Debtor: WINN-DIXIE STORES, INC. | $129,250.50 | $0.00 | CURE AMOUNT FOR STORE 518 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 10136 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 2163**<br>CORPORATE PROPERTY ASSOCS 9, LP<br>C/O W P CAREY & CO, LLC<br>ATTN THOMAS LEWIS, VP<br>50 ROCKEFELLER PLAZA<br>NEW YORK NY 10020 | 10136<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $129,250.50 | $1,597.17 | CURE AMOUNT FOR STORE 518 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Counsel: ATTN ALAN J LIPKIN, ESQ | | | | |
| **Creditor Id: 1224**<br>COUNTRY CLUB CENTRE LLC<br>CO RETAIL MANAGEMENT GROUP INC<br>ATTN JULIE BEALL, COO<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-1036 | 10951<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $1,604,651.05 | $8,870.83 | CURE AMOUNT FOR STORE 464 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Counsel: ATTN JEFFERY J HARTLEY, ESQ | | | | |
| **Creditor Id: 407681**<br>CROSSINGS OF ORLANDO, LTD<br>C/O COURTELIS COMPANY<br>ATTN V STOSIKW/D PITTS, PRES<br>703 WATERFORD WAY, SUITE 800<br>MIAMI FL 33126 | 4977<br>Debtor: **WINN-DIXIE STORES, INC.** | $23,566.93 | $23,566.93 | CURE AMOUNT FOR STORE 2392 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Counsel: ATTN C LONSTEIN & A SCHAEFFER, ESQS | | | | |
| **Creditor Id: 1238**<br>CRYSTAL LAKE AT ORLANDO<br>C/O REALVEST PARTNERS INC<br>ATTN ROBERT A LEVY, MEMBER<br>2200 LUCIEN WAY, SUITE 350<br>MAITLAND, FL 32751-7019 | 10091<br>Debtor: **WINN-DIXIE STORES, INC.** | $29,035.73 | $21,338.66 | REDUCED TO $21,338.66 BY 4/20/06 SEVENTH OMNIBUS CLAIMS OBJECTION ORDER. CURE AMOUNT FOR STORE 2288 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 411164**<br>CW CAPITAL ASSET MGT SERIES 2001-C2<br>HOLDERS OF SALOMON BROTHERS MTG<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 11224<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | $0.00 | CURE AMOUNT FOR STORE 52 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 31109 SCHEDULED FOR LANDLORD (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.

TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION

EXHIBIT A

CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| Creditor Id: 411174<br>CWCAPITAL ASSET MGMT, SERIES 1999C1<br>HOLDERS OF COMMERCIAL MORTGAGE<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 11228<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | $0.00 | CURE AMOUNT FOR STORE 86 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 11547 FILED BY THE LANDLORD (DKT NO. 12183). |
| Creditor Id: 410600<br>DADE CITY LAND TRUST, SUCCESSOR<br>DILORENZO PROPERTIES CO COMPANY<br>C/O DILORENZO PROPERTIES COMPANY<br>ATTN MARC DILORENZO, TRUSTEE<br>720 FIFTH AVENUE, 14TH FLOOR<br>NEW YORK NY 10019-4107<br>Counsel: ATTN ROBERT J FEINSTEIN, ESQ | 9846<br>Debtor: WINN-DIXIE STORES, INC. | $68,784.74 | $79,083.11 | CURE AMOUNT FOR STORE 608 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 1244<br>DALRAIDA PROPERTIES INC<br>ATTN JAMES W RUTLAND, JR PRESIDENT<br>PO BOX 230758<br>MONTGOMERY, AL 36123-0758 | 5592<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $15,663.69 | $0.00 | CURE AMOUNT FOR STORE 521 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN AMENDING CLAIM NUMBER 13392 (DKT NO. 12183). |
| Creditor Id: 1244<br>DALRAIDA PROPERTIES INC<br>ATTN JAMES W RUTLAND, JR PRESIDENT<br>PO BOX 230758<br>MONTGOMERY, AL 36123-0758 | 5593<br>Debtor: WINN-DIXIE STORES, INC. | $15,663.69 | $0.00 | CURE AMOUNT FOR STORE 521 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 13393 (DKT NO. 12183). |
| Creditor Id: 1244<br>DALRAIDA PROPERTIES INC<br>ATTN JAMES W RUTLAND, JR PRESIDENT<br>PO BOX 230758<br>MONTGOMERY, AL 36123-0758 | 13392<br>Debtor: WINN-DIXIE STORES, INC. | $22,889.75 | $0.00 | CURE AMOUNT FOR STORE 521 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 13393 (DKT NO. 12183). |
| Creditor Id: 1244<br>DALRAIDA PROPERTIES INC<br>ATTN JAMES W RUTLAND, JR PRESIDENT<br>PO BOX 230758<br>MONTGOMERY, AL 36123-0758 | 13393<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $22,889.75 | $15,663.69 | CURE AMOUNT FOR STORE 521 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id:  407741**<br>DBR ASSET MGMT, LLC AGENT FOR<br>IIIT WEST LLC<br>C/O GLATTER & ASSOCIATES PA<br>ATTN ERIC S GLATTER, ESQ<br>1489 WEST PALMETTO PARK RD, STE 420<br>BOCA RATON  FL  33486 | 7892<br>Debtor: **WINN-DIXIE STORES, INC.** | $2,287.55 | $2,287.55 | CURE AMOUNT FOR STORE 729 DETERMINED BY 10/25/06 ASSUMPTION<br>ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id:  1259**<br>DEFUNIAK SQUARE PARTNERS, LTD<br>C/O VALPARAISO REALTY CO<br>ATTN TERESA W FEDONCZAK<br>PO BOX 8<br>VALPARAISO,  FL  32580-0008 | 7853<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $40,810.91 | $36,887.12 | CURE AMOUNT FOR STORE 577 DETERMINED BY 10/25/06 ASSUMPTION<br>ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id:  247926**<br>DELNICE CORP NV<br>ATTN QUINZIO SPAGGIARI, PRESIDENT<br>PO BOX 016727<br>MIAMI,  FL  33101<br><br>Counsel: ATTN JORDI GUSO, ESQ | 4039<br>Debtor: **WINN-DIXIE STORES, INC.** | $18,920.00 | $18,920.00 | CURE AMOUNT FOR STORE 2233 DETERMINED BY 10/25/06 ASSUMPTION<br>ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id:  1265**<br>DELTONA ASSOC LTD<br>C/O BRUCE STRUMPF INC<br>314 S MISSOURI AVENUE, STE 305<br>CLEARWATER  FL  33756<br><br>Counsel: ATTN JOEL L TABAS, ESQ | 7937<br>Debtor: **WINN-DIXIE STORES, INC.** | $328,214.82 | $0.00 | CURE AMOUNT FOR STORE 2241 DETERMINED BY 10/25/06 ASSUMPTION<br>ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id:  250438**<br>DEWRELL, GEORGE<br>ATTN RAY DEWRELL<br>PO BOX 642<br>FORT WALTON BEACH  FL  32549 | 3154<br>Debtor: **WINN-DIXIE STORES, INC.** | $3,797.14 | $3,797.14 | CURE AMOUNT FOR STORE 541 DETERMINED BY 10/25/06 ASSUMPTION<br>ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id:  1277**<br>DUCKWORTH MORRIS REALTY, AGENT<br>FOR ESSEX SQUARE INVESTING<br>ATTN JOE B DUCKWORTH, PRESIDENT<br>PO BOX 1699<br>TUSCALOOSA,  AL  35403-1999 | 13369<br>Debtor: **WINN-DIXIE STORES, INC.** | $6,325.42 | $6,325.42 | CURE AMOUNT FOR STORE 528 DETERMINED BY 10/25/06 ASSUMPTION<br>ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 315756**<br>DUPUIS, CARL<br>PO BOX 1863<br>PANAMA CITY, FL 32402 | 7665<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | $0.00 | CURE AMOUNT FOR STORE 1513 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 7673 (DKT NO. 12183). |
| Counsel: 456 HARRISON AVENUE | | | | |
| **Creditor Id: 315756**<br>DUPUIS, CARL<br>PO BOX 1863<br>PANAMA CITY, FL 32402 | 7673<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $0.00 | $4,062.73 | CURE AMOUNT FOR STORE 1513 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Counsel: 456 HARRISON AVENUE | | | | |
| **Creditor Id: 2208**<br>ECM DEVELOPMENT, INC<br>PO BOX 468<br>NORTHPORT, AL 35476 | 9626<br>Debtor: **WINN-DIXIE STORES, INC.** | $9,044.91 | $9,044.91 | CURE AMOUNT FOR STORE 407 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Counsel: ATTN W CAMERON PARSONS, ESQ | | | | |
| **Creditor Id: 2208**<br>ECM DEVELOPMENT, INC<br>PO BOX 468<br>NORTHPORT, AL 35476 | 10682<br>Debtor: **WINN-DIXIE STORES, INC.** | $7,445.92 | $0.00 | CURE AMOUNT FOR STORE 407 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 9626 (DKT NO. 12183). |
| Counsel: ATTN W CAMERON PARSONS, ESQ | | | | |
| **Creditor Id: 407752**<br>EFESOS PROPERTIES NV INC &<br>ORION INVESTMENT & MNGMNT LTD CORP<br>C/O HINSHAW & CULBERTSON LLP<br>ATTN KENNETH G M MATHER, ESQ<br>100 SOUTH ASHLEY DR, STE 500<br>TAMPA, FL 33602 | 9969<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | $4,557.09 | CURE AMOUNT FOR STORE 2281 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Counsel: ATTN ALBERTO F GOMEZ JR, ESQ | | | | |
| **Creditor Id: 1297**<br>ELFERS SQUARE CENTER INC<br>10912 N 56TH STREET<br>TEMPLE TERRACE FL 33617-3004 | 11410<br>Debtor: **WINN-DIXIE STORES, INC.** | $227,870.85 | $30,804.09 | CURE AMOUNT FOR STORE 655 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 410596**<br>ENGLEWOOD LAND TRUST, SUCCESSOR<br>DILORENZO PROPERTIES COMPANY<br>C/O DILORENZO PROPERTIES COMPANY<br>ATTN MARC DILORENZO, TRUSTEE<br>720 FIFTH AVENUE, 14TH FL<br>NEW YORK NY 10019-4107<br><br>Counsel: ATTN ILAN D SCHARF, ESQ | 9842<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | $11,486.36 | CURE AMOUNT FOR STORE 720 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 2211**<br>ERBS/ELLIS PROPERTIES<br>ATTN EDWARD C ELLIS<br>709 DEVON AVENUE<br>LOS ANGELES CA 90024<br><br>Counsel: ATTN RANDALL W BLACK, ESQ | 4973<br>Debtor: WINN-DIXIE STORES, INC. | $593,224.52 | $6,109.11 | CURE AMOUNT FOR STORE 1461 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 2223**<br>ESROG REALTY LLC<br>C/O DAVID GOLD, ESQ<br>840 GRAND CONCOURSE, SUITE 1 B<br>BRONX NY 10451 | 12961<br>Debtor: WINN-DIXIE STORES, INC. | $10,307.96 | $10,307.96 | CURE AMOUNT FOR STORE 199 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 249222**<br>EVANGELINE LIFE INSURANCE CO<br>ATTN DAVID L LANDRY, VP<br>PO BOX 13098<br>NEW IBERIA, LA 70562-3098<br><br>Counsel: ATTN LEWIS H PITMAN, JR | 8778<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $105,654.00 | $0.00 | REDUCED TO $91,146.17 BY 8/24/06 FIFTEENTH OMNIBUS CLAIMS OBJECTION ORDER AND 10/3/06 ORDER AMENDING 8/24/06 FIFTEENTH OMNIBUS CLAIMS OBJECTION ORDER. CURE AMOUNT FOR STORE 1549 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 8779 (DKT NO. 12183). |
| **Creditor Id: 315804**<br>EVANGELINE LIFE INSURANCE CO<br>ATTN DAVID L LANDRY, VP<br>PO BOX 13098<br>NEW IBERIA, LA 70562-3098<br><br>Counsel: ATTN LEWIS H PITMAN, JR | 8779<br>Debtor: WINN-DIXIE STORES, INC. | $45,062.41 | $91,146.17 | CURE AMOUNT FOR STORE 1549 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 249624**<br>FLAMINGO EAST LTD<br>PO BOX 568368<br>C/O SAGIO DEVELOPMENT CORPORATION<br>ORLANDO, FL 32856-8368 | 30762<br>Debtor: WINN-DIXIE STORES, INC. | $1,227.46 | $41,590.56 | CURE AMOUNT FOR STORE 242 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 249895**<br>FMV ASSOCIATES<br>ATTN FRANK OEHLBAUM<br>300 N SWALL DRIVE, NO 453<br>BEVERLY HILLS, CA 90211<br><br>Counsel: ATTN MENACHEM SCHILIT, ESQ | 3877<br>*Debtor:* WINN-DIXIE STORES, INC. | $36,467.05 | $36,467.05 | CURE AMOUNT FOR STORE 473 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 405884**<br>FOLEY PARTNERS LLC<br>C/O JOHNSTON CONWELL & DONOVAN LLC<br>ATTN WH DONOVAN III & AM DAUGHERTY<br>813 SHADES CREEK PKWY, STE 200<br>BIRMINGHAM AL 35209<br><br>Counsel: ATTN EDWIN W HELD JR, ESQ | 2586<br>*Debtor:* WINN-DIXIE MONTGOMERY, INC. | $9,915.91 | $16,729.98 | CURE AMOUNT FOR STORE 570 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 405960**<br>FOLEY PARTNERS, LLC<br>C/O JOHNSTON CONWELL & DONOVAN LLC<br>ATTN WH DONOVAN III & AM DAUGHERTY<br>813 SHADES CREEK PKWY, STE 200<br>BIRMINGHAM AL 35209<br><br>Counsel: ATTN EDWIN W HELD JR, ESQ | 6640<br>*Debtor:* WINN-DIXIE STORES, INC. | $9,915.91 | $0.00 | CURE AMOUNT FOR STORE 570 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 2586 (DKT NO. 12183). |
| **Creditor Id: 1346**<br>FOUNTAIN COLUMBUS ASSOCS LLC<br>C/O HARBOR GROUP MGMT<br>121 EXECUTIVE CENTER DRIVE, STE 129<br>COLUMBIA, SC 29210<br><br>Counsel: ATTN PAUL K. CAMPSEN, ESQ. | 8725<br>*Debtor:* WINN-DIXIE STORES, INC. | $26,185.38 | $26,185.38 | CURE AMOUNT FOR STORE 443 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 1356**<br>FWI 20 LLC<br>C/O BRUCE STRUMPF INC<br>ATTN THOMAS J CANNON, PRESIDENT<br>314 S MISSOURI AVENUE<br>CLEARWATER, FL 33756 | 8059<br>*Debtor:* WINN-DIXIE STORES, INC. | $651,685.30 | $16,268.45 | CURE AMOUNT FOR STORE 288 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 1357**<br>FW1 23 LLC<br>C/O BRUCE STRUMPF INC<br>ATTN THOMAS J CANNON, PPRESIDENT<br>314 S MISSOURI AVENUE<br>CLEARWATER, FL 33756 | 8058<br>Debtor: **WINN-DIXIE STORES, INC.** | $308,378.82 | $3,794.73 | CURE AMOUNT FOR STORE 708 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 1358**<br>FW5 LLC<br>C/O BRUCE STRUMPF INC<br>ATTN THOMAS J CANNON, PRESIDENT<br>314 S MISSOURI AVENUE, SUITE 305<br>CLEARWATER, FL 33756 | 8057<br>Debtor: **WINN-DIXIE STORES, INC.** | $611,953.32 | $132,891.18 | CURE AMOUNT FOR STORE 163 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 410720**<br>GATOR LINTON PARTNERS, LTD<br>C/O FROST BROWN TODD LLC<br>ATTN: KYLE R GRUBBS, ESQ<br>2200 PNC CENTER<br>201 EAST FIFTH STREET<br>CINCINNATI OH 45202 | 9623<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | $613.36 | CURE AMOUNT FOR STORE 268 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 381792**<br>GE COMMERCIAL FIN BUS PROP CORP FKA<br>GE CAPITAL BUS ASSET FUNDING CORP<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN MARC HAMROFF/LESLIE BERKOFF<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | 10249<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $0.00 | $15,008.95 | CURE AMOUNT FOR STORE 451 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 250686**<br>GLYNN ENTERPRISES LLC<br>PO BOX 751554<br>% ZIFF PROPERTIES INC<br>CHARLOTTE, NC 28275-1554 | 30849<br>Debtor: **WINN-DIXIE STORES, INC.** | $3,579.11 | $3,579.11 | CURE AMOUNT FOR STORE 60 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 2270**<br>GREENGOLD CO, LLC<br>ATTN LEONARD GOLD, PARTNER<br>3265 PERRY AVENUE<br>OCEANSIDE NY 11572 | 12942<br>Debtor: **WINN-DIXIE STORES, INC.** | $12,598.35 | $11,040.66 | CURE AMOUNT FOR STORE 1590 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 410506**<br>GULFPORT/ORANGE GROVE ASSOCS, LTD<br>C/O ECMC<br>ATTN JOHN C T EDWARDS, AGENT<br>6055 PRIMACY PARKWAY, SUITE 402<br>MEMPHIS TN 38119 | 8452<br>Debtor: WINN-DIXIE STORES, INC. | $1,502.05 | $0.00 | CURE AMOUNT FOR STORE 1511 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 8481 (DKT NO. 12183). |
| Counsel: ATTN ROBERT A HECKIN, ESQ |  |  |  |  |
| **Creditor Id: 410506**<br>GULFPORT/ORANGE GROVE ASSOCS, LTD<br>C/O ECMC<br>ATTN JOHN C T EDWARDS, AGENT<br>6055 PRIMACY PARKWAY, SUITE 402<br>MEMPHIS TN 38119 | 8481<br>Debtor: WINN-DIXIE STORES, INC. | $20,811.09 | $1,502.05 | CURE AMOUNT FOR STORE 1511 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Counsel: ATTN ROBERT A HECKIN, ESQ |  |  |  |  |
| **Creditor Id: 2013**<br>HALL, WILLIAM H<br>2358 RIVERSIDE AVE<br>SUITE 701<br>JACKSONVILLE FL 33204 | 12831<br>Debtor: WINN-DIXIE STORES, INC. | $9,181.14 | $9,181.14 | CURE AMOUNT FOR STORE 463 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 8/18/06 (DKT NO. 12180). |
| Counsel: ATTN ROBERT A HECKIN, ESQ |  |  |  |  |
| **Creditor Id: 2013**<br>HALL, WILLIAM H<br>2358 RIVERSIDE AVE<br>SUITE 701<br>JACKSONVILLE FL 33204 | 12897<br>Debtor: WINN-DIXIE STORES, INC. | $10,346.86 | $0.00 | CURE AMOUNT FOR STORE 80 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 8/18/06 REFLECTED IN DUPLICATE CLAIM NUMBER 13263 (DKT NO. 12180). |
| Counsel: ATTN ROBERT A HECKIN, ESQ |  |  |  |  |
| **Creditor Id: 2013**<br>HALL, WILLIAM H<br>2358 RIVERSIDE AVE<br>SUITE 701<br>JACKSONVILLE FL 33204 | 12898<br>Debtor: WINN-DIXIE STORES, INC. | $8,426.71 | $8,426.71 | CURE AMOUNT FOR STORE 144 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 8/18/06 (DKT NO. 12180). |
| Counsel: ATTN ROBERT A HECKIN, ESQ |  |  |  |  |
| **Creditor Id: 2013**<br>HALL, WILLIAM H<br>2358 RIVERSIDE AVE<br>SUITE 701<br>JACKSONVILLE FL 33204 | 12904<br>Debtor: WINN-DIXIE STORES, INC. | $10,875.20 | $10,875.20 | CURE AMOUNT FOR STORE 30 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 8/18/06 (DKT NO. 12180). |
| Counsel: ATTN ROBERT A HECKIN, ESQ |  |  |  |  |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| Creditor Id: 2013<br>HALL, WILLIAM H<br>2358 RIVERSIDE AVE<br>SUITE 701<br>JACKSONVILLE  FL  33204<br><br>Counsel: ATTN ROBERT A HECKIN, ESQ | 13263<br>Debtor: WINN-DIXIE STORES, INC. | $10,346.86 | $10,346.86 | CURE AMOUNT FOR STORE 80 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 8/18/06 (DKT NO. 12180). |
| Creditor Id: 405981<br>HAMMERDALE INC NV<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE  FL  32207 | 7615<br>Debtor: WINN-DIXIE STORES, INC. | $36,670.91 | $0.00 | CURE AMOUNT FOR STORE 2621 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 8285 (DKT NO. 12183). |
| Creditor Id: 405981<br>HAMMERDALE INC NV<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE  FL  32207 | 8285<br>Debtor: WINN-DIXIE RALEIGH, INC. | $36,760.91 | $33,670.91 | CURE AMOUNT FOR STORE 2621 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 383961<br>HAMMONTON PARTNERS<br>C/O AFI MANAGEMENT<br>ATTN ANTHONY J LASALA<br>1410 VALLEY ROAD<br>WAYNE,  NJ  07470 | 7963<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | $0.00 | CURE AMOUNT FOR STORE 1490 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 13569 (DKT NO. 12183). |
| Creditor Id: 383961<br>HAMMONTON PARTNERS<br>C/O AFI MANAGEMENT<br>ATTN ANTHONY J LASALA<br>1410 VALLEY ROAD<br>WAYNE,  NJ  07470 | 13569<br>Debtor: WINN-DIXIE STORES, INC. | $66,275.53 | $57,852.07 | CURE AMOUNT FOR STORE 1490 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 254539<br>HEARD, LAWRENCE M<br>C/O ARIANA ASSOCIATES<br>3904 HALL OAK COURT<br>VALRICO,  FL  33594 | 31121<br>Debtor: WINN-DIXIE STORES, INC. | $425.00 | $425.00 | CURE AMOUNT FOR STORE 706 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 1420**<br>HELENA MARKETPLACE LLC<br>ATTN E PAUL STREMPEL, JR<br>III RIVERCHASE OFFICE PLAZA<br>SUITE 102<br>BIRMINGHAM, AL 35244<br>Counsel: ATTN MARJORIE O DABBS, ESQ | 10799<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $0.00 | $25,954.81 | CURE AMOUNT FOR STORE 469 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 1420**<br>HELENA MARKETPLACE LLC<br>ATTN E PAUL STREMPEL, JR<br>III RIVERCHASE OFFICE PLAZA<br>SUITE 102<br>BIRMINGHAM, AL 35244<br>Counsel: ATTN MARJORIE O DABBS, ESQ | 10800<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | $0.00 | CURE AMOUNT FOR STORE 469 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 10799 (DKT NO. 12183). |
| **Creditor Id: 251537**<br>HERMAN MAISEL & CO INC<br>PO BOX 7481<br>MOBILE, AL 36670 | 33718<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $3,503.28 | $11,954.86 | CURE AMOUNT FOR STORE 580 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 251800**<br>HOMOSASSA ASSOCIATES<br>ATTN FRANK J GULISANO<br>6700 NW BROKEN SOUND PKY, SUITE 201<br>BOCA RATON, FL 33487 | 6688<br>Debtor: WINN-DIXIE STORES, INC. | $4,491.16 | $4,491.16 | CURE AMOUNT FOR STORE 2223 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 251103**<br>HR ORLANDO LLC<br>PO BOX 2771<br>PALM BEACH, FL 33480 | 30874<br>Debtor: WINN-DIXIE STORES, INC. | $24,645.83 | $24,645.83 | CURE AMOUNT FOR STORE 2246 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 1447**<br>HUDSON SQUARE CENTER INC<br>1912 N 56TH STREET<br>TEMPLE TERRACE FL 33617-3004<br>Counsel: ATTN ALBERTO F GOMEZ JR, ESQ | 11548<br>Debtor: WINN-DIXIE STORES, INC. | $312,845.67 | $49,766.67 | CURE AMOUNT FOR STORE 710 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.

TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION

EXHIBIT A

CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE

PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id:  252022**<br>ICOS LLC<br>ATTN ELIO OR ALEX MADDALOZZO<br>740 HARBOR DRIVE<br>KEY BISCAYNE, FL 33149 | 13231<br>Debtor: **WINN-DIXIE STORES, INC.** | $21,875.89 | $0.00 | CURE AMOUNT FOR STORE 390 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN AMENDING CLAIM NUMBER 13562 (DKT NO. 12183). |
| **Creditor Id:  534811**<br>ICOS, LLC<br>C/O FURR & COHEN, PA<br>ATTN ROBERT C FURR, ESQ<br>2255 GLADES ROAD, SUITE 337W<br>BOCA RATON FL 33431-7383 | 13562<br>Debtor: **WINN-DIXIE STORES, INC.** | $69,204.18 | $21,875.89 | CURE AMOUNT FOR STORE 390 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id:  534811**<br>ICOS, LLC<br>C/O FURR & COHEN, PA<br>ATTN ROBERT C FURR, ESQ<br>2255 GLADES ROAD, SUITE 337W<br>BOCA RATON FL 33431-7383 | 13563<br>Debtor: **WINN-DIXIE STORES, INC.** | $47,506.03 | $0.00 | CURE AMOUNT FOR STORE 390 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 13562 (DKT NO. 12183). |
| **Creditor Id:  1455**<br>INDEPENDENCE SQUARE<br>ALBA CONSULTING CORP<br>1420 COURT STREET<br>CLEARWATER, FL 33756<br><br>Counsel: ATTN JOSEPH N PERLMAN, ESQ | 2649<br>Debtor: **WINN-DIXIE STORES, INC.** | $29,974.71 | $29,974.71 | CURE AMOUNT FOR STORE 640 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id:  1473**<br>ISLAND PLAZA LLC<br>ATTN RICHARD S YOUNG<br>1000 VENETIAN WAY, SUITE 810<br>MIAMI, FL 33139 | 6303<br>Debtor: **WINN-DIXIE STORES, INC.** | $2,111.58 | $2,111.58 | CURE AMOUNT FOR STORE 352 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id:  410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8570<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $0.00 | $0.00 | CURE AMOUNT FOR STORE 469 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 DETERMINED BY LANDLORD (DKT NO. 12183). NUMBER 10799 FILED BY LANDLORD (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420 | 8571<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | $0.00 | CURE AMOUNT FOR STORE 469 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 10799 FILED BY LANDLORD (DKT NO. 12183). |
| Counsel: ATTN: BENJAMIN A KAHN, ESQ | | | | |
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420 | 8583<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | $0.00 | CURE AMOUNT FOR STORE 590 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 8584 (DKT NO. 12183). |
| Counsel: ATTN: BENJAMIN A KAHN, ESQ | | | | |
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420 | 8584<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $0.00 | $57,903.72 | CURE AMOUNT FOR STORE 590 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Counsel: ATTN: BENJAMIN A KAHN, ESQ | | | | |
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420 | 8590<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $0.00 | $0.00 | CURE AMOUNT FOR STORE 591 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 4432 FILED BY THE LANDLORD (DKT NO. 12183). |
| Counsel: ATTN: BENJAMIN A KAHN, ESQ | | | | |
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420 | 8591<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | $0.00 | CURE AMOUNT FOR STORE 591 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 4432 FILED BY THE LANDLORD (DKT NO. 12183). |
| Counsel: ATTN: BENJAMIN A KAHN, ESQ | | | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO  NC  27420 | 8594<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | $0.00 | CURE AMOUNT FOR STORE 410 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 FOR CLAIM NUMBER 10828 FILED BY LANDLORD AND PENDING IN TWELFTH OMNIBUS CLAIMS OBJECTION (DKT NO. 12183). |
| Counsel: ATTN: BENJAMIN A KAHN, ESQ | | | | |
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO  NC  27420 | 8595<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $0.00 | $0.00 | CURE AMOUNT FOR STORE 410 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 FOR CLAIM NUMBER 10828 FILED BY LANDLORD AND PENDING IN TWELFTH OMNIBUS CLAIMS OBJECTION (DKT NO. 12183). |
| Counsel: ATTN: BENJAMIN A KAHN, ESQ | | | | |
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO  NC  27420 | 8596<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | $15,559.39 | CURE AMOUNT FOR STORE 226 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Counsel: ATTN: BENJAMIN A KAHN, ESQ | | | | |
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO  NC  27420 | 8640<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $0.00 | $0.00 | CURE AMOUNT FOR STORE 461 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 2585 (DKT TO. 12183). |
| Counsel: ATTN: BENJAMIN A KAHN, ESQ | | | | |
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO  NC  27420 | 8641<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | $0.00 | CURE AMOUNT FOR STORE 461 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 2585 (DKT TO. 12183). |
| Counsel: ATTN: BENJAMIN A KAHN, ESQ | | | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420 | 8644<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $0.00 | $0.00 | CURE AMOUNT FOR STORE 580 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 33718 SCHEDULED FOR THE LANDLORD (DKT NO. 12183). |
| Counsel: ATTN: BENJAMIN A KAHN, ESQ | | | | |
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420 | 8645<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | $0.00 | CURE AMOUNT FOR STORE 580 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 33718 SCHEDULED FOR THE LANDLORD (DKT NO. 12183). |
| Counsel: ATTN: BENJAMIN A KAHN, ESQ | | | | |
| **Creditor Id: 1487**<br>JKA ENTERPRISES LLC<br>C/O JOSEPH K ANDERSON, PRES<br>262 FELLS ROAD<br>ESSEX FELLS, NJ 07021 | 889<br>Debtor: **WINN-DIXIE STORES, INC.** | $18,608.00 | $8,691.11 | REDUCED TO $8,691.11 AND RECLASSIFIED BY 6/29/06 TWELFTH OMNIBUS CLAIMS OBJECTION ORDER. CURE AMOUNT FOR STORE 525 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183) |
| **Creditor Id: 410761**<br>KAMIN, DANIEL G<br>C/O KAMIN REALTY CO<br>490 SOUTH HIGHLAND AVE<br>PITTSBURGH PA 15206 | 9634<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $1,120,704.10 | $0.00 | CURE AMOUNT FOR STORE 2628 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Counsel: ATTN SARA E LORBER, ESQ | | | | |
| **Creditor Id: 410761**<br>KAMIN, DANIEL G<br>C/O KAMIN REALTY CO<br>490 SOUTH HIGHLAND AVE<br>PITTSBURGH PA 15206 | 9635<br>Debtor: **WINN-DIXIE STORES, INC.** | $1,120,704.10 | $0.00 | CURE AMOUNT FOR STORE 2628 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Counsel: ATTN SARA E LORBER, ESQ | | | | |
| **Creditor Id: 410846**<br>KIMCO DELAWARE, INC<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | 9929<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | $4,431.30 | CURE AMOUNT FOR STORE 262 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id:** 410847<br>KIMCO UNIVERSITY COMPANY LTD<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | 9930<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | $0.00 | CURE AMOUNT FOR STORE 2358 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 12909 (DKT NO. 12183). |
| **Creditor Id:** 417103<br>KIMCO UNIVERSITY LTD & KIMCO DE INC<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN<br>101 PARK AVENUE<br>NEW YORK NY 10178 | 12908<br>**Debtor: WINN-DIXIE STORES, INC.** | $25,566.64 | $0.00 | CURE AMOUNT FOR STORE 2358 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 12909 (DKT NO. 12183). |
| **Creditor Id:** 417103<br>KIMCO UNIVERSITY LTD & KIMCO DE INC<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN<br>101 PARK AVENUE<br>NEW YORK NY 10178 | 12909<br>**Debtor: WINN-DIXIE STORES, INC.** | $56,899.13 | $54,673.45 | CURE AMOUNT FOR STORE 2358 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id:** 254057<br>KJUMP INC<br>190 JOHN ANDERSON DRIVE<br>ORMOND BEACH, FL 32176 | 31073<br>**Debtor: WINN-DIXIE STORES, INC.** | $28,968.90 | $28,968.90 | CURE AMOUNT FOR STORE 2309 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id:** 410877<br>KMART CORPORATION<br>C/O DYKEMA GOSSETT PLLC<br>ATTN BRENDAN G BEST, ESQ<br>400 RENAISSANCE CENTER<br>DETROIT MI 48243-1668 | 9973<br>**Debtor: WINN-DIXIE STORES, INC.** | $43,274.25 | $43,274.25 | CURE AMOUNT FOR STORE 297 DETERMINED BY 10/25/06 ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id:** 1522<br>LA PETITE ROCHE CENTER GENERAL<br>C/O DOYLE ROGERS COMPANY<br>PO DRAWER A<br>BATESVILLE, AR 72503<br>Counsel: ATTN JOHN KOOISTRA, III, ESQ | 9426<br>**Debtor: WINN-DIXIE STORES, INC.** | $38,299.34 | $38,299.34 | CURE AMOUNT FOR STORE 1561 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| Creditor Id: 254321<br>LAKE JACKSON TRADING POST<br>151 SAWGRASS CORNERS DRIVE, STE 202<br>PONTE VEDRA BEACH, FL 32082 | 31109<br>Debtor: WINN-DIXIE STORES, INC. | $5,467.71 | $11,549.13 | CURE AMOUNT FOR STORE 52 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 1527<br>LAKE SUN PROPERTIES LTD<br>ATTN ROGER F RUTTENBERG, GP<br>55 E MONROE, STE 1890<br>CHICAGO, IL 60603-2390 | 5220<br>Debtor: WINN-DIXIE STORES, INC. | $936.21 | $936.21 | CURE AMOUNT FOR STORE 699 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 2364<br>LAKELAND ASSOCIATES, LP<br>ATTN THOMAS J CANNON, PRESIDENT<br>314 S MISSOURI AVE, STE 305<br>CLEARWATER FL 33756 | 7969<br>Debtor: WINN-DIXIE STORES, INC. | $544,123.42 | $25,938.71 | CURE AMOUNT FOR STORE 632 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 410958<br>LAKELAND PARTNERS<br>C/O STRADLEY RONON STEVENS ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 | 10149<br>Debtor: WINN-DIXIE STORES, INC. | $54,037.31 | $0.00 | CURE AMOUNT FOR STORE 629 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 13190 (DKT NO. 12183). |
| Creditor Id: 410958<br>LAKELAND PARTNERS<br>C/O STRADLEY RONON STEVENS ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 | 13190<br>Debtor: WINN-DIXIE STORES, INC. | $62,253.64 | $62,254.00 | CURE AMOUNT FOR STORE 629 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 254410<br>LAPALCO VILLAGE SHOP CEN<br>7809 AIRLINE HWY SU 309<br>METAIRIE, LA 70003 | 33821<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $24,715.53 | $0.00 | CURE AMOUNT FOR STORE 1416 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 2371**<br>LASSITER PROPERTIES INC<br>ATTN HERMAN KOOYMANS, CFO<br>3000 CORPORATE CENTER DR, SUITE 300<br>MORROW GA 30260 | 10889<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | $0.00 | CURE AMOUNT FOR STORE 482 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 10896 (DKT NO. 12183). |
| Counsel: ATTN JAMES L PAUL, ESQ | | | | |
| **Creditor Id: 2371**<br>LASSITER PROPERTIES INC<br>ATTN HERMAN KOOYMANS, CFO<br>3000 CORPORATE CENTER DR, SUITE 300<br>MORROW GA 30260 | 10896<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $0.00 | $6,324.95 | CURE AMOUNT FOR STORE 482 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Counsel: ATTN JAMES L PAUL, ESQ | | | | |
| **Creditor Id: 1541**<br>LAUDERHILL MALL<br>ATTN SAMUEL WEINTRAUB, VP<br>1267 NW 40TH AVE<br>LAUDERHILL FL 33313 | 5027<br>Debtor: **WINN-DIXIE STORES, INC.** | $478,612.00 | $0.00 | CURE AMOUNT FOR STORE 304 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Counsel: ATTN MURRAY B WEIL, JR, ESQ | | | | |
| **Creditor Id: 1545**<br>LEESBURG BANSAL, LLC<br>ATTN DAVID BANSAL, MANAGING MEMBER<br>30 GREY COACH ROAD<br>READING MA 01867 | 7026<br>Debtor: **WINN-DIXIE STORES, INC.** | $16,519.29 | $1,941.09 | REDUCED TO $15,878.18 BY 7/13/06 THIRTEENTH OMNIBUS CLAIMS OBJECTION ORDER. CURE AMOUNT FOR STORE 2347 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 254725**<br>LIBBY CROSS STATION ENTERPRISE LLC<br>ATTN RUSS CANNANE<br>803 COMMONWEALTH DRIVE<br>WARRENDALE, PA 15086 | 31137<br>Debtor: **WINN-DIXIE STORES, INC.** | $10,127.69 | $8,533.63 | REDUCED TO $8,533.63 BY 7/27/06 ORDER ON FIRST OMNIBUS MOTION DEEMING SCHEDULED CLAIMS AMENDED. CURE AMOUNT FOR STORE 22 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 408334**<br>LINDNER, RICHARD<br>C/O JEFFREY W LEASURE, PA<br>ATTN JEFFREY W LEASURE, ESQ<br>1342 COLONIAL BLVD, STE H57<br>PO BOX 61169<br>FORT MYERS FL 33906-1169 | 7008<br>Debtor: **WINN-DIXIE STORES, INC.** | $2,970,000.00 | $10,791.50 | CURE AMOUNT FOR STORE 663 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id:  2388**<br>LRS GENERAL PARTNERSHIP<br>PO BOX A<br>BATESVILLE,  AR 72503 | 9425<br>Debtor: **WINN-DIXIE STORES, INC.** | $82,700.26 | $0.00 | REDUCED TO $65,912.44 BY 5/4/06 EIGHTH OMNIBUS CLAIMS OBJECTION ORDER . CURE AMOUNT FOR STORE 1501 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 13211 (DKT NO. 12183). |
| Counsel: ATTN JOHN KOOISTRA, III, ESQ | | | | |
| **Creditor Id:  2388**<br>LRS GENERAL PARTNERSHIP<br>PO BOX A<br>BATESVILLE,  AR 72503 | 13211<br>Debtor: **WINN-DIXIE STORES, INC.** | $42,063.25 | $67,321.83 | CURE AMOUNT AS TO STORE NUMBER 1501 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). THERE IS NO REMAINING AMOUNT DUE FOR STORE 1471. |
| Counsel: ATTN JOHN KOOISTRA, III, ESQ | | | | |
| **Creditor Id:  410744**<br>LW JOG SC, LTD<br>C/O SOUTHERN MGMT & DEV LTD<br>ATTN STEVEN LEVIN, VP<br>21301 POWERLINE ROAD, STE 312<br>BOCA RATON  FL 33433 | 9577<br>Debtor: **WINN-DIXIE STORES, INC.** | $21,177.19 | $21,177.19 | CURE AMOUNT FOR STORE 337 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Counsel: ATTN CRAIG A PUGATCH, ESQ | | | | |
| **Creditor Id:  410453**<br>M&P LULING LP<br>ATTN IRA M MORGAN, PRESIDENT<br>1230 GRANT BUILDING<br>PITTSBURGH  PA 15219 | 8204<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | $0.00 | CURE AMOUNT FOR STORE 1444 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 8205 (DKT NO. 12183). |
| Counsel: ATTN JAMIE BISHOP | | | | |
| **Creditor Id:  410453**<br>M&P LULING LP<br>ATTN IRA M MORGAN, PRESIDENT<br>1230 GRANT BUILDING<br>PITTSBURGH  PA 15219 | 8205<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $0.00 | $9,046.26 | CURE AMOUNT FOR STORE 1444 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Counsel: ATTN JAMIE BISHOP | | | | |
| **Creditor Id:  255180**<br>M&P SHOPPING CENTER<br>LAKE SHORE VILLAGE<br>ATTN MICHAEL PLASKER, GP<br>5025 WINTERS CHAPEL RD<br>ATLANTA,  GA 30360-1700 | 3324<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $23,982.23 | $27,906.00 | CURE AMOUNT FOR STORE 436 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| Creditor Id: 411254<br>MAGNOLIA PARK ASSOCIATES, LP<br>C/O ECKSTEIN PROPERTIES LLC<br>ATTN SHIMON ECKSTEIN, MGR MEMBER<br>60 BROAD STREET, SUITE 3503<br>NEW YORK NY 10004 | 11547<br>Debtor: WINN-DIXIE STORES, INC. | $57,755.17 | $66,966.50 | CURE AMOUNT FOR STORE 86 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 410888<br>MANDEVILLE PARTNERS, LTD<br>C/O HARWELL HOWARD HYNE ET AL<br>ATTN DAVID P CANAS, ESQ<br>315 DEADERICK STREET, STE 1800<br>NASHVILLE TN 37238 | 10001<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $80,634.77 | $88,881.73 | REDUCED TO $77,464.58 BY 6/29/06 TWELFTH OMNIBUS CLAIMS OBJECTION ORDER. CURE AMOUNT FOR STORE 1446 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 279443<br>MARRERO LAND & IMPROVEMENT ASSN LTD<br>ATTN VINCENT A VASTOLA, DIR<br>5201 WESTBANK EXPRESSWAY, SUITE 400<br>MARRERO LA 70072 | 8744<br>Debtor: WINN-DIXIE STORES, INC. | $65,376.27 | $0.00 | CURE AMOUNT FOR STORE 1431 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 13326 (DKT NO. 12183). |
| Creditor Id: 279443<br>MARRERO LAND & IMPROVEMENT ASSN LTD<br>ATTN VINCENT A VASTOLA, DIR<br>5201 WESTBANK EXPRESSWAY, SUITE 400<br>MARRERO LA 70072 | 8745<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $65,376.27 | $0.00 | CURE AMOUNT FOR STORE 1431 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 13326 (DKT NO. 12183). |
| Creditor Id: 279443<br>MARRERO LAND & IMPROVEMENT ASSN LTD<br>ATTN VINCENT A VASTOLA, DIR<br>5201 WESTBANK EXPRESSWAY, SUITE 400<br>MARRERO LA 70072 | 13326<br>Debtor: WINN-DIXIE STORES, INC. | $73,466.28 | $73,466.28 | CURE AMOUNT FOR STORE 1431 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 406311<br>METROPOLITAN LIFE INSURANCE COMPANY<br>ATTN ROBERT GOLDSTEIN, ESQ<br>2400 LAKEVIEW PARKWAY, SUITE 400<br>ALPHARETTA GA 30004 | 3792<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | $0.00 | CURE AMOUNT FOR STORE 286 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 30575 SCHEDULED FOR THE LANDLORD (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| Creditor Id: 256520<br>MITCHELL CO, THE<br>ATTN ALAN G RESTER<br>PO BOX 160306<br>MOBILE, AL 36616-1306 | 9448<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $49,789.85 | $49,789.85 | CURE AMOUNT FOR STORE 1477 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 1610<br>MOHATRA INC<br>6500 W 4TH AVE OFC 39<br>HIALEAH FL 33012-6670<br>Counsel: ATTN RICARDO A GONZALEZ, ESQ | 11126<br>Debtor: WINN-DIXIE STORES, INC. | $4,786.22 | $4,786.22 | CURE AMOUNT FOR STORE 201 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 256911<br>NARANJA LAKES JOINT VENTURES<br>C/O FIRC MANAGEMENT INC<br>ATTN ALEJANDRO SOSA, DIR<br>2299 SW 37TH AVE, 4TH FLR<br>MIAMI, FL 33145 | 5929<br>Debtor: WINN-DIXIE STORES, INC. | $42,807.71 | $37,608.91 | REDUCED TO $37,608.91 BY 8/24/06 FIFTEENTH OMNIBUS CLAIMS OBJECTION ORDER AND 10/3/06 ORDER AMENDING 8/24/06 FIFTEENTH OMNIBUS CLAIMS OBJECTION ORDER. CURE AMOUNT FOR STORE 385 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 241335<br>NEW IBERIA ASSOCIATES<br>C/O AFI MANAGEMENT<br>ATTN ANTHONY J LASALA<br>1410 VALLEY ROAD<br>WAYNE, NJ 07470 | 7965<br>Debtor: WINN-DIXIE STORES, INC. | $68,252.37 | $0.00 | CURE AMOUNT FOR STORE 1456 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 13567 (DKT NO. 12183). |
