# UNITED STATES BANKRUPTY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| **In re:**<br><br>**WINN-DIXIE STORES, INC., et al.,**<br><br>**Debtors.**[1] | **Chapter 11**<br><br>**Case No. 05-03817-3F1**<br><br>**(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.  On or about October 31, 2006 I caused copies of:

•   the **Notice of Hearing**

•   the **Debtors' Objection to Late Filed and Disputed Ad Valorem Tax Claims and Motion to Allow Remaining Claims Subject to Setoff**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice and Motion as listed above is attached hereto as Exhibit B.

Dated: November 2, 2006

_____
Kathleen M. Logan

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Objection to Late Filed and Disputed**
**Ad Valorem Tax Claims and Motion to Allow**
**Remaining Claims Subject to Setoff**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 452122-15<br>CITY OF NORFOLK, VA<br>OFFICE OF THE TREASURER<br>ATTN CHARLES S PRENTACE<br>PO BOX 3215<br>NORFOLK VA 23514-3215 | CREDITOR ID: 246140-12<br>CITY OF ROCKY MOUNT, NC<br>ATTN AUDREY FRIEDRICH, COLL DIV<br>PO BOX 1180<br>ROCKY MOUNT, NC 27802-1180 | CREDITOR ID: 242972-12<br>COUNTY OF BALDWIN TAX COLLECTOR<br>ATTN A HOLLINGWORTH/C SETTLE<br>121 NORTH WILKINSON STREET, STE 112<br>MILLEDGEVILLE GA 31061 |
| CREDITOR ID: 452496-15<br>COUNTY OF CHEROKEE TAX COMMISSION<br>ATTN SONYA LITTLE<br>100 NORTH STREET, SUITE 131<br>CANTON GA 30114 | CREDITOR ID: 534407-15<br>COUNTY OF DARLINGTON<br>ATTN MAE HELEN BURCH, SR TAX CLERK<br>1 PUBLIC SQUARE, ROOM 207<br>DARLINGTON SC 29532-3213 | CREDITOR ID: 492846-15<br>COUNTY OF EVANS, GA<br>TAX COMMISSION<br>ATTN WANDA L MOSELEY, TC<br>PO BOX 685<br>CLAXTON GA 30417 |
| CREDITOR ID: 492850-15<br>COUNTY OF FORREST, MS<br>ATTN DILLBERT W DEARMAN, TAX COLL<br>PO BOX 1689<br>HATTIESBURG MS 39403 | CREDITOR ID: 267427-14<br>COUNTY OF GASTON, NC<br>ATTN JUDY BINGHAM, DIR OF TAX COLL<br>128 W MAIN ST<br>GASTONIA NC 28052 | CREDITOR ID: 318691-43<br>COUNTY OF GREENVILLE TAX COLLECTOR<br>ATTN THERESA RICH<br>301 UNIVERSITY RIDGE, SUITE 700<br>GREENVILLE SC 29601 |
| CREDITOR ID: 492843-99<br>COUNTY OF HARRIS/CITY OF HOUSTON<br>C/O LINEBARGER GOGGAN BLAIR, ET AL<br>ATTN JOHN P DILLMAN, ESQ<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | CREDITOR ID: 492851-15<br>COUNTY OF MITCHELL, GA<br>ATTN JACKIE B BATCHELOR, TAX COMM<br>PO BOX 373<br>CAMILLA GA 31730 | CREDITOR ID: 266592-14<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY AL 36104-4209 |
| CREDITOR ID: 492827-15<br>COUNTY OF NELSON, KY<br>C/O KELLEY, HITE & POTTINGER, PLLC<br>ATTN HON JOHN S KELLEY, JR ESQ<br>202 E STEPHEN FOSTER AVENUE<br>BARDSTOWN KY 40004 | CREDITOR ID: 258194-12<br>COUNTY OF PAULDING TAX COMMISSIONER<br>PROPERTY TAX<br>ATTN J W WATSON, III<br>25  COURTHOUSE SQUARE, ROOM 203<br>DALLAS GA 30132-4133 | CREDITOR ID: 247087-12<br>COUNTY OF ROANOKE, VA<br>ATTN F KEVIN HUTCHINS, TREASURER<br>PO BOX 21009<br>ROANOKE VA 24018-0533 |
| CREDITOR ID: 260059-12<br>COUNTY OF ROWAN TAX COLLECTOR<br>ATTN JANET PHILLIPS, DEPUTY TAX COL<br>402 NORTH MAIN STREET<br>SALISBURY NC 28144-4341 | CREDITOR ID: 266727-14<br>COUNTY OF TAYLOR<br>C/O HILLSBOROUGH COUNTY ATTORNEY<br>ATTN BRIAN FITZGERALD, ESQ<br>PO BOX 1110<br>TAMPA FL 33601-1110 | CREDITOR ID: 406021-15<br>COUNTY OF TAYLOR<br>ATTN JACK TEDDER<br>PO BOX 30<br>PERRY FL 32348 |
| CREDITOR ID: 266727-14<br>COUNTY OF TAYLOR<br>ATTN JACK TEDDER<br>108 N JEFFERSON ST, SUITE 101<br>PERRY FL 32347-3246 | CREDITOR ID: 407684-15<br>COUNTY OF WALKER, AL<br>REVENUE COMMISSIONER'S OFFICE<br>ATTN JERRY GUTHRIE, REV COMM<br>1803 3RD AVENUE, SUITE 102<br>JASPER AL 35501 | CREDITOR ID: 492847-15<br>COUNTY OF WALTON , TAX COMM<br>ATTN PATRICIA D MALCOM, TAX COMM<br>303 E HAMMOND DRIVE, SUITE 100<br>MONROE  GA 30655 |
| CREDITOR ID: 492940-15<br>COUNTY OF WARREN, OH<br>TREASURY DEPT<br>ATTN DAVID L SWIGERT<br>406 JUSTICE DRIVE<br>LEBANON OH 45036 | CREDITOR ID: 492844-15<br>ISD OF CYPRESS-FAIRBANKS<br>C/O LINEBARGER GOGGAN BLAIR ET AL<br>ATTN: JOHN P DILLMAN, ESQ<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | CREDITOR ID: 492844-15<br>ISD OF CYPRESS-FAIRBANKS<br>PO BOX 692003<br>HOUSTON TX 77269-2003 |
| CREDITOR ID: 492829-15<br>PARISH OF EVANGELINE, LA<br>C/O SMITH, GAMBRELL & RUSSELL, LLP<br>ATTN ANDREW KEITH DAW, ESQ<br>BANK OF AMERICA TOWER<br>50 NORTH LAURA STREET, SUITE 2600<br>JACKSONVILLE FL 32202 | CREDITOR ID: 492829-15<br>PARISH OF EVANGELINE, LA<br>EVANGELINE SHERIFF, 22039<br>ATTN WAYNE MOREIN<br>200 COURT STREET, SUITE 100<br>VILLE PLATTE LA 70586 | CREDITOR ID: 533782-15<br>PARISH OF JEFFERSON<br>C/O BUREAU OF REVENUE AND TAXATION<br>ATTN ANDREW J LEBLANC JR, DIRECTOR<br>200 DERBIGNY STREET<br>GRETNA LA 70053 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Objection to Late Filed and Disputed**
**Ad Valorem Tax Claims and Motion to Allow**
**Remaining Claims Subject to Setoff**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                       **CASE:   05-03817-3F1**

