**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* ) |
| Debtors. | ) Jointly Administered ) |

**NOTICE OF AGREED ORDER RESOLVING CLAIM NUMBER
11821 FILED BY RIVERDALE FARMS, AS SET FORTH IN
THE DEBTORS' TWELFTH OMNIBUS CLAIMS OBJECTION**

> NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING
>
> Pursuant to Local Rule 2002-4, the court will consider this matter without further notice or hearing unless a party in interest files an objection within 20 days from the date of service of this paper. If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy on (i) James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com, and (ii) D.J. Baker, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, djbaker@skadden.com.
>
> If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors"), pursuant to Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure and Local Rule 2002-4, give notice of the proposed entry of the attached Agreed Order Resolving Claim Number 11821 Filed by Riverdale Farms, as set Forth in the Debtors' Twelfth Omnibus Claim Objection. If no objection to the proposed Agreed Order is filed and served within the time as set forth

above, the Court will be requested to enter the Agreed Order without further notice or hearing.

Dated: November 2, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker* | By   *s/ James H. Post* |
|     D. J. Baker |     Stephen D. Busey |
|     Sally McDonald Henry |     James H. Post |
|     Rosalie Walker Gray |     Cynthia C. Jackson, |
|     Jane M. Leamy |     Florida Bar Number 175460 |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida 32202 |
| (212) 735-3000 | (904) 359-7700 |
| (212) 735-2000 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | jpost@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**AGREED ORDER RESOLVING CLAIM NUMBER 11821
FILED BY RIVERDALE FARMS, AS SET FORTH IN THE
DEBTORS' TWELFTH OMNIBUS CLAIMS OBJECTION**

These cases originally came before the Court for hearing on June 29, 2006, upon the Twelfth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A through C to the Objection.[2] A response to the Objection was filed by Riverdale Farms, Inc., as a result of which the Debtors agreed to continue the Objection with respect to claim no. 11821 filed by Riverdale Farms Inc., among others. On June 29, 2006, the Court entered an order (Docket No. 8902) sustaining the Objection as to the proofs of claim listed on the exhibits to the order and continuing the hearing on the Objection as to claim no. 11821 and other unresolved claims. Based upon the representation by counsel to the Debtors and

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

3

counsel to Riverdale Farms Inc. that the proposed Agreed Order reflects a resolution of the Objection as to claim no. 11821 it is

ORDERED AND ADJUDGED:

1. Claim no. 11821 filed by Riverdale Farms Inc. is increased in amount to $1,457,002.52, of which $1,351,005.39 shall remain classified as an unsecured non-priority claim and $105,997.13 shall be reclassified as an administrative priority (reclamation) claim.

2. This Agreed Order resolves all liabilities and obligations related to claim no. 11821.

3. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this ____ day of _____, 2006 in Jacksonville, Florida.

---

Jerry A. Funk
United States Bankruptcy Judge

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | BROAD AND CASSEL |
|---|---|
| By  /s/ James H. Post | By  /s/ C. Craig Eller* |
|     James H. Post |     C. Craig Eller |
| Florida Bar Number 175460 | Florida Bar Number 767816 |
| 225 Water Street, Suite 1800 | One North Clematis Street, Suite 500 |
| Jacksonville, Florida 32202 | West Palm Beach, Florida 33401 |
| (904) 359-7700 | (561) 366-5373 |
| (904) 359-7708 (facsimile) | (561) 650-1153 (facsimile) |
| -and- | Attorneys for Riverdale Farms, Inc. |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | *Counsel has authorized his electronic signature |
| D. J. Baker | |
| Sally McDonald Henry | |
| Rosalie Walker Gray | |
| Jane M. Leamy | |
| Four Times Square | |
| New York, New York 10036 | |
| (212) 735-3000 | |
| (212) 735-2000 (facsimile) | |
| Co-Attorneys for Debtors | |