**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**STIPULATION AND WAIVER REGARDING TIME**
**REQUIREMENTS ON MOTION FOR RELIEF FROM**
**STAY FILED BY BELLSOUTH TELECOMMUNICATIONS, INC.**

The Debtors, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"), and BellSouth Telecommunications, Inc. stipulate and agree to waive the time requirements under Section 362 of the Bankruptcy Code for hearing the Motion for Relief from Stay filed by BellSouth (the "Motion") (Docket No. 11866). The parties also stipulate and agree to (i) the scheduling of the Motion for final hearing on or before December 15, 2006 and (ii) the continuation of the automatic stay in

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2

effect pending the conclusion of such hearing and determination of the Motion under Section 362(d).

Dated: November 2, 2006

| BERGER SINGERMAN, P.A. | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ Brian G. Rich*<br>     Brian G. Rich | By   *s/ Leanne McKnight Prendergast*<br>     Stephen D. Busey<br>     James H. Post<br>     Leanne McKnight Prendergast |
| Florida Bar Number 038229<br>200 S. Biscayne Blvd., Suite 1000<br>Miami, FL 33131<br>(305) 755-9500<br>(305) 714-4340<br>brich@bergersingerman.com | Florida Bar Number 59544<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>lprendergast@smithhulsey.com |
| -and- | -and- |
| Reginald A. Greene, Esq.<br>675 West Peachtree St., Suite 4300<br>Atlanta, GA 30375-0001<br>(404) 335-0761<br>(404) 614-4054<br><br>Attorneys for Bellsouth Telecommunications, Inc.<br><br>*Counsel has authorized his electronic signature. | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>rgray@skadden.com<br><br>Attorneys for the Debtors |

548282