**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors.¹ | ) Jointly Administered |
| | ) |

**NOTICE OF CHANGES TO EXHIBIT A-1 AND EXHIBIT B-1 OF
DEBTORS' OMNIBUS OBJECTION TO, AND MOTION TO ADJUST AND
CONFIRM AMOUNTS OF, (A) MANAGEMENT SECURITY PLAN CLAIMS AND
(B) SUPPLEMENTAL RETIREMENT PLAN CLAIMS, CONSISTENT WITH JOINT
PLAN OF REORGANIZATION (DOCKET NO. 11953)**

In connection with the Debtors' Omnibus Objection to, and Motion to Adjust and Confirm Amounts of, (a) Management Security Plan Claims and (b) Supplemental Retirement Plan Claims, Consistent with Joint Plan of Reorganization (Docket No. 11953) (the "MSP/SRP Objection"),² the Debtors provide notice of the attached revisions to Exhibit A-1 (MSP Claims exceeding $3,000) and Exhibit B-1 (SRP Claims exceeding $3,000).

The changes to Exhibit A-1 reflect a split in the Retirement Plan Claim amount of one MSP participant to reflect the terms of a divorce settlement order. The changes in Exhibit B-1 reflect corrections to the Retirement Plan Claim amounts of four SRP participants.

---

1　　In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2　　Capitalized terms used in this Notice without definition have the meanings prescribed in the MSP/SRP Objection.

The revisions will be reflected in the exhibits to be attached to the order entered pursuant to the MSP/SRP Objection.

Dated: November 2, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*  <br>    D. J. Baker <br>    Sally McDonald Henry <br>    Rosalie Walker Gray <br>    Jane M. Leamy <br> Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) <br> djbaker@skadden.com | By  *s/ James H. Post*  <br>    Stephen D. Busey <br>    James H. Post <br>    Cynthia C. Jackson, <br>    Florida Bar Number 175460 <br> 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> jpost@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

# REVISIONS TO EXHIBIT A-1

## MSP CLAIMS
**(Retirement Plan Claims/MSP Death Benefit Claims)**

**Exhibit A-1**

Page 1

**Name: COURTNEY, JAMES**

| MSP Claim to be Adjusted: | | | MSP Claim(s) to be Disallowed: | | |
|---|---|---|---|---|---|
| **Claim No.** | **Asserted Amount** | **Asserted Status** | **Claim No.** | **Asserted Amount** | **Asserted Status** |
| 11925 | $151,486.00 | Multiple | 6976 | $151,486.00 | Unsecured |

**MSP Claim Amount Determined by Debtors as of 2/21/2005:**

- -- Retirement Plan Claim (Present Value): $64,554.50
- Plus Correction to Present Value Calculation: $118.00
- -- MSP Death Benefit Claim (Present Value): $22,377.00 (Gross dollars below)

**MSP Claim Amount as Adjusted and Allowed:**

Corrected Retirement Plan Claim (Present Value): $64,672.50
Less Post-Petition Payments (Present Value): ($6,739.50)
**Allowed Retirement Plan Claim:** **$57,933.00 Unsecured; Plan Class 15**

MSP Death Benefit Claim (Gross): $57,406.00
Less Post-Petition Payments (Gross): ($0.00)
**Allowed MSP Death Benefit Claim:** **$57,406.00 Unsecured; Plan Class 2**

**Name: COURTNEY, LINDA**

| MSP Claim to be Adjusted: | | | MSP Claim(s) to be Disallowed: | |
|---|---|---|---|---|
| **Claim No.** | **Asserted Amount** | **Asserted Status** | **Claim No.** | **Asserted Amount** **Asserted Status** |
| 60171 | | | NONE | |

**MSP Claim Amount Determined by Debtors as of 2/21/2005:**

- -- Retirement Plan Claim (Present Value): $64,554.50
- Plus Correction to Present Value Calculation: $118.00
- -- MSP Death Benefit Claim (Present Value): $0.00 (Gross dollars below)

**MSP Claim Amount as Adjusted and Allowed:**

Corrected Retirement Plan Claim (Present Value): $64,672.50
Less Post-Petition Payments (Present Value): ($6,739.50)
**Allowed Retirement Plan Claim:** **$57,933.00 Unsecured; Plan Class 15**

MSP Death Benefit Claim (Gross): $0.00
Less Post-Petition Payments (Gross): ($0.00)
**Allowed MSP Death Benefit Claim:** **$0.00 Unsecured; Plan Class 2**

# REVISIONS TO EXHIBIT B-1

**SRP CLAIMS**
**(Retirement Plan Claims)**

**Name:** SELLERS,MARK A

| SRP Claim as Adjusted | | | SRP Claim(s) to be Disallowed | | |
|---|---|---|---|---|---|
| **Claim No.** | **Asserted Amount** | **Asserted Status** | **Claim No.** | **Asserted Amount** | **Asserted Status** |
| 7684 | $136,731.96 | Unsecured | NONE | | |

| SRP Claim Determined by Debtors as of 2/21/2005: | |
|---|---|
| Retirement Plan Claim | $136,731.96 |
| Less Post-Petition Payments: | ($0.00) |
| **Allowed Retirement Plan Claim:** | **$136,731.96   Unsecured; Plan Class 15** |

**Name:** WADFORD,HOWARD S

| SRP Claim as Adjusted | | | SRP Claim(s) to be Disallowed | | |
|---|---|---|---|---|---|
| **Claim No.** | **Asserted Amount** | **Asserted Status** | **Claim No.** | **Asserted Amount** | **Asserted Status** |
| 9280 | $119,678.92 | Unsecured | 9281 | $1,837.59 | Priority |

| SRP Claim Determined by Debtors as of 2/21/2005: | |
|---|---|
| Retirement Plan Claim | $119,678.92 |
| Less Post-Petition Payments: | ($0.00) |
| **Allowed Retirement Plan Claim:** | **$119,678.92   Unsecured; Plan Class 15** |

**Name:** WADDELL,TIMOTHY F

| SRP Claim as Adjusted | | | SRP Claim(s) to be Disallowed | | |
|---|---|---|---|---|---|
| **Claim No.** | **Asserted Amount** | **Asserted Status** | **Claim No.** | **Asserted Amount** | **Asserted Status** |
| 6597 | $32,985.99 | Unsecured | NONE | | |

| SRP Claim Determined by Debtors as of 2/21/2005: | |
|---|---|
| Retirement Plan Claim | $32,985.99 |
| Less Post-Petition Payments: | ($0.00) |
| **Allowed Retirement Plan Claim:** | **$32,985.99   Unsecured; Plan Class 15** |

**Name:** WALKER,STANLEY M

| SRP Claim as Adjusted | | | SRP Claim(s) to be Disallowed | | |
|---|---|---|---|---|---|
| **Claim No.** | **Asserted Amount** | **Asserted Status** | **Claim No.** | **Asserted Amount** | **Asserted Status** |
| 4817 | $42,873.18 | Unsecured | NONE | | |

| SRP Claim Determined by Debtors as of 2/21/2005: | |
|---|---|
| Retirement Plan Claim | $42,873.18 |
| Less Post-Petition Payments: | ($0.00) |
| **Allowed Retirement Plan Claim:** | **$42,873.18   Unsecured; Plan Class 15** |