UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                      CASE NO: 05-03817-3FQ
                                                            (Jointly Administered)
WINN-DIXIE STORES, INC., et. al.,                           CHAPTER 11

      Debtor

_____/

**RESPONSE TO THE DEBTORS' TWENTY-FOURTH ONMIBUS OBJECTION TO CLAIMS FILED BY BENNETT M. LIFTER, AS TRUSTEE OF THE WAIKIKI PARTNERSHIP OF THE DANIEL AND HELENE LIFTER TRUST FUNDS**

COMES NOW, **BENNETT M. LIFTER, AS TRUSTEE OF THE WAIKIKI PARTNERSHIP OF THE DANIEL AND HELENE LIFTER TRUST FUNDS ("LIFTER")**, by and through counsel, and responds as follows to the Debtors' Twenty-Fourth Omnibus Objection to Claims:

1.    LIFTER is the landlord under a lease agreement dated October 21, 1993 ("Lease") regarding store number 1665.

2.    On or about December 5, 2005 ("Rejection Date"), the Debtors rejected the Lease.

3.    On or about March 10, 2006, LIFTER filed Claim number 12972 in the amount of $328,543.56 for rejection damages.

4.    Unbeknownst to LIFTER, Principal Life Insurance ("Lender") filed a related Claim number 8835.

5.    On or about October 17, 2006, the Debtors filed their Twenty-Fourth Objection and objected to LIFTER's claim on the ground that LIFTER had assigned its rights to and a related claim was filed by the Lender.

1

6.       The Lender released any and all right, title and interest of any kind or lien that it had in, on, or in respect to Claim number 12972 and withdrew its related Claim number 8835. Copies of the Lien Release and letter withdrawing the Lender's claim are attached hereto as Composite Exhibit A.

7.       For the above and foregoing, LIFTER's claim should be allowed.

WHEREFORE BENNETT M. LIFTER, AS TRUSTEE OF THE WAIKIKI PARTNERSHIP OF THE DANIEL AND HELENE LIFTER TRUST FUNDS respectfully requests that the Court allow Claim number 12972 and grant such further relief as is necessary and just under the circumstances.

I HEREBY CERTIFY that on November 2, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the CM/ECF participants and mailed a copy to D.J. Baker, Esq., djbaker@skadden.com, SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, Four Times Square, New York, New York 10036.

Ben-Ezra & Katz, P.A.
2901 Stirling Road, Suite 300
Fort Lauderdale, FL  33132
Telephone: (305) 770-4100
Fax:          (305) 653-2329

By: /S/ Marc A. Ben-Ezra
     MARC. A. BEN-EZRA
     Fla. Bar No. 861189