**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**CITY OF NORFOLK'S RESPONSE TO DEBTORS' OBJECTION
TO LATE FILED AND DISPUTED AD VALOREM TAX
CLAIMS AND MOTION TO ALLOW REMAINING
CLAIMS SUBJECT TO SETOFF**

The City of Norfolk ("City") now comes and files this Response to Winn-Dixie Stores, Inc.'s, including twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"), objection under 11 U.S.C. §§ 502, 506 and 507 and Fed. R. Bankr. P. 3007 and 9014 (the "Objection"), to the claim previously filed herein by the City; and, in support of its Response, the City says and requests as follows:

1.     On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code").  The Debtors' cases are being jointly administered for procedural purposes only.

2.     On March 1, 2005, pursuant to section 1102 of the Bankruptcy Code, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors Committee") to serve in these cases.

An official committee of equity security holders appointed by the U.S. Trustee on August 17, 2005 was subsequently disbanded by the U.S. Trustee by notice dated January 11, 2006.

3.    The Debtors have filed the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (as modified, the "Chapter 11 Plan"), which is currently pending before the Court following a confirmation hearing held on October 13, 2006.  If the Chapter 11 Plan is confirmed by order of the Court, the Chapter 11 Plan will become effective on the date on which the conditions precedent to its effectiveness are satisfied or waived.

4.    The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding under 28 U.S.C. §157(b)(2).

5.    Since the Petition Date, the Debtors have filed five omnibus objections to tax claims and motions for order determining tax values and liabilities (collectively, the "Tax Claim Objections").   By the Tax Claim Objections, in addition to requesting a reduction in amounts, the Debtors seek authority to offset overpayments made to the relevant taxing authorities in prior years against present liabilities.  The City timely filed its response to the Debtor's Tax Claim Objections and the hearing on the Tax Claim Objection, as it pertains to the City, has been continued.  No order from this Court has been entered disallowing the City's tax claim, nor authorize the Debtors to offset against such claims and liabilities overpayments made by the Debtors in prior years.

6.    The City's claim is not a late-filed claim. By Order issued and filed by this Court on 09/07/2006, Document No. 10808, the Court Ordered that the City's claim No. 13234 is deemed timely filed.

7.    Thus, the City timely responded and objected to each of the Debtors' Tax Claim Objections; and, further, filed its Motion for Leave to File a Late Claim, to which

the Debtors consented. With that consent, a Consent Order was filed and entered by the Court, as described in paragraph 6.

Wherefore, for the reasons stated, the City asks the Court to enter an order denying the Debtors' Objection and request for disallowance of the City's claim.

Dated:  November 3, 2006

**CITY OF NORFOLK**

By: /s/ Charles Stanley Prentace
         Counsel

**Charles Stanley Prentace**
Deputy City Attorney
810 Union Street
900 City Hall Building
Norfolk, VA 23510
Telephone:  (757) 664-4529
Telefax: (757) 664-4201
Of Counsel for City of Norfolk

**CERTIFICATE OF SERVICE**

I certify that a copy of the Response to Debtors' Objection to Late Filed and Disputed Ad Valorem Tax Claims and Motion to Allow Remaining Claims Subject to setoff was furnished by electronic mail on November 3, 2006, to:

| | |
|---|---|
| SKADDEN, ARPS, SALTE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
| D. J. Baker | Cynthia C. Jackson |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida 32202 |
| djbaker@skadden.com | cjackson@smithhulsey.com |

/s/ Charles Stanley Prentace
         Counsel