## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC. *et al.*, ) | |
| ) | Chapter 11 |
| Debtors.[1] ) | |
| ) | Jointly Administered |

### WILDMAN, HARROLD, ALLEN & DIXON LLP'S MOTION TO WITHDRAW AS COUNSEL FOR LN INTERNATIONAL, INC. F/K/A SCUNCI INTERNATIONAL

Wildman, Harrold, Allen & Dixon LLP, and all of its partners, associates and other attorneys, (individually or collectively the "Wildman Firm"), counsel for LN International Inc. f/k/a Scunci International ("Scunci"), hereby requests that it be removed from the official service list and be granted leave to withdraw as counsel for Scunci, and in support thereof, the Wildman Firm states as follows:

1. The Wildman Firm filed proof of claim number 7737 (the "Claim") on behalf of Scunci and has negotiated with the debtors to reconcile that Claim. The Wildman Firm now seeks to withdraw as counsel for Scunci in this matter.

2. Scunci will suffer no prejudice from the withdrawal of the Wildman Firm at this juncture. Since the Wildman Firm filed the Claim and last negotiated for its reconciliation, the Wildman Firm has been advised that PNC Bank, National Association has taken peaceful possession of all of Scunci's assets, including the Claim. *See* letter dated May 16, 2006 from PNC Bank, attached hereto as **Exhibit A**. As a result, Scunci, through its Vice Chairman, Lewis

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwick Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc. and Winn-Dixie Supermarkets, Inc.

471015-1

Hendler, has directed the Wildman Firm to transfer its file on the Claim to PNC Bank. *See* email from L. Hendler, attached hereto as **Exhibit B**.

3. The Wildman Firm now requests that it be removed from the service list and otherwise be permitted to withdraw as counsel for Scunci in connection with the Claim, and that notice of all matters and pleadings related to the Claim be served on PNC Bank, through its counsel,

> Tobey Marie Daluz, Esq.
> Jennifer A. L. Kelleher, Esq.
> BALLARD SPAHR ANDREWS & INGERSOLL, LLP
> 919 Market Street, 12th Floor
> Wilmington, Delaware 19801
> (302) 252-4465.

### Notice

4. Notice of this Motion has been provided to (a) counsel for the Debtors; (b) counsel to the Office of the United States Trustee; (c) counsel for the Creditors' Committee; and (d) all other parties receiving notice electronically by the Court in these cases. No other or further notice need be given.

WHEREFORE, for the foregoing reasons, the Wildman Firm respectfully requests that this Court enter an order:

(a) granting it leave to withdraw as counsel for creditor LN International, Inc. f/k/a Scunci International Inc.;

(b) directing that such withdrawal be effective *instanter* and without further notice or action; and

(c)     for any other relief that this Court deems just.

Dated:     November 3, 2006

        Jonathan W. Young (IL No. 06204590)
        David P. Vallas (IL No. 06273499)
        Wildman, Harrold, Allen & Dixon LLP
        225 West Wacker Drive, Suite 3000
        Chicago, Illinois 60606-1229
        Tel:  (312) 201-2000
        Fax:  (312) 201-2555

- and -

BERGER SINGERMAN, P.A.
Counsel for Wildman Firm
350 East Las Olas Boulevard
Suite 1000
Fort Lauderdale, Florida 33301
Tel:   (954) 525-9900
Fax:   (954) 523-2872

By:   /s/  Brian G. Rich
     Brian G. Rich
     Florida Bar No.  038229
     brich@bergersingerman.com
     Leslie Gern Cloyd
     Florida Bar No.  303305
     lcloyd@bergersingerman.com