## Vallas, David

| | |
|---|---|
| **From:** | Lew Hendler [lhendler@tmprop.com] |
| **Sent:** | Saturday, September 09, 2006 11:45 AM |
| **To:** | Vallas, David |
| **Cc:** | jmm@hangley.com |
| **Subject:** | RE: Winn Dixie Bankruptcy |

It is correct that PNC has taken peaceful possession of LN's assets including the claim against Winn Dixie. You may transfer the file to them.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Lewis Hendler
P.O .Box 689
Huntingdon Valley, PA 19006

215 376 0146   office
215 689 1913   facsimile
215 783 6231   mobile
lhendler@tmprop.com

EXHIBIT B