UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                CASE NO.: 3:05-bk-03817-JAF

                                      CHAPTER 11

WINN-DIXIE STORES, INC., et. al.,

        Debtors.      Jointly Administered

RESPONSE OF CHESTER DIX JEFFERSONTOWN CORP. TO
DEBTORS' TWENTY-FOURTH OMNIBUS OBJECTION TO (A) NO
LIABILITY CLAIMS, (B) NO LIABILITY MISCLASSIFIED
CLAIMS, (C) OVERSTATED CLAIMS, (D) OVERSTATED
MISCLASSIFIED CLAIMS, (E) MISCLASSIFIED CLAIMS,
(F) DUPLICATE LIABILITY CLAIMS AND (G) AMENDED AND
<u>SUPERSEDED CLAIMS</u>

Chester Dix Jeffersontown Corp. ("Chester Dix"), by and through its undersigned counsel, responds to the Debtors' Twenty-Fourth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Overstated Claims, (D) Overstated Misclassified Claims, (E) Misclassified Claims, (F) Duplicate Liability Claims and (G) Amended and Superseded Claims (the "Objection") and states as follows:

1.  On July 26, 2005, Chester Dix timely filed a proof of claim in the amount of $4,165,305.80. The proof of claim is identified as claim no. 7711.

2.  On or about October 17, 2006, the Debtors filed the Objection. Chester Dix's proof of claim no. 7711 is

subject to the Objection as a result of being identified in Exhibit "A" of the Objection.

3. In Exhibit "A" of the Objection, the Debtors allege that their books and records reflect no amount due to Chester Dix, and that Chester Dix assigned its rights to, and a related claim was asserted by, United Commercial Mortgage Corp.

4. Chester Dix has no objection to the Debtors disallowing proof of claim no. 7711, provided that claim no. 7701 filed by United Commercial Mortgage Corp. in the amount of $4,165,305.80, is deemed allowed as filed.

5. Chester Dix reserves the right to amend, supplement or modify this response as deemed necessary.

DATED this 3 day of November, 2006.

HELD & ISRAEL

By: /s/ _____
Kimberly Held Israel, Esquire
Florida Bar #47287
Adam N. Frisch, Esquire
Florida Bar #635308
afrisch@hilawfirm.com
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile

2