UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    CASE NO.: 3:05-bk-03817-JAF

CHAPTER 11

WINN-DIXIE STORES, INC., et. al.,

        Debtors.      Jointly Administered

_____

RESPONSE OF UNITED COMMERCIAL MORTGAGE CORP. TO DEBTORS' TWENTY-FOURTH OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS, (B) NO LIABILITY MISCLASSIFIED CLAIMS, (C) OVERSTATED CLAIMS, (D) OVERSTATED MISCLASSIFIED CLAIMS, (E) MISCLASSIFIED CLAIMS, (F) DUPLICATE LIABILITY CLAIMS AND (G) AMENDED AND SUPERSEDED CLAIMS

United Commercial Mortgage Corp. ("United"), by and through its undersigned counsel, responds to the Debtors' Twenty-Fourth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Overstated Claims, (D) Overstated Misclassified Claims, (E) Misclassified Claims, (F) Duplicate Liability Claims and (G) Amended and Superseded Claims (the "Objection") and states as follows:

    1.   On July 26, 2005, United timely filed a proof of claim in the amount of $4,165,305.80. The proof of claim is identified as claim no. 7701.

    2.   On or about October 17, 2006, the Debtors filed the Objection. United's proof of claim no. 7701 is subject

to the Objection as a result of being identified in Exhibit "C" of the Objection.

3. In Exhibit "C" of the Objection, the Debtors allege that that United's proof of claim amount should be reduced to $854,222.82. The Debtors allege that the reduced amount reflects the accurate calculation of rejection damages.

4. United objects to the Debtors' calculation of rejection damages. United believes its calculation of rejection damages is correct, and thus no amount should be removed from its proof of claim due to any overstatement of rejection damages.

5. United believes its proof of claim amount should remain at $4,165,305.80, rather than the $854,222.82 that the Debtors propose.

6. United reserves the right to amend, supplement or modify this response as deemed necessary.

DATED this 3 day of November, 2006.

HELD & ISRAEL

By: /s/
Kimberly Held Israel, Esquire
Florida Bar #47287
Adam N. Frisch, Esquire
Florida Bar #635308
afrisch@hilawfirm.com
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile