**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| | ) | |

**AGREED ORDER OF RESOLUTION OF THE**
**LITIGATION CLAIM OF JESSICA SMITH (CLAIM NO. 4553)**

These cases are before the Court upon the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and claimant, Jessica Smith (the "Claimant"), in accordance with the Order Approving Claims Resolution Procedure and Authorizing Debtors to Settle or Liquidate Certain Litigation Claims (Docket No. 3326). The Court finds that the proposed Agreed Order is for an agreed amount less than the $50,000 notice threshold established in the Claims Resolution Procedure. Accordingly, it is

ORDERED AND ADJUDGED:

1.     Claim No. 4553 filed by Claimant is allowed as an unsecured non-priority claim in the amount of $5,000.00 ($685.99 of which shall be allocated to Health Management Systems) against Winn-Dixie Stores, Inc. in Case No. 05-03817 which the Debtors are authorized to pay in full in accordance with the Claims Resolution Procedure.

2.     This Agreed Order resolves (i) all liabilities and obligations related to Claim No. 4553 and (ii) all other claims the Claimant has or may have against the Debtors and any of their Chapter 11 estates, officers, employees, agents, successors or assigns as of the date of this Agreed Order, all of which are forever waived, discharged and released.

3.      The Claimant will dismiss with prejudice any legal proceeding commenced by Claimant against the Debtors in this Court or in any other forum.

4.      The Debtors do not, by this Order or the Claims Resolution Procedure, acknowledge the validity of any Litigation Claim or the existence of coverage under any Insurance Policy with respect to of any Litigation Claim, or make any admission of liability.  The Claimant, not the Debtors, will be solely responsible for payment of all medical costs or reimbursement liabilities, if any, relating to each settled claim.  This settlement is contingent upon the satisfaction of any Medicare or Medicaid lien prior to the distribution of any monies or property pursuant to this settlement agreement.

5.      The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this _2_ day of _November_ 2006, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge


Copy to:

James H. Post

[James H. Post is directed to serve a copy of this order on the Claimant and file a proof of service.]

2

## **Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By_____
           James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)

Attorneys for the Debtors

By_Kathleen Smith_____
           Kathleen Smith

P.O. Box 1753
Jupiter, Florida 33468

On behalf of Jessica Smith, a minor


HEALTH MANAGEMENT SYSTEMS


By_____
           Susan Allan

2002 Old St. Augustine Road, Suite E-42
Tallahassee, Florida 32301

Case Manager

## **Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By_____          By_____
     James H. Post                                     Kathleen Smith

Florida Bar Number 175460                  P.O. Box 1753
225 Water Street, Suite 1800               Jupiter, Florida 33468
Jacksonville, Florida 32202
(904) 359-7700                             On behalf of Jessica Smith, a minor
(904) 359-7708 (facsimile)

Attorneys for the Debtors

                                  HEALTH MANAGEMENT SYSTEMS

                                  By _SML C ESQ for_
                                    Susan Allan
                              Floyd Faglie
                                    2002 Old St. Augustine Road, Suite E-42
                                    Tallahassee, Florida 32301

                                  Case Manager

3