**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : Case No.: 05-03817-3F1 |
| WINN-DIXIE STORES, INC., | : |
| et al., | : Jointly Administered) |
|  | : |
| Debtors. | : Hearing Date: November 30, 2006 at 1:00 p.m. |

**CITY OF NORFOLK'S MOTION FOR**
**A TELEPHONE HEARING**

Comes now, the City of Norfolk ("City"), by counsel, and moves the Court allow argument on hearings, except evidentiary, by telephone conference without Court appearance, and in support of the motion states as follows:

1. The City came and timely filed its response to the Debtors' Objection to Late Failed and Disputed Ad Valorem Tax Claims and Motion to Allow Remaining Claims Subject to Setoff (the "Tax Claim Objection").

2. The City's claim, which is the subject of the Debtor's Tax Claim Objection, is in excess of $23,000.00.

3. It would constitute a burden upon the City of Norfolk to send a representative to Jacksonville, Florida, to appear in person at the hearing.

4. By Order dated May 5, 2006, this Court waived the requirement for the City to retain local counsel.

5. The City requests that its counsel be allowed to participate in the hearing scheduled for November 30, 2006, at 1:00 p.m., and any future non-evidentiary hearings in the case, by means of a telephone conference, or, in the alternative, that the Court takes the matter under submission based only upon the pleadings filed in this case.

**WHEREFORE**, the City requests that its counsel be allowed to appear and participate by telephone conference or, in the alternative, that the Court take this matter under submission based upon the pleadings previously submitted in this case.

Respectfully submitted,

**CITY OF NORFOLK**

/s/ Charles Stanley Prentace_____
    Charles Stanley Prentace
    VSB#015201

**Charles Stanley Prentace, Esquire**
Deputy City Attorney
VSB # 15201
900 City Hall Building
Norfolk, Virginia 23510
Telephone: (757) 664-4529
Facsimile: (757) 664-4201
E-mail: charles.prentace@ norfolk.gov
Counsel for the City of Norfolk

**CERTIFICATE OF SERVICE**

I certify that a copy of the Response to Debtors' Objection to Late Filed and Disputed Ad Valorem Tax Claims and Motion to Allow Remaining Claims Subject to setoff was furnished by electronic mail on November 3, 2006, to:

| | |
|---|---|
| SKADDEN, ARPS, SALTE, MEAGHER & FLOM, LLP<br>D. J. Baker<br>Four Times Square<br>New York, New York 10036<br>djbaker@skadden.com | SMITH HULSEY & BUSEY<br>Cynthia C. Jackson<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>cjackson@smithhulsey.com |

/s/ Charles Stanley Prentace
    Counsel

2