Form 210A (10/06)

F I L E D
JACKSONVILLE, FLORIDA

NOV 0 2 2006

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# UNITED STATES BANKRUPTCY COURT

## Middle District Of Florida

In re _____Winn-Dixie Stores, Inc._____,    Case No. 05-03817

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

HPNC, LLC
Name of Transferee

Deutsche Bank Trust Company of Americas, as Pass-Through Trustee and as Indenture Trustee
Name of Transferor

Name and Address where notices to transferee
Should be sent

Court Claim # (if known): 8881
Amount of Claim: $9,614,876.87
Date Claim Filed: July 29, 2005

Scott P. Vaughn
Helms Mulliss & Wicker, PLLC
PO Box 31247 (28231)
201 North Tryon Street
Charlotte, North Carolina 28202

Phone: 704-343-2006
Last Four Digits of Acct #:_____

Phone (212) 250-2921
Last Four Digits of Acct. #:_____

Name and Address where transferee payments
Should be sent (if different from above):

Phone:_____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Scott P. Vaughn
Scott P. Vaughn, Transferee's Agent

Date: October 30, 2006

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

C815909.1

Form 210B (10/06)

# United States Bankruptcy Court

_____Middle_____ District Of _____Florida_____

In re Winn-Dixie Stores, Inc.____,    Case No. 05-03817_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 8881 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on October 25, 2006 (date).

Deutsche Bank Trust Company
Americas, as Pass-Through Trustee
and as Indenture Trustee
Name of Alleged Transferor

HPNC, LLC
Name of Transferee

Address of Alleged Transferor:

60 Wall Street
MS NYC60-2720
New York, NY 10005-2858

Address of Transferee:

Scott P. Vaughn
Helms Mulliss & Wicker, PLLC
201 North Tryon Street, Ste 2600
P.O. Box 31247 (28231-1247)
Charlotte, NC 28202

~~ DEADLINE TO OBJECT TO TRANSFER ~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
**CLERK OF THE COURT**

C815882.1