**EXHIBIT A – GATOR CLAIM**

-8-

| United States Bankruptcy Court Middle District of Florida | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: Winn-Dixie Stores, Inc.; Winn-Dixie Charlotte, Inc. | Case Number: 05-03817 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>Gator Coastal Shopping Centre, LLC    410722 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where notices should be sent:<br>Kyle R. Grubbs<br>FROST BROWN TODD LLC<br>2200 PNC Center<br>201 East Fifth Street<br>Cincinnati, Ohio 45202<br>Telephone: 513-651-6800<br>Facsimile: 513.651.6981 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☒ Check box if the address differs from the address on the envelope sent to you by the court. | This space is for Court Use Only |
| Account or other number by which creditor identifies debtor:<br><br>Coastal Mall Shopping Center #2124 | Check here ☐ replaces<br>if this claim ☒ amends a previously filed claim, dated: July 26, 2005 | |

| 1. Basis for Claim<br>☐ Goods sold<br>☐ Services performed<br>☐ Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☒ Other Lease Obligations. | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)<br>☐ Wages, salaries, and compensation (Fill out below)<br><br>Your SS#: ___ - ___ - ___<br><br>Unpaid compensation for services performed<br>from _____ to _____<br>     (date)         (date) |
|---|---|
| 2. Date debt was incurred: See Exhibit A | 3. If court judgment, date obtained: |

4. Total Amount of Claim at Time Case Filed: $547,717.11      N/A       $38,760.55       $586,477.66
                                           (unsecured)     (secured)    (priority)        (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| 5. Secured Claim.<br>☐ Check this box if your claim is secured by collateral (including a right of setoff).<br><br>Brief Description of Collateral:<br>☐ Real Estate    ☐ Motor Vehicle<br>☐ Other _____<br><br>Value of Collateral: $_____<br>Amount of arrearage and other charges at time case filed included in secured claim, if any $_____<br><br>6. Unsecured Nonpriority Claim $547,717.11<br>☒Check this box if: a) there is no collateral or lien securing your claim, or (b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority. | 7. Unsecured Priority Claim.<br>☒ Check this box if you have an unsecured priority claim<br>Amount entitled to priority $38,760.55<br>Specify the priority of the claim:<br>☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).<br>☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).<br>☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(6).<br>☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507(a)(7).<br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).<br>☒ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(1).<br>*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |
|---|---|

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is for Court Use Only

RECEIVED 2005 JUL 29 PM 3:12
U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA
LOGAN & COMPANY, INC. AS AGENT

Date: 7/28/05   Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Kyle R. Grubbs, Attorney in Fact

## EXHIBIT A

This claim is for rent and related lease obligations and for rejection damages owing under that certain Lease dated February 1, 1985 between Coastal Mall Associates, a New Jersey limited partnership as Lessor and Mountcastle Corporation as Lessee, as amended May 7, 1985 and on or about March 31, 1994; Land Sub-Lease dated as of May 7, 1985 between Mountcastle Corporation as Landlord and Winn-Dixie Charlotte, Inc., as Tenant; Attornment Agreement dated May 7, 1985, recorded in Book 966 at page 540; Non-Disturbance and Attornment Agreement dated September 13, 1990, recorded in Book 1422 at page 70; Non-Disturbance and Attornment Agreement dated September 18, 1990, recorded in Book 1422 at page 78; Amendment to Lease Agreement and Subordinate Agreements recorded May 2, 1994 in Book 1721 at page 551; Mortgage and Security Agreement and Assignment of Lessor's Interest in Leases dated September 18, 1990 in favor of Principal Mutual Life Insurance Company.

Winn-Dixie #2124

    Pre-Petition (1/1/05 - 1/21/05)
| | |
|---|---|
| RET | $ 3,842.80 |
| INS | $ 3,335.28 |
| | $ 7,178.08 |

Post-Petition (unpaid rent)

| | |
|---|---|
| May 2005 rent | $25,094.59 |
| RET (2/22/05 - 5/31/05) | $ 7,316.10 |
| INS (2/22/05 - 5/31/05) | $ 6,349.86 |
| | $38,760.55 |

2. Rejection Damages

| | |
|---|---|
| Rent | $301,135.00 |
| CAM | $ 39,018.00 |
| RET | $ 26,975.23 |
| INS | $ 23,410.80 |
| | $390,539.03 |

3. Deferred Maintenance   $150,000.00

CinLibrary TMP.TMP 1527263v.1