UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | ) | Chapter 11 – Jointly Administered |
| | ) | |
| Debtor(s) | ) | |

### RESPONSE BY JEFFERSON-PILOT LIFE INSURANCE CO. TO DEBTORS' TWENTY-FOURTH OBJECTION TO CLAIMS

NOW COMES Jefferson-Pilot Life Insurance Co. ("Claimant"), by and through counsel and pursuant to Bankruptcy Rule 9014, and responds to Debtors' Twenty-Fourth Omnibus Objection to Claims filed by Debtors on October 17, 2006 wherein Debtors objected to claim number 8569 filed by Claimant. In support of this Response, Claimant respectfully shows unto the Court as follows:

1. On or about July 29, 2005, Claimant timely filed claim number 8569 ("Claim") asserting a contingent and unliquidated claim.

2. As set forth in the Statement of Claim attached to the Claim, on or about November 5, 1997, Claimant entered into a Promissory Note with Southeast US Retail Fund, LP ("Landlord") in the original principal amount of $4,775,000.00 (the "Note"). The obligations under the Note were secured by an Absolute Assignment of Rents and Profits and Collateral Assignment of Leases dated November 25, 1997 and a Deed of Trust, Security Agreement and Fixture Filing dated November 25, 1997 with respect to the property located at 8644 East Brainerd, Chattanooga, Tennessee (the "Property"). On or about August 30, 1996, Bright-Brainerd Associates, LP a company, entered into a Lease with Winn-Dixie Atlanta, Inc. for the Property. Winn-Dixie Stores, Inc. executed an unconditional guaranty of Winn-Dixie Atlanta,

NPGBO1:752598.1-

Inc.'s obligations under the Lease dated August 30, 1996. Brite Brainerd assigned its interest as landlord in the Lease to Southeast US Retail Fund

3. On October 25, 2006, at the request of Debtors, Claimant provided Debtors with an Assignment of Rents documenting Claimant's direct, security interest in the claim. Pursuant to the Assignment of Rents, Claimant requests that any distribution on Landlord's Claim Number 11780 be paid pursuant to an Escrow Agreement between the Landlord and Claimant, a draft of which is attached hereto as Exhibit A.

4. Debtors objected to the Claim contending that the claim should be reclassified as "Unsecured, Non-Priority." Claimant does not object to the reclassification.

6. Debtors further objected to the Claim on the grounds that there is "no liability per Debtors' Books and Records" and that the proper creditor is Southeast US Retail Fund, the landlord/borrower under the loan documents, who filed claim number 11780 in the sum of $101,402.00. Upon information and belief, Southeast US Retail Fund filed amended claim number 12496 on November 17, 2005 in the sum of $550,819.72 for lease rejection damages.

7. Provided that Debtors agree to pay a distribution on claim number 11780 and/or claim number 12496 to the Escrow Agent, First Southern Mortgage of Tennessee, pursuant to the Escrow Agreement and Assignment of Rents, Claimant agrees that its Claim should be disallowed as a duplicate.

WHEREFORE, Claimant respectively prays that the Court:

1. Deny the Debtors' objection to Claim No. 8569;

2. Allow the claim to be paid to the Landlord pursuant to an Escrow Agreement between Claimant and the Landlord; and

3. Grant Claimant such other and further relief as the Court deems just and proper.

This the  3rd  day of November, 2006.

                                   /s/ Christine Myatt
                                   Christine L. Myatt
                                   N. C. State Bar No. 10444
                                   Benjamin A. Kahn
                                   N. C. State Bar No. 20004
                                   Attorneys for Jefferson-Pilot Life Insurance Company.

OF COUNSEL:

NEXSEN PRUET ADAMS KLEEMEIER, PLLC
Lake Point
701 Green Valley Road, Suite 100
Post Office Box 3463
Greensboro, NC 27402
(336) 373-1600

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 – Jointly Administered |
| ) | |
| Debtor(s) ) | |

### CERTIFICATE OF SERVICE

This is to certify that the foregoing **RESPONSE BY JEFFERSON-PILOT LIFE INSURANCE COMPANY TO DEBTORS' TWENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS** was served upon the following by depositing a copy of the same in the United States Mail, first Class, post pre-paid, addressed as follows:

Logan & Company, Inc.,
Attn: Winn-Dixie Claim Center
546 Valley Road
Upper Montclair, NJ 07043

Stephen D. Busey
Cynthia Jackson
James H. Post
Counsel for Debtors
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202

D.J. Baker (via email)
Counsel for Debtors
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
djbaker@skadden.com

This the 3rd day of November, 2006.

_____
Christine L. Myatt
N. C. State Bar No. 10444
Benjamin A. Kahn
N. C. State Bar No. 20004
Attorneys for Jefferson-Pilot Life Insurance Company

OF COUNSEL:
NEXSEN PRUET ADAMS KLEEMEIER, PLLC
701 Green Valley Road, Suite 100
Post Office Box 3463
Greensboro, NC 27402
(336) 373-1600

NPGBO1:752598.1-