**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In Re: ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 – Jointly Administered |
| ) | |
| Debtor(s) ) | |

**RESPONSE BY JEFFERSON-PILOT LIFE INSURANCE CO. TO DEBTORS'
TWENTY-FOURTH OBJECTION TO CLAIMS**

NOW COMES Jefferson-Pilot Life Insurance Co. ("Claimant"), by and through counsel and pursuant to Bankruptcy Rule 9014, and responds to Debtors' Twenty-Fourth Omnibus Objection to Claims filed by Debtors on October 17, 2006 wherein Debtors objected to claim number 8576 filed by Claimant. In support of this Response, Claimant respectfully shows unto the Court as follows:

1. On or about July 29, 2005, Claimant timely filed claim number 8576 ("Claim") asserting a contingent and unliquidated claim.

2. As set forth in the Statement of Claim attached to the Claim, on or about September 26, 1994, Claimant entered into a Promissory Note with Cliffdale Corner, Inc. ("Landlord") in the original principal amount of $3,550,000.00 (the "Note"). The obligations under the Note were secured by a Deed of Trust dated September 26, 1994 and Assignment of Leases, Rents and Profits dated September 26, 1994 with respect to the property located at 690 Reily Road, Fayetteville, North Carolina (the "Property"). On or about September 27, 1984, Cliffdale Corner, Inc. entered into a Lease with Winn-Dixie Raleigh, Inc. for the Property. Winn-Dixie Stores, Inc. executed an unconditional guaranty of Winn-Dixie Raleigh, Inc.'s obligations under the Lease dated July 7, 1993.

3. On October 25, 2006, at the request of Debtors, Claimant provided Debtors with an Assignment of Rents documenting Claimant's direct, security interest in the claim. Pursuant to the Assignment of Rents, Claimant requests that any distribution on the Landlord's lease rejection claim be paid pursuant to an Escrow Agreement between the Landlord and Claimant, a draft of which is attached hereto as Exhibit A.

4. Debtors objected to the Claim contending that the claim should be reclassified as "Unsecured, Non-Priority." Claimant does not object to the reclassification.

5. Debtors further objected to the Claim on the grounds that there is "no liability per Debtors' Books and Records". Upon information and belief, Cliffdale Corner, Inc. filed amended claim number 13002 on March 22, 2006 in the sum of $580,012.70 for lease rejection damages.

6. Provided that Debtors agree to pay a distribution on claim number 13002 to the Escrow Agent, Professional Mortgage, pursuant to the Escrow Agreement and Assignment of Rents, Claimant agrees that its Claim should be disallowed as a duplicate.

WHEREFORE, Claimant respectively prays that the Court:

1. Deny the Debtors' objection to Claim No. 8576;

2. Allow the claim to be paid to the Landlord pursuant to an Escrow Agreement between Claimant and the Landlord; and

3. Grant Claimant such other and further relief as the Court deems just and proper.

NPGBO1:753455.1-

This the 3RD day of November, 2006.

                                                 /s/ Christine L. Myatt
Christine L. Myatt
N. C. State Bar No. 10444
Benjamin A. Kahn
N. C. State Bar No. 20004
Attorneys for Jefferson-Pilot Life Insurance Company.

OF COUNSEL:

NEXSEN PRUET ADAMS KLEEMEIER, PLLC
Lake Point
701 Green Valley Road, Suite 100
Post Office Box 3463
Greensboro, NC 27402
(336) 373-1600

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 – Jointly Administered |
| ) | |
| Debtor(s) ) | |

### CERTIFICATE OF SERVICE

This is to certify that the foregoing **RESPONSE BY JEFFERSON-PILOT LIFE INSURANCE COMPANY TO DEBTORS' TWENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS** was served upon the following by depositing a copy of the same in the United States Mail, first Class, post pre-paid, addressed as follows:

Logan & Company, Inc.,
Attn: Winn-Dixie Claim Center
546 Valley Road
Upper Montclair, NJ 07043

Stephen D. Busey
Cynthia Jackson
James H. Post
Counsel for Debtors
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202

D.J. Baker (via email)
Counsel for Debtors
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
djbaker@skadden.com

This the 3rd day of November, 2006.

_/s/ Christine L. Myatt_
Christine L. Myatt
N. C. State Bar No. 10444
Benjamin A. Kahn
N. C. State Bar No. 20004
Attorneys for Jefferson-Pilot Life Insurance Company

OF COUNSEL:
NEXSEN PRUET ADAMS KLEEMEIER, PLLC
701 Green Valley Road, Suite 100
Post Office Box 3463
Greensboro, NC 27402
(336) 373-1600

NPGBO1:753455.1-