**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

IN RE:                                          *       Chapter 11
                                                *
WINN-DIXIE STORES, INC., et al.,                *       Case No. 05-03817-3F1
                                                *
           Debtors.                             *       (Jointly Administered)
                                                *

**GEORGIA DEPARTMENT OF COMMUNITY HEALTH'S RESPONSE TO
DEBTORS' TWENTY-FIFTH OMNIBUS OBJECTION TO (A) DUPLICATE
LIABILITY CLAIMS, (B) AMENDED AND SUPERCEDED CLAIMS, (C) NO
LIABILITY CLAIMS, (D) NO LIABILITY MISCLASSIFIED CLAIMS, (E)
OVERSTATED CLAIMS, (F) OVERSTATED MISCLASSIFIED CLAIMS, (G)
UNLIQUIDATED CLAIMS, (H) MISCLASSIFIED UNLIQUIDATED CLAIMS,
(I) EXECUTORY CONTRAT CLAIMS AND (J) LATE CLAIMS**

COMES NOW the Georgia Department of Community Health, by and through

counsel, Thurbert E. Baker, Attorney General for the State of Georgia, and responds to

the Debtors' Twenth-Fifth Omnibus Objection to Claims filed in the above case as

follows:

The Debtors seek to disallow claim number 13246 filed by the Georgia

Department of Community Health.  This proof of claim addresses the same amount that

is addressed in the Department's proof of claim number 4148.  The Department's claims

result from pre-petition adjustments to Georgia Medicaid payments to Winn-Dixie

Stores, Inc.   The Department paid claims to Winn-Dixie Stores, Inc. that were

subsequently determined to have been over paid or paid in error. The relevant provider

numbers are 3000337090B, 300037090C and 300037090H.  Proof of claim number 4148

is the subject of the Debtors' Seventeenth Omnibus Objection.  The Department of

Community Health has provided documentation to the Debtors regarding the Seventeenth

Omnibus Objection in an effort to resolve the Objection.

WHEREFORE, the Georgia Department of Community Health respectfully

requests that its claim be allowed as filed and that it be granted such other and further

relief as this Court deems just and proper.

This 3rd day of November, 2006.

<div style="margin-left: 40%;">

Respectfully submitted,

THURBERT E. BAKER          033887
Attorney General

DANIEL M. FORMBY          269350
Deputy Attorney General


JOHN B. BALLARD, JR.          035550
Senior Assistant Attorney General


 /s/ W. Wright Banks, Jr.
W. WRIGHT BANKS, JR.          036156
Senior Assistant Attorney General

</div>

PLEASE ADDRESS ALL
COMMUNICATIONS TO:

W. Wright Banks, Jr.
40 Capitol Square, SW
Atlanta, Georgia 30334
Ga. Bar No. 036156
Telephone:  (404) 651-6247
Facsimile:  (404) 657-3239
Counsel for the Georgia Department of Community Health

**CERTIFICATE OF SERVICE**

I do hereby certify that I have this day served a copy of the foregoing RESPONSE

upon:

> D.J. Baker, Esq.
> Skadden, Arps, Slate, Meagher & Flom
> Four Times Square
> New York, New York 10036
>
> James H. Post, Esq.
> Smith Hulsey & Busey
> 225 Water Street, Suite 1800
> Jacksonville, Florida 32202

by placing the same into the United States mail with adequate, first-class postage placed

thereon.

This 3rd day of November, 2006.

> /s/  W. Wright Banks, Jr.
> W. WRIGHT BANKS, JR.
> Senior Assistant Attorney General