# EXHIBIT A

Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br>Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11<br>PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF<br>CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M.<br>EASTERN TIME |
|---|---|---|

Name of Debtor Against Which You Assert Your Claim:

Debtor Name ___ Winn-Dixie Stores, Inc., et al. ___ Case No __ 05-03817-3F1 __
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property): | 817/338-1700 | |
|---|---|---|

Telephone No of Creditor

WCJ Davis, Ltd., a Texas limited partnership,
pre-petition assignee of DBT Porcupine WD2
and DBT Porcupine WD3

*408230*

817/870-2265
Fax No of Creditor

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

DEBTOR  WINN - DIXIE STORES, INC.
U S BANKRUPTCY COURT  M D -FLORIDA
JOINTLY ADMINISTERED UNDER
CASE  05-03817 (3F1)
CHAPTER 11

**CLAIM NO.: 6665**

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box) ☐ replaces address above ☐ additional address

Name ___ Theodore Mack ___

Company/Firm ___ Brackett & Ellis, P.C. ___

Address ___ 100 Main Street ___

___ Fort Worth, Texas 76102-3090 ___

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars

☐ Check box if you have never received any notices in this case

Account or Other Number by Which Creditor Identifies Debtor

Check here if this claim ☐ replaces ☐ amends  a previously filed claim, dated

**1. Basis for Claim**
☐ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☐ Personal injury/property damage
☑ Other - Real Property Lease-

☐ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract

☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SSN
Unpaid compensation for services performed from

___ to ___
(date)      (date)

**2. Date debt was incurred:** February 28, 2005

**3. If claim is based on a Court Judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**  $1,832,411.24
$ ___ (unsecured)  $ ___ (secured)  $ ___ (priority)  $ ___ (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of Collateral
☐ Real Estate  ☐ Motor Vehicle  ☐ Other ___
Value of Collateral $ ___

Amount of arrearage and other charges at time case filed included in secured claim, if any $ ___

**6. Unsecured Nonpriority Claim** $ 1,832,411.24
☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $ ___
Specify the priority of the claim.
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -- 11 U S C § 507 (a) (3).
☐ Contributions to an employee benefit plan - 11 U S C § 507 (a) (4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U S C § 507 (a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U S C § 507 (a) (7)
☐ Taxes or penalties owed to governmental units -- 11 U S C § 507 (a) (8)
☐ Other - Specify applicable paragraph of 11 U S C § 507 (a) ( )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice: |
|---|---|
| 7/11/05 | Print ___ Theodore Mack ___ Title ___ Attorney for Claimant ___<br>Signature ___ |

Penalty for presenting fraudulent claim. Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U S C §§ 152 and 3571

This Space Is For Court Use Only

RECEIVED
2005 JUL 15  PM 2: 09
U S BANKRUPTCY COURT
MIDDLE DISTRICT
OF FLORIDA

LOGAN & COMPANY, INC.
AS AGENT

Claimant hereby tenders copies of Leases between the Debtor and DBT Porcupine WD2 and the Debtor and DBT Porcupine WD3 and the documents transferring DBT WD2 and DBT WD3 to it or an affiliate prior to the filing of this case.

213181 3

7/7/05

DBT Porcupine WD2, 7501 Davis Blvd., North Richland Hills, TX 76180 (Store No. 2443)
- Lease Expiration March 31, 2018

| | | |
|---|---|---|
| Annual Rent | | |
| Base Rent | $333,230.32 | |
| Additional Rent | | |
| Real Estate Taxes | 94,604.60 | |
| Insurance | 8,400.00 | |
| Common Area Maintenance | 6,000.00 | |
| Total: | $442,234.92 | $1,211.6025 per diem |

| | |
|---|---|
| Post-Bankruptcy - Annual Rent | $ 442,234.92 |
| Year Remaining | x 13 |
| | $5,749,053.96 |
| 38 days (Feb 21-Mar 31) | + 46,040.90 |
| Total owed over term | $5,795,094.86 |
| Claim Limitation | x 15% |
| Rejection Claim | $ 869,264.23 |

| | |
|---|---|
| Pre-Petition Claim - Per Diem Rent | $ 1,211.6025 |
| 52 days (Jan 1 to Feb 21) | x 52 |
| | $ 63,003.33 |
| Total: | $ 932,267.56 |

213181 1

7/7/05

DBT Porcupine WD3, 4601 Denton Highway, Haltom City, TX 76117 (Store No. 2457)
- Lease Expiration March 31, 2018

| Annual Rent | | |
|---|---|---|
| Base Rent | $318,929.16 | |
| Additional Rent | | |
| Real Estate Taxes | 93,667.32 | |
| Insurance | 8,400.00 | |
| Common Area Maintenance | 6,000.00 | |
| Total: | $426,996.48 | $1,169.8534 per diem |

| Post-Bankruptcy – Annual Rent | $ 426,996.48 |
|---|---|
| Year Remaining | x 13 |
| | $5,550,954.24 |
| 38 days (Feb 21-Mar 31) | + 44,454.43 |
| Total owed over term | $5,595,408.67 |
| Claim Limitation | x 15% |
| Rejection Claim | $ 839,311.30 |

| Pre-Petition Claim - Per Diem Rent | $ 1,169.8534 |
|---|---|
| 52 days (Jan 1 to Feb 21) | x 52 |
| | $ 60,832.38 |
| Total: | $ 900,143.68 |

**Grand Total DBT Porcupine WD2 and WD3 = $1,832,411.24**

2131812