# EXHIBIT B

| United States Bankruptcy Court<br>Middle District of Florida, Jacksonville Division | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor  **Winn-Dixie Stores, Inc.** | Case Number:  05-03817-3F1 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U S C ' 503

| Name of Creditor (*The person or entity to whom the debtor owes money or property)*<br>**Wells Fargo Bank Northwest, National Association, as Trustee.** | ☒ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars  **See attached Statement**<br>☐ Check box if you have never received any notices from the bankruptcy court in this case<br>☐ Check box if the address differs from the address on the envelope sent to you by the court | DEBTOR  WINN - DIXIE STORES, INC<br>U S BANKRUPTCY COURT M D -FLORIDA<br>JOINTLY ADMINISTERED UNDER<br>CASE  05-03817 (3F1)<br>CHAPTER 11<br>**CLAIM NO.: 9532**<br><br>This Space Is For Court Use Only |
|---|---|---|
| Name and Addresses Where Notices Should be Sent<br>Wells Fargo Bank Northwest, N.A<br>MAC U1228-120<br>299 South Main Street, 12th Floor<br>Salt Lake City, UT 84111<br>[see also attached statement for additional notice parties]<br>Telephone number  801.246 5300<br><br>410482 | | |
| Account or other number by which creditor identifies debtor<br>**Various - See attached Statement** | Check here   ☐ replaces<br>if this claim   ☐ amends  a previously filed claim, dated | |

**1. Basis for Claim:**
- ☐ Goods sold
- ☒ Services performed **See Attached Statement**
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other  Lease Rejection **See Attached Statement**

- ☐ Retiree benefits as defined in 11 U.S.C. ' 1114(a)
- ☐ Wages, salaries, and compensations (Fill out below)
  Your SS # _____
  Unpaid compensations for services performed
  from _____ to _____

**2. Date debt was incurred: See Attached Statement**   **3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** See attached statement
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below
☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges **See Attached Statement**

| **5. Secured Claim.**<br>☐ Check this box if your claim is secured by collateral (including a right of setoff)<br>Brief Description of Collateral<br>☐ Real Estate    ☐ Motor Vehicle<br>☐ Other _____<br>Value of Collateral. $_____<br>**6. Unsecured Nonpriority Claim.** See attached statement<br>☒ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only party of your claim is entitled to priority | **7. Unsecured Priority Claim.**<br>☐ Check this box if you have an unsecured priority claim<br>Amount entitled to priority $__<br>Specify the priority of the claim<br>☐ Wages, salaries, or commissions (up to $4000),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier --11 U S C  ' 507(a)(3)<br>☐ Contributions to an employee benefit plan--11 U S C  ' 507(a)(4)<br>☐ Up to $1,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use--11 U S C  ' 507(a)(6)<br>☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child--11 U S C  ' 507(a)(7)<br>☐ Taxes or penalties for governmental units--11 U S C  ' 507(a)(8)<br>☐ Other--Specify applicable paragraph of 11 U S C.  ' 507(a)(_) |
|---|---|

7. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
8. **Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of liens  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous, attach a summary
9. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date<br>July 25, 2005 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br>By  /s/ Val T. Orton   **Val T. Orton**<br>                                         **Vice President** | This Space Is For Court Use Only<br><br>2005 JUL 27  PM 2:03<br>U.S. BANKRUPTCY<br>MIDDLE DISTRICT<br>OF FLORIDA |
|---|---|---|

Penalty for presenting fraudulent claim  Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 and 3571

Winn Dixie Proof of Claim - WF- General DOC

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
------------------------------------------------------------x
In re:                                                      :
                                                            :     Chapter 11
                                                            :
WINN-DIXIE STORES, INC. et al.,                             :     Case No. 05-03817-3F
                                                            :
                             Debtors.                       :     (Jointly Administered)
------------------------------------------------------------x

## ADDENDUM TO PROOF OF CLAIM FOR STORE NUMBERS 142, 235, 531, 1705, 1839, 2418, and 2422

1.     Claimant. Wells Fargo Bank Northwest, National Association, as Trustee ("Claimant") files this claim ("Claim") pursuant to FED. R. BANKR. P. 3002. Pursuant to the documents more fully described herein, and pursuant to other applicable law, Claimant is a creditor of Winn-Dixie Stores, Inc. ("Winn-Dixie" or "Debtor"). Claimant was formerly know as First Security Bank, National Association in the documents more fully described herein.

