UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | |
| | Jointly Administered |
| Debtors. | |
| | **Re: D.I. 10852** |

**NOTICE OF WITHDRAWAL OF MOTION OF TOWER CENTER ASSOCIATES, LTD. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE PRIORITY CLAIM PURSUANT TO 11 U.S.C. SECTIONS 365(D)(3) AND 503(B)**

PLEASE TAKE NOTICE that Tower Center Associates, Ltd. ("TCA" or, the "Landlord"), by and through its undersigned counsel, hereby withdraws its Motion For Allowance And Payment Of Administrative Expense Priority Claim Pursuant To 11 U.S.C. Sections 365(d)(3) And 503(b) (D.I. 10852).

Dated: November 3 2006
Jacksonville, FL

FOLEY & LARDNER LLP

By: /s/ *Gardner Davis*
    Gardner F. Davis, Esq.
    Florida Bar No.: 0471712
    Post Office Box 240
    Jacksonville, FL  32202
    Telephone: (904) 359-2000
    Facsimile: (904) 359-8700
    Email: gdavis@foley.com

and

PEPPER HAMILTON LLP
James C. Carignan (Del. Bar No. 4230)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
(302) 777-6500

and

PEPPER HAMILTON LLP
Alan K. Sable, Esq.
50th Floor
500 Grant Street
Pittsburgh, PA  15219-2502
(412) 454-5854

*Counsel to Tower Center Associates, Ltd.*