UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | |

RESPONSE OF PRO-ACTIVE JANITORIAL SERVICES, INC.
TO DEBTORS' TWENTY-FOURTH OMNIBUS OBJECTION TO
(A) NO LIABILITY CLAIMS, (B) NO LIABILITY MISCLASSIFIED
CLAIMS (C) OVERSTATED CLAIMS, (D) OVERSTATED MISCLASSIFIED
CLAIMS, (E) MISCLASSIFIED CLAIMS, (F) DUPLICATE LIABILITY
CLAIMS AND (G) AMENDED AND SUPERSEDED CLAIMS

Pro-Active Janitorial Services, Inc. ("Pro-Active") responds to Debtors' Twenty-Fourth Omnibus Objection to (a) No liability claims, (b) No liability misclassified claims, (c) Overstated claims, (d) Overstated misclassified claims, (e) Misclassified claims, (f) Duplicate liability claims and (g) Amended and superseded claims (the "Objection") [Docket No. 11946] as follows:

1.     Prior to the Petition Date, Pro-Active entered into 17 separate contracts (the "Contracts") with Winn-Dixie Central Florida ('Winn-Dixie") stores for the provision of janitorial services to Winn-Dixie stores located in the central Florida area. The Contracts are dated between September 2003 and January 2004.

2.     Winn-Dixie terminated the Contracts prematurely in December of 2004 . Pro-Active initiated litigation for damages against Winn-Dixie in Pinellas County, Florida shortly thereafter. The action was pending on the Petition Date and is styled as *Pro-Active*

*Janitorial Services, Inc. v. Winn-Dixie Supermarkets, Inc.*, Circuit Court, Pinellas County, Florida, Case No.: 04-3011-CI-13.

3. Pro-Active filed two proofs of claim in this case. The first, Claim 6778, was filed by Pro-Active's in-house counsel and seeks damages of $365,055.68. The second, Claim 8230, was filed by Winn-Dixie's state court counsel and seeks damages of $231,852.94.

4. On October 17, 2006 Winn-Dixie filed its objections to Claims 6778 and 8230. Intially, the Debtors seek to disallow Claim 8230 on the basis that it is duplicative of Claim 6778. Winn-Dixie is correct. Claim 8230 is duplicative and should be disallowed. As to Claim 6778, Winn-Dixie asserts that the claim should be disallowed because "Debtor's books and records show no liability."

5. Winn-Dixie's objection is not well-founded. The Contracts required 90 days notice prior to termination. The Debtors did not provide 90 days notice of termination and instead terminated the Contracts by immediate notice.

6. Each Contract provides for a weekly fee for janitorial services. Thus, Debtors are liable for each Contract's weekly price times 12.86 weeks for failure to properly terminate the Contracts, as outlined in Pro-Active claim number 6778 and the supporting documents attached thereto.

7. Additionally, Pro-Active's claim includes $117,300 attributable to equipment purchased solely to service the 17 Winn-Dixie Stores, all of which are recoverable under the terms of the Contracts.

8. The final portion of Pro-Active's claim is made up of attorneys' fees incurred as result of Debtors' breach of the contracts and the lawsuit filed prepetition, now stayed, necessitated by Debtors' improper termination of the Contracts.

9. In light of the foregoing, the Debtors' objection to Claim 6778 should be overruled.

**STUTSMAN THAMES & MARKEY, P.A.**

By  */s/ Richard R. Thames*
Richard R. Thames

Florida Bar Number 0718459
50 North Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)
rthames@stmlaw.net

Attorneys for Pro-Active Janitorial Services, Inc.

## Certificate of Service

I hereby certify on November __3__, 2006, the foregoing notice was transmitted to the Clerk of the Court for uploading to the Case Management/Electronic Case Filing System, which will send a notice of electronic filing to:

Stephen D. Busey, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
busey@smithhulsey.com

John B. Macdonald, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (facsimile)
john.macdonald@akerman.com

Elana L. Escamilla, Esq.
Assistant United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
(407) 648-6465
(407) 648-6323 (facsimile)
elana.l.escamilla@usdoj.gov

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

D.J. Baker, Esq.
Skadden, Arps, Slat, Meagher, & Flom, LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
dbaker@skadden.com

Adam Ravin, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
aravin@skadden.com

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Plaza
New York, New York 10005
(212) 530-5000
(212) 530-5219 (facsimile)
ddunne@milbank.com

/s/ *Richard R. Thames*
_____
Attorney

61318