UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al. ) | |
| ) | *Chapter 11* |
| Debtors.[1] ) | |
| ) | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES

The law firm of Wyatt, Tarrant & Combs, LLP, pursuant to Federal Rule of Bankruptcy Procedure 9010, hereby enters its appearance as attorneys for Palm Lakes, LLC with regard to all matters and proceedings in the above-captioned case, showing counsel's name, office mail address, electronic mail address and telephone number as follows:

> Mary L. Fullington
> Wyatt, Tarrant & Combs, LLP
> 250 West Main Street, Suite 1600
> Lexington, Kentucky  40507-1746
> Telephone:  (859) 233-2012
> Facsimile:  (859) 259-0649
> Email:  lexbankruptcy@wyattfirm.com

Palm Lakes, LLC, pursuant to Federal Rule of Bankruptcy Procedure 2002, hereby requests that all notices required to be given under Rule 2002 be given to Palm Lakes, LLC by due service upon its undersigned attorneys, Wyatt, Tarrant & Combs, LLP, at the address stated above.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in the jointly administered cases:  Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn Dixie Supermarkets, Inc.

PLEASE TAKE FURTHER NOTICE that Creditor intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive Creditor's right to have final orders in non-core matters entered only after de novo review by a District Judge; (2) Creditor's right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (3) Creditor's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs or recoupments to which Creditor is or may be entitled under agreement, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments Creditor expressly reserves.

Respectfully submitted,

WYATT, TARRANT & COMBS, LLP

/s/ Mary L. Fullington
Mary L. Fullington (KY 085335)
250 West Main Street, Suite 1600
Lexington, Kentucky  40507-1746
Telephone:  (859) 233-2012
Facsimile:   (859) 259-0649
Email:  lexbankruptcy@wyattfirm.com

COUNSEL FOR PALM LAKES, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance has been served this 3rd day of November, 2006, in the method established under the CM/ECF Administrative Procedures, and to the parties listed below via facsimile, electronic and/or first-class, postage prepaid U.S. mail.

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL  32254-3699

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL  32202

David J. Baker
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

Kenneth C. Meeker
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, FL  32801

      /s/  Mary L. Fullington
      Mary L. Fullington

30430174.1