CASE NO. 05-03817-3F1

**Attachment**

05-3817 F

Name:  **HODGE, CHARLES B**

## SRP CLAIM

**SRP Claim to be Adjusted:**

| Claim No. | Asserted Amount | Asserted Status |
|---|---|---|
| 4158 | $48,570.33 | Unsecured |

**SRP Claim Amount Determined by Debtors as of 2/21/2005:**

| Retirement Plan Claim | $48,570.33 |
|---|---|

**SRP Claim Amount as Adjusted and Allowed:**

| Retirement Plan Claim | $48,570.33 |
|---|---|
| Less Post-Petition Payments: | ($26,633.24) |
| **Allowed Retirement Plan Claim:** | $21,937.09 |

Current Value 29,020 XX

Unsecured; Plan Class 15

See attached

**SRP Claim to be Disallowed:**

| Claim No. | Asserted Amount | Asserted Status |
|---|---|---|
| NONE | | |

I, Charles B Hodge, object to the Above Allowed Retirement Plan Claim. The most Current, as of 10/20/2006 is Allowed Retirement Plan Claim amount of $29,020.53 XX per Attached T. Rowe Price account balance Statement. I ask the Judge to look at their own Retirement Savings and I ask the Judge Not to allow WINN DIXIE lawyers to misrepresent AND/OR underestimate the Value of my retirement account, in which I put every dollar AND did the Right thing by saving for my retirement!   Sincerely Charles B Hodge

## Account At A Glance



**ACCOUNT BALANCE**

|  |  |  |
|---|---|---|
| Confirmation Date of Last Contribution: | 09/01/2004 | |
| Total Investment Balance as of: | 10/20/2006 | $29,020.53 |
| Total Account Balance as of: | 10/20/2006 | $29,020.53 |
| Total Vested Balance as of: | 10/20/2006 | $29,020.53 |

← *CURRENT Value*

**ACCOUNT ALLOCATION**



■ 100.0% STOCKS

**YOUR ACCOUNT RETURN** [as of 09/30/2006]

| 3 Months | YTD | 1 Year | 3 Years | 5 Years | 10 Years | Since Inception | Inception Date |
|---|---|---|---|---|---|---|---|
| 2.63% | 8.08% | 9.96% | 14.49% | 8.95% | - | 2.88% | 09/30/1999 |

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF DEBTORS' OMNIBUS OBJECTION TO,
AND MOTION TO ADJUST AND CONFIRM AMOUNTS OF, (A) MANAGEMENT SECURITY
PLAN CLAIMS AND (B) SUPPLEMENTAL RETIREMENT PLAN CLAIMS, CONSISTENT
WITH JOINT PLAN OF REORGANIZATION**

---

**SEE ATTACHMENT FOR DETAIL AS TO
PROPOSED ADJUSTMENT AND ALLOWANCE OF YOUR SRP CLAIM**

---

TO:     HOLDERS OF CLAIMS UNDER THE SUPPLEMENTAL RETIREMENT PLAN

        1.  PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on October 17, 2006 their Omnibus Objection to, and Motion to Adjust and Confirm Amounts of, (a) Management Security Plan Claims and (b) Supplemental Retirement Plan Claims, Consistent with Joint of Reorganization (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

        2.  **The Objection requests that the Bankruptcy Court enter an order reducing, reclassifying, adjusting or disallowing, as applicable, and confirming the allowed amounts of, claims held by participants in the Debtors' management security plans (the "MSP Claims") and supplemental retirement plan (the "SRP Claims").** You may obtain a copy of the Objection by accessing http://www.loganandco.com, or making a request by telephone to (973) 509-3190 or e-mail to winninfo@loganandco.com.

        3.  This notice relates only to your SRP Claim. If you also hold an MSP Claim you will receive a separate notice relating to your MSP Claim. **The impact of the Objection on your SRP Claim is described on the Attachment.**

        4.  If the proof of claim you filed for your SRP Claim asserted a claim amount that exceeds the amount the Debtors believe is owed to you under the SRP, the Objection seeks to reduce the asserted claim amount to the Debtors' amount. If the proof of claim you filed asserted a secured, priority or multiple status for all or part of your SRP Claim, the Objection seeks to reclassify your SRP Claim to non-priority unsecured status. If you filed more than one proof of claim on account of your SRP Claim, the Objection seeks to disallow the additional proofs of claim, so that only one claim is counted. In addition, if you received post-petition payments on account of your SRP Claim, the Objection seeks to reduce your SRP Claim by the aggregate post-petition payments made through October 31, 2006 on account of such claim. You may obtain a copy of the proof of claim you filed by accessing



dixie.com, or Rosalie Gray, of Skadden, Arps, Slate, Meagher & Flom LLP, at (212) 735-3214 or
rgray@skadden.com.

