# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.,* | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**RESPONSE OF BOTTLING GROUP, LLC d/b/a THE PEPSI BOTTLING GROUP
TO DEBTORS' TWENTY-FOURTH OMNIBUS OBJECTION TO
(A) NO LIABILITY CLAIMS, (B) NO LIABILITY MISCLASSIFIED CLAIMS,
(C) OVERSTATED CLAIMS, (D) OVERSTATED MISCLASSIFIED CLAIMS,
(E) MISCLASSIFIED CLAIMS, (F) DUPLICATE LIABILITY CLAIMS
AND (G) AMENDED AND SUPERSEDED CLAIMS**

Bottling Group, LLC d/b/a The Pepsi Bottling Group ("PBG"),[1] by its attorneys,

respectfully submits this response (the "Response") to the Debtors' Twenty-Fourth Omnibus

Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Overstated

Claims, (D) Overstated Misclassified Claims, (E) Misclassified Claims, (F) Duplicate Liability

Claims, and (G) Amended and Superseded Claims (the "Objection") filed by Winn-Dixie Stores,

Inc. and its affiliated debtors (collectively "Winn-Dixie"), and states:

1.       PBG bottles and distributes beverage products under brand names such as Pepsi,

Diet Pepsi and Mountain Dew (collectively, the "Pepsi Goods") to grocery, mass merchandise,

drug store and other resellers.

---

[1] Bottling Group, LLC is the parent company of The Pepsi Bottling Group, Inc.

2.      In Exhibit D of its Objection, Winn-Dixie objects to Claim No. 8865 in the amount of $7,487,670.72 filed by PBG (the "PBG Claim").  The PBG Claim arises from the sale of Pepsi Goods to Winn-Dixie prior to Winn-Dixie's February 21, 2005 bankruptcy filing.  As set forth on the face of the PBG Claim, portions of the PBG Claim are secured by a right of offset and other portions are entitled to administrative priority arising from PBG's reclamation claim.  As evidentiary support for the PBG Claim, PBG attached an addendum and an extensive statement of account detailing the numerous PBG invoices that remain unpaid by Winn-Dixie.

3.      In the Objection, Winn-Dixie seeks to reduce the PBG Claim from $7,487,670.72 to $2,373,920.34 based on the following allegations:  a $52,591.69 "net consumption waiver"; a $209,377.35 accounts payable credit; a $2,832,971.60 accounts receivable balance; $1,672,909.55 of "reclamation payments in process"; and a $345,900.19 chargeback for previously paid and disputed invoices.  In addition, Winn-Dixie alleges that the PBG Claim is misclassified.

4.      Although Winn-Dixie seeks specific reductions of the PBG Claim, Winn-Dixie fails to provide evidentiary support or explanation for its requested reductions.  Without such support, PBG cannot reconcile its records to Winn-Dixie's proposed reductions.  Furthermore, to the extent that reclamation payments are "in process," and have not yet been paid to PBG, Winn-Dixie's objection is premature.

5.      PBG has been working with Winn-Dixie to reconcile Winn-Dixie's objections to the PBG Claim and will continue to work with Winn-Dixie to resolve all issues in dispute.  Nevertheless, PBG reserves all rights with respect to the PBG Claim.

WHEREFORE, Bottling Group, LLC d/b/a The Pepsi Bottling Group, respectfully requests that this Court enter an order (1) denying the Objection with respect to the PBG Claim, (2) allowing the PBG Claim as filed, and (3) granting such other relief as this Court deems just.

November 6, 2006

Respectfully submitted,

BOTTLING GROUP, LLC d/b/a THE PEPSI BOTTLING GROUP

By:     /s/ Joseph D. Frank
           One of its attorneys

Joseph D. Frank (IL ARDC No. 6216085)
Jeremy C. Kleinman (IL ARDC No. 6270080)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60610
(312) 276-1400 – telephone
(312) 276-0035 – facsimile
jfrank@fgllp.com, jkleinman@fgllp.com

## <u>CERTIFICATE OF SERVICE</u>

I, Joseph D. Frank, an attorney, hereby certify that on **November 6, 2006**, a true and correct copy of the foregoing **Response of Bottling Group, LLC d/b/a The Pepsi Bottling Group to Debtors' Twenty-Fourth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Overstated Claims, (D) Overstated Misclassified Claims, (E) Misclassified Claims, (F) Duplicate Liability Claims and (G) Amended and Superseded Claims** was filed electronically.  Notice of the filing will be sent to all parties who are currently on the Court's Electronic Mail Notice List by operation of the Court's Electronic Filing System. In addition, a copy was served this day upon the party named below via electronic mail and facsimile transmission:

D. J. Baker
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York  10036
*(212) 735-2000 – fax*
djbaker@skadden.com


_____ */s/ Joseph D. Frank*_____