[3902a] [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case No. 3:05-bk-03817-JAF
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## NOTICE OF RESCHEDULED HEARING

NOTICE IS GIVEN that a hearing on Motion for Relief from Stay filed by BellSouth Telecommunications, Inc. is rescheduled for final hearing to December 11, 2006 at 1:30 p.m. in 4th Floor Courtroom D, 300 North Hogan Street, Jacksonville Florida.

Dated November 6, 2006.

        Lee Ann Bennett, Clerk of Court
        300 North Hogan Street Suite 3-350
        Jacksonville, FL 32202

Copies furnished to:
Attorneys for Debtor
Brian Rich, Attorney for Movant
U.S. Trustee
Counsel for Official Committee of Unsecured Creditors