UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

WINN DIXIE STORES, INC.,   Case 05-03817-3F1

 ET.AL.,   Chapter 11
   Jointly Administered

_____/

AGREED MOTION TO LIFT THE AUTOMATIC STAY

_____Pursuant to 11 U.S.C.§§ 362(d), and pursuant to the Order Approving Claims Resolution Procedure VINCENT TRIPANI (CLAIM # 4155) hereby moves the Court to grant his relief from the stay with respect to his claim. In support of this motion, Vincent Tripani would show the Court as follows:

1. Pursuant to the Order Approving Claims Resolution the parties mediated the claim on August 23, 2006.  The claim was NOT resolved at mediation.

2.  Vincent Trapani has an unsecured claim in this case in the amount of $750,000.00 evidenced by his proof of claim.

3. Counsel has conferred with opposing counsel and she has agreed to the relief and cause exists for relief from the automatic stay pursuant to §362(d)(1) and (d)(2).

WHEREFORE, VINCENT TRIPANI CLAIM # 4155 requests the Court to grant relief from the automatic stay to permit Vincent Trapani Claim # 4155, to proceed in the litigation previously filed in Broward County, Florida prior to the petition for relief from stay ie., case # -01-6373-03,  IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA, Vincenzo Trapani and Linda Trapani vs. Winn Dixie, and to grant such further relief as the Court deems appropriate.

Dated: _____, 2006.

_____
Kenneth D. Cooper
Attorney at Law
400 S. E. 8ht St
Fort Lauderdale, Fl. 33316
(954)522-7177