**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Debtors. ) | Jointly Administered |

## RESPONSE BY KIRKLAND FINANCIAL, LLC, TO DEBTOR'S TWENTY-FOURTH OMNIBUS OBJECTION

COMES now Kirkland Financial, LLC, and hereby responds to the Debtor's Twenty-Fourth Omnibus Objection as follows:

1. In the objection, the debtor claims that Winn-Dixie Montgomery, Inc., is not obligated to Kirkland Financial.

2. However, Kirkland Financial attached to its proof of claim a copy of the lease between Winn Dixie Montgomery Inc.; and Braumgardner Hogan, Inc.

3. Kirkland Financial is an assignee of the rents under said lease. Therefore, its claim is due to be allowed, and the debtor's objection is due to be denied.

WHEREFORE, premises considered, Kirkland Financial, LLC, respectfully requests this Court to deny the debtor's objection to the claim of Kirkland Financial, LLC, and to sustain its claim. Kirkland Financial, LLC, prays for such further and other relief as this Court may deem appropriate.

Respectively Submitted,

s/C. Ellis Brazeal III
C. Ellis Brazeal
Attorney for Kirkland Financial, LLC

1

OF COUNSEL:

Walston, Wells & Birchall, LLP
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 244-5200
Telecopier: (205) 244-5400

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of Response by Kirland Financial, LLC, to Debtor's Twenty-Fourth Omnibus Objection, by placing same either in first class postage prepaid envelopes, and/or by electronic filing purposes to the following:

    D.J. Baker
    Skadden, Arps, Slate, Meagher & Flom, LLP
    Four Times Square
    New York, New York 10036

    Cynthia C. Jackson
    Smith, Hulsey & Busey
    225 Water Street
    Suite 1800
    Jacksonville, Florida 32202

This the \6th\ day of November, 2006

                \s\ C. Ellis Brazeal III
                OF COUNSEL