**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | ) | Chapter 11 – Jointly Administered |
| | ) | |
| Debtor(s) | ) | |

**RESPONSE BY JEFFERSON-PILOT LIFE INSURANCE CO. TO DEBTORS' TWENTY-FOURTH OBJECTION TO CLAIMS**

NOW COMES Jefferson-Pilot Life Insurance Co. ("Claimant"), by and through counsel and pursuant to Bankruptcy Rule 9014, and responds to Debtors' Twenty-Fourth Omnibus Objection to Claims filed by Debtors on October 17, 2006 wherein Debtors objected to claim number 8579 filed by Claimant. In support of this Response, Claimant respectfully shows unto the Court as follows:

1. On or about July 29, 2005, Claimant timely filed claim number 8579 ("Claim") asserting a contingent and unliquidated claim.

2. As set forth in the Statement of Claim attached to the Claim, on or about March 29, 1994, Claimant entered into a Note with Daniel G. Kamin Zebulon Enterprises, a Business Trust ("Landlord") in the original principal amount of $1,650,000.00 (the "Note"). The obligations under the Note were secured by a Deed of Trust dated March 29, 1994 and Assignment of Leases, Rents and Profits dated March 29, 1994 with respect to the property located at 506 West Gannon Avenue, Zebulon, North Carolina ("Property). On or about March 16, 1993, Kamin entered into a Lease with Winn-Dixie Raleigh, Inc. for the Property ("Lease"). Winn-Dixie Stores, Inc. executed an unconditional guaranty of Winn-Dixie Raleigh, Inc.'s obligations under the Lease dated March 24, 1993.

3. Debtors objected to the Claim contending that the claim should be reclassified as "Unsecured, Non-Priority."

4. Debtors further objected to the Claim on the grounds that there is "no liability per Debtors' Books and Records".

5. Claimant is in the process of reviewing its records and likely will contact the Landlord to discuss placement of any disbursements on account of this Lease. Accordingly, Claimant requests an extension of time to complete this review and its discussions with the Landlord.

6. Claimant reserves the right to amend this response prior to the hearing on this matter which is set for November 16, 2006.

WHEREFORE, Claimant respectively prays that the Court:

1. Deny the Debtors' objection to Claim No. 8579;

2. Allow Claimant an additional period of time to complete the review of its records and to discuss disbursement on the Lease with the Landlord;

3. Allow Claimant the right to amend their response prior to the hearing on November 16, 2006; and

4 Grant Claimant such other and further relief as the Court deems just and proper.

This the ____ day of November, 2006.

_____
Christine L. Myatt
N. C. State Bar No. 10444
Benjamin A. Kahn
N. C. State Bar No. 20004
Attorneys for Jefferson-Pilot Life Insurance Company

NPGBO1:754388.1

OF COUNSEL:

NEXSEN PRUET ADAMS KLEEMEIER, PLLC
Lake Point
701 Green Valley Road, Suite 100
Post Office Box 3463
Greensboro, NC 27402
(336) 373-1600

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re: )
)
WINN-DIXIE STORES, INC., et al., ) Case No. 05-03817-3F1
) Chapter 11 – Jointly Administered
)
Debtor(s) )

### CERTIFICATE OF SERVICE

This is to certify that the foregoing **RESPONSE BY JEFFERSON-PILOT LIFE INSURANCE COMPANY TO DEBTORS' TWENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS** was served upon the following by depositing a copy of the same in the United States Mail, first Class, post pre-paid, addressed as follows:

Stephen D. Busey
Cynthia Jackson
James H. Post
Counsel for Debtors
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202

D.J. Baker (via email)
Counsel for Debtors
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
djbaker@skadden.com

This the 6th day of November, 2006.

Christine L. Myatt
N. C. State Bar No. 10444
Benjamin A. Kahn
N. C. State Bar No. 20004
Attorneys for Jefferson-Pilot Life Insurance Company

OF COUNSEL:
NEXSEN PRUET ADAMS KLEEMEIER, PLLC
701 Green Valley Road, Suite 100
Post Office Box 3463
Greensboro, NC 27402
(336) 373-1600

NPGBO1:754388.1