**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>, | ) *Chapter 11* |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**NOTICE OF WITHDRAWAL OF OBJECTION TO CLAIM NUMBERS**
**4073 FILED BY BAKER DISTRIBUTING COMPANY LLC, 2165 FILED BY**
**BARKER COMPANY, 7935 FILED BY CG ROXANE AND 2573 FILED BY**
**JOSEPH ENTERPRISES, AS SET FORTH IN DEBTORS' EIGHTH**
**OMNIBUS OBJECTION TO OVERSTATED CLAIMS (DOCKET NO. 6911)**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), withdraw without prejudice the objection to the following claims, as set forth in the Debtors' Eighth Omnibus Objection To Overstated Claims (Docket No. 6911):

     1.     Claim no. 4073 filed by Baker Distributing Company LLC;

     2.     Claim no. 2165 filed by Barker Company;

     3.     Claim no. 7935 filed by CG Roxane; and

     4.     Claim no. 2573 filed by Joseph Enterprises.

Dated: November 6, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| | |
| By  *s/ D. J. Baker* | By  *s/ James H. Post* |
|     D. J. Baker |     Stephen D. Busey |
|     Sally McDonald Henry |     James H. Post |
|     Rosalie Walker Gray |     Cynthia C. Jackson, |
|     Jane M. Leamy |     Florida Bar Number 175460 |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida  32202 |
| (212) 735-3000 | (904) 359-7700 |
| (212) 735-2000 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | jpost@smithhulsey.com |
| | |
| Co-Counsel for Debtors | Co-Counsel for Debtors |