Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-03817 (3F1) |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.,* | ) | Jointly Administered |
| Winn-Dixie Stores, Inc. | ) | |
| | ) | **NOTICE OF TRANSFER OF CLAIM** |
| | ) | **OTHER THAN FOR SECURITY AND** |
| Debtors. | ) | **WAIVER OF NOTICE** |
| | ) | Bankruptcy Rule 3001(e)( *1* ) |

PLEASE TAKE NOTICE that the *scheduled* claim of **HARVIN CHOICE MEATS INC** ("Transferor") against the Debtor in the amount of *$150.16, as listed in the schedules of assets & liabilities,* and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)( *1* )**,**

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $150.16 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**HARVIN CHOICE MEATS INC**
**PO BOX 939  SUMTER SC 29151-0939**

Print Name _Jep A. Harvin Jr_                 Title _President - CEO_

Signature _Jep Harvin Jr_                       Date _10/27/06_

Updated Address (if needed) _____

Phone _803-775-9367_        Fax _803-775-9369_        E-Mail_____

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature: _____
               Tom Scheidt

Mail Ref# 6-78
2553745