UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT TO DEBTORS' MOTION SEEKING APPROVAL OF STIPULATION REGARDING ADMINISTRATIVE CLAIM APPLICATION FILED BY VOGEL AND VOGEL**

I, Adam S. Ravin, certify that I caused to be served the Debtors' Motion Seeking Approval of Stipulation Regarding Administrative Claim Application filed by Vogel and Vogel (Docket No. 12302), by having a true and correct copy thereof sent to the party listed on Exhibit A via first class mail on November 1, 2006.

Dated: November 7, 2006

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By: /s/ *Adam S. Ravin*
Adam S. Ravin
Four Times Square
New York, New York 10036
(212) 735-3000
(917) 735-2000 (facsimile)

and

SMITH HULSEY & BUSEY

By: /s/ *Cynthia C. Jackson*
Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

Co-Counsel for Debtors

## Exhibit A

HILBURN, CALHOON, HARPER, PRUNISKI & CALHOUN, LTD.
J. Maurice Rogers
PO Box 5551
North Little Rock, Arkansas 72119