UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 05-03817-3F1

In re:

Jointly Administered

WINN-DIXIE STORES, INC.,
et. al.,

    Debtors.
_____/

## ORDER DENYING MOTION TO APPEAR TELEPHONICALLY

This case came before the Court upon a Motion for a Telephone Hearing ("Motion") filed by City of Norfolk. Previously, the Court has had no contention with these telephonic hearings. Unfortunately, based upon the Court's experience in this case, the attorneys have abused the privilege in various ways. Therefore the Court will not allow a telephonic hearing in this case. Based on the foregoing, it is

**ORDERED:**

The Motion is denied.

**DATED** November 6, 2006 at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

**Copies to:**
Charles Stanley Prentace, Esq., Attorney for City of Norfolk
Cynthia C. Jackson, Esq., Attorney for Debtor