UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: <br><br> WINN-DIXIE STORES, INC., et al., <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 05-03817-3F1 <br><br> (Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about November 2, 2006 I caused copies of:

• the **Notice of Transfer of Claim Other Than For Security**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice(s) as listed above is attached hereto as Exhibit B.

Dated: November 8, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: TR

# EXHIBIT A
# SERVICE LIST

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:**   WINN-DIXIE STORES, INC., ET AL.                                   **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 241427-12<br>ABBITTS MILL INC<br>ATTN: STEVE JOHNSON<br>PO BOX 1071<br>WILLIAMSTON, NC 27892 | CREDITOR ID: 246322-12<br>CLARION LEDGER<br>ATTN MIKE MURPHUE, OWNER<br>2109 TV ROAD<br>JACKSON, MS 39204 | CREDITOR ID: 247206-12<br>CRIMSON ELECTRIC INC<br>ATTN: DEBBIE S WILSON, OWNER<br>PO BOX 403<br>GREER, SC 29652-0403 |
| CREDITOR ID: 407682-98<br>DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN SILVIA LUKES, CLAIMS ADMIN<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 | CREDITOR ID: 397796-75<br>GREAT OUTDOORS<br>ATTN: PETE SKIPPER, OWNER<br>3672 NABERS DRIVE<br>WAYCROSS, GA 31503 | CREDITOR ID: 252072-12<br>IMMEDIATE CARE INC<br>ATTN: LEE C SHERSETH, CFO<br>PO BOX 2828<br>CARROLLTON, GA 30112-2828 |
| CREDITOR ID: 256004-12<br>MEDWORK<br>ATTN: ESTHER WISHING, OFFICE MGR<br>407 S E 24TH STREET<br>FT LAUDERDALE, FL 33316 | CREDITOR ID: 256120-12<br>METRO COMMUNICATIONS INC<br>ATTN SANDRA PATIN, OFF MGR<br>PO BOX 13668<br>JACKSON, MS 39236-3668 | CREDITOR ID: 256335-12<br>MIDDLETOWN BATTERY SERVICE INC<br>ATTN: ALTON COLBURN, PRES<br>7795 HOBGOOD ROAD<br>FAIRBURN, GA 30213 |

**Total:   9**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 12278

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| ABBITTS MILL INC | DEBT ACQUISITION COMPANY OF AMERICA |
| Name of Transferor | Name of Transferee |
| ABBITTS MILL INC<br>ATTN: STEVE JOHNSON<br>PO BOX 1071<br>WILLIAMSTON, NC 27892 | DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN SILVIA LUKES, CLAIMS ADMIN<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 |
| Phone: 252-792-3646 | Phone: 619 220 8900 ext 104 |
| Account No.: 241427 | Account No.: 407682 |

Claim No.: 35829

Date Claim Filed: 04/07/2005

Full Transfer: (X)     Partial Transfer:

Transfer Amount: $455.68

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/02/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.   Case No.: 05-03817-3F1

Docket No.: 12258

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| CLARION LEDGER | DEBT ACQUISITION COMPANY OF AMERICA |
| Name of Transferor | Name of Transferee |
| CLARION LEDGER | DEBT ACQUISITION COMPANY OF AMERICA |
| ATTN MIKE MURPHUE, OWNER | ATTN SILVIA LUKES, CLAIMS ADMIN |
| 2109 TV ROAD | 1565 HOTEL CIRCLE SOUTH STE 310 |
| JACKSON, MS 39204 | SAN DIEGO CA 92108 |
| Phone: 601 372 6445 | Phone: 619 220 8900 ext 104 |
| Account No.: 246322 | Account No.: 407682 |

Claim No.: 33456               Full Transfer: (X)    Partial Transfer:

Date Claim Filed: 04/07/2005   Transfer Amount: $440.74

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/02/2006                     /s/ Logan & Company, Inc.

                                     Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.　　　　　　　　　　Case No.: 05-03817-3F1

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Docket No.: 12279

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| CRIMSON ELECTRIC INC | DEBT ACQUISITION COMPANY OF AMERICA |
|---|---|
| Name of Transferor | Name of Transferee |

CRIMSON ELECTRIC INC　　　　　　　　　　　　　DEBT ACQUISITION COMPANY OF AMERICA
ATTN: DEBBIE S WILSON, OWNER　　　　　　　　ATTN SILVIA LUKES, CLAIMS ADMIN
PO BOX 403　　　　　　　　　　　　　　　　　　1565 HOTEL CIRCLE SOUTH STE 310
GREER, SC 29652-0403　　　　　　　　　　　　　SAN DIEGO CA 92108

Phone: 864 877 3357　　　　　　　　　　　　　　Phone: 619 220 8900 ext 104
Account No.: 247206　　　　　　　　　　　　　　Account No.: 407682

Claim No.: 32590　　　　　　　　　　　　　　　Full Transfer: (X)　　Partial Transfer:
Date Claim Filed: 04/07/2005　　　　　　　　　Transfer Amount: $512.78

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/02/2006　　　　　　　　　　　　　　　/s/ Logan & Company, Inc.

