UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

|  |  |
|---|---|
| **In re:**<br><br>**WINN-DIXIE STORES, INC., et al.,**<br><br>Debtors.[1] | **Chapter 11**<br><br>**Case No. 05-03817-3F1**<br><br>**(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.   I am of legal age and I am not a party to this action.

2.   I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.   On or about November 7, 2006 I caused copies of:

•   the **Notice of Transfer of Claim Other Than For Security**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice(s) as listed above is attached hereto as Exhibit B.

Dated: November 8, 2006

Kathleen M. Logan

---

[1]   In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:     WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 381470-47
AA ACCURATE TRUCK & TIRE REPAIR INC
ATTN: LINDA LYNN, OFF MGR
1644 NORTH US HIGHWAY 1
ORMOND BEACH, FL 32174

CREDITOR ID: 535003-97
AA ACCURATE TRUCK & TIRE REPAIR INC
ATTN: JAMES PASCARELLI, PRES
1644 NORTH US HIGHWAY 1
ORMOND BEACH FL 32174

CREDITOR ID: 242237-12
AMERICAN ROLL UP DOOR COMPANY
ATTN: LISA MAAG, OFFICE MGR
10501 ROCKET BLVD
ORLANDO, FL 32824-8513

CREDITOR ID: 243322-12
BENNYS SOLID ROCK
ATTN: BENNY GORDON, OWNER
PO BOX 533112
ORLANDO, FL 32853-3112

CREDITOR ID: 243499-12
BIG WHEEL INC
ATTN: DESHA RECOTTA, OFF MGR
42241 SOUTH MORRISON BLVD
HAMMOND, LA 70403

CREDITOR ID: 244007-12
BRINTON'S PAINT CO.
ATTN BURK B BRINTON, PRESIDENT
200 PARK STREET
JACKSONVILLE, FL 32204

CREDITOR ID: 244446-12
CANN SUPPLY
ATTN: MORRIS WRIGHT, OWNER
PO BOX 60128
JACKSONVILLE, FL 32236

CREDITOR ID: 535002-97
CHATTANOOGA TIMES FREE PRESS
ATTN: PEGGY PATE, CREDIT MGR
440 EAST ELEVENTH STREET
CHATTANOOGA TN 37403

CREDITOR ID: 382443-51
CHATTANOOGA TIMES FREE PRESS
ATTN: BARBARA J LEVI
400 EAST ELEVENTH STREET
CHATTANOOGA, TN 37403

CREDITOR ID: 535005-97
CITY OF HICKORY
ATTN: ARNITA M DULA, STAFF ATTNY
PO BOX 398
HICKORY NC 28603-0398

CREDITOR ID: 251576-12
CITY OF HICKORY
ATTN SAMUEL J SHAMES, ESQ
PO BOX 398
HICKORY, NC 28603-0398

CREDITOR ID: 247098-12
COURTESY CLEANING SERVICE INC
ATTN: ANDREW M HOOK, PRES
PO BOX 966
PEWEE VALLEY KY 40056

CREDITOR ID: 247632-12
DATASAVERS INC
ATTN: CHARLENE J SULLIVAN, PRES
888 SUEMAC ROAD
JACKSONVILLE, FL 32254

CREDITOR ID: 407682-98
DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

CREDITOR ID: 279308-99
DEUTSCHE BANK TRUST CO AMERICA
AS PASS THROUGH & INDENTURE TTEG
ATTN BRENDON MEYER, VP
MS NYC60-2720
60 WALL STREET
NEW YORK NY 10005-2858

CREDITOR ID: 279308-99
DEUTSCHE BANK TRUST CO AMERICA
C/O NIXON PEABODY, LLP
ATTN DENNIS J DREBSKY, ESQ.
437 MADISON AVENUE
NEW YORK NY 10022

CREDITOR ID: 279308-99
DEUTSCHE BANK TRUST CO AMERICA
C/O NIXON PEABODY, LLP
ATTN JOHN M. ROSENTHAL, ESQ
2 EMBARCADERO CENTER, STE 2700
SAN FRANCISCO CA 94117

