UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., <u>et al.</u>,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about November 7, 2006 I caused copies of:

- the **Notice of Withdrawal of Objection to Claim Numbers 4073 Filed by Baker Distributing Company LLC, 2165 Filed by Barker Company, 7935 Filed by CG Roxane and 2573 Filed by Joseph Enterprises, as Set Forth in the Debtors' Eighth Omnibus Objection to Overstated Claims (Docket No. 6911)**

  to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: November 8, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: WA

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**
**Notice of Withdrawal of Objection to Claim Numbers**
**4073 Filed by Baker Distributing Company LLC, 2165**
**Filed by Barker Company, 7935 Filed by CG Roxane and**
**2573 Filed by Joseph Enterprises, as Set Forth in Debtors'**
**Eighth Omni Obj to Overstated Claims (Docket No 6911)**

| | |
|---|---|
| **DEBTOR:** WINN-DIXIE STORES, INC., ET AL. | **CASE:** 05-03817-3F1 |

CREDITOR ID: 407448-15
BAKER DISTRIBUTING COMPANY, LLC
ATTN GREG HILTON, CREDIT DIRECTOR
7892 BAYMEADOWS WAY
JACKSONVILLE FL 32256

CREDITOR ID: 243076-12
BARKER COMPANY LTD
ATTN CHRISTINE CARLSON, CONTROLLER
PO BOX 478
KEOSAUQUA IA 52565-0478

CREDITOR ID: 244941-12
CG ROXANE
ATTN PATRICE MARQUET, VP FIN
1210 SO STATE HWY 395
OLANCHA, CA 93549

CREDITOR ID: 411409-98
HAIN CAPITAL OPPORTUNITIES LLC
ATTN G LIBERCHUK/ROBERT J KOLTAI
301 ROUTE 17 N 6TH FLOOR
RUTHERFORD NJ 07070

CREDITOR ID: 253398-12
JOSEPH ENTERPRISES
ATTN: LARRY WONG, CONTROLLER
425 CALIFORNIA STREET, SUITE 300
SAN FRANCISCO, CA 94104

CREDITOR ID: 405906-98
MADISON INVESTMENT TRUST - SERIES 3
ATTN KRISTY STARK, CLEARING OPS MGR
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

Total: 6

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Debtors. ) | Jointly Administered |

**NOTICE OF WITHDRAWAL OF OBJECTION TO CLAIM NUMBERS
4073 FILED BY BAKER DISTRIBUTING COMPANY LLC, 2165 FILED BY
BARKER COMPANY, 7935 FILED BY CG ROXANE AND 2573 FILED BY
JOSEPH ENTERPRISES, AS SET FORTH IN DEBTORS' EIGHTH
OMNIBUS OBJECTION TO OVERSTATED CLAIMS (DOCKET NO. 6911)**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), withdraw without prejudice the objection to the following claims, as set forth in the Debtors' Eighth Omnibus Objection To Overstated Claims (Docket No. 6911):

1. Claim no. 4073 filed by Baker Distributing Company LLC;

2. Claim no. 2165 filed by Barker Company;

3. Claim no. 7935 filed by CG Roxane; and

4. Claim no. 2573 filed by Joseph Enterprises.

Dated: November 6, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| | |
| By   *s/ D. J. Baker*   <br> D. J. Baker <br> Sally McDonald Henry <br> Rosalie Walker Gray <br> Jane M. Leamy | By   *s/ James H. Post*   <br> Stephen D. Busey <br> James H. Post <br> Cynthia C. Jackson, <br> Florida Bar Number 175460 |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> jpost@smithhulsey.com |
| | |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |