UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |
|---|---|

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about November 7, 2006 I caused copies of:

- the **Notice of Withdrawal of Objection to Claim Numbers 465 Filed by EMC Corporation, 10147 Filed by U.S. Surveyor and 8133 Filed by Ventura Foods LLC, as Set Forth in the Debtors' Twelfth Omnibus Objection (Docket No. 8116)**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: November 8, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: WC

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**

**Notice of Withdrawal of Objection to Claim Numbers
465 Filed by EMC Corporation, 10127 Filed by U.S.
Surveyor and 8133 Filed by Ventura Foods LLC, as Set
Forth in the Debtors' Twelfth Omnibus Objection
(Docket No 8116)**

**DEBTOR:**   **WINN-DIXIE STORES, INC., ET AL.**                                                                                       **CASE:**   **05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 399332-79<br>EMC CORPORATION<br>C/O RECEIVABLE MANAGEMENT SERVICES<br>ATTN PHYLLIS A HAYES<br>PO BOX 5126<br>TIMONIUM MD 21094 | CREDITOR ID: 410956-15<br>US SURVEYOR<br>C/O FINE & HATFIELD, PC<br>ATTN TODD I GLASS, ESQ<br>520 NW SECOND ST<br>PO BOX 779<br>EVANSVILLE IN 47705-0779 | CREDITOR ID: 405795-95<br>VENTURA FOODS LLC<br>ATTN VIRGINIA SODERMAN, AR DIR<br>40 POINTE DRIVE<br>BREA CA 92821 |
| CREDITOR ID: 405795-95<br>VENTURA FOODS LLC<br>C/O LEFLEUR LAW FIRM<br>ATTN: NINA M LAFLEUR<br>PO BOX 861128<br>ST AUGUSTINE FL 32086 | | |

Total: 4

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Debtors. ) | Jointly Administered |

## NOTICE OF WITHDRAWAL OF OBJECTION TO CLAIM NUMBERS 465 FILED BY EMC CORPORATION, 10147 FILED BY U.S. SURVEYOR AND 8133 FILED BY VENTURA FOODS LLC, AS SET FORTH IN THE DEBTORS' TWELFTH OMNIBUS OBJECTION (DOCKET NO. 8116 )

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), withdraw without prejudice the objection to the following claims, as set forth in the Debtors' Twelfth Omnibus Objection To (A) Overstated Claims, (B) Overstated Misclassified Claims and (C) No Liability Misclassified Claims (Docket No. 8116):

1. Claim no. 465 filed by EMC Corporation.;

2. Claim no. 10147 filed by U.S. Surveyor; and

3. Claim no. 8133 filed by Ventura Foods LLC.

Dated: November 6, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| | |
| By   *s/ D. J. Baker*   <br>    D. J. Baker <br>    Sally McDonald Henry <br>    Rosalie Walker Gray <br>    Jane M. Leamy <br> Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) <br> djbaker@skadden.com | By   *s/ James H. Post*   <br>    Stephen D. Busey <br>    James H. Post <br>    Cynthia C. Jackson, <br>    Florida Bar Number 175460 <br> 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> jpost@smithhulsey.com |
| | |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |