UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                              CASE NO.: 3:05-bk-03817-JAF
                                    CHAPTER 11
WINN-DIXIE STORES, INC., et al.,

        Debtors.          Jointly Administered

**NOTICE OF WITHDRAWAL OF MOTION OF TAPPAN PROPERTIES, L.P.
FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM**

Tappan Properties, L.P., by and through its undersigned counsel, hereby withdraws its Motion for Allowance and Payment of Administrative Claim (Docket No. 11529) previously filed herein.

Dated this 8 day of November, 2006.

HELD & ISRAEL
By: _____
Kimberly Held Israel, Esquire
Florida Bar #47287
Adam N. Frisch, Esquire
Florida Bar #635308
afrisch@hilawfirm.com
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile

and

POLSINELLI SHALTON WELTE
  SUELTHAUS PC
JAMES E. BIRD   (#28833)
AMY E. HATCH    (#53116)
700 West 47th Street, Suite 1000
Kansas City, Missouri  64112
(816) 753-1000
Fax No. (816) 753-1536