UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 05-03817-f1 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al*, | ) | Chapter 11 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## WD HILLIARD LLC'S RESPONSE TO DEBTORS'
## TWENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS

WD Hilliard LLC, by and through undersigned counsel, hereby responds to the Debtors'

Twenty-Fourth Omnibus Objection to Claims (the "Omnibus Objection") as follows:

1.    WD Hilliard LLC filed an amended proof of claim (Claim No. 12311) in the

amount of $1,179,826.57 relating to the rejection of a certain lease agreement between WD

Hilliard and Winn-Dixie Montgomery, Inc..  A portion ($19,671.78) of Claim No. 12311 was

asserted as an administrative claim based upon the Debtors' failure to pay post-petition real

estate taxes (the "Administrative Claim").

2.    The Debtors seek to reduce Claim No. 12311 by $356,000 on the grounds that this

amount of the claim is unsupported by adequate documentation and by the amount of the

Administrative Claim on the basis that the Debtors have paid the post-petition real estate taxes.

3.    With respect to the Administrative Claim, WD Hilliard does not dispute that the

Debtors have paid the taxes and agrees that Claim No. 12311 should be reduced accordingly.

4.    With respect to the remainder of the Debtors' objection to Claim No. 12311, at

the time WD Hilliard filed Claim No. 12311, it included an estimation of damages relating to the

Debtors' breach of the applicable lease agreement.  Since that time, WD Hilliard has incurred

actual damages in the $12,517.58, which damages are detailed in the spreadsheet and invoices

attached as **Exhibit 1**. Accordingly, WD Hillliard agrees that the unsecured portion of Claim No. 12311 should be reduced by $343,482.42.

5.    Based upon the above, Claim No. 12311 should be reduced and reclassified as general unsecured claim in the amount of $816,672.37.

WHEREFORE, WD Hillliard respectfully requests that the Court (1) overrule the Omnibus Objection to the extent it is inconsistent with the facts stated herein, (2) allow Claim No. 12311 as a general unsecured claim in the amount of $816,672.37, (3) grant WD Hillliard such other and further relief that the Court may deem just and appropriate.

Respectfully submitted,

WD HILLLIARD LLC

By: /s/ Sara E. Lorber
      One of Its Attorneys

Sara E. Lorber
SEYFARTH SHAW LLP
55 East Monroe Street, Suite 4200
Chicago, Illinois  60603
Tel. (312) 346-8000
Fax: (312) 269-8869
slorber@seyfarth.com

CH1 11136916.1

## CERTIFICATE OF SERVICE

I, Sara E. Lorber, an attorney, do hereby certify that on November 9, 2006, I electronically filed a true and correct copy of the foregoing WD HILLLIARD LLC'S RESPONSE TO DEBTORS' TWENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS, and caused the same to be served (1) via electronic mail to those parties entitled to service through the ECF registration, and (2) via facsimile transmission on counsel for the Debtors at the following address:

> D.J. Baker Esq.
> Skadden, Arps, slate, Meagher & Flom LLP
> Four Times Square
> New York, NY 10036
> (212) 735-2000 (facsimile)

