**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors.[1] | ) | Jointly Administered |

**NOTICE OF ENTRY OF ORDER**
**CONFIRMING JOINT PLAN OF REORGANIZATION**

TO:    ALL PARTIES IN INTEREST

PLEASE TAKE NOTICE:

1.    On November 9, 2006, the Court entered its Order Confirming the Joint

Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (Docket No. 12440).

A copy of the Order may be accessed at http://www.flmb.uscourts.gov or

http://www.loganandco.com.

2.    The Plan will become effective in accordance with its terms on the date on

which all conditions to the effective date of the Plan as set forth in Section 10.2 of the Plan have

been satisfied or waived as provided in Section 10.3 of the Plan (the "Effective Date").[2]

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]    Capitalized terms not otherwise defined in this Notice shall have the meaning ascribed to them in the Plan.

- 2 -

3.      As required by the Order, the Debtors will file a notice of the occurrence

of the Effective Date with the Court and mail a copy thereof to all parties on the Master Service

List maintained in these cases.

4.      Any claimholder who believes that, upon issuance of the New Common

Stock, it will qualify for rights granted under the Registration Rights Agreement (Exhibit C to

the Plan Supplement filed on the Bankruptcy Court's docket [Docket No. 11606]), should

contact Skadden, Arps, Slate, Meagher & Flom LLP, 1440 New York Avenue, N.W.

Washington, D.C. 20005, Telephone: (202) 371-7000, Facsimile: (202) 661-9186, Attention:

Anthony Saldana, Esq., within five (5) days following the date of entry of the Confirmation

Order.

Dated:  November 10, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By _____*s/ D. J. Baker*_____          By _____*s/ Cynthia C. Jackson*_____
     D. J. Baker                             Stephen D. Busey
     Sally McDonald Henry                    James H. Post
     Rosalie Walker Gray                     Cynthia C. Jackson,
     Adam S. Ravin                           Florida Bar Number 498882

Four Times Square                      225 Water Street, Suite 1800
New York, New York 10036               Jacksonville, Florida  32202
(212) 735-3000                         (904) 359-7700
(212) 735-2000 (facsimile)             (904) 359-7708 (facsimile)
djbaker@skadden.com                    cjackson@smithhulsey.com

Co-Counsel for Debtors                 Co-Counsel for Debtors

680305-New York Server 1A - MSW