**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors.[1] | ) | Jointly Administered |

**NOTICE OF DISTRIBUTION RECORD DATE UNDER
JOINT PLAN OF REORGANIZATION**

TO:  LOGAN & COMPANY, INC.
    WILMINGTON TRUST COMPANY
    DEPOSITORY TRUST COMPANY
    CLAIMANTS AND OTHER PARTIES IN INTEREST

PLEASE TAKE NOTICE:

1.  The Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan")[2] has been confirmed by the Bankruptcy Court by order entered on November 9, 2006.

2.  When the Plan becomes effective, only holders of Allowed Claims as of the applicable Distribution Record Date will be entitled to receive distributions under the Plan. The Distribution Record Date is as follows:

    (a)  For all holders of Allowed Claims *other than* holders of Noteholder Claims, November 15, 2006, at 5:00 p.m. Eastern time; and

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] Capitalized terms used herein have the meanings ascribed to such terms in the Plan.

- 2 -

      (b)      For holders of Allowed Noteholder Claims, the date and time immediately prior to the initial Distribution Date applicable to Unsecured Claims.  The initial Distribution Date will be a date within 45 days after the Effective Date.

      3.      The Reorganized Debtors, the Disbursing Agent, the Indenture Trustee, and each of their respective agents, successors, and assigns shall have no obligation to recognize any transfer of Claims occurring after the applicable Distribution Record Date and shall be entitled instead to recognize and deal for all purposes hereunder with only those record holders stated on the claims registers or transfer ledgers as of the close of business on the applicable Distribution Record Date.

Dated:  November 10, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*  <br> D. J. Baker <br> Sally McDonald Henry <br> Rosalie Walker Gray <br> Adam S. Ravin | By  *s/ Cynthia C. Jackson* <br> Stephen D. Busey <br> James H. Post <br> Cynthia C. Jackson, <br> Florida Bar Number 498882 |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |