**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT TO**
**MOTION FOR ORDER APPROVING SETTLEMENT WITH**
**XL INSURANCE AMERICA, INC. AND MARSH USA, INC.**

I, Adam S. Ravin, certify that I caused to be served the Motion for Order Approving Settlement with XL Insurance America, Inc. and Marsh USA, Inc. (Docket No. 12444) and corresponding Notice of Hearing (Docket No. 12445), by having true and correct copies thereof sent to the parties listed on Exhibit A via first class mail on November 9, 2006.

Dated: November 9, 2006

                                              SKADDEN, ARPS, SLATE,
                                              MEAGHER & FLOM LLP

                                              By:  /s/  *Adam S. Ravin*
                                              Adam S. Ravin
                                              Four Times Square
                                              New York, New York 10036
                                              (212) 735-3000
                                              (917) 735-2000 (facsimile)

                                                        and

                                              SMITH HULSEY & BUSEY

                                              By:  /s/  *Cynthia C. Jackson*
                                              Cynthia C. Jackson
                                              Florida Bar Number 498882
                                              225 Water Street, Suite 1800
                                              Jacksonville, Florida  32202
                                              (904) 359-7700
                                              (904) 359-7708 (facsimile)

                                              Co-Counsel for Debtors

## Exhibit A

| | |
|---|---|
| Terry R. Howell<br>Fields, Howell, Athans<br>& McLaughlin, LLP<br>One Midtown Plaza, Suite 800<br>1360 Peachtree Street, NE<br>Atlanta, Georgia 30309 | Timothy J. Casey<br>Ropes & Gray LLP<br>One International Place<br>Boston, Massachusetts 02110 |
| Dan F. Laney<br>Rogers & Hardin LLP<br>2700 International Tower<br>Peachtree Center<br>229 Peachtree Street, N.E.<br>Atlanta, Georgia 30303 | Eric J. Van Vugt<br>Quarles & Brady LLP<br>411 East Wisconsin Avenue<br>Suite 2040<br>Milwaukee, Wisconsin 53202 |
| Natalie G. Maciolek<br>Quarles & Brady LLP<br>411 East Wisconsin Avenue<br>Suite 2040<br>Milwaukee, Wisconsin 53202 | Keith A. Bruett<br>Quarles & Brady LLP<br>411 East Wisconsin Avenue<br>Suite 2040<br>Milwaukee, Wisconsin 53202 |