**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF AGREED ORDER RESOLVING CLAIMS FILED BY
ACH FOOD COMPANIES, INC., NATIONAL LIFT TRUCK SERVICE,
NEW ENGLAND COFFEE CO., NEW WORLD PASTA COMPANY, PC
WOO DBA MEGATOYS INC., PESCANOVA, INC., SIOUX HONEY
ASSOCIATION, SWEET BLESSINGS, TW GARNER FOOD CO. AND
VICORP RESTAURANTS, INC., AS SET FORTH IN THE
DEBTORS' EIGHTH OMNIBUS CLAIMS OBJECTION**

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the court will consider this matter without further notice or hearing unless a party in interest files an objection within 20 days from the date of service of this paper. If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy on (i) James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com, and (ii) D.J. Baker, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, djbaker@skadden.com.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors"), pursuant to Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure and Local Rule 2002-4, give notice of the proposed entry of the attached Agreed Order Resolving Claims Filed by ACH Food Companies, Inc., National Lift Truck Service, New England Coffee Co., New World Pasta Company, PC Woo dba Megatoys Inc., Pescanova, Inc., Sioux Honey Association, Sweet Blessings, TW Garner Food Co. and Vicorp Restaurants, Inc., as set Forth in the  Debtors' Eighth

Omnibus Claims Objection.  If no objection to the proposed Agreed Order is filed

and served within the time as set forth  above, the Court will be requested to enter

the Agreed Order without further notice or hearing.

Dated: November 10, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP

By ____*s/ D. J. Baker*____             By ____*s/ James H. Post*____
     D. J. Baker                          Stephen D. Busey
     Sally McDonald Henry                 James H. Post
     Rosalie Walker Gray                  Cynthia C. Jackson,
     Jane M. Leamy                        Florida Bar Number 175460
Four Times Square                       225 Water Street, Suite 1800
New York, New York 10036                Jacksonville, Florida  32202
(212) 735-3000                          (904) 359-7700
(212) 735-2000 (facsimile)              (904) 359-7708 (facsimile)
djbaker@skadden.com                     jpost@smithhulsey.com

Co-Counsel for Debtors                  Co-Counsel for Debtors

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, ) | *Chapter 11* |
| ) | |
| Debtors. [1] ) | Jointly Administered |

**AGREED ORDER RESOLVING CLAIMS FILED BY ACH FOOD COMPANIES, INC., NATIONAL LIFT TRUCK SERVICE, NEW ENGLAND COFFEE CO., NEW WORLD PASTA COMPANY, PC WOO DBA MEGATOYS INC., PESCANOVA, INC., SIOUX HONEY ASSOCIATION, SWEET BLESSINGS, TW GARNER FOOD CO. AND VICORP RESTAURANTS, INC., AS SET FORTH IN THE <u>DEBTORS' EIGHTH OMNIBUS CLAIMS OBJECTION</u>**

These cases originally came before the Court for hearing on May 4, 2006, upon the Eighth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A to the Objection.[2]  Formal and informal responses to the Objection were raised, as a result of which the Debtors agreed to continue the Objection with respect to (i) claim no. 1096 filed by ACH Food Companies Inc., (ii) claim no. 3503 filed by New England Coffee Co., (iii) claim no. filed by National Lift Truck Service, (iv) claim no. 4463 filed by New World Pasta Company, (v) claim no. 4938 filed by PC Woo dba Megatoys Inc., (vi) claim no.

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]     All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

Case 3:05-bk-03817-JAF    Doc 12463    Filed 11/10/06    Page 4 of 8

11818 filed by Sioux Honey Association, (vii) claim no. 11116 filed by Sweet

Blessings, (viii) claim no. 1064 filed by TW Garner Food Co. and (ix) claim no.

7274 filed by Vicorp Restaurants, Inc. (the "Overstated Claims"), among others.  On

May 4, 2006, the Court entered an order (Docket No. 7594) sustaining the Objection

as to the proofs of claim listed on the exhibits to the order and continuing the hearing

on the Objection as to the Overstated Claims and other unresolved claims.  Based

upon the representation by counsel to the Debtors that the proposed Agreed Order

reflects a resolution of the Objection as to the Overstated Claims and an agreement

to increase the reduced claim amount for claim no. 9380 filed by Pescanova, Inc., it

is

ORDERED AND ADJUDGED:

1.      The Overstated Claims listed on Exhibit A are reduced to the

amounts set forth on Exhibit A under the heading Reduced Amount and the amounts

exceeding the Reduced Amount are disallowed.

