## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., *et al.*, | Case No. 05-03817-3Fl Jointly Administered |
| WINN-DIXIE STORES, INC. | Case No. 05-03817-JAF |
| ("the Debtors") | Filed Claim No.: 12840 |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2) FOR FILED CREDITOR, MARSHALL PLANING MILL, INC, IN THE AMOUNT OF $377,745.00, TO STARK SPECIAL EVENT LTD.

**To Transferor:**     MARSHALL PLANING MILL, INC
ATTN: JOHN P BRICE, ESQ
c/o WYATT TARRANT & COMBS LLP
250 WEST MAIN STREET, SUITE 1600
LEXINGTON, KY 40507-1746

PLEASE TAKE NOTICE that the transfer of $377,745.00 the above-captioned  general unsecured claim has been transferred to:

**Transferee:**     Stark Special Event Ltd.
Attn: Amar Ehsan
3600 South Lake Drive
St. Francis, WI 53235
Facsimile: (414) 294-7700

The evidence of transfer of claim is attached hereto.  A copy of the Proof of Claim is attached hereto as Exhibit A.  A copy of the Order Reducing the claim is attached hereto as Exhibit B and C.

No action is required if you do not object to the transfer of your claim.  However, if you do object to the transfer of your claim, within 20 days of the date of this notice, you must file a written objection with the Office of the Clerk, United States Bankruptcy Court, Middle District of Florida, 300 North Hogan Street, Jacksonville, FL 32202.  If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

|  |  |
|---|---|
| In re:<br><br>    Winn-Dixie Stores, Inc.<br><br>        Debtor | Case No. 05-03817<br><br>Chapter 11 |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that the claim of Marshall Planing Mill, Inc. ("Assignor") against the Debtor in the amount of $377,745.00 (claim # 12840) and all claims of Assignor against Debtor have been transferred and assigned to Stark Special Event Ltd. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

I, the undersigned Assignor of the claims described above, hereby assign and transfer my claims and all rights thereto to Stark Special Event Ltd. according to the terms of the Assignment of Claim duly executed by me on the date hereof. I have a claim against the Debtor that has not been previously transferred, and the Debtor has neither objected to nor satisfied this claim. The clerk of this Court is authorized to change the address of record regarding the claim to that of Assignee listed below.

ASSIGNEE: Stark Special Event Ltd.
           Re: Winn-Dixie claim
Address:   3600 South Lake Drive
           St. Francis, WI 53235
           Facsimile: (414) 294-7700

By: Stark Offshore Management, LLC
Its: Investment Manager

By: _____
    Daniel J. McNally, ~~General Counsel~~
    Authorized Signatory

ASSIGNOR:   Marshall Planing Mill, Inc.
Address:    c/o Wyatt Tarrant & Combs LLP
            Attn: John P Brice ESQ
            250 West Main Street, Suite 1600
            Lexington, KY 40507-1746
Signature:  _____
Name:       Phillip H. Marshall, Jr.
Title:      President
Date:       November 2, 2006

# EXHIBIT

# A

FORM B10 (Official Form 10) (10/05)

| United States Bankruptcy Court   MIDDLE District of FLORIDA | | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor<br>Winn-Dixie Stores, Inc. | Case Number<br>05-03817-3FI | DEBTOR WINN - DIXIE STORES, INC<br>U S BANKRUPTCY COURT M D -FLORIDA<br>JOINTLY ADMINISTERED UNDER<br>CASE 05-03817 (3FI)<br>CHAPTER 11 |
|---|---|---|

