UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:   CASE NO.: 3:05-bk-03817-JAF
  CHAPTER 11
WINN-DIXIE STORES, INC., et al.,

    Debtors.   Jointly Administered

**NOTICE OF WITHDRAWAL OF REQUEST OF
CIVIC CENTER STATION, LTD. FOR ALLOWANCE
AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

Civic Center Station, Ltd., by and through its undersigned counsel, hereby withdraws its Request for Allowance and Payment of Administrative Expense Claim (Docket No. 11961) previously filed herein.

Dated this 13 day of November, 2006.

HELD & ISRAEL

By: _____
Kimberly Held Israel, Esquire
Florida Bar #47287
Adam N. Frisch, Esquire
Florida Bar #635308
afrisch@hilawfirm.com
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile

and

POLSINELLI SHALTON WELTE
  SUELTHAUS PC
JAMES E. BIRD   (#28833)
AMY E. HATCH   (#53116)
700 West 47th Street, Suite 1000
Kansas City, Missouri 64112
(816) 753-1000
Fax No. (816) 753-1536