UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC. *et al.*, | ) |
| | ) Chapter 11 |
| Debtors. | ) |
| | ) Jointly Administered |
| | ) |

## ORDER GRANTING WILDMAN, HARROLD, ALLEN & DIXON LLP'S MOTION TO WITHDRAW AS COUNSEL FOR LN INTERNATIONAL, INC. F/K/A SCUNCI INTERNATIONAL

This matter having come to be heard on the Motion to Withdraw of Wildman, Harrold, Allen & Dixon LLP as counsel for LN International Inc. f/k/a Scunci International, (the "Motion"), proper notice having been given, the Court being fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted in all respects.

2. Wildman, Harrold, Allen & Dixon LLP, and all of its partners, associates and other attorneys, (individually or collectively, the "Wildman Firm") are granted leave to withdraw as counsel of record for LN International Inc. f/k/a Scunci International ("Scunci") in this matter. Such withdrawal shall be deemed effective immediately upon entry of this Order without further notice or action.

3. Notice of all matters and pleadings related to Proof of Claim Number 7737 (the

471014-1

"Claim") filed on behalf of Scunci (as defined in the Motion) shall be served on PNC Bank, through its counsel:

>  Tobey Marie Daluz, Esq.
>  Jennifer A.L. Kelleher, Esq.
>  BALLARD SPAHR ANDREWS & INGERSOLL, LLP
>  919 Market Street, 12th Floor
>  Wilmington, DE 19801
>  (302) 252-4465

DONE AND ORDERED in Jacksonville, Florida on this 9 day of November, 2006.

/s/ Jerry A. Funk
Honorable Jerry A. Funk
United States Bankruptcy Judge

1709422-1
471014-1

2