IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

In re:                                    )        Chapter 11
                                          )
WINN DIXIE STORES, INC., *et al.*,        )        Case No. 05-03817
                                          )        (Jointly Administered)
                          Debtors.        )

REQUEST FOR PAYMENT OF ADMINISTRATIVE
EXPENSE CLAIM PURSUANT TO 11 U.S.C. 503(a)

TO THE HONORABLE JERRY A. FUNK,
UNITED STATES BANKRUPTCY JUDGE:

B.V. BELK, JR., the landlord by and through his attorneys, Kelley Drye &

Warren LLP, hereby requests payment of his administrative expense claim in the amount

of $15,243.55.

This administrative expense claim consists of 1st, 2nd and 3rd Quarter 2005

Common Area Maintenance and Property Taxes due under a lease of nonresidential real

property located at Sunset Crossing Shopping Center, Store No. 2001, Charlotte, North

Carolina.

Documentation supporting this administrative expense claim is annexed hereto as

Exhibit A.

Dated: New York, New York
       November 8, 2006                    KELLEY DRYE & WARREN LL

                                           By: */s/ Robert L. LeHane*
                                               James S. Carr (JC 1603)
                                               Robert L. LeHane (RL 9404)
                                            101 Park Avenue
                                            New York, New York 10178
                                            Tel:  212-808-7800
                                            Fax:  212-808-7897

                                           COUNSEL TO B.V. BELK, JR.

# bvbelkproperties

October 10, 2005

Carol Canady
Winn Dixie Charlotte, Inc
P. O. Box 8000
Clayton,  NC   27520

RE:  Winn Dixie Store #2001 - Sunset Crossing Shopping Center
     CAM billing for 1st Three Qtrs of 2005

Dear Ms Canady:

According to the Lease Agreemen t for the above -referenced store,
Winn Dixie is respons ible for payment of its pro -rata share of
Common Area Maintenance and Property Taxes . Expenses paid during
the first thru third quarters of 2005 are itemized below.  Copies
of the supporting invoices are attached for your review.

| Expenses | Amount |
|---|---|
| Electricity | $ 3,843.14 |
| Landscape Maintenance | 8,284.49 |
| Parking Lot Sweeping | 5,067.00 |
| Trash Removal | 3,600.80 |
| Water/Sewer | 790.94 |
| Exterior Light Repairs | 3,000.00 |
| Total | $24,586.37 |

| Winn Dixie Sq Footage | 35,900 |
|---|---|
| Shopping Center Sq Footage | ÷ 57,850 |
| Winn-Dixie Pro-Rata Share | .62 |

$24,586.37 x .62 =     $ 15,243.55

Please remit the $15,243.55 at your earliest convenience.  If you
have any questions, feel free to call.

Sincerely,

Mark Derrick

enclosures



4506  Independence Blvd. | Suite 207 | Charlotte, NC 28205

t / 704.532.0028  f / 704.532.4301

bvbproperties.com

**UR BILL** Because Duke Power bills for utility s... is provided, payment is due when you receive you... come past due. Duke Power may begin disconnecte... your service has been disconnected due to nonpayme... n fee and any past due utility balances must be paid to ... our service. A security deposit may also be required.

ay be paid by Bank Draft from your checking or savings by-phone banking online or by mail. If paying by mail, ude the bottom portion of this bill with your payment.

**LATED SERVICE** Your electric service is not subject ... ation for the nonpayment of nonregulated charges. If a payment for a bill that contains both regulated and

**...wer.** *A Duke Energy Company*

SUNSET CROSSING SHPG
NSET RD

| | |
|---|---|
| Account Number | 0001062037 |
| Verification Code | 6 |
| Bill Date | 12/29/2004 |
| Current Charges Past Due After | 01/12/2005 |

Service From: NOV 24 to DEC 28 ( 34 Days)

| PREVIOUS BILL AMOUNT | PAYMENTS (-) | NEW CHARGES (+) | ADJUSTMENTS (+ OR -) | AMOUNT DUE (=) |
|---|---|---|---|---|
| $44.18 | $44.18 | $44.18 | $0.00 | $44.18 |

| METER NUMBER | METER READINGS: PREVIOUS | PRESENT | MULTI-PLIER | TOTAL USAGE | RATE SCHEDULE DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|
| | 0 | 156 | | 156 KWH | FL - Flood Lighting | 21.61 |
| | 0 | 208 | | 208 KWH | OL - Outdoor Lighting | 21.28 |
| | | | | | Sales Tax | 1.29 |
| | | | | | **Amount Due** | 44.18 |



CPM - CPB 1/3/05

RECEIVED JAN - 4 2005

| Electricity Usage | This Month | Last Year |
|---|---|---|
| Total KWH | 364 | 364 |
| Days | 34 | 34 |
| AVG KWH per Day | 11 | 11 |
| AVG Cost per Day | $1.26 | $1.24 |

## MESSAGES

* Help make the cold winter a little warmer for those less fortunate by contributing to Share The Warmth. See the enclosed insert for details.
* Duke Power wishes you and yours a happy holiday season.

For Correspondence:
DUKE PHONE: 800-653-5307
PO BOX 1090
CHARLOTTE NC 28201-1090
http://www.dukepower.com

Our records indicate your telephone number is 704-532-0028 . If this is incorrect, please follow the instructions on the back of the bill.

A late payment charge of 1.0  % will be added to any past due utility balance not paid within 25 days of the bill date.

*Power.* A Duke Energy Company

_ET CROSSING
_4 SUNSET RD,HSE

| | |
|---|---|
| Account Number | 0001062036 |
| Verification Code | 7 |
| Bill Date | 12/30/2004 |
| Current Charges Past Due After | 01/13/2005 |

**Service From:** NOV 29 to DEC 29 ( 30 Days)          Your next scheduled meter reading will occur between   JAN 28 and FEB 02

| $326.08 | $326.08 | $308.90 | $0.00 | $308.90 |
|---|---|---|---|---|

| METER NUMBER | METER READINGS: PREVIOUS | PRESENT | MULTI-PLIER | TOTAL USAGE | RATE SCHEDULE DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|
| 067453 | | | | | OPT - Optional Power Srv,TOU | |
| | | | | | Customer Charge | 36.07 |
| | 1508.22 | 1523.49 | 1 | 15  KW | On-Peak Actual Demand(Winter) | |
| | | | | 15  KW | On-Peak Billing Demand | 114.60 |
| | 2576.60 | 2592.43 | 1 | 16  KW | Off-Peak Actual Demand | |
| | | | | 1  KW | Economy Demand | 1.03 |
| | 42962 | 43126 | 1 | 164  KWH | On-Peak Energy(Winter) | 7.46 |
| | 73912 | 79902 | 1 | 5,826  KWH | Off-Peak Energy | 140.74 |
| | | | | | Sales Tax | 9.00 |

| Amount Due | 308.90 |
|---|---|



*CAM – CMB 1/3/05*

RECEIVE
JAN – 3 2005

| Electricity Usage | This Month | Last Year |
|---|---|---|
| Total KWH | 5,990 | 8,416 |
| Days | 30 | 35 |
| AVG KWH per Day | 200 | 240 |
| AVG Cost per Day | $10.00 | $10.83 |

## *MESSAGES*

For Correspondence:
DUKE PHONE: 800-653-5307
PO BOX 1090
CHARLOTTE NC 28201-1090
http://www.dukepower.com

Our records indicate your telephone number is 704-532-0028   . If this is incorrect, please follow the instructions on the back of the bill.

A late payment charge of 1.0   % will be added to any past due utility balance not paid within 25 days of the bill date.

**Power.** *A Duke Energy Company*

SUNSET CROSSING
5224 SUNSET RD,HSE

| | |
|---|---|
| Account Number | 0001062036 |
| Verification Code | 7 |
| Bill Date | 01/31/2005 |
| Current Charges Past Due After | 02/14/2005 |

Service From: DEC 29 to JAN 28 ( 30 Days)     Your next scheduled meter reading will occur between FEB 25 and MAR 02

| PREVIOUS BILL AMOUNT | PAYMENTS (-) | NEW CHARGES (+) | ADJUSTMENTS (+ OR -) | AMOUNT DUE (=) |
|---|---|---|---|---|
| $308.90 | $308.90 | $372.81 | $0.00 | $372.81 |

| METER NUMBER | METER READINGS: PREVIOUS | PRESENT | MULTI-PLIER | TOTAL USAGE | RATE SCHEDULE DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|
| 067453 | | | | | OPT - Optional Power Srv,TOU | |
| | | | | | Customer Charge | 36.07 |
| | 1523.49 | 1542.60 | 1 | 19 KW | On-Peak Actual Demand(Winter) | |
| | | | | 19 KW | On-Peak Billing Demand | 145.16 |
| | 2592.43 | 2612.36 | 1 | 20 KW | Off-Peak Actual Demand | |
| | | | | 1 KW | Economy Demand | 1.03 |
| | 43126 | 43323 | 1 | 197 KWH | On-Peak Energy(Winter) | 8.97 |
| | 79902 | 87166 | 1 | 7,067 KWH | Off-Peak Energy | 170.72 |
| | | | | | Sales Tax | 10.86 |
| | | | | | **Amount Due** | 372.81 |

CAM - OOB 2/1/05



RECEIVED FEB - 1 2005

| Electricity Usage | This Month | Last Year |
|---|---|---|
| Total KWH | 7,264 | 7,425 |
| Days | 30 | 31 |
| AVG KWH per Day | 242 | 240 |
| AVG Cost per Day | $12.07 | $11.48 |

**MESSAGES**

For Correspondence:
DUKE PHONE: 800-653-5307
PO BOX 1090
CHARLOTTE NC 28201-1090
http://www.dukepower.com

Our records indicate your telephone number is 704-532-0028   . If this is incorrect, please follow the instructions on the back of the bill

A late payment charge of 1.0  % will be added to any past due utility balance not paid within 25 days of the bill date.

**e Power.** *A Duke Energy Company*

BA SUNSET CROSSING SHPG
SUNSET RD

| | |
|---|---|
| **Account Number** | 0001062037 |
| **Verification Code** | 6 |
| **Bill Date** | 01/28/2005 |
| **Current Charges Past Due After** | 02/11/2005 |

**Service From:** DEC 28 to JAN 27 ( 30 Days)

| | | | | |
|---|---|---|---|---|
| $44.18 | $44.18 | $44.18 | $0.00 | $44.18 |

| METER NUMBER | METER READINGS: PREVIOUS | PRESENT | MULTI-PLIER | TOTAL USAGE | RATE SCHEDULE DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|
| | 0 | 156 | | 156 KWH | FL - Flood Lighting | 21.61 |
| | 0 | 208 | | 208 KWH | OL - Outdoor Lighting | 21.28 |
| | | | | | Sales Tax | 1.29 |
| | | | | | **Amount Due** | 44.18 |

*CBM - COB 2/1/05*



RECEIVED
JAN 3 1 2005

| Electricity Usage | This Month | Last Year |
|---|---|---|
| Total KWH | 364 | 364 |
| Days | 30 | 30 |
| AVG KWH per Day | 12 | 12 |
| AVG Cost per Day | $1.43 | $1.41 |

## MESSAGES

* No stamps. No checks. No hassles -- with Duke Power's e-Bill. Enroll in our free e-Bill service at www.dukepower.com.
* For information on managing energy costs, connecting or transferring service, receiving and paying your bill, visit us online. It's quick and easy.

For Correspondence:
DUKE PHONE: 800-653-5307
PO BOX 1090
CHARLOTTE NC 28201-1090
http://www.dukepower.com

Our records indicate your telephone number is 704-532-0028  . If this is incorrect, please follow the instructions on the back of the bill.

A late payment charge of 1.0  % will be added to any past due utility balance not paid within 25 days of the bill date.

