IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.*, | ) | CASE NUMBER: 3:05-03817-JAF |
| | ) | |
| Debtor. | ) | (JOINTLY ADMINISTERED) |
| _____ | ) | |

**WITHDRAWAL OF OBJECTION OF BURLINGTON ASSOCIATES LP (STORE # 2061) TO DEBTORS' MOTION FOR ORDER (A) AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND INTEREST AND EXEMPT FROM TAXES, (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF LEASES AND CONTRACTS, AND (C) GRANTING RELATED RELIEF**

COMES NOW, BURLINGTON ASSOCIATES LP, by and through its undersigned counsel, and hereby withdraws the Objection of Burlington Associates LP (Store # 2061) to Debtors' Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interest and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts, and (C) Granting Related Relief filed on or about July 13, 2005.

This 13th day of November, 2006.

Respectfully submitted,

**ROSEN LAW GROUP, LLC**

/s/ Mitchell S. Rosen

_____
Mitchell S. Rosen
Georgia Bar No. 614419

950 E. Paces Ferry Road
Atlanta Plaza, Suite 3250
Atlanta, Georgia 30326
Telephone: (404) 832-8410
Facsimile: (404) 832-8422
Email: mrosen@rosenlawgroup.com
Attorney for Burlington Associates LP

{00006383.DOCv1}

**CERTIFICATE OF SERVICE**

I hereby certify that this day I electronically filed the **WITHDRAWAL OF OBJECTION OF BURLINGTON ASSOCIATES LP (STORE # 2061) TO DEBTORS' MOTION FOR ORDER (A) AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND INTEREST AND EXEMPT FROM TAXES, (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF LEASES AND CONTRACTS, AND (C) GRANTING RELATED RELIEF** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| D.J. Baker, Esq. | Stephen D. Busey, Esq. |
| Sally McDonald Henry, Esq. | James H. Post, Esq. |
| Rosalie Walker Gray, Esq. | Cynthia C. Jackson, Esq. |
| Jane M. Leamy, Esq. | Smith Husley & Busey |
| Skadden Arps Slate Meaghan & Flom, LLP | 225 Water Street, Suite 1800 |
| Four Times Square | Jacksonville, Florida 32201 |
| New York, New York 10036 | *Attorneys for Debtor* |
| *Attorneys for Debtor* | |

This 13th day of November, 2006.

**ROSEN LAW GROUP, LLC**

/s/ Mitchell S. Rosen
_____
Mitchell S. Rosen
Georgia Bar No. 614419

950 E. Paces Ferry Road
Atlanta Plaza, Suite 3250
Atlanta, Georgia 30326
Telephone: (404) 832-8410
Facsimile: (404) 832-8422
Email: mrosen@rosenlawgroup.com
Attorney for Burlington Associates LP

{00006383.DOCv1}