# IN THE UNITED STATE BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### Jacksonville Division

| | |
|---|---|
| In re | Chapter 11 |
| WINN-DIXIE STORES, INC., *et al.* | Case No. 05-03817-3F1 |
| Debtor. | Jointly Administered |
| _____ / | |

## NOTICE OF WITHDRAW OF APPLICATION
## OF F.R.O., LLC VII FOR ALLOWANCE OF ADMINISTRATIVE CLAIM

PLEASE TAKE NOTICE, that F.R.O., LLC VII hereby withdraws the Application of F.R.O., LLC VII For Allowance of Administrative Claim (Docket No. 3486), filed September 16, 2005.

Dated: November 13, 2006                Respectfully submitted,

ARENT FOX PLLC

 */s/ Mary Joanne Dowd*
Mary Joanne Dowd (Florida Bar No. 368970)
Jeffrey N. Rothleder
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202/857-6059
Fax: 202/857-6395
Email: dowd.mary@arentfox.com

Counsel for F.R.O., LLC VII

GDNB565/436043.1                1

## CERTIFICATE OF SERVICE

I, Mary Joanne Dowd, hereby certify that on this 13th day of November, 2006, I caused a true and correct copy of the foregoing Notice of Withdraw of Application of F.R.O., LLC VII for Allowance of Administrative Claim to be served, by first class mail, postage prepaid on D.J. Baker, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036 and James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202.

       */s/ Mary Joanne Dowd*
       Mary Joanne Dowd