UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about November 9, 2006 I caused copies of:

- the **Notice of Transfer of Claim Other Than For Security**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice(s) as listed above is attached hereto as Exhibit B.

Dated: November 13, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: TR

# EXHIBIT A
# SERVICE LIST

Case 3:05-bk-03817-JAF   Doc 12487   Filed 11/13/06   Page 2 of 15

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

CREDITOR ID: 242073-12
ALS MOBILE REPAIR
ATTN: ALAN CORTI, OWNER
503 S 9TH STREET
FORT PIERCE FL 34950-8533

CREDITOR ID: 407682-98
DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

CREDITOR ID: 247875-12
DECORATOR DEPOT
C/O ESCO & BENSON, LLC
ATTN PAUL D ESCO, ESQ
547 SOUTH LAWRENCE STREET
MONTGOMERY, AL 36104

CREDITOR ID: 248433-12
DOTHAN SECURITY INC
ATTN: EDDIE SORRELLS
PO BOX 830529
BIRMINGHAM, AL 35283

CREDITOR ID: 249289-12
EXPERT COMMUNICATIONS INC
ATTN: TOM GINTHER, PRES
15829 WESTBROOK ROAD
ALPHARETTA, GA 30004

CREDITOR ID: 249659-12
FLIGELS UNIFORM CO
ATTN: JUDY P SAXOM, GEN MGR
PO BOX 220625
CHARLOTTE, NC 28222-0625

CREDITOR ID: 249672-12
FLORAL SEASONS CORP
ATTN: HOLTEUSIA COBB, PRES
4633 SW 11ST
MIAMI, FL 33134

CREDITOR ID: 381926-15
HARVIN CHOICE MEATS INC
ATTN PRESIDENT
300 MCCRAYS MILL ROAD
SUMTER SC 29150

CREDITOR ID: 251328-12
HARVIN CHOICE MEATS INC
ATTN: SEP D HARVIN III, PRES
PO BOX 939
SUMTER, SC 29151-0939

CREDITOR ID: 384209-47
LAKESHORE CLINIC PC
ATTN: BRIAN BRACH, PRCATICE ADMIN
1026 SOUTH EUFAULA AVE
EUFAULA, AL 36027

CREDITOR ID: 381359-47
LEE, CATHERINE
500 CHAFFEE ROAD SOUTH, LOT 128
JACKSONVILLE, FL 32221-1180

CREDITOR ID: 262310-12
SUSANS SOUTHERN MARINADE
ATTN: SUSAN WILLIFORD, PRES
PO BOX 380
SHALIMAR, FL 32579

**Total:  12**

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.      Case No.: 05-03817-3F1

Docket No.: 12404

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| ALS MOBILE REPAIR | DEBT ACQUISITION COMPANY OF AMERICA |
| Name of Transferor | Name of Transferee |
| ALS MOBILE REPAIR | DEBT ACQUISITION COMPANY OF AMERICA |
| ATTN: ALAN CORTI, OWNER | ATTN SILVIA LUKES, CLAIMS ADMIN |
| 503 S 9TH STREET | 1565 HOTEL CIRCLE SOUTH STE 310 |
| FORT PIERCE  FL 34950-8533 | SAN DIEGO CA 92108 |
| Phone: 772-216-5113 | Phone: 619 220 8900 ext 104 |
| Account No.: 242073 | Account No.: 407682 |

Claim No.: 32449      Full Transfer: (X)    Partial Transfer:

Date Claim Filed: 04/07/2005      Transfer Amount: $237.96

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/09/2006      /s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 9, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.      Case No.: 05-03817-3F1

Docket No.: 12405

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| DECORATOR DEPOT | DEBT ACQUISITION COMPANY OF AMERICA |
|---|---|
| Name of Transferor | Name of Transferee |

| DECORATOR DEPOT | DEBT ACQUISITION COMPANY OF AMERICA |
|---|---|
| C/O ESCO & BENSON, LLC | ATTN SILVIA LUKES, CLAIMS ADMIN |
| ATTN PAUL D ESCO, ESQ | 1565 HOTEL CIRCLE SOUTH STE 310 |
| 547 SOUTH LAWRENCE STREET | SAN DIEGO CA 92108 |
| MONTGOMERY, AL 36104 | |

| Phone: 334 832 4529 | Phone: 619 220 8900 ext 104 |
|---|---|
| Account No.: 247875 | Account No.: 407682 |

