UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about November 10, 2006 I caused copies of:

- the **Notice of Transfer of Claim Other Than For Security**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice(s) as listed above is attached hereto as Exhibit B.

Dated: November 13, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: TR

# EXHIBIT A
# SERVICE LIST

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                       **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 534960-98<br>APS CLEARING INC<br>ATTN MATTHEW HAMILTON<br>1301 CAPITAL OF TEXAS HWY<br>SUITE B-220<br>AUSTIN TX 78746 | CREDITOR ID: 243506-12<br>BILL DORAN COMPANY<br>C/O WHOLESALE FLOWERS<br>ATTN BILL DORAN / DONNA J RECCHIA<br>619 W JEFFERSON STREET<br>ROCKFORD IL 61103 | CREDITOR ID: 394043-61<br>BREAUD & LEMOINE, APLC<br>ATTN M LEMOINE/ALAN K BREAUD, PRES<br>PO BOX 3448<br>LAFAYETTE, LA 70502 |
| CREDITOR ID: 406164-15<br>CHAFFEE POINT HOSPITALITIES LLC DBA<br>HAMPTON INN<br>ATTN JANE P MOTLEY, MANAGING MEMBER<br>548 CHAFFEE POINT BLVD<br>JACKSONVILLE FL 32221 | CREDITOR ID: 408404-98<br>FAIR HARBOR CAPITAL LLC<br>ATTN FRED GLASS<br>875 AVENUE OF THE AMERICAS STE 2305<br>NEW YORK NY 10001 | CREDITOR ID: 405927-99<br>GOODING'S SUPERMARKETS, INC<br>C/O LOWNDES DROSDICK ET AL<br>ATTN MATT E BEAL, ESQ<br>215 NORTH EOLA DRIVE<br>PO BOX 2809<br>ORLANDO FL 32802-2809 |
| CREDITOR ID: 260576-12<br>SCOTT BETTS & SON INC<br>ATTN: SCOTT BETTS, PRES<br>620 MCGEE ROAD<br>BENSON, NC 27504 | CREDITOR ID: 534961-98<br>SPECTRUM INVESTMENT PARTNERS LP<br>ATTN JEFFREY SCHAFFER<br>1250 BROADWAY SUITE 810<br>NEW YORK NY 10001 | CREDITOR ID: 262173-12<br>SUN HERALD NEWSPAPERS<br>ATTN: ROBERT R SIMPSON, FIN MGR<br>PO BOX 4567<br>BILOXI, MS 39535-4567 |
| CREDITOR ID: 262328-12<br>SWABPLUS INC<br>ATTN GARRY TSAUR, PRES<br>9669 HERMOSA AVENUE<br>RANCHO CUCAMONGA, CA 91730 | | |

      **Total:   10**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**

**MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION**

In re: WINN-DIXIE STORES, INC., ET AL.  Case No.: 05-03817-3F1

Docket No.: 12448

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| BILL DORAN COMPANY | FAIR HARBOR CAPITAL LLC |
| Name of Transferor | Name of Transferee |
| BILL DORAN COMPANY<br>C/O WHOLESALE FLOWERS<br>ATTN BILL DORAN / DONNA J RECCHIA<br>619 W JEFFERSON STREET<br>ROCKFORD IL 61103 | FAIR HARBOR CAPITAL LLC<br>ATTN FRED GLASS<br>875 AVENUE OF THE AMERICAS STE 2305<br>NEW YORK NY 10001 |
| Phone: 815 965 6042 | Phone: 212 967 4045 |
| Account No.: 243506 | Account No.: 408404 |

Claim No.: 4672                     Full Transfer: (X)      Partial Transfer:

Date Claim Filed: 06/27/2005        Transfer Amount: $1,813.99

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/10/2006                    /s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 10, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.  
Case No.: 05-03817-3F1  
Docket No.: 12449

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| BREAUD & LEMOINE, APLC | FAIR HARBOR CAPITAL LLC |
| Name of Transferor | Name of Transferee |
| BREAUD & LEMOINE, APLC<br>ATTN M LEMOINE/ALAN K BREAUD, PRES<br>PO BOX 3448<br>LAFAYETTE, LA 70502 | FAIR HARBOR CAPITAL LLC<br>ATTN FRED GLASS<br>875 AVENUE OF THE AMERICAS STE 2305<br>NEW YORK NY 10001 |
| Phone: 337 266 2200 | Phone: 212 967 4045 |
| Account No.: 394043 | Account No.: 408404 |

Claim No.: 8638  
Date Claim Filed: 07/27/2005  

Full Transfer: (X)     Partial Transfer:  
Transfer Amount: $33,274.14

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/10/2006  

/s/ Logan & Company, Inc.  
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 10, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.　　　　　　　　　Case No.: 05-03817-3F1

　　　　　　　　　　　　　　　　　　　　　　　　　　　Docket No.: 12450

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| CHAFFEE POINT HOSPITALITIES LLC DBA | FAIR HARBOR CAPITAL LLC |
|---|---|
| Name of Transferor | Name of Transferee |

CHAFFEE POINT HOSPITALITIES LLC DBA　　　　　FAIR HARBOR CAPITAL LLC
HAMPTON INN　　　　　　　　　　　　　　　　　ATTN FRED GLASS
ATTN JANE P MOTLEY, MANAGING MEMBER　　　875 AVENUE OF THE AMERICAS STE 2305
548 CHAFFEE POINT BLVD　　　　　　　　　　　NEW YORK NY 10001
JACKSONVILLE FL 32221

Phone: 229 247 7889 ext 222　　　　　　　　　　Phone: 212 967 4045
Account No.: 406164　　　　　　　　　　　　　　Account No.: 408404

Claim No.: 3488　　　　　　　　　　　　　　　　Full Transfer: (X)　　Partial Transfer:
Date Claim Filed: 06/03/2005　　　　　　　　　　Transfer Amount: $5,106.56

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/10/2006　　　　　　　　　　　　　　　/s/ Logan & Company, Inc.
　　　　　　　　　　　　　　　　　　　　　　　Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 10, 2006.

