UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., et al.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about November 10, 2006 I caused copies of:

- the **Notice of Agreed Order Resolving Claims Filed by Beauty Enterprises, Bumble Bee Seafood LLC, Display Specialties, Inc., Healthcare Consultants of Central Florida, Inc., Jelly Belly Candy Company, Mattel Toys, RM Palmer Company and the Steak-Umm Company, as Set Forth in the Debtors' Seventh Omnibus Claims Objection**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: November 13, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: 7F

# EXHIBIT A
# SERVICE LIST

**Notice of Agreed Order Resolving Claims Filed by Beauty Enterprises, Bumble Bee Seafodd LLC, Display Specialties, Inc., Healthcare Consultants of Central Florida, Inc., Jelly Belly Candy Company, Mattel Todsy, RM Palmer Co and the Steak-Umm Co, as Set Forth in the Debtors' Seventh Objection**

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.  **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 399614-98<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ, SR VP<br>535 MADISON AVE 15TH FLR<br>NEW YORK NY 10022 | CREDITOR ID: 243210-12<br>BEAUTY ENTERPRISES<br>ATTN CAROL HARRISON, CR MGR<br>150 MEADOW ST<br>HARTFORD, CT 06114 | CREDITOR ID: 410542-15<br>BUMBLE BEE FOODS, LLC<br>ATTN DAVID HERBST, FIN DIR<br>PO BOX 85362<br>SAN DIEGO CA 92186-5362 |
| CREDITOR ID: 384021-47<br>BUMBLE BEE SEAFOOD LLC<br>PO BOX 90335<br>CHICAGO, IL 60696-0035 | CREDITOR ID: 399434-15<br>DISPLAY SPECIALTIES, INC<br>ATTN LAUREN HARVEY<br>9 BEACON DRIVE<br>WILDER KY 41076 | CREDITOR ID: 404558-95<br>DISPLAY SPECIALTIES, INC<br>PO BOX 115<br>FT THOMAS KY 41075 |
| CREDITOR ID: 407556-15<br>HEALTHCARE CONSULTANTS OF CTL FL<br>DBA HEALTHCARE CONSULTANTS PHARMACY<br>C/O MATEER & HARBERT<br>ATTN DAVID M LANDIS, ESQ<br>PO BOX 2854<br>ORLANDO FL 32802-2854 | CREDITOR ID: 252929-12<br>JELLY BELLY CANDY COMPANY<br>ATTN CYNTHIA KING, AR SUPERV<br>ONE JELLY BELLY LANE<br>FAIRFIELD CA 94533 | CREDITOR ID: 399350-98<br>JPMORGAN CHASE BANK NA<br>ATTN STANLEY LIM<br>CARRIE A PARKS<br>270 PARK AVE 17TH FLR<br>NEW YORK NY 10017 |
| CREDITOR ID: 452118-98<br>LCH OPPORTUNITIES LLC<br>ATTN JOSEPH M O'CONNOR<br>315 PARK AVE S 20TH FLR<br>NEW YORK NY 10010 | CREDITOR ID: 407645-15<br>MATTEL TOYS AKA<br>MATTEL SALES CORP<br>ATTN KATHLEEN SIMPSON-TAYLOR, VP FN<br>MAIL STOP M1-1201<br>333 CONTINENTAL BLVD<br>EL SEGUNDO CA 90245-5012 | CREDITOR ID: 259159-12<br>RM PALMER COMPANY<br>ATTN CHARLES W SHEARER JR<br>PO BOX 1723<br>READING PA 19603-1723 |
| CREDITOR ID: 406272-97<br>RM PALMER COMPANY<br>ATTN: CHARLES W SHEARER JR<br>77 SECOND AVENUE<br>WEST READING PA 19611 | CREDITOR ID: 261911-12<br>STEAK-UMM COMPANY INC, THE<br>ATTN WILLIAM C BALLOU, CFO<br>153 SEARLES RD<br>POMFRET CENTER CT 06259 | |

**Total:** 14

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF AGREED ORDER RESOLVING CLAIMS FILED BY BEAUTY ENTERPRISES, BUMBLE BEE SEAFOOD LLC, DISPLAY SPECIALTIES, INC., HEALTHCARE CONSULTANTS OF CENTRAL FLORIDA, INC., JELLY BELLY CANDY COMPANY, MATTEL TOYS, RM PALMER COMPANY AND THE STEAK-UMM COMPANY, AS SET FORTH IN THE DEBTORS' SEVENTH OMNIBUS CLAIMS OBJECTION**

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the court will consider this matter without further notice or hearing unless a party in interest files an objection within 20 days from the date of service of this paper. If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy on (i) James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com, and (ii) D.J. Baker, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, djbaker@skadden.com.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors"), pursuant to Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure and Local Rule 2002-4, give notice of the proposed entry of the attached Agreed Order Resolving Claims Filed by Beauty Enterprises, Bumble Bee Seafood LLC, Display Specialties, Inc., Healthcare Consultants Of Central Florida, Inc., Jelly Belly Candy Company, Mattel Toys, RM Palmer Company and The Steak-Umm Company, as set Forth in the Debtors' Seventh Omnibus Claims Objection. If no objection to the proposed Agreed Order is filed and served within the time as set

forth above, the Court will be requested to enter the Agreed Order without further notice or hearing.

