## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., et al.,**

Debtors.[1]

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

### CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about November 10, 2006 I caused copies of:

- the **Notice of Agreed Order Resolving Claims Filed by ACH Food Companies, Inc., National Lift Truck Service, New England Coffee Co., New World Pasta Company, PC Woo DBA Megatoys Inc., Pescanova, Inc., Sioux Honey Association, Sweet Blessings, TW Garner Food Co. and Vicorp Restaurants, Inc., as Set Forth in the Debtors' Eighth Omnibus Claims Objection**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: November 13, 2006

Kathleen M. Logan

---

[1]       In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**

**Notice of Agreed Order Resolving Claims Filed by ACH Food
Companies Inc, National Lift Truck Service, New England
Coffee Co, New World Pasta Co, PC Woo DBA Megatoys Inc
Pescavana Inc, Sioux Honey Assoc, Sweet Blessings, TW
Garner Food Co and Vicorp Restaurants, as Set Forth...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 279202-35
ACH FOOD COMPANIES INC
ATTN MICHAEL HUGHES, CR MGR
7171 GOODLEFT FARMS PARKWAY
CORDOVA TN 38016

CREDITOR ID: 399614-98
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ, SR VP
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

CREDITOR ID: 399729-98
ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

CREDITOR ID: 376362-44
NATIONAL LIFT TRUCK SERVICE
ATTN DIANE HAUTEL, COO/GM
1901 NW 2ND STREET
FT LAUDERDALE, FL 33311

CREDITOR ID: 257129-12
NEW ENGLAND COFFEE CO
ATTN SCOTT A SIMPSON, CONTROLLER
100 CHARLES STREET
MALDEN, MA 02148

CREDITOR ID: 279252-35
NEW WORLD PASTA COMPANY
ATTN CARY METZ, SR VP & GEN MGR
DEBORAH A CALLAHAN, DIR
85 SHANNON ROAD
HARRISBURG PA 17112

CREDITOR ID: 407461-99
PC WOO DBA MEGATOYS INC
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 384288-47
PESCANOVA INC
ATTN: JOSE ABBAD, CEO
848 BRICKELL AVE, STE 210
MIAMI, FL 33131

CREDITOR ID: 381766-15
PESCANOVA, INC
C/O METROGROUP
ATTN MARCUS L ARKY, ESQ
61 BROADWAY, SUITE 1410
NEW YORK NY 10006

CREDITOR ID: 411408-15
SIOUX HONEY ASSOCIATION
C/O CRARY HUFF INSKER ET AL
ATTN MARCI ISEMINGER, ESQ
614 PIERCE STREET
PO BOX 27
SIOUX CITY IA 51102

CREDITOR ID: 262339-12
SWEET BLESSINGS
ATTN BUD MURDOCK, VP
23805 STUART RANCH ROAD, STE 220
MALIBU, CA 90265

CREDITOR ID: 279396-36
TW GARNER FOOD CO
ATTN HAROLD GARNER JR, SEC/TREAS
PO BOX 4329
WINSTON-SALEM  NC 27115

CREDITOR ID: 262406-12
TW GARNER FOOD CO
ATTN: HAROLD GARNER, SEC/TREAS
PO BOX 75748
CHARLOTTE, NC 28275-0748

CREDITOR ID: 264116-12
VICORP RESTAURANTS, INC
ATTN GARY F BURKE, ESQ
KENT COLLARD, DIR FIN OPS
DEPT 337
DENVER, CO 80291

**Total:   14**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | *Chapter 11* |
| Debtors. | Jointly Administered |

**NOTICE OF AGREED ORDER RESOLVING CLAIMS FILED BY**
**ACH FOOD COMPANIES, INC., NATIONAL LIFT TRUCK SERVICE,**
**NEW ENGLAND COFFEE CO., NEW WORLD PASTA COMPANY, PC**
**WOO DBA MEGATOYS INC., PESCANOVA, INC., SIOUX HONEY**
**ASSOCIATION, SWEET BLESSINGS, TW GARNER FOOD CO. AND**
**VICORP RESTAURANTS, INC., AS SET FORTH IN THE**
**DEBTORS' EIGHTH OMNIBUS CLAIMS OBJECTION**

