# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., *et al*., | Case No. 05-03817-3Fl Jointly Administered |
| WINN-DXIE RALEIGH INC. | Case No. 05-03839-JAF |
| ("the Debtors") | Scheduled Claim No.: <u>Sched F</u> |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(1) FOR SCHEDULED CREDITOR, KASCO CORPORATION, IN THE AMOUNT OF $12,564.42, TO STARK SPECIAL EVENT LTD.

**To Transferor:**  Kasco Corporation
Attn: Kenneth L. Bayne, Treasurer
PO Box 96268
Chicago, IL 60693-6268

PLEASE TAKE NOTICE that the transfer of $12,564.42 the above-captioned general unsecured claim has been transferred to:

**Transferee:**  Stark Special Event Ltd.
Attn: Amar Ehsan
3600 South Lake Drive
St. Francis, WI 53235
Facsimile: (414) 294-7700

The evidence of transfer of claim is attached hereto. A excerpt of the Debtor's Schedules of Liabilities is attached hereto as Exhibit A.

No action is required <u>if you do not object</u> to the transfer of your claim. However, if you do object to the transfer of your claim, within <u>20 days</u> of the date of this notice, you must file a written objection with the Office of the Clerk, United States Bankruptcy Court, Middle District of Florida, 300 North Hogan Street, Jacksonville, FL 32202. If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

UNITED STATED BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:

Winn-Dixie Raleigh, Inc.

Debtor

Case No. 05-03839

Chapter 11

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that the claim of Kasco Corporation ("Assignor") against the Debtor in the amount of $12,564.42 and all claims of Assignor against Debtor have been transferred and assigned to Stark Special Event Ltd. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

I, the undersigned Assignor of the claims described above, hereby assign and transfer my claims and all rights thereto to Stark Special Event Ltd. according to the terms of the Assignment of Claim duly executed by me on the date hereof. I have a claim against the Debtor that has not been previously transferred, and the Debtor has neither objected to nor satisfied this claim. The clerk of this Court is authorized to change the address of record regarding the claim to that of Assignee listed below.

ASSIGNEE: Stark Special Event Ltd.
Re: Winn-Dixie claim
Address: 3600 South Lake Drive
St. Francis, WI 53235
Facsimile: (414) 294-7700

By: Stark Offshore Management, LLC
Its: Investment Manager

By: _____
Daniel J. McNally, General Counsel
Authorized Signatory

ASSIGNOR: Kasco Corporation
Address: PO Box 96268
Chicago, IL 60693-6368
Signature: _____
Name: Kenneth L. Bayne
Title: Treasurer
Date: 10/25/06

- 14 -

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:  WINN-DIXIE RALEIGH, INC.                                         Case No.:   05-11083 (RDD)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim.  If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule:   ACCOUNTS PAYABLE** | | | | | | |
| K B PROPERTIES INC<br>P O POB 4899<br>PINEHURST, NC 28374<br>Creditor: 253553 - 12<br>Vendor: 0000013717 | 02/21/2005 | | | | | $17,585.40 |
| KAMIN, DANIEL G<br>PO BOX 10234<br>PITTSBURG, PA 15232-0234<br>Creditor: 247558 - 12<br>Vendor: 0000110814 | 02/21/2005 | | | | | $276.60 |
| KAMIN, DANIEL G<br>PO BOX 10234<br>SHADYSIDE STATION<br>PITTSBURGH, PA 15232-0234<br>Creditor: 247557 - 12<br>Vendor: 0000040218 | 02/21/2005 | | | | | $39,996.98 |
| KANNAPOLIS WATER & SEWER<br>PO BOX 1190<br>KANNAPOLIS, NC 28082-1190<br>Creditor: 253580 - 12<br>Vendor: 0000110066 | 02/21/2005 | | | | | $381.83 |
| KARAVAN DOORS, INC.<br>PO BOX 569<br>FAYETTEVILLE, GA 30214-0569<br>Creditor: 253587 - 12<br>Vendor: 0000110514 | 02/21/2005 | | | | | $897.00 |
| ==KASCO CORPORATION==<br>==PO BOX 96268==<br>==CHICAGO, IL 60693-6268==<br>==Creditor: 253618 - 12==<br>==Vendor: 0000110082== | ==02/21/2005== | | | | | ==$12,564.42== |
| KASCO MEAT<br>CHARLES ARTHRELL<br>1569 TOWER GROVE AVE<br>ST LOUIS, MO 63110<br>Creditor: 253619 - 12<br>Vendor: 0000776829 | 02/21/2005 | | | | | $841.21 |
| KELLEY & ABIDE COMPANY INC<br>PO BOX 13516<br>NEW ORLEANS, LA 70185-3516<br>Creditor: 253724 - 12<br>Vendor: 0000110832 | 02/21/2005 | | | | | $3,692.85 |

**PAGE TOTAL:** **$76,236.29**