

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

# PRO MEMO

Monday
November 13, 2006

**HONORABLE JERRY A. FUNK**     JACKSONVILLE

CASE NUMBER: 05-03817-3F1     FILING DATE: 02/21/2005     HEARING TIME: 01:30 P.M.

DEBTOR: WINN-DIXIE STORES, INC

Debtor atty: STEPHEN D. BUSEY /C. Jackson / J. Post / L. Prendergast
Trustee:

HEARING:

1. CONTINUED FINAL HEARING: MOTION FOR RELIEF FROM STAY FILED BY THRIVENT FINANCIAL FOR LUTHERANS F/K/A LUTHERAN BROTHERHOOD, AS ASSIGNEE OF SUN BANK, N.A. (1293)

*OFF, Rescheduled*

R/S     A/P     F/HRG

ORDER:

2. CONTINUED FINAL HEARING: MOTION FOR RELIEF FROM STAY FILED BY LARRY GREEN (5742) ✓

*Denied (FOF/COL) Ord/Post*

R/S     A/P     F/HRG

ORDER:

3. MOTION FOR RELIEF FROM STAY FILED BY CAPX REALTY, LLC (12050)

*R/S ord/signed*

R/S     A/P     F/HRG

ORDER:

APPEARANCES:

MOVANT # 2: EDWARD P. JACKSON
MOVANT # 3: ZACHARY J. BANCROFT