UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| In re: | Chapter 11 |
|---|---|
| WINN-DIXIE STORES, INC. et.al., | Case No. 05-03817-3F1 |
| Debtors | (Jointly Administered) |

## ORDER GRANTING MOTION OF CAPX REALTY, LLC FOR RELIEF FROM THE AUTOMATIC STAY

THIS MATTER came before the Court for hearing on November 13, 2006, on the Motion of CAPX Realty, LLC For Entry of an Order Granting Relief From the Automatic Stay (the "Motion for Relief") (Doc. #12050) filed by CAPX Realty, LLC ("CAPX"). The Court, has reviewed the Motion for Relief, heard the arguments of the parties, and has been otherwise fully advised in the premises. Whereupon it is

ORDERED:

1. The Motion is GRANTED to the extent provided herein.

2. CAPX or any assignee of the promissory notes(s) secured by that certain Open-End Mortgage, Security Agreement and Fixture Filing from Tallahassee 99 dated August 26, 1999 and recorded on September 13, 1999 in Official Records Book 2295, Page 1800, Public Records of Leon County, Florida, and re-recorded in Official Records Book 2314, Page 1181, Public Records of Leon County, Florida (the "Mortgage"), and all related loan documents, may name Winn-Dixie Stores, Inc. as a defendant in a mortgage foreclosure action with respect to the property that is encumbered by the Mortgage, for the purpose of seeking *in rem* relief only. No *in personam* relief shall be sought against the Debtors.

0095052\124557\1002593\1

3. Except as modified in this Order, the automatic stay imposed by 11 U.S.C. § 362 shall remain in full force and effect.

Dated this __13__ of November, 2006, in Jacksonville, Florida.

_____
JERRY A. FUNK
United States Bankruptcy Judge

Copies Furnished to:

James H. Post
[James H. Post is directed to serve a copy of this Order on all parties that were served with the Motion for Relief.]