F I L E D
JACKSONVILLE, FLORIDA

NOV 1 3 2006

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA
### (Jacksonville Division)

| | | |
|---|---|---|
| IN RE: WINN-DIXIE STORES, INC., ET AL, DEBTORS | * * * * * * * | CASE NO. 05-03817-3F1<br><br>CHAPTER 11<br><br>JOINTLY ADMINISTERED |

*************************************************************************

### SUPPLEMENTAL MEMORANDUM OF FRANK A. ARNONE IN OPPOSITION TO THE DEBTORS' 23RD OMNIBUS OBJECTION TO (A) INDEMNIFICATION CLAIMS, (B) NO LIABILITY CLAIMS, (C) NO LIABILITY MISCLASSIFIED CLAIMS, (D) OVERSTATED CLAIMS, (E) OVERSTATED MISCLASSIFIED CLAIMS, (F) UN-LIQUIDATED CLAIMS, (G) MISCLASSIFIED CLAIMS, and (H) AMENDED AND SUPERSEDED CLAIMS

On or about October 13, 2006, Respondent, Frank Arnone, filed a Memorandum in response to the Debtors' 23rd Omnibus Objection to certain claims. Essentially, Mr. Arnone objected to the discharge of his claim insofar as same sought to discharge Mr. Arnone's claim for benefits pursuant to the Employee's Retirement Income Security Act, as Mr. Arnone has pending a claim for long term disability benefits, pursuant to a policy provided by his employer.

As noted by way of the Memorandum filed on or about October 13, 2006, Mr. Arnone had yet to be fully advised as to whether the long term disability benefits were fully insured with Unum Provident or only partially insured, with the debtor remaining responsible for the balance.

On or about October 24, 2006, undersigned counsel received the attached correspondence from counsel for the debtor. As noted by the attached

correspondence, the long term disability plan sponsored by the employer is fully insured through Unum Provident Insurance Company.

In light of the receipt of this correspondence from the debtor, Frank A. Arnone maintains his opposition to the debtors' objection to certain claims, only insofar as further proceedings may reveal that the long term disability benefits are in fact not fully insured.

Respectfully Submitted,
ROME, ARATA & BAXLEY, L.L.C.

BY: _____
W. CHAD STELLY, LA. #21140
BLAKE G. ARATA, JR. #1697
C. PERRIN ROME, III #17774
650 Poydras Street, Suite 2017
New Orleans, Louisiana 70130
Telephone: (504) 522-9980
Facsimile: (504) 522-9971
Counsel for Frank A. Arnone

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by placing same in the United States mail, postage pre-paid and properly addressed on this ___7___ day of ___November___, 2006.

_____
W. CHAD STELLY, ESQ.