UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Faustina Billhimer (Claim No. 11593) [Docket No. 12336] was furnished by mail on November 14, 2006 to Faustina Billhimer, c/o Bryan M. Pritchett, Esq., Cruz & Associates, P.C., 3025 Piedmont Road, Suite 200, Atlanta, Georgia 30305.

Dated: November 14, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*         D. J. Baker         Sally McDonald Henry         Rosalie Gray | By   *s/ James H. Post*         Stephen D. Busey         James H. Post (FBN 175460)         Cynthia C. Jackson |
| Four Times Square   New York, New York 10036   (212) 735-3000   (917) 777-2150 (facsimile)   djbaker@skadden.com | 225 Water Street, Suite 1800   Jacksonville, Florida 32202   (904) 359-7700   (904) 359-7708 (facsimile)   jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC