Hearing Date:   December 14, 2006 at 1:00 p.m.
Obj. Deadline:  December 04, 2006 at 4:00 p.m.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

### DEBTORS' TWENTY-SEVENTH OMNIBUS OBJECTION TO (A) EQUITY CLAIMS, (B) EQUITY DAMAGE CLAIMS, (C) NO LIABILITY CLAIMS, (D) AMENDED AND SUPERSEDED CLAIM, (E) UNLIQUIDATED CLAIMS, (F) OVERSTATED CLAIMS, (G) NO LIABILITY MISCLASSIFIED CLAIM AND (H) MISCLASSIFIED CLAIMS

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), object under 11 U.S.C. §§ 502 and 507 and Fed. R. Bankr. P. 3007 and 9014 (the "Objection") to the claims listed on the attached Exhibits A through H (the "Disputed Claims") and, for the reasons set forth below, seek entry of an order (the "Proposed Order") disallowing, reducing, fixing or reclassifying the Disputed Claims.[2] In support of this Objection, the Debtors respectfully represent as follows:

---

[1]   In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]   By order dated September 1, 2005, this Court approved notice and service procedures regarding omnibus claim objections (the "Claim Objection Procedures Order"). This Objection is filed pursuant to the Claim Objection Procedures Order.

# BACKGROUND

A.    The Chapter 11 Filings

1.    On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code"). The Debtors' cases are being jointly administered for procedural purposes only.

2.    The Debtors are grocery and pharmaceutical retailers operating in the southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.    On March 1, 2005, pursuant to section 1102 of the Bankruptcy Code, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors Committee") to serve in these cases. An official committee of equity security holders appointed by the U.S. Trustee on August 17, 2005 was subsequently disbanded by the U.S. Trustee by notice dated January 11, 2006.

4.    The Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (as modified, the "Chapter 11 Plan") was confirmed by order entered on November 9, 2006. The Chapter 11 Plan will become effective on the date on which the conditions precedent to its effectiveness are satisfied or waived.

5.    The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b)(2).

6.    The statutory predicates for the relief requested are sections 502 and 507 of the Bankruptcy Code and Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

B.    Proofs of Claim

7.    By Order dated April 28, 2005 (the "Claims Bar Date Order"), this Court set August 1, 2005 as the last date for all parties who have or assert (or believe they may have or assert) prepetition claims against one or more of the Debtors to file and serve a written proof of claim with respect to any such claim. The bar date applicable to governmental units was August 22, 2005. To date, over 13,600 proofs of claim (the "Proofs of Claim") have been filed against the Debtors in these cases. Notice of the Claims Bar Date Order and the applicable bar date was provided by mail and publication in accordance with the procedures outlined in the Claims Bar Date Order.

8.    In the ordinary course of business, the Debtors maintain books and records (the "Books and Records") that reflect, among other things, the Debtors' liabilities and the amounts owed to their creditors. The Debtors and their advisors are conducting a review of the Proofs of Claim filed in these cases (including supporting documentation) and a comparison of the claims asserted in the Proofs of Claim with the Books and Records to determine the validity of the asserted claims. In the process, the Debtors have identified a number of Proofs of Claim that are objectionable, as more particularly described below.

**RELIEF REQUESTED**

9.    By this Objection, the Debtors object to the Disputed Claims and, for the reasons described below, seek entry of the Proposed Order, pursuant to sections 502 and 507 of the Bankruptcy Code and Bankruptcy Rules 3007 and 9014, disallowing, fixing, reducing or reclassifying the Disputed Claims.

## BASIS FOR RELIEF

A.    Equity Claims

10.    As a result of their review, the Debtors have identified 101 proofs of claim that are based solely on a claimant's ownership interest in or possession of shares of the Debtors' common stock (the "Equity Claims"). A list of the Equity Claims is attached as Exhibit A.

11.    The Equity Claims do not allege liability on the part of the Debtors and thus do not constitute "claims" within the meaning of section 101(5) of the Bankruptcy Code. As provided by the Claims Bar Date Order, it was unnecessary for stockholders to file proofs of claim or proofs of interest to evidence their stock ownership. Paragraph 10 of the Claims Bar Date Order states that, "the records of the Debtors' stock transfer agent shall provide prima facie evidence of the amount and validity of stock ownership interests in the Debtors; provided, however that stockholders who have any type of claim against the Debtors, or who are claiming damages or asserting causes of action based upon or arising from such stock ownership, must file a proof of claim by the General Bar Date."

12.    In addition, the Chapter 11 Plan provides for the cancellation of all stock ownership interests in the Debtors. Pursuant to the Chapter 11 Plan, "[a]ll Winn-Dixie Interests of any kind, including, without limitation, the old Winn-Dixie Common Stock Interests and the Old Winn-Dixie Stock Rights, shall be cancelled as of the Effective Date and the holders thereof shall not receive or retain any property under the Plan on account of such Interests." Chapter 11 Plan, section 4.4 (d).

13.    The Debtors object to the Equity Claims listed on Exhibit A on the basis that they are unnecessary claims for stock ownership interests that are cancelled by operation of the Chapter 11 Plan, and seek entry of the Proposed Order disallowing the Equity Claims. Claimants may elect, by not timely responding to this Objection, to permit their Equity Claims

4

listed on Exhibit A to be disallowed.  In the absence of a Response (as defined in paragraph 35

below), the Debtors will present to the Court the Proposed Order disallowing the Equity Claims.

B.    Equity Damage Claims

14.    As a result of their review, the Debtors have identified 10 proofs of claim

that assert damages or causes of action based upon or arising from stock ownership interests in

the Debtors (the "Equity Damage Claims").  A list of the Equity Damage Claims is attached as

Exhibit B.

15.    Pursuant to section 4.4 (b) of the Chapter 11 Plan, the Equity Damage

Claims constitute subordinated claims that are discharged as of the effective date of the Chapter

11 Plan and the holders of such claims shall not retain or receive any property under the Chapter

11 Plan on account of such claims.  Section 1.88 of the Chapter 11 Plan defines "Subordinated

Claims" as

> (a) any Claim arising from the rescission of a purchase or sale of any Old
> Security, (b) any Claim for damages arising from the purchase or sale of an Old
> Security, (c) any Claim for reimbursement, contribution, or indemnification on
> account of any such Claim, (d) any Claim for similar violations of the securities
> laws, misrepresentations, breaches of fiduciary duties, or any similar claim related
> to the foregoing, or (e) any Claim for attorneys fees related to any of the
> foregoing.

16.    The Debtors object to the Equity Damage Claims listed on Exhibit B and

seek entry of the Proposed Order disallowing the Equity Damage Claims.[3]  Claimants may elect,

by not timely responding to this Objection, to permit their Equity Damage Claims listed on

Exhibit B to be disallowed.  In the absence of a Response (as defined in paragraph 35 below), the

Debtors will present to the Court the Proposed Order disallowing the Equity Damage Claims.

---

[3]    In addition to seeking disallowance of the Equity Damage Claims on the basis set forth in this Objection,
the Debtors also dispute the merits of the Equity Damage Claims.  However, for purposes of disallowance
of the Equity Damage Claims, the Court does not need to consider the merits of the Equity Damage Claims.

C.    No Liability Claims

17.    As a result of their review, the Debtors have identified 10 Disputed Claims with respect to which the Books and Records reflect no amount due (the "No Liability Claims"). The No Liability Claims, with reasons for disallowance, are listed on Exhibit C.  The No Liability Claims consist of: (a) Proofs of Claim for amounts that are not reflected as liabilities on the Books and Records and (b) Proofs of Claim for which the legal bases are contested by the Debtors.

18.    The Debtors (a) object to the No Liability Claims listed on Exhibit C and (b) seek entry of the Proposed Order disallowing the No Liability Claims.  Claimants may elect, by not timely responding to this Objection, to permit the No Liability Claims listed on Exhibit C to be disallowed.  In the absence of a Response (as defined in paragraph 35 below), the Debtors will present to the Court the Proposed Order disallowing the No Liability Claims.

D.    Amended and Superseded Claim

19.    As a result of their review, the Debtors have identified one proof of claim (the "Amended Claim") that appears to have been amended and superseded by a later filed claim. The Amended Claim is listed on Exhibit D.  Adjacent to the identified Amended Claim on Exhibit D, the Debtors have identified the related later filed claim that will remain if the Court grants this Objection (the "Remaining Claim").

