IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., ) | |
| ) | Case No. 05-03817-3F1 |
| Debtors. ) | Jointly Administered |
| _____ ) | |

**MOBLEY FAMILY PARTNERSHIP, LP AND REDD FAMILY II, LP d/b/a BLUE ANGEL CROSSING'S (STORE 535) RESPONSE TO DEBTORS' TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS ARISING FROM UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY (I) THAT HAVE BEEN ASSUMED, (II) THAT HAVE BEEN ASSUMED AND ASSIGNED OR (III) THAT ARE THE SUBJECT OF LEASE TERMINATION AGREEMENTS (DOCKET NO. 12281)**

COME NOW Landlord/Creditor Mobley Family Partnership, LP and Redd Family II, LP d/b/a Blue Angel Crossing (Store 535) (hereinafter referred to as "Blue Angel") and object to Debtors' Twenty-Sixth Omnibus Objection to Claims Arising From Unexpired Leases of Non-Residential Real Property (I) That Have Been Assumed, (II) That Have Been Assumed and Assigned or (III) That are the Subject of Lease Termination Agreements (Docket No. 12281) by showing this court as follows:

1.

Blue Angel is the landlord for that certain Winn Dixie store, designated Store 535, in which the Debtor is Winn-Dixie Montgomery, Inc. bankruptcy case no. 05-BK-03837-3F1.

2.

The administrative cure amount scheduled by the Debtor for Blue Angel, Creditor No. 1128, is Claim No. 13391 for $3,394.12.

3.

The actual cure amount for Store 535 as confirmed by e-mails of

August 21, 2006 from Winn Dixie and Smith Hulsey is as follows:

| Description | Dollar Amount |
|---|---|
| 2005 property taxes | $ 4,055.79 |
| 2005 CAM adjustment | 674.87 |
| Total | $4,730.66 |

4.

A true and correct copy of the e-mails labeled Exhibit "A" is attached hereto and incorporated herein by reference.

5.

By order dated August 23, 2005, counsel was admitted pro hac vice to represent this Landlord/Creditor in this case.

This 14th day of November, 2006.

                                          EPSTEIN BECKER & GREEN, P.C.
                                          Attorneys for Landlords

                                          *s/Annette Kerlin McBrayer*
                                          Annette Kerlin McBrayer
                                          Georgia Bar No. 415782

Epstein Becker & Green, P.C.
Suite 2700
945 East Paces Ferry Road
Atlanta, Georgia 30326
(404) 923-9000

AT:520164v1

## Annette McBrayer

**From:** Allan E. Wulbern [awulbern@smithhulsey.com]
**Sent:** Monday, August 21, 2006 4:14 PM
**To:** Annette McBrayer
**Cc:** Kimberly Neil; Bryan Gaston
**Subject:** FW: Stores 470, 535, and 579 cures

Annette,

Below are the revised prepetition cure amounts for these stores. According to the below email from Kim Neil at Winn Dixie, the post petition amounts have been paid. Please let me know if this resolves the cure issues for these stores.

Allan

---

**From:** Kimberly Neil [mailto:KimberlyNeil@winn-dixie.com]
**Sent:** Monday, August 21, 2006 4:08 PM
**To:** Allan E. Wulbern; Bryan Gaston
**Subject:** RE: Stores 470, 535, and 579 cures

Amend pre-pet cures as follows:

Store 470:  05RET  10,713.25
  05CAM  790.89
Remaining balance they assert has been paid today
Total:  11,504.14

Store 535:  05RET  4,055.79
  05CAM  674.87
Remaining balances they assert have been paid
Total:  4,730.66

Store 579:  04CAM  7,582.83
  05RET  12,997.15
  05CAM 1,786.39
Remaining balances they assert have been paid
total:  22,366.37

some of our payments were just completed today and will be in the mail.

---

**From:** Allan E. Wulbern [mailto:awulbern@smithhulsey.com]
**Sent:** Monday, August 21, 2006 3:41 PM
**To:** Kimberly Neil; Bryan Gaston
**Subject:** FW: Stores 470, 535, and 579

Kim,

Apparently the chart I just sent you has been revised to update some dates.

Allan

Exhibit "A"

11/8/2006

**From:** Cynthia C. Jackson
**Sent:** Monday, August 21, 2006 3:36 PM
**To:** Allan E. Wulbern
**Subject:** FW: Stores 470, 535, and 579

---

**From:** Annette McBrayer [mailto:AMcbrayer@ebglaw.com]
**Sent:** Monday, August 21, 2006 3:34 PM
**To:** djbaker@skadden.com; Cynthia C. Jackson; Leamy, Jane; James H. Post
**Subject:** Stores 470, 535, and 579

Revised to update the dates in the header.

The insurance for 535 has now been paid. I also transferred the March 2005 CAM estimate for store 579 to the post-petition column.

I know you all are terribly busy these days, but if you could agree to these numbers, then we could wrap these three up. We need to agree on the pre-petition claim amounts, and the assumption amounts for the leases.

Sincerely,
Epstein Becker & Green, P.C.

Annette Kerlin McBrayer

945 East Paces Ferry Road, NE
Suite 2700 Resurgens Plaza
Atlanta, GA 30326
Phone: (404) 923-9045 (direct)
Fax: (404) 923-9099

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call the Help Desk of Epstein Becker & Green at 212-351-4701 and destroy the original message and all copies.

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Pursuant to the CAN-SPAM Act this communication may be considered an advertisement or solicitation. If you would prefer not to receive future marketing and promotional mailings, please submit your request via email to ebgus@ebglaw.com or via postal mail to Epstein Becker & Green. Attn: Marketing Department, 250 Park Avenue, New York, NY 10177. Be sure to include your email address if submitting your request via postal mail. - EBG1

The information contained in this communication may be confidential, is intended only for the use of the recipient (s) named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please return it to the sender immediately.

11/8/2006

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re: )
 )
WINN-DIXIE STORES, INC., et al., )   Chapter 11
 )
 )   Case No. 05-03817-3F1
Debtors. )   Jointly Administered
_____ )

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing party in the foregoing action with a copy of the within and foregoing MOBLEY FAMILY PARTNERSHIP, LP AND REDD FAMILY II, LP d/b/a BLUE ANGEL CROSSING'S (STORE 535) RESPONSE TO DEBTORS' TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS ARISING FROM UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY (I) THAT HAVE BEEN ASSUMED, (II) THAT HAVE BEEN ASSUMED AND ASSIGNED OR (III) THAT ARE THE SUBJECT OF LEASE TERMINATION AGREEMENTS by sending a true and correct copy by e-mail as follows:

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
Suite 1800
225 Water Street
Jacksonville, Florida 32202
cjackson@smithhulsey.com

This 14th day of November, 2006.

s/Annette Kerlin McBrayer
Annette Kerlin McBrayer

Epstein Becker & Green, P.C.
Suite 2700
945 East Paces Ferry Road
Atlanta, GA  30326
(404) 923-9000

AT:520164v1