# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

In re: **WINN DIXIE STORES, INC., ET AL.**
Case No. **05-11063**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
Name of Transferee

SPRINGHILL ASSOCIATES LLC
Name of Transferor

Name and Address where notices and payments to transferee should be sent:

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601
Phone:
(201) 968-0001

Court Claim # (if known): 13314
Amount of Claim: **$58,113.59**
Date Claim Filed: 6/22/2006

Phone:_____
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/George Pagano
Transferee/Transferee's Agent

Date: 11/14/06

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

791212

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

In re: **WINN DIXIE STORES, INC., ET AL.**
Case No. **05-11063**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 13314 (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/14/2006.

Liquidity Solutions Inc,
d/b/a Revenue Management
**Name of Transferee**

Address of Transferee:
One University Plaza
Suite 312
Hackensack, NJ 07601

**SPRINGHILL ASSOCIATES LLC**
**Name of Alleged Transferor**

Address of Alleged Transferor:
**SPRINGHILL ASSOCIATES LLC**
**1 POSTON ROAD SUITE 230**
**CHARLESTON, SC 29407**

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
**CLERK OF THE COURT**

791212

OCT-27-2006 FRI 11:39 AM ARNOLD COMPANIES    FAX NO. 8037311381    P. 04

10/25/06 WED 11:12 FAX
From: gpagano To: Jr, ESQ S Nelson Weston

Date: 10/23/2006  Time: 2:23:28 PM

☑ 006
Page 5 of 5

## TRANSFER NOTICE

Springhill Associates, LLC ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM Re: Winn-Dixie Stores, Inc. (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the Springhill Associates, LLC Claims of Assignor in the aggregate amount of $58,113.59 representing all claims against the Debtor in the United States Bankruptcy Court, Middle District of Florida, administered as Case No. 05-03817, subject to the terms of the Assignment of Claim agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of _____, 2006

Springhill Associates, LLC

_____
(Signature)

Ben P. Arnold / MEMBER-MANAGER
(Print Name and Title)

REVENUE MANAGEMENT

_____
(Signature)

Robert K. Minkoff
(Print Name of Witness)