UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )
                                                         )
WINN-DIXIE STORES, INC., et al.,   )    Case No. 05-03817-3F1
                                                         )    Chapter 11
            Debtors.                           )    Jointly Administered

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Yvonne Davis (Claim No. 7410) [Docket No. 12379] was furnished by mail on November 14, 2006 to Yvonne Davis, c/o Eldridge Suggs, IV, Esq., The Suggs Law Firm, P.C., 34 Peachtree Street, N.W., Suite 2300, Atlanta, Georgia 30303.

Dated: November 14, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By _s/ D. J. Baker_<br>D. J. Baker<br>Sally McDonald Henry<br>Rosalie Gray | By _s/ James H. Post_<br>Stephen D. Busey<br>James H. Post (FBN 175460)<br>Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC