United States Bankruptcy Court
For the Middle District of Florida

| | |
|---|---|
| WINN-DIXIE PROCUREMENT INC | } Chapter 11 </br> } </br> } </br> } </br> } </br> } Case No. </br> } 05-11082 |
| Debtor | } Amount $10,100.13 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
To: Transferor:

**LODGE MANUFACTURING CO**
**PO BOX 380**
**SOUTH PITTSBURGH, TN 37380**

The transfer of your claim as shown above in the amount of **$10,100.13** has been transferred to:

    Revenue Management
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By/s/Benjamin Finestone
    Revenue Management
    (201) 968-0001

782783

TRANSFER NOTICE

LODGE MANUFACTURING ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM Re: Winn-Dixie Procurement, Inc. (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the LODGE MANUFACTURING Claims of Assignor in the aggregate amount of $10,100.13 representing all claims against the Debtor in the United States Bankruptcy Court, Middle District of Florida, administered as Case No. 05-03838, subject to the terms of the Assignment of Claim agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the 23 day of Oct., 2006

LODGE MANUFACTURING

_Helen Sullivan_
(Signature)

_Helen Sullivan, Office Mgr._
(Print Name and Title)

REVENUE MANAGEMENT

_[signature]_
(Signature)

_Benjamin Finestone_
(Print Name of Witness)