UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Rosemary Otte   (Claim No. 11775) [Docket No. 12356] was furnished by mail on

November 14, 2006 to Rosemary Otte, 63 Deer Lane, Englewood, Florida 34223.

Dated: November 14, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    s/ D. J. Baker                              By       s/ James H. Post
         D. J. Baker                                         Stephen D. Busey
         Sally McDonald Henry                       James H. Post (FBN 175460)
         Rosalie Gray                                     Cynthia C. Jackson

Four Times Square                                    225 Water Street, Suite 1800
New York, New York 10036                       Jacksonville, Florida  32202
(212) 735-3000                                         (904) 359-7700
(917) 777-2150 (facsimile)                         (904) 359-7708 (facsimile)
djbaker@skadden.com                              jpost@smithhulsey.com

Co-Counsel for Debtors                             Co-Counsel for Debtors
00520151 DOC