# UNITED STATES BANKRUPTCY COURT

## Middle District of Florida

<u>In re Winn-Dixie Stores, Inc., et al.</u>   <u>Case No. 05-3817 (JAF)</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P.., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Southpaw Credit Opportunity Master Fund, LP</u>   <u>SBZ Mortgage Associates, LLC</u>
   Name of Transferee      Name of Transferor

Name and Address where notices to transferee   Court Claim # (if known): <u>13291</u>
Should be sent:   Amount of Claim: <u>$1,108,907.00</u>
<u>c/o Southpaw Asset Management , LP</u>   Date Claim Filed:_____
<u>Four Greenwich Office Park</u>
<u>Greenwich, CT 06831</u>
Phone: <u>(203) 862-6211</u>   Phone: <u>(516) 869-2540</u>
Last Four Digits of Acct.#_____   Last Four Digits of Acct. #:_____

Name and Address where transferee payments
Should be sent (if different from above):

   **Same as above**

Phone:_____
Last Four Digits of Acct.#_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____   Dated: <u>November 14, 2006</u>
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 year, or both. 18 U.S.C. §§ 152 & 3571.



F I L E D
JACKSONVILLE, FLORIDA

NOV 1 5 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

- 13 -

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, SBZ MORTGAGE ASSOCIATES, LLC ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to SOUTHPAW CREDIT OPPORTUNITY MASTER FUND, LP all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, Claim No. 13291 filed by the Assignor on or about June 15, 2006 (the "Claim") against Winn-Dixie Stores, Inc., et al. (collectively, the "Debtor"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re: Winn-Dixie Stores, Inc., et al.*, Chapter 11 Case No.05-03817(JAF) (Jointly Administered), pending in the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owners and holders of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ___ day of November, 2006

SBZ Mortgage Associates LLC
By, SBZ Partners LP, member
By, SBZ Capital GP LLC, general partner

By, David Samber, manager