# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

In re: WINN DIXIE STORES, INC

Case No. 05-03817                                            Court ID (Court Use Only)_____

## OMNIBUS NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

CAPITAL INVESTORS
Name of Transferee

Name and Address where notices and payments
should be sent
CAPITAL INVESTORS
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601
Phone:
(201) 968-0001

REVENUE MANAGEMENT as successor to:

| Creditor Name | Claim No. | Amount | Related Document |
|---|---|---|---|
| CASCADES TISSUE GROUP | 9427 | $ 128,353.24 | 9767 |
| GREENVILLE COMPRESS COMPANY | 150 | $ 95,796.00 | 9599 |
| GRUMA CORP | 9700 | $ 88,368.97 | 9681 |
| INDIAN TRAIL SQUARE LLC |  | $ 482,638.80 | 8490 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Helena De Young                                        Date:11/15/2006
 Transferee/Transferee's Agent
Penalty for making a false statement. Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

In re: WINN DIXIE STORES, INC
Case No. 05-03817

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. (See previous page) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court o n 11/15/2006.

| | |
|---|---|
| CAPITAL INVESTORS | LIQUIDITY SOLUTIONS, INC. D/B/A REVENUE MANAGEMENT |
| Name of Transferee | Name of Alleged Transferor |
| Address of Transferee: | Address of Alleged Transferor: |
| One University Plaza | ONE UNIVERSITY PLAZA |
| Suite 312 | SUITE 312 |
| Hackensack, NJ 07601 | HACKENSACK, NJ 07601 |

### ~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised th at this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                              _____
                                                     CLERK OF THE COURT