United States Bankruptcy Court
For the Middle District Of Florida

| | |
|---|---|
| WINN DIXIE STORES, INC | } |
| | } |
| | } |
| | } Case No. 05-03817 |
| | } |
| | } |
| | } **Amount: $98,791.49** |
| Debtor | } |

**Omnibus Notice to transfer of Claim pursuant to rule 3001 (e) (1) REVENUE MANAGEMENT successor in interest to:**

**REVENUE MANAGEMENT as successor to FLORAL SENSE INC**
Related Document No. 9600

The transfer of your claim as shown above in the amount of **$98,791.49** has been transferred to:

>   CAPITAL INVESTORS
>   One University Plaza
>   Suite 312
>   Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

>   By:/s/ Helena De Young
>   Capital Investors
>   (201) 968-0001