**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.,* | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**PEPSI-COLA COMPANY'S LIMITED WITHDRAWAL OF ITS RESPONSE
ON BEHALF OF BROWN BOTTLING GROUP, INC. TO DEBTORS'
TWENTY-SECOND OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS,
(B) NO LIABILITY MISCLASSIFIED CLAIMS, (C) OVERSTATED CLAIMS,
(D) OVERSTATED MISCLASSIFIED CLAIMS, (E) MISCLASSIFIED CLAIMS
AND (F) AMENDED AND SUPERSEDED CLAIMS**

Pepsi-Cola Company ("Pepsi"), a division of PepsiCo, Inc., hereby withdraws its Response (the "Response") to the Debtors' Twenty-Second Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims; (C) Overstated Claims; (D) Overstated Misclassified Claims; (E) Misclassified Claims and (F) Amended and Superseded Claims (the "Objection"), but only to the extent that the response was asserted with respect to Claim Number 8085 (the "BBG Claim"), filed by Brown Bottling Group, Inc. ("BBG"). In support of this withdrawal, Pepsi states as follows:

1. BBG is a bottler and distributor of beverage products under brand names such as Pepsi, Diet Pepsi and Mountain Dew (collectively, the "Pepsi Goods").

2. BBG supplied Pepsi Goods to Winn-Dixie Stores, Inc. and/or its affiliated debtors (collectively "Winn-Dixie") prior to Winn-Dixie's bankruptcy filing.

3. BBG filed the BBG Claim in the amount of $407,980.15 on account of Pepsi Goods delivered to Winn-Dixie for which BBG was not paid.

4. In the Objection, Winn-Dixie sought to reduce the BBG Claim to $268,809.11 on account of certain accounts receivable due from BBG to Winn-Dixie, a "net consumption waiver" and certain reclamation payments in process from Winn-Dixie to BBG.

5. On September 29, 2006, Pepsi submitted a response (the "Response") to Winn-Dixie's Objection on behalf of certain of its bottlers, including BBG (collectively the "Pepsi Bottlers"). In the Response, Pepsi objected to the proposed treatment of the BBG Claim.

6. BBG has advised Pepsi that BBG has reconciled the proposed reductions to the BBG Claim and does not object to the relief sought in the Objection with respect to the BBG Claim. Pepsi therefore withdraws the Response with respect to the BBG Claim and consents to the reduction of the BBG Claim from $407,980.15 to $268,809.11, in full resolution of the Objection.[1]

November 15, 2006                             Respectfully submitted,

                                                PEPSI-COLA COMPANY,
                                                A DIVISION OF PEPSICO, INC.

                                                By:     */s/ Joseph D. Frank*
                                                          One of its attorneys

Joseph D. Frank (IL ARDC No. 6216085)
Jeremy C. Kleinman (IL ARDC No. 6270080)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60610
(312) 276-1400 – telephone
(312) 276-0035 – facsimile
jfrank@fgllp.com; jkleinman@fgllp.com

---

[1] This withdrawal is asserted solely with respect to Claim No. 8085 asserted by Brown Bottling Group, Inc. and is not intended to serve as a withdrawal of the Response asserted by Pepsi on behalf of any other Pepsi Bottler.

## CERTIFICATE OF SERVICE

I, Joseph D. Frank, an attorney, hereby certify that on **November 15, 2006**, a true and correct copy of the foregoing **Pepsi-Cola Company's Limited Withdrawal of its Response on Behalf of Brown Bottling Group, Inc. to Debtors' Twenty-Second Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims; (C) Overstated Claims; (D) Overstated Misclassified Claims; (E) Misclassified Claims and (F) Amended and Superseded Claims** was filed electronically. Notice of the filing will be sent to all parties who are currently on the Court's Electronic Mail Notice List by operation of the Court's Electronic Filing System. In addition, a copy was served this day upon the party named below via electronic mail and facsimile transmission:

> D. J. Baker
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> *(212) 735-2000 – fax*
> djbaker@skadden.com

*/s/ Joseph D. Frank*

{ PEPSICO / 005 / 00008634.DOC /}