UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEBTORS' TWENTY THIRD OMNIBUS OBJECTION

The Court finds that the Supplemental Memorandum in Opposition to Debtors' Twenty Third Omnibus Objection filed by W. Chad Stelly on behalf of Frank Arnone on November 13, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Supplemental Memorandum in Opposition to Debtors' Twenty Third Omnibus Objection filed by W. Chad Stelly on behalf of Frank Arnone on November 13, 2006 is stricken from the record.

**DATED November 15, 2006**, at Jacksonville, Florida

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
W. Chad Stelly, 650 Poydras Street, Suite 2107, New Orleans, LA 70130