UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS
TO BE HELD ON NOVEMBER 16, 2006**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda of matters to be heard on November 16, 2006 at 1:00 p.m.:

A.    **Uncontested Matters**

1.    *Debtors' Motion for Order Directing Transfer of Assets Held in Trust by T. Rowe Price Trust Company (Docket No. 12230)*

Objection Deadline:    Expired.

Objections:    No objections have been filed.

Status:    The Debtors will proceed with the Motion.

2.    *Fifth Omnibus Objection to Workers' Compensation Claims (Docket No. 5981)*

Response Deadline:    Expired.

Responses:    No responses have been filed.

Status:    The Court heard this Objection on March 23, 2006 and entered an Order as to all of the creditors identified on Exhibit B to the Objection. Liberty Mutual Insurance Company and The Ohio Casualty Company raised informal responses with respect to those creditors identified on Exhibit A to the Objection. The Debtors will proceed with the Objection as to those claims identified on Exhibit A to the Objection.

3.    *Debtors' Motion for Order Authorizing and Approving Employment Contract with Peter L. Lynch (Docket No. 11861)*

Objection Deadline:    Expired.

Objections:    No objections have been filed.

Status:    The Debtors will proceed with the Motion.


**B.    <u>Contested Matters</u>**

1.    *Omnibus Objection to, and Motion to Adjust and Confirm Amounts of (A) Management Security Plan Claims and (B) Supplemental Retirement Plan Claims, Consistent with Joint Plan of Reorganization (Docket No. 11953)*

Response Deadline:    Expired.

Responses:    (a)    Marvin J. Staab (Docket No. 12269); and

(b)    Charles B. Hodges (Docket No. 12381).

Status:    The Debtors will proceed with the Objection.


2.    *Debtors' Second Omnibus Objection to Unresolved Litigation Claims (Docket No. 8703)*

Response Deadline:    Expired.

Responses:    Lorethia Alexander, Hubert Dessalines and Rebecca Cuyler (Docket No. 12395).

Status:    The Debtors will proceed with the Objection.


3.    *Twentieth Omnibus Objection to (a) Duplicate Different Debtor Claims and (b) Duplicate Liability Claims (Docket No. 10742)*

Response Deadline:    Expired.

Reponses:    (a)    LEC Properties, Inc. and PC Properties, LLC (Docket No. 11076);

(b)    Genoa Associates, LLC (Docket No. 11304);

(c)    Greenville Grocery, LLC (Docket No. 11362);

(d)     Saran, Ltd. (Docket No. 11414);

(e)     Catamount Atlanta, LLC (Docket No. 11442);

(f)     Catamount LS-KY, LLC (Docket No. 11443);

(g)     Catamount Rockingham, LLC (Docket No. 11444);

(h)     Deutsche Bank Trust Company Americas (Docket No. 11449);

(i)     Knightsdale Crossing, LLC (Docket No. 11451);

(j)     E&A Financing II, LP, et al. (Docket No. 11470);

(k)     Achilles Realty Company (Docket No. 11476);

(l)     CPM Associates, L.P. (Docket No. 11480);

(m)     Hillcrest GDS, LLC (Docket No. 11482);

(n)     Liquidity Solutions, Inc. (Docket No. 11487);

(o)     WD MT Carmel, LLC, et al. (Docket No. 11488);

(p)     Arnobo Associates Partnership (Docket No. 11490);

(q)     Merrill Lynch LP Holdings, Inc. (Docket Nos. 11493, 11496 and 11498);

(r)     George D. Zamias (Docket No. 11494); and

(s)     Merrill Lynch, Pierce, Fenner & Smith, Inc. (Docket No. 11499).

Status:     The Court heard this Objection on October 5, 2006 and sustained the Objection as to all creditors who did not file a response.  The Debtors will continue the hearing on the Objection as to the unresolved responses to November 30, 2006.

