# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE MIDDLE DISTRICT OF FLORIDA

### JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., *et al.*, | Case No. 05-03817-3Fl Jointly Administered |
| WINN-DIXIE STORES, INC. | Case No. 05-03817-JAF |
| ("the Debtors") | Filed Claim No.: <u>11818</u> |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2) FOR FILED CREDITOR, SIOUX HONEY ASSOCIATION, IN THE AMOUNT OF $128,287.60, TO STARK SPECIAL EVENT LTD.

To Transferor:  Sioux Honey Association
Attn: David Allibone, President/CEO
614 Pierce Street
PO Box 27
Sioux City, IA 51102

PLEASE TAKE NOTICE that the transfer of $128,287.60 the above-captioned general unsecured claim has been transferred to:

Transferee:  Stark Special Event Ltd.
Attn: Amar Ehsan
3600 South Lake Drive
St. Francis, WI 53235
Facsimile: (414) 294-7700

The evidence of transfer of claim is attached hereto. A copy of the Order Reducing the claim is attached hereto as Exhibit A.

If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

**EXHIBIT B**

**EVIDENCE OF TRANSFER OF CLAIM**

TO:  Clerk, United States Bankruptcy Court, Middle District of Florida

AND TO:  Sioux Honey Association, a corporation organized under the laws of Iowa ("Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does here by unconditionally and irrevocably sell, transfer and assign unto Stark Event Master Fund Ltd. an international business company organized under the laws of the British Virgin Islands, with offices at 3600 South Lake Drive, St. Francis, WI 53235, or its successors and assigns ("Assignee") all rights, title and interest in and to the claim of Assignor in the reduced and agreed upon amount of $128,287.60 against Ch-11 Winn Dixie Stores, Inc., (the "Debtor") in the United States Bankruptcy Court, for the Middle District of Florida, or any other court with jurisdiction over the bankruptcy Proceedings ("Bankruptcy Court"), Case No. 05-03817-3F1.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

IN WITNESS WHEREOF, dated the __14__ day of __November__, 2006.

Sioux Honey Association

By: _____

Name: David Allibone
Title: President/CEO
Telephone:  (712)258-0638

WITNESS:

By: _____
Name:

- 12 -

# EXHIBIT

# A

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

**AGREED ORDER RESOLVING CLAIMS FILED BY ACH FOOD COMPANIES, INC., NEW ENGLAND COFFEE CO., NEW WORLD PASTA COMPANY, PC WOOD DBA MEGATOYS INC., SIOUX HONEY ASSOCIATION, SWEET BLESSINGS, TW GARNER FOOD CO. AND VICORP RESTAURANTS, INC., AS SET FORTH IN THE DEBTORS' EIGHTH OMNIBUS CLAIMS OBJECTION**

These cases originally came before the Court for hearing on May 4, 2006, upon the Eighth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A to the Objection.[2] Formal and informal responses to the Objection were raised, as a result of which the Debtors agreed to continue the Objection with respect to (i) claim no. 1096 filed by ACH Food Companies Inc., (ii) claim no. 3503 filed by New England Coffee Co., (iii) claim no. 4463 filed by New World Pasta Company, (iv) claim no. 4938 filed by PC Woo, (v) claim no. 11818 filed by Sioux Honey Association, (vi) claim no. 11116 filed by Sweet Blessings, (vii) claim no. 1064 filed by TW Garner Food Co. and (viii) claim

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]    All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

3

no. 7274 filed by Vicorp Restaurants, Inc. (the "Overstated Claims"), among others.

On May 4, 2006, the Court entered an order (Docket No. 7594) sustaining the

Objection as to the proofs of claim listed on the exhibits to the order and continuing

the hearing on the Objection as to the Overstated Claims and other unresolved

claims. Based upon the representation by counsel to the Debtors that the proposed

Agreed Order reflects a resolution of the Objection as to the Overstated Claims, it is

ORDERED AND ADJUDGED:

1.    The Overstated Claims listed on Exhibit A are reduced to the

amounts set forth on Exhibit A under the heading Reduced Amount and the amounts

exceeding the Reduced Amount are disallowed.

2.    Each claim and the objections by the Debtors to such claim as

addressed in the Objection constitute a separate contested matter as contemplated by

Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each

claim. Any stay of this Order pending appeal by any of the claimants whose claims

are subject to this Order shall only apply to the contested matter which involves such

claimant and shall not act to stay the applicability or finality of this Order with

respect to the other contested matters covered by this Order.

3.    Neither the Objection nor any disposition of the Overstated

Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any

potential Avoidance Action against any of the Claimants.

4.    This Order is without prejudice to the Debtors' right to object

to the Overstated Claims on the ground that they were filed against the incorrect

Debtor and that the Debtor against which the Overstated Claims were filed should be

modified.

4

5.      The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this _____ day of _____, 2006 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 279202<br>ACH FOOD COMPANIES INC<br>ATTN MICHAEL HUGHES, CR MGR<br>7171 GOODLEFT FARMS PARKWAY<br>CORDOVA TN 38016 | 1096<br>Debtor: | $160,247.89<br>WINN-DIXIE STORES, INC. | $108,674.96 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Creditor Id: 257129<br>NEW ENGLAND COFFEE CO<br>ATTN SCOTT A SIMPSON, CONTROLLER<br>100 CHARLES STREET<br>MALDEN, MA 02148 | 3503<br>Debtor: | $73,626.98<br>WINN-DIXIE STORES, INC. | $66,535.06 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Creditor Id: 279252<br>NEW WORLD PASTA COMPANY<br>ATTN CARY METZ, SR VP & GEN MGR<br>DEBORAH A CALLAHAN, DIR<br>85 SHANNON ROAD<br>HARRISBURG PA 17112 | 4463<br>Debtor: | $53,601.43<br>WINN-DIXIE STORES, INC. | $14,524.36 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Creditor Id: 407461<br>PC WOO DBA MEGATOYS INC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | 4938<br>Debtor: | $150,917.12<br>WINN-DIXIE STORES, INC. | $115,664.96 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Creditor Id: 411408<br>SIOUX HONEY ASSOCIATION<br>C/O CRARY HUFF INSKER ET AL<br>ATTN MARCI ISEMINGER, ESQ<br>614 PIERCE STREET<br>PO BOX 27<br>SIOUX CITY IA 51102 | 11818<br>Debtor: | $152,216.16<br>WINN-DIXIE STORES, INC. | $128,287.60 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Creditor Id: 262339<br>SWEET BLESSINGS<br>ATTN BUD MURDOCK, VP<br>23905 STUART RANCH ROAD, STE 220<br>MALIBU, CA 90265 | 11116<br>Debtor: | $48,762.21<br>WINN-DIXIE STORES, INC. | $44,794.02 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |

Transferee: ASM CAPITAL LP

