## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) *Chapter 11* |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

### NOTICE OF AGREED ORDER REGARDING MOTION TO RECONSIDER ORDER REDUCING CLAIM OF MMMM, INC. FOR LACK OF NOTICE

> NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING
>
> Pursuant to Local Rule 2002-4, the court will consider this matter without further notice or hearing unless a party in interest files an objection within 20 days from the date of service of this paper. If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy on (i) James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com, and (ii) D.J. Baker, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, djbaker@skadden.com.
>
> If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors"), pursuant to Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure and Local Rule 2002-4, give notice of the proposed entry of the attached Agreed Order with respect to the Motion to Reconsider Order Reducing Claim of MMMM, Inc. for Lack of Notice (Docket No. 10711). If no objection to the proposed Agreed Order is filed and served within the time as set forth above, the

Court will be requested to enter the Agreed Order without further notice or hearing.

Dated: November 15, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray<br>    Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | By   *s/ James H. Post*<br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson,<br>    Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### AGREED ORDER REGARDING MOTION TO RECONSIDER ORDER REDUCING CLAIM OF MMMM, INC. FOR LACK OF NOTICE

THIS CAUSE is before the Court upon the motion to reconsider order reducing claim of MMMM, Inc. for lack of notice (Docket No. 10711) (the "Motion"). Based upon the representation by counsel to the Debtors and counsel to MMMM, Inc. that the proposed Agreed Order reflects a resolution between the parties of the issues raised in the Motion, it is

ORDERED AND ADJUDGED:

1. The Motion is granted to the extent stated in this Agreed Order.

2. Claim no. 4563 filed by MMMM, Inc. is allowed as an unsecured non-priority claim in the amount of $36,332.66 to be paid in accordance with, and subject to, the terms of the Debtors' joint plan of reorganization.

Dated this ____ day of _____, 2006 in Jacksonville, Florida.

```
                                    _____
                                    Jerry A. Funk
                                    United States Bankruptcy Judge
```

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | WALTERS LEVINE KLINGENSMITH & THOMSON, P.A. |
|---|---|
| By */s/ James H. Post* <br> James H. Post | By */s/ Thomas C. Valentine* [*] <br> Thomas C. Valentine |
| Florida Bar Number 175460 <br> 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) | Florida Bar Number 321389 <br> 1800 Second Street, Suite 808 <br> Sarasota, Florida 34236 <br> (941) 364-8787 <br> (941) 361-3023 (facsimile) |
| -and- | -and- |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | HERREN, DARE & STREETT |
| | By */s/ David M. Dare* [*] <br> David M. Dare |
| D. J. Baker <br> Sally McDonald Henry <br> Rosalie Walker Gray <br> Jane M. Leamy <br> Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) | 1051 N. Harrison Ave. <br> Kirkwood, MO 63122 <br> (314) 965-3373 <br> (314) 965-2225 (facsimile) <br><br> Attorneys for MMMM, Inc. |
| Co-Attorneys for Debtors | |

[*] Counsel has authorized the use of his electronic signature.

4