IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., _et al._,<br><br><br><br>WINN-DIXIE STORES, INC.<br><br>("the Debtors") | Chapter 11<br><br>Case No. 05-03817-3F1 Jointly Administered<br><br><br><br>Case No. 05-03817-JAF<br><br>Filed Claim No.: 2583 |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2) FOR FILED CREDITOR, WOLFCHASE ASSOCIATES, LLC, IN THE AMOUNT OF $31,823.62, TO STARK SPECIAL EVENT LTD.

**To Transferor:** Wolfchase Associates, LLC
Attn: Guy S.Clifton, Vice President
813 Shades Creek Pwky, Suite 200
Birmingham, AL 35209

PLEASE TAKE NOTICE that the transfer of $31,823.62 the above-captioned general unsecured claim has been transferred to:

**Transferee:** Stark Special Event Ltd.
Attn: Amar Ehsan
3600 South Lake Drive
St. Francis, WI 53235
Facsimile: (414) 294-7700

The evidence of transfer of claim is attached hereto. A copy of the Order Reducing the claim is attached hereto as Exhibit A.

If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

                                                                                              _____
                                                                                              Deputy Clerk

From:fairway investments        205 802 7223        11/15/2006 15:01    #280 P.003/003

## EXHIBIT B

### EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Middle District of Florida, Jacksonville Division

AND TO:   Wolfchase Associates, LLC, a Limited Liability Company organized under the laws of Alabama ("Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does here by unconditionally and irrevocably sell, transfer and assign unto Stark Special Event Ltd. an international business company organized under the laws of the British Virgin Islands, with offices at 3600 South Lake Drive, St. Francis, WI 53235, or its successors and assigns ("Assignee") all rights, title and interest in and to the claim numbered 2583 of Assignor in the reduced amount of $31,823.62, against Winn-Dixie Stores, Inc, (the "Debtor") in the United States Bankruptcy Court, for the Middle District of Florida, Jacksonville Division, or any other court with jurisdiction over the bankruptcy Proceedings ("Bankruptcy Court"), Case No. 05-03817-3F1.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

IN WITNESS WHEREOF, dated the 15th day of November, 2006.

Wolfchase Associates, LLC
By: Wolfway Investments, Inc.
By: _____
Name: Guy S. Clayton
Title: Vice President
Telephone: (205) 802-7202

WITNESS:
By: _____
Name: Aaron Vansant

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

**ORDER (A) RECLASSIFYING MISCLASSIFIED CLAIMS, (B) REDUCING OVERSTATED CLAIMS AND (C) REDUCING AND RECLASSIFYING OVERSTATED MISCLASSIFIED CLAIMS, AS SET FORTH IN THE DEBTORS' SIXTEENTH OMNIBUS CLAIMS OBJECTION**

These cases came before the Court for hearing on August 31, 2006, upon the Sixteenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibits A through C (the "Disputed Claims").[2] Several formal and informal objections to the Objection were raised or filed, as a result of which the Debtors have agreed to continue the Objection with respect to (i) claim no. 10305 filed by Aronov Realty Co., (ii) claim no. 10949 filed by Bonner's Point LLC, (iii) claim no. 8218 filed by Cadbury Adams USA LLC, (iv) claim no. 13004 filed by Capx Realty, LLC, (v) claim no. 11787 filed by Catamount Atlanta, LLC, (vi) claim no. 11892 filed by Catamount Rockingham, LLC, (vii) claim no. 12859 filed by Catamount LS-KY, LLC, (viii) claim no. 9643 filed by Daniel G. Kamin

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

Clarksville Crossing, LLC, (ix) claim no. 9648 filed by Daniel G. Kamin Zachary Enterprises, (x) claim no. 286 filed by Dell Marketing, LP, (xi) claim no. 12073 filed by KIR Augusta II, LP, (xii) claim nos. 12194 and 11550 filed by New Plan Excel Realty Trust, Inc., (xiii) claim no. 12155 filed by Principal Life Insurance, (xiv) claim no. 8951 filed by ReddyIce Group, (xv) claim no. 11836 filed by Xerox Capital Services, LLC, (xvi) claim no. 10131 filed by Corporate Property Associates 9, LP, (xvii) claim no. 12009 filed by Ocean 505 Associates, LLC, and (xviii) claim no. 10019 filed by Slim Fast Foods - Unilever (collectively, the "Unresolved Objections"), which claims have been removed from Exhibits A through C. The Debtors have withdrawn without prejudice their objection to (i) claim no. 12080 filed by Ebinport Associates, and (ii) claim no. 11959 filed by Glimcher Properties LP, which claims have been removed from Exhibits A through C. Upon consideration, it is

ORDERED AND ADJUDGED:

1. The Objection is sustained as set forth below.

2. The asserted class status alleged for each of the Misclassified Claims listed on Exhibit A is denied; and the Misclassified Claims are reclassified as specified on Exhibit A under the heading "Modified Class Status."

3. The Overstated Claims listed on Exhibit B are reduced to the amounts set forth on Exhibit B under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed.

4. The Overstated Misclassified Claims listed on Exhibit C are reduced to the amounts set forth on Exhibit C under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed. The asserted class status alleged for each of the Overstated Misclassified Claims listed on

2

Exhibit C is denied; and the Overstated Misclassified Claims are reclassified as specified on Exhibit C under the heading "Modified Class Status."

5. Claim no. 11966 filed by Westland Plaza Associates, LP in the amount of $225,217.96 is disallowed, having been amended by claim no. 13454.

6. Claim no. 12110 filed by Commercial Net Lease Realty, Inc. is fixed in the amount of $972,396.17.

7. Claim no. 12085 filed by RP Barren River is fixed in the amount of $261,274.00.

8. Other than the Unresolved Objections, those objections that have not yet been withdrawn are overruled.

9. The hearing to consider the Objection with respect to the Unresolved Objections is continued until further order of the Court upon the motion of any party in interest.

10. Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

11. Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

3

12.     This Order is without prejudice to the Debtors' right to file any further objection they may have to the Disputed Claims, including objections on the ground that a Disputed Claim was filed against the incorrect Debtor or that the Debtor against which the Disputed Claim was filed should be modified.

Dated this 31 day of August, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

WINN-DIXIE STORES, INC., ET AL.
SIXTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

Page: 6 of 7
Date: 08/31/2006

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 269369<br>TSCA 6, LP<br>C/O QUINE & ASSOCIATES, INC<br>PO BOX 833009<br>RICHARDSON, TX 75083-3009<br>Counsel: ATTN ERIC SPETT/SCOTT ELLIS, ESQS | 8157<br>Debtor: WINN-DIXIE STORES, INC. | $142,323.76 | $132,323.76 | REDUCED AMOUNT REFLECTS PAYMENT OF $10,000 FOR FEBRUARY 2005 RENT BY CHECK WHICH CLEARED 2/8/05. |
| Creditor Id: 377597<br>UNILEVER HOME & PERSONAL CARE<br>1 JOHN STREET<br>CLINTON, CT 06413<br>Transferee: DK ACQUISITION PARTNERS LP | 10347<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $1,587,552.45 | $522,048.65 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $25,490.98, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,248.48 AND $223,052.96, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $815,711.38. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| Creditor Id: 416937<br>WATERS, INC<br>ATTN K MARTIN WATERS JR, CHAIRMAN<br>301 S MCDOWELL STREET, SUITE 210<br>CHARLOTTE NC 28204<br>Transferee: LCH OPPORTUNITIES LLC | 12885<br>Debtor: WINN-DIXIE RALEIGH, INC. | $779,253.53 | $764,942.44 | REDUCED AMOUNT REFLECTS REMOVAL OF $7,239.01 FOR OVERSTATED REJECTION DAMAGES AND $7,072.08 FOR LATE- FILED REAL ESTATE TAXES. |
| Creditor Id: 405885<br>WOLFCHASE ASSOCIATES LLC<br>C/O JOHNSTON CONWELL & DONOVAN LLC<br>ATTN WH DONOVAN III OR AM DAUGHERTY<br>813 SHADES CREEK PKWY, STE 200<br>BIRMINGHAM AL 35209<br>Counsel: ATTN EDWIN W HELD JR, ESQ | 2583<br>Debtor: WINN-DIXIE STORES, INC. | $48,583.27 | $31,823.62 | REDUCED AMOUNT REFLECTS PAYMENT OF $16,759.65 FOR 2005 POSTPETITION INSURANCE INCLUDED IN ASSERTED AMOUNT BY CHECK NUMBER 008055458 WHICH CLEARED 6/10/05. |
| Creditor Id: 415978<br>WOLFCHASE ASSOCIATES, LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ.<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | 12013<br>Debtor: WINN-DIXIE STORES, INC. | $1,538,990.31 | $1,536,490.31 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,500.00 FOR ATTORNEY FEES. |