**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**NOTICE OF AGREED ORDER RESOLVING (I) CLAIM NUMBER
366 FILED BY CSX CORPORATION, AS SET FORTH IN THE
DEBTORS' EIGHTH OMNIBUS CLAIMS OBJECTION AND
(II) REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE**

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the court will consider this matter without further notice or hearing unless a party in interest files an objection within 20 days from the date of service of this paper. If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy on (i) James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com, and (ii) D.J. Baker, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, djbaker@skadden.com.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors"), pursuant to Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure and Local Rule 2002-4, give notice of the proposed entry of the attached Agreed Order Resolving (I) Claim Number 366 Filed by CSX Corporation, as set Forth in the Debtors' Eighth Omnibus Claim Objection and (II) Request for Payment of Administrative Expense. If no objection to the proposed Agreed Order is filed

and served within the time as set forth above, the Court will be requested to enter the Agreed Order without further notice or hearing.

Dated: November 15, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*   <br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray<br>    Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | By   *s/ James H. Post*   <br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson,<br>    Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**AGREED ORDER RESOLVING (I) CLAIM NUMBER 366
FILED BY CSX CORPORATION, AS SET FORTH IN THE
DEBTORS' EIGHTH OMNIBUS CLAIMS OBJECTION AND
(II) REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE**

These cases originally came before the Court for hearing on May 4 2006, upon the Eighth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A to the Objection.[2] A response to the Objection was filed by CSX Corporation, as a result of which the Debtors agreed to continue the Objection with respect to claim no. 366 filed by CSX Corporation, among others. On May 4, 2006, the Court entered an order (Docket No. 7594) sustaining the Objection as to the proofs of claim listed on the exhibits to the order and continuing the hearing on the Objection as to claim no. 366 and other unresolved claims. Based upon the representation by counsel to the Debtors and counsel to CSX

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

Corporation that the proposed Agreed Order reflects a resolution of (i) the Objection as to claim no. 366 and (ii) the Request for Payment of Administrative Expense filed by CSX Corporation, it is

ORDERED AND ADJUDGED:

1. Claim no. 366 filed by CSX Corporation is allowed as an unsecured non-priority claim in the amount of $70,407.09.

2. The Request for Payment of Administrative Expense filed by CSX Corporation (Docket No. 7469) shall be disallowed in its entirety.

3. This Order resolves all liabilities and obligations related to all proofs of claim and administrative expense claims filed by CSX Corporation in these Chapter 11 cases.

4. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this ____ day of _____, 2006 in Jacksonville, Florida.

---

Jerry A. Funk
United States Bankruptcy Judge

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | McGUIREWOODS LLP |

By  */s/ James H. Post*                         By   */s/ Michael T. Fackler*\*
      James H. Post                                    Michael T. Fackler

| | |
|---|---|
| Florida Bar Number 175460 | Florida Bar Number 0612421 |
| 225 Water Street, Suite 1800 | John H. Maddock III |
| Jacksonville, Florida 32202 | Elizabeth L. Gunn |
| (904) 359-7700 | 50 North Laura Street, Suite 3300 |
| (904) 359-7708 (facsimile) | Jacksonville, Florida 32202-3661 |
| | (904) 798-2684 |
| -and- | (904) 798-3266 (facsimile) |
| | mfackler@mcguirewoods.com |
| SKADDEN, ARPS, SLATE, | |
| MEAGHER | Counsel to CSX Corporation |
| & FLOM LLP | |
| | \*Counsel has authorized his electronic |
| D. J. Baker | signature |
| Sally McDonald Henry | |
| Rosalie Walker Gray | |
| Jane M. Leamy | |
| Four Times Square | |
| New York, New York 10036 | |
| (212) 735-3000 | |
| (212) 735-2000 (facsimile) | |
| | |
| Co-Counsel for Debtors | |

3