UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 05-3817-3F1

IN RE:

WINN-DIXIE STORES, INC., et al

    Debtor(s).

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

COMES NOW the undersigned attorney and files this Notice of Appearance as additional counsel on behalf of the secured creditor BENNETT M. LIFTER, AS TRUSTEE in the above referenced case.

DATED this 16th day of November, 2006.

    MARK S. KESSLER, P.A.

    By: /s/ Mark S. Kessler
    MARK S. KESSLER, ESQUIRE
    Florida Bar #258326
    331 E. Union Street
    Jacksonville, Florida 32202
    Tel: (904) 350-0060
    Fax: (904) 350-9906
    Attorney for Secured Creditor
    BENNETT M. LIFTER, AS TRUSTEE