UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                    Case No.: 05-03817-JAF
                                                          Chapter 11
WINN-DIXIE STORES, INC., et al.,
                                                          Jointly Administered
    Debtors.
_____/

## CREDITOR'S, GARDENS PARK PLAZA, Ltd., LIMITED OBJECTION TO DEBTORS' TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS ARISING FROM UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY (I) THAT HAVE BEEN ASSUMED, (II) THAT HAVE BEEN ASSUMED AND ASSIGNED, OR (III) THAT ARE THE SUBJECT OF LEASE TERMINATION AGREEMENTS

Creditor, **Gardens Park Plaza, Ltd.** ("GPP"), lessor of non-residential real property, by and through undersigned counsel, hereby files its Limited Objection to Debtors' Twenty-Sixth Omnibus Objection to Claims Arising From Unexpired Leases of Non-Residential Real Property (I) That Have been Assumed, (II) That Have been Assumed and Assigned, or (III) That are the Subject of Lease Termination Agreements, and respectfully represents:

1. On February 21, 2005, the Debtors filed their petitions under chapter 11 of title 11 of the United States Code, commencing these cases.

2. GPP is the lessor under the lease of non-residential real property with the Debtors, located in Gardens Park Plaza, Palm Beach Gardens, Florida, Store No. 333.

3. Exhibit B to the Debtors' Motion indicates that Claim No. 4968 is now an administrative claim in the amount of $90,422.66 and that Claim No. 11551 is now an administrative claim in the amount of $5,000.00. GPP consents to the claims being treated as administrative claims, but as to Claim No. 11551 objects to the amount of $5,000.00 as to attorney fees, and does not stipulate that is the correct amount. GPP is not waiving that right based on (CP#9707), *Creditor's, Gardens Park Plaza, LTD., Limited Objection to Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief*, in which GPP also sought reimbursement of attorney fees in the amount of $7,136.16, as well as future attorney fees which GPP may incur in this matter.

4.  In addition, the amount of $90,422.66 for Claim No. 4968 only covers the 2004 Common Area Maintenance due and does not take into account the amount of $17,859.84, which remains due and owing for 2005.

5.  The total amount due under the lease is $115,438.66.

WHEREFORE, Creditor, **Gardens Park Plaza, Ltd.** ("GPP"), by and through undersigned counsel, respectfully requests that the Court enter an Order sustaining Creditor's, Gardens Park Plaza, Ltd., limited objection, and requiring the Debtor to pay to such Creditor the total cure amount of $115,438.66, and providing a provision that future attorney fees incurred in this matter by Creditor, Gardens Park Plaza, Ltd., shall be paid by the Debtor pursuant to Florida Statute § 83, plus that the Court grant such other and further relief as the court deems just and proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished e-mail to **Cynthia C. Jackson, Esq.**, cjackson@smithhulsey.com, and by regular U.S. Mail to: **Cynthia C. Jackson, Esq.**, 225 Water St., Suite 1800, Jacksonville FL 32202; and **D.J. Baker, Esq.**, Four Times Square, New York NY 10036, on this the 16 day of November 2006.

ELK, BANKIER, CHRISTU & BAKST, LLP

/s/ Rilyn A. Carnahan
MICHAEL R. BAKST, ESQ.
Florida Bar No.: 866377
Rilyn A. Carnahan, Esq.
Florida Bar No.: 614831
Attorneys for Gardens Park Plaza, Ltd.
222 Lakeview Ave., Suite 1330
West Palm Beach FL 33401
Telephone: (561) 238-9900
Facsimile: (561) 238-9920

061115/dlc