**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:                                                                          CASE NO.: 05-03817-3F1

**WINN-DIXIE STORES, INC., et al.**                               Chapter 11

                                                                                        Jointly Administered

## MOTION TO ALLOW CLAIM 13255 AS TIMELY FILED

**COMES NOW** the movant, SUSAN WALKER, by and through the undersigned attorney, and moves this Honorable Court to allow her claim 13255 as being timely filed, and in support, says:

1. Movant was injured in the debtor's store on June 4, 2001. She filed a claim with the debtor's claims administrator, Sedgwick CMS prior to the debtor filing this case. Sedwick CMS assigned Movant the claim number A111211958.

2. Despite the debtor's knowledge of the existence of movant's claim, debtor failed to inform the movant of its bankruptcy filing and failed to include the movant on the bankruptcy matrix.

3. The Movant was not advised nor made aware of the debtor's bankruptcy case until after the August 1, 2005 deadline.

4. The debtor has never provided the movant with a proof of claim, and because of the special procedures implemented in this case, it was difficult for the movant to obtain the proper proof of claim. Ultimately, the movant sought the services of the undersiged attorney to assist in the filing of the claim, which is claim number 13255.

5. The movant is unfairly prejudiced by the debtor's failure to include the movant in the bankruptcy matrix.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this motion has been furnished to Winn Dixie Claims Docketing Center, c/o Logan & Company, Inc., 546 Valley Road, Upper Montclair, NJ 07043 this 15th day of November 2006.

        PARKER & DUFRESNE, P.A.

        /s/ E. Warren Parker, Jr.
        _____
        E. WARREN PARKER, JR.
        Fla. Bar No. #958506
        8777 San Jose Blvd., #301
        Jacksonville, FL 32217
        (904) 733-7766
        Fax:  (904) 733-2919
        Attorney for Debtors