UNITED STATE BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

FILED
JACKSONVILLE, FLORIDA
NOV 1 6 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

TO HON. JUDGE JERRY FUNK
United States Bankruptcy Judge
United States Bankruptcy Court
Middle District of Florida
Jacksonville, Florida.

P O Box 80903
Chamblee GA 30366
10/ 30 /06

RE -CLAIM #12570 FOR $45,144.50 **WINN-DIXIE RALEIGH** Inc.

I am please attaching copies of illegal, invalid and unjustifiable rejection of my claim by Kerry Ledbetter of Sedgwick claims Management services and by James H. Post, Stephen D. Busey and Cynthia C. Jackson of Smith Hulsey and Busey for your information and intervention.

I also attach a copy of the initial complaint for your information and to request for a hearing and presentation of the incidence before you or a chosen panel set for this hearing

My case is valid involving the following abuses from Saverite Grocery warehouse and its employee Cardora Holt.

1 Intentional infliction of emotional distress
2 Humiliation to a customer
3 Harassment to a customer
4 Attack on a customer
5 Disrespect to a customer
6 Wrongful and unauthorised tampering with customers groceries
7 Action of hatred to a customer
8 Embarrassment to a customer
9 Action of abuse to a customer

I believe Winn-Dixie only appoints above companies and give them authority to reject peoples claim without looking at the validity of the claim

Thank You Your Honor

Sunday N. Udoinyion
Claimant



## Sedgwick

Sedgwick Claims Management Services, Inc.
P.O. Box 24787 Jacksonville, FL 32241-4787
Telephone 904 419-5300   Facsimile 904 419-5365/5359

July 14, 2006

Mr. Sunday Udoinyion
Po Box 80903
Chamblee, GA 30366

Re  Claimant:            Sunday Udoinyion
    Incident Date:       04/03/2004
    Proof of Claim #:    12750
    Entity:              Winn-Dixie Raleigh, Inc.
    Location:            2718 Chamblee, GA
    Claim #:             A511213217-0001-01

Dear Mr. Udoinyion:

The following constitutes Winn-Dixie's response to the Proof of Claim and Questionnaire you submitted with regard to the above referenced matter.

Your claim has been rejected for the following reason(s):

1. **Our investigation did not reveal any negligence on the part of Winn-Dixie.**
2. **There is no evidence to support your alleged damages.**

If you have any questions regarding the above, please feel free to contact me at (904) 419-5368.

Sincerely,

*Kerry Ledbetter*

Kerry Ledbetter
General Liability Examiner III
(888) 784-3470, extension 5368

Claimant ID: WDX-416683-L1
UDOINYION, SUNDAY N
PO BOX 80903
CHAMBLEE GA 30366

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Debtors.[1] ) | Jointly Administered |

NOTICE OF DEBTORS' OMNIBUS OBJECTION
TO UNRESOLVED LITIGATION CLAIMS

| CLAIM(S) SUBJECT TO OBJECTION ||
|---|---|
| Claim No.: 12570 | Claim Amount: $45,144.50 |

1.   PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on June 22, 2006 their Omnibus Objection to Unresolved Litigation Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2.   The Objection constitutes notice that the Debtors have objected to and dispute one or more of your claims listed above under CLAIM(S) SUBJECT TO OBJECTION because the Debtors (a) contest the legal basis of each claim and (b) dispute the amount of each claim. In addition, the Debtors may also object to your claim based upon one more of the following grounds: (i) claims which are not supported by legally sufficient documentation; (ii) claims which were not filed prior to the applicable proof of claim bar date; (iii) claims which are required to be reclassified as unsecured; (iv) claims which appear to be duplicative of other claims filed against the Debtors; (v) claims which appear to have been amended and superseded by later filed claims; and/or (vi) claims which have been settled or withdrawn.

3.   The Objection is being made at this time only to confirm that your claims listed above under CLAIM(S) SUBJECT TO OBJECTION have been objected to and are in dispute at this time.

---

[1]   In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

P.O .B 80903
CHAMBLEE
GA 30366

10/30/06

Kerry Ledbetter
Sedgwick Claim Management Services,
PO Box 24787
Jacksonville Fl 32241-4787

Stephen D.Busey
James H.Post
Cynthia C.Jackson
225 water street, suite 1800
Jacksonville Fl 32202

Re-   Claim #A511213217-0001-01
      Proof of Claim #12750/12570

Two different proof of claim numbers appear on many communications to me which need to be corrected-12750/12570
Your rejection of my claim per your letter (copy attached) is not valid. Attached please see a copy of the incidence leading to the initial filing of the complaint against Saverite Grocery warehouse which is self explanatory.

I plan to attend any hearing that may be scheduled on this case when Iam notified with enought time to attend. My claim is a valid claim with witnesses including the store Manager Shamica Tate who pleaded withCardora Holt to leave attacking me and messing with my grocery and throwing them on the table but she refused many times.

The Managers pleading to Cardora Holt, the receipts of purchase,Cardora Holt leaving her register and her customers to another register to perform this HATE crime intentionally thus attacking me and messing with my grocery are evidences of my claim

According to Judge Jerry Funk this claim must be settled.

A copy of this response to your invalid rejection is being sent to Judge Jerry Funk for information

Sunday N. Udoinyion
Claimant

# STATE COURT OF DEKALB COUNTY
### GEORGIA, DEKALB COUNTY
### SUMMONS

Action No. 05A3943-1

[ ] ANSWER

[ ] JURY

SEP 23 2005

___SUNDAY N. UDOINYION___      vs   ___SAVERITE GROCERY WARE-___
___PO BOX 80903, CHAMBLEE___         ___HOUSE STORE #2718, PEACHTREE___
___GEORGIA, GA 30366___              ___INDUSTRIAL BLVD, CHAMBLEE GA 30341___
(Plaintiff's name and address)       (Defendant's name and address)

### TO THE ABOVE-NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of State Court, Room 104, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:

___SUNDAY N UDOINYION___
(Name)
___PO BOX 80903, CHAMBLEE GA 30366___
(Address)
___678-428-2516___
(Phone Number)          (Georgia Bar No.)

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. (Plus cost of this action.)

Filed this the 23 day of Sept, 2005

Kenneth Cheek, Clerk
State Court of DeKalb County

By _____
Deputy Clerk, State Court of DeKalb County

Defendant's Attorney _____    Third Party Attorney _____

Address _____                  Address _____

Phone No. _____ Georgia Bar No. _____  Phone No. _____ Georgia Bar No. _____

### TYPE OF SUIT

**Tort**

| | | | |
|---|---|---|---|
| [ ] Account | [ ] Auto Accident | Principal | $ 45,144.50 |
| [ ] Contract | [ ] Premises Liability | | |
| [ ] Note | [ ] Medical Malpractice | Interest | $ |
| [ ] Personal Property | [ ] Other Professional Negligence | | |
| [ ] Attachment | [ ] Product Liability | Atty Fees | $ |
| [ ] Other: ASAULT/ATTACK/ABUSE | | | |
| [ ] Appeal/ Review | [ ] Transferred From | Court Cost | $ |

(Attach Blue to ORIGINAL and White to SERVICE COPY of complaint)           sum2002

# STATE COURT OF DEKALB COUNTY
## GEORGIA, DEKALB COUNTY

## SUMMONS

No. _____

Date Summons Issued and Filed

_____

**Deputy Clerk**

Deposit Paid $ _____

[ ] **ANSWER**

[ ] **JURY**

Plaintiff: SUNDAY N. UDOINYION, PO BOX 80903 CHAMBLEE GA 30366
(Plaintiff's name and address)

vs.

Defendant: SAVE RITE GROCERY WAREHOUSE STORE #2718, PEACHTREE INDUSTRIAL BLVD., CHAMBLEE GA
(Defendant's name and address)

### TO THE ABOVE-NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of State Court, Room 104, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:

SUNDAY N. UDOINYION (Name)
PO BOX 80903, CHAMBLEE, GEORGIA (Address)
GA 30366  678-428-2516
(Phone Number)                  (Georgia Bar No.)

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. (Plus cost of this action.)

---

Defendant's Attorney _____

Address _____

Phone No. _____ Georgia Bar No. _____

Third Party Attorney _____

Address _____

Phone No. _____ Georgia Bar No. _____

---

**TYPE OF SUIT**

- [ ] Account
- [ ] Contract
- [ ] Note
- [ ] Trover
- [ ] Personal Injury
- [ ] Medical Malpractice
- [ ] Legal Malpractice
- [ ] Product Liability
- [ ] Other  ASSAULT/ATTACK/ABUSE

Principal   $ 45,144.50
Interest    $ _____
Atty Fees   $ _____

- [ ] Transferred From _____

**(Attach BLUE to Original and WHITE to Service Copy of complaint)**

summons6-2005

# IN THE STATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

**Plaintiff:** SUNDAY N. UDOINYION

**vs.**

**Defendant:** SAVE RITE GROCERY WAREHOUSE
CHAMBLEE GA

**CIVIL ACTION FILE NO.** _____

**COMPLAINT**

1.

The defendant(s), herein named is a resident of DeKalb County Georgia, and is subject to the jurisdiction of this Court.

2.

That the Defendant is indebted to the Plaintiff in the amount of $45,144.50, for PLEASE SEE THE ATTACHED COMPLAINT EXPLANATION AND COST COMPUTATION

3.

The Plaintiff prays for judgment in the amount of $45,144.50 plus cost.

**Plaintiff's Name and Address:**
SUNDAY N UDOINYION
PO BOX 80903
CHAMBLEE GA 30366

**Phone No.**
678 428 2516
Home                    Business

In the State Court of Dekalb County
State of Georgia

| | |
|---|---|
| Sunday N. Udoinyion<br>PLAINTIFF | Civil Action File<br>NO#_____ |
| Vs | |
| SaveRite Grocery Warehouse<br>DEFENDANT | |

### JURY TRIAL REQUESTED

### COMPLAINT

On April 3, 2004, at about 2:00 p.m., I went to SaveRite Grocery Warehouse to purchase some grocery items. At about 2:50 p.m., a cashier by the name, Tammara, started to check my groceries out. While she was checking my grocery items, I saw another cashier jump from her register to come and bag my groceries, leaving the customers who were approaching her register. I had already begun to bag some of my grocery items before she came, so I told her, "thank you for your desire to bag for me, but I can take care of it myself."

She responded by saying that she still wanted to bag for me, so I repeated the second time by saying, "no, I don't want you to bag for me, I can take care of it myself, thank you." The third time she replied to me, "that she must bag for me." At this time, I became suspicious of her and told her the fourth time to leave. Her reply the fourth time was, "I am not leaving." I told her the fifth time to leave.

At this time, she had already picked up some of my groceries and threw them into a bag, while throwing some items at random on to the checking table, thus playing and messing with my groceries. After the fifth

1

time when I told her to leave, the manager of the SaveRite Warehouse, Shamica Tate, heard it and rushed over to the register and told her to leave, but she refused. The Manager told her the second time to leave, but she still refused to leave. The manager then resorted to pleading with her to leave, but the pleading fell on deaf ears. The lady still refused to leave.

During the time that the manager was pleading with the lady, she had some of my grocery items in her hand ready to bag including okra. The manager, with anger and frustration, then left her at the register and went to the office. This was the time that this lady began to leave on her own, but before she left, she picked up more of my grocery items and threw them at random back on the checking table.

I told the cashier, Tammara, to wait for me while I went to pick some replacement grocery items including okra, because I did not want those particular grocery items that she had already messed with and exchanged some and rechecked the okra. The cashier and I re-bagged all the grocery items and I went to meet the manager who left the register to write her up.

The manager gave me her name as Cordora Holt and the phone number to call the Customer Service Office. I have been shopping in this store since it was Winn-Dixie, and no one ever attacked me this way.

On 5/3/2004, I received a call from Anita Searcy of SaveRite Human Resources, offering me a gift certificate to settle the matter. The amount was not acceptable for all that I went through.

SaveRite Grocery and its Employee, Cardora Holt, have caused the following adverse effect on me as a customer:

1. Intentional infliction of emotional distress
2. Humiliation to a customer
3. Harassment to a customer
4. Attack on a customer
5. Disrespect to a customer
6. Wrongful and unauthorized tampering with customer's groceries
7. Action of hatred to a customer
8. Embarrassment to a customer
9. Act of abuse to a customer

I am hereby suing SaveRite Grocery Warehouse for damages as follows:

| | | |
|---|---|---:|
| 1. | Intentional infliction of emotional distress | $7,000.00 |
| 2. | Humiliation to a customer | 5,000.00 |
| 3. | Harassment to a customer | 5,000.00 |
| 4. | Attack on a customer | 5,000.00 |
| 5. | Disrespect to a customer | 5,000.00 |
| 6. | Wrongful and unauthorized tampering with customer's groceries | 7,000.00 |
| 7. | Action of hatred to a customer | 5,000.00 |
| 8. | Embarrassment to a customer | 3,000.00 |
| 9. | Act of abuse to a customer | 3,000.00 |

Other costs for filing this complaint are as follows:

| | | |
|---|---|---:|
| 1. | Cost for typing Complaint | 35.00 |
| 2. | Court Cost and Filing Fee | 109.50 |

**TOTAL AMOUNT SUED FOR:**   $ 45,144.50

The Plaintiff therefore is requesting a trial by Jury.

_____          9/23/05
Sunday N. Udoinyion                              Date
Plaintiff
P.O. Box 80903
Chamblee, GA 30366
(678) 428-2516

3

# SAVERITE
### GROCRY WAREHOUSE

```
    FRESH WHOLE OKRA        1.88 B
    D/SOUTH GRAPE JELY      1.48 B
 U'SAVED  .21
    THR/MD CORNED BEEF       .99 B
    THR/MD CORNED BEEF       .99 B
    PRODUCE                  .99 B
    PRODUCE                  .99 B
**** TAX         .15  TOT   7.47

 L  FRESH WHOLE OKRA        1.88-B
**** TAX         .11  TOT   5.55

 F  PERSONAL CHECK           7.47

    CHANGE                   1.92

TOTAL NUMBER OF ITEMS SOLD =  5
4/03/04  2:50 PM 2718 06 0047 125
```

**YOUR CASHIER TODAY IS TAMANNA**

**YOU SAVED OVER SUPERMARKET    .21**

MANAGER JARVAS J SMITH
STORE # 2718 - CHAMBLEE  GA
PHONE # (770)457-1590

WE APPRECIATE YOUR
PATRONAGE AND COMMENTS

CUSTOMER RESPONSE# 1-866-232-6133



# SAVERITE
### GROCERY WAREHOUSE

```
FRESH WHOLE OKRA         2.09 B
**** TAX       .04  TOT   2.13

    CASH                  2.13


TOTAL NUMBER OF ITEMS SOLD = 1
4/03/04  2:51 PM 2718 06 0048 125

    YOUR CASHIER TODAY IS TAMANNA

       MANAGER JARVAS J SMITH
       STORE # 2718  - CHAMBLEE  GA
           PHONE # (770)457-1590

           WE APPRECIATE YOUR
          PATRONAGE AND COMMENTS

   CUSTOMER RESPONSE# 1-866-232-6133
```