UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

FILED
JACKSONVILLE, FLORIDA
NOV 16 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., ET AL., | * | CHAPTER 11 |
| DEBTORS. | * | JOINTLY ADMINISTERED |
| | * | |

\* \* \* \* \* \* \*

## OBJECTION TO PROPOSED CURE AMOUNT

Gordon K. Konrad ("Landlord") respectfully submits this objection to the proposed cure amount owed to Landlord in conjunction with the assumption of that certain lease agreement by and between Landlord and Winn-Dixie Montgomery, Inc. ("Debtor"), as such proposed cure amount is set forth in the DEBTORS' TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS ARISING FROM UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY (I) THAT HAVE BEEN ASSUMED, (II) THAT HAVE BEEN ASSUMED AND ASSIGNED, OR (III) THAT ARE THE SUBJECT OF LEASE TERMINATION AGREEMENTS (the "Motion"), and represents as follows:

1.

On February 21, 2005 (the "Petition Date"), Debtor filed its petition under Chapter 11 of Title 11 of the United States Bankruptcy Code.

2.

Prior to the Petition Date, Debtor and Landlord executed a certain lease agreement (the "Lease"), whereby Debtor became a tenant of Landlord's shopping center located in Covington, Louisiana[1].

3.

By ORDER CORRECTING ORDER DATED OCTOBER 4, 2006 (I) AUTHORIZING ASSUMPTION OF NON-RESIDENTIAL REAL PROPERTY LEASES, (II) FIXING CURE AMOUNTS AND (III) GRANTING RELATED RELIEF TO ATTACHED AMENDED EXHIBITS A AND D, dated the 25th day of October, 2006, the Debtor was authorized to assume the Lease but did not fix the cure amount because Landlord timely filed a Cure Objection.

4.

Under section 365 of the Bankruptcy Code, in conjunction with the assumption of the Lease, Debtor is required to cure any and all defaults under the Lease, including paying to Landlord any and all unpaid amounts owed under the Lease. *See also In re Fifth Taste Concepts LAS OLAS, LLC*, 325 B.R. 42 (Bkrtcy. S.D. Fla. 2005)

5.

In the Motion, the Debtor avers that the Proposed Cure Amount (as that term is defined in the Motion) owed to Landlord equals $43,136.08.

---

[1] The Debtor's store subject to the Lease is described as store No. 1448 in the exhibits attached to the Motion.

6.

Landlord objects to this Proposed Cure Amount as such amount does not accurately reflect all the unpaid amounts due and owing to Landlord under the Lease.

7.

Pursuant to the Lease[2], Debtor is obligated to pay certain property taxes apportioned to Debtor, as well as a fixed percentage of certain construction and maintenance costs associated with the shopping center.

8.

In this regard, as evidenced by the documents attached hereto, the amounts outstanding and due to Landlord by Debtor under the Lease equal $106,872.21, which include unpaid 2004 property taxes equaling $31,492.24, unpaid 2005 property taxes equaling $4,752.33[3], and $70,627.64 for Debtor's pro-rata share of the cost of the concrete work performed at the shopping center[4]. *In re A. R. Dameron & Associates, Inc.*, 3 B.R. 450 (Bkrtcy. N.D. Ga. 1980) (cure amount includes unpaid construction costs owed under lease being assumed by debtor); *In re Rachels Industries, Inc.*, 109 B.R. 797 (Bkrtcy. W.D. Tenn. 1990) (debtor seeking to assume lease must pay landlord unpaid property taxes owed by debtor under the lease), *modified on other grounds, In re Diamond Manufacturing Co., Inc.* 164 B.R. 189 (Bkrtcy. S.D. Ga. 1994).

---

[2] The Lease is voluminous and is, therefore, not attached hereto. While Debtor should be in possession of a copy of the Lease, Landlord will make available a copy of the Lease upon request.

[3] The total amount of property taxes for 2005 owed by Debtor under the Lease equaled $33,357.73; however, Debtor has paid $28,605.40 of the total amount owed.

[4] The total cost incurred as a result of the concrete job at the shopping center equaled $98,093.94 as per attached invoices; under the Lease, Debtor owes 72% of this amount, or $70,627.64.

9.

Accordingly, Landlord respectfully submits that the Proposed Cure Amount of $43,136.08 is inaccurate and the correct cure amount owed to Landlord in conjunction with the Debtor's assumption of the Lease equals $106,872.21 as shown above.

10.

Therefore, if the Debtor does assume the Lease, Landlord respectfully submits that Debtor is required to pay to Landlord $106,872.21 to cure the monetary defaults under the Lease as described herein above.

WHEREFORE, Landlord respectfully prays that this Court reject the Proposed Cure Amount of $43,136.08 set forth in the Motion and enter an order stating that the cure amount owed to Landlord in conjunction with the Debtor's assumption of the Lease is $106,872.21.

Respectfully submitted,

_____
GORDON K. KONRAD
3900 River Road, Suite 3
Jefferson, LA 70121

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on counsel for Debtors listed below via facsimile and via depositing the same in the United State mail, first class postage prepaid and properly addressed, on the ___ day of November, 2006.

Cynthia C. Jackson
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida 32202

_____
GORDON K. KONRAD

**GORDON "ROB" KONRAD**
3900 River Road, Suite 3
Jefferson, LA 70121
(504) 831-9985
Fax 504-837-1213

ATTENTION:     Brent Wyatt

FROM:          Gordon "Rob" Konrad

DATE:          July 25, 2006

FAX NO:        504.584.9142

NUMBER OF SHEETS INCLUDING COVER SHEET     15

MESSAGE:

Brent, find attached the 2004 property tax bill, the 2005 property tax bill and the estimate along with all invoices concerning the concrete job.

1.) The total 2004 tax bill is outstanding                                         $31,492.24

2.) Only the first 52 days for '05 are outstanding,
    Total tax bill of 2005 is $33,357.73
        of which $28,605.40 has been paid-outstanding balance-                    $4,752.33

3.) Total cost of concrete job-as per invoices-$98,093.94
        72% for which Winn Dixie is responsible                                   $70,627.64

**TOTAL AMOUNT OWED**                                                             **$106,872.39**

Please advise if you need any additional information. Thank you.

PLEASE CALL 504-831-9985 IF YOU DID NOT RECEIVE ALL SHEETS OR IF MESSAGE IS ILLEGIBLE. THANK YOU!

| | |
|---|---|
| WARD | ASSESSMENT NUMBER |
| 06 | 1060097322 |
| CID NUMBER | BILL NUMBER |
| | 0000000000 |

| PROPERTY ASSESSED | ASSESSMENT |
|---|---|
| LAND | 10,910 |
| BUILDING(S) | 194,520 |
| TOTAL ASSESSMENT | 205,430 |
| LESS HOMESTEAD EXEMPTION | 0 |
| NET ASSESSMENT | 205,430 |

```
******AUTO**3-DIGIT 701
KONRAD, GORDON                    177 197
3900 RIVER RD STE 3               54515
JEFFERSON LA  70121-4150
```

### MILLAGE - BASED TAX CHARGES

| TAX DISTRICT | TAX RATE | TAX AMT |
|---|---|---|
| LAW ENFORCEMENT (SHERIFF) | 10.720 | 2,202.22 |
| SCHOOL DIST NO. 12 BOND/INT | 23.900 | 4,909.78 |
| SCHOOL CONST TAX | 3.700 | 760.09 |
| SCHOOL MAINT OPERATIONS | 5.190 | 1,066.18 |
| SCHOOL BLDG REPAIR | 3.700 | 760.09 |
| OPERATION AND MAINT. SCHOOLS | 38.100 | 7,826.88 |
| FLORIDA PAR. JUV. CENTER | 3.000 | 616.29 |
| DRAINAGE MAINTENANCE | 1.800 | 369.77 |
| LIBRARY | 5.240 | 1,076.45 |
| PARISH SPECIAL ASSESSOR | 2.660 | 546.44 |
| PUBLIC HEALTH | 1.800 | 369.77 |
| ANIMAL SHELTER | 0.830 | 170.51 |
| COUNCIL ON AGING | 0.830 | 170.51 |
| STARC | 0.830 | 170.51 |
| ALIMONY 2 (PARISH GOVERNMENT) | 1.470 | 301.98 |
| MOSQUITO DIST 2 | 5.550 | 1,140.14 |
| CITY OF COVINGTON | 20.810 | 4,275.00 |
| FIRE DIST 12 | 23.170 | 4,759.81 |

**WE CAN NO LONGER MAIL PAID RECEIPTS. THIS DOCUMENT AND YOUR CANCELLED CHECK WILL SERVE AS YOUR RECEIPT. PLEASE ALLOW UNTIL MARCH 20TH, 2005 FOR CHECK TO CLEAR DUE TO VOLUME OF MAIL THAT HAS TO BE PROCESSED**

**IMPORTANT NOTICE TO THE PROPERTY OWNER:** You are requested to return the bottom portion of this bill with remittance in the enclosed return envelope. Taxes for the year 2004 become delinquent after January 21, 2005 except in the cases of supplemental assessment notices which become delinquent fifteen (15) days following issuance of such supplemental notices. Interest will accrue on the taxes from and after the date the taxes become delinquent and shall bear interest from January twenty-first of such year until paid, at the rate of one percent per month or any part thereof. If your mortgage company pays this bill for you, you must forward this bill to them as soon as possible for their payment. **IF YOU NO LONGER OWN THIS PROPERTY, PLEASE FORWARD THIS BILL TO THE NEW OWNER OR USE THE RETURN ENVELOPE TO NOTIFY US OF THE NEW OWNER'S NAME AND ADDRESS.** If you still own the property and your mailing address has changed, please complete the section below.

### PROPERTY DESCRIPTION

3.642 ACS SEC 45 6 11 BEING PT TRACT 1 CB 1131 115 CB 1287 450 CB 1289 700 INST NO 919146 INST NO 930387 INST NO 1117167

*Winn Dixie*
*2013-04*

POSTED
PAID GRK 31492.42
CK.# 4315 GKK
DATE 1-14-05

| PAY THIS AMOUNT | $31,492.42 |
|---|---|

---

**DO NOT MAIL PAYMENT WITH THIS CHANGE OF ADDRESS NOTICE.**

**CHANGE OF ADDRESS NOTIFICATION:** If you are still the owner of the above described property and your address has changed, you are requested to complete and detach this section and mail it to: St. Tammany Assessor, 701 N. Columbia St., Covington, LA 70433.

Assessment #: **1060097322**

My Correct Address is: _____

City, State, Zip: _____

The physical address of my property is: _____

Signature _____ Date _____

3,642

**RECEIVED FEB 03 2006 BELLE CHASSE**

******AUTO**3-DIGIT 701
KONRAD, GORDON
3900 RIVER RD STE 3
JEFFERSON LA  70121-4150

82 97
18974

| | WARD | ASSESSMENT NUMBER |
|---|---|---|
| | 06 | 1060097322 |
| | CID NUMBER | BILL NUMBER |
| | | 00336092 |

| PROPERTY ASSESSED | ASSESSMENT |
|---|---|
| LAND | 10,910 |
| BUILDING(S) | 194,520 |
| TOTAL ASSESSMENT | 205,430 |
| NET ASSESSMENT | 205,430 |
| | |
| | |

### WE CAN NO LONGER MAIL PAID RECEIPTS. THIS DOCUMENT AND YOUR CANCELLED CHECK WILL SERVE AS YOUR RECEIPT. PLEASE ALLOW UNTIL MAY 20TH, 2006 FOR CHECK TO CLEAR DUE TO VOLUME OF MAIL THAT HAS TO BE PROCESSED

**IMPORTANT NOTICE TO THE PROPERTY OWNER:** You are requested to return the bottom portion of this bill with remittance in the enclosed return envelope. Taxes for the year 2005 become delinquent after March 13th, 2006 except in the cases of supplemental assessment notices which become delinquent fifteen (15) days following issuance of such supplemental notices. Interest will accrue on the taxes from and after the date the taxes become delinquent and shall bear interest from March thirteenth of such year until paid, at the rate of one percent per month or any part thereof. If your mortgage company pays this bill for you, you must forward this bill to them as soon as possible for their payment. **IF YOU NO LONGER OWN THIS PROPERTY, PLEASE FORWARD THIS BILL TO THE NEW OWNER OR USE THE RETURN ENVELOPE TO NOTIFY US OF THE NEW OWNER'S NAME AND ADDRESS.** If you still own the property and your mailing address has changed, please complete the section below.

| MILLAGE - BASED TAX CHARGES | | |
|---|---|---|
| TAX DISTRICT | TAX RATE | TAX AMT |
| LAW ENFORCEMENT | 10.72 | 2,202.21 |
| ANIMAL SHELTER | .83 | 170.51 |
| COUNCIL ON AGING | .83 | 170.51 |
| STARC | .83 | 170.51 |
| CORONER'S MILLAGE | 4.00 | 821.72 |
| PARISH SPECIAL ASSESSOR | 2.66 | 546.44 |
| PUBLIC HEALTH | 1.80 | 369.77 |
| ALIMONY 2 | 1.47 | 301.98 |
| SCHOOL DIST NO 12 BOND/INT | 21.90 | 4,498.92 |
| FIRE DIST 12 | 25.00 | 5,135.75 |
| MOSQUITO DIST 2 | 5.55 | 1,140.14 |
| SCHOOL CONST TAX | 4.47 | 918.27 |
| SCHOOL MAINT OPERATIONS | 5.69 | 1,168.90 |
| SCHOOL BLDG REPAIR | 4.05 | 831.99 |
| CITY OF COVINGTON | 20.81 | 4,275.00 |
| OPERATION AND MAINT SCHOOL | 41.73 | 8,572.60 |
| FLORIDA PARISH JUV CENTER | 3.00 | 616.29 |
| DRAINAGE MAINTENANCE | 1.80 | 369.77 |
| LIBRARY | 5.24 | 1,076.45 |

| PROPERTY DESCRIPTION |
|---|
| 3.642 ACS SEC 45 6 11 BEING PT TRACT 1 CB 1131 115 CB 1287 450 CB 1289 700 INST NO 919146 INST NO 930387 INST NO 1117167 |

| PAY THIS AMOUNT | $33,357.73 |
|---|---|

--- ✂ --- --- --- --- --- --- --- ✂ ---

**DO NOT MAIL PAYMENT WITH THIS CHANGE OF ADDRESS**



March 24, 2006

7100 6921 9020 0007 3944

RICHARD M. TANSI
Manager, Sales/Use and Property Tax

Gordon K. Konrad
P.O. Box 10890
Jefferson, LA 70181

Re:   Store # 1448

Dear Landlord:

On February 21, 2005 (the "Petition Date"), Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"), filed petitions for relief under Chapter 11 of the United States Bankruptcy Code. These cases are being jointly administered in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, as Case no. 05-03817-3F1(the "Bankruptcy Court").

The Debtors have received your request for reimbursement of the amount of $33,357.73 representing state or local property taxes you report that you have paid to the applicable taxing authority in connection with the Lease. A portion of the taxes for which you seek reimbursement are for taxes which accrued prior to the Petition Date. Because these taxes accrued prior to the Petition Date, the Debtors are not at this time authorized by the Bankruptcy Code to reimburse you. If the Debtors assume the Lease pursuant to section 365 of the Bankruptcy Code, you will be reimbursed in full at the time of the assumption. If the Debtors reject the Lease, you will receive a distribution only if (i) you filed a timely proof of claim for the taxes (ii) the claim is allowed by the Bankruptcy Court and (iii) a plan of reorganization is confirmed by the Bankruptcy Court. The Debtors will make any such distribution at that time and in the amount and form provided by the confirmed plan.

As to your reimbursement request for taxes which accrued after the Petition Date (through 12/31/05), a check is enclosed totaling $28,605.40.

Sincerely,

Richard M. Tansi
Winn Dixie Stores, Inc.

WINN-DIXIE JACKSONVILLE    PO BOX B, 5050 EDGEWOOD COURT    JACKSONVILLE, FL 32203-0297    (904) 783-5000

Printed on Recycled Paper

WD 22 192

| INVOICE DATE | INVOICE NO | INVOICE AMOUNT | DISCOUNT AMOUNT | AMOUNT PAID | COMMENTS |
|---|---|---|---|---|---|
| 04/13/04 | | $680.00 | | $680.00 | Concrete- Main Street Shopping Center |
| TOTALS | | | | | 6145-04 |

POSTED

THIS DOCUMENT HAS A COLORED BACKGROUND - NOT A WHITE BACKGROUND

**GORDON K. KONRAD**
3900 RIVER ROAD, SUITE 3
JEFFERSON, LA 70121
(504) 831-9985

004027

| CHECK NUMBER | DATE |
|---|---|
| 004027 | 04/13/04 |

HIBERNIA NATIONAL BANK
NEW ORLEANS, LOUISIANA 70161
84-254/650

AMOUNT
$680.00

PAY EXACTLY ***Six Hundred Eighty and no/100's***

PAY TO THE ORDER OF   Concrete Specialties

NON - NEGOTIABLE

⑆004027⑆ ⑈065000040⑈81 24⑆3582 5⑈

GORDON K. KONRAD
JEFFERSON, LA

VENDOR NO. CONC1000     NAME: John Wiebelt

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.

DATE: 8/16/04      CHECK NO.: 4136      PAGE: 1

| INVOICE DATE | INVOICE NO. | INVOICE AMOUNT | DISCOUNT AMOUNT | AMOUNT PAID | COMMENTS |
|---|---|---|---|---|---|
| 8/16/04 | --- | | | $886.94 | Main Street S/Center 17 Buckets |
| TOTALS | | | b | $886.94 | |

POSTED

6025-04

THIS DOCUMENT HAS A COLORED BACKGROUND — NOT A WHITE BACKGROUND

GORDON K. KONRAD
3900 RIVER ROAD, SUITE 3
JEFFERSON, LA 70121
(504) 831-9985

004136

| CHECK NUMBER | DATE |
|---|---|
| 4136 | 8/16/04 |

HIBERNIA NATIONAL BANK
NEW ORLEANS, LOUISIANA 70161
84-254/650

PAY EXACTLY    **Eight hundred eighty-six and 94/100 dollars***

AMOUNT
$886.94**

PAY TO THE ORDER OF    John Wiebelt**

NON - NEGOTIABLE

⑊004136⑊ ⑈065000090⑈81  24⑈3582  5⑊

GORDON K. KONRAD
JEFFERSON, LA

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.

DATE: 2/13/04    CHECK NO.: 3981    PAGE: 1

| INVOICE DATE | INVOICE NO. | INVOICE AMOUNT | DISCOUNT AMOUNT | AMOUNT PAID | COMMENTS |
|---|---|---|---|---|---|
| 2/13/04 | --- | | | $20,000.00 | Advance on concrete Main Street Shopping Ctr DRAW 1 |
| | | | | | POSTED |
| | | | | | 6145-04 |
| TOTALS | | | | $20,000.00 | |

THIS DOCUMENT HAS A COLORED BACKGROUND — NOT A WHITE BACKGROUND

**GORDON K. KONRAD**
3900 RIVER ROAD, SUITE 3
JEFFERSON, LA 70121
(504) 831-9985

003981

| CHECK NUMBER | DATE |
|---|---|
| 3981 | 2/13/04 |

HIBERNIA NATIONAL BANK
NEW ORLEANS, LOUISIANA 70161
84-254/650

AMOUNT
$20,000.00**

PAY EXACTLY ***Twenty thousand and 00/100 dollars***

PAY TO THE ORDER OF   Concrete Specialties, Inc.

NON - NEGOTIABLE

⑆003981⑆ ⑉065000090⑉81   24⑈3582 5⑈

GORDON K. KONRAD
JEFFERSON, LA

VENDOR NO.: CONC1000   NAME: Concrete Specialties, Inc.

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.

DATE: 3/19/04   CHECK NO.: 4005   PAGE: 1

| INVOICE DATE | INVOICE NO. | INVOICE AMOUNT | DISCOUNT AMOUNT | AMOUNT PAID | COMMENTS |
|---|---|---|---|---|---|
| 3/19/04 | --- | | | $20,000.00 | Concrete Advance<br>Main Street Shopping Ctr<br><br>DRAW 2<br><br>POSTED     6145-04 |
| TOTALS | | | | $20,000.00 | |

THIS DOCUMENT HAS A COLORED BACKGROUND—NOT A WHITE BACKGROUND

004005

**GORDON K. KONRAD**
3900 RIVER ROAD, SUITE 3
JEFFERSON, LA 70121
(504) 831-9985

| CHECK NUMBER | DATE |
|---|---|
| 4005 | 3/19/04 |

HIBERNIA NATIONAL BANK
NEW ORLEANS, LOUISIANA 70161
84-254/650

AMOUNT
$20,000.00*

PAY EXACTLY **Twenty thousand and 00/100 dollars**

PAY TO THE ORDER OF   Concrete Specialties, Inc.**

NON-NEGOTIABLE

⑆004005⑆ ⑆065000090⑆ 1 24 3582 5⑆

| | | | | VENDOR NO.: CONC1000 | NAME: Concrete Specialties |
|---|---|---|---|---|---|

**GORDON K. KONRAD**
JEFFERSON, LA

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.

DATE: 6/4/04     CHECK NO.: 4070     PAGE: 1

| INVOICE DATE | INVOICE NO. | INVOICE AMOUNT | DISCOUNT AMOUNT | AMOUNT PAID | COMMENTS |
|---|---|---|---|---|---|
| 6/4/04 | --- | | | $10,000.00 | Main Street S/Center 3rd Draw |
| | | | | **POSTED** | 6145-04 |
| TOTALS ▶ | | | | $10,000.00 | |

**THIS DOCUMENT HAS A COLORED BACKGROUND—NOT A WHITE BACKGROUND**

**GORDON K. KONRAD**
3900 RIVER ROAD, SUITE 3
JEFFERSON, LA 70121
(504) 831-9985

004070

| CHECK NUMBER | DATE |
|---|---|
| 4070 | 6/4/04 |

HIBERNIA NATIONAL BANK
NEW ORLEANS, LOUISIANA 70161
84-254/650

| AMOUNT |
|---|
| $10,000.00** |

PAY EXACTLY    **Ten thousand and 00/100 dollars***

PAY TO THE ORDER OF    Concrete Specialties**

NON-NEGOTIABLE

⑃004070⑃ ⑆065000090⑆ 81 24⑃3582 5⑃

**GORDON K. KONRAD**
JEFFERSON, LA

VENDOR NO.: CONC1000   NAME: Concrete Specialties

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.

DATE 8/27/04    CHECK NO.: 4155    PAGE: 1

| INVOICE DATE | INVOICE NO. | INVOICE AMOUNT | DISCOUNT AMOUNT | AMOUNT PAID | COMMENTS |
|---|---|---|---|---|---|
| 8/27/04 | --- | | | $10,000.00 | Main Street S/Center 4th Draw |
| | | | | | POSTED |
| | | | | | 6025-04 |
| TOTALS ▶ | | | | $10,000.00 | |

---

**GORDON K. KONRAD**
3900 RIVER ROAD, SUITE 3
JEFFERSON, LA 70121
(504) 831-9985

004155

| CHECK NUMBER | DATE |
|---|---|
| 4155 | 8/27/04 |

HIBERNIA NATIONAL BANK
NEW ORLEANS, LOUISIANA 70161
84-254/650

AMOUNT
$10,000.00**

PAY EXACTLY **Ten thousand and 00/100 dollars****

PAY TO THE ORDER OF   Concrete Specialties**

NON - NEGOTIABLE

⑈004155⑈ ⑆065000090⑆81 24⑈3582 5⑈

| | | | | | |
|---|---|---|---|---|---|
| GORDON K. KONRAD | | | VENDOR NO.: WIEB1000 | NAME: John Wiebelt | |
| JEFFERSON, LA | | | | | |
| DETACH AND RETAIN THIS STATEMENT | | DATE: 9/30/04 | | CHECK NO.: 4174 | PAGE: 1 |
| THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW. | | | | | |

| INVOICE DATE | INVOICE NO. | INVOICE AMOUNT | DISCOUNT AMOUNT | AMOUNT PAID | COMMENTS |
|---|---|---|---|---|---|
| 9/30/04 | --- | | | $10,000.00 | Main Street S/Center Concrete draw |
| | | | POSTED | | |
| | | | | | r145-04 |
| | TOTALS ▶ | | | $10,000.00 | |

THIS DOCUMENT HAS A COLORED BACKGROUND—NOT A WHITE BACKGROUND

**GORDON K. KONRAD**
3900 RIVER ROAD, SUITE 3
JEFFERSON, LA 70121
(504) 831-9985

004174

| CHECK NUMBER | DATE |
|---|---|
| 4174 | 9/30/04 |

HIBERNIA NATIONAL BANK
NEW ORLEANS, LOUISIANA 70161
84-254/650

| AMOUNT |
|---|
| $10,000.00** |

PAY EXACTLY  ***Ten thousand and 00/100 dollars***

PAY TO THE ORDER OF  John Wiebelt**

NON - NEGOTIABLE

⑊004174⑊ ⑉065000090⑊81 24⑊3582 5⑊

GORDON K. KONRAD
JEFFERSON, LA

VENDOR NO. WIEB1000   NAME: John Wiebelt

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.

DATE: 10/4/04   CHECK NO.: 4188   PAGE: 1

| INVOICE DATE | INVOICE NO. | INVOICE AMOUNT | DISCOUNT AMOUNT | AMOUNT PAID | COMMENTS |
|---|---|---|---|---|---|
| 10/4/04 | --- | | | $22,627.00 | Main Street Shopping Ct Concrete repairs to parking lot |
| TOTALS | | | | $22,627.00 | |

POSTED

6145-04

---

GORDON K. KONRAD
3900 RIVER ROAD, SUITE 3
JEFFERSON, LA 70121
(504) 831-9985

004188

| CHECK NUMBER | DATE |
|---|---|
| 4188 | 10/4/04 |

HIBERNIA NATIONAL BANK
NEW ORLEANS, LOUISIANA 70161
84-254/650

AMOUNT
$22,627.00**

PAY EXACTLY   ***Twenty-two thousand six hundred twenty-seven and 00/100 dollars**

PAY TO THE ORDER OF   John Wiebelt**

NON-NEGOTIABLE

⑈004188⑈ ⑆065000090⑆ 24⑈3582 5⑈

**GORDON K. KONRAD**
JEFFERSON, LA

VENDOR NO. CONC1000  NAME Concrete Specialties

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.

DATE: 11/02/04    CHECK NO.: 4216    PAGE: 1

| INVOICE DATE | INVOICE NO. | INVOICE AMOUNT | DISCOUNT AMOUNT | AMOUNT PAID | COMMENTS |
|---|---|---|---|---|---|
| 11/2/04 | ---- | | | $3,900.00 | concrete paving Main Street Shopping Ct |
| | | | | | POSTED |
| | | | | | 6145-04 |
| | TOTALS ▶ | | | $3,900.00 | |

THIS DOCUMENT HAS A COLORED BACKGROUND – NOT A WHITE BACKGROUND

004216

**GORDON K. KONRAD**
3900 RIVER ROAD, SUITE 3
JEFFERSON, LA 70121
(504) 831-9985

| CHECK NUMBER | DATE |
|---|---|
| 4216 | 11/2/04 |

HIBERNIA NATIONAL BANK
NEW ORLEANS, LOUISIANA 70161
84-254/650

AMOUNT
$3,900.00**

PAY EXACTLY   ***Three thousand nine hundred and 00/100 dollars***

PAY TO THE ORDER OF   Concrete Specialties**

NON-NEGOTIABLE

⑈004216⑈ ⑆065000090⑆ 24⑈3582 5⑈

LAW OFFICES OF

### GORDON K. KONRAD

3900 RIVER ROAD, SUITE 3

JEFFERSON, LOUISIANA 70121

MAILING ADDRESS:
P.O. BOX 10890
JEFFERSON, LA 70181-0890

TELEPHONE 504-831-9985
TELEFAX 504-837-1213

November 13, 2006

Clerk of the Court
United States Courthouse
300 North Hogan St.
Suite 3-350
Jacksonville, FL 32202

    RE:    Winn Dixie Stores, Inc.
             Objection to Proposed Cure Amount
             Case No. 05-03817-3F1

Dear Sir or Madam:

    Please find enclosed two (2) copies of the above referenced Objection to Proposed Cure Amount. Please stamp and return a copy to us in the enclosed self-addressed stamped envelope.

    If you have any questions, please feel free to contact our office. Thank you.

Very truly yours,

Gordon K. Konrad