FILED
JACKSONVILLE, FLORIDA

NOV 16 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Clerk of the Court
3-350 John Milton Bryan Simpson
 United States Courthouse
300 North Hogan Street
Jacksonville, FL 32202-4204

13-Nov-06

Re: Winn Dixie Stores, Inc., *et. al.*
Case No. 05-03817-3F1

Claim No. 4140

Change of Address:

Ronnie D. Burson
1507 Lakeshore Dr.
Anniston, AL 36207

*[signature]*