UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**ORDER ON MOTION FOR RELIEF
FROM STAY FILED BY LARRY GREEN**

This case came before the Court on November 13, 2006 upon the motion for relief from the automatic stay filed by Larry Green on February 10, 2006 (Docket No. 5742) (the "Motion"). The Court has reviewed the Motion, considered the evidence and heard argument of counsel. Accordingly, it is

ORDERED:

1. The Motion is denied.

2. The automatic stay pursuant to 11 U.S.C. §362 shall remain in full force and effect until such time that Mr. Green has fully complied with the Claims Resolution Procedure established by this Court (Docket Nos. 3326, 5218 and 7353).

Dated this 16 day of November, 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

549668