**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CASE NO:  3:05-bk-3817
Chapter      11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING RESPONSE TO DEBTORS' TWENTY-SIXTH OMNIBUS OBJECTION

The Court finds that the Response to Debtors' Twenty-Sixth Omnibus Objection filed by Gordon K. Konrad on behalf of Landlord's Shopping Center located in Covington, Louisiana on November 16, 2006 was filed in paper form.  On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission.  Accordingly, it is

**ORDERED**:

The Response to debtors Twenty-Sixth Omnibus Objection filed by Gordon K. Konrad on behalf of Landlord's Shopping Center located in Covington, Louisiana on November 16, 2006 is stricken from the record.

**DATED November 16, 2006**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Gordon K. Konrad, 3900 River Road, Suite 3, Jefferson, LA 70121