November 1, 2006

Attn: Winn Dixie Claims Administrator
Logan & Company, Inc.
546 Valley Road
Upper Montclair
New Jersey 07043

Re:   Change of Address Notification

Dear Sir or Madam:

Please be advised that Wolfchase Associates, LLC, a creditor in the Winn-Dixie Stores, Inc. bankruptcy proceedings has changed its address and requests that services of any pleadings, distributions, notices or correspondence related to this matter be sent to the new address noted below, effective immediately:

| **Old Address:** | **New Address:** |
|---|---|
| WOLFCHASE ASSOCIATES LLC | WOLFCHASE ASSOCIATES LLC |
| C/O JOHNSTON CONWELL & DONOVAN LLC | c/o Stark Event Master Fund, Ltd. |
| ATTN WH DONOVAN III OR AM DAUGHERTY | 3600 South Lake Drive |
| 813 SHADES CREEK PKWY, STE 200 | St. Francis, WI 53235-371 |
| BIRMINGHAM AL 35209 | |

By: _[signature]_
Name: _[signature]_
Title: _____

cc: Debtors' Counsel, Skadden, Arps, Slate, Meagher & Flom LLP

November 1, 2006

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | In proceedings for Reorganization under Chapter 11 |
| WINN-DIXIE STORES, INC., *et al.*, | Case No. 05-03817-3F1 |
| | Jointly Administered |
| ("the Debtors") | |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, Wolfchase Associates, LLC, a creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**

Wolfchase Associates, LLC
C/O Johnston Conwell & Donovan LLC
Attn WH Donovan III OR AM Daugherty
813 Shades Creek Pkwy, Ste 200
Birmingham AL 35209

**New Address**

Wolfchase Associates, LLC
c/o Stark Event Master Fund Ltd.
3600 South Lake Drive
St. Francis, WI 53235-3716

Dated: November 14, 2006

Respectfully submitted,
Wolfchase Associates, LLC
By: Wolfway Investments, Inc.
Signature: [signature]
Print Name: Guy S. Clifton
Title: Vice-president