UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re: ) Case No. 05-03817-3F1
)
WINN-DIXIE STORES, INC., et al., ) Chapter 11
)
Debtors. ) Jointly Administered
)

## ORDER DIRECTING TRANSFER OF ASSETS HELD IN TRUST BY T. ROWE PRICE TRUST COMPANY

These cases came before the Court for hearing on November 16, 2006, upon the motion of Winn-Dixie Stores, Inc. ("Winn-Dixie") and its subsidiaries and affiliates in the above-captioned jointly-administered cases, as debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order under 11 U.S.C. §§ 105(a), 542, and 543, conditioned on the occurrence of the effective date of the Debtors' joint plan of reorganization (the "Effective Date"), directing the transfer to Winn-Dixie of Winn-Dixie Stores, Inc. Supplemental Retirement Plan assets (the "Trust Assets") held in trust by T. Rowe Price Trust Company ("TRP") under the Trust Agreement between Winn-Dixie and TRP effective as of July 1, 1994 (the "Trust Agreement"), within five (5) business days following the later of (i) the receipt by TRP of notice from the Debtors of the occurrence of the Effective Date and (ii) the receipt by TRP of a copy of an order by the Court approving the motion (the "Motion").[1] Parties were given until November 9, 2006 to object to the Motion. Upon consideration and finding proper notice of the Motion has been given, it is

ORDERED AND ADJUDGED THAT:

---

[1] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Motion.

1. The Motion is granted.

2. Subject to the occurrence of the Effective Date, TRP shall liquidate and transfer to Winn-Dixie all Trust Assets held in trust by TRP pursuant to the Trust Agreement within five (5) business days following the later of (a) receipt by TRP of notice from the Debtors of the occurrence of the Effective Date and (b) receipt by TRP of a copy of this Order.

3. The transfer to Winn-Dixie of Trust Assets by TRP described in paragraph 2 above shall take place by wire transfer in accordance with wiring instructions to be separately provided by Winn-Dixie to TRP.

4. The service of this Order to TRP as described in paragraph 2 above shall be made to TRP at the following address:

> T. Rowe Price Trust Company
> Attention: Legal Department
> 100 East Pratt Street
> Baltimore, Maryland 21202

5. The Debtors and TRP are authorized and directed to take all actions necessary to effectuate the relief granted pursuant to this Order.

6. The Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

7. In the event that the Effective Date does not occur, this Order shall be null and void.

Dated ~~October~~ November 16, 2006 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties included
on the Master Service List.

3

1169703-New York Server 7A - MSW