

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE

**Thursday**
**November 16, 2006**
**1:00 P.M.**

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Fifth Omnibus Objection to Workers' Compensation Claims Filed by Debtors (5981)

The Court heard this Objection on March 23, 2006 and entered an Order as to all of the creditors identified on Exhibit B to the Objection. Liberty Mutual Insurance Company and The Ohio Casualty Company raised informal responses with respect to those creditors identified on Exhibit A to the Objection. The Debtors will proceed with the Objection as to those claims identified on Exhibit A to the Objection.

APPEARANCES:

US TRUSTEE:          ELENA ESCAMILLA

UNSEC. CRED:          JOHN B. MACDONALD/PATRICK PATANGAN
                      MATTHEW S. BARR

RULING:     Obj. Sustained
            59 disallowed
            Ord / Signed