# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
|  | ) |  |
| WINN-DIXIE STORES, INC., et al., ) | | *Chapter 11* |
|  | ) |  |
| Debtors.[1] | ) | Jointly Administered |

## ORDER DISALLOWING WORKERS COMPENSATION CLAIMS AS SET FORTH IN THE DEBTORS' FIFTH OMNIBUS CLAIMS OBJECTION

These cases originally came before the Court for hearing on March 23, 2006, upon the Fifth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibits A and B to the Objection (the "Disputed Claims").[2] Informal objections were raised by Liberty Mutual Insurance Company ("Liberty Mutual") and The Ohio Casualty Insurance Company ("Ohio Casualty") with respect to the proofs of claim listed on Exhibit A to the Objection (the "Workers Compensation Claims"), as a result of which the Debtors agreed to continue the Objection with respect to the Workers Compensation Claims. On March 23, 2006, the Court entered an order (Docket No. 6767) granting the Objection as to the proofs of claim listed on Exhibit B to the Objection and continuing the hearing on the Objection as to the Workers Compensation Claims. Based upon the representation

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]     All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

by counsel to the Debtors that Liberty Mutual and Ohio Casualty have withdrawn the informal objections, it is

ORDERED AND ADJUDGED:

1.    The Objection is sustained, as set forth below.

2.    The asserted class status alleged for each of the Workers Compensation Claims listed on Exhibit A is denied; and the Workers Compensation Claims are (a) reclassified as specified on Exhibit A under the heading "Modified Class Status," and (b) disallowed in their entirety, contingent upon the confirmation and effectiveness of the Debtors' plan of reorganization, and without prejudice to payment of valid amounts under the Debtors' workers compensation programs and policies.

3.    Those objections that have not yet been withdrawn are overruled.

4.    Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

5.    Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

6.     This Order is without prejudice to the Debtors' right to object

to the Disputed Claims on the ground that they were filed against the incorrect

Debtor and that the Debtor against which the Disputed Claims were filed should be

modified.

Dated this ____ day of November, 2006 in Jacksonville, Florida.


Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

3

**EXHIBIT A**

WINN-DIXIE STORES, INC., ET AL.
FIFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 391466**<br>ADAMS, KENNETH<br>C/O FARRELL & GASPARO, PA<br>ATTN THOMAS FARRELL, ESQ<br>2319 OAK STREET<br>JACKSONVILLE FL 32204 | 4023<br>**Debtor: DIXIE PACKERS, INC.** | $197,000.00 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 256193**<br>ALBERT, MICHAEL<br>2878 NW 204TH STREET<br>MIAMI, FL 33056 | 3022<br>**Debtor: WINN-DIXIE STORES, INC.** | $2,675.00 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO,<br>MISCLASSIFIED CLAIM. |
| Counsel: ATTN ARTHUR W KARLICK, ESQ | | | | | |
| **Creditor Id: 388113**<br>ANDERSON-SANCHEZ, ADRIANNE<br>8055 TREEHOUSE LANE<br>MERRITT ISLAND FL 32953 | 5425<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO,<br>MISCLASSIFIED CLAIM. |
| Counsel: ATTN RICHARD WAGEHEIM, ESQ | | | | | |
| **Creditor Id: 391407**<br>ASMER, GENEVIEVE<br>C/O CARLSON & MEISSNER<br>ATTN JOSH STEWART, ESQ<br>7614 MASSACHUSETTS AVENUE<br>NEW PORT RICHEY FL 34653 | 3362<br>**Debtor: WINN-DIXIE STORES, INC.** | $80,000.00 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 391665**<br>BEAVERS, JANEE<br>C/O POOLE, THORNBURY & MORGAN<br>ATTN HERBERT THORNBURY, ESQ<br>732 CHERRY STREET<br>CHATTANOOGA TN 37402-1960 | 7580<br>**Debtor: WINN-DIXIE MONTGOMERY, INC.** | $150,000.00 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 389975**<br>BICSAK, MARY<br>243 MALIBU CIRCLE<br>WEST PALM BEACH FL 33413 | 1094<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 386217**<br>BISHOP, SARA<br>2872 CLARK STREET<br>APOPKA FL 32703 | 2674<br>**Debtor: WINN-DIXIE STORES, INC.** | $1,628.56 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO,<br>MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FIFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 386200<br>BOURASSA, RON<br>37424 CASTLEBERRY DRIVE<br>ZEPHYRHILLS FL 33542 | 5771 | $100,000.00 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO,<br>MISCLASSIFIED CLAIM. |
| | | **Debtor:** WINN-DIXIE STORES, INC. | | | |
| **Creditor Id:** 382409<br>CALHOUN, PHYLLIS<br>C/O MORGAN & MORGAN<br>ATTN RONSON J PETREE, ESQ<br>20 NORTH ORANGE AVENUE, 16TH FL<br>PO BOX 4979<br>ORLANDO FL 32802-4979 | 3563 | $0.00 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO,<br>MISCLASSIFIED CLAIM. |
| | | **Debtor:** WINN-DIXIE STORES, INC. | | | |
| **Creditor Id:** 392011<br>CAPDEVILLE, DEBRA<br>C/O MICHAEL MILLER, ESQ<br>PO BOX 1630<br>CROWLEY LA 70527 | 7634 | $0.00 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO,<br>MISCLASSIFIED CLAIM. |
| | | **Debtor:** WINN-DIXIE STORES, INC. | | | |
| **Creditor Id:** 387498<br>CARDER, TIMMY<br>763 LONGWOOD DR<br>ATLANTA GA 30305 | 5666 | $450,000.00 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO,<br>MISCLASSIFIED CLAIM. |
| | | **Debtor:** WINN-DIXIE MONTGOMERY, INC. | | | |
| **Creditor Id:** 388140<br>CARNEY, THERESA E<br>28620 MCARTHUR DR<br>LIVINGSTON LA 70754 | 5395 | $0.00 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO,<br>MISCLASSIFIED CLAIM. |
| | | **Debtor:** WINN-DIXIE STORES, INC. | | | |
| **Creditor Id:** 381426<br>CLARK, THELMA<br>C/O TERRENCE J PAULK, PC<br>ATTN TERRENCE J PAULK, ESQ<br>501 SOUTH GRANT STREET<br>PO BOX 1315<br>FITZGERALD GA 31750-1315 | 4314 | $2,000,000.00 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO,<br>MISCLASSIFIED CLAIM. |
| | | **Debtor:** DEEP SOUTH PRODUCTS, INC. | | | |

WINN-DIXIE STORES, INC., ET AL.,
FIFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 392791**<br>COX, VICKIE<br>C/O RICHARD BROWNING, PC<br>ATTN RICHARD BROWNING, ESQ<br>PO BOX 160284<br>MOBILE AL 36616 | 2838 | $0.00<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTORS INSURANCE CARRIER. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 392791**<br>COX, VICKIE<br>C/O RICHARD BROWNING, PC<br>ATTN RICHARD BROWNING, ESQ<br>PO BOX 160284<br>MOBILE AL 36616 | 2839 | $0.00<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTORS INSURANCE CARRIER. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 393399**<br>DELGATTO, BONNIE<br>C/O ROSENBERG & ROSENBERG, PA<br>ATTN PAUL S ROSENBERG, ESQ<br>2501 HOLLYWOOD BLVD, SUITE 110<br>HOLLYWOOD FL 33020 | 8484 | $100,000.00<br>Debtor: WINN-DIXIE STORES, INC. | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTORS INSURANCE CARRIER. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 24291**<br>ENGLISH, JACQUELINE A<br>805 HAY RIVER STREET<br>GARNER NC 27529 | 8535 | $549.05<br>Debtor: WINN-DIXIE RALEIGH, INC. | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTORS INSURANCE CARRIER. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 393176**<br>FONTAINE, FRANCKLIN<br>C/O JEFFREY R DEUTSCH, PA<br>ATTN JEFFREY R DEUTSCH, ESQ<br>4770 BISCAYNE BLVD, SUITE 1450<br>MIAMI FL 33137 | 2673 | $4,000.00<br>Debtor: WINN-DIXIE STORES, INC. | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTORS INSURANCE CARRIER. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 393176**<br>GALLON, JOYCE<br>C/O LAW OFFICES OF BURNETTI, PA<br>ATTN LINA LOPEZ, ESQ<br>9950 PRINCESS PALM AVENUE, STE 101<br>TAMPA FL 33629 | 1796 | $20,000.00<br>Debtor: WINN-DIXIE RALEIGH, INC. | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTORS INSURANCE CARRIER. ALSO,<br>MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FIFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 392065**<br>GARCIA, ESTRELLA<br>C/O LEVINE, BUSCH, SCHNEPPER ET AL<br>ATTN DAVID H LEVINE, ESQ<br>9100 S DADELAND BLVD, SUITE 1010<br>MIAMI FL 33156 | 4589<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Unsecured Non-Priority | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 392401**<br>GARDINER, MARY REGINA<br>C/O THE GLENN ARMENTOR LAW CORP<br>ATTN RICHARD E SMITH, ESQ<br>300 STEWART STREET<br>LAFAYETTE LA 70501 | 2345<br>Debtor: WINN-DIXIE STORES, INC. | $112,000.00 | Unsecured Non-Priority | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 393117**<br>GOGGINS, CAROL<br>C/O TURNER & ASSOCIATES, PLLC<br>ATTN BENNIE TURNER ESQ<br>P.O. DRAWER 1500<br>WEST POINT MS 39773-1500 | 10495<br>Debtor: WINN-DIXIE STORES, INC. | $25,000.00 | Unsecured Non-Priority | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 406023**<br>GRAHAM, NANCY & ALLEN, BRUCE<br>C/O BRUCE ALLEN, ESQ<br>1000 WILDWOOD DRIVE<br>FAYETTEVILLE NC 28304 | 2130<br>Debtor: WINN-DIXIE RALEIGH, INC. | $1,680.28 | Unsecured Non-Priority | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 388575**<br>GRAY, TINA V<br>5768 HIGHWAY 451<br>HAZARD KY 41701<br>Counsel: ATTN PHYLLIS L ROBINSON, ESQ | 10808<br>Debtor: WINN-DIXIE STORES, INC. | $100,000.00 | Unsecured Non-Priority | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 393510**<br>GRIGGS, TOMMY<br>C/O NIMMONS & MALCHOW<br>ATTN LELAND MALCHOW, ESQ<br>460 GREENE STREET<br>AUGUSTA GA 30901 | 2211<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Unsecured Non-Priority | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FIFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 391491**<br>HARTWICK, DEBBIE<br>C/O TERRELL STUUBBS<br>ATTN TERRELL STUBBS, ESQ<br>PO BOX 157<br>MENDENHALL MS 39114 | 4717<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 391508**<br>HAZEUR, CEDRIC<br>C/O LEONARD A WASHOFSKY, ESQ<br>1510 VETERANS MEMORIAL BLDG, 2D FL<br>METAIRIE LA 70005 | 2616<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 393173**<br>HUFSTETLER, RICK<br>C/O TERRENCE J PAULK, PC<br>ATTN TERRENCE J PAULK, ESQ<br>501 SOUTH GRANT STREET<br>FITZGERALD GA 31750 | 4332<br>Debtor: WINN-DIXIE STORES, INC. | $2,000,000.00 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 392084**<br>JEAN, RELIN<br>C/O ROSEN & ROSEN, PA<br>ATTN HELEN A FARBER, ESQ<br>4000 HOLLYWOOD BLVD, SUITE 725-S<br>HOLLYWOOD FL 33021 | 9909<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 391563**<br>KING, JUDY<br>C/O JUDY HICKS VARNELL, ESQ<br>525 WEST BROAD AVENUE<br>ALBANY GA 31701 | 4289<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 393120**<br>KOULENTIS, MARY<br>C/O CARLSON & MEISSNER LAW OFFICES<br>ATTN JOSH STEWART, ESQ<br>7614 MASSACHUSETTS AVENUE<br>NEW PORT RICHEY FL 34653 | 4084<br>Debtor: WINN-DIXIE STORES, INC. | $65,000.00 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FIFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 386359<br>LACAZE, DONNA<br>C/O LOSAVIO LAW OFFICE, LLC<br>ATTN MARIA LOSAVIO, ESQ<br>1821 MACARTHUR DRIVE<br>PO BOX 12420<br>ALEXANDRIA  LA  71315-2420 | 9378<br><br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $200,000.00 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTOR'S INSURANCE CARRIER.  ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id:** 410521<br>LEWIS, TIFFNIE<br>C/O ROSENBERG & ROSENBERG, PA<br>ATTN PAUL S ROSENBERG, ESQ<br>2501 HOLLYWOOD BLVD, SUITE 110<br>HOLLYWOOD  FL  33020 | 8482<br><br>**Debtor:** WINN-DIXIE STORES, INC. | $100,924.00 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTOR'S INSURANCE CARRIER.  ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id:** 386250<br>LIKAR, DARLENE<br>124 ESPERANZA GR ROAD<br>EAST PALATKA  FL  32131 | 2206<br><br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTOR'S INSURANCE CARRIER.  ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id:** 391594<br>LOPEZ, JOSE<br>C/O CONSTANTINOU LAW FIRM<br>ATTN JOHN CONSTANTINOU, ESQ<br>120 EAST PARRISH STREET, STE 300<br>DURHAM  NC  27701 | 10811<br><br>**Debtor:** WINN-DIXIE STORES, INC. | $58,181.79 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTOR'S INSURANCE CARRIER.  ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id:** 391481<br>LOUIS, LUC<br>C/O L ANTON REBALKO, PA<br>ATTN L ANTON REBALKO, ESQ<br>3111 UNIVERSITY DRIVE, SUITE 901<br>CORAL SPRINGS  FL  33065 | 9465<br><br>**Debtor:** WINN-DIXIE STORES, INC. | $60,000.00 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTOR'S INSURANCE CARRIER.  ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id:** 392097<br>MANGUNDAYAO, ERLINDA<br>C/O MORGAN & MORGAN<br>ATTN RONSON J PETREE, ESQ<br>PO BOX 4979<br>ORLANDO  FL  32802-4979 | 3629<br><br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTOR'S INSURANCE CARRIER.  ALSO,<br>MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FIFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 391526<br>MCKELLAR, STEVE<br>C/O JASON G BARNETT, PA<br>ATTN JASON G BARNETT, ESQ<br>1132 SOUTHEAST 2ND AVENUE<br>FT LAUDERDALE FL 33316 | 9198<br>**Debtor:** WINN-DIXIE STORES, INC. | $100,000.00 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id:** 391526<br>MCKELLAR, STEVE<br>C/O JASON G BARNETT, PA<br>ATTN JASON G BARNETT, ESQ<br>1132 SOUTHEAST 2ND AVENUE<br>FT LAUDERDALE FL 33316 | 11304<br>**Debtor:** WINN-DIXIE STORES, INC. | $100,000.00 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id:** 391386<br>MCKINNEY, PAUL A<br>5811 NW 216TH STREET<br>LAWTEY FL 32058<br><br>Counsel: ATTN MARTIN J GOLDBERG, ESQ | 2940<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id:** 50633<br>MENDEZ, OSLY Y<br>5716 CODY STREET<br>HOLLYWOOD FL 33021<br><br>Counsel: ATTN RAMON MALCA, ESQ | 7217<br>**Debtor:** WINN-DIXIE STORES, INC. | $270,000.00 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id:** 399739<br>MURLEY, MICHELLE<br>820 J E SIMMONS RD<br>GLASGOW KY 42141<br><br>Counsel: ATTN PATRICK A ROSS, ESQ | 7061<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id:** 392427<br>NEWSOME, RUTH<br>C/O RICHARD GOLDMAN, ESQ<br>2595 NW BOCA RATON BLVD STE 200<br>BOCA RATON FL 33431 | 10785<br>**Debtor:** WINN-DIXIE STORES, INC. | $750,000.00 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id:** 392066<br>NICKS, TARON<br>C/O FELDMAN & GETZ, LLP<br>ATTN JENNIFER BRODERICK, ESQ<br>1877 SO FEDERAL HIGHWAY, SUITE 110<br>BOCA RATON FL 33432 | 4374<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO,<br>MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FIFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 393390**<br>NORELIA, FRANKY<br>C/O RAUL DE LA HERIA & ASSOCIATES<br>ATTN RAUL DE LA HERIA, ESQ<br>2100 CORAL WAY, SUITE 500<br>MIAMI FL 33145 | 1669<br><br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 389292**<br>OCHOA, GENEVIEVE<br>215 FAIRCREST DRIVE<br>ARLINGTON TX 76018 | 10718<br><br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $150,000.00 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 393177**<br>PAKOLA, JOSEPH G<br>4836 SW 115 ST<br>OCALA FL 34476 | 5323<br><br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 392461**<br>PITTS, TERRANCE<br>C/O SCOTT MARGULES, PA<br>ATTN M HIRSCH / S MARGULES, ESQS<br>20801 BISCAYNE BLVD<br>NORTH MIAMI BEACH FL 33180 | 10160<br><br>Debtor: WINN-DIXIE STORES, INC. | $500,000.00 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 200022**<br>RIPER, ANTHONY G<br>PO BOX 545883<br>SURFSIDE FL 33154 | 1889<br><br>Debtor: WINN-DIXIE STORES, INC. | $402,647.17 | Multiple Classes | | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 388230**<br>ROPER, CHUCK L<br>3115 SOUTH VASSER STREET<br>MELBOURNE FL 32901 | 6689<br><br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 70618**<br>ST RICHARDSSEN, JHONCE DAVID<br>PO BOX 2823<br>COLUMBUS MS 39704 | 9271<br><br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO,<br>MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FIFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 216499**<br>STEPHENS, JAMES E<br>649 LOVVORN FARM ROAD<br>CARROLLTON GA 30117 | 1689<br>*Debtor:* WINN-DIXIE STORES, INC. | $0.00 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 388625**<br>STEWART, RETHA<br>4108 MARTIN AVENUE<br>TIFTON GA 31794<br>     Counsel: ATTN ALAN H SWAN, ESQ | 10158<br>*Debtor:* WINN-DIXIE STORES, INC. | $100,000.00 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 388117**<br>STRINGFELLOW, PAT<br>2466 NOAH VALLEY ROAD<br>JACKSONVILLE AL 36265 | 3236<br>*Debtor:* WINN-DIXIE STORES, INC. | $0.00 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 391591**<br>VALPUESTA, IVONNE<br>C/O FINDLER & FINDLER, PA<br>ATTN SANDRA L MCAULEY, ESQ<br>3 HARVARD CIRCLE, SUITE 100<br>WEST PALM BEACH FL 33409 | 5718<br>*Debtor:* WINN-DIXIE STORES, INC. | $0.00 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 393395**<br>WADE, ATHALENE<br>C/O TERRENCE J PAULK, PC<br>ATTN TERRENCE J PAULK ESQ<br>501 SOUTH GRANT STREET<br>FITZGERALD GA 31750 | 4313<br>*Debtor:* WINN-DIXIE STORES, INC. | $500,000.00 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 388685**<br>WALKER, EUNA E<br>214 BRIGHTWELL DRIVE<br>DANVILLE VA 24540 | 2031<br>*Debtor:* WINN-DIXIE STORES, INC. | $0.00 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 393165**<br>WATTS, VERONICA<br>C/O DAVID HOBBY, ESQ<br>323 S GRANT STREET<br>FITZGERALD GA 31750 | 9365<br>*Debtor:* DEEP SOUTH PRODUCTS, INC. | $244,866.30 | Unsecured<br>Non-Priority | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS'<br>COMPENSATION OBLIGATIONS PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL<br>BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO,<br>MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FIFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 391414 | 10360 | $3,500.00 | Unsecured Non-Priority | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. ALSO, MISCLASSIFIED CLAIM. |
| WILLIAMS, ADA | | | | | |
| C/O LAW OFFICES OF R SCOTT ILES | | Debtor: WINN-DIXIE STORES, INC. | | | |
| ATTN LEE ANN ILES, ESQ | | | | | |
| PO BOX 3385 | | | | | |
| LAFAYETTE  LA  70502 | | | | | |

**Total Claims to be Disallowance & Recl:**        69

**Total Amount to be Disallowance & Recl:**        $8,969,642.15        Plus Unliquidated Amounts, if Any