HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
November 16, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion for Order Authorizing and Approving Employment Contract with Peter L. Lynch Filed by Debtors (11861)

Term of Employment will continue until June 30, 2010, with an annual salary of $1,250,000 and the debtors will establish a Bonus plan for each fiscal year ending during the Term Of Employment.

APPEARANCES:
US TRUSTEE:                ELENA ESCAMILLA
UNSEC. CRED:               JOHN B. MACDONALD/PATRICK PATANGAN

Paul Huffert (Blackstone Group) - P-W       MATTHEW S. BARR

RULING:

Granted
Ord/Signed