UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                             )
                                                   )   Chapter 11
WINN-DIXIE STORES, INC., *et al.* )   CASE NO. 05-03817-3F1
                                                   )   (Jointly Administered)
        Debtors.                           )   Judge Jerry A. Funk
_____)

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that **BRIAN T. HANLON**, General Counsel to the Palm Beach County Tax Collector, Post Office Box 3715, West Palm Beach, Florida 33402-3715, files this Notice of Appearance as co-counsel of record in this proceeding on behalf of the FLORIDA TAX COLLECTORS[1].

Pursuant to Rules 2002 (a), (b), (c), and (i) and 3017 (a) of the Bankruptcy Rules, the undersigned does hereby request and demand that the Clerk of the Court, and all other parties-in-interest in this proceeding, provide notice of, and where applicable, service of, any and all motions, applications, orders, pleadings, plans of reorganization, disclosure statements, notices or other communications filed in or pertaining to this proceeding, to the undersigned, whether such motion, application, order, pleading, notice, plan, disclosure statement, notice or other communication is written or oral, formal or informal, by hand delivery, mail, telephone, telex, telecopy or made in any other manner whatsoever. The undersigned further requests that the Clerk add him to the matrix in this case.

---

[1] The "Florida Tax Collectors" consist of the tax collectors for each of the following counties within the State of Florida: Alachua, Baker, Bay, Bradford, Brevard, Broward, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Escambia, Flagler, Gadsden, Hardee, Hendry, Hernando, Highlands, Hillsborough, Indian River, Jackson, Jefferson, Lake, Lee, Leon, Levy, Madison, Manatee, Marion, Martin, Miami-Dade, Monroe, Nassau, Okaloosa, Okeechobee, Orange, Osceola, Palm Beach, Pasco, Pinellas, Polk, Putnam, Santa Rosa, Sarasota, Seminole, St. Johns, St. Lucie, Sumter, Suwannee, Taylor, Volusia, Wakulla, Walton and Washington.

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this *Notice of Appearance and Demand for Service of Papers* has been served this 17th day of November, 2006 by *Notice of Electronic Filing* on **Skadden, Arps, Slate, Meagher & Flom, LLP**, Attn: D. J. Baker, Sally McDonald Henry and Rosalie Walker Gray, Attorneys for Debtors; **Smith Hulsey & Busey**, Attn: Stephen D. Busey, James H. Post and Cynthia C. Jackson, Attorneys for Debtors; **United States Trustee**, Attn: Elena L. Escamilla, and to all other parties receiving electronic notice.

Dated: November 17, 2006

Respectfully submitted,

Brian T. Hanlon, Esq.
Office of the Tax Collector
P.O. Box 3715
West Palm Beach, Florida 33402-3715
Telephone: (561) 355-2142
Facsimile: (561) 355-1110
tc_legal_services@co.palm-beach.fl.us
Florida Bar No. 962562

By:____/s/ Brian T. Hanlon_____
        Co-Counsel for Florida
        Tax Collectors

N:\Legal Services\WIP\W\Winn-Dixie Stores\Pleadings\BTH Notice of Appearance as Co-Counsel to FTC.doc