

Case 3:05-bk-03817-JAF    Doc 12650    Filed 11/16/06    Page 1 of 1

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
November 16, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Omnibus Objection to, and Motion to Adjust and Confirm Amounts of (A) Management Security Plan Claims and (B) Supplemental Retirement Plan Claims, Consistent with Joint Plan of Reorganization filed by Debtors (11953)

Response to Objection filed by Marvin J. Staab (12269)

Response to Objection filed by Charles B. Hodges (12381)

APPEARANCES:                 P. McConnell - Ad Hoc Cmte.
US TRUSTEE:                  ELENA ESCAMILLA
UNSEC. CRED:                 JOHN B. MACDONALD/PATRICK PATANGAN
                             MATTHEW S. BARR
MARVIN J. STAAB:             PRO SE
CHARLES B. HODGES:           PRO SE

Linda Rodriguez - P-W
(Dir. of Benefits - Winn-Dixie)

RULING:

Sustained
Order/Signed