UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                    )
                         )
WINN-DIXIE STORES, INC., et al.,    )    Case No. 05-03817-3F1
                         )    Chapter 11
          Debtors.       )    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of Second Amended Notice of Case Management Conference (Docket No. 12608) was furnished by mail and/or electronically on November 15, 2006 (i) to those parties on the attached Exhibit A and (ii) by mail on November 16, 2006 to Ronald L. Smith, Chief Medicare Financial Management Branch, Division of Medicare Financial Management, Centers for Medicare & Medicaid Services, United States Department of Health & Human Services, 61 Forsyth Street, S.W., Suite 4T20, Atlanta, Georgia  30303-8909.

Dated:  November 17, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*<br>     D. J. Baker<br>     Sally McDonald Henry<br>     Rosalie Walker Gray | By   *s/ James H. Post*<br>     Stephen D. Busey<br>     James H. Post (FBN 175460)<br>     Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00549821

**EXHIBIT A**

Marcio Valladares, Esq.
Assistant United States Attorney
United States Attorney's Office
300 North Hogan Street, Suite 700
Jacksonville, Florida  32202


Gary Kurz, Esq.
Assistant Regional Counsel
Office of the General Counsel
Department of Health and Human Services
61 Forsyth Street, S.W., Suite 5M60
Atlanta, Georgia  30303-8909


United States Trustee
135 West Central Boulevard
Room 620
Orlando, Florida  32801