

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
November 16, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Second Omnibus Objection to Unresolved Litigation Claim filed by Debtors (8703)

Response to Objection filed by Lorethia Alexander, Hubert Dessalines and Rebecca Cuylers (12395)

Cont'd.

APPEARANCES:
US TRUSTEE:                    ELENA ESCAMILLA
UNSEC. CRED:                   JOHN B. MACDONALD/PATRICK PATANGAN
                               MATTHEW S. BARR
LORETHIA ALEXANDER ET AL:      MARIE MATTOX

RULING: Sustained (except as to 3 objectors)
Ord/Signed