**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**DEBTORS' OBJECTION TO CLAIMS FILED**
**BY FOOD LION, LLC (CLAIM NOS. 9961 AND 10878)**

The Debtors object to the allowance of Claim No. 9961 in the amount of $535,000.00 filed in Case No. 05-03817-3F1 and Claim No. 10878 in the amount of $535,000.00 filed in Case No. 05-3839-3F1 by Food Lion, LLC upon the grounds specified below.  In making these objections, the Debtors reserve, without waiver, the right to assert further or additional objections to the Claim.

1. The Debtors deny any liability on the debt alleged in the Claims.

2. The Debtors dispute the amount of the debt alleged in the Claims.

3. The Claims are duplicative of each other.

Dated: November 17, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By   *s/ D. J. Baker*
    D. J. Baker
    Sally McDonald Henry
    Rosalie Gray

Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

Co-Counsel for Debtors

SMITH HULSEY & BUSEY

By   *s/ James H. Post*
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Co-Counsel for Debtors

## <u>Certificate of Service</u>

I certify that a copy of this document has been furnished electronically and/or by mail to (i) Food Lion, LLC, Attn:  Real Estate Department, 2110 Executive Boulevard, Salisbury, North Carolina  28145, (ii) Food Lion, LLC, c/o Alan O. Goodrich, Esq., Attn:  Legal Department, 2110 Executive Boulevard, Salisbury, North Carolina  28145 and (iii) United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, this 17th day of November, 2006.



*s/ James H. Post*

Attorney

549677