

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

**Thursday**
**November 16, 2006**
**1:00 P.M.**

## PRO MEMO

**CASE NO. 05-3817-3F1      WINN-DIXIE STORES, INC.**                          **Page 1 of 4**

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post**

Twenty-Fourth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims (C) Overstated Claims (D) Overstated Misclassified Claims, (E) Misclassified Claims, (F) Duplicate Liability Claims  and (G) Amended and Superseded Claims Filed by Debtors (11946)

Response to Objection filed by P.S. Franklin, Ltd (12250)

Response to Objection filed by Trust Under the Will of Edna Hill Meeker (12251) (Stricken by Docket No. 12263)

Response to Objection filed by Bennett M. Lifter (12341)

Response to Objection filed by Chester Dix Fort Corporation (12345)

Response to Objection filed by Chester Dix Jeffersontown Corp. (12347)

Response to Objection filed by United Commercial Mortgage Corp (12348)

Response to Objection filed by Gator Coastal Shopping Centre, LLC (12362)

APPEARANCES CONTINUED ON PAGE 4

# HONORABLE JERRY A. FUNK

## UNITED STATES BANKRUPTCY COURT

### MIDDLE DISTRICT OF FLORIDA

### JACKSONVILLE

**Thursday**

**November 16, 2006**

**1:00 P.M.**

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.                    Page 2 of 4

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Response to Objection filed by Jefferson Pilot Life Insurance Co. (12365, 12367 and 12398)

Response to Objection filed by Jefferson-Pilot Financial Insurance Co. (12366)

Response to Objection filed by Wells Fargo Bank Northwest (12372)

Response to Objection filed by Pro-Active Janitorial Services, Inc. (12375)

Response to Objection filed by AlecAshton Richmond, LLC (12376)

Response to Objection filed by Palm Lakes, LLC (12378)

Response to Objection filed by First National Bank of Granbury (12382) Stricken by Docket No. 12422)

Response to Objection filed by Bottling Group LLC d/b/a The Pepsi Bottling Group (12383)



**HONORABLE JERRY A. FUNK**

**UNITED STATES BANKRUPTCY COURT**

**MIDDLE DISTRICT OF FLORIDA**

**JACKSONVILLE**

**Thursday**

**November 16, 2006**

**1:00 P.M.**

**PRO MEMO**

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.                              Page 3 of 4

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Response to Objection filed by DBT Porcupine WD1 Delaware Business Trust (12385)

Response to Objection filed by WD MT Carmel, LLC (12386)

Response to Objection filed by Daniel G. Kamin (12387)

Response to Objection filed by Southland-Waco W.D., et al (12390)

Response to Objection filed by Kirkland Financial, LLC (12396)

Response to Objection filed by WD Hilliard LLC (12446)

Response to Objection filed by U.S. Bank National Association (12460)

The Debtors have agreed to withdraw their objection to Claim No. 12246 filed by Kirkland Financial, LLC and Claim No. 12972 filed by Bennett M. Lifter. Daniel G. Kamin has agreed to withdraw his response. The Debtors have agreed to continue the hearing on the Objection as to all other claimants who have filed a response until November 30, 2006, with the exception of P.S. Franklin, Ltd., Chester Dix Fort Corporation, Chester Dix Jefferson Corp. and First National Bank of Granbury, as to which the Debtors will proceed with the Objection. The Debtors will proceed with the Objection as to all other remaining claims.

# HONORABLE JERRY A. FUNK

## UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA

## JACKSONVILLE

**Thursday**

**November 16, 2006**

**1:00 P.M.**

## PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.

**Page 4 of 4**

~~Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post~~

**APPEARANCES:**

| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| UNSEC. CRED: | JOHN B. MACDONALD/PATRICK PATANGAN |
| | MATTHEW S. BARR |
| P.S. FRANKLIN LTD: | PRO SE |
| TRUST UNDER EDNA HILL MEEKER: | DONALD H. RAY |
| BENNETT M. LIFTER: | MARC BEN EZRA / *Kessler P* |
| CHESTER DIX FORT CORPORATION: | ADAM FRISCH |
| CHESTER DIX JEFFERSONTOWN CORP: | ADAM FRISCH |
| UNITED COMMERCIAL MTG CORP: | ADAM FRISCH |
| GATOR COASTAL SHOPPING CTR, LLC: | ALAN WEISS |
| JEFFERSON PILOT LIFE INS. CO: | BENJAMIN KAHN |
| JEFFERSON PILOT FINANCIAL INS. CO: | BENJAMIN KAHN |
| WELLS FARGO BANK NORTHWEST: | MINDY MORA |
| PRO-ACTIVE JANITORIAL SVCS, INC: | RICHARD THAMES |
| ALECASHTON RICHMOND, LLC: | MARY FULLINGTON |
| PALM LAKES, LLC | MARY FULLINGTON |
| FIRST NATL BANK OF GRANBURY: | DEBORAH MORTON |
| BOTTLING GROUP: | JOSEPH FRANK |
| DBT PORCUPINE WD 1 DELAWARE: | SARA LORBER |
| WD MT CARMEL, LLC: | SARA LORBER |
| DANIEL G. KAMIN: | SARA LORBER |
| SOUTHLAND-WACO W.D. ET AL: | ADAM FRISCH |
| KIRKLAND FINANCIAL LLC: | CLYDE BRAZEAL |
| WD HILLIARD LLC: | SARA LORBER |
| U.S. BANK NATL ASSOCIATION: | DAVID LEMKE |

**RULING:** Sustained (ex. as to Cont'd. Cases) - Cont'd. as to others

Ord / Signed