

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
November 16, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

    Motion (i) for Authority to Reject Non-Residential Real Property Leases, (ii) to Establish Bar Date for any Rejection Damage Claims, and (iii) Granting Related Relief (10823)

    Objection to Motion filed by Bundy New Orleans Co., LLC (11306)

The Court heard the Motion on September 21, 2006 and granted the Motion authorizing the debtors to reject the leases for stores 1403, 1434 and 1437. The Debtors will continue the hearing on the Motion as to Store No. 1417 until November 30, 2006.

APPEARANCES:
US TRUSTEE:                          ELENA ESCAMILLA
UNSEC. CRED:                         JOHN B. MACDONALD/PATRICK PATANGAN
                                     MATTHEW S. BARR
BUNDY NEW ORLEANS CO, LLC:           JAMES BLEDSOE

RULING: Cont'd. to 11/30 @ 1:00
AOCNFN