HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
November 16, 2006
1:00 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Case Management Conference on Debtors' Objection to Claim Filed by United States Department of Health and Human Services (Claim No. 10662) (5872)

Objection filed by United States Department of Health and Human Services (9880)

The Parties have agreed to continue the case management conference to November 30, 2006.

APPEARANCES:
US TRUSTEE:                               ELENA ESCAMILLA
UNSEC. CRED:                              JOHN B. MACDONALD/PATRICK PATANGAN
                                          MATTHEW S. BARR
U.S. DEPARTMENT OF HEALTH & HUMAN SVCS: MARCIO W. VALLADARES

RULING: Cont'd to 11/30 @ 1:00
AOCNFN