UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-03817-JAF
Chapter 11
Jointly Administered

In re

WINN-DIXIE STORES, INC. et al.,

    Debtor(s).
_____/

WOODLAND HARTFORD ASSOCIATES, LLC'S RESPONSE TO DEBTORS' TWENTY-FIFTH OMNIBUS OBJECTION TO (A) DUPLICATE LIABILITY CLAIMS, (B) AMENDED AND SUPERSEDED CLAIMS, (C) NO LIABILITY CLAIMS, (D) NO LIABILITY MISCLASSIFIED CLAIMS, (E) OVERSTATED CLAIMS, (F) OVERSTATED MISCLASSIFIED CLAIMS, (G) UNLIQUIDATED CLAIMS, (H) MISCLASSIFIED UNLIQUIDATED CLAIM, (I) EXECUTORY CONTRACT CLAIMS AND (J) LATE CLAIMS

    COMES NOW the creditor, Woodland Hartford Assoc., LLC, by and through its undersigned attorneys and hereby serves its Response to Debtors' Twenty-Fifth Omnibus Objection to (A) Duplicate Liability Claims, (B) Amended and Superseded Claims, (C) No Liability Claims, (D) No Liability Misclassified Claims, (E) Overstated Claims, (F) Overstated Misclassified Claims, (G) Unliquidated Claims, (H) Misclassified Unliquidated Claim, (I) Executory Contract Claims and (J) Late Claims.

    1.    Respondent filed a Proof of Claim for rejection damages entered on the Claims Registry as Claim Number 13561 for $1,200,229.80 that included money paid for insurance premium(s) and Debtors have filed an objection to reduce the amount of the claim to $1,118,770.00. The reduced amount listed on Exhibit F attached to the objection reflects removal of $68,024.92 for alleged overstated rejection damages as this Respondent included $30,000.00 for insurance premium(s) in its calculation and Debtors claim the subject property was/is self-insured.

2

2. According to the Lease Agreement in paragraphs 13(a) and (b), the pertinent provisions of which are attached hereto and incorporated by reference herein as Exhibit "A," the Debtors were required to maintain the appropriate insurance and the Debtors were afforded the opportunity to be a self-insuring entity during the time fixed by such agreement.

3. Due to the subsequent rejection of said Lease Agreement per the order dated August 7, 2006, a copy of which is attached hereto and incorporated by reference herein as Exhibit "B," the building was no longer insured under the terms of the agreement.  Respondent acted prudently by insuring the property post-rejection and the cost of such insurance is a legitimate damage incurred as a result of the rejection.  Respondent has subsequently filed a Proof of Claim for rejection damages that is both valid and reasonable under the circumstances.

3. Respondent reserves the right to amend its response at a later date if necessary.

DATED:  November 17, 2006.

SCHUYLER·STEWART·SMITH

/s/ Michael E. Cecil
_____
Wayne M. Singletary
Florida Bar #144109
Michael E. Cecil
Florida Bar #722855
Attorney for Creditor
118 W. Adams St., #800
Jacksonville, FL 32202
Phone:    (904) 353-5884
TollFree: (866) 353-5884
Fax:      (904) 353-5994

3

CERTIFICATE OF SERVICE

I CERTIFY that a copy has been furnished either by electronic or standard first class mail on November 17, 2006, to: Winn-Dixie Stores, Inc, Debtor, 5050 Edgewood Court, Jacksonville, FL 32254-3699; Adam Ravin, Esquire, Four Times Square, New York, NY 10036; Cynthia C .Jackson, Esquire, James H. Post, Esquire, Leanne McKnight Prendergast, Esquire, Stephen D. Busey, Esquire, 225 Water Street, Suite 1800, Jacksonville, FL 32201; Dennis F. Dunne, Esquire, 1 Chase Manhattan Plaza, New York, NY 10005; John B Macdonald, Esquire, Patrick P. Patangan, Esquire, 50 N. Laura Street, Suite 2500, Jacksonville, FL 32202; counsel for the Debtor's postpetition secured lenders; the other parties in interest named on the Master Service List maintained in these cases; and Corner Stone Christian Center, Subtenant, 215 Las Gaviotas Boulevard, Chesapeake, VA 23322.

    SCHUYLER·STEWART·SMITH

    /s/ Michael E. Cecil
    _____
    Wayne M. Singletary
    Florida Bar #144109
    Michael E. Cecil
    Florida Bar #722855
    Attorney for Creditor
    118 W. Adams St., #800
    Jacksonville, FL 32202
    Phone:   (904) 353-5884
    TollFree: (866) 353-5884
    Fax:     (904) 353-5994