# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

Creditor: MANZANARES, ALMA ROSA
Creditor No.:  WDX-387872-L4-54

## CREDITOR, ALMA ROSA MANZANARES' NOTICE OF SUBSTITUION OF ASSOCIATE HANDLING THIS MATTER

**COMES NOW**, Creditor, ALMA ROSA MANZANARES, by and through undersigned counsel, files this her Notice of Substitution of Associate Handling this Matter and would state as follows:

1.      Attorney, LUISA M. LINARES is leaving the firm of JOHN H. RUIZ, P.A. which represents the Creditor ALMA ROSA MANZANARES.

2.      Therefore, all pleadings from this point forward should not be served on Luisa M. Linares, Esquire (llinareslaw@aol.com).

3.      Instead, all pleadings from this point forward should be served on John H. Ruiz, Esquire, Florida Bar No. 928150, JOHN H. RUIZ, P.A., 5040 NW 7th Street, Suite 920, Miami, Florida 33126, tel: 305-649-0020, fax: 305-649-6070, jruizpilaw@aol.com.

**JOHN H. RUIZ, P.A.**
5040 NW 7th Street, Suite 920, Miami, Florida 33126  (305) 649-0020

**In re: Winn Dixie Stores, Inc.,** *et al.*
**Case No. 05-03817-3F1**
**Creditor: MANZANARES, ALMA ROSA**
**Creditor No.:  WDX-387872-L4-54**

## CERTIFICATE OF SERVICE

I hereby certify that a true and a correct copy was served on Smith Hulsey &

Busey, Attn: Tana Copeland, 225 Water Street, Suite 1800, Jacksonville, Florida

32202, via email to tcopeland@smithhulsey.com, via facsimile to 904-359-7707

and via U.S. Mail this 17th day of November, 2006

> JOHN H. RUIZ, P.A.
> 5040 NW 7th Street, Suite 920
> Miami, Florida 33126
> Tel: 305-649-0020
> Fax: 305-649-6070
>
> By:   /s/ Luisa M. Linares
>         John H. Ruiz, Esquire
>         Florida Bar No. 928150
>         Luisa M. Linares, Esquire
>         Florida Bar No. 091634

**JOHN H. RUIZ, P.A.**
5040 NW 7th Street, Suite 920, Miami, Florida 33126  (305) 649-0020