**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | ) | Chapter 11 – Jointly Administered |
| | ) | |
| Debtor(s) | ) | |

## RESPONSE BY JEFFERSON-PILOT LIFE INSURANCE CO. TO DEBTORS' TWENTY-FIFTH OBJECTION TO CLAIMS

NOW COMES Jefferson-Pilot Life Insurance Co. ("Claimant"), by and through counsel and pursuant to Bankruptcy Rule 9014, and responds to Debtors' Twenty-Fifth Omnibus Objection to Claims filed by Debtors on October 31, 2006 wherein Debtors objected to claim number 8601 filed by Claimant. In support of this Response, Claimant respectfully shows unto the Court as follows:

1.     On or about July 29, 2005, Claimant timely filed claim number 8601 ("Claim") asserting a contingent and unliquidated claim.

2.     As set forth in the Statement of Claim attached to the Claim, on or about May 13, 1996, Claimant entered into a Promissory Note with H. Connely Plunkett ("Landlord") in the original principal amount of $3,000,000.00 (the "Note"). The obligations under the Note were secured by a Deed of Trust, Security Agreement and Fixture Filing dated May 13, 1996 and Absolute Assignment of Rents and Profits and Collateral Assignment of Leases dated May 13, 1996 with respect to the property located at 5653 Hwy. 25, Brandon, Mississippi ("Property). On or about June 15, 1995, H.C. Plunkett and Jitney-Jungle Stores of America, Inc. entered into a Lease for the Property.

3.     Debtors objected to the Claim contending that the claim should be reclassified as "Unsecured, Non-Priority."

4.    Debtors further objected to the Claim on the grounds that there is "insufficient documentation to determine if any amount is owed".

5.    Claimant is in the process of reviewing its records and plans to contact the Landlord to discuss placement of any disbursements on account of this Lease with an Escrow Agreement. Accordingly, Claimant requests an extension of time to complete this review and its discussions with the Landlord.

6.    Claimant reserves the right to amend this response prior to the hearing on this matter which is set for November 30, 2006.

WHEREFORE, Claimant respectively prays that the Court:

1.    Deny the Debtors' objection to Claim No. 8601;

2.    Allow Claimant an additional period of time to complete the review of its records and to discuss disbursement on the Lease with the Landlord;

3.    Allow Claimant the right to amend their response prior to the hearing on November 30, 2006; and

4    Grant Claimant such other and further relief as the Court deems just and proper.

This the \17\ day of November, 2006.

Christine L. Myatt
N. C. State Bar No. 10444
Benjamin A. Kahn
N. C. State Bar No. 20004
Attorneys for Jefferson-Pilot Life Insurance
Company

OF COUNSEL:

NEXSEN PRUET ADAMS KLEEMEIER, PLLC
Lake Point
701 Green Valley Road, Suite 100
Post Office Box 3463
Greensboro, NC  27402
(336) 373-1600

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:                                    )
                                          )
WINN-DIXIE STORES, INC., et al.,          )        Case No. 05-03817-3F1
                                          )        Chapter 11 – Jointly Administered
                                          )
                     Debtor(s)            )

## CERTIFICATE OF SERVICE

This is to certify that the foregoing **RESPONSE BY JEFFERSON-PILOT LIFE INSURANCE COMPANY TO DEBTORS' TWENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS** was served upon the following by depositing a copy of the same in the United States Mail, first Class, post pre-paid, addressed as follows:

Stephen D. Busey                    D.J. Baker (via email)
Cynthia Jackson                     Counsel for Debtors
James H. Post                       Skadden, Arps, Slate, Meagher & Flom LLP
Counsel for Debtors                 Four Times Square
Smith Hulsey & Busey                New York, NY  10036
225 Water Street, Suite 1800        djbaker@skadden.com
Jacksonville, Florida 32202

This the 17 day of November, 2006.

Christine L. Myatt
N. C. State Bar No. 10444
Benjamin A. Kahn
N. C. State Bar No. 20004
Attorneys for Jefferson-Pilot Life Insurance
Company

OF COUNSEL:
NEXSEN PRUET ADAMS KLEEMEIER, PLLC
701 Green Valley Road, Suite 100
Post Office Box 3463
Greensboro, NC  27402
(336) 373-1600

NPGBO1:759506.1-PG