**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.,* | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**PEPSI-COLA COMPANY'S LIMITED WITHDRAWAL OF ITS RESPONSE
ON BEHALF OF PEPSIAMERICAS, INC. TO DEBTORS'
TWENTY-SECOND OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS,
(B) NO LIABILITY MISCLASSIFIED CLAIMS, (C) OVERSTATED CLAIMS,
(D) OVERSTATED MISCLASSIFIED CLAIMS, (E) MISCLASSIFIED CLAIMS
AND (F) AMENDED AND SUPERSEDED CLAIMS**

Pepsi-Cola Company ("Pepsi"), a division of PepsiCo, Inc., hereby withdraws its Response (the "Response") to the Debtors' Twenty-Second Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims; (C) Overstated Claims; (D) Overstated Misclassified Claims; (E) Misclassified Claims and (F) Amended and Superseded Claims (the "Objection"), but only to the extent that the response was asserted with respect to Claim Number 8388 (the "PepsiAmericas Claim"), filed by PepsiAmericas, Inc. ("PepsiAmericas"). In support of this withdrawal, Pepsi states as follows:

1. PepsiAmericas is a bottler and distributor of beverage products under brand names such as Pepsi, Diet Pepsi and Mountain Dew (collectively, the "Pepsi Goods").

2. PepsiAmericas supplied Pepsi Goods to Winn-Dixie Stores, Inc. and/or its affiliated debtors (collectively "Winn-Dixie") prior to Winn-Dixie's bankruptcy filing.

3. PepsiAmericas filed the PepsiAmericas Claim in the amount of $1,657,814.82 on account of Pepsi Goods delivered to Winn-Dixie for which PepsiAmericas was not paid.

4. In the Objection, Winn-Dixie sought to reduce the PepsiAmericas Claim to $919,895.99 on account of certain accounts receivable due from PepsiAmericas to Winn-Dixie, a

"net consumption waiver" and certain reclamation payments in process from Winn-Dixie to PepsiAmericas.

5.  On September 29, 2006, Pepsi submitted a response (the "Response") to Winn-Dixie's Objection on behalf of certain of its bottlers, including PepsiAmericas (collectively the "Pepsi Bottlers").  In the Response, Pepsi objected to the proposed treatment of the PepsiAmericas Claim.

6.  PepsiAmericas has advised Pepsi that PepsiAmericas has reconciled the proposed reductions to the PepsiAmericas Claim and does not object to the relief sought in the Objection with respect to the PepsiAmericas Claim.  Pepsi therefore withdraws the Response with respect to the PepsiAmericas Claim and consents to the reduction of the PepsiAmericas Claim from $1,657,814.82 to $919,895.99, in full resolution of the Objection. [1]

November 17, 2006                    Respectfully submitted,

                                                 PEPSI-COLA COMPANY,
                                               A DIVISION OF PEPSICO, INC.

                                           By:    */s/ Joseph D. Frank*
                                                         One of its attorneys

Joseph D. Frank (IL ARDC No. 6216085)
Jeremy C. Kleinman (IL ARDC No. 6270080)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60610
(312) 276-1400 – telephone
(312) 276-0035 – facsimile
jfrank@fgllp.com; jkleinman@fgllp.com

---

[1] This withdrawal is asserted solely with respect to Claim No. 8388 asserted by PepsiAmericas, Inc. and is not intended to serve as a withdrawal of the Response asserted by Pepsi on behalf of any other Pepsi Bottler.

## CERTIFICATE OF SERVICE

I, Joseph D. Frank, an attorney, hereby certify that on **November 17, 2006**, a true and correct copy of the foregoing **Pepsi-Cola Company's Limited Withdrawal of its Response on Behalf of PepsiAmericas, Inc. to Debtors' Twenty-Second Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims; (C) Overstated Claims; (D) Overstated Misclassified Claims; (E) Misclassified Claims and (F) Amended and Superseded Claims** was filed electronically. Notice of the filing will be sent to all parties who are currently on the Court's Electronic Mail Notice List by operation of the Court's Electronic Filing System. In addition, a copy was served this day upon the party named below via electronic mail and facsimile transmission:

> D. J. Baker
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> *(212) 735-2000 – fax*
> djbaker@skadden.com

>                    */s/ Joseph D. Frank*