UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | CASE NO. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.* | ) | (Jointly Administered) |
| | ) | Judge Jerry A. Funk |
| Debtors. | ) | |
| _____ | ) | |

## FLORIDA TAX COLLECTORS' NOTICE OF APPEAL

The Florida Tax Collectors[1] ("FTC"), creditors in these proceedings, appeal under 28 U.S.C. § 158(a) from the *Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors* entered in these proceedings on the 9th day of November, 2006. The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Party** | **Attorney** |
|---|---|
| Winn-Dixie Stores, Inc. and Affiliated Debtors | Skadden, Arps, Slate, Meagher & Flom, LLP<br>D. J. Baker, Esq.<br>Four Times Square<br>New York, New York 10036<br>p: 212-735-3000 |
| | Smith Hulsey & Busey<br>Stephen D. Busey, Esq.<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>p: 904-359-7700 |

---

[1] The "Florida Tax Collectors" consist of the tax collectors for each of the following counties within the State of Florida: Alachua, Baker, Bay, Bradford, Brevard, Broward, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Escambia, Flagler, Gadsden, Hardee, Hendry, Hernando, Highlands, Hillsborough, Indian River, Jackson, Jefferson, Lake, Lee, Leon, Levy, Madison, Manatee, Marion, Martin, Miami-Dade, Monroe, Nassau, Okaloosa, Okeechobee, Orange, Osceola, Palm Beach, Pasco, Pinellas, Polk, Putnam, Santa Rosa, Sarasota, Seminole, St. Johns, St. Lucie, Sumter, Suwannee, Taylor, Volusia, Wakulla, Walton and Washington.

| | |
|---|---|
| Florida Tax Collectors | Brian T. Hanlon, Esq.<br>Palm Beach County Tax Collector<br>Post Office Box 3715<br>West Palm Beach, Florida 33402-3715<br>p: 561-355-2142<br><br>Brian T. FitzGerald, Esq.<br>Hillsborough County Attorneys Office<br>Post Office Box 1110<br>Tampa, Florida 33601-1110<br>p: 813-272-5670 |
| United States Trustee | Kenneth C. Meeker, Esq.<br>Office of the United States Trustee<br>135 W Central Boulevard, Room 620<br>Orlando, Florida 32801<br>p: 407-648-6301 |
| Official Committee of<br>Unsecured Creditors | Akerman Senterfitt<br>John B. Macdonald, Esq.<br>50 N Laura Street, Suite 2500<br>Jacksonville, Florida 32202<br>p: 904-798-3700<br><br>Milbank, Tweed, Hadley & McCloy, LLP<br>Matthew S. Barr, Esq.<br>One Chase Manhattan Plaza<br>New York, New York 10005<br>p: 212-530-5000 |

Dated: November 17, 2006

Respectfully submitted,

Brian T. Hanlon, Esq.
Office of the Tax Collector
P.O. Box 3715
West Palm Beach, Florida 33402-3715
Telephone: (561) 355-2142
Facsimile: (561) 355-1110
tc_legal_services@co.palm-beach.fl.us
Florida Bar No. 962562

By:___/s/ Brian T. Hanlon_____
     Co-Counsel for Florida
     Tax Collectors