UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

APPEAL COVER SHEET

| Appellant | Appellee | |
|---|---|---|
| FLORIDA TAX COLLECTORS | WINN-DIXIE STORES, INC., et al. | |
| Bankruptcy Case No. 05-03817-3F1 | Adversary Case No. | |
| Attorney: (Name, Address and Telephone Number) | Attorney: (Name, Address and Telephone Number) | |
| Brian T. Hanlon, Esq.<br>PO Box 3715<br>West Palm Beach, FL 33402-3715<br>p: 561-355-2142 | D. J. Baker, Esq.<br>Four Times Square<br>New York, NY 10036<br>p: 212-735-3000 | Stephen D. Busey, Esq.<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202<br>p: 904-359-7700 |

**NATURE OF PROCEEDING**

Check appropriate item

[✓] Appeal pursuant to 28 USC §158
   Notice of Appeal filed: November 17, 2006
   Date of Order Appealed: November 9, 2006
   Title of Order Appealed: Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors
   Debtor's County of Residence: Duval

[ ] Motion to Withdraw Reference
   Filed: _____  By: _____

[ ] Interlocutory Appeal
   Title of Interlocutory Order or Decree: _____
   Date of Order or Decree: _____
   Brief Description of Matter Appealed: _____

[ ] Motion for Leave to Appeal
   Date Filed: _____

[ ] Other

[ ] Designation in Appeal
Have arrangements been made with a Court Reporter for Transcript?  [ ] Yes  [✓] No
If not, do you intend to do so?  [✓] Yes  [ ] No   If ordered, on what date? _____

*/s/ Brian T. Hanlon*
Attorney/Appellant