# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

**PART I — PURCHASE ORDER FOR TRANSCRIPT**

Bankruptcy Case Number: 05-03817-3F1    Adversary Case No.: _____

Court Reporter: Statewide Reporting Service (Loretta D. McDonald)

Date of Notice of Appeal filed: November 17, 2006

Name of Opposing Party: Florida Tax Collectors

Name of Counsel: Brian T. Hanlon, Esq.
(Firm, or individual if no firm)

Address: PO Box 3715

West Palm Beach, FL 33402-3715

Check one of the following:

☐ Transcript unnecessary for appeal purpose.

☐ Transcript is already on file in Clerk's Office.

☑ Request is hereby made to court reporter named above for a transcript of the following procedure(s). (*List date and type of hearing*)

Confirmation hearing held on October 13, 2006

I personally guarantee payment of the cost of the transcript. Please notify me of any deposit required or bill me in accordance with your usual requirements.

Telephone: 561-355-2142    Name: *Brian T Hanlon* (signature)

Date: 11-17-06    Attorney for: Florida Tax Collectors

**PART II — REPORTER'S ACKNOWLEDGEMENT**

The following transcript order was received on: _____

Satisfactory arrangements ☐ have  ☐ have not been made for payment of the transcript cost.

No. of trial/hearing days ____ Estimated no. of pages ____ Estimated completion date ____

If enlargement of time for filing is requested and transcript cannot be completed within 30 days from receipt of transcript order, please state time required and reasons on separate page.

Date: _____    Signature: _____

COPIES TO:  ORIGINAL TO REQUESTOR  -  COURT REPORTER  -  COURT