IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., ASTOR PRODUCTS, INC., CRACKIN' GOOD, INC., DEEP SOUTH DISTRIBUTORS, INC., DEEP SOUTH PRODUCTS, INC., DIXIE DARLING BAKERS, INC., DIXIE-HOME STORES, INC., DIXIE PACKERS, INC., DIXIE SPIRITS, INC., DIXIE STORES, INC., ECONOMY WHOLESALE DISTRIBUTORS, INC., FOODWAY STORES, INC., KWIK CHEK SUPERMARKETS, INC., SUNBELT PRODUCTS, INC., SUNDOWN SALES, INC., SUPERIOR FOOD COMPANY, TABLE SUPPLY FOOD STORES CO, INC., WD BRAND PRESTIGE STEAKS, INC., WINN-DIXIE HANDYMAN, INC., WINN-DIXIE LOGISTICS, INC., WINN-DIXIE MONTGOMERY, INC., WINN-DIXIE PROCUREMENT, INC., WINN-DIXIE RALEIGH, INC. d/b/a SAVE RITE GROCERY WAREHOUSE, INC. a/k/a WINN-DIXIE CHARLOTTE, INC., AND WINN-DIXIE SUPERMARKETS, INC.

      Debtors.

_____/

CASE NOS. 05-03817-3F1
through
CASE NOS. 05-03840-3F1
*Jointly Administered
Under Case No.
05-03817-3F1*

CHAPTER 11

## NOTICE OF APPEAL

Liquidity Solutions, Inc. of One University Plaza, Suite 312, Hackensack, New Jersey 07601 ("Liquidity Solutions"), as holder of the following claims:

| Original Creditor | Debtor Tenant | Debtor Guarantor | Claim #s | Amount |
|---|---|---|---|---|
| Albion Pacific Property Resources, LLC | Montgomery | Stores | 12312, 12313 | $1,444,403.47 |
| Indian Trail Square LLC | Raleigh | Stores | 12834, 12835 | $482,638.80 |

| **Original Creditor** | **Debtor Tenant** | **Debtor Guarantor** | **Claim #s** | **Amount** |
|---|---|---|---|---|
| LN Piedmont Village | Montgomery | Stores | 9708, 9709 | $348,877.08 |
| McDonough Marketplace Partners | Montgomery/ Raleigh | Stores | 10825, 10826 | $53,457.46 |
| McDonough Marketplace Partners | Montgomery/ Raleigh | Stores | 12148, 12149 | $521,253.55 |
| Scottland Mall, Inc. | Raleigh | Stores | 1933, 11103 | $452,731.93 |
| Shoals Marketplace LLC | Montgomery | Stores | 8155, 8487 | $1,042,137.41 |

appeals under 28 U.S.C. §158(a) or (b) from the judgment, order or decree of the Bankruptcy Judge, entitled Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc., and Affiliated Debtors [Docket No. 12440] (the "Confirmation Order") entered in the Chapter 11 cases of the Debtors, being jointly administered under Case No. 05-03817-3F1, on the 9th day of November, 2006.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

> Winn-Dixie Stores, Inc., Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co, Inc., Wd Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc. d/b/a Save Rite Grocery Warehouse, Inc. a/k/a Winn-Dixie Charlotte, Inc., and Winn-Dixie Supermarkets, Inc. (collectively, the "Debtors").

The Debtors are represented by:

Adam Ravin
D.J. Baker
Sally M. Henry
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 FAX
aravin@skadden.com
djbaker@skadden.com
shenry@skadden.com

and

Stephen D. Busey
Cynthia C. Jackson
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 FAX
busey@smithhulsey.com
cjackson@smithhulsey.com


Liquidity Solutions is represented by

Harley E. Riedel
Elena P. Ketchum
STICHTER, RIEDEL, BLAIN
  & PROSSER, P.A.
110 Madison Street - Suite 200
Tampa, Florida 33602
(813) 229-0144
(813) 229-1811 FAX
hriedel@srbp.com
eketchum@srbp.com

DATED: November 17, 2006

/s/ Harley E. Riedel
Harley E. Riedel
Florida Bar No. 183628
hriedel@srbp.com
Elena P. Ketchum
Florida Bar No. 0129267
eketchum@srbp.com
STICHTER, RIEDEL, BLAIN
 & PROSSER, P.A.
110 Madison Street - Suite 200
Tampa, Florida 33602
(813) 229-0144
(813) 229-1811 FAX

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing NOTICE OF APPEAL has been furnished by the Court's CM/ECF system and U.S. MAIL on the **17th** day of **November, 2006** to:

Adam Ravin
D.J. Baker
Sally M. Henry
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Four Times Square
New York, New York 10036

Stephen D. Busey
Cynthia C. Jackson
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida 32202

      In addition, all who are listed in CM/ECF for these Chapter 11 cases will be notified of the filing of this Notice of Appeal through the Court's CM/ECF system.

/s/ Harley E. Riedel
Harley E. Riedel
Florida Bar No. 183628
hriedel@srbp.com
Elena P. Ketchum
Florida Bar No. 0129267
eketchum@srbp.com

F:\User\JR\Liquidity Solutions - Winn Dixie\Appeal\notice.doc 11/17/2006 3:09 PM