UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

APPEAL COVER SHEET

| Appellant | Appellee |
|---|---|
| Liquidity Solutions, Inc. | Winn-Dixie Stores, Inc., et al |
| Bankruptcy Case No. 05-3817 through 05-3840 Jointly Administered Under 05-3817 | Adversary Case No. _____ |
| Attorney: (Name, Address and Telephone Number) | Attorney: (Name, Address and Telephone Number) |
| Harley E. Riedel, Esquire<br>Stichter, Riedel, Blain & Prosser, P.A.<br>110 E. Madison Street, Suite 200<br>Tampa, Florida 33602<br>Telephone No.: (813) 229-0144 | Stephen D. Busey, Esquire<br>SMITH HULSEY & BUSEY<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>Telephone No.: (904) 359-7700 |

## NATURE OF PROCEEDING

Check appropriate item

[✓] Appeal pursuant to 28 USC §158
   Notice of Appeal filed:  November 17, 2006
   Date of Order Appealed:  Novermber 9, 2006
   Title of Order Appealed:  Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc., and Affiliated Debtors
   Debtor's County of Residence:  Duval County, Florida

[ ] Motion to Withdraw Reference
   Filed: _____ By: _____

[ ] Interlocutory Appeal
   Title of Interlocutory Order or Decree: _____
   Date of Order or Decree: _____
   Brief Description of Matter Appealed: _____

[ ] Motion for Leave to Appeal
   Date Filed: _____

[ ] Other _____

[ ] Designation in Appeal
Have arrangements been made with a Court Reporter for Transcript?   [ ] Yes   [✓] No
If not, do you intend to do so?   [✓] Yes   [ ] No   If ordered, on what date? _____

/s/ Harley E. Riedel, Esquire
counsel for Liquidity Solutions, Inc.
Attorney/Appellant