IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: WINN-DIXIE STORES, et al.,    )
                                       )  Chapter 11
Debtors.                               )  Case No. 05-03817-3F1

## NOTICE OF APPEAL

E&A Financing II, L.P. d/b/a Rockbridge Place (Store No. 2723, Claim No. 12219); E&A Southeast, L.P. d/b/a Ellis Isle (Store No. 2620, Claim No. 12224), d/b/a Reservoir Square Shopping Center Pump N Save (Store No. 1381, Claim No. 13254), d/b/a Edens & Avant Properties LP/Magee Shopping Center (Store No. 1360, Claim No. 12220), and d/b/a Reservoir Square Brandon MS (Store No. 1347, Claim No. 493); Shields Plaza, Inc. d/b/a E&A Southeast LP (Store No. 1912, Claim No. 12214); Woodberry Plaza (E&A), LLC (Store No. 1233, Claim No. 12222); Villa Rica Retail Properties, LLC (Store No. 2716, Claim No. 11844); Halpern Enterprises, Inc. d/b/a West Ridge, LLC (Store No. 2703, Claim No. 12077); and Bank of America, as Trustee of Betty Holland (Store No. 2732, Claim No. 11839), objecting landlords in the above-styled matter, appeal the Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors ("Confirmation Order") entered by the bankruptcy court on November 9, 2006 [Docket Number 12440]. This appeal is being brought pursuant to 28 U.S.C. § 158(a).

The names of all parties to the Confirmation Order and the names, addresses and telephone numbers of their respective attorneys are as identified on the attached Exhibit "1"

Dated this 17 day of November 2006.

        HELD & ISRAEL

        By: _____
        Kimberly H. Israel, Esquire
        Florida Bar #47287
        Adam N. Frisch, Esquire
        Florida Bar #635308
        1301 Riverplace Blvd., Suite 1916
        Jacksonville, Florida 32207
        (904) 398-7038 Telephone
        (904) 398-4283 Facsimile
        Local Counsel for Appellants

and

KITCHENS, KELLEY, GAYNES, P.C.

Mark A. Kelley, Esquire
11 Piedmont Center, Suite 900
Atlanta, Georgia 30305
(404) 467-7718 Telephone
(843) 364-0126 Facsimile