# EXHIBIT 1

### A. Appellants

1. E&A Financing II, L.P. d/b/a Rockbridge Place (Store No. 2723, Claim No. 12219);

2. E&A Southeast, L.P. d/b/a Ellis Isle (Store No. 2620, Claim No. 12224), d/b/a Reservoir Square Shopping Center Pump N Save (Store No. 1381, Claim No. 13254), d/b/a Edens & Avant Properties LP/Magee Shopping Center (Store No. 1360, Claim No. 12220), and d/b/a Reservoir Square Brandon MS (Store No. 1347, Claim No. 493);

3. Shields Plaza, Inc. d/b/a E&A Southeast LP (Store No. 1912, Claim No. 12214);

4. Woodberry Plaza (E&A), LLC (Store No. 1233, Claim No. 12222);

5. Villa Rica Retail Properties, LLC (Store No. 2716, Claim No. 11844);

6. Halpern Enterprises, Inc d/b/a West Ridge, LLC (Store No. 2703, Claim No. 12077); and

7. Bank of America, as Trustee of Betty Holland (Store No. 2732, Claim No. 11839)

Counsel for Appellants

Mark A. Kelley, Esquire
KITCHENS, KELLEY, GAYNES, P.C
Eleven Piedmont Center, Suite 900
3495 Piedmont Rd., NE
Atlanta, Georgia 30305
(404) 237-2100

and

Kimberly H. Israel, Esquire
Adam N. Frisch, Esquire
HELD & ISRAEL
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038
Local Counsel for Appellants

3

**B.**     **Appellees**

1.    Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries[1]

Counsel for Winn-Dixie Stores, Inc.
Adam Ravin, Esquire
SKADDEN ARPS SLATE MEAGHER & FLOM, LLP
Four Time Square
New York, New York 10036
(212) 735-7700

and

Beau Bowin, Esquire
Stephen Busey, Esquire
David L. Gay, Esquire
Cynthia C. Jackson, Esquire
James H. Post, Esquire
Leanne McKnight Prendergast, Esquire
Adam E. Wulbern, Esquire
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida 32201
(904) 359-7700

**C.**     **Other Interested Parties**

1    Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al.

Counsel for Official Committee of Unsecured Creditors
Dennis F. Dunne, Esquire
MILBANK, TWEED, HADLEY & McCLOY, LLP
1 Chase Manhattan Plaza
New York, New York 10005
(212) 530-5000

and
John B. Macdonald, Esquire
Patrick P. Patangan, Esquire
AKERMAN SENTERFITT
50 N. Laura Street, Suite 2500
Jacksonville, Florida 32202

---

[1] In addition to Winn-Dixie Stores, Inc , the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Check Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc. and Winn-Dixie Supermarkets, Inc.

4

2. Ad Hoc Trade Committee

Counsel for Ad Hoc Trade Committee
Mark J. Friedman, Esquire
DLA PIPER RUDNICK GRAY CARY US LLP
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-4153

Philip V. Martino, Esquire
DLA PIPER RUDNICK GRAY CARY US LLP
101 East Kennedy Boulevard, Suite 2000
Tampa, Florida 33602
(813) 222-5938

3. Ad Hoc Committee of Winn-Dixie Retirees

Counsel for Ad Hoc Committee of Winn-Dixie Retirees
Jerrett M. McConnell
FRIEDLINE & McCONNELL, P.A.
1756 University Blvd. South
Jacksonville, Florida 32216
(904) 727-7850

4. FRO LLC VII

Counsel for FRO LLC VII
Mary Joanne Dowd, Esquire
Jeffrey N. Rothleder, Esquire
ARENT FOX PLLC
1050 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 857-6059

5. Merrill Lynch LP Holdings, Inc.

Counsel for Merrill Lynch LP Holdings, Inc.
Larren M. Nashelsky, Esquire
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 468-8000
Alexandria Steinberg Barrage
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., NW, Ste 5500
Washington, DC 22209
(202) 887-1500

6.     Knightsdale Crossing, LLC

<u>Counsel for Knightsdale Crossing, LLC</u>
Thomas J. Leanse, Esquire
Dustin P. Branch, Esquire
2029 Century Park East, Suite 2600
Los Angeles, California 90006
(310) 788-4400

and

Kimberly Held Israel, Esquire
Adam N. Frisch, Esquire
HELD & ISRAEL
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038

7      ORIX Capital Markets, L.L.C. and KeyCorp Real Estate Capital Markets, Inc.
       Allied Capital Corporation
       CWCapital Asset Management LLC

<u>Counsel for ORIX Capital Markets, L.L.C., Allied Capital Corporation & CWCapital Asset Management LLC</u>
Richard R. Thames, Esquire
STUTSMAN THAMES & MARKEY, P.A.
50 N. Laura St., Suite 1600
Jacksonville, Florida 32202
(904) 358-4000

Gregory A. Cross, Esquire
Brent W. Procida, Esquire
Heather Deans Foley, Esquire
VENABLE LLP
1800 Mercantile Bank & Trust Bldg.
Two Hopkins Plaza
Baltimore, Maryland 21201
(410) 244-7400

8      Saran, Ltd

<u>Counsel for Saran, Ltd.</u>
Johnathan C. Bolton
FULBRIGHT & JAWORSKI, L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010
(713) 651-5151

6

9.    Liquidity Solutions, Inc.

Counsel for Liquidity Solutions, Inc.
Harley E. Riedel, Esquire
Elena P. Ketchum, Esquire
STICHTER, RIEDEL, BLAIN & PROSSER, P.A.
110 East Madison Street, Suite 200
Tampa, Florida 33602
(813) 229-0144

10.    Daniel G. Kamin, DBT Porcupine WD1 DE Business Trust
       Daniel G. Kamin Clarksville, WD MT Carmel, LLC
       Daniel G. Kamin Zachary Enterprises

Counsel for Daniel G. Kamin entities
Sara E. Lorber, Esquire
SEYFARTH SHAW LLP
55 East Monroe Street, Ste. 4200
Chicago, Illinois 60603
(312) 346-8000