# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

## APPEAL COVER SHEET

| Appellant | Appellee |
|---|---|
| E&A Financing II, L.P., E&A Southeast, L.P., Shields Plaza, Inc., Woodberry Plaza (E&A), LLC, Villa Rica Retail Properties, LLC, Halpern Enterprises, Inc., and Bank of America as Trustee of Betty Holland | Winn-Dixie Stores, Inc. |
| Bankruptcy Case No. 05-03817-3F1 | Adversary Case No. N/A |
| Attorney: (Name, Address and Telephone Number) | Attorney: (Name, Address and Telephone Number) |
| Kimberly H. Israel, Esq. & Adam N. Frisch, Esq., HELD & ISRAEL, 1301 Riverplace Blvd Suite 1916, Jacksonville Florida 32207 (904) 398-7038 Local Counsel for Appellants<br><br>Mark A. Kelley, Esq., KITCHENS KELLEY GAYNES PC Eleven Piedmont Center Suite 900 3495 Piedmont Rd. N E Atlanta Georgia 30305 (404) 237-2100 | Stephen Busey, Esq.<br>SMITH HULSEY & BUSEY<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32201<br>(904) 359-7700 |

## NATURE OF PROCEEDING

Check appropriate item

[✓] Appeal pursuant to 28 USC §158
  Notice of Appeal filed: November 17, 2006
  Date of Order Appealed: November 9, 2006
  Title of Order Appealed: Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors
  Debtor's County of Residence: _____

[ ] Motion to Withdraw Reference
  Filed: _____ By: _____

[ ] Interlocutory Appeal
  Title of Interlocutory Order or Decree: _____
  Date of Order or Decree: _____
  Brief Description of Matter Appealed: _____

[ ] Motion for Leave to Appeal
  Date Filed: _____

[ ] Other _____

[ ] Designation in Appeal
Have arrangements been made with a Court Reporter for Transcript?    [ ] Yes    [✓] No
If not, do you intend to do so?    [✓] Yes    [ ] No    If ordered, on what date? _____

_____
Attorney/Appellant