UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEBTORS' TWENTY THIRD OMNIBUS OBJECTION

The Court finds that the Supplemental Memorandum in Opposition to Debtors' Twenty Third Omnibus Objection filed by W. Chad Stelly on behalf of Frank Arnone on November 13, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Supplemental Memorandum in Opposition to Debtors' Twenty Third Omnibus Objection filed by W. Chad Stelly on behalf of Frank Arnone on November 13, 2006 is stricken from the record.

**DATED November 15, 2006**, at Jacksonville, Florida

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
W. Chad Stelly, 650 Poydras Street, Suite 2107, New Orleans, LA 70130

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: baldws             Page 1 of 1              Date Rcvd: Nov 15, 2006
Case: 05-03817                Form ID: pdfdoc          Total Served: 2

The following entities were served by first class mail on Nov 17, 2006.
aty          +Cynthia C. Jackson,    Smith Hulsey & Busey,   225 Water Street, Suite 1800,
               Jacksonville, FL 32202-4494
             +W. Chad Stelly,   650 Poydras Street, Sutie 2107,   New Orleans, LA 70130-6101

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 17, 2006**                       **Signature:**         *Joseph Speetjens*