# EXHIBIT "B"

GUARANTY

In consideration of the sum of Ten Dollars ($10.00) paid OPP PARTNERS, LTD., an Alabama limited partnership

hereinafter called "Landlord", to WINN-DIXIE STORES, INC., a Florida corporation with its principal office at 5050 Edgewood Court, Jacksonville, Florida 32205, hereinafter called "Guarantor", the receipt and sufficiency whereof are hereby acknowledged, Guarantor does hereby guarantee unto Landlord, its heirs, legal representatives, successors and assigns the due performance and observance by WINN-DIXIE MONTGOMERY, INC., a Kentucky corporation qualified to do business in the State of Ala

hereinafter called "Tenant", of all the terms, covenants and conditions on the part of Tenant to be performed and observed including, without limitation, payment of rentals under the attached and foregoing lease agreement dated November 5, 1993, covering certain premises located at the southeast corner of Perry Store Road and US 331 in the City of Opp, County of Covington, State of Alabama

IN WITNESS WHEREOF, Guarantor has caused this Guaranty to be executed in its corporate name and its corporate seal to be hereunto affixed and attested by its officers thereunto duly authorized this 5th day of November, 19 93.

Signed, sealed and delivered
in the presence of:

WINN-DIXIE STORES, INC.

By _____
   Its           President

Attest: _____
        Its         Secretary

(CORPORATE SEAL)

GUARANTOR

STATE OF            )
                    )
COUNTY OF           )


I, _Rebecca L. Sawyer_, a Notary Public in and for said County, in said State, hereby certify that _James Kufeldt_, whose name as President of WINN-DIXIE STORES, INC., a Florida corporation, is signed to the foregoing conveyance, and who is known to me, acknowledge before me on this day that, being informed of the contents of the conveyance, he, as such President and with full authority, executed the same voluntarily on the day the same bears date.

Given under my hand and official seal this _3rd_ day of _November_, 1993.

_Rebecca L. Sawyer_
Notary Public, State and County aforesaid.

My Commission Expires _6-9-94_

(NOTARIAL SEAL)

REBECCA L. SAWYER
My Comm. Exp. June 9, 1994
Comm. No. CC 012880