# EXHIBIT "C"

## FIRST AMENDMENT TO LEASE

THIS FIRST AMENDMENT TO LEASE, made this ___ day of _December_, 1994, by and between OPP PARTNERS, LTD., an Alabama limited partnership (hereinafter called "Landlord"), and WINN-DIXIE MONTGOMERY, INC., a Kentucky corporation qualified to do business in the State of Alabama (hereinafter called "Tenant"), which terms "Landlord" and "Tenant" shall include, wherever the context admits or requires, singular or plural, and the heirs, legal representatives, successors and assigns of the respective parties;

### WITNESSETH:

WHEREAS, Landlord has revised a portion of the southerly boundary line of the shopping center parcel as described in the Lease; and

WHEREAS, Landlord desires to delete the local shops as shown on Exhibit "B" of the Lease and substitute in lieu thereof a retail store to be known as Moore's; and

WHEREAS, Landlord has experienced certain unavoidable delays in commencement of construction of the shopping center and said delays will preclude completion of the Tenant's store building on or before March 15, 1995 as required by Paragraph 3(B) of the Lease; and

WHEREAS, Tenant has no objection to the revision of the southerly boundary line of the shopping center as defined in the Lease and Tenant has no objection to establishing a revised completion date as defined in the Lease.

NOW, THEREFORE, in consideration of the premises and the sum of Ten and 00/100 Dollars ($10.00) and other good and valuable considerations in hand paid by Tenant to Landlord, the receipt and sufficiency of which is hereby acknowledged, it is mutually agreed as follows:

1. Exhibit "A" to the Lease is hereby deleted, and there is substituted in lieu thereof, Exhibit "A-1", attached hereto and made a part hereof.

2. Exhibit "B" to the Lease is hereby deleted and there is substituted in lieu thereof, Exhibit "B-1" attached hereto and made a part hereof.

3. Paragraph 3(B), "Completion Date", of the Lease is hereby amended to read:
    Landlord covenants and agrees that the construction of Tenant's store building and all common areas on the Winn-Dixie parcel shall begin not later than February 15, 1995, and shall be completed not later than January 15, 1996 (the "Completion Date"); and if the same shall not be begun or completed by the respective dates, the Tenant, at its option, may, in either of such



events, cancel and terminate this Lease or may extend the Landlord additional time for the beginning or completion of construction; provided, however, that if after the beginning of construction the Landlord's failure to complete the improvements within the stipulated time shall be due to acts of God, strikes, riots, fire, flood, war, delay of carriers, material shortages, embargoes or inclement weather, or other similar happenings which are beyond the control of Landlord, and provided further the improvements shall be completed with all due diligence commensurate with such delay and in all events not later than March 16, 1996, (the "Outside Completion Date"), this option to terminate shall not arise. (The remaining portion of the paragraph shall remain unchanged.)

4. It is mutually understood and agreed that the said Lease, as amended hereby, shall be and remain in full force and effect and unmodified except as the same is specifically modified and amended hereby. All covenants, terms, obligations and conditions of the Lease, as amended, are hereby ratified and confirmed.

IN WITNESS WHEREOF, the parties hereto have caused this instrument to be executed the day and year first above written.

Signed, sealed and delivered
in the presence of:

LANDLORD:

OPP PARTNERS, LTD., an
Alabama limited partnership

BY: Corporate General, Inc.,
an Alabama corporation

By: _____
       Its President

Attest: _____
        Its Secretary

(CORPORATE SEAL)

_____
As to Landlord

TENANT:

WINN-DIXIE MONTGOMERY, INC., a
Kentucky corporation

By: _____
     Its Vice President

Attest: _____
        Its Secretary
        asst.

(CORPORATE SEAL)

_____
As to Tenant

STATE OF ALABAMA

COUNTY OF AUTAUGA

I, __SARAH LEE WELCH__, a Notary Public in and for said County, in said State, hereby certify that __Thomas E. Newton__ and __Wyn W. Minor__, President and Secretary of CORPORATE GENERAL, INC., an Alabama corporation, as authorized general partner of OPP PARTNERS, LTD., an Alabama limited partnership whose name is signed to the foregoing conveyance, and who is known to me, acknowledged before me on this day that, begin informed of the contents of the conveyance, he, as such General Partner and with full authority, executed the same voluntarily on the day the same bears date.

Given under my hand and official seal this 21st day of __December__ 1994.

*Sarah Lee Welch*
Notary Public, State and County aforesaid.
My Commission Expires: __8-9-97__

(NOTARIAL SEAL)


STATE OF FLORIDA

COUNTY OF DUVAL

I, __Rebecca L. Sawyer__, a Notary Public in and for said County, in said State, hereby certify that __James Kufeldt__, whose name as Vice President of Winn-Dixie Montgomery, Inc., a Kentucky corporation, is signed to the foregoing conveyance, and who is known to me, acknowledged before me on this day that, begin informed of the contents of the conveyance, he, as such Vice President and with full authority, executed the same voluntarily on the day the same bears date.

Given under my hand and official seal this 22 day of __December__ 1994.

*Rebecca L. Sawyer*
Notary Public, State and County aforesaid.
My Commission Expires: _____

(NOTARIAL SEAL)

REBECCA L. SAWYER
My Comm. Exp. June 2, 1998
Comm. No. CC 372310

## CONSENT

FIRST ALABAMA BANK, an Alabama banking corporation, as the holder of a mortgag and other instruments encumbering the premises described in the foregoing First Amendment Lease hereby consents to the foregoing First Amendment to Lease and agrees that it shall not t construed as a violation of any of the terms and conditions contained in its said mortgage.

IN WITNESS WHEREOF, FIRST ALABAMA BANK, an Alabama banking corporatio. has caused this consent to be executed in its corporate name and its corporate seal to be hereun affixed and attested by its officers thereunto duly authorized this 30th day of December 1994.

Signed, sealed and delivered
in the presence of:

FIRST ALABAMA BANK, an Alaban banking corporation

Printed Name: _____

By: _Spencer Knight_
Its _Vice_ President
Printed Name: _Spencer Knight_
Address: _8 Commerce St_
_Montgomery, Al._

Printed Name: _____

STATE OF _Alabama_

COUNTY OF _Montgomery_

I, _Jesse M. Williams III_, a Notary Public in and for said County, in said State, heret certify that _Spencer Knight_, whose name as _Vice President_ of FIRST ALABAM BANK, an Alabama banking corporation, is signed to the foregoing conveyance, and who is know to me, acknowledged before me on this day that, being informed of the contents of the conveyanc he, as such _Vice President_ and with full authority, executed the same voluntarily for and as th act of said corporation.

GIVEN under my hand and seal of office this 30 day of _December_ 1994.

_Jesse M. Williams_
Notary Public, State and County aforesaid.
My Commission Expires: _12-17-98_

(NOTARIAL SEAL)