## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

**PART I — PURCHASE ORDER FOR TRANSCRIPT**

Bankruptcy Case Number: **05-03817-3F1**   Adversary Case No.: **N/A**

Court Reporter: **Statewide Reporting Service (Loretta D. McDonald)**

Date of Notice of Appeal filed: **November 17, 2006**

Name of Opposing Party: E&A Financing II, L.P., E&A Southeast, L.P., Shields Plaza, Inc., Woodberry Plaza (E&A), LLC, Villa Rica Retail Properties, LLC, Halpern Enterprises, Inc. and Bank of America as Trustee of Betty Holland

Name of Counsel: **Mark A. Kelley, Kitchens Kelley Gaynes**
(Firm, or individual if no firm)

Address: **Eleven Piedmont Center, Suite 900, 3495 Piedmont Rd., N.E.**
**Atlanta, Georgia 30305**

Check one of the following:

☐ Transcript unnecessary for appeal purpose.

☐ Transcript is already on file in Clerk's Office.

☑ Request is hereby made to court reporter named above for a transcript of the following procedure(s). (*List date and type of hearing*)
**Confirmation Hearing held on October 13, 2006**

I personally guarantee payment of the cost of the transcript. Please notify me of any deposit required or bill me in accordance with your usual requirements.

Telephone: **404-237-4100**   Name: *[signature]*

Date: **November 20, 2006**   Attorney for: **Appellants (designated as opposing parties above)**

**PART II — REPORTER'S ACKNOWLEDGEMENT**

The following transcript order was received on: _____

Satisfactory arrangements ☐ have  ☐ have not been made for payment of the transcript cost.

No. of trial/hearing days _____   Estimated no. of pages _____   Estimated completion date _____

If enlargement of time for filing is requested and transcript cannot be completed within 30 days from receipt of transcript order, please state time required and reasons on separate page.

Date: _____   Signature: _____

COPIES TO:   ORIGINAL TO REQUESTOR   -   COURT REPORTER   -   COURT