# MEMORANDUM TO APPELLANT OF RESPONSIBILITIES

     NOTICE IS GIVEN TO THE APPELLANT that the Appellant shall, within 10 days of the date the appeal was filed, file with the Clerk of the United States Bankruptcy Court the following:

1. A designation of the items to be included in the record on appeal and serve a copy upon the appellee;

2. A statement of the issues to be presented and serve a copy upon the appellee; and

3. A written request for the transcript and deliver a copy to the court reporter where the record designation includes a transcript of any proceeding or a part therefor.

                                            BY THE UNITED STATES BANKRUPTCY COURT

                                            **LEEANN BENNETT, CLERK**
                                            300 North Hogan Street, Suite 3-350
                                            Jacksonville, FL  32202

Copies furnished to:

Appellant

Appellee