**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**STIPULATION AND WAIVER REGARDING TIME**
**REQUIREMENTS ON MOTION FOR RELIEF**
**FROM STAY FILED BY ADA SERRA**

The Debtors, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"), and Ada Serra stipulate and agree to waive the time requirements under Section 362 of the Bankruptcy Code for hearing the Motion for Relief from Stay filed by Ms. Serra (the "Motion") (Docket No. 12025). The parties also stipulate and agree to (i) the scheduling of the Motion for final hearing on or before

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

March 12, 2007 and (ii) the continuation of the automatic stay in effect pending the conclusion of such hearing and determination of the Motion under Section 362(d).

Dated: November 20, 2006

| EMMANUEL PEREZ & ASSOCIATES, P.A. | SMITH HULSEY & BUSEY |
|---|---|
| By *s/Henry Hernandez*\* <br> Henry Hernandez | By    *s/ Leanne McKnight Prendergast* <br>     Stephen D. Busey <br>     James H. Post <br>     Leanne McKnight Prendergast |
| Florida Bar Number 542601 <br> 901 Ponce De Leon Blvd., Suite 303 <br> Coral Gables, Florida  33134 <br> (305) 442-7443 <br> bankruptcy@lawperez.com | Florida Bar Number 59544 <br> 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> lprendergast@smithhulsey.com |
| Attorneys for Ada Serra | -and- |
| \*counsel has authorized the use of his electronic signature | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP <br> D. J. Baker <br> Sally McDonald Henry <br> Rosalie Walker Gray <br> Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) <br> rgray@skadden.com |
| | Attorneys for the Debtors |

549947