UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
JACKSONVILLE, FLORIDA
NOV 20 2006
CLERK, U.S. BANKRUPTCY CO.
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| WINN-DIXIE STORES, INC., et al. ) | Hon. Jerry A. Funk |
| ) | Hearing Date(s): November 16, 2006 |
| Debtors. ) | Hearing Time: 1:00 p.m. |
| ) | (Prevailing Eastern Time) |
| ) | Obj. Deadline: November 6, 2006 |

## NOTICE OF WITHDRAWAL OF CLAIMANT'S RESPONSE TO DEBTORS' TWENTY-FOURTH OMNIBUS OBJECTION

Comes now, claimant, P.S. FRANKLIN, LTD., and files this Notice of Withdrawal of its Response to Debtors' Twenty-fourth Omnibus Objection and states therefore the following:

1. Claimant, P.S. FRANKLIN, LTD., owns the parcel of property leased to WINN-DIXIE STORES (store #1559 - located in Franklin, LA).

2. Claimant, P.S. FRANKLIN, LTD., hereby withdraws the response to Debtors' 24th Omnibus Objection pertaining to Winn-Dixie store #1559.

WHEREFORE, P.S. FRANKLIN, LTD., respectfully requests that this Court permit them to withdraw their Response to Debtors' Twenty-Fourth Omnibus Objection.

Dated: Hollywood, Florida

November 15, 2006

Respectfully submitted,

By: _____
Fred Chikovsky, President
P.S. Franklin, LTD.
1720 Harrison Street, Suite 7-A
Hollywood, FL 33020
(954) 920-4438

A copy of the attached was mailed, on the 24th day of October, 2006, by regular, first class mail, to the following:

WINN-DIXIE CLAIMS DOCKETING CENTER
C/O LOGAN & COMPANY, INC.
546 VALLEY ROAD
UPPPER MONTCLAIR, NEW JERSEY 07043

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FL
FILING CLERK
300 NORTH HOGAN STREET
JACKSONVILLE, FLORIDA 32202

UNITED STATES BANKRUPTCY COURT
HONORABLE JERRY A FUNK
BANKRUPTCY JUDGE FOR THE MIDDLE DISTRICT OF FL
300 NORTH HOGAN STREET
COURTROOM 4D
JACKSONVILLE, FLORIDA 32202

SKADDEN, ARPS, SLATE, et al.
ATTN.: D.J. BAKER
FOUR TIMES SQUARE
NEW YORK, NY 10036
djbaker@skadden.com

SMITH HULSEY & BUSEY
ATTN.: STEPHEN BUSEY
225 WATER STREET, SUITE 1800
JACKSONVILLE, FL 32202
cjackson@smithhulsey.com