UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                     )
                                          )
WINN-DIXIE STORES, INC., et al.,          )   Case No. 05-03817-3F1
                                          )   Chapter 11
        Debtors.                          )   Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Linda Billings (Claim No. 7099) [Docket No. 12591] was furnished by mail on November 20, 2006 to Linda Billings, c/o Frank G. DeSalvo, Esq., 201 South Galvez Street, New Orleans, Louisiana 70119.

Dated: November 20, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By _s/ D. J. Baker_<br>  D. J. Baker<br>  Sally McDonald Henry<br>  Rosalie Gray | By _s/ James H. Post_<br>  Stephen D. Busey<br>  James H. Post (FBN 175460)<br>  Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC