UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )
                                                   )
WINN-DIXIE STORES, INC., et al.,                   )    Case No. 05-03817-3F1
                                                   )    Chapter 11
            Debtors.                               )    Jointly Administered

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Donald Francis (Claim No. 4640) [Docket No. 12597] was furnished by mail on November 20, 2006 to Donald Francis, c/o Kay Karre' Gautreaux, Esq., 405 West Convent Street, Lafayette, Louisiana 70501.

Dated: November 20, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   s/ D. J. Baker<br>     D. J. Baker<br>     Sally McDonald Henry<br>     Rosalie Gray | By   s/ James H. Post<br>     Stephen D. Busey<br>     James H. Post (FBN 175460)<br>     Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC