UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 3:05-bk-03817-JAF |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

## NOTICE OF APPEAL

Pursuant to Rule 8001(a), Federal Rules of Bankruptcy Procedure, and 28 U.S.C. § 158(a), creditor, CWCapital Asset Management, LLC, appeals to the United States District Court for the Middle District of Florida the Order Confirming Joint Plan of Reorganization [Docket No. 12440] entered on November 9, 2006 and the Findings of Fact and Conclusions of Law [Docket No. 12618] entered on November 16, 2006 by the United States Bankruptcy Court, Middle District of Florida, Jacksonville Division (Judge Funk).

The names of all parties to the order appealed from and the names, addresses and telephone number of their respective attorneys are as follows:

1. <u>CWCapital Asset Management, LLC</u>

    Richard R. Thames, Esq.
    Stutsman Thames & Markey, P.A.
    50 N. Laura St., Suite 1600
    Jacksonville, Florida 32202
    (904) 358-4000

2. <u>The Debtors</u>

    Cynthia C. Jackson, Esq.
    Smith Hulsey & Busey
    225 Water Street, Suite 1800
    Jacksonville, Florida 32202
    (904) 359-7700

Adam Ravin, Esq.
Skadden, Arps, Slat, Meagher, & Flom, LLP
Four Time Square
New York, New York 10036
(212) 735-3000

3.  Of Counsel

Gregory A. Cross, Esq.
Brent W. Procida, Esq.
Heather Deans Foley, Esq.
Venable LLP
1800 Mercantile Bank & Trust Bldg.
Two Hopkins Plaza
Baltimore, Maryland 21201
(410) 244-7400 (Phone)

**STUTSMAN THAMES & MARKEY, P.A.**

*/s/ Richard R. Thames*
By_____
Richard R. Thames

Florida Bar Number 0718459
50 N. Laura St., Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)
BRM@stmlaw.net

-and-

Gregory A. Cross, Esq.
Brent W. Procida, Esq.
Heather Deans Foley, Esq.
**Venable LLP**
1800 Mercantile Bank & Trust Bldg.
Two Hopkins Plaza
Baltimore, Maryland 21201
(410) 244-7400 (Phone)
(410) 244-7742 (Facsimile)

Attorneys for CWCapital Asset Management, LLC

## Certificate of Service

I hereby certify on November 20, 2006, the foregoing was transmitted to the Clerk of the Court for uploading to the Case Management/Electronic Case Filing System, which will send a notice of electronic filing to:

Stephen D. Busey, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
busey@smithhulsey.com

John B. Macdonald, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (facsimile)
john.macdonald@akerman.com

Elana L. Escamilla, Esq.
Assistant United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
(407) 648-6465
(407) 648-6323 (facsimile)
elana.l.escamilla@usdoj.gov

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

D.J. Baker, Esq.
Skadden, Arps, Slat, Meagher, & Flom, LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
dbaker@skadden.com

Adam Ravin, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
aravin@skadden.com

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Plaza
New York, New York 10005
(212) 530-5000
(212) 530-5219 (facsimile)
ddunne@milbank.com

/s/ Richard R. Thames
———————————————
Attorney

61565