# EXHIBIT "B"

GUARANTY

In consideration of the sum of Ten Dollars ($10.00) paid OPP PARTNERS, LTD., an Alabama limited partnership

hereinafter called "Landlord", to WINN-DIXIE STORES, INC., a Florida co[rpor]ation with its principal office at 5050 Edgewood Court, Jacksonville, Florida 32205, hereinafter called "Guarantor", the receipt and sufficiency whereof are hereby acknowledged, Guarantor does hereby guarante[e] unto Landlord, its heirs, legal representatives, successors and assign[s] the due performance and observance by WINN-DIXIE MONTGOMERY, INC., a Kentucky corporation qualified to do business in the State of Ala[bama]

hereinafter called "Tenant", of all the terms, covenants and condition[s] on the part of Tenant to be performed and observed including, without limitation, payment of rentals under the attached and foregoing lease agreement dated November 5, 1993, covering certain prem[ises] located at the southeast corner of Perry Store Road and US 331 in the City of Opp, County of Covington, State of Alabama

IN WITNESS WHEREOF, Guarantor has caused this Guaranty t[o be] executed in its corporate name and its corporate seal to be hereunto affixed and attested by its officers thereunto duly authorized this 5th day of November, 19 93.

Signed, sealed and delivered
in the presence of:

[signature: Rebecca L. Sawyer]

WINN-DIXIE STORES, INC.

By [signature]
Its President

Attest: [signature]
Its Secretary

(CORPORATE SEAL)

GUARANTOR

STATE OF            )
                    )
COUNTY OF           )

       I, Rebecca L. Sawyer, a Notary Public in and for said County, in said State, hereby certify that James Kufeldt, whose name as President of WINN-DIXIE STORES, INC., a Florida corporation, is signed to the foregoing conveyance, and who is known to me, acknowledge before me on this day that, being informed of the contents of the conveyance, he, as such President and with full authority, executed the same voluntarily on the day the same bears date.

       Given under my hand and official seal this 3rd day of November, 1993.

                                                    Notary Public, State and County aforesaid.

                                                    My Commission Expires 6-9-94

(NOTARIAL SEAL)

REBECCA L. SAWYER
My Comm. Exp. June 9, 1994
Comm. No. CC 012880