# EXHIBIT "D"

## SECOND AMENDMENT TO LEASE

THIS SECOND AMENDMENT TO LEASE, made this 26th day of May, 1995, by and between OPP PARTNERS, LTD., an Alabama limited partnership (hereinafter called "Landlord"), and WINN-DIXIE MONTGOMERY, INC., a Kentucky corporation qualified to do business in the State of Alabama (hereinafter called "Tenant"), which terms "Landlord and "Tenant" shall include, wherever the context admits or requires, singular or plural, and the heirs, legal representatives, successors and assigns of the respective parties;

### WITNESSETH:

WHEREAS, Landlord and Tenant executed that certain Lease Agreement dated November 5, 1993, relating to that certain parcel of land more particularly described on Exhibit "A" attached hereto, a Short Form of which is recorded in Real Property Book 880, Page 336, in the Office of the Judge of Probate of Covington County, Alabama, and which Lease has been amended by that certain First Amendment to Lease dated December 29, 1994 and that certain First Amendment to Short Form Lease dated December 29, 1994; and

WHEREAS, Landlord and Tenant desire to modify the Lease to clarify Tenant's maintenance obligations thereunder.

NOW, THEREFORE, in consideration of the premises and the sum of Ten and No/100 Dollars ($10.00) and other good and valuable considerations in hand paid by Tenant to Landlord, the receipt and sufficiency of which is hereby acknowledged, it is mutually agreed as follows:

1. Article 3A of the Lease ("Construction of Shopping Center") is hereby modified by deleting the following language from its second sentence:

    "and shall operate and maintain the same in good repair and usable condition for use by the patrons of the shopping center and by the shopping center tenants and their employees during the term of the Lease and any extensions thereof."

2. It is mutually understood and agreed that the said Lease, as amended hereby, shall be and remain in full force and effect and unmodified except as the same is

APPROVED AS TO FORM
Division Manager
Legal Dept n:\wpwin\docs\amend\opp.amd
Winn-Dixie Stores/95 Inc.

This instrument was prepa P. Christopher Wrenn, Att el Law, whose address is Edgewood Court, Jackso Florida 32205.

specifically modified and amended hereby. All covenants, terms, obligations and conditions of the Lease, as amended, are hereby ratified and confirmed.

IN WITNESS WHEREOF, the parties hereto have caused this instrument to be executed the day and year first above written.

Signed, sealed and delivered
in the presence of:

OPP PARTNERS, LTD., an Alabama limited partnership

By: Corporate General, Inc., an Alabama corporation

By: _____
     Its                         President

Attest: _____
        Its                      Secretary

(CORPORATE SEAL)

LANDLORD

_____
As to Landlord

WINN-DIXIE MONTGOMERY, INC., a Kentucky corporation

By: _____
    Its                    Vice President

Attest: _____
        Its          ASST.      Secretary

(CORPORATE SEAL)

TENANT

_____
As to Tenant

STATE OF Alabama

COUNTY OF Autauga

I, Sarah Lee Welch, a Notary Public in and for said County, in said State, hereby certify that Thomas E. Newton and Wyn W. Minor, President and —— Secretary of CORPORATE GENERAL, INC., an Alabama corporation, as authorized general partner of OPP PARTNERS, LTD., an Alabama limited partnership whose name is signed to the foregoing conveyance, and who is known to me, acknowledge before me on this day that, being informed of the contents of the conveyance, he, as such General Partner and with full authority, executed the same voluntarily on the day the same bears date.

Given under my hand and official seal this 26th day of May, 1995.

_____
Notary Public, State and County aforesaid

(NOTARIAL SEAL)

My Commission Expires:
8-9-97

STATE OF FLORIDA

COUNTY OF DUVAL

I, Rebecca L. Sawyer, a Notary Public in and for said County, in said State, hereby certify that James Kufeldt, whose name as Vice President of WINN-DIXIE MONTGOMERY, INC., a Kentucky corporation, is signed to the foregoing conveyance, and who is known to me, acknowledge before me on this day that, being informed of the contents of the conveyance, he, as such Vice President and with full authority, executed the same voluntarily on the day the same bears date.

Given under my hand and official seal this 17th day of May, 1995.

_____
Notary Public, State and County aforesaid

(NOTARIAL SEAL)

My Commission Expires:
6-2-98

REBECCA L. SAWYER
My Comm. Exp. June 2, 1998
Comm. No. CC 372310