# EXHIBIT "E"



VIA FEDERAL EXPRESS

September 29, 2005

ALVIN B CHAN FAMILY LP
3206 JACKSON ST
SAN FRANCISCO CA 94118 0000

RE: CLOSED WINN-DIXIE STORE
#450
OPP, AL

Attention ALVIN B CHAN FAMILY LP:

Enclosed is the front door key to the above referenced property.

**Please note you are only receiving the front door key.** Once you enter the store, the keys to the remaining locks, etc., will be located on the front counter of the store.

Please also be advised that the utilities will be terminated within five (5) days. You may contact Cynthia Leo at 904.370.6746 or via email CynthiaLeo@winn-dixie.com for further information regarding the transfer of utilities. Please refer to the Winn-Dixie store number in your correspondence.

Sincerely,

*Vanessa S. Bodie*

Vanessa S. Bodie
Real Estate Department
904.370.6183- Office
904.783.5600- Fax