UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )
                                                         )
WINN-DIXIE STORES, INC., et al.,    )    Case No. 05-03817-3F1
                                                         )    Chapter 11
                Debtors.                          )    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Acacia Montes (Claim No. 3482) [Docket No. 12601] was furnished by mail on November 20, 2006 to Acacia Montes, c/o Michael P. Weisberg, Esq., 1925 Brickell Avenue, Suite D301, Miami, FL 33129.

Dated: November 20, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   s/ D. J. Baker<br>       D. J. Baker<br>       Sally McDonald Henry<br>       Rosalie Gray | By   s/ James H. Post<br>       Stephen D. Busey<br>       James H. Post (FBN 175460)<br>       Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC