## UNITED STATES BANKRUPTY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., et al.,**

Debtors.[1]

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.  On or about November 14, 2006 I caused copies of:

- the **Notice of Hearing**

- the **Debtors' Twenty-Seventh Omnibus Objection to (A0 Equity Claims, (B) Equity Damage Claims, (C) No Liability Claims, (D) Amended and Superseded Claim, (E) Unliquidated Claims, (F) Overstated Claims, (G) No Liability Misclassified Claim and (H) Misclassified Claims**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice and Motion as listed above is attached hereto as Exhibit B.

Dated: November 20, 2006

_____
Kathleen M. Logan

---

[1]       In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**

**Notice of Hearing**
**Debtors' Twenty-Seventh Omnibus Objection to (A)**
**Equity Claims, (B) Equity Damage Claims, (C) No Liability**
**Claims, (D) Amended and Superseded Claim, (E) Unliquidated**
**Claims, (F) Overstated Claims, (G) No Liability ...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 418608-ST<br>ADAMS, DEWEY D<br>134 CLAIRMONT ROAD<br>UNION SC 29379 | CREDITOR ID: 534812-98<br>AGENTRICS LLC<br>ATTN ROBERT HEATON/ELMAR JAKOBY<br>625 N WASHINGTON ST STE 400<br>ALEXANDRIA VA 22314 | CREDITOR ID: 452027-15<br>AKHTER, FARZANA S<br>1857 SAMUELSON CIRCLE<br>MISSISSAUGA ON L5N722<br>CANADA |
| CREDITOR ID: 279203-35<br>AMERICAN ITALIAN PASTA COMPANY<br>C/O BLACKWELL SANDERS PEPER MARTIN<br>ATTN JOHN J CRUCIANI, ESQ<br>4801 MAIN STREET, SUITE 1000<br>KANSAS CITY MO 64112 | CREDITOR ID: 279203-35<br>AMERICAN ITALIAN PASTA COMPANY<br>ATTN CARA VANDEL, CR MGR<br>4100 N MULBERRY DRIVE, SUITE 200<br>KANSAS CITY MO 64116 | CREDITOR ID: 534942-98<br>AMERICAN SUGAR REFINING INC<br>C/O GENE B TARR ESQ<br>BLANCO TACKABERRY COMBS & MATAMOROS<br>PO DRAWER 25008<br>WINSTON SALEM NC 27114-5008 |
| CREDITOR ID: 399614-98<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ, SR VP<br>535 MADISON AVE 15TH FLR<br>NEW YORK NY 10022 | CREDITOR ID: 534960-98<br>APS CLEARING INC<br>ATTN MATTHEW HAMILTON<br>1301 CAPITAL OF TEXAS HWY<br>SUITE B-220<br>AUSTIN TX 78746 | CREDITOR ID: 421137-ST<br>ARNETTE, MELODIE L<br>PO BOX 1031<br>PISGAH FOREST NC 28768 |
| CREDITOR ID: 399729-98<br>ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 | CREDITOR ID: 405952-98<br>ATRADIUS TRADE CREDIT INSURANCE INC<br>CLAIMS DEPARTMENT<br>ATTN DANA SANTILLI<br>5026 CAMPBELL BLVD STE A-D<br>BALTIMORE MD 21236 | CREDITOR ID: 422469-ST<br>BARR, SYBLE H & DANIEL T JT TEN<br>109 CARDINAL WOODS WAY<br>EASLEY SC 29642-1520 |
| CREDITOR ID: 421558-ST<br>BARRESI, PAUL J & ROSE M JT TEN<br>5841 BRISTOL LN<br>DAVIE FL 33331-3242 | CREDITOR ID: 419643-ST<br>BEARD, JAMES A<br>325 ALIGATOR RD<br>EFFINGHAM SC 29541 | CREDITOR ID: 429846-15<br>BOGHOZKHAN, ARMOND<br>3056 7 RUE<br>LAVAL QC H7V 1M9<br>CANADA |
| CREDITOR ID: 243821-12<br>BP SOLVAY POLYETHYLENE<br>NORTH AMERICA<br>DEPT CH 14032<br>PALATINE, IL 60055-4032 | CREDITOR ID: 243821-12<br>BP SOLVAY POLYETHYLENE<br>C/O HELD & ISRAEL<br>ATTN ADAM N FRISCH, ESQ<br>RIVERPLACE TOWER, SUITE 1916<br>1301 RIVERPLACE BLVD<br>JACKSONVILLE FL 32207-9073 | CREDITOR ID: 243821-12<br>BP SOLVAY POLYETHYLENE<br>C/O KELLEY DRYE & WARREN LLP<br>ATTN J S CARR & R L LEHANE ESQS<br>101 PARK AVENUE<br>NEW YORK NY 10178 |
| CREDITOR ID: 452061-15<br>BRODY, LESLIE G<br>900 PALISADE AVENUE, APT 20C<br>FORT LEE NJ 07024 | CREDITOR ID: 452062-15<br>BRODY, LESLIE G<br>C/O NATIONAL FINANCIAL SERVICES LLC<br>200 LIBERTY STREET<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK NY 10281 | CREDITOR ID: 419446-ST<br>BROWN, HELEN C<br>1009 WOODSTONE DR<br>FLORENCE SC 29501 |
| CREDITOR ID: 420770-ST<br>BROWN, LYNN W<br>1009 WOODSTONE DR<br>FLORENCE SC 29501 | CREDITOR ID: 418240-ST<br>BRYANT, CHRISTA M<br>15194 NE 248TH AVENUE RD<br>SALT SPRINGS FL 32134-6050 | CREDITOR ID: 429844-15<br>BURGESS, BRADLEY<br>PO BOX 7772<br>LOUISVILLE KY 40257 |
| CREDITOR ID: 403520-98<br>CACTUS HOLDINGS GROUP LLC<br>ATTN VIJAY KRISH<br>19487 ROBLE CT<br>SARATOGA CA 95070 | CREDITOR ID: 417419-98<br>CADLEROCK LLC<br>ATTN VIC BUENTE<br>100 NORTH CENTER STREET<br>NEWTON FALLS OH 44444 | CREDITOR ID: 420157-ST<br>CALUB, JOSE M & CONCHITA R<br>ELLORENCO JT TEN<br>1830 OAKLAND AVE<br>COLUMBUS GA 31903-2632 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Twenty-Seventh Omnibus Objection to (A)**
**Equity Claims, (B) Equity Damage Claims, (C) No Liability**
**Claims, (D) Amended and Superseded Claim, (E) Unliquidated**
**Claims, (F) Overstated Claims, (G) No Liability ...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 423154-98<br>CAPX REALTY LLC<br>101 SUMMER STREET<br>BOSTON MA 02110 | CREDITOR ID: 423158-97<br>CAPX REALTY LLC<br>C/O LOWNDES DROSDICK ET AL<br>ATTN: M.BEAL & Z.BANCROFT<br>450 S ORANGE AVE, STE 800<br>ORLANDO FL 32801 | CREDITOR ID: 423157-15<br>CAPX REALTY, LLC<br>C/O LOWNDES, DROSDICK, ET AL<br>ATTN ZACHARY J BANCROFT, ESQ<br>PO BOX 2809<br>ORLANDO FL 32802 |
| CREDITOR ID: 452025-15<br>CARMICHAEL, CARLA & ELIZABETH<br>7660 VAN MAREN LN<br>CITRUS HEIGHTS CA 95621 | CREDITOR ID: 534940-15<br>CARPENTIER-GAYDOS, CHERYL C<br>102 AQUA RA DR<br>JENSEN BEACH FL 34957 | CREDITOR ID: 405971-98<br>CAVENDISH FARMS INC<br>ATTN DAVID BATES<br>100 MIDLAND DRIVE<br>DIEPPE NB E1A6X4<br>CANADA |
| CREDITOR ID: 421430-ST<br>CERDA, OLIVIA & ABELARDO JT TEN<br>5325 CAROLDEAN ST<br>FT WORTH TX 76117-2028 | CREDITOR ID: 452033-15<br>CHUANG, HORACE H<br>4208 NICHOLS STREET<br>ALBANY GA 31705-9060 | CREDITOR ID: 16775-05<br>COFFMAN, KATHY N & EARL<br>10325 MADISON PARK CT<br>CLERMONT FL 34711 |
| CREDITOR ID: 417061-98<br>COHANZICK CREDIT OP MASTER FUND LTD<br>ATTN DAVID SHERMAN<br>427 BEDFORD RD SUITE 260<br>PLEASANTVILLE NY 10570 | CREDITOR ID: 534813-98<br>COLONIAL MART LIMITED PARTNERSHIP<br>AND CRESTVIEW CENTER LLC<br>C/O GARY B CRESS<br>PO BOX 1260<br>RIDGELAND MS 29158 | CREDITOR ID: 452108-15<br>CONN, DEBORAH J<br>239 NEW HOPE ROAD<br>HILHAM TN 38568-5933 |
| CREDITOR ID: 279000-32<br>CONSOLIDATED BISCUIT CO.<br>ATTN: BILL VARNEY<br>312 RADER ROAD<br>MCCOMB, OH 45858 | CREDITOR ID: 246889-12<br>CONSOLIDATED BISCUIT COMPANY<br>C/O EASTMAN & SMITH LTD<br>ATTN KENNETH BAKER, ESQ<br>ONE SEAGATE, 24TH FL<br>PO BOX 10032<br>TOLEDO OH 43699-0032 | CREDITOR ID: 246889-12<br>CONSOLIDATED BISCUIT COMPANY<br>PO BOX 631073<br>CINCINNATI, OH 45263-1073 |
| CREDITOR ID: 416956-98<br>CONTRARIAN FUNDS, LLC<br>ATTN MICHAEL J RESTIFO, CFO/MEMBER<br>411 WEST PUTNAM AVE S-225<br>GREENWICH CT 06830 | CREDITOR ID: 247131-12<br>COUNTY OF COWETA TAX COMMISSIONER<br>ATTN J T FERRELL<br>PO BOX 195<br>NEWNAN GA 30264-0195 | CREDITOR ID: 254845-12<br>CRATTY, LISA A<br>119 LAKE SHORE DRIVE<br>ROCKAWAY, NJ 07866 |
| CREDITOR ID: 113467-09<br>CREASY, GEORGE E III<br>209 LANE OF TRISTRAM<br>GARNER NC 27529 | CREDITOR ID: 411244-98<br>CREDIT SUISSE<br>ESBIN & ALTER LLP<br>LESLEY HYNES<br>497 SOUTH MAIN ST<br>NEW CITY NY 10956 | CREDITOR ID: 411244-98<br>CREDIT SUISSE<br>ATTN WENDY BEER<br>11 MADISON AVE 5TH FLR<br>NEW YORK NY 10010 |
| CREDITOR ID: 452057-98<br>CSFB 1998-C1 SHIRLEY ROAD LLC<br>C/O LNR PARTNERS, INC<br>ATTN MR ARNE SHULKIN<br>1601 WASHINGTON AVENUE SUITE 700<br>MIAMI BEACH FL 33139 | CREDITOR ID: 534891-15<br>CUSICK, THOMAS<br>3099 LEON ROAD, # 5<br>JACKSONVILLE FL 32246 | CREDITOR ID: 534697-98<br>CWCAPITAL ASSET MANAGEMENT LLC<br>FOR LASALLE BANK NA<br>C/O STUTSMAN THAMES & MARKEY PA<br>ATTN RICHARD R THAMES<br>50 N LAURA ST STE 1600<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 384081-47<br>DAIRY FARMERS OF AMERICA INC<br>C/O LATHROP & GAGE, LC<br>ATTN STEPHEN B SUTTON, ESQ<br>2345 GRAND BLVD, SUITE 2800<br>KANSAS CITY MO 64108-2684 | CREDITOR ID: 384081-47<br>DAIRY FARMERS OF AMERICA INC<br>ATTN: JOEL CLARK<br>10411 CAUDILL ROAD<br>KNOXVILLE, TN 37922 | CREDITOR ID: 452042-15<br>DALTON L KNAUSS REV TRUST<br>ATTN DALTON L KNAUSS<br>407 S DECISION PINE<br>PAYSON AZ 85541 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Twenty-Seventh Omnibus Objection to (A)**
**Equity Claims, (B) Equity Damage Claims, (C) No Liability**
**Claims, (D) Amended and Superseded Claim, (E) Unliquidated**
**Claims, (F) Overstated Claims, (G) No Liability ...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407682-98<br>DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN SILVIA LUKES, CLAIMS ADMIN<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 | CREDITOR ID: 423075-98<br>DELLACAMERA CAPITAL MANAGEMENT LLC<br>ATTN VINCENT T SPINNATO, MGR MEMBER<br>200 PARK AVE, 33RD FLOOR<br>NEW YORK NY 10017 | CREDITOR ID: 452148-98<br>DELLACAMERA CAPITAL MASTER FUND LTD<br>C/O DELLACAMERA CAPITAL MGMT LLC<br>ATTN VINCENT J SPINNATO, MGR MEMBER<br>200 PARK AVE, 33RD FLOOR<br>NEW YORK NY 10017 |
| CREDITOR ID: 452126-98<br>DELLACAMERA CAPITAL MASTER FUND LTD<br>MERIDIAN CORPORATE SVS LTD BERMUDA<br>C/O DELLACAMERA CAPITAL MGMT LLC<br>200 PARK AVENUE SUITE 3300<br>NEW YORK NY 10166 | CREDITOR ID: 429845-15<br>DEMAGGIO, VINCENT & THERESA<br>15417 LAKESIDE VILLAGE DR, APT 101<br>CLINTON TOWNSHIP MI 48038 | CREDITOR ID: 118276-09<br>DEMAGGIO, VINCENT P<br>15417 LAKESIDE VILLAGE DR, APT 101<br>CLINTONTOWNSHIP MI 48038 |
| CREDITOR ID: 417063-98<br>DK ACQUISITION PARTNERS LP<br>C/O MH DAVIDSON & CO<br>ATTN MICHAEL J LEFELL<br>65 EAST 55TH STREET, 19TH FLOOR<br>NEW YORK NY 10022 | CREDITOR ID: 307866-39<br>DOREY, RICK J & CORINNE M<br>128 LONGFELLOW DR<br>PALM SPRINGS FL 33461 | CREDITOR ID: 410480-15<br>DORMINEY, B M; SMITH, J H ET AL<br>C/O EMERSON POYNTER<br>ATTN S E POYNTER, J G EMERSON, ESQ<br>2228 COTTONDALE LANE, SUITE 100<br>PO BOX 104810<br>LITTLE ROCK AR 72202 |
| CREDITOR ID: 410480-15<br>DORMINEY, B M; SMITH, J H ET AL<br>C/O FEDERMAN & SHERWOOD<br>ATTN WILLIAM B FEDERMAN, ESQ.<br>120 N ROBINSON, STE 2720<br>OKLAHOMA CITY OK 73102 | CREDITOR ID: 410480-15<br>DORMINEY, B M; SMITH, J H ET AL<br>C/O MURRAY FRANK & SAILER LLP<br>ATTN J SAILER/C HINTON, ESQS<br>275 MADISON AVENUE, SUITE 801<br>NEW YORK NY 10016 | CREDITOR ID: 410685-15<br>DORMINEY, B M; SMITH, J H ET AL<br>C/O FEDERMAN & SHERWOOD<br>ATTN WILLIAM B FEDERMAN, ESQ<br>2926 MAPLE AVENUE, SUITE 200<br>DALLAS TX 75201 |
| CREDITOR ID: 421763-ST<br>DRAKE, RHONDA J<br>CO RHONDA J BROOKS<br>6232 DORSETT WOODS DR<br>MOUNT OLIVE AL 35117-3644 | CREDITOR ID: 419804-ST<br>DRISGILL, JANICE L<br>7501 YORK RD<br>TOWSON MD 21204-7515 | CREDITOR ID: 417049-97<br>DUANE MORRIS LLP<br>ATTN MARGERY N REED ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103-4196 |
| CREDITOR ID: 534816-98<br>EQUITY TRUST CO CUSTODIAN<br>FBO BENJAMIN D TARVER IRA<br>C/O BENJAMIN TARVER<br>11152 WESTHEIMER ROAD #796<br>HOUSTON TX 77042 | CREDITOR ID: 421553-ST<br>ERDOS, PAUL & BORA JT TEN<br>HECKENRIEDST 14<br>6045 MEGGEN<br>SWITZERLAND | CREDITOR ID: 417071-15<br>FACTORY HOME DECOR, INC<br>C/O ROBINSON BARTON, ET AL<br>ATTN W E CALLOWAY, ESQ<br>PO BOX 12287<br>COLUMBIA SC 29211-2287 |
| CREDITOR ID: 408404-98<br>FAIR HARBOR CAPITAL LLC<br>ATTN FRED GLASS<br>875 AVENUE OF THE AMERICAS STE 2305<br>NEW YORK NY 10001 | CREDITOR ID: 416237-98<br>FIRST COMMERCIAL BANK<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN: JAY R BENDER<br>1819 FIFTH AVENUE NORTH, ONE FEDERAL PLACE<br>BIRMINGHAM AL 35203-2104 | CREDITOR ID: 400443-98<br>FIRST COMMERCIAL CREDIT CORP<br>ATTN JC BARONE<br>10 NEW KING STREET<br>WHITE PLAINS NY 10604 |
| CREDITOR ID: 429856-15<br>FUTURISTIC FOODS INC<br>C/O DONNA L THOMPSON, ESQ<br>PO BOX 170<br>ALLENWOOD NJ 08720 | CREDITOR ID: 250268-12<br>GARNIER<br>ATTN KENNY WINE, SR CREDIT MGR<br>7644 COLLECTIONS CENTER DR<br>BANK OF AMERICA<br>CHICAGO, IL 60693 | CREDITOR ID: 419958-ST<br>GARREN, JIMMY P<br>424 N BEARWALLOW RD<br>FLETCHER NC 28732-8578 |
| CREDITOR ID: 312607-39<br>GARRICK, THELMA R<br>1913 FRANCIS ST NE<br>ORANGEBURG SC 29118 | CREDITOR ID: 417505-ST<br>GEE, ALEXANDER<br>16737 FOOTHILL BLVD<br>FONTANA CA 92335-8419 | CREDITOR ID: 452029-15<br>GELBER, MANUEL<br>C/O PRISCILLA GELBER, TRUSTEE<br>MANUEL GELBER TRUST<br>114 GRANTHAM A<br>DEERFIELD BEACH FL 33442 |

SERVICE LIST
Notice of Hearing
Debtors' Twenty-Seventh Omnibus Objection to (A)
Equity Claims, (B) Equity Damage Claims, (C) No Liability
Claims, (D) Amended and Superseded Claim, (E) Unliquidated
Claims, (F) Overstated Claims, (G) No Liability ...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 452030-15<br>GELBER, PRISCILLA<br>C/O MANUEL GELBER, TRUSTEE<br>PRISCILLA GELBER TRUST U/A 4/22/98<br>114 GRANTHAM A<br>DEERFIELD BEACH FL 33442 | CREDITOR ID: 28820-05<br>GHANAYEM, FIRAS<br>315 DISCOVERY WAY<br>DURHAM NC 27703 | CREDITOR ID: 417048-97<br>GMAC COMMERCIAL MORTGAGE CORP<br>ATTN SUSAN C TARNOWER ESQ<br>THREE RAVINA DRIVE STE 200<br>ATLANTA GA 30346 |
| CREDITOR ID: 419147-ST<br>GUE, G T JR<br>593 LAKE POINTE DR<br>YANCEYVILLE NC 27379-7118 | CREDITOR ID: 429839-15<br>GUELLI, BRENT<br>C/O CHARLES GUELLI, CUSTODIAN<br>4081 SE DIXIE ROSS STREET<br>STUART FL 34997 | CREDITOR ID: 399349-98<br>HAIN CAPITAL INVESTORS LLC<br>ATTN G LIBERCHUK/ROBERT J KOLTAI<br>201 ROUTE 17 STE 300<br>RUTHERFORD NJ 07070 |
| CREDITOR ID: 411409-98<br>HAIN CAPITAL OPPORTUNITIES LLC<br>ATTN G LIBERCHUK/ROBERT J KOLTAI<br>301 ROUTE 17 N 6TH FLOOR<br>RUTHERFORD NJ 07070 | CREDITOR ID: 452044-15<br>HALLYBURTON, ALAN R<br>100 CRESTMERE LANE<br>TAYLORS SC 29687 | CREDITOR ID: 452045-15<br>HALLYBURTON, RICHARD<br>2 GUYON STREET<br>GREENVILLE SC 29615 |
| CREDITOR ID: 410910-15<br>HAMAN, WAYNE M<br>1260 HAMMETT HILL RD<br>BOWLING GREEN KY 42101 | CREDITOR ID: 452116-15<br>HATCH, STEVEN & ROSELEE<br>7048 VELVET ANTLER DRIVE<br>MIDLOTHIAN VA 23112-6421 | CREDITOR ID: 422206-ST<br>HAYS, SANDRA LEE<br>PO BOX 1828<br>LAPORTE TX 77572 |
| CREDITOR ID: 421069-ST<br>HELTON, MARY LOU<br>1155 RIDGEWOOD DR<br>MOBILE AL 36608-3628 | CREDITOR ID: 421049-ST<br>HENDERSON, MARY J<br>698 N EDGEWATER DR<br>PLANT CITY FL 33565-9159 | CREDITOR ID: 408177-98<br>HMAC 1999-PH1 WATAUGA CTR LTD PART<br>ATTN RUSSELL L REID JR<br>C/O HELLER EHRMAN LLP<br>7 TIMES SQUARE, TIMES SQUARE TOWER<br>NEW YORK NY 10036 |
| CREDITOR ID: 493108-15<br>HOLT, GREGORY J & JUDITH M<br>5330 MICHIE PEBBLE HILL RD<br>MICHIE TN 38357 | CREDITOR ID: 472029-AC<br>HOLT, GREGORY J & JUDITH M JT TEN<br>4874 FAYANN ST<br>ORLANDO FL 32812 | CREDITOR ID: 535006-98<br>HPNC LLC<br>C/O SCOTT P VAUGHN<br>HELMS MULLIS & WICKER PLLC<br>PO BOX 31247 (28231)<br>201 N TRYON ST<br>CHARLOTTE NC 28202 |
| CREDITOR ID: 452048-15<br>HSIAD, BETTY<br>762 FUNDY CT<br>TRACY CA 95377 | CREDITOR ID: 452107-15<br>HSIAO, BETTY<br>762 FUNDY COURT<br>TRACY CA 95377 | CREDITOR ID: 37072-05<br>HUGHES, RANDALL D<br>17371 MEADOWLAKE CIRCLE<br>FORT MYERS FL 33912-0256 |
| CREDITOR ID: 452060-98<br>IB PROPERTY HOLDINGS LLC<br>ATTN JOHN A D'ERRICO VP<br>4425 PONCE DE LEON BLVD SUITE 500<br>CORAL GABLES FL 33146 | CREDITOR ID: 411191-15<br>INGENIX SUBROGATION SERVICES<br>75 REMITTANCE DRIVE, STE 6019<br>CHICAGO IL 60675-6018 | CREDITOR ID: 411379-15<br>INGENIX SUBROGATION SERVICES<br>ATTN LORI MURRY, ANALYSI<br>12125 TECHNOLOGY DRIVE<br>EDEN PRAIRIE MN 55344 |
| CREDITOR ID: 419988-ST<br>JANNEY, JODY J<br>180 HARRY ROAD<br>STONEVILLE NC 27048 | CREDITOR ID: 420997-ST<br>JANNEY, MARVIN H<br>180 HARRY ROAD<br>STONEVILLE NC 27048 | CREDITOR ID: 452110-98<br>JEFFERSON-PILOT INVESTMENTS INC<br>C/O DIANA PALECEK<br>100 NORTH GREENE STREET<br>GREENSBORO NC 27401 |

SERVICE LIST
Notice of Hearing
Debtors' Twenty-Seventh Omnibus Objection to (A)
Equity Claims, (B) Equity Damage Claims, (C) No Liability
Claims, (D) Amended and Superseded Claim, (E) Unliquidated
Claims, (F) Overstated Claims, (G) No Liability ...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 452110-98
JEFFERSON-PILOT INVESTMENTS INC
C/O NEXSEN PRUET ADAMS KLEEMEIER
ATTN CHRISTINE L MYATT, ESQ
PO BOX 3463
GREENSBORO NC 27402

CREDITOR ID: 429850-15
JETTER, JOHN M IV
20200 N 102ND PLACE
SCOTTSDALE AZ 85255

CREDITOR ID: 420189-ST
JONES, JOSEPH K JR & ANNIE I JT TEN
1130 ALDERMAN RD E
JACKSONVILLE FL 32211

CREDITOR ID: 421738-ST
JONES, REBECCA & CHARLES JT TEN
136 FREEZE AVE NW
CONCORD NC 28025

CREDITOR ID: 399350-98
JPMORGAN CHASE BANK NA
C/O KIRKPATRICK & LOCKHART ET AL
ATTN TIMOTHY C BENNETT, ESQ
599 LEXINGTON AVENUE
NEW YORK NY 10022

CREDITOR ID: 534845-97
JPMORGAN CHASE BANK NA
C/O KIRKPATRICK & LOCKHART ET AL
ATTN: STEVEN H EPSTEIN
599 LEXINGTON AVENUE
NEW YORK NY 10022

CREDITOR ID: 534409-98
JPMORGAN CHASE BANK NA
ATTN NEELIMA VELUVOLU
270 PARK AVE 17TH FLR
NEW YORK NY 10017

CREDITOR ID: 399350-98
JPMORGAN CHASE BANK NA
ATTN STANLEY LIM
CARRIE A PARKS
270 PARK AVE 17TH FLR
NEW YORK NY 10017

CREDITOR ID: 452102-15
KARL, JAMES L II
971 N COLLIER BLVD
MARCO ISLAND FL 34145

CREDITOR ID: 452103-15
KEENEY, RUTH A
615 16TH AVE NORTH
JACKSONVILLE FL 32250

CREDITOR ID: 429832-15
KERLEY, J M SEPARATE PROPERTY IMA
/O MELLON BANK, NA
ATTN STEVE DAVIES, ASST OFFICER
THREE MELLON CENTER, SUITE 1215
PITTSBURGH PA 15259

CREDITOR ID: 429830-15
KLEIN, ROGER A - UC-SEP IRA
C/O MELLON BANK, NA
ATTN STEVE DAVIES, ASST OFFICER
THREE MELLON CENTER, SUITE 1215
PITTSBURGH PA 15259

CREDITOR ID: 452041-15
KNAUSS FAMILY LLC
ATTN DALTON L KNAUSS, PRES
407 S DECISION PINE
PAYSON AZ 85541

CREDITOR ID: 452043-15
KNAUSS, ELAINE V
407 S DECISION PINE
PAYSON AZ 85541

CREDITOR ID: 429834-15
KOEZE, DAVID S, TRUSTEE
DAVID S KOEZE REV TRUST
8334 PLEASANT RIDGE COURT SW
JENISON MI 49428-8527

CREDITOR ID: 405009-95
KONICA MINOLTA PHOTO IMAGING USA
C/O FOX ROTHCHILD LLP
ATTN ALLISON M BERGER, ESQ
997 LENOX DRIVE, BUILDING THREE
LAWRENCEVILLE NJ 08648-2311

CREDITOR ID: 405009-95
KONICA MINOLTA PHOTO IMAGING USA
C/O FOX ROTHSCHILD LLP
ATTN JOSHUA T KLEIN, ESQ
2000 MARKET STREET, 10TH FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 405009-95
KONICA MINOLTA PHOTO IMAGING USA
ATTN BRIAN J CUPKA, ESQ &
DAVID HAKULA, SR VP FINANCE
725 DARLINGTON AVENUE
MAHWAH NJ 07430-2601

CREDITOR ID: 452099-15
KREJCI, ESTATE OF ANNA MAE
C/O DIANA LYN GAMBOA, EXECUTRIX
6511 MEADOWTRACE DRIVE
KLEIN TX 77389

CREDITOR ID: 429855-15
KROEZE, JOHANNES & MARIA
2175 MARINE DRIVE, SUITE 1202
OAKVILLE ON L6L 5L5
CANADA

CREDITOR ID: 416254-15
LAKE HOWELL PLAZA PARTNERSHIP
C/O DAY KETTERER LTD
ATTN RICHARD A PRINCIC, ESQ
200 MARKET AVENUE N
PO BOX 24213
CANTON OH 44701-4213

CREDITOR ID: 534411-98
LASALLE BANK NA AS TRUSTEE FOR
REG HOLDERS OF ACGS 2004 LLC SN ABC
ATTN DEMETRIOS J MORAKIS VP
C/O CWCAPITAL ASSET MGMT LLC
701 13TH ST NW STE 1000
WASHINGTON DC 20005

CREDITOR ID: 534411-98
LASALLE BANK NA AS TRUSTEE FOR
C/O VENABLE LLP
ATTN: HEATHER DEANS FOLEY, ESQ
1800 MERCANTILE BANK & TRUST BDLG
TWO HOPKINS PLAZA
BALTIMORE MD 20201

CREDITOR ID: 417085-98
LASALLE BANK NATIONAL ASSOC ETAL
C/O DUANE MORRIS LLP
ATTN WENDY SIMKULAK ESQ
30 SOUTH 17TH ST
PHILADELPHIA  PA 19103-4196

CREDITOR ID: 418537-ST
LATIOLAIS, DEBBIE
1855 NURSERY HWY
BREAUX BRIDGE LA 70517-8404

CREDITOR ID: 296692-BD
LAWTON, JOHN STEPHEN
1478 16TH STREET
SARASOTA FL 34236

CREDITOR ID: 452149-98
LB UBS 2001-C2 COMMERCIAL MORTGAGE
C/O CW CAPITAL ASSET MANAGEMENT
ATTN MR DEMETRIOS MORAKIS
700 12TH STREET NW SUITE 700
WASHINGTON DC 20005

SERVICE LIST
**Notice of Hearing**
**Debtors' Twenty-Seventh Omnibus Objection to (A)**
**Equity Claims, (B) Equity Damage Claims, (C) No Liability**
**Claims, (D) Amended and Superseded Claim, (E) Unliquidated**
**Claims, (F) Overstated Claims, (G) No Liability ...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 535019-W9<br>LCH OPPORTUNITIES LLC<br>529 E SOUTH TEMPLE<br>SALT LAKE CITY UT 84102 | CREDITOR ID: 452118-98<br>LCH OPPORTUNITIES LLC<br>ATTN JOSEPH M O'CONNOR<br>315 PARK AVE S 20TH FLR<br>NEW YORK NY 10010 | CREDITOR ID: 421202-ST<br>LEE, MICHAEL P<br>9122 EASTPOINTE CRT<br>ELK GROVE CA 95624 |
| CREDITOR ID: 429843-15<br>LEVESQUE, MARTIN<br>5018 DE LA ROCHE<br>MONTREAL QC H2J 3J9<br>CANADA | CREDITOR ID: 416950-98<br>LIFE INVESTORS INS CO OF AMERICA<br>EPSTEIN BECKER & GREEN PC<br>NEAL D DODELL<br>RESURGENS PLAZA<br>945 E PACES FERRY RD STE 2700<br>ATLANTA GA 30326 | CREDITOR ID: 416950-98<br>LIFE INVESTORS INS CO OF AMERICA<br>ATTN BILL SINDLINGER VP & COUNSEL<br>AEGON USA REALTY ADVISORS INC<br>4333 EDGEWOOD RD NE<br>CEDAR RAPIDS IA 52499-5220 |
| CREDITOR ID: 399393-98<br>LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>ATTN JEFFREY L CARESS<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | CREDITOR ID: 421105-ST<br>LIVINGSTON, MARION MASON<br>1751 CENTRAL NE<br>ORANGEBURG SC 29115 | CREDITOR ID: 418035-ST<br>LOCKE, CAROL BARBER & LUWANA JT TEN<br>1661 DUNCAN COMMUNITY RD<br>CHIPLEY FL 32428-5322 |
| CREDITOR ID: 452051-98<br>LONGACRE MASTER FUND LTD<br>C/O US BANK NATIONAL ASSOCIATION<br>ATTN DAWNITA EHL<br>CORPORATE TRUST SERVICES<br>1420 FIFTH AVE 7TH FLR<br>SEATTLE WA 98101 | CREDITOR ID: 452049-98<br>LONGACRE MASTER FUND LTD<br>ATTN VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE 22ND FLOOR<br>NEW YORK NY 10019 | CREDITOR ID: 403482-98<br>M.D. SASS<br>RE/ ENTERPRISE PORTFOLIO COMPANY LP<br>ATTN: P SIVIN<br>10 NEW KING ST<br>WHITE PLAINS NY 10604 |
| CREDITOR ID: 255225-12<br>MACK LLC DBA KRISPY KREME<br>ATTN ALAN HERBERT<br>PO BOX 10100<br>NEW ORLEANS, LA 70181 | CREDITOR ID: 411411-98<br>MADISON INVESTMENT TRUST<br>ATTN SALLY MEYER<br>KRISTY STARK, CLEARING OPS MGR<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 11705-1101 | CREDITOR ID: 403518-98<br>MADISON LIQUIDITY INVESTORS LLC<br>ATTN SALLY MEYER<br>6310 LAMAR AVE STE 120<br>OVERLAND PAARK KS 66202 |
| CREDITOR ID: 399728-98<br>MADISON NICHE OPPORTUNITIES LLC<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 | CREDITOR ID: 452047-15<br>MARSHALL, LINDA<br>3108 LIVINGSTON ROAD<br>TALLAHASSEE FL 32303 | CREDITOR ID: 417929-ST<br>MARTIN, BRENDA KAYE<br>205 ELIZABETH DR<br>CENTERVILLE GA 31028-1111 |
| CREDITOR ID: 417760-ST<br>MARTINEZ, BARBARA<br>16041 SW 45TH TER<br>MIAMI FL 33185-5304 | CREDITOR ID: 452032-15<br>MARZEE BRUINGTON FAMILY TRUST<br>C/O CHARLES S BRUINGTON, TRUSTEE<br>PO BOX 85<br>BOONES MILL VA 27065 | CREDITOR ID: 429827-15<br>MATTHEWS, FRANK & MARY<br>1300 VIGO RD<br>SHELBYVILLE KY 40065-9504 |
| CREDITOR ID: 255836-12<br>MAYBELLINE INC<br>ATTN O FULLER/KENNY WINE, SR CRD MG<br>PO BOX 8805<br>LITTLE ROCK, AR 72231-8805 | CREDITOR ID: 287480-39<br>MAZZA, DIANE M<br>3400 GALT OCEAN DR, APT 1704S<br>FORT LAUDERDALE FL 33308 | CREDITOR ID: 417481-ST<br>MCKAIN, REBECCA AILEEN<br>C/O AILEEN S CLAY<br>PO BOX 9273<br>GREENVILLE SC 29604-9273 |
| CREDITOR ID: 406066-15<br>MELECIO, RAUL<br>C/O RAUL MELECIO - CORPORATION'S<br>PO BOX 390 WEST 9 AVE<br>NEW YORK NY 10001 | CREDITOR ID: 405991-98<br>MERRILL LYNCH CREDIT PRODUCTS LLC<br>ATTN GARY COHEN/CHRISTOPHER MOON<br>4 WORLD FINANCIAL CENTER 7TH FLR<br>NEW YORK NY 10080 | CREDITOR ID: 411431-98<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>ATT NICK GRIFFITHS/GABRIEL CALVETTI<br>4 WORLD FINANCIAL CENTER<br>250 VESSEY ST 7TH FLR<br>NEW YORK NY 10080 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Twenty-Seventh Omnibus Objection to (A)**
**Equity Claims, (B) Equity Damage Claims, (C) No Liability**
**Claims, (D) Amended and Superseded Claim, (E) Unliquidated**
**Claims, (F) Overstated Claims, (G) No Liability ...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 429831-15<br>MERRITT, JAMES E-IMA<br>/O MELLON BANK, NA<br>ATTN STEVE DAVIES, ASST OFFICER<br>THREE MELLON CENTER, SUITE 1215<br>PITTSBURGH PA 15259 | CREDITOR ID: 417510-ST<br>MICHALAK, ALEXANDER<br>363 W MAIN ST<br>PLYMOUTH PA 18651 | CREDITOR ID: 422933-ST<br>MORAN, WILLIAM G<br>745 PLANTATION CIR<br>BRUNSWICK GA 31525 |
| CREDITOR ID: 452150-98<br>MSCI 1999-RM1 DALTON PLACE LP<br>A GEORGIA LIMITED PARTNERSHIP<br>C/O LNR PARTNERS INC<br>1601 WASHINGTON AVE SUITE 700<br>MIAMI BEACH FL 33139 | CREDITOR ID: 452150-98<br>MSCI 1999-RM1 DALTON PLACE LP<br>NELSON MULLINS RILEY & SCARBOROUGH<br>JOSHUA M KATZ<br>FIRST UNION PLAZA<br>999 PEACHTREE ST NE SUITE 1400<br>ATLANTA GA 30309 | CREDITOR ID: 399390-99<br>NATIONAL ASBESTOS WORKERS PENS FD<br>C/O GENOVESE JOBLOVE & BATTISTA PA<br>ATTN CRAIG P RIEDERS, ESQ<br>BANK OF AMERICA TOWER<br>100 SOUTHEAST SECOND ST, 36TH FL<br>MIAMI FL 33131 |
| CREDITOR ID: 421357-ST<br>NATIONAL FINANCIAL SERVICES LLC<br>ONE WORLD FINANCIAL CENTER<br>200 LIBERY ST<br>NEW YORK NY 10281 | CREDITOR ID: 417079-98<br>NATIONWIDE LIFE INS CO OF AMERICA<br>ATTN RANDALL W MAY ESQ<br>ONE NATIONWIDE PLAZA 01-34-06<br>COLUMBUS OH 43215-2220 | CREDITOR ID: 411178-15<br>NATIONWIDE MUTUAL CO.O1  SUBROGEE<br>SHOPPING CENTER L&D, INC<br>C/O NATIONWIDE<br>2901 W BUSCH BLVD, STE 403<br>TAMPA FL 33618 |
| CREDITOR ID: 429842-15<br>NORRIS, PEGGY & KENNETH<br>6105 ST JOHNS LN<br>FORT WORTH TX 76114-3121 | CREDITOR ID: 421589-ST<br>NORRIS, PEGGY E<br>351 FINNEY DR<br>WEATHERFORD TX 76085-3845 | CREDITOR ID: 534410-98<br>ORIX CAPITAL MARKETS LLC<br>C/O STUTSMAN THAMES & MARKEY, PA<br>ATTN RICHARD R THAMES<br>50 N LAURA STREET<br>SUITE 1600<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 534410-98<br>ORIX CAPITAL MARKETS LLC<br>ATTN CHUCK CROUCH<br>1717 MAIN STREET SUITE 800<br>DALLAS TX 75201 | CREDITOR ID: 56174-05<br>OSLANDER, HELEN L<br>7119 STATE RD 33<br>CLERMONT FL 34711 | CREDITOR ID: 420679-ST<br>OWENS, LOIS P<br>1002 SOUND SHORE DR<br>EDENTON NC 27932 |
| CREDITOR ID: 423156-15<br>PARSONS, CHERYL L PEACOCK<br>RR2 BOX 263-B3<br>SOPERTON GA 30457 | CREDITOR ID: 417553-ST<br>PATEL, ALPESH M<br>2641 MANCHESTER CT<br>BIRMINGHAM AL 35226 | CREDITOR ID: 420111-ST<br>PONZIANO, JOHN R & MILDRED J<br>3415 S SCHULTZ DR<br>LANSING IL 60438-3261 |
| CREDITOR ID: 417084-97<br>PRINCIPAL GLOBAL INVESTORS<br>ATTN EMILY A HIPPEN<br>801 GRAND AVE<br>DES MOINES IA 50392-4196 | CREDITOR ID: 492841-98<br>PRINCIPAL LIFE INSURANCE COMPANY<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N REED, ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103 4196 | CREDITOR ID: 492841-98<br>PRINCIPAL LIFE INSURANCE COMPANY<br>C/O PRINCIPAL REAL ESTATE INVESTORS<br>ATTN DARIN BENNIGSDORF<br>801 GRAND AVE<br>DES MOINES IA 50392-1450 |
| CREDITOR ID: 417072-98<br>PROTECTIVE LIFE INSURANCE COMPANY<br>C/O HOLLAND & KNIGHT LLP<br>ATTN CHARLES S MCCALL<br>PO BOX 52687<br>JACKSONVILLE FL 32201-2687 | CREDITOR ID: 419117-ST<br>PRUGH, FRANKIE LEE, TRUSTEE<br>THE FRANKIE LEE PRUGH REVOCABLE TR<br>35025 RAINTREE DR<br>FRUTILAND  PK FL 34731 | CREDITOR ID: 417075-98<br>QVT FUND LP<br>STROOCK STROOCK & LAVAN LLP<br>NINA E ABRAHAM LIEBERMAN ESQ<br>180 MAIDEN LANE<br>NEW YORK NY 10038-4982 |
| CREDITOR ID: 417075-98<br>QVT FUND LP<br>C/O QVT FINANCIAL LP<br>ATTN N BRUMM/F SADEGHI-NEJAD/Y CEN<br>1177 AVENUE OF THE AMERICAS, 9TH FL<br>NEW YORK NY 10036 | CREDITOR ID: 452034-15<br>RANDOLPH W GOODWIN TRUST, THE<br>ATTN RANDOLPH W GOODWIN, TRUSTEE<br>2129 HARRISON STREET<br>TITUSVILLE FL 32780 | CREDITOR ID: 429849-15<br>RASOR, JOHN F<br>11411 N TATUM BLVD<br>PHOENIX AZ 85028 |

SERVICE LIST
Notice of Hearing
Debtors' Twenty-Seventh Omnibus Objection to (A)
Equity Claims, (B) Equity Damage Claims, (C) No Liability
Claims, (D) Amended and Superseded Claim, (E) Unliquidated
Claims, (F) Overstated Claims, (G) No Liability ...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 417047-98<br>REASSURE AMERICA LIFE ASSURANCE CO<br>C/O CAPMARK SERVICES INC<br>ATTN CHARLOTTE KOLLIN<br>THREE RAVINA DR STE 200<br>ATLANTA GA 30346 | CREDITOR ID: 407577-98<br>REDROCK CAPITAL PARTNERS LLC<br>ATTN CRAIG KLEIN<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424 | CREDITOR ID: 420594-ST<br>RICKERT, LETHA M<br>C/O STANLEY LANDE & HUNTER<br>ATTN T O LINDBURG, ESQ<br>900 US BANK CENTER<br>201 WEST SECOND STREET<br>DAVENPORT IA 52801-1818 |
| CREDITOR ID: 399778-84<br>ROBERTS, GLENDA<br>1813 HURRICANE LAKE DRIVE<br>BROOKHAVEN MS 39601 | CREDITOR ID: 416929-15<br>ROEBUCK REALTY ASSOCS, LLC, NHA<br>ROEBUCK, NHA BIRMINGHAM, LOUHAL<br>C/O AMERICAN COMMERCIAL REALTY<br>ATTN RICK BAER, SR EXEC DIRECTOR<br>4400 PGA BLVD, SUITE 305<br>PALM BEACH GARDENS FL 33410 | CREDITOR ID: 422731-ST<br>ROSSI, VICTOR<br>PO BOX 249<br>BOONVILLE CA 95415-0249 |
| CREDITOR ID: 452052-98<br>SAWICKI REALTY CO<br>ATTN HENRY J SAWICKI III PRESIDENT<br>118 W WAYNE ST<br>MAUMEE OH 43537 | CREDITOR ID: 417814-ST<br>SHEA, BERVERLY A<br>640 SE 1 ST ST<br>MELROSE FL 32666 | CREDITOR ID: 420792-ST<br>SHEA, BEVERLY<br>640 SOUTH EAST 1ST STREET<br>MELROSE FL 32666 |
| CREDITOR ID: 417861-ST<br>SHEA, BEVERLY A<br>640 SE 1ST ST<br>MELROSE FL 32666-5432 | CREDITOR ID: 419118-ST<br>SHEALY, FRANKLIN KARL, JR<br>103 OLD PARK DR<br>COLUMBIA SC 29229-8750 | CREDITOR ID: 492938-98<br>SIERRA LIQUIDITY FUND LLC<br>ATTN SCOTT AUGUST<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 |
| CREDITOR ID: 422058-ST<br>SILBER, ROSA, TRUSTEE U-A<br>06/13/94 ROSA SILBER REVOCABLE TR<br>1001 SW141 ST AVE, APT 201K<br>PEMBROKE PINES FL 33027 | CREDITOR ID: 421513-ST<br>SMITH, PATRICIA K<br>10976 IOWA AVE<br>JACKSONVILLE FL 32219-2035 | CREDITOR ID: 417106-98<br>SMITHTOWN BAY LLC<br>C/O SEWARD & KISSEL LLP<br>ATTN RENEE EUBANKS ESQ<br>ONE BATTERY PARK PLAZA<br>NEW YORK NY 10004 |
| CREDITOR ID: 417106-98<br>SMITHTOWN BAY LLC<br>ATTN DAVID A ERICSON, VP<br>BRIAN NAAS<br>601 CARLSON PARKWAY SUITE 200<br>MINNETONKA MN 55305 | CREDITOR ID: 417095-98<br>SOF INVESTMENTS LP<br>C/O VINSON & ELKINS LLP<br>ATTN STEVEN A ABRAMOWITZ, ESQ<br>666 5TH AVE, 26TH FLOOR<br>NEW YORK NY 10103-0040 | CREDITOR ID: 417095-98<br>SOF INVESTMENTS LP<br>C/O MSD CAPITAL LP<br>ATTN MARC R LISKER ESQ<br>645 FIFTH AVE 21ST FLR<br>NEW YORK NY 10022-5910 |
| CREDITOR ID: 411389-15<br>SOUTHEAST US RETAIL FUND, LP<br>C/O HENDERSON FRANKLIN STARNES<br>ATTN DOUGLAS B SZABO, ESQ<br>PO BOX 280<br>FORT MYERS FL 33902-0280 | CREDITOR ID: 534983-15<br>SOUTHGATE PLAZA 93 LTD<br>C/O ISAACSON ROSENBAUM PC<br>ATTN EDWARD T RAMEY, ESQ<br>633 17TH STREET, SUITE 2200<br>DENVER CO 80202 | CREDITOR ID: 534983-15<br>SOUTHGATE PLAZA 93 LTD<br>C/O J HERZOG & SONS, INC<br>ATTN JOHN VORNHOLT<br>1605 SOUTH FIRST STREET<br>WILLMAR MN 56201-4234 |
| CREDITOR ID: 407520-98<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN: MAURA I RUSSELL, ESQ &<br>ANTHONY B STUMBO, ESQ<br>655 THIRD AVE, 21ST FL<br>NEW YORK NY 10017 | CREDITOR ID: 407520-98<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>ATTN BRIAN JARMAIN<br>2 GREENWICH PLAZA 1ST FL<br>GREENWICH CT 06830 | CREDITOR ID: 269276-16<br>SPEARS, JOANNE<br>C/O JEFFREY T GREENBERG, PC<br>ATTN JEFFREY T GREENBERG, ESQ<br>421 FRENCHMEN STREET, SUITE 200<br>NEW ORLEANS, LA 70116 |
| CREDITOR ID: 534961-98<br>SPECTRUM INVESTMENT PARTNERS LP<br>ATTN JEFFREY SCHAFFER<br>1250 BROADWAY SUITE 810<br>NEW YORK NY 10001 | CREDITOR ID: 534945-98<br>STARK SPECIAL EVENTS LTD<br>ATTN AMAR EHSAN<br>3600 SOUTH LAKE DRIVE<br>ST FRANCIS WI 53235 | CREDITOR ID: 535034-98<br>STRIKE FORCE III LLC<br>MARKS GRAY PA<br>NICHOLAS V PULIGNANO JR<br>1200 RIVERPLACE BLVD STE 800<br>JACKSONVILLE FL 32207 |

SERVICE LIST
Notice of Hearing
Debtors' Twenty-Seventh Omnibus Objection to (A)
Equity Claims, (B) Equity Damage Claims, (C) No Liability
Claims, (D) Amended and Superseded Claim, (E) Unliquidated
Claims, (F) Overstated Claims, (G) No Liability ...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 535034-98<br>STRIKE FORCE III LLC<br>380 S COURTENAY PARKWAY<br>MERRITT ISLAND FL 32952 | CREDITOR ID: 418752-ST<br>SUSSMAN, DOROTHY<br>401 GOLDEN ISLES DR<br>HALLANDALE FL 33009-7509 | CREDITOR ID: 410771-15<br>TALLAHASSEE 99-FL, LLC<br>C/O KLEIN & SOLOMON, LLP<br>ATTN SOLOMON J JASKIEL, ESQ<br>275 MADISON AVE, 11TH FLOOR<br>NEW YORK NY 10016 |
| CREDITOR ID: 452023-15<br>TALLETT, MARY ANN<br>1248 PANORAMA DRIVE<br>LAFAYETTE CA 94549-2413 | CREDITOR ID: 419638-ST<br>TELFORD, JACQUELINE & JOHN D JT TEN<br>2949 GALAXY PLACE<br>MARYLAND HEIGHTS MO 63043-1958 | CREDITOR ID: 421386-ST<br>TERLIZZESE, NICHOLAS & JOSEPHINE<br>4600 HARRISON ST<br>HOLLYWOOD FL 33021-7203 |
| CREDITOR ID: 261915-12<br>TERRELL, STEFANIE<br>116 BLUEBERRY LANE<br>FITGERALD, GA 31750 | CREDITOR ID: 534834-98<br>THE LUCY CO OF SC LLC<br>C/O BUIST MOORE SMYTHE MCGEE PA<br>ATTN CHARLES P SUMMERALL IV, ESQ<br>PO BOX 999<br>CHARLESTON SC 29402 | CREDITOR ID: 534834-98<br>THE LUCY CO OF SC LLC<br>C/O ROX POLLARD PROPERTY MANAGER<br>COLLIERS KEENAN INC<br>PO BOX 11610<br>COLUMBIA SC 29211 |
| CREDITOR ID: 417093-98<br>THE PAUL REVERE LIFE INSURANCE CO<br>C/O UNUMPROVIDENT<br>ATTN SHELLEY STUART CARVEL<br>2211 CONGREE ST C244<br>PORTLAND ME 04122 | CREDITOR ID: 421770-ST<br>THOMAS, RICHARD A<br>6309 VANDIKE ST<br>PHILADELPHIA PA 19135-3305 | CREDITOR ID: 452026-15<br>THOMPSON, CHARLES F<br>89 LYNN DR<br>PARAMUS NJ 07652 |
| CREDITOR ID: 399395-98<br>TRADE-DEBT.NET<br>ATTN TIMOTHY MCGUIRE, MGR<br>PO BOX 1487<br>WEST BABYLON NY 11704 | CREDITOR ID: 423029-ST<br>TUCKER, WILMA G<br>102 HONEY HORN DR<br>SIMPSONVILLE SC 29681-5812 | CREDITOR ID: 421918-ST<br>VAN BUREN, ROBERT J<br>3608 HEATHROW DR<br>WINSTON SALEM NC 27127-4998 |
| CREDITOR ID: 421599-ST<br>VILLARDI, PETER A<br>24 LIMETREE DR<br>MANORVILLE NY 11949-3116 | CREDITOR ID: 452100-15<br>VOIGT, JOHN L<br>2638 UNICORNIO STREET<br>CARLSBAD CA 92001 | CREDITOR ID: 534944-98<br>VONWIN CAPITAL MANAGEMENT LP<br>ATTN ROGER VON SPIEGEL MANAGING DIR<br>60 MADISON AVE STE 201<br>NEW YORK NY 10010 |
| CREDITOR ID: 452056-98<br>VR GLOBAL PARTNERS, LP<br>C/O VR CAPITAL GROUP<br>ATTN RICHARD DEITZ<br>AVRORA BUSINESS PARK<br>77 SADOVNICHESKAYA NAB BLDG 1<br>MOSCOW  115035<br>RUSSIA | CREDITOR ID: 493107-15<br>WAREHOUSE HOLDINGS (546)<br>ATTN VINCENT E RHYNES, BUSINESS REP<br>1522 W MANCHESTER AVE<br>LOS ANGELES CA 90047 | CREDITOR ID: 417655-ST<br>WEAVER, ANNETTE S<br>503 STRANGE RD<br>TAYLORS SC 29687-3974 |
| CREDITOR ID: 417945-ST<br>WEDERSTRANDT, BRIAN J<br>PO BOX 76<br>FRENCH  SETTLEMENT LA 70733-0076 | CREDITOR ID: 535033-98<br>WHOLESALE REALTORS SUPPLY<br>C/O MATTHEW HAMILTON<br>APS CLEARING INC<br>1301 CAPITAL OF TEXAS HWY<br>SUITE B-220<br>AUSTIN TX 78746 | CREDITOR ID: 452040-15<br>WILLIAMS, BILLY R & DELORIS<br>16241 WASHBURN<br>DETROIT MI 48221 |
| CREDITOR ID: 421146-ST<br>WILLIAMS, M & BARTHOLF, A JT TEN<br>C/O THEODORE PERRY WILLIAMS JR<br>10508 BRYWOOD LANE<br>TAMPA FL 33624 | CREDITOR ID: 452024-15<br>WILSON, JILL C<br>C/O RONALD S WILSON<br>44 SOMERSET DR<br>PHENIX CITY AL 36869 | CREDITOR ID: 418712-ST<br>WOOD, DORITA M<br>1608 DUBLIN RD<br>CHARLOTTESVILLE VA 22903 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Twenty-Seventh Omnibus Objection to (A)**
**Equity Claims, (B) Equity Damage Claims, (C) No Liability**
**Claims, (D) Amended and Superseded Claim, (E) Unliquidated**
**Claims, (F) Overstated Claims, (G) No Liability ...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 411145-15
XEROX CAPITAL SERVICES, LLC
ATTN VANESSA ADAMS, BANKR COORD
1301 RIDGEVIEW ROAD, R-382-450
LEWISVILLE TX 75028

CREDITOR ID: 411145-15
XEROX CAPITAL SERVICES, LLC
C/O FOLEY & LARDNER
ATTN LORI V VAUGHAN, ESQ
100 N TAMPA STREET, SUITE 2700
TAMPA FL 33602

CREDITOR ID: 411145-15
XEROX CAPITAL SERVICES, LLC
C/O HUGHES & LUCE, LLP
ATTN SABRINA L STREUSAND, ESQ
111 CONGRESS AVENUE, STE. 900
AUSTIN TX 78701

**Total:   246**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                    )        Case No.  05-03817-3F1

WINN-DIXIE STORES, INC., et al.,          )        *Chapter 11*

Debtors.[1]                               )        Jointly Administered

## NOTICE OF HEARING

TO PARTIES IN INTEREST:

            PLEASE TAKE NOTICE that a hearing is scheduled for **December 14, 2006, at 1:00 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Twenty-Seventh Omnibus Objection to (A) Equity Claims, (B) Equity Damage Claims, (C) No Liability Claims, (D) Amended and Superseded Claim, (E) Unliquidated Claims, (F) Overstated Claims, (G) No Liability Misclassified Claim and (H) Misclassified Claims.

            Only objections filed with the Court so as to be received by **December 4, 2006** and served on D. J. Baker at djbaker@skadden.com, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, will be considered by the Bankruptcy Court at the hearing.

---

[1]       In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer.  Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated:  November 14, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By ___ *s/ D. J. Baker* _____ | By ___ *s/ James H. Post* _____ |
|     D. J. Baker |     Stephen D. Busey |
|     Sally McDonald Henry |     James H. Post |
|     Rosalie Walker Gray |     Cynthia C. Jackson, |
|     Jane M. Leamy |     Florida Bar Number 175460 |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida  32202 |
| (212) 735-3000 | (904) 359-7700 |
| (212) 735-2000 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | jpost@smithhulsey.com |
| | |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

2

Hearing Date:  December 14, 2006 at 1:00 p.m.
Obj. Deadline:  December  04, 2006 at 4:00 p.m.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

### DEBTORS' TWENTY-SEVENTH OMNIBUS OBJECTION TO (A) EQUITY CLAIMS, (B) EQUITY DAMAGE CLAIMS, (C) NO LIABILITY CLAIMS, (D) AMENDED AND SUPERSEDED CLAIM, (E) UNLIQUIDATED CLAIMS, (F) OVERSTATED CLAIMS, (G) NO LIABILITY MISCLASSIFIED CLAIM AND (H) MISCLASSIFIED CLAIMS

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries, debtors and debtors-

in-possession in the above-captioned cases (collectively, the "Debtors"), object under 11 U.S.C.

§§ 502 and 507 and Fed. R. Bankr. P. 3007 and 9014 (the "Objection") to the claims listed on the

attached Exhibits A through H (the "Disputed Claims") and, for the reasons set forth below, seek

entry of an order (the "Proposed Order") disallowing, reducing, fixing or reclassifying the

Disputed Claims.[2]  In support of this Objection, the Debtors respectfully represent as follows:

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]    By order dated September 1, 2005, this Court approved notice and service procedures regarding omnibus claim objections (the "Claim Objection Procedures Order").  This Objection is filed pursuant to the Claim Objection Procedures Order.

## BACKGROUND

A.    The Chapter 11 Filings

1.    On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code"). The Debtors' cases are being jointly administered for procedural purposes only.

2.    The Debtors are grocery and pharmaceutical retailers operating in the southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.    On March 1, 2005, pursuant to section 1102 of the Bankruptcy Code, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors Committee") to serve in these cases. An official committee of equity security holders appointed by the U.S. Trustee on August 17, 2005 was subsequently disbanded by the U.S. Trustee by notice dated January 11, 2006.

4.    The Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (as modified, the "Chapter 11 Plan") was confirmed by order entered on November 9, 2006. The Chapter 11 Plan will become effective on the date on which the conditions precedent to its effectiveness are satisfied or waived.

5.    The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b)(2).

6.   The statutory predicates for the relief requested are sections 502 and 507 of the Bankruptcy Code and Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

B.   Proofs of Claim

7.   By Order dated April 28, 2005 (the "Claims Bar Date Order"), this Court set August 1, 2005 as the last date for all parties who have or assert (or believe they may have or assert) prepetition claims against one or more of the Debtors to file and serve a written proof of claim with respect to any such claim.  The bar date applicable to governmental units was August 22, 2005.  To date, over 13,600 proofs of claim (the "Proofs of Claim") have been filed against the Debtors in these cases.  Notice of the Claims Bar Date Order and the applicable bar date was provided by mail and publication in accordance with the procedures outlined in the Claims Bar Date Order.

8.   In the ordinary course of business, the Debtors maintain books and records (the "Books and Records") that reflect, among other things, the Debtors' liabilities and the amounts owed to their creditors.  The Debtors and their advisors are conducting a review of the Proofs of Claim filed in these cases (including supporting documentation) and a comparison of the claims asserted in the Proofs of Claim with the Books and Records to determine the validity of the asserted claims.  In the process, the Debtors have identified a number of Proofs of Claim that are objectionable, as more particularly described below.

### RELIEF REQUESTED

9.   By this Objection, the Debtors object to the Disputed Claims and, for the reasons described below, seek entry of the Proposed Order, pursuant to sections 502 and 507 of the Bankruptcy Code and Bankruptcy Rules 3007 and 9014, disallowing, fixing, reducing or reclassifying the Disputed Claims.

## BASIS FOR RELIEF

A.    Equity Claims

10.    As a result of their review, the Debtors have identified 101 proofs of claim that are based solely on a claimant's ownership interest in or possession of shares of the Debtors' common stock (the "Equity Claims"). A list of the Equity Claims is attached as Exhibit A.

11.    The Equity Claims do not allege liability on the part of the Debtors and thus do not constitute "claims" within the meaning of section 101(5) of the Bankruptcy Code. As provided by the Claims Bar Date Order, it was unnecessary for stockholders to file proofs of claim or proofs of interest to evidence their stock ownership. Paragraph 10 of the Claims Bar Date Order states that, "the records of the Debtors' stock transfer agent shall provide prima facie evidence of the amount and validity of stock ownership interests in the Debtors; provided, however that stockholders who have any type of claim against the Debtors, or who are claiming damages or asserting causes of action based upon or arising from such stock ownership, must file a proof of claim by the General Bar Date."

12.    In addition, the Chapter 11 Plan provides for the cancellation of all stock ownership interests in the Debtors. Pursuant to the Chapter 11 Plan, "[a]ll Winn-Dixie Interests of any kind, including, without limitation, the old Winn-Dixie Common Stock Interests and the Old Winn-Dixie Stock Rights, shall be cancelled as of the Effective Date and the holders thereof shall not receive or retain any property under the Plan on account of such Interests." Chapter 11 Plan, section 4.4 (d).

13.    The Debtors object to the Equity Claims listed on Exhibit A on the basis that they are unnecessary claims for stock ownership interests that are cancelled by operation of the Chapter 11 Plan, and seek entry of the Proposed Order disallowing the Equity Claims. Claimants may elect, by not timely responding to this Objection, to permit their Equity Claims

4

listed on Exhibit A to be disallowed.  In the absence of a Response (as defined in paragraph 35 below), the Debtors will present to the Court the Proposed Order disallowing the Equity Claims.

B.    Equity Damage Claims

14.    As a result of their review, the Debtors have identified 10 proofs of claim that assert damages or causes of action based upon or arising from stock ownership interests in the Debtors (the "Equity Damage Claims").  A list of the Equity Damage Claims is attached as Exhibit B.

15.    Pursuant to section 4.4 (b) of the Chapter 11 Plan, the Equity Damage Claims constitute subordinated claims that are discharged as of the effective date of the Chapter 11 Plan and the holders of such claims shall not retain or receive any property under the Chapter 11 Plan on account of such claims.  Section 1.88 of the Chapter 11 Plan defines "Subordinated Claims" as

(a) any Claim arising from the rescission of a purchase or sale of any Old Security, (b) any Claim for damages arising from the purchase or sale of an Old Security, (c) any Claim for reimbursement, contribution, or indemnification on account of any such Claim, (d) any Claim for similar violations of the securities laws, misrepresentations, breaches of fiduciary duties, or any similar claim related to the foregoing, or (e) any Claim for attorneys fees related to any of the foregoing.

16.    The Debtors object to the Equity Damage Claims listed on Exhibit B and seek entry of the Proposed Order disallowing the Equity Damage Claims.[3]  Claimants may elect, by not timely responding to this Objection, to permit their Equity Damage Claims listed on Exhibit B to be disallowed.  In the absence of a Response (as defined in paragraph 35 below), the Debtors will present to the Court the Proposed Order disallowing the Equity Damage Claims.

---

[3]    In addition to seeking disallowance of the Equity Damage Claims on the basis set forth in this Objection, the Debtors also dispute the merits of the Equity Damage Claims.  However, for purposes of disallowance of the Equity Damage Claims, the Court does not need to consider the merits of the Equity Damage Claims.

C.    No Liability Claims

17.    As a result of their review, the Debtors have identified 10 Disputed Claims with respect to which the Books and Records reflect no amount due (the "No Liability Claims"). The No Liability Claims, with reasons for disallowance, are listed on Exhibit C. The No Liability Claims consist of: (a) Proofs of Claim for amounts that are not reflected as liabilities on the Books and Records and (b) Proofs of Claim for which the legal bases are contested by the Debtors.

18.    The Debtors (a) object to the No Liability Claims listed on Exhibit C and (b) seek entry of the Proposed Order disallowing the No Liability Claims. Claimants may elect, by not timely responding to this Objection, to permit the No Liability Claims listed on Exhibit C to be disallowed. In the absence of a Response (as defined in paragraph 35 below), the Debtors will present to the Court the Proposed Order disallowing the No Liability Claims.

D.    Amended and Superseded Claim

19.    As a result of their review, the Debtors have identified one proof of claim (the "Amended Claim") that appears to have been amended and superseded by a later filed claim. The Amended Claim is listed on Exhibit D. Adjacent to the identified Amended Claim on Exhibit D, the Debtors have identified the related later filed claim that will remain if the Court grants this Objection (the "Remaining Claim").

20.    The Remaining Claim asserts liability in a different amount against the same Debtor. The Debtors believe that the claimant holding the Amended Claim will not be prejudiced by having its Amended Claim disallowed because its Remaining Claim will remain on the claims registry after the Amended Claim is disallowed.[4]

---

[4]    The Remaining Claim may be subject to further objections. The Debtors reserve their rights to object to the Remaining Claim upon notice to the claimant.

21.    Accordingly, the Debtors (a) object to the Amended Claim listed on Exhibit D and (b) seek entry of the Proposed Order disallowing the Amended Claim. The claimant may elect, by not timely responding to this Objection, to permit its Amended Claim listed on Exhibit D to be disallowed. In the absence of a Response (as defined in paragraph 35 below), the Debtors will present to the Court the Proposed Order disallowing the Amended Claim.

E.    Unliquidated Claims

22.    As a result of their review, the Debtors have identified 3 Disputed Claims that were filed with estimated or unliquidated amounts (the "Unliquidated Claims"). The Unliquidated Claims are listed on Exhibit E.

23.    The Debtors seek to fix the Unliquidated Claims in the amount owed per their Books and Records. Therefore, the Debtors object to the Unliquidated Claims listed on Exhibit E and seek entry of the Proposed Order fixing such Unliquidated Claims in the amounts set forth on Exhibit E under the heading Fixed Claim Amount. Claimants may elect, by not timely responding to this Objection, to permit their Unliquidated Claims listed on Exhibit E to be fixed in the amounts listed on Exhibit E. In the absence of a Response (as defined in paragraph 35 below), the Debtors will present to the Court the Proposed Order fixing the Unliquidated Claims in the amounts listed on Exhibit E.

F.    Overstated Claims

24.    As a result of their review, the Debtors have identified 9 Disputed Claims that were filed in amounts that are greater than the liabilities owed to such claimants as reflected in the Books and Records (the "Overstated Claims"). The Overstated Claims, with the specific reasons for reduction, are listed on Exhibit F.

25.    These claims fall into several categories: (a) Proofs of Claim that do not reflect accounts receivable balances due to the Debtors; (b) Proofs of Claim that include amounts

that are not reflected as liabilities on the Books and Records; (c) Proofs of Claim that include

amounts for which the legal bases are contested by the Debtors; (d) Proofs of Claim that do not

include sufficient documentation to reconcile the amounts sought and/or (e) Proofs of Claim that

have been reduced by agreement of the claimant.

26.     The Debtors (a) object to the Overstated Claims listed on Exhibit F and (b)

seek entry of the Proposed Order reducing the Overstated Claims.  Claimants may elect, by not

timely responding to this Objection, to permit the Overstated Claims listed on Exhibit F to be

reduced.  In the absence of a Response (as defined in paragraph 35 below), the Debtors will

present to the Court the Proposed Order reducing the Overstated Claims.

G.     No Liability Misclassified Claim

27.     As a result of their review, the Debtors have identified one Disputed Claim

with respect to which the Books and Records reflect no amount due and that also appears to

incorrectly assert priority status, in whole or part (the "No Liability Misclassified Claim").  The

No Liability Misclassified Claim, with reasons for disallowance and reclassification, is listed on

Exhibit G.

28.     To the extent that the No Liability Misclassified Claim is not disallowed in

its entirety, the Debtors also object to the No Liability Misclassified Claim on the basis of its

assertion of administrative priority status, as set forth on Exhibit G.

29.     The Debtors (a) object to the No Liability Misclassified Claim listed on

Exhibit G and (b) seek entry of the Proposed Order disallowing the No Liability Misclassified

Claim.  To the extent the No Liability Misclassified Claim is not disallowed in its entirety, the

Debtors will seek entry of an order reclassifying the No Liability Misclassified Claim as an

unsecured non-priority claim.  Claimant may elect, by not timely responding to this Objection, to

permit the No Liability Misclassified Claim listed on Exhibit G to be disallowed.  In the absence

of a Response (as defined in paragraph 35 below), the Debtors will present to the Court the Proposed Order disallowing the No Liability Misclassified Claim.

H.    Misclassified Claims

30.    As a result of their review, the Debtors have identified two Disputed Claims, including one scheduled claim, that are misclassified (the "Misclassified Claims"). The Misclassified Claims are listed on Exhibit H.

31.    The Debtors (a) object to the Misclassified Claims listed on Exhibit H and (b) seek entry of the Proposed Order modifying such Misclassified Claims to reclassify such claims as specified on Exhibit H.  Claimants may elect, by not timely responding to this Objection, to permit their Misclassified Claims listed on Exhibit H to be reclassified as specified on Exhibit H.  In the absence of a Response (as defined in paragraph 35 below), the Debtors will present to the Court the Proposed Order reclassifying the Misclassified Claims.

## SEPARATE CONTESTED MATTERS

32.    Each of the Disputed Claims and the Debtors' objections asserted above constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  The Debtors request that any order entered by the Court with respect to an objection asserted in this Objection shall be deemed a separate order with respect to each Disputed Claim.

## RESERVATION OF RIGHTS

33.    The Debtors expressly reserve the right to amend, modify, or supplement these objections and to file additional objections to the Disputed Claims or any other claims (filed or not) which may be asserted against the Debtors.

34.    The Debtors reserve their rights with respect to potential preference and avoidance actions under chapter 5 of the Bankruptcy Code (the "Avoidance Actions") against

any Claimant, and this Objection does not constitute a waiver of the Debtors' right to pursue such Avoidance Actions.

## RESPONSES TO THE OBJECTION

A.    Filing and Service of Responses

35.    Pursuant to the Claim Objection Procedures Order, to contest an Objection a claimant must file a written response to the Objection (a "Response") with the United States Bankruptcy Court for the Middle District of Florida (the "Court"), via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202 no later than **December 4, 2006, at 4:00 p.m. (Eastern time)** (the "Response Deadline").  In addition, a copy of the Response must be served on the following party on or before the Response Deadline:

Counsel for the Debtors:

D. J. Baker Esq.
Skadden, Arps, Slate, Meagher
& Flom LLP
Four Times Square
New York, New York 10036
(212) 735-2000 (facsimile)
djbaker@skadden.com

B.    Timely Response Required; Hearing; Replies

36.    If a Response is properly and timely filed and served in accordance with the above procedures, the Debtors will endeavor to reach a consensual resolution with the claimant. If no consensual resolution is reached, a hearing has been noticed for **December 14, 2006, at 1:00 p.m. (Eastern Time)**, or such other date and time as parties filing responses may be notified.  Only those Responses made in writing and timely filed and received will be considered

by the Court at any such hearing.  The Debtors reserve the right to seek to adjourn a hearing with respect to a specific objection and any Response to such objection.

37.    If a claimant whose claim is subject to the Objection, and who is served with the Objection, fails to file and serve a timely Response in compliance with the foregoing procedures, the Debtors will present to the Court an appropriate order disallowing, reducing, fixing or reclassifying the claim, without further notice to the claimant.

## NOTICE

38.    Copies of this Objection will be served upon the claimants identified on Exhibits A through H, the United States Trustee, counsel for the Debtors' postpetition secured lender, counsel for the Creditors Committee, and, in an abundance of caution, upon the other parties in interest named on the Official Service List maintained in these cases.  The Debtors submit that no other or further notice need be given.

WHEREFORE the Debtors respectfully request that the Court (i) grant the relief requested by this Objection, (ii) enter the Proposed Order attached as Exhibit I (a) disallowing the Equity Claims, (b) disallowing the Equity Damage Claims, (c) disallowing the No Liability Claims, (d) disallowing the Amended Claim, (e) fixing the Unliquidated Claims, (f) reducing the

Overstated Claims, (g) disallowing the No Liability Misclassified Claim and (h) reclassifying the

Misclassified Claims, and (iii) grant such other and further relief as is just and proper.

Dated:  November 14, 2006

SKADDEN, ARPS, SLATE, MEAGHER           SMITH HULSEY & BUSEY
& FLOM LLP

By    *s/ D. J. Baker*                              By    *s/ James H. Post*
        D. J. Baker                                          Stephen D. Busey
        Sally McDonald Henry                         James H. Post
        Rosalie Walker Gray                          Cynthia C. Jackson,
        Jane M. Leamy                                     Florida Bar Number 175460
Four Times Square                                225 Water Street, Suite 1800
New York, New York 10036                  Jacksonville, Florida  32202
(212) 735-3000                                     (904) 359-7700
(212) 735-2000 (facsimile)                   (904) 359-7708 (facsimile)
djbaker@skadden.com                          jpost@smithhulsey.com

Co-Attorneys for Debtors                       Co-Attorneys for Debtors

### Declaration

I, David M. Young, Division Support Manager, Winn-Dixie Stores, Inc., declare under

the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts stated in the foregoing

Debtors' Twenty-Seventh Omnibus Objection to (A) Equity Claims, (B) Equity Damage Claims,

(C) No Liability Claims, (D) Amended and Superseded Claims, (E) Unliquidated Claims, (F)

Overstated Claims, (G) No Liability Misclassified Claim and (H) Misclassified Claim are true

and correct to the best of my knowledge, information and belief.

David M. Young
Division Support Manager
Winn-Dixie Stores, Inc.

**EXHIBIT A**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 418608**<br>ADAMS, DEWEY D<br>134 CLAIRMONT ROAD<br>UNION SC 29379 | **13165**<br>Debtor: | $0.00<br>**WINN-DIXIE STORES, INC.** | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 452027**<br>AKHTER, FARZANA S<br>1857 SAMUELSON CIRCLE<br>MISSISSAUGA<br>ONTARIO L5N722 CANADA | **13132**<br>Debtor: | $1,609.00<br>**WINN-DIXIE STORES, INC.** | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 421137**<br>ARNETTE, MELODIE L<br>PO BOX 1031<br>PISGAH FOREST NC 28768 | **13000**<br>Debtor: | $755.00<br>**WINN-DIXIE SUPERMARKETS, INC.** | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 422469**<br>BARR, SYBLE H & DANIEL T JT TEN<br>109 CARDINAL WOODS WAY<br>EASLEY SC 29642-1520 | **12992**<br>Debtor: | $0.00<br>**WINN-DIXIE STORES, INC.** | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 421558**<br>BARRESI, PAUL J & ROSE M JT TEN<br>5841 BRISTOL LN<br>DAVIE FL 33331-3242 | **13153**<br>Debtor: | $133,058.00<br>**WINN-DIXIE STORES, INC.** | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 419643**<br>BEARD, JAMES A<br>325 ALIGATOR RD<br>EFFINGHAM SC 29541 | **13198**<br>Debtor: | $2,000.00<br>**WINN-DIXIE STORES, INC.** | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 429846**<br>BOGHOZKHAN, ARMOND<br>3056 7 RUE<br>LAVAL QC H7V 1M9 CANADA | **13098**<br>Debtor: | $4,701.00<br>**WINN-DIXIE STORES, INC.** | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 452061**<br>BRODY, LESLIE G<br>900 PALISADE AVENUE, APT 20C<br>FORT LEE NJ 07024 | **13194**<br>Debtor: | $1,333.42<br>**WINN-DIXIE STORES, INC.** | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 419446<br>BROWN, HELEN C<br>1009 WOODSTONE DR<br>FLORENCE SC 29501 | 13062<br>Debtor: WINN-DIXIE STORES, INC. | $113,852.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 420770<br>BROWN, LYNN W<br>1009 WOODSTONE DR<br>FLORENCE SC 29501 | 13063<br>Debtor: WINN-DIXIE STORES, INC. | $130,288.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 418240<br>BRYANT, CHRISTA M<br>15194 NE 248TH AVENUE RD<br>SALT SPRINGS FL 32134-6050 | 13167<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 429844<br>BURGESS, BRADLEY<br>PO BOX 7772<br>LOUISVILLE KY 40257 | 13075<br>Debtor: WINN-DIXIE STORES, INC. | $2,521.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 420157<br>CALUB, JOSE M & CONCHITA R<br>ELLORENCO JT TEN<br>1830 OAKLAND AVE<br>COLUMBUS GA 31903-2632 | 13079<br>Debtor: WINN-DIXIE STORES, INC. | $2,002.23 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 452025<br>CARMICHAEL, CARLA & ELIZABETH<br>7660 VAN MAREN LN<br>CITRUS HEIGHTS CA 95621 | 13131<br>Debtor: WINN-DIXIE STORES, INC. | $2,219.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 534940<br>CARPENTIER-GAYDOS, CHERYL C<br>102 AQUA RA DR<br>JENSEN BEACH FL 34957 | 13585<br>Debtor: WINN-DIXIE STORES, INC. | $7,002.25 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 421430<br>CERDA, OLIVIA & ABELARDO JT TEN<br>5325 CAROLDEAN ST<br>FT WORTH TX 76117-2028 | 12989<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 452033<br>CHUANG, HORACE H<br>4208 NICHOLS STREET<br>ALBANY GA 31705-9060 | 13140<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 452108<br>CONN, DEBORAH J<br>239 NEW HOPE ROAD<br>HILHAM TN 38568-5933 | 13210<br>Debtor: | $2,738.95<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 113467<br>CREASY, GEORGE E III<br>209 LANE OF TRISTRAM<br>GARNER NC 27529 | 9445<br>Debtor: | $22,716.25<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 534891<br>CUSICK, THOMAS<br>3099 LEON ROAD, # 5<br>JACKSONVILLE FL 32246 | 13581<br>Debtor: | $3,000.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 452042<br>DALTON L KNAUSS REV TRUST<br>ATTN DALTON L KNAUSS<br>407 S DECISION PINE<br>PAYSON AZ 85541 | 13157<br>Debtor: | $9,837.80<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 429845<br>DEMAGGIO, VINCENT & THERESA<br>15417 LAKESIDE VILLAGE DR, APT 101<br>CLINTON TOWNSHIP MI 48038 | 13097<br>Debtor: | $2,000.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 307866<br>DOREY, RICK J & CORINNE M<br>128 LONGFELLOW DR<br>PALM SPRINGS FL 33461 | 13109<br>Debtor: | $2,545.05<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 421763<br>DRAKE, RHONDA J<br>CO RHONDA J BROOKS<br>6232 DORSETT WOODS DR<br>MOUNT OLIVE AL 35117-3844 | 13127<br>Debtor: | $13,000.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 419804<br>DRISGILL, JANICE L<br>7501 YORK RD<br>TOWSON MD 21204-7515 | 13151<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 421553<br>ERDOS, PAUL & BORA JT TEN<br>HECKENRIEDST 14<br>6045 MEGGEN<br>SWITZERLAND | 12985<br>Debtor: | $18,975.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 419958<br>GARREN, JIMMY P<br>424 N BEARWALLOW RD<br>FLETCHER NC 28732-8578 | 13027<br>Debtor: | $27,653.94<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 417505<br>GEE, ALEXANDER<br>16737 FOOTHILL BLVD<br>FONTANA CA 92335-8419 | 13010<br>Debtor: | $9,565.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 452029<br>GELBER, MANUEL<br>C/O PRISCILLA GELBER, TRUSTEE<br>MANUEL GELBER TRUST<br>114 GRANTHAM A<br>DEERFIELD BEACH FL 33442 | 13135<br>Debtor: | $15,814.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 452030<br>GELBER, PRISCILLA<br>C/O MANUEL GELBER, TRUSTEE<br>PRISCILLA GELBER TRUST U/A 4/22/98<br>114 GRANTHAM A<br>DEERFIELD BEACH FL 33442 | 13136<br>Debtor: | $6,948.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 419147<br>GUE, G T JR<br>593 LAKE POINTE DR<br>YANCEYVILLE NC 27379-7118 | 13126<br>Debtor: | $26,910.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 429839<br>GUELLI, BRENT<br>C/O CHARLES GUELLI, CUSTODIAN<br>4081 SE DIXIE ROSS STREET<br>STUART FL 34997 | 13070<br>Debtor: | $1,390.65<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 452044<br>HALLYBURTON, ALAN R<br>100 CRESTMERE LANE<br>TAYLORS SC 29687 | 13078<br>Debtor: | $25,200.00<br>WINN-DIXIE SUPERMARKETS, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 452116<br>HATCH, STEVEN & ROSELEE<br>7048 VELVET ANTLER DRIVE<br>MIDLOTHIAN VA 23112-6421 | 13226<br>Debtor: | $3,000.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 422206<br>HAYS, SANDRA LEE<br>PO BOX 1828<br>LAPORTE TX 77572 | 13168<br>Debtor: | $9,800.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 421069<br>HELTON, MARY LOU<br>1155 RIDGEWOOD DR<br>MOBILE AL 36608-3628 | 13012<br>Debtor: | $180.86<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 421049<br>HENDERSON, MARY J<br>698 N EDGEWATER DR<br>PLANT CITY FL 33565-9159 | 13009<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 472029<br>HOLT, GREGORY J & JUDITH M JT TEN<br>4874 FAYANN ST<br>ORLANDO FL 32812 | 13385<br>Debtor: | $55,030.37<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 452048<br>HSIAO, BETTY<br>762 FUNDY CT<br>TRACY CA 95377 | 13173<br>Debtor: | $4,761.50<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 452107<br>HSIAO, BETTY<br>762 FUNDY COURT<br>TRACY CA 95377 | 13209<br>Debtor: | $4,761.50<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 419988<br>JANNEY, JODY J<br>180 HARRY ROAD<br>STONEVILLE NC 27048 | 13072<br>Debtor: | $24,985.20<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 420997<br>JANNEY, MARVIN H<br>180 HARRY ROAD<br>STONEVILLE NC 27048 | 13071<br>Debtor: | $24,985.20<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 429850<br>JETTER, JOHN M IV<br>20200 N 102ND PLACE<br>SCOTTSDALE AZ 85255 | 13106<br>Debtor: | $1,964.20<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 420189<br>JONES, JOSEPH K JR & ANNIE I JT TEN<br>1130 ALDERMAN RD E<br>JACKSONVILLE FL 32211 | 13015<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 421738<br>JONES, REBECCA & CHARLES JT TEN<br>136 FREEZE AVE NW<br>CONCORD NC 28025 | 13146<br>Debtor: | $3,140.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 452102<br>KARL, JAMES L II<br>971 N COLLIER BLVD<br>MARCO ISLAND FL 34145 | 13201<br>Debtor: | $11,800.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 452103<br>KEENEY, RUTH A<br>615 16TH AVE NORTH<br>JACKSONVILLE FL 32250 | 13202<br>Debtor: | $1,990.90<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id:  429832<br>KERLEY, J M SEPARATE PROPERTY IMA<br>/O MELLON BANK, NA<br>ATTN STEVE DAVIES, ASST OFFICER<br>THREE MELLON CENTER, SUITE 1215<br>PITTSBURGH  PA  15259 | 13056<br>Debtor: | $90.10<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id:  429830<br>KLEIN, ROGER A - UC-SEP IRA<br>C/O MELLON BANK, NA<br>ATTN STEVE DAVIES, ASST OFFICER<br>THREE MELLON CENTER, SUITE 1215<br>PITTSBURGH  PA  15259 | 13054<br>Debtor: | $310.05<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id:  452041<br>KNAUSS FAMILY LLC<br>ATTN DALTON L KNAUSS, PRES<br>407 S DECISION PINE<br>PAYSON AZ  85541 | 13156<br>Debtor: | $14,119.35<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id:  452043<br>KNAUSS, ELAINE V<br>407 S DECISION PINE<br>PAYSON AZ  85541 | 13158<br>Debtor: | $11,055.51<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id:  429834<br>KOEZE, DAVID S, TRUSTEE<br>DAVID S KOEZE REV TRUST<br>8334 PLEASANT RIDGE COURT SW<br>JENISON  MI  49428-8527 | 13060<br>Debtor: | $2,220.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id:  452099<br>KREJCI, ESTATE OF ANNA MAE<br>C/O DIANA LYN GAMBOA, EXECUTRIX<br>6511 MEADOWTRACE DRIVE<br>KLEIN  TX  77389 | 13195<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id:  429855<br>KROEZE, JOHANNES & MARIA<br>2175 MARINE DRIVE, SUITE 1202<br>OAKVILLE  ON  L6L 5L5 CANADA | 13113<br>Debtor: | $13,800.70<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 418537**<br>LATIOLAIS, DEBBIE<br>1855 NURSERY HWY<br>BREAUX BRIDGE LA 70517-8404 | 13133<br>Debtor: | $0.00<br>WINN-DIXIE SUPERMARKETS, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 296692**<br>LAWTON, JOHN STEPHEN<br>1478 16TH STREET<br>SARASOTA FL 34236 | 12726<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 429843**<br>LEVESQUE, MARTIN<br>5018 DE LA ROCHE<br>MONTREAL QC H2J 3J9 CANADA | 13096<br>Debtor: | $2,569.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 421105**<br>LIVINGSTON, MARION MASON<br>1751 CENTRAL NE<br>ORANGEBURG SC 29115 | 13214<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 418035**<br>LOCKE, CAROL BARBER & LUWANA JT TEN<br>1661 DUNCAN COMMUNITY RD<br>CHIPLEY FL 32428-5322 | 13033<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 452047**<br>MARSHALL, LINDA<br>3108 LIVINGSTON ROAD<br>TALLAHASSEE FL 32303 | 13162<br>Debtor: | $1,500.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 417929**<br>MARTIN, BRENDA KAYE<br>205 ELIZABETH DR<br>CENTERVILLE GA 31028-1111 | 13118<br>Debtor: | $3,060.00<br>DIXIE PACKERS, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 452032**<br>MARZEE BRUINGTON FAMILY TRUST<br>C/O CHARLES S BRUINGTON, TRUSTEE<br>PO BOX 85<br>BOONES MILL VA 27065 | 13139<br>Debtor: | $40,293.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 429827<br>MATTHEWS, FRANK & MARY<br>1300 VIGO RD<br>SHELBYVILLE  KY  40065-9504 | 13029<br>Debtor:  WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 287480<br>MAZZA, DIANE M<br>3400 GALT OCEAN DR, APT 1704S<br>FORT LAUDERDALE  FL  33308 | 13080<br>Debtor:  WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 417481<br>MCKAIN, REBECCA AILEEN<br>C/O AILEEN S CLAY<br>PO BOX 9273<br>GREENVILLE  SC  29604-9273 | 13105<br>Debtor:  WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 429831<br>MERRITT, JAMES E-IMA<br>/O MELLON BANK, NA<br>ATTN STEVE DAVIES, ASST OFFICER<br>THREE MELLON CENTER, SUITE 1215<br>PITTSBURGH  PA  15259 | 13055<br>Debtor:  WINN-DIXIE STORES, INC. | $371.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 417510<br>MICHALAK, ALEXANDER<br>363 W MAIN ST<br>PLYMOUTH  PA  18651 | 12982<br>Debtor:  WINN-DIXIE STORES, INC. | $7,705.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 422933<br>MORAN, WILLIAM G<br>745 PLANTATION CIR<br>BRUNSWICK  GA  31525 | 13116<br>Debtor:  WINN-DIXIE SUPERMARKETS, INC. | $221,291.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 421357<br>NATIONAL FINANCIAL SERVICES LLC<br>ONE WORLD FINANCIAL CENTER<br>200 LIBERY ST<br>NEW YORK  NY  10281 | 13200<br>Debtor:  WINN-DIXIE SUPERMARKETS, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 421589<br>NORRIS, PEGGY E<br>351 FINNEY DR<br>WEATHERFORD  TX  76085-3845 | 13073<br>Debtor:  WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 420679<br>OWENS, LOIS P<br>1002 SOUND SHORE DR<br>EDENTON NC 27932 | 13150<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 423156<br>PARSONS, CHERYL L PEACOCK<br>RR2 BOX 263-B3<br>SOPERTON GA 30457 | 12997<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 417553<br>PATEL, ALPESH M<br>2641 MANCHESTER CT<br>BIRMINGHAM AL 35226 | 13152<br>Debtor: | $12,896.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 420111<br>PONZIANO, JOHN R & MILDRED J<br>3415 S SCHULTZ DR<br>LANSING IL 60438-3261 | 13123<br>Debtor: | $10,000.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 419117<br>PRUGH, FRANKIE LEE, TRUSTEE<br>THE FRANKIE LEE PRUGH REVOCABLE TR<br>35025 RAINTREE DR<br>FRUTILAND PK FL 34731 | 13030<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 452034<br>RANDOLPH W GOODWIN TRUST, THE<br>ATTN RANDOLPH W GOODWIN, TRUSTEE<br>2129 HARRISON STREET<br>TITUSVILLE FL 32780 | 13141<br>Debtor: | $7,230.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 428849<br>RASOR, JOHN F<br>11411 N TATUM BLVD<br>PHOENIX AZ 85028 | 13104<br>Debtor: | $16,906.87<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 420594<br>RICKERT, LETHA M<br>C/O STANLEY LANDE & HUNTER<br>ATTN T O LINDBURG, ESQ<br>900 US BANK CENTER<br>201 WEST SECOND STREET<br>DAVENPORT IA 52801-1818 | 12981<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 422731<br>ROSSI, VICTOR<br>PO BOX 249<br>BOONVILLE CA 95415-0249 | 12999<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 417814<br>SHEA, BERVERLY A<br>640 SE 1 ST ST<br>MELROSE FL 32666 | 13019<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 420792<br>SHEA, BEVERLY<br>640 SOUTH EAST 1ST STREET<br>MELROSE FL 32666 | 13018<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 417861<br>SHEA, BEVERLY A<br>640 SE 1ST ST<br>MELROSE FL 32666-5432 | 13020<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 419118<br>SHEALY, FRANKLIN KARL, JR<br>103 OLD PARK DR<br>COLUMBIA SC 29229-8750 | 12983<br>Debtor: WINN-DIXIE STORES, INC. | $10,000.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 422058<br>SILBER, ROSA, TRUSTEE U-A<br>06/13/94 ROSA SILBER REVOCABLE TR<br>1001 SW141 ST AVE, APT 201K<br>PEMBROKE PINES FL 33027 | 13077<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 421513<br>SMITH, PATRICIA K<br>10976 IOWA AVE<br>JACKSONVILLE FL 32219-2035 | 13160<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 418752<br>SUSSMAN, DOROTHY<br>401 GOLDEN ISLES DR<br>HALLANDALE FL 33009-7509 | 13007<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 452023**<br>TALLETT, MARY ANN<br>1248 PANORAMA DRIVE<br>LAFAYETTE CA 94549-2413 | 13129<br>**Debtor:** WINN-DIXIE STORES, INC. | $10,198.30 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 421386**<br>TERLIZZESE, NICHOLAS & JOSEPHINE<br>4600 HARRISON ST<br>HOLLYWOOD FL 33021-7203 | 13121<br>**Debtor:** WINN-DIXIE SUPERMARKETS, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 421770**<br>THOMAS, RICHARD A<br>6309 VANDIKE ST<br>PHILADELPHIA PA 19135-3305 | 13016<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 452026**<br>THOMPSON, CHARLES F<br>89 LYNN DR<br>PARAMUS NJ 07652 | 13134<br>**Debtor:** WINN-DIXIE STORES, INC. | $1,255.97 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 423029**<br>TUCKER, WILMA G<br>102 HONEY HORN DR<br>SIMPSONVILLE SC 29681-5812 | 13076<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 421918**<br>VAN BUREN, ROBERT J<br>3608 HEATHROW DR<br>WINSTON SALEM NC 27127-4998 | 12990<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 421599**<br>VILLARDI, PETER A<br>24 LIMETREE DR<br>MANORVILLE NY 11949-3116 | 13181<br>**Debtor:** WINN-DIXIE SUPERMARKETS, INC. | $1,000.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 452100**<br>VOIGT, JOHN L<br>2638 UNICORNIO STREET<br>CARLSBAD CA 92001 | 13197<br>**Debtor:** WINN-DIXIE STORES, INC. | $600.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS<br>OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND<br>RETAIN NO PROPERTY ON ACCOUNT THEREOF. |

WINN-DIXIE STORES, INC., ET AL.,
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 493107**<br>WAREHOUSE HOLDINGS (546)<br>ATTN VINCENT E RHYNES, BUSINESS REP<br>1522 W MANCHESTER AVE<br>LOS ANGELES CA 90047 | 13384<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 417655**<br>WEAVER, ANNETTE S<br>503 STRANGE RD<br>TAYLORS SC 29687-3974 | 13114<br>Debtor: WINN-DIXIE STORES, INC. | $33,949.28 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 417945**<br>WEDERSTRANDT, BRIAN J<br>PO BOX 76<br>FRENCH SETTLEMENT LA 70733-0076 | 13119<br>Debtor: WINN-DIXIE STORES, INC. | $22,801.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 452040**<br>WILLIAMS, BILLY R & DELORIS<br>16241 WASHBURN<br>DETROIT MI 48221 | 13155<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 421146**<br>WILLIAMS, M & BARTHOLF, A JT TEN<br>C/O THEODORE PERRY WILLIAMS JR<br>10508 BRYWOOD LANE<br>TAMPA FL 33624 | 13175<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 452024**<br>WILSON, JILL C<br>C/O RONALD S WILSON<br>44 SOMERSET DR<br>PHENIX CITY AL 36869 | 13130<br>Debtor: WINN-DIXIE STORES, INC. | $54,987.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 418712**<br>WOOD, DORITA M<br>1608 DUBLIN RD<br>CHARLOTTESVILLE VA 22903 | 13074<br>Debtor: WINN-DIXIE STORES, INC. | $6,500.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |

Total Claims to be Disallowed:       101

Total Amount to be Disallowed:     $1,242,544.40       Plus Unliquidated Amounts, If Any

**EXHIBIT B**

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - EQUITY DAMAGE CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 16775<br>COFFMAN, KATHY N & EARL<br>10325 MADISON PARK CT<br>CLERMONT FL 34711 | 8424<br>Debtor: WINN-DIXIE STORES, INC. | $3,625.97 | UNDER CONFIRMED PLAN, CLAIMS FOR DAMAGES ARISING OUT OF PURCHASE AND SALE OF OLD EQUITY ARE SUBORDINATED AND DISCHARGED AS OF EFFECTIVE DATE WITH NO DISTRIBUTION. SEE SECTION 4.4(B) OF PLAN. |
| Creditor Id: 118276<br>DEMAGGIO, VINCENT P<br>15417 LAKESIDE VILLAGE DR, APT 101<br>CLINTONTOWNSHIP MI 48038 | 4486<br>Debtor: WINN-DIXIE STORES, INC. | $2,694.00 | UNDER CONFIRMED PLAN, CLAIMS FOR DAMAGES ARISING OUT OF PURCHASE AND SALE OF OLD EQUITY ARE SUBORDINATED AND DISCHARGED AS OF EFFECTIVE DATE WITH NO DISTRIBUTION. SEE SECTION 4.4(B) OF PLAN. |
| Creditor Id: 410480<br>DORMINEY, B M; SMITH, J H ET AL<br>C/O FEDERMAN & SHERWOOD<br>ATTN WILLIAM B FEDERMAN, ESQ.<br>120 N ROBINSON, STE 2720<br>OKLAHOMA CITY OK 73102<br><br>Counsel: ATTN J SAILER/C HINTON, ESQS | 8156<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, CLAIMS FOR DAMAGES ARISING OUT OF PURCHASE AND SALE OF OLD EQUITY ARE SUBORDINATED AND DISCHARGED AS OF EFFECTIVE DATE WITH NO DISTRIBUTION. SEE SECTION 4.4(B) OF PLAN. |
| Creditor Id: 312607<br>GARRICK, THELMA R<br>1913 FRANCIS ST NE<br>ORANGEBURG SC 29118 | 5967<br>Debtor: WINN-DIXIE STORES, INC. | $14,324.40 | UNDER CONFIRMED PLAN, CLAIMS FOR DAMAGES ARISING OUT OF PURCHASE AND SALE OF OLD EQUITY ARE SUBORDINATED AND DISCHARGED AS OF EFFECTIVE DATE WITH NO DISTRIBUTION. SEE SECTION 4.4(B) OF PLAN. |
| Creditor Id: 410910<br>HAMAN, WAYNE M<br>1260 HAMMETT HILL RD<br>BOWLING GREEN KY 42101 | 10045<br>Debtor: WINN-DIXIE STORES, INC. | $19,350.00 | UNDER CONFIRMED PLAN, CLAIMS FOR DAMAGES ARISING OUT OF PURCHASE AND SALE OF OLD EQUITY ARE SUBORDINATED AND DISCHARGED AS OF EFFECTIVE DATE WITH NO DISTRIBUTION. SEE SECTION 4.4(B) OF PLAN. |
| Creditor Id: 37072<br>HUGHES, RANDALL D<br>17371 MEADOWLAKE CIRCLE<br>FORT MYERS FL 33912-0256 | 5461<br>Debtor: WINN-DIXIE STORES, INC. | $7,200.00 | UNDER CONFIRMED PLAN, CLAIMS FOR DAMAGES ARISING OUT OF PURCHASE AND SALE OF OLD EQUITY ARE SUBORDINATED AND DISCHARGED AS OF EFFECTIVE DATE WITH NO DISTRIBUTION. SEE SECTION 4.4(B) OF PLAN. |
| Creditor Id: 421202<br>LEE, MICHAEL P<br>9122 EASTPOINTE CRT<br>ELK GROVE CA 95624 | 13028<br>Debtor: WINN-DIXIE STORES, INC. | $946.01 | UNDER CONFIRMED PLAN, CLAIMS FOR DAMAGES ARISING OUT OF PURCHASE AND SALE OF OLD EQUITY ARE SUBORDINATED AND DISCHARGED AS OF EFFECTIVE DATE WITH NO DISTRIBUTION. SEE SECTION 4.4(B) OF PLAN. |
| Creditor Id: 406066<br>MELECIO, RAUL<br>C/O RAUL MELECIO - CORPORATION'S<br>PO BOX 390 WEST 9 AVE<br>NEW YORK NY 10001 | 3020<br>Debtor: WINN-DIXIE STORES, INC. | $130,000.00 | UNDER CONFIRMED PLAN, CLAIMS FOR DAMAGES ARISING OUT OF PURCHASE AND SALE OF OLD EQUITY ARE SUBORDINATED AND DISCHARGED AS OF EFFECTIVE DATE WITH NO DISTRIBUTION. SEE SECTION 4.4(B) OF PLAN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - EQUITY DAMAGE CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 399390<br>NATIONAL ASBESTOS WORKERS PENS FD<br>C/O GENOVESE JOBLOVE & BATTISTA PA<br>ATTN CRAIG P RIEDERS, ESQ<br>BANK OF AMERICA TOWER<br>100 SOUTHEAST SECOND ST, 36TH FL<br>MIAMI FL 33131 | 9976<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, CLAIMS FOR DAMAGES ARISING OUT OF PURCHASE AND SALE OF OLD EQUITY ARE SUBORDINATED AND DISCHARGED AS OF EFFECTIVE DATE WITH NO DISTRIBUTION. SEE SECTION 4.4(B) OF PLAN. |
| Creditor Id: 419638<br>TELFORD, JACQUELINE & JOHN D JT TEN<br>2949 GALAXY PLACE<br>MARYLAND HEIGHTS MO 63043-1958 | 13005<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, CLAIMS FOR DAMAGES ARISING OUT OF PURCHASE AND SALE OF OLD EQUITY ARE SUBORDINATED AND DISCHARGED AS OF EFFECTIVE DATE WITH NO DISTRIBUTION. SEE SECTION 4.4(B) OF PLAN. |

Total Claims to be Disallowed:      10

Total Amount to be Disallowed:      $178,140.38      Plus Unliquidated Amounts, If Any

**EXHIBIT C**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:  423157**<br>CAPX REALTY, LLC<br>C/O LOWNDES, DROSDICK, ET AL<br>ATTN ZACHARY J BANCROFT, ESQ<br>PO BOX 2809<br>ORLANDO  FL  32802 | 13620<br>Debtor:  WINN-DIXIE STORES, INC. | $1,107,355.17 | ABSENT JUDGMENT OF FORECLOSURE, NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  REJECTION DAMAGE CLAIM WAS ALSO FILED BY LANDLORD.  SEE EXHIBIT F FOR OBJECTION TO CLAIM NUMBER 13622 FILED BY TALLAHASSEE 99-FL, LLC. |
| **Creditor Id:  246889**<br>CONSOLIDATED BISCUIT COMPANY<br>PO BOX 631073<br>CINCINNATI, OH  45263-1073<br><br>Counsel: ATTN KENNETH BAKER, ESQ | 13321<br>Debtor:  WINN-DIXIE STORES, INC. | $623,822.68 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:  247131**<br>COUNTY OF COWETA TAX COMMISSIONER<br>ATTN J T FERRELL<br>PO BOX 195<br>NEWNAN  GA  30264-0195 | 5403<br>Debtor:  WINN-DIXIE STORES, INC. | $46,326.56 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  CLAIM IS FOR REAL PROPERTY TAXES FOR ENTIRE CALENDAR YEAR 2005.  DEBTOR PREVIOUSLY PAID ITS LANDLORD ALL POSTPETITION 2005 REAL ESTATE TAXES AND WILL PAY ITS LANDLORD THE REMAINING PREPETITION PORTION OF THESE TAXES AS A CURE PAYMENT THROUGH ASSUMPTION OF LEASE.  LIABILITY FOR THIS CLAIM IS BETWEEN THE COUNTY AND DEBTOR'S LANDLORD. |
| **Creditor Id:  254845**<br>CRATTY, LISA A<br>119 LAKE SHORE DRIVE<br>ROCKAWAY, NJ  07866 | 4571<br>Debtor:  WINN-DIXIE SUPERMARKETS, INC. | $16,912.57 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  AMOUNTS DUE HAROLD FUSON ARE GARNISHED FOR CLAIMANT.  THERE ARE NO ADDITIONAL AMOUNTS DUE. |
| **Creditor Id:  429856**<br>FUTURISTIC FOODS INC<br>C/O DONNA L THOMPSON, ESQ<br>PO BOX 170<br>ALLENWOOD  NJ  08720 | 13115<br>Debtor:  WINN-DIXIE STORES, INC. | $3,996,864.14 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:  411191**<br>INGENIX SUBROGATION SERVICES<br>75 REMITTANCE DRIVE, STE 6019<br>CHICAGO  IL  60675-6018<br><br>Transferee: EQUITY TRUST CO CUSTODIAN | 11313<br>Debtor:  WINN-DIXIE STORES, INC. | $14,186.35 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:  417760**<br>MARTINEZ, BARBARA<br>16041 SW 45TH TER<br>MIAMI  FL  33185-5304 | 13147<br>Debtor:  WINN-DIXIE STORES, INC. | $1,998.81 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - NO LIABILITY CLAIMS TO BE DISALLOWED

Page: 2 of 2
Date: 11/14/2006

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 411178<br>NATIONWIDE MUTUAL CO.O1 SUBROGEE<br>SHOPPING CENTER L&D, INC<br>C/O NATIONWIDE<br>2901 W BUSCH BLVD, STE 403<br>TAMPA FL 33818 | 11247<br>Debtor: **WINN-DIXIE STORES, INC.** | $50,000.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| Creditor Id: 56174<br>OSLANDER, HELEN L<br>7119 STATE RD 33<br>CLERMONT FL 34711 | 2052<br>Debtor: **WINN-DIXIE STORES, INC.** | $96.06 | RECLASSIFIED TO UNSECURED PRIORITY BY 6/15/06 ELEVENTH OMNIBUS CLAIMS OBJECTION ORDER. NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. DEBTOR SEEKS DISALLOWANCE PURSUANT TO 11 U.S.C. SECTION 502(J). |
| Creditor Id: 399778<br>ROBERTS, GLENDA<br>1813 HURRICANE LAKE DRIVE<br>BROOKHAVEN MS 39601 | 5188<br>Debtor: **WINN-DIXIE STORES, INC.** | $32.48 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT WAS PART-TIME ASSOCIATE ON LEAVE OF ABSENCE DURING TIME FRAME LISTED ON PROOF OF CLAIM. ACCORDINGLY CLAIMANT IS NOT ELIGIBLE FOR HOLIDAY PAY. |
| Creditor Id: 261915<br>TERRELL, STEFANIE<br>116 BLUEBERRY LANE<br>FITGERALD, GA 31750 | 5725<br>Debtor: **DEEP SOUTH PRODUCTS, INC.** | $2,150.40 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. AMOUNTS DUE CHRISTOPHER TERRELL WERE GARNISHED FOR CLAIMANT THROUGH MR. TERRELL'S 4/29/05 TERMINATION. THERE ARE NO AMOUNTS DUE. |

Total Claims to be Disallowed:      11

Total Amount to be Disallowed:      $5,859,745.22      Plus Unliquidated Amounts, If Any

**EXHIBIT D**

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT D - AMENDED CLAIM TO BE DISALLOWED**

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 410771**<br>TALLAHASSEE 99-FL, LLC<br>C/O KLEIN & SOLOMON, LLP<br>ATTN SOLOMON J JASKIEL, ESQ<br>275 MADISON AVE, 11TH FLOOR<br>NEW YORK NY 10016 | 13622 | $1,041,918.40<br>WINN-DIXIE STORES, INC. | 9761 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN.  SEE OBJECTION TO REMAINING CLAIM NO. 13622 ON EXHIBIT F. |

**Total Claims to be Disallowed:** 1

**Total Amount to be Disallowed:** $0.00    Plus Unliquidated Amounts, If Any

**EXHIBIT E**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT E - CLAIMS TO BE FIXED TO SUM CERTAIN

Page: 1 of 1
Date: 11/14/2006

| Name of Claimant | Claim No. | Claim Amount | Fixed Claim Amount | Reason for Modification |
|---|---|---|---|---|
| Creditor Id:  411389 | 12496 | $550,819.72 | $550,819.72 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| SOUTHEAST US RETAIL FUND, LP | Debtor: | WINN-DIXIE STORES, INC. | | |
| C/O HENDERSON FRANKLIN STARNES | | | | |
| ATTN DOUGLAS B SZABO, ESQ | | | | |
| PO BOX 280 | | | | |
| FORT MYERS  FL  33902-0280 | | | | |
| Creditor Id:  269279 | 8791 | $0.00 | $3,000.00 | FIXED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| SPEARS, JOANNE | Debtor: | WINN-DIXIE STORES, INC. | | |
| C/O JEFFREY T GREENBERG, PC | | | | |
| ATTN JEFFREY T GREENBERG, ESQ | | | | |
| 421 FRENCHMEN STREET, SUITE 200 | | | | |
| NEW ORLEANS, LA  70116 | | | | |
| Creditor Id:  269375 | 8793 | $0.00 | $3,000.00 | FIXED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| SPEARS, WILL H SR | Debtor: | WINN-DIXIE MONTGOMERY, INC. | | |
| C/O JEFFREY T GREENBERG, PC | | | | |
| ATTN JEFFREY T GREENBERG, ESQ | | | | |
| 421 FRENCHMEN STREET, SUITE 200 | | | | |
| NEW ORLEANS, LA  70116 | | | | |

Total Claims to be Fixed:                    3
Total Amount to be Fixed:     $550,819.72 Plus Unliquidated Amounts, If Any
Total Fixed Amount:     $556,819.72

# EXHIBIT F

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT F - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 279203<br>AMERICAN ITALIAN PASTA COMPANY<br>ATTN CARA VANDEL, CR MGR<br>4100 N MULBERRY DRIVE, SUITE 200<br>KANSAS CITY MO 64116<br><br>Counsel: ATTN JOHN J CRUCIANI, ESQ | 9828<br>Debtor: | $232,604.15<br>WINN-DIXIE STORES, INC. | $113,308.90 | REDUCED AND RECLASSIFIED TO $118,415.15 UNSECURED NON-PRIORITY AND $94,217.10 ADMINISTRATIVE PRIORITY BY 8/31/06 SIXTEENTH OMNIBUS CLAIMS OBJECTION ORDER. ON 10/31/06, DEBTOR PAID ADMINSTRATIVE PRIORITY AMOUNT BY CHECK NUMBER 000906348. FURTHER REDUCTION REFLECTS REMOVAL OF $3,106.25 FROM UNSECURED NON-PRIORITY AMOUNT BY AGREEMENT WITH CLAIMANT. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. DEBTOR SEEKS FURTHER REDUCTION PURSUANT TO 11 U.S.C. SECTION 502(J). |
| Creditor Id: 243821<br>BP SOLVAY POLYETHYLENE<br>NORTH AMERICA<br>DEPT CH 14032<br>PALATINE, IL 60055-4032<br><br>Counsel: ATTN J S CARR & R L LEHANE ESQS | 35962<br>Debtor: | $86,499.00<br>WINN-DIXIE RALEIGH, INC. | $64,836.80 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $21,662.20 NOT INCLUDED IN DEBTOR'S SCHEDULES. |
| Creditor Id: 384081<br>DAIRY FARMERS OF AMERICA INC<br>ATTN: JOEL CLARK<br>10411 CAUDILL ROAD<br>KNOXVILLE, TN 37922<br><br>Transferee: AMROC INVESTMENTS LLC<br>Counsel: ATTN STEPHEN B SUTTON, ESQ | 4209<br>Debtor: | $978,423.70<br>WINN-DIXIE MONTGOMERY, INC. | $706,555.08 | REDUCED TO $852,694.74 BY 5/4/06 EIGHTH OMNIBUS CLAIMS OBJECTION ORDER AND $792,638.26 BY 10/5/06 NINETEENTH OMNIBUS CLAIMS OBJECTION ORDER. FURTHER REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. DEBTOR SEEKS FURTHER REDUCTION PURSUANT TO 11 U.S.C. SECTION 502(J). |
| Creditor Id: 417071<br>FACTORY HOME DECOR, INC<br>C/O ROBINSON BARTON, ET AL<br>ATTN W E CALLOWAY, ESQ<br>PO BOX 12287<br>COLUMBIA SC 29211-2287 | 12843<br>Debtor: | $238,349.19<br>WINN-DIXIE RALEIGH, INC. | $180,000.00 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Creditor Id: 28820<br>GHANAYEM, FIRAS<br>315 DISCOVERY WAY<br>DURHAM NC 27703 | 3429<br>Debtor: | $883.20<br>WINN-DIXIE RALEIGH, INC. | $440.80 | RECLASSIFIED TO UNSECURED PRIORITY BY 6/15/06 ELEVENTH OMNIBUS CLAIMS OBJECTION ORDER. REDUCED AMOUNT REFLECTS AMOUNT ACTUALLY DUE (40 HOURS AT $11.02 AN HOUR). DEBTOR SEEKS REDUCTION PURSUANT TO 11 U.S.C. SECTION 502(J). |
| Creditor Id: 416254<br>LAKE HOWELL PLAZA PARTNERSHIP<br>C/O DAY KETTERER LTD<br>ATTN RICHARD A PRINCIC, ESQ<br>200 MARKET AVENUE N<br>PO BOX 24213<br>CANTON OH 44701-4213 | 12095<br>Debtor: | $251,314.71<br>WINN-DIXIE STORES, INC. | $217,765.66 | REDUCED AMOUNT REFLECTS REMOVAL OF $33,549.05 FOR OVERSTATED TAXES. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT F - OVERSTATED CLAIMS TO BE REDUCED

Page: 2 of 2
Date: 11/14/2006

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 416929**<br>ROEBUCK REALTY ASSOCS, LLC, NHA<br>ROEBUCK, NHA BIRMINGHAM, LOUHAL<br>C/O AMERICAN COMMERCIAL REALTY<br>ATTN RICK BAER, SR EXEC DIRECTOR<br>4400 PGA BLVD, SUITE 305<br>PALM BEACH GARDENS FL 33410 | 12362<br>Debtor: | $30,996.78<br>WINN-DIXIE STORES, INC. | $4,935.46 | REDUCED AMOUNT REFLECTS REMOVAL OF $3,316.72 FOR 2005 COMMON AREA MAINTENANCE CHARGES LACKING SUPPORTING DOCUMENTATION AND $22,744.60 FOR PAID POSTPETITION RENT. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 534983**<br>SOUTHGATE PLAZA 93 LTD<br>C/O J HERZOG & SONS, INC<br>ATTN JOHN VORNHOLT<br>1605 SOUTH FIRST STREET<br>WILLMAR MN 56201-4234 | 13621<br>Debtor: | $267,036.46<br>WINN-DIXIE STORES, INC. | $142,036.46 | REDUCED AMOUNT REFLECTS REMOVAL OF $125,000.00 FOR ALLEGED REMOVAL OF AIR CONDITIONING UNIT THAT REMAINS ON PREMISES. |

Counsel: ATTN EDWARD T RAMEY, ESQ

| | | | | |
|---|---|---|---|---|
| **Creditor Id: 410771**<br>TALLAHASSEE 99-FL, LLC<br>C/O KLEIN & SOLOMON, LLP<br>ATTN SOLOMON J JASKIEL, ESQ<br>275 MADISON AVE, 11TH FLOOR<br>NEW YORK NY 10016 | 13622<br>Debtor: | $1,041,918.40<br>WINN-DIXIE STORES, INC. | $817,000.00 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. SEE ALSO EXHIBIT C FOR OBJECTION TO CLAIM NUMBER 13620 FILED BY CAPX REALTY, LLC. |
| **Creditor Id: 411145**<br>XEROX CAPITAL SERVICES, LLC<br>ATTN VANESSA ADAMS, BANKR COORD<br>1301 RIDGEVIEW ROAD, R-382-450<br>LEWISVILLE TX 75028 | 13614<br>Debtor: | $410,386.25<br>WINN-DIXIE STORES, INC. | $389,471.18 | REDUCED AMOUNT REFLECTS 3/14/05 PAYMENT OF $20,915.07 BY CHECK NUMBER 8005242 FOR POSTPETITION PORTION OF INVOICE NUMBER 600317805. |

Counsel: ATTN SABRINA L STREUSAND, ESQ

Total Claims to be Reduced: 10

Total Amount to be Reduced: $3,538,411.84 Plus Unliquidated Amounts, If Any

Total Reduced Amount: $2,636,350.34

**EXHIBIT G**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT G - NO LIABILITY AND MISCLASSIFIED
CLAIM TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| Creditor Id: 405009 | 13213 | $1,913,535.74 | Administrative | Unsecured Non-Priority | NO LIABILITY PER DEBTORS' BOOKS AND RECORDS AND |
| KONICA MINOLTA PHOTO IMAGING USA | | | | | INSUFFICIENT DOCUMENTATION TO DETERMINE AMOUNT |
| ATTN BRIAN J CUPKA, ESQ & | Debtor: WINN-DIXIE STORES, INC. | | | | OWED. ALSO, MISCLASSIFIED CLAIM. TO EXTENT |
| DAVID HAKULA, SR VP FINANCE | | | | | DOCUMENTATION OF ACTUAL RATHER THAN ESTIMATED |
| 725 DARLINGTON AVENUE | | | | | POSTPETITION CHARGES IS PROVIDED, DEBTORS WILL ALLOW |
| MAHWAH NJ 07430-2601 | | | | | AMOUNTS ACTUALLY OWED POSTPETITION ON AN |
| | | | | | ADMINISTRATIVE EXPENSE BASIS (I.E. TAXES).  SCHEDULE A |
| Counsel: ATTN JOSHUA T KLEIN, ESQ. | | | | | CALCULATION IS OVERSTATED AS DEBTORS MADE |
| | | | | | PURCHASES FROM OTHER VENDORS DUE TO KONICA'S |
| | | | | | FAILURE TO ABIDE BY CREDIT TERMS.  SCHEDULE B |
| | | | | | CALCULATION OF PAPER SURCHARGES IS SUBJECT TO |
| | | | | | DISALLOWANCE BECAUSE IT DOES NOT PROVIDE BASIS OF |
| | | | | | MEASURMENT.  SCHEDULE C PROPERTY TAXES PROVIDES |
| | | | | | ESTIMATED, NOT ACTUAL AMOUNTS, AND DOCUMENTATION OF |
| | | | | | ACTUAL AMOUNTS IS NEEDED.  SCHEDULE D REMOVAL COSTS |
| | | | | | IS SUBJECT TO DISALLOWANCE BECAUSE THERE IS NO |
| | | | | | CONTRACTUAL MEASURE OF SUCH COSTS. |

Total Claims to be Disallowed & Recl:            1

Total Amount to be Disallowed & Recl:    $1,913,535.74      Plus Unliquidated Amounts, If Any

**EXHIBIT H**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT H - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 250268**<br>GARNIER<br>ATTN KENNY WINE, SR CREDIT MGR<br>7644 COLLECTIONS CENTER DR<br>BANK OF AMERICA<br>CHICAGO, IL 60693 | 34865 | $71,065.38 | Multiple Classes | Multiple Classes | REDUCED AND RECLASSIFIED AS $22,348.86 ADMINISTRATIVE PRIORITY AND $4,741,418.88 UNSECURED NON-PRIORITY BY 9/7/06 ORDER ON SECOND MOTION FOR ORDER DEEMING SCHEDULED CLAIMS AMENDED. TO BE RECLASSIFIED TO $63,224.60 ADMINISTRATIVE PRIORITY (OF WHICH $23,280.06 IS PAYABLE TO CLAIMANT AND $39,944.54 IS PAYABLE TO MAYBELLINE, INC.) AND $6,543.14 UNSECURED NON-PRIORITY. RECLASSIFICATION IS SOUGHT PURSUANT TO 11 U.S.C. SECTION 502(J). |
| | | | Debtor: WINN-DIXIE PROCUREMENT, INC. | | |
| **Creditor Id: 255225**<br>MACK LLC DBA KRISPY KREME<br>ATTN ALAN HERBERT<br>PO BOX 10100<br>NEW ORLEANS, LA 70181 | 5895 | $213,771.63 | Unsecured Non-Priority | Multiple Classes | MISCLASSIFIED IN PART. RECLASSIFY $56,932.80 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $156,838.83 REMAINS UNSECURED NON-PRIORITY. |
| | | | Debtor: WINN-DIXIE MONTGOMERY, INC. | | |
| Transferee: ASM CAPITAL LP | | | | | |

**Total Claims to be Reclassified:** 2

**Total Amount to be Reclassified:** $284,837.01    Plus Unliquidated Amounts, If Any

**EXHIBIT I**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
|  | ) |  |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
|  | ) |  |
| Debtors. [1] | ) | Jointly Administered |
|  | ) |  |

**ORDER (A) DISALLOWING EQUITY CLAIMS, (B) DISALLOWING
EQUITY DAMAGE CLAIMS, (C) DISALLOWING NO LIABILITY
CLAIMS, (D) DISALLOWING AMENDED AND SUPERSEDED CLAIM, (E)
FIXING UNLIQUIDATED CLAIMS, (F) REDUCING OVERSTATED
CLAIMS, (G) DISALLOWING NO LIABILITY MISCLASSIFIED CLAIM
AND (H) RECLASSIFYING MISCLASSIFIED CLAIMS, AS SET FORTH IN
THE DEBTORS' TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION**

These cases came before the Court for hearing on December 14, 2006,

upon the Twenty-Seventh Omnibus Objection (the "Objection") of Winn-Dixie

Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the

"Debtors") to the proofs of claim listed on Exhibits A through H (the "Disputed

Claims").[2] Upon consideration, it is

ORDERED AND ADJUDGED:

1.      The Objection is sustained.

2.      The Equity Claims listed on Exhibit A are disallowed in their

entirety.

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]      All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

3.     The Equity Damage Claims listed on Exhibit B are disallowed in their entirety.

4.     The No Liability Claims listed on Exhibit C are disallowed in their entirety.

5.     The Amended Claim listed on Exhibit D is disallowed in its entirety.

6.     The Unliquidated Claims listed on Exhibit E are fixed in the amounts listed on Exhibit E under the heading Fixed Claim Amount and are disallowed to the extent of any amounts exceeding the Fixed Claim Amount.

7.     The Overstated Claims listed on Exhibit F are reduced to the amounts set forth on Exhibit F under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed.

8.     The asserted class status alleged for the No Liability Misclassified Claim listed on Exhibit G is denied; and the No Liability Misclassified Claim is (a) reclassified as specified on Exhibit G under the heading "Modified Class Status," and (b) disallowed in its entirety.

9.     The asserted class status alleged for the Misclassified Claims listed on Exhibit H is denied; and the Misclassified Claims are reclassified as specified on Exhibit H under the heading Modified Class Status.

10.     Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such

claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

11.     Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

12.     Except as otherwise agreed between the Debtors and a particular claimant, this Order is without prejudice to the Debtors' right to file any further objection they may have to the Disputed Claims or the Remaining Claims.

Dated this ____ day of December, 2006 in Jacksonville, Florida.


_____
Jerry A. Funk
United States Bankruptcy Judge


James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

3

**THE EXHIBITS TO BE ATTACHED TO THE ORDER WHEN ENTERED
WILL BE THE SAME EXHIBITS THAT ARE ATTACHED TO THE
OBJECTION, WITH ANY NECESSARY MODIFICATIONS TO ADDRESS
RESPONSES TO THE OBJECTION**

4