# EXHIBIT "B"

G U A R A N T Y

In consideration of the sum of Ten Dollars ($10.00) paid

OPP PARTNERS, LTD., an Alabama limited partnership

_____

_____

_____

hereinafter called "Landlord", to WINN-DIXIE STORES, INC., a Florida co:

ation with its principal office at 5050 Edgewood Court, Jacksonville,

Florida 32205, hereinafter called "Guarantor", the receipt and suffi-

ciency whereof are hereby acknowledged, Guarantor does hereby guarante

unto Landlord, its heirs, legal representatives, successors and assign.

the due performance and observance by __WINN-DIXIE MONTGOMERY, INC.,__

__a Kentucky corporation qualified to do business in the State of Ala__

_____

hereinafter called "Tenant", of all the terms, covenants and condition

on the part of Tenant to be performed and observed including, without

limitation, payment of rentals under the attached and foregoing lease

agreement dated __November 5, 1993__            , covering certain prem

located __at the southeast corner of Perry Store Road and US 331 in the__

__City of Opp, County of Covington, State of Alabama__

_____

_____

IN WITNESS WHEREOF, Guarantor has caused this Guaranty t

executed in its corporate name and its corporate seal to be hereunto

affixed and attested by its officers thereunto duly authorized this

__5th__ day of __November__            , 19 __93__ .

Signed, sealed and delivered
in the presence of:

WINN-DIXIE STORES, INC.

By _____
    Its               President

Attest: _____
        Its         Secretary

(CORPORATE SEAL)

GUARANTOR

STATE OF        )
                      )
COUNTY OF      )

        I, _Rebecca L. Sawyer_ , a Notary Public in and for said County, in said State, hereby certify that _James Kufeldt_ , whose name as President of WINN-DIXIE STORES, INC., a Florida corporation, is signed to the foregoing conveyance, and who is known to me, acknowledge before me on this day that, being informed of the contents of the conveyance, he, as such President and with full authority, executed the same voluntarily on the day the same bears date.

        Given, under my hand and official seal this _5th_ day of _November_ , 1993.

_Rebecca L. Sawyer_
Notary Public, State and County aforesaid.

My Commission Expires _6-9-94_

(NOTARIAL SEAL)

NOTARY PUBLIC
STATE OF FLORIDA

REBECCA L. SAWYER
My Comm. Exp. June 9, 1994
Comm. No. CC 012880