# EXHIBIT "C"

## SECOND AMENDMENT TO LEASE

THIS SECOND AMENDMENT TO LEASE ("Amendment") is made as of Oct. 15, 2004, by and between Alvin B. Chan Family L.P., a California limited partnership ("Landlord") and Winn-Dixie Montgomery, Inc., a Florida corporation ("Tenant").

### RECITALS:

WHEREAS, Landlord and Tenant are parties to that certain Lease Agreement dated November 5, 1993, as amended and/or evidenced by: (i) Short Form Lease dated November 5, 1993, recorded in Book 800, page 336 in the Office of the Judge of Probate of Covington County, Alabama; (ii) First Amendment to Short Form Lease dated December 29, 1994 and recorded in Book 911, Page 115 of said public records; and (iii) First Amendment to Lease dated December 29, 1994 (as amended and evidenced, the "Lease"), pursuant to which Tenant has occupied and rented from Landlord the premises more particularly described in the Lease (the "Premises") and commonly known as Winn-Dixie Store #450 (the "Store"); and

WHEREAS, Landlord and Tenant wish to amend the Lease as more particularly set forth herein.

NOW, THEREFORE, for and in consideration of Ten and No/100 Dollars ($10.00) and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Landlord and Tenant agree as follows:

1. **Recitals.** The above recitals are true and correct and are hereby incorporated by reference.

2. **Basic Rent Reduction.** Beginning on the later of December 1, 2004 or the date on which Tenant begins image improvement work at the Premises (the "Reduction Commencement Date"), and continuing for a period of forty-eight (48) consecutive months thereafter, Basic Rent as set forth in Exhibit D to the Lease shall be reduced by an amount equal to $2000.00 per month such that the monthly Basic Rent payments during such period shall equal $12,674.48. After such period of reduced Basic Rent, Basic Rent payments shall revert back to the amount set forth on Exhibit D to the Lease. If Tenant begins image improvement work after December 1, 2004, Tenant will provide Landlord written notice of the Reduction Commencement Date. The total cost of the image improvement work at the Store will be approximately $166,400.00.

3. **No Novation.** Except as expressly modified herein, the Lease and all terms and conditions thereof shall remain in full force and effect.

IN WITNESS WHEREOF, Landlord and Tenant have executed and delivered this Amendment as of the date first above written.

Witnesses:

Print name: CANDACE JEE

Print name: BESSIE KOPIS

Print name: Lucy W. McCook

Print name: LAURA L. ANDREWS

Alvin B. Chan Family L.P., a California limited partnership

By: _____
Alvin B. Chan, Its General Partner

Winn-Dixie Montgomery, Inc., a Florida corporation

By: _____
Name: PAUL NOVAK
Its: Vice President

96f

O:\trnsfor\monigome\d450\ChanAmendmentRelease10.11.04.v2.doc

STATE OF CALIFORNIA )
COUNTY OF SAN FRANCISCO )

The foregoing instrument was acknowledged before me this 15TH DAY OF OCT, 2004 by ALVIN B. CHAN, as the General Partner of Alvin B. Chan Family L.P., a California limited partnership, on behalf of the partnership, who [PLEASE CHECK ONE] ____ is personally known to me or __X__ has produced CALIF DRIVERS LICENSE YO292754 as identification.

Printed Name: EDWARD JEW
Notary Public, State and County aforesaid.
My Commission Expires: 05-25-08
Notary ID No.: 1401714
(NOTARIAL SEAL)



EDWARD JEW
COMM. # 1401714
NOTARY PUBLIC-CALIFORNIA
SAN FRANCISCO COUNTY
COMM. EXP. MAY 25, 2008

STATE OF FLORIDA )
COUNTY OF DUVAL )

The foregoing instrument was acknowledged before me this October 22, 2004 by Paul Novak, as Vice President of Winn-Dixie Montgomery, Inc., a Florida corporation, on behalf of the corporation, who is personally known to me.

Printed Name: Claire M. Coverdell
Notary Public, State and County aforesaid.
My Commission Expires: 7/14/07
Notary ID No.: DD 252075
(NOTARIAL SEAL)

CLAIRE M. COVERDELL
MY COMMISSION # DD 252075
EXPIRES: July 14, 2007
Bonded Thru Notary Public Underwriters

O:\transfer\montgomery\0460\ChanAmendmentToLease10.11.04.v2.doc

2