**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | Case No. 05-03817-3F1 |
| | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

_____

<u>**RESPONSE BY RANDY ROARK TO DEBTOR'S TWENTY-FIFTH OMNIBUS**</u>
<u>**OBJECTION**</u>

COMES now Randy Roark ("Roark"), and hereby responds to the Debtor's Twenty-Fifth Omnibus Objection as follows:

1.      In the objection, the debtor claims that Winn-Dixie Montgomery, Inc., is not obligated to Roark, but rather to Jefferson-Pilot Investments, Inc. ("Jefferson-Pilot").

2.      Roark does not consent to the disallowance of his claims unless the Debtor demonstrates that his claims now are: 1) owned by Jefferson-Pilot, and 2) will be allowed as to Jefferson-Pilot.

3.      Accordingly, Roark objects to the disallowance of his claims.

WHEREFORE, premises considered, Randy Roark, respectfully requests this Court to deny the debtor's objection to the claims of Randy Roark and to sustain his claims.  Randy Roark prays for such further and other relief as this Court may deem appropriate.

Respectively Submitted,

<u>s/C. Ellis Brazeal III</u>
C. Ellis Brazeal III
Attorney for Randy Roark

1

**OF COUNSEL:**

Walston, Wells & Birchall, LLP
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 244-5200
Telecopier:  (205) 244-5400

<u>**CERTIFICATE OF SERVICE**</u>

   I do hereby certify that I have served a copy of Response by Randy Roark to Debtor's Twenty-Fifth Omnibus Objection, by placing same either in first class postage prepaid envelopes, and/or by electronic filing purposes to the following:

   D.J. Baker
   Skadden, Arps, Slate, Meagher & Flom, LLP
   Four Times Square
   New York, New York 10036

   Cynthia C. Jackson
   Smith, Hulsey & Busey
   225 Water Street
   Suite 1800
   Jacksonville, Florida 32202

   This the \20th\ day of November, 2006

       \s\ C. Ellis Brazeal III
       OF COUNSEL