UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about November 15, 2006 I caused copies of:

- the **Notice of Agreed Order Resolving Claims Filed by Clark Distributing Co., Compass Foods, Contract Sweepers & Equipment, EHS Corporation, Good L Corp., Hawaiian Tropic, Krispy Kreme of South Florida, LLC, Miami Herald Publishing Co., Southeast Unloading, LLC, Syroco, Inc. and F. Gavina & Sons, as Set Forth in the Debtors' Twelfth Omnibus Claims Objection**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: November 20, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: 3J

# EXHIBIT A
# SERVICE LIST

Case 3:05-bk-03817-JAF Doc 12715 Filed 11/20/06 Page 3 of 14

SERVICE LIST
Page 1 of 1

Notice of Agreed Order Resolving Claims Filed by
Clark Distributing Co, Compass Foods, Contract Sweepers
Equipment, EHS Corporation, Good L Corp, Hawaii Tropic
Krispy Kreme of South Florida LLC, Miami Hearld Publishing
Co, Southeast Unloading LLC, Syroco Inc, and F. Gavina...

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.    **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 452136-98<br>ASM CAPITAL II, LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY NY 11797 | CREDITOR ID: 411413-15<br>CLARK DISTRIBUTING CO LA<br>215 NORTH PIERCE ST<br>LAFAYETTE LA 70501-4243 | CREDITOR ID: 411413-15<br>CLARK DISTRIBUTING CO LA<br>C/O COLE & MOORE, PSC<br>ATTN FRANK HAMPTON MOORE JR, ESQ<br>921 COLLEGE STREET<br>PO BOX 10240<br>BOWLING GREEN KY 42102-7240 |
| CREDITOR ID: 374410-44<br>COMPASS FOODS<br>EIGHT O CLOCK COFFEE<br>ATTN TOM CORCORAN, CONTROLLER<br>PO BOX 23438<br>NEWARK, NJ 07189-0438 | CREDITOR ID: 246933-12<br>CONTRACT SWEEPERS & EQUIPMENT<br>ATTN WILLIAM S MILLER, CONTROLLER<br>561 SHORT STREET<br>COLUMBUS, OH 43215-5678 | CREDITOR ID: 248834-12<br>EHS CORPORATION<br>ATTN TONY SOFIO<br>1501 RIVER OAKS RD W<br>HARAHAN, LA 70123 |
| CREDITOR ID: 411264-15<br>F GAVINA & SONS INC<br>ATTN TERESA GONZALEZ, CREDIT MGR<br>2700 FRUITLAND AVENUE<br>VERNON CA 90058-3608 | CREDITOR ID: 250725-12<br>GOOD L CORP<br>ATTN JERE BROWN & BETSY GOODELL<br>PHIL GOODELL, PRESIDENT<br>5382 MURFREESBORO ROAD<br>PO BOX 337<br>LA VERGNE, TN 37086-0337 | CREDITOR ID: 384158-47<br>HAWAIIAN TROPIC<br>PO BOX 116132<br>ATLANTA, GA 30368613 |
| CREDITOR ID: 399350-98<br>JPMORGAN CHASE BANK NA<br>ATTN STANLEY LIM<br>CARRIE A PARKS<br>270 PARK AVE 17TH FLR<br>NEW YORK NY 10017 | CREDITOR ID: 399350-98<br>JPMORGAN CHASE BANK NA<br>C/O KIRKPATRICK & LOCKHART ET AL<br>ATTN TIMOTHY C BENNETT, ESQ<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022 | CREDITOR ID: 410518-15<br>KRISPY KREME OF SOUTH FLORIDA LLC<br>ATTN NINA E COREY, CONTROLLER<br>CHRISTOPHER J D ANOOW, MGR<br>4225 GENESEE STREET<br>BUFFALO NY 14225 |
| CREDITOR ID: 410518-15<br>KRISPY KREME OF SOUTH FLORIDA LLC<br>C/O HODGSON RUSS LLP<br>ATTN STEPHEN L YONATY, ESQ.<br>ONE M&T PLAZA, SUITE 2000<br>BUFFALO NY 14203 | CREDITOR ID: 405991-98<br>MERRILL LYNCH CREDIT PRODUCTS LLC<br>ATTN GARY COHEN/CHRISTOPHER MOON<br>4 WORLD FINANCIAL CENTER 7TH FLR<br>NEW YORK NY 10080 | CREDITOR ID: 262856-12<br>MIAMI HERALD PUBLISHING CO, THE<br>ATTN ERASMO ACOSTA JR, CREDIT MGR<br>ONE HERALD PLAZA, 2ND FL<br>MIAMI FL 33132 |
| CREDITOR ID: 406130-97<br>SOUTHEAST UNLOADING LLC<br>ATTN: CHRIS SPENCE, VP<br>502 BAYVIEW ROAD<br>YULEE FL 32097 | CREDITOR ID: 261348-12<br>SOUTHEAST UNLOADING, LLC<br>MOSELEY, PRICHARD, PARRISH, ET AL<br>ATTN RICHARD K. JONES, ESQ.<br>501 WEST BAY STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 261348-12<br>SOUTHEAST UNLOADING, LLC<br>ATTN: CHRIS SPENCE, VP<br>PO BOX 1647<br>YULEE, FL 32041 |
| CREDITOR ID: 405667-95<br>SYROCO, INC<br>ATTN RONNIE RECCIO, CREDIT MGR<br>7528 STATE FAIR BOULEVARD<br>BALDWINSVILLE NY 13027 | CREDITOR ID: 407581-15<br>TANNING RESEARCH LABORATORIES, INC.<br>ATTN TIM GREER, DIRECTOR OF FINANCE<br>1051 N 16TH STREET, SUITE D<br>MURRAY KY 42071 | |

**Total: 20**

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

NOTICE OF AGREED ORDER RESOLVING CLAIMS FILED BY
CLARK DISTRIBUTING CO., COMPASS FOODS, CONTRACT
SWEEPERS & EQUIPMENT, EHS CORPORATION, GOOD L CORP.,
HAWAIIAN TROPIC, KRISPY KREME OF SOUTH FLORIDA, LLC,
MIAMI HERALD PUBLISHING CO., SOUTHEAST UNLOADING, LLC,
SYROCO, INC. AND F. GAVINA & SONS, AS SET FORTH IN
THE DEBTORS' TWELFTH OMNIBUS CLAIMS OBJECTION

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the court will consider this matter without further notice or hearing unless a party in interest files an objection within 20 days from the date of service of this paper. If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy on (i) James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com, and (ii) D.J. Baker, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, djbaker@skadden.com.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors"), pursuant to Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure and Local Rule 2002-4, give notice of the proposed entry of the attached Agreed Order Resolving Claims Filed by Clark Distributing Co., Compass Foods, Contract Sweepers & Equipment, EHS Corporation, Good L Corp., Hawaiian Tropic, Krispy Kreme of South Florida, LLC, Miami Herald Publishing Co., Southeast Unloading, LLC, Syroco, Inc. and F. Gavina & Sons, as set Forth in the

Debtors' Twelfth Omnibus Claims Objection. If no objection to the proposed Agreed Order is filed and served within the time as set forth above, the Court will be requested to enter the Agreed Order without further notice or hearing.

Dated: November 15, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*  <br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray<br>    Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | By  *s/ James H. Post*  <br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson,<br>       Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors.[1] | Jointly Administered |

AGREED ORDER RESOLVING CLAIMS FILED BY CLARK
DISTRIBUTING CO., COMPASS FOODS, CONTRACT
SWEEPERS & EQUIPMENT, EHS CORPORATION, GOOD L CORP.,
HAWAIIAN TROPIC, KRISPY KREME OF SOUTH FLORIDA, LLC,
MIAMI HERALD PUBLISHING CO., SOUTHEAST UNLOADING, LLC,
SYROCO, INC. AND F. GAVINA & SONS, AS SET FORTH IN THE
DEBTORS' TWELFTH OMNIBUS CLAIMS OBJECTION

These cases originally came before the Court for hearing on June 29, 2006, upon the Twelfth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A through C to the Objection.[2] Formal and informal responses to the Objection were raised or filed, as a result of which the Debtors agreed to continue the Objection with respect to (i) claim no. 11831 filed by Clark Distributing Co., (ii) claim no. 4125 filed by Compass Foods, (iii) claim no. 808 filed by Contract Sweepers, (iv) claim no. 8795 filed by EHS Corporation, (v) claim no. 4413 filed by Hawaiian Tropic, (vi) claim no. 8475 filed by Krispy Kreme

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]    All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

of South Florida LLC, (vii) 10632 filed by the Miami Herald Publishing Co., (viii) claim nos. 954 and 957 filed by Southeast Unloading, LLC, (ix) claim no. 6419 filed by Syroco, Inc. (collectively, the "Overstated Claims"), and (x) claim no. 11576 filed by F. Gavina & Sons (the "Overstated Misclassified Claim"), among others. On June 29, 2006, the Court entered an order (Docket No. 8902) sustaining the Objection as to the proofs of claim listed on the exhibits to the order and continuing the hearing on the Objection as to the Overstated Claims, the Overstated Misclassified Claim and other unresolved claims. Based upon the representation by counsel to the Debtors that the proposed Agreed Order reflects a resolution of the Objection as to the Overstated Claims, the Overstated Misclassified Claim and an agreement to increase the reduced claim amount for claim no. 84 filed by Good L Corp., it is

ORDERED AND ADJUDGED:

1. The Overstated Claims listed on Exhibit A are reduced to the amounts set forth on Exhibit A under the heading Reduced Amount and the amounts exceeding the Reduced Amount are disallowed.

2. The Overstated Misclassified Claim listed on Exhibit B is reduced to the amount set forth on Exhibit B under the heading Reduced Claim Amount and the amount exceeding the Reduced Claim Amount is disallowed. The asserted class status alleged for the Overstated Misclassified Claim listed on Exhibit B is denied; and the Overstated Misclassified Claim is reclassified as specified on Exhibit B under the heading "Modified Class Status."

3. Claim no. 84 filed by Good L Corp. is allowed as an unsecured non-priority claim in the amount of $19,619.80.

2

4.     Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

5.     Neither the Objection nor any disposition of the Overstated Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

6.     The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this ____ day of _____, 2006 in Jacksonville, Florida.


_____
Jerry A. Funk
United States Bankruptcy Judge

**EXHIBIT A**

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - OVERSTATED CLAIMS TO BE REDUCED

Page: 1 of 2
Date: 11/08/2006

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 411413<br>CLARK DISTRIBUTING CO LA<br>215 NORTH PIERCE ST<br>LAFAYETTE LA 70501-4243<br><br>Counsel: ATTN FRANK HAMPTON MOORE JR, ESQ | 11831<br>Debtor: WINN-DIXIE STORES, INC. | $4,598.26 | $2,765.91 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Creditor Id: 374410<br>COMPASS FOODS<br>EIGHT O CLOCK COFFEE<br>ATTN TOM CORCORAN, CONTROLLER<br>PO BOX 23438<br>NEWARK, NJ 07189-0438<br><br>Transferee: ASM CAPITAL II, LP | 4125<br>Debtor: WINN-DIXIE STORES, INC. | $313,268.04 | $251,081.22 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Creditor Id: 246933<br>CONTRACT SWEEPERS & EQUIPMENT<br>ATTN WILLIAM S MILLER, CONTROLLER<br>561 SHORT STREET<br>COLUMBUS, OH 43215-5678 | 808<br>Debtor: WINN-DIXIE STORES, INC. | $1,090.69 | $938.31 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Creditor Id: 248834<br>EHS CORPORATION<br>ATTN TONY SOFIO<br>1501 RIVER OAKS RD W<br>HARAHAN, LA 70123 | 8795<br>Debtor: WINN-DIXIE STORES, INC. | $106,737.57 | $102,826.29 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Creditor Id: 384158<br>HAWAIIAN TROPIC<br>PO BOX 116132<br>ATLANTA, GA 30368613 | 4413<br>Debtor: WINN-DIXIE STORES, INC. | $214,634.54 | $180,380.45 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Creditor Id: 410518<br>KRISPY KREME OF SOUTH FLORIDA LLC<br>ATTN NINA E COREY, CONTROLLER<br>CHRISTOPHER J D ANOOW, MGR<br>4225 GENESEE STREET<br>BUFFALO NY 14225<br><br>Counsel: ATTN STEPHEN L YONATY, ESQ. | 8475<br>Debtor: WINN-DIXIE STORES, INC. | $202,001.35 | $143,201.41 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 262856<br>MIAMI HERALD PUBLISHING CO, THE<br>ATTN ERASMO ACOSTA JR, CREDIT MGR<br>ONE HERALD PLAZA, 2ND FL<br>MIAMI FL 33132 | 10632<br>Debtor: WINN-DIXIE STORES, INC. | $68,921.81 | $52,580.98 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Creditor Id: 261348<br>SOUTHEAST UNLOADING, LLC<br>ATTN: CHRIS SPENCE, VP<br>PO BOX 1647<br>YULEE, FL 32041<br>Transferee: MERRILL LYNCH CREDIT PRODUCTS LLC<br>Counsel: ATTN RICHARD K. JONES, ESQ. | 954<br>Debtor: WINN-DIXIE LOGISTICS, INC. | $639,293.30 | $637,994.30 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Creditor Id: 261348<br>SOUTHEAST UNLOADING, LLC<br>ATTN: CHRIS SPENCE, VP<br>PO BOX 1647<br>YULEE, FL 32041<br>Transferee: MERRILL LYNCH CREDIT PRODUCTS LLC<br>Counsel: ATTN RICHARD K. JONES, ESQ. | 957<br>Debtor: DEEP SOUTH PRODUCTS, INC. | $17,518.98 | $11,516.99 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Creditor Id: 405667<br>SYROCO, INC<br>ATTN RONNIE RECCIO, CREDIT MGR<br>7528 STATE FAIR BOULEVARD<br>BALDWINSVILLE NY 13027<br>Transferee: JPMORGAN CHASE BANK NA | 6419<br>Debtor: WINN-DIXIE STORES, INC. | $203,630.58 | $199,554.66 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |

Total Claims to be Reduced: 10
Total Amount to be Reduced: $1,771,695.12 Plus Unliquidated Amounts, If Any
Total Reduced Amount: $1,582,840.52

**EXHIBIT B**

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED AND MISCLASSIFIED
CLAIM TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| F GAVINA & SONS INC<br>ATTN TERESA GONZALEZ, CREDIT MGR<br>2700 FRUITLAND AVENUE<br>VERNON CA 90058-3608 | 11576 | $70,572.90 | Multiple Classes | Unsecured Non-Priority | $47,741.66 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. ALSO, MISCLASSIFIED CLAIM. |

Debtor: WINN-DIXIE STORES, INC.

Total Claims to be Reduced & Reclassified: 1

Total Amount to be Reduced & Reclassified: $70,572.90      Plus Unliquidated Amounts, If Any

Total Reduced & Reclassified Amount: $47,741.66