UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., <u>et al.</u>,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about November 14, 2006 I caused copies of:

- the **Notice of Transfer of Claim Other Than For Security**

   to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice(s) as listed above is attached hereto as Exhibit B.

Dated: November 20, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: TR

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**
**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 391237-55<br>BURKHART, SANDRA<br>C/O BRADLEY S HARTMAN, PA<br>ATTN BRADLEY S HARTMAN, ESQ<br>10000 STIRLING ROAD, SUITE 1<br>COOPER CITY FL 33024-8038 | CREDITOR ID: 410536-15<br>DEERFIELD COMPANY, INC<br>C/O WYATT TARRANT & COMBS LLP<br>ATTN JOHN P BRICE, ESQ<br>250 WEST MAIN STREET, SUITE 1600<br>LEXINGTON KY 40507-1746 | CREDITOR ID: 408404-98<br>FAIR HARBOR CAPITAL LLC<br>ATTN FRED GLASS<br>875 AVENUE OF THE AMERICAS STE 2305<br>NEW YORK NY 10001 |
| CREDITOR ID: 410537-15<br>MARSHALL PLANING MILL, INC<br>C/O WYATT TARRANT & COMBS LLP<br>ATTN JOHN P BRICE, ESQ<br>250 WEST MAIN STREET, SUITE 1600<br>LEXINGTON KY 40507-1746 | CREDITOR ID: 394063-61<br>MCCONNAUGHHAY DUFFY COONROD ET AL<br>ATTN MARY L WAKEMAN, CORP SECRETARY<br>PO DRAWER 229<br>TALLAHASSEE, FL 32302-0229 | CREDITOR ID: 258944-12<br>PROCESS TECHNOLOGIES INC<br>ATTN CARLOS CELAYA, CONTROLLER<br>PO BOX 82070<br>TAMPA, FL 33682 |
| CREDITOR ID: 376719-44<br>RE TRANSPORTATION INC<br>ATTN CINDY KIMBRO, MGR CR<br>7205 BROYLES LN<br>INDIANAPOLIS IN 46217 | CREDITOR ID: 534945-98<br>STARK SPECIAL EVENTS LTD<br>ATTN AMAR EHSAN<br>3600 SOUTH LAKE DRIVE<br>ST FRANCIS WI 53235 | CREDITOR ID: 534944-98<br>VONWIN CAPITAL MANAGEMENT LP<br>ATTN ROGER VON SPIEGEL MANAGING DIR<br>60 MADISON AVE STE 201<br>NEW YORK NY 10010 |

**Total:   9**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.          Case No.: 05-03817-3F1

Docket No.: 12467

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| BURKHART, SANDRA | VONWIN CAPITAL MANAGEMENT LP |
| Name of Transferor | Name of Transferee |
| BURKHART, SANDRA<br>C/O BRADLEY S HARTMAN, PA<br>ATTN BRADLEY S HARTMAN, ESQ<br>10000 STIRLING ROAD, SUITE 1<br>COOPER CITY FL 33024-8038 | VONWIN CAPITAL MANAGEMENT LP<br>ATTN ROGER VON SPIEGEL MANAGING DIR<br>60 MADISON AVE STE 201<br>NEW YORK NY 10010 |
| Phone: 954 438 1000 | Phone: |
| Account No.: 391237 | Account No.: 534944 |

Claim No.: 4581                                       Full Transfer: (X)          Partial Transfer:

Date Claim Filed: 06/27/2005                          Transfer Amount: $25,000.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/14/2006                                      /s/ Logan & Company, Inc.

                                                      Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 14, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                                              Case No.: 05-03817-3F1

                                                                                    Docket No.: 12469

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| DEERFIELD COMPANY, INC | STARK SPECIAL EVENTS LTD |
|---|---|
| Name of Transferor | Name of Transferee |

DEERFIELD COMPANY, INC  
C/O WYATT TARRANT & COMBS LLP  
ATTN JOHN P BRICE, ESQ  
250 WEST MAIN STREET, SUITE 1600  
LEXINGTON KY 40507-1746  

STARK SPECIAL EVENTS LTD  
ATTN AMAR EHSAN  
3600 SOUTH LAKE DRIVE  
ST FRANCIS WI 53235  

Phone: 859 233 2012                          Phone:  
Account No.: 410536                          Account No.: 534945  

Claim No.: 8510                              Full Transfer: (X)      Partial Transfer:  
Date Claim Filed: 07/26/2005                 Transfer Amount: $270,875.83  

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/14/2006                                         /s/ Logan & Company, Inc.  
                                                          Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 14, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.               Case No.: 05-03817-3F1

                                                     Docket No.: 12468

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| MARSHALL PLANING MILL, INC | STARK SPECIAL EVENTS LTD |
|---|---|
| Name of Transferor | Name of Transferee |

MARSHALL PLANING MILL, INC            STARK SPECIAL EVENTS LTD
C/O WYATT TARRANT & COMBS LLP         ATTN AMAR EHSAN
ATTN JOHN P BRICE, ESQ                3600 SOUTH LAKE DRIVE
250 WEST MAIN STREET, SUITE 1600      ST FRANCIS WI 53235
LEXINGTON KY 40507-1746

Phone: 851 233 2012                   Phone:
Account No.: 410537                   Account No.: 534945

Claim No.: 12840                      Full Transfer: (X)       Partial Transfer:
Date Claim Filed: 01/06/2006          Transfer Amount: $377,745.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/14/2006                      /s/ Logan & Company, Inc.
                                      Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 14, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                              Case No.: 05-03817-3F1

Docket No.: 12479

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| MCCONNAUGHHAY DUFFY COONROD ET AL | FAIR HARBOR CAPITAL LLC |
|---|---|
| Name of Transferor | Name of Transferee |

MCCONNAUGHHAY DUFFY COONROD ET AL
ATTN MARY L WAKEMAN, CORP SECRETARY
PO DRAWER 229
TALLAHASSEE, FL 32302-0229

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone: 850 222 8121
Account No.: 394063

Phone: 212 967 4045
Account No.: 408404

Claim No.: 4975                                       Full Transfer: (X)         Partial Transfer:
Date Claim Filed: 06/30/2005                          Transfer Amount: $56,922.42

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/14/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 14, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.  Case No.: 05-03817-3F1

Docket No.: 12480

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| PROCESS TECHNOLOGIES INC | FAIR HARBOR CAPITAL LLC |
|---|---|
| Name of Transferor | Name of Transferee |

PROCESS TECHNOLOGIES INC
ATTN CARLOS CELAYA, CONTROLLER
PO BOX 82070
TAMPA, FL 33682

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone: 813 949 3585
Account No.: 258944

Phone: 212 967 4045
Account No.: 408404

Claim No.: 4094                         Full Transfer: (X)     Partial Transfer:
Date Claim Filed: 06/15/2005            Transfer Amount: $4,721.35

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/14/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 14, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 12481 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| RE TRANSPORTATION INC | FAIR HARBOR CAPITAL LLC |
| Name of Transferor | Name of Transferee |
| RE TRANSPORTATION INC<br>ATTN CINDY KIMBRO, MGR CR<br>7205 BROYLES LN<br>INDIANAPOLIS IN 46217 | FAIR HARBOR CAPITAL LLC<br>ATTN FRED GLASS<br>875 AVENUE OF THE AMERICAS STE 2305<br>NEW YORK NY 10001 |
| Phone: 317 888 0328 | Phone: 212 967 4045 |
| Account No.: 376719 | Account No.: 408404 |

| | |
|---|---|
| Claim No.: 1225 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 05/10/2005 | Transfer Amount: $38,988.40 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 11/14/2006 | /s/ Logan & Company, Inc.<br>Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 14, 2006.