| Property | Winn-Dixie Stores # | Held & Israel Invoices | Tew - Cardenas | Scruggs & Carmichael | New calculation Total |
|---|---|---|---|---|---|
| Concord Plaza | 254 | $ 20,605.01 | $ 57,194.79 | $ 15,916.66 | $ 93,716.46 |
| Palm Johnson | 209 | $ 13,492.99 | $ 7,480.71 | $ 6,611.29 | $ 27,584.99 |
| Westfork | 278 | $ - | $ 16,692.46 | $ 8,732.53 | $ 25,424.99 |
| Total | | $ 34,098.00 | $ 81,367.96 | $ 31,260.48 | $ 146,726.44 |

**Exhibit 1**