

# TERRANOVA

August 15, 2006

Mr. Mike Marques
Winn-Dixie Stores #254
11241 SW 40th Street
Miami, FL 33165

RE: **Property Inspection – Concord Shopping Plaza**

Dear Mr. Marques:

During a site inspection performed on Saturday, July 29, 2006 at 1:25pm, several items of concern were found:

1. There are a number of potholes and broken walls in the loading dock area that need to be fixed. (Picture attached.) Per Section 13(a) of the Lease Agreement dated June 8, 1984, Tenant shall maintain the Common Areas of Parcel A in good condition and repair.

2. There is broken stucco on the walls in front of the building, and the green metal canopy is very faded, which signify that your store is in need of repainting (picture attached). Per Section 8(b) of the Lease Agreement dated June 8, 1984, Tenant shall at all times maintain or cause to be maintained the Demised Premises and keep same in good repair, structural and non-structural, and in good order and condition.

3. There is a tremendous amount of materials on the side of your garden area, which need to be removed. Per Section 13(a) of the Lease Agreement dated June 8, 1984, Tenant shall maintain the Common Areas of Parcel A in good condition and repair...and in a neat, clean, orderly, and sanitary condition.

4. Per Section 1 of the Amendment to Lease dated July 31, 1987, Tenant shall pay to Landlord as additional rent 25% of Net Operating Income derived from the Individual Stores located under the canopy in front of the Premises. To date, we have not received any reports from you indicating the net operating income for these stores. Therefore, we request that you provide us with these figures immediately.

We ask that you address these items as soon as possible and would appreciate you contacting us to update us on your progress of getting these matters resolved.

Sincerely,
**TERRANOVA CORPORATION**

801 Arthur Godfrey Rd, Suite 600 • Miami Beach, FL 33140
Telephone (305) 695-8700 • Fax (305) 672-7800

**Exhibit 2**





801 Arthur Godfrey Rd, Suite 600 • Miami Beach, FL 33140
Telephone (305) 695-8700 • Fax (305) 672-7800





801 Arthur Godfrey Rd, Suite 600 • Miami Beach, FL 33140
Telephone (305) 695-8700 • Fax (305) 672-7800





801 Arthur Godfrey Rd, Suite 600 • Miami Beach, FL 33140
Telephone (305) 695-8700 • Fax (305) 672-7800





801 Arthur Godfrey Rd, Suite 600 • Miami Beach, FL 33140
Telephone (305) 695-8700 • Fax (305) 672-7800





801 Arthur Godfrey Rd, Suite 600 • Miami Beach, FL 33140
Telephone (305) 695-8700 • Fax (305) 672-7800





801 Arthur Godfrey Rd, Suite 600 • Miami Beach, FL 33140
Telephone (305) 695-8700 • Fax (305) 672-7800