# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., et al.,**

Debtors.[1]

**Chapter 11**

**Case No. 05-03817-3F1**

**(Jointly Administered)**

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.    I am of legal age and I am not a party to this action.

2.    I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.    On or about November 15, 2006 I caused copies of:

- the **Notice of Transfer of Claim Other Than For Security**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice(s) as listed above is attached hereto as Exhibit B.

Dated: November 20, 2006

_____
Kathleen M. Logan

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

SERVICE LIST

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

CREDITOR ID: 534960-98
APS CLEARING INC
ATTN MATTHEW HAMILTON
1301 CAPITAL OF TEXAS HWY
SUITE B-220
AUSTIN TX 78746

CREDITOR ID: 382392-99
ASCENTIAL SOFTWARE
50 WASHINGTON STREET
WESTBORO, MA 01581

CREDITOR ID: 382392-99
ASCENTIAL SOFTWARE
MIRICK O'CONNELL
ATTN PAUL W CAREY, ESQ
100 FRONT STREET
WORCESTER MA 01608

CREDITOR ID: 247108-12
COURTYARD BY MARRIOTT
ATLANTA SIX FLAGS
ATTN: DIANE SIMONS, ACCNTG MGR
950 BOB ARNOLD BOULEVARD
LITHIA SPRINGS, GA 30122

CREDITOR ID: 535046-97
CUMMINS SOUTHEASTERN POWER INC
ATTN: ERIC K NELSON, VP
5421 N 59TH STREET
TAMPA FL 33610

CREDITOR ID: 247339-12
CUMMINS SOUTHEASTERN POWER INC
ATTN BILLIE DON FLYNN, CREDIT MGR
PO BOX 11737
TAMPA, FL 33680

CREDITOR ID: 407682-98
DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

CREDITOR ID: 417049-97
DUANE MORRIS LLP
ATTN MARGERY N REED ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103-4196

CREDITOR ID: 535045-97
FIRST CHOICE DISTRIBUTIN INC
ATTN: MICHAEL MERNIN, OPER MGR
6005 CORONADO AVE, STE A
ALBUQUERQUE NM 87109

CREDITOR ID: 384124-47
FIRST CHOICE DISTRIBUTION INC
PO BOX 1523
NORCROSS GA 30091-1523

CREDITOR ID: 251309-12
HARTS FORKLIFT SERVICE
ATTN: BRAD HART, OWNER
PO BOX 688
FITZGERALD, GA 31750

CREDITOR ID: 252787-12
HELGESTAD, JASON
4163 REDOAK LANE
IRONSTATION NC 28080

CREDITOR ID: 381377-47
HOLIDAY INN EXPRESS
ATTN: ANN DUJON, GEN MGR
260 CAHABA VALLEY RD
PELHAM, AL 35124

CREDITOR ID: 251743-12
HOLIDAY INN NEWNAN
ATTN: CHRISTINE O'NEAL, GEN MGR
6 HERRING ROAD
NEWNAN, GA 30265

CREDITOR ID: 535038-97
IBM CORPORATION
ATTN: BARBARA WILLIAMS
4111 NORTHSIDE PARKWAY
ATLANTA GA 30327

CREDITOR ID: 405888-15
IBM CORPORATION
ATTN B H SHIDELER
TWO LINCOLN CENTRE
OAKBROOK TERRACE IL 60181

CREDITOR ID: 535039-97
IBM CREDIT
ATTN: SALVATORE GRASSO
NORTH CASTLE DR, NC322
ARMONK NY 10504

CREDITOR ID: 407536-15
IBM CREDIT, LLC
ATTN BEVERLY H SHIDELER
TWO LINCOLN CENTRE
OAKBROOK TERRACE IL 60181

CREDITOR ID: 254037-12
KIRBY RENTAL SERVICES & SALES
ATTN: JILL E IVEY, OFFICE MGR
8051 BAYBERRY ROAD
JACKSONVILLE, FL 32256

CREDITOR ID: 417085-98
LASALLE BANK NATIONAL ASSOC ETAL
C/O DUANE MORRIS LLP
ATTN WENDY SIMKULAK ESQ
30 SOUTH 17TH ST
PHILADELPHIA PA 19103-4196

CREDITOR ID: 417084-97
PRINCIPAL GLOBAL INVESTORS
ATTN EMILY A HIPPEN
801 GRAND AVE
DES MOINES IA 50392-4196

CREDITOR ID: 535034-98
STRIKE FORCE III LLC
ANTONIA & WILLIAM PASTERMACK, MGRS
380 S COURTENAY PARKWAY
MERRITT ISLAND FL 32952

CREDITOR ID: 535034-98
STRIKE FORCE III LLC
MARKS GRAY PA
NICHOLAS V PULIGNANO JR
1200 RIVERPLACE BLVD STE 800
JACKSONVILLE FL 32207

CREDITOR ID: 417083-97
THREE MEADOWS PLAZA PARTNERSHIP
ATTN: ALAN R MATRONI, GEN PARTNER
402 HIGH POINT DRIVE
COCA FL 32926

CREDITOR ID: 2624-07
THREE MEADOWS PLAZA PARTNERSHIP
C/O JOHN H EVANS, PA
ATTN JOHN H EVANS, ESQ
1702 S WASHINGTON AVENUE
TITUSVILLE FL 32780

CREDITOR ID: 2624-07
THREE MEADOWS PLAZA PARTNERSHIP
C/O PRIME SITE REALTY, INC
ATTN AL MATRONI
PO BOX 97
COCOA FL 32923-0097

CREDITOR ID: 263278-12
TOWN & COUNTRY TIRE
ATTN: CHER M MAHAN, OWNER
317 E HOWARD STREET
PO BOX 848
LIVE OAK, FL 32064

CREDITOR ID: 535033-98
WHOLESALE REALTORS SUPPLY
C/O MATTHEW HAMILTON
APS CLEARING INC
1301 CAPITAL OF TEXAS HWY
SUITE B-220
AUSTIN TX 78746

**Total:   28**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 12486

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ASCENTIAL SOFTWARE      ID: 382392
Name of Transferor

ASCENTIAL SOFTWARE
50 WASHINGTON STREET
WESTBORO, MA  01581

Phone:  n/a


ASCENTIAL SOFTWARE
C/O MIRICK O'CONNELL
ATTN: PAUL W CAREY, ESQ
100 FRONT STREET
WORCHESTER MA  01608

WHOLESALE REALTORS SUPPLY     ID: 535033
Current Transferee

WHOESALE REALTORS SUPPLY
C/O MATTHEW HAMILTON
APS CLEARING INC
1301 CAPITAL OF TEXAS HWY
SUITE B-220
AUSTIN TX  78746

Phone:


APS CLEARING INC        ID: 534960
Prior Transferee

APS CLEARING INC
ATTN MATTHEW HAMILTON
1301 CAPITAL OF TEXAS HWY
SUITE B-220
AUSTIN TX  78746

Phone:


Claim No.: 9926
Date Claim Filed: 07/29/2005

Full Transfer: ☒          Partial Transfer:
Amount: $48,157.86


A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 11/15/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 15, 2006.
.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 12502

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

COURTYARD BY MARRIOTT

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

COURTYARD BY MARRIOTT
ATLANTA SIX FLAGS
ATTN: DIANE SIMONS, ACCNTG MGR
950 BOB ARNOLD BOULEVARD
LITHIA SPRINGS, GA 30122

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 508-427-1667 ext 414
Account No.: 247108

Phone: 619 220 8900 ext 104
Account No.: 407682

Claim No.: 34728
Date Claim Filed: 04/07/2005

Full Transfer: (X)     Partial Transfer:
Transfer Amount: $157.32

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/15/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 15, 2006.

## UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.         Case No.: 05-03817-3F1

Docket No.: 12510

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CUMMINS SOUTHEASTERN POWER INC

Name of Transferor

CUMMINS SOUTHEASTERN POWER INC
ATTN BILLIE DON FLYNN, CREDIT MGR
PO BOX 11737
TAMPA, FL 33680

Phone: 813 664 5889
Account No.: 247339

CUMMINS SOUTHEASTERN POWER INC
ATTN: ERIC K NELSON, VP
5421 N 59TH STREET
TAMPA FL 33610

Phone: 813-664-5896
Account No.: 535046

Claim No.: 3238
Date Claim Filed: 05/31/2005

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900 ext 104
Account No.: 407682

Full Transfer: (X)      Partial Transfer:
Transfer Amount: $2,126.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/15/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 15, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 12509

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CUMMINS SOUTHEASTERN POWER INC

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

CUMMINS SOUTHEASTERN POWER INC
ATTN BILLIE DON FLYNN, CREDIT MGR
PO BOX 11737
TAMPA, FL 33680

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 813 664 5889
Account No.: 247339

Phone: 619 220 8900 ext 104
Account No.: 407682

CUMMINS SOUTHEASTERN POWER INC
ATTN: ERIC K NELSON, VP
5421 N 59TH STREET
TAMPA FL 33610

Phone: 813-664-5896
Account No.: 535046

Claim No.: 3239
Date Claim Filed: 05/31/2005

Full Transfer: (X)      Partial Transfer:
Transfer Amount: $1,692.74

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/15/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 15, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **12503**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

FIRST CHOICE DISTRIBUTION INC

Name of Transferor

FIRST CHOICE DISTRIBUTION INC
PO BOX 1523
NORCROSS GA 30091-1523

Phone:
Account No.: 384124

FIRST CHOICE DISTRIBUTIN INC
ATTN: MICHAEL MERNIN, OPER MGR
6005 CORONADO AVE, STE A
ALBUQUERQUE NM 87109

Phone: 505-883-8074
Account No.: 535045

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900 ext 104
Account No.: 407682

Claim No.: 32124

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $762.22

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/15/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 15, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 12504

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HARTS FORKLIFT SERVICE

Name of Transferor

HARTS FORKLIFT SERVICE
ATTN: BRAD HART, OWNER
PO BOX 688
FITZGERALD, GA 31750

Phone: 229-425-0895
Account No.: 251309

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900 ext 104
Account No.: 407682

Claim No.: 32358

Date Claim Filed: 04/07/2005

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $1,702.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/15/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 15, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **12511**

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HELGESTAD, JASON
_____

Name of Transferor

HELGESTAD, JASON
4163 REDOAK LANE
IRONSTATION NC 28080

Phone: 704 736 9473
Account No.: 252787

DEBT ACQUISITION COMPANY OF AMERICA
_____

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900 ext 104
Account No.:  407682

Claim No.: 4651

Date Claim Filed: 06/27/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $382.82

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

_Penalty for making a false statement:_ fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/15/2006

/s/ Logan & Company, Inc.
_____

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 15, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                 Case No.: **05-03817-3F1**

                                                           Docket No.: **12505**

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HOLIDAY INN EXPRESS                                 DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferor                                  Name of Transferee

HOLIDAY INN EXPRESS                                 DEBT ACQUISITION COMPANY OF AMERICA
ATTN: ANN DUJON, GEN MGR                            ATTN SILVIA LUKES, CLAIMS ADMIN
260 CAHABA VALLEY RD                                1565 HOTEL CIRCLE SOUTH STE 310
PELHAM, AL 35124                                    SAN DIEGO CA 92108

Phone: 205-987-8888                                 Phone: 619 220 8900 ext 104
Account No.: 381377                                 Account No.:  407682

Claim No.: 33088                                    Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                        Transfer Amount: $182.45

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/15/2006                                    /s/ Logan & Company, Inc.

                                                    Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 15, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**    Case No.: **05-03817-3F1**

Docket No.: **12486**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| IBM CORPORATION    ID: 405888 | WHOLESALE REALTORS SUPPLY    ID: 535033 |
| Name of Transferor | Current Transferee |
| IBM CORPORATION<br>ATTN B H SHIDELER<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE IL 60181 | WHOLESALE REALTORS SUPPLY<br>C/O MATTHEW HAMILTON<br>APS CLEARING INC<br>1301 CAPITAL OF TEXAS HWY<br>SUITE B-220<br>AUSTIN TX 78746 |
| Phone: 630 568 1514 | Phone: |
| | APS CLEARING INC    ID: 534960 |
| | Prior Transferee |
| IBM CORPORATION<br>ATTN: BARBARA WILLIAMS<br>4111 NORTHSIDE PARKWAY<br>ATLANTA GA 30327 | APS CLEARING INC<br>ATTN MATTHEW HAMILTON<br>1301 CAPITAL OF TEXAS HWY<br>SUITE B-220<br>AUSTIN TX 78746 |
| Phone:<br>ID: 535038 | Phone: |
| Claim No.: 13235 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 05/11/2006 | Amount: $2,535,560.53 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/15/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 15, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 12478

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| IBM CREDIT, LLC      ID: 407536 | WHOLESALE REALTORS SUPPLY      ID: 535033 |
| Name of Transferor | Current Transferee |
| IBM CREDIT, LLC<br>ATTN BEVERLY H SHIDELER<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE IL 60181 | WHOLESALE REALTORS SUPPLY<br>C/O MATTHEW HAMILTON<br>APS CLEARING INC<br>1301 CAPITAL OF TEXAS HWY<br>SUITE B-220<br>AUSTIN TX 78746 |
| Phone: 630 568 1514 | Phone: |
| | APS CLEARING INC      ID: 534960 |
| | Prior Transferee |
| IBM CREDIT<br>ATTN: SALVATORE GRASSO<br>NORTH CASTLE DR, NC322<br>ARMONK NY 10504 | APS CLEARING INC<br>ATTN MATTHEW HAMILTON<br>1301 CAPITAL OF TEXAS HWY<br>SUITE B-220<br>AUSTIN TX 78746 |
| Phone:<br>ID: 535039 | Phone: |
| Claim No.: 13245 | Full Transfer: (X)      Partial Transfer: |
| Date Claim Filed: 05/22/2006 | Amount: $1,725,981.37 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/15/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 15, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**       Case No.: **05-03817-3F1**

Docket No.: **12478**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| IBM CREDIT, LLC     ID: 407536 | WHOLESALE REALTORS SUPPLY     ID: 535033 |
| Name of Transferor | Current Transferee |
| | |
| IBM CREDIT, LLC | WHOLESALE REALTORS SUPPLY |
| ATTN BEVERLY H SHIDELER | C/O MATTHEW HAMILTON |
| TWO LINCOLN CENTRE | APS CLEARING INC |
| OAKBROOK TERRACE IL 60181 | 1301 CAPITAL OF TEXAS HWY |
| | SUITE B-220 |
| | AUSTIN TX 78746 |
| | |
| Phone: 630 568 1514 | Phone: |
| | |
| | APS CLEARING INC     ID: 534960 |
| | Prior Transferee |
| | |
| IBM CREDIT | APS CLEARING INC |
| ATTN: SALVATORE GRASSO | ATTN MATTHEW HAMILTON |
| NORTH CASTLE DR, NC322 | 1301 CAPITAL OF TEXAS HWY |
| ARMONK NY 10504 | SUITE B-220 |
| | AUSTIN TX 78746 |
| | |
| Phone: | Phone: |
| ID: 535039 | |

| | |
|---|---|
| Claim No.: 13429 | Full Transfer: (X)        Partial Transfer: |
| Date Claim Filed: 08/10/2006 | Amount: $1,725,981.37 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/15/2006         /s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 15, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**    Case No.: **05-03817-3F1**

Docket No.: **12506**

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HOLIDAY INN NEWNAN
Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA
Name of Transferee

HOLIDAY INN NEWNAN
ATTN: CHRISTINE O'NEAL, GEN MGR
6 HERRING ROAD
NEWNAN, GA 30265

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 770-251-2828
Account No.: 251743

Phone: 619 220 8900 ext 104
Account No.:  407682

Claim No.: 32716
Date Claim Filed: 04/07/2005

Full Transfer: (X)          Partial Transfer:
Transfer Amount: $917.28

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/15/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 15, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.: **05-03817-3F1**

                                                             Docket No.: **12507**

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

KIRBY RENTAL SERVICES & SALES                    DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferor                               Name of Transferee

KIRBY RENTAL SERVICES & SALES                    DEBT ACQUISITION COMPANY OF AMERICA
ATTN: JILL E IVEY, OFFICE MGR                    ATTN SILVIA LUKES, CLAIMS ADMIN
8051 BAYBERRY ROAD                               1565 HOTEL CIRCLE SOUTH STE 310
JACKSONVILLE, FL 32256                           SAN DIEGO CA 92108

Phone: 904-739-1312                              Phone: 619 220 8900 ext 104
Account No.: 254037                              Account No.: 407682

Claim No.: 31070                                 Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                     Transfer Amount: $1,372.28

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/15/2006                                 /s/ Logan & Company, Inc.

                                                 Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 15, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                              Case No.: 05-03817-3F1
                                                                   Docket No.: 12483

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

THREE MEADOWS PLAZA PARTNERSHIP   ID: 2624
Original Name of Claimant/Transferor

THREE MEADOWS PLAZA PARTNERSHIP
C/O PRIME SITE REALTY INC
ATTN: AL MATRONI
PO BOX 97
COCOA FL  32923-0097
Phone: 321-636-2407

THREE MEADOW PLAZA PARTNERSHIP
C/O JOHN H EVANS, PA   ID: 2624
ATTN: JOHN H EVANS, ESQ
1702 S WASHINGTON AVENUE
TITUSVILLE FL  32780

THREE MEADOWS PLAZA PARTNERSHIP
ATTN: ALAN A MATRONI, GEN PARTNER
402 HIGH POINT DRIVE
COCOA FL  32923

STRIKE FORCE III, LLC        ID: 535034
Current Transferee

STRIKE FORCE III, LLC
ANTONIA & WILLIAM PASTERMACK, MGRS
380 S COURTENAY PARKWAY
MERRITT ISLAND FL  32952

MARKS GRAY PA
ATTN: NICHOLAS V PULIGNANO JR, ESQ
1200 RIVERPLACE BLV, STE 800
JACKSONVILLE FL  32207
Phone: 904-398-0900

LASALLE BANK NATIONAL ASSOC ET AL    ID: 417085
Prior Transferee

LASALLE BANK NATIONAL ASSOC ET AL
C/O DUANE MORRIS LLP
ATTN: WENDY SIMKULAK, ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA  19103-4196
Phone: 215-979-1547

DUANE MORRIS LP   ID: 417049
ATTN: MARGERY N REED, ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA  19103-4196

PRINCIPAL GLOBAL INVESTORS   ID: 417084
ATTN: EMILY A HIPPEN
801 GRAND AVENUE
DES MOINES IA  50392-4196

Claim No.: 7010                          Full Transfer: ☒        Partial Transfer:
Date Claim Filed: 07/18/2005             Amount: UNKNOWN

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/15/2006                              /s/ Logan & Company, Inc.
                                              Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 15, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1
                                                          Docket No.: 12483

---

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

THREE MEADOWS PLAZA PARTNERSHIP    ID: 2624
Original Name of Claimant/Transferor

THREE MEADOWS PLAZA PARTNERSHIP
C/O PRIME SITE REALTY INC
ATTN: AL MATRONI
PO BOX 97
COCOA FL  32923-0097
Phone: 321-636-2407

THREE MEADOWS PLAZA PARTNERSHIP
C/O JOHN H EVANS, PA    ID: 2624
ATTN: JOHN H EVANS, ESQ
1702 S WASHINGTON AVENUE
TITUSVILLE FL  32780

THREE MEADOWS PLAZA PARTNERSHIP
ATTN: ALAN A MATRONI, GEN PARTNER
402 HIGH POINT DRIVE
COCOA FL  32923

STRIKE FORCE III, LLC        ID: 535034
Current Transferee

STRIKE FORCE III, LLC
ANTONIA & WILLIAM PASTERMACK, MGRS
380 S COURTENAY PARKWAY
MERRITT ISLAND FL  32952

MARKS GRAY PA
ATTN: NICHOLAS V PULIGNANO JR, ESQ
1200 RIVERPLACE BLV, STE 800
JACKSONVILLE FL  32207
Phone: 904-398-0900

LASALLE BANK NATIONAL ASSOC ET AL    ID: 417085
Prior Transferee

LASALLE BANK NATIONAL ASSOC ET AL
C/O DUANE MORRIS LLP
ATTN: WENDY SIMKULAK, ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA  19103-4196
Phone: 215-979-1547

DUANE MORRIS LP    ID: 417049
ATTN: MARGERY N REED, ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA  19103-4196

PRINCIPAL GLOBAL INVESTORS   ID: 417084
ATTN: EMILY A HIPPEN
801 GRAND AVENUE
DES MOINES IA  50392-4196

Claim No.: 7050                          Full Transfer: ☒        Partial Transfer:
Date Claim Filed: 07/15/2005             Amount: UNKNOWN

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

---

### DEADLINE TO OBJECT TO TRANSFER

---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/15/2006                                  /s/ Logan & Company, Inc.
                                                  Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

---

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 15, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 12483

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

THREE MEADOWS PLAZA PARTNERSHIP   ID: 2624
Original Name of Claimant/Transferor

THREE MEADOWS PLAZA PARTNERSHIP
C/O PRIME SITE REALTY INC
ATTN: AL MATRONI
PO BOX 97
COCOA FL 32923-0097
Phone: 321-636-2407

THREE MEADOWS PLAZA PARTNERSHIP
C/O JOHN H EVANS, PA   ID: 2624
ATTN: JOHN H EVANS, ESQ
1702 S WASHINGTON AVENUE
TITUSVILLE FL 32780

THREE MEADOWS PLAZA PARTNERSHIP
ATTN: ALAN A MATRONI, GEN PARTNER
402 HIGH POINT DRIVE
COCOA FL 32923

STRIKE FORCE III, LLC      ID: 535034
Current Transferee

STRIKE FORCE III, LLC
ANTONIA & WILLIAM PASTERMACK, MGRS
380 S COURTENAY PARKWAY
MERRITT ISLAND FL 32952

MARKS GRAY PA
ATTN: NICHOLAS V PULIGNANO JR, ESQ
1200 RIVERPLACE BLV, STE 800
JACKSONVILLE FL 32207
Phone: 904-398-0900

LASALLE BANK NATIONAL ASSOC ET AL     ID: 417085
Prior Transferee

LASALLE BANK NATIONAL ASSOC ET AL
C/O DUANE MORRIS LLP
ATTN: WENDY SIMKULAK, ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103-4196
Phone: 215-979-1547

DUANE MORRIS LP   ID: 417049
ATTN: MARGERY N REED, ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103-4196

PRINCIPAL GLOBAL INVESTORS   ID: 417084
ATTN: EMILY A HIPPEN
801 GRAND AVENUE
DES MOINES IA 50392-4196

Claim No.: 10424
Date Claim Filed: 08/01/2005

Full Transfer: ☒      Partial Transfer:
Amount: $11,600.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/15/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 15, 2006.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION**

In re: WINN-DIXIE STORES, INC., ET AL.                     Case No.: 05-03817-3F1
                                                           Docket No.: 12483

---

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

THREE MEADOWS PLAZA PARTNERSHIP   ID: 2624
Original Name of Claimant/Transferor

THREE MEADOWS PLAZA PARTNERSHIP
C/O PRIME SITE REALTY INC
ATTN: AL MATRONI
PO BOX 97
COCOA FL  32923-0097
Phone: 321-636-2407

THREE MEADOWS PLAZA PARTNERSHIP
C/O JOHN H EVANS, PA   ID: 2624
ATTN: JOHN H EVANS, ESQ
1702 S WASHINGTON AVENUE
TITUSVILLE FL  32780

THREE MEADOWS PLAZA PARTNERSHIP
ATTN: ALAN A MATRONI, GEN PARTNER
402 HIGH POINT DRIVE
COCOA FL  32923

STRIKE FORCE III, LLC   ID: 535034
Current Transferee

STRIKE FORCE III, LLC
ANTONIA & WILLIAM PASTERMACK, MGRS
380 S COURTENAY PARKWAY
MERRITT ISLAND FL  32952

MARKS GRAY PA
ATTN: NICHOLAS V PULIGNANO JR, ESQ
1200 RIVERPLACE BLV, STE 800
JACKSONVILLE FL  32207
Phone: 904-398-0900

LASALLE BANK NATIONAL ASSOC ET AL   ID: 417085
Prior Transferee

LASALLE BANK NATIONAL ASSOC ET AL
C/O DUANE MORRIS LLP
ATTN: WENDY SIMKULAK, ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA  19103-4196
Phone: 215-979-1547

DUANE MORRIS LP   ID: 417049
ATTN: MARGERY N REED, ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA  19103-4196

PRINCIPAL GLOBAL INVESTORS   ID: 417084
ATTN: EMILY A HIPPEN
801 GRAND AVENUE
DES MOINES IA  50392-4196

Claim No.: 12210                          Full Transfer: ☒        Partial Transfer:
Date Claim Filed: 10/24/2005              Amount: $717,024.44

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

---

### DEADLINE TO OBJECT TO TRANSFER

---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/15/2006                          /s/ Logan & Company, Inc.
                                          Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

---

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 15, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                              **Case No.: 05-03817-3F1**
                                                                        **Docket No.: 12483**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

THREE MEADOWS PLAZA PARTNERSHIP    ID: 2624
Original Name of Claimant/Transferor

THREE MEADOWS PLAZA PARTNERSHIP
C/O PRIME SITE REALTY INC
ATTN: AL MATRONI
PO BOX 97
COCOA FL  32923-0097
Phone: 321-636-2407

THREE MEADOWS PLAZA PARTNERSHIP
C/O JOHN H EVANS, PA    ID: 2624
ATTN: JOHN H EVANS, ESQ
1702 S WASHINGTON AVENUE
TITUSVILLE FL  32780

THREE MEADOWS PLAZA PARTNERSHIP
ATTN: ALAN A MATRONI, GEN PARTNER
402 HIGH POINT DRIVE
COCOA FL  32923

STRIKE FORCE III, LLC        ID: 535034
Current Transferee

STRIKE FORCE III, LLC
ANTONIA & WILLIAM PASTERMACK, MGRS
380 S COURTENAY PARKWAY
MERRITT ISLAND FL  32952

MARKS GRAY PA
ATTN: NICHOLAS V PULIGNANO JR, ESQ
1200 RIVERPLACE BLV, STE 800
JACKSONVILLE FL  32207
Phone: 904-398-0900

LASALLE BANK NATIONAL ASSOC ET AL    ID: 417085
Prior Transferee

LASALLE BANK NATIONAL ASSOC ET AL
C/O DUANE MORRIS LLP
ATTN: WENDY SIMKULAK, ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA  19103-4196
Phone: 215-979-1547

DUANE MORRIS LP    ID: 417049
ATTN: MARGERY N REED, ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA  19103-4196

PRINCIPAL GLOBAL INVESTORS   ID: 417084
ATTN: EMILY A HIPPEN
801 GRAND AVENUE
DES MOINES IA  50392-4196

Claim No.: 12394                                    Full Transfer: ☒        Partial Transfer:
Date Claim Filed: 10/28/2005                        Amount: UNKNOWN

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/15/2006                                    /s/ Logan & Company, Inc.
                                                    Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 15, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 12508

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

TOWN & COUNTRY TIRE

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

TOWN & COUNTRY TIRE
ATTN: CHER M MAHAN, OWNER
317 E HOWARD STREET
PO BOX 848
LIVE OAK, FL 32064

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 386-362-4535
Account No.: 263278

Phone: 619 220 8900 ext 104
Account No.: 407682

Claim No.: 32990

Full Transfer: (X)          Partial Transfer:

Date Claim Filed: 04/07/2005

Transfer Amount: $391.57

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/15/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 15, 2006.