UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.                    Case No.: 3:05-bk-03817-JAF

        Debtor.
_____/

**NOTICE OF WITHDRAWAL OF RESPONSE TO DEBTOR'S**
**SECOND OMNIBUS MOTION TO ASSUME LEASES**

Creditor/Landlord, MILLER GROUP PROPERTIES CORPORATION, by and through its undersigned counsel, hereby files this *Notice of Withdrawal of Response to Debtor's Second Omnibus Motion to Assume Leases* (Doc. 9158).

Dated this 20th day of November, 2006.

                                    */s/ Ryan E. Davis*
                                    _____
                                    RYAN E. DAVIS
                                    Florida Bar No. 0179851
                                    rdavis@whww.com
                                    **WINDERWEEDLE, HAINES, WARD**
                                      **& WOODMAN, P.A.**
                                    Post Office Box 1391
                                    Orlando, FL 32802-1391
                                    (407) 423-4246
                                    (407) 423-7014 (facsimile)
                                    Attorneys for Miller Group Properties Corp.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of November, 2006, a true and correct copy of the foregoing has been furnished via electronic transmission to Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202, John B. MacDonald, Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, FL 32202, and United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, Fl 32801; and via United States mail to D.J. Baker, Esq., Skadden, Arps, Slate, Meagher & Flom, LLP, Four Time Square, New York,

NY 10036 and Dennis F. Dunne, Esq., Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, 1 Chase Manhattan Plaza, New York, NY 10005.

                                            */s/ Ryan E. Davis*
                                            _____
                                            RYAN E. DAVIS