# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

|  |  |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., <u>et al.</u>,**<br><br>Debtors.[1] | **Chapter 11**<br><br>**Case No. 05-03817-3F1**<br><br>**(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.  On or about November 16, 2006 I caused copies of:

• the **Notice of Transfer of Claim Other Than For Security**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice(s) as listed above is attached hereto as Exhibit B.

Dated: November 20, 2006

_Kathleen M. Logan_
Kathleen M. Logan

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

### Notice of Transfer of Claim Other Than For Security

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                        **CASE:  05-03817-3F1**

CREDITOR ID: 535042-98
CAPITAL INVESTORS
ATTN HELENA DE YOUNG
ONE UNIVERSITY PLAZA SUITE 312
HACKENSACK NJ 07601

CREDITOR ID: 244506-12
CARDTRONICS
ATTN: IRENE AMOS, COLL SPECIALIST
MICHAEL E KELLER, SECY
3110 HAYES ROAD, SUITE 300
HOUSTON, TX 77082

CREDITOR ID: 279212-35
CASCADES TISSUE GROUP
ATTN JEAN P BREAULT, CONTR
1200 FOREST ST
EAU CLAIRE WI 54703

CREDITOR ID: 244729-12
CASCADES TISSUE GROUP
ATTN: GARY A HAYDEN, PV & GEN MNG
DEPT # 234801
PO BOX 67000
DETROIT, MI 48267-2348

CREDITOR ID: 406141-15
CENTRE STAGE LIMITED PARTNERSHIP
C/O BREGMAN BERBERT ET AL
ATTN LAURENCE H BERBERT, ESQ
7315 WINSCONSIN AVE, SUITE 800 WEST
BETHESDA MD 20814

CREDITOR ID: 247477-12
DAILY LEADER, THE
ATTN THERESA MILHDER, OFF MGR
PO BOX 551
BROOKHAVEN, MS 39602-0551

CREDITOR ID: 407682-98
DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

CREDITOR ID: 417049-97
DUANE MORRIS LLP
ATTN MARGERY N REED ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103-4196

CREDITOR ID: 408404-98
FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

CREDITOR ID: 384125-47
FLORAL SENSE INC
ATTN: JOSE ALBERTO, CFO
16794 N KENDALL DR STE#155
MIAMI, FL 33196

CREDITOR ID: 250717-12
GONNELLA FROZEN PRODUCTS
ATTN: K J GONNELLA, PRESIDENT
1117 E WILEY RD
SCHAUMBURG IL 60173

CREDITOR ID: 535047-97
GONNELLA FROZEN PRODUCTS
ATTN: RONALD LUCCHESI, TREAS
DEPT 77-2583
CHICAGO IL 60678

CREDITOR ID: 533549-97
GRUMA CORP
ATTN: SALVADOR ELIAS
1159 COTTONWOOD LANE, STE 200
IRVING TX 75038

CREDITOR ID: 410686-15
GRUMA CORP DBA MISSION FOODS SVCE
C/O AKIN, GUMP, STAUSS, ET AL
ATTN SARA SCHULTZ, ESQ
1700 PACIFIC AVENUE, SUITE 4100
DALLAS TX 75201

CREDITOR ID: 252126-12
INDIAN TRAIL SQUARE  LLC
C/O SHUTTS & BOWEN, LLP
ATTN ANDREW M BRUMBY, ESQ
300 SOUTH ORANGE AVENUE
SUITE 1000
ORLANDO FL 32801

CREDITOR ID: 252126-12
INDIAN TRAIL SQUARE  LLC
STITES & HARBISON, PLLC
ATTN NICOLE S BIDDLE, ESQ
250 WEST MAIN STREET
2300 LEXINGTON FINANCIAL CENTER
LEXINGTON KY 40507-1758

CREDITOR ID: 252126-12
INDIAN TRAIL SQUARE  LLC
C/O DAHLEM REALTY
1020 INDUSTRY ROAD, STE 40
LEXINGTON KY 40505

CREDITOR ID: 253618-12
KASCO CORPORATION
ATTN KRISIN GROTH, CRED COLL MGR
KENNETH L BAYNE, TREAS
PO BOX 96268
CHICAGO, IL 60693-6268

CREDITOR ID: 535048-97
KING EDWARD INC FKA
DRINKARD DEVELOPMENT INC
C/O INZER HANEY & MCWHORTER PA
ATTN: ROBERT D MCWHORTER JR, ESQ
601 BROAD ST, 2ND FL, PO DRAWER 287
GADSEN AL 35902-0287

CREDITOR ID: 2199-07
KING EDWARD, INC FKA
DRINKARD DEVELOPMENT, INC
ATTN ROY H DRINKARD, PRESIDENT
PO BOX 996
CULLMAN, AL 35056-0996

CREDITOR ID: 452118-98
LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

CREDITOR ID: 399393-98
LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ATTN JEFFREY L CARESS
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

CREDITOR ID: 254933-12
LODGE MANUFACTURING CO
ATTN: HELEN SULLIVAN, OFFICE MGR
PO BOX 380
SOUTH PITTSBURG, TN 37380-0380

CREDITOR ID: 410459-98
MADISON INVESTMENT TRUST - SERIES 1
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

CREDITOR ID: 2394-99
MARKETOWN INVESTORS INC
ATTN: DONALD E THERIOT, ATTNY AT LAW
ATTN: ERIN THOMAS/DONALD THERIOT
1944 FIRST STREET
SLIDELL LA 70458

CREDITOR ID: 255869-12
MCCURDY-WALDEN INDUSTRIES
ATTN D E WALDEN, PRES
5267 COMMONWEALTH AVENUE
JACKSONVILLE, FL 32254

CREDITOR ID: 257177-12
NYSE GROUP, INC, FKA
NEW YORK STOCK EXCHANGE, INC
ATTN IRINA KOGAN-CHAPKO
20 BROAD STREET, 8TH FLOOR
NEW YORK NY 10005

CREDITOR ID: 452218-15
SBZ MORTGAGE ASSOCIATES, LLC
ATTN: DAVID SAMBER, MGR
ONE HOLLOW  LANE, SUITE 304
LAKE SUCCESS NY 10042

CREDITOR ID: 535049-97
SIOUX HONEY ASSOCIATION
ATTN: DAVID ALLIBONE, PRES/CEO
614 PIERCE STREET
PO BOX 27
SIOUX CITY IA 51102

CREDITOR ID: 411408-15
SIOUX HONEY ASSOCIATION
C/O CRARY HUFF INSKER ET AL
ATTN MARCI ISEMINGER, ESQ
614 PIERCE STREET
PO BOX 27
SIOUX CITY IA 51102

**SERVICE LIST**

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                    **CASE:  05-03817-3F1**

CREDITOR ID: 535041-98
SOUTHPAW CREDIT OPPORTUNITY MF LP
C/O SOUTHPAW ASSET MANAGEMENT LP
FOUR GREENWICH OFFICE PARK
GREENWICH CT 06831

CREDITOR ID: 261579-12
SPRINGHILL ASSOCIATES LLC
ATTN: BEN D ARNOLD, MEMBER-MGR
1 POSTON ROAD, SUITE 230
CHARLESTON, SC 29407

CREDITOR ID: 408341-15
SPRINGHILL ASSOCIATES, LLC
C/O RICHARDSON PLOWDEN ET AL
ATTN S NELSON WESTON, JR, ESQ
PO BOX 7788
COLUMBIA SC 29202

CREDITOR ID: 534945-98
STARK SPECIAL EVENTS LTD
ATTN AMAR EHSAN
3600 SOUTH LAKE DRIVE
ST FRANCIS WI 53235

CREDITOR ID: 262897-12
SUN HERALD, THE
ATTN: ROBERT SIMPSON, FINANCE MGR
PO BOX 4567
BILOXI, MS 39535-4567

CREDITOR ID: 535050-97
WOLFCHASE ASSOCIATES LLC
ATTN: GUY S CLIFTON, VP
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 33207

CREDITOR ID: 415978-15
WOLFCHASE ASSOCIATES, LLC
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ.
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

    **Total:   37**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 12586 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| CARDTRONICS | DEBT ACQUISITION COMPANY OF AMERICA |
| Name of Transferor | Name of Transferee |
| | |
| CARDTRONICS | DEBT ACQUISITION COMPANY OF AMERICA |
| ATTN: IRENE AMOS, COLL SPECIALIST | ATTN SILVIA LUKES, CLAIMS ADMIN |
| MICHAEL E KELLER, SECY | 1565 HOTEL CIRCLE SOUTH STE 310 |
| 3110 HAYES ROAD, SUITE 300 | SAN DIEGO CA 92108 |
| HOUSTON, TX 77082 | |
| | |
| Phone: 281 596 9988 x 1161 | Phone: 619 220 8900 ext 104 |
| Account No.: 244506 | Account No.: 407682 |

| | |
|---|---|
| Claim No.: 30297 | Full Transfer: (X)          Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $612.00 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 11/16/2006 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 16, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

**Case No.: 05-03817-3F1**

**Docket No.: 12583**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| CASCADES TISSUE GROUP    ID: 279212 | CAPITAL INVESTORS    ID: 535042 |
| Name of Transferor | Current Transferee |

| | |
|---|---|
| CASCADES TISSUE GROUP<br>ATTN JEAN P BREAULT, CONTR<br>1200 FOREST ST<br>EAU CLAIRE WI 54703 | CAPITAL INVESTORS<br>ATTN HELENA DE YOUNG<br>ONE UNIVERSITY PLAZA SUITE 312<br>HACKENSACK NJ 07601 |

| | |
|---|---|
| Phone: 715 833 3130 | Phone: 201 968 0001 |
| | LIQUIDITY SOLUTIONS, INC    ID: 399393 |
| | Prior Transferee |

| | |
|---|---|
| CASCADES TISSUE GROUP<br>ATTN: GARY A HAYDEN, PV & GEN MNG<br>DEPT # 234801<br>PO BOX 67000<br>DETROIT, MI 48267-2348 | LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>ATTN JEFFREY L CARESS<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 |

| | |
|---|---|
| Phone:<br>ID:  244729 | Phone: 201 968 0001 |
| Claim No.: 9427 | Full Transfer: (X)        Partial Transfer: |
| Date Claim Filed: 07/29/2005 | Amount: $128,353.24 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| |
|---|
| **DEADLINE TO OBJECT TO TRANSFER** |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/16/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 16, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 12584

---

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CENTRE STAGE LIMITED PARTNERSHIP                    LCH OPPORTUNITIES LLC

Name of Transferor                                 Name of Transferee

CENTRE STAGE LIMITED PARTNERSHIP                    LCH OPPORTUNITIES LLC
C/O BREGMAN BERBERT ET AL                           ATTN JOSEPH M O'CONNOR
ATTN LAURENCE H BERBERT, ESQ                        315 PARK AVE S 20TH FLR
7315 WINSCONSIN AVE, SUITE 800 WEST                 NEW YORK NY 10010
BETHESDA MD 20814


Phone: 301 656 2707                                 Phone: 212 460 1966
Account No.: 406141                                 Account No.: 452118



Claim No.: 12092                           Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 10/20/2005               Transfer Amount: $304,800.58

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 11/16/2006                                   /s/ Logan & Company, Inc.

                                                   Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 16, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                                        Case No.: 05-03817-3F1

                                                                              Docket No.: 12518

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| DAILY LEADER, THE | FAIR HARBOR CAPITAL LLC |
|---|---|
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| DAILY LEADER, THE | FAIR HARBOR CAPITAL LLC |
| ATTN THERESA MILHDER, OFF MGR | ATTN FRED GLASS |
| PO BOX 551 | 875 AVENUE OF THE AMERICAS STE 2305 |
| BROOKHAVEN, MS 39602-0551 | NEW YORK NY 10001 |

| | |
|---|---|
| Phone: 601 833 6961 | Phone: 212 967 4045 |
| Account No.: 247477 | Account No.: 408404 |

| | |
|---|---|
| Claim No.: 978 | Full Transfer: (X)        Partial Transfer: |
| Date Claim Filed: 04/29/2005 | Transfer Amount: $10,973.91 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/16/2006                                          /s/ Logan & Company, Inc.

                                                          Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 16, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                          Case No.: **05-03817-3F1**

Docket No.: **12585**

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

FLORAL SENSE INC    ID: 384125       CAPITAL INVESTORS    ID: 535042

Name of Transferor       Current Transferee

FLORAL SENSE INC       CAPITAL INVESTORS
ATTN: JOSE ALBERTO, CFO       ATTN HELENA DE YOUNG
16794 N KENDALL DR STE#155       ONE UNIVERSITY PLAZA SUITE 312
MIAMI, FL 33196       HACKENSACK NJ 07601

Phone:       Phone: 201 968 0001

LIQUIDITY SOLUTIONS, INC    ID: 399393

Prior Transferee

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ATTN JEFFREY L CARESS
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

Phone: 201 968 0001

Claim No.: 35746       Full Transfer: (X)       Partial Transfer:

Date Claim Filed: 04/07/2005       Amount: $98,791.49

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|:---:|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/16/2006       /s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 16, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                                  Case No.: **05-03817-3F1**

                                                                                                                        Docket No.: **12536**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

GONNELLA FROZEN PRODUCTS                                     LIQUIDITY SOLUTIONS, INC

Name of Transferor                                                         Name of Transferee

GONNELLA FROZEN PRODUCTS                                     LIQUIDITY SOLUTIONS, INC
ATTN: K J GONNELLA, PRESIDENT                                 DBA REVENUE MANAGEMENT
1117 E WILEY RD                                                            ATTN JEFFREY L CARESS
SCHAUMBURG IL 60173                                                ONE UNIVERSITY PLAZA STE 312
                                                                                    HACKENSACK NJ 07601

Phone: 847 884 8829                                                   Phone: 201 968 0001
Account No.: 250717                                                     Account No.: 399393

GONNELLA FROZEN PRODUCTS
ATTN: RONALD LUCCHESI, TREAS
DEPT 77-2583
CHICAGO IL 60678

Phone:
Account No.: 535047

Claim No.: 1647                                                          Full Transfer: (X)          Partial Transfer:
Date Claim Filed: 05/16/2005                                     Transfer Amount: $175,754.83

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/16/2006                                                      /s/ Logan & Company, Inc.

                                                                              Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 16, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                                    Case No.: 05-03817-3F1

                                                                         Docket No.: 12583

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| GRUMA CORP DBA MISSION FOODS SVCE     ID: 410686 | CAPITAL INVESTORS     ID: 535042 |
|---|---|
| Name of Transferor | Current Transferee |

| | |
|---|---|
| GRUMA CORP DBA MISSION FOODS SVCE<br>C/O AKIN, GUMP, STAUSS, ET AL<br>ATTN SARA SCHULTZ, ESQ<br>1700 PACIFIC AVENUE, SUITE 4100<br>DALLAS TX 75201 | CAPITAL INVESTORS<br>ATTN HELENA DE YOUNG<br>ONE UNIVERSITY PLAZA SUITE 312<br>HACKENSACK NJ 07601 |
| Phone: 214 969 2800 | Phone: 201 968 0001 |

| | LIQUIDITY SOLUTIONS, INC   ID: 399393 |
|---|---|
| | Prior Transferee |

| | |
|---|---|
| GRUMA CORP<br>ATTN: SALVADOR ELIAS<br>1159 COTTONWOOD LANE, STE 200<br>IRVING TX 75038 | LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>ATTN JEFFREY L CARESS<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 |
| Phone:<br>ID: 533549 | Phone: 201 968 0001 |

| | |
|---|---|
| Claim No.: 9700 | Full Transfer: (X)     Partial Transfer: |
| Date Claim Filed: 07/29/2005 | Amount: $88,368.97 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/16/2006                                        /s/ Logan & Company, Inc.

                                                        Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 16, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                                     Case No.: 05-03817-3F1
                                                                           Docket No.: 12583

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

INDIAN TRAIL SQUARE LLC      ID: 252126          CAPITAL INVESTORS          ID: 535042
Original Name of Claimant/Transferor             Current Transferee

INDIAN TRAIL SQUARE LLC                          CAPITAL INVESTORS
C/O DEHLEM REALTY                                ATTN HELENA DE YOUNG
1020 INDUSTRY ROAD, STE 40                       ONE UNIVERSITY PLAZA SUITE 312
LEXINGTON KY 40505                               HACKENSACK NJ 07601

  Phone: 859 335 9663                              Phone: 201 968 0001

INDIAN TRAIL SQUARE LLC                          LIQUIDITY SOLUTIONS, INC      ID: 399393
STITES & HARBISON, PLLC                          Prior Transferee
ATTN NICOLE S BIDDLE, ESQ
250 WEST MAIN STREET                             LIQUIDITY SOLUTIONS, INC
2300 LEXINGTON FINANCIAL CENTER                  DBA REVENUE MANAGEMENT
LEXINGTON KY 40507-1758                          ATTN JEFFREY L CARESS
                                                 ONE UNIVERSITY PLAZA STE 312
  Phone: 859-226-2300                            HACKENSACK NJ  07601

INDIAN TRAIL SQUARE LLC                            Phone: 201 968 0001
C/O SHUTTS & BOWEN, LLP
ATTN ANDREW M BRUMBY, ESQ
300 SOUTH ORANGE AVENUE
SUITE 1000
ORLANDO FL 32801

Claim No.: 12834                                 Full Transfer: ☒        Partial Transfer:
Date Claim Filed: 01/03/2006                     Amount: $482,638.80

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/16/2006                                           /s/ Logan & Company, Inc.
                                                           Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 16, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 12514

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

KASCO CORPORATION                                STARK SPECIAL EVENTS LTD

Name of Transferor                               Name of Transferee

KASCO CORPORATION                                STARK SPECIAL EVENTS LTD
ATTN KRISIN GROTH, CRED COLL MGR                 ATTN AMAR EHSAN
KENNETH L BAYNE, TREAS                            3600 SOUTH LAKE DRIVE
PO BOX 96268                                     ST FRANCIS WI 53235
CHICAGO, IL 60693-6268

Phone: 314 771 1550 x 242                        Phone:
Account No.: 253618                              Account No.: 534945

Claim No.: 36474                                 Full Transfer: (X)      Partial Transfer:
Date Claim Filed: 04/07/2005                     Transfer Amount: $12,564.42

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/16/2006                                 /s/ Logan & Company, Inc.

                                                 Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 16, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 12512 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| KASCO CORPORATION | STARK SPECIAL EVENTS LTD |
| Name of Transferor | Name of Transferee |
| | |
| KASCO CORPORATION | STARK SPECIAL EVENTS LTD |
| ATTN KRISIN GROTH, CRED COLL MGR | ATTN AMAR EHSAN |
| KENNETH L BAYNE, TREAS | 3600 SOUTH LAKE DRIVE |
| PO BOX 96268 | ST FRANCIS WI 53235 |
| CHICAGO, IL 60693-6268 | |
| | |
| Phone: 314 771 1550 x 242 | Phone: |
| Account No.: 253618 | Account No.: 534945 |

| | |
|---|---|
| Claim No.: 33790 | Full Transfer: (X)         Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $54,785.52 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/16/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 16, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 12513

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

KASCO CORPORATION                          STARK SPECIAL EVENTS LTD

Name of Transferor                         Name of Transferee

KASCO CORPORATION                          STARK SPECIAL EVENTS LTD
ATTN KRISIN GROTH, CRED COLL MGR           ATTN AMAR EHSAN
KENNETH L BAYNE, TREAS                      3600 SOUTH LAKE DRIVE
PO BOX 96268                               ST FRANCIS WI 53235
CHICAGO, IL 60693-6268

Phone: 314 771 1550 x 242                  Phone:
Account No.: 253618                        Account No.: 534945

Claim No.: 31038                           Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005               Transfer Amount: $12,081.12

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/16/2006                           /s/ Logan & Company, Inc.

                                           Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 16, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: **05-03817-3F1**

Docket No.: **12607**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

KING EDWARD, INC FKA

Name of Transferor

MADISON INVESTMENT TRUST - SERIES 1

Name of Transferee

KING EDWARD, INC FKA
DRINKARD DEVELOPMENT, INC
ATTN ROY H DRINKARD, PRESIDENT
PO BOX 996
CULLMAN, AL 35056-0996

MADISON INVESTMENT TRUST - SERIES 1
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

Phone: 256 739 1815
Account No.: 2199

Phone: 913 982 5011
Account No.: 410459

KING EDWARD INC FKA
DRINKARD DEVELOPMENT INC
C/O INZER HANEY & MCWHORTER PA
ATTN: ROBERT D MCWHORTER JR, ESQ
601 BROAD ST, 2ND FL, PO DRAWER 287
GADSEN AL 35902-0287

Phone: 256-546-1656
Account No.: 535048

Claim No.: 12917
Date Claim Filed: 02/07/2006

Full Transfer: (X)      Partial Transfer:
Transfer Amount: $302,500.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/16/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 16, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 12544

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

LODGE MANUFACTURING CO

Name of Transferor

LIQUIDITY SOLUTIONS, INC

Name of Transferee

LODGE MANUFACTURING CO
ATTN: HELEN SULLIVAN, OFFICE MGR
PO BOX 380
SOUTH PITTSBURG, TN 37380-0380

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ATTN JEFFREY L CARESS
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

Phone:
Account No.: 254933

Phone: 201 968 0001
Account No.: 399393

Claim No.: 35055
Date Claim Filed: 04/07/2005

Full Transfer: (X)      Partial Transfer:
Transfer Amount: $10,100.13

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/16/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 16, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 12519

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MARKETOWN INVESTORS INC                      FAIR HARBOR CAPITAL LLC
Name of Transferor                           Name of Transferee

MARKETOWN INVESTORS INC                      FAIR HARBOR CAPITAL LLC
C/O DONALD E THERIOT, ATTNY AT LAW           ATTN FRED GLASS
ATTN: ERIN THOMAS/DONALD THERIOT             875 AVENUE OF THE AMERICAS STE 2305
1944 FIRST STREET                            NEW YORK NY 10001
SLIDELL LA 70458


Phone: 504 610 5328                          Phone: 212 967 4045
Account No.: 2394                            Account No.: 408404


Claim No.: 2703                              Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 05/13/2005                 Transfer Amount: $6,029.46

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 11/16/2006                             /s/ Logan & Company, Inc.

                                             Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 16, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 12520 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| MARKETOWN INVESTORS INC | FAIR HARBOR CAPITAL LLC |
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| MARKETOWN INVESTORS INC | FAIR HARBOR CAPITAL LLC |
| C/O DONALD E THERIOT, ATTNY AT LAW | ATTN FRED GLASS |
| ATTN: ERIN THOMAS/DONALD THERIOT | 875 AVENUE OF THE AMERICAS STE 2305 |
| 1944 FIRST STREET | NEW YORK NY 10001 |
| SLIDELL LA 70458 | |

| | |
|---|---|
| Phone: 504 610 5328 | Phone: 212 967 4045 |
| Account No.: 2394 | Account No.: 408404 |

| | |
|---|---|
| Claim No.: 2704 | Full Transfer: (X)        Partial Transfer: |
| Date Claim Filed: 05/13/2005 | Transfer Amount: $2,345.79 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

**DEADLINE TO OBJECT TO TRANSFER**

---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 11/16/2006 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 16, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                     Case No.: 05-03817-3F1

                                                          Docket No.: 12524

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MCCURDY-WALDEN INDUSTRIES                         FAIR HARBOR CAPITAL LLC

Name of Transferor                                Name of Transferee

MCCURDY-WALDEN INDUSTRIES                          FAIR HARBOR CAPITAL LLC
ATTN D E WALDEN, PRES                              ATTN FRED GLASS
5267 COMMONWEALTH AVENUE                           875 AVENUE OF THE AMERICAS STE 2305
JACKSONVILLE, FL 32254                             NEW YORK NY 10001

Phone: 904 783 9000                                Phone: 212 967 4045
Account No.: 255869                                Account No.:  408404

Claim No.: 926                                     Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 05/02/2005                       Transfer Amount: $9,923.86

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule
3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|:---:|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office
of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection
is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/16/2006                                   /s/ Logan & Company, Inc.

                                                   Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at
telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 16, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                Case No.: **05-03817-3F1**

                                                           Docket No.: **12521**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

NYSE GROUP, INC, FKA                          FAIR HARBOR CAPITAL LLC

Name of Transferor                            Name of Transferee

NYSE GROUP, INC, FKA                          FAIR HARBOR CAPITAL LLC
NEW YORK STOCK EXCHANGE, INC                  ATTN FRED GLASS
ATTN IRINA KOGAN-CHAPKO                       875 AVENUE OF THE AMERICAS STE 2305
20 BROAD STREET, 8TH FLOOR                    NEW YORK NY 10001
NEW YORK NY 10005


Phone: 212 656 5680                           Phone: 212 967 4045
Account No.: 257177                           Account No.: 408404


Claim No.: 13163                              Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/11/2006                  Transfer Amount: $20,612.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 11/16/2006                             /s/ Logan & Company, Inc.

                                             Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 16, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **12573**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SBZ MORTGAGE ASSOCIATES, LLC

Name of Transferor

SBZ MORTGAGE ASSOCIATES, LLC
ATTN: DAVID SAMBER, MGR
ONE HOLLOW  LANE, SUITE 304
LAKE SUCCESS NY 10042

Phone: 516 869 2540
Account No.: 452218

DUANE MORRIS LLP
ATTN MARGERY N REED ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103-4196

Phone: 215-979-1518
Account No.:  417049

SOUTHPAW CREDIT OPPORTUNITY MF LP

Name of Transferee

SOUTHPAW CREDIT OPPORTUNITY MF LP
C/O SOUTHPAW ASSET MANAGEMENT LP
FOUR GREENWICH OFFICE PARK
GREENWICH CT 06831

Phone: 203 862 6211
Account No.:  535041

Claim No.: 13291

Date Claim Filed: 06/15/2006

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $1,108,907.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/16/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 16, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: **05-03817-3F1** |
| | Docket No.: **12605** |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| SIOUX HONEY ASSOCIATION | STARK SPECIAL EVENTS LTD |
| Name of Transferor | Name of Transferee |
| | |
| SIOUX HONEY ASSOCIATION | STARK SPECIAL EVENTS LTD |
| C/O CRARY HUFF INSKER ET AL | ATTN AMAR EHSAN |
| ATTN MARCI ISEMINGER, ESQ | 3600 SOUTH LAKE DRIVE |
| 614 PIERCE STREET | ST FRANCIS WI 53235 |
| PO BOX 27 | |
| SIOUX CITY IA 51102 | |
| | |
| Phone: 712 277 4561 | Phone: |
| Account No.: 411408 | Account No.: 534945 |
| | |
| SIOUX HONEY ASSOCIATION | |
| ATTN: DAVID ALLIBONE, PRES/CEO | |
| 614 PIERCE STREET | |
| PO BOX 27 | |
| SIOUX CITY IA 51102 | |
| | |
| Phone: 712-258-0638 | |
| Account No.: 535049 | |

| | |
|---|---|
| Claim No.: 11818 | Full Transfer: <u>(X)</u>        Partial Transfer: |
| Date Claim Filed: 09/15/2005 | Transfer Amount: $128,287.60 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 11/16/2006 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 16, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.: **05-03817-3F1**

                                                             Docket No.: **12537**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| SPRINGHILL ASSOCIATES, LLC | LIQUIDITY SOLUTIONS, INC |
| Name of Transferor | Name of Transferee |
| | |
| SPRINGHILL ASSOCIATES, LLC | LIQUIDITY SOLUTIONS, INC |
| C/O RICHARDSON PLOWDEN ET AL | DBA REVENUE MANAGEMENT |
| ATTN S NELSON WESTON, JR, ESQ | ATTN JEFFREY L CARESS |
| PO BOX 7788 | ONE UNIVERSITY PLAZA STE 312 |
| COLUMBIA SC 29202 | HACKENSACK NJ 07601 |
| | |
| Phone: 803 771 4400 | Phone: 201 968 0001 |
| Account No.: 408341 | Account No.: 399393 |

SPRINGHILL ASSOCIATES LLC
ATTN: BEN D ARNOLD, MEMBER-MGR
1 POSTON ROAD, SUITE 230
CHARLESTON, SC 29407

Phone:
Account No.: 261579

| | |
|---|---|
| Claim No.: 13314 | Full Transfer: (X)          Partial Transfer: |
| Date Claim Filed: 06/22/2006 | Transfer Amount: $58,113.59 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/16/2006                                    /s/ Logan & Company, Inc.

                                                    Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 16, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 12523 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SUN HERALD, THE

Name of Transferor

FAIR HARBOR CAPITAL LLC

Name of Transferee

SUN HERALD, THE
ATTN: ROBERT SIMPSON, FINANCE MGR
PO BOX 4567
BILOXI, MS 39535-4567

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone:
Account No.: 262897

Phone: 212 967 4045
Account No.: 408404

Claim No.: 34247
Date Claim Filed: 04/07/2005

Full Transfer: (X)      Partial Transfer:
Transfer Amount: $2,123.82

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/16/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 16, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 12609

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

WOLFCHASE ASSOCIATES, LLC

Name of Transferor

STARK SPECIAL EVENTS LTD

Name of Transferee

WOLFCHASE ASSOCIATES, LLC
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ.
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

STARK SPECIAL EVENTS LTD
ATTN AMAR EHSAN
3600 SOUTH LAKE DRIVE
ST FRANCIS WI 53235

Phone: 904 398 7038
Account No.: 415978

Phone:
Account No.: 534945

WOLFCHASE ASSOCIATES LLC
ATTN: GUY S CLIFTON, VP
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 33207

Phone: 205-802-7202
Account No.: 535050

Claim No.: 12013                      Full Transfer: (X)          Partial Transfer:
Date Claim Filed: 10/17/2005          Transfer Amount: $1,536,490.31

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/16/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  November 16, 2006.