UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of
Gloria Silva  (Claim No. 4864) [Docket No. 12634] was furnished by mail on November
20, 2006 to Gloria Silva, c/o Jose G. Rodriguez, Esq., 2240 Palm Beach Blvd., Suite 220,
West Palm Beach, FL 33409.

Dated:  November 20, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    s/ D. J. Baker                    By       s/ James H. Post
     D. J. Baker                             Stephen D. Busey
     Sally McDonald Henry                    James H. Post (FBN 175460)
     Rosalie Gray                            Cynthia C. Jackson

Four Times Square                      225 Water Street, Suite 1800
New York, New York 10036               Jacksonville, Florida  32202
(212) 735-3000                         (904) 359-7700
(917) 777-2150 (facsimile)             (904) 359-7708 (facsimile)
djbaker@skadden.com                    jpost@smithhulsey.com

Co-Counsel for Debtors                 Co-Counsel for Debtors
00520151.DOC