**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors.[1] | ) | Jointly Administered |

**AMENDED DESIGNATION OF DIRECTORS PURSUANT TO**
**SECTION 6.7(a) OF JOINT PLAN OF REORGANIZATION**
**OF WINN-DIXIE STORES, INC. AND AFFILIATED DEBTORS**

Pursuant to Section 6.7(a) of the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors[2], the New Board of Reorganized Winn-Dixie will be comprised of nine (9) directors, which will include the Debtors' Chief Executive Officer, one (1) individual reasonably acceptable to the Creditors Committee, and seven (7) individuals selected by the Creditors Committee. On October 3, 2006, the Debtors filed an initial Designation of Directors as Exhibit E to the Plan Supplement Pursuant to Section 12.18 of Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Original Designation"). One of the individuals identified in the Original Designation subsequently withdrew his name from consideration for the New Board. A replacement for this individual has not yet been identified and, thus, one of the positions on the New Board will be vacant on the Effective Date and will be filled by the New Board, in accordance with the New Winn-Dixie By-laws; provided, however, that (a) Reorganized Winn-Dixie, through the Chairman of the Board, shall reach agreement with the Post-Effective Date Committee regarding the appropriate candidate(s) to fill the vacancy, and (b) the Chairman of the Board will, in accordance with the New Winn-Dixie By-laws, take appropriate steps to nominate such individual(s) for consideration by the New Board and recommend that the New Board give due consideration to the joint recommendation of the

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] Capitalized terms not otherwise defined in this Amended Designation shall have the meaning ascribed to them in the Plan.

Chairman of the Board and the Post-Effective Date Committee.  Subject to the occurrence of the Effective Date, the following individuals will serve on the New Board as of the Effective Date:

- *Peter L. Lynch:*  Mr. Lynch has served as President and CEO of Winn-Dixie since December 2004.  Mr. Lynch was a private investor from July 2003 to December 2004. From March 2000 to July 2003, he served as the President and Chief Operating Officer of Albertson's, Inc.  From June 1999 to March 2000, Mr. Lynch served as Executive Vice President of Operations at Albertson's, Inc.  Mr. Lynch holds a B.S. in Finance from Nichols College.

- *Evelyn V. Follit*:  Ms. Follit has served in various positions at RadioShack Corporation from 1997 to 2005 including:  Senior Vice President, Chief Organizational Enabling Services Officer and Chief Information Officer. Ms. Follit is currently a director of Catalina Marketing Corporation and GetConnected, Inc. She has previously held senior positions at A.C. Nielsen Corporation, D&B Corporation, ITT Industries and IBM Corporation.  Ms. Follit graduated from City University of New York in 1970 with a B.A. She also obtained an M.B.A. in Finance and Information Systems from Pace University in 1977.

- *Charles P. Garcia*:  Mr. Garcia currently serves as President of the Sterling Hispanic Capital Markets Group at vFinance, Inc. Mr. Garcia was founder, CEO and Chairman of Sterling Financial Investment Group, Inc. A graduate of the U.S. Air Force Academy, he served as a White House Fellow in 1988 and former intelligence officer for the U.S. Department of State from 1988 to 1992.  Mr. Garcia is a director of several not-for-profit organizations, including the U.S. Air Force Academy, the American Bar Association, and Read On! Foundation.  Mr. Garcia graduated from the United States Air Force Academy with a B.S. in 1983.  Mr. Garcia also graduated from the University of Oklahoma in 1987 with an M.A. in Public Administration and received a J.D. from Columbia University Law School in 1994.

- *Jeffrey C. Girard*:  Mr. Girard has served as Vice Chairman, Finance and Administration at Shopko Stores, Inc. from 2002 to 2004. Earlier in his career he served in senior management roles at Supervalu, Inc., Supermarkets General Corporation, Pathmark Stores, Inc., and Standard Brands, Inc. Mr. Girard received a B.A. in Economics from Michigan State University in 1968. He graduated from Columbia University Graduate School of Business in 1973 with an M.B.A.

- *Yvonne R. Jackson*:  Ms. Jackson is the founder and President of BeecherJackson.  Between 1993 and 2005, Ms. Jackson served as Senior Vice President, Human Resources for Pfizer, Inc., Compaq Computer Corporation, and Burger King Corporation. From 1979 to 1993 she served in a number of human resources positions at Avon Products, Inc., including Vice President, Human Resources for the U.S. division. She began her career as a personnel manager at Sears, Roebuck & Co.  Ms. Jackson graduated from Spelman College in 1970 with a B.A. in Liberal Arts.

- *Gregory P. Josefowicz*:  Mr. Josefowicz is the former Chairman, President and CEO of Borders Group, Inc. and is currently a director of PetSmart, Inc. and Ryerson, Inc. Mr. Josefowicz joined Borders as President and CEO in 1999 after having served as President of the Midwest Region of Albertson's, Inc. He also held several senior positions at Jewel Food Stores and served as a director of Spartan Stores, Inc.  Mr. Josefowicz graduated from Michigan State University in 1974 with a B.A. in Marketing and from the J.L. Kellogg Graduate School of Management (Northwestern University) in 1976 with an M.A. in Management.

- *Terry Peets*:  Mr. Peets is a senior advisor to J.P. Morgan Partners and serves as a director of Berry Plastics, Inc., Pinnacle Foods Group, Inc., Ruiz Foods, Inc., and WKI Holding Company, Inc. Mr. Peets has served as Chairman of Bruno's Supermarkets, Inc.; President, CEO and a director of Pia Merchandising Company, Inc.; Executive Vice President of Vons Companies, Inc.;

and Executive Vice President of Ralph's Grocery Company.  Mr. Peets graduated from Pepperdine University in 1983 with an M.B.A. in Business Management.

- *Richard E. Rivera*:  Mr. Rivera is the President and CEO of Rubicon Enterprises, LLC and currently serves as a director of the National Restaurant Association.  Mr. Rivera has served as Vice Chairman, President and Chief Operating Officer at Darden Restaurants, Inc. and as President of Darden's Red Lobster chain. He has also served as President and CEO of Chart House Enterprises, Inc., Rare Hospitality International, Inc., and TGI Friday's, Inc. (a division of Carlson Companies, Inc.).  He has also held senior positions at W.R. Grace & Company (President of Del Taco Corporation); Annheuser-Busch Companies, Inc. (President of El Chico Corporation); and Grand Metropolitan plc (various positions, including Executive Vice President at Steak & Ale Restaurants of America).  Mr. Rivera graduated from Washington and Lee University in 1968 with a B.A. in Liberal Arts.

Dated:  November  20, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*<br>     D. J. Baker<br>     Sally McDonald Henry<br>     Rosalie Walker Gray<br>     Adam S. Ravin | By   *s/ Cynthia C. Jackson*<br>     Stephen D. Busey<br>     James H. Post<br>     Cynthia C. Jackson,<br>     Florida Bar Number 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |