**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**NOTICE OF FILING**

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates, as debtors and debtors in possession, give notice of filing the attached Second Interim Application for Allowance of Fees and Expenses for Deloitte Consulting LLP, for the period from June 1, 2006 through September 30, 2006.

Dated: November 20, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By     *s/ D. J. Baker*
      D. J. Baker
      Sally McDonald Henry
      Rosalie Gray

Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

Co-Counsel for Debtors

SMITH HULSEY & BUSEY

By     *s/ Cynthia C. Jackson*
      Stephen D. Busey
      James H. Post
      Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

00550192

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

**SUMMARY SHEET ACCOMPANYING SECOND INTERIM FEE**
**APPLICATION OF DELOITTE CONSULTING LLP FOR**
**COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD**
**FROM JUNE 1, 2006 THROUGH SEPTEMBER 30, 2006**

Name of Applicant:                     Deloitte Consulting LLP

Time Period for Current Interim
Application:                           June 1, 2006 through September 30, 2006

Authorized to Provide Services to:     Winn-Dixie Stores, Inc., et al.

Current Interim Application:           Fees Incurred: $113,714.60
                                       Expenses Requested: $5,919.41

Prior Interim Application:             Fees Incurred: $117,294.80
                                       Expenses Requested: $16,931.53

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors.[1] | ) | Jointly Administered |

**SECOND INTERIM FEE APPLICATION FOR ALLOWANCE OF FEES AND
EXPENSES OF DELOITTE CONSULTING LLP TO PROVIDE FRESH-START
ACCOUNTING SERVICES TO THE DEBTORS FOR THE PERIOD FROM
JUNE 1, 2006 THROUGH SEPTEMBER 30, 2006**

TO:    THE HONORABLE JERRY A. FUNK
       UNITED STATES BANKRUPTCY JUDGE

Deloitte Consulting LLP ("Deloitte Consulting") hereby applies to this Court for

Allowance of Fees and Expenses of Deloitte Consulting as providers of fresh start

accounting services to the Winn-Dixie Stores, Inc., et al. (the "Debtor"), for the period

from June 1, 2006 through September 30, 2006, pursuant to §§11 U.S.C. 330 and 331,

Fed.R.Bankr Pro 2016. In support of this Application, Deloitte Consulting states:

**Background**

1.    On February 21, 2005, the Debtor filed voluntary petitions for reorganization

relief under chapter 11 of title 11 of the United States Code 11 U.S.C. §§101-1330 as

amended (the "Bankruptcy Code"), in the United States Bankruptcy Court for the

Southern District of New York (the "New York Court"). By Order dated April 13, 2005,

the New York Court transferred venue of these cases to this Court. Any orders entered by

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

the New York Court remain in full force and effect before this Court, unless otherwise ordered by this Court. These cases are jointly administered for procedural purposes only.

2.      The Debtor continues to manage and operate their business as debtor-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

3.      On March 1, 2005, an official committee of unsecured creditors (the "Creditors Committee) was appointed to serve in these cases pursuant to Bankruptcy Code §1103.

4.      On April 18, 2006, Debtor's counsel filed an application for authority to employ Deloitte Consulting as providers of fresh start accounting services to the Debtor.

5.      On May 4, 2006, the Court authorized the employment of Deloitte Consulting as providers of fresh start accounting services to the Debtor nunc pro tunc to March 14, 2006.

6.      Under §§ 330 and 331 of the Bankruptcy Code, Deloitte Consulting is entitled to "reasonable compensation for actual, necessary services" and reimbursement for actual and necessary expenses.

7.      Deloitte Consulting has been providing professional services to the Debtor since March 14, 2006 and, pursuant to the *Final Order Approving Interim Compensation Procedures For Professionals*, on July 21, 2006, Deloitte Consulting filed its First Interim Fee Application for Allowance of Fees and Expenses for the first interim period from March 14, 2006 through May 31, 2006.

8.      On August 10, 2006, Judge Funk signed an Order approving Deloitte Consulting's First Fee Application, subject to condition, which is the report of Stuart, Maue, Mitchell & James, Ltd. (the "Fee Examiner").

9.      On September 22, 2006, the Fee Examiner filed its final report regarding Deloitte Consulting's First Fee Application.

10.     On October 5, 2006, Deloitte Consulting filed its response to the final report of the Fee Examiner.

11.     With respect to the second interim period from June 1, 2006 through September 30, 2006, Deloitte Consulting filed four (4) monthly statements requesting a total of $113,714.60 in professional fees and $5,919.41 in expenses, comprised as follows:

| | _Fees_ | _Expenses_ |
|---|---|---|
| For the period from June 1, 2006 through June 30, 2006 | 79,297.80 | 5,085.14 |
| For the period from July 1, 2006 through July 31, 2006 | 4,192.40 | 834.27 |
| For the period from August 1, 2006 through August 31, 2006 | 26,862.00 | - |
| For the period from September 1, 2006 through September 30, 2006 | 3,362.40 | - |
| TOTAL for the Second Interim Period | **113,714.60** | **5,919.41** |

12.     Of the $113,714.60 in professional fees for this second interim period, $90,971.68, representing 80% of the fees for the months of June 1, 2006 through September 30, 2006, no longer remains within the 20 day mandated period of review for the monthly fees and expenses of case professionals. Deloitte Consulting has received payments in the amount of $66,792.16 in professional fees earned for this second interim period.

13.     Of the $5,919.41 in expenses incurred for this second interim period, $5,919.41, representing 100% of the expenses for the months of June 1, 2006 through September 30, 2006, no longer remains within the 20 day mandated period of review for

the monthly fees and expenses of case professionals. Deloitte Consulting has received payments in the amount of $5,919.41 in expenses incurred for this second interim period.

14.     Attached hereto as **Exhibit A** is a summary of time by individual.

15.     Attached hereto as **Exhibit B** is a narrative description of the services rendered in the period covered by this application.

16.     Attached hereto as **Exhibit C** is a summary of the time by matter category incurred during the period covered by this application.

17.     Attached hereto as **Exhibit D** are the time details indicating the date, responsible individual, matter category, time, rate, and fees earned for the period covered by the application.

18.     Attached hereto as **Exhibit E** are the expenses incurred by Deloitte Consulting for the period covered by the application.

19.     All professional services for which compensation is being sought in this application were performed solely for and on behalf of the Debtor.

20.     Some services incidental to the tasks performed by Deloitte Consulting in these Chapter 11 cases may be performed by personnel employed by or associated with affiliates of Deloitte Consulting, including Deloitte and Touche LLP. The fees and expenses with respect to such services, if any, are included in the fee applications of Deloitte Consulting.  Deloitte Consulting has no agreement to share its revenues from the services for which it has been retained with any nonaffiliated entity.

21.     WHEREFORE, Deloitte Consulting requests that this Court (i) enter an Order awarding Deloitte Consulting fees in the amount of $113,714.60 and expenses of $5,919.41 for a total amount of $119,634.01 in connection with services rendered to the Debtor for the period from June 1, 2006 through September 30, 2006, and (ii) grant such other relief as is just and necessary.

Dated: November 17, 2006

Deloitte Consulting LLP

BY: /s/ Robert Pagano

Robert Pagano
Principal

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                    )          Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al., )          *Chapter 11*

Debtors.                              )          Jointly Administered

**ORDER APPROVING SECOND INTERIM APPLICATION OF**
**DELOITTE CONSULTING LLP FOR ALLOWANCE AND PAYMENT OF**
**COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF**
**EXPENSES INCURRED**
**(JUNE 1, 2006 THROUGH SEPTEMBER 30, 2006)**

These cases came before the Court upon the application dated November __, 2006 (the "Second Application") of Deloitte Consulting LLP ("Deloitte Consulting") for an order under 11 U.S.C. §§ 330 and 331 (i) allowing compensation for professional services rendered on behalf of the Debtors in the amount of $113,714.60, and authorizing payment of compensation not previously received, and (ii) allowing actual, necessary expenses incurred in connection with the rendition of such professional services in the amount of $5,919.41, and authorizing reimbursement of expenses not previously received, for the period from June 1, 2006 through September 30, 2006 (the "Application Period"). A hearing on the Second Application was held on _____, 2006. The Court has read the Second Application, considered the representations of counsel and has determined that notice of the Second Application was good and sufficient under the circumstances and that no other or further notice need be given.

Accordingly, it is

ORDERED AND ADJUDGED THAT:

1.      The Second Application is granted.

2.      The fees earned and the expenses incurred during the Application Period, as set forth in the Second Application, are approved and allowed.

3.      The Debtors are authorized and directed to pay to Deloitte Consulting (to the extent not previously paid) the sums of: (i) $113,714.60, representing fees earned during the Application Period and (ii) $5,919.41, representing expenses incurred during the Application Period.

4.      The relief granted in this Order is without prejudice to the rights of Deloitte Consulting to seek further allowance and payment of additional compensation and reimbursement of expenses, including any such amounts incurred during the Application Period for which approval has not previously been sought and denied, upon application to this Court.

5.      All interim fees and expenses are subject to final review and no determination is made as to reasonableness. To the extent the estates become administratively insolvent, interim fees and expenses awarded pursuant to this Order may be subject to disgorgement.


Dated this _____ day of _____, 2006 in Jacksonville, Florida


                                                    _____
                                                    Jerry A. Funk
                                                    United States Bankruptcy Judge

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case**
**Middle District of Florida**
**No. 05-03817-3F1**
**Deloitte Consulting LLP**
**Monthly Statement for Period 6/1/06 - 6/30/06**

| Names Of Professionals/<br>Paraprofessionals | Rates | Hours | Total @ 100% | Total @ 80% |
|---|---|---|---|---|
| **Partner/Principal** | | | | |
| BLAIR, KIRK A | $    625.00 | 0.6 | $        375.00 | $        300.00 |
| PAGANO, ROBERT W | $    612.00 | 25.5 | $     15,606.00 | $     12,484.80 |
| | | | | |
| **Senior Manager** | | | | |
| O'NEILL, NANCY KESMODEL | $    520.00 | 5.3 | $      2,756.00 | $      2,204.80 |
| JACKSON, JOANNE R | $    484.00 | 33.4 | $     16,165.60 | $     12,932.48 |
| | | | | |
| **Staff/Consultant** | | | | |
| SINGH, AMIT | $    244.00 | 183.8 | $     44,847.20 | $     35,877.76 |
| FERNICOLA, JENNIFER A | $    336.00 | 19.0 | $      6,384.00 | $      5,107.20 |
| | | | | |
| | | 267.6 | $     86,133.80 | 68,907.04 |
| | | | | |
| LESS:  Travel Time @ 50% | | | $     (6,836.00) | $     (5,468.80) |
| | | | | |
| **Subtotal** | | | $     79,297.80 | $     63,438.24 |
| | | | | |
| PLUS: Total Expenses (6/1/06 - 6/30/06) | | | $      5,085.14 | $      5,085.14 |
| | | | | |
| **Total Due** | | | **$     84,382.94** | **$     68,523.38** |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case**
**Middle District of Florida**
**No. 05-03817-3F1**
**Deloitte Consulting LLP**
**Monthly Statement for Period 7/1/06 - 7/31/06**

| Names Of Professionals/ Paraprofessionals | Rates | Hours | Total @ 100% | Total @ 80% |
|---|---|---|---|---|
| **Senior Manager** | | | | |
| O'NEILL, NANCY KESMODEL | $    520.00 | 0.9 | $    468.00 | $    374.40 |
| JACKSON, JOANNE R | $    484.00 | 1.5 | $    726.00 | $    580.80 |
| | | | | |
| **Staff/Consultant** | | | | |
| SINGH, AMIT | $    244.00 | 11.6 | $    2,830.40 | $    2,264.32 |
| FERNICOLA, JENNIFER A | $    336.00 | 0.5 | $    168.00 | $    134.40 |
| | | 14.5 | $    4,192.40 | 3,353.92 |
| | | | | |
| LESS:  Travel Time @ 50% | | | $    - | $    - |
| | | | | |
| **Subtotal** | | | $    4,192.40 | $    3,353.92 |
| | | | | |
| PLUS: Total Expenses (7/1/06 - 7/31/06) | | | $    834.27 | $    834.27 |
| | | | | |
| **Total Due** | | | $    5,026.67 | $    4,188.19 |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case**
**Middle District of Florida**
**No. 05-03817-3F1**
**Deloitte Consulting LLP**
**Monthly Statement for Period 8/1/06 - 8/31/06**

| Names Of Professionals/ Paraprofessionals | Rates | Hours | Total @ 100% | Total @ 80% |
|---|---|---|---|---|
| **Senior Manager** | | | | |
| O'NEILL, NANCY KESMODEL | $    520.00 | 0.6 $ | 312.00 | $       249.60 |
| JACKSON, JOANNE R | $    484.00 | 1.0 $ | 484.00 | $       387.20 |
| | | | | |
| **Staff/Consultant** | | | | |
| SINGH, AMIT | $    244.00 | 96.5 $ | 23,546.00 | $    18,836.80 |
| FERNICOLA, JENNIFER A | $    336.00 | 7.5 $ | 2,520.00 | $      2,016.00 |
| | | 105.6 $ | 26,862.00 | 21,489.60 |
| | | | | |
| LESS:  Travel Time @ 50% | | $ | - | $                  - |
| | | | | |
| **Subtotal** | | $ | 26,862.00 | $    21,489.60 |
| | | | | |
| PLUS: Total Expenses (8/1/06 - 8/31/06) | | $ | - | $                  - |
| | | | | |
| **Total Due** | | $ | **26,862.00** | $    **21,489.60** |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case**
**Middle District of Florida**
**No. 05-03817-3F1**
**Deloitte Consulting LLP**
**Monthly Statement for Period 9/1/06 - 9/30/06**

| Names Of Professionals/ Paraprofessionals | Rates | Hours | Total @ 100% | Total @ 80% |
|---|---|---|---|---|
| **Senior Manager** | | | | |
| JACKSON, JOANNE R | $    484.00 | 2.3 $ | 1,113.20 | $        890.56 |
| O'NEILL, NANCY KESMODEL | $    520.00 | 2.1 | 1,092.00 | 873.60 |
| | | | | |
| **Senior/Senior Consul** | | | | |
| FERNICOLA, JENNIFER A | $    336.00 | 2.5 | 840.00 | 672.00 |
| | | | | |
| **Staff/Consultant** | | | | |
| SINGH, AMIT | $    244.00 | 1.3 | 317.20 | 253.76 |
| | | 8.2 $ | 3,362.40 | $    2,689.92 |
| LESS:  Travel Time @ 50% | | $ | - | $             - |
| **Subtotal** | | $ | 3,362.40 | $    2,689.92 |
| PLUS: Total Expenses (8/1/06 - 8/31/06) | | $ | - | $             - |
| **Total Due** | | $ | 3,362.40 | $    2,689.92 |

**EXHIBIT B-1**
**NARRATIVE DESCRIPTION FOR SERVICE CATEGORIES**

| | |
|---|---|
| 1000 Planning and Readiness Assessment | Services performed related to Winn-Dixie's ability to comply with the requirements of Fresh-Start accounting to facilitate the opening financial position of the successor entity upon emergence from bankruptcy.  Our work including a review of accounting and systems requirements as necessary to implement Fresh-Start accounting upon emergence from bankruptcy. |
| 1100 Development of Implementation Procedures | Services performed relating to the development of implementation steps to support the accounting and system activities required to implement Fresh-Start accounting upon emergence from bankruptcy.  Including detailed workplans, accounting process whitepapers, system configuration documentation and other materials required during the Readiness phase of the Fresh-Start project. |
| 1200 Implementation and Validation | Services performed to define, document and perform validations of accounting and system activities required to implement Fresh-Start accounting. |
| 1300 Documentation of Accounting Positions | Services performed relating to the development of accounting policy whitepapers and the review of related materials with Winn-Dixie personnel and KPMG, as required. |
| 1400 Process and System Validation | Services performed to define, document and perform validations related to both accounting processes and systems/applications, as they relate to the implementation of Fresh-Start accounting. |
| 1500 Sarbanes Oxley Requirements | Services performed relating to the documentation and/or creation of internal controls, policies, and procedures within the Winn-Dixie organization, as required to comply with the control environment framework specified by Sarbanes-Oxley legislation.  No fees were charged for this period with respect to this project category. |
| 1600 Accounting Research and Analysis | Services performed related to the research and analysis of GAAP accounting literature, accounting issues and treatments related to bankruptcy emergence and Fresh-Start accounting. |
| 1700 Financial Reporting and Disclosure | No fees were charged for this period with respect to this project category. |
| 1800 Status Meetings and Reports - Accounting | Services performed include the preparation of status reports of the Financial Advisory Services group and presentations in support of the weekly status meetings, as well as, the time incurred to attend recurring status meetings. |
| 2100 Valuation of Fixed Assets | Services performed include requesting and gathering information related to and executing valuation analysis of property, plant, & equipment. |
| 2200 Valuation of Intangibles | Services performed include identification of potential intangible assets, requesting and gathering information related to intangible assets and executing valuation analysis of intangible assets including, but not limited to, software, trade names and trademarks, pharmacy customer relationships, and liquor licenses. |
| 2300 Valuation of Inventory | Services performed include requesting and gathering information related to inventory, executing related valuation analyses, and documenting conclusions. |
| 2400 Review, Consolidation and Other | Services performed include, but are not limited to, the review of various valuation analyses, preparation and review of summary schedules and task lists, review of information provided by client, and other tasks required to execute valuation analyses related to the business enterprise, fixed assets, intangible assets, and inventory. |
| 2800 Status Meetings and Reports - Valuation | Services performed include the preparation of status reports of the Valuation group and presentations in support of the weekly status meetings, as well as, the time incurred to attend recurring status meetings. |
| 5000 Income Tax Related Valuation | Services performed include, but are not limited to, analysis and discussion of information requested and provided by Winn-Dixie, financial spreadsheet modeling, industry and market research, benchmarking, and review of valuation analyses of various assets and entities related to income tax compliance. |
| 7000 Retention Time | Deloitte incurred professional time as part of the application to be retained as a professional services firm for Winn-Dixie Stores Inc.  The professional time incurred included, but was not limited to, the preparation and amendments of the application to be retained retroactive as advisor and consultant for non-tax fees, and the review of potential conflicts with the debtors, creditors, and our existing clients. |
| 8000 Fee Application Time | Includes professional time incurred to compile and submit professional services and expense documentation in conformity with the guidelines set forth by the United States Bankruptcy Court for the Middle District of Florida for reimbursement of professional services. |
| 9000 Travel Time | Travel time includes professional time incurred for out of town travel for the benefit of Winn-Dixie that is permitted by the court at a rate of 50% of billing rates. |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case**
**Middle District of Florida**
**No. 05-03817-3F1**
**Deloitte Consulting LLP**
**Monthly Statement for Period 6/1/06 - 6/30/06**

| Project Number | Project Description | | Hours | Fees @ 100% | | Fees @ 80% |
|---|---|---|---|---|---|---|
| 1000 | Planning and Readiness Assessment | 78.0% | 208.7 | 62,946.80 | | 50,357.44 |
| 8000 | Fee Application Time | 9.3% | 24.9 | 9,515.00 | | 7,612.00 |
| | | | 233.6 | 72,461.80 | | 57,969.44 |

| | | | Hours | Fees @ 100% | Fees @ 50% | Fees @ 80% of 50% |
|---|---|---|---|---|---|---|
| 9000 | Travel Time | 12.7% | 34.0 | 13,672.00 | 6,836.00 | 5,468.80 |
| | **Total** | 100.0% | 267.6 | 86,133.80 | 6,836.00 | 63,438.24 |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case**
**Middle District of Florida**
**No. 05-03817-3F1**
**Deloitte Consulting LLP**
**Monthly Statement for Period 7/1/06 - 7/31/06**

| Project Number | Project Description | Hours | Fees @ 100% | Fees @ 80% |
|---|---|---|---|---|
| 1000 | Planning and Readiness Assessment | 13.1 | 3,556.40 | 2,845.12 |
| 8000 | Fee Application Time | 1.4 | 636.00 | 508.80 |
| | | 14.5 | 4,192.40 | 3,353.92 |

| | | Hours | Fees @ 100% | Fees @ 50% | Fees @ 80% of 50% |
|---|---|---|---|---|---|
| 9000 | Travel Time | - | - | - | - |
| | **Total** | 14.5 | 4,192.40 | - | 3,353.92 |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case**
**Middle District of Florida**
**No. 05-03817-3F1**
**Deloitte Consulting LLP**
**Monthly Statement for Period 8/1/06 - 8/31/06**

| Project Number | Project Description | Hours | Fees @ 100% | Fees @ 80% |
|---|---|---|---|---|
| 1000 | Planning and Readiness Assessment | 97.5 | $   24,030.00 | $   19,224.00 |
| 8000 | Fee Application Time | 8.1 | 2,832.00 | 2,265.60 |
| | | 105.6 | 26,862.00 | 21,489.60 |

| | | Hours | Fees @ 100% | Fees @ 50% | Fees @ 80% of 50% |
|---|---|---|---|---|---|
| 9000 | Travel Time | - | - | | - |
| | **Total** | 105.6 | 26,862.00 | | 21,489.60 |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case**
**Middle District of Florida**
**No. 05-03817-3F1**
**Deloitte Consulting LLP**
**Monthly Statement for Period 9/1/06 - 9/30/06**

| Project Number | Project Description | Hours | Fees @ 100% | | Fees @ 80% | |
|---|---|---|---|---|---|---|
| 1000 | Planning and Readiness Assessment | 3.6 | $ | 1,430.40 | $ | 1,144.32 |
| 8000 | Fee Application Time | 4.6 | | 1,932.00 | | 1,545.60 |
| | | 8.2 | $ | 3,362.40 | $ | 2,689.92 |

| | | Hours | Fees @ 100% | Fees @ 50% | Fees @ 80% of 50% |
|---|---|---|---|---|---|
| 9000 | Travel Time | - | - | | - |
| | **Total** | 8.2 | $ 3,362.40 | | $ 2,689.92 |

Winn-Dixie Stores Inc. et al.
Chapter 11 Case
Middle District of Florida
No. 05-03817-3F1
Deloitte Consulting LLP
Monthly Statement for Period 6/1/06 - 6/30/06

| Date | Name | Title | Category | Description of Activity | Hours | Rate | Total |
|------|------|-------|----------|------------------------|-------|------|-------|
| 6/1/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Developed an intial outline for the Valuation section of the deliverable. | 3.1 | 244.00 | 756.40 |
| 6/1/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Completed the initial draft of the General Ledger portion of the deliverable; Discussed status with J. Jackson. | 3.9 | 244.00 | 951.60 |
| 6/1/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Completed the initial draft of the Budgeting, Reporting & Incentive Compensation section of the deliverable. | 2.1 | 244.00 | 512.40 |
| 6/2/2006 | JACKSON, JOANNE R | Senior Manager | Planning and Readiness Assessment | Reviewed and discussed draft project report process and systems area for readiness assessment with A. Singh. | 3.2 | 484.00 | 1,548.80 |
| 6/2/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Completed the initial draft of the Accounts Payable section of the deliverable. | 3.7 | 244.00 | 902.80 |
| 6/2/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Analyzed potential impact of the valuation adjustments on sub-systems based on new mapping sent by K. Thompson. | 1.8 | 244.00 | 439.20 |
| 6/2/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Completed the initial draft of the Controls & Compliance section of the deliverable. | 2.7 | 244.00 | 658.80 |
| 6/5/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Completed edits to the Process & Systems section provided by J. Jackson. | 3.9 | 244.00 | 951.60 |
| 6/5/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Completed the initial draft of the Asset Management section of the deliverable. | 3.1 | 244.00 | 756.40 |
| 6/5/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Analyzed Accounting Policy Manual for Fixed Assets to confirm requirements and current status. | 1.2 | 244.00 | 292.80 |
| 6/6/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Reviewed response to M. Brogan's questions related to Sarbanes-Oxley issues. | 1.9 | 244.00 | 463.60 |
| 6/6/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Reviewed and revised the Budgeting, Reporting & Incentive Compensation section of the deliverable. | 3.8 | 244.00 | 927.20 |
| 6/6/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared initial outline for accomplishing a year-end close in the middle of the year; Discussed status with N. O'Neill. | 2.8 | 244.00 | 683.20 |
| 6/7/2006 | JACKSON, JOANNE R | Senior Manager | Planning and Readiness Assessment | Reviewed and revision of project report focusing on process and system G/L, A/P and AM sections as a follow-up to conference call with A. Singh. | 1.2 | 484.00 | 580.80 |
| 6/7/2006 | JACKSON, JOANNE R | Senior Manager | Planning and Readiness Assessment | Conference Call with A. Singh to discuss project status and project report focusing on process and systems section and coordination of data for other sections. | 1.1 | 484.00 | 532.40 |
| 6/7/2006 | O'NEILL, NANCY KESMODEL | Senior Manager | Fee Application Time | Reviewed and edited first draft of fee application summary. | 0.7 | 520.00 | 364.00 |
| 6/7/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared for and discussed the deliverable with J. Jackson via conference call. | 2.5 | 244.00 | 610.00 |
| 6/7/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared an Introduction section for the Process & Systems section. | 2.8 | 244.00 | 683.20 |
| 6/7/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Revised section on activities undertaken during the Readiness phase. | 1.6 | 244.00 | 390.40 |
| 6/7/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Revised Appendices of the deliverable. | 1.9 | 244.00 | 463.60 |
| 6/8/2006 | JACKSON, JOANNE R | Senior Manager | Planning and Readiness Assessment | Reviewed and editing of project reporting focusing on controls and compliance and budgeting sections. | 2.2 | 484.00 | 1,064.80 |
| 6/8/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Reviewed and analyzed the accounts budgeted in OutlookSoft to assess potential impact on the system; Discussed assessment document with N. O'Neill. | 3.8 | 244.00 | 927.20 |
| 6/8/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Completed edits to the Valuation section based on June 8 information. | 2.2 | 244.00 | 536.80 |
| 6/8/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Compiled additional decisions that Winn-Dixie management may want to make. | 2.5 | 244.00 | 610.00 |
| 6/9/2006 | PAGANO, ROBERT W | Partner/Principal | Planning and Readiness Assessment | Reviewed and update assessment document. | 3.0 | 612.00 | 1,836.00 |
| 6/12/2006 | FERNICOLA, JENNIFER A | Senior/Senior Consul | Fee Application Time | Preparation of first monthly statement of fees and expenses. | 5.0 | 336.00 | 1,680.00 |

Winn-Dixie Stores Inc. et al.
Chapter 11 Case
Middle District of Florida
No. 05-03817-3F1
Deloitte Consulting LLP
Monthly Statement for Period 6/1/06 - 6/30/06

| Date | Name | Title | Category | Description of Activity | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 6/12/2006 | O'NEILL, NANCY KESMODEL | Senior Manager | Fee Application Time | Reviewed current fee application. | 1.0 | 520.00 | 520.00 |
| 6/12/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Developed questionnaire to assess inventory systems. | 2.9 | 244.00 | 707.60 |
| 6/12/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Reviewed systems list sent by K. Thompson to analyze the impact of changes to asset accounts. | 2.8 | 244.00 | 683.20 |
| 6/12/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Reviewed systems list sent by K. Thompson to analyze the impact of changes to liability and equity accounts. | 2.5 | 244.00 | 610.00 |
| 6/13/2006 | FERNICOLA, JENNIFER A | Senior/Senior Consul | Fee Application Time | Preparation of first monthly statement of fees and expenses. | 2.0 | 336.00 | 672.00 |
| 6/13/2006 | O'NEILL, NANCY KESMODEL | Senior Manager | Fee Application Time | Reviewed fee applications. | 1.1 | 520.00 | 572.00 |
| 6/13/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared for and met with K. Blair to Reviewed deliverable status. | 4.0 | 244.00 | 976.00 |
| 6/13/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Completed edits to the deliverable based on the feedback by K. Blair. | 3.7 | 244.00 | 902.80 |
| 6/13/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared initial draft for the inventory section of the deliverable. | 1.8 | 244.00 | 439.20 |
| 6/14/2006 | FERNICOLA, JENNIFER A | Senior/Senior Consul | Fee Application Time | Preparation of first monthly statement of fees and expenses. | 1.0 | 336.00 | 336.00 |
| 6/14/2006 | JACKSON, JOANNE R | Senior Manager | Planning and Readiness Assessment | Met with A. Singh and K. Blair to discuss fresh-start readiness report focusing on processes and systems section. | 3.3 | 484.00 | 1,597.20 |
| 6/14/2006 | JACKSON, JOANNE R | Senior Manager | Planning and Readiness Assessment | Met with A. Singh and K. Blair to discuss fresh-start readiness report focusing on valuation section. | 1.9 | 484.00 | 919.60 |
| 6/14/2006 | JACKSON, JOANNE R | Senior Manager | Planning and Readiness Assessment | Met with A. Singh and K. Blair to discuss fresh-start readiness report focusing on bankruptcy and accounting section. | 2.6 | 484.00 | 1,258.40 |
| 6/14/2006 | O'NEILL, NANCY KESMODEL | Senior Manager | Fee Application Time | Reviewed and made final comments on fee applications for FAS and Consulting. | 1.6 | 520.00 | 832.00 |
| 6/14/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Attended Meeting with K. Blair and J. Jackson to discuss fresh-start readiness report focusing on bankruptcy and accounting section. | 2.6 | 244.00 | 634.40 |
| 6/14/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Attended Meeting with K. Blair and J. Jackson to discuss fresh-start readiness report focusing on process & systems section. | 3.3 | 244.00 | 805.20 |
| 6/14/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Attended Meeting with K. Blair and J. Jackson to discuss fresh-start readiness report focusing on valuation section. | 1.9 | 244.00 | 463.60 |
| 6/14/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Completed initial draft of Roadmap based on input from K. Blair and J. Jackson. | 2.5 | 244.00 | 610.00 |
| 6/15/2006 | BLAIR, KIRK A | Partner/Principal | Fee Application Time | Call with J. Fernicola to discuss changes and revision to draft fee application. | 0.1 | 625.00 | 62.50 |
| 6/15/2006 | BLAIR, KIRK A | Partner/Principal | Fee Application Time | Reviewed draft of the fee application prepared by staff. | 0.3 | 625.00 | 187.50 |
| 6/15/2006 | FERNICOLA, JENNIFER A | Senior/Senior Consul | Fee Application Time | Preparation of first monthly statement of fees and expenses. | 0.5 | 336.00 | 168.00 |
| 6/15/2006 | JACKSON, JOANNE R | Senior Manager | Planning and Readiness Assessment | Conference call with T. Sasso, K. Blair, N. O'Neil, B. Pagano, A. Singh and K. Adams to discuss freash-start project report and prepare for 6/20/06 project Meeting with Winn-Dixie personnel. | 1.2 | 484.00 | 580.80 |
| 6/15/2006 | O'NEILL, NANCY KESMODEL | Senior Manager | Fee Application Time | Compiled fee applications for final Reviewed by K. Blair. | 0.3 | 520.00 | 156.00 |
| 6/15/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared for and attended conference call with T. Sasso, K. Blair, N. O'Neil, B. Pagano, J. Jackson and K. Adams to discuss fresh-start project report and prepare for 6/20/06 project Meeting with Winn-Dixie personnel. | 3.5 | 244.00 | 854.00 |
| 6/15/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Revised the Roadmap to include edits recommended by the Deloitte team during the conference call. | 2.8 | 244.00 | 683.20 |
| 6/15/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Reviewed and prepared section on responsibilities for Development and Implementation phase. | 2.2 | 244.00 | 536.80 |
| 6/16/2006 | FERNICOLA, JENNIFER A | Senior/Senior Consul | Fee Application Time | Preparation of first monthly statement of fees and expenses. | 4.0 | 336.00 | 1,344.00 |
| 6/16/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared for and had telephone conversation with T. Sasso to discuss the contents of the deliverable. | 2.0 | 244.00 | 488.00 |
| 6/16/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Completed changes to the deliverable based on feedback by A. Sasso. | 3.8 | 244.00 | 927.20 |

Winn-Dixie Stores Inc. et al.
Chapter 11 Case
Middle District of Florida
No. 05-03817-3F1
Deloitte Consulting LLP
Monthly Statement for Period 6/1/06 - 6/30/06

| Date | Name | Title | Category | Description of Activity | Hours | Rate | Total |
|------|------|-------|----------|-------------------------|-------|------|-------|
| 6/16/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Completed changes to the valuation section based on feedback by K. Adams. | 1.3 | 244.00 | 317.20 |
| 6/16/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Completed revisions to the Roadmap. | 1.1 | 244.00 | 268.40 |
| 6/19/2006 | BLAIR, KIRK A | Partner/Principal | Fee Application Time | Reviewed final March through May fee statement and suppoting documentation. | 0.2 | 625.00 | 125.00 |
| 6/19/2006 | FERNICOLA, JENNIFER A | Senior/Senior Consul | Fee Application Time | Preparation of first monthly statement of fees and expenses; attention to mailing of same to all parties on service list. | 4.0 | 336.00 | 1,344.00 |
| 6/19/2006 | O'NEILL, NANCY KESMODEL | Senior Manager | Fee Application Time | Finalized first monthly fee statements. | 0.6 | 520.00 | 312.00 |
| 6/19/2006 | PAGANO, ROBERT W | Partner/Principal | Travel time | Travel from NYC to Jacksonville, FL. | 4.0 | 612.00 | 2,448.00 |
| 6/19/2006 | PAGANO, ROBERT W | Partner/Principal | Planning and Readiness Assessment | Prepare for and conduct assessment Meeting. | 3.5 | 612.00 | 2,142.00 |
| 6/19/2006 | PAGANO, ROBERT W | Partner/Principal | Planning and Readiness Assessment | Update Assessment Document. | 1.5 | 612.00 | 918.00 |
| 6/19/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Incorporated final changes to the Readiness Phase report. | 2.8 | 244.00 | 683.20 |
| 6/19/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Completed Roadmap section of the Readiness Phase report. | 3.4 | 244.00 | 829.60 |
| 6/19/2006 | SINGH, AMIT | Staff/Consultant | Travel time | Travel from DC to Jacksonville, FL (including one hour delay). | 5.0 | 244.00 | 1,220.00 |
| 6/19/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Assembled the final deliverable for the Readiness Phase. | 2.5 | 244.00 | 610.00 |
| 6/20/2006 | JACKSON, JOANNE R | Senior Manager | Planning and Readiness Assessment | Prepare for all hands Meeting to discuss fresh-start readiness assessment status and results. | 3.2 | 484.00 | 1,548.80 |
| 6/20/2006 | JACKSON, JOANNE R | Senior Manager | Planning and Readiness Assessment | Debrief with Deloitte team to discuss next steps. | 1.4 | 484.00 | 677.60 |
| 6/20/2006 | JACKSON, JOANNE R | Senior Manager | Planning and Readiness Assessment | Attended all-hands Meeting to deliver to discuss Fresh-Start readiness assessment report and next steps. | 2.1 | 484.00 | 1,016.40 |
| 6/20/2006 | JACKSON, JOANNE R | Senior Manager | Travel time | Travel from DFW to Jacksonville, FL for Winn-Dixie project Meeting. | 4.0 | 484.00 | 1,936.00 |
| 6/20/2006 | PAGANO, ROBERT W | Partner/Principal | Planning and Readiness Assessment | Conference re client Meeting with K. Blair. | 0.5 | 612.00 | 306.00 |
| 6/20/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Attended all-hands Meeting to deliver Fresh-Start Readiness Assessment report. | 2.1 | 244.00 | 512.40 |
| 6/20/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Debrief with Deloitte project team to discuss next steps. | 1.4 | 244.00 | 341.60 |
| 6/20/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared a soft-copy version of the Fresh-Start Readiness Assessment report for Winn-Dixie management. | 1.1 | 244.00 | 268.40 |
| 6/20/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared for Meeting to discuss Fresh-Start Readiness Assessment status and results. | 3.4 | 244.00 | 829.60 |
| 6/21/2006 | JACKSON, JOANNE R | Senior Manager | Planning and Readiness Assessment | Return travel from Jacksonville, FL to DFW for Winn-Dixie project Meeting (including one hour delay). | 5.0 | 484.00 | 2,420.00 |
| 6/21/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Completed draft assignment of Roadmap tasks to Winn-Dixie and Deloitte personnel. | 1.9 | 244.00 | 463.60 |
| 6/21/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Reviewed and revised project budget to account for Roadmap task assignments. | 2.1 | 244.00 | 512.40 |
| 6/21/2006 | SINGH, AMIT | Staff/Consultant | Travel time | Travel from DC to Jacksonville, FL (including one hour delay). | 5.0 | 244.00 | 1,220.00 |
| 6/22/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared the structure of Process & Systems training section for training document. | 3.2 | 244.00 | 780.80 |
| 6/22/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Completed the initial draft of Process & Systems training section. | 2.8 | 244.00 | 683.20 |
| 6/22/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Completed further revisions to the responsibilities matrix for Development and Implementation phases. | 2.2 | 244.00 | 536.80 |
| 6/23/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Revised the Controls & Compliance section of the training document. | 2.5 | 244.00 | 610.00 |
| 6/23/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Revised the Asset Management section of the training document. | 2.3 | 244.00 | 561.20 |
| 6/23/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Revised the General Ledger and Close & Consolidation sections of the training document. | 3.2 | 244.00 | 780.80 |
| 6/26/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Developed a condensed version of the Roadmap for the training document. | 3.1 | 244.00 | 756.40 |
| 6/26/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Completed revisions the introduction of Process & Systems section of training document. | 2.2 | 244.00 | 536.80 |
| 6/26/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Incorporated changes from J. Jackson to the training document. | 2.9 | 244.00 | 707.60 |

Winn-Dixie Stores Inc. et al.
Chapter 11 Case
Middle District of Florida
No. 05-03817-3F1
Deloitte Consulting LLP
Monthly Statement for Period 6/1/06 - 6/30/06

| Date | Name | Title | Category | Description of Activity | Hours | Rate | Total |
|------|------|-------|----------|------------------------|-------|------|-------|
| 6/27/2006 | FERNICOLA, JENNIFER A | Senior/Senior Consul | Fee Application Time | Preparation of first interim fee application. | 2.5 | 336.00 | 840.00 |
| 6/27/2006 | JACKSON, JOANNE R | Senior Manager | Planning and Readiness Assessment | Prepare for and participate in Deloitte all-hands team conference call to prepare for Winn-Dixie training and Meeting. | 1.0 | 484.00 | 484.00 |
| 6/27/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared for and attended conference call with K. Blair, R. Pagano, A. Sasso, N. O'Neill and K. Adams to discuss training document. | 3.5 | 244.00 | 854.00 |
| 6/27/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Completed revisions to the Process & Systems section of the training document based on feedback from conference call. | 3.7 | 244.00 | 902.80 |
| 6/27/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Completed further revisions to the Roadmap included in the training document. | 1.3 | 244.00 | 317.20 |
| 6/28/2006 | SINGH, AMIT | Staff/Consultant | Travel time | Travel from DC to Jacksonville, FL. | 4.0 | 244.00 | 976.00 |
| 6/28/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Revised Roadmap document to include final changes. | 1.6 | 244.00 | 390.40 |
| 6/28/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Reviewed Roadmap document with K. Blair and A. Sasso. | 0.4 | 244.00 | 97.60 |
| 6/28/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Added Management Decisions section to the Roadmap document. | 1.2 | 244.00 | 292.80 |
| 6/28/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Revised Training document. | 0.8 | 244.00 | 195.20 |
| 6/29/2006 | PAGANO, ROBERT W | Partner/Principal | Planning and Readiness Assessment | Conference with M. Byrum, other WD management and Deloitte team to review detailed fresh start roadmap. | 1.5 | 612.00 | 918.00 |
| 6/29/2006 | PAGANO, ROBERT W | Partner/Principal | Travel time | Travel from DC to Jacksonville, FL. | 4.0 | 612.00 | 2,448.00 |
| 6/29/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Reviewed and corrected notes for the Training session. | 0.9 | 244.00 | 219.60 |
| 6/29/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Discussed changes to the training document with A. Lindsey and implemented approved changes. | 1.7 | 244.00 | 414.80 |
| 6/29/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Completed changes to project plan resulting from conference call. | 1.5 | 244.00 | 366.00 |
| 6/29/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Compiled handouts for the Training session. | 1.6 | 244.00 | 390.40 |
| 6/29/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared for and attended conference call with Winn-Dixie management and R. Pagano, K. Blair, A. Sasso, N. O'Neill, and K. Adams. | 2.5 | 244.00 | 610.00 |
| 6/30/2006 | PAGANO, ROBERT W | Partner/Principal | Planning and Readiness Assessment | Prepared for and delivered 2 hour training session on fresh-start. | 3.5 | 612.00 | 2,142.00 |
| 6/30/2006 | PAGANO, ROBERT W | Partner/Principal | Travel time | Travel from Jacksonville, FL to NYC. | 4.0 | 612.00 | 2,448.00 |
| 6/30/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared for Training session for Winn-Dixie employees. | 0.8 | 244.00 | 195.20 |
| 6/30/2006 | SINGH, AMIT | Staff/Consultant | Travel time | Travel from Jacksonville, FL to DC. | 4.0 | 244.00 | 976.00 |
| 6/30/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Answered follow-up questions from Training session. | 1.2 | 244.00 | 292.80 |
| 6/30/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Attended Training session for Winn-Dixie employees. | 2.0 | 244.00 | 488.00 |

|  |  |  | 267.6 |  | $ | 86,133.80 |

Winn-Dixie Stores Inc. et al.
Chapter 11 Case
Middle District of Florida
No. 05-03817-3F1
Deloitte Consulting LLP
Monthly Statement for Period 7/1/06 - 7/31/06

| Date | Name | Title | Category | Description of Activity | Hours | Rate | Total |
|------|------|-------|----------|------------------------|-------|------|-------|
| 7/17/2006 | O'NEILL, NANCY KESMODEL | Senior Manager | Fee Application Time | Reviewed and updated monthly fee statement for June. | 0.9 | 520.00 | 468.00 |
| 7/18/2006 | FERNICOLA, JENNIFER A | Senior/Senior Consul | Fee Application Time | Preparation of monthly fee statement for June. | 0.5 | 336.00 | 168.00 |
| 7/25/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared for and discussed the Mirant recovery model with J. Fernicola and N. O'Neill. | 1.3 | 244.00 | 317.20 |
| 7/27/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Preparation for and conference call with K. Blair, N. O'Neill, J. Jackson and J. Fernicola to review the status of work and next steps to be performed related to fresh start. | 1.5 | 244.00 | 366.00 |
| 7/27/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Preparation for and conference with J. Fernicola re recovery model. | 0.8 | 244.00 | 195.20 |
| 7/27/2006 | JACKSON, JOANNE R | Senior Manager | Planning and Readiness Assessment | Preparation for and conference call with K. Blair, N. O'Neill, A. Singh and J. Fernicola to review the status of work and next steps to be performed related to fresh start. | 1.5 | 484.00 | 726.00 |
| 7/31/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Conducted preliminary analysis of Trial Balance structure. | 2.8 | 244.00 | 683.20 |
| 7/31/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Conducted preliminary analysis of Chart of Accounts structure. | 2.2 | 244.00 | 536.80 |
| 7/31/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Started developing preliminary structure of Process Model. | 3.0 | 244.00 | 732.00 |
| | | | | TOTAL | 14.5 | $ | 4,192.40 |

Winn-Dixie Stores Inc. et al.
Chapter 11 Case
Middle District of Florida
No. 05-03817-3F1
Deloitte Consulting LLP
Monthly Statement for Period 8/1/06 - 8/31/06

| Date | Name | Title | Category | Description of Activity | Hours | Rate | Total | DT ORDER |
|------|------|-------|----------|------------------------|-------|------|-------|----------|
| 8/1/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Mapped the logical structure for the Process Model. | 3.7 | $ 244.00 | $ 902.80 | 2 |
| 8/1/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Developed preliminary VBA modules for the Process Model. | 4.1 | $ 244.00 | $ 1,000.40 | 2 |
| 8/2/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Verified the results of the Process Model. | 2.5 | $ 244.00 | $ 610.00 | 3 |
| 8/2/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Completed the first test of the Process Model. | 2.8 | $ 244.00 | $ 683.20 | 3 |
| 8/2/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Corrected the VBA modules for identified errors in the Process Model. | 2.9 | $ 244.00 | $ 707.60 | 3 |
| 8/3/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Verified the results of the second test of the Process Model. | 1.9 | $ 244.00 | $ 463.60 | 4 |
| 8/3/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Completed the second test of the Process Model. | 2.3 | $ 244.00 | $ 561.20 | 4 |
| 8/3/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Completed the third test of the Process Model based on consolidated April trial balance. | 3.9 | $ 244.00 | $ 951.60 | 4 |
| 8/4/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Verified the results of the third test of the Process Model. | 1.9 | $ 244.00 | $ 463.60 | 5 |
| 8/4/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Corrected the VBA code for errors previously unidentified. | 2.6 | $ 244.00 | $ 634.40 | 5 |
| 8/4/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Re-tested the Process Model based on consolidated April trial balance. | 3.4 | $ 244.00 | $ 829.60 | 5 |
| 8/7/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared a flow chart of the Plan Effect model logic. | 1.2 | $ 244.00 | $ 292.80 | 6 |
| 8/7/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Developed the preliminary VBA code for the Plan Effects model. | 2.9 | $ 244.00 | $ 707.60 | 6 |
| 8/7/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Developed the preliminary logic for the Plan Effects model. | 3.4 | $ 244.00 | $ 829.60 | 6 |
| 8/8/2006 | FERNICOLA, JENNIFER A | Senior/Senior Consul | Fee Application Time | Preparation of monthly fee statement. | 1.9 | $ 336.00 | $ 638.40 | 15 |
| 8/8/2006 | JACKSON, JOANNE R | Senior Manager | Planning and Readiness Assessment | Conference Call with Meredith Brogan of Winn-Dixie & Amit Singh to discuss controls & compliance status related to fresh-start | 1.0 | $ 484.00 | $ 484.00 | 1 |
| 8/8/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Conference Call with Meredith Brogan of Winn-Dixie & J. Jackson to discuss controls & compliance status related to fresh-start | 1.0 | $ 244.00 | $ 244.00 | 1 |
| 8/8/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Corrected the VBA code for the Plan Effects model. | 2.4 | $ 244.00 | $ 585.60 | 7 |

Winn-Dixie Stores Inc. et al.
Chapter 11 Case
Middle District of Florida
No. 05-03817-3F1
Deloitte Consulting LLP
Monthly Statement for Period 8/1/06 - 8/31/06

| Date | Name | Title | Category | Description of Activity | Hours | Rate | Total | DT ORDER |
|------|------|-------|----------|------------------------|-------|------|-------|----------|
| 8/8/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Completed the first test of the Plan Effect model. | 2.5 | $ 244.00 | $ 610.00 | 7 |
| 8/8/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Verified the results of the Plan Effects model. | 2.6 | $ 244.00 | $ 634.40 | 7 |
| 8/9/2006 | FERNICOLA, JENNIFER A | Senior/Senior Consul | Fee Application Time | Preparation of monthly fee statement. | 2.1 | $ 336.00 | $ 705.60 | 19 |
| 8/9/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Verified the results of the second test of the Plan Effects model. | 1.7 | $ 244.00 | $ 414.80 | 8 |
| 8/9/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Completed the second test of the Plan Effects model | 2.2 | $ 244.00 | $ 536.80 | 8 |
| 8/9/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Completed the third test of the Plan Effects model based on consolidated April trial balance. | 3.7 | $ 244.00 | $ 902.80 | 8 |
| 8/10/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Verified the results of the third test of the Process Model. | 2.1 | $ 244.00 | $ 512.40 | 9 |
| 8/10/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Corrected the VBA code for errors previously unidentified. | 2.2 | $ 244.00 | $ 536.80 | 9 |
| 8/10/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Re-tested the Process Model based on consolidated April trial balance. | 3.4 | $ 244.00 | $ 829.60 | 9 |
| 8/11/2006 | O'NEILL, NANCY KESMODEL | Senior Manager | Fee Application Time | Reviewed fee statements for July prepared by J. Fernicola. | 0.6 | $ 520.00 | $ 312.00 | 20 |
| 8/14/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared a flow chart of the Fresh Start model logic. | 1.7 | $ 244.00 | $ 414.80 | 10 |
| 8/14/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Developed the preliminary VBA code for the Fresh Start model. | 2.9 | $ 244.00 | $ 707.60 | 10 |
| 8/14/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Developed the preliminary logic for the Fresh Start model. | 3.2 | $ 244.00 | $ 780.80 | 10 |
| 8/15/2006 | FERNICOLA, JENNIFER A | Senior/Senior Consul | Fee Application Time | Preparation of monthly fee statement. | 1.8 | $ 336.00 | $ 604.80 | 16 |
| 8/15/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Verified the results of the Fresh Start model. | 2.4 | $ 244.00 | $ 585.60 | 11 |
| 8/15/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Completed the first test of the Fresh Start model. | 2.9 | $ 244.00 | $ 707.60 | 11 |
| 8/15/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Corrected the VBA code for the Fresh Start model | 3.2 | $ 244.00 | $ 780.80 | 11 |
| 8/16/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Verified the results of the second test of the Fresh Start model. | 2.3 | $ 244.00 | $ 561.20 | 12 |
| 8/16/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Completed the second test of the Fresh Start model. | 2.6 | $ 244.00 | $ 634.40 | 12 |
| 8/17/2006 | FERNICOLA, JENNIFER A | Senior/Senior Consul | Fee Application Time | Preparation of letter re monthly fee statement. | 0.6 | $ 336.00 | $ 201.60 | 17 |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case**
**Middle District of Florida**
**No. 05-03817-3F1**
**Deloitte Consulting LLP**
**Monthly Statement for Period 8/1/06 - 8/31/06**

| Date | Name | Title | Category | Description of Activity | Hours | Rate | Total | DT ORDER |
|------|------|-------|----------|------------------------|-------|------|-------|----------|
| 8/17/2006 | FERNICOLA, JENNIFER A | Senior/Senior Consul | Fee Application Time | Finalized monthly fee statement. | 1.1 | $ 336.00 | $ 369.60 | 18 |
| 8/17/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Verified the results of the third test of the Fresh Start model. | 2.1 | $ 244.00 | $ 512.40 | 13 |
| 8/17/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Completed the third test of the Fresh Start model based on consolidated April trial balance. | 2.2 | $ 244.00 | $ 536.80 | 13 |
| 8/18/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared an adjusted flow chart of logic for the Fresh Start model. | 1.8 | $ 244.00 | $ 439.20 | 14 |
| 8/18/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Re-tested the Fresh Start model using the consolidated April trial balance. | 2.8 | $ 244.00 | $ 683.20 | 14 |
| 8/18/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Re-wrote the VBA code to correct previously unidentified errors. | 3.1 | $ 244.00 | $ 756.40 | 14 |

| | | |
|---|---|---|
| 105.6 | | $ 26,862.00 |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case**
**Middle District of Florida**
**No. 05-03817-3F1**
**Deloitte Consulting LLP**
**Monthly Statement for Period 9/1/06 - 9/30/06**

| Date | Name | Title | Category | Description of Activity | Hours | Rate | Total |
|------|------|-------|----------|------------------------|-------|------|-------|
| 9/6/2006 | FERNICOLA, JENNIFER A | Senior/Senior Consul | Fee Application Time | Review of audit report from fee examiner. | 1.5 | 336.00 | 504.00 |
| 9/19/2006 | O'NEILL, NANCY KESMODEL | Senior Manager | Fee Application Time | Final review of fee application for Deloitte Consulting. | 0.4 | 520.00 | 208.00 |
| 9/19/2006 | O'NEILL, NANCY KESMODEL | Senior Manager | Fee Application Time | Reviewed August Deloitte Consulting fee application and identified necessary changes. | 1.7 | 520.00 | 884.00 |
| 9/20/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Discussed fixed asset upload with N. O'Neill | 0.2 | 244.00 | 48.80 |
| 9/21/2006 | FERNICOLA, JENNIFER A | Senior/Senior Consul | Fee Application Time | Review final audit report and preparation of correspondence to Smith Hulsey re same. | 1.0 | 336.00 | 336.00 |
| 9/25/2006 | JACKSON, JOANNE R | Senior Manager | Planning and Readiness Assessment | All hands Deloitte team call to discuss WD project status and plan for next project phase | 1.1 | 484.00 | 532.40 |
| 9/25/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | All hands Deloitte team call to discuss WD project status and plan for next project phase | 1.1 | 244.00 | 268.40 |
| 9/26/2006 | JACKSON, JOANNE R | Senior Manager | Planning and Readiness Assessment | All hands team call with Deloitte and WD representatives to discuss WD project status and on-site plan for week of 10/02 | 1.2 | 484.00 | 580.80 |
| | | | | | 8.2 | | $ 3,362.40 |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case**
**Middle District of Florida**
**No. 05-03817-3F1**
**Deloitte Consulting LLP**
**Monthly Statement for Period 6/1/06 - 6/30/06**

| Category | Amount | |
|----------|-------:|---|
| Accommodations | 701.92 | 14% |
| Airfare | 3,548.74 | 70% |
| Meals | 254.26 | 5% |
| Car Rental/Taxi | 370.34 | 7% |
| Other | 209.88 | 4% |
| **$** | **5,085.14** | 100% |

| Receipt Date | Name | Description of Expense | Amount | Type |
|--------------|------|------------------------|-------:|------|
| 6/13/2006 | JACKSON, JOANNE R | Round trip airfare from DFW to Jacksonville, FL | 504.72 | Airfare |
| 6/13/2006 | SINGH, AMIT | Round trip airfare from DFW to Jacksonville, FL | 900.70 | Airfare |
| 6/14/2006 | PAGANO, ROBERT W | Roundtrip airfare from NYC to Jacksonville, FL | 438.24 | Airfare |
| 6/19/2006 | PAGANO, ROBERT W | Airfare to DC from Jacksonville | 157.39 | Airfare |
| 6/19/2006 | PAGANO, ROBERT W | Airfare to Jacksonville from DC | 297.40 | Airfare |
| 6/19/2006 | SINGH, AMIT | Mileage to airport | 17.36 | Mileage |
| 6/19/2006 | SINGH, AMIT | Change fee for airfare | 224.79 | Airfare |
| 6/19/2006 | SINGH, AMIT | Meal for self | 14.98 | Meals |
| 6/19/2006 | SINGH, AMIT | Hotel rate for one night | 127.00 | Accommodations |
| 6/19/2006 | SINGH, AMIT | Hotel tax | 17.95 | Accommodations |
| 6/19/2006 | SINGH, AMIT | Parking at hotel | 15.00 | Parking |
| 6/20/2006 | JACKSON, JOANNE R | Hotel rate for one night | 107.00 | Accommodations |
| 6/20/2006 | JACKSON, JOANNE R | Hotel tax | 15.12 | Accommodations |
| 6/20/2006 | JACKSON, JOANNE R | Meal for self and Amit Singh | 135.57 | Meals |
| 6/20/2006 | JACKSON, JOANNE R | Taxi from JAX airport to Winn-Dixie headquarters for | 42.01 | Taxi |
| 6/20/2006 | PAGANO, ROBERT W | Car Rental | 64.76 | Car Rental |
| 6/20/2006 | SINGH, AMIT | Meal for self | 7.85 | Meals |
| 6/20/2006 | SINGH, AMIT | Hotel rate for one night | 127.00 | Accommodations |
| 6/20/2006 | SINGH, AMIT | Hotel tax | 17.95 | Accommodations |
| 6/20/2006 | SINGH, AMIT | Parking at hotel | 15.00 | Parking |
| 6/21/2006 | JACKSON, JOANNE R | Taxi from DFW airport to home on 6/21 for return fro | 46.00 | Taxi |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case**
**Middle District of Florida**
**No. 05-03817-3F1**
**Deloitte Consulting LLP**
**Monthly Statement for Period 6/1/06 - 6/30/06**

| Receipt Date | Name | Description of Expense | Amount | Type |
|---|---|---|---|---|
| 6/21/2006 | JACKSON, JOANNE R | Meal for self | 5.09 | Meals |
| 6/21/2006 | JACKSON, JOANNE R | Meal for self | 6.69 | Meals |
| 6/21/2006 | SINGH, AMIT | Mileage from airport to home | 17.36 | Mileage |
| 6/21/2006 | SINGH, AMIT | Meal for self | 5.17 | Meals |
| 6/21/2006 | SINGH, AMIT | Car Rental | 95.88 | Car Rental |
| 6/21/2006 | SINGH, AMIT | Car Rental - gasoline | 8.00 | Car Rental |
| 6/21/2006 | SINGH, AMIT | Parking at airport | 32.00 | Parking |
| 6/23/2006 | SINGH, AMIT | Round trip airfare from DFW to Jacksonville, FL | 1,025.50 | Airfare |
| 6/28/2006 | SINGH, AMIT | Internet Access | 11.44 | Other |
| 6/28/2006 | SINGH, AMIT | Parking at hotel | 15.00 | Parking |
| 6/28/2006 | SINGH, AMIT | Hotel tax | 17.95 | Accommodations |
| 6/28/2006 | SINGH, AMIT | Hotel rate for one night | 127.00 | Accommodations |
| 6/28/2006 | SINGH, AMIT | Mileage to airport | 17.36 | Mileage |
| 6/28/2006 | SINGH, AMIT | Meal for self | 22.00 | Meals |
| 6/29/2006 | SINGH, AMIT | Meal for self | 32.97 | Meals |
| 6/29/2006 | SINGH, AMIT | Hotel tax | 17.95 | Accommodations |
| 6/29/2006 | SINGH, AMIT | Hotel rate for one night | 127.00 | Accommodations |
| 6/29/2006 | SINGH, AMIT | Parking at hotel | 15.00 | Parking |
| 6/29/2006 | SINGH, AMIT | Meal for self | 5.17 | Meals |
| 6/30/2006 | SINGH, AMIT | Meal for self | 13.60 | Meals |
| 6/30/2006 | SINGH, AMIT | Meal for self | 5.17 | Meals |
| 6/30/2006 | SINGH, AMIT | Car Rental - gasoline | 17.67 | Car Rental |
| 6/30/2006 | SINGH, AMIT | Car Rental | 96.02 | Car Rental |
| 6/30/2006 | SINGH, AMIT | Parking at airport | 37.00 | Parking |
| 6/30/2006 | SINGH, AMIT | Mileage from airport to home | 17.36 | Mileage |
|  |  |  | **5,085.14** |  |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case**
**Middle District of Florida**
**No. 05-03817-3F1**
**Deloitte Consulting LLP**
**Monthly Statement for Period 7/1/06 - 7/31/06**

| Category | | Amount | |
|---|---|---|---|
| Accommodations | $ | 117.52 | 14.1% |
| * Airfare | $ | 605.25 | 72.5% |
| Meals | $ | 34.18 | 4.1% |
| Car Rental | $ | 62.32 | 7.5% |
| Parking | $ | 15.00 | 1.8% |
| TOTAL | $ | 834.27 | 100.0% |

\* All Airfare is coach fare class.

| Receipt Date | Name | Description of Expense | Amount | Type |
|---|---|---|---|---|
| 6/23/2006 | PAGANO, ROBERT W | Roundtrip airfare from NYC to Jacksonville, FL | 605.25 | Airfare |
| 6/29/2006 | PAGANO, ROBERT W | Meal for self | 34.18 | Meals |
| 6/29/2006 | PAGANO, ROBERT W | Hotel Parking | 15.00 | Parking |
| 6/29/2006 | PAGANO, ROBERT W | Hotel tax | 13.52 | Accommodations |
| 6/29/2006 | PAGANO, ROBERT W | Hotel rate for one night | 104.00 | Accommodations |
| 6/30/2006 | PAGANO, ROBERT W | Car Rental | 62.32 | Car Rental |

| | |
|---|---|
| $ | 834.27 |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case**
**Middle District of Florida**
**No. 05-03817-3F1**
**Deloitte Consulting LLP**
**Monthly Statement for Period 8/1/06 - 8/31/06**

**Deloitte Consulting incurred no expenses for the time period from August 1, 2006 through August 31, 2006**

| Category | Amount |
|---|---|
| Accommodations | $ - |
| * Airfare | $ - |
| Meals | $ - |
| Car Rental | $ - |
| Parking | $ - |
| TOTAL | $ - |

\* All Airfare is coach fare class.

| Receipt Date | Name | Description of Expense | Amount | Type |
|---|---|---|---|---|
| | | | | |

$ -

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case**
**Middle District of Florida**
**No. 05-03817-3F1**
**Deloitte Consulting LLP**
**Monthly Statement for Period 9/1/06 - 9/30/06**

**Deloitte Consulting incurred no expenses for the time period from September 1, 2006 through September 30, 2006**

| Category | Amount |
|---|---|
| Accommodations | $ - |
| * Airfare | $ - |
| Meals | $ - |
| Car Rental | $ - |
| Parking | $ - |
| TOTAL | $ - |

\* All Airfare is coach fare class.

| Receipt Date | Name | Description of Expense | Amount | Type |
|---|---|---|---|---|
| | | | | |

$ -