**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**NOTICE OF FILING**

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates, as debtors and debtors in possession, give notice of filing the attached Third Interim Application for Allowance of Fees and Expenses for Deloitte & Touche LLP, for the period from June 1, 2006 through September 30, 2006.

Dated:  November 20, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP


By     *s/ D. J. Baker*
     D. J. Baker
     Sally McDonald Henry
     Rosalie Gray

Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

Co-Counsel for Debtors

SMITH HULSEY & BUSEY


By     *s/ Cynthia C. Jackson*
     Stephen D. Busey
     James H. Post
     Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

00550192

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

**SUMMARY SHEET ACCOMPANYING THIRD INTERIM FEE
APPLICATION OF DELOITTE & TOUCHE LLP FOR
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD
<u>FROM JUNE 1, 2006 THROUGH SEPTEMBER 30, 2006</u>**


Name of Applicant:                  Deloitte & Touche LLP


Time Period for Current Interim     June 1, 2006 through September 30, 2006
Application:

Authorized to Provide Services to:  Winn-Dixie Stores, Inc., et al.


Current Interim Application:        Fees Incurred: $4,566.00

                                    Expenses Requested: $0.00


Prior Interim Applications:         Fees: $147,466.25

                                    Expenses: $6,190.98

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., <u>et al.,</u>**

**Debtors[1]**

**Chapter 11**
**Case No.  05-03817-3F1**

## THIRD INTERIM FEE APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES OF DELOITTE & TOUCHE LLP TO PROVIDE RISK ASSESSMENT, QUALITY ASSESSMENT, AND JOURNAL ENTRY TESTING SERVICES TO THE DEBTORS FOR THE PERIOD FROM <u>JUNE 1, 2006 THROUGH SEPTEMBER 30, 2006</u>

TO:    THE HONORABLE JERRY A. FUNK
       UNITED STATES BANKRUPTCY JUDGE

Deloitte & Touche LLP ("Deloitte & Touche") hereby applies to this Court for Allowance of Fees and Expenses of Deloitte & Touche as providers of risk assessment, quality assessment, and journal entry testing services to the Winn-Dixie Stores, Inc., et al. (the "Debtors"), for the period from June 1, 2006 through September 30, 2006, pursuant to §§11 U.S.C. 330 and 331, Fed.R.Bankr Pro 2016.  In support of this Application, Deloitte & Touche states:

### <u>Background</u>

1.      On February 21, 2005, the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code 11 U.S.C. §§101-1330 as amended (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases:  Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks,

District of New York (the "New York Court").  By Order dated April 13, 2005, the New

York Court transferred venue of these cases to this Court.  Any orders entered by the New

York Court remain in full force and effect before this Court, unless otherwise ordered by this

Court.  These cases are jointly administered for procedural purposes only.

2.      The Debtors continue to manage and operate their business as debtors-in-

possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

3.      On March 1, 2005, an official committee of unsecured creditors (the

"Creditors Committee) was appointed to serve in these cases pursuant to Bankruptcy Code

section 1103.

4.      On November 10, 2005, Debtor counsel filed an application for authority to

employ Deloitte & Touche as providers of risk assessment, quality assessment, and journal

entry testing services to the Debtor.

5.      On December 1, 2005, the Court authorized the employment of Deloitte &

Touche as providers of risk assessment, quality assessment, and journal entry testing services

to the Debtor nunc pro tunc to November 14, 2005.

6.      Under §§ 330 and 331 of the Bankruptcy Code, Deloitte & Touche is entitled

to "reasonable compensation for actual, necessary services" and reimbursement for actual

and necessary expenses.

7.      Deloitte & Touche has provided professional services to the Debtor from June

1, 2006 through September 30, 2006 in the amount of $4,566.00.  No portion of these fees

has been previously submitted as part of the monthly statement billing process.

---

Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie
Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

8.      Deloitte & Touche is not aware of any expenses incurred for the period from June 1, 2006 through September 30, 2006.

9.      Attached hereto as **Exhibit A** is a summary of time by individual.

10.     Attached hereto as **Exhibit B** is a narrative description of the services rendered in the period covered by this application.

11.     Attached hereto as **Exhibit C** is a summary of the time by matter category incurred during the period covered by this application.

12.     Attached hereto as **Exhibit D** are the time details indicating the date, responsible individual, matter category, time, rate, and fees earned for the period covered by the application.

13.     All professional services for which compensation is being sought in this application were performed solely for and on behalf of the Debtor.

14.     Some services incidental to the tasks performed by Deloitte & Touche in these Chapter 11 cases have been performed by personnel employed by or associated with affiliates of Deloitte & Touche, including Deloitte Financial Advisory Services LLP.  The fees and expenses with respect to such services, if any, are included in the fee applications of Deloitte & Touche.  Deloitte & Touche has no agreement to share its revenues from the services for which it has been retained with any nonaffiliated entity.

WHEREFORE, Deloitte & Touche requests that this Court (i) enter an Order awarding

Deloitte & Touche fees in the amount of $4,566.00 in connection with services rendered to

the Debtor for the period from June 1, 2006 through September 30, 2006, and (ii) grant such

other relief as is just and necessary.

Dated:  November 10, 2006

Deloitte & Touche, LLP

BY  Richard M. Serafini/s

Richard M. Serafini
Principal

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte and Touche LLP**
**Third Interim Fee Application**
**(06/01/06 - 09/30/06)**
**Exhibit A**

| Names Of Professionals/ Paraprofessionals | Rates | | Hours | | Total |
|---|---|---|---|---|---|
| | | | | | |
| **Manager** | | | | | |
| Peterson, John D G | $ | 175.00 | 16.4 | $ | 2,870.00 |
| Roebuck, Steven T | $ | 175.00 | 1.9 | $ | 332.50 |
| | | | | | |
| **Sr Consultant/Consultant** | | | | | |
| Mudaliar, Kaushal Giriraj | $ | 135.00 | 10.1 | $ | 1,363.50 |
| | | | | | |
| **Total Fees** | | | 28.4 | $ | 4,566.00 |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte and Touche LLP**
**Third Interim Application**
**(06/01/06 - 09/30/06)**
**Exhibit B**

This narrative describes the major areas addressed by Deloitte & Touche LLP ("Deloitte & Touche") during the period of this application on behalf of the Debtors during these Chapter 11 proceedings:

Journal Entry Testing - Quarterly Testing and Reporting:

(Also known as "Journal Entry Testing")

This category includes initial meetings held by Deloitte & Touche personnel with internal audit department representatives.  This category also includes Deloitte & Touche effort to prepare and communicate data requests, extraction requirements, and account mapping. The category also includes entries where Deloitte & Touche personnel met with representatives of the Debtor's internal audit department and information technology department to discuss the initial data download.

Preparation of Fee & Expense Applications

Deloitte & Touche prepared the second interim fee application as well as monthly fee statements related to services provided from April 2006 through August 2006, in accordance with the requirements mandated by the court.

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte and Touche LLP**
**Third Interim Application**
**(06/01/06 - 09/30/06)**
**Exhibit C**

| Category Description | Hours |
|---|---|
| Journal Entry Testing - Quarterly Testing and Reporting | 12.0 |
| Preparation of Fee & Expense Applications | 16.4 |
| **Total** | **28.4** |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte and Touche LLP**
**Third Interim Application**
**(06/01/06 - 09/30/06)**
**Exhibit D**

| Date | Name | Title | Category | Description of Activity | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 06/05/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Responded to D.Serafini and drafted email with invoice support | 0.3 | 175.00 | 52.50 |
| 06/15/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Drafted email to R.Hoillet regarding current datasets | 0.1 | 175.00 | 17.50 |
| 06/22/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Compiled expenses for April and May monthly statements | 0.7 | 175.00 | 122.50 |
| 06/22/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Compiled group 1 of time dataset for April and May monthly statement | 2.2 | 175.00 | 385.00 |
| 06/22/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Ran queries for DPS reports | 1.5 | 175.00 | 262.50 |
| 06/23/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Drafted schedules for April and May monthly statements, reconciled statements; and drafted supporting documents | 1.1 | 175.00 | 192.50 |
| 06/26/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Finalized April and May monthly statements and distributed same to parties-in-interest | 1.5 | 175.00 | 262.50 |
| 06/26/06 | Roebuck, Steven T | Manager | Journal Entry Testing - Quarterly Testing and Reporting | Discussed action items with K.Mudaliar to extract detail | 0.2 | 175.00 | 35.00 |
| 06/26/06 | Roebuck, Steven T | Manager | Journal Entry Testing - Quarterly Testing and Reporting | Discussed logistics of selections with A.Tynan of Winn Dixie | 0.1 | 175.00 | 17.50 |
| 06/26/06 | Roebuck, Steven T | Manager | Journal Entry Testing - Quarterly Testing and Reporting | Provided walkthrough of deliverable with A.Tynan for selections | 0.6 | 175.00 | 105.00 |
| 06/27/06 | Mudaliar, Kaushal Giriraj | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Reviewed nature of data and coded the program for selections | 1.5 | 135.00 | 202.50 |
| 06/27/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Reviewed Skadden materials, drafted email on same, and forwarded same to project leads and counsel | 0.4 | 175.00 | 70.00 |
| 06/28/06 | Mudaliar, Kaushal Giriraj | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Completed remaining coding, generated output, and corrected errors | 4.1 | 135.00 | 553.50 |
| 06/29/06 | Mudaliar, Kaushal Giriraj | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Verified result, performed ACL work | 2.5 | 135.00 | 337.50 |
| 06/29/06 | Mudaliar, Kaushal Giriraj | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Confirmed accuracy and formatted output result | 2.0 | 135.00 | 270.00 |
| 06/30/06 | Roebuck, Steven T | Manager | Journal Entry Testing - Quarterly Testing and Reporting | Reviewed selections detail produced by K.Mudaliar | 0.9 | 175.00 | 157.50 |
| 06/30/06 | Roebuck, Steven T | Manager | Journal Entry Testing - Quarterly Testing and Reporting | Sent selections to A.Tynan of Winn Dixie | 0.1 | 175.00 | 17.50 |
| 07/13/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Drafted 2nd Interim Application and related pleadings | 2.8 | 175.00 | 490.00 |
| 07/17/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Prepped second interim fee application per instructions from K.Lamaina for parties in interest and fee examiner and forwarded all required materials to parties and court | 1.1 | 175.00 | 192.50 |
| 07/19/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Determined billing status and drafted billing update to D.Serafini; drafted email to notify internal counsel and D.Serafini of interim hearing date | 0.4 | 175.00 | 70.00 |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte and Touche LLP**
**Third Interim Application**
**(06/01/06 - 09/30/06)**
**Exhibit D**

| Date | Name | Title | Category | Description of Activity | Hours | Rate | Total |
|------|------|-------|----------|------------------------|-------|------|-------|
| 08/03/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Reviewed Pacer for relevant filings and forwarded same to D.Serafini with explanation | 0.5 | 175.00 | 87.50 |
| 08/21/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Reviewed 1st and 2nd Interim Reports from Stuart Maue and advised counsel | 0.6 | 175.00 | 105.00 |
| 08/24/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Reviewed Pacer for relevant court memoranda, drafted email to K.Lamania re: status; and drafted response to D.Serafini re: filings and holdback timing | 0.7 | 175.00 | 122.50 |
| 09/27/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Aggregated DPS queries for June, July, and August period | 0.4 | 175.00 | 70.00 |
| 09/28/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Aggregated life-to-date expense datasets for June, July, and August | 0.2 | 175.00 | 35.00 |
| 09/28/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Compiled time datasets, group 1, June, July, and August | 1.6 | 175.00 | 280.00 |
| 09/29/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Drafted follow-up emails to D.Serafini, M.Clarke, T.Roebuck, and J.Fernicola re: datasets | 0.3 | 175.00 | 52.50 |
| | | | | | | | |
| | | | | | 28.4 | | $    4,566.00 |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>, | ) | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

**ORDER APPROVING THIRD INTERIM APPLICATION OF
DELOITTE & TOUCHE LLP FOR ALLOWANCE AND PAYMENT OF
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED
<u>(JUNE 1, 2006 THROUGH SEPTEMBER 30, 2006)</u>**

These cases came before the Court upon the application dated November 10, 2006

(the "Third Application") of Deloitte & Touche LLP ("Deloitte & Touche") for an order

under 11 U.S.C. §§ 330 and 331 (i) allowing compensation for professional services rendered

on behalf of the Debtors in the amount of $4,566.00, and authorizing payment of

compensation not previously received, for the period from June 1, 2006 through September

30, 2006 (the "Application Period").  A hearing on the Third Application was held on

December 14, 2006.  The Court has read the Third Application, considered the

representations of counsel and has determined that notice of the Third Application was good

and sufficient under the circumstances and that no other or further notice need be given.

Accordingly, it is

ORDERED AND ADJUDGED THAT:

1.      The Third Application is granted.

2.      The fees earned during the Application Period, as set forth in the Third

Application, are approved and allowed.

3.      The Debtors are authorized and directed to pay to Deloitte & Touche (to the

extent not previously paid) the sums of:  (i) $4,566.00, representing fees earned during the

Application Period.

4.      The relief granted in this Order is without prejudice to the rights of Deloitte &

Touche to seek further allowance and payment of additional compensation and

reimbursement of expenses, including any such amounts incurred during the Application

Period for which approval has not previously been sought and denied, upon application to

this Court.

5.      All interim fees and expenses are subject to final review and no determination

is made as to reasonableness.  To the extent the estates become administratively insolvent,

interim fees and expenses awarded pursuant to this Order may be subject to disgorgement.

Dated this _____ day of _____, 2006 in Jacksonville, Florida

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Third Application.