UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors | ) | Jointly Administered |

ORDER CORRECTING ORDER DATED OCTOBER 4, 2006 (I) AUTHORIZING
ASSUMPTION OF NON-RESIDENTIAL REAL PROPERTY LEASES,
(II) FIXING CURE AMOUNTS AND (III) GRANTING RELATED
RELIEF TO ATTACHED AMENDED EXHIBITS A[1] AND D[2]

These cases came before the Court for hearing upon the motion of Winn-Dixie

Stores, Inc. and twenty-three of its subsidiaries and affiliates, debtors and debtors-in-

possession in the above-captioned cases (collectively, the "Debtors"), for entry of an

order under 11 U.S.C. §§ 105(a) and 365 (Docket No. 8941) (the "Motion"), (i)

approving and authorizing the Debtors to assume non-residential real property leases

identified on Exhibit A attached to the Motion, effective as of the effective date of the

Debtors' joint plan of reorganization (Docket No. 10058) (the "Effective Date"),[3] (ii)

fixing the costs of assumption at the proposed cure amounts identified on Exhibit B

---

[1]   Exhibit A is amended to include Stores Nos. 8, 28, 101, 103, 177, 434, 438, 471, 472, 545, 1405, 1406 and 1540. The landlord for these stores filed a timely objection (Docket No. 9562).

[2]   Exhibit D is amended to include Store Nos. 481, which has a cure amount of $16,032.18; 2244, which has a cure amount of $13,706.40; and 2638, which has a cure amount of $0.00; and 657, which has a cure amount of $230.00. Exhibit D is also amended to remove Store No. 2344. The lease for Store No. 2344 was previously terminated on August 21, 2006 by order of this court (Docket No. 10708). Lastly, Exhibit D is amended to reflect to correct cure amounts for Store Nos. 480, 507, 555, 596 and 507. The cure amount for Store No. 480 is increased from $43,525.00 to $53,383.70, the cure amount for Store No. 507 is decreased from $38,203.57 to $32,734.51, the cure amount for Store No. 555 is increased from $35,140 to 36,494.00, and the cure amount for Store No. 596 is decreased from $19,460.86 to zero.

[3]   All capitalized terms not otherwise defined in this order shall have the meaning ascribed to them in the Motion.

EXHIBIT "A"

attached to the Motion (collectively, the "Proposed Cure Amounts"), and (iii) granting

related relief. By the Motion, the landlords were given until July 30, 2006 to object to the

Motion and the Proposed Cure Amounts. The landlords for the stores, liquor stores and

fuel centers under separate lease, and offices and warehouses identified on the attached

Exhibit A (collectively, the "Landlords") filed objections to the Proposed Cure Amounts

and objections relating to non-monetary lease defaults (collectively, the "Cure

Objections"). The Landlords identified on attached Exhibit B also filed objections to the

Debtors' assumption of their respective leases (collectively, the "Assumption

Objections"). A separate order will be entered as to Store Number 207. The hearing will

be continued until October 5 as to the assumption of the leases for the stores and

warehouses identified on the attached Exhibit C. The Court has read the Motion and

considered the representations of counsel. Upon the representations of counsel and

without objection from the United States Trustee, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted as to the leases identified on the attached

Exhibit D (the "Assumed Leases").

2. The Assumption Objections are overruled.

3 The Debtors are authorized to assume the Assumed Leases

pursuant to 11 U.S.C. § 365(a), effective as of the Effective Date.

4. With the exception of those leases on which the landlords filed

Cure Objections, the cure amounts for the leases which are the subject of the Motion are

fixed as of October 11, 2006 in the amounts as set forth on the attached Exhibit D (the

"Cure Amounts").

5.    The Debtors will pay the landlords any undisputed cure amounts due on the Effective Date. If the Debtors are unable to resolve the Cure Objections consensually, the Debtors will set the Cure Objections for hearing before the Court.

6.    The entry of this order shall be without prejudice to the substantive and procedural rights of the landlords who have filed Cure Objections, and shall not operate in any manner to alter the burden of proof and burden of persuasion at any future evidentiary hearing in connection with the Cure Objections.

7.    The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

8.    The Court retains jurisdiction to hear and determine any disputes over (i) the amounts required to cure the Leases and (ii) non-monetary cure objections as of the Effective Date, and all other matters arising from the implementation of this Order.

9    In the event the Effective Date does not occur, this Order shall be null and void.

Dated this  25  day of ~~September~~ *October*, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion

543566

3

# EXHIBIT A

**Store No.**

8

**28**

51

54

89

**101**

**103**

141

142

175

**177**

190

207

210

214

228

235

236

237

249

251

255

263

270

271

272

283

291

299

4

302
305
311
330
333
336
343
345
358
361
364
365
368
370
371
405
411
412
422
**434**
437
**438**
446
447
448
456
462
**471**
**472**
480
481
489

493
494
498
501
503
506
507
512
531
535
538
**545**
550
558
560
561
569
572
579
581
596
609
624
627
630
657
676
717
726
1329
1345
1353

**1405**

**1406**

1418

1448

1483

1500

**1540**

2207

2215

2238

2250

2269

2270

2349

2355

2383

2601

2603

2652

**Stores with building and ground
leases**

520

# EXHIBIT B

| Winn-Dixie Store No. |
| --- |
| 207 |
| 251 |
| 481 |
| 518 |
| 657 |
| 1483 |

## OFFICES AND WAREHOUSES

| | | |
| --- | --- | --- |
| 150 S EDGEWOOD AVE | JACKSONVILLE | FL |
| 8649 BAY PINE RD STE 300 BLD#7 | JACKSONVILLE | FL |
| 750 CASSAT AVE | JACKSONVILLE | FL |
| 5244 EDGEWOOD COURT | JACKSONVILLE | FL |
| US HWY 31 / 6080 MOBILE HWY | MONTGOMERY | AL |
| 3300 N. W. 123RD STREET | MIAMI | FL |
| 3015 COASTLINE DRIVE | ORLANDO | FL |
| HWY. 190 WEST | HAMMOND | LA |
| 255 JACKSONVILLE HIGHWAY | FITZGERALD | GA |

# EXHIBIT C

Store No.  251

## OFFICES AND WAREHOUSES

| | | |
|---|---|---|
| 150 S EDGEWOOD AVE | JACKSONVILLE | FL |
| 8649 BAY PINE RD STE 300 BLD#7 | JACKSONVILLE | FL |
| 750 CASSAT AVE | JACKSONVILLE | FL |
| 5244 EDGEWOOD COURT | JACKSONVILLE | FL |
| US HWY 31 / 6080 MOBILE HWY | MONTGOMERY | AL |
| 3300 N. W. 123RD STREET | MIAMI | FL |
| 3015 COASTLINE DRIVE | ORLANDO | FL |
| HWY. 190 WEST | HAMMOND | LA |
| 255 JACKSONVILLE HIGHWAY | FITZGERALD | GA |

## EXHIBIT D

| Store No. | Cure |
|---|---|
| 3 | 7,238.48 |
| 5 | 29,463.85 |
| 8 | 31,173.41 |
| 12 | 27,175.41 |
| 19 | 3,303.93 |
| 22 | 8,533.63 |
| 25 | 0.00 |
| 28 | 48,540.06 |
| 32 | 47,553.99 |
| 37 | 4,957.12 |
| 40 | 8,109.70 |
| 51 | 12,017.88 |
| 52 | 11,549.13 |
| 54 | 8,526.63 |
| 60 | 3,579.11 |
| 72 | 12,244.54 |
| 77 | 4,824.90 |
| 85 | 9,693.84 |
| 89 | 0.00 |
| 93 | 21,838.24 |
| 97 | 0.00 |
| 101 | 34,312.78 |
| 104 | 10,762.39 |
| 107 | 12,425.51 |
| 110 | 57,025.66 |
| 116 | 55,824.89 |
| 120 | 6,508.66 |
| 123 | 8,250.00 |
| 135 | 15,722.19 |

| | |
|---|---|
| 136 | 1,335.51 |
| 140 | 8,033.55 |
| 141 | 19,483.72 |
| 142 | 9,132.85 |
| 145 | 9,312.83 |
| 151 | 0.00 |
| 159 | 16,743.00 |
| 160 | 0.00 |
| 161 | 0.00 |
| 163 | 132,891.18 |
| 166 | 29,083.80 |
| 168 | 6,344.51 |
| 169 | 4,406.09 |
| 171 | 8,293.87 |
| 172 | 4,935.81 |
| 173 | 7,559.89 |
| 174 | 7,290.67 |
| 175 | 0.00 |
| 177 | 79,037.69 |
| 179 | 8,893.34 |
| 180 | 6,899.00 |
| 182 | 11,387.69 |
| 184 | 55,613.00 |
| 186 | 9,319.88 |
| 190 | 14,770.55 |
| 191 | 8,464.89 |
| 194 | 8,175.35 |
| 195 | 9,737.10 |
| 196 | 10,380.10 |
| 197 | 7,823.94 |
| 198 | 7,965.32 |
| 199 | 10,307.96 |

| | |
|---|---|
| 201 | 4,786.22 |
| 203 | 7,973.33 |
| 204 | 0.00 |
| 210 | 12,336.61 |
| 212 | 28,883.85 |
| 214 | 8,908.54 |
| 226 | 15,559.39 |
| 228 | 10,167.49 |
| 230 | 17,899.74 |
| 233 | 21,853.20 |
| 235 | 19,483.23 |
| 236 | 19,775.24 |
| 237 | 124,036.00 |
| 238 | 3,692.96 |
| 239 | 8,713.67 |
| 242 | 41,590.56 |
| 244 | 13,163.28 |
| 246 | 0.00 |
| 248 | 47,769.68 |
| 249 | 18,882.63 |
| 252 | 17,105.25 |
| 255 | 5,064.27 |
| 257 | 20,136.24 |
| 258 | 1,206.52 |
| 259 | 85,895.25 |
| 262 | 4,431.30 |
| 263 | 21,927.64 |
| 268 | 613.36 |
| 270 | 1,949.06 |
| 271 | 54,588.87 |
| 272 | 70,171.31 |
| 274 | 10,331.57 |

12

| | |
|---|---|
| 280 | 17,917.95 |
| 282 | 0.00 |
| 283 | 78,000.96 |
| 285 | 18,873.99 |
| 286 | 89,343.24 |
| 288 | 16,268.45 |
| 289 | 0.00 |
| 291 | 62,825.40 |
| 295 | 0.00 |
| 296 | 8,525.31 |
| 297 | 43,274.25 |
| 299 | 0.00 |
| 302 | 0.00 |
| 304 | 0.00 |
| 305 | 9,256.24 |
| 306 | 15,700.59 |
| 307 | 5,257.80 |
| 308 | 15,332.98 |
| 309 | 0.00 |
| 311 | 31,958.13 |
| 317 | 3,215.41 |
| 318 | 0.00 |
| 319 | 1,030.65 |
| 324 | 622.65 |
| 326 | 28,645.17 |
| 330 | 7,254.17 |
| 331 | 12,545.77 |
| 333 | 90,442.66 |
| 336 | 39,191.95 |
| 337 | 21,177.19 |
| 343 | 7,233.70 |
| 345 | 38,101.42 |

13

| | |
|---|---|
| 352 | 2,111.58 |
| 354 | 0.00 |
| 355 | 0.00 |
| 357 | 1,172.84 |
| 358 | 5,405.04 |
| 361 | 12,338.14 |
| 362 | 9,689.43 |
| 364 | 34,026.12 |
| 365 | 0.00 |
| 366 | 100,184.79 |
| 367 | 6,452.77 |
| 368 | 68,743.01 |
| 370 | 64,652.45 |
| 371 | 8,686.19 |
| 377 | 11,663.77 |
| 378 | 2,959.51 |
| 381 | 15,487.48 |
| 384 | 16,111.92 |
| 385 | 37,608.91 |
| 386 | 21,478.85 |
| 387 | 0.00 |
| 388 | 17,494.00 |
| 390 | 21,875.89 |
| 400 | 4,799.05 |
| 405 | 0.00 |
| 407 | 9,044.91 |
| 410 | 2,995.40 |
| 411 | 3,395.80 |
| 412 | 49,480.80 |
| 422 | 22,259.28 |
| 428 | 2,542.56 |
| 429 | 7,863.81 |

| | |
|---|---:|
| 433 | 0.00 |
| 434 | 27,157.68 |
| 435 | 30,928.72 |
| 436 | 27,906.00 |
| 437 | 10,821.49 |
| 438 | 52,608.19 |
| 439 | 8,610.41 |
| 442 | 44,995.80 |
| 443 | 26,185.38 |
| 446 | 0.00 |
| 447 | 8,823.31 |
| 448 | 0.00 |
| 451 | 15,008.95 |
| 453 | 0.00 |
| 456 | 0.00 |
| 457 | 7,162.20 |
| 458 | 40,242.04 |
| 461 | 47,985.52 |
| 462 | 29,824.35 |
| 464 | 8,870.83 |
| 469 | 25,954.81 |
| 470 | 11,504.14 |
| 471 | 22,425.56 |
| 472 | 37,172.56 |
| 473 | 36,467.05 |
| 476 | 0.00 |
| 478 | 10,942.65 |
| 479 | 51,660.97 |
| **480** | **53,383.70** |
| **481** | **16,032.18** |
| 482 | 6,324.95 |
| 483 | 0.00 |

| | |
|---|---|
| 487 | 6,169.96 |
| 489 | 11,716.19 |
| 490 | 9,269.62 |
| 493 | 51,641.14 |
| 494 | 19,950.10 |
| 495 | 6,779.33 |
| 496 | 11,418.37 |
| 498 | 7,896.02 |
| 500 | 29,863.60 |
| 501 | $37,411.56 |
| 503 | 19,216.20 |
| 504 | 64,796.47 |
| 506 | 6,849.82 |
| **507** | **38,203.57** |
| 509 | 13,905.36 |
| 512 | 5,115.35 |
| 514 | 13,278.57 |
| 521 | 15,663.69 |
| 525 | 8,691.11 |
| 526 | 34,373.88 |
| 527 | 0.00 |
| 528 | 6,325.42 |
| 531 | 10,985.40 |
| 533 | 8,266.00 |
| 535 | 4,730.66 |
| 536 | 10,453.81 |
| 538 | 226.91 |
| 541 | 3,797.14 |
| 543 | 12,151.49 |
| 545 | 55,637.19 |
| 549 | 13,511.00 |
| 550 | 11,752.35 |

| | |
|---|---|
| 551 | 35,196.77 |
| 552 | 7,000.38 |
| 553 | 0.00 |
| **555** | **36,494.00** |
| 558 | 1,400.99 |
| 560 | 8,196.34 |
| 561 | 812.47 |
| 564 | 30,084.32 |
| 566 | 31,606.51 |
| 569 | 16,920.00 |
| 570 | 16,729.98 |
| 571 | 10,923.78 |
| 572 | 35,714.01 |
| 574 | 23,364.72 |
| 577 | 36,887.12 |
| 578 | 17,800.98 |
| 579 | 22,366.37 |
| 580 | 11,954.86 |
| 581 | 0.00 |
| 586 | 3,719.06 |
| 590 | 57,903.72 |
| 591 | 8,418.53 |
| 595 | 22,522.13 |
| **596** | **0.00** |
| 606 | 12,004.81 |
| 608 | 79,083.11 |
| 609 | 31,896.22 |
| 612 | 4,781.92 |
| 618 | 12,600.13 |
| 619 | 18,765.82 |
| 622 | 3,871.09 |
| 624 | 0.00 |

| | |
|---|---|
| 627 | 53,584.99 |
| 629 | 62,254.00 |
| 630 | 791.82 |
| 632 | 25,938.71 |
| 639 | 22,125.36 |
| 640 | 29,974.71 |
| 642 | 7,929.07 |
| 644 | 10,336.84 |
| 647 | 36,153.74 |
| 649 | 1,581.27 |
| 652 | 1,434.27 |
| 654 | 2,470.84 |
| 655 | 30,804.09 |
| **657** | **230.00** |
| 663 | 10,791.50 |
| 664 | 47,157.99 |
| 667 | 8,894.84 |
| 668 | 6,653.46 |
| 671 | 9,901.78 |
| 673 | 14,456.03 |
| 676 | 6,158.92 |
| 678 | 6,159.06 |
| 681 | 22,694.16 |
| 683 | 60,110.44 |
| 684 | 5,958.56 |
| 687 | 0.00 |
| 697 | 39,726.00 |
| 699 | 936.21 |
| 701 | 0.00 |
| 702 | 49,320.83 |
| 705 | 12,126.21 |
| 706 | 425.00 |

| | |
|---|---|
| 708 | 3,794.73 |
| 710 | 49,766.67 |
| 711 | 10,173.43 |
| 713 | 1,294.64 |
| 717 | 21,895.91 |
| 720 | 11,486.36 |
| 721 | 14,564.91 |
| 723 | 2,780.10 |
| 726 | 1,800.57 |
| 728 | 7,557.50 |
| 729 | 2,287.55 |
| 741 | 71,682.54 |
| 743 | 552.83 |
| 745 | 1,765.44 |
| 746 | 18,023.05 |
| 750 | 26,531.54 |
| 751 | 3,461.20 |
| 1329 | 16,097.38 |
| 1333 | 44,367.15 |
| 1334 | 5,692.06 |
| 1345 | 4,087.03 |
| 1353 | 19,438.29 |
| 1356 | 0.00 |
| 1357 | 7,159.54 |
| 1405 | 131,607.45 |
| 1406 | 96,985.71 |
| 1408 | 0.00 |
| 1411 | 16,391.18 |
| 1412 | 10,417.49 |
| 1416 | 0.00 |
| 1418 | 10,869.96 |
| 1425 | 9,833.94 |

| | |
|------|------------|
| 1426 | 43,232.86 |
| 1428 | 41,898.92 |
| 1430 | 53,463.73 |
| 1431 | 73,466.28 |
| 1432 | 117,623.57 |
| 1438 | 0.00 |
| 1439 | 0.00 |
| 1440 | 105,363.60 |
| 1444 | 9,046.26 |
| 1446 | 88,881.73 |
| 1448 | 43,136.08 |
| 1452 | 20,573.23 |
| 1453 | 9,228.30 |
| 1454 | 13,129.93 |
| 1456 | 59,532.43 |
| 1459 | 4,760.64 |
| 1461 | 6,109.11 |
| 1463 | 6,334.28 |
| 1467 | 9,384.58 |
| 1477 | 49,789.85 |
| 1478 | 0.00 |
| 1479 | 9,495.32 |
| 1483 | 7,047.79 |
| 1490 | 57,852.07 |
| 1500 | 5,846.83 |
| 1501 | 67,321.83 |
| 1502 | 8,254.90 |
| 1504 | 1,779.40 |
| 1511 | 1,502.05 |
| 1512 | 875.00 |
| 1513 | 4,062.73 |
| 1534 | 56,888.79 |

| | |
|---|---:|
| 1540 | 68,355.12 |
| 1549 | 91,146.17 |
| 1555 | 0.00 |
| 1557 | 17,778.99 |
| 1558 | 4,942.70 |
| 1559 | 8,196.10 |
| 1561 | 38,299.34 |
| 1570 | 0.00 |
| 1572 | 9,958.91 |
| 1576 | 9,970.27 |
| 1581 | 12,521.91 |
| 1583 | 6,890.38 |
| 1588 | 14,593.54 |
| 1590 | 11,040.66 |
| 1812 | 37,247.76 |
| 1854 | 7,141.32 |
| 2203 | 25,256.82 |
| 2205 | 440.00 |
| 2206 | 12,223.58 |
| 2207 | 3,040.36 |
| 2209 | 1,507.27 |
| 2210 | 987.15 |
| 2215 | 1,810.53 |
| 2216 | 4,430.18 |
| 2219 | 4,815.57 |
| 2220 | 3,796.20 |
| 2223 | 4,491.16 |
| **2244** | **13,706.40** |
| 2225 | 7,455.48 |
| 2228 | 8,695.20 |
| 2229 | 12,018.37 |
| 2231 | 6,933.33 |

21

| | |
|---|---|
| 2233 | 18,920.00 |
| 2235 | 0.00 |
| 2237 | 1,331.60 |
| 2238 | 8,750.75 |
| 2241 | 0.00 |
| 2246 | 24,645.83 |
| 2247 | 2,035.71 |
| 2249 | 31,120.00 |
| 2250 | 44,909.66 |
| 2260 | 2,636.25 |
| 2261 | 4,572.84 |
| 2263 | 0.00 |
| 2266 | 3,751.16 |
| 2268 | 1,909.12 |
| 2269 | 9,655.41 |
| 2270 | 0.00 |
| 2271 | 33,161.59 |
| 2273 | 13,251.61 |
| 2276 | 4,506.10 |
| 2278 | 9,335.02 |
| 2280 | 969.97 |
| 2281 | 4,557.09 |
| 2286 | 0.00 |
| 2287 | 29,094.27 |
| 2288 | 21,338.66 |
| 2290 | 2,047.30 |
| 2304 | 17,975.19 |
| 2306 | 15,780.44 |
| 2309 | 28,988.90 |
| 2313 | 11,043.68 |
| 2314 | 3,177.45 |
| 2320 | 12,773.49 |

22

| | |
|---|---|
| 2321 | 8,724.58 |
| 2325 | 2,460.52 |
| 2326 | 5,796.06 |
| 2327 | 4,318.71 |
| 2328 | 10,999.43 |
| 2329 | 4,173.20 |
| 2334 | 11,773.71 |
| 2335 | 103,748.85 |
| 2336 | 20,060.85 |
| 2337 | 761.32 |
| 2341 | 2,580.44 |
| 2342 | 0.00 |
| 2343 | 15,219.46 |
| 2347 | 1,941.09 |
| 2349 | 10,170.60 |
| 2354 | 28,878.67 |
| 2355 | 42,557.52 |
| 2358 | 54,673.45 |
| 2366 | 0.00 |
| 2367 | 10,587.11 |
| 2380 | 54,906.08 |
| 2383 | 23,037.36 |
| 2388 | 106,807.23 |
| 2390 | 16,673.82 |
| 2392 | 23,566.93 |
| 2393 | 5,634.00 |
| 2601 | 14,684.86 |
| 2603 | 22,355.79 |
| 2621 | 33,670.91 |
| 2626 | 16,577.11 |
| 2628 | 0.00 |
| **2638** | **0.00** |

| | |
|---|---|
| 2652 | 32,756.35 |
| 2654 | 144.86 |
| 2656 | 0.00 |
| 2659 | 6,599.75 |
| 2660 | 6,952.65 |

| Stores with Building and Ground Leases | |
|---|---|
| 518 | 1,597.17 |
| 520 | 5,758.66 |
| 86 | 66,966.50 |

| Ground Lease Stores | |
|---|---|
| 103 | 196,818.52 |
| 2379 | 0.00 |
| 292 | 19,025.76 |

543566

24