**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| Reorganized Debtors.[1] | ) Jointly Administered |

**NOTICE OF PLAN EFFECTIVE DATE AND RELATED MATTERS**

TO ALL PARTIES IN INTEREST:

    PLEASE TAKE NOTICE:

    1.    The Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated August 9, 2006 (as modified, the "Plan"), which was confirmed by order of the Bankruptcy Court entered on November 9, 2006, became effective in accordance with its terms on November 21, 2006. Thus, all references in the Plan to the "Effective Date" are to November 21, 2006.

    2.    The number of shares of New Common Stock[2] to be issued under the Plan for distribution to the holders of Allowed Unsecured Claims and to the Common Stock Reserve (on account of holders of Disputed Unsecured Claims), on the initial Distribution Date, will be 54,000,000 shares. As provided for in the Plan, such distribution shares are subject to dilution by grants of shares or options under the New Equity Incentive Plan (including grants under the

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] Capitalized terms used in this Notice without definition have the meanings provided in the Plan.

Employment Agreement, dated November 16, 2006, between Winn-Dixie Stores, Inc. and Peter L. Lynch).

3. The initial Distribution Date for Allowed Unsecured Claims will be the first business day that is no later than forty-five (45) days after the Effective Date, unless otherwise ordered by the Bankruptcy Court. The initial Distribution Date has not yet been established.

4. Pursuant to section 4.6 of the Plan, as of the Confirmation Date, no holder of an Unsecured Claim is receiving a recovery that is valued as of the Confirmation Date to exceed 100% of such holder's Allowed Claim based upon any change in the reorganization value of the Debtors as estimated in the Disclosure Statement resulting solely from a decrease in the amount of Administrative Claims, Priority Claims, Priority Tax Claims, and Secured Claims as determined on the Confirmation Date and/or an increase in the amount of cash available to the Debtors to satisfy such Claims as determined on the Confirmation Date. Therefore, there will be no redistribution of New Common Stock from any holder to another holder of an Unsecured Claim.

Dated: November 21, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*  <br> D. J. Baker <br> Sally McDonald Henry <br> Rosalie Walker Gray <br> Adam S. Ravin <br> Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) <br> djbaker@skadden.com | By  *s/ James H. Post*  <br> Stephen D. Busey <br> James H. Post <br> Cynthia C. Jackson, <br> Florida Bar Number 175460 <br> 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> jpost@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |