UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,　　　　　　　　　Case No.**:** 3-04-bk-03817-JAF
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11
　　　　　　　　　　　　　　　　　　　　　　　　JOINTLY ADMINISTERED

　　　　　　　　Debtors.[1]
_____/

**UNITED STATES TRUSTEE'S NOTICE OF RESIGNATION OF
CAPITAL RESEARCH &  MANAGEMENT COMPANY
AND LONESTAR PARTNERS, LLP.,
COMMITTEE OF CREDITORS  HOLDING UNSECURED CLAIMS**

　　　1.  Pursuant to 11 U.S.C. § 1102(a), the United States Trustee hereby provides notice of the  resignation of **Capital Research & Management Company and Lonestar Partners, LLP.,** from the Committee of Unsecured Creditors of Winn-Dixie Stores, et. al., effective November 9, 2006 and November 14, 2006, respectively.

　　　2.  The current composition of the Unsecured Creditors Committee consists of the following:

Deutsche Bank Trust Company Americas
60 Wall Street
New York, NY 10005-2858
Attn: S. Berg
Tel. No. (212) 250-2921

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc.,  Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixies Supermarkets, Inc.

New Plan Excel Realty Trust, Inc.,
420 Lexington Avenue
New York, NY 10170
Tel. No. (212) 869-3000

Kraft Foods Global, Inc.,
Three Lakes Drive
Northfield, IL 60093
Attn: Sandra Schirmang, Senior Director of Credit
Tel. No. (847) 646-6719

Pepsico & Subsidiaries
7701 Legacy Drive 38-109
Plano, TX 75024
Attn: Scott Johnson, Group Credit Manager
Tel. No. (972) 334-7405

Wilmington Trust Company, as Indenture Trustee
1100 North Market Street
Rodney Square North
Wilmington, DE 19890
Attn: Michael W. Diaz, Vice President
Tel. (212) 415-0509

Dated: November 21, 2006

                                              FELICIA S. TURNER,
                                              UNITED STATES TRUSTEE
                                              Region 21

                                              By: /s/ Elena L. Escamilla
                                              Elena L. Escamilla, Trial Attorney
                                              135 W. Central Blvd. Suite 620
                                              Orlando, Florida 32801
                                              (407) 648-6465
                                              FAX (407) 648-6323
                                              Florida Bar No. 898414
                                              E-Mail: Elena.L.Escamilla@usdoj.gov

CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that a correct copy of the United States Trustee's Notice of Resignation of Capital Research and Management Company and Lonestar Partners, LLP.,has been furnished electronically by CM/ECF on all parties having appeared electronically in the instant matter and to former and current members of the Unsecured Creditors Committee by U.S. Mail on this the 21st day of November 2006 .

                                              By: /s/ Elena L. Escamilla
                                              Elena L. Escamilla