[3904] [Notice Cancelling Preliminary Hearing and Scheduling of Final Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                              Case No. 3:05−bk−03817−JAF
                                                                    Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____/

### NOTICE CANCELLING PRELIMINARY HEARING AND SCHEDULING OF FINAL HEARING

   The final hearing on the motion for relief from stay filed by Ada Serra will be held on March 12, 2007 , at 1:30 p.m. , in 4th Floor Courtroom D , 300 North Hogan Street, Jacksonville, Florida. The preliminary hearing set for November 27, 2006 , at 1:30 p.m. , is cancelled.

   1. All exhibits must be pre−marked and listed in accordance with Local Rule 9070−1.

   2. The hearing may be continued upon announcement made in open court without further notice.

   3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

   4. *Appropriate Attire.* You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

   5. *Avoid delays at Courthouse security checkpoints.* You are reminded that Local Rule 5073−1 restrict the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

   Dated November 21, 2006 .

                                    By the Court

                                    Lee Ann Bennett Clerk of Court
                                    300 North Hogan Street Suite 3−350
                                    Jacksonville, FL 32202

Copies furnished to:
Debtor
Debtor's Attorney
Trustee
Rule 1007(d) unsecured creditors
Ada Serra