# EXHIBIT "B"

{JA283138;1}

## Summary Table of Disbursements Billed During Akerman Senterfitt's Fourth Interim Compensation Period
### (June 1, 2006 – September 30, 2006)

| Disbursements | Amount |
| --- | ---: |
| Long Distance Telephone | $79.79 |
| Long Distance Facsimile | $182.25 |
| Federal Express | $361.95 |
| Duplicating | $2,856.19 |
| Meals | $31.81 |
| Court Reporter | $588.39 |
| Delivery Service | $4.45 |
| Lexis/Westlaw | $992.20 |
| **Total Disbursements** | **$5,097.03** |

{JA298451;1}