IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                              *Chapter 11*

    WINN-DIXIE STORES, INC., et al.,          CASE NO. 05-03817-3F1

            Debtors.                       Jointly Administered

**REQUEST OF KNIGHTSDALE CROSSING, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

Knightsdale Crossing, LLC ("Knightsdale"), by and through its undersigned counsel, requests that the Court enter an Order for the allowance and payment of its administrative expense claim pursuant to Bankruptcy Code §§ 365(d)(3) and/or 503(b) and states as follows:

1    The Debtors filed voluntary petitions under chapter 11 of the Bankruptcy Code on February 21, 2005 and continue to manage their affairs as debtors-in-possession.

2.    At the time the Debtors filed their chapter 11 petition, Knightsdale and one of the Debtors, Winn Dixie Stores, Inc. (the "Debtor") were parties to a lease agreement (the "Lease") under which Knightsdale leased certain premises to the Debtor located at the Knightdale Crossing shopping center in Knightsdale, North Carolina (the "Premises").

3.    On or about September 24, 2005, the Debtor rejected the Lease with Knightsdale. As of the date the Debtors rejected the Lease with Knightsdale, they owed $49,403.21 for post-petition rent and related charges under the Lease, as set forth in the administrative proof of claim attached hereto as Exhibit A.

4.    Bankruptcy Code § 503(b)(1)(A) requires the payment of administrative expenses, including the "actual, necessary costs and expenses of preserving the estate." The post-petition charges under the lease agreement were for the benefit of the Debtors' bankruptcy estate because the charges were incurred in connection with the Debtors' continuing post-petition

operation of their business at the Premises through the rejection date. Further, Bankruptcy Code § 365(d)(3) requires a debtor in possession to timely perform the obligations of a non-residential lease of real property until such lease is assumed or rejected. Payment of the post-petition rent and related charges are obligations of the Debtors under the Lease, and are payable as administrative expenses of the bankruptcy estate under Bankruptcy Code § 365(d)(3).

    5. Accordingly, Knightsdale seeks allowance and payment of an administrative claim pursuant to Bankruptcy Code §§ 365(d) and/or 503(b) in the amount of $49,403.21.

Dated: November 21, 2006

**HELD & ISRAEL**

By: _____
Kimberly Held Israel, Esquire
Florida Bar #47287
Adam N. Frisch, Esquire
Florida Bar #635308
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile
afrisch@hilawfirm.com

and

**KATTEN MUCHIN ROSENMAN LLP**

Thomas J. Leanse (TL-8802)
Dustin P. Branch (DB-3553)
2029 Century Park East, Suite 2600
Los Angeles, California 9006
Phone: (310) 788-4400
FAX: (310) 788-4471