FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT    Middle    DISTRICT OF Florida | | PROOF OF CLAIM *ADMINISTRATIVE* |
|---|---|---|
| Name of Debtor: Winn-Dixie Stores, Inc. et al. | Case Number: 05-03817-3F1 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): Knightsdale Crossing, LLC as successor to Carrington Development Associates

Name and address where notices should be sent:
c/o Thomas J. Leanse, Esq.
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles CA 90067
Telephone number: (310) 788-4400

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor:
Knightsdale Crossing 210680-00107

Check here ☐ replaces ☐ amends a previously filed claim, dated: _____
if this claim

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☒ Other Real Property Lease

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of your SS #: _____
   Unpaid compensation for services performed
   from _____ to _____
   (date)          (date)

2. Date debt was incurred:

3. If court judgment, date obtained:

4. **Classification of claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

   **Unsecured Nonpriority Claim** $ 0.00
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

   **Unsecured Priority Claim.**
   ☒ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
   Amount entitled to priority $ 49,403.21
   Specify the priority of the claim: Administrative

   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)

   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4)

   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

   **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate   ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $ _____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7)
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8)
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) (_____).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

5. **Total Amount of Claim at Time Case Filed:** $ 0.00    0.00    49,403.21    49,403.21
   (unsecured)  (secured)  (priority)  (Total)
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

7. **Supporting Documents:** Attach copies of supporting documents such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date: 11/20/06

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): [signature]

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B10

EXHIBIT "A"

# PROOF OF CLAIM ATTACHMENT

**CASE NAME:** Winn-Dixie Stores, Inc.     **LOCATION:** Knightsdale Crossing

**CASE NUMBER:** 05-03817-3F1     Jointly Administered - Winn-Dixie Stores, Inc., et al. Case No. 05-03817-3F1

## A. General Information:

1. Landlord Name: Knightsdale Crossing, LLC
2. Property Location: Knightsdale Crossing
3. Tenant Name: Winn-Dixie
4. Debtor's Store No: unavailable
5. Petition Date: 2/21/2005
6. Lease Exp. Date: 5/21/2006
7. Lease Rej. Date: 9/24/2005

Remaining term: 7.5 months

## B. Claim Information:

| | Rent & Charges | Interest | Totals |
|---|---|---|---|
| 1. Total State Law Damages Based Upon the Rejection of the Lease: | $0.00 | n/a | $0.00 |
| 2. Unsecured Non-Priority Pre-Petition Claim Amount: | $0.00 | $0.00 | $0.00 [1] |
| **Subtotal Unsecured Claims** | $0.00 | $0.00 | $0.00 |
| 3. Administrative Post-Petition Priority Claim Amount: (Section 503(b)(1)(A)) | $34,019.70 | $282.93 | $34,302.63 |
| 4. Attorney Fees[3] | $15,100.58 | n/a | $15,100.58 |
| **Subtotal Administrative Claims** | $49,120.28 | $282.93 [2] | $49,403.21 |
| **TOTAL CLAIM AMOUNT** | | | $49,403.21 [4] |

[1] Interest calculated at 8% through 2/20/05, based on 365 day year.
[2] Interest calculated at 8% through 9/24/05, (the "Claims Bar Date"), based on a 365 day year.
[3] Attorneys Fees includes billed and unbilled charges through 10/06/05.
[4] Claimant reserves the right to supplement or amend this claim from time to time and at any time hereafter.

31335488_1.XLS     11/20/2006

## POST-PETITION CHARGES

**CASE NAME:** Winn-Dixie Stores, Inc.  
**CASE NUMBER:** 05-03817-3F1  
**LOCATION:** Knightsdale Crossing

| DATE OF CHARGE | DESCRIPTION OF CHARGE | AMOUNT DUE | INTEREST[1] | TOTAL AMOUNT DUE |
|---|---|---|---|---|
| 2/1/2005 | Pro-Rated Post petition Rent and Charges | $5,350.19 | $280.31 | $5,630.50 |
| 2/22/2005 | February 2005 Bank Fee | $50.00 | $2.62 | $52.62 |
|  | Pro-Rated 2005 Tax Adjustment (2/22/05-8/31/05) | $8,613.95 | $0.00 | $8,613.95 |
|  | Pro-Rated 2005 Insurance Adjustment (2/22/05-8/31/05) | $792.27 | $0.00 | $792.27 |
|  | Pro-Rated 2005 CAM Adjustment (2/22/05-8/31/05) | $19,213.29 | $0.00 | $19,213.29 |
|  |  |  | $0.00 | $0.00 |
|  |  |  | $0.00 | $0.00 |
|  |  |  | $0.00 | $0.00 |
|  |  |  | $0.00 | $0.00 |
|  |  |  | $0.00 | $0.00 |
|  |  |  | $0.00 | $0.00 |
|  |  | $34,019.70 | $282.93 |  |
|  | Attorneys Fees: | $15,100.58 [2] |  |  |
|  | **TOTAL POST-PETITION CHARGES:** |  |  | $49,403.21 |

[1] Interest calculated at 8.% through 09/24/05, the Rejection Date.

[2] Attorneys Fees calculated through 10/06/05.

[3] Pro-Rated amount represents charges for 1/1/05 - 8/31/05. Amounts chargeable for September 2005 are not yet available. Landlord reserves the right to supplement the charges for 9/1/05-9/24/05 when available.