## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**NOTICE OF AGREED ORDER RESOLVING CLAIMS FILED BY BROWN BOTTLING GROUP, INC., HP HOOD LLC, NESTLE PREPARED FOODS CO., NESTLE PURINA PETCARE COMPANY, NESTLE USA, PEPSIAMERICAS, INC., PEPSI-COLA BOTTLING CO. OF CHARLOTTE, RECKITT BENCKISER, INC., RIVIANA FOODS, INC. AND WYETH CONSUMER HEALTHCARE, AS SET FORTH IN THE DEBTORS' TWENTY-SECOND OMNIBUS OBJECTION**

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the court will consider this matter without further notice or hearing unless a party in interest files an objection within 20 days from the date of service of this paper. If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy on (i) James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com, and (ii) D.J. Baker, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, djbaker@skadden.com.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors"), pursuant to Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure and Local Rule 2002-4, give notice of the proposed entry of the attached Agreed Order Resolving Claims Filed by Brown Bottling Group, Inc., HP Hood LLC, Nestle Prepared Foods Co., Nestle Purina Petcare Company, Nestle USA, Pepsiamericas, Inc., Pepsi-Cola Bottling Co. of Charlotte, Reckitt Benckiser, Inc., Riviana Foods, Inc. and Wyeth Consumer Healthcare, as set forth in the Debtors'

Twenty-Second Omnibus Objection. If no objection to the proposed Agreed Order is filed and served within the time as set forth above, the Court will be requested to enter the Agreed Order without further notice or hearing.

Dated: November 21, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray<br>    Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | By   *s/ James H. Post*<br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson,<br>    Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**AGREED ORDER RESOLVING CLAIMS FILED BY BROWN BOTTLING GROUP, INC., HP HOOD LLC, NESTLE PREPARED FOODS CO., NESTLE PURINA PETCARE COMPANY, NESTLE USA, PEPSIAMERICAS, INC., PEPSI-COLA BOTTLING CO. OF CHARLOTTE, RECKITT BENCKISER, INC., RIVIANA FOODS, INC. AND WYETH CONSUMER HEALTHCARE, AS SET FORTH IN THE DEBTORS' <u>TWENTY-SECOND OMNIBUS OBJECTION</u>**

These cases originally came before the Court for hearing on October 12, 2006, upon the Twenty-Second Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A through F to the Objection.[2] Formal and informal responses to the Objection were raised and filed, as a result of which the Debtors agreed to continue the Objection with respect to (i) claim no. 8338 filed by PepsiAmericas, Inc., (ii) claim no. 8377 filed by Reckitt Benckiser, Inc., (iii) claim nos. 11027-11028 filed by Riviana Foods, Inc. (collectively, the "Overstated Claims"), (iv) claim no. 8085 filed by Brown Bottling Group, Inc., (v) claim no.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

7441 filed by HP Hood LLC, (vi) claim no. 9602 filed by Nestle Prepared Foods Co., (vii) claim no. 11735 filed by Nestle Purina Petcare Company, (viii) claim no. 8073 filed by Nestle USA, (ix) claim no 7464 filed by Pepsi-Cola Bottling Co. of Charlotte and (x) claim no. 152 filed by Wyeth Consumer Healthcare (collectively, the "Overstated Misclassified Claims"), among others. On October 12, 2006, the Court entered an order (Docket No. 11892) sustaining the Objection as to the proofs of claim listed on the exhibits to the order and continuing the hearing on the Objection as to the Overstated Claims, the Overstated Misclassified Claims and other unresolved claims. Based upon the representation by counsel to the Debtors that the proposed Agreed Order reflects a resolution of the Objection as to the Overstated Claims and the Overstated Misclassified Claims, it is

ORDERED AND ADJUDGED:

1.  The Overstated Claims listed on Exhibit A are reduced to the amounts set forth on Exhibit A under the heading Reduced Amount and the amounts exceeding the Reduced Amount are disallowed.

2.  The Overstated Misclassified Claims listed on Exhibit B are reduced to the amount set forth on Exhibit B under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed. The asserted class status alleged for the Overstated Misclassified Claims listed on Exhibit B is denied; and the Overstated Misclassified Claims are reclassified as specified on Exhibit B under the heading "Modified Class Status."

3.  Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims

are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

4. Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

5. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this ____ day of _____, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

**EXHIBIT A**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 279086**<br>PEPSIAMERICAS, INC<br>ATTN STEVEN M ZANIN, MGR<br>3501 ALGONQUIN ROAD<br>ROLLING MEADOWS IL 60008-3103 | 8338<br>Debtor: WINN-DIXIE STORES, INC. | $1,657,814.82 | $919,895.99 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 279268**<br>RECKITT BENCKISER, INC<br>ATTN HEIDI BESOLD, REG CR MGR<br>399 INTERPACE PARKWAY<br>PO BOX 225<br>PARSIPPANY NJ 07054-0225 | 8377<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $987,528.16 | $391,578.94 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 278985**<br>RIVIANA FOODS, INC<br>C/O LOCKE LIDDELL & SAPP LLP<br>ATTN W STEVEN BRYANT, ESQ<br>2400 CHASE TOWER<br>600 TRAVIS STREET, SUITE 3400<br>HOUSTON TX 77002-3095 | 11027<br>Debtor: WINN-DIXIE STORES, INC. | $316,932.11 | $185,663.00 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 278985**<br>RIVIANA FOODS, INC<br>C/O LOCKE LIDDELL & SAPP LLP<br>ATTN W STEVEN BRYANT, ESQ<br>2400 CHASE TOWER<br>600 TRAVIS STREET, SUITE 3400<br>HOUSTON TX 77002-3095 | 11028<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $58,717.28 | $54,220.70 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |

Total Claims to be Reduced: 4
Total Amount to be Reduced: $3,020,992.37 Plus Unliquidated Amounts, If Any
Total Reduced Amount: $1,551,358.63

**EXHIBIT B**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| BROWN BOTTLING GROUP, INC<br>ATTN RAY WILKINS, EXEC VP OF FIN<br>591 HIGHLAND COLONY PKWY<br>RIDGELAND MS 39157<br>Counsel: ATTN KRISTINA M JOHNSON, ESQ | 8085 | $407,980.15 | Multiple Classes<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | Unsecured Non-Priority | $268,809.11 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. ALSO, MISCLASSIFIED CLAIM. |
| HP HOOD LLC<br>ATTN DAVID E HOWES, CR MGR<br>1250 EAST STREET SOUTH<br>SUFFIELD CT 06078-2498 | 7441 | $1,127,851.50 | Multiple Classes<br>Debtor: **WINN-DIXIE STORES, INC.** | Unsecured Non-Priority | $608,836.03 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. ALSO, MISCLASSIFIED CLAIM. |
| NESTLE PREPARED FOODS CO<br>HAND HELD FOODS GROUP<br>C/O NESTLE USA<br>ATTN NANCY REYNOSO/PETE KNOX<br>800 N BRAND BLVD<br>GLENDALE CA 91203 | 9602 | $260,253.92 | Multiple Classes<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | Unsecured Non-Priority | $58,955.77 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. ALSO, MISCLASSIFIED CLAIM. |
| NESTLE PURINA PETCARE COMPANY<br>C/O NESTLE USA<br>ATTN NANCY REYNOSO/PETE KNOX<br>800 N BRAND BLVD<br>GLENDALE CA 91203 | 11735 | $1,763,471.58 | Multiple Classes<br>Debtor: **WINN-DIXIE STORES, INC.** | Unsecured Non-Priority | $569,918.77 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. ALSO, MISCLASSIFIED CLAIM. |
| NESTLE USA<br>ATTN NANCY REYNOSO/PETE KNOX<br>800 NORTH BRAND BLVD<br>GLENDALE CA 91203 | 8073 | $3,197,006.82 | Multiple Classes<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | Unsecured Non-Priority | $306,943.81 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. ALSO, MISCLASSIFIED CLAIM. |
| PEPSI-COLA BOTTLING CO OF CHARLOT<br>ATTN JON CARROLL<br>100 REYNOLDS BOULEVARD<br>WINSTON-SALEM NC 27105 | 7464 | $240,445.27 | Multiple Classes<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | Unsecured Non-Priority | $134,208.21 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. ALSO, MISCLASSIFIED CLAIM. |
| WYETH CONSUMER HEALTHCARE<br>ATTN CHARLOTTE T FOX, SR MGR<br>PO BOX 26609<br>RICHMOND VA 23261-6609 | 152 | $1,333,235.43 | Unsecured Non-Priority<br>Debtor: **WINN-DIXIE STORES, INC.** | Multiple Classes | $711,960.72 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. ALSO, MISCLASSIFIED IN PART. RECLASSIFY $326,237.91 TO ADMINISTRATIVE (RECLAMATION) AND $385,722.81 REMAINS UNSECURED NON-PRIORITY. |

Total Claims to be Reduced & Reclassified: 7
Total Amount to be Reduced & Reclassified: $8,330,244.67    Plus Unliquidated Amounts, If Any
Total Reduced & Reclassified Amount: $2,659,632.42