United States Bankruptcy Court
For the Middle District Of Florida

| | |
|---|---|
| Winn Dixie Stores, Inc., Et Al. | } Chapter 11 |
| | } |
| | } Claim No. 13314 |
| | } |
| | } Case No. 05-03817 |
| | } |
| <u>Debtor</u> | } |

NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

PLEASE TAKE NOTICE that the transfer of claim **SPRINGHILL ASSOCIATES LLC (related document [12537])** in the amount of **$58,113.59** is hereby withdrawn by Liquidity Solutions, Inc Dba Revenue Management.

<u>By/s/George Pagano</u>
Revenue Management
201-968-0001

791212