UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,   Case No.: 3:05-bk-03817-JAF

    Debtors.   Chapter 11

    Jointly Administered

_____/

## NOTICE OF FILING

The Official Committee of Unsecured Creditors appointed in the above-captioned cases of Winn-Dixie Stores, Inc. and its affiliated debtors and debtors in possession hereby gives notice of the filing of the attached Fifth Application of Milbank, Tweed, Hadley & McCloy LLP, Counsel to Official Committee of Unsecured Creditors, for Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred During Period from June 1, 2006 through and including September 30, 2006.

Dated: November 21, 2006.   AKERMAN SENTERFITT

    By: */s/ John B. Macdonald*
        John B. Macdonald
        Florida Bar No.: 230340
        E-mail: john.macdonald@akerman.com
        50 N. Laura St., Suite 2500
        Jacksonville, FL 32202
        Telephone: (904) 798-3700
        Facsimile: (904) 798-3730

    Co-Counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al.

{JA299297;1}

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the forgoing was furnished by Email and Federal Express overnight delivery, this 21st day of November, 2006 to:

| | |
|---|---|
| Kenneth C. Meeker, Esq.<br>Elena L. Escamilla, Esq.<br>Office of the United States Trustee<br>135 West Central Boulevard, Room 620<br>Orlando, Florida 32801<br>Email: ken.meeker@usdoj.gov<br>Email: Elena.L.Escamilla@usdoj.gov | Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: D. J. Baker<br>Four Times Square<br>New York, New York 10036<br>Email: djbaker@skadden.com |
| Winn-Dixie Stores, Inc.<br>Attn: Laurence B. Appel<br>5050 Edgewood Court<br>Jacksonville, FL 32254-3699<br>Email: LarryAppel@winn-dixie.com | Otterbourg, Steindler, Houston & Rosen, P.C.<br>Attn: Jonathan N. Helfat<br>230 Park Avenue, 29th Floor<br>New York, NY 10169<br>Email: Jhelfat@oshr.com |
| King & Spalding LLP<br>Attn: Sarah Robinson Borders, Esq.<br>191 Peachtree Street<br>Atlanta, GA 30303<br>Email: sborders@kslaw.com | Milbank, Tweed, Hadley & McCloy LLP<br>Attn: Matthew Barr, Esq.<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Email: Mbarr@milbank.com |
| Rogers Towers, P.A.<br>Attn.: Betsy Cox, Esq.<br>1301 Riverplace Boulevard<br>Suite 1500<br>Jacksonville, Florida 32207<br>Email: bcox@rtlaw.com | Shearman & Sterling, LLP<br>Attn.: Andrew V. Tenzer, Esq.<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>Email: atenzer@shearman.com |
| Stuart, Maue, Mitchell & James Ltd.<br>Attn.: Linda K. Cooper<br>3840 McKelvey Road<br>St. Louis, MO 63044<br>Email: l.cooper@smmj.com | |

                                                                         */s/ John B. Macdonald*
                                                                         Attorney