# EXHIBIT A

### Fenoglio, Catherine

**From:** Cynthia C. Jackson [cjackson@smithhulsey.com]
**Sent:** Wednesday, November 15, 2006 11:22 AM
**To:** Fenoglio, Catherine
**Subject:** FW: 26th Omnibus Objection

Let me try this again.

---

**From:** Cynthia C. Jackson
**Sent:** Wednesday, November 15, 2006 11:21 AM
**To:** 'catherinefenoglio@alson.com'
**Subject:** FW: 26th Omnibus Objection

This came back.

---

**From:** Cynthia C. Jackson
**Sent:** Tuesday, November 14, 2006 1:20 PM
**To:** 'catherine.fenoglia@alston.com'
**Cc:** 'Leamy, Jane'; 'Bryan Gaston'
**Subject:** 26th Omnibus Objection

I received your letter of November 6. You are correct. Claim number 3897 was included on Exhibit D in error and will be removed from the exhibit attached to the order. I apologize for the error.

The information contained in this communication may be confidential, is intended only for the use of the recipient(s) named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please return it to the sender immediately.

11/17/2006