UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| WINN-DIXIE STORES, INC., *et al.* ) | CASE NO. 05-03817-3F1 |
| ) | (Jointly Administered) |
|     Debtors. ) | Judge Jerry A. Funk |
| _____) | |

**TAYLOR COUNTY TAX COLLECTOR'S RESPONSE TO DEBTORS'
OBJECTION TO LATE FILED AND DISPUTED AD VALOREM CLAIMS
AND MOTION TO ALLOW REMAINING CLAIMS SUBJECT TO SETOFF**

    The Taylor County Tax Collector, one of the Florida Tax Collectors[1], by and through his undersigned counsel, files this response to the *Debtors' Objection to Late Filed and Disputed Ad Valorem Claims and Motion to Allow Remaining Claims Subject to Setoff* [Dkt No. 12276], and states:

    1.    The Debtors have objected to the Taylor County Tax Collector's Claim No. 13474 on the basis that the claim was late-filed and is the subject of a "determination of tax liability pending in objection to Florida Tax Claims objection [sic]." Claim No. 13474 is an amended Claim filed by Taylor County after certification of its 2005 tangible personal property tax roll. The claim was for taxes for the Debtors' Store No. 104 located at 2054 W Byron Butler Parkway.

    2.    The liquidated amount of the 2005 tangible personal property taxes for the Debtors' Store No. 104 located in Taylor County, Florida were included within the Master

---

[1] The "Florida Tax Collectors" consist of the tax collectors for each of the following counties within the State of Florida: Alachua, Baker, Bay, Bradford, Brevard, Broward, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Escambia, Flagler, Gadsden, Hardee, Hendry, Hernando, Highlands, Hillsborough, Indian River, Jackson, Jefferson, Lake, Lee, Leon, Levy, Madison, Manatee, Marion, Martin, Miami-Dade, Monroe, Nassau, Okaloosa, Okeechobee, Orange, Osceola, Palm Beach, Pasco, Pinellas, Polk, Putnam, Santa Rosa, Sarasota, Seminole, St. Johns, St. Lucie, Sumter, Suwannee, Taylor, Volusia, Wakulla, Walton and Washington.

Exhibit attached to the Florida Tax Collectors' Claim No. 12566.  Debtors have filed an objection to Claim No. 12566 and the Florida Tax Collectors' Motion to Dismiss, Motion to Abstain, and Motion for Leave to File Proof of Claim Without Prejudice are currently pending before this Court for ruling after argument held October 5, 2006.  These Motions are currently under advisement by the Court and resolution of the issues in this objection are best considered within the context of the pending motions.

3. Taylor County and the Florida Tax Collectors object to the entry of any relief on the Debtors' Objection to Late Filed and Disputed Tax Claims which conflicts with the relief requested within the proceedings on the Debtors' objection to the Florida Tax Collectors' Claim No. 12566.  Since the afore-mentioned motions are pending, this matter should be held in abeyance until such time as a global resolution of all outstanding Florida Tax Collectors' issues including this objection.

Dated: November 22, 2006							Respectfully submitted,

Brian T. Hanlon, Esq.
Office of the Tax Collector
P.O. Box 3715
West Palm Beach, Florida 33402-3715
Telephone: (561) 355-2142
Facsimile: (561) 355-1110
tc_legal_services@co.palm-beach.fl.us
Florida Bar No. 962562

By:___/s/ Brian T. Hanlon_____
      Co-Counsel for Florida
      Tax Collectors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Taylor County Tax Collector's Response to Debtors' Objection to Late Filed and Disputed Ad Valorem Claims and Motion to*

*Allow Remaining Claims Subject to Setoff* has been served this 22nd day of November, 2006 by *Notice of Electronic Filing* on **Skadden, Arps, Slate, Meagher & Flom, LLP**, Attn: D. J. Baker, Sally McDonald Henry and Rosalie Walker Gray, Attorneys for Debtors; **Smith Hulsey & Busey**, Attn: Stephen D. Busey, James H. Post and Cynthia C. Jackson, Attorneys for Debtors; **United States Trustee**, Attn: Elena L. Escamilla, and to all other parties receiving electronic notice.

      /s/ Brian T. Hanlon
      Brian T. Hanlon, Esq.

N:\Legal Services\WIP\W\Winn-Dixie Stores\Pleadings\Response to Objection to Late Filed and Disputed Ad Valorem Claims.doc