## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE:                                )
                                      )
WINN DIXIE STORES, et al.             )        Case No. 05-03817-3F1
                                      )
            Debtors.                  )        *Chapter 11*
                                      )        Jointly Administered
_____)

### OBJECTION(S) TO DEBTORS TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS ARISING FROM UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY (I) THAT HAVE BEEN ASSUMED, (II) THAT HAVE BEEN ASSUMED AND ASSIGNED, OR (III) THAT ARE THE SUBJECT OF LEASE TERMINATION AGREEMENTS AND NOTICE OF UNAVAILABILITY ON NOVEMBER 30, 2006.

NOW COMES, SARRIA ENTERPRISES, INC., LAGO PLAZA SHOPPING CENTER, INTERPLAZA SHOPPING CENTER, TWIN OAKS PLAZA and HOMESTEAD PLAZA ("Sarria Related Entities"), by and through the undersigned counsel and hereby files this Objection to the Debtor's 26th Omnibus Objection To Claims Arising From Unexpired Leases Of Non-Residential Real Property (I) That Have Been Assumed, (II) That Have Been Assumed And Assigned, Or (III) That Are The Subject Of Lease Termination Agreements, limited only to the amounts of Cure (not assumption and/or reclassification) with respect to Winn Dixie Store Numbers 270, 237, 302 and 330 and states in support thereof:

1.     Sarria Related Entities are Landlords for the following Winn Dixie Locations: Store Numbers 270, 237, 302 and 330.

2.     At the commencement of this action, Sarria Enterprises, Inc. filed a Claim, Claim Number (the "Claim") asserting that it was due sums comprised of property taxes arising in the years prior to the Debtor's bankruptcy petition.

In Re: Winn Dixie Stores, et al.
Case No. 05-03817-3F1

3.      The Debtor seeks to reclassify the Claim as an administrative claim. Sarria does not object to re-classification nor does Sarria object that there is at least $124,035.70 due pursuant to the Claim.

4.      However, the Sarria Related Entities assert that in addition to the Claim, there is due and owing the sum of $77,209.76 to the Sarria Entities (See Exhibit "A") with respect to sums due under its leases, not inclusive of attorneys' fees.

5.      The Sarria Related Entities filed Objections to the proposed assumption of their leases asserting that the Cure Amounts were improper.

6.      Exhibit "A" consists of documenting proof and testimonial evidence via Affidavit of the amounts that are due and owing to each of the respective Sarria Related Entities with regard to each of the referenced Winn Dixie stores.

7.      Accordingly, the Sarria Related Entities object to the relief sought by Debtor, but only to the extent the granting of said relief impacts the amounts due and owing to the Sarria Related Entities either with respect to the Claim or with respect to the amounts due to the Sarria Entities as a result of the assumption of the leases.

8.      Finally, the undersigned has an unavoidable conflict for the 30th of November, 2006 and requests that any matters relating to the Sarria Related Entities be continued.

WHEREFORE, it is respectfully requested this Court: (a) allow the reclassification of the Sarria Related Entities' claim(s) to administrative and allow the same to the extent of at least the sum of $124,035.70; (b) allow the remainder of the contested sums to cure to be determined via hearing; (c) excuse counsel for the Sarria Related Entities from attending the hearing as he has an unavoidable conflict, thus

In Re: Winn Dixie Stores, et al.
Case No. 05-03817-3F1

continuing these matters with respect to the Sarria Related Entities, and (d) such other

and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing

has been served via electronic notice if registered in the Electronic Case Filing System,

otherwise by U.S. Mail on this 22nd day of November, 2006 to: D.J. Baker. Sally

McDonald, Henry and Rosalie W. Gray, Skadden, Arpts, Slate, Meagher & Flom, LLP.

Four Times Square. New York, NY 10036-6522 and Stephen D. Busey, James H. Post,

Cynthia C. Jackson, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville,

FL 32202, Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, FL 32254.

BURGER, FARMER, COHEN P.L.
1601 Forum Place, Suite 404
West Palm Beach, FL 33401
Telephone Number: (561) 689-1663
Facsimile Number: (561) 689-1707

/s/ Alan M. Burger
Alan M. Burger, Esq.
Florida Bar Number: 833290


/s/ Michael A. Kaufman
Michael A. Kaufman, Esq.
Florida Bar No.: 0628042

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 05-03817-3F1 |
| WINN DIXIE STORES, et al. | ) | |
| | ) | *Chapter 11* |
| Debtors. | ) | Jointly Administered |
| | ) | |

### AFFIDAVIT OF FRANCISCO SARRIA

1.      Attached hereto as Composite Exhibit "A" are documents and correspondence relating to sums that are due and owing by Winn Dixie Stores, Inc. to the various Sarria Related Entities.

2.      With regard to Winn Dixie *Store Number 237*, I am a Director of Sarria Enterprises, Inc.  Upon checking our books and records, there is due and owing the sum of $131,354.67 to Sarria Enterprises, Inc.

3.      I am a Director of Sarria Holdings, Inc.  With respect to Winn Dixie's portion of real property taxes for Winn Dixie *Store Number 270*, upon checking our books and records, there is due and owing the sum of $20,054.81 to Sarria Holdings, Inc.

4.      I am the Vice President of Sarria Holdings IV, Inc.  With regard to Winn Dixie *Store Number 302*, upon checking our books and records, there is due and owing the sum of $43,378.37 to Sarria Holdings IV, Inc.

5.      I am a Director of Sarria Holdings II, Inc.  With regard to *Store Number 330*, the Debtor has listed the sum due to Sarria Holdings II, Inc. and Sarria Holdings II, Inc. agrees with the number provided.

6.      None of the above sums includes property taxes for the 2006 year which are due to be paid no later than the last day of November, 2006 or attorneys' fees due as a result of Winn Dixie's breaches of the lease(s).

### VERIFICATION

I certify that I have reviewed the entire content of this motion under penalty of perjury under the laws of the State of Florida and that all statements, answers and representations made therein are true and correct.

Francisco Sarria

### COMPOSITE EXHIBIT "A"

# STORE 237



February 2, 2006

RICHARD M. TANSI
Manager, Sales/Use and Property Tax

*Via Telecopy with Confirmation and*
*Certified mail, Return Receipt*
100 6921 9020 0007 0622



Sarria Enterprises Inc.
Attn: Mr. Francisco Sarria
4725 S W 8th Street
Miami, FL 33134

Re:    Store #237

Dear Landlord:

On February 21, 2005 (the "Petition Date"), Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"), filed petitions for relief under Chapter 11 of the United States Bankruptcy Code. These cases are being jointly administered in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, as Case no. 05-03817-3F1(the "Bankruptcy Court").

The Debtors have received your request for reimbursement of the amount of $27,455.16 representing state or local property taxes you report that you have paid to the applicable taxing authority in connection with the Lease. A portion of the taxes for which you seek reimbursement are for taxes which accrued prior to the Petition Date. Because these taxes accrued prior to the Petition Date, the Debtors are not at this time authorized by the Bankruptcy Code to reimburse you. If the Debtors assume the Lease pursuant to section 365 of the Bankruptcy Code, you will be reimbursed in full at the time of the assumption. If the Debtors reject the Lease, you will receive a distribution only if (i) you filed a timely proof of claim for the taxes (ii) the claim is allowed by the Bankruptcy Court and (iii) a plan of reorganization is confirmed by the Bankruptcy Court. The Debtors will make any such distribution at that time and in the amount and form provided by the confirmed plan.

As to your reimbursement request for taxes which accrued after the Petition Date (through 12/31/05), a check is enclosed totaling $23,543.74.

Sincerely,

Richard M. Tansi
Winn Dixie Stores, Inc.

WINN-DIXIE JACKSONVILLE        PO BOX B, 5050 EDGEWOOD COURT        JACKSONVILLE, FL 32203-0297        (904) 783-5000
JACKSONVILLE DIVISION

 Printed on Recycled Paper

WD 22-492

# INTERPLAZA SHOPPING CENTER
## SARRIA ENTERPRISES, INC.
4725 SW 8TH STREET
Miami, Florida 33134
305.441.9412

**SENT VIA FACSIMILE AND CERTIFIED MAIL R.R.R.**
**904.370.6055**

January 26, 2006

Jane Dewitt
Property Manager
Winn Dixie Stores
5050 Edgewood Court
P.O. Box B
Jacksonville, Florida 32203-0297

      Re:    Real Estate Tax Reconciliation
              Store No. 237
              INTERPLAZA SHOPPING CENTER
              12254 S.W. 8th Street
              Miami, Florida

Dear Jane:

In accordance with Page 15, Article 37, of the Winn Dixie's Lease of Store No. 237, which states the following: "During the term of this Lease and any extensions thereof, Tenant agrees to pay Landlord as additional rental amount of any increases in ad valorem real estate taxes...in excess of the amount of such taxes levied thereon for the first full calendar year of the Lease term."

Following please find a breakdown of the 2005 Real Estate Taxes and Winn Dixie's responsibility herein. Please note the first full calendar year was 1983.

| | |
|---|---|
| TOTAL 2005 REAL ESTATE TAX EXPENSES: | $192,626.49 |
| BASE YEAR 1983 | $ 82,309.92 |
| DIFFERENCE | $110,316.57 |
| SQUARE FOOTAGE OF STORE LOCATION | 25,600 + 8,000 = 33,600 |
| $ COST/SQFT | $ 110,316.57 |
| | 120, 102 SQFT = 0.9185/SQFT |

TOTAL AMOUNT FOR 2005      (33,600 SQFT) x (0.9185/SQF) = $ 30,862.41

Following, for your records are copies of the tax payment records. Please feel free to contact me should you have any questions. Otherwise, we kindly request payment of such be remitted as soon as possible. Thank you in advance for your attention to this matter.

Regards,


Richard Sarria
Sarria Enterprises, Inc
Assistant Mercy Alvarez

Enclosures

# 2005 COMBINED TAX MEMORANDUM NOTICE

Miami-Dade County, Florida

## NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

084335

| FOLIO NUMBER | MUNICIPALITY | MILL CODE | ASSESSED VALUE |
|---|---|---|---|
| 30-4901-008-0010 | UNINC. MIAMI-DADE | 3000 | 9,392,566 |

**Mailing Address**
SARRIA ENTERPRISES INC
4725 SW 8 ST
CORAL GABLES FL 33134

**Property Address**
12210-78 SW 8 ST

### AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE PER | $1,000 OF TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|
| School Board | 7.94700 | 9,392,566 | 74,642.72 |
| School Board Debt Service | 0.49100 | 9,392,566 | 4,611.75 |
| Florida Inland Navigation Dist | 0.03850 | 9,392,566 | 361.61 |
| South Florida Water Mgmt District | 0.59700 | 9,392,566 | 5,607.36 |
| Everglades Construction Project | 0.10000 | 9,392,566 | 939.26 |
| Childrens Trust Authority | 0.42880 | 9,392,566 | 4,027.53 |
| County Wide Operating | 5.83500 | 9,392,566 | 54,805.62 |
| County Wide Debt Service | 0.28500 | 9,392,566 | 2,676.88 |
| Library District | 0.48600 | 9,392,566 | 4,564.79 |
| Fire Rescue Operating | 2.60900 | 9,392,566 | 24,505.20 |
| Fire Rescue Debt Service | 0.05200 | 9,392,566 | 488.41 |
| Unincorporated Operating | 2.44700 | 9,392,566 | 22,983.61 |

### NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | FOOTAGE/UNITS | AMOUNT |
|---|---|---|---|
| Light-International Gardens | 0.5838 | 750.00 | 437.85 |

Combined taxes and assessments **$200,652.59**

4% Discount for November **$192,626.49**

**BILL REQUESTED BY**

Mortgage Co.: OCEAN BANK
Mtg Co. # : 121    Loan # : 010109651663

Your tax bill has been requested by the above noted mortgage service company for payment. Florida law requires mortgage service companies to make early payment for maximum discount, if sufficient funds are maintained in your escrow account.

30-4901-008-0010
FOLIO NUMBER

12210-78 SW 8 ST
PROPERTY ADDRESS

If you no longer have an escrow account and are responsible for paying these taxes, you may detach this portion, mail or visit one of our office locations listed on back. Make check payable and mail to Miami-Dade Tax Collector, 140 W. Flagler Street, Miami, FL 33130. Your payment must be made prior to December 1 to obtain maximum discount.

SARRIA ENTERPRISES INC
4725 SW 8 ST
CORAL GABLES FL 33134

LEGAL DESCRIPTION
INTERNATIONAL SHOPPING CENTER
PB 116-32
TR A
LOT SIZE 360241 SQ FT

50033 30490100800100 0020065259 00000000 0000000 0000000 00000 4

# STORE 270



April 19, 2006



RICHARD M. TANSI
Manager, Sales/Use and Property Tax

Sarria Holdings Inc
C/o Francisco Sarria
4725 SW 8th Street
Miami, FL 33134

Re:    Store # 270

Ĥoo 6921 9020 0007 4699

Dear Landlord:

On February 21, 2005 (the "Petition Date"), Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"), filed petitions for relief under Chapter 11 of the United States Bankruptcy Code. These cases are being jointly administered in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, as Case no. 05-03817-3F1(the "Bankruptcy Court").

The Debtors have received your request for reimbursement of the amount of $13,680.88 representing state or local property taxes you report that you have paid to the applicable taxing authority in connection with the Lease. A portion of the taxes for which you seek reimbursement are for taxes which accrued prior to the Petition Date. Because these taxes accrued prior to the Petition Date, the Debtors are not at this time authorized by the Bankruptcy Code to reimburse you. If the Debtors assume the Lease pursuant to section 365 of the Bankruptcy Code, you will be reimbursed in full at the time of the assumption. If the Debtors reject the Lease, you will receive a distribution only if (i) you filed a timely proof of claim for the taxes (ii) the claim is allowed by the Bankruptcy Court and (iii) a plan of reorganization is confirmed by the Bankruptcy Court. The Debtors will make any such distribution at that time and in the amount and form provided by the confirmed plan.

As to your reimbursement request for taxes which accrued after the Petition Date (through 12/31/05), a check is enclosed totaling $11,731.82.

Sincerely,

Richard M. Tansi
Winn Dixie Stores, Inc.

Printed on Recycled Paper

WD 22-102



# F A X

**Winn-Dixie Stores, Inc.**

5050 Edgewood Court
Jacksonville, FL 32254
904.783.5065



| | |
|---|---|
| **To:** Frank Sarria<br>**Fax number:** 305.441.1755 | |
| **From:** Jane DeWitte<br>**Fax number:** 904.370.6055 | |
| **Date:** March 30, 2006 | |
| **Regarding:** Winn-Dixie Store #270<br>**2003, 2004 & 2005 Real Estate Recon.** | |
| **Phone number for follow-up:**<br>305.441.9412 | |

**Comments:** I received your voice message concerning the Real Estate Taxes for the referenced location. The amount of $13,680.88 was approved for the 2005 taxes but only $11,731.82 was paid as it was prorated due to bankruptcy.

The 2003 and 2004 were not paid as the lease specifically states that we should receive the tax bill no later than December 31 of the calendar year following the year in which the taxes were due.

If you have any questions please contact me.

*Jane*

R.E. TAXES

If such taxes shall not be assessed separately, but shall be included within an assessment of the demised premises and others, said assessments shall be fairly apportioned to determine Tenant's share thereof. Such apportionment shall be made in the ratio which the square footage of all store buildings (including additional floor levels) from time to time existing in the shopping center. The amount of taxes attributable to the shopping center, and for which Tenant is to reimburse Landlord in part, shall be less any abatements, discounts or refunds thereon. Upon request of Tenant, Landlord agrees to exhibit to Tenant the paid tax statements as evidence of the basis upon which any increase in taxes is chargeable to Tenant and an "as built" survey of the shopping center, and such additional rental shall be payable by Tenant on demand after payment by Landlord. All taxes, other than ad valorem real estate taxes, including special assessments, improvement liens and the like shall remain the sole responsibility of the Landlord. However, Tenant shall remain responsible for sales taxes on rentals levied by law on lessees.

Tenant shall have the right from time to time to contest or protest or review by legal proceedings or in such other manner as may be provided, any such taxes, assessments or other governmental impositions aforementioned, and to institute such proceedings in the name of the Landlord as the Tenant may deem necessary; provided, however, any expense incurred by reason thereof shall be borne by the Tenant and such proceedings conducted free of all expense to the Landlord.

Notwithstanding the above, it is agreed that Tenant's obligation to make the payments herein described is expressly conditioned upon receipt from Landlord of a written statement for such ad valorem real estate tax increase contributions (as well as the other documents described herein if requested by Tenant) no later than December 31 of the calendar year following the year in which the taxes were due.

IN WITNESS WHEREOF, the Landlord and Tenant have executed this agreement the day and year first above written.

Signed, sealed and delivered in the presence of:

LAGO PLAZA, INC., a Florida corporation

By ___ Its President
Attest ___ Its Secretary

CORPORATE SEAL
LANDLORD

As to Landlord

WINN-DIXIE STORES, INC., a Florida corporation

By ___ Its President
Attest ___ Its Secretary

CORPORATE SEAL
TENANT

As to Tenant

- 18 -



# SARRIA HOLDINGS, INC.
### A REAL ESTATE HOLDING COMPANY

4725 SW 8TH STREET
MIAMI, FL 33134
PH: 305.441.9412
FAX: 305.441.1755

### SENT VIA FACSIMILE AND CERTIFIED MAIL R.R.R.
### 904.370-8055

Jane Dewitt
Property Manager
Winn Dixie Stores
P.O. Box B
Jacksonville, Florida 32203

        Re:    2005 Real Estate Reconciliation
               Store No. 270
               LAGO PLAZA
               2750 W. 68TH STREET
               Hialeah, Florida

Dear Jane:

In accordance with Page 17, Paragraph 37, of the Winn Dixie's Lease of Store No. 270, which states the following: "During the term of this Lease and any extensions thereof, Tenant agrees to pay Landlord as additional rental amount of any increases in ad valorem real estate taxes...in excess of the amount of such taxes levied thereon for the first full calendar year of the Lease term."

The 2005 Real Estate Tax amount equated to $ 242,159.77  Please note the first full calendar year was 1992.  Following please find a breakdown of the 2005 Real Estate Taxes and Winn Dixie's responsibility herein:

| | |
|---|---|
| TOTAL 2004 REAL ESTATE TAX EXPENSES: | $242,159.77 |
| BASE YEAR 1979 | $180,395.05 |
| DIFFERENCE | $61,764.72 |
| SQUARE FOOTAGE OF STORE LOCATION | 34,497 |
| TENANT'S PRO-RATE SHARE (22.15%) | $13,680.88 |
| | (Based on a gross leasable area of 155,675 Sq. Ft) |
| | |
| TOTAL AMOUNT DUE AND OWING | $13,680.88 |

Please feel free to contact me should you have any questions regarding your portion. Otherwise, we kindly request payment of such be remitted as soon as possible. Thank you in advance for your attention to this matter.

Regards,

Francisco Sarria
Sarria Holdings II, Inc.

# 2005 REAL ESTATE PROPERTY TAXES

Miami-Dade County, Florida

## NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

150047

| FOLIO NUMBER | MUNICIPALITY | MILL CODE | ASSESSED VALUE |
|---|---|---|---|
| 04-2034-171-0030 | HIALEAH | 0400 | 11,200,000 |

Mailing Address
SARRIA HOLDINGS INC
4725 SW 8 ST
MIAMI FL 33134

Property Address
2750 W 68 ST

### AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE PER | $1,000 OF TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|
| School Board | 7.94700 | 11,200,000 | 89,006.40 |
| School Board Debt Service | 0.49100 | 11,200,000 | 5,499.20 |
| Florida Inland Navigation Dist | 0.03850 | 11,200,000 | 431.20 |
| South Florida Water Mgmt District | 0.59700 | 11,200,000 | 6,686.40 |
| Everglades Construction Project | 0.10000 | 11,200,000 | 1,120.00 |
| Childrens Trust Authority | 0.42880 | 11,200,000 | 4,802.56 |
| County Wide Operating | 5.83500 | 11,200,000 | 65,352.00 |
| County Wide Debt Service | 0.28500 | 11,200,000 | 3,192.00 |
| Hialeah Operating | 6.80000 | 11,200,000 | 76,160.00 |

### NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | FOOTAGE/UNITS | AMOUNT |
|---|---|---|---|



NOV 25 2005

CP No. 2658

Combined taxes and assessments $252,249.76

## SAVE TIME. PAY ONLINE. www.miamidade.gov

E-checking is now available

If paid by November 30, 2005 $242,159.77
If paid by December 31, 2005 $244,682.27
If paid by January 31, 2006 $247,204.76
If paid by February 28, 2006 $249,727.26
If paid by March 31, 2006 $252,249.76

↑ RETAIN FOR YOUR RECORDS ↑



SARRIA HOLDINGS, INC.
DBA LAGO PLAZA SHOPPING CTR.

2658

83-1133/660
01

PAY TO THE ORDER OF _MIAMI - DADE Tax collector_

_Two thousand FORTY Two thousand one hundred FiFTY nine ———— 77/—_ DOLLARS

DATE __11/25/05__   $ _242,159.77_

OCEAN BANK
MIAMI FLORIDA

FOR _Nov 06, 04-2024-171-0030_

⑂ 02658 ⑂  ⑂066011330⑂ 0101233250 ⑂



# SARRIA HOLDINGS, INC.
### A REAL ESTATE HOLDING COMPANY

4725 SW 8TH STREET
MIAMI, FL 33134
PH: 305.441.9412
FAX: 305.441.1755

## SENT VIA FACSIMILE AND CERTIFIED MAIL R.R.R.
### 904.370-8055

Jane Dewitt
Property Manager
Winn Dixie Stores
P.O. Box B
Jacksonville, Florida 32203

Re:    2004 Real Estate Reconciliation
Store No. 270
LAGO PLAZA
2750 W. 68TH STREET
Hialeah, Florida

Dear Jane:

In accordance with Page 17, Paragraph 37, of the Winn Dixie's Lease of Store No. 270, which states the following: "During the term of this Lease and any extensions thereof, Tenant agrees to pay Landlord as additional rental amount of any increases in ad valorem real estate taxes…in excess of the amount of such taxes levied thereon for the first full calendar year of the Lease term."

The 2004 Real Estate Tax amount equated to $229,525.92  Please note the first full calendar year was 1992.  Following please find a breakdown of the 2004 Real Estate Taxes and Winn Dixie's responsibility herein:

| | |
|---|---|
| TOTAL 2004 REAL ESTATE TAX EXPENSES: | $229,525.92 |
| BASE YEAR 1979 | $180,395.05 |
| DIFFERENCE | $49,130.87 |
| SQUARE FOOTAGE OF STORE LOCATION | 34,497 |
| TENANT'S PRO-RATE SHARE (22.15%) | $10,882.48 |
| | (Based on a gross leasable area of 155,675 Sq. Ft) |
| | |
| TOTAL AMOUNT DUE AND OWING | $10,882.48 |

Please feel free to contact me should you have any questions regarding your portion. Otherwise, we kindly request payment of such be remitted as soon as possible.  Thank you in advance for your attention to this matter.

Regards,

Francisco Sarria
Sarria Holdings II, Inc.

# 2004 REAL ESTATE PROPERTY TAXES

Miami-D    County, Florida

## NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

### SEE REVERSE SIDE FOR IMPORTANT INFORMATION

065558

| FOLIO NUMBER | MUNICIPALITY | MILL CODE | ASSESSED VALUE |
|---|---|---|---|
| 04-2034-171-0030 | HIALEAH | 0400 | 9,899,034 |

SARRIA HOLDINGS INC
4725 SW 8 ST
MIAMI FL 33134

Property Address
2750 W 68 ST

### AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE PER $1,000 OF TAXABLE VALUE | | TAXES LEVIED |
|---|---|---|---|
| School Board | 8.09000 | 9,899,034 | 80,083.19 |
| School Board Debt Service | 0.59700 | 9,899,034 | 5,909.72 |
| Florida Inland Navigation Dist | 0.03850 | 9,899,034 | 381.11 |
| South Florida Water Mgmt District | 0.59700 | 9,899,034 | 5,909.72 |
| Everglades Construction Project | 0.10000 | 9,899,034 | 989.90 |
| Childrens Trust Authority | 0.44420 | 9,899,034 | 4,397.15 |
| County Wide Operating | 5.93500 | 9,899,034 | 58,750.77 |
| County Wide Debt Service | 0.28500 | 9,899,034 | 2,821.22 |
| Hialeah Operating | 7.10000 | 9,899,034 | 70,283.14 |



SH # 2424

### NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | FOOTAGE/UNITS | AMOUNT |
|---|---|---|---|
| | | | |

| AMOUNT IF PAID BY: (PAY ONLY ONE AMOUNT) 2004 | | | Combined taxes and assessments $229,525.92 | | |
|---|---|---|---|---|---|
| NOVEMBER 30, 2004 | DECEMBER 31, 2004 | JANUARY 31, 2005 | FEBRUARY 28, 2005 | MARCH 31, 2005 | APRIL, 2005 (Delinquent) |
| 220,344.88 | 222,640.14 | 224,935.40 | 227,230.66 | 229,525.92 | 236,411.70 |

↓ RETAIN FOR YOUR RECORDS ↓

2424



SARRIA HOLDINGS, INC.
DBA LAGO PLAZA SHOPPING CTR.

2424

63-1139/560
01

DATE 3/21/2005

PAY TO THE
ORDER OF    Miami-Dade Tax Collector    $ 229.5592

Two hundred twenty nine thousand five hundred fifty nine and 92/100    DOLLARS

OCEAN BANK

FOR #04-2030-014-0030

#00 2424#   #0560 11390#   0 101 236 2 1085#





**SARRIA HOLDINGS, INC.**
A REAL ESTATE HOLDING COMPANY

4725 SW 8TH STREET
MIAMI, FL 33134
PH: 305.441.9412
FAX: 305.441.1755

**SENT VIA FACSIMILE AND CERTIFIED MAIL R.R.R.**
**904.370-8055**

Jane Dewitt
Property Manager
Winn Dixie Stores
P.O. Box B
Jacksonville, Florida 32203

      Re:    2003 Real Estate Reconciliation
               Store No. 270
               LAGO PLAZA
               2750 W. 68TH STREET
               Hialeah, Florida

Dear Jane:

In accordance with Page 17, Paragraph 37, of the Winn Dixie's Lease of Store No. 270, which states the following: "During the term of this Lease and any extensions thereof, Tenant agrees to pay Landlord as additional rental amount of any increases in ad valorem real estate taxes…in excess of the amount of such taxes levied thereon for the first full calendar year of the Lease term."

The 2003 Real Estate Tax amount equated to $213,005.76. Please note the first full calendar year was 1992. Following please find a breakdown of the 2003 Real Estate Taxes and Winn Dixie's responsibility herein:

| | |
|---|---|
| TOTAL 2003 REAL ESTATE TAX EXPENSES: | $213,005.76 |
| BASE YEAR 1979 | $180,395.05 |
| DIFFERENCE | $32,610.71 |
| SQUARE FOOTAGE OF STORE LOCATION | 34,497 |
| TENANT'S PRO-RATE SHARE (22.15%) | $ 7,223.27 |
| | (Based on a gross leasable area of 155,675 Sq. Ft) |
| | |
| TOTAL AMOUNT DUE AND OWING | $7,223.27 |

Please feel free to contact me should you have any questions regarding your portion. Otherwise, we kindly request payment of such be remitted as soon as possible. Thank you in advance for your attention to this matter.

Regards,

Francisco Sarria
Sarria Holdings II, Inc.

# 2003 REAL ESTATE PROPERTY TAXES

Miami-Dade County, Florida

## NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

SEE REVERSE SIDE FOR MORE INFORMATION

| FOLIO NUMBER | MUNICIPALITY | MILL CODE | ASSESSED VALUE |
|---|---|---|---|
| 04-2034-171-0030 | HIALEAH | 0400 | 9,200,000 |
| | | | 120601 |

SARRIA HOLDINGS INC.
4725 SW 8 ST
MIAMI FL 33134-

Property Address
2750 W 68 ST

| | AD VALOREM TAXES | | |
|---|---|---|---|
| TAXING AUTHORITY | MILLAGE RATE PER $1,000 OF TAXABLE VALUE | | TAXES LEVIED |
| School Board | 8.41800 | 9,200,000 | 77,445.60 |
| School Board Debt Service | 0.68200 | 9,200,000 | 6,274.40 |
| Florida Inland Navigation Dist | 0.03850 | 9,200,000 | 354.20 |
| South Florida Water Mgmt District | 0.59700 | 9,200,000 | 5,492.40 |
| Everglades Construction Project | 0.10000 | 9,200,000 | 920.00 |
| Childrens Trust Authority | 0.50000 | 9,200,000 | 4,600.00 |
| County Wide Operating | 5.96900 | 9,200,000 | 54,914.80 |
| County Wide Debt Service | 0.28500 | 9,200,000 | 2,622.00 |
| Hialeah Operating | 7.52800 | 9,200,000 | 69,257.60 |

| LEVYING AUTHORITY | NON-AD VALOREM ASSESSMENTS | | |
|---|---|---|---|
| | RATE | FOOTAGE/UNITS | AMOUNT |

Combined taxes and assessments: $221,881.00

↑ RETAIN FOR YOUR RECORDS ↑

| AMOUNT IF PAID IN: (PAY ONLY ONE AMOUNT) | | | | | 2003 |
|---|---|---|---|---|---|
| NOVEMBER | DECEMBER | JANUARY | FEBRUARY | MARCH | APRIL (Delinquent) |
| 213,005.76 | 215,224.57 | 217,443.38 | 219,662.19 | 221,881.00 | 226,537.43 |



SARRIA HOLDINGS, INC.
DBA LAGO PLAZA SHOPPING CTR.

1923

83-1139/660
01

OCEAN BANK
780 N.W.42nd AVE.
MIAMI, FLORIDA 33126

PAY
TO THE
ORDER OF  DADE COUNTY TAX COLLECTOR

Two Hundred Thirteen Thousand Five Dollars ————— 76/xx

DATE  11/28/03

$ 213,005 76/100

DOLLARS

FOR  Reno No. 024-2034-171-0030

# STORE 302

Miami-Dade County, Florida

# 2005 REAL ESTATE PROPERTY TAXES
## NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS
### SEE REVERSE SIDE FOR IMPORTANT INFORMATION

150066

| FOLIO NUMBER | MUNICIPALITY | MILL CODE | ASSESSED VALUE |
|---|---|---|---|
| 10-7918-005-0020 | HOMESTEAD | 1000 | 10,224,687 |

Mailing Address
SARRIA HOLDINGS IV INC
4725 SW 8 STREET
MIAMI FL 33134

Property Address
120 NE 8 ST

| AD VALOREM TAXES | | | |
|---|---|---|---|
| TAXING AUTHORITY | MILLAGE RATE PER | $1,000 OF TAXABLE VALUE | TAXES LEVIED |
| School Board | 7.94700 | 10,224,687 | 81,255.59 |
| School Board Debt Service | 0.49100 | 10,224,687 | 5,020.32 |
| Florida Inland Navigation Dist | 0.03850 | 10,224,687 | 393.65 |
| South Florida Water Mgmt District | 0.59700 | 10,224,687 | 6,104.14 |
| Everglades Construction Project | 0.10000 | 10,224,687 | 1,022.47 |
| Childrens Trust Authority | 0.42880 | 10,224,687 | 4,384.35 |
| County Wide Operating | 5.83500 | 10,224,687 | 59,661.05 |
| County Wide Debt Service | 0.28500 | 10,224,687 | 2,914.04 |
| Library District | 0.48600 | 10,224,687 | 4,969.20 |
| Fire Rescue Operating | 2.60900 | 10,224,687 | 26,676.21 |
| Fire Rescue Debt Service | 0.05200 | 10,224,687 | 531.68 |
| Homestead Operating | 6.75000 | 10,224,687 | 69,016.64 |

| NON-AD VALOREM ASSESSMENTS | | | |
|---|---|---|---|
| LEVYING AUTHORITY | RATE | FOOTAGE/UNITS | AMOUNT |
| | | | |

Combined taxes and assessments $261,949.34

**SAVE TIME. PAY ONLINE. www.miamidade.gov**

E-checking is now available

If paid by November 30, 2005 $251,471.37
If paid by December 31, 2005 $254,090.86
If paid by January 31, 2006 $256,710.35
If paid by February 28, 2006 $259,329.85
If paid by March 31, 2006 $261,949.34

↑ RETAIN FOR YOUR RECORDS ↑

$ 251,471.37
$ 208,093.00     BASE YEAR
─────────────
$ 43,378.37 (2005)
                TOTAL OWED!