## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTORS AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, LCH Opportunities, LLC, and its successors and assigns ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Phillips Edison & Co., Ltd., as agent and representative for C. & A., Ltd., L.C. ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with Proof of Claim number 12096 and inclusive of any claims against any party and any guaranty obligations arising in connection with the underlying claims, in the aggregate outstanding principal amount of $35,997.18 (the "Claim Amount"), against Winn-Dixie Raleigh, Inc., and Winn-Dixie Stores, Inc., (together, the "Debtors"), debtors-in-possession in the chapter 11 cases, jointly administered under case number 05-03817 (the "Cases"), in the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtors, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed as of the 18th day of September, 2006.

LCH Opportunities, LLC, as Seller

By: _____
Name: Joseph M O'Connor
Title: Vice President

C. & A., Ltd., L.C.
c/o Phillips Edison & Co., Ltd.

By: _____
Name: R. MARK ADDY
Title: VICE PRESIDENT

1395163.1