**INVOICE - RENT AND OTHER CHARGES**

TED GLASRUD ASSOC OF DELAND FL  
759 SOUTH FEDERAL HWY  
SUITE 217  
STUART, FL 34994

Date: 04-21-2006  
Account: WINJBP1103

**Amount Enclosed:** _____

WINN DIXIE STORES, INC.  
R.E. (Store #308) ATTN: A.P.M.  
1141 SW 12TH AVE.  
POMPANO BEACH, FL 33069

Statement For:  
WINN DIXIE STORES, INC.  
1105 NE JENSEN BEACH BLVD

JENSEN BEACH, FL 34957

**Please enclose this portion with your remittance.**

Make checks payable to Managing Agent:  
  TED GLASRUD ASSOCIATES, INC.  
  759 SOUTH FEDERAL HWY  
  SUITE 217  
  STUART, FL 34994  
  (772)781-0771

Statement Date  
04-21-2006

| Unit | Charge Date | Description | Check No. | Amount |
|---|---|---|---|---|
| | | BALANCE FORWARD | | 27,755.76 ¥ |
| 1103 | 05-01-06 | CAM CHARGE | | 232.18 |
| 1103 | 05-01-06 | RENT CHARGE | | 7,500.00 |
| | | | | .00 |

**$35,487.94**  
===============

**Payment due on first of the month.**

If payment received after the 10th of the month, please pay   $35,487.94  
This statement does not reflect payments received from you after 04-21-2006.

*Please See Spreadsheet Attached*

WINN DIXIE STORES

| | |
|---|---:|
| BALANCE INCREASE REAL ESTATE TAXES AND INSURANCE 2003 | $214.94 |
| INCREASE REAL ESTATE TAXES AND INSURANCE 2004 | $10,894.28 |
| WATER USAGE MAY 6/10/04-2/22/05 | $5,046.54 |
| PD CHECK 8055545 | -$1,026.83 |
| PD CHECK 811706 | -$262.03 |
| INCREASE REAL ESTATE TAXES AND INSURANCE 2005 | $12,888.86 |
| TOTAL | $27,755.76 |

NOTE: Per +Winn Dixie, court has ordered them not to pay any items expenses incurred 02/25/05 or before.