Aug 22 06 01:31p       tga royalpalm              5617810964              p.1

## INVOICE - RENT AND OTHER CHARGES

TED GLASRUD ASSOC OF DELAND FL  
759 SOUTH FEDERAL HWY  
SUITE 217  
STUART, FL 34994  

Date: 08-21-2006  
Account: WINJBP1103  

Amount Enclosed: _____

WINN DIXIE STORES, INC.  
R.E. (Store #308) ATTN: A.P.M.  
1141 SW 12TH AVE.  
POMPANO BEACH, FL  33069  

Statement For:  
WINN DIXIE STORES, INC.  
1105 NE JENSEN BEACH BLVD  

JENSEN BEACH, FL  34957  

Please enclose this portion with your remittance.

Make checks payable to Managing Agent:  
TED GLASRUD ASSOCIATES, INC.  
759 SOUTH FEDERAL HWY  
SUITE 217  
STUART, FL 34994  
(772)781-0771  

Statement Date  
08-21-2006

| Unit | Charge Date | Description | Check No. | Amount |
|---|---|---|---|---|
|  |  | BALANCE FORWARD |  | 27,755.76 * |
| 1103 | 09-01-06 | CAM CHARGE |  | 232.18 |
| 1103 | 09-01-06 | RENT CHARGE |  | 7,500.00 |
|  |  |  |  | .00 |
|  |  |  |  | **$35,487.94** |

**Payment due on first of the month.**

If payment received after the 10th of the month, please pay    $35,487.94  
This statement does not reflect payments received from you after  08-21-2006 .

*✱ please See Attached*



EXHIBIT  
B

WINN DIXIE STORES

| | |
|---|---:|
| BALANCE INCREASE REAL ESTATE TAXES AND INSURANCE 2003 | $214.94 |
| INCREASE REAL ESTATE TAXES AND INSURANCE 2004 | $10,894.28 |
| WATER USAGE MAY 6/10/04-2/22/05 | $5,046.54 |
| PD CHECK 8055545 | -$1,026.83 |
| PD CHECK 811706 | -$262.03 |
| INCREASE REAL ESTATE TAXES AND INSURANCE 2005 | $12,888.86 ✶ |
| TOTAL | $27,755.76 |

NOTE: Per +Winn Dixie, court has ordered them not to pay any items expenses incurred 02/25/05 or before.

✶ Please pay this item immediately.

*[signature]* Sec.-Treasurer