| | | |
|---|---|---|
| Label Matrix for USBC<br>Middle District of Florida<br>Case 3:05-bk-03817-JAF<br>Thu Jun  9 10:13:43 EDT 2005 | Albert H Adams Jr<br>Irby Law Firm LLC<br>Post Office Box 910<br>Eufaula, AL 36027-0910 | Rachel E Adams<br>Stovash Case & Tingley PA<br>200 South Orange Avenue<br>Suite 1220<br>Orlando, FL 32801 |
| Appraisers Associated Ltd.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Arthur J. Spector<br>Berger Singerman, P.A.<br>350 E. Las Olas Boulevard<br>Suite 1000<br>Fort Lauderdale, FL 33301,  33301 | Ashely M. Chan, Esquire<br>Hangley Aronchick Segal & Pudlin<br>One Logan Square, 27th Floor<br>Philadelphia, PA  19103 |
| D.J. Baker<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 | Kenneth C Baker<br>Eastman & Smith LTD<br>One Seagate<br>24th Floor<br>Toledo, OH 43604 | Michael R. Bakst<br>Elk, Bankier, Christu & Bakst, LLP<br>222 Lakeview Avenue<br>Suite 1330<br>West Palm Be, FL 33401 |
| Dale R Baringer<br>Schaneville & Baringer<br>918 Government Street<br>Baton Rouge, LA 70802 | Earl M. Barker Jr.<br>Slott,  Barker & Nussbaum<br>334 E. Duval St.<br>Jacksonville, FL 32202 | Matthew Scott Barr<br>Milbank Tweed Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, NY 10005 |
| Matt E Beal<br>450 South Orange Avenue<br>Suite 800<br>Orlando, FL 32801 | Sabrina C Beavens<br>Iurillo & Associates, P.A.<br>Sterling Square<br>600 First Avenue North, Suite 308<br>St. Petersburg, FL 33701 | Keith L Bell Jr<br>Clark Partington Hart<br>Post Office Box 13010<br>Pensacola, FL 32502 |
| Margaret A. Benton<br>LAW OFFICE OF MARGARET A. BENTON<br>800 Virginia Ave., Suite 10<br>Fort Pierce, FL 34982 | Leslie A Berkoff<br>Moritt Hock Hamroff Horowitz LLP<br>400 Garden City Plaza<br>Garden City, NY 11530 | Brendan G. Best<br>400 Renaissance Center<br>Detroit, MI 48243-1668 |
| James E. Bird<br>Polsinelli Shalton & Welte, PC.<br>700 West 47th Street<br>Suite 1000<br>Kansas City, MO 64112 | David A. Blansky<br>LeMonica Herbst & Maniscalco, LLP<br>3305 Jerusalem Avenue<br>Suite 201<br>Wantagh, NY 11793 | Wanda Borges<br>Borges & Associates LLC<br>575 Underfill Boulevard<br>Suite 100<br>Syosset, NY 11791 |
| Jean Winborn Boyles<br>Johnson Hearn Vinegar Gee & Mercer PLLC<br>P.O. Box  1776<br>Raleigh, NC 27602 | Dustin Parker Branch<br>Katten Muchin Zavis Rosenman<br>2029 Century Park East<br>Suite 2600<br>Los Angeles, CA 90067-3012 | Wendy D Brewer<br>Barnes & Thornburg LLP<br>11 South Meridian Street<br>Indianapolis, IN 46204 |
| John P. Brice<br>Wyatt, Tarrant & Combs, LLP<br>250 West Main Street<br>Suite 1600<br>Lexington, KY 40507-1746 | Brian P Britt<br>Wilkins Bankester Biles & Wynne PA<br>Post Office Box 1367<br>Fairhope, AL 36533 | Robert J. Brown<br>Wyatt, Tarrant & Combs, LLP<br>250 West Main Street Suite 1600<br>Lexington, KY 40507 |
| Andrew M Brumby<br>Shutts & Bowen LLp<br>Post Office Box 4956<br>Orlando, FL 32802 | W. Steven Bryant<br>Locke Liddell & Sapp, LLP<br>600 Travis Street # 2600<br>Houston, TX 77002-3095 | Rachel S. Budke<br>Law Department, FL. Power and Light Co.<br>700 Universe Boulevard<br>Juno Beach, FL 33408 |

| | | |
|---|---|---|
| Buffalo Rock Co.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL  32802-3353,  32802-3353 | Charles A Buford<br>2560 Gulf to Bay Blvd., Ste. 300<br>Clearwater, FL 33765 | Jason B. Burnett<br>GrayRobinson, P.A.<br>50 N. Laura Street, Suite 1675<br>Jacksonville, FL 32202 |
| Thomas R. Califano<br>DLA Piper Rudnick Gray Cary US LLP<br>1251 Avenue of the Americas<br>29th Floor<br>New York, NY 10020-1104 | L Phillip Canova Jr<br>Canova & Delahaye<br>58156 Court Street<br>Plaquemine, LA 70764 | James S. Carr<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178 |
| Linda J. Casey<br>Pepper Hamilton LLP<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103-2799 | Catherine A Harrison<br>Miller & Martin PLLC<br>1170 Peachtree Street NE, Suite 800<br>Atlanta GA 30309 | George B Cauthen<br>Nelson Mullins Riley & scarborough LLP<br>Post Office Box 11070<br>1320 Main Street - 17th Floor<br>Columbia, SC 29211 |
| Lee Champion<br>Page Scrantom Sprouse Tucker & Ford, P.C<br>1111 Bay Avenue<br>3rd Floor<br>Columbus, GA 31901 | Emily Chou<br>1700 City Center Tower II<br>301 Commerce St.<br>Fort Worth, TX 76102 | Christian A. Petersen, Esquire<br>Gunster, Yoakley & Stewart, P.A.<br>500 E. Broward Blvd. Suite 1400<br>Fort Lauderdale, Florida 33394 |
| Citrus World, Inc., d/b/a Florida's Natu<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL  32802-3353,  32802-3353 | Cole Fine Foods<br>c/o Roy S. Kobert, Esquire<br>Broad and Cassel<br>P.O. Box 4961<br>Orlando, Florida 32802,  32802 | Michael E Collins<br>Manier & Herod<br>150 4th Avenue North<br>Suite 2200<br>Nashville, TN 37220 |
| Neal D. Colton<br>Cozen O'Connor<br>The Atrium<br>1900 Market Street<br>Philadelphia, PA 19103 | Concord-Fund IV Retail, L.P.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Conecuh Sausage Co., Inc.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 |
| David J Cook<br>Cook Perkiss & Lew<br>Post Office Box 270<br>San Francisco, CA 94104 | Betsy C Cox<br>Rogers Towers<br>1301 Riverplace Boulevard<br>Suite 1500<br>Jacksonville, FL 32207 | David N Crapo<br>Gibbons, Del Deo, Dolan etal<br>One Riverfront Plaza<br>Newark, NJ 07102-5496 |
| Timothy J. Curtin<br>Varnum Riddering Schmidt & Howlett, LLP<br>333 Bridge Street NW Suite 1700<br>P.O. Box 3<br>Grand Rapids, MI 49501-0352 | Ryan E Davis<br>Winderweedle Haines Ward & Woodman PA<br>Post Office Box 1391<br>Orlando, FL 32802 | Robert Dehney<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>Wilmington, DE 19899 |
| Paul H. Deutch<br>Troutman Sanders LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174 | Gerard DiConza<br>Bianchi Macron LLP<br>390 Old Country Road<br>Garden City, NY 11530 | Carolyn Hochsta Dicker<br>Klehr, Harrison, Harvey,<br>Branzburg & Ellers, LLP<br>260 South Broad Street<br>Philadelphia, PA 19102 |
| Mark G Duncan<br>Dwyer & Cambre<br>3421 North Causeway Boulevard<br>Metairie, LA 70002 | Dennis F. Dunne<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | David W. Dykhouse<br>Patterson, Belknap, Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036-6710 |

| | | |
|---|---|---|
| Earl M. Barker, Jr.<br>Slott, Barker & Nussbaum<br>334 East Duval Street<br>Jacksonville, Florida 32202 | Andrew B. Eckstein<br>Blank Rome LLP<br>405 Lexington Avenue<br>New York, NY 10174 | Henry A. Efroymson<br>Ice Miller<br>One American Square<br>Box 82001<br>Indianapolis, IN 46282-0200 |
| Jason H Egan<br>Mowrey & Biggins PA<br>515 North Adams Street<br>Tallahassee, FL 32301 | Judith Elkin<br>Haynes and Boone, LLP<br>901 Main Street<br>Suite 3100<br>Dallas, TX 75202 | Elston/Leetsdale, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 |
| Earle I Erman<br>Erman Teicher Miller Zucker & Freedman<br>400 Galleria Officentre<br>Suite 444<br>Southfield, MI 48034-2162 | Elena L Escamilla<br>135 W Central Blvd., Ste 620<br>Orlando, FL 32806 | William J. Factor<br>Seyfarth, Shaw, Fairweather & Geraldson<br>55 E. Monroe Street<br>Suite 4200<br>Chicago, IL 60603 |
| Lara Roeske Fernandez<br>Trenam, Kemker, et al<br>P O Box 1102<br>Tampa, FL 33601 | Richard L Ferrell III<br>Taft Stettinius & Hollister LLP<br>425 Walnut Street<br>Suite 1800<br>Cincinnati, OH 45202 | Charles J. Filardi Jr<br>Pepe & Hazard LLP<br>30 Jelliff Lane<br>Southport, CT 06890-1436 |
| Flagler Retail Associates, Ltd.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | J David Forsyth<br>Sessions Fishman & Nathan LLP<br>201 Saint Charles Avenue<br>Suite 3500<br>New Orleans, LA 70170 | Shawn Randall Fox<br>McGuireWoods LLP<br>1345 Avnue of the Americas<br>New York, NY 10128 |
| Fox Rothschi<br>Fox Rothschild LLP<br>13 East 37th Street<br>Suite 800<br>New York, NY 10016 | Joseph D Frank<br>Frank/Gecker LLP<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL 60610 | Mark J Friedman<br>DLA Piper Rudnick Gray Cary US LLP<br>6225 Smith Avenue<br>Baltimore, MD 21209 |
| Todd Mark Galante<br>St. John & Wayne, L.L.C.<br>Heron Tower<br>70 East 55th Street<br>New York, NY 10022 | J. Nathan Galbreath<br>Patton Boggs LLP<br>2001 Ross Avenue<br>Suite 3000<br>Dallas, TX 75201 | Gehr Florida Development, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 |
| Gene B Tarr Esq<br>Attorney for Domino Foods, Inc. and<br>Florida Crystals Food Corporation<br>PO Drawer 25008<br>Winston-Salem NC  27114-5008,  27114-500 | Charles L. Gibbs<br>McGuire Woods LLP<br>50 North Laura Street, Suite 3300<br>Jaksonville, FL 32202-3661 | Gary Ginsburg<br>Neiman Ginsburg & Mairanz, PC<br>39 Broadway, 25th Floor<br>New York, NY 10006 |
| James J. Glover<br>200 West Capitol Avenue, Suite 2300<br>Little Rock, AR 72201 | Priscilla W. Grannis<br>Rynn & Janowsky, LLP<br>6017 Pine Ridge Road, No. 341<br>Naples, FL 34119 | Danielle K Greco<br>Bradley Arant Rose & White LLP<br>1819 Fifth Avenue North<br>Birmingham, AL 35203 |
| Ira S. Greene<br>Hogan & Hartson, LLP<br>875 Third Avenue<br>New York, NY 10022 | Reginald A. Greene<br>Bellsouth Telecommunications, Inc.<br>675 W. Peachtree Street<br>Atlanta, GA 30375 | Janice Beth Grubin<br>Wormser, Kiely, Galef & Jacobs, LLP<br>825 Third Avenue<br>New York, NY 10022-7519 |

| | | |
|---|---|---|
| Rudi R. Grueneberg<br>Grueneberg Law Group, LLC<br>704 East Main Street<br>Bldg. E<br>Moorestown, NJ 08057 | Gustafson's, LLC<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL 32802-3353, 32802-3353 | Marc L. Hamroff<br>Moritt, Hock & Hamroff, LLP<br>400 Garden City Plaza<br>Suite 202<br>Garden City, NY 11530 |
| William F. Harmeyer<br>7322 Southwest Freeway<br>Suite 475<br>Houston, TX 77074 | Catherine A Harrison<br>Miller & Martin PLLC<br>1170 Peachtree Street Northeast<br>Atlanta, GA 30309 | John W Harrison Jr<br>Karem & Karem<br>333 Guthrie Green<br>Suite 312<br>Louisville, KY 40202 |
| Patrick L. Hayden<br>McGuireWoods LLP<br>1345 Avenue of the Americas<br>Seventh Floor<br>New York, NY 10105 | Edwin W. Held Jr.<br>1301 Riverplace Blvd., Ste. 1916<br>Jacksonville, FL 32207 | Edwin W. Held Jr.<br>Held & Israel<br>1301 Riverplace Blvd.<br>Suite 1916<br>Jacksonville, FL 32207 |
| Larry D. Henin<br>Anderson Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020 | Sally M. Henry<br>Skadden, Arps, Slate, Meagher & Flom<br>Four Times Square<br>New York, NY 10036-6522 | Neil E Herman<br>Morgan Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178 |
| Kenneth D. Herron Jr.<br>Wolff, Hill, McFarlin & Herron, P.A.<br>1851 W. Colonial Drive<br>Orlando, FL 32804 | David E. Hicks<br>Dennis LeVine & Associates, PA<br>PO Box 707<br>Tampa, FL 33601 | Terrance A Hiller<br>Kupelian Ormond & Magy PC<br>25800 Northwestern Highway<br>Suite 950<br>Southfield, MI 48075 |
| Robert L Holladay Jr<br>YoungWilliams PA<br>Post Office Box 23059<br>Jackson, MS 39225-3059 | Ralph E Hood<br>Kizer Hood & Morgan LLP<br>2111 Quail Run Drive<br>Baton Rouge, LA 70808 | Brian D. Huben<br>Katten Muchin Zavis Rosenman<br>2029 Century Park East<br>Suite 2600<br>Los Angeles, CA 90067-3012 |
| Patrick L Huffstickler<br>Cox Smith Matthews Incorporated<br>112 East Pecan Street<br>Suite 1800<br>San Antonio, TX 78205 | Inland Retail Real Estate Trust, Inc.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL 32802, 32802 | Laurel M. Isicoff<br>Kozyak, Tropin & Throckmorton, P.A.<br>2525 Ponce De Leon<br>9th Floor<br>Coral Gables, FL 33134 |
| Cynthia C. Jackson<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32201 | Solomon J. Jaskiel<br>275 Madison Avenue<br>11th Floor<br>New York, NY 10016 | John J. Wiles, Esq.<br>Wiles & Wiles<br>800 Kennesaw Avenue<br>Suite 400<br>Marietta, Georgia, 30060-7946 30060-7946 |
| Ronald Scott Kaniuk<br>Taplin & Associates<br>340 Fifth Avenue Suite 2418<br>New York, NY 10118 | Andrew C. Kassner<br>Drinker Biddle & Reath LLP<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6996 | Michael A Kaufman<br>Michael A Kaufman PA<br>1601 Forum Place<br>Suite 404<br>West Palm Beach, FL 33401 |
| Kenneth C Baker Esq<br>Eastman & Smith Ltd<br>One SeaGate 24th Floor<br>Toledo OH 43604 | Elena P. Ketchum<br>Stichter, Riedel, Blain & Prosser<br>110 E. Madison St., Suite 200<br>Tampa, FL 33602 | Kite Realty Group Trust<br>c/o Roy S. Kobert, Esquire<br>Broad and Cassel<br>P.O. Box 4961<br>Orlando, Florida 32802, 32802 |

| | | |
|---|---|---|
| Roy S Kobert<br>Post Office Box 4961<br>Orlando, FL 32802 | Alan W Kornberg<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019 | Gerard M. Kouri<br>10021 Pines Blvd., #202<br>Pembroke Pines, FL 33024-6191 |
| John W Kozyak<br>Kozyak, Tropin & Throckmorton, PA<br>2525 Ponce De Leon<br>9th Floor<br>Coral Gables, FL 33134 | Stuart A. Krause<br>Zeichner Ellman & Krause<br>575 Lexington Avenue<br>New York, NY 10022 | Stephen B. Kuhn<br>590 Madison Avenue<br>New York, NY |
| Jeffrey Kurtzman<br>Klehr Harrison Harvey Branzburg & Ellers<br>260 South Broad Street<br>Philadelphia, PA 19102 | Nina M LaFleur<br>Stutsman & Thames<br>121 W. Forsyth St. Suite 600<br>Jacksonville, Fl 32202-3848 | Darryl S. Laddin<br>Arnall Golden Gregory LLP<br>171 17th Street NW<br>Suite 2100<br>Atlanta, GA 30363-1031 |
| Nina M. Lafleur<br>Stutsman & Thames, P.A.<br>121 W. Forsyth Street<br>Suite 600<br>Jacksonville, FL 32202 | Thomas J Lallier<br>Foley & Mansfield PLLP<br>250 Marquette Avenue<br>Suite 1200<br>Minneapolis, MN 55401 | David M. Landis<br>Mateer & Harbert, P.A.<br>225 East Robinson Street<br>Suite 2854<br>Orlando, FL 32802-2854 |
| Elena Lazarou<br>Reed Smith, LLP<br>599 Lexington Ave.<br>New York, NY 10022 | Robert L LeHane<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178 | Thomas J. Leanse<br>Katten Muchin Zavis Rosenman<br>2029 Century Park East<br>Suite 2600<br>Los Angeles, CA 90067-3012 |
| David E Lemke<br>Waller Lansden Dortch & Davis PLLC<br>Post Office Box 198966<br>Nashville, TN 37219-8966 | Chris Lenhart<br>Dorsey & Whitney, LLP<br>50 South Sixth Street<br>Suite 1500<br>Minneapolis, MN 55402-1498 | Sharon L. Levine<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 |
| Bruce Levinson<br>747 Third Avenue<br>4th Floor<br>New York, NY 10017 | John Lewis<br>a/f The Coca-Cola Company<br>P.O. Box 1734<br>Atlanta, GA 30301 | Stephen Lewis<br>725 Conshohocken State Road<br>Bala Cynwyd, PA 19004 |
| Liberty Mutual Insurance Company<br>C/O Jeffrey C. Regan<br>Hedrick Dewberry Regan & Durant, P.A.<br>50 N. Laura Street<br>Suite 1600, Jacksonville, FL 32202 32202 | Alan Jay Lipkin<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099 | Long Wholesale, Inc. d/b/a CCC Beauty Su<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 |
| Joseph Lubertazzi Jr.<br>McCarter & English,  LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102 | John B. Macdonald<br>Akerman Senterfitt<br>50 North Laura Street<br>Suite 2500<br>Jacksonville, FL 32202 | Maples Gas Company<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 |
| Jeffrey S. Margolin<br>Hughes Hubbard & Reed<br>1 Battery Park Plaza<br>New York, NY 10004 | Johanna E Markind<br>Law Offices of Daniel B Markind<br>1500 Walnut Street<br>Suite 1100<br>Philadelphia, PA 19102 | Matt E. Beal, Esq.<br>Lowndes Law Firm<br>P.O. Box 2809<br>Orlando FL 32802 |

| | | |
|---|---|---|
| Walter F. McArdle<br>Spain & Gillon, LLC<br>2117 Second Avenue North<br>Birmingham, AL 35203 | Annette Kerlin McBrayer<br>945 East Paces Ferry Rd., Ste 2700<br>Atlanta, GA 30326 | David R McFarlin<br>Wolff, Hill, McFarlin & Herron, P.A<br>1851 West Colonial Drive<br>Orlando, FL 32804 |
| William S McMahon<br>Choate Hall & Stewart LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02103 | Austin L. McMullen<br>Boult Cummings Conners & Berry<br>1600 Division Street<br>Suite 700<br>Nashville, TN 37203 | Marc T McNamee<br>Neal & Harwell PLC<br>150 Fourth Avenue North<br>Suite 2000<br>Nashville, TN 37219 |
| Derek F Meek<br>Burr & Forman LLP<br>3100 SouthTrust Tower<br>420 North 20th Street<br>Birmingham, AL 35203 | Meridian Coca-Cola Bottling Company<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Richard M. Meth<br>Pitney Hardin LLP<br>P.O. Box 1945<br>Morristown, NJ 07962-1945 |
| Todd C Meyers<br>Kilpatrick Stockton LLP<br>1100 Peachtree Street Northeast<br>Suite 2800<br>Atlanta, GA 30309-4530 | Christopher C. Miller<br>10250 Constellation Boulevard<br>Los Angeles, CA 90067 | Kathleen M. Miller<br>Smith Katzenstein & Furlow LLP<br>800 Delaware Avenue<br>7th Floor<br>Wilmington, DE 19899 |
| Stephen M Miller<br>Morris James Hitchens & Williams LLP<br>222 Delaware Avenue<br>Post Office Box 2306<br>Wilmington, DE 19899-2306 | Stephan William Milo<br>Wharton Aldhizer & Weaver PLC<br>125 South Augusta Street<br>Suite 2000<br>Harrisonburg, VA 22801 | Mark Minuti<br>Saul Ewing, LLP<br>222 Delaware Avenue Suite 1200<br>P.O. Box 1<br>Wilmington, DE 19899 |
| T David Mitchell<br>Brenner Kaprosy LLP<br>50 East Washington Street<br>Chagrin Falls, OH 44022 | Joseph Thomas Moldovan<br>Morrison Cohen LLP<br>909 Third Avenue<br>New York, NY 10022 | Brett S. Moore<br>Porzio, Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, NJ 07962-1997 |
| Lee P Morgan<br>Morgan & Morgan<br>Post Office Box 48359<br>Athens, GA 30604 | Andrew L. Morrison<br>Reed Smith LLP<br>375 Park Avenue<br>17th Floor<br>New York, NY 10152-1799 | Richard C. Morrissey<br>Office of the U.S. Trustee<br>33 Whitehall Street, 21st Fl.<br>New York, NY 10004 |
| Mosby's Packing Company, Inc.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Adam Moskowitz<br>7600 Jericho Turnpike, Suite 302<br>Woodbury, NY 11797 | Larren M Nashelsky<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 |
| Albert F. Nasuti<br>Thompson, O'Brien, Kemp & Nasuti, P<br>40 Technology Parkway South<br>Suite 300<br>Norcross, GA 30092 | Bruce S. Nathan<br>Lowenstein  Sandler PC<br>1251 Avenue of the Americas<br>21st Floor<br>New York, NY 10020 | Omar Nelson<br>P.O. Box 1178<br>Jackson, MS 39215 |
| Carole Neville<br>Sonnenschein Nath & Rosenthal LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1089 | Tammy M. Nick<br>676 East I-10 Service Road<br>Slidell, LA 70461 | James J. Niemeier<br>McGrath North Mullin & Kratz, PC<br>1601 Dodge Street<br>First National Tower, Suite<br>Omaha, NE 68102 |

| | | |
|---|---|---|
| Northeast MS Coca-Cola Bottling Co., Inc<br>c/o Held & Israel<br>1301 Riverplace Blvd., #1916<br>Jacksonville, FL 32207 | Merritt A. Pardini<br>Katten Muchin Zavis Rosenman<br>575 Madison Avenue<br>New York, NY 10022 | Alan R. Parlapiano<br>Fine, Farkash & Parlapiano, P.A.<br>622 Northeast First Street<br>Gainesville, FL 32601 |
| Alan R. Parlapiano<br>Fine, Farkash & Parlapiano, P.A.<br>622 Northeast First Street<br>Gainesville, FL 32601 | Barbra R. Parlin<br>Holland & Knight, LLP<br>195 Broadway<br>New York, NY 10007-3189 | Patrick P. Patangan<br>Akerman Senterfitt<br>50 N. Laura Street, Suite 2500<br>Jacksonville, FL 32202 |
| Brad J. Patten<br>Smith, Gilliam, Williams & Miles, P.A.<br>P.O. Box 1098<br>Gainesville, GA 30503 | Aaron D. Patton<br>Murray, Frank & Sailer, LLP<br>275 Madison Avenue<br>Suite 801<br>New York, NY 10016 | Armando Perez<br>2631 S.W. 27th Street<br>Miami, FL 33133 |
| Robert Perry<br>Held & Israel<br>1301 Riverplace Blvd. Ste.# 1916<br>Jacksonville, FL 32207 | Christian A Petersen<br>Gunster Yoakley & Stewart PA<br>500 East Broward Boulevard<br>Suite 1400<br>Fort Lauderdale, FL 33394 | David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market Street<br>51st Floor<br>Philadelphia, PA 19103 |
| Geraldine E Ponto<br>Gibbons Del Deo Dolan Griffinger<br>One Riverfront Plaza<br>Newark, NJ 07102-5496 | James H. Post<br>Smith Hulsey & Busey<br>225 Water St., Suite 1800<br>Jacksonville, FL 32202 | Nicholas V. Pulignano Jr.<br>Marks Gray, P.A.<br>1200 Riverplace Blvd Suite 800<br>Jacksonville, FL 32201 |
| Rachel E. Adams, Esq.<br>200 S. Orange Avenue<br>Suite 1220<br>Orlando, Florida 32801 | Rex D. Rainach<br>3622 Government Street<br>Baton Rouge, LA 70806-5720 | Gregg A. Rapoport<br>Lee & Rosenberger<br>135 W. Green St.<br>Suite 100<br>Pasadena, CA 91105 |
| Craig V. Rasile<br>1111 Brickell Avenue, Suite 2500<br>Miami, FL 33131 | Peter J Rathwell<br>Snell & Wilmer LLP<br>One Arizona Center<br>400 East Van Buren<br>Phoenix, AZ 85004 | Adam Ravin<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 |
| Eric T. Ray<br>Balch & Bingham, LLP<br>1901 Sixth Avenue North<br>Suite 2600<br>P.O. Box 3<br>Birmingham, AL 35201-0306 | Diane G. Reed<br>Reed and Reed<br>501 N. College Street<br>Waxahachie, TX 75165 | Jo Christi Reed<br>Sonnenschein Nath & Rosenthal, LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 |
| Jeffrey C. Regan<br>Hedrick, Dewberry, Regan & Durant, PA<br>50 N. Laura Street, Suite 1600<br>Jacksonville, FL 32202 | Steven J. Reisman<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178 | Jeffrey N. Rich<br>Kirkpatrick & Lockhart Nicholson Graham<br>599 Lexington Avenue<br>New York, NY 10022-6030 |
| Larry B. Ricke<br>Leonard, Street and Deinard<br>150 South Fifth Street<br>suite 2300<br>Minneapolis, MN 55402 | Craig P. Rieders<br>Genovese Lichtman Joblove & Battist<br>100 S.E. 2nd Ave., Suite 3600<br>Miami, FL 33131 | Fred B. Ringel<br>Robinson Brog Leinwand Greene Genovese &<br>Gluck P.C.<br>1345 Avenue of the Americas<br>31st Floor<br>New York, NY 10105-0143 |

| | | |
|---|---|---|
| Adam L. Rosen<br>Scarcella Rosen & Slome LLP<br>333 Earle Ovington Boulevard<br>Ninth Floor<br>Uniondale, NY 11533-3622 | Avrum J. Rosen<br>Law Office of Avrum J. Rosen<br>38 New Street<br>Huntington, NY 11743 | Neal M. Rosenbloom<br>Finkel Goldstein Rosenbloom Nash LLP<br>26 Broadway<br>Suite 711<br>New York, NY 10004 |
| Fox Rothschild<br>13 East 37th Street<br>Suite 800<br>New York, NY 10016 | J Casey Roy<br>McClain Leppert & Maney PC<br>South Tower Pennzoil Place<br>711 Louisiana Suite 3100<br>Houston, TX 77002 | David S Rubin<br>Kantrow Spaht Weaver & Blitzer<br>Post Office Box 2997<br>Baton Rouge, LA 70821-2997 |
| Robert B. Rubin<br>Burr & Forman LLP<br>420 North 20th Street Suite 3100<br>Birmingham, AL 35023 | Rachel L Rubio<br>Markowitz Davis Ringel & Trusty PA<br>9130 South Dadeland Boulevard<br>Suite 1225<br>Miami, FL 33156 | Shelley D Rucker<br>Miller & Martin<br>832 Georgia Avenue<br>Suite 1000<br>Chattanooga, TN 37402 |
| Teresa Sadutto<br>1065 Avenue of the Americas, 18th Floor<br>New York, NY 10018 | Anthony M Salzano<br>Pasco Co Board of County Commissioners<br>West Pasco Government Center<br>7530 Little Road, Suite 340<br>New Port Richey, FL 34654 | Anthony F Sanchez<br>Law Offices of Anthony F Sanches PA<br>Alfred I Dupont Building<br>169 East Flagler Street<br>Suite 1500<br>Miami, FL 33131 |
| Robert K. Scheinbaum<br>Podvey, Sachs, Meanor, Catenacci,<br>Hildner & Cocoziello<br>One Riverfront Plaza<br>Newark, NJ 07102 | Marvin S. Schulman<br>2800 Weston Road, Suite 201<br>Weston, FL 33331 | Gregory J. Seketa<br>40\|86 Advisorts Inc.<br>535 N. College Drive<br>Carmel, IN 46032 |
| Andrew Howard Sherman<br>Sills Cummis Radin Tischman Epstein &<br>Gross<br>712 5th Avenue<br>20th Floor<br>New York, NY 10019 | Lynn Welter Sherman<br>Hill Ward & Henderson<br>P O Box 2231<br>Tampa, Fl 33601 | R Scott Shuker<br>Gronek & Latham LLP<br>Post Office Box 3353<br>Orlando, FL 32802 |
| Peter L. Slinn<br>Stoel Rives LLP<br>600 University Street<br>Suite 3600<br>Seattle, WA 98101 | Thomas R. Slome<br>Scarcella Rosen & Slome LLP<br>333 Earle Ovington Boulevard<br>Suite 901<br>Uniondale, NY 11553 | Anthony J. Smits<br>Bingham McCutchen LLP<br>One State Street<br>Hartford, CT 06103 |
| Richard G. Smolev<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022 | Eric J. Snyder<br>Siller Wilk<br>675 Third Avenue<br>9th Floor<br>New York, NY 10017 | Marc P. Solomon<br>Burr & Forman LLP<br>420 North 20th Street<br>Suite 3100<br>Birmingham, AL 35203 |
| Southeast Milk, Inc.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL  32802-3353,  32802-3353 | Southeast-Atlantic Beverage Corporation<br>Nelson Mullins Riley & Scarborough LLP<br>1320 Main St., 17th Floor (29201)<br>PO Box 11070<br>Columbia, SC  29211,  29211 | Arthur J Spector<br>Berger Singerman<br>350 East Las Olas Blvd<br>Suite 1000<br>Fort Lauderdale, FL 33301 |
| Mark D. Speed<br>83 Maiden Lane<br>New York, NY 10038 | Alex Spizz<br>Todtman, Nachamie, Spizz & Johns, P.C.<br>425 Park Avenue<br>New York, NY 10022 | Don M Stichter<br>Stichter, Riedel, Blain & Prosser<br>110 East Madison Street, Suite 200<br>Tampa, FL 33602 |

| | | |
|---|---|---|
| Sabrina L. Streusand<br>Hughes & Luce, LLP<br>111 Congress Avenue Suite 900<br>Austin, TX 78701 | Debra Sudock<br>Kelley, Drye & Warren, LLP<br>101 Park Avenue<br>New York, NY 10178 | Stephen B. Sutton<br>Lathrop & Gage, L.C.<br>2345 Grand Boulevard<br>Suite 2800<br>Kansas City, MO 64108-2612 |
| TA Cresthaven, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd #1916<br>Jacksonville, FL 32207 | TA/Western, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd #1916<br>Jacksonville, FL 32207 | Joel L. Tabas<br>25 Southeast Second Ave., Ste. 919<br>Miami, FL 33131-1538 |
| Gene B Tarr<br>Blanco Tackabery Combs & Matamoros PA<br>Post Office Drawer 25008<br>Winston-Salem, NC 27114-5008 | Richard R. Thames<br>Stutsman & Thames, P.A.<br>121 West Forsyth Street, Suite 600<br>Jacksonville, FL 32202 | The Coca-Cola Company<br>c/o Alan M. Weiss<br>Holland & Knight LLP<br>50 North Laura Street<br>Suite 3900, Jacksonville, FL 32202 32202 |
| Diana M. Thimmig<br>Roetzel & Andress<br>1375 East Ninth Street<br>One Cleveland Ctr Ninth Floor<br>Cleveland, OH 44114 | Judy D Thompson<br>301 S. College Street, Ste 2300<br>Charlotte, NC 28202 | Janet H. Thurston<br>Cohen & Thurston, P.A.<br>1723 Blanding Blvd Suite 102<br>Jacksonville, FL 32210 |
| Laura L. Torrado<br>Bear, Stearns & Co<br>383 Madison Avenue 8th Floor<br>New York, NY 10179 | Paul Traub<br>Traub Bonacquist & Fox LLP<br>655 Third Avenue<br>21st Floor<br>New York, NY 10017 | Ronald M Tucker<br>Simon Property Group<br>115 West Washington Street<br>Indianapolis, IN 46204 |
| United States Trustee - JAX<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801 | Raymond J. Urbanik<br>Munsch Hardt Kopf & Harr, P.C.<br>1445 Ross Avenue<br>Suite 4000<br>Dallas, TX 75202 | Wanda Borges<br>Borges & Associates, LLC<br>575 Underhill Blvd., Suite 110<br>Syosset, NY 11791 |
| David H. Wander<br>Wander & Associates, P.C.<br>641 Lexington Avenue<br>New York, NY 10022 | Richard Whitney Ward<br>2527 Fairmount Street<br>Dallas, TX 75024 | Michael D. Warner<br>Warner, Stevens & Doby, L.L.P.<br>1700 City Center Tower II<br>Fort Worth, TX 76102 |
| Allan C Watkins<br>Watkins Law Firm, PA<br>707 N Franklin Street, Suite 750<br>Tampa, FL 33602 | Alan M. Weiss<br>Holland & Knight LLP<br>50 North Laura St., Suite 3900<br>Jacksonville, FL 32202 | David B. Wheeler<br>Moore & Van Allen PLLC<br>P.O. Box 22828<br>Charleston, SC 29413-2828 |
| Stephen D Wheelis<br>Wheelis & Rozanski<br>Post Office Box 13199<br>Alexandria, LA 71315-3199 | William Douglas White<br>McCarthy & White PLLC<br>8180 Greensboro Drive<br>Suite 875<br>McLean, VA 22102 | Amy Pritchard Williams<br>Kennedy Covington Lobdell & Hickman LLP<br>214 N Tryon Street<br>Hearst Tower, 47th Floor<br>Charlotte, NC 28202 |
| Jonathan R Williams<br>Meland, Russin, Hellinger & Budwick, PA<br>200 S. Biscayne Blvd Ste 3000<br>Miami, FL 33131 | Winn-Dixie Stores, Inc<br>5050 Edgewood Court<br>Jacksonville, FL 32254-3699 | Frank J. Wright<br>Hance Scarborough Wright Ginsberg<br>& Brusilow, LLP<br>14755 Preston Road # 600<br>Dallas, TX 75254 |

Scott A. Zuber
Pitney Hardin Kipp & Szuch, LLP
200 Campus Drive
Florham Park, NJ 07932-0950