**EXHIBIT "3"**

Summary of Time by Professional
May 28, 2006 through September 30, 2006

**XRoads Solution Group, LLC**
**Winn Dixie Summary of Fees**
**Period May 28, 2006 through September 30, 2006**

| | |
|---|---:|
| Billed at Monthly Fixed Fee of $200,000 per Month (4 months) | $800,000.00 |
| 2,337.50  Hours over the 400 cap (Total Hours: 3,937.50) | |
| Calculated at the Rate of $400 per hour | $935,000.00 |
| Credit for 5.70 Hours - D. Simon | (3,277.50) |
| Administrative Personnel | $79,298.50 |
| Total Amount Due | $1,811,021.00 |

| | Gross hours | Net Hours |
|---|---:|---:|
| Total Hours - BK | 4,698.40 | 3,937.50 |
| Total Hours - Admin | 721.90 | 643.00 |
| Total Hours | 5,420.30 | 4,580.50 |
| Weighted Average | 334.12 | 395.38 |

**Period May 28, 2006 through September 30, 2006**

| Professional | Position | Gross Hours Consulting and Travel | Less Travel time/non billable time | Net Hours Consulting-Billed to Winn-Dixie |
|---|---|---:|---:|---:|
| Young, J. | Director | 779.40 | 114.60 | 664.80 |
| Wuertz, T. | Senior Consultant | 413.80 | 0.00 | 413.80 |
| Vander Hooven, J | Managing Director | 10.80 | 0.00 | 10.80 |
| Salem, M | Senior Consultant | 142.20 | 34.00 | 108.20 |
| Lane, E | Director | 252.40 | 51.50 | 200.90 |
| Latham, L | Consultant | 4.00 | 0.00 | 4.00 |
| Karol, S. | Managing Director | 639.00 | 147.50 | 491.50 |
| Gutierrez, B | Senior Consultant | 35.80 | 0.00 | 35.80 |
| Gordon, E. | Managing Director | 40.30 | 0.00 | 40.30 |
| Gaston, B. | Senior Consultant | 711.10 | 128.50 | 582.60 |
| Fagerstrom, K. | Director | 318.30 | 59.10 | 259.20 |
| Etlin, H | Principal | 39.90 | 6.00 | 33.90 |
| Edmonson, J. | Director | 670.00 | 110.70 | 559.30 |
| Dussinger, M. | Senior Consultant | 211.00 | 45.00 | 166.00 |
| Boggess, B. | Managing Director | 430.40 | 64.00 | 366.40 |
| | | 4,698.40 | 760.90 | 3,937.50 |

**XRoads Solution Group, LLC**
**Winn Dixie Summary of Fees**
**Period May 28, 2006 through September 30, 2006**

**Claims and Administration Hours**

| User | Rate | Billable Hours | Non Billable Travel Hours | Amount |
|---|---|---|---|---|
| Bloemen, L. | 85.00 | 302.50 | 0.00 | 25,712.50 |
| Brandt, S | 100.00 | 4.50 | 0.00 | 450.00 |
| Cooper, C | 100.00 | 10.40 | 0.00 | 1,040.00 |
| Janda, R | No Charge | 2.10 | 0.00 | 0.00 |
| Kelleher, M | No Charge | 0.20 | 0.00 | 0.00 |
| Liu, A | 160.00 | 308.80 | 76.50 | 49,408.00 |
| Naegely, P | No Charge | 0.10 | 0.00 | 0.00 |
| Triscari, D | 160.00 | 12.60 | 0.00 | 2,016.00 |
| Young, B | 160.00 | 4.20 | 0.00 | 672.00 |
| | | 645.40 | 76.50 | 79,298.50 |