**EXHIBIT "4"**

Summary of Expenses
May 28, 2006 through September 30, 2006

**XRoads Solutions Group, LLC**
**Winn-Dixie**
**Summary of Expenses**
**Period May 28, 2006 through September 30, 2006**

|  | Gross Amount | Courtesy Discounts | Net Amount |
|---|---|---|---|
| Airfare | 64,197.91 |  | 64,197.91 |
| Ground Transportation* | 27,201.96 | (9,742.32) | 17,459.64 |
| Lodging | 31,792.18 |  | 31,792.18 |
| Meals*** | 20,899.77 | (16,900.14) | 3,999.63 |
| Mileage | 1,039.14 |  | 1,039.14 |
| Miscellaneous | 50.00 |  | 50.00 |
| Scanned Documents | 63.60 |  | 63.60 |
| Photocopies | 63.45 |  | 63.45 |
| Overnight Delivery | 964.16 |  | 964.16 |
| Conference Calls | 2,639.90 |  | 2,639.90 |
| Totals | 148,912.07 | (26,642.46) | **122,269.61** |

* XRoads did not charge the Estate for travel from the Client location to the hotel or Client location to the Airport. Courtesy discounts for ground transportation also includes reduction of travel to/from residence to the Airport (capped at $35.00) and travel from the hotel to the Client location (capped at $40.00).

**  Lodging charges do not reflect the cost savings of **$8,649.63** related to the corporate apartments during the period May 28, 2006 through July 1, 2006..

*** Pursuant to the Bankruptcy Guidelines, XRoads did not charge the client for breakfast, lunch or dinner unless XRoads was participating , during the meal, in a necessary meeting respecting the case.