UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                    Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,                         Chapter 11

    Debtors.

_____                          Jointly Administered


**ELFERS SQUARE, INC. AND HUDSON SQUARE CENTER, INC.S LIMITED
OBJECTION TO DEBTOR'S 26TH OMNIBUS OBJECTION TO CLAIMS**

    Elfers Square, Inc. and Hudson Square Center, Inc. by and through their undersigned attorney hereby file their Limited Objection to the Debtor's 26th Omnibus Objection to claims and say:

    1.    Hudson Square Center, Inc. and Elfers Square, Inc. ("Collectively, Claimant") assert that the cure amount reflected on the Debtor's pleadings appear correct however, claimants require additional time to confirm the amounts set forth in the Debtor's pleadings. Claimants are hopeful that confirmation of the cure amount will be obtained and furnished to the undersigned prior to the hearing on this matter so that this objection can be withdrawn. However, given the deadline set forth in the Court's order, filing of this limited objection was necessary.

WHEREFORE, Claimants respectfully request the Court sustain the objection only to the extent that the cure amounts reflected on the Debtor's pleadings is not correct and the Court grants such other and further relief as its just.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Elfers Square, Inc. and Hudson Square Center Limited Objection to the Debtor's 26th Omnibus Objection to Claims has been furnished by Electronic and/or U.S. Mail this 22nd day of November, 2006, to Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water St. Ste 1800, Jacksonville, FL 32202; U.S. Trustee, 135 W. Central Blvd., Ste 620, Orlando, FL 32801.

MORSE & GOMEZ, P.A.

  /s/ Alberto F. Gomez, Jr.
ALBERTO F. GOMEZ, JR.
Florida Bar No. 784486
119 S. Dakota Avenue
Tampa, Florida 33606
Telephone: (813) 301-1000
Facsimile: (813-301-1001
E-mail: agomez@morsegomez.com

F:\Shared Office Files\goss\Hudson Square\Pleadings\Limited Obj to claims #26 11-21-06.doc