# SMITH, GAMBRELL & RUSSELL, LLP

ATTORNEYS AT LAW

SUITE 2600, BANK OF AMERICA TOWER

50 NORTH LAURA STREET

JACKSONVILLE, FLORIDA 32202

TELEPHONE (904) 598-6100

FACSIMILE (904) 598-6300

WEBSITE www.sgrlaw.com

ESTABLISHED 1893

**ATLANTA OFFICE**

SUITE 3100, PROMENADE II
1230 PEACHTREE STREET, N.E,
ATLANTA, GEORGIA 30309-3592
TELEPHONE
(404) 615-3500
FACSIMILE
(404) 615-3509

DOUGLAS G. STANFORD
(904) 598-6126
DIRECT FAX NO. - (904) 598-6226
E-MAIL — DSTANFORD@SGRLAW.COM

**WASHINGTON, D.C. OFFICE**

SUITE 600
1660 M STREET, N.W.
WASHINGTON, D.C. 20036
TELEPHONE
(202) 263-4300
FACSIMILE
(202) 263-4329

June 16, 2006

**_VIA EMAIL_**

TA/Western, LLC
c/o Terranova Corporation
801 Arthur Godfrey Road, Suite 600
Miami Beach, Florida 33140
Attention: Thomas R. Lehman, Esquire
Email: trl@tewlaw.com
("Landlord")

**_VIA HAND DELIVERY_**

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254
Attention: Catherine Ibold, Esquire
("Seller")

**_VIA EMAIL_**

First American Title Insurance Company
c/o Smith, Gambrell & Russell, LLP
50 N. Laura Street, Suite 2600
Jacksonville, Florida  32202
Attn: Douglas G. Stanford, Esquire
Email: dstanford@sgrlaw.com
("Title Insurer")

Re:    Winn-Dixie Stores, Inc. – Wal-Mart ("Buyer") Purchase of Leasehold at Store #217
(the "Transaction") – Closing Escrow Instructions

Gentlemen:

This letter confirms that Smith, Gambrell & Russell, LLP is Closing Agent for the referenced Transaction involving the referenced property. In connection with such function, Closing Agent has agreed to accept into escrow certain funds and documents from Buyer and Seller with the express understanding that the same will be retained in escrow by the firm for subsequent disbursement and handling only in compliance with the terms and conditions of Buyer and Seller's Closing Escrow Letter dated June 16, 2006 (the "Letter") and Asset Purchase Agreement dated May 9, 2006 concerning Winn-Dixie Store #217 (the "APA").

As part of the terms of the Letter that apply to Landlord, Closing Agent has agreed to hold in escrow those cure costs that are both undisputed and disputed between Landlord and Seller. Closing Agent has agreed to disburse the undisputed cure costs to Landlord at

SGRJAX\88086.1

TA/Western, LLCt, LP
Winn-Dixie Stores, Inc.
First American Title Insurance Company
June 16, 2006
Page 2

Closing directly from Seller's proceeds and disburse the disputed cure costs to either to Landlord or Seller from Seller's proceeds upon either resolution by court order or a mutual agreement between Landlord and Seller.

Please acknowledge receipt and acceptance of these instructions by signing this letter in the space provided below and returning a copy to me by telefax. Please do not hesitate to contact me if you have any questions regarding the foregoing.

Very truly yours,

Douglas G. Stanford

DGS/dem

e-cc:    John Longmire, Esquire
         Sheon Karol

**SELLER:**                                 **LANDLORD:**

ACKNOWLEDGED June ___, 2006.              ACKNOWLEDGED June ___, 2006.

WINN-DIXIE STORES, INC.                   TA/WESTERN, LLC

By:    _____                  By:    _____
Name:    __Bennett L. Nussbaum__          Name:  _____
Title:   __SENIOR VICE PRESIDENT__        Title: _____

LEGAL APPROVED    Reviewed By
ATTY:_____
DATE:_____    XRoads
                  Date:_____