## Thomas Lehman - RE: Winn-Dixie Store #217

| | |
|---|---|
| **From:** | "Myers, Douglass E. III" <DMYERS@sgrlaw.com> |
| **To:** | "Thomas Lehman" <TRL@tewlaw.com> |
| **Date:** | 6/23/2006 1:47 PM |
| **Subject:** | RE: Winn-Dixie Store #217 |
| **CC:** | "Catherine Ibold" <CatherineIbold@winn-dixie.com>, "Stanford, Douglas" <DGSTANFORD@sgrlaw.com>, "Daw, Andrew Keith" <KDAW@sgrlaw.com>, "Pye, Kristiana" <KPYE@sgrlaw.com>, <mgolant@terranovacorp.com>, <sbittel@terranovacorp.com> |

Tom,

As this firm is Escrow Agent for the referenced transaction, please be advised that we confirm that the following amounts--as contained in the Closing Statement--were escrowed and either retained or disbursed as follows:

"Disputed Cure Escrow Amount" = $47,538.00 (retained in escrow)
"Agreed RET Cure Amount" = $10,810.34 (disbursed from escrow via check to landlord)

These figures are directly based on those contained in the pdf-file attached to your previous e-mail to our paralegal, which is attached hereto for review. Out of the six figures contained in that pdf-file, the first two were paid prior to closing, the third comprises the Agreed RET Cure Amount, as stated above, and the final three comprise the Disputed Cure Escrow Amount, as stated above.

If you need anything further regarding this matter, please do not hesitate to call. Otherwise, as indicated in the Landlord Closing Escrow Letter, the Disputed RET Cure Amount will be retained in escrow pending an order from the federal bankruptcy court or a written agreement between the parties.

Thank you,
Doug Myers

Douglass E. Myers, III
Smith, Gambrell & Russell, LLP
50 North Laura Street, Suite 2600
Jacksonville, Florida 32202
904.598.6102 (direct telephone)
904.598.6202 (direct fax)
dmyers@sgrlaw.com

---

**From:** Thomas Lehman [mailto:TRL@tewlaw.com]
**Sent:** Friday, June 23, 2006 10:16 AM
**To:** Myers, Douglass E. III
**Cc:** Daw, Andrew Keith; Pye, Kristiana; mgolant@terranovacorp.com; sbittel@terranovacorp.com
**Subject:** RE: Winn-Dixie Store #217

Please forward me a copy of the closing statement so that my client is able to confirm that the correct disputed cure amount has been escrowed and that the correct undisputed cure amount was sent to the landlord. Thanks.

Thomas R. Lehman
Tew Cardenas LLP
(305) 536-1112
www.tewlaw.com

This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. If this information is received by anyone other than the named addressee(s), the recipient is requested to immediately notify the sender by E-MAIL and by telephone 1-888 536-1112 and obtain instructions as to the disposal of the transmitted material. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender or the named addressee(s). Thank you.

>>> "Myers, Douglass E. III" <DMYERS@sgrlaw.com> 6/21/2006 6:10 PM >>>
Thank you very much, Tom. I apologize for the urgency, but we would greatly appreciate it if you could please have your client fax its signature to us as early as possible tomorrow (Thursday, 6.22.06). If that is a concern for whatever reason, please do not hesitate to call.

We will touch base again tomorrow morning.

Thanks!
Doug Myers

---

**From:** Thomas Lehman [mailto:TRL@tewlaw.com]
**Sent:** Wednesday, June 21, 2006 6:02 PM
**To:** Pye, Kristiana
**Cc:** Myers, Douglass E. III; Daw, Andrew Keith
**Subject:** Re: Winn-Dixie Store #217

It looks good. I will advise my client to sign and send per your instructions.

Thomas R. Lehman
Tew Cardenas LLP
(305) 536-1112
www.tewlaw.com

This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. If this information is received by anyone other than the named addressee(s), the recipient is requested to immediately notify the sender by E-MAIL and by telephone 1-888 536-1112 and obtain instructions as to the disposal of the transmitted material. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender or the named addressee(s). Thank you.

>>> "Pye, Kristiana" <KPYE@SGRLAW.COM> 6/21/2006 5:14 PM >>>
Tom,

I have attached for your execution the Closing Escrow Letter for the closing of Winn-Dixie Store #217. Please have the escrow letter executed, and forward a copy to my attention by tomorrow afternoon, with the original to follow by mail.

If you have any questions, please let me know.

**Kristiana B. Pye**
Paralegal
Smith, Gambrell & Russell, LLP
50 N. Laura Street, Suite 2600
Jacksonville, Florida 32202
Telephone: 904.598.6130
Fax: 904.598.6230
Email: kpye@sgrlaw.com

IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Confidentiality Notice
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Confidentiality Notice
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Confidentiality Notice
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the

individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.