IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., et al.,**<br><br>Debtors[1] | Chapter 11<br>Case No. 05-03817-3F1 |

**FIRST INTERIM FEE APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES OF DELOITTE TAX LLP AS ADVISORS AND CONSULTANTS TO THE DEBTORS FOR THE PERIOD FROM MAY 29, 2006, THROUGH SEPTEMBER 30, 2006**

TO: THE HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY JUDGE

Deloitte Tax LLP ("Deloitte Tax") hereby applies to this Court for Allowance of Fees and Expenses of Deloitte Tax as Advisors and Consultants to the Winn-Dixie Stores, Inc., et al. (the "Debtors"), for the period from May 29, 2006, through September 30, 2006, pursuant to §§11 U.S.C. 330 and 331, Fed.R.Bankr Pro 2016 and MBLR 2016-1. In support of this Application, Deloitte Tax states:

**Background**

1. On February 21, 2005, the Debtor filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code 11 U.S.C. §§101-1330 as amended (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York (the "New York Court"). By Order dated April 13, 2005, the New

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

- 2 -

York Court transferred venue of these cases to this Court. Any orders entered by the New York Court remain in full force and effect before this Court, unless otherwise ordered by this Court. These cases are jointly administered for procedural purposes only.

2. The Debtors continue to manage and operate their business as debtors-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

3. On March 1, 2005, an official committee of unsecured creditors (the "Creditors Committee") was appointed to serve in these cases pursuant to Bankruptcy Code section 1103.

4. On May 9, 2006, Debtors' counsel filed an application for authority to employ Deloitte Tax as Advisors and Consultants to the Debtors.

5. On June 29, 2006, the Court authorized the employment of Deloitte Tax as Advisors and Consultants to the Debtors <u>nunc</u> <u>pro</u> <u>tunc</u> to May 9, 2006.

6. Under §§ 330 and 331 of the Bankruptcy Code, Deloitte Tax is entitled to "reasonable compensation for actual, necessary services" and reimbursement for actual and necessary expenses.

7. Deloitte Tax has provided professional services to the Debtors from May 29, 2006, through September 30, 2006.

8. Pursuant to the *Final Order Approving Interim Compensation Procedures For Professionals*, Deloitte Tax filed four (4) monthly statements for the period from May 29, 2006, through September 30, 2006, requesting a total of $521,686.20 in professional fees and $21,531.87 in expenses.

9. Of the $521,686.20 in professional fees for this first interim period, $304,497.36, representing 80% of the fees for the months from May 2006, through August

2006, has been approved for payment via the monthly review process; and $112,851.60, representing 80% of the fees for the month of September 2006, remains within the 20 day mandated period of review for the monthly fees and expenses of case professionals. Of the $521,686.20 in professional fees for this first interim period, Deloitte Tax has received payments of $304,497.36 for professional services rendered. All payments and allowances noted above are subject to final determination and settlement by this Court;

10. Of the $21,531.87 in expenses for this first interim period, $16,498.46 has been approved for payment via the monthly review process, subject to determination of this Court, and $5,033.41 in expenses remain within the 20 day mandated period of review for the monthly fees and expenses of case professionals. Of the $21,531.87 in expenses for this first interim period, Deloitte Tax has received payments of $16,498.46 for expenses incurred.

11. The total amount in professional fees for this first interim period ($521,686.20) is being reduced for a correction related to the fees incurred during the period May 29, 2006, through September 30, 2006. After further review of the fees incurred during the period of May 29, 2006, through September 30, 2006, Deloitte Tax recognized that incorrect billing rates had been used for billable travel time resulting in $5,934.50 of additional fees in the previous (4) monthly statements for the period May 29, 2006, through September 30, 2006. These additional fees resulted from using full (100%) billing rates for billable travel time, rather than at half (50%) Deloitte Tax's billing rates.

12. Attached hereto as **Exhibit A** is a summary of time by individual.

13. Attached hereto as **Exhibit B** is a narrative description of the services rendered in the period covered by this application.

14. Attached hereto as **Exhibit C** is a summary of the time by project category incurred during the period covered by this application.

15. Attached hereto as **Exhibit D** are the time details indicating the date, responsible individual, project category and time charged for the period covered by the application.

16. Attached hereto as **Exhibit E** are the expenses incurred by Deloitte Tax for the period covered by the application.

17. All professional services for which compensation is being sought in this application were performed solely for and on behalf of the Debtors.

18. Some services incidental to the tasks to be performed by Deloitte Tax in these cases may be performed by personnel employed by or associated with affiliates of Deloitte Tax, including Deloitte Financial Advisory Services LLP. The fees and expenses with respect to such services, if any, will be included in the fee applications of Deloitte Tax. Deloitte Tax has no agreement to share its revenues from the services for which it has been retained with any nonaffiliated entity.

WHEREFORE, Deloitte Tax requests that this Court (i) enter an Order awarding Deloitte Tax fees in the amount of $515,751.70 as requested on the (4) monthly statements for the period from May 29, 2006 through September 30, 2006 (less the reduction resulting from the use of incorrect billing rates of $5,934.50) for the period from May 29, 2006, through September 30, 2006, and expenses of $21,531.87 for a total amount of $537,283.57 in connection with services rendered to the Debtors for the period from May 29, 2006, through September 30, 2006, and (ii) grant such other relief as is just and necessary.

Respectfully submitted,

Deloitte Tax LLP

By _____
Stephen J. Burke
Partner

Sworn to and subscribed before me,
this 14TH day of November, 2006.

Winn-Dixie Stores, Inc. et al.
Chapter 11 Case 05-03817-3F1
Deloitte Tax LLP
First Interim Fee Application
May 29, 2006 - September 30, 2006
Exhibit A - Summary by Individual

| Names of Professionals / Paraprofessionals | May-Aug Rates (1) | Sept Rates | May-Aug Hours | May-Aug Travel (4) | Sept Hours | Sept Travel (4) | Total |
|---|---|---|---|---|---|---|---|
| **Partner/Principal** | | | | | | | |
| Burke, Stephen J | $ 560 | $ 560.00 | 85.7 | 7.0 | 47.5 | 6.5 | $ 78,372.00 |
| Collins, Bryan P | $ 600 | $ 600.00 | 125.0 | - | 51.8 | - | $ 106,080.00 |
| Barton, Christopher | $ 600 | $ 600.00 | 2.0 | - | - | - | $ 1,200.00 |
| Fisher, Mark S | $ 600 | $ 600.00 | 0.7 | - | - | - | $ 420.00 |
| Kilinskis, Robert A | $ 600 | $ 600.00 | 3.0 | - | - | - | $ 1,800.00 |
| Kushner, Jonathan M | $ 600 | $ 600.00 | 0.4 | - | - | - | $ 240.00 |
| Penico, Victor | $ 600 | $ 600.00 | 2.0 | - | - | - | $ 1,200.00 |
| Walker, Deborah | $ 600 | $ 600.00 | 0.5 | - | - | - | $ 300.00 |
| **Director** | | | | | | | |
| Nelson, George | $ 600 | $ 600.00 | 23.7 | - | 4.2 | - | $ 16,740.00 |
| **Senior Manager** | | | | | | | |
| Gareau, Matthew E  (3) | $ 390 | $ 480.00 | 162.2 | 3.0 | 42.8 | - | $ 84,387.00 |
| Kelly, Thomas J | $ 480 | $ 480.00 | 0.5 | - | - | - | $ 240.00 |
| Spatoliatore, Lucian V  (3) | $ 480 | $ 600.00 | 0.5 | - | - | - | $ 240.00 |
| Forrest, Jonathan I | $ 480 | $ 480.00 | 7.5 | - | - | - | $ 3,600.00 |
| Barth, Stephanie M | $ 475 | $ 475.00 | - | - | 1.9 | - | $ 902.50 |
| Harrison, Stephen | $ 475 | $ 475.00 | - | - | 26.2 | - | $ 12,445.00 |
| **Manager** | | | | | | | |
| Kukoyi, Olayinka O | $ 390 | $ 390.00 | 391.1 | 2.0 | 91.0 | 6.0 | $ 189,590.70 |
| **Senior** | | | | | | | |
| James Rhone | $ 260 | $ 260.00 | - | - | 1.7 | - | $ 442.00 |
| Cohan, Rick   (3) | $ 260 | $ 390.00 | 14.3 | - | - | - | $ 3,718.00 |
| **Staff** | | | | | | | |
| Pallepogu, Sreekanth Azariah John | $ 210 | $ 210.00 | 14.0 | - | 4.0 | - | $ 3,780.00 |
| Stephen Sonenshine | $ 210 | $ 210.00 | 2.2 | - | 19.0 | - | $ 4,452.00 |
| Sue Mei | $ 210 | $ 210.00 | - | - | 1.1 | - | $ 231.00 |
| Farcas, Daniela | $ 210 | $ 210.00 | 4.0 | - | - | - | $ 840.00 |
| **Intern** | | | | | | | |
| Hammond, Nathan | $ 190 | $ 190.00 | 12.7 | - | - | - | $ 2,413.00 |
| Leah Price | $ 190 | $ 190.00 | 11.2 | - | - | - | $ 2,118.50 |
| | | | 863.2 | 12.0 | 291.2 | 12.5 | $ 515,751.70 |

Total Expenses (05/29/06 - 09/30/06)                                                                                             $ 21,531.87

**Total Due**                                                                                                                    $ 537,283.57

**Footnotes**
(1) Represents rates in effect at the time of bankruptcy filing and through August 2006.
(2) Represents rate changes for specific Deloitte Tax personnel, effective as of September 2006.
(3) Individual was promoted effective September 1, 2006; hence; there was a rate change with respect to this individual.
(4) Travel time is charged at half of the agreed upon rates.

Winn – Dixie Stores Inc. et al.
Chapter 11 Case 05-03817-3F
Deloitte Tax LLP ("Deloitte Tax")
First Interim Fee Application
May 29, 2006 - September 30, 2006
Exhibit B – Narrative Description of Professional Services

I. **Bankruptcy related tax consulting:**
Included in this category is time associated with several Emergence Tax Services in connection with Winn-Dixie's Chapter 11 proceeding described below:

   a. **Assistance with the Coordination and Management of Bankruptcy Emergence:**
   Included in this category is time associated with Deloitte Tax assisting Winn-Dixie's tax department with the overall coordination and management of the bankruptcy emergence process including tax bankruptcy workplan evaluation, management and execution.

   b. **Assistance in Tax Determination of Cancellation of Indebtedness Income:**
   Included in this category is time associated with Deloitte Tax assisting in Winn-Dixie's determination of the likely amount of cancellation of indebtedness income and assisting Winn-Dixie in its determination of the effect of tax attribute reduction (for federal and state purposes) under the bankruptcy exclusion under §108 of the Internal Revenue Code and applicable state tax laws giving consideration to various elections that may be beneficial for Winn-Dixie

   c. **Assistance in Tax Determination of Ownership Change:**
   Included in this category is time associated with Deloitte Tax assisting Winn-Dixie in its determination of whether an ownership change, within the meaning of §382 of the Internal Revenue Code, will occur as a result of the proposed plan of reorganization and assisting Winn-Dixie in its determination of whether Winn-Dixie would potentially qualify for and benefit from the special bankruptcy exceptions contained in §382(1)(5) and (1)(6) and applicable state tax laws

   d. **Evaluation of Tax Basis in Subsidiary Stock:**
   Included in this category is time associated with Deloitte Tax assisting Winn-Dixie in its evaluation of the tax basis in subsidiary stock under applicable consolidated return regulations and, if there is an excess loss account (i.e., negative tax basis) with respect to the stock of any subsidiary, providing tax consulting to Winn-Dixie regarding methods it may employ to minimize the income recognition related thereto

Winn – Dixie Stores Inc. et al.
Chapter 11 Case 05-03817-3F
Deloitte Tax LLP ("Deloitte Tax")
First Interim Fee Application
May 29, 2006 - September 30, 2006
Exhibit B – Narrative Description of Professional Services

    e. **Assistance in Tax Treatment of Post-Petition Interest and Reorganization Costs:**
Included in this category is time associated with Deloitte Tax advising Winn-Dixie in its effort to determine the tax treatment of post-petition interest and reorganization costs

    f. **Preparation and Documentation of Tax Analysis and Opinions:**
Included in this category is time associated with Deloitte Tax documenting, as appropriate, the tax analysis, opinions, recommendations, conclusions, and correspondence for any tax issue or other tax matter

**II.** **Fresh start accounting and resulting tax reporting:**
Included in this category is time associated with Deloitte Tax providing tax consulting in connection with Winn-Dixie's fresh start accounting and Winn-Dixie's determination of the tax impacts and resulting tax reporting requirements of restructuring the business operations, settlements of pre-petition claims, treatment of intercompany balances, asset dispositions, damages relating to rejected leases or other contracts, pending litigation or disputed claims, reduction in tax attributes and resulting deferred taxes, determination of the availability, limitations, and preservation of tax attributes (such as net operating losses, tax credits and tax basis).

**III.** **Fees relating to retention application and order:**
Included in this category is time associated with Deloitte Tax's filing of the retention documents submitted to the Bankruptcy Court in order to be engaged to perform Winn-Dixie's Emergence Tax Services.

**IV.** **Fees relating to monthly and interim fee applications:**
Included in this category is time associated with Deloitte Tax's efforts to prepare and comply with Court requirements concerning the recording, categorization, summarization, review, and reconciliation of hours worked and incurred in this Chapter 11 proceeding and prepare related Court filings.

WINN-DIXIE STORES INC ET AL
CHAPTER 11 CASE 05-03817-3F1
DELOITTE TAX LLP
FIRST INTERIM FEE APPLICATION
FOR THE PERIOD MAY 29, 2006, THROUGH SEPTEMBER 30, 2006
EXHIBIT C - SUMMARY OF BANRUPTCY FEES AND HOURS BY PROJECT

| Project Number | Project Description | Hours | 100% Fees | 80% Fees | Expenses |
|---|---|---|---|---|---|
| | | | | | $ - |
| 1 | Bankruptcy related tax consulting | 1,054.2 | $ 469,041.70 | $ 375,233.36 | $ 20,428.13 |
| 2 | Fresh start accounting and resulting tax reporting | 56.4 | $ 22,007.00 | $ 17,605.60 | $ 1,103.74 |
| 3 | Fees relating to retention application and order | 10.6 | $ 5,936.00 | $ 4,748.80 | $ - |
| 4 | Fees relating to monthly and interim fee applications | 57.7 | $ 18,767.00 | $ 15,013.60 | $ - |
| | Total Tax Fees | 1,178.9 | $ 515,751.70 | $ 412,601.36 | $ 21,531.87 |
| | Expenses - tax related | | $ 21,531.87 | $ 21,531.87 | $ 21,531.87 |
| | **Total Fees and Expenses** | | $ 537,283.57 | $ 434,133.23 | $ 21,531.87 |

DELOITTE TAX LLP
FIRST INTERIM FEE APPLICATION
FOR THE PERIOD MAY 29, 2006, THROUGH SEPTEMBER 30, 2006
EXHIBIT D - SUMMARY OF HOURLY DETAIL BY PROFESSIONAL

| NAME | DATE | PROJECT # | HOURS | DESCRIPTION | RATE | FEES |
|---|---|---|---|---|---|---|
| Steve Burke | 6/1/2006 | 3-Fees relating to retention application and order | 1.8 | Worked with Mike Byrum Chief Accounting Officer to address scope of services between Deloitte FAS, KPMG with Deloitte Tax LLP's scope of services as originally defined in Deloitte Tax's engagement letter. Address numerous questions from Winn Dixie and Skadden regarding scope of services. Additionally, alter originally approved and sugned engagement letter between Wd and Deloitte Tax as well as review, prepare and modify retention document with WD and Skadden | $ 560.00 | $ 1,008.00 |
| Steve Burke | 6/2/2006 | 3-Fees relating to retention application and order | 1.8 | Worked with Mike Byrum Chief Accounting Officer to scope of services between Deloitte FAS, KPMG with Deloitte Tax LLP's scope of services as originally defined in Deloitte Tax's engagement letter. Address numerous questions from Winn Dixie and Skadden regarding scope of services. Additionally, alter originally approved and sugned engagement letter between Wd and Deloitte Tax as well as review, prepare and modify retention document with WD and Skadden | $ 560.00 | $ 1,008.00 |
| Barton, Christopher | 6/5/2006 | 1-Bankruptcy related tax consulting | 1.0 | Researched the FAS 109 ¶14 consequences of a change in the assumption with regards to the realization of a corporate-owned life insurance policy. | $ 600.00 | $ 600.00 |
| Steve Burke | 6/5/2006 | 3-Fees relating to retention application and order | 1.5 | Worked with Mike Byrum Chief Accounting Officer to address scope of services between Deloitte FAS, KPMG with Deloitte Tax LLP's scope of services as originally defined in Deloitte Tax's engagement letter. Address numerous questions from Winn Dixie and Skadden regarding scope of services. Additionally, alter originally approved and sugned engagement letter between Wd and Deloitte Tax as well as review, prepare and modify retention document with WD and Skadden | $ 560.00 | $ 840.00 |
| FISHER, MARK S | 6/6/2006 | 1-Bankruptcy related tax consulting | 0.4 | FAS 109 consultation regarding COLI | $ 600.00 | $ 240.00 |
| Steve Burke | 6/6/2006 | 3-Fees relating to retention application and order | 1.4 | Worked with Mike Byrum Chief Accounting Officer to address scope of services between Deloitte FAS, KPMG with Deloitte Tax LLP's scope of services as originally defined in Deloitte Tax's engagement letter. Address numerous questions from Winn Dixie and Skadden regarding scope of services. Additionally, alter originally approved and sugned engagement letter between Wd and Deloitte Tax as well as review, prepare and modify retention document with WD and Skadden | $ 560.00 | $ 784.00 |
| Barton, Christopher | 6/7/2006 | 1-Bankruptcy related tax consulting | 1.0 | Researched the FAS 109 ¶14 consequences of a change in the assumption with regards to the realization of a corporate-owned life insurance policy. | $ 600.00 | $ 600.00 |
| FISHER, MARK S | 6/7/2006 | 1-Bankruptcy related tax consulting | 0.2 | FAS 109 consultation regarding COLI | $ 600.00 | $ 120.00 |
| Steve Burke | 6/7/2006 | 3-Fees relating to retention application and order | 2.1 | Worked with Mike Byrum Chief Accounting Officer to address scope of services between Deloitte FAS, KPMG with Deloitte Tax LLP's scope of services as originally defined in Deloitte Tax's engagement letter. Address numerous questions from Winn Dixie and Skadden regarding scope of services. Additionally, alter originally approved and sugned engagement letter between Wd and Deloitte Tax as well as review, prepare and modify retention document with WD and Skadden | $ 560.00 | $ 1,176.00 |
| FISHER, MARK S | 6/8/2006 | 1-Bankruptcy related tax consulting | 0.1 | FAS 109 consultation regarding COLI | $ 600.00 | $ 60.00 |
| Steve Burke | 6/8/2006 | 3-Fees relating to retention application and order | 2.0 | Worked with Mike Byrum Chief Accounting Officer to address scope of services between Deloitte FAS, KPMG with Deloitte Tax LLP's scope of services as originally defined in Deloitte Tax's engagement letter. Address numerous questions from Winn Dixie and Skadden regarding scope of services. Additionally, alter originally approved and sugned engagement letter between Wd and Deloitte Tax as well as review, prepare and modify retention document with WD and Skadden | $ 560.00 | $ 1,120.00 |
| Kukoyi, Yinka | 6/14/2006 | 1-Bankruptcy related tax consulting | 2.5 | Researched the applicability of closing-of-the-books election. | $ 390.00 | $ 975.00 |
| Kukoyi, Yinka | 6/14/2006 | 1-Bankruptcy related tax consulting | 3.0 | Reviewed relevant engagement documents. | $ 390.00 | $ 1,170.00 |
| Kukoyi, Yinka | 6/14/2006 | 1-Bankruptcy related tax consulting | 2.5 | Reviewed other Winn-Dixie documents and had meetings with Steve Burke. | $ 390.00 | $ 975.00 |
| Kukoyi, Yinka | 6/15/2006 | 1-Bankruptcy related tax consulting | 2.9 | Prepared bankruptcy tax data request list. | $ 390.00 | $ 1,131.00 |

| WINN-DIXIE STORES INC ET AL |
| CHAPTER 11 CASE 05-03817-3F1 |
| DELOITTE TAX LLP |
| FIRST INTERIM FEE APPLICATION |
| FOR THE PERIOD MAY 29, 2006, THROUGH SEPTEMBER 30, 2006 |
| EXHIBIT D - SUMMARY OF HOURLY DETAIL BY PROFESSIONAL |

WINN-DIXIE STORES INC ET AL
CHAPTER 11 CASE 05-03817-3F1
DELOITTE TAX LLP
FIRST INTERIM FEE APPLICATION
FOR THE PERIOD MAY 29, 2006, THROUGH SEPTEMBER 30, 2006
EXHIBIT D - SUMMARY OF HOURLY DETAIL BY PROFESSIONAL

| NAME | DATE | PROJECT # | HOURS | DESCRIPTION | RATE | FEES |
|---|---|---|---|---|---|---|
| Kukoyi, Yinka | 6/15/2006 | 1-Bankruptcy related tax consulting | 3.0 | Obtained and started reviewing publlic filings for Winn-Dixie. | $ 390.00 | $ 1,170.00 |
| Kukoyi, Yinka | 6/15/2006 | 1-Bankruptcy related tax consulting | 0.6 | Held discussions with Steve Burke regarding scope of Emergence Tax Services. | $ 390.00 | $ 234.00 |
| Collins, B. | 6/16/2006 | 1-Bankruptcy related tax consulting | 1.5 | Participated in conference call with S. Burke, M. Gareau, and Y. Kukoyi re: preparation for discussion of Winn Dixie emergence tax issues with company accounting and tax personnel | $ 600.00 | $ 900.00 |
| Collins, B. | 6/16/2006 | 1-Bankruptcy related tax consulting | 2.5 | Participated in conference call with S. Burke, M. Gareau, Y. Kukoyi and Winn Dixie accounting and tax personnel re: emergence tax services | $ 600.00 | $ 1,500.00 |
| Gareau, M. | 6/16/2006 | 1-Bankruptcy related tax consulting | 1.5 | Y. Kukoyi re: preparation for discussion of Winn Dixie emergence tax issues with company accounting and tax personnel | $ 390.00 | $ 585.00 |
| Gareau, M. | 6/16/2006 | 1-Bankruptcy related tax consulting | 2.5 | Participated in conference call with S. Burke, B. Collins, Y. Kukoyi and Winn Dixie accounting and tax personnel re: emergence tax services | $ 390.00 | $ 975.00 |
| Kukoyi, Yinka | 6/16/2006 | 1-Bankruptcy related tax consulting | 3.0 | Obtained more public information and started the review process. | $ 390.00 | $ 1,170.00 |
| Kukoyi, Yinka | 6/16/2006 | 1-Bankruptcy related tax consulting | 0.5 | Held discussions with Bryan Collins and Matt Gareau. | $ 390.00 | $ 195.00 |
| Kukoyi, Yinka | 6/16/2006 | 1-Bankruptcy related tax consulting | 1.5 | Prepared and had discussions with Mike Byrum and Angela Baragona at Winn Dixie. | $ 390.00 | $ 585.00 |
| Kukoyi, Yinka | 6/16/2006 | 1-Bankruptcy related tax consulting | 3.0 | Preparation and brainstorming for the transition from KPMG to Deloitte. | $ 390.00 | $ 1,170.00 |
| Steve Burke | 6/16/2006 | 1-Bankruptcy related tax consulting | 3.5 | Prepared for with Deloitte Tax team the transistion of tax services from KPMG to Deloitte Tax LLP. Developed information requests, necessary model inputs and calcualtions and discussed intitial tax issues | $ 560.00 | $ 1,960.00 |
| Kukoyi, Yinka | 6/17/2006 | 1-Bankruptcy related tax consulting | 2.0 | Searched for more public documents available. | $ 390.00 | $ 780.00 |
| Kukoyi, Yinka | 6/18/2006 | 1-Bankruptcy related tax consulting | 2.0 | Reviewed public documents obtained. | $ 390.00 | $ 780.00 |
| Collins, B. | 6/19/2006 | 1-Bankruptcy related tax consulting | 1.5 | Review financial information; had a discussion with Deloitte Tax team re: transition with KPMG | $ 600.00 | $ 900.00 |
| Kukoyi, Yinka | 6/19/2006 | 1-Bankruptcy related tax consulting | 1.0 | Reviewed public documents obtained. | $ 390.00 | $ 390.00 |
| Collins, B. | 6/20/2006 | 1-Bankruptcy related tax consulting | 1.5 | Reviewed Winn Dixie 10-K, 10-Q, and publicly available documents | $ 600.00 | $ 900.00 |
| Collins, B. | 6/20/2006 | 1-Bankruptcy related tax consulting | 1.0 | Prepared for and participated in conference call with S. Burke, M. Gareau, Y. Kukoyi and J. Simon re: emergence tax services | $ 600.00 | $ 600.00 |
| Farcas, Daniela | 6/20/2006 | 1-Bankruptcy related tax consulting | 3.0 | Created Organizational Chart for Winn Dixie | $ 210.00 | $ 630.00 |
| Gareau, M. | 6/20/2006 | 1-Bankruptcy related tax consulting | 1.2 | Reviewed Winn Dixie 10-K, 10-Q, and publicly available documents | $ 390.00 | $ 468.00 |
| Gareau, M. | 6/20/2006 | 1-Bankruptcy related tax consulting | 0.8 | Prepared for and participated in conference call with S. Burke, B. Collins, Y. Kukoyi and J. Simon re: emergence tax services | $ 390.00 | $ 312.00 |
| Kukoyi, Yinka | 6/20/2006 | 1-Bankruptcy related tax consulting | 2.5 | Prepared and had telephone conversation with KPMG. | $ 390.00 | $ 975.00 |
| Kukoyi, Yinka | 6/20/2006 | 1-Bankruptcy related tax consulting | 1.0 | Sketched out organizational chart for staff to put in powerpoint. | $ 390.00 | $ 390.00 |
| Kukoyi, Yinka | 6/20/2006 | 1-Bankruptcy related tax consulting | 1.5 | Reviewed and analyzed company provided data. | $ 390.00 | $ 585.00 |
| Steve Burke | 6/20/2006 | 1-Bankruptcy related tax consulting | 1.0 | Conference call with KPMG to discuss and plan transition of tax work from KPMG to Deloitte Tax | $ 560.00 | $ 560.00 |
| Steve Burke | 6/20/2006 | 1-Bankruptcy related tax consulting | 2.5 | Prepared Deloitte tax engagement workplan and related documents in discussions with Deloitte Tax team | $ 560.00 | $ 1,400.00 |
| Collins, B. | 6/21/2006 | 1-Bankruptcy related tax consulting | 2.0 | Discussion re: workplan for tax analysis and meeting with KPMG | $ 600.00 | $ 1,200.00 |
| Kukoyi, Yinka | 6/21/2006 | 1-Bankruptcy related tax consulting | 2.0 | Reviewed and analyzed company provided data. | $ 390.00 | $ 780.00 |
| Collins, B. | 6/22/2006 | 1-Bankruptcy related tax consulting | 3.5 | Met with M. Gareau, S. Burke, and Y. Kukoyi, discussed Winn Dixie 10-K, 10-Q, and other publicly available documents | $ 600.00 | $ 2,100.00 |
| Collins, B. | 6/22/2006 | 1-Bankruptcy related tax consulting | 1.5 | Attended meeting at KPMG Atlanta with J. Simon, M. Gareau, S. Burke, and Y. Kukoyi re: KPMG's bankruptcy modeling to date | $ 600.00 | $ 900.00 |

**WINN-DIXIE STORES INC ET AL**
**CHAPTER 11 CASE 05-03817-3F1**
**DELOITTE TAX LLP**
**FIRST INTERIM FEE APPLICATION**
**FOR THE PERIOD MAY 29, 2006, THROUGH SEPTEMBER 30, 2006**
**EXHIBIT D - SUMMARY OF HOURLY DETAIL BY PROFESSIONAL**

| NAME | DATE | PROJECT # | HOURS | DESCRIPTION | RATE | FEES |
|---|---|---|---|---|---|---|
| Collins, B. | 6/22/2006 | 1-Bankruptcy related tax consulting | 3.5 | Met with M. Gareau, S. Burke, and Y. Kukoyi, discussed and considered information gathered from meeting with KPMG | $ 600.00 | $ 2,100.00 |
| Collins, B. | 6/22/2006 | 1-Bankruptcy related tax consulting | 2.5 | Prepared for and participated in call with A. Reshtick re: Deloitte's and Skadden's role in Winn Dixie bankruptcy tax services | $ 600.00 | $ 1,500.00 |
| Gareau, M. | 6/22/2006 | 1-Bankruptcy related tax consulting | 3.5 | Met with B. Collins, S. Burke, and Y. Kukoyi, discussed Winn Dixie 10-K, 10-Q, and other publicly available documents | $ 390.00 | $ 1,365.00 |
| Gareau, M. | 6/22/2006 | 1-Bankruptcy related tax consulting | 1.5 | Attended meeting at KPMG Atlanta with J. Simon, B. Collins, S. Burke, and Y. Kukoyi re: KPMG's bankruptcy modeling to date | $ 390.00 | $ 585.00 |
| Gareau, M. | 6/22/2006 | 1-Bankruptcy related tax consulting | 3.5 | Met with B. Collins, S. Burke, and Y. Kukoyi, discussed and considered information gathered from meeting with KPMG | $ 390.00 | $ 1,365.00 |
| Gareau, M. | 6/22/2006 | 1-Bankruptcy related tax consulting | 0.7 | Participated in call with A. Reshtick re: Deloitte's and Skadden's role in Winn Dixie bankruptcy tax services | $ 390.00 | $ 273.00 |
| Kukoyi, Yinka | 6/22/2006 | 1-Bankruptcy related tax consulting | 3.0 | Prepared for meeting with KPMG. | $ 390.00 | $ 1,170.00 |
| Kukoyi, Yinka | 6/22/2006 | 1-Bankruptcy related tax consulting | 1.5 | Went to KPMG office in Atlanta and had meeting with tax manager. | $ 390.00 | $ 585.00 |
| Kukoyi, Yinka | 6/22/2006 | 1-Bankruptcy related tax consulting | 3.0 | Prepared for meeting for meeting with attorneys and analyzed knowledge obtained from KPMG. | $ 390.00 | $ 1,170.00 |
| Kukoyi, Yinka | 6/22/2006 | 1-Bankruptcy related tax consulting | 0.6 | Had telephone call with Skadden, Arps regarding transition to Deloitte. | $ 390.00 | $ 234.00 |
| Kukoyi, Yinka | 6/22/2006 | 1-Bankruptcy related tax consulting | 2.9 | Prepared timeline of Emergence Tax Services and brainstormed with Bryan Collins, Matt Gareau, and Steve Burke. | $ 390.00 | $ 1,131.00 |
| Kukoyi, Yinka | 6/22/2006 | 1-Bankruptcy related tax consulting | 1.0 | Brainstormed and analyzed strategy of Emergence Tax Services with Bryan Collins, Matt Gareau, and Steve Burke. | $ 390.00 | $ 390.00 |
| Steve Burke | 6/22/2006 | 1-Bankruptcy related tax consulting | 3.0 | Prepared for meeting for meeting with attorneys and analyzed knowledge obtained from KPMG. | $ 560.00 | $ 1,680.00 |
| Collins, B. | 6/23/2006 | 1-Bankruptcy related tax consulting | 1.0 | Participated in update call with M. Byrum re: information identified during meeting with KPMG in Atlanta | $ 600.00 | $ 600.00 |
| Collins, B. | 6/23/2006 | 1-Bankruptcy related tax consulting | 3.5 | Prepared for and participated in conference call with Winn Dixie and advisors re: disclosure statement draft comments | $ 600.00 | $ 2,100.00 |
| Gareau, M. | 6/23/2006 | 1-Bankruptcy related tax consulting | 0.8 | Participated in update call with M. Byrum re: information identified during meeting with KPMG in Atlanta | $ 390.00 | $ 312.00 |
| Gareau, M. | 6/23/2006 | 1-Bankruptcy related tax consulting | 3.2 | Prepared for and participated in conference call with Winn Dixie and advisors re: disclosure statement draft comments | $ 390.00 | $ 1,248.00 |
| Kukoyi, Yinka | 6/23/2006 | 1-Bankruptcy related tax consulting | 3.0 | Reviewed draft of Disclosure Statement. | $ 390.00 | $ 1,170.00 |
| Kukoyi, Yinka | 6/23/2006 | 1-Bankruptcy related tax consulting | 1.0 | Prepared for, and held telephone conversations with Winn-Dixie. | $ 390.00 | $ 390.00 |
| Kukoyi, Yinka | 6/23/2006 | 1-Bankruptcy related tax consulting | 1.5 | Prepared for, and held telephone conversations with Skadden, Arps. | $ 390.00 | $ 585.00 |
| Kukoyi, Yinka | 6/23/2006 | 1-Bankruptcy related tax consulting | 1.0 | Prepared binder for all relevant documents in connection with the Emergence Tax Services. | $ 390.00 | $ 390.00 |
| Steve Burke | 6/23/2006 | 1-Bankruptcy related tax consulting | 2.5 | Prepared for, and held telephone conversations with Winn-Dixie and Skadden. | $ 560.00 | $ 1,400.00 |
| Gareau, M. | 6/24/2006 | 1-Bankruptcy related tax consulting | 1.0 | Prepared and reviewed Winn Dixie disclosure statement | $ 390.00 | $ 390.00 |
| Collins, B. | 6/25/2006 | 1-Bankruptcy related tax consulting | 4.0 | Prepared and reviewed Winn Dixie disclosure statement, tax disclosure section | $ 600.00 | $ 2,400.00 |
| Gareau, M. | 6/25/2006 | 1-Bankruptcy related tax consulting | 2.5 | Prepared and reviewed Winn Dixie disclosure statement, tax disclosure section | $ 390.00 | $ 975.00 |
| Collins, B. | 6/26/2006 | 1-Bankruptcy related tax consulting | 3.5 | Reviewed and provided comments re: Winn Dixie tax disclosure section | $ 600.00 | $ 2,100.00 |
| Gareau, M. | 6/26/2006 | 1-Bankruptcy related tax consulting | 2.7 | Prepared and reviewed Winn Dixie disclosure statement, tax disclosure section | $ 390.00 | $ 1,053.00 |
| Gareau, M. | 6/26/2006 | 1-Bankruptcy related tax consulting | 3.3 | Prepared, reviewed and provided comments re: Winn Dixie tax disclosure section | $ 390.00 | $ 1,287.00 |
| Kukoyi, Yinka | 6/26/2006 | 1-Bankruptcy related tax consulting | 1.0 | Read revised tax section of the Plan's Disclosure Statement. | $ 390.00 | $ 390.00 |
| Kukoyi, Yinka | 6/26/2006 | 1-Bankruptcy related tax consulting | 2.0 | Read and discussed revised tax section of the Plan's Disclosure Statement. | $ 390.00 | $ 780.00 |
| Kukoyi, Yinka | 6/26/2006 | 1-Bankruptcy related tax consulting | 3.0 | Reviewed and analyzed company data received from KPMG. | $ 390.00 | $ 1,170.00 |

WINN-DIXIE STORES INC ET AL
CHAPTER 11 CASE 05-03817-3F1
DELOITTE TAX LLP
FIRST INTERIM FEE APPLICATION
FOR THE PERIOD MAY 29, 2006, THROUGH SEPTEMBER 30, 2006
EXHIBIT D - SUMMARY OF HOURLY DETAIL BY PROFESSIONAL

| NAME | DATE | PROJECT # | HOURS | DESCRIPTION | RATE | FEES |
|---|---|---|---|---|---|---|
| Kukoyi, Yinka | 6/26/2006 | 1-Bankruptcy related tax consulting | 1.0 | Reviewed NOL and credit carryforward information provided by the company. | $ 390.00 | $ 390.00 |
| NELSON, GEORGE R | 6/26/2006 | 1-Bankruptcy related tax consulting | 2.7 | Review draft disclosure statement and transmittal of comments to b collins | $ 600.00 | $ 1,620.00 |
| Collins, B. | 6/27/2006 | 1-Bankruptcy related tax consulting | 5.0 | Reviewed and provided comments re: Winn Dixie tax disclosure section | $ 600.00 | $ 3,000.00 |
| Gareau, M. | 6/27/2006 | 1-Bankruptcy related tax consulting | 3.0 | Reviewed and provided comments re: Winn Dixie tax disclosure section | $ 390.00 | $ 1,170.00 |
| Kukoyi, Yinka | 6/27/2006 | 1-Bankruptcy related tax consulting | 3.0 | Started preparing bankruptcy tax model for Emergence Tax Services. | $ 390.00 | $ 1,170.00 |
| Kukoyi, Yinka | 6/27/2006 | 1-Bankruptcy related tax consulting | 2.8 | Worked on COD income section of bankruptcy tax model. | $ 390.00 | $ 1,092.00 |
| Kukoyi, Yinka | 6/27/2006 | 1-Bankruptcy related tax consulting | 0.9 | Worked on COD income section of bankruptcy tax model. | $ 390.00 | $ 351.00 |
| Kukoyi, Yinka | 6/27/2006 | 1-Bankruptcy related tax consulting | 1.3 | Prepared for and participated on call with Skadden, Arps regarding Disclosure Statement. | $ 390.00 | $ 507.00 |
| NELSON, GEORGE R | 6/27/2006 | 1-Bankruptcy related tax consulting | 1.5 | Consideration of tax issues stemming from issuance of stock in satisfaction of supplemental retirement claims | $ 600.00 | $ 900.00 |
| Collins, B. | 6/28/2006 | 1-Bankruptcy related tax consulting | 2.5 | Reviewed and provided comments re: Winn Dixie tax disclosure section | $ 600.00 | $ 1,500.00 |
| Hammond, Nathan | 6/28/2006 | 1-Bankruptcy related tax consulting | 2.0 | Preparation of tax basis balance sheets. | $ 190.00 | $ 380.00 |
| Hammond, Nathan | 6/28/2006 | 1-Bankruptcy related tax consulting | 1.5 | Preparation of tax basis balance sheets. | $ 190.00 | $ 285.00 |
| KELLY, THOMAS J | 6/28/2006 | 1-Bankruptcy related tax consulting | 0.5 | Comment on draft discussion in disclosure statement. | $ 480.00 | $ 240.00 |
| Kukoyi, Yinka | 6/28/2006 | 1-Bankruptcy related tax consulting | 2.5 | Started process for creating tax basis balance sheet and gave tutorial to Leah Price and Nate Hammond. | $ 390.00 | $ 975.00 |
| Kukoyi, Yinka | 6/28/2006 | 1-Bankruptcy related tax consulting | 3.0 | Worked on COD income section of bankruptcy tax model. | $ 390.00 | $ 1,170.00 |
| Kukoyi, Yinka | 6/28/2006 | 1-Bankruptcy related tax consulting | 1.5 | Worked on 382(l)(5) net method section of bankruptcy tax model. | $ 390.00 | $ 585.00 |
| Kukoyi, Yinka | 6/28/2006 | 1-Bankruptcy related tax consulting | 1.0 | Reviewed revised version of Plan's Disclosure Statement. | $ 390.00 | $ 390.00 |
| Kukoyi, Yinka | 6/28/2006 | 1-Bankruptcy related tax consulting | 2.5 | Worked on 382(l)(5) net method section of bankruptcy tax model. | $ 390.00 | $ 975.00 |
| Leah Price | 6/28/2006 | 1-Bankruptcy related tax consulting | 2.9 | Worked on tax basis balance sheet | $ 190.00 | $ 551.00 |
| Leah Price | 6/28/2006 | 1-Bankruptcy related tax consulting | 1.3 | Worked on tax basis balance sheet | $ 190.00 | $ 247.00 |
| Leah Price | 6/28/2006 | 1-Bankruptcy related tax consulting | 2.8 | Worked on tax basis balance sheet | $ 190.00 | $ 532.00 |
| Collins, B. | 6/29/2006 | 1-Bankruptcy related tax consulting | 3.0 | Reviewed and provided comments re: Winn Dixie tax disclosure section | $ 600.00 | $ 1,800.00 |
| Hammond, Nathan | 6/29/2006 | 1-Bankruptcy related tax consulting | 1.4 | Preparation of tax basis balance sheets. | $ 190.00 | $ 266.00 |
| Hammond, Nathan | 6/29/2006 | 1-Bankruptcy related tax consulting | 1.6 | Preparation of tax basis balance sheets. | $ 190.00 | $ 304.00 |
| Kukoyi, Yinka | 6/29/2006 | 1-Bankruptcy related tax consulting | 3.0 | Worked on 382(l)(5) net method section of bankruptcy tax model. | $ 390.00 | $ 1,170.00 |
| Kukoyi, Yinka | 6/29/2006 | 1-Bankruptcy related tax consulting | 2.8 | Worked on 382(l)(5) gross method section of bankruptcy tax model. | $ 390.00 | $ 1,092.00 |
| Kukoyi, Yinka | 6/29/2006 | 1-Bankruptcy related tax consulting | 3.0 | Worked on 382(l)(5) gross method section of bankruptcy tax model. | $ 390.00 | $ 1,170.00 |
| Kukoyi, Yinka | 6/29/2006 | 1-Bankruptcy related tax consulting | 1.2 | Assisted N. Hammond and L.Price with tax basis balance sheet. | $ 390.00 | $ 468.00 |
| Leah Price | 6/29/2006 | 1-Bankruptcy related tax consulting | 1.3 | Worked on tax basis balance sheet | $ 190.00 | $ 247.00 |
| Leah Price | 6/29/2006 | 1-Bankruptcy related tax consulting | 0.5 | Worked on tax basis balance sheet | $ 190.00 | $ 95.00 |
| Leah Price | 6/29/2006 | 1-Bankruptcy related tax consulting | 1.2 | Worked on tax basis balance sheet | $ 190.00 | $ 228.00 |

DELOITTE TAX LLP
FIRST INTERIM FEE APPLICATION
FOR THE PERIOD MAY 29, 2006, THROUGH SEPTEMBER 30, 2006
EXHIBIT D - SUMMARY OF HOURLY DETAIL BY PROFESSIONAL

| NAME | DATE | PROJECT # | HOURS | DESCRIPTION | RATE | FEES |
|---|---|---|---|---|---|---|
| Collins, B. | 6/30/2006 | 1-Bankruptcy related tax consulting | 3.0 | Reviewed and provided comments re: Winn Dixie tax disclosure section and benefit issues | $ 600.00 | $ 1,800.00 |
| Hammond, Nathan | 6/30/2006 | 1-Bankruptcy related tax consulting | 2.5 | Preparation of tax basis balance sheets. | $ 190.00 | $ 475.00 |
| Hammond, Nathan | 6/30/2006 | 1-Bankruptcy related tax consulting | 2.2 | Preparation of tax basis balance sheets. | $ 190.00 | $ 418.00 |
| Kukoyi, Yinka | 6/30/2006 | 1-Bankruptcy related tax consulting | 2.9 | Worked on 382(l)(5) gross method section of bankruptcy tax model. | $ 390.00 | $ 1,131.00 |
| Kukoyi, Yinka | 6/30/2006 | 1-Bankruptcy related tax consulting | 2.2 | Worked on 382(l)(5) gross method section of bankruptcy tax model. | $ 390.00 | $ 858.00 |
| Kukoyi, Yinka | 6/30/2006 | 1-Bankruptcy related tax consulting | 2.8 | Worked on NOL allocation and reviewed NOL carryack return filed by company. | $ 390.00 | $ 1,092.00 |
| Kukoyi, Yinka | 6/30/2006 | 1-Bankruptcy related tax consulting | 1.1 | Held discussions about bankruptcy tax model with S. Burke. | $ 390.00 | $ 429.00 |
| Kukoyi, Yinka | 7/4/2006 | 1-Bankruptcy related tax consulting | 1.5 | Worked on 382(l)(5) gross method section of bankruptcy tax model. | $ 390.00 | $ 585.00 |
| Collins, B. | 7/5/2006 | 1-Bankruptcy related tax consulting | 1.0 | Prepared for and participated in advisor's conference call re: potential applicability of section 382(l)(5) | $ 600.00 | $ 600.00 |
| Gareau, M. | 7/5/2006 | 1-Bankruptcy related tax consulting | 1.5 | Prepared for and participated in advisor's conference call re: potential applicability of section 382(l)(5) | $ 390.00 | $ 585.00 |
| Kukoyi, Yinka | 7/5/2006 | 1-Bankruptcy related tax consulting | 1.0 | Held discussions about bankruptcy tax model with S. Burke. | $ 390.00 | $ 390.00 |
| Kukoyi, Yinka | 7/5/2006 | 1-Bankruptcy related tax consulting | 3.0 | Worked on attribute reducton section of bankruptcy tax model. | $ 390.00 | $ 1,170.00 |
| Kukoyi, Yinka | 7/5/2006 | 1-Bankruptcy related tax consulting | 2.5 | Worked on attribute reducton section of bankruptcy tax model. | $ 390.00 | $ 975.00 |
| Kukoyi, Yinka | 7/5/2006 | 1-Bankruptcy related tax consulting | 0.8 | Participated on call with Skadden Arps, Crossroads, Blackstone regarding 382(l)(5). | $ 390.00 | $ 312.00 |
| Kukoyi, Yinka | 7/5/2006 | 1-Bankruptcy related tax consulting | 0.7 | Worked on attribute reducton section of bankruptcy tax model. | $ 390.00 | $ 273.00 |
| Kukoyi, Yinka | 7/5/2006 | 1-Bankruptcy related tax consulting | 0.5 | Held discussions with Lucian Spatolatore and Jonathan Kushner regarding 382(l)(5) interest haircut. | $ 390.00 | $ 195.00 |
| Kukoyi, Yinka | 7/5/2006 | 1-Bankruptcy related tax consulting | 2.0 | Worked on attribute reducton section of bankruptcy tax model. | $ 390.00 | $ 780.00 |
| KUSHNER, JONATHAN M | 7/5/2006 | 1-Bankruptcy related tax consulting | 0.4 | Telephone conversation with Y.Kukoyi, S.Burke, and L.Spatoliatore regarding interpretation of 382(l)(5) interest haircut provision in connection with attribute reduction. | $ 600.00 | $ 240.00 |
| SPATOLIATORE, LUCIAN V | 7/5/2006 | 1-Bankruptcy related tax consulting | 0.5 | Telephone conversation with Y.Kukoyi, S.Burke, and J.Kushner regarding interpretation of 382(l)(5) interest haircut provision in connection with attribute reduction. | $ 480.00 | $ 240.00 |
| Steve Burke | 7/5/2006 | 1-Bankruptcy related tax consulting | 0.7 | Discussions with Mike Byrum (CAO) regarding the status of Deloitte's emergence tax services and upcoming action steps and timing | $ 560.00 | $ 392.00 |
| Steve Burke | 7/5/2006 | 1-Bankruptcy related tax consulting | 2.5 | Prepare for advisors call (with KPMG) regarding application of NOL rules (IRC 382), analysis fo Winn Dixies tax profile, available tax data for upcoming emergence tax modeling, began preliminary design of Deloittes bankrupcty model | $ 560.00 | $ 1,400.00 |
| Collins, B. | 7/6/2006 | 1-Bankruptcy related tax consulting | 3.0 | Prepared for 7/7/06 conference call with J. Simon re: KPMG model | $ 600.00 | $ 1,800.00 |
| Gareau, M. | 7/6/2006 | 1-Bankruptcy related tax consulting | 2.5 | Prepared for 7/7/06 conference call with J. Simon re: KPMG model | $ 390.00 | $ 975.00 |
| Kukoyi, Yinka | 7/6/2006 | 1-Bankruptcy related tax consulting | 3.0 | Worked on attribute reducton section of bankruptcy tax model. | $ 390.00 | $ 1,170.00 |
| Kukoyi, Yinka | 7/6/2006 | 1-Bankruptcy related tax consulting | 2.5 | Woked on 382(l)(6) section of bankruptcy tax model. | $ 390.00 | $ 975.00 |
| Kukoyi, Yinka | 7/6/2006 | 1-Bankruptcy related tax consulting | 3.0 | Woked on 382(l)(6) section of bankruptcy tax model. | $ 390.00 | $ 1,170.00 |
| Kukoyi, Yinka | 7/6/2006 | 1-Bankruptcy related tax consulting | 2.5 | Prepared for and participated on conference call re: KPMG model. | $ 390.00 | $ 975.00 |
| Kukoyi, Yinka | 7/6/2006 | 1-Bankruptcy related tax consulting | 0.5 | Reviewed documents provided by KPMG. | $ 390.00 | $ 195.00 |
| Steve Burke | 7/6/2006 | 1-Bankruptcy related tax consulting | 2.5 | Began layout and preparation of Deloitte's emergence tax model and had discussions with KPMG regarding pre-emergence tax modeling by KPMG | $ 560.00 | $ 1,400.00 |
| Collins, B. | 7/7/2006 | 1-Bankruptcy related tax consulting | 5.0 | Prepared for and attended conference call with J. Simon, M. Gareau, S. Burke, and Y. Kukoyi re: KPMG bankruptcy tax model | $ 600.00 | $ 3,000.00 |

WINN-DIXIE STORES INC ET AL
CHAPTER 11 CASE 05-03817-3F1
DELOITTE TAX LLP
FIRST INTERIM FEE APPLICATION
FOR THE PERIOD MAY 29, 2006, THROUGH SEPTEMBER 30, 2006
EXHIBIT D - SUMMARY OF HOURLY DETAIL BY PROFESSIONAL

| NAME | DATE | PROJECT # | HOURS | DESCRIPTION | RATE | FEES |
|---|---|---|---|---|---|---|
| Gareau, M. | 7/7/2006 | 1-Bankruptcy related tax consulting | 3.0 | Prepared for and attended conference call with J. Simon, B. Collins, S. Burke, and Y. Kukoyi re: KPMG bankruptcy tax model | $ 390.00 | $ 1,170.00 |
| Hammond, Nathan | 7/7/2006 | 1-Bankruptcy related tax consulting | 1.0 | Preparation of spreadsheet schedules related to the tax basis balance sheets. | $ 190.00 | $ 190.00 |
| Kukoyi, Yinka | 7/7/2006 | 1-Bankruptcy related tax consulting | 3.0 | Preparation and for and attendance of KPMG meeting with Bryan Collins, Steve Burke, and Matt Gareau. | $ 390.00 | $ 1,170.00 |
| Kukoyi, Yinka | 7/7/2006 | 1-Bankruptcy related tax consulting | 2.5 | Reviewed KPMG's bankruptcy tax model. | $ 390.00 | $ 975.00 |
| Kukoyi, Yinka | 7/7/2006 | 1-Bankruptcy related tax consulting | 1.5 | Discussion and analysis of bankruptcy tax model in comparison with KPMG's with Steve Burke. | $ 390.00 | $ 585.00 |
| Kukoyi, Yinka | 7/7/2006 | 1-Bankruptcy related tax consulting | 0.5 | Reviewed KPMG's bankruptcy tax model. | $ 390.00 | $ 195.00 |
| NELSON, GEORGE R | 7/7/2006 | 1-Bankruptcy related tax consulting | 2.0 | review tax issues posed by disclosure statement | $ 600.00 | $ 1,200.00 |
| Steve Burke | 7/7/2006 | 1-Bankruptcy related tax consulting | 1.5 | Prepared for meeting with KPMG on transitioning tax work from KPMG to Deloitte | $ 560.00 | $ 840.00 |
| Steve Burke | 7/7/2006 | 1-Bankruptcy related tax consulting | 2.0 | Attended transition meeting with KPMG to transition tax work from KPMG to Deloitte | $ 560.00 | $ 1,120.00 |
| Collins, B. | 7/10/2006 | 1-Bankruptcy related tax consulting | 3.0 | Walked through current status of bankruptcy model with Y. Kukoyi | $ 600.00 | $ 1,800.00 |
| Collins, B. | 7/10/2006 | 1-Bankruptcy related tax consulting | 2.0 | Discussed and analyzed calculations of cancellation of debt income by entity with Y. Kukoyi | $ 600.00 | $ 1,200.00 |
| Collins, B. | 7/10/2006 | 1-Bankruptcy related tax consulting | 2.5 | Discussed and analyzed calculations of section 382(l)(5) interest haircut with Y. Kukoyi, including application to excess credits | $ 600.00 | $ 1,500.00 |
| Gareau, M. | 7/10/2006 | 1-Bankruptcy related tax consulting | 3.0 | Travel from Washington D.C. to Atlanta to work on bankruptcy model | $ 195.00 | $ 585.00 |
| Gareau, M. | 7/10/2006 | 1-Bankruptcy related tax consulting | 3.2 | Walked through current status of bankruptcy model with Y. Kukoyi | $ 390.00 | $ 1,248.00 |
| Gareau, M. | 7/10/2006 | 1-Bankruptcy related tax consulting | 2.1 | Discussed and analyzed calculations of cancellation of debt income by entity with Y. Kukoyi | $ 390.00 | $ 819.00 |
| Gareau, M. | 7/10/2006 | 1-Bankruptcy related tax consulting | 2.7 | Discussed and analyzed calculations of section 382(l)(5) interest haircut with Y. Kukoyi, including application to excess credits | $ 390.00 | $ 1,053.00 |
| Kukoyi, Yinka | 7/10/2006 | 1-Bankruptcy related tax consulting | 3.0 | Worked on cash tax summary section of bankruptcy tax model. | $ 390.00 | $ 1,170.00 |
| Kukoyi, Yinka | 7/10/2006 | 1-Bankruptcy related tax consulting | 2.1 | Worked with Matt Gareau and Bryan Collins on bankruptcy tax model. | $ 390.00 | $ 819.00 |
| Kukoyi, Yinka | 7/10/2006 | 1-Bankruptcy related tax consulting | 2.7 | Worked with Matt Gareau and Bryan Collins on bankruptcy tax model. | $ 390.00 | $ 1,053.00 |
| Kukoyi, Yinka | 7/10/2006 | 1-Bankruptcy related tax consulting | 2.2 | Worked with Matt Gareau on bankruptcy tax model. | $ 390.00 | $ 858.00 |
| NELSON, GEORGE R | 7/10/2006 | 1-Bankruptcy related tax consulting | 1.7 | review of tax issues posed by chapter 11 plan | $ 600.00 | $ 1,020.00 |
| Collins, B. | 7/11/2006 | 1-Bankruptcy related tax consulting | 3.0 | Discussed current status of bankruptcy model with M. Gareau and Y. Kukoyi | $ 600.00 | $ 1,800.00 |
| Gareau, M. | 7/11/2006 | 1-Bankruptcy related tax consulting | 2.2 | Discussed current status of bankruptcy model with B. Collins and Y. Kukoyi | $ 390.00 | $ 858.00 |
| Gareau, M. | 7/11/2006 | 1-Bankruptcy related tax consulting | 3.1 | Discussed and analyzed calculations of net unrealized built-in loss with Y. Kukoyi | $ 390.00 | $ 1,209.00 |
| Gareau, M. | 7/11/2006 | 1-Bankruptcy related tax consulting | 3.7 | Discussed and analyzed calculations of recognized built-in loss with Y. Kukoyi | $ 390.00 | $ 1,443.00 |
| Kukoyi, Yinka | 7/11/2006 | 1-Bankruptcy related tax consulting | 3.0 | Worked with Matt Gareau on bankruptcy tax model. | $ 390.00 | $ 1,170.00 |
| Kukoyi, Yinka | 7/11/2006 | 1-Bankruptcy related tax consulting | 2.0 | Worked with Matt Gareau on bankruptcy tax model. | $ 390.00 | $ 780.00 |
| Kukoyi, Yinka | 7/11/2006 | 1-Bankruptcy related tax consulting | 2.5 | Researched various technical issues on bankruptcy tax model. | $ 390.00 | $ 975.00 |
| Kukoyi, Yinka | 7/11/2006 | 1-Bankruptcy related tax consulting | 3.0 | Worked with Matt Gareau on bankruptcy tax model. | $ 390.00 | $ 1,170.00 |
| Kukoyi, Yinka | 7/11/2006 | 1-Bankruptcy related tax consulting | 0.5 | Organized binder with updated tax information. | $ 390.00 | $ 195.00 |
| NELSON, GEORGE R | 7/11/2006 | 1-Bankruptcy related tax consulting | 2.3 | consideration of treatment of disputed claims reservs | $ 600.00 | $ 1,380.00 |

DELOITTE TAX LLP
FIRST INTERIM FEE APPLICATION
FOR THE PERIOD MAY 29, 2006, THROUGH SEPTEMBER 30, 2006
EXHIBIT D - SUMMARY OF HOURLY DETAIL BY PROFESSIONAL

| NAME | DATE | PROJECT # | HOURS | DESCRIPTION | RATE | FEES |
|---|---|---|---|---|---|---|
| Collins, B. | 7/12/2006 | 1-Bankruptcy related tax consulting | 2.5 | Discussed and analyzed calculations of cash tax difference between sections 382(l)(5) and 382(l)(6) with Y. Kukoyi | $ 600.00 | $ 1,500.00 |
| Collins, B. | 7/12/2006 | 1-Bankruptcy related tax consulting | 2.0 | Discussed and analyzed calculations of consolidated attribute reduction under 1.1502-28 with Y. Kukoyi | $ 600.00 | $ 1,200.00 |
| Collins, B. | 7/12/2006 | 1-Bankruptcy related tax consulting | 2.0 | Discussed current status of bankruptcy model with M. Gareau and Y. Kukoyi | $ 600.00 | $ 1,200.00 |
| Gareau, M. | 7/12/2006 | 1-Bankruptcy related tax consulting | 2.5 | Discussed and analyzed calculations of cash tax difference between sections 382(l)(5) and 382(l)(6) with Y. Kukoyi | $ 390.00 | $ 975.00 |
| Gareau, M. | 7/12/2006 | 1-Bankruptcy related tax consulting | 3.2 | Discussed and analyzed calculations of section 382(l)(5) interest haircut with Y. Kukoyi, including application to excess credits | $ 390.00 | $ 1,248.00 |
| Gareau, M. | 7/12/2006 | 1-Bankruptcy related tax consulting | 2.4 | Discussed and analyzed calculations of consolidated attribute reduction under 1.1502-28 with Y. Kukoyi | $ 390.00 | $ 936.00 |
| Gareau, M. | 7/12/2006 | 1-Bankruptcy related tax consulting | 1.9 | Discussed current status of bankruptcy model with B. Collins and Y. Kukoyi | $ 390.00 | $ 741.00 |
| KILINSKIS, ROBERT A | 7/12/2006 | 1-Bankruptcy related tax consulting | 1.5 | Consultation regarding the application of economic performance rules to built-in loss provisions in section 382 | $ 600.00 | $ 900.00 |
| Kukoyi, Yinka | 7/12/2006 | 1-Bankruptcy related tax consulting | 3.0 | Worked with Matt Gareau on bankruptcy tax model. | $ 390.00 | $ 1,170.00 |
| Kukoyi, Yinka | 7/12/2006 | 1-Bankruptcy related tax consulting | 2.5 | Worked with Matt Gareau on bankruptcy tax model. | $ 390.00 | $ 975.00 |
| Kukoyi, Yinka | 7/12/2006 | 1-Bankruptcy related tax consulting | 2.0 | Worked with Matt Gareau on bankruptcy tax model. | $ 390.00 | $ 780.00 |
| Kukoyi, Yinka | 7/12/2006 | 1-Bankruptcy related tax consulting | 1.5 | Worked on cash tax summary section of bankruptcy tax model. | $ 390.00 | $ 585.00 |
| NELSON, GEORGE R | 7/12/2006 | 1-Bankruptcy related tax consulting | 3.3 | review of 468B regs re handling of disputed claims reserves | $ 600.00 | $ 1,980.00 |
| Collins, B. | 7/13/2006 | 1-Bankruptcy related tax consulting | 2.0 | Prepared for and attended conference call with Blackstone re: status of tax calculations | $ 600.00 | $ 1,200.00 |
| Collins, B. | 7/13/2006 | 1-Bankruptcy related tax consulting | 1.5 | Discussed updates to model with B. Collins, S. Burke, and Y. Kukoyi | $ 600.00 | $ 900.00 |
| Gareau, M. | 7/13/2006 | 1-Bankruptcy related tax consulting | 1.8 | Prepared for and attended conference call with Blackstone re: status of tax calculations | $ 390.00 | $ 702.00 |
| Gareau, M. | 7/13/2006 | 1-Bankruptcy related tax consulting | 1.2 | Discussed updates to model with B. Collins, S. Burke, and Y. Kukoyi | $ 390.00 | $ 468.00 |
| Kukoyi, Yinka | 7/13/2006 | 1-Bankruptcy related tax consulting | 1.0 | Prepared information request for claims data needed. | $ 390.00 | $ 390.00 |
| Kukoyi, Yinka | 7/13/2006 | 1-Bankruptcy related tax consulting | 2.0 | Prepared for and participated on conference call with Blackstone re: status of tax calculations | $ 390.00 | $ 780.00 |
| Kukoyi, Yinka | 7/13/2006 | 1-Bankruptcy related tax consulting | 2.0 | Worked on cash tax summary section of bankruptcy tax model. | $ 390.00 | $ 780.00 |
| Kukoyi, Yinka | 7/13/2006 | 1-Bankruptcy related tax consulting | 3.0 | Worked on cash tax summary section of bankruptcy tax model. | $ 390.00 | $ 1,170.00 |
| Steve Burke | 7/13/2006 | 1-Bankruptcy related tax consulting | 1.0 | Prepared for and participated in call with Blackstone re: modeling, data points required from Deloitte regarding cash taxes | $ 560.00 | $ 560.00 |
| Steve Burke | 7/13/2006 | 1-Bankruptcy related tax consulting | 1.0 | Various follow up discussions with Deloitte team regarding design of emergence tax model to meet data point demands of Blackstone | $ 560.00 | $ 560.00 |
| Collins, B. | 7/14/2006 | 1-Bankruptcy related tax consulting | 1.0 | Participated in conference call with Skadden and Milbank re: tax treatment of disputed claims reserve | $ 600.00 | $ 600.00 |
| Collins, B. | 7/14/2006 | 1-Bankruptcy related tax consulting | 2.5 | Researched tax treatment of disputed claims reserves | $ 600.00 | $ 1,500.00 |
| Gareau, M. | 7/14/2006 | 1-Bankruptcy related tax consulting | 1.2 | Participated in conference call with Skadden and Milbank re: tax treatment of disputed claims reserve | $ 390.00 | $ 468.00 |
| Gareau, M. | 7/14/2006 | 1-Bankruptcy related tax consulting | 2.8 | Researched tax treatment of disputed claims reserves | $ 390.00 | $ 1,092.00 |
| Kukoyi, Yinka | 7/14/2006 | 1-Bankruptcy related tax consulting | 2.8 | Worked on cash tax summary section of bankruptcy tax model. | $ 390.00 | $ 1,092.00 |
| Kukoyi, Yinka | 7/14/2006 | 1-Bankruptcy related tax consulting | 0.8 | Participated on call with Skadden Arps and creditors committee counsel regarding disputed common stock reserve. | $ 390.00 | $ 312.00 |
| Kukoyi, Yinka | 7/14/2006 | 1-Bankruptcy related tax consulting | 2.2 | Worked on cash tax summary section of bankruptcy tax model. | $ 390.00 | $ 858.00 |
| Kukoyi, Yinka | 7/14/2006 | 1-Bankruptcy related tax consulting | 1.2 | Worked on summary of bankruptcy tax model. | $ 390.00 | $ 468.00 |

WINN-DIXIE STORES INC ET AL
CHAPTER 11 CASE 05-03817-3F1
DELOITTE TAX LLP
FIRST INTERIM FEE APPLICATION
FOR THE PERIOD MAY 29, 2006, THROUGH SEPTEMBER 30, 2006
EXHIBIT D - SUMMARY OF HOURLY DETAIL BY PROFESSIONAL

| NAME | DATE | PROJECT # | HOURS | DESCRIPTION | RATE | FEES |
|---|---|---|---|---|---|---|
| Collins, B. | 7/16/2006 | 1-Bankruptcy related tax consulting | 1.0 | Researched tax treatment of disputed claims reserves | $ 600.00 | $ 600.00 |
| Gareau, M. | 7/17/2006 | 1-Bankruptcy related tax consulting | 2.0 | Researched tax treatment of disputed claims reserves | $ 390.00 | $ 780.00 |
| KILINSKIS, ROBERT A | 7/17/2006 | 1-Bankruptcy related tax consulting | 0.5 | Consultation regarding the application of economic performance rules to built-in loss provisions in section 382 | $ 600.00 | $ 300.00 |
| Kukoyi, Yinka | 7/17/2006 | 1-Bankruptcy related tax consulting | 2.0 | Worked on cash tax projections on WD's Emergence Tax Services Model. | $ 390.00 | $ 780.00 |
| Kukoyi, Yinka | 7/17/2006 | 1-Bankruptcy related tax consulting | 0.5 | Requested claims information from Logan & Co (Claims Agents). | $ 390.00 | $ 195.00 |
| Kukoyi, Yinka | 7/17/2006 | 1-Bankruptcy related tax consulting | 2.8 | Worked on cash tax projections on WD's Emergence Tax Services. | $ 390.00 | $ 1,092.00 |
| Kukoyi, Yinka | 7/17/2006 | 1-Bankruptcy related tax consulting | 1.7 | Prepared information request list and open items list. | $ 390.00 | $ 663.00 |
| Kukoyi, Yinka | 7/17/2006 | 1-Bankruptcy related tax consulting | 1.5 | Prepared reconciliation of net operating loss and projected taxable income template. | $ 390.00 | $ 585.00 |
| Kukoyi, Yinka | 7/17/2006 | 1-Bankruptcy related tax consulting | 1.0 | Analyzed interest expense for purposes of Section 382(l)(5). | $ 390.00 | $ 390.00 |
| Kukoyi, Yinka | 7/17/2006 | 1-Bankruptcy related tax consulting | 0.5 | Analyzed interest expense for purposes of Section 382(l)(5). | $ 390.00 | $ 195.00 |
| Collins, B. | 7/18/2006 | 1-Bankruptcy related tax consulting | 2.0 | Worked on bankruptcy model and technical tax issues | $ 600.00 | $ 1,200.00 |
| Gareau, M. | 7/18/2006 | 1-Bankruptcy related tax consulting | 3.8 | Participated in conference call with S. Burke and Y. Kukoyi re: bankruptcy model and technical tax issues | $ 390.00 | $ 1,482.00 |
| Gareau, M. | 7/18/2006 | 1-Bankruptcy related tax consulting | 1.7 | Researched tax calculation of net unrealized built-in loss | $ 390.00 | $ 663.00 |
| Kukoyi, Yinka | 7/18/2006 | 1-Bankruptcy related tax consulting | 2.0 | Worked on building out of cash tax summary in Emergence Tax Services Model. | $ 390.00 | $ 780.00 |
| Kukoyi, Yinka | 7/18/2006 | 1-Bankruptcy related tax consulting | 1.0 | Developed a workplan for Emergence Tax Services. | $ 390.00 | $ 390.00 |
| Kukoyi, Yinka | 7/18/2006 | 1-Bankruptcy related tax consulting | 0.3 | Participated on conference call with the Blackstone Group re: discussion of (l)(5) vs (l)(6) benefits | $ 390.00 | $ 117.00 |
| Kukoyi, Yinka | 7/18/2006 | 1-Bankruptcy related tax consulting | 0.8 | Preparing for call with Blackstone and participated on discussion of (l)(5) vs (l)(6) benefits with Blackstone. | $ 390.00 | $ 312.00 |
| Kukoyi, Yinka | 7/18/2006 | 1-Bankruptcy related tax consulting | 0.5 | Discussion with Angela Baragona at WD about planned visit. | $ 390.00 | $ 195.00 |
| Kukoyi, Yinka | 7/18/2006 | 1-Bankruptcy related tax consulting | 0.4 | Discussion with Tony Sasso at Deloitte FAS about fresh start accounting. | $ 390.00 | $ 156.00 |
| Kukoyi, Yinka | 7/18/2006 | 1-Bankruptcy related tax consulting | 3.8 | Conference call with Matt Gareau about Emergence Tax Services Model. | $ 390.00 | $ 1,482.00 |
| Kukoyi, Yinka | 7/18/2006 | 1-Bankruptcy related tax consulting | 0.7 | Worked on building out of cash tax summary in Emergence Tax Services Model. | $ 390.00 | $ 273.00 |
| NELSON, GEORGE R | 7/18/2006 | 1-Bankruptcy related tax consulting | 2.6 | conference m gareau; analysis of new 468B regulations | $ 600.00 | $ 1,560.00 |
| Steve Burke | 7/18/2006 | 1-Bankruptcy related tax consulting | 2.8 | Preparation and review of emergence tax model | $ 560.00 | $ 1,568.00 |
| Steve Burke | 7/18/2006 | 1-Bankruptcy related tax consulting | 1.2 | Deloitte tax calls to discuss technical issues and effects on bakruptcy modeling | $ 560.00 | $ 672.00 |
| FORREST, JONATHAN I | 7/19/2006 | 1-Bankruptcy related tax consulting | 1.0 | Meet with Mr. Gareau re section 468B issue. | $ 480.00 | $ 480.00 |
| Gareau, M. | 7/19/2006 | 1-Bankruptcy related tax consulting | 3.5 | Researched calculation of NUBIG/NUBIL under Notice 2003-65 safe harbor | $ 390.00 | $ 1,365.00 |
| Gareau, M. | 7/19/2006 | 1-Bankruptcy related tax consulting | 3.5 | Participated in conference call with G. Nelson re: taxation of disputed claims reserve; researched same | $ 390.00 | $ 1,365.00 |
| Gareau, M. | 7/19/2006 | 1-Bankruptcy related tax consulting | 0.5 | Reviewed bankruptcy tax model | $ 390.00 | $ 195.00 |
| KILINSKIS, ROBERT A | 7/19/2006 | 1-Bankruptcy related tax consulting | 1.0 | Reviewed PLR on built-in loss and impact on calculation. | $ 600.00 | $ 600.00 |
| Kukoyi, Yinka | 7/19/2006 | 1-Bankruptcy related tax consulting | 0.6 | Participated on call with Lisa Anne at Winn-Dixie regarding interest expense. | $ 390.00 | $ 234.00 |
| Kukoyi, Yinka | 7/19/2006 | 1-Bankruptcy related tax consulting | 0.5 | Discussed with S. Burke regarding open items. | $ 390.00 | $ 195.00 |