**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| Debtors. | ) Jointly Administered |

**ORDER APPROVING FIFTH INTERIM APPLICATION OF**
**KPMG, LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION**
**FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**
**INCURRED JUNE 1, 2006 THROUGH SEPTEMBER 30, 2006**

These cases came before the Court upon the application dated November 20, 2006 (the "Fifth Application") of KPMG, LLP (the "Interim Fee Application") for an order under 11 U.S.C. §§ 330 and 331 (i) allowing compensation for professional services rendered on behalf of the Debtors in the amount of $2,980,025.64 , and authorizing payment of compensation not previously received, and (ii) allowing actual, necessary expenses incurred in connection with the rendition of such professional services in the amount of $38,491.09, and authorizing reimbursement of expenses not previously received, for the period from June 1, 2006 through September 30, 2006 (the "Application Period").  A hearing on the Fifth Application was held on December 14, 2006.  The Court has read the Fifth Application, considered the representations of counsel and has determined that notice of the Fifth Application was good and sufficient under the circumstances and that no other or further notice need be given.

Accordingly, it is

ORDERED AND ADJUDGED THAT:

1.  The Fifth Application is granted.

2.  The fees earned and the expenses incurred by KPMG, LLP during the Application Period, as set forth in the Fifth Application, are approved and allowed.

3.  The Debtors are authorized and directed to pay to KPMG, LLP (to the extent not previously paid) the sums of: (i) 2,980,025.64, representing fees earned by KPMG, LLP during the Application Period and (ii) $38,491.09, representing expenses incurred by KPMG, LLP during the Application Period.

4.  The relief granted in this Order is without prejudice to the rights of KPMG, LLP to seek further allowance and payment of additional compensation and reimbursement of expenses, including any such amounts incurred during the Application Period for which approval has not previously been sought and denied, upon application to this Court.

5.  All interim fees and expenses are subject to final review and no determination is made as to reasonableness. To the extent the estates become administratively insolvent, interim fees and expenses awarded pursuant to this Order may be subject to disgorgement.

Dated this 20 day of November 2006 in Jacksonville, Florida

                                                  Jerry A. Funk  
                                                  United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Fifth Application.