**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.*, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

**SUMMARY OF SECOND INTERIM FEE APPLICATION OF JENNER & BLOCK LLP**

| | |
|---|---|
| Period for which fee compensation and expense reimbursement is sought: | June 1, 2006 to September 30, 2006 |
| Compensation and expenses previously awarded by the Court: | $659,575.91 |
| Total amount of expense reimbursement sought: | $27,424.43 |
| Total amount of fee compensation sought: | $426,614.50 |

| Summary of Fee Compensation Sought | | | | | |
|---|---|---|---|---|---|
| **Timekeeper Name** | **Position** | **Atty. Adm. Yr.** | **Hourly Rate** | **Billed Hours** | **Billed Fees** |
| John H. Mathias, Jr. | Partner | 1972 | $670 | 26.90 | $18,023.00 |
| Lorelie S. Masters | Partner | 1981 | $495 | 57.00 | $28,215.00 |
| Christopher C. Dickinson | Partner | 1988 | $485 | 155.50 | $75,417.50 |
| John P. Wolfsmith | Partner | 1998 | $420 | 251.80 | $105,756.00 |
| Elsa Y. Trujillo | Associate | 2001 | $325 | 528.90 | $171,892.50 |
| Rebecca L. Miller | Paralegal | | $160 | 61.10 | $9,776.00 |
| Taylor M. Singleton | Project Assistant | | $125 | .30 | $37.50 |
| Richard A. Cortazar | Project Assistant | | $120 | 44.00 | $5,280.00 |
| Cristina Covarrubias | Project Assistant | | $120 | 7.80 | $936.00 |
| Eleni Giannakopoulos | Project Assistant | | $120 | 42.80 | $5,136.00 |
| Mary E. Ruddy | Research Librarian | | $225 | .50 | $112.50 |
| Brian R. Love | Applied Tech. Analyst | | $275 | 18.30 | $5,032.50 |
| Javier D. Porcayo | Applied Tech. Specialist | | $200 | 1.50 | $300.00 |
| Walita Jendo | Applied Tech. Specialist | | $200 | 3.50 | $700.00 |
| **Totals** | | | | | $426,614.50 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.*, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

**SECOND INTERIM FEE APPLICATION OF JENNER & BLOCK LLP,
AS SPECIAL COUNSEL TO THE DEBTORS,
FOR ALLOWANCE AND PAYMENT OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES ADVANCED**

Jenner & Block LLP ("Jenner & Block") submits this Application pursuant to sections 330 and 331 of the Bankruptcy Code, for entry of an order allowing it interim compensation for services rendered and expenses advanced during the period June 1, 2006 to September 30, 2006, as special insurance litigation counsel to Winn-Dixie Stores, Inc. ("Winn-Dixie") and its subsidiaries and affiliates in the above-captioned jointly-administered cases, as debtors and debtors-in-possession (collectively, "the Debtors").

In support of this Application, Jenner & Block states as follows:

**Background, Jurisdiction and Venue**

1.      On February 21, 2005, the Debtors filed voluntary petitions for reorganization relief under chapter 11 of the Bankruptcy Code.  The Debtors' cases are being jointly administered for procedural purposes only.  The Debtors -- grocery and pharmaceutical retailers operating in the southeastern United States -- are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.      On March 1, 2005, pursuant to section 1102 of the Bankruptcy Code, the Office of the United States Trustee ("the U.S. Trustee") appointed an official committee of unsecured

creditors ("the Creditors Committee") to serve in these cases. An official committee of equity security holders was appointed by the U.S. Trustee on August 17, 2005, and was subsequently disbanded by the U.S. Trustee by notice dated January 11, 2006.

3.    The Court has jurisdiction over this Application pursuant to 28 U.S.C. § 1334. Venue of this proceeding and this Application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). The statutory predicates for the relief sought in this Application are sections 105, 327, 330 and 331 of the Bankruptcy Code, and such relief is subject to Rules 2002(a) and 2016 of the Federal Rules of Bankruptcy Procedure.

### The Debtors' Retention of Jenner & Block

4.    In July 2004, the Debtors retained Jenner & Block to represent it in connection with various insurance-related matters, including advising the Debtors with regard to insurance procurement and administration, insurance coverage analysis, and management of certain non-litigated claims for insurance coverage. For internal administration and billing purposes, and accordingly for purposes of this Application, Jenner & Block refers to this as the "Insurance Advice" matter.

5.    In or about early 2005, the Debtors began consulting Jenner & Block concerning a dispute with one of the Debtors' property insurers, XL Insurance America, Inc. ("XL"). In August 2005, Jenner & Block filed suit against XL on behalf of Winn-Dixie, seeking declaratory relief and damages stemming from XL's refusal to cover what Winn-Dixie asserts is XL's portion of the substantial property damage losses the Debtors sustained in the 2004 hurricane season. The complaint was later amended to allege alternative contract and tort claims against Marsh USA, Inc. ("Marsh"), then the Debtors' property insurance broker and advisor. The

amended complaint alleges that in the event it is determined that Winn-Dixie is not entitled to the

coverage it seeks from XL, then Winn-Dixie is entitled to recovery of its losses from Marsh, for

Marsh's failure to properly procure the necessary coverage. The litigation is pending in U.S.

District Court in Atlanta, under the caption *Winn-Dixie Stores, Inc. v. XL Insurance America,*

*Inc. and Marsh USA, Inc.*, No. 05-CV-2100-JEC (N.D. Ga.). For internal administration and

billing purposes, and accordingly for purposes of this Application, Jenner & Block refers to this

as the "XL/Marsh Litigation" matter.

6.      Before May 4, 2006, Jenner & Block had been providing its services in its

ordinary course professional capacity, pursuant to the Court's March 4, 2005 Order Authorizing

Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business ("the

OCP Order").[1] But as a result of increased activity in the XL/Marsh Litigation, and the

likelihood that the XL/Marsh Litigation will proceed to trial, the cost of services the Debtors

required from Jenner & Block began to exceed the monthly and case caps provided in the OCP

Order. Accordingly, to ensure that the Debtors continued to receive the benefit of Jenner &

Block's counsel with respect to the XL/Marsh Litigation and. to the extent needed, other

insurance-related matters, in April 2006 the Debtors applied for the Court's approval to retain

Jenner & Block as special insurance litigation counsel.[2] On May 4, 2006, the Court entered an

order pursuant to section 327(e) of the Bankruptcy Code, approving the Debtors' retention of

---

[1] *See* Third Submission of Completed Retention Questionnaire of Ordinary Course Professionals Included in the Seventh Supplement to Exhibit A Pursuant to the Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business (Dec. 9, 2005) (Docket No. 4570) (submitting completed ordinary course professional retention questionnaire for Jenner & Block); Seventh Supplement to Exhibit A of the Motion for Approval of Retention and Compensation of Professionals Used in the Ordinary Course of Business (Aug. 15, 2005) (Docket No. 3006) (adding Jenner & Block as an ordinary course professional).

[2] *See* Application for Authority to Retain Jenner & Block LLP as Special Insurance Litigation Counsel to the Debtors (Apr. 16, 2006) (Docket No. 7148).

Jenner & Block as special insurance litigation counsel, for purposes of Jenner & Block's

continued prosecution of the XL/Marsh Litigation, as well as to continue advising the Debtors

with regard to other insurance-related matters as necessary.[3]

### Relief Requested

7.      By this Application, Jenner & Block is seeking interim compensation for fees in

the amount of $426,614.50, and reimbursement for expenses advanced in the amount of

$27,424.43, all of which was incurred in connection with the XL/Marsh Litigation and Insurance

Advice matters during the period June 1, 2006 to September 30, 2006.  This is Jenner & Block's

second interim application.  By order entered on August 10, 2006, the Court previously allowed

Jenner & Block interim compensation $606,419.25 for professional services and $53,156.66 for

reimbursement of expenses for the period May 9, 2005 to May 31, 2006.[4]

8.      Annexed hereto is the coversheet required by UST Guidelines, which includes a

schedule setting forth (a) the names of all Jenner & Block attorneys, paralegals and other

professionals who have performed services for which compensation is sought; (b) the capacity in

which each such individual is employed by Jenner & Block; (c) the year in which each attorney

was first licensed to practice law; (d) the hourly billing rate charged by Jenner & Block for the

services performed by each individual at the time of the services; and (e) the aggregate number

of hours expended in the XL/Marsh Litigation and Insurance Advice matters, and aggregate

amount of fees billed.

---

[3] *See* Order Authorizing Debtors to Retain Jenner & Block LLP as Special Insurance Litigation Counsel
(May 4, 2006) (Docket No. 7601).

[4] *See* Order Allowing Compensation and Reimbursement of Expenses of Professionals (August 10, 2006)
(Docket No. 10159).

9.      Also annexed hereto as Exhibit A are copies of Jenner & Block's invoices, which include detailed contemporaneous daily time entries of each Jenner & Block attorney, paralegal or other professional, and a detailed itemization of expenses incurred. Annexed hereto as Exhibit B is a schedule showing by category the total amount of expenses for which Jenner & Block is seeking reimbursement. Annexed hereto as Exhibit C is a proposed form of order granting this Application.

### Basis for Relief

10.      The services rendered and expenses advanced were actually, necessarily and appropriately incurred in connection with the XL/Marsh Litigation and Insurance Advice matters. The particular services rendered by Jenner & Block are fully described in the detailed contemporaneous time entries included in the invoices annexed as Exhibit A.

11.      The XL/Marsh Litigation is a hotly-contested, multi-million dollar commercial dispute that involves complex and unique issues concerning interpretation and possible reformation of XL's insurance contract, coupled with similarly complex and unique issues concerning Marsh's professional service obligations to the Debtors. During this Application period, Jenner & Block devoted substantial time and resources to, among other things, completion of all written and oral discovery, including all fact and expert depositions; preparation of pleadings and motion papers, including substantial briefing in potentially case-dispositive cross-motions for summary judgment on the claims against XL; related legal research and factual investigation and analysis; and preparing for, briefing and conducting a private mediation, all within the compressed period dictated by court order.

12.      During this Application period, Jenner & Block also devoted time and resources to the Insurance Advice matter, which principally involved advising the Debtors with regard to

insurance procurement and administration, insurance coverage analysis, and management of certain non-litigated claims for insurance coverage.

13.    Jenner & Block's services were rendered by an appropriately limited number of attorneys selected for their substantial experience and expertise in insurance litigation and analysis, assisted where appropriate by similarly-qualified paralegals and other professionals. Jenner & Block billed all services at the fixed hourly rates it customarily charges its other clients. Jenner & Block's rates are comparable to the rates charged by other comparable law firms for the type of service Jenner & Block has rendered in the XL/Marsh Litigation and Insurance Advice matters.

14.    The expenses Jenner & Block has advanced on the Debtors' behalf are fully described in the detailed invoices annexed as Exhibit A, and they are summarized by category in Exhibit B. The expenses include photocopying charges, computer-assisted legal research, long-distance telephone and outgoing fax charges, all billed at cost, using rates Jenner & Block customarily charges its other clients; court reporter and videographer fees and expenses; and travel expenses (including economy class airfares, hotel and ground transportation charges) for out-of-town depositions. Documentation for the travel expenses is also included in Exhibit A. All of these expenses were actually, necessarily and appropriately incurred in connection with the XL/Marsh Litigation and Insurance Advice matters, and all of the expenses are in the nature of those customarily charged to Jenner & Block's other clients. Expenses incurred to third parties are limited to the actual amounts billed to and paid by Jenner & Block on the Debtors' behalf.

15.    No agreement or understanding exists between Jenner & Block and any other person or party for a division of compensation for services rendered, and no such division of

6

compensation prohibited by Section 504(b) of the Bankruptcy Code will be made, except among

partners of Jenner & Block.

**Notice**

16.    Notice of this Application has been provided to (a) counsel to the United States

Trustee; (b) counsel for the Debtors; (c) counsel for the Debtors' postpetition secured lenders;

(d) counsel for the Creditors Committee; and (d) the other parties in interest named on the Master

Service List maintained in these cases.

WHEREFORE, Jenner & Block respectfully requests that the Court enter an order as

follows:

(a)    granting this Application;

(b)    awarding Jenner & Block interim compensation for fees in the amount of
$426,614.50, and reimbursement for expenses advanced in the amount of
$27,424.43;

(c)    directing the Debtors to pay those amounts to Jenner & Block, to the extent not
previously paid; and

(d)    granting Jenner & Block such additional relief as the Court deems appropriate.


By:    _____

John H. Mathias, Jr.
Christopher C. Dickinson
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, Illinois 60611
(312) 222-9350

Special Insurance Litigation Counsel
to the Debtors

7

## Certificate of Service

The undersigned attorney hereby certifies that on November 10, 2006, he caused copies of the foregoing **Second Interim Fee Application of Jenner & Block LLP** to be served on the parties listed on the attached Service List by causing copies of same to be deposited with the U.S. Postal Service at 330 N. Wabash Avenue, Chicago, Illinois 60611, in properly addressed envelopes with correct first-class postage prepaid.

By: _Unmyhlheuis_

John H. Mathias, Jr.
Christopher C. Dickinson
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, Illinois 60611
(312) 222-9350

Special Insurance Litigation Counsel
to the Debtors

# WINN-DIXIE SERVICE PARTIES

Office of the United States Trustee
Attn: Kenneth C. Meeker
135 West Central Boulevard, Room 620
Orlando, FL 32801
Phone: 407-648-6301
Fax: 407-648-6323
ken.meeker@usdoj.gov

Office of the United States Trustee
Attn: Elena L. Escamilla
135 West Central Boulevard, Room 620
Orlando, FL 32801
Phone: 407-648-6465
Fax: 407-648-6323
elena.l.escamilla@usdoj.gov

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY 10169
Phone: 212-661-9100
Fax: 212-682-6104
jhelfat@oshr.com

Milbank, Tweed, Hadley & McCloy LLP
Attn: Matthew S. Barr
1 Chase Manhattan Plaza
New York, NY 10005
Phone: 212-530-5000
Fax: 212-530-5219
mbarr@milbank.com

Winn-Dixie Stores, Inc.
Attn: Laurence B. Appel
5050 Edgewood Court
Jacksonville, FL 32254-3699
Phone: 904-783-5000
Fax: 904-783-5059
larryappel@winn-dixie.com

Winn-Dixie Stores, Inc.
Attn: Jay F. Castle
5050 Edgewood Court
Jacksonville, FL 32254-3699

1

Phone:  904-783-5000
Fax:  904-783-5059
jaycastle@winn-dixie.com

Skadden, Arps, Slate, Meagher & Flom LLP
Attn:  D. J. Baker
Four Times Square
New York, NY 10036
Phone:  212-735-2150
Fax:  917-777-2150
djbaker@skadden.com

King & Spalding LLP
Attn: Sarah Robinson Borders
191 Peachtree Street
Atlanta, GA 30303
Phone:  404-572-4600
Fax:  404-572-5149
sborders@kslaw.com

Stuart, Maue, Mitchell & James, Ltd.
Attn:  Linda K. Cooper
3840 McKelvey Road
St. Louis, MO 63044
Phone:  314-291-3030
Fax:  314-291-6546
l.cooper@smmj.com