LAW OFFICES

# JENNER & BLOCK LLP

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

CLIENT NUMBER   44374-000
MATTER NUMBER  10025

WINN-DIXIE STORES, INC.                          OCTOBER 11, 2006
5050 EDGEWOOD COURT                          INVOICE # 9041487
JACKSONVILLE, FL  32254

ATTN: JAY CASTLE, ESQ.

### XL/MARSH LITIGATION

| | | |
|---|---|---|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2006 | | $114,582.00 |
| DISBURSEMENTS | | 5,167.04 |
| | TOTAL INVOICE | $119,749.04 |

LAW OFFICES
# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

WINN-DIXIE STORES, INC.
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

INVOICE # 9041487

OCTOBER 11, 2006

ATTN: JAY CASTLE, ESQ.

CLIENT NUMBER -    44374-000

FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 30, 2006

XL/MARSH LITIGATION                                              MATTER NUMBER -    10025
716373

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 9/01/06 | CCD | 3.50 | Edited and worked on summary judgment opposition, statement of additional facts and response to XL's "statement of facts." | 1,697.50 |
| 9/01/06 | CCD | .70 | Conferred with E. Trujillo and docketing re filing and service of summary judgment opposition papers and motion papers re Stempel opinions. | 339.50 |
| 9/01/06 | CCD | 1.00 | Edited and worked on motion papers re Stempel report and testimony. | 485.00 |
| 9/01/06 | CCD | .30 | Reviewed summary judgment opposition papers and motion papers as filed. | 145.50 |
| 9/01/06 | CCD | .80 | Prepared memo via email to client re case status and scheduling. | 388.00 |
| 9/01/06 | CCD | .20 | Reviewed K. Bruett letter filing re Marsh joinder to Winn-Dixie summary judgment opposition. | 97.00 |
| 9/01/06 | CCD | .40 | Reviewed S. Morris suggested revisions to motion papers re Stempel report and testimony. | 194.00 |
| 9/01/06 | JPW | 1.10 | Reviewed briefing on motion to strike certain testimony of J. Stempel and brief in opposition to motion for summary judgment by XL and communicated with E. Trujillo re filing of same. | 462.00 |
| 9/01/06 | EYT | 3.30 | Made final revisions to Winn-Dixie's response to XL's statement of undisputed facts. | 1,072.50 |

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 9/01/06 | EYT | 1.80 | Checked all citations to the record contained in response to XL's statement of undisputed facts. | 585.00 |
| 9/01/06 | EYT | 3.60 | Proofread brief in opposition to XL's motion for summary judgment, response to XL's statement of undisputed facts, and statement of additional facts, and made all necessary corrections. | 1,170.00 |
| 9/01/06 | EYT | .20 | Conferred with federal court clerk's office re filing procedures. | 65.00 |
| 9/01/06 | EYT | .20 | Drafted index of exhibits in support of motion to strike Stempel's expert report and testimony. | 65.00 |
| 9/01/06 | EYT | 1.00 | Checked cites in memorandum in support of motion to strike Stempel's expert report and testimony. | 325.00 |
| 9/01/06 | EYT | .30 | Organized exhibits in support of motion to strike Stempel's expert report and testimony. | 97.50 |
| 9/01/06 | EYT | .30 | Organized exhibits in support of brief in opposition to XL's motion for summary judgment. | 97.50 |
| 9/01/06 | EYT | .90 | Prepared summary judgment opposition documents, Motion to Strike and supporting exhibits. | 292.50 |
| 9/01/06 | EYT | .20 | Reviewed filing confirmation summaries from the court and noted issues to be addressed. | 65.00 |
| 9/01/06 | EYT | 1.10 | Conferred with Docketing Department re summary judgment opposition filing. | 357.50 |
| 9/01/06 | EYT | .20 | Reviewed ECF handbook rules and commenced drafting request to strike. | 65.00 |
| 9/01/06 | EYT | .20 | Conferred with C. Dickinson re filing issues. | 65.00 |
| 9/01/06 | EG | 1.00 | Gathered and prepared deposition excerpts per E. Trujillo. | 120.00 |
| 9/01/06 | RXM | .80 | Organized case files. | 128.00 |
| 9/05/06 | CCD | .50 | Reviewed XL brief in opposition to Winn-Dixie's summary judgment motion. | 242.50 |
| 9/05/06 | CCD | .50 | Reviewed Marsh's brief in opposition to XL motion to compel. | 242.50 |
| 9/05/06 | JPW | 1.80 | Reviewed XL's response to Winn-Dixie motion for | 756.00 |

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

|  |  |  | summary judgment, XL's statement of facts and XL's statement of additional facts and prepared comments for reply brief; reviewed Marsh response to XL's motion to compel. |  |
|---|---|---|---|---|
| 9/05/06 | JPW | 5.50 | Worked on mediation statement. | 2,310.00 |
| 9/05/06 | EYT | .40 | Conferred with Docketing Department re potential motion to strike and re-filing of documents. | 130.00 |
| 9/05/06 | EYT | .10 | Conferred with J. Wolfsmith re reply brief. | 32.50 |
| 9/05/06 | EYT | .80 | Reviewed XL's response brief. | 260.00 |
| 9/05/06 | EYT | .10 | Reviewed XL's statement of additional facts and response to Winn-Dixie's statement of undisputed facts. | 32.50 |
| 9/05/06 | EYT | .30 | Reviewed Marsh's memorandum in opposition to XL's motion to compel. | 97.50 |
| 9/06/06 | CCD | .30 | Conferred with J. Wolfsmith re mediation statement. | 145.50 |
| 9/06/06 | CCD | .30 | Exchanged emails with D. Bitter re mediation preparation. | 145.50 |
| 9/06/06 | JPW | 11.50 | Worked on mediation statement. | 4,830.00 |
| 9/06/06 | JPW | .70 | Conferred with E. Trujillo re preparation of mediation statement and reply brief in support of Winn-Dixie's motion for partial summary judgment. | 294.00 |
| 9/06/06 | EYT | .80 | Conferred with J. Wolfsmith re mediation statement. | 260.00 |
| 9/06/06 | EYT | 10.30 | Drafted argument section of mediation statement (portion against XL) and incorporated responses to arguments raised by XL in its brief in opposition to Winn-Dixie's motion for summary judgment. | 3,347.50 |
| 9/06/06 | EYT | .60 | Reviewed statement of facts section of mediation statement, and noted additional facts to include therein. | 195.00 |
| 9/06/06 | EG | 3.00 | Gathered, prepared, and organized Motion for Summary Judgment Exhibits per J. Wolfsmith. | 360.00 |
| 9/07/06 | CCD | .80 | Reviewed J. Wolfsmith draft mediation statement. | 388.00 |
| 9/07/06 | CCD | .20 | Conferred with J. Wolfsmith re revisions to mediation | 97.00 |

LAW OFFICES

# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

statement.

| 9/07/06 | JPW | 12.20 | Worked on mediation statement, including conferences with E. Trujillo re same. | 5,124.00 |
| 9/07/06 | EYT | .30 | Drafted email to J. Wolfsmith re additional facts to include in mediation statement. | 97.50 |
| 9/07/06 | EYT | 1.10 | Conferred with J. Wolfsmith re mediation statement and needed revisions thereto. | 357.50 |
| 9/07/06 | EYT | .80 | Reviewed current draft of mediation statement; noted needed revisions. | 260.00 |
| 9/07/06 | EYT | 6.70 | Revised argument section of mediation statement (portion against XL), incorporating responses to arguments raised by XL in its brief in opposition to Winn-Dixie's motion for summary judgment. | 2,177.50 |
| 9/07/06 | EYT | 1.50 | Conducted research on whether any 11th Circuit or Northern District of Georgia cases discuss the definition of the term "attach." | 487.50 |
| 9/07/06 | CC | 1.50 | Worked on updating court file. | 180.00 |
| 9/07/06 | RAC | 2.00 | Gathered documents requested by J. Wolfsmith. | 240.00 |
| 9/07/06 | EG | 1.30 | Gathered and organized B. Whitton and C. Schlenke deposition transcripts per J. Wolfsmith. | 156.00 |
| 9/08/06 | CCD | 2.00 | Compiled and analyzed litigation fees and costs for purposes of mediation preparation. | 970.00 |
| 9/08/06 | CCD | .50 | Reviewed and answered J. Castle email re compilation and analysis of litigation fees and costs for purposes of mediation preparation. | 242.50 |
| 9/08/06 | CCD | 1.00 | Reviewed and edited J. Wolfsmith revised draft mediation statement. | 485.00 |
| 9/08/06 | CCD | .50 | Exchanged emails with J. Wolfsmith and J. Castle re fee recovery issues. | 242.50 |
| 9/08/06 | CCD | .70 | Compiled, reviewed and organized motion papers for submission to mediator. | 339.50 |
| 9/08/06 | JPW | 4.00 | Worked on mediation statement, including conferences with C. Dickinson and E. Trujillo re same (and re reply | 1,680.00 |

LAW OFFICES
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

on Winn-Dixie's motion for partial summary judgment).

| Date | Atty | Hours | Description | Amount |
|------|------|-------|-------------|--------|
| 9/08/06 | JPW | 1.30 | Worked on mediation statement. | 546.00 |
| 9/08/06 | EYT | 1.30 | Reviewed mediation statement and noted necessary revisions. | 422.50 |
| 9/08/06 | EYT | .10 | Reviewed correspondence re loss values. | 32.50 |
| 9/08/06 | EYT | .10 | Conferred with J. Wolfsmith re exhibits for mediation statement. | 32.50 |
| 9/08/06 | EYT | 1.00 | Reviewed documents in preparation for drafting reply brief in support of motion for partial summary judgment. | 325.00 |
| 9/08/06 | CC | 1.80 | Worked on updating court file including review and organization of court documents. | 216.00 |
| 9/08/06 | EG | 1.00 | Organized hard copies of pleadings requested per C. Dickinson for expert's use. | 120.00 |
| 9/09/06 | EYT | 1.60 | Further reviewed documents (all motion papers from both sides) in preparation for drafting reply brief in support of motion for partial summary judgment. | 520.00 |
| 9/10/06 | JPW | 1.00 | Worked on mediation statement. | 420.00 |
| 9/10/06 | EYT | 5.30 | Reviewed depositions and inserted cites into mediation statement. | 1,722.50 |
| 9/10/06 | EYT | .90 | Reviewed mediation statement and noted additional necessary exhibits. | 292.50 |
| 9/11/06 | JHM | 1.20 | Participated in conference call with team re strategy for mediation. | 804.00 |
| 9/11/06 | CCD | 1.20 | Prepared for and participated in conference call with client re mediation strategy and preparation. | 582.00 |
| 9/11/06 | CCD | .30 | Conferred with J. Wolfsmith and J. Mathias re mediation and settlement strategies. | 145.50 |
| 9/11/06 | CCD | .40 | Reviewed XL reply brief in support of motion to strike Stempel report and testimony. | 194.00 |
| 9/11/06 | CCD | .40 | Conferred and exchanged emails with E. Trujillo and J. Wolfsmith re revisions to and preparation of mediation statement. | 194.00 |

LAW OFFICES
# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS  60611
(312) 222-9350

| 9/11/06 | CCD | 2.50 | Edited and worked on mediation statement. | 1,212.50 |
|---|---|---|---|---|
| 9/11/06 | CCD | .20 | Teleconferenced with E. Smith re Holt Ney fees and costs. | 97.00 |
| 9/11/06 | CCD | .20 | Exchanged emails with E. Smith re submission of motions to judge. | 97.00 |
| 9/11/06 | JPW | 5.40 | Worked on mediation statement and preparation of exhibits. | 2,268.00 |
| 9/11/06 | JPW | 1.00 | Participated in conference call with D. Bitter, J. Castle, J. Mathias, C. Dickinson, B. Warren re mediation, including review of damages reconciliation information and preparation for call. | 420.00 |
| 9/11/06 | EYT | .60 | Compiled list of exhibits for mediation statement and drafted email to paralegal re same. | 195.00 |
| 9/11/06 | EYT | .70 | Conferred with J. Wolfsmith re mediation statement, exhibits to mediation statement, reply brief in support of motion to Strike Stempel and pre-trial order. | 227.50 |
| 9/11/06 | EYT | 5.40 | Commenced drafting reply brief in support of motion for partial summary judgment against XL. | 1,755.00 |
| 9/11/06 | EYT | .80 | Conferred with paralegal re exhibits for mediation statement. | 260.00 |
| 9/11/06 | EYT | 2.30 | Reviewed mediation statement and depositions and inserted cites to the depositions into the mediation statement. | 747.50 |
| 9/11/06 | EYT | 2.50 | Reviewed hard copies of exhibits for mediation statement and ensured all exhibits were complete. | 812.50 |
| 9/11/06 | EYT | .40 | Reviewed mediation statement and noted additional necessary citations to exhibits. | 130.00 |
| 9/11/06 | EYT | .20 | Drafted email to Bill Warren at Dempsey Myers, attaching copy of mediation statement and requesting comments on damages section. | 65.00 |
| 9/11/06 | EG | 3.50 | Gathered and prepared deposition excerpts for inclusion as exhibits to mediation statement per E. Trujillo. | 420.00 |
| 9/11/06 | RXM | 4.00 | Reviewed case files for exhibits for use in mediation statement per E. Trujillo, and gathered and organized | 640.00 |

Federal Identification No. 36-2192554

LAW OFFICES

**JENNER & BLOCK LLP**

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

same for E. Trujillo review.

| | | | | |
|---|---|---|---|---|
| 9/12/06 | JHM | 1.00 | Prepared for and participated in conference call re mediation strategy (.5); reviewed XL mediation submissions (.5). | 670.00 |
| 9/12/06 | CCD | .40 | Reviewed and answered email from mediator re mediation participants and arrangements. | 194.00 |
| 9/12/06 | CCD | .50 | Reviewed XL's mediation statement. | 242.50 |
| 9/12/06 | CCD | 1.00 | Worked on preparation of mediation statement, including conferences re same with E. Trujillo and J. Wolfsmith. | 485.00 |
| 9/12/06 | CCD | .60 | Prepared for and participated in conference call with client re mediation strategy. | 291.00 |
| 9/12/06 | JPW | 4.80 | Worked on mediation statement and preparation of exhibits. | 2,016.00 |
| 9/12/06 | EYT | .30 | Conferred with J. Wolfsmith re mediation statement and exhibits thereto. | 97.50 |
| 9/12/06 | EYT | .10 | Conferred with C. Dickinson re mediation statement and pretrial order. | 32.50 |
| 9/12/06 | EYT | 1.10 | Conferred with paralegal re mediation statement, organizing exhibits thereto, index to exhibits, and submission of documents to mediator and opposing counsel. | 357.50 |
| 9/12/06 | EYT | 1.80 | Reviewed mediation statement and hard copies of exhibits and compiled revised list of exhibits with revised numbering scheme, and drafted email to J. Wolfsmith and paralegal re same. | 585.00 |
| 9/12/06 | EYT | .40 | Reviewed depositions and inserted additional citations to testimony into mediation statement. | 130.00 |
| 9/12/06 | EYT | .90 | Organized hard copies of exhibits according to new numbering scheme and delivered to J. Wolfsmith for review. | 292.50 |
| 9/12/06 | EYT | .20 | Reviewed XL's reply in support of its motion to strike Stempel's expert report and testimony. | 65.00 |
| 9/12/06 | EYT | 1.80 | Revised citations to exhibits in mediation statement to reflect new numbering scheme. | 585.00 |

LAW OFFICES

# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

Page 8

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 9/12/06 | EYT | 3.50 | Proofread and cite-checked brief prior to submission to mediator and opposing counsel, and made necessary revisions. | 1,137.50 |
| 9/12/06 | EYT | .30 | Reviewed XL's mediation statement. | 97.50 |
| 9/12/06 | EYT | .20 | Reviewed Table of Contents to Mediation Statement. | 65.00 |
| 9/12/06 | CC | .50 | Worked on reviewing and organizing court documents. | 60.00 |
| 9/12/06 | EG | .50 | Prepared court file index per J. Wolfsmith; requested docket sheet for same. | 60.00 |
| 9/12/06 | EG | 2.00 | Organized deposition excerpt exhibits for binding and filing per E.Trujillo. | 240.00 |
| 9/12/06 | RXM | 4.50 | Gathered mediation exhibits for use in mediation statement(1.0); prepared and updated index of mediation exhibits(1.5); prepared exhibits and deposition excerpts to be organized electronically for use by mediator (1.0); prepared mediation statement and exhibits to be shipped to opposing counsel and mediator (.50). | 720.00 |
| 9/12/06 | RXM | .80 | Reviewed deposition files for transcripts and exhibits for J. Wolfsmith file. | 128.00 |
| 9/13/06 | JHM | 1.00 | Reviewed mediation statements from parties. | 670.00 |
| 9/13/06 | CCD | .50 | Reviewed Marsh mediation statement. | 242.50 |
| 9/13/06 | CCD | .40 | Emailed XL and Marsh mediation statements to client, and follow-up email exchanges with D. Bitter re same. | 194.00 |
| 9/13/06 | CCD | .20 | Conferred with J. Wolfsmith re Marsh mediation statement and re mediation strategy. | 97.00 |
| 9/13/06 | JPW | .60 | Reviewed mediation statements from XL and Marsh. | 252.00 |
| 9/13/06 | EYT | .10 | Reviewed Marsh's mediation statement. | 32.50 |
| 9/13/06 | EYT | .10 | Reviewed correspondence re XL and Marsh's mediation statements. | 32.50 |
| 9/13/06 | EYT | .20 | Conferred with J. Wolfsmith re XL and Marsh's mediation statements and reply brief in support of summary judgment. | 65.00 |

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 9/13/06 | EYT | 5.10 | Drafted reply brief in support of motion for partial summary judgment against XL. | 1,657.50 |
|---|---|---|---|---|
| 9/13/06 | CC | 1.00 | Worked on reviewing and organizing court documents. | 120.00 |
| 9/13/06 | RAC | 2.50 | Gathered and prepared files for J. Wolfsmith use per R. Miller. | 300.00 |
| 9/13/06 | RXM | 1.50 | Organized depositions transcripts, exhibits, and pleadings for J. Wolfsmith use. | 240.00 |
| 9/14/06 | EYT | 8.10 | Continued drafting reply brief in support of motion for summary judgment against XL. | 2,632.50 |
| 9/14/06 | CC | 1.50 | Updated court file. | 180.00 |
| 9/15/06 | CCD | .30 | Reviewed and answered E. Trujillo and J. Wolfsmith email re summary judgment briefing and response to XL's statement of facts. | 145.50 |
| 9/15/06 | JPW | .20 | Conferred with C. Dickinson re response to XL's statement of additional facts. | 84.00 |
| 9/15/06 | EYT | 4.80 | Completed initial draft of reply brief in support of motion for partial summary judgment against XL. | 1,560.00 |
| 9/15/06 | EYT | .10 | Reviewed correspondence re response to XL's statement of additional facts. | 32.50 |
| 9/18/06 | JHM | 1.60 | Prepared for and participated in conference call with mediator (1.3); followed up re preparation for mediation (.3). | 1,072.00 |
| 9/18/06 | CCD | 1.30 | Prepared for and participated in conference call with mediator. | 630.50 |
| 9/18/06 | JPW | 1.20 | Participated in conference call with J. Marks, J. Mathias, C. Dickinson, J. Castle and D. Bitter. | 504.00 |
| 9/18/06 | JPW | .30 | Reviewed documents re damages for mediation. | 126.00 |
| 9/19/06 | JHM | .20 | Prepared for mediation. | 134.00 |
| 9/19/06 | CCD | 1.00 | Worked on mediation preparation and arrangements. | 485.00 |
| 9/19/06 | CCD | 1.00 | Reviewed and edited summary judgment reply brief. | 485.00 |
| 9/19/06 | CCD | .40 | Received email from E. Trujillo re Winn-Dixie reply to | 194.00 |

LAW OFFICES

# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | XL summary judgment arguments and authority. |  |
| 9/19/06 | EYT | .10 | Reviewed correspondence re statutory rate of interest applicable to an insurance claim under Florida and Georgia law. | 32.50 |
| 9/19/06 | EYT | 3.10 | Conducted research on the statutory rate of prejudgment interest applicable to an insurance claim under Florida and Georgia law. | 1,007.50 |
| 9/19/06 | EYT | .20 | Conferred with J. Wolfsmith re research on prejudgment interest. | 65.00 |
| 9/19/06 | EYT | 1.00 | Reviewed XL's response brief and Winn-Dixie's reply brief to ensure all of XL's arguments have been addressed. | 325.00 |
| 9/19/06 | RXM | 1.00 | Prepared binders of documents for C. Dickinson and J. Mathias use at mediation. | 160.00 |
| 9/20/06 | CCD | .40 | Worked on mediation preparation and arrangements. | 194.00 |
| 9/20/06 | CCD | .40 | Reviewed and answered J. Wolfsmith email re calculation of prejudgment interest. | 194.00 |
| 9/20/06 | JPW | 1.30 | Legal researched ability to recover prejudgment interest and summarized same for C. Dickinson. | 546.00 |
| 9/20/06 | JPW | .80 | Reviewed materials re mediation. | 336.00 |
| 9/20/06 | EYT | 6.10 | Conducted research on statutory rates of prejudgment interest in Florida and Georgia and on issues of whether a federal court sitting in diversity is bound by state law on those rates and whether the interest runs from the date of the breach/loss. | 1,982.50 |
| 9/20/06 | EYT | .40 | Conferred with J. Wolfsmith re prejudgment interest issues and pre-trial order. | 130.00 |
| 9/20/06 | RXM | .50 | Prepared materials for mediation for C. Dickinson. | 80.00 |
| 9/21/06 | CCD | 2.00 | Worked on and edited summary judgment reply brief. | 970.00 |
| 9/21/06 | JPW | .20 | Confered with B. Warren re damages and prejudgment interest issues. | 84.00 |
| 9/21/06 | JPW | .50 | Reviewed reply brief in support of Winn-Dixie's motion | 210.00 |

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| | | | for partial summary judgment and response to the statement of additional facts. | |
| 9/21/06 | EYT | 1.20 | Reviewed local rules re requirements for pre-trial order in preparation for drafting same. | 390.00 |
| 9/21/06 | EYT | .60 | Revised response to XL's statement of additional facts. | 195.00 |
| 9/21/06 | EYT | 3.70 | Reviewed and cite-checked reply brief. | 1,202.50 |
| 9/21/06 | EYT | .10 | Conferred with paralegal re exhibits to reply brief. | 32.50 |
| 9/21/06 | EYT | .30 | Assembled exhibits to reply brief. | 97.50 |
| 9/21/06 | EYT | .10 | Conferred with C. Dickinson re exhibits in support of reply brief. | 32.50 |
| 9/21/06 | EG | 1.30 | Prepared deposition excerpts for E. Trujillo per R. Miller. | 156.00 |
| 9/22/06 | JHM | .30 | Reviewed correspondence re preparation for mediation. | 201.00 |
| 9/22/06 | CCD | .30 | Conferred with J. Wolfsmith re case status, planning and strategy. | 145.50 |
| 9/22/06 | CCD | .50 | Worked on preparation of summary judgment reply. | 242.50 |
| 9/22/06 | CCD | .50 | Reviewed and answered E. Trujillo, J. Marks and S. Morris email re summary judgment reply. | 242.50 |
| 9/22/06 | CCD | 1.00 | Worked on mediation preparation. | 485.00 |
| 9/22/06 | JPW | .40 | Reviewed summary of prejudgment interest calculations by B. Warren and discussed with C. Dickinson. | 168.00 |
| 9/22/06 | EYT | .10 | Drafted index of exhibits in support of reply brief. | 32.50 |
| 9/22/06 | EYT | .10 | Reviewed correspondence re prejudgment interest calculations. | 32.50 |
| 9/22/06 | EYT | 2.90 | Conducted final review and proof-reading of reply brief prior to filing and made necessary revisions. | 942.50 |
| 9/22/06 | EYT | .20 | Conducted final review and proof-reading of response to XL's statement of additional facts. | 65.00 |
| 9/22/06 | EYT | .50 | Prepared reply brief, response to statement of undisputed | 162.50 |

LAW OFFICES
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

facts and exhibits for filing and service.

| 9/22/06 | EYT | .10 | Sent Winn-Dixie's additional summary judgment submission to mediator via email. | 32.50 |
|---|---|---|---|---|
| 9/22/06 | EYT | .20 | Reviewed Marsh's opposition to Winn-Dixie's motion to strike Stempel's expert report and testimony. | 65.00 |
| 9/22/06 | EYT | .10 | Conferred with Docketing Department re electronic filing of reply brief and related documents. | 32.50 |
| 9/22/06 | EYT | .10 | Reviewed XL's responses to Winn-Dixie's statement of additional facts. | 32.50 |
| 9/22/06 | EYT | .30 | Reviewed XL's reply brief in support of its motion for summary judgment. | 97.50 |
| 9/22/06 | RXM | 1.00 | Prepared additional binder of mediation materials for D. Bitter per C. Dickinson, and updated binders with additional information. | 160.00 |
| 9/24/06 | CCD | 3.50 | Worked on mediation preparation. | 1,697.50 |
| 9/25/06 | JHM | 5.00 | Prepared for mediation (.30); traveled to Washington, D.C. and prepared for mediation en route (4.5); conferred with C. Dickinson re preparation for mediation (.20). | 3,350.00 |
| 9/25/06 | CCD | 4.50 | Traveled to Washington, DC and worked en route re mediation preparation. | 2,182.50 |
| 9/25/06 | CCD | 1.50 | Conferred with J. Mathias and D. Bitter re mediation preparation and strategy. | 727.50 |
| 9/25/06 | CCD | 2.50 | Worked on mediation preparation. | 1,212.50 |
| 9/25/06 | EYT | 2.10 | Reviewed materials and record in preparation for drafting reply brief in support of motion to strike Stempel. | 682.50 |
| 9/26/06 | JHM | 8.00 | Prepared for and attended all day mediation session. | 5,360.00 |
| 9/26/06 | CCD | 8.00 | Participated in mediation, including multiple conferences with client, counsel and mediator. | 3,880.00 |
| 9/26/06 | EYT | 3.70 | Reviewed and analyzed cases cited by Marsh in its response brief in opposition to motion to strike Stempel. | 1,202.50 |
| 9/26/06 | EYT | 2.00 | Reviewed Stempel's deposition in preparation for | 650.00 |

LAW OFFICES
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS  60611
(312) 222-9350

|  |  |  | drafting reply brief in support of motion to strike Stempel. |  |
|---|---|---|---|---|
| 9/26/06 | RXM | .30 | Prepared transcript for E. Trujillo use. | 48.00 |
| 9/27/06 | JHM | 7.00 | Attended mediation session. | 4,690.00 |
| 9/27/06 | CCD | 8.50 | Participated in mediation, including multiple conferences with client, counsel and mediator. | 4,122.50 |
| 9/27/06 | EG | 1.00 | Gathered deposition exhibits per C. Dickinson. | 120.00 |
| 9/28/06 | JHM | .20 | Reviewed correspondence re status of settlement negotiations. | 134.00 |
| 9/28/06 | CCD | .40 | Conferred with E. Trujillo and J. Wolfsmith re settlement status. | 194.00 |
| 9/28/06 | CCD | .30 | Teleconferenced with K. Bruett re settlement status. | 145.50 |
| 9/28/06 | CCD | .30 | Sent email to client and team re settlement status. | 145.50 |
| 9/28/06 | EYT | .10 | Reviewed correspondence re results of the mediation. | 32.50 |
| 9/28/06 | EG | 1.30 | Reorganized production documents previously used for pleadings and witness files per R. Miller. | 156.00 |
| 9/29/06 | JHM | .10 | Corresponded with C. Dickinson re status of settlement negotiations | 67.00 |
|  |  | 302.90 | PROFESSIONAL SERVICES | 114,582.00 |

## DISBURSEMENTS

| | |
|---|---|
| Photocopying, Network Printing & Related Expenses | 1,999.80 |
| Research - Database | 99.19 |
| Research - Lexis | 3,004.58 |
| Research - Westlaw | 23.74 |
| Special Messenger Service | 24.69 |
| Telephone Expenses | 5.85 |
| UPS Expenses | 9.19 |
| TOTAL DISBURSEMENTS | 5,167.04 |

INVOICE TOTAL                    $ 119,749.04

LAW OFFICES
# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| JOHN H. MATHIAS, JR. | 25.60 | 670.00 | 17,152.00 |
| CHRISTOPHER C. DICKINSON | 61.60 | 485.00 | 29,876.00 |
| JOHN P. WOLFSMITH | 55.80 | 420.00 | 23,436.00 |
| ELSA Y. TRUJILLO | 118.80 | 325.00 | 38,610.00 |
| REBECCA L. MILLER | 14.40 | 160.00 | 2,304.00 |
| CRISTINA COVARRUBI | 6.30 | 120.00 | 756.00 |
| ELENI GIANNAKOOUL | 15.90 | 120.00 | 1,908.00 |
| RICHARD A. CORTAZA | 4.50 | 120.00 | 540.00 |
| TOTAL | 302.90 | | 114,582.00 |

LAW OFFICES
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

CLIENT NUMBER   44374-000
MATTER NUMBER 10017

WINN-DIXIE STORES, INC.                                      OCTOBER 10, 2006
5050 EDGEWOOD COURT                                      INVOICE # 9041486
JACKSONVILLE, FL 32254

ATTN: JAY CASTLE, ESQ.

**INSURANCE ADVICE**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 30, 2006                                        $9,075.00

DISBURSEMENTS                                                            26.22

                              TOTAL INVOICE            $9,101.22

LAW OFFICES
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

WINN-DIXIE STORES, INC.
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254                                    INVOICE # 9041486

ATTN: JAY CASTLE, ESQ.                                    OCTOBER 10, 2006

CLIENT NUMBER -    44374-000

FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 30, 2006

INSURANCE ADVICE                          MATTER NUMBER -    10017

| Date | Atty | Hours | Description | Amount |
|------|------|-------|-------------|--------|
| 9/11/06 | CCD | .40 | Teleconferenced with T. Krsul (St. Paul Travelers) re Creditors Committee matter. | 194.00 |
| 9/11/06 | CCD | .20 | Researched and reviewed Creditors Committee report for submission to St. Paul Travelers. | 97.00 |
| 9/11/06 | CCD | .20 | Exchanged emails with T. Krsul (St. Paul Travelers) re Creditors Committee report. | 97.00 |
| 9/12/06 | CCD | .50 | Teleconferenced with R. MacAneney (RLI) re creditors committee and securities matters. | 242.50 |
| 9/12/06 | CCD | .50 | Reviewed docket in securities litigation for status update to insurer. | 242.50 |
| 9/12/06 | CCD | .50 | Exchanged emails with R. MacAneney and J. Castle re status of creditors committee and securities matters. | 242.50 |
| 9/13/06 | CCD | .50 | Researched and reviewed reorganization plan and bankruptcy proceedings schedule for response to insurer inquiry re potential discharge of securities claims. | 242.50 |
| 9/13/06 | CCD | .50 | Prepared and worked on e-memo to R. MacAneney (RLI Ins.) re potential discharge of securities claims, and re bankruptcy proceedings schedule. | 242.50 |
| 9/15/06 | LSM | .30 | Responded to email from D. Bitter re Reliance insolvency and excess/drop-down coverage for L. Bass claim. | 148.50 |
| 9/24/06 | LSM | 1.30 | Reviewed emails re Bass claim and insurance coverage (.20); reviewed excess insurance policies received from | 643.50 |

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | A. Castleberry (1.0); emailed A. Castleberry, with a copy to D. Bitter re same (.1). |  |
| 9/25/06 | LSM | 2.00 | Reviewed company's D&O program with regard to tail coverage issues (1.50); participated in conference call with L. Appel re same (.30); emailed D. Bitter re same (.20). | 990.00 |
| 9/26/06 | LSM | 1.50 | Worked to get information needed to write memo re D&O coverage. | 742.50 |
| 9/27/06 | LSM | 3.00 | Participated in teleconferences re issue of whether retention applies to six-year D&O tail policies for former directors and officers (1.0); worked re same (2.0) | 1,485.00 |
| 9/28/06 | LSM | 6.00 | Worked re memo on directors and officers insurance for former directors and officers under six year "tail" policies (3.5); exchanged emails and telephone calls with L. Appel and D. Bitter re same (.50); revised memo (1.0); teleconference with R. Barusch of Skadden re Plan document's provisions re indemnification of former directors and officers (.30); reviewed Winn-Dixie D&O policies re same (.70). | 2,970.00 |
| 9/29/06 | LSM | 1.00 | Revised D&O memo | 495.00 |
|  |  | 18.40 | PROFESSIONAL SERVICES | 9,075.00 |

## DISBURSEMENTS

| | |
|---|---|
| Photocopy-NQue | 22.32 |
| Telephone Expenses | 3.90 |
| TOTAL DISBURSEMENTS | 26.22 |

INVOICE TOTAL                              $ 9,101.22

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| L. MASTERS | 15.10 | 495.00 | 7,474.50 |
| C. DICKINSON | 3.30 | 485.00 | 1,600.50 |
| TOTAL | 18.40 | | 9,075.00 |

Federal Identification No. 36-2192554

```
OFFICE HOURS M-F 8AM-6PM CST
FOR EMERGENCY ASSISTANCE/AFTER HOURS/WEEKENDS CALL
TRAVEL HELPLINE AT 800-876-4922..
YOUR TRAVEL HELPLINE MEMBERSHIP ID IS AA/0U4B
```

---

```
Ticket Information

WOLFSMITH JOHN P
Ticket#:   0167765211711        Ticket Base Fare:      1058.61
Invoice#:  0000297              Ticket Tax:              99.99
Ticket Date:06/26/2006         Total Ticket Amount:   1158.60
Electronic: YES
```

---

.esFAX(r) Copyright(c) 1992-2006 Cornerstone Information Systems, Inc., Bloomington, IN

**ResFAX Message ID 3703170***
**ResFAX Itinerary E-Mail***

per JPW
charge to client #69860
(#658.60 fare plus #40.00 service fee)

## Wolfsmith, John P

**From:** RonWaller@silverfoxlimousine.com
**Sent:** Saturday, July 01, 2006 9:58 AM
**To:** Wolfsmith, John P

*per JPW*
*charge to client $70.00*
*($35.00 each way)*

Silver Fox Limousine
(630)377-3805
Fare Receipt

DEPARTURE        VIP   Trip Date  Pick-Up Time:11:00 a.m.
ORD              06/29/06Thu   Drop Off:1:00 p.m.

Customer Name:
   JOHN B WOLFSMITH
   252 VALLEY VIEW
   ST CHARLES IL  60175

Reservation Code:60014651Driver: TB        Booked by:
Vehicle Type: ANY   Vehicle: 490        MRS/RB

Account Name:

Passengers:
WOLFSMITH, JOHN
Stops:
1 252 VALLEY VIEW
   ST CHARLES IL  60175      (630) 513-5460
          PPD 5424  83+6+20%  EMAIL RCPT
2 O'HARE INTERNATIONAL      Flt:  Time:      To:
          EMAIL RCPT

                        Trip Total
 Amount Paid: $   105.60          Actual  $105.60
Pay Method:M/C   5424......73141008    SARA J.WOLFSMITH

          Stops/Early/Meet/No
ChargesTrip Wait PsgrsLate GreetShow PhoneTollsParkGrat.Fee  Tax Misc.
Actual:83.00                    16.60     6.00
---------

Silver Fox Limousine
(630)377-3805
Fare Receipt

ARRIVAL          VIP   Trip Date  Pick-Up Time:8:30 p.m.
ORD              06/30/06Fri

Customer Name:
   JOHN B WOLFSMITH

20/2006

252 VALLEY VIEW
ST CHARLES IL  60175


Reservation Code:60014652Driver: JY          Booked by:
Vehicle Type: ANY    Vehicle: 300        MRS/RB

Account Name:


Passengers:
WOLFSMITH, JOHN
Stops:
1 O'HARE INTERNATIONALUNITED    Flt:749Time:  8:30 p.m.From: ATLANTA
    (800) 824-6200PPD 5424 83+6+20% EMAIL RCPT
2 252 VALLEY VIEW
    ST CHARLES IL  60175          (630) 513-5460

                    Trip Total
                 Actual  $105.60
Pay Method:M/C  5424......73141008    SARA J.WOLFSMITH

        Stops/Early/Meet/No
 ChargesTrip Wait PsgrsLate GreetShow PhoneTollsParkGrat.Fee  Tax Misc.
Actual:83.00                    16.60        6.00


Comments/Changes



Printed: 07/01/06   09:55 USERID

# YELLOW CAB OF GEORGIA

## 55 Milton Avenue S.E, Atlanta GA 30315

### 404-222-9888
www.yellowcabga.com
24/7 GPS - Digital Dispatch

## RECEIPT FOR YOUR RECORDS

| DATE | 6/25/06 |
|---|---|
| Passenger picked up at | Atlanta Airport |
| Dismissed at | Marriott Hotel |
| Cab # | |
| Driver Name | |
| Fare | |
| Tax | |
| TOTAL | 40 |



See reverse side for our featured Atlanta business partner



# MANDALAY BAY

### Resort & Casino

Reservations
1-877-632-7000
TTY 877-632-7101

Guest Information
1-702-632-7777
FAX 1-702-632-7234

### 3950 Las Vegas Blvd. South / Las Vegas, Nevada 89119

| | | |
|---|---|---|
| Name | JOHN P WOLFSMITH | |
| Address | 252 VALLEY VIEW DR | |
| | SAINT CHARLES   IL   60175-4647 | |

| | |
|---|---|
| Rate | |
| Room | MB   7325 |
| Arrive | 7/05/06 |
| Depart | 7/06/06 |
| Persons | 1 |
| Deposit Amount | |

Company Name
Group Code  ROPERA
Travel Agent No.

Page      1
Resv No   386973041233

### Thank you for staying with us

| DATE | REFERENCE | DESCRIPTION | $ CHARGES | $ BALANCE |
|---|---|---|---|---|
| 07/05/06 | 389025506063 | HIGH SPEED INTERNET | 11.99 | |
| | | 7325 02:34 Internet Svc | | |
| 07/05/06 | 389029000449 | ROOM CHARGE MB 7325 | 119.85 | |
| | | TAX | 10.79 | |
| 07/05/06 | 389025492658 | APPLIED DEPOSIT | 130.64- | |
| | | ***********4900 | | |
| 07/05/06 | 389025498642 | ROOM SERVICE | 64.87 | |
| 07/06/06 | 389035522771 | MB FDESK BUSINESS CENTER | 7.54 | |
| 07/06/06 | 389035522952 | FRONT DESK MASTERCARD | 84.40- | |
| | | ***********4900 | | |

## THANK YOU FOR STAYING AT MANDALAY BAY

.00

I agree to be personally liable if the indicated person, firm, or corporation fail to pay any of the charges; further, to have you bill any protested credit card in the event I fail to sign its charge record on check-out. The Mandalay Bay Resort & Casino assumes no responsibility for money or valuables not deposited in our safety deposit boxes, which are provided without charge at the casino cage.

### MANDALAY BAY
#### Resort & Casino

## Guest Card

al Date _____
rture Date _____

Rm. No. _____
Check Out 11:00 am

ature _____

VALID ONLY WHEN SIGNED. EXPIRES UPON DEPARTURE

### MANDALAY BAY
#### Resort & Casino

## Guest Card

Arrival Date _____
Departure Date _____

Rm. No. _____
Check Out 11:00 am

Signature _____

VALID ONLY WHEN SIGNED. EXPIRES UPON DEPARTURE

JUL-20-2006   12:19                    7026327273                    97%                    P.02



# MANDALAY BAY

Resort & Casino · Las Vegas

**3950 Las Vegas Blvd South**
**Las Vegas, Nevada 89119**

## FAX COVER SHEET

**DATE:**          07/07/06

**TO:**          *JOHN WOLFSMITH*

**FAX:**          312 · 840 · 7528
**PHONE:**       312 · 923 · 4528
**FROM:**       Joanne Allegretti
                 ACCOUNTS RECEIVABLE

**TELEPHONE:**

                 (877) 632-7508 TOLL FREE
**FAX:**          (702) 632-7348
**EMAIL:**

PER YOUR REQUEST

**NUMBER OF PAGES INCLUDING FAX COVER SHEET:**          2

The information in this fax transmission is confidential and is only intended for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this fax transmission is strictly prohibited.

WOLFSMITH/JOHN P                    CHI-44374-10025                    30Jun06 05:57pm
                                                                       JENNER AND BLOCK
                                                                       JOHN WOLFSMITH
                                                                       ONE IBM PLAZA
                                                                       CHICAGO IL 60611-7603

                              Booking locator: CXLWDH
                              Fare: $464.60

                    **************************************
                    SERVICE FEE OF 40.00 APPLIES TO THIS TICKET
                    **************************************

                    **Air** United Airlines
05Jul 04:45pm       From: Chicago O'Hare IL, USA                    Flight#1407 Class:V Seat:03C
Wednesday           Meal:Light Lunch Equip:Airbus A321 J            To: Las Vegas NV, USA
                    Arrival: 05Jul Wednesday 06:42pm                Status:Confirmed
                    Stops:0

                    DEP-TERMINAL 1 ARR-MAIN TERMINAL
                    *ORD-LAS OPERATED BY /UNITED FOR TED
                    STAR ALLIANCE
                    United Airlines locator: L3JPZW
                    UA Frequent Flyer# 03047049805-WOLFSMITH/JOHN P

                    **Air** United Airlines
06Jul 05:55pm       From: Las Vegas NV, USA                         Flight#1588 Class:V Seat:01C
Thursday            Meal:Light Lunch Equip:Airbus A321 J            To: Chicago O'Hare IL, USA
                    Arrival: 06Jul Thursday 11:21pm                 Status:Confirmed
                    Stops:0

                    DEP-MAIN TERMINAL ARR-TERMINAL 1
                    *LAS-ORD OPERATED BY /UNITED FOR TED
                    STAR ALLIANCE
                    United Airlines locator: L3JPZW
                    UA Frequent Flyer# 03047049805-WOLFSMITH/JOHN P

02Jan07             **Other** INFORMATION
Tuesday             HAVE A GREAT TRIP

                    Ovation and The Lawyers' Travel Service can proactively notify you of
                    flight changes, delays and cancellations. To opt in, go to
                    http://www.ovationtravel.com/alerts

                    We value your input and welcome you to fill out our online survey:
                    http://www.ovationtravel.com/survey

                    Stay at the Lancaster located in the heart of Houston's
                    business, theatre and restaurant district.
                    The perfect balance between history and luxory.
                    Go to: https://www.ovationtravel.com/hotelofthemonth/

                    OFFICE HOURS M-F 8AM-6PM CST

```
FOR EMERGENCY ASSISTANCE/AFTER HOURS/WEEKENDS CALL
TRAVEL HELPLINE AT 800-876-4922..
YOUR TRAVEL HELPLINE MEMBERSHIP ID IS AA/0U4B
```

.esFAX(r) Copyright(c) 1992-2006 Cornerstone Information Systems, Inc., Bloomington, IN

**ResFAX Message ID 3713256***
**ResFAX Itinerary E-Mail***

Need a cab?
Dial
3-1-2
C-H-E-C-K-E-R
(312) 243-2537
845 W. Washington Blvd.
Chicago, IL 60607

$ _____ Date 7-5 Time _____

Received from    IBM

Cab fare from _____

To    O'Hare

Driver _____   $37

Cab no. _____   Account # _____

**MASSAGE CHEZ VOUS**
Professional massage therapists
direct to your door.
● **Home** ● **Office** ● **Hotel**
CALL FOR AN APPOINTMENT; WE CAN BE THERE WITHIN THE HOUR!
● **Sports**
  ● **Shiatsu**
    ● **Swedish**
      ● **Deep Tissue**
VISA   **(773) 525-1998**   MasterCard
www.MassageChezVous.com
Receipt Advertising Info: ChicagoDispatcher.com

Driver # _____ Cab # _____

T.A. Permit # _____

Fare from _____ Mandalay Bay

To _____ 3800 Howard Hughes Pkwy

Date _____ 7-6 _____ $ 12

X _____

**PRINT** Client's Name

CI:  SBEARD     7/13/06 8:41 AM
CO:  T ALLEN    7/14/06 6:33 AM

# CAESARS PALACE
## LAS VEGAS

Arrival Date:    7/13/06
Departure Date:  7/14/06

3570 Las Vegas Blvd. South Las Vegas, NV 89109
**FOR RESERVATIONS CALL 1-800-634-6661**
**702-731-7110**

**Name:**     JOHN P WOLFSMITH

**Address:**  ONE IBM PLAZA

          CHICAGO      IL 60611

Group Code:   GPROM06

Casino ID:                          Resv ID:  389084427937
Room #: AT 3577                     Folio ID: 389104593782          **Page:  1**

| Date | Reference | Description | Charges | Credits | Balance |
|---|---|---|---|---|---|
| 7/13/06 | AT 3577 | ROOM CHARGE AT  3577 | 229.00 | | |
| | | TAX | 20.61 | | 249.61 |
| 7/13/06 | | APPLIED DEPOSIT | | 249.61 | |
| | | XXXXXXXXXXXXX4900 | | | |
| 7/13/06 | 075420 | LONG DISTANCE CALL | 7.83 | | 7.83 |
| | | 13126218464 17:35 0000 0 | | | |
| 7/13/06 | 075423 | LONG DISTANCE CALL | 8.94 | | 16.77 |
| | | 13122960385 17:35 0001 0 | | | |
| 7/13/06 | 075464 | LONG DISTANCE CALL | 7.83 | | 24.60 |
| | | 13126218464 18:02 0000 0 | | | |
| 7/13/06 | 075467 | LONG DISTANCE CALL | 7.83 | | 32.43 |
| | | 13122960385 18:02 0000 3 | | | |
| 7/13/06 | 075470 | LONG DISTANCE CALL | 7.83 | | 40.26 |
| | | 13129232990 18:03 0000 4 | | | |
| 7/13/06 | 1289207 | ROOM SERVICE | 44.72 | | 84.98 |
| 7/13/06 | | ROOM SERVICE TIPS | 7.00 | | 91.98 |
| 7/14/06 | | FRONT DESK MASTERCARD | | 91.98 | |
| | | XXXXXXXXXXXXX4900 | | | |
| | | | | | .00 |

**Thank You for Staying at Caesars Palace**

WOLFSMITH/JOHN P                CHI-44374-10025                    11Jul06 01:46pm
                                                                  JENNER AND BLOCK
                                                                  JOHN WOLFSMITH
                                                                  ONE IBM PLAZA
                                                                  CHICAGO IL 60611-7603

                                Booking locator: IGVHDN
                                Fare: $464.60

```
**********************************
  SERVICE FEE OF 40.00 APPLIES TO THIS TICKET
**********************************
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
THIS TICKET IS NONREFUNDABLE. THE AIRLINE WILL ALLOW
CHANGES FOR A SVC FEE. IF THE NEW ITINERARY IS AT
A HIGHER FARE THE ADDITIONAL AMOUNT MUST BE PAID.
IF YOU HAVE TO CANCEL THE AIRLINES WILL CHARGE YOU
A PENALTY AND GIVE YOU A CREDIT FOR THE BALANCE
WHICH MUST BE USED WITHIN ONE YEAR BY THE PASSENGER
PLEASE NOTE THAT ALL RULES ARE SUBJECT TO CHANGE
BY THE AIRLINES WITHOUT NOTICE
MAXIMUM STAY REQUIREMENTS MAY APPLY
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
```

| | | |
|---|---|---|
| 13Jul 06:20am Thursday | **Air** United Airlines<br>From: Chicago O'Hare IL, USA<br>Meal:Light Lunch Equip:Airbus A321 J<br>Arrival: 13Jul Thursday 08:07am<br>Stops:0 | Flight#1551 Class:V Seat:02A<br>To: Las Vegas NV, USA<br>Status:Confirmed |

```
DEP-TERMINAL 1 ARR-MAIN TERMINAL
*ORD-LAS OPERATED BY /UNITED FOR TED
STAR ALLIANCE
United Airlines locator: KH2WSU
UA Frequent Flyer# 03047049805-WOLFSMITH/JOHN P
```

| | | |
|---|---|---|
| 13Jul Thursday | **Hotel** Utell International Caesars Palace<br>3570 LAS VEGAS BLVD SOUTH, LAS VEGAS NV 89109<br>Number of Rooms: 1<br>Confirmation#: 118005172<br>Check Out: 14Jul Friday (1 Night)<br>Cancel Before 2 Day(s) prior to Arrival | Phone:702-731-7110<br>Fax:702-866-1700<br>Room Guaranteed<br>Rate: 229.00USD |

```
REQ NON SMOKING KING ROOM
```

| | | |
|---|---|---|
| 14Jul 08:50am Friday | **Air** United Airlines<br>From: Las Vegas NV, USA<br>Meal:Light Lunch Equip:Airbus A321 J<br>Arrival: 14Jul Friday 02:28pm<br>Stops:0 | Flight#1620 Class:V Seat:04A<br>To: Chicago O'Hare IL, USA<br>Status:Confirmed |

```
DEP-MAIN TERMINAL ARR-TERMINAL 1
*LAS-ORD OPERATED BY /UNITED FOR TED
STAR ALLIANCE
United Airlines locator: KH2WSU
UA Frequent Flyer# 03047049805-WOLFSMITH/JOHN P
```

0Jan07                    **Other** INFORMATION
Wednesday                 HAVE A GREAT TRIP

                Ovation and The Lawyers' Travel Service can proactively notify you of
                flight changes, delays and cancellations. To opt in, go to
                http://www.ovationtravel.com/alerts

                We value your input and welcome you to fill out our online survey:
                http://www.ovationtravel.com/survey

                Stay at the Lancaster located in the heart of Houston's
                business, theatre and restaurant district.
                The perfect balance between history and luxury.
                Go to: https://www.ovationtravel.com/hotelofthemonth/




                OFFICE HOURS M-F 8AM-6PM CST
                FOR EMERGENCY ASSISTANCE/AFTER HOURS/WEEKENDS CALL
                TRAVEL HELPLINE AT 800-876-4922..
                YOUR TRAVEL HELPLINE MEMBERSHIP ID IS AA/0U4B

sFAX(r) Copyright(c) 1992-2006 Cornerstone Information Systems, Inc., Bloomington, IN

*ResFAX Message ID 3728196***
*ResFAX Itinerary E-Mail***

## Wolfsmith, John P

**From:** RonWaller@silverfoxlimousine.com

**Sent:** Saturday, July 15, 2006 9:36 AM

**To:** Wolfsmith, John P

*per JPW*
*charge to client #70.00*
*(#35.00 each way)*

Silver Fox Limousine
(630)377-3805
Fare Receipt

DEPARTURE          VIP    Trip Date  Pick-Up Time:4:20 a.m.
ORD                07/13/06Thu   Drop Off:7:00 a.m.

Customer Name:
   JOHN B WOLFSMITH
   252 VALLEY VIEW
   ST CHARLES IL  60175

Reservation Code:60015073Driver: TB       Booked by:
Vehicle Type: ANY    Vehicle: 490      SARA/RB

Account Name:

Passengers:
WOLFSMITH, JOHN
Stops:
1 252 VALLEY VIEW
  ST CHARLES IL  60175      (630) 513-5460
          PPD(5423)20% EMAIL RCPT
2 O'HARE INTERNATIONAL      Flt:  Time:      To:

                         Trip Total
 Amount Paid: $   105.60          Actual   $105.60
 Pay Method:M/C  5424......73141008   SARA J.WOLFSMITH

        Stops/Early/Meet/No
 ChargesTrip Wait PsgrsLate GreetShow PhoneTollsParkGrat.Fee  Tax Misc.
 Actual:83.00                16.60      6.00
----------

Silver Fox Limousine
(630)377-3805
Fare Receipt

ARRIVAL            VIP    Trip Date  Pick-Up Time:2:28 p.m.
ORD                07/14/06Fri

Customer Name:
   JOHN B WOLFSMITH

252 VALLEY VIEW
ST CHARLES IL  60175


Reservation Code:60015074Driver: JL        Booked by:
Vehicle Type: ANY    Vehicle: 83B      MRS/RB

Account Name:


Passengers:
WOLFSMITH, JOHN
Stops:
1 O'HARE INTERNATIONALUNITED    Flt:1620Time:  2:28 p.m.From: LAS VEGAS
   (800) 824-6200PPD 5424 83+6+20%   EMAIL RCPT
2 252 VALLEY VIEW
   ST CHARLES IL  60175        (630) 513-5460

                    Trip Total
                    Actual  $105.60
Pay Method:M/C  5424......73141008    SARA J.WOLFSMITH

        Stops/Early/Meet/No
 ChargesTrip Wait PsgrsLate GreetShow PhoneTollsParkGrat.Fee  Tax Misc.
Actual:83.00                    16.60        6.00


Comments/Changes



Printed: 07/15/06   09:33 USERID

20/2006



**YELLOW-CHECKER-STAR**
"THE" CAB COMPANIES
Las Vegas, Nevada
873-2227
COMPUTER RADIO DISPATCHED

DATE: 7/13/ _____ DRIVER #: _____
(CHARGE THE ACCT. OF)
(RECEIVED OF)
FOR TAXI FARE FROM: Airport
DESTINATION: Hotel
DRIVER NAME:
PASSENGER SIGNATURE:
AMOUNT $: 18

Driver # _____ Cab # _____
T.A. Permit # _____
Fare from 3800 Howard Hughes
To Hotel
Date 7-13 _____ $ 9
X _____

**PRINT** Client's Name



# Inspire
## at CES Central Hall South stand 7153.

Taxi Receipt

7-13
date

cab company

driver   Hotel to
3800 Howard Hughes

cab number   $10

amount of fare

To find out more about Intel at CES,
visit intel.com/go/personal_ces_2006

Intel, the Intel logo, Intel Leap ahead and the Intel Leap ahead logo are trademarks or registered trademarks of Intel Corporation or its subsidiaries in the United States and other countries. All rights reserved.

**YELLOW-CHECKER-STAR**
"THE" CAB COMPANIES
Las Vegas, Nevada
873-2227
COMPUTER RADIO DISPATCHED

DRIVER# _____ DATE 7-14
(CHARGE THE ACCT. OF)
(RECEIVED OF) _____

FOR TAXI FARE FROM Caesars Palace

TO Airport _____ $ 14

(X) DRIVER NAME _____

(X) PASSENGER SIGNATURE _____