LAW OFFICES
# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

CLIENT NUMBER   44374-000
MATTER NUMBER 10017

WINN-DIXIE STORES, INC.                        SEPTEMBER 15, 2006
5050 EDGEWOOD COURT                        INVOICE # 9038401
JACKSONVILLE, FL 32254

ATTN: JAY CASTLE, ESQ.

### INSURANCE ADVICE

FOR PROFESSIONAL SERVICES RENDERED
THROUGH AUGUST 31, 2006                                    $2,970.00

DISBURSEMENTS                                                    4.53

                              TOTAL INVOICE          $2,974.53

LAW OFFICES
# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

WINN-DIXIE STORES, INC.
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

INVOICE # 9038401

ATTN: JAY CASTLE, ESQ.

SEPTEMBER 15, 2006

CLIENT NUMBER -    44374-000

FOR PROFESSIONAL SERVICES RENDERED
THROUGH AUGUST 31, 2006

INSURANCE ADVICE

MATTER NUMBER -    10017

| | | | | |
|---|---|---|---|---|
| 8/01/06 | LSM | 2.50 | Worked on memorandum re the LIU 2006-2007 policy. | 1,237.50 |
| 8/07/06 | LSM | 1.50 | Email from D. Bitter re call with Marsh on comments for 2006-2007 binders; worked re same. | 742.50 |
| 8/15/06 | LSM | 2.00 | Prepared for and participated in conference call with D. Bitter and K. Scott re issues under Winn Dixie's 2006-2007 general liability insurance program; worked re same. | 990.00 |
| | | 6.00 | PROFESSIONAL SERVICES | 2,970.00 |

**DISBURSEMENTS**

| | |
|---|---|
| Photocopy-NQue | 3.78 |
| Telephone Expenses | 0.75 |
| TOTAL DISBURSEMENTS | 4.53 |

INVOICE TOTAL                    $ 2,974.53

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| LORELIE S. MASTERS | | 6.00 | 495.00 | 2,970.00 |
| | TOTAL | 6.00 | | 2,970.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

CLIENT NUMBER   44374-000
MATTER NUMBER  10025

WINN-DIXIE STORES, INC.                                      AUGUST 14, 2006
5050 EDGEWOOD COURT                                       INVOICE # 9035016
JACKSONVILLE, FL  32254

ATTN: JAY CASTLE, ESQ.


### XL/MARSH LITIGATION

FOR PROFESSIONAL SERVICES RENDERED                              $78,657.50
THROUGH JULY 31, 2006

DISBURSEMENTS                                                    13,019.25

                                     TOTAL INVOICE            $91,676.75

LAW OFFICES

# JENNER & BLOCK LLP

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

WINN-DIXIE STORES, INC.
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

INVOICE # 9035016

ATTN: JAY CASTLE, ESQ.

AUGUST 14, 2006

CLIENT NUMBER -    44374-000

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JULY 31, 2006

XL/MARSH LITIGATION                                    MATTER NUMBER -    10025

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 7/01/06 | JPW | .90 | Prepared for deposition of J. Stempel. | 378.00 |
| 7/02/06 | JPW | 4.60 | Prepared for deposition of J. Stempel, including review of case law and articles by J. Stempel. | 1,932.00 |
| 7/05/06 | CCD | .40 | Conferred with J. Wolfsmith re case status, strategy and planning. | 194.00 |
| 7/05/06 | JPW | 4.80 | Prepared for deposition of J. Stempel. | 2,016.00 |
| 7/05/06 | EYT | .50 | Reviewed sample Daubert motion in preparation for drafting Daubert motion to exclude Mr. Stempel as a witness. | 162.50 |
| 7/05/06 | EYT | 2.50 | Worked on additional drafting of Winn-Dixie's motion for summary judgment. | 812.50 |
| 7/05/06 | MER | .50 | Researched specialized database to obtain court documents for R. Miller (#19923). | 112.50 |
| 7/05/06 | RXM | 1.00 | Reviewed dockets in related cases for information re expert testimony per J. Wolfsmith; prepared information for J. Wolfsmith. | 160.00 |
| 7/05/06 | RXM | .30 | Worked on gathering N. Cason's deposition per J. Wolfsmith. | 48.00 |
| 7/05/06 | RXM | .50 | Prepared index of depositions for J. Wolfsmith use. | 80.00 |
| /06/06 | CCD | .30 | Reviewed and answered J. Wolfsmith memo via email re J. Stempel deposition. | 145.50 |

LAW OFFICES

## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS  60611
(312) 222-9350

| 7/06/06 | JPW | 5.70 | Attended deposition of J. Stempel. | 2,394.00 |
| 7/06/06 | JPW | .90 | Reviewed report of J. Stempel and documents produced at deposition. | 378.00 |
| 7/06/06 | RXM | .50 | Reviewed case files for exhibits for J. Wolfsmith use at deposition; prepared same to be sent to J. Wolfsmith. | 80.00 |
| 7/07/06 | JPW | .50 | Reviewed report of P. Evans. | 210.00 |
| 7/08/06 | JPW | .20 | Worked on scheduling of continued deposition of J. Stempel. | 84.00 |
| 7/09/06 | JPW | .40 | Prepared for continued deposition of J. Stempel. | 168.00 |
| 7/10/06 | CCD | .40 | Conferred with J. Wolfsmith and E. Trujillo re case planning and strategy. | 194.00 |
| 7/10/06 | CCD | .40 | Reviewed report of XL expert P. Evans. | 194.00 |
| 7/10/06 | CCD | .40 | Reviewed XL's second supplemental disclosures. | 194.00 |
| 7/10/06 | CCD | .40 | Teleconferenced with S. Monroe and L. Hoey re proposed mediation. | 194.00 |
| 7/10/06 | JPW | .30 | Reviewed XL's second supplemental Rule 26 disclosures | 126.00 |
| 7/10/06 | JPW | .40 | Participated in conference call with C. Brandyberry re case status and schedule. | 168.00 |
| 7/10/06 | JPW | .40 | Participated in conference call with K. Romeo re additional work by Dempsey Myers. | 168.00 |
| 7/10/06 | JPW | .40 | Conferred with E. Trujillo and C. Dickinson re depositions of N. Cason and J. Stempel and re additional loss valuation work. | 168.00 |
| 7/10/06 | JPW | 1.80 | Worked on preparation for deposition of J. Stempel. | 756.00 |
| 7/10/06 | EYT | .60 | Conferred with J. Wolfsmith and C. Dickinson re motion for summary judgment and motion to strike reports of Evans and Stempel. | 195.00 |
| 7/10/06 | EYT | .30 | Reviewed Report of Peter Evans. | 97.50 |
| 7/10/06 | EYT | .20 | Reviewed XL's second set of supplemental initial disclosures. | 65.00 |

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP

ONE IBM PLAZA
CHICAGO, ILLINOIS  60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 7/10/06 | EYT | 5.40 | Continued drafting motion for summary judgment, outlined the brief in support of motion for summary judgment. | 1,755.00 |
| 7/10/06 | EYT | 4.50 | Conducted research on extrinsic evidence and reformation. | 1,462.50 |
| 7/11/06 | CCD | .50 | Reviewed J. Wolfsmith memoranda re Stempel and Cason depositions. | 242.50 |
| 7/11/06 | CCD | .30 | Teleconferenced with L. Hoey re mediation. | 145.50 |
| 7/11/06 | CCD | .20 | Conferred with J. Mathias re proposed mediators. | 97.00 |
| 7/11/06 | CCD | .40 | Researched qualifications of proposed mediators. | 194.00 |
| 7/11/06 | CCD | .30 | Sent memo via email to client re mediation and proposed mediators. | 145.50 |
| 7/11/06 | CCD | .40 | Exchanged emails with  D. Bitter re litigation status, schedule and planning. | 194.00 |
| 7/11/06 | CCD | .20 | Sent email to E. Trujillo and J. Wolfsmith re motion to strike expert reports and testimony re contract interpretation. | 97.00 |
| 7/11/06 | JPW | 4.10 | Reviewed deposition transcript of N. Cason and rough transcript of J. Stempel and prepared summaries of depositions of N. Cason and J. Stempel. | 1,722.00 |
| 7/11/06 | JPW | 1.50 | Prepared for deposition of J. Stempel. | 630.00 |
| 7/11/06 | JPW | .10 | Communicated with T. Howell and K. Bruett re scheduling of J. Stempel deposition. | 42.00 |
| 7/11/06 | JPW | .20 | Communicated with E. Trujillo re motion to strike report of P. Evans. | 84.00 |
| 7/11/06 | EYT | 5.00 | Conducted additional research on reformation (both Florida and Georgia law), extrinsic evidence, and breach of contract. | 1,625.00 |
| 7/11/06 | EYT | .30 | Drafted opinion/summary re potential reformation argument in Motion for Summary Judgment. | 97.50 |
| 11/06 | EYT | 1.30 | Reviewed documents in preparation for drafting Daubert motions to strike reports of Evans and Stempel. | 422.50 |

LAW OFFICES
# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS  60611
(312) 222-9350

| 7/11/06 | RXM | 1.00 | Reviewed and organized pleadings, correspondence, depositions, and subject files for filing. | 160.00 |
|---|---|---|---|---|
| 7/11/06 | RXM | .30 | Prepared G. Rand deposition for J. Wolfsmith use. | 48.00 |
| 7/12/06 | CCD | .30 | Reviewed Marsh Notice of Deposition for XL rebuttal expert P. Evans. | 145.50 |
| 7/12/06 | JPW | 1.20 | Reviewed arguments for summary judgment and communicated with E. Trujillo re same. | 504.00 |
| 7/12/06 | JPW | .20 | Reviewed notice of deposition of P. Evans. | 84.00 |
| 7/12/06 | JPW | .20 | Reviewed proposed confidentiality order. | 84.00 |
| 7/12/06 | JPW | 2.90 | Reviewed additional materials for deposition of J. Stempel and additional preparation, including review of case book of J. Stempel, and discussed same with C. Dickinson. | 1,218.00 |
| 7/12/06 | EYT | 3.20 | Conducted research re extrinsic evidence, contract law and summary judgment issues. | 1,040.00 |
| 7/12/06 | EYT | 2.00 | Further drafting of Motion for Summary Judgment. | 650.00 |
| 7/13/06 | JHM | .10 | Reviewed correspondence re selection of mediator (.1). | 67.00 |
| 7/13/06 | CCD | .30 | Received and reviewed email from J. Castle and to defendants' counsel re proposed mediators. | 145.50 |
| 7/13/06 | JPW | 2.70 | Prepared for  deposition of J. Stempel. | 1,134.00 |
| 7/13/06 | JPW | 5.00 | Attended deposition of J. Stempel. | 2,100.00 |
| 7/13/06 | EYT | 2.00 | Conducted research on contract law and incorporation by reference. | 650.00 |
| 7/13/06 | EYT | 4.50 | Continued drafting brief in support of Motion for Summary Judgment (in particular, sections regarding incorporation by reference and attachment point). | 1,462.50 |
| 7/14/06 | CCD | 1.00 | Worked on preparation of interim fee application. | 485.00 |
| 7/14/06 | CCD | .20 | Exchanged emails with  E. Trujillo re status of preparation of summary judgment motion papers. | 97.00 |
| 7/14/06 | EYT | .40 | Researched the plain meaning of "underlying" and | 130.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
ONE IBM PLAZA
CHICAGO, ILLINOIS  60611
(312) 222-9350

Page 5

"based on."

| Date | Init | Hours | Description | Amount |
|---|---|---|---|---|
| 7/14/06 | EYT | 5.60 | Finished initial draft of brief in support of Motion for Summary Judgment. | 1,820.00 |
| 7/17/06 | JPW | .40 | Conferred with E. Trujillo re briefing. | 168.00 |
| 7/17/06 | EYT | .40 | Conferred with J. Wolfsmith re motion for summary judgment, Daubert motions and upcoming mediation. | 130.00 |
| 7/17/06 | EYT | 2.50 | Commenced reviewing transcript of Day 1 of Stempel's deposition. | 812.50 |
| 7/17/06 | EYT | .50 | Revised Dale Bitter's affidavit in support of motion for summary judgment. | 162.50 |
| 7/17/06 | EYT | 1.50 | Inserted citations to the Record into the brief in support of summary judgment. | 487.50 |
| 7/17/06 | EYT | 1.50 | Conducted research on contract interpretation law in Georgia. | 487.50 |
| /17/06 | EYT | 2.30 | Revised brief in support of motion for summary judgment. | 747.50 |
| 7/17/06 | RXM | .30 | Prepared deposition exhibits for E. Trujillo use. | 48.00 |
| 7/18/06 | CCD | .30 | Received and reviewed voicemail message from K. Bruett re mediator selection, and sent email to client re same. | 145.50 |
| 7/18/06 | CCD | .30 | Reviewed J. Wolfsmith letter to client re Dempsey Myers project status and planning. | 145.50 |
| 7/18/06 | JPW | 1.30 | Prepared for deposition of P. Evans. | 546.00 |
| 7/18/06 | EYT | 2.20 | Completed reviewing transcript of Day 1 of Stempel's deposition. | 715.00 |
| 7/18/06 | EYT | 2.20 | Reviewed deposition of Glenn Rand. | 715.00 |
| 7/18/06 | EYT | 2.00 | Made additional revisons to brief in support of motion for summary judgment. | 650.00 |
| 7/19/06 | CCD | .20 | Reviewed XL objections to Marsh deposition notice for P. Evans. | 97.00 |
| 7/19/06 | JPW | .80 | Participated in conference call with B. Warren re | 336.00 |

LAW OFFICES
# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS  60611
(312) 222-9350

| | | | additional work by Dempsey Myers and communication with J. Castle and D. Bitter re same. | |
|---|---|---|---|---|
| 7/19/06 | JPW | 2.30 | Prepared for deposition of P. Evans, including factual research on P. Evans. | 966.00 |
| 7/19/06 | EYT | 1.50 | Made additional revisions to argument section of brief in support of motion for summary judgment. | 487.50 |
| 7/19/06 | RXM | .50 | Prepared G. Rand deposition to be shipped to G. Rand. | 80.00 |
| 7/20/06 | CCD | .90 | Reviewed and answered J. Wolfsmith email re proposed revisions to XL's proposed confidentiality order. | 436.50 |
| 7/20/06 | JPW | 5.20 | Prepared for deposition of P. Evans, including review of case law and research on P. Evans and review of documents. | 2,184.00 |
| 7/20/06 | JPW | 1.00 | Reviewed documents produced by XL re P. Evans and XL objections to deposition notice. | 420.00 |
| '20/06 | JPW | .40 | Reviewed proposed confidentiality order and provided comments to same to C. Dickinson. | 168.00 |
| 7/20/06 | JPW | .50 | Conferred with C. Dickinson and E. Trujillo re deposition of P. Evans and briefing on summary judgment and motion to strike Evans. | 210.00 |
| 7/20/06 | JPW | .40 | Participated in conference call with K. Bruett re deposition of P. Evans. | 168.00 |
| 7/20/06 | EYT | .20 | Conferred with J. Wolfsmith re motion for summary judgment and motions to strike expert's testimony. | 65.00 |
| 7/20/06 | EYT | 1.00 | Made additional revisions to argument section of brief in support of motion for summary judgment. | 325.00 |
| 7/20/06 | EYT | 4.00 | Revised Statement of Undisputed Facts. | 1,300.00 |
| 7/20/06 | TMSX | .30 | Prepared P. Evans deposition materials for J. Wolfsmith use. | 37.50 |
| 7/20/06 | RXM | 2.00 | Reviewed case files for documents for use at deposition per J. Wolfsmith; reviewed and organized same. | 320.00 |
| 7/21/06 | CCD | .30 | Reviewed J. Wolfsmith email re proposed consent order re extension of discovery and motion schedule. | 145.50 |
| 7/21/06 | JPW | .40 | Reviewed proposed consent order and forwarded same | 168.00 |

LAW OFFICES

# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS  60611
(312) 222-9350

with discussion to J. Castle.

| | | | | |
|---|---|---|---|---|
| 7/21/06 | JPW | 5.60 | Attended deposition of P. Evans, including preparation in advance of deposition. | 2,352.00 |
| 7/21/06 | EYT | 5.70 | Made additional revisons to Statement of Undisputed Facts. | 1,852.50 |
| 7/21/06 | EYT | 1.00 | Revised motion for summary judgment. | 325.00 |
| 7/21/06 | RXM | .80 | Reviewed case files for consent order for J. Wolfsmith; reviewed same. | 128.00 |
| 7/23/06 | EYT | 1.20 | Conducted research on contract interpretation and custom and usage. | 390.00 |
| 7/23/06 | EYT | 1.40 | Revised statement of facts in the brief in support of motion for summary judgment and inserted cites to the statement of uncontested facts. | 455.00 |
| 7/23/06 | EYT | 2.30 | Inserted citations to the record into the statement of uncontested facts. | 747.50 |
| 7/23/06 | EYT | 1.00 | Reviewed depositions for additional citations to the record. | 325.00 |
| 7/24/06 | CCD | .30 | Reviewed T. Howell proposed consent order re discovery schedule. | 145.50 |
| 7/24/06 | CCD | .40 | Conferred with J. Wolfsmith re XL's proposed consent order re discovery schedule, and re other discovery-related matters. | 194.00 |
| 7/24/06 | CCD | .30 | Reviewed J. Wolfsmith and defense counsel email re proposed consent order re discovery schedule. | 145.50 |
| 7/24/06 | CCD | .30 | Sent memo via email to counsel re mediation scheduling. | 145.50 |
| 7/24/06 | CCD | .40 | Teleconferenced with J. Marks's office re mediation arrangements and scheduling. | 194.00 |
| 7/24/06 | JPW | .80 | Reviewed deposition testimony of J. Stempel. | 336.00 |
| 7/24/06 | JPW | .20 | Participated in conference call with J. Castle re proposed consent decree; communication with L. Hoey re same. | 84.00 |
| /24/06 | EYT | 5.00 | Revised the argument section of memorandum in support of summary judgment. | 1,625.00 |

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 7/24/06 | EYT | .20 | Conferred with J. Wolfsmith re motions to exclude expert testimony. | 65.00 |
|---|---|---|---|---|
| 7/24/06 | EYT | 2.40 | Made additional revisons to memorandum in support of summary judgment (statement of facts, inserted cites to the record). | 780.00 |
| 7/24/06 | EYT | .60 | Commenced reviewing Day 2 of Stempel's deposition. | 195.00 |
| 7/24/06 | RXM | .50 | Prepared deposition exhibits for E. Trujillo use. | 80.00 |
| 7/24/06 | RXM | 1.30 | Reviewed deposition transcripts and deposition exhibits for potential exhibits for use in summary judgment brief. | 208.00 |
| 7/24/06 | RXM | .50 | Reviewed and organized deposition transcripts. | 80.00 |
| 7/25/06 | CCD | 1.00 | Worked on mediation scheduling and arrangements. | 485.00 |
| 7/25/06 | CCD | .20 | Reviewed proposed Consent Order as filed. | 97.00 |
| '25/06 | EYT | 3.10 | Continued reviewing Day 2 of Stempel's deposition. | 1,007.50 |
| 7/25/06 | RXM | 1.00 | Worked on filing depositions, deposition exhibits and production documents. | 160.00 |
| 7/26/06 | CCD | .20 | Conferred with J. Wolfsmith re status of preparation and review of summary judgment motion papers. | 97.00 |
| 7/26/06 | JPW | .20 | Conferred with C. Dickinson and E. Trujillo re summary judgment and motion to strike P. Evans. | 84.00 |
| 7/26/06 | EYT | 1.00 | Finished reading Day 2 of Stempel deposition. | 325.00 |
| 7/26/06 | EYT | .10 | Conferred with J. Wolfsmith re motion for summary judgment and motions to strike expert testimony. | 32.50 |
| 7/26/06 | EYT | 3.30 | Conducted research on Daubert and Federal Rule of Evidence 702 for motion to strike expert's testimony. | 1,072.50 |
| 7/26/06 | EYT | 1.50 | Commenced drafting argument section of motion to strike expert's report and testimony. | 487.50 |
| 7/26/06 | RXM | .70 | Arranged for court reporter; worked on gathering transcripts from court reporter. | 112.00 |
| '26/06 | RXM | .80 | Reviewed and organized case room; organized production documents and case files. | 128.00 |

LAW OFFICES

## JENNER & BLOCK LLP

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 7/27/06 | CCD | .50 | Worked on mediation scheduling and arrangements. | 242.50 |
| 7/27/06 | CCD | .20 | Reviewed and answered E. Trujillo email re summary judgment motion papers. | 97.00 |
| 7/27/06 | JPW | .80 | Reviewed summary judgment memorandum, motion, statement of facts and affidavit of D. Bitter. | 336.00 |
| 7/27/06 | EYT | .40 | Conferred with J. Wolfsmith re motion for summary judgment and motions to strike. | 130.00 |
| 7/27/06 | EYT | 1.90 | Commenced reviewing Evans' deposition. | 617.50 |
| 7/27/06 | EYT | 1.30 | Worked on additional research for motion to strike (proper scope of expert testimony). | 422.50 |
| 7/27/06 | EYT | 2.80 | Further drafting of memorandum in support of motion to strike. | 910.00 |
| 7/28/06 | CCD | .50 | Reviewed Marsh privilege log and counsel email re same. | 242.50 |
| /28/06 | JPW | 4.90 | Worked on motion to strike testimony of J. Stempel, including review of Stempel report and testimony and legal research re law professors as expert witnesses. | 2,058.00 |
| 7/28/06 | JPW | .40 | Reviewed Marsh's privilege log. | 168.00 |
| 7/28/06 | EYT | 2.60 | Finished reviewing Evans' deposition. | 845.00 |
| 7/28/06 | EYT | .40 | Reviewed Marsh's privilege log and emails re XL's objections to the privilege log. | 130.00 |
| 7/28/06 | EYT | .30 | Conferred with J. Wolfsmith re motions to strike expert testimony. | 97.50 |
| 7/28/06 | EYT | .30 | Conducted additional research for motion to strike. | 97.50 |
| 7/28/06 | EYT | .80 | Further drafting of memorandum in support of motion to strike Evans' testimony. | 260.00 |
| 7/28/06 | RXM | .50 | Prepared transcript for J. Wolfsmith use. | 80.00 |
| 7/29/06 | CCD | 2.00 | Reviewed draft summary judgment motion papers and emailed E. Trujillo and J. Wolfsmith re comments and revisions. | 970.00 |
| 7/29/06 | CCD | 1.00 | Worked on case planning and prepared e-memo to J. | 485.00 |

LAW OFFICES
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | Wolfsmith and E. Trujillo re same. | |
|---|---|---|---|---|
| 7/29/06 | JPW | .10 | Communicated with C. Dickinson and E. Trujillo re timing of motion to strike Stempel and Evans. | 42.00 |
| 7/29/06 | EYT | 1.80 | Researched citation to unpublished opinions. | 585.00 |
| 7/29/06 | EYT | 2.50 | Conducted research for motion to strike (expert's qualifications). | 812.50 |
| 7/29/06 | EYT | .20 | Reported results of research for motion to exclude to J. Wolfsmith. | 65.00 |
| 7/30/06 | EYT | 2.90 | Conducted additional research for motion to strike (whether an expert may testify to legal conclusions). | 942.50 |
| 7/30/06 | EYT | 3.10 | Revised argument section of memorandum in support of motion to strike. | 1,007.50 |
| 7/31/06 | CCD | 1.00 | Reviewed transcript of P. Evans deposition. | 485.00 |
| 31/06 | CCD | .50 | Reviewed counsel email re XL challenge to Marsh privilege log. | 242.50 |
| 7/31/06 | CCD | .30 | Conferred with J. Wolfsmith re XL challenge to Marsh privilege log. | 145.50 |
| 7/31/06 | JPW | .90 | Conferred with C. Dickinson re Marsh privilege log and communication with K. Bruett and T. Howell re same, including review of Marsh privilege log; communicated with C. Brandyberry re invoice. | 378.00 |
| 7/31/06 | EYT | 5.10 | Conducted research on the proper scope of an expert's testimony (for motion to strike expert's report and testimony). | 1,657.50 |
| 7/31/06 | EYT | 7.10 | Continued drafting memorandum in support of motion to strike expert's testimony (sections on Federal Rule of Evidence 702, lack of qualifications, failure to assist trier of fact and Federal Rule of Evidence 403). | 2,307.50 |
| 7/31/06 | RXM | .80 | Prepared transcripts for C. Dickinson use; prepared transcripts for E. Trujillo use. | 128.00 |
| | | 221.10 | PROFESSIONAL SERVICES | 78,657.50 |

LAW OFFICES
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

## DISBURSEMENTS

| | |
|---|---:|
| Court Reporter Charge | 1,476.25 |
| Court Reporter Charge - copy transcript deposition of Glenn Rand | 513.30 |
| Court Reporter Charge - Encoding DVD for NTSC TV N. Cason 1 & 2 of 2 (6/30/06) | 125.00 |
| FedEx Charges | 1,435.63 |
| Photocopy, Postage & Related Expenses | 718.16 |
| Research: Lexis | 6,924.92 |
| Research: Westlaw | 1,809.64 |
| Telephone Charges | 16.35 |
| TOTAL DISBURSEMENTS | 13,019.25 |

INVOICE TOTAL                    $ 91,676.75

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| JOHN H MATHIAS JR | 0.10 | 670.00 | 67.00 |
| CHRISTOPHER C DICKINSON | 17.50 | 485.00 | 8,487.50 |
| JOHN P. WOLFSMITH | 66.00 | 420.00 | 27,720.00 |
| ELSA Y. TRUJILLO | 123.40 | 325.00 | 40,105.00 |
| MARY E RUDDY | 0.50 | 225.00 | 112.50 |
| REBECCA L. MILLER | 13.30 | 160.00 | 2,128.00 |
| TAYLOR M. SINGLETON | 0.30 | 125.00 | 37.50 |
| TOTAL | 221.10 | | 78,657.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

CLIENT NUMBER  44374-000
MATTER NUMBER  10017

WINN-DIXIE STORES, INC.                           AUGUST 11, 2006
5050 EDGEWOOD COURT                            INVOICE # 9035015
JACKSONVILLE, FL  32254

ATTN: JAY CASTLE, ESQ.

### INSURANCE ADVICE

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JULY 31, 2006                                        $18,641.50

DISBURSEMENTS                                                       0.00
                                                          _____

                          TOTAL INVOICE              $18,641.50

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE          Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

WINN-DIXIE STORES, INC.
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254                        INVOICE # 9035015

ATTN: JAY CASTLE, ESQ.                         AUGUST 11, 2006

CLIENT NUMBER -    44374-000

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JULY 31, 2006

INSURANCE ADVICE                    MATTER NUMBER -    10017

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 7/05/06 | LSM | .10 | Emailed J. Mathias and C. Dickinson re request on ACE policy document review. | 49.50 |
| 7/06/06 | CCD | .40 | Reviewed status of policy review project and emailed J. Mathias and L. Masters re same. | 194.00 |
| 7/11/06 | CCD | .40 | Reviewed status of creditors committee matter and emailed client re same. | 194.00 |
| 7/11/06 | CCD | .50 | Teleconferenced with S. Eichel and exchanged emails with J. Mathias and L. Masters re policy review project. | 242.50 |
| 7/13/06 | LSM | 5.00 | Reviewed binders and insurance policies for 2006-2007 general liability program; worked re same. | 2,475.00 |
| 7/14/06 | CCD | .70 | Teleconferenced with D. Bitter and L. Masters re policy review project; reviewed D. Bitter and L. Masters email re same. | 339.50 |
| 7/14/06 | LSM | 4.00 | Reviewed binders, package from C. Dickinson re 2006-2007 policies; exchanged telephone calls and emails with C. Dickinson re same; exchanged emails with D. Bitter re same; worked re same. | 1,980.00 |
| 7/20/06 | LSM | 2.50 | Worked re binder and insurance policy review project. | 1,237.50 |
| 7/21/06 | LSM | 2.00 | Worked re policy and binder review. | 990.00 |
| 7/24/06 | LSM | .60 | Teleconferenced with C. Dickinson re call with D. Bitter; exchanged emails re same; teleconferenced with D. Bitter re insurance review project. | 297.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

Page 2

| 7/26/06 | LSM | 4.00 | Reviewed policies and binders for 2006-2007; worked re same. | 1,980.00 |
| 7/27/06 | LSM | 5.00 | Reviewed binders and insurance polices for 2006-2007 policies to help make sure that binders and coverage conform etc. | 2,475.00 |
| 7/29/06 | LSM | 2.50 | Worked re memo to client on general liability and punitive damages wrap-up policies insurance binders and policies for 2006-2007. | 1,237.50 |
| 7/30/06 | LSM | 3.00 | Worked re memo to client on general liability and punitive damages wrap-up policies insurance binders and policies for 2006-2007. | 1,485.00 |
| 7/31/06 | LSM | 7.00 | Worked re memo to client on general liability and punitive damages wrap-up policies insurance binders and policies for 2006-2007. | 3,465.00 |
| | | 37.70 | PROFESSIONAL SERVICES | 18,641.50 |

INVOICE TOTAL                                         $ 18,641.50

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| LORELIE S. MASTERS | 35.70 | 495.00 | 17,671.50 |
| CHRISTOPHER C DICKINSON | 2.00 | 485.00 | 970.00 |
| TOTAL | 37.70 | | 18,641.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

CLIENT NUMBER   44374-000
MATTER NUMBER  10025

WINN-DIXIE STORES, INC.                                 JULY 17, 2006
5050 EDGEWOOD COURT                            INVOICE # 9032004
JACKSONVILLE, FL  32254

ATTN: JAY CASTLE, ESQ.

### XL/MARSH LITIGATION

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JUNE 30, 2006                                    $92,497.50

DISBURSEMENTS                                              2,447.53

                          TOTAL INVOICE          $94,945.03

LAW OFFICES
# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

WINN-DIXIE STORES, INC.
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

INVOICE # 9032004

ATTN: JAY CASTLE, ESQ.

JULY 17, 2006

CLIENT NUMBER -    44374-000

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JUNE 30, 2006

XL/MARSH LITIGATION                                MATTER NUMBER -    10025
716373

| 6/01/06 | JHM | .10 | Reviewed C. Dickinson memo re settlement overtures from Marsh. | 67.00 |
| 6/01/06 | CCD | .30 | Conferred with with J. Wolfsmith re privilege log preparation and review. | 145.50 |
| 6/01/06 | CCD | .30 | Teleconference with S. Monroe re settlement negotiations. | 145.50 |
| 6/01/06 | CCD | .30 | Sent memo via email to client re settlement negotiations. | 145.50 |
| 6/01/06 | CCD | .40 | Reviewed and edited J. Wolfsmith draft motion to substitute as counsel. | 194.00 |
| 6/01/06 | JPW | 5.90 | Worked on Winn-Dixie privilege log. | 2,478.00 |
| 6/01/06 | JPW | .80 | Conferences with E. Trujillo and C. Dickinson re preparation of Winn-Dixie's privilege log. | 336.00 |
| 6/01/06 | JPW | 2.60 | Reviewed materials re production of documents from Dempsey Myers. | 1,092.00 |
| 6/01/06 | JPW | .10 | Conference with S. Morris re pro hac vice motion. | 42.00 |
| 6/01/06 | JPW | .80 | Worked on motion for substitution of counsel. | 336.00 |
| 6/01/06 | EYT | .30 | Conferred with J. Wolfsmith re revisions to privilege log and production of documents. | 97.50 |
| 01/06 | EYT | .20 | Conferred with project assistant re revisions to privilege | 65.00 |

LAW OFFICES
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | log and production of documents. | |
|---|---|---|---|---|
| 6/01/06 | EYT | .40 | Compiled list of attorneys involved in Winn-Dixie (in relation to privilege log). | 130.00 |
| 6/01/06 | RAC | 7.50 | Organized and prepared documents from privilege log for production per J. Wolfsmith. | 900.00 |
| 6/01/06 | EG | .50 | Gathered production documents for J. Wolfsmith. | 60.00 |
| 6/01/06 | EG | 1.00 | Arranged production details with B. Love and J. Wolfsmith. | 120.00 |
| 6/01/06 | BRL | 1.00 | Ran queries to select documents to be used for witness kits per specifications set by attorneys and processed electronic files in preparation for document printing. | 275.00 |
| 6/02/06 | CCD | .30 | Corresponded with K. Bruett re request for production of documents re Marsh internal audits. | 145.50 |
| 6/02/06 | CCD | .30 | Reviewed and edited proposed consent order re discovery extension as revised by L. Hoey. | 145.50 |
| 6/02/06 | CCD | .50 | Reviewed L. Hoey correspondence and accompanying additional production documents and proposed confidentiality stipulation. | 242.50 |
| 6/02/06 | CCD | .40 | Exchange emails with D. Bitter and call to J. Castle re proposed discovery extension. | 194.00 |
| 6/02/06 | CCD | .20 | Teleconference with L. Hoey re issues relating to proposed consent order. | 97.00 |
| 6/02/06 | CCD | .20 | Reviewed and answered email re preparation and filing of proposed consent order. | 97.00 |
| 6/02/06 | CCD | .40 | Conferred with J. Wolfsmith re issues relating to production of Dempsey Myers files and G. Rand deposition preparation. | 194.00 |
| 6/02/06 | CCD | .20 | Reviewed XL's Notice and document request for deposition of G. Rand. | 97.00 |
| 6/02/06 | JPW | .10 | Conference with C. Dickinson re documents produced to G. Rand. | 42.00 |
| 6/02/06 | JPW | 2.50 | Reviewed materials re production of documents from Dempsey Myers and worked on other document | 1,050.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | production issues. | |
|---|---|---|---|---|
| 6/02/06 | JPW | .70 | Reviewed deposition of T. Leidell. | 294.00 |
| 6/02/06 | JPW | .10 | Conference with K. Bruett re report of G. Rand. | 42.00 |
| 6/02/06 | EYT | 4.00 | Commenced reviewing underlying pleading in preparation of drafting motion for summary judgment. | 1,300.00 |
| 6/02/06 | RAC | 8.50 | Organized and prepared documents from privilege log for production per J. Wolfsmith. | 1,020.00 |
| 6/02/06 | EG | .70 | Gathered and copied pleading per E. Trujillo. | 84.00 |
| 6/02/06 | EG | 3.50 | Gathered and prepared production documents for J. Wolfsmith. | 420.00 |
| 6/02/06 | EG | 1.50 | Gathered and organized documents requested by J. Wolfsmith. | 180.00 |
| 6/02/06 | BRL | 1.50 | Preparation of documents from experts and other documents to be used in electronic document production. | 412.50 |
| 6/03/06 | JPW | 3.80 | Worked on supplemental production. | 1,596.00 |
| 6/03/06 | JPW | .20 | Conference with G. Rand re deposition preparation. | 84.00 |
| 6/03/06 | JPW | 4.80 | Reviewed documents re preparation of G. Rand for deposition and prepared for meeting with G. Rand re same. | 2,016.00 |
| 6/03/06 | JPW | .20 | Prepared letter to T. Howell and K. Bruett re supplemental production. | 84.00 |
| 6/03/06 | BRL | 1.80 | Investigated issues with electronic document discovery conversion of Excel spreadsheets to TIFF format; case consultation with J. Wolfsmith; reviewed production protocol for native file production format with W. Jendo. | 495.00 |
| 6/04/06 | JPW | .40 | Worked on supplemental production. | 168.00 |
| 6/04/06 | EG | 3.00 | Redacted production documents per J. Wolfsmith and prepared same for addition into database. | 360.00 |
| 6/05/06 | JPW | 3.70 | Worked on Winn-Dixie privilege log. | 1,554.00 |
| 05/06 | JPW | 1.20 | Worked on Winn-Dixie supplemental production, | 504.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

Page 4

including preparation of letter to counsel re same.

| Date | Init | Hours | Description | Amount |
|---|---|---|---|---|
| 6/05/06 | JPW | .60 | Reviewed deposition of T. Georges. | 252.00 |
| 6/05/06 | JPW | .30 | Conference call with B. Warren re damages claim and preparation of G. Rand. | 126.00 |
| 6/05/06 | JPW | .20 | Conference with C. Dickinson re supplemental production. | 84.00 |
| 6/05/06 | JPW | 5.00 | Conference with G. Rand re preparation for deposition, including preparation for meeting. | 2,100.00 |
| 6/05/06 | EYT | 6.00 | Reviewed privilege log and made appropriate changes in privilege log database. | 1,950.00 |
| 6/05/06 | EYT | .10 | Conferred with project assistant re privilege log and document production. | 32.50 |
| 6/05/06 | EYT | 1.50 | Further reviewed underlying pleadings in preparation for drafting motion for summary judgment. | 487.50 |
| 05/06 | RAC | 8.50 | Organized and prepared documents from privilege log for production per J. Wolfsmith. | 1,020.00 |
| 6/05/06 | EG | 6.00 | Worked with B. Love and J. Wolfsmith to produce and ship documents. | 720.00 |
| 6/05/06 | EG | 3.20 | Prepared documents for production. | 384.00 |
| 6/05/06 | BRL | 6.50 | Updated vendor files of scanned documents to standard unduplicated data; office conference with E. Giannakopoulos re matching new documents to existing bibliographic coding and document annotation for privilege; ran updates and data preparation for electronic document production; office conference with J. Wolfsmith to identify correct redactions and corrections to selection for electronic document production; brand images with Bates numbers and burn collection to CD-ROM. | 1,787.50 |
| 6/06/06 | CCD | .40 | Teleconferences with T. Howell re Rand deposition. | 194.00 |
| 6/06/06 | CCD | .50 | Conferred with J. Wolfsmith re issues and strategy considerations relating to G. Rand loss analysis and testimony. | 242.50 |

LAW OFFICES
Page 5

# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS  60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 6/06/06 | CCD | .20 | Reviewed motion for substitution of counsel as filed. | 97.00 |
| 6/06/06 | CCD | .40 | Reviewed court clerk's correspondence re withdrawal of J. Arias, and prepared correspondence in reply. | 194.00 |
| 6/06/06 | CCD | .50 | Reviewed and edited J. Wolfsmith draft objections to XL deposition notice for G. Rand. | 242.50 |
| 6/06/06 | CCD | .20 | Exchanged email with S. Morris re motion for substitution of counsel. | 97.00 |
| 6/06/06 | JPW | .10 | Conference with E. Trujillo re preparation of privilege log. | 42.00 |
| 6/06/06 | JPW | 1.00 | Conferences with G. Rand re deposition preparation and re additional assignments. | 420.00 |
| 6/06/06 | JPW | 3.00 | Defended deposition of G. Rand. | 1,260.00 |
| 6/06/06 | JPW | .30 | Worked on motion for substitution of counsel. | 126.00 |
| '/06/06 | JPW | 5.50 | Worked on Winn-Dixie's privilege log. | 2,310.00 |
| 6/06/06 | JPW | .90 | Prepared objections to notice of deposition of G. Rand. | 378.00 |
| 6/06/06 | EYT | 1.20 | Drafted Certificate of Service of Discovery of Winn-Dixie's objections to XL's Notice of Deposition of Glenn Rand, arranged for electronic filing of the certificate and for service of the objections on opposing counsel. | 390.00 |
| 6/06/06 | EYT | 1.20 | Arranged for electronic filing of Motion for Substitution of Counsel and accompanying exhibit and arranged for service of the motion/exhibit on opposing counsel. | 390.00 |
| 6/06/06 | EYT | 8.10 | Made final review and edits to the privilege log and descriptions of the individual documents and asserted privileges. | 2,632.50 |
| 6/06/06 | RAC | 10.50 | Organized and prepared condensed privilege log per E. Trujillo and J. Wolfsmith. | 1,260.00 |
| 6/06/06 | EG | .70 | Located and organized document requested by J. Wolfsmith. | 84.00 |
| 6/06/06 | EG | .50 | Gathered and copied deposition materials requested by J. Wolfsmith. | 60.00 |
| 6/06/06 | BRL | .50 | Telephone conference with R. Cortazar re privilege log; | 137.50 |

LAW OFFICES

## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| | | | completed tasks agreed to during conference call. | |
| 6/07/06 | CCD | .20 | Teleconference with L. Hoey re production of Dempsey Myers documents. | 97.00 |
| 6/07/06 | CCD | .20 | Conferred with with J. Wolfsmith re production of Dempsey Myers documents. | 97.00 |
| 6/07/06 | CCD | .20 | Reviewed court orders re pro hac vice admission and extension of expert discovery deadline. | 97.00 |
| 6/08/06 | CCD | .50 | Worked on matters re substitution of counsel. | 242.50 |
| 6/08/06 | CCD | .50 | Conferred with with J. Wolfsmith re case status, planning, scheduling, staffing and strategy. | 242.50 |
| 6/08/06 | JPW | .20 | Worked on second supplemental production, including communications with B. Warren re same. | 84.00 |
| 6/08/06 | EYT | .20 | Conferred with John Wolfsmith re arguments to raise in Motion for Summary Judgment and topics to be included in Pre-Trial Order. | 65.00 |
| 6/09/06 | CCD | .50 | Teleconferences with L. Hoey re settlement issues. | 242.50 |
| 6/09/06 | CCD | .10 | Sent email message to client re XL settlement position. | 48.50 |
| 6/09/06 | CCD | .20 | Teleconference with D. Bitter re XL settlement position, and re case status. | 97.00 |
| 6/09/06 | EYT | 2.30 | Finished reviewing the underlying pleadings and court orders in preparation for drafting motion for summary judgment. | 747.50 |
| 6/09/06 | RXM | 1.00 | Reviewed and organized deposition transcripts and exhibits; updated deposition exhibits binders. | 160.00 |
| 6/12/06 | JPW | 2.10 | Reviewed materials re potential summary judgment motion and forwarded same to E. Trujillo. | 882.00 |
| 6/12/06 | EYT | 2.60 | Reviewed Dale Bitter's deposition in preparation for drafting motion for summary judgment. | 845.00 |
| 6/12/06 | RXM | 1.00 | Reviewed and organized deposition transcripts. | 160.00 |
| 6/12/06 | BRL | .50 | Email exchange with R. Miller regarding early June document production queries from plaintiffs. | 137.50 |

LAW OFFICES
# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 6/13/06 | CCD | .20 | Reviewed court order re substitution of counsel and XL deposition notice re J. Stempel. | 97.00 |
|---|---|---|---|---|
| 6/13/06 | EYT | 1.30 | Reviewed Winn-Dixie Chronology and Exhibits 74 and 80 in preparation for drafting motion for summary judgment. | 422.50 |
| 6/14/06 | JPW | .20 | Reviewed messages forwarded from D. Bitter and communicated with C. Dickinson re same. | 84.00 |
| 6/14/06 | EYT | 3.00 | Additional review and abstracting of Dale Bitter's deposition. | 975.00 |
| 6/15/06 | CCD | .20 | Reviewed Marsh voice-mail messages to D. Bitter for purposes of production to defendants in discovery. | 97.00 |
| 6/15/06 | CCD | .20 | Email exchange with B. Love re preparation of Marsh voice-mail messages for production. | 97.00 |
| 6/15/06 | EYT | 1.80 | Reviewed Winn-Dixie's Statement of Additional Facts and Winn-Dixie's Response to XL's Statement of Undisputed Facts in preparation for drafting Winn-Dixie's Statement of Undisputed Facts. | 585.00 |
| 6/15/06 | EYT | .60 | Researched requirements for motions for summary judgment and statements of undisputed facts. | 195.00 |
| 6/15/06 | EYT | 2.30 | Commenced drafting Winn-Dixie's Statement of Undisputed Facts. | 747.50 |
| 6/15/06 | EYT | 1.80 | Further review and abstracting of Dale Bitter's deposition. | 585.00 |
| 6/15/06 | BRL | 1.00 | Investigated and recommended options for document production of voice mail recordings in MP3 format; continued investigation of gaps in the supplemental document production. | 275.00 |
| 6/16/06 | CCD | .40 | Reviewed J. Wolfsmith e-memo to client re G. Rand deposition and related issues. | 194.00 |
| 6/16/06 | JPW | .30 | Prepared letter to L. Hoey and K. Bruett re second supplemental production. | 126.00 |
| 6/16/06 | JPW | 3.50 | Worked on second supplemental production. | 1,470.00 |
| 6/16/06 | JPW | 1.00 | Prepared summary for client re potential issues for additional work by Dempsey Myers. | 420.00 |

LAW OFFICES

## JENNER & BLOCK LLP

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 6/16/06 | EYT | 3.30 | Completed reviewing and abstracting Dale Bitter's deposition. | 1,072.50 |
| 6/16/06 | RXM | 1.30 | Prepared CD to be sent to opposing counsel; organized deposition transcripts and exhibits. | 208.00 |
| 6/19/06 | EYT | 4.20 | Commenced drafting Winn-Dixie's Motion for Summary Judgment and brief in support thereof. | 1,365.00 |
| 6/20/06 | CCD | 1.00 | Reviewed transcripts of B. Whitton and B. Kirkland depositions. | 485.00 |
| 6/20/06 | CCD | 1.00 | Prepared e-memo to D. Bitter re B. Whitton and B. Kirkland depositions. | 485.00 |
| 6/20/06 | CCD | .20 | Reviewed settlement negotiation status. | 97.00 |
| 6/20/06 | CCD | .20 | Email message to D. Bitter re settlement negotiation status. | 97.00 |
| 6/20/06 | CCD | .30 | Reviewed J. Wolfsmith draft deposition notice and document request to Neal Cason. | 145.50 |
| o/20/06 | JPW | .70 | Prepared deposition notice for N. Cason. | 294.00 |
| 6/20/06 | EYT | 5.30 | Reviewed Barry Whitton's deposition in preparation for drafting motion for summary judgment. | 1,722.50 |
| 6/20/06 | EYT | 2.80 | Reviewed Mr. Kirkland's deposition in preparation for drafting motion for summary judgment. | 910.00 |
| 6/20/06 | RXM | .50 | Prepared deposition transcripts for E. Trujillo use. | 80.00 |
| 6/21/06 | JPW | 3.20 | Prepare for deposition of N. Cason, including review of deposition of T. Georges. | 1,344.00 |
| 6/21/06 | EYT | .50 | Drafted Certificate of Service of Discovery and filed it electronically with the court. | 162.50 |
| 6/21/06 | EYT | .70 | Reviewed Notice of Deposition of Neal Cason and attached exhibits; served opposing counsel. | 227.50 |
| 6/21/06 | EYT | 5.00 | Reviewed Gary Fox's deposition in preparation for drafting motion for summary judgment. | 1,625.00 |
| 6/21/06 | RXM | .50 | Prepared deposition transcripts for E. Trujillo use. | 80.00 |
| 21/06 | BRL | 2.00 | Ran extensive cross checks of the Opticon load files and | 550.00 |

LAW OFFICES
# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | the duplicate removals from the supplemental production; documented the source of the initial errors and corrected all load files; prepared revised production for corrected document production. |  |
| 6/22/06 | JHM | .30 | Reviewed correspondence from D. Bitter re Barry Kirkland (.1); reviewed C. Dickinson summary of B. Whitton deposition (.1); reviewed correspondence from C. Dickinson and J. Castle re settlement (.1). | 201.00 |
| 6/22/06 | CCD | .30 | Conferred with J. Wolfsmith re discovery issues. | 145.50 |
| 6/22/06 | JPW | 3.00 | Prepare for deposition of N. Cason, including review of damages related documents. | 1,260.00 |
| 6/22/06 | JPW | .20 | Conference with C. Dickinson re issues to follow-up with L. Hoey and K. Bruett. | 84.00 |
| 6/22/06 | EYT | .20 | Drafted and electronically filed Certificate of Service of Discovery. | 65.00 |
| '22/06 | EYT | .20 | Revised Notice of Deposition of Neal Cason and served opposing counsel with Amended Notice of Deposition. | 65.00 |
| 6/22/06 | EYT | 6.60 | Reviewed Andrew Cyran's deposition in preparation for drafting motion for summary judgment. | 2,145.00 |
| 6/23/06 | EYT | 5.80 | Reviewed Larry Penn's deposition in preparation for drafting motion for summary judgment. | 1,885.00 |
| 6/24/06 | EYT | 1.80 | Reviewed Thomas Leidell's deposition in preparation for drafting motion for summary judgment. | 585.00 |
| 6/25/06 | EYT | 1.00 | Reviewed Kristine Meuse's deposition in preparation for drafting motion for summary judgment. | 325.00 |
| 6/25/06 | EYT | 1.20 | Commenced reviewing Timothy George's deposition in preparation for drafting motion for summary judgment. | 390.00 |
| 6/26/06 | JPW | .50 | Reviewed materials re outstanding issues with XL and Marsh, including review of proposed stipulation from Marsh. | 210.00 |
| 6/26/06 | JPW | 1.50 | Preparation for depositions of N. Cason and J. Stempel. | 630.00 |
| 6/26/06 | EYT | 5.20 | Finished reviewing Timothy George's deposition in preparation for drafting motion for summary judgment. | 1,690.00 |

LAW OFFICES
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS  60611
(312) 222-9350

| 6/26/06 | EYT | 5.30 | Commenced reviewing Amy Blakely Singleton's deposition in preparation for drafting motion for summary judgment. | 1,722.50 |
|---|---|---|---|---|
| 6/27/06 | JPW | 3.50 | Prepared for deposition of N. Cason, including review of documents re same. | 1,470.00 |
| 6/27/06 | EYT | 2.30 | Finished reviewing Amy Blakely Singleton's deposition in preparation for drafting motion for summary judgment. | 747.50 |
| 6/27/06 | EYT | .70 | Commenced reviewing Carter Schlenke's deposition in preparation for drafting motion for summary judgment. | 227.50 |
| 6/27/06 | EG | .50 | Worked on gathering Rand deposition transcript per J. Wolfsmith. | 60.00 |
| 6/27/06 | EG | 1.50 | Organized correspondence and updated file per R. Miller. | 180.00 |
| 6/28/06 | JPW | 8.50 | Prepared for deposition of N. Cason, including review of documents. | 3,570.00 |
| 6/28/06 | EYT | 4.60 | Finished reviewing Carter Schlenke's deposition in preparation for drafting motion for summary judgment. | 1,495.00 |
| 6/28/06 | EG | 1.30 | Created deposition exhibit binders per J. Wolfsmith. | 156.00 |
| 6/28/06 | RXM | 2.50 | Reviewed case files for deposition exhibits for J. Wolfsmith use; reviewed and organized same. | 400.00 |
| 6/28/06 | RXM | .50 | Prepared CD of production documents for J. Wolfsmith use; met with B. Love re same. | 80.00 |
| 6/29/06 | CCD | .50 | Reviewed J. Wolfsmith and defense counsel email re expert deposition scheduling and document production. | 242.50 |
| 6/29/06 | JPW | 4.20 | Traveled to Atlanta re deposition of N. Cason. | 1,764.00 |
| 6/29/06 | JPW | 9.50 | Prepared for deposition of N. Cason, including review of recently produced documents relied on by N. Cason. | 3,990.00 |
| 6/30/06 | CCD | .80 | Reviewed and commented on J. Mathias draft contingent fee proposal. | 388.00 |
| 6/30/06 | CCD | .20 | Conferred with J. Wolfsmith re J. Stempel deposition. | 97.00 |
| .30/06 | JPW | 2.00 | Revised outline re deposition of N. Cason and other | 840.00 |

LAW OFFICES
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS  60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| | | | preparation for deposition of N. Cason. | |
| 6/30/06 | JPW | 4.40 | Deposed N. Cason. | 1,848.00 |
| 6/30/06 | JPW | 4.00 | Traveled to Chicago re return from deposition of N. Cason. | 1,680.00 |
| 6/30/06 | JPW | .50 | Conference call with K. Romeo re additional work by Dempsey Myers. | 210.00 |
| 6/30/06 | JPW | .80 | Prepared for deposition of J. Stempel. | 336.00 |
| 6/30/06 | EG | 2.50 | Copied and organized deposition exhibits for R.Miller per J. Wolfsmith. | 300.00 |
| 6/30/06 | RXM | 2.50 | Reviewed production documents and deposition exhibit files for exhibits for use at J. Stempel deposition; reviewed and organized files for use at deposition; prepared same for J. Wolfsmith use. | 400.00 |
| | | 294.50 | PROFESSIONAL SERVICES | 92,497.50 |

## DISBURSEMENTS

| | |
|---|---|
| Corporate Document Expense | - 771.10 |
| Court Reporter Charge | - 70.00 |
| Court Reporter Charge - 5/18/06 videotaped deposition of A. Cyran | 771.10 |
| Court Reporter Charge - 5/24/06 - videotaped deposition of B. Kirkland | - 832.20 |
| Court Reporter Charge - 5/24/06 videotaped deposition of B. Kirkland | 832.20 |
| Court Reporter Charge - 5/25/06 copy of videotaped deposition of Carter Schlenke; Orig. + one copy of videotaped deposition of Kristine Meuse 5/25/06 | 730.20 |
| Court Reporter Charge - Thomas Leidell 05/17/06 | 589.00 |
| Deposition Related Expenses conducted by J. Wolfsmith (2) | 24.80 |
| MOBIOUS SOLUTION TRANSACTIONS | 73.32 |
| Network Printing | 76.23 |
| Photocopy & Related Expenses | 475.58 |
| Photocopy-NQue | 519.39 |
| Postage & Telephone Charges | 15.78 |
| Westlaw Research | 13.23 |
| TOTAL DISBURSEMENTS | 2,447.53 |

INVOICE TOTAL                                    $ 94,945.03

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                          Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS  60611
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| JOHN H MATHIAS JR | 0.40 | 670.00 | 268.00 |
| CHRISTOPHER C DICKINSON | 13.90 | 485.00 | 6,741.50 |
| JOHN P. WOLFSMITH | 98.60 | 420.00 | 41,412.00 |
| ELSA Y. TRUJILLO | 95.60 | 325.00 | 31,070.00 |
| BRIAN R. LOVE | 14.80 | 275.00 | 4,070.00 |
| REBECCA L. MILLER | 9.80 | 160.00 | 1,568.00 |
| ELENI GIANNAKOPOULOS | 26.40 | 120.00 | 3,168.00 |
| RICHARD A. CORTAZAR | 35.00 | 120.00 | 4,200.00 |
| TOTAL | 294.50 | | 92,497.50 |

Federal Identification No. 36-2192554

LAW OFFICES
## ·JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

CLIENT NUMBER   44374-000
MATTER NUMBER  10025

WINN-DIXIE STORES, INC.                                    JULY 17, 2006
5050 EDGEWOOD COURT                              INVOICE # 9032004
JACKSONVILLE, FL  32254

ATTN: JAY CASTLE, ESQ.

### XL/MARSH LITIGATION

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JUNE 30, 2006                                      $92,497.50

DISBURSEMENTS                                                2,447.53

                              TOTAL INVOICE           $94,945.03

REMITTANCE COPY
PLEASE RETURN THIS COPY WITH YOUR PAYMENT AND PLACE IN THE ENCLOSED ENVELOPE.

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE              Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

CLIENT NUMBER   44374-000
MATTER NUMBER 10017

WINN-DIXIE STORES, INC.                                    JULY 14, 2006
5050 EDGEWOOD COURT                              INVOICE # 9032003
JACKSONVILLE, FL 32254

ATTN: DALE BITTER, SR. DIR.- RISK MNGMNT

### INSURANCE ADVICE

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JUNE 30, 2006                                        $ 390.00

DISBURSEMENTS                                                      0.00
                                                          _____
                                TOTAL INVOICE               $ 390.00

LAW OFFICES
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

WINN-DIXIE STORES, INC.
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

INVOICE # 9032003

JULY 14, 2006

ATTN: DALE BITTER, SR. DIR.- RISK MNGMNT

CLIENT NUMBER -   44374-000

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JUNE 30, 2006

INSURANCE ADVICE

MATTER NUMBER -   10017

| | | | | |
|---|---|---|---|---|
| 6/19/06 | CCD | .30 | Teleconferenced with St. Paul Travelers claims adjuster T. Krsul re creditors committee matter; emailed message to J. Castle and D. Bitter re same. | 145.50 |
| 21/06 | CCD | .30 | Reviewed email from Axis Ins. Co. re creditors committee matter; emailed J. Castle and D. Bitter re same. | 145.50 |
| 6/30/06 | LSM | .20 | Responded to emails re request for review of ACE policy documents. | 99.00 |
| | | 0.80 | PROFESSIONAL SERVICES | 390.00 |

INVOICE TOTAL                    $ 390.00

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| LORELIE S. MASTERS | 0.20 | 495.00 | 99.00 |
| CHRISTOPHER C DICKINSON | 0.60 | 485.00 | 291.00 |
| TOTAL | 0.80 | | 390.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554