**Expenses Advanced by Jenner & Block**
**June 1, 2006 - September 30, 2006**

| Cost Category | Amount Advanced |
|---|---|
| Out of town travel expenses | |
|   - airfare | $1,707.80 |
|   - hotel | $728.88 |
|   - ground transportation | $318.00 |
| Court reporter and videographer charges | $5,394.50 |
| Database research (Dun & Bradstreet, Pacer) | $99.75 |
| Messenger and delivery services | $1,263.01 |
| Computer-assisted legal research (Lexis and Westlaw) | $13,722.92 |
| Long Distance Telephone | $64.05 |
| Photocopying and printing -- $.09 per page in-house; $.12 per page by IKON Office Solutions | $3,645.63 |
| Processing of documents and email for electronic production in discovery | $241.53 |
| Document-related expenses (including scanning, color copying, binding, Bates-labeling, *etc*.) | $787.20 |
| Postage expense | $47.46 |
| Business meals | $24.80 |
| Court appearance fee | $150.00 |
| Voided corporate document expense | ($771.10) |
| **Total** | **$27,424.43** |

**Exhibit B**