**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.*, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

**ORDER APPROVING SECOND INTERIM FEE APPLICATION**
**OF JENNER & BLOCK LLP**
**FOR ALLOWANCE AND PAYMENT OF COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES ADVANCED**

These cases came before the Court upon the Second Interim Fee Application of Jenner & Block LLP ("Application") for entry of an order allowing Jenner & Block interim compensation for services rendered and expenses advanced as special insurance counsel to Winn-Dixie Stores, Inc. and its subsidiaries and affiliates in the above-captioned jointly-administered cases, as debtors and debtors-in-possession (collectively, "the Debtors") during the period June 1, 2006 to September 30, 2006 ("Application Period"). The Court has reviewed the Application and exhibits and has considered the representations of counsel, and after due deliberation and finding proper notice has been given, the Court determines that good cause exists to grant the relief requested in the Application and that granting such relief is in the best interest of these estates and creditors. Accordingly, it is

ORDERED AND ADJUDGED THAT:

1. The Application is granted.

2. The fees earned and the expenses advanced by Jenner & Block during the Application Period, as set forth in the Application, are approved and allowed.

3.       The Debtors are authorized and directed to pay to Jenner & Block interim compensation for fees in the amount of $426,614.50, and reimbursement for expenses advanced in the amount of $27,424.43.

4.       The relief granted in this Order is without prejudice to the rights of Jenner & Block to seek further allowance and payment of additional compensation and reimbursement of expenses, including any such amounts incurred during the Application Period for which approval has not previously been sought and denied, upon proper application to the Court.

Dated _____, 2006 in Jacksonville, Florida.

_____
Jerry A. Funk
UNITED STATES BANKRUPTCY JUDGE

Cynthia C. Jackson is directed to serve a
copy of this Order on all parties included on
the Master Service List.