UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about November 17, 2006 I caused copies of:

- the **Notice of Agreed Order Resolving Claims Filed by Autozone Mississippi Properties Inc., Buehler Foods, Inc., Buehler of Kentucky, LLC, Checkpoint Systems Inc., Colorado Boxed Beef Co., Gillette Company, Promotions Unlimited Corp, LN International, Inc., National Sales Service Inc. and Revlon Consumer Products Corp, as Set Forth in the Debtors' Fifteenth Omnibus Objection**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: November 22, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: 5K

# EXHIBIT A
# SERVICE LIST

Notice of Agreed Order Resolving Claims Filed by Autozone Mississippi Properties Inc, Buehler Foods Inc, Buehler of Kentucky LLC, Checkpoint Systems Inc, Colorado Boxed Beef Co, Gillette Company Promotions Unlimited Corp LN Internation Inc, National Sales Service Inc and Revelon...

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                   **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 415974-15<br>AUTOZONE MISSISSIPPI PROPERTIES INC<br>C/O BASS BERRY & SIMS, PLC<br>ATTN BRADLEY L OTTINGER, ESQ<br>100 PEABODY PLACE, SUITE 900<br>MEMPHIS TN 38103 | CREDITOR ID: 410918-15<br>BUEHLER FOODS, INC<br>1100 WEST 12TH AVENUE<br>PO BOX 82<br>JASPER IN 47547-0082 | CREDITOR ID: 410918-15<br>BUEHLER FOODS, INC<br>C/O SOMMER BARNARD ATTORNEYS, PC<br>ATTN JERALD I ANCEL, ESQ.<br>ONE INDIANA SQUARE, SUITE 3500<br>INDIANAPOLIS IN 46204 |
| CREDITOR ID: 410918-15<br>BUEHLER FOODS, INC<br>C/O BINGHAM MCHALE LLP<br>ATTN THOMAS C SCHERER, ESQ.<br>2700 MARKET TOWER<br>10 WEST MARKET STREET<br>INDIANAPOLIS IN 46204 | CREDITOR ID: 397119-67<br>BUEHLER OF KENTUCKY, LLC<br>C/O BUEHLER FOODS, INC.<br>1100 W 12TH AVENUE<br>PO BOX 82<br>JASPER, IN 47547-0082 | CREDITOR ID: 397119-67<br>BUEHLER OF KENTUCKY, LLC<br>C/O SOMMER BARNARD ATTORNEYS, PC<br>ATTN JERALD I ANCEL, ESQ.<br>ONE INDIANA SQUARE, SUITE 3500<br>INDIANAPOLIS IN 46204 |
| CREDITOR ID: 397119-67<br>BUEHLER OF KENTUCKY, LLC<br>C/O BINGHAM MCHALE LLP<br>ATTN THOMAS C SCHERER, ESQ.<br>2700 MARKET TOWER<br>10 WEST MARKET STREET<br>INDIANAPOLIS IN 46204 | CREDITOR ID: 395425-64<br>CHECKPOINT SYSTEMS INC<br>ATTN JANINE TREWIN/THERESA HELLICK<br>101 WOLF DRIVE<br>THOROFARE, NJ 08086 | CREDITOR ID: 411236-15<br>COLORADO BOXED BEEF CO<br>C/O SIMPSON LAW OFFICES, LLP<br>ATTN JAMES W MARTIN, ESQ<br>PO BOX 550105<br>ATLANTA GA 30355-2505 |
| CREDITOR ID: 492854-37<br>FROST BROWN TODD LLC<br>ATTN: EDWARD M KING<br>400 W MARKET STREET, 32ND FL<br>LOUISVILLE KY 40202 | CREDITOR ID: 492855-37<br>FROST BROWN TODD LLC<br>ATTN: RONALD E GOLD<br>2200 PNC CENTER<br>201 EAST FIFTH STREET<br>CINCINNATI OH 45202 | CREDITOR ID: 407710-15<br>GILLETTE COMPANY<br>ATTN DIANE E KING, MGR CREDIT ADMIN<br>PRUDENTIAL TOWER BUILDING<br>800 BOYLSTON STREET, 26TH FLOOR<br>BOSTON MA 02199 |
| CREDITOR ID: 407710-15<br>GILLETTE COMPANY<br>C/O POPPER & GRAFTON<br>ATTN SAMUEL R GRAFTON, ESQ<br>225 WEST 34TH STREET, SUITE 1609<br>NEW YORK NY 10122-1600 | CREDITOR ID: 399393-98<br>LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>ATTN JEFFREY L CARESS<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | CREDITOR ID: 279389-36<br>LN INT'L, INC FKA SCUNCI INT'L, INC<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN T DALUZ & J A L KELLEHER, ESQS<br>919 MARKET STREET, 12TH FLOOR<br>WILMINGTON DE 19801 |
| CREDITOR ID: 279389-36<br>LN INT'L, INC FKA SCUNCI INT'L, INC<br>C/O PNC BUSINESS CREDIT<br>C/O UNIVERSITY MGMT ASSOCS & CONSUL<br>ATTN PAUL ROME, 223 B STIGER STREET<br>PO BOX 913<br>HACKETTSTOWN NJ 07840 | CREDITOR ID: 407534-15<br>NATIONAL SALES SERVICES, INC DBA<br>NATIONAL RETAIL SERVICES<br>C/O EURO RSCG WORLDWIDE, INC<br>ATTN W FASANO OR NANCY WYNNE, ESQ<br>350 HUDSON STREET<br>NEW YORK NY 10014 | CREDITOR ID: 410449-15<br>PROMOTIONS UNLIMITED, CORP<br>C/O SONNENSCHEIN NATH & ROSENTHAL<br>ATTN ROBERT E RICHARDS, ESQ<br>8000 SEARS TOWER<br>CHICAGO IL 60606 |
| CREDITOR ID: 405439-95<br>REVLON CONSUMER PRODUCTS CORP<br>ATTN SHERRIE C LANDES, SR CREDIT<br>1501 WILLIAMSBORO STREET<br>OXFORD NC 27565 | | |

**Total: 19**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**NOTICE OF AGREED ORDER RESOLVING CLAIMS FILED BY AUTOZONE MISSISSIPPI PROPERTIES INC., BUEHLER FOODS, INC., BUEHLER OF KENTUCKY, LLC, CHECKPOINT SYSTEMS INC., COLORADO BOXED BEEF CO., GILLETTE COMPANY, PROMOTIONS UNLIMITED CORP, LN INTERNATIONAL, INC., NATIONAL SALES SERVICE INC. AND REVLON CONSUMER PRODUCTS CORP, AS SET FORTH IN THE DEBTORS' FIFTEENTH OMNIBUS OBJECTION**

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the court will consider this matter without further notice or hearing unless a party in interest files an objection within 20 days from the date of service of this paper. If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy on (i) James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com, and (ii) D.J. Baker, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, djbaker@skadden.com.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors"), pursuant to Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure and Local Rule 2002-4, give notice of the proposed entry of the attached Agreed Order Resolving Claims Filed by Autozone Mississippi Properties Inc., Buehler Foods, Inc., Buehler of Kentucky, LLC, Checkpoint Systems Inc., Colorado Boxed Beef Co., Gillette Company, Promotions Unlimited Corp, LN International, Inc., National Sales Service Inc. and Revlon Consumer Products Corp., as set forth

in the Debtors' Fifteenth Omnibus Objection. If no objection to the proposed Agreed Order is filed and served within the time as set forth above, the Court will be requested to enter the Agreed Order without further notice or hearing.

Dated: November 17, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*  <br>      D. J. Baker<br>      Sally McDonald Henry<br>      Rosalie Walker Gray<br>      Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | By   *s/ James H. Post*  <br>      Stephen D. Busey<br>      James H. Post<br>      Cynthia C. Jackson,<br>      Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors.[1] | Jointly Administered |

**AGREED ORDER RESOLVING CLAIMS FILED BY AUTOZONE MISSISSIPPI PROPERTIES INC., BUEHLER FOODS, INC., BUEHLER OF KENTUCKY, LLC, CHECKPOINT SYSTEMS INC., COLORADO BOXED BEEF CO., GILLETTE COMPANY, PROMOTIONS UNLIMITED CORP, LN INTERNATIONAL, INC., NATIONAL SALES SERVICE INC. AND REVLON CONSUMER PRODUCTS CORP, AS SET FORTH IN THE DEBTORS' FIFTEENTH OMNIBUS OBJECTION**

These cases originally came before the Court for hearing on August 24, 2006, upon the Fifteenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A through C to the Objection.[2] Formal and informal responses to the Objection were raised, as a result of which the Debtors agreed to continue the Objection with respect to (i) claim no. 11984 filed by Autozone Mississippi Properties, Inc., (ii) claim nos. 10077-10079 filed by Buehler Foods, Inc., (iii) claim nos. 10080-10082 filed by Buehler of Kentucky, LLC (collectively, the "No Liability Claims"), (iv) claim no. 11538 filed by Colorado

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

Boxed Beef Co., (v) claim no. 5298 filed by Gillette Company, (vi) claim no. 11881 filed by Promotions Unlimited Corp (collectively, the "Overstated Claims"), (vii) claim no. 7737 filed by LN International, Inc. and (viii) claim no. 6121 filed by Revlon Consumer Products Corp. (collectively, the "Overstated Misclassified Claims"), among others. On August 24, 2006, the Court entered an order (Docket No. 10544) sustaining the Objection as to the proofs of claim listed on the exhibits to the order and continuing the hearing on the Objection as to the No Liability Claims, the Overstated Claims, the Overstated Misclassified Claims and other unresolved claims. Based upon the representation by counsel to the Debtors that the proposed Agreed Order reflects a resolution of the Objection as to the No Liability Claims, the Overstated Claims, the Overstated Misclassified Claims and an agreement to reclassify claim no. 3412 filed by Checkpoint Systems, Inc. and to increase the reduced claim amount for claim no. 4212 filed by National Sales Service Inc., it is

ORDERED AND ADJUDGED:

1. The No Liability Claims listed on Exhibit A are disallowed in their entirety.

2. The Overstated Claims listed on Exhibit B are reduced to the amounts set forth on Exhibit B under the heading Reduced Amount and the amounts exceeding the Reduced Amount are disallowed.

3. The Overstated Misclassified Claims listed on Exhibit C are reduced to the amount set forth on Exhibit C under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed. The asserted class status alleged for the Overstated Misclassified Claims listed on Exhibit C is denied; and the Overstated Misclassified Claims are reclassified as specified on Exhibit C under the heading "Modified Class Status."

4.  Claim no. 3412 filed by Checkpoint Systems Inc. in the amount of $656,613.27 shall be reclassified and allowed as an administrative priority claim in the amount of $21,875.52, and the remainder of the claim, $634,737.75, shall be classified as an unsecured non-priority claim.

5.  Claim no. 4212 filed by National Sales Service Inc. is allowed as an unsecured non-priority claim in the amount of $473,496.53.

6.  The distribution with respect to claim no. 7737 filed by LN International Inc. shall be made to LN International, Inc. f/k/a/ Scunci International, Inc., c/o PNC Business Credit, c/o University Management Associates & Consultants Corp., Attn: Paul Rome, P.O. Box 913, 223 B Stiger Street, Hackettstown, NJ 07840.

7.  Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

8.  Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

9.  The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this ____ day of _____, 2006 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

4

# EXHIBIT A

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

Page: 1 of 2
Date: 11/09/2006

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 415974**<br>AUTOZONE MISSISSIPPI PROPERTIES INC<br>C/O BASS BERRY & SIMS, PLC<br>ATTN BRADLEY L OTTINGER, ESQ<br>100 PEABODY PLACE, SUITE 900<br>MEMPHIS TN 38103 | 11984<br>Debtor: WINN-DIXIE STORES, INC. | $1.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 410918**<br>BUEHLER FOODS, INC<br>1100 WEST 12TH AVENUE<br>PO BOX 82<br>JASPER IN 47547-0082<br>Counsel: ATTN THOMAS C SCHERER, ESQ. | 10077<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 410918**<br>BUEHLER FOODS, INC<br>1100 WEST 12TH AVENUE<br>PO BOX 82<br>JASPER IN 47547-0082<br>Counsel: ATTN THOMAS C SCHERER, ESQ. | 10078<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 410918**<br>BUEHLER FOODS, INC<br>1100 WEST 12TH AVENUE<br>PO BOX 82<br>JASPER IN 47547-0082<br>Counsel: ATTN THOMAS C SCHERER, ESQ. | 10079<br>Debtor: WINN-DIXIE RALEIGH, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 397119**<br>BUEHLER OF KENTUCKY, LLC<br>C/O BUEHLER FOODS, INC.<br>1100 W 12TH AVENUE<br>PO BOX 82<br>JASPER, IN 47547-0082<br>Counsel: ATTN THOMAS C SCHERER, ESQ. | 10080<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 397119**<br>BUEHLER OF KENTUCKY, LLC<br>C/O BUEHLER FOODS, INC.<br>1100 W 12TH AVENUE<br>PO BOX 82<br>JASPER, IN 47547-0082<br>Counsel: ATTN THOMAS C SCHERER, ESQ. | 10081<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 397119<br>BUEHLER OF KENTUCKY, LLC<br>C/O BUEHLER FOODS, INC.<br>1100 W 12TH AVENUE<br>PO BOX 82<br>JASPER, IN 47547-0082<br>Counsel: ATTN THOMAS C SCHERER, ESQ. | 10082<br>Debtor: WINN-DIXIE RALEIGH, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |

Total Claims to be Disallowed: 7
Total Amount to be Disallowed: $1.00   Plus Unliquidated Amounts, If Any

**EXHIBIT B**

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION ORDER
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 411236<br>COLORADO BOXED BEEF CO<br>C/O SIMPSON LAW OFFICES, LLP<br>ATTN JAMES W MARTIN, ESQ<br>PO BOX 550105<br>ATLANTA GA 30355-2505 | 11538<br>Debtor: WINN-DIXIE STORES, INC. | $58,628.72 | $48,222.48 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Creditor Id: 407710<br>GILLETTE COMPANY<br>ATTN DIANE E KING, MGR CREDIT ADMIN<br>PRUDENTIAL TOWER BUILDING<br>800 BOYLSTON STREET, 26TH FLOOR<br>BOSTON MA 02199<br>Counsel: ATTN SAMUEL R GRAFTON, ESQ | 5298<br>Debtor: WINN-DIXIE STORES, INC. | $1,740,230.22 | $577,901.59 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Creditor Id: 410449<br>PROMOTIONS UNLIMITED, CORP<br>C/O SONNENSCHEIN NATH & ROSENTHAL<br>ATTN ROBERT E RICHARDS, ESQ<br>8000 SEARS TOWER<br>CHICAGO IL 60606<br>Transferee: LIQUIDITY SOLUTIONS, INC | 11881<br>Debtor: WINN-DIXIE STORES, INC. | $114,179.76 | $96,095.51 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |

Total Claims to be Reduced: 3
Total Amount to be Reduced: $1,913,038.70 Plus Unliquidated Amounts, If Any
Total Reduced Amount: $722,219.58

**EXHIBIT C**

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| LN INT'L, INC FKA SCUNCI INT'L, INC<br>C/O PNC BUSINESS CREDIT<br>C/O UNIVERSITY MGMT ASSOCS & CONSUL<br>ATTN PAUL ROME, 223 B STIGER STREET<br>PO BOX 913<br>HACKETTSTOWN NJ 07840<br>Counsel: ATTN T DALUZ & J A L KELLEHER, ESQS | 7737 | $112,044.44 | Unsecured Non-Priority<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | Multiple Classes | $63,960.94 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. ALSO, MISCLASSIFIED IN PART. RECLASSIFY $24,732.96 AS ADMINISTRATIVE PRIORITY (RECLAMATION) AND $39,227.98 REMAINS AS UNSECURED NON-PRIORITY. |
| REVLON CONSUMER PRODUCTS CORP<br>ATTN SHERRIE C LANDES, SR CREDIT<br>1501 WILLIAMSBORO STREET<br>OXFORD NC 27565 | 6121 | $87,920.26 | Unsecured Non-Priority<br>Debtor: WINN-DIXIE STORES, INC. | Administrative | $5,598.14 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. ALSO, MISCLASSIFIED CLAIM (RECLAMATION). |

Total Claims to be Reduced & Reclassified: 2
Total Amount to be Reduced & Reclassified: $199,964.70     Plus Unliquidated Amounts, If Any
Total Reduced & Reclassified Amount: $69,559.08