UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |
|---|---|

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about November 17, 2006 I caused copies of:

- the **Order on Debtors' Second Omnibus Objection to Unresolved Litigation Claims**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: November 22, 2006

Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: L7

# EXHIBIT A
# SERVICE LIST

**Order on Debtors' Second Omnibus Objection to
Unresolved Litigation Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 416974-15<br>ALEXANDER, LORETHIA<br>RT 1, BOX 3130<br>MONTICELLO FL 32344 | CREDITOR ID: 416974-15<br>ALEXANDER, LORETHIA<br>C/O MARIE A MATTOX, PA<br>ATTN MARIE A MATTOX, ESQ<br>310 EAST BRADFORD ROAD<br>TALLAHASSEE FL 32303 | CREDITOR ID: 399467-82<br>BERCEA, JOHN<br>1839 ADAMS STREET<br>HOLLYWOOD  FL 33020 |
| CREDITOR ID: 417422-15<br>BOYD, RACHEL L<br>C/O WIGGINS, CHILDS, QUINN ET AL<br>ATTN A C ROBERTSON/T D TRUEBLOOD<br>301 19TH STREET NORTH<br>BIRMINGHAM AL 35203 | CREDITOR ID: 269437-18<br>CUYLER, REBECCA<br>C/O MARIE A MATTOX, PA<br>ATTN MARIE A MATTOX, ESQ<br>310 EAST BRADFORD ROAD<br>TALLAHASSEE FL 32303 | CREDITOR ID: 269437-18<br>CUYLER, REBECCA<br>960 LEMON STREET<br>MONTICELLO FL 32344 |
| CREDITOR ID: 118103-09<br>DELEON, CRISTAL J<br>843 NW 12 ST<br>MIAMI FL 33136 | CREDITOR ID: 416973-15<br>DESSALINES, HUBERT<br>2807 TARTARY DRIVE<br>TALLAHASSEE FL 32301 | CREDITOR ID: 416973-15<br>DESSALINES, HUBERT<br>C/O MARIE A MATTOX, PA<br>ATTN MARIE A MATTOX, ESQ<br>310 EAST BRADFORD ROAD<br>TALLAHASSEE FL 32303 |
| CREDITOR ID: 397977-76<br>GAMBLE, BRODERICK ET AL<br>2635 23RD STREET<br>TUSCALOOSA, AL 35401 | CREDITOR ID: 381760-15<br>LESENE, RAGUEL<br>C/O RANDY A FLEISCHER, ESQ<br>8258 STATE RD 84<br>DAVIE FL 33324 | |

   **Total:   11**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |

## ORDER ON DEBTORS' SECOND OMNIBUS
## OBJECTION TO UNRESOLVED LITIGATION CLAIMS

This matter came before the Court for hearing on November 16, 2006, upon the Debtors' Second Omnibus Objection to Unresolved Litigation Claims (the "Objection") filed by Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors")[1] as to the proofs of claim identified on Exhibit A to the Notice of Hearing on the Objection (Doc. No. 11815). A formal response to the Objection was raised on behalf of three claimants, as a result of which the Debtors have agreed to continue the hearing on the Objection with respect to (i) claim number 12586 of Lorethia Alexander, (ii) claim number 12587 of Rebecca Cuyler, and (iii) claim number 12585 of Hubert Dessalines. No responses to the Objection were filed or raised as to the other claims identified in Exhibit A to the Notice of Hearing on the Objection. It is therefore

ORDERED AND ADJUDGED:

1. The Objection is sustained as to (i) claim number 1920 of John Bercea, (ii) claim number 12954 of Rachel L. Boyd, (iii) claim number 1722 of Cristal J. Deleon, (iv) claim number 6373 of Broderick Gamble, et al., and (v) claim number 1886 of Raguel Lesene as identified in Exhibit A to the Objection.

---

[1] Unless otherwise defined, capitalized terms used in this Order have the same meaning ascribed to them in the Objection.

2. The claims of John Bercea, Rachel L. Boyd, Cristal J. Deleon, Broderick Gamble, et al., and Raguel Lesene listed in Exhibit A to the Objection are disallowed in their entirety.

3. The hearing on the Objection with respect to the claims of Lorethia Alexander, Rebecca Cuyler, and Hubert Dessalines is continued until further notice by any party in interest.

4. The Objection gives rise to a separate contested matter as to the claims of John Bercea, Rachel L. Boyd, Cristal J. Deleon, Broderick Gamble, et. al., and Raguel Lesene listed in Exhibit A to the Objection, as contemplated by Rule 9014, Federal Rules of Bankruptcy Procedure. This Order is deemed to be a separate Order with respect to each such claim. Any stay of this Order pending appeal by any claimant whose claim is subject to this Order shall only apply to the contested matter involving such claim and shall not act to stay the applicability or finality of this Order with respect to the other contested matters subject to this Order.

5. Neither the Objection nor any disposition of claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the claimants.

6. This Order is without prejudice to the Debtors' right to object to any of the claims on any further or separate grounds.

Dated this 16 day of November, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received a copy of the Objection.
00549679

2