UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., et al.,**

Debtors.[1]

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.   I am of legal age and I am not a party to this action.

2.   I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.   On or about November 20, 2006 I caused copies of:

•   the **Order (A) Disallowing No Liability Claims, (B) Disallowing No Liability Misclassified Claims, (C) Reducing Overstated Claims, (D) Reducing and Reclassifying Overstated Misclassified Claims, (E) Reclassifying Misclassified Claims, (F) Disallowing Duplicate Liability Claims and (G) Disallowing Amended and Superseded Claims, as Set Forth in the Debtors' Twenty-Fourth Omnibus Claims Objection**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: November 22, 2006

_____
Kathleen M. Logan

---

[1]       In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

SERVICE LIST

**Order (A) Disallowing No Liability Claims (B) Disallowing
No Liability Misclassified Claims (C) Reducing Overstated
Claims (D) Reducing and Reclassifying Overstated
Misclassified Claims (E) Reclassifying Misclassified Claims
... as Set Forth in the Debtors' Twenty-Fourth Omnibus Objec**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 383127-51
AARP DISCOUNT CARD
13900 RIVERPORT DRIVE
MARYLAND HEIGHTS, MO 63043

CREDITOR ID: 410402-15
ADT SECURITY SYSTEMS, INC
ATTN BRANDY WIMBISH, MGR
14200 EAST EXPOSITION AVE
AURORA CA 80012

CREDITOR ID: 533710-15
ALEC ASHTON RICHMOND, LLC & COMPASS
CAPITAL RICHMOND BY COLEMAN GROUP
C/O WYATT TARRANT & COMBS LLP
ATTN MARY FULLINGTON, ESQ
250 WEST MAIN STREET, SUITE 1600
LEXINGTON KY 40507-1746

CREDITOR ID: 399729-98
ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

CREDITOR ID: 87887-09
AUSTIN, SHARON H
19400 VARANDA LANE
COLONIAL HEIGHTS VA 23834

CREDITOR ID: 410590-15
BAYVIEW FINANCIAL, LP
C/O GEBHARDT & SMITH, LLP
ATTN KENNETH R RHOAD, ESQ
401 E PRATT ST, 9TH FLOOR
BALTIMORE MD 21202

CREDITOR ID: 416846-15
BIRMINGHAM REALTY COMPANY
C/O REDROCK CAPITAL PARTNERS
ATTN CRAIG KLEIN
111 S MAIN STREET, SUITE C11
PO BOX 9095
BRECKENRIDGE CO 80424

CREDITOR ID: 416846-15
BIRMINGHAM REALTY COMPANY
C/O SIROTE & PERMUTT PC
ATTN STEPHEN B PORTERFIELD, ESQ
PO BOX 55727
BIRMINGHAM AL 35255-5727

CREDITOR ID: 100429-09
BROWNING, DORA A
728 VALLEY FORGE RD
JACKSONVILLE FL 32218

CREDITOR ID: 406448-MS
BYRUM, DAVID M
764 EAGLE POINT DRIVE
SAINT AUGUSTINE FL 32092

CREDITOR ID: 492840-97
CARDINAL CAPITAL PARTNERS INC
EMPLOYEE PROFIT SHARING PLAN/TRUST
AKA CCP EMPLOYEE PROFIT SHARING PLA
C/O SCOTT HAIRE
8214 WESTCHESTER DR 9TH FLR
DALLAS TX 75225

CREDITOR ID: 410561-15
CCP EMPLOYEE PROFIT SHARING PLAN
& TRUST
C/O HIERSCHE HAYWARD DRAKELEY ET AL
ATTN RUSSELL W MILLS, ESQ
15303 DALLAS PARKWAY, SUITE 700
ADDISON TX 75001

CREDITOR ID: 2134-99
CHESTER DIX FORT CORPORATION
C/O LAWRENCE KADISH REAL ESTATE
ATTN LAWRENCE KADISH, PRESIDENT
PO BOX 40
WESTBURY NY 11590

CREDITOR ID: 2135-99
CHESTER DIX JEFFERSONTOWN CORP
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 242708-12
CITY OF ATHENS UTILITIES
ATTN BARBARA BURRELL, COLL MGR
PO BOX 1089
ATHENS, AL 35611-3541

CREDITOR ID: 88-03
CITY OF ATHENS UTILITIES
ATTN BARBARA BURRELL
PO BOX 1089
ATHENS AL 35612

CREDITOR ID: 953-03
CITY OF WARNER ROBINS UTILITY & TAX
ATTN JAMES E ELLIOTT JR, ESQ
PO BOX 1488
WARNER ROBINS GA 31099

CREDITOR ID: 403430-15
COUNTY OF FULTON TAX COMMISSIONER
ATTN W RESPRESS/DAMIKA MCCLINTON
141 PRYOR STREET SW, ROOM 1113
ATLANTA GA 30303

CREDITOR ID: 240552-06
COUNTY OF LOUISVILLE JEFFERSON
METRO REVENUE COMMISSION
ATTN KIM G JOHNSON, ADMINISTRATOR
PO BOX 35410
LOUISVILLE KY 40232-5410

CREDITOR ID: 266592-14
COUNTY OF MONTGOMERY, AL
ATTN SARAH G SPEAR, REVENUE COMM
100 S LAWRENCE ST
MONTGOMERY AL 36104-4209

CREDITOR ID: 420767-ST
CRAWFORD, LYNN R
205 BLACK ROCK SCHOOL RD
CHERRYBILLE NC 28021-9520

CREDITOR ID: 247187-12
CREDIT SUISSE FIRST BOSTON, LLC
ATTN JOSEPH BROSNAN
11 MADISON AVE, 5TH FLOOR
NEW YORK, NY 10010

CREDITOR ID: 247187-12
CREDIT SUISSE FIRST BOSTON, LLC
C/O MANDEL KATZ, ET AL
ATTN TARA HANNON, ESQ
THE LAW BUILDING
210 ROUTE 303
VALLEY COTTAGE NY 10989

CREDITOR ID: 410811-15
CRIIMI MAE SVCS LP, SERIES 1997-C1
HOLDERS MERRILL LYNCH MORTGAGE
C/O VENABLE LLP
ATTN G A CROSS & H D FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 404511-95
DANFOSS INC
ATTN FRANCIS C SCHNELL, CFO
7941 CORPORATE DRIVE
BALTIMORE MD 21236-4925

CREDITOR ID: 20933-05
DELANI, LORI L
29787 HENRY LANE
BIG PINE KEY FL 33043

CREDITOR ID: 452148-98
DELLACAMERA CAPITAL MASTER FUND LTD
C/O DELLACAMERA CAPITAL MGMT LLC
ATTN VINCENT J SPINNATO, MGR MEMBER
200 PARK AVE, 33RD FLOOR
NEW YORK NY 10017

SERVICE LIST

**Order (A) Disallowing No Liability Claims (B) Disallowing
No Liability Misclassified Claims (C) Reducing Overstated
Claims (D) Reducing and Reclassifying Overstated
Misclassified Claims (E) Reclassifying Misclassified Claims
... as Set Forth in the Debtors' Twenty-Fourth Omnibus Objec**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 253207-12<br>DI FATTA, JOHN<br>300 COBLE DRIVE<br>LONGWOOD FL 32779 | CREDITOR ID: 411381-15<br>DL PETERSON TRUST<br>ATTN LINDA MARTIN<br>940 RIDGEBROOK ROAD<br>SPARKS MD 21152 | CREDITOR ID: 247440-12<br>DL PETERSON TRUST<br>5924 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |
| CREDITOR ID: 406583-MS<br>DOOLITTLE, CHARLES W JR<br>7051 CYPRESS BRIDGE DR S<br>PONTE VEDRA FL 32082 | CREDITOR ID: 269364-16<br>EDNA HILL MEEKER TRUST<br>FOR LIFETIME BENEFIT OF L H MEEKER<br>C/O RAY & WILSON<br>ATTN DONALD H RAY, ESQ<br>6115 CAMP BOWIE BLVD, SUITE 200<br>FORT WORTH, TX 76116-5500 | CREDITOR ID: 249270-12<br>EXCELL REFRIGERATION INC<br>C/O CLICKMAN WITTERS AND MARELL<br>ATTN WILLIAM J MARELL ESQ<br>1601 FORUM PLACE, STE 1101<br>WEST PALM BEACH FL 33401 |
| CREDITOR ID: 249270-12<br>EXCELL REFRIGERATION INC<br>ATTN RAYMOND TAYLOR, PRES<br>605 WHITNEY AVENUE<br>LANTANA, FL 33462 | CREDITOR ID: 410528-15<br>FIRST NATIONAL BANK OF GRANBURY<br>ATTN CRAIG DAVIS, VP<br>PO BOX 400<br>GRANBURY TX 76048 | CREDITOR ID: 410528-15<br>FIRST NATIONAL BANK OF GRANBURY<br>C/O LAW OFFICE OF DEBORAH B MORTON<br>ATTN DEBORAH B MORTON, ESQ.<br>616 TEXAS STREET, SUITE 101<br>FORT WORTH TX 76102 |
| CREDITOR ID: 410722-99<br>GATOR COASTAL SHOPPING CENTRE, LLC<br>C/O FROST BROWN TODD LLC<br>ATTN: KYLE R GRUBBS, ESQ<br>2200 PNC CENTER<br>201 EAST FIFTH STREET<br>CINCINNATI OH 45202 | CREDITOR ID: 381792-99<br>GE COMMERCIAL FIN BUS PROP CORP FKA<br>GE CAPITAL BUS ASSET FUNDING CORP<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN MARC HAMROFF/LESLIE BERKOFF<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | CREDITOR ID: 407673-93<br>GOLDSBORO ASSOCIATES<br>C/O AFI MANAGEMENT<br>ATTN ANTHONY J LASALA, GEN PARTNER<br>1410 VALLEY ROAD<br>WAYNE NJ 07470 |
| CREDITOR ID: 405927-99<br>GOODING'S SUPERMARKETS, INC<br>C/O LOWNDES DROSDICK ET AL<br>ATTN MATT E BEAL, ESQ<br>215 NORTH EOLA DRIVE<br>PO BOX 2809<br>ORLANDO FL 32802-2809 | CREDITOR ID: 533682-CN<br>GREAT AMERICAN INSURANCE CO<br>ATTN ROBERT H ROWAN, DIVISIONAL AVP<br>PO BOX 2119<br>CINCINNATI OH 45201 | CREDITOR ID: 139570-09<br>HALL, KAREN E<br>7209 S ORANGE BLOSSOM TRL<br>ORLANDO FL 32809-5718 |
| CREDITOR ID: 315852-40<br>HENDERSON, JAMES S<br>PO BOX 9909<br>GREENWOOD, MS 38930-1757 | CREDITOR ID: 315852-40<br>HENDERSON, JAMES S<br>C/O WHITTINGTON, BROCK & SWAYZE<br>ATTN H D BROCK, ESQ<br>308 FULTON<br>GREENWOOD MS 38930 | CREDITOR ID: 399339-15<br>IKON FINANCIAL SERVICES<br>ATTN D SYKES, BANKR ADMINISTRATION<br>PO BOX 13708<br>MACON GA 31208-3708 |
| CREDITOR ID: 252088-12<br>IMPERIAL TRADING COMPANY INC<br>ATTN: WAYNE M BAQUET JR, PRES<br>PO BOX 676659<br>DALLAS TX 75267-6659 | CREDITOR ID: 403234-79<br>IMPERIAL TRADING COMPANY INC<br>ATTN KEITH BEBA, CONTROLLER<br>PO BOX 23508<br>ELMWOOD LA 70183-0508 | CREDITOR ID: 492844-15<br>ISD OF CYPRESS-FAIRBANKS<br>PO BOX 692003<br>HOUSTON TX 77269-2003 |
| CREDITOR ID: 492844-15<br>ISD OF CYPRESS-FAIRBANKS<br>C/O LINEBARGER GOGGAN BLAIR ET AL<br>ATTN: JOHN P DILLMAN, ESQ<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | CREDITOR ID: 534665-15<br>JDA SOFTWARE, INC<br>ATTN MATTHEW M HOLMAN, ESQ<br>14400 N 87TH STREET<br>SCOTTSDALE AZ 85260 | CREDITOR ID: 410908-15<br>JDN REALTY AL, INC<br>C/O KELLEY DRYE & WARREN LLP<br>ATTN: ROBERT LEHANE, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178-0002 |
| CREDITOR ID: 410908-15<br>JDN REALTY AL, INC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | CREDITOR ID: 410448-15<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>C/O NEXSEN PRUET ADAMS KLEEMEIER<br>ATTN: BENJAMIN A KAHN, ESQ<br>701 GREEN VALLEY ROAD, SUITE 100<br>GREENSBORO NC 27408 | CREDITOR ID: 410448-15<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420 |

**SERVICE LIST**

**Order (A) Disallowing No Liability Claims (B) Disallowing
No Liability Misclassified Claims (C) Reducing Overstated
Claims (D) Reducing and Reclassifying Overstated
Misclassified Claims (E) Reclassifying Misclassified Claims
... as Set Forth in the Debtors' Twenty-Fourth Omnibus Objec**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 256801-12<br>JONES, MURRAY<br>593 WETUMPKA STREET<br>PRATTVILLE, AL 36067 | CREDITOR ID: 399350-98<br>JPMORGAN CHASE BANK NA<br>ATTN STANLEY LIM<br>CARRIE A PARKS<br>270 PARK AVE 17TH FLR<br>NEW YORK NY 10017 | CREDITOR ID: 399350-98<br>JPMORGAN CHASE BANK NA<br>C/O KIRKPATRICK & LOCKHART ET AL<br>ATTN TIMOTHY C BENNETT, ESQ<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022 |
| CREDITOR ID: 247557-12<br>KAMIN, DANIEL G<br>SHADYSIDE STATION<br>PO BOX 10234<br>PITTSBURGH, PA 15232-0234 | CREDITOR ID: 457585-97<br>KELLER CROSSING TEXAS LP<br>C/O MCGUIREWOODS LLP<br>ATTN: ROBERT A COX JR, ESQ<br>BANK OF AMERICA CORP CENTER<br>100 NORTH TYRON ST, STE 2900<br>CHARLOTTE NC 28202 | CREDITOR ID: 2344-RJ<br>KELLER CROSSING TEXAS, LP<br>C/O BVT MGMT SERVICES, INC.<br>ATTN K E WILLSON/ R MARSHALL<br>3350 RIVERWOOD PKWY SE, STE 1500<br>ATLANTA GA 30339 |
| CREDITOR ID: 416270-15<br>KIRKLAND FINANCIAL, LLC<br>C/O WALSTON WELLS & BIRCHALL LLP<br>ATTN C ELLIS BRAZEAL III, ESQ.<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203 | CREDITOR ID: 416270-15<br>KIRKLAND FINANCIAL, LLC<br>C/O BOURNE NOLL & KENYON<br>ATTN JAIME A O'BRIEN<br>382 SPRINGFIELD AVENUE<br>PO BOX 690<br>SUMMIT NJ 07902-0690 | CREDITOR ID: 254167-12<br>KROGER CO, THE<br>ATTN ERIN DRISKELL/B GACK, LAW DEPT<br>1014 VINE STREET<br>CINCINNATI OH 45202 |
| CREDITOR ID: 452118-98<br>LCH OPPORTUNITIES LLC<br>ATTN JOSEPH M O'CONNOR<br>315 PARK AVE S 20TH FLR<br>NEW YORK NY 10010 | CREDITOR ID: 535019-W9<br>LCH OPPORTUNITIES LLC<br>529 E SOUTH TEMPLE<br>SALT LAKE CITY UT 84102 | CREDITOR ID: 410752-15<br>LIFTER, BENNETT M, TTEE, WAIKIKI<br>PARTNRSHP OF D&H LIFTER TRUST FUNDS<br>C/O BEN-EZRA & KATZ, PA<br>ATTN M MORALES/M A BEN-EZRA, ESQS<br>2901 STIRLING RD STE 300<br>FORT LAUDERDALE FL 33312-6529 |
| CREDITOR ID: 416933-15<br>LNR PARTNERS, INC, SERIES 1996-1<br>FOR CHASE COMMERCIAL MTG SEC CORP<br>C/O KOZYAK TROPIN & THROCKMORTON PA<br>ATTN JOHN W KOZYAK, ESQ<br>2525 PONCE DE LEON, 9TH FLOOR<br>CORAL GABLES FL 33134 | CREDITOR ID: 255101-12<br>LSQ FUNDING GROUP LC<br>% CHARLIES PASTRIES<br>PO BOX 102432<br>ATLANTA, GA 30368-2432 | CREDITOR ID: 410459-98<br>MADISON INVESTMENT TRUST - SERIES 1<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 |
| CREDITOR ID: 170859-09<br>MARTIN, KAREN K HOLUB<br>557 PLEASANT VIEW<br>MILWAKEE WI 53226 | CREDITOR ID: 411431-98<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>ATT NICK GRIFFITHS/GABRIEL CALVETTI<br>4 WORLD FINANCIAL CENTER<br>250 VESSEY ST 7TH FLR<br>NEW YORK NY 10080 | CREDITOR ID: 279122-99<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>C/O MORRISON & FOERSTER LLP<br>ATTN: ALEXANDRA STEINBERG BARRAGE<br>2000 PENNSYLVANIA AVENUE NW<br>WASHINGTON DC 20006 |
| CREDITOR ID: 279122-99<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>C/O BALCH & BINGHAM, LLP<br>ATTN RANELLE M JOHNSON, PARALEGAL<br>1901 6TH AVENUE NORTH, SUITE 2600<br>PO BOX 306<br>BIRMINGHAM AL 35203 | CREDITOR ID: 279122-99<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>ATTN: N GRIFFTHS/ JC PRICE<br>4 WORLD FINANCIAL CENTER<br>NEW YORK NY 1080 | CREDITOR ID: 407706-15<br>MORNINGSTAR FOODS, LLC<br>C/O DEAN FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKINNEY AVENUE, SUITE 1200<br>DALLAS TX 75201 |
| CREDITOR ID: 256832-12<br>MYSTIC, LLC<br>ATTN LEO D STERNFELS, MGR<br>PO BOX 100<br>PLATTENVILLE, LA 70393 | CREDITOR ID: 256832-12<br>MYSTIC, LLC<br>C/O DUVAL FUNDERBURK SUNDBERY ET AL<br>ATTN CLAYTON E LOVELL, ESQ.<br>101 WILSON AVENUE<br>PO BOX 3017<br>HOUMA LA 70361 | CREDITOR ID: 382056-36<br>NEWELL RUBBERMAID INC (W15246)<br>ATTN GARY POPP, SR CR MGR<br>29 E STEPHENSON STREET<br>FREEPORT IL 61032 |
| CREDITOR ID: 411144-15<br>NORTH AMERICAN CO LIFE & HEALTH INS<br>BY MIDLAND ADVISORS CO, AS AGENT<br>C/O PAUL HASTINGS JANOFSKY ET AL<br>ATTN T SMITH, III/C SHARBAUGH, ESQS<br>600 PEACHTREE STREET NE, SUITE 2400<br>ATLANTA GA 30308 | CREDITOR ID: 410588-15<br>NORTH AMERICAN CO LIFE & HEALTH INS<br>C/O PAUL, HASTINGS, ET AL<br>ATTN TED SMITH, ESQ<br>600 PEACHTREE STREET NE, SUITE 2400<br>ATLANTA GA 30308 | CREDITOR ID: 410588-15<br>NORTH AMERICAN CO LIFE & HEALTH INS<br>BY MIDLAND ADVISORS CO, AS AGENT<br>ATTN ERIC SILVERGOLD<br>135 EAST 57TH STREET<br>NEW YORK NY 10022 |

SERVICE LIST

**Order (A) Disallowing No Liability Claims (B) Disallowing
No Liability Misclassified Claims (C) Reducing Overstated
Claims (D) Reducing and Reclassifying Overstated
Misclassified Claims (E) Reclassifying Misclassified Claims
... as Set Forth in the Debtors' Twenty-Fourth Omnibus Objec**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

CREDITOR ID: 533711-15
PALM LAKES, LLC BY
COLEMAN GROUP
C/O WYATT TARRANT & COMBS, LLP
ATTN MARY L FULLINGTON, ESQ
250 WEST MAIN STREET, SUITE 1600
LEXINGTON KY 40507

CREDITOR ID: 410510-15
PAUL REVERE LIFE INSURANCE COMPANY
C/O UNUMPROVIDENT
ATTN MERI LOWRY, ESQ & S CARVEL, VP
BEN VANCE, VP
2211 CONGRESS STREET, M284
PORTLAND ME 04122

CREDITOR ID: 258203-12
PAVIT COMPLEX INC
C/O THE TROTMAN COMPANY
ATTN: H. SABHAUD, PRES
2525 BELL ROAD
MONTGOMERY, AL 36117

CREDITOR ID: 410493-15
PEPSI BOTTLING GROUP
ATTN MIKE BEVILACQUA
1100 REYNOLDS BLVD
WINSTON-SALEM NC 27102

CREDITOR ID: 410511-15
PRINCIPAL LIFE INSURANCE CO FKA
PRINCIPAL MUTUAL LIFE INSURANCE CO
C/O THE PRINCIPAL FINANCIAL GROUP
ATTN STEPHEN G SKRIVANEK, ESQ
711 HIGH STREET
DES MOINES IA 50392-0001

CREDITOR ID: 492841-98
PRINCIPAL LIFE INSURANCE COMPANY
C/O PRINCIPAL REAL ESTATE INVESTORS
ATTN DARIN BENNIGSDORF
801 GRAND AVE
DES MOINES IA 50392-1450

CREDITOR ID: 258920-12
PRO-ACTIVE JANITORIAL SERVICES
ATTN JEFFREY HOROWITZ, OWNER-PRES
156 20TH AVENUE SE
ST PETERSBURG FL 33705

CREDITOR ID: 258920-12
PRO-ACTIVE JANITORIAL SERVICES
C/O STUTSMAN THAMES & MARKEY, PA
ATTN RICHARD R THAMES
50 N LAURA STREET
SUITE 1600
JACKSONVILLE FL 32202

CREDITOR ID: 269335-16
PRO-ACTIVE JANITORIAL SERVICES, INC
C/O GOLDSTEIN & GREENBERG, PA
ATTN LARRY D GOLDSTEIN, ESQ
7601 38TH AVENUE NORTH
ST PETERSBURG, FL 33710

CREDITOR ID: 269335-16
PRO-ACTIVE JANITORIAL SERVICES, INC
C/O STUTSMAN THAMES & MARKEY, PA
ATTN RICHARD R THAMES
50 N LAURA STREET
SUITE 1600
JACKSONVILLE FL 32202

CREDITOR ID: 2244-07
PS FRANKLIN, LTD
ATTN FRED CHIKOVSKY, GP
1720 HARRISON STREET, SUITE 7-A
HOLLYWOOD FL 33020

CREDITOR ID: 452219-15
RDI DEVELOPERS, LLC, SUCCESSOR
C/O CYNTHIA I CHIEFA, PA
ATTN CYNTHIA I CHIEFA, ESQ
19610 NE 21 COURT
NO MIAMI FL 33179

CREDITOR ID: 452219-15
RDI DEVELOPERS, LLC, SUCCESSOR
TO INTERCHANGE ASSOCIATES, INC
ATTN I TRINK, PRESIDENT
3334 LONG BEACH ROAD, STE 118
OCEANSIDE NY 11572

CREDITOR ID: 407577-98
REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

CREDITOR ID: 410495-99
RONALD A KATZ TECH LICENSING, LP
C/O ERVIN, COHEN & JESSUP, LLP
ATTN: MICHAEL S KOGAN, ESQ
9401 WILSHIRE BLVD, NINTH FLOOR
BEVERLY HILLS CA 90212-2974

CREDITOR ID: 533637-DO
ROWLAND, ALLEN R
C/O AKIN GUMP STRAUSS & FELD, LLP
ATTN DAVID M. DUNN, ESQ
1333 NEW HAMPSHIRE AVENUE, NW
WASHINGTON DC 20036-1564

CREDITOR ID: 533637-DO
ROWLAND, ALLEN R
2345 ALAQUA DRIVE
LONGWOOD FL 32779

CREDITOR ID: 419775-ST
RUSHER, JANE ANNETTE
877 PINE BAUGH STREET
ROCKLEDGE FL 32955

CREDITOR ID: 403933-94
SELLERS, MARK A
125 CUELLOCT, UNIT 202
PONTE VEDRA BEACH FL 32082

CREDITOR ID: 2550-07
SG PARTNERSHIP
ATTN R RENE BORDELON
PO BOX 704
MARKSVILLE LA 71351

CREDITOR ID: 408217-15
SINGER, HERBERT
C/O PLATZER SWERGOLD KARLIN, ET AL
ATTN SHERRI D LYDELL, ESQ
1065 AVE OF THE AMERICAS, 18TH FL
NEW YORK NY 10018

CREDITOR ID: 212001-09
SMART, BOBBY O
190 COLONIAL HILLS RD
WINDER GA 30680

CREDITOR ID: 417095-98
SOF INVESTMENTS LP
C/O MSD CAPITAL LP
ATTN MARC R LISKER ESQ
645 FIFTH AVE 21ST FLR
NEW YORK NY 10022-5910

CREDITOR ID: 410512-15
SOF INVESTMENTS, LP
ATTN MARC R LISKER, ESQ
645 FIFTH AVENUE, 21ST FLOOR
NEW YORK NY 10022

CREDITOR ID: 410512-15
SOF INVESTMENTS, LP
C/O VINSON & ELKINS LLP
ATTN STEVEN M ABRAMOWITZ, ESQ
666 5TH AVE, 26TH FLOOR
NEW YORK NY 10103-0040

CREDITOR ID: 410867-15
SOUTHERN WINE & SPIRITS OF FLORIDA
MORRISON COHEN LLP
ATTN JOSEPH T MOLDOVAN, ESQ
909 THIRD AVENUE
NEW YORK NY 10022

CREDITOR ID: 410867-15
SOUTHERN WINE & SPIRITS OF FLORIDA
C/O S WINE & SPIRITS OF AMERICA INC
ATTN LAURENCE CHAPLIN, ADM VP'
1600 NW 163RD STREET
MIAMI FL 33169

**SERVICE LIST**

**Order (A) Disallowing No Liability Claims (B) Disallowing
No Liability Misclassified Claims (C) Reducing Overstated
Claims (D) Reducing and Reclassifying Overstated
Misclassified Claims (E) Reclassifying Misclassified Claims
... as Set Forth in the Debtors' Twenty-Fourth Omnibus Objec**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 534961-98<br>SPECTRUM INVESTMENT PARTNERS LP<br>ATTN JEFFREY SCHAFFER<br>1250 BROADWAY SUITE 810<br>NEW YORK NY 10001 | CREDITOR ID: 452091-AA<br>STATE OF TEXAS HEALTH & HUMAN SVCES<br>ATTN EXECUTIVE COMMISSIONER<br>BROWN HEATLY BLDG<br>4900 N LAMAR BLVD, 7TH FLOOR<br>AUSTIN TX 78751-2316 | CREDITOR ID: 452091-AA<br>STATE OF TEXAS HEALTH & HUMAN SVCES<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: GREG ABBOTT, ESQ<br>BANKRUPTCY & COLLECTIONS DIVISION<br>PO BOX 12548<br>AUSTIN TX 78711-2548 |
| CREDITOR ID: 452204-15<br>STATE OF TEXAS HEALTH & HUMAN SVCES<br>ATTN KEVIN RAYMOND, ESQ<br>PO BOX 78711-3247<br>AUSTIN TX 78711-3247 | CREDITOR ID: 535034-98<br>STRIKE FORCE III LLC<br>ANTONIA & WILLIAM PASTERMACK, MGRS<br>380 S COURTENAY PARKWAY<br>MERRITT ISLAND FL 32952 | CREDITOR ID: 535034-98<br>STRIKE FORCE III LLC<br>MARKS GRAY PA<br>NICHOLAS V PULIGNANO JR<br>1200 RIVERPLACE BLVD STE 800<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 406026-15<br>SUNSTATE EQUITIES, INC<br>C/O SMITH DEBNAM NARRON ET AL<br>ATTN BYRON L SAINTSING, ESQ<br>PO BOX 26268<br>RALEIGH NC 27611-6268 | CREDITOR ID: 410916-15<br>SWISS RE ASSET MGMT (AMERICAS) INC<br>BY CAPMARK SERVICES, INC, AGENT<br>C/O GMAC COMMERCIAL MORTGAGE CORP<br>ATTN SUSAN C TARNOWER<br>THREE RAVINIA DRIVE, STE 200<br>ATLANTA GA 30346 | CREDITOR ID: 410916-15<br>SWISS RE ASSET MGMT (AMERICAS) INC<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N REED, ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103 4196 |
| CREDITOR ID: 417093-98<br>THE PAUL REVERE LIFE INSURANCE CO<br>C/O UNUMPROVIDENT<br>ATTN SHELLEY STUART CARVEL<br>2211 CONGRESS ST C244<br>PORTLAND ME 04122 | CREDITOR ID: 2624-07<br>THREE MEADOWS PLAZA PARTNERSHIP<br>C/O PRIME SITE REALTY, INC<br>ATTN AL MATRONI<br>PO BOX 97<br>COCOA FL 32923-0097 | CREDITOR ID: 2624-07<br>THREE MEADOWS PLAZA PARTNERSHIP<br>C/O JOHN H EVANS, ESQ<br>ATTN JOHN H EVANS, ESQ<br>1702 S WASHINGTON AVENUE<br>TITUSVILLE FL 32780 |
| CREDITOR ID: 417083-97<br>THREE MEADOWS PLAZA PARTNERSHIP<br>ATTN: ALAN R MATRONI, GEN PARTNER<br>402 HIGH POINT DRIVE<br>COCA FL 32926 | CREDITOR ID: 533652-15<br>TRENT INVESTMENTS, INC<br>C/O SETTLEPOU<br>ATTN CLIFF A WADE, ESQ<br>3333 LEE PARKWAY, EIGHTH FLOOR<br>DALLAS TX 75219 | CREDITOR ID: 263785-12<br>UNITED COMMERCIAL MORTGAGE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>ADAM FRISCH, ESQ<br>135 JERICHO TURNPIKE<br>OLD WESTBURY NY 11568 |
| CREDITOR ID: 263785-12<br>UNITED COMMERCIAL MORTGAGE CORP<br>C/O ROETZEL & ANDRESS, LPA<br>ATTN DIANA M THIMMIG, ESQ<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 | CREDITOR ID: 411028-15<br>US BANK NA, IND TEE<br>CORPORATE TRUSTEE SERVICES<br>ATTN PATRICIA J KAPSCH, ASST VP<br>PO BOX 70870<br>ST PAUL MN 55170-9705 | CREDITOR ID: 411028-15<br>US BANK NA, IND TEE<br>WALLER LANSDEN DORTCH & DAVIS, PLLC<br>ATTN DAVID LEMKE, ESQ<br>511 UNION STREET, STE 2700<br>NASHVILLE TN 37219 |
| CREDITOR ID: 269367-16<br>US DEFENSE DEPT<br>TRICARE MANAGEMENT ACTIVITY<br>ATTN MARY L DICKENS<br>16401 EAST CENTRETECH PARKWAY<br>AURORA, CO 80011-9043 | CREDITOR ID: 269367-16<br>US DEFENSE DEPT<br>C/O US DEPARTMENT OF JUSTICE<br>ATTN ALBERTO GONZALES, ATTY GENERAL<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON DC 20530-0001 | CREDITOR ID: 269367-16<br>US DEFENSE DEPT<br>C/O US ATTORNEY, MDFL<br>ATTN PAUL I PEREZ, ESQ<br>300 N HOGAN STREET, SUITE 700<br>JACKSONVILLE FL 32202-4270 |
| CREDITOR ID: 226155-09<br>VANDEUSEN, RICHARD W<br>704 GENTLE SLOPE WAY<br>RALEIGH NC 27603 | CREDITOR ID: 226409-09<br>VARNEDOE, TAMMY J<br>346 BATTEN EXT LOT 1<br>DOUGLAS GA 31533 | CREDITOR ID: 416243-15<br>VILLAGE MARKETPLACE OF HAW RIVER<br>C/O KENNEDY COVINGTON LOBDELL ET AL<br>ATTN LAWRENCE E BEHNING, ESQ<br>214 N TRYON STREET, 47TH FLOOR<br>CHARLOTTE NC 28202 |
| CREDITOR ID: 410982-15<br>VIRTUAL REALTY ENTERPRISES, INC<br>C/O DICKINSON FINANCIAL CORP<br>ATTN DOUGLAS M NEEB, ESQ<br>1100 MAIN, SUITE 350<br>KANSAS CITY MO 64105 | CREDITOR ID: 410729-15<br>VISTA HEALTHPLAN, INC<br>ATTN PHARMACY RECOVERY UNIT<br>MAIL STOP 3330<br>300 SOUTH PARK ROAD<br>HOLLYWOOD FL 33021 | CREDITOR ID: 410729-15<br>VISTA HEALTHPLAN, INC<br>C/O DEVINE GOODMAN PALLOT & WELLS<br>ATTN DIANE NOLLER WELLS, ESQ<br>777 BRICKELL AVE., SUITE 850<br>MIAMI FL 33131 |

**SERVICE LIST**

**Order (A) Disallowing No Liability Claims (B) Disallowing
No Liability Misclassified Claims (C) Reducing Overstated
Claims (D) Reducing and Reclassifying Overstated
Misclassified Claims (E) Reclassifying Misclassified Claims
... as Set Forth in the Debtors' Twenty-Fourth Omnibus Objec**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

CREDITOR ID: 399300-15
WALKER, GEORGE C JR & WILLIAM M
JOHN STUART WALKER INC
3211 OLD FOREST ROAD
LYNCHBURG VA 24501

CREDITOR ID: 408230-15
WCJ DAVIS, LTD, ASSIGNEE
DBT PORCUPINE WD2/DBT PORCUPINE WD3
C/O BRACKETT & ELLIS, PC
ATTN THEODORE MACK, ESQ
100 MAIN STREET
FORT WORTH TX 76102-3090

CREDITOR ID: 410760-15
WD HILLARD, LLC
C/O KAMIN REALTY CO
ATTN DANIEL G KAMIN, MGR
490 SOUTH HIGHLAND AVE
PITTSBURGH PA 15206

CREDITOR ID: 410760-15
WD HILLARD, LLC
C/O SEYFARTH SHAW, LLP
ATTN SARA E LORBER, ESQ
131 SOUTH DEARBORN STREET, STE 2400
CHICAGO IL 60603

CREDITOR ID: 410760-15
WD HILLARD, LLC
C/O HELD & ISRAEL
ATTN KIMBERLY HELD ISRAEL, ESQ
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 2666-07
WD ROCKY MOUNT VA PARTNERS LLC
C/O I REISS & SON
ATTN LINDA HEFFNER, MGR MEMBER
200 EAST 61ST STREET, SUITE 29F
NEW YORK NY 10021

CREDITOR ID: 410482-15
WELLS FARGO BANK NORTHWEST NA, TTEE
ATTN VAL T ORTON, VP
MAC U1228-120
299 SOUTH MAIN STREET, 12TH FLOOR
SALT LAKE CITY UT 84111

CREDITOR ID: 235656-09
WILLIS, ASHLEE D
5752 MAGNOLIA DRIVE
JACKSON MS 39209-0001

CREDITOR ID: 407479-99
WILMINGTON TRUST COMPANY, TTEE
SOUTHLAND-WACO WD DEL BUS TRUST
C/O NEAL GERBER EISENBERG LLP
ATTN THOMAS C WOLFORD, ESQ
2 NORTH LASALLE ST, STE 2300
CHICAGO IL 60602

CREDITOR ID: 398211-52
WIN GENERAL INSURANCE
ATTN JAY CASTLE/DALE H BITTER, PRES
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

CREDITOR ID: 407758-99
WOODLAND HARTFORD ASSOC LLC
C/O SCHUYLER STEWART SMITH
ATTN: MICHAEL E CECIL
118 WEST ADAMS ST, #800
JACKSONVILLE FL 32202

CREDITOR ID: 407758-99
WOODLAND HARTFORD ASSOC LLC
C/O SOLOMON PEARL ET AL
ATTN JOEL M SHAFFERMAN, ESQ
40 WALL ST, 35TH FL
NEW YORK NY 10005

CREDITOR ID: 265012-12
WOODLAND VILLAGE, LLC
ATTN DONALD DIAL
2712 MIDDLEBURG DR, STE 208
COLUMBIA, SC 29204

CREDITOR ID: 265012-12
WOODLAND VILLAGE, LLC
C/O HAYNSWORTH SINKLER BOYD, PA
ATTN STANLEY H. MCGUFFIN, ESQ
PO BOX 11889
COLUMBIA SC 29211

**Total:   149**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

**ORDER (A) DISALLOWING NO LIABILITY CLAIMS, (B) DISALLOWING NO LIABILITY MISCLASSIFIED CLAIMS, (C) REDUCING OVERSTATED CLAIMS, (D) REDUCING AND RECLASSIFYING OVERSTATED MISCLASSIFIED CLAIMS, (E) RECLASSIFYING MISCLASSIFIED CLAIMS, (F) DISALLOWING DUPLICATE LIABILITY CLAIMS AND (G) DISALLOWING AMENDED AND SUPERSEDED CLAIMS, AS SET FORTH IN THE DEBTORS' TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**

These cases came before the Court for hearing on November 16, 2006, upon the Twenty-Fourth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibits A through G (the "Disputed Claims").[2] Several formal and informal objections to the Objection were filed or raised (collectively, the "Unresolved Objections"), as a result of which the Debtors have agreed to continue the Objection with respect to the claims listed on Exhibit 1, which claims have been removed from Exhibits A through G. The Debtors have withdrawn without prejudice their objection to (i) claim no. 12246 filed by Kirkland

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]      All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

Financial, LLC, (ii) claim no. 12972 filed by Bennett M. Lifter, as Trustee and (iii) claim no. 13267 filed by the State of Texas Health & Human Services Commission, which claims have been removed from Exhibits A through G.  Upon consideration, it is

ORDERED AND ADJUDGED:

1.      The Objection is sustained.

2.      The No Liability Claims listed on Exhibit A are disallowed in their entirety.

3.      The asserted class status alleged for each of the No Liability Misclassified Claims listed on Exhibit B is denied; and the No Liability Misclassified Claims are (a) reclassified as specified on Exhibit B under the heading "Modified Class Status," and (b) disallowed in their entirety.

4.      The Overstated Claims listed on Exhibit C are reduced to the amounts set forth on Exhibit C under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed.

5.      The Overstated Misclassified Claims listed on Exhibit D are reduced to the amounts set forth on Exhibit D under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed.  The asserted class status alleged for each of the Overstated Misclassified Claims listed on Exhibit D is denied; and the Overstated Misclassified Claims are reclassified as specified on Exhibit D under the heading "Modified Class Status."

6.      The asserted class status alleged for each of the Misclassified Claims listed on Exhibit E is denied; and the Misclassified Claims are reclassified as specified on Exhibit E under the heading "Modified Class Status."

7.  The Duplicate Liability Claims listed on Exhibit F are disallowed in their entirety.

8.  The Amended Claims listed on Exhibit G are disallowed in their entirety.

9.  Claim no. 475 filed by Ikon Financial Services is disallowed, as having been amended by claim no. 13624.

10.  Claim no. 10979 shall be allowed as an unsecured non-priority claim in the amount of $300,619.71, with the distribution on such claim to be issued jointly to Paluxy Road Health Care, Inc. and Health Facilities Credit Corporation, c/o David L. Pollack, Ballard, Spahr, Andrews & Ingersoll LLP, 1735 Market St, 51st Floor, Philadelphia, PA  19103.

11.  Daniel G. Kamin has withdrawn his objection to the disallowance of claim no. 36225.  Other than the Unresolved Objections, those objections that have not yet been withdrawn are overruled.

12.  The hearing to consider the Objection with respect to the Unresolved Objections is continued to the hearing scheduled for November 30, 2006 at 1:00 p.m.

13.  Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order is deemed a separate Order with respect to each claim.  Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

3

14.     Neither the Objection nor any disposition of the Disputed
Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any
potential Avoidance Action against any of the Claimants.

15.     This Order is without prejudice to the Debtors' right to file any
further objection they may have to the Disputed Claims or the Remaining Claims,
including objections on the ground that a Disputed Claim was filed against the
incorrect Debtor or that the Debtor against which the Disputed Claim was filed
should be modified.

Dated this __10__ day of November, 2006 in Jacksonville, Florida.


Jerry A. Funk
United States Bankruptcy Judge


James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

4

**EXHIBIT 1**

**WINN-DIXIE STORES, INC., ET AL.**
TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION
EXHIBIT 1 - ADJOURNED CLAIMS

Page 1 of 1
11/15/2006

| Creditor Name | Claim No. | Exhibit |
|---|---|---|
| ALEC ASHTON RICHMOND, LLC & COMPASS | 13408 | EXHIBIT A |
| CCP EMPLOYEE PROFIT SHARING PLAN | 11157 | EXHIBIT B |
| CCP EMPLOYEE PROFIT SHARING PLAN | 8902 | EXHIBIT B |
| DBT PORCUPINE WD1 DE BUSINESS TRUST | 9645 | EXHIBIT A |
| EDNA HILL MEEKER TRUST | 6763 | EXHIBIT A |
| GATOR COASTAL SHOPPING CENTRE, LLC | 10215 | EXHIBIT B |
| JEFFERSON-PILOT LIFE INSURANCE CO | 8569 | EXHIBIT B |
| JEFFERSON-PILOT LIFE INSURANCE CO | 8639 | EXHIBIT B |
| JEFFERSON-PILOT LIFE INSURANCE CO | 8579 | EXHIBIT B |
| JEFFERSON-PILOT LIFE INSURANCE CO | 8576 | EXHIBIT B |
| PALM LAKES, LLC BY | 13409 | EXHIBIT A |
| PAUL REVERE LIFE INSURANCE COMPANY | 8465 | EXHIBIT A |
| PEPSI BOTTLING GROUP | 8865 | EXHIBIT D |
| PRINCIPAL LIFE INSURANCE CO FKA | 10086 | EXHIBIT C |
| PRO-ACTIVE JANITORIAL SERVICES | 6778 | EXHIBIT A |
| SOF INVESTMENTS, LP | 8467 | EXHIBIT A |
| SOF INVESTMENTS, LP | 8466 | EXHIBIT A |
| UNITED COMMERCIAL MORTGAGE CORP | 7701 | EXHIBIT C |
| US BANK NA, IND TEE | 12758 | EXHIBIT B |
| WCJ DAVIS, LTD, ASSIGNEE | 6665 | EXHIBIT A |
| WD HILLARD, LLC | 12311 | EXHIBIT C |
| WD MT CARMEL, LLC | 13435 | EXHIBIT A |
| WELLS FARGO BANK NORTHWEST NA, TTEE | 12076 | EXHIBIT A |
| WELLS FARGO BANK NORTHWEST NA, TTEE | 9532 | EXHIBIT A |
| WILMINGTON TRUST COMPANY, TTEE | 13404 | EXHIBIT A |
| WILMINGTON TRUST COMPANY, TTEE | 13415 | EXHIBIT A |
| **Total Claims:** | **26** | |

**EXHIBIT A**

Case 3:05-bk-03817-JAF Document 12660 Filed 11/15/2006 Page 1 of 35
Case 3:05-bk-03817-JAF Doc 12784 Filed 11/22/06 Page 17 of 44

Page: 1 of 8
Date: 11/15/2006

WINN-DIXIE STORES, INC., ET AL.
TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 87887**<br>AUSTIN, SHARON H<br>19400 VARANDA LANE<br>COLONIAL HEIGHTS VA 23834 | **5000**<br>Debtor: **WINN-DIXIE SUPERMARKETS, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT HAS NOT BEEN EMPLOYED SINCE 2003 AND NO OUTSTANDING DISABILITY PAYMENTS ARE DUE. |
| **Creditor Id: 410590**<br>BAYVIEW FINANCIAL, LP<br>C/O GEBHARDT & SMITH, LLP<br>ATTN KENNETH R RHOAD, ESQ<br>401 E PRATT ST, 9TH FLOOR<br>BALTIMORE MD 21202 | **9829**<br>Debtor: **WINN-DIXIE STORES, INC.** | $350,155.06 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 100429**<br>BROWNING, DORA A<br>728 VALLEY FORGE RD<br>JACKSONVILLE FL 32218 | **6106**<br>Debtor: **WINN-DIXIE STORES, INC.** | $233.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. NO SUPPORTING DOCUMENTATION, AND UNKNOWN BASIS OF CLAIM. |
| **Creditor Id: 2134**<br>CHESTER DIX FORT CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590<br><br>Counsel: ATTN EDWIN W HELD JR, ESQ | **7695**<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $3,623,260.98 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. RELATED CLAIM NUMBER 7704 WAS ASSERTED BY UNITED COMMERCIAL MORTGAGE CORP. |
| **Creditor Id: 2135**<br>CHESTER DIX JEFFERSONTOWN CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590<br><br>Counsel: ATTN EDWIN W HELD JR, ESQ | **7711**<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $4,165,306.80 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT ASSIGNED ITS RIGHTS TO, AND RELATED CLAIM NUMBER 7701 WAS ASSERTED BY, UNITED COMMERCIAL MORTGAGE CORP. |
| **Creditor Id: 266592**<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY AL 36104-4209 | **13351**<br>Debtor: **WINN-DIXIE STORES, INC.** | $4,577.02 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, LATE-FILED CLAIM. |
| **Creditor Id: 420767**<br>CRAWFORD, LYNN R<br>205 BLACK ROCK SCHOOL RD<br>CHERRYBILLE NC 28021-9520 | **13008**<br>Debtor: **WINN-DIXIE LOGISTICS, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. ALSO, LATE-FILED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

Page: 2 of 8
Date: 11/15/2006

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 247440**<br>DL PETERSON TRUST<br>5924 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | **11541**<br>**Debtor:** WINN-DIXIE STORES, INC. | $2,092,812.06 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. DEBTOR HAS PURCHASED LEASED VEHICLES THAT FORM ALLEGED BASIS FOR CLAIM AND SECURITY INTEREST. |
| **Creditor Id: 406583**<br>DOOLITTLE, CHARLES W JR<br>7051 CYPRESS BRIDGE DR S<br>PONTE VEDRA, FL 32082 | **8124**<br>**Debtor:** WINN-DIXIE STORES, INC. | $19,413.16 | NO LIABILITY. NOT ENTITLED TO PAYMENT OF LONG TERM INCENTIVE BECAUSE NO LONGER EMPLOYED BY DEBTORS. |
| **Creditor Id: 410528**<br>FIRST NATIONAL BANK OF GRANBURY<br>ATTN CRAIG DAVIS, VP<br>PO BOX 400<br>GRANBURY, TX 76048<br><br>Counsel: ATTN DEBORAH B MORTON, ESQ. | **8501**<br>**Debtor:** WINN-DIXIE STORES, INC. | $2,007,507.60 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 139570**<br>HALL, KAREN E<br>7209 S ORANGE BLOSSOM TRL<br>ORLANDO, FL 32809-5718 | **2724**<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY. DEBTOR MAILED CLAIMANT ALL W-2 INFORMATION. CLAIMANT CAN ALSO ACCESS INFORMATION THROUGH WWW.GETMYW2.COM. |
| **Creditor Id: 534665**<br>JDA SOFTWARE, INC<br>ATTN MATTHEW M HOLMAN, ESQ<br>14400 N 87TH STREET<br>SCOTTSDALE, AZ 85260 | **13549**<br>**Debtor:** WINN-DIXIE STORES, INC. | $34,349.00 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT 8/24/06 PAYMENT OF $34,349 BY CHECK NUMBER 8244341 FOR POSTPETITION INVOICE NUMBER 715558. |
| **Creditor Id: 256801**<br>JONES, MURRAY<br>593 WETUMPKA STREET<br>PRATTVILLE, AL 36067 | **33945**<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $105.90 | CLAIMANT WAIVED LIABILITY ON BALLOT. |
| **Creditor Id: 247557**<br>KAMIN, DANIEL G<br>SHADYSIDE STATION<br>PO BOX 10234<br>PITTSBURGH, PA 15232-0234 | **36225**<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $39,996.98 | LIABILITY SCHEDULED IN ERROR. DISALLOWANCE OF CLAIM NUMBER 36225 DOES NOT AFFECT ANY OTHER CLAIM FILED BY CLAIMANT DANIEL G. KAMIN. |
| **Creditor Id: 254167**<br>KROGER CO, THE<br>ATTN ERIN DRISKELL/B GACK, LAW DEPT<br>1014 VINE STREET<br>CINCINNATI, OH 45202 | **8220**<br>**Debtor:** WINN-DIXIE STORES, INC. | $42,051.59 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 416942**<br>LNR PARTNERS, INC FOR LASALLE BANK<br>TTEE COMMERCIAL MTG ASSET 1999-C1<br>C/O KOZYAK TROPIN & THROCKMORTON PA<br>ATTN JOHN W KOZYAK, ESQ<br>2525 PONCE DE LEON, 9TH FLOOR<br>CORAL GABLES FL 33134 | 12420<br>Debtor: | $586,051.60<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, LATE-FILED CLAIM. |
| **Creditor Id: 416943**<br>LNR PARTNERS, INC FOR LASALLE BANK<br>TTEE STRUCTURED ASSET SERIES 2002C2<br>C/O KOZYAK TROPIN & THROCKMORTON PA<br>ATTN JOHN W KOZYAK, ESQ<br>2525 PONCE DE LEON, 9TH FLOOR<br>CORAL GABLES FL 33134 | 12422<br>Debtor: | $115,641.32<br>WINN-DIXIE RALEIGH, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, LATE-FILED CLAIM. |
| **Creditor Id: 416933**<br>LNR PARTNERS, INC, SERIES 1996-1<br>FOR CHASE COMMERCIAL MTG SEC CORP<br>C/O KOZYAK TROPIN & THROCKMORTON PA<br>ATTN JOHN W KOZYAK, ESQ<br>2525 PONCE DE LEON, 9TH FLOOR<br>CORAL GABLES FL 33134 | 12376<br>Debtor: | $254,576.75<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 170859**<br>MARTIN, KAREN K HOLUB<br>557 PLEASANT VIEW<br>MILWAKEE WI 53226 | 13425<br>Debtor: | $7,500.00<br>WINN-DIXIE SUPERMARKETS, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION.  ALSO, LATE-FILED CLAIM. |
| **Creditor Id: 279122**<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>ATTN: N GRIFFTHS/ JC PRICE<br>4 WORLD FINANCIAL CENTER<br>NEW YORK NY 1080<br><br>Counsel: ATTN: ALEXANDRA STEINBERG BARRAGE | 13184<br>Debtor: | $887,027.04<br>WINN-DIXIE RALEIGH, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO DUPLICATES LIABILITY IN CLAIM NUMBER 13187. |
| **Creditor Id: 258203**<br>PAVIT COMPLEX INC<br>C/O THE TROTMAN COMPANY<br>ATTN: H. SABHAUD, PRES<br>2525 BELL ROAD<br>MONTGOMERY, AL 36117<br><br>Transferee: ASM CAPITAL LP | 34000<br>Debtor: | $19,052.04<br>WINN-DIXIE MONTGOMERY, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  STORE SOLD 8/31/05 TO CALHOUN ENTERPRISES, INC.  DEBTOR PAID CURE OF $16,319.27 FOR RENT AND $732.77 FOR COMMON AREA MAINTENANCE CHARGES.  NO OTHER AMOUNT IS DUE. |

Page: 4 of 8
Date: 11/15/2006

WINN-DIXIE STORES, INC., ET AL.
TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | **8807**<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. PROPER CLAIMANT, RV MANAGEMENT CO, HAS FILED CLAIM 6637, FOR THIS LOCATION. |
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | **12153**<br>Debtor: | $253,564.72<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. PROPER CLAIMANT VALRICO SQUARE FILED CLAIM NUMBER 10122. |
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | **12154**<br>Debtor: | $4,800,745.87<br>WINN-DIXIE STORES, INC. | CLAIM TO BE DISALLOWED CONTINGENT UPON CONFIRMATION AND EFFECTIVENESS OF DEBTORS' PLAN. |
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | **12156**<br>Debtor: | $1,396,760.00<br>WINN-DIXIE MONTGOMERY, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 410485**<br>RONALD A KATZ TECH LICENSING, LP<br>C/O ERVIN, COHEN & JESSUP, LLP<br>ATTN: MICHAEL S KOGAN, ESQ<br>9401 WILSHIRE BLVD, NINTH FLOOR<br>BEVERLY HILLS CA 90212-2974 | **8747**<br>Debtor: | $1,469,394.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 533637**<br>ROWLAND, ALLEN R<br>2345 ALAQUA DRIVE<br>LONGWOOD FL 32779 | 13545<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY. CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 U.S.C. SECTION 502(E). |
| Counsel: ATTN DAVID M. DUNN, ESQ | | | |
| **Creditor Id: 419775**<br>RUSHER, JANE ANNETTE<br>877 PINE BAUGH STREET<br>ROCKLEDGE FL 32955 | 13088<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. |
| **Creditor Id: 403933**<br>SELLERS, MARK A<br>125 CUELLOCT, UNIT 202<br>PONTE VEDRA BEACH FL 32082 | 9516<br>**Debtor:** WINN-DIXIE STORES, INC. | $23,438.17 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT 9/16/05 PAYMENT OF $ 23,438.17 BY CHECK NUMBER 626493 FOR THIS POSTPETITION OBLIGATION. |
| **Creditor Id: 403933**<br>SELLERS, MARK A<br>125 CUELLOCT, UNIT 202<br>PONTE VEDRA BEACH FL 32082 | 9517<br>**Debtor:** WINN-DIXIE STORES, INC. | $40,800.00 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT 5/10/06 PAYMENT OF $40,800 BY CHECK NUMBER 633358 FOR THIS POSTPETITION OBLIGATION. |
| **Creditor Id: 212001**<br>SMART, BOBBY O<br>190 COLONIAL HILLS RD<br>WINDER GA 30680 | 9356<br>**Debtor:** WINN-DIXIE STORES, INC. | $174,239.64 | NO LIABILITY. FUTURE DISABILITY BENEFITS ARE NOT PAYABLE THROUGH DEBTOR. BANKRUPTCY FILING DOES NOT AFFECT BENEFITS. |
| **Creditor Id: 410867**<br>SOUTHERN WINE & SPIRITS OF FLORIDA<br>C/O S WINE & SPIRITS OF AMERICA INC<br>ATTN LAURENCE CHAPLIN, ADM VP'<br>1600 NW 163RD STREET<br>MIAMI FL 33169 | 9945<br>**Debtor:** WINN-DIXIE STORES, INC. | $494,302.07 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT RECLAMATION PAYMENTS IN PROCESS TOTALING $494,302.07. |
| Counsel: ATTN JOSEPH T MOLDOVAN, ESQ | | | |
| **Creditor Id: 410867**<br>SOUTHERN WINE & SPIRITS OF FLORIDA<br>C/O S WINE & SPIRITS OF AMERICA INC<br>ATTN LAURENCE CHAPLIN, ADM VP'<br>1600 NW 163RD STREET<br>MIAMI FL 33169 | 9946<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $14,319.05 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT RECLAMATION PAYMENTS IN PROCESS TOTALING $14,319.05. |
| Counsel: ATTN JOSEPH T MOLDOVAN, ESQ | | | |

Case 3:05-bk-03817-JAF   Document 12660   Filed 11/22/06   Page 21 of 35
Case 3:05-bk-03817-JAF   Doc 12734   Filed 11/22/06   Page 22 of 44

Page: 8 of 8
Date: 11/15/2006

WINN-DIXIE STORES, INC., ET AL.
TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:  410867**<br>SOUTHERN WINE & SPIRITS OF FLORIDA<br>C/O S WINE & SPIRITS OF AMERICA INC<br>ATTN LAURENCE CHAPLIN, ADM VP'<br>1600 NW 163RD STREET<br>MIAMI  FL  33169 | **9947**<br>Debtor:  WINN-DIXIE RALEIGH, INC. | $47,167.12 | NO LIABILITY.  DEBTOR'S BOOKS AND RECORDS REFLECT RECLAMATION PAYMENTS IN PROCESS TOTALING $47,164.12. |
| Counsel: ATTN JOSEPH T MOLDOVAN, ESQ | | | |
| **Creditor Id:  410867**<br>SOUTHERN WINE & SPIRITS OF FLORIDA<br>C/O S WINE & SPIRITS OF AMERICA INC<br>ATTN LAURENCE CHAPLIN, ADM VP'<br>1600 NW 163RD STREET<br>MIAMI  FL  33169 | **9948**<br>Debtor:  WINN-DIXIE SUPERMARKETS, INC. | $451,634.79 | NO LIABILITY.  DEBTOR'S BOOKS AND RECORDS REFLECT RECLAMATION PAYMENTS IN PROCESS TOTALING $451,634.79. |
| Counsel: ATTN JOSEPH T MOLDOVAN, ESQ | | | |
| **Creditor Id:  408321**<br>SOUTHLAND-MANSFIELD WD<br>DELAWARE BUSINESS TRUST<br>C/O NEAL, GERBER & EISENBERG LLP<br>ATTN THOMAS C WOLFORD, ESQ<br>2 N LASALLE STREET, SUITE 2300<br>CHICAGO  IL  60602 | **10864**<br>Debtor:  WINN-DIXIE MONTGOMERY, INC. | $1,171,570.71 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AS CLAIMANT ASSIGNED ITS RIGHTS TO, AND RELATED CLAIM WAS FILED BY, CW ALLIED CAPITAL. |
| **Creditor Id:  410916**<br>SWISS RE ASSET MGMT (AMERICAS) INC<br>BY CAPMARK SERVICES, INC. AGENT<br>C/O GMAC COMMERCIAL MORTGAGE CORP<br>ATTN SUSAN C TARNOWER<br>THREE RAVINIA DRIVE, STE 200<br>ATLANTA GA  30346 | **10089**<br>Debtor:  WINN-DIXIE MONTGOMERY, INC. | $0.00 | NO LIABILITY.  CLAIMANT ASSIGNED ITS RIGHTS TO, AND RELATED CLAIM WAS FILED BY, SBZ MORTGAGE ASSOCIATES, LLC. |
| Counsel: ATTN MARGERY N REED, ESQ | | | |
| **Creditor Id:  2824**<br>THREE MEADOWS PLAZA PARTNERSHIP<br>C/O PRIME SITE REALTY, INC<br>ATTN AL MATRONI<br>PO BOX 97<br>COCOA  FL  32923-0097 | **10424**<br>Debtor:  WINN-DIXIE STORES, INC. | $11,600.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. |
| Transferee: STRIKE FORCE III LLC<br>Counsel: ATTN JOHN H EVANS, ESQ | | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 533852<br>TRENT INVESTMENTS, INC<br>C/O SETTLEPOU<br>ATTN CLIFF A WADE, ESQ<br>3333 LEE PARKWAY, EIGHTH FLOOR<br>DALLAS TX 75219 | 13406<br>Debtor: WINN-DIXIE STORES, INC. | $275,076.42 | NO LIABILITY ON LEASE ASSIGNED PRIOR TO BANKRUPTCY FILING, ALTHOUGH DEBTOR REMAINS GUARANTOR IN EVENT OF DEFAULT, NO DEFAULT HAS OCCURRED. |
| Creditor Id: 269367<br>US DEFENSE DEPT<br>TRICARE MANAGEMENT ACTIVITY<br>ATTN MARY L DICKENS<br>16401 EAST CENTRETECH PARKWAY<br>AURORA, CO 80011-9043<br><br>Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | 9830<br>Debtor: WINN-DIXIE STORES, INC. | $1,885.21 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. DEBTOR FILLED PRESCRIPTIONS FOR CLAIMANT'S RECIPIENTS. WHEN SERVICES WERE RENDERED AND MEDICATIONS DISPENSED, CLAIMANT APPROVED BOTH PAYMENT AND COVERAGE. |
| Creditor Id: 269367<br>US DEFENSE DEPT<br>TRICARE MANAGEMENT ACTIVITY<br>ATTN MARY L DICKENS<br>16401 EAST CENTRETECH PARKWAY<br>AURORA, CO 80011-9043<br><br>Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | 9831<br>Debtor: WINN-DIXIE STORES, INC. | $6,020.68 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. DEBTOR FILLED PRESCRIPTIONS FOR CLAIMANT'S RECIPIENTS. WHEN SERVICES WERE RENDERED AND MEDICATIONS DISPENSED, CLAIMANT APPROVED BOTH PAYMENT AND COVERAGE. |
| Creditor Id: 399300<br>WALKER, GEORGE C JR & WILLIAM M<br>JOHN STUART WALKER INC<br>3211 OLD FOREST ROAD<br>LYNCHBURG VA 24501 | 454<br>Debtor: WINN-DIXIE STORES, INC. | $519,218.56 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT ASSIGNED ITS RIGHT TO, AND RELATED CLAIM WAS FILED BY, JEFFERSON-PILOT LIFE INSURANCE CO. |
| Creditor Id: 2866<br>WD ROCKY MOUNT VA PARTNERS LLC<br>C/O I REISS & SON<br>ATTN LINDA HEFFNER, MGR MEMBER<br>200 EAST 61ST STREET, SUITE 29F<br>NEW YORK NY 10021 | 8367<br>Debtor: WINN-DIXIE RALEIGH, INC. | $606,626.01 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AS CLAIMANT ASSIGNED ITS RIGHTS TO, AND RELATED CLAIM WAS ASSERTED BY, MERRILL LYNCH PIERCE FENNER & SMITH. |
| Creditor Id: 235656<br>WILLIS, ASHLEE D<br>5752 MAGNOLIA DRIVE<br>JACKSON MS 39209-0001 | 11619<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 407489<br>WILMINGTON TRUST CO/WADE, W.I, TTEES<br>SOUTHLAND-POWDER SPRINGS WD DE BUS<br>C/O NEAL GERBER & EISENBERG LLP<br>ATTN: THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2300<br>CHICAGO IL 60602 | 12164<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $425,046.09 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AS CLAIMANT<br>ASSIGNED HIS RIGHTS TO, AND RELATED CLAIM WAS FILED BY, PRINCIPAL<br>LIFE INSURANCE CO. |

| | | | |
|---|---|---|---|
| Total Claims to be Disallowed: | 45 | | |
| Total Amount to be Disallowed: | $26,433,026.01 | Plus Unliquidated Amounts, if Any | |

**EXHIBIT B**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 411159**<br>ALLIED CAPITAL CORP CLASSES ABC<br>HLDRS OF ACGS 2004, LLC SEC NOTES<br>C/O VENABLE LLP<br>ATTN G A CROSS&H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 11221 | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO,<br>MISCLASSIFIED CLAIM. |
| | | | Debtor: WINN-DIXIE STORES, INC. | | |
| **Creditor Id: 410815**<br>CRIIMI MAE SVCS LLP, SERIES 1996-D2<br>HOLDERS ASSET SECURITIZATION CORP<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 10615 | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO,<br>MISCLASSIFIED CLAIM. |
| | | | Debtor: WINN-DIXIE STORES, INC. | | |
| **Creditor Id: 410817**<br>CRIIMI MAE SVCS LLP, SERIES 1998-D6<br>HOLDERS NOMURA ASSET SECURITIES<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY, ESQS<br>TWO HOPKINS PLAZA STE 1800<br>BALTIMORE MD 21201 | 10606 | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO,<br>MISCLASSIFIED CLAIM. |
| | | | Debtor: WINN-DIXIE STORES, INC. | | |
| **Creditor Id: 410816**<br>CRIIMI MAE SVCS LP, SERIES 1996-D3<br>HOLDERS ASSET SECURITIZATION CORP<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 10611 | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO,<br>MISCLASSIFIED CLAIM. |
| | | | Debtor: WINN-DIXIE MONTGOMERY, INC. | | |
| **Creditor Id: 410811**<br>CRIIMI MAE SVCS LP, SERIES 1997-C1<br>HOLDERS MERRILL LYNCH MORTGAGE<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 10597 | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO,<br>MISCLASSIFIED CLAIM. |
| | | | Debtor: WINN-DIXIE RALEIGH, INC. | | |

WINN-DIXIE STORES, INC., ET AL.,
TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 410811**<br>CRIIMI MAE SVCS LP, SERIES 1997-C1<br>HOLDERS MERRILL LYNCH MORTGAGE<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 10811 | $0.00 | Multiple Classes<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 410814**<br>CRIIMI MAE SVCS LP, SERIES 1997-C2<br>HOLDERS MERRILL LYNCH MORTGAGE<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY, ESQS<br>TWO HOPKINS PLAZA, SUITE 1800<br>BALTIMORE MD 21201 | 10813 | $0.00 | Multiple Classes<br>Debtor: WINN-DIXIE STORES, INC. | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON<br>GUARANTY TO LANDLORD'S LENDER. ALSO, MISCLASSIFIED<br>CLAIM. |
| **Creditor Id: 410821**<br>CRIIMI MAE SVCS LP, SERIES 1997-MC2<br>HOLDERS MORTGAGE CAPITAL FUNDING<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 10599 | $0.00 | Multiple Classes<br>Debtor: WINN-DIXIE STORES, INC. | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 410818**<br>CRIIMI MAE SVCS LP, SERIES 1997-C1<br>HOLDERS FIRST UNION COMMERCIAL<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 10603 | $0.00 | Multiple Classes<br>Debtor: WINN-DIXIE STORES, INC. | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 410812**<br>CRIIMI MAE SVCS, SERIES 1996-C2<br>HOLDERS MERRILL LYNCH MORTGAGE<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY, ESQS<br>TWO HOPKINS PLAXA, STE 1800<br>BALTIMORE MD 21201 | 10814 | $0.00 | Multiple Classes<br>Debtor: WINN-DIXIE STORES, INC. | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO,<br>MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| Creditor Id: 411160<br>CWCAPITAL ASSET MGMT SERIES 2004-C1<br>HOLDERS OF GS MORTGAGE SECURITIES<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESOS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 11160 | $0.00 | Multiple Classes<br><br>Debtor: WINN-DIXIE STORES, INC. | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO,<br>MISCLASSIFIED CLAIM. |
| Creditor Id: 411166<br>CWCAPITAL ASSET MGT, SERIES1998-MC3<br>HOLDERS OF MORTGAGE CAPITAL FUNDING<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESOS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 11166 | $0.00 | Multiple Classes<br><br>Debtor: WINN-DIXIE STORES, INC. | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO,<br>MISCLASSIFIED CLAIM. |
| Creditor Id: 411172<br>CWCAPITAL ASST MGMT, SERIES 2001C1<br>HOLDERS OF JP MORGAN CHASE COM MORT<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESOS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 11172 | $0.00 | Multiple Classes<br><br>Debtor: WINN-DIXIE STORES, INC. | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO,<br>MISCLASSIFIED CLAIM. |
| Creditor Id: 381792<br>GE COMMERCIAL FIN BUS PROP CORP FKA<br>GE CAPITAL BUS ASSET FUNDING CORP<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN MARC HAMROFF/LESLIE BERKOFF<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | 10247 | $0.00 | Multiple Classes<br><br>Debtor: WINN-DIXIE STORES, INC. | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO,<br>MISCLASSIFIED CLAIM. |
| Creditor Id: 410448<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420<br>Counsel ATTN: BENJAMIN A KAHN, ESQ | 8581 | $0.00 | Multiple Classes<br><br>Debtor: WINN-DIXIE RALEIGH, INC. | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO,<br>MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8646 | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LAST KNOWN PAYEE IS COMMERCIAL PROPERTY WITH WHOM DEBTOR ENTERED TERMINATION AGREEMENT, PAYING ONE-TIME LUMP SUM TERMINATION FEE OF $368,000. NO OTHER AMOUNT IS DUE. ALSO, MISCLASSIFIED CLAIM. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 411157**<br>ORIX CAPITAL MKTS, SERIES 1997-MC1<br>HOLDERS OF MORTGAGE CAPITAL FUNDING<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 11220 | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 411151**<br>ORIX CAPITAL MKTS, SERIES 1998-C1<br>HLDRS OF CREDIT SUISSE FIRST BOSTON<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 11218 | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 411180**<br>ORIX CAPITAL MKTS, SERIES 1998-C2<br>HOLDERS OF FIRST UNION-LEHMAN ET AL<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLLEY, ESQS<br>TWO HOPKINS PLAZA, SUITE 1800<br>BALTIMORE MD 21201 | 11261 | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 411141**<br>ORIX CAPITAL MKTS, SERIES 1998-CF2<br>HOLDERS OF DLJ COMMERCIAL MORTGAGE<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 11144 | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |

Page: 5 of 5
Date: 11/14/2006

WINN-DIXIE STORES, INC., ET AL.
TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 411143**<br>ORIX CAPITAL MKTS, SERIES 1999-2<br>HOLDERS OF NATIONSLINK FUNDING CORP<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 11146<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 411148**<br>ORIX CAPITAL MKTS, SERIES 2000-C1<br>HOLDERS OF DUETSCHE MORTGAGE<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 11147<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 2244**<br>PS FRANKLIN, LTD<br>ATTN FRED CHIKOVSKY, GP<br>1720 HARRISON STREET, SUITE 7-A<br>HOLLYWOOD FL 33020 | 2316<br>Debtor: WINN-DIXIE STORES, INC. | $6,660,258.71 | Secured | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. AS TO STORE 1566, LEASE WAS TERMINATED AND LANDLORD RELEASED DEBTOR OF LIABILITY. AS TO STORE 1563, LEASE WAS ASSUMED AND ASSIGNED AND NO AMOUNT IS DUE. AS TO STORE 1559, IT IS AN OPERATING STORE AND NO AMOUNT IS DUE. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 2550**<br>SG PARTNERSHIP<br>ATTN R RENE BORDELON<br>PO BOX 704<br>MARKSVILLE LA 71351 | 11972<br>Debtor: WINN-DIXIE STORES, INC. | $995,380.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AS LANDLORD ASSIGNED ITS RIGHTS. RELATED CLAIM WAS ASSERTED BY CURRENT ASSIGNEE, VIRTUAL REALITY ENTERPRISES. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 226155**<br>VANDEUSEN, RICHARD W<br>704 GENTLE SLOPE WAY<br>RALEIGH NC 27603 | 1762<br>Debtor: WINN-DIXIE STORES, INC. | $33,634.83 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. UPON INFORMATION AND BELIEF, THE SOCIAL SECURITY ADMINISTRATION HAS NOW POSTED CLAIMANT'S 2001 CONTRIBUTIONS TO HIS ACCOUNT. ALSO, MISCLASSIFIED CLAIM. |

Total Claims to be Disallowed & Recl:  **25**

Total Amount to be Disallowed & Recl:  **$7,689,273.54**  Plus Unliquidated Amounts, If Any

**EXHIBIT C**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 410402**<br>ADT SECURITY SYSTEMS, INC<br>ATTN BRANDY WIMBISH, MGR<br>14200 EAST EXPOSITION AVE<br>AURORA  CA  80012 | **8346**<br>**Debtor:** | $172,363.61<br>**WINN-DIXIE STORES, INC.** | $5,067.21 | REDUCED AMOUNT REFLECTS $2,667.21 DUE PER DEBTOR'S BOOKS AND RECORDS AND $2,400.00 FOR REJECTION DAMAGES FOR CONTRACT COVERING CCTV IN STORE NUMBER 534. ASSERTED AMOUNT FOR ANTICIPATORY REJECTION DAMAGES OF OTHER SERVICES IS NOT OWED. |
| **Creditor Id: 247187**<br>CREDIT SUISSE FIRST BOSTON, LLC<br>ATTN JOSEPH BROSNAN<br>11 MADISON AVE, 5TH FLOOR<br>NEW YORK, NY 10010<br><br>Counsel: ATTN TARA HANNON, ESQ | **11415**<br>**Debtor:** | $2,795,892.25<br>**WINN-DIXIE MONTGOMERY, INC.** | $724,861.06 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,071,031.19 FOR OVERSTATED REJECTION DAMAGES. |
| **Creditor Id: 404511**<br>DANFOSS INC<br>ATTN FRANCIS C SCHNELL, CFO<br>7941 CORPORATE DRIVE<br>BALTIMORE  MD  21236-4925 | **9972**<br>**Debtor:** | $502,313.44<br>**WINN-DIXIE STORES, INC.** | $479,292.47 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 249270**<br>EXCELL REFRIGERATION INC<br>ATTN RAYMOND TAYLOR, PRES<br>605 WHITNEY AVENUE<br>LANTANA, FL 33462<br><br>Counsel: ATTN WILLIAM J MARELL ESQ | **10336**<br>**Debtor:** | $38,955.98<br>**WINN-DIXIE STORES, INC.** | $12,015.84 | REDUCED TO $34,611.04 BY 4/20/06 SEVENTH OMNIBUS CLAIMS OBJECTION ORDER. FURTHER REDUCTION REFLECTS REMOVAL OF $22,595.20 FOR INVOICE NUMBER 14967 AS LANDLORD/PROPERTY OWNER PAID CLAIMANT THAT AMOUNT BY CHECK NUMBER 211630 DATED 3/13/06 AND REQUESTED REIMBURSEMENT FROM THE DEBTOR. DEBTOR SEEKS FURTHER REDUCTION PURSUANT TO 11 U.S.C. SECTION 502(d). |
| **Creditor Id: 315852**<br>HENDERSON, JAMES S<br>PO BOX 9909<br>GREENWOOD, MS  38930-1757<br><br>Counsel: ATTN H D BROCK, ESQ | **13426**<br>**Debtor:** | $272,231.58<br>**WINN-DIXIE STORES, INC.** | $136,610.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $135,621.58 FOR OVERSTATED REJECTION DAMAGES. |
| **Creditor Id: 410908**<br>JDN REALTY AL, INC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD  OH  44122<br><br>Counsel: ATTN: ROBERT LEHANE, ESQ | **10057**<br>**Debtor:** | $277,898.30<br>**WINN-DIXIE MONTGOMERY, INC.** | $271,504.34 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 255101**<br>LSQ FUNDING GROUP LC<br>% CHARLIES PASTRIES<br>PO BOX 102432<br>ATLANTA, GA 30368-2432 | 35062<br>Debtor:  WINN-DIXIE PROCUREMENT, INC. | $19,910.00 | $15,814.90 | WITH REDUCED AMOUNT OF CLAIM NUMBER 411, REDUCED AMOUNT REFLECTS REMAINING AMOUNT DUE. |
| **Creditor Id: 407706**<br>MORNINGSTAR FOODS, LLC<br>C/O DEAN FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKINNEY AVENUE, SUITE 1200<br>DALLAS TX 75201 | 5288<br>Debtor:  WINN-DIXIE STORES, INC. | $1,321,294.77 | $760,574.52 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $12,255.61, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $29,808.68 AND $31,811.06, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $382,867.60, AND REMOVAL OF $1,857.30 OVERSTATED IN PROOF OF CLAIM AND $102,000.00 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES, ALL BY AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 382056**<br>NEWELL RUBBERMAID INC (W15246)<br>ATTN GARY POPP, SR CR MGR<br>29 E STEPHENSON STREET<br>FREEPORT IL 61032 | 7311<br>Debtor:  WINN-DIXIE STORES, INC. | $404,128.00 | $165,105.85 | REDUCED TO $172,307.71 AND RECLASSIFIED TO UNSECURED NON-PRIORITY BY 8/31/06 SIXTEENTH OMNIBUS CLAIMS OBJECTION ORDER. FURTHER REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. DEBTOR SEEKS FURTHER REDUCTION OF UNSECURED NON-PRIORITY PORTION OF CLAIM PURSUANT TO 11 U.S.C. SECTION 502(J). $45,508.11 ADMINISTRATIVE PRIORITY (RECLAMATION) CLAIM AS SET FORTH IN 8/31/06 SIXTEENTH OMNIBUS CLAIMS OBJECTION ORDER IS NOT AFFECTED HEREBY. |
| **Creditor Id: 410729**<br>VISTA HEALTHPLAN, INC<br>ATTN PHARMACY RECOVERY UNIT<br>MAIL STOP 3330<br>300 SOUTH PARK ROAD<br>HOLLYWOOD FL 33021<br><br>Counsel: ATTN DIANE NOLLER WELLS, ESQ | 410729<br>Debtor:  WINN-DIXIE STORES, INC. | $5,247.31 | $3,326.90 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 398211**<br>WIN GENERAL INSURANCE<br>ATTN JAY CASTLEDALE H BITTER, PRES<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | 34477<br>Debtor:  WINN-DIXIE MONTGOMERY, INC. | $2,823,927.20 | $2,823,927.20 | REDUCED AMOUNT REFLECTS ACTUAL AMOUNT OWED. |

**Total Claims to be Reduced:**    11
**Total Amount to be Reduced:**    $8,734,162.44 Plus Unliquidated Amounts, If Any
**Total Reduced Amount:**    $5,398,100.23

Case 3:05-bk-03817-JAF    Document 12660    Filed 11/16/2006    Page 25 of 35

**EXHIBIT D**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION
EXHIBIT D - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| CITY OF WARNER ROBINS UTILITY & TA\ 13357<br>ATTN JAMES E ELLIOTT JR, ESQ<br>PO BOX 1488<br>WARNER ROBINS GA 31099 | 13357 | $7,306.52<br>Debtor: WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | $646.50 | REDUCED AMOUNT REFLECTS UTILITY AMOUNT OWED. AS TO TAX LIABILITY PORTION OF ASSERTED AMOUNT, CLAIM WAS ALREADY DETERMINED BY THE 7/27/06 THIRD OMNIBUS TAX OBJECTION ORDER IN CONNECTION WITH CLAIM NUMBER 12255. ALSO, MISCLASSIFIED CLAIM. |
| MYSTIC, LLC<br>ATTN LEO D STERNFELS, MGR<br>PO BOX 100<br>PLATTENVILLE, LA 70393<br>Counsel: ATTN CLAYTON E LOVELL, ESQ. | 12056 | $3,870,444.90<br>Debtor: WINN-DIXIE STORES, INC. | Secured | Unsecured<br>Non-Priority | $6,256.60 | REDUCED AMOUNT REFLECTS PAYMENT OF $5,188.64 BY CHECK NUMBER 008120507 (CLEARED 11/4/05) FOR SECOND QUARTER 2005 COMMON AREA MAINTENANCE CHARGES AND REMOVAL OF $3,858,999.66 FOR REJECTION DAMAGES ASSIGNED TO CREDIT SUISSE FIRST BOSTON LLC, CLAIMANTS LENDER. ALSO, MISCLASSIFIED CLAIM. |
| VIRTUAL REALTY ENTERPRISES, INC<br>C/O DICKINSON FINANCIAL CORP<br>ATTN DOUGLAS M NEEB, ESQ<br>1100 MAIN, SUITE 350<br>KANSAS CITY MO 64105 | 10264 | $1,802,128.82<br>Debtor: WINN-DIXIE STORES, INC. | Secured | Unsecured<br>Non-Priority | $979,170.94 | REDUCED AMOUNT REFLECTS REMOVAL OF $822,957.88 FOR OVERSTATED REJECTION DAMAGES. ALSO, MISCLASSIFIED CLAIM. |

| | |
|---|---|
| Total Claims to be Reduced & Reclassified: | 3 |
| Total Amount to be Reduced & Reclassified: | $5,679,880.24 |
| Total Reduced & Reclassified Amount: | $986,074.04 |

Plus Unliquidated Amounts, If Any

**EXHIBIT E**

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT E - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 240552**<br>COUNTY OF LOUISVILLE JEFFERSON<br>METRO REVENUE COMMISSION<br>ATTN KIM G JOHNSON, ADMINISTRATOR<br>PO BOX 35410<br>LOUISVILLE  KY 40232-5410 | 4059 | $62,217.88 | Multiple Classes | Multiple Classes | CLAIM ASSERTED WITH INCONSISTENT CLASSIFICATIONS. RECLASSIFY $60,696.63 TO UNSECURED PRIORITY AND $1,521.25 TO UNSECURED NON-PRIORITY (PENALTY). |
| | | Debtor: WINN-DIXIE LOGISTICS, INC. | | | |
| **Creditor Id: 20933**<br>DELAN, LORI L<br>29787 HENRY LANE<br>BIG PINE KEY  FL 33043 | 3315 | $661.55 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 253207**<br>DI FATTA, JOHN<br>300 COBLE DRIVE<br>LONGWOOD  FL 32779 | 6889 | $1,620.00 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 405927**<br>GOODING'S SUPERMARKETS, INC<br>C/O LOWNDES DROSDICK ET AL<br>ATTN MATT E BEAL, ESQ<br>215 NORTH EOLA DRIVE<br>PO BOX 2809<br>ORLANDO  FL 32802-2809 | 13294 | $1,349,157.25 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 226409**<br>VARNEDOE, TAMMY J<br>346 BATTEN EXT LOT 1<br>DOUGLAS  GA 31533 | 4868 | $428.00 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |

**Total Claims to be Reclassified:** 5

**Total Amount to be Reclassified:** $1,414,084.68          Plus Unliquidated Amounts, If Any

**EXHIBIT F**

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT F - DUPLICATE CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 88**<br>CITY OF ATHENS UTILITIES<br>ATTN BARBARA BURRELL<br>PO BOX 1089<br>ATHENS AL 35612 | 238<br>Debtor: | 1442<br>WINN-DIXIE STORES, INC. | $11,967.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 403430**<br>COUNTY OF FULTON TAX COMMISSIONER<br>ATTN W RESPRESS/DAMIKA MCCLINTON<br>141 PRYOR STREET SW, ROOM 1113<br>ATLANTA GA 30303 | 12838<br>Debtor: | 11734<br>WINN-DIXIE STORES, INC. | $472,073.54 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 404511**<br>DANFOSS INC<br>ATTN FRANCIS C SCHNELL, CFO<br>7941 CORPORATE DRIVE<br>BALTIMORE MD 21236-4925 | 9972<br>Debtor: | 13573<br>WINN-DIXIE STORES, INC. | $502,313.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 533682**<br>GREAT AMERICAN INSURANCE CO<br>ATTN ROBERT H ROWAN, DIVISIONAL AVP<br>PO BOX 2119<br>CINCINNATI OH 45201 | 13516<br>Debtor: | 13515<br>WINN-DIXIE STORES, INC. | $16,175.35 | DUPLICATES CLAIM FILED AGAINST DIFFERENT DEBTOR LISTED IN REMAINING CLAIM COLUMN. DISALLOWANCE IS CONTINGENT UPON CONFIRMATION AND EFFECTIVENESS OF DEBTORS' PLAN. |
| **Creditor Id: 403234**<br>IMPERIAL TRADING COMPANY INC<br>ATTN KEITH BEBA, CONTROLLER<br>PO BOX 23508<br>ELMWOOD LA 70183-0508 | 11263<br>Debtor: | 13310<br>WINN-DIXIE MONTGOMERY, INC. | $105,057.94 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 403234**<br>IMPERIAL TRADING COMPANY INC<br>ATTN KEITH BEBA, CONTROLLER<br>PO BOX 23508<br>ELMWOOD LA 70183-0508 | 11263<br>Debtor: | 13311<br>WINN-DIXIE STORES, INC. | $105,057.94 | DUPLICATES CLAIM FILED AGAINST DIFFERENT DEBTOR LISTED IN REMAINING CLAIM COLUMN. DISALLOWANCE IS CONTINGENT UPON CONFIRMATION AND EFFECTIVENESS OF DEBTORS' PLAN. |
| **Creditor Id: 492844**<br>ISD OF CYPRESS-FAIRBANKS<br>PO BOX 692003<br>HOUSTON TX 77269-2003<br><br>Counsel: ATTN: JOHN P DILLMAN, ESQ | 13355<br>Debtor: | 13441<br>WINN-DIXIE STORES, INC. | $2,001.56 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION
EXHIBIT F - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 269335**<br>PRO-ACTIVE JANITORIAL SERVICES, INC<br>C/O GOLDSTEIN & GREENBERG, PA<br>ATTN LARRY D GOLDSTEIN, ESQ<br>7601 38TH AVENUE NORTH<br>ST PETERSBURG, FL 33710 | 6778<br>Debtor: | 8230<br>WINN-DIXIE STORES, INC. | $231,852.94 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408217**<br>SINGER, HERBERT<br>C/O PLATZER SWERGOLD KARLIN, ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK NY 10018 | 13278<br>Debtor: | 13273<br>WINN-DIXIE MONTGOMERY, INC. | $809,861.05 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408217**<br>SINGER, HERBERT<br>C/O PLATZER SWERGOLD KARLIN, ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK NY 10018 | 13276<br>Debtor: | 13274<br>WINN-DIXIE MONTGOMERY, INC. | $779,796.61 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 407758**<br>WOODLAND HARTFORD ASSOC LLC<br>C/O SOLOMON PEARL, ET AL<br>ATTN JOEL M SHAFFERMAN, ESQ<br>40 WALL ST, 35TH FL<br>NEW YORK NY 10005<br><br>Counsel: ATTN: MICHAEL E CECIL | 9213<br>Debtor: | 9214<br>WINN-DIXIE STORES, INC. | $45,415.70 | DUPLICATES CLAIM FILED AGAINST DIFFERENT DEBTOR LISTED IN REMAINING CLAIM COLUMN. DISALLOWANCE IS CONTINGENT UPON CONFIRMATION AND EFFECTIVENESS OF DEBTORS' PLAN. |
| **Total Claims to be Disallowed:** | 11 | | | |
| **Total Amount to be Disallowed:** | $3,081,573.19 | Plus Unliquidated Amounts, if Any | | |

Case 3:05-bk-03817-JAF   Document 12660   Filed 11/16/2006   Page 32 of 35

**EXHIBIT G**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION
EXHIBIT G - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 416846**<br>BIRMINGHAM REALTY COMPANY<br>C/O REDROCK CAPITAL PARTNERS<br>ATTN CRAIG KLEIN<br>111 S MAIN STREET, SUITE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424<br><br>Transferee: REDROCK CAPITAL PARTNERS LLC<br>Counsel: ATTN STEPHEN B PORTERFIELD, ESQ | 13438<br>**Debtor:** | $1,862,151.26<br>WINN-DIXIE MONTGOMERY, INC. | 12329 | $1,259,503.96 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 406448**<br>BYRUM, DAVID M<br>764 EAGLE POINT DRIVE<br>SAINT AUGUSTINE FL 32092 | 13466<br>**Debtor:** | $150,273.84<br>WINN-DIXIE STORES, INC. | 10258 | $194,972.67 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 407673**<br>GOLDSBORO ASSOCIATES<br>C/O AFI MANAGEMENT<br>ATTN ANTHONY J LASALA, GEN PARTNER<br>1410 VALLEY ROAD<br>WAYNE NJ 07470 | 13570<br>**Debtor:** | $27,839.04<br>WINN-DIXIE RALEIGH, INC. | 7986 | $25,991.71 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 2344**<br>KELLER CROSSING TEXAS, LP<br>C/O BVT MGMT SERVICES, INC.<br>ATTN K E WILLSON/K R MARSHALL<br>3350 RIVERWOOD PKWY SE, STE 1500<br>ATLANTA GA 30339<br><br>Transferee: MADISON INVESTMENT TRUST - SERIES 1<br>Counsel: ATTN: ROBERT A COX, JR., ESQ | 13559<br>**Debtor:** | $1,466,263.00<br>WINN-DIXIE STORES, INC. | 9563 | $649,639.03 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410588**<br>NORTH AMERICAN CO LIFE & HEALTH INS<br>BY MIDLAND ADVISORS CO, AS AGENT<br>ATTN ERIC SILVERGOLD<br>135 EAST 57TH STREET<br>NEW YORK NY 10022<br><br>Transferee: MERRILL LYNCH PIERCE FENNER & SMITH<br>Counsel: ATTN TED SMITH, ESQ | 13298<br>**Debtor:** | $717,829.00<br>WINN-DIXIE RALEIGH, INC. | 9813 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION
EXHIBIT G - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 452219**<br>RDI DEVELOPERS, LLC, SUCCESSOR<br>TO INTERCHANGE ASSOCIATES, INC<br>ATTN TRINK, PRESIDENT<br>3334 LONG BEACH ROAD, STE 118<br>OCEANSIDE NY 11572<br><br>Counsel: ATTN CYNTHIA I CHIEFA, ESQ | 13423 | $390,300.00<br>Debtor: WINN-DIXIE STORES, INC. | 13290 | $214,500.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408217**<br>SINGER, HERBERT<br>C/O PLATZER SWERGOLD KARLIN, ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK NY 10018 | 13273 | $809,861.05<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 6224 | $809,762.79 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408217**<br>SINGER, HERBERT<br>C/O PLATZER SWERGOLD KARLIN, ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK NY 10018 | 13274 | $779,796.61<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 12445 | $788,653.17 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 406026**<br>SUNSTATE EQUITIES, INC<br>C/O SMITH DEBNAM NARRON ET AL<br>ATTN BYRON L SAINTSING, ESQ<br>PO BOX 26288<br>RALEIGH NC 27611-6288 | 12943 | $313,214.30<br>Debtor: WINN-DIXIE RALEIGH, INC. | 12147 | $303,530.74 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 452127**<br>WOODLAND HARTFORD ASSOCIATES, LLC<br>C/O OFFICES OF JOEL SHAFFERMAN, LLC<br>ATTN JOEL SHAFFERMAN, ESQ<br>80 WALL STREET, SUITE 910<br>NEW YORK NY 10005 | 13561 | $1,200,229.80<br>Debtor: WINN-DIXIE RALEIGH, INC. | 13240 | $1,045,218.70 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION
EXHIBIT G - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 399630**<br>WOODLAND VILLAGE PARTNERSHIP<br>C/O HAYNSWORTH SINKLER BOYD, PA<br>ATTN STANLEY H MCGUFFIN, ESQ<br>PO BOX 11889<br>COLUMBIA  SC  29211-1889 | 13574 | $184,785.69<br>Debtor: WINN-DIXIE STORES, INC. | 762 | $184,785.69 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**Total Claims to be Disallowed:** 11

**Total Amount to be Disallowed:** $5,456,558.46   Plus Unliquidated Amounts, If Any