UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-03817-JAF
Chapter 11
Jointly Administered

In re

WINN-DIXIE STORES, INC. et al.,

    Debtor(s).
_____/

**EVANGELINE INSURANCE COMPANY'S RESPONSE TO DEBTORS' TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS ARISING FROM UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY(I) THAT HAVE BEEN ASSUMED, (2) THAT HAVE BEEN ASSUMED AND ASSIGNED, OR(III)THAT ARE THE SUBJECT OF LEASE TERMINATION AGREEMENTS**

    COMES NOW the creditor, Evangeline Insurance Company, by and through its undersigned attorneys and hereby serves its Response to DEBTORS' TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS ARISING FROM UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY (I) THAT HAVE BEEN ASSUMED, (2) THAT HAVE BEEN ASSUMED AND ASSIGNED, OR (III) THAT ARE THE SUBJECT OF LEASE TERMINATION AGREEMENTS

    1.    Respondent filed two Proofs of Claim. Claim No. 8778, in the amount of $105,654.00 and reduced to $91,146.17 by Debtors, Fifteenth Omnibus Objection to (A) No Liability Claims (B) Overstated Claims and (C) Overstated Misclassified Claims which Respondent did not contest. Claim No. 8779, in the amount of $45,062.41 is for real property taxes, property insurance, and maintenance expenses the Debtors' are required to pay under the lease, a copy of which is attached to the Proof of Claim. The lease is for Store NO.1549 located at 924 Rees Street, Breaux Bridge LA. A copy of Proof of Claim No. 8779(with attached copies of the lease other supporting documents) is attached hereto as EXHIBIT A.

2. Attached hereto as Exhibit B is the pertinent page of Exhibit A of the Twenty-sixth Omnibus Objection stating the reasons for the Debtors' modifications and proposed reductions to Proofs of Claim No. 1878, and No. 1879. The Debtors' entries for these two claims are confusing and contradictory. The Debtors' list the amount of Proof of Claim No. 8778 as $105,654.00, and the cure amount as $0.00 for the reason that the claim was reduced to $91,146.17. The Debtors' list the amount of Proof of Claim No. 8779 as $45,062.41, and the cure amount as $91,146.17.

3. To Respondent's knowledge The Debtors' have never objected to Proof of Claim No. 8779 other than listing it in Exhibit A to the Twenty-sixth Omnibus Objection. Respondent has not received any specific notice of an objection to Proof of Claim 8779 as required by the Court's Order Under 11 U.S.C. §105 Approving Notice Procedures Regarding Omnibus Claim Objections and Schedule Amendment Motions. Absent such specific objection, Respondent reasserts the supporting attachments to Proof of Claim 8779 as the basis of its claim.

4. Respondent reserves the right to amend its response at a later date if necessary.

DATED: November 22, 2006.

SCHUYLER·STEWART·SMITH

/s/ Wayne M. Singletary
_____
Wayne M. Singletary
Florida Bar #144109
Michael E. Cecil
Florida Bar #722855
Attorney for Creditor
118 W. Adams St., #800
Jacksonville, FL 32202
Phone:   (904) 353-5884
TollFree: (866) 353-5884
Fax:     (904) 353-5994

2

CERTIFICATE OF SERVICE

I CERTIFY that a copy has been furnished either by electronic or standard first class mail on November 22, 2006, to: Winn-Dixie Stores, Inc, Debtor, 5050 Edgewood Court, Jacksonville, FL 32254-3699; Adam Ravin, Esquire, Four Times Square, New York, NY 10036; Cynthia C .Jackson, Esquire, James H. Post, Esquire, Leanne McKnight Prendergast, Esquire, Stephen D. Busey, Esquire, 225 Water Street, Suite 1800, Jacksonville, FL 32201; Dennis F. Dunne, Esquire, 1 Chase Manhattan Plaza, New York, NY 10005; John B Macdonald, Esquire, Patrick P. Patangan, Esquire, 50 N. Laura Street, Suite 2500, Jacksonville, FL 32202; counsel for the Debtor's postpetition secured lenders; the other parties in interest named on the Master Service List maintained in these cases; and Corner Stone Christian Center, Subtenant, 215 Las Gaviotas Boulevard, Chesapeake, VA 23322.

SCHUYLER·STEWART·SMITH

/s/ Wayne M. Singletary
_____
Wayne M. Singletary
Florida Bar #144109
Michael E. Cecil
Florida Bar #722855
Attorney for Creditor
118 W. Adams St., #800
Jacksonville, FL 32202
Phone:    (904) 353-5884
TollFree: (866) 353-5884
Fax:      (904) 353-5994