# Exhibit B

Case 3:05-bk-03817-JAF    Doc 12789-2    Filed 11/22/06    Page 1 of 2

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

Page: 13 of 47
Date: 10/31/2006

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| Creditor Id: 410596<br>ENGLEWOOD LAND TRUST, SUCCESSOR<br>C/O DILORENZO PROPERTIES COMPANY<br>ATTN MARC DILORENZO, TRUSTEE<br>720 FIFTH AVENUE, 14TH FL<br>NEW YORK NY 10019-4107 | 9842<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | $11,486.36 | CURE AMOUNT FOR STORE 720 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Counsel: ATTN ILAN D SCHARF, ESQ | | | | |
| Creditor Id: 2211<br>ERBS/ELLIS PROPERTIES<br>ATTN EDWARD C ELLIS<br>709 DEVON AVENUE<br>LOS ANGELES CA 90024 | 4973<br>Debtor: WINN-DIXIE STORES, INC. | $593,224.52 | $6,109.11 | CURE AMOUNT FOR STORE 1461 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Counsel: ATTN RANDALL W BLACK, ESQ | | | | |
| Creditor Id: 2223<br>ESROG REALTY LLC<br>C/O DAVID GOLD, ESQ<br>840 GRAND CONCOURSE, SUITE 1 B<br>BRONX NY 10451 | 12961<br>Debtor: WINN-DIXIE STORES, INC. | $10,307.96 | $10,307.96 | CURE AMOUNT FOR STORE 199 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 2492222<br>EVANGELINE LIFE INSURANCE CO<br>ATTN DAVID L LANDRY, VP<br>PO BOX 13098<br>NEW IBERIA, LA 70562-3098 | 8778<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $105,654.00 | $0.00 | REDUCED TO $91,146.17 BY 8/24/06 FIFTEENTH OMNIBUS CLAIMS OBJECTION ORDER AND 10/3/06 ORDER AMENDING 8/24/06 FIFTEENTH OMNIBUS CLAIMS OBJECTION ORDER. CURE AMOUNT FOR STORE 1549 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 8779 (DKT NO. 12183). |
| Counsel: ATTN LEWIS H PITTMAN, JR | | | | |
| Creditor Id: 315804<br>EVANGELINE LIFE INSURANCE CO<br>ATTN DAVID L LANDRY, VP<br>PO BOX 13098<br>NEW IBERIA, LA 70562-3098 | 8779<br>Debtor: WINN-DIXIE STORES, INC. | $45,062.41 | $91,146.17 | CURE AMOUNT FOR STORE 1549 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Counsel: ATTN LEWIS H PITTMAN, JR | | | | |
| Creditor Id: 249624<br>FLAMINGO EAST LTD<br>PO BOX 568368<br>C/O SAGIO DEVELOPMENT CORPORATION<br>ORLANDO, FL 32856-8368 | 30762<br>Debtor: WINN-DIXIE STORES, INC. | $1,227.46 | $41,590.56 | CURE AMOUNT FOR STORE 242 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |