UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

---------------------------------------------------------x
In re:                                                    :
                                                          :
WINN-DIXIE STORES, INC., et al.,                          :     Case No. 05-03817-3F1
                                                          :
                                                          :     Chapter 11
                        Debtors.                          :
---------------------------------------------------------x     (Jointly Administered)

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Mary Anne Moreau, being duly sworn, deposes and says that: (i) I am over the age of 18 and not a party to this action; (ii) I am an employee of Alston & Bird LLP, attorneys for Walker, LA Commercial Properties Development Co., LLC; and (iii) on November 22, 2006, I caused to be served a true and correct copy of the *Response of Walker, LA Commercial Properties Development Co., LLC to Debtors' Twenty-Sixth Omnibus Objection to Claims* by mailing the same in a sealed envelope, with postage prepaid thereon, from a post-office or official depository of the U.S. Postal Service to the persons listed below.

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attention: Sally McDonald Henry, Esq.<br>Four Times Square<br>New York, NY 10036 | Smith Hulsey & Busey<br>Attention: Cynthia C. Jackson, Esq.<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202 |

                                    _s / Mary Anne Moreau_
                                    Mary Anne Moreau

Sworn to before me this
22nd day of November 2006

_s / Kim Fitzgerald_
Notary Public, State of New York
N0. 01FI609313
Qualified in Kings County
Commission Expires August 9, 2009

LEGAL02/30167837v1