**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors.[1] | ) | Jointly Administered |

## NOTICE OF HEARING

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **December 14, 2006, at 1:00 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the following applications (the "Applications"):

1. Fourth Interim Application of Akerman Senterfitt for Allowance and Payment of Compensation for Fees in the Amount of $93,764.00 and Reimbursement of Expenses in the Amount of $5,097.03 (June 1, 2006 - September 30, 2006);

2. Fifth Interim Application of Alvarez & Marsal, LLC for Allowance and Payment of Compensation for Fees in the Amount of $400,000.00 and Reimbursement of Expenses in the Amount of $5,551.33 (June 1, 2006 - September 30, 2006);

3. Fifth Interim Application of The Blackstone Group, L.P. for Allowance and Payment of Compensation for Fees in the Amount of $1,793,000.00 and Reimbursement of Expenses in the Amount of $40,860.50 (June 1, 2006 - September 30, 2006);

4. Fifth Interim Application of Carlton Fields, P.A. for Allowance and Payment of Compensation for Fees in the Amount of $783,266.50 and Reimbursement of Expenses in the Amount of $60,192.75 (June 1, 2006 - September 30, 2006);

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

5. Second Interim Application of Deloitte Consulting LLP for Allowance and Payment of Compensation for Fees in the Amount of $113,714.60 and Reimbursement of Expenses in the Amount of $5,919.41 (June 1, 2006 - September 30, 2006);

6. Second Interim Application of Deloitte Financial Advisory Services LLP for Allowance and Payment of Compensation for Fees in the Amount of $333,918.25 and Reimbursement of Expenses in the Amount of $14,049.96 (June 1, 2006 - September 30, 2006);

7. First Interim Application of Deloitte Tax LLP for Allowance and Payment of Compensation for Fees in the Amount of $515,751.70 and Reimbursement of Expenses in the Amount of $21,531.87 (May 29, 2006 - September 30, 2006);

8. Third Interim Application of Deloitte and Touche, LLP for Allowance and Payment of Compensation for Fees in the Amount of $4,566.00 (June 1, 2006 - September 30, 2006);

9. Fifth Interim Application of Houlihan Lokey Howard & Zukin Capital, Inc. for Allowance and Payment of Compensation for Fees in the Amount of $400,000.00 and Reimbursement of Expenses in the Amount of $5,548.47 (June 1, 2006 - September 30, 2006);

10. First Interim Application of Jefferies and Company, Inc. for Allowance and Payment of Compensation for Fees in the Amount of $575,000.00 and Reimbursement of Expenses in the Amount of $33,846.52 (September 1, 2005 - January 31, 2006);

11. Second Interim Application of Jenner & Block LLP for Allowance and Payment of Compensation for Fees in the Amount of $426,614.50 and Reimbursement of Expenses in the Amount of $27,424.43 (June 1, 2006 - September 30, 2006);

12. First and Final Interim Application of Jennis Bowen & Brundage, P.L. for Allowance and Payment of Compensation for Fees in the Amount of $38,647.50 and Reimbursement of Expenses in the Amount of $1,827.12 (September 7, 2005 - September 25, 2006);

13. Fifth Interim Application of King and Spalding LLP for Allowance and Payment of Compensation for Fees in the Amount of $222,885.00 and Reimbursement of Expenses in the Amount of $2,576.97 (June 1, 2006 - September 30, 2006);

14. Fifth Interim Application of KPMG LLP for Allowance and Payment of Compensation for Fees in the Amount of $2,980,025.64 and Reimbursement of Expenses in the Amount of $38,491.09 (June 1, 2006 - September 30, 2006);

15. Fifth Interim Application of Milbank, Tweed, Hadley & McCloy LLP for Allowance and Payment of Compensation for Fees in the Amount of $972,312.50 and Reimbursement of Expenses in the Amount of $74,318.99 (June 1, 2006 - September 30, 2006);

16. First and Final Interim Application of Paul, Hastings, Janofsky & Walker LLP for Allowance and Payment of Compensation for Fees in the Amount of $1,056,672.00 and Reimbursement of Expenses in the Amount of $73,529.90 (August 17, 2005 - January 31, 2006)[2];

17. Fifth Interim Application of PricewaterhouseCoopers LLP for Allowance and Payment of Compensation for Fees in the Amount of $236,361.50 and Reimbursement of Expenses in the Amount of $29,251.33 (June 1, 2006 - September 30, 2006);

18. Fifth Interim Application of Skadden, Arps, Slate, Meagher & Flom LLP for Allowance and Payment of Compensation for Fees in the Amount of $4,122,040.50 and Reimbursement of Expenses in the Amount of $57,007.18 (June 1, 2006 - September 30, 2006);

19. Fifth Interim Application of Smith, Gambrell & Russell LLP for Allowance and Payment of Compensation for Fees in the Amount of $694,368.50 and Reimbursement of Expenses in the Amount of $21,576.23 (June 1, 2006 - September 30, 2006);

20. Fifth Interim Application of Smith Hulsey & Busey for Allowance and Payment of Compensation for Fees in the Amount of $1,371,633.50 and Reimbursement of Expenses in the Amount of $51,653.02 (June 1, 2006 - September 30, 2006);

21. Second Interim Application of Stuart, Maue, Mitchell & James, Ltd. for Allowance and Payment of Compensation for Fees in the Amount of $526,552.00 and Reimbursement of Expenses in the Amount of $4,597.90 (June 1, 2006 - September 30, 2006); and

22. Fifth Interim Application of XRoads Solutions Group, LLC for Allowance and Payment of Compensation for Fees in the Amount of $1,811,021.00 and Reimbursement of Expenses in the Amount of $122,269.61 (May 28, 2006 - September 30, 2006).

---

[2] Following the issuance of the *Initial Report of the Review and Analysis of First and Final Fee Application Submitted by Paul, Hastings, Janofsky & Walker LLP* as prepared by Stuart Maue, dated June 20, 2006, Paul, Hastings, Janofsky & Walker LLP agreed to reduce its fees in the amount of $2,645.50 and its expenses in the amount of $9,033.41.

- 4 -

Only objections filed and served on (i) the respective applicant; (ii) D. J. Baker at djbaker@skadden.com, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036; and (iii) Cynthia C. Jackson at cjackson@smithhulsey.com, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, so as to be received by **December 7, 2006**, will be considered by the Bankruptcy Court at the hearing. The relief requested in the Applications may be granted without a hearing if no objection is timely filed.

You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pantsuit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: November 22, 2006

| SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By:   /s/  *D. J. Baker*<br>       D. J. Baker<br>       Sally McDonald Henry<br>       Rosalie Walker Gray<br>Four Times Square<br>New York, New York  10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | By:   _____<br>       Stephen D. Busey<br>       James H. Post<br>       Cynthia C. Jackson<br>Florida Bar Number 498882<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |