# EXHIBIT C-1

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**TIME SUMMARY**
**(JUNE 1, 2006 - JUNE 30, 2006)**

Bill No: 1113475

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|------|------|------|------|------|
| **PARTNERS** | | | | |
| D. J. (Jan) Baker | 1973 | $835 | 186.60 | $  155,811.00 |
| Ronald C. Barusch | 1978 | 795 | 46.30 | 36,808.50 |
| Katherine M. Bristor | 1981 | 835 | 12.60 | 10,521.00 |
| Sally McDonald Henry | 1983 | 730 | 43.00 | 31,390.00 |
| Peter J. Neckles | 1978 | 835 | 58.10 | 48,513.50 |
| Regina Olshan | 1991 | 755 | 3.30 | 2,491.50 |
| Wallace L. Schwartz | 1977 | 820 | 8.70 | 7,134.00 |
| | | | | |
| | **TOTAL PARTNERS** | | **358.60** | **$  292,669.50** |
| **COUNSEL** | | | | |
| Tiffany T. Boydell | 1995 | $560 | 57.50 | $   32,200.00 |
| Stephanie R. Feld | 1982 | 560 | 106.40 | 59,584.00 |
| Rosalie W. Gray | 1982 | 560 | 222.10 | 124,376.00 |
| Alexandra Margolis | 1986 | 560 | 52.60 | 29,456.00 |
| Nancy G. Rubin | 1986 | 560 | 2.40 | 1,344.00 |
| Anthony Saldana | 1995 | 560 | 20.90 | 11,704.00 |
| | | | | |
| | **TOTAL COUNSEL** | | **461.90** | **$  258,664.00** |
| **ASSOCIATES** | | | | |
| Steven Eichel | 1988 | $540 | 124.70 | $   67,338.00 |
| Danny J. Hart Jr. | 2005 | 335 | 49.30 | 16,515.50 |
| Denise Kaloudis | 2003 | 440 | 44.10 | 19,404.00 |
| Kelley M. Keller | 1989 | 540 | 10.20 | 5,508.00 |
| Jessica Kempf | 2005 | 375 | 17.50 | 6,562.50 |
| Kimberly A. LaMaina | 2001 | 465 | 136.50 | 63,472.50 |
| Jane M. Leamy | 1995 | 540 | 150.40 | 81,216.00 |
| Eamonn O'Hagan | 2004 | 375 | 16.00 | 6,000.00 |
| Jessenia Paoli | 2005 | 375 | 5.30 | 1,987.50 |
| Adam S. Ravin | 1995 | 540 | 226.70 | 122,418.00 |
| Abraham A. Reshtick | 2001 | 465 | 82.30 | 38,269.50 |
| Keith Sambur | 2005 | 375 | 122.60 | 45,975.00 |
| David M. Turetsky | 2002 | 440 | 183.70 | 80,828.00 |

| | | | | |
|---|---|---|---|---|
| Christian P. Wenzel | 2003 | 440 | 15.50 | 6,820.00 |
| | **TOTAL ASSOCIATES** | | **1,184.80** | **$ 562,314.50** |

**SUMMER/WINTER ASSOCIATES**

| | | | | |
|---|---|---|---|---|
| Jennifer A. Karpe | | $170 | 30.20 | $   5,134.00 |
| | **TOTAL SUMMER/WINTER ASSOCIATES** | | **30.20** | **$   5,134.00** |

**PARAPROFESSIONALS**

| | | | | |
|---|---|---|---|---|
| Donald Rockness | | $175 | 5.50 | $      962.50 |
| Joseph J. Roman | | 75 | 4.60 | 345.00 |
| Johannes A. Wetzel | | 175 | 103.00 | 18,025.00 |
| Ronald E. Wittman, Jr. | | 230 | 46.30 | 10,649.00 |
| | **TOTAL PARAPROFESSIONALS** | | **159.40** | **$  29,981.50** |
| | **TOTAL** | | **2,194.90** | **$1,148,763.50** |
| | **BLENDED HOURLY RATE** | | | **$523.38** |

CH09E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**PROJECT CATEGORY SUMMARY**
**(JUNE 1, 2006 - JUNE 30, 2006)**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| General Corporate Advice | 22.00 | $13,879.00 |
| Assets Dispositions (General) | 13.60 | $8,639.50 |
| Business Operations / Strategic Planning | 8.10 | $5,318.00 |
| Case Administration | 135.50 | $28,284.50 |
| Claims Admin. (General) | 187.20 | $95,909.50 |
| Claims Admin. (Reclamation/Trust Funds) | 55.60 | $30,024.00 |
| Creditor Meetings/Statutory Committees | 7.50 | $5,457.00 |
| Disclosure Statement/ Voting Issues | 456.20 | $238,152.00 |
| Employee Matters (General) | 40.90 | $29,604.00 |
| Executory Contracts (Personalty) | 140.20 | $71,099.00 |
| Financing (DIP and Emergence) | 239.20 | $145,112.50 |
| Insurance | 115.90 | $53,206.50 |
| Investigations and Reviews | 20.50 | $14,108.50 |
| Leases (Real Property) | 42.60 | $21,579.50 |
| Liquidation / Feasibility | 2.00 | $1,080.00 |
| Regulatory and SEC Matters | 0.20 | $112.00 |
| Reorganization Plan / Plan Sponsors | 457.70 | $274,462.00 |
| Retention / Fee Matters (SASM&F) | 57.30 | $24,720.00 |
| Retention / Fee Matters / Objections (Others) | 34.70 | $15,788.50 |
| Tax Matters | 15.00 | $11,187.50 |
| Utilities | 47.90 | $22,237.00 |
| Vendor Matters | 6.80 | $3,672.00 |
| Fee Examiner | 88.30 | $35,131.00 |
| **TOTAL** | **2194.90** | **$1,148,763.50** |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 06/30/06
General Corporate Advice                                         Bill Number: 1113475

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER DJ | 06/07/06 | 1.20 | REVIEW MATERIALS PREPARED FOR BOARD OF DIRECTORS, IN PREPARATION FOR TELEPHONIC MEETING OF BOARD OF DIRECTORS (1.2). |
| BAKER DJ | 06/08/06 | 3.40 | CONTINUE PREPARATION FOR CONFERENCE CALL WITH BOARD OF DIRECTORS (1.1); PARTICIPATE IN CONFERENCE CALL WITH BOARD OF DIRECTORS (2.0); TELEPHONE CALL STEVE BUSEY WITH RESPECT TO CALL WITH BOARD OF DIRECTORS (.3). |
| BAKER DJ | 06/12/06 | 0.30 | TELEPHONE CALL J. SKELTON REGARDING BOARD MEETING (.3). |
| RUBIN NG | 06/13/06 | 0.50 | DISCUSSION WITH R. BARUSCH AND R. OLIVER; REVIEW MATERIALS. |
| RUBIN NG | 06/14/06 | 0.60 | REVIEW RISK FACTORS; DISCUSSION WITH R. OLIVER; DISCUSSION WITH R. BARUSCH. |
| RUBIN NG | 06/18/06 | 1.30 | REVISE RISK FACTOR DISCLOSURE. |
| SALDANA A | 06/19/06 | 3.00 | ANALYZE AND DRAFT FORWARD LOOKING STATEMENTS LEGEND FOR DISCLOSURE STATEMENT (3.0). |
| SALDANA A | 06/23/06 | 4.50 | ANALYZE SECURITIES LAW ISSUES RELATED TO PLAN OF REORGANIZATION (3.0); DRAFT SUMMARY OF COMMON STOCK FOR POR FOR R. GRAY (1.0); REVIEW PUBLIC ANNOUNCEMENTS RELATED TO PLAN (0.5). |
| SALDANA A | 06/24/06 | 2.50 | ANALYZE SECURITIES ACT ISSUES RELATED TO PLAN OF REORGANIZATION (2.5). |
| SALDANA A | 06/25/06 | 1.20 | ANALYZE SECURITIES ACT ISSUES RELATED TO PLAN (1.0); REVIEW AGREEMENT FOR R. GRAY RE: TREATMENT OF PRE-PETITION CLAIMS (0.2). |
| SALDANA A | 06/27/06 | 1.00 | REVIEW AND ANALYZE SECURITIES DISCLOSURE ISSUES FOR PLAN/DISCLOSURE STATEMENT (1.0). |
| SALDANA A | 06/28/06 | 0.90 | REVIEW POR DISCLOSURE ISSUES (0.5). |
| BARUSCH RC | 06/29/06 | 0.90 | REVISE 8-K. |
| SALDANA A | 06/30/06 | 0.70 | REVIEW STATUS OF SECURITIES AND CORPORATE RELATED ITEMS AND DRAFT ISSUES LIST (0.7). |

**MATTER TOTAL**                       <u>22.00</u>

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Winn-Dixie Stores, Inc. (DIP)**                                    **Bill Date: 06/30/06**
**Assets Dispositions (General)**                                   **Bill Number: 1113475**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 06/07/06 | 0.10 | EMAIL EXCHANGE WITH R. BARUSCH AND A. SALDANA RE: BK FOODS DEPOSIT ISSUE (0.1). |
| SALDANA A | 06/07/06 | 1.20 | ANALYZE DEPOSIT ISSUES (0.7); CALL W/ R. CHAKRAPANI RE BAHAMIAN GOVERNMENTAL APPROVALS (0.1); CALL WITH D. WELLS AND R. CHAKRAPANI RE: BAHAMIAN GOVERNMENTAL APPROVALS (0.2); CALL W/ S. BUSEY RE: DEPOSIT INQUIRIES FROM BK FOODS (0.2). |
| RAVIN AS | 06/07/06 | 0.20 | REVIEW MEMO FROM R. OLIVER RE: DEPOSIT RETURN (.2). |
| GRAY RW | 06/09/06 | 0.10 | REVIEW LETTER FROM BK FOODS RE: BAHAMAS TRANSACTION AND EMAIL EXCHANGE WITH A. RAVIN, R. BARUSCH AND T. SALDANA RE: SAME (0.1). |
| SALDANA A | 06/09/06 | 2.30 | DRAFT LETTER TO COUNSEL TO BK FOODS IN BAHAMAS TRANSACTION (1.3); ANALYZE ISSUES REGARDING RETURN OF DEPOSIT TO BK FOODS IN BAHAMAS TRANSACTION (1.0). |
| RAVIN AS | 06/09/06 | 0.90 | REVIEW BK FOODS CORRESPONDENCE RE: DEPOSIT, REVIEW CORRESPONDENCE FROM M. BARR RE: SAME (.2); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM S. BUSEY RE: SAME, DRAFT MEMOS TO AND REVIEW MEMOS FROM A. SALDANA AND R. BARUSCH RE: SAME (.2); REVIEW BK FOODS AGREEMENT RE: TERMINATION PROVISION (.2); CONFERENCE WITH A. SALDANA RE: SAME (.2); DRAFT CORRESPONDENCE TO M. BARR RE: SAME (.1). |
| SALDANA A | 06/10/06 | 0.10 | ANALYZE ISSUES SURROUNDING CHANGE IN CURRENCY FOR PAYMENT OF PURCHASE PRICE (0.1). |
| BARUSCH RC | 06/11/06 | 0.80 | REVIEW BK LETTER AND PREPARE RESPONSE. |
| BARUSCH RC | 06/12/06 | 1.60 | REVISE BAHAMAS RESPONSE LETTER. |
| SALDANA A | 06/12/06 | 0.10 | ANALYZE ISSUES AND REVIEW CORRESPONDENCE RE DESPOSIT ISSUES (0.1). |
| RAVIN AS | 06/12/06 | 0.30 | REVIEW DRAFT RESPONSE TO BK FOODS DEPOSIT LETTER, REVIEW MEMOS FROM R. BARUSCH AND A. SALDANA RE: SAME (.2); DRAFT MEMO TO AND REVIEW MEMO FROM R. GRAY RE: BREAK UP FEE FOR BAHAMAS (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BARUSCH RC | 06/13/06 | 2.10 | BAHAMAS SALE - REVISE LETTER BASED ON COMMITTEE COMMENTS. |
| GRAY RW | 06/13/06 | 0.40 | MAKE ADDITIONAL REVISIONS TO PLAN (0.3); DRAFT MEMO TO CLIENT AND ADVISORS RE: UPDATED VERSION (0.1). |
| RAVIN AS | 06/13/06 | 0.10 | REVIEW MEMO FROM R. BARUSCH RE: BK FOODS RESPONSE, REVIEW CORRESPONDENCE FROM M. BARR RE: SAME. |
| GRAY RW | 06/14/06 | 0.10 | REVIEW NOTICE OF WITHDRAWAL OF SALE MOTION AND EXCHANGE EMAILS WITH C. JACKSON RE: SAME (0.1). |
| SALDANA A | 06/19/06 | 0.20 | REVIEW AND ANALYZE BK FOODS LETTER AND RELATED TERMINATION ISSUES (0.2). |
| RAVIN AS | 06/19/06 | 0.10 | REVIEW MEMO FROM A. SALDANA RE: STATUS OF BAHAMAS SALE. |
| SALDANA A | 06/21/06 | 0.90 | ADVISE C. IBOLD RE STATUS OF BAHAMAS SALE (0.1); ANALYZE NEW COMMON STOCK ISSUES (0.5); CALLS W/ J. SMITH AT SHB RE NEW COMMON STOCK ISSUES (0.3). |
| RAVIN AS | 06/21/06 | 0.10 | REVIEW MULTIPLE CORRESPONDENCE FROM C. IBOLD RE: BAHAMAS STATUS AND QUESTIONS RE: TRANSITION SERVICES, DRAFT MULTIPLE CORRESPONDENCE TO SAME RE: SAME, DRAFT MEMOS TO A. SALDANA RE: SAME. |
| SALDANA A | 06/22/06 | 0.20 | CALL W/ C. IBOLD AND J. JAMES RE TRANSITION SERVICES AGREEMENT FOR BAHAMIAN TRANSACTION (0.1); PREPARATION FOR CALL RE TRANSITION SERVICES AGREEMENT (0.1). |
| SALDANA A | 06/26/06 | 1.70 | COMMENT ON PRESS RELEASE (0.7); COMMENT ON POR (0.5); REVIEW DRAFTS OF SECURITIES-LAW RELATED SECTIONS OF THE POR (0.5). |

**MATTER TOTAL**                              **13.60**

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                      Bill Date: 06/30/06
Business Operations / Strategic Planning           Bill Number: 1113475

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER DJ | 06/06/06 | 0.80 | CONFERENCE CALL WITH SENIOR MANAGEMENT GROUP TO DISCUSS OPERATIONS (.8). |
| GRAY RW | 06/06/06 | 0.80 | PARTICIPATE IN UPDATE CALL WITH CLIENT AND ADVISORS RE: STATUS AND STRATEGY ON PENDING MATTERS (0.8). |
| RAVIN AS | 06/06/06 | 0.80 | WEEKLY STATUS CALL WITH D. J. BAKER, R. GRAY, S. BUSEY, P. LYNCH, L. APPEL, J. CASTLE, H. ETLIN, AND F. HUFFARD RE: STATUS RE: RETIREES STATUS, LANDLORD ISSUES, CONTINGENT EMPLOYEE CLAIMS, ETC., SUB CON. |
| BAKER DJ | 06/13/06 | 0.60 | PARTICIPATE IN CONFERENCE CALL WITH SENIOR MANAGEMENT REGARDING OPERATIONS (.6). |
| HENRY S | 06/13/06 | 0.50 | PARTICIPATE IN WEEKLY UPDATE CALL ON PLAN/BUSINESS ISSUES WITH COMPANY AND ADVISORS (PARTIAL). |
| GRAY RW | 06/13/06 | 0.60 | CONF CALL WITH CLIENT AND ADVISORS RE: STATUS AND STRATEGY ON PENDING MATTERS (0.6). |
| RAVIN AS | 06/13/06 | 0.60 | WEEKLY TELEPHONE CONFERENCE WITH P. LYNCH, L. APPEL, J. CASTLE, D. J. BAKER, R. GRAY, S. BUSE, M. FRIETAG AND OTHERS. |
| BAKER DJ | 06/20/06 | 0.60 | PARTICIPATE IN CONFERENCE CALL WITH SENIOR MANAGEMENT AND OUTSIDE ADVISORS TO REVIEW BUSINESS AND OPERATIONS (.6). |
| HENRY S | 06/20/06 | 0.60 | PARTICIPATE IN CONFERENCE CALL WITH COMPANY AND ADVISORS RELATING TO PLAN UPDATE AND RESTRUCTURING ISSUES. |
| GRAY RW | 06/20/06 | 0.60 | PARTICIPATE IN UPDATE CALL WITH CLIENT AND ADVISORS RE: STATUS AND STRATEGY ON PENDING MATTERS (0.6). |
| RAVIN AS | 06/20/06 | 0.60 | WEEKLY STATUS CALL WITH L. APPEL, D. J. BAKER, S. HENRY, R. GRAY, P. LYNCH, B. NUSSBAUM, F. HUFFARD, M. FRIETAG AND OTHERS. |
| HENRY S | 06/27/06 | 0.50 | PARTICIPATE IN WEEKLY STRATEGY CALL WITH WD AND ITS ADVISORS RELATING TO PLAN AND EMERGENCE ISSUES. |
| GRAY RW | 06/27/06 | 0.50 | PARTICIPATE IN UPDATE CALL WITH CLIENT AND ADVISORS (0.5). |

**MATTER TOTAL**                      **8.10**

D08A

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Winn-Dixie Stores, Inc. (DIP)                          Bill Date: 06/30/06
Case Administration                                    Bill Number: 1113475

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 06/01/06 | 0.10 | REVIEW 6/1 DOCKET UPDATE (0.1). |
| RAVIN AS | 06/01/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET. |
| WETZEL JA | 06/01/06 | 3.30 | PREPARE AND DISTRIBUTE DOCKET AND MEDIA UPDATES (.8), PREPARE AND DISTRIBUTE CASE CALENDAR DRAFT (1), ASSEMBLE DOCUMENTS FOR STEVE EICHEL, STEPHANIE FELD AND ADAM RAVIN (1.5). |
| ROMAN JJ | 06/01/06 | 0.20 | REVIEW DOCKET REPORT FOR ATTORNEY UPDATES  RE: BUEHLERS FOODS CASE. |
| GRAY RW | 06/02/06 | 0.10 | REVIEW 6/2 DOCKET UPDATE (0.1). |
| RAVIN AS | 06/02/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET. |
| GRAY RW | 06/05/06 | 0.50 | REVIEW 6/5 DOCKET UPDATE (0.1); REVIEW/DISTRIBUTE INCOMING CORRESPONDENCE AND PLEADINGS (0.3); REVIEW AND COMMENT ON CASE CALENDAR (0.1). |
| EICHEL S | 06/05/06 | 0.10 | REVIEW CASE CALENDAR. |
| LAMAINA KA | 06/05/06 | 0.40 | REVIEW WINN-DIXIE UPDATE REPORTS (.4). |
| LEAMY JM | 06/05/06 | 0.20 | REVIEW AND COMMENT ON CASE CALENDAR. |
| RAVIN AS | 06/05/06 | 0.20 | MONITOR PLEADINGS FILED ON DOCKET (.1); REVIEW DRAFT CASE CALENDAR (.1). |
| WETZEL JA | 06/05/06 | 5.30 | PREPARE AND DISTRIBUTE DOCKET AND MEDIA UPDATES (.8); UPDATE CASE CALENDAR (1); ASSEMBLE DOCUMENTS FOR A. RAVIN AND S. EICHEL (1); DISTRIBUTE PLEADINGS TO ATTORNEYS (2); PULL CASE FOR R. GRAY (.5). |
| ROMAN JJ | 06/05/06 | 0.30 | REVIEW DOCKET REPORT FOR ATTORNEY UPDATES  RE: BUEHLERS FOODS CASE. |
| FELD SR | 06/06/06 | 0.30 | REVIEW NEW ENTRIES ON DOCKET, CORRESPONDING PLEADINGS AND UPDATED CASE CALENDAR (.2); REVIEW MEDIA ARTICLE ON STATUS OF WINN-DIXIE CASE (.1). |
| GRAY RW | 06/06/06 | 0.10 | REVIEW 6/6 DOCKET UPDATE (0.1). |
| RAVIN AS | 06/06/06 | 0.10 | MONITOR CLAIMS FILED ON DOCKET. |
| WETZEL JA | 06/06/06 | 3.80 | PREPARE AND DISTRIBUTE DOCKET AND MEDIA UPDATES (.8); ASSEMBLE DOCUMENTS FOR S. EICHEL (1); UPDATE AND DISTRIBUTE CASE CALENDAR (1); FILE MISC. PLEADINGS AND CORRESPONDENCE (1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| ROMAN JJ | 06/06/06 | 0.50 | RETRIEVE DOCKET REPORT FOR ATTORNEY UPDATES  RE: BUEHLERS FOODS CASE (.2); SEARCH DOCKET FOR DOCUMENT RETRIEVAL RE: COURT NOTICE SETTING HEARING MOTION (.3). |
|---|---|---|---|
| GRAY RW | 06/07/06 | 0.10 | REVIEW 6/7 DOCKET UPDATE (0.1). |
| LAMAINA KA | 06/07/06 | 0.20 | PREPARE MEMORANDA TO M. BALCH AND T. REYNOLDS RE: CASE PRECEDENT MATERIAL ON INSURANCE FOR EFFICIENT US IN CASES (.2). |
| RAVIN AS | 06/07/06 | 0.30 | MONITOR PLEADINGS FILED ON DOCKET (.1); REVIEW NOTICE RE: SERVICE ISSUES FOR VR GLOBAL PARTNERS, CONFERENCE WITH H. WETZEL RE: SAME (.2). |
| WETZEL JA | 06/07/06 | 2.00 | PREPARE AND DISTRIBUTE DOCKET AND MEDIA UPDATES (.8); UPDATE CASE CALENDAR (.6); CORRECT RETURNED MAILING ORIGNALLY SENT TO VR CAPITAL (.6). |
| ROMAN JJ | 06/07/06 | 0.20 | RETRIEVE DOCKET REPORT FOR ATTORNEY UPDATES  RE: BUEHLERS FOODS CASE. |
| GRAY RW | 06/08/06 | 0.20 | DRAFT MEMO TO SH&B RE: MOTIONS TO BE FILED TOMORROW (0.1); REVIEW 6/8 DOCKET UPDATE (0.1). |
| RAVIN AS | 06/08/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET. |
| TURETSKY DM | 06/08/06 | 0.10 | TELEPHONE CALL WITH W. PRICE RE: INQUIRY CONCERNING STATUS OF WINN-DIXIE CHAPTER 11 CASES (0.1). |
| WETZEL JA | 06/08/06 | 1.80 | PREPARE AND DISTRIBUTE DOCKET AND MEDIA UPDATES (.8); UPDATE CASE CALENDAR (1);. |
| WITTMAN, JR. RE | 06/08/06 | 0.80 | OBTAIN/ORDER PRECEDENT PLANS AND DISCLOSURE STATEMENTS. |
| ROMAN JJ | 06/08/06 | 0.20 | RETRIEVE DOCKET REPORT FOR ATTORNEY UPDATES  RE: BUEHLERS FOODS CASE. |
| GRAY RW | 06/09/06 | 0.20 | REVIEW AND COMMENT ON DRAFT HEARING AGENDA (0.1); REVIEW 6/9 DOCKET UPDATE (0.1). |
| LEAMY JM | 06/09/06 | 0.20 | REVIEW AND COMMENT ON JUNE 15 HEARING AGENDA. |
| RAVIN AS | 06/09/06 | 0.20 | MONITOR PLEADINGS FILED ON DOCKET (.1); REVIEW AND REVISE JUNE 15TH HEARING AGENDA, REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO C. JACKSON RE: SAME (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| WETZEL JA | 06/09/06 | 6.80 | PREPARE AND DISTRIBUTE DOCKET AND MEDIA UPDATES (.8); UPDATE CASE CALENDAR (1); ASSIST STEVE EICHEL TO CREATE AND SERVE LIBMAN AND SANDERSON MOTIONS (3); ASSIST JANE LEAMY W/ SERVICE OF MOTION (2). |
| ROMAN JJ | 06/09/06 | 0.30 | REVIEW BUEHLER'S COURT DOCKET AND RETRIEVE DOCUMENT RE: MOTION FOR PAYMENT OF POST-PETITION EXPENSES. |
| LEAMY JM | 06/11/06 | 0.10 | REVIEW AND COMMENT ON CASE CALENDAR. |
| GRAY RW | 06/12/06 | 0.20 | REVIEW 6/12 DOCKET UPDATE (0.1); REVIEW AND COMMENT ON CASE CALENDAR (0.1). |
| EICHEL S | 06/12/06 | 0.10 | REVIEW AND REVISE CASE CALENDAR. |
| RAVIN AS | 06/12/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET. |
| TURETSKY DM | 06/12/06 | 0.20 | REVIEW AND COMMENT RE: CASE CALENDAR (0.2). |
| WETZEL JA | 06/12/06 | 5.00 | PREPARE AND DISTRIBUTE DOCKET AND MEDIA UPDATES (.8), PREPARE AND FILE CERTIFICATES OF SERVICE (2.2), PREPARE AND DISTRIBUTE CASE CALENDAR (1), PREPARE EXHIBIT TO MOTION FOR A. RAVIN (1). |
| GRAY RW | 06/13/06 | 0.20 | PROVIDE CALENDAR UPDATE COMMENTS (0.1); REVIEW 6/13 DOCKET UPDATE (0.1). |
| RAVIN AS | 06/13/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET. |
| WETZEL JA | 06/13/06 | 6.00 | PREPARE AND DISTRIBUTE DOCKET AND MEDIA UPDATES (.8), PREPARE DISTRIBUTION LIST FOR MOTION (2.5), FILE MISC. PLEADINGS AND CORRESPONDENCE (1.2), UPDATE AND DISTRIBUTE CASE CALENDAR (1.5). |
| ROMAN JJ | 06/13/06 | 0.40 | RETRIEVE DOCKET REPORT FOR ATTORNEY UPDATES  RE: BUEHLERS FOODS CASE. |
| GRAY RW | 06/14/06 | 0.20 | REVIEW AND COMMENT ON HEARING AGENDA (0.1); REVIEW 6/14 DOCKET UPDATE (0.1). |
| RAVIN AS | 06/14/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET. |
| WETZEL JA | 06/14/06 | 6.00 | PREPARE AND DISTRIBUTE DOCKET AND MEDIA UPDATES (.8), ASSEMBLE PLEADINGS FOR R. GRAY AND S. EICHEL (1.6), UPDATE CASE CALENDAR (1.5), UPDATE SERVICE LIST FOR MOTION (1.5), FILE MISC. PLEADINGS AND CORRESPONDENCE (.6). |
| WITTMAN, JR. RE | 06/14/06 | 2.30 | ASSEMBLE BINDERS OF PRECEDENT PLAN DOCUMENTS. |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ROMAN JJ | 06/14/06 | 0.20 | RETRIEVE DOCKET REPORT FOR ATTORNEY UPDATES  RE: BUEHLERS FOODS CASE. |
| GRAY RW | 06/15/06 | 0.10 | REVIEW 6/15 DOCKET UPDATE (0.1). |
| RAVIN AS | 06/15/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET. |
| WETZEL JA | 06/15/06 | 4.30 | PREPARE AND DISTRIBUTE DOCKET UPDATES (1), UPDATE AND DISTRIBUTE CASE CALENDAR (1.5), UPDATE SERVICE LIST FOR MOTION (1), ASSEMBLE DOCUMENTS FOR R. GRAY AND S. EICHEL (.8). |
| WITTMAN, JR. RE | 06/15/06 | 3.40 | SEARCH DOCKETS FOR PRECEDENT PLAN EXHIBITS AND ASSEMBLE BINDERS. |
| ROMAN JJ | 06/15/06 | 0.20 | RETRIEVE DOCKET REPORT FOR ATTORNEY UPDATES  RE: BUEHLERS FOODS CASE. |
| GRAY RW | 06/16/06 | 0.70 | REVIEW 6/16 DOCKET UPDATE (0.1); REVIEW/ORGANIZE AND PREPARE STATUS LIST RE: PENDING ISSUES (0.6). |
| RAVIN AS | 06/16/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET. |
| WETZEL JA | 06/16/06 | 6.00 | PREPARE AND DISTRIBUTE DOCKET AND MEDIA UPDATES (.8), UPDATE CASE CALENDAR (1), PREPARE ORDERS FROM 6/15/06 HEARING FOR DISTRIBUTION (1), UPDATE SERVICE LIST FOR MOTION (.7), SERVE MOTIONS AND PREPARE AND FILE CERTIFICATE OF SERVICE (1.6), FILE MISC. PLEADINGS AND CORRESPONDENCE (.9). |
| WITTMAN, JR. RE | 06/16/06 | 3.80 | ASSEMBLE BINDERS OF PRECEDENT PLANS AND EXHIBITS. |
| GRAY RW | 06/19/06 | 0.10 | REVIEW 6/19 DOCKET UPDATE (0.1). |
| LEAMY JM | 06/19/06 | 0.20 | REVIEW AND COMMENT ON CASE CALENDAR. |
| RAVIN AS | 06/19/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET. |
| WETZEL JA | 06/19/06 | 5.00 | PREPARE AND DISTRIBUTE DOCKET AND MEDIA UPDATES (.8); CHECK DOCKET AND DISTRIBUTE ORDERS FROM 6/15/06 HEARING (1); PREPARE CASE CALENDAR (1); SERVE PLEADINGS FOR J. LEAMY (1); ASSEMBLE PLEADINGS AND MISC. DOCUMENTS FOR ATTORNEYS (1.2). |
| ROMAN JJ | 06/19/06 | 0.20 | RETRIEVE DOCKET REPORT FOR ATTORNEY UPDATES  RE: BUEHLERS FOODS CASE. |
| GRAY RW | 06/20/06 | 0.10 | REVIEW 6/20 DOCKET UPDATE (0.1). |
| LAMAINA KA | 06/20/06 | 0.20 | TELECONFERENCE C. JACKSON ON EQUITY COMMITTEE, RETURN CALL ON SAME (.1); TELECONFERENCE K. WARD ON AUGUST AND SEPT. HEARINGS (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| WETZEL JA | 06/20/06 | 4.90 | PREPARE AND DISTRIBUTE DOCKET AND MEDIA UPDATES (.8); ASSEMBLE AND DISTRIBUTE LOCAL RULES TO A. MARGOLIS (.5); PREPARE AND FILE CERTIFICATE OF SERVICE FOR J. LEAMY (1.1); UPDATE GUARANTEE MOTION DISTRIBUTION LIST (1); DISTRIBUTE ORDERS FROM 6/15/06 HEARING (.5); DISTRIBUTE PLEADINGS FOR S. EICHEL (1). |
| ROMAN JJ | 06/20/06 | 0.30 | RETRIEVE DOCKET REPORT FOR ATTORNEY UPDATES  RE: BUEHLERS FOODS CASE. |
| GRAY RW | 06/21/06 | 0.10 | REVIEW 6/21 DOCKET UPDATE (0.1). |
| RAVIN AS | 06/21/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET. |
| WETZEL JA | 06/21/06 | 6.00 | PREPARE AND DISTRIBUTE DOCKET AND MEDIA UPDATES (.8); PRINT DOCUMENTS FOR A. RAVIN (.5); ASSEMBLE PLEADINGS FOR A. MARGOLIS (1); CREATE LABELS FOR GUARANTEE MOTION SERVICE (1); FILE PLEADINGS AND CORRESPONDENCE (1); UPDATE WORKING GROUP LIST (1); UPDATE GUARANTEE MOTION DISTRIBUTION LIST (.7). |
| ROMAN JJ | 06/21/06 | 0.20 | RETRIEVE DOCKET REPORT FOR ATTORNEY UPDATES  RE: BUEHLERS FOODS CASE. |
| GRAY RW | 06/22/06 | 0.20 | REVIEW AND RESPOND TO MEMO FROM C. NASS RE: CASE CALENDAR (0.1); REVIEW 6/22 DOCKET UPDATE (0.1). |
| RAVIN AS | 06/22/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET. |
| WETZEL JA | 06/22/06 | 6.00 | PREPARE AND DISTRIBUTE DOCKET AND MEDIA UPDATES (.8); PREPARE FEE APPLICATION BINDERS FOR K. LAMAINA (1.2); UPDATE GUARANTEE MOTION DISTRIBUTION LIST AND PREPARE ENVELOPES FOR SERVICE (1); UPDATE AND DISTRIBUTE CASE CALENDAR (1.5); FILE PLEADINGS AND MISC. CORRESPONDENCE INCLUDING RETURNED MAIL (1); ASSIST LEGAL ASSISTANT TO ACCUTRAC MISC. CASE FILES (.5). |
| ROMAN JJ | 06/22/06 | 0.20 | RETRIEVE DOCKET REPORT FOR ATTORNEY UPDATES  RE: BUEHLERS FOODS CASE. |
| GRAY RW | 06/23/06 | 0.20 | REVIEW 6/23 DOCKET UPDATE (0.1); REVIEW AND COMMENT ON HEARING AGENDA (0.1). |
| LEAMY JM | 06/23/06 | 0.20 | REVIEW PROPOSED JUNE 29 HEARING AGENDA. |
| RAVIN AS | 06/23/06 | 0.20 | REVIEW AND REVISE PLEADINGS FILED ON DOCKET (.1); REVIEW AND REVISE JUNE 29TH HEARING AGENDA (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| WETZEL JA | 06/23/06 | 6.80 | PREPARE AND DISTRIBUTE DOCKET AND MEDIA UPDATES (.8); ASSIST S. EICHEL TO PREPARE AND SERVE MOTION (2); ASSIST A. RAVIN TO PREPARE AND SERVE MOTION (2); UPDATE AND DISTRIBUTE WORKING GROUP LIST (1); UPDATE CASE CALENDAR (1). |
| GRAY RW | 06/26/06 | 0.10 | REVIEW 6/26 DOCKET UPDATE (0.1). |
| LAMAINA KA | 06/26/06 | 0.50 | TELECONFERENCE SMITH HULSEY ON AUG. HEARING DATES (.1); TELECONFERENCE US TRUSTEE, COMPANY, STUART MAUE RE AUG. HRG. DATES (.4). |
| ROMAN JJ | 06/26/06 | 0.20 | RETRIEVE DOCKET REPORT FOR ATTORNEY UPDATES  RE: BUEHLERS FOODS CASE. |
| WETZEL JA | 06/27/06 | 7.00 | PREPARE AND DISTRIBUTE DOCKET AND MEDIA UPDATES (.8); PREPARE AND FILE GUARANTEE MOTION CERTIFICATES OF SERVICE (2); PRINT DOCUMENTS FOR R. GRAY (1); SEARCH DOCKET AND ASSEMBLE PLEADINGS FOR A. RAVIN AND R. GRAY (1); UPDATE CASE CALENDAR (1.2), FILE PLEADINGS AND CORRESPONDENCE (1). |
| ROMAN JJ | 06/27/06 | 0.20 | RETRIEVE DOCKET REPORT FOR ATTORNEY UPDATES  RE: BUEHLERS FOODS CASE. |
| GRAY RW | 06/28/06 | 0.10 | REVIEW 6/28 DOCKET UPDATE (0.1). |
| LAMAINA KA | 06/28/06 | 0.20 | REVIEW EMAIL FROM K. WARD RE HEARING DATES OCT. AND DEC. AND MATTERS TO BE HEARD (.2). |
| WETZEL JA | 06/28/06 | 9.60 | PREPARE AND DISTRIBUTE DOCKET AND MEDIA UPDATES (.8), UPDATE AND DISTRIBUTE CASE CALENDAR (1.3); UPDATE AND DISTRIBUTE WORKING GROUP LIST (1); SERVE GUARANTEE MOTION (1); SEARCH DOCKET AND ASSEMBLE PLEADINGS FOR A. RAVIN AND R. GRAY (.6); ASSIST WITH PREPARATION OF REORGANIZATION PLAN (4.9). |
| WITTMAN, JR. RE | 06/28/06 | 6.20 | REVIEW EXECUTIVE PROTECTIONS AND PROPERTY SUMMARY CHARTS FOR ACCURACY AGAINST CLAIMS REGISTER. |
| ROMAN JJ | 06/28/06 | 0.30 | RETRIEVE DOCKET REPORT FOR ATTORNEY UPDATES  RE: BUEHLERS FOODS CASE. |
| FELD SR | 06/29/06 | 0.10 | REVIEW PRESS RELEASE RE: FILING PLAN (.1). |
| GRAY RW | 06/29/06 | 0.10 | REVIEW 6/29 DOCKET UPDATE (0.1). |
| RAVIN AS | 06/29/06 | 0.90 | REVIEW EXAMINER REPORT (.7); REVIEW PLEADINGS FILED ON DOCKET (.1); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM K. LOGAN RE: RETURNED SERVICE ITEM, CONFERENCE WITH SAME RE: SAME (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| WETZEL JA | 06/29/06 | 4.60 | PREPARE AND DISTRIBUTE DOCKET AND MEDIA UPDATES (.8); UPDATE AND DISTRIBUTE CASE CALENDAR (.7); SEARCH DOCKET AND ASSEMBLE PLEADINGS FOR ATTORNEYS (.8); CHECK CONTRACT/LEASE LIST FOR D. TURETSKY (.8); PREPARE AND FILE CERTIFICATE OF SERVICE (1); COMMUNICATE WITH LOGAN AND CO AND KIM WARD RE: RETURNED MAIL (.5). |
| ROMAN JJ | 06/29/06 | 0.20 | RETRIEVE DOCKET REPORT FOR ATTORNEY UPDATES  RE: BUEHLERS FOODS CASE. |
| GRAY RW | 06/30/06 | 1.20 | DRAFT MEMO TO J. WETZEL RE: PHONE LINE MONITORING IN VIEW OF NOTICING (0.1); REVIEW 6/30 DOCKET UPDATE (0.1); PRELIMINARY CONF CALL WITH J. JAMES, E. LANE ET AL. RE: XROADS TRANSITION (0.3); CONF CALL WITH J. CASTLE, J. JAMES, B. KICHLER, J. YOUNG, E. LANE, J. EDMONSON ET AL. RE: XROADS TRANSITION (0.7). |
| RAVIN AS | 06/30/06 | 0.20 | REVIEW PLEADINGS FILED ON DOCKET. |
| WETZEL JA | 06/30/06 | 2.80 | PREPARE AND DISTRIBUTE MEDIA AND DOCKET UPDATES (.8); UPDATE CASE CALENDAR (.5); ASSEMBLE PLEADINGS FOR ATTORNEY (.5); ASSEMBLE OBJECTIONS FOR A. RAVIN (1). |
| ROMAN JJ | 06/30/06 | 0.30 | RETRIEVE DOCKET REPORT FOR ATTORNEY UPDATES  RE: BUEHLERS FOODS CASE. |

**MATTER TOTAL**             <u>135.50</u>

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                    Bill Date: 06/30/06
Claims Admin. (General)                          Bill Number: 1113475

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 06/01/06 | 1.90 | REVIEW LOGAN REPORT ON CLAIMS AVAILABLE FOR OBJECTION (0.4); EXCHANGE EMAILS WITH J. LEAMY RE: SAME (0.2); DRAFT MEMO TO S. HENRY RE: WORKERS COMP CLAIM OBJECTIONS (0.1); REVIEW MEMO FROM J. SMYTH RE: SCHREIBER TRADE LIEN SIGNUP AND DRAFT MEMO TO D. YOUNG RE: SAME (0.1); REVIEW AND RESPOND TO MEMOS FROM J. LEAMY RE: KRAFT STIPULATION (0.2); TC WITH K. LOGAN RE: LATE CLAIM ISSUES (0.1); REVIEW LATER CLAIMS REPORT AND STRATEGIZE RE: HANDLING (0.6); REVIEW AND COMMENT ON LITIGATION CLAIM EXHIBIT (0.2). |
| LAMAINA KA | 06/01/06 | 0.60 | REVIEW LOGAN SCHEDULES (.6). |
| LEAMY JM | 06/01/06 | 4.50 | TC M. HELD RE: WD MARIANNA CLAIM OBJECTION (.2); TC K. WARD RE: 10TH OMNI ORDER (.1); EMAIL K. MISKEN RE: 10TH OMNIBUS (.1); EMAIL T. WHALEN RE: JM PALMER CLAIM (.1); EMAIL J. SMITH RE: RICHSEAPAK (.1); TC J. SMITH RE: RICHSEAPAK (.4); REVIEW RESPONSES OF STATE OF ALABAMA, SOUTH CAROLINA, AND LEC PROPERTIES TO 11TH CLAIM OBJECTION AND EMAIL COMPANY RE: SAME (.8); ANALYSIS RE: REPORT OF CLAIMS AVAILABLE FOR OBJECTION (.4); REVIEW AND ANALYSIS RE: 13TH CLAIM OBJECTION CLAIMS (1.5); TC E. POLLACK RE: 13TH OMNIBUS (.5); EMAIL J. EDMONSON RE: CCE CLAIMS (.1). |
| TURETSKY DM | 06/01/06 | 4.40 | FURTHER RESEARCH AND ANALYSIS RE: ISSUES CONCERNING CLAIMANTS OWING MONEY TO WINN-DIXIE (2.5); DRAFT ISSUES MEMO RE: ISSUES CONCERNING CLAIMANTS OWING MONEY TO WINN-DIXIE (1.9). |
| GRAY RW | 06/02/06 | 0.90 | REVIEW J. POST LATE CLAIMS MEMO AND DRAFT MEMO TO SAME SEEKING CLARIFICATION (0.1); CONF CALL WITH J. POST AND K. LOGAN RE: LITIGATION CLAIM OBJECTION ISSUES (0.6); CONF WITH D. TURETSKY RE: RECEIVABLES COLLECTION ISSUES (0.1); REVIEW AND RESPOND TO MEMO FROM J. LEAMY RE: KRAFT STIPULATION (0.1). |
| LAMAINA KA | 06/02/06 | 1.20 | REVIEW INSURANCE CONTRACTS ON SCHEDULE G (1.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 06/02/06 | 3.30 | TC A. MILLER RE: FRIENDSHIP DAIRIES CLAIM OBJECTION (.1); TC E. POLLACK RE: 13TH OMNI (.2); TC A. FRISCH RE: CROWDER FAMILY CLAIM OBJECTION (.2); TC A. LIU RE: KRAFT (.2);  REVIEW AND ANALYSIS RE: PESCANOVA AND BIERSDORFT CLAIM OBJECTIONS (.5); EMAIL TO J. CASTLE RE: SAME (.2); EMAIL TO D. YONG RE: 11TH OMNI RESPONSES (.2); EMAIL J. SMITH RE: RICHSEAPAK CLAIM (.1); REVIEW AND ANALYSIS RE: KRAFT CLAIMS (.5); FINALIZE SYLVANIA CLAIM STIPULATION (.5); EMAIL J. POST RE: SAME (.1); ANALYSIS RE: SERVICE FORCE CLAIM AND EMAIL J. POST RE: SAME (.5). |
| TURETSKY DM | 06/02/06 | 4.40 | ADDITIONAL RESEARCH AND ANALYSIS RE: ISSUES CONCERNING CLAIMANTS OWING MONEY TO WINN-DIXIE (2.3); CONTINUE DRAFTING ISSUES MEMO RE: ISSUES CONCERNING CLAIMANTS OWING MONEY TO WINN-DIXIE (2.1). |
| LEAMY JM | 06/04/06 | 1.80 | REVIEW 12TH OMNIBUS CLAIMS. |
| GRAY RW | 06/05/06 | 0.70 | REVIEW DEMAND LETTER QUESTIONS AND DRAFT MEMO TO D. TURETSKY AND J. LEAMY RE: SAME (0.2); REVIEW MULTIPLE RESPONSES TO OMNIBUS OBJECTIONS (0.2); REVIEW WILMINGTON CLAIMS REPORT IN CONNECTION WITH MILBANK REQUEST FOR ALLOWANCE (0.2); DRAFT MEMO TO K. BRISTOR AND A. RESHTICK RE: IRS PENALTY CLAIM ISSUE (0.1). |
| LEAMY JM | 06/05/06 | 2.30 | REVIEW CIP INTL RESPONSE TO CLAIM OBJECTION (.2); TC B. LEHAN RE: DEVELOPERS DIVERSIFIED FIVE FORKS (.1); REVIEW CLAIMS ON 12TH OMNI (2.0). |
| TURETSKY DM | 06/05/06 | 2.50 | FURTHER REVISE ISSUES MEMO RE: ISSUES CONCERNING CLAIMANTS OWING MONEY TO WINN-DIXIE (2.0); E-MAIL TO D. BRYANT AND D. YOUNG RE: ISSUES CONCERNING CLAIMANTS OWING MONEY TO WINN-DIXIE (0.3); RESEARCH RE: ISSUES CONCERNING CLAIM FILED BY WILMINGTON TRUST COMPANY (0.1); E-MAIL TO R. GRAY RE: ISSUES CONCERNING CLAIM FILED BY WILMINGTON TRUST COMPANY (0.1). |
| GRAY RW | 06/06/06 | 0.70 | REVIEW LATE CLAIMS REPORTS FROM LOGAN (0.4); REVIEW AND RESPOND TO MEMO FROM J. LEAMY RE: WORKERS COMP CLAIM ISSUES (0.1); REVIEW LOGAN EXHIBITS FOR OMNIBUS LITIGATION CLAIM OBJECTION (0.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

LEAMY JM            06/06/06      6.50   REVIEW 12 RESPONSES RE: 11TH OMNIBUS
                                         OBJECTION (1.5); EMAILS TO COMPANY BY
                                         TEAM RE: SAME (.3); TC T. SOFIO RE:
                                         EHS CORP. CLAIM OBJECTION (.2); TC E.
                                         POLLACK RE: SIRVA CLAIM (.2); DRAFT
                                         SYLVANIA STIPULATION (.5); TC T.
                                         GONZALEZ RE: F.GAVINA CLAIM (.1); TC
                                         D. RICHARDS RE: RELIANCE INSURANCE
                                         CLAIM (.1); TC G KARENO RE: BEN
                                         ARNOLD CLAIM (.3); TC S. WILLIAMS RE:
                                         LIBERTY MUTUAL OBJECTION (.2); TC M.
                                         SALEM RE: COKE CLAIM (.2); TC T.
                                         RICHARDS RE: 8 OCLOCK COFFEE CLAIM
                                         (.2); TC B. FRIEDMAN RE: WEINEKER
                                         CLAIM (.2); REVIEW OF DRAFT OBJECTION
                                         EXHIBITS AND CLAIMS FOR 13TH OMNIBUS
                                         OBJECTION (2.5).

RAVIN AS            06/06/06      0.10   DRAFT MEMO TO J. LEAMY RE: STATUS OF
                                         GOODINGS CLAIM ISSUES, DRAFT
                                         CORRESPONDENCE TO B. BOWIN RE: SAME.

WITTMAN, JR. RE    06/06/06      7.00   REVIEW BONDHOLDER BINDERS FOR
                                         ACCURACY OF ALL CLAIMS AND REVISE
                                         INDEX. (3.5); REVIEW LETTERS OF
                                         CREDIT BINDER FOR ACCURACY OF ALL
                                         CLAIMS AND REVISE INDEX. (3.5).

GRAY RW            06/07/06      0.90   REVIEW EXHIBITS FOR 13TH OMNIBUS
                                         CLAIMS OBJECTION (0.7); TC WITH J.
                                         POST RE: IRS TAX CLAIM STATUS AND
                                         DRAFT FOLLOWUP EMAIL TO J. CASTLE RE:
                                         SAME (0.1); REVIEW AND RESPOND TO
                                         MEMOS FROM H. ETLIN AND J. CASTLE RE:
                                         SIGNIFICANT VENDOR CLAIM ISSUES
                                         (0.1).

LEAMY JM            06/07/06      1.80   REVIEW LATE CLAIM REPORT (.3); REVIEW
                                         R. STERN LETTER RE: AM. FOOD DIST.
                                         CLAIM OBJECTION AND TC R. STERN RE:
                                         SAME (.2); TC B. GASTON RE: REAL
                                         ESTATE CLAIM OBJECTIONS (.3); TC G.
                                         CATENELLO RE: B. ARNOLD CLAIM
                                         OBJECTION (.2); TC E. THEIN RE:
                                         SUPERMARKET MERCHANDISING CLAIM (.2);
                                         TC J. VOGEL RE; BRACH CLAIM (.1); TC
                                         B. FRIEDMAN RE: WEINECKER'S CLAIM
                                         (.1); TC R. METH RE: BRIDGESTONE
                                         CLAIM (.1); TC J. BURNETT RE:
                                         NATUROPATHIC CLAIM (.1); EMAIL M.
                                         WILSON RE; B. YORK CLAIMS (.1);
                                         REVIEW AND COMMENT ON EXHIBITS FOR
                                         13TH OMNIBUS OBJECTION (.5).

GRAY RW            06/08/06      1.00   REVIEW OMNIBUS OBJECTION TO
                                         LITIGATION CLAIMS AND PROPOSED NOTICE
                                         (0.7); TC WITH J. POST RE: COMMENTS
                                         ON LITIGATION OBJECTION (0.1); REVIEW
                                         REVISED LATE CLAIM REPORTS FROM LOGAN
                                         (0.2).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

LEAMY JM               06/08/06       5.00   TC E. POLLACK RE: 13TH OMNIBUS
                                             OBJECTION (.2); TC M. HAUT RE: KIMCO
                                             PROPERTIES CLAIM OBJECTION (.1); TC
                                             V. KRISH RE: ZAK DESIGNS (.1); J.
                                             PARRISH RE: GUSTASTONS, SOUTHEAST
                                             MILK OBJECTION (.2); TC E. POLLACK
                                             RE: 13TH OMNIBUS (.5); TC E. LANE RE:
                                             CONTRACT REJECTIONS (.3); TC R.
                                             HUTLEY RE: CLAIM OBJECTION (.2);
                                             CONTINUE REVIEW OF CLAIMS SUBJECT TO
                                             13TH OMNIBUS OBJECTION (3.0); EMAILS
                                             A. LIU RE: CCBU CLAIMS (.2); TC J.
                                             SCHLOSBERG RE: BENDERSON CLAIMS (.2).

WITTMAN, JR. RE   06/08/06       3.60   REVIEW CHARTS OF PROPERTY AND
                                             EXECUTIVE PROTECTION INSURANCE
                                             PROVIDERS FOR FILED CLAIMS. (2.8);
                                             EDIT BINDERS WITH NEWLY DISCOVERED
                                             CLAIMS. (.8).

GRAY RW                06/09/06       1.20   REVIEW REVISED LITIGATION CLAIMS
                                             OBJECTION AND NOTICE (0.2); DRAFT
                                             MEMO TO J. POST RE: COMMENTS ON SAME
                                             (0.1); REVIEW MIAMI HERALD
                                             DOCUMENTATION OF CLAIM (0.2); DRAFT
                                             MEMO TO J. LEAMY RE: HANDLING OF
                                             EXTENSIVE DOCUMENTATION AND REVIEW
                                             REPLY (0.1); DRAFT LETTER TO D. YOUNG
                                             RE: SAME FOR DETERMINATION OF MIAMI
                                             HERALD CLAIM OBJECTION (0.2); REVIEW
                                             ADDITIONAL CONVENIENCE CLAIM ANALYSIS
                                             FROM K. LOGAN (0.1); TC WITH K. LOGAN
                                             RE: REVISIONS TO SAME (0.1); REVIEW
                                             REVISED ANALYSIS AND DRAFT MEMO TO
                                             CLIENT RE: SAME (0.2).

LEAMY JM               06/09/06       2.00   REVIEW AND COMMENT ON DRAFT OMNIBUS
                                             OBJECTION TO LITIGATION CLAIMS (.5);
                                             REVIEW AND ANALYSIS OF NINE RESPONSES
                                             TO 12TH CLAIM OBJECTION (.7); EMAILS
                                             TO COMPANY BY TEAM RE: SAME (.3);
                                             ANALYSIS RE: PROOFS OF CLAIMS WITH
                                             KATRINA REPAIR OFFSETS (.5).

TURETSKY DM       06/09/06       0.30   RESEARCH RE: ISSUES CONCERNING
                                             AMSOUTH BANK CLAIM (0.3).

EICHEL S               06/10/06       0.20   REVIEW EMAIL FROM J. LEAMY RE
                                             REVIEWING EXHIBITS OF CLAIMS TO BE
                                             THE SUBJECT OF AN UPCOMING OMNIBUS
                                             OBJECTION (.1); REVIEW EXHIBITS
                                             SUBJECT TO OMNIBUS OBJECTION (.1).

LEAMY JM               06/11/06       4.20   DRAFT 13TH OMNIBUS OBJECTION (3.2);
                                             REVIEW AND ANALYSIS RE: 11TH OMNIBUS
                                             CLAIM INQUIRIES (1.0).

BAKER DJ               06/12/06       0.30   REVIEW CLAIM ANALYSIS PREPARED BY
                                             LOGAN & CO. (.3).

GRAY RW                06/12/06       0.50   REVIEW AND COMMENT ON 13TH OMNIBUS
                                             OBJECTION, ORDER AND NOTICES (0.4);
                                             REVIEW AND COMMENT ON 2ND OMNIBUS
                                             OBJECTION TO LITIGATION CLAIMS (0.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

LEAMY JM          06/12/06      8.80   REVIEW TAX CLAIM ORDER (.1); EMAIL D.
                                       YOUNG RE: MIAMI HERALD CLAIM (.1);
                                       EMAIL B. FEARS RE: GA CLAIMS (.1);
                                       EMAIL B. GASTON RE: 13TH OMNI (.1);
                                       EMAIL E. LANE RE: SAME (.1); TC B.
                                       GASTON RE: REAL ESTATE CLAIMS (.8);
                                       TC C. CAMPBELL RE: 12TH OBJECTION RE:
                                       CAMPBELL REAL ESTATE (.1); TC S. FOX
                                       RE: 11TH OMNIBUS OBJECTION TO LEC
                                       PROPERTIES CLAIM (.1); TC A. FRISCH
                                       RE: 11TH OMNI OBJECTIONS (.4); TC H.
                                       JOBE SOUTHERN BOTTLED WATER CLAIM
                                       OBJECTON (.2); CONTINUE TO DRAFT 13TH
                                       OMNIBUS OBJECTION AND NOTICES AND
                                       REVISE EXHIBITS (3.5); ANALYSIS AND
                                       RESOLUTION OF REMAINING UNRESOLVED
                                       OBJECTIONS TO 11TH OMNI OBJECTION
                                       (3.0); EMAILS M. SALEM RE: CCBU CLAIM
                                       OBJECTION (.2).

GRAY RW           06/13/06      1.00   REVIEW OBJECTION TO RECLAMATION
                                       CLAIMS AND EXHIBITS (0.3); DRAFT MEMO
                                       TO S. EICHEL RE: EXHIBIT CONCERNS
                                       (0.1); TC WITH S. EICHEL RE: EXHIBIT
                                       CHANGES (0.1); TC WITH K. LOGAN RE:
                                       MSP/SRP OBJECTION ISSUES AND RE:
                                       CLAIM CLASSIFICATION ISSUES (0.2);
                                       REVIEW LOGAN REPORTS ON STATUS OF
                                       CLAIM RECONCILIATIONS (0.1); EXCHANGE
                                       EMAILS WITH B. KICHLER AND J. YOUNG
                                       RE: SOUTHERN WINE ISSUE (0.1); REVIEW
                                       RECLAMATION ORDER/STIPULATION RE:
                                       PREFERENCE ISSUE (0.1).

LEAMY JM          06/13/06      6.20   TC T. SOFIO RE: 12TH CLAIM OBJECTION
                                       (.2); TC A. STUMBO RE: 12TH CLAIM
                                       OBJECTION (.2); TC E. POLLACK RE:
                                       13TH OMNI (.2); TC T HITCHENS RE:
                                       12TH OMNI OBJECTION (.2); TC J. STEIN
                                       RE: CAMPBELL SOUP (.2); FINALIZE 13TH
                                       CLAIM OBJECTION FOR FILING (1.5); TC
                                       E. POLLACK RE: CLAIMS ON HOLD FOR
                                       OBJECTION (.5); TC S. ABRAMOWITZ RE:
                                       WELLS FARGO CLAIMS (.2); TC A. FRISCH
                                       RE: CHESTER DIX CLAIM (.1); TC B.
                                       GASTON RE: CHESTER DIX CLAIMS (.4);
                                       REVISE 11TH OMNIBUS EXHIBITS (1.9);
                                       ANALYSIS RE: CLAIMS ON HOLD FOR
                                       OBJECTION (.4); EMAILS R. LEHANE RE:
                                       DDR CLAIMS (.2).

GRAY RW           06/14/06      0.20   TC WITH S. WYNN RE: SOUTHERN WINE
                                       CREDIT TERMS (0.1); DRAFT MEMO TO J.
                                       YOUNG AND B. KICHLER RE: SOUTHERN
                                       WINE ISSUES (0.1).

EICHEL S          06/14/06      0.10   TEL. CONF. WITH T. WUERTZ RE:
                                       RECONCILIATION OF GENERAL UNSECURED
                                       CLAIMS (.1).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 06/14/06 | 3.60 | TC E. POLLACK RE: CLAIM OBJECTIONS (.4); TC J. POST RE: 11TH OMNI (.1); TC D. YOUNG AND A. LIU RE: 12TH OMNIBUS (.3); TC J. JAMES AND J. RANNE RE: IBM (.4); TC H. SCHULTZ RE: CLAIM OBJECTION (.1); TC E. POLLACK RE: 11TH OMNI (.1); TC B. GASTON AND M. SALEM RE: LEXIS (.2); TC S. ABRAMOWITZ RE: WELLS FARGO (.1); DRAFT REVISED 11TH OMNIBUS ORDER (1.5); DRAFT ORDER FURTHER CONTINUING 5TH OMNIBUS OBJECTION (.4). |
| TURETSKY DM | 06/14/06 | 0.20 | FOLLOW-UP E-MAIL TO D. BRYANT AND D. YOUNG RE: CLAIMANTS OWING MONEY TO WINN-DIXIE (0.2). |
| GRAY RW | 06/15/06 | 0.40 | REVIEW MEMO AND TIMELINE FROM J. YOUNG RE: FINTECH/SOUTHERN WINE ISSUE (0.1); REVIEW AND COMMENT ON NOTICE OF WITHDRAWAL FOR CLAIM OBJECTION (0.1); TC WITH S. BUSEY RE: SECURITIES FRAUD CLAIM OBJECTIONS (0.1); DRAFT MEMO TO J. LEAMY RE: OBJECTION TO SECURITIES FRAUD CLAIMS (0.1). |
| EICHEL S | 06/15/06 | 0.10 | REVIEW LETTER FROM M. JANKOWSKI RE: CLAIMS OF SARGENTO FOODS (.1). |
| LEAMY JM | 06/15/06 | 7.50 | TC C. HARRISON RE: CCE CLAIMS (.1); TC E HERN RE: SOUTHEAST UNLOADING CLAIMS (.1); TC B. ALBUE RE: BFI WASTE SYSTEMS (.2); TC C. CHILDERS RE: SANFILIPO CLAIM OBJECTION (.1); TC L. FERNANDEZ RE: ALTAMONTE CLAIM OBJECTION (.1); TC T. WUERTZ RE: RIVERDALE FARMS CLAIM (.1); TC M. KELLEY RE; EDENS & AVANT (.3); TC D. YOUNG AND A. LIU RE: CLAIM OBJECTION MATTERS (.3); TC M. HELD RE: WD MARIANNA CLAIM (.2); TC D. WALSH RE: AM. PROPERTY MGT CLAIM (.2); TC S. ABRAMOWITZ RE: WELLS FARGO CLAIMS (.2); EMAILS M. WILSON RE: B. YORK CLAIMS (.2); FURTHER REVISIONS TO 11TH OMNIBUS ORDER (.5); REVIEW AND ANALYSIS RE: RESPONSES FROM SYROCO, MIAMI HERALD, COMPASS FOODS, LOREAL, BFI, VENTURA, KRISPY KREME, T. HITCHENS, CAMPBELL REAL ESTATE (1.8); EMAILS TO WINN-DIXIE TEAM RE: SAME (.2); REVIEW LOGAN REPORT RE: CLAIMS ON HOLD FOR OBJECTION (.5); REVIEW LOGAN REPORT RE: CLAIMS RECONCILED FOR OBJECTION (.4); ANALYSIS RE: SCHEDULED CLAIMS FOR OBJECTION (2.0). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW         06/16/06      1.10  TC WITH J. YOUNG RE: FINTECH/SOUTHERN
                                    WINE ISSUES, INCLUDING S. EICHEL FOR
                                    PART (0.5); FOLLOWUP EMAIL EXCHANGE
                                    WITH J. YOUNG RE: TIMING AND EXECUTED
                                    TRADE MEMO (0.1); REVIEW
                                    FILES/FILINGS RE: WIN GENERAL CLAIM
                                    (0.2); TC WITH K. LOGAN RE: PENDING
                                    CLAIMS MATTERS (0.1); REVIEW AND
                                    COMMENT ON REVISED NOTICE FOR
                                    LITIGATION CLAIM OBJECTIONS (0.2).

LEAMY JM        06/16/06      4.30  TC J. SMITH RE: RICH SEAPAK CLAIM
                                    (.2); TC H. JOBE RE: SOUTHERN BOTTLED
                                    WATER CLAIM (.1); TC V. KRISH RE: KEN
                                    ROBINSON CLAIM (.1); TC D. SMITH RE:
                                    CIP INTL CLAIM OBJECTION RESPONSE
                                    (.2); TC M. JANKOWSKI RE: SARGENTO
                                    CLAIM (.2); TC C. HARRISON RE: COKE
                                    CLAIMS (.2); TC D. PLAIRE RE: CARR
                                    FARMS CLAIMS (.1); TC D. YOUNG RE:
                                    CLAIM OBJECTION WITHDRAWAL (.1); TC
                                    R. LEHANE RE: DDR CLAIM (.1); PREPARE
                                    NOTICE OF WITHDRAWAL OF CLAIM 10855
                                    AND COORDINATE RE: SERVICE OF SAME
                                    (.4); EMAILS A. LIU RE: RICH SEAPAK,
                                    WELCH'S CLAIMS (.3); EMAIL H. JOBE
                                    RE: SOUTHERN BOTTLED WATER (.1);
                                    EMAILS D. YOUNG RE: CLAIM WITHDRAWALS
                                    (.2); EMAILS S. MILLER RE: SPECIALTY
                                    BRANDS CLAIM (.2); EMAIL E. SNYDER
                                    RE: 12TH CLAIM OBJECTION (.1); REVIEW
                                    CAVENDISH, RIVERDALE FARMS AND
                                    BRACH'S RESPONSES TO 12TH CLAIM
                                    OBJECTION (.6); REVIEW SEVERAL
                                    ENTERED ORDERS WITH RESPECT TO CLAIM
                                    MATTTERS AND EMAIL E. POLLACK RE:
                                    SAME (.5); EMAIL M. MARTINEZ RE:
                                    SERVICE OF 11TH OMNIBUS ORDER (.1);
                                    REVIEW LITIGATION CLAIMS OBJECTION
                                    (.5).

GRAY RW         06/18/06      0.80  DRAFT SOUTHERN WINE STIPULATION
                                    (0.7); EXCHANGE EMAILS WITH J. YOUNG
                                    RE: SAME AND DRAFT MEMO TO SOUTHERN
                                    WINE'S COUNSEL (0.1).

GRAY RW         06/19/06      0.90  REVIEW AND COMMENT ON RECLAMATION
                                    OBJECTION, REVISED EXHIBITS AND ORDER
                                    (0.6); REVIEW AND RESPOND TO MEMO
                                    FROM J. YOUNG RE: SOUTHERN WINE ISSUE
                                    (0.1); FOLLOW UP EMAIL EXCHANGE WITH
                                    J. YOUNG RE: SOUTHERN WINE (0.1);
                                    REVIEW MEMO FROM J. LEAMY RE:
                                    RECONCILED CLAIMS ON HOLD (0.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

LEAMY JM        06/19/06     8.00  TC T. SOFIO RE: CLAIM OBJECTION (.1);
                                   EMAIL K. NEIL RE: LEASE CLAIMS (.1);
                                   EMAIL J. PARRISH RE: 12TH OMNI CLAIMS
                                   (.1); EMAIL H. BERKOWITZ RE: ASM
                                   CAPITAL CLAIMS (.1); EMAIL E. POLLACK
                                   RE: 13TH OMNIBUS (.1); REVIEW LETTER
                                   FROM T. SOFIO RE: EHS CLAIM (.2);
                                   EMAIL J. KATZ RE: BUNDY CLAIM
                                   OBJECTION (.1); TC E. BRADING RE:
                                   ROBERT H. BRADY CLAIM OBJECTION (.2);
                                   TC E. HEARN RE: SOUTHEAST UNLOADING
                                   (.2); TC D. KEATING RE: 3013 AUGUST
                                   BANAKE REVOC TRUST CLAIM OBJECTION
                                   (.2); REVIEW AND ANALYSIS OF ALL
                                   RESPONSES TO 12TH OMNI OBJECTION TO
                                   DATE (3.0); REVIEW REPORT RE: HOLD
                                   CLAIMS (.5); REVIEW REPORT RE: CLAIMS
                                   AVAILABLE FOR OBJECTION (.5); TC D.
                                   YOUNG RE: HILLANDALE FARMS CLAIM
                                   (.1); DRAFT WITHRAWAL OF OBJECTION TO
                                   SAME AND EMAIL TO K. WARD FOR FILING
                                   (.2); TC E. POLLACK RE: 14TH OMNI
                                   POTENTIAL CLAIMS (.4); TC C. DOWLING
                                   RE: CAPITAL CROSSING BANK (.2); TC V.
                                   GIBBONS RE: MERCHANT SQ INVESTMENT
                                   LLC CLAIM (.2); TC S. ROSENBLATT AND
                                   A. FRISCH RE: H. PLUNKETT ESTATE
                                   CLAIMS (.2); TC J. DONNELLY RE: CLAIM
                                   OBJECTION (.2); EMAIL J. CASTLE RE:
                                   CLAIMS ON HOLD (.1); ANALYSIS AND
                                   REVIEW RE: UPCOMING CLAIM OBJECTIONS
                                   (.8); REVIEW A. WILLIAMS LETTER RE:
                                   CCE CLAIMS (.2).

GRAY RW         06/20/06     0.70  DRAFT MEMO TO S. FELD RE: BOND/LETTER
                                   OF CREDIT CLAIMS (0.1); DRAFT MEMO TO
                                   J. CASTLE RE: ALSTON & BIRD AND
                                   SECURITIES FRAUD CLAIM ISSUES (0.2);
                                   REVIEW AND RESPOND TO MEMO FROM J.
                                   CASTLE RE: PRE-VOTING CLAIMS
                                   OBJECTIONS (0.2); FURTHER EMAIL
                                   EXCHANGE WITH J. CASTLE AND D. YOUNG
                                   RE: SAME (0.1); DRAFT MEMO TO J.
                                   BAKER RE: RECLAMATION CLAIM OBJECTION
                                   (0.1).

LAMAINA KA      06/20/06     9.90  REVIEW MEMORANDA FROM S. FELD RE
                                   SCHEDULED CLAIMS (.3); REVIEW
                                   SCHEDULED CLAIMS PER LOGAN REPORT
                                   (2.6); RESEARCH STATUS ON SCHEDULE G
                                   CLAIMS (2.8); PREPARE MEMORANDA ON
                                   PLAN-CLAIMS TO INTERNAL TEAM (2.9);
                                   REVIEW LETTER OF CREDIT SCHEDULE AND
                                   UPDATE INFORMATION (1.3).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

LEAMY JM          06/20/06          6.20     REVIEW A. PRITCHARD LETTER RE: COCA
                                             COLA CLAIMS AND EMAIL A. LIU RE: SAME
                                             (.2); EMAIL A. LIU RE: RICH SEAPAK
                                             (.1); EMAIL E. BRADING RE: CLAIM
                                             12089 (.1); EMAIL TEAMS RE: CLAIMS
                                             RESPONSES (.3); TC D. BOWERSETT RE:
                                             STEAK UMM CLAIM (.1); TC D. KANE RE:
                                             13TH OBJECTION (.2); CONFERENCE CALL
                                             W/J. CASTLE, M. BYRUM, T. ROBBINS, D.
                                             YOUNG; H. ETLIN, A. LIU RE:
                                             SIGNIFICANT VENDOR ISSUES (.9);
                                             ANALYSIS RE: RESOLUTION OF RESPONSES
                                             TO 12TH OMNI (2.0); TC A. SOLOCHECK
                                             RE: SYLVANIA CLAIM (.1); TC C. ELLER
                                             RE: RIVERDALE FARMS (.2); TC E.
                                             POLLACK RE: SCHEDULED CLAIM OBJECTION
                                             (.3); TC D. BARKEMYER RE: NEW ORLEANS
                                             CUISINE CLAIM (.2); ANALYSIS RE: DEL
                                             MONTE CLAIMS (.2); TC H. WEINBERG RE:
                                             13TH OMNIBUS (.2); TC M. ELMORE RE:
                                             CLAIM 8566 (.2); TC A. LIU RE: DEL
                                             MONTE (.3); TC J. BOYLES RE HARTWELL
                                             PARTNERSHIP CLAIM (.3); REVIEW EDANS
                                             & AVANT RESPONSE TO 13TH OMNI (.3).

GRAY RW           06/21/06          0.50     REVIEW AND RESPOND TO MEMO FROM J.
                                             CASTLE RE: MSP/SRP TRADING ISSUE
                                             (0.1); TC WITH L. APPEL AND J. CASTLE
                                             RE: SAME (0.1); REVIEW AND RESPOND TO
                                             MEMO FROM L. PRENDERGAST RE: MEDICARE
                                             CLAIM ISSUES (0.2); REVIEW AND
                                             RESPOND TO MEMO FROM L. PRENDERGAST
                                             RE: CLASSIFICATION OF BOWDOIN SQUARE
                                             CLAIM (0.1).

LEAMY JM          06/21/06          3.70     TC W. SIMKULAK RE: SWISSRE CLAIM
                                             (.2); EMAIL M. HELD RE WD MARIANA
                                             (.1); EMAIL A. LIU RE: DEL MONTE
                                             (.1); EMAIL J. STAIB RE: CAMPBELL
                                             SOUP CLAIM (.1); EMAILS K. NEIL, B.
                                             GASTON RE: 13TH OMNI (.1); REVIEW
                                             CLAIMS TO BE REMOVED (.3); SCHEDULED
                                             CLAIM OBJECTION (.4); TC E. POLLACK
                                             RE: SCHEDULED CLAIM OBJECTION (.5);
                                             TC M. KELLY RE: MOURO PALMS CLAIM
                                             (.2); TC J. SPRING RE: PELICAN GROUP
                                             CLAIM (.2); TC H. JOBE RE: SOUTHERN
                                             BOTTLED WATER (.2); TC A. LIU RE:
                                             SARGENTO CLAIM (.2); TC J. KREHER RE:
                                             KRISPY KREME (.2); TC C. CHILDERS RE:
                                             J. SANFILIPO CLAIM (.1); TC A.
                                             WILLIAMS RE: CCE CLAIMS (.2); TC J.
                                             STAIB RE: CAMPBELL FOOD CLAIM (.3);
                                             EMAIL T. MCGUIRE RE: PEDRINI (.1);
                                             EMAIL R. WILCOX RE: BRACH'S REPONSE
                                             (.2).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW        06/22/06      0.90   TC WITH R. WARD OF RUTHERFORD COUNTY
                                    AND DRAFT MEMO TO C. JACKSON RE: TAX
                                    CLAIM ISSUE RAISED (0.1); EXCHANGE
                                    EMAILS WITH J. BAKER RE: RECLAMATION
                                    OBJECTION (0.1); CONTACT J. POST RE:
                                    HANDLING OF OBJECTION (0.1); DRAFT
                                    MEMO TO S. EICHEL RE: TRANSFER OF
                                    OBJECTION (0.1); DRAFT MEMO TO K.
                                    LOGAN RE: EXPEDITING WORK ON CLAIMS
                                    OBJECTIONS (0.1); FOLLOWUP EMAIL
                                    EXCHANGE WITH J. LEAMY AND E. POLLACK
                                    RE: SAME (0.1); DRAFT MEMO TO J.
                                    EDMONSON RE: INTERCOMPANY CLAIMS
                                    (0.1); REVIEW ATECH DRAFT
                                    PRESENTATION TO COMPANY (0.1); REVIEW
                                    MEMO FROM J. CASTLE RE: CLAIM AMOUNTS
                                    FOR DISCLOSURE STATEMENT (0.1).

LEAMY JM       06/22/06      5.90   TC D. POLLACK RE: NEW PLAN AND
                                    CLIFFDALE CORNER (.2); TC J. KREHER
                                    RE: KRISPY KREME (.2); EMAIL J.KREHER
                                    RE: SAME (.1); REVIEW SCHEDULED
                                    CLAIMS FOR OBJECTION (.6); TC E.
                                    POLLACK RE: SCHEDULED CLAIMS (.2); TC
                                    M. HELD RE: WD MARIANA (.2); EMAIL G.
                                    BLACK RE: G. WOODS CLAIM OBJECTION
                                    (.1); EMAIL E. SNYDER RE: ALLEN FOODS
                                    (.2); WORK ON SCHEDULED CLAIM
                                    OBJECTION EXHIBITS (2.0); EMAIL B.
                                    GASTON RE: WD MARIANA (.1); EMAIL D.
                                    TAUCH RE: J&J SNACK (.1); EMAIL J.
                                    STAIB RE: CAMPBELL SOUP (.2); EMAIL
                                    E. SCHULE RE: CLAIM ORDERS (.1);
                                    EMAILS J. KATZ RE: WD BUNDY CLAIM
                                    (.2); REVIEW NEW PLAN/CLIFFDALE
                                    CORNER RESPONSE TO 12TH CLAIM
                                    OBJECTION (.2); EMAIL M. HELD RE:
                                    MARIANNA CLAIM (.1); REVIEW SARGENTO
                                    FOODS' RESPONSE TO CLAIM OBJECTION
                                    (.2); EMAILS S. MILLER RE: SPECIALTY
                                    BRANDS (.2); EMAILS J. KATZ RE: WD
                                    BUNDY (.2); ANALYSIS RE: CLAIMS ON
                                    HOLD FOR OBJECTION (.5).

GRAY RW        06/23/06      0.90   REVIEW AND RESPOND TO MEMO FROM L.
                                    PRENDERGAST RE: FUTURISTIC FOODS
                                    CLAIM (0.1); EXCHANGE EMAILS WITH N.
                                    GADDY AND K. FAGERSTROM RE: CLAIM
                                    REVIEW STATUS (0.1); REVIEW AND
                                    COMMENT ON EXHIBITS FOR OMNIBUS
                                    SCHEDULED CLAIM REDUCTION MOTION
                                    (0.2); TC WITH K. LOGAN RE: CLAIMS
                                    OBJECTIONS/VOTING (0.3); TC WITH J.
                                    POST RE: LITIGATION CLAIM ISSUES
                                    (0.1); REVIEW MEMO FROM D. YOUNG RE:
                                    STATUS OF SCHEIBER TRADE LIEN SIGNUP
                                    AND DRAFT MEMO TO J. SMYTH RE: UPDATE
                                    ON SAME (0.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 06/23/06 | 5.90 | TC K. LAMAINA RE: INSURANCE CLAIMS (.2); TC E. POLLACK RE: 12TH OMNIBUS (.4); TC E. HEARN RE: SOUTHEAST UNLOADING CLAIMS (.2); TC R. TANSI AND J. PENDLETON RE: STATE OF TENNESSEE TAX CLAIMS (.5); TC E. SNYDER RE: ALLEN FLAVORS CLAIM (.2); TC R. MYER RE: CHAPEL TRAIL CLAIM (.2); TC D. GREER RE: KAPLAN RG CLAIM (.2); ANALYSIS RE: CLAIMS ON HOLD FOR OBJECTION (.9); EMAILS B. KICHLER RE: DEL MONTE (.2); EMAILS J. STAIB RE: CAMPBELL SOUP CLAIM (.2); EMAILS J. SMITH RE: RICH SEAPAK CLAIMS (.2); DRAFT PROPOSED LANGUAGE RE: RICH SEAPACK CLAIMS (.2); DRAFT SCHEDULED CLAIMS OBJECTION (2.0); EMAILS D. YOUNG RE: RB HOUGH CLAIM (.1); REVIEW FAX FROM J. PENDLETON RE: TENN. TAX CLAIM OBJECTION (.2). |
| GRAY RW | 06/25/06 | 0.20 | EXCHANGE EMAILS WITH J. POST RE: LITIGATION CLAIM SETTLEMENT ISSUES (0.2). |
| LEAMY JM | 06/25/06 | 4.50 | DRAFT SCHEDULED CLAIMS OBJECTION. |
| GRAY RW | 06/26/06 | 0.50 | TC WITH K. LOGAN RE: ENVIRONMENTAL NOTICING/CLAIMS (0.1); REVIEW AND RESPOND TO MEMO FROM D. BITTER RE: ENVIRONMENTAL CLAIMS (0.2); FURTHER EMAIL EXCHANGE WITH M. TESTON RE: SAME (0.1); EMAIL EXCHANGE WITH C. NASS RE: INTERCOMPANY CLAIMS (0.1). |
| LAMAINA KA | 06/26/06 | 2.60 | REVIEW UPDATED CLAIMS' SCHEDULE FROM D. BITTER AND K. HARDEE (2.6). |
| LEAMY JM | 06/26/06 | 6.90 | TC W. ESSER RE: IB PROPERTIES/ALVIN LAPIDUS  (.2); EMAIL B. GASTON RE: SAME (.1); RESOLUTION OF T. HITCHENS CLAIM OBJECTION (.7); EMAIL D. YOUNG RE: SCHEDULED CLAIMS OBJECTION (.1); EMAIL K. LOGAN RE: CLAIMS REVIEW CALL (.1); EMAIL E SNYDER RE: ALLEN FLAVORS CLAIM (.1); EMAIL K. DAW RE: TAX CLAIMS (.1); TC E. POLLACK RE: SCHEDULED CLAIM OBJECTION (.2); DRAFT SCHEDULED CLAIMS OBJECTION (2.6); CONFERENCE CALL W/ J. CASTLE, J. JAMES, E. POLLACK, C. JACKSON RE: TAX CLAIMS (1.0); RESOLUTION OF 13TH OMNIBUS RESPONSES (1.5); EMAILS B. GASTON RE: SCHEDULED CLAIM OBJECTION (.2). |
| LAMAINA KA | 06/27/06 | 1.90 | RESEARCH CONTSTELLATION CLAIM (.4); REVIEW NON-UTILITY CLAIMS ON WINN-DIXIE SCHEDULE (1.5). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 06/27/06 | 9.40 | TC M. SMALL RE:  BRADLEY OPERATING CLAIM (.2); TC W/ J. CASTLE, C. JACKSON, K. DAW, J. LAMMERT RE: TAX CLAIMS (.7); REVIEW PROTECTIVE LIFE INS. CO. RESPONSE TO 13TH CLAIM OBJECTION (.2); TC E. POLLACK RE: SCHEDULED CLAIM OBJECTION (.2); FINALIZE SCHEDULED CLAIM OBJECTION FOR FILING (.5); REVIEW AND COMMENT ON NOTICES OF OBJECTION OF SAME PREPARED BY LOGAN (.2); TC J. CASTLE, A. LIU RE: SIGNIFICANT VENDOR CLAIMS (.4); TC T. SOFIO RE: EHS CORP. (.1); TC K. LOGAN RE: 12TH OMNI (.1); TC B. KELLY RE: BERGERON PROPERTIES CLAIM (.2); ANALYSIS AND RESOLUTION OF 12TH OMNIBUS RESPONSES (6.5). |
| GRAY RW | 06/28/06 | 0.20 | REVIEW AND COMMENT ON SHAREHOLDER LISTS FOR OBJECTION (0.1); LOCATE BACKGROUND LISTS FROM K&S FOR SECURITIES PLAINTIFFS AND FORWARD TO J. LEAMY (0.1). |
| LEAMY JM | 06/28/06 | 6.90 | TC E. POLLACK RE: 12TH OMNI (.2); TC E. POLLACK RE: S/H CLAIM OBJECTION (.2); ANALYSIS AND RESOLUTION OF RESPONSES TO 12TH OMNIBUS OBJECTION (2.5); REVISE 12TH OMNIBUS ORDER FOR HEARING (1.5); TC E. POLLACK RE: 15TH OMNIBUS EXHIBITS (.5); ADDITIONAL WORK RE: RESOLUTION OF 12TH OMNIBUS RESPONSES (1.0); ANALYSIS RE: SHAREHOLDER OBJECTION EXHIBITS (.6); EMAILS B. WESTON RE: 12TH OMNIBUS ORDER (.2); EMAILS S. MILLER RE: 12TH OMNIBUS ORDER (.2). |
| GRAY RW | 06/29/06 | 1.90 | DRAFT MEMO TO K. LOGAN ET AL. RE: IDENTIFYING DISPUTED CLAIMS THAT COULD POTENTIALLY IMPACT VOTE (0.2); FOLLOWUP EMAIL EXCHANGE WITH K. LOGAN RE: PARAMETERS OF REPORT (0.1); REVIEW REPORT FROM K. LOGAN (0.4); TC WITH K. LOGAN AND B. CROCKER RE: REVISIONS TO REPORT (0.2); DRAFT MEMO TO J. YOUNG RE: SOUTHERN WINE STATUS AND REVIEW REPLY (0.1); REVIEW AND COMMENT ON DRAFT OBJECTION TO SHAREHOLDER AND SECURITIES RELATED CLAIMS AND ORDER (0.4); DRAFT MEMO TO L. APPEL, J. CASTLE ET AL. RE: SECURITIES FRAUD CLAIM OBJECTION ISSUES (0.3); REVIEW OBJECTION EXHIBIT (0.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

LEAMY JM        06/29/06        7.90    TC J. SAMET RE: M. HULL CLAIM (.2);
                                        TC M. KELLEY RE: MORRO PALMS CLAIM
                                        (.2); TC'S K. WARD AND E. POLLACK RE:
                                        12TH CLAIM OBJECTION ORDER (.2);
                                        DRAFT SHAREHOLDER CLAIM OBJECTION
                                        (4.5); TC J. NIMS RE: WEIGEL LEASE
                                        CLAIM (.2); TC E. POLLACK RE: 15TH
                                        OMNI (.2); TC B. GASTON RE: LEASE
                                        CLAIMS (.4); TC J. SARACHECK RE:
                                        NATUROPATHICS CLAIM (.3); REVIEW AND
                                        ANALYSIS RE: MOULTON PROPERTIES,
                                        AMERICAN RESIDENTIAL AND PROTECTIVE
                                        LIFE RESPONSES TO 13TH CLAIM
                                        OBJECTION AND EMAIL TO COMPANY RE:
                                        SAME (.9); EMAIL J. CASTLE RE:
                                        NATUROPATHICS (.2); ANALYSIS RE: 15TH
                                        CLAIM OBJECTION (.2); EMAIL J. CASTLE
                                        RE: PROPOSED 15TH OMNIBUS EXHIBITS
                                        (.2); EMAIL W. ESSER RE: REQUESTED
                                        LANGUAGE FOR 13TH OMNIBUS ORDER (.2).

GRAY RW         06/30/06        2.70    DRAFT MEMO TO J. LEAMY RE: FUTURISTIC
                                        FOODS DOCUMENTS (0.1); REVIEW AND
                                        RESPOND TO MEMOS FROM A. LIU AND J.
                                        YOUNG RE: SOUTHERN WINE ISSUES (0.1);
                                        REVIEW VOICEMAIL FROM L. APPEL RE:
                                        401(K) LAWSUIT CLAIM OBJECTION AND
                                        DRAFT EMAIL RESPONSE (0.1); DRAFT
                                        MEMO TO S. BUSEY AND B. BOWEN RE:
                                        401(K) CLAIMS AND 510(B) ISSUE (0.2);
                                        REVIEW ADMINISTRATIVE CLAIM
                                        APPLICATION OF CONSOLIDATED BISCUIT
                                        (0.1); DRAFT MEMO TO J. JAMES ET AL.
                                        RE: SAME (0.1); REVIEW REVISED REPORT
                                        FROM LOGAN RE: POTENTIAL CLAIMS FOR
                                        PRE-VOTING OBJECTION (0.1); CONF CALL
                                        WITH J. CASTLE, K. LOGAN, J.
                                        EDMONSON, J. POST ET AL. RE:
                                        DISTRIBUTION RESERVE ISSUES (1.7);
                                        CONF CALL WITH J. CASTLE AND K. LOGAN
                                        RE: DISPUTED CLAIMS/VOTING (0.2).

**MATTER TOTAL**                **187.20**

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Winn-Dixie Stores, Inc. (DIP)**                    **Bill Date: 06/30/06**
**Claims Admin. (Reclamation/Trust Funds)**          **Bill Number: 1113475**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| EICHEL S | 06/01/06 | 0.50 | ANALYZE ISSUE RE: OBJECTION TO RECLAMATION CLAIMS (.3); DRAFT EMAIL TO A. LIU RE: OBJECTIONS TO RECLAMATION CLAIMS (.2). |
| EICHEL S | 06/02/06 | 1.30 | TEL. CONF. WITH STEVE ARMSTRONG OF SCHICK, WILKINSON RE: RESOLUTION OF ITS RECLAMATION CLAIM (.3); TEL. CONF. WITH A. LIU RE: SCHICK, WILKINSON RECLAMATION CLAIM (.1); DRAFT EMAIL TO A. LIU RE: CONTACT INFORMATION FOR SCHICK, WILKINSON (.1); REVIEW EMAIL FROM A. LIU RE: SCHICK, WILKINSON RECLAMATION CLAIM (.1); REVIEW EMAIL FROM A. LIU RE: CONTACT VENDOR WITH UNRESOLVED RECLAMATION CLAIMS (.1); TEL. CONF. WITH A. GARSIDE RE: RESOLVING SPUNKMEYER RECLAMATION CLAIM (.2); REVIEW EMAILS FROM A. LIU RE: RECLAMATION CLAIM OF OTIS SPUNKMEYER (.2); DRAFT EMAIL TO A. GARSIDE RE: RESOLUTION OF RECLAMATION CLAIM OF OTIS SPUNKMEYER (.2). |
| EICHEL S | 06/06/06 | 0.50 | REVIEW EMAIL FROM E. POLLACK RE: STATUS OF OBJECTION TO UNRESOLVED RECLAMATION CLAIMS (.1); DRAFT RESPONSE TO E. POLLACK AND A. LIU RE: OBJECTION TO UNRESOLVED RECLAMATION CLAIMS (.1); REVIEW EMAIL FROM A. LIU RE NESTLE WATERS CREDIT ISSUE (.1); DRAFT EMAIL TO A. LIU RE NESTLE WATERS CREDIT ISSUE (.1); TEL CONF WITH A. LIU RE NESTLE WATERS CREDIT ISSUE (.1). |
| EICHEL S | 06/07/06 | 2.40 | DRAFT EMAIL TO A. LIU RE: EXHIBITS FOR RECLAMATION OBJECTION (.1); REVIEW A. LIU'S EXHIBITS FOR RECLAMATION OBJECTION (.2); ANALYZE ISSUE RE OBJECTION TO RECLAMATION CLAIMS (.2); TEL CONF WITH A. LIU RE EXHIBITS FOR RECLAMATION MOTION (.1); COMMENCE DRAFTING OBJECTION TO RECLAMATION CLAIMS (1.8). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S          06/08/06          2.40     REVIEW EMAIL FROM A. LIU RE: EXHIBITS
                                             FOR RECLAMATION OBJECTION (.1);
                                             REVIEW EMAILS FROM E. POLLACK RE CONF
                                             CALL REGARDING OBJECTION TO
                                             RECLAMATION CLAIMS (.1); REVIEW
                                             EMAILS FROM A. LIU RE CONF CALL
                                             REGARDING OBJECTION TO RECLAMATION
                                             CLAIMS (.1); ANALYZE RECLAMATION
                                             EXHIBITS (.3); REVISE RECLAMATION
                                             EXHIBITS (.2); TEL. CONF. WITH A.
                                             GARSIDE RE: OTIS SPUNKMEYER'S
                                             RECLAMATION CLAIM (.1); TEL. CONF.
                                             WITH E. POLLACK AND A. LIU RE:
                                             EXHIBITS FOR OBJECTION TO UNRESOLVED
                                             RECLAMATION CLAIMS (1.0); SUBSEQUENT
                                             TEL CONF WITH A. LIU AND E. POLLACK
                                             RE EXHIBITS TO RECLAMATION OBJECTION
                                             (.5).

EICHEL S          06/09/06          0.10     DRAFT EMAIL TO A. LIU RE: REVISIONS
                                             TO EXHIBITS TO RECLAMATION OBJECTION.

EICHEL S          06/10/06          5.40     COMMENCE REVIEW OF EXHIBITS IN
                                             CONNECTION WITH OBJECTION TO VENDORS'
                                             RECLAMATION CLAIMS AND CORRESPONDING
                                             GENERAL UNSECURED CLAIMS (.6); DRAFT
                                             EMAILS TO A. LIU RE REVISIONS TO
                                             EXHIBITS FOR OBJECTION TO RECLAMATION
                                             CLAIMS (.3); ANALYZE ISSUES IN
                                             CONNECTION WITH DRAFTING OBJECTION TO
                                             RECLAMATION AND NON-PRIORITY
                                             UNSECURED CLAIMS (.8); DRAFT, REVIEW
                                             AND REVISE OBJECTION TO RECLAMATION
                                             CLAIMS (3.7).

EICHEL S          06/11/06          9.40     REVIEW EMAIL FROM A. LIU RE REVISED
                                             EXHIBITS FOR OBJECTION TO RECLAMATION
                                             CLAIMS (.1); DRAFT EMAIL TO E.
                                             POLLACK RE REVISED EXHIBITS (.1);
                                             DRAFT, REVIEW AND REVISE OBJECTION TO
                                             RECLAMATION CLAIMS (6.8); REVIEW
                                             LOGAN DATABASE IN CONNECTION WITH
                                             PREPARATION OF EXHIBITS FOR OBJECTION
                                             TO RECLAMATION CLAIMS (.6); REVIEW
                                             EXHIBITS FOR OBJECTION TO RECLAMATION
                                             CLAIMS (.9); TEL CONF WITH A. LIU RE
                                             REVISIONS TO EXHIBITS FOR OBJECTION
                                             TO RECLAMATION CLAIMS (.1); DRAFT
                                             EMAIL TO A. LIU AND E. POLLACK RE
                                             REVISIONS TO EXHIBIT B (OF
                                             RECLAMATION OBJECTION) (.2); DRAFT
                                             EMAIL TO A. LIU RE COMMENTS TO
                                             RECLAMATION EXHIBITS (.2); COMMENCE
                                             DRAFTING ORDER RE: OBJECTION TO
                                             RECLAMATION CLAIMS (.4).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 06/12/06 | 10.90 | REVIEW EMAIL FROM A. LIU RE: REVISED EXHIBITS FOR OBJECTION TO RECLAMATION CLAIMS (.1) DRAFT EMAIL TO D. YOUNG RE: REVISED EXHIBITS FOR OMNIBUS OBJECTION TO RECLAMATION CLAIMS (.1); REVIEW EXHIBITS FOR OMNIBUS OBJECTION TO RECLAMATION CLAIMS (.6); DRAFT EMAIL TO D. YOUNG RE: COURT'S PRIOR RECLAMATION ORDER IN CONNECTION WITH REVIEW OF EXHIBITS TO RECLAMATION OBJECTION (.1); TEL. CONF. WITH A. LIU, E. POLLACK AND D. YOUNG RE: EXHIBITS TO RECLAMATION OBJECTION (.6); TEL. CONF. WITH E. POLLACK RE: JEL SERT EXHIBIT TO OBJECTION TO RECLAMATION CLAIMS (.6); TEL. CONF. WITH A. LIU RE: EXHIBITS TO OBJECTION TO RECLAMATION CLAIMS (.1); REVIEW AND REVISE EXHIBITS TO RECLAMATION CLAIMS (.2); DRAFT, REVIEW AND REVISE OBJECTION TO RECLAMATION CLAIMS (7.6); DRAFT EMAIL TO A. LIU RE: OBJECTION TO RECLAMATION CLAIM OF LIBBEY, INC. (.1); DRAFT ORDER WITH RESPECT TO OMNIBUS OBJECTION TO RECLAMATION CLAIMS (.8). |
| EICHEL S | 06/13/06 | 2.40 | REVIEW AND REVISE EXHIBITS TO OBJECTION TO RECLAMATION CLAIMS (1.2); TEL. CONF. WITH A. LIU AND E. POLLACK RE: REVISIONS TO RECLAMATION EXHIBITS (.2); TEL. CONFS. WITH A. LIU RE: REVISIONS TO PROPOSED EXHIBITS FOR OBJECTION TO RECLAMATION CLAIMS (.4); TEL. CONF. WITH E. POLLACK RE: HER COMMENTS TO RECLAMATION EXHIBITS (.2); SUBSEQUENT TEL CONF WITH A. LIU RE REVISIONS TO RECLAMATION EXHIBITS (.2); REVIEW EMAIL FROM A. LIU RE REVISED RECLAMATION EXHIBITS (.2). |
| EICHEL S | 06/14/06 | 4.50 | TEL. CONF. WITH A. LIU RE: REVISIONS TO EXHIBITS TO RECLAMATION OBJECTION (.1); REVIEW AND REVISE RECLAMATION EXHIBITS (.6); DRAFT EMAIL TO A. LIU RE: REVISIONS TO EXHIBITS (.1); TEL. CONF. WITH B. SIMPSON AND A. GARSIDE (OTIS SPUNKMEYER) AND A. LIU RE: RECLAMATION CLAIM OF OTIS SPUNKMEYER (.4); REVIEW CLAIMS PROCEDURE MOTION AND ACCOMPANYING ORDER IN CONNECTION WITH OBJECTION TO RECLAMATION CLAIMS (.2); TEL. CONF. WITH E. POLLACK RE: RECLAMATION OBJECTION (.1); REVIEW AND REVISE OBJECTION TO RECLAMATION CLAIMS (2.6); DRAFT EMAIL TO R. GRAY RE DRAFT OF RECLAMATION OBJECTION (.1); REVIEW AND REVISE EXHIBIT D TO RECLAMATION OBJECTION ORDER (.2); DRAFT EMAIL TO A. LIU RE REVISIONS TO RECLAMATION EXHIBITS (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S          06/15/06        1.40    ANALYZE ISSUES RE: EXHIBITS TO
                                          RECLAMATION OBJECTION (.1); TEL.
                                          CONF. WITH A. LIU RE: REVISIONS TO
                                          RECLAMATION EXHIBITS (.3); REVIEW AND
                                          REVISE RECLAMATION ORDER (.3); REVIEW
                                          AND REVISE EXHIBIT D TO RECLAMATION
                                          ORDER (.2); REVIEW EMAIL FROM A.
                                          GARSIDE RE RECLAMATION CLAIM OF OTIS
                                          SPUNKMEYER (.1); DRAFT EMAIL TO R.
                                          GRAY RE REVISED RECLAMATION EXHIBITS
                                          (.1); REVIEW EMAIL FROM A. LIU RE
                                          REVISED EXHIBITS (.1); TEL CONF WITH
                                          A. LIU RE REVISED EXHIBITS (.2).

EICHEL S          06/16/06        2.10    REVIEW AND REVISE RECLAMATION
                                          EXHIBITS (.8); REVIEW AND REVISE
                                          EXHIBIT D TO RECLAMATION ORDER (.2);
                                          REVIEW AND REVISE RECLAMATION
                                          OBJECTION ORDER (.3); REVIEW AND
                                          REVISE RECLAMATION EXHIBITS (.6);
                                          TEL. CONF. WITH A. LIU RE: REVISED
                                          RECLAMATION EXHIBITS (.1); DRAFT
                                          EMAIL TO E. POLLACK AND A. LIU RE:
                                          REVISED RECLAMATION ORDER AND
                                          EXHIBITS (.1).

EICHEL S          06/19/06        2.80    TEL CONF WTIH C. STERN (COUNSEL TO
                                          MAGNOLIA) RE RECLAMATION DEADLINE
                                          (.1); REVIEW AND REVISE OBJECTION TO
                                          RECLAMATION CLAIMS (1.4); REVIEW AND
                                          REVISE RECLAMATION CLAIMS OBJECTION
                                          ORDER (.6); REVIEW EMAIL FROM A. LIU
                                          RE NESTLE WATERS CREDIT ISSUE (.1);
                                          ANLAYZE ISSUES RE IDENTITY OF
                                          RECLAMATION CLAIMANTS IN CONNECTION
                                          WITH OBJECTION (.5); TEL CONF WITH A.
                                          LIU RE: NESTLE WATERS CREDIT ISSUE
                                          (.1).

EICHEL S          06/20/06        4.90    REVIEW AND REVISE RECLAMATION
                                          OBJECTION (3.6); REVIEW AND REVISE
                                          RECLAMATION OBJECTION ORDER (.2);
                                          REVIEW E-MAIL FROM A. LIU RE:
                                          RECLAMATION CLAIM FOR OTIS SPUNKMEYER
                                          (.1); REVIEW E-MAIL FROM D. GROGAN
                                          (COUNSEL TO LANCE INC.) RE. LANCE'S
                                          RECLAMATION CLAIM (.1); TEL CONF.
                                          W/A. LIU AND G. REGINA RE: NESTLE
                                          WATERS CREDIT LIMIT ISSUE (.3);
                                          REVIEW E-MAIL FROM B. SIMSON (OTIS
                                          SPUNKMEYER) RE. DOCUMENTS SUBMITTED
                                          RE: RECONCILIATION OF ITS RECLAMATION
                                          CLAIM (.1); REVIEW E-MAIL FROM G.
                                          REGINA RE: NESTLE WATERS ORDER (.4);
                                          REVIEW E-MAIL FROM A. LIU RE.
                                          ANALYZING DATA SUPPLIED BY G. REGINA
                                          RE: NESTLE WATERS (.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

```
EICHEL S        06/21/06      1.00   REVIEW EMAIL FROM G. REGINA RE.
                                     NESTLE WATERS CREDIT LIMIT ISSUE
                                     (.1); ANALYZE NESTLE WATERS CREDIT
                                     ISSUES (.6); DRAFT EMAIL TO A. LIU
                                     RE. GATHERING INFORMATION RE. NESTLE
                                     WATERS CREDIT ISSUE (.1); TEL. CONF.
                                     WITH A. LIU ET AL. RE. NESTLE WATERS
                                     CREDIT ISSUE (.2).

EICHEL S        06/22/06      1.50   REVIEW AND REVISE EXHIBITS TO
                                     RECLAMATION OBJECTION (.3); TEL CONF
                                     WITH A. LIU RE EXHIBITS TO
                                     RECLAMATION OBJECTION (.1); REVIEW
                                     EMAILS FROM A. LIU RE: RECLAMATION
                                     CLAIM OF OTIS SPUNKMEYER (.2); DRAFT
                                     EMAIL TO E. POLLACK RE: RECLAMATION
                                     EXHIBITS WITH RESPECT TO OMNIBUS
                                     RECLAMATION OBJECTION (.1); REVIEW
                                     EMAIL FROM E. POLLACK RE: RECLAMATION
                                     EXHIBITS (.1); REVIEW EMAILS FROM R.
                                     GRAY RE: RECLAMATION OBJECTION (.2);
                                     DRAFT EMAIL TO R. GRAY RE:
                                     RECLAMATION OBJECTION (.1); REVIEW
                                     EMAIL FROM JIM POST RE: RECLAMATION
                                     OBJECTION (.1); DRAFT EMAIL TO J.
                                     POST RE: RECLAMATION OBJECTION (.2);
                                     REVIEW EMAIL FROM E. POLLACK RE:
                                     RECLAMATION EXHIBITS (.1).

EICHEL S        06/23/06      2.10   TEL CONF WITH E. POLLACK RE: REVISION
                                     TO REILLY FOODS COMPANY RECLAMATION
                                     EXHIBIT (.1); TEL CONF WITH A. LIU
                                     RE: REVISIONS TO REILLY FOODS
                                     RECLAMATION EXHIBIT (.1); REVIEW
                                     EMAIL FROM B. KICHLER RE: DEL MONTE
                                     SETTLEMENT AGREEMENT AMENDING MEMO OF
                                     UNDERSTANDING (.1); ANALYZE PROPOSED
                                     DEL MONTE SETTLEMENT AGREEMENT (.2);
                                     TEL CONF WITH B. KICHLER RE: DEL
                                     MONTE SETTLEMENT AGREEMENT (.2); TEL
                                     CONF WITH J. POST RE RECLAMATION
                                     OBJECTION (.5); REVIEW AND REVISE
                                     RECLAMATION OBJECTION (.6); TEL CONF
                                     WITH J. POST RE CERTIFICATION
                                     REQUIREMENT WITH RESPECT TO
                                     RECLAMATION OBJECTION (.1); REVIEW
                                     EMAIL FROM A. LIU RE REVISIONS TO
                                     RECLAMATION EXHIBITS (.1); REVIEW
                                     EMAIL FROM E. POLLACK RE CLAIMS OF
                                     OTIS SPUNKMEYER (.1).
```

**MATTER TOTAL**                **55.60**

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Winn-Dixie Stores, Inc. (DIP)**                              **Bill Date: 06/30/06**
**Creditor Meetings/Statutory Committees**                     **Bill Number: 1113475**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER DJ | 06/01/06 | 5.30 | PREPARE FOR MEETING WITH CREDITORS COMMITTEE (1.8); ATTEND MEETING WITH CREDITORS COMMITTEE, TOGETHER WITH PETER LYNCH, LARRY APPEL, BENNETT NUSSBAUM, FLIP HUFFARD AND STEVE BUSEY (3.2); TRANSMIT EMAIL TO LARRY APPEL REGARDING ISSUES RAISED DURING COMMITTEE MEETING (.1). |
| BAKER DJ | 06/14/06 | 0.10 | TELEPHONE CALL WITH S. BUSEY REGARDING CREDITOR COMMITTEE ISSUES (.1). |
| GRAY RW | 06/19/06 | 0.20 | REVIEW MEMO FROM S. BUSEY RE: SPENCER STUART TERMS AND TC WITH J. MILTON TO OBTAIN SAME (0.1); REVIEW SPENCER STUART LETTER AND DRAFT MEMO TO S. BUSEY RE: FEES/EXPENSES (0.1). |
| TURETSKY DM | 06/29/06 | 1.90 | E-MAIL TO L. APPEL, J. CASTLE, AND B. NUSSBAUM RE: FILING OF CREDITORS COMMITTEE REPORT (0.2); REVIEW CREDITORS COMMITTEE REPORT (0.8); DRAFT SUMMARY OF CREDITORS COMMITTEE REPORT FOR DISTRIBUTION (0.9). |

**MATTER TOTAL**                    <u>**7.50**</u>

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 06/30/06
Disclosure Statement/ Voting Issues                              Bill Number: 1113475

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HENRY S | 06/01/06 | 1.20 | DRAFT MEMORANDUM RE DISCLOSURE STATEMENT (.7); WORK ON OUTLINE FOR INCLUSION OF CERTAIN INFORMATION IN DISCLOSURE STATEMENT (.5). |
| GRAY RW | 06/01/06 | 1.90 | DRAFT MEMO TO L. APPEL RE: PRINTER FOR DISCLOSURE STATEMENT, REVIEW REPLY FROM L. APPEL AND DRAFT FOLLOWUP MEMO (0.2); EXCHANGE EMAILS WITH A. RAVIN RE: SPECS FOR BIDDING (0.1); TC WITH K. LOGAN AND A. RAVIN RE: PRINTING/SOLICITATION ISSUES (0.3); REVIEW/EDIT DISCLOSURE STATEMENT DRAFT (0.7); REVIEW/EDIT SOLICITATION MATERIALS (0.6). |
| RAVIN AS | 06/01/06 | 0.90 | REVIEW MULTIPLE CORRESPONDENCE FROM R. GRAY, L. APPEL AND B. BORGESS RE: PRINTER FOR DISCLOSURE STATEMENT, DRAFT MEMO TO R. GRAY RE: SAME (.1); REVIEW MEMO FROM D. TURETSKY RE: CHANGES TO PROFESSIONAL RETENTION SECTION OF DISCLOSURE STATEMENT (.1); TELEPHONE CONFERENCE WITH K. LOGAN RE: DISCLOSURE SATEMENT (.1); TELEPHONE CONFERENCE WITH K. LOGAN AND R. GRAY RE: PRINTING OF DISCLOSURE STATEMENT (.3); REVIEW AND REVISE DISCLOSURE STATEMENT (.3). |
| SAMBUR K | 06/01/06 | 1.10 | DRAFT SUBSTANTIVE CONSOLIDATION RIDER FOR DISCLOSURE STATEMENT (1.1). |
| TURETSKY DM | 06/01/06 | 0.70 | FURTHER REVISE DISCLOSURE STATEMENT (0.6); E-MAIL TO A. RAVIN RE: DISCLOSURE STATEMENT ISSUES (0.1). |
| GRAY RW | 06/02/06 | 0.90 | REVIEW AND COMMENT ON SPECS MEMO TO PRINTER CANDIDATES (0.1); REVIEW DISCLOSURE STATEMENT DRAFT (0.8). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          06/02/06     2.10   DRAFT MULTIPLE CORRESPONDENCE TO M.
                                      HALEY, G. MULVEY AND B. BRADY RE:
                                      PRINTING QUOTE FOR DISCLSOURE
                                      STATEMENT, REVIEW MULTIPLE
                                      CORRESPONDENCE FROM M. HALEY RE:
                                      SAME, CONFERENCE WITH B. SILVERBERG
                                      RE: SAME, REVIEW CORRESPONDENCE FROM
                                      AND DRAFT CORRESPONDENCE TO S. HARRIS
                                      RE: SAME (.4); TELEPHONE CONFERENCE
                                      WITH G. MULVEY RE: PRINTING QUOTE FOR
                                      DISCLSOURE STATEMENT (.1); TELEPHONE
                                      CONFERENCE WITH M. HALEY RE: PRINTING
                                      QUOTE FOR DISCLSOURE STATEMENT (.2);
                                      TELEPHONE CONFERENCE WITH K. LOGAN
                                      RE: PRINTING QUOTE FOR DISCLSOURE
                                      STATEMENT, REVIEW MEMOS FROM AND
                                      DRAFT MEMOS TO R. GRAY RE: SAME,
                                      REVIEW MEMOS FROM AND DRAFT MEMOS TO
                                      K. LOGAN RE: SAME (.2); TELEPHONE
                                      CONFERENCE WITH C. NASS RE: INSURANCE
                                      INFORMATION FOR DISCLOSURE STATEMENT
                                      (.3); REVIEW AND REVISE DISCLOSURE
                                      STATEMENT RE: INSURANCE INFORMATION
                                      PROVIDED BY COMPANY (.9).

SAMBUR K          06/02/06     3.10   REVISE SUBSTANTIVE CONSOLIDATION
                                      RIDERS FOR DISCLOSURE STATEMENT
                                      (3.1).

GRAY RW           06/05/06     1.40   EXCHANGE EMAILS/TCS WITH A. RAVIN RE:
                                      STATUS OF LIQUIDATION ANALYSIS (0.1);
                                      REVIEW LOCAL RULES AND FORMS FROM
                                      SDFL RE: DISCLOSURE STATEMENT,
                                      SOLICITATION AND CONFIRMATION PER C.
                                      JACKSON (0.3); REVIEW DRAFT
                                      DISCLOSURE STATEMENT (0.9); TC WITH
                                      C. JACKSON RE: DISCLOSURE STATEMENT
                                      HEARING ISSUES AND DRAFT MEMO TO
                                      SCHEDULE CALL ON SAME (0.1).

RAVIN AS          06/05/06     2.10   REVIEW CORRESPONDENCE AND PRINTING
                                      QUOTE FROM M. HALEY OF R. R.
                                      DONNELLEY (.2); REVIEW MEMOS FROM K.
                                      SAMBUR RE: SUB CON ADDITIONS TO
                                      DISCLOSURE STATEMENT (.3); REVIEW
                                      PRESENTATION TO CREDITORS COMMITTEE
                                      FOR PURPOSES OF IDENTIFYING ISSUES
                                      RE: DISLCOSURE STATEMENT (.6); DRAFT
                                      DISCLOSURE STATEMENT (1.0).

SAMBUR K          06/05/06     4.60   BEGIN DRAFTING SUBSTANTIVE
                                      CONSOLIDATION LANGUAGE FOR THE
                                      DISCLOSURE STATEMENT (4.6).

GRAY RW           06/06/06     0.50   PRELIMINARY REVIEW OF PRINTER BIDS
                                      AND TC WITH A. RAVIN RE: SAME (0.1);
                                      REVIEW/REVISE DRAFT SOLICITATION
                                      MOTION (0.4).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS         06/06/06      3.70   DRAFT MEMO TO AND REVIEW MEMO FROM S.
                                      TOUSI RE: PACA LANGUAGE FOR
                                      DISCLOSURE STATEMENT (.1); DRAFT
                                      MULTIPLE CORRESPONDENCE TO AND REVIEW
                                      MULTIPLE CORRESPONDENCE FROM G.
                                      MULVEY RE: STATUS OF PRINTING QUOTE
                                      (.1); REVIEW QUOTE FROM BOWNE (.2);
                                      CONFERENCE WITH R. GRAY RE: SAME
                                      (.1); DRAFT CORRESPONDENCE TO G.
                                      MULVEY, B. BRADY AND M.HALEY RE:
                                      PRINTING ISSUES (.2); REVIEW
                                      DISCLOSURE STATEMENT PRINTING
                                      PROPOSAL FROM G. MULVEY (.2); ANALYZE
                                      AND COMPARE ALL DISCLOSURE STATEMENT
                                      PRINTING PROPOSALS, DRAFT MEMO TO R.
                                      GRAY RE: SAME (.6); REVIEW AND REVISE
                                      DISCLOSURE STAEMENT (2.2).

BAKER DJ         06/07/06      0.60   TELEPHONE CALL STEVE BUSEY AND
                                      ROSALIE GRAY REGARDING DISCLOSURE
                                      STATEMENT ISSUES (.4); REVIEW EMAIL
                                      FROM ADAM RAVIN REGARDING DISCLOSURE
                                      STATEMENT  (.2).

GRAY RW          06/07/06      2.00   CONF CALL WITH S. BUSEY, C. JACKSON,
                                      J. BAKER AND A. RAVIN RE: DISCLOSURE
                                      STATEMENT TIMING AND RELATED ISSUES
                                      (0.4); REVIEW DISCLOSURE STATEMENT
                                      PRINT PROPOSALS (0.2); TC WITH A.
                                      RAVIN RE: COMPARISON ISSUES (0.1); TC
                                      WITH C. JACKSON RE: DISCLOSURE
                                      STATEMENT NOTICING ISSUES (0.1);
                                      FURTHER TC WITH J. HOLLINGSWORTH AND
                                      C. JACKSON RE: NOTICE APPROVAL (0.1);
                                      REVISE NOTICE AND FORWARD TO C.
                                      JACKSON (0.1); REVIEW REVISED BID
                                      FROM DONNELLEY AND TC WITH A. RAVIN
                                      RE: SAME (0.1); REVIEW AND REVISE
                                      CLIENT MEMO ON PRINTER BIDS (0.2);
                                      LOCATE SAMPLE BALLOT FORMS FOR
                                      ALTERNATIVE THIRD PARTY RELEASE
                                      SCENARIOS (0.4); DRAFT MEMO TO J.
                                      BAKER AND S. BUSEY RE: SAME (0.1);
                                      DRAFT MEMO TO L. APPEL AND J. CASTLE
                                      RE: BALLOT OPTIONS/ISSUES (0.2).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          06/07/06        5.50    DRAFT, REVIEW AND REVISE DISCLOSURE
                                          STATEMENT (2.7); CONFERENCE WITH R.
                                          GRAY RE: PRINTING QUOTES FOR
                                          DISCLOSURE STATEMENT (.1); MULTIPLE
                                          TELEPHONE CONFERENCES WITH M. HALEY
                                          RE: PRINTING QUOTES FOR DISCLOSURE
                                          STATEMENT (.4); DRAFT CORRESPONDENCE
                                          TO G. MULVEY RE: PRINTING QUOTES FOR
                                          DISCLOSURE STATEMENT (.1); TELEPHONE
                                          CONFERENCE WITH G. MULVEY RE:
                                          PRINTING QUOTES FOR DISCLOSURE
                                          STATEMENT (.2); TELEPHONE CONFERENCE
                                          WITH S. BUSEY, C. JACKSON, D. J.
                                          BAKER AND R. GRAY RE: DISCLOSURE
                                          STATEMENT TIMING AND OTHER
                                          PLAN/DISCLOSURE STATEMENT ISSUES
                                          (.4); DRAFT CORRESPONDENCE TO L.
                                          APPEL RE: DISCLOSURE STATEMENT
                                          TIMING, REVIEW CORRESPONDENCE FROM
                                          SAME RE: SAME, REVIEW CORRESPONDENCE
                                          FROM S. BUSEY RE: SAME (.1); DRAFT
                                          CORRESPONDENCE TO L. APPEL RE:
                                          DISCLOSURE STATEMENT PRINTING (.7);
                                          REVIEW DISCLOSURE STATEMENT PRINTING
                                          PROPOSAL FROM DONNELLEY (.1); ANALYZE
                                          PRINTING PROPOSALS (.6); TELEPHONE
                                          CONFERENCE WITH J. O'CONNELL RE:
                                          STATUS OF VALUATION, DRAFT MEMO TO R.
                                          GRAY RE: SAME (.1).

GRAY RW           06/08/06        0.80    REVIEW MEMO FROM L. APPEL RE: PRINTER
                                          ESTIMATE AND DRAFT MEMO TO A. RAVIN
                                          RE: SAME (0.1); DRAFT MEMO TO H.
                                          ETLIN RE: LIQUIDATION ANALYSIS STATUS
                                          ISSUES AND REVIEW REPLY (0.2); DRAFT
                                          MEMO TO K. LOGAN RE: TIMING ON
                                          DISCLOSURE STATEMENT NOTICING AND
                                          SOLICITATION (0.1); EMAIL EXCHANGE
                                          WITH K. LOGAN RE: SCOPE OF NOTICING
                                          (0.1); TC WITH K. LOGAN RE: NOTICING
                                          TO STOCKS AND BONDS (0.1); FURTHER
                                          EMAIL EXCHANGE WITH K. LOGAN RE:
                                          STREET NOTICING ISSUES (0.1); FURTHER
                                          EMAIL EXCHANGE WITH K LOGAN RE: ADP
                                          ISSUE IN CONNECTION WITH BALLOTING
                                          (0.1).

RAVIN AS          06/08/06        6.90    REVIEW MULTIPLE CORRESPONDENCE FROM
                                          L. APPEL RE: DISCLOSURE STATEMENT
                                          PRINTING ISSUES, REVIEW MEMO FROM AND
                                          DRAFT MEMO TO R. GRAY RE: SAME, DRAFT
                                          CORRESPONDENCE TO L. APPEL RE: SAME
                                          (.1); REVIEW MEMOS FROM R. GRAY RE:
                                          DISCLOSURE STATEMENT SHCEDULE, REVIEW
                                          CORRESPONDENCE FROM K. LOGAN RE:
                                          SAME, DRAFT MEMO TO SAME RE: SAME
                                          (.2); REVIEW CORRESPONDENCE FROM AND
                                          DRAFT CORRESPNODENCE TO M. HALEY RE:
                                          STATUS RE: PRINTING QUOTE (.1);
                                          REVIEW AND REVISE DISCLOSURE
                                          STATEMENT (6.4); DRAFT CORRESPONDENCE
                                          TO AND REVIEW CORRESPONDENCE FROM A.
                                          LIU RE: PACA CLAIMS LANGUAGE (.1).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 06/09/06 | 4.20 | REVIEW AND REVISE DISCLOSURE STATEMENT (4.1); TELEPHONE CONFERENCE WITH M. HALEY RE: PRINTING OF DISCLOSURE STATEMENT, REVIEW CORRESPONDENCE FROM SAME RE: SAME (.1). |
| TURETSKY DM | 06/09/06 | 1.30 | FURTHER REVIEW AND REVISE DISCLOSURE STATEMENT (0.3); RESEARCH RE: DIRECTOR AND OFFICER ISSUES IN CONNECTION WITH DISCLOSURE STATEMENT (1.0). |
| GRAY RW | 06/12/06 | 0.20 | TC WITH J. HOLLINGSWORTH AND C. JACKSON RE: REVISIONS TO DISCLOSURE STATEMENT NOTICE (0.1); MAKE REVISIONS AND RETURN TO J. HOLLINGSWORTH FOR FINAL APPROVAL (0.1). |
| MARGOLIS A | 06/12/06 | 0.10 | TC W/K LOGAN RE NOTICING ISSUES. |
| RAVIN AS | 06/12/06 | 4.40 | DRAFT CORRESPONDENCE TO L. APPEL RE: STATUS OF DISCLOSURE STATEMENT PRINTING ISSUES, DRAFT CORRESPONDENCE TO G. MULVEY RE: SAME, DRAFT CORRESPONDENCE TO B. BRADY RE: SAME, REVIEW CORRESPONDENCE FROM B. BOGGESS RE: SAME, DRAFT MEMO TO R. GRAY RE: SAME, TELEPHONE CONFERENCE WITH M. HALEY RE: SAME (.2); REVIEW AND REVISE DISCLOSURE STATEMENT RE: STORE INFORMATION PROVIDED BY B. GASTON (.6); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM B. GASTON RE: STORE DESCRPITIONS FOR DISCLOSURE STATEMENT (.2); DRAFT MEMO TO T. BOYDELL RE: DIP COMMENTS FOR DISCLOSURE STATEMENT, REVIEW MEMO FROM SAME RE: SAME (.1); DRAFT CORRESPONDENCE TO J. POST RE: LITIGATION COMMENTS TO DISCLOSURE STATEMENT (.1); REVIEW AND REVISE DISCLOSURE STATEMENT (3.2). |
| BARUSCH RC | 06/13/06 | 1.20 | BEGIN RISK FACTOR REVIEW. |
| GRAY RW | 06/13/06 | 4.30 | TC WITH J. HOLLINGSWORTH RE: ADDITIONAL CHANGES TO DISCLOSURE STATEMENT NOTICE, MAKE SAME, AND FORWARD REVISED VERSION (0.1); DRAFT MEMO TO J. BAKER AND C. JACKSON RE: HEARING TIME ON AUGUST 4 (0.1); REVIEW DRAFT DISCLOSURE STATEMENT (3.1); COMMENT SESSION ON DISCLOSURE STATEMENT WITH A. RAVIN (1.0). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 06/13/06 | 8.40 | REVIEW AND REVISE DISCLOSURE STATEMENT BASED UPON CHANGES TO PLAN AND OTHER INFORMATION RECEIVED (7.0); TELEPHONE CONFERENCE WITH K. WARD RE: ISSUES RE: DISCLOSURE STATEMENT ON LITIGATION CLAIMANT SECTION, REVIEW CORRESPONDENCE FROM SAME RE: SAME (.1); REVIEW COURT APPROVED DISCLOSURE STATEMENT NOTICE (.2); CONFERENCE WITH R. GRAY RE: COMMENTS TO DISCLOSURE STATEMENT (1.0); REVIEW MEMOS FROM AND DRAFT MEMOS TO S. LAM AND T. BOYDELL RE: COMMENTS TO DISCLOSURE STATEMENT (.1). |
| SAMBUR K | 06/13/06 | 3.60 | CONTINUE TO REVISE SUBSTANTIVE CONSOLIDATION SECTION FOR DISCLOSURE STATEMENT (3.6). |
| TURETSKY DM | 06/13/06 | 0.10 | E-MAIL TO A. RAVIN RE: ISSUES CONCERNING LYNCH EMPLOYMENT AGREEMENT IN CONNECTION WITH DESCRIPTION OF SAME IN DISCLOSURE STATEMENT (0.1). |
| BAKER DJ | 06/14/06 | 0.10 | CONFERENCE WITH R. GRAY REGARDING DISCLOSURE STATEMENT ISSUES. |
| HENRY S | 06/14/06 | 0.50 | ADDITIONAL ANALYSIS OF ISSUES RELATING TO DISCLOSURE STATEMENT. |
| GRAY RW | 06/14/06 | 1.10 | DRAFT MEMO TO A. RAVIN RE: SUPPLEMENTARY WORK ON CASE SECTION OF DISCLOSURE STATEMENT AND TC RE: SAME (0.1); TC WITH A. RAVIN RE: LITIGATION DESCRIPTION FOR DISCLOSURE STATEMENT AND REVIEW EMAIL EXCHANGE WITH J. CASTLE RE: SAME (0.1); CONF WITH J. BAKER RE: INVESTIGATION SUMMARY FOR DISCLOSURE STATEMENT (0.1); EXCHANGE EMAILS WITH R. BARUSCH AND K. BRISTOR RE: STOCK TRADING RESTRICTIONS (0.1); REVIEW/REVISE DISCLOSURE STATEMENT SECTION (0.7). |
| EICHEL S | 06/14/06 | 0.20 | REVIEW RELEVANT SECTIONS OF DISCLOSURE STATEMENT (.2). |
| RAVIN AS | 06/14/06 | 8.10 | REVIEW AND REVISE DISCLOSURE STATEMENT (7.5); DRAFT MEMOS TO S. LAM RE: DISCLOSURE STATEMENT DIP ISSUES (.1); DRAFT CORRESPONDENCE TO AND TELEPHONE CONFERENCE WITH K. LOGAN RE: COMMENTS TO DISCLOSURE STATEMENT RE: CLAIMS (.2); DRAFT CORRESPONDENCE TO J. CASTLE RE: LITIGATION SECTION OF DISCLOSURE STATEMENT (.1); DRAFT CORRESPONDENCE TO L. APPEL RE: DISCLOSURE STATEMENT (.1); DRAFT MEMOS TO S. EICHEL, J. LEAMY AND OTHERS RE: INFORMATION NEEDED FOR DISCLOSURE STATEMET DRAFT MEMOS TO AND REVIEW MEMOS FROM R. GRAY RE: SAME (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

SAMBUR K          06/14/06      2.20   COMMENT ON DISCLOSURE STATEMENT
                                       SUMMARY OF SUBSTANTIVE CONSOLIDATION
                                       COMPROMISE. (2.2).

TURETSKY DM       06/14/06      1.70   RESEARCH WINN-DIXIE SEC FILINGS IN
                                       CONNECTION WITH RESOLVING ISSUES
                                       CONCERNING DISCLOSURE STATEMENT
                                       (0.2); FURTHER REVIEW AND COMMENT RE:
                                       DISCLOSURE STATEMENT (0.5); DRAFT
                                       DISCLOSURE STATEMENT PARAGRAPH RE:
                                       EXAMINER REQUEST (1.0).

MARGOLIS A        06/15/06      0.60   REVISE SECTIONS OF DISCLOSURE
                                       STATEMENT (.6).

EICHEL S          06/15/06      0.50   REVIEW RECLAMATION SECTION OF
                                       DISCLOSURE STATEMENT (.2); DRAFT
                                       RIDER FOR RECLAMATION SECTION OF
                                       DISCLOSURE STATEMENT (.2); TEL. CONF.
                                       WITH A. LIU RE: STATEMENTS OF
                                       RECLAMATION IN CONNECTION WITH
                                       DRAFTING RIDER FOR DISCLOSURE
                                       STATEMENT (.1).

LEAMY JM          06/15/06      0.60   REVIEW AND COMMENT ON SECTION V OF
                                       DISCLOSURE STATEMENT.

RAVIN AS          06/15/06      5.00   REVIEW AND REVISE MEMO FROM D.
                                       TURETSKY RE: DRAFT LANGUAGE FOR
                                       DISCLOSURE STATEMENT RE: MOTION FOR
                                       APPOINTMENT OF EXAMINER AND
                                       INVESTIGATION CONDUCTED BY CREDITORS
                                       COMMITTEE (.3); CONFERENCES WITH  D.
                                       TURETSKY RE: DRAFT LANGUAGE FOR
                                       DISCLOSURE STATEMENT RE: MOTION FOR
                                       APPOINTMENT OF EXAMINER AND
                                       INVESTIGATION CONDUCTED BY CREDITORS
                                       COMMITTEE (.1); MULTIPLE TELEPHONE
                                       CONFERENCES WITH C. NASS RE:
                                       DISCLOSURE STATEMENT (.3); REVIEW AND
                                       REVISE DISCLOSURE STATEMENT (3.8);
                                       DRAFT CORRESPONDENCE TO M. CHLEBOVEC
                                       AND B. GASTON RE: STORE SECTION OF
                                       DISCLOSURE STATEMENT (.1); TELEPHONE
                                       CONFERENCE WITH B. GASTON RE:
                                       COMMENTS TO DISCLOSURE STATEMENT
                                       (.4).

SAMBUR K          06/15/06      0.20   CONTINUE TO REVISE DISCLOSURE
                                       STATEMENT WITH RESPECT TO SUBSTANTIVE
                                       CONSOLIDATION (.2).

TURETSKY DM       06/15/06      4.80   TELEPHONE CALL WITH A. RAVIN RE:
                                       PARAGRAPH REGARDING EXAMINER AND
                                       COMMITTEE INVESTIGATION IN CONNECTION
                                       WITH DISCLOSURE STATEMENT (0.1) E-
                                       MAIL TO K. KELLER RE: PARAGRAPH
                                       REGARDING EXAMINER AND COMMITTEE
                                       INVESTIGATION IN CONNECTION WITH
                                       DISCLOSURE STATEMENT (0.2); FURTHER
                                       REVIEW AND COMMENT RE: DISCLOSURE
                                       STATEMENT (4.5).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

BAKER DJ        06/16/06      1.30   DRAFT INSERT FOR DISCLOSURE STATEMENT
                                     RELATING TO REPORT OF COMMITTEE
                                     (1.3).

GRAY RW         06/16/06      0.40   PRELIMINARY REVIEW OF LIQUIDATION
                                     ANALYSIS (0.2); DRAFT MEMO TO S.
                                     BUSEY AND J. BAKER RE: COORDINATING
                                     REVIEW (0.1); EXCHANGE EMAILS WITH A.
                                     RAVIN RE: CONTENT ISSUES ON
                                     DISCLOSURE STATEMENT (0.1).

MARGOLIS A      06/16/06      2.40   DRAFT SECTIONS OF DISCLOSURE
                                     STATEMENT ON EXIT AND DIP FINANCING
                                     (2.3); TC W/R GRAY RE DESCRIPTION OF
                                     WACHOVIA COMMITMENT LETTER (.1).

RAVIN AS        06/16/06      9.50   TELEPHONE CONFERENCE WITH M.
                                     CHLEBOVEC AND R. BUSSING RE: COMMENTS
                                     TO STORE SECTION OF DISCLOSURE
                                     STATEMENT (.3); TELEPHONE CONFERENCE
                                     WITH K. LOGAN RE: CLAIMS INFORMATION
                                     RE: DISCLOSURE STATEMENT (.2);
                                     MULTIPLE TELEPHONE CONFERENCES WITH
                                     C. JACKSON RE: COMMENTS TO DISCLOSURE
                                     STATEMENT (.4); REVIEW AND REVISE
                                     DISCLOSURE STATEMENT (8.1); TELEPHONE
                                     CONFERENCE WITH J. O'CONNELL RE:
                                     PROJECTIONS AND VALUATION (.1);
                                     REVIEW MEMO FROM AND DRAFT MEMO TO S.
                                     BUSEY RE: COMMENTS TO DISCLOSURE
                                     STATEMENT (.1); DRAFT MEMOS TO AND
                                     REVIEW MEMOS FROM R. GRAY RE:
                                     DISCLOSURE STATEMENT REVISIONS (.2);
                                     REVIEW MEMOS FROM R. BARUSCH AND K.
                                     BRISTOR RE: TRANSFER RESTRICTIONS,
                                     REVIEW CORRESPONDENCE FROM L. APPEL
                                     RE: SAME (.1).

GRAY RW         06/18/06      3.20   REVIEW/COMMENT ON LATEST DRAFT OF
                                     DISCLOSURE STATEMENT (3.2).

RAVIN AS        06/18/06      3.00   REVIEW AND REVISE DISCLOSURE
                                     STATEMENT BASED UPON COMMENTS
                                     RECEIEVED FROM R. GRAY.

HENRY S         06/19/06      3.80   REVIEW DISCLOSURE STATEMENT  AND MAKE
                                     SUGGESTIONS TO SAME.

GRAY RW         06/19/06      1.60   TC WITH A. RAVIN TO REVIEW COMMENTS
                                     ON DISCLOSURE STATEMENT (0.1); REVIEW
                                     SUB CON SECTION AND PROVIDE COMMENTS
                                     (0.2); REVIEW AND COMMENT ON
                                     DISCLOSURE STATEMENT (0.8); REVIEW
                                     LIQUIDATION ANALYSIS (0.4);  LOCATE
                                     PRECEDENT FOR TAX DISCLOSURES AND
                                     SEND TO K. BRISTOR AND A. RESHTICK
                                     (0.1);.

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 06/19/06 | 10.80 | REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO J. O'CONNELL RE: DISCLOSURE STATEMENT (.1); MULTIPLE TELEPHONE CONFERENCES WITH J. O'CONNELL RE: DISCLOSURE STATEMENT (.2); REVIEW AND REVISE DISCLOSURE STATEMENT (10.2); DRAFT MEMOS TO AND REVIEW MEMOS FROM R. GRAY RE: COMMENTS TO DISCLOSURE STATEMENT (.1); CONFERENCES WITH R. GRAY RE: COMMENTS TO DISCLOSURE STATEMENT (.1); DRAFT MEMO TO K. SAMBUR AND S,. HENRY RE SUB CON ISSUES RELATED TO DISCLOSURE STATEMENT (.1). |
| RESHTICK AA | 06/19/06 | 3.60 | REVIEW DRAFT DISCLOSURE STATEMENT AND IDENTIFY TAX ISSUES. |
| SAMBUR K | 06/19/06 | 4.30 | CHECK CROSS-REFERENCES IN DISCLOSURE STATEMENT (4.3). |
| TURETSKY DM | 06/19/06 | 0.60 | FURTHER RESEARCH IN CONNECTION WITH SECTIONS TO DISCLOSURE STATEMENT RELATING TO CEO RETENTION INCENTIVE (0.2); E-MAIL TO A. RAVIN RE: SECTIONS TO DISCLOSURE STATEMENT RELATING TO CEO RETENTION INCENTIVE (0.1); RESEARCH WINN-DIXIE PUBLIC FILINGS IN CONNECTION WITH RESOLVING DISCLOSURE STATEMENT ISSUES (0.3). |
| BAKER DJ | 06/20/06 | 3.80 | BEGIN REVIEW OF LATEST DRAFT OF DISCLOSURE STATEMENT (3.8). |
| HENRY S | 06/20/06 | 0.30 | ANALYSIS OF ISSUES RE INSERT TO DISCLOSURE STATEMENT REGARDING SUB CON COMPROMISE. |
| GRAY RW | 06/20/06 | 1.50 | REVIEW AND COMMENT ON PLAN STRUCTURE SUMMARY (0.1); REVIEW AND COMMENT ON SECURED CLAIM INFORMATION (0.1); REVIEW AND COMMENT ON SUB CON HISTORY PROVISION (0.1); REVIEW AND COMMENT ON DISCLOSURE STATEMENT (1.2). |
| SALDANA A | 06/20/06 | 0.40 | DISCUSS PRESS RELEASE AND DISCLOSURE STATEMENT ISSUES WITH J. O'CONNELL AT BLACKSTONE (0.2); ANALYZE DISCLOSURE STATEMENT ISSUES (0.2). |
| LEAMY JM | 06/20/06 | 0.10 | RESEARCH INFORMATION RE: LEASES FOR DISCLOSURE STATEMENT (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 06/20/06 | 11.80 | TELEPHONE CONFERENCE WITH S. KAROL, C. JACKSON AND B. GASTON RE: COMMENTS TO STORE/FACILITY SECTION OF DISLCOSURE STATEMENT (.5); FOLLOW UP TELEPHONE CONFERENCE WITH B. GASTON RE: STORE/FACILITY SECTION OF DISLCOSURE STATEMENT (.6); REVIEW AND REVISE DISCLOSURE STATEMENT (10.5); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM L. HEWETT RE: COMMENTS TO LEVERAGE SECTION OF DISCLOSURE STATEMENT (.1); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM D. VANSCHOOR RE: SECURITIES SECTIONS OF DISCLOSURE STATEMENT (.1). |
| RESHTICK AA | 06/20/06 | 5.40 | REVIEW DRAFT DISCLOSURE STATEMENT AND IDENTIFY TAX ISSUES (3.3 HR); REVIEW MATERIALS REGARDING TREATMENT OF RETIREMENT PLAN CLAIMS (CLASS 15) (2.1HR). |
| SAMBUR K | 06/20/06 | 6.80 | UPDATE RISK FACTOR SECTION OF DISCLOSURE STATEMENT (1.1); REVISE SUBSTANTIVE CONSOLIDATION SECTIONS OF DISCLOSURE STATEMENT (3.3); CONTINUE TO CHECK CROSS-REFERENCES IN DISCLOSURE STATEMENT (2.4). |
| TURETSKY DM | 06/20/06 | 4.10 | FURTHER ANALYSIS RE: SECTIONS OF DISCLOSURE STATEMENT DEALING WITH RETENTION AND SEVERANCE PROGRAMS (0.3); FURTHER REVIEW AND COMMENT RE: DISCLOSURE STATEMENT (3.8). |
| BAKER DJ | 06/21/06 | 2.80 | CONFERENCE ROSALIE GRAY AND ADAM RAVIN REGARDING DISCLOSURE STATEMENT ISSUES (.5); CONTINUE REVIEW OF REVISED DISCLOSURE STATEMENT (2.3). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW          06/21/06      2.70   DRAFT MEMO TO BANKING TEAM RE:
                                      EXPLANATION OF REAL ESTATE TRANSFER
                                      FOR DISCLOSURE STATEMENT (0.1);
                                      REVIEW AND RESPOND TO MEMO FROM A.
                                      RAVIN RE: CLAIM AMOUNTS FOR SECURED
                                      CLAIMS (0.1); REVIEW AND RESPOND TO
                                      MEMO FROM A. RAVIN RE: VALUATION TEXT
                                      (0.1); DRAFT MEMO TO M. DUSSINGER RE:
                                      LIQUIDATION ANALYSIS (0.1); DRAFT
                                      MEMO TO A. RAVIN RE: OBTAINING CLASS
                                      CLAIM AMOUNTS FOR DISCLOSURE
                                      STATEMENT (0.1); REVIEW FOLLOWUP
                                      EMAIL EXCHANGE FROM H. ETLIN AND F.
                                      HUFFARD AND DRAFT REPLY (0.1); REVIEW
                                      AND RESPOND TO EMAIL FROM J. CASTLE
                                      RE: SAME (0.1); REVIEW MEMO FROM A.
                                      RAVIN AND TC WITH SAME RE: LITIGATION
                                      DISCLOSURE (0.1); TC WITH A. RAVIN
                                      RE: HANDLING OF LITIGATION
                                      INFORMATION PROVIDED BY J. CASTLE
                                      (0.1); REVIEW AND COMMENT ON
                                      DISCLOSURE STATEMENT DRAFT (1.3);
                                      MEET WITH A. RAVIN AND J. BAKER RE:
                                      DISCLOSURE STATEMENT (.5).

EICHEL S         06/21/06      0.20   REVIEW A. RAVIN'S EMAIL RE:
                                      DISCLOSURE STATEMENT (.1); DRAFT
                                      EMAIL TO A. RAVIN RE: DISCLOSURE
                                      STATEMENT (.1).

RAVIN AS         06/21/06     10.60   DRAFT MEMO TO R. GRAY RE: LITIGATION
                                      SECTION OF DISCLOSURE STATEMENT,
                                      REVIEW MEMO FROM SAME RE: REAL ESTATE
                                      SECTION, REVIEW MEMO FROM A. MARGOLIS
                                      RE: REAL ESTATE SECTION OF DISCLOSURE
                                      STATEMENT (.1); REVIEW MEMOS FROM F.
                                      HUFFARD, M. BARR AND D. HILTE RE: AD
                                      HOC TRADE DEAL (.1) MULTIPLE
                                      TELEPHONE CONFERENCES WITH J. CASTLE
                                      AND M. RICHARD RE: LITIGATION ACTION
                                      SECTION OF DISCLOSURE STATEMENT (.4);
                                      DRAFT, REVIEW AND REVISE DISCLOSURE
                                      STATEMENT (7.5); DRAFT CORRESPONDENCE
                                      TO J. CASTLE, C. NASS, D. BITTER AND
                                      OTHERS RE: COMMENTS TO DISCLOSURE
                                      STATEMENT (.2); STATUS MEETING WITH
                                      D. J. BAKER AND R. GRAY RE: STATUS OF
                                      DISCLOSURE STATEMENT (.5); TELEPHONE
                                      CONFERENCES WITH J. O'CONNELL RE:
                                      COMMENTS TO DISCLOSURE STATEMENT
                                      (.2); DRAFT OPEN ISSUES CHART FOR
                                      DISCLOSURE STATEMENT (1.6).

RESHTICK AA      06/21/06      4.50   ANALYZE RELATED TAX ISSUES AND DRAFT
                                      TAX SECTION FOR DISCLOSURE STATEMENT.

TURETSKY DM      06/21/06      7.90   FURTHER REVIEW AND COMMENT RE:
                                      DISCLOSURE STATEMENT (7.9).

HENRY S          06/22/06      0.60   CONFERENCE CALL REGARDING DISCLOSURE
                                      STATEMENT WITH S. KAROL, D. TURETSKY,
                                      R. GRAY, A. RAVIN ET AL.

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW         06/22/06      3.00   REVIEW AND EDIT PLAN SUMMARY TABLE IN
                                     DISCLOSURE STATEMENT (0.8); FURTHER
                                     REVIEW AND EDIT DISCLOSURE STATEMENT
                                     (0.9); DRAFT MEMO TO J. BAKER RE:
                                     TREATMENT OF RELEASE PROVISIONS IN
                                     DISCLOSURE STATEMENT (0.1); CONF CALL
                                     WITH CLIENT AND ADVISORS RE:
                                     DISCLOSURE STATEMENT (0.6); TC WITH
                                     A. RAVIN RE: COMMENTS (0.1); REVIEW
                                     AND RESPOND TO MEM FROM A. RESHTICK
                                     RE: TAX ISSUES/DELOITTE COORDINATION
                                     (0.1); REVIEW AND RESPOND TO MEMO
                                     FROM J. CASTLE RE: DELOITTE
                                     PARTICIPATION IN DISCLOSURE STATEMENT
                                     (0.1); REVIEW AND RESPOND TO MEMO
                                     FROM A. MARGOLIS RE: VOTING RECORD
                                     DATE (0.1); REVIEW SAFE HARBOR
                                     PROVISIONS (0.1); TC WITH A.RAVIN RE:
                                     FOCUS ON POST-EMERGENCE (0.1).

MARGOLIS A      06/22/06      3.00   DRAFT MOTION FOR APPROVAL OF
                                     DISCLOSURE STATEMENT, SOLICITATION
                                     PROCEDURES AND RELATED RELIEF.

EICHEL S        06/22/06      0.30   REVIEW EMAILS FROM A. LIU RE:
                                     INCREASE IN TRADE CREDIT OBTAINED IN
                                     CONNECTION WITH DRAFTING DISCLOSURE
                                     STATEMENT (.2); REVIEW EMAIL FROM J.
                                     PARROTTA (WINN-DIXIE) RE: INCREASE IN
                                     TRADE CREDIT FROM TRADE LIEN PROGRAM
                                     FOR INCLUSION IN DISCLOSURE STATEMENT
                                     (.1);.

RAVIN AS        06/22/06      8.90   REVIEW CORRESPONDENCE FROM AND DRAFT
                                     CORRESPONDENCE TO C. NASS RE: OPEN
                                     ISSUES ON DISCLOSURE STATEMENT, DRAFT
                                     CORRESPONDENCE TO AND REVIEW
                                     CORRESPONDENCE FROM A. REED RE: SAME,
                                     DRAFT CORRESPONDNECE TO AND REVIEW
                                     CORRESPONDENCE FROM D. BITTER RE:
                                     SAME, DRAFT CORRESPONDENCE TO AND
                                     REVIEW CORRESPONDENCE FROM B. KICHLER
                                     RE: SAME (.2); REVIEW AND REVISE OPEN
                                     ISSUES CHART RE: DISCLOSURE STATEMENT
                                     (1.2); REVIEW AND REVISE DISCLOSURE
                                     STATEMENT (6.2); DRAFT MEMOS TO AND
                                     REVIEW MEMOS FROM R. GRAY RE:
                                     REVISIONS TO DISCLOSURE STATEMENT
                                     INCLUDING SAFE HARBOR PROVISION(.4);
                                     MULTIPLE CONFERENCES WITH R. GRAY RE:
                                     COMMENTS TO DISCLOSURE STATEMENT
                                     INCLUDING SAFE HARBOR SECTION (.2);
                                     DRAFT MEMOS TO A. SALDANA RE: SAFE
                                     HARBOR SECTION OF DISCLOSURE
                                     STATEMENT (.1); TELEPHONE CONFERENCE
                                     WITH S. HENRY, R. GRAY. D. TURETSKY,
                                     M. FRIETAG, C. JACKSON, AND S. KAROL
                                     RE: COMMENTS TO DISCLOSURE STATEMENT
                                     (.6).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RESHTICK AA        06/22/06       9.20   DISCUSSION WITH B. COLLINS, S. BURKE
                                         -RE: NET OPERATING LOSSES AND OTHER
                                         TAX ATTRIBUTES OF THE COMPANY AND
                                         POTENTIAL IMPACT OF EMERGENCE FROM
                                         BANKRUPTCY (0.5 HR); PROVIDE
                                         MATERIALS AND COORDINATE REVIEW OF
                                         TAX MATERIALS WITH B. COLLINS, S.
                                         BURKE (0.5 HR); REVIEW REVISE INTERIM
                                         DRAFT OF THE DISCLOSURE STATEMENT
                                         (2.8); DRAFT TAX SECTION FOR THE
                                         DISCLOSURE STATEMENT AND ANALYZE
                                         RELATED TAX ISSUES.

SAMBUR K           06/22/06       1.10   REVISE SUBSTANTIVE CONSOLIDATION
                                         SECTIONS OF DISCLOSURE STATEMENT
                                         (1.1).

TURETSKY DM        06/22/06      10.30   FURTHER REVIEW AND COMMENT RE:
                                         DISCLOSURE STATEMENT (9.7);
                                         CONFERENCE CALL WITH S. KAROL, C.
                                         JACKSON, A. RAVIN, R. GRAY, S. HENRY,
                                         AND J. CASTLE (PARTIAL) RE:
                                         DISCLOSURE STATEMENT (0.6).

BAKER DJ           06/23/06       3.30   BEGIN REVIEW OF LATEST DRAFT OF
                                         DISCLOSURE STATEMENT (3.3).

HENRY S            06/23/06       4.50   REVIEW DISCLOSURE STATEMENT IN
                                         ANTICIPATION OF CALL WITH RESPECT TO
                                         THAT DOCUMENT (2.1); CALLL WITH
                                         COMPANY ET. AL, RE: DISCLOSURE
                                         STATEMENT (2.3); T.C R. GRAY AND S.
                                         FELD RE PLAN TREATMENT OF WORKERS'
                                         COMP CLAIMS (.1).

GRAY RW            06/23/06       3.20   CONF CALL WITH M. DUSSINGER AND A.
                                         RAVIN RE: LIQUIDATION ANALYSIS (0.5);
                                         DRAFT MEMO TO J. EDMONSEN RE: MSP/SRP
                                         CLAIM AMOUNTS FOR DISCLOSURE
                                         STATEMENT (0.1); PARTICIPATE IN CONF
                                         CALL WITH CLIENT AND ADVISORS RE:
                                         DISCLOSURE STATEMENT (2.3); TC WITH
                                         C. JACKSON RE: SOLICITATION
                                         PROCEDURES (0.1); DRAFT MEMO TO K.
                                         SAMBUR AND K. LOGAN RE: ISSUES RAISED
                                         FOR SOLICITATION MOTION (0.1); REVIEW
                                         MEMO FROM F. HUFFARD RE: EXIT
                                         FACILITY STATUS AND DRAFT MEMO TO A.
                                         RAVIN RE: ALTERNATIVE HANDLING IN
                                         DISCLOSURE STATEMENT (0.1).

MARGOLIS A         06/23/06       0.90   REVISION OF SOLICITATION PROCEDURES
                                         MOTION (.5); DEVELOP STRATEGY W/K
                                         SAMBUR RE ISSUES RE SOLICITATION
                                         PROCEDURES MOTION AND BALLOTS (.4).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS            06/23/06      10.60   REVIEW AND REVISE DISCLOSURE
                                          STATEMENT (7.2); DRAFT CORRESPONDENCE
                                          TO J. POST RE: REQUEST FOR
                                          DESCRIPTION FOR LITIGATION CLAIMS
                                          (.2); DRAFT MEMOS TO R. GRAY RE:
                                          DISCLOSURE STATEMENT INCLUDING
                                          LANGUAGE FOR DESCRIPTION OF NEW CEO
                                          EMPLOYMENT AGREEMENT (.3); REVIEW
                                          CORRESPONDECE FROM J. EDMONSON RE:
                                          CLAIMS INFORMATION NEEDED FOR
                                          DISCLOSURE STATEMENT (.1); DRAFT MEMO
                                          TO D. J. BAKER RE: SEVERAL SECTIONS
                                          OF DISCLOSURE STATEMENT INCLUDING NEW
                                          CEO EMPLOYMENT AGREEMENT (.2);
                                          TELEPHONE CONFERENCE WITH J. CASTLE,
                                          J. O'CONNELL, S. HENRY, R. GRAY, D.
                                          TURETSKY, C. JACKSON, C. NASS AND
                                          REPRESENTATIVES FROM DELOITTE RE:
                                          COMMENTS TO DISCLOSURE STATEMENT
                                          (2.3); TELEPHONE CONFERENCE WITH C.
                                          JACKSON RE: ADDITIONAL COMMENTS TO
                                          DISCLOSURE STATEMENT (.3).

RESHTICK AA         06/23/06       2.60   REVIEW REVISED DRAFT DISCLOSURE
                                          STATEMENT AND ANALYZE RELATED TAX
                                          ISSUES.

SAMBUR K            06/23/06       8.70   REVISE SOLICITATION ORDER (1.1);
                                          REVISE SOLICITATION MOTION (3.6);
                                          REVISE BALLOTS (2.8); REVISE NOTICES
                                          (1.2).

TURETSKY DM         06/23/06      10.90   FURTHER REVIEW AND COMMENT RE:
                                          DISCLOSURE STATEMENT (3.5);
                                          CONFERENCE CALL WITH J. CASTLE, C.
                                          JACKSON, DELOITTE, R. GRAY, S. HENRY,
                                          AND A. RAVIN RE: DISCLOSURE STATEMENT
                                          (2.3); FURTHER REVISE DISCLOSURE
                                          STATEMENT BASED ON CHANGES MADE TO
                                          PLAN OF REORGANIZATION AND COMMENTS
                                          RECEIVED FROM WINN-DIXIE AND ITS
                                          PROFESSIONALS (5.1).

GRAY RW             06/24/06       0.60   REVIEW MILBANK COMMENTS TO DISCLOSURE
                                          STATEMENT (0.6).

EICHEL S            06/24/06       3.10   REVIEW DISCLOSURE STATEMENT (.4);
                                          REVIEW AND REVISE RECLAMATION SECTION
                                          OF DISCLOSURE STATEMENT  (2.5); DRAFT
                                          EMAIL TO S. HENRY AND A. RAVIN RE
                                          REVISED DISCLOSURE STATEMENT (.2).

RAVIN AS            06/24/06       5.00   REVIEW COMMENTS TO DISCLOSURE
                                          STATEMENT FROM MILBANK (1.0); REVIEW
                                          AND REVISE DISCLOSURE STATEMENT
                                          (3.4); DRAFT CORRESPONDENCE TO AND
                                          REVIEW CORRESPONDENCE FROM J. CASTLE
                                          AND L. APPEL RE: COMMENTS TO
                                          DISCLOSURE STATEMENT, DRAFT
                                          CORRESPONDENCE TO AND REVIEW
                                          CORRESPONDENCE FROM D. BITTER RE:
                                          SAME (.4); DRAFT MEMOS TO R. GRAY AND
                                          S. HENRY RE: SUB CON SECTION OF
                                          DISCLOSURE STATEMENT (.2).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

```
RESHTICK AA        06/24/06        3.70   ANALYZE RELATED TAX ISSUES AND REVISE
                                          TAX SECTION FOR THE DISCLOSURE
                                          STATEMENT.

GRAY RW            06/25/06        4.70   TC WITH A. RAVIN TO REVIEW MILBANK
                                          COMMENTS TO DISCLOSURE STATEMENT
                                          (1.5); DRAFT MEMOS TO M. BARR
                                          ADDRESSING VARIOUS ISSUES RAISED IN
                                          COMMENTS (0.8); FOLLOWUP EMAIL
                                          EXCHANGES WITH M. BARR (0.2); DRAFT
                                          MEMOS TO J. CASTLE, M. BYRUM, J.
                                          BAKER, R. BARUSCH, ET AL. TO OBTAIN
                                          INFORMATION NECESSARY TO ADDRESS
                                          OTHER MILBANK COMMENTS (0.4);
                                          EXCHANGE EMAILS WITH J. BAKER AND
                                          DRAFT EMAILS TO K. LOGAN RE:
                                          SOLICITATION EFFORTS (0.2);
                                          REVIEW/EDIT DISCLOSURE STATEMENT
                                          (1.6).

MARGOLIS A         06/25/06        0.60   REVIEW REVISED DRAFT PLAN.

RAVIN AS           06/25/06       13.10   REVIEW AND REVISE DISCLOSURE
                                          STATEMENT AND INCORPORATE COMMENTS
                                          RECEIVED FROM COMPANY AND COMMITTEE
                                          (10.0); TELEPHONE CONFERENCE WITH J.
                                          O'CONNELL RE: COMMENTS TO DISCLOSURE
                                          STATEMENT (.3); MULTIPLE TELEPHONE
                                          CONFERENCES WITH J. CASTLE RE:
                                          COMMENTS TO DISCLOSURE SATTEMENT
                                          (1.8); TELEPHONE CONFERENCE WITH J.
                                          POST RE: DISCLOSURE STATEMENT
                                          COMMENTS RE: PENDING LITIGATION (.1);
                                          DRAFT CORRESPONDENCE TO M. BYRUM  AND
                                          C. NASS RE: OPEN ISSUES RELATED TO
                                          DISCLOSURE STATEMENT, REVIEW
                                          CORRESPONDENCE FROM SAME RE: SAME
                                          (.1); DRAFT MEMOS TO AND REVIEW MEMOS
                                          FROM R. GRAY RE: OPEN ISSUES RELATED
                                          TO DISCLOSURE STATEMENT (.3); DRAFT
                                          CORRESPONDENCE TO D. BITTER RE:
                                          INSURANCE RELATED OPEN ISSUES RELATED
                                          TO DISCLOSURE STATEMENT (.1); DRAFT
                                          CORRESPONDENCE TO M. BARR RESPONDING
                                          TO COMMENTS ON DISCLOSURE STATEMENT,
                                          (.4).

RESHTICK AA        06/25/06        5.80   ANALYZE TAX ISSUES RELATED TO THE
                                          PLAN OF REORGANIZATION (2.3); DRAFT
                                          TAX SECTION FOR THE DISCLOSURE
                                          STATEMENT AND CIRCULATE IT TO THE
                                          APPLICABLE PRACTITIONERS (3.5).

BAKER DJ           06/26/06        2.30   REVIEW REVISIONS TO DISCLOSURE
                                          STATEMENT (2.3).

HENRY S            06/26/06        0.10   REVIEW MEMORANDUM FROM RAVIN RE
                                          DISCLOSURE STATEMENT (.1).
```

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 06/26/06 | 3.70 | CONF CALL WITH T. CRICHTON AND A. BARAGONA RE: IRS TAX CLAIM DISCLOSURE (0.3); TC WITH A. RESHTICK RE: SAME (0.1); TC WITH F. HUFFARD AND J. OCONNELL RE: DISCLOSURE ISSUES ON COMMON STOCK RESERVE (0.1); REVISE CONTINUING OBLIGATION SECTION OF DISCLOSURE STATEMENT (0.2); REVIEW AND RESPOND TO MEMOS FROM K. LUSSIER AND L. APPEL RE: POSTING OF DOCUMENTS (0.1); EXCHANGE EMAILS WITH K. LOGAN AND J. BAKER RE: SOLICITATION EFFORTS (0.1); REVIEW/ANALYZE VOTE AGGREGATION ISSUE (0.2); REVIEW/EDIT CURRENT VERSION OF DISCLOSURE STATEMENT (2.6). |
| MARGOLIS A | 06/26/06 | 2.80 | REVISE MOTION FOR APPROVAL OF DISCLOSURE STATEMENT, SOLICITATION PROCEDURES, BALLOTS, NOTICES (2.5); EMAIL CORRESPONDENCE W/R GRAY, K SAMBUR RE ISSUES THERETO (.3). |
| LEAMY JM | 06/26/06 | 0.70 | DRAFT WORKERS COMPENSATION LANGUAGE INSERT FOR DISCLOSURE STATEMENT. |
| RAVIN AS | 06/26/06 | 13.40 | REVIEW AND REVISE DISCLOSURE STATEMENT (11.3); DRAFT MEMOS TO AND REVIEW MEMOS FROM R. GRAY RE: COMMENTS TO AND ISSUES RELATING TO DISCLOSURE STATEMENT INCLUDING MASTER BALLOTS, ENVIRONMENTAL CLAIMS, AND SUBSTANTIVE CONSOLIDATION (.5); REVIEW AND REVISE OPEN ISSUES CHART FOR DISCLOSURE STATEMENT (.7); REVIEW CORRESPONDENCE FROM D. VANSCHOOR RE: CORPORATE INFORMATION NEEDED FOR DISCLOSURE STATEMENT (.1); TELEPHONE CONFERENCES WITH J. O'CONNELL RE: COMMENTS TO DISCLOSURE STATEMENT (.2); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO M. LE BLANC RE: PHARMACY INFORMATION NEEDED FOR DISCLOSURE STATEMENT (.1); TELEPHONE CONFERENCE WITH C. NASS RE: COMMENTS TO DISCLOSURE STATEMENT (.2); CONFERENCE WITH T. BOYDELL RE: COMMENTS TO DISCLOSURE STATEMENT RE: EXIT FINANCING (.1); DRAFT CORRESPONDENCE TO M. BARR RE: DISCLOSURE STATEMENT, DRAFT CORRESPONDENCE TO J. HELFAT RE: SAME, DRAFT CORRESPONDENCE TO L. APPEL RE: SAME (.2). |
| RESHTICK AA | 06/26/06 | 5.20 | COORDINATED COMMENTS FROM APPLICABLE PRACTITIONERS AND REVISE TAX SECTION FOR THE DISCLOSURE STATEMENT. |
| SAMBUR K | 06/26/06 | 4.20 | CONTINUE TO REVISE BALLOTS TO REFLECT MOST RECENT VERSION OF THE PLAN (1.9); REVISE SUBSTANTIVE CONSOLIDAITON SECTION OF DISCLOSURE STATEMENT (2.3). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

TURETSKY DM        06/26/06        8.70   RESEARCH RE: RETENTION AND SEVERANCE
                                          PROGRAMS IN CONNECTION WITH
                                          PARAGRAPHS IN DISCLOSURE STATEMENT
                                          CONCERNING SAME (0.8); FURTHER
                                          COMMENT RE: SECTIONS IN DISCLOSURE
                                          STATEMENT CONCERNING NEW LYNCH
                                          RETENTION AGREEMENT (0.9); FURTHER
                                          RESEARCH RE: COMMITTEE ISSUES IN
                                          CONNECTION WITH DISCLOSURE STATEMENT
                                          PARAGRAPHS CONCERNING SAME (0.4);
                                          FURTHER REVISE DISCLOSURE STATEMENT
                                          (0.9); FURTHER REVIEW AND COMMENT RE:
                                          DISCLOSURE STATEMENT (5.5); E-MAILS
                                          TO J. CASTLE, L. APPEL, H. ETLIN, M.
                                          FREITAG, J. EDMONSON, J. POST, C.
                                          JACKSON, J. O'CONNELL, A. RAVIN RE:
                                          REVISIONS TO DISCLOSURE STATEMENT
                                          (0.2).

BAKER DJ           06/27/06        3.80   REVIEW LATEST CHANGES TO DISCLOSURE
                                          STATEMENT (1.3); WORK ON DISCLOSURE
                                          STATEMENT REVISIONS TO INCORPORATE
                                          COMMENTS FROM COMMITTEE (1.3);
                                          CONTINUE REVIEW OF ADDITIONAL CHANGES
                                          TO DISCLOSURE STATEMENT (1.2).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW            06/27/06         6.50   REVIEW AND COMMENT ON LATEST VERSION
                                           OF DISCLOSURE STATEMENT (0.7);
                                           EXCHANGE EMAILS WITH A. RAVIN RE: SUB
                                           CON SECTION AND DRAFT MEMO TO S.
                                           HENRY AND K. SAMBUR RE: SUGGESTED
                                           REVISIONS (0.1); REVIEW AND RESPOND
                                           TO MEMOS FROM M. BARR AND H. ETLIN
                                           RE: LIQUIDATION ANALYSIS ISSUES
                                           (0.2); REVIEW AND RESPOND TO MEMO
                                           FROM A. RAVIN RE: NOTEHOLDER VOTING
                                           LANGUAGE (0.1); CONF CALL WITH J.
                                           OCONNELL, J. EDMONSON AND A. RAVIN
                                           RE: PLAN CLASS ESTIMATES (0.4); DRAFT
                                           MEMO TO F. HUFFARD, H. ETLIN, J.
                                           CASTLE ET AL. RE: CLASS CLAIM AMOUNTS
                                           (0.1); EXCHANGE EMAILS WITH M. BARR,
                                           K. BRISTOR AND A. RESHTICK RE: STATUS
                                           OF TAX SECTION (0.1); REVIEW MEMO
                                           FROM D. TURETSKY RE: VOTE AGGREGATION
                                           ISSUE AND DRAFT MEMO TO M. BARR RE:
                                           SAME (0.2); EXCHANGE EMAILS WITH J.
                                           EDMONSON ET AL. RE: NOTEHOLDER CLAIM
                                           AMOUNT (0.1); REVIEW AND COMMENT ON
                                           REVISED LIQUIDATION ANALYSIS (0.2);
                                           DRAFT MEMO TO P. NECKLES ET AL. RE:
                                           FINALIZING EXIT FACILITY LANGUAGE IN
                                           DISCLOSURE STATEMENT (0.1); REVIEW
                                           MILBANK MARKUP TO DISCLOSURE
                                           STATEMENT (0.3); EXCHANGE EMAILS WITH
                                           M. BARR TO CLARIFY CERTAIN COMMENTS
                                           (0.1); REVIEW FURTHER REVISED
                                           LIQUIDATION ANALYSIS AND DRAFT MEMO
                                           TO M. BARR RE: SAME (0.1); TC WITH A.
                                           RAVIN AND C. JACKSON RE:
                                           ENVIRONMENTAL CLAIM ISSUES (0.2);
                                           REVIEW AND RESPOND TO MEMO FROM C.
                                           JACKSON RE: ENVIRONMENTAL ISSUES
                                           (0.1); EDIT/REVISE DISCLOSURE
                                           STATEMENT (3.4).

MARGOLIS A         06/27/06         3.00   REVISE MOTION FOR APPROVAL OF
                                           DISCLOSURE STATEMENT, SOLICITATION
                                           PROCEDURES, NOTICES, BALLOTS AND
                                           PROPOSED ORDER THERETO (2.5); TC W/K
                                           LOGAN RE NOTICING ISSUES (.1); EMAIL
                                           CORRESPONDENCE W/R GRAY RE ISSUES
                                           PERTAINING TO SOLICITATION MOTION
                                           (.2); PREPARE AND FORWARD COMMENTS ON
                                           DISCLOSURE STATEMENT TO A RAVIN (.2).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          06/27/06       14.90   REVIEW AND REVISE DISCLOSURE
                                         STATEMENT AND FINALIZE DOCUMENT FOR
                                         TRANSMISSION TO BOARD (12.5);
                                         TELEPHONE CONFERENCE WITH M. TESTON
                                         RE: ENVIRONMENTAL ISSUES RELATED TO
                                         DISCLOSURE STATEMENT (.2); TELEPHONE
                                         CONFERENCE (VOICEMAIL) WITH J.
                                         O'CONNELL RE: COMMENTS TO DISLCOSURE
                                         STATEMENT (.1); DRAFT MULTIPLE
                                         CORRESPONDENCE TO AND REVIEW MULTIPLE
                                         CORRESPONDENCE FROM C. NASS AND D.
                                         VANSCHOOR RE: CORPORATE STRUCTURE
                                         ISSUES IN DISCLOSURE STATEMENT (.3);
                                         TELEPHONE CONFERENCE WITH R. MILLER
                                         RE: ADMIN LANGUAGE NEEDED FOR
                                         DISCLOSURE STATEMENT (.2); CONFERENCE
                                         WITH A. RESHTICK RE: TAX COMMENTS TO
                                         DISCLOSURE STATEMENT (.1); TELEPHONE
                                         CONFERENCE WITH K. LOGAN RE: COMMENTS
                                         TO CLAIMS SECTION OF DISCLOSURE
                                         STATEMENT (.1); DRAFT MULTIPLE
                                         CORRESPONDENCE TO AND REVIEW MULTIPLE
                                         CORRESPONDENCE FROM C. NASS RE:
                                         VARIOUS COMMENTS TO DISCLOSURE
                                         STATEMENT (.3); TELEPHONE CONFERENCE
                                         WITH J. EDMONSON RE: CLAIM AMOUNTS
                                         FOR DISCLOSURE STATEMENT (.3);
                                         TELEPHONE CONFERENCE WITH J.
                                         O'CONNELL RE: ISSUES RELATED TO
                                         DISCLOSURE STATEMENT (.1); TELEPHONE
                                         CONFERENCE WITH J. EDMONSON, J.
                                         O'CONNELL AND R. GRAY RE: CLAIM
                                         AMOUNTS FOR DISCLOSURE STATEMENT
                                         (.4); FOLLOW UP TELEPHONE CONFERENCES
                                         WITH J. O'CONNELL RE: RE: CLAIM
                                         AMOUNTS AND VALUATION NUMBERS FOR
                                         DISCLOSURE STATEMENT (.2); REVIEW
                                         CLAIM RECOVERY ANALYSES RECEIVED FROM
                                         BLACKSTONE (.2); DRAFT CORRESPONDENCE
                                         TO BOARD FORWARDING DISCLOSURE
                                         STATEMENT (.1).

RESHTICK AA       06/27/06        8.10   DISCUSSION REGARDING TREATMENT OF
                                         RETIREMENT PLAN CLAIMS WITH S.
                                         REISNER & L. RODRIGUEZ (0.7);
                                         CONFERENCE CALL TO DISCUSS TREATMENT
                                         OF RETIREMENT PLAN CLAIMS (CLASS 15).
                                         PARTICIPANTS:  A. BARAGONA'; J. SIMON
                                         B. COLLINS, S. BURKE, S. REISNER, L.
                                         RODRIGUEZ [1.0]; COORDINATED COMMENTS
                                         WITH TAX PRACTITIONERS AND REVISE TAX
                                         SECTION (6.4).

SAMBUR K          06/27/06        8.90   CONTINUE TO REVISE SUBSTANTIVE
                                         CONSOLIDATION SECTIONS OF DISCLOSURE
                                         STATEMENT (1.6); REVISE DISCLOSURE
                                         STATEMENT WITH RESPECT TO BALLOTS AND
                                         VOTING (1.2); REVISE BALLOTS (2.6);
                                         REVISE SOLICITATION MOTION (3.1);
                                         REVISE SOLICITATION ORDER (.4).

TURETSKY DM       06/27/06        2.00   FURTHER REVIEW AND COMMENT RE:
                                         DISCLOSURE STATEMENT (0.5); FURTHER
                                         REVISE DISCLOSURE STATEMENT (1.5).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

BAKER DJ          06/28/06      3.20   TELEPHONE CALL WITH MATT BARR WITH
                                       RESPECT TO DISCLOSURE STATEMENT
                                       ISSUES (.3); TELEPHONE CALL LARRY
                                       APPEL AND STEVE BUSEY WITH RESPECT TO
                                       DISCLOSURE STATEMENT ISSUES (.3);
                                       REVIEW REVISED DISCLOSURE STATEMENT
                                       LANGUAGE (2.6).

GRAY RW           06/28/06      6.60   EXCHANGE EMAILS WITH J. EDMONSON RE:
                                       COMPONENTS OF ADMIN CLAIM ESTIMATE
                                       (0.1); EXCHANGE EMAILS WITH J.
                                       EDMONSON AND A. RAVIN RE: OTHER
                                       SECURED CLAIMS AND LANGUAGE FOR DS
                                       RE: SAME (0.1); FINAL REVIEW/EDIT OF
                                       DISCLOSURE STATEMENT (3.1); REVIEW
                                       VOICEMAIL FROM AND DRAFT MEMO TO A.
                                       RESHTICK RE: TREATMENT OF DIVIDENDS
                                       (0.1); FOLLOWUP EMAIL EXCHANGE WITH
                                       R. BARUSCH RE: SAME (0.1); CONF CALL
                                       WITH A. RAVIN, J. OCONNELL, J.
                                       EDMONSON ET AL. RE: CLASS CLAIM
                                       ESTIMATES (1.1); FINALIZE NOTICE OF
                                       DISCLOSURE STATEMENT HEARING AND
                                       TRANSMIT TO LOGAN FOR MAILOUT (0.2);
                                       DRAFT MEMO TO C. JACKSON ET AL. RE:
                                       FILING OF NOTICE (0.1); DRAFT
                                       LANGUAGE FOR DISCLOSURE STATEMENT RE:
                                       DISPUTED CLAIMS IMPACT ON RECOVERIES
                                       (0.9); FINAL REVIEW OF DISCLOSURE
                                       STATEMENT (0.8); CONF WITH A. RAVIN
                                       RE: DS COMMENTS (0.7).

MARGOLIS A        06/28/06      0.10   FORWARD REVISION ON DISCLOSURE
                                       STATEMENT RE EXIT FINANCING TO A
                                       RAVIN.

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          06/28/06      9.30   REVIEW AND ANALYZE MARK-UPS TO
                                       DISCLOSURE STATEMENT RECEIVED FROM
                                       MILBANK (.5); REVIEW AND REVISE
                                       DISCLOSURE STATEMENT, FINALIZE SAME
                                       FOR FILING (8.2); DRAFT
                                       CORRESPONDENCE TO AND REVIEW
                                       CORRESPONDENCE FROM A. REED RE:
                                       DISCLOSURE STATEMENT RE: DIP BALANCE
                                       (.1); DRAFT CORRESPONDENCE TO C.
                                       VITEK AND REVIEW CORRESPONDENCE FROM
                                       SAME RE: THRIVENT CLAIM (.1); REVIEW
                                       MULTIPLE CORRESPONDENCE FROM AND
                                       DRAFT MULTIPLE CORRESPONDENCE TO J.
                                       EDMONSON AND J. O'CCONNELL RE: CLAIM
                                       CALCULATIONS FOR DISLCOSURE STATEMENT
                                       (.3); CONFERENCE WITH R. GRAY RE:
                                       COMMENTS TO DISCLOSURE STATEMENT
                                       (.7); TELEPHONE CONFERENCE WITH J.
                                       O'CONNELL, J. EDMONSON, R. GRAY, J.
                                       CASTLE (PARTIAL) AND M. DUSSINGER RE:
                                       CLAIMS ISSUES RELATED TO DISCLOSURE
                                       STATEMENT (1.1); TELEPHONE CONFERENCE
                                       WITH S. BUSEY, C. JACKSON, AND R.
                                       GRAY RE: LYNCH EMPLOYMENT AGREEMENT
                                       AND OTHER OPEN ISSSUES FOR DISCLOSURE
                                       STATEMENT (.3); MULTIPLE TELEPHONE
                                       CONFERENCES WITH J. O'CONNELL RE:
                                       COMMENTS TO DISCLOSURE STATEMENT
                                       (.2); MULTIPLE TELEPHONE CONFERENCES
                                       WITH L. APPEL, D. J. BAKER, AND R.
                                       GRAY RE: ADDRESSING COMMITTEE
                                       COMMENTS TO DISCLOSURE STATEMENT AND
                                       PLAN (.3).

RESHTICK AA       06/28/06      3.50   COORDINATED COMMENTS WITH TAX
                                       PRACTITIONERS AND REVISE TAX SECTION.

SAMBUR K          06/28/06      2.60   DRAFT CASH REDUCTION FORM (2.6).

TURETSKY DM       06/28/06     13.70   FURTHER REVIEW AND COMMENT RE:
                                       DISCLOSURE STATEMENT (7.7); FURTHER
                                       REVISE DISCLOSURE STATEMENT (6.0).

BAKER DJ          06/29/06      3.80   CONTINUE REVIEW OF LATEST CHANGES TO
                                       DISCLOSURE STATEMENT (3.8).

GRAY RW           06/29/06      0.80   DRAFT MEMO TO J. WETZEL RE: HANDLING
                                       DISCLOSURE STATEMENT INQUIRIES (0.2);
                                       DRAFT MEMO CIRCULATING FINAL
                                       DISCLOSURE STATEMENT AND PLAN (0.1);
                                       EXCHANGE EMAILS WITH K. LOGAN RE:
                                       CALL FROM INDENTURE TRUSTEE COUNSEL
                                       RE: VOTING (0.1); TC WITH K. LOGAN
                                       AND D. CARP FOR INDENTURE TRUSTEE RE:
                                       VOTING ISSUES (0.2); REVIEW MEMO FROM
                                       K. LOGAN RE: DISCLOSURE STATEMENT
                                       NOTICING ISSUE AND FOLLOWUP TC WITH
                                       K. LOGAN (0.2).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 06/29/06 | 2.80 | REVIEW AND REVISE DISCLOSURE STATEMENT, FINALIZE SAME FOR FILING (2.2); DRAFT MULTIPLE CORRESPONDENCE TO AND REVIEW MULTIPLE CORRESPONDENCE FROM M. BARR RE: STATUS ISSUES (.1); REVIEW MEMOS FROM AND DRAFT MEMOS TO R. GRAY RE: VARIOUS ISSUES INCLUDING DISCOUNT CARD (.1); MULTIPLE TELEPHONE CONFERENCES WITH C. JACKSON RE: SERVICE ISSUES RELATED TO DISCLOSURE STATEMENT (.2); REVIEW MULTIPLE CORESPONDENCE FROM AND DRAFT MULTIPLE CORRESPONDENCE TO S. SOLL RE: DISCLOSURE STATEMENT (.2). |
| TURETSKY DM | 06/29/06 | 1.30 | REVIEW AND FINALIZE DISCLOSURE STATEMENT FOR FILING (1.1); REVIEW AS-FILED VERSION OF DISCLOSURE STATEMENT (0.2). |
| GRAY RW | 06/30/06 | 0.80 | REVIEW OF SOLICITATION FORMS (0.2); TC WITH K. LOGAN RE: STOCK PLAN NOTICING ISSUE (0.1); TC WITH C. JACKSON RE: SAME (0.1); FURTHER TC WITH K. LOGAN RE: SAME (0.1); TC WITH L. STRINGER RE: RESPONDING TO STOCKHOLDER INQUIRIES RE: DISCLOSURE STATEMENT (0.1); DRAFT MEMO TO L. STRINGER RE: DISCLOSURE STATEMENT NOTICE (0.1); REVIEW AND RESPOND TO MEMO FROM C. NASS RE: PROJECTIONS (0.1). |
| RAVIN AS | 06/30/06 | 0.10 | DRAFT CORRESPONDENCE TO C. NASS RE: PROJECTIONS REVIEW CORRESPONDENCE FROM SAME RE: SAME, REVIEW CORRESPONDENCE FROM AND DRAFT CORERSPONDENCE TO J. O'CONNELL RE: SAME. |
| SAMBUR K | 06/30/06 | 0.80 | REVISE SOLICITATION MATERIALS TO REFLECT NEW HEADERS (.8). |

**MATTER TOTAL**                  **456.20**

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                          Bill Date: 06/30/06
Employee Matters (General)                             Bill Number: 1113475

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER DJ | 06/01/06 | 0.80 | CONTINUE ANALYSIS OF MSP/SRP CLAIMS AND POSSIBLE SETTLEMENT TO SAME (.8). |
| GRAY RW | 06/01/06 | 0.10 | REVIEW AND RESPOND TO MEMO FROM L. RODRIGUEZ RE: FIXING DATES FOR MSP/SRP PAYMENT TERMINATION (0.1). |
| BAKER DJ | 06/02/06 | 2.00 | CONTINUE REVIEW OF ISSUES RELATED TO POSSIBLE CONTRACT FOR PETER LYNCH (.7); TELEPHONE CALL BARBARA VANZANT REGARDING TIMING OF CONFERENCE CALL (.2); TELEPHONE CALL WITH NICK BUBNOVICH REGARDING CONFERENCE CALL ISSUES (.3); CONTINUE REVIEW OF MSP/SRP CLAIM ISSUES (.8). |
| TURETSKY DM | 06/02/06 | 0.20 | FURTHER RESEARCH AND ANALYSIS RE: ISSUES CONCERNING MSP (0.2). |
| BAKER DJ | 06/05/06 | 2.50 | REVIEW DRAFT TERMS FOR POSSIBLE PETER LYNCH EMPLOYMENT AGREEMENT (1.2); ANALYZE EMPLOYEE CLAIMS FOR CONTINGENT CASH (1.3). |
| TURETSKY DM | 06/05/06 | 0.20 | FURTHER RESEARCH AND ANALYSIS RE: ISSUES CONCERNING EMPLOYEE CONTRACTS PURSUANT TO INQUIRY FROM R. GRAY (0.2). |
| BAKER DJ | 06/06/06 | 2.60 | PREPARE FOR CONFERENCE CALL ON MSP/SRP ISSUES (.6); PREPARE FOR CONFERENCE CALL WITH PETER LYNCH AND NICK BUBNOVICH (.3); CONFERENCE CALL WITH PETER LYNCH, NICK BUBNOVICH AND LARRY APPEL REGARDING CONTRACT ISSUES (.5); CONTINUE ANALYSIS OF POSSIBLE MSP/SRP SETTLEMENT (1.2). |
| BAKER DJ | 06/07/06 | 1.30 | CONTINUE REVIEW OF POSSIBLE MSP/SRP SETTLEMENT (1.3). |
| GRAY RW | 06/07/06 | 1.20 | TC WITH S. REISNER RE: BANKRUPTCY ISSUES RELATING TO POSSIBLE 401K CLAIM (0.4); DRAFT MEMO TO S. REISNER AND R. OLSHAN RE: MSP DEATH BENEFIT (0.2); REVIEW AND RESPOND TO MEMOS FROM L. APPEL AND L. RODRIGUEZ RE: MSP/SRP PARTICIPANTS VS. CLAIMANTS (0.4); REVIEW AND RESPOND TO MEMO FROM S. REISNER RE: MSP DEATH BENEFIT CONTINUATION ISSUES (0.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BAKER DJ | 06/08/06 | 1.00 | TELEPHONE CALL NICK BUBNOVICH WITH RESPECT TO ISSUES RELATED TO CONTRACT FOR PETER LYNCH (.3); TELEPHONE CALL ANDREW BERNSTEIN REGARDING POSSIBLE MEETING WITH COMMITTEE (.3); TRANSMIT EMAIL TO MATT BARR REGARDING MEETING WITH COMMITTEE TO DISCUSS PETER LYNCH CONTRACT ISSUES (.1); FURTHER CONVERSATION WITH NICK BUBNOVICH REGARDING MEETING WITH COMMITTEE (.3). |
| BAKER DJ | 06/09/06 | 3.90 | CONTINUE ANALYSIS OF MSP/SRP SETTLEMENT ISSUES (2.2); FURTHER REVIEW OF CONTRACT TERMS PROPOSED FOR P. LYNCH (1.2); TELEPHONE CALL A. BERNSTEIN REGARDING CONTRACT ISSUES (.3); TELEPHONE CALL L. APPEL REGARDING ISSUES RELATED TO CONTRACT FOR P. LYNCH (.2). |
| TURETSKY DM | 06/12/06 | 0.40 | FURTHER RESEARCH RE: ISSUES CONCERNING CONTINGENT CASH BENEFITS (0.4). |
| OLSHAN R | 06/13/06 | 0.40 | REVIEW REORG. PLAN, DEATH BENEFITS PROVISIONS. |
| TURETSKY DM | 06/13/06 | 0.20 | E-MAIL TO L. APPEL, B. NUSSBAUM, AND J. JAMES RE: EMPLOYMENT AGREEMENT ISSUES (0.2). |
| TURETSKY DM | 06/15/06 | 0.20 | FURTHER RESEARCH AND ANALYSIS RE: MSP/SRP ISSUES (0.2). |
| BAKER DJ | 06/16/06 | 2.00 | REVIEW LATEST CALCULATIONS FOR MSP CLAIM ISSUES (.8); REVIEW FIGURES FOR LYNCH CONTRACT, IN PREPARATION FOR MEETING WITH COMMITTEE (1.2). |
| TURETSKY DM | 06/16/06 | 1.70 | FURTHER RESEARCH AND ANALYSIS RE: ISSUES CONCERNING MSP AND SRP IN CONNECTION WITH PLAN OF REORGANIZATION PROVISIONS RELATING THERETO (1.7). |
| BAKER DJ | 06/19/06 | 5.30 | PREPARE FOR MEETING AT HOULIHAN WITH RESPECT TO CONTRACT FOR PETER LYNCH (1.0); ATTEND MEETING AT HOULIHAN WITH FLIP HUFFARD, MATT BARR, DAVID HILTY, SAUL BURIAN, NICK BUBNOVICH AND ANDREW BERNSTEIN, TO DISCUSS LYNCH CONTRACT (2.2); MEET WITH FLIP HUFFARD, NICK BUBNOVICH AND ANDREW BERNSTEIN WITH RESPECT TO POSSIBLE TERMS OF LYNCH CONTRACT (1.5); REVIEW ISSUES RELATED TO MSP/SRP CLAIMS (.6). |
| OLSHAN R | 06/19/06 | 0.70 | CEO EMPLOYMENT AGREEMENT ISSUES. |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TURETSKY DM | 06/19/06 | 5.20 | DRAFT LETTER TO MSP PARTICIPANTS RE: TREATMENT OF MSP CLAIMS UNDER PROPOSED PLAN OF REORGANIZATION (3.3); DRAFT LETTER TO SRP PARTICIPANTS RE: TREATMENT OF SRP CLAIMS UNDER PROPOSED PLAN OF REORGANIZATION (1.6); REVIEW ANALYSES OF MSP CLAIMS PREPARED BY LOGAN (0.2); E-MAIL TO K. BRISTOR AND A. RESHTICK RE: MSP/SRP (0.1). |
| BAKER DJ | 06/20/06 | 1.10 | EMAIL LINDA RODRIGUEZ WITH RESPECT TO REPORTS FROM MERCER (.1); REVIEW LATEST CALCULATIONS FROM MERCER WITH RESPECT TO MSP CLAIMS (1.0). |
| OLSHAN R | 06/20/06 | 0.70 | RESEARCH 409A PROXY ISSUES. |
| GRAY RW | 06/20/06 | 0.20 | REVIEW MEMOS FROM L. APPEL AND J. BAKER RE: BENEFITS ISSUES AND DRAFT MEMO TO J. BAKER, R. OLSHAN AND K. BRISTOR RE: TIMING CONCERN (0.2). |
| TURETSKY DM | 06/20/06 | 1.60 | REVIEW AND COMMENT RE: REVISED LETTER TO MSP PARTICIPANTS CONCERNING PLAN TREATMENT OF MSP CLAIMS (0.3); REVISE LETTER TO SRP PARTICIPANTS RE: TREATMENT OF SRP CLAIMS UNDER PLAN OF REORGANIZATION (0.5); E-MAIL TO R. GRAY RE: MSP AND SRP LETTERS (0.1); REVIEW AND COMMENT RE: WINN-DIXIE PREPARED COMMUNICATIONS MATERIALS TO EMPLOYEES CONCERNING PLAN OF REORGANIZATION (0.7). |
| BAKER DJ | 06/23/06 | 1.10 | EMAIL TO LARRY APPEL REGARDING EMPLOYEE ISSUES (.2); REVIEW EMAIL FROM MATT BARR REGARDING EMPLOYEE ISSUES (.2); RESPOND TO EMAIL FROM MATT BARR REGARDING EMPLOYEE ISSUES (.2); REVIEW PROPOSED SETTLEMENT TERMS FOR MSP CLAIMANTS (.5). |
| OLSHAN R | 06/27/06 | 0.70 | OPTION ISSUES. |
| TURETSKY DM | 06/27/06 | 0.10 | TELEPHONE CALL TO J. POST RE: DISPOSITION OF SETTLEMENT AGREEMENT WITH FORMER EMPLOYEE (0.1). |
| BAKER DJ | 06/28/06 | 1.10 | REVIEW REPORT ON COMPENSATION ISSUES PREPARED BY WATSON WYATT (1.1). |
| OLSHAN R | 06/28/06 | 0.80 | TELECONFERENCE W/S. REISNER RE 409A ISSUES. |
| BAKER DJ | 06/29/06 | 1.60 | FURTHER ANALYSIS OF THE ISSUES RELATED TO EMPLOYMENT CONTRACTS (1.6). |

**MATTER TOTAL**                    <u>**40.90**</u>

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Winn-Dixie Stores, Inc. (DIP)**                                    **Bill Date: 06/30/06**
**Executory Contracts (Personalty)**                              **Bill Number: 1113475**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| FELD SR | 06/01/06 | 0.50 | ANALYZE EXECUTORY CONTRACT LIST RE: INSURANCE AGREEMENTS. |
| GRAY RW | 06/01/06 | 0.70 | EXCHANGE EMAILS AND TC WITH S. EICHEL RE: LEXIS-NEXIS EXAMEN (0.2); REVIEW AND COMMENT ON CONTRACT/CLAIMS ANALYSIS FOR ADVO (0.1); REVIEW MEMO FROM E. LANE RE: KONICA AND RELATED MATERIALS (0.3); REVIEW AND RESPOND TO MEMO FROM B. KICHLER RE: OCEDAR ISSUES (0.1). |
| EICHEL S | 06/01/06 | 2.10 | REVIEW EMAIL FROM A. LIU RE: CLAIMS OF SOUTHERN CLEANING (.1); REVIEW D. YOUNG'S RESPONSE TO A. LIU'S EMAIL RE: SOUTHERN CLEANING (.1); DRAFT EMAIL TO B. KICHLER RE: REVISED SOUTHERN CLEANING ANALYSIS (.1); REVIEW EMAIL FROM J. RAGASE RE: ADVO AGREEMENT (.1); DRAFT EMAIL TO J. RAGASE AND J. JAMES RE: ADVO CLAIMS ANALYSIS (.1); REVIEW AND REVISE ADVO, INC. CLAIMS ANALYSIS (.1); REVIEW J. JAMES EMAIL RE: LEXIS-NEXIS EXAMEN CLAIM (.1); DRAFT EMAIL TO A. LIU RE: LEXIS-NEXIS EXAMEN CLAIM (.1); TEL. CONF. WITH A. LIU RE: LEXIS-NEXIS EXAMEN CLAIM (.1); REVIEW EMAIL FROM A. LIU RE: EXAMEN CLAIM (.1); DRAFT EMAIL TO R. GRAY RE: EXAMEN CLAIM (.1); REVIEW RESPONSE FROM R. GRAY RE: EXAMEN CLAIM (.1); ANALYZE ISSUES RE: LEXIS-NEXIS EXAMEN CLAIM (.2); DRAFT EMAIL TO J. JAMES RE: LEXIS-NEXIS EXAMEN CLAIMS ANALYSIS (.1); DRAFT EMAIL TO J. JAMES RE: ADVO CLAIMS ANALYSIS (.1); DRAFT EMAIL TO B. CROCKER RE: CHRISTENSEN GROUP CLAIMS INFORMATION (.1); ANALYZE CLAIMS RE: CHRISTENSEN GROUP (.4). |
| LAMAINA KA | 06/01/06 | 0.90 | PREPARE MEMORANDUM TO COMPANY ON INSURANCE CONTRACTS (.9). |
| LEAMY JM | 06/01/06 | 0.50 | EMAIL E. LANE AND J. RANNE RE: CONTRACT ASSUMPTIONS (.5). |
| FELD SR | 06/02/06 | 1.20 | CONFERENCE CALL WITH D. BITTER RE: INSURANCE CONTRACTS. |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW          06/02/06      1.00   REVIEW OCEDAR AGREEMENT AND ISSUES
                                      RAISED BY B. KICHLER (0.1); TC WITH
                                      B. KICHLER RE: OCEDER AND STATUS OF
                                      OTHER NEW SUPPLY AGREEMENTS (0.2);
                                      EXCHANGE EMAILS WITH J. JAMES RE:
                                      EXAMEN ASSUMPTION (0.1); REVIEW AND
                                      REVISE EXAMEN AGREEMENT FOR
                                      ASSUMPTION (0.3); REVIEW AND COMMENT
                                      ON KOLDENHOVER CONTRACT/CLAIM
                                      ANALYSIS (0.1); REVIEW MEMO FROM B.
                                      KICHLER WITH NEW VENDOR CONTRACTS
                                      READY FOR MOTION AND FORWARD SAME TO
                                      S. EICHEL (0.1); DRAFT MEMO TO E.
                                      LANE RE: KONICA REJECTION DAMAGES
                                      (0.1).

EICHEL S         06/02/06      2.00   REVIEW EMAIL FROM J. LEAMY RE:
                                      BANKRUPTCY COURT RULES DISALLOWING
                                      CERTAIN CLAIMS OF THE CHRISTENSEN
                                      GROUP (.1); REVIEW AND REVISE
                                      CHRISTENSEN GROUP CLAIMS ANALYSIS IN
                                      CONNECTION WITH REJECTION OF
                                      PREPETITION CONTRACT (.3); DRAFT
                                      EMAIL TO A. LIU AND C. JACKSON
                                      (LOGAN) RE: CHRISTENSEN GROUP CLAIMS
                                      ANALYSIS (.1); REVIEW EMAILS FROM A.
                                      LIU RE: CHRISTENSEN GROUP CLAIMS
                                      ANALYSIS (.2); REVIEW EMAILS FROM C.
                                      JACKSON RE: CHRISTENSEN GROUP CLAIMS
                                      ANALYSIS (.2); TEL. CONF. WITH A. LIU
                                      RE: CHRISTENSEN GROUP CLAIMS ANALYSIS
                                      (.1); DRAFT EMAIL TO C. JACKSON RE:
                                      CHRISTENSEN GROUP CLAIMS ANALYSIS
                                      (.1); REVIEW AND REVISE CHRISTENSEN
                                      GROUP CLAIMS ANALYSIS (.2); DRAFT
                                      EMAIL TO R. GRAY RE: CHRISTENSEN
                                      GROUP CLAIMS ANALYSIS (.1); REVIEW
                                      EMAIL FROM R. GRAY RE: CHRISTENSEN
                                      GROUP CLAIMS ANALYSIS (.1); DRAFT
                                      EMAIL TO J. JAMES RE: CHRISTENSEN
                                      GROUP CLAIMS ANALYSIS (.1); REVIEW
                                      EMAIL FROM J. JAMES RE: CHRISTENSEN
                                      GROUP CLAIMS ANALYSIS (.1); DRAFT
                                      EMAIL TO E. LANE RE: PREPETITION
                                      CONTRACT WITH EXAMEN (.1); REVIEW
                                      EMAILS FROM R. GRAY RE: REVISED
                                      EXECUTED AGREEMENT (.2).

LEAMY JM         06/02/06      4.30   TC P. HUFSTICKLER RE: SIRIUS CONTRACT
                                      (.2); ANALYSIS RE: IBM CONTRACT
                                      ASSUMPTION (.6); REVIEW OF CONTRACTS
                                      IDENTIFIED FOR REJECTION AS OF JUNE 2
                                      (3.5).

TURETSKY DM      06/02/06      3.50   RESEARCH RE: ISSUES CONCERNING CURE
                                      COSTS FOR CERTAIN WINN-DIXIE CONTRACT
                                      PARTIES THAT HAVE SOLD THEIR CLAIMS
                                      (3.5).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW          06/05/06          1.90   REVIEW REJECTION DAMAGE SPREADSHEET
                                          (0.1); DRAFT MEMO TO J. BAKER RE:
                                          ISSUES WITH CERTAIN ESTIMATES (0.1);
                                          EXCHANGE EMAILS WITH J. LEAMY RE:
                                          REJECTION DAMAGE ISSUES (0.1); REVIEW
                                          NEW SUPPLY AGREEMENTS AND DRAFT MEMO
                                          TO S. EICHEL WITH INSTRUCTIONS ON
                                          NOTIFYING MILBANK OF REJECTION
                                          STRATEGY (0.4); EXCHANGE EMAILS WITH
                                          S. EICHEL RE: COMMITTEE BRIEFING ON
                                          SAME (0.1); TC WITH J. LEAMY RE:
                                          PENDING CONTRACT MATTERS (0.1);
                                          REVIEW EMAILS RE: SIRVA ASSUMPTION
                                          AND BACKGROUND MATERIALS (0.2); DRAFT
                                          ASSUMPTION AGREEMENT FOR SIRVA (0.7);
                                          EXCHANGE EMAILS WITH J. LEAMY RE: IBM
                                          CONTRACT ASSUMPTION ISSUES (0.1).

EICHEL S         06/05/06          4.00   REVIEW EMAIL FROM R. GRAY RE:
                                          EXECUTED CONTRACTS (.1); DRAFT EMAIL
                                          TO M. BARR, M. COMERFORD ET AL. RE:
                                          VENDOR SUPPLY AGREEMENTS (.7); DRAFT
                                          EMAIL TO A. LIU RE: UPCOMING RUSSELL
                                          STOVER CONFERENCE CALL (.1); DRAFT
                                          EMAIL TO R. GRAY RE: MOTION TO REJECT
                                          VENDOR SUPPLY CONTRACTS (.1); TEL.
                                          CONF. WITH J. JAMES RE: ARAMARK
                                          CONTRACTS (.4); ANALYZE ISSUES RE:
                                          REJECTION OF LIBMAN CONTRACT (.6);
                                          COMMENCE DRAFTING MOTION TO REJECT
                                          LIBMAN CONTRACT (1.4); REVIEW EMAIL
                                          FROM J. MILTON RE: PREPETITION SUPPLY
                                          CONTRACTS TO BE REJECTED (.1); REVIEW
                                          PREPETITION SUPPLY CONTRACT OF LIBMAN
                                          (.1); REVIEW PREPETITION SUPPLY
                                          CONTRACT OF LIFETIME HOAN (.1); DRAFT
                                          EMAIL TO B. KICHLER RE: CHANGES TO
                                          BUSINESS TERMS OF NEW VENDOR
                                          AGREEMENTS (.1); DRAFT EMAIL TO J.
                                          MILTON RE: LIBMAN AND LIFETIME HOAN
                                          PREPETITION SUPPLY CONTRACTS (.2).

FELD SR          06/06/06          0.40   ANALYSIS OF UTILITY EXECUTORY
                                          CONTRACTS.

58

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW          06/06/06      2.20    CONF CALL WITH J. CASTLE, B. KAHN, J.
                                       JAMES, E. LANE, L. PRENDERGAST AND J.
                                       LEAMY RE: AHCA CONTRACT ISSUES (0.8);
                                       DRAFT MEMO TO E. LANE RE: SIRVA
                                       ASSUMPTION AGREEMENT (0.1); REVIEW
                                       MEMO FROM B. KICHLER RE: SUPPLY
                                       AGREEMENT SUMMARIES AND DRAFT REPLY
                                       RE: COMMITTEE ASSISTANCE (0.1);
                                       REVIEW MEMO FROM E. POLLACK RE: ST
                                       JOHN CLAIM TREATMENT AND DRAFT MEMO
                                       TO J. LEAMY RE: SAME (0.1); REVIEW ST
                                       JOHN AGREEMENT AND EMAILS RE:
                                       ASSUMPTION AND CURE FOR SAME (0.2);
                                       TC WITH H. ETLIN RE: DELOITTE,
                                       FINTECH AND REJECTION DAMAGE ESTIMATE
                                       (0.2); CONF CALL WITH J. JAMES AND B.
                                       KICHLER RE: CONTRACT ISSUES (0.3);
                                       REVIEW AND REVISE AHCA DRAFT LETTER
                                       (0.1); TC WITH J. LEAMY RE: SAME AND
                                       DRAFT MEMO TO L. PRENDERGAST RE: SAME
                                       (0.1); DRAFT MEMO TO E. LANE RE:
                                       INSURING ALL UTILITY CONTRACTS
                                       IDENTIFIED (0.1); EMAIL EXCHANGE WITH
                                       E. LANE RE: REJECTION DAMAGE ESTIMATE
                                       (0.1).

EICHEL S         06/06/06      3.00    REVIEW EMAIL FROM J. JAMES RE:
                                       BANKRUPTCY ANALYSIS FOR VENDOR ZUBI
                                       (.1); DRAFT EMAIL TO E. LANE, B.
                                       CROCKER AND A. LIU RE: REQUEST FOR
                                       ZUBI CLAIMS INFORMATION AND
                                       PREPETITION AGREEMENT WITH VENDOR
                                       (.1); REVIEW EMAIL FROM B. KICHLER
                                       RE: SUMMARY OF DIFFERENCES IN
                                       BUSINESS TERMS OF NEW AND OLD SUPPLY
                                       AGREEMENTS (.1); DRAFT RESPONSE EMAIL
                                       TO B. KICHLER RE: SUMMARY OF BUSINESS
                                       TERMS (.1); TEL. CONF. WITH B.
                                       KICHLER RE: PROPOSED REVISIONS TO
                                       VENDOR SUPPLY AGREEMENTS AND SUMMARY
                                       OF BUSINESS TERMS (.2); REVIEW EMAIL
                                       FROM R. GRAY RE: SUMMARY OF NEW
                                       BUSINESS TERMS (.1); REVIEW EMAIL
                                       FROM E. LANE RE: ZUBI CONTRACT (.1);
                                       REVIEW EMAIL FROM B. CROCKER RE: ZUBI
                                       CONTRACT (.1); REVIEW EMAIL FROM A.
                                       LIU RE: ZUBI CONTRACT (.1); TEL CONF
                                       WITH B. KICHLER RE REJECTION OF
                                       LIBMAN CONTRACT (.3); DRAFT, REVIEW
                                       AND REVISE MOTION TO REJECT LIBMAN
                                       CONTRACT (1.6); DRAFT EMAIL TO B.
                                       KICHLER RE LIBMAN CONTRACT (.1).

LAMAINA KA       06/06/06      0.30    STRATEGIZE MEANING OF RENEWALS ON
                                       EXECUTORY ON CONTRACTS (.3).

LEAMY JM         06/06/06      1.30    TC W/ J. CASTLE, B. KAHAN, L.
                                       PRENDERGAST, E. LANE, J. JAMES AND R.
                                       GRAY RE: MEDICAID CONTRACT (.7);
                                       ANALYSIS RE: SIRIUS CONTRACT
                                       ASSUMPTION (.5); EMAIL J. RANNE RE:
                                       SIRIUS (.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

ROCKNESS D        06/06/06      1.50   CITECHECK DRAFT BRIEF RE APPROVING
                                       REJECTION OF CONTRACT.

GRAY RW           06/07/06      2.90   TC WITH E. LANE RE: VARIOUS CONTRACT
                                       ASSUMPTION/REJECTION ISSUES (0.6);
                                       REVIEW AND REVISE LIBMAN REJECTION
                                       MOTION (0.9); CONF WITH S. EICHEL RE:
                                       LIBMAN ISSUES (0.1); DRAFT ASSUMPTION
                                       AGREEMENT FOR ST JOHN PARTNERS (0.7);
                                       DRAFT MEMO TO E. LANE ET AL RE:
                                       ISSUES WITH ST JOHN ASSUMPTION (0.2);
                                       EXCHANGE EMAILS WITH J. JAMES RE: ST
                                       JOHN AND ZUBI ASSUMPTIONS (0.1);
                                       REVIEW FINAL DRAFT OF AHCA LETTER AND
                                       EXCHANGE EMAILS WITH L. PRENDERGAST
                                       RE: SAME (0.1); REVIEW EMAIL FROM
                                       ANDERSON NEWS RE: CLAIM STIPULATION
                                       AND EXCHANGE EMAILS WITH J. LEAMY AND
                                       E. LANE RE: SAME (0.1); REVIEW AND
                                       RESPOND TO MEMO FROM J. SMYTH RE:
                                       SCHREIBER MOTION STATUS AND TRADE
                                       LIEN PROGRAM OPT IN (0.1).

EICHEL S          06/07/06      6.40   REVIEW AND REVISE MOTION TO REJECT
                                       LIBMAN CLAIMS (.6); TEL. CONF. WITH
                                       B. KICHLER RE: MOTION TO REJECT
                                       SANDERSON FARMS' PREPETITION CONTRACT
                                       (.1); ANALYZE ISSUES RE: LIBMAN
                                       CLAIMS FOR MOTION TO REJECT
                                       PREPETITION CONTRACT (1.4); DRAFT
                                       EMAIL TO E. LANE RE: SANDERSON FARMS
                                       CONTRACTS (.1); TEL. CONF. WITH A.
                                       LIU RE: LIBMAN CLAIMS (.1); REVIEW
                                       AND REVISE MOTION TO REJECT LIBMAN
                                       SUPPLY AGREEMENT (.8); DRAFT EMAILS
                                       TO R. GRAY RE: MOTION TO REJECT
                                       LIBMAN SUPPLY AGREEMENT (.3); ANALYZE
                                       SANDERSON FARMS PREPETITION CONTRACT
                                       (.3); ANALYZE SANDERSON FARMS
                                       POSPETITION CONTRACT (.3); COMMENCE
                                       DRAFTING MOTION TO REJECT SANDERSON
                                       FARMS PREPETITION CONTRACT (2.4).

LEAMY JM          06/07/06      1.80   CONTINUE REVIEW OF CONTRACTS FOR
                                       REJECTION (1.0); BEGIN TO DRAFT
                                       REJECTION MOTION (.8).

TURETSKY DM       06/07/06      0.30   TELEPHONE CALL WITH J. LEAMY RE:
                                       ISSUES CONCERNING CURE COSTS FOR
                                       CONTRACTS IN WHICH NON-WINN-DIXIE
                                       CONTRACT PARTY HAS SOLD ITS CLAIM
                                       (0.3).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW          06/08/06      2.20    REVIEW AND COMMENT ON DRAFT MOTION
                                       AND ORDER TO REJECT CONTRACTS AND
                                       LEASES AS OF JUNE 29 (0.6); REVIEW
                                       ZUBI PREPETITION AGREEMENT AND PROOFS
                                       OF CLAIM (0.2); REVIEW AND REVISE
                                       ZUBI ASSUMPTION AGREEMENT (0.4); TC
                                       WITH E. POLLACK RE: ZUBI CLAIMS
                                       (0.1); DRAFT MEMO TO J. JAMES RE:
                                       ZUBI ISSUES (0.2); REVIEW AND RESPOND
                                       TO MEMO FROM D. YOUNG RE: SCHREIBER
                                       POSITION ON TRADE LIEN PROGRAM (0.1);
                                       TC WITH J. SMYTH RE: SAME (0.1);
                                       REVIEW MARKUP OF REJECTION LAW
                                       SECTION OF MOTION AND EXCHANGE EMAILS
                                       WITH TEAM RE: CONFORMING MOTIONS
                                       (0.1); FURTHER REVIEW AND REVISION OF
                                       LIBMAN MOTION (0.2); REVIEW AND
                                       RESPOND TO MEMO FROM M. BARR RE:
                                       MOTIONS TO BE FILED TOMORROW (0.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S          06/08/06      12.70   ANALYZE ISSUES RE MOTION TO REJECT
                                        LIBMAN PREPETITION SUPPLY AGREEMENT
                                        (.3); REVIEW AND REVISE MOTION TO
                                        REJECT LIBMAN PREPETITION SUPPLY
                                        AGREEMENT (.5); DRAFT, REVIEW AND
                                        REVISE ORDER REJECTING LIBMAN
                                        PREPETITION SUPPLY AGREEMENT (.5);
                                        DRAFT ORDER REJECTING SANDERSON
                                        FARMS' PREPETITION SUPPLY AGREEMENT
                                        (.2); REVIEW AND REVISE MOTION
                                        REJECTING SANDERSON FARMS' SUPPLY
                                        AGREEMENT (5.0); RESEARCH RE: SETOFF
                                        UNDER FLORIDA LAW IN CONNECTION WITH
                                        MOTION TO REJECT SANDERSON FARMS'
                                        CLAIMS (1.5); DRAFTS EMAILS TO R.
                                        GRAY RE: LIBMAN ORDER (.1); REVIEW
                                        EMAIL FROM R. GRAY RE: LIBMAN ORDER
                                        (.1); DRAFT EMAIL TO M. BARR, M.
                                        COMMERFORD AND J. MILTON RE: MOTION
                                        TO REJECT LIBMAN PREPETITION CONTRACT
                                        (.1); DRAFT EMAIL TO B. KICHLER, J.
                                        CASTLE AND J. JAMES RE: MOTION TO
                                        REJECT LIBMAN CONTRACT (.1); DRAFT
                                        EMAIL TO C. JACKSON RE: MOTION TO
                                        REJECT LIBMAN CONTRACT (.1); DRAFT
                                        EMAIL TO B. KICHLER RE: EXECUTED
                                        SANDERSON FARMS CONTRACT (.1); DRAFT
                                        EMAIL TO R. GRAY RE: SANDERSON FARMS
                                        CONTRACTS (.1); REVIEW RESPONSE EMAIL
                                        FROM R. GRAY RE: SANDERSON FARMS
                                        AGREEMENTS (.1); DRAFT EMAIL TO M.
                                        BARR, M. COMMERFORD AND J. MILTON RE:
                                        SANDERSON FARMS AGREEMENTS (.1);
                                        RESEARCH RE SETOFF IN CONNECTION WITH
                                        MOTION TO REJECT SANDERSON FARMS
                                        PREPETITION CLAIM AND RESOLVE
                                        ASSOCIATED CLAIMS (1.6); REVIEW R.
                                        GRAY'S EMAIL RE SANDERSON FARMS
                                        CONTRACT (.1); REVIEW SANDERSON FARMS
                                        CONTRACT IN RESPONSE TO R. GRAY'S
                                        WAIVER ISSUES (.3); DRAFT, REVIEW AND
                                        REVISE ORDER REJECTION SANDERSON
                                        FARMS CONTRACT (.6); COMMENCE
                                        DRAFTING MOTION TO REJECT LIFETIME
                                        HOAN PREPETITION SUPPLY AGREEMENT
                                        (1.2).

LEAMY JM          06/08/06      2.00    DRAFT REJECTION MOTION.

TURETSKY DM       06/08/06      2.80    RESEARCH IN CONNECTION WITH ISSUES
                                        CONCERNING TEMPLATE FOR WINN-DIXIE
                                        CONTRACT ASSUMPTION/REJECTION MOTIONS
                                        (2.3); REVISE MOTION TO REJECT LIBMAN
                                        CONTRACT (0.5).

ROCKNESS D        06/08/06      4.00    CITECHECK BRIEF IN SUPPORT OF (I)
                                        REJECTING AGREEMENT, AND (II)
                                        APPROVING (A) SETOFF AND (B)
                                        RESOLUTION OF SANDERSON'S ASSOCIATED
                                        CLAIMS.

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW          06/09/06          4.20    REVIEW SANDERSON FARMS DRAFT MOTION
                                           TO REJECT (0.2); REVIEW PREPETITION
                                           AGREEMENT AND NEW POSTPETITION
                                           AGREEMENT RE: ISSUES ON MOTION (0.3);
                                           REVISE AND EDIT SANDERSON FARMS
                                           MOTION (0.9); REVIEW AND REVISE
                                           SANDERSON FARMS ORDER (0.3); REVIEW
                                           AND REVISE NEW VERSION OF MOTION WITH
                                           362 ADDITION (0.3); FINAL REVIEW/EDIT
                                           OF SANDERSON FARMS MOTION AND ORDER
                                           IN ADVANCE OF FILING (0.2); FINAL
                                           REVIEW OF SANDERSON MOTION AND ORDER
                                           TO APPROVE FOR FILING (0.1); REVIEW
                                           AND REVISE LIBMAN ORDER (0.2); FINAL
                                           REVIEW AND EDIT OF LIBMAN MOTION AND
                                           ORDER TO PREPARE FOR FILING (0.3);
                                           PREPARE NOTICE OF HEARING FOR LIBMAN
                                           MOTION (0.1); REVIEW C. JACKSON
                                           COMMENTS ON LIBMAN MOTION (0.1);
                                           REVIEW AND RESPOND TO MEMO FROM J.
                                           MILTON RE: SCHREIBER EXTENSION (0.1);
                                           FOLLOW UP TC WITH J. MILTON RE: SAME
                                           (0.1); REVIEW AND RESPOND TO MEMO
                                           FROM J. JAMES RE: ZUBI CONTRACT
                                           ASSUMPTION (0.1); TC WITH J. JAMES
                                           RE: ZUBI ISSUES (0.1); REVIEW MEMOS
                                           FROM J. YOUNG AND J. JAMES RE: ZUBI
                                           SUPPORT AND DRAFT REPLY TO J. JAMES
                                           (0.2); REVIEW FURTHER MEMOS FROM J.
                                           JAMES AND D. HENRY RE: ZUBI RATIONALE
                                           (0.1); FOLLOW UP TC WITH S. FELD RE:
                                           INSURANCE POLICY ISSUES (0.1); REVIEW
                                           AND RESPOND TO MEMO FROM S. FELD RE:
                                           INSURANCE POLICY INFORMATION NEEDED
                                           (0.1); DRAFT MEMO TO D. YOUNG RE:
                                           SCHREIBER OPT IN TO TRADE LIEN
                                           PROGRAM (0.1); TC WITH D. TURETSKY
                                           RE: EXECUTORY CONTRACT ISSUES ON AD
                                           AGENCY AGREEMENTS (0.1); DRAFT MEMO
                                           TO J. JAMES AND B. KICHLER RE:
                                           UTILITY CONTRACTS AND REVIEW FOLLOWUP
                                           EMAIL FROM S. FELD RE: SAME (0.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 06/09/06 | 9.30 | REVIEW AND REVISE SANDERSON FARMS REJECTION MOTION (5.2); REVIEW AND REVISE MOTION TO REJECT LIFETIME HOAN PREPETITION CONTRACT (.6); TEL CONF WITH K. WARD RE SERVICE OF MOTIONS TO REJECT PREPETITION SUPPLY AGREEMENTS (.1); PREPARE LIST OF ADDITIONAL SERVICE PARTIES FOR MOTIONS TO REJECT PREPETITION SUPPLY AGREEMENTS (.2); REVIEW AND REVISE ORDER REJECTING SANDERSON FARMS PREPETITION SUPPLY AGREEMENT (.2); REVIEW AND REVISE LIBMAN REJECTION MOTION (.2); REVIEW AND REVISE SANDERSON FARMS ORDER (.2); TEL CONF WITH B. KICHLER RE LIBMAN AND SANDERSON FARMS MOTION (.1); REVIEW THE REVISED SANDERSON FARMS MOTION (.2); RESEARCH RE MODIFICATION OF AUTOMATIC STAY IN CONNECTION WTIH SANDERSON FARMS MOTION(.8); DRAFT EMAIL TO R. GRAY RE: REVISED DRAFT OF SANDERSON FARMS MOTION (.1); REVIEW EMAIL FROM B. KICHLER RE: LIBMAN MOTION (.1); REVIEW C. JACKSON'S COMMENTS RE: MOTION TO REJECT LIBMAN CONTRACT (.1); REVIEW EMAIL FROM D. YOUNG RE: FINANCIAL INFORMATION IN CONNECTION WITH SANDERSON FARMS MOTION (.1); DRAFT EMAIL TO M. COMERFORD, M. MANN AND J. MILTON RE: MOTION TO REJECT SANDERSON FARMS CONTRACT (.1); DRAFT EMAIL TO B. KICHLER, C. JACKSON AND J. JAMES RE: MOTION TO REJECT SANDERSON FARMS CONTRACT (.1); REVIEW EMAIL FROM K. WARD RE: FILING OF LIBMAN MOTION (.1); REVIEW EMAIL FROM C. JACKSON RE: MOTION TO REJECT SANDERSON FARMS CONTRACT (.1); REVIEW EMAIL FROM B. KICHLER RE: SANDERSON FARMS MOTION (.1); DRAFT EMAIL TO R. GRAY RE: NOTICE OF HEARING WITH RESPECT TO SANDERSON FARMS MOTION (.1); DRAFT EMAIL TO R. GRAY RE: REVISIONS TO SANDERSON FARMS ORDER (.1); REVIEW EMAIL FROM C. JACKSON RE: FILING SANDERSON FARMS MOTION (.1); REVIEW EMAIL FROM J. MILTON RE: MOTION TO REJECT SANDERSON FARMS CONTRACT (.1); DRAFT EMAIL TO R. GRAY RE: SANDERSON FARMS MOTION (.1); DRAFT EMAIL TO K. WARD RE: FILING MOTION TO REJECT SANDERSON FARMS CONTRACT (.1). |
| LAMAINA KA | 06/09/06 | 0.50 | PREPARE MEMORANDA TO COMPANY ON EXECUTORINESS ON CONTRACT FOR ASSUMPTION UNDER PLAN (.5). |
| LEAMY JM | 06/09/06 | 2.50 | DRAFT AND FINALIZE REJECTION MOTION FOR FILING. |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

TURETSKY DM     06/09/06     0.10   TELEPHONE CALL WITH R. GRAY RE:
                                    ISSUES CONCERNING EXECUTORY CONTRACTS
                                    WITH ST. JOHN & PARTNERS AND AUBI
                                    ADVERTISING (0.1).

FELD SR         06/12/06     0.40   REVIEW FILES FOR EXECUTORY AGREEMENTS
                                    FOR UTILITIES, GULF POWER, GEORGIA
                                    POWER, MISSISSIPPI POWER.

GRAY RW         06/12/06     0.70   TC WITH J. MILTON RE: SCHREIBER CLAIM
                                    (0.1); REVIEW AND RESPOND TO MEMO
                                    FROM L. DORIA RE: FIFTH THIRD STATUS
                                    (0.1); EXCHANGE EMAILS WITH D. YOUNG
                                    RE: AMOUNT OF SCHREIBER/JP MORGAN
                                    RECLAMATION CLAIM (0.1); DRAFT MEMO
                                    TO M. BARR RE: SAME (0.1); REVIEW AND
                                    RESPOND TO MEMO FROM J. KRUMHOLZ RE:
                                    SCHREIBER LAWSUIT ISSUES (0.1);
                                    REVIEW AND RESPOND TO MEMO FROM J.
                                    JAMES RE: ZUBI ASSUMPTION (0.1); TC
                                    WITH D. TURETSKY RE: ZUBI AND ST.
                                    JOHN ISSUES (0.1).

EICHEL S        06/12/06     0.20   REVIEW AND REVISE SUPPLEMENTAL
                                    CERTIFICATE OF SERVICE RE: LIBMAN AND
                                    SANDERSON FARMS MOTION (.1); TEL.
                                    CONF. WITH E. POLLACK RE: EXHIBITS TO
                                    OBJECTION TO RECLAMATION CLAIMS (.1).

LEAMY JM        06/12/06     0.10   TC J. RANNE RE: SIRIUS.

TURETSKY DM     06/12/06     0.90   REVIEW AND ANALYZE EXECUTORY CONTRACT
                                    WITH ST. JOHN & PARTNERS (0.4);
                                    REVIEW AND ANALYZE EXECUTORY CONTRACT
                                    WITH ZUBI ADVERTISING (0.4);
                                    TELEPHONE CALL WITH R. GRAY RE:
                                    ISSUES CONCERNING EXECUTORY CONTRACTS
                                    WITH ST. JOHN & PARTNERS AND ZUBI
                                    ADVERTISING (0.1).

GRAY RW         06/13/06     0.20   EXCHANGE EMAILS WITH J. POST AND K.
                                    WARD RE: PASSAGE OF FIFTH THIRD
                                    OBJECTION DEADLINE AND ENTRY OF ORDER
                                    (0.1); EXCHANGE EMAILS WITH B. FECHER
                                    AND L. DORIA RE: STATUS OF FIFTH
                                    THIRD ORDER (0.1).

EICHEL S        06/13/06     0.20   REVIEW EMAIL FROM D. YOUNG RE: MOTION
                                    TO REJECT SANDERSON FARMS CONTRACT
                                    (.1); DRAFT RESPONSE EMAIL TO D.
                                    YOUNG RE: SANDERSON FARMS MOTION
                                    (.1).

LEAMY JM        06/13/06     1.20   TC E. LANE RE: IBM MOTION TO ASSUME
                                    (.2); REVIEW IBM EMAILS FROM E. LANE
                                    (.2); TC P. HUFSTETLER RE: SIRIUS
                                    CONTRACT (.2); ANALYSIS RE: IBM
                                    ASSUMPTION MOTION REQUIREMENTS (.5);
                                    EMAIL J. RANNE RE: SIRIUS CONTRACT
                                    (.1).

TURETSKY DM     06/13/06     0.50   ANALYSIS AND BACKGROUND REASEARCH RE:
                                    ISSUES CONCERNING MOTION TO ASSUME
                                    LEASE WITH IBM (0.5).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 06/14/06 | 0.20 | REVIEW ENTERED ORDER ON FIFTH THIRD AND DRAFT MEMOS TO B. FECHER AND L. DORIA RE: SAME (0.1); REVIEW AND COMMENT ON REVISED ZUBI AGREEMENT (0.1). |
| EICHEL S | 06/14/06 | 0.20 | TEL. CONF. WITH B. KICHLER RE: SOUTHEAST UNLOADING CLAIMS ANALYSIS (.1); REVIEW EMAIL FROM B. KICHLER RE: SOUTHEAST UNLOADING CLAIMS ANALYSIS (.1). |
| LEAMY JM | 06/14/06 | 0.20 | TC D. TURETSKY RE: IBM (.2). |
| TURETSKY DM | 06/14/06 | 4.80 | FURTHER ANALYSIS AND BACKGROUND REASEARCH RE: ISSUES CONCERNING MOTION TO ASSUME LEASES WITH IBM (3.0); TELEPHONE CALL WITH J. LEAMY RE: MOTION TO ASSUME LEASES WITH IBM (0.2); BEGIN DRAFTING MOTION TO ASSUME IBM LEASES (1.6). |
| GRAY RW | 06/15/06 | 0.30 | TC WITH C. JACKSON RE: SCHREIBER ISSUES FOR HEARING (0.1); REVIEW AND RESPOND TO MEMO FROM S. HENRY RE: LIBERTY MUTUAL ISSUES (0.1); DRAFT MEMO TO J. KRUMHOLZ RE: SCHREIBER ORDER AND EXCHANGE EMAILS RE: LAWSUIT DISMISSAL (0.1). |
| GRAY RW | 06/16/06 | 0.30 | DRAFT MEMOS TO J. SMYTH, D. YOUNG AND J. KRUMHOLZ RE: SCHREIBER ORDER (0.1); REVIEW AND RESPOND TO MEMO FROM J. RANNE RE: CISCO AMENDMENT (0.1); DRAFT MEMO TO B. CHAVEZ RE: SAME COORDINATION WITH S. GRIMM (0.1). |
| LAMAINA KA | 06/16/06 | 0.30 | TELECONFERENCE K. ROMEO ON EXECUTORY CONTRACT STATUS (.3). |
| LEAMY JM | 06/16/06 | 0.40 | TC J. LANDON RE: XEROX CONTRACTS (.2); TC K. FAGERSTROM RE: IBM AND XEROX CONTRACTS (.2). |
| LEAMY JM | 06/19/06 | 0.30 | TC D. TURETSKY RE: IBM CONTRACT ASSUMPTION. |
| TURETSKY DM | 06/19/06 | 1.30 | TELEPHONE CALL WITH J. LEAMY RE: MOTION TO ASSUME IBM LEASES (0.3); FURTHER ANALYSIS OF IBM LEASES IN CONNECTION WITH MOTION TO ASSUME IBM LEASES (1.0). |
| GRAY RW | 06/20/06 | 0.10 | DRAFT MEMO TO S. HENRY AND S. FELD RE: LIBERTY MUTUAL ISSUES (0.1). |
| EICHEL S | 06/20/06 | 0.30 | RESEARCH RE SETOFF UNDER NY LAW IN CONNECTION WTIH MOTION TO REJECT LIFETIME HOAN CONTRACT (.3). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 06/20/06 | 0.90 | ANALYSIS RE: IBM CONTRACT (.4); TC K. FAGERSTROM RE: SIRIUS (.1); TC K. FAGERSTROM AND D. TURETSKY RE: IBM (.2); EMAIL K. FAGERSTROM RE: SERVIDIAN (.2). |
| TURETSKY DM | 06/20/06 | 3.40 | FURTHER RESEARCH RE: RECONCILING SPREADSHEETS CONCERNING IBM LEASES IN CONNECTION WITH MOTION TO ASSUME IBM LEASES (1.7); REVIEW IBM LEASES IN CONNECTION WITH MOTION TO ASSUME IBM LEASES (1.5); TELEPHONE CALL WITH K. FAGERSTROM AND J. LEAMY RE: IBM LEASE ASSUMPTION MOTION (0.2). |
| GRAY RW | 06/21/06 | 0.20 | REVIEW AND RESPOND TO MEMO FROM J. YOUNG RE: SIRVA MODIFICATIONS (0.1); REVIEW SIRVA MODIFICATIONS AND EXCHANGE EMAILS WITH J. JAMES RE: ISSUES (0.1). |
| EICHEL S | 06/21/06 | 5.00 | REVIEW AND REVISE MOTION TO REJECT LIFETIME HOAN CORP PREPETITION CONTRACT (2.4); TEL CONF. W/J. MILTON (COMMITTEE COUNSEL) RE: REQUEST FOR EXTENSION OF OBJECTION DEADLINE WITH RESPECT TO LIBMAN AND SANDERSON FARMS MOTIONS (.1); DRAFT EMAIL TO R. GRAY RE: J. MILTON'S REQUEST TO EXTEND OBJECTION DEADLINE WITH RESPECT TO MOTIONS TO REJECT LIBMAN AND SANDERSON FARMS MOTIONS (.1); REVIEW R. GRAY'S EMAIL RE: COMMITTEE'S REQUEST TO EXTEND OBJECTION DEADLINE FOR LIBMAN/SANDERSON FARMS MOTIONS (1); DRAFT EMAIL TO C. JACKSON AND K. WARD RE: EXTENSION OF TIME FOR COMMITTEE TO OBJECT TO SANDERSON FARMS' MOTION AND LIBMAN MOTION FOR COURT'S AGENDA (.1); REVIEW EMAIL FROM S. MAILOUX RE: BEGENSON'S PROPOSAL REVISION TO CLAIMS ANALYSIS (.1); TEL CONF. WITH S. MAILOUX RE. BEGENSON'S PROPERTY SERVICE, INC. PROPOSED REVISIONS TO CLAIMS ANALYSIS IN CONNECTION W/REJECTION OF PREPETITION AGREEMENT AND ENTERING INTO NEW AGREEMENT (.1); RESEARCH RE: SETOFF UNDER NY IN CONNECTION WITH DRAFTING MOTION TO REJECT LIFETIME HOAN PREPETITION CONTRACT (1.6); DRAFT, REVIEW AND REVISE ORDER TO REJECT LIFETIME HOAN PREPETITION CONTRACT (.4). |
| LEAMY JM | 06/21/06 | 1.00 | TC D. TURETSKY RE: IBM (.2); TC E. LANE AND D. TURETSKY RE: IBM (.5); EMAIL J. MILTON RE: REJECTION MOTION EXTENSION (.1); REVIEW SERVICE ISSUES RE: RELIABLE ONE MOTION TO REJECT (.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TURETSKY DM | 06/21/06 | 1.00 | FURTHER ANALYSIS RE: ISSUES CONCERNING IBM LEASES IN CONNECTION WITH IBM MOTION TO ASSUME (0.3); TELEPHONE CALL WITH J. LEAMY RE: IBM MOTION TO ASSUME (0.2); TELEPHONE CALL WITH J. LEAMY AND E. LANE RE: IBM MOTION TO ASSUME (0.5). |
| HENRY S | 06/22/06 | 0.50 | REVIEW AND ANALYZE PROVISION IN REORGANIZATION PLAN RELATING TO TREATMENT OF EXECUTORY CONTRACTS AND IN CONNECTION THEREWITH REVIEW PRECEDENTS (.5). |
| GRAY RW | 06/22/06 | 0.80 | DRAFT MEMO TO J. JAMES ET AL. RE: VENDOR AGREEMENT ISSUE RAISED BY MILBANK (0.2); TC WITH B. KICHLER RE: GE CONTRACT NEGOTIATIONS (0.1); REVIEW AND EDIT LIFETIME LOAN MOTION AND ORDER (0.3); REVIEW AND RESPOND TO MEMO FROM L. APPEL RE: VENDOR AGREEMENTS (0.1); FOLLOWUP EMAIL EXCHANGE WITH B. KICHLER AND J. JAMES RE: DEAL SHEETS (0.1). |
| EICHEL S | 06/22/06 | 3.90 | RESPOND TO INQUIRY FROM J. LEAMY RE: RD CANDLE CLAIMS ANALYSIS (.1); REVIEW R. GRAY'S COMMENTS TO LIFETIME HOAN MOTION (.1); REVIEW AND REVISE LIFETIME HOAN MOTION (.8); REVIEW AND REVISE LIFETIME HOAN ORDER (.2); DRAFT EMAIL TO B. KICHLER RE: DRAFT OF MOTION TO REJECT LIFETIME HOAN CONTRACT (.1); DRAFT EMAIL TO J. MILTON, M. COMERFORD AND M. BARR RE: MOTION TO REJECT LIFETIME HOAN CONTRACT (.1); DRAFT EMAIL TO C. JACKSON RE: MOTION TO REJECT LIFETIME HOAN CONTRACT (.1); REVIEW EMAIL FROM J. MILTON RE: MOTION TO REJECT LIFETIME HOAN CONTRACT (.1); DRAFT EMAIL TO E. POLLACK RE: ORDER WITH RESPECT TO MOTION TO REJECT LIFETIME HOAN CONTRACT (.1); REVIEW ARAMARK AGREEMENTS (.3); DRAFT ARAMARK CLAIMS ANALYSIS (.6); ANALYZE ARAMARK CLAIMS (.8) DRAFT EMAIL TO E. LANE, A. LIU AND E. POLLACK RE: ARAMARK CLAIMS ANALYSIS (.1); DRAFT EMAIL TO E. LANE, A. LIU AND C. JACKSON RE: ARAMARK REVISED CLAIMS ANALYSIS (.1); REVIEW EMAIL FROM J. JAMES RE: LEXIS/NEXIS CLAIMS ANALYSIS (.1); ANALYZE ISSUES RE: LEXIS/NEXIS CLAIMS ANALYSIS (.1); DRAFT EMAIL TO A. LIU, B. CROCKER AND E. LANE RE: LEXIS/NEXIS CLAIMS ANALYSIS (.1). |
| LAMAINA KA | 06/22/06 | 1.50 | REVIEW SCHEDULE G CHART FROM D. BITTER (1.5). |
| LEAMY JM | 06/22/06 | 0.20 | EMAILS B. GORDON RE: IBM CONTRACTS. |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW          06/23/06       1.10   REVIEW MEMOS FROM J. YOUNG, J. JAMES
                                       AND B. KICHLER RE: SIRVA ISSUES
                                       (0.1); DRAFT RESPONSE RE: HANDLING OF
                                       ISSUES IN SIRVA AGREEMENT (0.1);
                                       REVISE SIRVA AGREEMENT (0.3); DRAFT
                                       MEMO TO J. JAMES ET AL. RE: SAME
                                       (0.1); TC WITH J. YOUNG RE: SIRVA
                                       ISSUES (0.1); FINAL REVIEW AND
                                       SIGNOFF OF LIFETIME HOAN MOTION
                                       (0.1); REVIEW AND COMMENT ON ARAMARK
                                       CONTRACT/CLAIM ANALYSIS (0.1); DRAFT
                                       MEMO TO J. JAMES AND B. KICHLER RE:
                                       STATUS OF CONTRACT
                                       ASSUMPTIONS/REJECTIONS (0.1); REVIEW
                                       AND RESPOND TO MEMO FROM L. APPEL RE:
                                       VENDOR AGREEMENT ISSUES (0.1).

EICHEL S         06/23/06       4.70   REVIEW EMAIL FROM E. LANE RE: ARAMARK
                                       PREPETITION CONTRACT (.1); TEL CONF
                                       WITH E. LANE RE: ARAMARK PREPETITION
                                       CONTRACT (.1); REVIEW EMAILS FROM C.
                                       JACKSON RE: ARAMARK CLAIMS (.1); TEL
                                       CONF WITH C. JACKSON RE: ARAMARK
                                       CLAIMS (.1); REVIEW EMAIL FROM E.
                                       POLLACK RE: CLAIMS OF LIFETIME HOAN
                                       (.1); TEL CONF WITH B. KICHLER RE:
                                       ARAMARK CONTRACTS (.1); REVIEW EMAIL
                                       FROM J. MILTON RE: LIFETIME HOAN
                                       MOTION (.1); DRAFT NOTICE WITH
                                       RESPECT TO LIFETIME HOAN MOTION(.1);
                                       REVIEW EMAIL FROM B. KICHLER RE:
                                       LIFETIME HOAN MOTION (.1); DRAFT
                                       EMAIL TO B. KICHLER RE: LIFETIME HOAN
                                       MOTION (.1); REVIEW EMAILS FROM R.
                                       GRAY RE LIFETIME HOAN MOTION  (.1);
                                       TEL CONF WITH T. COPELAND RE SERVICE
                                       OF LIFEIME HOAN MOTION (.1) FINALIZE
                                       LIFETIME HOAN MOTION PAPERS (2.8);
                                       DRAFT EMAIL TO C. JACKSON AND T.
                                       COPELAND RE SERVICE AND FILING OF
                                       LIFETIME HOAN MOTION PAPERS (.1);
                                       REVIEW AND REVISE SUPPLEMENTAL
                                       CERTIFICATE OF SERVICE WITH RESPECT
                                       TO LIFETIME HOAN MOTION(.1); TEL CONF
                                       WITH B. KICHLER RE: ARAMARK CLAIMS
                                       ANALYSIS (.1); REVIEW AND REVISE
                                       ARAMARK CLAIMS ANALYSIS (.2); REVIEW
                                       EMAIL FROM A. LIU RE LEXIS/NEXIS
                                       ANALYSIS (.1); DRAFT EMAIL TO B.
                                       KICHLER AND J. JAMES RE ARAMARK
                                       ANALYSIS (.1).

LEAMY JM         06/23/06       0.30   EMAIL J. JAMES RE: INFORMATION
                                       BUILDERS CONTRACT REJECTON (.1);
                                       EMAILS B. GORDON RE: IBM CONTRACTS
                                       (.20.

GRAY RW          06/26/06       0.20   REVIEW AND RESPOND TO MEMO FROM J.
                                       JAMES RE: SIRVA STATUS (0.1); REVIEW
                                       AND RESPOND TO MEMO FROM B. KICHLER
                                       RE: VENDOR AGREEMENTS (0.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 06/27/06 | 0.50 | REVIEW AND RESPOND TO EMAIL FROM B. KICHLER RE: VENDOR AGREEMENT ISSUES (0.1); REVIEW FORM AGREEMENTS (0.2); DRAFT PLAN LANGUAGE FOR ASSUMPTION OF VENDOR AGREEMENTS (0.2). |
| LEAMY JM | 06/27/06 | 0.90 | TC B. KICHLER AND J. JAMES RE: VENDOR CONTRACTS (.3); ANALYSIS RE: ASSUMPTION OF SAME (.5); TC K. FAGERSTROM RE: SERVIDIAN (.1);. |
| TURETSKY DM | 06/27/06 | 5.00 | CONTINUE DRAFTING MOTION TO ASSUME IBM CONTRACTS (3.4); FURTHER REVIEW OF IBM CONTRACTS TO BE ASSUMED IN CONNECTION WITH PREPARING EXHIBIT TO MOTION TO ASSUME (1.5); E-MAIL TO R. GRAY AND J. LEAMY RE: MOTION TO ASSUME IBM AGREEMENTS (0.1). |
| LEAMY JM | 06/28/06 | 1.00 | TC A. LIU RE: DEL MONTE (.5); EMAILS A. SOLOCHECK RE: SYLVANIA STIPULATION (.2); EMAILS B. KICHLER RE: MISSISSIPPI POWER CONTRACTS (.2); EMAIL K. FAGERSTROM RE: XEROX (.1). |
| TURETSKY DM | 06/28/06 | 0.30 | REVISE SANDERSON FARMS REJECTION ORDER (0.2); E-MAIL TO C. JACKSON AND T. COPELAND RE: SANDERSON FARMS REJECTION ORDER (0.1). |
| GRAY RW | 06/29/06 | 3.60 | REVIEW IBM MOTION AND ORDER (0.3); TC WITH D. TURETSKY RE: COMMENTS ON SAME AND PREFERENCE ISSUE (0.1); DRAFT MEMO TO J. JAMES AND E. LANE RE: PUSH ON CONTRACT WORK (0.2); FOLLOW UP EMAIL EXCHANGE WITH SAME RE: STATUS CALL (0.1); REVIEW CONTRACT/LEASE SPREADSHEET FROM E. LANE (0.7); DRAFT MEMO TO E. LANE ET AL. RE: VAGUE DESCRIPTION ISSUE (0.2); DRAFT MEMOS TO J. BAKER, J. LEAMY AND D. TURETSKY RE: PROFESSIONAL CONTRACTS ON LIST TO ASSUME (0.1); REVIEW MEMO FROM D. TURETSKY RE: EXTENT OF PROFESSIONAL LISTING (0.1); DRAFT MEMO TO J. JAMES AND E. LANE RE: ISSUES TO ADDRESS CONCERNING CONTRACTS/LEASES (0.3); CONF CALL WITH J. JAMES, B. KICHLER, E. LANE, J. LEAMY AND D. TURETSKY RE: CONTRACT/LEASE STATUS AND WORK TO DO (1.5). |
| LEAMY JM | 06/29/06 | 1.90 | TC W/ J. JAMES, B. KICHLER, E. LANE, J. EDMONSON, R. GRAY AND D. TURETSKY RE: CONTRACT ASSUMPTION PROCESS (1.5); EMAIL K. GWYNNE RE: DEL MONTE (.2); EMAILS J. LANDON RE: XEROX (.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TURETSKY DM | 06/29/06 | 5.70 | FURTHER ANALYSIS RE: ISSUES CONCERNING IBM ASSUMPTION MOTION (1.3); TELEPHONE CALL WITH R. GRAY RE: IBM ASSUMPTION MOTION (0.1); E-MAIL E. LANE AND K. FAGGERSTROM RE: IBM ASSUMPTION MOTION (0.1); REVIEW CONTRACTS FOR EXHIBIT IN CONNECTION WITH IBM MOTION (2.5); E-MAIL TO H. WETZEL RE: PARTIES TO CONTRACTS INTENDED TO BE ASSUMED BY WINN-DIXIE (0.2); TELEPHONE CALL WITH J. JAMES, E. LANE, J. EDMONSON, B. KICHLER, R. GRAY, AND J. LEAMY RE: CONTRACT ASSUMPTIONS AND REJECTIONS (1.5). |
| GRAY RW | 06/30/06 | 0.50 | REVIEW AND RESPOND TO MEMO FROM G. REISMAN RE: SIRVA STATUS (0.1); REVIEW COMMENTS ON SIRVA AGREEMENT AND REVISE AGREEMENT ACCORDINGLY (0.1); DRAFT FOLLOWUP MEMO TO G. REISMAN RE: COMMENTS (0.1); FOLLOWUP EMAIL EXCHANGE WITH G. REISMAN RE: OK ON AGREEMENT AND EXECUTION (0.1); REVIEW MEMO FROM B. KICHLER RE: CONTRACTS REQUIRING SPECIAL HANDLING (0.1). |

**MATTER TOTAL**                         <u>**140.20**</u>

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Winn-Dixie Stores, Inc. (DIP)**                              Bill Date: 06/30/06
**Financing (DIP and Emergence)**                             Bill Number: 1113475

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| KEMPF J | 06/01/06 | 0.10 | COMMUNICATING WITH DOUG STANFORD ABOUT REPLACEMENT LEASE DILIGNECE BINDERS. |
| NECKLES PJ | 06/02/06 | 0.90 | PARTICIPATE IN CONFERENCE CALL WITH REPRESENTATIVES OF BLACKSTONE, CROSSROADS, AND THE COMPANY TO COMPARE EXIT FINANCING PROPOSALS (.90). |
| BOYDELL TT | 06/02/06 | 1.60 | CONFERENCE CALL W/ COMPANY AND BLACKSTONE RE: EXIT PROPOSALS (.9); CONDUCT COLLATERAL ANALYSIS FOR EXIT FINANCING (.5); REVIEW EMAIL RE: REAL ESTATE LEASE MATTER (.2). |
| MARGOLIS A | 06/02/06 | 0.90 | CONF CALL W/B NUSSBAUM, K HARDEE, H ETLIN, F HUFFARD, J O'CONNOLL, P NECKLES RE EXIT FINANCING PROPOSALS. |
| KEMPF J | 06/02/06 | 1.30 | PREPARING FOR MEETING TO DISCUSS EXIT LENDING PROPOSALS AND STRUCTURING OF REAL ESTATE PORTION OF EXIT FROM FINANCING (.3); CALLING WINN DIXIE AND BLACKSTONE TO DISCUSS MERITS OF VARIOUS EXIT LENDING PROPOSALS (.9); EMAIL SMITH GAMBRELL ABOUT DELIVERY OF THEIR DILIGENCE BINDERS WITH LEASE SUMMARIES AND DISKS (.1). |
| PAOLI J | 06/02/06 | 0.90 | CONFERENCE CALL TO REVIEW EXIT BID PROPOSALS (.9). |
| WENZEL CP | 06/02/06 | 5.40 | REVIEWED FINANCING COMMITMENT PROPOSALS AND PREPARED SUMMARY OF KEY TERMS (4.4); CIRCULATED SUMMARY INTERNALLY (.1); PARTICIPATED IN CONFERENCE CALL REGARDING FINANCING COMMITMENT PROPOSALS (.90). |
| BOYDELL TT | 06/03/06 | 4.40 | REVIEW AND DRAFT CHART RE: COLLATERAL AND COMMITMENT/PROPOSAL "OUTS"; ANALYSIS RE: COMMITMENT/PROPOSAL LETTERS (3.9); DISTRIBUTION OF ANALYSIS CHART TO WINN-DIXIE, BLACKSTONE AND XROADS (.5). |
| SCHWARTZ WL | 06/04/06 | 0.20 | REVIEW CORRESP. FROM BLACKSTONE RE EXIT FINANCING PROPOSALS. |
| NECKLES PJ | 06/05/06 | 1.50 | REVIEW MATERIALS IN PREPARATION FOR CONFERENCE CALL TO DISCUSS EXIT FINANCING PROPOSALS (.70); PARTICIPATE IN CONFERENCE CALL WITH F. HUFFARD, B. NUSSBAUM, AND K. HARDEE TO DISCUSS EXIT FINANCING PROPOSALS (.80). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BOYDELL TT | 06/05/06 | 0.80 | CONFERENCE CALL W/ WINN-DIXIE, BLACKSTONE AND SKADDEN TEAM RE: EXIT PROPOSALS (.8). |
| MARGOLIS A | 06/05/06 | 1.00 | CONFERENCE CALL WITH B NUSSBAUM, K HARDEE, F HUFFARD, BLACKSTONE AND SKADDEN FINANCING TEAM RE ANALYSIS AND STRATEGY REGARDING EXIT FINANCING PROPOSALS (.8); REVIEW OF BLACKSTONE ANALYSIS OF EXIT FINANCING PROPOSALS (.2). |
| PAOLI J | 06/05/06 | 0.80 | CONFERENCE CALL TO REVIEW COMPARISON OF EXIT FINANCING PROPOSALS. |
| RAVIN AS | 06/05/06 | 0.10 | REVIEW DRAFT COMMITMENT/PROPOSAL CHART SUMMARIZING THE COLLATERAL PACKAGES FOR POTENTIAL EXIT LENDERS, REVIEW MEMO FROM T. BOYDELL RE: SAME, REVIEW CORRESPONDENCE FROM D. STANFORD RE: RECORDING FEES, TAXES AND OTHER COSTS ASSOCIATED WITH RECORDING MORTGAGES. |
| WENZEL CP | 06/05/06 | 0.80 | PARTICIPATED IN CONFERENCE CALL WITH SKADDEN, COMPANY AND ADVISORS REGARDING LENDER SELECTION. |
| SCHWARTZ WL | 06/06/06 | 0.20 | REVIEW CORRESP. FROM LOCAL COUNSEL RE COSTS RELATED TO MORTGAGE FINANCING. |
| BOYDELL TT | 06/06/06 | 0.20 | REVIEW EMAIL RE: REAL ESTATE RECORDING PROCESS AND COSTS. |
| NECKLES PJ | 06/07/06 | 0.80 | EXCHANGE E-MAILS WITH L. APPEL, J. KEMPF, AND W. SCHWARTZ REGARDING LEASE SUMMARY REVIEWS AND EXIT FINANCING (.80). |
| SCHWARTZ WL | 06/07/06 | 0.20 | REVIEW CORRESP. FROM CLIENT RE LEASE DUE DILIGENCE SUMMARIES. |
| KEMPF J | 06/07/06 | 0.10 | CORRESPONDING WITH PETER NECKLES ABOUT AUDIT OF SMITH GAMBRELL'S LEASE REVIEW. |
| NECKLES PJ | 06/08/06 | 1.70 | REVIEW REAL ESTATE DUE DILIGENCE STATUS REPORTS (.70); PREPARE FOR CONFERENCE CALL TO DISCUSS REAL ESTATE DUE DILIGENCE (.40); PARTICIPATE IN CONFERENCE CALL WITH L. APPEL, W. SCHWARTZ, J. KEMPF, T. BOYDELL, AND K. IBOLD TO DISCUSS REAL ESTATE DUE DILIGENCE PROJECT (.30); CONFERENCE CALL WITH W. SCHWARTZ TO DISCUSS RESULTS OF DISCUSSIONS WITH D. STAMFORD (.30). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| SCHWARTZ WL | 06/08/06 | 1.60 | CONF. W/M. CAFFUZZI RE LENDER REQUIREMENTS; CONF. W/ P. NECKLES RE TEMPLATE FOR DUE DILIGENCE (.30); CONF. W/ P. NECKLES RE LEASE DUE DILIGENCE (.30); CONF. CALL W/L. APPELL AND C. IBOLD RE LEASE DUE DILIGENCE (.60); CONF. CALL WITH C. IBOLD AND D. STANFORD RE LEASE DUE DILIGENCE (.20). |
| BOYDELL TT | 06/08/06 | 0.20 | REVIEW UPDATE RE: REAL ESTATE DUE DILIGENCE (.2). |
| KEMPF J | 06/08/06 | 0.80 | OUTLINING TALKING POINTS FOR CONFERENCE CALL TO DISCUSS DISCREPANCIES IN LEASE AUDIT. |
| NECKLES PJ | 06/09/06 | 2.80 | MEETING WITH W. SCHWARTZ TO DISCUSS STATUS OF REAL ESTATE DUE DILIGENCE PROJECT (.60); REVIEW COMMENTS ON WACHOVIA COMMITMENT LETTER AND PROPOSED POINTS FOR DISCUSSION (.90); PARTICIPATE IN CONFERENCE CALL WITH F. HUFFARD, B. NUSSBAUM, K. HARDEE, J. O'CONNELL, AND T. BOYDELL TO DISCUSS COMMENTS TO WACHOVIA COMMITMENT LETTER (1.3). |
| SCHWARTZ WL | 06/09/06 | 1.20 | CONF. W/M. CAFFUZZI AND P. NECKLES RE EXIT FINANCING LEASE DUE DILIGENCE (.60); CALLS TO C. IBOLD AND D. STANFORD RE LEASE DUE DILIGENCE (.60). |
| BOYDELL TT | 06/09/06 | 2.10 | CONFERENCE CALL W/ COMPANY AND BLACKSTONE AND P. NECKLES RE: WACHOVIA COMMITMENT (1.3); REVIEW AND MARK UP SUMMARY OF NEGOTIATION TERMS (.8). |
| KEMPF J | 06/09/06 | 2.40 | LOCATING AND REVIEWING EXIT LENDER TERM SHEET (.4); REVIEWING PREVIOUS DILIGENCE CHARTS AND MEMO AND CHOOSING FIVE LEASES TO REVIEW WITH MARCO CAFFUZI (2.0). |
| KEMPF J | 06/11/06 | 1.20 | REVIEWING FIVE OF THE LARGEST 30 LEASES FOR ASSIGNMENT PROVISIONS AND COMPARING FINDINGS WITH PREVIOUS SMITH GAMBRELL AND SKADDEN REVIEW CHARTS IN PREPARATION FOR MEETING WITH MARCO CAFFUZI TO LAY OUT PLAN FOR REVIEWING LEASES IN FLORIDA. |
| BAKER DJ | 06/12/06 | 0.20 | REVIEW EMAIL FROM F. HUFFARD REGARDING EXIT FINANCING ISSUES (.1); RESPOND TO F. HUFFARD REGARDING EXIT FINANCING ISSUES (.1). |
| NECKLES PJ | 06/12/06 | 1.70 | REVIEW REVISED COMMITMENT LETTER (1.70). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BOYDELL TT | 06/12/06 | 5.70 | PREPARE MARKUP TO REVISED WACHOVIA FEE LETTER (.8) AND COMMITMENT LETTER (2.8); DRAFT RIDERS TO COMMITMENT LETTER (1.4); DISTRIBUTION OF SAME (.1); REVIEW UPDATED NEGOTIATION POINTS (.3) AND QUANTITATIVE ANALYSIS (.3). |
| MARGOLIS A | 06/12/06 | 1.00 | RESEARCH RE ISSUES RE EXIT FINANCING AND PLAN. |
| KEMPF J | 06/12/06 | 0.10 | COMMUNICATING WITH MARCO CAFFUZI ABOUT REVIEWING THE ASSIGNMENT AND MORTGAGE RESTRICTIONS IN LEASE. |
| RAVIN AS | 06/12/06 | 0.20 | REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO D. BITTER RE: AFCO CASUALTY FINANCING, REVIEW CORRESPONDENCE FROM K. SCOTT RE: SAME AND DRAFT CORRESPONDENCE TO SAME RE: SAME. |
| BAKER DJ | 06/13/06 | 0.30 | REVIEW EMAIL FROM F. HUFFARD REGARDING EXIT FINANCING (.2); RESPOND TO EMAIL FROM F. HUFFARD (.1). |
| NECKLES PJ | 06/13/06 | 1.70 | REVIEW COMMENTS ON WACHOVIA COMMITMENT LETTER (.60); PARTICIPATE IN CONFERENCE CALL WITH B. NUSSBAUM, K. HARDEE, F. HUFFARD, H. ETLIN, J. O'CONNELL, T. BOYDELL ET AL. TO REVIEW AND DISCUSS COMMENTS TO WACHOVIA COMMITMENT LETTER (1.10). |
| BOYDELL TT | 06/13/06 | 3.70 | CONTINUE REVIEWING FINANICAL ANALYSIS CHARTS FROM BLACKSTONE AS EXIT PROPOALS (.2); CONFERENCE CALL W/ COMPANY, BLACKSTONE, XROADS AND SKADDEN RE: MARKUP TO WACHOVIA COMMITMENT AND FEE LETTERS (1.1); REVISE MARKUP TO WACHOVIA COMMITMENT AND FEE LETTERS (1.2); DISTRIBUTION OF SAME TO WACHOVIA AND OSHR AND MILBANK (.2); REVIEW AND PROVIDE MARKUP TO FINANCING LANGUAGE IN PLAN (.8); REVIEW EMAIL MESSAGES RE: EXIT FINANCING AND BANKRUPTCY STATUS (.2). |
| MARGOLIS A | 06/13/06 | 1.60 | CONFERENCE CALL WITH COMPANY (B NUSSBAUM, K HARDEE), BLACKSTONE (F HUFFARD), XROADS (H ETLIN), P NECKLES, T BOYDELL AND OTHERS REGARDING COMMENTS ON COMMITMENT LETTER AND FEE LETTER FOR EXIT FINANCING (1.1); DEVELOP STRATEGY REGARDING COMMENTS ON COMMITMENT LETTER AND FEE LETTER FOR EXIT FINANCING (.5). |
| PAOLI J | 06/13/06 | 1.70 | CONFERENCE CALL WITH COMPANY, ET. AL, TO DISCUSS EXIT FINANCING BIDS (1.1); CALL TO W. SCHWARTZ RE COLLATERAL PACKAGE (.2); REVIEW COMMENTS TO COMMITMENT LETTER (.4). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 06/13/06 | 0.20 | REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO D. BITTER RE: AFCO CASUALTY RENEWAL STATUS. |
| WENZEL CP | 06/13/06 | 1.10 | PARTICIPATE IN CONFERENCE CALL WITH CLIENT REGARDING WACHOVIA FINANCING COMMITMENT PAPERS. |
| BAKER DJ | 06/14/06 | 0.30 | TELEPHONE CALL F. HUFFARD WITH RESPECT TO PENDING ISSUES RELATED TO EXIT FINANCING (.3). |
| NECKLES PJ | 06/14/06 | 3.30 | REVIEW DOCUMENTS IN PREPARATION FOR CONFERENCE CALL TO DISCUSS COMMITMENT LETTER (.60); PARTICIPATE IN CONFERENCE CALL WITH A. MARGOLIS, T. BOYDELL, K. HARDEE, J. HELFAT, F. HUFFARD AND REPRESENTATIVES OF WACHOVIA TO NEGOTIATE COMMITMENT LETTER AND TERM SHEET FOR EXIT FINANCING (1.1); FOLLOW-UP CONFERENCE CALL WITH K. HARDEE RE EXIT FINANCING (.30); FOLLOW-UP CONFERENCE CALL WITH W. SCHWARTZ REGARDING REAL ESTATE ASPECTS (.20); REVIEW DRAFT OF MOTION IN CONNECTION WITH COMMITMENT LETTER AND TERM SHEET (1.10). |
| SCHWARTZ WL | 06/14/06 | 0.60 | REVIEW CORRESP. FROM LOCAL COUNSEL RE TRANSFER OF PROPERTIES IN CONNECTION WITH EXIT FINANCING (.30); CONF. W/P. NECKLES RE EXIT FINANCING ISSUES (.20). |
| BOYDELL TT | 06/14/06 | 1.50 | CONFERENCE CALL W/ WACHOVIA, OTTERBOURG AND COMPANY RE: COMMITMENT LETTER (1.1); FOLLOW UP CALL W/ K. HARDEE ON COMMITMENT LETTER (.2); COORDINATE BANKRUPTCY MATTERS W/ A. MARGOLIS (.2). |
| GRAY RW | 06/14/06 | 0.10 | DRAFT MEMO TO J. BAKER RE: COMMITMENT LETTER APPROVAL ISSUES (0.1). |
| MARGOLIS A | 06/14/06 | 6.40 | CONFERENCE CALL WITH OTTERBOURG (J HELFAT), WACHOVIA (K QUINN), COMPANY (K HARDEE), P NECKLES, T BOYDELL AND OTHERS REGARDING COMMITMENT LETTER AND EXIT FINANCING TERMS (PARTIAL) (.5); DRAFT MOTION FOR APPROVAL OF WACHOVIA COMMITMENT LETTER AND RELATED RELIEF (5.9). |
| KEMPF J | 06/14/06 | 0.30 | SPEAKING WITH DOUG STANFORD AT SMITH GAMBRELL ABOUT PRODUCING ESTIMATE OF LEASE RECORDING COSTS. |
| PAOLI J | 06/14/06 | 1.00 | CONFERENCE CALL WITH WINN-DIXIE, WACHOVIA, AND BLACKSTONE TO DISCUSS COMMITMENT LETTER. |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 06/14/06 | 2.30 | REVIEW MULTIPLE CORRESPONDENEC FROM AND DRAFT MULTIPLE CORRESPONDENCE TO D. BITTER RE: AFCO CASUALTY RENEWAL, DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM K. SCOTT RE: SAME (.8); REVIEW PRIOR CORRESPONDENCE AND ORDERS RE: AFCO CASUALTY RENEWAL (.6); TELEPHONE CONFERENCE WITH N. KAGAN OF AFCO RE: AFCO CASUALTY RENEWAL (.2); REVIEW PREMIUM FINANCE AGREEMENT RE: AFCO CASUALTY RENEWAL (.2); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM L. MCPHERSON RE: AFCO CASUALTY RENEWAL (.3); DRAFT CORRESPONDENCE TO E. ESCAMILLA RE: AFCO CASUALTY RENEWAL (.1); DRAFT CORRESPONDENCE TO M. BARR RE: AFCO CASUALTY RENEWAL, DRAFT CORRESPONDENCE TO D. FIORILLO RE: AFCO CASUALTY RENEWAL (.1). |
| WENZEL CP | 06/14/06 | 1.10 | PARTICIPATED IN CONFERENCE CALL WITH CLIENT REGARDING WACHOVIA FINANCING COMMITMENT PAPERS (1.1). |
| NECKLES PJ | 06/15/06 | 2.40 | READ AND DRAFT E-MAILS REGARDING EXIT FINANCING MOTION WITH A. MARGOLIS, J. BAKER, AND T. BOYDELL (2.40). |
| BOYDELL TT | 06/15/06 | 1.40 | REVIEW AND PREPARE MARKUP TO DRAFT MOTION TO PAY EXPENSES AND PROVIDE INDEMNIFICATIONS (.8); REVIEW EMAIL RE: SAME (.1); REVIEW EMAIL MESSAGES RE: EXIT FINANCING (.3) AND BANKRUPTCY ISSUES (.2). |
| GRAY RW | 06/15/06 | 0.30 | EXCHANGE EMAILS WITH A. MARGOLIS ET AL. RE: SEALING ISSUE ON FEE LETTER (0.1); TC WITH A. MARGOLIS RE: COMMITMENT LETTER MOTION ISSUES (0.1); REVIEW MEMO RE: PREDECENT ON COURT APPROVAL OF COMMITMENT LETTER (0.1). |
| MARGOLIS A | 06/15/06 | 3.50 | CONTINUE DRAFTING MOTION TO APPROVE COMMITMENT LETTER FOR EXIT FINANCING (2.1); TC W/ D TURETSKY (.1) AND EMAIL CORRESPONDENCE W/DJ BAKER, P NECKLES, R GRAY, T BOYDELL (.7) RE ISSUES PERTAINING TO EXIT FINANCING AND MOTION TO APPROVE COMMITMENT LETTER; REVIEW COMMENTS ON MOTION TO APPROVE COMMITMENT LETTER (.3). |
| RAVIN AS | 06/15/06 | 0.30 | REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO L. MCPHERSON RE: AFCO AGREEMENT (.1); TELEPHONE CONFERENCE WITH N. KAGAN RE: AFCO AGREEMENT, DRAFT CORRESPONDENCE TO SAME RE: SAME (.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TURETSKY DM | 06/15/06 | 0.60 | TELEPHONE CALL WITH A. MARGOLIS RE: MOTION FOR APPROVAL OF EXIT LENDER DILIGENCE FEES (0.1); RESEARCH RE: ISSUES CONCERNING MOTION FOR APPROVAL OF EXIT LENDER DILIGENCE FEES (0.4); E-MAIL TO A. MARGOLIS RE: MOTION FOR APPROVAL OF EXIT LENDER DILIGENCE FEES (0.1). |
| NECKLES PJ | 06/16/06 | 0.70 | REVIEW DOCUMENTS IN PREPARATION FOR MEETING WITH J. BAKER (.70). |
| BOYDELL TT | 06/16/06 | 1.60 | REVIEW EMAIL MESSAGES RE: BANKRUPTCY STATUS (.1); ANALYSIS RE: FILING OF MOTION FOR EXPENSES (.3); REVIEW OPEN ITEMS ON WACHOVIA COMMITMENT (1.2). |
| GRAY RW | 06/16/06 | 0.60 | REVIEW AND COMMENT ON MOTION RE: COMMITMENT LETTER, DUE DILIGENCE FEES AND INDEMNITY (0.3); LOCATE ADDITIONAL PRECEDENT FOR 363 ARGUMENT AND EMAIL TO A. MARGOLIS (0.1); REVIEW AND COMMENT ON PROPOSED ORDER (0.1); REVIEW AND COMMENT ON EXIT LENDING LANGUAGE (0.1). |
| MARGOLIS A | 06/16/06 | 3.10 | CONTINUE DRAFTING MOTION FOR APPROVAL OF COMMITMENT LETTER, DUE DILIGENCE EXPENSES AND INDEMNITIES (1.9); DRAFT ORDER APPROVING COMMITMENT LETTER, DUE DILIGENCE EXPENSES AND INDEMNITIES (1.2). |
| RAVIN AS | 06/16/06 | 0.50 | REVIEW CORRESPONDENCE FROM N. KAGAN RE: REVISED PFA, REVIEW SAME, DRAFT CORRESPODNENEC TO SAME (.3); DRAFT CORRESPNODENCE TO L. MANDEL, E. ESCAMILLA, AND J. HELFAT RE: SAME (.2). |
| BAKER DJ | 06/19/06 | 1.20 | PREPARE FOR CONFERENCE CALL WITH RESPECT TO EXIT FINANCING (.4); CONFERENCE CALL WITH LARRY APPEL, JAY CASTLE, PETER NECKLES AND FLIP HUFFARD ETAL WITH RESPECT TO EXIT FINANCING ISSUES (.8). |
| NECKLES PJ | 06/19/06 | 1.20 | TELEPHONE CALL WITH T. BOYDELL REGARDING COMMITMENT LETTER (.10); REVIEW COMMITMENT LETTER MARK-UP (.30); CONFERENCE CALL WITH J. BAKER, F. HUFFARD, A. MARGOLIS, L. APPEL, AND J. CASTLE TO DISCUSS TIMING OF MOTION TO APPROVE EXIT FINANCING (.80). |
| BOYDELL TT | 06/19/06 | 0.40 | REVIEW EMAIL MESSAGES RE: BANKRUPTCY CASE STATUS (.2); DISCUSSION W/ P. NECKLES (.1) AND C. WENZEL (.1) RE: WACHOVIA COMMITMENT. |
| GRAY RW | 06/19/06 | 0.10 | TC WITH D. VANSCHOOR RE: BOARD SUMMARY AND FORWARD SAME (0.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MARGOLIS A | 06/19/06 | 4.10 | CONFERENCE CALL W/B NUSSBAUM, K HARDEE, F HUFFARD, J O'CONNELL, P NECKLES, T BOYDELL AND OTHERS ON REVISION OF COMMITMENT LETTER AND EXIT FINANCING TERMS (.8); REVISE MOTION TO APPROVE COMMITMENT LETTER (2.3) AND DRAFT DECLARATION IN SUPPORT OF MOTION (1). |
| BAKER DJ | 06/20/06 | 0.70 | REVIEW ISSUES RELATED TO EXIT FINANCING PROPOSAL FROM WACHOVIA (.7). |
| NECKLES PJ | 06/20/06 | 1.30 | CONFERENCE CALL WITH J. HELFAT TO DISCUSS TIMING OF MOTION TO APPROVE EXIT FINANCING (.60); REVIEW REVISED EXIT PROPOSAL COMMITMENT (.30); DRAFT AND DISTRIBUTE E-MAILS TO K. HARDEE AND SKADDEN TEAM REGARDING TIMING FOR APPROVAL OF COMMITMENT LETTER AND FILING OF MOTION (.40). |
| GRAY RW | 06/20/06 | 0.20 | REVIEW AND COMMENT ON REVISED MOTION RE: COMMITMENT LETTER (0.2). |
| MARGOLIS A | 06/20/06 | 3.20 | DRAFT HUFFARD AFFIDAVIT IN SUPPORT OF MOTION TO APPROVE COMMITMENT LETTER (1); REVISE MOTION TO APPROVE COMMITMENT LETTER (2.2). |
| KEMPF J | 06/20/06 | 0.10 | REVIEWING CORRESPONDENCE FROM PETER NECKLES RELATED TO THE DETAILS OF THE SCHEDULE FOR THE EXIT FINANCING AND BANKRUPTCY COURT DEADINES. |
| RAVIN AS | 06/20/06 | 0.10 | REVIEW CORRESPONDENCE FROM D. BITTER RE: CASUALTY RENEWAL, DRAFT MEMO TO S. HENRY RE: SAME. |
| NECKLES PJ | 06/21/06 | 3.60 | REVIEW REVISED EXIT FINANCING COMMITMENT LETTER FROM WACHOVIA (1.10); REVIEW MARK-UP OF REVISED EXIT FINANCING COMMITMENT LETTER (1.60); PARTICIPATE IN CONFERENCE CALL WITH K. HARDEE, F. HUFFARD, B. NUSSBAUM, T. BOYDELL, C. WENZEL, AND J. PAOLI TO DISCUSS COMMENTS ON REVISED COMMITMENT LETTER (.90). |
| BOYDELL TT | 06/21/06 | 5.70 | REVIEW EMAIL RE: BANKRUPTCY MATTERS (.1); REVIEW REVISED WACHOVIA COMMITMENT LETTER AND FEE LETTER (2.3); PREPARE W/ C. WENZEL MARKUP TO REVISED COMMITMENT LETTER AND FEE LETTER (1); DISTRIBUTION OF SAME (.1); REVIEW SMITH GAMBRELL'S MEMO ON REAL ESTATE TRANSFER COSTS (.3); CONFERENCE CALL W/ COMPANY AND BLACKSTONE ON REVISED WACHOVIA COMMITMENT PAPERS (.9); REVISE/UPDATE MARKUP OF SAME (.9) AND DISTRIBUTION THEREOF TO COMPANY BLACKSTONE (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

MARGOLIS A          06/21/06          3.20    REVISE COMMITMENT LETTER MOTION (.5);
                                              CONFERENCE CALL W/B NUSSBAUM, K
                                              HARDEE, F HUFFARD, P NECKLES, T
                                              BOYDELL AND OTHERS (.9) RE COMMENTS
                                              ON REVISED COMMITMENT LETTER, TERM
                                              SHEET; PREPARE COMMENTS ON SECTIONS
                                              OF REVISED COMMITMENT LETTER FOR
                                              MARKUP TO BE FORWARDED TO WACHOVIA
                                              (.3).

KEMPF J             06/21/06          3.80    REVIEWING CORRESPONDENCE FROM PETER
                                              NECKLES RELATED TO STATUS OF
                                              BANKRUPTCY CASE AND TIMING OF REAL
                                              ESTATE DILIGENCE MATTERS (.1);
                                              DISCUSSING SG'S DILIGENCE PROGRESS
                                              AND REAL ESTATE STRUCTURING OPTIONS
                                              FOR EXIT FINANCING WITH TIFFANY TRAN
                                              BOYDELL (.1); REVIEWING DILIGENCE
                                              CHARTS AND MEMORANDA FROM SMITH
                                              GAMBRELL, PETER NECKLES, AND OTHER
                                              TEAM MEMBERS REGARDING COSTS AND
                                              STRUCTURING OF REAL ESTATE ASSETS
                                              (2.6); CORRESPONDING WITH PETER
                                              NECKLES, TIFFANY TRAN BOYDELL, AND
                                              DOUG STANFORD ABOUT STRUCTURING OF
                                              REAL ESTATE ASSETS AND PROGRESS OF
                                              REAL ESTATE DILIEGENCE FOR LENDERS
                                              (1.).

PAOLI J             06/21/06          0.90    CONFERENCE CALL WITH P. NECKLES AND
                                              COMPANY REGARDING EXIT FINANCING
                                              PROPOSAL (.90).

RAVIN AS            06/21/06          0.20    DRAFT MULTIPLE CORRESPONDENCE TO AND
                                              REVIEW MULTIPLE CORRESPONDENCE FROM
                                              K. SCOTT RE: STATUS OF AFCO, DRAFT
                                              CORRESPONDENCE TO AND REVIEW
                                              CORRESPONDENCE FROM M. SALEM RE:
                                              SAME.

WENZEL CP           06/21/06          4.20    REVIEWED AND EDITED REVISED WACHOVIA
                                              COMMITMENT PAPERS AND PREPARED MARK-
                                              UP OF COMMENTS (2.8); INTERNAL
                                              CONFERENCE TO DISCUSS COMMENTS (.5);
                                              CONFERENCE CALL WITH CLIENT TO
                                              DISCUSS COMMENTS (.9).

NECKLES PJ          06/22/06          4.80    RESEARCH PRECEDENT IN CONNECTION WITH
                                              MATERIAL ADVERSE CHANGE LANGUAGE FOR
                                              COMMITMENT LETTER (2.80); CONFERENCES
                                              WITH J. DOUGLAS REGARDING MATERIAL
                                              ADVERSE CHANGE LANGUAGE (.30);
                                              TELEPHONE CALL WITH J. HELFAT, D.
                                              GREENSTEIN, W. SCHWARTZ, AND T.
                                              BOYDELL REGARDING SPECIAL PURPOSE
                                              REAL ESTATE ENTITY (.30); PREPARE AND
                                              DISTRIBUTE E-MAIL TO K. HARDEE, L.
                                              APPEL, J. O'CONNELL, B. NUSSBAUM, F.
                                              HUFFARD, J. BAKER, A. MARGOLIS, W.
                                              SCHWARTZ, J. KEMPF, J. PAOLI, R. GRAY
                                              AND T. BOYDELL REGARDING MATERIAL
                                              ADVERSE CHANGE PROPOSAL (1.40).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| SCHWARTZ WL | 06/22/06 | 0.40 | REVIEW CORRESP. FROM CLIENT RE WACHOVIA EXIT FINANCING PROPOSAL (.20); CONF. CALL W/WACHOVIA ATTORNEYS RE EXIT FINANCING (.20). |
| BOYDELL TT | 06/22/06 | 2.40 | DISCUSSION W/ OTTERBOURG AND P. NECKLES AND W. SCHWARTZ RE: REAL ESTATE SPECIAL PURPOSE ENTITY ISSUE (.2); DRAFT/REVIEW MAC PROPOSAL (1.2); UPDATE MARKUP TO WACHOVIA COMMITMENT PAPERS (.6) AND DISTRIBUTION OF SAME TO OTTERBOURG AND WACHOVIA (.2); PROVIDE INPUT ON PLAN LANGUAGE RE: L/CS (.2). |
| MARGOLIS A | 06/22/06 | 0.70 | REVISE MOTION FOR APPROVAL OF COMMITMENT LETTER (.2); REVIEW COMMENTS OF S BUSEY (.1) ON MOTION FOR APPROVAL OF COMMITMENT LETTER AND EMAIL CORRESPONDENCE WITH S BUSEY RE COMMENTS (.1); FORWARD MOTION FOR APPROVAL OF COMMITMENT LETTER TO OTTERBOURG AND MILBANK (.1); FORWARD MARKUP OF COMMITMENT LETTER TO MILBANK (.1); REVIEW SASMF MARKUP OF COMMENTS ON COMMITMENT LETTER (.1). |
| RAVIN AS | 06/22/06 | 0.10 | REVIEW CORRESPONDENCE FROM AND DRTAFT CORRESPONDENCE TO D. BITTER RE: AFCO STATUS. |
| WENZEL CP | 06/22/06 | 0.40 | REVIEWED AND EDITED WACHOVIA COMMITMENT LETTERS WITH REGARD TO MAC PROVISION (.4). |
| NECKLES PJ | 06/23/06 | 2.20 | REVIEW REVISED MATERIAL ADVERSE CHANGE LANGUAGE (.50); DRAFT E-MAILS TO T. BOYDELL, C. WENZEL, AND F. HUFFARD REGARDING PROPOSED MATERIAL ADVERSE CHANGE LANGUAGE (.50); DRAFT REVISED MATERIAL ADVERSE CHANGE LANGUAGE FOR REVISED COMMITMENT LETTER (.50); DRAFT E-MAILS WITH C. IBOLD, W. SCHWARTZ AND T. BOYDELL REGARDING MEETING/CONFERENCE CALL TO DISCUSS REAL ESTATE ISSUES (.30); TELEPHONE CALL WITH J. HELFAT REGARDING COMMITMENT LETTER AND PROCESS (.40). |
| SCHWARTZ WL | 06/23/06 | 0.20 | REVIEW CORRESP. FROM P. NECKLES AND R. GRAY RE EXIT FINANCING ISSUES. |
| BOYDELL TT | 06/23/06 | 3.30 | WORK ON MAC LANGUAGE PROPOSAL (.7); REVIEW OPEN REAL ESTATE MATTERS (.8); ATTENTION TO MOTION FOR EXPENSES (.6); REVIEW SPECIFIC SECTION OF REVISED PLAN (1.2). |
| GRAY RW | 06/23/06 | 0.20 | TC WITH C. JACKSON RE: CONCERNS ABOUT WACHOVIA SEALING REQUEST ON FEE LETTER AND DRAFT MEMO TO BANKING TEAM RE: SAME (0.1); FOLLOWUP EMAIL EXCHANGE WITH A. MARGOLIS RE: SEALING ISSUE (0.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

MARGOLIS A          06/23/06        1.30    REVIEW OSHR COMMENTS ON DRAFT MOTION
                                            FOR APPROVAL OF COMMITMENT LETTER
                                            (.2); EMAIL CORRESPONDENCE WITH
                                            COMPANY, BLACKSTONE RE OSHR COMMENTS
                                            ON DRAFT MOTION AND ISSUES THERETO
                                            (.8); TC'S W/ R GRAY (.1), A RAVIN
                                            (.1), T BOYDELL (.1) RE EXIT
                                            FINANCING ISSUES.

LAMAINA KA          06/23/06        6.20    REVIEW OBLIGATIONS TIED TO LETTER OF
                                            CREDIT (6.2).

NECKLES PJ          06/24/06        0.70    DRAFT E-MAILS WITH T. BOYDELL, W.
                                            SCHWARTZ, R. GRAY, AND J. CASTLE
                                            REGARDING REAL ESTATE PROVISIONS OF
                                            COMMITMENT LETTER, PLAN OF
                                            REORGANIZATION, AND SCHEDULING OF
                                            CONFERENCE CALL (.70).

SCHWARTZ WL         06/24/06        0.30    REVIEW CORRESP. FROM CLIENT AND P.
                                            NECKLES RE EXIT FINANCING.

BOYDELL TT          06/24/06        0.20    REVIEW EMAIL CORRESPONDENCE RE: REAL
                                            ESTATE SPV AND RELATED MATTERS.

GRAY RW             06/24/06        0.20    REVIEW AND RESPOND TO MEMOS FROM L.
                                            APPEL AND C. IBOLD RE: EXIT FACILITY
                                            REAL ESTATE TRANSFER ISSUES (0.2).

BOYDELL TT          06/25/06        0.40    PROVIDE COMMENTS TO PLAN FUNDING
                                            LANGUAGE (.2); PROVIDE COMMENTS TO
                                            CASH COLLATERALIZATION ISSUE (.2).

BAKER DJ            06/26/06        1.20    TELEPHONE CALL FLIP HUFFARD WITH
                                            RESPECT TO EXIT FINANCING ISSUES
                                            (.4); REVIEW CHANGES TO EXIT
                                            FINANCING PROPOSED BY WACHOVIA (.8).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

NECKLES PJ          06/26/06          8.10    DRAFT E-MAILS REGARDING VARIOUS
                                              ISSUES ASSOCIATED WITH EXIT FINANCING
                                              INCLUDING COMMITTEE COMMENTS AND
                                              CONFIDENTIALITY PLAN PROVISIONS WITH
                                              J. BAKER, R. GRAY, F. HUFFARD, AND T.
                                              BOYDELL (1.90); DRAFT E-MAILS
                                              REGARDING REAL ESTATE ASPECTS OF
                                              COMMITMENT LETTER AND PLAN OF
                                              REORGANIZATION WITH C. IBOLD AND T.
                                              BOYDELL (1.70); DRAFT E-MAILS
                                              REGARDING 105 PERCENT CASH
                                              COLLATERALIZATION OF LETTER OF CREDIT
                                              REQUIREMENT WITH T. BOYDELL AND R.
                                              GRAY (.60); CONFERENCE CALL WITH M.
                                              SOLL AND R. GRAY REGARDING
                                              CONFIDENTIALITY OF COMMITMENT LETTER
                                              AND FEE LETTER (.50); PREPARE FOR
                                              CONFERENCE CALL TO REVIEW COMMITMENT
                                              LETTER (.50); CONFERENCE CALL TO
                                              DISCUSS REAL ESTATE SPECIAL PURPOSE
                                              ENTITY WITH W. SCHWARTZ, J. KEMPF, T.
                                              BOYDELL, C. IBOLD, AND K. HARDEE
                                              (.40); REVIEW MARK-UP OF REVISED
                                              COMMITMENT LETTER AND FEE LETTER
                                              (.60); PARTICIPATE IN CONFERENCE CALL
                                              TO DISCUSS COMMENTS TO REVISED
                                              COMMITMENT LETTER, FEE LETTER, AND
                                              TERM SHEET WITH K. HARDEE, F.
                                              HUFFARD, AND REPRESENTATIVES OF
                                              WACHOVIA AND THEIR COUNSEL (1.60);
                                              FOLLOW-UP CONFERENCE CALL WITH F.
                                              HUFFARD AND K. HARDEE TO DISCUSS
                                              REVISED COMMITMENT LETTER AND FEE
                                              LETTER (.30).

SCHWARTZ WL         06/26/06          0.70    CONF. W/P. NECKLES RE REAL ESTATE
                                              ISSUES RE EXIT FINANCING AND CORRESP.
                                              FROM CLIENT RE SAME - .30; CONF. CALL
                                              W/CLIENT RE REAL ESTATE ISSUES RE
                                              EXIT FINANCING - .40.

BOYDELL TT          06/26/06          5.80    ADDRESS CASH-COLLATERALIZATION OF L/C
                                              ISSUE (.2); COORDINATE REAL ESTATE
                                              DUE DILIGENCE AND STRUCTURE ISSUES
                                              (.2); REVIEW REVISED COMMITMENT
                                              LETTER AND COMMITMENT FEE (1.3) AND
                                              PREPARE MARKUP (.8); REAL ESTATE
                                              CONFERENCE CALL W/ COMPANY (.5); ALL-
                                              HANDS CONFERENCE CALL RE: REVISED
                                              COMMITMENT PAPERS AND EXIT FINANCING
                                              (1.6); RECAP CALL ON THE WACHOVIA
                                              COMMITMENT PAPERS W/ COMPANY AND
                                              BLACKSTONE (.2); DISCUSSION W/ J.
                                              KEMPF , P. NECKLES AND BANKING TEAM
                                              RE: REAL ESTATE ISSUES (.2); REVIEW
                                              MILBANK'S COMMENTS TO PLAN FINANCING
                                              SECTION OF PLAN (.3).

GRAY RW             06/26/06          0.60    REVIEW MEMOS FROM D. HILTY, F.
                                              HUFFARD AND M. BARR RE: COMMITTEE
                                              ISSUES ON EXIT FACILITY (0.1); CONF
                                              CALL WITH C. IBOLD, K. HARDEE AND
                                              SKADDEN REAL ESTATE AND BANKING TEAMS
                                              RE: REAL ESTATE ISSUES (0.5).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

MARGOLIS A        06/26/06      1.60   REVIEW REVISED PLAN (.3); REVIEW OF
                                       MILBANK COMMENTS ON DISCLOSURE
                                       STATEMENT (.2); REVIEW REVISED
                                       COMMITMENT LETTER, FEE LETTER (.5);
                                       CONFERENCE CALL W/K HARDEE, F
                                       HUFFARD, P NECKLES, T BOYDELL AND
                                       OTHERS RE ISSUES RE COMMITMENT
                                       LETTER, FEE LETTER (.4); REVIEW EMAIL
                                       CORRESPONDENCE BETWEEN COMMITTEE AND
                                       DEBTORS RE ISSUES PERTAINING TO EXIT
                                       FINANCING (.2).

LAMAINA KA        06/26/06      1.90   REVIEW FEB. 2005 FINANCING SCHEDULE
                                       VS. MAY AND JUNE 2006 FINANCING
                                       SCHEDULES (1.9).

RAVIN AS          06/26/06      0.80   REVIEW CORRESPONDENCE FROM D. BITTER
                                       AND K. SCOTT RE: AFCO STATUS, DRAFT
                                       CORRESPONDENCE TO SAME RE: SAME (.1);
                                       TELEPHONE CONFERENCE WITH K. SCOTT
                                       AND D. BITTER RE: CASUALTY RENEWAL
                                       (.3); DRAFT CORRESPONDENCE TO AND
                                       REVIEW CORRESPONDENCE FROM K. SCOTT
                                       RE: CASUALTY RENEWAL, DRAFT
                                       CORRESPONDENCE TO L. MANDEL RE: SAME,
                                       DRAFT CORRESPONDENCE TO AND REVIEW
                                       CORRESPONDENCE FROM E. ESCAMILLA RE:
                                       SAME, DRAFT CORRESPONDENCE TO AND
                                       REVIEW CORRESPONDENCE FROM D.
                                       FIORILLO RE: SAME (.4).

WENZEL CP         06/26/06      1.90   REVIEWED REVISED WACHOVIA COMMITMENT
                                       PAPERS (.3); EXTERNAL CONFERENCE CALL
                                       TO DISCUSS WACHOVIA COMMITMENT PAPERS
                                       (1.6).

BAKER DJ          06/27/06      2.20   TELEPHONE CALL FLIP HUFFARD WITH
                                       RESPECT TO ISSUES RELATED TO EXIT
                                       FINANCING (.4); TELEPHONE CALL JAY
                                       SKELTON, FLIP HUFFARD AND KELLY HARDI
                                       WITH RESPECT TO EXIT FINANCING (.5);
                                       TELEPHONE CALL DAVID MORSE AND FLIP
                                       HUFFARD WITH RESPECT TO EXIT
                                       FINANCING ISSUES (.3); TELEPHONE CALL
                                       JON HELFAT WITH RESPECT TO EXIT
                                       FINANCING ISSUES (.2); REVIEW DRAFT
                                       PLEADINGS RELATED TO EXIT FINANCING
                                       (.6); FURTHER TELEPHONE CALL WITH
                                       FLIP HUFFARD WITH RESPECT TO
                                       ADDITIONAL EXIT FINANCING ISSUES
                                       (.2).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

NECKLES PJ          06/27/06       3.60   CONFERENCE CALL WITH C. IBOLD, J.
                                          CASTLE, AND R. GRAY REGARDING REAL
                                          ESTATE SPECIAL PURPOSE ENTITY
                                          STRUCTURE (.50); DRAFT E-MAILS WITH
                                          R. GRAY, T. BOYDELL, AND W. SCHWARTZ
                                          REGARDING CONFERENCE CALL AND REAL
                                          ESTATE SPECIAL PURPOSE ENTITY (.40);
                                          PARTICIPATE IN CONFERENCE CALL WITH
                                          K. HARDEE, F. HUFFARD, C. IBOLD, J.
                                          BAKER, A. MARGOLIS, T. BOYDELL AND
                                          REPRESENTATIVES OF WACHOVIA AND
                                          OTTERBOURG TO DISCUSS COMMITMENT
                                          LETTER AND TERM SHEET PROVISIONS
                                          REGARDING MARKET FLEX AND REAL ESTATE
                                          SPECIAL PURPOSE ENTITY (.50); FOLLOW-
                                          UP CONFERENCE CALL WITH F. HUFFARD
                                          AND K. HARDEE REGARDING COMMITMENT
                                          LETTER (.30); REVIEW AND REVISE
                                          COMMENTS TO COMMITMENT LETTER AND
                                          DISCLOSURE STATEMENT (1.90).

SCHWARTZ WL         06/27/06       0.80   REVIEW MEMO OF J. KEMPF RELATING TO
                                          REAL ESTATE ISSUES RE EXIT FINANCING
                                          - .20; MEMO TO P. NECKLES RE REAL
                                          ESTATE ISSUES RE EXIT FINANCING -
                                          .30; REVIEW CORRESP. FROM BANKRUPTCY
                                          ATTORNEYS RE EXIT FINANCING - .30.

BOYDELL TT          06/27/06       2.10   CONFERENCE CALL WITH COMPANY AND
                                          BLACKSTONE ON OPEN MATTERS ON EXIT
                                          COMMITMENT (.5); STATUS UPDATE W/
                                          BANKING AND BANKRUPTCY TEAMS (.2);
                                          REVIEW EMAIL MESSAGES RE: EXIT
                                          FINANCING (.5), PLAN (.2) AND
                                          BANKRUPTCY RELATED MATTERS (.7).

GRAY RW             06/27/06       0.50   CONF CALL WITH C. IBOLD, J. CASTLE,
                                          P. NECKLES ET AL. RE: REAL ESTATE
                                          TRANSFER PROPOSAL AS PART OF EXIT
                                          FACILITY (0.5).

MARGOLIS A          06/27/06       1.80   CORRESPONDENCE WITH R GRAY, P NECKLES
                                          RE REVISIONS TO PLAN RE EXIT FACILITY
                                          ISSUES (.5); CONFERENCE CALL W/K
                                          HARDEE, F HUFFARD, P NECKLES, T
                                          BOYDELL AND OTHERS RE ISSUES RE
                                          COMMITMENT LETTER, FEE LETTER (.5);
                                          CONFERENCE CALL W/OTTERBOURG,
                                          WACHOVIA, COMPANY RE ISSUES RE
                                          COMMITMENT LETTER, FEE LETTER (.5);
                                          TC W/M LOESBERG RE COMMENTS ON
                                          COMMITMENT LETTER (.1); FORWARD
                                          COMMENTS ON COMMITMENT LETTER TO M
                                          LOESBERG, S SOLL (.2).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

KEMPF J          06/27/06     0.80   DISCUSSING SG AUDIT CHART WITH MARCO
                                     CAFFUZI TO DETERMINE WHETHER ALL
                                     CRUCIAL CATEGORIES HAD BEEN REVIEWED
                                     (.1); COMMUNICATING WITH DOUG
                                     STANFORD ABOUT THE DILIGENCE AUDIT
                                     AND CONTINUING DILIGENCE OF WINN'S
                                     LEASES FOR EXIT FINANCING (.2);
                                     CORRESPONDING WITH WALLY SCHWARTZ,
                                     PETER NECKLES, AND OTHER TEAM EMBMERS
                                     ABOUT STRUCTURING OF REAL ESTATE DEAL
                                     AND AGENDA FOR CATHERINE IBOLD'S
                                     VISIT (.5).

LAMAINA KA       06/27/06     0.40   PREPARE FOR AND ATTEND TELECONFERENCE
                                     A. REED OF WINN-DIXIE REGARDING
                                     PREPETITION CLAIMS ON FINANCING (.4).

RAVIN AS         06/27/06     0.50   MULTIPLE TELEPHONE CONFERENCE WITH J.
                                     CATERALLA RE: AFCO, DRAFT
                                     CORRESPONDENCE TO SAME RE: SAME (.2);
                                     REVIEW MULTIPLE CORRESPONDENCE FROM
                                     AND DRAFT CORRESPONDENCE TO L.
                                     MCPHERSON RE: AFCO (.2); REVIEW
                                     REVISED AFCO PFA (.1).

SAMBUR K         06/27/06     5.40   BEGIN DRAFTING EXIT SURETY MOTION
                                     (4.8); BEGIN DRAFTING EXIT SURETY
                                     ORDER (.6).

BAKER DJ         06/28/06     1.60   REVIEW CHANGES TO COMMITMENT LETTER
                                     AND PLEADINGS (1.3); TELEPHONE CALL
                                     WITH MATT BARR WITH RESPECT TO EXIT
                                     FINANCING ISSUES (.1); TELEPHONE CALL
                                     WITH LARRY APPEL WITH RESPECT TO EXIT
                                     FINANCING ISSUES (.2).

NECKLES PJ       06/28/06     7.10   ATTEND MEETINGS TO DISCUSS REAL
                                     ESTATE ASPECTS OF EXIT FINANCING WITH
                                     C. IBOLD, W. SCHWARTZ, T. BOYDELL, A.
                                     MARGOLIS, AND J. KEMPF (1.3);
                                     CONFERENCE CALL WITH COMMITTEE
                                     ADVISORS, F. HUFFARD, REPRESENTATIVES
                                     OF WACHOVIA AND BLACKSTONE TO DISCUSS
                                     PROPOSED FINANCING COMMITMENT (.5);
                                     REIVEW, REVISE AND COMMENT ON
                                     MULTIPLE REVISED DRAFTS OF EXIT
                                     FINANCING, COMMITMENT LETTER AND FEE
                                     LETTER (4.6); REVIEW PRESS RELEASE
                                     (.40); REVIEW DISCLOSURE STATEMENT
                                     (.30).

SCHWARTZ WL      06/28/06     2.00   MEETING W/C. IBOLD TO REVIEW EXIT
                                     FINANCING REAL ESTATE MATTERS.

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

BOYDELL TT          06/28/06        9.30    PREPARATION FOR MEETING W/ K. IBOLD
                                            RE: REAL ESTATE MATTER (.6); MEETING
                                            W/ K. IBOLD AND P. NECKLES AND W.
                                            SCHWARTZ AND A. MARGOLIS AND J. KEMPF
                                            RE: REAL ESTATE MATTERS FOR EXIT
                                            FINANCING (1.3); UPDATE/STATUS CALL
                                            W/ D. STANFORD, K. IBOLD AND A.
                                            MARGOLIS AND J. KEMPF RE: REAL ESTATE
                                            MATTERS (.5); REVIEW 2006 WINN-DIXIE
                                            LEASEHOLD VALUATIONS (.3); REVIEW AND
                                            PROVIDE COMMENTS TO MULTIPLE REVISED
                                            DRAFTS OF COMMITMENT AND FEE LETTERS
                                            (2.8); DISCUSS SAME W/ COMPANY (.8)
                                            AND BLACKSTONE (.3); NEGOTIATE SAME
                                            W/ OTTERBOURG (1); COORDINATE
                                            FINALIZATION AND EXECUTION OF
                                            WACHOVIA COMMITMENT AND FEE LETTERS
                                            (1.7).

MARGOLIS A          06/28/06        4.00    REVISE/DISTRIBUTE MOTION FOR APPROVAL
                                            OF COMMITMENT LETTER, PROPOSED ORDER
                                            AND NOTICE THEREOF (1.3); TC'S W/S
                                            SOLL (OTTERBOURG) RE REVISIONS TO
                                            COMMITMENT LETTER (.7); REVIEW
                                            REVISIONS TO COMMITMENT LETTER AND
                                            FEE LETTER (.6); TC'S W/M LOESBERG, P
                                            NECKLES, T BOYDELL RE REVISIONS OF
                                            COMMITMENT LETTER, FEE LETTER (1); TC
                                            W/P NECKLES, K HARDEE, T BOYDELL, J
                                            O'CONNELL RE COMMENTS ON COMMITMENT
                                            LETTER, FEE LETTER (.4).

KEMPF J             06/28/06        2.20    PREPARING FOR MEETING WITH CATHERINE
                                            IBOLD (.2); BRIEFING WALLY SCHWARTZ
                                            ON MEETING WITH CATHERINE IBOLD (.2);
                                            MEETING WITH CATHERINE IBOLD, PETER
                                            NECKLES, WALLY SCHWARTZ, TIFFANY TRAN
                                            BOYDELL, AND ALEX MARGOLIS AND
                                            SPEAKING WITH DOUG STANFORD (1.3);
                                            REVIEWING AND COMMENTING ON REAL
                                            ESTATE ASPECTS OF WACHOVIA COMMITMENT
                                            LETTER (.5).

RAVIN AS            06/28/06        0.80    DRAFT CORRESPONDENCE TO AND REVIEW
                                            CORRESPONDENCE FROM J. CRATELLA RE:
                                            AFCO APPROVAL STATUS (.2); DRAFT
                                            CORRESPONDENCE TO AND REVIEW
                                            CORRESPONDENCE FROM D. BITTER RE:
                                            AFCO APPROVAL STATUS (.1); MULTIPLE
                                            TELEPHONE CONFERENCES WITH D. BITTER
                                            RE: AFCO APPROVAL STATUS (.1); DRAFT
                                            CORRESPONDENCE TO L. MANDEL RE: AFCO
                                            STATUS, TELEPHONE CONFERENCE
                                            (VOICEMAIL) WITH OFFICE OF L. MANDEL
                                            RE: SAME (.1); DRAFT MULTIPLE
                                            CORRESPONDENCE TO M. BARR RE: AFCO
                                            APPROVAL STATUS (.1); MULTIPLE
                                            TELPHONE CONFERENCES WITH B. RATNER
                                            RE: AFCO APPROVAL STATUS, TELEPHONE
                                            CONFERENCE WITH N. KAGAN RE: SAME,
                                            DRAFT CORRESPONDENCE TO SAME RE: SAME
                                            (.2).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

SAMBUR K          06/28/06      4.00   CONTINUE TO DRAFT SURETY BOND EXIT
                                       FACILITY MOTION (3.7); PREPARE NOTICE
                                       FOR EXIT COMMITTMENT MOTION (.2).

WENZEL CP         06/28/06      0.40   REVIEW FINAL WACHOVIA COMMITMENT
                                       PAPERS.

NECKLES PJ        06/29/06      7.60   DRAFT E-MAILS AND CONFERENCE CALLS
                                       WITH J. O'CONNELL AND F. HUFFARD
                                       REGARDING COMMUNICATION OF COMMITMENT
                                       LETTER AND FEE LETTER TO CREDITORS
                                       COMMITTEE (2.70); REVIEW, REVISE AND
                                       DISTRIBUTE EXECUTED COMMITMENT LETTER
                                       AND BLACKLINE TO CREDITORS COMMITTEE
                                       (1.60); REVIEW AND REVISE DRAFT
                                       MOTION FOR EXIT FINANCING COMMITMENT
                                       (1.00); REVIEW E-MAILS FROM WACHOVIA
                                       REGARDING MOTION TO APPROVE EXIT
                                       FINANCING COMMITMENT (.90); REVIEW
                                       AND DISTRIBUTE PRESS RELEASE
                                       REGARDING FILING OF PLAN OF
                                       REORGANIZATION (.40).

SCHWARTZ WL       06/29/06      0.30   CORRESP. FROM C. IBOLD RE BANK
                                       COMMITMENT - .20; CONF.  J. KEMPF RE
                                       BANK COMMITMENT - .20.

BOYDELL TT        06/29/06      2.30   REVIEW AND RESPOND TO EMAIL MESSAGES
                                       RE: EXIT FINANCING MATTERS (1.3);
                                       REVIEW REVISED MOTION (.6) AND ORDER
                                       (.1) W/R/T EXPENSES AND COMMITMENT
                                       LETTER; REVIEW REAL ESTATE ISSUES
                                       RELATING TO EXIT FINANCING (.3).

MARGOLIS A        06/29/06      1.70   REVISE, FINALIZE, DISTRIBUTE MOTION
                                       AND ORDER FOR APPROVAL OF COMMITMENT
                                       LETTER, PROPOSED ORDER, NOTICE (1);
                                       REVIEW OTTERBOURG COMMENTS ON MOTION
                                       (.1); DISTRIBUTE DRAFT AND FINAL
                                       COMMITMENT LETTER MOTION, ORDER TO
                                       MILBANK, OTTERBOURG, HOULIHAN (.3);
                                       TC'S W/BUSEY, C JACKSON RE FILING OF
                                       COMMITMENT LETTER MOTION (.3).

KEMPF J           06/29/06      2.60   REVIEWING NOTES FROM YESTERDAY'S
                                       MEETINGS AND SUMMARIZING REAL ESTATE
                                       PORTIONS FOR WALLY SCHWARTZ (.9);
                                       DISCUSSING WACHOVIA COMMITMENT LETTER
                                       WITH WALLY SCHWARTZ (.1); DISCUSSING
                                       REAL ESTATE PORTIONS OF COMMITMENT
                                       LETTER WITH DAN GREENSTEIN (.3);
                                       REVIEWING WINN DIXIE CORREPSONDENCE
                                       AND NOTES AND PLANNING NEXT STEPS FOR
                                       STRUCTURING REAL ESTATE PORTIONS OF
                                       EXIT FINANCING (.3); COMMUNICATING
                                       WITH WALLY SCHWARTZ, PETER NECKELS,
                                       AND CATHERINE IBOLD ABOUT THE
                                       COMMITMENT LETTER, SURVEYS, AND THE
                                       STRUCTURING OF THE REAL ESTATE
                                       PORTION OF THE DEAL (1.0).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| RAVIN AS | 06/29/06 | 0.40 | DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM D. BITTER RE: NEXT AFCO RENEWAL (.1); MULTIPLE CONFERENCES WITH K. LAMAINA RE: NEXT AFCO RENEWAL AND SURETY BONDS RELATED TO SAME, DRAFT MEMOS TO SAME RE: SAME (.2); TELEPHONE CONFERENCE WITH K. LAMAINA AND D. BITTER RE: SURETY BONDS RELATED TO AFCO (.1). |
|---|---|---|---|
| SAMBUR K | 06/29/06 | 2.00 | REVISE EXIST SURETY MOTION AFTER RECEIVING REVISED TERM SHEET (1.3); REVISE EXIT COMMITMENT MOTION (.2); PREPARE EXIT COMMITTMENT PLEADINGS FOR FILING (.5). |
| NECKLES PJ | 06/30/06 | 0.40 | DRAFT E-MAILS REGARDING REAL ESTATE ASPECTS OF FINANCING TO J. KEMPF AND W. SCHWARTZ (.40). |
| BOYDELL TT | 06/30/06 | 2.40 | REVIEW PRESS RELEASE AND MEDIA REPORTS; CONTINUE REVIEW OF REAL ESTATE ISSUES RELATING TO EXIT FINANCING;  REVIEW AND PROVIDE COMMENTS OF 8-K FILING; REVIEW DOCKET UPDATE AND CASE CALENDAR. |
| KEMPF J | 06/30/06 | 1.70 | REVIEWING DMJ VALUATION CHART AND CORRESPONDENCE FROM PETER NECKLES AND OTHER TEAM MEMBERS (1.0); EMAILING PETER NECKLES AND WALLY SCHWARTZ ABOUT COMMITMENT LETTER (.7). |
| WENZEL CP | 06/30/06 | 0.20 | REVIEWED AND EDITED PRESS RELEASE RELATED TO WACHOVIA COMMITMENT LETTERS. |

**MATTER TOTAL**                    **239.20**

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 06/30/06
Insurance                                                        Bill Number: 1113475

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| FELD SR | 06/01/06 | 5.00 | CONTINUE TO REVIEW AND ANALYZE POC'S FOR ENTITIES HOLDING SURETY BONDS (4.7); REVIEW SURETY BOND SCHEDULE (.3). |
| HENRY S | 06/02/06 | 0.60 | REVIEW DOCUMENTS RELATING TO INSURANCE CLAIMS IN CONNECTION WITH ANALYSIS OF SUCH CLAIMS IN CONNECTION WITH PLAN TREATMENT AND EXECUTORY CONTRACT ISSUES. |
| FELD SR | 06/02/06 | 4.00 | CONTINUE TO REVIEW AND ANALYZE POC'S OF ENTITIES HOLDING SURETY BONDS (1.5); ANALYZE LIBERTY MUTUAL'S OBJECTION TO WORKERS' COMPENSATION CLAIMS OBJECTION (1.6); DEVELOP STRATEGY RE: LIBERTY MUTUAL CLAIM (.9). |
| HENRY S | 06/06/06 | 0.20 | REVIEW MEMORANDUM REGARDING ALLOWANCE OF CLAIMS UNDER INDEMNITY AGREEMENT (.2). |
| FELD SR | 06/06/06 | 1.30 | REVIEW 502(E)(1)(B) MEMO RE: SURETIES. |
| LAMAINA KA | 06/06/06 | 4.10 | RESEARCH EXECUTORINESS 11TH CIRCUIT REGARDING INSURANCE CONTRACTS (3.6); PREPARE MEMORANDUM (.5). |
| KARPE JA | 06/06/06 | 5.40 | RESEARCH ON LEXIS/WESTLAW REGARDING WHEN INSURANCE POLICIES ARE TREATED AS EXECUTORY CONTRACTS (2.0); READING CASES ABOUT WHETHER AN INSURED'S CONTINUING REPORTING DUTIES CONSTITUTE AN OBLIGATION SUFFICIENT FOR A POLICY TO BE TREATED AS AN EXECUTORY CONTRACT UNDER BANKRUPTCY CODE 365 (2.0); DRAFTED BULLET POINTS FROM RESEARCH FOR KIM LA MAINA'S REVIEW (1.4). |
| FELD SR | 06/07/06 | 5.10 | TEL. CONFS. WITH J. JAMES RE: INSURANCE CONTRACTS (.4); RESEARCH RE: EXECUTORINESS OF INSURANCE CONTRACTS (1.5); CONFERENCE CALL WITH D. BITTER RE: ASSUMPTION/REJECTION OF INSURANCE POLICIES (.6); REVIEW POC'S BACKED BY SURETY BONDS (2.6). |
| KARPE JA | 06/07/06 | 5.50 | RESEARCHED TREATMENT OF INSURANCE RENEWALS AS EITHER A CONTINUATION OR A NEWC ONTRACT ON LEXIS (2.5); PREPARED BRIEF WRITE UP DETAILING RESEARCH FINDINGS (1.0); DISCUSSED EXECUTORINESS OF INSURANCE POLICIES WITH KIM  (.5); RESEARCHED THE INFLUENCE OF RETROACTIVE PREMIUMS ON EXECUTORY STATUS (1.5). |

90

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| FELD SR | 06/08/06 | 3.80 | REVIEW CASE LAW RE: EXECUTORINESS OF INSURANCE CONTRACTS. |
|---|---|---|---|
| HENRY S | 06/09/06 | 0.80 | T/C R. GRAY AND S. FELD RE PLAN TREATMENT OF INSURANCE POLICIES (.1); T/C DALE BITTER (W/ S. FELD) (.2); 2 T/CS TOM PENNINGTON RE CLAIM AND PLAN TREATMENT (.3); MEET WITH S. FELD AND WORK THROUGH REORGANIZATION PLAN TERMS (.2). |
| FELD SR | 06/09/06 | 4.60 | CONTINUE TO REVIEW CASELAW RE: EXECUTORINESS OF INSURANCE CONTRACTS (4.0); TEL. CONF. WITH R. GRAY AND S. HENRY RE: PLAN TREATMENT OF INSURANCE POLICIES (.1); TEL. CONF. WITH D. BITTER WITH S. HENRY RE: EXIT SURETY BOND FACILITY (.2); TWO TELEPHONE CONFERENCES WITH T. PENNINGTON RE: CLAIM AND PLAN TREATMENT FOR LIBERTY MUTUAL (.3). |
| GRAY RW | 06/09/06 | 0.10 | ); TC WITH S. HENRY AND S. FELD RE: D. BITTER INQUIRY ON D&O TAIL COVERAGE (0.1). |
| KARPE JA | 06/09/06 | 2.10 | RESEARCHED TREATMENT OF INSURANCE RENEWALS AS EITHER A PREPARED WRITTEN SUMMARY OF RESEARCH ON RETROACTIVE PREMIUMS AND EXECUTORINESS OF INSURANCE CONTRACTS (1.7); COMPILED RELEVANT CASES AND ARTICLES FOR REVIEW (.4). |
| LAMAINA KA | 06/11/06 | 0.60 | REVIEW STATUS OF INSURANCE PLAN (.6). |
| FELD SR | 06/12/06 | 1.90 | REVIEW CASE LAW RE: INSURANCE CLAIMS AND EXECUTORINESS (1.7); TEL. CONF. WITH E. LANE RE: INSURANCE AGREEMENTS (.2). |
| KARPE JA | 06/12/06 | 4.70 | RESEARCHING ON WESTLAW/LEXIS AND REVIEWEING CASES DISCUSSING RETROACTIVE PREMIUMS AND AUDITS (2.5); RESEARCH ON WESTLAW/LEXIS FOR CASES WHERE AN INSURANCE POLICY IS SECURED BY A BOND OR LETTER OF CREDIT TO DETERMINE WHETHER THAT INFLUENCES DETERMINATION OF EXECUTORINESS (2.2). |
| HENRY S | 06/13/06 | 0.60 | ANALYZE ISSUES RELATING TO SURETY TREATMENT UNDER REORGANIZATION PLAN. |
| FELD SR | 06/13/06 | 0.10 | TEL. CONF. WITH D. BITTER RE: SURETY EXIT FACILITY. |
| KARPE JA | 06/13/06 | 3.20 | RESEARCH ON WESTLAW FOR CASES INVOLVING INSURANCE POLICIES WITH INDEMNITY CLAUSES (1.6); READING WD'S INSURANCE POLICIES AND INDEMNITY CLAUSES (1.6). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| KARPE JA | 06/14/06 | 3.80 | CONTINUED LEXIS/WESTLAW RESEARCH SEARCHING FOR CASES INVOLVING INSURANCE POLICY CLAIMS IN BANKRUPTCY THAT ARE ACCOMPANIED BY INDEMNITY AGREEMENTS (2.8); READ CASES (1.0). |
| FELD SR | 06/15/06 | 3.30 | TEL. CONF. WITH D. BITTER & J. CULBERTSON RE: EXIT SURETY FACILITY (.2); DEVELOP TERMS FOR EXIT SURETY FACILITY (3.1). |
| HENRY S | 06/16/06 | 0.90 | CONFERENCE WITH S. FELD RE TREATMENT OF SURETY CLAIM (.4); REVIEW CORRESPONDENCE REGARDING PLAN PROVISION BETWEEN S. FELD AND R. GRAY (.5). |
| FELD SR | 06/16/06 | 0.40 | CONFER WITH S. HENRY RE: SURETY CLAIM. |
| BAKER DJ | 06/19/06 | 1.40 | PREPARE FOR CONFERENCE CALL WITH RESPECT TO D&O INSURANCE ISSUES (.5); CONFERENCE CALL WITH BENNETT NUSSBAUM, LARRY APPEL, MATT BARR AND SAUL BURIAN REGARDING D&O COVERAGE (.7); TELEPHONE CALL FLIP HUFFARD, LARRY APPEL AND BENNETT NUSSBAUM REGARDING D&O COVERAGE (.2). |
| FELD SR | 06/20/06 | 0.60 | TEL. CONF. WITH T. PENNINGTON AND M. FRANK RE: SURETY EXIT FACILITY (.2); REVIEW LIBERTY MUTUAL TERM SHEET RE: SURETY FACILITY (.4). |
| FELD SR | 06/21/06 | 4.20 | REVIEW EMAIL FROM K. LAMAINA RE: INSURANCE (.2); REVIEW INSURANCE CLAIMS BACKED BY BONDS/LOC'S (1.5); REVIEW SEDGWICK CLAIM ADMIN. AGREEMENT (.2); EMAIL TO T. PENNINGTON AND M. FRANK RE: SURETY FACILITY (.2); REVIEW LIBERTY TERM SHEET (1.8); EMAIL D. BITTER RE: TERM SHEET (.3). |
| FELD SR | 06/22/06 | 2.20 | REVIEW TERMSHEET FOR SURETY FACILITY (.2); EMAIL TO T. PENNINGTON AND M. FRANKS RE: TERM SHEET (.3); EMAIL TO D. BITTER AND B. KICHLER RE: TERM SHEET (.1); CONTINUE TO REVIEW L/C AND BOND BACKED CLAIMS (1.6). |
| HENRY S | 06/23/06 | 3.40 | FACT GATHERING REGARDING FACTS RELEVANT TO POTENTIAL SETTLEMENT. |
| FELD SR | 06/23/06 | 6.90 | ANALYZE OPEN POINTS ON SURETY TERMSHEET (1.6); CONFERENCE CALL WITH B. KICHLER AND D. BITTER RE: COMMENTS ON TERMSHEET (.7); TEL. CONF. WITH T. PENNINGTON RE: COMMENTS ON TERM SHEET (.4); DEVELOP ESTIMATE FOR BOND/LOC BACKED CLAIMS (3.6); ANALYZE LIBERTY'S ATTORNEY FEE CLAIM (.6). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| O'HAGAN E | 06/23/06 | 4.40 | STATUS CONFERENCE RE: POTENTIAL CLAIMS OF SURETY BOND ISSUERS (.1); RESEARCH ISSUES RELATED TO POTENTIAL CLAIMS OF SURETY BOND ISSUERS (4.3). |
| O'HAGAN E | 06/25/06 | 2.50 | CONTINUE RESEARCH RELATED TO POTENTIAL CLAIMS OF SURETY BOND ISSUERS. |
| HENRY S | 06/26/06 | 1.70 | REVIEW AND REPLY TO EMAILS FROM S. FELD IN PREPARATION FOR CONFERENCE CALL WITH WD PERSONNELL RELATING TO SURETY COVERAGE (.3); PARTICIPATE IN CONFERENCE CALL WITH B. KICHLER, S. FELD AND D. BITTER RELATING TO SURETY PROGRAM (.8). |
| FELD SR | 06/26/06 | 4.70 | TEL CONF. WITH D. BITTER AND A. CASTLEBERRY RE BOND RENEWALS (.4); TEL. CONF. WITH M. FRANKS RE EXIT SURETY BOND FACILITY (.4); EMAIL RE CONFERENCE CALL RE EXIT SURETY BOND FACILITY (.2); TEL. CONF. WITH B. KICHLER RE EXIT SURETY BOND FACILITY (.2); REVIEW AND MARK UP TERM SHEET RE EXIT SURETY BOND FACILITY (2.7); CONFERENCE CALL WITH B. KICHLER, D. BITTER, S. HENRY RE EXIT SURETY BOND FACILITY (.8). |
| O'HAGAN E | 06/26/06 | 5.70 | RESEARCH ISSUES RELATED TO 11 U.S.C. SEC. 1129(A)(4) (1.1); BEGIN DRAFTING MEMO RE: POTENTIAL CLAIMS OF SURETY BOND ISSUES (4.6). |
| FELD SR | 06/27/06 | 3.50 | REVIEW MEMO AND CASE LAW RE LIBERTY'S ATTORNEYS' FEES (.8); PREPARE EMAIL TO M. FRANKS RE COMMENTS ON TERM SHEET FOR EXIT SURETY BOND FACILITY (1.7); REVIEW PRECEDENT MOTIONS FOR EXIT SURETY BOND FACILITY (.5); CONFERENCE CALL WITH D. BITTER S. HENRY RE EXIT SURETY BOND FACILITY (.5). |
| LAMAINA KA | 06/27/06 | 0.50 | REVIEW MEMORANDA FROM D. BITTER ON RETROSPECTIVE POLICIES (.5). |
| O'HAGAN E | 06/27/06 | 3.40 | CONDUCT ADDITIONAL RESEARCH OF N.Y. CASELAW RE: POTENTIAL CLAIMS OF SURETY BOND HOLDERS (1.2); COMPLETE MEMO RE: POTENTIAL CLAIMS OF SURETY BOND HOLDERS (2.2). |
| FELD SR | 06/28/06 | 1.70 | ANALYZE ATTORNEY FEES ISSUE WITH REGARDS TO EXIT SURETY BOND FACILITY (.2); CONFERENCE CALL WITH M. FRANKS RE EXIT SURETY BOND FACILITY (1.0); REVIEW OPEN ISSUES RE EXIT SURETY BOND FACILITY (.5). |
| LAMAINA KA | 06/28/06 | 4.10 | REVIEW D. BITTER EXEC. AND PROPERTY INSURANCE LIST (2.3); REVIEW XROADS SCHEDULE G OF INSURANCE POLICIES (1.8). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

FELD SR            06/29/06        2.90    REVIEW AND COORDINATE RENEWAL
                                           CERTIFICATION TO ACE INS. (.6); EMAIL
                                           TO D. BITTER RE EXIT SURETY BOND
                                           FACILITY (.2); REVIEW AND COMMENT ON
                                           DRAFT MOTION RE EXIT SURETY BOND
                                           FACILTY (.6); TEL. CONF. WITH B.
                                           KICHLER RE CONFERENCE CALL RE EXIT
                                           SURETY BOND FACILITY (.1); TEL. CONF.
                                           WITH D. BITTER RE CONFERENCE CALL RE
                                           EXIT SURETY BOND FACILITY (.1).
                                           CONFERENCE CALL WITH D. BITTER AND B.
                                           KICHLER RE EXIT SURETY BOND FACILITY
                                           (.8); TEL. CONF. WITH M. FRANKS RE
                                           COMMENTS ON EXIT SURETY BOND FACILITY
                                           (.5).

**MATTER TOTAL**                         <u>115.90</u>

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                           Bill Date: 06/30/06
Investigations and Reviews                              Bill Number: 1113475

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| KELLER KM | 06/07/06 | 0.20 | TELEPHONE CONFERENCE WITH DERRICK TALERICO REGARDING STATUS OF UCC INVESTIGATION. |
| BAKER DJ | 06/12/06 | 2.90 | BEGIN REVIEW OF DRAFT REPORT PREPARED BY CREDITORS COMMITTEE (2.9). |
| BAKER DJ | 06/13/06 | 3.20 | CONTINUE REVIEW OF REPORT FROM CREDITORS COMMITTEE (2.8); TRANSMIT REPORT TO L. APPEL (.2); REVIEW RESPONSE OF L. APPEL (.1); REPLY TO SAME (.1). |
| KELLER KM | 06/13/06 | 8.50 | CONTINUE REVIEW OF INTERVIEW NOTES AND DOCUMENTS PRODUCED IN CONNECTION WITH EXAMINATION PERSUANT TO QUESTIONS RAISED BY D.J. BAKER. |
| BAKER DJ | 06/14/06 | 2.60 | CONTINUE REVIEW OF REPORT IN PREPARATION FOR CONFERENCE CALL (2.1); CONFERENCE CALL WITH M. BARR, S. CLORFINE, AND L. APPEL REGARDING REPORT BY COMMITTEE (.5). |
| KELLER KM | 06/14/06 | 0.80 | CONTINUE REVIEW OF INTERVIEW NOTES AND DOCUMENTS PRODUCED IN CONNECTION WITH THE UCC EXAMINATION PURSUANT TO QUESTIONS RAISED BY D.J. BAKER. |
| BAKER DJ | 06/16/06 | 0.50 | TELEPHONE CALL L. APPEL REGARDING INVESTIGATION BY COMMITTEE (.2); CONFERENCE CALL L. APPEL AND DAN TELLERICO WITH RESPECT TO REPORT (.3). |
| KELLER KM | 06/16/06 | 0.70 | WORK ON INSERT FOR DISCLOSURE STATEMENT REGARDING UCC INVESTIGATION. |
| BAKER DJ | 06/29/06 | 1.10 | REVIEW EMAILS FROM MATT BARR REGARDING FILING OF REPORT (.1); RESPOND TO EMAIL FROM MR. BARR (.1); REVIEW FILED REPORT (.9). |

**MATTER TOTAL**                       **20.50**

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                              Bill Date: 06/30/06
Leases (Real Property)                                     Bill Number: 1113475

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HENRY S | 06/01/06 | 1.30 | REVIEW MEMORANDUM FROM A. RAVIN REGARDING SECURITY DEPOSITS (.1); REVIEW AND RESPOND TO MEMORANDUM FROM A. RAVIN REGARDING ASSUMPTION MOTION (.3); REVIEW AND RESPOND TO EMAIL FROM A. RAVIN REGARDING SET OFF ISSUE INCLUDING ANALYSIS RE SAME (.3); REVIEW LEGAL MEMORANDUM REALTING TO SECURITY DEPOSIT ISSUE (.6). |
| RAVIN AS | 06/01/06 | 2.70 | DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM M. CHELBOVEC RE: APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSES RE: STORE # 1358, REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO K. NIEL RE: SAME (.2); TELEPHONE CONFERENCE WITH M. HELD RE: STORES 486 AND 555 (.2); REVIEW AND REVISE BROOKSHIRE REJECTION MOTION AND CORRESPONDING PROPOSED ORDER (.9); DRAFT CORRESPONDENCE TO C. JACKSON RE: SAME (.1); REVIEW MEMO FROM K. SAMBUR RE: SECURITY DEPOSITS REVIEW CASE LAW CITED THEREIN (.4); DRAFT MEMO TO S. HENRY RE: SECURITY DEPOSITS UNDER LEASES (.1); DRAFT CORRESPONDENCE TO B. GASTON RE: SECURITY DEPOSITS UNDER LEASES (.1); REVIEW MULTIPLE CORRESPONDENCE FROM AND DRAFT MULTIPLE CORRESPONDENCE TO C. JACKSON RE: STORE 188 (.1); REVIEW MULTIPLE CORRESPONDENCE FROM AND DRAFT MULTIPLE CORRESPONDENCE TO C. BRODNIK RE: WITHDRAWL OF CLAIMS OBJECTION IN BUEHLERS (.1); DRAFT CORRESPONDENCE TO C. JACKSON RE: STORE 1335, REVIEW ASSUMPTION MOTION RE: SAME (.2); REVIEW SECOND DOCUMENT REQUEST IN SES GROUP, DRAFT CORRESPONDENCE TO C. JACKSON RE: SAME (.1); REVIEW CORRESPONDENCE FROM COUNSEL TO THE CITY OF PLAQUEMINE RE: STORE 1579, DRAFT CORRESPONDENEC TO M. CHLEBOVEC RE: SAME (.2). |
| SAMBUR K | 06/01/06 | 2.40 | BEGIN TO DRAFT BRIEF MEMO REGARDING ABILITY OF DEBTOR TO SET-OFF AMOUNTS HELD AS SECURITY DEPOSIT UNDER A LEASE WITH NON-DEBTOR. |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          06/02/06        0.90   DRAFT CORRESPONDENCE TO C. JACKSON
                                         RE: BROOKSHIRE GROCERY REJECTION
                                         MOTION, DRAFT CORRESPONDENCE TO B.
                                         GASTON RE: SAME (.1); REVIEW
                                         CORRESPONDENCE FROM K. NIEL RE: ADMIN
                                         EXPENSE APPLICATION FOR STORE 1358,
                                         DRAFT CORRESPONDENCE TO SAME RE: SAME
                                         (.1); TELEPHONE CONFERENCE WITH S.
                                         FOX RE: ADMIN EXPENSE APPLICATION FOR
                                         STORE 1358 (.1); REVIEW AND REVISE
                                         DEERWOOD REJECTION MOTION, DRAFT
                                         MEMOS TO AND REVIEW MEMOS FROM C.
                                         JACKSON RE: SAME (.4); REVIEW
                                         DEBTORS' WITHDRAWAL OF OBJECTION TO
                                         CERTAIN CLAIMS OF WINN-DIXIE
                                         CHARLOTTE, INC. IN BUEHELERS CASE
                                         (.1); DRAFT CORRESPONDENCE TO M.
                                         CHLEBOVEC RE: ASSIGNED LEASE
                                         REJECTION MOTION AND STORE 2435
                                         REJECTION MOTION (.1).

RAVIN AS          06/05/06        0.80   DRAFT CORRESPONDENCE TO R. WILLIAMSON
                                         RE: STATUS OF RHODES CLAIMS OBJECTION
                                         (.1); DRAFT CORRESPONDENCE TO C.
                                         IBOLD AND B. GASTON RE: ASSIGNED
                                         LEASE REJECTION MOTIONS (.1);
                                         TELEPHONE CONFERENCE WITH B. BUSH RE:
                                         D.C. FIRM REAL ESTATE INQUIRY (.1);
                                         DRAFT CORRESPONDENCE TO B. GASTON AND
                                         S. KAROL RE:  D.C. FIRM REAL ESTATE
                                         INQUIRY (.1); REVIEW MORRIS TRACT
                                         CORPORATION'S OBJECTION TO LEASE
                                         TERMINATION AGREEMENT MOTION (.1);
                                         REVIEW CORRESPONDENCE FROM B. GASTON
                                         RE: STORE 1579, REVIEW CORRESPONDENCE
                                         FROM J. DEWITTE RE: SAME (.1);
                                         TELEPHONE CONFERENCE WITH S. FOX RE:
                                         ADMIN CLAIM APPLICATION FOR LEC
                                         PROPERTIES, REVIEW UNDERLYING
                                         APPLICATION AND CORRESPONDENCE RE:
                                         SAME (.2).

GRAY RW           06/06/06        0.10   EXCHANGE EMAILS WITH C. JACKSON AND
                                         A. RAVIN RE: TIMING ON FINAL OMNIBUS
                                         LEASE ASSUMPTION MOTION (0.1).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**


RAVIN AS         06/06/06        1.70    REVIEW CORRESPONDENCE FROM AND DRAFT
                                         CORRESPONDENCE TO B. GASTON RE:
                                         ASSIGNED LEASE REJECTION MOTION AND
                                         BROOKSHIRES MOTION (.2); REVIEW MEMO
                                         FROM R. GRAY RE: OMNIBUS LEASE
                                         ASSUMPTION STRATEGY, CONFERENCE WITH
                                         SAME RE: SAME, REVIEW CORRESPONDENCE
                                         FROM AND DRAFT CORRESPONDENCE TO C.
                                         JACKSON RE: SAME (.1); REVIEW NOTICE
                                         OF HEARING RE: BUEHLERS ADMIN CLAIM,
                                         CONFERENCE WITH D. KALOUDIS RE: SAME
                                         (.1); REVIEW MEMO FROM AND DRAFT MEMO
                                         TO R. GRAY RE: DEUTSCHE BANK AND NEW
                                         PLAN GUARANTEED LEASE CLAIMS, DRAFT
                                         CORRESPONDENCE TO B. GASTON RE: SAME
                                         (.1); TELEPHONE CONFERENCE WITH B.
                                         GASTON RE: DEUTSCHE BANK AND NEW PLAN
                                         GUARANTEED LEASE CLAIMS (.1); REVIEW
                                         CORRESPONDENCE FROM M. SINGER RE:
                                         BOYNTON BEACH LOCATION- STORE 259,
                                         DRAFT CORRESPONDENCE TO S. KAROL RE:
                                         SAME (.2); TELEPHONE CONFERENCE WITH
                                         B. GASTON RE: OMNIBUS ASSIGNED LEASE
                                         MOTION (.2); REVIEW CORRESPONDENCE
                                         FROM B. GASTON RE: OMNIBUS ASSUMPTION
                                         MOTION AND SPREADSHEET RE: CURE
                                         AMOUNTS (.2); UPDATE ADMIN CLAIM
                                         STATUS CHART (.4); REVIEW
                                         CORRESPONDENCE FROM R. WILLIAMSON RE:
                                         RHODES STATUS (.1).

GRAY RW          06/07/06        0.20    REVIEW MEMO FROM B. GASTON RE:
                                         LANDLORD CLAIM GUARANTEES AND TC WITH
                                         A. RAVIN RE: SAME (0.1); REVIEW
                                         SPREADSHEET FROM B. GASTON AND DRAFT
                                         MEMO TO J. BAKER RE: SAME (0.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          06/07/06          1.80    DRAFT CORRESPONDENCE TO AND REVIEW
                                            CORRESPONDENCE AND SPREADHSEET FROM
                                            B. GASTON RE: DEUTSCHE BANK AND NEW
                                            PLAN GUARANTEE STATUS, DRAFT MEMO TO
                                            R. GRAY RE: SAME, CONFERENCE WITH
                                            SAME RE: SAME (.1); REVIEW MEMO FROM
                                            AND DRAFT MEMO TO J. LEAMY RE: WATCH
                                            HOLDINGS ISSUE, REVIEW CORRESPONDENCE
                                            FROM C. JACKSON RE: WDX CLAIMS 2587
                                            (FILED BY SOUTHLAND-SUMMERVILLE WD,
                                            SUCCESSOR) AND 10873 (FILED BY
                                            WILMINGTON) (.1); TELEPHONE
                                            CONFERENCE WITH C. JACKSON RE: WDX
                                            CLAIMS 2587 (FILED BY SOUTHLAND-
                                            SUMMERVILLE WD, SUCCESSOR) AND 10873
                                            (FILED BY WILMINGTON), REVIEW ORDER
                                            RE: SAME (.1); DRAFT CORRESPONDENCE
                                            TO AND REVIEW CORRESPONDENCE FROM M.
                                            CHLEBOVEC RE: STORE 259 (.1); REVIEW
                                            NOTICE OF WITHDRAWAL RE: STORE 1419,
                                            DRAFT CORRESPONDENCE TO C. JACKSON
                                            RE: SAME (.1); REVIEW CORRESPONDENCE
                                            FROM AND DRAFT CORRESPONDENCE TO B.
                                            GASTON RE: STORE 1643, REVIEW PRIOR
                                            BUEHLERS ORDERS RE: SAME, REVIEW
                                            CORRESPONDENCE FROM J. WOORSDELL RE:
                                            SAME (.2); REVIEW MULTIPLE
                                            CORRESPONDENCE AND SUPPORTING
                                            DOCUMENTATION FROM J. KUHNS RE:
                                            PROPOSED COMMODORE CURES AND PROPOSED
                                            ISRAM CURES RE: OMNNIBUS ASSUMPTION
                                            MOTION, DRAFT MULTIPLE CORRESPONDENCE
                                            TO AND REVIEW CORRESPONDENCE FROM  C.
                                            JACKSON RE: SAME (.2); REVIEW AND
                                            ANALYZE WOODLAND HARTFORD MOTION RE:
                                            LEASE REJECTION (.1); TELEPHONE
                                            CONFERENCE WITH C. JACKSON RE:
                                            WOODLAND HARTFORD MOTION RE: LEASE
                                            REJECTION (.2); REVIEW CORRESPONDENCE
                                            FROM C. JACKSON RE: WOODLAND HARTFORD
                                            MOTION RE: LEASE REJECTION, REVIEW
                                            CORRESPONDENCE FROM B. GASTON RE:
                                            SAME. REVIEW CORRESPONDENCE FROM C.
                                            IBOLD RE: SAME, DRAFT CORRESPONDENCE
                                            TO SAME RE: SAME (.2); REVIEW MEMO
                                            FROM AND DRAFT MEMO TO D. KALOUDIS
                                            RE: STORE 2298, REVIEW UNDERLYING AND
                                            PRIOR CORRESPONDENCE RE: SAME (.3);
                                            REVIEW MEMO AND ORDER FROM D.
                                            KALOUDIS RE: STORE 1643 REJECTION,
                                            CONFERENCE WITH SAME RE: SAME (.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 06/08/06 | 0.70 | REVIEW MULTIPLE CORRESPONDENCE FROM B. GASTON RE: WOODLAND HARTFORD MOTION RE: LEASE REJECTION, REVIEW CORRESPONDENCE FROM C. JACKSON RE: SAME, REVIEW CORRESPONDENCE FROM J. CASTLE RE: SAME, DRAFT CORRESPONDENCE TO C. JACKSON RE: SAME (.2); REVIEW AND ANALYZE MOTION OF LIQUIDATING TRUSTEE RE: EXTENSION OF DEADLINE TO OBJECT TO CLAIMS, DRAFT CORRESPONDENCE TO J. CASTLE RE: SAME (.2); DRAFT CORRESPONDENCE TO C. IBOLD RE: OMNIBUS ASSIGNED LEASE REJECTION MOTION AND BROOKSHIRES (.1); REVIEW VOGEL'S REJECTION DAMAGE CLAIM, DRAFT CORRESPONDENCE TO B. GASTON RE: SAME (.2). |
| KALOUDIS D | 06/09/06 | 0.60 | CALL TO T. KING, COUNSEL FOR LIQUIDATING TRUSTEE RE: BUEHLER (.1); REVIEW BUEHLER ADMIN MOTION (.3); REVIEW WINNDIXIE PLEADINGS RE: BUHLER ADMIN MOTION (.2). |
| RAVIN AS | 06/09/06 | 3.00 | DRAFT MEMO TO D. KALOUDIS RE: STATUS OF BUEHLERS HEARING (.1); REVIEW MULTIPLE CORRESPONDENCE FROM AND DRAFT MULTIPLE CORRESPONDENCE TO C. IBOLD RE: ASSIGNED LEASE REJECTION MOTION, REVIEW CORRESPONDENCE FROM B. GASTON RE: SAME, REVIEW CORRESPONDENCE FROM K. DAW RE: SAME, DRAFT CORRESPONDENCE TO C. IBOLD RE: SAME (.5); REVIEW AND REVISE ASSIGNED LEASE REJECTION MOTION AND BROOKSHIRES REJECTION MOTION AS WELL AS CORRESPONDING ORDERS FOR EACH (1.8); CONFERENCE WITH H. WETZEL RE: LEASE EXHIBIT FOR ASSIGNED LEASE REJECTION MOTION (.1); REVIEW CORRESPONDENCE FROM B. BOWIN RE: STATUS OF WOOLBRIGHT GOODINGS, REVIEW UNDERLYING DOCUMENTS RE: SAME (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO K. NIEL RE: RENT SUBSIDY ISSUE, REVIEW CORRESPONDENCE FORM C. VITEK RE: SAME (.1); REVIEW CORRESPONDENCE FROM J. WORSDELL RE: STORE 1643 LEASE (.1); TELEPHONE CONFERENCE WITH K. NIEL RE: LEASES ASSIGNED PREPETITION (.2). |
| KALOUDIS D | 06/12/06 | 0.20 | CALL WITH R.GOLD RE; BUEHLER (.1); ANALYZE ISSUES RE: SAME (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 06/12/06 | 3.50 | REVIEW AND REVISE ASSIGNED LEASE REJECTION MOTION (.2); REVIEW AND REVISE SUBSIDY LEASE ASSIGNMENT MOTION AND PROPOSED ORDER, REVIEW ASSIGNMENT DOCUMENTS FORWARDED BY K. NIEL FOR STORES 1327 AND 1371 (2.3); TELEPHONE CONFERENCE WITH H. CARRISON RE: INTEREST IN AUCTION (.1); REVIEW AMENDED BUEHLERS ADMIN CLAIM BAR DATE ORDER (.1); REVIEW CORRESPONDENCE FROM K. NIEL RE: STORE 1643 (.1); TELEPHONE CONFERENCE WITH B. GASTON RE: SUBLEASE ISSUES (.4); REVIEW INFORMATION RECEIVED FROM K. NIEL RE: LEASE ASSIGNMENTS, CONFERENCES WITH H. WETZEL RE: SAME IN CONNECTION WITH UPDATING EXHIBIT TO MOTION RE: REJECTION OF ASSIGNED LEASES (.2); REVIEW LIQUIDATING TRUSTEE OF BUEHLER OF KENTUCKY, LLC'S OBJECTION TO ADMINISTRATIVE EXPENSE CLAIMS (.1). |
| KALOUDIS D | 06/13/06 | 2.60 | REVIEW BUEHLER MOTION FOR ADMIN PAYMENT (1.1); CALL WITH R.GOLD, LIQUIDATING TRUSTEE RE: MOTION FOR ADMINSTRATIVE PAYMENT (.1); DRAFT EMAIL TO BUHELER COUNSEL RE: MOTION FOR ADMINSTRATIVE PAYMENT (.6); ANALYZE STATUS HEARING ISSUES RE: EMAIL RESPONSE FROM LIQUIDATING TRUSTEE (.6). |
| RAVIN AS | 06/13/06 | 1.30 | REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO K. NIEL RE: GUARANTY ADDRESS INFO - PRE-PETITION ASSIGNMENTS, DRAFT MEMO TO H. WETZEL RE: SAME, CONFERENCE WITH SAME RE: SAME, REVIEW AND REVISE MOTION RE: SAME (.2); REVIEW MOTION FOR AUTHORITY FOR PAYMENT OF POSTPETITION ADMINISTRATIVE CLAIM FILED BY C. DANIEL MOTSINGER ON BEHALF OF CREDITORS CATAMOUNT LS-KY, LLC, JOHN H. O. LA GATTA RE: BUEHLERS CLAIM (.2); TELEPHONE CONFERENCE WITH C. JACKSON RE: OMNIBUS LEASE ASSUMPTION MOTION (.2); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO C. JACKSON RE: LASSITER LEASE, REVIEW CORRESPONDENCE FROM B. GASTON RE: SAME (.1); REVIEW CORRESPONDENCE FROM D. THEIROT RE: MARKETOWN SHOPPING CENTER, BAY ST. LOUIS, MS:  WD #1335, DRAFT CORRESPONDENCE TO C. IBOLD RE: SAME, REVIEW CORRESPONDENCE FROM SAME RE: SAME, REVIEW CORRESPONDENCE FROM K. DAW RE: SAME, REVIEW CORRESPONDENCE FROM M. HENIROTT RE: SAME (.2); REVIEW AND REVISE LEASE TERMINATION AGREEMENT FOR STORE 1419, REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO C. JACKSON RE: SAME (.3); REVIEW CORRESPONDENCE FROM A. RAY RE: RHODES (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 06/14/06 | 0.10 | REVIEW CORRESPONDENCE FROM B. GASTON RE: OMNIBUS ASSUMPTION MOTION, DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM C. JACKSON RE: SAME. |
| RAVIN AS | 06/15/06 | 1.60 | REVIEW AND REVISE REJECTION MOTIONS FOR PREPETITION ASSIGNED LEASES (.7); REVIEW AND REVISE STORE 1816 REJECTION DAMAGE MOTION, DRAFT MEMOS TO AND REVIEW MEMOS FROM C. JACKSON RE: SAME (.3); DRAFT CORRESPONDENCE TO C. IBOLD RE: STORE 1816 REJECTION DAMAGE MOTION (.2); TELEPHONE CONFERENCE WITH B. GASTON RE: SUBLEASES (.4). |
| SAMBUR K | 06/15/06 | 2.60 | REVISE LEASE REJECTION MOTION TO INCLUDE REJECTION OF ASSIGNMENTS ENTERED INTO PRE-PETITION THAT CONTAIN SUBSIDIES (1.8); REVISE LEASE REJECTION ORDER REGARDING PRE-PETITION ASSIGNMENTS (.8). |
| KALOUDIS D | 06/16/06 | 0.30 | CALL WITH J. GRAHAM RE: BUEHLER MOTION FOR ADMIN PAYMENT (.2); CALL WITH A.RAVIN RE: BUEHLER MOTION FOR ADMIN PAYMENT (.1). |
| RAVIN AS | 06/16/06 | 0.90 | REVIEW MULTIPLE CORRESPONDENCE FROM AND DRAFT MULTIPLE CORRESPONDENCE TO K. NIEL RE STORE 2492 (.1); CONFERENCE WITH J. WETZEL RE: SERVICE ISSUES RELATED TO ASSIGNED LEASE REJECTION MOTION (.1); TELEPHONE CONFERENCE WITH B. GASTON AND K. SAMBUR RE: SUBLEASES (.6); CONFERENCE WITH D. KALOUDIS RE: BUEHLERS STATUS (.1). |
| SAMBUR K | 06/16/06 | 0.80 | PREPARE FOR CONFERENCE CALL WITH BRYAN GASTON (.2); CONFERENCE CALL WITH BRYAN GASTON AND ADAM RAVIN REGARDING SUB-LEASES AND SUBSIDIES BY WINN-DIXIE (.6). |
| GRAY RW | 06/19/06 | 0.20 | REVIEW AND COMMENT ON OMNIBUS LEASE ASSUMPTION MOTION (0.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS            06/19/06      2.00   REVIEW CORRESPONDENCE FROM AND DRAFT
                                         CORRESPONDENCE TO D. WANDER RE:
                                         OMNIBUS ASSUMPTION MOTION RE: STORE
                                         260 (.1); REVIEW MULTIPLE
                                         CORRESPONDENCE FROM AND DRAFT
                                         MULTIPLE CORRESPONDENCE TO C. IBOLD
                                         RE: OMNIBUS ASSIGNED LEASE REJECTION
                                         MOTION AND STORE 1361 (.2); REVIEW
                                         CORRESPONDENCE FROM AND DRAFT
                                         CORRESPONDENCE TO C. IBOLD RE:
                                         MARKETTOWN INVESTORS (.1); REVIEW AND
                                         REVISE OMNIBUS ASSUMPTION MOTION
                                         (.3); DRAFT MULTIPLE CORRESPONDENCE
                                         TO C. JACKSON RE: SAME (.3); REVIEW
                                         MOTION TO ALLOW LATE FILED CLAIM FOR
                                         STORE 2313, DRAFT CORRESPONDENCE TO
                                         B. GASTON RE: SAME (.2); REVIEW AND
                                         REVISE OMNIBUS ASSIGNED LEASE
                                         REJECTION MOTION AND PROPOSED ORDER
                                         (.2); DRAFT ASSIGNED LEASE REJECTION
                                         MOTION AND PROPOSED ORDER FOR STORE
                                         1361 (.6).

SAMBUR K            06/19/06      0.30   DRAFT E-MAIL TO S.HENRY REGARDING
                                         TELECONFERENCE WITH A. RAVIN AND B.
                                         GASTON OF X-ROADS  (.3).

RAVIN AS            06/20/06      1.30   REVIEW DEMAND LETTER RE: STORE 292,
                                         DRAFT CORRESPONDENCE TO C. IBOLD RE:
                                         SAME (.1); FINALIZE OMNIBUS ASSIGNED
                                         LEASE REJECTION MOTION AND SUBSIDIZED
                                         LEASE REJECTION MOTION (.3); DRAFT
                                         CORRESPONDENCE TO J. MILTON RE:
                                         OMNIBUS ASSIGNED LEASE REJECTION
                                         MOTION AND SUBSIDIZED LEASE REJECTION
                                         MOTION, TELEPHONE CONFERENCE WITH
                                         SAME RE: SAME (.1); REVIEW OMNIBUS
                                         ASSUMPTION MOTION (.1); DRAFT
                                         CORRESPONDENCE TO AND REVIEW
                                         CORRESPONDENCE FROM C. JACKSON RE:
                                         OMNIBUS ASSUMPTION MOTION (.1);
                                         REVIEW AND REVISE STORE 1361
                                         REJECTION MOTION (.4); DRAFT
                                         CORRESPONDENCE TO  C. JACKSON RE:
                                         STORE 260 REQUEST FOR PROPOSED ORDER
                                         (.2).

KALOUDIS D          06/21/06      0.20   ANALYZE ISSUES RE:  BUEHLER MOTION
                                         FOR ADMIN CLAIM (.2).

RAVIN AS            06/21/06      0.40   TELEPHONE CONFERENCE (VOICEMAIL) WITH
                                         L. MCDOWELL RE:  BROOKSHIRES ASSIGNED
                                         LEASES, DRAFT CORRESPONDENCE TO SAME
                                         RE: SAME (.1); REVIEW MULTIPLE
                                         CORRESPONDENCE FROM J. KUHNS RE:
                                         COMMODORE AND ISRAM CURE NEGOTIATION
                                         STATUS, DRAFT CORRESONDENCE TO C.
                                         JACKSON RE: SAME (.1); TELEPHONE
                                         CONFERENCE WITH B. GASTON RE:
                                         MITIGATION OF LEASE CLAIM (.2).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 06/22/06 | 0.90 | REVIEW AND REVISE STORE 1361 REJECTION MOTION AND CORRESPONDING PROPOSED ORDER (.4); DRAFT CORRESPONDENCE TO C. IBOLD RE: STORE 1361 REJECTION MOTION, REVIEW CORRESPONDENCE FROM B. GASTON RE: SAME (.1); DRAFT CORRESPONDENCE TO J. MILTON RE: SAME (.2); TELEPHONE CONFERENCE WITH J. EISENBERGER RE: LOWES COPRORATION INQUIRY AS TO BIRMINGHAM ALABAMA LEASE (.1); TELEPHONE CONFERENCE WITH J. MILTON RE: COMMENTS TO ASSIGNED LEASE REJECTION MOTIONS (.1). |
| SAMBUR K | 06/22/06 | 0.20 | PREPARE NOTICES FOR LEASE REJECTION MOTIONS (.2). |
| RAVIN AS | 06/23/06 | 0.80 | REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO B. GASTON RE: CLAIM 3013, STORE 625 AND 502(B)(6) CALCULATION (.2); DRAFT CORRESPONDENCE TO C. JACKSON RE: STORE 260 LEASE (.1); REVIEW CORRESPONDENCE FROM B. GASTON RE: BUEHLERS (.1); FINALIZE ASSSIGNED LEASE REJECTION MOTIONS FOR FILING (.4). |
| SAMBUR K | 06/23/06 | 1.80 | FINALIZE LEASE REJECTION MOTIONS FOR FILING (1.8). |
| RAVIN AS | 06/24/06 | 0.10 | REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDNECE TO B. BOWIN RE: GOODINGS COMPLAINT. |
| HENRY S | 06/26/06 | 0.50 | REVIEW AND DRAFT EMAILS TO AND FROM A. RAVIN AND B. GASTON RE MITIGATION OF REAL ESTATE CLAIMS (.5). |
| RAVIN AS | 06/26/06 | 0.60 | TELEPHONE CONFERENCE WITH R. TRENT RE: ASSIGNED LEASE REJECTION MOTION RE: STORE 2515 (.2); TELEPHONE CONFERENCE WITH M. CHLEBOVEC RE: PENMAN, CONFERENCE WITH A. ZSOLDAS RE: SAME, DRAFT CORRESPONDENCE TO M. CHLEBOVEC RE: SAME (.2); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO B. GASTON RE: MITIGATION ISSUE (.1); TELEPHONE CONFERENCE WITH J. EISENBERGER RE: STORE 435, DRAFT CORRESPONDENCE TO B. GASTON RE: SAME (.1). |
| KALOUDIS D | 06/27/06 | 0.50 | CALL WITH R.KING RE: BUEHELR (.2) EMAIL TO A.RAVIN RE: SAME (.3). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          06/27/06      0.80   DRAFT CORRESPONDENCE TO A. RAY RE:
                                       RHODES (.1); DRAFT CORRESPONDNECE TO
                                       AND REVIEW CORRESPONDENCE FROM C.
                                       IBOLD RE: STORE 1335, REVIEW
                                       CORRESPONDENCE FROM AND DRAFT
                                       CORRESPONDENCE TO  D. THERIOT RE:
                                       SAME (.2); REVIEW CORRESPONDENCE FROM
                                       B. GASTON RE: STORE 3013, DRAFT
                                       CORRESPONDENCE TO AND REVIEW
                                       CORRESPONDENCE FROM C. JACKSON RE:
                                       SAME (.1); TELEPHONE CONFERENCE WITH
                                       L. MCDOWELL RE: ASSIGNED LEASE
                                       REJECTION MOTION (.2); REVIEW AND
                                       ANALYZE CORRESPONDENCE FROM B.
                                       GASTON, J. CASTLE AND K. DAW RE:
                                       ZURICH LEASE CLAIMS, REVIEW AND
                                       ANALYZE MEMO FROM S. HENRY RE: SAME,
                                       CONFERENCE WITH S. HENRY RE: SAME
                                       (.2).

RAVIN AS          06/28/06      0.70   REVIEW PROPOSED OMNIBUS LEASE
                                       ASSUMPTION EXHIBIT, REVIEW PROPOSED
                                       CURE EXHIBIT, DRAFT MULTIPLE
                                       CORRESPONDENCE TO AND REVIEW MULTIPLE
                                       CORRESPONDENCE FROM C. JACKSON RE:
                                       SAME, DRAFT CORRESPONDENCE TO B.
                                       GASTON RE: SAME, REVIEW
                                       CORRESPONDENCE FROM S. KAROL AND B.
                                       GASTON RE: SAME (.5); REVIEW MULTIPLE
                                       CORESPONDENCE FROM AND DRAFT MULTIPLE
                                       CORRESPONDENCE TO L. MCDOWELL RE:
                                       BROOKSHIRES, CONFERENCE WITH H.
                                       WETZEL RE: SERVICE ISSUES RE; SAME,
                                       DRAFT CORRESPONDENCE TO AND REVIEW
                                       CORRESPONDENCE FROM B. GASTON RE:
                                       SAME (.2).

RAVIN AS          06/29/06      0.70   REVIEW AND REVISE SUPPLEMENTAL
                                       CERTIFICATE OF SERVICE FOR OMNIBUS
                                       ASSIGNED LEASE REJECTION MOTION (.1);
                                       DRAFT CORRESPONDENCE TO B. GASTON
                                       RESPONDING TO QUESTION RE: ASSIGNED
                                       LEASE REJECTION MOTION (.2); DRAFT
                                       MEMO TO K. SAMBUR RE: BROOKSHIRES
                                       (.1); TELEPHONE CONFERENCE WITH B.
                                       GASTON RE: BROOKSHIRES (.1); DRAFT
                                       CORRESPONDENCE TO AND REVIEW
                                       CORRESPONDENCE FROM L. MCDOWELL RE:
                                       BROOKSHIRES PAYMENT (.1); REVIEW
                                       MISCELANEOUS LEASE CORRESPONDENCE,
                                       DRAFT CORRESPONDENCE TO AND REVIEW
                                       CORRESPONDENCE FROM B. BOWIN RE:
                                       GOODINGS STATUS, REVIEW
                                       CORRESPONDENCE FROM AND DRAFT
                                       CORRESPONDENCE TO A. FRISCH RE:
                                       CATAMOUNT ADMINISTRATIVE CLAIM
                                       APPLICATION, DRAFT MEMO TO D.
                                       KALOUDIS RE: BUEHLERS CLAIMS
                                       OBJECTIONS (.1).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS        06/30/06     0.50   DRAFT CORRESPONDENCE TO C. JACKSON
                                             RE: OMNIBUS ASSUMPTION MOTION, DRAFT
                                           CORRESPONDENCE TO R. GRAY RE: SAME
                                           (.1); MULTIPLE TELEPHONE CONFERENCES
                                           WITH C. JACKSON RE: 365(D)(4) MOTION,
                                           DRAFT CORRESPONDENCE TO AND REVIEW
                                           CORRESPONDENCE FROM SAME RE: SAME
                                           (.2); TELEPHONE CONFERENCE WITH B.
                                           EVANOFF RE: ASSIGNED LEASE REJECTION
                                           MOTION (.2).

**MATTER TOTAL**                     **<u>42.60</u>**

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Winn-Dixie Stores, Inc. (DIP)**                          **Bill Date: 06/30/06**
**Liquidation / Feasibility**                               **Bill Number: 1113475**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| RAVIN AS | 06/07/06 | 0.10 | DRAFT MEMO TO R. GRAY RE: STATUS OF LIQUIDATION ANALYSIS. |
| RAVIN AS | 06/17/06 | 0.80 | REVIEW DRAFT OF LIQUIDATION ANALYSIS. |
| RAVIN AS | 06/20/06 | 1.00 | REVIEW LIQUIDATION ANALYSIS. |
| RAVIN AS | 06/27/06 | 0.10 | DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM M. COMMERFORD AND M. BARR RE: LIQUIDATION ANALYSIS COMMENTS. |

**MATTER TOTAL**                    **2.00**

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Winn-Dixie Stores, Inc. (DIP)**                          Bill Date: 06/30/06
**Regulatory and SEC Matters**                             Bill Number: 1113475

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 06/29/06 | 0.20 | REVIEW AND PROVIDE COMMENTS ON 8-K DRAFT (0.2). |
| **MATTER TOTAL** | | **0.20** | |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Winn-Dixie Stores, Inc. (DIP)**                                    Bill Date: 06/30/06
**Reorganization Plan / Plan Sponsors**                              Bill Number: 1113475

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER DJ | 06/01/06 | 0.80 | REVIEW ISSUES RELATED TO PROPOSED COMPROMISE ON SUBSTANTIVE CONSOLIDATION (.8). |
| HENRY S | 06/01/06 | 0.40 | T/C T. CALIFANO  RE MEETING OF PRINCIPALS AND ADVISORS RE SUB CON ISSUES (.1); EMAIL TO L. APPEL, J. BAKER AND J. CASTLE RE SAME (.2); REVIEW RELATED CORRESPONDENCE RE SAME FROM J. BAKER (.1). |
| GRAY RW | 06/01/06 | 1.30 | DRAFT MEMO TO J. BAKER RE: PLAN CLASS ISSUES FOR M. BARR AND TC WITH SAME RE: PROPOSED MEETING WITH M. BARR (0.1); TC WITH J. POST RE: ADMINISTRATIVE CLAIM BAR DATE ISSUES IN PLAN (0.1); EXCHANGE EMAILS WITH J. POST RE: SUGGESTED LANGUAGE CHANGE FOR PLAN PROVISION (0.1); TC WITH S. HENRY RE: PLAN/SUB CON ISSUES (0.1); REVIEW MEMOS FROM S. HENRY RE: AD HOC TRADE ISSUES ON SUB CON COMPROMISE (0.1); REVISE PLAN DRAFT (0.8). |
| BAKER DJ | 06/02/06 | 4.90 | PREPARE FOR MEETING WITH MATT TO REVIEW PLAN ISSUES (1.2); MEET WITH MATT BARR TO REVIEW COMMITTEE ISSUES REGARDING PLAN (3.0); REVIEW ISSUES RELATED TO PLAN CLASSIFICATIONS (.7). |
| HENRY S | 06/02/06 | 0.20 | T/C T/ CALIFANO RE MEETING WITH COMPANY (.1); MEMORANDUM TO L. APPEL AND J. CASTLE RE SAME (.1). |
| FELD SR | 06/02/06 | 1.10 | REVIEW DRAFT PLAN. |
| GRAY RW | 06/02/06 | 4.20 | TC WITH L. RODRIGUEZ RE: MSP/SRP DISCOUNT CARD ISSUES (0.1); TC WITH J. BAKER RE: SAME AND DRAFT MEMO TO L. APPEL RE: SCHEDULING CALL RE: MSP/SRP PLAN TREATMENT (0.1); PREPARE FOR MEETING WITH M. BARR WITH LIST OF TOPICS PER PLAN DRAFT (0.6); DRAFT MEMO TO J. BAKER RE: EXCLUSIVITY (0.1); REVIEW LOCAL RULES RE: DISCLOSURE STATEMENT AND PLAN ISSUES (0.2); EXCHANGE VOICEMAILS AND EMAILS WITH C. JACKSON RE: CLARIFICATION ON APPLICABLE RULES (0.1); PARTICIPATE IN PLAN DRAFTING SESSION WITH M. BARR, M. COMERFORD AND J. BAKER (3.0). |
| RAVIN AS | 06/02/06 | 0.10 | REVIEW MEMOS FROM R, GRAY AND D. J. BAKER RE: STATUS OF/ NEED FOR EXCLUSIVITY MOTION. |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

SAMBUR K        06/02/06    1.20   DISCUSS CONFIDENTIALITY AGREEMENTS
                                   WITH CREDITORS (.6); REVIEW
                                   GOVERNMENTS CONFIDENTIALITY PROPOSAL
                                   (.6).

BAKER DJ        06/05/06    5.50   CONFERENCE CALL STEVE BUSEY AND
                                   ROSALIE GRAY REGARDING OPEN PLAN
                                   ISSUES (.9); REVIEW PLAN PROPOSAL
                                   RELATED TO MANAGEMENT INCENTIVE PLAN
                                   (.8); REVIEW PLAN SETTLEMENT ISSUES
                                   WITH AD HOC RETIREE COMMITTEE (1.3);
                                   TELEPHONE CALL JAY SKELTON REGARDING
                                   PLAN ISSUES (.3); CONTINUE REVIEW OF
                                   SUBSTANTIVE CONSOLIDATION PLAN ISSUES
                                   (2.2).

GRAY RW         06/05/06    2.30   DRAFT MEMO TO L. APPEL ET AL. RE:
                                   PLAN TREATMENT OF EMPLOYEE CLAIMS
                                   (0.2); REVIEW AND RESPOND TO MEMO
                                   FROM J. CASTLE RE: EMPLOYEE CLAIM
                                   STATUS (0.2); FOLLOWUP EMAIL TO
                                   BLACKSTONE AND XROADS RE: CASH
                                   DISTRIBUTION ISSUE IN PLAN (0.1);
                                   DRAFT MEMO TO M. BARR RE: QUESTIONS
                                   ON LANDLORD ASPECT OF SUB CON
                                   COMPROMISE (0.4); TC WITH J. OCONNELL
                                   RE: FINANCIAL REVIEW OF SUB CON
                                   PROPOSAL (0.1); CONF CALL WITH S.
                                   BUSEY AND J. BAKER RE: VARIOUS PLAN
                                   ISSUES (0.9); REVIEW AND RESPOND TO
                                   MEMO FROM J. BAKER RE: LANDLORD
                                   CLASSIFICATION ISSUES (0.1); REVIEW
                                   AND RESPOND TO MEMO FROM J. BAKER RE:
                                   EQUITY TREATMENT ISSUE (0.1); DRAFT
                                   MEMO TO R. BARUSCH RE: CHARTER/BYLAWS
                                   FOR PLAN (0.1); EXCHANGE EMAILS WITH
                                   J. BAKER AND A. RAVIN RE: EXCLUSIVITY
                                   STRATEGY (0.1).

SAMBUR K        06/05/06    1.10   DRAFT LETER TO THE DEPARTMENT OF
                                   JUSTICE REGARDING REQUEST FOR
                                   SUBSTANTIVE CONSOLIDATION BRIEF AND
                                   AFFIDAVIT (1.1).

BAKER DJ        06/06/06    3.60   TELEPHONE CALL WITH MATT BARR
                                   REGARDING MANAGEMENT INCENTIVE PLAN
                                   ISSUES FOR PLAN OF REORGANIZATION
                                   (.4); CONFERENCE CALL WITH STEVE
                                   BUSEY, MATT BARR AND SAUL BURIAN WITH
                                   RESPECT TO COMMITTEE COMPROMISE
                                   (1.0); TELEPHONE CALL WITH NICK
                                   BUBNOVICH REGARDING MANAGEMENT
                                   INCENTIVE PLAN TO BE INCLUDED IN PLAN
                                   OF REORGANIZATION (.4); BEGIN REVIEW
                                   OF ISSUES RELATED TO TERMS OF
                                   RELEASES TO BE CONTAINED IN PLAN OF
                                   REORGANIZATION (.8); CONFERENCE CALL
                                   WITH R. GRAY, L. APPEL, S. BUSEY ET
                                   AL RE: PLAN TREATMENT OF EMPLOYEE
                                   CLAIMS (1.0).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 06/06/06 | 2.40 | EXCHANGE EMAILS WITH M. BARR RE: HOULIHAN WRITEUP ON SUB CON (0.1); EXCHANGE VOICEMAILS WITH J. OCONNELL AND J. BAKER RE:  FINANCIAL ADVISOR VETTING OF SUB CON COMPROMISE (0.1); CONF CALL WITH L. APPEL, B. NUSSBAUM, M. BYRUM, L. RODRIGUEZ, J. BAKER AND S. BUSEY RE: MSP/SRP PLAN TREATMENT ISSUES (1.0); BEGIN REVISIONS TO PLAN RE: SAME (0.3); DRAFT MEMO TO J. CASTLE RE: TERM LIFE INSURANCE PROVISION IN PLAN (0.2); REVIEW MEMOS FROM M. DUSSINGER AND J. EDMONDSEN RE: HOULIHAN INFORMATION REQUESTS ON CLAIM FOR SUB CON (0.1); PRELIMINARY REVIEW OF HOULIHAN WRITEUP ON SUB CON COMPROMISE TREATMENT (0.2); REVIEW RELEASE MEMO AND CASE LAW (0.4). |
| LAMAINA KA | 06/06/06 | 1.20 | RESEARCH PLAN OPTIONS ON EXECUTORY CONTRACTS  (.5); REVIEW D. BITTER'S REPORTS FOR PLAN ASSUMPTION (.7). |
| TURETSKY DM | 06/06/06 | 1.60 | REVIEW AND COMMENT RE: MEMO FROM K. BOOKER CONCERNING CLAIM CLASSIFICATION (1.3); FURTHER RESEARCH RE: ELEVENTH CIRCUIT RELEASE LAW IN CONNECTION WITH PLAN OF REORGANIZATION (0.2); E-MAIL TO D. J. BAKER AND R. GRAY RE:  ELEVENTH CIRCUIT RELEASE LAW IN CONNECTION WITH PLAN OF REORGANIZATION (0.1). |
| BAKER DJ | 06/07/06 | 3.60 | REVIEW MEMORANDUM REGARDING SCOPE OF PROPOSED RELEASES AND PLAN OF REORGANIZATION, IN PREPARATION FOR BOARD CALL (1.6); REVIEW 11TH CIRCUIT CASES, IN PREPARATION FOR BOARD CALL (.7); TELEPHONE CALL MATT BARR WITH RESPECT TO RELEASE ISSUES (.3); TELEPHONE CALL MATT BARR WITH RESPECT TO INDEMNITY ISSUES (.2); TELEPHONE CALL JAY SKELTON REGARDING ISSUES RELATED TO PLAN OF REORGANIZATION (.8). |
| HENRY S | 06/07/06 | 0.10 | CORRESPONDENCE TO AND FROM WITH H. ETLIN RE REISS DECLARATION. |
| GRAY RW | 06/07/06 | 1.00 | TC WITH S. BUSEY RE: THIRD PARTY RELEASES IN PLAN (0.1); TC WITH J. BAKER RE: SAME AND PREPARATION FOR BOARD CALL ON SAME (0.1); REVIEW/ANALYZE HOULIHAN WRITEUP FOR SUB CON COMPROMISE AND TREATMENT PROVISION ISSUES (0.8). |
| LAMAINA KA | 06/07/06 | 1.90 | REVIEW PLAN PROVISIONS RE EXECUTORINESS (1.4); TELECONFERENCE D. BITTER ON SCHEDULES FILED ON PETITION DATE FOR PLAN PURPOSES (.5). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

SAMBUR K          06/07/06      0.40    DISTRIBUTE LATEST CLAIMS SUMMARY TO
                                        PARTIES EXECUTING CONFIDENTIALITY
                                        AGREEMENTS (.4).

TURETSKY DM       06/07/06      0.60    ADDITIONAL RESEARCH RE: ELEVENTH
                                        CIRCUIT RELEASE LAW IN CONNECTION
                                        WITH PLAN OF REORGANIZATION (0.4).

BAKER DJ          06/08/06      4.50    CONTINUE REVIEW OF PROVISIONS AND
                                        PLAN OF REORGANIZATION DEALING WITH
                                        RELEASE ISSUES (1.2); TELEPHONE CALL
                                        LARRY APPEL, JAY CASTLE, STEVE BUSEY
                                        AND ROSALIE GRAY REGARDING PLAN
                                        ISSUES (.9); TELEPHONE CALL MATT BARR
                                        REGARDING AD HOC VENDOR COMMITTEE
                                        ISSUES RELATED TO PLAN OF
                                        REORGANIZATION (.4); PREPARE
                                        MEMORANDUM REGARDING AD HOC VENDOR
                                        COMMITTEE ISSUES RELATED TO PLAN OF
                                        REORGANIZATION (.3); TELEPHONE CALL
                                        FLIP HUFFARD REGARDING PLAN ISSUES
                                        (.4); BEGIN REVIEW OF COMMENTS FROM
                                        MILBANK ON DRAFT OF PLAN OF
                                        REORGANIZATION (1.2).

GRAY RW           06/08/06      4.70    CONF CALL WITH L. APPEL, J. CASTLE,
                                        S. BUSEY AND J. BAKER RE: PLAN ISSUES
                                        (0.9); DRAFT MEMO TO A. RAVIN AND J.
                                        BAKER RE: BOARD APPROVAL TIMING
                                        ISSUES (0.1); TC WITH M. BARR RE:
                                        PLAN COMMENTS AND DRAFTING SESSION
                                        AND DRAFT MEMO TO J. BAKER RE: SAME
                                        (0.1); DRAFT FOLLOWUP MEMO TO S.
                                        REISNER RE: MSP DEATH BENEFIT
                                        TREATMENT IN PLAN (0.2); FURTHER
                                        EMAIL EXCHANGE WITH S. REISNER RE:
                                        SAME (0.1); EXCHANGE EMAILS WITH R.
                                        OLSHAN RE: MSP ISSUES (0.1);
                                        PARTICIPATE IN BOARD CALL RE:
                                        BUSINESS AND PLAN ISSUES (1.8);
                                        REVIEW MILBANK COMMENTS TO PLAN
                                        (0.3); DRAFT MEMO TO K. LOGAN, H.
                                        ETLIN AND F. HUFFARD RE: CONVENIENCE
                                        AND CASH OUT PAYMENTS IN PLAN (0.2);
                                        REVIEW/ANALYZE SUB CON COMPROMISE
                                        STRUCTURE AND DRAFTING ISSUES FOR
                                        PLAN (0.8); REVIEW MEMO FROM J. BAKER
                                        RE: UPDATE ON SUB CON ISSUES AND
                                        DRAFT REPLY (0.1).

LAMAINA KA        06/08/06      4.50    STRATEGIZE ON PLAN LANGUAGE ON
                                        EXECUTORY CONTRACTS DUE TO REVIEW OF
                                        CONTRACTS (4.5).

BAKER DJ          06/09/06      4.20    CONTINUE REVIEW OF LATEST REVISIONS
                                        TO DRAFT PLAN OF REORGANIZATION
                                        (3.2); TELEPHONE CALL J. SKELTON WITH
                                        RESPECT TO PLAN ISSUES (.3);
                                        TELEPHONE CALL M. BARR REGARDING
                                        OUTSTANDING PLAN ISSUES (.3);
                                        TELEPHONE CALL F. HUFFARD WITH
                                        RESPECT TO CHANGES TO PLAN PROPOSED
                                        BY COMMITTEE (.4).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

HENRY S          06/09/06      0.80   REVIEW MEMORANDUM WITH RESPECT TO
                                      MEETING WITH AD HOC COMMITTEE AND
                                      REPLY TO SAME (.1); WORK ON PAPERS IN
                                      RESPONSE TO MOTION OF AD HOC
                                      COMMITTEE (.7).

GRAY RW          06/09/06      2.30   EMAIL EXCHANGE WITH J. BAKER AND TC
                                      WITH M. BARR RE: MEETING ON PLAN
                                      (0.1); FURTHER EMAIL EXCHANGE WITH J.
                                      BAKER AND M. BARR RE: MONDAY MEETING
                                      (0.1); REVIEW MILBANK MARKUP OF PLAN
                                      TO IDENTIFY ISSUES FOR DISCUSSION AND
                                      DRAFTING (0.8); REVIEW DOCUMENTS RE:
                                      AMSOUTH BANK COLLATERALIZED LETTER OF
                                      CREDIT CLAIM IN CONNECTION WITH PLAN
                                      TREATMENT (0.2); TC WITH K. HARDEE
                                      RE: ISSUES RAISED BY MILBANK RE:
                                      AMSOUTH BANK TREATMENT (0.1); DRAFT
                                      MEMO TO M. BARR RE: AMSOUTH TREATMENT
                                      (0.1); REVIEW DOCUMENTS RE: WACHOVIA
                                      PREPETITION CLAIM IN CONNECTION WITH
                                      PLAN CLASS (0.2); DRAFT MEMO TO A.
                                      MARGOLIS RE: IMPACT OF DIP ON SAME
                                      AND REVIEW REPLY (0.1); REVIEW MSP
                                      DOCUMENT RE: DEATH BENEFIT PROVISIONS
                                      OF PLAN (0.2); DRAFT MEMO TO J. BAKER
                                      RE: PLAN SUMMARY FOR BOARD MEETING
                                      (0.1; REVIEW MEMO FROM D. BITTER RE:
                                      SAME AND DRAFT MEMO TO J. BAKER RE:
                                      SAME (0.1); REVIEW MILBANK MARKUP TO
                                      SUB CON MOTION RESPONSE (0.1); REVIEW
                                      EMAILS FROM S. HENRY, J. BAKER AND
                                      S.BUSEY RE: SAME (0.1).

SAMBUR K         06/09/06      4.20   REVISE SUBSTANTIVE CONSOLIDATION
                                      RESPONSE AFTER RECEIVING COMMENTS
                                      FROM THE CREDITORS' COMMITTEE (4.2).

TURETSKY DM      06/09/06      1.80   RESEARCH AND ANALYSIS RE: ISSUES
                                      CONCERNING CLASSIFICATION OF CLAIMS
                                      IN CONNECTION WITH POTENTIAL
                                      SETTLEMENT UNDER WINN-DIXIE PLAN OF
                                      REORGANIZATION (1.8).

GRAY RW          06/10/06      0.10   REVIEW AND RESPOND TO MEMO FROM L.
                                      APPEL RE: CASH OUT/CONVENIENCE ISSUES
                                      (0.1).

FELD SR          06/11/06      1.40   MARK UP PLAN PROVISIONS RE: INSURANCE
                                      CONTRACTS AND BOND CLAIMS.

GRAY RW          06/11/06      7.30   DRAFT MEMO TO K. LOGAN RE:
                                      CONVENIENCE CLAIM AGGREGATION ISSUE
                                      (0.1); DRAFT/REVISE PLAN TO REFLECT
                                      COMMENTS FROM COMMITTEE AND ELEMENTS
                                      OF SUB CON COMPROMISE (7.2).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

BAKER DJ          06/12/06       5.60   TELEPHONE CALL S. BUSEY WITH RESPECT
                                         TO TESTIMONY AND WITNESS ISSUES (.3);
                                         TELEPHONE CALL S. BUSEY AND F.
                                         HUFFARD REGARDING TESTIMONY ISSUES
                                         (.2); PREPARE FOR MEETING WITH
                                         COMMITTEE TO DISCUSS PLAN ISSUES
                                         (.7); CONFERENCE M. BARR, M.
                                         COMERFORD AND R. GRAY REGARDING PLAN
                                         ISSUES (1.8); REVIEW MEMORANDUM
                                         SUMMARIZING OPEN PLAN ISSUES (.8);
                                         CONTINUE REVIEW OF REVISIONS TO PLAN
                                         OF REORGANIZATION (1.5); TELEPHONE
                                         CALL J. SKELTON REGARDING PLAN ISSUES
                                         (.3).

BARUSCH RC        06/12/06       2.70   REVIEW CORPORATE PLAN ISSUES ON
                                         ANNUAL MEETING AND RESERVED SHARES.

HENRY S           06/12/06       1.10   REVIEW CORRESPONDENCE FROM L. APPEL,
                                         J. BAKER AND R. GRAY RELATING TO
                                         REORGANIZATION PLAN (.5);
                                         CORRESPONDENCE TO AND FROM J. CASTLE
                                         RE COMMITTEE'S RESPONSE TO SUB CON
                                         MOTION AND CIRCULATION OF WINN DIXIE
                                         RESPONSE RE SAME (.4); MEET WITH M.
                                         BARR RELATING TO SUB CON RESPONSE
                                         (.2).

FELD SR           06/12/06       0.30   REVIEW PLAN PROVISIONS RE: BONDS AND
                                         INSURANCE.

GRAY RW           06/12/06       8.20   CONF WITH M. BARR, M. COMERFORD AND
                                         J. BAKER RE: PLAN ISSUES  (1.8);
                                         DRAFT MEMO TO L. APPEL ET AL. RE:
                                         SUMMARY OF PLAN ISSUES RAISED BY
                                         COMMITTEE (0.7); REVIEW AND RESPOND
                                         TO MEMO FROM L. APPEL RE: RIGHTS
                                         OFFERING ISSUE (0.1); EXCHANGE EMAILS
                                         WITH S. BUSEY RE: AD HOC HEARING AND
                                         TC WITH M. BARR AND S. BUSEY RE:
                                         COMMITTEE ADVISOR PARTICIPATION IN
                                         HEARING (0.1); REVIEW AND RESPOND TO
                                         MEMO FROM L. RODRIQUEZ RE: EMPLOYEE
                                         COMMUNICATIONS ON PLAN ISSUES (0.1);
                                         DRAFT MEMO TO J. HELFAT RE: WACHOVIA
                                         PLAN ISSUES (0.1); DRAFT MEMO TO K.
                                         LOGAN RE: CONVENIENCE CLAIMS ANALYSIS
                                         (0.1); CONTINUE DRAFTING/REVISIONS TO
                                         PLAN TO INCORPORATE COMMITTEE
                                         CONSENTS, SUB CON COMPROMISE AND
                                         OTHER ISSUES (4.7); DRAFT MEMO TO
                                         CLIENT AND ADVISORS RE: PLAN DRAFT
                                         REVIEW (0.1).

LAMAINA KA        06/12/06       1.20   TELECONFERENCE D. BITTER ON PLAN
                                         ASSUMPTION AGREEMENTS (.3); REVIEW
                                         MEMORANDA TO XROADS REGARDING
                                         CONTRACTS STATUS (.4); RESEARCH PLAN
                                         AGREEMENTS AND WHETHER THEY CAN BE
                                         ASSUMED OR NOT (.5).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS        06/12/06    0.50  REVIEW MEMO FROM R. GRAY RE:
                                  COMMITTEE PLAN ISSUES (.1); REVIEW
                                  MEMOS FROM R. BARUSCH RE: PLAN ISSUES
                                  INCLUDING MIGRATION TO DELAWARE,
                                  REVIEW CORRESPONDENCE FROM L. APPEL
                                  RE: SAME (.1); REVIEW REVISED PLAN OF
                                  REORGANIZATION (.3).

SAMBUR K        06/12/06    2.10  BEGIN TO DRAFT 2004 SECTION OF SUB
                                  CON RESPONSE (1.3); REVISE RESPONSE
                                  AFTER RECEIVING COMMENTS FROM S.
                                  BUSEY (1.9).

TURETSKY DM     06/12/06    6.60  CONTINUE RESEARCH RE: ISSUES
                                  CONCERNING CLASSIFICATION OF CLAIMS
                                  IN CONNECTION WITH POTENTIAL
                                  SETTLEMENT UNDER WINN-DIXIE PLAN OF
                                  REORGANIZATION (6.6).

BAKER DJ        06/13/06    3.20  REVIEW SUMMARY FROM L. APPEL OF OPEN
                                  PLAN ISSUES (.4); CONTINUE REVIEW OF
                                  DRAFT PLAN REVISIONS (2.0);
                                  CONFERENCE CALL WITH COMPANY AND
                                  ADVISORS RE: COMMITTEE PLAN ISSUES
                                  (1.1); REVIEW MEMORANDUM WITH RESPECT
                                  TO RETIREE PLAN ISSUES (.2);
                                  TELEPHONE CALL J. SKELTON WITH
                                  RESPECT TO PLAN ISSUES (.3);
                                  TELEPHONE CALL F. HUFFARD WITH
                                  RESPECT TO PLAN ISSUES (.2).

BARUSCH RC      06/13/06    3.70  CONFERENCE CALL WITH PLAN TEAM ON
                                  COMMENTS TO PLAN ISSUES INCLUDING
                                  CORPORATE ISSUES ON JURISDICTION AND
                                  REGISTRATION RIGHTS (1.1); BEGIN
                                  REVIEW OF REVISED PLAN (2.6).

HENRY S         06/13/06    0.90  FINAL REVIEW OF RESPONSE TO SUB CON
                                  MOTION (.8); EMAIL TO J. CASTLE RE
                                  SAME (.1).

FELD SR         06/13/06    4.40  DRAFT MEMO RE: PLAN TREATMENT FOR
                                  LIBERTY MUTUAL.

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW          06/13/06      2.80   PARTICIPATE IN CONF CALL WITH CLIENT
                                      AND ADVISORS RE: PLAN ISSUES PER
                                      COMMITTEE DISCUSSIONS (1.1); EXCHANGE
                                      EMAILS WITH S. SOLL RE: WACHOVIA PLAN
                                      COMMENTS (0.1); DRAFT MEMO TO P.
                                      NECKLES ET AL. RE: REAL ESTATE LEASE
                                      ASSIGNMENT PROVISION IN PLAN (0.1);
                                      EXCHANGE EMAILS WITH S. SOLL OF
                                      OTTERBOURG RE: PLAN STATUS AND
                                      WACHOVIA COMMENTS (0.1); TC WITH S.
                                      REISNER RE: MSP ISSUES IN PLAN (0.1);
                                      DRAFT MEMO TO S. REISNER AND R.
                                      OLSHAN RE: REVIEW OF MSP PROVISIONS
                                      (0.1); REVIEW COMMENTS FROM S.
                                      REISNER TO MSP PROVISIONS IN PLAN AND
                                      DISCUSS WITH D. TURETSKY (0.1);
                                      REVISE PLAN TO ADDRESS MSP ISSUES
                                      (0.2); TC WITH C. JACKSON RE: PLAN
                                      COMMENT ISSUES (0.2); DRAFT MEMO TO
                                      D. STANFORD RE: DIXON REALTY TRUST
                                      PROVISION (0.1); CONF WITH D.
                                      TURETSKY RE: S. REISNER ISSUES ON MSP
                                      PROVISIONS (0.2); EXCHANGE EMAILS
                                      WITH R. OLSHAN AND J. BAKER RE:
                                      INCENTIVE PLAN ISSUES (0.1); EXCHANGE
                                      EMAILS WITH S. FELD AND D. BITTNER
                                      RE: D&O TAIL POLICY (0.1); REVIEW
                                      EMAIL FROM D. SANFORD RE: DIXON TRUST
                                      OPTIONS AND DRAFT MEMO TO REAL ESTATE
                                      TEAM RE: SAME (0.1); REVIEW MEMO FROM
                                      J. BAKER RE: REPORT ON AD HOC
                                      COMMITTEE NEGOTIATIONS AND EXCHANGE
                                      EMAILS RE: SAME (0.1).

RAVIN AS         06/13/06      1.30   TELEPHONE CONFERENCE WITH L. APPEL,
                                      J. CASTLE, S. BUSEY, D. J. BAKER, R.
                                      GRAY, F. HUFFARD, H. ETLIN, AND J.
                                      O'CONNELL RE: COMMITTEE ISSUES
                                      RELATED TO PLAN (1.1); REVIEW
                                      DEBTORS' RESPONSE TO AD HOC COMMITTEE
                                      MOTION (.2).

RESHTICK AA      06/13/06      3.00   REVIEW DRAFT PLAN AND ANALYZE RELATED
                                      TAX ISSUES.

SAMBUR K         06/13/06      0.40   FINALIZE SUB CON RESPONSE FOR FILING
                                      (.4).

TURETSKY DM      06/13/06      5.10   FURTHER RESEARCH RE: ISSUES
                                      CONCERNING CLASSIFICATION OF CLAIMS
                                      IN CONNECTION WITH POTENTIAL
                                      SETTLEMENT UNDER WINN-DIXIE PLAN OF
                                      REORGANIZATION (2.5); MEMO TO K.
                                      BOOKER RE: ISSUES CONCERNING
                                      CLASSIFICATION OF CLAIMS IN
                                      CONNECTION WITH POTENTIAL SETTLEMENT
                                      UNDER WINN-DIXIE PLAN OF
                                      REORGANIZATION (0.9); REVIEW AND
                                      COMMENT RE: PROVISIONS IN PLAN OF
                                      REORGANIZATION CONCERNING RETIREMENT
                                      BENEFITS (1.1); FURTHER ANALYSIS RE:
                                      ISSUES CONCERNING RETIREE CLAIMS IN
                                      CONNECTION WITH PROPOSED PLAN
                                      PROVISIONS GOVERNING SAME (0.6).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

BAKER DJ        06/14/06     5.80  PREPARE FOR CONFERENCE CALL WITH
                                   COMPANY REGARDING PLAN ISSUES (.7);
                                   CONFERENCE CALL WITH L. APPEL, P.
                                   LYNCH, J. SKELTON, AND S. BUSEY
                                   REGARDING PLAN OF REORGANIZATION
                                   (1.2); TELEPHONE CALL J. SKELTON WITH
                                   RESPECT TO PLAN ISSUES (.7);
                                   TELEPHONE CALL S. BUSEY, F. HUFFARD,
                                   AND H. ETLIN REGARDING PLAN ISSUES
                                   (.2); TELEPHONE CALL M. BARR
                                   REGARDING PLAN COMPROMISE (.2);
                                   TELEPHONE CALL L. APPEL AND J. CASTLE
                                   REGARDING PLAN ISSUES (.4); TELEPHONE
                                   CALL P. LYNCH AND L. APPEL WITH
                                   RESPECT TO PLAN ISSUES (.3);
                                   TELEPHONE CALL J. SKELTON WITH
                                   RESPECT TO COMMITTEE REQUEST
                                   REGARDING PLAN ISSUES (.3); TELEPHONE
                                   CALL M. BARR REGARDING RESPONSE OF
                                   COMPANY TO REQUEST OF COMMITTEE (.2);
                                   TELEPHONE CALL STEVE BUSEY REGARDING
                                   RESPONSE OF COMPANY TO REQUEST OF
                                   COMMITTEE (.2); TELEPHONE CALL S.
                                   HENRY REGARDING SUB-CON SETTLEMENT
                                   (.1); CONTINUE REVIEW OF REVISED PLAN
                                   OF REORGANIZATION (1.3).

BARUSCH RC      06/14/06     3.70  CONTINUE REVIEW OF PLAN (2.4);
                                   INHOUSE CONFERENCE CALL ON PLAN
                                   PARTIAL (1.3).

HENRY S         06/14/06     4.30  ANALYSIS OF ISSUES RELATING TO
                                   CLASSIFICATION (.4); T/C R. GRAY AND
                                   D. TURETSKY RE SAME (.1); REVIEW
                                   REVISIONS TO PLAN (.8); REVIEW OF
                                   PLAN IN PREPARATION FOR CONFERENCE
                                   CALL (1.8); CONFERENCE CALL WITH R.
                                   GRAY, A. RAVIN, F. HUFFARD, C.
                                   JACKSON, ET AL RE COMMENTS ON
                                   REORGANIZATION PLAN (1.2).

FELD SR         06/14/06     6.00  REVIEW AND REVISE DISCLOSURE
                                   STATEMENT EXCERPT RE: UTILITIES (.5);
                                   CONTINUE TO WORK ON MEMO RE: LIBERTY
                                   MUTUAL PLAN TREATMENT (3.6); REVIEW
                                   DRAFT DISCLOSURE STATEMENT (1.9).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW                06/14/06        5.40   REVISE PLAN DRAFT TO REFLECT FURTHER
                                              COMMENTS ON MSP/SRP PROVISIONS (0.6);
                                              DRAFT MEMO TO S. REISNER ET AL. RE:
                                              REVISIONS AND RE: CLAIM PROCESS FOR
                                              MSP/SRP CLAIMS (0.2); TC WITH M. BARR
                                              RE: REGISTRATION RIGHTS FOR R2 (0.1);
                                              DRAFT MEMO TO L. APPEL AND R. BARUSCH
                                              RE: SAME (0.1); DRAFT LANGUAGE FOR
                                              SAME AND FORWARD TO R. BARUSCH (0.1);
                                              INCORPORATE COMMENTS FROM R. BARUSCH
                                              INTO PLAN PROVISION (0.1); DRAFT MEMO
                                              TO M. BARR RE: SUB CON CLASS
                                              TREATMENT (0.1); REVIEW FOLLOWUP
                                              INFORMATION FROM D. BITTER RE: D&O
                                              TAIL AND DRAFT MEMO TO J. BAKER
                                              (0.1); REVIEW OBJECTION TO SUB CON
                                              SEALING FROM IRS (0.1); DRAFT MEMOS
                                              TO T. CRICHTON AND J. CASTLE RE: SAME
                                              (0.1); REVIEW MEMO FROM J. BAKER RE:
                                              NEGOTIATIONS WITH AD HOC COMMITTEES
                                              AND FOLLOWUP EMAIL EXCHANGE (0.1);
                                              CONF CALL WITH J. SKELTON, P. LYNCH,
                                              B. NUSSBAUM, L. APPEL, J. CASTLE, F.
                                              HUFFARD, H. ETLIN, J. BAKER AND S.
                                              BUSEY RE: RESPONSE TO COMMITTEE
                                              ISSUES ON PLAN (1.2); CONF CALL WITH
                                              CLIENT AND ADVISORS RE: COMMENTS ON
                                              PLAN (1.5); TC WITH F. HUFFARD RE:
                                              CONVENIENCE CLAIM THRESHOLD ISSUES
                                              (0.2); DRAFT MEMO TO K. LOGAN RE: PER
                                              CREDITOR COST OF SOLICITATION (0.1);
                                              TC WITH S. HENRY AND D.TURETSKY RE:
                                              CONVENIENCE CLAIM CLASSIFICATION
                                              ISSUES (0.1); DRAFT MEMO TO H. ETLIN
                                              RE: DEATH BENEFIT COSTS AND PLAN
                                              LANGUAGE (0.1); ADDITIONAL REVISIONS
                                              TO PLAN (0.6).

RAVIN AS               06/14/06        2.10   TELEPHONE CONFERENCE WITH S. HENRY,
                                              R. GRAY, L. APPEL (PARTIAL), J.
                                              CASTLE (PARTIAL), F. HUFFARD, S.
                                              BUSEY (PARTIAL) C. JACKSON (PARTIAL)
                                              AND OTHERS RE: PLAN COMMENTS (1.5);
                                              TELEPHONE CONFERENCE WITH BLACKSTONE
                                              RE: FORMULA FOR PLAN DISTRIBUTIONS
                                              (.3); REVIEW HOULIHAN FORMULA
                                              CALCULATIONS FOR PLAN (.3).

TURETSKY DM            06/14/06        0.50   REVIEW DEBTORS' RESPONSE AND REQUEST
                                              TO ABATE SUBSTANTIVE CONSOLIDATION
                                              MOTION FILED BY AD HOC TRADE
                                              COMMITTEE (0.3); TELEPHONE CALL WITH
                                              R. GRAY AND S. HENRY RE: INQUIRY
                                              CONCERNING CONVENIENCE CLASS ISSUES
                                              (0.1); FURTHER RESEARCH RE:
                                              CONVENIENCE CLASS ISSUES IN
                                              CONNECTION WITH PLAN OF
                                              REORGANIZATION (0.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

BAKER DJ          06/15/06        8.10    BEGIN DRAFTING PLAN SUMMARY FOR
                                          MEETING OF BOARD OF DIRECTORS (3.0);
                                          TELEPHONE CALL S. BUSEY REGARDING
                                          HEARINGS ON SUB-CON COMPROMISE AND
                                          TRADE COMMITTEE ISSUES (.4); BEGIN
                                          PREPARATION OF SUMMARY OF REPLY OF
                                          COMPANY TO OPEN PLAN OF
                                          REORGANIZATION ISSUES (2.1); CONFER
                                          WITH R. GRAY RE: PLAN ISSUES (.2);
                                          INCORPORATE REVISIONS AND TO RESPONSE
                                          OF COMPANY (1.1); TELEPHONE CALL M.
                                          BARR WITH RESPECT TO OPEN PLAN OF
                                          REORGANIZATION ISSUES (2.2);
                                          TELEPHONE CALL L. APPEL AND J. CASTLE
                                          REGARDING PLAN ISSUES (.3); TELEPHONE
                                          CALL J. SKELTON REGARDING PLAN ISSUES
                                          (.5); T/C R. GRAY RE: BOARD ISSUES
                                          (.1).

HENRY S           06/15/06        0.20    REVIEW MEMORANDUM FROM TURETSKY
                                          RELATING TO  CLASSIFICATION ISSUES
                                          (.2).

FELD SR           06/15/06        2.20    CONTINUE TO REVIEW DRAFT DISCLOSURE
                                          STATEMENT (.5); REVIEW DRAFT PLAN
                                          (1.7).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW              06/15/06       7.60   REVISE FORMULAS FOR SUB CON
                                           COMPROMISE DISTRIBUTIONS (0.3); DRAFT
                                           MEMO TO F. HUFFARD ET AL. RE: REVISED
                                           FORMULA FOR SUB CON DISTRIBUTIONS
                                           (0.1); DRAFT MEMO TO M. BARR RE: SAME
                                           (0.1); TC WITH L. APPEL RE:
                                           ADDITIONAL COMMENTS ON PLAN (0.1);
                                           CONF WITH J. BAKER RE: COMMENTS ON
                                           PLAN (0.2); REVISE PLAN TO REFLECT
                                           COMMENTS FROM CLIENT AND ADVISORS
                                           (3.3); DRAFT MEMO TO M. BARR RE:
                                           REVISED PLAN DRAFT (0.1); DRAFT MEMO
                                           TO CLIENT AND ADVISORS RE: REVISED
                                           PLAN DRAFT (0.1); EXCHANGE EMAILS
                                           WITH K. LOGAN, B. CROCKER AND F.
                                           HUFFARD RE: PER CREDITOR SOLICITATION
                                           COSTS (0.1); REVIEW AND RESPOND TO
                                           MEMO FROM L. APPEL RE: SCOPE OF
                                           RELEASE (0.1); REVIEW MEMO FROM D.
                                           TURETSKY RE: MULTIPLE CONVENIENCE
                                           CLASSES (0.1); REVIEW ADDITIONAL
                                           CONVENIENCE CLAIM ANALYSIS FROM B.
                                           CROCKER AND DRAFT MEMO TO F. HUFFARD
                                           RE: SAME (0.1); DRAFT MEMOS TO L.
                                           APPEL RE: SUB CON PROFESSIONAL AND
                                           COMMITTEE CONSENT ISSUES (0.1); TC
                                           WITH J. BAKER RE: BOARD SEARCH FIRM
                                           ISSUES (0.1); DRAFT MEMOS TO M. BARR
                                           AND L. APPEL RE: HANDLING ENGAGEMENT
                                           FOR SEARCH FIRM (0.1); TC WITH J.
                                           MILTON RE: BOARD SEARCH FIRM ISSUES
                                           (0.1); REVIEW MEMO FROM J. MILTON AND
                                           SPEIGEL EXAMPLE OF HANDLING BOARD
                                           SEARCH FIRM (0.1); DRAFT MEMO TO K.
                                           BRISTOR AND A. RESHTICK RE: PLAN
                                           DRAFT FOR TAX DISCLOSURE WORK (0.1);
                                           EXCHANGE EMAILS WITH J. BAKER, L.
                                           RODRIGUEZ AND H. ETLIN RE: ADDITIONAL
                                           DATA ON MSP DEATH BENEFIT (0.1);
                                           REVIEW AND RESPOND TO MEMO FROM J.
                                           POST RE: ADMINISTRATIVE CLAIM BAR
                                           DATE PROVISION (0.1); TC WITH J. POST
                                           RE: PROCEDURAL ISSUES ON
                                           ADMINISTRATIVE CLAIM BAR DATE (0.1);
                                           TC WITH R. DAVIS FOR AM SOUTH RE:
                                           PLAN STATUS (0.1); REVIEW AND REVISE
                                           DRAFT MEMO TO M. BARR RE: PLAN ISSUES
                                           (0.3); REVIEW MEMOS FROM M. BARR AND
                                           S. BURIAN RE: SUB CON COMPROMISE
                                           DISTRIBUTIONS (0.1); TC WITH F.
                                           HUFFARD RE: FORMULA ALTERNATIVE
                                           (0.1); EXCHANGE EMAILS WITH M. BARR,
                                           F. HUFFARD AND S. BURIAN RE: FORMULA
                                           ALTERNATIVE (0.1); CONF CALL WITH M.
                                           BARR AND F. HUFFARD RE: FORMULA
                                           ALTERNATIVE FOR PLAN (0.2); CONF CALL
                                           WITH D. DOGAN, L. RODRIGUEZ AND D.
                                           TURETKSY RE: EMPLOYEE COMMUNICATIONS
                                           RELATING TO PLAN FILING (0.2); TC
                                           WITH AND EMAIL TO D. TURETSKY RE:
                                           EMPLOYEE COMMUNICATION POINTS (0.1);

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

|  |  |  | EXCHANGE EMAILS WITH S. REISNER RE: FURTHER COMMENTS ON MSP PROVISIONS (0.1); DRAFT MEMO TO S. BUSEY RE: SPENCER STUART ISSUE (0.1); EXCHANGE EMAILS WITH R. BARUSCH AND K. BRISTOR RE: TRADING RESTRICTIONS AND KPMG/DELOITTE COORDINATION (0.1); TC WITH H. ETLIN RE: TAX COORDINATION (0.1); TC WITH M. FREITAG RE: PRESS RELEASE (0.1); REVIEW AND REVISE PLAN FILING PRESS RELEASE (0.3). |
| LAMAINA KA | 06/15/06 | 4.20 | RESEARCH APPLICABLE PLAN LANGUAGE FOR WINN-DIXIE POLICIES (3.3); TELECONFERENCE D. BITTER AND XROADS ON EXECUTORY PLAN CONTRACTS (.4); DRAFT PLAN STRATEGY ON CERTAIN PROVISIONS (.5). |
| RAVIN AS | 06/15/06 | 0.50 | REVIEW CORRSPONDENCE FROM K. LOGAN RE: CASH PAYMENTS UNDER PLAN (.1); REVIEW REVISED PLAN (.4). |
| RESHTICK AA | 06/15/06 | 3.50 | REVIEW REVISED DRAFT PLAN AND ANALYZE RELATED TAX ISSUES. |
| SAMBUR K | 06/15/06 | 4.80 | BEGIN TO DRAFT CONFIRMATION MOTION (4.8). |
| TURETSKY DM | 06/15/06 | 1.90 | FURTHER RESEARCH RE: CONVENIENCE CLASS ISSUES IN CONNECTION WITH PLAN OF REORGANIZATION (1.4); MEMO TO S. HENRY AND R. GRAY RE: CONVENIENCE CLASS ISSUES IN CONNECTION WITH PLAN OF REORGANIZATION (0.5). |
| BAKER DJ | 06/16/06 | 4.60 | CONTINUE PREPARATION OF SUMMARY OF MAJOR ELEMENTS OF PLAN FOR MEETING WITH BOARD OF DIRECTORS (3.8); TELEPHONE CALL J. SKELTON WITH RESPECT TO PLAN ISSUES (.3); PARTICIPATE IN CONFERENCE CALL WITH R. GRAY, B. NUSSBOOM, L. APPEL, D. BITTER, ET AL. RE: INSURANCE PRICING ISSUE (.5). |
| FELD SR | 06/16/06 | 6.50 | REVISE UTILITY SECTION OF DISCLOSURE STATEMENT (1); EMAIL M. FRANKS RE: LIBERTY MUTUAL PLAN SETTLEMENT (.4); MEETING WITH S. HENRY RE: LIBERTY MUTUAL PLAN TREATMENT (.4); REVISE MEMO RE: LIBERTY MUTUAL TREATMENTS (1.9); CONFERENCE CALL WITH M. FRANKS & T. PENNINGTON RE: LIBERTY MUTUAL PLAN SETTLEMENT (.6); PREPARE EMAIL RE: EXIT SURETY FACILITY (.4); CONTINUE TO REVIEW DRAFT PLAN (1.8). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW          06/16/06     4.10   CONF CALL WITH S. REISNER AND D.
                                     TURETSKY RE: MSP/SRP ISSUES IN PLAN
                                     (0.8); REVIEW PLAN LANGUAGE TO
                                     ADDRESS S. REISNER ISSUES (0.4);
                                     DRAFT MEMO TO S. REISNER RE: SAME
                                     (0.1); FOLLOWUP EMAIL EXCHANGE WITH
                                     S. REISNER RE: SIGNOFF FOR CLIENT
                                     (0.1); CONF CALL WITH D. SCHWARTZ OF
                                     MERCER, L. RODRIGUEZ, S. REISNER AND
                                     D. TURETSKY RE: MSP/SRP CALCULATIONS
                                     (0.5); EMAIL EXCHANGE WITH S.REISNER
                                     AND L.RODRIGUEZ RE: TERMINATION OF
                                     ACCRUALS (0.1); DRAFT MEMO TO MERCER
                                     REPRESENTATIVES ET AL. RE: PLAN
                                     LANGUAGE (0.2); TC WITH J. OCONNELL
                                     RE: PLAN DISTRIBUTION ISSUES (0.2);
                                     TC WITH D. VANSCHOOR RE: BOARD
                                     RESOLUTIONS (0.1); PARTICIPATE IN
                                     CONF CALL WITH B. NUSSBAUM, L. APPEL,
                                     D. BITTER, J. BAKER AND MARSH
                                     REPRESENTATIVE RE: D&O TAIL PRICING
                                     ISSUES (0.5); REVIEW MEMO FROM S
                                     .BUSEY RE: SPENCER STUART ISSUE AND
                                     DRAFT MEMO TO J. MILTON RE: SAME
                                     (0.1); REVIEW AND RESPOND TO MEMO
                                     FROM J. POST RE: COMPROMISE AND
                                     SETTLEMENT ISSUE IN PLAN (0.3); DRAFT
                                     MEMO TO K. BRISTOR ET AL. RE: STATUS
                                     OF TAX INFORMATION NEEDED FOR PLAN
                                     AND DISCLOSURE STATEMENT AND REVIEW
                                     REPLIES (0.2); DRAFT MEMO TO H. ETLIN
                                     ET AL. RE: NEED FOR COORDINATION ON
                                     TAX INFORMATION (0.2); REVIEW MEMO
                                     FROM L. APPEL RE: SAME AND FOLLOWUP
                                     EMAIL EXCHANGE WITH K. BRISTOR RE:
                                     RESPONSE (0.1); EMAIL EXCHANGE WITH
                                     R. BARUSCH RE: TRADING RESTRICTIONS
                                     (0.1); REVIEW AND RESPOND TO MEMO
                                     FROM S. FELD RE: LIBERTY MUTUAL
                                     PROVISION FOR PLAN (0.1).

LAMAINA KA       06/16/06     0.50   REVIEW PRECEDENT PLANS (.5).

RAVIN AS         06/16/06     0.10   REVIEW MEMOS FROM R. GRAY, K. BRISTOR
                                     AND D.J. BAKER RE: TAX ISSUES RELATED
                                     TO PLAN.

RESHTICK AA      06/16/06     4.20   ANALYZE POTENTIAL IMPACT OF EMERGENCE
                                     FROM BANKRUPTCY ON NET OPERATING
                                     LOSSES AND OTHER TAX ATTRIBUTES OF
                                     THE COMPANY.

SAMBUR K         06/16/06     4.20   RESEARCH CASE LAW IN THE ELEVENTH
                                     CIRCUIT REGARDING PLAN CONFIRMATION
                                     (4.2).

BARUSCH RC       06/17/06     4.30   REVIEW COMMENTS ON REVISED PLAN.

GRAY RW          06/17/06     0.80   REVIEW AND REVISE SUMMARY OF PLAN FOR
                                     BOARD (0.8).

BARUSCH RC       06/18/06     0.60   REVIEW ADDITIONAL PLAN ISSUES.

GRAY RW          06/18/06     0.90   REVISE PLAN TO REFLECT ADDITIONAL
                                     COMMENTS (0.8); PREPARE REDLINE FOR
                                     S. SOLL AND DRAFT MEMO TO S. SOLL RE:
                                     LATEST PLAN DRAFT (0.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RESHTICK AA | 06/18/06 | 3.70 | REVIEW DRAFT PLAN AND ANALYZE RELATED TAX ISSUES. |
| BAKER DJ | 06/19/06 | 1.30 | REVISE OUTLINE OF TERMS OF PLAN OF REORGANIZATION (1.3). |
| BARUSCH RC | 06/19/06 | 2.20 | REVIEW AND COMMENT ON DISCLOSURE SCHEDULE AND SECURITIES SECTION. |
| BRISTOR KM | 06/19/06 | 1.50 | MEET W/ AVI RESHTIK TO ANALYZE TAX ASPECTS OF DRAFT PLAN OF REORG. |
| HENRY S | 06/19/06 | 0.70 | REVIEW AND REVISE BOARD SUMMARY RELATING TO PLAN OF REORGANIZATION. |
| FELD SR | 06/19/06 | 3.10 | REVIEW DRAFT PLAN (1.2); DRAFT PLAN RIDERS (1.9). |
| GRAY RW | 06/19/06 | 3.90 | REVIEW LISTS OF CLAIMANTS RE: PARTICIPATION IN BELOW $3000 PAYOUT (0.1); TC WITH K. LOGAN RE: INCLUSION OF MSP/SRP IN CONVENIENCE CLAIM ANALYSIS (0.1); CONF CALL WITH B. NUSSBAUM, L. APPEL, F. HUFFARD, J. BAKER, S. BURIAN AND M. BARR RE: D&O TAIL ISSUES (0.8); REVIEW AND REVISE DRAFT MSP LETTER (0.4); DRAFT MEMO TO CLIENT AND ADVISORS RE: COMMENTS ON PLAN (0.1); FURTHER DRAFT/REVISE PLAN TO PREPARE FOR DISTRIBUTION TO BOARD (2.2); DRAFT MEMO TO L. APPEL ET AL. RE: BOARD DRAFT (0.1); DRAFT MEMO TO M. BARR RE: UPDATED PLAN DRAFT (0.1). |
| LAMAINA KA | 06/19/06 | 4.20 | CONTINUE RESEARCH PLAN PROVISIONS RE EXECUTORY OR NON-EXECUTORY AGREEMENTS (4.2). |
| RESHTICK AA | 06/19/06 | 6.70 | REVIEW DRAFT PLAN AND ANALYZE RELATED TAX ISSUES (5.2); DISCUSS TAX ISSUES RELATED TO THE PLAN WITH K. BRISTOR (1.5). |
| SAMBUR K | 06/19/06 | 3.60 | READ CASE LAW IN 11TH CIRCUIT REGARDING CONFIRMATION (3.6). |
| TURETSKY DM | 06/19/06 | 0.40 | FURTHER REVIEW AND COMMENT RE: PLAN PROVISIONS CONCERNING RETIREMENT CLAIMS (0.4). |
| WITTMAN, JR. RE | 06/19/06 | 1.80 | SEARCH FOR VARIOUS PRECEDENT PLAN EXHIBITS AND ASSEMBLE IN BINDERS. |
| BAKER DJ | 06/20/06 | 1.20 | REVIEW LATEST PLAN REVISIONS (.8); TELEPHONE CALL STEVE BUSEY AND R. GRAY WITH RESPECT TO PLAN ISSUES (.4). |
| FELD SR | 06/20/06 | 5.50 | DRAFT INSERTS FOR PLAN (2.3); REVIEW AND REVISE PLAN PROVISION RE: INSURANCE (1.0); ANALYSIS OF CLAIMS IN BOND/LOC BACKED CLAIM CLASS (2.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW           06/20/06      6.60   CONF CALL WITH L. RODRIGUEZ, S.
                                       REISNER, D. SCHWARTZ, ET AL. RE:
                                       MERCER COMMENTS ON PLAN PROVISIONS
                                       FOR MSP/SRP (0.7); CONF CALL WITH S.
                                       BUSEY AND J. BAKER RE: OPEN PLAN
                                       ISSUES AND PRE-FILING STRATEGIES AND
                                       LOGISTICS (0.4); CONTINUE REVISIONS
                                       TO MSP LETTER (0.7); REVIEW SRP
                                       LETTER DRAFT (0.1); REVIEW AND
                                       COMMENT ON REVISED PRESS RELEASE
                                       (0.2); REVIEW AND RESPOND TO MEMO
                                       FROM D. DOGAN RE: EMPLOYEE LETTERS
                                       (0.1); DRAFT MEMO TO D. DOGAN RE: MSP
                                       AND SRP LETTERS (0.1); DRAFT MEMO TO
                                       J. BAKER RE: PRESENT VALUE ISSUE IN
                                       PLAN (0.1); REVIEW INSURED CLAIM MEMO
                                       AND PLAN LANGUAGE FROM S. FELD (0.1);
                                       DRAFT MEMO TO S. FELD RE: SAME (0.1);
                                       DRAFT MEMO TO J. CASTLE AND J. POST
                                       RE: SAME (0.2); FOLLOWUP EMAIL
                                       EXCHANGE WITH J. CASTLE AND J. POST
                                       RE: SAME (0.1); REVIEW AND RESPOND TO
                                       MEMO FROM S. FELD RE: INSURANCE
                                       PROVISIONS IN PLAN (0.1); REVIEW AND
                                       REVISE DRAFT LETTER TO KERP
                                       PARTICIPANTS (0.7); REVIEW AND
                                       RESPOND TO MEMO FROM M. FRIETAG RE:
                                       MSP/SRP LETTERS (0.1); REVIEW AND
                                       RESPOND TO MEMO FROM S. BUSEY RE:
                                       PLAN FILING LOGISTICS (0.1); REVIEW
                                       AND RESPOND TO MEMOS FROM M. BARR RE:
                                       RETIREE SETTLEMENT AND BLENDED
                                       RECOVERY ISSUE (0.2); REVIEW MEMO
                                       FROM M. BARR RE: AD HOC TRADE DEAL
                                       AND FORWARD TO CLIENT AND ADVISORS
                                       (0.2); REVIEW AND COMMENT ON K.
                                       LUSSIER'S REVISIONS TO MSP/SRP
                                       LETTERS (0.1); REVIEW AND RESPOND TO
                                       MEMO FROM L. APPEL RE: TIMING ON
                                       FINAL BOARD MEETING (0.1); REVIEW AND
                                       REVISE LETTER TO LONG TERM INCENTIVE
                                       PLAN PARTICIPANTS (0.6); DRAFT MEMO
                                       TO D. DOGAN RE: SAME AND CONTINGENT
                                       CASH ISSUE (0.1); DRAFT MEMO TO L.
                                       APPEL ET AL. RE: TRADING RESTRICTIONS
                                       ON MSP/SRP CLAIMS (0.2); BEGIN
                                       REVIEW/REVISION OF FAQ (0.4); REVISE
                                       PLAN DRAFT (0.8).

RAVIN AS          06/20/06      0.20   REVIEW MEMOS FROM R. OLSHAM, R. GRAY
                                       AND D. J. BAKER RE: WINN-DIXIE
                                       TREATMENT OF MSP AND SRP IN
                                       BANKRUPTCY PLAN (.1); REVIEW MEMO
                                       FROM M. BARR RE: AD HOC TRADE DEAL
                                       (.1).

RESHTICK AA       06/20/06      1.00   CONFERENCE CALL RE: NET OPERATING
                                       LOSSES AND OTHER TAX ATTRIBUTES OF
                                       THE COMPANY AND POTENTIAL IMPACT OF
                                       EMERGENCE FROM BANKRUPTCY.
                                       PARTICIPANTS: J. SIMON, K. BRISTOR,.

SAMBUR K          06/20/06      2.20   CONTINUE TO REVISE CONFIRMATION
                                       MOTION (2.2).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TURETSKY DM | 06/20/06 | 0.40 | TELEPHONE CALL WITH A. RESHTICK RE: TAX IMPACT WITH RESPECT TO PROPOSED DISTRIBUTIONS UNDER PLAN OF REORGANIZATION (0.4). |
| KARPE JA | 06/20/06 | 1.00 | UPDATED SCHEDULE OF CLAIMS BY ADDING SCHEDULED/ALLOWED AMOUNTS FOR 30,000 AND 40,000 SERIES CLAIMS. |
| BAKER DJ | 06/21/06 | 5.60 | REVIEW OPEN PLAN OF REORGANIZATION POINTS, IN PREPARATION FOR PLAN MEETING (.7); TELEPHONE CALL FLIP HUFFARD, STEVE BUSEY AND ROSALIE GRAY REGARDING PLAN ISSUES (.8); CONFERENCE WITH MATT BARR, SAUL BURIAN AND FLIP HUFFARD WITH RESPECT TO PLAN ISSUES (2.6); TELEPHONE CALL STEVE BUSEY AND FLIP HUFFARD REGARDING PLAN ISSUES (1.0); TELEPHONE CALL JAY SKELTON REGARDING PLAN ISSUES (.2); TELEPHONE CALL LARRY APPEL REGARDING PLAN ISSUES (.2); TELEPHONE CALL MATT BARR WITH RESPECT TO POSITION OF CREDITORS COMMITTEE REGARDING PLAN OF REORGANIZATION (.1). |
| BARUSCH RC | 06/21/06 | 1.40 | REVIEW RISK FACTORS DISCLOSURES. |
| HENRY S | 06/21/06 | 0.40 | REVIEW SPECIFIC PROVISIONS OF REVISED PLAN RELATING TO CONTRACT AND INSURANCE ISSUES. |
| FELD SR | 06/21/06 | 0.20 | REVIEW REVISED PLAN DEFINITION OF BOND/LOC BACKED CLAIM. |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW          06/21/06       5.20   REVIEW EMAILS FROM F. HUFFARD, M.
                                       BARR, S. BURIAN AND D. HILTE RE: AD
                                       HOC TRADE COMPROMISE (0.1); CONF CALL
                                       WITH S. BUSEY, F. HUFFARD AND J.
                                       BAKER RE: PLAN ISSUES (0.8); FOLLOWUP
                                       EMAILS WITH J. DAWSON AND M.
                                       DUSSINGER RE: ADDITIONAL MERCER
                                       CALCULATIONS (0.1); REVIEW NEW
                                       SPREADSHEETS (0.1); TC WITH S.
                                       REISNER RE: MSP/SRP LANGUAGE IN PLAN
                                       (0.1); REVISE PROVISIONS AND FORWARD
                                       TO S. REISNER (0.1); TC WITH S. FELD
                                       RE: CHANGES TO BOND PROVISION IN PLAN
                                       (0.1); REVIEW MEMO FROM S. FELD RE:
                                       POSTPETITION CONTRACT ISSUE AND
                                       REVISE PLAN SECTION TO ADDRESS
                                       SECTION (0.2); DRAFT MEMO TO R.
                                       BARUSCH RE: PAR VALUE ISSUE AND
                                       REVIEW REPLY (0.1); DRAFT FURTHER
                                       MEMO TO R. BARUSCH RE: TOTAL
                                       AUTHORIZED SHARES AND REVIEW REPLY
                                       (0.1); REVIEW AND COMMENT ON REVISED
                                       LETTERS FOR MSP/SRP PARTICIPANTS FROM
                                       M. FREITAG (0.1); DRAFT MEMO TO D.
                                       TURETSKY RE: INTEREST RATE ISSUE AND
                                       REVIEW REPLY (0.1); REVIEW MEMO FROM
                                       L. APPEL AND DELOITTE LANGUAGE AND
                                       DRAFT REPLY (0.1); CONF WITH J. BAKER
                                       AND A. RAVIN RE: PLAN AND DISCLOSURE
                                       STATEMENT ISSUES (1.0); ATTEND
                                       MEETING AT HOULIHAN WITH HOULIHAN AND
                                       MILBANK TEAMS, F. HUFFARD AND J.
                                       BAKER RE: PLAN ISSUES (2.0); FOLLOWUP
                                       DISCUSSION WITH F. HUFFARD AND J.
                                       BAKER RE: SAME (0.1).

SAMBUR K         06/21/06       9.60   CONTINUE TO REVISE CONFIRMATION
                                       MOTION (9.6).

TURETSKY DM      06/21/06       0.20   MEMO TO R. GRAY RE: APPROPRIATE
                                       INTEREST RATE FOR SECURED CLAIMS
                                       UNDER PLAN OF REORGANIZATION (0.2).

BAKER DJ         06/22/06      11.10   PREPARE FOR MEETING WITH BOARD OF
                                       DIRECTORS REGARDING PLAN OF
                                       REORGANIZATION (1.8); MEET WITH LARRY
                                       APPEL, PETER LYNCH AND STEVE BUSEY
                                       REGARDING PLAN ISSUES (1.0); MEET
                                       WITH JAY SKELTON, STEVE BUSEY AND
                                       FLIP HUFFARD WITH RESPECT TO PLAN
                                       ISSUES (1.0); ATTEND MEETING OF BOARD
                                       OF DIRECTORS (3.6); ANALYZE LATEST
                                       REVISIONS TO PLAN (1.7); CONFERENCE
                                       CALL WITH L. APPEL, F. HUFFARD, S.
                                       BUSEY AND R. GRAY REGARDING PLAN
                                       ISSUES.

BARUSCH RC       06/22/06       1.80   REVIEW AND ADVISE CLIENT ON SHARE
                                       AUTHORIZATION FOR PLAN.

HENRY S          06/22/06       3.50   REVIEW CASES FROM 11TH CIRCUIT IN
                                       CONNECTION WITH BRIEF IN SUPPORT OF
                                       CONFIRMATION (3.4); T/C R. GRAY
                                       REGARDING PROVISIONS IN
                                       REORGANIZATION PLAN RELATING TO
                                       INSURANCE (.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW          06/22/06      7.90  PRELIMINARY REVIEW OF MILBANK MARKUP
                                     AND DRAFT MEMO TO J. BAKER RE: SAME
                                     (0.1); FURTHER REVIEW OF MARKUP FOR
                                     CONSULT/CONSENT RIGHTS AND DRAFT MEMO
                                     TO L. APPEL RE: SAME (0.6); DRAFT
                                     MEMO TO C. JACKSON RE: TAX CLAIM
                                     STATUS AND PLAN TREATMENT AND REVIEW
                                     REPLY (0.1); DRAFT MEMO TO D. DOGAN
                                     ET AL. RE: FAQ STATUS AND BENEFITS
                                     ASSISTANCE (0.1); REVIEW FOLLOWUP
                                     EMAILS FROM M. FREITAG AND D. BENNETT
                                     (0.1); DRAFT MEMO TO S. REISNER RE:
                                     ASSISTING WITH FAQ (0.1); DRAFT MEMO
                                     TO J. OCONNELL RE: DEFERRED PAYMENT
                                     INTEREST RATE AND REVIEW REPLY (0.1);
                                     DRAFT MEMO TO C. JACKSON ET AL. RE:
                                     INTEREST RATE ISSUE (0.1); REVIEW AND
                                     RESPOND TO MEMO FROM S. SOLL RE: PLAN
                                     STATUS (0.1); REVIEW CASH
                                     COLLATERALIZATION ISSUE WITH T.
                                     BOYDELL RE COMMENT FROM S. SOLL
                                     (0.1); DRAFT MEMO TO S. SOLL RE: SAME
                                     (0.1); CONF CALL WITH L. APPEL, S.
                                     BUSEY, J. BAKER, WITH F. HUFFARD AND
                                     J. CASTLE FOR PART, RE: PLAN ISSUES
                                     AND IMPLEMENTATION STRATEGIES (2.0);
                                     REVIEW AND RESPOND TO MEMO FROM J.
                                     HELFAT RE: PLAN STATUS ISSUES (0.1);
                                     TC WITH L. RODRIGUEZ RE: FAQ STATUS
                                     (0.1); REVIEW AND RESPOND TO MEMO
                                     FROM M. FRIETAG RE: OFFICER AND
                                     DIRECTOR PROVISION (0.1); DRAFT MEMO
                                     TO M. BARR FORWARDING COPIES OF
                                     MSP/SRP PLANS (0.1); TC WITH S. HENRY
                                     RE: PLAN INSURANCE PROVISIONS (0.1);
                                     DRAFT MEMO TO R. BARUSCH RE:
                                     REGISTRATION RIGHTS AGREEMENT (0.1);
                                     REVISE PLAN TO INCORPORATE COMMENTS
                                     FROM MILBANK AND OTHER CLIENT/ADVISOR
                                     COMMENTS (3.7).

SAMBUR K         06/22/06      5.60  RESEARCH CASE LAW REGARDING 1129
                                     ISSUE AND SUBSTANTIVE CONSOLIDATION
                                     (5.6).

BAKER DJ         06/23/06      3.70  REVIEW EMAIL FROM MATT BARR REGARDING
                                     PLAN ISSUES (.2); RESPOND TO EMAIL
                                     FROM MR. BARR REGARDING PLAN ISSUES
                                     (.2); REVIEW REPLY FROM MATT BARR
                                     (.1); RESPOND TO REPLY FROM MATT BARR
                                     (.2); REVIEW LATEST DRAFT OF PLAN OF
                                     REORGANIZATION (2.8); TELEPHONE CALL
                                     SALLY HENRY REGARDING PLAN
                                     CONFIRMATION ISSUES (.2).

FELD SR          06/23/06      0.70  REVIEW PLAN PROVISIONS ON WORKERS
                                     COMP.

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW          06/23/06      3.60   CONTINUE REVISIONS TO PLAN (0.9);
                                      DRAFT MEMO TO J. BAKER RE: OPEN
                                      ISSUES (0.1); DRAFT MEMO TO J. POST
                                      ET AL. RE: LITIGATION CLAIMS/CASH OUT
                                      PROVISIONS (0.1); TC WITH J. BAKER
                                      RE: HANDLING OF OPEN ISSUES IN DRAFT
                                      (0.1); DRAFT MEMOS CIRCULATING PLAN
                                      DRAFT TO M. BARR, ET AL. (0.1);
                                      REVIEW MEMOS FROM M. BARR AND J.
                                      BAKER RE: HANDLING OF OPEN ISSUES
                                      (0.1); DRAFT MEMO TO B. KICHLER ET
                                      AL. RE: VENDOR DEAL SHEETS AND
                                      FOLLOWUP EMAIL EXCHANGE (0.1); DRAFT
                                      MEMO TO L. APPEL ET AL. RE: TERM LIFE
                                      INSURANCE PROVISION (0.1); FOLLOWUP
                                      EMAIL EXCHANGE WITH J. CASTLE AND D.
                                      DOGAN RE: SAME (0.1); VOICEMAIL AND
                                      EMAIL EXCHANGE WITH D. DOGAN RE:
                                      EMPLOYEE FAQ FOR PLAN (0.1); REVIEW
                                      AND RESPOND TO MEMO FROM S. FELD RE:
                                      WORKERS COMP ISSUES IN PLAN (0.1); TC
                                      WITH S. HENRY RE: WORKERS COMP PLAN
                                      TREATMENT (0.1); REVIEW PRECEDENT
                                      PLAN PROVISIONS RE: WORKERS COMP
                                      CLAIM TREATMENT (0.2); TC WITH J.
                                      POST RE: PLAN LANGUAGE ON SETTLEMENTS
                                      (0.1); DRAFT MEMO TO BANKING AND REAL
                                      ESTATE TEAMS RE: STATUS OF REAL
                                      ESTATE TRANSFER PROPOSALS (0.2);
                                      REVIEW AND RESPOND TO MEMOS FROM J.
                                      CASTLE AND K. ROMEO RE: SMALL CLAIMS
                                      PROVISIONS IN CONTEXT OF LITIGATION
                                      CLAIMS (0.1); REVIEW ADDITIONAL S.
                                      REISNER COMMENTS ON PLAN AND
                                      INCORPORATE SAME (0.2); DRAFT MEMO TO
                                      C. IBOLD RE: OPEN REAL ESTATE ISSUES
                                      IN PLAN (0.2); FOLLOWUP EMAIL
                                      EXCHANGE WITH C. IBOLD AND
                                      BANKING/REAL ESTATE TEAMS RE:
                                      SCHEDULE FOR ADDRESSING (0.1); TC
                                      WITH K. BLAIR RE: DELOITTE LANGUAGE
                                      FOR INTERCOMPANY CLAIMS (0.1); REVIEW
                                      MILBANK COMMENTS ON 6/23 PLAN DRAFT
                                      (0.2); DRAFT MEMO TO M. BARR RE:
                                      INDENTURE TRUSTEE PROVISION (0.1);
                                      DRAFT MEMO TO M. BARR RE: NUMBER OF
                                      SHARES FOR UNSECURED CLASSES (0.1).

LAMAINA KA       06/23/06      0.90   MEMORANDA TO K. HARDEE AND D. BITTER
                                      ON LETTERS OF CREDIT TRMT ON PLAN
                                      (.9).

RAVIN AS         06/23/06      0.40   REVIEW REVISED DRAFT OF PLAN.

RESHTICK AA      06/23/06      3.60   REVIEW REVISED DRAFT PLAN AND ANALYZE
                                      RELATED TAX ISSUES.

GRAY RW          06/25/06      4.60   REVIEW MILBANK COMMENTS TO PLAN
                                      (0.3); DRAFT MEMOS TO M. BARR RE:
                                      CLARIFICATION OF CERTAIN COMMENTS
                                      (0.2);  EXCHANGE EMAILS WITH J. BAKER
                                      RE: VARIOUS PLAN ISSUES (0.2); REVIEW
                                      AND RESPOND TO MEMO FROM L. APPEL RE:
                                      MSP/SRP TERMINATION TERMINOLOGY
                                      (0.1); REVISE PLAN (3.8).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

BAKER DJ        06/26/06      5.50    CONTINUE REVIEW OF REVISIONS TO PLAN
                                      OF REORGANIZATION (1.9); CONFERENCE
                                      CALL WITH MATT BARR, LARRY APPEL AND
                                      ROSALIE GRAY ET AL REGARDING
                                      REVISIONS TO PLAN (2.1); TELEPHONE
                                      CALL WITH MATT BARR REGARDING PLAN
                                      ISSUES (.3); TELEPHONE CALL LARRY
                                      APPEL REGARDING PLAN ISSUES (.3); T/C
                                      R. GRAY RE: ASSORTED PLAN ISSUES
                                      (.1); TELEPHONE CALL JAY SKELTON WITH
                                      RESPECT TO PLAN ISSUES (.3); REVIEW
                                      ISSUES RAISED BY CREDITORS COMMITTEE
                                      WITH RESPECT TO PLAN (.3); CONFER
                                      WITH R. GRAY AND J. HELFAT RE: EXIT
                                      FINANCING (.2).

BARUSCH RC      06/26/06      2.20    REVIEW AND COMMENT ON PLAN.

HENRY S         06/26/06      1.30    REVIEW REVISED VERSION OF
                                      REORGANIZATION PLAN (.8); REVIEW
                                      MEMORANDUM FROM R. GRAY RELATING
                                      THERETO (.3); MEMORANDUM RE TREATMENT
                                      OF WORKERS' COMPENSATION CLAIM IN
                                      CONNECTION THEREWITH (.2).

FELD SR         06/26/06      3.50    REVIEW AND COMMENT ON REVISED DRAFT
                                      PLAN (1.0); DEVELOP ESTIMATE FOR
                                      BOND/LOC BACKED CLAIM CLASS (2.5).

GRAY RW         06/26/06      6.30    TC WITH L. RODRIGUEZ RE: MSP/SRP FAQ
                                      (0.1); FURTHER TC WITH L. RODRIGUEZ
                                      RE: EMPLOYEE LETTERS (0.1); DRAFT
                                      MEMO TO M. BARR RE: 105% PROVISION,
                                      REVIEW REPLY, AND FOLLOWUP EMAIL
                                      EXCHANGE (0.1); FURTHER EMAIL WITH P.
                                      NECKLES AND T. BOYDELL RE: 105%
                                      PROVISION (0.1); VOICEMAIL/EMAIL
                                      EXCHANGE WITH A. MARGOLIS RE:
                                      WACHOVIA ISSUE ON DIP TREATMENT
                                      (0.1); DRAFT LANGUAGE TO ADDRESS
                                      WACHOVIA ISSUE (0.1); PREPARE LIST OF
                                      OPEN ISSUES (0.7); CONF CALL WITH J.
                                      BAKER AND J. HELFAT RE: WACHOVIA
                                      ISSUES (0.2); TC WITH J. BAKER RE:
                                      HANDLING OF OPEN ISSUES (0.1); TC
                                      WITH C. JACKSON RE: SECURED CLAIM
                                      CLASS ISSUE (0.1); REVIEW AND EDIT
                                      EMPLOYEE LETTERS RE: PLAN (0.4);
                                      REVIEW EMAIL FROM S. FELD RE: PLAN
                                      COMMENT, AND INCORPORATE SAME, AND TC
                                      WITH S. FELD RE: CLASS CLAIM ESTIMATE
                                      (0.1); REVIEW AND EDIT EMPLOYEE FAQ
                                      (0.8); CONTINUE REVISIONS TO PLAN
                                      (0.7); DRAFT MEMO TO M. BARR RE:
                                      REVISED PLAN (0.1); DRAFT MEMO TO L.
                                      APPEL ET AL. RE: REVISED PLAN AND
                                      OPEN ISSUES (0.2); CONF CALL WITH L.
                                      APPEL, F. HUFFARD, J. BAKER AND
                                      MILBANK/HOULIHAN TEAMS RE: PLAN
                                      ISSUES (2.1); EXCHANGE EMAILS WITH K.
                                      BLAIR RE: INTERCOMPANY CLAIM
                                      PROVISION (0.1); REVIEW REVISED PRESS
                                      RELEASE (0.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LAMAINA KA | 06/26/06 | 3.20 | REVIEW PLAN PROVISION RE INSURANCE (1.2); TELECONFERENCE D. BITTER, A. REED ON CLAIMS IN PLAN (1.1); REVIEW/REVISE FURTHER EXECUTORY SCHEDULE FROM D. BITTER (.5); DRAFT MEMORANDA FOR COMPANY ON REQUESTED INFO ON PLAN (.4). |
| RAVIN AS | 06/26/06 | 0.20 | REVIEW REVISED PLAN OF REORGANIZATION (.2). |
| SAMBUR K | 06/26/06 | 6.20 | CONTINUE TO REVISE CONFIRMATION MOTION (6.2). |
| TURETSKY DM | 06/26/06 | 1.90 | FURTHER REVIEW AND COMMENT RE: PLAN OF REORGANIZATION (1.4); RESEARCH RE: PERMISSIBILITY VOTE AGGREGATION IN CONNECTION WITH PLAN VOTING (0.4); E-MAIL TO R. GRAY AND A. RAVIN RE: PERMISSIBILITY VOTE AGGREGATION IN CONNECTION WITH PLAN VOTING (0.1). |
| KARPE JA | 06/26/06 | 4.50 | READ SKADDEN RESPONSE TO INITIAL REPORT OF INTERIM APPLICATION (2.4); IMPORT DESCRIPTIONS OF VARIOUS MATTERS INTO SECOND INTERIM FEE APPLICATION, PUTTING IN CORRECT ORDER BY MATTER NUMBER AND TOTAL FEES/EXPENSES (2.1);. |
| BAKER DJ | 06/27/06 | 5.20 | TELEPHONE CALL WITH MATT BARR AND R. GRAY WITH RESPECT TO COMMITTEE COMMENTS ON PLAN OF REORGANIZATION (.3); EMAIL TO LARRY APPEL AND JAY CASTLE WITH RESPECT TO COMMITTEE COMMENTS ON PLAN (.4); REVIEW SOLICITATION NOTICE TRANSMITTED TO CREDITORS (.4); REVIEW CHANGES TO PLAN (.9); T/C R. GRAY RE: PLAN ISSUES (.3); TELEPHONE CALL WITH FLIP HUFFARD WITH RESPECT TO PLAN ISSUES (.2); REVISE PLAN LANGUAGE WITH RESPECT TO ISSUES THAT ARE UNRESOLVED WITH COMMITTEE (1.1); TELEPHONE CALL WITH STEVE BUSEY WITH RESPECT TO PLAN ISSUES (.3); TELEPHONE CALL WITH LARRY APPEL WITH RESPECT TO PLAN ISSUES (.3); REVIEW FURTHER PLAN REVISIONS (.5); CONFERENCE CALL WITH S. BURAX, M. BARR, R. GRAY AND A. RAVIN RE: PLAN ISSUES (.5). |
| BARUSCH RC | 06/27/06 | 6.30 | ANALYZE S-3 ISSUES AND NEW COMMON STOCK ISSUES. |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

```
FELD SR            06/27/06      3.10   CONFERENCE CALL W/ M. BARR RE
                                        WORKERS' COMP PLAN PROVISIONS (.2);
                                        CONTINUE TO DEVELOP ESTIMATE FOR
                                        BOND/LOC BACKED CLAIM CLASS (1.5);
                                        TEL. CONFS. WITH D. BITTER RE
                                        WORKER'S COMP. PLAN PROVISION (.3);
                                        CONFERENCE CALL WITH J. YOUNG RE
                                        WORKERS' COMP PLAN PROVISION (.2);
                                        ANALYZE WORKERS' COMP RESERVE REPORT
                                        (.7); PREPARE INTERNAL EMAIL RE
                                        WORKERS' COMP RESERVE (.7); REVIEW
                                        CHANGES IN REVISED PLAN AND
                                        DISCLOSURE STATEMENT (.5).
```

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW        06/27/06       6.70   EXCHANGE EMAILS WITH P. NECKLES RE:
                                     WACHOVIA DIP CLAIM LANGUAGE (0.1); TC
                                     WITH P. NECKLES RE: SAME (0.1);
                                     REVISE DIP CLAIM LANGUAGE AND DRAFT
                                     MEMO TO P. NECKLES RE: SAME (0.2);
                                     DRAFT BOARD RESOLUTION AUTHORIZING
                                     FILING OF PLAN (0.7); REVISE PLAN
                                     LANGUAGE RE: REAL ESTATE TRANSFERS
                                     AND DRAFT MEMO TO C. IBOLD ET AL. RE:
                                     SAME (0.3); REVIEW EMAILS WITH
                                     COMMENTS AND REVISE SAME (0.1);
                                     REVIEW AND RESPOND TO MEMO FROM R.
                                     BARUSCH RE: DEBTOR OBLIGOR ISSUE ON
                                     LEASES (0.1); EXCHANGE EMAILS WITH D.
                                     VANSCHOOR RE: BOARD RESOLUTIONS AND
                                     STATUS OF DRAFTS (0.1); REVIEW MARKUP
                                     FROM MILBANK TO LATEST VERSION OF
                                     PLAN (0.2); EXCHANGE EMAILS WITH M.
                                     BARR TO CLARIFY CERTAIN COMMENTS
                                     (0.2); DRAFT MEMO TO M. BARR RE:
                                     ADDITION OF WORKERS COMP CLAIM CLASS
                                     (0.2); TC WITH J. BAKER RE: MILBANK
                                     COMMENTS (0.2); EXCHANGE EMAILS WITH
                                     D. SANFORD RE: EXPLANATION OF DIXON
                                     TRUST PROVISIONS (0.1); DRAFT MEMO TO
                                     H. ETLIN RE: VENDOR/SUPPLIER CLAIMS
                                     AND REJECTION DAMAGES (0.1); DRAFT
                                     MEMO TO S. HENRY ET AL RE:
                                     EXPLANATION FOR WORKERS COMP CLAIMS
                                     (0.1); REVISE PLAN TO ADDRESS LATEST
                                     SET OF COMMENTS (0.9); DRAFT MEMO TO
                                     M. BARR ET AL. RE: SAME (0.1); DRAFT
                                     MEMO TO F. HUFFARD ET AL. RE: CAP FOR
                                     SMALL CLAIM DISTRIBUTIONS AND
                                     FOLLOWUP EMAIL EXCHANGE (0.2); DRAFT
                                     MEMO TO R. BARUSCH RE: STAGGERED
                                     BOARD PROVISION (0.1); EXCHANGE
                                     EMAILS WITH L. APPEL RE: MATERIALS
                                     FOR BOARD (0.1); CONF CALL WITH M.
                                     BARR, S. BURIAN, J. BAKER, A. RAVIN
                                     ET AL. RE: PLAN ISSUES (0.5); TC WITH
                                     J. CASTLE AND K. ROMEO RE: INSURED
                                     CLAIMS (0.3); DRAFT MEMO TO J. HELFAT
                                     RE: PLAN DRAFT (0.1); REVIEW MEMO
                                     FROM D. STANFORD RE: DIXON TRUST AND
                                     DRAFT MEMO TO M. BARR RE: SAME (0.1);
                                     REVISE PLAN RE: CLAIM REDUCTION
                                     OPTION FOR UNSECURED CLASSES (0.3);
                                     CONF CALL WITH M. BARR AND J. BAKER
                                     RE: PLAN ISSUES (0.3); FURTHER REVISE
                                     PLAN AND FINALIZE FOR TRANSMISSION TO
                                     BOARD (0.7); DRAFT MEMOS TO BOARD RE:
                                     PLAN, DISCLOSURE STATEMENT,
                                     COMMITMENT LETTER AND RESOLUTIONS
                                     (0.2).

LAMAINA KA     06/27/06       3.60   REVIEW PLAN LANGUAGE ON CLASS 4 (.5);
                                     TELECONFERENCE/MEMORANDA D. YOUNG, M.
                                     DUSSINGER ON LANGUAGE RE CLASS 4
                                     (.5); REVIEW COMPANY SCHEDULES FOR
                                     PLAN (.8); TELECONFERENCES WITH
                                     VARIOUS COMPANY MEMBERS SUCH AS D.
                                     YOUNG, D. BITTER, C. SONG REGARDING
                                     PLAN TREATMENT ON LETTERS OF CREDIT,
                                     BONDS (1.8).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          06/27/06     0.50   TELEPHONE CONFERENCE WITH D.J. BAKER,
                                      R. GRAY, M. BARR AND S, BURIAN RE:
                                      PLAN COMMENTS.

RESHTICK AA       06/27/06     3.20   ANALYZE TAX ISSUES RELATED TO THE
                                      PLAN OF REORGANIZATION.

TURETSKY DM       06/27/06     1.10   FURTHER RESEARCH RE: PERMISSIBILITY
                                      VOTE AGGREGATION IN CONNECTION WITH
                                      PLAN VOTING (0.8); MEMO TO R. GRAY,
                                      D. J. BAKER, AND A. RAVIN RE:
                                      PERMISSIBILITY VOTE AGGREGATION IN
                                      CONNECTION WITH PLAN VOTING (0.3).

BAKER DJ          06/28/06     6.50   PREPARE FOR CONFERENCE CALL WITH
                                      BOARD OF DIRECTORS WITH RESPECT TO
                                      PLAN OF REORGANIZATION (.6);
                                      TELEPHONE CALL WITH JAY SKELTON WITH
                                      RESPECT TO PLAN ISSUES (.4);
                                      TELEPHONE CALL WITH PETER LYNCH WITH
                                      RESPECT TO PLAN ISSUES (.2);
                                      TELEPHONE CALL WITH MATT BARR WITH
                                      RESPECT TO COMMITTEE ISSUES WITH PLAN
                                      (.3); TELEPHONE CALL WITH LARRY
                                      APPEL, STEVE BUSEY AND ROSALIE GRAY
                                      WITH RESPECT TO PLAN ISSUES (1.1);
                                      REVIEW CHANGES TO PLAN (.4);
                                      TELEPHONE CALL WITH MATT BARR WITH
                                      RESPECT TO PLAN CHANGES (.2); REVIEW
                                      EMAIL FROM MATT BARR REGARDING PLAN
                                      CHANGES (.1); RESPOND TO EMAIL FROM
                                      MATT BARR WITH RESPECT TO PLAN
                                      CHANGES (.2); TELEPHONE CALL WITH
                                      LARRY APPEL AND ROSALIE GRAY WITH
                                      RESPECT TO UNRESOLVED PLAN ISSUES
                                      (.3); REVIEW LATEST CHANGES TO PLAN
                                      (.7); TELEPHONE CALL MATT BARR WITH
                                      RESPECT TO CHANGES IN PLAN (.2);
                                      PARTICIPATE IN CONFERENCE CALL WITH
                                      BOARD WITH RESPECT TO CHANGES TO PLAN
                                      (.6); REVIEW REVISED PRESS RELEASE
                                      REGARDING PLAN OF REORGANIZATION
                                      (.3); TELEPHONE CALL WITH MATT BARR
                                      WITH RESPECT TO CHANGES TO PLAN (.2);
                                      TELEPHONE CALL LARRY APPEL WITH
                                      RESPECT TO CHANGES TO PLAN (.2);
                                      TELEPHONE CALL WITH MICHAEL FREITAG
                                      WITH RESPECT TO COMMUNICATIONS
                                      STRATEGY FOR PLAN (.2); REVIEW
                                      REVISED PRESS RELEASE TO BE ISSUED
                                      WITH RESPECT TO PLAN OF
                                      REORGANIZATION (.3).

BARUSCH RC        06/28/06     6.90   PRODUCE FINAL PLAN CHANGES (4.2);
                                      PREPARE PRESS RELEASE AND IR ISSUES
                                      LIST (2.7).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW            06/28/06       5.40   EXCHANGE EMAILS WITH K. SAMBUR RE:
                                         CASH ELECTION FORM (0.1); DRAFT MEMO
                                         TO L. RODRIGUEZ RE: CHANGE IN
                                         REDUCTION FEATURE (0.1); EXCHANGE
                                         EMAILS WITH S. SOLL RE: CHANGES TO
                                         TRANSFER TAX PROVISIONS (0.1); REVISE
                                         PLAN ACCORDINGLY (0.1); TC WITH S.
                                         BUSEY, A. RAVIN AND C. JACKSON RE:
                                         STATUS OF DOCUMENTS AND OPEN ISSUES
                                         (0.3); REVIEW ADDITIONAL PLAN
                                         COMMENTS FROM MILBANK (0.2); DRAFT
                                         MEMO TO L. APPEL ET AL. RE: SAME
                                         (0.1); DRAFT MEMO TO H. ETLIN ET AL.
                                         RE: REJECTION DAMAGE CLAIMS IN
                                         VENDOR/SUPPLIER CATEGORY (0.1);
                                         REVIEW MEMO FROM S. REISNER RE: 10%
                                         DISCOUNT CARD TAX ISSUE (0.2); DRAFT
                                         MEMO TO L. APPEL ET AL. RE: SAME
                                         (0.1); CONF CALL WITH L. APPEL, S.
                                         BUSEY, J. BAKER, A. RAVIN, F. HUFFARD
                                         AND J. CASTLE RE: PLAN ISSUES (1.1);
                                         REVISE PLAN TO REFLECT LATEST SET OF
                                         COMMENTS AND TRANSMIT TO CLIENT AND
                                         ADVISORS (0.8); DRAFT MEMO TO M. BARR
                                         RE: REVISED PLAN (0.1); MULTIPLE CONF
                                         CALLS WITH L. APPEL, S. BUSEY, J.
                                         BAKER AND A. RAVIN RE: OPEN COMMITTEE
                                         ISSUES (0.9); ADDITIONAL FOLLOWUP
                                         CONF CALLS WITH SAME TO ADDRESS
                                         ISSUES (0.8); CONF CALLS WITH L.
                                         APPEL AND J. BAKER RE: ISSUES (0.3);
                                         FINALIZE PLAN FOR FILING (1.8); DRAFT
                                         MEMO TO C. JACKSON RE: PLAN FILING
                                         (0.1).

LAMAINA KA         06/28/06       2.90   RESEARCH RE INSURANCE PLANS AND
                                         DISCLOSURE STATEMENT RAISED BY
                                         INSURANCE COMP.  (.4); REVIEW PLAN
                                         LANGUAGE AND SUGGEST REVISIONS (.5);
                                         REVIEW LOGAN CLAIMS - PLAN
                                         INFORMATION FOR PLAN (1.4); PREPARE
                                         SUMMARY ON STATUS ON PLAN INFORMATION
                                         (.6).

SAMBUR K           06/28/06       1.40   CONTINUE TO DRAFT CONFIRMATION MOTION
                                         (1.4).

BAKER DJ           06/29/06       4.90   CONTINUE FINAL REVIEW OF REVISIONS TO
                                         PLAN OF REORGANIZATION (3.1);
                                         TELEPHONE CALL WITH MATT BARR WITH
                                         RESPECT TO PLAN ISSUES (.2); PREPARE
                                         EMAIL REGARDING FILING OF PLAN (.4);
                                         TELEPHONE CALL WITH STEVE BUSEY
                                         REGARDING FILING OF PLAN (.4); REVIEW
                                         DISTRIBUTION RESERVE ISSUES IN PLAN
                                         OF REORGANIZATION (.6).

BARUSCH RC         06/29/06       2.20   REVIEW POST FILING ISSUES.

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 06/29/06 | 1.30 | REVIEW AND RESPOND TO MEMOS FROM L. RODRIGUEZ AND H. ETLIN RE: 10% DISCOUNT CARD (0.2); EMAIL EXCHANGE WITH S. REISNER RE: SAME (0.1); REVIEW FURTHER MEMOS FROM L. RODRIGUEZ AND H. ETLIN RE: MSP/SRP TAX ISSUES (0.1); DRAFT MEMO TO M. BARR RE: TAX ISSUE ON 10% DISCOUNT CARD (0.3); DRAFT MEMO TO A. RESHTICK AND K. BRISTOR RE: COMMON STOCK RESERVE ISSUES (0.2); REVIEW MEMOS FROM L. APPEL AND J. BAKER RE: PENDING ISSUES ON PLAN AND DRAFT REPLY (0.1); BEGIN WORK ON PENDING ISSUES LIST (0.2); DRAFT MEMO TO M. BARR RE: OPEN ISSUES LIST AND REVIEW REPLY (0.1). |
| LAMAINA KA | 06/29/06 | 8.20 | CONFERENCES DALE BITTER RE ACE (3.1); CONFERENCES MILBANK AND ALVAREZ RE SECURITY IN PLAN (.9); PREPARE MEMORANDA FOR P. LYNCH ON INSURANCE (.4); REVIEW INSURANCE POLICIES FOR CALL WITH MILBANK (.9); REVIEW POTENTIAL ISSUES RE AUG. HEARING ON PLAN (2.1); REVIEW PRESENT SECURITY ON ACE (.8). |
| RAVIN AS | 06/29/06 | 0.10 | REVIEW MEMOS FROM R. GRAY AND D. J. BAKER RE: 10% DISCOUNT CARD ISSUE, REVIEW CORRESPONDENCE FROM L. APPEL RE: SAME. |
| SAMBUR K | 06/29/06 | 3.90 | BEGIN RESEARCH ON TAIL INSURANCE POLICIES (3.9). |
| BAKER DJ | 06/30/06 | 0.70 | CONFERENCE CALL WITH R. GRAY, S. BUSEY ET AL REGARDING RESERVE (.6); TELEPHONE CALL WITH R. GRAY REGARDING RESERVE (.1). |
| BARUSCH RC | 06/30/06 | 1.70 | REVIEW AND REVISE CHECKLIST. |
| GRAY RW | 06/30/06 | 2.30 | REVIEW AND RESPOND TO MEMO FROM L. RODRIGUEZ RE: REVISED MSP/SRP FAQ DOCUMENT (0.1); REVIEW AND FURTHER EDIT MSP/SRP FAQ DOCUMENT (0.6); DRAFT MEMO TO L. RODRIGUEZ ET AL. RE: ISSUES (0.1); REVIEW MARKUP FROM S. REISNER (0.1); REVIEW FINAL DOCUMENT FROM L. RODRIGUEZ AND PROVIDE COMMENT (0.1); REVIEW MEMO AND OPEN ISSUES LIST FROM R. BARUSCH RE: CORPORATE ISSUES (0.1); REVIEW AND RESPOND TO MEMO FROM L. APPEL RE: CONSOLIDATING LISTS (0.1); TC WITH S. BUSEY, J. POST AND C. JACKSON RE: COMMON STOCK RESERVE ISSUES (0.1); TC WITH J. BAKER RE: SAME (0.1); CONF CALL WITH S. BUSEY, J. POST, C. JACKSON AND J. BAKER RE: COMMON STOCK RESERVE ISSUES (0.6); FOLLOWUP TC WITH J. BAKER RE: SAME (0.1); DRAFT MEMO TO S. BUSEY ET AL. RE: DISCLOSURE STATEMENT LANGUAGE COVERING DISPUTED LANGUAGE (0.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

LAMAINA KA          06/30/06        3.60   FINALIZE LETTER OF CREDIT ISSUES ON
                                           ACE RE PLAN (3.6).

**MATTER TOTAL**                    **457.70**

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                    Bill Date: 06/30/06
Retention / Fee Matters (SASM&F)                 Bill Number: 1113475

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 06/01/06 | 0.10 | REVIEW AND COMMENT ON REVISED SUPPLEMENTAL DECLARATION (0.1). |
| TURETSKY DM | 06/01/06 | 2.50 | FURTHER ANALYSIS AND RESEARCH RE: POTENTIAL DISCLOSURE PARTY ISSUES (1.3); FURTHER REVISE FIFTH SUPPLEMENTAL SKADDEN DECLARATION (0.4); E-MAILS TO R. GRAY RE: POTENTIAL DISCLOSURE PARTY ISSUES (0.2); TELEPHONE CALL WITH R. GRAY RE: FIFTH SUPPLEMENTAL SKADDEN DECLARATION (0.2); E-MAIL TO D. J. BAKER RE: FIFTH SUPPLEMENTAL SKADDEN DECLARATION (0.1); E-MAIL TO P. BROWN RE: FIFTH SUPPLEMENTAL SKADDEN DECLARATION (0.2); E-MAIL TO D. BRANGMAN RE: FIFTH SUPPLEMENTAL SKADDEN DECLARATION (0.1). |
| HART JR. DJ | 06/02/06 | 4.80 | REVISE FEBRUARY FEE STATEMENT LETTER (.2); DETERMINE REDUCTION AMOUNTS AND PERCENTAGES (.2); PREPARE FEBRUARY FEE STATEMENT PACKET FOR DISTRIBUTION TO RELEVANT PARTIES (4.4). |
| BAKER DJ | 06/05/06 | 1.20 | BEGIN REVIEW OF FEBRUARY STATEMENT (1.2). |
| HART JR. DJ | 06/05/06 | 7.40 | REVISE FEBRUARY FEE STATEMENT LETTER (.1); REVIEW MARCH TIME FOR CONFORMITY WITH US TRUSTEE GUIDELINES (6.9); PREPARE FEBRUARY FEE STATEMENT PACKET FOR DISTRIBUTION (.4). |
| LAMAINA KA | 06/05/06 | 0.30 | RESPOND TO MILBANK REQUEST ON SUPP. DECLARATION FILED IN WINN-DIXIE (.3). |
| TURETSKY DM | 06/05/06 | 1.00 | FURTHER REVISE AND FINALIZE FOR FILING FIFTH SUPPLEMENTAL SKADDEN DECLARATION (0.6); E-MAILS TO D. J. BAKER RE: FIFTH SUPPLEMENTAL SKADDEN DECLARATION (0.2); E-MAIL TO K. WARD AND C. JACKSON RE: FIFTH SUPPLEMENTAL SKADDEN DECLARATION (0.1); TELEPHONE CALL TO K. WARD (LEFT VOICEMAIL) RE: FIFTH SUPPLEMENTAL SKADDEN DECLARATION (0.1). |
| HART JR. DJ | 06/06/06 | 1.00 | PREPARE FEBRUARY FEE STATEMENT FOR DISTRIBUTION (.9); REVISE FEBRUARY FEE STATEMENT LETTER (.1). |
| LAMAINA KA | 06/06/06 | 0.40 | REVIEW STATUS OF FEB. - APRIL BILLS (.4). |
| HART JR. DJ | 06/09/06 | 0.80 | REVIEW TIME ENTRIES FOR CONFORMITY WITH US TRUSTEE GUIDELINES (.8). |
| BAKER DJ | 06/13/06 | 0.40 | REVIEW SUMMARY OF FEE APPLICATION ISSUES (.4). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TURETSKY DM | 06/13/06 | 2.60 | FURTHER ANALYSIS AND RESEARCH RE: POTENTIAL DISCLOSURE PARTY ISSUES (2.6). |
| HART JR. DJ | 06/15/06 | 0.40 | REVIEW AND RESPOND TO MULTIPLE EMAILS FROM K. LAMAINA REGARDING MONTHLY FEE STATEMENTS (.3); DRAFT EMAIL TO K. WINTERS REGARDING MARCH MONTHLY FEE STATEMENT (.1). |
| HART JR. DJ | 06/16/06 | 3.40 | PREPARE MARCH AND APRIL FEE STATEMENTS FOR DISTRIBUTION (3.4). |
| BAKER DJ | 06/20/06 | 1.00 | REVIEW DRAFT RESPONSE TO THIRD INTERIM FEE REPORT (1.0). |
| HART JR. DJ | 06/21/06 | 0.20 | TELECONFERENCE (MESSAGE) K. WINTERS REGARDING FEE STATEMENT (.1); TELECONFERENCE K. WINTER SUBSTITUTE REGARDING FEE STATEMENT (.1). |
| TURETSKY DM | 06/21/06 | 1.70 | FURTHER REVIEW DISCLOSURE SEARCH RESULTS AND CASE FILINGS IN CONNECTION WITH IDENTIFYING POTENTIAL DISCLOSURE PARTIES (1.3); MEMO TO S. EICHEL RE: POTENTIAL DISCLOSURE PARTIES (0.3); E-MAIL TO R. COPEN AND S. TEICHER RE: POTENTIAL DISCLOSURE PARTIES (0.1). |
| HART JR. DJ | 06/22/06 | 0.80 | PREPARE MARCH FEE STATEMENT FOR DISTRIBUTION TO CLIENT (.8). |
| HART JR. DJ | 06/26/06 | 0.30 | REVISE MARCH FEE STATEMENT LETTER (.1); PREPARE MARCH FEE STATEMENT PACKAGE FOR DISTRIBUTION (.2). |
| HENRY S | 06/27/06 | 3.20 | REVIEW AND REVISE APRIL STATEMENT CONSIDERING PRIVILEGE, STRATEGY, WRITE OFFS AND COMPLIANCE WITH FEE EXAMINER CRITERIA. |
| HART JR. DJ | 06/27/06 | 0.40 | REVIEW AND RESPOND TO MESSAGE FROM K. LAMAINA REGARDING WINN-DIXIE FEES (.2); REVIEW AND RESPOND TO INQUIRY FROM K. WINTERS REGARDING MARCH FEE STATEMENT (.2);. |
| LAMAINA KA | 06/27/06 | 6.30 | REVIEW FEE STATEMENT (.7); PREPARE FEE APPLICATION (5.6). |
| HART JR. DJ | 06/28/06 | 4.60 | REVIEW TIME DETAIL FOR CONFORMITY WITH US TRUSTEE BILLING GUIDELINES (3.8); PREPARE APRIL FEE STATEMENT FOR DISTRIBUTION (.8). |
| LAMAINA KA | 06/28/06 | 5.00 | PREPARE FEE APPLICATION (5.0). |
| HART JR. DJ | 06/29/06 | 3.20 | REVIEW FEES FOR CONFORMITY WITH US TRUSTEE GUIDELINES (2.3); PREPARE APRIL FEE PACKET FOR DISTRIBUTION (.9). |
| LAMAINA KA | 06/29/06 | 1.60 | REVIEW FEE STATEMENT (.7); DRAFT INTERIM FEE  APPLICATION PROCEDURES (.9). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

LAMAINA KA          06/30/06          2.70    REVIEW WINN-DIXIE TIME FOR INTERIM
                                              FEE APPLICATION (2.7).

**MATTER TOTAL**                      <u>57.30</u>

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                              Bill Date: 06/30/06
Retention / Fee Matters / Objections (Others)             Bill Number: 1113475

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| TURETSKY DM | 06/01/06 | 0.20 | FURTHER ANALYSIS RE: ISSUES CONCERNING APPLICATION TO RETAIN DELOITTE TAX (0.1); TELEPHONE CALL WITH R. YOUNG RE: ISSUES CONCERNING APPLICATION TO RETAIN DELOITTE TAX (0.1). |
| GRAY RW | 06/05/06 | 0.30 | REVIEW DELOITTE DRAFT APPLICATION FOR TAX SERVICES (0.2); TC WITH D. TURETSKY RE: DESCRIPTION OF SERVICES IN CURRENT CONTEXT OF CASE (0.1). |
| TURETSKY DM | 06/05/06 | 3.50 | DRAFT APPLICATION TO RETAIN DELOITTE TAX (2.6); TELEPHONE CALL WITH R. YOUNG RE: ISSUES CONCERNING DELOITTE TAX APPLICATION (0.1); FURTHER ANALYSIS RE: ISSUES CONCERNING DELOITTE TAX APPLICATION (0.6); E-MAIL TO R. GRAY RE: ISSUES CONCERNING DELOITTE TAX APPLICATION (0.1); TELEPHONE CALL WITH R. GRAY RE: ISSUES CONCERNING DELOITTE TAX APPLICATION (0.1). |
| GRAY RW | 06/06/06 | 0.40 | CONF WITH D. TURETSKY RE: DELOITTE TAX ISSUES (0.1); REVIEW AND COMMENT ON DELOITTE TAX RETENTION APPLICATION (0.2); REVIEW AND COMMENT ON REVISED RETENTION APPLICATION (0.1). |
| TURETSKY DM | 06/06/06 | 4.70 | FURTHER ANALYSIS RE: ISSUES RELATED TO DELOITTE TAX ENGAGEMENT LETTER (2.0); TELEPHONE CALL WITH R. YOUNG RE: ISSUES RELATED TO DELOITTE TAX ENGAGEMENT LETTER (0.1); TELEPHONE CALL WITH M. BYRUM RE: ISSUES RELATED TO DELOITTE TAX ENGAGEMENT LETTER (0.4); REVISE DELOITTE TAX RETENTION APPLICATION (2.1); TELEPHONE CALL WITH R. GRAY RE: DELOITTE TAX RETENTION APPLICATION (0.1). |
| GRAY RW | 06/07/06 | 0.30 | REVIEW AND COMMENT ON DELOITTE APPLICATION (0.2); REVIEW AND COMMENT ON DELOITTE DECLARATION (0.1). |
| TURETSKY DM | 06/07/06 | 5.40 | FURTHER REVISE DELOITTE TAX RETENTION APPLICATION (2.3); REVIEW AND COMMENT RE: DRAFT DECLARATION FOR DELOITTE TAX (1.2); MEMO TO M. BYRUM, J. CASTLE, AND C. JACKSON RE: ISSUES CONCERNING DELOITTE TAX APPLICATION (0.6); E-MAIL TO R. YOUNG RE: ISSUES CONCERNING DELOITTE TAX APPLICATION (0.3); FURTHER ANALYSIS RE: ISSUES CONCERNING DELOITE TAX (1.0). |
| GRAY RW | 06/08/06 | 0.10 | REVIEW AND COMMENT ON ORDER FOR DELOITTE TAX RETENTION (0.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

TURETSKY DM      06/08/06      4.70   FURTHER ANALYSIS RE: ISSUES
                                      CONCERNING DELOITTE TAX APPLICATION
                                      (1.4); E-MAILS TO M. BYRUM, J.
                                      CASTLE, C. JACKSON, S. BUSEY, AND R.
                                      GRAY RE: ISSUES CONCERNING DELOITTE
                                      TAX APPLICATION (0.2); E-MAIL TO C.
                                      JACKSON RE: ISSUES CONCERNING
                                      DELOITTE TAX APPLICATION (0.1); E-
                                      MAILS TO M. BYRUM RE: ISSUES
                                      CONCERNING DELOITTE TAX APPLICATION
                                      (0.3); E-MAIL TO J. CASTLE RE: ISSUES
                                      CONCERNING DELOITTE TAX APPLICATION
                                      (0.1); E-MAILS TO R. YOUNG RE: ISSUES
                                      CONCERNING DELOITTE TAX APPLICATION
                                      (0.5); FURTHER REVISE DELOITTE TAX
                                      RETENTION APPLICATION (0.5); E-MAILS
                                      TO M. BARR AND M. COMERFORD RE:
                                      DELOITTE TAX RETENTION APPLICATION
                                      (0.3); REVIEW AND COMMENT RE: REVISED
                                      DELOITTE TAX DECLARATION RECEIVED
                                      FROM R. YOUNG (0.5); TELEPHONE CALL
                                      WITH R. YOUNG RE: ISSUES CONCERNING
                                      DELOITTE TAX APPLICATION (0.1); DRAFT
                                      PROPOSED ORDER RE: DELOITTE TAX
                                      (0.6); E-MAIL TO R. GRAY RE: PROPOSED
                                      DELOITTE TAX ORDER (0.1).

GRAY RW          06/09/06      0.10   FINAL REVIEW OF DELOITTE TAX
                                      RETENTION DOCUMENTS AND APPROVE FOR
                                      FILING (0.1).

TURETSKY DM      06/09/06      2.30   ADDITIONAL ANALYSIS RE: ISSUES
                                      CONCERNING DELOITTE TAX APPLICATION
                                      (0.3); E-MAIL TO M. BARR AND M.
                                      COMERFORD RE: ISSUES CONCERNING
                                      DELOITTE TAX APPLICATION (0.1);
                                      FURTHER REVIEW ENGAGEMENT LETTER FOR
                                      DELOITTE TAX (0.2); E-MAIL TO M.
                                      BYRUM RE: ENGAGEMENT LETTER FOR
                                      DELOITTE TAX (0.1); DRAFT NOTICE OF
                                      HEARING FOR DELOITTE TAX APPLICATION
                                      (0.1); FURTHER REVISE DELOITTE TAX
                                      APPLICATION AND FINALIZE FOR FILING
                                      (1.2); E-MAIL TO C. JACKSON AND K.
                                      WARD RE: DELOITTE TAX APPLICATION
                                      (0.1); TELEPHONE CALL WITH R. YOUNG
                                      RE: DELOITTE TAX APPLICATION (0.1);
                                      E-MAIL TO R. YOUNG RE: DELOITTE TAX
                                      APPLICATION (0.1); E-MAIL TO M. BYRUM
                                      AND J. CASTLE RE: DELOITTE TAX
                                      APPLICATION (0.1).

BAKER DJ         06/13/06      0.20   TELEPHONE CALL S. BUSEY, C. JACKSON
                                      AND S. HENRY REGARDING FEE EXAMINER
                                      ISSUES (.2).

GRAY RW          06/15/06      0.40   DRAFT MEMO TO L. APPEL RE: OBJECTION
                                      DEADLINE ON HOULIHAN AND A&M MOTIONS
                                      AND REVIEW REPLY (0.1); TC WITH
                                      ALSTON BIRD LAWYERS RE: CHUBB
                                      RETENTION FOR 401K LITIGATION (0.2);
                                      REVIEW MEMO FROM D. WANDER RE: ALSTON
                                      BIRD RETENTION AND DRAFT MEMO TO AND
                                      LEAVE VOICEMAIL FOR J. CASTLE (0.1).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LAMAINA KA | 06/15/06 | 0.20 | MEMORANDUM M. COMERFORD RE INTERIM FEE APPLICATION (.2). |
| TURETSKY DM | 06/15/06 | 1.20 | TELEPHONE CALL WITH M. COMERFORD RE: DISCLOSURE PARTY ENTITIES (0.1); PREPARE LIST OF POTENTIAL DISCLOSURE PARTIES FOR MILBANK (1.0); E-MAIL TO M. COMERFORD RE: LIST OF POTENTIAL DISCLOSURE PARTIES FOR MILBANK (0.1). |
| GRAY RW | 06/16/06 | 0.30 | DRAFT MEMO TO S. EICHEL RE: OCP RETENTION FOR ALSTON BIRD (0.1); REVIEW AND EDIT DRAFT OBJECTION TO HOULIHAN AND A&M MOTIONS (0.2). |
| EICHEL S | 06/16/06 | 0.80 | REVIEW R. GRAY'S EMAIL RE: RETENTION OF ALSTON & BRYD AS AN OCP (.1); DRAFT EMAIL TO D. WENDER (ALSTON & BRYD) RE: OCP RETENTION (.2); REVIEW EMAIL FROM R. GRAY RE: ADVISING J. CASTLE OF OCP QUESTIONNAIRE SENT TO D. WENDER (.1); DRAFT EMAIL TO R. GRAY RE: OCP QUESTIONNAIRE SENT TO D. WENDER (.1); TEL. CONF. WITH D. WENDER RE: RETENTION AS OCP (.2); DRAFT EMAIL TO D. WENDER RE CONFLICT CHECK (.1). |
| TURETSKY DM | 06/16/06 | 2.90 | REVIEW MOTION TO SUPPLEMENT TERMS OF HOULIHAN RETENTION (0.3); REVIEW MOTION TO SUPPLEMENT TERMS OF ALVAREZ RETENTION (0.3); DRAFT OBJECTION TO MOTIONS TO SUPPLEMENT TERMS OF HOULIHAN AND ALVAREZ OBJECTION (2.2); E-MAIL TO S. EICHEL RE: DISCLOSURE PARTY LIST FOR WINN-DIXIE ORDINARY COURSE PROFESSIONAL (0.1). |
| TURETSKY DM | 06/18/06 | 0.10 | E-MAIL TO D. J. BAKER RE: DRAFT OBJECTION TO MOTIONS TO AMEND RETENTIONS OF ALVAREZ AND HOULIHAN (0.1). |
| TURETSKY DM | 06/19/06 | 1.40 | E-MAIL TO L. APPEL AND J. CASTLE RE: OBJECTION TO MOTIONS TO AMEND TERMS OF ALVAREZ AND HOULIHAN RETENTIONS (0.2); FURTHER ANALYSIS RE: ISSUES CONCERNING ALVAREZ/HOULIHAN OBJECTION (1.0); E-MAILS TO D. J. BAKER RE: ALVAREZ/HOULIHAN OBJECTION (0.2). |
| GRAY RW | 06/20/06 | 0.10 | TC WITH ALSTON & BIRD RE: RETENTION ISSUE (0.1). |
| TURETSKY DM | 06/20/06 | 1.10 | MEETING WITH D. J. BAKER RE: OBJECTION TO MOTIONS SEEKING TO AMEND TERMS OF HOULIHAN/ALVAREZ RETENTIONS (0.2); FURTHER REVISE HOULIHAN/ALVAREZ OBJECTION AND FINALIZE  (0.8); E-MAIL TO J. CASTLE AND L. APPEL RE: OBJECTION TO ALVAREZ AND HOULIHAN MOTIONS (0.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TURETSKY DM | 06/21/06 | 0.40 | E-MAIL TO R. GRAY RE: INQUIRY CONCERNING PROFESSIONAL RETENTIONS RECEIVED FROM C. JACKSON (0.1); MEMO TO C. JACKSON RESPONDING TO INQUIRY CONCERNING PROFESSIONAL RETENTIONS (0.3). |
| GRAY RW | 06/22/06 | 0.10 | REVIEW AND RESPOND TO MEMO FROM C. JACKSON RE: ATECH OCP ISSUE (0.1). |
| EICHEL S | 06/23/06 | 0.20 | TEL CONF WTIH C. JACKSON RE RETENTION OF ATECH AS OCP (.1); DRAFT EMAIL TO C. JACKSON RE ATECH QUESTIONNARIE (.1). |
| LAMAINA KA | 06/23/06 | 0.30 | REVIEW EMAILS FROM 2 PROFESSIONALS IN WINN-DIXIE REGARDING INTERIM FEE APPLICATION (.3). |
| LAMAINA KA | 06/26/06 | 2.10 | PREPARE MEMORANDA TO PROFESSIONALS IN CASES RE JULY FILING ON INTERIM FEE APPLICATIONS (1.6); PREPARE 4 DOCUMENTS FOR PROFESSIONALS RE JULY 20 COURT FILING (.5). |
| TURETSKY DM | 06/27/06 | 0.10 | E-MAIL TO M. COMERFORD RE: POTENTIAL DISCLOSURE PARTIES (0.1). |
| GRAY RW | 06/28/06 | 0.10 | REVIEW AND RESPOND TO MEMO FROM D. WANDER RE: ALSTON & BIRD RETENTION (0.1). |
| LAMAINA KA | 06/28/06 | 0.20 | RESPOND TO MEMORANDUM FROM M. COMERFORD RE AUG. HEARING (.2). |
| TURETSKY DM | 06/28/06 | 0.20 | FURTHER REVISE DELOITTE TAX ORDER (0.1); E-MAIL TO C. JACKSON AND K. WARD RE: SAME (0.1). |
| LAMAINA KA | 06/30/06 | 0.30 | MEMORANDUM TO JENNER ON INTERIM FEE APPLICATION NUMBERS (.3). |

**MATTER TOTAL**                          **34.70**

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                        Bill Date: 06/30/06
Tax Matters                                          Bill Number: 1113475

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BRISTOR KM | 06/13/06 | 0.10 | TC R. GRAY RE PRIORITY OF PENALTIES. |
| RESHTICK AA | 06/15/06 | 1.80 | REVIEW MATERIALS REGARDING THE IRS CLAIMS. |
| BAKER DJ | 06/16/06 | 0.40 | REVIEW TAX ISSUES RELATED TO STOCK RESTRICTIONS. |
| BRISTOR KM | 06/16/06 | 0.50 | EMAIL CORRESPONDENCE RE APPLITCATION OF 382L5. |
| BRISTOR KM | 06/24/06 | 1.50 | WORKED ON TAX SECTION OF DISCLOSURE SCHEDULE. |
| BRISTOR KM | 06/25/06 | 2.50 | REVIEW AND REVISE TAX SECTION OF BANKRUPTCY DISCLOSURE. |
| BRISTOR KM | 06/26/06 | 2.50 | WORKED ON TAX SECTION OF DISCLOSURE SCHEDULE. |
| BRISTOR KM | 06/27/06 | 2.50 | WORKED ON TAX SECTION OF DISCLOSURE STATEMENT. |
| TURETSKY DM | 06/27/06 | 1.50 | PREPARE FOR CALL RE: TAX TREATMENT OF MSP/SRP CLAIMS UNDER PLAN OF REORGANIZATION (0.2); PARTICIPATE IN CALL WITH K. BRISTOR, A. RESHTICK, L. RODRIGUEZ, S. REISNER, R. OLSHAN, DELOITTE, A. BARAGONA RE: TAX TREATMENT OF MSP/SRP CLAIMS UNDER PLAN OF REORGANIZATION (1.1); FOLLOW-UP TELEPHONE CALL WITH A. RESHTICK RE: TAX TREATMENT OF MSP/SRP CLAIMS UNDER PLAN OF REORGANIZATION (0.2). |
| BRISTOR KM | 06/28/06 | 1.50 | REVIEW AND REVISE TAX SECTION OF BANKRUPTCY DISCLOSURE STATEMENT. |
| TURETSKY DM | 06/28/06 | 0.20 | REVIEW AND COMMENT RE: TAX SECTION OF DISCLOSURE STATEMENT (0.1); E-MAIL TO R. GRAY RE: TAX SECTION OF DISCLOSURE STATEMENT (0.1). |

**MATTER TOTAL**                        <u>15.00</u>

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                              Bill Date: 06/30/06
Utilities                                                  Bill Number: 1113475

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| FELD SR | 06/01/06 | 0.40 | REVIEW GEORGIA POWER ADEQUATE ASSURANCE STIPULATION AND ACTIVE/INACTIVE ACCOUNTS. |
| KALOUDIS D | 06/01/06 | 2.30 | REVISE UTILITY BOND CAHRT (.9); REVISE NOTICE TO US TRUSTEE, CREDITORS' COMMITEE, AND LENDER'S AGENT RE: STIPULATION WITH CITY OF FOLEY, RIVIERA UTILITIES (.5); ANALYZE ISSUES RE: BOND STATUS (.2); REVIEW CHART FROM C.LEO RE: BOND UTILITIES (.7);. |
| RAVIN AS | 06/01/06 | 0.10 | REVIEW CORRESPONDENCE FROM COUNSEL TO PLAQUEMINE PARISH RE UTILITIES ISSUE FOR STORE 1579, DRAFT CORRESPONDENCE TO B. GASTON RE: SAME. |
| FELD SR | 06/02/06 | 1.50 | UPDATE BOND REDUCTION CHART (.4); REVIEW STIPULATION AND NOTICE RE: CITY OF FOLEY ADEQUATE ASSURANCE STIPULATION (.7); REVIEW AND COMMENT ON ADEQUATE ASSURANCE STIPULATION FOR VOLUNTEER UTILITY AND WALTON ELECTRIC (.4). |
| KALOUDIS D | 06/02/06 | 2.90 | REVISE STATUS REPORT RE: UTILITIES WITH BONDS (2.0); SEND EMAIL TO LIBERTY MUTUAL RE: STATUS REPORT AND UTILITIES (.2); EMAIL WITH A.CASTLEBERRY RE: SHEFFIELD (.2); DRAFT NOTICE TO US TRUSTEE AND OTHER INTERESTED PARTIES RE; CITY OF FOLEY, ALABAMA PROPOSED STIPULATION (.5). |
| RAVIN AS | 06/02/06 | 0.20 | REVIEW MULTIPLE CORRESPONDENCE FROM C. LEO RE: UTILITIES ISSUE FOR STORE 1579, DRAFT CORRESPONDENCE TO SAME RE: SAME, TELEPHONE CONFERENCE WITH L. CANOVA RE: SAME, REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO M. CHLEBOVEC RE: SAME. |
| KALOUDIS D | 06/05/06 | 0.10 | REVIEW EMAIL FROM A.CASTLEBERRY RE: CHATTANOOGA (.1). |
| FELD SR | 06/06/06 | 2.00 | REVIEW ADEQUATE ASSURANCE STIPULATION FOR CITY OF FOLEY AND DRAFT NOTICE TO NOTICE PARTIES (.3); REVIEW WALTON AND VOLUNTEER UTILITY STIPULATIONS RE: SURETY BONDS, AND RELATED FILES (.8); REVIEW STATUS OF PENDING UTILITY STIPULATION (.6); PREPARE EMAIL RE: CITY OF OPELIKA AND OUC RE: SURETY BONDS (.3). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

KALOUDIS D        06/06/06        2.10    STRATEGIZE WITH S. FELD RE: UTILITIES
                                          CHART (.4); EMAIL TO C.LEO RE: NEW
                                          UTILITIES (.2); REVISE VOLUNTEER STIP
                                          (.3); SEND PROPOSED STIP TO VOLUNTEER
                                          ENERGY (.3); REVISE WALTON STIP (.2);
                                          SEND PROPOSED STIPULATION TO WALTON
                                          ENERGY (.3);.

KALOUDIS D        06/07/06        0.30    CALL TO CONTACT AT J.KITTLE AT
                                          VOLUNTEER ENERGY RE: PROPOSED
                                          STIPULATION WITH VOLUNTEER ENERGY
                                          (.1); SEND EMAIL TO WD RE: PROPOSED
                                          STIPULATION WITH VOLUNTEER ENERGY
                                          (.2).

KALOUDIS D        06/09/06        1.30    REVISE VOLUNTEER ENERGY STIP (1.1);
                                          CALL WITH S. FELD RE: VOLUNTEER (.2).

FELD SR           06/12/06        0.40    REVIEW CITY OF OPELIKA BOND AND CLAIM
                                          ASSIGNMENT (.2); COMMENT ON VOLUNTEER
                                          UTILITY STIPULATION (.2).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

KALOUDIS D        06/12/06      8.90   CALL WITH S. LAWRENCE RE: WALTON
                                       (.3); SEND EMAIL TO S. LAWRENCE RE:
                                       WALTON (.3); UPDATE UTILITY BOND
                                       CHART (.9); CALL WITH SHEFFIELD
                                       COUNSEL RE : LIBERTY MUTUAL BOND
                                       (.1); SEND EMAIL TO A.CASTLEBERRY RE:
                                       LIBERTY MUTUAL BOND (.2); ANALYZE
                                       BOND ISSUE RE: LIBERTY MUTUAL BOND
                                       (.1); ANALYSE BOND REDUCTION ISSUE
                                       RE: MISSISSIPPI POWER (.1); CALL TO
                                       C.TURNER RE: GEORGIA POWER/GULF POWER
                                       STIPULATIONS (.1); CAL WITH S. FELD
                                       RE: UTILITY CONTRACTS (.3); CALL WITH
                                       R.HOLLODAY RE:YAZOO PROPOSED STIP
                                       (.2); SEND PROPOSED STIP TO
                                       R.HOLLODAY RE:YAZOO PROPOSED STIP
                                       (.2); DRAFTED EXECUTION COPY OF
                                       RIVIERA STIPULATION (.3); SEND EMAIL
                                       TO RIVIERA UTILITIES RE: EXECUTION
                                       COPY OF STIPULATION (.2);  SEND EMAIL
                                       TO WD RE: EXECUTION COPY OF
                                       STIPULATION (.3); ANALYZE UTILITY
                                       ISSUE RE: CITY OF TALLAHASSEE (.1);
                                       ANALYZE UTILITY ISSUE RE: FLORIDA
                                       PUBLIC UTILITY (.1); ANALYZE UTILITY
                                       ISSUE RE: BOWLING GREEN STIPULATION
                                       (.1); CALL TO J.PERRYMAN RE: PROPOSED
                                       STIP WITH MISSISSIPPI VALLEY GAS
                                       (.1); REVIEW FILE RE: SAME (.1); CALL
                                       WITH J. KITTLE RE: VOLUNTEER ENERGY
                                       (.2); REVIEW CYNERGY BOND (.3);
                                       ANALYZE BOND ISSUES RE: CYNERGY (.3);
                                       REVIEW CITY OF LAFAYETTE PROOF OF
                                       CLAIM AND BOND (.4); CALL TO
                                       LAFAYETTER RE: BOND (.2): REVIEW
                                       MOBILE AREA WATER PROOF OF CLAIM AND
                                       BOND (.3); CALL WITH S.TURNER RE:
                                       STORES COVERED BY BOND (.3); CALL
                                       WITH CCAIN RE BOND (.1); CALL WITH
                                       C.TURNER RE: GEORGIA POWER AND GULF
                                       POWER CONTRACTS (.2); EMAIL TO S.FELD
                                       RE: GEORGIA POWER AND GULF POWER
                                       CONTRACTS (.1); EMAIL TO C.TURNER RE:
                                       GEORGIA POWER AND GULF POWER
                                       CONTRACTS (.2); CONTINUE TO ANALYZE
                                       ISSUES RE:  GEORGIA POWER AND GULF
                                       POWER CONTRACTS (.3); CALL WITH
                                       M.BRYANT RE: WPS CYNERGY (.2); CALL
                                       WITH S.LAWRENCE RE: WALTON (.2);
                                       ANALYZE WALTON BOND ISSUE (.2);
                                       REVIEW EMAIL FROM S.LAWRENCE RE:
                                       WALTON (.1);REVISE VOLUNTEER ENERGY
                                       STIP (.8); REVIEW OPLIKA TRANSFER
                                       AGREEMENT (.4); SEND EMAIL TO S.FELD
                                       RE: VOLUNTEER ENERGY AND OPLEIKA
                                       (.2);.

KALOUDIS D        06/13/06      0.80   CALL WITH PWG RE: CYNERGY ACCOUNT
                                       (.1); CALL WITH P.DELCAMBRE RE:
                                       MISSISSIPPI POWER CONTRACTS (.3);
                                       SEND EMAIL TO S.FELD RE: SAME (.1);
                                       SEND EMAIL TO C.LEO RE: WALTON (.1);
                                       REVIEW WALTON BOND (.2);.

FELD SR           06/14/06      0.20   REVIEW REVISED UTILITY STIPULATION
                                       RE: WALTON ELECTRIC.

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

KALOUDIS D        06/14/06        5.90   REVISE WALTON STIPULATION (.8);
                                         REVISE UTIILTIES SECTION FOR
                                         DISCLOSURE STATEMENT (1.3); ANALYZE
                                         BOND ISSUES RE: MANATEE (1.0); REVISE
                                         POC RE: CITY OF WINTER PARK FLORIDA
                                         (.5); CALL WITH CITY OF WINTER PARK
                                         RE: UTILITY BOND (.3); EMAIL TO
                                         A.CASTLEBERRY RE: SAME (.1); EMAIL TO
                                         WD AND S.LOWRENCE RE: REVISED
                                         STIPULATION (.3); REVIEW POC FILED BY
                                         CITY OF SANFORD AND CITY OF KEY WEST
                                         (.6); RESEARCH POC AND BOND ISSUES
                                         RE: WILMUT GAS AND FLORIDA
                                         PUBLIC(.4); CALL WITH CITY OF KEY
                                         WEST RE; UTILITY BOND (.1); REVIEW
                                         BONDS RE: SAME (.5).

FELD SR           06/15/06        2.50   WORK ON UTILITY SPREADSHEET RE:
                                         PAYMENTS, BOND REDUCTIONS.

KALOUDIS D        06/15/06        7.50   RESPOND TO EMAIL TO C.LEO RE: LIST OF
                                         STIPS (.1); CALL TO C.LEO RE: CHART
                                         (.2); CALL WITH A.WARD RE: CITY OF
                                         WINTER PARK (.3); DRAFT MASTER CHART
                                         WITH ALL UTILITIES (6.5); INCORPORATE
                                         COMMENTS FROM S.FELD (.1); EMAIL
                                         CHART TO C.LEO (.1); CALL TO T.BROWN
                                         RE; BOWLING GREEN (.1); EMAIL FROM
                                         S.LOWARENCE RE: WALTON (.1).

FELD SR           06/16/06        0.80   REVIEW REVISED WALTON ELECTRIC
                                         STIPULATION AND NOTICE (.2); REVIEW
                                         REVISED BOND REDUCTION CHART (.6).

KALOUDIS D        06/16/06        2.90   EMAIL TO B.CARLSON RE: JEA (.2);
                                         DRAFT WALTON NOTICE (.4); CALL WITH
                                         J.PETTY RE: FLORIDA PUBLIC STIP (.1);
                                         REVIEW WD UTILITY ORDERS (.2); CALL
                                         WITH B.CARLSON RE: GULF POWER STIP
                                         (.5); SEND EMAIL TOEMAIL TO S. FELD
                                         RE: GULF POWER STIP (.1); FINALIZE
                                         WALTON NOTICE TO NOTICE PARTIES (.2);
                                         UPDATE  BOND UTILITY CHART (.7);
                                         RESEARCH BESSEMER UTILITIES (.3);
                                         DRAFT EMAIL TO B.KICHLER RE: FLORIDA
                                         PUBLIC UTILITIES (.3); DRAFT EMAIL TO
                                         C. TURNER RE:GEORGIA POWER (.3).

FELD SR           06/19/06        0.80   REVIEW BOND REDUCTION CHART (.2);
                                         ADDRESS GEORGIA POWER REQUEST FOR
                                         REPLACEMENT L/C (.4); REVIEW STATUS
                                         OF GEORGIA POWER ADEQUATE ASSURANCE
                                         STIPULATION (.2).

KALOUDIS D        06/19/06        1.00   REVISE UTILITY CHART (.8); DRAFT
                                         EMAIL TO LIBERTY MUTUAL RE: CHART
                                         (.2).

KALOUDIS D        06/20/06        0.90   REVISE MASTER UTILITY CHART (.3);
                                         DRAFT EMAIL TO C.LEO RE: MASTER
                                         UTILITY CHART (.2); CALL WITH S.FELD
                                         RE: MASTER UTILITY CHART (.2); DRAFT
                                         EMAIL TO P.DELCAMBRE RE: STIPULATION
                                         (.1); REVIEW UTILITY BOND ISSUE RE:
                                         FLORIDA PUBLIC STIPULATION (.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| KALOUDIS D | 06/21/06 | 0.20 | CALL WITH C.LEO RE: GEORGIA POWER (.2);. |
| LAMAINA KA | 06/22/06 | 0.60 | TELECONFERENCE A. CASTLEBURY RE BONDS (.2); PREPARE FOR CONFERENCE WITH A. CASTLEBURY ON BONDS (.4). |
| KALOUDIS D | 06/23/06 | 0.20 | CALL WITH J.PETTY RE: FLORIDA PUBLIC UTILITIES (.2). |
| KALOUDIS D | 06/26/06 | 0.10 | CALL WITH A.CASTLEBERRY RE: CLECO (.1);. |
| FELD SR | 06/27/06 | 0.20 | EMAIL TO A. REED RE GEORGIA POWER LOC (.1); TEL. CONF. WITH C. TURNER RE GEORGIA POWER ADEQUATE ASSURANCE STIPULATION (.1). |
| FELD SR | 06/28/06 | 0.20 | DEVELOP PROCEDURE FOR CLECO BOND STORE ALLOCATION (.2). |
| KALOUDIS D | 06/28/06 | 0.30 | EMAIL TO RIVIERA UTILITIES RE: STIPULATION (.1); CALL WITH S.FELD RE: CLECO (.1); EMAIL TO C.LEO RE: FPU STIPULATION (.1). |
| FELD SR | 06/29/06 | 0.30 | EMAIL TO C. TURNER RE GEORGIA POWER LOC (.1); REVIEW STATUS OF PENDING UTILITY STIPULATION (.2). |

**MATTER TOTAL**                 <u>**47.90**</u>

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                              Bill Date: 06/30/06
Vendor Matters                                            Bill Number: 1113475

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| EICHEL S | 06/01/06 | 0.80 | REVIEW EMAIL FROM L. BARR RE: SEABEV STIPULATION (.1); REVIEW AND REVISE SEABEV STIPULATION (.5); REVIEW A. LIU'S EMAIL RE: RECONCILIATION OF RUSSELL STOVER (.1); DRAFT EMAIL TO B. KICHLER RE: REVISED SEABEV STIPULATION (.1). |
| EICHEL S | 06/02/06 | 0.80 | REVIEW RUSSELL STOVER RELATED DOCUMENTATION IN PREPETITION FOR CONF. CALL RELATING TO RUSSELL STOVER CLAIM (.3); TEL. CONF.WITH P. TREMBLY, J. JAMES AND A. LIU RE: RUSSELL STOVER DISPUTE (.5). |
| EICHEL S | 06/05/06 | 1.50 | REVIEW EMAIL FROM A. LIU RE: UPCOMING RUSSELL STOVER CONFERENCE CALL (.1); DRAFT RESPONSE TO A. LIU RE: UPCOMING RUSSELL STOVER CONFERENCE CALL (.1); TEL. CONF. WITH A. LIU, P. TREMBLEY AND J. JAMES RE: UPCOMING RUSSELL STOVER CONFERENCE CALL (.2); TEL. CONF. WITH D. PRESTON, M. WREBEL, J. JONES, A. LIU RE: RUSSELL STOVER DISPUTE (.6); TEL. CONF. WITH J. JAMES, AND A. LIU RE: RUSSELL STOVER DISPUTE (.5). |
| EICHEL S | 06/08/06 | 0.20 | TEL. CONF. WITH A. LIU RE: RUSSELL STOVER DISPUTE (.1); REVIEW EMAIL FROM D. PRESTON (COUNSEL TO RUSSELL STOVER) RE: CONF. CALL RE: RUSSELL STOVER DISPUTE (.1). |
| EICHEL S | 06/12/06 | 0.10 | REVIEW EMAIL FROM M. RUBLE (RUSSELL STOVER) RE: RUSSELL STOVER DISPUTE (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 06/13/06 | 2.10 | REVIEW EMAIL FROM R. GRAY RE SOUTHERN WINE & SPIRIT PREFERENCE ISSUE (.1); TEL CONFS WITH A. LIU RE DOCUMENTATION WITH RESPECT TO PREFERENCE ISSUES (.2); REVIEW A. LIU'S EMAILS RE DOCUMETATION WITH RESPECT TO SOUTHERN WINE PREFERENCE ISSUE (.2); REVIEW DOCUMETATION WITH RESPECT TO PREFERENCE ISSUE (.2); TEL. CONF. WITH D. PRESTON AND M. RUBLE (BOTH RUSSELL STOVER), P. TREMBLEY AND A. LIU RE: POTENTIAL SETTLEMENT OF RUSSELL STOVER DISPUTE (.5); REVIEW EMAIL FROM P. TREMBLEY RE: HISTORY OF RUSSELL STOVER RETURNS (.1); DRAFT EMAIL TO P. TREMBLEY, J. JAMES AND A. LIU RE: RUSSELL STOVER CONFERENCE CALL (.1); ANALYZE RUSSELL STOVER ISSUES IN CONNECTION WITH UPCOMING CONF. CALL TO DISCUSS ISSUES (.2); TEL. CONFS. WITH A. LIU AND P. TREMBLEY RE: RUSSELL STOVER DISPUTE (.5). |
| EICHEL S | 06/14/06 | 0.20 | ANALYZE ISSUES RE: SOUTHERN WINE & SPIRITS DISPUTE. |
| EICHEL S | 06/19/06 | 0.90 | TEL CONF WITH J. JAMES RE RUSSELL STOVER SETTLEMENT (.1); TEL CONF WITH A. LIU RE UPCOMING RUSSELL STOVER CONF CALL  (.1); TEL CONF WITH J. JAMES, P. TREMBLAY. A LIU AND D. PRESTON AND M. RUBLE (RUSELL STOVER) RE RESOLVING RUSSELL STOVER DISPUTE (.3); TEL CONF WITH A. LIU  J. JAMES, P. TREMBLAY RE RUSSELL STOVER DISPUTE (.4). |
| EICHEL S | 06/23/06 | 0.20 | REVIEW EMAIL FROM M. RUBLE RE: DOCUMENTATION WTIH RESPECT TO RUSSELL STOVERS DISPUTE (.1); REVIEW EMAIL FROM A. LIU RE RUSSELL STOVERS DOCUMENTATION (.1). |
| **MATTER TOTAL** | | **6.80** | |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                              Bill Date: 06/30/06
Fee Examiner                                               Bill Number: 1113475

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| LAMAINA KA | 06/03/06 | 3.10 | PREPARE EXHIBITS TO EXAMINER RESPONSE (3.1). |
| EICHEL S | 06/04/06 | 0.20 | REVIEW STUART MAUE COMMENTS TO THIRD INTERIM FEE APPLICATION (.1); DRAFT EMAIL TO V. DESIRE RE ORGANIZATION OF STUART MAUE EXHIBITS  (.1). |
| LEAMY JM | 06/04/06 | 0.20 | REVIEW AND EDIT TIME ENTRIES RE: THIRD INTERIM FEE APPLICATION. |
| HENRY S | 06/05/06 | 0.60 | REVIEW STUART MAUE RESPONSE TO THIRD INTERIM FEE APPLICATION. |
| LAMAINA KA | 06/05/06 | 0.80 | RESPOND TO C. JACKSON RE FEE EXAMINER REPORTS AND US TRUSTEE INQUIRY (.6); REVIEW L. COOPER EMAILS AND E. ESCAMILLE EMAILS RE STATUS OF REPORTS (.2). |
| RAVIN AS | 06/05/06 | 1.70 | REVIEW MEMO AND TIME ENTRIES FROM K. LAMAINA RE: ISSUES ON THIRD INTERIM FEE APP (.2); REVIEW AND REVISE TIME ENTRIES (1.5). |
| TURETSKY DM | 06/05/06 | 0.80 | REVISE AND CLARIFY TIME ENTRIES IN CONNECTION WITH STUART MAUE REPORT CONCERNING THIRD INTERIM FEE APPLICATION (0.8). |
| LAMAINA KA | 06/06/06 | 0.20 | TELECONFERENCE L. COOPER ON REPORTS (.2). |
| RAVIN AS | 06/06/06 | 0.30 | REVIEW AND REVISE TIME ENTRY SUMMARIES, DRAFT MEMO TO K. LAMAINA RE: SAME. |
| KALOUDIS D | 06/09/06 | 2.00 | REVISE TIME TICKETS. |
| EICHEL S | 06/11/06 | 0.20 | REVIEW STUART MAUE REPORT WITH RESPECT TO SKADDEN'S THIRD INTERIM FEE APPLICATION (.2). |
| HENRY S | 06/12/06 | 0.40 | REVIEW OF DRAFTS RE FEE EXAMINER RESPONSE. |
| HART JR. DJ | 06/12/06 | 0.10 | TELECONFERENCE WITH K. WINTERS REGARDING EXPENSE EXHIBITS FOR THIRD RESPONSE TO FEE EXAMINER (.1). |
| LAMAINA KA | 06/12/06 | 0.80 | REVIEW STATUS OF THIRD INTERIM REPORT (.8). |
| HENRY S | 06/13/06 | 0.40 | T/C C. JACKSON AND S. BUSEY RE FILING OF REPORTS (.2); FACT FINDING RE SAME (BY REVIEW OF RELEVANT DOCUMENTS) (.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

HART JR. DJ          06/13/06      1.90  REVIEW FEE EXAMINER'S THIRD REPORT
                                         (.9); DEVELOP LIST OF EXPENSE
                                         EXHIBITS NEEDED TO RESPOND TO FEE
                                         EXAMINER'S THIRD REPORT (.3); EMAIL
                                         COMMUNICATION WITH K. WINTERS
                                         REGARDING EXPENSE EXHIBITS FOR THIRD
                                         RESPONSE TO FEE EXAMINER (.2);
                                         TELECONFERENCE WITH K. WINTERS
                                         REGARDING EXPENSE EXHIBITS FOR THIRD
                                         RESPONSE TO FEE EXAMINER (.1);
                                         PREPARE EXHIBITS FOR THIRD RESPONSE
                                         TO FEE EXAMINER (.4).

LAMAINA KA           06/13/06      7.40  PREPARE RESPONSE TO INTERIM REPORT 3
                                         (4.8); PREPARE EXHIBITS TO RESPONSE
                                         (2.6).

WITTMAN, JR. RE      06/13/06      4.00  ASSEMBLE BINDERS OF THIRD INTERIM
                                         RESPONSE PAPERS.

EICHEL S             06/14/06      0.60  REVIEW EMAIL FROM K. LAMAINA RE
                                         COMMENTS TO EXHIBIT C-2 AND C-3.
                                         (.1); DRAFT, REVIEW AND REVISE
                                         EXHIBIT C-2 (.2); DRAFT, REVIEW AND
                                         REVISE EXHIBIT C-3 (.2); DRAFT EMAIL
                                         TO K. LAMAINA AND D. HART RE:
                                         REVISIONS TO EXHIBITS (.1).

HART JR. DJ          06/14/06      9.10  REVIEW MULTIPLE EMAILS FROM K.
                                         LAMAINA REGARDING RESPONSE TO FEE
                                         EXAMINER'S THIRD REPORT (.2); PREPARE
                                         EXHIBITS FOR THIRD RESPONSE (6.5);
                                         PREPARE PORTIONS OF THIRD RESPONSE TO
                                         FEE EXAMINER (2.4).

LAMAINA KA           06/14/06      7.60  CONTINUE TO PREPARE RESPONSE TO THIRD
                                         INTERIM FEE EXAMINER REPORT (7.6).

TURETSKY DM          06/14/06      1.00  REVIEW TIME ENTRIES AND CASE FILINGS
                                         IN CONNECTION WITH DRAFTING "12-HOUR
                                         DAY" RESPONSES TO STUART MAUE REPORT
                                         (0.7); DRAFT "12-HOUR DAY" RESPONSES
                                         TO STUART MAUE REPORT (0.3).

WITTMAN, JR. RE      06/14/06      5.10  REVIEW RESPONSE FOR ACCURACY AND
                                         EDIT. (4.5); ADD REVISED DESCRIPTIONS
                                         TO EXHIBITS. (.6).

EICHEL S             06/15/06      0.40  REVIEW TIME DETAIL IN CONNECTION WITH
                                         DRAFTING RESPONSE TO STUART MAUE
                                         REPORT (.2); DRAFT RIDER RE:
                                         EXPLANATION FOR TIME BILLED (.2).

HART JR. DJ          06/15/06      7.30  PREPARE EXPENSE EXHIBITS FOR THIRD
                                         RESPONSE TO FEE EXAMINER (.5); REVIEW
                                         AND REVISE THIRD RESPONSE TO FEE
                                         EXAMINER REPORT (6.8).

LAMAINA KA           06/15/06      2.70  REVISE RESPONSE AND EXHIBITS TO
                                         STUART MAUE INTERIM 3 (2.7).

WITTMAN, JR. RE      06/15/06      2.80  REVIEW REPORT EXHIBITS AND EDIT
                                         RESPONSE ACCORDINGLY.

HENRY S              06/16/06      1.40  WORK ON REVISIONS TO FEE EXAMINERS
                                         REPORT.

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 06/16/06 | 0.30 | REVISE VAGUE TIME ENTRIES IDENTIFIED BY FEE EXAMINER (0.3). |
| EICHEL S | 06/16/06 | 1.00 | REVIEW AND REVISE RESPONSE TO STUART MAUE'S INITIAL REPORT RELATING TO SKADDEN'S THIRD INTERIM FEE APPLICATION (1.0). |
| HART JR. DJ | 06/16/06 | 1.20 | PREPARE EXPENSE EXHIBITS FOR THIRD RESPONSE TO FEE EXAMINER (.3); PREPARE EXHIBITS FOR THIRD RESPONSE TO FEE EXAMINER (.9). |
| LAMAINA KA | 06/16/06 | 1.20 | REVIEW STUART MAUE COMMENTS ON REPORTS (.4); FINALIZE RESPONSE DRAFT (.8). |
| HART JR. DJ | 06/19/06 | 0.90 | ASSIST WITH PREPARATION OF RESPONSE TO FEE EXAMINER REPORT (.9). |
| LAMAINA KA | 06/19/06 | 5.30 | REVISE INTERIM 3 RESPONSE (5.3). |
| WITTMAN, JR. RE | 06/19/06 | 5.50 | EDIT/REVISE EXAMINER RESPONSE BINDER AND EXHIBITS. (3.8); CROSS-REFERENCE TIME ENTRY DETAIL WITH REVISED ENTRY EXHIBITS. (1.7). |
| HART JR. DJ | 06/21/06 | 1.50 | PREPARE EXHIBITS FOR THIRD INTERIM RESPONSE TO FEE EXAMINER (1.5). |
| LAMAINA KA | 06/21/06 | 6.40 | FINALIZE INITIAL REPORT (5.9); PREPARE MEMORANDA TO L. COOPER AND E. ESCAMILLA RE INITIAL REPORT AND DIRECT FILING (.5). |
| LAMAINA KA | 06/22/06 | 1.30 | REVIEW FINAL REPORTS (1.3). |
| LAMAINA KA | 06/30/06 | 0.60 | RESPOND TO STUART MAUE INQUIRY ON EXPENSES (.6). |

**MATTER TOTAL**              <u>**88.30**</u>

**CLIENT TOTAL**             <u>**2,194.90**</u>

D08A