# EXHIBIT C-2

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**EXPENSE SUMMARY**
**(JUNE 1, 2006 - JUNE 30, 2006)**

| Expense Category | Total Expenses |
|---|---:|
| Computer Legal Research | $7,484.57 |
| Long Distance Telephone | $616.95 |
| In-House Reproduction (@ $.10 per page) | $2,015.30 |
| Reproduction-Color | $20.00 |
| Outside Reproduction | $411.64 |
| Court Reporting | $415.00 |
| Out-Of-Town Travel | $363.30 |
| Business Meals | $292.31 |
| Courier & Express Carriers (e.g., Federal Express) | $245.78 |
| Postage | $15.14 |
| Electronic Document Management | $14.72 |
| TOTAL | $11,894.71 |

477371-Wilmington S1A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Winn-Dixie Stores, Inc. (DIP)**                              Bill Date: 06/30/06
**General Corporate Advice**                                  Bill Number: 1113475

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 06/13/06 | Copy Center, D | 0.20 |
| In-house Reproduction | 06/16/06 | Copy Center, D | 0.70 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$0.90** |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.51 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.23 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.01 |
| | | **TOTAL TELEPHONE EXPENSE** | **$0.75** |
| | | **TOTAL MATTER** | **$1.65** |

1

DD01

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                          Bill Date: 06/30/06
 Assets Dispositions (General)                        Bill Number: 1113475

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.51 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.23 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.01 |
| | | **TOTAL TELEPHONE EXPENSE** | **$0.75** |
| | | **TOTAL MATTER** | **$0.75** |

2

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                          Bill Date: 06/30/06
Business Operations / Strategic Planning               Bill Number: 1113475

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.13 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.29 |
| | | **TOTAL TELEPHONE EXPENSE** | **$0.42** |
| | | **TOTAL MATTER** | **$0.42** |

3

DD01

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                Bill Date: 06/30/06
Case Administration                                          Bill Number: 1113475

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 06/09/06 | Copy Center, D | 0.10 |
| In-house Reproduction | 06/13/06 | Copy Center, D | 91.00 |
| In-house Reproduction | 06/20/06 | Copy Center, D | 31.50 |
| In-house Reproduction | 06/27/06 | Copy Center, D | 311.20 |
| In-house Reproduction | 06/30/06 | Copy Center, D | 10.20 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$444.00** |
| Telephone Expense | 06/30/06 | Telecommunications, D | 9.12 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 4.45 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.24 |
| | | **TOTAL TELEPHONE EXPENSE** | **$13.81** |
| Postage | 06/07/06 | Office Admin, D | 0.84 |
| Postage | 06/08/06 | Office Admin, D | 4.05 |
| Postage | 06/09/06 | Office Admin, D | 0.87 |
| Postage | 06/09/06 | Office Admin, D | 1.11 |
| Postage | 06/16/06 | Office Admin, D | 0.78 |
| Postage | 06/22/06 | Office Admin, D | 1.11 |
| Postage | 06/23/06 | Office Admin, D | 1.70 |
| Postage | 06/23/06 | Office Admin, D | 1.11 |
| Postage | 06/28/06 | Office Admin, D | 1.11 |
| | | **TOTAL POSTAGE** | **$12.68** |
| Westlaw | 06/05/06 | Wetzel JA | 9.77 |
| Westlaw | 06/30/06 | Anderson EL | 42.21 |
| | | **TOTAL WESTLAW** | **$51.98** |
| Messengers/ Courier | 06/28/06 | Dist Serv/Mail/Page, D | 6.41 |
| Messengers/ Courier | 06/28/06 | Dist Serv/Mail/Page, D | 6.41 |
| Messengers/ Courier | 06/28/06 | Dist Serv/Mail/Page, D | 6.41 |

DD01

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | TOTAL MESSENGERS/ COURIER | $19.23 |
| | | TOTAL MATTER | $541.70 |

5

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Winn-Dixie Stores, Inc. (DIP)**                          Bill Date: 06/30/06
**Claims Admin. (General)**                                Bill Number: 1113475

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 06/02/06 | Copy Center, D | 127.30 |
| In-house Reproduction | 06/09/06 | Copy Center, D | 8.20 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$135.50** |
| Telephone Expense | 06/30/06 | Telecommunications, D | 9.56 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 4.67 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.25 |
| | | **TOTAL TELEPHONE EXPENSE** | **$14.48** |
| | | **TOTAL MATTER** | **$149.98** |

DD01

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                          Bill Date: 06/30/06
Claims Admin. (Reclamation/Trust Funds)               Bill Number: 1113475

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 06/06/06 | Copy Center, D | 0.50 |
| In-house Reproduction | 06/09/06 | Copy Center, D | 63.60 |
| In-house Reproduction | 06/27/06 | Copy Center, D | 0.30 |
| In-house Reproduction | 06/30/06 | Copy Center, D | 1.70 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$66.10** |
| Telephone Expense | 06/30/06 | Telecommunications, D | 4.67 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 2.43 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.14 |
| | | **TOTAL TELEPHONE EXPENSE** | **$7.24** |
| | | **TOTAL MATTER** | **$73.34** |

DD01

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                    Bill Date: 06/30/06
Creditor Meetings/Statutory Committees           Bill Number: 1113475

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.11 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.22 |
| | | **TOTAL TELEPHONE EXPENSE** | **$0.33** |
| | | **TOTAL MATTER** | **$0.33** |

8

DD01

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Winn-Dixie Stores, Inc. (DIP)**                     **Bill Date: 06/30/06**
**Disclosure Statement/ Voting Issues**               **Bill Number: 1113475**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 06/27/06 | Copy Center, D | 0.80 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$0.80** |
| Telephone Expense | 06/30/06 | Telecommunications, D | 34.91 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.08 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 17.34 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.75 |
| | | **TOTAL TELEPHONE EXPENSE** | **$53.08** |
| | | **TOTAL MATTER** | **$53.88** |

DD01

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Winn-Dixie Stores, Inc. (DIP)**                    Bill Date: 06/30/06
**Employee Matters (General)**                        Bill Number: 1113475

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 06/30/06 | Telecommunications, D | 2.14 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 1.14 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.07 |
| | | **TOTAL TELEPHONE EXPENSE** | **$3.35** |
| | | **TOTAL MATTER** | **$3.35** |

DD01

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 06/30/06
Executory Contracts (Personalty)                                Bill Number: 1113475

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 06/02/06 | Copy Center, D | 1.00 |
| In-house Reproduction | 06/09/06 | Copy Center, D | 16.40 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$17.40** |
| Telephone Expense | 06/30/06 | Telecommunications, D | 9.33 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 4.55 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.25 |
| | | **TOTAL TELEPHONE EXPENSE** | **$14.13** |
| Lexis/Nexis | 06/09/06 | Rockness D | 32.91 |
| | | **TOTAL LEXIS/NEXIS** | **$32.91** |
| Westlaw | 06/07/06 | Rockness D | 112.36 |
| Westlaw | 06/08/06 | Eichel S | 242.53 |
| Westlaw | 06/08/06 | Rockness D | 65.12 |
| Westlaw | 06/09/06 | Eichel S | 253.26 |
| Westlaw | 06/09/06 | Rockness D | 244.43 |
| Westlaw | 06/20/06 | Eichel S | 85.27 |
| Westlaw | 06/21/06 | Eichel S | 65.86 |
| Westlaw | 06/21/06 | Beaulieu J | 30.75 |
| Westlaw | 06/23/06 | Eichel S | 16.31 |
| | | **TOTAL WESTLAW** | **$1,115.89** |
| | | **TOTAL MATTER** | **$1,180.33** |

DD01

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 06/30/06
Financing (DIP and Emergence)                                   Bill Number: 1113475

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 06/06/06 | Copy Center, D | 8.80 |
| In-house Reproduction | 06/13/06 | Copy Center, D | 1.20 |
| In-house Reproduction | 06/23/06 | Copy Center, D | 7.00 |
| In-house Reproduction | 06/30/06 | Copy Center, D | 4.20 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$21.20** |
| Telephone Expense | 06/30/06 | Telecommunications, D | 17.53 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.02 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 8.69 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.44 |
| | | **TOTAL TELEPHONE EXPENSE** | **$26.68** |
| Westlaw | 06/20/06 | Margolis A | 211.85 |
| | | **TOTAL WESTLAW** | **$211.85** |
| Vendor Hosted Teleconferencing | 06/30/06 | Teleconferencing Services, LLC | 34.30 |
| Vendor Hosted Teleconferencing | 06/30/06 | Teleconferencing Services, LLC | 8.33 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$42.63** |
| Contracted Catering-NY | 06/28/06 | Neckles PJ | 261.23 |
| | | **TOTAL CONTRACTED CATERING-NY** | **$261.23** |
| | | **TOTAL MATTER** | **$563.59** |

DD01

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                          Bill Date: 06/30/06
Insurance                                             Bill Number: 1113475

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 06/30/06 | Telecommunications, D | 9.01 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 4.41 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.24 |
| | | **TOTAL TELEPHONE EXPENSE** | **$13.66** |
| Lexis/Nexis | 06/23/06 | O'Hagan E | 415.38 |
| Lexis/Nexis | 06/25/06 | O'Hagan E | 376.55 |
| Lexis/Nexis | 06/26/06 | O'Hagan E | 847.78 |
| Lexis/Nexis | 06/27/06 | O'Hagan E | 299.93 |
| | | **TOTAL LEXIS/NEXIS** | **$1,939.64** |
| Westlaw | 06/06/06 | Karpe JA | 116.58 |
| Westlaw | 06/06/06 | Feld SR | 49.82 |
| Westlaw | 06/07/06 | Karpe JA | 168.84 |
| Westlaw | 06/09/06 | Karpe JA | 194.33 |
| Westlaw | 06/09/06 | Feld SR | 327.36 |
| Westlaw | 06/12/06 | Karpe JA | 144.73 |
| Westlaw | 06/13/06 | Karpe JA | 42.21 |
| Westlaw | 06/14/06 | Karpe JA | 135.72 |
| Westlaw | 06/16/06 | Karpe JA | 18.10 |
| | | **TOTAL WESTLAW** | **$1,197.69** |
| Vendor Hosted Teleconferencing | 06/30/06 | Teleconferencing Services, LLC | 8.33 |
| Vendor Hosted Teleconferencing | 06/30/06 | Teleconferencing Services, LLC | 0.63 |
| Vendor Hosted Teleconferencing | 06/30/06 | Teleconferencing Services, LLC | 15.12 |
| Vendor Hosted Teleconferencing | 06/30/06 | Teleconferencing Services, LLC | 7.14 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$31.22** |
| | | **TOTAL MATTER** | **$3,182.21** |

DD01

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                   Bill Date: 06/30/06
Investigations and Reviews                                   Bill Number: 1113475

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 06/02/06 | Copy Center, D | 188.80 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$188.80** |
| Telephone Expense | 06/30/06 | Telecommunications, D | 1.69 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.86 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.05 |
| | | **TOTAL TELEPHONE EXPENSE** | **$2.60** |
| Non-standard/Outside Reproduction | 04/28/06 | RLS Legal Solutions LLC | 338.54 |
| | | **TOTAL NON-STANDARD/OUTSIDE REPRODUCTION** | **$338.54** |
| Telco-Non Astra | 06/30/06 | Telecommunications, D | 56.44 |
| | | **TOTAL TELCO-NON ASTRA** | **$56.44** |
| | | **TOTAL MATTER** | **$586.38** |

DD01

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Winn-Dixie Stores, Inc. (DIP)**                    Bill Date: 06/30/06
**Leases (Real Property)**                           Bill Number: 1113475

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 06/30/06 | Telecommunications, D | 4.23 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 2.09 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.11 |
| | | **TOTAL TELEPHONE EXPENSE** | **$6.43** |
| Lexis/Nexis | 06/01/06 | Sambur K | 93.49 |
| | | **TOTAL LEXIS/NEXIS** | **$93.49** |
| | | **TOTAL MATTER** | **$99.92** |

DD01

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Winn-Dixie Stores, Inc. (DIP)**                          **Bill Date: 06/30/06**
**Liquidation / Feasibility**                              **Bill Number: 1113475**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.04 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.01 |
| | | **TOTAL TELEPHONE EXPENSE** | **$0.05** |
| | | **TOTAL MATTER** | **$0.05** |

16

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                           Bill Date: 06/30/06
Nonworking Travel Time                                  Bill Number: 1113475

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.13 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.29 |
| | | **TOTAL TELEPHONE EXPENSE** | **$0.42** |
| | | **TOTAL MATTER** | **$0.42** |

17

DD01

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                      Bill Date: 06/30/06
Reorganization Plan / Plan Sponsors               Bill Number: 1113475

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 06/02/06 | Copy Center, D | 435.10 |
| In-house Reproduction | 06/06/06 | Copy Center, D | 0.60 |
| In-house Reproduction | 06/20/06 | Copy Center, D | 6.30 |
| In-house Reproduction | 06/23/06 | Copy Center, D | 0.70 |
| In-house Reproduction | 06/23/06 | Copy Center, D | 0.90 |
| In-house Reproduction | 06/30/06 | Copy Center, D | 4.70 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$448.30** |
| Telephone Expense | 06/30/06 | Telecommunications, D | 26.64 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.02 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 13.12 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.68 |
| | | **TOTAL TELEPHONE EXPENSE** | **$40.46** |
| Non-standard/Outside Reproduction | 05/09/06 | World Copy Inc. | 73.10 |
| | | **TOTAL NON-STANDARD/OUTSIDE REPRODUCTION** | **$73.10** |
| Lexis/Nexis | 06/12/06 | Sambur K | 92.88 |
| Lexis/Nexis | 06/15/06 | Sambur K | 43.08 |
| Lexis/Nexis | 06/16/06 | Sambur K | 518.04 |
| Lexis/Nexis | 06/19/06 | Sambur K | 13.01 |
| Lexis/Nexis | 06/20/06 | Sambur K | 152.04 |
| Lexis/Nexis | 06/21/06 | Sambur K | 41.86 |
| Lexis/Nexis | 06/22/06 | Sambur K | 5.69 |
| Lexis/Nexis | 06/29/06 | Sambur K | 255.32 |
| | | **TOTAL LEXIS/NEXIS** | **$1,121.92** |
| Westlaw | 06/15/06 | LaMaina KA | 72.03 |
| Westlaw | 06/15/06 | Booker KA | 94.64 |
| Westlaw | 06/23/06 | Karpe JA | 62.66 |
| Westlaw | 06/28/06 | LaMaina KA | 57.89 |
| Westlaw | 06/29/06 | Karpe JA | 308.88 |

DD01

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | **TOTAL WESTLAW** | **$596.10** |
| Messengers/ Courier | 05/31/06 | Dist Serv/Mail/Page, D | 21.77 |
| | | **TOTAL MESSENGERS/ COURIER** | **$21.77** |
| Printing to paper from TIF | 06/29/06 | Copy Center, D | 14.72 |
| | | **TOTAL PRINTING TO PAPER FROM TIF** | **$14.72** |
| | | **TOTAL MATTER** | **$2,316.37** |

19

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                Bill Date: 06/30/06
Retention / Fee Matters (SASM&F)                             Bill Number: 1113475

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 06/06/06 | Copy Center, D | 122.60 |
| In-house Reproduction | 06/16/06 | Copy Center, D | 0.30 |
| In-house Reproduction | 06/23/06 | Copy Center, D | 156.60 |
| In-house Reproduction | 06/27/06 | Copy Center, D | 42.90 |
| In-house Reproduction | 06/30/06 | Copy Center, D | 143.30 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$465.70** |
| Telephone Expense | 06/30/06 | Telecommunications, D | 7.84 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 3.91 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.21 |
| | | **TOTAL TELEPHONE EXPENSE** | **$11.96** |
| Messengers/ Courier | 06/06/06 | Dist Serv/Mail/Page, D | 10.54 |
| Messengers/ Courier | 06/06/06 | Dist Serv/Mail/Page, D | 10.54 |
| Messengers/ Courier | 06/06/06 | Dist Serv/Mail/Page, D | 10.54 |
| Messengers/ Courier | 06/06/06 | Dist Serv/Mail/Page, D | 10.54 |
| Messengers/ Courier | 06/06/06 | Dist Serv/Mail/Page, D | 10.54 |
| Messengers/ Courier | 06/06/06 | Dist Serv/Mail/Page, D | 10.54 |
| Messengers/ Courier | 06/06/06 | Dist Serv/Mail/Page, D | 10.54 |
| Messengers/ Courier | 06/06/06 | Dist Serv/Mail/Page, D | 10.54 |
| Messengers/ Courier | 06/26/06 | Dist Serv/Mail/Page, D | 10.54 |
| Messengers/ Courier | 06/26/06 | Dist Serv/Mail/Page, D | 10.54 |
| Messengers/ Courier | 06/26/06 | Dist Serv/Mail/Page, D | 10.54 |
| Messengers/ Courier | 06/26/06 | Dist Serv/Mail/Page, D | 10.54 |
| Messengers/ Courier | 06/26/06 | Dist Serv/Mail/Page, D | 10.54 |
| Messengers/ Courier | 06/26/06 | Dist Serv/Mail/Page, D | 10.54 |
| Messengers/ Courier | 06/26/06 | Dist Serv/Mail/Page, D | 10.54 |
| Messengers/ Courier | 06/26/06 | Dist Serv/Mail/Page, D | 10.54 |
| | | **TOTAL MESSENGERS/ COURIER** | **$168.64** |
| | | **TOTAL MATTER** | **$646.30** |

DD01

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                   Bill Date: 06/30/06
Retention / Fee Matters / Objections (Others)                  Bill Number: 1113475

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 06/16/06 | Copy Center, D | 3.90 |
| In-house Reproduction | 06/27/06 | Copy Center, D | 0.80 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$4.70** |
| Telephone Expense | 06/30/06 | Telecommunications, D | 2.75 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 1.31 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.08 |
| | | **TOTAL TELEPHONE EXPENSE** | **$4.14** |
| | | **TOTAL MATTER** | **$8.84** |

DD01

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                    Bill Date: 06/30/06
Tax Matters                                      Bill Number: 1113475

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.78 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.33 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.03 |
| | | **TOTAL TELEPHONE EXPENSE** | **$1.14** |
| | | **TOTAL MATTER** | **$1.14** |

DD01

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Winn-Dixie Stores, Inc. (DIP)**                                      Bill Date: 06/30/06
**Utilities**                                                          Bill Number: 1113475

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 06/30/06 | Telecommunications, D | 2.12 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 1.12 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.07 |
| | | **TOTAL TELEPHONE EXPENSE** | **$3.31** |
| | | **TOTAL MATTER** | **$3.31** |

23

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Winn-Dixie Stores, Inc. (DIP)**
**Vendor Matters**

Bill Date: 06/30/06
Bill Number: 1113475

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.11 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.24 |
| | | **TOTAL TELEPHONE EXPENSE** | **$0.35** |
| | | **TOTAL MATTER** | **$0.35** |

24

DD01

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 06/30/06
Disbursements                                                    Bill Number: 1113475

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 06/22/06 | Baker DJ | 363.30 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$363.30** |
| In-house Reproduction | 06/02/06 | Copy Center, D | 2.20 |
| In-house Reproduction | 06/06/06 | Copy Center, D | 2.00 |
| In-house Reproduction | 06/13/06 | Copy Center, D | 0.30 |
| In-house Reproduction | 06/27/06 | Copy Center, D | 12.30 |
| In-house Reproduction | 06/30/06 | Copy Center, D | 168.50 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$185.30** |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.02 |
| | | **TOTAL TELEPHONE EXPENSE** | **$0.02** |
| Postage | 05/16/06 | Office Admin, D | 0.39 |
| Postage | 06/29/06 | Office Admin, D | 2.07 |
| | | **TOTAL POSTAGE** | **$2.46** |
| Westlaw | 06/02/06 | Turetsky DM | 249.83 |
| Westlaw | 06/06/06 | Turetsky DM | 45.95 |
| Westlaw | 06/08/06 | Turetsky DM | 168.83 |
| Westlaw | 06/09/06 | Turetsky DM | 39.10 |
| Westlaw | 06/12/06 | Turetsky DM | 245.74 |
| Westlaw | 06/15/06 | Turetsky DM | 200.14 |
| Westlaw | 06/15/06 | Booker KA | 13.21 |
| Westlaw | 06/27/06 | Turetsky DM | 143.83 |
| | | **TOTAL WESTLAW** | **$1,106.63** |
| Reproduction - color | 06/06/06 | Copy Center, D | 20.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$20.00** |
| Vendor Hosted Teleconferencing | 06/30/06 | Teleconferencing Services, LLC | 9.31 |
| Vendor Hosted Teleconferencing | 06/30/06 | Teleconferencing Services, LLC | 15.82 |

DD01

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 06/30/06 | Teleconferencing Services, LLC | 4.62 |
| Vendor Hosted Teleconferencing | 06/30/06 | Teleconferencing Services, LLC | 8.96 |
| Vendor Hosted Teleconferencing | 06/30/06 | Teleconferencing Services, LLC | 25.69 |
| Vendor Hosted Teleconferencing | 06/30/06 | Teleconferencing Services, LLC | 7.63 |
| Vendor Hosted Teleconferencing | 06/30/06 | Teleconferencing Services, LLC | 3.50 |
| Vendor Hosted Teleconferencing | 06/30/06 | Teleconferencing Services, LLC | 57.68 |
| Vendor Hosted Teleconferencing | 06/30/06 | Teleconferencing Services, LLC | 42.84 |
| Vendor Hosted Teleconferencing | 06/30/06 | Teleconferencing Services, LLC | 8.26 |
| Vendor Hosted Teleconferencing | 06/30/06 | Teleconferencing Services, LLC | 17.15 |
| Vendor Hosted Teleconferencing | 06/30/06 | Teleconferencing Services, LLC | 29.40 |
| Vendor Hosted Teleconferencing | 06/30/06 | Teleconferencing Services, LLC | 14.91 |
| Vendor Hosted Teleconferencing | 06/30/06 | Teleconferencing Services, LLC | 6.86 |
| **TOTAL VENDOR HOSTED TELECONFERENCING** | | | **$252.63** |
| Messengers/ Courier | 06/05/06 | Dist Serv/Mail/Page, D | 6.95 |
| Messengers/ Courier | 06/06/06 | Dist Serv/Mail/Page, D | 10.54 |
| Messengers/ Courier | 06/09/06 | Dist Serv/Mail/Page, D | 18.65 |
| **TOTAL MESSENGERS/ COURIER** | | | **$36.14** |
| Court Reporting | 06/14/06 | Veritext/New Jersey Reporting Company, L | 415.00 |
| **TOTAL COURT REPORTING** | | | **$415.00** |
| Contracted Catering-NY | 05/24/06 | Gray RW | 31.08 |

DD01

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | **TOTAL CONTRACTED CATERING-NY** | **$31.08** |
| | | **TOTAL MATTER** | **$2,412.56** |

DD01

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 06/30/06
Fee Examiner                                                   Bill Number: 1113475

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 06/20/06 | Copy Center, D | 3.60 |
| In-house Reproduction | 06/20/06 | Copy Center, D | 31.20 |
| In-house Reproduction | 06/27/06 | Copy Center, D | 1.80 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$36.60** |
| Telephone Expense | 06/30/06 | Telecommunications, D | 9.55 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 4.67 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.25 |
| | | **TOTAL TELEPHONE EXPENSE** | **$14.47** |
| Lexis/Nexis | 06/20/06 | Burgos BP | 16.47 |
| | | **TOTAL LEXIS/NEXIS** | **$16.47** |
| | | **TOTAL MATTER** | **$67.54** |
| | | **TOTAL CLIENT** | **$11,894.71** |

DD01