# EXHIBIT D-1

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**TIME SUMMARY**
**(JULY 1, 2006 – JULY 31, 2006)**

Bill No: 1122978

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|------|-------------------|------|-------|--------|
| **PARTNERS** | | | | |
| D. J. (Jan) Baker | 1973 | $835 | 134.60 | $112,391.00 |
| Ronald C. Barusch | 1978 | 795 | 38.60 | 30,687.00 |
| Katherine M. Bristor | 1981 | 835 | 26.80 | 22,378.00 |
| Sally McDonald Henry | 1983 | 730 | 124.60 | 90,958.00 |
| Peter J. Neckles | 1978 | 835 | 30.70 | 25,634.50 |
| Regina Olshan | 1991 | 755 | 2.70 | 2,038.50 |
| Wallace L. Schwartz | 1977 | 820 | 3.40 | 2,788.00 |
| Ronald J. Weiss | 1981 | 755 | 3.70 | 2,793.50 |
| | **TOTAL PARTNERS** | | **365.10** | **$289,668.50** |
| **COUNSEL** | | | | |
| Tiffany T. Boydell | 1995 | $560 | 2.00 | $  1,120.00 |
| Stephanie R. Feld | 1982 | 560 | 90.30 | 50,568.00 |
| Rosalie W. Gray | 1982 | 560 | 179.00 | 100,240.00 |
| Alexandra Margolis | 1986 | 560 | 11.10 | 6,216.00 |
| Anthony Saldana | 1995 | 560 | 41.30 | 23,128.00 |
| | **TOTAL COUNSEL** | | **323.70** | **$181,272.00** |
| **ASSOCIATES/LAW CLERKS** | | | | |
| Steven Eichel | 1988 | $540 | 42.30 | $ 22,842.00 |
| Ronald Falls, Jr.* | 2006 | 295 | 73.90 | 21,800.50 |
| Carolyn B. Handler | 1989 | 540 | 7.40 | 3,996.00 |
| Danny J. Hart Jr. | 2005 | 335 | 10.80 | 3,618.00 |
| Denise Kaloudis | 2003 | 440 | 19.00 | 8,360.00 |
| Jessica Kempf | 2005 | 375 | 12.60 | 4,725.00 |
| Kimberly A. LaMaina | 2001 | 465 | 42.20 | 19,623.00 |
| Jane M. Leamy | 1995 | 540 | 151.40 | 81,756.00 |
| Jessenia Paoli | 2005 | 375 | 1.10 | 412.50 |
| Adam S. Ravin | 1995 | 540 | 175.80 | 94,932.00 |
| Abraham A. Reshtick | 2001 | 465 | 75.20 | 34,968.00 |
| Keith Sambur | 2005 | 375 | 39.20 | 14,700.00 |
| David M. Turetsky | 2002 | 440 | 173.00 | 76,120.00 |
| Christian P. Wenzel | 2003 | 440 | 3.50 | 1,540.00 |

| | | | |
|---|---|---|---|
| | **TOTAL ASSOCIATES/LAW CLERKS** | **827.40** | **$389,393.00** |
| | | | |
| **SUMMER/WINTER ASSOCIATE** | | | |
| Jennifer A. Karpe | | $170 | 2.60 | $   442.00 |
| | | | |
| | **TOTAL SUMMER/WINTER ASSOCIATE** | **2.60** | **$   442.00** |
| | | | |
| **PARAPROFESSIONALS** | | | |
| Michael L. Kreiner | | $210 | 21.90 | $ 4,599.00 |
| Joseph J. Roman | | 75 | 6.30 | 472.50 |
| Johannes A. Wetzel | | 175 | 107.80 | 18,865.00 |
| | | | |
| | **TOTAL PARAPROFESSIONALS** | **136.00** | **$ 23,936.50** |
| | | | |
| | **TOTAL** | **1,654.80** | **$884,712.00** |
| | | | |
| | **BLENDED HOURLY RATE** | | **$534.63** |

\* Law clerks are law school graduates who are not presently admitted to practice.

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**PROJECT CATEGORY SUMMARY**
**(JULY 1, 2006 - JULY 31, 2006)**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| General Corporate Advice | 76.50 | $30,409.00 |
| Assets Dispositions (General) | 47.90 | $21,390.50 |
| Business Operations / Strategic Planning | 8.70 | $5,675.50 |
| Case Administration | 144.70 | $28,334.50 |
| Claims Admin. (General) | 198.40 | $110,462.50 |
| Claims Admin. (Reclamation/Trust Funds) | 9.50 | $5,130.00 |
| Creditor Meetings/Statutory Committees | 0.70 | $502.00 |
| Disclosure Statement/ Voting Issues | 273.70 | $152,911.50 |
| Employee Matters (General) | 30.30 | $15,172.50 |
| Executory Contracts (Personalty) | 138.50 | $65,562.00 |
| Financing (DIP and Emergence) | 87.30 | $53,809.00 |
| Insurance | 79.60 | $45,149.50 |
| Leases (Real Property) | 64.60 | $33,949.00 |
| Litigation (General) | 29.00 | $13,149.50 |
| Reorganization Plan / Plan Sponsors | 318.70 | $220,458.50 |
| Retention / Fee Matters (SASM&F) | 46.00 | $21,413.00 |
| Retention / Fee Matters / Objections (Others) | 33.70 | $19,800.50 |
| Tax Matters | 33.30 | $25,733.50 |
| Utilities | 18.70 | $9,116.00 |
| Vendor Matters | 5.70 | $3,078.00 |
| Fee Examiner | 9.30 | $3,505.50 |
| **TOTAL** | **1654.80** | **$884,712.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                                    Bill Date: 08/18/06
**General Corporate Advice**                                         Bill Number: 1122978

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| SALDANA A | 07/10/06 | 0.90 | REVIEW/ANALYZE CHARTER ISSUES (.4); CONFER WITH R. FALLS RE: SAME (.5). |
| FALLS, JR. R* | 07/10/06 | 7.90 | RESEARCH OF CLASSIFIED BOARD OF DIRECTORS STATUS FOR VARIOUS ENTITIES PRE/POST BANKRUPTCY (5.8); DRAFT AND REVISION OF CHART ACCOMPANYING RESEARCH (2.1). |
| FALLS, JR. R* | 07/11/06 | 5.70 | RESEARCH OF CLASSIFIED BOARD OF DIRECTORS STATUS PRE AND POST BANKRUPTCY (5.2); REVISION OF CLASSIFIED BOARD STATUS CHART (.5). |
| SALDANA A | 07/12/06 | 2.00 | REVIEW AND REVISE BOARD OF DIRECTORS CLASSIFICATION DOCUMENT (1.0); REVIEW OPEN ITEMS NEEDED FOR CLOSING (0.7); REVIEW CLOSING ITEMS WITH D. WELLS (.3). |
| FALLS, JR. R* | 07/12/06 | 2.10 | UPDATES TO CLASSIFIED BOARD OF DIRECTORS CHART (2.1). |
| SALDANA A | 07/14/06 | 0.30 | ANALYZE REGISTRATION RIGHTS ISSUES (.3). |
| FALLS, JR. R* | 07/14/06 | 6.20 | RESEARCH RE: "CONTROL PERSON" AND "AFFILIATE" UNDER SECURITIES ACT, BANKRUPTCY PROCEEDINGS AND SEC NO-ACTION LETTERS (3.2); RESEARCH OF FL CORPORATION BY-LAWS AND ARTICLES OF INCORPORATION (1.5); COMPARISON OF COMPANY AND RESEARCHED BY-LAWS AND ARTICLES (1.5). |
| FALLS, JR. R* | 07/17/06 | 2.60 | RESEARCH OF "CONTROL PERSONS" AND "AFFILIATES" UNDER SECURITIES ACT, BANKRUPTCY PROCEEDINGS AND SEC NO-ACTION LETTERS (2.6). |
| FALLS, JR. R* | 07/18/06 | 5.20 | REVISION AND UPDATED TO BY-LAWS AND ARTICLES OF INC (ALONG WITH COMPARISON TO SASM&F MODEL AND COMPARATIVE COMPANIES) (5.2). |
| BARUSCH RC | 07/20/06 | 0.90 | REVIEW STOCK TRANSFER LEGENDS (.9). |
| SALDANA A | 07/20/06 | 0.20 | ANALYZE CHARTER ISSUES (.2). |
| SALDANA A | 07/21/06 | 0.30 | REVIEW/ANALYZE BYLAWS ISSUES (.3). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| FALLS, JR. R* | 07/21/06 | 2.50 | REVIEW COMPANY BYLAWS AND ARTICLES (INCLUDING COMPARISONS TO MODELS AND VARIOUS STANDARD VERSIONS) (2.5). |
| SALDANA A | 07/24/06 | 1.90 | ANALYZE ARTICLES AND BYLAWS ISSUES (1.5); ANALYZE REGISTRATION RIGHTS ISSUES (.4). |
| FALLS, JR. R* | 07/24/06 | 10.60 | RESEARCH ON FL BUSINESS CODE LAW RE: NUMBER OF AUTHORIZED SHARES QUESTION (1.3); DRAFTING OF JOINT PLAN OF REORG EXHIBIT A (5.5); RESEARCH OF FL BUSINESS CODE LAW RE: PHYSICAL SHARES CERTIFICATES (1.2); RESEARCH OF REGISTRATION RIGHTS AND COMPARABLE COMPANY ANALYSIS (2.6). |
| SALDANA A | 07/25/06 | 0.20 | REVIEW REGISTRATION RIGHTS ISSUES (0.2). |
| FALLS, JR. R* | 07/25/06 | 2.20 | REGISTRATION RIGHTS RESEARCH (2.2). |
| SALDANA A | 07/26/06 | 2.50 | REVIEW NASDAQ LISTING/APPROVAL ISSUES IN CONNECTION WITH COMMON STOCK RESERVE (2.5). |
| BAKER DJ | 07/27/06 | 0.10 | TELECONFERENCE WITH F. HUFFARD WITH RESPECT TO BOARD OF DIRECTORS MEETING (.1). |
| SALDANA A | 07/27/06 | 3.00 | RESEARCH AND ANALYZE ISSUES RE COMMON STOCK RESERVE AND BANKRUPTCY CODE SECTION 1145 (3.0). |
| BAKER DJ | 07/28/06 | 1.60 | TELECONFERENCE WITH  FLIP HUFFARD WITH RESPECT TO BOARD OF DIRECTORS ISSUES (.1); REVIEW AGENDA FOR BOARD OF DIRECTORS MEETING (.1); BEGIN REVIEW OF MATERIALS PREPARED FOR MEETING OF BOARD OF DIRECTORS OF DIRECTORS (1.4). |
| SALDANA A | 07/28/06 | 6.00 | RESEARCH AND ANALYZE ISSUES RE: REGISTRATION OF COMMON STOCK RESERVE (6.0). |
| FALLS, JR. R* | 07/28/06 | 8.00 | REVIEW OF OLDER CHARTER AMENDMENTS AND FILINGS TO ASCERTAIN CERTAIN CHARTER RELATED LANGUAGE SIGNIFICANCE (2.5); RESEARCH FOR REGISTRATION ISSUE QUESTION IN BANKRUPTCY CASES (5.5). |
| SALDANA A | 07/29/06 | 0.20 | REVIEW REGISTRATION RIGHTS ISSUES (0.2). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BAKER DJ          07/31/06          3.40    PREPARE FOR MEETING OF BOARD OF
                                            DIRECTORS OF DIRECTORS (.8); ATTEND
                                            MEETING OF BOARD OF DIRECTORS OF
                                            DIRECTORS (2.6).


**MATTER TOTAL**                    **76.50**

> \* Law clerks are law school graduates who are not presently admitted
> to practice.

3

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                    Bill Date: 08/18/06
**Assets Dispositions (General)**                    Bill Number: 1122978

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 07/17/06 | 0.40 | EXCHANGE EMAILS WITH A. SALDANA AND M. BYRUM RE: BAHAMAS INSURANCE CLAIM AND HANDLING IN SALE (.2); TELECONFERENCE WITH M. BYRUM RE: INSURANCE FACTS (.1); DRAFT MEMORANDUM TO A. SALDANA RE: RESOLUTION OF ISSUE (.1). |
| RAVIN AS | 07/17/06 | 0.10 | REVIEW MEMORANDUM FROM A. SALDANA RE: BAHAMAS STATUS, REVIEW MEMORANDUM FROM R. GRAY RE: SAME (.1). |
| GRAY RW | 07/18/06 | 0.20 | REVIEW AND RESPOND TO MEMORANDUM FROM A. RESHTICK RE: COMMON STOCK RESERVE AND APPLICATION OF REGULATION (.2). |
| SALDANA A | 07/18/06 | 1.20 | PREPARATIONS FOR SALE CLOSING (1.2). |
| BARUSCH RC | 07/19/06 | 0.60 | REVIEW BAHAMAS CLOSING ISSUE (.6). |
| SALDANA A | 07/19/06 | 5.20 | PREPARATIONS FOR SALE CLOSING (5.2). |
| FALLS, JR. R* | 07/19/06 | 4.60 | DRAFT/REVISIONS OF CLOSING CERTIFICATES AND RESIGNATION LETTERS (3.4); REVIEW OF TRANSACTION RELATED DOCUMENTS (1.2). |
| SALDANA A | 07/20/06 | 1.00 | PREPARATION FOR SALE CLOSING (1.0). |
| SALDANA A | 07/21/06 | 2.50 | PREPARATIONS FOR CLOSING (2.0); CALL WITH  D. WELLS, R. CHAKRAPANI, F. WILSON, J. CASTLE, M. BYRUM RE CLOSING MATTERS (.4); CALL WITH R. CHAKRAPANI, M. BYRUM RE: CLOSING MATTERS (.1). |
| FALLS, JR. R* | 07/21/06 | 5.90 | DRAFTING OF CLOSING CERTIFICATES FOR PURCHASER AND SELLER (2.3); DRAFTING OF VARIOUS RESIGNATION LETTERS FOR DIRECTORS AND EMPLOYEES (1.5); RESIGNATION LETTER FOR LYNCH AND SELLERS (2.1). |
| SALDANA A | 07/24/06 | 3.50 | PREPARATIONS FOR CLOSING (3.5). |
| SALDANA A | 07/25/06 | 2.50 | PREPARATIONS FOR CLOSING OF BAHAMAS TRANSACTION (2.5). |
| FALLS, JR. R* | 07/25/06 | 5.30 | REVISIONS TO RESIGNATION LETTERS FOR OUTSIDE DIRECTORS (1.5); UPDATES TO LYNCH AND SELLERS RESIGNATION LETTER (1.2); DRAFTING OF RELATED CLOSING DOCUMENTS PER THE CLOSING CHECKLIST (2.6). |
| SALDANA A | 07/26/06 | 2.50 | PREPARE FOR CLOSING (2.5). |

4

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

FALLS, JR. R*      07/26/06      3.60    REVISIONS TO CLOSING SET DOCUMENTS AND
                                         DISTRIBUTION OF UPDATED DOCUMENTS
                                         (3.6).

SALDANA A          07/27/06      3.50    PREPARATIONS FOR BAHAMAS CLOSING (0.5);
                                         REVIEW AND REVISE AGREEMENT RE:
                                         SETTLEMENT OF INTERCOMPANY OBLIGATIONS
                                         (2.5); CALL WITH CLIENT, BLACKSTONE ET
                                         AL. RE: CLOSING MATTERS (0.5).

FALLS, JR. R*      07/27/06      1.50    REVIEW OF SPA, INTERCOMPANY OBLIGATION
                                         EXCEL SHEET AND CLOSING DOCUMENTS
                                         LETTER AGREEMENT TO SETTLE INTER
                                         COMPANY OBLIGATION POST CLOSING (1.5).

RAVIN AS           07/27/06      0.60    REVIEW PRIOR CORRESPONDENCE RE:
                                         RECONCILIATION ISSUE RELATED TO BAHAMAS
                                         SALE (.3); REVIEW MEMORANDUM FROM AND
                                         DRAFT MEMORANDUM TO A. SALDANA RE:
                                         RECONCILIATION ISSUE RELATED TO BAHAMAS
                                         SALE (.2); REVIEW CHART RE: TRUE UP RE:
                                         RECONCILIATION ISSUE RELATED TO BAHAMAS
                                         SALE (.1).

SALDANA A          07/28/06      0.70    PREPARATIONS FOR CLOSING (0.7).

RAVIN AS           07/28/06      0.70    REVIEW MEMORANDUM FROM A. SALDANA RE:
                                         SETTLEMENT OF INTERCOMPANY OBLIGATIONS
                                         RE: BAHAMAS SALE, REVIEW SIDE LETTER RE:
                                         SAME, DRAFT MEMORANDUM TO R. GRAY RE:
                                         SAME (.3); REVIEW MEMORANDUM FROM A.
                                         SALDANA RE: BAHAMAS LEASE ASSUMPTION
                                         ISSUE, DRAFT MEMORANDUM TO SAME RE: SAME
                                         (.3); REVIEW CORRESPONDENCE FROM C.
                                         IBOLD RE: A. SALDANA RE: BAHAMAS LEASE
                                         ASSUMPTION ISSUE (.1).

SALDANA A          07/29/06      0.50    REVIEW TSA AND CONFER WITH J. TALBOT RE:
                                         SAME (0.5).

GRAY RW            07/31/06      0.20    REVIEW AND RESPOND TO MEMORANDUM FROM A.
                                         SALDANA RE: BAHAMAS CLOSING EXPENSE
                                         (0.1); FOLLOW UP EMAIL EXCHANGE RE: SAME
                                         (0.1).

SALDANA A          07/31/06      0.70    REVIEW TRANSITION SERVICES AGREEMENT
                                         RIDER (0.1); FOLLOW UP WITH  J. TALBOT
                                         RE: TRANSITION SERVICES AGREEMENT
                                         (0.1); PREPARATION FOR CLOSING (0.5).

RAVIN AS          07/31/06          0.40    DRAFT MEMORANDA TO AND REVIEW MEMORANDA
                                            FROM A. SALDANA RE: BAHAMAS SALE CLOSING
                                            CONSIDERATIONS, REVIEW MEMORANDA FROM
                                            AND DRAFT MEMORANDA TO R. GRAY RE: SAME.

**MATTER TOTAL**                  **<u>47.90</u>**


    * Law clerks are law school graduates who are not presently admitted
    to practice.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                           Bill Date: 08/18/06
**Business Operations / Strategic Planning**               Bill Number: 1122978

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER DJ | 07/05/06 | 1.00 | CONFERENCE CALL WITH SENIOR MANAGEMENT TEAM WITH RESPECT TO OPEN BUSINESS ISSUES (1.0). |
| GRAY RW | 07/05/06 | 1.00 | PARTICIPATE IN UPDATE CALL WITH CLIENT AND ADVISORS RE: PENDING MATTERS (1.0). |
| RAVIN AS | 07/05/06 | 1.00 | WEEKLY STATUS CALL WITH J. BAKER, R. GRAY, L. APPEL, J. CASTLE, B. NUSSBAUM, S. BUSEY, C. JACKSON, F. HUFFARD, H. ETLIN, AND M. FRIETAG (1.0). |
| BAKER DJ | 07/11/06 | 0.50 | PARTICIPATE IN CONFERENCE CALL WITH SENIOR MANAGEMENT RE: STATUS OF OPERATIONS (.5). |
| RAVIN AS | 07/11/06 | 0.50 | TELECONFERENCE WITH J. BAKER, F. HUFFARD, P. LYNCH, L. APPEL, AND B. NUSSBAUM RE: WEEKLY STATUS UPDATE CALL. |
| BAKER DJ | 07/18/06 | 0.50 | PARTICIPATE IN CONFERENCE CALL WITH SENIOR MANAGEMENT AND OUTSIDE ADVISORS RE: BUSINESS OPERATIONS (.5). |
| HENRY S | 07/18/06 | 0.50 | PARTICIPATE IN WEEKLY UPDATE CALL WITH CLIENT AND ADVISORS RE: RESTRUCTURING ISSUES. |
| GRAY RW | 07/18/06 | 0.50 | PARTICIPATE IN UPDATE CALL WITH CLIENT AND ADVISORS (.5). |
| RAVIN AS | 07/18/06 | 0.50 | WEEKLY STATUS CALL WITH J. BAKER, R. GRAY, F. HUFFARD, B. NUSSBAUM, C. JACKSON AND S. BUSEY. |
| BAKER DJ | 07/25/06 | 0.50 | CONFERENCE CALL WITH SENIOR MANAGEMENT OF COMPANY AND OUTSIDE ADVISORS RE: BUSINESS ISSUES. |
| HENRY S | 07/25/06 | 0.50 | WEEKLY CONFERENCE CALL WITH ADVISORS AND COMPANY RE REORGANIZATION STRATEGY (.5). |
| GRAY RW | 07/25/06 | 0.50 | UPDATE CALL WITH CLIENT AND ADVISORS RE: CASE STRATEGY (.5). |
| RAVIN AS | 07/25/06 | 0.70 | REVIEW D&O INSURANCE MATERIALS (.2); TELEPHONE CONFERENCE WITH J. SKELTON, P. LYNCH, L. APPEL, B. NUSSBAUM, J. CASTLE, J. BAKER, R. GRAY, F. HUFFARD, AND S. BUSEY RE: TAIL INSURANCE (.5). |

7

| GRAY RW | 07/31/06 | 0.50 | TELECONFERENCE WITH J. OCONNELL RE: BOF A REQUEST FOR MANAGEMENT MEETING (0.1); TELECONFERENCE WITH J. OCONNELL AND K. BRADY AT BOF A RE: SAME (0.1); FURTHER TELECONFERENCE WITH J. OCONNELL RE: SAME (0.1); DRAFT MEMORANDUM TO J. BAKER RE: SAME (0.2). |

**MATTER TOTAL**                           <u>**8.70**</u>

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                     Bill Date: 08/18/06
**Case Administration**                               Bill Number: 1122978

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 07/05/06 | 0.30 | REVIEW 7/5 DOCKET UPDATE (.1); REVIEW AND COMMENT ON CASE CALENDAR (.2). |
| WETZEL JA | 07/05/06 | 6.10 | PREPARE AND DISTRIBUTE DOCKET AND MEDIA UPDATE (.8); DISTRIBUTE DISCLOSURE STATEMENT AND START FILE FOR REQUESTS (3); SEARCH DOCKET AND ASSEMBLE DOCUMENTS FOR A. RAVIN AND R. GRAY (1); PREPARE BINDER FOR A. RAVIN (1.3). |
| GRAY RW | 07/06/06 | 0.10 | REVIEW 7/6 DOCKET UPDATE (.1). |
| TURETSKY DM | 07/06/06 | 0.20 | TELECONFERENCE WITH GRETCHEN OF DOLPHIN CAPITAL RE: STATUS OF WINN-DIXIE CHAPTER 11 CASES (.2). |
| WETZEL JA | 07/06/06 | 6.50 | PREPARE AND DISTRIBUTE DOCKET AND MEDIA UPDATE (.8); DISTRIBUTE DISCLOSURE STATEMENT (2.5); PREPARE AND SERVE BUEHLER FEE APPLICATION (2.2); ASSEMBLE DOCUMENTS FOR R. GRAY AND A. RAVIN (1.0). |
| ROMAN JJ | 07/06/06 | 0.30 | RETRIEVE DOCKET REPORT FOR ATTORNEY UPDATES  RE: BUEHLERS FOODS CASE (.3). |
| GRAY RW | 07/07/06 | 0.20 | REVIEW 7/7 DOCKET UPDATE (.1); REVIEW AND COMMENT ON HEARING AGENDA (.1). |
| RAVIN AS | 07/07/06 | 0.20 | MONITOR PLEADINGS FILED ON DOCKET (.1); REVIEW AND REVISE JULY 13TH HEARING AGENDA, DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM C. JACKSON RE: SAME (.1). |
| WETZEL JA | 07/07/06 | 5.60 | PREPARE AND DISTRIBUTE DOCKET AND MEDIA UPDATE (.8); DISTRIBUTE DISCLOSURE STATEMENT (2); SERVE BUEHLER APPLICATION AND FILE BUEHLER CERTIFICATE OF SERVICE (2); UPDATE CASE CALENDAR (.8). |
| ROMAN JJ | 07/07/06 | 0.30 | RETRIEVE DOCKET REPORT FOR ATTORNEY UPDATES  RE: BUEHLERS FOODS CASE (.3). |
| GRAY RW | 07/10/06 | 0.10 | REVIEW 7/10 DOCKET UPDATE (.1). |
| LAMAINA KA | 07/10/06 | 0.20 | REVIEW MEMORANDUM FROM SMITH HULSEY ON PROPOSED CASE FILINGS (.2). |

| | | | |
|---|---|---|---|
| WETZEL JA | 07/10/06 | 6.30 | PREPARE AND DISTRIBUTE DOCKET AND MEDIA UPDATES (.8); DISTRIBUTE DISCLOSURE STATEMENT (2); ASSEMBLE DOCUMENTS FOR A. RAVIN, D. KALOUDIS AND R. GRAY (1.5); ASSEMBLE FEE REPORTS FOR K. LAMAINA (1.5); FILE MISC. PLEADINGS AND CORRESPONDENCE (.5). |
| ROMAN JJ | 07/10/06 | 0.20 | RETRIEVE DOCKET REPORT FOR ATTORNEY UPDATES  RE: BUEHLERS FOODS CASE (.2). |
| GRAY RW | 07/11/06 | 0.10 | REVIEW 7/11 DOCKET UPDATE (.1). |
| RAVIN AS | 07/11/06 | 0.10 | REVIEW PLEADINGS FILED ON DOCKET (.1). |
| WETZEL JA | 07/11/06 | 5.30 | PREPARE AND DISTRIBUTE MEDIA AND DOCKET UPDATES (.8); DISTRIBUTE DISCLOSURE STATEMENT (1); ASSEMBLE DOCUMENTS FOR A. RAVIN, S. EICHEL AND R. GRAY (2); UPDATE CASE CALENDAR (1); FILE MISC. PLEADINGS AND CORRESPONDENCE (.5). |
| ROMAN JJ | 07/11/06 | 0.20 | RETRIEVE DOCKET REPORT FOR ATTORNEY UPDATES  RE: BUEHLERS FOODS CASE. |
| GRAY RW | 07/12/06 | 0.10 | REVIEW 7/12 DOCKET UPDATE (.1). |
| RAVIN AS | 07/12/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET (.1). |
| WETZEL JA | 07/12/06 | 6.50 | PREPARE AND DISTRIBUTE DOCKET AND MEDIA UPDATES (.8); ASSEMBLE AND DISTRIBUTE DOCUMENTS FOR A. RAVIN AND R. GRAY (2); DISTRIBUTE DISCLOSURE STATEMENT (1.5); CREATE CHART OF NEW NOTICES OF APPEARANCE FOR D. TURETSKY (1.2); PREPARE GUARANTEE MOTION SERVICE LIST (1). |
| ROMAN JJ | 07/12/06 | 0.30 | RETRIEVE DOCKET REPORT FOR ATTORNEY UPDATES  RE: BUEHLERS FOODS CASE (.3). |
| GRAY RW | 07/13/06 | 0.10 | REVIEW 7/13 DOCKET UPDATE (.1). |
| WETZEL JA | 07/13/06 | 3.90 | PREPARE AND DISTRIBUTE DOCKET AND MEDIA UPDATES (.8); DISTRIBUTE DISCLOSURE STATEMENT (1); PREPARE GUARANTEE MOTION SERVICE (1.5); ASSEMBLE DOCUMENTS FOR A. RAVIN AND R. GRAY (.6). |
| GRAY RW | 07/14/06 | 0.10 | REVIEW 7/14 DOCKET UPDATE (.1). |
| WETZEL JA | 07/14/06 | 5.10 | PREPARE AND DISTRIBUTE DOCKET AND MEDIA UPDATES (.8); UPDATE AND DISTRIBUTE CASE CALENDAR (1); SERVE GUARANTEE MOTIONS (1.5); ASSEMBLE DOCUMENTS FOR A. RAVIN AND R. GRAY (.8); REVISE SPREADSHEETS FOR D. TURETSKY (1). |

| | | | |
|---|---|---|---|
| ROMAN JJ | 07/14/06 | 2.80 | RETRIEVE DOCKET REPORT FOR ATTORNEY UPDATES  RE: BUEHLERS FOODS CASE (.3); ASSIST J. WETZEL WITH PREPARATION OF ORDER FOR REJECTION OF NON-RESIDENTIAL PROPERTY LEASE FOR DISTRIBUTION (1.9); ASSEMBLE MATERIALS AND FORWARD TO J. WETZEL RE: SAME (.6). |
| GRAY RW | 07/17/06 | 0.10 | REVIEW 7/17 DOCKET UPDATE (.1). |
| EICHEL S | 07/17/06 | 0.10 | REVIEW AND REVISE CASE CALENDAR (.1). |
| LAMAINA KA | 07/17/06 | 0.70 | TELECONFERENCE WITH SMITH HULSEY ON FILINGS THIS WEEK (.1); NUMEROUS MEMORANDA TO ACCOUNTING ON PLAN TIMELINE IN CASES (.6). |
| LEAMY JM | 07/17/06 | 0.20 | REVIEW AND COMMENT ON CASE CALENDAR (.2). |
| WETZEL JA | 07/17/06 | 6.50 | PREPARE AND DISTRIBUTE DOCKET AND MEDIA UPDATES (.8); UPDATE CASE CALENDAR (1.0); RESPOND TO DISCLOSURE STATEMENT REQUESTS (1.0); ASSEMBLE DOCUMENTS FOR A. RAVIN, R. GRAY, K. LAMAINA, J. KEMPF, S. EICHEL (2.2); PREPARE AND FILE CERTIFICATES OF SERVICE TO GUARANTEE MOTION (1.5). |
| ROMAN JJ | 07/17/06 | 0.20 | RETRIEVE DOCKET REPORT FOR ANY ENTRY UPDATES  RE: BUEHLERS FOODS CASE (.2). |
| GRAY RW | 07/18/06 | 0.10 | REVIEW 7/18 DOCKET UPDATE (.1). |
| LAMAINA KA | 07/18/06 | 0.50 | REVIEW WINN-DIXIE TIME SUMMARY ON CASE SERVICES (.5). |
| WETZEL JA | 07/18/06 | 5.50 | PREPARE AND DISTRIBUTE DOCKET AND MEDIA UPDATES (.8); RESPOND TO DISCLOSURE STATEMENT REQUESTS (.8); ASSEMBLE PLEADINGS FOR K. LAMAINA (2.7); ASSEMBLE DOCUMENTS FOR A. RAVIN, R. GRAY AND S. EICHEL (1.2). |
| ROMAN JJ | 07/18/06 | 0.20 | RETRIEVE DOCKET REPORT FOR ATTORNEY UPDATES  RE: BUEHLERS FOODS CASE (.2). |
| GRAY RW | 07/19/06 | 0.10 | REVIEW 7/19 DOCKET UPDATE (.1). |
| RAVIN AS | 07/19/06 | 0.30 | MONITOR PLEADINGS FILED ON DOCKET (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO M. COMMERFORD RE: REQUEST TO ADD PARTY TO MASTER SERVICE LIST, TELEPHONE CONFERENCE WITH K. WARD RE: SAME, DRAFT CORRESPONDENCE TO SAME RE: SAME (.1); TELEPHONE CONFERENCE WITH M. COMERFORD AND K. WARD RE: SAME (.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| WETZEL JA | 07/19/06 | 5.60 | PREPARE AND DISTRIBUTE DOCKET AND MEDIA UPDATES (.8); RESPOND TO DISCLOSURE STATEMENT REQUESTS (.8); ASSEMBLE DOCUMENTS FOR A. RAVIN, S. EICHEL AND R. GRAY (1); UPDATE AND DISTRIBUTE CASE CALENDAR (1); UPDATE CONTRACT EXHIBITS FOR D. TURETSKY (1.5); COMMUNICATE WITH LEGAL TECHNOLOGY RE: LOADING CONTRACT DISC ONTO SHARED HARD DRIVE (.5). |
| ROMAN JJ | 07/19/06 | 0.20 | REVIEW DOCKET REPORT FOR ATTORNEY UPDATES  RE: BUEHLERS FOODS CASE (.2). |
| GRAY RW | 07/20/06 | 0.20 | REVIEW 7/20 DOCKET UPDATE (.1); REVIEW AND RESPOND TO MEMORANDUM FROM S. KAROL RE: COORDINATION (.1). |
| WETZEL JA | 07/20/06 | 5.80 | PREPARE AND DISTRIBUTE DOCKET AND MEDIA UPDATES (.8); RESPOND TO DISCLOSURE STATEMENT REQUESTS (.7); UPDATE CASE CALENDAR (.5); ASSEMBLE DOCUMENTS FOR A. RAVIN, S. EICHEL, K. WARD, K. LAMAINA AND R. GRAY (1); UPDATE CONTRACT EXHIBITS FOR D. TURETSKY (1.4); LOAD CONTRACTS TO SHARED HARD DRIVE (.8); FILE MISC. PLEADINGS AND CORRESPONDENCE (.6). |
| KREINER ML | 07/20/06 | 1.30 | RESEARCH PRECEDENT FINAL PLAN AND DISCLOSURE STATEMENT (1.3). |
| ROMAN JJ | 07/20/06 | 0.20 | RETRIEVE DOCKET REPORT FOR ATTORNEY UPDATES  RE: BUEHLERS FOODS CASE (.2). |
| GRAY RW | 07/21/06 | 0.20 | REVIEW 7/21 DOCKET UPDATE (.1); REVIEW AND RESPOND TO MEMORANDUM FROM C. JACKSON RE: ADDITIONAL HEARING DATES (.1). |
| WETZEL JA | 07/21/06 | 4.80 | PREPARE AND DISTRIBUTE DOCKET AND MEDIA UPDATES (.8); RESPOND TO DISCLOSURE STATEMENT REQUESTS (1.0); UPDATE AND DISTRIBUTE CASE CALENDAR (1.0); ASSEMBLE DOCUMENTS FOR A. RAVIN, S. EICHEL, R. GRAY (1.0); ASSEMBLE HEARING TRANSCRIPTS FOR S. HENRY (1.0). |
| KREINER ML | 07/21/06 | 0.80 | SEARCH DOCKET FOR SCHEDULE 13 RELATING TO DISCLOSURE STATEMENT (.8). |
| GRAY RW | 07/24/06 | 0.30 | REVIEW 7/24 DOCKET UPDATE (.1); CONFERENCE WITH J. BAKER RE: PENDING MATTERS (.2). |
| LAMAINA KA | 07/24/06 | 0.50 | REVIEW DISCLOSURE STATEMENT OBJECTIONS (.5). |

| | | | |
|---|---|---|---|
| RAVIN AS | 07/24/06 | 0.30 | REVIEW AND REVISE DRAFT CASE CALENDAR, DRAFT MEMORANDUM TO H. WETZEL RE: SAME (.2); MONITOR PLEADINGS FILED ON DOCKET (.1). |
| WETZEL JA | 07/24/06 | 5.50 | PREPARE AND DISTRIBUTE DOCKET AND MEDIA UPDATES (.8); UPDATE CASE CALENDAR (.5); RESPOND TO DISCLOSURE STATEMENT REQUESTS (1); PREPARE EXHIBITS TO MOTION TO ASSUME CONTRACTS (1.5); ASSEMBLE DOCUMENTS FOR A. RAVIN, S. EICHEL, R. GRAY (1.7). |
| ROMAN JJ | 07/24/06 | 0.20 | RETRIEVE DOCKET REPORT FOR ATTORNEY UPDATES  RE: BUEHLERS FOODS CASE (.2). |
| GRAY RW | 07/25/06 | 0.30 | REVIEW 7/25 DOCKET UPDATE (.1); REVIEW AND COMMENT ON CASE CALENDAR (.2). |
| WETZEL JA | 07/25/06 | 5.50 | PREPARE AND DISTRIBUTE DOCKET AND MEDIA UPDATES (.8); RESPOND TO DISCLOSURE STATEMENT REQUESTS (.7); ASSEMBLE DOCUMENTS FOR A. RAVIN, S. EICHEL, D. KALOUDIS, R. GRAY, AND D.J. BAKER (2); UPDATE CASE CALENDAR (1); PREPARE EXHIBITS TO MOTION TO ASSUME CONTRACTS (1). |
| ROMAN JJ | 07/25/06 | 0.20 | RETRIEVE DOCKET REPORT FOR ATTORNEY UPDATES  RE: BUEHLERS FOODS CASE (.2). |
| GRAY RW | 07/26/06 | 0.20 | REVIEW AND COMMENT ON HEARING AGENDA (0.1); REVIEW 7/26 DOCKET UPDATE (0.1). |
| RAVIN AS | 07/26/06 | 0.20 | MONITOR PLEADINGS FILED ON DOCKET (.1); REVIEW HEARING AGENDA FOR 7/25 HEARING (.1). |
| WETZEL JA | 07/26/06 | 6.00 | PREPARE AND DISTRIBUTE DOCKET AND MEDIA UPDATES (.8); ASSEMBLE DOCUMENTS FOR A. RAVIN, S. EICHEL, K. LAMAINA AND R. GRAY (1); UPDATE CASE CALENDAR (2), PREPARE EXHIBITS FOR MOTION TO ASSUME CONTRACTS (1.6); RESPOND TO DISCLOSURE STATEMENT REQUESTS (.6). |
| KREINER ML | 07/26/06 | 6.90 | REVIEW LIST OF CONTRACTS FOR NOTICING ADDRESSES (6.9). |
| ROMAN JJ | 07/26/06 | 0.30 | RETRIEVE DOCKET REPORT FOR ATTORNEY UPDATES  RE: BUEHLERS FOODS CASE (.3). |
| GRAY RW | 07/27/06 | 0.10 | REVIEW 7/27 DOCKET UPDATE (0.1). |
| LAMAINA KA | 07/27/06 | 0.20 | REVIEW OBJS TO DISCLOSURE STATEMENT (.2). |

| | | | |
|---|---|---|---|
| WETZEL JA | 07/27/06 | 6.00 | PREPARE AND DISTRIBUTE DOCKET AND MEDIA UPDATES (.8); UPDATE CASE CALENDAR (1); RESPOND TO DISCLOSURE STATEMENT REQUESTS (1); PREPARE MATERIALS FOR MOTION TO ASSUME CONTRACTS (2); PREPARE SERVICE OF STORE 1327 ORDER (.8); FILE MISC. PLEADINGS AND CORRESPONDENCE (.4). |
| KREINER ML | 07/27/06 | 6.50 | CONTINUE RESEARCH ON CONTRACTS DATABASE (6.5). |
| ROMAN JJ | 07/27/06 | 0.20 | RETRIEVE DOCKET REPORT FOR ATTORNEY UPDATES  RE: BUEHLERS FOODS CASE (.2). |
| GRAY RW | 07/28/06 | 0.10 | REVIEW 7/28 DOCKET UPDATE (0.1). |
| WETZEL JA | 07/28/06 | 6.00 | PREPARE AND DISTRIBUTE MEDIA AND DOCKET UPDATES (.8); DISTRIBUTE MOTION TO ASSUME CONTRACTS AND PREPARE CERTIFICATE OF SERVICE (2.5); ASSEMBLE AND DISTRIBUTE ORDERS FROM JULY 27TH HEARING (.7); FILE MISC. PLEADINGS AND CORRESPONDENCE (1); RESPOND TO AND FILE DISCLOSURE STATEMENT REQUESTS (1). |
| KREINER ML | 07/28/06 | 3.00 | PREPARE CERTIFICATE OF SERVICE AND SERVICE LIST FOR ORDER AUTHORIZING REJECTION OF NON-RESIDENTIAL REAL PROPERTY RELATED TO STORE 1327, FILED JULY 27, 2006 (3.0). |
| GRAY RW | 07/31/06 | 0.20 | DRAFT MEMORANDA TO D. TURETSKY RE: CALENDAR UPDATES (0.1); REVIEW 7/31 DOCKET UPDATE (0.1). |
| LAMAINA KA | 07/31/06 | 0.30 | REVIEW OBJECTIONS TO DISCLOSURE STATEMENT (.3). |
| TURETSKY DM | 07/31/06 | 1.60 | REVIEW AND UPDATE CASE CALENDAR (1.2); E-MAIL TO R. GRAY RE: CASE CALENDAR (0.1); E-MAIL TO J. WETZEL RE: CASE CALENDAR (0.1); TELECONFERENCE WITH C. KLINE RE: INQUIRY CONCERNING WINN-DIXIE CHAPTER 11 CASES (0.2). |
| WETZEL JA | 07/31/06 | 5.30 | PREPARE AND DISTRIBUTE DOCKET AND MEDIA UPDATES (.8); UPDATE AND DISTRIBUTE CASE CALENDAR (1.5); ASSEMBLE PLEADINGS FOR A. RAVIN, S. GRAY AND S. EICHEL (1); ASSEMBLE PLAN OF REORGANIZATION DISTRIBUTION LIST (1); ASSIST D. TURETSKY TO PREPARE EXHIBITS (1). |
| KREINER ML | 07/31/06 | 3.40 | REVIEW NOTICING ADDRESSES FOR CONTRACT PARTIES (3.4). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

ROMAN JJ            07/31/06        0.50    RETRIEVE DOCKET REPORT AND SEND NOTICES
                                            AND OBJECTIONS FOR ATTORNEY UPDATES RE:
                                            BUEHLERS FOODS CASE (.5).

**MATTER TOTAL**                   <u>**144.70**</u>

15

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                          Bill Date: 08/18/06
**Claims Admin. (General)**                                Bill Number: 1122978

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| LEAMY JM | 07/03/06 | 0.30 | REVIEW B. KAY EMAIL RE: FUTURISTIC FOODS CLAIM (.1); EMAIL E. POLLACK RE: 14TH CLAIM OBJECTION (.1); EMAILS E. LANE RE: IBM (.1). |
| GRAY RW | 07/04/06 | 0.10 | DRAFT MEMORANDUM TO J. CASTLE RE: ENVIRONMENTAL CLAIMS (.1). |
| BAKER DJ | 07/05/06 | 1.00 | CONFERENCE CALL WITH COMPANY, BLACKSTONE AND R. GRAY REGARDING DISTRIBUTION RESERVE. |
| GRAY RW | 07/05/06 | 2.30 | REVIEW AND RESPOND TO MEMORANDUM FROM S. BUSEY RE: 510(B) ISSUE (.3); REVIEW FAX FROM K. TYRONE RE: BOND CLAIM AND PLACE CALL TO SAME (.1); CONF CALL WITH J. CASTLE, F. HUFFARD, J. OCONNELL, S. BUSEY, J. BAKER, J. EDMONSON, K. ROMEO ET AL RE: CLAIM DISTRIBUTION RESERVE (1.0); TELECONFERENCE WITH S. BUSEY AND C. JACKSON RE: 401(K) LITIGATION CLAIMS (.2); DRAFT MEMORANDUM TO J. LEAMY RE: OBJECTION ISSUE AND A. RAVIN RE: DISCLOSURE ISSUE RE: 401(K) LITIGATION CLAIMS (.2); TELECONFERENCE WITH F. HUFFARD RE: CLAIM RESERVE FORMATS (.2); REVIEW AND RESPOND TO MEMORANDUM FROM J. CASTLE RE: ENVIRONMENTAL ISSUES (.1); EXCHANGE EMAILS WITH J. LEAMY AND M. MIGLIORE AND LEAVE VOICEMAIL FOR M. MIGLIORE RE: EXTENSION FOR RESPONSE TO CLAIM OBJECTION M. MIGLIORE'S CLIENT (.2). |
| LEAMY JM | 07/05/06 | 0.80 | EMAIL D. KANE RE: 13TH OMNIBUS OBJECTION (.1); EMAIL P. SCHMECK RE: G. ZAMIAS CLAIM (.1); EMAIL E. POLLACK RE: TEAM 18 CLAIMS REPORT (.1); ANALYSIS RE: LIBERTY MUTUAL REQUEST FOR FURTHER EXTENSION ON 5TH CLAIM OBJECTION (.2); EMAILS C. JACKSON, L. PRENDERGAST RE: 13TH OMNI RESPONSES (.2); EMAIL R. LEHANE RE: OBJECTION TO CLAIMS 9675 (.1). |
| HENRY S | 07/06/06 | 0.30 | EMAIL TO R. GRAY RE: TIMING OF CLAIMS OBJECTIONS (.3). |

GRAY RW          07/06/06          3.50     EXCHANGE EMAILS WITH J. LEAMY RE: TAX
                                            CALL (.1); DRAFT MEMORANDUM TO J. CASTLE
                                            ET AL. RE: STATUS OF TAX CLAIMS (.2);
                                            REVIEW MEMORANDUM FROM J. LEAMY RE:
                                            REPORT ON TAX CALL ISSUES AND DRAFT
                                            FOLLOW UP MEMORANDUM (.1); REVIEW LOGAN
                                            REPORTS ON LITIGATION AND UNLIQUIDATED
                                            CLAIMS (.2); EXCHANGE EMAILS WITH B.
                                            CROCKER RE: REPORT CHANGES (.1); CONF
                                            CALL WITH J. CASTLE, F. HUFFARD, K.
                                            LOGAN, J. EDMONSON ET AL. RE: CLAIMS
                                            RESERVE PROCESS (.8); TELECONFERENCE
                                            WITH L. MOSE RE: CITY OF AUBURN CLAIM
                                            (.2); EXCHANGE EMAILS WITH E. POLLACK
                                            RE: STATUS OF CLAIM (.1); REVIEW
                                            MEMORANDUM FROM S. HENRY RE: JUSTICE
                                            OAKS, REVIEW DECISION, AND DRAFT
                                            MEMORANDUM TO SHB RE: ISSUES RAISED FOR
                                            PLAN (.4); REVIEW MEMORANDA FROM S.
                                            WILLIAMS FOR LIBERTY MUTUAL AND J. LEAMY
                                            AND DRAFT REPLY TO J. LEAMY RE: WORKERS
                                            COMP CLAIMS (.2); REVIEW EMAILS FROM J.
                                            CASTLE AND J. GERARD RE: CONSOLIDATED
                                            BISCUIT AND DRAFT MEMORANDUM TO J.
                                            GERARD FOR FURTHER INFORMATION (.3);
                                            DRAFT MEMORANDUM TO J. LEAMY RE:
                                            VISAGENT ISSUES (.1); EMAIL EXCHANGE
                                            WITH J. CASTLE RE: SAME (.1); REVIEW
                                            ADDITIONAL DOCUMENTS RE: CONSOLIDATED
                                            BISCUIT (.4); EMAIL EXCHANGE WITH J.
                                            LEAMY AND D. TURETSKY RE: SAME (.1);
                                            EXCHANGE EMAILS WITH J. LEAMY RE:
                                            HANDLING OF SHAREHOLDER CLAIMS (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

LEAMY JM          07/06/06          8.40    REVIEW J. KREHER LETTER RE: KRISPY KREME
                                            (.1); REVIEW R. MEYER LETTER RE: CLAIM
                                            12475 (.1); REVIEW LETTER FROM J. SAMET
                                            RE: CLAIM 12351 (.1); CONFERENCE CALL
                                            WITH J. CASTLE, C. JACKSON, K. DAW, J.
                                            LAMMERT, E POLLACK RE: TAX CLAIMS (1.0);
                                            TELECONFERENCE WITH A. GUON RE: WATKINS
                                            INVESTMENTS CLAIMS (.2);
                                            TELECONFERENCE WITH K. KNEE RE: FLORIDA
                                            DEPT REVENUE CLAIM (.1); TELECONFERENCE
                                            WITH B. KELLY RE: BERGERON PROPERTIES
                                            CLAIM (.1); TELECONFERENCE WITH A. LIU
                                            RE: SIGNIFICANT VENDOR CLAIMS (.3);
                                            TELECONFERENCE WITH D. TAUCH RE: U.S.
                                            SURVEYOR CLAIM (.2); REVIEW AND
                                            ANALYSIS RE: MULTIPLE RESPONSES TO 13TH
                                            OMNIBUS OBJECTION (3.8);
                                            TELECONFERENCE WITH M. SMALL RE:
                                            HERITAGE SPE CLAIM (.2); TELECONFERENCE
                                            WITH S. WILLIAMS RE: LIBERTY MUTUAL
                                            CLAIMS (.2); TELECONFERENCE WITH E.
                                            POLLACK RE: CLAIMS AVAILABLE FOR
                                            OBJECTION (.5); SEVERAL EMAILS W/B.
                                            GASTON RE: REAL ESTATE CLAIMS (.4);
                                            DRAFT LANGUAGE AND REVIEW AND COMMENT ON
                                            EDITS FROM LIBERTY MUTUAL FOR LANGUAGE
                                            AGREEING TO DISALLOW WORKERS
                                            COMPENSATION CLAIMS (.5); EMAILS D.
                                            TAUCH RE: U.S. SURVEYOR (.1); EMAIL E.
                                            LANE RE: CSX CLAIM (.1); TELECONFERENCE
                                            WITH B. CHENAULT RE: 13TH OMNIBUS
                                            HEARING (.2); EMAILS S. TZOUVELEKAS RE:
                                            13TH OMNIBUS HEARING (.1); EMAILS. S.
                                            LORBOR RE: 13TH OMNIBUS (.1).

| | | | |
|---|---|---|---|
| GRAY RW | 07/07/06 | 2.50 | TELECONFERENCE WITH J. GERARD RE: CONSOLIDATED BISCUIT ISSUES (.2); DRAFT MEMORANDUM TO P. TIBERIO RE: CONSOLIDATED BISCUIT APPLICATION (.1); EMAIL EXCHANGE WITH S. REISNER RE: PROOF OF CLAIM BAR DATE (.1); TELECONFERENCE WITH S. REISNER RE: DOL AUDIT AND PROOF OF CLAIM (.1); EXCHANGE EMAILS WITH E. POLLACK RE: BAR DATE NOTICING (.1); REVIEW REPORT FROM E. POLLACK AND FORWARD TO S. REISNER (.1); REVIEW AND COMMENT ON INITIAL RESERVE REPORT FROM E. CROCKER (.1); TELECONFERENCE WITH K. LOGAN AND B. CROCKER RE: SAME (.1); REVIEW FURTHER REPORT ON LITIGATION CLAIMS (.1); TELECONFERENCE WITH K. LOGAN RE: SAME (.2); EXCHANGE EMAILS WITH J. EDMONSON RE: PRIORITY TAX CLAIM AMOUNT (.2); REVIEW AND RESPOND TO MEMORANDUM FROM L. APPEL RE: DETERMINATION OF STATUS FOR TAX CLAIMS (.2); EXCHANGE EMAILS FROM E. POLLOCK RE: TAX CLAIMS (.1); REVIEW REPORT PROVIDED BY E. POLLACK (.1); REVIEW AND RESPOND TO MEMORANDUM FROM J. CASTLE RE: HANDLING OF SECURITIES FRAUD CLAIMS (.1); REVIEW AND RESPOND TO MEMORANDUM FROM J. CASTLE RE: RESERVE REPORT ISSUES (.1); DRAFT MEMORANDUM TO S. HENRY AND S. FELD RE: DISPOSING OF LIBERTY MUTUAL CLAIMS (.1); REVIEW FUTURISTIC FOODS DOCUMENTS (.2); DRAFT MEMORANDUM TO J. JAMES RE: ISSUES WITH FUTURISTIC FOODS REJECTION CLAIM (.2). |
| LEAMY JM | 07/07/06 | 3.70 | EMAILS B. GASTON RE: REAL ESTATE CLAIMS (.2); EMAIL D. YOUNG RE: OMNI 15 (.1); TELECONFERENCE WITH W. SIMKULAK RE: 13TH OMNI (.1); TELECONFERENCE WITH M. MAGLIORE RE: 13TH OMNI (.2); EMAIL J. POST RE: TENNESSEE CLAIM OBJECTION (.3); EMAIL J. POST RE: WORKERS COMPENSATION CLAIMS (.2); ANALYSIS RE: SERVICE FORCE OFFER AND EMAIL J. CASTLE RE: SAME (.4); PREPARE COMMENTS TO 14TH OMNIBUS EXHIBITS AND EMAIL TO E. LOGAN (.2); EMAIL S. WILLIAMS RE: LIBERTY MUTUAL CLAIMS (.1); EMAIL S. LORBER RE: D. KAMIN CLAIMS (.1). |
| GRAY RW | 07/09/06 | 0.70 | REVIEW AND COMMENT ON 14TH OMNIBUS OBJECTION TO CLAIMS, EXHIBITS, ORDER AND NOTICES (.7). |

LEAMY JM       07/09/06      4.40    DRAFT 14TH OMNIBUS OBJECTION (2.0);
                                     REVIEW OF CLAIMS IDENTIFIED FOR 14TH
                                     OMNIBUS OBJECTION (1.8); EMAIL E.
                                     POLLACK RE: 14TH OMNIBUS (.2); EMAIL B.
                                     GASTON RE: 13TH OMNIBUS RESPONSES (.2);
                                     EMAIL E. GORDON RE: ANDERSON NEWS (.2).

BAKER DJ       07/10/06      1.20    BEGIN REVIEW OF LATEST DRAFT OF CLAIM
                                     REPORT (.8); TELECONFERENCE WITH FLIP
                                     HUFFARD WITH RESPECT TO CLAIM REPORT
                                     (.4).

GRAY RW        07/10/06      0.30    REVIEW MEMORANDUM FROM S. REISNER RE:
                                     BAR DATE NOTICE FOR DOL AND DRAFT
                                     MEMORANDUM TO J. LEAMY RE: SAME (.1);
                                     REVIEW MEMORANDA FROM J. LEAMY RE: DOL
                                     NOTICE ISSUE (.1); DRAFT MEMORANDUM TO
                                     L. APPEL RE: SPECIAL BAR DATE
                                     INFORMATION NEEDED (.1).

LEAMY JM       07/10/06      8.20    TELECONFERENCES WITH  E. POLLACK RE:
                                     14TH OMNI (.2); TELECONFERENCE WITH R.
                                     LEHANE RE: DDR CLAIMS (.1);
                                     TELECONFERENCE WITH L. JOHNSTON RE:
                                     ACTION TIME USA CLAIM (.1);
                                     TELECONFERENCE WITH M. MAGILIORE RE:
                                     13TH OMNIBUS (.2); REVIEW AND ANALYSIS
                                     RE: 13TH OMNIBUS RESPONSES (2.8);
                                     CONFERENCE CALL WITH  J. CASTLE AND
                                     XROADS AND LOGAN TEAMS RE: CLAIM
                                     RESERVES (PART OF CALL)(.5);
                                     TELECONFERENCE WITH C. JACKSON RE: TAX
                                     CLAIM OBJECTION (.1); REVIEW AND
                                     ANALYSIS RE: SERVICE OF BAR DATE NOTICE
                                     ON GOVERNMENT AGENCIES (.4); CONTINUE
                                     DRAFTING 14TH OMNIBUS OBJECTION (3.0);
                                     REVIEW ADDITIONAL RESPONSES TO 13TH
                                     OMNIBUS AND EMAIL TO J. CASTLE RE: SAME
                                     (.5); EMAILS J. CASTLE RE: J. DASBURG
                                     CLAIM (.3).

RAVIN AS       07/10/06      0.20    TELEPHONE CONFERENCE WITH S. EVERETT
                                     RE: FRANKFORD DALLAS CLAIM (.1); DRAFT
                                     MEMORANDUM TO J. LEAMY RE: FRANKFORD
                                     DALLAS CLAIM, REVIEW CORRESPONDENCE
                                     FROM S. EVERETT RE: SAME (.1).

BAKER DJ       07/11/06      0.90    TELECONFERENCE WITH  F. HUFFARD WITH
                                     RESPECT TO CLAIM REPORTS (.4); REVIEW
                                     EMAIL FROM J. EDMONSON RE: CLAIM REPORTS
                                     (.1); REVIEW REPLY OF KATE LOGAN TO
                                     EMAIL FROM J. EDMONSON RE: CLAIM REPORTS
                                     (.1); REVIEW EMAIL FROM F. HUFFARD WITH
                                     RESPECT TO CLAIM REPORTS (.1); FORWARD
                                     RESPONSES TO CLAIM OBJECTIONS TO JANE
                                     LEAMY (.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| GRAY RW | 07/11/06 | 0.10 | REVIEW AND RESPOND TO MEMORANDUM FROM L. APPEL RE: OBTAINING INFORMATION FOR SPECIAL BAR DATE (.1). |
|---------|----------|------|------|
| LEAMY JM | 07/11/06 | 9.80 | EMAILS H. BERKOWITZ RE: ASM CAPITAL CLAIMS (.2); EMAILS A. LIU RE: SAME (.2); EMAIL M. MIGLIORE RE: LANDLORD CLAIMS ON 13TH OMNIBUS (.2); EMAILS L. APPEL RE: SPECIAL BAR DATE (.1); REVIEW LETTER FROM D. GREER RE: RJ CAPLAN CLAIMS (.2); TELECONFERENCE WITH J. CASTLE, M. BYRUM, J. LAMMERT, K. DAW, E. POLLACK RE: TAX CLAIMS (.7); EMAIL C. JACKSON RE: SAME (.1); TELECONFERENCE WITH J. VERONA RE: ROYAL OAKS CLAIM (.2); FINALIZE 14TH OMNIBUS OBJECTION FOR FILING (1.5); REVIEW AND COMMENT ON SAMPLE NOTICES FOR SERVICE OF 14TH OMNIBUS PREPARED BY LOGAN (.4); REVIEW AND ANALYSIS OF RESPONSES TO 13TH CLAIM OBJECTION (4.0); TELECONFERENCE WITH B. COX RE: SKINNER PARTNERS (.1); TELECONFERENCE WITH D. YOUNG RE: CLAIM 8951 (.1); TELECONFERENCE WITH B. GASTON RE: REAL ESTATE CLAIMS (.4); EMAIL E. NEIL RE: 13TH OMNI CLAIM (.1); TELECONFERENCE WITH M. KELLY RE: MOTION TO AMEND SCHEDULES AND STATEMENTS(.1); EMAIL R. THAMES RE: 13TH OMNIBUS OBJECTION (.1); REVIEW B. GASTON EMAILS AND ATTACHMENTS RE: CHESTER DIX CLAIMS (.4); ANALYSIS RE: NEED FOR OBJECTING TO DUPLICATE CLAIMS PRIOR TO CONFIRMATION (.5); REVIEW REPORT FROM LOGAN RE: LARGE VARIANCE CLAIMS (.2). |
| RAVIN AS | 07/11/06 | 0.10 | DRAFT CORRESPONDENCE TO S. EVERETT RE: FRANKFORD DALLAS CLAIM STATUS (.1). |
| BAKER DJ | 07/12/06 | 1.30 | CONTINUE REVIEW OF UNLIQUIDATED CLAIM ISSUES (.2); TELECONFERENCE WITH COMPANY, BLACKSTONE AND J. LEAMY RE: SAME (1.1). |
| GRAY RW | 07/12/06 | 0.10 | REVIEW LETTER FROM K. TYRONE AND EXCHANGE EMAILS WITH C. JACKSON RE: SAME (.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| LEAMY JM | 07/12/06 | 9.50 | TELECONFERENCE WITH C. MCCALL RE: PROTECTIVE LIFE INS. CLAIMS (.3); TELECONFERENCE WITH E. O'CARROLL RE: 13TH OMNI CLAIMS (.2); TELECONFERENCE WITH D. POLLACK RE: NEW PLAN CLAIMS (.2); TELECONFERENCE WITH M. KELLEY RE: EDENS AND AVANT CLAIM (.3); TELECONFERENCE WITH S. ROSENBLATT RE: HC PLUNKETT CLAIM (.3); TELECONFERENCE WITH D. BANSAL RE: LEESBURG BANSAL CLAIM (.2); TELECONFERENCE WITH A. LIU RE: RED GOLD CLAIM (.1); ANALYSIS AND RESOLUTION OF 13TH OMNI RESPONSES (3.1); TELECONFERENCE WITH E. POLLACK RE: 13TH OMNI (.2); PREPARE REVISIONS TO 13TH OMNIBUS EXHIBITS FOR HEARING (.9); CONF. CALL WITH  F. HUFFARD, J. EDMONSON, K. LOGAN, E. POLLACK, D.J. BAKER RE: CLAIM ESTIMATES AND SETTING CLAIM RESERVES (1.1); TELECONFERENCE WITH K. LOGAN RE: CLAIM OBJECTIONS (.2); TELECONFERENCE WITH K. GWYNNE RE: DEL MONTE CLAIMS (.2); EMAIL B. KICHLER RE: SAME (.2); REVIEW 15TH OMNI EXHIBITS (.5); REVISE AND FINALIZE 13TH OMNIBUS ORDER FOR HEARING AND CIRCULATE TO INTERESTED PARTIES (1.5). |
| BAKER DJ | 07/13/06 | 0.90 | REVIEW EMAIL FROM D. TURETSKY WITH RESPECT TO ISSUES RELATED TO ABEL LABS CLAIM OBJECTION (.2); RESPOND TO EMAIL FROM D. TURETSKY WITH RESPECT TO ABEL LABS (.2); CONFERENCE WITH K. LOGAN, J. LEAMY AND R. GRAY RE: RESERVE ISSUES (.3); TELECONFERENCE WITH R. GRAY RE: RESERVE ISSUES (.2). |
| GRAY RW | 07/13/06 | 1.10 | TELECONFERENCE WITH K. LOGAN AND J. LEAMY RE: COMMON STOCK RESERVE IMPLEMENTATION ISSUES (.3); REVIEW MEMORANDA FROM L. APPEL AND S. KAROL RE: SAME (.1); TELECONFERENCE WITH J. BAKER RE: COMMON STOCK RESERVE IMPLEMENTATION ISSUES (.2); CONF CALL WITH K. LOGAN, J. BAKER AND J. LEAMY RE: MULTIPLE CLAIMS ISSUES RESULTING FROM COMMON STOCK RESERVE DISCUSSIONS (.3); DRAFT MEMORANDUM TO K. LOGAN AND J. LEAMY RE: DUPLICATE CLAIM ISSUE (.2). |

LEAMY JM          07/13/06      4.10   TELECONFERENCE WITH E. BARKER RE: 13TH
                                       OMNI HEARING (.1); EMAILS B. LEHANE RE:
                                       13TH OMNIBUS AND PREPARE REVISIONS TO
                                       13TH OMNIBUS ORDER RE: SAME (.5);
                                       TELECONFERENCE WITH K. LOGAN AND R. GRAY
                                       RE: CLAIMS RESERVE (.3); TELECONFERENCE
                                       WITH K. LOGAN, R. GRAY AND D. BAKER RE:
                                       CLAIMS RESERVE (.3); TELECONFERENCE
                                       WITH E. POLLACK RE 15TH OMNI (.1);
                                       REVIEW AND ANALYSIS OF MATERIALS ON
                                       SERVICE FORCE CLAIM (.9); EMAILS T.
                                       GLASS RE: U.S. SURVEYOR CLAIM (.2);
                                       EMAIL B. GASTON RE: UPCOMING OBJECTIONS
                                       (.1); EMAIL J. PENDLETON RE: TENNESSEE
                                       CLAIM (.2); EMAIL M. BOGDANOWICZ RE:
                                       DOCUMENTATION OF HIS CLAIM (.2); EMAIL
                                       E. NEIL RE: LIQUIDITY SOLUTIONS CLAIMS
                                       (.1); EMAILS B. KICHLER AND A. LIU RE:
                                       DEL MONTE CLAIMS (.2); EMAILS B. GASTON
                                       RE: CURE COSTS AND CLAIMS (.2); EMAIL H.
                                       BERKOWITZ RE: ASM CAPITAL CLAIMS (.3);
                                       EMAIL D. KANE RE: REVISED CLAIM
                                       OBJECTION ORDER (.2); EMAIL J. POST RE:
                                       MSP CLAIMS (.2).

BAKER DJ          07/14/06      1.70   CONFERENCE CALL WITH COMPANY,
                                       BLACKSTONE, J. LEAMY AND R. GRAY
                                       REGARDING RESERVES (1.7).

HENRY S           07/14/06      0.10   TELECONFERENCE WITH J. LEAMY AND R. GRAY
                                       RE: WORKERS COMP ISSUES (.1).

GRAY RW           07/14/06      3.10   TELECONFERENCE WITH K. LOGAN RE:
                                       REPORTS FOR UNLIQUIDATED CLAIMS CALL
                                       (.1); REVIEW UNLIQUIDATED CLAIM REPORTS
                                       (.2); TELECONFERENCE WITH K. LOGAN RE:
                                       CHANGES TO SAME (.1); REVIEW EMAIL FROM
                                       R. WILES FOR TOWN OF KNIGHTDALE RE:
                                       STATUS OF CLAIM, REVIEW LOGAN DATA BASE
                                       RE: SAME, AND DRAFT EMAIL IN RESPONSE
                                       (.2) CONF CALL WITH J. CASTLE, K.
                                       LOGAN, F. HUFFARD, S. KAROL, S. BUSEY,
                                       J. BAKER, C. JACKSON, J. LEAMY ET AL. RE:
                                       UNLIQUIDATED CLAIM ISSUES RELATING TO
                                       ESTABLISHMENT OF COMMON STOCK RESERVE
                                       (1.7); TELECONFERENCE WITH K. LOGAN RE:
                                       SAME (.1); DRAFT MEMORANDA TO J. BAKER,
                                       J. LEAMY AND K. LOGAN RE: PREVOTING
                                       OBJECTIONS RE: UNLIQUIDATED CLAIMS AND
                                       NO LIABILITY CLAIMS (.2); DRAFT
                                       MEMORANDUM TO S. HENRY AND S. FELD RE:
                                       INSTITUTIONAL WORKERS COMP CLAIM ISSUES
                                       (.3); TELECONFERENCE WITH S. HENRY AND
                                       J. LEAMY RE: SAME (.1); REVIEW LETTER
                                       RE: D. LUX ATTORNEY CHANGE AND FORWARD
                                       TO K. LOGAN, K. WARD, ET AL. (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| LEAMY JM | 07/14/06 | 6.40 | EMAIL A. SOLOCHECK RE: SYLVANIA CLAIM (.1); EMAIL C. JACKSON RE: VISAGENT CLAIM (.1); TELECONFERENCE WITH J. COHEN RE: SANFILIPO CLAIM (.2); REVIEW J. COHEN FAX RE: J. SANFILIPO CLAIM (.1); REVIEW DRAFT 15TH OMNIBUS EXHIBITS (2.5); TELECONFERENCE WITH E. POLLACK RE: SAME (.4); TELECONFERENCE W/WINNDIXIE TEAM, XROADS TEAM, K. LOGAN , J. BAKER AND R. GRAY RE: CLAIM RESERVE FOR UNLIQUIDATED CLAIMS (1.7); TELECONFERENCE WITH J. GLENZ RE: KRISPY KREME CLAIM (.1); TELECONFERENCE WITH V. FORD RE: PESCANOVA CLAIM (.1); TELECONFERENCE WITH J. BRENNAN RE: LEASE REJECTION CLAIM (.1); EMAIL E. POLLACK RE: KRISPY KREME SCHEDULED CLAIMS (.1); EMAIL M. BOGDANOWICZ RE: CLAIM 9591(.2); EMAIL D. PLAAS RE: CLAIM ON STORE 110 (.1); EMAIL TO WINN-DIXIE AND XROADS TEAM RE: 15TH OMNIBUS EXHIBITS (.2); ANALYSIS RE: INSTITUTIONAL WORKERS COMPENSATION CLAIMS (.3); TELECONFERENCE WITH WITH R. GRAY AND S. HENRY RE: SAME (.1). |
| GRAY RW | 07/15/06 | 0.30 | REVIEW LIST OF NON-INDIVIDUAL WORKERS COMP CLAIMS AND DRAFT MEMORANDUM TO S. FELD AND S. HENRY RE: SAME (.1); DRAFT MEMORANDUM TO K. LOGAN RE: PRE-VOTE CLAIM OBJECTIONS (.1); DRAFT MEMORANDA TO J. LEAMY AND A. RAVIN RE: TAX CLAIM ISSUES (.1). |
| LEAMY JM | 07/15/06 | 0.40 | ANALYSIS RE: PREVOTING CLAIM OBJECTIONS (.3); EMAIL R. GRAY RE: TAX CLAIMS (.1). |
| GRAY RW | 07/16/06 | 0.10 | REVIEW AND RESPOND TO MEMORANDA FROM L. APPEL AND M. BYRUM RE: CONTINGENT CASH AMOUNTS (.1). |
| BAKER DJ | 07/17/06 | 0.90 | CONFERENCE CALL WITH COMPANY, BLACKSTONE, J. LEAMY AND R. GRAY REGARDING RESERVES (.7); CONFERENCE CALL REGARDING SAME AND RELATED ISSUES WITH R. GRAY ET. AL  (.2). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW          07/17/06          4.30     REVIEW 15TH OMNIBUS EXHIBITS (.7); CONF
                                            CALL WITH J. LEAMY RE: COMMENTS ON 15TH
                                            OMNIBUS OBJECTION EXHIBITS (.6);
                                            EXCHANGE EMAILS WITH J. LEAMY RE: NCR
                                            CLAIM (.1); TELECONFERENCE WITH K.
                                            LOGAN RE: TAX CLAIM ISSUES (.1); DRAFT
                                            MEMORANDUM TO C. JACKSON, K. LOGAN ET
                                            AL. RE: CALL ON TAX CLAIM ESTIMATES
                                            (.1); REVIEW MEMORANDUM FROM D.
                                            TURETSKY RE: CONTINGENT CASH PAYMENT
                                            RIGHT AND FOLLOW UP TELECONFERENCE WITH
                                            D. TURETSKY RE: SAME (.1);
                                            TELECONFERENCE WITH M. BYRUM RE:
                                            CONTINGENT CASH CLAIMS (.1); REVIEW
                                            LOGAN REPORT RE: DISTRIBUTION RESERVES
                                            (.3); TELECONFERENCE WITH K. LOGAN AND
                                            B. CROCKER RE: REPORT REVISIONS (.2);
                                            TELECONFERENCE WITH C. JACKSON AND S.
                                            KAROL RE: UNLIQUIDATED CLAIM ISSUES
                                            (.1); CONF CALL WITH M. BARR, J. CASTLE,
                                            S. BUSEY, C. JACKSON, S. KAROL, J. BAKER
                                            AND A. RAVIN RE: COMMON STOCK RESERVE
                                            ISSUES (.7); FOLLOW UP CALL WITH S.
                                            BUSEY, C. JACKSON, S. KAROL, J. BAKER
                                            AND A. RAVIN RE: SAME (.2); REVIEW AND
                                            RESPOND TO MEMORANDUM FROM J. CASTLE RE:
                                            CONTINGENT CASH CLAIM ISSUES (.2);
                                            REVIEW BACKGROUND EMAILS FROM J. LEAMY
                                            AND DRAFT MEMORANDUM S. REISNER RE: DOL
                                            BAR DATE NOTICE ISSUES (.3); EMAIL
                                            EXCHANGE WITH T. WILLIAMS RE: SAME (.1);
                                            REVIEW FINAL 7/16 CLAIMS RESERVE REPORT
                                            FROM K. LOGAN (.4).

LEAMY JM         07/17/06          5.90     TELECONFERENCE WITH R. GRAY RE: 15TH
                                            OMNIBUS EXHIBITS (.6); CONF. CALL WITH
                                            J. BAKER, R. GRAY, S. BUSEY AND C.
                                            JACKSON RE: UNLIQUIDATED CLAIMS (.7);
                                            CONF. CALL WITH J. CASTLE AND D. YOUNG
                                            RE: NATUROPATHIC (.9); TELECONFERENCE
                                            WITH J. CONNOR RE: CLAIM OBJECTION (.1);
                                            TELECONFERENCE WITH L. ANTHONY RE:
                                            CLAIMS (.1); TELECONFERENCE WITH R.
                                            SAFFOLRD RE: CLAIM OBJECTION (.2);
                                            TELECONFERENCE WITH B. JENKINS RE:
                                            CLAIM OBJECTION (.1); TELECONFERENCE
                                            WITH J. TULIBMAN RE: ROYAL AND SON CO.
                                            CLAIM OBJECTION (.1); DRAFT STIPULATION
                                            RE: KRAFT CLAIMS (2.5); ANALYSIS RE:
                                            TREATMENT OF NCR PROOF OF CLAIM BASED ON
                                            LETTER TO NCR (.5); EMAIL J. RANNE RE:
                                            SIRIUS CLAIM (.1).

RAVIN AS          07/17/06        1.90   DRAFT CORRESPONDENCE TO AND REVIEW
                                         CORRESPONDENCE FROM J. POST RE:
                                         GOODINGS/WOOLBRIGHT CLAIM OBJECTIONS,
                                         REVIEW MEMORANDUM FROM J. LEAMY RE: SAME
                                         (.1); REVIEW MEMORANDUM FROM J. LEAMY
                                         RE: "NO LIABILITY CLAIMS" TO BE
                                         DISALLOWED, REVIEW EXHIBIT RE: SAME AND
                                         COMPARE WITH ASSIGNED LEASE REJECTION
                                         ORDER RE: RECONCILING PROOFS OF CLAIM,
                                         REVIEW PROOFS OF CLAIM RE: SAME, REVIEW
                                         AND REVISE DESCRIPTIONS IN OMNIBUS
                                         CLAIMS EXHIBIT, DRAFT MEMORANDA TO J.
                                         LEAMY RE: SAME (1.2); DRAFT
                                         CORRESPONDENCE TO K. LOGAN RE:
                                         TREATMENT OF ASSIGNEES (.3); TELEPHONE
                                         CONFERENCE WITH K. LOGAN RE: TREATMENT
                                         OF ASSIGNEES (.2); TELEPHONE CONFERENCE
                                         (VM) WITH B. GASTON RE: TREATMENT OF
                                         ASSIGNEES AND SUBTENANTS (.1).

BAKER DJ          07/18/06        0.60   CONFERENCE CALL WITH R. GRAY, COMPANY,
                                         SMITH HULSEY AND BLACKSTONE REGARDING
                                         RESERVE (.6).

GRAY RW            07/18/06        4.40    TELECONFERENCE WITH K. LOGAN RE:
                                           FURTHER COMMENTS ON SAME (.1); DRAFT
                                           MEMORANDUM TO L. APPEL ET AL. RE: TERM
                                           LIFE CLAIM AND FOLLOW UP EMAIL EXCHANGE
                                           WITH L. RODRIGUEZ (.1); REVIEW
                                           MEMORANDUM FROM L. APPEL RE: SAME AND
                                           TELECONFERENCE WITH D. TURETSKY RE:
                                           REVIEW OF RELEASE AGREEMENT (.1);
                                           REVIEW AND COMMENT ON PROPOSED
                                           MEMORANDUM TO CLIENT RE: RELEASE ISSUES
                                           (.1); CONF CALL WITH TAX GROUP RE:
                                           STATUS OF TAX CLAIM OBJECTIONS (.4);
                                           TELECONFERENCE WITH C. JACKSON RE: TAX
                                           CLAIM ESTIMATE (.1); DRAFT MEMORANDUM
                                           TO L. APPEL ET AL. RE: ISSUES AND CALL
                                           ON SAME (.2); DRAFT MEMORANDUM
                                           PROVIDING LISTS OF CLAIMANTS (.1);
                                           TELECONFERENCE WITH K. LOGAN RE: CLAIM
                                           RESERVE REPORT (.1); REVIEW MEMORANDUM
                                           FROM S. KAROL RE: RESERVE STATUS AND
                                           DRAFT MEMORANDUM TO K. LOGAN RE: SAME
                                           (.1); CONF CALL WITH J. CASTLE, S.
                                           KAROL, J. EDMONSON, C. JACKSON, J. LEAMY
                                           AND A. RAVIN RE: TAX CLAIM ISSUES (.6);
                                           TELECONFERENCE WITH K. LOGAN RE: TAX
                                           CLAIM ISSUES (0.1); TELECONFERENCE WITH
                                           K. LOGAN AND C. JACKSON RE: TAX SETOFF
                                           ISSUES (0.1); EMAIL EXCHANGES WITH J.
                                           LEAMY AND S. REISNER RE: SPECIAL BAR
                                           DATE ISSUE FOR DOL (.1); FURTHER EMAIL
                                           EXCHANGE WITH S. REISNER AND K. LOGAN
                                           RE: DOL AGENCY (.1); REVIEW AND RESPOND
                                           TO MEMORANDUM FROM D. VANSCHOOR RE: J.
                                           DASBURG CLAIM (.1); REVIEW AND RESPOND
                                           TO MEMORANDUM FROM D. VANSCHOOR RE: AST
                                           AS STOCK TRANSFER AGENT (.1); REVIEW
                                           LETTER FROM P. GREEN RE: PI SETTLED
                                           CLAIM AND DRAFT MEMORANDUM TO J POST RE:
                                           SAME (.1); REVIEW MEMORANDUM FROM AND
                                           TELECONFERENCE WITH J. LEAMY RE:
                                           ANDERSON NEWS ISSUES (.1);
                                           TELECONFERENCE WITH J. CASTLE RE:
                                           ALSTON AND  BIRD INVOLVEMENT (.1);
                                           TELECONFERENCE WITH D. WANDER RE:
                                           ANDERSON NEWS (0.1); REVIEW MEMORANDA
                                           FROM M. BARR AND J. LEAMY RE: VISAGENT
                                           EXTENSION REQUEST AND DRAFT MEMORANDUM
                                           TO J. LEAMY RE: SAME (.1); REVIEW AND
                                           RESPOND TO MEMORANDUM FROM J. CASTLE RE:
                                           VISAGENT ISSUE (.1); CHECK FILES FOR
                                           PRIOR DOL COMMUNICATIONS (.2); REVIEW
                                           SPECIAL BAR DATE DOCS RECEIVED FROM J.
                                           LEAMY (.1); REVIEW 7/18 RESERVE REPORT
                                           FROM LOGAN (.3); TELECONFERENCE WITH K.
                                           LOGAN RE: PARAMETERS AND DISCLAIMERS
                                           (.1); DRAFT MEMORANDUM TO F. HUFFARD RE:
                                           REPORT AND ISSUES (.3); DRAFT
                                           MEMORANDUM TO J. BAKER RE: LOGAN
                                           PRIORITIES (.1);

27

|  |  |  | EXCHANGE EMAILS WITH C. JACKSON, J. LAMMERT, E. POLLACK AND J. LEAMY RE: EVANS COUNTY CLAIM (.1). |
|---|---|---|---|
| LAMAINA KA | 07/18/06 | 1.20 | REVIEW CLAIMS OBJECTIONS (1.2). |
| LEAMY JM | 07/18/06 | 7.80 | REVIEW B. COOPER LETTER RE: FOLMAR AND ASSOC. CLAIM (.2); TELECONFERENCE WITH J. RAY RE: VISAGENT CLAIM (.1); ANALYSIS RE: VISAGENT REQUESTS (.4); TELECONFERENCE WITH C. JACKSON RE: J. DASBURG CLAIM (.1); TELECONFERENCE WITH J. NIMS RE: INFINITY REALTY CLAIM (.1); TELECONFERENCE WITH D. YOUNG RE: NCR CLAIM (.2); CONF. CALL RE: TAX CLAIMS WITH WINN-DIXIE TEAM, XROADS TEAM (.4); TELECONFERENCE WITH J. MYEROWITZ RE: ANDERSON NEWS CLAIM (.3); CONFERENCE CALL RE: TAX CLAIMS W/J. CASTLE, S. KAROL, S. EDMONSON, K LOGAN, R. GRAY, A RAVIN AND C JACKSON (.6); REVIEW CLAIMS IDENTIFIED FOR 15TH OMNIBUS OBJECTION (4.2); DRAFT FORMS FOR ADDITIONAL PROPOSED SPECIAL BAR DATE (.4); RESEARCH RE: J. DASBURG CLAIM (.1); EMAIL M. BARR RE: VISAGENT CLAIM (.1); ANALYSIS RE: ANDERSON NEWS SCHEDULED CLAIM (.2); EMAIL J. CASTLE RE: VISAGENT (.2); EMAIL C. JACKSON RE: EVANS COUNTY CLAIM (.1); EMAIL C. JACKSON RE: CHESTER DIX CLAIMS (.1). |
| RAVIN AS | 07/18/06 | 0.80 | REVIEW CORRESPONDENCE AND RELATED CHART FROM B. GASTON RE: SUBTENANT CLAIMS (.1); TELEPHONE CONFERENCE WITH R. GRAY, J. CASTLE, J. LAMMERT, S. KAROL, J. LEAMY, C. JACKSON, AND K. DAW RE: OPEN ISSUES RELATED TO TAX AND OTHER CLAIMS (.6); TELEPHONE CONFERENCE WITH B. GASTON RE: CLAIMS ISSUES RELATED TO ASSIGNEES AND SUBTENANTS (.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW            07/19/06        4.10   CONF CALL WITH S. KAROL AND J. EDMONSON
                                          RE: CLAIM ISSUES (.3); REVIEW AND
                                          RESPOND TO MEMORANDUM FROM J. LEAMY RE:
                                          VISAGENT CLAIM CLASS (.2); REVIEW LOGAN
                                          TAX CLAIM REPORT IN PREPARATION FOR CALL
                                          (.3); CONF CALL WITH K. LOGAN, S. KAROL,
                                          J. EDMONSON, C. JACKSON, J. LEAMY AND A.
                                          RAVIN RE: TAX CLAIM ISSUES (.2); CONF
                                          CALL WITH J. CASTLE, J. BAKER, S. BUSEY,
                                          J. LEAMY AND S. KAROL RE:
                                          INDEMNIFICATION CLAIMS AND RELATED
                                          ISSUES (.5); TELECONFERENCE WITH F.
                                          HUFFARD RE: CALL ON CLAIMS RESERVE
                                          REPORT (.1); REVIEW REPORT IN
                                          PREPARATION FOR CALL (.3); CONF CALL
                                          WITH F. HUFFARD, J. OCONNELL, S. KAROL,
                                          S. BUSEY AND C. JACKSON RE: CLAIM
                                          RESERVE ISSUES (.9); REVIEW MEMORANDA
                                          FROM J. LEAMY AND ALSTON AND BIRD RE:
                                          ANDERSON NEWS, TELECONFERENCE WITH J.
                                          LEAMY RE: SAME, AND DRAFT MEMORANDUM TO
                                          J. CASTLE RE: SAME (.2); CONF CALL WITH
                                          J. CASTLE AND J. LEAMY RE: ANDERSON NEWS
                                          ISSUES (.2); REVIEW REPORT RE:
                                          POTENTIAL 16TH OMNIBUS CLAIMS
                                          OBJECTIONS (.3); REVIEW AND RESPOND TO
                                          MEMORANDUM FROM J. LEAMY RE: NCR CLAIM
                                          OBJECTION ISSUES (.1); REVIEW FURTHER
                                          INFORMATION FROM K. LOGAN RE: DOL NOTICE
                                          AND DRAFT MEMORANDUM TO S. REISNER RE:
                                          SAME (.2); REVIEW AND RESPOND TO
                                          MEMORANDUM FROM S. BUSEY RE: VISAGENT
                                          ISSUES (.1); REVIEW MEMORANDA FROM A.
                                          RAVIN, B GASTON AND J. EDMONSON RE:
                                          ADMINISTRATIVE CLAIM ESTIMATES (.2).

| | | | |
|---|---|---|---|
| LEAMY JM | 07/19/06 | 4.70 | TELECONFERENCE WITH J. RAY RE: VISAGENT (.1); TELECONFERENCE WITH J. MEYEROWITZ RE: ANDERSON NEWS (.1); TELECONFERENCE WITH V. KRISH RE: KEN ROBINSON CLAIM (.1); TELECONFERENCE WITH J. NIMS RE: INFINITY REALTY CLAIM (.1); TELECONFERENCE WITH D. YOUNG RE: NCR CLAIM (.2); TELECONFERENCE WITH K. LOGAN AND C. JACKSON RE: 16TH OMNI (.2); ANALYSIS RE: ANDERSON NEWS PROPOSED RESPONSE TO SCHEDULED CLAIM OBJECTION (1.4); CONF. CALL RE: TAX CLAIMS WITH LOGAN AND XROADS TEAMS, R. GRAY AND A. RAVIN (.2); CONF. CALL RE: INDEMNITY CLAIMS WITH  J. BAKER, R. GRAY , J. CASTLE, C. JACKSON AND S. KAROL (.5); TELECONFERENCE WITH J. CASTLE AND R. GRAY RE: ANDERSON NEWS CLAIMS (.2); EMAIL M. PLAUMAN RE: PELICAN ASSOCIATES CLAIM (.2); EMAIL S. WILLIAMS RE: LIBERTY MUTUAL CLAIMS (.1); EMAIL M. BARR RE: VISAGENT CLAIM (.2); EMAIL M. MARTINEZ RE: BUEHLER'S SERVICE PARTIES (.1); EMAIL D. YOUNG RE: NCR CLAIM (.2); EMAIL L. RODRIGUEZ RE: K. HALL CLAIM (.2); EMAIL E. GUNN RE: CSX CLAIMS (.1); EMAIL T. GLASS RE: U.S. SURVEYOR CLAIM (.1); ANALYSIS RE: VISAGENT CLAIM (.4). |
| RAVIN AS | 07/19/06 | 3.10 | REVIEW PROOF OF CLAIM AND NOTICE OF APPEARANCE BY HARRIS COUNTY, DRAFT MEMORANDUM TO R. GRAY RE: SAME, DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM K. LOGAN RE: SAME (.1); TELEPHONE CONFERENCE WITH C. JACKSON, J. EDMONSON, S. KAROL, R. GRAY, J. LEAMY, AND K. LOGAN RE: TAX CLAIMS AND CLASSIFICATIONS (.2); REVIEW TAX CLAIMS (2.8). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW          07/20/06        2.00    REVIEW MEMORANDUM FROM M. BARR RE:
                                         VISAGENT AND DRAFT MEMORANDUM TO J.
                                         CASTLE AND S. BUSEY RE: CALL TO DISCUSS
                                         SAME (.1); REVIEW REPLIES FROM J. CASTLE
                                         AND S. BUSEY AND DRAFT MEMORANDUM TO M.
                                         BARR RE: SAME (.1); REVIEW AND RESPOND
                                         TO MEMORANDUM FROM A. RAVIN RE: FLORIDA
                                         TAX COLLECTORS CLAIM (.1); REVIEW
                                         MEMORANDUM FROM M. COLLINS RE: CLAIM,
                                         REVIEW CLAIM, AND DRAFT MEMORANDUM TO J.
                                         CASTLE AND T. WILLIAMS RE: SAME (.1);
                                         REVIEW REVISED CLAIMS RESERVE ANALYSIS
                                         FROM BLACKSTONE (.3); REVIEW LATE FILED
                                         CLAIM MOTION BY U. HARPER AND DRAFT
                                         MEMORANDUM TO J. POST RE: SAME (.1);
                                         REVIEW MEMORANDUM FROM R. TANSI RE:
                                         PARISH OF EAST BATON ROUGE TAX AUDIT
                                         (.1); TELECONFERENCE WITH R. TANSI RE:
                                         CLAIM ISSUES (.2); TELECONFERENCE WITH
                                         J. LEAMY RE: SAME (.1); DRAFT MEMORANDUM
                                         TO R. TANSI RE: SAME (.2); REVIEW AND
                                         RESPOND TO MEMORANDUM FROM J. CASTLE RE:
                                         MSP/SRP CLAIM OBJECTIONS (.2); REVIEW
                                         MEMORANDUM FROM A. RAVIN AND REC SHEET
                                         RE: TAX CLAIM NO. 25 (.1); REVIEW
                                         FURTHER MEMORANDUM FROM A. RAVIN RE:
                                         REVIEW OF STATUS OF PENDING TAX CLAIMS
                                         (.1); REVIEW MEMORANDUM AND PROPOSED
                                         SETTLEMENT AGREEMENT FROM L.
                                         PRENDERGAST (.2).

LEAMY JM         07/20/06        9.40    TELECONFERENCE WITH J. MEYORWITZ RE:
                                         ANDERSON NEWS (.2); EMAIL J. CASTLE RE:
                                         SAME (.1); EMAIL J. RAY RE: VISAGENT
                                         CLAIM (.1); TELECONFERENCE WITH H. LEE
                                         RE: PEPSI (.1); TELECONFERENCE WITH S.
                                         BUSEY RE: SCHEDULED CLAIMS OBJECTION
                                         (.1); TELECONFERENCE WITH K. WARD RE:
                                         SAME (.1); DRAFT KRAFT STIPULATION
                                         (.5); TELECONFERENCE WITH R. GRAY RE:
                                         TAX CLAIM ISSUE (.1); TELECONFERENCE
                                         WITH C. RAULERSON RE: CLAIM OBJECTION
                                         (.2); DRAFT KEN ROBINSON CORP.
                                         STIPULATION (1.2); REVIEW CLAIMS
                                         SUBJECT TO 15TH OMNI (4.0);
                                         TELECONFERENCE WITH C JACKSON RE: 15TH
                                         OMNI (.1); DRAFT 15TH OMNIBUS OBJECTION
                                         (2.0); EMAIL D. YOUNG RE: NCR CLAIM
                                         (.2); EMAIL D. TAUCH RE: U.S. SURVEYOR
                                         CLAIM (.1); ANALYSIS RE: CONTINGENT
                                         CASH PROOFS OF CLAIM (.2); EMAIL J.
                                         TELEPMAN RE: ROYAL AND  SONS CLAIM
                                         OBJECTION (.1).

RAVIN AS         07/20/06        0.90    REVIEW TAX CLAIMS (PROOFS OF CLAIM AND
                                         REC SHEETS) (.5); DRAFT MULTIPLE
                                         MEMORANDA TO R. GRAY RE: SAME (.4).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GRAY RW | 07/21/06 | 0.80 | REVIEW MEMORANDUM AND TELECONFERENCE WITH A. RAVIN RE: PENALTY TAX CLAIMS (.1); REVIEW FURTHER MEMORANDUM FROM M. COLLINS RE: WAGE CLAIM AND COORDINATE WITH A. RAVIN RE: HANDLING (.1); CONF CALL WITH S. KAROL ET AL. RE: TAX CLAIMS (.1); TELECONFERENCE WITH C. JACKSON, B. BOWEN AND A. RAVIN RE: AD VALOREM TAX CLAIM ISSUES (.2); REVIEW MEMORANDA FROM J. CASTLE AND T. CRICHTON RE: STATUS OF IRS NEGOTIATIONS (.1); REVIEW MEMORANDUM FROM S. KAROL RE: CLAIMS OBJECTIONS AND DRAFT RESPONSE RE: REPLY RATE (.2). |
| LEAMY JM | 07/21/06 | 8.50 | TELECONFERENCE WITH J. CASTLE, M. BARR, SKADDEN AND SMITH HULSEY TEAM RE: VISAGENT CLAIM (.6); REVIEW RESPONSES TO SCHEDULED CLAIM OBJECTION AND EMAIL TO J. CASTLE RE: SAME (.6); EMAIL D. YOUNG RE: D/U/C CLAIMS (.2); EMAILS R. TANSI RE: TAX CLAIMS (.2); TELECONFERENCE WITH R. BERTNER RE: CLAIM OBJECTION (.1); TELECONFERENCE WITH D. GAY RE: RECLAMATION CLAIM OBJECTION (.1); REVIEW OF CLAIMS SUBJECT TO PROPOSED 15TH OMNI OBJECTION (2.0); TELECONFERENCE WITH D. YOUNG RE: SCHEDULED CLAIM OBJECTION (.1); TELECONFERENCE WITH K. AURZUDA RE: REDDY ICE CLAIM OBJECTION (.2); TELECONFERENCE WITH K. LOGAN AND D. YOUNG RE: OBJECTION TO SCHEDULED CLAIMS (.2); REVIEW ROYAL AND SON RESPONSE TO SCHEDULED CLAIM OBJECTION AND EMAIL J. CASTLE RE: SAME (.2); CONTINUE REVIEW OF CLAIMS SUBJECT TO PROPOSED 15TH OMNI (3.4); REVIEW REPORT OF AVAILABLE OBJECTIONS AND DETERMINE CATEGORIES FOR 16TH OMNIBUS OBJECTION (.5); EMAIL C. JACKSON RE: SAME (.1). |
| RAVIN AS | 07/21/06 | 0.40 | DRAFT CORRESPONDENCE TO K. LOGAN RE: TAX CALIMS (.1); TELEPHONE CONFERENCE WITH C. JACKSON, B. BOWIN AND R. GRAY (PARTIAL) RE: TAX CLAIMS (.3). |
| RAVIN AS | 07/22/06 | 0.50 | REVIEW AND ANALYZE MEMORANDUM FROM J. LEAMY RE: FRANKFORD DALLAS CLAIMS, DRAFT MEMORANDUM TO SAME RE: SAME (.5). |

GRAY RW        07/23/06        1.00   REVIEW VISAGENT FILINGS (.3); DRAFT
                                      MEMORANDUM TO J. BAKER RE: HANDLING OF
                                      VISAGENT ISSUES (.1); DRAFT MEMORANDUM
                                      TO L. APPEL ET AL. RE: VISAGENT FILINGS
                                      (.1); REVIEW MEMORANDUM FROM M. GAUDIN
                                      RE: K. ROGERS CLAIM AND DRAFT REPLY
                                      FORWARDING TO J. POST (.1); REVIEW AND
                                      COMMENT ON 15TH OMNIBUS CLAIMS
                                      OBJECTION, NOTICES AND ORDER (.4).

LEAMY JM       07/23/06        0.40   REVIEW VISAGENT REVISED CLAIM AND
                                      OBJECTION TO 14TH OMNIBUS OBJECTION.

GRAY RW        07/24/06        1.70   REVIEW AND PROVIDE COMMENTS SETTLEMENT
                                      TERM SHEET (.4); TELECONFERENCE WITH L.
                                      PRENDERGAST RE: SETTLEMENT TERM SHEET
                                      FOR MEDIATIONS (.1); REVIEW AND COMMENT
                                      ON KRAFT STIPULATION (.4); REVIEW AND
                                      COMMENT ON ROBINSON STIPULATION (.3);
                                      REVIEW LOGAN STATUS REPORT ON CLAIMS
                                      (.1); EXCHANGE EMAILS WITH E. POLLACK
                                      RE: CLAIMS ON HOLD (.1); REVIEW
                                      MEMORANDUM FROM J. LAMMERT RE: TAX CLAIM
                                      OBJECTION STATUS (.1); REVIEW AND
                                      RESPOND TO LETTER FROM G. BARTON RE: E.
                                      MONTGOMERY CLAIM (.1); REVIEW
                                      MEMORANDUM FROM A. BARAGONA RE: IRS
                                      ISSUES AND FORWARD TO K. BRISTOR (.2).

LEAMY JM       07/24/06        4.60   REVIEW LETTER AND ENCLOSURES FROM V.
                                      KRISH RE: ZAK DESIGNS CLAIMS (.4);
                                      TELECONFERENCE WITH A. RAVIN AND B.
                                      GASTON RE: FRANKFORD DALLAS CLAIM (.4);
                                      TELECONFERENCE WITH V. KRISH AND ZAK
                                      REPRESENTATIVES RE: ZAK DESIGNS CLAIM
                                      RESOLUTION (.7); TELECONFERENCE WITH E.
                                      POLLACK RE: 15TH OMNI (.2);
                                      TELECONFERENCE WITH M. SHIRLOFF RE:
                                      KAWASHO INTL CLAIM OBJECTION (.2);
                                      TELECONFERENCE WITH C. EILERS RE: BAKE
                                      LINE CLAIM OBJECTION (.2); REVISIONS TO
                                      15TH OMNI EXHIBITS (1.5); EMAILS D.
                                      YOUNG RE: KEN ROBINSON STIPULATION, ZAK
                                      DESIGNS (.3); EMAIL D. LANDIS RE: ROYAL
                                      AND  SONS (.1); EMAIL T. WUERTZ RE:
                                      PEPSI, SUN & FUN CLAIMS (.2); EMAIL V.
                                      KRISH RE: KEN ROBINSON STIPULATION
                                      (.1); EMAIL S. FELD RE: INSURANCE CLAIMS
                                      (.1); EMAIL E. POLLACK RE: 13TH OMNI
                                      CORRECTED ORDER/MAIN STREET
                                      MARKETPLACE (.2).

RAVIN AS       07/24/06        0.50   TELEPHONE CONFERENCE WITH J. LEAMY AND
                                      B. GASTON RE: FRANKFORD DALLAS (.4);
                                      REVIEW MEMORANDUM RE: HEARING DATE FOR
                                      TAX CLAIMS (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| TURETSKY DM | 07/24/06 | 0.20 | E-MAIL TO H. WETZEL RE: RECONCILIATION SHEETS FOR CERTAIN PROOFS OF CLAIM (.1); TELECONFERENCE WITH HAITI OF MATEER HARBERT RE: CLAIMS INQUIRY (.1). |
| GRAY RW | 07/25/06 | 3.30 | EXCHANGE EMAILS WITH S. KAROL RE: TAX CALL (.1); PARTICIPATE IN CONF CALL WITH J. CASTLE, ATECH TEAM, ET AL RE: TAX CLAIMS (.3); TELECONFERENCE WITH S. KAROL RE: STATUS OF ATECH CLAIMS (.1); DRAFT CONTINGENT CASH LETTER FOR SPECIAL BAR DATE NOTICE (1.9); TELECONFERENCE WITH K. LOGAN RE: CLAIMS (0.3); DRAFT MEMORANDUM TO A. BARAGONA ET AL. RE: IRS PENALTY AND REVIEW REPLY FROM T. CRICHTON (.1); TELECONFERENCE WITH M. DAL LAGO RE: SOUTHERN WINE ISSUES (.1); REVIEW STIPULATION REVISIONS AND DRAFT MEMORANDUM TO M. DAL LAGO TO CLARIFY SCOPE OF WAIVER (.2); DRAFT MEMORANDUM TO J. YOUNG ET AL. RE: REQUEST TO EXTEND TO AFFILIATES (.1); REVIEW MEMORANDUM FROM J. SMYTH AND DRAFT MEMORANDUM TO D. YOUNG RE: SCHREIBER ANSWER ON TRADE LIEN PROGRAM (.1). |
| LEAMY JM | 07/25/06 | 6.80 | TELECONFERENCE WITH K. LOGAN AND E. POLLACK RE: 15TH OMNI (.1); CONFERENCE CALL RE: TAX CLAIMS WITH WINN-DIXIE TEAM, XROADS TEAM, J. LAMMERT, E. POLLACK, R. GRAY (.3); PREPARE 15TH OMNIBUS FORMS OF NOTICE (.2); ANALYSIS RE: INSURANCE CLAIMS OBJECTION (2.3); TELECONFERENCE WITH M. HAULT RE: LEASE CLAIMS (.1); TELECONFERENCE WITH J. GAMBILL RE: GOOD L CORP CLAIM (.1); TELECONFERENCE WITH L JOHNSON RE: CLAIM OBJECTION (.1); TELECONFERENCE WITH E. POLLACK RE: 16TH OMNI (.3); FINALIZE 15TH OMNIBUS FOR FILING (1.6); TELECONFERENCE WITH K. WARD RE: 15TH OMNI (.1); REVIEW SAMPLES OF 15TH OMNIBUS NOTICES (.3); CONTINUE TO DRAFT KRAFT STIPULATION (.8); EMAIL T. WUERTZ RE: PEPSI CLAIM (.1); EMAIL D. YOUNG RE: CLAIM 2404 (.1); EMAIL E. OCAROLL RE: CLAIMS 9932 AND 9934 (.1); EMAIL L. BERKOFF RE: GE CLAIM (.1); EMAIL B. GASTON RE: FRANKFORD DALLAS CLAIM (.1). |
| RAVIN AS | 07/25/06 | 0.30 | DRAFT CORRESPONDENCE TO B. GASTON RE: FRANKFORD DALLAS AND OTHER PREPETITON LEASE BUYOUT AGREEMENTS, REVIEW CORRESPONDENCE AND CHART RE: SAME (.3). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| GRAY RW | 07/26/06 | 0.80 | REVIEW AND RESPOND TO MEMORANDUM FROM S. KAROL RE: A&M CLAIM INQUIRIES (0.1); REVIEW AND RESPOND TO MEMORANDUM FROM J. LEAMY RE: WORKERS COMP OBJECTIONS (0.1); REVIEW MEMORANDUM FROM M. DAL LAGO RE: SOUTHERN WINE SCOPE AND DRAFT MEMORANDUM TO J. YOUNG ET AL.RE: SAME (0.1); REVIEW MEMORANDUM FROM T. WURTZ RE: CAROLINA AFFILIATE (0.1); DRAFT MEMORANDUM TO M. DAL LAGO RE: SAME (0.1); EMAIL EXCHANGE WITH M. DAL LAGO AND T. WURTZ RE: ISSUE RESOLVED (0.1); REVIEW AND RESPOND TO MEMORANDUM FROM B. KICHLER RE: PHH VEHICLE CLAIM ISSUE (0.1); REVIEW MEMORANDUM FROM L. PRENDERGAST RE: AHCA SETTLEMENT AND DRAFT REPLY RE: CLAIM CLASS (0.1). |
|---|---|---|---|
| LEAMY JM | 07/26/06 | 8.20 | TELECONFERENCE WITH J. SARROW RE: SUN&FUN AND DYNAMIC SCAN CLAIMS (.2); TELECONFERENCE WITH E. POLLACK RE: 16TH OMNI (.3); ANALYSIS RE: WORKERS COMP CLAIMS (.5); REVISE SCHEDULED CLAIM ORDER FOR HEARING (1.4); REVISIONS TO KRAFT CLAIM STIPULATION AND SEND TO WINN-DIXIE FOR REVIEW (.5); REVIEW OF CLAIMS IDENTIFIED FOR 16TH OMNIBUS OBJECTION (4.6); EMAIL E. OCAROLL RE: CLAIM 12307 (.1); EMAIL M. SHIRLOFF RE: CLAIM 2404 (.1); EMAIL C. EILERS RE: BAKE LINE (.1); EMAIL J. GAMBILL RE: GOOD L CORP CLAIM (.1); EMAIL D. BOWERSETT RE: STEAKUMM CLAIM (.1); EMAIL S. ROSENBLATT RE: PLUNKETT ESTATE CLAIM (.1); EMAIL J. KREHER RE: KRISPY KREME (.1). |
| RAVIN AS | 07/26/06 | 0.20 | REVIEW UPDATED TAX CLAIMS RECONCILIATION/RESOLUTION UPDATE, COMPARE TO PRIOR OPEN ISSUES ON CLAIMS, DRAFT MEMORANDUM TO R. GRAY RE: SAME. |
| BAKER DJ | 07/27/06 | 0.20 | REVIEW EMAIL FROM R. GRAY RE: CLAIM OBJECTION ISSUES (.2). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW        07/27/06        1.00    TELECONFERENCE WITH M. SELLERS RE:
                                       CONTINGENT CASH CLAIMS (0.1); DRAFT
                                       MEMORANDUM TO J. BAKER RE: PRE-VOTE
                                       OBJECTIONS (0.1); DRAFT MEMORANDUM TO
                                       L. APPEL ET AL. RE: SAME (0.2); REVIEW
                                       DARLINGTON COUNTY PROOF OF CLAIM AND
                                       DRAFT MEMORANDUM TO E. POLLACK AND C.
                                       JACKSON RE: SAME (0.1); REVIEW AND
                                       RESPOND TO MEMORANDUM FROM K. LOGAN RE:
                                       SPECIAL BAR DATE (0.1); REVIEW AND
                                       RESPOND TO MEMORANDUM FROM J. LEAMY RE:
                                       VISAGENT CLAIM OBJECTION (0.1); REVIEW
                                       CLAIMS ESTIMATE ANALYSIS FROM S. KAROL
                                       AND DRAFT MEMORANDUM TO SAME (0.2);
                                       DRAFT MEMORANDUM TO K. LOGAN RE:
                                       INDEMNITY PARTIES FOR SPECIAL BAR DATE
                                       (0.1).

LEAMY JM       07/27/06        8.30    TELECONFERENCE WITH A. MURSE RE:
                                       RUSSELL OIL (.1); TELECONFERENCE WITH
                                       K. BATTISTE RE: CLAIM OBJECTION (.2);
                                       TELECONFERENCE WITH J. SARROW RE: 13TH
                                       OMNI HEARING (.1); TELECONFERENCE WITH
                                       D. GAY RE: SAME (.2); EMAIL E. POLLACK
                                       RE: 13TH OMNI (.2); TELECONFERENCE WITH
                                       B. GILBERT RE: SERVICE FORCE CLAIM
                                       OBJECTION (.5); TELECONFERENCE WITH E.
                                       POLLACK RE: 13TH OMNI (.2); DRAFT
                                       CORRECTED 13TH OMNIBUS ORDER (.5);
                                       EMAIL J. GAMBILL RE: GOOD L. CORP CLAIM
                                       (.1); TELECONFERENCE WITH D. SMITH RE:
                                       GREYHAWK CAPITAL CLAIM (.1); EMAIL C.
                                       EILERS RE: BAKE LINE CLAIM (.1);
                                       ANALYSIS RE: BAKE LINE CLAIM (.3); EMAIL
                                       D. YOUNG RE: INSURANCE CLAIMS (.1);
                                       EMAIL T. WUERTZ RE: RIVERDALE FARMS
                                       CLAIM (.2); REVIEW LIST OF NAMES
                                       TARGETED FOR SPECIAL BAR DATE (.2);
                                       EMAILS S. FELD RE: INSURANCE CLAIMS
                                       (.3); EMAIL E. POLLACK, M. MARTINEZ RE:
                                       SCHEDULED CLAIM ORDER (.2); EMAIL A.
                                       GUON RE: LEASE CLAIM (.1); EMAIL T.
                                       WUERTZ RE: SCUNCI (.1); EMAIL T. WUERTZ
                                       RE: RED GOLD (.1); DRAFT 16TH OMNIBUS
                                       OBJECTION (2.0); REVIEW OF CLAIMS
                                       IDENTIFIED FOR 16TH OMNIBUS OBJECTION
                                       (2.4).

RAVIN AS       07/27/06        0.10    DRAFT CORRESPONDENCE TO K. LOGAN AND B.
                                       GASTON RE: STORE 1327 LEASE, REVIEW
                                       LEASE GUARANTEE ORDER (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| GRAY RW | 07/28/06 | 1.70 | TELECONFERENCE WITH M. RICHARDS RE: ENVIRONMENTAL ISSUES (0.1); TELECONFERENCE WITH D. RICHARDSON RE: ENVIRONMENTAL ISSUES (0.2); DRAFT MEMORANDUM TO J. CASTLE AND M. RICHARDS RE: NEXT STEPS ON CLAIMS REVIEW (0.2); REVIEW MEMORANDUM FROM M. FRIEDMAN RE: CLAIMS OBJECTION/DEBTOR OBLIGOR (0.1); DRAFT RESPONSE TO M. FRIEDMAN AND CIRCULATE FOR COMMENTS (0.8); REVIEW AND COMMENT ON 16TH OMNIBUS OBJECTION, NOTICES AND ORDER (0.3). |
|---|---|---|---|
| LEAMY JM | 07/28/06 | 7.30 | TELECONFERENCE WITH V. KRISH RE: KEN ROBINSON (.1); TELECONFERENCE WITH A. FRISCH RE: SAWICKI REALTY CLAIM OBJECTION (.1); TELECONFERENCE WITH E. MAY RE: HOMEWOOD ASSOC (.2); ANALYSIS RE: SC JOHNSON CLAIM INQUIRY (.3); EMAILS D. YOUNG RE: 16TH OMNI (.2); EMAIL B. CHENAULT RE: L. BARRAN AMENDED CLAIM (.2); EMAIL D. YOUNG RE: KEN ROBINSON STIPULATION (.2); EMAIL B. HOLLIS RE: K. HALL CLAIM RECONCILIATION (.1);   EMAIL D. YOUNG RE: ZAK DESIGNS (.2); ANALYSIS RE: FLA. TAX COLLECTORS CLAIM (.2); EMAIL B. BOAZ RE: CLAIM OBJECTION (.1); EMAIL M. PLAUMANN RE: CLAIM OBJECTION (.2); B. GASTON EMAIL RE: CLAIM OBJECTION BURDEN OF PROOF (.3); EMAIL M. DABBS RE: CORRECTED 13TH OMNIBUS ORDER (.2); EMAIL A. FRISCH RE: SAWICKI CLAIM (.1); EMAIL D. VALLAS RE: SCUNCI CLAIM OBJECTION (.1); REVIEW OF CLAIMS IDENTIFIED FOR 16TH OMNI OBJECTION (4.5). |
| GRAY RW | 07/29/06 | 0.40 | DRAFT MEMORANDUM TO M. BYRUM AND A. BARAGONA RE: IRS HIGHWAY VEHICLE TAX (0.2); REVIEW REPLIES FROM A. BARAGONA AND DRAFT FOLLOW UP MEMORANDA (0.2). |
| LEAMY JM | 07/29/06 | 0.10 | EMAIL R. DESHONG RE: KRAFT STIPULATION (.1). |
| RAVIN AS | 07/29/06 | 0.10 | REVIEW MEMORANDUM FROM R. GRAY RE: ENVIRONMENTAL CLAIMS (.1). |
| LEAMY JM | 07/30/06 | 3.00 | REVIEW CLAIMS PROPOSED FOR 16TH OMNIBUS OBJECTION (2.0); RESEARCH RE: CLASSIFICATION OF CERTAIN CLAIMS THEREIN (1.0). |

| | | | |
|---|---|---|---|
| LEAMY JM | 07/31/06 | 8.10 | TELECONFERENCE WITH L. WASHINGTON RE: CLAIM OBJECTION (.1); TELECONFERENCE WITH J. DROUSE RE: CLAIM RECONCILIATION (.1); TELECONFERENCE WITH E. POLLACK RE: 16TH OMNI (.3); TELECONFERENCE WITH B. CHENAULT RE: L. BARRAN CLAIM OBJECTION (.2); TELECONFERENCE WITH R. NERSESIAN RE: PAYCENTERS CLAIM OBJECTION (.1); TELECONFERENCE WITH P. GRANICK RE: MASON SHOPPING CENTER CLAIM OBJECTION (.2); TELECONFERENCE WITH D. KANE RE: PROMOTIONS UNLIMITED OBJECTION (.2); TELECONFERENCE WITH W. SIMKULAK RE: 14TH OMNI EXTENSION REQUEST (.1); COMPLETE REVIEW OF 16TH OMNI EXHIBITS (1.0); RESEARCH AND ANALYSIS WHETHER CLAIMS PROPERLY RECLASSIFIED (2.5); FINALIZE 16TH OMNI OBJECTION FOR FILING (1.5); REVIEW FORMS OF NOTICE PREPARED BY LOGAN FOR 16TH OMNIBUS (.4); ANALYSIS RE: BUEHLER EXTENSION REQUEST (.3); EMAIL C. BROWN RE: BROWN, NOLTMYER CLAIM OBJECTION (.2); EMAIL C. JACKSON RE: SIOUX HONEY (.1); EMAIL E POLLACK RE: LNR PARTNERS CLAIM (.1); EMAIL E. POLLACK RE: CLAIM 13335 (.1); EMAIL W. SIMKULAK RE: 14TH OBJECTION AND PRINCIPAL LIFE INS. CLAIMS (.1); EMAIL E. CARROLL RE: CLAIM 12315 (.1); EMAIL A. WEISS RE: COKE CLAIMS (.1); EMAIL K. ARUZUDA RE: SOUTHERN BOTTLED WATER (.1); EMAIL E. CARROLL RE: L. BARRAN CLAIM (.1); EMAIL D. KANE RE: PROMOTIONS UNLIMITED (.1);. |

**MATTER TOTAL**                    <u>**198.40**</u>

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Winn-Dixie Stores, Inc. (DIP)                      Bill Date: 08/18/06
Claims Admin. (Reclamation/Trust Funds)            Bill Number: 1122978

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| EICHEL S | 07/10/06 | 0.20 | TELECONFERENCE WITH A. LIU RE: OTIS SPUNKMEYER RECLAMATION CLAIM (.1); TELECONFERENCE WITH A. LIU RE: ISSUES RE: OPTING INTO TRADE LIEN PROGRAM (.1). |
| EICHEL S | 07/11/06 | 0.50 | REVIEW EMAIL FROM J. JAMES RE: PROPOSED RUSSELL STOVERS' SETTLEMENT (.1); DRAFT EMAIL TO A. LIU RE: PROPOSED SETTLEMENT WITH RUSSELL STOVER (.1); TELECONFERENCE. WITH A. LIU RE: PROPOSED SETTLEMENT WITH RUSSELL STOVER (.1); REVIEW EMAIL FROM A. LIU RE: PROPOSED SETTLEMENT OF RUSSELL STOVER'S CLAIM (.1); DRAFT EMAIL TO A. LIU RE: PROPOSED RUSSELL STOVER SETTLEMENT (.1). |
| EICHEL S | 07/12/06 | 0.30 | TELECONFERENCES WITH A. LIU RE: RESOLUTION OF RUSSELL STOVER CLAIMS (.3). |
| EICHEL S | 07/13/06 | 0.90 | TELECONFERENCE WITH M. RICHARD RE: CLAIM OF MGM (.1); DRAFT EMAIL TO A. LIU RE: STATUS OF MGM RECLAMATION CLAIM (.1); REVIEW EMAIL FROM M. RICHARD RE: MGM RECLAMATION CLAIM (.1); DRAFT EMAIL TO A. LIU RE: RESOLUTION OF MGM RECLAMATION CLAIM (.1); DRAFT EMAIL TO T. WUERTZ AND A. LIU RE: MGM RECLAMATION CLAIM (.1); REVIEW EMAILS FROM T. WUERTZ RE: MGM RECLAMATION CLAIM (.2); REVIEW T. WUERTZ'S LETTER RE: MGM RECLAMATION CLAIM (.1); DRAFT RESPONSE EMAIL TO T. WUERTZ RE: STATUS OF MGM RECLAMATION CLAIM (.1). |
| EICHEL S | 07/14/06 | 0.70 | REVIEW LETTER AGREEMENT RE: RESOLUTION OF MGM CLAIM (.1); ANALYZE ISSUES RE: MGM CLAIM (.4); DRAFT EMAIL TO A. LIU AND T. WUERTZ RE: MGM CLAIM (.1); TELECONFERENCE WITH T. WUERTZ RE: MGM CLAIM (.1). |
| EICHEL S | 07/15/06 | 0.30 | REVIEW EMAIL FROM A. LIU TO A. GARSIDE RE: OTIS SPUNKMEYER RECLAMATION CLAIM (.1); DRAFT EMAIL TO T. WUERTZ RE: MGM CLAIM (.1); REVIEW EMAIL FROM T. WUERTZ RE: MGM CLAIM (.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

EICHEL S          07/17/06      0.60    REVIEW EMAIL FROM A. LIU RE: SOUTHEAST
                                        PROVISIONS RECLAMATION CLAIM (.2); TEL.
                                        CONFS. WITH KAREN (OFFICE OF R.
                                        GRUNEBERG, COUNSEL TO SOUTHEAST
                                        PROVISIONS) RE: OBJECTION TO SOUTHEAST
                                        PROVISIONS RECLAMATION CLAIM (.2);
                                        TELECONFERENCE WITH A. LIU RE:
                                        OBJECTION TO SOUTHEAST PROVISIONS
                                        RECLAMATION CLAIM (.1); TELECONFERENCE
                                        WITH B. KICHLER RE: OBJECTION TO
                                        SOUTHEAST PROVISIONS RECLAMATION CLAIM
                                        (.1).

EICHEL S          07/18/06      0.40    REVIEW EMAIL FROM D. GAY RE: ROLE OF
                                        XROADS IN CONNECTION WITH NEGOTIATING
                                        SETTLEMENTS TO OBJECTIONS TO
                                        RECLAMATION CLAIM (.1); TELECONFERENCE
                                        WITH D. GAY RE: RESPONSES TO RECLAMATION
                                        OBJECTIONS (.1); REVIEW EMAIL FROM D.
                                        GAY RE: RESPONSES OF LIBBEY GLASS AND
                                        SOUTHEAST PROVISIONS' TO OBJECTIONS TO
                                        RECLAMATION CLAIMS (.1); DRAFT EMAIL TO
                                        D. GAY RE: CONTACT AT XROADS IN
                                        CONNECTION WITH RESOLVING RESPONSE TO
                                        OBJECTIONS TO RECLAMATION CLAIMS (.1).

EICHEL S          07/19/06      0.50    REVIEW EMAIL FROM J. LEAMY RE: LIBBEY
                                        GLASS RESPONSE TO OBJECTION TO ITS CLAIM
                                        (.1); DRAFT EMAIL TO J. LEAMY, C.
                                        JACKSON AND OTHERS RE: LIBBY GLASS
                                        RESPONSE (.1); TELECONFERENCE WITH D.
                                        GAY AND T. WUERTZ RE: LIBBEY GLASS
                                        RESPONSE (.1); REVIEW RESPONSE OF LIBBY
                                        GLASS TO OBJECTION TO ITS RECLAMATION
                                        CLAIM (.1); REVIEW RESPONSE OF
                                        SOUTHEAST PROVISIONS TO OBJECTION TO
                                        ITS RECLAMATION CLAIM (.1).

EICHEL S          07/20/06      0.80    TELECONFERENCE WITH D. GAY (SMITH
                                        HULSEY) RE: RECLAMATION TRADE LIEN
                                        PROGRAM IN CONNECTION WITH RESOLVING
                                        REMAINING RECLAMATION CLAIMS (.1);
                                        REVIEW EMAILS FROM D. GAY RE:
                                        RECLAMATION CLAIM OF DEL LABS (.1);
                                        DRAFT EMAIL TO T. WUERTZ, D. GAY AND R.
                                        DESHONG RE: DEL LABS CLAIMS (.2);
                                        TELECONFERENCE WITH T. WUERTZ AND D. GAY
                                        RE: RESPONSE OF LIBBEY GLASS AND
                                        SOUTHEAST PROVISIONS TO OBJECTION TO
                                        THEIR RECLAMATION CLAIMS (.4).

EICHEL S          07/21/06      0.30    REVIEW EMAIL FROM R. DESHONG RE:
                                        OBJECTION TO DEL LABS' CLAIMS (.1);
                                        REVIEW EMAIL FROM D. GAY RE: QUESTION
                                        RE: NOTICE TO RESOLVE RECLAMATION CLAIM
                                        (.1); TELECONFERENCE WITH D. GAY RE:
                                        RECLAMATION ORDER (.1).

EICHEL S          07/24/06      0.60   REVIEW EMAIL FROM T. WUERTZ RE STATUS OF
                                       OBJECTION TO DEL LABS CLAIMS (.1);
                                       REVIEW EMAIL FROM T. WUERTZ RE RESPONSES
                                       TO OBJECTION TO RECLAMATION CLAIMS
                                       (.1); TELECONFERENCE WITH T. WUERTZ AND
                                       D. GAY RE RESPONSES TO OBJECTION TO
                                       RECLAMATION CLAIMS AND PREPARATION FOR
                                       UPCOMING HEARING (.3); REVIEW EMAIL
                                       FROM D. GAY RE: OBJECTION TO DEL LABS AND
                                       STRATEGY OPTIONS (.1).

EICHEL S          07/25/06      0.70   TELECONFERENCE WITH T. WUERTZ RE:
                                       STATUS OF RUSSELL STOVER DISPUTE (.2);
                                       TELECONFERENCE WITH D. GAY RE:
                                       RESOLVING OBJECTION TO RECLAMATION
                                       CLAIMS (.1); REVIEW EMAILS FROM T.
                                       WUERTZ RE: COLGATE PROVIDING CREDIT
                                       (.1); REVIEW EMAIL FROM C. SMITH RE:
                                       COLGATE PROVIDING CREDIT (.1); REVIEW
                                       EMAIL FROM T. WUERTZ TO R. GRUNEBERG RE:
                                       RESOLVING OBJECTION TO RECLAMATION
                                       CLAIM OF SOUTHEAST PROVISIONS (.1);
                                       REVIEW EMAIL FROM T. WUERTZ TO R.
                                       GRUNEBERG RE: SOUTHEAST PROVISIONS
                                       WITHDRAWING OBJECTION (.1).

EICHEL S          07/26/06      1.60   REVIEW EMAIL FROM R. GRAY RE: STATUS OF
                                       RECLAMATION OBJECTION (.2); DRAFT EMAIL
                                       TO R. GRAY RE: STATUS OF RECLAMATION
                                       OBJECTION (.1); REVIEW EMAIL FROM T.
                                       WUERTZ RE: STRATEGY WITH RESPECT TO DEL
                                       LABS OBJECTION (.1); REVIEW EMAIL FROM
                                       R. GRUNEBERG RE: RESOLUTION OF
                                       OBJECTION TO SOUTHEAST PROVISIONS'
                                       RECLAMATION CLAIM (.1); REVIEW EMAIL
                                       FROM T. WUERTZ RE: RESOLUTION OF
                                       OBJECTION TO SOUTHEAST PROVISIONS
                                       CLAIMS (.1); REVIEW EMAIL FROM T. WUERTZ
                                       RE: OTIS SPUNKMEYER RECLAMATION CLAIM
                                       (.1); TELECONFERENCE WITH A. GARSIDE
                                       RE: RESOLUTION OF OTIS SPUNKMEYER
                                       RECLAMATION CLAIM (.1); REVIEW EMAIL
                                       FROM A. GARSIDE RE: STATUS OF OTIS
                                       SPUNKMEYER RECLAMATION CLAIM (.1);
                                       DRAFT EMAIL TO T. WUERTZ RE: STATUS OF
                                       OTIS SPUNKMEYER RECLAMATION CLAIM (.1);
                                       TELECONFERENCE WITH T. WUERTZ RE:
                                       STATUS OF OTIS SPUNKMEYER RECLAMATION
                                       CLAIM (.1); DRAFT EMAIL TO T. WUERTZ RE:
                                       OTIS SPUNKMEYER RECLAMATION CLAIM (.1);
                                       REVIEW EMAIL FROM R. GRAY RE: RESOLUTION
                                       OF SOUTHERN WINE AND  SPIRITS (.1);
                                       REVIEW EMAILS FROM T. WUERTZ RE:
                                       SOUTHERN WINE AND  SPIRITS CLAIM (.2);
                                       TELECONFERENCE WITH T. WUERTZ RE:
                                       SOUTHERN WINE AND SPIRITS CLAIM (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| EICHEL S | 07/27/06 | 0.10 | TELECONFERENCE WITH E. POLLACK AND D. GAY RE: OBJECTION TO RECLAMATION CLAIMS (.1). |
|----------|----------|------|-----------------------------------------------------------------------------------|
| EICHEL S | 07/28/06 | 0.10 | DRAFT EMAIL TO T. WUERTZ AND P. TREMBLAY RE: STATUS OF RUSSELL STOVER DISPUTE (.1). |
| EICHEL S | 07/31/06 | 0.90 | DRAFT EMAIL TO T. WUERTZ RE: STATUS OF OTIS SPUNKMEYER RECLAMATION CLAIM (.1); REVIEW EMAIL FROM T. WUERTZ RE: OTIS SPUNKMEYER RECLAMATION CLAIM (.1); DRAFT EMAIL TO T. WUERTZ RE: STATUS OF RUSSELL STANLEY (.1); REVIEW EMAIL FROM M. RUBLE (RUSSELL STOVER) RE: AGREEMENT (.1); REVIEW EMAIL FROM T. WUERTZ RE: RUSSELL STOVER RECONCILIATION (.1); REVIEW EMAIL FROM D. PRESTON RE: RUSSELL STOVER PROPOSED SETTLEMENT (.1); DRAFT EMAIL TO P. TREMBLAY, J. JAMES AND T. WUERTZ RE: RUSSELL STOVER PROPOSED SETTLEMENT (.1); DRAFT EMAIL TO D. PRESTON RE: PROPOSED RUSSELL STOVER SETTLEMENT (.1); DRAFT EMAIL TO T. WUERTZ RE: AMENDING RUSSELL STOVER TRADE STIPULATION IN ACCORDANCE WITH TERMS OF PROPOSED SETTLEMENT (.1). |

**MATTER TOTAL** <u>**9.50**</u>

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Winn-Dixie Stores, Inc. (DIP)**                                    Bill Date: 08/18/06
**Creditor Meetings/Statutory Committees**                    Bill Number: 1122978

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 07/07/06 | 0.30 | TELECONFERENCE WITH C. JACKSON RE: EQUITY COMMITTEE EXPENSES (.1); TELECONFERENCE WITH M. COMERFORD AND FURTHER TELECONFERENCE WITH C. JACKSON RE: SAME (.1); REVIEW AND COMMENT ON PROPOSED LANGUAGE FOR ORDER (.1). |
| BAKER DJ | 07/27/06 | 0.40 | TELECONFERENCE WITH  J. O'CONNELL RE: POSSIBLE MEETING WITH CREDITORS (.2); REVIEW EMAIL FROM J. O'CONNELL RE: CONFIDENTIALITY AGREEMENTS (.1); FURTHER TELECONFERENCE WITH J. O'CONNELL RE: POSSIBLE MEETING WITH CREDITORS (.1). |

**MATTER TOTAL**                              **<u>0.70</u>**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Winn-Dixie Stores, Inc. (DIP)                          Bill Date: 08/18/06
Disclosure Statement/ Voting Issues                    Bill Number: 1122978

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 07/04/06 | 0.20 | DRAFT MEMORANDUM TO J. BAKER, S. BUSEY ET AL. RE: CLASS CLAIM ESTIMATES (0.1); DRAFT MEMORANDUM TO A. RAVIN RE: CLAIM AGGREGATION ISSUE (0.1). |
| GRAY RW | 07/05/06 | 0.40 | DRAFT LANGUAGE TO ASSIST WITH J. WETZEL RESPONSES TO DISCLOSURE STATEMENT NOTICE INQUIRIES (.3); DRAFT RESPONSE TO ATTORNEY REQUESTING COPY OF DISCLOSURE STATEMENT WITHOUT EMAIL ADDRESS (.1). |
| MARGOLIS A | 07/05/06 | 0.30 | REVIEW DISCLOSURE STATEMENT (.3). |
| RAVIN AS | 07/05/06 | 0.60 | REVIEW MEMORANDA FROM AND DRAFT MEMORANDA TO R. GRAY RE: DISCLOSURE STATEMENT ITEMS INCLUDING CLAIM AGGREGATION, TAX ANALYSIS, ENVIRONMENTAL CLAIMS, AND SECURITIES FRAUD CLAIMANTS (.1); REVIEW MEMORANDA FROM A. RESHTICK RE: COMMON STOCK RESERVE AND OTHER OPEN TAX ITEMS ON DISCLOSURE STATEMENT (.3); REVIEW AND REVISE DISCLOSURE STATEMENT RE: DELOITTE ORDER ENTERED (.2). |
| SAMBUR K | 07/05/06 | 1.10 | REVIEW BALLOTS (1.1). |
| GRAY RW | 07/06/06 | 0.10 | REVIEW AND COMMENT ON SECURITIES LAWSUIT INSERT FOR DISCLOSURE STATEMENT (.1). |
| RAVIN AS | 07/06/06 | 0.20 | REVIEW AND REVISE DISCLOSURE STATEMENT RE: ADDITIONAL SUBORDINATED CLAIM LANGUAGE (.2). |
| GRAY RW | 07/07/06 | 3.90 | REVIEW AND REVISE MASTER AND BENEFICIAL BALLOTS FOR CLASS 12, BALLOTS FOR CLASSES 7, 8, 9, 10, 11, 13, 14, 15, 16 AND 17, NOTICE OF NON-VOTING STATUS, NOTICE OF DEEMED REJECTING STATUS, NOTICE OF DISPUTED STATUS, CONTRACT PARTY NOTICE, CONFIRMATION NOTICE (3.8); DRAFT MEMORANDUM TO M. BARR ET AL. RE: SOLICITATION MATERIALS (.1). |
| RAVIN AS | 07/08/06 | 0.60 | REVIEW MEMORANDA FROM AND DRAFT MEMORANDA TO R. GRAY RE: ADMIN CLAIM AMOUNTS, REVIEW PRIOR CORRESPONDENCE RE: SAME (.2); REVIEW SOLICITATION MOTION AND BALLOTS (.4). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GRAY RW | 07/09/06 | 3.80 | REVIEW/REVISE SOLICITATION MOTION (3.5); BEGIN REVIEW/REVISION OF SOLICITATION ORDER (.3). |
| GRAY RW | 07/10/06 | 0.20 | DRAFT MEMORANDUM TO K. LOGAN RE: SOLICITATION EFFORT (.1); REVIEW MEMORANDUM FROM J. EDMONSON RE: ADMIN CLAIM ESTIMATE AND DRAFT MEMORANDUM TO J. BAKER AND  A. RAVIN RE: SAME (.1). |
| RAVIN AS | 07/10/06 | 1.90 | DRAFT MULTIPLE CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM (AND SPREADSHEET FROM ) J. EDMONSON RE: ADMIN CLAIMS, DRAFT MEMORANDUM TO AND REVIEW MEMORANDUM FROM R. GRAY RE: SAME (.2); TELEPHONE CONFERENCE WITH J. O'CONNELL RE: ADMIN CLAIMS, DRAFT CORRESPONDENCE TO SAME RE: SAME (.1); DRAFT CORRESPONDENCE TO M. BARR RE: CHARTER, BY-LAWS, REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO M.COMMERFORD RE: SAME, REVIEW AGENDA RE: CALL (.1); REVIEW AND REVISE BALLOTS (.8); REVIEW FORMAL AND INFORMAL OBJECTIONS TO DISCLOSURE STATEMENT, DRAFT MEMORANDUM TO AND REVIEW MEMORANDA FROM R. GRAY RE: SAME, REVIEW MEMORANDUM FROM J. BAKER RE: SAME, DRAFT CORRESPONDENCE TO J. CASTLE RE: SAME (.2); REVIEW MEMORANDUM FROM R. GRAY RE: PASS THROUGH CERTIFICATES, REVIEW MEMORANDA FROM K. SAMBUR RE: SAME, CONFERENCE WITH K. SAMBUR RE: SAME (.2); REVIEW MEMORANDA FROM AND DRAFT MEMORANDA TO J. CASTLE RE: 10% DISCOUNT CARD, REVIEW MEMORANDUM FROM R. GRAY RE: SAME (.1); REVIEW MEMORANDUM FROM R. GRAY RE: STOCK TRANSFER AGENT, REVIEW CORRESPONDENCE FROM K. LOGAN RE: SAME, REVIEW MEMORANDUM FROM R. GRAY RE: SOLICITATION EFFORT, REVIEW CORRESPONDENCE FROM K. LOGAN RE: SAME, REVIEW MEMORANDUM FROM R. GRAY RE: SPECIAL BAR DATE RE: CONTINGENT CASH RIGHTS (.1); REVIEW MEMORANDA FROM R. GRAY RE: UNARCO INDUSTRIES INQUIRY AND OTHER INQUIRIES FROM CREDITORS RE: DISCLOSURE STATEMENT QUESTIONS (.1). |
| BAKER DJ | 07/11/06 | 0.20 | REVIEW BUTLER OBJECTION TO DISCLOSURE STATEMENT (.2). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| RAVIN AS | 07/11/06 | 1.20 | TELECONFERENCE WITH S. WISCHNEWSKY OF ADAMS EXTRACT RE: QUESTION ON DISCLOSURE STATEMENT (.3); TELECONFERENCE WITH S. BEACH FROM BAYER RE: QUESTION ON DISCLOSURE STATEMENT (.1); REVIEW AND REVISE SOLICITATION PROCEDURES MOTION (.7); TELEPHONE CONFERENCE (VM) WITH J. O'CONNELL RE: STATUS OF ADMINISTRATIVE CLAIMS, DRAFT CORRESPONDENCE TO SAME RE: SAME (.1). |
|---|---|---|---|
| SAMBUR K | 07/11/06 | 1.10 | PREPARE CHART OF DISCLOSURE STATEMENT OBJECTIONS (1.1). |
| TURETSKY DM | 07/11/06 | 0.30 | TELECONFERENCE WITH J. HOROWITZ OF PRO-ACTIVE JANITORIAL RE: INQUIRY CONCERNING DISCLOSURE STATEMENT (.1); TELECONFERENCE WITH H. WETZEL RE: DISCLOSURE STATEMENT (.1); E-MAIL TO H. WETZEL RE: DISCLOSURE STATEMENT (.1). |
| RAVIN AS | 07/12/06 | 0.60 | REVIEW AND REVISE DISCLOSURE STATEMENT BASED UPON COMMENTS RECEIVED, REVIEW MEMORANDUM FROM AND DRAFT MEMORANDUM TO R. GRAY RE: SAME (.2); REVIEW MEMORANDUM FROM R. GRAY RE: TAX IMPLICATIONS OF 10% DISCOUNT CARD, DRAFT MEMORANDUM TO SAME RE: SAME, DRAFT MEMORANDUM TO K. BRISTOR RE: SAME (.1); REVIEW MEMORANDUM AND CHART FROM K. SAMBUR RE: DISCLOSURE STATEMENT OBJECTION LOG, DRAFT MEMORANDUM TO SAME RE: SAME (.1); REVIEW CORRESPONDENCE FROM VETRICE FORD FOSTER RE:  DISCLOSURE STATEMENT INQUIRY, REVIEW MEMORANDA FROM R. GRAY AND J. BAKER RE: SAME, DRAFT MEMORANDUM TO K. SAMBUR RE: SAME RE: DISCLOSURE STATEMENT OBJECTION LOG, TELEPHONE CONFERENCE (VM) FROM PARTY REQUESTING DISCLOSURE STATEMENT, COORDINATE WITH J. WETZEL RE: DELIVERY OF SAME (.1); REVIEW MULTIPLE MEMORANDA FROM AND DRAFT MEMORANDA TO R. GRAY RE: STATUS OF VARYING OPEN DISCLOSURE STATEMENT ISSUES INCLUDING 10% DISCOUNT CARD, REVIEW MEMORANDUM FROM A. RESHTICK RE: STATUS OF COMMON STOCK RESERVE ANALYSIS (.1). |

| | | | |
|---|---|---|---|
| GRAY RW | 07/13/06 | 3.70 | REVIEW AND REVISE SOLICITATION ORDER (1.7); DRAFT MEMORANDUM TO M. BARR ET AL. RE: SAME (.1); BEGIN REVISIONS TO MOTIONS AND BALLOTS (.8); TELECONFERENCE WITH M. BARR RE: SOLICITATION LETTERS (.1); DRAFT MEMORANDUM TO J. BAKER AND S. BUSEY RE: SOLICITATION LETTERS (.2); FURTHER EMAIL EXCHANGE WITH J. BAKER AND M. BARR RE: CONDITIONAL LETTERS (.2); TELECONFERENCE WITH K. LOGAN RE: COMMENTS ON BALLOTS (0.2); FURTHER TELECONFERENCE WITH K. LOGAN RE: COMMENTS ON SOLICITATION MOTION (.2); REVIEW MILBANK MARKUP OF SOLICITATION ORDER AND DRAFT MEMORANDUM TO J. BAKER RE: SAME (.2). |
| RAVIN AS | 07/13/06 | 0.50 | TELEPHONE CONFERENCE WITH J. O'CONNELL RE: ADMIN EXPENSES, DRAFT CORRESPONDENCE TO SAME RE: SAME (.1); REVIEW CORRESPONDENCE FROM L. APPEL RE: OPEN PLAN ISSUES, REVIEW CORRESPONDENCE FORM M. BARR RE: SAME (.1); REVIEW AND REVISE PROPOSED SOLICITATION ORDER, REVIEW MILBANK'S COMMENTS TO SAME (.3). |
| SAMBUR K | 07/13/06 | 0.60 | UPDATE OBJECTION CHART (.6). |
| GRAY RW | 07/14/06 | 2.80 | REVISE SOLICITATION MOTION, ORDER, BALLOTS AND NOTICES TO REFLECT COMMENTS RECEIVED (1.4); DRAFT CLAIM REDUCTION FORM (.7); DRAFT CONFIRMATION PUBLICATION NOTICE (.3); FINALIZE SOLICITATION MOTION, ORDER AND EXHIBITS FOR FILING (.3); PREPARE NOTICE OF HEARING FOR SOLICITATION MOTION (.1). |
| RAVIN AS | 07/14/06 | 0.30 | COORDINATE CALL RE: 10% DISCOUNT CARD ISSUES, DRAFT CORRESPONDENCE TO S. REISNER RE: SAME (.1); REVIEW CLAIM REDUCTION FORM AND CONFIRMATION HEARING NOTICE (.2). |
| GRAY RW | 07/15/06 | 0.10 | REVIEW AND RESPOND TO MEMORANDUM FROM K. LOGAN RE: M. MARTINEZ EMAIL ADDRESS IN DISCLOSURE STATEMENT (.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| RAVIN AS | 07/16/06 | 0.50 | REVIEW VARIOUS MEMORANDA FROM R. GRAY RE: DISCLOSURE STATEMENT INCLUDING STOCK TRANSFER AGENT QUESTIONS, REVIEW CORRESPONDENCE FROM K. LOGAN RE: SAME, REVIEW MEMORANDUM FROM R. GRAY RE: SPECIAL BAR DATE (.1); DRAFT CORRESPONDENCE TO R. KESTENBAUM RE: COORDINATING CALL RE: TAX ISSUES RELATED TO 10% DISCOUNT CARD, REVIEW CORRESPONDENCE FROM S. REISNER RE: SAME (.1); RESEARCH RE: POTENTIAL STOCK TRANSFER AGENTS, DRAFT MEMORANDUM TO AND REVIEW MEMORANDUM FROM R. GRAY RE: SAME (.3). |
| HENRY S | 07/17/06 | 0.60 | REVIEW EMAIL FROM M. KELLEY RE: DISCLOSURE STATEMENT AND SUBCON DISCLOSURE AND EMAIL TO J. BAKER RE: SAME (.5); CONFERENCE A. RAVIN RE: DISCLOSURE STATEMENT OBJECTIONS (.1). |
| GRAY RW | 07/17/06 | 0.30 | DRAFT MEMORANDUM TO A. RAVIN RE: DISCLOSURE STATEMENT DESCRIPTION OF MASTER/BENEFICIAL BALLOT PROCESS (.1); DRAFT MEMORANDUM TO J. BAKER ET AL. RE: MSP/SRP VOTING ISSUE AND REVIEW REPLIES (.2). |
| RAVIN AS | 07/17/06 | 1.50 | REVIEW VARIOUS CORRESPONDENCE RE: DISCLOSURE STATEMENT INCLUDING CORRESPONDENCE FROM L. APPEL RE: DISBURSING AGENT, CORRESPONDENCE FROM R. KESTENBAUM RE: 10% DISCOUNT CARD, DRAFT CORRESPONDENCE TO S. REINSER RE: 10% DISCOUNT CARD, REVIEW CORRESPONDENCE FROM S. PRICE RE: SAME (.1); CONFERENCE WITH S. HENRY RE: STATUS OF DISCLOSURE STATEMENT OBJECTIONS (.1); RECONCILE SOLICITATION PROCEDURES MOTION WITH PROCEDURES SET FORTH IN DISCLOSURE STATEMENT, REVIEW AND REVISE DISCLOSURE STATEMENT RE: SAME (1.3). |
| BAKER DJ | 07/18/06 | 0.70 | MEETING REGARDING PLAN AND DISCLOSURE ISSUES WITH SKADDEN TEAM (.7). |
| HENRY S | 07/18/06 | 0.70 | CONFERENCE WITH  A. RAVIN, R, GRAY AND J. BAKER RE: DISCLOSURE STATEMENT ISSUES (.7). |

| | | | |
|---|---|---|---|
| GRAY RW | 07/18/06 | 1.30 | SKADDEN TEAM MEETING RE: PENDING MATTERS AND PREPARATION FOR DISCLOSURE STATEMENT/CONFIRMATION HEARINGS (.7); REVIEW AND COMMENT ON DISCLOSURE STATEMENT REVISION RE: DISPUTED CLAIMS (.1); REVIEW MEMORANDA FROM C. JACKSON AND M. KELLEY RE: SUB CON ISSUES INVOLVING LANDLORDS AND DRAFT MEMORANDUM TO J. BAKER, S. BUSEY ET AL. RE: HANDLING (.2); REVIEW MEMORANDA FROM A. RAVIN AND J. OCONNELL RE: ADMINISTRATIVE CLAIM ESTIMATES AND DRAFT REPLY (.1); REVIEW FURTHER MEMORANDA FROM J. CASTLE AND A. RAVIN RE: COMMITTEE EXPENSES AND DRAFT REPLY (.1); DRAFT MEMORANDUM TO M. BARR RE: M. KELLEY INQUIRY ON SUB CON LANDLORD ISSUES (.1). |
| RAVIN AS | 07/18/06 | 2.80 | DRAFT MEMORANDA TO AND REVIEW MEMORANDA FROM R. GRAY RE: RECONCILING SOLICITATION PROCEDURES MOTION AND DISCLOSURE STATEMENT (.1); REVIEW AND REVISE DISCLOSURE STATEMENT RE: RECONCILIATION WITH SOLICITATION PROCEDURES MOTION (1.1); REVIEW CORRESPONDENCE FROM J. O'CONNELL RE: PROFESSIONAL FEE CLAIM ESTIMATES, REVIEW PRIOR CORRESPONDENCE FROM J. EDMONSON RE: SAME (.1); REVIEW CORRESPONDENCE FROM M. KELLEY RE: DISCLOSURE STATEMENT INQUIRY, REVIEW MEMORANDA FROM J. BAKER, R. GRAY AND C. JACKSON RE: SAME (.2); CONFERENCE WITH J. BAKER, R. GRAY AND S. HENRY RE: OPEN PLAN AND DISCLOSURE STATEMENT ISSUES AND STRATEGIES TO BE EMPLOYED RE: SAME (.7); DRAFT CORRESPONDENCE TO J. CASTLE AND OTHERS RE: ADMIN CLAIMS, REVIEW CORRESPONDENCE FROM SAME RE: SAME (.2); TELEPHONE CONFERENCE WITH B. GASTON RE: REAL ESTATE CURE AMOUNTS (.2); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM J. CASTLE RE: ADMIN CLAIM AMOUNTS (.2). |
| SAMBUR K | 07/18/06 | 0.30 | UPDATE DISCLOSURE STATEMENT OBJECTION CHART (.3). |
| HENRY S | 07/19/06 | 0.20 | REVIEW AND COMMENT ON DRAFT RESPONSE TO OBJECTIONS TO DISCLOSURE STATEMENT (.2). |
| GRAY RW | 07/19/06 | 0.10 | EXCHANGE EMAILS WITH A. RAVIN RE: OBTAINING INDENTURE U.S. TRUSTEE FEE ESTIMATE (.1). |

| | | | |
|---|---|---|---|
| RAVIN AS | 07/19/06 | 1.50 | DRAFT CORRESPONDENCE TO M. BARR RE: INDENTURE U.S. TRUSTEE FEE ESTIMATE, DRAFT MEMORANDUM TO AND REVIEW MEMORANDUM FROM R. GRAY RE: SAME (.1); REVIEW CORRESPONDENCE FROM P. MASSEY RE: DISCLOSURE STATEMENT (.1); REVIEW MEMORANDA FROM R. GRAY AND UNDERLYING CORRESPONDENCE RE: VISAGENT, REVIEW CORRESPONDENCE FROM J. CASTLE RE: SAME (.1); REVIEW DRAFT FORM DISCLOSURE STATEMENT RESPONSE TO OBJECTION LETTERS OF SHAREHOLDERS AND RETIREES (.1); DRAFT RESPONSE TO C. ARMSTRONG RE: DISCLOSURE STATEMENT INQUIRY (.2); DRAFT CORRESPONDENCE TO P. MASSEY RE: DISCLOSURE STATEMENT INQUIRY (.2); DRAFT CORRESPONDENCE TO V. FOSTER RE: DISCLOSURE STATEMENT INQUIRY (.1); DRAFT CORRESPONDENCE TO J. LEDBETTER RE: DISCLOSURE STATEMENT INQUIRY (.1); DRAFT CORRESPONDENCE TO J. GOOCH RE: DISCLOSURE STATEMENT INQUIRY (.2); REVIEW AND REVISE 10% DISCOUNT CARD SECTION OF DISCLOSURE STATEMENT (.1); REVIEW FOLLOW UP CORRESPONDENCE FROM C. ARMSTRONG RE: DISCLOSURE STATEMENT INQUIRY, DRAFT MEMORANDUM TO R. GRAY AND S. HENRY RE: SAME (.2). |
| GRAY RW | 07/20/06 | 0.80 | DRAFT MEMORANDUM TO CLIENT AND ADVISORS RE: CLAIM CLASSIFICATION PROJECT (.8). |

RAVIN AS          07/20/06      1.80    REVIEW CORRESPONDENCE FROM AND DRAFT
                                        CORRESPONDENCE TO J. CREASY RE:
                                        DISCLOSURE STATEMENT INQUIRY, DRAFT
                                        MEMORANDA TO R. GRAY AND H. WETZEL RE:
                                        SAME (.2); REVIEW MEMORANDUM FROM R.
                                        GRAY RE: SEC COMMENTS TO DISCLOSURE
                                        STATEMENT AND EXCULPATION EXCLUSIONS,
                                        REVIEW CORRESPONDENCE FROM L. APPEL RE:
                                        SAME, REVIEW MEMORANDUM FROM J. CASTLE
                                        RE: SAME (.1); REVIEW CORRESPONDENCE
                                        FROM J. MITCHELL WARD RE: DISCLOSURE
                                        STATEMENT (.1); REVIEW S. BOX OBJECTION
                                        TO DISCLOSURE STATEMENT, DRAFT MULTIPLE
                                        CORRESPONDENCE TO J. CASTLE RE: SAME,
                                        REVIEW CORRESPONDENCE FROM SAME RE:
                                        SAME (.2); DRAFT MEMORANDA TO K. SAMBUR
                                        RE: DISCLOSURE STATEMENT OBJECTION
                                        CHART, CONFERENCES WITH SAME RE: SAME
                                        (.2); REVIEW MEMORANDUM AND UNDERLYING
                                        CORRESPONDENCE FROM R. GRAY RE: PLAN
                                        CLASSIFICATION PROJECT AND ISSUES,
                                        REVIEW CORRESPONDENCE FROM J. CASTLE
                                        RE: SAME, REVIEW MEMORANDUM FROM S.
                                        HENRY RE: SAME (.1); REVIEW MEMORANDA
                                        FROM R. GRAY AND K. BRISTOR RE: TRANSFER
                                        RESTRICTIONS, OBTAIN COPIES OF FORM
                                        TRANSFER RESTRICTION LANGUAGE, REVIEW
                                        SAME, DRAFT MEMORANDUM TO R. GRAY AND K.
                                        BRISTOR RE: SAME (.8); REVIEW
                                        CORRESPONDENCE FROM M. WARD RE: SRP
                                        COMMENTS TO DISCLOSURE STATEMENT, DRAFT
                                        CORRESPONDENCE TO SAME RE: SAME (.1).

RESHTICK AA       07/20/06      5.80    ANALYZE TAX; ANALYZE TAX ISSUES RELATED
                                        TO THE BANKRUPTCY PLAN (5.8).

SAMBUR K          07/20/06      1.20    UPDATED DISCLOSURE STATEMENT OBJECTION
                                        CHART (1.2).

GRAY RW           07/21/06      1.20    DRAFT MEMORANDUM TO L. APPEL ET AL. RE:
                                        SOLICITATION ISSUES RAISED BY E.
                                        ESCAMILLA (.4); REVIEW MEMORANDUM FROM
                                        S. HENRY RE: PLAN CLASS ISSUE (.1);
                                        REVIEW AND COMMENT ON PROPOSED
                                        DISCLOSURE STATEMENT INSERT RE:
                                        VISAGENT CLAIM (.1); REVIEW AND RESPOND
                                        TO MEMORANDUM FROM E. ESCAMILLA RE:
                                        SOLICITATION ISSUES AND EMAIL EXCHANGE
                                        WITH M. BARR RE: SAME (.1);
                                        TELECONFERENCE WITH C. JACKSON AND
                                        EMAIL EXCHANGE WITH E. ESCAMILLA RE:
                                        SOLICITATION MOTION (.1);
                                        TELECONFERENCE WITH E. ESCAMILLA AND M.
                                        BARR RE: SOLICITATION ISSUES (.2);
                                        TELECONFERENCE WITH K. LOGAN RE:
                                        SOLICITATION ISSUES (.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAVIN AS          07/21/06      2.10   REVIEW CORRESPONDENCE FROM M.
                                       COMMERFORD RE: BROOKSHIRES CLAIM
                                       TREATMENT ISSUE, DRAFT MEMORANDUM TO R.
                                       GRAY RE: SAME (.3); DRAFT
                                       CORRESPONDENCE TO L. MCDOWELL RE:
                                       BROOKSHIRES CLAIM TREATMENT ISSUE (.1);
                                       DRAFT MEMORANDA TO R. GRAY RE: STOCK
                                       TRANSFER RESTRICTIONS, DRAFT
                                       MEMORANDUM TO K. BRISTOR RE: SAME (.2);
                                       DRAFT MEMORANDUM TO AND REVIEW
                                       MEMORANDUM FROM R. GRAY RE: DISCLOSURE
                                       STATEMENT OBJECTIONS, REVIEW
                                       CORRESPONDENCE FROM R. GRAY TO U.S.
                                       NATIONAL BANK (.1); REVIEW MULTIPLE
                                       CORRESPONDENCE FROM M. COLLINS RE:
                                       DISCLOSURE STATEMENT COMMENTS, DRAFT
                                       MEMORANDUM TO AND REVIEW MEMORANDUM
                                       FROM R. GRAY RE: SAME, DRAFT
                                       CORRESPONDENCE TO T. WILLIAMS RE: SAME,
                                       REVIEW CORRESPONDENCE FROM J. CASTLE
                                       RE: SAME (.2); REVIEW MEMORANDUM FROM S.
                                       HENRY RE: S. BOX OBJECTION, REVIEW
                                       MEMORANDA FROM AND DRAFT MEMORANDA TO J.
                                       LEAMY RE: VISAGENT (.1); REVIEW
                                       VISAGENT PROOF OF CLAIM AND REC SHEET,
                                       DRAFT LANGUAGE FOR DISCLOSURE STATEMENT
                                       RE: VISAGENT CLAIM, DRAFT MEMORANDA TO
                                       AND REVIEW MEMORANDA FROM R. GRAY RE:
                                       SAME (.5); REVIEW AND ANALYZE
                                       MEMORANDUM FROM R. GRAY RE: STOCK
                                       RESERVE AND U.S. TRUSTEE COMMENTS TO
                                       SOLICITATION PROCEDURES MOTION AND
                                       REVIEW S. BUSEY MEMORANDUM RE: SAME,
                                       REVIEW MEMORANDUM FROM R. GRAY RE:
                                       ADDITIONAL HEARING DATES (.2); REVIEW
                                       MEMORANDA FROM R. BARUSCH RE:
                                       REGISTRATION RIGHTS (.1); REVIEW
                                       MULTIPLE CORRESPONDENCE FROM C.
                                       ARMSTRONG RE: DISCLOSURE STATEMENT
                                       (.1); REVIEW CORRESPONDENCE FROM AND
                                       DRAFT CORRESPONDENCE TO D. WANDER RE:
                                       DISCLOSURE STATEMENT INQUIRY, DRAFT
                                       MEMORANDUM TO R. GRAY RE: SAME (.2).

RESHTICK AA       07/21/06      5.80   ANALYZE TAX ISSUES RELATED TO THE
                                       BANKRUPTCY PLAN (5.8).

RAVIN AS            07/22/06          0.60    DRAFT MEMORANDUM TO R. GRAY RE: C.
                                              ARMSTRONG LETTERS, REVIEW MEMORANDUM
                                              FROM SAME RE: SAME, DRAFT
                                              CORRESPONDENCE TO C. ARMSTRONG RE: SAME
                                              (.1); REVIEW INQUIRY RE: DISCLOSURE
                                              STATEMENT FROM D. BARNHILL, DRAFT
                                              CORRESPONDENCE TO SAME RE: SAME, REVIEW
                                              CORRESPONDENCE FROM SAME RE: SAME,
                                              REVIEW MEMORANDUM FROM AND DRAFT
                                              MEMORANDUM TO H. WETZEL RE: SAME (.2);
                                              DRAFT CORRESPONDENCE TO D. WANDER RE:
                                              DISCLOSURE STATEMENT INQUIRY, REVIEW
                                              CORRESPONDENCE FROM SAME RE: SAME,
                                              DRAFT MEMORANDUM TO R. GRAY RE: SAME,
                                              DRAFT CORRESPONDENCE TO D. WANDER RE:
                                              SAME, REVIEW CURE ESTIMATES FROM J.
                                              EDMONSON IN CONNECTION WITH RESPONDING
                                              TO SAME (.3).

RAVIN AS            07/23/06          0.30    REVIEW MEMORANDA FROM R. GRAY RE:
                                              COORDINATING CALL RE: STOCK TRANSFER
                                              RESTRICTIONS, REVIEW MEMORANDA FROM R.
                                              BAURUSCH, K. BRISTOR, AND J. BAKER RE:
                                              SAME (.1); REVIEW MEMORANDUM FROM R.
                                              GRAY RE: VERIFICATION OF ADMIN CLAIM
                                              ESTIMATE, DRAFT CORRESPONDENCE TO S.
                                              KAROL AND OTHERS RE: SAME (.2).

BAKER DJ           07/24/06          2.70    BEGIN REVIEW OF VISAGENT OBJECTION TO
                                              DISCLOSURE STATEMENT (1.0);
                                              TELECONFERENCE WITH S. BUSEY WITH
                                              RESPECT TO VISAGENT OBJECTION (.3);
                                              TELECONFERENCE WITH  L. APPEL WITH
                                              RESPECT TO VISAGENT OBJECTION (.2);
                                              BEGIN REVIEW OF A&E OBJECTION TO
                                              DISCLOSURE STATEMENT (.4); BEGIN REVIEW
                                              OF TERRAMAR OBJECTION TO DISCLOSURE
                                              STATEMENT (.4); REVIEW SHAREHOLDER
                                              LETTER OBJECTIONS TO DISCLOSURE
                                              STATEMENT (.4).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW          07/24/06          1.50   REVISE BALLOTS AND ORDER PER COMMENTS
                                          FROM E. ESCAMILLA (.4); REVIEW AND
                                          RESPOND TO MEMORANDUM FROM M. BARR RE:
                                          DISCLOSURE STATEMENT OBJECTION
                                          DEADLINE AND COMMITTEE EXTENSION (.1);
                                          REVIEW UNARCO OBJECTION AND DRAFT
                                          MEMORANDUM TO A. RAVIN RE: HANDLING
                                          ISSUE RAISED (.2); REVIEW TERRANOVA
                                          OBJECTION AND DRAFT MEMORANDUM TO A.
                                          RAVIN RE: GETTING CURE AMOUNT
                                          INFORMATION (.2); REVIEW AND RESPOND TO
                                          MEMORANDUM FROM S. BUSEY RE: UST ISSUES
                                          ON DISCLOSURE STATEMENT (.1); REVIEW
                                          AND RESPOND TO MEMORANDUM FROM A. RAVIN
                                          RE: RESOLUTION OF SEC ISSUES (.1); DRAFT
                                          MEMORANDUM TO K. LOGAN RE: CLAIMS FILED
                                          BY TERRANOVA LANDLORDS AND REVIEW REPLY
                                          (.1); REVIEW E&A OBJECTION TO
                                          DISCLOSURE STATEMENT (.2); REVIEW
                                          OBJECTION FILED BY LOUISIANA DEPARTMENT
                                          OF REVENUE (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAVIN AS          07/24/06        2.60    REVIEW MEMORANDA FROM R. GRAY AND F.
                                          HUFFARD RE: STOCK TRANSFER RESTRICTIONS
                                          (.1); REVIEW CORRESPONDENCE FROM AND
                                          DRAFT CORRESPONDENCE TO W. ATKINSON RE:
                                          STOCKHOLDER INQUIRY ON DISCLOSURE
                                          STATEMENT, REVIEW CORRESPONDENCE FROM
                                          AND DRAFT CORRESPONDENCE TO M. BARR RE:
                                          SAME (.1); REVIEW AND ANALYZE VISAGENT
                                          OBJECTION TO DISCLOSURE STATEMENT AND
                                          RELATED PLEADINGS (.3); REVIEW
                                          CORRESPONDENCE FROM V. FOSTER RE:
                                          DISSATISFACTION WITH DISCLOSURE
                                          STATEMENT, REVIEW PRIOR CORRESPONDENCE
                                          FROM SAME AND RESPONSE TO SAME, DRAFT
                                          MEMORANDUM TO R. GRAY RE: SAME (.2);
                                          REVIEW CORRESPONDENCE FROM R. SADLOWSKI
                                          RE: DISSATISFACTION WITH DISCLOSURE
                                          STATEMENT, DRAFT CORRESPONDENCE TO SAME
                                          RE: SAME (.2); REVIEW UNARCO INDUSTRIES
                                          OBJECTION TO DISCLOSURE STATEMENT,
                                          DRAFT CORRESPONDENCE TO J. CASTLE AND L.
                                          APPEL RE: SAME, REVIEW CORRESPONDENCE
                                          FROM SAME RE: SAME, REVIEW UNDERLYING
                                          PROOF OF CALIMS RE: SAME, DRAFT
                                          MEMORANDUM TO J. LEAMY AND R. GRAY RE:
                                          SAME, REVIEW MEMORANDUM FROM R. GRAY RE:
                                          SAME (.2); REVIEW MEMORANDUM FROM A.
                                          SALDANA RE: DISCLOSURE STATEMENT, DRAFT
                                          MEMORANDUM TO SAME RE: SAME, REVIEW
                                          MEMORANDUM FROM A. RESHTICK RE: TAX
                                          MATTERS RELATED TO DISCLOSURE
                                          STATEMENT, DRAFT MEMORANDUM TO SAME RE:
                                          SAME (.1); REVIEW AND ANALYZE TERRANOVA
                                          OBJECTION TO DISCLOSURE STATEMENT AND
                                          OBJECTION TO SOLICITAION PROCEDURES
                                          MOTION, DRAFT CORRESPONDENCE TO L.
                                          APPEL RE: SAME (.2); REVIEW MEMORANDA
                                          FROM S. BUSEY AND R. GRAY RE: UST
                                          OBJECTION DEADLINE AND RELATED ISSUES,
                                          REVIEW MEMORANDUM AND PRIOR
                                          CORRESPONDENCE FROM R. GRAY RE: SEC
                                          OBJECTIONS (.1); REVIEW SEC
                                          CORRESPONDENCE RE: CONCERNS RE:
                                          DISCLOSURE STATEMENT EXCULPATION
                                          PROVISION, TELEPHONE CONFERENCE WITH E.
                                          ROBINSON RE: SAME, DRAFT CORRESPONDENCE
                                          TO SAME RE: SAME (.2); REVIEW DRAFT REG
                                          RIGHTS ADDITION TO DISCLOSURE STATEMENT
                                          FORWARDED BY M. BARR (.1); REVIEW
                                          MEMORANDA FROM R. GRAY, D.TURETSKY AND
                                          J. BAKER RE: EXCULPATION PROVISIONS
                                          (.2); REVIEW OBJECTIONS TO DISCLOSURE
                                          STATEMENT (.4); REVIEW MEMORANDUM FROM
                                          R. GRAY RE: COMMON STOCK RESERVE TAX
                                          ISSUE / RESPONSIBILITY FOR TAX (.1);
                                          REVIEW CORRESPONDENCE FROM AND DRAFT
                                          CORRESPONDENCE TO W. ATKINSON RE:
                                          DISCLOSURE STATEMENT INQUIRY (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RESHTICK AA        07/24/06        2.10    ANALYZE AND RESEARCH ISSUES RELATED TO
                                           THE COMMON STOCK RESERVE AND DRAFT
                                           RELATED DISCLOSURE (2.1).

SAMBUR K           07/24/06        2.10    REVISE DISCLOSURE STATEMENT OBJECTION
                                           CHART (2.1).

TURETSKY DM        07/24/06        1.20    REVIEW TERRANOVA OBJECTION TO
                                           DISCLOSURE STATEMENT (.1); FURTHER
                                           RESEARCH RE: RELEASE ISSUES IN
                                           CONNECTION WITH DISCLOSURE STATEMENT
                                           (1.0); REVIEW E&A OBJECTION TO
                                           DISCLOSURE STATEMENT (.1).

BAKER DJ           07/25/06        2.80    REVIEW OBJECTION TO DISCLOSURE
                                           STATEMENT FILED ON BEHALF OF ACE (.2);
                                           EMAIL TO S. HENRY WITH RESPECT TO ACE
                                           OBJECTION (.1); REPLY TO S. HENRY RE:
                                           ACE OBJECTIONS (.1); BEGIN REVIEW OF
                                           OBJECTION TO DISCLOSURE STATEMENT FILED
                                           BY IRS (.7); CONTINUE REVIEW OF
                                           REVISIONS TO DISCLOSURE STATEMENT TO
                                           ADDRESS OBJECTIONS FILED (1.7).

HENRY S            07/25/06        0.40    TELECONFERENCE WITH  A. RAVIN RE:
                                           DISCLOSURE STATEMENT OBJECTIONS (.2);
                                           DISCUSS DISCLOSURE STATEMENT
                                           OBJECTIONS WITH A. RAVIN (.2).

FELD SR            07/25/06        2.50    REVIEW ACE INSURANCE OBJECTION TO
                                           DISCLOSURE STATEMENT (.8); OBTAIN AND
                                           REVIEW ACE'S PROGRAM AGREEMENT (1.7).

GRAY RW            07/25/06        1.80    CONFERENCE WITH A. RAVIN RE: DISCLOSURE
                                           STATEMENT OBJECTIONS (.3); REVIEW AND
                                           COMMENT ON DISCLOSURE STATEMENT INSERT
                                           RE: TRANSFER RESTRICTIONS (.1); REVIEW
                                           IRS OBJECTION TO DISCLOSURE STATEMENT
                                           (.2); DRAFT MEMORANDUM TO T. CRICHTON ET
                                           AL. RE: IRS OBJECTION (.1); REVIEW AND
                                           COMMENT ON INSERTS FOR DISCLOSURE
                                           STATEMENT RE: NEW CEO AGREEMENT (.1);
                                           REVIEW ACE OBJECTION TO DISCLOSURE
                                           STATEMENT (.2); DRAFT MEMORANDUM TO J.
                                           BAKER RE: SAME (0.1); DRAFT MEMORANDUM
                                           TO S. FELD RE: ACE ISSUES AND REVIEW
                                           REPLY (.2); REVIEW LANDLORD JOINDERS TO
                                           E&A OBJECTION (.1); REVIEW HAMILTON
                                           COUNTY OBJECTION (0.1); REVIEW
                                           PRUDENTIAL OBJECTION TO DISCLOSURE
                                           STATEMENT (.2); REVIEW OBJECTION
                                           FLORIDA TAX COLLECTORS (.1).

LAMAINA KA         07/25/06        1.80    REVIEW OBJECTIONS FILED RE ADEQ. INFO ON
                                           SUB CON AND INSURANCE (1.2); PREPARE
                                           MEMORANDUM FOR COMPANY ON OBJECTION TO
                                           RESOLVE (.6).

RAVIN AS          07/25/06      6.10   REVIEW AND REVISE DISCLOSURE STATEMENT
                                       RE: SALE MOTIONS, VISAGENT, AD HOC
                                       PROFESSIONAL FEES, REGISTRATION
                                       RIGHTS, TRANSFER RESTRICTIONS AND
                                       VARIOUS OBJECTIONS (3.6); DRAFT
                                       MEMORANDA TO R. GRAY RE: PROPOSED FIX TO
                                       UNARCO OBJECTION AND TRANSFER
                                       RESTRICTIONS (.1); REVIEW MULTIPLE
                                       MEMORANDA FROM R. GRAY RE: UNARCO
                                       INDUSTRIES, IRS TAX APPEAL (.1); REVIEW
                                       AND ANALYZE OBJECTIONS TO SOLICITATION
                                       PROCEDURES MOTION (.3); REVIEW AND
                                       ANALYZE DISCLOSURE STATEMENT
                                       OBJECTIONS FILED BY IRS, ACE COMPANIES,
                                       PRUDENTIAL INSURANCE, WEINACKER'S
                                       SHOPPING CENTER, FLORIDA TAX
                                       COLLECTORS, FRO, LLC, HAMILTON COUNTY,
                                       TENNESSEE AND CATAMOUNT. (1.3); DRAFT
                                       MEMORANDA TO AND REVIEW MEMORANDA FROM
                                       R. BARUSCH RE: STROCK TRANSFER
                                       RESTRICTION LANGUAGE, DRAFT MEMORANDUM
                                       TO S. FELD RE: ACE COMPANIES OBJECTION,
                                       REVIEW MEMORANDUM FROM SAME RE: SAME
                                       (.1); CONFERENCE WITH S. HENRY RE:
                                       DISCLOSURE STATEMENT OBJECTIONS (.2);
                                       DRAFT MULTIPLE CORRESPONDENCE TO L.
                                       APPEL AND J. CASTLE RE: OBJECTIONS
                                       RECEIVED (.2); REVIEW REVISED
                                       REGISTRATION RIGHTS LANGUAGE FROM R.
                                       BARUSCH (.1); REVIEW MEMORANDA FROM R.
                                       GRAY, S. FELD AND K. LAMAINA RE: ACE
                                       INSURANCE OBJECTION (.1).

RESHTICK AA       07/25/06      3.20   ANALYZE AND RESEARCH ISSUES RELATED TO
                                       THE COMMON STOCK RESERVE AND DRAFT
                                       RELATED DISCLOSURE (3.2).

SAMBUR K          07/25/06      3.60   REVISE DISCLOSURE STATEMENT OBJECTION
                                       CHART (3.6).

TURETSKY DM       07/25/06      0.70   REVIEW IRS OBJECTION TO DISCLOSURE
                                       STATEMENT (.2); REVIEW PRUDENTIAL
                                       OBJECTION TO DISCLOSURE STATEMENT (.2);
                                       REVIEW FLORIDA TAX DISCLOSURE STATEMENT
                                       OBJECTION (.1); REVIEW WEINACKER
                                       DISCLOSURE STATEMENT OBJECTION (.1);
                                       REVIEW HAMILTON COUNTY DISCLOSURE
                                       STATEMENT OBJECTION (.1).

BAKER DJ        07/26/06      3.10   REVIEW ADDITIONAL SHAREHOLDER
                                     OBJECTIONS TO DISCLOSURE STATEMENT
                                     (.4); REVIEW PROVISIONS OF DISCLOSURE
                                     STATEMENT WITH RESPECT TO SURETY ISSUES
                                     (.4); FORWARD EMAIL TO L. APPEL RE:
                                     SURETY ISSUES (.2); CONTINUE REVIEW OF
                                     OBJECTION OF IRS TO DISCLOSURE
                                     STATEMENT (.8); REVIEW LATEST REVISIONS
                                     TO DISCLOSURE STATEMENT, IN RESPONSE TO
                                     OBJECTIONS (1.0); CONFERENCE CALL WITH
                                     R. GRAY, A. RAVIN, AND S.BUSEY RE:
                                     OBJECTIONS (.3).

BRISTOR KM      07/26/06      0.50   REVIEW DISCLOSURE STATEMENT (1.5).

FELD SR         07/26/06      3.50   ANALYZE ISSUES IN ACE INSURANCE
                                     OBJECTION TO DISCLOSURE STATEMENT
                                     (3.3); TELECONFERENCE WITH D. BITTER
                                     RE: ACE'S OBJECTION (.2).

GRAY RW         07/26/06      4.90   CONF CALL WITH K. LOGAN RE:
                                     CLASSIFICATION OF CLAIMS AND VOTING
                                     ISSUES (0.4); CONFERENCE WITH A. RAVIN
                                     TO REVIEW DISCLOSURE STATEMENT
                                     OBJECTIONS (1.0); CONF CALL WITH J.
                                     BAKER, S. BUSEY AND A. RAVIN RE:
                                     DISCLOSURE STATEMENT OBJECTIONS AND
                                     RELATED MATTERS (0.3); EXCHANGE EMAILS
                                     WITH S. FELD RE: ACE ISSUES (0.1);
                                     EXCHANGE EMAILS WITH A. RAVIN RE:
                                     LANGUAGE TO ADDRESS UNARCO OBJECTION
                                     (0.1); REVIEW AND RESPOND TO MEMORANDUM
                                     FROM A. RAVIN RE: SHAREHOLDER
                                     OBJECTIONS (0.1); EXCHANGE EMAILS WITH
                                     A. RAVIN RE: LIQUIDATION ANALYSIS
                                     ISSUES (0.1); TELECONFERENCE WITH B.
                                     PORTER AND M. BARR RE: EXCULPATION ISSUE
                                     (0.1); REVISE BALLOTS TO ADDRESS B.
                                     PORTER ISSUE (0.3); DRAFT MEMORANDUM TO
                                     L. APPEL ET AL. RE: BALLOT CHANGES TO
                                     ADDRESS EXCULPATION ISSUE (0.2);
                                     EXCHANGE EMAILS WITH L. APPEL RE: BALLOT
                                     ALTERNATIVES (0.1); REVISE BALLOTS AND
                                     RECIRCULATE (0.1); DRAFT MEMORANDUM TO
                                     TERRANOVA COUNSEL RE: RESPONSE TO
                                     OBJECTIONS TO SOLICITATION MOTION
                                     (0.8); TELECONFERENCE WITH S. BUSEY RE:
                                     PLAIN LANGUAGE RELEASE (0.1); REVIEW
                                     BALLOT ACCORDINGLY (0.2); DRAFT
                                     MEMORANDUM TO L. APPEL ET AL. RE: SAME
                                     (0.1); REVIEW HENRICO COUNTY OBJECTION
                                     (0.1); DRAFT MEMORANDUM TO M. BARR RE:
                                     REVISED BALLOTS (0.1); DRAFT MEMORANDUM
                                     TO TERRANOVA COUNSEL RE: DISCLOSURE
                                     STATEMENT OBJECTION (0.4); REVIEW AND
                                     RESPOND TO MEMORANDUM FROM K. LOGAN RE:
                                     CLASS 2 CLAIMANTS (0.1); REVIEW
                                     COMMENTS FROM K. LOGAN RE: REDUCTION
                                     FORM (0.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HANDLER CB | 07/26/06 | 1.90 | PRECEDENT GATHERING FOR FORM OF DISCLOSURE FOR TRUST (1.5); DISCLOSURE RESEARCH RE: REG AND GRANTOR TRUST STATUS (.4). |
| LAMAINA KA | 07/26/06 | 1.50 | MEMORANDA TO S. FELD ON HOW TO RESOLVE QUICKLY OBJECTION RE ACE (.9); REVIEW OBJECTION AND RELATED DOCUMENTS BY INSURANCE COMPANY (.6). |
| RAVIN AS | 07/26/06 | 8.50 | REVIEW AND ANALYZE DISCLOSURE STATEMENT OBJECTIONS (2.4) DRAFT REVISED DISCLOSURE STATEMENT LANGUAGE TO ADDRESS SAME (2.4); DRAFT MEMORANDUM TO R. GRAY RE: UNARCO OBJECTION (.2); REVIEW MEMORANDA FROM L. APPEL AND R. GRAY RE: COMMON STOCK RESERVE (.1); REVIEW MEMORANDA FROM R. GRAY AND S. FELD RE: ACE COMPANIES OBJECTION (.1); REVIEW MEMORANDA FROM AND DRAFT MEMORANDA TO R. BARUSCH RE: TRANSFER RESTRICTIONS AND REG RIGHTS (.2); DRAFT CORRESPONDENCE TO F. HUFFARD AND M. DUSSINGER RE: IRS OBJECTION (.1); DRAFT MEMORANDUM TO R. BARUSCH RE: TRANSFER RESTRICTIONS (.2); REVIEW CASH TAX SUMMARY RECEIVED FROM DELOITTE (.2); REVIEW LETTERS FROM B. EVANS AND D. RICHARDS RE: OBJECTIONS TO DISCLOSURE STATEMENT, DRAFT RESPONSES TO SAME (.3); TELEPHONE CONFERENCE WITH A. RESHTICK RE: TRANSFER RESTRICTION LANGUAGE (.1); REVIEW OPEN ISSUES LIST PREPARED BY L. APPEL AND D& O INSURANCE PRESENTATION (.2); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO J. CASTLE RE: OBJECTIONS TO DISCLOSURE STATEMENT, REVIEW CORRESPONDENCE FROM S. BUSEY RE: SAME (.1); REVIEW CORRESPONDENCE FROM R. GRAY RE: TERRANOVA OBJECTION TO SOLICITATION PROCEDURES MOTION (.1); TELEPHONE CONFERENCE WITH J. BAKER, R. GRAY AND S. BUSEY RE: OPEN DISCLOSURE STATEMENT ISSUES (.3); CONFERENCE WITH R. GRAY RE: ANALYSIS OF AND STRATEGY FOR ADDRESSING DISCLOSURE STATEMENT OBJECTIONS (1.0); TELEPHONE CONFERENCE WITH J. O'CONNELL RE: TAX CLAIMS (.1); DRAFT MEMORANDUM TO S. HENRY RE: SUB CON ISSUES RELATED TO DISCLOSURE STATEMENT OBJECTIONS (.2); DRAFT MEMORANDUM TO S. KAROL AND B. GASTON RE: CURE CLAIM ESTIMATES RE: TERRANOVA OBJECTION (.2). |
| SAMBUR K | 07/26/06 | 1.20 | UPDATED DISCLOSURE STATEMENT OBJECTION CHART (1.2). |

| | | | |
|---|---|---|---|
| TURETSKY DM | 07/26/06 | 0.20 | TELECONFERENCE WITH, AND E-MAIL TO, J. HOROWITZ RE: INQUIRY CONCERNING DISCLOSURE STATEMENT (0.1); REVIEW SHAREHOLDER OBJECTIONS TO DISCLOSURE STATEMENT (0.1). |
| BAKER DJ | 07/27/06 | 2.60 | BEGIN REVIEW OF OBJECTION TO DISCLOSURE STATEMENT FILED BY U.S. TRUSTEE (.8); CONTINUE REVIEW OF OBJECTION FILED BY THE IRS (.6); REVIEW EMAIL TO COUNSEL FOR TARRAMAR WITH RESPECT TO OBJECTION TO DISCLOSURE STATEMENT (.2); CONTINUE REVIEW OF LATEST REVISIONS TO DISCLOSURE STATEMENT, IN RESPONSE TO OBJECTIONS FILED TO DISCLOSURE STATEMENT (1.0). |
| HENRY S | 07/27/06 | 2.60 | CALL WITH COMPANY RE DISCLOSURE STATEMENT OBJECTIONS (1.3); CALL WITH M. COMERFORD RE SAME (.1); CALL WITH M. BARR AND M. COMERFORD RE SAME (.2); EMAIL TO S. BURIAN RE SAME (.2); DRAFT REVISED INSERT TO RESOLVE OBJECTIONS (.8). |
| WEISS RJ | 07/27/06 | 1.90 | REVIEW STOCK RESERVE TRUST (1.7); TELECONFERENCE WITH R. GRAY RE: SAME (.2). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW          07/27/06          6.40    TELECONFERENCE WITH K. LOGAN RE:
                                           FLORIDA TAX COLLECTORS VOTE (0.1);
                                           REVIEW UST OBJECTION (0.2);
                                           TELECONFERENCE WITH K. LOGAN RE: VOTING
                                           REPORTS (0.2); CONF CALL WITH PROPERTY
                                           TAX TEAM RE: DISCLOSURE STATEMENT
                                           OBJECTIONS BY TAXING AUTHORITIES (0.3);
                                           DRAFT MEMORANDUM TO B. PORTER RE:
                                           REVISED BALLOT (0.1); REVIEW AND
                                           RESPOND TO MEMORANDUM FROM A. RAVIN RE:
                                           LIQUIDATION ANALYSIS (0.1); REVISE
                                           VISAGENT LANGUAGE FOR DISCLOSURE
                                           STATEMENT (0.2); REVIEW AND RESPOND TO
                                           MEMORANDUM FROM B. PORTER RE:
                                           SOLICITATION LETTER (0.1); REVIEW AND
                                           RESPOND TO MEMORANDUM FROM A. RAVIN RE:
                                           LOUISIANA OBJECTION (0.1); REVISE
                                           MEMORANDUM TO TERRANOVA COUNSEL RE:
                                           OBJECTIONS (0.2); DRAFT MEMORANDUM TO
                                           M. KELLEY RE: E&A OBJECTION TO
                                           SOLICITATION PROCEDURES ORDER (0.6);
                                           REVIEW MEMORANDUM FROM J. LAMMERT RE:
                                           TAX OBJECTIONS AND DRAFT MEMORANDUM TO
                                           A. RAVIN RE: POSSIBLE PLAN AMENDMENT TO
                                           OBTAIN FLEXIBILITY (0.2); CHECK DOCKET
                                           FOR FILINGS BY HAMILTON AND HENRICO RE:
                                           SALE ORDERS (0.1); REVIEW ORDERS TO
                                           CHECK ALLEGATIONS BY COUNTIES (0.1);
                                           REVIEW AND COMMENT ON DISCLOSURE
                                           STATEMENT INSERT RE: LITIGATION
                                           RECOVERIES (0.2); REVIEW DRAFT VOTING
                                           REPORT FOR CLASS 13 AND PROVIDE COMMENTS
                                           (0.9); REVIEW VOTING ISSUE RE: FLORIDA
                                           PROOF OF CLAIM (0.2); REVIEW PROPOSED
                                           FIX FOR PRUDENTIAL OBJECTION (0.1);
                                           REVIEW AND RESPOND TO MEMORANDUM FROM J.
                                           LEAMY RE: VOTING RIGHT ON REJECTION
                                           CLAIM (0.1); DRAFT BALLOT AND NOTICE
                                           INSERTS RE: UNSECURED CLAIM CLASS
                                           ISSUES (2.3).

HANDLER CB       07/27/06          5.50    COMMENTS TO DISCLOSURE STATEMENT
                                           REGARDING TRUST (5.5).

| | | | |
|---|---|---|---|
| RAVIN AS | 07/27/06 | 10.50 | REVIEW CORRESPONDENCE FROM AND DRAFT RESPONSES TO S. BOX, W. EVANS AND N. GONZALES RE: DISCLOSURE STATEMENT OBJECTIONS (.3); DRAFT REVISED DISCLOSURE STATEMENT LANGUAGE TO ADDRESS VISAGENT OBJECTION (.4); TELEPHONE CONFERENCE WITH D. HANSEN RE: LA DEPT OF REVENUE OBJECTION TO DISCLOSURE STATEMENT (.2); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO J. O'CONNELL RE: REORG VALUE LANGUAGE REVISION FOR DISCLOSURE STATEMENT, REVIEW AND REVISE DISCLOSURE STATEMENT RE: SAME (.1); REVIEW AND ANALYZE OBJECTIONS TO DISCLOSURE STATEMENT (3.6); REVIEW AND REVISE DISCLOSURE STATEMENT IN EFFORT TO ADDRESS OBJECTIONS (4.2); DRAFT MEMORANDA TO AND REVIEW MEMORANDA FROM R. GRAY RE: LA DEPT OF REVENUE AND VISAGENT OBJECTIONS (.3); UPDATE DISCLOSURE STATEMENT OBJECTION STATUS CHART (.4); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO M. DUSSINGER AND H. ETLIN RE: LIQUIDATION ANALYSIS IN CONNECTION WITH ADDRESSING IRS DISCLOSURE STATEMENT CONCERNS (.1); DRAFT  TO K. DAW AND J. LAMMERT RE: TAX OBJECTIONS TO DISCLOSURE STATEMENT (.3); TELEPHONE CONFERENCE WITH B. GASTON RE: TERRANOVA (.3); TELEPHONE CONFERENCE WITH J. O'CONNELL AND J. KAUFFMAN RE: IRS DISCLOSURE STATEMENT OBJECTION (.1); TELEPHONE CONFERENCE WITH M. BYRUM RE: IRS OBJECTION (.1); TELEPHONE CONFERENCE WITH A. FRISCH RE: PRUDENTIAL OBJECTION (.1). |
| RESHTICK AA | 07/27/06 | 3.80 | ANALYZE ISSUES RELATED TO THE TAX TREATMENT OF THE COMMON STOCK RESERVE AND THE TRANSFER RESTRICTIONS (3.8). |
| TURETSKY DM | 07/27/06 | 3.80 | REVIEW U.S. TRUSTEE'S OBJECTION TO DISCLOSURE STATEMENT (0.5); FURTHER RESEARCH RE: RELEASES IN CONNECTION WITH ISSUES RAISED BY U.S. TRUSTEE OBJECTION TO DISCLOSURE STATEMENT (3.3). |

| | | | |
|---|---|---|---|
| BAKER DJ | 07/28/06 | 4.20 | FURTHER REVIEW OF OBJECTION TO DISCLOSURE STATEMENT FILED BY U.S. TRUSTEE (.5); CONTINUE REVIEW OF OBJECTION FILED TO DISCLOSURE STATEMENT BY IRS (.4); REVIEW LANDLORD OBJECTIONS TO DISCLOSURE STATEMENT (.7); REVIEW PROPOSED CHANGES TO DISCLOSURE STATEMENT WITH RESPECT TO DISCUSSION OF SUBSTANTIVE CONSOLIDATION (.3); REVIEW PROPOSED CHANGES TO DISCLOSURE STATEMENT WITH RESPECT TO TAX ISSUES (.4); REVIEW PROPOSED CHANGES TO DISCLOSURE STATEMENT WITH RESPECT TO OBJECTIONS RAISED BY VISAGENT (.3); CONTINUE REVIEW OF DISCLOSURE STATEMENT DOCUMENT AND EXHIBITS (.3); CONFERENCE CALL WITH COMPANY, S. HENRY, R. GRAY, A. RAVIN, S. BUSEY RE: RESPONSES TO OBJECTIONS (1.3). |
| HENRY S | 07/28/06 | 6.00 | DRAFT INSERT TO DISCLOSURE STATEMENT AS IT RELATES TO SUB CON ISSUES (4.7); CONFERENCE CALLS WITH COMPANY, ADVISORS, R. GRAY AND A. RAVIN RE RESPONSES TO DISCLOSURE STATEMENT OBJECTIONS (1.3). |
| FELD SR | 07/28/06 | 0.80 | TELECONFERENCE WITH M. REED RE: ACE'S OBJECTION TO DISCLOSURE STATEMENT (.2); TELECONFERENCE WITH W. SIMULAK RE: ACE'S OBJECTION TO DISCLOSURE STATEMENT (.2); EMAILS TO M. REED AND W. SIMKULAK RE: ACE'S OBJECTION (.4). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW          07/28/06          4.20   CONF CALL WITH L. APPEL, M. BYRUM, S.
                                          KAROL, J. BAKER, S. BUSEY, A. RAVIN, S.
                                          HENRY ET AL. RE: OBJECTIONS TO
                                          DISCLOSURE STATEMENT AND RELATED ISSUES
                                          (1.3); REVIEW AND RESPOND TO MEMORANDUM
                                          FROM A. RAVIN RE: UPDATING OF
                                          LIQUIDATION ANALYSIS (0.1); DRAFT
                                          MEMORANDUM TO B. FITZGERALD RE:
                                          RESOLVING FLORIDA TAXING AUTHORITIES
                                          OBJECTION TO SOLICITATION PROCEDURES
                                          (0.7); REVIEW AND COMMENT ON DISCLOSURE
                                          STATEMENT INSERT RE: ASSET VALUES
                                          (0.2); REVIEW AND PROVIDE COMMENTS ON
                                          VOTING REPORTS FOR CLASSES 13, 14, 15
                                          AND 16 (0.7); REVIEW AND COMMENT ON
                                          INSERT FOR SECURED TAX CLAIM ISSUES
                                          (0.1); EMAIL EXCHANGE WITH J. LAMMERT
                                          RE: SAME (0.1); TELECONFERENCE WITH A.
                                          RAVIN AND J. LAMMERT RE: SAME (0.1);
                                          REVIEW AND COMMENT ON AVOIDANCE ACTION
                                          INSERT (0.1); REVIEW AND COMMENT ON
                                          MEMORANDUM TO WEINACKERS RE: DISCLOSURE
                                          STATEMENT OBJECTION (0.1); REVIEW AND
                                          COMMENT ON DISCLOSURE STATEMENT RIDER
                                          RE: TAX ISSUES (0.1); DRAFT MEMORANDUM
                                          TO R. KESTENBAUM RE: TAX LANGUAGE (0.1);
                                          DRAFT MEMORANDUM TO KENTUCKY ATTORNEY
                                          RE: SOLICITATION PROCEDURES OBJECTION
                                          (0.2); REVIEW MEMORANDUM FROM ACE
                                          ATTORNEY AND DRAFT MEMORANDUM TO S. FELD
                                          RE: SAME (0.1); REVIEW SUB CON INSERT
                                          FOR DISCLOSURE STATEMENT (0.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAVIN AS           07/28/06       10.70   REVIEW MULTIPLE CORRESPONDENCE FROM AND
                                          DRAFT MULTIPLE CORRESPONDENCE TO S.
                                          KAROL RE: LIQUIDATION ANALYSIS (.2);
                                          REVIEW VALUATION RECEIVED FROM
                                          BLACKSTONE (.2); REVIEW AND ANALYZE IRS
                                          OBJECTION AND UST OBJECTION IN
                                          PREPARATION FOR CALL WITH COMPANY,
                                          PREPARE AGENDA RE: SAME (.6); TELEPHONE
                                          CONFERENCE WITH L. APPEL, S. KAROL J.
                                          BAKER, S. HENRY, R. GRAY, S. BUSEY, M.
                                          BYRUM AND J. KAUFMAN RE: UST AND IRS
                                          OBJECTIONS TO DISCLOSURE STATEMENT AND
                                          FOLLOW UP TELEPHONE CONFERENCE WITH L.
                                          APPEL, J. BAKER, S. HENRY, R. GRAY, AND
                                          S. BUSEY RE: VISAGENT AND D&O TAIL
                                          (1.3); TELEPHONE CONFERENCE WITH DR.
                                          GULATI RE: LANDLORD INQUIRY RE:
                                          DISCLOSURE STATEMENT (.3); DRAFT
                                          CORRESPONDENCE TO C. NASS RE: UPDATING
                                          OF STORE CHART IN DISCLOSURE STATEMENT
                                          (.2); TELEPHONE CONFERENCE WITH B.
                                          FRIEDMAN RE: WEINACKERS' OBJECTION TO
                                          DISCLOSURE STATEMENT (.2); DRAFT
                                          CORRESPONDENCE TO AND REVIEW
                                          CORRESPONDENCE FROM B. FRIEDMAN RE:
                                          WEINACKERS' OBJECTION TO DISCLOSURE
                                          STATEMENT (.3); TELEPHONE CONFERENCE
                                          WITH J. LAMMERT RE: TAX DISCLOSURES
                                          (.1); TELEPHONE CONFERENCE WITH S.
                                          BUSEY RE: VISAGENT OBJECTION (.1);
                                          DRAFT CORRESPONDENCE TO P. HARDEN RE:
                                          PROPOSED LANGUAGE TO RESOLVE VISAGENT
                                          OBJECTION (.2); TELEPHONE CONFERENCE
                                          WITH J. LAMMERT AND R. GRAY RE: TAX CLAIM
                                          DISCLOSURE ISSUES (.1); REVIEW AND
                                          REVISE DISCLOSURE STATEMENT IN EFFORT
                                          TO RESOLVE FORMAL AND INFORMAL
                                          OBJECTIONS (6.2); REVIEW MEMORANDA AND
                                          PROPOSED LANGUAGE FROM A. RESHTICK, R.
                                          BARUSCH, R. WEISS, R. GRAY AND A.
                                          SALDANA RE: TREATMENT OF THE COMMON
                                          STOCK RESERVE FOR TAX PURPOSES (.3);
                                          REVIEW MEMORANDUM FROM R. GRAY RE:
                                          INQUIRY FROM PRIME SHARES, REVIEW
                                          CORRESPONDENCE FROM J. O'CONNELL RE:
                                          SAME, CONFERENCE WITH J. O'CONNELL RE:
                                          PROJECTIONS (.1); DRAFT MEMORANDA TO
                                          AND REVIEW MEMORANDA FROM S. FELD AND S.
                                          HENRY RE: ACE COMPANIES OBJECTION,
                                          REVIEW CORRESPONDENCE FROM S. FELD TO M.
                                          REED RE: SAME, REVIEW CORRESPONDENCE
                                          FROM M. REED RE: SAME (.1); REVIEW
                                          MEMORANDA FROM AND DRAFT MEMORANDA TO R.
                                          GRAY RE TERRANOVA OBJECTION (.1);
                                          REVIEW CORRESPONDENCE FROM R. GRAY RE:
                                          WINN-DIXIE / KENTUCKY OBJECTION TO
                                          SOLICITATION PROCEDURES MOTION (.1).

RESHTICK AA        07/28/06        3.10    ANALYZE ISSUES RELATED TO THE TAX
                                           TREATMENT OF THE COMMON STOCK RESERVE
                                           AND THE TRANSFER RESTRICTIONS(3.1).

TURETSKY DM        07/28/06        4.60    RESEARCH RE: RELEASE ISSUES RAISED BY
                                           U.S. TRUSTEE IN DISCLOSURE STATEMENT
                                           OBJECTION (1.4); DRAFT MEMORANDUM TO L.
                                           APPEL, J. CASTLE, S. BUSEY, J. BAKER, R.
                                           GRAY AND A. RAVIN RE: RELEASE ISSUES
                                           RAISED BY U.S. TRUSTEE DISCLOSURE
                                           STATEMENT OBJECTION (3.2).

GRAY RW            07/29/06        2.40    DRAFT VARIOUS INSERTS TO DISCLOSURE
                                           STATEMENT TO ADDRESS PLAN-RELATED
                                           OBJECTIONS (0.9); DRAFT MEMORANDUM TO
                                           S. KAROL RE: MAINTAINING NUMBER FOR
                                           CLASS 16 ESTIMATE (0.1); REVIEW EMAILS
                                           FROM L. APPEL AND S. HENRY RE: SUB CON
                                           INSERT AND DRAFT EMAIL TO S. BUSEY RE:
                                           SAME (0.1); REVIEW AND COMMENT ON
                                           VARIOUS INSERTS TO DISCLOSURE STATEMENT
                                           FROM A. RAVIN (0.6); REVIEW AND COMMENT
                                           ON TAX INSERT (0.2); REVIEW COMMITTEE
                                           MEMBER EXPENSE DETAIL FOR SUB CON
                                           COMPROMISE (0.4); DRAFT MEMORANDUM TO
                                           M. BARR RE: ADDITIONAL INFORMATION
                                           NEEDED FOR DISCLOSURE STATEMENT (0.1).

LEAMY JM           07/29/06        0.50    RESEARCH ITEMS RE: EXECUTORY CONTRACTS
                                           FOR DISCLOSURE STATEMENT (.3); REVIEW
                                           PROPOSED LANGUAGE RE: UTILITY CONTRACTS
                                           (.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAVIN AS        07/29/06     7.40   REVIEW SUB CON MATERIALS INCLUDING
                                    REVISIONS TO BASE CASE ANALYSIS
                                    FORWARDED BY HOULIHAN (.1); TELEPHONE
                                    CONFERENCE WITH J. O'CONNELL RE:
                                    ADDITIONAL LANGUAGE FOR NOTES TO
                                    PROJECTIONS (.1); REVIEW MEMORANDUM
                                    FROM R. GRAY RE: IRS HIGHWAY UNSECURED
                                    CLAIM (.1); REVIEW MEMORANDUM FROM R.
                                    GRAY RE: CLAIM ESTIMATE CHART, DRAFT
                                    CORRESPONDENCE TO S. KAROL RE: SAME,
                                    CONFERENCE WITH R. GRAY RE: SAME (.2);
                                    DRAFT CORRESPONDENCE TO J. POST AND L.
                                    MCKNIGHT RE: RESPONSE TO RODNEY BUTLER
                                    OBJECTION (.1); REVIEW AND REVISE
                                    OBJECTION STATUS CHART (.6); REVIEW
                                    CORRESPONDENCE FROM L. APPEL RE: SUB CON
                                    LANGUAGE (.1); DRAFT MEMORANDA TO C.
                                    JACKSON RE: PROPOSED REVISIONS TO
                                    DISCLOSURE STATEMENT (.2); REVIEW AND
                                    REVISE DISCLOSURE STATEMENT TO ADDRESS
                                    FORMAL AND INFORMAL OBJECTIONS AND
                                    DISCUSSIONS WITH CREDITORS COMMITTEE
                                    (5.0); DRAFT MEMORANDUM TO J. POST RE:
                                    REQUEST FOR UPDATE TO DISCLOSURE
                                    STATEMENT LANGUAGE RE: LITIGATION
                                    SETTLEMENTS (.1); DRAFT CORRESPONDENCE
                                    TO D. BRANCH AND A. FRISCH RE:
                                    PRUDENTIAL OBJECTION (.5); REVIEW AND
                                    ANALYZE MEMORANDA FROM R. BARUSCH, A.
                                    RESHTICK AND R. GRAY RE: COMMON STOCK
                                    RESERVE (.3).

TURETSKY DM     07/29/06     5.60   DRAFT RELEASE AND EXCULPATION LANGUAGE
                                    FOR DISCLOSURE STATEMENT (4.5);
                                    RESEARCH RE: RELEASE ISSUES IN
                                    CONNECTION WITH DISCLOSURE STATEMENT
                                    (0.8); E-MAIL TO J. BAKER RE: RELEASE
                                    LANGUAGE FOR DISCLOSURE STATEMENT
                                    (0.1); E-MAILS TO R. GRAY AND A. RAVIN
                                    RE: DISCLOSURE STATEMENT LANGUAGE
                                    (0.2).

WEISS RJ        07/30/06     1.50   EXAMINE PLAN AND PROPOSED AMENDMENTS
                                    RE: U.S. TRUSTEE TAX LIABILITY AND
                                    BENEFICIARY TRANSFEREE LIABILITY
                                    (1.5).

FELD SR         07/30/06     2.20   DRAFT DISCLOSURE STATEMENT SECTION RE:
                                    SURETY CREDIT FACILITY (.8); REVIEW
                                    REVISED DISCLOSURE STATEMENT AND PLAN
                                    (1.4).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GRAY RW | 07/30/06 | 5.50 | REVIEW AND RESPOND TO MEMORANDUM FROM M. COMERFORD RE: SUB CON FEES (0.1); REVISE SOLICITATION FORMS AND DRAFT MEMORANDUM TO SKADDEN, SH&B AND MILBANK TEAMS RE: REVISIONS AND PROPOSAL FOR DEALING WITH UNSECURED CLAIM CLASS DISPUTES (0.7); REVIEW AND COMMENT ON REVISED DISCLOSURE STATEMENT (2.8); DRAFT INSERTS FOR DISCLOSURE STATEMENT RE: CLASSIFICATION AND VOTING ISSUES (0.9); REVIEW AND COMMENT ON FURTHER REVISED DISCLOSURE STATEMENT (0.8); REVIEW REVISED TAX INSERT (0.2). |
| RAVIN AS | 07/30/06 | 14.20 | REVIEW MULTIPLE MEMORANDA FROM R. GRAY, A. SALDANA AND R. BARUSCH RE: REGISTRATION RIGHTS AGREEMENT LANGUAGE, INCORPORATE SAME INTO DISCLOSURE STATEMENT (.3); REVIEW CORRESPONDENCE FROM R. GRAY, M. BARR AND M. COMMERFORD RE: SUB CON FEES AND EXPENSES (.1); REVIEW AND REVISE DISCLOSURE STATEMENT TO ADDRESS FORMAL AND INFORMAL OBJECTIONS AND DISCUSSIONS WITH CREDITORS COMMITTEE (11.1); REVIEW AND REVISE OBJECTION RESOLUTION STATUS CHART (1.5); REVIEW MEMORANDA FROM A. RESHTICK AND R. GRAY RE: ISSUES RELATED TO COMMON STOCK RESERVE (.2); REVIEW REVISED LANGUAGE FROM J. O'CONNELL RE: NOTES TO PROJECTIONS, REVIEW AND REVISE DISCLOSURE STATEMENT RE: SAME (.3); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM M. BARR RE: REVISIONS TO DISCLOSURE STATEMENT (.2); DRAFT CORRESPONDENCE TO L. APPEL AND J. CASTLE RE: REVISIONS TO DISCLOSURE STATEMENT (.2); DRAFT MULTIPLE CORRESPONDENCE TO C. JACKSON RE: QUESTIONS ON DISCLOSURE STATEMENT (.3). |
| TURETSKY DM | 07/30/06 | 4.00 | FURTHER RESEARCH RE: RELEASE ISSUES IN CONNECTION WITH DISCLOSURE STATEMENT (3.3); FURTHER REVISE DISCLOSURE STATEMENT RELEASE LANGUAGE (0.7). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| BAKER DJ | 07/31/06 | 4.80 | CONFERENCE CALL L. APPEL, AND S. BUSEY ET AL RE: DISCLOSURE STATEMENT CHANGES (.4); CONFERENCE CALL WITH M. BARR, L. APPEL AND S. BUSEY RE: DISCLOSURE STATEMENT CHANGES (.5); REVIEW REVISIONS TO DISCLOSURE STATEMENT (.7); FURTHER TELECONFERENCE WITH M. BARR ET AL RE: DISCLOSURE STATEMENT ISSUES (.5); CONFERENCE CALL WITH M. BARR, L. APPEL AND S. BUSEY RE: COMMENTS OF CREDITORS COMMITTEE TO DISCLOSURE STATEMENT (.4); REVIEW COMMENTS OF COMMITTEE TO DISCLOSURE STATEMENT (.6); ALL HANDS CALL RE: FURTHER CHANGES TO DISCLOSURE STATEMENT (1.0); REVISE LANGUAGE AND DISCLOSURE STATEMENT RELATING TO CONTRACT ISSUES (.7). |
| --- | --- | --- | --- |
| BRISTOR KM | 07/31/06 | 1.50 | REVIEW DISCLOSURE STATEMENT. |
| HENRY S | 07/31/06 | 3.40 | CONFERENCE CALL WITH DISCLOSURE STATEMENT TEAM AND CREDITORS COMMITTEE REPRESENTATIVES RE: RESPONSES TO DISCLOSURE STATEMENT OBJECTIONS (1.0); DRAFT RESPONSES TO FIVE OBJECTORS (1.2); TELECONFERENCE WITH M. COMERFORD (.1) 2ND TELECONFERENCE WITH M. COMERFORD RE OBJECTIONS (.1); REVISE CHART (.7); REVIEW INSERT (.3). |
| WEISS RJ | 07/31/06 | 0.30 | CONFERENCE HANDLER/AVI RE: PLAN AND TRUST AND TAX ISSUES (.3). |
| FELD SR | 07/31/06 | 6.80 | REVIEW REVISED DISCLOSURE STATEMENT AND PLAN (3.4); TEL. CONFS. WITH W. SIMKULAK RE: ACE OBJECTION (.5); TEL. CONFS. WITH D. BITTER RE: ACE'S OBJECTION (.7); EMAILS TO D. BITTER AND M. REED RE: ACE'S POLICIES (.3); REVIEW ACE'S POLICIES (.7); CONFERENCE CALL WITH D. BITTER AND B. KICHLER RE: ACE'S OBJECTION (.3); REVISE DISCLOSURE STATEMENT INSERT RE: SURETY CREDIT FACILITY (.9). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW              07/31/06        5.70   REVIEW MEMORANDUM FROM C. JACKSON RE:
                                            PAYMENT OF CURE AND TELECONFERENCE WITH
                                            A. RAVIN RE: SAME (0.1); TELECONFERENCE
                                            WITH K. LOGAN RE: VOTING ISSUES (0.3);
                                            FURTHER REVIEW AND COMMENT ON VOTING
                                            REPORTS FOR CLASSES 13 AND 16 (1.2);
                                            TELECONFERENCE WITH J. O'CONNELL AND A.
                                            RAVIN RE: ADMINISTRATIVE CLAIM NUMBERS
                                            (0.2); DRAFT LANGUAGE FOR DISCLOSURE
                                            STATEMENT TO ADDRESS ISSUE (0.3);
                                            REVIEW AND COMMENT ON DISCLOSURE
                                            STATEMENT APPROVAL ORDER (0.1); REVIEW
                                            AND COMMENT ON NOTICE OF CHANGES TO
                                            DISCLOSURE STATEMENT (0.2); REVIEW AND
                                            COMMENT ON MEMORANDUM TO PRUDENTIAL
                                            COUNSEL (0.1); EXCHANGE EMAILS WITH S.
                                            KAROL RE: CLASS 16 ESTIMATE (0.1); DRAFT
                                            PROVISION FOR SOLICITATION ORDER RE:
                                            MSP/SRP VOTING AND MEMORANDUM TO J.
                                            MCCONNELL RE: SAME (0.3); DRAFT
                                            MEMORANDUM TO S. FELD AND S. HENRY RE:
                                            VOTING/NOTICE CATEGORIES FOR INSURANCE
                                            CLAIMS (0.1); REVIEW LIBERTY MUTUAL
                                            INSERT (0.1); DRAFT MEMORANDUM TO A.
                                            RAVIN RE: INSERTION OF COMMITMENT
                                            LETTER DESCRIPTION (0.1); REVIEW AND
                                            COMMENT ON INSERT (0.1); REVIEW AND
                                            COMMENT DISCLOSURE STATEMENT LANGUAGE
                                            RE: MANAGEMENT INCENTIVE PLAN (0.1);
                                            REVIEW AND COMMENT ON REVISED
                                            DISCLOSURE STATEMENT (0.9); CONF CALL
                                            WITH COMPANY AND ADVISORS RE: REVISED
                                            PLAN AND DISCLOSURE STATEMENT (.4);
                                            CONF CALL WITH L. APPEL, J. BAKER, S.
                                            BUSEY, M. BARR, S. HENRY, A. RAVIN, ET
                                            AL. RE: COMMITTEE COMMENTS ON PLAN
                                            (1.0).

GRAY RW / LAMAINA KA        07/31/06        0.30   REVIEW U.S. TRUSTEE OBJECTION TO
                                            DISCLOSURE STATEMENT (.3).

LEAMY JM             07/31/06        1.50   REVIEW REVISIONS TO PLAN AND DISCLOSURE
                                            STATEMENT AS OF JULY 31 (1.5).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAVIN AS          07/31/06       13.60    DRAFT CORRESPONDENCE TO K. LOGAN RE:
                                          REVISED DRAFTS OF PLAN AND DISCLOSURE
                                          STATEMENT, DRAFT MULTIPLE
                                          CORRESPONDENCE TO C. JACKSON RE:
                                          QUESTIONS RE: DISCLOSURE STATEMENT
                                          (.1); DRAFT NOTICE OF CHANGED PAGES
                                          (.5); DRAFT PROPOSED DISCLOSURE
                                          STATEMENT APPROVAL ORDER (.4); DRAFT
                                          MULTIPLE MEMORANDA TO R. GRAY RE:
                                          DISCLOSURE STATEMENT OBJECTIONS AND
                                          REVISIONS (.4); REVIEW HOLT DISCLOSURE
                                          STATEMENT OBJECTION LETTER, DRAFT
                                          RESPONSE, DRAFT CORRESPONDENCE TO M.
                                          BARR RE: SAME (.2); REVIEW AND REVISE
                                          DISCLOSURE STATEMENT RE: COMMENTS
                                          RECEIVED (7.2); TELEPHONE CONFERENCES
                                          WITH C. JACKSON RE: DISCLOSURE
                                          STATEMENT OPEN ITEMS (.2); DRAFT
                                          CORRESPONDENCE TO AND REVIEW
                                          CORRESPONDENCE FROM C. NASS, S. KAROL,
                                          C. JACKSON, A. RESHTICK, M. BYRUM, K.
                                          WARD RE: COMMENTS TO DISCLOSURE
                                          STATEMENT (.5); REVIEW AND REVISE SAME
                                          (.1); DRAFT CORRESPONDENCE TO AND
                                          REVIEW CORRESPONDENCE FROM M. HALEY RE:
                                          DISCLOSURE STATEMENT PRINTING, REVIEW
                                          CORRESPONDENCE FROM AND DRAFT
                                          CORRESPONDENCE TO J. DOGHERTY RE: SAME
                                          (.1); DRAFT CORRESPONDENCE TO B.
                                          FRIEDMAN RE: WEINACKER'S OBJECTION
                                          (.1); ALL HANDS CALL WITH COMPANY AND
                                          ADVISORS (J. BAKER, R. GRAY, F. HUFFARD,
                                          L. APPEL, JAY CASTLE) RE: COMMENTS TO
                                          REVISED PLAN AND DISCLOSURE STATEMENT
                                          (.4); TELEPHONE CONFERENCE WITH M.
                                          BARR, M. COMMERFORD, J. BAKER, S. HENRY,
                                          R. BARUSCH, R. GRAY, S. BUSEY, L. APPEL,
                                          AND J. CASTLE RE: OPEN DISCLOSURE
                                          STATEMENT ITEMS (1.0); TELEPHONE
                                          CONFERENCE WITH J. O'CONNELL RE:
                                          VALUATION SECTION (.1); REVIEW
                                          WEINACKER'S WITHDRAWAL OF DISCLOSURE
                                          STATEMENT OBJECTION, DRAFT
                                          CORRESPONDENCE TO L. APPEL RE: SAME,
                                          DRAFT CORRESPONDENCE TO B. FRIEDMAN RE:
                                          SAME (.2); REVIEW OBJECTION
                                          CORRESPONDENCE FROM D. RICHARDSON,
                                          DRAFT MEMORANDA TO AND C. JACKSON RE:
                                          SAME, REVIEW PRIOR CORRESPONDENCE RE:
                                          SAME (.2); TELEPHONE CONFERENCE WITH M.
                                          BARR, S. BUSEY, M. COMMERFORD, J. BAKER
                                          AND L. APPEL RE: COMMENTS TO PLAN AND
                                          DISCLOSURE STATEMENT (.5); TELEPHONE
                                          CONFERENCE WITH J. BAKER, L. APPEL, J.
                                          CASTLE AND S. BUSEY RE: SAME (.5); DRAFT
                                          CORRESPONDENCE TO D. QUAID RE: UNARCO
                                          DISCLOSURE STATEMENT OBJECTION (.2);

71

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

|  |  |  | DRAFT CORRESPONDENCE TO S. KAROL AND REVIEW CORRESPONDENCE FROM SAME RE: LIQUIDATION ANALYSIS (.1); TELEPHONE CONFERENCE WITH J. O'CONNELL AND R. GRAY RE: ADMIN CLAIM ESTIMATES (.2); REVIEW CORRESPONDENCE FROM S. FELD AND ACE INSURANCE RE: STATUS (.1); TELEPHONE CONFERENCE WITH J. O'CONNELL AND R. GRAY RE: CLAIMS ESTIMATES (.1); CONFERENCE WITH A. RESHTICK RE: TAX QUESTIONS RE: DISCLOSURE STATEMENT (.1); REVIEW CHANGES FROM WILMINTGTON TRUST (.1). |
|---|---|---|---|
| RESHTICK AA | 07/31/06 | 4.70 | REVISE TAX SECTION AND TAX RELATED PROVISIONS OF THE DISCLOSURE STATEMENT (4.7). |
| TURETSKY DM | 07/31/06 | 1.90 | CONFERENCE CALL WITH L. APPEL, J. CASTLE, A. RAVIN, S. BUSEY, R. GRAY, J. BAKER, B. KICHLER, J. JAMES, C. JACKSON RE: DISCLOSURE STATEMENT (0.5); CONFERENCE CALL WITH M. BARR, S. BUSEY, C. JACKSON, J. CASTLE, J. BAKER, A. RAVIN, R. GRAY RE: DISCLOSURE STATEMENT (1.0); FURTHER RELEASE/EXCULPATION ANALYSIS IN CONNECTION WITH DISCLOSURE STATEMENT (0.2); E-MAILS TO J. BAKER AND R. GRAY RE: RELEASES (0.2). |

**MATTER TOTAL**                         **273.70**

72

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**          Bill Date: 08/18/06
**Employee Matters (General)**             Bill Number: 1122978

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 07/06/06 | 0.30 | TELECONFERENCE WITH L. RODRIGUEZ RE: MSP/SRP INQUIRIES (.2); REVIEW MEMORANDA FROM D. DOGAN AND L. APPEL RE: MSP/SRP PLAN ISSUES (.1). |
| TURETSKY DM | 07/06/06 | 0.40 | ANALYSIS RE: RATIONALE FOR ASSUMING CERTAIN EMPLOYMENT-RELATED CONTRACTS (.2); E-MAIL TO E. LANE AND J. JAMES RE: RATIONALE FOR ASSUMING CERTAIN EMPLOYMENT-RELATED CONTRACTS (.2). |
| GRAY RW | 07/07/06 | 0.10 | REVIEW AND RESPOND TO MEMORANDUM FROM L. APPEL RE: WATSON WYATT REPORT (.1). |
| TURETSKY DM | 07/10/06 | 8.00 | CONTINUE DRAFTING MOTION TO REJECT CERTAIN EMPLOYEE RELATED CONTRACTS (3.4); E-MAIL TO R. GRAY RE: MOTION TO REJECT CERTAIN EMPLOYEE RELATED CONTRACTS (.1); DRAFT MOTION TO ASSUME CERTAIN EMPLOYEE RELATED CONTRACTS (4.5). |
| TURETSKY DM | 07/11/06 | 1.70 | CONTINUE DRAFTING OMNIBUS ASSUMPTION MOTION RE: CERTAIN EMPLOYEE CONTRACTS (1.6); E-MAIL TO R. GRAY RE: OMNIBUS ASSUMPTION MOTION RE: CERTAIN EMPLOYEE CONTRACTS (.1). |
| BAKER DJ | 07/17/06 | 0.90 | TELECONFERENCE WITH D. DOGAN WITH RESPECT TO EMPLOYEE BENEFIT ISSUES (.3); REVIEW DOCUMENTS WITH RESPECT TO BENEFIT ISSUES (.6). |
| TURETSKY DM | 07/17/06 | 0.40 | FURTHER RESEARCH AND ANALYSIS RE: CONTINGENT CASH ISSUES (.4). |
| OLSHAN R | 07/18/06 | 2.70 | FICA AND INCOME TAX ISSUES UNDER MSP AND SRP. |
| GRAY RW | 07/18/06 | 0.30 | REVIEW MEMORANDA FROM T. WILLIAMS, S. REISNER AND J. CASTLE RE: MSP/SRP TAX ISSUES (.2); DRAFT MEMORANDA TO K. BRISTOR, R. OLSHAN AND J. BAKER TO COORDINATE SKADDEN ASSISTANCE WITH SAME (.1). |

| | | | |
|---|---|---|---|
| TURETSKY DM | 07/18/06 | 6.80 | FURTHER REVISE REJECTION MOTION FOR EMPLOYMENT-RELATED CONTRACTS (2.7); FURTHER REVISE MOTION ASSUMPTION MOTION FOR EMPLOYMENT-RELATED CONTRACTS (1.5); FURTHER ANALYSIS RE: ISSUES CONCERNING CONTRACTS FOR INCLUSION ON EMPLOYMENT CONTRACT MOTIONS (0.4); RESEARCH AND ANALYSIS RE: ISSUES RAISED BY CLAIM FILED BY E. ZAHRA (1.7); MEMORANDUM TO L. APPEL, J. CASTLE, J. BAKER, R. GRAY, AND S. BUSEY RE: ISSUES RAISED BY CLAIM FILED BY E. ZAHRA (0.5). |
| BAKER DJ | 07/19/06 | 0.30 | REVIEW EMAIL FROM L. APPEL WITH RESPECT TO COMMITTEE COMMITTEE ACTION ON MBO ISSUES (.1); RESPOND TO EMAIL FROM L. APPEL WITH RESPECT TO MBO ISSUES (.1); TELECONFERENCE WITH R. GRAY AND M. BARR RE: SAME (.1). |
| GRAY RW | 07/19/06 | 0.30 | REVIEW COMMITTEE COUNTERPROPOSAL RE: LYNCH CONTRACT (.2); REVIEW EMAIL EXCHANGE BETWEEN J. BAKER AND S. BURIAN RE: SAME (.1). |
| TURETSKY DM | 07/19/06 | 0.90 | ANALYSIS RE: TREATMENT OF MSP AND SRP CLAIMS UNDER THE PLAN AND RELATED ISSUES RAISED BY J. CASTLE AND D. DOGAN (.1); E-MAIL TO R. GRAY RE: TREATMENT OF MSP AND SRP CLAIMS UNDER THE PLAN AND RELATED ISSUES RAISED BY J. CASTLE AND D. DOGAN (.1); FURTHER REVISE EMPLOYMENT-RELATED CONTRACT ASSUMPTION MOTION (0.3); FURTHER REVISE EMPLOYMENT-RELATED CONTRACT REJECTION MOTION (.4); E-MAIL TO J. JAMES AND B. KICHLER RE: EMPLOYMENT-RELATED CONTRACT ASSUMPTION AND REJECTION MOTIONS (.1). |

| | | | |
|---|---|---|---|
| GRAY RW | 07/20/06 | 3.30 | REVIEW MEMORANDUM FROM L. APPEL RE: MOBS AND TELECONFERENCE WITH J. BAKER RE: SAME (.1); TELECONFERENCE AND EMAILS WITH J. BAKER AND M. BARR RE: MOB CALL (.1); TELECONFERENCE WITH J. BAKER AND M. BARR RE: MOB ISSUE (.1); TELECONFERENCE WITH S. REISNER RE: DOL ISSUES (.2); REVIEW DOL AUDIT LETTER (0.1); DRAFT MEMORANDUM TO L. APPEL ET AL. RE: DOL SPECIAL BAR DATE (.3); REVIEW MEMORANDA FROM J. MCCONNELL AND L. APPEL RE: MSP ISSUES (.1); DRAFT RESPONSE TO ISSUES RAISED BY J. MCCONNELL (.4); REVISE RESPONSE AND FORWARD TO L. APPEL (.2); REVIEW MEMORANDA FROM J. CASTLE AND D. DOGAN RE: OBJECTION TO CONTINGENT CASH CLAIMS (.2); DRAFT PROPOSED RESPONSE TO CONTINGENT CASH CLAIMANTS (.6); DRAFT MEMORANDUM TO J. CASTLE AND D. DOGAN RE: ALTERNATIVE SUGGESTION ON HANDLING (.1); REVIEW MEMORANDUM FROM D. DOGAN AND PLACE CALLS TO M. SELLERS AND M. ISTRE (.1); REVIEW MEMORANDUM AND LIST FROM M. BYRUM RE: CONTINGENT CASH CLAIMS (.1); COMPARE PROOFS OF CLAIM ALREADY FILED WITH AMOUNTS ON LIST AND DRAFT MEMORANDUM TO M. BRYUM FOR CLARIFICATION (.3); FOLLOW UP EMAIL EXCHANGE WITH M. BYRUM RE: CONTINGENT CASH AMOUNTS (.1); DRAFT MEMORANDUM TO F. HUFFARD AND S. KAROL RE: CONTINGENT CASH AMOUNTS (.1); REVIEW MEMORANDA FROM J. CASTLE AND S. REISNER RE: MSP ISSUES CALL AND EXCHANGE EMAILS WITH S. REISNER RE: SAME (.1). |
| TURETSKY DM | 07/20/06 | 1.70 | FURTHER RESEARCH AND ANALYSIS RE: EMPLOYMENT CONTRACTS TO BE ASSUMED AND REJECTED (.5); E-MAIL TO R. GRAY RE: EMPLOYMENT CONTRACTS TO BE ASSUMED AND REJECTED (.1); REVIEW COMMITTEE COUNTER PROPOSAL TERM SHEET RE: LYNCH EMPLOYMENT CONTRACT (.3); E-MAIL TO D. DOGAN AND J. JAMES RE: TARGET DATE FOR FILING EMPLOYMENT CONTRACT ASSUMPTION AND REJECTION MOTIONS (.1); E-MAILS TO R. GRAY RE: COMMENTS TO MEMORANDUM TO J. MCCONNELL CONCERNING MSP CLAIMS (.3); FURTHER RESEARCH AND ANALYSIS RE: MSP ISSUES RAISED BY J. MCCONNELL IN INQUIRY TO L. APPEL (.4). |

| | | | |
|---|---|---|---|
| TURETSKY DM | 07/25/06 | 1.80 | DRAFT MEMORANDUM RE: IMPACT OF REJECTION IN CONNECTION WITH PREPARING COMMUNICATIONS WITH EMPLOYEES WITH REJECTED CONTRACTS (1.5); E-MAIL TO R. GRAY RE: IMPACT OF REJECTION IN CONNECTION WITH PREPARING COMMUNICATIONS WITH EMPLOYEES WITH REJECTED CONTRACTS (.1); E-MAIL TO L. APPEL, D. DOGAN, AND D. HENRY RE: IMPACT OF REJECTION IN CONNECTION WITH PREPARING COMMUNICATIONS WITH EMPLOYEES WITH REJECTED CONTRACTS (.2). |
| TURETSKY DM | 07/27/06 | 0.40 | REVIEW AND COMMENT RE: DRAFT LETTER TO EMPLOYEES WITH CONTRACTS TO BE REJECTED (0.3); E-MAIL TO M. FREITAG RE: COMMENTS TO DRAFT LETTER TO EMPLOYEES WITH CONTRACTS TO BE REJECTED (0.1). |

**MATTER TOTAL**          <u>**30.30**</u>

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                    Bill Date: 08/18/06
Executory Contracts (Personalty)                    Bill Number: 1122978

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 07/04/06 | 0.20 | DRAFT MEMORANDUM TO D. TURETSKY AND J. LEAMY RE: IBM PREFERENCE WAIVER ISSUE (.1); DRAFT MEMORANDA TO E. LANE AND S. FELD RE: UTILITY CONTRACTS (.1). |
| GRAY RW | 07/05/06 | 0.40 | EXCHANGE EMAILS WITH S. FELD AND E. LANE RE: UTILITY CONTRACTS (.1); DRAFT MEMORANDUM TO J. SMYTH RE: SCHREIBER TRADE LIEN OPT IN AND EXCHANGE EMAILS WITH D. YOUNG RE: SAME (.1); REVIEW AND PROVIDE COMMENTS ON MEMORANDUM TO CLIENT RE: IBM ISSUES (.1); EXCHANGE EMAILS WITH J. JAMES RE: INCOMM ASSUMPTION (.1). |
| LEAMY JM | 07/05/06 | 0.10 | EMAIL C. JACKSON RE: BALCO LEASES (.1). |
| TURETSKY DM | 07/05/06 | 8.10 | FURTHER REVIEW IBM CONTRACTS IN CONNECTION WITH EXHIBIT TO MOTION TO ASSUME IBM CONTRACTS (4.2); DRAFT EXHIBIT FOR MOTION TO ASSUME IBM CONTRACTS (2.7); DRAFT ISSUES MEMORANDUM IN CONNECTION WITH MOTION TO ASSUME IBM CONTRACTS (1.0); E-MAIL TO J. LEAMY, R. GRAY, J. JAMES, E. LANE, J. YOUNG, C. BOUCHER, G. CLIFTON, R. DUBNICK, J. RANNE RE: OPEN ISSUES IN CONNECTION WITH IBM ASSUMPTION MOTION (0.2). |
| GRAY RW | 07/06/06 | 1.80 | REVIEW E. LANE ASSUMPTION SCHEDULE (.2); DRAFT MEMORANDUM TO E. LANE RE: CLARIFICATION (.1); DRAFT MEMORANDUM TO J. LEAMY AND D. TURETSKY RE: SCHEDULE ISSUES (.1); TELECONFERENCE WITH D. TURETSKY RE: ASSUMPTION SCHEDULE ISSUES (.1); CONFERENCE CALL WITH J. JAMES, B. KICHLER, E. LANE, J. EDMONSON AND D. TURETSKY RE: CONTRACT ISSUES (.8); FOLLOW UP TELECONFERENCE WITH D. TURETSKY RE: SAME (.1); REVIEW AND COMMENT ON REVISED IBM MOTION (.2); REVIEW MEMORANDA FROM J. JAMES AND D. TURETSKY RE: IBM CONTRACT LISTING AND FOLLOW UP EMAIL EXCHANGE WITH D. TURETSKY (.2). |
| LEAMY JM | 07/06/06 | 0.60 | EMAIL E. LANE RE: IBM ASSUMPTION (.1); REVIEW CONTRACT ASSUMPTION LIST (.5). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| TURETSKY DM | 07/06/06 | 6.10 | FURTHER RESEARCH AND ANALYSIS IN CONNECTION WITH MOTION TO ASSUME IBM AGREEMENTS (2.7); PREPARE FOR CONFERENCE CALL RE: ANALYSIS IN CONNECTION WITH ASSUMPTION/REJECTION OF VARIOUS EXECUTORY CONTRACTS (.1); TELECONFERENCE WITH WITH J. EDMONSON, J. JAMES, R. GRAY, B. KICHLER, E. LANE RE: ANALYSIS IN CONNECTION WITH ASSUMPTION/REJECTION OF VARIOUS EXECUTORY CONTRACTS (.8); FOLLOW UP CALL WITH R. GRAY RE: ANALYSIS IN CONNECTION WITH ASSUMPTION/REJECTION OF VARIOUS EXECUTORY CONTRACTS (.1); FURTHER REVISE MOTION TO ASSUME IBM AGREEMENTS (1.7); E-MAILS TO R. GRAY RE: MOTION TO ASSUME IBM AGREEMENTS (.2); E-MAIL TO E. LANE RE: MOTION TO ASSUME IBM AGREEMENTS (.2); E-MAIL TO J. LEAMY, R. GRAY, J. JAMES, E. LANE, J. YOUNG, C. BOUCHER, G. CLIFTON, R. DUBNICK, J. RANNE RE: OPEN ISSUES IN CONNECTION WITH IBM ASSUMPTION MOTION (.3). |
| GRAY RW | 07/07/06 | 1.60 | REVIEW MEMORANDUM AND CONTRACT LISTS FROM E. LANE (.2); CONFERENCE CALL WITH J. JAMES, B. KICHLER, E. LANE, J. EDMONSON, J. LEAMY AND D. TURETSKY RE: CONTRACT ISSUES (1.1); REVIEW AND RESPOND TO MEMORANDUM FROM B. KICHLER RE: STATUS OF CF SAUER (.1); DRAFT MEMORANDUM TO D. TURETSKY RE: UTILITY AGREEMENTS (.1); DRAFT MEMORANDUM TO D. TURETSKY RE: UPDATING CONTRACT LISTS (.1). |
| LEAMY JM | 07/07/06 | 2.00 | REVIEW EXCEL SPREADSHEETS FROM E. LANE RE: CONTRACT ASSUMPTIONS/REJECTIONS (.6); CONFERENCE CALL WITH J. JAMES, B. KICHLER, E. LANE, J. EDMONSON, R. GRAY, D. TURETSKY RE: CONTRACT ASSUMPTION PROCESS (1.1); EMAIL L. BERKOFF RE: GE EQUIPMENT LEASES (.1); EMAIL D. HILLIS RE: TIP LEASES (.1); EMAIL J. LANDON RE: XEROX (.1). |
| TURETSKY DM | 07/07/06 | 2.20 | REVIEW AND IDENTIFY ISSUES WITH RESPECT TO CONTRACT ASSUMPTION AND REJECTION SPREADSHEETS PREPARED BY X-ROADS (1.1); TELECONFERENCE WITH J. JAMES, B. KICHLER, E. LANE, J. EDMONSON, R. GRAY AND J. LEAMY RE: ISSUES CONCERNING EXECUTORY CONTRACTS FOR ASSUMPTION AND REJECTION (1.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| EICHEL S | 07/10/06 | 0.20 | TELECONFERENCE WITH B. KICHLER RE: OUTSTANDING VENDOR ANALYSIS TO BE COMPLETED IN CONNECTION WITH REJECTION OF VENDOR CONTRACTS (.1); REVIEW EMAILS FROM S. MAILOUX RE: CLAIMS ANALYSIS OF SOUTHERN CLEANING (.1). |
|---|---|---|---|
| LEAMY JM | 07/10/06 | 0.40 | TELECONFERENCE WITH J. LANDON RE: XEROX CONTRACTS (.4). |
| TURETSKY DM | 07/10/06 | 1.40 | REVIEW AND ANALYSIS RE: EXECUTORY CONTRACT MASTER CHART PREPARED BY X-ROADS AND RELATED ISSUES (1.3); E-MAIL TO J. JAMES RE: EMPLOYMENT CONTRACT ANALYSIS CHART (.1). |
| GRAY RW | 07/11/06 | 0.20 | REVIEW AND RESPOND TO MEMORANDUM FROM R. RUBIO RE: ZUBI ASSUMPTION AGREEMENT (.2). |
| EICHEL S | 07/11/06 | 0.30 | ANALYZE ISSUES RE: CLAIMS OF CARDTRONICS, SOUTHEAST UNLOADING, LEXIS/NEXIS AND ZUBI (.2); DRAFT EMAIL TO B. CROCKER RE: CLAIMS INFORMATION RE: CARDTRONICS, SOUTHEAST UNLOADING, LEXIS/NEXIS AND ZUBI (.1). |
| LEAMY JM | 07/11/06 | 0.10 | EMAIL J. LANDON RE: XEROX CONTRACT. |
| TURETSKY DM | 07/11/06 | 1.10 | E-MAIL TO B. KICHLER RE: UTILITIES WITH EXECUTORY CONTRACTS (.2); REVIEW COMMENTS RECEIVED FROM IBM IN CONNECTION WITH IBM CONTRACT ASSUMPTION MOTION (.3); RESEARCH RE: ISSUES RAISED BY COMMENTS RECEIVED FROM IBM RE: IBM ASSUMPTION MOTION (.5); TELECONFERENCE WITH B. KICHLER RE: UTILITIES WITH EXECUTORY CONTRACTS (.1). |
| EICHEL S | 07/12/06 | 2.50 | ANALYZE ISSUES IN CONNECTION WITH MOTION TO REJECT PREPETITION AGREEMENT WITH CF SAUER (.4); DRAFT MOTION REJECTING CF SAUER PREPETITION AGREEMENT (1.8); DRAFT ORDER REJECTING CF SAUER PREPETITION AGREEMENT (.2); DRAFT EMAIL TO E. LANE RE: SOUTHEAST UNLOADING, LEXIS/NEXIS AND CARDTRONICS PREPETITION SUPPLY AGREEMENTS TO BE REJECTED (.1). |
| TURETSKY DM | 07/12/06 | 4.30 | FURTHER RESEARCH RE: ISSUES RAISED BY COMMENTS RECEIVED FROM IBM CONCERNING IBM ASSUMPTION MOTION (3.3); FURTHER REVISE MOTION TO ASSUME IBM CONTRACTS (1.0). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

```
GRAY RW          07/13/06      0.20   REVIEW AND RESPOND TO MEMORANDUM FROM D.
                                      TURETSKY RE: UTILITY CONTRACT ISSUES
                                      (.1); REVIEW MEMORANDA FROM S. SCHWAGER
                                      AND C. JACKSON RE: ARAMARK AND DRAFT
                                      REPLY TO C. JACKSON (.1).

EICHEL S         07/13/06      1.70   REVIEW EMAIL FROM J. EDMONSON RE:
                                      CARDTRONICS PREPETITION CONTRACT (.1);
                                      REVIEW EMAIL FROM J. EDMONSON RE:
                                      LEXIS/NEXIS PREPETITION CONTRACT (.1);
                                      REVIEW EMAILS FROM J. EDMONSON RE:
                                      SOUTHEAST UNLOADING PREPETITION
                                      CONTRACT (.2); DRAFT EMAIL TO B. KICHLER
                                      RE: SOUTHEAST UNLOADING PREPETITION
                                      CONTRACT (.1); REVIEW EMAIL FROM J.
                                      JAMES RE: SOUTHEAST UNLOADING
                                      PREPETITION CONTRACT (.1); REVIEW AND
                                      REVISE MOTION TO REJECT CF SAUER
                                      PREPETITION AGREEMENT (.3); REVIEW AND
                                      REVISE ORDER REJECTING CF SAUER
                                      PREPETITION AGREEMENT (.1); DRAFT EMAIL
                                      TO J. EDMONSON RE: SOUTHEAST UNLOADING
                                      CONTRACT (.1); ANALYZE CARDTRONICS
                                      CLAIMS IN CONNECTION WITH REJECTION OF
                                      CONTRACT (.4); DRAFT EMAIL TO C. JACKSON
                                      (LOGAN) AND A. LIU RE: CLAIMS OF
                                      CARDTRONICS (.1); REVIEW C. JACKSON'S
                                      EMAIL RE: CLAIM OF CARDTRONICS (.1).

LEAMY JM         07/13/06      0.70   CONFERENCE CALL WITH  J. JAMES, B.
                                      KICHLER, J. EDMONSON, D. TURETSKY RE:
                                      CONTRACT ASSUMPTIONS (.4);
                                      TELECONFERENCE WITH D. TURETSKY RE: IBM
                                      ASSUMPTION (.3).

TURETSKY DM      07/13/06      2.40   RESEARCH RE: UTILITIES WITH CONTRACTS
                                      WITH WINN-DIXIE ENTITIES (1.0); E-MAIL
                                      TO R. GRAY AND J. LEAMY RE: UTILITIES
                                      WITH CONTRACTS WITH WINN-DIXIE ENTITIES
                                      (.1); FURTHER REVIEW AND ANALYSIS OF
                                      MASTER CONTRACT LIST PREPARED BY
                                      X-ROADS (.6); CONFERENCE CALL WITH J.
                                      EDMONSON, J. JAMES, B. KICHLER, AND J.
                                      LEAMY RE: EXECUTORY CONTRACT ISSUES
                                      (.4); TELECONFERENCE WITH J. LEAMY RE:
                                      EXECUTORY CONTRACT ISSUES (.3).

GRAY RW          07/14/06      0.60   REVIEW AND RESPOND TO MEMORANDUM FROM D.
                                      TURETSKY RE: ZUBI AND ST. JOHN ISSUES
                                      (.1); REVIEW CARDTRONICS
                                      CONTRACT/CLAIM ANALYSIS (.1); REVIEW
                                      DRAFT MOTION TO REJECT EMPLOYMENT
                                      CONTRACTS (.2); DRAFT MEMORANDUM TO D.
                                      TURETSKY RE: SAME (.1); REVIEW AND
                                      RESPOND TO MEMORANDUM FROM S. SCHWAGER
                                      RE: ARAMARK CONTRACT ASSUMPTION (.1).
```

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| EICHEL S | 07/14/06 | 2.80 | ANALYZE ISSUES RE: REJECTION OF CARDTRONICS PREPETITION CONTRACT (.6); DRAFT CARDTRONICS CLAIMS ANALYSIS IN CONNECTION WITH REJECTION OF PREPETITION CONTRACT (1.0); REVIEW CARDTRONICS PREPETITION AGREEMENT AND AMENDMENTS IN CONNECTION WITH DRAFTING ANALYSIS WITH RESPECT TO REJECTING CONTRACT AND ENTERING INTO NEW CONTRACT (.8); REVIEW EMAIL FROM C. JACKSON (LOGAN) RE: CARDTRONICS CLAIMS ANALYSIS (.1); REVIEW EMAIL FROM A. LIU RE: CARDTRONICS CLAIMS ANALYSIS (.1); DRAFT EMAIL TO R. GRAY RE: CARDTRONICS CLAIMS ANALYSIS (.1); DRAFT EMAIL TO B. KICHLER AND J. JAMES RE: CARDTRONICS CLAIM ANALYSIS (.1). |
| LEAMY JM | 07/14/06 | 0.20 | TELECONFERENCE WITH J. JAMES RE: 6/29 REJECTION MOTION(.2). |
| TURETSKY DM | 07/14/06 | 5.60 | FURTHER RESEARCH RE: ISSUES CONCERNING EXECUTORY CONTRACTS TO BE INCLUDED IN FIRST OMNIBUS ASSUMPTION MOTION (3.5); E-MAIL TO H. WETZEL RE: SPREADSHEETS AND EXHIBITS FOR CONTRACTS TO BE INCLUDED IN FUTURE OMNIBUS ASSUMPTION AND REJECTION MOTIONS (0.1); DRAFT FIRST OMNIBUS CONTRACT ASSUMPTION MOTION (0.5); REVIEW AND COMMENT RE: EXHIBIT TO OMNIBUS CONTRACTS ASSUMPTION MOTION (1.5). |
| EICHEL S | 07/15/06 | 3.00 | ANALYZE CLAIMS OF LEXIS/NEXIS IN CONNECTION WITH REJECTION OF PREPETITION CONTRACT WITH LEXIS/NEXIS (.8); DRAFT CLAIMS ANALYSIS FOR LEXIS/NEXIS (1.4); REVIEW PREPETITION LEXIS/NEXIS CONTRACT (.4); DRAFT EMAILS TO J. JAMES RE: LEXIS/NEXIS PREPETITION AGREEMENT (.2); DRAFT EMAIL TO A. LIU AND C. JACKSON RE: LEXIS/NEXIS CLAIMS ANALYSIS (.2). |
| GRAY RW | 07/16/06 | 0.30 | REVIEW DRAFT AGREEMENT FROM S. SCHWAGER FOR ARAMARK AND DRAFT MEMORANDUM TO J. JAMES RE: SAME (.2); DRAFT MEMORANDUM TO D. TURETSKY AND J. LEAMY RE: REJECTION STATUS (.1). |

| | | | |
|---|---|---|---|
| GRAY RW | 07/17/06 | 1.70 | TELECONFERENCE WITH J. JAMES RE: INSURANCE/CONTRACT ISSUES (.1); CONF CALL WITH J. JAMES, K. ROMEO, S. FELD ET AL. RE: INSURANCE RELATED AGREEMENTS (.5); EXCHANGE EMAILS WITH D. TURETSKY RE: REJECTION TIMING (.1); TELECONFERENCE WITH D. TURETSKY RE: CONTRACT ASSUMPTION/REJECTION ISSUES AND PENDING DRAFT MOTIONS (.3); REVIEW DRAFT CHRISTENSEN GROUP AGREEMENT (.1); DRAFT MEMORANDUM TO J. JAMES RE: HANDLING OF CLAIM AND REVIEW REPLY (.1); REVIEW DRAFT INCOMM AMENDMENT (.2); DRAFT MEMORANDUM TO J. JAMES RE: EFFECTIVE DATE OF AMENDMENTS FOR INCOMM AND REVIEW REPLY (.1); EXCHANGE EMAILS WITH D. TURETSKY RE: AMERICAN EXPRESS INQUIRY (.1); EXCHANGE EMAIL WITH D. TURETSKY RE: MISSISSIPPI POWER CONTRACT CLAIM (.1). |
| EICHEL S | 07/17/06 | 0.90 | DRAFT EMAILS TO A. LIU AND C. JACKSON (LOGAN) RE: LEXIS/NEXIS CLAIMS ANALYSIS (.3); REVIEW EMAIL FROM J. JAMES RE: LEXIS/NEXIS PREPETITION CONTRACT (.1); DRAFT EMAIL TO J. JAMES RE: LEXIS/NEXIS PREPETITION CONTRACT (.1); REVIEW AND REVISE LEXIS/NEXIS CLAIMS ANALYSIS (.1); REVIEW EMAIL FROM C. JACKSON RE: LEXIS/NEXIS CLAIMS ANALYSIS (.1); REVIEW EMAIL FROM A. LIU RE: LEXIS/NEXIS CLAIMS ANALYSIS (.1); DRAFT EMAIL TO R. GRAY RE: LEXIS/NEXIS CLAIMS ANALYSIS (.1). |
| LEAMY JM | 07/17/06 | 0.50 | TELECONFERENCE WITH  K. LOVERICH, J. JAMES, R. GRAY, S. FELD AND D. TURETSKY RE: INSURANCE RELATED AGREEMENTS (.5). |

| | | | |
|---|---|---|---|
| TURETSKY DM | 07/17/06 | 8.00 | FURTHER RESEARCH AND ANALYSIS RE: ISSUES CONCERNING EXECUTORY CONTRACTS FOR ASSUMPTION (2.0); FURTHER REVISE MOTION TO ASSUME IBM CONTRACTS AND LEASES (1.4); FURTHER RESEARCH AND ANALYSIS RE: ISSUES ARISING IN CONNECTION WITH MOTION TO ASSUME IBM CONTRACTS AND LEASES (1.2); E-MAIL TO J. JAMES AND B. KICHLER RE: AGREEMENT WITH AMERICAN EXPRESS (.1); E-MAIL TO R. GRAY RE: AGREEMENT WITH AMERICAN EXPRESS (.1); REVIEW AGREEMENT WITH AMERICAN EXPRESS (.2); TELECONFERENCE WITH E. CHIKOWSKI RE: AGREEMENT WITH AMERICAN EXPRESS (.1); TELECONFERENCE WITH H. WETZEL RE: EXHIBIT TO CONTRACT ASSUMPTION MOTION (.1); TELECONFERENCE WITH J. JAMES, K. LOVERICH, S. FELD, R. GRAY, AND J. LEAMY RE: INSURANCE CONTRACTS AND RELATED AGREEMENTS (.5); RESEARCH RE: ASSUMPTION OF WORKERS COMPENSATION AGREEMENTS (.7); MEMORANDUM TO R. GRAY RE: SAME (.2); E-MAIL TO B. KICHLER RE: CONTRACT WITH MISSISSIPPI POWER (.2); BACKGROUND RESEARCH RE: CONTRACT WITH MISSISSIPPI POWER AND CLAIM FILED BY MISSISSIPPI POWER (.7); E-MAILS TO S. FELD RE: CONTRACT WITH MISSISSIPPI POWER AND CLAIM FILED BY MISSISSIPPI POWER (.2); TELECONFERENCE WITH R. GRAY RE: ISSUES CONCERNING ASSUMPTION AND REJECTION OF VARIOUS EXECUTORY CONTRACTS (.3). |
| GRAY RW | 07/18/06 | 0.40 | REVIEW MEMORANDA FROM L. MANDEL AND S. FELD RE: LIBERTY MUTUAL (.1); REVIEW AND REVISE INCOMM AGREEMENT (.3). |
| LEAMY JM | 07/18/06 | 0.10 | EMAIL J. LANDON RE: XEROX CONTRACT. |
| TURETSKY DM | 07/18/06 | 0.80 | TELECONFERENCE WITH E. CHIKOWSKI RE: CONTRACT WITH AMERICAN EXPRESS (.2); RESEARCH RE: CONTRACT WITH AMERICAN EXPRESS (.3); TELECONFERENCE WITH B. KICHLER AND S. GRIMM RE: CONTRACT WITH AMERICAN EXPRESS (.3). |
| GRAY RW | 07/19/06 | 2.80 | REVIEW AND REVISE REVISED MOTION TO REJECT EMPLOYEE AGREEMENTS (0.6); REVIEW AND EDIT REVISED MOTION TO ASSUME EMPLOYEE AGREEMENTS (0.6); CONFERENCE WITH D. TURETSKY RE: ISSUES ON ASSUME/REJECTION MOTIONS AND EXHIBITS (0.1); REVIEW AND REVISE IBM ASSUMPTION MOTION (0.8); REVIEW AND REVISE IBM ORDER (0.3); REVIEW AND REVISE OMNIBUS ASSUMPTION MOTION FOR CONTRACTS AND SUBLEASES (0.4). |

EICHEL S          07/19/06     0.20   REVIEW EMAIL FROM J. JAMES RE: GE
                                      CONSUMER PRODUCTS PREPETITION CONTRACT
                                      AND CORRESPONDING CLAIMS (.1); DRAFT
                                      EMAIL TO B. CROCKER RE: GE CLAIMS
                                      INFORMATION (.1).

LEAMY JM          07/19/06     0.20   EMAILS K. FAGERSTROM, J. LANDON RE:
                                      XEROX CONTRACTS.

TURETSKY DM       07/19/06     6.80   FURTHER ANALYSIS RE: ISSUES RELATED TO
                                      CONTRACTS BEING ASSUMED BY WINN-DIXIE
                                      (3.6); FURTHER REVISE FIRST OMNIBUS
                                      CONTRACT ASSUMPTION MOTION (1.0);
                                      TELECONFERENCE WITH R. GRAY RE: IBM
                                      ASSUMPTION MOTION (.1); REVIEW AND
                                      ANALYZE COMMENTS RECEIVED FROM R. GRAY
                                      RE: IBM ASSUMPTION MOTION (.2); FURTHER
                                      REVISE IBM ASSUMPTION MOTION (.2);
                                      E-MAIL TO R. GRAY RE: IBM ASSUMPTION
                                      MOTION (.1); DRAFT PROPOSED ORDER IN
                                      CONNECTION WITH IBM ASSUMPTION MOTION
                                      (1.5);  E-MAIL TO R. GRAY RE: FIRST
                                      OMNIBUS ASSUMPTION MOTION (.1).

GRAY RW           07/20/06     3.00   REVISE CHRISTENSEN GROUP ASSUMPTION
                                      AGREEMENT (.6); DRAFT MEMORANDUM TO J.
                                      JAMES RE: SAME (.1); REVIEW WESTERN
                                      UNION LETTER AGREEMENT (.2); CHECK
                                      LOGAN DATA BASE FOR CLAIMS BY WESTERN
                                      UNION (.1); DRAFT MEMORANDUM TO J. JAMES
                                      RE: SAME AND REVIEW REPLY (.1);
                                      TELECONFERENCE WITH K. LOGAN RE: CLAIM
                                      INFORMATION NEEDED FOR CURE (.1);
                                      TELECONFERENCE WITH S. SCHWAGER RE:
                                      ARAMARK ASSUMPTION (.1); CONF CALL WITH
                                      J. JAMES, J. EDMONSON, J. LEAMY AND D.
                                      TURETSKY RE: CONTRACT STATUS (.5);
                                      REVISE ARAMARK ASSUMPTION AGREEMENT
                                      (.7); DRAFT MEMORANDUM TO J. JAMES RE:
                                      SAME (.1); DRAFT MEMORANDUM TO S.
                                      SCHWAGER RE: ARAMARK ASSUMPTION
                                      AGREEMENT (.1); REVIEW AND COMMENT ON
                                      MEMORANDUM TO IBM COUNSEL RE: REVISED
                                      MOTION (.1); DRAFT MEMORANDUM TO J.
                                      JAMES ET AL. RE: U.S. BANK INQUIRY ON
                                      TERMINATION AGREEMENT (.1); REVIEW
                                      MEMORANDA FROM J. JAMES AND D. TURETSKY
                                      RE: TIMING ON FILING OF EMPLOYEE MOTIONS
                                      AND CONFER WITH D. TURETSKY RE: SAME
                                      (.1).

LEAMY JM          07/20/06     0.80   TELECONFERENCE WITH D. TURETSKY RE:
                                      CONTRACT ASSUMPTIONS (.1); CONFERENCE
                                      CALL RE: CONTRACT REVIEW WITH J. JAMES,
                                      B. KICHLER, J. EDMONSON, R. GRAY AND D.
                                      TURETSKY (.5); TELECONFERENCE WITH K.
                                      FAGERSTROM AND J. LANDON RE: XEROX
                                      CONTRACT (.2).

| | | | |
|---|---|---|---|
| TURETSKY DM | 07/20/06 | 4.90 | FURTHER RESEARCH AND ANALYSIS RE: CONTRACTS FOR INCLUSION ON FIRST OMNIBUS MOTION TO ASSUME EXECUTORY CONTRACTS (2.0); FURTHER REVIEW AND COMMENT RE: CONTRACTS EXHIBIT TO OMNIBUS ASSUMPTION MOTION (.2); E-MAIL TO R. GRAY RE: CONTRACTS EXHIBIT TO OMNIBUS ASSUMPTION MOTION (.1); E-MAIL TO K. LOGAN RE: CONTRACTS FOR INCLUSION ON FIRST OMNIBUS MOTION TO ASSUME EXECUTORY CONTRACTS (.1); TELECONFERENCE WITH J. LEAMY RE: CONTRACTS FOR INCLUSION ON FIRST OMNIBUS MOTION TO ASSUME EXECUTORY CONTRACTS (.1); E-MAIL TO C. IBOLD, M. LEBLANC, J. CASTLE, J. JAMES, AND B. KICHLER RE: FIRST OMNIBUS MOTION TO ASSUME EXECUTORY CONTRACTS (.1); FURTHER ANALYSIS RE: ISSUES CONCERNING IBM ASSUMPTION MOTION (.3); FURTHER REVISE IBM ASSUMPTION MOTION (.4); MEMORANDUM TO R. MARLOWE AND S. KODA RE: IBM ASSUMPTION MOTION AND PROPOSED ORDER AND OPEN ISSUES CONCERNING SAME (.9); REVIEW AND COMMENT RE: SUBLEASE EXHIBIT FOR INCLUSION ON FIRST OMNIBUS CONTRACT ASSUMPTION MOTION (.2); TELECONFERENCE WITH J. JAMES, J. EDMONSON, B. KICHLER, J. LEAMY, AND R. GRAY RE: EXECUTORY CONTRACT ISSUES (.5). |
| GRAY RW | 07/21/06 | 0.60 | REVIEW SAMPLE STOCK TRANSFER RESTRICTIONS (.3); REVIEW MEMORANDUM FROM J. RANNE AND DRAFT MEMORANDUM TO D. TURETSKY RE: IBM EXHIBIT ISSUE (.1); EXCHANGE EMAILS WITH J. JAMES AND D. BRYANT RE: U.S. BANK INQUIRY (.1); DRAFT MEMORANDUM TO J. JAMES RE: NEXISLEXIS AGREEMENT AND REVIEW REPLY (.1). |
| LEAMY JM | 07/21/06 | 0.20 | EMAIL K. FAGERSTROM, J. JAMES RE: XEROX CONTRACT (.2). |
| TURETSKY DM | 07/21/06 | 3.00 | E-MAIL TO R. GRAY RE: IBM ASSUMPTION MOTION (.1); E-MAIL TO J. RANNE AND J. JAMES RE: IBM ASSUMPTION MOTION (.1); E-MAIL TO C. JACKSON RE: FIRST OMNIBUS CONTRACT ASSUMPTION MOTION (.1); FURTHER ANALYSIS RE: FIRST OMNIBUS MOTION TO ASSUME EXECUTORY CONTRACTS (2.6); E-MAIL TO H. WETZEL RE: FIRST OMNIBUS MOTION TO ASSUME EXECUTORY CONTRACTS (.1). |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| GRAY RW | 07/24/06 | 0.60 | EMAIL EXCHANGE AND TELECONFERENCE WITH D. TURETSKY RE: CONTRACT CURE AMOUNT PRESENTATION IN EXHIBIT (.1); CONFERENCE WITH S. EICHEL RE: SUPPLY AGREEMENT REJECTION STATUS (.1); EXCHANGE EMAILS WITH D. TURETSKY RE: CURE AMOUNT ISSUE ON XROADS SPREADSHEET (.1); REVIEW LEXISNEXIS CONTRACT/CLAIM ISSUES (.2); REVIEW EXHIBIT FOR 2ND OMNIBUS ASSUMPTION MOTION (.1). |
| EICHEL S | 07/24/06 | 1.10 | TELECONFERENCE WITH R. GRAY RE: LEXISNEXIS CONTRACT (.1); REVIEW LEXISNEXIS CONTRACT (.2); DRAFT, REVIEW AND REVISE MOTION TO REJECT PREPETITION CONTRACTS WITH CF SAUER (.8). |
| TURETSKY DM | 07/24/06 | 6.60 | FURTHER ANALYSIS RE: CONTRACTS FOR ASSUMPTION (3.7); E-MAIL TO J. EDMONSON RE: EXHIBIT A TO FIRST OMNIBUS ASSUMPTION MOTION (.2); E-MAIL TO R. GRAY RE: AGREEMENTS WITH LEXIS (.1); E-MAIL TO J. JAMES RE: MOTIONS TO ASSUME EXECUTORY CONTRACTS (.2); REVIEW AND ANALYZE ISSUES WITH RESPECT TO EXHIBIT A TO SECOND OMNIBUS ASSUMPTION MOTION (2.3); E-MAIL TO R. GRAY RE: EXHIBIT A TO SECOND OMNIBUS ASSUMPTION MOTION (.1). |
| GRAY RW | 07/25/06 | 0.60 | CONF CALL WITH B. KICHLER AND D. TURETSKY RE: EXECUTORY CONTRACT ISSUES (.3); EXCHANGE EMAILS WITH D. TURETSKY RE: PROFESSIONAL FIRM CONTRACTS (.1); REVIEW AND COMMENT ON PROPOSED LETTER TO EMPLOYEES RE: REJECTIONS (.2). |
| EICHEL S | 07/25/06 | 2.20 | REVIEW AND REVISE MOTION TO REJECT CF SAUER PREPETITION AGREEMENTS (1.6); REVIEW CF SAUER PREPETITION AGREEMENTS IN CONNECTION WITH MOTION TO REJECT AGREEMENTS (.6). |
| LEAMY JM | 07/25/06 | 0.40 | TELECONFERENCE WITH P. HUFSTICKLER RE: SIRIUS CONTRACT (.2); EMAIL J. MEYEROWITZ RE: ANDERSON NEWS CONTRACT (.2). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

TURETSKY DM      07/25/06      7.00   FURTHER REVIEW AND REVISE EXHIBIT TO
                                      SECOND OMNIBUS CONTRACTS ASSUMPTION
                                      MOTION (1.0); E-MAIL TO R. GRAY RE:
                                      EXHIBIT TO SECOND OMNIBUS CONTRACTS
                                      ASSUMPTION MOTION (0.1); E-MAIL TO J.
                                      JAMES, B. KICHLER, AND J. EDMONSON RE:
                                      EXHIBIT TO SECOND OMNIBUS CONTRACTS
                                      ASSUMPTION MOTION (0.2); FURTHER REVIEW
                                      AND REVISE EXHIBIT A TO FIRST OMNIBUS
                                      ASSUMPTION MOTION (1.4); FURTHER REVIEW
                                      AND REVISE SUBLEASE EXHIBIT TO OMNIBUS
                                      ASSUMPTION MOTION (0.5); E-MAIL TO M.
                                      BARR, M. COMERFORD, AND J. MILTON RE:
                                      FIRST OMNIBUS ASSUMPTION MOTION (0.3);
                                      DRAFT SECOND OMNIBUS MOTION TO ASSUME
                                      EXECUTORY CONTRACTS (1.0);
                                      TELECONFERENCE WITH B. KICHLER AND R.
                                      GRAY RE: OMNIBUS ASSUMPTION MOTIONS AND
                                      MOTION TO ASSUME IBM AGREEMENTS (0.3);
                                      RESEARCH AND ANALYSIS RE: CURE COSTS OF
                                      CONTRACTS TO BE ASSUMED UNDER FIRST
                                      OMNIBUS ASSUMPTION MOTION (2.2).

GRAY RW          07/26/06      0.80   DRAFT MEMORANDUM TO J. BAKER RE:
                                      INSURANCE ISSUES (0.1); REVIEW AND
                                      RESPOND TO MEMORANDUM FROM D. TURETSKY
                                      RE: AT&T CONTRACTS (0.1); REVIEW
                                      MEMORANDUM FROM D. TURETSKY RE: ISSUES
                                      ON OMNIBUS ASSUMPTION EXHIBIT (0.1);
                                      REVIEW AND COMMENT ON CF SAUER MOTION
                                      AND ORDER (0.4); REVIEW AND COMMENT ON
                                      PROPOSED LETTER TO ASSOCIATES RE:
                                      REJECTIONS (0.1).

EICHEL S         07/26/06      2.50   DRAFT EMAIL TO B. KICHLER RE: EXECUTED
                                      CF SAUER CONTRACT (.1); DRAFT EMAIL TO
                                      B. KICHLER RE: CF SAUER POSTPETITION
                                      AGREEMENT (.1); DRAFT EMAIL TO R. GRAY
                                      RE: DRAFT OF MOTION TO REJECT CF SAUER
                                      PREPETITION AGREEMENTS (.1);
                                      TELECONFERENCE WITH B. KICHLER RE:
                                      MOTION TO REJECT CF SAUER CONTRACT AND
                                      MOTION TO REJECT PREPETITION CONTRACTS
                                      (.2); REVIEW AND REVISE MOTION TO REJECT
                                      CF SAUER PREPETITION SUPPLY AGREEMENTS
                                      (1.8); REVIEW AND REVISE ORDER
                                      REJECTING CF SAUER PREPETITION SUPPLY
                                      AGREEMENTS (.2).

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| TURETSKY DM | 07/26/06 | 7.10 | FURTHER RESEARCH AND ANALYSIS RE: CURE COSTS OF CONTRACTS TO BE ASSUMED UNDER FIRST OMNIBUS ASSUMPTION MOTION (3.1); E-MAIL TO R. GRAY RE: CURE COSTS OF CONTRACTS TO BE ASSUMED (0.1); DRAFT MEMORANDUM RE: ISSUES CONCERNING CURE COSTS OF CONTRACTS INCLUDED IN FIRST OMNIBUS ASSUMPTION MOTION (1.6); RESEARCH AND ANALYSIS RE: CURE COSTS OF CONTRACTS TO BE ASSUMED UNDER SECOND OMNIBUS ASSUMPTION MOTION (2.3). |
| GRAY RW | 07/27/06 | 0.50 | REVIEW AND COMMENT ON ORDER FOR FIRST OMNIBUS CONTRACT ASSUMPTION MOTION (0.1); PROVIDE COMMENTS ON M. FRIETAG LETTER RE: REJECTIONS (0.1); CONFERENCE WITH D. TURETSKY RE: ASSUMPTION AGREEMENTS (0.1); REVIEW MEMORANDUM FROM S. FELD RE: INSURANCE AGREEMENTS AND DRAFT MEMORANDUM TO D. TURETSKY RE: SAME (0.1); REVIEW MEMORANDUM FROM IBM'S COUNSEL RE: PREFERENCE WAIVER AND CONFER WITH D. TURETSKY (0.1). |
| EICHEL S | 07/27/06 | 0.90 | REVIEW PROPOSED REVISIONS TO MOTION TO REJECT PREPETITION CF SAUER CONTRACT (.2); REVIEW AND REVISE PREPETITION CONTRACT WITH CF SAUER IN CONNECTION WITH MOTION TO REJECT CF SAUER'S PREPETITION CONTRACTS (.7). |
| LEAMY JM | 07/27/06 | 0.60 | TELECONFERENCE WITH D. TURETSKY RE: ASSUMPTION MOTION (.1); REVIEW FIRST OMNIBUS MOTION TO ASSUME CONTRACTS (.5). |

TURETSKY DM    07/27/06    7.00    CONTINUE RESEARCH AND ANALYSIS RE: CURE
COSTS OF CONTRACTS TO BE ASSUMED IN
CONNECTION WITH SECOND OMNIBUS
ASSUMPTION MOTION (1.9); E-MAIL TO J.
EDMONSON, J. JAMES, AND B. KICHLER RE:
EXECUTORY CONTRACTS TO BE ASSUMED
(0.1); TELEPHONE CALLS WITH B. KICHLER
RE: EXECUTORY CONTRACTS TO BE ASSUMED
(0.4); RESEARCH RE: ISSUES RAISED BY B.
KICHLER CONCERNING EXECUTORY CONTRACTS
TO BE ASSUMED (0.3); E-MAIL TO B.
KICHLER RE: EXECUTORY CONTRACTS TO BE
ASSUMED (0.1); E-MAIL TO R. MARLOWE RE:
MOTION TO ASSUME IBM CONTRACTS (0.4);
RESEARCH AND ANALYSIS RE: POTENTIAL
ASSUMPTION/REJECTION OF INSURANCE
CONTRACTS (0.3); E-MAIL TO B. KICHLER,
J. JAMES, C. IBOLD, B. GASTON RE: FIRST
OMNIBUS CONTRACT ASSUMPTION MOTION
(0.3); E-MAILS TO K. NEIL RE: FIRST
OMNIBUS CONTRACT ASSUMPTION MOTION
(0.2); DRAFT PROPOSED ORDER FOR FIRST
OMNIBUS CONTRACT ASSUMPTION MOTION
(0.8); TELECONFERENCE WITH J. LEAMY RE:
FIRST OMNIBUS CONTRACT ASSUMPTION
MOTION (0.1); FURTHER RESEARCH AND
ANALYSIS RE: ISSUES CONCERNING FIRST
OMNIBUS CONTRACT ASSUMPTION MOTION
(1.2); TELECONFERENCE WITH L.
PRENDERGAST RE: FIRST OMNIBUS CONTRACT
ASSUMPTION MOTION (0.1);
TELECONFERENCE WITH R. GRAY RE:
PROPOSED ORDER FOR FIRST OMNIBUS
ASSUMPTION ORDER (0.1); E-MAIL TO J.
MILTON RE: FIRST OMNIBUS ASSUMPTION
MOTION (0.2); TELECONFERENCE WITH J.
MILTON RE: FIRST OMNIBUS ASSUMPTION
MOTION (0.4); TELECONFERENCE WITH J.
MILTON RE: KWENTOH SETTLEMENT AGREEMENT
(0.1).

GRAY RW    07/28/06    0.20    REVIEW AND COMMENT ON EXHIBIT TO 1ST
OMNIBUS MOTION (0.1); REVIEW REVISED
1ST OMNIBUS MOTION AND ORDER FOR FILING
(0.1).

EICHEL S    07/28/06    0.60    REVIEW EMAIL FROM B. KICHLER RE: MOTION
TO REJECT CF SAUER PREPETITION
CONTRACTS (.1); REVIEW B. KICHLER'S
COMMENTS TO MOTION TO REJECT
PREPETITION CF SAUER AGREEMENTS (.1);
DRAFT EMAIL TO R. GRAY RE: B. KICHLER'S
COMMENTS TO MOTION TO REJECT CF SAUER
PREPETITION AGREEMENTS (.1); REVIEW AND
REVISE MOTION TO REJECT CF SAUER
PREPETITION AGREEMENTS (.2); DRAFT
EMAIL TO C. JACKSON RE: MOTION TO REJECT
CF SAUER PREPETITION CONTRACTS (.1).

| | | | |
|---|---|---|---|
| LEAMY JM | 07/28/06 | 0.10 | TELECONFERENCE WITH K. FAGERSTROM RE: XEROX CONTRACT (.1). |
| TURETSKY DM | 07/28/06 | 4.60 | FURTHER REVISE AND FINALIZE FOR FILING FIRST OMNIBUS CONTRACT ASSUMPTION MOTION (4.1); TELECONFERENCE WITH S. GRIMM RE: EXHIBIT A TO FIRST OMNIBUS CONTRACT ASSUMPTION MOTION (0.1); TELECONFERENCE WITH B. KICHLER RE: FIRST OMNIBUS CONTRACT ASSUMPTION MOTION (0.1); TELECONFERENCE WITH C. IBOLD RE: FIRST OMNIBUS CONTRACT ASSUMPTION MOTION (0.1); REVIEW AND COMMENT RE: CERTIFICATE OF SERVICE IN CONNECTION WITH FIRST OMNIBUS CONTRACT ASSUMPTION MOTION (0.2). |
| GRAY RW | 07/31/06 | 0.10 | EXCHANGE EMAILS WITH J. JAMES AND S. SCHWAGER RE: ARAMARK (.1). |
| EICHEL S | 07/31/06 | 0.40 | DRAFT EMAIL TO R. GRAY RE: MOTION TO REJECT PREPETITION AGREEMENTS WITH RD CANDLE AND RUG DOCTOR (.1); DRAFT EMAIL TO B. KICHLER RE: MOTION TO REJECT RD CANDLE AND RUG DOCTOR PREPETITION AGREEMENTS (.1); TELECONFERENCE WITH B. KICHLER RE: RUG DOCTOR AND RD CANDLE AGREEMENTS (.2). |
| TURETSKY DM | 07/31/06 | 8.60 | FURTHER RESEARCH AND ANALYSIS RE: CURE COSTS OF CONTRACTS TO BE ASSUMED IN CONNECTION WITH SECOND OMNIBUS ASSUMPTION MOTION (6.6); FURTHER REVISE SECOND OMNIBUS ASSUMPTION MOTION (0.9); E-MAIL TO R. GRAY RE: SECOND OMNIBUS ASSUMPTION MOTION (0.1); E-MAIL TO J. JAMES RE: IBM ASSUMPTION MOTION (0.2); TELECONFERENCE WITH T. WILLIAMS RE: KWENTOH SETTLEMENT AGREEMENT (0.1); E-MAIL TO J. JAMES AND B. KICHLER RE: FILING OF FIRST OMNIBUS ASSUMPTION MOTION (0.1); E-MAIL TO B. KICHLER, K. IBOLD, C. JACKSON, J. JAMES, B. GASTON RE: SECOND OMNIBUS CONTRACT ASSUMPTION MOTION (0.2); E-MAIL TO J. MILTON, M. BARR, AND M. COMERFORD RE: SECOND OMNIBUS CONTRACT ASSUMPTION MOTION (0.2); TELECONFERENCE WITH J. MILTON RE: SECOND OMNIBUS ASSUMPTION MOTION (0.2). |

**MATTER TOTAL**                    <u>138.50</u>

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                    Bill Date: 08/18/06
**Financing (DIP and Emergence)**                    Bill Number: 1122978

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| NECKLES PJ | 07/05/06 | 5.40 | REVIEW RE: DEBT WIRE ARTICLE (.4); REVIEW 8-K AND COMMITMENT LETTER (.4); PREPARE ANALYSIS OF COMMITMENT LETTER REQUIREMENTS (1.5); RECEIVE, REVIEW AND ANALYZE PROPOSED CONFIDENTIALITY AGREEMENT (2.2); PREPARE E-MAILS TO W. SCHWARTZ, J. BAKER AND K. BRISTOR WITH COMMENTS TO CONFIDENTIALITY AGREEMENT (.5); PREPARE E-MAILS TO K. BRISTOR, W. SCHWARTZ, J. BAKER, J. KEMPF, A. MARGOLIS, T. BOYDELL, AND C. WENZEL RE: TAX ANALYSIS OF SPECIAL PURPOSE REAL ESTATE ENTITY (.4). |
| SCHWARTZ WL | 07/05/06 | 0.30 | REVIEW CORRESPONDENCE FROM J. KEMPF RE: EXIT FINANCING ISSUES (.3). |
| MARGOLIS A | 07/05/06 | 1.40 | REVIEW, FORWARD COMMENTS ON CONFIDENTIALITY AGREEMENT BETWEEN WACHOVIA AND COMMITTEE (.7); EMAIL CORRESPONDENCE WITH P. NECKLES RE: COMMENTS ON CONFIDENTIALITY AGREEMENT (.3); EMAIL TO S. FELD RE: EXIT FINANCING FEES (.1); TELECONFERENCE W/J KEMPF RE: ISSUES RE: SPE (.1); REVIEW COMMITMENT LETTER TERM SHEET RE: SPE, REAL PROPERTY ISSUES (.2). |
| KEMPF J | 07/05/06 | 0.50 | CONFERENCE RE: COMMITMENT LETTER WITH C. IBOLD (.2); CONFERENCE RE: COMMITMENT LETTER WITH A. MARGOLIS (.1); CONFERENCE WITH C. IBOLD ABOUT COMMITMENT LETTER (.1); REVIEW REAL ESTATE PORTIONS OF WACHOVIA COMMITMENT LETTER (.1). |
| NECKLES PJ | 07/06/06 | 5.00 | REVIEW COMMENTS TO PROPOSED CONFIDENTIALITY AGREEMENTS (2.4); PREPARE E-MAIL FOR L. APPEL, B. NUSSBAUM, K. HARDEE AND SKADDEN TEAM RE: NEGOTIATIONS ON CONFIDENTIALITY AGREEMENT (1.2); ANALYSIS RE: SPECIAL PURPOSE REAL ESTATE ENTITY (1.4). |
| SCHWARTZ WL | 07/06/06 | 0.20 | REVIEW CORRESPONDENCE FROM SMITH GAMBRELL RE: SPE FOR REAL ESTATE OWNERSHIP (.2). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GRAY RW | 07/06/06 | 0.20 | REVIEW MEMORANDA FROM M. BARR AND J. BAKER RE: WACHOVIA CONFIDENTIALITY ISSUE AND DRAFT REPLY TO J. BAKER RE: SAME  (.1); REVIEW AND RESPOND TO MEMORANDUM FROM A. MARGOLIS RE: COMMITTEE CONFIDENTIALITY AGREEMENTS (.1). |
| MARGOLIS A | 07/06/06 | 1.10 | TELECONFERENCE WITH C. IBOLD, J KEMPF RE: ISSUES RE: SPE, REAL PROPERTY (.3); EMAIL CORRESPONDENCE WITH P. NECKLES, K BRISTOR ETC. RE: ISSUES DISCUSSED WITH C. IBOLD AND TAX ISSUES (.6); EMAIL CORRESPONDENCE WITH  P. NECKLES RE: COMMITTEE CONFIDENTIALITY AGREEMENT (.2). |
| KEMPF J | 07/06/06 | 0.70 | CONFERENCE WITH A. MARGOLIS AND C. IBOLD ABOUT THE STRUCTURE OF THE DEAL AND TAX IMPLICATIONS (.3); CONFERENCE WITH D. STANFORD ABOUT BEST STRUCTURE FOR REAL ESTATE ENTITY (.3); CONFERENCE WITH P. NECKLES ABOUT STATUS OF REAL ESTATE ENTITY (.1). |
| SAMBUR K | 07/06/06 | 0.80 | REVISE LIBERTY MUTUAL MOTION (.8). |
| GRAY RW | 07/07/06 | 0.10 | REVIEW AND RESPOND TO MEMORANDA FROM S. HENRY ET AL. RE: COMMITTEE CONFIDENTIALITY ISSUES RELATING TO COMMITMENT LETTER (.1). |
| KEMPF J | 07/07/06 | 0.30 | CONFERENCE WITH D. GREENSTEIN ABOUT TERMS OF WACHOVIA COMMITMENT LETTER AND TITLE/SURVEY REQUIREMENTS (.3). |
| SAMBUR K | 07/07/06 | 0.80 | REVISE LIBERTY MUTUAL MOTION TO REFLECT CHANGES TO TERM SHEET (.8). |
| MARGOLIS A | 07/10/06 | 0.10 | EMAIL CORRESPONDENCE WITH J. KEMPF, R. GRAY, A. RAVIN RE: LEASE ASSUMPTIONS, ISSUES RE: SPE FOR EXIT FINANCING (.1). |
| KEMPF J | 07/10/06 | 0.30 | CONFERENCE WITH A. MARGOLIS ABOUT LEASEHOLD VALUATIONS AND ASSIGNMENT AND ASSUMPTION MOTIONS (.3). |
| NECKLES PJ | 07/11/06 | 0.80 | DRAFT E-MAILS WITH M. BARR AND S. SOLL RE: FINALIZATION OF CONFIDENTIALITY AGREEMENT FOR FEE LETTER (.5); DRAFT E-MAIL DISTRIBUTING FEE LETTER PURSUANT TO AGREEMENT (.3). |
| MARGOLIS A | 07/11/06 | 0.70 | TELECONFERENCES AND CORRESPONDENCE WITH A. RAVIN RE: LEASE ASSUMPTION/ASSIGNMENT ISSUES (.1); TELECONFERENCES WITH D. GREENSTEIN AND J. KEMPF RE: SPE, LEASE ASSUMPTION/ASSIGNMENT ISSUES (.6). |

| | | | |
|---|---|---|---|
| SAMBUR K | 07/11/06 | 0.80 | REVIEW 11TH CIRCUIT CASE LAW RE: BUSINESS JUDGMENT STANDARD (.8). |
| NECKLES PJ | 07/12/06 | 1.70 | DRAFT E-MAILS RE: CONFIDENTIALITY AGREEMENT AND PROPOSED DIP AMENDMENT TO B. NUSSBAUM, K. HARDEE AND OTHERS (1.7). |
| KEMPF J | 07/12/06 | 1.20 | CONFERENCE WITH A. MARGOLIS AND C. IBOLD ABOUT LEASE ASSIGNMENTS, SPE STRUCTURE, AND OTHER TOPICS/LOGISTICS RELATED TO UPCOMING CONFERENCE CALL (1.2). |
| SAMBUR K | 07/12/06 | 3.20 | CONTINUE TO RESEARCH 11TH CIRCUIT CASE LAW RE: BUSINESS JUDGMENT RULE (3.2). |
| NECKLES PJ | 07/13/06 | 1.00 | TELEPHONE CALLS WITH J. HELFAT RE: COMMITTEE'S RESPONSE TO WACHOVIA (.60); DRAFT E-MAILS TO F. HUFFARD RE: NEGOTIATIONS BETWEEN WACHOVIA AND CREDITORS COMMITTEE (.4). |
| BOYDELL TT | 07/13/06 | 0.30 | REVIEW STATUS OF REAL ESTATE SPV ISSUE AND LEASES (.3). |
| MARGOLIS A | 07/13/06 | 0.80 | CONFERENCE CALL WITH J. HELFAT, C IBOLD, J KEMPF, C JACKSON RE: ISSUES RE: SPE, LEASE ASSIGNMENTS (.3); DEVELOP STRATEGY WITH A. RAVIN, J KEMPF (.3); TELECONFERENCE WITH C. IBOLD RE: ISSUES RE: SPE, LEASE ASSIGNMENTS (.1); E-MAIL CORRESPONDENCE WITH D. GREENBERG RE: SAME (.1). |
| KEMPF J | 07/13/06 | 0.50 | CONFERENCE WITH C. IBOLD ABOUT LEASE AND TITLE INSURANCE MATTERS (.2); PARTICIPATING IN CONFERENCE CALL WITH C. IBOLD, D. GREENSTEIN, AND A. MARGOLIS TO DISCUSS OPEN REAL ESTATE ISSUES SUCH AS THE FINALIZATION OF A LIST OF LEASES TO BE MORTGAGED FOR THE EXIT FINANCING (.3). |
| WENZEL CP | 07/13/06 | 0.40 | PARTICIPATED IN CONFERENCE CALL WITH CLIENT AND OSHR RE: REAL ESTATE ISSUES (.4). |
| BAKER DJ | 07/14/06 | 0.40 | REVIEW EMAIL FROM J. HELFAT WITH RESPECT TO EXIT FINANCING (.2); RESPOND TO EMAIL FROM J. HELFAT WITH RESPECT TO EXIT FINANCING (.2). |
| BAKER DJ | 07/17/06 | 1.60 | REVIEW EMAIL FROM P. NECKLES WITH RESPECT TO EXIT FINANCING ISSUES (.2); REVIEW RESPONSE OF L. APPEL TO EMAIL FROM MR. NECKLES (.2); REVIEW REMAINING ISSUES RELATED TO EXIT FINANCING (1.2). |

| NECKLES PJ | 07/17/06 | 1.50 | PREPARE E-MAIL FOR L. APPEL AND SKADDEN TEAM RE: STATUS OF NEGOTIATIONS BETWEEN COMMITTEE AND WACHOVIA ON MOTION TO APPROVE EXIT FINANCING AND STATUS OF REAL ESTATE ISSUES IN CONNECTION WITH EXIT FINANCING (.9); DRAFT E-MAILS WITH K. IBOLD, K. BRISTOR, L. APPEL, AND J. KEMPF RE: EXIT FINANCING STATUS (.6). |
|---|---|---|---|
| SCHWARTZ WL | 07/17/06 | 0.20 | REVIEW CORRESPONDENCE FROM P. NECKLES, L. APPEL, C. IBOLD, AND J. KEMPF RE EXIT FINANCING REAL ESTATE ISSUE (.2). |
| HENRY S | 07/18/06 | 2.80 | BEGIN REVIEW OF PAPERS RE: COMMITMENT LETTER TO ADDRESS ISSUES RELATING TO POTENTIAL OBJECTIONS (2.8). |
| NECKLES PJ | 07/18/06 | 1.20 | TELEPHONE CALLS WITH F. HUFFARD AND J. HELFAT RE: COMMITTEE'S COMMENTS TO EXIT FINANCING PROPOSAL (.9); DRAFT E-MAILS TO L. APPEL RE: STATUS OF NEGOTIATIONS (.3). |
| GRAY RW | 07/18/06 | 0.10 | DRAFT MEMORANDUM TO J. BAKER RE: HANDLING OF EXIT FACILITY ISSUES (.1). |
| MARGOLIS A | 07/18/06 | 0.30 | TELECONFERENCE WITH J HELFAT, P. NECKLES RE: COMMITTEE POSITION ON COMMITMENT LETTER MOTION (.1); REVIEW EMAIL CORRESPONDENCE FROM P. NECKLES RE: TAX AND SPE ISSUES (.1); TELECONFERENCE W/H FOLEY RE: ISSUES RE: ASSIGNMENT OF LEASES (.1). |
| SAMBUR K | 07/18/06 | 2.10 | CONTINUE TO RESEARCH BUSINESS JUDGMENT RULE IN RELATION TO LIABILITY ASSUMPTION (2.1). |
| HENRY S | 07/19/06 | 0.30 | REVIEW CORRESPONDENCE FROM B. COX RE U.S. TRUSTEE'S QUESTIONS RE: EMERGENCY FINANCING (.1); TELECONFERENCE WITH B. COX RE: SAME (.2). |
| NECKLES PJ | 07/19/06 | 1.10 | CONFERENCE CALL WITH F. HUFFARD RE: ECONOMICS OF COMMITTEE'S REQUEST ON FEES (.5); CONFERENCE CALLS WITH M. BARR RE: COMMITTEE CONSIDERATION OF EXIT FINANCING PROPOSAL (.3); DRAFT E-MAILS RE: STATUS OF NEGOTIATIONS TO M. BARR AND F. HUFFARD (.3). |
| SCHWARTZ WL | 07/19/06 | 0.20 | REVIEW CORRESPONDENCE FROM C. IBOLD RE: OPERATING AGREEMENTS (.2). |

| KEMPF J | 07/19/06 | 0.40 | CONFERNECE WITH W. SCHWARTZ ABOUT SPE'S, FORMS OF LLC AND OPERATING AGREEMENTS, AND OPEN ISSUES TO BE DISCUSSED ON CONFERENCE CALL WITH TAX PEOPLE AND C. IBOLD (.3); CONFERENCE WITH C. IBOLD ABOUT UPCOMING CONFERENCE CALL TO DISCUSS TAX AND SPE STRUCTURE ISSUES (.1). |
|---|---|---|---|
| SAMBUR K | 07/19/06 | 6.10 | CONTINUE TO RESEARCH CASE LAW RE: LIABILITY ASSUMPTION (6.1). |
| HENRY S | 07/20/06 | 0.20 | CONFERENCE WITH A. MARGOLIS REFINANCING ISSUES FOR CONFIRMATION ORDER (.2). |
| NECKLES PJ | 07/20/06 | 2.20 | TELECONFERENCE WITH J. HELFAT RE: COMMITTEE RESPONSE TO FINANCING MOTION (.4); DRAFT E-MAILS WITH M. BARR AND J. HELFAT RE: FINANCING COMMITMENT MOTION (.3); DRAFT E-MAILS TO L. APPEL, B. NUSSBAUM, K. HARDEE, AND F. HUFFARD RE: COMMITTEE COMPROMISE ON FINANCING MOTION (.7); REVIEW REVISED LETTER (.4); REVIEW E-MAILS FROM A. MARGOLIS RE: EXEMPTION FOR RECORDING TAXES AND FEES IN CONNECTION WITH EXIT FINANCING (.4). |
| SCHWARTZ WL | 07/20/06 | 0.20 | CONFERENCE  WITH J. KEMPF RE OPERATING AGREEMENT (.2). |
| GRAY RW | 07/20/06 | 0.20 | EXCHANGE EMAILS WITH J. BAKER RE: EXIT/LEASE ASSIGNMENT PROJECT (.2). |
| MARGOLIS A | 07/20/06 | 0.90 | CONFERENCE CALL WITH C. IBOLD, K. BERRY, K. BRISTOR, J KEMPF AND OTHERS RE: TAX ISSUES RE: SPE, TRANSFER OF LEASES (.4); TELECONFERENCE WITH S HENRY RE: CONFIRMATION ORDER PROVISIONS RELATING TO SPE, TRANSFER OF LEASES (.2); REVIEW AND FORWARD CASE LAW TO S HENRY RE: 1146(C) EXEMPTION (.3). |
| KEMPF J | 07/20/06 | 0.80 | PARTICIPATING IN CONFERENCE CALL WITH TAX TEAM, A. MARGOLIS, AND C. IBOLD TO DISCUSS STRUCTURE OF SPE TRANSACTION (.4); CONFERENCE WITH W. SCHWARTZ ABOUT CONFERENCE CALL AND STRUCTURE OF SPE TRANSACTION (.2); REVIEW EMAIL WITH LEASE SUMMARIES FROM SMITH GAMBRELL FIRM (.2). |
| SAMBUR K | 07/20/06 | 0.80 | REVISE LIBERTY MUTUAL MOTION TO REFLECT CHANGES IN TERM SHEET (.8). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| NECKLES PJ | 07/21/06 | 3.80 | REVIEW AND RESPOND TO E-MAILS FROM S. FELD RE: SURETY BOND FACILITY UNDER DIP CREDIT AGREEMENT (.7); DRAFT E-MAILS WITH S. SOLL AND M. BARR RE: REVISED FEE LETTER (.6); REVIEW AND DISTRIBUTE E-MAILS FROM S. SOLL AND M. BARR RE: FULLY CONSENTED PROVISIONS OF DIP EXIT FINANCING MOTION (1.9); DRAFT E-MAILS WITH M. LOESBERG, S. SOLL AND F. HUFFARD RE: TESTIMONY AT HEARING ON FINANCING COMMITMENT (.6). |
|---|---|---|---|
| SCHWARTZ WL | 07/21/06 | 0.30 | CONFERENCE WITH J. KEMPF RE: OPERATING AGREEMENT (.1); REVIEW CORRESPONDENCE FROM J. KEMPF RE: OPERATING AGREEMENT (.2). |
| BOYDELL TT | 07/21/06 | 0.80 | ANALYZE ISSUES IN CONNECTION WITH SURETY BOND FACILITY (.3); REVIEW EMAIL MESSAGES RE: SURETY BOND FACILITY (.2); REVIEW CORRESPONDENCE RE: NON-CONTESTED COMMITMENT AND REVISED WACHOVIA LETTER (.3). |
| MARGOLIS A | 07/21/06 | 1.00 | DRAFT CONFIRMATION ORDER PROVISION RE 1146(C) EXEMPTION (.3); TELECONFERENCE WITH J. KEMPF RE: SPE STRUCTURE ISSUES (.1); REVIEW PERMITTED DEBT COVENANTS IN DIP FACILITY RE: SURETY FACILITY (.4); EMAIL CORRESPONDENCE W/P NECKLES, S FELD RE: PERMITTED DEBT COVENANTS IN DIP FACILITY RE: SURETY FACILITY (.2). |
| KEMPF J | 07/21/06 | 2.40 | CONFERENCE WITH W. SCHWARTZ RE: OPERATING AGREEMENT (.1); CONFERENCE WITH A. MARGOLIS RE: SPE ISSUES (.1); REVIEW SAMPLE LLC AND PROPERTY MANAGEMENT AGREEMENTS AND DRAFTING FORM OF LLC AGREEMENT (2.2). |
| RAVIN AS | 07/21/06 | 0.10 | REVIEW MEMORANDUM FROM P. NECKLES AND UNDERLYING CORRESPONDENCE RE: EXIT FINANCING MOTION AND STATUS (.1). |
| SAMBUR K | 07/21/06 | 1.20 | PREPARE LIBERTY MUTUAL MOTION FOR FILING (1.2). |
| SCHWARTZ WL | 07/24/06 | 1.40 | REVIEW LLC OPERATING AGREEMENT, PROPERTY MANAGEMENT AGREEMENT PREPARED BY J. KEMPF AND LEASE SUMMARIES PREPARED BY LOCAL COUNSEL (1.4). |

| | | | |
|---|---|---|---|
| MARGOLIS A | 07/24/06 | 1.50 | TELECONFERENCE AND CORRESPONDENCE W/J. KEMPF RE ISSUES RE SPE, OPERATING AND LLC AGREEMENTS (.3); REVIEW SAMPLE AGREEMENTS (.4); TELECONFERENCE WITH D. GREENSTEIN RE LLC ISSUES (.1); FORWARD TRANSCRIPTS FOR INTERIM AND FINAL DIP HEARINGS TO K SAMBUR (.1); REVIEW SURETY FACILITY MOTION AND CORRESPONDENCE FROM S. FELD, T. BOYDELL, C. WENZEL RE: ISSUES THERETO (.5); CORRESPONDENCE W/A. RAVIN RE: OPERATING ENTITIES, TRANSFER OF LEASES TO SPES (.1). |
| KEMPF J | 07/24/06 | 0.30 | CONFERENCE WITH A. MARGOLIS (AND ALSO P. NECKLES, A. RAVIN, AND W. SCHWARTZ) ABOUT CORPORATE SEPARATENESS REQUIREMENTS FOR THE SPE, THE FORMS FOR THE LLC AND PROPERTY MANAGEMENT AGREEMENTS, AND OFFICER/DIRECTOR REQUIREMENTS FOR THE SPE (.3). |
| WENZEL CP | 07/24/06 | 2.20 | REVIEWED AND EDITED INDEMNITY AGREEMENT RELATED TO SURETY BONDS AND DISTRIBUTED COMMENTS INTERNALLY (1.7); REVIEWED DIP CREDIT AGREEMENT FOR CONSENT/WAIVER ISSUES RELATED TO INDEMNITY AGREEMENT (.5). |
| NECKLES PJ | 07/25/06 | 1.50 | REVIEW DRAFT OF PROPOSED AMENDMENT TO DIP AGREEMENT (1.2); DRAFT E-MAILS TO T. BOYDELL, K. HARDEE AND C. WENZEL RE: DIP AMENDMENTS (.3). |
| SCHWARTZ WL | 07/25/06 | 0.60 | CONFERENCE  W/J. KEMPF RE: LLC AGREEMENT, MANAGEMENT AGREEMENT. |
| BOYDELL TT | 07/25/06 | 0.90 | REVIEW DIP CREDIT AGREEMENT RE: SURETY BOND (.5); REVIEW COMMENTS TO INDEMNITY AGREEMENT (.4). |
| MARGOLIS A | 07/25/06 | 0.40 | REVIEW REVISED ORDER APPROVING COMMITMENT LETTER WITH WACHOVIA SENT BY S SOLL (.1); EMAIL CORRESPONDENCE WITH C IBOLD RE RECORDING AGENCIES (.1); EMAIL TO P. NECKLES AND EMAIL TO S SOLL RE: REVISED ORDER APPROVING COMMITMENT LETTER WITH WACHOVIA (.2). |
| KEMPF J | 07/25/06 | 0.60 | CONFERENCE WITH W. SCHWARTZ ABOUT THE LLC AGREEMENT FOR SPV (.6). |
| RAVIN AS | 07/25/06 | 0.20 | TELEPHONE CONFERENCE WITH B. RATNER RE: AFCO REFUND, DRAFT MEMORANDUM TO D. BITTER RE SAME (.1); REVIEW EXECUTED COMMITMENT LETTER (.1). |
| WENZEL CP | 07/25/06 | 0.90 | REVIEWED AND EDITED 5TH AMENDMENT TO DIP FACILITY (.9). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| NECKLES PJ | 07/26/06 | 2.30 | REVIEW PROPOSED AMENDMENT TO DIP CREDIT AGREEMENT AND UNDERLYING DIP CREDIT AGREEMENT (1.30); TELECONFERENCE WITH M. LOESBERG RE: AMENDMENT (.30); PREPARE E-MAILS RE: ANALYSIS OF AMENDMENT FOR K. HARDEE (.70). |
| GRAY RW | 07/26/06 | 0.10 | REVIEW AND RESPOND TO MEMORANDUM FROM A. MARGOLIS RE: LANDLORD CONSENT ISSUE (0.1). |
| MARGOLIS A | 07/26/06 | 1.10 | TELECONFERENCE WITH C. IBOLD RE LEASE ASSIGNMENT ISSUES (.1); REVISE AND FORWARD MARKUP OF PROPOSED ORDER FOR EXIT FINANCING MOTION TO S SOLL (.3); EMAIL CORRESPONDENCE WITH J. BAKER , P. NECKLES RE LEASE ASSIGNMENT ISSUES (.5); REVIEW AND FORWARD TO K. LOGAN LIST OF AGENCIES FORWARDED BY C IBOLD (.2). |
| KEMPF J | 07/26/06 | 0.20 | REVIEWING CORRESPONDENCE BETWEEN A. MARGOLIS AND P. NECKLES RE: SPV STRUCTURE. |
| BAKER DJ | 07/27/06 | 1.20 | TELECONFERENCE WITH  S. BUSEY WITH RESPECT TO HEARING IN CONNECTION WITH EXIT FINANCING (.5); REVIEW TESTIMONY OUTLINE FOR EXIT FINANCING (.4); REVIEW EMAIL FROM F. HUFFARD WITH RESPECT TO EXIT FINANCING ISSUES (.1); REVIEW RESPONSE BY P. NECKLES RE: EXIT FINANCING (.1); REPLY TO EMAIL FROM F. HUFFARD RE: EXIT FINANCING (.1). |
| NECKLES PJ | 07/27/06 | 2.60 | REVIEW REVISED AMENDMENT NO. 5 AND E-MAILS FROM K. HARDEE AND M. LOESBERG RE: SAME (.6); CONFERENCE CALL WITH M. LOESBERG, K. HARDEE AND REPRESENTATIVES OF WACHOVIA TO DISCUSS PROPOSED AMENDMENT NO. 5 TO DIP AGREEMENT (.90); REVIEW REVISED DRAFT OF AMENDMENT TO DIP AGREEMENT (.70); DRAFT E-MAILS TO M. LOESBERG AND K. HARDEE RE: REVISIONS TO DIP AMENDMENT (.40). |
| MARGOLIS A | 07/27/06 | 1.00 | REVIEW, FORWARD COMMENTS TO J KEMPF ON DRAFT CLOSING CHECKLIST (.2); TELECONFERENCES WITH P. NECKLES RE: DRAFT CLOSING CHECKLIST (.1); REVIEW OF OSHR CLOSING CHECKLIST (.2); REVIEW FINAL ORDER RE AMENDMENTS TO DIP (.1); EMAIL TO P NECKLES RE AMENDMENTS TO DIP (.1); REVIEW CORRESPONDENCE FROM C IBOLD RE CLOSING CHECKLIST AND SPE ISSUES (.1); REVIEW EMAIL CORRESPONDENCE FROM D GREENSTEIN RE LEASE ASSIGNMENT ISSUES (.2). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

KEMPF J          07/27/06      4.00   PREPARE A CHECKLIST OF CLOSING ITEMS
                                      (4.0).

MARGOLIS A       07/28/06      0.10   REVIEW CLOSING CHECKLIST FOR EXIT
                                      FINANCING (.1).

NECKLES PJ       07/31/06      0.60   DRAFT E-MAILS WITH K. HARDEE AND M.
                                      LOESBERG RE: AMENDMENT NO. 5 TO DIP
                                      CREDIT AGREEMENT (.60).

GRAY RW          07/31/06      0.10   REVIEW AND RESPOND TO MEMORANDUM FROM A.
                                      MARGOLIS RE: PLAN SUPPLEMENT FOR EXIT
                                      FACILITY (0.1).

MARGOLIS A       07/31/06      0.40   REVIEW, FORWARD COMMENTS TO J KEMPF ON
                                      EXIT FINANCING CLOSING CHECKLIST (.4).

KEMPF J          07/31/06      0.40   CONFERENCE WITH C. IBOLD ABOUT TO-DO
                                      LIST FOR CLOSING ITEMS (.4).

SAMBUR K         07/31/06      0.90   REVISE LIBERTY MUTUAL NOTICE FOR
                                      FACILITY DOCUMENTATION FILING (.9).

**MATTER TOTAL**                 **87.30**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                     Bill Date: 08/18/06
**Insurance**                                          Bill Number: 1122978

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HENRY S | 06/21/06 | 0.80 | REVIEW MEMORANDUM FROM D. BITTER RE: ACE RENEWAL AND REVIEW ACE PAPERS (.3); DRAFT CORRESPONDENCE TO D. BITTER AND FORMULATE PROPOSED RESPONSE (.1); REVIEW PENNINGTON OUTLINE RE: PROPOSED SURETY FACILITY (.4). |
| HENRY S | 06/27/06 | 0.50 | CONFERENCE CALL WITH S. FELD AND D. BITTER RE: PROPOSED SURETY FACILITY (.5). |
| FELD SR | 07/03/06 | 0.20 | CONFERENCES WITH D. BITTER RE: BONDS (.2). |
| HENRY S | 07/05/06 | 0.10 | REVIEW EMAIL FROM S. FELD RE: LIBERTY TERM SHEET (.1). |
| FELD SR | 07/05/06 | 5.30 | TELECONFERENCES WITH M. FRANK RE: STATUS OF TERMSHEET FOR SURETY FACILITY (.2); REVIEW REVISED TERMSHEET (.6); REVIEW AND REVISE DRAFT MOTION AND PROPOSED ORDER RE: SURETY FACILITY (4.4); TELECONFERENCE WITH D. BITTER RE: REVISED TERMSHEET (.1). |
| HENRY S | 07/06/06 | 0.30 | REVIEW CORRESPONDENCE RE: TERMSHEET (.1); CONFERENCE WITH S. FELD RE: SAME (.2). |
| FELD SR | 07/06/06 | 2.20 | CONFERENCE CALL WITH B. KICHLER, D. BITTER RE: COMMENTS ON TERM SHEET FOR SURETY FACILITY (.5); REVISE TERMSHEET AS PER WINN-DIXIE'S COMMENTS (1.4); PREPARE EMAIL TO M. BARR RE: SURETY FACILITY (.1); TELECONFERENCES WITH S. HENRY TO CONFER ON STATUS OF TERMSHEET (.2). |
| HENRY S | 07/10/06 | 0.70 | REVIEW DRAFTS RE: SURETY FACILITY (.2); MEETING WITH S. FELD RE: SAME (.5). |
| FELD SR | 07/10/06 | 2.60 | TELECONFERENCE WITH L. MANDEL RE: SURETY FACILITY (.1); REVIEW REVISED SURETY FACILITY TERMSHEET (.5); REVIEW LIBERTY'S COMMENTS ON MOTION AND ORDER (1.1); REVIEW CO-COUNSEL'S COMMENTS ON MOTION AND ORDER RE: SURETY FACILITY (.2); MEETING WITH S. HENRY RE: STATUS AND OPEN ISSUES RE: SURETY FACILITY (.5); REVIEW EXHIBIT A (.2). |
| FELD SR | 07/11/06 | 3.60 | REVISE TERMSHEET FOR SURETY CREDIT FACILITY (1.5); REVISE DRAFT MOTION AND ORDER RE: SURETY CREDIT FACILITY (2.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| LAMAINA KA | 07/11/06 | 0.20 | REVIEW STATUS OF OBJECTIONS ON INSURANCE ISSUES RE: DISCLOSURE STATEMENT (.2). |
| FELD SR | 07/12/06 | 2.00 | CONTINUE TO REVISE MOTION RE: SURETY CREDIT FACILITY (1.8); TELECONFERENCE WITH A. CASTLEBURY RE: BOND SCHEDULES AND STATEMENTS(.2). |
| FELD SR | 07/13/06 | 0.90 | REVIEW MOTION AND TERMSHEET RE: SURETY CREDIT MOTION (.7); REVIEW INSURANCE CLAIM (.2). |
| FELD SR | 07/14/06 | 0.30 | CONFERENCE CALL WITH T. PENNINGTON AND M. FRANK RE: COMMENTS ON DRAFT TERM SHEET AND  MOTION (.3). |
| HENRY S | 07/16/06 | 0.10 | EMAIL TO R. GRAY RE: WOKERS' COMPENSATION CLAIMS (.1). |
| HENRY S | 07/17/06 | 0.10 | EMAIL TO S. FELD RE: INS. CLAIM ANALYSIS AND EMAIL FROM R. GRAY RE: SAME (.1). |
| FELD SR | 07/17/06 | 6.50 | ANALYZE INSTITUTIONAL WORKERS' COMPENSATION CLAIMS (5.3); CONFERENCE CALL WITH J. JAMES, K. LOVORICH RE: INSURANCE RELATED CLAIMS (.5); CONFERENCE CALL WITH C. JACKSON, R. GRAY AND S. KAROL RE: INSTITUTIONAL WORKERS' COMPENSATION CLAIMS (.2); REVIEW SURETY CREDIT TERMSHEET (.5). |
| FELD SR | 07/18/06 | 4.00 | RESEARCH 11TH CIRCUIT LAW RE: SURETY CREDIT FACILITY (2.1); REVIEW AND REVISE MOTION RE: LIBERTY MUTUAL SURETY CREDIT FACILITY (1.3); TELECONFERENCE WITH C. JACKSON RE: SURETY CREDIT FACILITY (.1); REVIEW PREPETITION INDEMNITY AGREEMENT WITH LIBERTY MUTUAL (.5). |
| FELD SR | 07/19/06 | 2.10 | REVIEW AND REVISE SURETY CREDIT MOTION (1.0); TELECONFERENCE WITH C. JACKSON RE: SURETY CREDIT MOTION (.1); EMAIL TO T. PENNINGTON RE: SURETY CREDIT MOTION (.1); REVIEW CASE LAW CITED IN SURETY CREDIT MOTION (.6); REVIEW EMAILS RE: SURETY INDEMNITY AGREEMENT (.2); REVIEW EMAIL RE: LIST OF BONDS (.1). |
| FELD SR | 07/20/06 | 2.70 | REVIEW AND REVISE MOTION, TERMSHEET AND PROPOSED ORDER RE: SURETY CREDIT FACILITY (2.6); TELECONFERENCE WITH L. MANDEL RE: SURETY CREDIT FACILITY (.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| FELD SR | 07/21/06 | 3.40 | FINALIZE MOTION, TERMSHEET AND RIDER RE: SURETY CREDIT FACILITY (2.2); TELECONFERENCE WITH T. PENNINGTON RE: CHANGE IN TERMSHEET (.1); TELECONFERENCE WITH J. HELFAT RE: SURETY CREDIT FACILITY (.1); TELECONFERENCE WITH K. HARDIE RE: DIP FINANCING BOND EXCEPTION (.1); REVIEW INSURANCE PROOF OF CLAIM AND PREPARE EMAIL RE: TYPES OF POLICIES (.9). |
| FELD SR | 07/24/06 | 6.70 | REVIEW AND MARK UP SURETY CREDIT AGREEMENT (6.0); TELECONFERENCE WITH D. BITTER RE: SURETY CREDIT AGREEMENT (.1); EMAIL TO J. LEAMY RE: INSURANCE RELATED AGREEMENTS (.1); REVIEW DIP CREDIT AGREEMENT RE: COVENANTS AFFECTED BY SURETY CREDIT FACILITY (.5). |
| LAMAINA KA | 07/24/06 | 0.50 | REVIEW SURETY MOTION (.5). |
| HENRY S | 07/25/06 | 0.50 | CONFERENCE CALL WITH S. FELD, D. BITTER, ET AL RE: PROPOSED SURETY AGREEMENT (PARTICIPATED IN PART OF CALL) (.5). |
| FELD SR | 07/25/06 | 5.30 | REVIEW MARK-UP OF SURETY CREDIT FACILITY AGREEMENT (4.3); CONFERENCE CALL WITH B. KICHLER, S. HENRY AND D. BITTER RE: SURETY CREDIT FACILITY AGREEMENT (1.0). |
| LAMAINA KA | 07/25/06 | 0.50 | REVIEW PREVIOUSLY FILED ACE MOTION AND ORDER TO PREPARE RESPONSE TO ACE (.5). |
| BAKER DJ | 07/26/06 | 0.40 | EMAIL TO S. HENRY, S. FELD, R. GRAY AND A. RAVIN RE: INSURANCE COMPANY ISSUES (.2); REVIEW RESPONSES TO SAME (.1); REPLY TO S. HENRY AND S. FELD (.1). |
| FELD SR | 07/26/06 | 2.40 | REVISE MARK UP OF SURETY CREDIT FACILITY AGREEMENT AND CIRCULATE TO LIBERTY (2.0); ANALYZE INSTITUTIONAL WORKERS COMPENSATION CLAIMS (.2); TELECONFERENCE WITH B. KICHLER RE: SURETY CREDIT FACILITY (.2). |
| LAMAINA KA | 07/26/06 | 4.70 | REVIEW OUTSTANDING COMPANY OBLIGATIONS UNDER INSURANCE POLICIES (3.4); NUMEROUS MEMORANDA WITH D. BITTER ON INSURANCE POLICIES UNDER PLAN (1.3). |
| BAKER DJ | 07/27/06 | 0.40 | EMAIL TO S. HENRY, S. FELD, A. RAVIN AND R. GRAY WITH RESPECT TO INSURANCE ISSUES (.2); REVIEW REPLY WITH RESPECT TO INSURANCE ISSUES (.1); RESPOND TO REPLIES RE: INSURANCE QUESTIONS (.1). |
| HENRY S | 07/27/06 | 0.40 | MEET WITH S. FELD RE INSURANCE CLAIM ANALYSIS (.4). |

102

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| FELD SR | 07/27/06 | 2.60 | CONFER WITH S. HENRY RE: INSURANCE CLAIM REVIEW AND ANALYSIS (.4); REVIEW MEMORANDUM RE: KEMPER CLAIMS (.9); ANALYSIS RE: ASSUMPTION OF INSURANCE POLICIES AND RELATED AGREEMENTS (.8); ANALYZE INSURERS CLAIM (.5). |
| LAMAINA KA | 07/27/06 | 0.40 | STRATEGY ON INSURANCE POLICIES ON ASSUMPTION MOTION (.4). |
| FELD SR | 07/28/06 | 5.40 | REVIEW INSURANCE CLAIMS CHART (1.5); PREPARE EMAILS TO T. PENNINGTON, M. FRANK, M. LEVAN RE: SURETY CREDIT FACILITY (.5); REVIEW REVISED INDEMNITY AGREEMENT (3.3); TELECONFERENCE WITH B. KICHLER RE: SURETY CREDIT FACILITY (.1). |
| FELD SR | 07/30/06 | 4.70 | CONTINUE TO REVIEW REVISED INDEMNITY AGREEMENT (1.8); TELECONFERENCE WITH T. PENNINGTON RE: SURETY CREDIT FACILITY (.3); CONFERENCE CALL WITH T. PENNINGTON, M. FRANKS, M. LEVAN RE: COMMENTS ON REVISED INDEMNITY AGREEMENT (2.0); EMAILS TO B. KICHLER AND D. BITTER RE: OPEN ISSUES RE: INDEMNITY AGREEMENT (.2); REVIEW OPEN ISSUES RE: INDEMNITY AGREEMENT (.4). |
| HENRY S | 07/31/06 | 2.10 | REVIEW LIBERTY AGREEMENT (1.8); MEET WITH S. FELD RE: ISSUES RELATING TO SURETY FACILITY (.2): REVIEW CORRESPONDENCE FROM COUNSEL RE SAME (.1). |
| FELD SR | 07/31/06 | 4.00 | CONFERENCE CALL WITH B. KICHLER AND D. BITTER RE: LIBERTY (.5); CONFERENCE WITH S. HENRY RE: SURETY CREDIT FACILITY (.2); REVIEW PROPOSED LANGUAGE FOR INDEMNITY AGREEMENT RE: INACTIVE ENTITIES (.2); TELECONFERENCE WITH B. KICHLER RE: INDEMNITY AGREEMENT (.2); PREPARE EMAILS RE: INFO FOR SCHEDULES TO INDEMNITY AGREEMENT AND STATUS OF REVISED AGREEMENT (.3); TELECONFERENCE WITH M. LEVAN RE: ISSUES ON INDEMNITY AGREEMENT (.3); REVIEW AND COMMENT ON REVISED INDEMNITY AGREEMENT (2.3). |

**MATTER TOTAL**            <u>**79.60**</u>

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                    **Bill Date: 08/18/06**
**Leases (Real Property)**                           **Bill Number: 1122978**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HENRY S | 06/27/06 | 0.20 | CONFER WITH A. RAVIN RE: PASS THROUGH LEASE CLAIMS AND PREPARE FOR CONFERENCE (.2). |
| GRAY RW | 07/04/06 | 0.10 | DRAFT MEMORANDUM TO C. JACKSON RE: CURE RESPONSE ISSUES (.1). |
| GRAY RW | 07/05/06 | 0.30 | REVIEW AND COMMENT ON BUEHLERS FILING (.1); REVIEW AND RESPOND TO MEMORANDUM FROM A. RAVIN RE: SECURITY DEPOSIT ISSUE (.1); TELECONFERENCE WITH A. RAVIN RE: BUEHLERS ADMINISTRATIVE CLAIM RESULTING FROM CATAMOUNT FILING (.1). |
| KALOUDIS D | 07/05/06 | 2.50 | TELECONFERENCE WITH A. RAVIN RE: BUEHLER (.1); TELECONFERENCE WITH A. RAVIN AND B. GASTON RE: STORES 1676 AND 1673 (.2); REVIEW MOTION FOR ADMINISTRATIVE EXPENSES RE: LEASES (.3); ANALYZE BUEHLER ISSUE RE: ADMINISTRATIVE CLAIM DEADLINE (.5); ANALYZE REJECTION DATES OF STORES 1676 AND 1673 RE: BUEHLER (.5); EMAIL TO A. RAVIN RE: BEUHLER (.1); REVISE BUEHLER MOTION FOR ADMINISTRATIVE CLAIM (.5); REVIEW LEASES FOR STORE 1673 AND 1676 (.3). |

| RAVIN AS | 07/05/06 | 5.40 | REVIEW CORRESPONDENCE FROM M. CHLEBOVEC RE:  BROOKSHIRES SUBSIDY (.1); REVIEW SECOND OMNIBUS ASSUMPTION MOTION (.2); MONITOR PLEADINGS FILED IN BUEHLERS (.1); REVIEW VARIOUS OBJECTIONS TO OMNIBUS ASSUMPTION MOTION INCLUDING CATAMOUNT, LONDON ASSOCIATES, WESTFORK AND PRUDENTIAL, DRAFT MULTIPLE CORRESPONDENCE TO C. JACKSON RE: OBJECTIONS TO OMNIBUS ASSUMPTION MOTION, DRAFT CORRESPONDENCE TO C. JACKSON RE: STORE 1335 ASSUMPTION MOTION (.7); REVIEW CATAMOUNT ADMIN CLAIM APPLICATIONS (.3); TELEPHONE CONFERENCE WITH D. MOTSINGER RE: CATAMOUNT ADMIN CLAIM APPLICATIONS (.2); DRAFT CORRESPONDENCE TO B. GASTON AND M. CHLEBOVEC RE: CATAMOUNT ADMIN CLAIM APPLICATIONS (.1); CONFERENCES WITH D. KALOUDIS RE: STATUS OF BUEHLERS ADMIN CLAIMS (.1); CONFERENCE WITH D. KALOUDIS AND B. GASTON RE: STATUS OF BUEHLERS ADMIN CLAIMS (.2); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO C. IBOLD RE: ADMIN CLAIM APPLICATIONS (.1); DRAFT BUEHLERS ADMIN CLAIM APPLICATION FOR STORES 1673 AND 1676 (2.6); CONFERENCE WITH R. GRAY RE: BUEHLERS ADMIN CLAIM APPLICATION (.1); DRAFT CORRESPONDENCE TO A. RAY RE: RHODES LEASE CLAIMS, TELEPHONE CONFERENCE WITH SAME RE: SAME (.1); REVIEW NOTICE OF WITHDRAWAL OF ASSUMPTION MOTION RE: STORE 1335, REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO C. JACKSON RE: SERVICE OF SAME, DRAFT MEMORANDUM J. WETZEL RE: SAME (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO B. EVANOFF RE: ASSIGNED LEASE GUARANTEE REJECTION MOTION, TELEPHONE CONFERENCE (VM) WITH SAME RE: SAME (.2); TELEPHONE CONFERENCE WITH B. GASTON RE: SECURITY DEPOSITS RE: SUBTENANTS (.2). |
| HENRY S | 07/06/06 | 0.10 | CONFERENCE WITH A. RAVIN RE: SUBLEASE SECURITY DEPOSIT ISSUE (.1). |
| GRAY RW | 07/06/06 | 0.30 | REVIEW AND RESPOND TO MEMORANDUM FROM A. RAVIN RE: LANDLORD CLAIM CLASS VIS A VIS ASSIGNEES (.2); REVIEW AND RESPOND TO MEMORANDUM FROM A. RAVIN RE: HANDLING OF TENANT SECURITY DEPOSITS (.1). |
| KALOUDIS D | 07/06/06 | 1.80 | ANALYZE BUEHLER ADMIN CLAIM MOTION (.5); FINALIZE FILING OF BUHLER ADMIN MOTION (1.3). |

RAVIN AS          07/06/06     2.70   REVIEW CORRESPONDENCE FROM B. GASTON
                                      RE: BUEHLERS ADMIN CLAIM APPLICATION,
                                      DRAFT CORRESPONDENCE TO SAME RE: SAME
                                      (.1); REVIEW MULTIPLE CORRESPONDENCE
                                      FROM AND DRAFT MULTIPLE CORRESPONDENCE
                                      TO L. MCDOWELL RE: BROOKSHIRES
                                      OBJECTION TO ASSIGNED LEASE GUARANTEE
                                      MOTION, DRAFT MEMORANDUM TO H. WETZEL
                                      RE: SERVICE ISSUES RE: SAME, DRAFT
                                      MEMORANDUM TO K. WARD RE: SAME,
                                      TELEPHONE CONFERENCE WITH K. WARD RE:
                                      SAME, DRAFT CORRESPONDENCE TO L.
                                      MCDOWELL RE: SAME, CONFERENCE WITH H.
                                      WETZEL RE: SAME (.2); REVIEW AND REVISE
                                      BUEHLERS ADMIN CLAIM APPLICATION RE:
                                      STORES 1676 AND 1673, DRAFT
                                      CORRESPONDENCE TO AND REVIEW
                                      CORRESPONDENCE FROM C. IBOLD RE: SAME
                                      (.7); DRAFT MEMORANDUM TO AND REVIEW
                                      MEMORANDUM FROM K. SAMBUR RE: PROPOSED
                                      LANGUAGE FOR ASSIGNED LEASE MOTION,
                                      DRAFT CORRESPONDENCE TO C. JACKSON RE:
                                      SAME (.1); REVIEW AND REVISE PROPOSED
                                      ORDER FOR ASSIGNED LEASE REJECTION
                                      MOTION RE: LANGUAGE PROPOSED BY B.
                                      EVANOFF, DRAFT CORRESPONDENCE TO AND
                                      REVIEW CORRESPONDENCE FROM C. IBOLD RE:
                                      SAME, DRAFT CORRESPONDENCE TO AND
                                      REVIEW CORRESPONDENCE FROM J. MILTON
                                      RE: SAME, DRAFT CORRESPONDENCE TO AND
                                      REVIEW CORRESPONDENCE FROM B. EVANOFF
                                      RE: SAME (.4); REVIEW PENMAN PLAZA
                                      ORDER, DRAFT CORRESPONDENCE TO M.
                                      CHLEBOVEC RE: SAME (.1); REVIEW AND
                                      ANALYZE BROOKSHIRES OBJECTION TO
                                      ASSIGNED LEASE REJECTION MOTION, DRAFT
                                      CORRESPONDENCE TO C. IBOLD RE: SAME,
                                      DRAFT CORRESPONDENCE TO L. MCDOWELL RE:
                                      SAME (.3); REVIEW AND ANALYZE 1997
                                      PROPERTIES' OBJECTION TO ASSIGNED LEASE
                                      REJECTION MOTION, DRAFT CORRESPONDENCE
                                      TO B. GASTON AND M. CHLEBOVEC RE: SAME,
                                      REVIEW CORRESPONDENCE FROM M. CHLEBOVEC
                                      RE: SAME (.2); CONFERENCE WITH S. HENRY
                                      RE: SECURITY DEPOSITS UNDER SUBLEASES
                                      (.1); TELEPHONE CONFERENCE WITH B.
                                      GASTON RE: SECURITY DEPOSITS UNDER
                                      SUBLEASES, REVIEW CORRESPONDENCE FROM
                                      SAME RE: SAME (.2); TELECONFERENCE WITH
                                      B. GASTON RE: GOODINGS AND CATAMOUNT
                                      (.1); CONFERENCE WITH H. WETZEL RE:
                                      SERVICE ISSUE FOR GUARANTEE MOTION
                                      (.1); REVIEW AND ANALYZE FIESTA MART
                                      INC. OBJECTION TO ASSIGNED LEASE
                                      REJECTION MOTION (.1).

KALOUDIS D        07/07/06     1.20   ANALYZE SERVICE OF BUEHLER MOTION (.3);
                                      FINALIZE CERTIFICATE OF SERVICE (.9).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAVIN AS         07/07/06      2.10   REVIEW ASSUMPTION/REJECTION
                                      SPREADSHEETS (.2); REVIEW
                                      CORRESPONDENCE FROM AND DRAFT
                                      CORRESPONDENCE TO B. GASTON RE:
                                      SUBLEASE SECURITY DEPOSITS, REVIEW
                                      CORRESPONDENCE FROM K. DAW RE: SAME,
                                      REVIEW CORRESPONDENCE FROM C. IBOLD RE:
                                      SAME (.2); DRAFT CORRESPONDENCE TO C.
                                      IBOLD RE: FIESTA MART OBJECTION (.1);
                                      REVIEW MEMORANDUM FROM AND DRAFT
                                      MEMORANDUM TO D. KALOUDIS RE: BUEHLERS
                                      STATUS (.1); REVIEW FIESTA MART
                                      OBJECTION, TELEPHONE CONFERENCE WITH M.
                                      DURRSCHMIDT RE: SAME, DRAFT
                                      CORRESPONDENCE TO SAME RE: SAME (.3);
                                      REVIEW 1997 PROPERTIES, INC. OBJECTION,
                                      MULTIPLE TELEPHONE CONFERENCES WITH R.
                                      MONTAGUE RE: SAME, DRAFT CORRESPONDENCE
                                      TO SAME RE: SAME (.3); DRAFT MEMORANDUM
                                      TO S. HENRY RE: 1997 PROPERTIES, INC.
                                      OBJECTION (.2); CONFERENCE WITH R. GRAY
                                      RE: 1997 PROPERTIES, INC. OBJECTION
                                      (.1); TELEPHONE CONFERENCE WITH B.
                                      GASTON AND S. KAROL RE: ASISGNED LEASE
                                      REJECTION MOTION (.3); REVIEW
                                      CERTIFICATE OF SERVICE RE: BUEHLERS,
                                      DRAFT MEMORANDA TO AND REVIEW MEMORANDA
                                      FROM H. WETZEL AND D. KLALOUDIS RE: SAME
                                      (.1); REVIEW MULTIPLE CORRESPONDENCE
                                      FROM AND DRAFT MULTIPLE CORRESPONDENCE
                                      TO L. MCDOWELL RE: ASSIGNED LEASE
                                      REJECTION MOTION, DRAFT MEMORANDUM TO
                                      SAME RE: SAME (.2).

EICHEL S         07/10/06      0.20   TELECONFERENCE WITH M. RICHARD RE:
                                      RETENTION OF SESSIONS LAW FIRM AS AN
                                      ORDINARY COURSE PROFESSIONAL (.1)
                                      REVIEW EMAILS FROM C. JACKSON RE:
                                      RETENTION QUESTIONNAIRE OF ASSESSMENT
                                      TECHNOLOGIES (.1).

KALOUDIS D       07/10/06      0.50   TELECONFERENCE WITH R.GOLD RE: BUEHLER
                                      NOTICE OF ADJOURNMENT (.2); ANALYZE
                                      SUMMARY ISSUES RE: LEASES (.3).

| | | | |
|---|---|---|---|
| RAVIN AS | 07/10/06 | 0.80 | DRAFT MEMORANDUM TO D. KALOUDIS RE: BUEHLERS STATUS (.1); TELEPHONE CONFERENCE WITH R. MONTAGUE RE: 1997 PROPERTIES OBJECTION TO ASSIGNED LEASE REJECTION MOTION (.1); DRAFT CORRESPONDENCE TO R. MONTAGUE RE: 1997 PROPERTIES OBJECTION TO ASSIGNED LEASE REJECTION MOTION (.1); MULTIPLE TELEPHONE CONFERENCES WITH C. JACKSON RE: STATUS OF OBJECTIONS TO ASSIGNED LEASE REJECTION MOTIONS (.1); DRAFT CORRESPONDENCE TO M. CHLEBOVEC AND B. GASTON RE: CATAMOUNT ADMIN CLAIM APPLICATION (.1); TELEPHONE CONFERENCE WITH C. JACKSON RE: ASSUMPTION MOTION ISSUES RE: CURE AMOUNTS (.1); REVIEW MEMORANDUM FROM A. MARGOLIS AND DRAFT MEMORANDUM TO SAME RE: OMNIBUS ASSUMPTION MOTION (.2). |
| HENRY S | 07/11/06 | 0.30 | CONFERENCE WTH A. RAVIN RE: OBJECTION (.2); CONFERENCE WITH K. SAMBUR AND V. ROLDAN RE: DEUTSCHE BANK FACILITY (.1). |
| FELD SR | 07/11/06 | 0.20 | REVIEW EMAILS RE: ANALYSIS OF PASS-THRU CERTIFICATES (.2). |
| GRAY RW | 07/11/06 | 0.10 | REVIEW AND RESPOND TO MEMORANDA FROM A. RAVIN AND J. BAKER RE: LEASE ASSUMPTION MOTION ISSUES RAISED BY WACHOVIA (.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAVIN AS          07/11/06          3.90     DRAFT CORRESPONDENCE TO M. DURRSCHMIDT
                                             RE: STATUS OF OBJECTION TO ASSIGNED
                                             LEASE GUARANTEE MOTION, DRAFT MULTIPLE
                                             CORRESPONDENCE TO AND REVIEW
                                             CORRESPONDENCE FROM J. MILTON RE: SAME
                                             (.4); TELEPHONE CONFERENCE WITH J.
                                             MILTON RE: STATUS OF OBJECTIONS TO
                                             ASSIGNED LEASE GUARANTEE MOTION (.1);
                                             TELEPHONE CONFERENCE WITH C. JACKSON
                                             RE: OMNIBUS ASSUMPTION MOTION (.2);
                                             DRAFT MEMORANDA TO AND REVIEW MEMORANDA
                                             FROM J. BAKER, R. GRAY AND A. MARGOLIS
                                             RE: OMNIBUS ASSUMPTION MOTION (.2);
                                             REVIEW AND REVISE PROPOSED ORDERS RE:
                                             ASSIGNED LEASE REJECTION MOTIONS (.3);
                                             TELEPHONE CONFERENCE WITH C. JACKSON
                                             RE: ASSIGNED LEASE REJECTION MOTIONS
                                             (.2); TELEPHONE CONFERENCE WITH C.
                                             JACKSON AND S. KAROL RE: ASSIGNED LEASE
                                             REJECTION MOTIONS (.2); TELEPHONE
                                             CONFERENCE WITH R. MONTAGUE RE:
                                             OBJECTION TO ASSIGNED LEASE REJECTION
                                             MOTION (.1); REVIEW CORRESPONDENCE FROM
                                             AND DRAFT CORRESPONDENCE TO B. GASTON
                                             RE: 1385, 1389, AND 1391 FUEL CENTERS
                                             (.2); CONFERENCE WITH A. MARGOLIS RE:
                                             LEASES SUBJECT TO OMNIBUS ASSUMPTION
                                             MOTION (.1); REVIEW PRIOR ASSUMPTION
                                             MOTIONS RE: RECONCILING DJM APPRAISAL
                                             AND ASSUMPTION MOTION LEASE LISTS (.3);
                                             CONFERENCE WITH A. MARGOLIS RE: SPECIAL
                                             REAL ESTATE ENTITY (.1); CONFERENCE
                                             WITH S. HENRY RE: 1997 PROPERTIES
                                             OBJECTION (.2); ANALYZE SPREADSHEET
                                             SENT BY R. MONTAGUE RE: 1997 PROPERTIES
                                             (.2); TELEPHONE CONFERENCE WITH R.
                                             MONTAGUE RE: 1997 PROPERTIES (.2);
                                             DRAFT CORRESPONDENCE TO M. CHLEBOVEC
                                             RE: 1997 PROPERTIES, TELEPHONE
                                             CONFERENCE WITH SAME RE: SAME (.2);
                                             DRAFT CORRESPONDENCE TO K. NIEL RE:
                                             LEASES NEEDED, TELEPHONE CONFERENCE
                                             (VM) WITH SAME RE: SAME (.1); TELEPHONE
                                             CONFERENCE WITH M. HELD RE: ASSIGNED
                                             LEASE REJECTION MOTION (.2); DRAFT
                                             CORRESPONDENCE TO L. MCDOWELL RE:
                                             REVISED LANGUAGE FOR PROPOSED ASSIGNED
                                             LEASE REJECTION ORDERS, DRAFT
                                             CORRESPONDENCE TO M. DURSCHMIDT RE:
                                             SAME, DRAFT CORRESPONDENCE TO AND
                                             REVIEW CORRESPONDENCE FROM B. EVANOFF
                                             RE: SAME (.2); TELEPHONE CONFERENCES
                                             (VM) WITH M. DURSCHMIDT RE: REVISED
                                             LANGUAGE FOR PROPOSED ASSIGNED LEASE
                                             REJECTION ORDER (.1); REVIEW
                                             CORRESPONDENCE FROM AND DRAFT
                                             CORRESPONDENCE TO M. HELD RE: PROPOSED
                                             LANGUAGE FOR ASSIGNED LEASE REJECTION
                                             ORDER (.1).

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| SAMBUR K | 07/11/06 | 0.50 | TELECONFERENCE WITH  V. ROLDAN AND S. HENRY RE: PASS-THROUGH CERTIFICATE TREATMENT UNDER REORGANIZATION PLAN (.1); REVIEW PASS-THROUGH CERTIFICATE STRUCTURE (.4). |
| HENRY S | 07/12/06 | 0.20 | CONFERENCE A. RAVIN RE: OBJECTION TO LEASE CLAIM (.2). |

RAVIN AS          07/12/06          5.90   REVIEW CORRESPONDENCE FROM AND DRAFT
                                           CORRESPONDENCE TO K. NIEL RE: THREE
                                           LEASES THAT WERE ASSIGNED PREPETITION,
                                           DRAFT MULTIPLE CORRESPONDENCE TO AND
                                           REVIEW CORRESPONDENCE FROM J. MILTON
                                           RE: SAME (.4); REVIEW AND REVISE TWO
                                           PROPOSED FORMS OF ORDER RE: ASSIGNED
                                           LEASE REJECTION MOTIONS (1.2);
                                           TELEPHONE CONFERENCE WITH R. BOYETTE
                                           RE: W-D RETROACTIVE REJECTION MOTION
                                           (.1); REVIEW AND ANALYZE GOODINGS
                                           COMPLAINT (.3); REVIEW PROOFS OF CLAIM
                                           UNDERLYING GOODINGS COMPLAINT (.3);
                                           DRAFT MULTIPLE CORRESPONDENCE TO AND
                                           REVIEW CORRESPONDENCE FROM B. BOWIN RE:
                                           COMMENTS TO GOODINGS COMPLAINT (.2);
                                           TELEPHONE CONFERENCE WITH D. MOTSINGER
                                           RE: BUEHLERS ADMIN CLAIMS (.1);
                                           MULTIPLE CONFERENCES WITH H. WETZEL RE:
                                           SERVICE RELATED TO ASSIGNED LEASE
                                           GUARANTEE REJECTION MOTIONS, DRAFT
                                           MEMORANDA TO AND REVIEW MEMORANDA FROM
                                           SAME RE: SAME (.2); DRAFT
                                           CORRESPONDENCE TO L. MCDOWELL RE:
                                           REVISED PROPOSED ASSIGNED LEASE
                                           REJECTION ORDER AND DRAFT
                                           CORRESPONDENCE TO B. EVANOFF RE: SAME
                                           (.1); DRAFT CORRESPONDENCE TO M.
                                           CHLEBOVEC RE: 1997 PROPERTIES OBJECTION
                                           (.1); TELEPHONE CONFERENCE WITH M.
                                           DURSCHMIDT RE: FIESTA MART OBJECTION,
                                           DRAFT MULTIPLE CORRESPONDENCE TO AND
                                           REVIEW CORRESPONDENCE FROM SAME RE:
                                           SAME (.3); TELEPHONE CONFERENCE WITH M.
                                           DURSCHMIDT RE: FIESTA MART OBJECTION
                                           (.3) CONFERENCE WITH S. HENRY RE: FIESTA
                                           MART OBJECTION (.2) DRAFT MULTIPLE
                                           CORRESPONDENCE TO AND REVIEW MULTIPLE
                                           CORRESPONDENCE FROM R. MONTAGUE RE:
                                           PROPOSED REJECTION ORDER AND RESOLUTION
                                           OF RELATED CLAIM ISSUE (.3); REVIEW
                                           MILLER GROUP PROPERTIES CORPORATION
                                           OBJECTION TO OMNIBUS ASSUMPTION MOTION
                                           (.1); DRAFT SEPARATE CORRESPONDENCE TO
                                           J. MILTON, L. MCDOWELL, R. BOYDETTE, M.
                                           HELD, AND B. EVANOFF RE: FURTHER
                                           REVISIONS TO PROPOSED ASSIGNED LEASE
                                           REJECTION ORDERS, REVIEW
                                           CORRESPONDENCE FROM L. MCDOWELL AND R.
                                           BOYDETTE RE: SAME (.5); DRAFT PROPOSED
                                           ORDER RE: 1327 STORE LEASE REJECTION AND
                                           ADDRESS SETOFF ARGUMENT IN CONNECTION
                                           WITH SAME (.5); REVIEW AND REVISE
                                           ADMINISTRATIVE CLAIM APPLICATION
                                           CHART, REVIEW ADMIN CLAIM BINDER (.4);

|          |          |      | REVIEW MULTIPLE CORRESPONDENCE FROM AND DRAFT MULTIPLE CORRESPONDENCE TO C. IBOLD RE: ASSIGNED LEASE GUARANTEE MOTION, DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM L. MCDOWELL RE: SAME (.3). |
|----------|----------|------|

HENRY S          07/13/06          0.30          CONFERENCE WITH A. RAVIN RE: CONTINGENT CLAIMS (.3).

RAVIN AS          07/13/06          4.30          DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM C. JACKSON RE: OTTERBOURG'S INQUIRY AS TO THREE LEASES INCLUDED ON OMNIBUS ASSUMPTION MOTION, REVIEW OBJECTION TO OMNIBUS ASSUMPTION MOTION, DRAFT MEMORANDUM TO R. GRAY RE: SAME (.1); DRAFT CORRESPONDENCE TO C. JACKSON RE: LEASE REJECTION MOTIONS (.1); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM D. MOTSINGER RE: BUEHLERS ADJOURNMENT STATUS, DRAFT CORRESPONDENCE TO C. IBOLD RE: SAME, REVIEW MULTIPLE CORRESPONDENCE FROM AND DRAFT MULTIPLE CORRESPONDENCE TO T. KING RE: SAME (.3); TELEPHONE CONFERENCE WITH C. JACKSON RE: PROPOSED STORE 1361 ORDER, REVIEW AND REVISE SAME, DRAFT CORRESPONDENCE TO SAME RE: SAME (.2); REVIEW AND REVISE PROPOSED ORDER RE: STORE 1327 LEASE REJECTION (.2); REVIEW AND REVISE ADMIN CLAIM APPLICATION CHART, DRAFT CORRESPONDENCE TO B. GASTON AND M. CHLEBOVEC RE: SAME (.4); CONFERENCES WITH H. WETZEL RE: ADMIN APPLICATION CHART (.2); TELEPHONE CONFERENCE WITH S. BUSEY AND C. JACKSON RE: LEASE GUARANTY REJECTION MOTIONS (.3); MULTIPLE TELEPHONE CONFERENCES WITH B. GASTON RE: GOODINGS, WOOLBRIGHT AND BUEHLERS (.4); ANALYZE LEASE/ASSIGNEE CLAIM ISSUE WITH RESPECT TO 502(E)(1)(B) (.2); CONFERENCE WITH S. HENRY RE: LEASE/ASSIGNEE CLAIM ISSUE WITH RESPECT TO 502(E)(1)(B) (.3); LEGAL RESEARCH RE: LEASE/ASSIGNEE CLAIM ISSUE WITH RESPECT TO 502(E)(1)(B) (.3); MULTIPLE CALLS WITH B. GASTON RE: LEASE/ASSIGNEE CLAIM ISSUE WITH RESPECT TO 502(E)(1)(B) (.5); REVIEW AND REVISE ADMINISTRATIVE CLAIM APPLICATION CHART, REVIEW ADMIN CLAIM BINDER (.6); DRAFT CORRESPONDENCE TO C. DOWLING RE: ADMIN CLAIM APPLICATION OF SALEM CROSSING (.1); DRAFT CORRESPONDENCE TO E. ASHTON RE: WITHDRAWAL OF VARIOUS ADMIN CLAIM APPLICATIONS (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW          07/14/06     0.10   REVIEW MEMORANDUM FROM A. RAVIN RE:
                                     SETOFF LANGUAGE FOR 1997 PROPERTIES
                                     OBJECTION AND TELECONFERENCE WITH A.
                                     RAVIN RE: SAME (.1).

RAVIN AS         07/14/06     0.70   TELEPHONE CONFERENCE (VM) WITH C.
                                     DOWLING RE: ADMIN CLAIM OF SALEM
                                     CROSSING (.1); REVIEW AND REVISE
                                     PROPOSED ORDER RE: STORE 1327 REJECTION
                                     MOTION (.3); DRAFT CORRESPONDENCE TO R.
                                     MONTAGUE RE: SAME (.1); CONFERENCE WITH
                                     H. WETZEL RE: SERVICE OF THREE ASSIGNED
                                     LEASE REJECTION ORDERS (.1); DRAFT
                                     CORRESPONDENCE TO B. GASTON RE: ADMIN
                                     CLAM STATUS CHART, REVIEW
                                     CORRESPONDENCE FROM M. CHLEBOVEC, K.
                                     NIEL AND B. GASTON RE: SAME (.1).

GRAY RW          07/17/06     0.10   REVIEW LETTER FROM CAPITAL PROPERTIES
                                     AND DRAFT MEMORANDUM TO C. JACKSON RE:
                                     HANDLING CURE ISSUE (.1).

RAVIN AS         07/17/06     0.90   REVIEW K. NIEL'S AMENDED ADMIN
                                     APPLICATION STATUS CHART (.2); REVIEW
                                     AND REVISE REVISED GOODINGS COMPLAINT,
                                     DRAFT CORRESPONDENCE TO B. BOWIN RE:
                                     COMMENTS TO SAME (.3); TELEPHONE
                                     CONFERENCE WITH R. HOOD RE: QUESTION ON
                                     OMNIBUS ASSUMPTION MOTION (.1); DRAFT
                                     CORRESPONDENCE TO C. IBOLD AND S. KAROL
                                     RE: ASSIGNED LEASE REJECTION ORDERS
                                     (.1); REVIEW CORRESPONDENCE FROM C.
                                     DOWLING RE: ADMIN CLAIM APPLICATION,
                                     DRAFT CORRESPONDENCE TO SAME RE: SAME
                                     (.1); REVIEW AND REVISE CERTIFICATES OF
                                     SERVICE RE: ASSIGNED LEASE GUARANTEE
                                     ORDERS (.1).

GRAY RW          07/18/06     0.30   REVIEW AND RESPOND TO MEMORANDUM FROM A.
                                     RAVIN RE: SUBSIDIZED LEASE ISSUE (.1);
                                     REVIEW LETTER FROM CHARLES WAYNE
                                     PROPERTIES AND DRAFT MEMORANDUM TO A.
                                     RAVIN AND C. JACKSON RE: HANDLING (.1);
                                     REVIEW AND RESPOND TO MEMORANDUM FROM A.
                                     RAVIN RE: BROOKSHIRES CLAIM AND CLASS
                                     CLAIM ESTIMATE (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAVIN AS          07/18/06          1.80   TELEPHONE CONFERENCE WITH C. JACKSON
                                           RE: 1997 PROPERTIES OBJECTION (.1);
                                           DRAFT MULTIPLE CORRESPONDENCE TO AND
                                           REVIEW MULTIPLE CORRESPONDENCE FROM B.
                                           BOWIN RE: GOODINGS COMPLAINT, REVIEW
                                           REVISED COMPLAINT, DRAFT MEMORANDUM TO
                                           S. HENRY RE: SAME, TELEPHONE CONFERENCE
                                           WITH B. BOWIN RE: SAME (.2); DRAFT
                                           CORRESPONDENCE TO AND REVIEW
                                           CORRESPONDENCE FROM R. MONTAGUE RE:
                                           PROPOSED ORDER RE: 1997 PROPERTIES
                                           (.1); DRAFT CORRESPONDENCE TO C.
                                           JACKSON RE: REJECTION RELATED TO FUEL
                                           CENTERS 1385 AND 1389, REVIEW
                                           UNDERLYING CORRESPONDENCE FROM B.
                                           GASTON RE: SAME, REVIEW CORRESPONDENCE
                                           FROM C. JACKSON RE: SAME, DRAFT
                                           CORRESPONDENCE TO C. IBOLD RE: SAME
                                           (.1); REVIEW CORRESPONDENCE FROM
                                           CHARLES WAYNE PROPERTIES RE: STORE
                                           2228, REVIEW MEMORANDUM FROM R. GRAY RE:
                                           SAME, REVIEW CORRESPONDENCE FROM C.
                                           JACKSON RE: SAME (.1); TELEPHONE
                                           CONFERENCE WITH K. NIEL RE: ADMIN LEASE
                                           CLAIM APPLICATIONS (.5); REVIEW
                                           OBJECTIONS TO OMNIBUS ASSUMPTION MOTION
                                           (.1); REVIEW CORRESPONDENCE FROM AND
                                           DRAFT CORRESPONDENCE TO S. MAGADINO RE:
                                           STORE 1368 FUEL CENTER (.1); REVIEW AND
                                           ANALYZE CORRESPONDENCE FROM B. GASTON
                                           RE: CLAIM 13312 AND STORE 1096, DRAFT
                                           CORRESPONDENCE TO SAME RE: SAME (.4);
                                           TELEPHONE CONFERENCE WITH B. GASTON RE:
                                           SAME (.1).

HENRY S           07/19/06          0.20   TELECONFERENCE WITH  RUSSELL MILLS RE:
                                           ASSUMPTION OF LEASE ON NEW ORLEANS
                                           PROPERTY (.2).

RAVIN AS          07/19/06          4.20    REVIEW AND REVISE ADMIN CLAIM
                                            APPLICATION CHART (.4); DRAFT MULTIPLE
                                            CORRESPONDENCE TO AND REVIEW MULTIPLE
                                            CORRESPONDENCE FROM K. NIEL RE: SAME
                                            (.2); DRAFT CORRESPONDENCE TO AND
                                            REVIEW CORRESPONDENCE FROM K. ROBINSON
                                            SEEKING WITHDRAWAL OF ADMIN CLAIM
                                            APPLICATION FOR CASSLESQUARE (.2);
                                            DRAFT CORRESPONDENCE TO AND REVIEW
                                            CORRESPONDENCE FROM C. DOWLING SEEKING
                                            WITHDRAWAL OF ADMIN CLAIM APPLICATION
                                            FOR THC, LLC (.2); DRAFT CORRESPONDENCE
                                            TO S. JOYNES RE: JNB COMPANY OF VIRGINIA
                                            SEEKING WITHDRAWAL OF ADMIN CLAIM
                                            APPLICATION, TELEPHONE CONFERENCE
                                            (VOICEMAILS) RE: SAME (.3); DRAFT
                                            CORRESPONDENCE TO R. ANDERSON RE:
                                            WITHDRAWAL OF ADMIN CLAIM APPLICATION
                                            OF MARKETPLACE PORT ST. LUCIE LIMITED
                                            PARTNERSHIP (.2); DRAFT CORRESPONDENCE
                                            TO S. FOX RE: WITHDRAWAL OF ADMIN CLAIM
                                            APPLICATION OF LEC PROPERTIES, INC. AND
                                            PC PROPERTIES, LLC (.2); DRAFT
                                            CORRESPONDENCE TO K. NIEL RE: OPEN
                                            ISSUES RE: ADMIN CLAIM APPLICATIONS
                                            (.1); REVIEW AND ANALYZE CORRESPONDENCE
                                            FROM K. NIEL RE: ADMIN CLAIM
                                            APPLICATIONS RE: STORES 2707 AND 1917
                                            (.2); DRAFT MULTIPLE CORRESPONDENCE TO
                                            E. ASHTON RE: ADMIN CLAIM APPLICATION
                                            FOR MCDONOUGH MARKETPLACE PARTNERS AND
                                            RE: STORE 1917 (.6); TELEPHONE
                                            CONFERENCE WITH M. CHLEBOVEC RE: STORE
                                            1327 TAX PAYMENT (.1); REVIEW
                                            CORRESPONDENCE FROM AND DRAFT
                                            CORRESPONDENCE TO S. JASKIEL RE: STORES
                                            673 AND 0124, DRAFT CORRESPONDENCE TO
                                            AND REVIEW CORRESPONDENCE FROM B.
                                            GASTON RE: SAME, DRAFT CORRESPONDENCE
                                            TO C. JACKSON RE: SAME (.3); REVIEW
                                            CORRESPONDENCE AND RELATED CHART FROM
                                            AND DRAFT CORRESPONDENCE TO C. IBOLD RE:
                                            SUBLEASES TO BE ASSUMED, DRAFT
                                            MEMORANDUM TO R. GRAY RE: SAME (.2);
                                            DRAFT MEMORANDA TO AND REVIEW MEMORANDA
                                            FROM R. GRAY AND D. TRURETSKY RE:
                                            SUBLEASES TO BE ASSUMED, DRAFT
                                            CORRESPONDENCE TO B. GASTON RE: SAME
                                            (.1); TELEPHONE CONFERENCE WITH R.
                                            MILLS, AND J. KATZ RE: QUESTIONS RE:
                                            ASSUMPTION OF LEASE (.2); TELEPHONE
                                            CONFERENCE WITH R. MILLS AND J. KATZ RE:
                                            OMNIBUS ASSUMPTION MOTION (.2); DRAFT
                                            CORRESPONDENCE TO C. JACKSON RE: SAME
                                            (.2); TELEPHONE CONFERENCE WITH SOLOMON
                                            JASKIEL RE: OMNIBUS ASSUMPTION MOTION
                                            (.1); REVIEW MULTIPLE CORRESPONDENCE
                                            FROM S. FOX RE: WITHDRAWAL OF ADMIN
                                            CLAIM APPLICATION (.1);

|          |          |      | REVIEW CORRESPONDENCE FROM C. PUGATCH RE: ADMIN CLAIM APPLICATION FOR CASSELSQUARE, DRAFT CORRESPONDENCE TO C. JACKSON RE: SAME (.1). |
|----------|----------|------|------|
| GRAY RW  | 07/20/06 | 0.20 | REVIEW AND RESPOND TO MEMORANDUM FROM N. CALDWELL RE: LANDLORD LETTER ON PLAN TREATMENT (.2). |

RAVIN AS          07/20/06          5.00   REVIEW AND REVISE ADMINISTRATIVE
                                           APPLICATION STATUS CHART (.2); DRAFT
                                           MULTIPLE CORRESPONDENCE TO AND REVIEW
                                           MULTIPLE CORRESPONDENCE FROM R.
                                           MONTAGUE RE: 1997 PROPERTIES PROPOSED
                                           ORDER STATUS (.2); TELEPHONE CONFERENCE
                                           WITH K. NIEL RE: ADMIN LEASE CLAIM FOR
                                           STORE 1917 (.2); DRAFT CORRESPONDENCE
                                           TO E. ASHTON RE: ADMIN LEASE CLAIM FOR
                                           STORE 1917 (.2); TELEPHONE CONFERENCE
                                           WITH E. ASHTON RE: ADMIN LEASE CLAIM FOR
                                           STORE 1917 AND RE: OTHER ADMIN CLAIM
                                           APPLICATIONS (.1); REVIEW
                                           CORRESPONDENCE FROM E. O'CARROLL RE:
                                           CURE AMOUNTS FOR STORE 1417, DRAFT
                                           CORRESPONDENCE TO C. JACKSON RE: SAME
                                           (.1); DRAFT FUEL CENTER LEASE REJECTION
                                           MOTION AND CORRESPONDING PROPOSED ORDER
                                           (.7); DRAFT CORRESPONDENCE TO C. IBOLD
                                           RE: FUEL CENTER LEASE REJECTION MOTION
                                           (.1); REVIEW NOTICE OF WITHDRAWAL OF LEC
                                           PROPERTIES ADMIN CLAIM APPLICATION,
                                           DRAFT MEMORANDUM TO H. WETZEL RE: SAME,
                                           REVISE ADMIN APPLICATION CHART RE:
                                           SAME, DRAFT CORRESPONDENCE TO AND
                                           REVIEW CORRESPONDENCE FROM S. FOX RE:
                                           SAME (.1); REVIEW CORRESPONDENCE FROM
                                           D. MOTSINGER RE: BUEHLERS STIPULATION
                                           STATUS, REVIEW CORRESPONDENCE FROM T.
                                           KING RE: SAME (.1); REVIEW
                                           CORRESPONDENCE FROM M. HELD RE: OMNIBUS
                                           ASSUMPTION MOTION, DRAFT
                                           CORRESPONDENCE TO SAME RE: SAME (.1);
                                           REVIEW CORRESPONDENCE FROM C. JACKSON
                                           RE: BUNDY LEASE, DRAFT CORRESPONDENCE
                                           TO SAME RE: SAME, DRAFT CORRESPONDENCE
                                           TO R. MILLS RE: SAME, DRAFT MULTIPLE
                                           CORRESPONDENCE TO AND REVIEW MULTIPLE
                                           CORRESPONDENCE FROM A. WULBERN RE:
                                           SAME, REVIEW CORRESPONDENCE FROM C.
                                           IBOLD RE: SAME, REVIEW CORRESPONDENCE
                                           FROM K. DAW RE: SAME (.4); REVIEW AND
                                           ANALYZE CORRESPONDENCE AND REVIEW AND
                                           REVISE PROPOSED ORDER FROM R. MONTAGUE
                                           RE: 1997 PROPERTIES (.9); DRAFT
                                           CORRESPONDENCE TO B. GASTON RE: 1997
                                           PROPERTIES (.3); REVIEW REJECTION
                                           DAMAGE PROOF OF CLAIM, DRAFT
                                           CORRESPONDENCE TO K. LOGAN AND B. GASTON
                                           RE: SAME (.1); REVIEW MULTIPLE
                                           CORRESPONDENCE FROM J. KUHNS RE: CURE
                                           PAYMENTS OWED, DRAFT CORRESPONDENCE TO
                                           A. WULBERN RE: SAME (.2); REVIEW LIMITED
                                           OBJECTION TO ASSUMPTION MOTION (.1);
                                           REVIEW ADMIN EXPENSE CLAIM FOR STORES
                                           547, 575 AND 597, DRAFT CORRESPONDENCE
                                           TO K. NIEL RE: SAME (.2); UPDATE ADMIN
                                           EXPENSE CLAIM CHART AND BINDER RE: ADMIN
                                           EXPENSE CLAIM FOR STORES 547, 575 AND
                                    117597 (.1);

|  |  |  | REVIEW ALLARD NOTICE OF WITHDRAWAL OF ADMIN EXPENSE CLAIM, DRAFT MEMORANDUM TO H. WETZEL RE SAME RE: CASE CALENDAR, UPDATE ADMIN CLAIM EXPENSE CHART RE: SAME (.1); DRAFT CORRESPONDENCE TO S. MAGADINO RE: FUEL CENTER LEASE (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO B. EVANOFF RE: ASSIGNED LEASE GUARANTEE ORDER (.1); CONFERENCE WITH D. TURETSKY RE: SUBLEASE ASSUMPTION MOTION (.1); REVIEW FIRST OMNIBUS CONTRACT AND SUBLEASE ASSUMPTION MOTION (.2). |
|---|---|---|---|
| HENRY S | 07/21/06 | 0.10 | CONFER WITH A. RAVIN RE: OBJECTION ORDER (.1). |
| GRAY RW | 07/21/06 | 0.10 | REVIEW AND COMMENT ON PROPOSED EMAIL TO L. MCDOWELL RE: SETTLEMENT OF CLAIM (.1). |
| RAVIN AS | 07/21/06 | 2.50 | REVIEW MULTIPLE CORRESPONDENCE FROM AND DRAFT MULTIPLE CORRESPONDENCE TO K. NIEL RE: ISRAM CURE ISSUES, DRAFT CORRESPONDENCE TO K. NIEL RE: FUEL CENTERS 1385 AND 1389 (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO S. MAGADINO RE: FUEL CENTER 1368 (.1); TELEPHONE CONFERENCE WITH B. GASTON RE: BUNDY LEASE, REVIEW CORRESPONDENCE FROM SAME RE: SAME (.2); TELEPHONE CONFERENCE WITH B. GASTON RE: 1997 PROPERTIES OBJECTION, REVIEW CORRESPONDENCE FROM SAME RE: SAME (.2); REVIEW AND ANALYZE MULTIPLE CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO K. NIEL RE: 1997 PROPERTIES OBJECTION, DRAFT MEMORANDUM TO R. GRAY RE: SAME (.4); TELEPHONE CONFERENCE WITH B. GASTON RE: SAME (.1); REVIEW AND REVISE PROPOSED 1997 PROPERTIES ORDER (.2); REVIEW AND ANALYZE CORRESPONDENCE FROM C. IBOLD RE: SUBLEASE ASSUMPTION MOTION (.1); REVIEW AND REVISE 1997 PROPOSED ORDER (.5); CONFERENCE WITH S. HENRY RE: PROPOSED 1997 REJECTION ORDER (.1); DRAFT CORRESPONDENCE TO R. MONTAGUE RE: SAME (.1); REVIEW GARDENS PARK PLAZA OBJECTION (.1); REVIEW MULTIPLE CORRESPONDENCE FROM A. WULBERN RE: COMMODORE ISRAM CURE AMOUNTS (.1); REVIEW CORRESPONDENCE FROM M. HELD RE: OMNIBUS ASSUMPTION MOTION, DRAFT CORRESPONDENCE TO A. WULBERN RE: SAME (.1); REVIEW MULTIPLE CORRESPONDENCE FROM M. CHLEBOVEC RE: SUBLEASES ON OMNIBUS ASSUMPTION MOTION (.1). |

| RAVIN AS | 07/22/06 | 0.10 | REVIEW MULTIPLE CORRESPONDENCE FROM B. GASTON RE: CURE AMOUNTS FOR COMMODORE ISRAM (.1). |
| GRAY RW | 07/23/06 | 0.10 | REVIEW AND COMMENT ON RESPONSE TO D. WANDER RE: CURE ESTIMATES (.1). |
| RAVIN AS | 07/23/06 | 0.10 | REVIEW CORRESPONDENCE FROM A. WULBERN RE: M. HELD INQUIRY RE: OMNIBUS ASSUMPTION MOTION (.1). |
| GRAY RW | 07/24/06 | 1.20 | REVIEW AND COMMENT ON MOTION TO SELL ADDITIONAL STORES (.6); REVIEW AND COMMENT ON MONTGOMERY WAREHOUSE MOTION (.4); EXCHANGE EMAILS WITH J. BAKER AND A. RAVIN RE: BROOKSHIRES ISSUES (.1); REVIEW LETTER FROM J. TIEMSTRA RE: CURE OBJECTION AND DRAFT MEMORANDUM TO C. JACKSON ET AL. RE: HANDLING (.1). |

RAVIN AS          07/24/06          2.40     REVIEW MORRIS REALTY CORP.'S OBJECTION
                                             TO OMNIBUS ASSUMPTION MOTION (.1);
                                             REVIEW MEMORANDUM FROM K. SAMBUR RE:
                                             FUEL CENTER LEASES, CONFERENCE WITH
                                             SAME RE: SAME (.1); REVIEW
                                             CORRESPONDENCE FROM J. KUHNS RE:
                                             OMNIBUS ASSUMPTION MOTION AND CURE
                                             AMOUNTS (.1); REVIEW AND REVISE MOTION
                                             TO SELL 7 ADDITIONAL STORES, REVIEW AND
                                             REVISE MOTION AUTHORIZING SALE OF
                                             MONTGOMERY WAREHOUSE (.5); DRAFT
                                             CORRESPONDENCE TO C. JACKSON RE:
                                             COMMENTS TO MOTION TO SELL 7 ADDITIONAL
                                             STORES AND MOTION AUTHORIZING SALE OF
                                             MONTGOMERY WAREHOUSE, DRAFT
                                             CORRESPONDENCE TO A. WULBERN RE: SAME
                                             (.3) DRAFT CORRESPONDENCE TO S. KAROL
                                             AND B. GASTON RE: TERRANOVA ALLEGATIONS
                                             RE: CURE AMOUNTS (.1); REVIEW
                                             CORRESPONDENCE FROM AND DRAFT
                                             CORRESPONDENCE TO J. MILTON RE: CROWDER
                                             FAMILY MOTION TO COMPEL PAYMENT OF CURE
                                             AMOUNTS, DRAFT CORRESPONDENCE TO C.
                                             JACKSON RE: SAME (.1); REVIEW MOTION FOR
                                             RECONSIDERATION RE: ASSIGNED LEASE
                                             GUARANTY MOTION (.2); REVIEW
                                             CORRESPONDENCE FROM R. MONTAGUE RE:
                                             1997 PROPERTIES REJECTION ORDER, REVIEW
                                             REVISED PROPOSED ORDER, DRAFT
                                             CORRESPONDENCE TO B. GASTON RE: SAME,
                                             DRAFT CORRESPONDENCE TO J. MILTON RE:
                                             SAME (.3); TELEPHONE CONFERENCE WITH J.
                                             MILTON RE: 1997 PROPERTIES REJECTION
                                             ORDER, REVIEW REVISED PROPOSED ORDER
                                             (.2); REVIEW CORRESPONDENCE FROM
                                             LANDLORD FOR STORE 618 RE: CURE (.1);
                                             REVIEW AND ANALYZE MOTION FOR
                                             RECONSIDERATION FILED BY W.T.V.A. RE
                                             ASISGNED LEASE GUARANTY MOTION, DRAFT
                                             CORRESPONDENCE TO C. IBOLD RE: SAME
                                             (.3).

SAMBUR K          07/24/06          1.40     TALK WITH K. NEIL RE: FUEL CENTER
                                             REJECTION MOTION (.2); REVIEW
                                             DOCUMENTATION PROVIDED BY K. NEIL
                                             RELATED TO FUEL CENTER REJECTION MOTION
                                             (1.2).

RAVIN AS          07/25/06      1.40    DRAFT CORRESPONDENCE TO K. NIEL RE:
                                        CATAMOUNT ADMIN CLAIM APPLICATION (.1);
                                        REVIEW CORRESPONDENCE FROM S. MAGADINO
                                        RE: STORE 1417 (.1); REVIEW
                                        CORRESPONDENCE FROM AND DRAFT
                                        CORRESPONDENCE TO J. MILTON RE: 1997
                                        PROPERTIES PROPOSED ORDER (.1); REVIEW
                                        MULTIPLE OBJECTIONS TO OMNIBUS
                                        ASSUMPTION MOTION (.3); TELEPHONE
                                        CONFERENCE WITH K. WARD RE: 1997
                                        PROPERTIES OBJECTION (.1); REVIEW
                                        CORRESPONDENCE FROM C. MORROW RE: STORE
                                        NO. 380 (PEMBROKE PINES, FL) CURE
                                        AMOUNT, TELEPHONE CONFERENCE WITH SAME
                                        RE: SAME (.2); TELEPHONE CONFERENCE
                                        (VM) WITH C. IBOLD RE: STORE 1327
                                        OBJECTION (.1); REVIEW AND REVISE 1997
                                        PROPERTIES PROPOSED ORDER (.1); REVIEW
                                        CORRESPONDENCE FROM R. MILLS RE: STORE
                                        1417, DRAFT CORRESPONDENCE TO A.
                                        WULBERN RE: SAME (.1); REVIEW
                                        CORRESPONDENCE FROM AND DRAFT
                                        CORRESPONDENCE TO J. MILTON RE WTVA
                                        MOTION FOR RECONSIDERATION, REVIEW
                                        MOTION RE: SAME (.1); DRAFT
                                        CORRESPONDENCE TO K. WARD RE: 1997
                                        PROPERTIES OBJECTION (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAVIN AS          07/26/06       1.60   ANALYZE MOTION FOR RECONSIDERATION OF
                                        GUARANTEE ORDER (.1); DRAFT MEMORANDUM
                                        TO K. SAMBUR RE: MOTION FOR
                                        RECONSIDERATION (.1); CONFERENCE WITH
                                        K. SAMBUR RE: MOTION FOR
                                        RECONSIDERATION (.2); REVIEW
                                        CORRESPONDENCE FROM AND DRAFT
                                        CORRESPONDENCE TO C. IBOLD RE: SAME
                                        (.1); REVIEW CORRESPONDENCE FROM C.
                                        FERNANDEZ RE: COMMENTS TO OMNIBUS
                                        ASSUMPTION MOTION, DRAFT
                                        CORRESPONDENCE TO SAME RE: SAME (.1);
                                        REVIEW MEMORANDA FROM A. MARGOLIS, J.
                                        BAKER, P. NECKLES AND R. GRAY RE:
                                        SALE/LEASE ASSIGNMENTS, DRAFT
                                        CORRESPONDENCE TO A. MARGOLIS RE: SAME
                                        (.1); TELEPHONE CONFERENCE WITH S.
                                        BUSEY RE: PROPOSED REVISED 1997
                                        PROPERTIES ORDER (.1); DRAFT
                                        CORRESPONDENCE TO T. KING RE: BUEHLERS
                                        STATUS OF STIPULATION (.1); TELEPHONE
                                        CONFERENCE (VM) WITH M. BEN-EZRA RE:
                                        MOTION FOR RECONSIDERATION (.1); REVIEW
                                        CORRESPONDENCE FROM K. NIEL RE:
                                        CATAMOUNT ADMIN CLAIM APPLICATION (.1);
                                        DRAFT MULTIPLE CORRESPONDENCE TO AND
                                        REVIEW CORRESPONDENCE FROM C. PUGATCH
                                        RE: ADMIN CLAIM APPLICATION, DRAFT
                                        CORRESPONDENCE TO AND REVIEW
                                        CORRESPONDENCE FROM C. DOWLING RE: SAME
                                        (.2); REVIEW AGREED ORDER RE: ADMIN
                                        CLAIM APPLICATION OF CASSELSQUARE,
                                        DRAFT CORRESPONDENCE TO C. JACKSON RE:
                                        SAME (.1); REVIEW GOODINGS ADMIN CLAIM
                                        APPLICATION, DRAFT CORRESPONDENCE TO K.
                                        NIEL RE: SAME (.2).

SAMBUR K          07/26/06       1.10   REVIEW REQUEST TO RECONSIDER ORDER
                                        PERMITTING DEBTOR TO REJECT LEASES
                                        ASSIGNED PREPETITION (.9); CALL WITH A.
                                        RAVIN TO DISCUSS PROPRIETY OF REQUEST TO
                                        RECONSIDER ORDER REJECTIONS LEASES
                                        ASSIGNED PREPETITION (.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| RAVIN AS | 07/27/06 | 1.10 | DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM T. KING RE: STATUS OF BUEHLERS STIPULATION (.1); TELEPHONE CONFERENCE WITH C. IBOLD AND D. YOUNG RE: 502(B)(6) CLAIMS (.1); REVIEW ASSIGNED LEASE GUARANTY ORDER, DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM R. MONTAGUE RE: SAME (.1); REVIEW CORRESPONDENCE RE: CONSTRUCTION COSTS AND CURE ON STORE NO. 481/485 (.1); REVIEW AND REVISE BUEHLERS STIPULATION, DRAFT MEMORANDA TO S. HENRY AND D. KALOUDIS RE: SAME (.3); REVIEW CORRESPONDENCE FROM AND DRAFT LENGTHY CORRESPONDENCE TO C. IBOLD RE: LEASE TERMINATION AGREEMENT STRATEGY (.4). |
| KALOUDIS D | 07/28/06 | 1.30 | REVIEW STIPULATION WITH BUEHLER (1.3). |
| RAVIN AS | 07/28/06 | 1.00 | REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO T. KING RE: BUEHLERS STIPULATION, REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO D. MOTSINGER RE: SAME, DRAFT MEMORANDA TO AND REVIEW MEMORANDA FROM D. KALOUDIS RE: SAME (.2); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO K. NIEL RE: GOODINGS ADMIN CLAIM APPLICATION, UPDATE CHART RE: SAME (.1); REVIEW AND REVISE CASSELSQUARE AGREED ORDER (.3); REVIEW CORRESPONDENCE FROM R. MILLS RE: STORE 1417 AND OMNIBUS ASSUMPTION MOTION (.1); REVIEW OBJECTIONS TO OMNIBUS ASSUMPTION MOTION (.3). |
| RAVIN AS | 07/29/06 | 0.20 | REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO B. GASTON RE: W.T.V.A. MOTION FOR RECONSIDERATION (.1); DRAFT CORRESPONDENCE TO C. JACKSON RE: CASSELSQUARE AGREED ORDER RE: ADMIN CLAIM APPLICATION (.1). |
| RAVIN AS | 07/30/06 | 0.20 | REVIEW NOTICE OF AGENDA IN BUEHLERS, REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO T. KING RE: SAME (.2). |
| GRAY RW | 07/31/06 | 0.10 | REVIEW LETTER FROM J. TIEMSTRA AND DRAFT MEMORANDUM TO SAME RE: PROVENDER HALL (0.1). |
| KALOUDIS D | 07/31/06 | 0.40 | REVIEW BEUHLER FIRST OMNIBUS REJECTION TO CLAIMS (.4). |

RAVIN AS        07/31/06      0.80   REVIEW MCGUIREWOODS LLP'S / CURE
                                     OBJECTION (.1); TELEPHONE CONFERENCE
                                     WITH B. GASTON RE: LEASE TERMINATION
                                     ISSUES (.1); TELEPHONE CONFERENCE WITH
                                     C. IBOLD RE: MOTION FOR RECONSIDERATION
                                     AND BAHAMAS LEASE ISSUES (.2); REVIEW 7
                                     STORE SALE MOTION AND MONTGOMERY SALE
                                     MOTION, DRAFT CORRESPONDENCE TO AND
                                     REVIEW CORRESPONDENCE FROM C. JACKSON
                                     RE: SAME (.2); REVIEW T. KING EXTENSION
                                     REQUEST, DRAFT MEMORANDA TO AND REVIEW
                                     MEMORANDA FROM J. LEAMY RE: T. KING
                                     EXTENSION REQUESTS (.2).

**MATTER TOTAL**                   <u>**64.60**</u>

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                          Bill Date: 08/18/06
**Litigation (General)**                                   Bill Number: 1122978

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| RAVIN AS | 07/07/06 | 0.80 | REVIEW MULTIPLE CORRESPONDENCE FROM J. CASTLE RE: ABLE LABS PROOF OF CLAIM (.1); REVIEW PROOF OF CLAIM AND CLAIMS OBJECTION RE: SAME (.2); MULTIPLE CONFERENCES WITH D. TURETSKY RE: SAME (.2); TELECONFERENCE WITH D. TURETSKY AND J. CASTLE RE: SAME (.3). |
| TURETSKY DM | 07/07/06 | 4.20 | RESEARCH IN CONNECTION WITH RESPONSE TO OBJECTION FILED IN ABLE CHAPTER 11 CASE TO WINN-DIXIE PROOF OF CLAIM (3.3); TELECONFERENCE WITH J. CASTLE AND A. RAVIN RE: RESPONSE TO OBJECTION FILED IN ABLE CHAPTER 11 CASE TO WINN-DIXIE PROOF OF CLAIM (.3); MEETINGS WITH A. RAVIN RE: RESPONSE TO OBJECTION FILED IN ABLE CHAPTER 11 CASE TO WINN-DIXIE PROOF OF CLAIM (.2); TELEPHONE CALLS TO ATTORNEYS FOR ABLE (P. KIZEL, K. ROSEN, AND S. LEVINE) RE: RESPONSE TO OBJECTION FILED IN ABLE CHAPTER 11 CASE TO WINN-DIXIE PROOF OF CLAIM (.1); TELECONFERENCE WITH T. WHEELER RE: RESPONSE TO OBJECTION FILED IN ABLE CHAPTER 11 CASE TO WINN-DIXIE PROOF OF CLAIM (.1); E-MAIL TO J. CASTLE RE: RESPONSE TO OBJECTION FILED IN ABLE CHAPTER 11 CASE TO WINN-DIXIE PROOF OF CLAIM (.2). |
| RAVIN AS | 07/11/06 | 0.50 | CONFERENCES WITH D. TURETSKY RE: ABLE LABS STRATEGY (.4); REVIEW MEMORANDUM FROM D. TURETSKY RE: SAME (.1). |
| TURETSKY DM | 07/11/06 | 3.70 | FURTHER RESEARCH AND ANALYSIS RE: ISSUES CONCERNING RESPONSE TO OBJECTION TO CLAIM FILED BY WINN-DIXIE IN ABLE LABS CHAPTER 11 CASE (3.1); MEETING WITH A. RAVIN RE: ISSUES CONCERNING RESPONSE TO OBJECTION TO CLAIM FILED BY WINN-DIXIE IN ABLE LABS CHAPTER 11 CASE (.4); E-MAIL TO J. CASTLE, J. JAMES, C. VAN PELT, M. RICHARD, B. FISHER, M. LEBLANC, AND A. RAVIN RE: ISSUES CONCERNING RESPONSE TO OBJECTION TO CLAIM FILED BY WINN-DIXIE IN ABLE LABS CHAPTER 11 CASE (.2). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAVIN AS          07/12/06     0.10    REVIEW CORRESPONDENCE FROM C. VAN PELT
                                       RE: ABLE LABS, REVIEW CORRESPONDENCE
                                       FORM J. CASTLE RE: ABLE LABS, DRAFT
                                       MEMORANDUM TO AND REVIEW MEMORANDUM
                                       FROM D. TURETSKY RE: SAME, REVIEW
                                       CORRESPONDENCE FROM T. WHEELER RE:
                                       ADJOURNMENT (.1).

RAVIN AS          07/13/06     0.20    CONFERENCES WITH D. TURETSKY RE: ABLE
                                       LABS, REVIEW MEMORANDUM FROM SAME RE:
                                       SAME, REVIEW CORRESPONDENCE FROM J.
                                       CASTLE RE: SAME (.2).

TURETSKY DM       07/13/06     5.60    MEETING WITH A. RAVIN RE: RESPONDING TO
                                       OBJECTION RE: PROOF OF CLAIM FILED BY
                                       WINN-DIXIE IN ABLE LABS CHAPTER 11 CASE
                                       (.2); FURTHER RESEARCH RE: ISSUES
                                       ASSOCIATED WITH RESPONDING TO OBJECTION
                                       RE: PROOF OF CLAIM FILED BY WINN-DIXIE
                                       IN ABLE LABS CHAPTER 11 CASE (.7);
                                       E-MAIL TO J. CASTLE, J. JAMES, C. VAN
                                       PELT, M. RICHARD, B. FISHER, M. LEBLANC,
                                       AND A. RAVIN RE: ISSUES ASSOCIATED WITH
                                       RESPONDING TO OBJECTION RE: PROOF OF
                                       CLAIM FILED BY WINN-DIXIE IN ABLE LABS
                                       CHAPTER 11 CASE (.2); DRAFT WINN-DIXIE
                                       RESPONSE TO TO OBJECTION RE: PROOF OF
                                       CLAIM FILED BY WINN-DIXIE IN ABLE LABS
                                       CHAPTER 11 CASE (4.5).

BAKER DJ          07/14/06     0.10    CONFER WITH D. TURETSKY REGARDING ABLE
                                       LABS CLAIMS. (.1).

RAVIN AS          07/14/06     0.30    REVIEW AND REVISE ABLE LABS PLEADING,
                                       DRAFT MEMORANDUM TO D. TURETSKY RE: SAME
                                       (.3).

TURETSKY DM       07/14/06     1.70    REVISE WINN-DIXIE'S RESPONSE TO
                                       OBJECTION RE: PROOF OF CLAIM FILED BY
                                       WINN-DIXIE IN ABLE LABS CHAPTER 11 CASE
                                       (1.2); E-MAILS TO R. GRAY AND A. RAVIN
                                       RE: RESPONSE TO OBJECTION RE: PROOF OF
                                       CLAIM FILED BY WINN-DIXIE IN ABLE LABS
                                       CHAPTER 11 CASE (.2); DRAFT MEMORANDUM
                                       TO R. GRAY AND J. BAKER RE: DISPUTE
                                       BETWEEN WINN-DIXIE AND ABLE
                                       LABORATORIES (.3).

RAVIN AS          07/17/06     0.10    DRAFT MEMORANDUM TO D. TURETSKY RE:
                                       STATUS OF ABLE LABS RESPONSE (.1).

TURETSKY DM       07/17/06     0.40    REVIEW PROPOSED ORDER RE: ABLE LABS
                                       CLAIMS OBJECTION MOTION (.4).

RAVIN AS          07/18/06     0.10    REVIEW MEMORANDA FROM J. BAKER AND R.
                                       GRAY RE: ABLE LABS STATUS (.1).

TURETSKY DM       07/18/06     0.20    E-MAIL TO J. CASTLE RE: RESPONSE TO ABLE
                                       LABS CLAIM OBJECTION (.2).

126

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAVIN AS           07/19/06     0.10    REVIEW REVISED ABLE LABS RESPONSE,
                                        REVIEW MEMORANDUM FROM AND DRAFT
                                        MEMORANDUM TO D. TURETSKY RE: SAME (.1).

TURETSKY DM        07/19/06     1.00    FURTHER REVISE RESPONSE TO ABLE LABS
                                        OBJECTION (.4); FURTHER ANALYSIS RE:
                                        ISSUES RELATED TO ABLE LABS OBJECTION
                                        (0.4); E-MAIL TO A. RAVIN RE: RESPONSE
                                        TO ABLE LABS OBJECTION (.1); E-MAIL TO
                                        J. CASTLE, C. VAN PEL, J. JAMES, M.
                                        RICHARD, B. FISHER, AND M. LEBLANC RE:
                                        RESPONSE TO ABLE LABS CLAIM OBJECTION
                                        (.1).

RAVIN AS           07/20/06     0.10    REVIEW AND REVISE ABLE LABS RESPONSE
                                        (.1).

TURETSKY DM        07/20/06     2.60    E-MAIL TO A. RAVIN RE: RESPONSE TO ABLE
                                        LABS CLAIM OBJECTION (.1); E-MAIL TO J.
                                        CASTLE, C. VAN PEL, J. JAMES, M.
                                        RICHARD, B. FISHER, AND M. LEBLANC RE:
                                        RESPONSE TO ABLE LABS CLAIM OBJECTION
                                        (.2); FURTHER REVISE ABLE LABS RESPONSE
                                        (.5); FURTHER RESEARCH AND ANALYSIS RE:
                                        ISSUES ARISING IN CONNECTION WITH ABLE
                                        LABS RESPONSE (1.8).

RAVIN AS           07/21/06     0.40    REVIEW AND FINALIZE DOCUMENTS FOR
                                        FILING (.4).

TURETSKY DM        07/21/06     5.10    FURTHER ANALYSIS RE: ISSUES CONCERNING
                                        RESPONSE TO ABLE LABS OBJECTION (1.6);
                                        FURTHER REVISE RESPONSE TO ABLE LABS
                                        OBJECTION (.1); FINALIZE ABLE LABS
                                        RESPONSE FOR FILING (1.5); E-MAIL TO A.
                                        SALAZAR RE: ABLE LABS RESPONSE (.1);
                                        E-MAIL TO J. WETZEL RE: ABLE LABS
                                        RESPONSE (.1) PREPARE CERTIFICATES AND
                                        LETTER REQUIRED FOR FILING ABLE LABS
                                        RESPONSE (1.7).

RAVIN AS           07/24/06     0.40    COORDINATE FILING OF CERTIFICATE OF
                                        SERVICE RE: ABLE LABS (.1); REVIEW
                                        MEMORANDUM FROM J. CASTLE RE: VISAGENT
                                        (.1); REVIEW VISAGENT'S REQUEST FOR
                                        PRODUCTION OF DOCUMENTS (.2).

TURETSKY DM        07/24/06     0.60    COORDINATE DRAFTING OF CERTIFICATE OF
                                        SERVICE IN CONNECTION WITH ABLE LABS
                                        RESPONSE (.6).

RAVIN AS           07/25/06     0.10    CONFERENCE WITH D. TURETSKY RE:
                                        STRATEGY FOR ADDRESSING ABLE LABS (.1).

TURETSKY DM        07/25/06     0.10    TELECONFERENCE WITH A. RAVIN RE:
                                        RESPONSE TO ABLE LABS CLAIM OBJECTION
                                        (0.1).

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| RAVIN AS | 07/26/06 | 0.10 | REVIEW CORRESPONDENCE FROM E. MONTGOMERY RE: LITIGATION, DRAFT CORRESPONDENCE TO J. POST RE: SAME (.1). |
| RAVIN AS | 07/27/06 | 0.20 | REVIEW J. GOOCH LETTER, DRAFT CORRESPONDENCE TO J. POST RE: SAME (.1); TELEPHONE CONFERENCE WITH J. MILTON RE: VISAGENT (.1). |
| TURETSKY DM | 07/31/06 | 0.20 | REVIEW PLEADINGS FILED IN ABLE LABS CASE TO DETERMINE WHETHER THEY IMPACT WINN-DIXIE'S CLAIM AGAINST ABLE LABS (0.2). |

**MATTER TOTAL**                    <u>**29.00**</u>

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                          Bill Date: 08/18/06
**Reorganization Plan / Plan Sponsors**                    Bill Number: 1122978

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HENRY S | 06/21/06 | 1.90 | COMPLETE REVIEW OF COMMITTEE'S COMMENTS ON BRIEF (.5); REVISE CONFIRMATION BRIEF (.9); EMAIL TO S. BUSEY AND J. BAKER RE: SAME (.1); REVIEW AND RESPOND TO EMAILS FROM MATT BARR RE: SAME (.4). |
| GRAY RW | 07/04/06 | 0.80 | DRAFT MEMORANDUM TO K. BRISTOR RE: OPEN TAX ISSUES RELATING TO PLAN (.1); REVIEW FILES/NOTES RE: ITEMS FOR OPEN PLAN ISSUES LIST (.7). |
| BAKER DJ | 07/05/06 | 5.30 | REVIEW PLAN ISSUES WITH RESPECT TO CLAIM RESERVE PROVISIONS (1.5); CONFERENCE CALL WITH J. CASTLE, F. HUFFARD, H. ETLIN AND S. BUSEY RE: CLAIM RESERVE IN PLAN (1.1); TELECONFERENCE WITH  J. SKELTON WITH RESPECT TO PLAN ISSUES (.4); REVIEW PLAN ISSUES LIST (.6); REVIEW EMAIL FROM M. FRIEDMAN WITH RESPECT TO SUBSTANTIAL CONTRIBUTION ISSUE RAISED IN PLAN OF REORGANIZATION (.1); REVIEW EMAIL FROM M. BARR TO M. FRIEDMAN WITH RESPECT TO SUBSTANTIAL CONTRIBUTION ISSUE (.1); CONTINUE REVIEW OF ISSUES IN PLAN OF REORGANIZATION RELATED TO TREATMENT OF P. LYNCH CONTRACT (1.2); TELECONFERENCE WITH  L. APPEL WITH RESPECT TO SUBSTANTIAL CONTRIBUTION ISSUES IN PLAN OF REORGANIZATION ISSUES (.3). |
| HENRY S | 07/05/06 | 3.80 | REVIEW EMAIL FROM M. FRIEDMAN RE: SUBSTANTIAL CONTRIBUTION MATTER (.1); READ 11TH CIRCUIT CASES RELEVANT TO BRIEF IN SUPPORT OF PLAN CONFIRMATION (3.7). |

GRAY RW        07/05/06      3.10   CONTINUE PREPARATION OF OPEN ISSUES
                                    LIST (1.4); TELECONFERENCE WITH J.
                                    BAKER RE: COMMENTS ON SAME (.1); DRAFT
                                    MEMORANDUM TO S. BUSEY ET AL. RE: OPEN
                                    ISSUES LIST (.1); REVIEW AND RESPOND TO
                                    MEMORANDUM FROM B. SISUL RE: CLASS 14
                                    CLAIM TREATMENT (.2); REVIEW AND
                                    RESPOND TO EMAIL FROM J. STOTER,
                                    CREDITOR, RE: PLAN TREATMENT OF
                                    UNSECURED CLAIMS (.1); DRAFT RESPONSE
                                    TO CREDITOR SEEKING CLAIM REDUCTION
                                    FORM (.1); CONF CALL WITH H. ETLIN, J.
                                    OCONNELL AND TAX TEAMS FROM KPMG,
                                    DELOITTE AND SKADDEN RE: NOLS/STOCK
                                    TRANSFER RESTRICTIONS (.7); REVIEW AND
                                    COMMENT ON SEDGWICK SCRIPT RE: PLAN
                                    (.2); REVIEW AND RESPOND TO MEMORANDUM
                                    FROM C. JACKSON RE: DISBURSING AGENT
                                    (.1); REVIEW AND RESPOND TO MEMORANDA
                                    FROM M. BYRUM AND J. CASTLE RE:
                                    DISBURSING AGENT ISSUES (.1).

RAVIN AS       07/05/06      0.30   TELECONFERENCE WITH L. MCDOWELL RE:
                                    TREATMENT OF ASSIGNEES' CLAIMS (.1);
                                    DRAFT MULTIPLE CORRESPONDENCE TO AND
                                    REVIEW CORRESPONDENCE FROM B. GASTON
                                    RE: TREATMENT OF ASSIGNEES' CLAIMS
                                    (.2).

RESHTICK AA    07/05/06      4.40   RESEARCH AND ANALYZE TAX ISSUES RELATED
                                    TO THE CONSUMMATION OF THE BANKRUPTCY
                                    PLAN (4.4).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BAKER DJ          07/06/06      7.20    CONTINUE REVIEW OF OPEN ITEMS CONTAINED
                                        IN PLAN OF REORGANIZATION (.8);
                                        CONFERENCE CALL WITH MEMBERS OF SENIOR
                                        MANAGEMENT AND OUTSIDE ADVISORS WITH
                                        RESPECT TO OPEN PLAN ISSUES (1.5);
                                        REVIEW EMAIL FROM M. FRIEDMAN WITH
                                        RESPECT TO TREATMENT OF PROFESSIONAL
                                        FEES AND PLAN OF REORGANIZATION (.2);
                                        RESPOND TO EMAIL FROM MR. FRIEDMAN (.2);
                                        TELECONFERENCE WITH  L. APPEL WITH
                                        RESPECT TO PLAN OF REORGANIZATION
                                        ISSUES (.3); TELECONFERENCE WITH  M.
                                        BARR RE: PLAN ISSUES (.3); CONTINUE
                                        REVIEW OF ISSUES RELATED TO EMPLOYEE
                                        CONTRACTS IN PLAN OF REORGANIZATION
                                        (.7); REVIEW CASES WITH RESPECT TO
                                        APPROVAL OF CONTRACTS PURSUANT TO
                                        PROVISIONS OF A PLAN OF REORGANIZATION
                                        (.8); ANALYZE UNRESOLVED PLAN OF
                                        REORGANIZATION ISSUES RELATED TO
                                        CORPORATE STRUCTURE AND GOVERNANCE
                                        (.8); CONTINUE ANALYSIS OF CLAIM
                                        RESERVE ISSUES IN PLAN OF
                                        REORGANIZATION (1.3); FURTHER REVIEW OF
                                        ISSUES RELATED TO MANAGEMENT EQUITY
                                        PLAN TO BE PROVIDED FOR IN PLAN OF
                                        REORGANIZATION (.3).

HENRY S           07/06/06      1.00    ANALYZE TRADE LIEN DEAL (.8); REVIEW
                                        EMAIL FROM A. LIU RE: SAME (.1); EMAIL
                                        TO S. EICHEL RE: SAME (.1).

GRAY RW           07/06/06      2.70    CONTINUE PREPARATION OF OPEN PLAN
                                        ISSUES LIST (.6); DRAFT MEMORANDUM TO L.
                                        APPEL ET AL. RE: SAME (.1); PREPARE FOR
                                        CALL WITH COMPANY RE: SAME (.2);
                                        CONFERENCE CALL WITH L. APPEL, B.
                                        NUSSBAUM, J. CASTLE, F. HUFFARD, H.
                                        ETLIN, S. BUSEY, J. BAKER ET AL. RE:
                                        PLAN/PROCESS OPEN ISSUES (1.5); REVIEW
                                        OBJECTION TO CONFIRMATION AND CIRCULATE
                                        (.1); REVIEW AND RESPOND TO MEMORANDUM
                                        FROM K. BRISTOR RE: COMMON STOCK RESERVE
                                        PRECEDENT (.2).

| RAVIN AS | 07/06/06 | 2.20 | REVIEW L. MCDOWELL SETTLEMENT PROPOSAL CORRESPONDENCE RE: BROOKSHIRES ASSIGNEE ISSUE, DRAFT MEMORANDUM TO R. GRAY RE: SAME (.2); REVIEW MEMORANDUM FROM AND DRAFT MEMORANDUM TO R. GRAY RE: SETTLEMENT PROPOSAL CORRESPONDENCE RE: BROOKSHIRES ASSIGNEE ISSUE (.3); DRAFT CORRESPONDENCE TO B. GASTON RE: SETTLEMENT PROPOSAL CORRESPONDENCE RE: BROOKSHIRES ASSIGNEE ISSUE (.1); TELECONFERENCE WITH L. APPEL, B. NUSSBAUM, J. CASTLE, F. HUFFARD, S. KAROL, S. BUSEY AND C. JACKSON RE: OPEN PLAN AND DISCLOSURE STATEMENT ISSUES (1.5);TELECONFERENCE WITH T. SELIGSON OF ALCOA RE: ADMIN CLAIMS (.1). |

| RESHTICK AA | 07/06/06 | 3.40 | RESEARCH AND ANALYZE TAX ISSUES RELATED TO THE CONSUMMATION OF THE BANKRUPTCY PLAN (3.4). |

| GRAY RW | 07/07/06 | 2.10 | REVIEW AND RESPOND TO MEMORANDUM FROM GATOR RADIO RE: CLAIM REDUCTION FORM (.1); PRECALL WITH F. HUFFARD, L. APPEL, J. CASTLE AND A. RAVIN RE: ADDITIONAL ISSUES ON COMMITTEE LIST (.1); CONF CALL WITH L. APPEL, J. CASTLE, F. HUFFARD, S. BUSEY, M. BARR, D. HILTE, A. RAVIN, ET AL RE: PLAN/EMERGENCY ISSUES (1.3); REVIEW AND RESPOND TO MEMORANDUM FROM S. REISNER RE: PLAN DEADLINES (.1); DRAFT MEMORANDUM TO R. BARUSCH TO COORDINATE CALL ON CORPORATE ISSUES AND REVIEW REPLY (.1); EXCHANGE EMAILS WITH L. APPEL AND R. BARUSCH RE: SAME (.1); DRAFT MEMORANDUM TO K. BRISTOR RE: RESOLVING COMMON STOCK RESERVE TAX ISSUE (.1); DRAFT MEMORANDUM TO K. BRISTOR RE: DIVIDEND ISSUES (.1); REVIEW AND RESPOND TO MEMORANDUM FROM L. PRENDERGAST RE: TRANSFER RESTRICTION (.1). |

| RAVIN AS | 07/07/06 | 1.70 | REVIEW OPEN ISSUES/PROCESS POINT OUTLINE FOR DISCUSSION WITH CREDITORS COMMITTEE (.1); PRE CALL WITH F. HUFFARD, R. GRAY, L. APPEL AND J. CASTLE (.1); TELECONFERENCE WITH M. BARR, A. HEDE, D. HILTE, J. BAKER, R. GRAY. F. HUFFARD, L. APPEL, J. CASTLE AND S. KAROL RE: OPEN ISSUES ON PLAN (1.3); REVIEW MEMORANDA FROM P. NECKLES, S. HENRY AND R. GRAY RE: WACHOVIA FEE CONFIDENTIALITY AGREEMENT (.1); REVIEW CORRESPONDENCE FROM L. MCDOWELL RE: PLAN PROPOSAL RE: ASSIGNED LEASES, DRAFT CORRESPONDENCE TO SAME RE: SAME (.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| RESHTICK AA | 07/07/06 | 5.40 | RESEARCH AND ANALYZE TAX ISSUES RELATED TO THE CONSUMMATION OF THE BANKRUPTCY PLAN (5.4). |
| BAKER DJ | 07/10/06 | 5.60 | TELECONFERENCE WITH J. SKELTON WITH RESPECT TO ISSUES RELATED TO PLAN OF REORGANIZATION (.4); CONTINUE REVIEW OF OPEN PLAN ISSUES (.8); FURTHER ANALYSIS OF ISSUES RELATED TO PLAN OF REORGANIZATION AND MANAGEMENT EMPLOYMENT CONTRACTS (1.1); REVIEW REPORT FROM WATSON, WYATT WITH RESPECT TO MANAGEMENT CONTRACT (1.8); CONTINUE ANALYSIS OF ISSUES RELATED TO CLAIM RESERVE TO BE SET UNDER PLAN OF REORGANIZATION (1.2); TELECONFERENCE WITH L. APPEL RE: PLAN ISSUES (.3). |
| BARUSCH RC | 07/10/06 | 0.80 | TELEPHONE CONFERENCE WITH L. APPEL RE: PLANNING FOR COMMITTEE NEGOTIATIONS (.8). |
| HENRY S | 07/10/06 | 8.00 | REVIEW LIQUIDATION ANALYSIS (3.2); READ CASES RELATING TO BEST INTERESTS TEST AS THEY RELATE TO CONFIRMATION HEARING (1.8); PREPARE TESTIMONY OUTLINE RE: SAME (3.0). |
| GRAY RW | 07/10/06 | 0.40 | REVIEW L. APPEL PLAN OPEN ITEM LIST (.1); REVIEW AND RESPOND TO MEMORANDUM FROM K. SAMBUR RE: AD HOC COMMITTEE INQUIRY RE: PASS THROUGH CERTIFICATE PLAN TREATMENT (.1); REVIEW AND RESPOND TO MEMORANDUM FROM J. POST RE: UNARCO PLAN CLASS ISSUE (.1); REVIEW EMAIL FROM C. ARMSTRONG, STOCKHOLDER, RE: PLAN TREATMENT OF STOCK AND CIRCULATE SAME (.1). |
| RAVIN AS | 07/10/06 | 0.20 | REVIEW CORRESPONDENCE FROM B. GASTON RE: L. MCDOWELL ISSUE RE: GUARANTEE CLAIM CLASSIFICATION FOR ASSIGNEE, DRAFT CORRESPONDENCE TO C. IBOLD RE: SAME (.1); REVIEW REVISED PLAN OPEN ITEMS LIST PREPARED BY L. APPEL (.1). |

| | | | |
|---|---|---|---|
| BAKER DJ | 07/11/06 | 5.90 | TELECONFERENCE WITH J. SKELTON WITH RESPECT TO ISSUES RELATED TO PLAN OF REORGANIZATION (.3); EMAIL TO L. APPEL RE: OPEN PLAN ISSUES (.2); TELECONFERENCE WITH L. APPEL WITH RESPECT TO OPEN PLAN ISSUES (.3); REVIEW EMAIL FROM J. CASTLE WITH RESPECT TO TREATMENT IN PLAN OF REORGANIZATION OF CLAIM ISSUES (.2); RESPOND TO EMAIL FROM J. CASTLE WITH RESPECT TO CLAIM ISSUES (.1); TELECONFERENCE WITH N. BUBNOVICH AND A. BERNSTEIN RE: TREATMENT OF LYNCH CONTRACT IN PLAN OF REORGANIZATION (.3); TELECONFERENCE WITH P. LYNCH AND A. BERNSTEIN WITH RESPECT TO PLAN ISSUES RELATED TO CONTRACT (.3); REVIEW CALCULATIONS OF N. BUBNOVICH WITH RESPECT TO PROPOSED CONTRACT (.4); PREPARE FOR CONFERENCE CALL WITH MEMBERS OF WD COMPENSATION COMMITTEE (1.2); REVIEW OPEN ITEMS IN PLAN OF REORGANIZATION (1.1); REVIEW PLAN QUESTIONS FROM AD HOC VENDOR COMMITTEE (.4); CONTINUE REVIEW OF RETIREE CLAIM ISSUES AND PLAN TREATMENT OF SUCH ISSUES (1.1). |
| GRAY RW | 07/11/06 | 0.10 | REVIEW EMAIL FROM M. FRIEDMAN RE: PLAN ISSUES AND EXCHANGE EMAILS WITH J. BAKER RE: SAME (.1). |
| RAVIN AS | 07/11/06 | 0.70 | REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO L. MCDOWELL RE: PLAN TREATMENT OF ASSIGNEES UNDER LEASES (.2); TELEPHONE CONFERENCE WITH L. MCDOWELL RE: PLAN TREATMENT OF ASSIGNEES UNDER LEASES (.2); DRAFT MULTIPLE CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM C. IBOLD RE: PLAN TREATMENT OF ASSIGNEES UNDER LEASES (.1); REVIEW CORRESPONDENCE FROM SEC RE: SCOPE OF THE PROPOSED EXCULPATION PROVISIONS OF PLAN (.1); REVIEW AND ANALYZE MEMORANDUM FROM K. SAMBUR RE: PASS THROUGH CERTIFICATE INQUIRY (.1). |
| TURETSKY DM | 07/11/06 | 0.70 | REVIEW MEMORANDUM RE: CLAIM CLASSIFICATION ISSUES PREPARED BY K. BOOKER (.4); FURTHER ANALYSIS RE: CLAIM CLASSIFICATION ISSUES (.3). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BAKER DJ | 07/12/06 | 5.00 | PREPARE FOR CONFERENCE CALL WITH RESPECT TO TREATMENT OF CLAIM ESTIMATION AND PLAN OF REORGANIZATION (.6); CONFERENCE CALL RE: PLAN CLAIM ISSUES WITH J. CASTLE, F. HUFFARD, S. BUSEY AND H. ETLIN (1.1); TELECONFERENCE WITH  S. BUSEY, C. JACKSON AND J. POST RE: CLAIM RESERVE ISSUES (.2); PREPARE FOR CALL WITH RESPECT TO ISSUES RELATED TO PLAN OF REORGANIZATION (.6); TELECONFERENCE WITH L. APPEL, J. CASTLE, F. HUFFARD, S. BUSEY AND A. RAVIN WITH RESPECT TO PLAN ISSUES (.8); EMAIL TO L. APPEL RE: PLAN QUESTIONS RAISED BY AD HOC VENDOR COMMITTEE (.2); REVIEW RESPONSE BY L. APPEL TO ISSUES RAISED BY AD HOC VENDOR COMMITTEE (.1); RESPOND TO EMAIL FROM L. APPEL RE: AD HOC VENDOR COMMITTEE (.1); TELECONFERENCE WITH  M. BARR WITH RESPECT TO PLAN QUESTIONS RAISED BY AD HOC VENDOR COMMITTEE (.2); EMAIL TO M. BARR WITH RESPECT TO AD HOC VENDOR COMMITTEE ISSUES (.2); REVIEW EMAIL FROM S. BURIAN RE: PLAN ISSUES (.1); RESPOND TO EMAIL FROM S. BURIAN WITH RESPECT TO PLAN ISSUES (.1); TELECONFERENCE WITH  F. HUFFARD WITH RESPECT TO CLAIM ESTIMATION PROCEDURE AND PLAN ISSUES (.3); FURTHER TELECONFERENCE WITH WITH F. HUFFARD RE: OTHER PLAN ISSUES (.4). |
| HENRY S | 07/12/06 | 4.90 | DRAFTING OF FINDINGS OF FACT AND CONCLUSIONS OF LAW RELATING TO CONFIRMATION HEARING (4.9). |
| GRAY RW | 07/12/06 | 0.10 | DRAFT MEMORANDUM TO K. BRISTOR RE: STATUS OF TAX ISSUE ON COMMON STOCK RESERVE (.1). |
| RAVIN AS | 07/12/06 | 0.90 | TELEPHONE CONFERENCE WITH L. APPEL, F. HUFFARD (PARTIAL), J. CASTLE AND J. BAKER, S. BUSEY, C. JACKSON, S. KAROL, AND J. O'CONNELL (PARTIAL) RE: OPEN PLAN ISSUES (.8); DRAFT MEMORANDA TO AND REVIEW MEMORANDA FROM K. LOGAN RE: STOCK TRANSFER AGENT AND SOLICITATION PROCEDURES, REVIEW MEMORANDA FROM R. GRAY RE: SAME (.1). |
| KARPE JA | 07/12/06 | 0.30 | REVISE WINN-DIXIE NOTICE OF HEARING RE: 17 MATTERS (.3). |

BAKER DJ        07/13/06      6.80   PREPARE FOR MEETING OF COMPENSATION
                                     COMMITTEE TO REVIEW CONTRACT ISSUES FOR
                                     POSSIBLE INCLUSION IN PLAN (.8);
                                     TELECONFERENCE WITH  J. SKELTON RE:
                                     MEETING OF COMPENSATION COMMITTEE (.3);
                                     PARTICIPATE IN CONFERENCE CALL WITH
                                     MEMBERS OF COMPENSATION COMMITTEE,
                                     TOGETHER WITH N. BUBNOVICH, TO REVIEW
                                     STATUS OF DISCUSSIONS WITH RESPECT TO
                                     CONTRACT (1.0); PREPARE MEMORANDUM RE:
                                     PLAN TREATMENT OF UNLIQUIDATED CLAIMS
                                     (1.2); TELECONFERENCE WITH  L. APPEL
                                     WITH RESPECT TO CLAIM ISSUES RELATED TO
                                     PLAN (.3); CONFERENCE CALL WITH M. BARR,
                                     S. BURIAN, L. APPEL, S. BUSEY, F.
                                     HUFFARD AND R. GRAY RE: PLAN ISSUES
                                     (.6); REVIEW SCHEDULES FROM LOGAN AND
                                     CO. WITH RESPECT TO CLAIM RESERVE ISSUES
                                     IN PLAN (.8); REVIEW PLAN PROVISIONS
                                     RELATED TO CLAIM RESERVE ISSUES (.5);
                                     CONTINUE REVIEW OF EMPLOYEE CONTRACT
                                     ISSUES FOR POSSIBLE INCLUSION IN PLAN OF
                                     REORGANIZATION (1.2); TELECONFERENCE
                                     WITH R. GRAY RE: OPEN PLAN ISSUES (.1).

HENRY S         07/13/06      7.50   OUTLINE PROOF AND EXHIBITS FOR
                                     CLASSIFICATION ISSUES AT CONFIRMATION
                                     HEARING (5.4); READ PLAN SETTLEMENT
                                     CASES (2.1).

GRAY RW         07/13/06      1.10   REVIEW MEMORANDA FROM L. APPEL AND M.
                                     BARR RE: OPEN PLAN ISSUES (.1); REVIEW
                                     AND RESPOND TO MEMORANDUM FROM L.
                                     PRENDERGAST RE: PLAN TREATMENT OF
                                     LITIGATION CLAIMS AND RELATED SEDGWICK
                                     ISSUES (0.2); CONF CALL WITH M. BARR, S.
                                     BURIAN, L. APPEL, J. CASTLE, J. BAKER,
                                     F. HUFFARD, S. BUSEY ET AL. RE: AD HOC
                                     TRADE COMMITTEE QUESTIONS RE: PLAN
                                     (0.6); TELECONFERENCE WITH J. BAKER RE:
                                     COMMON STOCK RESERVE ISSUES (0.1);
                                     REVIEW MEMORANDA FROM L. APPEL AND J.
                                     CASTLE RE: D&O CLAIM ISSUES/PLAN
                                     TREATMENT (0.1).

| | | | |
|---|---|---|---|
| RAVIN AS | 07/13/06 | 1.90 | REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO C. IBOLD AND UNDERLYING ASSIGNMENT AGREEMENTS RE: GUARANTEE ISSUE SURROUNDING ASSIGNMENT AGREEMENTS, DRAFT MULTIPLE CORRESPONDENCE TO AND REVIEW MULTIPLE CORRESPONDENCE FROM K. DAW RE: SAME, DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM L. MCDOWELL RE: SAME (.8); REVIEW ASSIGNMENT AGREEMENTS RE: GUARANTEE ISSUE RELATED TO PLAN (.3); REVIEW CORRESPONDENCE FROM D. GREENSTEIN AND CHART FROM SAME RE: LEASES FOR REAL ESTATE SPE, REVIEW CORRESPONDENCE FROM C. JACKSON RE: SAME, REVIEW MEMORANDA FROM AND DRAFT MEMORANDA TO A. MARGOLIS RE: SAME (.2); TELEPHONE CONFERENCE WITH J. BAKER, R. GRAY, A. TANG, F. HUFFARD, M. BARR, S. BURIEN, L. APPEL AND S. BUSEY RE: OPEN AD HOC COMMITTEE ISSUES RELATED TO PLAN (.6). |
| KARPE JA | 07/13/06 | 1.20 | UPDATE NOTICE OF 17 MATTERS WITH INFO RECEIVED FROM PROFESSIONALS (.6); CONFERENCE PROFESSIONALS WHO HAVE NOT YET PROVIDED FEE/EXPENSE INFO FOR NOTICE (.3); TELECONFERENCE WITH J. PETERSON OF DELOITTE RE: TREATMENT OF INTERIM FEE APPS FOR DELOITTE CONSULTING AND  DELOITTE FAS (.3). |
| BAKER DJ | 07/14/06 | 5.20 | REVIEW REVISED CLAIM ESTIMATES FROM LOGAN AND  CO. RELATED TO PLAN OF REORGANIZATION (.4); TELECONFERENCE WITH  F. HUFFARD WITH RESPECT TO CLAIM ISSUES (.4); PREPARE FOR CONFERENCE CALL WITH RESPECT TO UNLIQUIDATED CLAIMS (.8); CONFERENCE CALL J. CASTLE, S. BUSEY, F. HUFFARD AND R. GRAY RE: UNLIQUIDATED CLAIM TREATMENT UNDER PLAN OF REORGANIZATION (1.0); REVISE MEMORANDUM WITH RESPECT TO TREATMENT OF UNLIQUIDATED CLAIMS (1.0); TELECONFERENCE WITH  J. CASTLE WITH RESPECT TO CLAIM ISSUES RAISED IN PLAN OF REORGANIZATION (.3); TELECONFERENCE WITH  F. HUFFARD WITH RESPECT TO RESOLUTION OF PLAN ISSUES (.3); PREPARE FOR CONFERENCE CALL WITH M. FRIEDMAN WITH RESPECT TO QUESTIONS RELATED TO PLAN OF REORGANIZATION (.5); CONFERENCE CALL M. FRIEDMAN AND M. BARR WITH RESPECT TO ISSUES RAISED BY AD HOC VENDOR COMMITTEE RELATED TO PLAN OF REORGANIZATION (.5). |
| BARUSCH RC | 07/14/06 | 1.40 | FURTHER REVIEW OF CORPORATE ISSUES ON PLAN (1.4). |

| HENRY S | 07/14/06 | 4.80 | DRAFT FINDINGS OF FACT AND CONCLUSIONS OF LAW FOR CONFIRMATION HEARING (4.8). |
| GRAY RW | 07/14/06 | 2.60 | REVIEW IRS REGULATIONS RE: COMMON STOCK RESERVE TAX  ISSUE (.2); REVIEW AND COMMENT ON J. BAKER DRAFT MEMORANDUM RE: COMMON STOCK RESERVE ISSUES (.2); CONF CALL WITH J. BAKER, S. BUSEY AND C. JACKSON RE: COMMON STOCK RESERVE ISSUES (1.0); CONF CALL WITH TAX TEAMS AT SKADDEN, DELOITTE AND MILBANK RE: COMMON STOCK RESERVE (.8); REVIEW AND RESPOND TO EMAIL FROM T. REESE, STOCKHOLDER, RE: PLAN TREATMENT OF STOCK (.2); TELECONFERENCE WITH J. BANNON, LANDLORD CLAIM ATTORNEY, RE: TREATMENT OF LANDLORD CLAIMS (.1); REVIEW MEMORANDUM FROM A. RAVIN RE: SMALL CLAIM TREATMENT ISSUE AND TELECONFERENCE WITH A. RAVIN RE: SAME (.1). |
| LAMAINA KA | 07/14/06 | 1.30 | REVIEW INSURANCE CLAIMS UNDER PLAN PER REQUEST OF J. CASTLE (1.3). |
| RAVIN AS | 07/14/06 | 0.70 | MULTIPLE TELEPHONE CONFERENCES WITH J. O'CONNELL RE: QUESTIONS RE: DISTRIBUTIONS TO UNSECURED CLAIMHOLDERS UNDER $1,000 (.2); REVIEW PLAN RE: DISTRIBUTIONS TO UNSECURED CLAIMHOLDERS UNDER $1,000 (.1); DRAFT MEMORANDUM TO R. GRAY RE: DISTRIBUTIONS TO UNSECURED CLAIMHOLDERS UNDER $1,000, CONFERENCE WITH SAME RE: SAME (.1); DRAFT MEMORANDUM TO R. GRAY RE: BROOKSHIRES ISSUE (.2); MULTIPLE TELEPHONE CONFERENCES (VMS) WITH MR. M. BENNETT RE: QUESTION ON PLAN, DRAFT CORRESPONDENCE TO SAME RE: SAME (.1). |
| RESHTICK AA | 07/14/06 | 5.20 | ANALYZE TAX ISSUES UNDER PLAN - TAX ISSUES RELATED TO UTILIZATION OF TAX ATTRIBUTES UPON CONSUMMATION OF THE BANKRUPTCY PLAN,  TAX TREATMENT OF THE COMMON STOCK RESERVE AND THE TRANSFER RESTRICTIONS (5.2). |
| KARPE JA | 07/14/06 | 0.30 | REVISE NOTICE OF HEARING (.3). |
| GRAY RW | 07/15/06 | 0.10 | DRAFT MEMORANDUM TO A. RAVIN RE: CONFIRMATION ORDER AND REVIEW REPLY (.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| GRAY RW | 07/16/06 | 0.40 | REVIEW DISBURSING AGENT RECOMMENDATIONS FROM MILBANK AND EXCHANGE EMAILS WITH J. BAKER AND A. RAVIN RE: SAME (.1); DRAFT MEMORANDUM TO K. LOGAN RE: STOCK TRANSFER AGENT RECOMMENDATIONS AND REVIEW REPLY (.1); DRAFT MEMORANDUM TO L. APPEL RE: DISBURSING AGENT OPTIONS (.2). |
| --- | --- | --- | --- |
| LEAMY JM | 07/16/06 | 1.60 | REVIEW PROPOSED PLAN AND DISCLOSURE STATEMENT (1.6). |
| BAKER DJ | 07/17/06 | 5.00 | CONTINUE REVIEW OF REVISED CLAIM REPORT FROM LOGAN AND CO. IN CONNECTION WITH OUTSTANDING PLAN ISSUES (.6); TELECONFERENCE WITH  F. HUFFARD WITH RESPECT TO CLAIM ISSUES IN PLAN OF REORGANIZATION (.3); EMAIL TO M. BARR WITH RESPECT TO CLAIM ISSUES AND PLAN (.1); TELECONFERENCE WITH M. BARR WITH RESPECT TO CLAIM ISSUES AND PLAN OF REORGANIZATION (.3); TELECONFERENCE WITH R. GRAY WITH RESPECT TO CLAIM ISSUES IN PLAN (.1); REVIEW EMAIL FROM A. RAVIN WITH RESPECT TO CONFIRMATION ORDER (.1); EMAIL TO R. GRAY AND S. HENRY WITH RESPECT TO PLAN MEETINGS (.1); CONTINUE ANALYSIS OF ISSUES RELATED TO CLAIM ESTIMATION PURSUANT TO PLAN OF REORGANIZATION (1.3); TELECONFERENCE WITH M. BARR, J. CASTLE, S. BUSEY, AND A. RAVIN WITH RESPECT TO CLAIM ESTIMATION IN PLAN OF REORGANIZATION (.7); REVIEW OPINION OF JUDGE GONZALEZ WITH RESPECT TO CLAIM ESTIMATION (.5); CONTINUE REVIEW OF PLAN OF REORGANIZATION ISSUES RAISED BY CREDITORS COMMITTEE (.6); CONTINUE REVIEW OF EMPLOYEE DISCOUNT CARD ISSUES IN PLAN OF REORGANIZATION (.3). |
| BARUSCH RC | 07/17/06 | 1.30 | REVIEW CORPORATE ISSUES ON STOCK RESERVES AND TRANSFER RESTRICTIONS (1.3). |
| HENRY S | 07/17/06 | 8.30 | REVISE CONFIRMATION BRIEF (7.8); REVIEW AND RESPOND TO CORRESPONDENCE FROM R. GRAY AND A. RAVIN RE: CONFIRMATION ORDER (.4); CORRESPONDENCE TO A. MARGOLIS RE: FINANCING INSERTS FOR ORDER (.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW          07/17/06      1.50   EXCHANGE EMAILS WITH K. BRISTOR RE:
                                      STATUS OF PLAN/TAX ISSUES (.1);
                                      TELECONFERENCE WITH J. BAKER RE: TAX
                                      ISSUES (.1); CONF CALL WITH S. BUSEY AND
                                      J. BAKER RE: COMMON STOCK RESERVE ISSUES
                                      AND RELATED CLAIM ISSUES (.7); DRAFT
                                      MEMORANDA TO S. HENRY RE: CONFIRMATION
                                      ORDER ISSUES (.2); REVIEW AND RESPOND TO
                                      MEMORANDUM FROM L. PRENDERGAST RE:
                                      JOINT CLAIM PLAN PROVISION (.1); REVIEW
                                      AND RESPOND TO MEMORANDUM FROM K.
                                      BRISTOR RE: SIZE OF COMMON STOCK RESERVE
                                      (.1); EMAIL EXCHANGE WITH K. BRISTOR RE:
                                      TAX ISSUES RELATED TO RESERVE (.2).

RAVIN AS         07/17/06      1.60   DRAFT CORRESPONDENCE TO M. BARR RE:
                                      GUARANTEE CLAIM OF ASSIGNEE (.7);
                                      REVIEW CORRESPONDENCE FROM AND DRAFT
                                      CORRESPONDENCE TO H. FOLEY RE:
                                      QUESTIONS ON PLAN (.1); TELEPHONE
                                      CONFERENCE WITH H. FOLEY RE: QUESTIONS
                                      ON PLAN (.1); CONFERENCE WITH J.
                                      BAKER,S. BUSEY, C. JACKSON, S. KAROL, M.
                                      BARR, M. COMMERFORD AND J. CASTLE RE:
                                      PLAN ISSUES RE: ESTIMATION OF PERSONAL
                                      INJURY CLAIMS (.7).

RESHTICK AA      07/17/06      4.60   ANALYZE TAX ISSUES UNDER PLAN -
                                      UTILIZATION OF TAX ATTRIBUTES UPON
                                      CONSUMMATION OF THE BANKRUPTCY PLAN,
                                      TAX TREATMENT OF THE COMMON STOCK
                                      RESERVE AND THE TRANSFER RESTRICTIONS
                                      (4.6).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BAKER DJ          07/18/06          7.70    BEGIN DRAFT OF FORM OF LETTER TO BE SENT
                                            TO SHAREHOLDERS IN CONNECTION WITH PLAN
                                            OF REORGANIZATION (1.6); BEGIN DRAFT OF
                                            LETTER TO BE SENT TO RETIREES IN
                                            CONNECTION WITH PLAN OF REORGANIZATION
                                            (1.6); TELECONFERENCE WITH P. LYNCH
                                            WITH RESPECT TO PLAN ISSUES (.4); REVIEW
                                            DRAFT REPLIES TO BE SENT TO SHAREHOLDERS
                                            IN CONNECTION WITH PLAN OF
                                            REORGANIZATION (.4); REVIEW EMAIL FROM
                                            M. BARR TO L. APPEL RE: PLAN ISSUES (.3);
                                            REVIEW RESPONSE OF L. APPEL TO QUESTIONS
                                            RAISED BY M. BARR (.3); TELECONFERENCE
                                            WITH F. HUFFARD WITH RESPECT TO CLAIM
                                            RESERVE ISSUES IN PLAN OF
                                            REORGANIZATION (.4); TELECONFERENCE
                                            WITH J. SKELTON RE: PLAN TIMETABLE AND
                                            RELATED ISSUES (.3); TELECONFERENCE
                                            WITH J. CASTLE RE: CLAIM RESERVE ISSUES
                                            (.3); REVIEW PLAN OF REORGANIZATION
                                            ISSUES RELATED TO D&O INSURANCE
                                            COVERAGE (1.4); TELECONFERENCE WITH S.
                                            BUSEY AND J. CASTLE WITH RESPECT TO D&O
                                            COVERAGE (.3); CONTINUE REVIEW OF
                                            ISSUES AND PLAN OF REORGANIZATION
                                            RELATED TO MANAGEMENT INCENTIVE PLAN
                                            (.4).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW          07/18/06        2.40    TELECONFERENCE WITH D. VANSCHOOR RE:
                                         WELLS FARGO CONTACT (.1); REVIEW FILES
                                         AND DRAFT MEMORANDUM TO N. TALLY AND C.
                                         ANDERSON FOR WELLS FARGO (.1);
                                         TELECONFERENCE WITH N. TALLY RE:
                                         PROPOSAL FOR WELLS FARGO TO SERVE AS
                                         DISBURSING/STOCK TRANSFER AGENT (.2);
                                         REVIEW MEMORANDA FROM R. BARUSCH AND J.
                                         BAKER RE: STOCK TRANSFER RESTRICTIONS
                                         (.1); EXCHANGE EMAILS WITH F. HUFFARD
                                         RE: SAME (.1); REVIEW EMAILS FROM M.
                                         BARR AND A. RAVIN RE: SUBSIDIZED LEASE
                                         ISSUES AND DRAFT EMAIL TO S. KAROL ET AL.
                                         RE: SAME (.1); REVIEW AND COMMENT ON
                                         PROPOSED EMAIL TO M. BARR RE: SUBSIDIZED
                                         LEASE CLAIMS (.1); CONF CALL WITH J.
                                         POST AND L. PRENDERGAST RE:
                                         MEDICARE/MEDICAID LIEN ISSUES AND PLAN
                                         DISTRIBUTIONS (.3); REVIEW SCHEDULE OF
                                         OPEN ISSUES (.2); TELECONFERENCE WITH
                                         J. CASTLE RE: STATUS OF OPEN PLAN ISSUES
                                         FOR REPORT TO L. APPEL (.3); CONF CALL
                                         WITH S. REISER, T. WILLIAMS AND SKADDEN
                                         AND MILBANK TEAMS RE: 10% DISCOUNT CARD
                                         (.4); REVIEW SUMMARY MEMORANDUM FROM
                                         K.BRISTOR RE: ISSUES (.1); REVIEW
                                         MEMORANDUM FROM V.KISH RE: STOCK
                                         TRANSFER AGENT RECOMMENDATION AND DRAFT
                                         MEMORANDUM TO D. VANSCHOOR RE: SAME
                                         (.1); REVIEW AND COMMENT ON D. DOGAN
                                         RESPONSE TO SRP CLAIMANT INQUIRY (.2).

RAVIN AS         07/18/06        0.60    REVIEW CORRESPONDENCE FROM AND DRAFT
                                         CORRESPONDENCE TO M. BARR RE:
                                         BROOKSHIRES SETTLEMENT PROPOSAL RE:
                                         ASSIGNEE CLAIM (.4); DRAFT MEMORANDA TO
                                         AND REVIEW MEMORANDA FROM B. GASTON AND
                                         S. KAROL AND R. GRAY RE: BROOKSHIRES
                                         SETTLEMENT PROPOSAL RE: ASSIGNEE CLAIM
                                         (.2).

BAKER DJ           07/19/06        7.40   REVIEW COMMITTEE PROPOSAL WITH RESPECT
                                          TO PLAN PROVISIONS TO DEAL WITH P. LYNCH
                                          CONTRACT (1.0); TELECONFERENCE WITH P.
                                          LYNCH WITH RESPECT TO CALL FROM S.
                                          BURIAN (.2); TELECONFERENCE WITH S.
                                          BURIAN RE: PLAN ISSUES (.1); FURTHER
                                          TELECONFERENCE WITH P. LYNCH WITH
                                          REGARD TO CONTRACT (.3); EMAIL TO M.
                                          BARR AND S. BURIAN WITH RESPECT TO
                                          CONTRACT ISSUES PROVIDED TO P. LYNCH
                                          (.8); SUMMARIZE TERMS OF COMMITTEE
                                          PROPOSAL AND FORWARD TO L. APPEL (.5);
                                          FORWARD SUMMARY OF COMMITTEE PROPOSAL
                                          TO F. HUFFARD (.1); CONTINUE REVISIONS
                                          TO DRAFT OF SHAREHOLDER LETTER (1.0);
                                          TELECONFERENCE WITH S. BUSEY WITH
                                          RESPECT TO CLAIM ESTIMATION PLAN ISSUES
                                          (.5); REVIEW CLAIM RESERVE ISSUES (.7);
                                          TELECONFERENCE WITH J. CASTLE AND S.
                                          BUSEY WITH RESPECT TO COMMITTEE CLAIM
                                          ISSUES (.5); REVIEW ADDITIONAL CLAIM
                                          RESERVE ISSUES CONTAINED IN PLAN OF
                                          REORGANIZATION (.8); TRANSMIT EMAIL TO
                                          N. BUBNOVICH WITH RESPECT TO TREATMENT
                                          PROPOSED FOR MR. LYNCH UNDER PLAN OF
                                          REORGANIZATION (.2); CONTINUE REVIEW OF
                                          TAIL POLICY ISSUES (.7).

BARUSCH RC         07/19/06        1.60   REVIEW CORPORATE CHARTER ISSUES (1.6).

HENRY S            07/19/06        0.10   REVIEW AND RESPOND TO CORRESPONDENCE
                                          FROM J. BAKER RE: COMMITMENT LETTER
                                          ISSUE (.1).

| | | | |
|---|---|---|---|
| GRAY RW | 07/19/06 | 1.50 | REVIEW SEC LETTER AND SAMPLE EXCULPATION PROVISIONS AND DRAFT MEMORANDUM TO L. APPEL RE: HANDLING (.2); REVIEW MEMORANDUM FROM P. MASSEY, STOCKHOLDER, RE: PLAN TREATMENT AND FORWARD TO A. RAVIN FOR RESPONSE (.1); REVIEW EMAIL EXCHANGE BETWEEN L. APPEL AND M. BARR RE: OPEN ISSUES (.1); DRAFT MEMORANDUM TO M. BARR RE: 10% DISCOUNT CARD ISSUE (.1); REVIEW AND COMMENT ON DRAFT RESPONSES TO STOCKHOLDERS AND MSP/SRP CLAIMANTS RE: PLAN COMPLAINTS (.2); TELECONFERENCE WITH LANDLORD COUNSEL RE: LANDLORD LETTER CONFUSION RE: PLAN TREATMENT (.1); DRAFT MEMORANDUM TO OBTAIN COPY OF LETTER FROM M. FREITAG ET AL. (.1); REVIEW LETTER AND EXCHANGE EMAILS WITH M. FRIETAG ET AL. RE: SAME (.1); DRAFT MEMORANDUM R. BARUSCH RE: CHARTER/BYLAWS STATUS AND MILBANK COORDINATION (.1); EMAIL EXCHANGE WITH R. BARUSCH RE: SAME (.1); DRAFT MEMORANDUM TO R. BARUSCH RE: AUTHORIZED NUMBER OF SHARES AND REVIEW REPLY (.1); TELECONFERENCE WITH M. COMERFORD RE: SUB CON/DE CON ISSUES FOR DISCLOSURE STATEMENT UPDATE (.1); REVIEW MEMORANDA FROM MARSH, D. BITTER AND J. CASTLE RE: D&O TAIL (.1). |
| RAVIN AS | 07/19/06 | 0.10 | DRAFT CORRESPONDENCE TO L. MCDOWELL RE: STATUS OF BROOKSHIRE SETTLEMENT (.1). |
| RESHTICK AA | 07/19/06 | 3.20 | ANALYZE TAX ISSUES UNDER TO UTILIZATION OF TAX ATTRIBUTES UPON CONSUMMATION OF THE BANKRUPTCY PLAN, TAX TREATMENT OF THE COMMON STOCK RESERVE AND THE TRANSFER RESTRICTIONS (3.2). |
| HENRY S | 07/20/06 | 7.90 | ANALYSIS OF INSURANCE ISSUES IN CONNECTION WITH CONFIRMATION (3.4); REVIEW PLAN PROVISIONS RELATING TO SAME (1.3); READ CASES AND DRAFT SECTION RE: 1146 IN CONFIRMATION BRIEF (3.2). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW        07/20/06      2.40   REVIEW ESTIMATION CASES (.8); REVIEW
                                    MEMORANDUM FROM M. WARD, SRP
                                    PARTICIPANT, RE: PLAN AND ARRANGE FOR
                                    RESPONSE (.1); REVISE PROPOSED FORM
                                    RESPONSE TO SRP CLAIMANTS (.4); REVIEW
                                    MEMORANDUM FROM COUNSEL TO U.S. BANK RE:
                                    PLAN AND RELATED ISSUES (.1);
                                    TELECONFERENCE WITH A. RESHTICK RE:
                                    COMMON STOCK RESERVE VOTING ISSUE (.1);
                                    REVIEW PRECEDENT DISBURSING AGENT
                                    AGREEMENTS RE: VOTING ISSUE (.2); DRAFT
                                    MEMORANDUM TO A. RESHTICK RE: SAME (.1);
                                    TELECONFERENCE WITH F. HUFFARD RE:
                                    STOCK TRANSFER RESTRICTIONS (0.1);
                                    DRAFT MEMORANDUM TO K. BRISTOR AND R.
                                    BARUSCH RE: DEVELOPMENT OF PROPOSED
                                    RESTRICTIONS (.2); REVIEW PRECEDENT
                                    RESTRICTIONS (.3).

BAKER DJ       07/21/06      0.70   CONFERENCE CALL WITH M. BARR, S. BUSEY,
                                    R. GRAY ET AL. REGARDING SIGANT ISSUE
                                    (.7).

BARUSCH RC     07/21/06      4.20   REVIEW CORPORATE ISSUES ON PLAN,
                                    INCLUDING REGISTRATION RIGHTS,
                                    STAGGERED BOARD OF DIRECTORS AND
                                    REGISTRATION STATEMENT (4.2).

HENRY S        07/21/06     10.50   READ CLASSIFICATION CASES IN CONNECTION
                                    WITH PREPARATION FOR CONFIRMATION
                                    HEARING (5.8); BEGIN CLASSIFICATION
                                    SECTION OF CONFIRMATION MEMORANDUM
                                    (4.7).

GRAY RW        07/21/06      3.80   CONFERENCE CALL WITH M. BARR, J. CASTLE,
                                    S. BUSEY ET AL. RE: VISAGENT AND RELATED
                                    DISCLOSURE STATEMENT AND PLAN ISSUES
                                    (.7); DRAFT MEMORANDUM TO M. BARR RE:
                                    ESTIMATION CASE (.1); IDENTIFY
                                    POTENTIAL PLAN REVISIONS (.2); DRAFT
                                    MEMORANDUM RE: COMMON STOCK RESERVE
                                    ESTIMATION ISSUES (1.6); DRAFT
                                    MEMORANDUM TO S. KAROL RE: PRIVILEGE
                                    ISSUES (.3); REVIEW MEMORANDUM FROM R.
                                    BARUSCH RE: REG RIGHTS LANGUAGE AND
                                    LOCATE SAME (.1); DRAFT MEMORANDUM TO M.
                                    COMERFORD RE: SUB CON INFORMATION
                                    NEEDED AND REVIEW REPLY (.1); DRAFT
                                    RESPONSE TO M. CLARK RE: U.S. BANK
                                    CLASSIFICATION AND RELATED ISSUES (.7).

RAVIN AS       07/21/06      0.40   CONFERENCE WITH L. MCDOWELL RE:
                                    BROOKSHIRES SETTLEMENT (.1); DRAFT
                                    CORRESPONDENCE TO SAME RE: SAME (.3).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GRAY RW | 07/23/06 | 0.20 | DRAFT MEMORANDUM TO K. BRISTOR ET AL. RE: STOCK TRANSFER RESTRICTIONS (0.1); EXCHANGE EMAILS WITH J. BAKER AND L. APPEL RE: CALL TO REVIEW OPEN ISSUES (.1). |
| BAKER DJ | 07/24/06 | 5.50 | TELECONFERENCE WITH  M. BARR WITH RESPECT TO PLAN ISSUES (.3); PREPARE FOR CONFERENCE CALL RE: PLAN ISSUES (.5); CONFERENCE CALL WITH L. APPEL, J. CASTLE, S. BUSEY, F. HUFFARD AND R. GRAY WITH RESPECT TO PLAN ISSUES (1.8); TELECONFERENCE WITH J. SKELTON WITH RESPECT TO PLAN ISSUES (.4); TELECONFERENCE WITH R. BARUSCH RE: PLAN ISSUES (.3); TELECONFERENCE WITH  A. BERNSTEIN RE: CONTRACT ISSUES TO BE INCLUDED IN PLAN OF REORGANIZATION (.2); TELECONFERENCE WITH  F. HUFFARD RE: PLAN ISSUES (.3); PREPARE FOR CALL RE: TRANSFER RESTRICTIONS TO BE INCLUDED IN PLAN OR IMPLEMENTING DOCUMENTS (.4); CONFERENCE CALL K. BRISTOR, R. GRAY AND R. BARUSCH RE: POSSIBLE TRANSFER RESTRICTIONS (.5); EMAIL TO M. BARR RE: PLAN ISSUES (.2); REVIEW RESPONSE OF M. BARR TO EMAIL (.1); REPLY TO EMAIL FROM M. BARR RE: PLAN ISSUES (.1); REVIEW MEMORANDUM WITH RESPECT TO STOCK RESERVE ISSUES IN PLAN OF REORGANIZATION (.4). |
| BARUSCH RC | 07/24/06 | 5.40 | REVIEW PLAN ISSUES INCLUDING DRAFTING TERM SHEET ON TRANSFER RESTRICTIONS (4.6); CALL WITH SKADDEN TEAMS RE: RESERVE (.5); CALL WITH J. BAKER RE: SAME (.3). |

| | | | |
|---|---|---|---|
| GRAY RW | 07/24/06 | 4.70 | CONF CALL WITH F. HUFFARD, R. BARUSCH, K. BRISTOR, A. RESHTICK, J. BAKER AND A. RAVIN RE: STOCK TRANSFER RESTRICTION ISSUES (.5); PLAN OPEN ISSUES CALL WITH COMPANY AND ADVISORS (1.8); PARTICIPATE (PARTIAL) WITH TAX TEAM RE: COMMON STOCK RESERVE (.5); CONF CALL WITH R. BARUSCH, K. BRISTOR, A. RESHTICK AND B. COLLINS RE: STOCK TRANSFER AND COMMON STOCK TAX ISSUES (.5); TELECONFERENCE WITH N. TALLY RE: INFORMATION NEEDED FOR WELLS FARGO PROPOSAL (.1); DRAFT MEMORANDUM TO R. BARUSCH RE: PHYSICAL STOCK CERTIFICATE ISSUE (.1); REVIEW MEMORANDUM FROM M. BARR RE: REGISTRATION RIGHTS AND DRAFT MEMORANDUM TO R. BARUSCH RE: CORRESPONDING PLAN PROVISION (.1); EXCHANGE EMAILS WITH D. TURETSKY RE: RELEASE ISSUES AND TRANSIT DECISION (.1); REVIEW TRANSIT DECISION RE: RELEASES (.3); REVIEW AND RESPOND TO MEMORANDUM FROM A. RESHTICK RE: COMMON STOCK RESERVE TRUST ISSUE (.1); DRAFT MEMORANDUM TO COMPANY RE: COMMON STOCK RESERVE TAX ISSUE (.6). |
| RAVIN AS | 07/24/06 | 3.00 | TELEPHONE CONFERENCE WITH F. HUFFARD, J. O'CONNELL, J. BAKER, R. BARUSCH, K. BRISTOR, R. GRAY AND A. RESHTICK RE: TRANSFER RESTRICTIONS (.5); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM L. MCDOWELL RE: STATUS OF BROOKSHIRES SETTLEMENT, REVIEW MEMORANDA FROM AND DRAFT MEMORANDA TO J. BAKER RE: SAME, REVIEW MEMORANDUM FROM R. GRAY RE: SAME (.4); TELEPHONE CONFERENCE WITH L. APPEL, J. CASTLE, S. BUSEY, J. BAKER, B. NUSSBAUM, R. BARUSCH, R. GRAY, AND F. HUFFARD RE: OPEN PLAN ISSUES (1.8); REVIEW PROOFS OF CLAIM FILED BY L. MCDOWELL (.1); REVIEW MEMORANDA FROM D. TURETSLY RE: EXCULPATION PROVISIONS (.2). |
| RESHTICK AA | 07/24/06 | 3.70 | RESEARCH AND ANALYZE TAX ISSUES RELATED TO THE EMERGENCE FROM BANKRUPTCY (3.7). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BAKER DJ        07/25/06        6.30    PREPARE FOR CALL WITH P. LYNCH AND J.
                                        SKELTON RE: PLAN OF REORGANIZATION
                                        (1.1); CONFERENCE CALL WITH P. LYNCH, J.
                                        SKELTON, L. APPEL, AND S. BUSEY WITH
                                        RESPECT TO PLAN OF REORGANIZATION
                                        (1.8); CONFERENCE CALL L. APPEL, J.
                                        CASTLE, F. HUFFARD, S. BUSEY AND R. GRAY
                                        ET. AL WITH RESPECT TO PLAN OF
                                        REORGANIZATION (.8); TELECONFERENCE
                                        WITH A. BERNSTEIN RE: CONTRACT ISSUES
                                        TO BE RESOLVED THROUGH PLAN OF
                                        REORGANIZATION (.6); TELECONFERENCE
                                        WITH L. APPEL WITH RESPECT TO VISAGENT
                                        LITIGATION AND IMPACT OF SUCH
                                        LITIGATION ON PLAN OF REORGANIZATION
                                        (.2); TELECONFERENCE WITH S. BUSEY WITH
                                        RESPECT TO VISAGENT LITIGATION AND PLAN
                                        IMPACT OF SUCH LITIGATION (.2); FURTHER
                                        TELECONFERENCE WITH A. BERNSTEIN WITH
                                        RESPECT TO CONTRACT ISSUES TO BE
                                        RESOLVED THROUGH PLAN OF REORGANIZATION
                                        (.3); TELECONFERENCE WITH  J. SKELTON
                                        WITH RESPECT TO PLAN OF REORGANIZATION
                                        ISSUES (.4); TELECONFERENCE R. BARUSCH
                                        WITH RESPECT TO PLAN OF REORGANIZATION
                                        ISSUES (.3); REVIEW MEMORANDA RE: PLAN
                                        TAX ISSUES (.6).

BARUSCH RC      07/25/06        3.60    REVIEW TAX ISSUES AND REDRAFTING STOCK
                                        RESTRUCTURING (3.3); CONFERENCE WITH J.
                                        BAKER RE: PLAN ISSUES (.3).

GRAY RW         07/25/06        3.00    CONF CALL WITH COMPANY AND ADVISORS RE:
                                        PLAN SETTLEMENT ISSUES (.8); CONF CALL
                                        WITH K. BRISTOR, A. RESHTICK, A. RAVIN
                                        AND R. BARUSCH (FOR PART) RE: COMMON
                                        STOCK RESERVE ISSUES (.6); DRAFT
                                        MEMORANDUM TO K. BRISTOR: TREASURY
                                        STOCK ALTERNATIVE FOR COMMON STOCK
                                        RESERVE (.1); DRAFT MEMORANDUM TO L.
                                        APPEL RE: TREASURY STOCK PROPOSAL (.3);
                                        CONF CALL WITH J. SKELTON, P. LYNCH, L.
                                        APPEL, J. BAKER AND S. BUSEY ET AL. RE:
                                        OPEN PLAN ISSUES AND SETTLEMENT
                                        STRATEGY (0.8); REVIEW MEMORANDUM FROM
                                        J. BAKER RE: COMMITTEE POSITION ON MIP
                                        AND DRAFT REPLY (.1); REVIEW WELLS FARGO
                                        PROPOSAL (.2); REVIEW REGISTRATION
                                        RIGHTS RIDER FOR PLAN (.1).

RAVIN AS        07/25/06        0.80    TELEPHONE CONFERENCE WITH L. APPEL, B.
                                        NUSSBAUM, J. CASTLE, J. BAKER, R. GRAY,
                                        F. HUFFARD, S. BUSEY AND S. KAROL RE:
                                        OPEN ISSUES RE: PLAN (.8).

RESHTICK AA     07/25/06        3.50    RESEARCH AND ANALYZE TAX ISSUES RELATED
                                        TO THE EMERGENCY FROM BANKRUPTCY (3.5).

| | | | |
|---|---|---|---|
| BAKER DJ | 07/26/06 | 5.20 | REVIEW ISSUES IN PLAN OF REORGANIZATION REMAINING OPEN FOR DISCUSSION BETWEEN DEBTORS AND CREDITORS COMMITTEE (.8); PREPARE AND TRANSMIT TO L. APPEL SUMMARY OF OPEN PLAN ISSUES (.2); CONFERENCE CALL WITH L. APPEL, J. CASTLE, F. HUFFARD, S. BUSEY AND R. GRAY RE: OPEN PLAN ISSUES (.5); TELECONFERENCE WITH A. BERNSTEIN RE: CONTRACT ISSUES IN PLAN OF REORGANIZATION (.3); TELECONFERENCE WITH F. HUFFARD WITH RESPECT TO OPEN PLAN ISSUES (.2); TELECONFERENCE WITH F. HUFFARD AND A. BERNSTEIN RE: OPEN PLAN ISSUES (.3); TELECONFERENCE WITH J. SKELTON WITH RESPECT TO PENDING PLAN ISSUES (.3); REVIEW INFORMATION RELATED TO PLAN PROVISIONS DEALING WITH TAIL COVERAGE (.6); TELECONFERENCE WITH M. BARR WITH RESPECT TO PLAN ISSUES (.2); REVIEW ISSUES RELATED TO CLAIM RESERVE PROVISIONS OF PLAN OF REORGANIZATION (1.0); TELECONFERENCE WITH M. BARR WITH RESPECT TO OPEN CONTRACT ISSUES IN PLAN OF REORGANIZATION (.3); CONFERENCE CALL WITH M. BARR, S. BUSEY, J. CASTLE, AND R. GRAY RE: RESERVE (.5). |
| BARUSCH RC | 07/26/06 | 5.60 | CONFERENCE CALL WITH CLIENT ON TAX RESTRAINTS (1.3); CONFERENCE CALL WITH CLIENT COMMITTEE TO REVIEW OPEN ISSUES (.9); REDRAFTING TRANSFER RESTRICTIONS AND DISCLOSURE (2.8); CONFERENCE CALL WITH CLIENT ON COMMON STOCK RIGHTS (.6). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| GRAY RW | 07/26/06 | 4.50 | DRAFT MEMORANDUM TO J. BAKER RE: ISSUES FOR CALL WITH M. BARR (0.1); CONF CALL WITH M. BARR, J. BAKER, S. BUSEY, J. CASTLE ET AL. RE: COMMON STOCK RESERVE ISSUES (0.5); CONF CALL WITH FINANCIAL AND TAX ADVISORS FOR COMPANY AND COMMITTEE RE: STOCK TRANSFER RESTRICTIONS (1.3); REVIEW AND RESPOND TO MEMORANDUM FROM J. CASTLE RE: CHUBB INQUIRY ON INDEMNITY (0.1); CONF CALL WITH B. NUSSBAUM, L. APPEL, J. CASTLE, J. BAKER, S. BUSEY, F. HUFFARD ET AL. RE: PLAN OPEN ISSUES (0.5); CONF CALL WITH COMPANY, COMPANY ADVISORS, MILBANK AND HOULIHAN RE: PLAN OPEN ISSUES (0.9); REVIEW AND RESPOND TO MEMORANDUM FROM L. APPEL RE: RESERVE TAX ISSUE (0.1); EXCHANGE EMAILS WITH R. BARUSCH RE: COMMON STOCK RESERVE ISSUES (0.2); REVIEW EMAIL EXCHANGE BETWEEN R. BARUSCH AND F. HUFFARD RE: RESERVE ISSUE (0.1); EXCHANGE EMAILS WITH R. BARUSCH AND K. BRISTOR RE: VOTING OF RESERVED SHARES (0.1); EXCHANGE EMAILS WITH R. BARUSCH RE: RESERVE/TRANSFER RESTRICTIONS (0.1); REVIEW AND RESPOND TO MEMORANDUM FROM A. RESHTICK RE: FORM AGREEMENT FOR TRUST (0.1); TELECONFERENCE WITH R. WEISS AND C. HANDLER RE: SAME (0.2); TELECONFERENCE WITH N. TALLY RE: TRUST ISSUES (0.2). |
|---|---|---|---|
| RESHTICK AA | 07/26/06 | 4.50 | RESEARCH AND ANALYZE TAX ISSUES RELATED TO THE EMERGENCY FROM BANKRUPTCY (3.6); CONFERENCE CALL ON TAX ISSUES RELATED TO THE EMERGENCE FROM BANKRUPTCY WITH M. BAR, D. PUNIKVAR, K. BRISTOR (.9). |
| TURETSKY DM | 07/26/06 | 0.20 | RESEARCH RE: STOCK RESERVE IN CONNECTION WITH PLAN OF REORGANIZATION (.2). |

150

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BAKER DJ            07/27/06      3.90    TELECONFERENCE WITH A. BERNSTEIN WITH
                                          RESPECT TO PLAN ISSUES (.3); EMAIL TO S.
                                          BURIAN RE: PLAN ISSUES (.4);
                                          TELECONFERENCE WITH  S. BURIAN RE:
                                          COMMITTEE'S VIEW OF PLAN ISSUES (.4);
                                          REVIEW LATEST TERM SHEETS WITH RESPECT
                                          TO OPEN PLAN ISSUES (.7);
                                          TELECONFERENCE WITH F. HUFFARD RE: PLAN
                                          ISSUES (.3); TELECONFERENCE WITH  R.
                                          BARUSCH WITH RESPECT TO PLAN ISSUES
                                          (.2); REVIEW EMAIL FROM R. BARUSCH RE:
                                          OPEN PLAN ISSUES (.2); RESPOND TO EMAIL
                                          FROM R. BARUSCH RE: OPEN PLAN ISSUES
                                          (.2); TELECONFERENCE WITH  J. SKELTON
                                          WITH RESPECT TO PLAN DISCUSSIONS WITH
                                          COMMITTEE (.3); CONTINUE REVIEW OF OPEN
                                          PLAN ISSUES (.8); REVIEW EMAIL FROM R.
                                          GRAY RE: PLAN ISSUES (.1).

BARUSCH RC          07/27/06      1.80    TELEPHONE CONFERENCE WITH J. BAKER RE
                                          PLAN ISSUES (.2); REVIEW PLAN ISSUES
                                          RELATING TO RESERVE (1.6).

HENRY S             07/27/06      6.80    DRAFT FINDINGS OF FACT AND CONCLUSIONS
                                          OF LAW FOR CONFIRMATION HEARING (6.8).

GRAY RW             07/27/06      0.70    TELECONFERENCE WITH R. WEISS AND C.
                                          HANDLER RE: COMMON STOCK RESERVE TRUST
                                          AGREEMENT (0.2); TELECONFERENCE WITH M.
                                          BARR RE: STATUS ON COMMITTEE FEEDBACK
                                          (0.1); DRAFT MEMORANDUM TO L. APPEL RE:
                                          SAME (0.1); TELECONFERENCE WITH M. BARR
                                          RE: COMMITTEE FEEDBACK ON PLAN (0.1);
                                          EXCHANGE EMAILS WITH L. APPEL RE:
                                          DISCUSSION WITH M. BARR ON PLAN (0.1);
                                          DRAFT MEMORANDUM TO K. BRISTOR RE:
                                          COMMITTEE DECISION ON COMMON STOCK
                                          RESERVE (0.1).

BAKER DJ            07/28/06      2.40    CONFERENCE CALL WITH L. APPEL, S. BUSEY,
                                          F. HUFFARD, R. GRAY, AND S. HENRY WITH
                                          RESPECT TO PLAN OF REORGANIZATION (.8);
                                          CONFERENCE CALL WITH L. APPEL, S. BUSEY
                                          AND M. BARR RE: PLAN OF REORGANIZATION
                                          (.5); REVIEW PROVISIONS OF PRIOR
                                          CONFIRMED PLANS WITH RESPECT TO
                                          PURCHASE OF INSURANCE POLICY TO PROVIDE
                                          TAIL COVERAGE (1.1).

BARUSCH RC          07/28/06      4.90    REVIEW AND REVISE PLAN (3.6); REVIEW
                                          TRANSFER RESTRICTIONS (1.3).

HENRY S             07/28/06      9.50    READ CASES RELATING TO RELEASE CLAUSE
                                          (4.3); DRAFT SECTION OF BRIEF RELATING
                                          TO RELEASE(4.4); CONFERENCE CALL WITH
                                          COMPANY, R. GRAY, J. BAKER, F. HUFFARD
                                          ET. AL RE: PLAN (.8).

| GRAY RW | 07/28/06 | 2.00 | CONF CALL WITH M. BARR, L. APPEL, J. BAKER, J. BAKER ET AL. RE: PLAN OPEN ISSUES (.8); REVIEW C. HANDLER COMMENTS RE: TRUST PROVISIONS AND TELECONFERENCE WITH SAME RE: QUESTIONS (0.2); REVIEW AND RESPOND TO MEMORANDUM FROM A. RESHTICK RE: COMMON STOCK RESERVE TAX ISSUE (0.1); TELECONFERENCE WITH PRIME SHARES AGENT RE: PROJECTIONS AND DRAFT MEMORANDUM TO J. OCONNELL RE: SAME (0.2); EMAIL EXCHANGE WITH R. BARUSCH, R. WEISS, K. BRISTOR AND A. RESHTICK RE: COMMON STOCK RESERVE ISSUES (0.4); DRAFT MEMORANDUM TO TAX, TRUST AND CORPORATE TEAMS RE: CALL TO RESOLVE COMMON STOCK RESERVE ISSUES (0.1); REVIEW MEMORANDUM RE: RELEASE/EXCULPATION AND PROVIDE COMMENTS (0.2). |
| BARUSCH RC | 07/29/06 | 2.90 | REVIEW AND REVISE PLAN (2.9). |
| GRAY RW | 07/29/06 | 6.00 | REVIEW DISCLOSURE STATEMENT OBJECTIONS AND PLAN NOTES SINCE 6/29 TO IDENTIFY NECESSARY REVISIONS TO PLAN AND CONTEMPORANEOUSLY REVISE PLAN TO REFLECT SAME (4.6); DRAFT MEMORANDUM TO J. BAKER RE: VARIOUS PLAN ISSUES (0.2); EXCHANGE EMAILS WITH R. BARUSCH RE: REGISTRATION RIGHTS PROVISIONS (0.2); DRAFT MEMORANDUM TO L. APPEL RE: POSTCONFIRMATION CREDITORS COMMITTEE AND REVIEW REPLY (0.2); CONF CALL WITH TAX, TRUST AND CORPORATE TEAMS RE: COMMON STOCK RESERVE ISSUES (0.7); DRAFT EMAIL TO J. JAMES ET AL. RE: UTILITY PROVISION FOR PLAN (0.1). |
| BARUSCH RC | 07/30/06 | 0.90 | CONFERENCE CALL WITH CLIENT ON PLAN CHANGES (.7); REVIEW TRANSFER RESTRICTIONS (.2). |
| GRAY RW | 07/30/06 | 3.30 | EMAIL EXCHANGE WITH A. RESHTICK, R. BARUSCH AND K. BRISTOR RE: COMMON STOCK RESERVE TAX ISSUES (.6); FURTHER REVIEW PLAN ISSUES (1.6); DRAFT AND CIRCULATE LIST OF ISSUES FOR CALL WITH CLIENT AND LAWYERS (.8); FINALIZE PLAN FOR FORWARDING TO CLIENT AND ADVISORS (.3). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BAKER DJ | 07/31/06 | 2.70 | REVIEW LATEST REVISIONS TO PLAN OF REORGANIZATION (.6); REVIEW COMMENTS FROM CREDITORS COMMITTEE WITH RESPECT TO PLAN OF REORGANIZATION (.5); CONFERENCE CALL WITH M. BARR, SKADDEN AND COMPANY RE: COMMITTEE COMMENTS ON PLAN REVISIONS (1.0); REVIEW ADDITIONAL ISSUES RAISED WITH RESPECT TO PLAN PROVISIONS RELATING TO PURCHASE OF TAIL COVERAGE (.6). |
| BARUSCH RC | 07/31/06 | 2.70 | FINAL REVISIONS TO PLAN (2.3); CONFERENCE CALL WITH COMMITTEE (.4). |
| HENRY S | 07/31/06 | 7.30 | REVIEW OF PLAN REVISIONS IN CONNECTION WITH CONFIRMATION BRIEF AND ORDER (2.1); REVISE CONFIRMATION ORDER (4.2); CONFERENCE CALL WITH M. BARR, SKADDEN TEAM AND COMPANY RE: COMMITTEE PLAN ISSUES (1.0). |
| GRAY RW | 07/31/06 | 3.40 | REVIEW AND RESPOND TO MEMORANDUM FROM C. JACKSON RE: TREATMENT OF SECURED TAX CLAIMS (.1); EMAIL EXCHANGE WITH C. JACKSON AND R. TANSI RE: SAME (.1); DRAFT MEMORANDUM TO C. JACKSON, R. TANSI ET AL. RE: REVISED TREATMENT FOR CLASS (.2); DRAFT MEMORANDUM TO M. BARR RE: CHANGE IN CLASS 10 (.1); REVIEW AND RESPOND TO MEMORANDUM FROM J. LAMMERT RE: CHANGE (.1); REVISE TREATMENT FOR CLASS 10 AND RECIRCULATE TO TAX TEAM (.2); DRAFT MEMORANDA TO M. BARR RE: SAME (.1); FURTHER CALL WITH SAME AND DELOITTE TEAM RE: TAX ISSUES (.1); FURTHER CALL WITH DELOITTE TAX TEAM AND A. BARAGONA RE: INACTIVE SUBS (.2); REVISE PLAN LANGUAGE RE: INACTIVE SUBS (.1); DRAFT MEMORANDUM TO D. VANSCHOOR RE: SAME (.1); REVIEW AND INCORPORATE JOINT DISTRIBUTION PROVISION (.1); DRAFT MEMORANDUM TO M. BARR RE: JOINT DISTRIBUTION INSERT (.1); REVIEW PLAN COMMENTS FROM M. BARR (.1); DRAFT MEMORANDUM TO R. BARUSCH RE: REG RIGHTS (.1); TELECONFERENCE WITH M. COMERFORD RE: PROPOSED LANGUAGE FOR UNSECURED CLAIM TREATMENT (0.4); REVISE TAIL PROVISION IN PLAN AND EXCHANGE EMAILS WITH J. BAKER RE: SAME (.2); REVISE PLAN TO REFLECT COMMENTS RECEIVED (0.8); DRAFT MEMORANDUM TO CLIENT AND ADVISORS RE: REVISED PLAN FOR FILING TOMORROW (0.1); DRAFT MEMORANDUM TO M. BARR RE: REVISED PLAN (0.1). |

**MATTER TOTAL** **318.70**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**            Bill Date: 08/18/06
**Retention / Fee Matters (SASM&F)**         Bill Number: 1122978

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HART JR. DJ | 07/05/06 | 0.40 | PREPARE MONTHLY FEE STATEMENTS TO BE SENT TO FEE EXAMINER (.2); DRAFT LETTER TO FEE EXAMINER (.2). |
| RAVIN AS | 07/05/06 | 1.30 | REVIEW TIME ENTRIES IN CONNECTION WITH PREPARING SUMMARIES FOR 4TH INTERIM FEE APP (.4); DRAFT MEMORANDA TO AND REVIEW MEMORANDA FROM K. LAMAINA RE: SAME (.2); DRAFT MEMORANDA TO AND REVIEW MEMORANDA FROM R. GRAY RE: SAME, DRAFT MEMORANDUM TO K. SAMBUR RE: SAME (.2); DRAFT TIME SUMMARIES FOR 4TH INTERIM FEE APP (.5). |
| SAMBUR K | 07/05/06 | 0.60 | REVIEW TIME DETAILS (.3); BEGIN DRAFTING TIME DETAIL SUMMARIES (.3). |
| HART JR. DJ | 07/06/06 | 0.40 | PREPARE FEE STATEMENTS FOR DISTRIBUTION (.4). |
| LAMAINA KA | 07/06/06 | 2.40 | PREPARE FEE APPLICATION (2.4). |
| RAVIN AS | 07/07/06 | 1.10 | REVIEW AND REVISE SUMMARIES FOR 4TH INTERIM FEE APPLICATION (1.1). |
| LEAMY JM | 07/08/06 | 1.50 | REVIEW FEB-MAY 2006 TIME DETAIL RE: CLAIMS ADMINISTRATION AND EXECUTORY CONTRACTS AND DRAFT FEE APPLICATION DESCRIPTIONS RE: SAME. |
| LAMAINA KA | 07/09/06 | 0.50 | REVIEW STATUS OF INTERIM APPLICATION (.5). |
| SAMBUR K | 07/10/06 | 7.70 | REVISE FEE APPLICATION (7.7). |
| LAMAINA KA | 07/11/06 | 0.50 | REVISE WINN-DIXIE INTERIM FEE APPLICATION AND INQUIRE ON STATUS OF MAY BILL (.5). |
| TURETSKY DM | 07/11/06 | 0.50 | E-MAIL TO J. BAKER RE: COMMITTEE AND EMPLOYEE MATTER SUMMARIES IN CONNECTION WITH FOURTH INTERIM SKADDEN FEE APPLICATION (.1); REVISE EMPLOYEE AND COMMITTEE MATTER SUMMARIES IN CONNECTION WITH FOURTH INTERIM SKADDEN FEE APPLICATION (.3); E-MAIL TO K. LAMAINA RE: EMPLOYEE AND COMMITTEE MATTER SUMMARIES IN CONNECTION WITH FOURTH INTERIM SKADDEN FEE APPLICATION (.1). |

| | | | |
|---|---|---|---|
| EICHEL S | 07/12/06 | 1.70 | REVIEW TIME DETAIL IN CONNECTION WITH DRAFTING SKADDEN'S FOURTH INTERIM FEE APPLICATION (.7); DRAFT EMAIL TO K. LAMAINA RE: TIME DETAIL IN CONNECTION WITH PREPARING SKADDEN FEE APPLICATION (.1); DRAFT RIDER FOR FEE SKADDEN'S FOURTH INTERIM FEE APPLICATION (.6); REVIEW EXECUTORY CONTRACT SUMMARY FOR SKADDEN'S FOURTH INTERIM FEE APPLICATION (.1); REVIEW AND REVISE RECLAMATION SECTION FOR FEE APPLICATION (.2). |
| LAMAINA KA | 07/12/06 | 0.70 | REVISE INTERIM FEE APPLICATION (.7). |
| PAOLI J | 07/12/06 | 1.10 | DRAFT RIDER TO FEE APPLICATION (1.1). |
| TURETSKY DM | 07/12/06 | 2.20 | DRAFT SIXTH SUPPLEMENTAL DECLARATION OF J. BAKER IN SUPPORT OF SKADDEN RETENTION (.5); FURTHER REVIEW AND ANALYSIS RE: POTENTIAL DISCLOSURE PARTIES (1.7). |
| TURETSKY DM | 07/13/06 | 1.40 | FURTHER REVIEW AND ANALYSIS OF POTENTIAL DISCLOSURE PARTIES (1.4). |
| BAKER DJ | 07/14/06 | 0.80 | REVIEW DRAFT OF FEE APPLICATION (.8). |
| HART JR. DJ | 07/14/06 | 1.30 | REVISE MAY FEE STATEMENT LETTER AND PREPARE MAY BILL FOR DISTRIBUTION (.2); MULTIPLE COMMUNICATION WITH SKADDEN ACCOUNTING RE: MAY BILL (.4); REVIEW MAY FEE DETAIL (.7). |
| LAMAINA KA | 07/14/06 | 1.20 | REVISE INTERIM FEE APPLICATION (1.2). |
| TURETSKY DM | 07/14/06 | 0.30 | FURTHER REVIEW AND ANALYSIS RE: POTENTIAL DISCLOSURE PARTIES (.3). |
| HART JR. DJ | 07/17/06 | 2.40 | PREPARE EXHIBITS FOR INTERIM FEE APPLICATION (2.4). |
| LAMAINA KA | 07/17/06 | 4.80 | REVISE INTERIM FEE APPLICATION (4.8). |
| HENRY S | 07/21/06 | 3.20 | REVIEW WINN DIXIE FEE APPLICATION. |
| LAMAINA KA | 07/21/06 | 7.20 | FINALIZE INTERIM FEE APPLICATION (7.2). |
| LAMAINA KA | 07/31/06 | 0.80 | RESPOND TO COMPANY REQUEST ON MAY BILL (.3); REVIEW FEE STATEMENT (.4); TELECONFERENCE WITH L. ANDREWS ON MAY BILL (.1). |

**MATTER TOTAL**                    **46.00**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Winn-Dixie Stores, Inc. (DIP)                          Bill Date: 08/18/06
Retention / Fee Matters / Objections (Others)          Bill Number: 1122978

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 07/05/06 | 0.10 | REVIEW MEMORANDUM FROM D. WANDER AND DRAFT MEMORANDUM TO J. CASTLE RE: ALSTON AND BIRD RETENTION CALL (.1). |
| TURETSKY DM | 07/06/06 | 0.30 | TELECONFERENCE WITH C. DICKINSON RE: JENNER AND BLOCK FEE APPLICATION (.1); E-MAIL TO M. COMERFORD RE: DISCLOSURE ENTITIES (.2). |
| GRAY RW | 07/07/06 | 0.60 | TELECONFERENCES WITH J. CASTLE AND ALSTON AND BIRD TEAM RE: RETENTION ISSUES (.6). |
| EICHEL S | 07/07/06 | 0.10 | TELECONFERENCE WITH J. MATHIAS RE: THE SCOPE OF HIS FIRM'S RETENTION (.1). |
| LAMAINA KA | 07/07/06 | 0.50 | REVIEW MEMORANDA FROM WINN-DIXIE PROFESSIONALS ON AUG. 10 HEARING (.5). |
| EICHEL S | 07/11/06 | 0.80 | REVIEW SUBMISSION OF ASSESSMENT TECHNOLOGIES' COMPLETED RETENTION QUESTIONNAIRE (.1); TELECONFERENCE WITH J. SESSIONS RE: RETENTION AS AN ORDINARY COURSE PROFESSIONAL (.1); DRAFT EMAIL TO J. SESSIONS RE: ORDINARY COURSE PROFESSIONAL RETENTION QUESTIONNAIRE TO BE COMPLETED (.1); ANALYZE ISSUES RE RETENTION OF JENNER AND BLOCK WITH RESPECT TO INSURANCE SERVICES TO BE RENDERED (.4); TELECONFERENCE WITH C. DICKENSON (JENNER AND BLOCK) RE: RENDERING INSURANCE RELATED SERVICES UNDER RETENTION ORDER (.1). |
| LAMAINA KA | 07/12/06 | 0.50 | REVIEW SEVERAL MEMORANDA FROM WINN-DIXIE PROFESSIONALS RE: INTERIM FEE APPLICATION HEARING (.5). |
| EICHEL S | 07/13/06 | 0.20 | DRAFT EMAIL TO M. RICHARD RE: STATEMENT OF PAYMENTS MADE TO ORDINARY COURSE PROFESSIONAL (.1); REVIEW EMAIL FROM RICHARD RE: STATEMENT OF PAYMENTS MADE TO ORDINARY COURSE PROFESSIONAL (.1). |
| LAMAINA KA | 07/13/06 | 1.80 | MEMORANDUM SMITH GAMBRELL ON JULY 20 COURT FILING (.2); REVIEW MEMORANDA FROM PROFESSIONALS FOR FEE NOTICE (1.0); MEMORANDUM TO PROFESSIONALS ON JULY 20 FILING AND AUG. 10 HEARING (.6). |

RESHTICK AA        07/13/06      3.20   ANALYZE ISSUES RELATED TO UTILIZATION
                                        OF TAX ATTRIBUTES UPON CONSUMMATION OF
                                        THE BANKRUPTCY PLAN,  TAX TREATMENT OF
                                        THE COMMON STOCK RESERVE AND THE
                                        TRANSFER RESTRICTIONS (3.2).

GRAY RW            07/14/06      0.40   REVIEW AND COMMENT ON MILBANK DRAFT
                                        MOTION TO RETAIN SPENCER STUART AND
                                        PROPOSED ENGAGEMENT LETTER (.4).

EICHEL S           07/14/06      0.30   REVIEW AND REVISE SKADDEN FOURTH
                                        INTERIM FEE APPLICATION (.2); DRAFT
                                        EMAIL TO K. LAMAINA RE: FEE APPLICATION
                                        (.1).

GRAY RW            07/15/06      1.00   REVIEW AND COMMENT ON DRAFT RETENTION
                                        DOCUMENTS FOR SPENCER STUART (.7);
                                        DRAFT MEMORANDUM TO J. MILTON RE: SAME
                                        (.1); DRAFT MEMORANDUM TO L. APPEL ET
                                        AL. RE: ENGAGEMENT LETTER (.1); EMAIL
                                        EXCHANGE WITH L. APPEL RE: SAME (.1).

GRAY RW            07/16/06      0.10   DRAFT MEMORANDUM TO J. MILTON RE:
                                        COMMITTEE RETENTION ONLY ON SPENCER
                                        STUART (.1).

GRAY RW            07/17/06      0.20   REVIEW MEMORANDUM FROM M. BARR RE:
                                        SPENCER STUART ISSUE, EXCHANGE EMAILS
                                        WITH J. BAKER AND R. BARUSCH RE: SAME,
                                        AND DRAFT REPLY TO M. BARR (.2).

LAMAINA KA         07/17/06      1.20   RESPOND TO PROFESSIONALS' QUESTIONS ON
                                        AUG. 10 HEARING (.7); TELECONFERENCE
                                        JENNER AND PREPARE MEMORANDUM TO JENNER
                                        ON AUG. 10 FEE DOCUMENTS (.5).

GRAY RW            07/18/06      0.10   REVIEW AND RESPOND TO MEMORANDUM FROM S.
                                        EICHEL RE: ATECH ORDINARY COURSE
                                        PROFESSIONAL STATUS (.1).

EICHEL S           07/18/06      1.10   DRAFT EMAIL TO M. RICHARD RE: REVISIONS
                                        TO STATEMENT OF PAYMENTS MADE TO OCPS
                                        (.2); DRAFT COVER PAGE TO STATEMENT OF
                                        PAYMENTS MADE TO OCPS (.1); REVIEW EMAIL
                                        FROM M. RICHARD RE: STATEMENT OF
                                        PAYMENTS MADE TO OCPS (.2); DRAFT EMAIL
                                        TO M. RICHARD RE: STATEMENT OF PAYMENTS
                                        MADE TO OCPS (.1); REVIEW EMAILS FROM R.
                                        GRAY RE: STATEMENT OF PAYMENTS MADE TO
                                        OCPS (.1); DRAFT EMAILS TO M. RICHARD
                                        RE: RESOLVING ISSUES RELATING TO
                                        STATEMENT OF PAYMENTS MADE TO OCPS (.2);
                                        DRAFT EMAIL TO J. SESSIONS RE:
                                        COMPLETION OF QUESTIONNAIRE IN
                                        CONNECTION WITH RETENTION AS ORDINARY
                                        COURSE PROFESSIONAL (.1);
                                        TELECONFERENCE WITH J. SESSIONS RE:
                                        COMPLETION OF RETENTION QUESTIONNAIRE
                                        (.1).

| LAMAINA KA | 07/18/06 | 1.20 | REVIEW MEMORANDA FROM JENNER AND BLOCK ON SERVICES (.3); REVIEW MEMORANDUM FROM ALVAREZ MARSAL ON HEARING NOTICE (.2); REVIEW MEMORANDA FROM VARIOUS PROFESSIONALS ON AUG. 10 HEARING (.7). |
| KARPE JA | 07/18/06 | 0.40 | REVISE WINN DIXIE NOTICE OF INTERIM FEE APP. |
| HENRY S | 07/19/06 | 9.30 | REVIEW AND WRITE OFF JUNE WINN DXIE BILL --REVIEW FOR CONFIDENTIALITY, STRATEGY, GUIDELINES (3.2); REVISE WINN DIXIE FEE APPLICATION (6.1). |
| EICHEL S | 07/19/06 | 0.90 | REVIEW EMAILS FROM M. RICHARD RE: STATEMENT OF PAYMENTS MADE TO OCPS (.2); DRAFT EMAIL TO M. RICHARD RE: STATEMENT OF PAYMENTS MADE TO OCPS (.1); REVIEW EMAIL FROM R. GRAY RE: STATEMENT OF PAYMENTS MADE TO OCPS (.1); DRAFT EMAIL TO K. WARD RE: FILING STATEMENT OF PAYMENTS MADE TO OCPS (.1); REVIEW EMAIL FROM M. RICHARD RE: STATEMENT OF PAYMENTS MADE TO OCPS (.1); TEL. CONFS. WITH M. RICHARD RE: PAYMENTS MADE TO OCPS (.1); REVIEW SUBSEQUENT EMAIL FROM M. RICHARD RE: STATEMENT OF PAYMENTS MADE TO OCPS (.1); TELECONFERENCE WITH K. WARD RE: FILING OF STATEMENT OF PAYMENTS MADE TO OCPS (.1). |
| HENRY S | 07/20/06 | 4.20 | REVISE WINN DIXIE FEE APPLICATION. |
| GRAY RW | 07/20/06 | 0.90 | REVIEW REVISED SPENCER STUART APPLICATION AND ORDER AND PROVIDE COMMENTS TO J. MILTON (.3); DRAFT MEMORANDUM TO L. APPEL ET AL. RE: REVISED PLEADINGS AND ENGAGEMENT LETTER (.2); REVIEW MEMORANDUM FROM J. CASTLE RE: FEE ISSUE (0.1); TELECONFERENCE WITH J. MILTON RE: SAME (.1); DRAFT MEMORANDUM TO J. CASTLE RE: FEE ARRANGEMENT (.1); REVIEW MEMORANDA FROM B. NUSSBAUN AND J. CASTLE RE: OK AND COMMUNICATE SAME TO J. MILTON (.1). |
| EICHEL S | 07/20/06 | 0.70 | REVIEW EMAIL FROM J. JAMES RE: PAYMENTS TO LAW TECH (.1); TELECONFERENCE WITH J. JAMES RE: PAYMENTS TO LAW TECH (.1); DRAFT EMAIL TO R. GRAY RE: PAYMENTS TO LAW TECH (.1); DRAFT EMAILS TO K. WARD RE: FILING OF STATEMENT OF PAYMENTS MADE TO OCPS (.2); REVIEW EMAIL FROM K. WARD RE: FILING OF STATEMENT OF PAYMENTS MADE TO OCPS (.1); REVIEW AND REVISE STATEMENT OF PAYMENTS MADE TO OCPS (.1). |
| LAMAINA KA | 07/20/06 | 0.40 | MEMORANDA TO VARIOUS PROFESSIONALS ON FILINGS TOMORROW FOR AUG. HEARING (.4). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

LAMAINA KA        07/21/06      0.70   REVISE NOTICE OF HEARING RE
                                       PROFESSIONALS' APPLICATIONS (.3);
                                       REVIEW MEMORANDA FROM PROFESSIONALS' ON
                                       CASE FILINGS TODAY (.4).

KARPE JA          07/21/06      0.40   CONFERENCE WITH CARLTON FIELDS RE:
                                       INTERIM APPLICATION (.4).

EICHEL S          07/24/06      0.10   DRAFT EMAIL TO J. SESSIONS RE: COMPLETED
                                       ORDINARY COURSE PROFESSIONAL
                                       QUESTIONNAIRE (.1).

EICHEL S          07/25/06      0.40   REVIEW EMAIL FROM J. SESSIONS RE:
                                       COMPLETION OF ORDINARY COURSE
                                       PROFESSIONAL QUESTIONNAIRE (.1);
                                       REVIEW J. SESSIONS RETENTION
                                       QUESTIONNAIRE (.1); TELECONFERENCE
                                       WITH J. SESSIONS RE: REVISIONS TO
                                       QUESTIONNAIRE (.1); REVIEW REVISED
                                       ORDINARY COURSE PROFESSIONAL
                                       QUESTIONNAIRE OF SESSIONS LAW FIRM
                                       (.1).

EICHEL S          07/26/06      0.70   DRAFT EMAIL TO R. GRAY RE: 16TH ORDINARY
                                       COURSE PROFESSIONAL SUPPLEMENT AND
                                       SUBMISSION (.1); DRAFT, REVIEW AND
                                       REVISE 16TH ORDINARY COURSE
                                       PROFESSIONAL SUPPLEMENT (.2); DRAFT,
                                       REVIEW AND REVISE 16TH ORDINARY COURSE
                                       PROFESSIONAL SUBMISSION (.2); REVIEW
                                       EMAIL FROM R. GRAY RE: 16TH ORDINARY
                                       COURSE PROFESSIONAL SUPPLEMENT AND
                                       SUBMISSION (.1); DRAFT EMAIL TO J.
                                       CASTLE RE: 16TH ORDINARY COURSE
                                       PROFESSIONAL SUPPLEMENT AND SUBMISSION
                                       (.1).

EICHEL S          07/27/06      0.50   FINALIZE 16TH ORDINARY COURSE
                                       PROFESSIONAL SUPPLEMENT AND SUBMISSION
                                       (.1); DRAFT EMAIL TO C. JACKSON AND K.
                                       WARD RE: FILING AND SERVICE OF 16TH
                                       ORDINARY COURSE PROFESSIONAL
                                       SUPPLEMENT AND SUBMISSION (.1); DRAFT
                                       EMAIL TO T. WUERTZ RE: STATUS OF RUSSELL
                                       STOVER DISPUTE (.1); DRAFT EMAIL TO K.
                                       WARD RE: FILING OF 16TH ORDINARY COURSE
                                       PROFESSIONAL SUPPLEMENT AND SUBMISSION
                                       (.1); REVIEW RESPONSE OF K. WARD RE:
                                       FILING OF 16TH ORDINARY COURSE
                                       PROFESSIONAL SUPPLEMENT AND SUBMISSION
                                       (.1).

| GRAY RW | 07/28/06 | 0.40 | REVIEW REVISED SPENCER STUART DOCUMENTS AND PROVIDE COMMENTS TO J. MILTON (0.3); DRAFT MEMORANDUM TO L. APPEL ET AL. RE: SAME (0.1). |
|---------|----------|------|--------------------------------------------------------|

**MATTER TOTAL**                    **33.70**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**
**Tax Matters**

Bill Date: 08/18/06
Bill Number: 1122978

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BRISTOR KM | 07/04/06 | 0.10 | E-MAIL CORRESPONDENCE WITH H. ETLIN RE: TAX AUDIT/ISSUE PROGRESS CALL (.1). |
| BAKER DJ | 07/05/06 | 1.60 | REVIEW OUTSTANDING TAX ISSUES (1.6). |
| BRISTOR KM | 07/05/06 | 0.70 | CONFERENCE CALL WITH CLIENT, DELOITTE, KPMG AND  CO. RE: TAX ANALYSIS (.7). |
| BAKER DJ | 07/06/06 | 0.70 | CONTINUE ANALYSIS OF TAX ISSUES (.7). |
| BRISTOR KM | 07/07/06 | 0.50 | REVIEW FACTS RE: COMMON STOCK RESERVE (.5). |
| RESHTICK AA | 07/12/06 | 3.80 | ANALYZE ISSUES RELATED TO UTILIZATION OF TAX ATTRIBUTES UPON CONSUMMATION OF THE BANKRUPTCY PLAN, TAX TREATMENT OF THE COMMON STOCK RESERVE AND THE TRANSFER RESTRICTIONS (3.8). |
| BRISTOR KM | 07/14/06 | 0.80 | TELECONFERENCE WITH MILBANK AND DELOITTE RE: TAX CONSEQUENCES OF COMMONS STOCK RESERVE FUND. |
| BAKER DJ | 07/17/06 | 0.60 | FURTHER ANALYSIS OF TAX CLAIM ISSUES (.6). |
| BRISTOR KM | 07/17/06 | 2.90 | ANALYSIS OF TAX IMPACT OF COMMON STOCK RESERVE FUND (2.9). |
| BRISTOR KM | 07/18/06 | 2.50 | ANALYSIS OF TAX ISSUES RE: COMMON STOCK RESERVE FUND (2.5). |
| BRISTOR KM | 07/20/06 | 2.50 | ANALYSIS OF COMMON STOCK RESERVE (2.5). |
| BRISTOR KM | 07/21/06 | 1.50 | ANALYSIS OF COMMON STOCK RESERVE FUND (1.5). |
| BRISTOR KM | 07/24/06 | 6.50 | ANALYSIS OF TAX CONSEQUENCES OF COMMON STOCK RESERVE (4.0); TELECONFERENCE WITH MILBANK AND DELOITTE RE: ANALYSIS OF TAX CONSEQUENCES OF COMMON STOCK RESERVE (.5); TELECONFERENCE WITH MILBANK AND DELOITTE RE: ANALYSIS OF IMPACT OF SECTION 382 TO NOLS (2.0). |
| BRISTOR KM | 07/25/06 | 2.00 | ANALYSIS OF COMMON STOCK RESERVE ISSUE AND; SECTION 382(E)(5) (2.0). |
| BRISTOR KM | 07/26/06 | 1.20 | TELECONFERENCE WITH CLIENT, DELOITTE AND MILBANK RE: SECTION 382(E)(5) (1.2). |
| BRISTOR KM | 07/28/06 | 1.50 | ANALYSIS OF TAX CONSEQUENCE OF COMMON STOCK RESERVE (1.5). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BRISTOR KM        07/29/06        0.60   PREPARED FOR TELECONFERENCE RE: COMMON
                                         STOCK RESERVE (.6).

BRISTOR KM        07/30/06        1.50   DRAFT TAX DISCLOSURE RE COMMON STOCK
                                         RESERVE (1.5).

RESHTICK AA       07/30/06        1.80   ANALYZE ISSUES RELATED TO THE TAX
                                         TREATMENT OF THE COMMON STOCK RESERVE
                                         AND THE TRANSFER RESTRICTIONS(1.8).

**MATTER TOTAL**                  <u>33.30</u>

162

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**               **Bill Date: 08/18/06**
**Utilities**                                    **Bill Number: 1122978**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| KALOUDIS D | 07/05/06 | 0.80 | ANALYZE CONTRACT ISSUES RE: GULF POWER (.2); TELECONFERENCE WITH C. TURNER RE: GULF POWER (.1); EMAIL TO C.LEO RE: CLECO (.2); ANALYZE CLECO SCHEDULE ISSUE (.1); EMAIL TO A.CASTLEBERRY RE: CLECO (.2);. |
| KALOUDIS D | 07/06/06 | 0.30 | EMAIL TO C. TURNER RE: GULF POWER (.2); EMAIL TO S.FELD AND R.GRAY RE: SAME (.1). |
| KALOUDIS D | 07/07/06 | 0.80 | DRAFT UTILITY SUMMARY STATUS (.6); EMAIL TO RIVIERA UTILITIES RE: WIRE PAYMENT INSTRUCTIONS (.2). |
| FELD SR | 07/10/06 | 0.50 | REVIEW UTILITY BOND DISCREPANCY REPORT FROM S. WILLIAMS (.2); REVIEW EMAILS RE: STATUS OF UTILITY STIPULATIONS RE: WALTON, FOLEY (.2); REVIEW BOND ALLOCATION FOR CLECO (.1). |
| KALOUDIS D | 07/10/06 | 3.40 | CALL WITH CITY OF VICKSBURG RE: FINAL CHARGES (.1); ANALYZE CLECO BOND ISSUE (1.8); REVISE UTILITY FEE SUMMARY (.8); FINALIZE WALTON FOR EXECUTION RE: WALTON STIPULATION (.3) EMAIL TO UTILITY RE: WALTON STIPULATION (.2); EMAIL TO C.LEO RE: WALTON STIPULATION (.2). |
| FELD SR | 07/13/06 | 4.90 | REVIEW AND REVISE ADEQUATE ASSURANCE STIPULATION RE: GEORGIA POWER (2.1); REVIEW CLECO FILE RE: ALLOCATION OF BOND (.5); REVIEW FILES FOR CANTON MUNICIPALS, HILLSBOROUGH, LEESBURG, MISSISSIPPI POWER RE: UTILITY STIPULATIONS (1.3); RESPOND TO EMAIL FROM B. KICHLER RE: UTILITY CONTACT PERSONS (1.0). |
| FELD SR | 07/18/06 | 0.10 | REVIEW CHART RE: UTILITY BONDS (.1). |
| KALOUDIS D | 07/18/06 | 1.20 | FINALIZE WALTON EXECUTED STIPULATION (.5); REVIEW UTILITY RE: RIVIERA PAYMENT (.2); CALL WITH A.CATLEBERRY REL CLECO (.3); ANALYZE CLECO ISSUE RE: SCHEDULE (.2). |
| KALOUDIS D | 07/24/06 | 0.90 | CALL WITH A.CASTLEBERRY RE: CLECO (.2); ANALYZE BOND ISSUE RE: CLECO (.1); EMAIL TO C.LEO RE: INDIAN RIVER INVOICES (.4); REVIEW FAX FROM INDIAN RIVER RE: INVOICES (.2). |

| | | | |
|---|---|---|---|
| FELD SR | 07/26/06 | 1.30 | EMAIL TO C. TURNER RE: STATUS OF GEORGIA POWER STIPULATION (.1); REVIEW STATUS OF PENDING ADEQUATE ASSURANCE STIPULATION (.6); EMAIL TO A. CASTLEBERRY RE: CLECO UTILITY BOND (.2); REVIEW DRAFT LETTER TO BOWLING GREEN (.2); REVIEW DRAFT NOTICE AND STIPULATION RE: VOLUNTEER (.2). |
| KALOUDIS D | 07/26/06 | 1.10 | CALL TO A.CASTLEBERRY RE: CLECO (.1); CALL WITH J.DONUHUE RE: CITY OF TALLAHASSEE (.2); CALL WITH J.KETTLE RE: VOLUNTEER ENERGY STIPULATION (.1); DRAFT LETTER RE: BOWLING GREEN (.1); DRAFT NOTICE TO U.S. TRUSTEE AND OTHER NOTICE PARTIES RE: VOLUNTEER ENERGY (.5); EMAIL TO B.CARLSON RE:INDIAN RIVER (.1);. |
| FELD SR | 07/27/06 | 0.10 | REVIEW REVISED LETTER TO BOWLING GREEN RE: ADEQUATE ASSURANCE (.1). |
| KALOUDIS D | 07/27/06 | 1.70 | FINALIZE NOTICE RE: VOLUNTEER ENERGY STIPULATION (.2); CALL WITH INDIAN RIVER COUNSEL RE: PAYMENT (.1); REVIEW ACCOUNT INFORMATION RE: INDIAN RIVER (.2); EMAIL TO B.CARLSON RE: INDIAN RIVER INVOICES (.2); REVISE BOWLING GREEN LETTER RE: UTILITY (.2); READ CITY OF VICKSBURG CORRESPONDENCE REGARDING UTILITY (.2); CALL WITH S.WHEELIS RE: CLECO (.1); CALL WITH A.CASTLEBERRY RE: CLECO (.1); DRAFT EMAIL TO CLECO REGARDING UTILITY (.4). |
| FELD SR | 07/31/06 | 0.50 | REVIEW CLECO ALLOCATION ISSUE. |
| KALOUDIS D | 07/31/06 | 1.10 | DRAFT CLECO REDUCTION LETTER (.4) SEND EMAIL TO S.WHEELIS RE: CLECO (.2); REVISE CLECO EMAIL RE: REALLOCATION (.5). |

**MATTER TOTAL**                    <u>**18.70**</u>

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                    **Bill Date: 08/18/06**
**Vendor Matters**                                   **Bill Number: 1122978**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| EICHEL S | 07/10/06 | 1.40 | DRAFT EMAIL TO A. LIU RE: RUSSELL STOVER DISPUTE (.1); TELECONFERENCE WITH A. LIU RE: RUSSELL STOVER DISPUTE (.2); REVIEW EMAIL FROM A. LIU RE: RUSSELL STOVER CONFERENCE CALL (.1); REVIEW EMAIL FROM C. DICKINSON RE: DOCUMENTS EVIDENCING JENNER AND BLOCK'S RETENTION (.1); TELECONFERENCE WITH A. LIU, J. JAMES AND P. TREMBLAY RE: RUSSELL STOVER DISPUTE (.3); TELECONFERENCE WITH A. LIU RE: CONTACTING M. RUBLE RE RESOLUTION OF RUSSELL STOVER DISPUTE (.1); REVIEW EMAIL FROM A. LIU RE: RESOLUTION OF RUSSELL STOVER DISPUTE (.1); REVIEW RUSSELL STOVER'S EMAIL RE: PROPOSED SETTLEMENT (.1); REVIEW EMAIL FROM A. LIU RE: RECONCILIATION OF RUSSELL STOVER'S CLAIM (.1); TEL. CONFS. WITH A. LIU RE: EMAIL RECONCILING RUSSELL STOVER'S CLAIM (.2). |
| EICHEL S | 07/11/06 | 0.90 | TELECONFERENCES WITH B. KICHLER RE: SEABEV STIPULATION (.2); ANALYZE ISSUES RE: SEABEV STIPULATION (.2); REVIEW AND REVISE SEABEV STIPULATION (.2); DRAFT EMAIL TO B. KICHLER RE: REVISED SEABEV STIPULATION (.1); REVIEW EMAIL FROM B. KICHLER RE: SEABEV STIPULATION (.1); TELECONFERENCE WITH J. POST RE: SEABEV STIPULATION (.1). |
| EICHEL S | 07/12/06 | 0.70 | TELECONFERENCE WITH J. POST RE: SEABEV STIPULATION AND UPCOMING RECLAMATION OBJECTION (.2); DRAFT EMAIL TO L. BARR RE: SEABEV STIPULATION (.1); DRAFT EMAIL TO A. LIU RE: STATUS OF RESOLUTION OF RUSSELL STOVER CLAIM (.1); TELECONFERENCE WITH B. KICHLER RE: STATUS OF RUSSELL STOVER DISPUTE (.1); REVIEW EMAIL FROM A. LIU RE: RUSSELL STOVER MEMORANDUM OF AGREED TERMS (.1); DRAFT EMAIL TO M. RICHARD RE: STATUS OF RUSSELL STOVER DISPUTE (.1). |
| EICHEL S | 07/13/06 | 0.10 | DRAFT EMAIL TO A. LIU RE: RUSSELL STOVER SETTLEMENT (.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| EICHEL S | 07/17/06 | 0.60 | REVIEW EMAILS FROM T. WUERTZ RE: STATUS OF MGM CLAIM (.2); DRAFT EMAIL TO M. RICHARD RE: STATUS OF MGM CLAIM (.2); REVIEW EMAIL FROM M. RICHARD RE: RESOLUTION OF RUSSELL STOVER DISPUTE (.1); DRAFT EMAIL TO A. LIU RE: STATUS OF RUSSELL STOVER RECONCILIATION (.1). |
| EICHEL S | 07/18/06 | 0.40 | DRAFT EMAIL TO T. WUERTZ RE: RUSSELL STOVER CLAIM RECONCILIATION (.1); TELECONFERENCE WITH D. PRESTON RE: STATUS OF RUSSELL STOVER RECONCILIATION (.1); DRAFT EMAIL TO J. JAMES, P. TREMBLAY, AND T. WUERTZ RE: STATUS OF RUSSELL STOVER RECONCILIATION (.1); TELECONFERENCE WITH J. JAMES RE: RUSSELL STOVER RECONCILIATION (.1). |
| EICHEL S | 07/19/06 | 0.20 | REVIEW EMAIL FROM L. BARR RE: EXECUTED SEABEV STIPULATION (.1); DRAFT EMAIL TO B. KICHLER RE: EXECUTING SEABEV STIPULATION (.1). |
| EICHEL S | 07/21/06 | 0.40 | DRAFT EMAIL TO J. JAMES, D. TREMBLAY, AND T. WUERTZ RE: RUSSELL STOVER SETTLEMENT (.1); TELECONFERENCE WITH D. PRESTON RE: RESOLUTION OF RUSSELL STOVER CLAIM (.2); TELECONFERENCE WITH T. WUERTZ RE: RUSSELL STOVER DISPUTE (.1). |
| EICHEL S | 07/25/06 | 0.70 | REVIEW EMAIL FROM T. WUERTZ RE: DISCUSSING RESOLUTION OF RUSSELL STOVER CLAIMS (.1); REVIEW EMAILS FROM D. PRESTON RE: RUSSELL STOVER DISPUTE (.2); DRAFT EMAIL TO D. PRESTON RE: RESOLVING RUSSELL STOVER DISPUTE (.1); TELECONFERENCE WITH P. TREMBLAY RE: RUSSELL STOVER DISPUTE (.1); REVIEW EMAIL FROM B. KICHLER RE: RUSSELL STOVER (.1); DRAFT EMAIL TO B. KICHLER RE: RUSSELL STOVER (.1). |
| EICHEL S | 07/26/06 | 0.10 | REVIEW EMAIL FROM T. WUERTZ RE: RUSSELL STOVER DISPUTE (.1). |

166

```
EICHEL S            07/31/06        0.20   REVIEW EMAIL FROM L. BARR RE: STATUS OF
                                           SEABEV STIPULATION (.1); DRAFT EMAIL TO
                                           L. BARR RE: STATUS OF SEABEV STIPULATION
                                           (.1).
```

**MATTER TOTAL**                    <u>**5.70**</u>

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                    Bill Date: 08/18/06
**Fee Examiner**                                      Bill Number: 1122978

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| LAMAINA KA | 07/11/06 | 0.80 | TELECONFERENCE WITH L. COOPER ON FINAL REPORT (.3); REVIEW FINAL REPORT (.5). |
| LAMAINA KA | 07/12/06 | 0.50 | REVIEW FINAL REPORT EXHIBITS FOR OUTPUT HARD COPY (.5). |
| LAMAINA KA | 07/13/06 | 0.50 | DEVELOP WORK PLAN FOR EXAMINER REPORTS AND FEE APPLICATION (.5). |
| LAMAINA KA | 07/17/06 | 0.90 | REVIEW FINAL REPORTS ON EXPENSES (.9). |
| HART JR. DJ | 07/18/06 | 4.20 | PREPARE EXHIBITS FOR RESPONSE TO FEE EXAMINER'S FINAL REPORT (4.2). |
| HART JR. DJ | 07/19/06 | 1.20 | RESEARCH RE: EXHIBITS FOR RESPONSE TO FEE EXAMINER'S FINAL REPORT (.4); PREPARE EXHIBIT FOR RESPONSE TO FEE EXAMINER FINAL REPORT (.8). |
| HART JR. DJ | 07/21/06 | 0.20 | PREPARE EXHIBITS FOR RESPONSE TO FEE EXAMINER REPORT (.2). |
| HART JR. DJ | 07/26/06 | 0.70 | PREPARE FEE EXAMINER PACKET FOR APRIL AND MAY DISTRIBUTIONS (.7). |
| LAMAINA KA | 07/31/06 | 0.30 | REVIEW FINAL REPORTS (.3). |
| **MATTER TOTAL** | | **9.30** | |
| **CLIENT TOTAL** | | **1,654.80** | |