# EXHIBIT D-2

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**EXPENSE SUMMARY**
**(JULY 1, 2006 - JULY 31, 2006)**

| **Expense Category** | **Total Expenses** |
|---|---:|
| Computer Legal Research | $5,338.57 |
| Long Distance Telephone | $638.18 |
| In-House Reproduction (@ $.10 per page) | $2,134.50 |
| Reproduction-color | $9.50 |
| Outside Research | $3,774.70 |
| Out-Of-Town Travel | $2,552.58 |
| Business Meals | $929.82 |
| Courier & Express Carriers (e.g., Federal Express) | $376.92 |
| Postage | $115.68 |
| **TOTAL** | **$15,870.45** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**  **Bill Date: 08/18/06**
**General Corporate Advice**  **Bill Number: 1122978**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Outside Research/Internet Services | 07/31/06 | Global Securities | 315.14 |
| Outside Research/Internet Services | 07/31/06 | Global Securities | 1,266.92 |
| Outside Research/Internet Services | 07/31/06 | Global Securities | 281.30 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$1,863.36** |
| | | **TOTAL MATTER** | **$1,863.36** |

1

DD01

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Winn-Dixie Stores, Inc. (DIP)**  **Bill Date: 08/18/06**
 **Assets Dispositions (General)**  **Bill Number: 1122978**

| **Disbursement** | **Date** | **Vendor/Employee/Dept.** | **Amount** |
|---|---|---|---|
| Outside Research/Internet Services | 07/31/06 | Global Securities | 116.33 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$116.33** |
| | | **TOTAL MATTER** | **$116.33** |

2

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Winn-Dixie Stores, Inc. (DIP)**  **Bill Date: 08/18/06**
**Disclosure Statement/ Voting Issues**  **Bill Number: 1122978**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 43.50 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$43.50** |
| | | **TOTAL MATTER** | **$43.50** |

3

DD01

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Winn-Dixie Stores, Inc. (DIP)**  **Bill Date: 08/18/06**
**Employee Matters (General)** **Bill Number: 1122978**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| CLR/Disclosure | 05/31/06 | Global Securities | 34.69 |
| | | **TOTAL CLR/DISCLOSURE** | **$34.69** |
| | | **TOTAL MATTER** | **$34.69** |

4

DD01

5

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Winn-Dixie Stores, Inc. (DIP)**  **Bill Date: 08/18/06**
**Financing (DIP and Emergence)**  **Bill Number: 1122978**

| **Disbursement** | **Date** | **Vendor/Employee/Dept.** | **Amount** |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 7.70 |
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 6.57 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$14.27** |
| | | **TOTAL MATTER** | **$14.27** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**  **Bill Date: 08/18/06**
**Insurance**  **Bill Number: 1122978**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 8.72 |
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 1.70 |
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 29.65 |
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 5.86 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$45.93** |
| | | **TOTAL MATTER** | **$45.93** |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Winn-Dixie Stores, Inc. (DIP)**                                          **Bill Date: 08/18/06**
**Reorganization Plan / Plan Sponsors**                                    **Bill Number: 1122978**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 57.15 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$57.15** |
| | | **TOTAL MATTER** | **$57.15** |

7

DD01

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Winn-Dixie Stores, Inc. (DIP)**  Bill Date: 08/18/06
**Disbursements**                 Bill Number: 1122978

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---:|
| Air/Rail Travel - vendor feed | 07/30/06 | Baker DJ | 963.00 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$963.00** |
| In-house Reproduction | 07/04/06 | Copy Center, D | 0.40 |
| In-house Reproduction | 07/04/06 | Copy Center, D | 18.70 |
| In-house Reproduction | 07/07/06 | Copy Center, D | 28.50 |
| In-house Reproduction | 07/07/06 | Copy Center, D | 3.90 |
| In-house Reproduction | 07/07/06 | Copy Center, D | 0.90 |
| In-house Reproduction | 07/07/06 | Copy Center, D | 17.90 |
| In-house Reproduction | 07/11/06 | Copy Center, D | 18.70 |
| In-house Reproduction | 07/11/06 | Copy Center, D | 6.00 |
| In-house Reproduction | 07/11/06 | Copy Center, D | 142.60 |
| In-house Reproduction | 07/14/06 | Copy Center, D | 1.00 |
| In-house Reproduction | 07/14/06 | Copy Center, D | 3.40 |
| In-house Reproduction | 07/14/06 | Copy Center, D | 0.60 |
| In-house Reproduction | 07/18/06 | Copy Center, D | 126.90 |
| In-house Reproduction | 07/18/06 | Copy Center, D | 4.00 |
| In-house Reproduction | 07/18/06 | Copy Center, D | 0.20 |
| In-house Reproduction | 07/18/06 | Copy Center, D | 0.10 |
| In-house Reproduction | 07/21/06 | Copy Center, D | 17.80 |
| In-house Reproduction | 07/21/06 | Copy Center, D | 2.00 |
| In-house Reproduction | 07/21/06 | Copy Center, D | 1.00 |
| In-house Reproduction | 07/21/06 | Copy Center, D | 14.70 |
| In-house Reproduction | 07/25/06 | Copy Center, D | 2.70 |
| In-house Reproduction | 07/25/06 | Copy Center, D | 181.70 |
| In-house Reproduction | 07/25/06 | Copy Center, D | 75.60 |
| In-house Reproduction | 07/25/06 | Copy Center, D | 1,183.90 |
| In-house Reproduction | 07/25/06 | Copy Center, D | 4.80 |
| In-house Reproduction | 07/28/06 | Copy Center, D | 4.00 |
| In-house Reproduction | 07/28/06 | Copy Center, D | 170.20 |

DD01

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---:|
| In-house Reproduction | 07/28/06 | Copy Center, D | 4.00 |
| In-house Reproduction | 07/28/06 | Copy Center, D | 33.60 |
| In-house Reproduction | 07/28/06 | Copy Center, D | 64.70 |
|  |  | **TOTAL IN-HOUSE REPRODUCTION** | **$2,134.50** |
| Telephone Expense | 07/12/06 | Telecommunications, D | 3.90 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 3.34 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 1.67 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.01 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 2.04 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 1.02 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.03 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.04 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 9.69 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 4.61 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.02 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 7.70 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 3.54 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.01 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.36 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.13 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.01 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 3.88 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 1.90 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.01 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 1.32 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.69 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 7.31 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 3.35 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.01 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 7.47 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 3.42 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.01 |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 07/28/06 | Telecommunications, D | 2.38 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 1.13 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.01 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 3.88 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 1.92 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.01 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 1.85 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.91 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 4.94 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 2.51 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.01 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 16.22 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 7.80 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.04 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 1.06 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.48 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 2.01 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.99 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.66 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.31 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.29 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.12 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.26 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.10 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.67 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.32 |
| | | **TOTAL TELEPHONE EXPENSE** | **$118.37** |
| Postage | 07/06/06 | Office Admin, D | 5.15 |
| Postage | 07/11/06 | Office Admin, D | 2.07 |
| Postage | 07/12/06 | Office Admin, D | 4.80 |
| Postage | 07/12/06 | Office Admin, D | 4.20 |
| Postage | 07/13/06 | Office Admin, D | 5.15 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Postage | 07/21/06 | Office Admin, D | 1.11 |
| Postage | 07/21/06 | Office Admin, D | 13.86 |
| Postage | 07/27/06 | Office Admin, D | 0.39 |
| Postage | 07/27/06 | Office Admin, D | 1.26 |
| Postage | 07/28/06 | Office Admin, D | 1.35 |
| Postage | 07/28/06 | Office Admin, D | 1.35 |
| Postage | 07/28/06 | Office Admin, D | 27.00 |
| Postage | 07/28/06 | Office Admin, D | 45.90 |
| Postage | 07/28/06 | Office Admin, D | 1.70 |
| Postage | 07/31/06 | Office Admin, D | 0.39 |
| | | **TOTAL POSTAGE** | **$115.68** |
| Lexis/Nexis | 07/06/06 | Sambur K | -35.56 |
| Lexis/Nexis | 07/06/06 | Sambur K | 357.38 |
| Lexis/Nexis | 07/11/06 | Sambur K | 5.32 |
| Lexis/Nexis | 07/11/06 | Sambur K | -0.53 |
| Lexis/Nexis | 07/12/06 | Sambur K | 212.40 |
| Lexis/Nexis | 07/12/06 | Falls, Jr. R | -26.49 |
| Lexis/Nexis | 07/12/06 | Sambur K | -21.18 |
| Lexis/Nexis | 07/12/06 | Falls, Jr. R | 265.01 |
| Lexis/Nexis | 07/14/06 | Falls, Jr. R | 333.09 |
| Lexis/Nexis | 07/14/06 | Falls, Jr. R | -33.25 |
| Lexis/Nexis | 07/17/06 | Falls, Jr. R | 596.63 |
| Lexis/Nexis | 07/17/06 | Falls, Jr. R | -59.64 |
| Lexis/Nexis | 07/18/06 | Bristor KM | -142.58 |
| Lexis/Nexis | 07/18/06 | Bristor KM | 1,429.83 |
| Lexis/Nexis | 07/27/06 | Saldana A | 172.46 |
| Lexis/Nexis | 07/27/06 | Saldana A | -17.20 |
| Lexis/Nexis | 07/28/06 | Falls, Jr. R | 997.10 |
| Lexis/Nexis | 07/28/06 | Falls, Jr. R | -99.67 |
| Lexis/Nexis | 07/31/06 | Sambur K | -25.58 |
| Lexis/Nexis | 07/31/06 | Sambur K | 259.26 |
| | | **TOTAL LEXIS/NEXIS** | **$4,166.80** |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 07/06/06 | Wetzel JA | 9.33 |
| Westlaw | 07/06/06 | Turetsky DM | 49.08 |
| Westlaw | 07/11/06 | Tatarian TJ | 69.12 |
| Westlaw | 07/12/06 | Turetsky DM | 83.99 |
| Westlaw | 07/13/06 | Turetsky DM | 50.97 |
| Westlaw | 07/17/06 | Feld SR | 155.91 |
| Westlaw | 07/18/06 | Feld SR | 199.30 |
| Westlaw | 07/20/06 | Wetzel JA | 9.33 |
| Westlaw | 07/20/06 | Reshtick AA | 59.62 |
| Westlaw | 07/20/06 | Wetzel JA | 43.38 |
| Westlaw | 07/26/06 | LaMaina KA | 3.84 |
| Westlaw | 07/27/06 | Turetsky DM | 116.12 |
| Westlaw | 07/28/06 | Heath MM | 59.81 |
| Westlaw | 07/28/06 | Leamy JM | 27.23 |
| Westlaw | 07/31/06 | Leamy JM | 59.15 |
| | | **TOTAL WESTLAW** | **$996.18** |
| Reproduction - color | 07/27/06 | Copy Center, D | 9.50 |
| | | **TOTAL REPRODUCTION - COLOR** | **$9.50** |
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 12.16 |
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 10.73 |
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 10.62 |
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 21.21 |
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 3.06 |
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 2.93 |
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 16.87 |
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 11.19 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 0.46 |
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 10.36 |
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 17.17 |
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 20.76 |
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 3.85 |
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 12.75 |
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 17.24 |
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 2.48 |
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 7.49 |
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 49.70 |
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 1.89 |
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 7.48 |
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 23.35 |
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 0.13 |
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 20.37 |
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 25.38 |
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 23.12 |
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 26.21 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$358.96** |
| Air/Rail Travel (external) | 06/21/06 | Baker DJ | 174.30 |

13

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$174.30** |
| Out-of-Town Travel | 05/24/06 | Baker DJ | 71.07 |
| Out-of-Town Travel | 05/24/06 | Baker DJ | 10.00 |
| Out-of-Town Travel | 05/24/06 | Baker DJ | 253.56 |
| Out-of-Town Travel | 06/21/06 | Baker DJ | 236.17 |
| Out-of-Town Travel | 07/30/06 | Baker DJ | 370.20 |
| Out-of-Town Travel | 07/30/06 | Baker DJ | 35.00 |
| Out-of-Town Travel | 07/30/06 | Baker DJ | 177.05 |
| Out-of-Town Travel | 07/30/06 | Baker DJ | 262.23 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,415.28** |
| Messengers/ Courier | 07/05/06 | Dist Serv/Mail/Page, D | 15.72 |
| Messengers/ Courier | 07/07/06 | Dist Serv/Mail/Page, D | 6.41 |
| Messengers/ Courier | 07/07/06 | Dist Serv/Mail/Page, D | 16.41 |
| Messengers/ Courier | 07/07/06 | Dist Serv/Mail/Page, D | 6.41 |
| Messengers/ Courier | 07/07/06 | Dist Serv/Mail/Page, D | 8.51 |
| Messengers/ Courier | 07/07/06 | Dist Serv/Mail/Page, D | 10.54 |
| Messengers/ Courier | 07/07/06 | Dist Serv/Mail/Page, D | 10.54 |
| Messengers/ Courier | 07/07/06 | Dist Serv/Mail/Page, D | 10.54 |
| Messengers/ Courier | 07/07/06 | Dist Serv/Mail/Page, D | 10.54 |
| Messengers/ Courier | 07/07/06 | Dist Serv/Mail/Page, D | 10.54 |
| Messengers/ Courier | 07/07/06 | Dist Serv/Mail/Page, D | 10.54 |
| Messengers/ Courier | 07/07/06 | Dist Serv/Mail/Page, D | 10.54 |
| Messengers/ Courier | 07/07/06 | Dist Serv/Mail/Page, D | 10.54 |
| Messengers/ Courier | 07/07/06 | Dist Serv/Mail/Page, D | 6.41 |
| Messengers/ Courier | 07/15/06 | Dist Serv/Mail/Page, D | 5.77 |
| Messengers/ Courier | 07/21/06 | Dist Serv/Mail/Page, D | 18.65 |
| Messengers/ Courier | 07/21/06 | Dist Serv/Mail/Page, D | 18.65 |
| Messengers/ Courier | 07/21/06 | Dist Serv/Mail/Page, D | 18.65 |
| Messengers/ Courier | 07/21/06 | Dist Serv/Mail/Page, D | 18.65 |
| Messengers/ Courier | 07/21/06 | Dist Serv/Mail/Page, D | 21.98 |
| Messengers/ Courier | 07/21/06 | Dist Serv/Mail/Page, D | 21.98 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 07/26/06 | Dist Serv/Mail/Page, D | 10.54 |
| Messengers/ Courier | 07/26/06 | Dist Serv/Mail/Page, D | 8.66 |
| Messengers/ Courier | 07/28/06 | Dist Serv/Mail/Page, D | 25.45 |
| Messengers/ Courier | 07/30/06 | Real Courier | 41.88 |
| Messengers/ Courier | 07/31/06 | Dist Serv/Mail/Page, D | 21.87 |
| | | **TOTAL MESSENGERS/ COURIER** | **$376.92** |
| Out-of-Town Meals | 05/24/06 | Baker DJ | 18.52 |
| Out-of-Town Meals | 06/21/06 | Baker DJ | 32.82 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$51.34** |
| Outside Research/Internet Services | 06/30/06 | Global Securities | 145.95 |
| Outside Research/Internet Services | 06/30/06 | Global Securities | 135.37 |
| Outside Research/Internet Services | 06/30/06 | Global Securities | 105.75 |
| Outside Research/Internet Services | 06/30/06 | Global Securities | 63.46 |
| Outside Research/Internet Services | 07/06/06 | Pacer Service Center | 211.92 |
| Outside Research/Internet Services | 07/06/06 | Pacer Service Center | 73.28 |
| Outside Research/Internet Services | 07/06/06 | Pacer Service Center | 1,010.08 |
| Outside Research/Internet Services | 07/06/06 | Pacer Service Center | 9.44 |
| Outside Research/Internet Services | 07/06/06 | Pacer Service Center | 7.52 |
| Outside Research/Internet Services | 07/06/06 | Pacer Service Center | 8.96 |

**Skadden, Arps, Slate, Meagher & Flom llp and affiliates**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Outside Research/Internet Services | 07/06/06 | Pacer Service Center | 23.28 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$1,795.01** |
| Contracted Catering-NY | 06/02/06 | Baker DJ | 236.95 |
| Contracted Catering-NY | 06/12/06 | Baker DJ | 118.48 |
| Contracted Catering-NY | 06/12/06 | Baker DJ | 12.22 |
| Contracted Catering-NY | 06/21/06 | Baker DJ | 414.66 |
| Contracted Catering-NY | 07/18/06 | Baker DJ | 14.57 |
| Contracted Catering-NY | 07/24/06 | Baker DJ | 24.45 |
| Contracted Catering-NY | 07/25/06 | Baker DJ | 14.57 |
| Contracted Catering-NY | 07/25/06 | Baker DJ | 12.14 |
| Contracted Catering-NY | 07/28/06 | Baker DJ | 30.44 |
| | | **TOTAL CONTRACTED CATERING-NY** | **$878.48** |
| CLR/Disclosure | 06/30/06 | Global Securities | 69.36 |
| CLR/Disclosure | 07/31/06 | Global Securities | 19.51 |
| CLR/Disclosure | 07/31/06 | Global Securities | 21.68 |
| CLR/Disclosure | 07/31/06 | Global Securities | 30.35 |
| | | **TOTAL CLR/DISCLOSURE** | **$140.90** |
| | | **TOTAL MATTER** | **$13,695.22** |
| | | **TOTAL CLIENT** | **$15,870.45** |

16