# EXHIBIT E-2

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**EXPENSE SUMMARY**
**(AUGUST 1, 2006 - AUGUST 31, 2006)**

| Expense Category | Total Expenses |
|---|---|
| Computer Legal Research | $4,069.93 |
| Long Distance Telephone | $248.37 |
| In-House Reproduction (@ $.10 per page) | $3,106.40 |
| Outside Research | $107.88 |
| Out-Of-Town Travel | $6,545.64 |
| Business Meals | $837.92 |
| Courier & Express Carriers (e.g., Federal Express) | $405.86 |
| Postage | $80.79 |
| Electronic Document Management | $60.00 |
| **TOTAL** | **$15,462.79** |

**Winn-Dixie Stores, Inc. (DIP)**                 **Bill Date: 10/01/06**
 **Assets Dispositions (General)**               **Bill Number: 1124484**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Outside Research/Internet Services | 08/31/06 | Global Securities | 107.88 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$107.88** |
| | | **TOTAL MATTER** | **$107.88** |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Winn-Dixie Stores, Inc. (DIP)**                                    Bill Date: 10/01/06
**Disbursements**                                                    Bill Number: 1124484

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---:|
| Air/Rail Travel - vendor feed | 08/01/06 | Baker DJ | 709.30 |
| Air/Rail Travel - vendor feed | 08/02/06 | Ravin AS | 1,463.59 |
| Air/Rail Travel - vendor feed | 08/02/06 | Ravin AS | -709.30 |
| Air/Rail Travel - vendor feed | 08/03/06 | Baker DJ | 1,463.59 |
| Air/Rail Travel - vendor feed | 08/03/06 | Baker DJ | -709.30 |
| Air/Rail Travel - vendor feed | 08/04/06 | Baker DJ | 309.30 |
| Air/Rail Travel - vendor feed | 08/04/06 | Ravin AS | 309.30 |
| Air/Rail Travel - vendor feed | 08/21/06 | Turetsky DM | 378.60 |
| Air/Rail Travel - vendor feed | 08/30/06 | Baker DJ | 663.60 |
| Air/Rail Travel - vendor feed | 08/30/06 | Baker DJ | -618.60 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$3,260.08** |
| In-house Reproduction | 08/01/06 | Copy Center, D | 2.10 |
| In-house Reproduction | 08/01/06 | Copy Center, D | 10.80 |
| In-house Reproduction | 08/01/06 | Copy Center, D | 122.40 |
| In-house Reproduction | 08/01/06 | Copy Center, D | 61.90 |
| In-house Reproduction | 08/03/06 | Copy Center, D | 42.80 |
| In-house Reproduction | 08/04/06 | Copy Center, D | 10.40 |
| In-house Reproduction | 08/04/06 | Copy Center, D | 156.80 |
| In-house Reproduction | 08/04/06 | Copy Center, D | 182.10 |
| In-house Reproduction | 08/04/06 | Copy Center, D | 141.40 |
| In-house Reproduction | 08/04/06 | Copy Center, D | 76.80 |
| In-house Reproduction | 08/04/06 | Copy Center, D | 5.60 |
| In-house Reproduction | 08/08/06 | Copy Center, D | 282.10 |

DD01

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---:|
| In-house Reproduction | 08/08/06 | Copy Center, D | 1.30 |
| In-house Reproduction | 08/08/06 | Copy Center, D | 1.40 |
| In-house Reproduction | 08/08/06 | Copy Center, D | 0.90 |
| In-house Reproduction | 08/08/06 | Copy Center, D | 0.60 |
| In-house Reproduction | 08/11/06 | Copy Center, D | 71.90 |
| In-house Reproduction | 08/11/06 | Copy Center, D | 0.90 |
| In-house Reproduction | 08/11/06 | Copy Center, D | 0.70 |
| In-house Reproduction | 08/11/06 | Copy Center, D | 88.30 |
| In-house Reproduction | 08/11/06 | Copy Center, D | 0.40 |
| In-house Reproduction | 08/15/06 | Copy Center, D | 43.90 |
| In-house Reproduction | 08/18/06 | Copy Center, D | 7.10 |
| In-house Reproduction | 08/18/06 | Copy Center, D | 7.50 |
| In-house Reproduction | 08/18/06 | Copy Center, D | 1.40 |
| In-house Reproduction | 08/18/06 | Copy Center, D | 1.30 |
| In-house Reproduction | 08/18/06 | Copy Center, D | 1,267.10 |
| In-house Reproduction | 08/18/06 | Copy Center, D | 3.70 |
| In-house Reproduction | 08/18/06 | Copy Center, D | 18.60 |
| In-house Reproduction | 08/18/06 | Copy Center, D | 30.90 |
| In-house Reproduction | 08/22/06 | Copy Center, D | 26.30 |
| In-house Reproduction | 08/22/06 | Copy Center, D | 2.00 |
| In-house Reproduction | 08/22/06 | Copy Center, D | 2.70 |
| In-house Reproduction | 08/22/06 | Copy Center, D | 48.50 |
| In-house Reproduction | 08/25/06 | Copy Center, D | 261.00 |
| In-house Reproduction | 08/25/06 | Copy Center, D | 3.90 |
| In-house Reproduction | 08/25/06 | Copy Center, D | 1.30 |
| In-house Reproduction | 08/25/06 | Copy Center, D | 107.50 |
| In-house Reproduction | 08/25/06 | Copy Center, D | 0.20 |
| In-house Reproduction | 08/29/06 | Copy Center, D | 0.30 |
| In-house Reproduction | 08/29/06 | Copy Center, D | 2.80 |
| In-house Reproduction | 08/29/06 | Copy Center, D | 6.80 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$3,106.40** |
| Telephone Expense | 08/31/06 | Telecommunications, D | 8.22 |

**Skadden, Arps, Slate, Meagher & Flom llp and affiliates**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 08/31/06 | Telecommunications, D | 2.74 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 5.17 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 1.68 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.54 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.15 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 16.16 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 5.15 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 19.31 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 6.23 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.50 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.14 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.02 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 30.66 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 10.20 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 3.33 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 1.15 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 18.59 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 6.04 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 11.21 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 3.80 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 18.08 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 5.85 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 1.39 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.43 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.06 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.03 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 1.94 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.63 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 22.13 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 7.23 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 5.02 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 1.65 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.29 |

**S**KADDEN, **A**RPS, **S**LATE, **M**EAGHER & **F**LOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.09 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.02 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.17 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.05 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.06 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.03 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 13.74 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 4.56 |
| | | **TOTAL TELEPHONE EXPENSE** | **$234.44** |
| Postage | 08/03/06 | Office Admin, D | 0.39 |
| Postage | 08/04/06 | Office Admin, D | 0.39 |
| Postage | 08/04/06 | Office Admin, D | 76.95 |
| Postage | 08/07/06 | Office Admin, D | 0.39 |
| Postage | 08/10/06 | Office Admin, D | 0.39 |
| Postage | 08/14/06 | Office Admin, D | 0.39 |
| Postage | 08/15/06 | Office Admin, D | 1.11 |
| Postage | 08/28/06 | Office Admin, D | 0.39 |
| Postage | 08/30/06 | Office Admin, D | 0.39 |
| | | **TOTAL POSTAGE** | **$80.79** |
| Lexis/Nexis | 08/23/06 | Morris A | 42.74 |
| Lexis/Nexis | 08/23/06 | Larry J | 123.93 |
| | | **TOTAL LEXIS/NEXIS** | **$166.67** |
| Westlaw | 08/04/06 | Turetsky DM | 363.40 |
| Westlaw | 08/09/06 | Cavanagh F | 27.99 |
| Westlaw | 08/09/06 | Ravin AS | 424.22 |
| Westlaw | 08/10/06 | Ravin AS | 91.99 |
| Westlaw | 08/14/06 | Feld SR | 33.08 |
| Westlaw | 08/14/06 | Larry J | 49.94 |
| Westlaw | 08/15/06 | Larry J | 262.02 |
| Westlaw | 08/15/06 | Leamy JM | 247.64 |
| Westlaw | 08/15/06 | Atkinson TA | 260.31 |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 08/16/06 | Feld SR | 72.32 |
| Westlaw | 08/16/06 | Larry J | 124.12 |
| Westlaw | 08/16/06 | Leamy JM | 169.13 |
| Westlaw | 08/16/06 | Atkinson TA | 7.84 |
| Westlaw | 08/17/06 | Leamy JM | 85.63 |
| Westlaw | 08/17/06 | Turetsky DM | 237.93 |
| Westlaw | 08/18/06 | Turetsky DM | 173.47 |
| Westlaw | 08/18/06 | Eichel S | 58.23 |
| Westlaw | 08/22/06 | Larry J | 221.88 |
| Westlaw | 08/23/06 | Larry J | 326.51 |
| Westlaw | 08/24/06 | Larry J | 55.85 |
| Westlaw | 08/25/06 | Aberman CG | 313.59 |
| Westlaw | 08/28/06 | Ravin AS | 214.06 |
| Westlaw | 08/30/06 | Leamy JM | 43.11 |
| | | **TOTAL WESTLAW** | **$3,864.26** |
| Vendor Hosted Teleconferencing | 08/31/06 | Teleconferencing Services, LLC | 10.67 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$10.67** |
| Out-of-Town Travel | 08/02/06 | Baker DJ | 124.77 |
| Out-of-Town Travel | 08/02/06 | Baker DJ | 535.18 |
| Out-of-Town Travel | 08/02/06 | Baker DJ | 96.78 |
| Out-of-Town Travel | 08/04/06 | Ravin AS | 623.63 |
| Out-of-Town Travel | 08/04/06 | Ravin AS | 8.00 |
| Out-of-Town Travel | 08/21/06 | Turetsky DM | 59.00 |
| Out-of-Town Travel | 08/22/06 | Turetsky DM | 28.00 |
| Out-of-Town Travel | 08/22/06 | Turetsky DM | 17.00 |
| Out-of-Town Travel | 08/23/06 | Turetsky DM | 28.00 |
| Out-of-Town Travel | 08/24/06 | Turetsky DM | 28.00 |
| Out-of-Town Travel | 08/25/06 | Turetsky DM | 52.33 |
| Out-of-Town Travel | 08/25/06 | Turetsky DM | 39.80 |
| Out-of-Town Travel | 08/25/06 | Turetsky DM | 850.20 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 08/25/06 | Turetsky DM | 49.00 |
| Out-of-Town Travel | 08/25/06 | Turetsky DM | 21.00 |
| Out-of-Town Travel | 08/28/06 | Turetsky DM | 73.00 |
| Out-of-Town Travel | 08/29/06 | Turetsky DM | 28.00 |
| Out-of-Town Travel | 08/30/06 | Turetsky DM | 25.63 |
| Out-of-Town Travel | 08/30/06 | Turetsky DM | 35.00 |
| Out-of-Town Travel | 08/30/06 | Turetsky DM | 30.00 |
| Out-of-Town Travel | 08/30/06 | Turetsky DM | 15.70 |
| Out-of-Town Travel | 08/30/06 | Turetsky DM | 517.54 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$3,285.56** |
| Messengers/ Courier | 08/01/06 | Dist Serv/Mail/Page, D | 6.41 |
| Messengers/ Courier | 08/01/06 | Dist Serv/Mail/Page, D | 6.41 |
| Messengers/ Courier | 08/02/06 | Dist Serv/Mail/Page, D | 77.55 |
| Messengers/ Courier | 08/03/06 | Dist Serv/Mail/Page, D | 25.68 |
| Messengers/ Courier | 08/08/06 | Dist Serv/Mail/Page, D | 8.51 |
| Messengers/ Courier | 08/08/06 | Dist Serv/Mail/Page, D | 8.51 |
| Messengers/ Courier | 08/10/06 | Dist Serv/Mail/Page, D | 16.41 |
| Messengers/ Courier | 08/15/06 | Dist Serv/Mail/Page, D | 6.41 |
| Messengers/ Courier | 08/18/06 | Dist Serv/Mail/Page, D | 6.41 |
| Messengers/ Courier | 08/18/06 | Dist Serv/Mail/Page, D | 18.91 |
| Messengers/ Courier | 08/23/06 | Dist Serv/Mail/Page, D | 31.48 |
| Messengers/ Courier | 08/23/06 | Dist Serv/Mail/Page, D | 15.72 |
| Messengers/ Courier | 08/23/06 | Dist Serv/Mail/Page, D | 15.72 |
| Messengers/ Courier | 08/23/06 | Dist Serv/Mail/Page, D | 15.72 |
| Messengers/ Courier | 08/23/06 | Dist Serv/Mail/Page, D | 15.72 |
| Messengers/ Courier | 08/23/06 | Dist Serv/Mail/Page, D | 15.72 |
| Messengers/ Courier | 08/24/06 | Dist Serv/Mail/Page, D | 19.38 |
| Messengers/ Courier | 08/24/06 | Dist Serv/Mail/Page, D | 6.41 |
| Messengers/ Courier | 08/25/06 | Dist Serv/Mail/Page, D | 6.41 |
| Messengers/ Courier | 08/29/06 | Dist Serv/Mail/Page, D | 8.51 |
| Messengers/ Courier | 08/29/06 | Dist Serv/Mail/Page, D | 6.41 |
| Messengers/ Courier | 08/29/06 | Dist Serv/Mail/Page, D | 6.41 |

DD01

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 08/29/06 | Dist Serv/Mail/Page, D | 14.74 |
| Messengers/ Courier | 08/30/06 | Dist Serv/Mail/Page, D | 10.85 |
| Messengers/ Courier | 08/30/06 | Dist Serv/Mail/Page, D | 14.74 |
| Messengers/ Courier | 08/31/06 | Dist Serv/Mail/Page, D | 20.71 |
| | | **TOTAL MESSENGERS/ COURIER** | **$405.86** |
| Out-of-Town Meals | 08/02/06 | Baker DJ | 93.87 |
| Out-of-Town Meals | 08/02/06 | Baker DJ | 59.64 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$153.51** |
| Telco-Non Astra | 08/08/06 | Telecommunications, D | 3.26 |
| | | **TOTAL TELCO-NON ASTRA** | **$3.26** |
| Printing to paper from TIF | 08/31/06 | Copy Center, D | 60.00 |
| | | **TOTAL PRINTING TO PAPER FROM TIF** | **$60.00** |
| Contracted Catering-NY | 08/01/06 | Baker DJ | 14.57 |
| Contracted Catering-NY | 08/07/06 | Baker DJ | 12.22 |
| Contracted Catering-NY | 08/08/06 | Baker DJ | 14.57 |
| Contracted Catering-NY | 08/09/06 | Baker DJ | 75.15 |
| Contracted Catering-NY | 08/14/06 | Baker DJ | 176.54 |
| Contracted Catering-NY | 08/15/06 | Baker DJ | 14.57 |
| Contracted Catering-NY | 08/16/06 | Baker DJ | 117.70 |
| Contracted Catering-NY | 08/17/06 | Baker DJ | 10.19 |
| Contracted Catering-NY | 08/21/06 | Gray RW | 89.84 |
| Contracted Catering-NY | 08/22/06 | Baker DJ | 14.57 |
| Contracted Catering-NY | 08/23/06 | Baker DJ | 117.70 |
| Contracted Catering-NY | 08/25/06 | Baker DJ | 12.22 |
| Contracted Catering-NY | 08/29/06 | Baker DJ | 14.57 |
| | | **TOTAL CONTRACTED CATERING-NY** | **$684.41** |
| CLR/Disclosure | 08/22/06 | Database,Car,Courier,Air Dept | 39.00 |

**Skadden, Arps, Slate, Meagher & Flom llp and affiliates**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | **TOTAL CLR/DISCLOSURE** | **$39.00** |
| | | **TOTAL MATTER** | **$15,354.91** |
| | | **TOTAL CLIENT** | **$15,462.79** |

DD01