| Creditor Id: 241335<br>NEW IBERIA ASSOCIATES<br>C/O AFI MANAGEMENT<br>ATTN ANTHONY J LASALA<br>1410 VALLEY ROAD<br>WAYNE, NJ 07470 | 13567<br>Debtor: WINN-DIXIE STORES, INC. | $74,270.41 | $59,532.43 | CURE AMOUNT FOR STORE 1456 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 411076<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>MARRERO SHOPPING CENTER, MARRERO LA<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA, PA 19103 | 10975<br>Debtor: WINN-DIXIE STORES, INC. | $118,325.11 | $105,363.60 | CURE AMOUNT FOR STORE 1440 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id:** 410853<br>NORMANDY EQUITIES, LTD<br>ATTN BERNARD E SMITH, VP<br>1 SLEIMAN PARKWAY, SUITE 210<br>JACKSONVILLE  FL  32216-8046 | 9891<br>**Debtor: WINN-DIXIE STORES, INC.** | $8,464.89 | $8,464.89 | CURE AMOUNT FOR STORE 191 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id:** 411144<br>NORTH AMERICAN CO LIFE & HEALTH INS<br>BY MIDLAND ADVISORS CO, AS AGENT<br>C/O PAUL HASTINGS JANOFSKY ET AL<br>ATTN T SMITH, IIIC SHARBAUGH, ESQS<br>600 PEACHTREE STREET NE, SUITE 2400<br>ATLANTA  GA  30308 | 11171<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | $0.00 | CURE AMOUNT FOR STORE 1572 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 2100 FILED BY THE LANDLORD (DKT NO. 12183). |
| **Creditor Id:** 411144<br>NORTH AMERICAN CO LIFE & HEALTH INS<br>BY MIDLAND ADVISORS CO, AS AGENT<br>C/O PAUL HASTINGS JANOFSKY ET AL<br>ATTN T SMITH, IIIC SHARBAUGH, ESQS<br>600 PEACHTREE STREET NE, SUITE 2400<br>ATLANTA  GA  30308 | 11172<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | $0.00 | CURE AMOUNT FOR STORE 1572 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 2100 FILED BY THE LANDLORD (DKT NO. 12183). |
| **Creditor Id:** 257376<br>NORTH COLUMBUS CROSSING SH CTR LLC<br>ATTN EDDIE BRANCH<br>505 MANCHESTER EXPRESSWAY, STE A-12<br>COLUMBUS  GA  31904<br><br>Counsel: ATTN ROBERT C BRAND, JR., ESQ. | 8848<br>**Debtor: WINN-DIXIE STORES, INC.** | $8,610.41 | $8,610.41 | CURE AMOUNT FOR STORE 439 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id:** 423065<br>NORTH PORT VILLAGE SHOPPING CENTER<br>C/O SAUL EWING, LLP<br>ATTN JOYCE A KUHNS, ESQ<br>500 EAST PRATT STREET<br>BALTIMORE  MD  21202 | 12968<br>**Debtor: WINN-DIXIE STORES, INC.** | $19,901.74 | $19,901.74 | CURE AMOUNT FOR STORE 662 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 8/18/06 (DKT NO. 12180). |
| **Creditor Id:** 410960<br>NORTHWOOD OAKS, LLC<br>C/O STRADLEY RONON STEVENS ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA  PA  19103 | 10151<br>**Debtor: WINN-DIXIE STORES, INC.** | $26,797.16 | $0.00 | CURE AMOUNT FOR STORE 2249 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 13193 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| Creditor Id: 410960<br>NORTHWOOD OAKS, LLC<br>C/O STRADLEY RONON STEVENS ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 | 13193<br>Debtor: WINN-DIXIE STORES, INC. | $31,119.93 | $31,120.00 | CURE AMOUNT FOR STORE 2249 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 411080<br>O'BRIEN KIERNAN INVESTMENT CO ET AL<br>C/O RAY QUINNEY & NEBEKER<br>ATTN STEVEN T WATERMAN, ESQ.<br>36 S STATE ST., STE 1400<br>PO BOX 45385<br>SALT LAKE CITY UT 84145-0385 | 10981<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | $6,334.28 | CURE AMOUNT FOR STORE 1463 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 2458<br>OCALA NORTH SHOPPING CENTER<br>C/O CHARLES WAYNE PROPERTIES, INC<br>ATTN LINDA WHEELER, SR PROP MGR<br>444 SEABREEZE BLVD, STE 1000<br>DAYTONA BEACH FL 32118 | 13179<br>Debtor: WINN-DIXIE STORES, INC. | $7,001.44 | $8,695.20 | CURE AMOUNT FOR STORE 2228 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 410526<br>OCEANWAY PLAZA ASSOCS, LTD<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 | 10887<br>Debtor: WINN-DIXIE STORES, INC. | $366,769.76 | $27,175.41 | CURE AMOUNT FOR STORE 12 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 411142<br>ORIX CAPITAL MKTS, SERIES 1999-1<br>HOLDERS OF NATIONSLINK FUNDING CORP<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 11145<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | $22,694.16 | CURE AMOUNT FOR STORE 681 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 423152** OXFORD BUILDING COMPANY LLC C/O DYKEMA GOSSETT, PLLC ATTN GINA M CAPUA, ESQ 39577 WOODWORD AVE, SUITE 300 BLOOMFIELD HILLS MI 48304 | 12976 Debtor: WINN-DIXIE STORES, INC. | $10,709.71 | $12,126.21 | CURE AMOUNT FOR STORE 705 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 410689** PACIERA, VINCENT ET AL DBA PARK PLAZA SHOPPING CTR LLC ATTN KIRTH M PACIERA, OWNER/MEMBER PO BOX 24087 NEW ORLEANS LA 70184 | 9710 Debtor: WINN-DIXIE STORES, INC. | $118,885.37 | $117,623.57 | REDUCED TO $117,623.57 BY 7/13/06 THIRTEENTH OMNIBUS CLAIMS OBJECTION ORDER. CURE AMOUNT FOR STORE 1432 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 257947** PALM COAST CORNERS ASSOC LP ATTN DANIEL WHITE, ASST CONTROLLER JULIAN S BUTTS JR 525 PHARR RD NE ATLANTA, GA 30305 | 11503 Debtor: WINN-DIXIE STORES, INC. | $2,035.71 | $2,035.71 | CURE AMOUNT FOR STORE 2247 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 257948** PALM COAST CORNERS ASSOC LP C/O UNTIED CORNERS INC ATTN DANIEL WHITE, ASST CONTROLLER JULIAN S BETTS JR 525 PHARR ROAD ATLANTA, GA 30305 | 11507 Debtor: WINN-DIXIE STORES, INC. | $54,156.65 | $0.00 | CURE AMOUNT FOR STORE 2247 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 11503 (DKT NO. 12183). |
| **Creditor Id: 2468** PATTON PLAZA LLC ATTN ANNE D KING, MEMBER 8242 MARSH POINTE DRIVE MONTGOMERY, AL 36117 Counsel: ATTN JAMES L WEBB, ESQ | 6086 Debtor: WINN-DIXIE MONTGOMERY, INC. | $911.75 | $0.00 | CURE AMOUNT FOR STORE 553 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 2468** PATTON PLAZA LLC ATTN ANNE D KING, MEMBER 8242 MARSH POINTE DRIVE MONTGOMERY, AL 36117 Counsel: ATTN JAMES L WEBB, ESQ | 6087 Debtor: WINN-DIXIE MONTGOMERY, INC. | $911.75 | $0.00 | CURE AMOUNT FOR STORE 553 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id:  1700**<br>PELL CITY MARKETPLACE PARTNERS<br>C/O HELMS ROARK INC, AGENT<br>ATTN ELIZABETH DEAN, VP<br>PO BOX 1149<br>MONTGOMERY,  AL  36101-1149 | 10827<br>Debtor: **WINN-DIXIE STORES, INC.** | $24,494.72 | $0.00 | CURE AMOUNT FOR STORE 410 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 FOR CLAIM NUMBER 10828 PENDING IN TWELFTH OMNIBUS CLAIMS OBJECTION (DKT NO. 12183). |
| **Creditor Id:  384294**<br>PMG OCEAN ASSOCIATES II, LLC<br>C/O WANDER & ASSOCIATES, PC<br>ATTN DAVID WANDER, ESQ<br>641 LEXINGTON AVE<br>NEW YORK  NY  10022 | 9943<br>Debtor: **WINN-DIXIE STORES, INC.** | $289,505.52 | $325,000.00 | CURE AMOUNT FOR STORE 260 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 8/18/06 (DKT NO. 12180). |
| **Creditor Id:  258311**<br>PONTE VEDRA SQUARE,, LLC, SUCCESSOR<br>PENTAGON PROPERTIES<br>ATTN J C DEMETREE JR, MGR<br>3740 BEACH BLVD, SUITE 300<br>PO DRAWER 47050<br>JACKSONVILLE  FL  32247-7050 | 6433<br>Debtor: **WINN-DIXIE STORES, INC.** | $29,463.85 | $29,463.85 | CURE AMOUNT FOR STORE 5 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id:  2480**<br>POPPS FERRY (MS) LLC<br>C/O L W CAVE REAL ESTATE INC<br>PO BOX 81322<br>MOBILE,  AL  36689<br>Counsel: ATTN DAVID A. BOYETT, III, ESQ | 1025<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $7,159.54 | $7,159.54 | CURE AMOUNT FOR STORE 1357 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id:  259749**<br>POWERS, ROBERT D<br>PO BOX 788<br>202 E BROAD STREET<br>EUFAULA,  AL  36027 | 7542<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $4,899,960.00 | $10,942.65 | CURE AMOUNT FOR STORE 478 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001 | 8810<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | $17,105.25 | CURE AMOUNT FOR STORE 252 DETERMINED BY 10/25/06 ASSUMPTION<br>ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Counsel: ATTN MARGERY N REED, ESQ | | | | |
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001 | 8813<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | $7,238.48 | CURE AMOUNT FOR STORE 3 DETERMINED BY 10/25/06 ASSUMPTION<br>ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Counsel: ATTN MARGERY N REED, ESQ | | | | |
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001 | 8824<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | $0.00 | CURE AMOUNT FOR STORE 2273 DETERMINED BY 10/25/06 ASSUMPTION<br>ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM<br>NUMBER 12934 FILED BY LANDLORD (DKT NO. 12183). |
| Counsel: ATTN MARGERY N REED, ESQ | | | | |
| **Creditor Id: 1751**<br>QUAIL RUN VILLAGE<br>ATTN F CARRINGTON OR R DEEMS<br>PO BOX 1328<br>EUREKA, CA 95502 | 3143<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $40,242.04 | $40,242.04 | CURE AMOUNT FOR STORE 458 DETERMINED BY 10/25/06 ASSUMPTION<br>ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 410959**<br>QUINCY ASSOCIATES<br>C/O STRADLEY RONON STEVENS ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 | 10150<br>Debtor: **WINN-DIXIE STORES, INC.** | $47,004.74 | $0.00 | CURE AMOUNT FOR STORE 184 DETERMINED BY 10/25/06 ASSUMPTION<br>ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN AMENDING<br>CLAIM NUMBER 13192 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id:** 410959<br>QUINCY ASSOCIATES<br>C/O STRADLEY RONON STEVENS ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA, PA 19103 | 13192<br>Debtor: **WINN-DIXIE STORES, INC.** | $55,612.57 | $55,613.00 | CURE AMOUNT FOR STORE 184 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id:** 259201<br>RAINBOW MARKETPLACE LLC<br>PO BOX 346<br>GADSDEN, AL 35902 | 34071<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $18,343.68 | $44,995.80 | CURE AMOUNT FOR STORE 442 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id:** 259207<br>RAINBOW SPRINGS VENTURES, LC<br>C/O CHASE ENTERPRISES<br>ATTN CHERYL A CHASE<br>225 ASYLUM STREET, 29TH FLOOR<br>HARTFORD, CT 06103 | 2896<br>Debtor: **WINN-DIXIE STORES, INC.** | $6,365.46 | $4,815.57 | CURE AMOUNT FOR STORE 2219 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id:** 259220<br>RALPH METIN FAMILY PARTNERSHIP LTD<br>ATTN JULIAN R METIN, GP<br>PO BOX 162732<br>ALTAMONTE SPRINGS, FL 32716-2732 | 2156<br>Debtor: **WINN-DIXIE STORES, INC.** | $6,933.33 | $6,933.33 | CURE AMOUNT FOR STORE 2231 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id:** 259302<br>RAYNE PLAZA SHOPPING CENTER<br>C/O BESLIN & CUNNINGHAM, LLC<br>ATTN DENALD A BESLIN, ESQ<br>800 NORTH POLK STREET<br>PO BOX 258<br>RAYNE, LA 70578-0258 | 176<br>Debtor: **WINN-DIXIE STORES, INC.** | $4,760.64 | $4,760.64 | CURE AMOUNT FOR STORE 1459 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id:** 1765<br>REEF ASSOCIATES, LTD<br>C/O COURTELIS CO<br>ATTN V STOSIKW'D PITTS, PRES<br>703 WATERFORD WAY, SUITE 800<br>MIAMI, FL 33126-4677<br>Counsel: ATTN C LONSTEIN & A SCHAEFFER, ESQS | 4976<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | $16,111.92 | CURE AMOUNT FOR STORE 384 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 402263**<br>REGENCY CENTERS, LP<br>C/O HELD & ISRAEL<br>ATTN A FRISCHE W HELD, JR, ESQS<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE  FL  32207 | 11059<br>Debtor: WINN-DIXIE STORES, INC. | $4,506.10 | $4,506.10 | CURE AMOUNT FOR STORE 2276 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 259400**<br>REGENT INVESTMENT CORPORATION<br>ATTN HAROLD M BECKER, PRESIDENT<br>222 THIRD STREET SE<br>STE 230<br>CEDAR RAPIDS, IA  52401 | 9164<br>Debtor: WINN-DIXIE STORES, INC. | $1,329,102.12 | $0.00 | CURE AMOUNT FOR STORE 2626 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 4362 FILED BY WESTWOOD SQUARES, LTD. (DKT NO. 12183). |
| **Creditor Id: 259702**<br>RIVERWALK PLAZA JOINT VENTURE<br>PO BOX 409438<br>ACCT#3068899810<br>ATLANTA,  GA  30384-9436 | 31475<br>Debtor: WINN-DIXIE STORES, INC. | $89,160.25 | $85,895.25 | REDUCED TO $85,895.25 BY 7/27/06 ORDER ON FIRST OMNIBUS MOTION DEEMING SCHEDULED CLAIMS AMENDED.  CURE AMOUNT FOR STORE 259 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 2516**<br>RIZIKA, ROBERT N<br>107 WINDWARD DR<br>PALM BEACH GARDENS,  FL  33418-4012 | 12951<br>Debtor: WINN-DIXIE STORES, INC. | $5,543.87 | $6,344.51 | CURE AMOUNT FOR STORE 168 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 410968**<br>RK HALLANDALE LP & 17070 COLLINS<br>AVE SHOPPING CENTER, LP<br>C/O MORGAN LEWIS & BOCKIUS, LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVE<br>NEW YORK  NY  10178 | 10324<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | $15,700.59 | CURE AMOUNT FOR STORE 306 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 259785**<br>ROBERT M BARRETT INC<br>ATTN ROBERT M BARRETT, PRES<br>PO BOX 31802<br>PALM BEACH GARDENS, FL  33420 | 6316<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $68,530.00 | $9,689.43 | CURE AMOUNT FOR STORE 362 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 260057**<br>ROUSSE LAND AND INVESTMENT LLC<br>ATTN RYAN A ROUSSE<br>PO DRAWER 1550<br>LAROSE, LA 70373-1550 | 9647<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $17,778.99 | $17,778.99 | CURE AMOUNT FOR STORE 1557 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 260086**<br>ROYAL COMPANIES<br>802 NW 1ST STREET<br>SOUTH BAY, FL 33493 | 31490<br>Debtor: **WINN-DIXIE STORES, INC.** | $3,142.57 | $3,461.20 | CURE AMOUNT FOR STORE 751 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 2526**<br>ROYALS OK LUNCH INC<br>ATTN MARIA G BUSBEE VP<br>324 SW 16TH ST<br>BELLE GLADE, FL 33430-2824 | 10557<br>Debtor: **WINN-DIXIE STORES, INC.** | $15,487.48 | $15,487.48 | CURE AMOUNT FOR STORE 381 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 259799**<br>SCHLYTTER, ROBERT O. TRUSTEE<br>ROBERT O SCHLYTTER, TRUSTEE<br>EUSTIS SHOPP CENTER REVOCABLE TRUST<br>4811 S 76 STREET, SUITE 211<br>GREENFIELD WI 53220-4352 | 5787<br>Debtor: **WINN-DIXIE STORES, INC.** | $88,638.73 | $0.00 | CURE AMOUNT FOR STORE 2335 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 13272 (DKT NO. 12183). |
| **Creditor Id: 259799**<br>SCHLYTTER, ROBERT O. TRUSTEE<br>ROBERT O SCHLYTTER, TRUSTEE<br>EUSTIS SHOPP CENTER REVOCABLE TRUST<br>4811 S 76 STREET, SUITE 211<br>GREENFIELD WI 53220-4352 | 13272<br>Debtor: **WINN-DIXIE STORES, INC.** | $103,748.85 | $103,748.85 | CURE AMOUNT FOR STORE 2335 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 377335**<br>SCHREIBER CO BELLEVIEW ASSOC, THE<br>ATTN MARVIN SCHREIBER, PRESIDENT<br>235 ALPHA DRIVE<br>PITTSBURGH, PA 15238 | 4341<br>Debtor: **WINN-DIXIE STORES, INC.** | $440.00 | $440.00 | CURE AMOUNT FOR STORE 2205 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| Creditor Id: 260690<br>SELIG ENTERPRISES INC<br>ROBERT C RIDDLE<br>1100 SPRING ST SUITE 550<br>ATLANTA, GA 30309 | 34127<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $35,196.77 | $35,196.77 | CURE AMOUNT FOR STORE 551 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 262862<br>SEMBLER COMPANY, THE<br>ATTN JOAN SILVES, ASSET MGR<br>PO BOX 41847<br>ST PETERSBURG, FL 33743-1847 | 31716<br>Debtor: WINN-DIXIE STORES, INC. | $761.32 | $761.32 | CURE AMOUNT FOR STORE 2337 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 407735<br>SEMBLER COMPANY, THE PROP MGR FOR HIGHLANDS SQUARE SHOPPING CTR<br>C/O PIPER LUDIN HOWIE ET AL<br>ATTN ERIC E LUDIN, ESQ<br>5720 CENTRAL AVENUE<br>ST PETERSBURG, FL 33707 | 12438<br>Debtor: WINN-DIXIE STORES, INC. | $987.15 | $987.15 | CURE AMOUNT FOR STORE 2210 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 254653<br>SETZER, LEONARD R<br>903 UNIVERSITY BLVD<br>JACKSONVILLE, FL 32211 | 31132<br>Debtor: WINN-DIXIE STORES, INC. | $12,425.51 | $12,425.51 | CURE AMOUNT FOR STORE 107 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 405883<br>SHADES CREEK PARTNERS<br>C/O JOHNSTON CONWELL & DONOVAN, LLC<br>ATTN WH DONOVAN III & AM DAUGHERTY<br>813 SHADES CREEK PKWY, STE 200<br>BIRMINGHAM AL 35209<br><br>Counsel: ATTN EDWIN W HELD JR, ESQ | 2584<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $58,466.48 | $0.00 | CURE AMOUNT FOR STORE 590 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 8584 (DKT NO. 12183). |
| Creditor Id: 405883<br>SHADES CREEK PARTNERS<br>C/O JOHNSTON CONWELL & DONOVAN, LLC<br>ATTN WH DONOVAN III & AM DAUGHERTY<br>813 SHADES CREEK PKWY, STE 200<br>BIRMINGHAM AL 35209<br><br>Counsel: ATTN EDWIN W HELD JR, ESQ | 6938<br>Debtor: WINN-DIXIE STORES, INC. | $58,466.48 | $0.00 | CURE AMOUNT FOR STORE 590 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 8584 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id:** 260782<br>SHADRALL ASSOCIATES<br>AUBURNDALE PROPERTIES LLC<br>ATTN SHALOM WALL, VP<br>50 TICE BLVD<br>WOODCLIFF LAKE, NJ 07675 | 7863<br>**Debtor: WINN-DIXIE STORES, INC.** | $54,601.58 | $53,463.73 | CURE AMOUNT FOR STORE 1430 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER (DKT NO. 12183). |
| **Creditor Id:** 2557<br>SHOWPLACE COMMERCIAL PROPERTIES INC<br>C/O EF HUTTON REALTY CORP<br>ATTN R ABBASSI / R R FIELDSTONE<br>2000 S DIXIE HWY, SUITE 100<br>MIAMI, FL 33133 | 1916<br>**Debtor: WINN-DIXIE STORES, INC.** | $29,094.27 | $29,094.27 | CURE AMOUNT FOR STORE 2287 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id:** 2558<br>SIDNEY KOHL COMPANY<br>ATTN SIDNEY KOHL, PROP MGR<br>340 ROYAL POINCIANA WAY, SUITE 305<br>PALM BEACH, FL 33480 | 10117<br>**Debtor: WINN-DIXIE MONTGOMERY, INC.** | $48,798.95 | $23,364.72 | REDUCED TO $23,364.72 BY 4/20/06 SEVENTH OMNIBUS CLAIMS OBJECTION ORDER. CURE AMOUNT FOR STORE 574 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id:** 2561<br>SIZELER/LA SHOPPING CENTERS, LP<br>C/O SIZELER REAL ESTATE MGMT CO INC<br>ATTN TACEY T TARLETON, ESQ<br>2542 WILLIAMS BLVD<br>KENNER LA 70062 | 8840<br>**Debtor: WINN-DIXIE STORES, INC.** | $41,898.92 | $41,898.92 | CURE AMOUNT FOR STORE 1428 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id:** 406147<br>SJS WOODLAKE PLAZA, LP<br>C/O SJS REALTY & MANAGEMENT, INC<br>ATTN STEPHEN CRAVITZ, VP<br>1110 WYNWOOD AVENUE<br>CHERRY HILL, NJ 08002<br>Counsel: ATTN JERROLD N POSLUSNY JR, ESQ | 12802<br>**Debtor: WINN-DIXIE STORES, INC.** | $33,051.91 | $39,726.00 | REDUCED TO $29,316.07 BY 6/29/06 TWELFTH OMNIBUS CLAIMS OBJECTION ORDER. CURE AMOUNT FOR STORE 697 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id:** 2563<br>SNELLVILLE PLAZA LTD<br>ATTN MICHAEL PLASKER, GP<br>5025 WINTERS CHAPEL ROAD, STE M<br>ATLANTA, GA 30360 | 3322<br>**Debtor: WINN-DIXIE STORES, INC.** | $14,622.64 | $16,743.00 | CURE AMOUNT FOR STORE 159 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

Page: 39 of 47
Date: 10/31/2006

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| Creditor Id:  2567<br>SOUTH PLAZA ASSOCIATES, LLC<br>C/O PERRINE & WHEELER REAL ESTATE<br>ATTN JON S WHEELER, MANAGING MEMBER<br>PO BOX 3247<br>APOLLO BEACH FL  33572 | 10176<br>Debtor: WINN-DIXIE STORES, INC. | $49,320.83 | $49,320.83 | CURE AMOUNT FOR STORE 702 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Counsel: ATTN DENNIS T LEWANDOWSKI, ESQ | | | | |
| Creditor Id:  261334<br>SOUTHBROOK PARTNERS LLC<br>C/O JOHNSTON CONWELL & DONOVAN, LLC<br>ATTN WH DONOVAN & AM DAUGHERTY<br>813 SHADES CREEK PARKWAY, SUITE 200<br>BIRMINGHAM, AL  35201-0187 | 6639<br>Debtor: WINN-DIXIE STORES, INC. | $53,099.43 | $0.00 | CURE AMOUNT FOR STORE 461 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 2585 (DKT TO. 12183). |
| Counsel: ATTN EDWIN W HELD JR, ESQ | | | | |
| Creditor Id:  405882<br>SOUTHBROOK PARTNERS LLC<br>C/O JOHNSTON CONWELL & DONOVAN LLC<br>ATTN WH DONOVAN III OR AM DAUGHERTY<br>813 SHADES CREED PKWY, STE 200<br>BIRMINGHAM  AL  35209 | 2585<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $53,099.43 | $47,985.52 | REDUCED TO $47,985.52 BY 6/29/06 TWELFTH OMNIBUS CLAIMS OBJECTION ORDER.  CURE AMOUNT FOR STORE 461 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Counsel: ATTN EDWIN W HELD JR, ESQ | | | | |
| Creditor Id:  2568<br>SOUTHEAST PARTNERS<br>C/O AFI MANAGEMENT<br>ATTN ANTHONY J LASALA<br>1410 VALLEY ROAD<br>WAYNE  NJ  07470 | 11810<br>Debtor: WINN-DIXIE STORES, INC. | $36,153.74 | $0.00 | CURE AMOUNT FOR STORE 647 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 13568 (DKT NO. 12183). |
| Creditor Id:  2568<br>SOUTHEAST PARTNERS<br>C/O AFI MANAGEMENT<br>ATTN ANTHONY J LASALA<br>1410 VALLEY ROAD<br>WAYNE  NJ  07470 | 13568<br>Debtor: WINN-DIXIE STORES, INC. | $37,540.32 | $36,153.74 | CURE AMOUNT FOR STORE 647 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| Creditor Id: 2585<br>SPISHORES, LLC<br>C/O SIZELER REAL ESTATE MGMT CO INC<br>ATTN TRACEY T TARLETON, ESQ<br>2542 WILLIAMS BLVD<br>KENNER LA 70062-5596 | 8842<br>Debtor: WINN-DIXIE STORES, INC. | $25,256.82 | $25,256.82 | CURE AMOUNT FOR STORE 2203 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 2586<br>SPIWACHEE, INC<br>C/O SIZELER REAL ESTATE MGMT CO INC<br>ATTN TRACEY T TARLETON, ESQ<br>2542 WILLIAMS BLVD<br>KENNER LA 70062-5596 | 8843<br>Debtor: WINN-DIXIE STORES, INC. | $26,531.54 | $25,531.54 | CURE AMOUNT FOR STORE 750 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 410598<br>SPRING HILL LAND TRUST, SUCCESSOR<br>DOWN SOUTH, INC & DILORENZO PROP<br>C/O DILORENZO PROPERTIES COMPANY<br>ATTN MARC DILORENZO, TRUSTEE<br>720 FIFTH AVENUE, 14TH FLOOR<br>NEW YORK NY 10019-4107<br><br>Counsel: ATTN ROBERT J FEINSTEIN, ESQ | 9844<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | $10,173.43 | CURE AMOUNT FOR STORE 711 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 1894<br>ST CHARLES PARTNERS<br>ATTN R RENE BORDER, MGR<br>PO BOX 704<br>MARKSVILLE LA 71351 | 6276<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $18,445.54 | $14,593.54 | REDUCED TO $14,593.54 AND RECLASSIFIED BY 6/29/06 TWELFTH OMNIBUS CLAIMS OBJECTION ORDER. CURE AMOUNT FOR STORE 1588 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 1894<br>ST CHARLES PARTNERS<br>ATTN R RENE BORDER, MGR<br>PO BOX 704<br>MARKSVILLE LA 71351 | 6277<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | $0.00 | CURE AMOUNT FOR STORE 1588 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 6276 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 410599**<br>SUN CITY LAND TRUST, SUCCESSOR<br>DOWN SOUTH, INC<br>C/O DILORENZO PROPERTIES COMPANY<br>ATTN MARC DILORENZO, TRUSTEE<br>720 FIFTH AVENUE, 14TH FLOOR<br>NEW YORK, NY 10017 | 9845<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | $18,765.82 | CURE AMOUNT FOR STORE 619 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Counsel: ATTN ROBERT J FEINSTEIN, ESQ | | | | |
| **Creditor Id: 2600**<br>SUN LAKE PLAZA, INC<br>ATTN ROBERT KODSI<br>PO BOX 320219<br>COCOA BEACH, FL 32932-0219 | 6741<br>Debtor: WINN-DIXIE STORES, INC. | $3,121.34 | $0.00 | CURE AMOUNT FOR STORE 2273 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN AMENDING CLAIM NUMBER 12934 (DKT NO. 12183). |
| Counsel: ATTN DONALD A NOHRR, ESQ | | | | |
| **Creditor Id: 2600**<br>SUN LAKE PLAZA, INC<br>ATTN ROBERT KODSI<br>PO BOX 320219<br>COCOA BEACH, FL 32932-0219 | 12934<br>Debtor: WINN-DIXIE STORES, INC. | $13,251.61 | $13,251.61 | CURE AMOUNT FOR STORE 2273 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Counsel: ATTN DONALD A NOHRR, ESQ | | | | |
| **Creditor Id: 262232**<br>SUNSET STATION PARTNERS LLC<br>506 S DIXIE HWY<br>HALLANDALE, FL 33009 | 31658<br>Debtor: WINN-DIXIE STORES, INC. | $32,044.64 | $36,791.48 | CURE AMOUNT FOR STORE 611 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 8/18/06 (DKT NO. 12180). |
| **Creditor Id: 262543**<br>TAVARES ASSOC LTD<br>ATTN FRANK J GULISANO<br>6700 NW BROKEN SOUND PKWY, STE 201<br>BOCA RATON, FL 33487 | 6704<br>Debtor: WINN-DIXIE STORES, INC. | $4,572.84 | $4,572.84 | CURE AMOUNT FOR STORE 2261 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 384386**<br>TEACHERS RETIREMENT SYSTEM<br>C/O MORTGAGE CO OF KENTUCKY INC<br>642 SOUTH 4TH STREET<br>ATTN: EDWARDT WILSON<br>LOUISVILLE, KY 40202 | 37158<br>Debtor: WINN-DIXIE RALEIGH, INC. | $47,157.99 | $47,157.99 | CURE AMOUNT FOR STORE 664 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id:  1926**<br>TED GLASRUD ASSOCIATES INC<br>ATTN DANA A CHRISTENSON<br>759 S FEDERAL HWY, STE 217<br>STUART  FL  34994 | 3451<br>Debtor: WINN-DIXIE STORES, INC. | $210,000.00 | $15,332.98 | CURE AMOUNT FOR STORE 308 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| *Counsel: ATTN LEONARD RUTLAND JR, ESQ* | | | | |
| **Creditor Id:  2210**<br>TERRY, EDMUND<br>C/O EDMUND TERRY & ASSOCIATES<br>211 ALEXANDER PALM ROAD<br>BOCA RATON  FL  33432-7908 | 1288<br>Debtor: WINN-DIXIE STORES, INC. | $3,000.00 | $1,909.12 | REDUCED TO $1,909.12 BY 6/29/06 TWELFTH OMNIBUS CLAIMS OBJECTION ORDER . CURE AMOUNT FOR STORE 2268 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id:  403186**<br>THRIVENT FINANCIAL<br>C/O FOLEY & MANSFIELD PLLP<br>ATTN THOMAS J LALLIER, ESQ<br>250 MARQUETTE, SUITE 1200<br>MINNEAPOLIS  MN  55401 | 895<br>Debtor: WINN-DIXIE STORES, INC. | $656,580.22 | $0.00 | CURE AMOUNT FOR STORE 2379 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id:  2639**<br>TIGER CROSSING GP DBA<br>UNIVERSITY CROSSING<br>C/O REDD REALTY SERVICES<br>BLDG 10 STE 101<br>4200 NORTHSIDE PKWY<br>ATLANTA,  GA  30327 | 10128<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $0.00 | $0.00 | CURE AMOUNT FOR STORE 470 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 13419 (DKT NO. 12183). |
| *Counsel: ATTN ANNETTE KERLIN MCBRAYER, ESQ* | | | | |
| **Creditor Id:  2639**<br>TIGER CROSSING GP DBA<br>UNIVERSITY CROSSING<br>C/O REDD REALTY SERVICES<br>BLDG 10 STE 101<br>4200 NORTHSIDE PKWY<br>ATLANTA,  GA  30327 | 13419<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $17,282.10 | $11,504.14 | CURE AMOUNT FOR STORE 470 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| *Counsel: ATTN ANNETTE KERLIN MCBRAYER, ESQ* | | | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| Creditor Id: 423064<br>TRAFALGAR AT GREENACRES, LTD<br>C/O SAUL EWING, LLP<br>ATTN JOYCE A KUHNS, ESQ<br>500 EAST PRATT STREET, SUITE 800<br>BALTIMORE MD 21202 | 12967<br>Debtor: WINN-DIXIE STORES, INC. | $34,793.94 | $52,542.79 | CURE AMOUNT FOR STORE 356 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 8/18/06 (DKT NO. 12180). |
| Creditor Id: 263411<br>TRAIL PLAZA<br>C/O URBAN RETAIL PROPERTIES CO<br>706 KIRKWOOD MALL<br>BISMARK, ND 58504 | 31758<br>Debtor: WINN-DIXIE STORES, INC. | $76,627.95 | $89,343.24 | CURE AMOUNT FOR STORE 286 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 410970<br>TRUST NO 201 BY MAX D PUYANIC, TTEE<br>C/O COMMODORE REALTY INC, MG AGT<br>30 WEST MASHTA DRIVE, STE 400<br>KEY BISCAYNE FL 33149<br><br>Counsel: ATTN JOYCE A KUHNS, ESQ | 10328<br>Debtor: WINN-DIXIE STORES, INC. | $23,594.93 | $0.00 | CURE AMOUNT FOR STORE 328 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 8/18/06 REFLECTED IN AMENDING CLAIM NUMBER 12971 (DKT NO. 12180). |
| Creditor Id: 423068<br>TRUST NO 201 BY MAX D PUYANIC, TTEE<br>C/O SAUL EWING, LLP<br>ATTN JOYCE A KUHNS, ESQ<br>500 PRATT STREET<br>BALTIMORE MD 21202 | 12971<br>Debtor: WINN-DIXIE STORES, INC. | $27,571.50 | $27,571.50 | CURE AMOUNT FOR STORE 328 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 8/18/06 (DKT NO. 12180). |
| Creditor Id: 410746<br>TS MARGATE CO, LTD<br>C/O SOUTHERN MGMT & DEV LTD<br>ATTN STEVEN LEVIN, VP<br>21301 POWERLINE ROAD, STE 312<br>BOCA RATON FL 33433<br><br>Counsel: ATTN CRAIG A PUGATCH, ESQ | 9575<br>Debtor: WINN-DIXIE STORES, INC. | $47,769.68 | $47,769.68 | CURE AMOUNT FOR STORE 248 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 384404<br>TYRONE GARDENS LLC<br>SCOTT ROSS<br>1825 MAIN STREET SUITE 105<br>WESTON, FL 33326 | 32224<br>Debtor: WINN-DIXIE STORES, INC. | $11,200.00 | $9,901.78 | REDUCED TO $9,901.78 BY 7/27/06 ORDER ON FIRST OMNIBUS MOTION DEEMING SCHEDULED CLAIMS AMENDED. CURE AMOUNT FOR STORE 671 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 410915**<br>UNUM LIFE INSURANCE CO OF AMERICA<br>C/O THOMPSON & KNIGHT LLP<br>ATTN LESLEY C ARDEMAGNI, ESQ<br>1700 PACIFIC AVENUE, SUITE 3300<br>DALLAS TX 75201 | 10050<br>Debtor: WINN-DIXIE STORES, INC. | $608,849.98 | $0.00 | CURE AMOUNT FOR STORE 2354 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). CURE OF $28,878.67 TO BE PAID TO THE LANDLORD, RUTH GUEST HOUSE, INC. |
| **Creditor Id: 403475**<br>VALLEYDALE ASSOCIATES LTD<br>C/O SPAIN & GILLON LLC<br>ATTN WALTER F MCARDLE, ESQ<br>THE ZINSZER BLDG<br>217 SECOND AVENUE NORTH<br>BIRMINGHAM AL 35203 | 13177<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $32,960.82 | $13,278.57 | CURE AMOUNT FOR STORE 514 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Counsel: ATTN: NINA LAFLEUR | | | | |
| **Creditor Id: 2644**<br>VALLEYDALE ASSOCIATES, LTD<br>2117 SECOND AVE<br>PO BOX 12767<br>BIRMINGHAM AL 35202-2767 | 7308<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $453.94 | $0.00 | CURE AMOUNT FOR STORE 514 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN AMENDING CLAIM NUMBER 13177 (DKT NO. 12183). |
| Counsel: ATTN WALTER F MCARDLE, ESQ | | | | |
| **Creditor Id: 264055**<br>VENETIA VILLAGE CENTER<br>C/O SOUTHEAST LEASING & MGMT<br>1620 HENDRICKS AVE<br>JACKSONVILLE, FL 32207 | 2243<br>Debtor: WINN-DIXIE STORES, INC. | $8,250.00 | $8,250.00 | CURE AMOUNT FOR STORE 123 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 1972**<br>VIGOUROUX DEVELOPMENT CO, LLC<br>C/O FOSHEE REALTY COMPANY, INC<br>ATTN MARY A JORDAN, PROPERTY MGR<br>ROBERT TURNER JR, AUTH AGENT<br>51 TACON STREET, STE B<br>MOBILE, AL 36607 | 4432<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $8,418.53 | $8,418.53 | CURE AMOUNT FOR STORE 591 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| Creditor Id: 410517<br>VILLAGE AURORA I, LLC<br>C/O SIZELER REAL ESTATE MGMT CO INC<br>ATTN TRACEY T TARLETON, ESQ<br>2542 WILLIAMS BLVD<br>KENNER LA 70062 | 8841<br>Debtor: WINN-DIXIE STORES, INC. | $38,627.65 | $43,232.86 | CURE AMOUNT FOR STORE 1426 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 408366<br>VILLAGE ROYALE PROPERTIES LLC<br>C/O BENESCH FRIEDLANDER ET AL<br>ATTN DAVID M NEUMANN, ESQ<br>200 PUBLIC SQUARE, 2300 BP TOWER<br>CLEVELAND OH 44114<br>Counsel: ATTN MICHAEL S HELD, ESQ | 7040<br>Debtor: WINN-DIXIE STORES, INC. | $87,363.00 | $28,883.85 | REDUCED TO $28,883.85 BY 8/24/06 FIFTEENTH OMNIBUS CLAIMS OBJECTION ORDER AND 10/3/06 ORDER AMENDING 8/24/06 FIFTEENTH OMNIBUS CLAIMS OBJECTION ORDER. CURE AMOUNT FOR STORE 212 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 410802<br>WD MARIANNA PORTFOLIO, LP<br>C/O H&R REIT<br>ATTN MORGAN BERRY<br>3625 DUFFERIN ST, SUITE 500<br>TORONTO ON M3K 1N4 CANADA<br>Counsel: ATTN MICHAEL S HELD, ESQ | 9734<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $40,108.42 | $36,494.00 | REDUCED TO $36,494 AND RECLASSIFIED BY 6/29/06 TWELFTH OMNIBUS CLAIMS OBJECTION ORDER. CURE AMOUNT FOR STORE 555 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 410802<br>WD MARIANNA PORTFOLIO, LP<br>C/O H&R REIT<br>ATTN MORGAN BERRY<br>3625 DUFFERIN ST, SUITE 500<br>TORONTO ON M3K 1N4 CANADA<br>Counsel: ATTN MICHAEL S HELD, ESQ | 9735<br>Debtor: WINN-DIXIE STORES, INC. | $40,108.42 | | CURE AMOUNT FOR STORE 555 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183) REFLECTED IN CLAIM NUMBER 9734. |
| Creditor Id: 403489<br>WEINACKER'S SHOPPING CENTER LLC<br>ATTN BA FRIEDMAN / S G WEINACKER<br>3809 CLARIDGE ROAD NORTH<br>MOBILE AL 36608 | 12949<br>Debtor: WINN-DIXIE STORES, INC. | $44,367.15 | $44,367.15 | CURE AMOUNT FOR STORE 1333 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 407594**<br>WEST TOWN CORNERS<br>C/O SIMON PROPERTY GROUP<br>LEGAL COLLECTIONS<br>ATTN PATTY SUMMERS (TROEPEPE)<br>115 W WASHINGTON STREET<br>INDIANAPOLIS IN 46204 | 4540<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $80,444.59 | $106,807.23 | CURE AMOUNT FOR STORE 2388 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 407594**<br>WEST TOWN CORNERS<br>C/O SIMON PROPERTY GROUP<br>LEGAL COLLECTIONS<br>ATTN PATTY SUMMERS (TROEPEPE)<br>115 W WASHINGTON STREET<br>INDIANAPOLIS IN 46204 | 4541<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $100.00 | $0.00 | CURE AMOUNT FOR STORE 2388 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 4540 (DKT NO. 12183). |
| **Creditor Id: 264701**<br>WESTWOOD SQUARE LTD<br>ATTN THENA GUNN, GENERAL MGR<br>ROBERT M BUCHANAN JR<br>PO BOX 1248<br>JACKSON, MS 39215-1248 | 4362<br>Debtor: WINN-DIXIE STORES, INC. | $10,978.75 | $16,577.11 | CURE AMOUNT FOR STORE 2626 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 407704**<br>WIAB PROPERTIES, LLC<br>C/O MAYNARD COOPER & GALE, PC<br>ATTN MATTHEW W GRILL, ESQ<br>1901 SIXTH AVENUE NORTH, SUITE 2400<br>BIRMINGHAM AL 35203 | 5174<br>Debtor: WINN-DIXIE STORES, INC. | $16,023.66 | $30,084.32 | CURE AMOUNT FOR STORE 564 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 410597**<br>ZEPHYR HILLS LAND TRUST<br>C/O DILORENZO PROPERTIES COMPANY<br>ATTN MARC DILORENZO, TRUSTEE<br>720 FIFTH AVE, 14TH FLOOR<br>NEW YORK NY 10019-4107<br>Counsel: ATTN ROBERT J FEINSTEIN, ESQ | 9843<br>Debtor: WINN-DIXIE STORES, INC. | $52,549.71 | $60,110.44 | REDUCED TO $52,024.21 BY 6/28/06 TWELFTH OMNIBUS CLAIMS OBJECTION ORDER. CURE AMOUNT FOR STORE 683 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| Creditor Id: 407527<br>ZIONS FIRST NATIONAL BANK<br>ATTN ANGELA STEPHENSON<br>DEPARTMENT 232-K5<br>PO BOX 30709<br>SALT LAKE CITY  UT  84130 | 4176<br>Debtor: WINN-DIXIE STORES, INC. | $2,032,350.33 | $0.00 | CURE AMOUNT FOR STORE 1501 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 13211 (DKT NO. 12183). |

Total Claims to be Reduced:          262
Total Amount to be Reduced:    $39,635,425.85 Plus Unliquidated Amounts, If Any
Total Cure Amount:          $4,929,440.95

**EXHIBIT B**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - CLAIMS TO BE CLASSIFIED AS
ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE
DETERMINED BY SUBSEQUENT COURT ORDERS

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 410737**<br>AEI NET LEASE INCOME & GROWTH ET AL<br>ON BEHALF OF THE OWNERS<br>C/O FREDRICKSON & BYRON, PA<br>ATTN JOHN M KONECK, ESQ<br>200 S SIXTH STREET, SUITE 4000<br>MINNEAPOLIS MN 55402 | 9590 | $6,127,400.83 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 242861**<br>AVON SQUARE LTD<br>PO BOX 5252<br>LOAN# 015 802 347<br>LAKELAND, FL 33807-5252 | 30176 | $31,896.22 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 410377**<br>BEACHWALK CENTRE II, LLC<br>ATTN GARY B CRESS, MGR PARTNER<br>130 SCENIC HWY<br>DESTIN FL 32507 | 7357 | $30,121.35 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Counsel: ATTN SALLY BUSSELL FOX, ESQ | | | | | |
| **Creditor Id: 410377**<br>BEACHWALK CENTRE II, LLC<br>ATTN GARY B CRESS, MGR PARTNER<br>130 SCENIC HWY<br>DESTIN FL 32507 | 7358 | $30,121.35 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | | |
| Counsel: ATTN SALLY BUSSELL FOX, ESQ | | | | | |
| **Creditor Id: 410912**<br>BG HIGHLANDS, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | 10055 | $20,006.91 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 410912**<br>BG HIGHLANDS, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | 10066 | $8,234.06 | Administrative | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - CLAIMS TO BE CLASSIFIED AS
ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE
DETERMINED BY SUBSEQUENT COURT ORDERS

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:  1122**<br>BIG PINE SHOPPING CENTER LLC<br>PO BOX 431944<br>BIG PINE KEY FL  33043<br><br>Counsel: ATTN REX RUSSO, ESQ | 12738<br><br>Debtor: WINN-DIXIE STORES, INC. | $19,219.05 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| **Creditor Id:  410950**<br>BUFFALO-LOL ASSOCIATES, LTD/<br>BUFFALO-WD ASSOCIATES, LTD<br>C/O BENDERSON DEVELOPMENT CO, INC<br>ATTN SUSAN HASSINGER, ESQ<br>570 DELAWARE AVE<br>BUFFALO NY  14202<br><br>Counsel: ATTN: JOEL E SCHOLSBERG, ESQ | 10139<br><br>Debtor: WINN-DIXIE STORES, INC. | $69,678.80 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| **Creditor Id:  410882**<br>CANTONMENT PARTNERS, LTD<br>C/O HARWELL HOWARD HYNE ET AL<br>ATTN DAVID P CANAS, ESQ<br>315 DEADERICK STREET, STE 1800<br>NASHVILLE TN  37238 | 9996<br><br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $1,518.82 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| **Creditor Id:  244498**<br>CARDINAL ENTITIES COMPANY LLC<br>C/O MATTITUCK SHOPPING CT<br>PO BOX 77<br>MATTITUCK, NY  11952 | 30294<br><br>Debtor: WINN-DIXIE STORES, INC. | $22,355.79 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| **Creditor Id:  399295**<br>CARNEGIE COMPANIES, INC<br>BROADWAY PROPERTIES, INC<br>C/O JAVITCH BLOCK & RATHBONE LLC<br>ATTN MARC A MELAMED, ESQ<br>1300 EAST 9TH STREET, 14TH FLOOR<br>CLEVELAND OH  44114 | 449<br><br>Debtor: WINN-DIXIE STORES, INC. | $152,050.00 | Unsecured<br>Non-Priority | Administrative | REDUCED TO $18,200.00 BY 7/13/06 THIRTEENTH OMNIBUS CLAIMS OBJECTION ORDER.  CLAIM ARISES FROM UNEXPIRED LEASE OF REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| **Creditor Id:  244838**<br>CEDAR HILLS CONSOLIDATED, LLC<br>C/O VICTORY COMMERCIAL REAL ESTATE<br>506 45TH STREET, SUITE B-5<br>COLUMBUS, GA  31904<br><br>Counsel: ATTN EARL M BARKER JR, ESQ | 8708<br><br>Debtor: WINN-DIXIE STORES, INC. | $79,037.69 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - CLAIMS TO BE CLASSIFIED AS
ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE
DETERMINED BY SUBSEQUENT COURT ORDERS

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 410456** CLAY PLAZA INVESTORS, LLC PO BOX 4767 COLUMBUS GA 31914 | 8680 | $35,283.11 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | **Debtor:** WINN-DIXIE STORES, INC. | | |
| | | | Counsel: ATTN EARL M BARKER JR, ESQ | | |
| **Creditor Id: 246488** CLINTON HOUSE COMPANY C/O RMC REALTY COMPANIES LTD ATTN ACCOUNTING DEPT. 1733 WEST FLETCHER AVENUE TAMPA, FL 33612 | 30532 | $900.00 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | **Debtor:** WINN-DIXIE STORES, INC. | | |
| **Creditor Id: 407769** COLONIAL REALTY LP C/O FOSTER, LINDEMAN & KLINKBEIL,PA ATTN W LINDEMANT FOSTER, ESQS PO BOX 3108 ORLANDO FL 32802 | 5562 | $13,519.27 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | **Debtor:** WINN-DIXIE STORES, INC. | | |
| **Creditor Id: 410418** COMMERCIAL NET LEASE REALTY, INC NKA: NATIONAL RETAIL PROPERTIES INC C/O LOWNDES, DROSDICK, ET AL ATTN ZACHARY J BANCROFT, ESQ PO BOX 2809 ORLANDO FL 32802-2809 | 8609 | $60,612.78 | Multiple Classes | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | **Debtor:** WINN-DIXIE STORES, INC. | | |
| **Creditor Id: 410418** COMMERCIAL NET LEASE REALTY, INC NKA: NATIONAL RETAIL PROPERTIES INC C/O LOWNDES, DROSDICK, ET AL ATTN ZACHARY J BANCROFT, ESQ PO BOX 2809 ORLANDO FL 32802-2809 | 8610 | $19,483.00 | Administrative | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | **Debtor:** WINN-DIXIE MONTGOMERY, INC. | | |
| **Creditor Id: 410418** COMMERCIAL NET LEASE REALTY, INC NKA: NATIONAL RETAIL PROPERTIES INC C/O LOWNDES, DROSDICK, ET AL ATTN ZACHARY J BANCROFT, ESQ PO BOX 2809 ORLANDO FL 32802-2809 | 8611 | $19,483.00 | Administrative | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | **Debtor:** WINN-DIXIE STORES, INC. | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - CLAIMS TO BE CLASSIFIED AS
ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE
DETERMINED BY SUBSEQUENT COURT ORDERS

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 403201**<br>CONCORD-FUND IV RETAIL LP<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | 8252 | $41,000.00 | Multiple Classes | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 410851**<br>COOPER, MILTON<br>C/O MORGAN LEWIS & BOCKIUS, LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | 9935 | $0.00 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 410378**<br>CRESTVIEW, LLC<br>ATTN GARY B CRESS, MGR PARTNER<br>NORTH FERDON BLVD & HWY 85 NORTH<br>CRESTVIEW FL 32536 | 7359 | $31,814.56 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE MONTGOMERY, INC. | | | |
| Transferee: COLONIAL MART LIMITED PARTNERSHIP<br>Counsel: ATTN SALLY BUSSELL FOX, ESQ | | | | | |
| **Creditor Id: 410378**<br>CRESTVIEW, LLC<br>ATTN GARY B CRESS, MGR PARTNER<br>NORTH FERDON BLVD & HWY 85 NORTH<br>CRESTVIEW FL 32536 | 7360 | $31,814.56 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| Transferee: COLONIAL MART LIMITED PARTNERSHIP<br>Counsel: ATTN SALLY BUSSELL FOX, ESQ | | | | | |
| **Creditor Id: 410819**<br>CRIIMI MAE SVCS LP, SERIES 1997-WF1<br>HOLDERS MORGAN STANLEY CAPITAL INC<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 10601 | $0.00 | Multiple Classes | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - CLAIMS TO BE CLASSIFIED AS
ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE
DETERMINED BY SUBSEQUENT COURT ORDERS

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 410822** DANIEL G KAMIN MANDEVILLE, LLC C/O KAMIN REALTY CO ATTN DANIEL G KAMIN, MGR 490 S HIGHLAND AVENUE PITTSBURGH PA 15206 | 9640 | $7,845,978.50 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE MONTGOMERY, INC. | | | |
| Counsel: ATTN SARA E LORBER, ESQ | | | | | |
| **Creditor Id: 407738** DBR ASSET MGMT, LLC AGENT FOR BEDFORD AVENUE REALTY INC C/O GLATTER & ASSOCIATES PA ATTN ERIC S GLATTER, ESQ 1489 WEST PALMETTO PARK RD, STE 420 BOCA RATON FL 33486 | 7894 | $39,191.95 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 407739** DBR ASSET MGMT, LLC AGENT FOR NORTHWAY INVESTMENTS LLC C/O GLATTER & ASSOCIATES PA ATTN ERIC S GLATTER, ESQ 1489 WEST PALMETTO PARK RD, STE 420 BOCA RATON FL 33486 | 7893 | $305,817.38 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 248637** EAGLE HARBOR INVESTORS LLC 505 45TH ST, SUITE B5 COLUMBUS, GA 31904 | 8693 | $226,641.22 | Unsecured Non-Priority | Administrative | CURE AMOUNT FOR STORE 103 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| Counsel: ATTN EARL M BARKER JR, ESQ | | | | | |
| **Creditor Id: 411008** EASTDALE SQUARE, LLC TA EASTDALE SQUARE MONTGOMERY AL C/O BALLARD SPAHR ANDREWS ET AL ATTN DAVID L POLLACK, ESQ 1735 MARKET STREET, 51ST FLOOR PHILADELPHIA PA 19103 | 10304 | $13,881.17 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 248713** EASTGATE INVESTORS LLC PO BOX 4767 COLUMBUS, GA 31914 | 8694 | $41,461.78 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| Counsel: ATTN EARL M BARKER JR, ESQ | | | | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - CLAIMS TO BE CLASSIFIED AS
ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE
DETERMINED BY SUBSEQUENT COURT ORDERS

Counsel: ATTN EARL M BARKER JR, ESQ

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Creditor Id: 248713<br>EASTGATE INVESTORS LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 8695 | $41,461.78 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Creditor Id: 403206<br>ELSTON/LEETSDALE LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207<br>Debtor: WINN-DIXIE STORES, INC. | 4935 | $0.00 | Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Creditor Id: 410789<br>EQUITY ONE (ALPHA) CORP<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131<br>Debtor: WINN-DIXIE STORES, INC. | 10933 | $12,017.88 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Creditor Id: 410787<br>EQUITY ONE (COMMONWEALTH) INC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131<br>Debtor: WINN-DIXIE STORES, INC. | 10929 | $14,684.86 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Creditor Id: 410790<br>EQUITY ONE (DELTA) INC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131<br>Debtor: WINN-DIXIE STORES, INC. | 10934 | $18,882.63 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Creditor Id: 410791<br>EQUITY ONE (LANTANA) INC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131<br>Debtor: WINN-DIXIE STORES, INC. | 10935 | $59,239.19 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - CLAIMS TO BE CLASSIFIED AS
ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE
DETERMINED BY SUBSEQUENT COURT ORDERS

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Creditor Id: 410792<br>EQUITY ONE (LOUISIANA PORTFOLIO)<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 | 10936 | $19,438.29 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL<br>REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER<br>AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | | Debtor: WINN-DIXIE MONTGOMERY, INC. |
| Creditor Id: 410793<br>EQUITY ONE (MONUMENT) INC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 | 10937 | $8,526.63 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL<br>REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER<br>AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | | Debtor: WINN-DIXIE STORES, INC. |
| Creditor Id: 411173<br>EQUITY ONE (POINT ROYALE) INC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 | 11258 | $8,470.83 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL<br>REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER<br>AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | | Debtor: WINN-DIXIE STORES, INC. |
| Creditor Id: 410794<br>EQUITY ONE (SUMMERLIN) INC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 | 10938 | $21,895.91 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL<br>REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER<br>AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | | Debtor: WINN-DIXIE STORES, INC. |
| Creditor Id: 411165<br>EQUITY ONE (WEST LAKE) INC<br>C/O GREENBURG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKEL AVENUE<br>MIAMI FL 33131 | 11256 | $12,338.14 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL<br>REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER<br>AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | | Debtor: WINN-DIXIE STORES, INC. |
| Creditor Id: 410786<br>EQUITY ONE, INC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BROWN, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 | 10928 | $35,714.01 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL<br>REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER<br>AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | | Debtor: WINN-DIXIE MONTGOMERY, INC. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - CLAIMS TO BE CLASSIFIED AS
ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE
DETERMINED BY SUBSEQUENT COURT ORDERS

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 403203**<br>FLAGLER RETAIL ASSOCIATES LTD<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207<br><br>Debtor: WINN-DIXIE STORES, INC. | 4934 | $0.00 | Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| **Creditor Id: 249740**<br>FLORIDA DICKENS ASSOCIATES<br>PO BOX 863030<br>ORLANDO FL 32886-3030<br><br>Debtor: WINN-DIXIE STORES, INC. | 1659 | $93,774.60 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| **Creditor Id: 410526**<br>FOUR FLORIDA SHOPPING CENTERS LP<br>C/O THE BROWN COMPANY<br>ATTN ALFRED BROWN<br>7753 LAKE WORTH ROAD<br>LAKE WORTH FL 33467<br><br>Debtor: WINN-DIXIE STORES, INC. | 8489 | $13,409.38 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| **Creditor Id: 410525**<br>FOUR FLORIDA SHOPPING CENTERS LP<br>C/O THE BROWN COMPANY<br>ATTN ALFRED BROWN<br>7753 LAKE WORTH ROAD<br>LAKE WORTH FL 33467<br><br>Debtor: WINN-DIXIE STORES, INC. | 8490 | $14,838.88 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| **Creditor Id: 250259**<br>GARDENS PARK PLAZA  219<br>505 S FLAGLER DR STE 1010<br>WEST PALM BEACH FL 33401-5923<br><br>Counsel: ATTN MICHAEL R BAKST, ESQ.<br><br>Debtor: WINN-DIXIE STORES, INC. | 11551 | $5,000.00 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| **Creditor Id: 2251**<br>GARDENS PARK PLAZA, LTD<br>C/O ELK BANKIER CHRISTU & BAKST LLP<br>ATTN MICHAEL R BAKST, ESQ<br>222 LAKEVIEW AVENUE, SUITE 1330<br>WEST PALM BEACH FL 33401<br><br>Debtor: WINN-DIXIE STORES, INC. | 4968 | $90,442.66 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - CLAIMS TO BE CLASSIFIED AS
ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE
DETERMINED BY SUBSEQUENT COURT ORDERS

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 403199**<br>GEHR FLORIDA DEVELOPMENT LLC<br>C/O HELD & ISRAEL<br>ATTN E W HELD JR/A FRISCH, ESQS<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | 9397 | $39,728.91 | Multiple Classes | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 405927**<br>GOODINGS SUPERMARKETS, INC<br>C/O LOWNDES DROSDICK ET AL<br>ATTN MATT E BEAL, ESQ<br>215 NORTH EOLA DRIVE<br>PO BOX 2809<br>ORLANDO FL 32802-2809 | 8854 | $0.00 | Multiple Classes | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 410900**<br>GS II JACKSONVILLE REGIONAL, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | 10031 | $25,134.57 | Administrative | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 410900**<br>GS II JACKSONVILLE REGIONAL, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | 10055 | $27,164.50 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 411182**<br>HERITAGE PROPERTY INVESTMENT LP<br>C/O HERITAGE PROP INVESTMENT TRUST<br>ATTN EDWARD W VALANZOLA, ESQ<br>131 DARTMOUTH STREET<br>BOSTON MA 02116 | 11252 | $109,238.21 | Multiple Classes | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - CLAIMS TO BE CLASSIFIED AS
ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE
DETERMINED BY SUBSEQUENT COURT ORDERS

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Creditor Id: 411093<br>INLAND SOUTHEAST BRIDGEWATER, LLC<br>C/O INLAND REAL ESTATE GROUP, INC<br>ATTN BERT BITTOURNA, ESQ<br>2901 BUTTERFIELD ROAD<br>OAK BROOK  IL  60523 | 11033 | $0.00 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Counsel: ATTN KAREN C BIFFERATO, ESQ | | | Debtor: WINN-DIXIE STORES, INC. | | |
| Creditor Id: 411092<br>INLAND SOUTHEAST LAKE OLYMPIA LP<br>C/O INLAND REAL ESTATE GROUP, INC<br>ATTN BERT BITTOURNA, ESQ<br>2901 BUTTERFIELD ROAD<br>OAK BROOK  IL  60523 | 11032 | $40,835.14 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Counsel: ATTN KAREN C BIFFERATO, ESQ | | | Debtor: WINN-DIXIE STORES, INC. | | |
| Creditor Id: 411094<br>INLAND SOUTHEAST ST CLOUD LP<br>C/O INLAND REAL ESTATE GROUP, INC<br>LAW DEPARTMENT<br>ATTN BERT BITTOURNA, ESQ<br>2901 BUTTERFIELD ROAD<br>OAK BROOK  IL  60523 | 11034 | $7,288.40 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Counsel: ATTN KAREN C BIFFERATO, ESQ | | | Debtor: WINN-DIXIE STORES, INC. | | |
| Creditor Id: 411094<br>INLAND SOUTHEAST ST CLOUD LP<br>C/O INLAND REAL ESTATE GROUP, INC<br>LAW DEPARTMENT<br>ATTN BERT BITTOURNA, ESQ<br>2901 BUTTERFIELD ROAD<br>OAK BROOK  IL  60523 | 12945 | $14,463.05 | Multiple Classes | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Counsel: ATTN KAREN C BIFFERATO, ESQ | | | Debtor: WINN-DIXIE STORES, INC. | | |
| Creditor Id: 410788<br>IRT PARTNERS, LP<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI  FL  33131 | 10931 | $569.25 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | Debtor: WINN-DIXIE STORES, INC. | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - CLAIMS TO BE CLASSIFIED AS
ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE
DETERMINED BY SUBSEQUENT COURT ORDERS

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 410844**<br>KIMCO DELAWARE, INC, JOAN EIGER,<br>TRUST UW OF ALLAN KIMMEL<br>C/O MORGAN LEWIS BOCKIUS, LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK, NY 10178 | 9928 | $0.00 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL<br>REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER<br>AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS.<br>Debtor: WINN-DIXIE STORES, INC. |
| **Creditor Id: 253996**<br>KIMCO DEVELOPMENT CORP<br>C/O KIMCO REALTY CORP<br>3333 NEWY HYDE PARK RD STE 100<br>PO BOX 5020<br>NEW HYDE PARK, NY 11042-0020 | 31067 | $21,927.64 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL<br>REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER<br>AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS.<br>Debtor: WINN-DIXIE STORES, INC. |
| **Creditor Id: 250737**<br>KONRAD, GORDON K<br>PO BOX 10890<br>JEFFERSON, LA 70181 | 10792 | $154,468.93 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL<br>REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER<br>AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS.<br>Debtor: WINN-DIXIE MONTGOMERY, INC. |
| Counsel: ATTN DAVID A AST, ESQ | | | | | |
| **Creditor Id: 411088**<br>LONDON ASSOCIATES, LTD<br>C/O BARRON REAL ESTATE, INC<br>2900 UNIVERSITY DRIVE, SUITE 26<br>CORAL SPRINGS FL 33065 | 11023 | $11,038.38 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL<br>REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER<br>AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS.<br>Debtor: WINN-DIXIE STORES, INC. |
| Counsel: ATTN R SCOTT SHUKER, ESQ | | | | | |
| **Creditor Id: 264143**<br>MADISON INVESTORS, LLC FKA<br>VICTORY MADISON, LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 | 8681 | $54,140.94 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL<br>REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER<br>AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS.<br>Debtor: WINN-DIXIE STORES, INC. |
| Counsel: ATTN EARL M BARKER, JR, ESQ | | | | | |
| **Creditor Id: 11930**<br>MARKETPLACE LLC, THE<br>C/O REGENCY PROPERTY SERVICES<br>ATTN DAVID SHERMAN<br>330 CROSS POINTE BLVD<br>EVANSVILLE, IN 47715 | 8663 | $329,256.00 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL<br>REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER<br>AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS.<br>Debtor: WINN-DIXIE MONTGOMERY, INC. |
| Counsel: ATTN BRADLEY J SALMON, ESQ | | | | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - CLAIMS TO BE CLASSIFIED AS
ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE
DETERMINED BY SUBSEQUENT COURT ORDERS

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Creditor Id: 1930<br>MARKETPLACE LLC, THE<br>C/O REGENCY PROPERTY SERVICES<br>ATTN DAVID SHERMAN<br>330 CROSS POINTE BLVD<br>EVANSVILLE, IN 47715<br><br>Counsel: ATTN BRADLEY J SALMON, ESQ | 8864 | $329,256.00 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | Debtor: WINN-DIXIE STORES, INC. | |
| Creditor Id: 255559<br>MARKETPLACE OF AMERICUS LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914<br><br>Counsel: ATTN EARL M BARKER JR, ESQ | 8696 | $62,149.23 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | Debtor: WINN-DIXIE STORES, INC. | |
| Creditor Id: 255559<br>MARKETPLACE OF AMERICUS LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914<br><br>Counsel: ATTN EARL M BARKER JR, ESQ | 8697 | $62,149.23 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | Debtor: WINN-DIXIE MONTGOMERY, INC. | |
| Creditor Id: 411146<br>MCP REAL, LLC (CURRY FORD EAST)<br>CURRY FORD LLP<br>C/O HOLD-THYSSEN, INC<br>ATTN R R HORTON, VP INVESTMENT SVCS<br>301 S NEW YORK AVE STE 200<br>WINTER PARK FL 32789-4273<br><br>Counsel: ATTN J S CARR & R L LEHANE ESQS | 11196 | $0.00 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | Debtor: WINN-DIXIE STORES, INC. | |
| Creditor Id: 411146<br>MCP REAL, LLC (CURRY FORD EAST)<br>CURRY FORD LLP<br>C/O HOLD-THYSSEN, INC<br>ATTN R R HORTON, VP INVESTMENT SVCS<br>301 S NEW YORK AVE STE 200<br>WINTER PARK FL 32789-4273<br><br>Counsel: ATTN J S CARR & R L LEHANE ESQS | 13266 | $20,393.66 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | Debtor: WINN-DIXIE STORES, INC. | |
| Creditor Id: 408261<br>MCW-RC FL-SHOPPES AT 104, LLC<br>C/O HELD & ISRAEL<br>ATTN A FRISCHE W HELD, JR, ESQS<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | 8720 | $29,932.56 | Multiple Classes | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | Debtor: WINN-DIXIE STORES, INC. | |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - CLAIMS TO BE CLASSIFIED AS
ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE
DETERMINED BY SUBSEQUENT COURT ORDERS

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 1128**<br>MOBLEY FAMILY PARTNERSHIP, LP &<br>REDD FAMILY II, LP DBA<br>BLUE ANGEL CROSSINGS<br>C/O REDD REALTY SERVICES<br>4200 NORTHSIDE PKWY BLDG 10 STE 101<br>ATLANTA, GA 30327-3080 | 13391 | $3,394.12 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE MONTGOMERY, INC. | | | |
| Counsel: ATTN ANNETTE KERLIN McBRAYER, ESQ | | | | | |
| **Creditor Id: 408167**<br>MONROEVILLE CENTER PARTNERS, LTD<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN SHERRI TUCKER FREEMAN, ESQ<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM  AL  35203-2104 | 6040 | $22,419.97 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 408167**<br>MONROEVILLE CENTER PARTNERS, LTD<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN SHERRI TUCKER FREEMAN, ESQ<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM  AL  35203-2104 | 6041 | $22,419.97 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE MONTGOMERY, INC. | | | |
| **Creditor Id: 408167**<br>MONROEVILLE CENTER PARTNERS, LTD<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN SHERRI TUCKER FREEMAN, ESQ<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM  AL  35203-2104 | 13374 | $18,316.73 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 408167**<br>MONROEVILLE CENTER PARTNERS, LTD<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN SHERRI TUCKER FREEMAN, ESQ<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM  AL  35203-2104 | 13375 | $18,316.73 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE MONTGOMERY, INC. | | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - CLAIMS TO BE CLASSIFIED AS
ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE
DETERMINED BY SUBSEQUENT COURT ORDERS

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Creditor Id: 256657<br>MOORINGS OF MANATEE INC<br>ATTN BARRY SPENCER, PRESIDENT<br>430 INTERSTATE COURT<br>SARASOTA, FL 34240 | 10536 | $973.42 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| Creditor Id: 408316<br>MOULTON PROPERTIES, INC<br>C/O STUTSMAN & THAMES, PA<br>ATTN NINA M LAFLEUR, ESQ<br>121 W FORSYTH STREET, SUITE 600<br>JACKSONVILLE FL 32202 | 6797 | $50,634.71 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| Creditor Id: 408316<br>MOULTON PROPERTIES, INC<br>C/O STUTSMAN & THAMES, PA<br>ATTN NINA M LAFLEUR, ESQ<br>121 W FORSYTH STREET, SUITE 600<br>JACKSONVILLE FL 32202 | 7384 | $56,409.28 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| Creditor Id: 410457<br>MOULTRIE SQUARE NEW ORLEANS, LLC<br>506 MANCHESTER EXPRESSWAY, STE B-5<br>COLUMBUS GA 31904 | 8679 | $37,913.98 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| | | Counsel: ATTN EARL M BARKER JR, ESQ | | | |
| Creditor Id: 408169<br>NAVARRE SQUARE, LTD<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN S T FREEMAN/P DARBY, ESQS<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203-2104 | 6049 | $22,606.55 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| Creditor Id: 408169<br>NAVARRE SQUARE, LTD<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN S T FREEMAN/P DARBY, ESQS<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203-2104 | 6050 | $22,606.55 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE MONTGOMERY, INC. | | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B -- CLAIMS TO BE CLASSIFIED AS
ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE
DETERMINED BY SUBSEQUENT COURT ORDERS

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 408169**<br>NAVARRE SQUARE, LTD<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN S T FREEMANP DARBY, ESQS<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203-2104 | 13377 | $37,411.57 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | Debtor: WINN-DIXIE MONTGOMERY, INC. | |
| **Creditor Id: 408169**<br>NAVARRE SQUARE, LTD<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN S T FREEMANP DARBY, ESQS<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203-2104 | 13378 | $37,411.57 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | Debtor: WINN-DIXIE STORES, INC. | |
| **Creditor Id: 410953**<br>NB/05 ASSOCIATES<br>C/O BENDERSON DEVELOPMENT CO, INC<br>ATTN SUSAN HASSINGER, ESQ<br>570 DELAWARE AVENUE<br>BUFFALO NY 14202 | 10141 | $221,740.37 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | Debtor: WINN-DIXIE STORES, INC. | |
| Counsel: ATTN: JOEL E SCHOLSSBERG, ESQ | | | | | |
| **Creditor Id: 410996**<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>RUTLAND PLAZA, ST PETERSBURG, FL<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | 10294 | $16,833.66 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | Debtor: WINN-DIXIE STORES, INC. | |
| **Creditor Id: 410998**<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>MIAMI GARDENS<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | 10296 | $140,478.20 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | Debtor: WINN-DIXIE STORES, INC. | |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - CLAIMS TO BE CLASSIFIED AS**
**ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE**
**DETERMINED BY SUBSEQUENT COURT ORDERS**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:  410999**<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>RIVERWOOD SHOPPING CTR, PORT ORANGE<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA  PA  19103 | 10297 | $95,390.98 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL<br>REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER<br>AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | | Debtor: WINN-DIXIE STORES, INC. |
| **Creditor Id:  411000**<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>HOLLY HILL SHOPPING CTR, HOLLY HILL<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA  PA  19103 | 10298 | $8,628.75 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL<br>REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER<br>AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | | Debtor: WINN-DIXIE STORES, INC. |
| **Creditor Id:  410881**<br>NINE MILE PARTNERS, LTD<br>C/O HARWELL HOWARD HYNE, ET AL<br>ATTN DAVID P CANAS, ESQ<br>315 DEADERICK STREET, STE 1800<br>NASHVILLE  TN  37238 | 9995 | $763.76 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL<br>REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER<br>AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | | Debtor: WINN-DIXIE MONTGOMERY, INC. |
| **Creditor Id:  410883**<br>NOM FRANKLIN LTD/HUEYTOWN<br>C/O HARWELL HOWARD HYNE, ET AL<br>ATTN DAVID P CANAS, ESQ<br>315 DEADERICK STREET, STE 1800<br>NASHVILLE  TN  37238 | 9997 | $6,122.41 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL<br>REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER<br>AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | | Debtor: WINN-DIXIE MONTGOMERY, INC. |
| **Creditor Id:  411080**<br>O'BRIEN KIERNAN INVESTMENT CO ET AL<br>C/O RAY QUINNEY & NEBEKER<br>ATTN STEVEN T WATERMAN, ESQ.<br>36 S STATE ST., STE 1400<br>PO BOX 45385<br>SALT LAKE CITY  UT  84145-0385 | 10980 | $0.00 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL<br>REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER<br>AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | | Debtor: WINN-DIXIE STORES, INC. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - CLAIMS TO BE CLASSIFIED AS
ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE
DETERMINED BY SUBSEQUENT COURT ORDERS

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 410842**<br>PALM AIRE MARKETPLACE, LLC<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | 9927 | $0.00 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Counsel: ATTN: JAMES S. CARR, ESQ | | | | | |
| **Creditor Id: 411147**<br>PALM SPRINGS MILE ASSOCS, LTD<br>ATTN DIANA MARRONE<br>419 W 49TH STREET, SUITE 300<br>HIALEAH FL 33012 | 11197 | $4,336.31 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Counsel: ATTN MARGERY N REED, ESQ | | | | | |
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001 | 8812 | $0.00 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL, REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Counsel: ATTN MARGERY N REED, ESQ | | | | | |
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001 | 8825 | $0.00 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL, REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Counsel: ATTN MARGERY N REED, ESQ | | | | | |
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001 | 8827 | $0.00 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Counsel: ATTN MARGERY N REED, ESQ | | | | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - CLAIMS TO BE CLASSIFIED AS
ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE
DETERMINED BY SUBSEQUENT COURT ORDERS

Page: 18 of 30
Date: 10/31/2006

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Creditor Id: 410392<br>PRUDENTIAL CO - ST. JOHN'S COMMONS<br>C/O KATTEN MUCHIN ROSENMAN LLP<br>ATTN THOMAS J LEANSE, ESQ<br>2029 CENTRY PARK EAST, SUITE 2600<br>LOS ANGELES CA 90067<br>Debtor: WINN-DIXIE STORES, INC. | 7398 | $77,677.11 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Creditor Id: 410391<br>PRUDENTIAL CO - STILES CORPORATION<br>C/O KATTEN MUCHIN ROSENMAN LLP<br>ATTN THOMAS J LEANSE, ESQ<br>2029 CENTURY PARK EAST, SUITE 2600<br>LOS ANGELES CA 90067<br>Debtor: WINN-DIXIE STORES, INC. | 7397 | $28,597.80 | Multiple Classes | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Creditor Id: 279491<br>RAMCO-GERSHENSON PROPERTIES LP<br>C/O KUPELIAN ORMOND & MAGY PC<br>ATTN P MAGY/ T HILLER JR/M THOMPSON<br>25800 NORTHWESTERN HWY, STE 950<br>SOUTHFIELD MI 48075<br>Debtor: WINN-DIXIE STORES, INC. | 10331 | $38,101.42 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Creditor Id: 408263<br>REGENCY CENTERS, LP<br>C/O HELD & ISRAEL<br>ATTN A FRISCHE/W HELD, JR, ESQS<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207<br>Debtor: WINN-DIXIE STORES, INC. | 8723 | $14,737.98 | Multiple Classes | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Creditor Id: 408263<br>REGENCY CENTERS, LP<br>C/O HELD & ISRAEL<br>ATTN A FRISCHE/W HELD, JR, ESQS<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207<br>Debtor: WINN-DIXIE STORES, INC. | 10947 | $8,815.87 | Multiple Classes | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Creditor Id: 410376<br>RILEY PLACE LLC<br>ATTN GARY B CRESS, MGR PARTNER<br>4222 HIGHWAY 90<br>PACE FL 32571<br>Counsel: ATTN SALLY BUSSELL FOX, ESQ<br>Debtor: WINN-DIXIE STORES, INC. | 7355 | $32,734.51 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |

**WINN-DIXIE STORES, INC., ET AL.**

**TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION**

**EXHIBIT B – CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE DETERMINED BY SUBSEQUENT COURT ORDERS**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 410376<br>RILEY PLACE LLC<br>ATTN GARY B CRESS, MGR PARTNER<br>4221 HIGHWAY 90<br>PACE FL 32571 | 7356 | $32,734.51 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| *Debtor:* WINN-DIXIE MONTGOMERY, INC. | | | | | |
| *Counsel:* ATTN SALLY BUSSELL FOX, ESQ | | | | | |
| **Creditor Id:** 279492<br>RLV MARKETPLACE LP<br>C/O KUPELIAN ORMOND & MAGY PC<br>ATTN P MAGY/H HILLER JR/M THOMPSON<br>25800 NORTH-WESTERN HWY, STE 950<br>SOUTHFIELD MI 48075 | 10665 | $13,482.07 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| *Debtor:* WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id:** 416242<br>ROBERTSDALE DEVELOPMENT, LLC<br>C/O L W CAVE REAL ESTATE, INC<br>PO BOX 81322<br>MOBILE AL 36689 | 12050 | $4,087.03 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| *Debtor:* WINN-DIXIE STORES, INC. | | | | | |
| *Counsel:* ATTN DAVID A. BOYETT, III, ESQ | | | | | |
| **Creditor Id:** 416242<br>ROBERTSDALE DEVELOPMENT, LLC<br>C/O L W CAVE REAL ESTATE, INC<br>PO BOX 81322<br>MOBILE AL 36689 | 12051 | $4,087.03 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| *Debtor:* WINN-DIXIE MONTGOMERY, INC. | | | | | |
| *Counsel:* ATTN DAVID A. BOYETT, III, ESQ | | | | | |
| **Creditor Id:** 410855<br>RONALD BENDERSON 1995 TR/BENDERSON<br>85-1 TRUST AKA RON-BEN ASSOCS<br>C/O BENDERSON DEVELOPMENT CO, INC<br>ATTN SUSAN HASSINGER, ESQ<br>570 DELAWARE AVENUE<br>BUFFALO NY 14202 | 10145 | $43,692.96 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| *Debtor:* WINN-DIXIE STORES, INC. | | | | | |
| *Counsel:* ATTN: JOEL E SCHOLSBERG, ESQ | | | | | |
| **Creditor Id:** 410785<br>SALERNO VILLAGE SHOPPING CENTER LLC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 | 10927 | $34,026.12 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| *Debtor:* WINN-DIXIE STORES, INC. | | | | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - CLAIMS TO BE CLASSIFIED AS
ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE
DETERMINED BY SUBSEQUENT COURT ORDERS

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 410513**<br>SARRIA ENTERPRISES, INC<br>C/O BURGER FARMER & COHEN PL<br>ATTN: M KAUFMAN/A BURGER, ESQS<br>1801 FORUM PLACE, SUITE 404<br>WEST PALM BEACH FL 33401<br><br>Debtor: WINN-DIXIE STORES, INC. | 8468 | $124,035.70 | Administrative | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| **Creditor Id: 2547**<br>SELMA HWY 80 VENTURE 11<br>PO BOX 12767<br>BIRMINGHAM AL 35203-2767<br><br>Counsel: ATTN WALTER F MCARDLE, ESQ<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 7309 | $5,758.66 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| **Creditor Id: 380985**<br>SEMORAN RETAIL, LLC<br>C/O STOLTZ MGMT<br>725 CONSHOHOCKEN ROAD<br>BALA CYNWYD, PA 19004 | 31921 | $32,756.36 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | | |
| **Creditor Id: 261009**<br>SHOPPES AT LAKE AVENUE INC<br>PO BOX 320219<br>COCOA BEACH, FL 32932-0219<br><br>Counsel: ATTN DONALD A NOHRR, ESQ<br>Debtor: WINN-DIXIE STORES, INC. | 6740 | $1,810.53 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| **Creditor Id: 261009**<br>SHOPPES AT LAKE AVENUE INC<br>PO BOX 320219<br>COCOA BEACH, FL 32932-0219<br><br>Counsel: ATTN DONALD A NOHRR, ESQ<br>Debtor: WINN-DIXIE STORES, INC. | 12935 | $17,774.01 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| **Creditor Id: 261010**<br>SHOPPES OF LIBERTY CIT LLC<br>ATTN DEBRA SINKLE KOLSKY, PRES<br>1175 NE 125TH STREET, SUITE 103<br>NORTH MIAMI, FL 33161<br><br>Debtor: WINN-DIXIE STORES, INC. | 10648 | $8,908.54 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| **Creditor Id: 407471**<br>SOUTHLAND-CRYSTAL RIVER WD DEL BUS<br>C/O NEAL GERBER & EISENBERG LLP<br>ATTN THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2200<br>CHICAGO IL 60602<br><br>Debtor: WINN-DIXIE STORES, INC. | 10865 | $6,914.15 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - CLAIMS TO BE CLASSIFIED AS
ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE
DETERMINED BY SUBSEQUENT COURT ORDERS

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 411304**<br>SOUTHLAND-POINCIANA WD DE BUS TRUST<br>C/O NEAL, GERBER & EISENBERG LLP<br>ATTN THOMAS C WOLFORD, ESQ<br>2 N LASALLE STREET, SUITE 2300<br>CHICAGO IL 60602 | 10968 | $8,986.72 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | Debtor: WINN-DIXIE STORES, INC. | | |
| **Creditor Id: 411007**<br>SOUTHVIEW SQUARE, LLC TA<br>SOUTHVIEW SQUARE DOTHAN AL<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | 10303 | $20,450.85 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | Debtor: WINN-DIXIE STORES, INC. | | |
| **Creditor Id: 411185**<br>SRT ACQUISITION LP<br>C/O CENTURION REALTY, LLC<br>ATTN DAVID J PENTZ, ESQ<br>340 WEST 40TH STREET, 3RD FL<br>NEW YORK NY 10018 | 11253 | $32,000.00 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | Debtor: WINN-DIXIE STORES, INC. | | |
| **Creditor Id: 408166**<br>ST STEPHENS SQUARE PARTNERS<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN S T FREEMANP DARBY, ESQS<br>ONE FEDERAL PLACE<br>1819 FIFTH AVE N<br>BIRMINGHAM AL 35203-2104 | 6038 | $6,828.78 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | Debtor: WINN-DIXIE STORES, INC. | | |
| **Creditor Id: 408166**<br>ST STEPHENS SQUARE PARTNERS<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN S T FREEMANP DARBY, ESQS<br>ONE FEDERAL PLACE<br>1819 FIFTH AVE N<br>BIRMINGHAM AL 35203-2104 | 6039 | $6,828.78 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | Debtor: WINN-DIXIE MONTGOMERY, INC. | | |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - CLAIMS TO BE CLASSIFIED AS**
**ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE**
**DETERMINED BY SUBSEQUENT COURT ORDERS**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 408166**<br>ST STEPHENS SQUARE PARTNERS<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN S T FREEMAN/P DARBY, ESQS<br>ONE FEDERAL PLACE<br>1819 FIFTH AVE N<br>BIRMINGHAM AL 35203-2104 | 13373 | $8,705.21 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | | Debtor: WINN-DIXIE STORES, INC. |
| **Creditor Id: 408166**<br>ST STEPHENS SQUARE PARTNERS<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN S T FREEMAN/P DARBY, ESQS<br>ONE FEDERAL PLACE<br>1819 FIFTH AVE N<br>BIRMINGHAM AL 35203-2104 | 13376 | $8,705.21 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | | Debtor: WINN-DIXIE MONTGOMERY, INC. |
| **Creditor Id: 423066**<br>SUNSET STATION PARTNERS, LLC<br>C/O SAUL EWING, LLP<br>ATTN JOYCE A KUHNS, ESQ<br>500 PRATT STREET<br>BALTIMORE MD 21202 | 12969 | $36,791.48 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | | Debtor: WINN-DIXIE STORES, INC. |
| **Creditor Id: 1912**<br>SUNSET WEST SHOPPING PLAZA<br>INVESTMENT MANAGEMENT ASSOC<br>1575 SAN IGNACIO AVE, STE 100<br>CORAL GABLES, FL 33146 | 11101 | $0.00 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | | Debtor: WINN-DIXIE STORES, INC. |
| | | | | | Counsel: ATTN MOISES T GRAYSON, ESQ |
| **Creditor Id: 410916**<br>SWISS RE ASSET MGMT (AMERICAS) INC<br>BY CAPMARK SERVICES, INC. AGENT<br>C/O GMAC COMMERCIAL MORTGAGE CORP<br>ATTN SUSAN C TARNOWER<br>THREE RAVINIA DRIVE, STE 200<br>ATLANTA GA 30346 | 10076 | $0.00 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | | Debtor: WINN-DIXIE STORES, INC. |
| | | | | | Counsel: ATTN MARGERY N REED, ESQ |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - CLAIMS TO BE CLASSIFIED AS
ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE
DETERMINED BY SUBSEQUENT COURT ORDERS

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 410916**<br>SWISS RE ASSET MGMT (AMERICAS) INC<br>BY CAPMARK SERVICES, INC, AGENT<br>C/O GMAC COMMERCIAL MORTGAGE CORP<br>ATTN SUSAN C TARNOWER<br>THREE RAVINIA DRIVE, STE 200<br>ATLANTA, GA 30346 | 10090 | $0.00 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | Debtor: WINN-DIXIE MONTGOMERY, INC. | | |
| Counsel: ATTN MARGERY N REED, ESQ | | | | | |
| **Creditor Id: 403207**<br>TA CRESTHAVEN LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | 4936 | $0.00 | Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | Debtor: WINN-DIXIE STORES, INC. | | |
| **Creditor Id: 2639**<br>TIGER CROSSING GP DBA<br>UNIVERSITY CROSSING<br>C/O REDD REALTY SERVICES<br>BLDG 10 STE 101<br>4200 NORTHSIDE PKWY<br>ATLANTA, GA 30327 | 13390 | $4,708.34 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | Debtor: WINN-DIXIE MONTGOMERY, INC. | | |
| Counsel: ATTN ANNETTE KERLIN MCBRAYER, ESQ | | | | | |
| **Creditor Id: 263051**<br>TIGER CROSSING WD<br>C/O REDD REALTY SERVICES<br>BLDG 10, SUITE 101<br>4200 NORTHSIDE PKY<br>ATLANTA, GA 30327 | 10130 | $7,582.83 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | Debtor: WINN-DIXIE MONTGOMERY, INC. | | |
| Counsel: ATTN ANNETTE KERLIN MCBRAYER, ESQ | | | | | |
| **Creditor Id: 263051**<br>TIGER CROSSING WD<br>C/O REDD REALTY SERVICES<br>BLDG 10, SUITE 101<br>4200 NORTHSIDE PKY<br>ATLANTA, GA 30327 | 13389 | $14,845.32 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | Debtor: WINN-DIXIE MONTGOMERY, INC. | | |
| Counsel: ATTN ANNETTE KERLIN MCBRAYER, ESQ | | | | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - CLAIMS TO BE CLASSIFIED AS
ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE
DETERMINED BY SUBSEQUENT COURT ORDERS

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 263051**<br>TIGER CROSSING WD<br>C/O REDD REALTY SERVICES<br>BLDG 10, SUITE 101<br>4200 NORTHSIDE PKY<br>ATLANTA, GA 30327 | 13420 | $30,099.60 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL<br>REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER<br>AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE MONTGOMERY, INC. | | | |
| Counsel: ATTN ANNETTE KERLIN MCBRAYER, ESQ | | | | | |
| **Creditor Id: 384402**<br>TS PIERCE SC CO LTD<br>C/O SOUTHERN MANAGEMENT & DEV<br>PO BOX 11229<br>KNOXVILLE, TN 37939 | 32223 | $36,461.80 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL<br>REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER<br>AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 410795**<br>UIRT-SKIPPER PALMS, LLC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 | 10939 | $53,584.99 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL<br>REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER<br>AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 410915**<br>UNUM LIFE INSURANCE CO OF AMERICA<br>C/O THOMPSON & KNIGHT LLP<br>ATTN LESLEY C ARDEMAGNI, ESQ<br>1700 PACIFIC AVENUE, SUITE 3300<br>DALLAS TX 75201 | 10051 | $559,680.00 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL<br>REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER<br>AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 410915**<br>UNUM LIFE INSURANCE CO OF AMERICA<br>C/O THOMPSON & KNIGHT LLP<br>ATTN LESLEY C ARDEMAGNI, ESQ<br>1700 PACIFIC AVENUE, SUITE 3300<br>DALLAS TX 75201 | 10052 | $874,712.47 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL<br>REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER<br>AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 264132**<br>VICTORY BERRYLAND LLC<br>VICTORY COMM REAL ESTATE INC<br>PO BOX 4767<br>COLUMBUS, GA 31914 | 8711 | $76,242.36 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL<br>REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER<br>AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| Counsel: ATTN EARL M BARKER JR, ESQ | | | | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - CLAIMS TO BE CLASSIFIED AS
ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE
DETERMINED BY SUBSEQUENT COURT ORDERS

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 264132<br>VICTORY BERRYLAND LLC<br>VICTORY COMM REAL ESTATE INC<br>PO BOX 4767<br>COLUMBUS, GA 31914 | 8712 | $76,242.36 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Counsel: ATTN EARL M BARKER JR, ESQ | | | | Debtor: WINN-DIXIE MONTGOMERY, INC. | |
| **Creditor Id:** 264134<br>VICTORY COLDWATER PLAZA, LLC<br>506 MANCHESTER EXPRESSWAY, SUITE B5<br>COLUMBUS, GA 31904 | 8709 | $25,619.59 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Counsel: ATTN EARL M BARKER JR, ESQ | | | | Debtor: WINN-DIXIE STORES, INC. | |
| **Creditor Id:** 264134<br>VICTORY COLDWATER PLAZA, LLC<br>506 MANCHESTER EXPRESSWAY, SUITE B5<br>COLUMBUS, GA 31904 | 8710 | $25,619.59 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Counsel: ATTN EARL M BARKER JR, ESQ | | | | Debtor: WINN-DIXIE MONTGOMERY, INC. | |
| **Creditor Id:** 264139<br>VICTORY GRETNA LLC<br>506 MANCHESTER EXPRESSWAY, SUITE B5<br>COLUMBUS, GA 31904 | 8698 | $172,864.58 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Counsel: ATTN EARL M BARKER JR, ESQ | | | | Debtor: WINN-DIXIE MONTGOMERY, INC. | |
| **Creditor Id:** 264139<br>VICTORY GRETNA LLC<br>506 MANCHESTER EXPRESSWAY, SUITE B5<br>COLUMBUS, GA 31904 | 8699 | $172,864.58 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Counsel: ATTN EARL M BARKER JR, ESQ | | | | Debtor: WINN-DIXIE STORES, INC. | |
| **Creditor Id:** 264141<br>VICTORY KENNER, LLC<br>506 45TH STREET SUITE B-5<br>COLUMBUS, GA 31904 | 8682 | $110,137.87 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Counsel: ATTN EARL M BARKER JR, ESQ | | | | Debtor: WINN-DIXIE MONTGOMERY, INC. | |
| **Creditor Id:** 264141<br>VICTORY KENNER, LLC<br>506 45TH STREET SUITE B-5<br>COLUMBUS, GA 31904 | 8683 | $110,137.87 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Counsel: ATTN EARL M BARKER JR, ESQ | | | | Debtor: WINN-DIXIE STORES, INC. | |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - CLAIMS TO BE CLASSIFIED AS
ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE
DETERMINED BY SUBSEQUENT COURT ORDERS

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 264146<br>VICTORY RIVER SQUARE, LLC<br>PO BOX 4767<br>COLUMBUS, GA 31904 | 8706 | $58,678.45 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | Debtor: WINN-DIXIE MONTGOMERY, INC. | |
| Counsel: ATTN EARL M BARKER JR, ESQ | | | | | |
| **Creditor Id:** 264146<br>VICTORY RIVER SQUARE, LLC<br>PO BOX 4767<br>COLUMBUS, GA 31904 | 8707 | $58,678.45 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | Debtor: WINN-DIXIE STORES, INC. | |
| Counsel: ATTN EARL M BARKER JR, ESQ | | | | | |
| **Creditor Id:** 264148<br>VICTORY SAKS PLAZA, LLC<br>506 MANCHESTER EXPRESSWAY, SUITE B5<br>COLUMBUS, GA 31904 | 8691 | $38,410.61 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | Debtor: WINN-DIXIE STORES, INC. | |
| Counsel: ATTN EARL M BARKER JR, ESQ | | | | | |
| **Creditor Id:** 264148<br>VICTORY SAKS PLAZA, LLC<br>506 MANCHESTER EXPRESSWAY, SUITE B5<br>COLUMBUS, GA 31904 | 8692 | $38,410.61 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | Debtor: WINN-DIXIE MONTGOMERY, INC. | |
| Counsel: ATTN EARL M BARKER JR, ESQ | | | | | |
| **Creditor Id:** 264150<br>VICTORY THREE NOTCH PLAZA, LLC<br>506 MANCHESTER EXPRESSWAY, SUITE B5<br>COLUMBUS, GA 31904 | 8684 | $37,090.64 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | Debtor: WINN-DIXIE STORES, INC. | |
| Counsel: ATTN EARL M BARKER JR, ESQ | | | | | |
| **Creditor Id:** 264150<br>VICTORY THREE NOTCH PLAZA, LLC<br>506 MANCHESTER EXPRESSWAY, SUITE B5<br>COLUMBUS, GA 31904 | 8685 | $37,090.64 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | Debtor: WINN-DIXIE MONTGOMERY, INC. | |
| Counsel: ATTN EARL M BARKER JR, ESQ | | | | | |
| **Creditor Id:** 410977<br>WATCH OMEGA HOLDINGS, LP BY<br>GE CAPITAL REALTY GROUP, INC, AGENT<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN LESLIE A BERKOFF, ESQ<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | 12891 | $6,158.92 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | Debtor: WINN-DIXIE STORES, INC. | |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - - CLAIMS TO BE CLASSIFIED AS
ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE
DETERMINED BY SUBSEQUENT COURT ORDERS

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 2660 | 4108 | $0.00 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| WATKINS INVESTMENTS, LP ATTN LAWENCE A WATKINS, PRES 751 CHAMPAGNE ROAD INCLINE VILLAGE  NV  89451 | | | | | |
| **Debtor:** WINN-DIXIE STORES, INC. | | | | | |
| Counsel: ATTN BRIAN SHAW & ALLEN GUION, ESQS | | | | | |
| **Creditor Id:** 411026 | 13023 | $6,267.81 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| WD GREEN COVE TRUST C/O HELD & ISRAEL ATTN EDWIN HELD & ADAM FRISCH, ESQS 1301 RIVERPLACE BLVD, SUITE 1916 JACKSONVILLE  FL  32207 | | | | | |
| **Debtor:** WINN-DIXIE STORES, INC. | | | | | |
| Counsel: ATTN MORRISON/TILTON/SPONDER, ESQS | | | | | |
| **Creditor Id:** 410760 | 9632 | $4,996,948.42 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| WD HILLARD, LLC C/O KAMIN REALTY CO ATTN DANIEL G KAMIN, MGR 490 SOUTH HIGHLAND AVE PITTSBURGH  PA  15206 | | | | | |
| **Debtor:** WINN-DIXIE STORES, INC. | | | | | |
| Counsel: ATTN SARA E LORBER, ESQ | | | | | |
| **Creditor Id:** 410760 | 9633 | $7,995,725.69 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| WD HILLARD, LLC C/O KAMIN REALTY CO ATTN DANIEL G KAMIN, MGR 490 SOUTH HIGHLAND AVE PITTSBURGH  PA  15206 | | | | | |
| **Debtor:** WINN-DIXIE STORES, INC. | | | | | |
| Counsel: ATTN SARA E LORBER, ESQ | | | | | |
| **Creditor Id:** 411024 | 13022 | $9,925.85 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| WD JACKSONVILLE TRUST C/O HELD & ISRAEL ATTN EDWIN HELD & ADAM FRISCH, ESQS 1301 RIVERPLACE BLVD, SUITE 1916 JACKSONVILLE  FL  32207 | | | | | |
| **Debtor:** WINN-DIXIE STORES, INC. | | | | | |
| Counsel: ATTN MORRISON/TILTON/SPONDER, ESQS | | | | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - CLAIMS TO BE CLASSIFIED AS
ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE
DETERMINED BY SUBSEQUENT COURT ORDERS

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 410803**<br>WD MILTON PORTFOLIO, LP<br>C/O H&R REIT<br>ATTN MORGAN BERRY<br>3625 DUFFERIN ST, SUITE 500<br>TORONTO  ON  M3K 1N4 CANADA | 9736 | $25,994.60 | Multiple Classes | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | Debtor: WINN-DIXIE MONTGOMERY, INC. | | |
| | | Counsel: ATTN MICHAEL S HELD, ESQ | | | |
| **Creditor Id: 410803**<br>WD MILTON PORTFOLIO, LP<br>C/O H&R REIT<br>ATTN MORGAN BERRY<br>3625 DUFFERIN ST, SUITE 500<br>TORONTO  ON  M3K 1N4 CANADA | 9737 | $25,994.60 | Multiple Classes | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | Debtor: WINN-DIXIE STORES, INC. | | |
| | | Counsel: ATTN MICHAEL S HELD, ESQ | | | |
| **Creditor Id: 410765**<br>WD MONTGOMERY, LLC<br>C/O KAMIN REALTY, LLC<br>ATTN DANIEL G KAMIN, MGR<br>490 SOUTH HIGHLAND AVE<br>PITTSBURGH  PA  15206 | 9631 | $4,840,516.46 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | Debtor: WINN-DIXIE MONTGOMERY, INC. | | |
| | | Counsel: ATTN SARA E LORBER, ESQ | | | |
| **Creditor Id: 411025**<br>WD PASCO TRUST<br>C/O HELD & ISRAEL<br>ATTN E HELDIA FRISCH, ESQS<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE  FL  32207 | 13024 | $9,109.95 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | Debtor: WINN-DIXIE STORES, INC. | | |
| | | Counsel: ATTN MORRISON/TILTON/SPONDER, ESQS | | | |
| **Creditor Id: 1693**<br>WEIGEL, PATRICIA OR MARSHALL TTEES<br>WEIGEL FAMILY REV TRUST<br>C/O JEFFREY NIMZ, ESQ<br>20 N WACKER DRIVE, STE 1725<br>CHICAGO  IL  60606 | 11127 | $0.00 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | Debtor: WINN-DIXIE MONTGOMERY, INC. | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - CLAIMS TO BE CLASSIFIED AS
ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE
DETERMINED BY SUBSEQUENT COURT ORDERS

Page: 29 of 30
Date: 10/31/2006

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 1693**<br>WEIGEL, PATRICIA OR MARSHALL TTEES<br>WEIGEL FAMILY REV TRUST<br>C/O JEFFREY NINZ, ESQ<br>20 N WACKER DRIVE, STE 1725<br>CHICAGO IL 60606<br><br>Debtor: WINN-DIXIE STORES, INC. | 11128 | $0.00 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| **Creditor Id: 1899**<br>WEINGARTEN REALTY INVESTORS<br>ATTN JENNY HYUN, ESQ.<br>2600 CITADEL PLAZA DRIVE<br>HOUSTON TX 77008<br><br>Debtor: WINN-DIXIE STORES, INC. | 9678 | $185,337.97 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| **Creditor Id: 407485**<br>WILMINGTON TRUST CO/WADE, W.J, TTEES<br>SOUTHLAND BIRMINGHAM WD DEL BUS TRU<br>C/O NEAL BERGER EISENBERG LLP<br>ATTN THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2300<br>CHICAGO IL 60602<br><br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 10871 | $12,773.98 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| **Creditor Id: 407487**<br>WILMINGTON TRUST CO/WADE, W.J, TTEES<br>SOUTHLAND-AMITE WD DEL BUS TRUST<br>C/O NEAL BERGER EISENBERG LLP<br>ATTN THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2300<br>CHICAGO IL 60602<br><br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 10869 | $4,291.17 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| **Creditor Id: 411321**<br>WILMINGTON TRUST COMPANY, TTEE<br>SOUTHLAND-RIVER RIDGE WD DEL BUS TR<br>C/O NEAL GERBER EISENBERG LLP<br>ATTN THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2300<br>CHICAGO IL 60602<br><br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 10872 | $11,772.27 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| **Creditor Id: 265053**<br>WRI/TEXLA LLC<br>ATTN JENNY HYUN, ESQ<br>2600 CITADEL PLAZA DRIVE<br>HOUSTON TX 77008<br><br>Debtor: WINN-DIXIE STORES, INC. | 9676 | $50,980.44 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - CLAIMS TO BE CLASSIFIED AS
ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE
DETERMINED BY SUBSEQUENT COURT ORDERS

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Creditor Id: 265053<br>WRU/TEXLA LLC<br>ATTN JENNY HYUN, ESQ<br>2600 CITADEL PLAZA DRIVE<br>HOUSTON TX 77008<br><br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 10124 | $50,980.44 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Creditor Id: 410885<br>WYE PARTNERS, LTD<br>C/O HARWELL HOWARD HYNE ET AL<br>ATTN DAVID P CANAS, ESQ<br>315 DEADERICK STREET, STE 1800<br>NASHVILLE TN 37238<br><br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 9998 | $18,048.86 | Unsecured<br>Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |

Total Claims to be Reclassified:            167
Total Amount to be Reclassified:      $39,493,543.57    Plus Unliquidated Amounts, If Any

**EXHIBIT C**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - CLAIMS TO BE DISALLOWED
(ASSUMED AND ASSIGNED LEASES)

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 241234**<br>145 ASSOCIATES LTD<br>PO BOX 460<br>VALLEY STREAM, NY 11582 | 4974<br>Debtor: | $21,829.67<br>WINN-DIXIE STORES, INC. | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| Counsel: ATTN KENNETH A SHAPIRO, ESQ | | | |
| **Creditor Id: 243998**<br>BRIGHT-MEYERS DUBLIN ASSOCS, LP<br>C/O MILLER & MARTIN PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 60<br>ATLANTA GA 30309-7706 | 12887<br>Debtor: | $0.00<br>WINN-DIXIE MONTGOMERY, INC. | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| Counsel: ATTN CATHERINE A HARRISON, ESQ | | | |
| **Creditor Id: 243998**<br>BRIGHT-MEYERS DUBLIN ASSOCS, LP<br>C/O MILLER & MARTIN PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 60<br>ATLANTA GA 30309-7706 | 12888<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| Counsel: ATTN CATHERINE A HARRISON, ESQ | | | |
| **Creditor Id: 2138**<br>CHESTER DIX PIKEVILLE CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY, NY 11590 | 12143<br>Debtor: | $2,457,438.19<br>WINN-DIXIE STORES, INC. | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| Counsel: ATTN EDWIN W HELD JR, ESQ | | | |
| **Creditor Id: 1355**<br>FWI 16 LLC<br>ATTN THOMAS J CANNON, PRESIDENT<br>314 S MISSOURI AVENUE, SUITE 305<br>CLEARWATER, FL 33756 | 8060<br>Debtor: | $338,585.12<br>WINN-DIXIE STORES, INC. | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| **Creditor Id: 410719**<br>GATOR CARRIAGE PARTNERS, LTD<br>C/O FROST BROWN TODD LLC<br>ATTN: KYLE R GRUBBS, ESQ<br>2200 PNC CENTER<br>201 EAST FIFTH STREET<br>CINCINNATI OH 45202 | 9524<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - CLAIMS TO BE DISALLOWED
(ASSUMED AND ASSIGNED LEASES)

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 410721**<br>GATOR JACARANDA, LTD<br>C/O FROST BROWN TODD LLC<br>ATTN: KYLE R GRUBBS, ESQ<br>2200 PNC CENTER<br>201 EAST FIFTH STREET<br>CINCINNATI OH 45202 | 9522<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| **Creditor Id: 250204**<br>GHI OF WEST PALM BEACH LLC<br>ATTN FLORIAN GHITAS, PRESIDENT<br>3140 SW 118TH TERRACE<br>DAVIE, FL 33325 | 2467<br>Debtor: WINN-DIXIE STORES, INC. | $25,589.03 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| **Creditor Id: 252127**<br>INDIAN VILLAGE<br>C/O COLUMBIA PROPERTIES INC<br>1355 TERRELL MILL ROAD<br>BLDG 1478 SUITE 200<br>MARIETTA, GA 30067 | 36435<br>Debtor: WINN-DIXIE RALEIGH, INC. | $4,540.11 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| **Creditor Id: 411090**<br>INLAND SOUTHEAST COUNTRYSIDE LP<br>C/O INLAND REAL ESTATE GROUP, INC<br>ATTN BERT BITTOURNA, ESQ<br>2901 BUTTERFIELD ROAD<br>OAK BROOK IL 60523<br><br>Counsel: ATTN KAREN C BIFFERATO, ESQ | 11030<br>Debtor: WINN-DIXIE STORES, INC. | $32,506.43 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| **Creditor Id: 255931**<br>MDC SOUTH WIND LTD<br>C/O MENIN DEVELOPMENT CO INC<br>3501 PGA BLVD SUITE 201<br>PALM BEACH GARDEN, FL 33410 | 31192<br>Debtor: WINN-DIXIE STORES, INC. | $212.46 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| **Creditor Id: 410498**<br>MERCHANTS SQUARE INVESTMENTS, LLC<br>ATTN VICTOR GIBBONS, MGR<br>4852-A JIMMY CARTER BLVD<br>NORCROSS GA 30093 | 11802<br>Debtor: WINN-DIXIE STORES, INC. | $31,191.84 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - CLAIMS TO BE DISALLOWED
(ASSUMED AND ASSIGNED LEASES)

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 410364**<br>NORTH HIXSON MARKETPLACE, LLC<br>C/O WILES & WILES<br>ATTN JOHN J WILES, ESQ<br>800 KENNESAW AVENUE, SUITE 400<br>MARIETTA, GA 30060-7946 | 7282<br>Debtor: | $81,137.34<br>WINN-DIXIE RALEIGH, INC. | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| **Creditor Id: 411089**<br>PMAT FLAMINGO, LLC<br>C/O SHER GARNER CAHILL ET AL<br>ATTN NEAL J KLING, ESQ<br>909 POYDRAS STREET, 28TH FLOOR<br>NEW ORLEANS LA 70112 | 11024<br>Debtor: | $24,908.69<br>WINN-DIXIE STORES, INC. | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| **Creditor Id: 411089**<br>PMAT FLAMINGO, LLC<br>C/O SHER GARNER CAHILL ET AL<br>ATTN NEAL J KLING, ESQ<br>909 POYDRAS STREET, 28TH FLOOR<br>NEW ORLEANS LA 70112 | 13370<br>Debtor: | $30,349.22<br>WINN-DIXIE STORES, INC. | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| **Creditor Id: 2492**<br>RV MANAGEMENT COMPANY<br>9100 BATTLE POINT DRIVE NE<br>BAINBRIDGE ISLAND WA 98110-1482<br><br>Counsel: ATTN DAVID FARMER/PAUL READY, ESQS | 6637<br>Debtor: | $931,239.07<br>WINN-DIXIE STORES, INC. | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| **Creditor Id: 384339**<br>S&C PROPERTIES<br>1100 SPRING ST NW, BLDG 550<br>ATLANTA, GA 30367-0001 | 37152<br>Debtor: | $19,367.38<br>WINN-DIXIE RALEIGH, INC. | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| **Creditor Id: 261008**<br>SHOPPES AT 18TH & COMMERCIAL INC<br>ATTN AMY SEIDMAN<br>1717 E COMMERCIAL BLVD<br>FT LAUDERDALE, FL 33334 | 3785<br>Debtor: | $31,303.54<br>WINN-DIXIE STORES, INC. | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| **Creditor Id: 261149**<br>SKS PROPERTIES LC<br>240 SOUTH PINEAPPLE AVE<br>STE 702<br>SARASOTA, FL 34236 | 31561<br>Debtor: | $2,971.45<br>WINN-DIXIE STORES, INC. | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT G - CLAIMS TO BE DISALLOWED
(ASSUMED AND ASSIGNED LEASES)

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 261171<br>SMALL PROPERTIES<br>PO BOX 10287<br>GREENVILLE, SC 29603-0287 | 31563<br>Debtor: WINN-DIXIE STORES, INC. | $12,806.56 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| Creditor Id: 269352<br>SOUTHLAND-SUMMERVILLE WD, SUCCESSOR<br>TO PEREGRINE PROPERTIES LP<br>C/O NEAL, GERBER & EISENBERG<br>ATTN THOMAS C WOLFORD, ESQ<br>2 NORTH LA SALLE STREET, STE 2300<br>CHICAGO, IL 60602-3801 | 2587<br>Debtor: WINN-DIXIE RALEIGH, INC. | $36,350.84 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| Creditor Id: 403200<br>TAWESTERN LLC<br>C/O HELD & ISRAEL<br>ATTN A FRISCHE W HELD JR, ESQS<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | 8715<br>Debtor: WINN-DIXIE STORES, INC. | $757.37 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| Creditor Id: 263271<br>TOWER ASSOCIATES LTD<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 | 12894<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| Creditor Id: 263271<br>TOWER ASSOCIATES LTD<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 | 12895<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $0.00 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| Creditor Id: 1951<br>TUNICA VILLAGE PARTNERSHIP<br>C/O ACADIAN MANAGEMENT<br>ATTN BARBARA KIZER, OWNER<br>PO BOX 1268<br>MADISONVILLE, LA 70447 | 9954<br>Debtor: WINN-DIXIE STORES, INC. | $1,738.08 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - CLAIMS TO BE DISALLOWED
(ASSUMED AND ASSIGNED LEASES)

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 423067 | 12970 | $2,631.11 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| VICTORIA SQUARE PARTNERS, LLC | Debtor: | WINN-DIXIE STORES, INC. | |
| C/O SAUL EWING, LLP | | | |
| ATTN JOYCE A KUHNS, ESQ | | | |
| 500 PRATT STREET | | | |
| BALTIMORE MD 21202 | | | |
| Creditor Id: 407469 | 10873 | $8,207.41 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| WILMINGTON TRUST COMPANY, TTEE | Debtor: | WINN-DIXIE RALEIGH, INC. | |
| SOUTHLAND-ANDERSON WD DEL BUS TRUST | | | |
| C/O NEAL GERBER & EISENBERG LLP | | | |
| ATTN THOMAS C WOLFORD, ESQ | | | |
| 2 NORTH LASALLE ST, STE 2300 | | | |
| CHICAGO IL 60602 | | | |
| Creditor Id: 264937 | 8034 | $39,886.36 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| WINDSOR STATION LLC | Debtor: | WINN-DIXIE RALEIGH, INC. | |
| C/O PHILLIPS EDISON & CO, LTD | | | |
| ATTN R MARK ADDY, MANAGING AGT | | | |
| 11690 GROOMS ROAD | | | |
| CINCINNATI, OH 45242 | | | |
| Transferee: LCH OPPORTUNITIES LLC | | | |
| Creditor Id: 264937 | 8035 | $39,886.36 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| WINDSOR STATION LLC | Debtor: | WINN-DIXIE STORES, INC. | |
| C/O PHILLIPS EDISON & CO, LTD | | | |
| ATTN R MARK ADDY, MANAGING AGT | | | |
| 11690 GROOMS ROAD | | | |
| CINCINNATI, OH 45242 | | | |
| Transferee: LCH OPPORTUNITIES LLC | | | |
| Creditor Id: 1115 | 8849 | $46,607.81 | REDUCED TO $21,826 BY 6/15/06 ELEVENTH OMNIBUS CLAIMS OBJECTION ORDER. ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| YORK, BENNETT V | Debtor: | WINN-DIXIE MONTGOMERY, INC. | |
| C/O SOUTHGATE REALTY, LLC | | | |
| PO BOX 16615 | | | |
| HATTIESBURG MS 39402 | | | |
| Counsel: ATTN MARCUS M WILSON, ESQ | | | |
| Total Claims to be Disallowed: | 30 | | |
| Total Amount to be Disallowed: | $4,222,041.44 | Plus Unliquidated Amounts, If Any | |

**EXHIBIT D**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT D - CLAIMS TO BE DISALLOWED
(TERMINATED LEASES)

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 241342<br>ALS TELFAIR PLAZA<br>PO BOX 1097<br>CORDELE, GA 31010 | 35822<br>Debtor: WINN-DIXIE RALEIGH, INC. | $20,032.85 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S)<br>WAIVED. |
| Creditor Id: 383163<br>CVS EGL OVERSEAS MARATHON FL, LLC<br>C/O SAUL EWING LLP<br>ATTN MARK MINUTI, ESQ<br>222 DELAWARE AVE, STE 1200<br>PO BOX 1266<br>WILMINGTON DE 19899 | 8777<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S)<br>WAIVED. |
| Creditor Id: 248729<br>EBR, LLC<br>7732 GOODWOOD BLVD, STE V<br>BATON ROUGE, LA 70806<br>Counsel: ATTN RANDY ROUSSEL, ESQ | 10109<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $638,248.22 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S)<br>WAIVED. |
| Creditor Id: 248729<br>EBR, LLC<br>7732 GOODWOOD BLVD, STE V<br>BATON ROUGE, LA 70806<br>Counsel: ATTN RANDY ROUSSEL, ESQ | 10110<br>Debtor: WINN-DIXIE STORES, INC. | $638,248.22 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S)<br>WAIVED. |
| Creditor Id: 410525<br>FOUR FLORIDA SHOPPING CENTERS LP<br>C/O THE BROWN COMPANY<br>ATTN ALFRED BROWN<br>7753 LAKE WORTH ROAD<br>LAKE WORTH FL 33467 | 8488<br>Debtor: WINN-DIXIE STORES, INC. | $18,804.04 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S)<br>WAIVED. |
| Creditor Id: 410976<br>GREAT OAK, LLC<br>BY GE CAPITAL REALTY GROUP INC, AGT<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN LESLIE A BERKOFF, ESQ<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | 12443<br>Debtor: WINN-DIXIE STORES, INC. | $8,975.08 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S)<br>WAIVED. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT D – CLAIMS TO BE DISALLOWED
(TERMINATED LEASES)

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:  410788**<br>IRT PARTNERS, LP<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI  FL 33131 | 10932<br>Debtor:  **WINN-DIXIE STORES, INC.** | $1,264.30 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S)<br>WAIVED. |
| **Creditor Id:  411030**<br>JEM INVESTMENTS, LTD<br>C/O HILL WARD & HENDERSON, PA<br>ATTN PAIGE A GREENLEE, ESQ<br>101 E KENNEDY BLVD, STE 3700<br>TAMPA  FL 33602 | 10880<br>Debtor:  **WINN-DIXIE STORES, INC.** | $100,000.00 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S)<br>WAIVED. |
| **Creditor Id:  410735**<br>KITE EAGLE CREEK, LLC<br>C/O ICE MILLER<br>ATTN MARK A BOGDANOWICZ, ESQ<br>ONE AMERICAN SQUARE, BOX 82001<br>INDIANAPOLIS  IN 46282-0200 | 9592<br>Debtor:  **WINN-DIXIE STORES, INC.** | $205,197.68 | REDUCED TO $195,944.89 BY 4/20/06 SEVENTH OMNIBUS CLAIMS<br>OBJECTION ORDER. LEASE TERMINATED BY AGREEMENT AND ANY<br>PRE-PETITION CLAIM(S) WAIVED. |
| **Creditor Id:  1524**<br>LAGRANGE MARKETPLACE LLC<br>CO RETAIL MANAGEMENT GROUP INC<br>ATTN JULIE BEALL, COO<br>PO BOX 11407<br>BIRMINGHAM, AL  35246-1036<br><br>Counsel: ATTN JEFFERY J HARTLEY, ESQ | 10948<br>Debtor:  **WINN-DIXIE MONTGOMERY, INC.** | $1,298,930.68 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S)<br>WAIVED. |
| **Creditor Id:  408259**<br>MGW-RC FL HIGHLANDS, LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE  FL 32207 | 9959<br>Debtor:  **WINN-DIXIE STORES, INC.** | $41,610.17 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S)<br>WAIVED. |
| **Creditor Id:  255932**<br>MDC WESTGATE LTD<br>MENIN DEVELOPMENT CO INC<br>3501 PGA BLVD SUITE 201<br>PALM BEACH GARDENS,  FL 33410 | 31193<br>Debtor:  **WINN-DIXIE STORES, INC.** | $108,730.11 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S)<br>WAIVED. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT D - CLAIMS TO BE DISALLOWED
(TERMINATED LEASES)

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 410781<br>MSC, LLC<br>C/O RETAIL MANAGEMENT GROUP<br>ATTN JULIE BEALL, COO<br>PO BOX 11407<br>BIRMINGHAM AL 35426-1036<br><br>Counsel: ATTN JEFFERY J HARTLEY, ESQ | 10950<br>Debtor: | $2,217,015.36<br>WINN-DIXIE RALEIGH, INC. | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S)<br>WAIVED. |
| Creditor Id: 1647<br>NEWTON ASSOCIATES<br>C/O RICHARD G HOEFLING, ESQ<br>PO BOX 269<br>GASTONIA NC 28053 | 5292<br>Debtor: | $30,799.43<br>WINN-DIXIE STORES, INC. | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S)<br>WAIVED. |
| Creditor Id: 258937<br>PROCACCI COMMERICAL REALTY INC<br>PO BOX 93-4246<br>MARGATE, FL 33083-4246 | 31421<br>Debtor: | $30,363.54<br>WINN-DIXIE STORES, INC. | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S)<br>WAIVED. |
| Creditor Id: 397808<br>SC (WESTLAND PROMENADE) LTD PARTNERSHIP<br>ONE N CLEMATIS STREET, SUITE 305<br>WEST PALM BEACH, FL 33401 | 32244<br>Debtor: | $43,875.68<br>WINN-DIXIE STORES, INC. | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S)<br>WAIVED. |
| Creditor Id: 260810<br>SHANNON VILLAGE SHOPPING CENTER INC<br>PO BOX 676<br>LOUISBURG, NC 27549 | 36774<br>Debtor: | $10,937.08<br>WINN-DIXIE RALEIGH, INC. | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S)<br>WAIVED. |
| Creditor Id: 407465<br>STILES WEST ASSOCIATES LTD<br>C/O BERGER SINGERMAN PA<br>ATTN ARTHUR J SPECTOR, ESQ<br>350 E LAS OLAS BLVD, STE 1000<br>FORT LAUDERDALE FL 33301 | 4201<br>Debtor: | $5,370.87<br>WINN-DIXIE STORES, INC. | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S)<br>WAIVED. |
| Creditor Id: 256735<br>TARBUTTON, HUGH M<br>KAOLIN PLAZA MGMT ACCT<br>PO BOX 269<br>SANDERSVILLE, GA 31082 | 36579<br>Debtor: | $8,846.17<br>WINN-DIXIE RALEIGH, INC. | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S)<br>WAIVED. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT D - CLAIMS TO BE DISALLOWED
(TERMINATED LEASES)

Page 4 of 5
Date: 10/31/2006

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 407766**<br>TRANSAMERICA LIFE INSURANCE CO<br>C/O AEGON USA REALTY ADVISORS, INC<br>ATTN BILL SINDLINGER, VP & COUNSEL<br>4333 EDGEWOOD ROAD NE<br>CEDAR RAPIDS  IA  52499-5220<br><br>*Counsel: ATTN C TIMOTHY CORCORAN III, ESQ* | 5580<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $76,222.25 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S) WAIVED. |
| **Creditor Id: 407766**<br>TRANSAMERICA LIFE INSURANCE CO<br>C/O AEGON USA REALTY ADVISORS, INC<br>ATTN BILL SINDLINGER, VP & COUNSEL<br>4333 EDGEWOOD ROAD NE<br>CEDAR RAPIDS  IA  52499-5220<br><br>*Counsel: ATTN C TIMOTHY CORCORAN III, ESQ* | 5581<br>Debtor: WINN-DIXIE STORES, INC. | $76,222.25 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S) WAIVED. |
| **Creditor Id: 410857**<br>VILLAGE ON WHITESBURG, LLC<br>C/O JOHNSTON MOORE MAPLES ET AL<br>ATTN STUART M MAPLES, ESQ<br>400 MERIDIAN STREET, SUITE 301<br>HUNTSVILLE  AL  35801 | 9895<br>Debtor: WINN-DIXIE STORES, INC. | $1.00 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S) WAIVED. |
| **Creditor Id: 410548**<br>VOW, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN C ELLIS BRAZEAL, III, ESQ<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM  AL  35203 | 8536<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $19,055.55 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S) WAIVED. |
| **Creditor Id: 410548**<br>VOW, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN C ELLIS BRAZEAL, III, ESQ<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM  AL  35203 | 8537<br>Debtor: WINN-DIXIE STORES, INC. | $19,055.55 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S) WAIVED. |
| **Creditor Id: 264351**<br>WALKER LA COMMERCIAL<br>PROPERTIES DEVELOPMENT CO LLC<br>ATTN C MORTON OR C MARTIN ESQ<br>5630 BANKERS AVENUE<br>BATON ROUGE, LA  70808<br><br>*Counsel: ATTN PAUL SILVERMAN, ESQ* | 3897<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $73,543.28 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S) WAIVED. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT D - CLAIMS TO BE DISALLOWED
(TERMINATED LEASES)

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 2662**<br>WAYNESVILLE SHOPPING CENTER, LLC<br>C/O RONALD L HOOKER<br>435 OVERLOOK DRIVE<br>MAGGIE VALLEY NC 28751 | 8361<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $47,034.26 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S)<br>WAIVED. |
| *Counsel: ATTN JEAN WINBORNE BOYLES, ESQ* | | | |
| **Creditor Id: 2662**<br>WAYNESVILLE SHOPPING CENTER, LLC<br>C/O RONALD L HOOKER<br>435 OVERLOOK DRIVE<br>MAGGIE VALLEY NC 28751 | 8362<br>Debtor: **WINN-DIXIE STORES, INC.** | $47,034.26 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S)<br>WAIVED. |
| *Counsel: ATTN JEAN WINBORNE BOYLES, ESQ* | | | |
| **Total Claims to be Disallowed:** | 27 | | |
| **Total Amount to be Disallowed:** | $5,785,417.88 | Plus Unliquidated Amounts, if Any | |

# EXHIBIT E

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

ORDER SUSTAINING DEBTORS' TWENTY-SIXTH
OMNIBUS OBJECTION TO CLAIMS ARISING FROM
UNEXPIRED LEASES OF NON-RESIDENTIAL REAL
PROPERTY (I) THAT HAVE BEEN ASSUMED, (II) THAT
HAVE BEEN ASSUMED AND ASSIGNED, OR (III) THAT
ARE THE SUBJECT OF LEASE TERMINATION AGREEMENTS

These cases came before the Court for hearing on November 30, 2006, upon the Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibits A through D (collectively, the "Lease Claims"). Upon consideration, it is

ORDERED AND ADJUDGED:

1.    The Objection is sustained.

2.    Subject to the confirmation and effectiveness of the Debtors' Chapter 11 Plan,[2] the Fixed Assumed Lease Claims listed on Exhibit A shall be

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]    All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

reclassified and treated as Administrative Claims fixed in the amounts set forth on Exhibit A, and shall be disallowed to the extent they exceed the approved cure amounts.

3.     Subject to confirmation and effectiveness of the Debtors' Plan, the Pending Assumed Lease Claims listed on Exhibit B shall be reclassified and treated as Administrative Claims to the extent such claims represent components of cure amounts to be approved by order of this Court, and shall be disallowed to the extent they exceed such cure amounts.

4.     The Assigned Lease Claims listed on Exhibit C shall be disallowed.

5.     The Terminated Lease Claims listed on Exhibit D shall be disallowed.

6.     Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

7.     Neither the Objection nor any disposition of the Lease Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

2

8.    This Order is without prejudice to the Debtors' right to file any further objection they may have to the Lease Claims, including objections on the ground that a Lease Claim was filed against the incorrect Debtor or that the Debtor against which the Lease Claim was filed should be modified.

Dated this ____ day of November, 2006 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

00548178.DOC

**THE EXHIBITS TO BE ATTACHED TO THE ORDER WHEN ENTERED
WILL BE THE SAME EXHIBITS THAT ARE ATTACHED TO THE
OBJECTION, WITH ANY NECESSARY MODIFICATIONS TO ADDRESS
RESPONSES TO THE OBJECTION**