CREDITOR ID: 492828-15
PARISH OF ST MARTIN, LA
TAX COLL & EX-OFFICIO TAX COLL
ATTN ELAINE PERIOUX DEPUTY TAX COLL
PO BOX 247
SAINT MARTINVILLE LA 70582

CREDITOR ID: 376511-44
PARISH OF ST MARY SHERIFF& TAX COLLECTOR
ATTN DAVID NAQUIN
PO BOX 571
FRANKLIN, LA 70538

CREDITOR ID: 492852-15
PARISH OF ST TAMMANY, LA
SHERIFF AND TAX COLLECTOR
PO BOX 608
COVINGTON LA 70434

**Total:   30**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |

**NOTICE OF HEARING**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **November 30, 2006** at **1:00 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Objection to Late Filed and Disputed Ad Valorem Tax Claims and Motion to Allow Remaining Claims Subject to Setoff.

Only objections filed and served on D. J. Baker at djbaker@skadden.com, Skadden, Arps, Slate, Meagher, & Flom, LLP, Four Times Square, New York, New York 10036 and on Cynthia C. Jackson at cjackson@smithhulsey.com, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 so as to be received by **November 23, 2006** at 4:00 p.m. (E.T.) will be considered by the Bankruptcy Court at the hearing.   The relief requested in the Motion may be granted without a hearing if no objection is timely filed.

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: October 31, 2006.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP                SMITH HULSEY & BUSEY

By    *s/ D. J. Baker*                           By    *s/ Cynthia C. Jackson*
      D. J. Baker                                       Stephen D. Busey
      Sally McDonald Henry                              James H. Post
      Rosalie Walker Gray                               Cynthia C. Jackson (FBN 498882)

Four Times Square                               225 Water Street, Suite 1800
New York, New York 10036                        Jacksonville, Florida  32202
(212) 735-3000                                  (904) 359-7700
(917) 777-2150 (facsimile)                      (904) 359-7708 (facsimile)
djbaker@skadden.com                             cjackson@smithhulsey.com

Co-Counsel for Debtors                          Co-Counsel for Debtors

00532855

Hearing Date: November 30, 2006, 1:00 p.m.
Objection Deadline: November 23, 2006, 4:00 p.m.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors[1]. | ) | Jointly Administered |

## DEBTORS' OBJECTION TO LATE FILED
## AND DISPUTED AD VALOREM TAX CLAIMS AND
## MOTION TO ALLOW REMAINING CLAIMS SUBJECT TO SETOFF

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession in the above captioned case (collectively, the "Debtors"), object under 11 U.S.C. §§ 502, 506 and 507 and Fed. R. Bankr. P. 3007 and 9014 (the "Objection"), to the claims listed on the attached Exhibits A, B and C (collectively, the "Disputed Claims"), and seek entry of an order disallowing the claims. The Debtors further ask the Court to allow the claims identified on Exhibit D (the "Remaining Claims"), subject to the Debtors' right to setoff. In support of this Objection, the Debtors respectfully request as follows:

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

1.    On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code").  The Debtors' cases are being jointly administered for procedural purposes only.

2.    The Debtors are grocery and pharmaceutical retailers operating in the southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners.  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.    On March 1, 2005, pursuant to section 1102 of the Bankruptcy Code, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors Committee") to serve in these cases.  An official committee of equity security holders appointed by the U.S. Trustee on August 17, 2005 was subsequently disbanded by the U.S. Trustee by notice dated January 11, 2006.

4.    The Debtors have filed the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (as modified, the "Chapter 11 Plan"), which is currently pending before the Court following a confirmation hearing held on October 13, 2006.  If the Chapter 11 Plan is confirmed by order of the Court, the Chapter 11 Plan will become effective on the date on which the conditions precedent to its effectiveness are satisfied or waived.

5.    The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding under 28 U.S.C. §157(b)(2).

6.    The statutory predicates for the relief requested are sections 502, 506 and 507 of the Bankruptcy Code and Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

7.    By Order dated April 28, 2005 (the "Claims Bar Date Order"), this Court set August 1, 2005 as the last date for all parties who have or assert (or believe they may have or assert) prepetition claims against one or more of the Debtors to file and serve a written proof of claim with respect to any such claim.  The bar date applicable to governmental units was August 22, 2005.  Notice of the Claims Bar Date Order and the applicable bar date was provided by mail and publication in accordance with the procedures outlined in the Claims Bar Date Order.  Despite the notice, all of the Disputed Claims were filed after the Claims Bar Date.

8.    Since the Petition Date, the Debtors have filed five omnibus objections to tax claims and motions for order determining tax values and liabilities (collectively, the "Tax Claim Objections").  By the Tax Claim Objections, in addition to requesting a reduction in amounts, the Debtors seek authority to offset overpayments made to the relevant taxing authorities in prior years against present liabilities.  In the event a taxing authority filed a response to any of the Tax Claim Objections, the Debtors have continued the hearing on such objection.  To date, the Court has entered orders disallowing all tax claims objected to by the Tax Claim Objections to the extent the respective taxing authorities did not file a response, and authorizing the Debtors to offset against such claims and liabilities overpayments made by the Debtors in prior years (the "Orders Disallowing Tax Claims").

9.    The Disputed Claims were all filed after the bar date, and those identified on (i) Exhibit A, were filed after the Court entered one of the Orders Disallowing Tax Claims,

3

(ii) Exhibit B, were filed after the Debtors filed Tax Claim Objections to such claims or liabilities, and (iii) Exhibit C, are either not liabilities of the Debtors or have been paid. These Disputed Claims should be disallowed.  The Remaining Claims identified on Exhibit D should be allowed by the Court, subject to the Debtors' right to setoff against such claims overpayments made by the Debtors to such taxing authorities in prior years.

10.     Each of the Disputed Claims and the Debtors' objections asserted to these claims constitute a separately contested matter as contemplated by Bankruptcy Rule 9014. The Debtors request that any order entered by the Court with respect to an objection asserted in the Objection shall be deemed a separate order with respect to each Disputed Claim.

11.     The Debtors reserve the right to amend, modify or supplement the Objection and to file additional objections to the Disputed Claims, or any other claims which may be asserted against the Debtor.

12.     To contest the Objection, a claimant must file a written response (a "Response") with the Court via the Court's electronic filing procedures no later than November 23, 2006, and serve a copy on Cynthia C. Jackson, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, (904) 359-7708 (facsimile), cjackson@smithhulsey.com.

13.     If a Response is properly and timely filed and served, a hearing is scheduled to adjudicate the Objection on November 30, 2006, unless resolved or adjoined by the Debtor.

14.     If a claimant whose claim is subject to the Objection fails to file or serve a timely response, the Debtors will present an appropriate order at the November 30, 2006 hearing, disallowing the claim without further notice.

**<u>Conclusion</u>**

Wherefore, for the foregoing reasons, the Debtors ask the Court to enter an order substantially in the form attached as Exhibit E, disallowing the Disputed Claims on Exhibits A, B and C and allowing the claims identified on Exhibit D, subject to offset.

Dated:  October 31, 2006

SKADDEN, ARPS, SLATE, MEAGHER       SMITH HULSEY & BUSEY
& FLOM LLP

By____*s/ D. J. Baker*_____       By____*s/ Cynthia C. Jackson*_____
      D. J. Baker                                              Stephen D. Busey
      Sally McDonald Henry                        James H. Post
      Rosalie Walker Gray                            Cynthia C. Jackson, F.B.N. 498882

Four Times Square                                    225 Water Street, Suite 1800
New York, New York 10036                    Jacksonville, Florida 32202
(212) 735-3000                                          (904) 359-7700
(212) 735-2000 (facsimile)                      (904) 359-7708 (facsimile)
djbaker@skadden.com                              cjackson@smithhulsey.com

Co-Counsel for Debtors                            Co-Counsel for Debtors

00544324

**<u>EXHIBIT A</u>**

WINN-DIXIE STORES, INC., ET AL.
AD VALOREM TAX CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE DISALLOWED AS COURT
HAS DETERMINED TAX LIABILITY IN PRIOR ORDER

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 246140<br>CITY OF ROCKY MOUNT, NC<br>ATTN AUDREY FRIEDRICH, COLL DIV<br>PO BOX 1180<br>ROCKY MOUNT, NC 27802-1180 | 147<br>**Debtor:** WINN-DIXIE STORES, INC. | $1,912.73 | DISALLOW. FAILED TO RESPOND TO SECOND OBJECTION PAGE 4 OF EXH B |
| **Creditor Id:** 242972<br>COUNTY OF BALDWIN TAX COLLECTOR<br>ATTN A HOLLINGWORTH/C SETTLE<br>121 NORTH WILKINSON STREET, STE 112<br>MILLEDGEVILLE GA 31061 | 13270<br>**Debtor:** WINN-DIXIE STORES, INC. | $15,666.26 | LATE-FILED CLAIM. LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS TAX OBJECTION ORDER. |
| **Creditor Id:** 452496<br>COUNTY OF CHEROKEE TAX COMMISSION<br>ATTN SONYA LITTLE<br>100 NORTH STREET, SUITE 131<br>CANTON GA 30114 | 13318<br>**Debtor:** WINN-DIXIE STORES, INC. | $16,885.24 | LATE-FILED CLAIM. LIABILITY ALREADY DETERMINED BY 7/27/06 THIRD OMNIBUS TAX OBJECTION ORDER. |
| **Creditor Id:** 534407<br>COUNTY OF DARLINGTON<br>ATTN MAE HELEN BURCH, SR TAX CLERK<br>1 PUBLIC SQUARE, ROOM 207<br>DARLINGTON SC 29532-3213 | 13439<br>**Debtor:** WINN-DIXIE STORES, INC. | $10,287.64 | LATE-FILED CLAIM. TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS TAX OBJECTION ORDER. |
| **Creditor Id:** 492846<br>COUNTY OF EVANS, GA<br>TAX COMMISSION<br>ATTN WANDA L MOSELEY, TC<br>PO BOX 685<br>CLAXTON GA 30417 | 13356<br>**Debtor:** WINN-DIXIE STORES, INC. | $14,086.28 | LATE-FILED CLAIM. TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS TAX OBJECTION ORDER. |
| **Creditor Id:** 318691<br>COUNTY OF GREENVILLE TAX COLLECTOR<br>ATTN THERESA RICH<br>301 UNIVERSITY RIDGE, SUITE 700<br>GREENVILLE SC 29601 | 13564<br>**Debtor:** WINN-DIXIE STORES, INC. | $80,078.12 | LATE-FILED CLAIM. DUPLICATES TAX LIABILITY DETERMINED BY 6/15/06 SECOND OMNIBUS TAX OBJECTION IN CONNECTION WITH CLAIM NUMBER 12927. |
| **Creditor Id:** 492851<br>COUNTY OF MITCHELL, GA<br>ATTN JACKIE B BATCHELOR, TAX COMM<br>PO BOX 373<br>CAMILLA GA 31730 | 13360<br>**Debtor:** WINN-DIXIE STORES, INC. | $10,951.20 | LATE-FILED CLAIM. TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS TAX OBJECTION ORDER. |

WINN-DIXIE STORES, INC., ET AL.
AD VALOREM TAX CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE DISALLOWED AS COURT
HAS DETERMINED TAX LIABILITY IN PRIOR ORDER

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:  266592**<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY  AL  36104-4209 | 13338<br>**Debtor:  WINN-DIXIE STORES, INC.** | $2,096.22 | LATE-FILED CLAIM.  TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS TAX OBJECTION ORDER. |
| **Creditor Id:  266592**<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY  AL  36104-4209 | 13339<br>**Debtor:  WINN-DIXIE STORES, INC.** | $2,085.18 | LATE-FILED CLAIM.  TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS TAX OBJECTION ORDER. |
| **Creditor Id:  266592**<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY  AL  36104-4209 | 13340<br>**Debtor:  WINN-DIXIE STORES, INC.** | $3,220.92 | LATE-FILED CLAIM.  TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS TAX OBJECTION ORDER. |
| **Creditor Id:  266592**<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY  AL  36104-4209 | 13341<br>**Debtor:  WINN-DIXIE STORES, INC.** | $4,498.80 | LATE-FILED CLAIM.  TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS TAX OBJECTION ORDER. |
| **Creditor Id:  266592**<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY  AL  36104-4209 | 13342<br>**Debtor:  WINN-DIXIE STORES, INC.** | $3,583.86 | LATE-FILED CLAIM.  TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS TAX OBJECTION ORDER. |
| **Creditor Id:  266592**<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY  AL  36104-4209 | 13343<br>**Debtor:  WINN-DIXIE STORES, INC.** | $4,385.64 | LATE-FILED CLAIM.  TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS TAX OBJECTION ORDER. |
| **Creditor Id:  266592**<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY  AL  36104-4209 | 13344<br>**Debtor:  WINN-DIXIE STORES, INC.** | $7,982.61 | LATE-FILED CLAIM.  TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS TAX OBJECTION ORDER. |

WINN-DIXIE STORES, INC., ET AL.
AD VALOREM TAX CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE DISALLOWED AS COURT
HAS DETERMINED TAX LIABILITY IN PRIOR ORDER

Page: 3 of 5
Date: 10/31/2006

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id:  266592<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY  AL  36104-4209 | 13345<br>Debtor:  WINN-DIXIE STORES, INC. | $2,879.37 | LATE-FILED CLAIM.  TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS<br>TAX OBJECTION ORDER. |
| Creditor Id:  266592<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY  AL  36104-4209 | 13346<br>Debtor:  WINN-DIXIE STORES, INC. | $7,578.27 | LATE-FILED CLAIM.  TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS<br>TAX OBJECTION ORDER. |
| Creditor Id:  266592<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY  AL  36104-4209 | 13347<br>Debtor:  WINN-DIXIE STORES, INC. | $2,293.28 | LATE-FILED CLAIM.  TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS<br>TAX OBJECTION ORDER. |
| Creditor Id:  266592<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY  AL  36104-4209 | 13348<br>Debtor:  WINN-DIXIE STORES, INC. | $35,304.54 | LATE-FILED CLAIM.  TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS<br>TAX OBJECTION ORDER. |
| Creditor Id:  266592<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY  AL  36104-4209 | 13349<br>Debtor:  WINN-DIXIE STORES, INC. | $79,703.97 | LATE-FILED CLAIM.  TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS<br>TAX OBJECTION ORDER. |
| Creditor Id:  266592<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY  AL  36104-4209 | 13350<br>Debtor:  WINN-DIXIE STORES, INC. | $8,913.52 | LATE-FILED CLAIM.  TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS<br>TAX OBJECTION ORDER. |
| Creditor Id:  266592<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY  AL  36104-4209 | 13352<br>Debtor:  WINN-DIXIE STORES, INC. | $5,466.78 | LATE-FILED CLAIM.  TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS<br>TAX OBJECTION ORDER. |

WINN-DIXIE STORES, INC., ET AL.
AD VALOREM TAX CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE DISALLOWED AS COURT
HAS DETERMINED TAX LIABILITY IN PRIOR ORDER

Page: 4 of 5
Date: 10/31/2006

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 260059<br>COUNTY OF ROWAN TAX COLLECTOR<br>ATTN JANET PHILLIPS, DEPUTY TAX COL<br>402 NORTH MAIN STREET<br>SALISBURY  NC  28144-4341 | 13218<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $17,718.14 | NO LIABILITY.  CLAIM FILED AS ADMINISTRATIVE PRIORITY INCLUDES PREPETITION LIABILITIES LISTED IN CLAIM NUMBER 1917 ALREADY DETERMINED BY THE COURT BY 6/15/06 SECOND OMNIBUS TAX OBJECTION ORDER.  AS TO POSTPETITION AMOUNTS, ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.  CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id:** 407684<br>COUNTY OF WALKER, AL<br>REVENUE COMMISSIONER'S OFFICE<br>ATTN JERRY GUTHRIE, REV COMM<br>1803 3RD AVENUE, SUITE 102<br>JASPER  AL  35501 | 13327<br>**Debtor:** WINN-DIXIE STORES, INC. | $6,796.80 | ASSERTS POSTPETITION AMOUNTS.  ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.  CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1.  ALSO, LIABILITY DETERMINED BY 7/10/06 FOURTH OMNIBUS TAX OBJECTION ORDER. |
| **Creditor Id:** 492847<br>COUNTY OF WALTON , TAX COMM<br>ATTN PATRICIA D MALCOM, TAX COMM<br>303 E HAMMOND DRIVE, SUITE 100<br>MONROE  GA  30655 | 13358<br>**Debtor:** WINN-DIXIE STORES, INC. | $20,873.60 | LATE-FILED CLAIM.  TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS TAX OBJECTION ORDER. |
| **Creditor Id:** 492829<br>PARISH OF EVANGELINE, LA<br>EVANGELINE SHERIFF, 22039<br>ATTN WAYNE MOREIN<br>200 COURT STREET, SUITE 100<br>VILLE PLATTE  LA  70586<br><br>Counsel: ATTN ANDREW KEITH DAW, ESQ | 13333<br>**Debtor:** WINN-DIXIE STORES, INC. | $11,335.60 | LATE-FILED CLAIM.  TAX LIABILITY DETERMINED BY 7/10/06 FOURTH OMNIBUS TAX OBJECTION ORDER. |
| **Creditor Id:** 533782<br>PARISH OF JEFFERSON<br>C/O BUREAU OF REVENUE AND TAXATION<br>ATTN ANDREW J LEBLANC JR, DIRECTOR<br>200 DERBIGNY STREET<br>GRETNA  LA  70053 | 13427<br>**Debtor:** WINN-DIXIE STORES, INC. | $336,372.82 | LATE-FILED CLAIM.  TAX LIABILITY DETERMINED BY 7/10/06 FOURTH OMNIBUS TAX OBJECTION ORDER. |
| **Creditor Id:** 533782<br>PARISH OF JEFFERSON<br>C/O BUREAU OF REVENUE AND TAXATION<br>ATTN ANDREW J LEBLANC JR, DIRECTOR<br>200 DERBIGNY STREET<br>GRETNA  LA  70053 | 13457<br>**Debtor:** WINN-DIXIE LOGISTICS, INC. | $138,767.87 | LATE-FILED CLAIM.  TAX LIABILITY DETERMINED BY 7/10/06 FOURTH OMNIBUS TAX OBJECTION ORDER. |

**WINN-DIXIE STORES, INC., ET AL.**
**AD VALOREM TAX CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE DISALLOWED AS COURT**
**HAS DETERMINED TAX LIABILITY IN PRIOR ORDER**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 492828<br>PARISH OF ST MARTIN, LA<br>TAX COLL & EX-OFFICIO TAX COLL<br>ATTN ELAINE PERIOUX DEPUTY TAX COLL<br>PO BOX 247<br>SAINT MARTINVILLE  LA  70582 | 13332<br>**Debtor:** WINN-DIXIE STORES, INC. | $24,406.17 | LATE-FILED CLAIM.  TAX LIABILITY DETERMINED BY 7/10/06 FOURTH OMNIBUS TAX OBJECTION ORDER. |
| **Creditor Id:** 376511<br>PARISH OF ST MARY SHERIFF& TAX COLLECTOR<br>ATTN DAVID NAQUIN<br>PO BOX 571<br>FRANKLIN,  LA  70538 | 13330<br>**Debtor:** WINN-DIXIE STORES, INC. | $28,989.69 | LATE-FILED CLAIM.  TAX LIABILITY DETERMINED BY 7/10/06 FOURTH OMNIBUS TAX OBJECTION ORDER. |
| **Creditor Id:** 492852<br>PARISH OF ST TAMMANY, LA<br>SHERIFF AND TAX COLLECTOR<br>PO BOX 608<br>COVINGTON  LA  70434 | 13361<br>**Debtor:** WINN-DIXIE STORES, INC. | $293,476.45 | LATE-FILED CLAIM.  TAX LIABILITY DETERMINED BY 7/10/06 FOURTH OMNIBUS TAX OBJECTION ORDER. |

| | | | |
|---|---|---|---|
| **Total Claims to be Disallowed:** | 30 | | |
| **Total Amount to be Disallowed:** | $1,198,597.57 | **Plus Unliquidated Amounts, If Any** | |

**<u>EXHIBIT B</u>**

WINN-DIXIE STORES, INC., ET AL.
AD VALOREM TAX CLAIMS OBJECTION
EXHIBIT B - CLAIMS TO BE DISALLOWED - TAX
LIABILITY DETERMINATION IS PENDING BEFORE THE COURT

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 452122<br>CITY OF NORFOLK, VA<br>OFFICE OF THE TREASURER<br>ATTN CHARLES S PRENTACE<br>PO BOX 3215<br>NORFALK  VA  23514-3215 | 13234<br>Debtor: **WINN-DIXIE STORES, INC.** | $28,532.72 | TO BE DISALLOWED.  DETERMINATION OF TAX LIABILITY PENDING IN FIRST OMNIBUS CLAIMS OBJECTION. |
| **Creditor Id:** 492850<br>COUNTY OF FORREST, MS<br>ATTN DILLBERT W DEARMAN, TAX COLL<br>PO BOX 1689<br>HATTIESBURG  MS  39403 | 13359<br>Debtor: **WINN-DIXIE STORES, INC.** | $36,385.53 | LATE-FILED CLAIM.  DETERMINATION OF TAX LIABILITY PENDING IN FOURTH OMNIBUS TAX OBJECTION. |
| **Creditor Id:** 267427<br>COUNTY OF GASTON, NC<br>ATTN JUDY BINGHAM, DIR OF TAX COLL<br>128 W MAIN ST<br>GASTONIA  NC  28052 | 13271<br>Debtor: **WINN-DIXIE STORES, INC.** | $27,833.19 | LATE-FILED CLAIM.  DETERMINATION OF TAX LIABILITY PENDING IN SECOND OMNIBUS TAX OBJECTION. |
| **Creditor Id:** 492827<br>COUNTY OF NELSON, KY<br>C/O KELLEY, HITE & POTTINGER, PLLC<br>ATTN HON JOHN S KELLEY, JR ESQ<br>202 E STEPHEN FOSTER AVENUE<br>BARDSTOWN  KY  40004 | 13329<br>Debtor: **WINN-DIXIE STORES, INC.** | $4,333.62 | LATE-FILED CLAIM.  DETERMINATION OF  TAX LIABILITY PENDING IN FIRST OMNIBUS TAX OBJECTION. |
| **Creditor Id:** 247087<br>COUNTY OF ROANOKE, VA<br>ATTN F KEVIN HUTCHINS, TREASURER<br>PO BOX 21009<br>ROANOKE  VA  24018-0533 | 13039<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $6,784.75 | LATE-FILED CLAIM.  DETERMINATION OF TAX LIABILITY PENDING IN FIRST OMNIBUS TAX OBJECTION. |
| **Creditor Id:** 266727<br>COUNTY OF TAYLOR<br>ATTN JACK TEDDER<br>108 N JEFFERSON ST, SUITE 101<br>PERRY  FL  32347-3246<br><br>Counsel: ATTN BRIAN FITZGERALD, ESQ | 13474<br>Debtor: **WINN-DIXIE STORES, INC.** | $9,908.69 | LATE-FILED CLAIM.  DETERMINATION OF TAX LIABILITY PENDING IN OBJECTION TO FLORIDA TAX CLAIMS OBJECTION. |

**Total Claims to be Disallowed:**     6

**Total Amount to be Disallowed:**     $113,778.50     Plus Unliquidated Amounts, If Any

**<u>EXHIBIT C</u>**

WINN-DIXIE STORES, INC., ET AL.
**AD VALOREM TAX CLAIMS OBJECTION**
**EXHIBIT C - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 318691<br>COUNTY OF GREENVILLE TAX COLLECTOR<br>ATTN THERESA RICH<br>301 UNIVERSITY RIDGE, SUITE 700<br>GREENVILLE SC 29601 | 13216<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $202,732.65 | LATE-FILED CLAIM. TAX WAS PAID. |
| **Creditor Id:** 492843<br>COUNTY OF HARRIS/CITY OF HOUSTON<br>C/O LINEBARGER GOGGAN BLAIR, ET AL<br>ATTN JOHN P DILLMAN, ESQ<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | 13354<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $972.26 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, LATE-FILED CLAIM. |
| **Creditor Id:** 492843<br>COUNTY OF HARRIS/CITY OF HOUSTON<br>C/O LINEBARGER GOGGAN BLAIR, ET AL<br>ATTN JOHN P DILLMAN, ESQ<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | 13442<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $972.26 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, LATE-FILED CLAIM. |
| **Creditor Id:** 258194<br>COUNTY OF PAULDING TAX COMMISSIONER<br>PROPERTY TAX<br>ATTN J W WATSON, III<br>25 COURTHOUSE SQUARE, ROOM 203<br>DALLAS GA 30132-4133 | 4957<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $11,321.32 | NO AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. ASSERTED AMOUNT RELATES TO STORE CLOSED 6/14/2000. THERE WERE NO ASSETS IN THAT STORE IN 2005. |
| **Creditor Id:** 492940<br>COUNTY OF WARREN, OH<br>TREASURY DEPT<br>ATTN DAVID L SWIGERT<br>406 JUSTICE DRIVE<br>LEBANON OH 45036 | 13367<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $33,595.35 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. STORE WAS ASSIGNED TO BUEHLERS FOOD. ALSO, LATE-FILED CLAIM. |
| **Creditor Id:** 492844<br>ISD OF CYPRESS-FAIRBANKS<br>PO BOX 692003<br>HOUSTON TX 77269-2003<br>Counsel: ATTN: JOHN P DILLMAN, ESQ | 13355<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $2,001.56 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, LATE-FILED CLAIM. |

| | | |
|---|---|---|
| **Total Claims to be Disallowed:** | 6 | |
| **Total Amount to be Disallowed:** | $251,595.40 | **Plus Unliquidated Amounts, If Any** |

**<u>EXHIBIT D</u>**

**WINN-DIXIE STORES, INC., ET AL.**
**AD VALOREM TAX CLAIMS OBJECTION**
**EXHIBIT D - CLAIMS TO BE ALLOWED SUBJECT TO OFFSET**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Allowance |
|---|---|---|---|
| **Creditor Id:**  246140<br>CITY OF ROCKY MOUNT, NC<br>ATTN AUDREY FRIEDRICH, COLL DIV<br>PO BOX 1180<br>ROCKY MOUNT,  NC  27802-1180 | 169<br>**Debtor:  WINN-DIXIE STORES, INC.** | $1,430.87 | TO BE ALLOWED SUBJECT TO OFFSET OF CLAIM NUMBER 147. |
| **Creditor Id:**  258194<br>COUNTY OF PAULDING TAX COMMISSIONER<br>PROPERTY TAX<br>ATTN J W WATSON, III<br>25  COURTHOUSE SQUARE, ROOM 203<br>DALLAS  GA  30132-4133 | 4952<br>**Debtor:  WINN-DIXIE STORES, INC.** | $41,823.67 | TO BE ALLOWED IN ASSERTED LIQUIDATED AMOUNT SUBJECT TO OFFSET. |
| **Creditor Id:**  258194<br>COUNTY OF PAULDING TAX COMMISSIONER<br>PROPERTY TAX<br>ATTN J W WATSON, III<br>25  COURTHOUSE SQUARE, ROOM 203<br>DALLAS  GA  30132-4133 | 4953<br>**Debtor:  WINN-DIXIE STORES, INC.** | $2,726.85 | TO BE ALLOWED IN ASSERTED LIQUIDATED AMOUNT SUBJECT TO OFFSET. |
| **Creditor Id:**  258194<br>COUNTY OF PAULDING TAX COMMISSIONER<br>PROPERTY TAX<br>ATTN J W WATSON, III<br>25  COURTHOUSE SQUARE, ROOM 203<br>DALLAS  GA  30132-4133 | 4954<br>**Debtor:  WINN-DIXIE STORES, INC.** | $1,423.13 | TO BE ALLOWED IN ASSERTED LIQUIDATED AMOUNT SUBJECT TO OFFSET. |
| **Creditor Id:**  258194<br>COUNTY OF PAULDING TAX COMMISSIONER<br>PROPERTY TAX<br>ATTN J W WATSON, III<br>25  COURTHOUSE SQUARE, ROOM 203<br>DALLAS  GA  30132-4133 | 4955<br>**Debtor:  WINN-DIXIE STORES, INC.** | $1,164.38 | TO BE ALLOWED IN ASSERTED LIQUIDATED AMOUNT SUBJECT TO OFFSET. |

| | | | |
|---|---|---|---|
| **Total Claims to be Allowed:** | **5** | | |
| **Total Amount to be Allowed:** | **$48,568.90** | **Plus Unliquidated Amounts, If Any** | |

**<u>EXHIBIT E</u>**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors[1]. | ) | Jointly Administered |

**ORDER DISALLOWING (i) LATE FILED**
**AND DISPUTED AD VALOREM TAX CLAIMS AND**
**(ii) ALLOWING REMAINING TAX CLAIMS SUBJECT TO SETOFF**

These cases came before the Court for hearing on November 30, 2006, upon the

Debtor's objection to Ad Valorem Tax Claims (the "Objection") of Winn-Dixie Stores,

Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"), to the

proofs of claim listed on Exhibits A, B and C (the "Disputed Claims") attached to the

Objection and the motion to allow the claims listed on Exhibit D attached to the

Objection, subject to offset (the "Remaining Claims").  Upon consideration, it is

ORDERED AND ADJUDGED

1.    The Objection is sustained.

2.    The Disputed Claims listed on Exhibits A, B and C are disallowed in their

entirety.

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

3.     The Remaining Claims listed on Exhibit D are allowed subject to the Debtors' right to offset against such claims overpayments made to such taxing authority for previous years.

4.     Each claim and objection by the Debtors addressed by the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order is deemed a separate Order with respect to each claim.  Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order.

5.     Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any action against any of the claimants.

6.     This Order is without prejudice to the Debtors right to file any further objection to the Disputed Claims or the Remaining Claims.

Dated this _____ day of November, 2006, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

00548159