2.     Basis for Claim. This claim relates to real property leases (collectively, the "Subject Leases") for the stores more particularly described on Schedule 1 hereto: The interests of the landlord in each of the Subject Leases and all related documents, including, any applicable guarantees by the Debtor or other related debtors in respect of the Subject Leases, have been collaterally and otherwise assigned by the landlord as security for certain notes (the "Notes") which security is held by the Claimant for the benefit of itself and the holders of the Notes. As of the date of this claim, to the best of Claimant's knowledge, the Subject Leases have not been rejected by Debtor. Nonetheless, Claimant is filing this proof of claim in an abundance of caution under compulsion of the bar order in these cases. Although Claimant has not, as of the date of this Claim, foreclosed on its collateral, including the Subject Leases and the other supporting documents, Claimant is filing this Claim in furtherance of its rights in the belief it has

rights to the Claim and under compulsion of the bar date in these cases, in order to preserve its rights. It is possible that the applicable landlord(s) will also file one or more proofs of claim relating to the Subject Leases, or will file such proofs of claims in the event that any of the Subject Leases is ultimately rejected by the Debtor.

3. <u>Supporting Documents</u>. The Supporting Documents for the Claim includes copies of the relevant Subject Leases, guaranties by Debtor of the Subject Leases, and other documents, agreements and instruments. Such documents are voluminous and are available upon request to the extent available to Claimant.

4. <u>Amount of Claim</u>. Since none of the Leases has, to the best of Claimant's knowledge, been rejected as of the date of this Claim, the amount of any claim relating to the Subject Leases is undetermined as of the date hereof. Claimant reserves the right to amend this proof of claim at any time, and from time to time, when the amount of the Claim is liquidated or otherwise determined, including, in the event that any of the Subject Leases is ultimately rejected by the Debtor.

5. <u>Other Rights</u>. In addition to the foregoing claims, Claimant reserves the right in the future to, from time to time, file additional proofs of claim, amend this proof of claim and to assert any and all claims that Claimant may have against the Debtor or any other debtor in the above captioned chapter 11 case. Claimant additionally claims the benefit of (a) all adequate-protection priorities, security interests, liens, mortgages, and other rights and protections granted to it or received by it from and after the Petition Date; (b) all renewals, extensions, ratifications, supplements, amendments, corrections, and other, prior, or subsequent documentation evidencing or relating to the claims of Claimant; and (c) any other filed or recorded documents. Claimant also reserves the right to file a claim for an administrative claim in respect of amounts

owing in respect of any of the Subject Leases, and as otherwise permitted by law. The filing of this Proof of Claim is not to be construed as an election of remedies and nothing herein shall be deemed to be a waiver of any rights against the applicable landlord or any other person or entity in respect of the Notes and the collateral therefore.

6. <u>No Waiver</u>. Nothing in this Proof of Claim shall be deemed to constitute a waiver of any rights resulting from Claimant's claims, including, without limitation, the right to assert that any and all such claims are entitled to administrative priority under the Bankruptcy Code. Claimant expressly reserves the right to amend or supplement this Proof of Claim and file additional proofs of claim. Claimant notes that many of the records relating to the subject property are in the control of applicable landlord and, consequently, Claimant may, in the future, amend this proof of claim to, among other things, include additional amounts that are owing in connection with the Subject Leases, such as, without limitation, other unpaid items constituting additional rent, or other costs and charges and amounts due in respect of the Subject Leases, whether or not the Subject Leases are ultimately rejected.

7. <u>Notices</u>. All notices to Claimant are to be sent to:

>Wells Fargo Bank Northwest, N.A.
>MAC U1228-120
>299 South Main Street, 12th Floor
>Salt Lake City, UT 84111
>Telephone number: 801.246.5300
>Attention: Val T. Orton

>with a copy to:

>Steven M. Abramowitz, Esq.
>Vinson & Elkins L.L.P.
>666 Fifth Ave., 26th Floor
>New York, New York 10103
>Telephone: (212) 237-0000
>Facsimile: (212) 237-0100

Schedule 1

| Store # | Store Address |
|---|---|
| 2418 | 5434 I-20 West, Willow Park, TX 76087 |
| 2422 | 2700 8th Ave, Fort Worth, TX 76110 |
| 142 | 1780 South Kings Rd, Hilliard, FL 32046 |
| 531 | 4035 Eastern Blvd, Montgomery, AL 36116 |
| 1705 | 550 Old State Rte 74, Mt Carmel, OH 45244 |
| 235 | 3451 NW 18th Ave, Miami, FL 33142 |
| 1839 | 1404 Suwanee Rd, Lawrenceville, GA |