     15.  **NOTICE**:  Initial distributions on account of Retirement Plan Claims are expected to be
made within 45 days after the Chapter 11 Plan becomes effective.  In accordance with the provisions of
the Chapter 11 Plan and applicable federal and state law, such distributions will be subject to tax
withholding and reporting requirements.  You will receive information at a later date as to how the
withholding requirement may be satisfied with respect to your Allowed Retirement Plan Claim.

Dated:  October 17, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM, LLP

By      /s/ D. J. Baker                              By      /s/ James H. Post
     D. J. Baker                                      Stephen D. Busey
     Sally McDonald Henry                      James H. Post
     Rosalie Walker Gray                         Cynthia C. Jackson
     Jane M. Leamy                                Florida Bar Number 175460
Four Times Square                               225 Water Street, Suite 1800
New York, New York 10036                 Jacksonville, Florida  32202
(212) 735-3000                                   (904) 359-7700
(917) 777-2150 (facsimile)                   (904) 359-7708 (facsimile)
djbaker@skadden.com                         jpost@smithhulsey.com

## EXPLANATION FOR ATTACHMENT

**SRP Claim to be Adjusted:**  This identifies the proof of claim to be allowed after the requested adjustments are
made.

**SRP Claim Amount Determined by Debtors as of 2/21/2005:**  This is the amount that the Debtors included on the
individualized proof of claim form provided to the claimant.

**SRP Claim as Adjusted and Allowed:**  The Retirement Plan Claim less the Post-Petition Payments equals the
Allowed Retirement Plan Claim, which is the proposed allowed amount of the Retirement Plan Claim to be treated
as an unsecured claim under Class 15 of the Chapter 11 Plan.

**SRP Claim(s) to be Disallowed:**  This identifies any additional proofs of claim that will be disallowed.

**WINN-DIXIE STORES, INC.**
**SUPPLEMENTAL RETIREMENT PLAN**
c/o T. Rowe Price, PO Box 17349
Baltimore MD 21297-1349

**Charles B Hodge**
**Retirement Account Summary**

**April 1, 2006 to June 30, 2006**

Review your account online: http://rps.troweprice.com or call:
**1-800-433-9888**.

Please review your statement and report any errors to T. Rowe
Price within 60 days

03-0020256-A-08

Charles B Hodge
13111 Suburban Terrace
Winter Garden FL 34787

## Account At a Glance

| | |
|---|---|
| Beginning Balance | **$42,306.06** |
| + Cash In | $0.00 |
| - Cash Out | $0.00 |
| - Recordkeeping Fee | - $3.75 |
| - Gain/Loss | - $1,076.85 |
| Ending Balance | **$41,225.46** |
| Vested Balance | $41,225.46 |
| Change this Period | $1,080.60 |

*Cash In is the total of all contributions or payments made to your account.
Cash Out is the total of all amounts taken out.*

*Gain/Loss is the total of increases and or reductions in value for all
investments in your account.*

## Account Allocation



■ 100.0% Stocks

*Account Allocation shows how the money you've previously invested is
distributed over different investment categories.
Future Investments (shown in subsequent modules) shows how any new
contributions will be distributed*

## Account Growth



```
$55,000
$44,000
$33,000
$22,000
$11,000
$0
       06/30/00   06/30/02   06/30/04   06/30/06
```

—●— Ending Balance
—●— Employee + Employer Contribution
—▲— Employee Contributions

*This chart tracks the growth over time of your investments and
contributions. Any balance transferred from a previous recordkeeper will
be shown as a "conversion in".*

## About Your Supplemental Plan

It is important to note this will be the final SRP statement you will receive
from T Rowe Price, Inc. Future correspondence regarding the SRP Plan
will be sent to you by the Company as we move forward through the
Plan of Reorganization (POR).