　　　　　　　　　　　　　　　　　　　　　　Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                                         Case No.: 05-03817-3F1

                                                                           Docket No.: 12280

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| GREAT OUTDOORS | DEBT ACQUISITION COMPANY OF AMERICA |
| Name of Transferor | Name of Transferee |
| GREAT OUTDOORS<br>ATTN: PETE SKIPPER, OWNER<br>3672 NABERS DRIVE<br>WAYCROSS, GA 31503 | DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN SILVIA LUKES, CLAIMS ADMIN<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 |
| Phone: 912-816-2022 | Phone: 619 220 8900 ext 104 |
| Account No.: 397796 | Account No.: 407682 |

Claim No.: 32242                                                   Full Transfer: (X)      Partial Transfer:

Date Claim Filed: 04/07/2005                                       Transfer Amount: $990.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/02/2006                                                   /s/ Logan & Company, Inc.

                                                               Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 2, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.　　　　　　　　　　　　Case No.: 05-03817-3F1

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Docket No.: 12259

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| IMMEDIATE CARE INC | DEBT ACQUISITION COMPANY OF AMERICA |
|---|---|
| Name of Transferor | Name of Transferee |
| IMMEDIATE CARE INC<br>ATTN: LEE C SHERSETH, CFO<br>PO BOX 2828<br>CARROLLTON, GA 30112-2828 | DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN SILVIA LUKES, CLAIMS ADMIN<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 |
| Phone: 770-836-9697 | Phone: 619 220 8900 ext 104 |
| Account No.: 252072 | Account No.: 407682 |

Claim No.: 36433　　　　　　　　　　　　　　　　　　　　　Full Transfer: (X)　　　Partial Transfer:

Date Claim Filed: 04/07/2005　　　　　　　　　　　　　　　　Transfer Amount: $456.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/02/2006　　　　　　　　　　　　　　　　　　　　　/s/ Logan & Company, Inc.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.  Case No.: 05-03817-3F1
Docket No.: 12282

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| MEDWORK | DEBT ACQUISITION COMPANY OF AMERICA |
|---|---|
| Name of Transferor | Name of Transferee |

MEDWORK
ATTN: ESTHER WISHING, OFFICE MGR
407 S E 24TH STREET
FT LAUDERDALE, FL 33316

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 954-467-2140
Account No.: 256004

Phone: 619 220 8900 ext 104
Account No.: 407682

Claim No.: 31197   Full Transfer: (X)   Partial Transfer:
Date Claim Filed: 04/07/2005   Transfer Amount: $339.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/02/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 12284

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| METRO COMMUNICATIONS INC | DEBT ACQUISITION COMPANY OF AMERICA |
| Name of Transferor | Name of Transferee |
| METRO COMMUNICATIONS INC<br>ATTN SANDRA PATIN, OFF MGR<br>PO BOX 13668<br>JACKSON, MS 39236-3668 | DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN SILVIA LUKES, CLAIMS ADMIN<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 |
| Phone: 601 956 8744 | Phone: 619 220 8900 ext 104 |
| Account No.: 256120 | Account No.: 407682 |

Claim No.: 33902                        Full Transfer: (X)        Partial Transfer:

Date Claim Filed: 04/07/2005            Transfer Amount: $487.92

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                           Case No.: 05-03817-3F1

                                                                  Docket No.: 12260

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| MIDDLETOWN BATTERY SERVICE INC | DEBT ACQUISITION COMPANY OF AMERICA |
|---|---|
| Name of Transferor | Name of Transferee |
| MIDDLETOWN BATTERY SERVICE INC<br>ATTN: ALTON COLBURN, PRES<br>7795 HOBGOOD ROAD<br>FAIRBURN, GA 30213 | DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN SILVIA LUKES, CLAIMS ADMIN<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 |
| Phone: | Phone: 619 220 8900 ext 104 |
| Account No.: 256335 | Account No.: 407682 |

Claim No.: 32807                                                Full Transfer: (X)     Partial Transfer:

Date Claim Filed: 04/07/2005                                    Transfer Amount: $385.20

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/02/2006                                                /s/ Logan & Company, Inc.

                                                                Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 2, 2006.