CREDITOR ID: 408404-98
FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

CREDITOR ID: 381202-47
FIRST NATIONAL BANK OF MANCHESTER
ATTN KAY SMITH, 1ST VP / CHECK COLL
120 TOWN SQUARE
MANCHESTER, KY 40962

CREDITOR ID: 249771-12
FLORIDA HARDWARE LLC
ATTN: FRED G RIGGS, CR MGR
PO BOX 6759
JACKSONVILLE, FL 32236-6759

CREDITOR ID: 249797-12
FLORIDA POULTRY FEDERATION
ATTN: CHARLES R SMITH, EXEC VP
4508 OAK FAIR BLVD STE 290
TAMPA, FL 33610-7349

CREDITOR ID: 249823-12
FLORIDA TAX WATCH INC
ATTN: BARBARA K TAFF, SR VP
PO BOX 10209
TALLAHASSEE, FL 32302-0209

CREDITOR ID: 249984-12
FOX GLASS CO INC
ATTN: JOSEPH TARULLI, PRES
3038 JOHN YOUNG PKWY STE 7
ORLANDO, FL 32804

CREDITOR ID: 406047-15
HOPKINS MANUFACTURING
ATTN: SARTAH COTTE, ACCTG MGR
428 PEYTON STREET
EMPORIA KS 66801

CREDITOR ID: 251825-12
HOPKINS MANUFACTURING CORP
ATTN: SARAH COTTE
PO BOX 411674
KANSAS CITY, MO 64141

CREDITOR ID: 535006-98
HPNC LLC
C/O SCOTT P VAUGHN
HELMS MULLIS & WICKER PLLC
PO BOX 31247 (28231)
201 N TRYON ST
CHARLOTTE NC 28202

CREDITOR ID: 384182-47
J&P MACHINE SHOP INC
ATTN: PAT KHAMKEN, CEO
3445 LOWER WETUMPKA ROAD
MONTGOMERY, AL 36110-1728

CREDITOR ID: 253587-12
KARAVAN DOORS, INC
ATTN: GREG HICKS, OWNER
PO BOX 569
FAYETTEVILLE, GA 30214-0569

CREDITOR ID: 254328-12
LAKE STREET PUBLISHING
ATTN: LAURA L TURNER, OWNER
330 N SUMMIT STREET
CRESCENT CITY, FL 32112

CREDITOR ID: 256400-12
MILLENNIUM HEALTH CLINIC
ATTN: TERESA CASH, ADMINISTRATOR
1713 E HAMRIC DRIVE
OXFORD, AL 36203

**SERVICE LIST**

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:** **WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:** **05-03817-3F1**

CREDITOR ID: 384293-47
PITTMAN PACKING CO INC
ATTN: PERRY PITTMAN, PRES
PO BOX 365
SHARON, GA 30664

CREDITOR ID: 258647-12
PLF INC
ATTN: LESLIE HACKBARTH
2375 STONEBRIDGE CIRCLE, UNIT 1
WEST BEND, WI 53095

CREDITOR ID: 381381-47
ROWAN, DEBORAH
398 TOCCOA ROAD
ORANGE PARK, FL 32073

CREDITOR ID: 381319-47
SUNBELT COFFEE & WATER
H&R COFFEE CO
ATTN: SUSAN L HARTLEY, PRES
2985 MERCURY ROAD
JACKSONVILLE, FL 32207

CREDITOR ID: 535004-97
TRUCKPRO
ATTN: T J DUNCAN, A/R
8110 CORDOVA ROAD
CORDOVA TN 38016

CREDITOR ID: 263588-12
TRUCKPRO, INC
ATTN MITZI CRICK, CREDIT MGR
PO BOX 2048
CORDOVA TN 38088

CREDITOR ID: 265034-12
WORKWELL OCCUPATIONAL HEALTH
ATTN: JAN M HOPKINS, ACCNTS REP
131 COMMONWEALTH DR, STE 200
GREENVILLE, SC 29615

**Total: 37**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

**Case No.:** 05-03817-3F1

**Docket No.:** 12321

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

AA ACCURATE TRUCK & TIRE REPAIR INC

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

AA ACCURATE TRUCK & TIRE REPAIR INC
ATTN: LINDA LYNN, OFF MGR
1644 NORTH US HIGHWAY 1
ORMOND BEACH, FL 32174

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 386 615 0036
Account No.: 381470

Phone: 619 220 8900 ext 104
Account No.: 407682

AA ACCURATE TRUCK & TIRE REPAIR INC
ATTN: JAMES PASCARELLI, PRES
1644 NORTH US HIGHWAY 1
ORMOND BEACH FL 32174

Phone: 386-615-0036
Account No.: 535003

Claim No.: 1872
Date Claim Filed: 05/17/2005

Full Transfer: (X)          Partial Transfer:
Transfer Amount: $403.53

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/07/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 7, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 12303

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

AMERICAN ROLL UP DOOR COMPANY

Name of Transferor

AMERICAN ROLL UP DOOR COMPANY
ATTN: LISA MAAG, OFFICE MGR
10501 ROCKET BLVD
ORLANDO, FL 32824-8513

Phone: 407-857-2427
Account No.: 242237

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900 ext 104
Account No.: 407682

Claim No.: 30111                          Full Transfer: (X)          Partial Transfer:

Date Claim Filed: 04/07/2005              Transfer Amount: $943.96

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/07/2006                          /s/ Logan & Company, Inc.

                                          Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 7, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                        Case No.: 05-03817-3F1

                                                              Docket No.: 12304

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

BENNYS SOLID ROCK                                DEBT ACQUISITION COMPANY OF AMERICA
Name of Transferor                               Name of Transferee

BENNYS SOLID ROCK                                DEBT ACQUISITION COMPANY OF AMERICA
ATTN: BENNY GORDON, OWNER                         ATTN SILVIA LUKES, CLAIMS ADMIN
PO BOX 533112                                    1565 HOTEL CIRCLE SOUTH STE 310
ORLANDO, FL 32853-3112                           SAN DIEGO CA 92108


Phone: 407-273-4008                              Phone: 619 220 8900 ext 104
Account No.: 243322                              Account No.: 407682


Claim No.: 30218                                 Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                     Transfer Amount: $897.60

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 11/07/2006                                 /s/ Logan & Company, Inc.

                                                 Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 7, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 12305

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

BIG WHEEL INC                                    DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferor                               Name of Transferee

BIG WHEEL INC                                    DEBT ACQUISITION COMPANY OF AMERICA
ATTN: DESHA RECOTTA, OFF MGR                     ATTN SILVIA LUKES, CLAIMS ADMIN
42241 SOUTH MORRISON BLVD                        1565 HOTEL CIRCLE SOUTH STE 310
HAMMOND, LA 70403                                SAN DIEGO CA 92108

Phone: 985-542-1902                              Phone: 619 220 8900 ext 104
Account No.: 243499                              Account No.:  407682

Claim No.: 32507                                 Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                     Transfer Amount: $1,017.50

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/07/2006                                 /s/ Logan & Company, Inc.

                                                 Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 7, 2006.

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **12306**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

BRINTON'S PAINT CO.

Name of Transferor

BRINTON'S PAINT CO.
ATTN BURK B BRINTON, PRESIDENT
200 PARK STREET
JACKSONVILLE, FL 32204

Phone: 904 354 7707
Account No.: 244007

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900 ext 104
Account No.: 407682

Claim No.: 30255                                    Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005               Transfer Amount: $193.57

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/07/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 7, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **12307**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CANN SUPPLY

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

CANN SUPPLY
ATTN: MORRIS WRIGHT, OWNER
PO BOX 60128
JACKSONVILLE, FL 32236

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 904-378-1600
Account No.: 244446

Phone: 619 220 8900 ext 104
Account No.: 407682

Claim No.: 32528

Full Transfer: (X)        Partial Transfer:

Date Claim Filed: 04/07/2005

Transfer Amount: $104.04

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/07/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 7, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.         Case No.: 05-03817-3F1

Docket No.: 12287

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CHATTANOOGA TIMES FREE PRESS

Name of Transferor

CHATTANOOGA TIMES FREE PRESS
ATTN: BARBARA J LEVI
400 EAST ELEVENTH STREET
CHATTANOOGA, TN 37403


Phone: 423 757 6312
Account No.: 382443

CHATTANOOGA TIMES FREE PRESS
ATTN: PEGGY PATE, CREDIT MGR
440 EAST ELEVENTH STREET
CHATTANOOGA TN 37403


Phone:
Account No.: 535002

Claim No.: 11460
Date Claim Filed: 08/04/2005

FAIR HARBOR CAPITAL LLC

Name of Transferee

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001


Phone: 212 967 4045
Account No.:  408404

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $2,958.80

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/07/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 7, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **12322**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| CITY OF HICKORY | DEBT ACQUISITION COMPANY OF AMERICA |
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| CITY OF HICKORY | DEBT ACQUISITION COMPANY OF AMERICA |
| ATTN SAMUEL J SHAMES, ESQ | ATTN SILVIA LUKES, CLAIMS ADMIN |
| PO BOX 398 | 1565 HOTEL CIRCLE SOUTH STE 310 |
| HICKORY, NC 28603-0398 | SAN DIEGO CA 92108 |

| | |
|---|---|
| Phone: 828 323 7564 | Phone: 619 220 8900 ext 104 |
| Account No.: 251576 | Account No.: 407682 |

CITY OF HICKORY
ATTN: ARNITA M DULA, STAFF ATTNY
PO BOX 398
HICKORY NC 28603-0398

Phone:
Account No.: 535005

| | |
|---|---|
| Claim No.: 1873 | Full Transfer: <u>(X)</u>    Partial Transfer: |
| Date Claim Filed: 05/17/2005 | Transfer Amount: $772.52 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/07/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 7, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **12323**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

COURTESY CLEANING SERVICE INC

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

COURTESY CLEANING SERVICE INC
ATTN: ANDREW M HOOK, PRES
PO BOX 966
PEWEE VALLEY KY 40056

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 502-817-2676
Account No.: 247098

Phone: 619 220 8900 ext 104
Account No.: 407682

Claim No.: 248
Date Claim Filed: 03/22/2005

Full Transfer: <u>(X)</u>          Partial Transfer:
Transfer Amount: $2,565.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/07/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 7, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**    Case No.:**05-03817-3F1**

Docket No.:**12324**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DATASAVERS INC

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DATASAVERS INC
ATTN: CHARLENE J SULLIVAN, PRES
888 SUEMAC ROAD
JACKSONVILLE, FL 32254

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 904 786 5749
Account No.: 247632

Phone: 619 220 8900 ext 104
Account No.: 407682

Claim No.: 3185
Date Claim Filed: 05/31/2005

Full Transfer: (X)    Partial Transfer:
Transfer Amount: $2,926.99

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/07/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 7, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                          Case No.: 05-03817-3F1
                                                               Docket No.: 12361

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DEUTSCHE BANK TRUST CO AMERICA    ID: 279308          HPNC LLC              ID: 535006
Name of Transferor                                    Name of Transferee

DEUTSCHE BANK TRUST CO AMERICA                        HPNC LLC
AS PASS THROUGH & INDENTURE TTEEG                     C/O SCOTT P VAUGHN
ATTN BRENDON MEYER, VP                                HELMS MULLIS & WICKER PLLC
MS NYC60-2720                                         PO BOX 31247 (28231)
60 WALL STREET                                        201 N TRYON ST
NEW YORK NY  10005-2858                               CHARLOTTE NC  28202

Phone: 212 250 2921                                   Phone:  704 343 2006


DEUTSCHE BANK TRUST CO AMERICA
C/O NIXON PEABODY, LLP
ATTN JOHN M. ROSENTHAL, ESQ
2 EMBARCADERO CENTER, STE 2700
SAN FRANCISCO CA  94117

Phone: 415 985 8200


DEUTSCHE BANK TRUST CO AMERICA
C/O NIXON PEABODY, LLP
ATTN DENNIS J DREBSKY, ESQ
437 MADISON AVENUE
NEW YORK NY  10022

Phone: 212 940 3091


Claim No.: 8881                                       Full Transfer: ☒          Partial Transfer:
Date Claim Filed: 07/29/2005                          Amount: $9,614,876.87

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/07/2006                                      /s/ Logan & Company, Inc.
                                                      Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 7, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

**Case No.: 05-03817-3F1**

**Docket No.: 12308**

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

FIRST NATIONAL BANK OF MANCHESTER

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

FIRST NATIONAL BANK OF MANCHESTER
ATTN KAY SMITH, 1ST VP / CHECK COLL
120 TOWN SQUARE
MANCHESTER, KY 40962

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 606 598 6111
Account No.: 381202

Phone: 619 220 8900 ext 104
Account No.: 407682

Claim No.: 37056

Date Claim Filed: 04/07/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $564.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/07/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 7, 2006.

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **12325**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

FLORIDA HARDWARE LLC

Name of Transferor

FLORIDA HARDWARE LLC
ATTN: FRED G RIGGS, CR MGR
PO BOX 6759
JACKSONVILLE, FL 32236-6759

Phone: 904 783 1650
Account No.: 249771

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900 ext 104
Account No.:  407682

Claim No.: 2330
Date Claim Filed: 05/23/2005

Full Transfer: <u>(X)</u>        Partial Transfer:
Transfer Amount: $141.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/07/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 7, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                                 Case No.: 05-03817-3F1

                                                                       Docket No.: 12309

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

FLORIDA POULTRY FEDERATION                                DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferor                                        Name of Transferee

FLORIDA POULTRY FEDERATION                                DEBT ACQUISITION COMPANY OF AMERICA
ATTN: CHARLES R SMITH, EXEC VP                            ATTN SILVIA LUKES, CLAIMS ADMIN
4508 OAK FAIR BLVD STE 290                                1565 HOTEL CIRCLE SOUTH STE 310
TAMPA, FL 33610-7349                                      SAN DIEGO CA 92108

Phone: 813-628-4551                                       Phone: 619 220 8900 ext 104
Account No.: 249797                                       Account No.: 407682

Claim No.: 34846                                          Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                              Transfer Amount: $281.25

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule
3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office
of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection
is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/07/2006                                          /s/ Logan & Company, Inc.

                                                          Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at
telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 7, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                        Case No.: **05-03817-3F1**

                                                                 Docket No.: **12310**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

FLORIDA TAX WATCH INC                              DEBT ACQUISITION COMPANY OF AMERICA
Name of Transferor                                 Name of Transferee

FLORIDA TAX WATCH INC                              DEBT ACQUISITION COMPANY OF AMERICA
ATTN: BARBARA K TAFF, SR VP                        ATTN SILVIA LUKES, CLAIMS ADMIN
PO BOX 10209                                       1565 HOTEL CIRCLE SOUTH STE 310
TALLAHASSEE, FL 32302-0209                         SAN DIEGO CA 92108

Phone: 850-222-5052                                Phone: 619 220 8900 ext 104
Account No.: 249823                                Account No.: 407682

Claim No.: 30789                                   Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                       Transfer Amount: $2,500.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/07/2006                                   /s/ Logan & Company, Inc.

                                                   Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 7, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **12311**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

FOX GLASS CO INC

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

FOX GLASS CO INC
ATTN: JOSEPH TARULLI, PRES
3038 JOHN YOUNG PKWY STE 7
ORLANDO, FL 32804

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 407-298-9942
Account No.: 249984

Phone: 619 220 8900 ext 104
Account No.: 407682

Claim No.: 30806
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $487.20

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/07/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 7, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                          Case No.: **05-03817-3F1**

                                                                    Docket No.: **12326**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HOPKINS MANUFACTURING CORP                          DEBT ACQUISITION COMPANY OF AMERICA
Name of Transferor                                  Name of Transferee

HOPKINS MANUFACTURING CORP                          DEBT ACQUISITION COMPANY OF AMERICA
ATTN: SARAH COTTE                                   ATTN SILVIA LUKES, CLAIMS ADMIN
PO BOX 411674                                       1565 HOTEL CIRCLE SOUTH STE 310
KANSAS CITY, MO 64141                               SAN DIEGO CA 92108

Phone: 620 342 7320                                 Phone: 619 220 8900 ext 104
Account No.: 251825                                 Account No.: 407682

HOPKINS MANUFACTURING
ATTN: SARTAH COTTE, ACCTG MGR
428 PEYTON STREET
EMPORIA KS 66801

Phone: 620 340 848820
Account No.: 406047

Claim No.: 2247                                     Full Transfer: (X)          Partial Transfer:
Date Claim Filed: 05/20/2005                        Transfer Amount: $1,035.96

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/07/2006                                    /s/ Logan & Company, Inc.

                                                    Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 7, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **12312**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

J&P MACHINE SHOP INC

Name of Transferor

J&P MACHINE SHOP INC
ATTN: PAT KHAMKEN, CEO
3445 LOWER WETUMPKA ROAD
MONTGOMERY, AL 36110-1728


Phone: 334-269-9427
Account No.: 384182

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108


Phone: 619 220 8900 ext 104
Account No.: 407682

Claim No.: 33116

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $160.55

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/07/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 7, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 12327

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

KARAVAN DOORS, INC

Name of Transferor

KARAVAN DOORS, INC
ATTN: GREG HICKS, OWNER
PO BOX 569
FAYETTEVILLE, GA 30214-0569

Phone: 770 461 4841
Account No.: 253587

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900 ext 104
Account No.:  407682

Claim No.: 10732

Date Claim Filed: 08/01/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $1,242.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/07/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 7, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **12328**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| LAKE STREET PUBLISHING | DEBT ACQUISITION COMPANY OF AMERICA |
| Name of Transferor | Name of Transferee |
| LAKE STREET PUBLISHING | DEBT ACQUISITION COMPANY OF AMERICA |
| ATTN: LAURA L TURNER, OWNER | ATTN SILVIA LUKES, CLAIMS ADMIN |
| 330 N SUMMIT STREET | 1565 HOTEL CIRCLE SOUTH STE 310 |
| CRESCENT CITY, FL 32112 | SAN DIEGO CA 92108 |
| | |
| Phone: 386 698 1644 | Phone: 619 220 8900 ext 104 |
| Account No.: 254328 | Account No.: 407682 |

| | |
|---|---|
| Claim No.: 3928 | Full Transfer: (X)        Partial Transfer: |
| Date Claim Filed: 06/06/2005 | Transfer Amount: $450.00 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/07/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 7, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**       **Case No.: 05-03817-3F1**

**Docket No.: 12314**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MILLENNIUM HEALTH CLINIC

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

MILLENNIUM HEALTH CLINIC
ATTN: TERESA CASH, ADMINISTRATOR
1713 E HAMRIC DRIVE
OXFORD, AL 36203

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 256-835-6430
Account No.: 256400

Phone: 619 220 8900 ext 104
Account No.: 407682

Claim No.: 33146

Full Transfer: (X)     Partial Transfer:

Date Claim Filed: 04/07/2005

Transfer Amount: $140.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/07/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 7, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **12315**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

PITTMAN PACKING CO INC

Name of Transferor

PITTMAN PACKING CO INC
ATTN: PERRY PITTMAN, PRES
PO BOX 365
SHARON, GA 30664


Phone: 706-456-2496
Account No.: 384293

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108


Phone: 619 220 8900 ext 104
Account No.:  407682

Claim No.: 37149

Date Claim Filed: 04/07/2005

Full Transfer: <u>(X)</u>        Partial Transfer:

Transfer Amount: $798.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/07/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 7, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

**Case No.:** 05-03817-3F1

**Docket No.:** 12316

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

PLF INC

Name of Transferor

PLF INC
ATTN: LESLIE HACKBARTH
2375 STONEBRIDGE CIRCLE, UNIT 1
WEST BEND, WI 53095

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 262-334-7777
Account No.: 258647

Phone: 619 220 8900 ext 104
Account No.: 407682

Claim No.: 32873
Date Claim Filed: 04/07/2005

Full Transfer: (X)      Partial Transfer:
Transfer Amount: $350.79

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/07/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 7, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**
<br>
**Case No.: 05-03817-3F1**

**Docket No.: 12317**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ROWAN, DEBORAH

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

ROWAN, DEBORAH
398 TOCCOA ROAD
ORANGE PARK, FL 32073

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 904-264-2500
Account No.: 381381

Phone: 619 220 8900 ext 104
Account No.: 407682

Claim No.: 32000
Date Claim Filed: 04/07/2005

Full Transfer: (X)          Partial Transfer:
Transfer Amount: $180.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/07/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 7, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                         Docket No.: 12318

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SUNBELT COFFEE & WATER                                   DEBT ACQUISITION COMPANY OF AMERICA
Name of Transferor                                       Name of Transferee

SUNBELT COFFEE & WATER                                   DEBT ACQUISITION COMPANY OF AMERICA
H&R COFFEE CO                                            ATTN SILVIA LUKES, CLAIMS ADMIN
ATTN: SUSAN L HARTLEY, PRES                              1565 HOTEL CIRCLE SOUTH STE 310
2985 MERCURY ROAD                                        SAN DIEGO CA 92108
JACKSONVILLE, FL 32207


Phone: 904 737 7870                                      Phone: 619 220 8900 ext 104
Account No.: 381319                                      Account No.: 407682


Claim No.: 31989                                         Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                             Transfer Amount: $250.88

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 11/07/2006                                         /s/ Logan & Company, Inc.

                                                         Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 7, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **12319**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| TRUCKPRO, INC | DEBT ACQUISITION COMPANY OF AMERICA |
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| TRUCKPRO, INC | DEBT ACQUISITION COMPANY OF AMERICA |
| ATTN MITZI CRICK, CREDIT MGR | ATTN SILVIA LUKES, CLAIMS ADMIN |
| PO BOX 2048 | 1565 HOTEL CIRCLE SOUTH STE 310 |
| CORDOVA TN 38088 | SAN DIEGO CA 92108 |

| | |
|---|---|
| Phone: 901 252 4374 | Phone: 619 220 8900 ext 104 |
| Account No.: 263588 | Account No.:  407682 |

TRUCKPRO
ATTN: T J DUNCAN, A/R
8110 CORDOVA ROAD
CORDOVA TN 38016

Phone: 901-252-4350
Account No.:  535004

| | |
|---|---|
| Claim No.: 3273 | Full Transfer: (X)          Partial Transfer: |
| Date Claim Filed: 05/31/2005 | Transfer Amount: $2,428.70 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/07/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 7, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **12319**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

TRUCKPRO, INC

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

TRUCKPRO, INC
ATTN MITZI CRICK, CREDIT MGR
PO BOX 2048
CORDOVA TN 38088

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 901 252 4374

Account No.: 263588

Phone: 619 220 8900 ext 104

Account No.: 407682

TRUCKPRO
ATTN: T J DUNCAN, A/R
8110 CORDOVA ROAD
CORDOVA TN 38016

Phone: 901-252-4350

Account No.: 535004

Claim No.: 33006

Date Claim Filed: 04/07/2005

Full Transfer: <u>(X)</u>          Partial Transfer:

Transfer Amount: $2,428.70

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/07/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 7, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **12320**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

WORKWELL OCCUPATIONAL HEALTH

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

WORKWELL OCCUPATIONAL HEALTH
ATTN: JAN M HOPKINS, ACCNTS REP
131 COMMONWEALTH DR, STE 200
GREENVILLE, SC 29615

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 864-675-4641
Account No.: 265034

Phone: 619 220 8900 ext 104
Account No.: 407682

Claim No.: 33043
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $101.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/07/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 7, 2006.