/s/ Sara E. Lorber

3

CHI 11136916.1

# EXHIBIT 1

**Itemization of Damages**

| Date | Name | Memo | Paid Amount |
|---|---|---|---|
| 10/25/2005 | T & K LAWN SERVICES INC | INV # 001452, LAWRENCEVILLE | $856.88 |
| 11/21/2005 | T & K LAWN SERVICES INC | INV # 001458, LAWRENCEVILLE | $640.00 |
| 11/21/2005 | T & K LAWN SERVICES INC | INV # 001460, LAWRENCEVILLE | $610.65 |
| 12/21/2005 | T & K LAWN SERVICES INC | INV # 001464, LAWRENCEVILLE | $635.00 |
| 01/18/2006 | T & K LAWN SERVICES INC | INV # 001471, LAWRENCEVILLE | $600.00 |
| 03/01/2006 | T & K LAWN SERVICES INC | INV # 001471, LAWRENCEVILLE | $575.00 |
| 03/28/2006 | T & K LAWN SERVICES INC | INV # 001482, LAWRENCEVILLE | $575.00 |
| 04/24/2006 | T & K LAWN SERVICES INC | INV # 001487, LAWRENCEVILLE | $615.00 |
| 06/13/2006 | T & K LAWN SERVICES INC | 05/06 LAWRENCEVILLE | $590.00 |
| 06/13/2006 | T & K LAWN SERVICES INC | 06/06, LAWRENCEVILLE | $550.00 |
| 06/27/2006 | LOCK DOCTOR, INC. | INV # 70791, LAWRENCEVILLE, GA | $228.60 |
| 07/07/2006 | T & K LAWN SERVICES INC | INV # 001502, LAWRENCEVILLE W. DIXIE | $875.00 |
| 07/18/2006 | T & K LAWN SERVICES INC | INV # 001507, LAWRENCEVILLE W. DIXIE | $550.00 |
| 08/21/2006 | T & K LAWN SERVICES INC | INV # 001514, LAWRENCEVILLE W. DIXIE | $1,471.45 |
| 10/20/2006 | T & K LAWN SERVICES INC | INV # 001528, LAWRENCEVILLE W. DIXIE | $550.00 |
| 10/23/2006 | JOHN MICHAEL STUDENY | CL # 8031-0194M, INV 5, LAWRENCEVILLE, GA | $990.00 |
| 12/23/2005 | JOHN MICHAEL STUDENY | CL # 8031-0228M, INV 1, LAWRENCEVILLE, NJ | $1,000.00 |
| 06/19/2006 | JOHN MICHAEL STUDENY | CL # 8031-0194M, INV 1, WINN DIXIE STORE, L. | $110.00 |
| 07/21/2006 | JOHN MICHAEL STUDENY | CL # 8031-0194M, INV 2, W. DIXIE - LAWRENCE | $440.00 |
| 08/21/2006 | JOHN MICHAEL STUDENY | CL # 8031-0194M, INV 3, W. DIXIE, LAWRENCE | $55.00 |
| | | | |
| | | **TOTAL:** | **$12,517.58** |

# LOCK DOCTOR, INC.

## A-1 SECURITY & SAFE

3550 Lawrenceville-Suwanee Rd
Suite 101
Suwanee, Ga 30024

(770) 476-7738
(678) 482-6984 Fax
Fed ID #58-1823165

Invoice # 707910

Name: Kayin Realty
Account #: 
Date: 6/22/06
Phone: 412-661-5233
Fax:
P.O. #:

Address:
City:
State:          Zip:

PAYMENT METHOD
☐ CASH
☐ CHECK

CREDIT CARD
Exp. Date:
Approval #: Attn: Kathy Cochran

| DESCRIPTION | HRS./RATE | AMOUNT |
|---|---|---|
| Rekeae Humidors - Key + installed | | |
| cylinder - one day his ford - extra time | 45:00 | 45 00 |
| Rekeying  30.15 | 45:00 | 45 00 |
| | | 75 00 |
| Service / Trip (old Winn-Dixie) | | |
| | | |
| Job location: 1404 Lawrenceville Suwanee | | |
| Lawrenceville, GA | | |
| | TOTAL LABOR | 165 00 |
| | TOTAL MATERIAL | |
| | 6% TAX | 60 60 |
| | FREIGHT | |
| | TOTAL | 225 60 |

AUTHORIZATION FOR SECURITY/EMERGENCY SERVICES

NAME (PRINTED): Tom Reese
SIGNATURE: 
DATE: 6-22-06

---

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 3 | New mortise cylinders | 20- | 60.00 |
| | | | |
| | | | |

TOTAL MATERIALS

AUTO
☐ HOME          Year
☐ BUSINESS      Make
☐ AUTO          Model
                License

☐ FOREIGN       ☐ CLEAN / LUBE
☐ CHA-LCK       ☐ SAFE KIT
☐ COMB

☐ OPEN LOCKS
☐ DRC / LOCKING
☐ SECURE
☐ HI-SEC 510    ☐ INSTALL
☐ MAKE KEYS     ☐ REMOVE & REPLACE
                ☐ MACHINE KEY

☐ KEY
☐ REKEY
☐ BIKE
☐ APARTMENT
☐ OTHER

NAME (PRINTED): Tom Reese
DATE: 6-22-06

# Invoice# 001452

Date: Oct. 15,2005
Job Number: New Market Mall

**TO:**
Kamin Realty Company
490 S. Highland Ave.
Pittsburgh,PA 15232

Phone: 1-412-661-6233
Fax.     1-412-661-3228
Attn: Ms. Kathy Cochran

From:
T & K Lawn Services,Inc.
5059 Lake Greystone Road
Lithia Springs, GA 30122

Phone: 770-745-6138
Fax:    770-745-6138
Cell:   770-367-8924
E-mail: tkdobbs04@aol.com

*Lawrenceville*
*Winn Dixie*

**Job Description:**          Monthly lawn maintenance for Oct.

**SERVICE**

| HOURS | DESCRIPTION | CHARGES | TOTAL |
|-------|-------------|---------|-------|
| | New Market Mall  Shopping Center | | $550.00 |
| | | | |
| | Additional services: | | |
| | Trip charge for meeting the locksmith | | $50.00 |
| | Trip charge for meeting Mr. Bill Journey | | $50.00 |
| | | | |
| | Clean up illegal dumping | | |
| | 10/5/2005 | | $65.00 |
| | 10/20/2005 | | $50.00 |
| | Clean up Graffiti | | |
| | Initial Materials cost | | $61.88 |
| | 10/5/2005 | | $30.00 |
| | | | |
| | | | |
| | | | |
| | Fertilization and weed control for the lawn | | |
| | | | |
| | | Total service charges: | $856.88 |

RECEIVED
OCT 2 5 2005
By

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Mail

490 S. Highland Ave.
Pittsburgh, PA 15232

Phone: 1-412-661-5233
Fax:    1-412-681-3228
Attn: Ms. Kathy Cochran

From:
T & K Lawn Services, Inc.
5059 Lake Greystone Road
Lithia Springs, GA 30122

Phone: 770-745-6138
Fax:    770-745-6138
Cell:   770-367-9924
E-mail: tkdobbs04@aol.com



**Job Description:**    Monthly lawn maintenance for Nov

*Last Mowing for Year*

SERVICE

| HOURS | DESCRIPTION | CHARGES | TOTAL |
|---|---|---|---|
| *their name* | New Market Mall  Shopping Center | | $550.00 |
| | Additional services: | | |
| | | | |
| | Clean up Illegal dumping | | |
| | 11/3/2005 | | $65.00 |
| | 11/15/2005 | | $25.00 |
| | Clean up Graffiti | | |
| | | | |
| | | | |
| | Fertilization and weed control for the lawn | | |
| | Total service charges: | | $640.00 |

RECEIVED
NOV 1 6 2005
By

# Invoice# 001460

Date: Nov. 15,2005
Job Number: Lawerenceville Winn-Dixie

**TO:**
Kamin Realty Company
490 S. Highland Ave.
Pittsburgh,PA 15232

Phone: 1-412-661-5233
Fax:    1-412-661-3228
Attn: Ms. Kathy Cochran
E-mail: Kamin@KaminRealty.com

From:
T & K Lawn Services,Inc.
5059 Lake Greystone Road
Lithia Springs, GA 30122

Phone: 770-745-6138
Fax:    770-745-6138
Cell:   770-367-9924
E-mail: tkdobbs04@aol.com



**Job Description:**       Chaining off the rear entrances to prohibit illegal dumping.

*SERVICE*

| HOURS | DESCRIPTION | CHARGES | TOTAL |
|-------|-------------|---------|-------|
|       | Lawerenceville Winn-Dixie | | |
|       | | | |
|       | | | |
|       | Additional services: | | |
|       | | | |
|       | | | |
|       | | | |
|       | Clean up illegal dumping | | |
|       | | | |
|       | | | |
|       | | | |
|       | Clean up Graffiti | | |
|       | | | |
|       | | | |
|       | | | |
|       | Chaining off rear entrances | | |
|       | materials | | $535.65 |
|       | labor | | $75.00 |
|       | | | |
|       | Fertilization and weed control for the lawn | | |
|       | | | |
|       | | Total service charges: | $610.65 |

## Invoice# 001464

Date: Dec. 15,2005
Job Number: Lawerenceville Winn-Dixie

**TO:**

Kamin Realty Company
490 S. Highland Ave.
Pittsburgh, PA 15232

Phone: 1-412-661-5233
Fax:     1-412-661-3228
Attn: Ms. Kathy Cochran

**From:**

T & K Lawn Services, Inc.
5059 Lake Greystone Road
Lithia Springs, GA 30122

Phone: 770-745-6138
Fax      770-745-6138
Cell:    770-367-9924
E-mail: tkdobbs04@aol.com



**Job Description:**     Monthly lawn maintenance for Dec.

**SERVICE**

| HOURS | DESCRIPTION | CHARGES | TOTAL |
|---|---|---|---|
| | Lawerenceville Winn-Dixie | | $550.00 |
| | Additional services: | | |
| | Clean up illegal dumping | | |
| | 12/1/2005 | | $60.00 |
| | Clean up Graffiti | | |
| | 12/9/2005 | | $25.00 |
| | Fertilization and weed control for the lawn | | |
| | | Total service charges: | $635.00 |



## Invoice# 001471

Date: Jan. 15,2006
Job Number: Lawerenceville Winn-Dixie

**TO:**

Kamin Realty Company
490 S. Highland Ave.
Pittsburgh,PA 15232

Phone: 1-412-661-5233
Fax:   1-412-661-3228
Attn: Ms. Kathy Cochran

**From:**

T & K Lawn Services,Inc.
5059 Lake Greystone Road
Lithia Springs, GA 30122

Phone: 770-745-8138
Fax:   770-745-8138
Cell:  770-387-9924
E-mail: tkdobos04@aol.com

PAID

JAN 18 2006
KRC
# 1573

1/53

**Job Description:**   Monthly lawn maintenance for Jan

**SERVICE**

| HOURS | DESCRIPTION | CHARGES | TOTAL |
|-------|-------------|---------|-------|
|  | Lawerenceville Winn-Dixie |  | $550.00 |
|  |  |  |  |
|  | Additional services: |  |  |
|  | Trip Charge for meeting Jenny 1/7/06  – PER BO/B | | $75.00 |
|  |  |  | 50.00 |
|  | Clean up Illegal dumping |  |  |
|  |  |  |  |
|  | Clean up Graffiti |  |  |
|  |  |  |  |
|  |  |  |  |
|  | Fertilization and weed control for the lawn |  |  |
|  |  | Total service charges: | $625.00 |

X Tax

$600.00
total


RECEIVED
JAN 16 2006
By Kathy Cochran

# Invoice# 001476

Date: Feb. 15,2006
Job Number: Lawerenceville Winn-Dixie

**TO:**

Kamin Realty Company
490 S. Highland Ave.
Pittsburgh,PA 15232

Phone: 1-412-881-5233
Fax:    1-412-661-3228
Attn: Ms. Kathy Cochran

From:

T & K Lawn Services,Inc.
5059 Lake Greystone Road
Lithia Springs, GA 30122

Phone: 770-745-6138
Fax:    770-745-6138
Cell:   770-367-9924
E-mail: tkdobbs04@aol.com

PAID

MAR  J 1  2006
KREC
#  7649
3\6

**Job Description:**   Monthly lawn maintenance for Feb.

SERVICE

| HOURS | DESCRIPTION | CHARGES | TOTAL |
|-------|-------------|---------|-------|
| | Lawerenceville Winn-Dixie | | $550.00 |
| | Additional services: | | |
| | Clean up illegal dumping — Nc called & I OK'd this — he's putting nails in back alley what? no one should be | | $ 25.00 |
| | 2/17/2006 | | |
| | Clean up Graffiti | | |
| | Fertilization and weed control for the lawn | | |
| | | Total service charges: | $575.00 |


RECEIVED
FEB 2 3 2006
By

# Invoice# 001482

Date: March 15,2006
Job Number. Lawerenceville Winn-Dixie

**TO:**

Kamin Realty Company
480 S. Highland Ave
Pittsburgh,PA 15232

Phone: 1-412-661-5233
Fax:   1-412-661-3228
Attn: Ms. Kathy Cochran

From:

T & K Lawn Services,Inc
5059 Lake Greystone Road
Lithia Springs, GA 30122

Phone: 770-745-6138
Fax:   770-745-6138
Cell:   770-367-9924
E-mail: tkdobbs04@aol.com

**Job Description:**       Monthly lawn maintenance for March

**SERVICE**

| HOURS | DESCRIPTION | CHARGES | TOTAL |
|-------|-------------|---------|-------|
|  | Lawerenceville Winn-Dixie |  | $550.00 |
|  | Additional services: |  |  |
|  |  | PAID |  |
|  | Clean up illegal dumping |  |  |
|  |  | MAR 2 8 2006 |  |
|  | Clean up Graffiti |  |  |
|  | Install Lease Signs in front windows |  | 3/31  25.00 |
|  |  | Total service charges: | $575.00 |



## Invoice# 001487

Date: April 19,2006
Job Number: Lawerenceville Winn-Dixie

**TO:**

Kamin Realty Company
490 S. Highland Ave.
Pittsburgh,PA 15232

Phone: 1-412-661-5233
Fax:   1-412-661-3228
Attn: Ms. Kathy Cochran

**From.**

T & K Lawn Services,Inc.
5059 Lake Greystone Road
Lithia Springs, GA 30122

Phone: 770-745-6138
Fax:   770-745-8138
Cell:   770-367-9924
E-mail: tkdobbs04@aol.com



**Job Description:**    Monthly lawn maintenance for Apnl

**SERVICE**

| HOURS | DESCRIPTION | CHARGES | TOTAL |
|---|---|---|---|
| | Lawerenceville Winn-Dixie | | $550.00 |
| | | | |
| | Additional services: | | |
| | | | |
| | | | |
| | Clean up illegal dumping | | |
| | | | $25.00 |
| | | | |
| | Clean up Graffiti | | |
| | 4/19/2006 | | $40.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total service charges: | $615.00 |

Winn-Dixie

**TO:**
Kamin Realty Company
490 S. Highland Ave.
Pittsburgh, PA 15232

Phone: 1-412-661-5233
Fax 1-412-661-3228
Attn: Ms. Kathy Cochran

From:
T & K Lawn Services, Inc.
5059 Lake Greystone Road
Lithia Springs, GA 30122

Phone: 770-745-6138
Fax. 770-745-6138
Cell: 770-387-9924
E-mail: tkdobbs04@aol.com

PAID
JUN 13 2006

**Job Description:** Monthly lawn maintenance for June

**SERVICE**

| HOURS | DESCRIPTION | CHARGES | TOTAL |
|---|---|---|---|
| | Lawerenceville Winn-Dixie | | $550.00 |
| | Additional services: | | |
| | Clean up illegal dumping | | |
| | Clean up Graffiti | | |
| | Install for lease banner on store front | | |
| | Total service charges: | | $550.00 |


RECEIVED
JUN 13 2006
By

Date: May 15,2006
Job Number: Lawerenceville Winn-Dixie

**TO:**

Kamin Realty Company
490 S. Highland Ave.
Pittsburgh,PA 15232

Phone: 1-412-661-5233
Fax:    1-412-661-3228
Attn: Ms. Kathy Cochran

**From:**

T & K Lawn Services,Inc.
5058 Lake Greystone Road
Lithia Springs, GA 30122

Phone: 770-745-6138
Fax:    770-745-6138
Cell:   770-387-9924
E-mail: tkdobbs04@aol.com

*Job Description:*    Monthly lawn maintenance for May

**SERVICE**

| HOURS | DESCRIPTION | CHARGES | TOTAL |
|-------|-------------|---------|-------|
|  | Lawerenceville Winn-Dixie |  | $550.00 |
|  | Additional services: |  |  |
|  | Clean up illegal dumping |  |  |
|  | Clean up Graffiti |  |  |
|  | Install for lease banner on store front |  | 40.00 |
|  | **Total service charges:** |  | **$590.00** |





RECEIVED
JUN 13 2006
By

# Invoice# 001502

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

Date: June 21,2006
Job Number: Lawrenceville Winn-Dixie

TO:

Kamin Realty Company
490 S. Highland Ave.
Pittsburgh, PA 15232

Phone: 1-412-661-5233
Fax:    1-412-661-3228
Attn: Ms. Kathy Cochran
E-mail: Kamin@KaminRealty.com

From:

T & K Lawn Services, Inc.
5059 Lake Greystone Road
Lithia Springs, GA 30122

Phone: 770-746-6138
Fax:    770-745-6138
Cell:   770-367-9924
E-mail: tkdobbs04@aol.com



PAID

JUL 07 2006

**Job Description:**

Building and installing a re-enforced steel gate to block off the store generator
exhaust vent to stop entry from vandalism

**SERVICE**

| HOURS | DESCRIPTION | CHARGES | TOTAL |
|-------|-------------|---------|-------|
|  | Lawrenceville Winn-Dixie |  |  |
|  |  |  |  |
|  | Additional services: |  |  |
|  |  |  |  |
|  | Materials and labor for the project |  | $875.00 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | Total service charges: | $875.00 |



RECEIVED
JUN 2 5 2006
By

## Invoice# 001507

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Date: July 15,2006
Job Number: Lawerenceville Wino Dixie



**TO:**

Kamin Realty Company
490 S. Highland Ave.
Pittsburgh,PA 15232

Phone: 1-412-861-5233
Fax    1-412-861-3228
Attn. Ms. Kathy Cochran

From:

T & K Lawn Services,Inc.
5059 Lake Greystone Road
Lithia Springs, GA 30127

Phone: 770-745-8138
Fax    770-745-8138
Cell:  770-387-9924
E-mail: tkdobbs04@aol.com

**Job Description:**   Monthly lawn maintenance for July

**SERVICE**

| HOURS | DESCRIPTION | CHARGES | TOTAL |
|-------|-------------|---------|-------|
| | Lawerenceville Winn-Dixie | | $550.00 |
| | Additional services: | | |
| | Clean up illegal dumping | | |
| | Clean up Graffiti | | |
| | Install for lease banner on store front | | |
| | | Total service charges: | $550.00 |

$D$ / 2 / 8

## Invoice# 001528

Date: Oct. 15,2006
Job Number: Lawerenceville Winn-Dixie

**TO:**

Kamin Realty Company
490 S. Highland Ave.
Pittsburgh, PA 15232

Phone: 1-412-661-5233
Fax:     1-412-661-3228
Attn: Ms. Kathy Cochran

**From:**

T & K Lawn Services, Inc.
5059 Lake Greystone Road
Lithia Springs, GA 30122

Phone: 770-745-8138
Fax:     770-745-6138
Cell    770-387-9924
E-mail: tkdobbs04@aol.com

**Job Description:**   Monthly lawn maintenance for Oct.

**SERVICE**

| HOURS | DESCRIPTION | CHARGES | TOTAL |
|---|---|---|---|
| | Lawerenceville Winn-Dixie | | $550.00 |
| | Additional services: | | |
| | Other charges | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Clean up Graffiti | | |
| | | Total service charges: | $550.00 |




PAID OCT 3 0 2006
# 8731
KLC



# Invoice# 001514

█████████████████████████████████████████

Date: Aug. 15,2006
Job Number: Lawerenceville Winn-Dixe

**TO:**
Kamin Realty Company
490 S. Highland Ave.
Pittsburgh,PA 15232

Phone: 1-412-661-5233
Fax:     1-412-661-3228
Attn: Ms. Kathy Cochran

From:
T & K Lawn Services,Inc.
5059 Lake Greystone Road
Lithia Springs, GA 30122

Phone: 770-745-8138
Fax:    770-745-8138
Cell:   770-367-9924
E-mail: tkdobbs04@aol.com

**Job Description:**   Monthly lawn maintenance for Aug

---

SERVICE

| HOURS | DESCRIPTION | CHARGES | TOTAL |
|---|---|---|---|
| | Lawerenceville Winn-Dixie | | $550.00 |
| | | | |
| | Additional services: | | |
| | Other charges | | |
| | 7/25 & 7/28  Meeting with the Police about property vandalism & | | $275.00 |
| | going to Home Depot for materials & re-securing the rear chain for | | |
| | back parking lot. | | |
| | | | |
| | Materials for 7/25/06 project | | $43.42 |
| | | | |
| | Trip charge for meeting Ways Electric Co. 7/28/06 | | $50.00 |
| | | | |
| | Trip charge for meeting police on 8/5/06 and re securing the building | | $100.00 |
| | | | |
| 8/6/2006 | Materials ( 6 new locks, screws,latches & nails for additional barrier | | $228.03 |
| | against illegal dumping) | | |
| | | | |
| | 8/6/2006  Time & labor charges for re-securing the building | | $225.00 |
| | | | |
| | | | |
| | | | |
| | Clean up Graffiti | | |
| | | *Total service charges:* | $1,471.45 |

# Invoice# 001521

Date: Sept. 15,2006
Job Number: Lawerenceville Winn-Dixie

**TO:**

Kamin Realty Company
490 S. Highland Ave.
Pittsburgh,PA 15232

Phone: 1-412-661-5233
Fax:    1-412-661-3228
Attn: Ms. Kathy Cochran

From:

T & K Lawn Services,Inc.
5058 Lake Greystone Road
Lithia Springs, GA 30122

Phone: 770-745-6138
Fax:    770-745-6138
Cell:    770 367 9924
E-mail: tkdobbs04@aol.com



**Job Description:**     Monthly lawn maintenance for Sept

**SERVICE**

| HOURS | DESCRIPTION | CHARGES | TOTAL |
|---|---|---|---|
| | Lawerenceville Winn-Dixie | | $550.00 |
| | | | |
| | **Additional services:** | | |
| | **Other charges** | | |
| | 8/25/06  Meeting with the Police about property vandalism & | | $500.00 |
| | going to Home Depot for materials & re-securing the rear chain for | | |
| | back parking lot | | |
| | | | |
| | Materials for 8/25/06 project | | $126.23 |
| | | | |
| | 8/22/06 Clean up of illegal dumping | | $75.00 |
| | | | |
| | 9/2/2006 I noticed that  the double receiving door  was being forced | | $95.00 |
| | open and that they were trying to cut through the wire mesh on the | | |
| | grate that was installed from the original point of entry. I repaired the | | |
| | receiving door, installed some heavy duty metal strips across both | | |
| | doors, installed additional screws fastening both doors together , | | |
| | installed a heavy duty barrel latch at the bottom of the door going into | | |
| | the concrete & wired the interior doors together. | | |
| | | | |
| | Materials for 9/2/06 project | | $27.25 |
| | | | |
| 9/15/2006 | Clean up front part of interior and exterior of property from vandalism, | | $350.00 |
| | re-installing as many ceiling tiles as possible. | | |
| | | | |
| | Clean up Graffiti | | |

PAID OCT 0 9 2006
KRC  #8685
(10/11)

TOTAL $1723.48

# 1210