2.      Claim no. 9380 filed by Pescanova, Inc. is allowed as an

unsecured non-priority claim in the amount of $78,694.65.

3.      Each claim and the objections by the Debtors to such claim as

addressed in the Objection constitute a separate contested matter as contemplated by

Bankruptcy Rule 9014.  This Order is deemed a separate Order with respect to each

claim.  Any stay of this Order pending appeal by any of the claimants whose claims

are subject to this Order shall only apply to the contested matter which involves such

claimant and shall not act to stay the applicability or finality of this Order with

respect to the other contested matters covered by this Order.

2

4.      Neither the Objection nor any disposition of the Overstated Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

5.      The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this ____ day of _____, 2006 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

3

**EXHIBIT A**

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 279202<br>ACH FOOD COMPANIES INC<br>ATTN MICHAEL HUGHES, CR MGR<br>7171 GOODLEFT FARMS PARKWAY<br>CORDOVA  TN  38016 | 1096<br>**Debtor:** | $160,247.89<br>**WINN-DIXIE STORES, INC.** | $108,674.96 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id:** 376362<br>NATIONAL LIFT TRUCK SERVICE<br>ATTN DIANE HAUTEL, COO/GM<br>1901 NW 2ND STREET<br>FT LAUDERDALE, FL  33311 | 8858<br>**Debtor:** | $94,910.27<br>**WINN-DIXIE STORES, INC.** | $86,026.66 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id:** 257129<br>NEW ENGLAND COFFEE CO<br>ATTN SCOTT A SIMPSON, CONTROLLER<br>100 CHARLES STREET<br>MALDEN, MA  02148 | 3503<br>**Debtor:** | $73,626.98<br>**WINN-DIXIE STORES, INC.** | $66,535.06 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id:** 279252<br>NEW WORLD PASTA COMPANY<br>ATTN CARY METZ, SR VP & GEN MGR<br>DEBORAH A CALLAHAN, DIR<br>85 SHANNON ROAD<br>HARRISBURG  PA  17112 | 4463<br>**Debtor:** | $53,601.43<br>**WINN-DIXIE STORES, INC.** | $14,524.36 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id:** 407461<br>PC WOO DBA MEGATOYS INC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE  FL  32207 | 4938<br>**Debtor:** | $150,917.12<br>**WINN-DIXIE STORES, INC.** | $115,664.96 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id:** 411408<br>SIOUX HONEY ASSOCIATION<br>C/O CRARY HUFF INSKER ET AL<br>ATTN MARCI ISEMINGER, ESQ<br>614 PIERCE STREET<br>PO BOX 27<br>SIOUX CITY  IA  51102 | 11818<br>**Debtor:** | $152,216.16<br>**WINN-DIXIE STORES, INC.** | $128,287.60 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 262339<br>SWEET BLESSINGS<br>ATTN BUD MURDOCK, VP<br>23805 STUART RANCH ROAD, STE 220<br>MALIBU, CA 90265<br><br>Transferee: ASM CAPITAL LP | 11116<br>**Debtor:** | $48,762.21<br>**WINN-DIXIE STORES, INC.** | $44,794.02 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id:** 279396<br>TW GARNER FOOD CO<br>ATTN HAROLD GARNER JR, SEC/TREAS<br>PO BOX 4329<br>WINSTON-SALEM NC 27115<br><br>Transferee: ASM CAPITAL LP | 1064<br>**Debtor:** | $41,592.69<br>**WINN-DIXIE STORES, INC.** | $38,419.41 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id:** 264116<br>VICORP RESTAURANTS, INC<br>ATTN GARY F BURKE, ESQ<br>KENT COLLARD, DIR FIN OPS<br>DEPT 337<br>DENVER, CO 80291 | 7274<br>**Debtor:** | $30,491.30<br>**WINN-DIXIE STORES, INC.** | $23,089.76 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |

|  |  |
|---|---|
| **Total Claims to be Reduced:** | **9** |
| **Total Amount to be Reduced:** | **$806,366.05 Plus Unliquidated Amounts, If Any** |
| **Total Reduced Amount:** | **$626,016.79** |