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

**CLAIM NO.: 12840**

| Name of Creditor (The person or other entity to whom the debtor owes money or property)<br>Marshall Planing Mill, Inc.   *410537* | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars | |
|---|---|---|
| Name and address where notices should be sent<br>Marshall Planing Mill, Inc.<br>c/o Wyatt, Tarrant & Combs, LLP<br>Attn  John P. Brice<br>250 West Main Street, Suite 1600<br>Lexington, KY  40507-1746<br>Telephone number  (859) 288-7462 - Facsimile  number (859) 259-0649 | ☐ Check box if you have never received any notices from the bankruptcy court in this case<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court | This Space is for Court Use Only |
| Last four digits of account or other number by which creditor identifies debtor  1643 | Check here ☐  replaces<br>if this claim ☐  amends a previously filed claim, dated  07/26/05 | |

| **1. Basis for Claim** | ☐ Retiree benefits as defined in 11 U S C § 1114(a) |
|---|---|
| ☐ Goods sold | ☐ Wages, salaries, and compensation (fill out below) |
| ☐ Services performed | last four digits of your SS # ,_____ |
| ☐ Money loaned | Unpaid compensation for services performed |
| ☐ Personal injury/wrongful death | from _____ to _____ |
| ☐ Taxes | (date)          (date) |
| ■ Other  **Lease Rejection Claim** | |

| **2.** Date debt was incurred: 10/27/1994 | **3.** If court judgment, date obtained: Rejected as of 12/15/2005 |
|---|---|

**4. Classification of Claim**  Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

Unsecured Nonpriority Claim $ **391,473.34**
■ Check this box if  a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

Unsecured Priority Claim
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority

Amount entitled to priority  $_____

Specify the priority of the claim

☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U S C § 507(a)(4)

☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(5)

Secured Claim
☐ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral
☐ Real Estate    ☐ Motor Vehicle    ☐    Other
Value of Collateral  $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any  $_____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U S C § 507(a)(7)

☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)

☐ Other - Specify applicable paragraph of 11 U S C § 507(a)(____)
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

| **5. Total Amount of Claim at Time Case Filed:** | | | | |
|---|---|---|---|---|
| | $391,473.34 | _____ | _____ | $391,473.34 |
| | (unsecured) | (secured) | (priority) | (Total) |

■ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**6. Credits:**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous, attach a summary

**8. Date-Stamped Copy:**  To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space is for Court Use Only

| Date<br>01/05/2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br><br>John P  Brice, Counsel for Creditor |
|---|---|

*Penalty for presenting fraudulent claim* Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 and 3571

30394269 1

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., ) | | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

### ORDER (A) RECLASSIFYING MISCLASSIFIED CLAIMS, (B) REDUCING OVERSTATED CLAIMS AND (C) REDUCING AND RECLASSIFYING OVERSTATED MISCLASSIFIED CLAIMS, AS SET FORTH IN THE DEBTORS' SIXTEENTH OMNIBUS CLAIMS OBJECTION

These cases came before the Court for hearing on August 31, 2006,

upon the Sixteenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc.

and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the

proofs of claim listed on Exhibits A through C (the "Disputed Claims").[2] Several

formal and informal objections to the Objection were raised or filed, as a result of

which the Debtors have agreed to continue the Objection with respect to (i) claim no.

10305 filed by Aronov Realty Co., (ii) claim no. 10949 filed by Bonner's Point LLC,

(iii) claim no. 8218 filed by Cadbury Adams USA LLC, (iv) claim no. 13004 filed

by Capx Realty, LLC, (v) claim no. 11787 filed by Catamount Atlanta, LLC, (vi)

claim no. 11892 filed by Catamount Rockingham, LLC, (vii) claim no. 12859 filed

by Catamount LS-KY, LLC, (viii) claim no. 9643 filed by Daniel G. Kamin

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]     All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

Clarksville Crossing, LLC, (ix) claim no. 9648 filed by Daniel G. Kamin Zachary Enterprises, (x) claim no. 286 filed by Dell Marketing, LP, (xi) claim no. 12073 filed by KIR Augusta II, LP, (xii) claim nos. 12194 and 11550 filed by New Plan Excel Realty Trust, Inc., (xiii) claim no. 12155 filed by Principal Life Insurance, (xiv) claim no. 8951 filed by ReddyIce Group, (xv) claim no. 11836 filed by Xerox Capital Services, LLC, (xvi) claim no. 10131 filed by Corporate Property Associates 9, LP, (xvii) claim no. 12009 filed by Ocean 505 Associates, LLC, and (xviii) claim no. 10019 filed by Slim Fast Foods - Unilever (collectively, the "Unresolved Objections"), which claims have been removed from Exhibits A through C. The Debtors have withdrawn without prejudice their objection to (i) claim no. 12080 filed by Ebinport Associates, and (ii) claim no. 11959 filed by Glimcher Properties LP, which claims have been removed from Exhibits A through C. Upon consideration, it is

ORDERED AND ADJUDGED:

1.      The Objection is sustained as set forth below.

2.      The asserted class status alleged for each of the Misclassified Claims listed on Exhibit A is denied; and the Misclassified Claims are reclassified as specified on Exhibit A under the heading "Modified Class Status."

3.      The Overstated Claims listed on Exhibit B are reduced to the amounts set forth on Exhibit B under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed.

4.      The Overstated Misclassified Claims listed on Exhibit C are reduced to the amounts set forth on Exhibit C under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed. The asserted class status alleged for each of the Overstated Misclassified Claims listed on

2

Exhibit C is denied; and the Overstated Misclassified Claims are reclassified as specified on Exhibit C under the heading "Modified Class Status."

5.      Claim no. 11966 filed by Westland Plaza Associates, LP in the amount of $225,217.96 is disallowed, having been amended by claim no. 13454.

6.      Claim no. 12110 filed by Commercial Net Lease Realty, Inc. is fixed in the amount of $972,396.17.

7.      Claim no. 12085 filed by RP Barren River is fixed in the amount of $261,274.00.

8.      Other than the Unresolved Objections, those objections that have not yet been withdrawn are overruled.

9.      The hearing to consider the Objection with respect to the Unresolved Objections is continued until further order of the Court upon the motion of any party in interest.

10.      Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

11.      Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

12.     This Order is without prejudice to the Debtors' right to file any further objection they may have to the Disputed Claims, including objections on the ground that a Disputed Claim was filed against the incorrect Debtor or that the Debtor against which the Disputed Claim was filed should be modified.

Dated this 31 day of August, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

464232-Wilmington Server 1A - MSW

WINN-DIXIE STORES, INC., ET AL.

SIXTEENTH OMNIBUS CLAIMS OBJECTION

EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 410368**<br>GREENWOOD PLAZA, LTD<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN SHERRI TUCKER FREEMAN, ESQ<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203-2104 | 12579<br>**Debtor:** | $439,611.75<br>**WINN-DIXIE MONTGOMERY, INC.** | $358,214.20 | REDUCED AMOUNT REFLECTS REMOVAL OF $20,401.12 FOR OVERSTATED REJECTION DAMAGES, $911.49 AND $84.94 FOR OVERSTATED 2004 AND 2005 REAL ESTATE TAXES, RESPECTIVELY, AND $60,000 FOR ESTIMATED REPAIRS LACKING SUPPORTING DOCUMENTATION.<br><br>ALLOWED AMOUNT TO BE $388,719.71 PER B GASTON |
| Transferee: FUCMS 1999-C1 MERIDIAN GROCERY LLC | | | | |
| **Creditor Id: 410908**<br>JDN REALTY AL, INC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | 12167<br>**Debtor:** | $30,453.10<br>**WINN-DIXIE STORES, INC.** | $8,943.92 | REDUCED AMOUNT REFLECTS ADDITION OF $1.51 FOR CALCULATION ERROR AND REMOVAL OF $3,212.59 FOR 2002 COMMON AREA MAINTENANCE CHARGES (DEBTOR PAID $3,174.60 FOR ACTUAL BILL), $5,520.10 FOR 2003 COMMON AREA MAINTENANCE CHARGES (CLAIMANT FAILED TO REFLECT REVISED INVOICE), AND $12,778 FOR OVERSTATED 2004 COMMON AREA MAINTENANCE CHARGES. |
| Counsel: ATTN: ROBERT LEHANE, ESQ | | | | |
| **Creditor Id: 416266**<br>LAFAYETTE LIFE INSURANCE COMPANY<br>C/O LEATHERWOOD WALKER TODD & MANN<br>ATTN EARLE PREVOST, ESQ<br>300 EAST MCBEE AVENUE, SUITE 500<br>GREENVILLE SC 29601 | 12286<br>**Debtor:** | $732,057.34<br>**WINN-DIXIE RALEIGH, INC.** | $695,024.00 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 255235**<br>MACRO 4, INC<br>PO BOX 19157<br>NEWARK, NJ 07195-0157 | 1367<br>**Debtor:** | $15,533.20<br>**WINN-DIXIE STORES, INC.** | $7,766.60 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 410537**<br>MARSHALL PLANING MILL, INC<br>C/O WYATT TARRANT & COMBS LLP<br>ATTN JOHN P BRICE, ESQ<br>250 WEST MAIN STREET, SUITE 1600<br>LEXINGTON KY 40507-1746 | 12840<br>**Debtor:** | $391,473.34<br>**WINN-DIXIE STORES, INC.** | $377,745.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $13,728.34 FOR OVERSTATED REJECTION DAMAGES. |
| **Creditor Id: 394063**<br>MCCONNAUGHHAY DUFFY COONROD ET AL<br>ATTN MARY L WAKEMAN, CORP SECRETARY<br>PO DRAWER 229<br>TALLAHASSEE, FL 32302-0229 | 4975<br>**Debtor:** | $60,203.98<br>**WINN-DIXIE STORES, INC.** | $56,922.42 | REDUCED AMOUNT REFLECTS REMOVAL OF $138.80 FOR CLAIM 811215277 AS DUPLICATIVE OF CLAIM PAID TO INJURED WORKERS' COMPENSATION CLAIMANT AND PAYMENTS OF $150.20 ON 10/18/05 FOR INVOICE NUMBERS 61621 AND 61265 BY CHECK NUMBER 008118439, $20.00 ON 3/16/06 FOR INVOICE NUMBER 62389 BY CHECK NUMBER 09304443, AND $2,972.56 ON 7/5/05 FOR INVOICE NUMBERS 61602, 61624, 61601, 61623, 60927, 60875, 60926, 61622, 61603 BY CHECK NUMBER 008068576. ALL INVOICES REFLECT POSTPETITION WORK. |

# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |

**ORDER CORRECTING ORDER DATED AUGUST 31, 2006
(A) RECLASSIFYING MISCLASSIFIED CLAIMS, (B) REDUCING
OVERSTATED CLAIMS AND (C) REDUCING AND RECLASSIFYING
OVERSTATED MISCLASSIFIED CLAIMS, AS SET FORTH IN THE
DEBTORS' SIXTEENTH OMNIBUS CLAIMS OBJECTION
(DOCKET NO. 10709) TO ATTACH AMENDED EXHIBIT B[2]**

These cases came before the Court for hearing on August 31, 2006,

upon the Sixteenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc.

and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the

proofs of claim listed on Exhibit A through C to the Objection.[3]  On August 31,

2006, the Court entered an Order (A) Reclassifying Misclassified Claims, (B)

Reducing Overstated Claims and (C) Reducing and Reclassifying Overstated

Misclassified Claims, as set Forth in the Debtors' Sixteenth Omnibus Claims

Objection (Docket No. 10709) (the "Original Order").  Upon the representation of

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]    Exhibit B is amended to reflect that claim number 12579, filed by Greenwood Plaza, Ltd., is reduced to $388,719.71 instead of $358,214.20.

[3]    All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

counsel for the Debtors that Exhibit B to the Original Order should be amended to change the reduced claim amount for claim number 12579, it is

ORDERED AND ADJUDGED:

1.      Exhibit B attached to the Original Order is amended to reflect that the reduced claim amount for claim number 12579 filed by Greenwood Plaza, Ltd. is $388,719.71. The amended Exhibit B is attached to this Order.

2.      The Original Order is otherwise unaffected by this Order.

3.      The Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated this 3 day of ~~September~~ October, 2006 in ~~Jacksonville~~, Florida.

_____

Jerry A. Funk
United States Bankruptcy Judge

2

WINN-DIXIE STORES, INC., ET AL.
SIXTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 410368<br>GREENWOOD PLAZA, LTD<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN SHERRI TUCKER FREEMAN, ESQ<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203-2104<br><br>Transferee: FUCMS 1999-C1 MERIDIAN GROCERY LLC | 12579<br>Debtor: | $439,611.75<br>WINN-DIXIE MONTGOMERY, INC. | $388,719.71 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Creditor Id: 410908<br>JDN REALTY AL, INC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122<br><br>Counsel: ATTN: ROBERT LEHANE, ESQ | 12167<br>Debtor: | $30,453.10<br>WINN-DIXIE STORES, INC. | $8,943.92 | REDUCED AMOUNT REFLECTS ADDITION OF $1.51 FOR CALCULATION ERROR AND REMOVAL OF $3,212.59 FOR 2002 COMMON AREA MAINTENANCE CHARGES (DEBTOR PAID $3,174.60 FOR ACTUAL BILL), $5,520.10 FOR 2003 COMMON AREA MAINTENANCE CHARGES (CLAIMANT FAILED TO REFLECT REVISED INVOICE), AND $12,778 FOR OVERSTATED 2004 COMMON AREA MAINTENANCE CHARGES. |
| Creditor Id: 416266<br>LAFAYETTE LIFE INSURANCE COMPANY<br>C/O LEATHERWOOD WALKER TODD & MANN<br>ATTN EARLE PREVOST, ESQ<br>300 EAST MCBEE AVENUE, SUITE 500<br>GREENVILLE SC 29601 | 12286<br>Debtor: | $732,057.34<br>WINN-DIXIE RALEIGH, INC. | $695,024.00 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Creditor Id: 255235<br>MACRO 4, INC<br>PO BOX 19157<br>NEWARK, NJ 07195-0157 | 1367<br>Debtor: | $15,533.20<br>WINN-DIXIE STORES, INC. | $7,766.60 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. |
| Creditor Id: 410537<br>MARSHALL PLANING MILL, INC<br>C/O WYATT TARRANT & COMBS LLP<br>ATTN JOHN P BRICE, ESQ<br>250 WEST MAIN STREET, SUITE 1600<br>LEXINGTON KY 40507-1746 | 12840<br>Debtor: | $391,473.34<br>WINN-DIXIE STORES, INC. | $377,745.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $13,728.34 FOR OVERSTATED REJECTION DAMAGES. |
| Creditor Id: 394063<br>MCCONNAUGHHAY DUFFY COONROD ET AL<br>ATTN MARY L WAKEMAN, CORP SECRETARY<br>PO DRAWER 229<br>TALLAHASSEE, FL 32302-0229 | 4975<br>Debtor: | $60,203.98<br>WINN-DIXIE STORES, INC. | $56,922.42 | REDUCED AMOUNT REFLECTS REMOVAL OF $138.80 FOR CLAIM 811215277 AS DUPLICATIVE OF CLAIM PAID TO INJURED WORKERS' COMPENSATION CLAIMANT AND PAYMENTS OF $150.20 ON 10/18/05 FOR INVOICE NUMBERS 61621 AND 61265 BY CHECK NUMBER 008118439, $20.00 ON 3/16/06 FOR INVOICE NUMBER 62389 BY CHECK NUMBER 09304443, AND $2,972.56 ON 7/5/05 FOR INVOICE NUMBERS 61602, 61624, 61601, 61623, 60927, 60875, 60926, 61622, 61603 BY CHECK NUMBER 008068576. ALL INVOICES REFLECT POSTPETITION WORK. |