*Power.* A Duke Energy Company

DBA SUNSET CROSSING SHPG
SUNSET RD

| | |
|---|---|
| **Account Number** | 0001062037 |
| **Verification Code** | |
| **Bill Date** | 02/25/200 |
| **Current Charges Past Due After** | 03/11/200 |

**Service From: JAN 27 to FEB 24 ( 28 Days)**

| | | | | AMOUNT DUE |
|---|---|---|---|---|
| $44.18 | $44.18 | $44.18 | $0.00 | $44.18 |

| METER NUMBER | METER READINGS: PREVIOUS | PRESENT | MULTI-PLIER | TOTAL USAGE | RATE SCHEDULE DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|
| | 0 | 156 | | 156 KWH | FL - Flood Lighting | 21.6 |
| | 0 | 208 | | 208 KWH | OL - Outdoor Lighting | 21.2 |
| | | | | | Sales Tax | 1.2 |
| | | | | | **Amount Due** | 44.1 |

*CAM-CAB 3/2/05*



RECEIVED
MAR - 1 2005

| Electricity Usage | This Month | Last Year |
|---|---|---|
| Total KWH | 364 | 364 |
| Days | 28 | 28 |
| AVG KWH per Day | 13 | 13 |
| AVG Cost per Day | $1.53 | $1.51 |

## MESSAGES

*   Cold weather can mean greater energy use - and that can result in higher energy bills. Visit our Web site at www.dukepower.com for information and programs on managing your energy wisely.
*   Automatically draft your electric bill from your bank account.  It's free, call us at 1-800-943-7585.

For Correspondence:
DUKE PHONE: 800-653-5307
PO BOX 1090
CHARLOTTE NC 28201-1090
http://www.dukepower.com

Our records indicate your telephone number is 704-532-0028  .
this is incorrect, please follow the instructions on the back of the

A late payment charge of 1.0  % will be added to any past due
utility balance not paid within 25 days of the bill date.

*Power.* A Duke Energy Company

SUNSET CROSSING
5224 SUNSET RD,HSE

| | |
|---|---|
| Account Number | 0001062036 |
| Verification Code | 7 |
| Bill Date | 02/28/2005 |
| Current Charges Past Due After | 03/14/2005 |

Service From: JAN 28 to FEB 25 ( 28 Days)          Your next scheduled meter reading will occur between  MAR 29 and APR 01

| PREVIOUS BILL AMOUNT | PAYMENTS (-) | NEW CHARGES (+) | ADJUSTMENTS (+ OR -) | AMOUNT DUE (=) |
|---|---|---|---|---|
| $372.81 | $372.81 | $364.52 | $0.00 | $364.52 |

| METER NUMBER | METER READINGS: PREVIOUS | PRESENT | MULTI-PLIER | TOTAL USAGE | | RATE SCHEDULE DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 067453 | | | | | | OPT - Optional Power Srv,TOU | |
| | | | | | | Customer Charge | 36.07 |
| | 1542.60 | 1562.01 | 1 | 19 | KW | On-Peak Actual Demand(Winter) | |
| | | | | 19 | KW | On-Peak Billing Demand | 145.16 |
| | 2612.36 | 2632.30 | 1 | 20 | KW | Off-Peak Actual Demand | |
| | | | | 1 | KW | Economy Demand | 1.03 |
| | 43323 | 43512 | 1 | 189 | KWH | On-Peak Energy(Winter) | 8.60 |
| | 87166 | 94104 | 1 | 6,749 | KWH | Off-Peak Energy | 163.04 |
| | | | | | | Sales Tax | 10.62 |
| | | | | | | **Amount Due** | 364.52 |

CAM

| Electricity Usage | This Month | Last Year |
|---|---|---|
| Total KWH | 6,938 | 7,049 |
| Days | 28 | 30 |
| AVG KWH per Day | 248 | 235 |
| AVG Cost per Day | $12.64 | $11.53 |



RECEIVED
MAR - 2 2005

## *MESSAGES*

For Correspondence:
DUKE PHONE: 800-653-5307
PO BOX 1090
CHARLOTTE NC 28201-1090
http://www.dukepower.com

Our records indicate your telephone number is 704-532-0028  . If this is incorrect, please follow the instructions on the back of the bill.

A late payment charge of 1.0  % will be added to any past due utility balance not paid within 25 days of the bill date.

**_ower.** _A Duke Energy Company_

_BA SUNSET CROSSING SHPG_
SUNSET RD

| | |
|---|---|
| Account Number | 0001062037 |
| Verification Code | 6 |
| Bill Date | 03/29/2005 |
| Current Charges Past Due After | 04/12/2005 |

Service From: FEB 24 to MAR 28 ( 32 Days)

| PREVIOUS | PAYMENTS | NEW CHARGES | ADJUSTMENTS | AMOUNT DUE |
|---|---|---|---|---|
| $44.18 | $44.18 | $44.18 | $0.00 | $44.18 |

| METER NUMBER | METER READINGS: PREVIOUS | PRESENT | MULTI-PLIER | TOTAL USAGE | RATE SCHEDULE DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|
| | 0 | 156 | | 156 KWH | FL - Flood Lighting | 21.61 |
| | 0 | 208 | | 208 KWH | OL - Outdoor Lighting | 21.28 |
| | | | | | Sales Tax | 1.29 |
| | | | | | **Amount Due** | **44.18** |



CAM CAB 3/30/05

RECEIVED
MAR 3 0 2005

| Electricity Usage | This Month | Last Year |
|---|---|---|
| Total KWH | 364 | 364 |
| Days | 32 | 30 |
| AVG KWH per Day | 11 | 12 |
| AVG Cost per Day | $1.34 | $1.41 |

## _MESSAGES_

For Correspondence:
DUKE PHONE: 800-653-5307
PO BOX 1090
CHARLOTTE NC 28201-1090
http://www.dukepower.com

Our records indicate your telephone number is 704-532-0028   . If this is incorrect, please follow the instructions on the back of the bill.

A late payment charge of 1.0  % will be added to any past due utility balance not paid within 25 days of the bill date.

382.80
- 3.65
$379.15

**.er.** *A Duke Energy Company*

..NSET CROSSING
. 5224 SUNSET RD,HSE

| | |
|---|---|
| **Account Number** | 0001062036 |
| | 7 |
| **Verification Code** | |
| **Bill Date** | 03/30/2005 |
| **Current Charges Past Due After** | 04/13/2005 |

Service From: FEB 25 to MAR 29 ( 32 Days )    Your next scheduled meter reading will occur between   APR 28 and MAY 03

| PREVIOUS BILL AMOUNT | PAYMENTS | NEW CHARGES | ADJUSTMENTS | AMOUNT DUE |
|---|---|---|---|---|
| $364.52 | $0.00 | $382.80 | $0.00 | $747.32 |

| METER NUMBER | METER READINGS: PREVIOUS | PRESENT | MULTI- PLIER | TOTAL USAGE | RATE SCHEDULE DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|
| 067453 | | | | | OPT - Optional Power Srv,TOU | |
| | | | | | Customer Charge | 36.07 |
| | 1562.01 | 1581.16 | 1 | 19 KW | On-Peak Actual Demand(Winter) | |
| | | | | 19 KW | On-Peak Billing Demand | 145.16 |
| | 2632.30 | 2651.99 | 1 | 20 KW | Off-Peak Actual Demand | |
| | | | | 1 KW | Economy Demand | 1.03 |
| | 43512 | 43708 | 1 | 196 KWH | On-Peak Energy(Winter) | 8.92 |
| | 94104 | 1624 | 1 | 7,324 KWH | Off-Peak Energy | 176.93 |
| | | | | | Prior Balance Due | 364.52 |
| | | | | | Late Payment Charge | 3.65 |
| | | | | | Sales Tax | 11.04 |

| | |
|---|---|
| **Amount Due** | 747.32 |

| Electricity Usage | This Month | Last Year |
|---|---|---|
| Total KWH | 7,520 | 6,037 |
| Days | 32 | 29 |
| AVG KWH per Day | 235 | 208 |
| AVG Cost per Day | $11.50 | $11.03 |

CAM- GOB 4/28/05



RECEIVED
MAR 3 1 2005

## _MESSAGES_

For Correspondence:
DUKE PHONE: 800-653-5307
PO BOX 1090
CHARLOTTE NC 28201-1090
http://www.dukepower.com

Our records indicate your telephone number is 704-532-0028  . If this is incorrect, please follow the instructions on the back of the bill

A late payment charge of 1.0  % will be added to any past due utility balance not paid within 25 days of the bill date.

**...ower.** *A Duke Energy Company*

...SET CROSSING
...224 SUNSET RD,HSE

| | |
|---|---|
| Account Number | 0001062036 |
| Verification Code | 7 |
| Bill Date | 04/29/2005 |
| Current Charges Past Due After | 05/13/2005 |

**Service From:** MAR 29 to APR 28 ( 30 Days)     Your next scheduled meter reading will occur between  MAY 27 and JUN 02

| PREVIOUS BILL AMOUNT | PAYMENTS (-) | NEW CHARGES (+) | ADJUSTMENTS (+ OR -) | AMOUNT DUE (=) |
|---|---|---|---|---|
| $747.32 | $747.32 | $361.98 | $0.00 | $361.98 |

| METER NUMBER | METER READINGS: PREVIOUS | PRESENT | MULTI-PLIER | TOTAL USAGE | | RATE SCHEDULE DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 067453 | | | | | | OPT - Optional Power Srv,TOU | |
| | | | | | | Customer Charge | 36.07 |
| | 1581.16 | 1600.11 | 1 | 19 | KW | On-Peak Actual Demand(Winter) | |
| | | | | 19 | KW | On-Peak Billing Demand | 145.16 |
| | 2651.99 | 2671.39 | 1 | 19 | KW | Off-Peak Actual Demand | |
| | 43708 | 44193 | 1 | 485 | KWH | On-Peak Energy(Winter) | 22.07 |
| | 1624 | 8241 | 1 | 6,132 | KWH | Off-Peak Energy | 148.14 |
| | | | | | | Sales Tax | 10.54 |

| | |
|---|---|
| **Amount Due** | 361.98 |





APR 3 0 2005

| Electricity Usage | This Month | Last Year |
|---|---|---|
| Total KWH | 6,617 | 5,821 |
| Days | 30 | 30 |
| AVG KWH per Day | 221 | 194 |
| AVG Cost per Day | $11.71 | $10.54 |

## *MESSAGES*

For Correspondence:
DUKE PHONE: 800-653-5307
PO BOX 1090
CHARLOTTE NC 28201-1090
http://www.dukepower.com

Our records indicate your telephone number is 704-532-0028  . If this is incorrect, please follow the instructions on the back of the bill.

A late payment charge of 1.0  % will be added to any past due utility balance not paid within 25 days of the bill date.

*...wer.* A Duke Energy Company

...  SUNSET CROSSING SHPG
SUNSET RD

| | |
|---|---|
| Account Number | 0001062037 |
| Verification Code | 6 |
| Bill Date | 04/28/2005 |
| Current Charges Past Due After | 05/12/2005 |

Service From: MAR 28 to APR 27 ( 30 Days)

| PREVIOUS BILL AMOUNT | PAYMENTS (-) | NEW CHARGES (+) | ADJUSTMENTS & OR (-) | AMOUNT DUE (=) |
|---|---|---|---|---|
| $44.18 | $44.18 | $44.18 | $0.00 | $44.18 |

| METER NUMBER | METER READINGS: PREVIOUS | PRESENT | MULTI-PLIER | TOTAL USAGE | RATE SCHEDULE DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|
| | 0 | 156 | | 156 KWH | FL - Flood Lighting | 21.61 |
| | 0 | 208 | | 208 KWH | OL - Outdoor Lighting | 21.28 |
| | | | | | Sales Tax | 1.29 |

| Amount Due | |
|---|---|
| | 44.18 |



| Electricity Usage | This Month | Last Year |
|---|---|---|
| Total KWH | 364 | 364 |
| Days | 30 | 32 |
| AVG KWH per Day | 12 | 11 |
| AVG Cost per Day | $1.43 | $1.32 |

## MESSAGES

For Correspondence:
DUKE PHONE: 800-653-5307
PO BOX 1090
CHARLOTTE NC 28201-1090
http://www.dukepower.com

Our records indicate your telephone number is 704-532-0028 . If this is incorrect, please follow the instructions on the back of the bill.

A late payment charge of 1.0  % will be added to any past due utility balance not paid within 25 days of the bill date.

_wer._ A Duke Energy Company

SUNSET CROSSING SHPG
JNSET RD

| | |
|---|---|
| **Account Number** | 0001062037 |
| **Verification Code** | |
| **Bill Date** | 05/27/200 |
| **Current Charges Past Due After** | 06/10/200 |

Service From: APR 27 to MAY 26 ( 29 Days)

| PREVIOUS BILL AMOUNT | PAYMENTS | NEW CHARGES | PAST DUE | AMOUNT DUE |
|---|---|---|---|---|
| $44.18 | $44.18 | $44.18 | $0.00 | $44.18 |

| METER NUMBER | METER READINGS: PREVIOUS | PRESENT | MULTI-PLIER | TOTAL USAGE | RATE SCHEDULE DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|
| | 0 | 156 | | 156 KWH | FL - Flood Lighting | 21.6 |
| | 0 | 208 | | 208 KWH | OL - Outdoor Lighting | 21.2 |
| | | | | | Sales Tax | 1.2 |
| | | | | | **Amount Due** | 44.1 |



CAM-CAB 6/15/05

RECEIVED

MAY 2 7 2005

| Electricity Usage | This Month | Last Year |
|---|---|---|
| Total KWH | 364 | 364 |
| Days | 29 | 29 |
| AVG KWH per Day | 13 | 13 |
| AVG Cost per Day | $1.48 | $1.46 |

## MESSAGES

* Need money for a new cooling and heating system? Call 1-800-976-4328 for information about Duke Power's Cooling and Heating Equipment Loan.
* No stamps. No checks. No hassles -- with Duke Power's e-Bill. Enroll in our e-Bill service at www.dukepower.com.

For Correspondence:
DUKE PHONE: 800-653-5307
PO BOX 1090
CHARLOTTE NC 28201-1090
http://www.dukepower.com

Our records indicate your telephone number is 704-532-0028 . I this is incorrect, please follow the instructions on the back of the I

A late payment charge of 1.0  % will be added to any past due utility balance not paid within 25 days of the bill date.

 A Duke Energy Company

SET CROSSING
224 SUNSET RD,HSE

| | |
|---|---|
| Account Number | 0001062036 |
| Verification Code | |
| Bill Date | 05/31/200 |
| Current Charges Past Due After | 06/14/200 |

Service From: APR 28 to MAY 27 ( 29 Days)    Your next scheduled meter reading will occur between  JUN 28 and JUL 01

| $361.98 | $361.98 | $337.41 | $0.00 | $337.41 |
|---|---|---|---|---|

| METER NUMBER | METER READINGS: PREVIOUS | PRESENT | MULTI-PLIER | TOTAL USAGE | RATE SCHEDULE DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|
| 067453 | | | | | OPT - Optional Power Srv,TOU | |
| | | | | | Customer Charge | 36.0 |
| | 1600.11 | 1618.78 | 1 | 19 KW | On-Peak Actual Demand(Winter) | 145.1 |
| | | | | 19 KW | On-Peak Billing Demand | |
| | 2671.39 | 2690.30 | 1 | 19 KW | Off-Peak Actual Demand | |
| | 44193 | 44555 | 1 | 362 KWH | On-Peak Energy(Winter) | 16.4 |
| | 8241 | 13979 | 1 | 5,376 KWH | Off-Peak Energy | 129.8 |
| | | | | | Sales Tax | 9.8 |

| | |
|---|---|
| Amount Due | 337.4 |

 Cam- CBB 6/15/05



| Electricity Usage | This Month | Last Year |
|---|---|---|
| Total KWH | 5,738 | 5,229 |
| Days | 29 | 29 |
| AVG KWH per Day | 198 | 180 |
| AVG Cost per Day | $11.30 | $10.10 |

## MESSAGES

For Correspondence:
DUKE PHONE: 800-653-5307
PO BOX 1090
CHARLOTTE NC 28201-1090
http://www.dukepower.com

Our records indicate your telephone number is 704-532-0028   . If
this is incorrect, please follow the instructions on the back of the bi

A late payment charge of 1.0   % will be added to any past due
utility balance not paid within 25 days of the bill date.

**Power.** A Duke Energy Company

SUNSET CROSSING
5224 SUNSET RD,HSE

| | |
|---|---|
| Account Number | 000106 |
| Verification Code | |
| Bill Date | 06/29 |
| Current Charges Past Due After | 07/13 |

Service From: MAY 27 to JUN 28 ( 32 Days)    Your next scheduled meter reading will occur between  JUL 28 and AUG

| PREVIOUS AMOUNT | PAYMENTS (–) | NEW CHARGES (+) | ADJUSTMENTS (+) | AMOUNT DUE (=) |
|---|---|---|---|---|
| $337.41 | $337.41 | $432.11 | $0.00 | $432.11 |

| METER NUMBER | METER READINGS: PREVIOUS | PRESENT | MULTI-PLIER | TOTAL USAGE | RATE SCHEDULE DESCRIPTION | AMO |
|---|---|---|---|---|---|---|
| 067453 | | | | | OPT - Optional Power Srv,TOU | |
| | | | | | Customer Charge | |
| | 1618.78 | 1636.98 | 1 | 18 KW | On-Peak Actual Demand(Winter) | |
| | | | | 18 KW | On-Peak Billing Demand | |
| | 909.04 | 927.61 | 1 | 19 KW | On-Peak Actual Demand(Summer) | |
| | | | | 19 KW | On-Peak Billing Demand | 2( |
| | 2690.30 | 2708.75 | 1 | 18 KW | Off-Peak Actual Demand | |
| | 44555 | 44566 | 1 | 11 KWH | On-Peak Energy(Winter) | |
| | 17358 | 17585 | 1 | 227 KWH | On-Peak Energy(Summer) | |
| | 13979 | 20138 | 1 | 5,921 KWH | Off-Peak Energy | 1( |
| | | | | | Sales Tax | |

| Amount Due | 4: |
|---|---|

CPM — CMB 7/4/05



| Electricity Usage | This Month | Last Year |
|---|---|---|
| Total KWH | 6,159 | 5,397 |
| Days | 32 | 32 |
| AVG KWH per Day | 192 | 169 |
| AVG Cost per Day | $13.11 | $11.51 |

RECEIVED
JUN 3 0 2005

## MESSAGES

For Correspondence:
DUKE PHONE: 800-653-5307
PO BOX 1090
CHARLOTTE NC 28201-1090
http://www.dukepower.com

Our records indicate your telephone number is 704-532-0028
this is incorrect, please follow the instructions on the back of

A late payment charge of 1.0  % will be added to any past du
utility balance not paid within 25 days of the bill date.

utility servi
receive your bi
disconnection
or nonpayment, a
ust be paid to
e required.
ng or savings
paying by mail,
f reconnection

**Power.** A Duke Energy Company

∂A SUNSET CROSSING SHPG
SUNSET RD

| | |
|---|---|
| Account Number | 0001062037 |
| Verification Code | 6 |
| Bill Date | 06/28/2005 |
| Current Charges Past Due After | 07/12/2005 |

Service From: MAY 26 to JUN 27 ( 32 Days)

| PREVIOUS AMOUNT | PAYMENTS (-) | NEW CHARGES | ADJUSTMENTS (+ OR -) | AMOUNT DUE |
|---|---|---|---|---|
| $44.18 | $44.18 | $44.62 | $0.00 | $44.62 |

| METER NUMBER | METER READINGS: PREVIOUS | PRESENT | MULTI-PLIER | TOTAL USAGE | RATE SCHEDULE DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|
| | 0 | 156 | | 156 KWH | FL - Flood Lighting | 21.61 |
| | 0 | 208 | | 208 KWH | OL - Outdoor Lighting | 21.28 |
| | | | | | Late Payment Charge | .44 |
| | | | | | Sales Tax | 1.29 |
| | | | | | **Amount Due** | 44.62 |

CAM - CAB 7/4/05

44.08

| Electricity Usage | This Month | Last Year |
|---|---|---|
| Total KWH | 364 | 364 |
| Days | 32 | 30 |
| AVG KWH per Day | 11 | 12 |
| AVG Cost per Day | $1.34 | $1.41 |

## MESSAGES

* Hurricane season is here. Are you prepared if a power outage occurs as a result of severe weather? For the latest weather forecast and preparation tips, visit us at www.dukepower.com/weatherwatch.
* Moving? Save time connecting telephone, cable and Internet services with Duke Power Connections. Call DUKE PHONE number listed below.

For Correspondence:
DUKE PHONE: 800-653-5307
PO BOX 1090
CHARLOTTE NC 28201-1090
http://www.dukepower.com

Our records indicate your telephone number is 704-532-0028 . If this is incorrect, please follow the instructions on the back of the bill.

A late payment charge of 1.0  % will be added to any past due utility balance not paid within 25 days of the bill date.

**Power.**

SUNSET CROSSING SHPG
SUNSET RD

| Account Number | 000106 |
| Verification Code | |
| Bill Date | 07/28 |
| Current Charges Past Due After | 08/11 |

Service From: JUN 27 to JUL 27 ( 30 Days)

| PREVIOUS BILL AMOUNT | PAYMENTS (-) | NEW CHARGES (+) | ADJUSTMENTS (+ OR -) | AMOUNT DU (=) |
|---|---|---|---|---|
| $44.62 | $44.62 | $44.42 | $0.00 | $44.42 |

| METER NUMBER | METER READINGS: PREVIOUS | PRESENT | MULTI-PLIER | TOTAL USAGE | RATE SCHEDULE DESCRIPTION | AM |
|---|---|---|---|---|---|---|
| | 0 | 156 | | 156 KWH | FL - Flood Lighting | |
| | 0 | 208 | | 208 KWH | OL - Outdoor Lighting | |
| | | | | | Sales Tax | |

Amount Due



CAM-CATB 8/3/05



| Electricity Usage | This Month | Last Year |
|---|---|---|
| Total KWH | 364 | 364 |
| Days | 30 | 33 |
| AVG KWH per Day | 12 | 11 |
| AVG Cost per Day | $1.44 | $1.29 |

## MESSAGES
* Try our new online Energy Audit Analysis at www.dukepower.com to help you manage your energy usage.

For Correspondence:
DUKE PHONE: 800-653-5307
PO BOX 1090
CHARLOTTE NC 28201-1090
http://www.dukepower.com

Our records indicate your telephone number is 704-532-002
this is incorrect, please follow the instructions on the back of

A late payment charge of 1.0  % will be added to any past c
utility balance not paid within 25 days of the bill date.

1  3

.ower.

_T CROSSING
4 SUNSET RD,HSE

| | |
|---|---|
| Account Number | 0001062036 |
| Verification Code | 7 |
| Bill Date | 08/01/2005 |
| Current Charges Past Due After | 08/15/2005 |

Service From: JUN 28 to JUL 29 ( 31 Days)    Your next scheduled meter reading will occur between AUG 30 and SEP 02

| PREVIOUS BILL AMOUNT | PAYMENTS (-) | NEW CHARGES (+) | ADJUSTMENTS (+ OR -) | AMOUNT DUE (=) |
|---|---|---|---|---|
| $432.11 | $432.11 | $435.95 | $0.00 | $435.95 |

| METER NUMBER | METER READINGS: PREVIOUS | PRESENT | MULTI-PLIER | TOTAL USAGE | RATE SCHEDULE DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|
| 067453 | | | | | OPT - Optional Power Srv,TOU | |
| | | | | | Customer Charge | 36.07 |
| | 927.61 | 945.89 | 1 | 18 KW | On-Peak Actual Demand(Summer) | |
| | | | | 18 KW | On-Peak Billing Demand | 233.64 |
| | 2708.75 | 2727.38 | 1 | 19 KW | Off-Peak Actual Demand | |
| | | | | 1 KW | Economy Demand | 1.03 |
| | 17585 | 17841 | 1 | 256 KWH | On-Peak Energy(Summer) | 11.83 |
| | 20138 | 26056 | 1 | 5,662 KWH | Off-Peak Energy | 140.68 |
| | | | | | Sales Tax | 12.70 |
| | | | | | **Amount Due** | 435.95 |



| Electricity Usage | This Month | Last Year |
|---|---|---|
| Total KWH | 5,918 | 4,919 |
| Days | 31 | 32 |
| AVG KWH per Day | 191 | 154 |
| AVG Cost per Day | $13.65 | $11.02 |

**MESSAGES**
* Moving? Save time connecting phone, cable, Internet with Duke Power Connections.
* Draft your electric bill from your bank account. It's free] Call 1-800-943-7585.
* Free e-Bill service. Enroll at www.dukepower.com.

For Correspondence:
DUKE PHONE: 800-653-5307
PO BOX 1090
CHARLOTTE NC 28201-1090
http://www.dukepower.com

Our records indicate your telephone number is 704-532-0028  . If this is incorrect, please follow the instructions on the back of the bill.

A late payment charge of 1.0  % will be added to any past due utility balance not paid within 25 days of the bill date.

1 3

**Power.**

SUNSET CROSSING SHPG
SUNSET RD

| | |
|---|---|
| Account Number | 0001062037 |
| Verification Code | 6 |
| Bill Date | 08/29/2005 |
| Current Charges Past Due After | 09/12/2005 |

Service From: JUL 27 to AUG 26 ( 30 Days)

| PREVIOUS BILL AMOUNT | PAYMENTS (-) | NEW CHARGES (+) | ADJUSTMENTS (+ OR -) | AMOUNT DUE (=) |
|---|---|---|---|---|
| $44.42 | $44.42 | $44.45 | $0.00 | $44.45 |

| METER NUMBER | METER READINGS: PREVIOUS | PRESENT | MULTI-PLIER | TOTAL USAGE | RATE SCHEDULE DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|
| | 0 | 156 | | 156 KWH | FL - Flood Lighting | 21.73 |
| | 0 | 208 | | 208 KWH | OL - Outdoor Lighting | 21.43 |
| | | | | | Sales Tax | 1.29 |
| | | | | | **Amount Due** | **44.45** |

CAM - 008 9/1/05



| Electricity Usage | This Month | Last Year |
|---|---|---|
| Total KWH | 364 | 364 |
| Days | 30 | 29 |
| AVG KWH per Day | 12 | 13 |
| AVG Cost per Day | $1.44 | $1.47 |

## MESSAGES

*   Moving? Save time connecting phone, cable, Internet with Duke Power Connections.
*   Draft your electric bill from your bank account. It's free] Call 1-800-943-7585.
*   Free e-Bill service. Enroll at www.dukepower.com.

For Correspondence:
DUKE PHONE: 800-653-5307
PO BOX 1090
CHARLOTTE NC 28201-1090
http://www.dukepower.com

Our records indicate your telephone number is 704-532-0028  . If this is incorrect, please follow the instructions on the back of the bill.

A late payment charge of 1.0  % will be added to any past due utility balance not paid within 25 days of the bill date.

1 3 4

 **Power.**

ᴗNSET CROSSING
5224 SUNSET RD,HSE

| | |
|---|---|
| Account Number | 00010620 |
| Verification Code | |
| Bill Date | 08/31/20 |
| Current Charges Past Due After | 09/14/20 |

Service From: JUL 29 to AUG 30 ( 32 Days)       Your next scheduled meter reading will occur between   SEP 29 and OCT 04

| PREVIOUS BILL AMOUNT | PAYMENTS (-) | NEW CHARGES (+) | ADJUSTMENTS (+ OR -) | AMOUNT DUE (=) |
|---|---|---|---|---|
| $435.95 | $435.95 | $453.18 | $0.00 | $453.18 |

| METER NUMBER | METER READINGS: PREVIOUS | PRESENT | MULTI-PLIER | TOTAL USAGE | RATE SCHEDULE DESCRIPTION | AMOUN |
|---|---|---|---|---|---|---|
| 067453 | | | | | OPT - Optional Power Srv,TOU | |
| | | | | | Customer Charge | 36.( |
| | 945.89 | 964.14 | 1 | 18 KW | On-Peak Actual Demand(Summer) | |
| | 2727.38 | 2745.70 | 1 | 18 KW | On-Peak Billing Demand | 233.( |
| | 17841 | 18258 | 1 | 18 KW | Off-Peak Actual Demand | |
| | 26056 | 32531 | 1 | 417 KWH | On-Peak Energy(Summer) | 19.: |
| | | | | 6,058 KWH | Off-Peak Energy | 150.! |
| | | | | | Sales Tax | 13.: |

| | |
|---|---|
| **Amount Due** | 453.1 |

*CPM- CPB 9/27/05*

| Electricity Usage | This Month | Last Year |
|---|---|---|
| Total KWH | 6,475 | 5,363 |
| Days | 32 | 31 |
| AVG KWH per Day | 202 | 173 |
| AVG Cost per Day | $13.75 | $12.67 |



R E C E I V E D

SEP - 5 2005

## MESSAGES

For Correspondence:
DUKE PHONE: 800-653-5307
PO BOX 1090
CHARLOTTE NC 28201-1090
http://www.dukepower.com

Our records indicate your telephone number is 704-532-0028    . If
this is incorrect, please follow the instructions on the back of the bi

A late payment charge of 1.0   % will be added to any past due
utility balance not paid within 25 days of the bill date.

1 3 4

A And C Lawn Care

Invoice for the month of January, 05
Landscape maintenence
Property Sunset Crossing amount $800.00

A and C Lawn Care

Invoice for the month of Feb 05
Landscape maintenence
Property Sunset Crossing $800.00

CAB 2/10/05

**A  And  C Lawn Care**

**Invoice for the month of March 05.**
**Landscape maintenence**
**Property Sunset Crossing $800.00**

A And C Lawn Care

Invoice for the month of April 05.
Property  Sunset Crossing $800.00
Landscape maintenence.

A and C Lawn Care

Invoice for the month of May  05.
Property  Sunset Crossing $800.00
Landscape Maintenence

A  And  C Lawn Care

Invoice for Extra work Sunset removing Bradford Pear that had fallen during a storm clean up and hauling 3 hours total $120.00

A And C Lawn Care

Invoice for the month of June 05
Property Sunset Crossing $800.00
Landscape Maintenence

A And C Lawn Care

Invoice for the month of July 05
Property Sunset Crossing $800.00
Landscape maintenence

## A And C Lawn Care

Extra work on 7/18/05 Sunset Crossing removal and clean up , hauling of a fallen tree total of 4 hours total $180.00

The out parcel  at the Lawyers rd. center cut the grass , weedeat, pick up trash. total 3 hours total $135.00

Magnolia Plaza install ornamental grasses in back of  shopping center 1 hour $45.00

A And C Lawn Care

Invoice for the month of Aug. 05

Landscape maintenence

Property  Sunset Crossing $800.00

## A And C Lawn Care

Invoice for extra work .

property Sunset crossing on  8/8/05 cleaned up and hauled off a Bradford pear that was damaged by a storm .

3 hours total $135.00

A And C Lawn Care

Invoice for the month of Sept. o5
Landscape maintainance,
Property Sunset Crossing $800.00

### Seed And Fertilizer list 05

Each bag of seed cost $40.00
each bag of fertilizer cost $11.50

Copperfield seed 6 bags =$240.00        + Tax   $429.07
fert. 14 = $161.00 Total $401.00

Sunset Crossing seed 10 bags = $400.00        649.49
fert. 18 = $ 207.00
total $607.00    + Tax

East Town seed 7 bags = $280.00        471.87
fert. 14 = $ 161.00
total  $ 441.00

Park Plaza seed 5 bags =$200.00        324.75
Fert 9 = $103.50
total $303.50

Magnolia Plaza seed10 bags =$400.00        563.36
Fert 11 = $126.50
Total $526.50

Port Village seed 3 =$120.00        202.23
Fert 6 = $69.00
Total $189.00

Watermark seed 17 bags = $680.00        867.57
Fert 13 = $ 149.50
total $829.50

Bascom corner 1 bag seed = 40.00        55.11
Fert 1 = 11.50
Total $51.50

Woodlawn 6bags seed = $240.00        367.55
Fert 9 = $ 103.50
Total $343.50

*Young's Sweeping Company*
*8311 Parkland Circle, =107*
*Charlotte, NC 28210+*

Date: *1-28-05*

To:    Mr. B. V. Belk, Jr.
       BVB Properties, Inc
       4508 E. Independence Blvd.
       Suite 207
       Charlotte, NC 28204

From:  Mr. Matthew Young
       Young's Sweeping Company
       8311 Parkland Circle
       Apt. 107
       Charlotte, NC 28227

RE:    Sweeping Contract Invoice for Sunset Crossing

- Blew all material from curb lines
- Blew all sidewalks
- Emptied all trashcans and replace liners as needed
- Removed all trash from parking lots
- Cleaned all dumpster area
- Removed all debris from dumpster pads

The total due for the work is S 563.00.

Thank you.

Matthew Young. Jr.

*Young's Sweeping Company*
*8311 Parkland Circle, #107*
*Charlotte, NC 282104*

Date: 2-24-05

To:     Mr. B. V. Belk, Jr.
        BVB Properties, Inc
        4508 E. Independence Blvd.
        Suite 207
        Charlotte, NC 28204

From:   Mr. Matthew Young
        Young's Sweeping Company
        8311 Parkland Circle
        Apt. 107
        Charlotte, NC 28227

RE:     Sweeping Contract Invoice for Sunset Crossing

- Blew all material from curb lines
- Blew all sidewalks
- Emptied all trashcans and replace liners as needed
- Removed all trash from parking lots
- Cleaned all dumpster area
- Removed all debris from dumpster pads

**The total due for the work is $ 563.00.**

Thank you,

Matthew Young, Jr.

*Young's Sweeping Company*
*8311 Parkland Circle, #107*
*Charlotte, NC 282104*

Date: 7-30-05

To:    Mr. B. V. Belk, Jr.
       BVB Properties, Inc
       4508 E. Independence Blvd.
       Suite 207
       Charlotte, NC 28204

From:  Mr. Matthew Young
       Young's Sweeping Company
       8311 Parkland Circle
       Apt. 107
       Charlotte, NC 28227

RE:    Sweeping Contract Invoice for Sunset Crossing

- Blew all material from curb lines
- Blew all sidewalks
- Emptied all trashcans and replace liners as needed
- Removed all trash from parking lots
- Cleaned all dumpster area
- Removed all debris from dumpster pads

**The total due for the work is $ 563.00.**

Thank you,


Matthew Young, Jr.

*Young's Sweeping Company*
*8311 Parkland Circle, #107*
*Charlotte, NC 28210-4*

Date: 4-28-05

To:   Mr. B. V. Belk, Jr.
      BVB Properties, Inc
      4508 E. Independence Blvd.
      Suite 207
      Charlotte, NC 28204

From: Mr. Matthew Young
      Young's Sweeping Company
      8311 Parkland Circle
      Apt. 107
      Charlotte, NC 28227

RE:   Sweeping Contract Invoice for Sunset Crossing

- Blew all material from curb lines
- Blew all sidewalks
- Emptied all trashcans and replace liners as needed
- Removed all trash from parking lots
- Cleaned all dumpster area
- Removed all debris from dumpster pads

**The total due for the work is $ 563.00.**   OK

Thank you,

Matthew Young, Jr.

### *Young's Sweeping Company*
*8311 Parkland Circle, #107*
*Charlotte, NC 282104*

Date: _5-26-05_

To:    Mr. B. V. Belk, Jr.
       BVB Properties, Inc
       4508 E. Independence Blvd.
       Suite 207
       Charlotte, NC 28204

From:  Mr. Matthew Young
       Young's Sweeping Company
       8311 Parkland Circle
       Apt. 107
       Charlotte, NC 28227

RE:    Sweeping Contract Invoice for Sunset Crossing

- Blew all material from curb lines
- Blew all sidewalks
- Emptied all trashcans and replace liners as needed
- Removed all trash from parking lots
- Cleaned all dumpster area
- Removed all debris from dumpster pads

**The total due for the work is $ 563.00.**

Thank you,

Matthew Young, Jr.

### Young's Sweeping Company
### 8311 Parkland Circle, #107
### Charlotte, NC 282104

Date: 6-30-05

To:     Mr. B. V. Belk, Jr.
        BVB Properties, Inc
        4508 E. Independence Blvd.
        Suite 207
        Charlotte, NC 28204

From:   Mr. Matthew Young
        Young's Sweeping Company
        8311 Parkland Circle
        Apt. 107
        Charlotte, NC 28227

RE:     Sweeping Contract Invoice for Sunset Crossing

- Blew all material from curb lines
- Blew all sidewalks
- Emptied all trashcans and replace liners as needed
- Removed all trash from parking lots
- Cleaned all dumpster area
- Removed all debris from dumpster pads

**The total due for the work is $ 563.00.**   OK

Thank you,

Matthew Young, Jr.

*Young's Sweeping Company*
*8311 Parkland Circle, #107*
*Charlotte, NC 282104*

Date: 7-28-05

To:     Mr. B. V. Belk, Jr.
        BVB Properties, Inc
        4508 E. Independence Blvd.
        Suite 207
        Charlotte, NC 28204

From:   Mr. Matthew Young
        Young's Sweeping Company
        8311 Parkland Circle
        Apt. 107
        Charlotte, NC 28227

RE:     Sweeping Contract Invoice for Sunset Crossing

- Blew all material from curb lines
- Blew all sidewalks
- Emptied all trashcans and replace liners as needed
- Removed all trash from parking lots
- Cleaned all dumpster area
- Removed all debris from dumpster pads

**The total due for the work is $ 563.00.**

Thank you,

Matthew Young, Jr.

*Young's Sweeping Company*
*8311 Parkland Circle, #107*
*Charlotte, NC 282104*

Date: **8-31-05**

To:     Mr. B. V. Belk, Jr.
        BVB Properties, Inc
        4508 E. Independence Blvd.
        Suite 207
        Charlotte, NC 28204

From:   Mr. Matthew Young
        Young's Sweeping Company
        8311 Parkland Circle
        Apt. 107
        Charlotte, NC 28227

RE:     Sweeping Contract Invoice for Sunset Crossing

- Blew all material from curb lines
- Blew all sidewalks
- Emptied all trashcans and replace liners as needed
- Removed all trash from parking lots
- Cleaned all dumpster area
- Removed all debris from dumpster pads

**The total due for the work is $ 563.00.**

Thank you,

Matthew Young. Jr.

*Young's Sweeping Company*
*8311 Parkland Circle, #107*
*Charlotte, NC 28210‑4*

Date: 9‑29‑05

To:    Mr. B. V. Belk, Jr.
       BVB Properties, Inc
       4508 E. Independence Blvd.
       Suite 207
       Charlotte, NC 28204

From:  Mr. Matthew Young
       Young's Sweeping Company
       8311 Parkland Circle
       Apt. 107
       Charlotte, NC 28227

RE:    Sweeping Contract Invoice for Sunset Crossing

- Blew all material from curb lines
- Blew all sidewalks
- Emptied all trashcans and replace liners as needed
- Removed all trash from parking lots
- Cleaned all dumpster area
- Removed all debris from dumpster pads

The total due for the work is $ 563.00.

Thank you,

Matthew Young, Jr.



# INVOICE

**WASTE MANAGEMENT**

Waste Management
Gastonia
2712 Lowell Rd
Gastonia, NC 28054
(704) 824-2011
(704) 824-5796 FAX

| | |
|---|---|
| Customer: | B.V.B PROPERTIES |
| Account Number: | 099-0042524-2099-9 |
| Invoice Date: | 01/01/2005 |
| Invoice Number: | 0750398-2099-0 |
| Terms: | Net 10 Days |
| WM ezPay Account ID: | 00010-21430-52004 |

| Current Invoice Amount | Total Amount Due |
|---|---|
| 403.68 | 807.36 |

## Account Summary

Please pay total amount due. Thank you for your business.

| Description | Amount |
|---|---|
| Previous Balance | 403.68 |
| Total Credits and Adjustments | 0.00 |
| Total Payments Received | 0.00 |
| Total Current Charges | 403.68 |
| **Total Amount Due** | **807.36** |
| **Total Amount Past Due** | **403.68** |

We no longer accept payments at the office. Please mail your check, money order or credit card payment to the address on the remittance. THANK YOU

### Service Period: JANUARY 2005

| Description | Amount |
|---|---|
| Commercial | 403.68 |
| **Total Current Charges** | **403.68** |



Sunset
CAP3 4/3/05 - CAM

Want to pay this bill on-line? Go to www.wm.com to learn more about WMezPay and make a convenient, secure payment.

| Current Due | Over 30 | Over 60 | Over 90 | Over 120 | Total Due |
|---|---|---|---|---|---|
| 403.68 | 403.68 | 0.00 | 0.00 | 0.00 | 807.36 |



Printed on Recycled Paper



# INVOICE

| Customer: | B.V.B PROPERTIES |
|---|---|
| Account Number: | 099-0042524-2099-9 |
| Invoice Date: | 02/01/2005 |
| Invoice Number: | 0759654-2099-7 |
| Due Date: | Net 10 Days |
| WM ezPay Account ID: | 00010-21430-52004 |

®

**ASTE MANAGEMENT**

Waste Management
Gastonia
2712 Lowell Rd
Gastonia, NC 28054
(704) 824-2011
(704) 824-5796 FAX

| Current Invoice Amount | Total Amount Due |
|---|---|
| 403.68 | 403.68 |

## Account Summary

| Description | Amount |
|---|---|
| Previous Balance | 807.36 |
| Total Credits and Adjustments | 0.00 |
| Total Payments Received | 807.36- |
| Total Current Charges | 403.68 |
| **Total Amount Due** | 403.68 |
| **Total Amount Past Due** | 0.00 |

Please pay total amount due. Thank you for your business.



We no longer accept payments at the office. Please mail your check, money order or credit card payment to the address on the remittance. THANK YOU

## Service Period: FEBRUARY 2005

| Description | Amount |
|---|---|
| Commercial | 403.68 |
| **Total Current Charges** | 403.68 |

Sunset
CAM-CAB 2/16/05

RECEIVED
FEB - 2 2005

Want to pay this bill on-line? Go to www.wm.com to learn more about WMezPay and make a convenient, secure payment.

| Current Due | Over 30 | Over 60 | Over 90 | Over 120 | Total Due |
|---|---|---|---|---|---|
| 403.68 | 0.00 | 0.00 | 0.00 | 0.00 | 403.68 |



Proud
NASCAR
Sponsor

Printed on Recycled Paper



**INVOICE**

**WASTE MANAGEMENT**

/aste Management
astonia
712 Lowell Rd
astonia, NC  28054
'04) 824-2011
'04) 824-5796 FAX

| Customer: | B.V.B PROPERTIES |
| Account Number: | 099-0042524-2099-9 |
| Invoice Date: | 03/01/2005 |
| Invoice Number: | 0766562-2099-3 |
| Due Date: | Net 10 Days |
| WM ezPay Account ID: | 00010-21430-52004 |

| Current Invoice Amount | Total Amount Due |
| --- | --- |
| 403.68 | 403.68 |

## Account Summary

| Description | Amount |
| --- | --- |
| revious Balance | 403.68 |
| otal Credits and Adjustments | 0.00 |
| otal Payments Received | 403.68- |
| otal Current Charges | 403.68 |
| **Total Amount Due** | **403.68** |
| **Total Amount Past Due** | **0.00** |

## Service Period: MARCH 2005

| Description | Amount |
| --- | --- |
| ommercial | 403.68 |
| **Total Current Charges** | **403.68** |



Please pay total amount due. Thank you for your business.

We no longer accept payments at the office. Please mail your check, money order or credit card payment to the address on the remittance. THANK YOU



RECEIVED
MAR - 5 2005

Want to pay this bill on-line? Go to www.wm.com to learn more about WMezPay and make a convenient, secure payment.

CAM -CAB 3/10/05
Sunset.

| Current Due | Over 30 | Over 60 | Over 90 | Over 120 | Total Due |
| --- | --- | --- | --- | --- | --- |
| 403.68 | 0.00 | 0.00 | 0.00 | 0.00 | 403.68 |


Proud NASCAR Sponsor



# INVOICE

Page 1 of 2

| | |
|---|---|
| Customer: | B.V.B PROPERTIES |
| Account Number: | 099-0042524-2099-9 |
| Invoice Date: | 04/01/2005 |
| Invoice Number: | 0778225-2099-3 |
| Due Date: | Net 10 Days |
| WM ezPay Account ID: | 00010-21430-52004 |

**WASTE MANAGEMENT**

Waste Management
Gastonia
2712 Lowell Rd
Gastonia, NC 28054
(704) 824-2011
(704) 824-5796 FAX

| Current Invoice Amount | Total Amount Due |
|---|---|
| 403.68 | 807.36 |

### Account Summary



Please pay total amount due. Thank you for your business.

| Description | Amount |
|---|---|
| Previous Balance | 403.68 |
| Total Credits and Adjustments | 0.00 |
| Total Payments Received | 0.00 |
| Total Current Charges | 403.68 |
| **Total Amount Due** | **807.36** |
| **Total Amount Past Due** | **403.68** |

We no longer accept payments at the office. Please mail your check, money order or credit card payment to the address on the remittance. THANK YOU

### Service Period: APRIL 2005

| Description | Amount |
|---|---|
| Commercial | 403.68 |
| **Total Current Charges** | **403.68** |



Sunset
CAM-CAB 4/18/05

Want to pay this bill on-line? Go to www.wm.com to learn more about WMezPay and make a convenient, secure payment.

| Current Due | Over 30 | Over 60 | Over 90 | Over 120 | Total Due |
|---|---|---|---|---|---|
| 403.68 | 403.68 | 0.00 | 0.00 | 0.00 | 807.36 |



# INVOICE

**WASTE MANAGEMENT**

Waste Management
Gastonia
2712 Lowell Rd
Gastonia, NC 28054
(704) 824-2011
(704) 824-5796 FAX

| | |
|---|---|
| Customer: | B.V.B PROPERTIES |
| Account Number: | 099-0042524-2099-9 |
| Invoice Date: | 05/01/2005 |
| Invoice Number: | 0814139-2099-2 |
| Due Date: | Net 10 Days |
| WM ezPay Account ID: | 00010-21430-52004 |

| Current Invoice Amount | Total Amount Due |
|---|---|
| 403.68 | 403.68 |

## Account Summary

| Description | Amount |
|---|---|
| Previous Balance | 807.36 |
| Total Credits and Adjustments | 0.00 |
| Total Payments Received | 807.36- |
| Total Current Charges | 403.68 |
| **Total Amount Due** | **403.68** |
| **Total Amount Past Due** | **0.00** |

### Service Period: MAY 2005

| Description | Amount |
|---|---|
| Commercial | 403.68 |
| **Total Current Charges** | **403.68** |



Please pay total amount due. Thank you for your business.

We no longer accept payments at the office. Please mail your check, money order or credit card payment to the address on the remittance. THANK YOU



CTM 5/2/05 CMB

RECEIVED
APR 2 9 2005

Want to pay this bill on-line? Go to www.wm.com to learn more about WMezPay and make a convenient, secure payment.

| Current Due | Over 30 | Over 60 | Over 90 | Over 120 | Total Due |
|---|---|---|---|---|---|
| 403.68 | 0.00 | 0.00 | 0.00 | 0.00 | 403.68 |

**We keep**
**NASCAR**
**clean.**

NASCAR® is a registered trademark of the National Association for Stock Car Auto Racing, Inc.

Printed on Recycled Paper



# INVOICE

**B.V.B PROPERTIES**

| Customer: | |
|---|---|
| Account Number: | 099-0042524-2099-9 |
| Invoice Date: | 06/01/2005 |
| Invoice Number: | 0823304-2099-1 |
| Due Date: | Net 10 Days |
| WM ezPay Account ID: | 00010-21430-52004 |

Waste Management
Gastonia
2712 Lowell Rd
Gastonia, NC  28054
(704) 824-2011
(704) 824-5796 FAX

| Current Invoice Amount | Total Amount Due |
|---|---|
| 403.68 | 403.68 |

## Account Summary

Please pay total amount due. Thank you for your business.

| Description | Amount |
|---|---|
| Previous Balance | 403.68 |
| Total Credits and Adjustments | 0.00 |
| Total Payments Received | 403.68- |
| Total Current Charges | 403.68 |
| **Total Amount Due** | **403.68** |
| **Total Amount Past Due** | **0.00** |

We no longer accept payments at the office. Please mail your check, money order or credit card payment to the address on the remittance. THANK YOU

**Service Period: JUNE 2005**

| Description | Amount |
|---|---|
| Commercial | 403.68 |
| **Total Current Charges** | **403.68** |



RECEIVED
MAY 3 1 2005

Sunset cons 6/15/05

Want to pay this bill on-line? Go to www.wm.com to learn more about WMezPay and make a convenient, secure payment.

| Current Due | Over 30 | Over 60 | Over 90 | Over 120 | Total Due |
|---|---|---|---|---|---|
| 403.68 | 0.00 | 0.00 | 0.00 | 0.00 | 403.68 |

**We keep**
**//////NASCAR//**
**clean.**

NASCAR® is a registered trademark of the National Association for Stock Car Auto Racing, Inc.

Printed on Recycled Paper



# INVOICE

**Waste Management**
Gastonia
2712 Lowell Rd
Gastonia, NC 28054
(704) 824-2011
(704) 824-5796 FAX

|  |  |
|---|---|
| | Page 1 of 2 |
| **Customer:** | B.V.B PROPERTIES |
| **Account Number:** | 099-0042524-2099-9 |
| **Invoice Date:** | 07/01/2005 |
| **Invoice Number:** | 0859540-2099-7 |
| **Due Date:** | Net 10 Days |
| **WM ezPay Account ID:** | 00010-21430-52004 |

| Current Invoice Amount | Total Amount Due |
|---|---|
| 387.52 | 791.20 |

## Account Summary

| Description | Amount |
|---|---|
| Previous Balance | 403.68 |
| Total Credits and Adjustments | 0.00 |
| Total Payments Received | 0.00 |
| Total Current Charges | 387.52 |
| **Total Amount Due** | **791.20** |
| **Total Amount Past Due** | 403.68 |

Please pay total amount due. Thank you for your business.

We no longer accept payments at the office. Please mail your check, money order or credit card payment to the address on the remittance. THANK YOU

## Charges for JULY 2005

| Description | Amount |
|---|---|
| Commercial | 387.52 |
| **Total Current Charges** | **387.52** |



CAB 7/5/05

Want to pay this bill on-line? Go to www.wm.com to learn more about WMe2Pay and make a convenient, secure payment.

| Current Due | Over 30 | Over 60 | Over 90 | Over 120 | Total Due |
|---|---|---|---|---|---|
| 387.52 | 403.68 | 0.00 | 0.00 | 0.00 | 791.20 |

**We keep NASCAR clean.**

NASCAR® is a registered trademark of the National Association for Stock Car Auto Racing, Inc.



# INVOICE

**Waste Management**
Gastonia
2712 Lowell Rd
Gastonia, NC 28054
(704) 824-2011
(704) 824-5796 FAX

Page 1 of 2

| Customer: | B.V.B PROPERTIES |
|---|---|
| Account Number: | 099-0042524-2099-9 |
| Invoice Date: | 08/01/2005 |
| Invoice Number: | 0870524-2099-6 |
| Due Date: | Net 10 Days |
| WM ezPay Account ID: | 00010-21430-52004 |

| Current Invoice Amount | Total Amount Due |
|---|---|
| 395.60 | 395.60 |

## Account Summary

| Description | Amount |
|---|---|
| Previous Balance | 791.20 |
| Total Credits and Adjustments | 0.00 |
| Total Payments Received | 791.20- |
| Total Current Charges | 395.60 |
| **Total Amount Due** | **395.60** |
| **Total Amount Past Due** | 0.00 |



Please pay total amount due. Thank you for your business.

We no longer accept payments at the office. Please mail your check, money order or credit card payment to the address on the remittance. THANK YOU

## Service Period: AUG 2005

| Description | Amount |
|---|---|
| Commercial | 395.60 |
| **Total Current Charges** | **395.60** |

CAM- CAB 8/3/05

Sunset



Want to pay this bill on-line? Go to www.wm.com to learn more about WMezPay and make a convenient, secure payment.

| Current Due | Over 30 | Over 60 | Over 90 | Over 120 | Total Due |
|---|---|---|---|---|---|
| 395.60 | 0.00 | 0.00 | 0.00 | 0.00 | 395.60 |

**We keep NASCAR clean.**

*From everyday collection to environmental protection,*
*Think Green.° Think Waste Management.*

NASCAR® is a registered trademark of the National Association for Stock Car Auto Racing, Inc.

720070

Printed on recycled paper.



# INVOICE

| | |
|---|---|
| Customer: | B.V.B PROPERTIES |
| Account Number: | 099-0042524-2099-9 |
| Invoice Date: | 09/01/2005 |
| Invoice Number: | 0877282-2099-4 |
| Due Date: | Net 10 Days |
| WM ezPay Account ID: | 00010-21430-52004 |

Waste Management
Gastonia
712 Lowell Rd
Gastonia, NC 28054
(704) 824-2011
(704) 824-5796 FAX

| Current Invoice Amount | Total Amount Due |
|---|---|
| 395.60 | |

Please pay total amount due. Thank you for your business.

We no longer accept payments at the office. Please mail your check, money order or credit card payment to the address on the remittance. THANK YOU

| Description | Amount |
|---|---|
| Previous Balance | 395.60 |
| Total Credits and Adjustments | 0.00 |
| Total Payments Received | 395.60- |
| Total Current Charges | 395.60 |
| **Total Amount Due** | **395.60** |
| **Total Amount Past Due** | **0.00** |

| Description | Amount |
|---|---|
| Commercial | 395.60 |
| **Total Current Charges** | **395.60** |

CPRS 9/20/05



RECEIVED
SEP - 5 2005

Want to pay this bill on-line? Go to www.wm.com to learn more about WMezPay and make a convenient, secure payment.

| CURRENT | OVER 30 | OVER 60 | OVER 90 | OVER 120 | TOTAL DUE |
|---|---|---|---|---|---|
| 395.60 | 0.00 | 0.00 | 0.00 | 0.00 | 395.60 |

We keep
NASCAR
clean.

*From everyday collection to environmental protection,*
*Think Green.* *Think Waste Management.*

NASCAR® is a registered trademark of the National Association for Stock Car Auto Racing, Inc.

Printed on
recycled paper.



City of Charlotte/Mecklenburg County

**Services Bill**

CHARLOTTE

| Name | BASCOM V BELK JR |
|------|------------------|
| Address | 4508 E INDEPENDENCE |
| | CHARLOTTE |
| Service | 5050 SUNSET RD |
| Address | CHARLOTTE |

**Account Number**
214430 - 281323          04

## Bill Summary

| Bill Date | 01/10/2005 |
|-----------|------------|
| Payment Due Date | 01/31/2005 |
| Balance | $56.83 |

PREVIOUS BALANCE .......................................................
PAYMENTS ...............................................................
NEW CHARGES
   Storm Water From: 12/07/2004 To: 01/10/2005 = 34 Days of Service ........ 56.83
   TOTAL NEW CHARGES ..................................................

ACCOUNT BALANCE ........................................................

Impervious Area for Storm Water: 23666 square feet



RECEIVED JAN 1 4 2005

*CAM - CAB 1/2*

Please see rev

**City of Charlotte/Mecklenburg County**

 **Services Bill** 

CHARLOTTE.

| | |
|---|---|
| Name | SUNSET CROSSING |
| Address | 4508 E INDEPENDENCE E |
| | CHARLOTTE |
| Service | 5300 SUNSET RD |
| Address | CHARLOTTE |

**Account Number**
95553 - 78                    04

## Bill Summary

| | |
|---|---|
| Bill Date | 01/10/2005 |
| Payment Due Date | 01/31/2005 |
| Balance | $15.82 |

| METER READINGS | | -----CURRENT---- | | ----PREVIOUS---- | |
|---|---|---|---|---|---|
| | TYPE OF SERVICE | DATE | READING | DATE | READING |
| | Water, Fire Line | 01/05/05 | 2 | 12/02/04 | 2 |

PREVIOUS BALANCE ........................................................................
PAYMENTS ........................................................................
NEW CHARGES
   Water, Fire Line ...............................................................15.82
   TOTAL NEW CHARGES ........................................................................

ACCOUNT BALANCE ........................................................................



RECEIVED
JAN 1 4 2005

Please see re

**City of Charlotte/Mecklenburg County**

 **Services Bill** 

| | |
|---|---|
| Name | BASCOM V. BELK JR |
| Address | 4508 E INDEPENDENCE E |
| | CHARLOTTE N |
| Service | 5200 STATESVILLE RD |
| Address | CHARLOTTE N |

```
      Account Number
  204808 - 267033          041
```

## Bill Summary

| | |
|---|---|
| Bill Date | 01/06/2005 |
| Payment Due Date | 01/27/2005 |
| Balance | $22.25 |

```
PREVIOUS BALANCE ..........................................................
PAYMENTS ..................................................................
NEW CHARGES
   Storm Water From: 12/03/2004 To: 01/06/2005 = 34 Days of Service ......  21.98
   Late Charges ..........................................................   0.27
   TOTAL NEW CHARGES .....................................................

ACCOUNT BALANCE ...........................................................
```

                Impervious Area for Storm Water:  8932 square feet

*CAM-CBB 1/21*

RECEIVED

JAN 1 2 2005

Please see rev.

City of Charlotte/Mecklenburg County

## Services Bill

| | |
|---|---|
| **Name** | **BASCOM V. BELK JR** |
| **Address** | **4508 E INDEPENDENCE** |
| | **CHARLOTTE** |
| **Service** | **5200 STATESVILLE RD** |
| **Address** | **CHARLOTTE** |

**Account Number**
**204908 - 267033**

## Bill Summary

| | |
|---|---|
| Bill Date | 02/08/2005 |
| Payment Due Date | 03/01/2005 |
| Balance | $21.38 |

PREVIOUS BALANCE .....................................................................
PAYMENTS .............................................................................
NEW CHARGES
   Storm Water From: 01/08/2005 To: 02/08/2005 =  33 Days of Service ........ 21.3
   TOTAL NEW CHARGES ...............................................................

ACCOUNT BALANCE ......................................................................

Impervious Area for Storm Water:  8932 square feet



Please see re

**City of Charlotte/Mecklenburg County**

 **Services Bill** 

CHARLOTTE

| Name | BASCOM V BELK JR |
|------|------------------|
| Address | 4508 E INDEPENDENCE |
| | CHARLOTTE |
| Service | 5050 SUNSET RD |
| Address | CHARLOTTE |

Account Number
214430 - 281323          04

## Bill Summary

| Bill Date | 02/10/2005 |
|-----------|------------|
| Payment Due Date | 03/03/2005 |
| Balance | $51.89 |

PREVIOUS BALANCE ...........................................................
PAYMENTS ...........................................................
NEW CHARGES
   Storm Water From: 01/10/2005 To: 02/10/2005 = 31 Days of Service ........ 51.89
   TOTAL NEW CHARGES ...........................................................

ACCOUNT BALANCE ...........................................................

Impervious Area for Storm Water:  23686 square feet

CAM-CPB 2/16



RECEIVED
FEB 1 4 2005

Please see rev

**City of Charlotte/Mecklenburg County**


### Services Bill
CHARLOTTE.

| | |
|---|---|
| Name | SUNSET CROSSING |
| Address | 4508 E INDEPENDENCE BV |
| | CHARLOTTE        NC 28205-7484 |
| Service | 5300 SUNSET RD |
| Address | CHARLOTTE        NC 28269 |

Account Number
95553 - 78

Parcel
041 - 242 - 09

## Bill Summary

| | |
|---|---|
| Bill Date | 02/10/2005 |
| Payment Due Date | 03/03/2005 |
| Balance | $12.56 |

| METER READINGS | | -----CURRENT---- | | ----PREVIOUS---- | | | DAYS C |
|---|---|---|---|---|---|---|---|
| | TYPE OF SERVICE | DATE | READING | DATE | READING | USAGE | SERVIC |
| | Water, Fire Line | 02/01/05 | 2 | 01/05/05 | 2 | 0 CCF | 27 |

PREVIOUS BALANCE ................................................................... $15.82
PAYMENTS ............................................................................. 15.82
NEW CHARGES
  Water, Fire Line .................................................. 12.56
  TOTAL NEW CHARGES .......................................................... 12.56

ACCOUNT BALANCE ..................................................................... $12.56

*CAM – CAB 2/16/05*



RECEIVED
FEB 1 4 2005

Please see reverse for important information

City of Charlotte/Mecklenburg County

 **Services Bill** 

| Name | BASCOM V BELK JR |
|---|---|
| Address | 4508 E INDEPENDENCE |
| | CHARLOTTE |
| Service | 5050 SUNSET RD |
| Address | CHARLOTTE |

**Account Number**
214430 - 281323          04

## Bill Summary

| Bill Date | 03/10/2005 |
|---|---|
| Payment Due Date | 03/31/2005 |
| Balance | $46.95 |

PREVIOUS BALANCE ................................................................
PAYMENTS ........................................................................
NEW CHARGES
   Storm Water From: 02/10/2005 To: 03/10/2005 = 28 Days of Service ........ 46.95
   TOTAL NEW CHARGES .........................................................

ACCOUNT BALANCE ................................................................

      Impervious Area for Storm Water:  23866 square feet

CAM



Please see rev

**City of Charlotte/Mecklenburg County**



**Services Bill**

| | |
|---|---|
| Name | SUNSET CROSSING |
| Address | 4508 E INDEPENDENCE |
| | CHARLOTTE |
| Service | 5300 SUNSET RD |
| Address | CHARLOTTE |

| Account Number | |
|---|---|
| 95553 - 78 | 04 |

## Bill Summary

| | |
|---|---|
| Bill Date | 03/10/2005 |
| Payment Due Date | 03/31/2005 |
| Balance | $13.03 |

```
METER READINGS                      -----CURRENT----    ----PREVIOUS----
                 TYPE OF SERVICE     DATE    READING     DATE    READING
                 Water, Fire Line    03/01/05    2    02/01/05    2

PREVIOUS BALANCE ...........................................................
PAYMENTS ...................................................................
NEW CHARGES
   Water, Fire Line .....................................................13.03
   TOTAL NEW CHARGES .....................................................
ACCOUNT BALANCE ............................................................
```

CAM



MAR 1 7 2005

Please see rev

City of Charlotte/Mecklenburg County

 **Services Bill**

| Name | BASCOM V. BELK JR |
| Address | 4508 E INDEPENDENCE |
| | CHARLOTTE |
| Service | 5200 STATESVILLE RD |
| Address | CHARLOTTE |

| Account Number | |
| 204808 - 287033 | 04 |

## Bill Summary

| Bill Date | 03/08/2005 |
| Payment Due Date | 03/29/2005 |
| Balance | $18.25 |

```
PREVIOUS BALANCE ........................................................................
PAYMENTS ................................................................................
NEW CHARGES
   Storm Water From: 02/08/2005 To: 03/08/2005 = 28 Days of Service ......... 18.25
   TOTAL NEW CHARGES ...................................................................

ACCOUNT BALANCE ........................................................................
```

Impervious Area for Storm Water:  8932 square feet

CAM



Please see re

City of Charlotte/Mecklenburg County

 **Services Bill**

| Name | SUNSET CROSSING |
| Address | 4508 E INDEPENDENCI |
| | CHARLOTTE |
| Service | 5300 SUNSET RD |
| Address | CHARLOTTE |

Account Number
95553 - 78

## Bill Summary

| Bill Date | 04/11/2005 |
| Payment Due Date | 05/02/2005 |
| Balance | $13.03 |

METER READINGS

| | TYPE OF SERVICE | -----CURRENT---- | | ----PREVIOUS---- | |
| | | DATE | READING | DATE | READING |
| | Water, Fire Line | 03/29/05 | 2 | 03/01/05 | 2 |

PREVIOUS BALANCE .....................................................................
PAYMENTS ...........................................................................
NEW CHARGES
  Water, Fire Line ............................................................ 13.0
  TOTAL NEW CHARGES ..............................................................

ACCOUNT BALANCE .....................................................................



Please see re

**City of Charlotte/Mecklenburg County**

  **Services Bill**

CHARLOTTE

| | |
|---|---|
| Name | BASCOM V. BELK JR |
| Address | 4508 E INDEPENDENCE |
| | CHARLOTTE |
| Service | 5200 STATESVILLE RD |
| Address | CHARLOTTE |

**Account Number**
204808 - 287033          04

## Bill Summary

| | |
|---|---|
| Bill Date | 04/07/2005 |
| Payment Due Date | 04/28/2005 |
| Balance | $19.49 |

```
PREVIOUS BALANCE ................................................................
PAYMENTS ........................................................................
NEW CHARGES
   Storm Water From: 03/08/2005 To: 04/07/2005 =  30 Days of Service ......... 19.49
   TOTAL NEW CHARGES ...........................................................

ACCOUNT BALANCE .................................................................
```

          Impervious Area for Storm Water:  8832 square feet

CAM-CDB 4/



RECEIV

APR 1 2 200

Please see rev

City of Charlotte/Mecklenburg County

### Services Bill

| Name | BASCOM V BELK JR |
| Address | 4508 E INDEPENDENCE BV # 207 |
| | CHARLOTTE NC 28205-7499 |
| Service | 5050 SUNSET RD |
| Address | CHARLOTTE NC 28269 |

Account Number        Parcel
214430 - 281323      041 - 242 - 02

## Bill Summary

| Bill Date | 04/11/2005 |
| Payment Due Date | 05/02/2005 |
| Balance | $53.54 |

PREVIOUS BALANCE ........................................................................... $46.95
PAYMENTS ................................................................................... 46.95
NEW CHARGES
  Storm Water From: 03/10/2005 To: 04/11/2005 = 32 Days of Service ......... 53.54
  TOTAL NEW CHARGES ...................................................................... 53.54

ACCOUNT BALANCE ........................................................................... $53.54

      Impervious Area for Storm Water:  23868 square feet

CAM - CDB 4/18/05



Please see reverse for important information



City of Charlotte/Mecklenburg County



**Services Bill**

CHARLOTTE.

| | |
|---|---|
| Name | BASCOM V. BELK JR |
| Address | 4508 E INDEPENDENCE |
| | CHARLOTTE |
| Service | 5200 STATESVILLE RD |
| Address | CHARLOTTE |

**Account Number**
**204908 - 267033**

## Bill Summary

| | |
|---|---|
| Bill Date | 05/09/2005 |
| Payment Due Date | 05/30/2005 |
| Balance | $20.73 |

PREVIOUS BALANCE ...........................................................
PAYMENTS ....................................................................
NEW CHARGES
    Storm Water From: 04/07/2005 To: 05/09/2005 = 32 Days of Service ......... 20.7
    TOTAL NEW CHARGES .......................................................

ACCOUNT BALANCE .............................................................

Impervious Area for Storm Water:  8932 square feet

CAM-CAB



Please see



ıty of Charlotte/Mecklenburg County

## Services Bill

| Name | BASCOM V BELK JR |
| Address | 4508 E INDEPENDENCE |
| | CHARLOTTE |
| Service | 5050 SUNSET RD |
| Address | CHARLOTTE |

Account Number
214430 - 281323          04

## Bill Summary

| Bill Date | 05/11/2005 |
| Payment Due Date | 08/01/2005 |
| Balance | $50.25 |

PREVIOUS BALANCE ...............................................................
PAYMENTS ...............................................................
NEW CHARGES
    Storm Water From: 04/11/2005 To: 05/11/2005 = 30 Days of Service ......... 50.25
    TOTAL NEW CHARGES ...............................................................

ACCOUNT BALANCE ...............................................................

Impervious Area for Storm Water:  23866 square feet



RECEIV

1 6 2005

Please see rev

 

.y of Charlotte/Mecklenburg County

**Services Bill**

CHARLOTTE.

| | |
|---|---|
| Name | SUNSET CROSSING |
| Address | 4508 E INDEPENDENCE BV |
| | CHARLOTTE        NC 28205-7484 |
| Service | 5300 SUNSET RD |
| Address | CHARLOTTE        NC 28269 |

| Account Number | Parcel |
|---|---|
| 25553 - 78 | 041 - 242 - 09 |

## Bill Summary

| | |
|---|---|
| Bill Date | 05/11/2005 |
| Payment Due Date | 06/01/2005 |
| Balance | $13.03 |

| METER READINGS | | -----CURRENT---- | | ----PREVIOUS---- | | | DAYS |
|---|---|---|---|---|---|---|---|
| TYPE OF SERVICE | | DATE | READING | DATE | READING | USAGE | SERVI |
| Water, Fire Line | | 04/26/05 | 2 | 03/29/05 | 2 | 0 CCF | 28 |

| | |
|---|---|
| PREVIOUS BALANCE ...................................................................... | $13.0 |
| PAYMENTS ...................................................................................... | 13.0 |
| NEW CHARGES | |
|   Water, Fire Line ................................................................... | 13.03 |
|   TOTAL NEW CHARGES ....................................................... | 13.0 |
| | |
| ACCOUNT BALANCE ................................................................... | $13.0 |

CPM·CPB 5/25/05



Please see reverse for important information

**City of Charlotte/Mecklenburg County**

 **Services Bill** 

CHARLOTTE.

| Name | BASCOM V. BELK JR |
|------|-------------------|
| Address | 4508 E INDEPENDENCE |
| | CHARLOTTE |
| Service | 5200 STATESVILLE RD |
| Address | CHARLOTTE |

**Account Number**
204908 - 267033                    0

## Bill Summary

| Bill Date | 06/08/2005 |
|-----------|------------|
| Payment Due Date | 06/29/2005 |
| Balance | $19.49 |

PREVIOUS BALANCE ...................................................................
PAYMENTS ..........................................................................
NEW CHARGES
   Storm Water From: 05/09/2005 To: 06/08/2005 = 30 Days of Service ......... 19.49
   TOTAL NEW CHARGES ..............................................................

ACCOUNT BALANCE ....................................................................

Impervious Area for Storm Water:  8932 square feet

CAM-CAB 61.


JUN 1 0 20

Please see rev

City of Charlotte/Mecklenburg County



**Services Bill**

| Name | SUNSET CROSSING |
|------|-----------------|
| Address | 4508 E INDEPENDENCE |
| | CHARLOTTE |
| Service | 5300 SUNSET RD |
| Address | CHARLOTTE |

**Account Number**
95553 - 78

## Bill Summary

| Bill Date | 06/10/2005 |
|-----------|-----------|
| Payment Due Date | 07/01/2005 |
| Balance | $13.03 |

```
METER READINGS                          -----CURRENT----   ----PREVIOUS----
                   TYPE OF SERVICE      DATE     READING   DATE     READING
                   Water, Fire Line     05/24/05    2      04/28/05    2

PREVIOUS BALANCE ........................................................
PAYMENTS ...............................................................
NEW CHARGES
   Water, Fire Line ...................................................13.0
   TOTAL NEW CHARGES ..................................................

ACCOUNT BALANCE ........................................................
```

CAM-CMB 61

Please see r

City of Charlotte/Mecklenburg County



**Services Bill**

| Name | BASCOM V BELK JR |
| Address | 4508 E INDEPENDENCE B |
| | CHARLOTTE | N |
| Service | 5050 SUNSET RD |
| Address | CHARLOTTE | N |

| Account Number | |
| 214430 - 281323 | 041 |

## Bill Summary

| Bill Date | 06/10/2005 |
| Payment Due Date | 07/01/2005 |
| Balance | $50.25 |

PREVIOUS BALANCE ........................................................................
PAYMENTS ................................................................................
NEW CHARGES
    Storm Water From: 05/11/2005 To: 06/10/2005 = 30 Days of Service ......... 50.25
    TOTAL NEW CHARGES ....................................................................

ACCOUNT BALANCE ........................................................................

        Impervious Area for Storm Water:  23888 square feet

_CJM - CMB 6/15/05_

Please see rev




City of Charlotte/Mecklenburg County

**Services Bill**

CHARLOTTE

| | |
|---|---|
| Name | BASCOM V. BELK JR |
| Address | 4508 E INDEPENDENCE BV |
| | CHARLOTTE          NC 28205-7484 |
| Service | 5200 STATESVILLE RD |
| Address | CHARLOTTE          NC 28269 |

| Account Number | Parcel |
|---|---|
| 204906 - 267033 | 041 - 242 - 10 |

## Bill Summary

| | |
|---|---|
| Bill Date | 07/11/2005 |
| Payment Due Date | 08/01/2005 |
| Balance | $21.78 |

PREVIOUS BALANCE ................................................................ $19
PAYMENTS ........................................................................ 19
NEW CHARGES
   Storm Water From: 06/08/2005 To: 07/11/2005 = 33 Days of Service ........ 21.78
   TOTAL NEW CHARGES ......................................................... 21

ACCOUNT BALANCE ................................................................ $21

Impervious Area for Storm Water: 8932 square feet

CAM-CPBB 7/20/05



Please see reverse for important inform

 

City of Charlotte/Mecklenburg County

**Services Bill**

CHARLOTTE.

| Name | SUNSET CROSSING |
| Address | 4508 E INDEPENDENCE BV |
| | CHARLOTTE | NC 28205-7484 |
| Service | 5300 SUNSET RD |
| Address | CHARLOTTE | NC 28269 |

| Account Number | Parcel |
| 95553 - 78 | 041 - 242 - 08 |

## Bill Summary

| Bill Date | 07/13/2005 |
| Payment Due Date | 08/03/2005 |
| Balance | $17.22 |

| METER READINGS | | -----CURRENT---- | | ----PREVIOUS---- | | | DAYS C |
| | TYPE OF SERVICE | DATE | READING | DATE | READING | USAGE | SERVIC |
| | Water, Fire Line | 06/30/05 | 2 | 06/24/05 | 2 | 0 CCF | 37 |
| PREVIOUS BALANCE | ........................................................................ | | | | | | $13.03 |
| PAYMENTS | ........................................................................ | | | | | | 13.03 |
| NEW CHARGES | | | | | | | |
| Water, Fire Line | ........................................................................ | | | | | 17.22 | |
| TOTAL NEW CHARGES | ........................................................................ | | | | | | 17.22 |
| ACCOUNT BALANCE | ........................................................................ | | | | | | $17.22 |

*CAM-CAPB 7/30/05*



Please see reverse for important information
Please see reverse for important information

City of Charlotte/Mecklenburg County

 **Services Bill** 

CHARLOTTE.

| Name | BASCOM V BELK JR |
| Address | 4508 E INDEPENDENCE |
| | CHARLOTTE |
| Service | 5050 SUNSET RD |
| Address | CHARLOTTE |

**Account Number**
**214490 - 281323**                    04

## Bill Summary

| Bill Date | 07/13/2005 |
| Payment Due Date | 08/03/2005 |
| Balance | $56.51 |

PREVIOUS BALANCE ...............................................................
PAYMENTS .......................................................................
NEW CHARGES
   Storm Water From: 06/10/2005 To: 07/13/2005 = 33 Days of Service ........ 56.51
   TOTAL NEW CHARGES ..........................................................

ACCOUNT BALANCE ................................................................

        Impervious Area for Storm Water:   23568 square feet

RECEIVED
JUL 1 8 2005

Please see rev
Please see reve

 

**City of Charlotte/Mecklenburg County**

## Services Bill

CHARLOTTE

| Name | SUNSET CROSSING |
|------|-----------------|
| Address | 4508 E INDEPENDENCE |
| | CHARLOTTE |
| Service | 5300 SUNSET RD |
| Address | CHARLOTTE |

**Account Number**
98583 - 78

## Bill Summary

| Bill Date | 08/12/2005 |
|-----------|-----------|
| Payment Due Date | 09/02/2005 |
| Balance | $18.15 |

| METER READINGS | | -----CURRENT---- | | ----PREVIOUS---- | |
|----------------|--|------------------|--|------------------|--|
| TYPE OF SERVICE | | DATE | READING | DATE | READING |
| Water, Fire Line | | 08/08/05 | 2 | 06/30/05 | 2 |

PREVIOUS BALANCE .....................................................
PAYMENTS .............................................................
NEW CHARGES
  Water, Fire Line ..................................................... 18.1
  TOTAL NEW CHARGES .................................................

ACCOUNT BALANCE ......................................................

*GMM-CMS 8/1*



RECEIVED
AUG

Please see r

City of Charlotte/Mecklenburg County

 **Services Bill** 

CHARLOTTE

| Name | BASCOM V BELK JR |
| Address | 4508 E INDEPENDENCE B |
| | CHARLOTTE    N |
| Service | 5050 SUNSET RD |
| Address | CHARLOTTE    N |

**Account Number**
214430 - 281323    041

## Bill Summary

| Bill Date | 08/12/2005 |
| Payment Due Date | 09/02/2005 |
| Balance | $53.28 |

PREVIOUS BALANCE ....................................................................................
PAYMENTS ....................................................................................
NEW CHARGES
   Storm Water From: 07/13/2005 To: 08/12/2005 =  30 Days of Service ......... $53.28
   TOTAL NEW CHARGES ....................................................................
ACCOUNT BALANCE ....................................................................

                    Impervious Area for Storm Water:  23868 square feet



RECEIV
AUG 16 20

Please see rev

City of Charlotte/Mecklenburg County



**Services Bill**

| Name | BASCOM V. BELK JR |
|------|-------------------|
| Address | 4508 E INDEPENDENCE |
| | CHARLOTTE |
| Service | 5200 STATESVILLE RD |
| Address | CHARLOTTE |

**Account Number**
204908 - 287033

## Bill Summary

| Bill Date | 08/10/2005 |
|-----------|------------|
| Payment Due Date | 08/31/2005 |
| Balance | $20.64 |

PREVIOUS BALANCE .......................................................................................
PAYMENTS .......................................................................................
NEW CHARGES
    Storm Water From: 07/11/2005 To: 08/10/2005 = 30 Days of Service ......... 20.6
    TOTAL NEW CHARGES .......................................................................................

ACCOUNT BALANCE .......................................................................................

Impervious Area for Storm Water: 8932 square feet

CAM - CAB 8

RECEIVE
AUG 1 3 2005

Please see

City of Charlotte/Mecklenburg County



**Services Bill**

CHARLOTTE.

| Name | SUNSET CROSSING |
|---|---|
| Address | 4508 E INDEPENDENCE |
| | CHARLOTTE |
| Service | 5300 SUNSET RD |
| Address | CHARLOTTE |

**Account Number**
95553 - 76

## Bill Summary
| | |
|---|---|
| Bill Date | 09/13/2005 |
| Payment Due Date | 10/04/2005 |
| Balance | $14.43 |

```
METER READINGS                    -----CURRENT----    ----PREVIOUS----
                  TYPE OF SERVICE   DATE    READING    DATE    READING
                  Water, Fire Line  09/08/05   2      08/08/05    2

PREVIOUS BALANCE ...................................................
PAYMENTS ...........................................................
NEW CHARGES
  Water, Fire Line .............................................. 14.4
  TOTAL NEW CHARGES ................................................
ACCOUNT BALANCE ....................................................
```



RECEIVED

SEP 1 6 2005

Please see r

**City of Charlotte/Mecklenburg County**



**Services Bill**

CHARLOTTE.

| | |
|---|---|
| Name | BASCOM V BELK JR |
| Address | 4508 E INDEPENDENCE BV # 207 |
| | CHARLOTTE    NC 28205-7499 |
| Service | 8050 SUNSET RD |
| Address | CHARLOTTE    NC 28269 |

| Account Number | Parcel |
|---|---|
| 214430 - 281323 | 041 - 242 - 02 |

## Bill Summary

| | |
|---|---|
| Bill Date | 09/13/2005 |
| Payment Due Date | 10/04/2005 |
| Balance | $56.78 |

| | |
|---|---|
| PREVIOUS BALANCE ................................................................ | $53.2 |
| PAYMENTS ......................................................................... | 53.2 |
| NEW CHARGES | |
| Storm Water From: 08/12/2005 To: 09/13/2005 = 32 Days of Service ......... | 56.78 |
| TOTAL NEW CHARGES ................................................................ | 56.7 |
| | |
| ACCOUNT BALANCE .................................................................. | $56.7 |

Impervious Area for Storm Water:  23866 square feet



Please see reverse for important informatio

**City of Charlotte/Mecklenburg County**



**Services Bill**

CHARLOTTE

| | |
|---|---|
| Name | BASCOM V. BELK JR |
| Address | 4508 E INDEPENDENCE |
| | CHARLOTTE |
| Service | 5200 STATESVILLE RD |
| Address | CHARLOTTE |

| Account Number | |
|---|---|
| 204908 - 287033 | 04 |

## Bill Summary

| | |
|---|---|
| Bill Date | 09/09/2005 |
| Payment Due Date | 09/30/2005 |
| Balance | $20.64 |

PREVIOUS BALANCE .............................................................
PAYMENTS .....................................................................
NEW CHARGES
   Storm Water From: 08/10/2005 To: 09/09/2005 = 30 Days of Service ......... 20.64
   TOTAL NEW CHARGES ......................................................

ACCOUNT BALANCE .............................................................

Impervious Area for Storm Water:  8932 square feet

GAM - GAB 9,



RECEIV

SEP 1 4 2005

Please see reve

# CAROLINA LIGHTING SUPPLY, INC.

**4705 N. TRYON STREET  CHARLOTTE, NC 28213**

**704-596-7821**

INV #

**90967**

**Date: 1-18-05**

**TO:**  **B.V. BELK PROPERTIES**

**4508 EAST INDEPENDENCE BLVD.  SUITE 207**

**CHARLOTTE, NC 28205**

**704-532-0028**

*MATERIALS*                    WORK ORDERED BY:

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | SUNSET CROSSING: | | |
| | REPAIRED (2) PARKING LOT POLE | | |
| | BASES AND REPAIRED WIRING. | | |
| | INSTALLED (2) RECONDITIONED | | |
| | POLES. INSTALLED (4) 1000WATT | | |
| | AND (2) 400 WATT SHOEBOX FIXTURES. | | |
| | | | |
| | | | |
| | | | |

RECEIVED

JAN 2 0 2005

| | | **CONTRACT PRICE** | **$3,000.00** |
|---|---|---|---|