| Claim No.: 751 | Full Transfer: (X)   Partial Transfer: |
|---|---|
| Date Claim Filed: 04/20/2005 | Transfer Amount: $1,097.14 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/09/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 9, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 12410 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| DOTHAN SECURITY INC | DEBT ACQUISITION COMPANY OF AMERICA |
| Name of Transferor | Name of Transferee |
| DOTHAN SECURITY INC | DEBT ACQUISITION COMPANY OF AMERICA |
| ATTN: EDDIE SORRELLS | ATTN SILVIA LUKES, CLAIMS ADMIN |
| PO BOX 830529 | 1565 HOTEL CIRCLE SOUTH STE 310 |
| BIRMINGHAM, AL 35283 | SAN DIEGO CA 92108 |
| Phone: | Phone: 619 220 8900 ext 104 |
| Account No.: 248433 | Account No.: 407682 |

| | |
|---|---|
| Claim No.: 33568 | Full Transfer: (X)   Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $1,517.25 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 11/09/2006 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 9, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                                   Case No.: 05-03817-3F1

                                                                          Docket No.: 12406

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| EXPERT COMMUNICATIONS INC | DEBT ACQUISITION COMPANY OF AMERICA |
|---|---|
| Name of Transferor | Name of Transferee |
| EXPERT COMMUNICATIONS INC<br>ATTN: TOM GINTHER, PRES<br>15829 WESTBROOK ROAD<br>ALPHARETTA, GA 30004 | DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN SILVIA LUKES, CLAIMS ADMIN<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 |
| Phone: 770 667 5425 | Phone: 619 220 8900 ext 104 |
| Account No.: 249289 | Account No.: 407682 |

Claim No.: 30738                                                          Full Transfer: (X)        Partial Transfer:

Date Claim Filed: 04/07/2005                                              Transfer Amount: $412.50

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/09/2006                                                          /s/ Logan & Company, Inc.

                                                                          Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 9, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.　　　　　　　　　　Case No.: 05-03817-3F1

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Docket No.: 12407

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| FLIGELS UNIFORM CO | DEBT ACQUISITION COMPANY OF AMERICA |
|---|---|
| Name of Transferor | Name of Transferee |

FLIGELS UNIFORM CO　　　　　　　　　　　　　　DEBT ACQUISITION COMPANY OF AMERICA
ATTN: JUDY P SAXOM, GEN MGR　　　　　　　　ATTN SILVIA LUKES, CLAIMS ADMIN
PO BOX 220625　　　　　　　　　　　　　　　　　1565 HOTEL CIRCLE SOUTH STE 310
CHARLOTTE, NC 28222-0625　　　　　　　　　　　SAN DIEGO CA 92108

Phone: 800-435-4435　　　　　　　　　　　　　　Phone: 619 220 8900 ext 104
Account No.: 249659　　　　　　　　　　　　　　Account No.: 407682

Claim No.: 36308　　　　　　　　　　　　　　　　Full Transfer: (X)　　　Partial Transfer:
Date Claim Filed: 04/07/2005　　　　　　　　　　Transfer Amount: $196.08

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/09/2006　　　　　　　　　　　　　　　　/s/ Logan & Company, Inc.
　　　　　　　　　　　　　　　　　　　　　　　　Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 9, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.　　　　　　　　　　　Case No.: 05-03817-3F1

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Docket No.: 12408

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| FLORAL SEASONS CORP | DEBT ACQUISITION COMPANY OF AMERICA |
|---|---|
| Name of Transferor | Name of Transferee |
| FLORAL SEASONS CORP | DEBT ACQUISITION COMPANY OF AMERICA |
| ATTN: HOLTEUSIA COBB, PRES | ATTN SILVIA LUKES, CLAIMS ADMIN |
| 4633 SW 11ST | 1565 HOTEL CIRCLE SOUTH STE 310 |
| MIAMI, FL 33134 | SAN DIEGO CA 92108 |
| Phone: 305-461-1490 | Phone: 619 220 8900 ext 104 |
| Account No.: 249672 | Account No.: 407682 |

Claim No.: 34841　　　　　　　　　　　　　　　　Full Transfer: (X)　　　Partial Transfer:

Date Claim Filed: 04/07/2005　　　　　　　　　　Transfer Amount: $2,167.50

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/09/2006　　　　　　　　　　　　　　　　/s/ Logan & Company, Inc.

　　　　　　　　　　　　　　　　　　　　　　　　Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 9, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 12413 |

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| HARVIN CHOICE MEATS INC | DEBT ACQUISITION COMPANY OF AMERICA |
| Name of Transferor | Name of Transferee |
| HARVIN CHOICE MEATS INC<br>ATTN: SEP D HARVIN III, PRES<br>PO BOX 939<br>SUMTER, SC 29151-0939 | DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN SILVIA LUKES, CLAIMS ADMIN<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 |
| Phone: 803 775 9367 | Phone: 619 220 8900 ext 104 |
| Account No.: 251328 | Account No.: 407682 |
| HARVIN CHOICE MEATS INC<br>ATTN PRESIDENT<br>300 MCCRAYS MILL ROAD<br>SUMTER SC 29150 | |
| Phone: 803 775 9367 | |
| Account No.: 381926 | |
| Claim No.: 232 | Full Transfer: (X)   Partial Transfer: |
| Date Claim Filed: 03/21/2005 | Transfer Amount: $564.63 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 11/09/2006 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 9, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 12411

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| HARVIN CHOICE MEATS INC | DEBT ACQUISITION COMPANY OF AMERICA |
|---|---|
| Name of Transferor | Name of Transferee |

HARVIN CHOICE MEATS INC                          DEBT ACQUISITION COMPANY OF AMERICA
ATTN: SEP D HARVIN III, PRES                     ATTN SILVIA LUKES, CLAIMS ADMIN
PO BOX 939                                       1565 HOTEL CIRCLE SOUTH STE 310
SUMTER, SC 29151-0939                            SAN DIEGO CA 92108

Phone: 803 775 9367                              Phone: 619 220 8900 ext 104
Account No.: 251328                              Account No.: 407682

HARVIN CHOICE MEATS INC
ATTN PRESIDENT
300 MCCRAYS MILL ROAD
SUMTER SC 29150

Phone: 803 775 9367
Account No.: 381926

Claim No.: 30885                                 Full Transfer: (X)       Partial Transfer:
Date Claim Filed: 04/07/2005                     Transfer Amount: $150.16

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/09/2006                                 /s/ Logan & Company, Inc.

                                                 Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 9, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 12415 |

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| LAKESHORE CLINIC PC | DEBT ACQUISITION COMPANY OF AMERICA |
| Name of Transferor | Name of Transferee |
| LAKESHORE CLINIC PC | DEBT ACQUISITION COMPANY OF AMERICA |
| ATTN: BRIAN BRACH, PRCATICE ADMIN | ATTN SILVIA LUKES, CLAIMS ADMIN |
| 1026 SOUTH EUFAULA AVE | 1565 HOTEL CIRCLE SOUTH STE 310 |
| EUFAULA, AL 36027 | SAN DIEGO CA 92108 |
| Phone: 334-687-5775 | Phone: 619 220 8900 ext 104 |
| Account No.: 384209 | Account No.: 407682 |

| | |
|---|---|
| Claim No.: 34435 | Full Transfer: (X)   Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $120.00 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 11/09/2006 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 9, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.         Case No.: 05-03817-3F1
                                                Docket No.: 12416

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| LEE, CATHERINE | DEBT ACQUISITION COMPANY OF AMERICA |
|---|---|
| Name of Transferor | Name of Transferee |

LEE, CATHERINE
500 CHAFFEE ROAD SOUTH, LOT 128
JACKSONVILLE, FL 32221-1180

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone:                                          Phone: 619 220 8900 ext 104
Account No.: 381359                             Account No.: 407682

Claim No.: 31995                                Full Transfer: (X)     Partial Transfer:
Date Claim Filed: 04/07/2005                    Transfer Amount: $208.01

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/09/2006                                /s/ Logan & Company, Inc.
                                                Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 9, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                            Case No.: 05-03817-3F1
                                                                  Docket No.: 12409

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| SUSANS SOUTHERN MARINADE | DEBT ACQUISITION COMPANY OF AMERICA |
|---|---|
| Name of Transferor | Name of Transferee |

| SUSANS SOUTHERN MARINADE | DEBT ACQUISITION COMPANY OF AMERICA |
| ATTN: SUSAN WILLIFORD, PRES | ATTN SILVIA LUKES, CLAIMS ADMIN |
| PO BOX 380 | 1565 HOTEL CIRCLE SOUTH STE 310 |
| SHALIMAR, FL 32579 | SAN DIEGO CA 92108 |

Phone: 850-651-4216                                               Phone: 619 220 8900 ext 104
Account No.: 262310                                               Account No.: 407682

Claim No.: 34211                                                  Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                                      Transfer Amount: $352.80

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/09/2006                                                  /s/ Logan & Company, Inc.
                                                                  Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 9, 2006.