**UNITED STATES BANKRUPTCY COURT**

**MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION**

In re: WINN-DIXIE STORES, INC., ET AL.　　　　　　　　　　Case No.: 05-03817-3F1

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Docket No.: 12453

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

GOODING'S SUPERMARKETS, INC　　ID: 405927　　　　　SPECTRUM INVESTMENT PARTNERS LP　　ID: 534961
Name of Transferor　　　　　　　　　　　　　　　　　Current Transferee

GOODING'S SUPERMARKETS, INC　　　　　　　　　　　SPECTRUM INVESTMENT PARTNERS LP
C/O LOWNDES DROSDICK ET AL　　　　　　　　　　　ATTN JEFFREY SCHAFFER
ATTN MATT E BEAL, ESQ　　　　　　　　　　　　　　1250 BROADWAY SUITE 810
215 NORTH EOLA DRIVE　　　　　　　　　　　　　　　NEW YORK NY 10001
PO BOX 2809
ORLANDO FL 32802-2809

Phone: 407 843 4600　　　　　　　　　　　　　　　　Phone:

　　　　　　　　　　　　　　　　　　　　　　　　　APS CLEARING INC　　ID: 534960
　　　　　　　　　　　　　　　　　　　　　　　　　Prior Transferee

　　　　　　　　　　　　　　　　　　　　　　　　　APS CLEARING INC
　　　　　　　　　　　　　　　　　　　　　　　　　ATTN MATTHEW HAMILTON
　　　　　　　　　　　　　　　　　　　　　　　　　1301 CAPITAL OF TEXAS HWY
　　　　　　　　　　　　　　　　　　　　　　　　　SUITE B-220
　　　　　　　　　　　　　　　　　　　　　　　　　AUSTIN TX 78746

　　　　　　　　　　　　　　　　　　　　　　　　　Phone:

Claim No.: 13294　　　　　　　　　　　　　　　　　Full Transfer: (X)　　Partial Transfer:
Date Claim Filed: 06/15/2006　　　　　　　　　　　Amount: $1,349,157.25

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/10/2006　　　　　　　　　　　　　　　　　/s/ Logan & Company, Inc.
　　　　　　　　　　　　　　　　　　　　　　　　　Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 10, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                      Case No.: 05-03817-3F1

                                                            Docket No.: 12451

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| SCOTT BETTS & SON INC | FAIR HARBOR CAPITAL LLC |
| Name of Transferor | Name of Transferee |
| SCOTT BETTS & SON INC<br>ATTN: SCOTT BETTS, PRES<br>620 MCGEE ROAD<br>BENSON, NC 27504 | FAIR HARBOR CAPITAL LLC<br>ATTN FRED GLASS<br>875 AVENUE OF THE AMERICAS STE 2305<br>NEW YORK NY 10001 |
| Phone: | Phone: 212 967 4045 |
| Account No.: 260576 | Account No.: 408404 |

Claim No.: 36765                                          Full Transfer: (X)        Partial Transfer:

Date Claim Filed: 04/07/2005                              Transfer Amount: $2,180.72

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/10/2006                                          /s/ Logan & Company, Inc.

                                                          Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 10, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.     Case No.: 05-03817-3F1

Docket No.: 12441

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| SUN HERALD NEWSPAPERS | FAIR HARBOR CAPITAL LLC |
|---|---|
| Name of Transferor | Name of Transferee |
| SUN HERALD NEWSPAPERS<br>ATTN: ROBERT R SIMPSON, FIN MGR<br>PO BOX 4567<br>BILOXI, MS 39535-4567 | FAIR HARBOR CAPITAL LLC<br>ATTN FRED GLASS<br>875 AVENUE OF THE AMERICAS STE 2305<br>NEW YORK NY 10001 |
| Phone: | Phone: 212 967 4045 |
| Account No.: 262173 | Account No.: 408404 |

Claim No.: 34206                                    Full Transfer: (X)        Partial Transfer:

Date Claim Filed: 04/07/2005                        Transfer Amount: $1,508.73

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/10/2006                                    /s/ Logan & Company, Inc.

                                                    Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 10, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                              Case No.: 05-03817-3F1

                                                                     Docket No.: 12447

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| SWABPLUS INC | FAIR HARBOR CAPITAL LLC |
| Name of Transferor | Name of Transferee |
| SWABPLUS INC | FAIR HARBOR CAPITAL LLC |
| ATTN GARRY TSAUR, PRES | ATTN FRED GLASS |
| 9669 HERMOSA AVENUE | 875 AVENUE OF THE AMERICAS STE 2305 |
| RANCHO CUCAMONGA, CA 91730 | NEW YORK NY 10001 |
| Phone: 909 987 7898 | Phone: 212 967 4045 |
| Account No.: 262328 | Account No.: 408404 |

Claim No.: 3045                                                      Full Transfer: (X)        Partial Transfer:

Date Claim Filed: 05/27/2005                                         Transfer Amount: $2,665.59

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/10/2006                                                     /s/ Logan & Company, Inc.

                                                                     Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 10, 2006.