Dated: November 10, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*  <br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray<br>    Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | By  *s/ James H. Post*  <br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson,<br>    Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

**AGREED ORDER RESOLVING CLAIMS FILED BY BEAUTY ENTERPRISES, BUMBLE BEE SEAFOOD LLC, DISPLAY SPECIALTIES, INC., HEALTHCARE CONSULTANTS OF CENTRAL FLORIDA, INC., JELLY BELLY CANDY COMPANY, MATTEL TOYS, RM PALMER COMPANY AND THE STEAK-UMM COMPANY, AS SET FORTH IN THE DEBTORS' SEVENTH OMNIBUS CLAIMS OBJECTION**

These cases originally came before the Court for hearing on April 20, 2006, upon the Seventh Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A to the Objection.[2] Formal and informal responses to the Objection were raised, as a result of which the Debtors agreed to continue the Objection with respect to (i) claim no. 6870 filed by Beauty Enterprises, (ii) claim no. 10917 filed by Bumble Bee Seafood LLC, (iii) claim no. 7454 filed by Display Specialties, Inc., (iv) claim no. 4242 filed by Healthcare Consultants of Central Florida, Inc., (v) claim no. 9835 filed by Jelly Belly Candy Company, (vi)

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

claim no. 4861 filed by Mattel Toys, (vii) claim no. 2055 filed by RM Palmer Company and (viii) claim no. 4197 filed by The Steak-Umm Company, Inc. (the "Overstated Claims"), among others.  On April 20, 2006, the Court entered an order (Docket No. 7355) sustaining the Objection as to the proofs of claim listed on the exhibits to the order and continuing the hearing on the Objection as to the Overstated Claims and other unresolved claims.  Based upon the representation by counsel to the Debtors that the proposed Agreed Order reflects a resolution of the Objection as to the Overstated Claims, it is

      ORDERED AND ADJUDGED:

      1.    The Overstated Claims listed on Exhibit A are reduced to the amounts set forth on Exhibit A under the heading Reduced Amount and the amounts exceeding the Reduced Amount are disallowed.

      2.    Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order is deemed a separate Order with respect to each claim.  Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

      3.    Neither the Objection nor any disposition of the Overstated Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

4. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this ____ day of _____, 2006 in Jacksonville, Florida.

                                                                     _____
Jerry A. Funk
United States Bankruptcy Judge

3

**WINN-DIXIE STORES, INC., ET AL.**
**SEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 243210<br>BEAUTY ENTERPRISES<br>ATTN CAROL HARRISON, CR MGR<br>150 MEADOW ST<br>HARTFORD, CT 06114 | 6870<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $92,471.40 | $78,940.30 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id:** 384021<br>BUMBLE BEE SEAFOOD LLC<br>PO BOX 90335<br>CHICAGO, IL 60696-0035 | 10917<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $221,507.55 | $189,965.71 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id:** 404558<br>DISPLAY SPECIALTIES, INC<br>PO BOX 115<br>FT THOMAS KY 41075 | 7454<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $11,218.76 | $8,771.38 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id:** 407556<br>HEALTHCARE CONSULTANTS OF CTL FL<br>DBA HEALTHCARE CONSULTANTS PHARMACY<br>C/O MATEER & HARBERT<br>ATTN DAVID M LANDIS, ESQ<br>PO BOX 2854<br>ORLANDO FL 32802-2854<br><br>Transferee: LCH OPPORTUNITIES LLC | 4242<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $440,986.25 | $439,236.25 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id:** 252929<br>JELLY BELLY CANDY COMPANY<br>ATTN CYNTHIA KING, AR SUPERV<br>ONE JELLY BELLY LANE<br>FAIRFIELD CA 94533 | 9835<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $26,835.44 | $1,168.79 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id:** 407645<br>MATTEL TOYS AKA<br>MATTEL SALES CORP<br>ATTN KATHLEEN SIMPSON-TAYLOR, VP FN<br>MAIL STOP M1-1201<br>333 CONTINENTAL BLVD<br>EL SEGUNDO CA 90245-5012<br><br>Transferee: JPMORGAN CHASE BANK NA | 4861<br>**Debtor:** **WINN-DIXIE PROCUREMENT, INC.** | $478,743.60 | $463,948.40 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |

**WINN-DIXIE STORES, INC., ET AL.**
**SEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 259159<br>RM PALMER COMPANY<br>ATTN CHARLES W SHEARER JR<br>PO BOX 1723<br>READING  PA  19603-1723<br><br>Transferee: AMROC INVESTMENTS LLC | 2055<br>**Debtor:** | $195,142.80<br>**WINN-DIXIE PROCUREMENT, INC.** | $151,119.26 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $17,657.06 AND $52,366.48, RESPECTIVELY. |
| **Creditor Id:** 261911<br>STEAK-UMM COMPANY INC, THE<br>ATTN WILLIAM C BALLOU, CFO<br>153 SEARLES RD<br>POMFRET CENTER  CT  06259 | 4197<br>**Debtor:** | $22,316.16<br>**WINN-DIXIE PROCUREMENT, INC.** | $8,522.64 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |

|  |  |
|---|---|
| **Total Claims to be Reduced:** | 8 |
| **Total Amount to be Reduced:** | **$1,489,221.96 Plus Unliquidated Amounts, If Any** |
| **Total Reduced Amount:** | **$1,341,672.73** |