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the court will consider this matter without further notice or hearing unless a party in interest files an objection within 20 days from the date of service of this paper.  If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy on (i) James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com, and (ii) D.J. Baker, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, djbaker@skadden.com.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified.  If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the

"Debtors"), pursuant to Rules 2002 and 9019 of the Federal Rules of Bankruptcy

Procedure and Local Rule 2002-4, give notice of the proposed entry of the attached

Agreed Order Resolving Claims Filed by ACH Food Companies, Inc., National Lift

Truck Service, New England Coffee Co., New World Pasta Company, PC Woo dba

Megatoys Inc., Pescanova, Inc., Sioux Honey Association, Sweet Blessings, TW

Garner Food Co. and Vicorp Restaurants, Inc., as set Forth in the  Debtors' Eighth

Omnibus Claims Objection.  If no objection to the proposed Agreed Order is filed

and served within the time as set forth  above, the Court will be requested to enter

the Agreed Order without further notice or hearing.

Dated: November 10, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP

By    *s/ D. J. Baker*                                By    *s/ James H. Post*
      D. J. Baker                                      Stephen D. Busey
      Sally McDonald Henry                    James H. Post
      Rosalie Walker Gray                        Cynthia C. Jackson,
      Jane M. Leamy                                Florida Bar Number 175460
Four Times Square                                225 Water Street, Suite 1800
New York, New York 10036                    Jacksonville, Florida  32202
(212) 735-3000                                    (904) 359-7700
(212) 735-2000 (facsimile)                    (904) 359-7708 (facsimile)
djbaker@skadden.com                          jpost@smithhulsey.com

Co-Counsel for Debtors                        Co-Counsel for Debtors

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

AGREED ORDER RESOLVING CLAIMS FILED BY ACH FOOD
COMPANIES, INC., NATIONAL LIFT TRUCK SERVICE, NEW
ENGLAND COFFEE CO., NEW WORLD PASTA COMPANY, PC WOO
DBA MEGATOYS INC., PESCANOVA, INC., SIOUX HONEY
ASSOCIATION, SWEET BLESSINGS, TW GARNER FOOD CO.
AND VICORP RESTAURANTS, INC., AS SET FORTH IN THE
DEBTORS' EIGHTH OMNIBUS CLAIMS OBJECTION

These cases originally came before the Court for hearing on May 4,

2006, upon the Eighth Omnibus Objection (the "Objection") of Winn-Dixie Stores,

Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to

the proofs of claim listed on Exhibit A to the Objection.[2]  Formal and informal

responses to the Objection were raised, as a result of which the Debtors agreed to

continue the Objection with respect to (i) claim no. 1096 filed by ACH Food

Companies Inc., (ii) claim no. 3503 filed by New England Coffee Co., (iii) claim no.

filed by National Lift Truck Service, (iv) claim no. 4463 filed by New World Pasta

Company, (v) claim no. 4938 filed by PC Woo dba Megatoys Inc., (vi) claim no.

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related
cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South
Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc.,
Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway
Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc.,
Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks,
Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery,
Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie
Supermarkets, Inc.

[2]     All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to
them in the Objection.

11818 filed by Sioux Honey Association, (vii) claim no. 11116 filed by Sweet

Blessings, (viii) claim no. 1064 filed by TW Garner Food Co. and (ix) claim no.

7274 filed by Vicorp Restaurants, Inc. (the "Overstated Claims"), among others.  On

May 4, 2006, the Court entered an order (Docket No. 7594) sustaining the Objection

as to the proofs of claim listed on the exhibits to the order and continuing the hearing

on the Objection as to the Overstated Claims and other unresolved claims.  Based

upon the representation by counsel to the Debtors that the proposed Agreed Order

reflects a resolution of the Objection as to the Overstated Claims and an agreement

to increase the reduced claim amount for claim no. 9380 filed by Pescanova, Inc., it

is

ORDERED AND ADJUDGED:

1.      The Overstated Claims listed on Exhibit A are reduced to the

amounts set forth on Exhibit A under the heading Reduced Amount and the amounts

exceeding the Reduced Amount are disallowed.

2.      Claim no. 9380 filed by Pescanova, Inc. is allowed as an

unsecured non-priority claim in the amount of $78,694.65.

3.      Each claim and the objections by the Debtors to such claim as

addressed in the Objection constitute a separate contested matter as contemplated by

Bankruptcy Rule 9014.  This Order is deemed a separate Order with respect to each

claim.  Any stay of this Order pending appeal by any of the claimants whose claims

are subject to this Order shall only apply to the contested matter which involves such

claimant and shall not act to stay the applicability or finality of this Order with

respect to the other contested matters covered by this Order.

4.      Neither the Objection nor any disposition of the Overstated Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

5.      The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this ____ day of _____, 2006 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

3

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 279202<br>ACH FOOD COMPANIES INC<br>ATTN MICHAEL HUGHES, CR MGR<br>7171 GOODLEFT FARMS PARKWAY<br>CORDOVA TN 38016 | 1096<br>**Debtor:** | $160,247.89<br>**WINN-DIXIE STORES, INC.** | $108,674.96 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id:** 376362<br>NATIONAL LIFT TRUCK SERVICE<br>ATTN DIANE HAUTEL, COO/GM<br>1901 NW 2ND STREET<br>FT LAUDERDALE, FL 33311 | 8858<br>**Debtor:** | $94,910.27<br>**WINN-DIXIE STORES, INC.** | $86,026.66 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id:** 257129<br>NEW ENGLAND COFFEE CO<br>ATTN SCOTT A SIMPSON, CONTROLLER<br>100 CHARLES STREET<br>MALDEN, MA 02148 | 3503<br>**Debtor:** | $73,626.98<br>**WINN-DIXIE STORES, INC.** | $66,535.06 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id:** 279252<br>NEW WORLD PASTA COMPANY<br>ATTN CARY METZ, SR VP & GEN MGR<br>DEBORAH A CALLAHAN, DIR<br>85 SHANNON ROAD<br>HARRISBURG PA 17112 | 4463<br>**Debtor:** | $53,601.43<br>**WINN-DIXIE STORES, INC.** | $14,524.36 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id:** 407461<br>PC WOO DBA MEGATOYS INC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | 4938<br>**Debtor:** | $150,917.12<br>**WINN-DIXIE STORES, INC.** | $115,664.96 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id:** 411408<br>SIOUX HONEY ASSOCIATION<br>C/O CRARY HUFF INSKER ET AL<br>ATTN MARCI ISEMINGER, ESQ<br>614 PIERCE STREET<br>PO BOX 27<br>SIOUX CITY IA 51102 | 11818<br>**Debtor:** | $152,216.16<br>**WINN-DIXIE STORES, INC.** | $128,287.60 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |

**WINN-DIXIE STORES, INC., ET AL.**

**EIGHTH OMNIBUS CLAIMS OBJECTION**

**EXHIBIT A - OVERSTATED CLAIMS TO BE REDUCED**

Page: 2 of 2

Date: 11/10/2006

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 262339<br>SWEET BLESSINGS<br>ATTN BUD MURDOCK, VP<br>23805 STUART RANCH ROAD, STE 220<br>MALIBU, CA 90265<br><br>Transferee: ASM CAPITAL LP | 11116<br>**Debtor:** | $48,762.21<br>**WINN-DIXIE STORES, INC.** | $44,794.02 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id:** 279396<br>TW GARNER FOOD CO<br>ATTN HAROLD GARNER JR, SEC/TREAS<br>PO BOX 4329<br>WINSTON-SALEM NC 27115<br><br>Transferee: ASM CAPITAL LP | 1064<br>**Debtor:** | $41,592.69<br>**WINN-DIXIE STORES, INC.** | $38,419.41 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id:** 264116<br>VICORP RESTAURANTS, INC<br>ATTN GARY F BURKE, ESQ<br>KENT COLLARD, DIR FIN OPS<br>DEPT 337<br>DENVER, CO 80291 | 7274<br>**Debtor:** | $30,491.30<br>**WINN-DIXIE STORES, INC.** | $23,089.76 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |

| | |
|---|---|
| **Total Claims to be Reduced:** | **9** |
| **Total Amount to be Reduced:** | **$806,366.05 Plus Unliquidated Amounts, If Any** |
| **Total Reduced Amount:** | **$626,016.79** |