20.    The Remaining Claim asserts liability in a different amount against the same Debtor.  The Debtors believe that the claimant holding the Amended Claim will not be prejudiced by having its Amended Claim disallowed because its Remaining Claim will remain on the claims registry after the Amended Claim is disallowed.[4]

---

[4]    The Remaining Claim may be subject to further objections.  The Debtors reserve their rights to object to the Remaining Claim upon notice to the claimant.

21.    Accordingly, the Debtors (a) object to the Amended Claim listed on Exhibit D and (b) seek entry of the Proposed Order disallowing the Amended Claim. The claimant may elect, by not timely responding to this Objection, to permit its Amended Claim listed on Exhibit D to be disallowed. In the absence of a Response (as defined in paragraph 35 below), the Debtors will present to the Court the Proposed Order disallowing the Amended Claim.

E.    Unliquidated Claims

22.    As a result of their review, the Debtors have identified 3 Disputed Claims that were filed with estimated or unliquidated amounts (the "Unliquidated Claims"). The Unliquidated Claims are listed on Exhibit E.

23.    The Debtors seek to fix the Unliquidated Claims in the amount owed per their Books and Records. Therefore, the Debtors object to the Unliquidated Claims listed on Exhibit E and seek entry of the Proposed Order fixing such Unliquidated Claims in the amounts set forth on Exhibit E under the heading Fixed Claim Amount. Claimants may elect, by not timely responding to this Objection, to permit their Unliquidated Claims listed on Exhibit E to be fixed in the amounts listed on Exhibit E. In the absence of a Response (as defined in paragraph 35 below), the Debtors will present to the Court the Proposed Order fixing the Unliquidated Claims in the amounts listed on Exhibit E.

F.    Overstated Claims

24.    As a result of their review, the Debtors have identified 9 Disputed Claims that were filed in amounts that are greater than the liabilities owed to such claimants as reflected in the Books and Records (the "Overstated Claims"). The Overstated Claims, with the specific reasons for reduction, are listed on Exhibit F.

25.    These claims fall into several categories: (a) Proofs of Claim that do not reflect accounts receivable balances due to the Debtors; (b) Proofs of Claim that include amounts

that are not reflected as liabilities on the Books and Records; (c) Proofs of Claim that include amounts for which the legal bases are contested by the Debtors; (d) Proofs of Claim that do not include sufficient documentation to reconcile the amounts sought and/or (e) Proofs of Claim that have been reduced by agreement of the claimant.

26.    The Debtors (a) object to the Overstated Claims listed on Exhibit F and (b) seek entry of the Proposed Order reducing the Overstated Claims.  Claimants may elect, by not timely responding to this Objection, to permit the Overstated Claims listed on Exhibit F to be reduced.  In the absence of a Response (as defined in paragraph 35 below), the Debtors will present to the Court the Proposed Order reducing the Overstated Claims.

G.    No Liability Misclassified Claim

27.    As a result of their review, the Debtors have identified one Disputed Claim with respect to which the Books and Records reflect no amount due and that also appears to incorrectly assert priority status, in whole or part (the "No Liability Misclassified Claim").  The No Liability Misclassified Claim, with reasons for disallowance and reclassification, is listed on Exhibit G.

28.    To the extent that the No Liability Misclassified Claim is not disallowed in its entirety, the Debtors also object to the No Liability Misclassified Claim on the basis of its assertion of administrative priority status, as set forth on Exhibit G.

29.    The Debtors (a) object to the No Liability Misclassified Claim listed on Exhibit G and (b) seek entry of the Proposed Order disallowing the No Liability Misclassified Claim.  To the extent the No Liability Misclassified Claim is not disallowed in its entirety, the Debtors will seek entry of an order reclassifying the No Liability Misclassified Claim as an unsecured non-priority claim.  Claimant may elect, by not timely responding to this Objection, to permit the No Liability Misclassified Claim listed on Exhibit G to be disallowed.  In the absence

8

of a Response (as defined in paragraph 35 below), the Debtors will present to the Court the Proposed Order disallowing the No Liability Misclassified Claim.

H.    Misclassified Claims

30.    As a result of their review, the Debtors have identified two Disputed Claims, including one scheduled claim, that are misclassified (the "Misclassified Claims"). The Misclassified Claims are listed on Exhibit H.

31.    The Debtors (a) object to the Misclassified Claims listed on Exhibit H and (b) seek entry of the Proposed Order modifying such Misclassified Claims to reclassify such claims as specified on Exhibit H. Claimants may elect, by not timely responding to this Objection, to permit their Misclassified Claims listed on Exhibit H to be reclassified as specified on Exhibit H. In the absence of a Response (as defined in paragraph 35 below), the Debtors will present to the Court the Proposed Order reclassifying the Misclassified Claims.

## SEPARATE CONTESTED MATTERS

32.    Each of the Disputed Claims and the Debtors' objections asserted above constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. The Debtors request that any order entered by the Court with respect to an objection asserted in this Objection shall be deemed a separate order with respect to each Disputed Claim.

## RESERVATION OF RIGHTS

33.    The Debtors expressly reserve the right to amend, modify, or supplement these objections and to file additional objections to the Disputed Claims or any other claims (filed or not) which may be asserted against the Debtors.

34.    The Debtors reserve their rights with respect to potential preference and avoidance actions under chapter 5 of the Bankruptcy Code (the "Avoidance Actions") against

any Claimant, and this Objection does not constitute a waiver of the Debtors' right to pursue such

Avoidance Actions.

## RESPONSES TO THE OBJECTION

A.    Filing and Service of Responses

35.    Pursuant to the Claim Objection Procedures Order, to contest an Objection

a claimant must file a written response to the Objection (a "Response") with the United States

Bankruptcy Court for the Middle District of Florida (the "Court"), via the Court's electronic

filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy

to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350,

Jacksonville, Florida 32202 no later than **December 4, 2006, at 4:00 p.m. (Eastern time)** (the

"Response Deadline").  In addition, a copy of the Response must be served on the following

party on or before the Response Deadline:

> Counsel for the Debtors:
>
> D. J. Baker Esq.
> Skadden, Arps, Slate, Meagher
> & Flom LLP
> Four Times Square
> New York, New York 10036
> (212) 735-2000 (facsimile)
> djbaker@skadden.com

B.    Timely Response Required; Hearing; Replies

36.    If a Response is properly and timely filed and served in accordance with the

above procedures, the Debtors will endeavor to reach a consensual resolution with the claimant.

If no consensual resolution is reached, a hearing has been noticed for **December 14, 2006, at**

**1:00 p.m. (Eastern Time)**, or such other date and time as parties filing responses may be

notified.  Only those Responses made in writing and timely filed and received will be considered

by the Court at any such hearing. The Debtors reserve the right to seek to adjourn a hearing with respect to a specific objection and any Response to such objection.

37. If a claimant whose claim is subject to the Objection, and who is served with the Objection, fails to file and serve a timely Response in compliance with the foregoing procedures, the Debtors will present to the Court an appropriate order disallowing, reducing, fixing or reclassifying the claim, without further notice to the claimant.

## NOTICE

38. Copies of this Objection will be served upon the claimants identified on Exhibits A through H, the United States Trustee, counsel for the Debtors' postpetition secured lender, counsel for the Creditors Committee, and, in an abundance of caution, upon the other parties in interest named on the Official Service List maintained in these cases. The Debtors submit that no other or further notice need be given.

WHEREFORE the Debtors respectfully request that the Court (i) grant the relief requested by this Objection, (ii) enter the Proposed Order attached as Exhibit I (a) disallowing the Equity Claims, (b) disallowing the Equity Damage Claims, (c) disallowing the No Liability Claims, (d) disallowing the Amended Claim, (e) fixing the Unliquidated Claims, (f) reducing the

Overstated Claims, (g) disallowing the No Liability Misclassified Claim and (h) reclassifying the

Misclassified Claims, and (iii) grant such other and further relief as is just and proper.

Dated:  November 14, 2006

SKADDEN, ARPS, SLATE, MEAGHER        SMITH HULSEY & BUSEY
& FLOM LLP

By    _s/ D. J. Baker_                  By    _s/ James H. Post_
        D. J. Baker                            Stephen D. Busey
        Sally McDonald Henry                   James H. Post
        Rosalie Walker Gray                    Cynthia C. Jackson,
        Jane M. Leamy                              Florida Bar Number 175460
Four Times Square                      225 Water Street, Suite 1800
New York, New York 10036               Jacksonville, Florida  32202
(212) 735-3000                         (904) 359-7700
(212) 735-2000 (facsimile)             (904) 359-7708 (facsimile)
djbaker@skadden.com                    jpost@smithhulsey.com

Co-Attorneys for Debtors               Co-Attorneys for Debtors

**Declaration**

I, David M. Young, Division Support Manager, Winn-Dixie Stores, Inc., declare under

the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts stated in the foregoing

Debtors' Twenty-Seventh Omnibus Objection to (A) Equity Claims, (B) Equity Damage Claims,

(C) No Liability Claims, (D) Amended and Superseded Claims, (E) Unliquidated Claims, (F)

Overstated Claims, (G) No Liability Misclassified Claim and (H) Misclassified Claim are true

and correct to the best of my knowledge, information and belief.

David M. Young
Division Support Manager
Winn-Dixie Stores, Inc.

476244-Wilmington Server 1A - MSW

**EXHIBIT A**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 418608<br>ADAMS, DEWEY D<br>134 CLAIRMONT ROAD<br>UNION  SC  29379 | 13165<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 452027<br>AKHTER, FARZANA S<br>1857 SAMUELSON CIRCLE<br>MISSISSAUGA<br>ONTARIO  L5N7Z2 CANADA | 13132<br>Debtor: WINN-DIXIE STORES, INC. | $1,609.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 421137<br>ARNETTE, MELODIE L<br>PO BOX 1031<br>PISGAH FOREST  NC  28768 | 13000<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $755.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 422469<br>BARR, SYBLE H & DANIEL T JT TEN<br>109 CARDINAL WOODS WAY<br>EASLEY  SC  29642-1520 | 12992<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 421558<br>BARRESI, PAUL J & ROSE M JT TEN<br>5841 BRISTOL LN<br>DAVIE  FL  33331-3242 | 13153<br>Debtor: WINN-DIXIE STORES, INC. | $133,058.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 419643<br>BEARD, JAMES A<br>325 ALIGATOR RD<br>EFFINGHAM  SC  29541 | 13198<br>Debtor: WINN-DIXIE STORES, INC. | $2,000.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 429846<br>BOGHOZKHAN, ARMOND<br>3056 7 RUE<br>LAVAL  QC  H7V 1M9 CANADA | 13098<br>Debtor: WINN-DIXIE STORES, INC. | $4,701.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 452061<br>BRODY, LESLIE G<br>900 PALISADE AVENUE, APT 20C<br>FORT LEE  NJ  07024 | 13194<br>Debtor: WINN-DIXIE STORES, INC. | $1,333.42 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 419446**<br>BROWN, HELEN C<br>1009 WOODSTONE DR<br>FLORENCE SC 29501 | **13062**<br>Debtor: WINN-DIXIE STORES, INC. | $113,852.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 420770**<br>BROWN, LYNN W<br>1009 WOODSTONE DR<br>FLORENCE SC 29501 | **13063**<br>Debtor: WINN-DIXIE STORES, INC. | $130,288.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 418240**<br>BRYANT, CHRISTA M<br>15194 NE 248TH AVENUE RD<br>SALT SPRINGS FL 32134-6050 | **13167**<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 428844**<br>BURGESS, BRADLEY<br>PO BOX 7772<br>LOUISVILLE KY 40257 | **13075**<br>Debtor: WINN-DIXIE STORES, INC. | $2,521.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 420157**<br>CALIB, JOSE M & CONCHITA R<br>ELLORENCO JT TEN<br>1830 OAKLAND AVE<br>COLUMBUS GA 31903-2632 | **13079**<br>Debtor: WINN-DIXIE STORES, INC. | $2,002.23 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 452025**<br>CARMICHAEL, CARLA & ELIZABETH<br>7660 VAN MAREN LN<br>CITRUS HEIGHTS CA 95621 | **13131**<br>Debtor: WINN-DIXIE STORES, INC. | $2,219.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 534940**<br>CARPENTIER-GAYDOS, CHERYL C<br>102 AQUA RA DR<br>JENSEN BEACH FL 34957 | **13585**<br>Debtor: WINN-DIXIE STORES, INC. | $7,002.25 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 421430**<br>CERDA, OLIVIA & ABELARDO JT TEN<br>5325 CAROLDEAN ST<br>FT WORTH TX 76117-2028 | **12989**<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 452033<br>CHUANG, HORACE H<br>4208 NICHOLS STREET<br>ALBANY GA 31705-9060 | 13140<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 452108<br>CONN, DEBORAH J<br>239 NEW HOPE ROAD<br>HILHAM TN 38568-5933 | 13210<br>Debtor: | $2,738.95<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 113467<br>CREASY, GEORGE E III<br>209 LANE OF TRISTRAM<br>GARNER NC 27529 | 9445<br>Debtor: | $22,716.25<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 534891<br>CUSICK, THOMAS<br>3099 LEON ROAD, # 5<br>JACKSONVILLE FL 32246 | 13581<br>Debtor: | $3,000.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 452042<br>DALTON L KNAUSS REV TRUST<br>ATTN DALTON L KNAUSS<br>407 S DECISION PINE<br>PAYSON AZ 85541 | 13157<br>Debtor: | $9,837.80<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 429845<br>DEMAGGIO, VINCENT & THERESA<br>15417 LAKESIDE VILLAGE DR, APT 101<br>CLINTON TOWNSHIP MI 48038 | 13097<br>Debtor: | $2,000.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 307866<br>DOREY, RICK J & CORINNE M<br>128 LONGFELLOW DR<br>PALM SPRINGS FL 33461 | 13109<br>Debtor: | $2,545.05<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 421763<br>DRAKE, RHONDA J<br>CO RHONDA J BROOKS<br>6232 DORSETT WOODS DR<br>MOUNT OLIVE AL 35117-3644 | 13127<br>Debtor: | $13,000.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 419804<br>DRISGILL, JANICE L<br>7501 YORK RD<br>TOWSON MD 21204-7515 | 13151<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 421553<br>ERDOS, PAUL & BORA JT TEN<br>HECKENRIEDST 14<br>6045 MEGGEN<br>SWITZERLAND | 12985<br>Debtor: WINN-DIXIE STORES, INC. | $18,975.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 419958<br>GARREN, JIMMY P<br>424 N BEARWALLOW RD<br>FLETCHER NC 28732-8578 | 13027<br>Debtor: WINN-DIXIE STORES, INC. | $27,653.94 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 417505<br>GEE, ALEXANDER<br>16737 FOOTHILL BLVD<br>FONTANA CA 92335-8419 | 13010<br>Debtor: WINN-DIXIE STORES, INC. | $9,565.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 452029<br>GELBER, MANUEL<br>C/O PRISCILLA GELBER, TRUSTEE<br>MANUEL GELBER TRUST<br>114 GRANTHAM A<br>DEERFIELD BEACH FL 33442 | 13135<br>Debtor: WINN-DIXIE STORES, INC. | $15,814.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 452030<br>GELBER, PRISCILLA<br>C/O MANUEL GELBER, TRUSTEE<br>PRISCILLA GELBER TRUST U/A 4/22/98<br>114 GRANTHAM A<br>DEERFIELD BEACH FL 33442 | 13136<br>Debtor: WINN-DIXIE STORES, INC. | $6,948.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 419147<br>GUE, G T JR<br>593 LAKE POINTE DR<br>YANCEYVILLE NC 27379-7118 | 13126<br>Debtor: WINN-DIXIE STORES, INC. | $26,910.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 429839**<br>GUELLI, BRENT<br>C/O CHARLES GUELLI, CUSTODIAN<br>4081 SE DIXIE ROSS STREET<br>STUART FL 34997 | 13070<br>Debtor: | $1,390.65<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 452044**<br>HALLYBURTON, ALAN R<br>100 CRESTMERE LANE<br>TAYLORS SC 29687 | 13078<br>Debtor: | $25,200.00<br>WINN-DIXIE SUPERMARKETS, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 452116**<br>HATCH, STEVEN & ROSELEE<br>7048 VELVET ANTLER DRIVE<br>MIDLOTHIAN VA 23112-6421 | 13226<br>Debtor: | $3,000.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 422206**<br>HAYS, SANDRA LEE<br>PO BOX 1828<br>LAPORTE TX 77572 | 13168<br>Debtor: | $9,800.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 421069**<br>HELTON, MARY LOU<br>1155 RIDGEWOOD DR<br>MOBILE AL 36608-3628 | 13012<br>Debtor: | $180.86<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 421049**<br>HENDERSON, MARY J<br>698 N EDGEWATER DR<br>PLANT CITY FL 33565-9159 | 13009<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 472029**<br>HOLT, GREGORY J & JUDITH M JT TEN<br>4874 FAYANN ST<br>ORLANDO FL 32812 | 13385<br>Debtor: | $55,030.37<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 452048**<br>HSIAD, BETTY<br>762 FUNDY CT<br>TRACY CA 95377 | 13173<br>Debtor: | $4,761.50<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 452107<br>HSIAO, BETTY<br>762 FUNDY COURT<br>TRACY CA 95377 | 13209<br>Debtor: WINN-DIXIE STORES, INC. | $4,761.50 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 419988<br>JANNEY, JODY J<br>180 HARRY ROAD<br>STONEVILLE NC 27048 | 13072<br>Debtor: WINN-DIXIE STORES, INC. | $24,985.20 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 420997<br>JANNEY, MARVIN H<br>180 HARRY ROAD<br>STONEVILLE NC 27048 | 13071<br>Debtor: WINN-DIXIE STORES, INC. | $24,985.20 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 429850<br>JETTER, JOHN M IV<br>20200 N 102ND PLACE<br>SCOTTSDALE AZ 85255 | 13106<br>Debtor: WINN-DIXIE STORES, INC. | $1,964.20 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 420189<br>JONES, JOSEPH K JR & ANNIE I JT TEN<br>1130 ALDERMAN RD E<br>JACKSONVILLE FL 32211 | 13015<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 421738<br>JONES, REBECCA & CHARLES JT TEN<br>136 FREEZE AVE NW<br>CONCORD NC 28025 | 13146<br>Debtor: WINN-DIXIE STORES, INC. | $3,140.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 452102<br>KARL, JAMES L II<br>971 N COLLIER BLVD<br>MARCO ISLAND FL 34145 | 13201<br>Debtor: WINN-DIXIE STORES, INC. | $11,800.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 452103<br>KEENEY, RUTH A<br>615 16TH AVE NORTH<br>JACKSONVILLE FL 32250 | 13202<br>Debtor: WINN-DIXIE STORES, INC. | $1,990.90 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |

WINN-DIXIE STORES, INC., ET AL.,
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 429832**<br>KERLEY, J M SEPARATE PROPERTY IMA<br>/O MELLON BANK, NA<br>ATTN STEVE DAVIES, ASST OFFICER<br>THREE MELLON CENTER, SUITE 1215<br>PITTSBURGH PA 15259 | 13056<br>Debtor: | $90.10<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 429830**<br>KLEIN, ROGER A - UC-SEP IRA<br>C/O MELLON BANK, NA<br>ATTN STEVE DAVIES, ASST OFFICER<br>THREE MELLON CENTER, SUITE 1215<br>PITTSBURGH PA 15259 | 13054<br>Debtor: | $310.05<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 452041**<br>KNAUSS FAMILY LLC<br>ATTN DALTON L KNAUSS, PRES<br>407 S DECISION PINE<br>PAYSON AZ 85541 | 13156<br>Debtor: | $14,119.35<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 452043**<br>KNAUSS, ELAINE V<br>407 S DECISION PINE<br>PAYSON AZ 85541 | 13158<br>Debtor: | $11,055.51<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 429834**<br>KOEZE, DAVID S, TRUSTEE<br>DAVID S KOEZE REV TRUST<br>8334 PLEASANT RIDGE COURT SW<br>JENISON MI 49428-8527 | 13060<br>Debtor: | $2,220.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 452099**<br>KREJCI, ESTATE OF ANNA MAE<br>C/O DIANA LYN GAMBOA, EXECUTRIX<br>6511 MEADOWTRACE DRIVE<br>KLEIN TX 77389 | 13195<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 429855**<br>KROEZE, JOHANNES & MARIA<br>2175 MARINE DRIVE, SUITE 1202<br>OAKVILLE ON L6L 5L5 CANADA | 13113<br>Debtor: | $13,800.70<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 418537<br>LATIOLAIS, DEBBIE<br>1855 NURSERY HWY<br>BREAUX BRIDGE LA 70517-8404 | 13133<br>Debtor: | $0.00<br>WINN-DIXIE SUPERMARKETS, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 296692<br>LAWTON, JOHN STEPHEN<br>1478 16TH STREET<br>SARASOTA FL 34236 | 12726<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 429843<br>LEVESQUE, MARTIN<br>5018 DE LA ROCHE<br>MONTREAL QC H2J 3J9 CANADA | 13096<br>Debtor: | $2,569.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 421105<br>LIVINGSTON, MARION MASON<br>1751 CENTRAL NE<br>ORANGEBURG SC 29115 | 13214<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 418035<br>LOCKE, CAROL BARBER & LUWANA JT TEN<br>1661 DUNCAN COMMUNITY RD<br>CHIPLEY FL 32428-5322 | 13033<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 452047<br>MARSHALL, LINDA<br>3108 LIVINGSTON ROAD<br>TALLAHASSEE FL 32303 | 13162<br>Debtor: | $1,500.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 417929<br>MARTIN, BRENDA KAYE<br>205 ELIZABETH DR<br>CENTERVILLE GA 31028-1111 | 13118<br>Debtor: | $3,060.00<br>DIXIE PACKERS, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 452032<br>MARZEE BRUINGTON FAMILY TRUST<br>C/O CHARLES S BRUINGTON, TRUSTEE<br>PO BOX 85<br>BOONES MILL VA 27065 | 13139<br>Debtor: | $40,293.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 429827￼<br>MATTHEWS, FRANK & MARY<br>1300 VIGO RD<br>SHELBYVILLE KY 40065-9504 | 13029￼<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 287480￼<br>MAZZA, DIANE M<br>3400 GALT OCEAN DR, APT 1704S<br>FORT LAUDERDALE FL 33308 | 13080￼<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 417481￼<br>MCKAIN, REBECCA AILEEN<br>C/O AILEEN S CLAY<br>PO BOX 9273<br>GREENVILLE SC 29604-9273 | 13105￼<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 429831￼<br>MERRITT, JAMES E-IMA<br>/O MELLON BANK, NA<br>ATTN STEVE DAVIES, ASST OFFICER<br>THREE MELLON CENTER, SUITE 1215<br>PITTSBURGH PA 15259 | 13055￼<br>Debtor: WINN-DIXIE STORES, INC. | $371.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 417510￼<br>MICHALAK, ALEXANDER<br>363 W MAIN ST<br>PLYMOUTH PA 18651 | 12982￼<br>Debtor: WINN-DIXIE STORES, INC. | $7,705.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 422933￼<br>MORAN, WILLIAM G<br>745 PLANTATION CIR<br>BRUNSWICK GA 31525 | 13116￼<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $221,291.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 421357￼<br>NATIONAL FINANCIAL SERVICES LLC<br>ONE WORLD FINANCIAL CENTER<br>200 LIBERY ST<br>NEW YORK NY 10281 | 13200￼<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 421589￼<br>NORRIS, PEGGY E<br>351 FINNEY DR<br>WEATHERFORD TX 76085-3845 | 13073￼<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 420679<br>OWENS, LOIS P<br>1002 SOUND SHORE DR<br>EDENTON NC 27932 | 13150<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 423156<br>PARSONS, CHERYL L PEACOCK<br>RR2 BOX 263-B3<br>SOPERTON GA 30457 | 12997<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 417553<br>PATEL, ALPESH M<br>2641 MANCHESTER CT<br>BIRMINGHAM AL 35226 | 13152<br>Debtor: | $12,896.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 420111<br>PONZIANO, JOHN R & MILDRED J<br>3415 S SCHULTZ DR<br>LANSING IL 60438-3261 | 13123<br>Debtor: | $10,000.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 419117<br>PRUGH, FRANKIE LEE, TRUSTEE<br>THE FRANKIE LEE PRUGH REVOCABLE TR<br>35025 RAINTREE DR<br>FRUTILAND PK FL 34731 | 13030<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 452034<br>RANDOLPH W GOODWIN TRUST, THE<br>ATTN RANDOLPH W GOODWIN, TRUSTEE<br>2129 HARRISON STREET<br>TITUSVILLE FL 32780 | 13141<br>Debtor: | $7,230.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 429849<br>RASOR, JOHN F<br>11411 N TATUM BLVD<br>PHOENIX AZ 85028 | 13104<br>Debtor: | $16,906.87<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 420594<br>RICKERT, LETHA M<br>C/O STANLEY LANDE & HUNTER<br>ATTN T O LINDBURG, ESQ<br>900 US BANK CENTER<br>201 WEST SECOND STREET<br>DAVENPORT IA 52801-1818 | 12981<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 422731<br>ROSSI, VICTOR<br>PO BOX 249<br>BOONVILLE CA 95415-0249 | 12999<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 417814<br>SHEA, BERVERLY A<br>640 SE 1 ST ST<br>MELROSE FL 32666 | 13019<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 420792<br>SHEA, BEVERLY<br>640 SOUTH EAST 1ST STREET<br>MELROSE FL 32666 | 13018<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 417861<br>SHEA, BEVERLY A<br>640 SE 1ST ST<br>MELROSE FL 32666-5432 | 13020<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 419118<br>SHEALY, FRANKLIN KARL, JR<br>103 OLD PARK DR<br>COLUMBIA SC 29229-8750 | 12983<br>Debtor: WINN-DIXIE STORES, INC. | $10,000.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 422058<br>SILBER, ROSA, TRUSTEE U-A<br>06/13/94 ROSA SILBER REVOCABLE TR<br>1001 SW141 ST AVE, APT 201K<br>PEMBROKE PINES FL 33027 | 13077<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 421513<br>SMITH, PATRICIA K<br>10976 IOWA AVE<br>JACKSONVILLE FL 32219-2035 | 13160<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 418752<br>SUSSMAN, DOROTHY<br>401 GOLDEN ISLES DR<br>HALLANDALE FL 33009-7509 | 13007<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 452023**<br>TALLETT, MARY ANN<br>1248 PANORAMA DRIVE<br>LAFAYETTE CA 94549-2413 | 13129<br>**Debtor:** WINN-DIXIE STORES, INC. | $10,198.30 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 421386**<br>TERLIZZESE, NICHOLAS & JOSEPHINE<br>4600 HARRISON ST<br>HOLLYWOOD FL 33021-7203 | 13121<br>**Debtor:** WINN-DIXIE SUPERMARKETS, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 421770**<br>THOMAS, RICHARD A<br>6309 VANDIKE ST<br>PHILADELPHIA PA 19135-3305 | 13016<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 452026**<br>THOMPSON, CHARLES F<br>89 LYNN DR<br>PARAMUS NJ 07652 | 13134<br>**Debtor:** WINN-DIXIE STORES, INC. | $1,255.97 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 423029**<br>TUCKER, WILMA G<br>102 HONEY HORN DR<br>SIMPSONVILLE SC 29681-5812 | 13076<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 421918**<br>VAN BUREN, ROBERT J<br>3608 HEATHROW DR<br>WINSTON SALEM NC 27127-4998 | 12990<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 421599**<br>VILLARDI, PETER A<br>24 LIMETREE DR<br>MANORVILLE NY 11949-3116 | 13181<br>**Debtor:** WINN-DIXIE SUPERMARKETS, INC. | $1,000.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 452100**<br>VOIGT, JOHN L<br>2638 UNICORNIO STREET<br>CARLSBAD CA 92001 | 13197<br>**Debtor:** WINN-DIXIE STORES, INC. | $600.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |

WINN-DIXIE STORES, INC., ET AL.,
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 493107**<br>WAREHOUSE HOLDINGS (546)<br>ATTN VINCENT E RHYNES, BUSINESS REP<br>1522 W MANCHESTER AVE<br>LOS ANGELES CA 90047 | 13384<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 417655**<br>WEAVER, ANNETTE S<br>503 STRANGE RD<br>TAYLORS SC 29687-3974 | 13114<br>Debtor: WINN-DIXIE STORES, INC. | $33,949.28 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 417945**<br>WEDERSTRANDT, BRIAN J<br>PO BOX 76<br>FRENCH SETTLEMENT LA 70733-0076 | 13119<br>Debtor: WINN-DIXIE STORES, INC. | $22,801.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 452040**<br>WILLIAMS, BILLY R & DELORIS<br>16241 WASHBURN<br>DETROIT MI 48221 | 13155<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 421146**<br>WILLIAMS, M & BARTHOLF, A JT TEN<br>C/O THEODORE PERRY WILLIAMS JR<br>10508 BRYWOOD LANE<br>TAMPA FL 33624 | 13175<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 452024**<br>WILSON, JILL C<br>C/O RONALD S WILSON<br>44 SOMERSET DR<br>PHENIX CITY AL 36869 | 13130<br>Debtor: WINN-DIXIE STORES, INC. | $54,987.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 418712**<br>WOOD, DORITA M<br>1608 DUBLIN RD<br>CHARLOTTESVILLE VA 22903 | 13074<br>Debtor: WINN-DIXIE STORES, INC. | $6,500.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |

**Total Claims to be Disallowed:** 101

**Total Amount to be Disallowed:** $1,242,544.40     Plus Unliquidated Amounts, If Any

**EXHIBIT B**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - EQUITY DAMAGE CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 16775<br>COFFMAN, KATHY N & EARL<br>10325 MADISON PARK CT<br>CLERMONT FL 34711 | 8424<br>Debtor: | $3,625.97<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, CLAIMS FOR DAMAGES ARISING OUT OF PURCHASE AND SALE OF OLD EQUITY ARE SUBORDINATED AND DISCHARGED AS OF EFFECTIVE DATE WITH NO DISTRIBUTION.  SEE SECTION 4.4(B) OF PLAN. |
| Creditor Id: 118276<br>DEMAGGIO, VINCENT P<br>15417 LAKESIDE VILLAGE DR, APT 101<br>CLINTONTOWNSHIP MI 48038 | 4486<br>Debtor: | $2,694.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, CLAIMS FOR DAMAGES ARISING OUT OF PURCHASE AND SALE OF OLD EQUITY ARE SUBORDINATED AND DISCHARGED AS OF EFFECTIVE DATE WITH NO DISTRIBUTION.  SEE SECTION 4.4(B) OF PLAN. |
| Creditor Id: 410480<br>DORMINEY, B M; SMITH, J H ET AL<br>C/O FEDERMAN & SHERWOOD<br>ATTN WILLIAM B FEDERMAN, ESQ.<br>120 N ROBINSON, STE 2720<br>OKLAHOMA CITY OK 73102<br><br>Counsel: ATTN J SAILER/C HINTON, ESQS | 8156<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, CLAIMS FOR DAMAGES ARISING OUT OF PURCHASE AND SALE OF OLD EQUITY ARE SUBORDINATED AND DISCHARGED AS OF EFFECTIVE DATE WITH NO DISTRIBUTION.  SEE SECTION 4.4(B) OF PLAN. |
| Creditor Id: 312607<br>GARRICK, THELMA R<br>1913 FRANCIS ST NE<br>ORANGEBURG SC 29118 | 5967<br>Debtor: | $14,324.40<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, CLAIMS FOR DAMAGES ARISING OUT OF PURCHASE AND SALE OF OLD EQUITY ARE SUBORDINATED AND DISCHARGED AS OF EFFECTIVE DATE WITH NO DISTRIBUTION.  SEE SECTION 4.4(B) OF PLAN. |
| Creditor Id: 410910<br>HAMAN, WAYNE M<br>1260 HAMMETT HILL RD<br>BOWLING GREEN KY 42101 | 10045<br>Debtor: | $19,350.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, CLAIMS FOR DAMAGES ARISING OUT OF PURCHASE AND SALE OF OLD EQUITY ARE SUBORDINATED AND DISCHARGED AS OF EFFECTIVE DATE WITH NO DISTRIBUTION.  SEE SECTION 4.4(B) OF PLAN. |
| Creditor Id: 37072<br>HUGHES, RANDALL D<br>17371 MEADOWLAKE CIRCLE<br>FORT MYERS FL 33912-0256 | 5461<br>Debtor: | $7,200.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, CLAIMS FOR DAMAGES ARISING OUT OF PURCHASE AND SALE OF OLD EQUITY ARE SUBORDINATED AND DISCHARGED AS OF EFFECTIVE DATE WITH NO DISTRIBUTION.  SEE SECTION 4.4(B) OF PLAN. |
| Creditor Id: 421202<br>LEE, MICHAEL P<br>9122 EASTPOINTE CRT<br>ELK GROVE CA 95624 | 13028<br>Debtor: | $946.01<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, CLAIMS FOR DAMAGES ARISING OUT OF PURCHASE AND SALE OF OLD EQUITY ARE SUBORDINATED AND DISCHARGED AS OF EFFECTIVE DATE WITH NO DISTRIBUTION.  SEE SECTION 4.4(B) OF PLAN. |
| Creditor Id: 406066<br>MELECIO, RAUL<br>C/O RAUL MELECIO - CORPORATION'S<br>PO BOX 390 WEST 9 AVE<br>NEW YORK NY 10001 | 3020<br>Debtor: | $130,000.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, CLAIMS FOR DAMAGES ARISING OUT OF PURCHASE AND SALE OF OLD EQUITY ARE SUBORDINATED AND DISCHARGED AS OF EFFECTIVE DATE WITH NO DISTRIBUTION.  SEE SECTION 4.4(B) OF PLAN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - EQUITY DAMAGE CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 399390<br>NATIONAL ASBESTOS WORKERS PENS FD<br>C/O GENOVESE JOBLOVE & BATTISTA PA<br>ATTN CRAIG P RIEDERS, ESQ<br>BANK OF AMERICA TOWER<br>100 SOUTHEAST SECOND ST, 36TH FL<br>MIAMI FL 33131 | 9976<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, CLAIMS FOR DAMAGES ARISING OUT OF PURCHASE AND SALE OF OLD EQUITY ARE SUBORDINATED AND DISCHARGED AS OF EFFECTIVE DATE WITH NO DISTRIBUTION. SEE SECTION 4.4(B) OF PLAN. |
| Creditor Id: 419638<br>TELFORD, JACQUELINE & JOHN D JT TEN<br>2949 GALAXY PLACE<br>MARYLAND HEIGHTS MO 63043-1958 | 13005<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, CLAIMS FOR DAMAGES ARISING OUT OF PURCHASE AND SALE OF OLD EQUITY ARE SUBORDINATED AND DISCHARGED AS OF EFFECTIVE DATE WITH NO DISTRIBUTION. SEE SECTION 4.4(B) OF PLAN. |

Total Claims to be Disallowed:         10

Total Amount to be Disallowed:    $178,140.38    Plus Unliquidated Amounts, If Any

**EXHIBIT C**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 423157**<br>CAPX REALTY, LLC<br>C/O LOWNDES, DROSDICK, ET AL<br>ATTN ZACHARY J BANCROFT, ESQ<br>PO BOX 2809<br>ORLANDO FL 32802 | 13620<br>Debtor: WINN-DIXIE STORES, INC. | $1,107,355.17 | ABSENT JUDGMENT OF FORECLOSURE, NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. REJECTION DAMAGE CLAIM WAS ALSO FILED BY LANDLORD. SEE EXHIBIT F FOR OBJECTION TO CLAIM NUMBER 13622 FILED BY TALLAHASSEE 99-FL, LLC. |
| **Creditor Id: 246889**<br>CONSOLIDATED BISCUIT COMPANY<br>PO BOX 631073<br>CINCINNATI, OH 45263-1073<br><br>Counsel: ATTN KENNETH BAKER, ESQ | 13321<br>Debtor: WINN-DIXIE STORES, INC. | $623,822.68 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 247131**<br>COUNTY OF COWETA TAX COMMISSIONER<br>ATTN J T FERRELL<br>PO BOX 195<br>NEWNAN GA 30264-0195 | 5403<br>Debtor: WINN-DIXIE STORES, INC. | $46,326.56 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIM IS FOR REAL PROPERTY TAXES FOR ENTIRE CALENDAR YEAR 2005. DEBTOR PREVIOUSLY PAID ITS LANDLORD ALL POSTPETITION 2005 REAL ESTATE TAXES AND WILL PAY ITS LANDLORD THE REMAINING PREPETITION PORTION OF THESE TAXES AS A CURE PAYMENT THROUGH ASSUMPTION OF LEASE. LIABILITY FOR THIS CLAIM IS BETWEEN THE COUNTY AND DEBTOR'S LANDLORD. |
| **Creditor Id: 254845**<br>CRATTY, LISA A<br>119 LAKE SHORE DRIVE<br>ROCKAWAY, NJ 07866 | 4571<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $16,912.57 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. AMOUNTS DUE HAROLD FUSON ARE GARNISHED FOR CLAIMANT. THERE ARE NO ADDITIONAL AMOUNTS DUE. |
| **Creditor Id: 429856**<br>FUTURISTIC FOODS INC<br>C/O DONNA L THOMPSON, ESQ<br>PO BOX 170<br>ALLENWOOD NJ 08720 | 13115<br>Debtor: WINN-DIXIE STORES, INC. | $3,996,864.14 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 411191**<br>INGENIX SUBROGATION SERVICES<br>75 REMITTANCE DRIVE, STE 6019<br>CHICAGO IL 60675-6018<br><br>Transferee: EQUITY TRUST CO CUSTODIAN | 11313<br>Debtor: WINN-DIXIE STORES, INC. | $14,186.35 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 417760**<br>MARTINEZ, BARBARA<br>16041 SW 45TH TER<br>MIAMI FL 33185-5304 | 13147<br>Debtor: WINN-DIXIE STORES, INC. | $1,998.81 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - NO LIABILITY CLAIMS TO BE DISALLOWED

Page: 2 of 2
Date: 11/14/2006

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 411178**<br>NATIONWIDE MUTUAL CO.O1  SUBROGEE<br>SHOPPING CENTER L&D, INC<br>C/O NATIONWIDE<br>2901 W BUSCH BLVD, STE 403<br>TAMPA  FL  33618 | 11247<br>Debtor: **WINN-DIXIE STORES, INC.** | $50,000.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 56174**<br>OSLANDER, HELEN L<br>7119 STATE RD 33<br>CLERMONT  FL  34711 | 2052<br>Debtor: **WINN-DIXIE STORES, INC.** | $96.06 | RECLASSIFIED TO UNSECURED PRIORITY BY 6/15/06 ELEVENTH OMNIBUS CLAIMS OBJECTION ORDER. NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. DEBTOR SEEKS DISALLOWANCE PURSUANT TO 11 U.S.C. SECTION 502(J). |
| **Creditor Id: 399778**<br>ROBERTS, GLENDA<br>1813 HURRICANE LAKE DRIVE<br>BROOKHAVEN  MS  39601 | 5188<br>Debtor: **WINN-DIXIE STORES, INC.** | $32.48 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  CLAIMANT WAS PART-TIME ASSOCIATE ON LEAVE OF ABSENCE DURING TIME FRAME LISTED ON PROOF OF CLAIM.  ACCORDINGLY CLAIMANT IS NOT ELIGIBLE FOR HOLIDAY PAY. |
| **Creditor Id: 261915**<br>TERRELL, STEFANIE<br>116 BLUEBERRY LANE<br>FITGERALD, GA  31750 | 5725<br>Debtor: **DEEP SOUTH PRODUCTS, INC.** | $2,150.40 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  AMOUNTS DUE CHRISTOPHER TERRELL WERE GARNISHED FOR CLAIMANT THROUGH MR. TERRELL'S 4/29/05 TERMINATION.  THERE ARE NO AMOUNTS DUE. |

Total Claims to be Disallowed:    11
Total Amount to be Disallowed:    $5,859,745.22    Plus Unliquidated Amounts, If Any

**EXHIBIT D**

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT D - AMENDED CLAIM TO BE DISALLOWED**

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 410771**<br>TALLAHASSEE 99-FL, LLC<br>C/O KLEIN & SOLOMON, LLP<br>ATTN SOLOMON J JASKIEL, ESQ<br>275 MADISON AVE, 11TH FLOOR<br>NEW YORK NY 10016 | 13622 | $1,041,918.40<br>WINN-DIXIE STORES, INC. | 9761 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. SEE OBJECTION TO REMAINING CLAIM NO. 13622 ON EXHIBIT F. |

| | | |
|---|---|---|
| **Total Claims to be Disallowed:** | 1 | |
| **Total Amount to be Disallowed:** | $0.00 | Plus Unliquidated Amounts, If Any |

**EXHIBIT E**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT E - CLAIMS TO BE FIXED TO SUM CERTAIN

| Name of Claimant | Claim No. | Claim Amount | Fixed Claim Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 411389** | 12496 | $550,819.72 | $550,819.72 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| SOUTHEAST US RETAIL FUND, LP | Debtor: | WINN-DIXIE STORES, INC. | | |
| C/O HENDERSON FRANKLIN STARNES | | | | |
| ATTN DOUGLAS B SZABO, ESQ | | | | |
| PO BOX 280 | | | | |
| FORT MYERS  FL  33902-0280 | | | | |
| **Creditor Id: 269279** | 8791 | $0.00 | $3,000.00 | FIXED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| SPEARS, JOANNE | Debtor: | WINN-DIXIE STORES, INC. | | |
| C/O JEFFREY T GREENBERG, PC | | | | |
| ATTN JEFFREY T GREENBERG, ESQ | | | | |
| 421 FRENCHMEN STREET, SUITE 200 | | | | |
| NEW ORLEANS, LA  70116 | | | | |
| **Creditor Id: 269375** | 8793 | $0.00 | $3,000.00 | FIXED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| SPEARS, WILL H SR | Debtor: | WINN-DIXIE MONTGOMERY, INC. | | |
| C/O JEFFREY T GREENBERG, PC | | | | |
| ATTN JEFFREY T GREENBERG, ESQ | | | | |
| 421 FRENCHMEN STREET, SUITE 200 | | | | |
| NEW ORLEANS, LA  70116 | | | | |

Total Claims to be Fixed:          3
Total Amount to be Fixed:    $550,819.72 Plus Unliquidated Amounts, If Any
Total Fixed Amount:          $556,819.72

**EXHIBIT F**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT F - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 279203<br>AMERICAN ITALIAN PASTA COMPANY<br>ATTN CARA VANDEL, CR MGR<br>4100 N MULBERRY DRIVE, SUITE 200<br>KANSAS CITY MO 64116<br><br>Counsel: ATTN JOHN J CRUCIANI, ESQ | 9828<br>Debtor: | $232,604.15<br>WINN-DIXIE STORES, INC. | $113,308.90 | REDUCED AND RECLASSIFIED TO $118,415.15 UNSECURED NON-PRIORITY AND $94,217.10 ADMINISTRATIVE PRIORITY BY 8/31/06 SIXTEENTH OMNIBUS CLAIMS OBJECTION ORDER. ON 10/31/06, DEBTOR PAID ADMINISTRATIVE PRIORITY AMOUNT BY CHECK NUMBER 009906348. FURTHER REDUCTION REFLECTS REMOVAL OF $3,106.25 FROM UNSECURED NON-PRIORITY AMOUNT BY AGREEMENT WITH CLAIMANT. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. DEBTOR SEEKS FURTHER REDUCTION PURSUANT TO 11 U.S.C. SECTION 502(J). |
| Creditor Id: 243821<br>BP SOLVAY POLYETHYLENE<br>NORTH AMERICA<br>DEPT CH 14032<br>PALATINE, IL 60055-4032<br><br>Counsel: ATTN J S CARR & R L LEHANE ESQS | 35962<br>Debtor: | $86,499.00<br>WINN-DIXIE RALEIGH, INC. | $64,836.80 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $21,662.20 NOT INCLUDED IN DEBTOR'S SCHEDULES. |
| Creditor Id: 384081<br>DAIRY FARMERS OF AMERICA INC<br>ATTN: JOEL CLARK<br>10411 CAUDILL ROAD<br>KNOXVILLE, TN 37922<br><br>Transferee: AMROC INVESTMENTS LLC<br>Counsel: ATTN STEPHEN B SUTTON, ESQ | 4209<br>Debtor: | $978,423.70<br>WINN-DIXIE MONTGOMERY, INC. | $706,555.08 | REDUCED TO $852,694.74 BY 5/4/06 EIGHTH OMNIBUS CLAIMS OBJECTION ORDER AND $792,638.26 BY 10/5/06 NINETEENTH OMNIBUS CLAIMS OBJECTION ORDER. FURTHER REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. DEBTOR SEEKS FURTHER REDUCTION PURSUANT TO 11 U.S.C. SECTION 502(J). |
| Creditor Id: 417071<br>FACTORY HOME DECOR, INC<br>C/O ROBINSON BARTON, ET AL<br>ATTN W E CALLOWAY, ESQ<br>PO BOX 12287<br>COLUMBIA SC 29211-2287 | 12843<br>Debtor: | $238,349.19<br>WINN-DIXIE RALEIGH, INC. | $180,000.00 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Creditor Id: 28820<br>GHANAYEM, FIRAS<br>315 DISCOVERY WAY<br>DURHAM NC 27703 | 3429<br>Debtor: | $883.20<br>WINN-DIXIE RALEIGH, INC. | $440.80 | RECLASSIFIED TO UNSECURED PRIORITY BY 6/15/06 ELEVENTH OMNIBUS CLAIMS OBJECTION ORDER. REDUCED AMOUNT REFLECTS AMOUNT ACTUALLY DUE (40 HOURS AT $11.02 AN HOUR). DEBTOR SEEKS REDUCTION PURSUANT TO 11 U.S.C. SECTION 502(J). |
| Creditor Id: 416254<br>LAKE HOWELL PLAZA PARTNERSHIP<br>C/O DAY KETTERER LTD<br>ATTN RICHARD A PRINCIC, ESQ<br>200 MARKET AVENUE N<br>PO BOX 24213<br>CANTON OH 44701-4213 | 12095<br>Debtor: | $251,314.71<br>WINN-DIXIE STORES, INC. | $217,765.66 | REDUCED AMOUNT REFLECTS REMOVAL OF $33,549.05 FOR OVERSTATED TAXES. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT F - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 416929**<br>ROEBUCK REALTY ASSOCS, LLC, NHA<br>ROEBUCK, NHA BIRMINGHAM, LOUHAL<br>C/O AMERICAN COMMERCIAL REALTY<br>ATTN RICK BAER, SR EXEC DIRECTOR<br>4400 PGA BLVD, SUITE 305<br>PALM BEACH GARDENS FL 33410 | 12362<br>Debtor: | $30,996.78<br>WINN-DIXIE STORES, INC. | $4,935.46 | REDUCED AMOUNT REFLECTS REMOVAL OF $3,316.72 FOR 2005 COMMON AREA MAINTENANCE CHARGES LACKING SUPPORTING DOCUMENTATION AND $22,744.60 FOR PAID POSTPETITION RENT. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 534983**<br>SOUTHGATE PLAZA 93 LTD<br>C/O J HERZOG & SONS, INC<br>ATTN JOHN VORNHOLT<br>1605 SOUTH FIRST STREET<br>WILLMAR MN 56201-4234 | 13621<br>Debtor: | $267,036.46<br>WINN-DIXIE STORES, INC. | $142,036.46 | REDUCED AMOUNT REFLECTS REMOVAL OF $125,000.00 FOR ALLEGED REMOVAL OF AIR CONDITIONING UNIT THAT REMAINS ON PREMISES. |
| Counsel: ATTN EDWARD T RAMEY, ESQ | | | | |
| **Creditor Id: 410771**<br>TALLAHASSEE 99-FL, LLC<br>C/O KLEIN & SOLOMON, LLP<br>ATTN SOLOMON J JASKIEL, ESQ<br>275 MADISON AVE, 11TH FLOOR<br>NEW YORK NY 10016 | 13622<br>Debtor: | $1,041,918.40<br>WINN-DIXIE STORES, INC. | $817,000.00 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. SEE ALSO EXHIBIT C FOR OBJECTION TO CLAIM NUMBER 13620 FILED BY CAPX REALTY, LLC. |
| **Creditor Id: 411145**<br>XEROX CAPITAL SERVICES, LLC<br>ATTN VANESSA ADAMS, BANKR COORD<br>1301 RIDGEVIEW ROAD, R-382-450<br>LEWISVILLE TX 75028 | 13614<br>Debtor: | $410,386.25<br>WINN-DIXIE STORES, INC. | $389,471.18 | REDUCED AMOUNT REFLECTS 3/14/05 PAYMENT OF $20,915.07 BY CHECK NUMBER 8005242 FOR POSTPETITION PORTION OF INVOICE NUMBER 600317805. |
| Counsel: ATTN SABRINA L STREUSAND, ESQ | | | | |

Total Claims to be Reduced:            10

Total Amount to be Reduced:     $3,538,411.84 Plus Unliquidated Amounts, If Any

Total Reduced Amount:           $2,636,350.34

**EXHIBIT G**

WINN-DIXIE STORES, INC., ET AL.

TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION

EXHIBIT G - NO LIABILITY AND MISCLASSIFIED

CLAIM TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| Creditor Id: 405009 | 13213 | $1,913,535.74 | Administrative | Unsecured Non-Priority | NO LIABILITY PER DEBTORS' BOOKS AND RECORDS AND |
| KONICA MINOLTA PHOTO IMAGING USA | | | | | INSUFFICIENT DOCUMENTATION TO DETERMINE AMOUNT |
| ATTN BRIAN J CUPKA, ESQ & | Debtor: WINN-DIXIE STORES, INC. | | | | OWED. ALSO, MISCLASSIFIED CLAIM. TO EXTENT |
| DAVID HAKULA, SR VP FINANCE | | | | | DOCUMENTATION OF ACTUAL RATHER THAN ESTIMATED |
| 725 DARLINGTON AVENUE | | | | | POSTPETITION CHARGES IS PROVIDED, DEBTORS WILL ALLOW |
| MAHWAH NJ 07430-2601 | | | | | AMOUNTS ACTUALLY OWED POSTPETITION ON AN |
| | | | | | ADMINISTRATIVE EXPENSE BASIS (I.E., TAXES). SCHEDULE A |
| Counsel: ATTN JOSHUA T KLEIN, ESQ. | | | | | CALCULATION IS OVERSTATED AS DEBTORS MADE |
| | | | | | PURCHASES FROM OTHER VENDORS DUE TO KONICA'S |
| | | | | | FAILURE TO ABIDE BY CREDIT TERMS. SCHEDULE B |
| | | | | | CALCULATION OF PAPER SURCHARGES IS SUBJECT TO |
| | | | | | DISALLOWANCE BECAUSE IT DOES NOT PROVIDE BASIS OF |
| | | | | | MEASURMENT. SCHEDULE C PROPERTY TAXES PROVIDES |
| | | | | | ESTIMATED, NOT ACTUAL AMOUNTS, AND DOCUMENTATION OF |
| | | | | | ACTUAL AMOUNTS IS NEEDED. SCHEDULE D REMOVAL COSTS |
| | | | | | IS SUBJECT TO DISALLOWANCE BECAUSE THERE IS NO |
| | | | | | CONTRACTUAL MEASURE OF SUCH COSTS. |

Total Claims to be Disallowed & Recl: 1

Total Amount to be Disallowed & Recl: $1,913,535.74    Plus Unliquidated Amounts, If Any

**EXHIBIT H**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT H - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Creditor Id: 250268 | 34865 | $71,065.38 | Multiple Classes | Multiple Classes | REDUCED AND RECLASSIFIED AS $22,348.86 ADMINISTRATIVE |
| GARNIER | | | | | PRIORITY AND $4,741,416.88 UNSECURED NON-PRIORITY BY 9/7/06 |
| ATTN KENNY WINE, SR CREDIT MGR | | | | | ORDER ON SECOND MOTION FOR ORDER DEEMING |
| 7644 COLLECTIONS CENTER DR | | | | | SCHEDULED CLAIMS AMENDED. TO BE RECLASSIFIED TO |
| BANK OF AMERICA | | | | | $63,224.60 ADMINISTRATIVE PRIORITY (OF WHICH $23,280.06 IS |
| CHICAGO, IL 60693 | | | | | PAYABLE TO CLAIMANT AND $39,944.54 IS PAYABLE TO |
| | | | | | MAYBELLINE, INC.) AND $6,543.14 UNSECURED NON-PRIORITY. |
| | | | | | RECLASSIFICATION IS SOUGHT PURSUANT TO 11 U.S.C. |
| | | | | | SECTION 502(J). |
| Debtor: WINN-DIXIE PROCUREMENT, INC. | | | | | |
| | | | | | |
| Creditor Id: 255225 | 5895 | $213,771.63 | Unsecured Non-Priority | Multiple Classes | MISCLASSIFIED IN PART. RECLASSIFY $56,932.80 TO |
| MACK LLC DBA KRISPY KREME | | | | | ADMINISTRATIVE PRIORITY (RECLAMATION) AND $156,838.83 |
| ATTN ALAN HERBERT | | | | | REMAINS UNSECURED NON-PRIORITY. |
| PO BOX 10100 | | | | | |
| NEW ORLEANS, LA 70181 | | | | | |
| Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | | |
| Transferee: ASM CAPITAL LP | | | | | |

Total Claims to be Reclassified:     2

Total Amount to be Reclassified:     $284,837.01     Plus Unliquidated Amounts, If Any

**EXHIBIT I**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Debtors. [1] ) | Jointly Administered |

**ORDER (A) DISALLOWING EQUITY CLAIMS, (B) DISALLOWING
EQUITY DAMAGE CLAIMS, (C) DISALLOWING NO LIABILITY
CLAIMS, (D) DISALLOWING AMENDED AND SUPERSEDED CLAIM, (E)
FIXING UNLIQUIDATED CLAIMS, (F) REDUCING OVERSTATED
CLAIMS, (G) DISALLOWING NO LIABILITY MISCLASSIFIED CLAIM
AND (H) RECLASSIFYING MISCLASSIFIED CLAIMS, AS SET FORTH IN
THE DEBTORS' TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION**

These cases came before the Court for hearing on December 14, 2006,

upon the Twenty-Seventh Omnibus Objection (the "Objection") of Winn-Dixie

Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the

"Debtors") to the proofs of claim listed on Exhibits A through H (the "Disputed

Claims").[2] Upon consideration, it is

ORDERED AND ADJUDGED:

1.      The Objection is sustained.

2.      The Equity Claims listed on Exhibit A are disallowed in their

entirety.

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]      All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

3.    The Equity Damage Claims listed on Exhibit B are disallowed in their entirety.

4.    The No Liability Claims listed on Exhibit C are disallowed in their entirety.

5.    The Amended Claim listed on Exhibit D is disallowed in its entirety.

6.    The Unliquidated Claims listed on Exhibit E are fixed in the amounts listed on Exhibit E under the heading Fixed Claim Amount and are disallowed to the extent of any amounts exceeding the Fixed Claim Amount.

7.    The Overstated Claims listed on Exhibit F are reduced to the amounts set forth on Exhibit F under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed.

8.    The asserted class status alleged for the No Liability Misclassified Claim listed on Exhibit G is denied; and the No Liability Misclassified Claim is (a) reclassified as specified on Exhibit G under the heading "Modified Class Status," and (b) disallowed in its entirety.

9.    The asserted class status alleged for the Misclassified Claims listed on Exhibit H is denied; and the Misclassified Claims are reclassified as specified on Exhibit H under the heading Modified Class Status.

10.    Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such

claimant and shall not act to stay the applicability or finality of this Order with

respect to the other contested matters covered by this Order.

11.    Neither the Objection nor any disposition of the Disputed

Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any

potential Avoidance Action against any of the Claimants.

12.    Except as otherwise agreed between the Debtors and a

particular claimant, this Order is without prejudice to the Debtors' right to file any

further objection they may have to the Disputed Claims or the Remaining Claims.

Dated this ____ day of December, 2006 in Jacksonville, Florida.


_____
Jerry A. Funk
United States Bankruptcy Judge


James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

3

**THE EXHIBITS TO BE ATTACHED TO THE ORDER WHEN ENTERED
WILL BE THE SAME EXHIBITS THAT ARE ATTACHED TO THE
OBJECTION, WITH ANY NECESSARY MODIFICATIONS TO ADDRESS
RESPONSES TO THE OBJECTION**

4