4. *Twenty-Fourth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Overstated Claims, (D) Overstated Misclassified Claims, (E) Misclassified Claims, (F) Duplicate Liability Claims and (G) Amended and Superseded Claims (Docket No. 11946)*

Response Deadline:  Expired.

Reponses:

(a)     P.S. Franklin, Ltd. (Docket No. 12250);

(b)     Trust Under the Will of Edna Hill Meeker (Docket No. 12251) (Stricken by Docket No. 12263);

(c)     Bennett M. Lifter (Docket No. 12341);

(d)     Chester Dix Fort Corporation (Docket No. 12345);

(e)     Chester Dix Jeffersontown Corp. (Docket No. 12347);

(f)     United Commercial Mortgage Corp. (Docket No. 12348);

(g)     Gator Coastal Shopping Centre, LLC (Docket No. 12362);

(h)     Jefferson Pilot Life Insurance Company (Docket Nos. 12365, 12367 and 12398);

(i)     Jefferson-Pilot Financial Insurance Co. (Docket No. 12366);

(j)     Wells Fargo Bank Northwest (Docket No. 12372);

(k)     Pro-Active Janitorial Services, Inc. (Docket No. 12375);

(l)     AlecAshton Richmond, LLC (Docket No. 12376);

(m)     Palm Lakes, LLC (Docket No. 12378);

(n)     First National Bank of Granbury (Docket No. 12382) (Stricken by Docket No. 12422);

(o)     Bottling Group, LLC d/b/a The Pepsi Bottling Group (Docket No. 12383);

(p)     DBT Porcupine WD1 Delaware Business Trust (Docket No. 12385);

(q)     WD MT Carmel, LLC (Docket No, 12386);

(r)     Daniel G. Kamin (Docket No. 12387);

(s)     Southland-Waco W.D., et al. (Docket No. 12390);

(t)     Kirkland Financial, LLC (Docket No. 12396);

(u)     WD Hilliard LLC (Docket No. 12446); and

(v)     U.S. Bank National Association (Docket No. 12460).

Status:         The Debtors have agreed to withdraw their objection as to Claim No. 12246 filed by Kirkland Financial, LLC and Claim No. 12972 filed by Bennett M. Lifter.  Daniel G. Kamin has agreed to withdraw his response.  The Debtors have agreed to continue the hearing on the Objection as to all other claimants who have filed a response until November 30, 2006, with the exception of P.S. Franklin, Ltd., Chester Dix Fort Corporation, Chester Dix Jeffersontown Corp. and First National Bank of Granbury, as to which the Debtors will proceed with the Objection.  The Debtors will proceed with the Objection as to all other remaining claims.

5.     *Motion (i) for Authority to Reject Non-Residential Real Property Leases, (ii) to Establish Bar Date for Any Rejection Damage Claims, and (iii) Granting Related Relief (Docket No. 10823)*

Objection Deadline:  Expired.

Objections:      Bundy New Orleans Co., LLC (Docket No. 11306).

Status:         The Court heard the Motion on September 21, 2006 and granted the Motion authorizing the Debtors to reject the leases for stores 1403, 1434 and 1437.  The Debtors will continue the hearing on the Motion as to Store No. 1417 until November 30, 2006.

6.    *Case Management Conference on Debtors' Objection to Claim Filed by United States Department of Health and Human Services (Claim No. 10662) (Docket No. 5872)*

Objection Deadline:    Expired.

Objections:    United States Department of Health and Human Services (Docket No. 9880).

Status:    The parties have agreed to continue the case management conference to November 30, 2006.

Dated:  November 15, 2006

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By    *s/ D. J. Baker*
        D. J. Baker
        Sally McDonald Henry
        Rosalie Walker Gray

Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Counsel for Debtors
00548257

SMITH HULSEY & BUSEY

By    *s/ Cynthia C. Jackson*
        Stephen D. Busey
        James H. Post
        Cynthia C. Jackson, F.B.N. 498882

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors