# EXHIBIT F-1

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**TIME SUMMARY**
**(SEPTEMBER 1, 2006 – SEPTEMBER 30, 2006)**

Bill No: 1124506

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|------|------------------|------|-------|--------|
| **PARTNERS** | | | | |
| D. J. (Jan) Baker | 1973 | $835 | 133.10 | $ 111,138.50 |
| Ronald C. Barusch | 1978 | 795 | 61.10 | 48,574.50 |
| Katherine M. Bristor | 1981 | 835 | 5.10 | 4,258.50 |
| Linda C. Hayman | 1982 | 820 | 0.50 | 410.00 |
| Sally McDonald Henry | 1983 | 730 | 114.10 | 83,293.00 |
| Peter J. Neckles | 1978 | 835 | 50.50 | 42,167.50 |
| Regina Olshan | 1991 | 755 | 11.80 | 8,909.00 |
| | **TOTAL PARTNERS** | | **376.20** | **$ 298,751.00** |
| **COUNSEL** | | | | |
| Tiffany T. Boydell | 1995 | $560 | 89.50 | $ 50,120.00 |
| Stephanie R. Feld | 1982 | 560 | 46.20 | 25,872.00 |
| Rosalie W. Gray | 1982 | 560 | 170.90 | 95,704.00 |
| Alexandra Margolis | 1986 | 560 | 16.30 | 9,128.00 |
| Christy L. McElhaney | 1988 | 560 | 5.40 | 3,024.00 |
| Anthony Saldana | 1995 | 560 | 27.70 | 15,512.00 |
| | **TOTAL COUNSEL** | | **356.00** | **$ 199,360.00** |
| **ASSOCIATES/LAW CLERKS** | | | | |
| Rotem Bar-Kokhva | 1999 | $410 | 10.00 | $ 4,100.00 |
| Erin Brown* | N/A | 295 | 5.60 | 1,652.00 |
| Steven Eichel | 1988 | 540 | 126.10 | 68,094.00 |
| Erik Elsea | 1998 | 540 | 0.50 | 270.00 |
| Ronald Falls, Jr. | 2006 | 335 | 100.80 | 33,768.00 |
| Kimberly Harris* | N/A | 295 | 12.70 | 3,746.50 |
| Denise Kaloudis | 2003 | 440 | 6.20 | 2,728.00 |
| Jessica Kempf | 2005 | 375 | 37.00 | 13,875.00 |
| Kimberly A. LaMaina | 2001 | 465 | 58.60 | 27,249.00 |
| Jane M. Leamy | 1995 | 540 | 194.30 | 104,922.00 |
| J.R. Lederer* | N/A | 295 | 42.90 | 12,655.50 |
| Kelly Makins Baugh | 2000 | 510 | 25.00 | 12,750.00 |
| Jessenia Paoli | 2005 | 375 | 72.70 | 27,262.50 |
| Adam S. Ravin | 1995 | 540 | 174.40 | 94,176.00 |
| Manan D. Shah | 2002 | 510 | 6.90 | 3,519.00 |

| Shane J. Stroud | 2002 | 465 | 16.50 | 7,672.50 |
| David M. Turetsky | 2002 | 440 | 232.90 | 102,476.00 |
| Christian P. Wenzel | 2003 | 440 | 22.00 | 9,680.00 |
| | **TOTAL ASSOCIATES/LAW CLERKS** | | **1,145.10** | **$ 530,596.00** |
| **PARAPROFESSIONALS** | | | | |
| Kevin W. Lustik | | $90 | 10.70 | $     963.00 |
| Joseph Woodfield | | 145 | 145.30 | 21,068.50 |
| | **TOTAL PARAPROFESSIONALS** | | **156.00** | **$  22,031.50** |
| | **TOTAL** | | **2,033.30** | **$1,050,738.50** |
| | **BLENDED HOURLY RATE** | | | **$516.77** |

```
* Law clerks are law school graduates who are not presently admitted to practice.
```

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**PROJECT CATEGORY SUMMARY**
**(SEPTEMBER 1, 2006 - SEPTEMBER 30, 2006)**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| General Corporate Advice | 165.50 | $68,333.50 |
| Assets Dispositions (General) | 0.30 | $166.00 |
| Business Operations / Strategic Planning | 9.20 | $5,643.00 |
| Case Administration | 152.60 | $25,377.50 |
| Claims Admin. (General) | 225.10 | $121,256.50 |
| Claims Admin. (Reclamation/Trust Funds) | 7.30 | $3,942.00 |
| Disclosure Statement/ Voting Issues | 40.10 | $22,390.00 |
| Employee Matters (General) | 55.80 | $35,263.50 |
| Executory Contracts (Personalty) | 364.20 | $176,824.00 |
| Financing (DIP and Emergence) | 317.30 | $160,344.50 |
| Insurance | 42.90 | $25,435.00 |
| Leases (Real Property) | 58.80 | $32,647.00 |
| Litigation (General) | 3.70 | $2,098.00 |
| Nonworking Travel Time | 2.20 | $1,606.00 |
| Reorganization Plan / Plan Sponsors | 490.70 | $318,647.00 |
| Retention / Fee Matters (SASM&F) | 15.00 | $9,865.50 |
| Retention / Fee Matters / Objections (Others) | 2.30 | $1,345.00 |
| Tax Matters | 15.10 | $8,358.50 |
| Utilities | 9.80 | $4,768.00 |
| Fee Examiner | 55.40 | $26,428.00 |
| **TOTAL** | **2033.30** | **$1,050,738.50** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                    **Bill Date: 10/02/06**
**General Corporate Advice**                         **Bill Number: 1124506**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| FALLS, JR. R | 09/01/06 | 1.20 | UPDATES TO SUB BY-LAWS/CHARTER (1.2). |
| BARUSCH RC | 09/05/06 | 1.40 | REVIEW 10-K (.9); CONFERENCE RE: SAME WITH CLIENT (.5). |
| FALLS, JR. R | 09/05/06 | 1.50 | REVIEW OF MODEL S-8 SAMPLES (1.5). |
| BARUSCH RC | 09/06/06 | 0.80 | REVIEW 10-K (.5); INHOUSE CONFERENCE RE: SAME (.3). |
| SALDANA A | 09/06/06 | 1.50 | DISCUSS ORGANIZATIONAL DOCUMENTS AND REGISTRATION RIGHTS AGREEMENT WITH L. APPEL AND J. CASTLE (1.5). |
| GRAY RW | 09/07/06 | 0.10 | EXCHANGE EMAILS WITH L. STRINGER AND N. ENGELHARDT RE: STATUS OF AUDIT RESPONSE LETTER (.1). |
| SALDANA A | 09/07/06 | 1.50 | ANALYZE ISSUES RE: CHARTER AND BYLAWS (1.5). |
| BAKER DJ | 09/08/06 | 0.50 | REVIEW DRAFT OF AUDIT LETTER (.5). |
| GRAY RW | 09/08/06 | 0.90 | DRAFT AUDIT RESPONSE LETTER TO KPMG (.8); TELECONFERENCE WITH KPMG REPRESENTATIVE RE: STATUS OF LETTER, AND FINALIZE AND TRANSMIT SAME (.1). |
| FALLS, JR. R | 09/08/06 | 5.80 | DRAFT BULLET POINT ISSUE MEMORANDUM FOR COMPANY (2.1); BY-LAWS "OFFICER CLAUSE" REVIEW (1.2); REVIEW OF BROKER ASSISTED WITHHOLDING PROPOSAL (2.5). |
| FALLS, JR. R | 09/10/06 | 4.50 | SUMMARY OF WINN-DIXIE BROKER ASSISTED WITHHOLDING PROPOSALS (4.5). |
| SALDANA A | 09/11/06 | 0.80 | REVIEW DRAFT AUDIT LETTER (.3); REVIEW COMMENTS ON ARTICLES AND BYLAWS (.2); CONFER WITH R. FALLS RE: BROKERS (.3). |
| GRAY RW | 09/12/06 | 0.30 | REVIEW 10-K REVISIONS AND PROVIDE COMMENTS (.2); REVIEW MEMORANDUM FROM F. HUFFARD RE: INVESTOR RELATIONS PROPOSAL AND REVIEW PROPOSED LETTER TO PROSPECTIVE STOCKHOLDERS (.1). |
| SALDANA A | 09/13/06 | 3.20 | TELECONFERENCE WITH T. WILLIAMS RE: BROKER-ASSISTED WITHHOLDING (.2); ANALYZE 1145 ISSUES (1.2); REVIEW TAX/382 ISSUES (1.0); ANALYZE MSP/SRP ISSUES (.8). |

1

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| FALLS, JR. R | 09/13/06 | 7.80 | 1145 NO-ACTION LETTER RESEARCH (6.6); REVIEW OF BROKER ASSISTED WITHHOLDING PROPOSALS (1.2). |
| FALLS, JR. R | 09/14/06 | 7.20 | REVIEW BROKER ASSISTED WITHHOLDING PROPOSALS (1.4);  DRAFT OF QUESTIONS/ASSUMPTIONS ON SAME (2.2); 1145(A)(4) RESEARCH (3.6). |
| SALDANA A | 09/15/06 | 1.50 | ANALYZE MSP/SRP ISSUES (0.5); ANALYZE 1145 ISSUES (1.0). |
| FALLS, JR. R | 09/15/06 | 7.00 | RESEARCH FOR NO-ACTION LETTER (3.5); WINN-DIXIE FILING TIMINGS RESEARCH (1.2); REVIEW OF NEW BROKER PROPOSAL (2.3). |
| SALDANA A | 09/18/06 | 3.20 | REVIEW AND ANALYZE CORPORATE STRUCTURE ISSUES (1.0); ANALYZE 1145 ISSUES (1.7); ANALYZE MSP/SRP ISSUES (.5). |
| FALLS, JR. R | 09/18/06 | 6.20 | DISCUSSIONS WITH BROKERS RE: PROPOSALS (2.2); 1145(A) RESEARCH (3.5); REVIEW OF ORGANIZATIONAL CHARTS FOR TERMINATED ENTITIES (.5). |
| FALLS, JR. R | 09/19/06 | 8.10 | DRAFTING OF PROPOSAL SUMMARY (4.6); "WHEN ISSUED TRADING" RESEARCH (3.5). |
| MARGOLIS A | 09/20/06 | 0.30 | REVIEW DRAFT 10K (.3). |
| FALLS, JR. R | 09/20/06 | 8.80 | REVIEW TRANSACTION LOGISTICAL ISSUES - TAX WITHHOLDING, FLOW OF SECURITIES AND DATES (4.3); REVIEW OF PLAN SUPPLEMENT DOCUMENT COMMENTS (4.5). |
| MAKINS BAUGH K | 09/20/06 | 6.90 | REVIEW 1145 NO-ACTION LETTERS (4.2); RESEARCH FOR ADDITIONAL NO-ACTION LETTERS (.4); READ DISCLOSURE STATEMENT (1.8); TELECONFERENCE WITH R. FALLS TO DISCUSS 1145(A)(4) EXEMPTION (.1); DRAFT OUTLINE OF NO-ACTION LETTER (.4). |
| FALLS, JR. R | 09/21/06 | 8.80 | DRAFT INDEMNIFICATION AGREEMENT (2.5); REVIEW OF PLAN SUPPLEMENT DOCUMENT COMMENTS (2.2); CALL WITH BROKER RE: SAME (.5); EDITS TO PROPOSAL SUMMARY (2.1); PROCESS FLOW CHART FOR BROKER ASSISTED WITHHOLDING (1.5). |
| MAKINS BAUGH K | 09/21/06 | 10.10 | DRAFT AND REVISE NO-ACTION LETTER (9.4); ADDITIONAL RESEARCH RE: SECTION 1145(A)(4) EXEMPTIONS (.4); DISCUSS NO-ACTION LETTER WITH R. FALLS (.3). |
| FALLS, JR. R | 09/22/06 | 2.80 | REVIEW OF UPDATED COLLIER EXCERPTS FOR BANKRUPTCY CHANGES (.5); INDEMNIFICATION AGREEMENT DRAFTING (2.3). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MAKINS BAUGH K | 09/22/06 | 4.30 | REVISE NO-ACTION LETTERS (4.3). |
| MAKINS BAUGH K | 09/24/06 | 3.70 | REVISE NO-ACTION LETTER (3.7). |
| SALDANA A | 09/25/06 | 4.00 | ANALYZE ISSUES RE: PLAN SUPPLEMENT DOCUMENTS BASED ON MILBANK COMMENTS (4.0). |
| BROWN E* | 09/25/06 | 5.60 | RESEARCH SECURITIES ACT ISSUE IN RELATION TO BROKER-ASSISTED WITHHOLDING (3.8); RESEARCH SEC NO ACTION LETTERS AND INTERPRETIVE GUIDANCE RE: ISSUER INVOLVEMENT IN STOCK PURCHASE PLANS (1.8). |
| FALLS, JR. R | 09/25/06 | 6.20 | INDEMNIFICATION AGREEMENT EDITS (2.3); DRAFT OF ISSUES LIST (2.5); EDITS TO ISSUE LIST COMMENTS (.8); REVIEW ISSUES LIST (.6). |
| SALDANA A | 09/26/06 | 0.10 | REVIEW CHART RE: BROKER-ASSISTED WITHHOLDING ISSUES (.1). |
| ELSEA E | 09/26/06 | 0.50 | REVIEW REVISED REGISTRATION RIGHTS AGREEMENT AND ISSUES LIST (.5). |
| FALLS, JR. R | 09/26/06 | 3.70 | UPDATES TO ISSUES LIST AND RECOMMENDATION CHART (2.5); REVIEW OF EDITS TO RECOMMENDATION LIST (1.2). |
| BARUSCH RC | 09/27/06 | 1.80 | PREPARING GOVERNANCE FOR NEW BOARD OF DIRECTORS AND LISTING (1.8). |
| SALDANA A | 09/27/06 | 2.70 | REVIEW AND ANALYZE NASDAQ LISTING AND GOVERNANCE ISSUES (2.0); REVIEW INDEMNIFICATION AGREEMENT AND COMMENTS (.7). |
| FALLS, JR. R | 09/27/06 | 6.50 | DRAFTING/REVISION/COMPARISON OF INDEMNIFICATION AGREEMENT (4.5); DRAFTING OF PROCESS SUMMARY FOR BROKER ASSISTED WITHHOLDING/FLOW CHART (2.0). |
| SALDANA A | 09/28/06 | 1.00 | REVISE REGISTRATION RIGHTS AGREEMENT (.5); CALL WITH S. MCCLELLAND AT MILBANK RE: PLAN SUPPLEMENT DOCUMENTS (.1); ANALYZE ISSUES RE: PLAN SUPPLEMENT DOCUMENTS (.4). |
| FALLS, JR. R | 09/28/06 | 8.00 | EDITS AND REVISIONS UPON MILBANK COMMENTS TO PLAN DOCUMENTS (5.5); REVIEW MILBANK COMMENTS (2.5). |
| SALDANA A | 09/29/06 | 8.00 | REVIEW AND REVISE REGISTRATION RIGHTS AGREEMENT (4.0); ANALYZE ISSUES RE: PLAN SUPPLEMENT DOCUMENTS (2.0); ANALYZE BROKER-ASSISTED WITHHOLDING ISSUES  (2.0). |

3

FALLS, JR. R     09/29/06     6.70     REVISIONS TO CHART AND BY-LAWS FOR FINAL DISTRIBUTION (4.2); REVIEW OF D&O QUESTIONNAIRE AND INDEMNITY AGREEMENTS (2.5).

**MATTER TOTAL**     **<u>165.50</u>**

    * Law clerks are law school graduates who are not presently admitted to practice.

4

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Winn-Dixie Stores, Inc. (DIP)**              Bill Date: 10/02/06
**Assets Dispositions (General)**              Bill Number: 1124506

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| SALDANA A | 09/05/06 | 0.10 | EXECUTION OF K. BURNS LEASE WITH PURCHASER OF BAHAMAS BUSINESS (.1). |
| RAVIN AS | 09/22/06 | 0.10 | REVIEW CORRESPONDENCE FROM B. GASTON RE: QUESTION RE: BAHAMAS TRANSACTION, DRAFT MEMORANDUM TO A. SALDANA RE: SAME (.1). |
| SALDANA A | 09/25/06 | 0.10 | REVIEW TERMINATION OF K. BURNS LEASE WITH PURCHASER OF BAHAMAS BUSINESS (.1). |
| **MATTER TOTAL** | | **0.30** | |

5

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                    **Bill Date: 10/02/06**
**Business Operations / Strategic Planning**         **Bill Number: 1124506**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 09/05/06 | 0.60 | REVIEW MEMORANDUM FROM M. BYRUM RE: PRODUCT ISSUE, LEAVE VOICEMAIL FOR M. BYRUM AND SEND EMAIL TO H. ETLIN RE: SAME (.1); PARTICIPATE IN UPDATE TELECONFERENCE WITH CLIENT AND ADVISORS RE: PENDING MATTERS (.5). |
| RAVIN AS | 09/05/06 | 0.50 | WEEKLY STATUS TELECONFERENCE WITH L. APPEL, B. NUSSBAUM, F. HUFARD, J. O'CONNELL, J. BAKER, R. GRAY, S. BUSEY, C. JACKSON, AND M. FRIETAG (.5). |
| GRAY RW | 09/07/06 | 0.30 | TELECONFERENCE WITH J. O'CONNELL RE: SAME AND REVIEW MATERIALS PROVIDED BY J. O'CONNELL (.1); EXCHANGE EMAILS WITH M. BYRUM RE: TELECONFERENCE TO DISCUSS SAME (.1); DRAFT MEMORANDUM TO J. CASTLE AND L. APPEL RE: SAME (.1). |
| GRAY RW | 09/08/06 | 0.30 | CONFERENCE WITH S. BUSEY, J. CASTLE AND M. BYRUM RE: PRODUCT CANCELLATION (.3). |
| GRAY RW | 09/09/06 | 0.10 | REVIEW AND RESPOND TO MEMORANDUM FROM S. BURKE RE: PRODUCT CANCELLATION (.1). |
| GRAY RW | 09/11/06 | 0.10 | REVIEW MEMORANDUM FROM M. BYRUM RE: PRODUCT POLICIES (.1). |
| HENRY S | 09/14/06 | 0.70 | WEEKLY STATUS TELECONFERENCE WITH COMPANY AND ADVISORS RE: CASE UPDATE AND BUSINESS STRATEGY (.7). |
| GRAY RW | 09/14/06 | 0.70 | PARTICIPATE IN UPDATE TELECONFERENCE WITH CLIENT AND ADVISORS (.7). |
| RAVIN AS | 09/14/06 | 0.70 | WEEKLY STATUS TELECONFERENCE WITH L. APPEL, B. NUSSBAUM, F. HUFARD, J. O'CONNELL, J. BAKER, S. HENRY, R. GRAY, S. BUSEY, C. JACKSON AND M. FRIETAG (.7). |
| GRAY RW | 09/15/06 | 0.10 | REVIEW MEMORANDUM FROM J. CASTLE RE: FDOT OFFER LETTER (.1). |
| HENRY S | 09/19/06 | 0.90 | WEEKLY STATUS TELECONFERENCE WITH COMPANY AND ADVISORS TO GO OVER ISSUES RELATED TO EMERGENCY STRATEGY (.9). |
| GRAY RW | 09/19/06 | 0.90 | PARTICIPATE IN TELECONFERENCE WITH CLIENT AND ADVISORS RE: PENDING ISSUES (.9). |

| | | | |
|---|---|---|---|
| RAVIN AS | 09/19/06 | 0.90 | WEEKLY STATUS TELECONFERENCE WITH L. APPEL, J. CASTLE, F. HUFFARD, S. KAROL, S. HENRY, S. BUSEY AND C. JACKSON (.9). |
| GRAY RW | 09/26/06 | 0.70 | PARTICIPATE IN UPDATE TELECONFERENCE WITH CLIENT AND ADVISORS RE: PENDING MATTERS (.7). |
| RAVIN AS | 09/26/06 | 0.70 | WEEKLY STATUS TELECONFERENCE WITH P. LYNCH, L. APPEL, F. HUFFARD, J. CASTLE, R. GRAY, S. BUSEY, C. JACKSON, S. KAROL, AND J. O'CONNELL (.7). |
| BAKER DJ | 09/27/06 | 1.00 | CONFERENCE WITH P. LYNCH, B. NUSSBAUM, S. BUSEY AND L. APPEL RE: BUSINESS OPERATIONS (1.0). |

**MATTER TOTAL**                         **9.20**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                         Bill Date: 10/02/06
**Case Administration**                                   Bill Number: 1124506

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 09/01/06 | 0.30 | REVIEW AND COMMENT ON HEARING AGENDA (.1); PROVIDE CALENDAR UPDATE INFORMATION TO J. WOODFIELD (.1); REVIEW NEW ADVERSARY PROCEEDING FILING AND DRAFT MEMORANDUM TO J. WOODFIELD RE: MONITORING (.1). |
| RAVIN AS | 09/01/06 | 0.20 | MONITOR PLEADINGS FILED ON DOCKET (.1); REVIEW SEPTEMBER 7TH HEARING AGENDA, DRAFT CORRESPONDENCE TO C. JACKSON RE: SAME (.1). |
| WOODFIELD J | 09/01/06 | 5.60 | UPDATE DOCKET AND CIRCULATE (.4); UPDATE AND CIRCULATE DRAFT WINN-DIXIE CASE CALENDAR (3.2); SEARCH DOCKET FOR ENTRIES TO CONVERT TO PDF (1.2); UPDATE WINN-DIXIE DISCLOSURE STATEMENT OBJECTIONS BINDER (.8). |
| LEAMY JM | 09/04/06 | 0.20 | REVIEW AND COMMENT ON CASE CALENDAR (.2). |
| GRAY RW | 09/05/06 | 0.20 | REVIEW 9/5 DOCKET UPDATE (.1); PROVIDE UPDATES FOR CASE CALENDAR (.1). |
| RAVIN AS | 09/05/06 | 0.20 | MONITOR PLEADINGS FILED ON DOCKET (.1); REVIEW SEPTEMBER 7, 2006 AGENDA, REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO C. JACKSON RE: SAME (.1). |
| WOODFIELD J | 09/05/06 | 6.50 | UPDATE AND CIRCULATE DOCKET (.2); UPDATE AND CIRCULATE FINAL DRAFT OF WINN-DIXIE CASE CALENDAR (2.3); UPDATE WINN-DIXIE DISCLOSURE STATEMENT OBJECTIONS VOL. 2 (4.0). |
| GRAY RW | 09/06/06 | 0.20 | TELECONFERENCE WITH S. SHERRILL AT SEC RE: SERVICE ISSUES AND DRAFT MEMORANDA TO K. WARD AND K. LOGAN RE: SAME (.1); REVIEW 9/6 DOCKET UPDATE (.1). |
| WOODFIELD J | 09/06/06 | 5.60 | UPDATE AND CIRCULATE DOCKET (.2); UPDATE WINN-DIXIE CASE CALENDAR (1.0); UPDATE, CONVERT TO PDF, AND CIRCULATE WINN-DIXIE MEDIA UPDATES (.5); UPDATE WINN-DIXIE DISCLOSURE STATEMENT OBJECTION BINDER (.7); SEARCH DOCKET FOR SPECIFIC ENTRIES TO PDF AND EMAIL TO ATTORNEYS (1.1); FILE PLEADINGS AND CORRESPONDENCE (1.1); UPDATE FORMAL DISCLOSURE STATEMENT CONFIRMATION OBJECTIONS LIST (1.0). |

| | | | |
|---|---|---|---|
| FELD SR | 09/07/06 | 0.20 | REVIEW CASE CALENDAR (.2). |
| GRAY RW | 09/07/06 | 0.10 | REVIEW 9/7 DOCKET UPDATE (.1). |
| WOODFIELD J | 09/07/06 | 5.40 | UPDATE AND CIRCULATE DOCKETS (.3); UPDATE WINN-DIXIE CASE CALENDAR (2.7); RESEND DOCUMENTS THAT WERE RETURNED DUE TO INCORRECT ADDRESSES TO CORRECT ADDRESSES (1.7); SEARCH DOCKET FOR SPECIFIC MOTION UPON ATTORNEY REQUEST (.7). |
| GRAY RW | 09/08/06 | 0.20 | REVIEW 9/8 DOCKET UPDATE (.1); REVIEW AND COMMENT ON AGENDA FOR 9/14 HEARING (.1). |
| RAVIN AS | 09/08/06 | 0.30 | MONITOR PLEADINGS FILED ON DOCKET (.1); REVIEW AND REVISE AUDIT LETTER (.2). |
| WOODFIELD J | 09/08/06 | 6.00 | UPDATE AND CIRCULATE DOCKET (.2); UPDATE CASE CALENDAR AND CIRCULATE DRAFT FOR REVISIONS (2.0); SEARCH FOR DOCKET AND CREATE PDF FILE AT REQUEST OF ATTORNEY (1.5); SEARCH FOR ORDERS ON DOCKET AND CIRCULATE (1.5); UPDATE WINN-DIXIE DISCLOSURE STATEMENT OBJECTIONS VOL. 2 (.8). |
| RAVIN AS | 09/09/06 | 0.10 | REVIEW AND REVISE CASE CALENDAR (.1). |
| EICHEL S | 09/10/06 | 0.20 | REVIEW CASE CALENDAR (.1); DRAFT EMAIL TO J. WOODFIELD RE: PROPOSED REVISION TO CASE CALENDAR (.1). |
| FELD SR | 09/11/06 | 0.20 | REVIEW CASE CALENDAR (.2). |
| GRAY RW | 09/11/06 | 0.40 | REVIEW 9/11 DOCKET UPDATE (.1); REVIEW AND COMMENT ON CASE CALENDAR UPDATE (.1); DRAFT MEMORANDUM TO ATTORNEYS RE: CASE CALENDAR RESPONSIBILITY (.1); REVIEW AND COMMENT ON DISTRIBUTION MEMORANDUM FOR OMNIBUS HEARING ORDERS (.1). |
| TURETSKY DM | 09/11/06 | 0.10 | TELECONFERENCE WITH J. HOROWITZ RE: INQUIRY CONCERNING STATUS OF WINN-DIXIE CHAPTER 11 CASES (.1). |
| WOODFIELD J | 09/11/06 | 7.80 | UPDATE AND CIRCULATE DOCKET (.3); UPDATE AND CIRCULATE WINN-DIXIE CASE CALENDAR (3.2); PREPARE TWO CERTIFICATES OF SERVICE FOR A. RAVIN (2.3); SEARCH DOCKET FOR SPECIFIC DOCUMENTS TO PDF PER ATTORNEY'S REQUEST (1.4); UPDATE WINN-DIXIE DISCLOSURE STATEMENT OBJECTIONS BINDER (.6). |
| GRAY RW | 09/12/06 | 0.10 | REVIEW 9/12 DOCKET UPDATE (.1). |

| LAMAINA KA | 09/12/06 | 0.40 | REVIEW DEADLINES FOR UPCOMING MATTERS WORKING ON TO PREPARE FOR SAME, REVIEW DOCKET (.4). |
|---|---|---|---|
| WOODFIELD J | 09/12/06 | 6.70 | UPDATE AND CIRCULATE DOCKET (.4); UPDATE CASE CALENDAR (2.6); UPDATE WINN-DIXIE DISCLOSURE STATEMENT OBJECTION BINDER AND SEARCH DOCKET FOR FORMAL OBJECTION TO DISCLOSURE STATEMENT (1.6); COMPOSE AND EMAIL CERTIFICATE OF SERVICE TO FILE WITH COURT (.9); SEARCH DOCKET FOR SPECIFIC ENTRIES TO PDF AND EMAIL TO A. RAVIN AND R. GRAY (1.2). |
| GRAY RW | 09/13/06 | 0.10 | REVIEW 9/13 DOCKET UPDATE (.1). |
| WOODFIELD J | 09/13/06 | 6.50 | UPDATE AND CIRCULATE DOCKET (.3); UPDATE CASE CALENDAR (.5); UPDATE WINN-DIXIE DISCLOSURE STATEMENT BINDER (2.0); SEARCH DOCKET FOR SPECIFIC ENTRIES TO PDF AND EMAIL (1.0); UPDATE CHART FOR S. EICHEL, ADDING ADDRESSES TO LIST (2.7). |
| GRAY RW | 09/14/06 | 0.10 | REVIEW 9/14 DOCKET UPDATE (.1). |
| WOODFIELD J | 09/14/06 | 5.60 | SEARCH DOCKET FOR SPECIFIC ENTRY, PDF, AND EMAIL TO ATTORNEY (.4); UPDATE AND CIRCULATE DOCKET (.3); UPDATE CASE CALENDAR (1.1); SEARCH DOCKET AND EMAIL SPECIFIC ENTRIES TO ATTORNEYS (1.2); UPDATE WINN-DIXIE OBJECTION TO DISCLOSURE STATEMENT BINDER (1.7); FILE PLEADINGS AND CORRESPONDENCE FOR ATTORNEYS (.6); UPDATE AND CIRCULATE WINN-DIXIE MEDIA REPORTS (.3). |
| GRAY RW | 09/15/06 | 0.10 | REVIEW 9/15 DOCKET UPDATE (.1). |
| WOODFIELD J | 09/15/06 | 6.50 | PREPARE MOTION AND NOTICE OF HEARING FOR S. EICHEL TO BE FILED WITH THE COURT (.5); UPDATE AND CIRCULATE DRAFT CASE CALENDAR (2.2); UPDATE WINN-DIXIE OBJECTION TO DISCLOSURE STATEMENT BINDER (1.1); SEARCH DOCKET FOR ORDERS FROM THURSDAY'S HEARING, PDF, AND CIRCULATE TO EMAIL LIST (1.4); SEARCH DOCKET FOR ENTRY, PDF, AND EMAIL PER ATTORNEYS' REQUEST (1.3). |
| LEAMY JM | 09/17/06 | 0.20 | REVIEW AND COMMENT ON CASE CALENDAR (.2). |
| GRAY RW | 09/18/06 | 0.20 | REVIEW 9/18 DOCKET UPDATE (.1); TELECONFERENCE WITH COUNSEL FOR BEN TOBIN COMPANIES RE: ELECTRONIC FILING ISSUE (.1). |

```
LAMAINA KA        09/18/06      0.60   REVIEW INTERIM COMP. ORDER AND
                                       STATEMENTS UNDER ORDER FOR SKADDEN
                                       COMPLIANCE (.6).

WOODFIELD J       09/18/06      7.20   UPDATE AND CIRCULATE DOCKET (.3);
                                       UPDATE CASE CALENDAR (.8); PDF DOCKETS
                                       AND EMAIL FOR A. RAVIN AND R. GRAY (1.8);
                                       UPDATE WINN-DIXIE OBJECTION TO
                                       DISCLOSURE STATEMENT BINDER (1.6);
                                       SEARCH DOCKET FOR ORDERS FROM 9/14
                                       HEARING AND EMAIL TO DISTRIBUTION LIST
                                       (1.2); PUT NEW ASSOCIATE ON COURT EMAIL
                                       LIST (.8); CREATE NEW SPREADSHEET FOR
                                       SUMMARY OF OBJECTION TO PLAN OF
                                       REORGANIZATION OF WINN-DIXIE (.7).

GRAY RW           09/19/06      0.10   REVIEW 9/19 DOCKET UPDATE (.1).

LEAMY JM          09/19/06      0.10   REVIEW HEARING AGENDA FOR 9/21 HEARING
                                       (.1).

WOODFIELD J       09/19/06      7.30   UPDATE AND CIRCULATE DOCKET (.3);
                                       UPDATE AND CIRCULATE CASE CALENDAR
                                       (1.0); UPDATE AND CIRCULATE WINN-DIXIE
                                       MEDIA UPDATES (.3); CREATE CHART FOR
                                       OBJECTIONS TO JOINT PLAN OF
                                       REORGANIZATION (2.0); MAKE BINDER OF
                                       3018 MOTIONS AND PLAN CLASSIFICATIONS
                                       MOTIONS (3.7).

WOODFIELD J       09/20/06      7.70   UPDATE AND CIRCULATE DOCKET (.3);
                                       UPDATE CASE CALENDAR (.7); UPDATE
                                       WINN-DIXIE DISCLOSURE STATEMENT
                                       OBJECTION BINDER (.6); CREATE MAILING
                                       LIST FOR CERTIFICATE OF SERVICE OF 3018
                                       MOTIONS AND PLAN CLASSIFICATION MOTION
                                       (2.1); PREPARED FOR MAILING OBJECTIONS
                                       FILED BY A. RAVIN WITH THE COURT (3.0);
                                       PREPARED A CERTIFICATE OF SERVICE FOR A.
                                       RAVIN (1.0).

GRAY RW           09/21/06      0.10   REVIEW 9/21 DOCKET UPDATE (.1).

WOODFIELD J       09/21/06      9.40   UPDATE AND CIRCULATE DOCKET (.3);
                                       UPDATE CASE CALENDAR (.5); CREATE TWO
                                       CERTIFICATES OF SERVICE FOR A. RAVIN
                                       (1.7); SEARCH WESTLAW FOR CASES, PRINT
                                       THEM OUT, AND CREATE BINDER FOR S. HENRY
                                       (2.0); SEARCH DOCKET FOR SPECIFIC
                                       ENTRIES TO PDF AND EMAIL TO ATTORNEYS
                                       (.8); UPDATE AND CIRCULATE WINN-DIXIE
                                       MEDIA REPORTS (.3); UPDATE THE
                                       WINN-DIXIE OBJECTIONS BINDER (1.0); AND
                                       PREPARE PROOFS OF PUBLICATION FOR
                                       FILING, PDF EXHIBITS, AND ATTACH ALL TO
                                       ONE DOCUMENT (2.8).

GRAY RW           09/22/06      0.10   REVIEW 9/22 DOCKET UPDATE (.1).
```

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| WOODFIELD J | 09/22/06 | 8.80 | UPDATE AND CIRCULATE DOCKET (.3); UPDATE AND CIRCULATE CASE CALENDAR DRAFT (1.7); UPDATE AND CIRCULATE WINN-DIXIE MEDIA UPDATES (.3); SEARCH DOCKET FOR ENTRY, PDF, AND EMAIL TO ATTORNEYS (1.5); MAKE SERVICE LIST FOR 3018 AND PLAN CLASSIFICATION MOTIONS AND MAIL THE MOTION TO PEOPLE ON THE LIST (5.0). |
| LEAMY JM | 09/24/06 | 0.30 | REVIEW AND COMMENT ON CASE CALENDAR (.3). |
| GRAY RW | 09/25/06 | 0.30 | PREPARE LIST OF PENDING PROJECTS (.2); REVIEW 9/25 DOCKET UPDATE (.1). |
| LAMAINA KA | 09/25/06 | 0.30 | REVIEW STATUS OF STATEMENTS UNDER FINAL ORDER OF INTERIM PROCEDURES (.3). |
| RAVIN AS | 09/25/06 | 0.20 | REVIEW AND REVISE CASE CALENDAR AND REVIEW PLEADINGS ON DOCKET (.2). |
| WOODFIELD J | 09/25/06 | 9.10 | UPDATE AND CIRCULATE DOCKET (.2); UPDATE CASE CALENDAR (1.0); PDF DOCUMENTS FOR A. RAVIN AND J.R. LEDERER (1.8); DELIVER DOCUMENT TO K. LOGAN IN MONTCLAIR, NEW JERSEY (1.1); CREATE CERTIFICATES OF SERVICE FOR 3018 MOITIONS AND PLAN CLASSIFICATION MOTION (2.0); PREPARE MAILING OF DOCUMENTS FOR S. EICHEL (.5); SEARCH DOCKET FOR ALL OBJECTIONS TO REORGANIZATION PLAN (1.5); AND FINALIZED PROOFS OF PUBLICATION FOR FILING (1.0). |
| EICHEL S | 09/26/06 | 0.20 | REVIEW AND REVISE CASE CALENDAR (.2). |
| WOODFIELD J | 09/26/06 | 7.00 | UPDATE AND CIRCULATE DOCKET (.3); UPDATE AND CIRCULATE CASE CALENDAR (1.4); PDF DOCKETS AND EMAIL TO ATTORNEYS (1.1); UPDATE WINN-DIXIE OBJECTION TO DISCLOSURE STATEMENT STOCKHOLDERS BINDER (1.2); UPDATE AND CIRCULATE WINN-DIXIE MEDIA UPDATES (.3); ORGANIZE AND MANAGE FILES (1.3); AND FINALIZE CERTIFICATES OF SERVICE OF 3018 MOTIONS AND PLAN CLASS MOTIONS AND EMAIL TO K. WARD TO BE FILED (1.4). |
| FELD SR | 09/27/06 | 0.10 | REVIEW DOCKET ENTRIES RE: CLAIM OBJECTION (.1). |
| GRAY RW | 09/27/06 | 0.10 | REVIEW 9/27 DOCKET UPDATE (.1). |
| KALOUDIS D | 09/27/06 | 0.20 | TELECONFERENCE WITH J.PETTER RE: FPL (.2). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| WOODFIELD J | 09/27/06 | 9.40 | UPDATE AND CIRCULATE DOCKET (.3); UPDATE CASE CALENDAR (.5); CIRCULATE WINN-DIXIE MEDIA UPDATE (.3); PDF AND EMAIL DOCKETS FOR A. RAVIN (.6); CONNECT J.R. LEDERER TO COURT EMAILS (.2); FILE WINN-DIXIE PLEADING IN ACCUTRAC BOXES (.5); CREATE BINDER OF CASES CITED IN STOCKHOLDERS OBJECTIONS TO THE PLAN (7.0). |
| FELD SR | 09/28/06 | 0.10 | REVIEW DOCKET ENTRIES RE: OBJECTIONS TO CLAIMS (.1). |
| GRAY RW | 09/28/06 | 0.10 | REVIEW 9/28 DOCKET UPDATE (.1). |
| WOODFIELD J | 09/28/06 | 9.20 | UPDATE AND CIRCULATE DOCKET (.5); UPDATE CASE CALENDAR (.5); SEARCH DOCKET FOR RECLAMATION HEARING TRANSCRIPT (1.2); UPDATE INDEX FOR CITED CASE LAW IN OBJECTIONS BINDER AND FIX ERRORS IN BINDER (6.0); SEARCH DOCKET FOR SPECIFIC ENTRIES TO PDF AND EMAIL TO A. RAVIN, R. GRAY, AND J. LEDERER (1.0). |
| GRAY RW | 09/29/06 | 0.10 | REVIEW 9/29 DOCKET UPDATE (.1). |
| LEAMY JM | 09/29/06 | 0.20 | REVIEW AND COMMENT ON 10/5 HEARING AGENDA (.2). |
| RAVIN AS | 09/29/06 | 0.40 | MONITOR PLEADINGS FILED ON DOCKET (.1); REVIEW AND REVISE OCTOBER 5TH HEARING AGENDA (.2); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM K. WARD RE: OCTOBER 5TH HEARING AGENDA (.1). |
| TURETSKY DM | 09/29/06 | 0.10 | REVIEW AND COMMENT RE: PRELIMINARY AGENDA FOR OCTOBER 5 HEARING (.1). |
| WOODFIELD J | 09/29/06 | 6.90 | UPDATE AND CIRCULATE DOCKET (.3); UPDATE AND CIRCULATE DRAFT CASE CALENDAR (1.2); PREPARE MOTION, ORDER, AND NOTICE FOR S. EICHEL TO BE FILED AND SERVED (.5); FINALIZE OBJECTIONS CASE CITINGS BINDER (2.4); SEARCH DOCKET FOR SPECIFIC ENTRY, PDF, AND EMAIL TO ATTORNEYS (1.0);  UPDATE WINN-DIXIE STOCKHOLDER OBJECTIONS BINDER (.8); FILE PLEADINGS AND CORRESPONDENCE IN PERSONAL FILES (.7). |
| RAVIN AS | 09/30/06 | 0.40 | REVIEW AND REVISE DRAFT CASE CALENDAR, DRAFT MEMORANDUM TO J. WOODFIELD RE: SAME (.4). |

**MATTER TOTAL**                    <u>152.60</u>

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Winn-Dixie Stores, Inc. (DIP)                    Bill Date: 10/02/06
Claims Admin. (General)                          Bill Number: 1124506

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 09/01/06 | 5.40 | FURTHER REVIEW OF F. BAILEY DOCUMENTS (.2); REVIEW MEMORANDUM FROM L. RODRIGUEZ RE: F. BAILEY AND DRAFT REPLY RE: PROOF OF CLAIM INFORMATION TO SAME (.2); REVIEW MEMORANDUM FROM J. MCCONNELL RE: MSP CALCULATIONS/DISTRIBUTIONS (.2); DRAFT MEMORANDUM TO L. APPEL ET AL. RE: SAME (.3); DRAFT MEMORANDUM TO D. SCHWARTZ AND K. MIDDLETON AT MERCER RE: TREATMENT OF POSTPETITION PAYMENTS (.1); REVIEW AND COMMENT 20TH OMNIBUS OBJECTION, ORDER AND NOTICES (.3); REVIEW AND COMMENT 21ST OMNIBUS OBJECTION, ORDER AND NOTICES (.3); REVIEW AND RESPOND TO MEMORANDUM FROM D. DOGAN RE: CONTINGENT CASH PROOFS OF CLAIM (.1); EXCHANGE EMAILS WITH M. MARTINEZ RE: SAME (.1); DRAFT MEMORANDUM TO L. APPEL RE: REMINDER EMAIL ON INDEMNITY PROOFS OF CLAIM AND REVIEW REPLY (.1); DRAFT FURTHER MEMORANDUM TO XROADS TEAM RE: INFORMATION NEEDED ON ANDERSON NEWS PREFERENCE ANALYSIS (.1); EXCHANGE EMAILS WITH J. YOUNG RE: SAME (.2); EXCHANGE EMAILS WITH E. GORDON RE: SAME (.2); REVISE ANDERSON NEWS CLAIM RESOLUTION STIPULATION (.4); DRAFT MEMORANDUM TO G. STEIN RE: SAME (.2); EXCHANGE EMAILS WITH G. STEIN RE: CHANGES TO STIPULATION (.2); REVIEW MEMORANDUM FROM L. APPEL RE: J. MCCONNELL ISSUES (.1); DRAFT RESPONSE TO J. MCCONNELL AND CIRCULATE TO L. APPEL ET AL FOR APPROVAL (.4); REVIEW AND RESPOND TO MEMORANDUM FROM J. MCCONNELL RE: AD HOC COMMITTEE ISSUES (.1); REVIEW OPEN CLAIMS LISTING FROM E. POLLACK (.3); DRAFT MEMORANDUM TO SAME RE: MOVING CERTAIN CLAIMS (.1); REVIEW MEMORANDA FROM B. TURNER AND T. WILLIAMS RE: F. BAILEY INSURANCE POLICY AND DRAFT REPLY (.1); DRAFT MEMORANDUM TO J. EDMONSON RE: MSP/SRP ESTIMATES AND POSTPETITION DEDUCTIONS (.2); REVIEW VARIANCE REPORT FROM J. DAWSON (.2); OUTLINE/DRAFT MSP/SRP CLAIM OBJECTION (.7). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| LEAMY JM | 09/01/06 | 8.10 | TELECONFERENCES WITH J. SEIDMAN RE: CLAIM 12252 (.3); TELECONFERENCE WITH A. RAVIN RE: REAL ESTATE CLAIMS (.2); TELECONFERENCE WITH E. POLLACK RE: 20TH AND 21ST OBJECTIONS (.4); TELECONFERENCE WITH E. POLLACK RE: SAME (.5); TELECONFERENCE WITH E. POLLACK RE: SAME (.2); TELECONFERENCE WITH D. HANSON RE: LA TAX CLAIM RESOLUTION (.1); TELECONFERENCE WITH A. MCBREYER RE: REAL ESTATE CLAIMS (.2); DRAFT 20TH OBJECTION, NOTICES, ORDER AND REVIEW AND COMMENT ON EXHIBITS TO SAME (3.5); DRAFT 21ST OBJECTION, NOTICES, ORDER AND REVIEW AND COMMENT ON EXHIBITS TO SAME (2.5); EMAIL TO WINN-DIXIE RE: MMMM MOTION TO ALLOW CLAIM (.2). |
| RAVIN AS | 09/01/06 | 1.60 | REVIEW MERRILL LYNCH RESPONSES TO CLAIM OBJECTIONS (.2); LEGAL RESEARCH RE: 502(B)(6) ARGUMENTS ASSERTED IN MERRILL LYNCH RESPONSES TO CLAIM OBJECTIONS (1.2); CONFERENCE WITH J. LEAMY RE: 502(B)(6) ARGUMENTS ASSERTED IN MERRILL LYNCH RESPONSES TO CLAIM OBJECTIONS (.2). |
| GRAY RW | 09/04/06 | 0.20 | REVIEW AND RESPOND TO MEMORANDUM FROM E. POLLACK RE: IBM DUPLICATE CLAIM FILING (.1); DRAFT MEMORANDUM TO R. MARLOWE RE: IBM WITHDRAWAL OF DUPLICATE CLAIM (.1). |
| LEAMY JM | 09/04/06 | 1.40 | REVIEW AND COMMENT ON OPEN/HOLD CLAIMS REPORT AND EMAIL E. POLLACK RE: SAME (.4); DRAFT XEROX AGREED ORDER AND NOTICE ON ADMINISTRATIVE EXPENSE MOTIONS (1.0). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GRAY RW | 09/05/06 | 2.00 | TELECONFERENCE WITH D. SCHWARTZ AND K. MIDDLETON RE: ECONOMIC IMPACT OF MSP CALCULATION CHANGE (.3); EMAIL EXCHANGE WITH K. MIDDLETON RE: AGGREGATE DIFFERENTIALS (.1); REVIEW MEMORANDUM FROM B. TURNER RE: F. BAILEY INSURANCE POLICY AND DRAFT REPLY RE: HANDLING OF CLAIM (.1); DRAFT MEMORANDUM TO L. RODRIGUEZ RE: MSP STATUS OF F. BAILEY (.1); DRAFT MEMORANDUM TO F. BAILEY RE: STATUS OF CLAIMS (.3); TELECONFERENCE WITH T. WILLIAMS RE: WORKERS COMPENSATION SETTLEMENT ISSUE AND DRAFT MEMORANDUM TO B. TURNER RE: SAME (.1); REVIEW AND RESPOND TO MEMORANDUM FROM L. RODRIGUEZ RE: MSP/WORKERS COMP ISSUE (.1); REVIEW J. DAWSON SPREADSHEETS RE: EMPLOYEE CLAIMS AND DRAFT MEMORANDA WITH QUESTIONS ON SAME (.2); EMAIL EXCHANGE WITH J. DAWSON RE: SAME (.1); EMAIL EXCHANGE WITH E. POLLACK RE: EMPLOYEE CLAIM ISSUES (.1); REVIEW FAX OF MOTION TO LIFT SAY FOR GRIFFIN AND JONES AND DRAFT MEMORANDUM TO J. POST RE: SAME (.1); REVIEW MEMORANDUM AND REVISED STIPULATION FROM G. STEIN FOR ANDERSON NEWS (.2); EXCHANGE EMAILS WITH J. LEAMY RE: PROCEDURE FOR GETTING ORDER ON SAME (.1); EMAIL EXCHANGE WITH G. STEIN RE: STIPULATION ISSUES (.1). |
| LEAMY JM | 09/05/06 | 6.00 | TELECONFERENCE WITH M. KAHN RE: KAHN AND ASSOCIATES CLAIM (.1); TELECONFERENCE WITH E. POLLACK RE: 21ST OMNI (.1); DRAFT XEROX STIPULATION (.4); FINALIZE 20TH AND 21ST OBJECTIONS FOR FILING (3.5); TELECONFERENCE WITH A. GLOVER RE: ALLEN CANNING CO. (.2); TELECONFERENCE WITH W. SIMKULAK RE: LEASE REJECTION CLAIM (.2); TELECONFERENCE WITH T. COPELAND RE: 20TH AND 21ST (.1); TELECONFERENCE WITH B. SMITH RE: SERVICE FORCE (.1); TELECONFERENCE WITH M. MIGLIORE RE: SOUTHERN PARTNERS (.2); TELECONFERENCE WITH E. POLLACK RE: 22ND OMNI (.2); TELECONFERENCE WITH L. JACOBSON RE: MGM CLAIM (.1); RESEARCH RE: INFORMATION RESOURCES CLAIM (.8). |
| RAVIN AS | 09/05/06 | 0.10 | TELECONFERENCE (VM) WITH A. GRIFFINO RE: OBJECTION TO AIG CLAIM, DRAFT MEMORANDUM TO J. LEAMY RE: SAME (.1). |
| TURETSKY DM | 09/05/06 | 0.10 | TELECONFERENCE WITH J. POST RE: GOODING'S REQUEST FOR ADMINISTRATIVE EXPENSE (.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW          09/06/06       2.30    REVIEW MSP CLAIM AMOUNTS AGAINST
                                        INFORMATION FROM MERCER (.2); DRAFT
                                        MEMORANDUM TO  K. MIDDLETON RE: SAME
                                        (.1); TELECONFERENCE WITH K. MIDDLETON
                                        RE: SAME (.1); DRAFT MEMORANDUM TO J.
                                        EDMONSON RE: SRP AMOUNT (.1);
                                        TELECONFERENCE WITH J. DAWSON RE: T ROWE
                                        PRICE CALCULATIONS FOR SRP (.1); REVIEW
                                        AND RESPOND TO MEMORANDUM FROM C.
                                        JACKSON RE: CITY OF NORFOLK CLAIM AND
                                        CHECK LOGAN WEBSITE RE: SAME (.1);
                                        REVIEW AND COMMENT ON CITY OF NORFOLK
                                        ORDER (.1); REVIEW REPORTS FROM LOGAN
                                        RE: ADMINISTRATIVE, PRIORITY AND
                                        SECURED CLAIMS (.6); REVIEW AND RESPOND
                                        TO MEMORANDUM FROM J. LEAMY RE:
                                        PROCEDURE FOR ANDERSON NEWS STIPULATION
                                        APPROVAL (.1); DRAFT MEMORANDUM TO J.
                                        JAMES ET AL. RE: INFORMATION NEEDED TO
                                        COMPLETE ANDERSON NEWS STIPULATION
                                        (.1); DRAFT MEMORANDUM TO G. STEIN RE:
                                        APPROVAL PROCEDURE AND RELATED MATTERS
                                        (.1); REVIEW MOTION AND ORDER FOR
                                        ANDERSON NEWS (.1); DRAFT MEMORANDUM TO
                                        G. STEIN RE: SAME (.1); REVIEW
                                        MEMORANDUM FROM D. RABON AND DRAFT
                                        MEMORANDUM TO G. STEIN RE: NO FOREIGN
                                        SUBS (.1); REVIEW AND RESPOND TO
                                        MEMORANDUM FROM J. LEAMY RE: MMMM CLAIM
                                        RESOLUTION (.1); REVIEW AND RESPOND TO
                                        MEMORANDUM FROM C. JACKSON RE: F. BAILEY
                                        ISSUES (.1); REVIEW SCANA ENERGY
                                        RESPONSE TO CLAIM OBJECTION AND
                                        EXCHANGE EMAILS WITH J. LEAMY RE: SAME
                                        (.1).

EICHEL S         09/06/06       0.90    TELECONFERENCE WITH B. KICHLER RE:  RUG
                                        DR. DISPUTE (.2); DRAFT EMAIL TO B.
                                        CROCKER RE:  RUG DOCTOR CLAIM (.1);
                                        TELECONFERENCE WITH R. GAY, B. KICHLER
                                        AND J. JAMES RE:  PREPETITION CONTRACTS
                                        TO BE REJECTED (.6).

LEAMY JM          09/06/06          8.30   EMAIL D. YOUNG RE: GA COMMUNITY HEALTH
                                           CLAIM (.1); ANALYZE RE: MMMM MOTION TO
                                           ALLOW CLAIM (.1); EMAIL K. LOGAN RE:
                                           SERVICE FORCE (.1); EMAIL E. POLLACK RE:
                                           17TH OMNIBUS OBJECTION (.1); EMAIL T.
                                           WUERTZ RE: MGM CLAIM (.1); ANALYSIS RE:
                                           INSURANCE CLAIMS (1.5); TELECONFERENCE
                                           WITH M. DWIGHT RE: WORKERS COMPENSATION
                                           CLAIM (.2); TELECONFERENCE WITH R.
                                           KROLL RE: T DAVIS CLAIM (.1);
                                           TELECONFERENCE WITH J. POST RE:
                                           ANDERSON NEWS (.2); ANALYSIS RE:
                                           DISPOSITION OF OPEN CLAIMS (.8); DRAFT
                                           ANDERSON NEWS MOTION AND ORDER (.4);
                                           REVIEW OPEN CLAIM REPORTS (.4);
                                           TELECONFERENCE WITH E. POLLACK RE: 22ND
                                           OMNI (.6); TELECONFERENCE WITH E.
                                           POLLACK RE: SAME (.2); TELECONFERENCE
                                           WITH J. KELLEHER RE: SCUNCI CLAIM (.3);
                                           TELECONFERENCE WITH. C. STUART RE:
                                           NORTH CAROLINA CLAIM (.3); EMAILS E.
                                           POLLACK RE: 22ND OMNI (.2); EMAIL C.
                                           JACKSON RE: OPEN TAX CLAIMS (.1);
                                           TELECONFERENCE WITH K. GWYNNE RE: DEL
                                           MONTE (.1); REVIEW 22ND OMNI OPEN
                                           REPORTS (2.0); EMAILS L. BERKOFF RE:
                                           GECC CLAIMS (.2); TELECONFERENCE WITH
                                           B. GASTON RE: GECC (.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GRAY RW | 09/07/06 | 2.50 | REVIEW MEMORANDUM FROM D. DOGAN RE: R. CALLOWAY CONTINGENT CASH CLAIM AND DRAFT MEMORANDUM TO M. MARTINEZ RE: SAME (.1); TELECONFERENCE WITH J. CASTLE AND M. RICHARDS RE: INDEMNITY PROOFS OF CLAIM (.1); CONFERENCE WITH D. SCHWARTZ, K. MIDDLETON, L. RODRIGUEZ, K. LOGAN AND B. CROCKER RE: MSP/SRP CLAIM OBJECTION ISSUES (.6); EXCHANGE EMAILS WITH J. LEAMY RE: MSP/SRP OBJECTION SCOPE AND FORMAT (.1); REVIEW AND RESPOND TO MEMORANDUM FROM M. COMERFORD RE: IMPACT OF RECALCULATION ON MSP AMOUNTS (0.1); REVIEW MEMORANDUM FROM J. MCCONNELL RE: OPEN ISSUES ON MSP AND DRAFT MEMORANDUM TO L. APPEL ET AL. RE: RESPONSE ON SAME (.3); DRAFT MEMORANDUM TO M. BARR ET AL. RE: RECALCULATION ISSUE (.2); DRAFT MEMORANDUM TO D. SCHWARTZ RE: REVISED SAMPLES (.1); REVIEW MEMORANDUM FROM K. MIDDLETON RE: DECEASED PARTICIPANT ISSUES (.1); TELECONFERENCE WITH L. RODRIGUEZ RE: FURTHER ISSUES ON MSP CLAIMS (.2); EXCHANGE EMAILS WITH J. LEAMY RE: MEDICAID CLAIMS AND RECOUPMENT (.1); REVIEW AND RESPOND TO LETTER FROM COUNSEL TO M. DEKOSTER RE: DEBTOR ENTITIES AND OBLIGOR ON LITIGATION CLAIMS (.2); DRAFT MEMORANDUM TO E. POLLACK AND J. LEAMY RE: RECONCILIATION OF LATE FILED CLAIMS AND REVIEW REPLIES (.1); FINALIZE AND SIGN ANDERSON NEWS STIPULATION (.1); DRAFT MEMORANDUM TO G. STEIN RE: RETURN SIGNATURE AND FILING (.1). |
| LEAMY JM | 09/07/06 | 10.60 | TELECONFERENCE WITH K. WARD RE: 5TH OMNI (.1); TELECONFERENCE WITH E. HERN RE: SOUTHEAST UNLOADING (.1); TELECONFERENCE WITH E. POLLACK RE: 22ND OMNI (1.0); TELECONFERENCE WITH H. FOLEY RE: LENOIR PARTNERS (.2); EMAILS, 22ND (1.2); TELECONFERENCE WITH J. BIANCA RE: QUIGLEY CLAIM (.1); TELECONFERENCE WITH E. POLLACK RE: 22ND OMNI (.6); TELECONFERENCE WITH E. MAY RE: HOMEWOOD ASSOCIATES (.1); TELECONFERENCE WITH A. BARRAGE RE: MERRILL LYNCH CLAIMS (.2); TELECONFERENCE WITH E. POLLACK RE: 22ND OMNI (.2); REVIEW POTENTIAL CLAIMS SUBJECT TO 22ND OMNIBUS OBJECTION AND ANALYSIS RE: BASES FOR OBJECTION THERETO (6.5); ANALYSIS RE: MSP/SRP CLAIM OBJECTION (.3). |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

RAVIN AS          09/07/06     0.30   REVIEW CLAIM OBJECTION RE: BAY LANDING
                                      AND FRANKFORD DALLAS, CONFERENCE WITH
                                      J. LEAMY RE: SAME (.1); REVIEW
                                      MEMORANDUM FROM J. LEAMY RE:
                                      WOOLBRIGHT/GOODINGS CLAIMS, REVIEW
                                      DRAFT CLAIM OBJECTION, REVIEW PRIOR
                                      CORRESPONDENCE RE: SAME, DRAFT
                                      CORRESPONDENCE TO J. POST RE: SAME (.2).

GRAY RW           09/08/06     1.40   TELECONFERENCE WITH K. MIDDLETON RE:
                                      SAMPLE CALCULATION RERUN (.1);
                                      TELECONFERENCE WITH J. HUEFFNER RE:
                                      REPUBLIC PLASTICS (.1); EXCHANGE EMAILS
                                      WITH T. WURTZ RE: SAME (.1); REVIEW AND
                                      RESPOND TO MEMORANDUM FROM J. MCCONNELL
                                      RE: ADDITIONAL SAMPLES, ETC. (.1);
                                      DRAFT MEMORANDUM TO D. SCHARTZ AND K.
                                      MIDDLETON AT MERCER RE: SAME (.1);
                                      REVIEW REVISED SAMPLES FROM MERCER
                                      (.2); REVIEW MEMORANDUM FROM C. JACKSON
                                      RE: SCANA OBJECTION ON DUPLICATE
                                      DIFFERENT DEBTOR CLAIMS AND EXCHANGE
                                      EMAILS WITH J. LEAMY RE: SAME (.2);
                                      DRAFT MEMORANDUM TO D. YOUNG ET AL. RE:
                                      HOBART CLAIM OBJECTION (.1);
                                      TELECONFERENCE WITH D. YOUNG RE: SAME
                                      (.1); REVIEW AND RESPOND TO MEMORANDUM
                                      FROM B. YOUNG RE: F. BAILEY ISSUES AND
                                      EMAIL EXCHANGE WITH B. YOUNG AND T.
                                      WILLIAMS RE: SAME (.1); REVIEW SRP
                                      SPREADSHEET FROM COMPANY (.2).

LEAMY JM          09/08/06     4.10   TELECONFERENCE WITH J. SEIDMAN RE:
                                      CLAIM 12251 (.1); TELECONFERENCE WITH
                                      K. WARD RE: 16TH OMNI ORDER (.2);
                                      TELECONFERENCE WITH K. DUNN RE: K CLARK
                                      CORP. (.1); TELECONFERENCE WITH E.
                                      POLLACK RE: VARIOUS CLAIMS (.4);
                                      TELECONFERENCE WITH W. PARKER RE:
                                      WORKERS COMP CLAIM (.1); FINALIZE
                                      ANDERSON NEWS MOTION AND STIPULATION
                                      FOR FILING WITH COURT (.5); REVIEW
                                      RESPONSES TO 17TH CLAIM OBJECTION (.8);
                                      EMAIL TO TEAM 18 RE: SAME (.2); REVIEW
                                      AND COMMENT ON EXHIBITS FOR 22ND CLAIM
                                      OBJECTION (1.0); EMAIL TO WINN-DIXIE
                                      RE: REVIEW OF SAME (.2); ANALYSIS RE:
                                      DEL MONTE SETTLEMENT (.4); EMAIL C.
                                      JACKSON RE: MMMM MOTION (.1).

RAVIN AS          09/08/06     0.10   DRAFT CORRESPONDENCE TO E. POLLACK RE:
                                      CLAIM CLASSIFICATION RE: CLAIM 31921
                                      (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GRAY RW | 09/10/06 | 0.40 | REVIEW MERCER SAMPLES AND DRAFT MEMORANDUM TO D. SCHWARTZ AND K. MIDDLETON RE: COMMENTS ON SAME (.3); REVIEW AND RESPOND TO MEMORANDUM FROM J. LEAMY RE: SETOFF/RECOUPMENT RELATED TO STATE CLAIM IN 17TH OMNIBUS (.1). |
| EICHEL S | 09/10/06 | 0.20 | REVIEW EMAIL FROM J. LEAMY RE: CF SAUER CLAIMS INFORMATION (.1); DRAFT EMAIL TO J. LEAMY RE: CF SAUER CLAIMS (.1). |
| LEAMY JM | 09/10/06 | 5.00 | DRAFT 22ND CLAIM OBJECTION (5.0). |
| GRAY RW | 09/11/06 | 1.80 | REVIEW AND COMMENT ON 22ND OMNIBUS OBJECTION AND ORDER (.2); DRAFT MEMORANDA TO J. LEAMY RE: HANDLING OF INSURANCE CLAIMS PER S. FELD MEMORANDUM (.1); TELECONFERENCE WITH J. POST RE: LITIGATION CLAIM ISSUES/PLAN ISSUES (.2); REVIEW MEMORANDUM FROM J. POST RE: AUTO LIABILITY CLAIM ISSUES AND DRAFT MEMORANDUM TO S. HENRY RE: SAME (.1); REVIEW FURTHER MEMORANDUM FROM J. POST RE: LEGRAND CLAIM AND FORWARD TO S. HENRY (.1); EXCHANGE EMAILS WITH J. MCCONNELL AND K. MIDDLETON RE: REVISED SAMPLE CALCULATIONS (.1); REVIEW REVISED SAMPLE CALCULATIONS FROM MERCER (.2); DRAFT MEMORANDUM TO J. MCCONNELL RE: SAME (.1); REVIEW AND RESPOND TO MEMORANDUM FROM C. JACKSON RE: HARRISON COUNTY ISSUE (.1); TELECONFERENCE WITH K. LOGAN AND E. POLLACK RE: MSP CLAIMS (.1); REVIEW MEMORANDUM FROM E. POLLACK RE: S. EVANS CLAIM (.1); RESEARCH RE: S. EVANS CLAIM AND DRAFT MEMORANDUM TO L. RODRIGUEZ RE: SAME (.2); REVIEW TIMBROOK INDEMNITY/MSP CLAIM (.1); TELECONFERENCE WITH K. LOGAN RE: HANDLING OF SAME (.1). |
| EICHEL S | 09/11/06 | 0.10 | REVIEW EMAIL FROM J. LEAMY RE: CF SAUER CLAIM (.1). |

LEAMY JM          09/11/06        7.40    TELECONFERENCE H. BALL RE: MRS.
                                          STRATTONS SALAD (.3); ASCERTAIN STATUS
                                          OF BUEHLERS CLAIMS (.1); REVIEW M.
                                          LEHMAN LETTER AND ATTACHMENTS RE:
                                          CATAMOUNT CLAIMS (.2); TELECONFERENCE
                                          T. EVANS RE: WORKERS COMP CLAIM
                                          OBJECTION (.1); TELECONFERENCE E.
                                          POLLACK RE: 22ND OMNI (.3);
                                          TELECONFERENCE J. KNIGHT RE: 12388
                                          CLAIM OBJECTION (.1); TELECONFERENCE
                                          WITH D. WEDGE RE: SCANA ENERGY MARKETING
                                          (.2); TELECONFERENCE WITH W. MALFUCCI
                                          RE: OCEAN 505 CLAIM (.1);
                                          TELECONFERENCE WITH P. GRANITE RE:
                                          MASON SHOPPING CENTER (.3); EMAILS TO L.
                                          HACKEL AND K. NEIL RE: CLAIM 9560 (.2);
                                          EMAIL D. STERN RE: PHARMACARE HEALTH
                                          SERVICE (.1); EMAIL J. BRANNON RE: 20TH
                                          OMNIBUS (.1); EMAIL P. GRANICK RE: 20TH
                                          OMNIBUS (.1); EMAIL B. KICHLER RE: CF
                                          SAUER (.2); TELECONFERENCE WITH E.
                                          POLLACK RE: 22ND OMNI (.1);
                                          TELECONFERENCE WITH K. WARD RE: 16TH
                                          OMNI (.1); TELECONFERENCE WITH J.
                                          BRANNON RE: PMT PARTNERS (.3);
                                          TELECONFERENCE WITH E. POLLACK RE: MISC
                                          CLAIM MATTERS (.5); DRAFT 22ND OMNIBUS
                                          CLAIM OBJECTION (3.5); ANALYSIS RE:
                                          INSURANCE CLAIMS OBJECTIONS (.5).

RAVIN AS          09/11/06        0.10    REVIEW MT. CARMEL'S RESPONSE TO CLAIM
                                          OBJECTION (STORE 1705) (.1).

GRAY RW          09/12/06        2.70    REVIEW AND RESPOND TO MEMORANDUM FROM J.
                                         CASTLE RE: BUCK CONSULTANTS AND DRAFT
                                         MEMORANDUM TO SKADDEN TEAM RE: SAME
                                         (.1); REVIEW REPORT ON ADMIN, SECURED
                                         AND PRIORITY CLAIMS (.3); DRAFT
                                         MEMORANDUM TO J. CASTLE ET AL. RE: SAME
                                         (.1); EXCHANGE EMAILS WITH A. RAVIN AND
                                         J. LEAMY RE: FORM OF OBJECTIONS TO
                                         ADMINISTRATIVE CLAIM APPLICATIONS
                                         (.1); TELECONFERENCE WITH E. POLLACK
                                         RE: OPEN TAX CLAIM REPORT (.1); REVIEW
                                         AND COMMENT ON NOTICES FOR 22ND OMNIBUS
                                         (.2); REVIEW AND RESPOND TO MEMORANDUM
                                         FROM D. YOUNG RE: HOBART CLAIMS ON 22ND
                                         OMNIBUS OBJECTION  (.1); REVIEW AND
                                         COMMENT ON MEMORANDUM FROM J. POST TO M.
                                         COMERFORD RE: LITIGATION CLAIM
                                         SETTLEMENTS PENDING EFFECTIVE DATE
                                         (.1); EXCHANGE EMAILS WITH J. POST AND
                                         S. HENRY RE: AUTO LIABILITY CLAIM ISSUE
                                         (.1); REVIEW MOTION TO LIFT STAY FILED
                                         BY LITIGATION CLAIMANTS AND EXCHANGE
                                         EMAILS WITH J. POST RE: SAME (.1);
                                         REVIEW MEMORANDUM FROM J. MCCONNELL RE:
                                         CALCULATION AND DRAFT MEMORANDA TO
                                         MERCER AND COMPANY RE: SAME (.2);
                                         TELECONFERENCE WITH D. SCHWARTZ AND K.
                                         MIDDLETON RE: R. EHSTER CALCULATIONS
                                         AND TELECONFERENCE WITH SAME AND J.
                                         MCCONNELL RE: SAME (.3); DRAFT
                                         MEMORANDA TO L. APPEL ET AL. AND M. BARR
                                         RE: UPDATE ON EHSTER ISSUE (.2);
                                         TELECONFERENCE WITH L. RODRIGUEZ RE:
                                         PRIORITY CLAIM ISSUE (.1);
                                         TELECONFERENCE WITH K. LOGAN RE: RUN OF
                                         PRIORITY CLAIMS (.1); REVIEW REVISED
                                         DEATH BENEFIT LANGUAGE AND EXCHANGE
                                         EMAILS WITH K. MIDDLETON RE: SAME (.1);
                                         DRAFT MEMORANDUM TO J. CASTLE ET AL. RE:
                                         SHAREHOLDER/SECURITIES CLAIM OBJECTION
                                         (.2); REVIEW TAX CLAIM REPORT FROM LOGAN
                                         (.2).

EICHEL S         09/12/06        0.10    DRAFT EMAIL TO J. LEAMY RE: GE CONSUMER
                                         PRODUCTS CLAIM (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

LEAMY JM          09/12/06      8.00    CONFERENCE WITH J. CASTLE, J. LAMMERT,
                                        C. JACKSON RE: TAX CLAIMS (.4);
                                        TELECONFERENCE WITH E. POLLACK RE:
                                        ADMIN CLAIMS (.2); TELECONFERENCE WITH
                                        A. WULBERN RE: MECHANICS LIEN CLAM (.2);
                                        TELECONFERENCE WITH W. SIMKULAK RE:
                                        16TH OMNI (.2); TELECONFERENCE WITH T.
                                        MANTHY RE: 18TH CLAIM OBJECTION (.2);
                                        TELECONFERENCE WITH D. POLLACK RE: NEW
                                        PLAN (.2); TELECONFERENCE WITH V.
                                        ROLDAN RE: CLAIMS (.1); TELECONFERENCE
                                        WITH W. CHENAULT RE: L. BARRAN (.2);
                                        TELECONFERENCE WITH E. SCHUTENOVER RE:
                                        PACIFIC WORLD CLAIM (.3); REVIEW
                                        WOODLAND HARTFORD RESPONSE TO 17TH
                                        CLAIM OBJECTION AND EMAIL TO J. CASTLE
                                        RE: SAME (.4); TELECONFERENCE WITH D.
                                        POLLACK RE: CLAIM 10302 (.2); FINALIZE
                                        22ND OMNIBUS FOR FILING (2.5); REVIEW
                                        NOTICES FOR SERVICE ON CLAIMANTS (.5);
                                        ANALYSIS RE: RESPONSES TO 17TH OMNIBUS
                                        AND RESOLUTIONS TO SAME (2.0); REVIEW W.
                                        SIMKULAK EMAIL RE: PARTIAL TRANSFER OF
                                        CLAIM (.2); EMAIL B. ACTON RE: WORKERS
                                        COMP CLAIMS (.2).

GRAY RW          09/13/06          2.40   REVIEW AND RESPOND TO MEMORANDUM FROM J.
                                          MCCONNELL RE: R. EHSTER METHODOLOGY
                                          (.1); REVIEW AND RESPOND TO MEMORANDUM
                                          FROM D. SCHWARTZ RE: METHODOLOGY (.1);
                                          REVIEW AND RESPOND TO MEMORANDUM FROM L.
                                          RODRIGUEZ RE: L. MAY INQUIRY (.1);
                                          EXCHANGE EMAILS WITH D. SCHWARTZ AND K.
                                          MIDDLETON RE: IMPACT OF EHSTER
                                          METHODOLOGY ON CLAIM AMOUNTS (.1);
                                          REVIEW MEMORANDUM FROM K. MIDDLETON RE:
                                          IMPACT ON CLAIM AMOUNTS AND DRAFT
                                          MEMORANDA TO L. APPEL ET AL. AND M. BARR
                                          RE: METHODOLOGY AND FINANCIAL IMPACT
                                          (.2); PREPARE FOR TELECONFERENCE ON
                                          CLAIMS AND DRAFT MEMORANDUM TO J. CASTLE
                                          ET AL. WITH REPORTS FOR CALL (.1);
                                          CONFERENCE WITH J. CASTLE, D. YOUNG, K.
                                          LOGAN, C. JACKSON, J. LEAMY, ET AL. RE:
                                          OBJECTIONS TO ADMINISTRATIVE, PRIORITY
                                          AND SECURED CLAIMS (.9); REVIEW AND
                                          COMMENT ON LANGUAGE FOR OBJECTION TO
                                          REAL ESTATE ADMINISTRATIVE CLAIMS (.2);
                                          REVIEW AND RESPOND TO MEMORANDUM FROM A.
                                          RAVIN RE: STORE 740 CLAIM RESOLUTION
                                          (.1); DRAFT MEMORANDUM TO J. LEAMY AND
                                          A. RAVIN RE: HANDLING OF ADMINISTRATIVE
                                          CLAIM APPLICATIONS (.1); REVIEW
                                          PRIORITY CLAIM REPORT FOR MSP/SRP
                                          CLAIMS, EXCHANGE VOICEMAILS/EMAILS RE:
                                          L. RODRIGUEZ RE: SAME, AND DRAFT
                                          MEMORANDUM TO K. CROCKER RE: RESORT OF
                                          DATA (.1); REVIEW RESORTED PRIORITY
                                          CLAIM REPORT TO IDENTIFY ISSUES (.1);
                                          REVIEW UNLIQUIDATED CLAIM REPORTS FROM
                                          LOGAN (.2).

| | | | |
|---|---|---|---|
| LEAMY JM | 09/13/06 | 8.60 | TELECONFERENCE WITH M. HAUT RE: KPT COMMUNITIES (.1); ANALYSIS RE: INSURANCE CLAIMS (.4); TELECONFERENCE WITH J. BURNETT RE: REMKE MARKETS CLAIM (.1); TELECONFERENCE WITH D. HANSON RE: LA. TAX CLAIMS (.1); CONFERENCE WITH WINN-DIXIE, R. GRAY RE: OPEN ADMINISTRATIVE, SECURED AND PRIORITY CLAIMS (.9); EMAILS K. NEIL RE: STORE 2180 CLAIM (.2); TELECONFERENCE WITH K. LOGAN RE: 8903 AMENDED TRANSFER (.3); TELECONFERENCE WITH A. MCBREYER RE: TIGER CROSSING CLAIMS (.2); TELECONFERENCE WITH L. JACOBSON RE: MGM CLAIM (.1); REVIEW S. MILLER EMAIL RE: HP HOOD (.1); TELECONFERENCE WITH J. BOLTON RE: SARAN LTD (.1); TELECONFERENCE WITH W. SIMKULAK RE: PRINCIPAL CLAIM (.5); TELECONFERENCE WITH M. WESTBROOK RE: NORFAM CLAIM (.2); SEVERAL EMAILS D. POLLACK RE: 17TH OMNI (.3); ANALYSIS RE: SAME AND EMAIL TO J. CASTLE (.5); REVIEW RESPONSE FILED BY HOLDER OF CLAIM 10302 (.2); TELECONFERENCE WITH W. SIMKULAK RE: PRINCIPAL CLAIMS (.2); REVIEW AND REVISE PRINCIPAL PROPOSED LANGUAGE FOR CLAIM OBJECTION ORDER (.4); RESOLUTION OF ALL OUTSTANDING RESPONSES TO 17TH OMNIBUS OBJECTION (2.5); REVISE ORDER AND EXHIBITS FOR 17TH OMNIBUS AND CIRCULATE TO INTERESTED PARTIES PRIOR TO HEARING (1.2). |
| RAVIN AS | 09/13/06 | 0.30 | DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM L. MCDOWELL RE: CLAIMS OBJECTION RE: BROOKSHIRES (.1); TELECONFERENCE WITH K. LOGAN RE: MARKETPLACE ST. LUCIE CLAIM (.2). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW          09/14/06          2.40    REVIEW AND RESPOND TO MEMORANDUM FROM L.
                                           APPEL RE: EHSTER CALCULATION ISSUE
                                           (.1); EMAIL EXCHANGE WITH L. APPEL RE:
                                           SAME (.1); EMAIL EXCHANGE WITH T.
                                           WILLIAMS AND K. MIDDLETON RE: INCREASE
                                           ASSOCIATED WITH EHSTER METHODOLOGY
                                           (.1); DRAFT MEMORANDUM TO M. BARR RE:
                                           COMMITTEE POSITION ON CALCULATIONS AND
                                           REVIEW REPLY (.2); DRAFT MEMORANDA TO M.
                                           BARR AND D. SCHWARTZ RE:
                                           MEMORANDUM/TELECONFERENCE ISSUE (.1);
                                           TELECONFERENCE WITH D. SCHWARTZ RE:
                                           MEMORANDUM/TELECONFERENCE AND RE:
                                           DISCOUNT ISSUE (.2); TELECONFERENCE
                                           WITH J. MCCONNELL RE: ISSUES WITH EHSTER
                                           CALCULATION METHODOLOGY (.1); DRAFT
                                           MEMORANDUM TO L. APPEL, M. BARR, D.
                                           SCHWARTZ ET AL. RE: PROPOSED
                                           TELECONFERENCE WITH J. MCCONNELL AND
                                           GROUP (.2); DRAFT MEMORANDUM TO L. APPEL
                                           RE: COMMITTEE POSITION AND RE: DISCOUNT
                                           ISSUE RAISED BY D. SCHWARTZ (.3); REVIEW
                                           MEMORANDUM FROM L. APPEL RE: DISCOUNT
                                           ISSUE AND DRAFT MEMORANDUM TO D.
                                           SCHWARTZ RE: REVIEWING SAME IN NEW
                                           CALCULATIONS (.1); REVIEW MEMORANDUM
                                           FROM J. MCCONNELL RE: WRITING
                                           EXPLAINING CALCULATIONS AND EXCHANGE
                                           EMAILS WITH D. SCHWARTZ AND K. MIDDLETON
                                           RE: SAME (.1); EXCHANGE EMAILS WITH J.
                                           MCCONNELL AND L. APPEL ET AL. RE: FRIDAY
                                           TELECONFERENCE (.1); REVIEW AND RESPOND
                                           TO MEMORANDUM FROM L. APPEL RE: CLASS 15
                                           MEMBERS (.1); DRAFT MEMORANDUM TO K.
                                           LOGAN RE: SPECIAL BAR DATE FILINGS (.1);
                                           REVIEW AND RESPOND TO MEMORANDUM FROM J.
                                           LEAMY RE: LANGUAGE TO CURE OBJECTION TO
                                           20TH OMNIBUS (.1); REVIEW MEMORANDA
                                           FROM L. RODRIGUEZ AND T. WILLIAMS RE:
                                           TAX WITHHOLDING ISSUE (.1); REVIEW AND
                                           COMMENT ON ZURICH STIPULATION (.2);
                                           REVIEW AND RESPOND TO MEMORANDUM FROM A.
                                           RAVIN RE: GOODINGS CLAIM ALLOWANCE
                                           (.1).

| LEAMY JM | 09/14/06 | 6.50 | TELECONFERENCE WITH K. LOGAN RE: MAIN ST MKTPLACE CLAIM (.1); REVISIONS TO 17TH OMNIBUS ORDER FOR HEARING (.4); EMAIL K. WARD RE: CORRECTED CLAIMS ORDERS (.1); ANALYSIS RE: A. WILLIAMS REQUEST ON 20TH OBJECTION ORDER LANGUAGE (.4); REVIEW C. DOWLING EMAIL RE: MERRILL LYNCH CLAIMS (.1); REVIEW J. STEWART LETTER RE: J. EDWARDS CLAIM (.1); TELECONFERENCE WITH J. VINCEQUORA RE: BRYANT DVLPT CLAIM (.2); TELECONFERENCE WITH E. HERN RE: SE UNLOADING (.1); EMAIL B. GASTON RE: 22ND OMNIBUS (.2); EMAIL T. WUERTZ RE: ROSS CLAIM (.1); EMAILS D. YOUNG RE: PACIFIC WORLD AND PEPSI (.1); TELECONFERENCE WITH A. GUON RE: WATKINS INVSTS CLAIM (.2); TELECONFERENCE WITH W. MOSKOWITZ RE: BEAUTY BEAT (.2); TELECONFERENCE WITH S. MILLER RE: HP HOOD CLAIM (.2); TELECONFERENCE WITH . BEACH RE: WORKERS COMP CLAIM (.2); EMAIL K. LOVERICH RE: SAME (.1); TELECONFERENCE WITH E. ROSENBLATT RE: NATL SALES SERVICE CLAIM (.2); REVIEW J. BOYLES LETTER RE: STORE 1023 CLAIM (.2); RESEARCH CLAIMS AND EMAIL A. SHULKIN RE: LNR CLAIMS (.4); DRAFT DEL MONTE DRAFT AGREEMENT (2.9). |
|---|---|---|---|
| RAVIN AS | 09/14/06 | 0.40 | TELECONFERENCE WITH K. LOGAN RE: V. ROLDAN QUESTION RE: CLAIM (.1); DRAFT CORRESPONDENCE TO V. ROLDAN RE: SAME (.2); TELECONFERENCE WITH S. EVERETT RE: FRANKFORD DALLAS CLAIM (.1). |
| GRAY RW | 09/15/06 | 2.50 | PREPARE FOR TAX CALL WITH REVIEW OF OPEN CLAIMS (.2); CONFERENCE WITH J. CASTLE, K. LOGAN, C. JACKSON (FOR PART), J. LEAMY, R. TANSI, A. BARAGONA AND J. LAMMERT RE: STATUS AND STRATEGY FOR OPEN TAX CLAIMS (1.0); REVIEW PRESENT VALUE EXAMPLE FROM MERCER AND CIRCULATE IN ADVANCE OF CALL (.2); CONTINUE DRAFTING ON MSP/SRP OBJECTION (.3); TELECONFERENCE WITH J. CASTLE RE: B. NUSSBAUM CONTINGENT CASH CLAIM AND DRAFT MEMORANDUM TO K. LOGAN RE: SAME (.1); DRAFT MEMORANDUM TO J. CASTLE ET AL. RE: STATUS OF APPLICATIONS AND PLANS TO RESOLVE (.4); REVIEW REPORT FROM LOGAN RE: CLAIMS FILED BY 9/12 SPECIAL BAR DATE (.1); REVIEW DEL MONTE STIPULATION (.2). |

| | | | |
|---|---|---|---|
| LEAMY JM | 09/15/06 | 7.90 | CONFERENCE WITH J. CASTLE, R. TANSI, A. BARONA, C. JACKSON, K. LOGAN AND R. GRAY RE: TAX CLAIMS (1.0); ANALYSIS RE: HC PLUNKETT CLAIM (.2); EMAIL E POLLACK RE: IBM, 17TH OMNI ORDERS (.1); TELECONFERENCE WITH E. OCARROLL RE: LEASE TERMINATION GUARANTY CLAIM (.1); REVIEW FLORIDA CRYSTALS RESPONSE TO 18TH OMNIBUS OBJECTION AND EMAIL TO J. CASTLE RE: SAME (.4); REVIEW MMMM MOTION TO ALLOW CLAIM (.2); TELECONFERENCE WITH J. JASENSKY RE: KRAFT STIPULATION (.1); DRAFT EMAIL TO J. CASTLE RE: SERVICE FORCE (.2); REVIEW S. EVERETT EMAIL RE: FRANKFORD DALLAS (.1); TELECONFERENCE WITH S. EVERETT RE: FRANKFORD DALLAS (.2); TELECONFERENCE WITH S. WILLIAMS RE: OHIO CASUALTY AND 5TH OMNIBUS (.2); REVIEW AND ANALYSIS RE: OUTSTANDING ADMINISTRATIVE CLAIMS (.5); EMAIL J. LAMMERT RE: JEFFERSON COUNTY CLAIM (.1); TELECONFERENCE WITH T. SILBERNAGEL RE: WORKERS COMP CLAIM (.1); TELECONFERENCE WITH T. DEW RE: NC SELF INSURED ASSOC FUND CLAIM (.2); ANALYSIS RE: NC CLAIM (.3); TELECONFERENCE WITH A MCBREYER RE: TIGER CROSSING LEASE CLAIMS (.2); TELECONFERENCE WITH K. BARNHART RE: GEM NICKERSON (.2); TELECONFERENCE WITH E. POLLACK RE: 23RD OMNI (.2); TELECONFERENCE WITH C. O'MALLEY RE: KRISPY KREME (.1); EMAILS J. KREHER, K. LOGAN RE: SAME (.3); TELECONFERENCE WITH J. BOYLES RE: PICKENS NALLEY (.2); EMAIL B. CROSSMAN RE: DEAN FOODS CLAIM (.2); ANALYSIS RE: REAL ESTATE CLAIMS READY FOR OBJECTION (1.0); ANALYSIS RE: 23RD OMNIBUS POTENTIAL CLAIMS AND UNLIQUIDATED CLAIMS REPORT (1.5). |
| GRAY RW | 09/17/06 | 1.00 | REVIEW AND RESPOND TO MEMORANDUM FROM E. POLLACK RE: TREATMENT OF INDEMNITY CLAIMS (.1); REVIEW EXHIBIT FOR OBJECTION TO INDEMNITY CLAIMS AND DRAFT MEMORANDUM TO J. LEAMY AND E. POLLACK RE: SAME (.1); DRAFT MEMORANDUM TO K. LOGAN RE: HANDLING OF MSP/SRP CLAIMANTS WHO DID NOT FILE PROOF OF CLAIM (.1); EXCHANGE EMAILS WITH S. BUSEY RE: FILING OF OBJECTIONS TO SECURITIES FRAUD CLAIMS (.1); REVIEW MSP OBJECTIONS (.6). |

29

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| LEAMY JM | 09/17/06 | 3.80 | INDEMNIFICATION CLAIMS OBJECTION ANALYSIS (.9); EMAIL E. POLLACK RE: ASSUMED CONTRACT CLAIMS (.2); DRAFT CSX ORDER (.5); PREPARE CORRECTED ORDERS FOR 15TH AND 16TH OMNIBUS (.6); EMAIL D. BRYANT RE: DEL MONTE (.2); DRAFT RIVERDALE FARMS ORDER (.5); REVIEW RESPONSE OF B. BREWER TO CLAIM OBJECTION (.2); EMAIL E. POLLACK RE: CORRECTED EXHIBITS FOR 15TH AND 16TH CLAIM OBJECTIONS (.1); ANALYSIS RE: 23RD OMNIBUS OBJECTION (.5); ANALYSIS RE: OBJECTION TO EQUITY CLAIMS (.1). |
| RAVIN AS | 09/17/06 | 0.10 | REVIEW MEMORANDUM FROM J. LEAMY RE: WINN-DIXIE / FRANKFORD-DALLAS PROPOSED LANGUAGE FOR CLAIM OBJECTION ORDER (.1). |
| TURETSKY DM | 09/17/06 | 4.40 | FURTHER REVISE MEMORANDUM/ANALYSIS RE: DISPOSITION OF CLAIMS LINKED TO EXECUTORY CONTRACTS (4.4). |
| FELD SR | 09/18/06 | 1.70 | ANALYZE INSURANCE RELATED CLAIMS (1.7). |
| GRAY RW | 09/18/06 | 0.70 | REVIEW KONICA LETTER AND ADMINISTRATIVE CLAIM AND DRAFT MEMORANDUM TO J. CASTLE ET AL. RE: SAME (.2); EXCHANGE VOICEMAILS WITH K. JONES OF ROANOKE RE: TAX CLAIM AND EXCHANGE EMAILS WITH C. JACKSON AND C. GILBERT RE: SAME (.1); TELECONFERENCES WITH K. MIDDLETON AND D. SCHWARTZ RE: MSP STATUS (.1); DRAFT MEMORANDUM TO L. RODRIGUEZ RE: CALVERT ISSUE AND DRAFT MEMORANDUM TO K. LOGAN RE: STATUS (.1); TELECONFERENCE WITH K. LOGAN AND VOICEMAIL TO K. MIDDLETON RE: FORMAT FOR MSP AMOUNTS (.1); TELECONFERENCES WITH J. POST RE: AUTO LIABILITY AND SETTLEMENT PROCEDURES ORDER (.1). |

LEAMY JM         09/18/06      6.70   TELECONFERENCE WITH G. TARR RE: FLORIDA
                                      CRYSTALS RESPONSE TO 18TH CLAIM
                                      OBJECTION (.3); TELECONFERENCE WITH M.
                                      NIMS RE: LANDLORD CLAIM (.1);
                                      TELECONFERENCE WITH K. ALLEMAN RE:
                                      ACADIANA BOTTLING (.1); TELECONFERENCE
                                      WITH T. DEW RE: NC SELF INSURERS
                                      GUARANTY ASSOC CLAIM (.2);
                                      TELECONFERENCE WITH S. EVERETT RE:
                                      FRANKFORD DALLAS CLAIM OBJECTION (.3);
                                      DRAFT LANGUAGE TO RESOLVE FRANKFORD
                                      DALLAS OBJECTION (.4); TELECONFERENCE
                                      WITH D. DARE RE: MMM MOTION TO ALLOW
                                      CLAIM (.2); DRAFT 15TH AND 16TH
                                      CORRECTED ORDERS FOR A. SCHULKIN CLAIMS
                                      (.8); REVIEW B. BREWER LETTER RESPONSE
                                      TO 19TH CLAIM OBJECTION AND DRAFT LETTER
                                      TO B. BREWER (.5); ANALYSIS AND IDENTIFY
                                      ACTION ITEMS FOR RESOLUTION OF ALL
                                      ADJOURNED CLAIM OBJECTIONS WHERE 3018
                                      MOTION FILED (2.5); REVIEW B. KICHLER
                                      EMAIL RE: DEL MONTE (.1); REVIEW A.
                                      ROSENBLATT EMAIL RE: NATL SALES SERVICE
                                      CLAIM (.2); RESEARCH AND RESPOND TO A.
                                      SHULKIN INQUIRY RE: MULTIPLE LANDLORD
                                      CLAIMS STATUS (.5); EMAIL J. KREHER RE:
                                      KRISPY KREME (.1); EMAIL K. BARNHART RE:
                                      GEM NICKERSON (.1); EMAIL T. MIMMS RE:
                                      BARRETT CROSSING CLAIM (.2); EMAILS T.
                                      WUERTZ RE: BRACHS (.1).

TURETSKY DM      09/18/06      2.10   FURTHER REVISE MEMORANDUM/ANALYSIS RE:
                                      DISPOSITION OF CLAIMS LINKED TO
                                      EXECUTORY CONTRACTS (1.7); E-MAIL TO K.
                                      LOGAN, E. POLLACK, J. EDMONSON, J.
                                      JAMES, B. KICHLER RE: CLAIMS RELATED TO
                                      ASSUMED EXECUTORY CONTRACTS (.4).

GRAY RW          09/19/06      0.70   EXCHANGE EMAILS WITH E. POLLACK AND R.
                                      MARLOWE RE: WITHDRAWAL OF IBM PROOF OF
                                      CLAIM (.1); TELECONFERENCE WITH K.
                                      MIDDLETON RE: STATUS OF MERCER WORK ON
                                      MSPS (.1); REVIEW MEMORANDA FROM K.
                                      MIDDLETON AND EXCHANGE EMAILS WITH K.
                                      LOGAN RE: SAME (.1); REVIEW TAX FILE
                                      FROM K. LOGAN RE: OPEN ISSUES (.1);
                                      REVIEW MEMORANDUM FROM J. CASTLE RE: PRE
                                      V POST DEDUCTIONS (.1); DRAFT
                                      MEMORANDUM TO J. CASTLE RE: SAME (.2).

EICHEL S         09/19/06      0.30   REVIEW EMAIL FROM J. LEAMY RE: CF SAUER
                                      AGREEMENT (.1); REVIEW T. WUERTZ'S
                                      EMAIL RE: STATUS OF MGM CLAIM (.1);
                                      REVIEW EMAIL FROM M. RICHARDS RE: STATUS
                                      OF MGM CLAIM (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

LEAMY JM         09/19/06      6.50   TELECONFERENCE WITH E. POLLACK RE: 23RD
                                      OMNI (.2); TELECONFERENCE WITH E. CHOU
                                      RE: KELLOGG (.2); EMAILS B. GASTON RE:
                                      J. BOYLES CLAIMS, GEM NICKERSON CLAIMS
                                      (.3); EMAIL E. OCARROLL RE: WATKINS
                                      CLAIM (.2); EMAIL E GUNN RE: CSX (.1);
                                      ANALYSIS RE: CSX STIPULATION (.3);
                                      REVIEW XEROX CLAIMS (.3);
                                      TELECONFERENCE WITH H. SHERBAUM RE:
                                      WORKERS COMP CLAIM (.2); DRAFT
                                      WITHDRAWAL OF PROJECT ASSTS MOTION AND
                                      EMAIL R. DEHNEY RE: SAME (.3); ANALYSIS
                                      RE: BOISE CASCADE CLAIM (.2);
                                      TELECONFERENCE WITH L. JACOBSEN RE: MGM
                                      CLAIM (.1); REVIEW OPEN CLAIM LIST
                                      (1.3); TELECONFERENCE WITH E. POLLACK
                                      RE: 23RD OMNI (1.0); REVIEW J. BOYLES
                                      LETTER RE: PICKENS CLAIMS (.2);
                                      ANALYSIS RE: FLORIDA CRYSTALS REQUEST
                                      ON 18TH OMNI ORDER (.3); RESEARCH RE:
                                      BIRMINGHAM REALTY CLAIMS (.2); ANALYSIS
                                      RE: CLAIM 12251 (.4); ANALYSIS RE: DIAL
                                      CLAIMS OBJECTION (.4); EMAILS M.
                                      WESTBROOK RE: 20TH OMNIBUS (.3).

RAVIN AS         09/19/06      0.10   REVIEW CORRESPONDENCE FROM S. EVERETT
                                      RE: FRANKFORD DALLAS CLAIM, REVIEW
                                      MEMORANDUM FROM J. LEAMY RE: SAME (.1).

TURETSKY DM      09/19/06      0.30   TELECONFERENCE WITH J. HOROWITZ RE:
                                      PRO-ACTIVE JANITORIAL CLAIM (.3).

GRAY RW          09/20/06      2.70   TELECONFERENCE WITH K. LOGAN RE: TAX
                                      CLAIM ISSUES (.1); DRAFT MEMORANDUM TO
                                      C. JACKSON RE: TAX CLAIM OBJECTION
                                      ISSUES (.1); REVIEW MEMORANDA FROM S.
                                      BUSEY ET AL. RE: DIAL CLAIMS AND DRAFT
                                      RESPONSE RE: PENDING COLLECTION ACTIONS
                                      (.1); REVIEW AND RESPOND TO MEMORANDA
                                      FROM R. MARLOWE RE: IBM CLAIM WITHDRAWAL
                                      (.1); DRAFT MEMORANDUM TO C. JACKSON RE:
                                      OBJECTION TO LANDLORD CLAIMS (.1);
                                      REVIEW AND RESPOND TO MEMORANDUM FROM J.
                                      LEAMY RE: CATAMOUNT RECONCILIATION
                                      STATUS (.1); REVIEW DRAFT OF MSP/SRP
                                      OBJECTION (1.9); REVIEW MEDIATION
                                      STATEMENT AND EXCHANGE EMAILS WITH J.
                                      POST RE: COMMENTS (.2).

EICHEL S         09/20/06      0.10   REVIEW EMAIL FROM J. LEAMY RE: PEPSI'S
                                      CLAIMS (.1).

| | | | |
|---|---|---|---|
| LEAMY JM | 09/20/06 | 4.20 | REVIEW LETTER FROM RE: C. MYATT RE: JEFFERSON PILOT CLAIM OBJECTION (.1); TELECONFERENCE WITH P. STAFFNEY RE: CITY OF PERRY CLAIM (.1); TELECONFERENCE WITH D. RICHARDS RE: RELIANCE CLAIMS (.1); TELECONFERENCE WITH D. DEAL RE: WORKERS COMP CLAIM (.2); TELECONFERENCE WITH K. WARD RE: 5TH OMNI OBJECTION (.1); TELECONFERENCE WITH E. POLLACK RE: 18TH OMNI ORDER (.2); TELECONFERENCE WITH J. CRAWFORD RE: PLUNKETT CLAIM (.2); TELECONFERENCE WITH K. GWYNNE RE: DEL MONTE (.2); REVISE 18TH OMNIBUS ORDER FOR HEARING (.5); ANALYSIS RE: INSURANCE CLAIMS OBJECTIONS (.5); REVIEW AND REVISE PROPOSED EXHIBITS FOR 23RD OMNI OBJECTION (2.0). |
| TURETSKY DM | 09/20/06 | 0.50 | FURTHER RESEARCH AND ANALYSIS RE: DISPOSITION OF CLAIMS BELONGING TO CLAIMANTS OWING MONEY TO WINN-DIXIE (.5). |
| FELD SR | 09/21/06 | 0.20 | REVIEW BASIS FOR OBJECTIONS TO INSURANCE CLAIMS (.2). |
| GRAY RW | 09/21/06 | 1.40 | REVIEW AND RESPOND TO MEMORANDUM FROM L. RODRIGUEZ RE: MSP ISSUES (.1); CONFERENCE WITH D. SCHWARTZ, L. RODRIGUEZ AND K. MIDDLETON RE: MSP DEATH BENEFIT ISSUES (.6); REVIEW PROPOSED EXHIBITS FOR 23RD OMNIBUS OBJECTION (.6); EXCHANGE EMAILS WITH R. MARLOWE RE: IBM CLAIM WITHDRAWAL LOGISTICS (.1). |

| | | | |
|---|---|---|---|
| LEAMY JM | 09/21/06 | 6.40 | TELECONFERENCE WITH L. BERBERT RE: 20TH CLAIM OBJECTION (.1); TELECONFERENCE WITH W. CHENAULT RE: L. BARRAN CLAIM (.1); TELECONFERENCE WITH E. POLLACK RE: 23RD OMNI (.2); REVIEW 23RD OMNI EXHIBITS (1.0); EMAIL T. WUERTZ RE: REVLON (.1); EMAIL J. JONKER RE: GORTONS (.1); TELECONFERENCE WITH V. KRISH RE: SCOTT GROSS CLAIM (.2); TELECONFERENCE WITH E. POLLACK RE: 23RD OMNI (.1); TELECONFERENCE WITH A. WEIS RE: INGRAM ENT. (.2); TELECONFERENCE WITH R. COX AND S. EICHEL RE: SMITHFIELD CLAIM (.2); TELECONFERENCE WITH M. ANGELO RE: WORKERS COMP CLAIM (.2); TELECONFERENCE WITH J. CRAWFORD RE: PLUNKETT ESTATE CLAIM (.1); TELECONFERENCE WITH J. WINSLOW RE: SARA LEE (.2); TELECONFERENCE WITH G. DONLION RE: PINNACLE (.2); TELECONFERENCE WITH A. LIU RE: BUMBLE BEE, SOUTHERN WINE (.3); TELECONFERENCE WITH M. WESTBROOK RE: LANDLORD CLAIMS (.2); ANALYSIS RE: SERVICE FORCE USA SETTLEMENT (.4); REVIEW AND ANALYSIS RE: POTENTIAL CLAIMS SUBJECT TO 23RD OMNIBUS OBJECTION (2.5). |
| TURETSKY DM | 09/21/06 | 0.40 | TELECONFERENCES WITH J. YOUNG AND B. KICHLER (PARTIAL) RE: ARAMARK CLAIM (.4). |
| BAKER DJ | 09/22/06 | 0.30 | FORWARD CLAIM OBJECTION RESPONSES TO J. LEAMY (.2); FORWARD PERSONAL INJURY CLAIM OBJECTION RESPONSE TO J. POST (.1). |

GRAY RW          09/22/06          2.30     REVIEW AND RESPOND TO MEMORANDUM FROM J.
                                            POST RE: LITIGATION SETTLEMENT
                                            PROVISION FOR ORDER OR PROTOCOLS (.1);
                                            CONFERENCE WITH J. CASTLE AND TAX GROUP
                                            RE: OPEN TAX ISSUES (.3); REVIEW AND
                                            REVISE OBJECTION AND MOTION TO LEASE
                                            CLAIMS (.4); REVIEW REVISED VERSION AND
                                            PROVIDE FURTHER COMMENTS (.3);
                                            TELECONFERENCE WITH B. CROCKER RE:
                                            MERCER DATA AND DRAFT MEMORANDUM TO K.
                                            MIDDLETON RE: SAME (.1); REVIEW AND
                                            COMMENT ON FLORIDA TAX ABSTENTION
                                            RESPONSE (.4); REVIEW AND RESPOND TO
                                            MEMORANDUM FROM J. LEAMY RE: WACHOVIA
                                            ISSUE ON CLAIM OBJECTION (.1); REVIEW
                                            MEMORANDUM FROM S. REISNER RE: DEATH
                                            BENEFIT ISSUE ON MSP CLAIMS AND DRAFT
                                            RESPONSE (.1); REVIEW AND COMMENT ON
                                            DELMONTE STIPULATION CHANGES (.1);
                                            DRAFT MEMORANDUM TO J. CASTLE RE:
                                            SPENCER STUART CLAIM AND REVIEW REPLY
                                            (.1); REVIEW INDEMNIFICATION EXHIBIT
                                            AND DRAFT MEMORANDUM TO J. LEAMRY RE:
                                            COMMENTS (.2); DRAFT MEMORANDUM TO L.
                                            APPEL AND J. CASTLE RE: OBJECTION TO
                                            INDEMNITY CLAIMS (.1).

LEAMY JM         09/22/06          6.40     EMAIL J. JAMES RE: AIG CLAIM (.1);
                                            ANALYSIS RE: SMITHFIELD CLAIM
                                            RESOLUTION (.2); ANALYSIS RE: L. BARRAN
                                            CLAIM AND TELECONFERENCE WITH W.
                                            CHENAULT RE: SAME (.5); TELECONFERENCE
                                            WITH E. RUFF RE: PEPSI (.1);
                                            TELECONFERENCE WITH H. BROADFOOT RE: GA
                                            SELF INSURANCE ASSOCIATION (.2);
                                            TELECONFERENCE WITH B. GASTON RE: OCEAN
                                            505 (.2); TELECONFERENCE WITH W.
                                            CHENAULT RE: L. BARRAN CLAIM (.3);
                                            TELECONFERENCE WITH E. OCARROLL RE:
                                            SAME (.2); REVIEW EMAIL FROM A. TENZER
                                            AND TELECONFERENCE WITH A. TENZER RE:
                                            WACHOVIA CLAIMS (.3); TELECONFERENCE
                                            WITH J. CRAWFORD RE: PLUNKETT ESTATE
                                            (.2); EMAIL J. ROY RE: M&M MARS (.1);
                                            TELECONFERENCE WITH J. CASTLE AND J. ROY
                                            RE: M&M MARS (.2); EMAIL R. DEHNEY RE:
                                            PROJECT ASSISTANTS CLAIM (.1); EMAIL L.
                                            BERBERT RE: CENTRE STAGE CLAIM (.1);
                                            REVIEW K. GWYNNE CHANGES TO DEL MONTE
                                            STIPULATION (.2); EMAIL W. SIMKULAK RE:
                                            CLAIM 13291 (.1); EMAIL S. MILLER RE: HP
                                            HOOD (.1); TELECONFERENCE WITH W.
                                            MALFUCCI AND B. GASTON RE: OCEAN 505
                                            (.2); DRAFT 23RD OMNIBUS OBJECTION
                                            (3.0).

LEAMY JM         09/24/06          6.70     DRAFT 23RD OMNIBUS CLAIM OBJECTION
                                            (6.7).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW          09/25/06     0.80   REVIEW AND COMMENT ON 23RD OMNIBUS
                                     OBJECTION AND ORDER (.4); REVIEW
                                     ADDITIONAL LANGUAGE FOR 23RD OMNIBUS
                                     RE: INDEMNITY CLAIMS (.1); REVIEW AND
                                     RESPOND TO MEMORANDUM FROM L. APPEL RE:
                                     LETTER TO ACCOMPANY OBJECTION TO
                                     INDEMNITY CLAIMS (.1); EXCHANGE EMAILS
                                     WITH J. LEAMY RE: LETTER AND APPROVE
                                     LANGUAGE FOR SAME (.1); REVIEW AND
                                     RESPOND TO MEMORANDUM FROM L. APPEL RE:
                                     CONTINGENT CASH CLAIMS (.1).

LEAMY JM         09/25/06     9.10   DRAFT AND FINALIZE 23RD OMNIBUS
                                     OBJECTION AND EXHIBITS FOR FILING
                                     (4.0); FINALIZE AND COORDINATE L. APPEL
                                     LETTER TO INDEMNIFICATION CLAIMANTS
                                     (1.0); TELECONFERENCE WITH L. THOMPSON
                                     RE: INDIAN TRAIL SQUARE (.2);
                                     TELECONFERENCE WITH S. BRYANT RE:
                                     RIVIANA FOODS (.2); TELECONFERENCE WITH
                                     C. WADE RE: TRENT INVESTMENTS (.2);
                                     TELECONFERENCE WITH D. RICHARDS RE:
                                     RELIANCE INSURANCE CLAIM (.2); REVIEW
                                     J. STEWART LETTER RE: J. EDWARDS CLAIM
                                     (.1); REVIEW AND ANALYSIS OF 19TH
                                     OMNIBUS OBJECTION RESPONSES (2.5);
                                     EMAIL S. SMITH RE: PEPSI (.1); EMAIL N.
                                     BURNHAM RE: CHECKPOINT (.2); EMAIL A.
                                     KAUFMAN RE: OHIO BWC CLAIM (.1); EMAIL
                                     B. FUNDERBURK RE: SC CLAIM (.1); EMAILS
                                     S. EVERETT RE: FRANKFORD DALLAS CLAIM
                                     (.2).

RAVIN AS         09/25/06     0.10   REVIEW PROOF OF CLAIM FILED BY C.
                                     CARPENTER, DRAFT CORRESPONDENCE TO K.
                                     LOGAN RE: SAME (.1).

GRAY RW          09/26/06     1.50   CONFERENCE WITH J. CASTLE AND CLAIM
                                     TEAMS AT COMPANY, LOGAN, SKADDEN, SMITH
                                     HULSEY AND XROADS RE: CLAIMS OBJECTION
                                     STATUS (.8); TELECONFERENCE WITH K.
                                     LOGAN, INCLUDING K. MIDDLETON FOR PART,
                                     RE: MSP/SRP OBJECTION DATA (.5);
                                     FURTHER TELECONFERENCE WITH K.
                                     MIDDLETON RE: DEATH BENEFIT PAYMENTS
                                     (.1); REVIEW EMAIL FROM AND LEAVE FOR
                                     VOICEMAIL FOR J. LEAMY RE: NEXT ROUND OF
                                     OMNIBUS CLAIMS OBJECTIONS (.1).

EICHEL S         09/26/06     0.30   REVIEW EMAIL FROM J. LEAMY RE: SARA LEE
                                     CLAIM (.1); REVIEW EMAIL FROM D. PRESTON
                                     RE: OBJECTION TO RUSSELL STOVER CLAIM
                                     (.1); DRAFT EMAIL TO J. LEAMY RE: EFFECT
                                     OF RUSSELL STOVER SETTLEMENT ON
                                     OBJECTION TO RUSSELL STOVER CLAIM (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

LEAMY JM          09/26/06        8.10   CONFERENCE WITH J. CASTLE, R TANSI, J
                                         LAMMERT, C. JACKSON, E POLLACK RE: TAX
                                         CLAIMS (.5); REVIEW STATUS OF OPEN
                                         CLAIMS (.5); CONFERENCE WITH J. CASTLE,
                                         E. POLLACK, R. GRAY AND XROADS AND
                                         WINN-DIXIE CLAIMS TEAMS RE: OPEN CLAIMS
                                         (.8); REVIEW AND REVISE XEROX
                                         STIPULATION (.5); TELECONFERENCE WITH
                                         C. JOHNSON RE: BROWN BOTTLING (.1);
                                         TELECONFERENCE WITH C. PETERSON RE:
                                         HOBART CLAIM (.1); TELECONFERENCE WITH
                                         M. RODGERS RE: VOGEL AND VOGEL CLAIM
                                         (.2); TELECONFERENCE WITH J. CASTLE RE:
                                         CLAIM 7310 (.1); REVIEW 19TH CLAIM
                                         OBJECTION RESPONSES (2.5); EMAILS TO
                                         TEAMS 1, 2, 18 AND 21 RE: SAME (.5);
                                         ANALYSIS RE: JEFFERSON COUNTY
                                         ADMINISTRATIVE CLAIM (.2); EMAILS B.
                                         BOWDEN RE: DOMINO FOODS (.1); EMAILS A.
                                         SCHULKIN RE: LNR CLAIMS (.2); ANALYSIS
                                         RE: GREAT AMERICAN INSURANCE CLAIMS
                                         (.4); ANALYSIS RE: BUEHLERS CLAIMS
                                         (.3); EMAILS S. BRYANT RE: RIVIANA FOODS
                                         (.2); REVIEW KRAFT STIPULATION STATUS
                                         (.1); ANALYSIS RE: UPCOMING CLAIM
                                         OBJECTIONS (.8).

TURETSKY DM       09/26/06        3.70   ADDITIONAL RESEARCH AND ANALYSIS RE:
                                         CLAIMS RELATED TO EXECUTORY CONTRACTS
                                         BEING ASSUMED (3.7).

FELD SR           09/27/06        0.30   ANALYZE RESPONSE OF N.C. SELF INSURANCE
                                         GUARANTY FUND TO CLAIM OBJECTIONS (.3).

GRAY RW           09/27/06        0.10   REVIEW MEMORANDUM FROM J. LEAMY AND
                                         PROPOSED LETTERS TO WORKERS COMP
                                         OBJECTORS AND PROVIDE COMMENTS (.1).

EICHEL S          09/27/06        0.10   TELECONFERENCE WITH D. PRESTON RE:
                                         OBJECTION TO RUSSELL STOVER CLAIM (.1).

| | | | |
|---|---|---|---|
| LEAMY JM | 09/27/06 | 8.80 | TELECONFERENCE WITH B GASTON RE: GECC (.2); TELECONFERENCE WITH E. OCARROLL RE: LEASE REJECTION CLAIMS (.3); TELECONFERENCE WITH M. NORTON RE: WORKERS COMPENSATION CLAIM (.2); TELECONFERENCE WITH B. PURCELL RE: PURCELL INTL CLAIM (.1); REJECTION DAMAGES REVIEW FOR CLAIM 13291 (.6); TELECONFERENCE WITH R. COX RE: 7595 CENTURION PKWY CLAIM (.2); TELECONFERENCE WITH T. DEW RE: NC CLAIM (.2); TELECONFERENCE WITH J. KELLEHER RE: SCUNCI CLAIM (.1); EMAILS B. KICHLER RE: DEL MONTE, SARA LEE (.2); EMAIL N. BURNHAM RE: CHECKPOINT (.1); REVIEW SARAN RESPONSE TO 20TH CLAIM OBJECTION (.1); TELECONFERENCE WITH D. MADDOX RE: CLAIM NO. 2065 (.2); TELECONFERENCE WITH W. SIMKULAK RE: PRINCIPAL CLAIMS (.2); TELECONFERENCE WITH L. JACOBSON RE: MGM (.1); TELECONFERENCE WITH B. GASTON RE: REAL ESTATE CLAIMS (.4); ANALYSIS RE: WORKERS COMP CLAIM RESPONSES (1.0); EMAILS TO WINN-DIXIE RE: SAME (.5); DRAFT LETTER TO B. BREWER RE: SAME (1.0); REVIEW 20TH OMNIBUS OBJECTION RESPONSES (1.0); TELECONFERENCE WITH S RUCKER RE: CCE CLAIMS (.1); ANALYSIS RE: NC CLAIM (.9); EMAILS J. KELLEHER RE: SCUNCI CLAIM (.2); EMAIL C. FOX RE: WYETH CLAIM (.1); EMAILS T. DEW RE: NC CLAIM (.2); ANALYSIS OF VA MILK COMMISSION CLAIM AND EMAIL TO WINN-DIXIE RE: SAME (.4); REVIEW AND COMMENT ON REXALL ORDER (.2). |
| RAVIN AS | 09/27/06 | 0.10 | REVIEW MEMORANDUM FROM J. LEAMY RE: VA STATE MILK COMMISSION CLAIM, REVIEW CORRESPONDENCE FROM D. YOUNG RE: SAME (.1). |
| FELD SR | 09/28/06 | 0.40 | ANALYZE RESPONSE TO CLAIM OBJECTION OF OHIO BUREAU OF W.C. (.4). |
| GRAY RW | 09/28/06 | 1.10 | CONFERENCE WITH J. CASTLE, K. LOVERICH, J. POST AND K. LOGAN RE: MEDICARE DISTRIBUTION LIEN ISSUES (.6); EXCHANGE EMAILS WITH J. LEAMY RE: CCE SETTLEMENT (.1); REVIEW MEMORANDUM FROM K. DAW AND LETTER FROM GLIMCHER AND DRAFT MEMORANDUM TO A. RAVIN RE: ISSUES (.2); REVIEW AND RESPOND TO MEMORANDA FROM J. LEAMY RE: OBJECTIONS TO 20TH OMNIBUS OBJECTION (.1); REVIEW MEMORANDA FROM J. CASTLE ET AL RE: RESOLUTION OF DIAL DISPUTE AND EXCHANGE EMAILS WITH J. LEAMY RE: DOCUMENTING (.1). |

| LEAMY JM | 09/28/06 | 8.00 | TELECONFERENCE WITH V. DAMIAN RE: BEN TOBIN CLAIM OBJECTION (.2); TELECONFERENCE WITH K. WARD RE: SIOUX HONEY (.1); TELECONFERENCE WITH H. JONES RE: REXALL (.1); TELECONFERENCE WITH A. HATCH RE: TABAN (.2); REVIEW OHIO RESPONSE TO 22ND CLAIM OBJECTION (.1); TELECONFERENCE WITH B. KICHLER RE: CF SAUER (.1); TELECONFERENCE WITH A. WEISS RE: INGRAM ENTERTAINMENT (.2); TELECONFERENCE WITH K. LOVERICH RE: WORKERS COMP CLAIMS (.2); TELECONFERENCE WITH D. DICKENS RE: GARDEN CITY (.2); TELECONFERENCE WITH S. EICHEL AND HARRY JONES RE: REXALL (.5); TELECONFERENCE WITH J. CASTLE RE: BEN TOBIN (.4); TELECONFERENCE WITH J DUBIN RE: NESTLE, M&M (.3); TELECONFERENCE WITH, EMAIL L BERKOKFF RE: GECC (.2); ANALYSIS RE: CLAIM 13291 (.8); EMAIL B. FUNDERBURK RE: SC CLAIM (.1); EMAILS D. MATTOX RE: MEAD JOHNSON (.2); EMAIL K. WARD RE: VA. RESPONSE TO 22ND CLAIM OBJECTION (.2); REVIEW INGRAM ENTERTAINMENT RESPONSE TO 19TH CLAIM OBJECTION AND EMAIL WINN-DIXIE RE: SAME (.4); EMAIL S. RUKER RE: CCE CLAIM (.2); REVIEW V. DAMIAN LETTER RE: BEN TOBIN (.1); ANALYSIS RE: GARDEN CITY CLAIM AND EMAIL D. DICKENS RE: SAME (.4); EMAIL H. JONES RE: REXALL CLAIM (.1); ANALYSIS RE: RESPONSES TO WORKERS COMPENSATION CLAIM OBJECTION (1.0); DRAFT LETTERS TO WORKERS COMPENSATION RESPONDENTS (.5); ANALYSIS RE: CLAIM 13291 (.6); EMAIL W. SIMKULAK RE: SAME (.2); EMAIL J. SEIDMAN RE: CLAIM 12251(.1); EMAIL J. DEJONKER RE: GORTONS (.1); ANALYSIS RE: PROPOSED DIAL SETTLEMENT (.2). |
|---|---|---|---|
| TURETSKY DM | 09/28/06 | 0.60 | FURTHER REVISE ANALYSIS CHART CONCERNING CLAIMS RELATED TO CONTRACTS BEING ASSUMED (.6). |
| FELD SR | 09/29/06 | 0.50 | FORMULATE RECOMMENDATIONS TO SETTLE CLAIM OF N.C. SELF INSURANCE FUND (.5). |
| GRAY RW | 09/29/06 | 0.30 | REVIEW MEMORANDA FROM K. DAW AND A. RAVIN RE: STORE 1077 TAX LIEN AND LETTER ON STAY VIOLATION, REVIEW 546 AND 362, AND DRAFT MEMORANDA TO A. RAVIN RE: ISSUES (.3). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

LEAMY JM          09/29/06      8.10    TELECONFERENCE WITH D. SANAIKO RE:
                                        WORLD OF SLEEP (.2); TELECONFERENCE
                                        WITH S. BRYANT RE: RIVIANA FOODS (.2);
                                        TELECONFERENCE WITH A. BARRAGE RE:
                                        MERRILL LYNCH (.2); TELECONFERENCE WITH
                                        A. BARRAGE RE: MERILL LYNCH (.3);
                                        TELECONFERENCE WITH K. WARD RE: CLAIM
                                        OBJ. RESPONSES (.1); TELECONFERENCE
                                        WITH V. KRISH RE: SCOTT GROSS (.2);
                                        TELECONFERENCE WITH B. BOWDEN RE:
                                        DOMINO FOODS (.3); TELECONFERENCE WITH
                                        J. BOLTON RE: SARAN (.1); FINALIZE
                                        LETTERS TO WORKERS COMP CLAIMANTS H.
                                        SCHEIRBAUM, M. NORTON AND J. TEAL (1.0);
                                        EMAILS B. TURNER RE: SAME (.2); ANALYSIS
                                        RE: NC SELF INSURERS GUARANTY CLAIM
                                        (.3); RESEARCH RE: SIOUX HONEY AND
                                        VENTURA CLAIMS (.2); REVIEW ANDERSON
                                        NEWS MOTION (.1); EMAIL J. CASTLE RE:
                                        RUBBERMAID CLAIM (.1); EMAIL B. GASTON
                                        RE: BAY LANDING (.1); EMAILS J. DUBAN
                                        RE: MARS, NESTLE (.2); EMAIL E. BRADING
                                        RE: M/M. SELLS CLAIM (.2); EMAILS J.
                                        SPONIK RE: SARA LEE (.2); EMAILS B.
                                        FUNDERBURK RE: SOUTH CAROLINA CLAIM
                                        (.2); EMAILS E. POLLACK RE: 22ND CLAIM
                                        OBJECTION (.1); EMAILS B. GASTON, D.
                                        SINAIKO RE: WORLD OF SLEEP CLAIM (.2);
                                        EMAIL H. JONES RE: REXALL (.1); EMAIL H.
                                        BERKOWITZ RE LOGO CHAIRS CLAIM (.1);
                                        REVIEW MULTIPLE RESPONES TO 20TH CLAIM
                                        OBJECTION (2.5); EMAIL TO WINN-DIXIE
                                        RE: SAME (.2); EMAIL D. BITTER RE: NC
                                        SELF INSURANCE CLAIM (.3); EMAILS R.
                                        LEHAN RE: DDR CLAIMS (.2).

RAVIN AS          09/29/06      0.40    DRAFT CORRESPONDENCE TO K. DAW RE:
                                        TAX/BANKRUPTCY LAW QUESTION - FORMER
                                        STORE 1077, NEWBERRY, SC, DRAFT
                                        MEMORANDA TO AND REVIEW MEMORANDA FROM
                                        R. GRAY RE: SAME (.2); REVIEW COMPANY'S
                                        DRAFT RESPONSE USED TO RESPOND TO
                                        NOTICES OF TAX SALES (.1); REVIEW
                                        MEMORANDUM FROM J. LEAMY RE: SETTLEMENT
                                        OF CLAIM FOR WINN-DIXIE WORLD OF SLEEP
                                        # 6421(.1).

TURETSKY DM       09/29/06      0.10    E-MAIL TO E. POLLACK, J. JAMES, K. LOGAN
                                        RE: CONTRACT RELATED CLAIMS (.1).

RAVIN AS          09/30/06      0.40    DRAFT CORRESPONDENCE TO K. DAW RE:
                                        TAX/BANKRUPTCY LAW QUESTION - FORMER
                                        STORE 1077, NEWBERRY, SC, REVIEW CODE
                                        SECTIONS 546(B), 362(B)(3) OR
                                        362(B)(18) RE: SAME.

**MATTER TOTAL**                **225.10**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                          Bill Date: 10/02/06
**Claims Admin. (Reclamation/Trust Funds)**                Bill Number: 1124506

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| EICHEL S | 09/05/06 | 1.00 | REVIEW EMAIL FROM D. MASINTON (RUSSELL STOVER) RE:  PAYMENT OF RECLAMATION CLAIM (.1); TELECONFERENCE WITH B. KICHLER RE:  RUSSELL STOVER PAYMENT ISSUE (.1); REVIEW EMAIL FROM J. JAMES RE:  PAYMENT TO RUSSELL STOVER (.1); REVIEW EMAILS FROM T. WUERTZ RE: PAYMENTS TO RUSSELL STOVER (.2); TELECONFERENCE WITH T. WUERTZ RE: PAYMENTS TO RUSSELL STOVER AND TRM ISSUE (.2); TELECONFERENCE WITH T. WUERTZ RE: RUSSELL STOVER DISPUTE AND RECLAMATION PAYMENTS TO KRISPY KREME (.2); REVIEW EMAIL FROM T. WUERTZ RE:  RUSSELL STOVER PAYMENTS INADVERTENTLY SENT TO REVLON (.1). |
| EICHEL S | 09/06/06 | 0.60 | DRAFT EMAIL TO J. JAMES RE: RUSSELL STOVER RECLAMATION PAYMENTS (.1); TELECONFERENCE WITH T. WUERTZ AND W. GUTHRIE (KRISPY KREME) RE: RECLAMATION PAYMENTS (.1); TELECONFERENCE WITH B. CROCKER RE: CLAIM INFORMATION RELATING TO HARVARD DRUG GROUP (.1); TELECONFERENCE WITH J. CARR RE: REPLY RUG DR. DISPUTE (.2); TELECONFERENCE WITH B. KICHLER RE:  SETTLEMENT DISCUSSION WITH COUNSEL FOR RUG DR. (.1). |
| EICHEL S | 09/07/06 | 0.40 | REVIEW EMAIL FROM B. KICHLER RE: PAYMENT TO RUSSELL STOVER (.1); REVIEW EMAIL FROM M. RUBLE (RUSSELL STOVER) RE: PAYMENT (.1); REVIEW EMAIL FROM T. WUERTZ RE: RUSSELL STOVER PAYMENT (.1); REVIEW EMAIL FROM R. GRAY RE: REPUBLIC PLASTICS RECLAMATION CLAIM (.1). |
| EICHEL S | 09/08/06 | 0.10 | REVIEW T. WUERTZ'S EMAILS RE: RECLAMATION PAYMENTS TO REPUBLIC PLASTICS (.1). |
| EICHEL S | 09/10/06 | 0.30 | REVIEW R. GRAY'S EMAIL RE: PAYMENTS OWED TO REPUBLIC PLASTICS (.1); DRAFT EMAIL TO R. GRAY RE: OUTSTANDING RECLAMATION ISSUES (.1); DRAFT EMAIL TO T. WUERTZ RE: STATUS OF RECLAMATION PAYMENT TO REPUBLIC PLASTICS (.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

EICHEL S        09/11/06        2.40    REVIEW EMAIL FROM T. WUERTZ RE: PAYMENT
                                        TO REPUBLIC PLASTICS (.1); REVIEW EMAIL
                                        FROM J. HOEFFNER RE: PAYMENT TO REPUBLIC
                                        PLASTICS (.1); REVIEW EMAIL FROM T.
                                        WUERTZ RE: PAYMENT TO ASM CAPITAL (.1);
                                        TELECONFERENCE WITH B. KICHLER RE:
                                        CONTRACTS TO BE REJECTED (1.6); REVIEW
                                        EMAIL FROM D. TURETSKY RE: REJECTION OF
                                        AT&T PREPAID CONTRACT (.1); DRAFT EMAIL
                                        TO D. TURETSKY RE: REJECTION OF AT&T
                                        PREPAID CONTRACT (.1); REVIEW SUMMARY
                                        OF STATUS OF OUTSTANDING CONTRACTS
                                        (.2); REVIEW EMAIL FROM J. PAROTTA RE:
                                        PAYMENTS TO REPUBLIC PLASTICS (.1) .

EICHEL S        09/12/06        0.80    REVIEW EMAIL FROM M. RUBLE RE:
                                        RECLAMATION PAYMENTS OWED TO RUSSELL
                                        STOVER (.1); REVIEW EMAILS FROM T.
                                        WUERTZ RE: PAYMENT OF RUSSELL STOVER
                                        RECLAMATION CLAIM (.2); TELECONFERENCE
                                        WITH T. WUERTZ RE: RUSSELL STOVER
                                        PAYMENTS (.1); TELECONFERENCE WITH D.
                                        PRESTON RE: PAYMENTS OWED TO RUSSELL
                                        STOVER (.2); DRAFT EMAILS TO T. WUERTZ
                                        RE: NCR RECLAMATION ANALYSIS IN
                                        CONNECTION WITH DETERMINATION WHETHER
                                        TO ASSUME CONTRACT (.2).

EICHEL S        09/13/06        0.10    REVIEW EMAIL FROM T. WUERTZ RE: LIBBEY
                                        GLASS RECLAMATION CLAIM (.1).

EICHEL S        09/14/06        0.20    DRAFT EMAIL TO T. WUERTZ RE PAYMENT TO
                                        RUSSELL STOVER WITH RESPECT TO ITS
                                        RECLAMATION CLAIM (.1); REVIEW EMAIL
                                        FROM T. WUERTZ RE: PAYMENT TO RUSSELL
                                        STOVER (.1).

EICHEL S        09/18/06        0.30    REVIEW EMAIL FROM T. WUERTZ RE: DEL LABS
                                        RECLAMATION CLAIM (.1); REVIEW EMAIL
                                        FROM R. DESHONG RE: DEL LABS RECLAMATION
                                        CLAIM (.1); DRAFT EMAIL TO T. WUERTZ RE:
                                        RECLAMATION PAYMENTS TO KRISPY KREME
                                        (.1).

EICHEL S        09/19/06        0.40    REVIEW EMAIL FROM M. RICHARD RE: RUSSELL
                                        STOVER AGREEMENT (.1); REVIEW EMAIL
                                        FROM T. WUERTZ RE: PAYMENT TO RUSSELL
                                        STOVER (.1); DRAFT EMAIL TO T. WUERTZ
                                        RE: CONTACTING KRISPY KREME IN
                                        CONNECTION WITH RECLAMATION PAYMENTS TO
                                        IT (.1); DRAFT EMAIL TO M. RICHARD RE:
                                        PAYMENT TO RUSSELL STOVER (.1).

EICHEL S        09/21/06        0.30    REVIEW T. WUERTZ EMAILS RE: RECLAMATION
                                        PAYMENTS TO KRISPY KREME (.1); REVIEW
                                        EMAIL FROM T. WUERTZ RE: DEL LABS
                                        RECLAMATION CLAIM (.1); REVIEW EMAIL
                                        FROM D. YOUNG RE: DEL LABS RECLAMATION
                                        CLAIM (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| EICHEL S | 09/26/06 | 0.30 | TELECONFERENCE WITH T. WUERTZ RE: RECLAMATION PAYMENTS TO KRISPY KREME (.2); REVIEW EMAIL FROM T. WUERTZ RE: STATUS OF RESOLVING DEL LABS RECLAMATION CLAIM (.1). |
| EICHEL S | 09/27/06 | 0.10 | REVIEW EMAIL FROM T. WUERTZ RE: PAYMENT TO KRISPY KREME (.1). |

**MATTER TOTAL**                                            **7.30**

43

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Winn-Dixie Stores, Inc. (DIP)                     Bill Date: 10/02/06
Disclosure Statement/ Voting Issues               Bill Number: 1124506

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 09/01/06 | 0.30 | REVIEW LOGAN WEBSITE POSTINGS RE: VOTING DEADLINE (.1); DRAFT MEMORANDUM TO B. CROCKER RE: ADDITIONAL CHANGE (.1); REVIEW DTC LETTER AND POSITION LISTING AND FORWARD TO K. LOGAN FOR NOTEHOLDER VOTING  (.1). |
| RAVIN AS | 09/01/06 | 0.20 | REVIEW E&A SOLICITATION LETTER, ARENT FOX LETTER AND J. SKELTON LETTER RESPONSE TO LANDLORDS (.2). |
| GRAY RW | 09/04/06 | 0.40 | REVIEW VOTING REPORT AND CIRCULATE (.1); REVIEW CLAIM REDUCTION REPORT AND DRAFT MEMORANDUM TO K. LOGAN WITH COMMENTS (.2); DRAFT MEMORANDUM TO J. POST RE: CLAIM REDUCTION ELECTIONS BY LITIGATION CLAIMANTS (.1). |
| GRAY RW | 09/05/06 | 1.10 | REVIEW AND RESPOND TO MEMORANDUM FROM J. POST RE: PERSONAL INJURY LITIGANTS ELECTING CASH (.1); TELECONFERENCE WITH K. LOGAN RE: VOTE STATUS (.1); TELECONFERENCES WITH E. POLLACK RE: LANDLORD CALLS RESULTING FROM LETTERS (.1); TELECONFERENCE WITH E. O'CARROLL RE: LANDLORD CALLS (.2); DRAFT MEMORANDUM TO E. O'CARROLL RE: LANDLORD LETTERS (.1); TELECONFERENCE WITH D. NEWMAN RE: VOTING BY LANDLORDS (.1); REVIEW UPDATED VOTING REPORTS (.1); REVIEW MEMORANDUM FROM K. LOGAN AND CONTINGENT BALLOTS FOR DEUTSCHE BANK AND PROVIDE OK (.1); REVIEW PHOENIX BALLOT REQUEST AND EXCHANGE EMAILS WITH B. CROCKER RE: PROVISIONAL VOTE ISSUE (.2). |
| RAVIN AS | 09/05/06 | 0.10 | REVIEW VOTING REPORTS (.1). |
| GRAY RW | 09/06/06 | 0.50 | TELECONFERENCE WITH C. JACKSON AND B. FITZGERALD RE: VOTING OF CLAIM BY FLORIDA TAX COLLECTORS (.1); REVIEW AND COMMENT ON VOTE REMINDER LETTERS, INCLUDING TELECONFERENCE WITH B. CROCKER (.2); REVIEW AND COMMENT ON REMINDER LETTER TO CLASS 12 BANKS AND BROKERS (.1); REVIEW REPORT FROM K. LOGAN RE: BOND VOTING AND DRAFT MEMORANDUM TO J. BAKER ET AL. RE: SAME (.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GRAY RW | 09/07/06 | 0.10 | REVIEW MEMORANDA FROM A. RAVIN, E. POLLACK AND B. GASTON RE: PLAN CLASS ISSUE FOR STOLZ AND DRAFT REPLY (.1). |
| GRAY RW | 09/08/06 | 0.50 | REVIEW MEMORANDUM AND FAX FROM L. ANDREWS RE: PROOF OF PUBLICATION ISSUE AND DRAFT REPLY (.1); EXCHANGE EMAILS WITH K. LOGAN AND J. MCCONNELL RE: ADDITIONAL BALLOT FOR R. EHSTER (.1); DRAFT MEMORANDUM TO L. APPEL, J. BAKER, S. BUSEY ET AL. RE: MILBANK INQUIRY RE: LANDLORD SOLICITATIONS (.1); DRAFT MEMORANDUM TO M. BARR RE: COMMITTEE LANDLORD LETTER (.1); REVIEW REPLY FROM M. BARR AND DRAFT MEMORANDUM TO L. APPEL ET AL. RE: SAME (.1). |
| GRAY RW | 09/09/06 | 0.20 | DRAFT MEMORANDUM TO K. LOGAN RE: SEGREGATING VOTES FOR ASSUMED LEASES (.1); REVIEW AND CIRCULATE UPDATED VOTING REPORT (.1). |
| RAVIN AS | 09/09/06 | 0.20 | REVIEW UPDATED VOTING REPORTS (.1); REVIEW CORRESPONDENCE FROM E. CROCKER RE: REPLACEMENT BALLOT FOR SEMORAN RETAIL LLC, DRAFT CORRESPONDENCE TO M. PHILLIPS RE: SAME (.1). |
| GRAY RW | 09/11/06 | 0.40 | REVIEW REVISIONS TO K. LOGAN Q&A AND DECLARATION AND PROVIDE COMMENTS (.3); REVIEW AND RESPOND TO MEMORANDUM FROM J. THOMPSON RE: CARDTRONICS VOTING RIGHTS PENDING ASSUMPTION (.1). |
| RAVIN AS | 09/11/06 | 0.10 | REVIEW CORRESPONDENCE FROM J. MEDINA RE: MSP/SRP CLAIM QUESTION, REVIEW CORRESPONDENCE FROM R. GRAY RE: SAME, DRAFT MEMORANDUM TO SAME RE: SAME (.1). |
| HENRY S | 09/12/06 | 0.20 | ANALYZE ISSUE RE: VOTING EXTENSION (.1); TELECONFERENCE WITH R. GRAY RE: SAME (.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW          09/12/06      1.50    REVIEW AND RESPOND TO MEMORANDUM FROM S.
                                       HENRY RE: ZURICH VOTING EXTENSION (.1);
                                       TELECONFERENCE WITH S. HENRY RE:
                                       SOLICITATION ORDER PROVISION FOR VOTING
                                       EXTENSION (.1); TELECONFERENCE WITH M.
                                       SHAH RE: STATUS OF REVISIONS (.1);
                                       REVIEW AND REVISE REVISED EQUITY
                                       INCENTIVE PLAN (.3); DRAFT MEMORANDUM
                                       TO L. APPEL ET AL. RE: SAME AND DRAFT
                                       MEMORANDUM TO M. SHAH RE: CHANGES (.1);
                                       TELECONFERENCES WITH V. ROLDAN RE:
                                       CLASS 13 V. 16 ISSUES FOR LCH ACQUIRED
                                       CLAIMS (.3); DRAFT MEMORANDUM TO A.
                                       RAVIN AND B. GASTON RE: SAME (.2);
                                       REVIEW UPDATED VOTING REPORTS AND
                                       CIRCULATE (.1); REVIEW CLAIM REDUCTION
                                       REPORT AND DRAFT MEMORANDUM TO L.
                                       RODRIGUEZ RE: SAME (.1); REVIEW KJUMP
                                       PLAN CLASS MOTION AND COORDINATE WITH A.
                                       RAVIN RE: SAME (.1).

RAVIN AS         09/12/06      0.10    REVIEW UPDATED VOTING REPORTS (.1).

GRAY RW          09/13/06      1.30    REVIEW AND RESPOND TO MEMORANDA FROM S.
                                       HENRY AND A. RAVIN RE: ZURICH VOTING
                                       EXTENSION (.1); FURTHER TELECONFERENCE
                                       WITH V. ROLDAN RE: 3018 VOTING INQUIRY
                                       (.1); REVIEW MADISON COUNTY LETTER RE:
                                       BALLOT/CLAIM ISSUE, REVIEW PROOF OF
                                       CLAIM AND 3RD OMNIBUS TAX ORDER, AND
                                       DRAFT MEMORANDUM TO K. LOGAN RE: BALLOT
                                       ISSUE (.3); TELECONFERENCE WITH K.
                                       LOGAN AND C. JACKSON RE: VOTING ISSUE
                                       (.1); REVIEW AND RESPOND TO MEMORANDUM
                                       FROM IVERSONS RE: CLAIM INFORMATION
                                       (.1); REVIEW AND RESPOND TO MEMORANDUM
                                       FROM A. WULBURN RE: LANDLORD VOTING
                                       ISSUE AND ASSUMPTION CURE ORDER (.1);
                                       TELECONFERENCE WITH C. PUGATCH RE:
                                       VOTING RIGHT FOR LANDLORD (.1); REVIEW
                                       SOLICITATION ORDER AND FURTHER
                                       TELECONFERENCE WITH C. PUGATCH RE: SAME
                                       (.1); DRAFT MEMORANDUM TO C. PUGATCH RE:
                                       LANDLORD VOTING (.1); REVIEW MEMORANDUM
                                       FROM M. FRIETAG RE: SHAREHOLDER INQUIRY
                                       AND REVIEW AND RESPOND TO INQUIRIES FROM
                                       J. JAMES AND S. STOESSER RE: SAME (.1);
                                       REVIEW AND COMMENT ON COMMITTEE MEMBER
                                       LANDLORD SOLICITATION LETTER (.1).

RAVIN AS         09/13/06      0.10    REVIEW DRAFT LANDLORD SOLICITATION
                                       LETTER (.1).

46

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GRAY RW | 09/14/06 | 1.50 | REVIEW AND RESPOND TO MEMORANDUM FROM K. LOGAN RE: DUPLICATE BALLOT FOR CLASS 13 (.1); REVIEW AND RESPOND TO MEMORANDA FROM A. RAVIN AND J. BAKER RE: SAME (.2); TELECONFERENCE WITH K. LOGAN RE: REMINDER NOTICE FOR CLASS 13 AND LANDLORD MAILING (.2); REVIEW AND RESPOND TO MEMORANDUM FROM A. RAVIN RE: EXTENSION OF VOTING DEADLINE FORM (.1); REVIEW AND COMMENT ON LOGAN LETTER TO CLASS 13 CLAIMANTS (.1); REVIEW CARDONA PLAN CLASS MOTION AND FORWARD TO J. POST (.1); REVIEW BUGGS PLAN CLASS MOTION AND EXCHANGE EMAILS WITH A. RAVIN RE: SAME (.1); REVIEW 3018 FILED BY HAMILTON COUNTY AND EXCHANGE EMAILS WITH A. RAVIN RE: HANDLING (.1); RESEARCH RE: HAMILTON COUNTY CLAIM STATUS AND DRAFT MEMORANDUM TO A. RAVIN AND J. LEAMY RE: SAME WITH SAME (.2); DRAFT MEMORANDUM TO K. LOGAN RE: COMPANY REQUEST FOR VOTING DETAIL AND EMAIL EXCHANGE RE: SAME (.2); TELECONFERENCES AND EMAILS WITH A. RAVIN RE: V. ROLDAN VOTE ISSUES (.1). |
| RAVIN AS | 09/14/06 | 0.10 | REVIEW CORRESPONDENCE FROM K. LOGAN RE: LANDLORD LETTER TO URGE VOTING, REVIEW MEMORANDUM FROM R. GRAY RE: SAME (.1). |
| HENRY S | 09/15/06 | 0.10 | TELECONFERENCE WITH R. GRAY AND K. LOGAN RE: DEUTSCHE BANK VOTING ISSUE (.1). |
| GRAY RW | 09/15/06 | 1.30 | EXCHANGE EMAILS WITH A. RAVIN RE: 3018 AND CLASS DETERMINATION MOTIONS AND DISTRIBUTION FOR HANDLING (.1); REVIEW AND COMMENT ON MEMORANDUM SUMMARIZING MOTIONS (.1); REVIEW WAH HONG GO FILINGS AND FORWARD TO T. WILLIAMS AND J. POST (.2); TELECONFERENCE WITH S. BUSEY, C. JACKSON AND J. POST RE: HANDLING OF MOTIONS (.2); REVIEW FINAL LANDLORD LETTER AND EXCHANGE EMAILS WITH M. BARR RE: FORM ISSUES (.1); FURTHER EMAIL EXCHANGE WITH M. BARR AND TELECONFERENCE WITH K. LOGAN AND M. BARR RE: SIGNATURES (.1); TELECONFERENCE WITH S. HENRY AND K. LOGAN RE: DEUTSCHE BANK BALLOT (.1); REVIEW UPDATED VOTING REPORTS AND CIRCULATE (.1); REVIEW LIST OF REJECTING VOTERS AND CIRCULATE (.1); TELECONFERENCE WITH K. LOGAN RE: LANDLORD LETTER, CONTINGENT BALLOTS AND ASSIGNMENT ISSUE (.1); REVIEW MEMORANDUM FROM K. LOGAN RE: NOTEHOLDER VOTING AND TELECONFERENCE WITH K. LOGAN RE: SAME (.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| GRAY RW | 09/16/06 | 0.20 | REVIEW REPORT OF REJECTED VOTES AND DRAFT MEMORANDUM TO L. APPEL ET AL. (.1); EXCHANGE EMAILS WITH K. LOGAN RE: LANDLORD REPORTS REQUESTED BY CLIENT (.1). |
| --- | --- | --- | --- |
| GRAY RW | 09/17/06 | 0.30 | EXCHANGE EMAILS WITH A. RAVIN RE: 3018/PLAN CLASS FILINGS (.1); EXCHANGE EMAILS WITH A. RAVIN RE: HEARING ISSUES ON 3018 MOTIONS (.1); REVIEW AND COMMENT ON VOTE EXTENSION NOTICE (.1). |
| RAVIN AS | 09/17/06 | 0.10 | REVIEW VOTING REJECTION REPORT, REVIEW UPDATED VOTING REPORT (.1). |
| GRAY RW | 09/18/06 | 3.40 | CONTINUE REVIEW OF 3018/PLAN CLASS MOTIONS FILED THROUGH WEEKEND TO PREPARE FOR CALL (.6); DRAFT MEMORANDA TO K. LOGAN AND J. LEAMY RE: PARTICIPATION IN CLAIMS VOTE CALL (.1); DRAFT MEMORANDUM TO J. LEAMY RE: CLAIMS TO ADDRESS (.1); DRAFT MEMORANDUM TO S. BUSEY ET AL. RE: CALL ARRANGEMENTS (.1); CONFERENCE WITH SKADDEN AND SMITH HULSEY RE: 3018/PLAN CLASS MOTIONS (.9); REVIEW FOUR 3018 MOTIONS FILED THIS MORNING TO DETERMINE HANDLING (.2); TELECONFERENCE WITH K. LOGAN RE: VOTING ISSUES (.1); TELECONFERENCE WITH K. LOGAN AND D. WOLFE OF ASM CAPITAL RE: MASTER BALLOT ISSUE (.1); REVIEW VOTING UPDATE AND CIRCULATE (.1); TELECONFERENCE WITH C. JACKSON AND K. LOGAN RE: TAX CLAIM VOTING ISSUES (.2); REVIEW NEW PLAN EXCEL DISPUTED CLAIMS TO DETERMINE ANY VOTING RIGHTS (.2); TELECONFERENCE WITH M. COMERFORD RE: 3018 MOTIONS (.1); REVIEW 3018 AND PLAN CLASS MOTIONS FILED THIS AFTERNOON (.6). |
| RAVIN AS | 09/18/06 | 0.10 | REVIEW UPDATED VOTING REPORTS (.1). |

| GRAY RW | 09/19/06 | 3.60 | REVIEW CLAIMS OF PARTIES WHO FILED 3018/PLAN DETERMINATION MOTIONS (.3); DRAFT MEMORANDUM TO J. CASTLE RE: ALLIANCE SHIPPERS (.1); DRAFT MEMORANDUM TO SKADDEN AND SMITH HULSEY TEAMS RE: RECOMMENDATIONS/QUESTIONS ON HANDLING 3018/PLAN DETERMINATION MOTIONS (.7); REVIEW AND SUPPLEMENT 3018/PLAN CLASS REPORT TO INCLUDE NOTES FROM DISCUSSIONS AND EMAILS (.7); TELECONFERENCE WITH M. FREITAG RE: VOTING DEADLINE ISSUES (.1); REVIEW LANDLORD VOTING REPORTS FROM K. LOGAN AND PROVIDE COMMENTS (.2); DRAFT MEMORANDUM TO L. APPEL ET AL. RE: LANDLORD VOTING REPORTS AND ISSUES (0.4); CONFERENCE WITH S. KAROL, C. JACKSON, REAL ESTATE TEAM AND K. LOGAN (FOR PART) RE: LANDLORD VOTE SOLICITATION EFFORTS (.7); DRAFT MEMORANDUM TO L. APPEL ET AL. RE: EXTENSION OF VOTING DEADLINE (.1); DRAFT MEMORANDUM TO T. CARVER RE: NCR VOTE, REVIEW REPLY AND EXCHANGE EMAILS WITH M. MARTINEZ RE: REPLACEMENT BALLOT FOR NCR (.2); DRAFT MEMORANDUM TO K. LOGAN RE: DEADLINE DATE REPORTING ISSUES (.1). |
|---|---|---|---|
| RAVIN AS | 09/19/06 | 0.10 | REVIEW VOTING REPORTS (.1). |
| HENRY S | 09/20/06 | 0.10 | TELECONFERENCE WITH R. GRAY AND A. RAVIN RE: LANDLORD VOTE (.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW          09/20/06      5.10    TELECONFERENCE WITH K. LOGAN RE: VOTING
                                       STATUS AND EXTENSION ISSUES (.2); DRAFT
                                       MEMORANDUM TO L. APPEL RE: VOTING
                                       DEADLINE TIMING ISSUES (.2); REVIEW AND
                                       RESPOND TO MEMORANDUM FROM S. KAROL RE:
                                       BALLOT RECEIPT RULES (.1); CONFERENCE
                                       WITH S. KAROL AND REAL ESTATE TEAM RE:
                                       LANDLORD SOLICITATION EFFORT (.7);
                                       CONFERENCE WITH S. KAROL AND K. LOGAN
                                       RE: IMPACT OF DISPUTED CLAIMS ON VOTING
                                       AND RELATED MATTERS (.2); REVIEW AND
                                       RESPOND TO MEMORANDUM FROM K. LOGAN RE:
                                       3018 BALLOT ISSUES (.1); OBTAIN
                                       LANDLORD LAWYER INFORMATION FOR S.
                                       KAROL (.2); DRAFT MEMORANDUM TO
                                       MILBANK, SKADDEN AND SHB LAWYERS RE:
                                       POSSIBLE NEED TO ASSIST WITH LANDLORD
                                       CALLS (.2); CONFERENCE WITH S. KAROL AND
                                       REAL ESTATE TEAM, ALONG WITH A. RAVIN,
                                       C. JACKSON AND A. WULBERN ET AL. RE:
                                       VOTING (1.7); DRAFT MEMORANDUM TO S.
                                       HENRY AND A. RAVIN RE: COORDINATING WITH
                                       DEUTSCHE BANK LAWYER TO GET BALLOTS BY
                                       DEADLINE (0.1); DRAFT MEMORANDUM TO M.
                                       BARR RE: NEW PLAN VOTE AND REVIEW REPLY
                                       (.1); TELECONFERENCE WITH A. RAVIN AND
                                       S. HENRY RE: LANDLORD VOTES (.1);
                                       TELECONFERENCE WITH J. LEAMY RE: STATUS
                                       OF ISSUES ON 3018 MOTIONS RELATING TO
                                       CLAIM OBJECTIONS (.1); REVIEW E. ALLEN
                                       MOTION AND DRAFT MEMORANDUM TO K. LOGAN
                                       ET AL. RE: FACTS ON SAME (.2); REVIEW
                                       MEMORANDUM FROM K. LOGAN RE: E. ALLEN
                                       AND DRAFT FURTHER MEMORANDUM TO J. POST
                                       RE: SAME (.1); EMAIL EXCHANGE WITH K.
                                       LOGAN RE: BALLOT ISSUE ON E. ALLEN (.1);
                                       REVIEW AND RESPOND TO MEMORANDUM FROM J.
                                       LEAMY RE: POST-DEADLINE VOTE CHANGE
                                       INQUIRY (.1); REVIEW UPDATED VOTING
                                       REPORT AND CIRCULATE (.1); REVIEW
                                       MEMORANDA AND LANDLORD INFORMATION FROM
                                       B. GASTON AND DRAFT RESPONSE SEEKING
                                       FURTHER INFORMATION FOR CONTACTS (.2);
                                       REVIEW DRAFT OF 3018 MOTION OMNIBUS
                                       RESPONSE (.3).

RAVIN AS         09/20/06      2.00    TELECONFERENCE WITH R. GRAY, C.
                                       JACKSON, A. WULBERN, S. KAROL, B.
                                       GASTON, P. PICCULLO, E. O'CAROLL, K.
                                       NIEL, C. IBOLD, K. LOGAN (PARTIAL), AND
                                       JAY CASTLE (PARTIAL) RE: COMMUNICATING
                                       WITH LANDLORDS RE: VOTING (1.7);
                                       CONFERENCE WITH S. HENRY AND R. GRAY RE:
                                       COMMUNICATING WITH LANDLORDS RE: VOTING
                                       (.1); MULTIPLE TELEPHONE CONFERENCES
                                       WITH M. BEAL RE: GOODINGS' VOTE ON PLAN
                                       (.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW          09/21/06          4.50     REVIEW MEMORANDUM FROM B. GASTON RE:
                                            BALLARD SPAHR CLAIMS AND DRAFT
                                            MEMORANDUM TO M. BARR RE: ASSISTING IN
                                            VOTING CONTACT TO SAME (.2); EMAIL
                                            EXCHANGE WITH M. BARR RE: LANDLORD
                                            SOLICITATION AND ISSUES (.1); CONTINUE
                                            REVISIONS TO TEMPLATE TO PLAN CLASS
                                            RESPONSE (.3); CONTINUE REVISIONS TO
                                            TEMPLATE TO 3018 MOTION RESPONSE (.4);
                                            TELECONFERENCE WITH M. BARR RE:
                                            DEUTSCHE BANK VOTES (.1);
                                            TELECONFERENCE WITH C. JACKSON RE:
                                            OBJECTION/MOTION TO DISALLOW VOTE FOR
                                            CERTAIN LANDLORDS (.1); DRAFT
                                            MEMORANDUM TO C. JACKSON ET AL. RE:
                                            PROPOSED ADDITIONS TO
                                            OBJECTIONS/MOTION (.1); FURTHER REVIEW
                                            OF OBJECTION PROSPECTS AND DRAFT
                                            FURTHER MEMORANDUM TO C. JACKSON ET AL.
                                            RE: ADDITIONAL CANDIDATES (.2);
                                            TELECONFERENCE WITH C. JACKSON RE:
                                            BASIS FOR OBJECTING TO CERTAIN CLAIMS
                                            (.1); TELECONFERENCE WITH M. BARR RE:
                                            LANDLORD VOTING ISSUES (.1); DRAFT
                                            MEMORANDUM TO CLIENT AND ADVISORS RE:
                                            REPORT ON CONTACTS (.2); REVISE AND
                                            DRAFT PORTIONS OF OMNIBUS RESPONSE TO
                                            3018 MOTIONS (1.2); REVISE AND DRAFT
                                            PORTIONS OF OMNIBUS RESPONSE TO PLAN
                                            CLASS MOTIONS (.7); REVIEW AND RESPOND
                                            TO MEMORANDUM FROM A. RAVIN RE: KJUMP
                                            WITHDRAWAL LANGUAGE (.1); REVIEW AND
                                            RESPOND TO MEMORANDUM FROM M. COMERFORD
                                            RE: HANDLING OF 3018 AND PLAN CLASS
                                            MOTIONS (.2); TELECONFERENCE WITH K.
                                            WARD RE: UPDATED INDEX AND EXCHANGE
                                            EMAILS WITH A. RAVIN RE: UPDATING INDEX
                                            TO PLAN FILINGS (.1); REVIEW S. KAROL
                                            REPORT OF LANDLORD VOTING INITIATIVES
                                            (.1); DRAFT MEMORANDUM TO J. WOODFIELD
                                            RE: INSTRUCTIONS FOR PREPARING PROOF OF
                                            PUBLICATION FOR FILING (.2); REVIEW
                                            UPDATED VOTING REPORTS AND CIRCULATE
                                            (.1); REVIEW AND RESPOND TO MEMORANDUM
                                            FROM K. LOGAN RE: RELIANCE VOTING
                                            INQUIRY (.1).

RAVIN AS         09/21/06          0.60     TELECONFERENCE WITH M. MORALES (VM) AND
                                            B. GASTON RE: VOTING ON PLAN (.1);
                                            TELECONFERENCE WITH S. KAROL RE:
                                            SOLICITATION RESULTS (.1); REVIEW EXCEL
                                            CHART FROM S. KAROL RE: VOTING EFFORTS,
                                            DRAFT CORRESPONDENCE TO SAME RE: SAME
                                            (.2); TELECONFERENCE WITH M. MORALES
                                            RE: SOLICITATION OF VOTE ON PLAN (.1);
                                            REVIEW MEMORANDUM FROM AND DRAFT
                                            MEMORANDUM TO R. GRAY RE: STATUS OF
                                            SOLICITATION EFFORT (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW          09/22/06      2.60   REVIEW MEMORANDUM FROM A. RAVIN AND
                                      TELECONFERENCE WITH SAME RE: ISSUES ON
                                      OMNIBUS RESPONSES (.1); CONFERENCE WITH
                                      K. LOGAN AND C. JACKSON RE:
                                      VOTING/OBJECTION ISSUES RE: WALKER AND
                                      ROCKY MOUNT AND RELATED ISSUES (.4);
                                      TELECONFERENCE WITH K. LOGAN RE:
                                      PRUDENTIAL VOTE ISSUE AND RELATED
                                      MATTERS (.2); TELECONFERENCES WITH K.
                                      LOGAN AND C. JACKSON RE: LANDLORD BALLOT
                                      ISSUES (.2); TELECONFERENCE WITH  D.
                                      RICHARDS RE: RELIANCE VOTE ISSUE (.1);
                                      REVIEW AND RESPOND TO MEMORANDUM FROM D.
                                      RICHARDS RE: FORM NOTICES (.1); REVIEW
                                      AND COMMENT ON ORDERS FOR OMNIBUS
                                      RESPONSE TO 3018 MOTIONS AND OMNIBUS
                                      RESPONSE TO PLAN CLASS MOTIONS (.2);
                                      REVIEW AND COMMENT ON FINAL VERSIONS OF
                                      RESPONSE TO 3018 MOTIONS AND RESPONSE TO
                                      PLAN CLAS MOTIONS (.4); TELECONFERENCE
                                      WITH M. BARR RE: VOTING ISSUES (.1);
                                      REVIEW AND REVISE PROOF OF PUBLICATION
                                      FOR CONFIRMATION NOTICE AND DRAFT
                                      MEMORANDUM TO J. WOODFIELD WITH
                                      INSTRUCTIONS FOR PROCEEDING (.2);
                                      TELECONFERENCES WITH C. JACKSON,  K.
                                      WARD AND A. RAVIN RE: FILING/SERVICE
                                      ISSUES FOR OMNIBUS RESPONSES (.1);
                                      REVIEW MEMORANDUM FROM K. LOGAN RE:
                                      MERRILL LYNCH VOTING POSITION AND DRAFT
                                      MEMORANDA TO J. BAKER ET AL. AND M. BARR
                                      RE: SAME (.1); REVIEW UPDATED VOTED
                                      REPORTS AND CIRCULATE (.1); EMAIL
                                      EXCHANGES  WITH C. JACKSON RE:
                                      ADDITIONAL LANDLORD BALLOTS (.1);
                                      TELECONFERENCE AND EMAIL WITH K. LOGAN
                                      RE: KOZYAK BALLOT ISSUES (.2).

RAVIN AS         09/22/06      0.10   REVIEW CORRESPONDENCE FROM AND DRAFT
                                      CORRESPONDENCE TO M. BEAL RE: GOODINGS
                                      BALLOTS, DRAFT CORRESPONDENCE TO S.
                                      KAROL RE: SAME (.1).

RAVIN AS         09/23/06      0.10   REVIEW UPDATED VOTING REPORT (.1).

GRAY RW          09/25/06      0.80   EXCHANGE EMAILS WITH J. BAKER AND A.
                                      RAVIN RE: VOTING EXTENSION DECISION
                                      (.1); EXCHANGE EMAILS WITH M. FREITAG
                                      AND L. APPEL RE: VOTING ISSUES (.1);
                                      REVIEW AND RESPOND TO MEMORANDUM FROM V.
                                      ROLDAN RE: HARD COPY VOTING ONLY (.1);
                                      REVIEW UPDATED VOTING REPORT (.1);
                                      REVIEW AND RESPOND TO MEMORANDUM FROM J.
                                      CASTLE RE: SECURED CLAIMS VOTE AS
                                      SUBCLASS (.1); EXCHANGE EMAILS WITH M.
                                      BARR RE: VOTE RESULTS AND TAX CLAIM
                                      REJECTIONS (.1); TELECONFERENCE WITH K.
                                      LOGAN RE: VOTING ISSUES (.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAVIN AS        09/25/06    0.40    TELECONFERENCE WITH K. LOGAN RE: VOTING
                                    RESULTS (.2); REVIEW CORRESPONDENCE
                                    FROM SAME RE: RE: VOTING RESULTS AND
                                    DRAFT CORRESPONDENCE TO SAME RE: SAME
                                    (.1): REVIEW UPDATED VOTING REPORT
                                    (.1).

GRAY RW         09/26/06    0.40    EMAILS AND TELECONFERENCE WITH J. BAKER
                                    AND K. LOGAN RE: VOTING UPDATE
                                    (.1)TELECONFERENCE WITH M. COMERFORD
                                    RE: STATUS OF FINAL VOTING REPORT AND
                                    OPEN ISSUES (.1); CONFERENCE WITH K.
                                    LOGAN AND A. RAVIN RE: CLASS 13 VOTING
                                    ISSUES (.2).

RAVIN AS        09/26/06    0.40    TELECONFERENCE WITH K. LOGAN AND R. GRAY
                                    RE: VOTING ISSUES (.2); REVIEW UPDATED
                                    VOTING REPORT (.1); TELECONFERENCE WITH
                                    B. GASTON RE: SAME (.1).

GRAY RW         09/27/06    0.70    TELECONFERENCE WITH A. RAVIN RE: VOTING
                                    DETAIL FOR CONTRACT/LEASE PROVISIONAL
                                    BALLOTS AND FOR 3018 BALLOTS (.1);
                                    REVIEW AND RESPOND TO MEMORANDA FROM J.
                                    LEAMY AND A. RAVIN RE: OCEANS505 VOTE
                                    (.1); TELECONFERENCE WITH K LOGAN AND A.
                                    RAVIN RE: VOTING ISSUES AND
                                    CONTINGENT/PROVISIONAL BALLOTS (.2);
                                    REVIEW CLASS 13 BY DEBTOR REPORT AND
                                    EXCHANGE EMAILS WITH K. LOGAN RE: ISSUES
                                    ON SAME (.2); REVIEW MEMORANDA FROM A.
                                    RAVIN AND D. MOTSINGER RE: CATAMOUNT
                                    VOTE/3018 ISSUES AND DRAFT MEMORANDUM
                                    TO A. RAVIN RE: SAME (.1).

RAVIN AS        09/27/06    0.40    CONFERENCE WITH R. GRAY RE: PROVISIONAL
                                    BALLOTS AND 3018 BALLOTS (.1);
                                    TELEPHONE CONFERNCE WITH K, LOGAN RE:
                                    PROVISIONAL BALLOTS AND 3018 BALLOTS
                                    (.1); TELECONFERENCE WITH K. LOGAN AND
                                    R. GRAY RE: SUMMARY CHART RE: ASSERTED
                                    DEBTOR (.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GRAY RW | 09/28/06 | 1.70 | EXCHANGE EMAILS WITH K. LOGAN, M. BARR AND M. LOGAN RE: UPDATED VOTING RESULTS (.1); REVIEW REVISED CLASS 13 REPORT BY ASSERTED DEBTOR AND EXCHANGE EMAILS WITH K. LOGAN RE: SAME (.1); CONFERENCE WITH K. LOGAN AND A. RAVIN RE: VOTING ISSUES (.6); TELECONFERENCE WITH K. LOGAN AND B. CROCKER RE: CLASS 13 VOTING ISSUES (.2); FURTHER TELECONFERENCE WITH K. LOGAN RE: BIFURCATION OF CLASS 13 BALLOTS FOR ASSUMED/REJECTED (.2); DRAFT MEMORANDUM TO J. BAKER, S. BUSEY ET AL. RE: TIMING ON FILING VOTE TABULATION (.2); DRAFT MEMORANDUM TO J. BAKER, S. BUSEY ET AL. RE: CLASS 13 VOTE TABULATION ISSUES (.2); REVIEW AND RESPOND TO MEMORANDA FROM S. SOLL RE: VOTING RESULTS (.1). |
| RAVIN AS | 09/28/06 | 0.80 | TELECONFERENCE WITH R. GRAY AND K. LOGAN RE: VOTING (.6); REVIEW REVISED VOTING REPORTS (.2). |
| GRAY RW | 09/29/06 | 0.60 | REVIEW UPDATED VOTING REPORT FROM K. LOGAN AND DRAFT MEMORANDUM TO S. BUSEY ET AL. RE: SAME (.1); REVIEW AND RESPOND TO MEMORANDUM FROM C. JACKSON RE: EXIT LENDER REQUEST FOR VOTING RESULTS (.1); CONFERENCE WITH K. LOGAN AND A. RAVIN RE: 3018/PROVISIONAL BALLOT ISSUES (.3); FURTHER TELECONFERENCE WITH K. LOGAN RE: SAME (.1). |
| RAVIN AS | 09/29/06 | 0.70 | REVIEW 3018 REPORTS FURINSHED BY K. LOGAN (.2); TELECONFERENCE WITH K. LOGAN RE: 3018 REPORTS (.2); TELECONFERENCE WITH K. LOGAN AND R. GRAY RE: 3018 REPORTS (.3). |

**MATTER TOTAL**          <u>**40.10**</u>

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**              Bill Date: 10/02/06
**Employee Matters (General)**                 Bill Number: 1124506

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| SHAH MD | 09/01/06 | 2.10 | TELECONFERENCE WITH CLIENT AND OTHERS RE: WITHHOLDINGS ISSUES (2.1). |
| BAKER DJ | 09/08/06 | 1.70 | BEGIN REVIEW OF DRAFT CONTRACT FOR P. LYNCH (1.7). |
| GRAY RW | 09/08/06 | 0.20 | REVIEW DRAFT OF LYNCH AGREEMENT (.2). |
| GRAY RW | 09/11/06 | 1.30 | CONFERENCE WITH L. APPEL, S. REISNER ET AL. RE: COMMENTS ON EQUITY INCENTIVE PLAN (1.3). |
| BAKER DJ | 09/12/06 | 1.00 | CONTINUE REVIEW OF DRAFT CONTRACT FOR P. LYNCH (1.0). |
| SHAH MD | 09/12/06 | 1.50 | REVISIONS TO STOCK OPTION PLAN (1.0); REVIEW OF LYNCH AGREEMENT (.5). |
| TURETSKY DM | 09/12/06 | 0.50 | TELECONFERENCE WITH A. BARROW RE: EMPLOYMENT CONTRACT REJECTION MOTION (.4); E-MAIL TO A. BARROW RE: EMPLOYMENT CONTRACT REJECTION MOTION (.1). |
| BAKER DJ | 09/13/06 | 0.80 | CONTINUE REVIEW OF ISSUES RELATED TO DRAFT CONTRACT FOR P. LYNCH (.8). |
| GRAY RW | 09/13/06 | 0.20 | REVIEW MEMORANDUM FROM L. APPEL RE: EQUITY INCENTIVE PLAN DRAFT, DRAFT MEMORANDUM TO S. REISNER RE: SAME, AND REVIEW REPLY FROM S. REISNER (.1); DRAFT MEMORANDUM TO M. BARR RE: EQUITY INCENTIVE PLAN (.1). |
| SHAH MD | 09/13/06 | 2.80 | REVIEW OF LYNCH AGREEMENT FOR 409A ANALYSIS AND CALL WITH P. LYNCH COUNSEL RE: AGREEMENT (2.8). |
| BAKER DJ | 09/14/06 | 1.10 | CONTINUE ANALYSIS OF ISSUES RELATED TO DRAFT EMPLOYMENT CONTRACT FOR P. LYNCH (1.1). |
| BAKER DJ | 09/18/06 | 0.80 | REVIEW LATEST ISSUES RELATED TO PROPOSED FORM OF EMPLOYMENT AGREEMENT FOR P. LYNCH (.8). |
| GRAY RW | 09/18/06 | 0.10 | REVIEW MEMORANDA FROM L. RODRIGUEZ AND L. APPEL RE: RETIREE BENEFITS AND DRAFT MEMORANDUM RESPONDING TO L. APPEL INQUIRY RE: BANKRUPTCY LIMITATIONS (.1). |
| TURETSKY DM | 09/19/06 | 0.90 | RESEARCH RE: ISSUES ARISING IN CONNECTION WITH OBJECTION TO MSP/SRP CLAIMS (.9). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| BAKER DJ | 09/20/06 | 1.00 | REVIEW INITIAL COMMENTS FROM CREDITORS COMMITTEE TO DRAFT CONTRACT FOR P. LYNCH (1.0). |
|---|---|---|---|
| OLSHAN R | 09/20/06 | 1.10 | RESEARCH RE: SECTION 83 APPLICABILITY TO STOCK DISTRIBUTION (1.1). |
| GRAY RW | 09/20/06 | 0.10 | DRAFT MEMORANDUM TO L. APPEL ET AL. RE: MILBANK COMMENTS ON EQUITY INCENTIVE PLAN (.1). |
| SHAH MD | 09/20/06 | 0.50 | CALL WITH S. STROUD RE: TAX WITHHOLDINGS (.5). |
| STROUD SJ | 09/20/06 | 1.00 | CONFERENCE WITH M. SHAH RE: STOCK VALUATION AND EQUITY PLAN ISSUES (.5); DRAFT ISSUES LIST RE: MILBANK COMMENTS TO DRAFT EQUITY PLAN (.5). |
| OLSHAN R | 09/21/06 | 1.10 | RESEARCH RE: SECTION 83 APPLICABILITY TO STOCK DISTRIBUTIONS (1.1). |
| GRAY RW | 09/21/06 | 1.00 | REVIEW SUMMARY OF COMMITTEE COMMENTS IN PREPARATION FOR CALL (.1); CONFERENCE WITH T. WILLIAMS, D. DOGAN, S. STROUD, S. REISNER ET AL. RE: COMMITTEE COMMENTS ON EQUITY INCENTIVE PLAN (.9). |
| STROUD SJ | 09/21/06 | 3.70 | CONDUCT RESEARCH RE: CODE SECTION 83 ISSUES RELATED TO SETTLEMENT OF MSP CLAIMS (2.3); CONFERENCE WITH T. WILLIAMS, D. DOGAN, L. RODRIGUEZ, S. REISNER AND R. GRAY RE: MILBANK COMMENTS TO DRAFT EQUITY INCENTIVE PLAN (.9); CONFERENCE WITH S. PRICE (MILBANK) RE: DRAFT EQUITY INCENTIVE PLAN (.5). |
| BAKER DJ | 09/25/06 | 0.60 | REVIEW FURTHER COMMITTEE COMMENTS RELATED TO DRAFT EMPLOYMENT AGREEMENT FOR P. LYNCH (.6). |
| OLSHAN R | 09/25/06 | 1.10 | FICA ISSUE AND SECTION 83 ISSUES RELATING TO STOCK DISTRIBUTION (1.1). |
| GRAY RW | 09/25/06 | 0.30 | EXCHANGE EMAILS WITH S. STROUD RE: EQUITY PLAN STATUS (.1); EXCHANGE EMAILS WITH S. STROUD AND M. BYRUM RE: EQUITABLE ADJUSTMENT PROVISION IN EQUITY PLAN (.2). |
| STROUD SJ | 09/25/06 | 2.80 | REVIEW MILBANK COMMENTS TO DRAFT EQUITY PLAN (.5); CONFERENCE WITH S. PRICE (MILBANK) RE: DRAFT EQUITY PLAN ISSUES (.5); REVISE DRAFT EQUITY PLAN (1.8). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GRAY RW | 09/26/06 | 0.30 | REVIEW MEMORANDUM FROM M. BYRUM RE: EQUITY PLAN/KPMG ISSUE AND EXCHANGE EMAILS WITH S. STROUD RE: SAME (.1); EXCHANGE EMAILS WITH S. STROUD AND L. STRINGER RE: CALL ON EQUITY INCENTIVE PLAN (.1); DRAFT MEMORANDUM TO J. BAKER RE: COMP COMMITTEE/BOARD OF DIRECTORS APPROVALS ON LYNCH AGREEMENT AND EQUITY INCENTIVE PLAN (.1). |
| STROUD SJ | 09/26/06 | 0.70 | REVIEW MILBANK COMMENTS TO DRAFT EQUITY PLAN (.7). |
| BAKER DJ | 09/27/06 | 0.60 | CONTINUE REVIEW OF ISSUES RELATED TO PROPOSED CONTRACT FOR P. LYNCH (.6). |
| GRAY RW | 09/27/06 | 0.50 | PARTICIPATE IN CONFERENCE WITH L. APPEL, T. WILLIAMS, S. STROUD ET AL. RE: EQUITY PLAN (.5). |
| STROUD SJ | 09/27/06 | 1.50 | CONFERENCE WITH L. APPEL, T. WILLIAMS, L. RODRIGUEZ AND R. GRAY RE: DRAFT EQUITY PLAN (.5); REVISE DRAFT EQUITY INCENTIVE PLAN (1.0). |
| OLSHAN R | 09/28/06 | 2.40 | REVIEW P. LYNCH'S EMPLOYMENT AGREEMENT (2.4). |
| GRAY RW | 09/28/06 | 0.90 | EXCHANGE EMAILS WITH S. STROUD RE: TIMING ON EQUITY INCENTIVE PLAN AND LYNCH AGREEMENT (.1); TELECONFERENCE WITH S. STROUD RE: EQUITY INCENTIVE PLAN ISSUES (.1); REVIEW LYNCH AGREEMENT DRAFT (.2); TELECONFERENCE WITH A. BERNSTEIN RE: STOCK VALUE/DISTRIBUTION ISSUES (.1); DRAFT MEMORANDUM TO J. BAKER RE: OPEN ISSUES ON LYNCH AGREEMENT (.1); DRAFT MEMORANDUM TO A. BERNSTEIN RE: DISTRIBUTION DATE ISSUE (.1); EMAIL EXCHANGE WITH A. BERNSTEIN, R. BARUSCH AND R. OLSHAN RE: STOCK GRANT TIMING ISSUES (.2). |
| STROUD SJ | 09/28/06 | 1.10 | CONFERENCE WITH M. BYRUM RE: DRAFT EQUITY PLAN ACCOUNTING ISSUE (.5); DRAFT EMAIL TO R. GRAY RE: FILING AND TIMING ISSUES (.5); CONFERENCE WITH R. GRAY RE: EQUITY PLAN ISSUES (.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

```
BAKER DJ        09/29/06     6.20   TELECONFERENCE A. BERNSTEIN RE: ISSUES
                                    RELATED TO P. LYNCH CONTRACT (.3);
                                    REVIEW COMMENTS OF COMMITTEE TO
                                    CONTRACT FOR MR. LYNCH (.7); REVIEW
                                    EMAIL FROM A. BERNSTEIN RELATING TO
                                    CONTRACT FOR MR. LYNCH (.4) FORWARD
                                    EMAIL FROM A. BERNSTEIN TO S. BURIAN AND
                                    M. BARR RE: SAME (.1); CONFERENCE WITH
                                    S. BURIAN AND M. BARR RE: SAME (.1);
                                    CONFERENCE WITH S. BURIAN, M. BARR AND
                                    A. BERNSTEIN WITH RESPECT TO CONTRACT
                                    ISSUES (.8); REVIEW MATERIALS FOR
                                    COMPENSATION COMMITTEE MEETING PRIOR TO
                                    CONFERENCE (1.2); CONFERENCE WITH
                                    MEMBERS OF COMPENSATION COMMITTEE,
                                    TOGETHER WITH L. APPEL, N. BUBNOVITCH
                                    AND R. OLSHAN RE: EMPLOYEE COMPENSATION
                                    ISSUES (1.0); EMAIL TO L. APPEL RE:
                                    CONTRACT ISSUES RELATED TO P. LYNCH
                                    (.4); REVIEW REPLY FROM MR. APPEL TO
                                    PRIOR EMAIL RE: CONTRACTS (.2); RESPOND
                                    TO EMAIL FROM MR. APPEL RE: P. LYNCH
                                    (.2); REVIEW PLAN PROVISIONS WITH
                                    RESPECT TO CONTRACT FOR MR. LYNCH (.3);
                                    CONFERENCE WITH R. OLSHAN AND AND S.
                                    STROUD RE: PRIOR CONFERENCE WITH
                                    COMPENSATION COMMITTEE (.6).

OLSHAN R        09/29/06     5.30   REVIEW 409A ISSUES RELATING TO OPTION
                                    GRANTS AND RSU AGREEMENTS (4.3);
                                    CONFERENCE CALL WITH COMPANY AND J.
                                    BAKER RE: COMPENSATION ISSUES (1.0).

GRAY RW         09/29/06     0.50   REVIEW AND RESPOND TO MEMORANDUM FROM J.
                                    BAKER RE: ALTERNATIVES IF LYNCH
                                    AGREEMENT NOT INCLUDED IN PLAN
                                    SUPPLEMENT (.3); REVIEW EMAIL EXCHANGE
                                    BETWEEN J. BAKER, L. APPEL, AND M.
                                    FREITAG RE: LYNCH AGREEMENT TIMING
                                    (.1); REVIEW MEMORANDA FROM S. STROUD
                                    AND L. APPEL RE: COMMITTEE COMMENTS ON
                                    EQUITY PLAN (.1).

STROUD SJ       09/29/06     5.00   CONFERENCE WITH S. PRICE RE: REVISED
                                    DRAFT EQUITY PLAN (.7); DRAFT EMAIL TO
                                    S. PRICE RE: CLIENT COMMENTS TO REVISED
                                    DRAFT EQUITY PLAN (.7); REVIEW REVISED
                                    BROKER-ASSISTED WITHHOLDING FLOWCHART
                                    (.5); CONFERENCE WITH COMPENSATION
                                    COMMITTEE MEMBERS, J. BAKER AND R.
                                    OLSHAN RE: DRAFT EQUITY PLAN AND DRAFT
                                    P. LYNCH EMPLOYMENT AGREEMENT (1.0);
                                    REVISE DRAFT EQUITY PLAN (2.1).
```

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

OLSHAN R          09/30/06      0.80   TELECONFERENCE WITH MILBANK TWEED AND
                                       A. BERNSTEIN RE: CONTRACT (.8).

STROUD SJ         09/30/06      0.70   DRAFT OPTION AND RESTRICTED STOCK UNIT
                                       AWARD AGREEMENTS FOR P. LYNCH (.7).

**MATTER TOTAL**                <u>**55.80**</u>

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                              **Bill Date: 10/02/06**
**Executory Contracts (Personalty)**                          **Bill Number: 1124506**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 09/01/06 | 0.40 | REVIEW GE CONSUMER CONTRACT/CLAIM INFORMATION (.1); DRAFT MEMORANDUM TO S. EICHEL FOR CLARIFICATION (.1); REVIEW MEMORANDUM AND AGREEMENT REVISIONS FROM J. HARBOUR FOR INCOMM (.2). |
| TURETSKY DM | 09/03/06 | 4.20 | CONTINUE DRAFTING MEMORANDUM/EXHIBIT RE: CLAIMS RELATING TO CONTRACTS BEING ASSUMED/REJECTED (4.2). |
| GRAY RW | 09/05/06 | 1.30 | REVIEW MEMORANDUM FROM J. YOUNG RE: HARVARD DRUG ISSUES (.1); REVIEW AND RESPOND TO MEMORANDA FROM J. EDMONSON AND J. YOUNG RE: CARDTRONICS CLAIMS (.1); TELECONFERENCE WITH E. POLLACK RE: SAME (.1); DRAFT FURTHER MEMORANDUM TO J. YOUNG RE: SAME (.1); REVIEW AND RESPOND TO MEMORANDUM FROM R. MARLOWE RE: IBM CLAIM WITHDRAWAL (.1); DRAFT MEMORANDUM TO J. THOMPSON RE: STATUS OF CARDTRONICS AMENDMENT AND REVIEW REPLY (.1); EXCHANGE EMAILS WITH J. YOUNG RE: SAME AND REVIEW MEMORANDUM FROM M. KELLER RE: AMENDMENT DRAFT (.1); REVIEW REVISED MASTER CONTRACT LIST (.4); EXCHANGE EMAILS WITH D. TURETSKY RE: SAME (.1); REVIEW MEMORANDA FROM J. YOUNG RE: FUTURISTIC FOODS AND KONICA REJECTION CLAIM ISSUES (.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| EICHEL S | 09/05/06 | 6.30 | RESEARCH RE: DAMAGES FOR REJECTION OF EXISTING CONTRACT INCLUDES LOST PROFIT (4.3); REVIEW EMAILS IN CONNECTION IN DETERMINING THE CALCULATION OF GE'S RECLAMATION CLAIM (.2); DRAFT EMAIL TO R. GRAY RE:  CALCULATION OF GE'S RECLAMATION CLAIM (.1); REVIEW EMAIL FROM J. CARR RE: RUG DOCTOR DISPUTE (.3); REVIEW EMAIL FROM D. RABON RE: RUG DOCTOR DISPUTE (.1); DRAFT EMAIL TO B. KICHLER AND D. RABON RE: RUG DOCTOR DISPUTE (.1); ANALYZE ISSUES RE:  RUG DOCTOR DISPUTE (.2); ANALYZE ISSUES RE: RUG DOCTOR ISSUES IN CONNECTION WITH UPCOMING MEETING RE: RUG DOCTOR CONTRACT (.4); DRAFT EMAIL TO B. KICHLER RE: CORRESPONDENCE WITH RUG DOCTOR (.2); REVIEW EMAIL FROM B. KICHLER RE: RUG DOCTOR CORRESPONDENCE (.1); REVIEW EMAIL FROM C. KARIA RE:  RUG DOCTOR CORRESPONDENCE (.1); TELECONFERENCE WITH B. KICHLER AND D. RABON RE:  RUG DOCTOR CLAIMS IN CONNECTION WITH REJECTION OF PREPETITION CONTRACT (1.). |
| RAVIN AS | 09/05/06 | 0.10 | TELECONFERENCE WITH T. GIVENS RE: QUESTION AS TO EXECUTORY CONTRACT ORDER (.1). |
| TURETSKY DM | 09/05/06 | 12.80 | CONTINUE DRAFTING EXHIBIT/MEMORANDUM RE: CLAIMS RELATED TO ASSUMED EXECUTORY CONTRACTS (1.8); FURTHER RESEARCH AND ANALYSIS RE: ISSUES CONCERNING CONTRACTS TO BE ASSUMED/REJECTED AND RELATED CLAIMS (4.3); FURTHER UPDATE ASSUMPTION/REJECTION ANALYSIS CHART WITH RESPECT TO EXECUTORY CONTRACTS (4.7); TELECONFERENCE WITH J. YOUNG AND R. GRAY RE: EXECUTORY CONTRACT ISSUES INCLUDING CONTRACT WITH HARVARD DRUG (.4); TELECONFERENCE WITH J. JAMES RE: EXECUTORY CONTRACT ASSUMPTION/REJECTION DECISIONS (.1); BEGIN DRAFTING EXHIBIT FOR FOURTH OMNIBUS CONTRACT ASSUMPTION MOTION (1.5). |

GRAY RW          09/06/06          2.40    REVIEW MEMORANDA FROM C. VAN PELT AND J.
                                           YOUNG RE: REJECTION STRATEGY FOR
                                           HARVARD DRUG (.1); REVIEW HARVARD DRUG
                                           CONTRACT RE: REJECTION DAMAGES AND
                                           DRAFT MEMORANDUM TO J. YOUNG RE: SAME
                                           (.3); REVIEW AND COMMENT ON
                                           CONTRACT/CLAIM ANALYSIS FOR HARVARD
                                           DRUG (.2); REVIEW AND COMMENT ON
                                           CONTRACT/CLAIM ANALYSIS FOR TRM (.2);
                                           CONFERENCE WITH D. TURETSKY RE:
                                           MICROSTRATEGY ISSUE (.1); DRAFT
                                           MEMORANDUM TO J. CASTLE RE: BUSINESS
                                           LAWYER REVIEW OF CARDTRONICS AMENDMENT
                                           (.1); TELECONFERENCE WITH J. JAMES RE:
                                           CARDTRONICS ISSUES AND FORWARD EMAILS
                                           TO SAME (.1); REVIEW MEMORANDA AND
                                           AMENDMENT CHANGES FROM J. HARBOUR (.1);
                                           DRAFT MEMORANDUM TO J. HARBOUR RE: SIDE
                                           AGREEMENT ON MOTION APPROVAL (.1);
                                           REVIEW MEMORANDUM FROM D. TURETSKY RE:
                                           RAYOVAC ISSUES AND DRAFT REPLY RE:
                                           REJECTION DAMAGE ANALYSIS (.1); REVIEW
                                           AND RESPOND TO MEMORANDUM FROM D.
                                           TURETSKY RE: ASSUMPTION MOTION FOR
                                           WAIVED CLAIMS (.1); TELECONFERENCE WITH
                                           J. CASTLE ET AL. RE: KONICA ISSUES (.1);
                                           REVIEW FILES AND DRAFT MEMORANDUM TO J.
                                           CASTLE RE: HISTORY ON KONICA (.4);
                                           REVIEW AND RESPOND TO MEMORANDUM FROM J.
                                           JAMES RE: IBM STATUS (.1); DRAFT
                                           MEMORANDUM TO R. MARLOWE RE: IBM HEARING
                                           STATUS (.1); REVIEW UPDATE MEMORANDUM
                                           FROM J. YOUNG RE: ALARM CONTRACTS (.1);
                                           REVIEW UPDATE MEMORANDUM FROM J. YOUNG
                                           RE: STATUS OF OPEN CONTRACT ISSUES (.1).

EICHEL S          09/06/06          4.00    ANALYZE PREPETITION TRM CONTRACTS (.4);
                                            DRAFT TRM CLAIMS ANALYSIS IN CONNECTION
                                            WITH REJECTION OF PREPETITION CONTRACT
                                            (.4); DRAFT EMAIL TO C. JACKSON RE:  TRM
                                            CLAIMS ANALYSIS (.1); REVIEW EMAILS
                                            FROM R. GRAY RE:  HARVARD DRUG
                                            PREPETITION CONTRACT (.2); REVIEW EMAIL
                                            FROM B. KICHLER RE:  RAYOVAC AGREEMENT
                                            (.1); REVIEW EMAIL FROM B. CROCKER RE
                                            RUG DOCTOR PROOF OF CLAIM (.1); REVIEW
                                            HARVARD DRUG GROUP PREPETITION
                                            AGREEMENT (.2); DRAFT HARVARD DRUG
                                            GROUP CLAIMS ANALYSIS (.4);
                                            TELECONFERENCE WITH E. POLLACK RE:
                                            HARVARD DRUG GROUP CLAIMS AND TRM DRAFT
                                            (.2); REVIEW EMAIL FROM E. POLLACK RE:
                                            HARVARD DRUG CLAIMS (.1); DRAFT EMAIL TO
                                            R. GRAY RE:  TRM CLAIMS ANALYSIS (.1);
                                            DRAFT EMAILS TO B. KICHLER RE:  CHARTS
                                            OF NEGOTIATIONS WITH RUG DR. (.3); DRAFT
                                            HARVARD DRUG CLAIMS ANALYSIS (.6);
                                            DRAFT EMAIL TO E. POLLACK RE:  HARVARD
                                            DRUG CLAIMS ANALYSIS (.1); REVIEW EMAIL
                                            FROM E. POLLACK RE:  HARVARD DRUG GROUP
                                            CLAIMS ANALYSIS (.1); REVIEW AND REVISE
                                            TRM CLAIMS ANALYSIS (.2); REVIEW AND
                                            REVISE HARVARD DRUG GROUP CLAIMS
                                            ANALYSIS (.4).

TURETSKY DM       09/06/06       8.40   CONTINUE DRAFTING FOURTH OMNIBUS
                                        ASSUMPTION MOTION EXHIBIT (.8); REVIEW
                                        ASSUMPTION LANGUAGE PROPOSED BY J.
                                        HARBOUR IN CONNECTION WITH INCOMM
                                        AGREEMENT (.1); ASSUMPTION/REJECTION
                                        ANALYSIS OF HARVARD DRUG AGREEMENT
                                        (.2); E-MAIL TO J. YOUNG AND R. GRAY RE:
                                        ASSUMPTION/REJECTION ANALYSIS OF
                                        HARVARD DRUG AGREEMENT (.1); E-MAIL TO
                                        C. THOMPSON RE: CIGNA CONTRACTS (.2);
                                        E-MAIL TO J. JAMES RE: CIGNA CONTRACTS
                                        (.2); TELECONFERENCE WITH R. GRAY RE:
                                        REJECTION DAMAGE ISSUES (.1); E-MAIL TO
                                        J. JAMES AND B. KICHLER RE: RAYOVAC
                                        CONTRACT (.2); E-MAIL TO F. HUFFARD RE:
                                        WINN-DIXIE/BLACKSTONE CONTRACTS (.3);
                                        E-MAIL TO R. YOUNG RE:
                                        WINN-DIXIE/DELOITTE CONTRACTS (.2);
                                        E-MAIL TO T. SCOLES RE:
                                        WINN-DIXIE/DELOITTE CONTRACTS (.1);
                                        E-MAIL TO J. JAMES AND B. KICHLER RE:
                                        DELOITTE CONTRACTS (.1); E-MAIL TO J.
                                        JAMES AND B. KICHLER RE: WATSON WYATT
                                        CONTRACTS (.2); FURTHER ANALYSIS RE:
                                        CONTRACTS TO BE ASSUMED ON MODIFIED
                                        TERMS (2.5); DRAFT MOTION EXHIBITS RE:
                                        CONTRACTS TO BE ASSUMED ON MODIFIED
                                        TERMS (2.3); TELECONFERENCE WITH S.
                                        GRIMM RE: MICROSTRATEGY CONTRACTS (.4);
                                        E-MAIL TO J. JAMES, B. KICHLER, S.
                                        STOESSER, J. YOUNG, AND J. EDMONSON RE:
                                        MICROSTRATEGY CONTRACTS (.2); E-MAIL TO
                                        N. BUBNOVICH RE: WATSON WYATT
                                        AGREEMENTS (.2).

| | | | |
|---|---|---|---|
| GRAY RW | 09/07/06 | 3.90 | REVIEW AND RESPOND TO MEMORANDUM FROM J. HARBOUR RE: INCOMM AGREEMENT (.1); DRAFT MEMORANDUM TO J. JAMES RE: EXECUTION OF INCOMM (.1); EMAIL EXCHANGE WITH S. SCHWAGER AMD J. JAMES RE: ARAMARK AGREEMENT STATUS (.1); REVIEW OF CARDTRONICS AMENDMENT AGAINST ORIGINAL AGREEMENT AND TERM SHEET (1.8); DRAFT MEMORANDUM TO J. JAMES ET AL. RE: TELECONFERENCE ON SAME (.1); REVIEW MEMORANDA RE: ALARM CONTRACTS AND DRAFT MEMORANDUM TO D. TURETSKY RE: WAIVER OF REJECTION CLAIMS (.1); CONFERENCE WITH J. JAMES, S. STOESSER AND B. KICHLER RE: CONTRACT ASSUME/REJECT AND CLAIM ISSUES, INCLUDING D. TURETSKY FOR PARTS (.9); EMAIL EXCHANGE WITH C. JACKSON, R. MARLOWE AND J. JAMES RE: IBM HEARING (.1); EXCHANGE EMAILS WITH G. STEIN RE: SIGNOFF ON ANDERSON NEWS STIPULATION AND CONTRACT DISCUSSIONS (.1); REVIEW MEMORANDUM FROM D. TURETSKY RE: MEDICAL SECURITY CARD CLAIM AND DRAFT REPLY (.1); DRAFT MEMORANDUM TO S. KAROL RE: XROADS CONTRACT SUPPORT NEXT WEEK (.1); DRAFT MEMORANDUM TO D. RABON RE: ANDERSON NEWS CONTRACT ISSUES (.3). |
| EICHEL S | 09/07/06 | 0.10 | TELECONFERENCE WITH J. HOEFFNER (REPUBLIC PLASTICS) RE: PAYMENT WITH RESPECT TO RECLAMATION CLAIM (.1). |
| LEAMY JM | 09/07/06 | 0.30 | ANALYSIS RE: ASSUMPTION OF TRANSPORT INTL POOL LEASE (.3). |

TURETSKY DM          09/07/06       14.30   FURTHER ANALYSIS RE: CONTRACTS TO BE
                                            ASSUMED ON MODIFIED TERMS (4.6);
                                            FURTHER REVISE EXHIBIT FOR 4TH OMNIBUS
                                            ASSUMPTION MOTION (3.0); FURTHER REVISE
                                            EXHIBIT FOR FIRST NEGOTIATED ASSUMPTION
                                            MOTION (.9); FURTHER REVISE EXHIBIT FOR
                                            SECOND NEGOTIATED ASSUMPTION MOTION
                                            (.8); FURTHER REVISE EXHIBIT FOR THIRD
                                            NEGOTIATED ASSUMPTION MOTION (.9);
                                            FURTHER REVISE EXHIBIT FOR MOTION TO
                                            REJECT AS OF OCTOBER 5 (.6); E-MAIL TO
                                            K. FAGERSTROM RE: XEROX CONTRACT
                                            SETTLEMENT (.3); E-MAIL TO J. JAMES, B.
                                            KICHLER, J. YOUNG, AND K. FAGERSTROM RE:
                                            OMNIBUS REJECTION MOTION (.2) TELEPHONE
                                            CALLS WITH T. SCOLES RE: DELOITTE
                                            CONTRACTS (.1); E-MAIL TO K. FAGERSTROM
                                            AND J. LEAMY RE: TIP LEASES (.1); E-MAIL
                                            TO C. JACKSON, B. GASTON, C. IBOLD RE:
                                            SUBLEASES TO BE ASSUMED/REJECTED (.2);
                                            E-MAIL TO J. LEAMY RE: DISPOSITION OF
                                            VARIOUS EXECUTORY CONTRACTS (.1);
                                            TELECONFERENCE WITH C. SMITH RE:
                                            MEDICAL SECURITY CARD COMPANY
                                            AGREEMENTS (.3); MEMORANDUM TO J. JAMES
                                            RE: MEDICAL SECURITY COMPANY AGREEMENTS
                                            (.6);  TELECONFERENCE WITH J. JAMES AND
                                            B. KICHLER RE: CERTIFIED ALARM
                                            CONTRACTS (.1); E-MAIL TO J. JAMES AND
                                            B. KICHLER RE: EFUNDS OBJECTION TO 3D
                                            OMNIBUS ASSUMPTION MOTION (.2);
                                            TELECONFERENCE WITH J. JAMES RE:
                                            EXECUTORY CONTRACT ISSUES (.6);
                                            TELECONFERENCE WITH J. YOUNG RE:
                                            EXECUTORY CONTRACT ISSUES (.1);
                                            MEMORANDUM TO J. JAMES AND B. KICHLER
                                            RE: ALARM COMPANY CONTRACTS (.5).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW          09/08/06       2.40    TELECONFERENCE WITH D. RABON RE:
                                        ANDERSON NEWS ISSUES (.2); EXCHANGE
                                        EMAILS WITH G. STEIN RE: EXECUTED
                                        STIPULATION AND WITH J. LEAMY RE: FILING
                                        OF MOTION (.1); CONFERENCE WITH D.
                                        TURETSKY RE: XEROX ASSUMPTION ISSUES
                                        (.1); REVIEW CONTRACTS ISSUES LIST AND
                                        PROVIDE INFORMATION TO COMPLETE (.3);
                                        DRAFT MEMORANDUM TO CONTRACT TEAM AT
                                        COMPANY AND XROADS RE: TIME OF ESSENCE
                                        (.1); TELECONFERENCE WITH S. KAROL RE:
                                        XROADS ASSISTANCE ON CONTRACT ISSUES
                                        (.2); TELECONFERENCE WITH J. JAMES RE:
                                        CONTRACTS AND TIMING CONCERNS (.2);
                                        REVIEW AND RESPOND TO MEMORANDUM FROM S.
                                        KAROL RE: XROADS ASSISTANCE TO BE
                                        PROVIDED (.2); REVIEW MEMORANDA FROM S.
                                        MOORE AND J. CASTLE RE: CARDTRONICS
                                        AMENDMENT PROCESS (.1); DRAFT
                                        MEMORANDUM TO J. CASTLE ET AL. RE:
                                        CARDTRONICS AMENDMENT ISSUES (.7);
                                        TELECONFERENCE WITH C. JACKSON RE:
                                        CONTRACT MOTION FILING DEADLINE (.1);
                                        REVIEW MEMORANDA FROM S. FELD AND J.
                                        JAMES RE: INSURANCE ISSUES AND EMAIL
                                        EXCHANGE WITH SAME RE: INFORMATION FOR
                                        MOTIONS (.1).

LEAMY JM         09/08/06       1.80    REVIEW AND COMMENT ON OPEN ISSUES LIST
                                        RE: CONTRACT ASSUMPTIONS (.8);
                                        TELECONFERENCE K. FAGERSTROM AND D.
                                        TURETSKY RE: CONTRACTS TO BE ASSUMED
                                        (.8); TELECONFERENCE D. TURETSKY RE:
                                        XEROX AND ASSUMPTION MOTIONS (.2).

67

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

TURETSKY DM          09/08/06          9.20     FURTHER REVISE OPEN ISSUES MEMORANDUM
                                                RELATING TO WINN-DIXIE EXECUTORY
                                                CONTRACTS (1.4); FURTHER RESEARCH AND
                                                ANALYSIS RE: ISSUES CONCERNING
                                                EXECUTORY CONTRACTS (1.0); E-MAIL TO J.
                                                JAMES, B. KICHLER, S. STOESSER, J.
                                                YOUNG, S. KAROL, J. EDMONSON RE: OPEN
                                                ISSUES MEMORANDUM RELATING TO
                                                WINN-DIXIE EXECUTORY CONTRACTS (.2);
                                                TELECONFERENCE WITH T. SCOLES RE:
                                                DELOITTE CONTRACTS (.1); RESEARCH AND
                                                ANALYSIS RE: DELOITTE CONTRACTS (.2);
                                                TELECONFERENCE WITH B. KICHLER RE:
                                                DELOITTE CONTRACTS (.1); MEMORANDUM TO
                                                M. BYRUM, J. ROY, J. GLEASON, AND A.
                                                BARAGONA RE: DELOITTE AGREEMENTS (.7);
                                                E-MAIL TO F. HUFFARD RE: BLACKSTONE
                                                AGREEMENTS (.2); FURTHER REVISE EXHIBIT
                                                TO 4TH OMNIBUS CONTRACT ASSUMPTION
                                                MOTION (.7); TELECONFERENCE TO B.
                                                NELSON RE: EFUNDS OBJECTION TO THIRD
                                                OMNIBUS ASSUMPTION MOTION (.1);
                                                TELECONFERENCE WITH K. FAGERSTROM AND
                                                J. LEAMY RE: XEROX CONTRACT ISSUES (.8);
                                                TELECONFERENCE WITH J. LEAMY RE:
                                                EXECUTORY CONTRACT ISSUES (.2);
                                                TELECONFERENCE WITH R. GRAY RE:
                                                EXECUTORY CONTRACT ISSUES (.1);
                                                TELEPHONE CALLS WITH K. FAGERSTROM RE:
                                                MODIFIED TERMS RELATING TO ASSUMPTION
                                                OF VARIOUS EXECUTORY CONTRACTS (.2);
                                                RESEARCH RE: MODIFIED TERMS RELATING TO
                                                ASSUMPTION OF VARIOUS EXECUTORY
                                                CONTRACTS (.3); DRAFT FIRST MOTION TO
                                                ASSUME CONTRACTS ON NEGOTIATED TERMS
                                                (.9); DRAFT SECOND MOTION TO ASSUME
                                                CONTRACTS ON NEGOTIATED TERMS (.8);
                                                DRAFT THIRD MOTION TO ASSUME CONTRACTS
                                                ON NEGOTIATED TERMS (.8);
                                                TELECONFERENCE WITH J. ROY RE: DELOITTE
                                                CONTRACTS (.3); TELECONFERENCE WITH K.
                                                BURNS RE: DELOITTE CONTRACTS (.1).

GRAY RW              09/09/06          1.00     REVIEW AND REVISE FIRST OMNIBUS
                                                NEGOTIATED ASSUMPTION MOTION (.6);
                                                REVIEW AND COMMENT ON SECOND AND THIRD
                                                OMNIBUS NEGOTIATED ASSUMPTION MOTIONS
                                                (.3); REVIEW AND RESPOND TO MEMORANDUM
                                                FROM J. CASTLE RE: ASSISTANCE WITH
                                                CONTRACTS (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| TURETSKY DM | 09/09/06 | 14.30 | CONTINUE DRAFTING FIRST NEGOTIATED ASSUMPTION MOTION INCLUDING RELATED EXHIBITS (3.1); CONTINUE DRAFTING SECOND NEGOTIATED ASSUMPTION MOTION INCLUDING RELATED EXHIBITS (2.5); CONTINUE DRAFTING THIRD NEGOTIATED ASSUMPTION MOTION INCLUDING RELATED EXHIBITS (2.6); FURTHER ANALYSIS AND RESEARCH RE: OPEN ISSUES CONCERNING CONTRACTS TO BE ASSUMED/REJECTED (6.1). |
| GRAY RW | 09/10/06 | 3.70 | REVIEW AND RESPOND TO MEMORANDUM FROM D. TURETSKY RE: RAYOVAC AND DRAFT MEMORANDUM TO J. JAMES ET AL. RE: SAME (.1); DRAFT MOTION AND ORDER TO ASSUME CARDTRONICS AGREEMENT ON NEGOTIATED TERMS (2.9); DRAFT MEMORANDUM TO J. YOUNG RE: ECONOMIC IMPACT OF CARDTRONICS CONCESSIONS AND REVIEW REPLY (.1); REVIEW AND COMMENT ON 4TH OMNIBUS ASSUMPTION MOTION (.2); REVIEW AND COMMENT ON OMNIBUS REJECTION MOTION (.2); REVIEW AND COMMENT ON D. TURETSKY MEMORANDUM TO CLIENT ET AL. RE: OPEN ISSUES ON CONTRACTS (.2). |
| EICHEL S | 09/10/06 | 7.80 | REVIEW EMAIL FROM J. YOUNG RE: OUTSTANDING CONTRACT ISSUES (.1); REVIEW EMAIL FROM J. LEAMY RE: CF SAUER AND PERSONAL OPTICS (.1); COMMENCE REVIEW OF DOCUMENTS IN CONNECTION WITH RESPONDING TO J. LEAMY'S CF SAUER CLAIMS INQUIRY (.5); DRAFT EMAIL TO J. LEAMY IN RESPONSE TO INQUIRY RE: CF SAUER AND PERSONAL OPTICS (.2); REVIEW EMAIL FROM D. TURETSKY RE: OUTSTANDING ISSUES WITH RESPECT TO PREPETITION CONTRACTS (.2); REVIEW R. GRAY'S EMAIL RE: ADDRESSING OPEN ISSUES WITH RESPECT TO EXECUTORY CONTRACTS (.1); REVIEW EMAILS FROM K. FAGERSTROM RE: OPEN PREPETITION CONTRACT ISSUES (.1); REVIEW EMAIL FROM J. CARR (COUNSEL TO RUG DOCTOR) RE: RESOLVING RUG DR. CLAIM (.2); DRAFT EMAIL TO B. KICHLER RE: J. CARR'S PROPOSED RESOLUTION TO RUG DR. DISPUTE (.1); COMMENCE DRAFTING SUMMARY OF PREPETITION CONTRACTS TO BE REJECTED (6.0); DRAFT EMAIL TO D. TURETSKY RE: REJECTION OF VENDOR CONTRACTS (.1); DRAFT EMAIL TO D. TURETSKY RE: ENVIRONMENTAL WASTE CURE AMOUNT (.1). |

69

TURETSKY DM          09/10/06          13.00     CONTINUE ANALYSIS AND RESEARCH RE: OPEN
                                                 ISSUES CONCERNING CONTRACTS TO BE
                                                 ASSUMED/REJECTED (4.6); DRAFT FOURTH
                                                 OMNIBUS ASSUMPTION MOTION INCLUDING
                                                 RELATED EXHIBIT (.6); DRAFT MOTION TO
                                                 REJECT CONTRACTS AS OF OCTOBER 21
                                                 INCLUDING RELATED EXHIBIT (.5); FURTHER
                                                 REVISE EXHIBIT RELATED TO 1ST
                                                 NEGOTIATED ASSUMPTION MOTION (2.1);
                                                 FURTHER REVISE EXHIBIT RELATED TO 2D
                                                 NEGOTIATED ASSUMPTION MOTION (1.0);
                                                 FURTHER REVISE EXHIBIT RELATED TO 3D
                                                 NEGOTIATED ASSUMPTION MOTION (1.2);
                                                 FURTHER REVISE MEMORANDUM RE: OPEN
                                                 ISSUES CONCERNING CONTRACTS TO BE
                                                 ASSUMED/REJECTED (2.7); E-MAIL TO J.
                                                 JAMES, B. KICHLER, J. YOUNG, J. CASTLE,
                                                 H. ETLIN, J. EDMONSON RE: OPEN ISSUES
                                                 (.3).

GRAY RW              09/11/06          1.70      REVIEW AND REVISE GE CONSUMER PRODUCTS
                                                 ASSUMPTION AGREEMENT (.4); DRAFT
                                                 MEMORANDA TO D. TURETSKY RE: HANDLING OF
                                                 INSURANCE CONTRACTS/POLICIES PER S.
                                                 FELD MEMORANDUM (.1); REVIEW EXHIBITS
                                                 TO OMNIBUS ASSUMPTION REJECTION
                                                 EXHIBITS (.7); TELECONFERENCE WITH D.
                                                 TURETSKY RE: COMMENTS ON SAME (.1);
                                                 CONFERENCE WITH S. GRIMM AND J. YOUNG
                                                 RE: CARDTRONICS (.2); REVIEW AND
                                                 RESPOND TO MEMORANDUM FROM H. ETLIN RE:
                                                 CONTRACTS STATUS (.1); EMAIL EXCHANGE
                                                 WITH K. FAGERSTROM RE: RAYOVAC CONTRACT
                                                 DISPOSITION (.1).

LEAMY JM             09/11/06          0.70      DRAFT MOTION TO APPROVE XEROX
                                                 STIPULATION (.5); EMAILS K. FAGERSTROM
                                                 RE: SIRIUS, XEROX (.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

TURETSKY DM          09/11/06          12.20   FURTHER RESEARCH AND ANALYSIS RE:
                                                ISSUES CONCERNING EXECUTORY CONTRACTS
                                                TO BE ASSUMED/REJECTED (4.1); FURTHER
                                                REVISE EXHIBIT TO FIRST NEGOTIATED
                                                ASSUMPTION AGREEMENT (.7); FURTHER
                                                REVISE EXHIBIT TO SECOND NEGOTIATED
                                                ASSUMPTION AGREEMENT (.5); FURTHER
                                                REVISE EXHIBIT TO THIRD NEGOTIATED
                                                ASSUMPTION AGREEMENT (.4); FURTHER
                                                REVISE EXHIBIT TO FOURTH OMNIBUS
                                                ASSUMPTION AGREEMENT (.6); FURTHER
                                                REVISE EXHIBIT TO MOTION TO REJECT
                                                CONTRACTS AS OF OCTOBER 5 (.3); E-MAIL
                                                TO S. EICHEL RE: ENVIRONMENTAL WASTE
                                                SOLUTIONS CONTRACT (.1); FURTHER REVISE
                                                EXHIBIT RE: 4TH OMNIBUS ASSUMPTION
                                                MOTION (.8); TELECONFERENCE WITH J.
                                                JAMES AND B. KICHLER RE: CONTRACT ISSUES
                                                (.1); TELEPHONE CALLS WITH J. YOUNG RE:
                                                EXECUTORY CONTRACT ISSUES (.3); E-MAIL
                                                TO M. BARR, J. MILTON, AND M. COMERFORD
                                                RE: ASSUMPTION AND REJECTION MOTIONS
                                                (.3); TELECONFERENCE WITH R. GRAY RE:
                                                COMMENTS TO ASSUMPTION MOTIONS (.1);
                                                RESEARCH AND ANALYSIS RE: PHARMACY
                                                CHOICE AGREEMENT (.7); TELECONFERENCE
                                                WITH J. YOUNG RE: LEXIS/PEOPLEWISE
                                                (.1); TELECONFERENCE WITH K.
                                                FAGERSTROM, J. YOUNG (PARTIAL), AND J.
                                                EDMONSON (PARTIAL) RE: ALARM CONTRACTS
                                                AND OTHER CONTRACT ISSUES (.8);
                                                TELECONFERENCE WITH B. NELSON RE:
                                                EFUNDS OBJECTION TO THIRD OMNIBUS
                                                ASSUMPTION MOTION (.1); RESEARCH RE:
                                                ISSUES CONCERNING EFUNDS OBJECTION TO
                                                THIRD OMNIBUS ASSUMPTION MOTION (.1);
                                                TELECONFERENCE WITH J. POST RE: ISSUES
                                                CONCERNING EFUNDS OBJECTION TO THIRD
                                                OMNIBUS ASSUMPTION MOTION (.1);
                                                TELECONFERENCE WITH J. JAMES, B.
                                                KICHLER, J. EDMONSON, J. YOUNG, AND K.
                                                FAGERSTROM RE: EXECUTORY CONTRACT
                                                ISSUES (2.0).

GRAY RW          09/12/06        1.70    REVISE CARDTRONICS 4TH AMENDMENT AND
                                         DRAFT MEMORANDUM TO S. GRIMM ET AL. RE:
                                         SAME (.3); TELECONFERENCE WITH D.
                                         TURETSKY RE: NCR ISSUES (.1);
                                         TELECONFERENCE WITH T. CARVER, IN HOUSE
                                         COUNSEL FOR NCR, RE: CONTRACTS TO BE
                                         ASSUMED (.1); EXCHANGE EMAILS WITH S.
                                         KAROL AND J. CASTLE RE: PROCESS ON
                                         CONTRACTS FRONT (.1); CONFERENCES WITH
                                         D. TURETSKY RE: NCR ISSUES (.2); REVIEW
                                         AND COMMENT ON REVISED VERSIONS OF FOUR
                                         ASSUMPTION MOTIONS AND EXHIBITS (.4);
                                         DRAFT MEMORANDUM TO S. GRIMM AND J.
                                         YOUNG RE: CARDTRONICS MOTION STATUS AND
                                         REVIEW REPLY FROM J. YOUNG (.1);
                                         TELECONFERENCE WITH D. TURETSKY AND J.
                                         POST RE: ASSUMPTION EXHIBIT ISSUES
                                         (.1); REVIEW CONTRACT UPDATE REPORT
                                         FROM J. YOUNG (.2); REVIEW EMAIL
                                         EXCHANGE RE: RD CANDLE AND RUG DOCTOR
                                         AND DRAFT MEMORANDA TO CLARIFY CLAIM
                                         TREATMENT (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

EICHEL S            09/12/06        11.80    ANALYZE ISSUES RE: OUTSTANDING
                                             PREPETITION CONTRACTS (.3); DRAFT EMAIL
                                             TO B. KICHLER RE: STATUS OF OUTSTANDING
                                             PREPETITION CONTRACTS (.1);
                                             TELECONFERENCE WITH B. KICHLER RE: CF
                                             SAUER AGREEMENT (.5); REVIEW AND REVISE
                                             MOTION TO REJECTION VERTIS PREPETITION
                                             SUPPLY AGREEMENT (.3); DRAFT, REVIEW
                                             AND REVISE OMNIBUS MOTION TO REJECT
                                             PREPETITION SUPPLY AGREEMENTS (.5);
                                             TELECONFERENCE WITH J. CARR (COUNSEL TO
                                             RUG DOCTOR), B. KICHLER AND OTHERS RE:
                                             RESOLUTION OF RUG DOCTOR CLAIMS IN
                                             CONNECTION WITH RESOLUTION OF
                                             PREPETITION CLAIM (.7); DRAFT EMAILS TO
                                             R. GRAY AND D. TURETSKY RE: RESOLUTION
                                             OF RUG DR. PREPETITION CONTRACT (.2);
                                             ANALYZE ISSUES RE: RD CANDLE CLAIM (.2);
                                             DRAFT EMAIL TO C. JACKSON (LOGAN) RE: RD
                                             CANDLE CLAIM (.1); TELECONFERENCE WITH
                                             B. KICHLER RE: RUG DOCTOR CONTRACT AND
                                             CHEMSTAR (.2); TELECONFERENCE WITH J.
                                             RAGASE RE: BUSINESS JUSTIFICATION FOR
                                             REJECTION OF ADVO PREPETITION SUPPLY
                                             CONTRACT (.2); REVIEW NEW ADVO
                                             AGREEMENT IN CONNECTION WITH ANALYZING
                                             REJECTION OF ADVO PREPETITION CONTRACT
                                             (.2); TELECONFERENCE WITH B. KICHLER
                                             RE: REJECTION OF PREPETITION CONTRACTS
                                             (.1); REVIEW OF GE CONSUMER PRODUCTS
                                             CLAIM IN CONNECTION WITH ASSUMPTION OF
                                             CONTRACT (.2); TELECONFERENCE WITH B.
                                             KICHLER RE: ASSUMPTION OF RUG DOCTOR AND
                                             RD CANDLE CONTRACTS (.1); REVIEW AND
                                             REVISE OMNIBUS MOTION TO REJECT SUPPLY
                                             AGREEMENTS (.4); TELECONFERENCE WITH J.
                                             YOUNG, J. JAMES, J. EDMONSON, D.
                                             TURETSKY AND OTHERS RE: STATUS OF
                                             OUTSTANDING PREPETITION AGREEMENTS
                                             (1.7); REVIEW EMAIL FROM D. TURETSKY RE:
                                             RAYOVAC CONTRACT (.1); REVIEW EMAIL
                                             FROM D. TURETSKY RE: ASSUMPTION MOTIONS
                                             (.2); REVIEW EMAIL FROM D. TURETSKY RE:
                                             MATRA CONTRACT (.1); REVIEW EMAIL FROM
                                             J. JAMES RE: JUSTIFICATION FOR
                                             REJECTION OF ADVO AGREEMENTS (.1);
                                             REVIEW EMAIL FROM B. KICHLER RE: STATUS
                                             OF PREPETITION VENDOR CONTRACTS TO BE
                                             REJECTED (.1); REVIEW EMAIL FROM B.
                                             KICHLER RE: ASSUMING RAYOVAC
                                             PREPETITION CONTRACT (.1); REVIEW EMAIL
                                             FROM R. GRAY RE: STATUS OF VENDOR
                                             REJECTION ISSUES (.1); REVIEW EMAILS
                                             FROM B. KICHLER RE: UPCOMING RUG DOCTOR
                                             CONFERENCE (.2); DRAFT EMAIL TO B.
                                             KICHLER RE: STATUS OF OUTSTANDING
                                             VENDOR SUPPLY CONTRACTS (.1); REVIEW
                                             EMAIL FROM B. KICHLER RE: ASSUMPTION OF
                                             FLOWERS BAKERIES CONTRACT (.1);

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

REVIEW EMAIL FROM D. TURETSKY RE: STATUS
OF PERSONAL OPTICS CONTRACT (.1); DRAFT
EMAIL TO R. GRAY AND D. TURETSKY RE:
RESOLUTION OF RUG DOCTOR CLAIM DISPUTE
IN CONNECTION WITH ASSUMPTION OF
AGREEMENT (.1); DRAFT EMAIL TO D.
TURETSKY RE: NCR RECLAMATION CLAIM
(.1); REVIEW EMAILS FROM D. TURETSKY RE:
CLAIMS OF RUG DR. AND RD CANDLE (.2);
DRAFT EMAIL TO D. TURETSKY RE:
ASSUMPTION OF RUG DR. CONTRACT (.1);
DRAFT EMAILS TO C. JACKSON RE: CLAIM OF
RD CANDLE (.1); REVIEW EMAIL FROM D.
TURETSKY RE: FLOWERS BAKERIES CURE
AMOUNT (.1); REVIEW EMAIL FROM J.
EDMONSON RE: FLOWERS BAKERIES CURE
AMOUNT (.1); REVIEW EMAIL FROM B.
KICHLER RE: RUG DR. AND RD CANDLE CLAIMS
(.1); REVIEW CF SAUER SUPPLY AGREEMENT
(.2); REVIEW CF SAUER SALAD PRODUCT
SUPPLY AGREEMENT (.2); DRAFT EMAIL TO B.
KICHLER, J. JAMES, R. GRAY AND D.
TURETSKY RE: CF SAUER PREPETITION
CONTRACTS (.8); REVIEW AND REVISE
SUMMARY OF CONTRACTS TO BE REJECTED
(.4); DRAFT EMAIL TO J. EDMONSON AND B.
CROCKER RE: PREPETITION CLAIM OF HONOR
TECHNOLOGIES (.1); REVIEW AND REVISE
CHART RE: SUMMARY REJECTION OF
PREPETITION SUPPLY AGREEMENTS (1.8);
REVIEW EMAILS FROM D. TURETSKY RE: NCR
RECLAMATION CLAIM (.1).

| | | | |
|---|---|---|---|
| LEAMY JM | 09/12/06 | 1.90 | RESEARCH RE: ASSUMPTION AGREEMENTS AND EMAILS K. FAGERSTROM RE: SAME (.4); COORDINATE RE: CLAIMS TO BE DISPOSED OF IN ASSUMPTION MOTIONS (1.0); REVIEW AND ANALYSIS RE: DL PETERSON CONTRACT (.5). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

TURETSKY DM          09/12/06        14.10   FURTHER ANALYSIS RE:
                                             ASSUMPTION/REJECTION ISSUES IN
                                             CONNECTION WITH EXECUTORY CONTRACTS
                                             (5.3); FURTHER REVISE 1ST NEGOTIATED
                                             ASSUMPTION MOTION/EXHIBIT (1.2);
                                             FURTHER REVISE 2D NEGOTIATED ASSUMPTION
                                             MOTION/EXHIBIT (1.1); FURTHER REVISE 3D
                                             NEGOTIATED ASSUMPTION MOTION/EXHIBIT
                                             (1.0); FURTHER REVISE FOURTH OMNIBUS
                                             ASSUMPTION MOTION/EXHIBIT (.9); E-MAIL
                                             TO J. JAMES, B. KICHLER, S. STOESSER, J.
                                             EDMONSON, H. ETLIN, J. CASTLE, J. YOUNG,
                                             K. FAGERSTROM RE: ISSUES CONCERNING
                                             MATRA CONTRACT (.2); MEMORANDUM TO J.
                                             JAMES, B. KICHLER, S. STOESSER, J.
                                             EDMONSON, H. ETLIN, J. CASTLE, J. YOUNG,
                                             K. FAGERSTROM RE: REVISED EXHIBITS FOR
                                             ASSUMPTION/REJECTION MOTIONS (.3);
                                             TELECONFERENCE WITH F. HUFFARD RE:
                                             BLACKSTONE CONTRACTS (.1);
                                             TELECONFERENCE TO N. BUBNOVICH RE:
                                             WATSON WYATT CONTRACTS (.1); E-MAIL TO
                                             N. BUBNOVICH RE: WATSON WYATT CONTRACTS
                                             (.1); E-MAIL TO M. BYRUM, J. GLEASON, J.
                                             ROY RE: DELOITTE CONTRACTS (.4); E-MAIL
                                             TO J. JAMES AND B. KICHLER RE: WATSON
                                             WYATT AND BLACKSTONE CONTRACTS (.1);
                                             E-MAIL TO S. EICHEL RE: NCR CONTRACTS
                                             (.2); FURTHER RESEARCH AND ANALYSIS RE:
                                             NCR CONTRACTS (.3); TELECONFERENCE WITH
                                             T. WUERTZ RE: NCR AGREEMENTS (.2);
                                             ANALYSIS RE: FLOWERS BAKERIES CONTRACT
                                             (.3); E-MAIL TO J. JAMES RE: PHARMACY
                                             CHOICE CONTRACT (.1); E-MAIL TO T. BELL
                                             AND J. JAMES RE: MEDICAL SECURITY CARD
                                             COMPANY (.1); TELECONFERENCE WITH J.
                                             POST AND R. GRAY RE: MOTIONS TO APPROVE
                                             NEGOTIATED ASSUMPTIONS OF CONTRACTS
                                             (.1); E-MAIL TO B. KICHLER RE: CONTRACTS
                                             WITH RUG DOCTOR AND RD CANDLE (.1);
                                             TELECONFERENCE WITH J. JAMES, B.
                                             KICHLER, J. YOUNG, J. EDOMONSON, K.
                                             FAGERSTROM RE: EXECUTORY CONTRACT
                                             ISSUES (1.7); TELECONFERENCE WITH R.
                                             GRAY RE: EXECUTORY CONTRACT ISSUES
                                             (.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW          09/13/06       2.70   TELECONFERENCE WITH J. YOUNG RE:
                                       CONTRACTS STATUS (.2); TELECONFERENCE
                                       WITH J. JAMES AND B. KICHLER RE: VENDOR
                                       SUPPLY RENEGOTIATE/REJECT ISSUES (.3);
                                       DRAFT MEMORANDUM TO D. TURETSKY AND S.
                                       EICHEL RE: SAME (.1); REVIEW AND COMMENT
                                       ON UPDATED EXHIBITS FOR FOUR ASSUMPTION
                                       MOTIONS (.2); REVIEW AND REVISE ORDERS
                                       FOR FOUR ASSUMPTION AND ONE REJECTION
                                       ORDERS (.6); REVIEW AND RESPOND TO
                                       MEMORANDA FROM B. KICHLER AND S. EICHEL
                                       RE: CF SAUER ISSUES (.1); REVIEW AND
                                       RESPOND TO MEMORANDA FROM B. KICHLER AND
                                       J. YOUNG RE: RAYOVAC (.1); CONFERENCE
                                       WITH D. TURETSKY RE: CONTRACT ISSUES
                                       (.1); DRAFT MEMORANDUM TO J. HARBOUR RE:
                                       ASSUMPTION MOTION FOR INCOMM ASSUMPTION
                                       (.1); EXCHANGE EMAILS WITH J. HARBOUR
                                       AND J. JAMES RE: EXECUTION OF INCOMM
                                       AGREEMENT (.1); CONFERENCE WITH J.
                                       CASTLE, M. RICHARDS AND D. TURETSKY RE:
                                       CONTRACTS STATUS REPORT (.1); REVIEW
                                       CARDTRONICS BUSINESS CASE FROM J. YOUNG
                                       (.2); CONFERENCE WITH J. YOUNG, D.
                                       TURETSKY AND S. EICHEL RE: OPEN CONTRACT
                                       ISSUES (.3); REVIEW CLAIM ASSIGNMENT
                                       AGREEMENT RE: ISSUE ON CURE (.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

EICHEL S          09/13/06     12.60   TELECONFERENCE WITH T. WUERTZ RE:
                                       EARTHGRAIN CONTRACT (.1); REVIEW EMAIL
                                       FROM D. TURETSKY RE: REVISED ASSUMPTION
                                       EXHIBITS (.1); REVIEW EMAIL FROM R. GRAY
                                       RE: CF SAUER MARGARINE CONTRACT (.1);
                                       DRAFT EMAIL TO R. GRAY RE: HER INQUIRY
                                       RE: CF SAUER MARGARINE CONTRACT (.3);
                                       REVIEW EMAIL FROM C. JACKSON RE:
                                       ASSUMPTION OF RD CANDLE CONTRACT (.1);
                                       COMMENCE DETERMINATION OF PARTIES TO BE
                                       SERVED IN CONNECTION WITH REJECTION OF
                                       PREPETITION CONTRACTS (.5); REVIEW
                                       EMAILS FROM R. GRAY RE: REJECTION OF
                                       PREPETITION CONTRACTS (.1); REVIEW
                                       EMAIL FROM R. GRAY RE: CF SAUER CONTRACT
                                       (.1); REVIEW EMAIL FROM J. EDMONSON RE:
                                       STAR F/K/A HONOR TECHNOLOGIES (.1);
                                       REVIEW EMAIL FROM B. KICHLER RE:
                                       RECONCILIATION OF RUG DR. CLAIM (.1);
                                       REVIEW EMAIL FROM J. JAMES RE: REVISED
                                       ASSUMPTION EXHIBITS (.1);
                                       TELECONFERENCE WITH B. KICHLER RE:
                                       ASSUMPTION OF RUG DR. CONTRACT (.2);
                                       REVIEW EMAIL FROM J. CARR RE: ASSUMPTION
                                       OF RUG DR. CONTRACT (.1);
                                       TELECONFERENCE WITH M. SAUER (AND HIS
                                       COUNSEL) RE: CF SAUER AGREEMENT (1.2);
                                       TELECONFERENCE WITH B. KICHLER AND R.
                                       GRAY RE: CF SAUER'S REVISIONS TO
                                       CONTRACT (.2); REVIEW EMAIL FROM B.
                                       CROCKER RE: HONOR TECHNOLOGIES (.1);
                                       REVIEW B. KICHLER'S EMAIL RE: RAYOVAC
                                       CONTRACT (.1); REVIEW AND REVISE
                                       SUMMARY FOR OMNIBUS REJECTION MOTION
                                       (1.2); DRAFT EMAIL TO J. RAGASE AND B.
                                       KICHLER RE: EXHIBIT TO OMNIBUS MOTION TO
                                       REJECT (.2); DRAFT EMAIL TO B. KICHLER
                                       RE: CF SAUER PREPETITION CONTRACT TO BE
                                       REJECTED (.1); TELECONFERENCE WITH CF
                                       SAUER'S COUNSEL RE: PROPOSED REVISIONS
                                       TO CF SAUER AGREEMENT (.2);
                                       TELECONFERENCE WITH J. EDMONSON, J.
                                       YOUNG, B. KICHLER, J. JAMES AND D.
                                       TURETSKY RE: STATUS OF AGREEMENTS TO BE
                                       ASSUMED AND REJECTED (1.2); DRAFT,
                                       REVIEW AND REVISE REJECTION ORDER (.8);
                                       DRAFT EMAIL TO R. GRAY RE: VERTIS CLAIM
                                       (.1); REVIEW EMAIL FROM B. KICHLER RE:
                                       HONOR TECHNOLOGIES (.1);
                                       TELECONFERENCE WITH J. YOUNG, R. GRAY
                                       AND D. TURETSKY RE: STATUS OF CONTRACTS
                                       TO BE ASSUMED AND REJECTED (.3);
                                       TELECONFERENCE WITH B. KICHLER RE:
                                       VERTIS, BERGENSON AND SOUTHERN CLEANING
                                       PREPETITION CONTRACTS (.2);
                                       TELECONFERENCE WITH B. KICHLER RE: RUG
                                       DR. REVISED AGREEMENT (.1); REVIEW
                                       EMAIL FROM J. CARR RE: NATURE'S FINEST
                                       ASSUMPTION AGREEMENT (.1);

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

REVIEW AND REVISE EXHIBIT LISTING
VENDOR CONTRACTS TO BE REJECTED (.6);
REVIEW AND REVISE MOTION AUTHORIZING
NEGOTIATED REJECTION OF EXECUTORY
CONTRACTS (1.2); REVIEW AND REVISE
REJECTION ORDER (.2); DRAFT EMAIL TO R.
GRAY RE: MOTION PAPERS RE: REJECTION OF
EXECUTORY CONTRACTS (.1); DRAFT EMAIL
TO R. GRAY RE: VERTIS PROOF OF CLAIM
(.1); DRAFT EMAIL TO B. CROCKER RE:
HONOR TECHNOLOGIES CLAIM (.1); REVIEW
PROPOSED AGREEMENT WITH DATAWAVE
SERVICES (.2); DRAFT EMAIL TO J.
EDMONSON AND J. YOUNG RE: PREPETITION
AGREEMENT WITH AT&T THAT WILL BE
REJECTED (.1); REVIEW AND REVISE
SUMMARY OF CONTRACTS TO BE REJECTED
(1.8).

LEAMY JM          09/13/06        0.40    TELECONFERENCE WITH D. TURETSKY RE: DHL
                                          PETERSON CONTRACT (.2); TELECONFERENCE
                                          WITH D. TURETSKY RE: NCR (.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

TURETSKY DM          09/13/06      15.40   FURTHER ANALYSIS RE:
                                           ASSUMPTION/REJECTION ISSUES IN
                                           CONNECTION WITH EXECUTORY CONTRACTS
                                           (5.7); FURTHER REVISE 1ST NEGOTIATED
                                           ASSUMPTION MOTION/EXHIBIT (1.2);
                                           FURTHER REVISE 2D NEGOTIATED ASSUMPTION
                                           MOTION/EXHIBIT (.5); FURTHER REVISE 3D
                                           NEGOTIATED ASSUMPTION MOTION/EXHIBIT
                                           (.6); FURTHER REVISE FOURTH OMNIBUS
                                           ASSUMPTION MOTION/EXHIBIT (1.2);
                                           E-MAIL TO J. JAMES, B. KICHLER, J.
                                           YOUNG, J. CASTLE, H. ETLIN RE:
                                           ASSUMPTION MOTIONS (.3); DRAFT PROPOSED
                                           ORDER RE: 1ST NEGOTIATED ASSUMPTION
                                           MOTION (.6); DRAFT PROPOSED ORDER RE: 2D
                                           NEGOTIATED ASSUMPTION MOTION (.4);
                                           DRAFT PROPOSED ORDER RE: 3D NEGOTIATED
                                           ASSUMPTION MOTION (.2); E-MAIL TO R.
                                           GRAY RE: ORDERS CONCERNING NEGOTIATED
                                           ASSUMPTION MOTIONS (.1);
                                           TELECONFERENCE WITH C. JACKSON RE:
                                           EFUNDS OBJECTION TO THIRD OMNIBUS
                                           ASSUMPTION MOTION (.1); TELEPHONE CALLS
                                           WITH B. NELSON RE: EFUNDS OBJECTION TO
                                           THIRD OMNIBUS ASSUMPTION MOTION (.2);
                                           TELECONFERENCE WITH J. LEAMY RE: PHH
                                           PETERSON CONTRACT (.2); E-MAIL TO B.
                                           KICHLER RE: RD CANDLE (.1); DRAFT
                                           PROPOSED ORDER FOR FOURTH OMNIBUS
                                           ASSUMPTION MOTION (.2); DRAFT PROPOSED
                                           ORDER RE: MOTION TO REJECT CONTRACTS AS
                                           OF OCTOBER 5 (.2); REVIEW MEMORANDUM RE:
                                           DISPOSITION OF INSURANCE CONTRACTS IN
                                           CONNECTION WITH MOTIONS TO ASSUME
                                           EXECUTORY CONTRACTS (.2); FURTHER
                                           RESEARCH RE: ISSUES CONCERNING
                                           ASSUMPTION OF NCR AGREEMENTS (.6);
                                           TELECONFERENCE WITH J. LEAMY RE: NCR
                                           CONTRACTS (.2); TELECONFERENCE WITH D.
                                           YOUNG RE: NCR CONTRACTS (.1); E-MAIL TO
                                           J. JAMES RE: CONTRACTS WITH MEDICAL
                                           SECURITY CARD COMPANY (.1);
                                           TELECONFERENCE WITH R. GRAY, M.
                                           RICHARD, AND J. CASTLE RE: EXECUTORY
                                           CONTRACT ISSUES (.1); TELECONFERENCE
                                           WITH R. GRAY RE: ANDERSON NEWS CONTRACT
                                           (.1); TELECONFERENCE WITH J. JAMES, J.
                                           YOUNG, K. FAGERSTROM, J. EDMONSON, AND
                                           S. EICHEL RE: EXECUTORY CONTRACT ISSUES
                                           (1.2); TELECONFERENCE WITH J. YOUNG, S.
                                           EICHEL, AND R. GRAY (PARTIAL) RE:
                                           EXECUTORY CONTRACT ISSUES (.3);
                                           TELECONFERENCE WITH B. KICHLER AND J.
                                           JAMES RE: EXECUTORY CONTRACT ISSUES
                                           (.2); REVISE DRAFT PROPOSED ORDER RE:
                                           1ST NEGOTIATED ASSUMPTION MOTION (.2);
                                           REVISE DRAFT PROPOSED ORDER RE: 2D
                                           NEGOTIATED ASSUMPTION MOTION (.1);

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

|  |  |  | REVISE DRAFT PROPOSED ORDER RE: 3D NEGOTIATED ASSUMPTION MOTION (.1); REVISE DRAFT PROPOSED ORDER RE: 4TH OMNIBUS ASSUMPTION MOTION (.1). |
|---|---|---|---|
| GRAY RW | 09/14/06 | 3.20 | REVIEW AND REVISE S. EICHEL DRAFT OF OMNIBUS REJECTION MOTION, EXHIBIT AND ORDER FOR NEGOTIATED DEALS (.7); REVIEW REVISED VERSIONS OF REJECTION MOTIONS AND PROVIDE ADDITIONAL COMMENTS (.2); REVIEW UPDATED CHART (.1); REVIEW MEMORANDUM FROM T. CARVER RE: NCR CONTRACTS (.1); REVISE MOTION AND EXHIBITS TO ADDRESS NCR ISSUES (.3); DRAFT MEMORANDUM TO T. CARVER RE: MOTION FOR NCR AGREEMENTS (.1); DRAFT MEMORANDUM TO S. SCHWAGER RE: STATUS OF ARAMARK ASSUMPTION AGREEMENT AND REVIEW REPLY (.1); LOCATE AND FORWARD SERVICE INFORMATION FOR ATTORNEYS INVOLVED WITH ASSUMPTION AGREEMENTS (.2); REVIEW RAYOVAC DOCUMENTATION AND RELATED EMAILS (.1); PREPARE NOTICE OF HEARING FOR CARDTRONICS MOTION (.1); DRAFT MEMORANDUM TO J. THOMPSON AND M. KELLER RE: CARDTRONICS MOTION FOR REVIEW (.2); REVIEW COMMENTS FROM M. KELLER, INCORPORATE, AND DRAFT MEMORANDUM TO S. GRIMM ET AL. RE: SAME (.2); DRAFT MEMORANDA TO J. MILTON AND C. JACKSON ET AL. RE: CARDTRONICS MOTION (.1); EXCHANGE EMAILS WITH C. JACKSON RE: COMMENTS ON CARDTRONICS (.1); DRAFT MEMORANDUM TO J. HARBOUR RE: INCOMM SIGNATURE ON AGREEMENT (.1); REVIEW UPDATED VERSIONS OF FIRST, SECOND AND THIRD OMNIBUS NEGOTIATED ASSUMPTION MOTIONS AND EXHIBITS (.3); REVIEW CONTRACT STATUS UPDATE REPORT (.2). |

EICHEL S          09/14/06          11.30    REVIEW AND REVISE MOTION PAPERS TO
                                             REJECT PREPETITION AGREEMENTS (6.2);
                                             TELECONFERENCE WITH B. KICHLER RE
                                             REJECTION OF HANDI-FOIL AND FREUDENBERG
                                             PREPETITION AGREEMENTS (.5); REVIEW AND
                                             REVISE SUMMARY OF CONTRACTS TO BE
                                             REJECTED (1.3); DRAFT EMAIL TO R. GRAY
                                             RE: SUMMARY OF REJECTION DAMAGES (.1);
                                             REVIEW EMAIL FROM K. FAGERSTROM RE:
                                             FREUDENBERG AGREEMENT (.1); DRAFT EMAIL
                                             TO K. FAGERSTROM RE: EXECUTED
                                             FREUDENBERG AGREEMENT (.1); DRAFT EMAIL
                                             TO B. KICHLER RE: REJECTION MOTION
                                             PAPERS (.2); DRAFT EMAIL TO M.
                                             COMERFORD, M. BARR AND J. MILTON RE:
                                             MOTION TO REJECT EXECUTORY CONTRACTS
                                             (.1); TELECONFERENCE WITH J. JAMES, B.
                                             KICHLER, K. FAGERSTROM AND D. TURETSKY
                                             RE: STATUS OF OUTSTANDING PREPETITION
                                             AGREEMENTS (TWO SKADDEN ATTORNEYS ON
                                             TELECONFERENCE BECAUSE EACH
                                             RESPONSIBLE FOR DIFFERENT CONTRACTS)
                                             (1.2); REVIEW EMAILS FROM D. TURETSKY
                                             RE: REJECTION MOTION (.2); REVIEW EMAIL
                                             FROM J. EDMONSON RE: AT&T PREPETITION
                                             CONTRACT (.1); TELECONFERENCE WITH B.
                                             KICHLER RE: RUG DR. AND TRM SUPPLY
                                             AGREEMENTS (.2); TELECONFERENCE WITH K.
                                             WARD RE: SERVICE OF MOTION TO REJECT
                                             PREPETITION CONTRACTS (.1);
                                             TELECONFERENCE WITH K. LOGAN RE:
                                             SERVICE OF REJECTION MOTION (.1);
                                             REVIEW EMAIL FROM C. CABELL (CF SAUER
                                             COUNSEL) RE: REVISIONS TO CF SAUER
                                             AGREEMENT (.1); DRAFT EMAIL TO P.
                                             TREMBLAY AND B. KICHLER RE: CF SAUER
                                             PROPOSED REVISIONS (.1); DRAFT EMAIL TO
                                             B. KICHLER RE: SUMMARY OF REJECTED
                                             CONTRACTS (.1); DRAFT EMAIL TO K. LOGAN
                                             RE: SERVICE OF REJECTION MOTION (.1);
                                             DRAFT EMAIL TO B. KICHLER RE: REJECTION
                                             MOTION PAPERS (.2); REVIEW EMAIL FROM B.
                                             KICHLER RE: SOUTHERN CLEANING AND
                                             CHEMSTAR EXECUTED AGREEMENTS (.1);
                                             DRAFT EMAIL TO B. KICHLER RE: REJECTION
                                             OF SOUTHERN CLEANING AND CHEMSTAR
                                             CONTRACTS (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

TURETSKY DM        09/14/06        14.40    FURTHER REVIEW AND REVISE 1ST
                                            NEGOTIATED ASSUMPTION MOTION/EXHIBIT
                                            (2.3); FURTHER REVIEW AND REVISE 2D
                                            NEGOTIATED ASSUMPTION MOTION/EXHIBIT
                                            (1.6); FURTHER REVIEW AND REVISE 3D
                                            NEGOTIATED ASSUMPTION MOTION/EXHIBIT
                                            (1.8); FURTHER REVIEW AND REVISE FOURTH
                                            OMNIBUS ASSUMPTION MOTION/EXHIBIT
                                            (1.4); FURTHER REVIEW AND REVISE MOTION
                                            TO REJECT EXECUTORY CONTRACTS AS OF
                                            OCTOBER 5 (.6); ADDITIONAL RESEARCH AND
                                            ANALYSIS RE: ISSUES CONCERNING
                                            ASSUMPTION/REJECTION OF EXECUTORY
                                            CONTRACTS (2.4); TELECONFERENCE WITH C.
                                            JACKSON RE: MOTION TO ASSUME IBM
                                            CONTRACTS (.1); FURTHER REVISE PROPOSED
                                            ORDER RE: IBM ASSUMPTION MOTION (.2);
                                            FURTHER REVISE PROPOSED ORDER RE: 3D
                                            OMNIBUS ASSUMPTION MOTION (.2); E-MAIL
                                            TO C. JACKSON RE: PROPOSED ORDERS FOR
                                            IBM AND 3D OMNIBUS ASSUMPTION MOTIONS
                                            (.1); E-MAIL TO B. KICHLER RE: RAYOVAC
                                            CONTRACT (.1); E-MAIL TO J. YOUNG, J.
                                            JAMES, K. FAGERSTROM, AND B. KICHLER RE:
                                            ASSUMPTION AGREEMENTS FOR CONTRACTS
                                            BEING ASSUMED (.2); TELECONFERENCE WITH
                                            K. LOGAN RE: SERVICE OF THIRD OMNIBUS
                                            ASSUMPTION ORDER AND NEGOTIATED
                                            ASSUMPTION MOTIONS (.2); E-MAIL TO K.
                                            LOGAN RE: SERVICE OF THIRD OMNIBUS
                                            ASSUMPTION ORDER AND NEGOTIATED
                                            ASSUMPTION MOTIONS (.2); TELEPHONE
                                            CALLS WITH C. SMITH RE: MEDICAL SECURITY
                                            CARD COMPANY CONTRACTS (.2); FURTHER
                                            RESEARCH AND ANALYSIS RE: MEDICAL
                                            SECURITY CARD COMPANY CONTRACTS (.1);
                                            TELECONFERENCE WITH J. POST RE:
                                            CONTRACT WITH MEDICAL SECURITY CARD
                                            COMPANY (.2); E-MAIL TO M. BARR, J.
                                            MILTON, AND M. COMERFORD RE: PROPOSED
                                            ORDERS IN CONNECTION WITH ASSUMPTION
                                            AND REJECTION MOTIONS (.2); E-MAIL TO M.
                                            BARR, J. MILTON, AND M. COMERFORD RE:
                                            REVISED DRAFTS OF NEGOTIATED ASSUMPTION
                                            MOTIONS AND 4TH OMNIBUS ASSUMPTION
                                            MOTION (0.4); E-MAIL TO C. JACKSON RE:
                                            NEGOTIATED ASSUMPTION AND REJECTION
                                            MOTIONS (.1); E-MAIL TO B. GASTON AND C.
                                            JACKSON RE: TJX LEASE ASSIGNMENT (.2);
                                            E-MAIL TO D. RABON RE: ANDERSON NEWS
                                            CONTRACT (.1); TELECONFERENCE WITH B.
                                            KICHLER RE: WESTERN UNION CONTRACT
                                            (.1); CONFERENCE WITH J. YOUNG, J.
                                            JAMES, B. KICHLER, S. GRIMM (PARTIAL),
                                            K. FAGERSTROM, B. GASTON, AND S. EICHEL
                                            RE: CONTRACT ISSUES (1.2);
                                            TELECONFERENCE WITH J. YOUNG RE:
                                            CONTRACT ISSUES (.2).

GRAY RW          09/15/06          2.40   FINAL REVIEW AND COMMENT ON S. EICHEL
                                          REJECTION MOTION, ORDER, EXHIBIT AND
                                          NOTICE (.2); FINAL REVIEW AND COMMENT ON
                                          D. TURETSKY FOUR ASSUMPTION AND ONE
                                          REJECTION MOTIONS, ORDERS, EXHIBITS AND
                                          NOTICES (.6); DRAFT MEMORANDUM TO S.
                                          GRIMM, ET AL. RE: CARDTRONICS FILING
                                          (.1); TELECONFERENCE WITH S. GRIMM RE:
                                          CARDTRONICS STATUS ISSUES (.1); REVIEW
                                          AND RESPOND TO MEMORANDUM FROM J.
                                          HARBOUR RE: INCOMM AGREEMENT AND MOTION
                                          FILING (.1); REVIEW AND RESPOND TO
                                          MEMORANDUM FROM M. KELLER RE: FURTHER
                                          COMMENTS ON CARDTRONICS MOTION, AND
                                          MAKE CHANGES (.2); EMAIL EXCHANGE WITH
                                          J. HARBOUR RE: SAME (.1);
                                          TELECONFERENCE WITH J. MILTON AND D.
                                          TURETSKY RE: ASSUMPTION ISSUE (.1);
                                          TELECONFERENCE WITH M. BARR, J. MILTON
                                          AND D. TURETSKY RE: SAME (.1);
                                          TELECONFERENCE WITH M. BARR RE: FILING
                                          OF MOTIONS (.1); TELECONFERENCE WITH J.
                                          CASTLE RE: SAME (.2); DRAFT MEMORANDUM
                                          TO COMPANY AND XROADS RE: ASSUMPTION
                                          ISSUE (.3); REVIEW AND RESPOND TO
                                          MEMORANDA FROM J. YOUNG AND H. ETLIN RE:
                                          PREFERENCE REVIEW (.1); DRAFT
                                          MEMORANDUM TO M. BARR RE: PRELIMINARY
                                          RESPONSE (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

EICHEL S          09/15/06      7.90   REVIEW AND REVISE FIRST OMNIBUS MOTION
                                       FOR ORDER AUTHORIZING NEGOTIATED
                                       REJECTIONS OF EXECUTORY CONTRACTS AND
                                       APPROVING RESOLUTION OF CLAIMS AND
                                       CORRESPONDING ORDER AND EXHIBIT (5.2);
                                       REVIEW EMAILS FROM B. KICHLER RE
                                       REJECTION MOTION AND EXHIBITS (.2);
                                       DRAFT EMAIL TO C. JACKSON RE: REJECTION
                                       MOTION (.1); REVIEW EMAIL FROM C.
                                       JACKSON RE HER COMMENTS TO REJECTION
                                       MOTION (.2); REVIEW EMAIL FROM R. GRAY
                                       RE: C. JACKSON'S COMMENTS TO REJECTION
                                       MOTION (.1); DRAFT EMAILS TO M.
                                       COMERFORD, M. BARR AND J. MILTON RE
                                       REVISED REJECTION MOTION (.1); REVIEW
                                       EMAIL FROM J. MILTON RE: FILING
                                       REJECTION MOTION (.1); REVIEW EMAIL
                                       FROM J. JAMES RE: NATURE'S FINEST
                                       AGREEMENT (.1); DRAFT EMAILS TO R. GRAY
                                       RE: REJECTION MOTION (.2); TEL. CONFS.
                                       WITH B. KICHLER RE EXHIBIT A TO
                                       REJECTION MOTION (.2); TELECONFERENCE
                                       WITH B. KICHLER RE C. JACKSON'S COMMENTS
                                       TO REJECTION MOTION (.1); DRAFT NOTICE
                                       OF HEARING FOR REJECTION MOTION (.1);
                                       DRAFT EMAIL TO C. JACKSON AND K. WARD RE:
                                       FILING REJECTION MOTION (.2); TEL CONFS
                                       WITH K. WARD RE FILING AND SERVICE OF
                                       REJECTION MOTION (.2); TELECONFERENCE
                                       WITH E. POLLACK RE PROPOSED REVISIONS TO
                                       EXHIBIT A AND ORDER (.2);
                                       TELECONFERENCE WITH B. CROCKER RE
                                       SERVICE OF REJECTION MOTION (.1);
                                       REVIEW EMAIL FROM K. LOGAN RE SERVICE OF
                                       REJECTION MOTION (.1); REVIEW EMAIL
                                       FROM B. KICHLER RE: EXECUTION OF
                                       PERSONAL OPTICS AGREEMENT (.1); REVIEW
                                       EMAIL FROM D. TURETSKY RE: FILED
                                       ASSUMPTION AND REJECTION MOTIONS (.1);
                                       REVIEW EMAIL FROM K. WARD RE: FILING OF
                                       FIRST OMNIBUS REJECTION MOTION (.1);
                                       DRAFT EMAIL TO B. CROCKER RE: SERVICE OF
                                       FIRST OMNIBUS REJECTION MOTION (.1).

LEAMY JM          09/15/06      0.50   TELECONFERENCE WITH D. TURETSKY RE:
                                       XEROX LEASES (.1); REVIEW OMNIBUS
                                       MOTIONS TO ASSUME EXECUTORY CONTRACTS
                                       (.4).

TURETSKY DM          09/15/06          7.90   FURTHER REVISE AND FINALIZE FOR FILING
                                              1ST NEGOTIATED ASSUMPTION
                                              MOTION/EXHIBIT (.7); FURTHER REVISE AND
                                              FINALIZE FOR FILING 2D NEGOTIATED
                                              ASSUMPTION MOTION/EXHIBIT (.6);
                                              FURTHER REVISE AND FINALIZE FOR FILING
                                              3D NEGOTIATED ASSUMPTION
                                              MOTION/EXHIBIT (.6); FURTHER REVISE AND
                                              FINALIZE FOR FILING FOURTH OMNIBUS
                                              ASSUMPTION MOTION FOR FILING (1.1);
                                              FURTHER REVISE AND FINALIZE FOR FILING
                                              MOTION TO REJECT EXECUTORY CONTRACTS AS
                                              OF OCTOBER 5 (1.0); MEMORANDUM TO J.
                                              CASTLE, J. JAMES, B. KICHLER, J. YOUNG,
                                              F. FAGERSTROM, H. ETLIN, B. GASTON RE:
                                              ASSUMPTION AND REJECTION MOTIONS (.3);
                                              DRAFT NOTICE OF HEARING IN CONNECTION
                                              WITH 1ST NEGOTIATED ASSUMPTION MOTION
                                              (.1); DRAFT NOTICE OF HEARING IN
                                              CONNECTION WITH 2D NEGOTIATED
                                              ASSUMPTION MOTION (.1); DRAFT NOTICE OF
                                              HEARING IN CONNECTION WITH 3D
                                              NEGOTIATED ASSUMPTION MOTION (.1);
                                              DRAFT NOTICE OF HEARING IN CONNECTION
                                              WITH 4TH OMNIBUS ASSUMPTION MOTION
                                              (.1); DRAFT NOTICE OF HEARING IN
                                              CONNECTION WITH MOTION TO REJECT
                                              CONTRACTS AS OF OCTOBER 5 (.1); FURTHER
                                              RESEARCH AND ANALYSIS RE: ISSUES
                                              CONCERNING ASSUMPTION/REJECTION OF
                                              EXECUTORY CONTRACTS (1.4);
                                              TELECONFERENCE WITH J. LEAMY RE: XEROX
                                              CONTRACTS (.1); E-MAIL TO K. FAGERSTROM
                                              AND J. LEAMY RE: XEROX CONTRACTS (.1);
                                              TELECONFERENCE WITH B. GASTON RE:
                                              ASSUMPTION OF TJX ASSIGNMENT (.1);
                                              E-MAIL TO C. JACKSON AND B. GASTON RE:
                                              ASSUMPTION OF TJX ASSIGNMENT (.1);
                                              TELECONFERENCE WITH J. MILTON AND R.
                                              GRAY RE: ASSUMPTION AND REJECTION
                                              MOTIONS (.1); TELECONFERENCE WITH M.
                                              BARR, J. MILTON, AND R. GRAY RE:
                                              ASSUMPTION AND REJECTION MOTIONS (.1);
                                              E-MAILS TO C. JACKSON AND K. WARD RE:
                                              FILING OF ASSUMPTION AND REJECTION
                                              MOTIONS (.2); E-MAIL TO K. LOGAN RE:
                                              FILING OF ASSUMPTION AND REJECTION
                                              MOTIONS (.1); E-MAIL TO J. JAMES, B.
                                              KICHLER, J. YOUNG, K. FAGERSTROM, J.
                                              CASTLE RE: FILING OF ASSUMPTION AND
                                              REJECTION MOTIONS (.2); E-MAIL TO M.
                                              BARR, J. MILTON, AND M. COMERFORD RE:
                                              ASSUMPTION AGREEMENTS AND FILING OF
                                              ASSUMPTION AND REJECTION MOTIONS (.2);
                                              E-MAIL TO J. HARBOUR RE: FILING OF
                                              ASSUMPTION AND REJECTION MOTIONS (.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| EICHEL S | 09/17/06 | 0.20 | REVIEW EMAIL FROM J. LEAMY RE GE CONSUMER PRODUCTS CONTRACT (.1); DRAFT EMAIL TO J. LEAMY RE GE CONSUMER PRODUCTS CONTRACT (.1). |
|----------|----------|------|------|
| FELD SR | 09/18/06 | 0.50 | ANALYZE ASSUMPTION ISSUES RE: ALABAMA POWER COMPANY (.5). |
| GRAY RW | 09/18/06 | 0.50 | TELECONFERENCE WITH D. TURETSKY RE: REMAINING CONTRACT WORK AND PREFERENCE ISSUE (.1); REVIEW AND RESPOND TO MEMORANDUM FROM L. APPEL RE: MILBANK ISSUE ON ASSUMPTIONS (.1); TELECONFERENCE WITH J. YOUNG RE: SAME (.1); REVIEW AND RESPOND TO MEMORANDUM FROM S. GRIMM RE: COMMENTS ON CARDTRONICS AND REVISE MOTION ACCORDINGLY (.1); REVIEW AND COMMENT ON KONICA LETTER RE: EQUIPMENT PICKUP (.1). |
| EICHEL S | 09/18/06 | 5.00 | DRAFT EMAIL TO B. KICHLER AND J. JAMES RE: FIRST OMNIBUS MOTION AUTHORIZING NEGOTIATED REJECTION OF EXECUTORY CONTRACTS (.1); REVIEW UPDATED STATUS REPORT WITH RESPECT TO CONTRACTS TO BE ASSUMED/REJECTED (.1); REVIEW AND REVISE SUMMARY OF CONTRACTS TO BE REJECTED (.3); REVIEW EMAIL FROM D. TURETSKY RE: REJECTION OF HANDI-FOIL AGREEMENT (.1); DRAFT EMAIL TO J. YOUNG AND D. TURETSKY RE: STATUS OF HANDI-FOIL AGREEMENT (.1); TELECONFERENCE WITH B. KICHLER, J. JAMES, J. EDMONSON, D. TURETSKY ET AL. RE: STATUS OF OUTSTANDING CLAIMS (1.0); DRAFT EMAIL TO B. KICHLER AND J. JAMES RE: DATAWAVE CONTRACT (.1); REVIEW AND REVISE DRAFT OF REXALL SUNDOWN ANALYSIS (.2); TELECONFERENCE WITH B. KICHLER RE: REXALL SUNDOWN ANALYSIS (.1); REVIEW AND REVISE SUMMARY OF PREPETITION CONTRACTS TO BE REJECTED (2.4); TELECONFERENCE WITH B. KICHLER RE: STATUS OF PREPETITION CONTRACTS TO BE REJECTED (.1); REVIEW EMAILS FROM R. GRAY RE: REMAINING VENDOR CONTRACTS TO BE REJECTED (.2); DRAFT EMAIL TO R. GRAY RE: REMAINING CONTRACTS TO BE REJECTED (.1); REVIEW D. TURETSKY'S EMAIL RE: ASSUMPTION OF GE CONSUMER PRODUCTS CONTRACT (.1). |

| | | | |
|---|---|---|---|
| TURETSKY DM | 09/18/06 | 6.60 | TELECONFERENCE WITH R. GRAY RE: ISSUES CONCERNING EXECUTORY CONTRACTS (.1); RESEARCH IN CONNECTION WITH ALABAMA POWER OBJECTION TO FIRST OMNIBUS ASSUMPTION MOTION (.8); TELECONFERENCE WITH B. KICHLER RE: ALABAMA POWER OBJECTION TO FIRST OMNIBUS ASSUMPTION MOTION (.1); E-MAIL TO B. KICHLER RE: ALABAMA POWER OBJECTION TO FIRST OMNIBUS ASSUMPTION MOTION (.1); TELECONFERENCE WITH J. YOUNG RE: ALABAMA POWER OBJECTION TO FIRST OMNIBUS ASSUMPTION MOTION (.2); FURTHER RESEARCH AND ANALYSIS RE: ISSUES CONCERNING CONTRACTS TO BE ASSUMED (3.3); E-MAIL TO D. RABON RE: ANDERSON NEWS CONTRACT (.1); E-MAIL TO J. JAMES AND T. BELL RE: CIGNA OBJECTION TO SECOND OMNIBUS ASSUMPTION MOTION (.2); TELECONFERENCE TO C. THOMPSON RE: CIGNA CONTRACTS (.1); E-MAIL TO J. JAMES, T. BELL RE: CIGNA CONTRACTS (.1); TELECONFERENCE WITH J. JAMES, B. KICHLER, J. YOUNG, K. FAGERSTROM, AND S. EICHEL RE: EXECUTORY CONTRACT ISSUES (1.0); FURTHER REVISE MASTER CONTRACT STATUS CHART (.4); E-MAIL TO J. YOUNG RE: MASTER CONTRACT STATUS CHART (.1). |
| GRAY RW | 09/19/06 | 0.60 | TELECONFERENCE WITH J. YOUNG AND K. FAGERSTROM RE: ANDERSON NEWS STATUS (.1); DRAFT MEMORANDUM TO L. APPEL ET AL RE: AST CONTRACT (.1); REVIEW EMINENT DOMAIN LAWYER AGREEMENT (.2); REVIEW MEMORANDUM FROM J. YOUNG RE: SCOPE OF CONTRACT PARTY PREFERENCE REVIEW (.1); EXCHANGE EMAILS WITH J. YOUNG RE: CARDTRONICS AMENDMENT AND DRAFT MEMORANDUM TO M. BARR FORWARDING COPY (.1). |

EICHEL S              09/19/06        6.30    REVIEW AND REVISE SUMMARY OF
                                              PREPETITION CONTRACTS TO BE REJECTED
                                              (3.0); DRAFT EMAIL TO B. KICHLER RE:
                                              OUTSTANDING ISSUES IN CONNECTION WITH
                                              MOTION TO REJECT PREPETITION CONTRACTS
                                              (.2); REVIEW EMAIL FROM J. YOUNG RE: NEW
                                              CONTRACTS TO BE EXECUTED IN CONNECTION
                                              WITH MOTION TO REJECT PREPETITION
                                              CONTRACTS (.1); REVIEW TRM AGREEMENT IN
                                              CONNECTION WITH MOTION TO REJECT
                                              CONTRACTS (.2); DRAFT EMAIL TO B.
                                              KICHLER RE: RELATIONSHIP WITH TRM
                                              ENTITIES THAT EXECUTED POSTPETITION AND
                                              PREPETITION SUPPLY AGREEMENT (.1);
                                              REVIEW EMAIL FROM J. YOUNG RE: NEW
                                              SMITHFIELD CONTRACT (.1); TEL.
                                              CONFERENCE WITH J. YOUNG AND B. KICHLER
                                              RE: NEW SMITHFIELD CONTRACT (.2);
                                              TELECONFERENCE WITH R. COX (COUNSEL TO
                                              SMITHFIELD) RE: RESOLVING SMITHFIELD
                                              CLAIM (.2);  TELECONFERENCE WITH J.
                                              YOUNG AND J. EDMONSON RE: SMITHFIELD
                                              PREPETITION CONTRACT (.1); ANALYZE
                                              ISSUES RE: PREPETITION AGREEMENTS TO BE
                                              ASSUMED OR REJECTED (.3);
                                              TELECONFERENCE WITH B. KICHLER RE:
                                              SMITHFIELD PREPETITION CONTRACT (.1);
                                              REVIEW EMAIL FROM J. LEAMY RE: REJECTION
                                              MOTION (.1); REVIEW EMAIL FROM J. YOUNG
                                              RE: BERGENSON'S PROPOSED REVISIONS TO
                                              CONTRACT (.1); REVIEW AND REVISE MOTION
                                              AUTHORIZING REJECTION OF EXECUTORY
                                              CONTRACTS (.4); DRAFT, REVIEW AND
                                              REVISE ORDER AUTHORIZING REJECTION OF
                                              EXECUTORY CONTRACTS (.4); REVIEW
                                              PROPOSED CHANGES TO SMITHFIELD
                                              AGREEMENT (.2); DRAFT EMAIL TO B.
                                              KICHLER RE: SMITHFIELD'S COMMENTS TO
                                              NEW AGREEMENT (.1); TELECONFERENCE WITH
                                              B. KICHLER RE: CONTRACTS THAT NEED TO BE
                                              EXECUTED IN CONNECTION WITH REJECTION
                                              OF PREPETITION AGREEMENTS (.2); DRAFT
                                              EMAIL TO B. KICHLER RE: UPDATED SUMMARY
                                              OF CONTRACTS TO BE REJECTED (.1); DRAFT
                                              EMAIL TO E. POLLACK (LOGAN) RE: CLAIMS
                                              INFORMATION IN CONNECTION WITH
                                              CONTRACTS TO BE REJECTED (.1).

TURETSKY DM          09/19/06          7.20   ADDITIONAL RESEARCH AND ANALYSIS RE:
                                              ISSUES CONCERNING ASSUMPTION/REJECTION
                                              OF EXECUTORY CONTRACTS (3.0);
                                              TELECONFERENCE WITH C. THOMPSON RE:
                                              CIGNA CONTRACTS (.1); E-MAIL TO J. JAMES
                                              AND T. BELL RE: CIGNA CONTRACTS (.1);
                                              TELECONFERENCE WITH J. LANGDON RE:
                                              XEROX CONTRACTS (.1); TELECONFERENCE
                                              WITH C. JACKSON RE: MOTION TO REJECT
                                              CONTRACTS AS OF SEPTEMBER 21 (.1);
                                              E-MAIL TO J. JAMES AND J. YOUNG RE:
                                              MOTION TO REJECT CONTRACTS AS OF
                                              SEPTEMBER 21 (.1); TELECONFERENCE TO D.
                                              RABON RE: ANDERSON NEWS CONTRACT (.1);
                                              FURTHER RESEARCH AND ANALYSIS RE: CSX
                                              CONTRACTS (.3); E-MAIL TO J. MOLAISON
                                              RE: CSX CONTRACTS (.1); DRAFT 4TH
                                              NEGOTIATED CONTRACT ASSUMPTION MOTION
                                              (1.8); DRAFT EXHIBIT RE: FOURTH
                                              NEGOTIATED CONTRACT ASSUMPTION MOTION
                                              (1.0); TELECONFERENCE WITH J. YOUNG AND
                                              S. EICHEL RE: SMITHFIELD CONTRACT (.1);
                                              TELECONFERENCE WITH J. YOUNG RE:
                                              CONTRACT ISSUES (.2); E-MAIL TO J. LEAMY
                                              RE: BOISE CONTRACT (.1).

GRAY RW          09/20/06       1.80   REVIEW AND COMMENT ON 4TH NEGOTIATED
                                       ASSUMPTION MOTION (.2); REVIEW
                                       MEMORANDA FROM J. JAMES AND D. TURETSKY
                                       RE: UNSIGNED AGREEMENTS AND DRAFT
                                       MEMORANDUM TO D. TURETSKY RE: SAME (.1);
                                       TELECONFERENCE WITH D. TURETSKY RE:
                                       NEED FOR CERTAINTY ON AGREEMENTS (.1);
                                       REVIEW AND RESPOND TO MEMORANDUM RE:
                                       REJECTED COPIER LEASES (.1);
                                       TELECONFERENCE WITH D. TURETSKY RE:
                                       TIMING ISSUES ON SIGNATURES AND
                                       TELECONFERENCE WITH SAME AND J. JAMES
                                       RE: SAME (.2); EXCHANGE EMAILS WITH J.
                                       YOUNG RE: CARDTRONICS STATUS (.1);
                                       TELECONFERENCE WITH J. YOUNG AND D.
                                       TURETSKY RE: SAME (.1); DRAFT
                                       MEMORANDUM TO M. RICHARDS RE:
                                       PROFESSIONAL EMPLOYMENT AGREEMENTS
                                       (.1); TELECONFERENCES WITH D. TURETSKY
                                       RE: ASSUMPTION/CURE ISSUES (.1); REVIEW
                                       CONTRACT PARTY PREFERENCE ANALYSIS AND
                                       DRAFT MEMORANDUM TO J. YOUNG RE:
                                       PRESENTATION (.2); TELECONFERENCE WITH
                                       J. YOUNG AND D. TURETSKY RE:
                                       ASSUMPTION/PREFERENCE ISSUES (.1);
                                       TELECONFERENCE WITH D. TURETSKY RE: GE
                                       CONSUMER PRODUCTS ISSUES (.1);
                                       TELECONFERENCE WITH D. TURETSKY RE:
                                       ASSUMPTION/PREFERENCE ISSUES AND GE
                                       (.1); REVIEW GE CONSUMER MARKUP AND
                                       TELECONFERENCE WITH D. TURETSKY RE:
                                       SAME AND RE: COMMITTEE REQUEST FOR
                                       EXTENSION (.1); REVIEW CONTRACT UPDATE
                                       REPORT FROM J. YOUNG AND DRAFT
                                       MEMORANDUM RE: POSSIBLE ADDITIONAL
                                       CONTRACTS (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

EICHEL S        09/20/06        13.20    REVIEW EMAILS FROM D. TURETSKY RE: RUG
                                         DR. AND RD CANDLE AGREEMENTS (.1);
                                         REVIEW EMAILS FROM B. KICHLER RE: RUG
                                         DR. AND RD CANDLE AGREEMENTS (.1);
                                         REVIEW EMAILS FROM B. KICHLER RE:
                                         SMITHFIELD AGREEMENT (.2);
                                         TELECONFERENCE WITH J. YOUNG RE:
                                         SMITHFIELD AGREEMENT (.1);
                                         TELECONFERENCE WITH B. KICHLER AND B.
                                         COX RE: SMITHFIELD CONTRACT ISSUES
                                         (.3); TELECONFERENCE WITH B. KICHLER
                                         RE: REVISIONS TO SUMMARY OF REJECTED
                                         CONTRACTS (.8); DRAFT EMAIL TO R. GRAY
                                         RE: REJECTION MOTION AND OUTSTANDING
                                         ISSUES (.2); TELECONFERENCE WITH E.
                                         POLLACK RE: CLAIMS INFORMATION WITH
                                         RESPECT TO REJECTED CONTRACTS (.2);
                                         DRAFT EMAIL TO E. POLLOCK RE: REVISED
                                         SUMMARY OF CONTRACTS TO BE REJECTED
                                         (.1); TELECONFERENCE WITH B. KICHLER,
                                         J. JAMES, J. YOUNG AND OTHERS RE: STATUS
                                         OF OUTSTANDING CONTRACTS TO BE ASSUMED
                                         OR REJECTED (.7); REVIEW AND REVISE
                                         REJECTION MOTION AND ACCOMPANYING ORDER
                                         (2.2); REVIEW EMAIL FROM J. MILTON RE:
                                         COMMITTEE'S REQUEST FOR EXTENSION OF
                                         TIME TO RESPOND TO REJECTION AND
                                         ASSUMPTION MOTIONS (.1);
                                         TELECONFERENCE WITH B. KICHLER RE:
                                         SMITHFIELD AND DATAWAVE CLAIMS IN
                                         CONNECTION WITH REJECTION OF
                                         PREPETITION AGREEMENTS (.9); DRAFT
                                         EMAIL TO K. LOGAN RE: SERVICE OF MOTION
                                         TO REJECT PREPETITION SUPPLY AGREEMENTS
                                         (.1); DRAFT EMAIL TO C. JACKSON AND K.
                                         WARD RE: SERVICE AND FILING OF REJECTION
                                         MOTION (.1); REVIEW EMAIL FROM B.
                                         KICHLER RE: TRM REJECTION ISSUES (.1);
                                         REVIEW EMAIL FROM J. JAMES RE: DATAWAVE
                                         AGREEMENT (.1); REVIEW EMAIL FROM J.
                                         YOUNG RE: STATUS OF OUTSTANDING
                                         CONTRACTS (.1); DRAFT EMAIL TO J. JAMES
                                         RE: AT&T PREPETITION SUPPLY AGREEMENT
                                         (.1); TELECONFERENCE WITH R. COX RE:
                                         SMITHFIELD CLAIM (.2); DRAFT EMAIL TO T.
                                         WUERTZ RE: PERSONAL OPTICS RECLAMATION
                                         CLAIM IN CONNECTION WITH RESOLVING
                                         VENDORS CLAIMS IN CONNECTION WITH
                                         NEGOTIATED REJECTION OF PREPETITION
                                         AGREEMENT (.1); REVIEW EMAIL FROM B.
                                         KICHLER RE: BERGENSONS' AGREEMENT (.1);
                                         DRAFT EMAILS TO C. JACKSON RE: FILING OF
                                         SCHEDULED CLAIM ON BEHALF OF GWALTNEY OF
                                         SMITHFIELD (.1); REVIEW EMAILS FROM B.
                                         KICHLER RE: PREPETITION AGREEMENTS TO
                                         BE REJECTED (.2); TELECONFERENCE WITH
                                         C. JACKSON (LOGAN) RE: CLAIM SCHEDULED
                                         BY W/D PROCUREMENT RELATING TO GWALTNEY
                                         OF SMITHFIELD (.1);

REVIEW EMAIL FROM B. KICHLER RE:
WINN-DIXIE BUSINESS PEOPLE RESPONSIBLE
FOR CF SAUER AGREEMENT (.1); REVIEW
EMAIL FROM C. JACKSON RE: GWALTNEY OF
SMITHFIELD SCHEDULED CLAIM (.1); DRAFT
EMAIL TO R. COX RE: GWALTNEY OF
SMITHFIELD SCHEDULED CLAIM (.1);
REVIEW EMAIL FROM R. COX RE: SMITHFIELD
CLAIM (.1); TELECONFERENCE WITH B.
KICHLER RE: SMITHFIELD AGREEMENT (.1);
REVIEW EMAIL FROM B. KICHLER RE: REXALL
SUNDOWN AND ITS RELATED ENTITIES (.1);
REVIEW AND REVISE SUMMARY OF CONTRACTS
TO BE REJECTED (5.2).

TURETSKY DM          09/20/06          9.20   FURTHER RESEARCH AND ANALYSIS RE:
ISSUES CONCERNING ASSUMPTION/REJECTION
OF EXECUTORY CONTRACTS (1.3); FURTHER
REVISE 4TH NEGOTIATED ASSUMPTION MOTION
(.9); FURTHER REVISE EXHIBIT TO 4TH
NEGOTIATED ASSUMPTION MOTION (.4);
DRAFT 5TH OMNIBUS ASSUMPTION MOTION
(.4); DRAFT EXHIBIT FOR 5TH OMNIBUS
ASSUMPTION MOTION (.6); TELECONFERENCE
WITH J. JAMES RE: CONTRACT ASSUMPTION
ISSUES (.2); TELECONFERENCE WITH R.
GRAY AND J. JAMES (PARTIAL) RE: CONTRACT
ASSUMPTION ISSUES (.2); TELECONFERENCE
WITH J. YOUNG AND R. GRAY RE:
CARDTRONICS CONTRACT (.1);
TELECONFERENCE WITH J. JAMES AND T. BELL
RE: MEDICAL SECURITY CARD COMPANY
CONTRACTS (.2); TELECONFERENCE WITH R.
GRAY RE: MEDICAL SECURITY CARD COMPANY
CONTRACTS (.1); TELECONFERENCE WITH J.
POST RE: MEDICAL SECURITY CARD COMPANY
CONTRACTS (.2); TELEPHONE CALLS WITH J.
LANDON RE: XEROX CONTRACTS (.2);
E-MAILS TO J. LANDON RE: XEROX CONTRACTS
(.3); E-MAIL TO M. BARR, M. COMERFORD,
AND J. MILTON RE: 4TH NEGOTIATED
ASSUMPTION MOTION AND 5TH OMNIBUS
ASSUMPTION MOTION (.2); TELECONFERENCE
WITH J. MILTON AND M. GAVEJIAN RE:
ASSUMPTION MOTIONS (.3);
TELECONFERENCE WITH J. YOUNG AND K.
FAGERSTROM RE: MEDICAL SECURITY CARD
COMPANY CONTRACTS (.2); TELECONFERENCE
TO C. SMITH RE: CONTRACTS WITH MEDICAL
SECURITY CARD COMPANY (.1); E-MAIL TO J.
CASTLE, J. JAMES, B. KICHLER, J. YOUNG,
K. FAGERSTROM, B. GASTON, AND J.
EDMONSON RE: 4TH NEGOTIATED ASSUMPTION
MOTION AND 5TH OMNIBUS ASSUMPTION
MOTION (.1); TELEPHONE CALLS WITH J.
YOUNG RE: CONTRACT ISSUES (.4);
TELECONFERENCE WITH R. GRAY RE:
COMMITTEE INQUIRY CONCERNING
NEGOTIATED ASSUMPTION MOTIONS (.1);
TELECONFERENCE WITH C. JACKSON AND S.
BUSEY RE: MOTION TO REJECT CONTRACTS AS
OF SEPTEMBER 21 (.1); REVIEW GE COMMENTS
TO ASSUMPTION AGREEMENT FOR GE LIGHTING
AGREEMENT (.8); TELECONFERENCE WITH B.
KICHLER RE: ASSUMPTION AGREEMENT FOR GE
LIGHTING AGREEMENT (.1);

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

TELECONFERENCE WITH P. CARINO RE:
ASSUMPTION AGREEMENT FOR GE LIGHTING
AGREEMENT (.1); E-MAIL TO B. KICHLER RE:
ASSUMPTION AGREEMENT FOR GE LIGHTING
AGREEMENT (.1); TELECONFERENCE WITH J.
JAMES AND K. FAGERSTROM RE: VALUELINK
CONTRACT (.1); TELECONFERENCE WITH R.
GRAY RE: VALUELINK CONTRACT (.1);
TELECONFERENCE WITH J. YOUNG, J. JAMES,
J. EDMONSON, B. KICHLER, S. EICHEL RE:
CONTRACT ISSUES (.9);   TELECONFERENCE
WITH R. GRAY RE: OUTSTANDING CONTRACT
ISSUES (.2); REVISE ORDER RE: REJECTION
OF CONTRACTS AS OF SEPTEMBER 21 FOR
SUBMISSION TO COURT (.2).

| | | | |
|---|---|---|---|
| GRAY RW | 09/21/06 | 2.90 | REVIEW AND REVISE ANDERSON NEWS |

AMENDMENT (.2); TELECONFERENCE WITH B.
KICHLER RE: SAME (.1); TELECONFERENCE
WITH M. RICHARD RE: LEGAL AGREEMENTS
(.1); TELECONFERENCE WITH J. CASTLE AND
M. RICHARDS RE: LAWYER EMPLOYMENT
AGREEMENTS (.2); CONFERENCE WITH D.
TURETSKY RE: REJECTION ISSUES (.1);
TELECONFERENCE WITH G. STEIN RE:
ANDERSON NEWS (.1); REVIEW REVISED
AGREEMENT FROM B. KICHLER AND MAKE
FURTHER REVISIONS (.4); TELECONFERENCE
WITH B. KICHLER RE: SAME (.1); DRAFT
MEMORANDUM TO G. STEIN RE: ANDERSON NEWS
AMENDMENT (.1); REVIEW AND REVISE
NEGOTIATED REJECTION MOTION, ORDER AND
EXHIBIT (.4); REVIEW REVISIONS TO
REJECTION MOTION AND ORDER TO REFLECT
ADDITIONAL CONTRACTS (.2); CONFERENCE
WITH S. EICHEL RE: NEGOTIATED REJECTION
CLAIM ISSUES (.1); REVIEW AND COMMENT ON
ASSUMPTION ORDERS FOR FILING TOMORROW
(.1); FINAL REVIEW/REVISION OF
CARDTRONICS MOTION (0.1); DRAFT
MEMORANDA TO M. KELLER AT CARDTRONICS
AND M. BARR AT MILBANK RE: CARDTRONICS
FILING TOMORROW (.2); REVIEW AND
PROVIDE COMMENTS ON ORDERS FOR 4TH
NEGOTIATION ASSUMPTION AND 5TH
ASSUMPTION (.2); REVIEW AND COMMENT ON
NOTICES FOR TOMORROW'S ASSUMPTION
MOTIONS (.1); EXCHANGE EMAILS WITH D.
TURETSKY AND CONFERENCE WITH SAME RE:
OFFICE MAX CONTRACT CLAIM ISSUES (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

EICHEL S       09/21/06       7.10      REVIEW FAX FROM B. KICHLER RE: EXECUTION OF POSTPETITION AGREEMENTS IN CONNECTION WITH REJECTING PREPETITION AGREEMENTS (.1); DRAFT EMAIL TO B. KICHLER RE: MOTION TO REJECT EXECUTORY CONTRACTS OUTSTANDING ISSUES (.1); DRAFT EMAIL TO T. WUERTZ RE: STATUS OF RECLAMATION CLAIMS OF VENDORS WHOSE PREPETITION CONTRACTS WILL BE REJECTED (.1); TELECONFERENCE WITH B. KICHLER RE: RESOLVING OUTSTANDING ISSUES RE: MOTION TO REJECT EXECUTORY CONTRACTS (.2); REVIEW EMAIL FROM T. WUERTZ RE: STATUS OF RECLAMATION CLAIMS WITH RESPECT TO CONTRACTS BEING REJECTED (.1); REVIEW EMAILS FROM J. EDMONSON RE: SMITHFIELD RECLAMATION CLAIM AND PAYMENTS WITH RESPECT TO REJECTION OF SMITHFIELD CONTRACT (.1); DRAFT NOTICE OF HEARING (.1); REVIEW AND REVISE REJECTION MOTION PAPERS (3.6); DRAFT EMAIL TO E. POLLACK RE: DRAFT OF REJECTION MOTION (.1); DRAFT EMAIL TO B. CROCKER RE: SERVICE OF REJECTION MOTION (.1); REVIEW AND REVISE PROPOSED REXALL SUNDOWN AGREEMENT (.4); TELECONFERENCE WITH B. KICHLER RE: COMMENTS TO REXALL SUNDOWN AGREEMENT (.2); TELECONFERENCE WITH B. KICHLER, J. JAMES AND OTHERS RE: STATUS OF OUTSTANDING CONTRACTS TO BE ASSUMED AND REJECTED (.5); TELECONFERENCE WITH R. COX RE: SMITHFIELD REJECTION ORDER (.1); REVIEW EMAIL FROM K. FAGERSTROM RE: DATAWAVE CONTRACT (.1); REVIEW EMAIL FROM J. PAROTTA RE: PAYMENTS TO EARTHGRAINS (SARA LEE) (.1); DRAFT EMAIL TO B. KICHLER RE: PROPOSED U.S. NUTRITION AGREEMENT (.1); ANALYZE ISSUES RE: REJECTION OF EXECUTORY CONTRACTS (.2); REVIEW AND REVISE SUMMARY OF CONTRACTS TO BE REJECTED (.6); REVIEW EMAIL FROM E. POLLACK RE: SUMMARY OF CONTRACTS TO BE REJECTED (.1); DRAFT EMAIL TO B. KICHLER RE: LATEST DRAFT OF U.S. NUTRITION AGREEMENT (.1).

| TURETSKY DM | 09/21/06 | 11.00 | E-MAIL TO P. CARINO RE: ASSUMPTION AGREEMENT FOR GE LIGHTING AGREEMENT (.1); REVISE SECOND NEGOTIATED REJECTION MOTION (1.0); REVISE SECOND NEGOTIATED REJECTION ORDER (.5); DRAFT EXHIBIT B TO SECOND NEGOTIATED REJECTION MOTION (.5); TELECONFERENCE WITH E. GUNN RE: CSX CONTRACTS (.1); TELECONFERENCE WITH J. MOLAISON RE: CSX CONTRACTS (.1); TELECONFERENCE WITH S. GRIMM AND J. YOUNG RE: MICROSTRATEGY CONTRACTS (.1); DRAFT NOTICE OF WITHDRAWAL WITH RESPECT TO MOTION TO REJECT CONTRACTS AS OF SEPTEMBER 21 (.3); FURTHER REVISE ORDER RE: REJECTION OF CONTRACTS AS OF SEPTEMBER 21 FOR SUBMISSION TO COURT (.5); ADDITIONAL RESEARCH AND ANALYSIS RE: ISSUES CONCERNING ASSUMPTION/REJECTION OF EXECUTORY CONTRACTS (2.2); DRAFT PROPOSED ORDER RE: 4TH NEGOTIATED ASSUMPTION MOTION (.4); DRAFT PROPOSED ORDER RE: 5TH OMNIBUS ASSUMPTION MOTION (.1); TELECONFERENCE WITH B. KICHLER RE: OPEN EXECUTORY CONTRACT ISSUES (.1); TELECONFERENCE WITH K. COMBS RE: BOISE/OFFICEMAX CONTRACT (.1); E-MAIL TO K. COMBS RE: BOISE/OFFICEMAX CONTRACT (.3); TELECONFERENCE WITH R. GRAY RE: EXECUTORY CONTRACT ISSUES (.1); TELECONFERENCE WITH C. THOMPSON RE: CIGNA CONTRACTS (.2); E-MAIL TO C. JACKSON RE: ASSUMPTION MOTIONS (.1); CONFERENCE WITH J. JAMES, J. YOUNG, B. KICHLER, K. FAGERSTROM, S. EICHEL, AND J. EDMONSON RE: OPEN CONTRACT ISSUES (.5); FURTHER REVISE FOURTH NEGOTIATED ASSUMPTION MOTION INCLUDING RELATED EXHIBITS (2.0); FURTHER REVISE 5TH OMNIBUS ASSUMPTION MOTION INCLUDED RELATED EXHIBIT (.7); DRAFT NOTICE OF HEARING RE: 4TH NEGOTIATED ASSUMPTION MOTION (.1); DRAFT NOTICE OF HEARING RE: 5TH OMNIBUS ASSUMPTION MOTION (0.1); TELECONFERENCE WITH R. METH RE: GE LIGHTING ASSUMPTION AGREEMENT (.7); TELECONFERENCE WITH B. KICHLER RE:: GE LIGHTING ASSUMPTION AGREEMENT (.1). |
|---|---|---|---|

GRAY RW          09/22/06       0.60   FINALIZE CARDTRONICS MOTION, EXHIBIT,
                                       ORDER AND NOTICE FOR FILING (.2); DRAFT
                                       MEMORANDUM TO CARDTRONICS AND COMPANY
                                       TO CONFIRM FILING (.1); REVIEW AND
                                       SIGNOFF ON 4TH NEGOTIATED ASSUMPTION
                                       MOTION FOR FILING (.1); REVIEW AND
                                       SIGNOFF ON 5TH ASSUMPTION FOR FILING
                                       (.1); REVIEW AND RESPOND TO MEMORANDUM
                                       FROM J. YOUNG RE: ASSUMPTION/PREFERENCE
                                       REVIEW (.1).

| EICHEL S | 09/22/06 | 7.50 | REVIEW AND ANALYZE EMAIL FROM R. COX RE: REVISIONS TO REJECTION ORDER RE: SMITHFIELD'S CLAIMS (.2); REVIEW REVISED U.S. NUTRITION (REXALL SUNDOWN) AGREEMENT (.1); DRAFT EMAIL TO B. KICHLER RE: PROPOSED REVISIONS TO ORDER RE: SMITHFIELD CLAIMS (.1); TELECONFERENCE WITH B. KICHLER RE: PROPOSED REVISIONS TO ORDER RE: SMITHFIELD'S CLAIMS (.1); DRAFT EMAILS TO J. LEAMY RE: REVISIONS TO ORDER RE: SMITHFIELD'S CLAIMS (.2); REVISE ORDER TO INCORPORATE REVISIONS TO SMITHFIELD'S CLAIMS (.1); REVIEW AND REVISE SECOND OMNIBUS REJECTION MOTION AND ACCOMPANYING ORDER AND EXHIBIT (4.2); DRAFT EMAIL TO B. KICHLER RE: REVISED REJECTION MOTION (.1); DRAFT EMAIL TO R. COX RE: WITHDRAWAL OF OBJECTION TO CLAIM OF SMITHFIELD (.1); TELECONFERENCE WITH K. WARD RE: FILING AND SERVICE OF OMNIBUS MOTION (.1); COMMENCE DRAFTING THIRD OMNIBUS REJECTION ORDER (.2); COMMENCE DRAFTING THIRD OMNIUS REJECTION MOTION (.6); REVIEW EXHIBITS FOR OMNIBUS OBJECTION TO CLAIMS (.2); DRAFT EMAIL TO B. KICHLER RE: REVISED DRAFT OF SECOND OMNIBUS REJECTION MOTION (.1); TELECONFERENCE WITH B. KICHLER AND COUNSEL FOR U.S. NUTRITION RE: EXECUTION OF U.S. NUTRITION AGREEMENT (.1); REVIEW EMAILS FROM B. CROCKER RE: SERVICE (.1); TELECONFERENCE WITH B. KICHLER AND J. JAMES RE: U.S. NUTRITION AGREEMENT (.3); DRAFT EMAIL TO C. JACKSON AND K. WARD RE: FILING SECOND OMNIBUS REJECTION MOTION (.1); TELECONFERENCE WITH K. WARD RE: FILING AND SERVICE OF REJECTION MOTION (.1); TELECONFERENCE WITH B. CROCKER RE: SERVICE OF REJECTION MOTION (.1); REVIEW EMAIL FROM J. JAMES RE: EXECUTION OF REXALL SUNDOWN AGREEMENT (.1); REVIEW EMAIL FROM B. KICHLER RE: STATUS OF REXALL SUNDOWN NEGOTIATIONS (.1); DRAFTED EMAIL TO B. KICHLER AND J. JAMES RE: SECOND OMNIBUS REJECTION MOTION (.1). |
| LEAMY JM | 09/22/06 | 0.30 | REVIEW AND COMMENT ON EXHIBIT FOR NEGOTIATED CONTRACTS ASSUMPTION MOTION (.3). |

| | | | |
|---|---|---|---|
| TURETSKY DM | 09/22/06 | 6.30 | FURTHER REVISE AND FINALIZE FOR FILING 4TH NEGOTIATED ASSUMPTION MOTION (1.6); FURTHER REVISE AND FINALIZE FOR FILING 5TH OMNIBUS ASSUMPTION MOTION (1.5); E-MAILS TO C. JACKSON AND K. WARD RE: FILING OF 4TH NEGOTIATED ASSUMPTION MOTION AND 5TH OMNIBUS ASSUMPTION MOTION (.3); TELECONFERENCE WITH K. LOGAN RE: SERVICE OF 4TH NEGOTIATED ASSUMPTION MOTION AND 5TH OMNIBUS ASSUMPTION MOTION (.1); E-MAILS TO K. LOGAN RE: SERVICE OF 4TH NEGOTIATED ASSUMPTION MOTION AND 5TH OMNIBUS ASSUMPTION MOTION (.3); TELEPHONE CALLS WITH B. KICHLER RE: GE LIGHTING ASSUMPTION AGREEMENT (.3); FURTHER REVISE GE LIGHTING ASSUMPTION AGREEMENT (.2); FURTHER RESEARCH AND ANALYSIS IN CONNECTION WITH GE LIGHTING ASSUMPTION AGREEMENT (.3); TELECONFERENCE WITH R. METH RE: GE LIGHTING ASSUMPTION AGREEMENT (.1); E-MAIL TO R. METH AND P. CARINO RE: GE LIGHTING ASSUMPTION AGREEMENT (.3); TELECONFERENCE WITH J. MILTON RE: NEGOTIATED ASSUMPTION MOTIONS (.2); E-MAIL TO J. MILTON RE: ASSUMPTION MOTIONS (.2); TELECONFERENCE WITH B. GASTON RE: REXALL ASSUMPTION AGREEMENTS (.1); TELECONFERENCE WITH J. YOUNG RE: CONTRACT ISSUES (.2); TELECONFERENCE TO C. SMITH RE: MEDICAL SECURITY CARD COMPANY CONTRACTS (.1); RESEARCH RE: HOBART EXECUTORY CONTRACTS (.1); TELECONFERENCE TO C. PETERSON RE: HOBART EXECUTORY CONTRACTS (.1); E-MAIL TO J. JAMES, B. KICHLER, J. CASTLE, J. YOUNG, K. FAGERSTROM RE: FILING OF ASSUMPTION MOTIONS (.1); E-MAIL TO M. BARR, J. MILTON, M. COMERFORD RE: FILING OF ASSUMPTION MOTIONS AND ASSUMPTION AGREEMENTS (.2). |
| GRAY RW | 09/25/06 | 0.40 | REVIEW AND COMMENT ON DRAFT MOTION AND ORDER FOR REXALL SUNDOWN REJECTION (.2); REVIEW MEMORANDUM AND REVISED AGREEMENT FROM ANDERSON NEWS AND DRAFT MEMORANDUM TO B. KICHLER RE: SAME (.1); TELECONFERENCE WITH D. TURETSKY RE: PENDING CONTRACT ISSUES (.1). |

EICHEL S          09/25/06        4.30   DRAFT MOTION TO REJECT REXALL SUNDOWN
                                         CONTRACT (2.8); REVIEW J. LEAMY'S EMAIL
                                         RE: REVISIONS TO REXALL SUNDOWN CLAIM
                                         (.1); REVIEW AND REVISE PROPOSED
                                         REVISIONS TO REXALL SUNDOWN CLAIMS
                                         ANALYSIS (.2); TELECONFERENCE WITH B.
                                         KICHLER RE: PROPOSED REVISIONS TO
                                         REXALL SUNDOWN CLAIMS ANALYSIS (.1);
                                         DRAFT ORDER TO REJECT REXALL SUNDOWN
                                         AGREEMENT (.4); TELECONFERENCE WITH K.
                                         WARD RE: FILING OF REXALL SUNDOWN
                                         AGREEMENT (.1); DRAFT EMAIL TO C.
                                         JACKSON RE: REXALL SUNDOWN AGREEMENT
                                         (.1); TELECONFERENCE WITH B. KICHLER
                                         RE: REXALL SUNDOWN AGREEMENT (.1);
                                         REVIEW EMAIL FROM J. JANSEN
                                         (WINN-DIXIE) RE: U.S. NUTRITION
                                         AGREEMENT (.1); REVIEW EMAILS FROM J.
                                         YOUNG RE: COMMITTEE'S REQUESTS FOR
                                         INFORMATION (.1); DRAFT EMAILS TO B.
                                         KICHLER RE: MOTION TO REJECT REXALL
                                         SUNDOWN AGREEMENT (.2).

TURETSKY DM       09/25/06        4.60   FURTHER RESEARCH AND ANALYSIS RE:
                                         OUTSTANDING ISSUES CONCERNING
                                         EXECUTORY CONTRACTS TO BE
                                         ASSUMED/REJECTED (1.5); ANALYSIS RE:
                                         STOCK TRANSFER AGREEMENTS IN CONNECTION
                                         WITH DETERMINING COSTS OF
                                         ASSUMPTION/REJECTION (1.0);
                                         TELECONFERENCE WITH R. GRAY RE: STOCK
                                         TRANSFER AGREEMENTS (.1);
                                         TELECONFERENCE WITH C. PETERSON RE:
                                         HOBART CONTRACTS (.2); TELECONFERENCE
                                         WITH C. SMITH RE: MEDICAL SECURITY CARD
                                         COMPANY CONTRACTS (.2); TELECONFERENCE
                                         TO P. CARINO RE: GE ASSUMPTION AGREEMENT
                                         (.1); TELECONFERENCE WITH R. METH RE: GE
                                         ASSUMPTION AGREEMENT (.2);
                                         TELECONFERENCE TO D. KAUFMAN RE: PULSE
                                         CONTRACT (.1); FURTHER RESEARCH AND
                                         ANALYSIS RE: ISSUES CONCERNING NCR
                                         CONTRACT CLAIMS (.3); E-MAIL TO T.
                                         CARVER RE: NCR CONTRACT CLAIMS (.3);
                                         TELECONFERENCE WITH J. MILTON RE:
                                         ASSUMPTION/REJECTION MOTIONS (.1);
                                         TELECONFERENCE WITH J. YOUNG RE:
                                         ASSUMPTION/REJECTION MOTIONS (.1);
                                         DRAFT STIPULATION IN CONNECTION WITH
                                         MEDICAL SECURITY CARD COMPANY CONTRACTS
                                         (.3).

GRAY RW           09/26/06        0.40   REVIEW AND COMMENT ON PROPOSED
                                         MEMORANDUM TO GE CONSUMER COUNSEL (.1);
                                         CONFERENCE WITH D. TURETSKY RE: OPEN
                                         CONTRACT ISSUES (.3).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

EICHEL S          09/26/06          1.60   REVIEW DOCUMENTS IN CONNECTION WITH
                                            REJECTION MOTION (.1); REVIEW EMAIL
                                            FROM B. KICHLER RE: REXALL SUNDOWN
                                            MOTION (.1); REVIEW EMAIL FROM K. WARD
                                            RE: FILING OF REXALL SUNDOWN MOTION
                                            (.1); DRAFT EMAIL TO K. WARD AND T.
                                            COPELAND RE: FILING OF REXALL SUNDOWN
                                            MOTION (.1); REVIEW AND REVISE MOTION TO
                                            REJECT REXALL SUNDOWN AGREEMENT (.2);
                                            DRAFT EMAIL TO B. KICHLER RE: REVISED
                                            REXALL SUNDOWN REJECTION MOTION (.2);
                                            TELECONFERENCE WITH J. JAMES, J. YOUNG
                                            AND OTHERS RE: OUTSTANDING
                                            ASSUMPTION/REJECTION ISSUES RE:
                                            ALABAMA POWER, REXALL SUNDOWN, GE AND
                                            ANDERSON NEWS (.8).

TURETSKY DM       09/26/06          5.70   FURTHER RESEARCH AND ANALYSIS RE:
                                            ISSUES CONCERNING ASSUMPTION/REJECTION
                                            OF EXECUTORY CONTRACTS (.8); CONTINUE
                                            DRAFTING STIPULATION IN CONNECTION WITH
                                            MEDICAL SECURITY CARD COMPANY CONTRACTS
                                            (2.8); E-MAIL TO C. SMITH RE:
                                            STIPULATION CONCERNING MEDICAL
                                            SECURITY CARD COMPANY CONTRACTS (.2);
                                            E-MAIL TO J. JAMES, B. KICHLER, AND J.
                                            POST RE: STIPULATION CONCERNING MEDICAL
                                            SECURITY CARD COMPANY CONTRACTS (.1);
                                            TELECONFERENCE WITH R. METH RE: GE
                                            LIGHTING ASSUMPTION AGREEMENT (.1);
                                            FURTHER REVISE GE LIGHTING ASSUMPTION
                                            AGREEMENT (.3); E-MAIL TO R. METH AND P.
                                            CARINO RE: GE LIGHTING ASSUMPTION
                                            AGREEMENT (.2); CONFERENCE WITH B.
                                            GASTON, K. FAGERSTROM, J. JAMES AND S.
                                            EICHEL RE: OPEN CONTRACT ISSUES (.8);
                                            MEETING WITH R. GRAY RE: OPEN CONTRACT
                                            ISSUES (.3); TELECONFERENCE TO D.
                                            KAUFMAN RE: PULSE CONTRACT (.1).

GRAY RW           09/27/06          0.80   TELECONFERENCE WITH P. BAIN RE:
                                            REJECTION DAMAGE CLAIM FOR LEGAL
                                            EMPLOYMENT AGREEMENT REJECTION (.1);
                                            CONFERENCE WITH D. TURETSKY RE: HOBART
                                            CONTRACT ISSUES (.1); CONFERENCE WITH
                                            D. TURETSKY RE: OPEN CONTRACT ISSUES
                                            (.4); REVIEW MEMORANDA FROM D. TURETSKY
                                            AND R. METH RE: GE CONSUMER
                                            CONTRACT/CLAIM ISSUES AND EXCHANGE
                                            EMAILS WITH D. TURETSKY RE: SAME (.1);
                                            DRAFT MEMORANDA TO B. KICHLER RE:
                                            ANDERSON NEWS MARKUP (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

EICHEL S          09/27/06      1.70   TELECONFERENCE WITH B. KICHLER RE:
                                       REXALL SUNDOWN AGREEMENT (.1); REVIEW
                                       EMAIL FROM B. GASTON RE: OUTSTANDING
                                       ASSUMPTION/REJECTION CONTRAT ISSUES
                                       (.1); DRAFT EMAIL TO M. BARR, M.
                                       COMERFORD AND J. MILTON RE: DRAFT OF
                                       REXALL SUNDOWN REJECTION MOTION (.1);
                                       REVIEW EMAILS FROM B. KICHLER RE: REXALL
                                       SUNDOWN AGREEMENT (.1); REVIEW EMAIL
                                       FROM J. LEAMY RE: PROPOSED REVISIONS TO
                                       REXALL SUNDOWN ORDER (.1); DRAFT EMAIL
                                       TO R. GRAY RE: PROPOSED REVISIONS TO
                                       REXALL SUNDOWN ORDER (.1); REVIEW EMAIL
                                       FROM B. KICHLER RE: CF SAUER'S COMMENTS
                                       TO REJECTION MOTION (.1); DRAFT EMAIL TO
                                       B. KICHLER IN RESPONSE TO HER INQUIRY
                                       RE: WHETHER CF SAUER WAS INCLUDED IN
                                       REJECTION MOTION (.1);  REVIEW EMAIL
                                       FROM B. KICHLER RE: U.S. NUTRITION
                                       AGREEMENT (.1); TELECONFERENCE WITH B.
                                       KICHLER, J. JAMES, AND OTHERS RE:
                                       OUTSTANDING ASSUMPTION/REJECTION
                                       ISSUES (.8).

TURETSKY DM       09/27/06      3.70   REVIEW MEMORANDUM FROM R. METH RE:
                                       ASSUMPTION AGREEMENT FOR GE LIGHTING
                                       CONTRACT (.1); TELECONFERENCE WITH R.
                                       GRAY RE: GE ASSUMPTION AGREEMENT (.1);
                                       TELECONFERENCE WITH B. KICHLER RE: GE
                                       LIGHTING ASSUMPTION AGREEMENT (.1);
                                       FURTHER REVISE GE LIGHTING ASSUMPTION
                                       AGREEMENT (.1); E-MAIL TO R. METH, P.
                                       CARINO, B. KICHLER, J. JAMES RE: GE
                                       LIGHTING ASSUMPTION AGREEMENT (.2);
                                       FURTHER RESEARCH AND ANALYSIS RE:
                                       ISSUES CONCERNING ASSUMPTION/REJECTION
                                       OF EXECUTORY CONTRACTS (.5);
                                       TELECONFERENCE WITH J. YOUNG RE:
                                       CARDTRONICS CONTRACT (.1);
                                       TELECONFERENCE TO C. PETERSON RE:
                                       HOBART CONTRACT (.1); FURTHER ANALYSIS
                                       RE: HOBART CONTRACTS (.1); E-MAIL TO B.
                                       KICHLER AND J. JAMES RE: PULSE CONTRACT
                                       (.1); E-MAILS TO J. JAMES, B. KICHLER,
                                       B. GASTON, J. EDMONSON, K. FAGERSTROM
                                       RE: HOBART CONTRACT (.3);
                                       TELECONFERENCE TO D. KAUFMAN RE: PULSE
                                       CONTRACT (.1); FURTHER RESEARCH RE:
                                       PULSE CONTRACTS (.2); RESEARCH RE: IRI
                                       CONTRACTS (.3); TELECONFERENCE WITH J.
                                       FRANK RE: IRI CONTRACTS (.1);
                                       CONFERENCE WITH J. YOUNG, J. JAMES, K.
                                       FAGERSTROM, B. KICHLER, AND S. EICHEL
                                       RE: OPEN CONTRACT ISSUES (.8);  MEETING
                                       WITH R. GRAY RE: OPEN CONTRACT ISSUES
                                       (.4).

| GRAY RW | 09/28/06 | 0.70 | REVIEW AND COMMENT ON REXALL NEGOTIATED REJECTION MOTION AND ORDER (.2); TELECONFERENCE WITH D. TURETSKY RE: A. BARROW'S REJECTION SCHEDULING, IRI OBJECTION AND RELATED ISSUES (.1); REVIEW MOTION AND ORDER RE: MEDICAL SECURITY CARD STIPULATION AND PROVIDE COMMENTS (.1); REVIEW MILBANK COMMENTS ON REXALL AND EXCHANGE EMAILS WITH S. EICHEL RE: SAME (.1); REVIEW OBJECTIONS TO ASSUMPTION MOTION AND EXCHANGE EMAILS WITH D. TURETSKY RE: SAME (.2). |
| EICHEL S | 09/28/06 | 3.40 | REVIEW R. GRAY'S COMMENTS TO REXALL SUNDOWN REJECTION MOTION (.2); REVIEW EMAIL FROM J. MILTON RE: COMMENTS TO REXALL SUNDOWN MOTION (.1); DRAFT EMAIL TO B. KICHLER RE: SENDING COMMITTEE A COPY OF THE U.S. NUTRITION AGREEMENT (.1); TELECONFERENCE WITH B. KICHLER RE: CF SAUER AGREEMENT (.3); REVIEW EMAIL FROM B. KICHLER RE: REXALL SUNDOWN'S COUNSEL'S TIMING ISSUES (.1); REVIEW AND REVISE DRAFT OF CF SAUER AGREEMENT (1.4); REVIEW EMAIL FROM B. KICHLER RE: SIGNED REXALL SUNDOWN AGREEMENT (.1); DRAFT EMAIL TO C. JACKSON RE: MOTION TO REJECT REXALL SUNDOWN CONTRACT (.1); TELECONFERENCE WITH H. JONES (COUNSEL TO U.S. NUTRITION) RE: U.S. NUTRITION AGREEMENT AND RESOLVING CLAIMS ISSUES (.6); TELECONFERENCE WITH K. WARD RE: FILING OF REXALL SUNDOWN MOTION (.1); REVIEW AND REVISE REXALL SUNDOWN REJECTION ORDER (.2); TELECONFERENCE WITH B. KICHLER, J. JONES AND OTHERS RE: STATUS OF REXALL SUNDOWN AND CF SAUER (.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

TURETSKY DM      09/28/06      5.20   FURTHER RESEARCH AND ANALYSIS RE:
                                      CONTRACTS WITH MEDICAL SECURITY CARD
                                      COMPANY AND RELATED STIPULATION (.4);
                                      TELECONFERENCE TO C. SMITH RE: MEDICAL
                                      SECURITY CARD COMPANY CONTRACTS (.1);
                                      TELECONFERENCE WITH J. POST RE: MEDICAL
                                      SECURITY CARD COMPANY CONTRACT (.1);
                                      REVISE STIPULATION WITH MEDICAL
                                      SECURITY CARD COMPANY (.3); DRAFT
                                      MOTION TO APPROVE STIPULATION WITH
                                      MEDICAL SECURITY CARD COMPANY (.3);
                                      DRAFT PROPOSED ORDER TO APPROVE
                                      STIPULATION WITH MEDICAL SECURITY CARD
                                      COMPANY (.7); E-MAIL TO J. JAMES, B.
                                      KICHLER, AND J. POST RE: STIPULATION
                                      WITH MEDICAL SECURITY CARD COMPANY
                                      (.2); E-MAIL TO C. SMITH RE: STIPULATION
                                      WITH MEDICAL SECURITY CARD COMPANY
                                      (.2); E-MAIL TO J. JAMES, B. KICHLER, B.
                                      GASTON, J. YOUNG, AND J. EDMONSON RE:
                                      OPEN EXECUTORY CONTRACTS ISSUES CALL
                                      (.1); TELECONFERENCE WITH C. THOMPSON
                                      RE: CIGNA CONTRACTS (.1); E-MAIL TO J.
                                      YOUNG RE: GAYLORD MERLIN REJECTION
                                      DAMAGE CLAIM (.1); TELEPHONE CALLS WITH
                                      D. KAUFMAN RE: PULSE CONTRACT (.2);
                                      TELECONFERENCE TO B. KICHLER RE: PULSE
                                      EFT CONTRACT (.1); E-MAIL TO D. KAUFMAN
                                      RE: PULSE EFT CONTRACT (.1);
                                      TELECONFERENCE WITH J. FRANK RE:
                                      OBJECTION TO ASSUMPTION OF IRI INFOSCAN
                                      AGREEMENT (.1); REVIEW IRI OBJECTION TO
                                      ASSUMPTION OF INFOSCAN AGREEMENT (.1);
                                      E-MAIL TO J. CASTLE, J. JAMES, B.
                                      KICHLER, S. GRIMM, J. YOUNG, K.
                                      FAGERSTROM RE: IRI OBJECTION TO
                                      ASSUMPTION OF INFOSCAN AGREEMENT (.1);
                                      TELECONFERENCE WITH R. GRAY RE:
                                      REJECTION OF BARROW AGREEMENT (.1);
                                      TELECONFERENCE WITH J. POST RE:
                                      REJECTION OF BARROW AGREEMENT (.3);
                                      RESEARCH AND ANALYSIS IN CONNECTION
                                      WITH REJECTION OF GE COPIER LEASES (.1);
                                      E-MAIL TO B. GASTON RE: REJECTION OF GE
                                      COPIER LEASES (.1); TELECONFERENCE WITH
                                      B. GASTON AND J. JAMES RE: HOBART
                                      CONTRACTS (.6); REVIEW KEMPER OBJECTION
                                      TO 4TH OMNIBUS ASSUMPTION MOTION (.2);
                                      REVIEW ORACLE OBJECTION TO 4TH OMNIBUS
                                      ASSUMPTION MOTION (.2); FURTHER
                                      RESEARCH AND ANALYSIS RE: ISSUES
                                      CONCERNING ASSUMPTION/REJECTION OF
                                      EXECUTORY CONTRACTS (.3).

FELD SR          09/29/06      0.40   FORMULATE STRATEGY RE: KEMPER LIMITED
                                      OBJECTION TO ASSUMPTION (.4).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW          09/29/06      0.90    REVIEW CIGNA DRAFTS AND PROVIDE
                                       COMMENTS (.2); TELECONFERENCE WITH D.
                                       TURETSKY RE: CIGNA ISSUES AND OTHER
                                       CONTRACT MATTERS (.1); REVIEW ANDERSON
                                       NEWS MARKUP (.1); TELECONFERENCE WITH
                                       B. KICHLER RE: ANDERSON NEWS (.1); DRAFT
                                       MEMORANDUM TO G. STEIN RE: ISSUES ON
                                       ANDERSON NEWS AGREEMENT (.2); REVIEW
                                       MEMORANDUM FROM G. STEIN RE: SAME (.1);
                                       TELECONFERENCE WITH D. TURETSKY RE:
                                       ALABAMA POWER SETTLEMENT OFFER (.1).

EICHEL S         09/29/06      2.90    TELECONFERENCE WITH B. KICHLER RE:
                                       PROPOSED REVISIONS TO C.F. SAUER
                                       AGREEMENT (.7); FINALIZE REXALL SUNDOWN
                                       MOTION PAPERS (.6); REVIEW EMAIL FROM K.
                                       WARD RE: FILING OF REXALL SUNDOWN
                                       REJECTION MOTION (.1); CONFERENCE WITH
                                       B. KICHLER, J. JAMES AND OTHERS RE:
                                       OUTSTANDING ISSUES CONCERNING
                                       CONTRACTS TO BE ASSUMED OR REJECTED
                                       (.7); TELECONFERENCE WITH K. WARD RE:
                                       FILING AND SERVICE OF REXALL SUNDOWN
                                       MOTION (.1); DRAFT EMAIL TO J. MILTON
                                       (COMMITTEE COUNSEL) RE: EXECUTED U.S.
                                       NUTRITION AGREEMENT (.1); DRAFT EMAIL
                                       TO C. JACKSON RE: FILING AND SERVICE OF
                                       MOTION TO REJECT REXALL SUNDOWN
                                       AGREEMENT (.1); FINALIZE LIST OF
                                       ADDITIONAL PARTIES TO BE SERVED IN
                                       CONNECTION WITH REXALL SUNDOWN MOTION
                                       (.2); DRAFT EMAIL TO K. WARD RE: SERVICE
                                       OF ADDITIONAL PARTIES IN CONNECTION
                                       WITH REXALL SUNDOWN MOTION (.1); DRAFT
                                       EMAIL TO B. KICHLER RE: REXALL SUNDOWN
                                       MOTION PAPERS (.1); REVIEW EMAIL FROM J.
                                       LEAMY TO H. JONES (REXALL SUNDOWN'S
                                       COUNSEL) RE: REXALL SUNDOWN'S CLAIMS
                                       (.1).

| TURETSKY DM | 09/29/06 | 6.20 | DRAFT AGREED ORDER WITH RESPECT TO ASSUMPTION OF CIGNA CONTRACTS (1.6); TELECONFERENCE WITH J. POST RE: ASSUMPTION OF CIGNA CONTRACTS (.1); E-MAIL TO J. JAMES, B. KICHLER, J. POST RE: AGREED ORDER WITH RESPECT TO ASSUMPTION OF CIGNA CONTRACTS (.1); E-MAIL TO C. THOMPSON RE: AGREED ORDER WITH RESPECT TO ASSUMPTION OF CIGNA CONTRACTS (.2);  FURTHER ANALYSIS RE: ASSUMPTION OF GE LIGHTING AGREEMENT (.2); TELECONFERENCE WITH B. KICHLER RE: GE LIGHTING ASSUMPTION AGREEMENT (.1); TELECONFERENCE WITH R. GRAY RE: GE LIGHTING ASSUMPTION AGREEMENT (.1); E-MAIL TO J. JAMES RE: REJECTION OF BARROW RELEASE AGREEMENT (.1); TELECONFERENCE WITH T. WILLIAMS RE: REJECTION OF BARROW RELEASE AGREEMENT (.1); REVIEW AND ANALYZE HOBART CONTRACTS (.9); TELECONFERENCE WITH B. GASTON RE: HOBART CONTRACTS (.3); TELEPHONE CALL TO C. PETERSON RE: HOBART CONTRACTS (.1); ADDITIONAL RESEARCH AND ANALYSIS RE: ASSUMPTION/REJECTION OF EXECUTORY CONTRACTS (1.3); CONFERENCE WITH B. KICHLER, J. JAMES, B. GASTON, S. EICHEL RE: OPEN CONTRACT ISSUES (.7); TELECONFERENCE WITH R. GRAY RE: OUTSTANDING CONTRACT ISSUES (.1); TELECONFERENCE WITH R. GRAY RE: ALABAMA POWER CONTRACT (.1); TELECONFERENCE WITH J. YOUNG RE: ALABAMA POWER CONTRACT (.1). |
|---|---|---|---|

**MATTER TOTAL**                    **364.20**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                    Bill Date: 10/02/06
**Financing (DIP and Emergence)**                    Bill Number: 1124506

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| PAOLI J | 09/01/06 | 0.10 | REVIEW CORRESPONDENCE RE: SPE LANGUAGE IN CREDIT AGREEMENT (.1). |
| NECKLES PJ | 09/05/06 | 3.20 | REVIEW CREDIT AGREEMENT MARK-UP (2.9); DISTRIBUTE MARK-UP OF EXIT CREDIT AGREEMENT TO OTTERBOURG STEINDLER (.3). |
| GRAY RW | 09/05/06 | 0.10 | DRAFT MEMORANDUM TO AND REVIEW REPLY FROM P. NECKLES RE: CLOSING TIMING UPDATE, AND REVIEW MEMORANDUM FROM P. NECKLES RE: UPDATE FROM J. HELFAT ON SAME (.1). |
| MARGOLIS A | 09/05/06 | 0.20 | REVIEW REVISED EXIT FACILITY AGREEMENT MARKUP (.2). |
| PAOLI J | 09/05/06 | 3.60 | REVIEW COMMENTS TO CREDIT AGREEMENT (.3); REVISE CREDIT AGREEMENT MARKUP (3.3). |
| NECKLES PJ | 09/06/06 | 3.60 | REVIEW E-MAIL FROM M. LOESBERG RE: ACH AGREEMENT (.8); DISTRIBUTE ACH AGREEMENT TO CLIENTS (.2); ANALYSIS OF 10-K AND BANK FINANCING SCHEDULE (2.1); PREPARE E-MAIL FOR L. APPEL RE: 10-K SCHEDULE (.5). |
| BOYDELL TT | 09/06/06 | 7.70 | REVIEW EMAIL MESSAGES ON EXIT FINANCING (2.7); REVIEW MARKUP TO INITIAL DRAFT OF CREDIT AGREEMENT (3.4); REVIEW CLOSING STATUS (1.3); DISCUSS UCC ISSUES WITH J. MADDOX (.3). |
| MARGOLIS A | 09/06/06 | 0.90 | REVIEW DRAFT CONFIRMATION ORDER (.9). |
| NECKLES PJ | 09/07/06 | 3.30 | CONFERENCE WITH J. HELFAT RE: 10-K TIMING (.4); E-MAIL TO S. REINKEN RE: 10-K FILING (.4); CONFERENCE WITH S. REINKEN RE: 10-K FILING (.3); REVIEW CREDIT AGREEMENT ISSUES ASSOCIATED WITH 10-K FILING SCHEDULE (2.2). |
| BOYDELL TT | 09/07/06 | 3.10 | REVIEW AND PROVIDE THOUGHTS TO DRAFT CLOSING CHECKLIST (1.0); STATUS MEETING WITH C. WENZEL AND J. PAOLI RE: CLOSING DELIVERIES (.5); REVIEW THIRD PARTY CLOSING DOCUMENTS (.8); REVIEW EXIT FACILITY (.5); REVIEW OPINION ISSUES ON EXIT FACILITY (.3). |

107

PAOLI J          09/07/06     4.40    REVIEW DOCUMENT LIST AND CLOSING
                                      CONDITIONS IN CREDIT AGREEMENT (3.4);
                                      REVISE CLOSING CHECKLIST (.3); MEETING
                                      WITH T. BOYDELL AND C. WENZEL RE: SAME
                                      (.5); REVIEW CORRESPONDENCE RE:
                                      SPECIALISTS (.2).

WENZEL CP        09/07/06     1.20    PARTICIPATED IN INTERNAL CONFERENCE RE:
                                      STATUS OF ALL ITEMS RELATED TO CLOSING
                                      AND COMPLETING ITEMS (.5); REVIEW
                                      CLOSING CHECKLIST, CERTAIN CLOSING
                                      DOCUMENTS AND E-MAIL CORRESPONDENCE
                                      RELATED TO TRANSACTION (.7).

NECKLES PJ       09/08/06     1.00    REVIEW REAL ESTATE SPECIAL PURPOSE
                                      ENTITY PROVISIONS (.7); E-MAILS WITH L.
                                      APPEL AND S. REINKEN RE: SPECIAL PURPOSE
                                      ENTITY PROVISIONS (.3).

BOYDELL TT       09/08/06     2.70    REVIEW AND ANALYZE CLOSING REQUIREMENTS
                                      (.8); REVIEW CLOSING DELIVERIES (.8);
                                      REVIEW EXIT FACILITY (.6); REVIEW
                                      OPINION MATTERS (.5).

PAOLI J          09/08/06     3.90    REVIEW GOOD STANDINGS AND FOREIGN
                                      QUALIFICATIONS DELIVERED UNDER THE DIP
                                      (.3); CREATE LIST OF INFORMATION NEEDED
                                      FROM COMPANY IN CONNECTION WITH THE EXIT
                                      FACILITY (1.2); REVIEW WINN-DIXIE
                                      CLOSING SETS FOR DIP TO CONFIRM
                                      INFORMATION IN EXIT DOCUMENT LIST
                                      (1.3); DRAFT CORRESPONDENCE TO
                                      CORPORATIONS DEPT RE: BACKLOGS AT
                                      SECRETARY OF STATE OFFICES (.2); REVIEW
                                      SCHEDULES AND STATEMENTS RECEIVED FROM
                                      THE COMPANY (.4); DRAFT CORRESPONDENCE
                                      TO P. NECKLES RE: SCHEDULES AND
                                      STATEMENTS RECEIVED TO DATE (.2);
                                      REVIEW OPINIONS DELIVERED IN CONNECTION
                                      WITH THE DIP (.3).

RAVIN AS         09/08/06     0.10    REVIEW CORRESPONDENCE FROM AND DRAFT
                                      CORRESPONDENCE TO D. BITTER RE: AFCO
                                      STATUS (.1).

KEMPF J          09/10/06     1.10    CONFERENCE WITH C. IBOLD RE: SPE
                                      PROVISIONS AND OPERATING AGREEMENTS
                                      (.2); CONFERENCE WITH D. GREENSTEIN RE:
                                      TITLE ISSUES (.1); REVIEWING AND
                                      COMMENTING UPON OPERATING AGREEMENTS
                                      AND SPE PROVISIONS (.8).

BOYDELL TT       09/11/06     2.00    COORDINATE THIRD-PARTY DOCUMENTS WITH
                                      C. WENZEL (.3); REVIEW REAL ESTATE SPE
                                      MATTERS (.4); CONTINUE REVIEWING CREDIT
                                      AGREEMENT MARKUP (1.3).

MARGOLIS A       09/11/06     0.10    REVIEW WACHOVIA REVISIONS TO CREDIT
                                      AGREEMENT SPE COVENANT (.1).

| | | | |
|---|---|---|---|
| MCELHANEY CL | 09/11/06 | 1.00 | TELECONFERENCE WITH C. IBOLD RE: REVISED WACHOVIA SPE LANGUAGE AND HOW ACCOUNTS ARE MAINTAINED (1.0). |
| PAOLI J | 09/11/06 | 1.70 | DRAFT CORRESPONDENCE TO SMITH GAMBRELL RE: GOOD STANDINGS FOR FLORIDA ENTITIES (.2); DRAFT CORRESPONDENCE TO M. LOESBERG RE: UCC SEARCHES (.2); REVIEW SCHEDULES AND STATEMENTS OF ENTITY NAMES AND JURISDICTION OF ORGANIZATION AGAINST GOOD STANDINGS (.4); REVIEW FORM OF SECRETARY'S CERTIFICATE (.3); TELECONFERENCE TO G.LORENZ RE: SAME (.2); SEARCH SYSTEM FOR DOCUMENTS USED DURING DIP (.4). |
| NECKLES PJ | 09/12/06 | 3.70 | REVIEW PREPARATION FOR CLOSING OF EXIT FINANCING (2.9); E-MAILS TO J. KEMPF, C. MCELHENEY, AND T. BOYDELL RE: SPE PROVISIONS (.2); CONFERENCE WITH J. HELFAT RE: PROCESS FOR REVIEWING COMMENTS (.3); E-MAILS WITH S. REINKEN RE: CLOSING CONDITIONS (.3). |
| BOYDELL TT | 09/12/06 | 0.50 | REVIEW AND PROVIDE MARKUP TO SPE PROVISIONS (.4); DISCUSSION WITH R. GRAY RE: TIMING/SCHEDULE OF HEARING (.1). |
| GRAY RW | 09/12/06 | 0.10 | TELECONFERENCE AND EMAIL EXCHANGE WITH T. BOYDELL RE: EXIT FACILITY STATUS (.1). |
| MARGOLIS A | 09/12/06 | 0.20 | REVIEW EMAIL CORRESPONDENCE FROM C. IBOLD, A. RAVIN RE: SPE, ASSIGNMENT OF LEASE ISSUES (.2). |
| MCELHANEY CL | 09/12/06 | 1.00 | TELECONFERENCE WITH IN HOUSE COUNSEL C. IBOLD ET AL. RE: REAL ESTATE ISSUES (1.0). |
| KEMPF J | 09/12/06 | 0.30 | CORRESPONDING WITH S. REINKEN RE: NEW SPE LANGUAGE (.2); REVIEW COMMENTS TO SPE PROVISIONS FROM T. BOYDELL (.1). |
| PAOLI J | 09/12/06 | 2.20 | FURTHER REVIEW AND REVISE FORM OF SECRETARY CERTIFICATE AND RESOLUTIONS (1.2); REVISE CLOSING CONDITIONS LIST (.7); EMAIL TO R. GRAY RE: BANKRUPTCY RESOLUTIONS (.1); REVIEW INDEX OF SECRETARY'S CERTIFICATES (.2). |
| NECKLES PJ | 09/13/06 | 7.10 | DRAFT E-MAILS WITH T. BOYDELL, K. HARDEE, AND L. APPEL RE: OPEN CLOSING CONDITIONS FOR EXIT FINANCING AGREEMENT (2.5); DRAFT E-MAILS WITH T. BOYDELL AND K. HARDEE RE: COLLATERAL ACCESS AGREEMENTS (.3); REVIEW DRAFTS OF EXIT FINANCING AGREEMENT (4.3). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BOYDELL TT      09/13/06      1.20   PREPARE CLOSING DELIVERABLE FOR EXIT
                                     FACILITY WITH BANKING TEAM (1.2).

MCELHANEY CL    09/13/06      1.00   REVIEW REAL ESTATE LANGUAGE IN THE
                                     DOCUMENTS/STATUS OF REAL ESTATE (1.0).

KEMPF J         09/13/06      2.10   EMAILING WITH D. GREENSTEIN RE: DJM
                                     VALUATIONS TO WORK TOWARD FINAL LIST OF
                                     LEASES TO BE ASSIGNED (.1); EMAILING
                                     WITH C. IBOLD ABOUT DJM VALUATIONS (.1);
                                     DISCUSSING LICENSE ISSUES AND DJM
                                     VALUATIONS WITH C. IBOLD OVER THE PHONE
                                     (.2); DISCUSSING WITH D. GREENSTEIN THE
                                     LIST OF OPEN ISSUES, DJM VALUATIONS AND
                                     LIST OF LEASES TO BE TRANSFERRED (.3);;
                                     EMAILING C. IBOLD RE: OPERATING
                                     AGREEMENTS (.1); DISCUSSING LICENSING
                                     ISSUES WITH C. MCELHANEY OVER THE PHONE
                                     (.2); DISCUSSING OPERATING AGREEMENTS
                                     WITH C. IBOLD (.2); ANALYZING LICENSE
                                     ISSUES (.3); INVESTIGATING
                                     APPRAISAL/VALUATION REQUIREMENTS (.2);
                                     REVIEWING ASSUMPTION PLEADINGS (.2);
                                     MANAGING DOCUMENTS (.2).

PAOLI J         09/13/06      2.10   TELECONFERENCE WITH T. BONITA RE:
                                     INSURANCE CERTIFICATES (.3); REVIEW AND
                                     REVISE INSURANCE CERTIFICATES
                                     DELIVERED IN THE DIP (1.1); REVIEW
                                     REQUIREMENTS UNDER THE CREDIT AGREEMENT
                                     AND SECURITY AGREEMENT RE: DEPOSIT
                                     ACCOUNTS (.4); COMPILE LIST OF DEPOSIT
                                     ACCOUNTS PLEDGED DURING DIP (.3).

BOYDELL TT      09/14/06      4.70   TELECONFERENCES TO COMPANY (D. BITTER
                                     AND L. DORIA) RE: INSURANCE AND CREDIT
                                     CARD MATTERS (.3); COORDINATE THIRD
                                     PARTY DOCUMENTS (.8); REVIEW AND
                                     PROVIDE MARKUP TO SECRETARY'S
                                     CERTIFICATE AND RESOLUTIONS (1.2);
                                     DRAFT RIDERS FOR RESOLUTIONS (.6);
                                     REVIEW EXIT FINANCING (.6); REVIEW
                                     CLOSING CONDITIONS TO CREDIT FACILITY
                                     (1.2).

GRAY RW         09/14/06      0.20   TELECONFERENCE WITH M.HAGER AT
                                     OTTERBOURG RE: EXIT DUE
                                     DILIGENCE/EMPLOYEE BENEFITS UNDER PLAN
                                     (.2).

PAOLI J         09/14/06      1.20   EMAIL TO J. WOODFIELD RE: EMAILING LIST
                                     (.1); ORDER UCC SEARCHES (.4);
                                     COORDINATE WITH COMPANY RE: AMENDING
                                     INSURANCE CERTIFICATES (.3);
                                     TELECONFERENCE WITH A. CASTLEBERRY RE:
                                     SAME (.2); EMAIL TO T. BOYDEL RE: TIMING
                                     ON INSURANCE (.1); EMAIL TO COMPANY RE:
                                     SAME (.1).

110

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| RAVIN AS | 09/14/06 | 0.30 | TELECONFERENCE WITH D. BITTER, S. BROUNE AND J. PATRICK RE: AFCO (.3). |
|---|---|---|---|
| WENZEL CP | 09/14/06 | 4.10 | INTERNAL CONFERENCE AND CALLS WITH CLIENT TO DISCUSS INSURANCE AND CREDIT PROCESSOR CLOSING CONDITIONS (.7); BEGAN REVIEWING THIRD PARTY AGREEMENTS, INCLUDING CONTROL AGREEMENTS, PROCESSOR AGREEMENTS, COLLATERAL ACCESS AGREEMENTS (3.4). |
| BOYDELL TT | 09/15/06 | 4.10 | REVIEW INSURANCE MATTERS FOR EXIT CLOSING (.4); ANALYSIS RE: CLOSING DELIVERABLE FOR EXIT CREDIT FACILITY (2.6); REVIEW EXIT FACILITY (.5); ADDRESS/ANALYZE COLLATERAL ISSUES (.6). |
| GRAY RW | 09/15/06 | 0.10 | REVIEW AND RESPOND TO MEMORANDUM FROM J. PAOLI RE: EMERGENCY RESOLUTIONS (.1). |
| MARGOLIS A | 09/15/06 | 0.10 | TELECONFERENCES WITH C. IBOLD AND J. KEMPF RE: ISSUES PERTAINING TO SPES, MORTGAGES, EXIT FACILITY (.1). |
| KEMPF J | 09/15/06 | 1.70 | ANALYZE PREVIOUS COMMUNICATIONS RELATED TO EQUITY PLEDGING AND/OR MORTGAGING OF WINN STORE LEASES (.1); TELECONFERENCE WITH C. IBOLD AND A. MARGOLIS RE: EQUITY PLEDGE ISSUE (.1); VERIFY ADDRESSES OF EXISTING WINN DIXIE ENTITIES FOR THE PURPOSE OF RUNNING SEARCHES (.2); DRAFT SPE LANGUAGE FOR RESOLUTIONS (1.3). |
| PAOLI J | 09/15/06 | 4.70 | FURTHER REVISE RESOLUTIONS (1.4); REVISE INSURANCE CERTIFICATES (.4); COORDINATE WITH COMPANY RE: INSURANCE CERTIFICATES (.7); REVIEW SECRETARY CERTIFICATES TO DETERMINE IF OMNIBUS RESOLUTIONS WERE POSSIBLE (.8); DRAFT CORRESPONDENCE TO R. GRAY RE: RESOLUTIONS (.2); ORDER STATE LIEN SEARCHES (.2); CORRESPONDENCE WITH J. KEMPF RE: SAME (.4); CORRESPONDENCE WITH J. KEMPF RE: SPE RESOLUTIONS (.3); DRAFT CORRESPONDENCE TO INSURANCE PROVIDER RE: COMMENTS TO INSURANCE CERTIFICATES (.2); EMAIL TO T. BOYDELL RE: SAME (.1). |
| WENZEL CP | 09/15/06 | 0.60 | COMPLETE REVIEW OF THIRD PARTY AGREEMENTS, INCLUDING CONTROL AGREEMENT, PROCESSOR AGREEMENTS, COLLATERAL ACCESS AGREEMENTS (.6). |

| | | | |
|---|---|---|---|
| NECKLES PJ | 09/18/06 | 5.30 | REVIEW REVISED DRAFT OF EXIT FINANCING CREDIT AGREEMENT (4.5); CONFERENCES WITH M. BARR RE: EXIT FINANCING AGREEMENT (.3); DISTRIBUTE BLACKLINES OF CREDIT AGREEMENT AND COMMITMENT LETTER AND FEE LETTER FOR CREDITORS' COMMITTEE (.3); E-MAILS WITH T. BOYDELL RE: REVISED DOCUMENT LIST (.2). |
| BOYDELL TT | 09/18/06 | 6.10 | MEETING WITH K. HARRIS RE: EXIT FACILITY (.3); COORDINATE UCC MATTERS WITH J. PAOLI (.1); COORDINATE JUDGMENT LIENS ANALYSIS (.2); DISCUSSION WITH M. LOESBOURG AND SASMF RE: ORGANIZATIONAL STRUCTURE (.3); REVIEW CLOSING DELIVERABLE (1.8); START REVIEWING AND PREPARING MARKUP TO REVISED CREDIT AGREEMENT. (3.4). |
| GRAY RW | 09/18/06 | 0.30 | REVIEW MEMORANDUM AND JUDGMENT LIEN SEARCH FROM J. PAOLI (.1); DRAFT MEMORANDUM TO J. CASTLE ET AL. RE: SAME (.1); REVIEW MEMORANDUM FROM J. POST RE: STOKES AND REDDICK AND FORWARD TO J. PAOLI (.1). |
| MARGOLIS A | 09/18/06 | 3.40 | REVIEW, FORWARD COMMENTS ON REVISED EXIT CREDIT AGREEMENT (3.0); REVIEW DRAFT SECURITY AGREEMENTS, GUARANTEES (.3); REVIEW REVISED CLOSING DOCUMENTS LIST (.1). |
| KEMPF J | 09/18/06 | 0.80 | SCHEDULING DEADLINES AND LAYING OUT TASKS FOR REAL ESTATE ITEMS THAT MUST BE COMPLETED BY CLOSING (.3); COORDINATING THE COMPLETION OF THE LEASE LIST WITH C. IBOLD AND D. GREENSTEIN (.3); REVIEW REVISED DOCUMENT LIST (.2). |
| PAOLI J | 09/18/06 | 7.90 | REVIEW REVISED DRAFT OF CREDIT AGREEMENT (7.1); TELECONFERENCE WITH K. HARRIS RE: CASE STATUS (.3); TELECONFERENCE WITH K. HARRIS RE: CLOSING CHECKLIST (.2); TELECONFERENCE WITH T. BOYDELL RE: STATUS OF UCC SEARCHES, RESOLUTIONS AND CHECKLIST (.3). |
| BOYDELL TT | 09/19/06 | 9.20 | REVIEW AND PREPARE MASTER MARKUP TO REVISED CREDIT AGREEMENT. (4.7); CLOSING CHECKLIST MEETING WITH BANKING TEAM (.7); REVIEW AND ANALYZE STRUCTURE ISSUES (.6); INCORPORATE SPECIALIST COMMENTS TO REVISED CREDIT AGREEMENT (.5); TELECONFERENCE WITH M. LOESBERG RE: EXIT FINANCING (.2); COORDINATE CLOSING DELIVERABLE FOR EXIT FINANCING (1.2); REVIEW AND RESPOND TO E-MAIL RE: EXIT FINANCING (1.3). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

GRAY RW          09/19/06      0.50   EXCHANGE EMAILS WITH A. SALDANA RE:
                                      CORPORATE REVIEW OF EXIT CREDIT
                                      FACILITY (.1); REVIEW AND RESPOND TO
                                      MEMORANDUM FROM J. PAOLI RE: ASSETS OF
                                      INACTIVE SUBS (.1); EXCHANGE EMAILS
                                      WITH L. APPEL AND J. JAMES RE: RESOLVING
                                      DISPOSITION OF INACTIVE SUBS (.1);
                                      REVIEW CREDIT AGREEMENT PROVISIONS RE:
                                      CONFIRMATION ORDER AND DRAFT MEMORANDUM
                                      TO S. HENRY RE: SAME (.1); REVIEW AND
                                      RESPOND TO MEMORANDUM FROM J. PAOLI RE:
                                      OFFICERS AND DIRECTORS (.1).

MARGOLIS A       09/19/06      1.70   REVIEW ORG CHARTS RE: SURVIVING
                                      ENTITIES (.4); EMAIL CORRESPONDENCE
                                      WITH A. SALDANA, R. GRAY AND T. BOYDELL
                                      RE: ISSUES RE: ORG CHARTS, SURVIVING
                                      ENTITIES (.5); REVIEW PLAN, DISCLOSURE
                                      STATEMENT RE: ISSUES RE: EXIT FACILITY
                                      (.8).

HARRIS K*        09/19/06      2.20   UPDATE ENTITY TO BE DISSOLVED CHART TO
                                      REFLECT CURRENT ASSETS OWNED BY EACH
                                      ENTITY (2.2).

KEMPF J          09/19/06      3.80   COMMENT ON REVISED CREDIT AGREEMENT
                                      (3.8).

PAOLI J          09/19/06      5.10   INCORPORATE BANKRUPTCY COMMENTS INTO
                                      COMPREHENSIVE CREDIT AGREEMENT MARKUP
                                      (2.4); EMAIL TO J. KEMPF RE: STATUS OF
                                      REAL ESTATE BORROWERS (.2); COORDINATE
                                      WITH SPECIALISTS RE: COMMENTS TO CREDIT
                                      AGREEMENT (.4); CORRESPONDENCE WITH G.
                                      LORENZ RE: CREDIT AGREEMENT DEFINITIONS
                                      (.3); EMAIL TO R. GRAY AND A. SALDANA RE:
                                      DIRECTORS (.3); DRAFT CHART OF ENTITIES
                                      TO BE DISSOLVED (1.1); REVIEW
                                      JURISDICTION OF INCORPORATION FOR EACH
                                      ENTITY (.4).

WENZEL CP        09/19/06      2.10   PARTICIPATED IN INTERNAL CONFERENCE TO
                                      DISCUSS CLOSING CHECKLIST (.7); BEGAN
                                      REVIEWING AND EDITING SECURITY
                                      AGREEMENT (1.4).

NECKLES PJ       09/20/06      4.00   REVIEW MARK-UP OF EXIT FINANCING CREDIT
                                      AGREEMENT (3.3); E-MAILS RE: CONFERENCE
                                      AND EXIT FINANCING CREDIT AGREEMENT
                                      WITH A. MARGOLIS, R. GRAY AND F. HUFFARD
                                      (.7).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BOYDELL TT | 09/20/06 | 9.10 | CLOSING CHECKLIST CALL WITH OSHR AND C. WENZEL AND J. PAOLI (.8); REVIEW AND ANALYZE COMMENTS TO CREDIT AGREEMENT (2.4); INCORPORATE SAME IN MASTER MARKUP (1.6); CONDUCT STRUCTURE ANALYSIS (1.6); DISCUSS SAME WITH M. LOESBERG (.2); CONFERENCE RE: COLLATERAL DOCUMENTS WITH C. WENZEL; (.1) DISCUSS UCC ISSUES WITH J. MADDOX (.2); CONTINUED REVIEW OF REVISED CREDIT AGREEMENT (.8); REVIEW CLOSING DELIVERABLE FOR EXIT FINANCING (1.4). |
| GRAY RW | 09/20/06 | 0.10 | REVIEW AND RESPOND TO MEMORANDUM FROM T. BOYDELL RE: INACTIVE SUBS (.1). |
| MARGOLIS A | 09/20/06 | 0.80 | FURTHER REVIEW AND FORWARD COMMENTS ON DRAFT EXIT CREDIT AGREEMENT TO T. BOYDELL, J. PAOLI (.5); REVIEW EMAIL CORRESPONDENCE FROM P. NECKLES, T. BOYDELL, J. PAOLI RE: COMMENTS ON CREDIT AGREEMENT, CONFERENCE THERETO (.3). |
| KEMPF J | 09/20/06 | 8.90 | VERIFYING PROPERTY INFORMATION FOR CREDIT AGREEMENT SCHEDULES AND STATEMENTS (.2); IDENTIFYING STRUCTURE OF SPE'S (.2); MAKING REAL ESTATE COMMENTS ON CREDIT AGREEMENT (8.5). |
| PAOLI J | 09/20/06 | 5.30 | CLOSING CHECKLIST CALL WITH OSHR (.8); MEETING TO REVIEW COMMENTS TO CREDIT AGREEMENT WITH T. BOYDELL (1.4); TELECONFERENCE WITH J. KEMPF RE: COMMENTS TO CREDIT AGREEMENT (.4); REVISE CHART OF ENTITIES TO BE DISSOLVED (.4); REVIEW TERM SHEET FOR LANGUAGE RE: EXPENSES (.3); TELECONFERENCE TO J. KEMPF RE: PREVIOUS ROUND OF COMMENTS TO CREDIT AGREEMENT (.3); REVISE SCHEDULE IV TO CREDIT AGREEMENT (.4); REVIEW INFORMATION RECEIVED FROM WINN-DIXIE RE: SCHEDULES AND STATEMENTS (.7); TELECONFERENCE TO G. LORENZ RE: DESIGNATED PERMITTED LIENS SEARCH (.2); DISTRIBUTE COMMENTS TO CREDIT AGREEMENT TO COMPANY FOR REVIEW (.4). |
| WENZEL CP | 09/20/06 | 5.10 | INTERNAL CONFERENCE AND CONFERENCE WITH OSHR TO DISCUSS CLOSING CHECKLIST AND OUTSTANDING ITEMS (.8); REVIEWED AND EDITED GUARANTEE AGREEMENT (4.3). |
| HAYMAN LC | 09/21/06 | 0.50 | UCC ANALYSIS RE: CONTROL AGREEMENT AND SUBORDINATION AGREEMENT (.5). |

NECKLES PJ        09/21/06        3.40    REVIEW MARK-UP AGREEMENT IN PREPARATION
                                          FOR CONFERENCE (1.6); PARTICIPATE IN
                                          CONFERENCE WITH S. REINKEN, B.
                                          NUSSBAUM, K. HARDEE, C. IBOLD, A.
                                          MARGOLIS AND T. BOYDELL RE: FINANCING
                                          FACILITY (1.8).

BOYDELL TT        09/21/06        5.40    REVIEW E-MAIL RE: MEDIA REPORTS AND
                                          BANKRUPTCY DOCKET/CALENDAR (.2);
                                          ANALYSIS RE: SUB GUARANTORS (1.6);
                                          REVIEW RE: UCC AND LIEN SEARCHES (.2);
                                          CONFERENCE WITH J. PAOLI RE:
                                          OUTSTANDING REAL ESTATE MATTERS FOR
                                          EXIT FINANCING (1.1); CONFERENCE AND
                                          DISCUSSION WITH COMPANY RE: CREDIT
                                          AGREEMENT (1.8); TELECONFERENCE WITH R.
                                          GRAY RE: DUE DILIGENCE (.1); REVIEW EXIT
                                          FINANCING AND COMPANY'S STATUS (.4).

GRAY RW           09/21/06        0.60    TELECONFERENCE WITH OTTERBOURG LAWYER
                                          RE: ADDITIONAL EMPLOYEE BENEFITS ISSUES
                                          FOR EXIT FACILITY DUE DILIGENCE (.1);
                                          TELECONFERENCE WITH T. BOYDELL RE: DUE
                                          DILIGENCE ISSUES (.1); REVIEW
                                          ADMINISTRATIVE CLAIMS DETAIL AND DRAFT
                                          MEMORANDUM TO J. EDMONSON RE:
                                          INFORMATION REQUESTED BY OTTERBOURG
                                          (.2); REVIEW MILBANK COMMENTS TO EXIT
                                          CREDIT AGREEMENT (.2).

MARGOLIS A        09/21/06        3.20    CONFERENCE WITH B NUSSBAUM, S REINDEL,
                                          K HARDEE, P NECKLES AND OTHERS RE:
                                          COMMENTS, ISSUES RE: EXIT CREDIT
                                          AGREEMENT (1.8); FURTHER REVIEW, MARKUP
                                          ADDITIONAL COMMENTS ON DRAFT EXIT
                                          CREDIT AGREEMENT (1.4).

HARRIS K*         09/21/06        2.90    REVIEW FINANCIAL STATEMENTS FOR
                                          ENTITIES TO BE DISSOLVED AND UPDATE
                                          CORRESPONDING CHART (1.1); REVIEW
                                          DEPOSIT ACCOUNTS FOR CONTROL AGREEMENTS
                                          (1.2); CONFERENCE WITH C. WENZEL RE:
                                          DEPOSIT ACCOUNT INFORMATION FOR CONTROL
                                          AGREEMENTS (.6).

KEMPF J           09/21/06        5.60    TELECONFERENCE WITH WINN-DIXIE TEAM,
                                          BLACKSTONE, P. NECKLES, A. MARGOLIS AND
                                          C. WENZEL RE: COMMENTS TO CREDIT
                                          FACILITY (1.8); RESEARCHING COLLATERAL
                                          ACCESS AGREEMENT REQUIREMENTS (.6);
                                          BRIEFING C. IBOLD ON COLLATERAL ACCESS
                                          AGREEMENTS AND VERIFICATION OF STORE
                                          ADDRESSES AND OWNERS (.7); GATHERING
                                          AND VERIFYING INFORMATION FOR REAL
                                          ESTATE UCC AND TAX LIEN SEARCHES AND
                                          LOAN DOCUMENTS (1.9); ORGANIZING AND
                                          MANAGING DRAFTS OF REAL ESTATE
                                          DELIVERABLE AND OTHER PERTINENT
                                          DOCUMENTS (.6).

| | | | |
|---|---|---|---|
| PAOLI J | 09/21/06 | 5.20 | REVIEW INFORMATION RECEIVED FOR SCHEDULES AND STATEMENTS (1.6); DRAFT VALUE ASSET VALUE CHART (.6); MEETING WITH T. BOYDELL RE: COMMENTS TO CREDIT AGREEMENT (1.1); INCORPORATE ADDITIONAL COMMENTS TO COMPOSITE MARKUP (.4); COORDINATE DISTRIBUTION OF COMMENTS (.6); REVISE SCHEDULE IV TO CREDIT AGREEMENT (.3); TELECONFERENCE TO C. WENZEL RE: PROCESSOR LETTERS (.1); EMAIL TO J. KEMPF RE: SCHEDULE OF COLLATERAL ACCESS AGREEMENTS (.2); TELECONFERENCE WITH G. LORENZ RE: LOCATION OF CHIEF EXECUTIVE OFFICES (.2); EMAIL TO G. LORENZ RE: BYLAWS (.1). |
| WENZEL CP | 09/21/06 | 2.30 | REVIEWED AND EDITED CONTROL AGREEMENTS (.4); REVIEWED INTERNAL COMMENTS TO CREDIT AGREEMENT (.5); REVIEWED MILBANK COMMENTS TO CREDIT AGREEMENT (.3); PARTICIPATED IN CONFERENCE WITH CLIENT RE: CREDIT AGREEMENT (1.1). |
| NECKLES PJ | 09/22/06 | 5.30 | RECEIVE AND COORDINATE ADDITIONAL COMMENTS ON DRAFT CREDIT AGREEMENT (.8); REVIEW MILBANK COMMENTS ON DRAFT CREDIT AGREEMENT (1.9); E-MAILS RE: MILBANK COMMENTS TO L. APPEL, B. NUSSBAUM AND S. REINKEN (.3); REVIEW E-MAILS FROM T. BOYDELL RE: WINN-DIXIE SUBSIDIARIES TO BE DISSOLVED (.3); COORDINATE PREPARATION OF COMPOSITE MARK-UP CONTAINING COMMITTEE COMMENTS AND COMPANY COMMENTS (1.7); TELECONFERENCE WITH L. APPEL RE: POST-REORGANIZATION CORPORATE STRUCTURE (.3). |
| BOYDELL TT | 09/22/06 | 7.00 | REVIEW AND ANALYZE MILBANK'S COMMENTS TO CREDIT AGREEMENT (2.4); REVIEW BANK ACCOUNT CONTROL AGREEMENTS AND SCHEDULES AND STATEMENTS THERETO (.4); CONDUCT STRUCTURE ANALYSIS (1.8); CONDUCT GUARANTOR ANALYSIS (.6); REVIEW EXIT FINANCING (.6); REVIEW AMENDED AND RESTATED EVERGREEN CONTROL AGREEMENT (.4); REVIEW THIRD PARTY DOCUMENTS WITH C. WENZEL AND M. LOESBERG (.2); MEETING WITH J. PAOLI RE: UPDATING COMPREHENSIVE MARKUP (.6). |
| MARGOLIS A | 09/22/06 | 0.70 | REVIEW MILBANK MARKUP ON EXIT CREDIT AGREEMENT (.6); EMAIL CORRESPONDENCE WITH A. SALDANA RE: 10K (.1). |

116

| | | | |
|---|---|---|---|
| HARRIS K* | 09/22/06 | 2.30 | CONFERENCE WITH C. WENZEL RE: DEPOSIT ACCOUNTS NOT LISTED IN THE CONTROL AGREEMENT (.6); UPDATE ENTITY TO BE DISSOLVED CHART WITH FINANCIAL DATA FROM WINN-DIXIE (1.7). |
| KEMPF J | 09/22/06 | 1.30 | VERIFYING PROPERTY INFORMATION FOR COLLATERAL ACCESS AGREEMENTS (.8); TELECONFERENCE WITH C. IBOLD RE: SPE STRUCTURE AND OPEN REAL ESTATE ITEMS ON CHECKLIST (.1); TELECONFERENCE WITH D. GREENSTEIN RE: CLOSING CHECKLIST (.2); BRIEFING T. BOYDELL RE: THE SPE STRUCTURE (.2). |
| PAOLI J | 09/22/06 | 4.70 | REVIEW AND INCORPORATE INTO COMPREHENSIVE MARKUP COMMENTS RECEIVED FROM MILBANK TO CREDIT AGREEMENT (3.1); MEETING WITH T. BOYDELL RE: SAME (.6); TELECONFERENCE WITH C. WENZEL RE: MAJORITY BANKS (.2); EMAIL TO A. MARGOLIS RE: MILBANK COMMENTS TO CREDIT AGREEMENT (.1); CALLS WITH K. HARRIS RE: CHART OF ENTITIES TO BE DISSOLVED (.4); TELECONFERENCE WITH T. BOYDELL RE: CONFERENCE (.1); TELECONFERENCE WITH MILBANK RE: CONFERENCE (.2). |
| WENZEL CP | 09/22/06 | 1.40 | INTERNAL CONFERENCE TO DISCUSS CONTROL AGREEMENTS (.4); CORRESPONDED WITH OSHR RE: CONTROL AGREEMENTS(.3); REVIEWED AND EDITED CONTROL AGREEMENTS (.5); CORRESPONDED INTERNALLY RE: SECURITY AGREEMENT (.2). |
| NECKLES PJ | 09/25/06 | 5.40 | REVIEW AND DISTRIBUTE 2006 10-K TO COUNSEL FOR WACHOVIA (.6); REVIEW AND DISTRIBUTE COMPOSITE MARK-UP OF 9/18 DRAFT OF EXIT FINANCING AGREEMENT INCORPORATING COMMENTS OF THE COMPANY AND THE CREDITORS' COMMITTEE (4.8). |
| BOYDELL TT | 09/25/06 | 6.20 | REVIEW AND PROVIDE COMMENTS TO COMPOSITE MARKUP TO DRAFT REVISED CREDIT AGREEMENT (1.9); DISCUSSION WITH M. LOESBERG RE: AMENDED AND RESTATED EVERGREEN CONTROL AGREEMENT (.2); DISCUSSION RE: OPINION ISSUE WITH L. CHANG (.3); REVIEW COLLATERAL DOCUMENTS (.7); REVIEW THIRD-PARTY DOCUMENTS (.6); COORDINATE CLOSING DELIVERABLES W/TEAM AND COMPANY (1.8); DISCUSS UCC SEARCH RESULTS WITH J. PAOLI (.1); CONFERENCE RE: SCHEDULES WITH J. PAOLI (.2); COORDINATE REAL ESTATE MATTERS WITH J. KEMPF (.4). |

| | | | |
|---|---|---|---|
| MARGOLIS A | 09/25/06 | 1.30 | REVIEW COMPOSITE MARKUP OF COMMENTS ON EXIT CREDIT AGREEMENT, FORWARD ADDITIONAL COMMENTS THERETO TO J. PAOLI (.7); CONFERENCE AND TELECONFERENCE WITH J. PAOLI RE: COMMENTS, MARKUP (.2); EMAIL CORRESPONDENCE WITH S. HENRY RE: CONFIRMATION ORDER (.1); REVIEW EMAIL CORRESPONDENCE FROM K HARDEE AND T. BOYDELL RE: DISSOLVED ENTITIES (.2); REVIEW CORRESPONDENCE FROM J. KEMPF RE: REAL ESTATE, SPE ISSUES (.1). |
| HARRIS K* | 09/25/06 | 0.80 | VERIFY STORE NUMBERS FOR DISCLOSURE SCHEDULE AND DRAFT 5.1.15(A) OF THE DISCLOSURE SCHEDULE TO THE CREDIT AGREEMENT (.8). |
| KEMPF J | 09/25/06 | 4.70 | CONFIRM LIST OF LEASES AND WAREHOUSES OWNED OR LEASED BY WINN-DIXIE (.5); REVIEW REAL ESTATE DELIVERABLES TO BE COMPLETED (.4); REVIEW COMMENTS TO THE CREDIT AGREEMENT, WITH SPECIAL EMPHASIS ON THE REVISED SECTION 7.5 (.5); REVIEW AGENDA TO DISCUSS CLOSING CHECKLIST ITEMS FOR CALL (.8); REVISE OPERATING AGREEMENTS (.5); REVISE REAL ESTATE SUB LANGUAGE IN RESOLUTIONS (.3); VERIFY INFORMATION IN DISCLOSURE SCHEDULES AND STATEMENTS TO CREDIT AGREEMENT (1.0); DETERMINE AND VERIFY WHICH LEASES WILL NOT BE MORTGAGED (.5); BRIEF C. IBOLD AND K. HARRIS ABOUT LEASES THAT WILL NOT BE MORTGAGED (.2). |
| PAOLI J | 09/25/06 | 7.50 | REVISE COMPOSITE CREDIT AGREEMENT MARKUP (2.1); REVIEW LIEN SEARCH RESULTS (3.2); TELECONFERENCE TO K. HARRIS RE: LEASES SCHEDULE TO CREDIT AGREEMENT (.3); TELECONFERENCE WITH T. BOYDELL RE: SAME (.1); DRAFT CORRESPONDENCE TO COMPANY RE: CLOSING CONDITIONS (.6); TELECONFERENCE TO G. LORENZ RE: SCHEDULES AND STATEMENTS TO SECURITY AGREEMENT (.1); REVIEW INFORMATION STILL OUTSTANDING FOR VARIOUS SCHEDULES AND STATEMENTS (.3); REVIEW SCHEDULES AND STATEMENTS TO THE SECURITY AGREEMENT (.4); EMAIL TO NCR RE: ADDITIONAL STATE AND JUDGMENT LIEN SEARCHES (.1); EMAIL TO J. KEMPF RE: STATUS OF SPE RESOLUTIONS (.1); TELECONFERENCE WITH T. BOYDELL RE: PROCESSOR LETTER INFORMATION (.1); EMAIL TO C. WENZEL RE: SAME (.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WENZEL CP          09/25/06      3.10    CONFERENCE WITH CLIENT RE: PROCESSOR
                                         LETTERS (.2); BEGAN DRAFTING SKADDEN
                                         CORPORATE OPINION (.5); BEGAN DRAFTING
                                         PROCESSOR LETTERS (.6); INTERNAL
                                         CONFERENCE TO DISCUSS SECURITY
                                         AGREEMENT AND GUARANTEE AGREEMENT (.4);
                                         REVIEWED AND FINALIZED COMMENTS TO
                                         SECURITY AGREEMENT, GUARANTEE
                                         AGREEMENT, TRADEMARK SECURITY
                                         AGREEMENT AND OTHER THIRD PARTY
                                         COLLATERAL DOCUMENTS (1.4).

LUSTIK KW          09/25/06      6.00    COORDINATE UCC SEARCHES (6.0).

NECKLES PJ         09/26/06      3.20    REVIEW, REVISE AND DISTRIBUTE COMPOSITE
                                         MARK-UP OF DRAFT EXIT FINANCING
                                         AGREEMENT (1.7); REVIEW AND DISTRIBUTE
                                         E-MAILS FROM M. LOESBERG RE: PLEDGE
                                         AGREEMENTS, DEPOSIT CONTROL
                                         AGREEMENTS, REAL ESTATE LOCATIONS, AND
                                         CLOSING CONDITIONS (1.5).

BOYDELL TT         09/26/06      8.70    REVIEW COMMITTEE'S ADDITIONAL COMMENTS
                                         TO CREDIT AGREEMENT (.4); REVIEW
                                         UPDATED COMPOSITE MARKUP TO CREDIT
                                         AGREEMENT (2.4); ANALYSIS RE:
                                         GUARANTEES AND COLLATERAL (2.3);
                                         DISCUSSIONS WITH B. KICHLER RE:
                                         TRADEMARKS (.5); COORDINATE/WORK ON
                                         CLOSING DELIVERABLES FOR EXIT FINANCING
                                         (2.2); REVIEW E-MAIL MESSAGES RE: EXIT
                                         FINANCING (.5) AND BANKRUPTCY CALENDAR
                                         (.2); COORDINATE WITH C. WENZEL RE:
                                         THIRD-PARTY CLOSING DOCUMENTS AND
                                         COLLATERAL DOCUMENTS (.2).

MARGOLIS A         09/26/06      0.20    REVIEW ADDITIONAL MILBANK COMMENTS ON
                                         CREDIT AGREEMENT (.1); FORWARD
                                         ADDITIONAL COMMENTS ON CREDIT AGREEMENT
                                         TO P. NECKLES, J. PAOLI (.1).

MCELHANEY CL       09/26/06      1.50    MISC. REAL ESTATE ISSUES INVOLVING
                                         REDRAFTING OF THE OPERATING AGREEMENT
                                         TO DELETE SPE LANGUAGE AND APPROVAL OF
                                         RESOLUTION LANGUAGE (1.0); ALL HANDS
                                         CALLS WITH IN HOUSE COUNSEL AND LENDER'S
                                         COUNSEL RE: REAL ESTATE (.5).

HARRIS K*          09/26/06      2.50    UPDATE POST-CLOSING ORGANIZATION CHART
                                         FOR WINN-DIXIE (.9); DRAFT DOCUMENT
                                         INDEX FOR CLOSING (1.6).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| KEMPF J | 09/26/06 | 5.00 | PARTICIPATE IN CONFERENCE WITH C. IBOLD, S. GAMBRELL, OTTERBOURG, AND C. MCELHANEY TO DISCUSS THE STATUS OF THE REAL ESTATE ITEMS ON THE CLOSING CHECKLIST (.5); REVISE OPERATING AGREEMENTS (2.0); VERIFY ADDRESS, ASSET, AND OTHER INFORMATION FOR THE COLLATERAL ACCESS AGREEMENTS, CREDIT AGREEMENT SCHEDULES AND STATEMENTS, AND OTHER CLOSING DOCUMENTS (2.0); REVISE REAL ESTATE SUBSIDIARY PROVISIONS OF RESOLUTIONS (.2); PLAN TIMING OF WHEN TO SEND REAL ESTATE SUB DOCUMENTS TO THE COMMITTEE (.3). |
| PAOLI J | 09/26/06 | 3.40 | REVISE CREDIT AGREEMENT MARKUP (1.1); REVIEW DEPOSIT ACCOUNT INFORMATION (.3); REVIEW CLOSING CHECKLIST (.3); ORDER ADDITIONAL UCC SEARCHES (.4); TELECONFERENCE WITH K. LUSTIK RE: SAME (.2); EMAIL TO T. BOYDELL RE: SPE RESOLUTIONS (.1); REVIEW RESOLUTIONS FOR SIMILAR LANGUAGE AS SUGGESTED BY REAL ESTATE (.2); REVIEW CEO SCHEDULE TO SECURITY AGREEMENT (.3); EMAIL TO T. BOYDELL RE: SAME (.1); EMAIL TO COMPANY RE: PREVIOUSLY HELD DEPOSIT ACCOUNTS (.2); TELECONFERENCE WITH C. WENZEL RE: DOCUMENT NUMBER INDEX (.1); EMAIL TO K. HARRIS RE: SAME (.1). |
| WENZEL CP | 09/26/06 | 2.10 | FINALIZED COMMENTS TO THIRD PARTY CONTROL AGREEMENTS AND COORDINATED DISTRIBUTION OF AGREEMENTS TO AMSOUTH, U.S. BANK, BB&T, CALVERT AND OTHER THIRD PARTIES (.7); CONTINUED DRAFTING PROCESSOR LETTERS AND COORDINATED DISTRIBUTION OF DRAFTS TO OSHR (1.4). |
| LUSTIK KW | 09/26/06 | 4.00 | COORDINATE UCC SEARCHES (4.0). |
| BOYDELL TT | 09/27/06 | 4.40 | REVIEW CLOSING DOCUMENTS FOR EXIT FINANCING (2.6); REVIEW OUTSTANDING COLLATERAL ISSUES (1.3); REVIEW AND RESPOND TO E-MAIL MESSAGES RE: BANKRUPTCY EXIT (.5). |
| MCELHANEY CL | 09/27/06 | 0.90 | RESPOND TO VARIOUS QUESTIONS FROM J. KEMPF RE: REVISIONS TO OPERATING AGREEMENTS (.9). |
| HARRIS K* | 09/27/06 | 1.80 | REVISE THE DOCUMENT INDEX (1.8). |
| TURETSKY DM | 09/27/06 | 0.20 | E-MAIL TO A. MARGOLIS RE: RELEASE PROVISIONS UNDER EXIT FACILITY (.2). |
| NECKLES PJ | 09/28/06 | 0.50 | REVIEW E-MAIL FROM T. BOYDELL RE: INACTIVE SUBSIDIARIES/EXIT FACILITY COORDINATION (.5). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BOYDELL TT        09/28/06      2.50    ANALYSIS RE: CORPORATE STRUCTURE (.6);
                                        REVIEW CLOSING DELIVERABLES FOR EXIT
                                        FINANCING (1.3); REVIEW AND RESPOND TO
                                        E-MAILS RE: EXIT FINANCING (.6).

HARRIS K*         09/28/06      0.20    UPDATE THE CLOSING DOCUMENT INDEX (.2).

KEMPF J           09/28/06      0.30    VERIFY ADDRESSES FOR CREDIT AGREEMENT
                                        EXHIBITS (.1); REVIEW CLOSING CHECKLIST
                                        (.2).

PAOLI J           09/28/06      5.10    REVIEW INDEMNIFICATION AND EXCULPATION
                                        PROVISIONS IN CREDIT AGREEMENT (1.1);
                                        DRAFT CORRESPONDENCE TO D. TURETSKY RE:
                                        SAME (.2); REVIEW AND REVISE FORM OF
                                        RESOLUTIONS (1.2); DRAFT SCHEDULES AND
                                        STATEMENTS TO CREDIT AGREEMENT AND
                                        SECURITY AGREEMENT (2.3); ORDER STATE
                                        TAX AND JUDGMENT LIEN SEARCHES (.3).

LUSTIK KW         09/28/06      0.70    COORDINATE UCC SEARCHES (.7).

NECKLES PJ        09/29/06      1.50    TELECONFERENCE WITH J. HELFAT RE:
                                        PROPOSED CONFERENCE TO DISCUSS EXIT
                                        FINANCING AGREEMENT (.3);
                                        TELECONFERENCE WITH M. COMERFORD, OF
                                        MILBANK, TO DISCUSS PROPOSED CONFERENCE
                                        RE: EXIT FINANCING AGREEMENT (.3);
                                        PREPARE FOR CONFERENCE RE: EXIT
                                        FINANCING AGREEMENT (.3); CONFERENCE TO
                                        REVIEW BANKRUPTCY COMMENTS ON EXIT
                                        FINANCING CREDIT AGREEMENT WITH J.
                                        HELFAT, M. LOESBERG, S. SOLL, A.
                                        MARGOLIS, M. COMERFORD AND M. BARR (.4);
                                        E-MAILS WITH T. BOYDELL AND S. STOESSER
                                        RE: BOARD OF DIRECTORS RESOLUTIONS
                                        (.2).

BOYDELL TT        09/29/06      4.90    REVIEW AND PREPARE MARK-UP TO PLEDGE
                                        AGREEMENT (1.3); REVIEW RESOLUTIONS FOR
                                        EXIT FINANCING (.8); REVIEW AND RESPOND
                                        TO E-MAILS RE:  EXIT FACILITY (.8);
                                        COORDINATE CLOSING DELIVERABLES FOR
                                        EXIT FINANCING (1.3); REVIEW RE:
                                        GUARANTEE ISSUE (.7).

MARGOLIS A        09/29/06      0.90    CONFERENCE WITH J. HELFAT, M. BARR AND
                                        P. NECKLES RE: BANKRUPTCY COMMENTS ON
                                        EXIT CREDIT AGREEMENT (.4); REVISIONS
                                        TO CONFIRMATION ORDER (.2); REVIEW
                                        CONFIRMATION ORDER AND EXIT CREDIT
                                        AGREEMENT COMMENTS (.3).

KEMPF J           09/29/06      1.40    COMMENTING ON LLC OPERATING AGREEMENTS
                                        AND FORMATION DOCS (1.2); CONFIRMING
                                        ADDRESSES AND INFORMATION FOR SCHEDULES
                                        (.2).

PAOLI J          09/29/06      4.60    TELECONFERENCE WITH L. GARCIA AT NCR RE:
                                       JUDGMENT SEARCHES (.2); TELECONFERENCE
                                       WITH K. HARRIS RE: LIEN SEARCHES (.1);
                                       REVIEW UCC SEARCH RESULTS (3.2); REVIEW
                                       UCC SEARCH ABSTRACT (1.1).

**MATTER TOTAL**            <u>**317.30**</u>


* Law clerks are law school graduates who are not presently admitted
  to practice.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**
**Insurance**

Bill Date: 10/02/06
Bill Number: 1124506

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HENRY S | 09/06/06 | 2.90 | REVIEW AND REVISE MEMORANDUM TO COMPANY RE: INSURANCE CLAIMS (2.8); EMAIL TO D. BAKER AND R. GRAY RE: SAME (.1). |
| FELD SR | 09/06/06 | 1.60 | REVIEW AND REVISE MEMORANDUM RE: INSURANCE ISSUES (1.6). |
| FELD SR | 09/07/06 | 3.50 | CONTINUE TO REVIEW AND REVISE MEMORANDUM RE: INSURANCE ISSUES (2.5); REVIEW SAFECO CLAIMS (.9); TELECONFERENCE WITH T. PENNINGTON RE: OHIO CASUALTY CLAIMS (.1). |
| GRAY RW | 09/07/06 | 0.30 | REVIEW AND COMMENT ON INSURANCE SUMMARY MEMORANDUM (.3). |
| FELD SR | 09/08/06 | 0.90 | REVISE MEMORANDUM TO COMPANY RE: INSURANCE (.7); REVIEW EMAILS FROM D. BITTER RE: AIG POLICIES (.2). |
| FELD SR | 09/11/06 | 0.40 | REVIEW CLAIMS REPORT RE: INSURANCE CLAIMS OBJECTION (.4). |
| HENRY S | 09/12/06 | 2.40 | REVIEW CORRESPONDENCE FROM D. BITTER RELATING TO INSURANCE ISSUES (.7); REVIEW CHART SUMMARIZING POLICY ISSUES (1.7). |
| FELD SR | 09/12/06 | 1.90 | REVIEW ACE INSURANCE POLICIES (1.9). |
| HENRY S | 09/13/06 | 1.30 | PREPARE FOR MEETING ON INSURANCE ISSUES (1.2); EMAIL TO S. FELD RE: SAME (.1). |
| FELD SR | 09/13/06 | 6.30 | PREPARE FOR CONFERENCE RE: INSURANCE (.2); CONTINUE TO REVIEW WORKERS COMPENSATION POLICIES (1.1); CONFERENCE WITH L. APPEL, J. CASTLE, D. BITTER RE: INSURANCE (.4); IMPLEMENT RECOMMENDATION RE: INSURANCE POLICIES AND CONTRACTS (4.6). |
| GRAY RW | 09/13/06 | 0.10 | REVIEW MEMORANDUM FROM S. HENRY RE: INSURANCE DECISIONS AND DRAFT REPLY RE: CLAIMS AND CONTRACTS TO HANDLE (.1). |
| FELD SR | 09/14/06 | 4.30 | TELECONFERENCE WITH T. PENNINGTON RE: OHIO CASUALTY INDEMNITY AGREEMENT (.2); REVIEW AND REVISE LIST OF INSURANCE POLICIES AND CONTRACTS FOR ASSUMPTION MOTION (1.5); CONTINUE TO REVIEW INSURANCE POLICIES AND INSURANCE CONTRACTS FOR ASSUMPTION LIST (2.2); TELECONFERENCES WITH D. BITTER RE: INSURANCE (.4). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FELD SR | 09/15/06 | 0.10 | EMAIL TO S. HENRY RE: STATUS OF OHIO CASUALTY (.1). |
|---------|----------|------|------|
| FELD SR | 09/20/06 | 3.90 | ANALYZE PROPOSAL OF OHIO CASUALTY (.3); RESEARCH AND REVIEW CASELAW RE: WHETHER EXONERATION SURVIVES DISCHARGE (3.6). |
| FELD SR | 09/21/06 | 6.50 | CONTINUE RESEARCHING AND REVIEWING CASELAW RE: EXONERATION (6.5). |
| HENRY S | 09/22/06 | 0.70 | REVIEW LETTER FROM T. PENNINGTON RE: OHIO CASUALTY (.2); DEVELOP STRATEGY TO RESPOND RE: SAME (.3); DEVELOP STRATEGY TO DEAL WITH BALLOT ISSUE OF ACE (.2). |
| FELD SR | 09/22/06 | 0.40 | FINALIZE AND CIRCULATE EMAIL TO L. APPEL, J. CASTLE AND D. BITTER RE: OHIO CASUALTY PROPOSAL (.2); REVIEW EMAIL FROM COUNSEL FOR RELIANCE AND RESPOND TO SAME (.2). |
| HENRY S | 09/25/06 | 0.20 | REVIEW EMAIL FROM T. PENNINGTON RE: CLAIMS OF OHIO CASUALTY (.2). |
| FELD SR | 09/25/06 | 0.60 | RESEARCH SURETY BOND ISSUES (.6). |
| HENRY S | 09/26/06 | 0.20 | REVIEW EMAIL FROM S. FELD RE: OHIO CASUALTY (.2). |
| FELD SR | 09/26/06 | 3.50 | ANALYZE OHIO CASUALTY PROPOSAL (.3); REVIEW AND ANALYZE GREAT AMERICAN INSURANCE CLAIMS (.5); CONTINUE TO REVIEW CASE LAW RE: SURETY BONDS (2.2); PREPARE EMAIL TO J. CASTLE, L. APPEL, AND D. BITTER RE: OHIO CASUALTY (.3); EXCHANGE EMAILS WITH D. BITTER RE: CNA D&O POLICY (.2). |
| HENRY S | 09/27/06 | 0.30 | REVIEW EMAIL RE: PROPOSED NC WORKERS' COMP CLAIM (.1); REVIEW DRAFT RE: OHIO CASUALTY (.2). |
| HENRY S | 09/28/06 | 0.20 | REVIEW DRAFT TO COMPANY RE: KEMPER (.2). |
| FELD SR | 09/28/06 | 0.30 | REVIEW KEMPER LIMITED OBJECTION TO ASSUMPTION (.3). |
| HENRY S | 09/29/06 | 0.10 | REVIEW EMAIL FROM R. GRAY RE: KEMPER CLAIM RESOLUTION (.1). |

**MATTER TOTAL**                    **42.90**

124

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                       **Bill Date: 10/02/06**
**Leases (Real Property)**                              **Bill Number: 1124506**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| RAVIN AS | 09/01/06 | 0.30 | REVIEW REVISED ZURICH LEASE CLAIM SUMMARY FROM B. GASTON, REVIEW CORRESPONDENCE FROM B. BENTON RE: SAME (.1); REVIEW STORE 1409 LEASE REJECTION MOTION (.2). |
| GRAY RW | 09/05/06 | 0.10 | TELECONFERENCE WITH C. JACKSON AND A. RAVIN RE: NOTICE ISSUES ON LEASE MOTIONS (.1). |
| RAVIN AS | 09/05/06 | 2.20 | DRAFT CORRESPONDENCE TO K. WARD RE: STATUS OF CASSELSQUARE ADMIN CLAIM APPLICATION (.1); TELECONFERENCE WITH B. GASTON RE: ZURICH- HIGHPOINT DAIRY (.2); TELECONFERENCE WITH C. JACKSON RE: LEASE FOR STORE 997 (.1); TELECONFERENCE WITH C. JACKSON AND R. GRAY RE: LEASE FOR STORE 997 (.1); REVIEW CORRESPONDENCE FROM B. GASTON RE: LEASE FOR STORE 997 (.1); TELEPHONE CONFERENCES WITH B. EVANOFF RE: W.T.V.A. MOTION FOR RECONSIDERATION, DRAFT CORRESPONDENCE TO SAME RE: SAME (.2); DRAFT MULTIPLE CORRESPONDENCE TO M. MORALES RE: W.T.V.A. MOTION FOR RECONSIDERATION (.1); REVIEW AND REVISE CORRECTED ORDER RE: W.T.V.A. MOTION FOR RECONSIDERATION (.3); DRAFT CORRESPONDENCE TO C. JACKSON RE: W.T.V.A. MOTION FOR RECONSIDERATION, TELECONFERENCE (VM) WITH SAME RE: SAME (.1); TELECONFERENCE WITH B. GASTON RE: ZURICH CLAIMS (.1); MULTIPLE TELEPHONE CONFERENCES WITH J. BENTON RE: ZURICH CLAIMS (.1); REVIEW FILES RE: PASS THROUGH TRUST AGREEMENT (.2); TELECONFERENCE WITH P. SLEIDEL RE: QUESTION RE: TAX MATTERS ON LEASES (.1); TELECONFERENCE WITH K. WILSON OF THERMO KING RE: LEASE INQUIRY (.1); REVIEW CORRESPONDENCE FROM T. KING RE: BUEHLERS (.1); REVIEW CORRESPONDENCE FROM AND DRAFT MULTIPLE CORRESPONDENCE TO R. FURR RE: STORE 390 LEASE, TELECONFERENCE WITH SAME RE: SAME, DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM B. GASTON RE: SAME (.2). |

GRAY RW        09/06/06      0.50    REVIEW MEMORANDA FROM S. KAROL, C.
                                     JACKSON AND A. RAVIN RE: LEASE REJECTION
                                     ISSUES AND DRAFT RESPONSE TO A. RAVIN
                                     RE: RESERVE CONCERN (.2);
                                     TELECONFERENCE WITH C. JACKSON AND A.
                                     RAVIN RE: SAME (.1); REVIEW AND COMMENT
                                     ON LEASE REJECTION MOTION RE: CLAIM BAR
                                     DATE (.2).

RAVIN AS       09/06/06      2.20    REVIEW MERRILL LYNCH OBJECTIONS TO
                                     CLAIMS AND CASES CITED RE: SAME (.5);
                                     TELECONFERENCE WITH B. GASTON RE:
                                     MERRILL LYNCH OBJECTIONS TO CLAIMS
                                     (.2); TELECONFERENCE WITH A. STEINBERG,
                                     C. DOWLING AND J. LEAMY RE: MERRILL
                                     LYNCH OBJECTIONS TO CLAIMS (.4); REVIEW
                                     ASSUMPTION OBJECTION FILED BY LANDLORD
                                     FOR STORE 202 (.1); TELECONFERENCE WITH
                                     M. COMERFORD RE: ASSIGNED LEASE ORDER
                                     (.1); REVIEW MOTION TO REJECT LEASES FOR
                                     NEW ORLEANS STORES, DRAFT
                                     CORRESPONDENCE TO C. JACKSON RE: SAME,
                                     REVIEW CORRESPONDENCE FROM C. JACKSON
                                     RE: SAME (.2); REVIEW CORRESPONDENCE
                                     FROM AND DRAFT CORRESPONDENCE TO S.
                                     KAROL RE: MOTION TO REJECT LEASES FOR
                                     NEW ORLEANS STORES, DRAFT MEMORANDA TO
                                     AND REVIEW MEMORANDA FROM R. GRAY RE:
                                     SAME, REVIEW CORRESPONDENCE FROM A.
                                     WULBERN RE: SAME (.2); TELECONFERENCE
                                     WITH C. JACKSON AND R. GRAY RE: MOTION
                                     TO REJECT LEASES FOR NEW ORLEANS STORES
                                     (.1); REVIEW CORRESPONDENCE FROM L.
                                     BARTON RE: 1997 PROPERTIES ORDER,
                                     REVIEW ORDER RE: SAME, DRAFT
                                     CORRESPONDENCE TO SAME RE: SAME (.3);
                                     DRAFT CORRESPONDENCE TO B. GASTON RE:
                                     ASSIGNED LEASE NO. 7 (.1).

GRAY RW        09/07/06      0.30    REVIEW AND RESPOND TO MEMORANDUM FROM C.
                                     JACKSON RE: INCLUSION OF ASSIGNMENT
                                     PROVISION IN ORDER (.1); DRAFT
                                     MEMORANDUM TO BANKING/REAL ESTATE TEAMS
                                     RE: SAME AND EMAIL EXCHANGE WITH A.
                                     MARGOLIS RE: SAME (.1); EMAIL EXCHANGE
                                     WITH C. JACKSON AND M. COMERFORD RE:
                                     SAME (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAVIN AS        09/07/06      1.80    REVIEW CORRESPONDENCE FROM C. JACKSON
                                      RE: SPE AND LANGUAGE FOR PROPOSED
                                      ASSUMPTION ORDER, REVIEW MEMORANDA FROM
                                      R. GRAY RE: SAME, REVIEW MEMORANDUM FROM
                                      A. MARGOLIS RE: SAME (.1); REVIEW ZURICH
                                      LEASE/CLAIM CHART, REVIEW AND REVISE
                                      ZURICH STIPULATION (1.0); DRAFT
                                      CORRESPONDENCE TO AND REVIEW
                                      CORRESPONDENCE FROM B. GASTON RE:
                                      ZURICH STIPULATION (.1);
                                      TELECONFERENCE WITH B. GASTON RE:
                                      ZURICH STIPULATION (.2); REVIEW
                                      MEMORANDUM AND CHART FROM D. TURETSKY
                                      RE: SUBLEASES, CONFERENCE WITH SAME RE:
                                      SAME (.2); TELECONFERENCE WITH L.
                                      MCDOWELL RE: STATUS OF BROOKSHIRES
                                      STIPULATION, DRAFT CORRESPONDENCE TO K.
                                      WARD RE: SAME (.1); DRAFT
                                      CORRESPONDENCE TO AND REVIEW
                                      CORRESPONDENCE FROM B. GASTON RE:
                                      ASSIGNED LEASE FOR STORE NUMBER 7 (.1).

HENRY S         09/08/06      2.60    CONFERENCE WITH B. NUSSBAUM, J. CASTLE,
                                      K. DAW, B. GASTON AND A. RAVIN RE: ZURICH
                                      LEASES (.5); TELECONFERENCE WITH A.
                                      RAVIN AND B. GASTON RE: ZURICH CLAIM
                                      (.4) MEET WITH A. RAVIN RE: SAME (.2);
                                      REVIEW DOCUMENTS RELATED TO POSSIBLE
                                      RESOLUTION OF ISSUES (1.5).

RAVIN AS        09/08/06      1.80    TELECONFERENCE RE: ZURICH SETTLEMENT
                                      WITH A. WULBERN, J. CASTLE, S. KAROL, B.
                                      GASTON, K. DAW, D. STANFORD, M.
                                      CHLEBOVEC, C. IBOLD, B. NUSSBAUM AND S.
                                      HENRY (.5); TELECONFERENCE WITH S.
                                      HENRY AND B. GASTON RE:  ZURICH
                                      SETTLEMENT (.4); CONFERENCE WITH S.
                                      HENRY RE:  ZURICH SETTLEMENT (.2);
                                      REVIEW CORRESPONDENCE FROM AND DRAFT
                                      CORRESPONDENCE TO K. WARD RE: PROPOSED
                                      ORDER RE: BROOKSHIRES STIPULATION,
                                      DRAFT CORRESPONDENCE TO L. MCDOWELL RE:
                                      SAME (.1); REVIEW CORRESPONDENCE FROM
                                      AND DRAFT CORRESPONDENCE TO M.
                                      COMERFORD RE: SAME (.1); REVIEW
                                      CORRESPONDENCE FROM AND DRAFT
                                      CORRESPONDENCE TO T. KING AND D.
                                      MOTSINGER RE: BUEHLER STATUS (.1);
                                      TELECONFERENCE WITH K. WARD RE: WTVA
                                      ORDER, TELECONFERENCE WITH M. MORALES
                                      RE: SAME (.2); REVIEW ORDER RE:
                                      CASSELSQUARE ADMIN CLAIM APPLICATION
                                      (.1); REVIEW CORRESPONDENCE FROM J.
                                      CASTLE RE: BAY LANDING, REVIEW
                                      CORRESPONDENCE FROM AND DRAFT
                                      CORRESPONDENCE TO J. LEAMY RE: SAME
                                      (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAVIN AS          09/11/06          2.90     TELECONFERENCE WITH B. GASTON RE:
                                             SUBLEASES (.3); DRAFT MEMORANDUM TO AND
                                             REVIEW MEMORANDUM FROM J. WOODFIELD RE:
                                             STATUS OF CASSELSQUARE ADMIN CLAIM
                                             ORDER, DRAFT CORRESPONDENCE TO E.
                                             POLLACK RE: SAME, DRAFT CORRESPONDENCE
                                             TO C. PUGATCH RE: SAME (.1); REVIEW
                                             MOTION FOR AUTHORITY TO EXTEND THE
                                             DEADLINE TO OBJECT TO CLAIMS AND
                                             REQUESTS FOR PAYMENT OF ADMINISTRATIVE
                                             EXPENSES FILED AGAINST BUEHLER FOODS,
                                             INC. (.1); DRAFT MEMORANDA TO AND REVIEW
                                             MEMORANDA FROM J. LEAMY RE: BUEHLERS
                                             CLAIM OBJECTION, REVIEW ORDER APPROVING
                                             BUEHLERS AGREED STIPULATION, DRAFT
                                             MEMORANDUM TO D. KALOUDIS RE: SAME (.1);
                                             TELECONFERENCE WITH M. MORALES RE: WTVA
                                             ORDER, REVIEW CORRESPONDENCE FROM AND
                                             DRAFT CORRESPONDENCE TO SAME RE: SAME,
                                             DRAFT CORRESPONDENCE TO AND REVIEW
                                             CORRESPONDENCE FROM B. EVANOFF RE: SAME
                                             (.3); TELECONFERENCE WITH J. POST RE:
                                             GOODINGS COMPLAINT, DRAFT
                                             CORRESPONDENCE TO B. BOWIN RE: SAME
                                             (.1); REVIEW GOODINGS COMPLAINT, REVIEW
                                             GOODINGS CLAIM, REVIEW LEASE
                                             TERMINATION AGREEMENT SPREADSHEET,
                                             REVIEW WOOLBRIGHT'S CLAIM (.6); REVIEW
                                             CORRESPONDENCE FROM D. MOTSINGER AND T.
                                             KING RE: BUEHLERS ORDER (.1);
                                             TELECONFERENCE WITH B. GASTON RE: LEASE
                                             TERMINATION AGREEMENTS (.2);
                                             TELECONFERENCE WITH L. MCDOWELL RE:
                                             BROOKSHIRES, REVIEW STIPULATION, DRAFT
                                             MEMORANDUM TO J. LEAMY RE: SAME (.2);
                                             REVIEW CORRESPONDENCE FROM AND DRAFT
                                             CORRESPONDENCE TO B. GASTON RE: ZURICH
                                             STATUS (.1); REVIEW BROOKSHIRES ORDER,
                                             DRAFT MEMORANDUM TO K. WARD RE: SAME,
                                             TELECONFERENCE WITH K. WARD RE: SAME
                                             (.3); REVIEW TOWER ADMIN CLAIM
                                             APPLICATION, DRAFT CORRESPONDENCE TO C.
                                             IBOLD RE: SAME (.2); REVIEW AND REVISE
                                             CERTIFICATE OF SERVICE FOR CORRECTED
                                             LEASE ORDER AND BROOKSHIRES ORDER (.1);
                                             TELECONFERENCE WITH B. GASTON RE:
                                             ZURICH (.1).

RAVIN AS          09/12/06       3.20    DRAFT MEMORANDUM TO J. LEAMY RE REVISED PROPOSED 20TH ORDER RE: BROOKSHIRES CLAIM (.1); TELECONFERENCE WITH E. ASHSTON RE: STATUS OF ADMIN CLAIM APPLICATIONS (.2); REVIEW AND REVISE ADMIN CLAIM STATUS CHART (.4); DRAFT CORRESPONDENCE TO E. ASHTON RE: STATUS OF KILLEN, KIRKLAND AND OTHER ADMIN CLAIMS, TELECONFERENCE (VM) WITH SAME RE: SAME, TELECONFERENCE (VM) WITH S. JOYNES RE: JNB STATUS (.2); TELECONFERENCE (VM) WITH R. MALCHON RE: WOOLBRIGHT ADMIN CLAIM (.1); TELECONFERENCE WITH K. NIEL RE: ADMIN CLAIMS (.2); TELECONFERENCE WITH B. GASTON RE: ARTESIA ADMIN CLAIM (.1); TELECONFERENCE WITH Z. BANCROFT RE: 12TH STREET ASSOCIATES ADMIN CLAIM (.1); TELECONFERENCE WITH M. CHLEBOVEC RE: SETTLEMENT OF STORE 740 ADMIN CLAIM, DRAFT CORRESPONDENCE TO SAME RE: SAME (.1); TELECONFERENCE WITH W. ZELDAWSKI RE: SETTLEMENT OF STORE 740 ADMIN CLAIM (.1); DRAFT CORRESPONDENCE TO R. MALCHON RE: WOOLBRIGHT ADMIN CLAIM (.1); TELECONFERENCE WITH K. NIEL RE: GOODINGS ADMIN CLAIM APPLICATION (.1); TELECONFERENCE WITH M. BEAL RE: GOODINGS ADMIN CLAIM APPLICATION, REVIEW CORRESPONDENCE FROM SAME RE: SAME, DRAFT CORRESPONDENCE TO SAME RE: SAME. DRAFT CORRESPONDENCE TO B. GASTON RE: SAME (.3); REVIEW CORRESPONDENCE FROM K. NIEL RE: TOWER ADMIN CLAIM (.1); TELECONFERENCE WITH G. DAVIS RE: ADMIN CLAIM APPLICATION FOR STORE 170, TELECONFERENCE WITH J. CARNIGAN RE: SAME (.2); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO A. WULBERN RE: REJECTION OF STORE 1361 REVIEW ORDER RE: SAME, REVIEW UNDERLYING AND PRIOR CORRESPONDENCE RE: SAME (.2); DRAFT CORRESPONDENCE TO E. POLLACK RE: SAME (.1); REVIEW AND REVISE ZURICH ADMIN CLAIM STIPULATION (.4).

HENRY S          09/13/06       1.80    TELECONFERENCE WITH D. DREBSKY AND A. RAVIN RE: ESTIMATION, ALLOWANCE OF CLAIMS (.3); REVIEW STRUCTURE OF RESOLUTION ON 3018 MOTION (.6); FORWARD D. DREDSKY REQUEST FOR EXTENSION OF VOTING TIME (.1); CORRESPOND WITH R. GRAY ET AL RE: EXTENSION (.1); CORRESPONDENCE WITH D. DREBSKY RE: SAME (.3); ANALYSIS OF ISSUES AND REVIEW OF ORDER RE: SAME WITH A. RAVIN (.3); BRIEF TELECONFERENCE WITH D.DREBSKY RE: ISSUES (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAVIN AS            09/13/06        6.80   DRAFT CORRESPONDENCE TO AND REVIEW
                                           CORRESPONDENCE FROM C. JACKSON RE:
                                           BROOKSHIRE ORDER APPROVING
                                           STIPULATION, REVIEW CORRESPONDENCE
                                           FROM C. JACKSON RE: SERVICE OF CORRECTED
                                           LEASE GUARANTY ORDER RE: WTVA (.1);
                                           DRAFT CORRESPONDENCE TO M. MORALES RE:
                                           WITHDRAWAL OF MOTION FOR
                                           RECONSIDERATION RE: WTVA (.1); DRAFT
                                           OBJECTIONS TO ADMIN CLAIM APPLICATIONS
                                           FILED BY E. ASHTON (1.8); DRAFT
                                           MEMORANDUM TO R. GRAY RE: OBJECTIONS TO
                                           ADMIN CLAIM APPLICATIONS (.1);
                                           TELECONFERENCE WITH B. ZEWADSKI RE:
                                           WITHDRAWAL OF WEBBER ADMIN CLAIM
                                           APPLICATION, DRAFT CORRESPONDENCE TO M.
                                           CHLEBOVEC RE: SAME (.1); REVIEW ZURICH
                                           CLAIMS (.3); TELEPHONE CONFERENCES WITH
                                           B. GASTON RE: ZURICH CLAIMS (.4);
                                           CONFERENCE WITH S. HENRY RE: ZURICH
                                           STIPULATION (.3); TELECONFERENCE WITH
                                           D. DREBSKY AND S. HENRY RE: ZURICH
                                           STIPULATION (.3); REVIEW AND REVISE
                                           ZURICH STIPULATION (1.5); CONFERENCE
                                           WITH K. LOGAN RE: LEASE TERMINATION
                                           AGREEMENTS (.3); TELECONFERENCE WITH C.
                                           JACKSON RE: DISPOSITION OF SUBLEASES
                                           (.1); REVIEW CORRESPONDENCE FROM AND
                                           DRAFT CORRESPONDENCE TO K. LOGAN RE:
                                           WOOLBRIGHT LEASE CLAIM, DRAFT
                                           CORRESPONDENCE TO V. ROLDAN RE: SAME
                                           (.2); DRAFT ZURICH STIPULATION (.9);
                                           REVIEW CORRESPONDENCE FROM K. DAW RE:
                                           DISPOSITION OF SUBLEASES, REVIEW
                                           UNDERLYING CHART RE: SAME (.1); REVIEW
                                           CORRESPONDENCE FROM A. MARGOLIS RE:
                                           REAL PROPERTY LEASES AND WACHOVIA
                                           MORTGAGE, REVIEW CHART RE: SAME, REVIEW
                                           CORRESPONDENCE FROM J. KEMPF RE: SAME
                                           (.1); REVIEW CORRESPONDENCE FROM J.
                                           CARNIGAN RE: TOWER ADMIN CLAIM
                                           APPLICATION (.1).

| RAVIN AS | 09/14/06 | 5.20 | REVIEW CORRESPONDENCE FROM B. GASTON RE: SUBLEASES AND REVIEW RELATED CHART PROVIDED BY SAME (.2); DRAFT CORRESPONDENCE TO J. CASTLE RE: STATUS/TREATMENT RE: LEASE TERMINATION AGREEMENTS (.2); DRAFT CORRESPONDENCE TO J. CARNIGNAN RE: TOWER ADMIN CLAIM APPLICATION (.2); DRAFT CORRESPONDENCE TO W. ZEWDAWSKI RE: WEBBER COMMERCIAL PROPERTIES ADMIN CLAIM APPLICATION, REVIEW CORRESPONDENCE FROM SAME RE: SAME (.1); TELECONFERENCE WITH W. HALL RE: QUESTION ON LEASES FOR THREE STORES (.2); REVIEW AND REVISE ZURICH STIPULATION (1.1); REVIEW CORRESPONDENCE FROM B. GASTON AND D. TURETSKY RE: TREATMENT OF SUBLEASES (.1); DRAFT CORRESPONDENCE TO J. CASTLE AND OTHERS RE: ZURICH STIPULATION (.1); TELECONFERENCE WITH A. LASALLA RE: OMNIBUS ASSUMPTION MOTION, REVIEW CORRESPONDENCE FROM E. CROCKER RE: SAME, DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM C. JACKSON RE: SAME (.2); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO B. SAWYER RE: WOOLBRIGHT (.1); TELECONFERENCE WITH K. DAW RE: ZURICH CLAIMS, REVIEW CORRESPONDENCE FROM SAME RE: SAME (.2); REVIEW STORE 2324-APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSES, DRAFT CORRESPONDENCE TO K. NIEL RE: SAME (.1); REVIEW CORRESPONDENCE FROM E. O'CARROLL RE: GOODINGS ADMIN CLAIM APPLICATION (.1); DRAFT OBJECTIONS AND CORRESPONDING PLEADINGS RE: MULTIPLE E. ASHTON ADMIN CLAIM APPLICATIONS (2.3). |
| TURETSKY DM | 09/14/06 | 0.20 | RESEARCH/ANALYSIS RE: SUBLEASES TO BE ASSUMED/REJECTED (.2). |

RAVIN AS          09/15/06          4.10   DRAFT CORRESPONDENCE TO C. IBOLD RE:
                                           CORRECTED ORDER RE: GUARANTEE MOTION
                                           RE: WTVA (.1); TELECONFERENCE WITH M.
                                           MORALES RE: STATUS OF WITHDRAWAL OF WTVA
                                           MOTION FOR RECONSIDERATION (.1);
                                           TELECONFERENCE WITH M. MORALES RE:
                                           ARTESIA ADMIN CLAIM APPLICATION, DRAFT
                                           CORRESPONDENCE TO SAME RE: SAME (.1);
                                           TELECONFERENCE WITH B. GASTON RE:
                                           ZURICH LEASES (.3); DRAFT
                                           CORRESPONDENCE TO M. BEAL RE: GOODINGS
                                           ADMIN CLAIM APPLICATION (.1); REVIEW
                                           GOODINGS CLAIM AND ADMIN CLAIM AND
                                           SPREADSHEET FROM E. O'CARROLL (.3);
                                           MULTIPLE TELEPHONE CONFERENCES WITH M.
                                           MIGLIORE RE: CLASSIFICATION OF LEASE
                                           CLAIMS (.3); TELECONFERENCE WITH E.
                                           POLLACK RE: ZURICH STIPULATION (.1);
                                           REVIEW CORRESPONDENCE FROM S. EVERETT
                                           RE: FRANKFORD DALLAS, DRAFT
                                           CORRESPONDENCE TO K. LOGAN RE: SAME,
                                           DRAFT CORRESPONDENCE TO S. EVERETT RE:
                                           SAME (.1); REVIEW MOTION TO APPROVE
                                           TERMINATION ASSIGNMENT AGREEMENTS
                                           (.2); REVIEW MEMORANDUM FROM J. LEAMY
                                           AND CORRESPONDENCE FROM E. O'CARROLL
                                           RE: STORE 2515/CLAIM 13406 (.1); REVIEW
                                           K. DAW COMMENTS TO ZURICH STIPULATION,
                                           REVIEW AND REVISE STIPULATION RE: SAME
                                           (.3); TELECONFERENCE WITH E. POLLACK
                                           (PARTIAL) AND B. GASTON RE: ZURICH (.2);
                                           REVIEW CORRESPONDENCE FROM AND DRAFT
                                           CORRESPONDENCE TO M. PHILLIPS RE:
                                           CLASSIFICATION ISSUE, REVIEW
                                           MEMORANDUM FROM AND DRAFT MEMORANDUM TO
                                           R. GRAY RE: SAME (.1); REVIEW AND REVISE
                                           ZURICH STIPULATION (.7); REVIEW
                                           CORRESPONDENCE FROM K. LOGAN AND K. DAW
                                           RE: BAR DATE ISSUES AND SERVICE ISSUES
                                           RE: ZURICH LEASES, REVIEW
                                           CORRESPONDENCE FROM B. GASTON RE: SAME
                                           (.2); REVIEW CORRESPONDENCE FROM AND
                                           DRAFT CORRESPONDENCE TO D. DREBSKY RE:
                                           ZURICH STIPULATION (.2); REVIEW AND
                                           REVISE WINN-DIXIE LOGISTICS SALE MOTION
                                           (.2) REVIEW WTVA NOTICE OF WITHDRAWAL
                                           AND REVIEW ARTESIA NOTICE OF
                                           WITHDRAWAL, DRAFT MEMORANDA TO J.
                                           WOODFIELD RE: SAME, DRAFT
                                           CORRESPONDENCE TO W. EVANOFF RE:
                                           WITHDRAWAL OF GUARANTEE MOTION (.2);
                                           REVIEW CORRESPONDENCE FROM A. GOMEZ RE:
                                           ASSUMED LEASES (.1); DRAFT
                                           CORRESPONDENCE TO AND REVIEW
                                           CORRESPONDENCE FROM M. MIGLIORE RE:
                                           PLAN CLASSIFICATION MOTION EXTENSION
                                           REQUEST (.1).

| RAVIN AS | 09/17/06 | 3.80 | REVIEW EXHIBIT TO RETROACTIVE ASSUMPTION MOTION FOR LEASE TERMINATION AGREEMENTS (.1); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM C. JACKSON RE: ARTESIA ADMIN CLAIM (.1); DRAFT CORRESPONDENCE TO D. DREBSKY RE: DEUTSCHE BANK BALLOTS (.1); REVIEW CORRESPONDENCE FROM M. BEAL RE: GOODINGS ADMIN CLAIM APPLICATION (.1); REVIEW RDI ADMIN CLAIM APPLICATION (.1); REVIEW AND REVISE ADMIN CLAIM APPLICATION CHART (.3); REVIEW 3018 MOTIONS FILED (.3); DRAFT CORRESPONDENCE TO R. MALCHON RE: WOOLBRIGHT ADMIN EXPENSE CLAIM (.1); DRAFT CORRESPONDENCE TO K. NIEL AND M. CHLEBOVEC RE: STORE 2324 ADMIN CLAIM APPLICATION (.1); DRAFT OBJECTIONS TO ADMIN CLAIM APPLICATIONS FOR KIRKLAND, KILLEN, DEERFOOT, MCDONOUGH, AND R. ROARK, DRAFT  NOTICES OF HEARINGS AND PROPOSED ORDERS (2.4); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM C. CHIEFA RE: RDI ADMIN CLAIM APPLICATION (.1). |
| --- | --- | --- | --- |
| HENRY S | 09/18/06 | 0.20 | CONFERENCE WITH D. DREBSKY AND A. RAVIN RE: ZURICH SETTLEMENT (.1); CONFERENCE WITH A. RAVIN RE: SAME (.1). |
| GRAY RW | 09/18/06 | 0.10 | REVIEW AND COMMENT ON RDI DEVELOPERS AGREED ORDER (.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAVIN AS      09/18/06      4.10   REVIEW CORRESPONDENCE FROM AND DRAFT
                                   CORRESPONDENCE TO R. MALCHON RE:
                                   WOOLBRIGHT STATUS, REVIEW
                                   CORRESPONDENCE FROM D. MOORE RE: SAME
                                   (.1); REVIEW CORRESPONDENCE FROM M.
                                   BEAL RE: GOODINGS ADMIN CLAIM
                                   APPLICATION, DRAFT CORRESPONDENCE TO K.
                                   NIEL RE: SAME (.1); TELECONFERENCE WITH
                                   J. POST RE: COMMENTS TO DRAFT OBJECTIONS
                                   TO ADMIN CLAIM APPLICATIONS (.2); DRAFT
                                   CORRESPONDENCE TO AND REVIEW
                                   CORRESPONDENCE FROM M. CHLEBOVEC RE:
                                   STORE 740 ADMIN CLAIM (.1); REVIEW
                                   CORRESPONDENCE FROM C. CHIEFA RE: RDI
                                   DEVELOPERS ADMIN CLAIM (.1); DRAFT
                                   AGREED ORDER AND NOTICE RE: RESOLUTION
                                   OF RDI DEVELOPERS ADMIN CLAIM
                                   APPLICATION (.7); TELECONFERENCE WITH
                                   M. BEAL RE: GOODINGS ADMIN CLAIM
                                   APPLICATION (.2); REVIEW MEMORANDA FROM
                                   R. GRAY RE: CONFIRMATION ORDER RE: ERISA
                                   LANGUAGE (.1); TELECONFERENCE WITH D.
                                   DREBSKY AND S. HENRY RE: ZURICH
                                   STIPULATION (.1); TELECONFERENCE WITH
                                   S. HENRY RE: ZURICH STIPULATION (.1);
                                   REVIEW AND REVISE ZURICH STIPULATION
                                   (.4); DRAFT CORRESPONDENCE TO AND
                                   REVIEW CORRESPONDENCE FROM K. DAW RE:
                                   ZURICH STIPULATION, REVIEW
                                   CORRESPONDENCE FROM AND DRAFT
                                   CORRESPONDENCE TO D. STANFORD RE: SAME
                                   (.1); REVIEW MIAMI DAIRY SALE ORDER RE:
                                   ZURICH STIPULATION (.2); DRAFT
                                   CORRESPONDENCE TO J. CARNIGNAN RE:
                                   TOWER ADMIN CLAIM APPLICATION (.1);
                                   DRAFT CORRESPONDENCE TO C. CHIEFA RE:
                                   AGREED ORDER RE: RDI ADMIN CLAIM
                                   APPLICATION (.1); REVIEW AND REVISE
                                   OBJECTIONS TO ADMIN CLAIM APPLICATIONS
                                   FOR KILLEN, DEERFOOT, MCDONOUGH
                                   MARKETPLACE, ROARK, KIRKLAND AND JNB
                                   FINANCIAL (1.2); DRAFT CORRESPONDENCE
                                   TO K. NIEL RE: DRAFT OBJECTIONS TO ADMIN
                                   CLAIM APPLICATIONS AND RE: DRAFT RDI
                                   AGREED ORDER (.2).

GRAY RW       09/19/06      0.10   REVIEW AND COMMENT ON RDI DEVELOPERS
                                   CHANGES TO AGREED ORDER (.1).

134

RAVIN AS            09/19/06        1.60   TELECONFERENCE WITH C. JACKSON RE: BHBS
                                           CLAIM (.1); TELEPHONE CONFERENCES WITH
                                           D. DREBSKY RE: ZURICH STIPULATION (.2);
                                           REVIEW CORRESPONDENCE FROM AND DRAFT
                                           CORRESPONDENCE TO K. NIEL RE: RDI
                                           DEVELOPERS ADMIN CLAIM ORDER, REVIEW
                                           AND REVISE ORDER RE: SAME, REVIEW
                                           CORRESPONDENCE FROM AND DRAFT
                                           CORRESPONDENCE TO C. CHIEFA RE: SAME
                                           (.3); TELECONFERENCE WITH M. COMERFORD
                                           RE: DRAFT OBJECTIONS TO ADMIN CLAIM
                                           APPLICATIONS, DRAFT CORRESPONDENCE TO
                                           SAME RE: SAME (.1); FINALIZE ZURICH
                                           STIPULATION AND MOTION FOR FILING (.4);
                                           TELECONFERENCE WITH M. COMERFORD RE:
                                           AGREED ORDER RE: ADMIN CLAIM
                                           APPLICATION OF RDI (.1); DRAFT
                                           CORRESPONDENCE TO C. CHIEFA RE: AGREED
                                           ORDER RE: ADMIN CLAIM APPLICATION OF RDI
                                           (.2); DRAFT CORRESPONDENCE TO K. NIEL
                                           AND M. CHLEBOVEC RE: DRAFT OBJECTIONS TO
                                           ADMIN CLAIM APPLICATIONS (.1); REVIEW
                                           CORRESPONDENCE FROM A. WULLBURN RE:
                                           PROPOSED LANGUAGE FOR OMNIBUS
                                           ASSUMPTION ORDER, DRAFT CORRESPONDENCE
                                           TO SAME RE: SAME (.1).

RAVIN AS            09/20/06        1.10   TELECONFERENCE WITH C. CHIEFA RE: RDI
                                           DEVELOPERS ADMIN CLAIM, DRAFT
                                           CORRESPONDENCE TO SAME RE: SAME, DRAFT
                                           CORRESPONDENCE TO C. JACKSON RE: SAME
                                           (.1); REVIEW AND REVISE RDI DEVELOPERS
                                           AGREED ORDER (.2); DRAFT CORRESPONDENCE
                                           TO AND REVIEW CORRESPONDENCE FROM V.
                                           JACKSON RE: STORE 740 (.1);
                                           TELECONFERENCE WITH J. POST RE:
                                           COMMENTS TO NOTICE OF HEARING FOR ADMIN
                                           CLAIM OBJECTIONS, REVIEW AND REVISE
                                           SAME (.2); REVIEW CORRESPONDENCE FROM
                                           S. KAROL RE: SOLICITATION EFFORT,
                                           REVIEW CORRESPONDENCE FROM AND DRAFT
                                           CORRESPONDENCE TO R. GRAY RE: SAME (.3);
                                           REVIEW CORRESPONDENCE FROM K. LOGAN AND
                                           R. GRAY RE: PLAN CLASSIFICATION MOTION
                                           FILED BY E. ALLEN, REVIEW MOTION RE:
                                           SAME (.2).

RAVIN AS            09/21/06        0.20   DRAFT CORRESPONDENCE TO K. WARD RE:
                                           SERVICE OF ADMIN CLAIM OBJECTIONS (.1);
                                           DRAFT CORRESPONDENCE TO AND REVIEW
                                           CORRESPONDENCE FROM W. ZEWDAWSKI RE:
                                           WEBBER ADMIN CLAIM APPLICATION (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAVIN AS        09/25/06        2.60    DRAFT CORRESPONDENCE TO R. MALCHON RE:
                                        STATUS OF WOOLBRIGHT ADMIN CLAIM
                                        APPLICATION (.1); REVIEW ADMIN CLAIM
                                        APPLICATION OF JNB (.1); TELECONFERENCE
                                        WITH S. JOYNES RE: ADMIN CLAIM
                                        APPLICATION OF JNB (.1); DRAFT
                                        CORRESPONDENCE TO K. NIEL RE: ADMIN
                                        CLAIM APPLICATION OF FRO (.1); REVIEW
                                        AND REVISE ADMIN CLAIM APPLICATION
                                        STATUS CHART (.3); DRAFT CORRESPONDENCE
                                        TO Z. BANCROFT RE: ADMIN CLAIM
                                        APPLICATION OF 12TH STREET AND
                                        WASHINGTON ASSOCIATES (.1);
                                        TELECONFERENCE WITH J. CARNIGNAN RE:
                                        STATUS OF TOWER ADMIN CLAIM APPLICATION
                                        (.1); DRAFT OBJECTION TO ADMIN CLAIM
                                        APPLICATION OF 12TH STREET WASHINGTON
                                        ASSOCIATES, DRAFT CORRESPONDING
                                        PROPOSED ORDER (.5); TELECONFERENCE
                                        WITH B. GASTON RE: STORE 2435 (.2);
                                        REVIEW FOUR ASSIGNED LEASE GUARANTEE
                                        REJECTION ORDERS RE: SAME (.4);
                                        TELECONFERENCE WITH J. HOWELL RE:
                                        QUESTIONS ON STATUS OF LEASES FOR STORES
                                        1534 AND 456 (.1); REVIEW
                                        CORRESPONDENCE FROM B. GASTON RE: STORE
                                        1371 (.1); REVIEW BUNDY OBJECTION TO
                                        REJECTION MOTION AND ADMIN CLAIM
                                        APPLICATION (.4).

RAVIN AS        09/26/06        0.70    DRAFT MEMORANDUM TO AND REVIEW
                                        MEMORANDUM FROM R. GRAY RE:  BUNDY
                                        OBJECTION TO REJECTION MOTION AND ADMIN
                                        CLAIM APPLICATION, DRAFT
                                        CORRESPONDENCE TO C. JACKSON RE: SAME
                                        (.2); DRAFT CORRESPONDENCE TO C.
                                        JACKSON RE: PENDING LEASE MATTERS (.2);
                                        REVIEW CORRESPONDENCE FROM Z. BANCROFT
                                        RE: ADMIN CLAIM FOR 12TH STREET AND
                                        WASHINGTON ASSOCIATES (.1); REVIEW
                                        DEMAND LETTER FOR PERCENTAGE RENT FROM
                                        M. PUYANIC RE: STORE 328, DRAFT
                                        CORRESPONDENCE TO K. NIEL RE: SAME (.1);
                                        TELECONFERENCE WITH S. JOYNES RE: JNB
                                        ADMIN CLAIM APPLICATION (.1).

RAVIN AS        09/27/06      1.80    REVIEW DEMAND LETTER RE: STORE 328,
                                      DRAFT CORRESPONDENCE TO K. NIEL RE: SAME
                                      (.1); CALL (VM) WITH S. JOYNES RE: ADMIN
                                      CLAIM APPLICATION FOR JNB (.1); DRAFT
                                      CORRESPONDENCE TO AND REVIEW
                                      CORRESPONDENCE FROM J. HOWELL OF
                                      REGENCY, TELECONFERENCE (VM) WITH J.
                                      HOWELL RE: SAME (.1); TELECONFERENCE
                                      WITH B. GASTON RE: 502(B)(6)
                                      CALCULATION (.3); DRAFT OBJECTIONS TO
                                      ADMIN CLAMS OF 12TH STREET ASSOCIATES,
                                      TOWER ASSOCIATES AND WOOLBRIGHT SSR
                                      (.8); DRAFT NOTICE OF HEARING AND
                                      PROPOSED ORDERS RE: SAME (.4).

RAVIN AS        09/28/06      2.20    DRAFT CORRESPONDENCE TO AND REVIEW
                                      CORRESPONDENCE FROM W. ZEWDOWSKI RE:
                                      STATUS OF WEBBER ADMIN CLAIM
                                      APPLICATION WITHDRAWAL, DRAFT
                                      CORRESPONDENCE TO S. WEBBER RE: SAME,
                                      REVIEW NOTICE OF WITHDRAWAL, DRAFT
                                      CORRESPONDENCE TO E. POLLACK RE: SAME,
                                      DRAFT CORRESPONDENCE TO K. NIEL RE:
                                      PASCO LEASE STATUS (.2); REVIEW RHODES
                                      FILE RE: RESPONDING TO SETTLEMENT
                                      PROPOSAL (.4); DRAFT CORRESPONDENCE TO
                                      J. CASTLE RE: RHODES SETTLEMENT
                                      PROPOSAL (.5); DRAFT CORRESPONDENCE TO
                                      AND REVIEW CORRESPONDENCE FROM M. BEAL
                                      RE: STATUS OF ADMIN CLAIM APPLICATION,
                                      DRAFT CORRESPONDENCE TO K. NIEL RE: SAME
                                      (.1); REVIEW CORRESPONDENCE FROM AND
                                      DRAFT CORRESPONDENCE TO D. MOORE RE:
                                      WITHDRAWAL OF WOOLBRIGHT ADMIN CLAIM
                                      APPLICATION (.2); REVIEW 12TH STREET
                                      MARKETPLACE ADMIN CLAIM APPLICATION,
                                      DRAFT MEMORANDUM TO R. GRAY RE: SAME
                                      (.3); REVIEW CORRESPONDENCE FROM
                                      GLIMCHER RE: NEWBERRY SOUTH CAROLINA
                                      CLAIM, REVIEW UNDERLYING CLAIM, REVIEW
                                      CORRESPONDENCE FROM K. DAW RE: SAME,
                                      REVIEW MEMORANDUM FROM R. GRAY RE: SAME,
                                      REVIEW AND ANALYZE UNDERLYING CLAIMS OF
                                      SOUTH CAROLINA, DRAFT MEMORANDUM TO R.
                                      GRAY RE: SAME (.5).

HENRY S         09/29/06      0.10    CONFERENCE WITH A. RAVIN RE: ADMIN
                                      CLAIMS (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAVIN AS          09/29/06       3.90    DRAFT OBJECTION TO FOUR ADMIN CLAIM
                                         APPLICATIONS FILED BY CATAMOUNT
                                         ROCKINGHAM AND CATAMOUNT KS-LY (1.6);
                                         CONFERENCE WITH J.R. LEDERER RE: LEGAL
                                         RESEARCH FOR ADMIN CLAIM STANDARD FOR
                                         CATAMOUNT ROCKINGHAM AND CATAMOUNT
                                         KS-LY (.2); CONFERENCE WITH S. HENRY RE:
                                         ADMIN CLAIMS RE: LEASES (.1); LEGAL
                                         RESEARCH RE: BENEFIT TO ESTATE
                                         REQUIREMENT OF 365(D)(3) (.4); REVIEW
                                         CORRESPONDENCE FROM AND DRAFT
                                         CORRESPONDENCE TO A. WULBERN RE:
                                         DEUTSCHE BANK AND NEWPORT PARTNERS
                                         OBJECTIONS TO ASSUMPTION (.1); DRAFT
                                         OBJECTION TO ADMIN CLAIM APPLICATION
                                         RE: TOWER ASSOCIATES (.7);
                                         TELECONFERENCE WITH J. POST RE: 12TH
                                         STREET MARKETPLACE ADMIN CLAIM
                                         APPLICATION (.1); MULTIPLE TELEPHONE
                                         CONFERENCES WITH S. JOYNES RE: JNB ADMIN
                                         CLAIM APPLICATION (.2); TELECONFERENCE
                                         WITH D. DREBSKY RE: MONTHLY PAYMENT ON
                                         DEUTSCHE BANK ASSUMED LEASES, DRAFT
                                         CORRESPONDENCE TO AND REVIEW
                                         CORRESPONDENCE FROM D. DREBSKY RE: SAME
                                         (.1); DRAFT CORRESPONDENCE TO AND
                                         REVIEW CORRESPONDENCE FROM B. GASTON
                                         RE: MONTHLY PAYMENT ON DEUTSCHE BANK
                                         ASSUMED LEASES, REVIEW CORRESPONDENCE
                                         FROM S. KAROL RE: SAME (.1);
                                         TELECONFERENCE WITH S. KAROL RE:
                                         MONTHLY PAYMENT ON DEUTSCHE BANK
                                         ASSUMED LEASES (.1); DRAFT NOTICE OF
                                         WITHDRAWAL FOR JNB ADMIN CLAIM
                                         APPLICATION, DRAFT CORRESPONDENCE TO
                                         AND REVIEW CORRESPONDENCE FROM S.
                                         JOYNES RE: SAME (.2).

RAVIN AS          09/30/06       0.30    DRAFT CORRESPONDENCE TO C. JACKSON RE:
                                         STATUS OF PENDING REAL ESTATE MATTERS
                                         (.1); REVIEW TAPPAN PROPERTIES ADMIN
                                         CLAIM APPLICATION, DRAFT
                                         CORRESPONDENCE TO K. NIEL RE: SAME (.2).

**MATTER TOTAL**              **58.80**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**
**Litigation (General)**

Bill Date: 10/02/06
Bill Number: 1124506

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| RAVIN AS | 09/05/06 | 0.10 | DRAFT MEMORANDUM TO AND REVIEW MEMORANDUM FROM D. TURETSKY RE: STATUS OF ABLE LABS (.1). |
| TURETSKY DM | 09/05/06 | 0.10 | TELECONFERENCE WITH T. WHEELER RE: WINN-DIXIE CLAIM AGAINST ABLE LABORATORIES (.1). |
| RAVIN AS | 09/06/06 | 0.10 | CONFERENCE WITH D. TURETSKY RE: ABLE LABS STATUS, REVIEW MEMORANDUM FROM SAME RE: SAME (.1). |
| TURETSKY DM | 09/06/06 | 0.40 | TELECONFERENCE WITH T. WHEELER RE: WINN-DIXIE CLAIM IN ABLE LABS BANKRUPTCY CASE (.1); E-MAIL TO T. WHEELER RE: WINN-DIXIE CLAIM IN ABLE LABS BANKRUPTCY CASE (.2); MEETING WITH A. RAVIN RE: WINN-DIXIE CLAIM IN ABLE LABS BANKRUPTCY CASE (.1). |
| RAVIN AS | 09/07/06 | 0.10 | REVIEW CORRESPONDENCE FROM T. WHEELER RE: ABLE LABS STATUS, REVIEW MEMORANDUM FROM D. TURETSKY RE: SAME (.1). |
| TURETSKY DM | 09/07/06 | 0.10 | E-MAIL TO J. CASTLE RE: WINN-DIXIE CLAIM AGAINST ABLE LABS (.1). |
| HENRY S | 09/12/06 | 1.20 | REVIEW EMAIL FROM R. GRAY RE: AUTO LIABILITY ISSUE (.2); REVIEW OF APPLICABLE ORDER RE: AME (.7); REVIEW OF APPLICABLE STATUTE AND CASE SUMMARIES (.3). |
| RAVIN AS | 09/12/06 | 0.10 | REVIEW CORRESPONDENCE FROM T. WHEELER RE: ABLE LABS STATUS, REVIEW MEMORANDUM FROM AND DRAFT MEMORANDUM TO D. TURETSKY RE: SAME (.1). |
| TURETSKY DM | 09/12/06 | 0.10 | E-MAIL TO T. WHEELER RE: WINN-DIXIE CLAIM IN ABLE LABS CASE (.1). |
| GRAY RW | 09/18/06 | 0.40 | REVIEW SETTLEMENT PROVISIONS OF PLAN IN CONNECTION WITH FDOT ISSUE (.1); TELECONFERENCE WITH J. CASTLE RE: FDOT ISSUES (.2); TELECONFERENCE WITH M. BARR RE: SAME (.1). |
| TURETSKY DM | 09/18/06 | 0.50 | REVIEW PLEADINGS FILED IN ABLE LABS BANKRUPTCY CASE FOR MATERIALS RELEVANT TO WINN-DIXIE CLAIM AGAINST ABLE LABS (.5). |

| TURETSKY DM | 09/19/06 | 0.10 | TELECONFERENCE WITH T. WHEELER RE: WINN-DIXIE CLAIM AGAINST ABLE LABS (.1). |
| RAVIN AS | 09/22/06 | 0.10 | REVIEW CORRESPONDENCE FROM A. RAY RE: RHODES (.1). |
| GRAY RW | 09/29/06 | 0.20 | TELECONFERENCE WITH J. CASTLE RE: XL/MARSH LITIGATION SETTLEMENT AND RELATED ISSUES (.2). |
| TURETSKY DM | 09/29/06 | 0.10 | TELECONFERENCE TO T. WHEELER RE: WINN-DIXIE CLAIM AGAINST ABLE LABS (.1). |

**MATTER TOTAL**                     **3.70**

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Winn-Dixie Stores, Inc. (DIP)**                      **Bill Date: 10/02/06**
**Nonworking Travel Time**                             **Bill Number: 1124506**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HENRY S | 09/26/06 | 2.20 | TRAVEL TO WINN-DIXIE TO PREPARE FOR TESTIMONY PREPARATION (4.3). |
| **MATTER TOTAL** | | **2.20** | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                                    Bill Date: 10/02/06
**Reorganization Plan / Plan Sponsors**                              Bill Number: 1124506

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 09/01/06 | 1.50 | CONFERENCE WITH T. WILLIAMS, S. REISNER, S. BUSEY, L. APPEL ET AL. RE: MSP TAX/DISTRIBUTION ISSUES (.9); REVIEW AND COMMENT ON RESPONSE TO R. BARGER RE: STOCKHOLDER ISSUES (.1); EMAILS/TELECONFERENCES RE: LOGISTICS FOR EFFECTIVE DATE CLOSING (.2); OUTLINE/DRAFTING RE: DISBURSING AGREEMENT ISSUES (.3). |
| RAVIN AS | 09/01/06 | 0.80 | REVIEW CORRESPONDENCE FROM K. LOVERICH AND T. WILLIAMS RE: FLOYD BAILEY'S OBJECTION TO PLAN (.1); REVIEW CORRESPONDENCE FROM M. BAILEY RE: STOCKHOLDER OBJECTION, DRAFT RESPONSE TO SAME (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO C. KITCHEN RE: OBJECTION TO PLAN (.1); REVIEW PLAN OBJECTION FROM AND DRAFT CORRESPONDENCE TO R. BARGER RE: SAME (.2); REVIEW CORRESPONDENCE FROM R. BARGER RE: OBJECTION TO PLAN, DRAFT RESPONSE TO SAME (.3). |
| BAKER DJ | 09/05/06 | 6.70 | PARTICIPATE IN CONFERENCE WITH SENIOR MANAGEMENT OF DEBTORS, TOGETHER WITH OUTSIDE ADVISORS, TO DISCUSS ISSUES RELATED TO PLAN OF REORGANIZATION (.7); REVIEW 10-K ISSUES (.4); PREPARE FOR CONFERENCE RE: PLAN CONFIRMATION ISSUES (1.0); CONFERENCE WITH S. BUSEY, J. POST AND S. HENRY RE: PLAN CONFIRMATION ISSUES (.7); REVIEW SUMMARY OF VOTES PREPARED BY LOGAN AND CO. (.2); REVIEW SHAREHOLDER OBJECTIONS TO PLAN OF REORGANIZATION (.3); REVIEW BONDHOLDER MEETING REQUESTS (.2); REVIEW CONFIRMATION OUTLINE (.8); CONTINUE REVIEW OF MSP ISSUES IN PLAN OF REORGANIZATION (.8); ANALYZE PLAN PROVISIONS DEALING WITH TAIL COVERAGE APPROVED IN OTHER CHAPTER 11 CASES (1.6). |
| HENRY S | 09/05/06 | 1.60 | EMAILS TO AND FROM J. BAKER RE: POSSIBLE CONFERENCE WITH S. BUSEY RE: TESTIMONY (.3); PREPARE FOR CONFERENCE WITH S. BUSEY RE: CONFIRMATION HEARING (.6); CONFERENCE WITH S. BUSEY AND J. BAKER RE: CONFIRMATION PREPARATIONS (.7). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GRAY RW | 09/05/06 | 2.20 | REVIEW AND COMMENT ON CONFIRMATION ORDER (1.3); TELECONFERENCE WITH M. COMERFORD RE: COMMITTEE PROFESSIONAL INVOICES AND RE: MSP CLAIM CALCULATIONS (.1); PREPARE AGENDA FOR TELECONFERENCE WITH M. BARR RE: CONFIRMATION/IMPLEMENTATION ISSUES (.4); REVIEW MEMORANDUM FROM S. REISNER RE: IRS INQUIRY RE: WITHHOLDING ISSUE AND DRAFT MEMORANDUM TO M. SHAH RE: SAME (.1); DRAFT MEMORANDUM TO L. APPEL ET AL. RE: TELECONFERENCE WITH M. BARR TO COORDINATE CONFIRMATION PREPARATIONS (.1); REVIEW MEMORANDUM FROM S. BURKE RE: TAX/TRANSFER RESTRICTION UPDATE AND DRAFT MEMORANDUM TO SKADDEN TAX TEAM RE: COORDINATION (.1); EMAIL EXCHANGE WITH S. BURKE AND SKADDEN TEAM TO SCHEDULE TELECONFERENCE (.1). |
| RAVIN AS | 09/05/06 | 4.90 | REVIEW MULTIPLE CORRESPONDENCE FROM AND DRAFT MULTIPLE CORRESPONDENCE TO C. GARCIA RE: OBJECTION TO PLAN, DRAFT CORRESPONDENCE TO SAME RE: SAME, DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM R. BARGER RE: PLAN OBJECTION, REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO B. SCHRUM RE: PLAN OBJECTION, REVIEW CORRESPONDENCE FROM M. BRAVO RE: PLAN OBJECTION AND DRAFT RESPONSE TO SAME RE: SAME (.3); DRAFT HUFFARD Q&A OUTLINE FOR CONFIRMATION HEARING (3.0); DRAFT APPEL Q&A OUTLINE FOR CONFIRMATION HEARING (1.2); REVIEW PLAN OBJECTION FROM S. GALLENTINE, DRAFT RESPONSE TO SAME RE: SAME (.1); REVIEW MORAN SHAREHOLDER LETTER AND SANDERS LETTER, DRAFT RESPONSES TO SAME RE: SAME (.3). |
| BAKER DJ | 09/06/06 | 6.20 | REVIEW ORGANIZATIONAL DOCUMENTS, PREPARE FOR CONFERENCE RE: ORGANIZATIONAL DOCUMENTS (2.2); PARTICIPATE IN CONFERENCE RE: ORGANIZATIONAL DOCUMENTS WITH R. BARUSCH, L. APPEL AND R. GRAY (1.1); PREPARE FOR CONFERENCE RE: FORM 10-K (.6); REVIEW EMAIL FROM M. COMERFORD RE: PLAN ISSUES (.2); TELECONFERENCE WITH M. COMERFORD RE: PLAN ISSUES (.2); TELECONFERENCE WITH J. SPIOTTO RE: PLAN ISSUES (.3); REVIEW EMAIL FROM L. APPEL RE: CHAPTER 11 PLAN ISSUES (.2); REVIEW EMAIL FROM S. BUSEY RE: PLAN ISSUES (.1); REVIEW MEMORANDUM RE: INSURANCE ISSUES (.6); ANALYZE INSURANCE TERMINATION ISSUES IN PLAN (.7). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BARUSCH RC        09/06/06      1.50   REVIEW AND CONFERENCE WITH SKADDEN AND
                                       L. APPEL RE: CHARTER AND BY-LAWS (1.1);
                                       CONFERENCE WITH CLIENT RE: SAME (.4).

GRAY RW           09/06/06      1.40   TELECONFERENCE WITH N. TALLY RE: WELLS
                                       FARGO BROKER PROPOSAL (.1); PARTICIPATE
                                       IN CONFERENCE WITH L. APPEL, J. CASTLE,
                                       R. BARUSCH, J. BAKER, ET AL. RE:
                                       ORGANIZATIONAL DOCUMENTS AND RELATED
                                       MATTERS (1.1); REVIEW BROKER PROPOSAL
                                       FROM WELLS FARGO AND CIRCULATE (.2).

RAVIN AS          09/06/06      6.90   DRAFT HUFFARD Q&A OUTLINE FOR
                                       CONFIRMATION HEARING (4.0); DRAFT APPEL
                                       Q&A OUTLINE FOR CONFIRMATION HEARING
                                       (1.8); REVIEW AND REVISE LOGAN Q&A AND
                                       DECLARATION (.5); DRAFT MEMORANDUM TO
                                       S. HENRY RE: DRAFT Q&A OUTLINES (.1);
                                       DRAFT CORRESPONDENCE TO K. LOGAN RE:
                                       DRAFT DECLARATION (.1); CONFERENCE WITH
                                       D. TURETSKY RE: Q&A RE: RELEASES (.2);
                                       TELECONFERENCE WITH M. EINHORN RE:
                                       QUESTION ON PLAN (.1); REVIEW
                                       CORRESPONDENCE FROM R. GRANT RE:
                                       OBJECTION TO PLAN, DRAFT CORRESPONDENCE
                                       TO SAME RE: SAME (.1).

TURETSKY DM       09/06/06      0.80   MEETING WITH A. RAVIN RE: RELEASE ISSUES
                                       IN CONNECTION WITH PLAN OF
                                       REORGANIZATION (.2); REVIEW AND REVISE
                                       Q&A FOR L. APPEL RE: RELEASES IN
                                       CONNECTION WITH PLAN OF REORGANIZATION
                                       (.6).

BAKER DJ          09/07/06      7.40   REVIEW MEMORANDUM RE: MSP PLAN ISSUES
                                       (1.6); DRAFT EMAIL TO COUNSEL FOR
                                       RETIREE COMMITTEE RE: MSP ISSUES (.7);
                                       TELECONFERENCE WITH F. HUFFARD RE: FORM
                                       10-K ISSUES RELATED TO PLAN (.4); REVIEW
                                       MEMORANDUM FROM F. HUFFARD RELATING TO
                                       FORM 10-K ISSUES (.4); TELECONFERENCE
                                       M. BARR RE: FORM 10-K ISSUES (.4);
                                       REVIEW MEMORANDUM RE: INSURANCE
                                       POLICIES (.5); REVISE MEMORANDUM
                                       RELATING TO TREATMENT OF INSURANCE
                                       POLICIES UNDER PLAN OF REORGANIZATION
                                       (1.2); REVIEW MEMORANDUM RELATING TO
                                       PREMIUM COSTS (.5); TRANSMIT EMAIL TO L.
                                       APPEL RE: PREMIUM COST ISSUES IN PLAN OF
                                       REORGANIZATION (.3); CONTINUE ANALYSIS
                                       OF ISSUES RELATED TO D&O TAIL COVERAGE
                                       (1.4).

BARUSCH RC        09/07/06      1.90   CONFERENCE WITH CLIENT, R. GRAY AND
                                       BLACKSTONE ET AL. RE: TAX ISSUES AND
                                       RESTRUCTURING (1.0); REVIEW TAX ISSUES
                                       AND RESTRUCTURING ISSUES (.9).

HENRY S          09/07/06     1.90   REVIEW AND COMMENT ON Q&A'S FOR
                                     CONFIRMATION HEARING (1.6); CONFERENCE
                                     WITH A. RAVIN RE: Q&A'S (.3).

FELD SR          09/07/06     1.80   COORDINATE SIGNING OF GEORGIA POWER
                                     STIPULATION (.6); REVIEW AND COMMENT ON
                                     CONFIRMATION ORDER (1.2).

GRAY RW          09/07/06     1.60   CONFERENCE WITH DELOITTE, BLACKSTONE
                                     AND SKADDEN RE: TAX ANALYSIS/TRANSFER
                                     RESTRICTIONS (1.0); DRAFT MEMORANDUM TO
                                     M. BARR TO SCHEDULE TAX TELECONFERENCE
                                     WITH COMMITTEE ADVISORS (.1); REVIEW
                                     VOICEMAIL FROM F. HUFFARD AND DRAFT
                                     MEMORANDUM FORWARDING INFORMATION RE:
                                     AD HOC TRADE COMMITTEE (.2); REVIEW
                                     MEMORANDUM FROM AND TELECONFERENCE WITH
                                     S. STOESSER RE: DISBURSING AGENT/
                                     BROKER PROPOSALS (.1); REVIEW
                                     MEMORANDUM AND PROPOSAL FROM WELLS
                                     FARGO AND CIRCULATE (.2).

MARGOLIS A       09/07/06     1.30   DRAFT INSERTS FOR CONFIRMATION ORDER
                                     RELATING TO EXIT FINANCING FACILITY,
                                     TRANSFER OF PROPERTY AND LEASES TO SPES
                                     (1.3).

RAVIN AS         09/07/06     5.80   REVIEW CORRESPONDENCE FROM M. PHILLIPS
                                     RE: CLASSIFICATION OF LANDLORD CLAIM,
                                     DRAFT CORRESPONDENCE TO B. GASTON AND E.
                                     POLLACK RE: SAME, REVIEW MULTIPLE
                                     CORRESPONDENCE FROM B. GASTON RE: SAME,
                                     REVIEW CORRESPONDENCE FROM E. POLLACK
                                     RE: SAME, REVIEW MEMORANDA FROM R. GRAY
                                     RE: SAME (.2); REVIEW MEMORANDA FROM AND
                                     DRAFT MEMORANDA TO J. BAKER RE: STATUS
                                     OF TESTIMONY OUTLINES (.1); DRAFT
                                     CONFIRMATION Q&A OUTLINE FOR H. ETLIN
                                     (2.4); REVIEW CORRESPONDENCE FROM AND
                                     DRAFT CORRESPONDENCE TO M. COMERFORD
                                     RE: OBJECTION OF R. BOYD (.1);
                                     TELECONFERENCE WITH BOND STREET CAPITAL
                                     RE: QUESTION ON PLAN (.1); CONFERENCES
                                     WITH S. HENRY RE: COMMENTS TO Q&A
                                     OUTLINES (.3); REVIEW AND REVISE Q&A
                                     OUTLINES FOR L. APPEL AND K. LOGAN BASED
                                     UPON COMMENTS RECEIVED FROM S. HENRY
                                     (2.3); REVIEW PLAN OBJECTION FROM AND
                                     DRAFT RESPONSE TO E. MUSCARI (.1);
                                     CONFERENCES WITH D. TURETSKY RE:
                                     RELEASE PROVISIONS (.2).

TURETSKY DM      09/07/06     0.20   MEETING WITH A. RAVIN RE: RELEASES
                                     GRANTED UNDER PLAN OF REORGANIZATION
                                     (.2).

145

| | | | |
|---|---|---|---|
| BAKER DJ | 09/08/06 | 6.00 | PREPARE FOR CONFERENCE RE: PLAN ISSUES (.6); CONFERENCE WITH S. BUSEY AND J. CASTLE RE: INSURANCE PLAN ISSUES (.8); REVIEW EMAIL RELATED TO CONTRACT TREATMENT UNDER PLAN OF REORGANIZATION (.2); TELECONFERENCE S. BUSEY RE: PLAN ISSUES (.1); REVIEW EMAIL RE: MSP CALCULATION ISSUES (1.3); TELECONFERENCE WITH J. SKELTON RE: PLAN ISSUES (.3); CONTINUE REVIEW OF FORM 10-K ISSUES (.6); REVIEW SELECTION OF BROKER FOR WITHHOLDING REQUIRED UNDER PLAN (.8); REVIEW REVISED MEMORANDUM RE: TREATMENT OF INSURANCE ISSUES UNDER PLAN OF REORGANIZATION (.6); REVISE MEMORANDUM RELATED TO TREATMENT OF INSURANCE ISSUES AND PLAN (.6); REVIEW REPLY OF D. BITTER TO INSURANCE MEMORANDUM (.1). |
| BARUSCH RC | 09/08/06 | 3.40 | REVIEW AND COMMENT ON CHARTER AND BY-LAWS AND REGISTRATION RIGHTS AGREEMENT (3.4). |
| HENRY S | 09/08/06 | 1.60 | REVIEW REVISIONS TO Q&A'S (.9); MEET WITH A. RAVIN RE: Q&A'S (.1); REVIEW PLAN IN CONNECTION WITH REVISIONS TO Q&A'S (.6). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW          09/08/06      2.60    REVIEW AND RESPOND TO MEMORANDUM FROM L.
                                       APPEL RE: MSP ISSUES (.1); FURTHER EMAIL
                                       EXCHANGE WITH L. APPEL, S. REISNER, T.
                                       WILLIAMS ET AL. RE: SAME (.1); LEAVE
                                       MESSAGE FOR AND DRAFT EMAIL TO J.
                                       MCCONNELL RE: PROPOSED TELECONFERENCE
                                       (.1); REVIEW EMAIL FROM AND
                                       TELECONFERENCE WITH J. MCCONNELL RE:
                                       SAME (.1); CONFERENCE WITH M. BARR AND
                                       M.COMERFORD, WITH S. REISNER FOR PART
                                       RE: MSP ISSUES, LANDLORDS AND PLAN
                                       SUPPLEMENT (.6); REVIEW LOGAN Q&A (.2);
                                       CONFERENCE WITH J. MCCONNELL, T.
                                       WILLIAMS, S. REISNER, M. BARR ET AL. RE:
                                       MSP ISSUES (.3); REVIEW AND RESPOND TO
                                       MEMORANDUM FROM S. REISNER RE: 1099
                                       ISSUE (.1); DRAFT MEMORANDUM TO L.
                                       STRINGER RE: TUESDAY TELECONFERENCE
                                       WITH M. BARR AND EXCHANGE EMAIL WITH
                                       SAME RE: SAME (.1); DRAFT MEMORANDUM TO
                                       M. BARR RE: PLAN SUPPLEMENT DOCUMENTS
                                       AND DEADLINES (.2); REVIEW PASCO COUNTY
                                       OBJECTION (.1); REVISE PLAN
                                       IMPLEMENTATION SCHEDULE PER DISCUSSION
                                       WITH M. BYRUM AND J. CASTLE (.1);
                                       TELECONFERENCE WITH T. WILLIAMS RE:
                                       BROKER PROPOSAL ISSUES (.1); DRAFT
                                       MEMORANDUM TO R. BARUSCH ET AL. RE: SAME
                                       (.2); REVIEW AND RESPOND TO MEMORANDUM
                                       FROM J. MALFITANO RE: ERISA CLAIM ISSUES
                                       AND DRAFT MEMORANDUM TO J. BAKER ET AL.
                                       RE: SAME AND RELEASE LANGUAGE (.2).

RAVIN AS         09/08/06      4.20    TELECONFERENCE WITH J. O'CONNELL RE:
                                       CONFIRMATION HEARING PLANNING (.6);
                                       REVIEW AND REVISE HUFFARD Q&A OUTLINE
                                       (1.5); CONFERENCE WITH S. HENRY RE: SAME
                                       (.1); REVIEW AND REVISE LOGAN Q&A AND
                                       APPEL Q&A (1.9); REVIEW PASCO COUNTY'S
                                       OBJECTION TO PLAN (.1).

RAVIN AS         09/09/06      0.10    REVIEW MEMORANDUM FROM R. GRAY RE:
                                       RELEASES RE: ERISA CLAIMANTS AND NEEDED
                                       CLARIFICATION OF CONFIRMATION ORDER
                                       (.1).

GRAY RW          09/10/06      0.20    REVIEW AND RESPOND TO MEMORANDA FROM D.
                                       DOGAN RE: CLAIM REDUCTION FORM (.2).

LEAMY JM         09/10/06      0.50    REVIEW AND ANALYSIS RE: PASCO COUNTY
                                       OBJECTION TO PLAN CONFIRMATION (.5).

BARUSCH RC       09/11/06      3.20    REVIEW AND COMMENT ON CHARTER, BYLAWS
                                       AND REGISTRATION RIGHTS AGREEMENT FOR
                                       COMPANY (3.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| GRAY RW | 09/11/06 | 1.60 | TELECONFERENCE WITH S. MARTIN, ACCOUNTANT FOR RETIREES, RE: TAX WITHHOLDING (.1); DRAFT MEMORANDUM TO S. REISNER AND T. WILLIAMS RE: W-4 AND CALL (.1); CONFERENCE WITH S. MARTIN, S. REISNER AND T. WILLIAMS RE: MSP/SRP TAX WITHHOLDING ISSUES (.4); TELECONFERENCE WITH S. REISNER AND T. WILLIAMS RE: SAME AND DISCUSSION WITH IRS (.3); TELECONFERENCE WITH BONDHOLDER RE: PLAN TREATMENT OF BONDS (.1); TELECONFERENCE WITH S. STOESSER RE: BROKER PROPOSALS (.1); REVIEW MEMORANDUM FROM S. STOESSER RE: FIDELITY QUESTIONS AND DRAFT MEMORANDUM TO R. BARUSCH RE: SAME (.1); DRAFT MEMORANDUM TO S. STOESSER ET AL. RE: AST CONTACT AND REVIEW REPLIES (.1); TELECONFERENCE AND EMAIL EXCHANGE WITH A. RAVIN RE: ASSISTING WITH DISBURSING AGREEMENT ISSUES (.1); PROVIDE SAMPLE AGREEMENT FOR SAME (.1); REVIEW AND RESPOND TO MEMORANDUM FROM J. LEAMY RE: PASCO AND DRAFT MEMORANDUM TO A. RAVIN RE: TRYING TO RESOLVE CONFIRMATION OBJECTION (.1). |
| --- | --- | --- | --- |
| RAVIN AS | 09/11/06 | 4.00 | TELECONFERENCE WITH K. WILSON RE: QUESTION ON PLAN (.2); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO L. JENNINGS RE: OBJECTION TO PLAN (.1); REVIEW CORRESPONDENCE FROM CARDTRONICS RE: VOTING ISSUES, REVIEW MEMORANDUM FROM R. GRAY RE: SAME (.1); REVIEW AND REVISE LOGAN Q&A AND AFFIDAVIT TO REFLECT ISSUES OF BALLOTS CAST BY PARTIES CONTRACTS AND LEASES BEING ASSUMED AS OF THE EFFECTIVE DATE (.7); REVIEW SCHRUM STOCKHOLDER LETTER, DRAFT CORRESPONDENCE TO J. CASTLE AND L. APPEL RE: SAME (.1); REVIEW AND REVISE APPEL AND HUFFARD Q&A OUTLINES (.8); REVIEW AFFIDAVIT OF V. RHYMES OBJECTING TO PLAN (.1); REVIEW W. MCCALL PLAN OBJECTION, DRAFT CORRESPONDENCE TO SAME RE: SAME (.1); DRAFT DISBURSING AGREEMENT (1.7); REVIEW OBJECTION TO PLAN BY J. BOURLAND, DRAFT RESPONSE TO SAME RE: SAME (.1). |
| TURETSKY DM | 09/11/06 | 0.40 | FURTHER REVISE Q&A FOR L. APPEL RE: CONFIRMATION OF PLAN OF REORGANIZATION (.3); E-MAIL TO A. RAVIN RE: REVISED Q&A FOR L. APPEL CONCERNING CONFIRMATION OF PLAN OF REORGANIZATION (.1). |

148

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BAKER DJ        09/12/06      7.30    REVIEW AGENDA FOR CONFERENCE WITH M.
                                      BARR RE: PLAN (.2); CONFERENCE WITH L.
                                      APPEL, M. BARR, S. BUSEY, M. COMERFORD,
                                      R. GRAY AND S. HENRY RE: CHAPTER 11 PLAN
                                      ISSUES (.8); TELECONFERENCE WITH M.
                                      BARR RE: LANDLORD ISSUES RELATED TO PLAN
                                      OF REORGANIZATION (.3); BEGIN REVIEW OF
                                      MATERIALS RELATED TO STOCK TRANSFER
                                      RESTRICTIONS (1.1); BEGIN REVIEW OF
                                      INSURANCE MATERIALS RELATED TO CHAPTER
                                      11 PLAN PRIOR INSURANCE CONFERENCE
                                      (1.0); REVIEW NEW D&O TAIL POLICY
                                      MATERIALS (.3); TELECONFERENCE J.
                                      SKELTON WITH RESPECT TO LETTER RECEIVED
                                      FROM SHAREHOLDER (.3); REVIEW RESPONSE
                                      TO SHAREHOLDER LETTER (1.2); FURTHER
                                      TELECONFERENCE J. SKELTON RE:
                                      SHAREHOLDER LETTER (.2); REVISE
                                      RESPONSE TO SHAREHOLDER (.6); REVIEW
                                      PROPOSED COMPROMISE WITH ERISA
                                      CREDITORS (.7); REVIEW TIMETABLE FOR
                                      PLAN OF REORGANIZATION (.3); REVIEW
                                      STATUS MEMORANDUM FROM J. CASTLE RE:
                                      PLAN OF REORGANIZATION (.3).

BARUSCH RC      09/12/06      4.00    FINAL DISTRIBUTION OF CHARTER AND
                                      BYLAWS, REGISTRATION RIGHTS AGREEMENT
                                      TO CLIENT. (1.4); PREPARE FOR TAX
                                      CONFERENCE (2.6).

HENRY S         09/12/06      1.20    CONFERENCE WITH C. JACKSON, S. BUSEY, M.
                                      BARR, AND SKADDEN TEAM RE: PREPARATION
                                      FOR CONFIRMATION HEARING (.8); PREPARE
                                      FOR TELECONFERENCE (.4).

GRAY RW         09/12/06      1.60    REVIEW FURTHER FILINGS BY F. BAILEY
                                      (.1); TELECONFERENCE WITH P. EDWARDS AT
                                      AMERICAN STOCK TRANSFER RE: FORMS FOR
                                      STOCK TRANSFER AGENT AND DISBURSING
                                      AGENT SERVICES (.1); TELECONFERENCE
                                      WITH M. FRIETAG RE: STOCKHOLDER ISSUE
                                      FOR LOCAL REPORTER (.1); REVIEW
                                      DISCLOSURE STATEMENT AND DRAFT
                                      MEMORANDUM TO M. FRIETAG RE: FACTS (.1);
                                      TELECONFERENCE WITH MR. AND MRS. FLOYD
                                      BAILEY RE: CLAIM ISSUES AND IMPACT OF
                                      BANKRUPTCY (.3); TELECONFERENCE WITH P.
                                      EDWARDS RE: INFORMATION REQUESTED BY
                                      MILBANK TO SUPPORT DISBURSING AGENT
                                      ROLE (.1); CONFERENCE WITH M. BARR, L.
                                      APPEL, J. BAKER, S. BUSEY ET AL. RE: PLAN
                                      CONFIRMATION/IMPLEMENTATION (.8).

149

| | | | |
|---|---|---|---|
| RAVIN AS | 09/12/06 | 2.80 | DRAFT DISBURSING AGREEMENT (.4); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO S. JONES RE: OBJECTION TO PLAN (.1); ANALYZE PASCO OBJECTION TO PLAN, REVIEW INFORMATION PROVIDED BY COMPANY RE: AMOUNTS PAID, REVIEW MEMORANDA FROM J. LEAMY AND R. GRAY RE: SAME, REVIEW UNDERLYING CLAIMS RE: SAME (.4); DRAFT MEMORANDUM TO AND REVIEW MEMORANDUM FROM K. NIEL RE: AMOUNTS ASSOCIATED WITH PASCO OBJECTION TO PLAN (.3); TELECONFERENCE WITH K. NIEL RE: AMOUNTS ASSOCIATED WITH PASCO OBJECTION TO PLAN (.1); TELECONFERENCE WITH M. BARR, J. BAKER, S. HENRY, R. GRAY, L. APPEL, S. BUSEY AND C. JACKSON RE: CONFIRMATION HEARING PREP (.8); REVIEW WILSON LETTER TO J. SKELTON AND PROPOSED RESPONSE, DRAFT MEMORANDA TO J. BAKER RE: SAME (.1); REVIEW HORTON OBJECTION LETTER AND DRAFT RESPONSE (.1); DRAFT H. ETLIN Q&A OUTLINE FOR CONFIRMATION HEARING (.4); REVIEW MOTION FOR RECLASSIFICATION OF CLAIM FILED BY W. SNELL, TELECONFERENCE (VM) WITH SAME RE: SAME (.1). |
| BAKER DJ | 09/13/06 | 7.60 | FURTHER TELECONFERENCE WITH M. BARR RE: PLAN ISSUES RAISED BY LANDLORDS (.2); DRAFT LETTER TO BE SENT TO LANDLORDS URGING SUPPORT OF CHAPTER 11 PLAN (1.6); CIRCULATE DRAFT LETTER TO COMPANY (.1); REVIEW COMMENTS FROM COMPANY TO DRAFT LETTER (.4): REVISE DRAFT LETTER TO LANDLORDS (1.1); TELECONFERENCE S. BUSEY RE: LETTER TO LANDLORDS (.2); REVIEW MATERIALS FOR CONFERENCE RE: STOCK TRANSFER RESTRICTION ISSUES (1.8); CONFERENCE WITH REPRESENTATIVES OF DELOITTE, MILBANK AND WINN-DIXIE RE: STOCK TRANSFER RESTRICTION ISSUES IN PLAN OF REORGANIZATION (.7); CONFERENCE WITH R. GRAY RE: PLAN ISSUES (.1); REVIEW MEMORANDUM RE: INSURANCE ACTION PLAN (.3); FURTHER REVIEW OF RETIREE PROPOSAL RE: CALCULATION METHODOLOGY FOR MSP CLAIMS (1.1). |
| BARUSCH RC | 09/13/06 | 2.70 | CONFERENCE WITH CLIENT ON TRANSFER RESTRICTIONS (1.3); REVIEW TRANSFER RESTRICTION ISSUES AND RESCHEDULING WITH CLIENT (1.4). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW          09/13/06     1.60   PARTICIPATE IN TELECONFERENCE WITH
                                     MILBANK, HOULIHAN, BLACKSTONE,
                                     DELOITTE AND SKADDEN TEAMS RE: NOLS AND
                                     STOCK TRANSFER RESTRICTIONS (1.3);
                                     TELECONFERENCE WITH J. BAKER RE: BROKER
                                     PROJECT (.1); REVIEW AND RESPOND TO
                                     MEMORANDA FROM R. BARUSCH RE: SAME (.1);
                                     REVIEW OBJECTION TO CONFIRMATION BY
                                     WESTFORK, ET AL. AND EXCHANGE EMAILS
                                     WITH A. RAVIN RE: SAME (.1).

RAVIN AS         09/13/06     1.30   REVIEW TERRANOVA OBJECTION TO PLAN
                                     (.2); REVIEW MEMORANDUM FROM AND DRAFT
                                     MEMORANDUM TO R. GRAY RE: TERRANOVA
                                     OBJECTION TO PLAN (.1); TELECONFERENCE
                                     WITH W. SNELL RE: CLASSIFICATION
                                     OBJECTION (.2); TELECONFERENCE WITH C.
                                     JACKSON RE: CLASSIFICATION OBJECTION BY
                                     K JUMP (.1); REVIEW OBJECTION TO PLAN
                                     FILED BY J. WILLIAMS, DRAFT
                                     CORRESPONDENCE TO SAME RE: SAME (.1);
                                     TELECONFERENCE WITH W. HALL RE:
                                     LANDLORD QUESTION ON PLAN (.2); DRAFT
                                     CORRESPONDENCE TO AND REVIEW
                                     CORRESPONDENCE FROM B. GASTON RE: SAME
                                     (.2); REVIEW REEVES SHAREHOLDER
                                     OBJECTION, DRAFT CORRESPONDENCE TO SAME
                                     RE: SAME (.2).

BAKER DJ         09/14/06     7.00   CONTINUE ANALYSIS OF STOCK TRANSFER
                                     RESTRICTIONS ISSUES (1.7); CONTINUE
                                     ANALYSIS OF RETIREE DEATH BENEFIT
                                     ISSUES IN PLAN OF REORGANIZATION (1.2);
                                     CONTINUE REVIEW OF ALTERNATE MSP
                                     CALCULATION PROPOSAL (.8);
                                     TELECONFERENCE J. SKELTON RE: CHAPTER
                                     11 PLAN ISSUES (.3); REVIEW LATEST
                                     SHAREHOLDER OBJECTIONS (.3); BEGIN
                                     REVIEW OF SECTION 3018 MOTIONS (1.1);
                                     BEGIN ANALYSIS OF PLAN CONFIRMATION
                                     ISSUES (1.6).

BARUSCH RC       09/14/06     2.40   REVIEW MSP ISSUES (.7); REVIEW AND
                                     COORDINATE NASDAQ LISTING APPLICATION
                                     (.3); ANALYZE 1145 ISSUES (1.4).

GRAY RW          09/14/06     0.20   EXCHANGE EMAILS AND TELECONFERENCE WITH
                                     S. STOESSER RE: BROKER PROPOSAL STATUS
                                     (.1); TELECONFERENCE WITH S. STOESSER
                                     RE: SMITH BARNEY INQUIRY AND DRAFT
                                     MEMORANDUM TO A. SALDANA AND R. BARUSCH
                                     RE: HANDLING (.1).

LEAMY JM         09/14/06     0.20   ANALYSIS RE: HAMILTON COUNTY 3018
                                     MOTION (.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAVIN AS        09/14/06      2.10   DRAFT CORRESPONDENCE TO K. NIEL RE:
                                     PASCO CONFIRMATION OBJECTION (.1);
                                     DRAFT CORRESPONDENCE TO C. JACKSON RE:
                                     TEMPORARY ALLOWANCE MOTION (.1);
                                     TELECONFERENCE WITH M. MIGLIORE RE:
                                     CLASSIFICATION QUESTION RE: LEASE
                                     CLAIMS, DRAFT MEMORANDUM TO J. LEAMY RE:
                                     SAME (.3); REVIEW PLAN OBJECTION FROM D.
                                     IVERSON, DRAFT RESPONSE TO SAME, REVIEW
                                     PLAN OBJECTION FROM L. JENNINGS, DRAFT
                                     RESPONSE TO SAME, REVIEW CAIN OBJECTION
                                     TO PLAN, DRAFT RESPONSE TO SAME, REVIEW
                                     S. JONES OBJECTION TO PLAN, DRAFT
                                     RESPONSE TO SAME (.3); DRAFT NOTICE OF
                                     EXTENDED VOTING DEADLINE FOR DEUTSCHE
                                     BANK (.2); REVIEW CORRESPONDENCE FROM
                                     AND DRAFT CORRESPONDENCE TO S. EVERETT
                                     RE: REVISED BALLOT FOR FRANKFORD DALLAS
                                     (.1); REVIEW MOTION TO TEMPORARILY
                                     ALLOW CLAIMS FILED BY HAMILTON COUNTY
                                     AND KY DEPT OF REVENUE, DRAFT
                                     CORRESPONDENCE TO K. LOGAN AND C.
                                     JACKSON RE: SAME (.2); MULTIPLE
                                     TELEPHONE CONFERENCES WITH V. ROLDAN
                                     RE: AMOUNT OF MARKETPLACE ST. LUCIE
                                     CLAIM (.3); REVIEW CORRESPONDENCE FROM
                                     AND DRAFT CORRESPONDENCE TO V. ROLDAN
                                     RE: MARKETPLACE ST. LUCIE CLAIM (.2);
                                     TELEPHONE CONFERENCES WITH K. LOGAN RE:
                                     MARKETPLACE ST. LUCIE CLAIM (.2);
                                     REVIEW MEMORANDA FROM R. GRAY RE: CLASS
                                     13 BALLOT DETAIL / VOTERS V. NONVOTERS,
                                     REVIEW CORRESPONDENCE FROM K. LOGAN RE:
                                     SAME (.1).

BAKER DJ        09/15/06      8.20   CONTINUE REVIEW OF SECTION 3018 MOTIONS
                                     (1.1); ANALYZE CLASSIFICATION ISSUES IN
                                     PLAN OF REORGANIZATION (.8); CONTINUE
                                     REVIEW OF ISSUES RELATED TO RETIREE
                                     ALTERNATE CLAIM CALCULATION PROPOSALS
                                     (1.2); BEGIN REVIEW OF CLAIM RESERVE
                                     ISSUES FOR PLAN OF REORGANIZATION
                                     (1.3); CONTINUE ANALYSIS OF STOCK
                                     TRANSFER RESTRICTION ISSUES (1.1);
                                     TELECONFERENCE WITH J. SKELTON RE:
                                     CHAPTER 11 PLAN ISSUES (.3);
                                     TELECONFERENCE WITH L. APPEL RE:
                                     CHAPTER 11 PLAN OF REORGANIZATION
                                     ISSUES (.4); CONTINUE ANALYSIS OF PLAN
                                     CONFIRMATION ISSUES (1.1); CONTINUE
                                     REVIEW OF ISSUES RELATED TO D&O TAIL
                                     POLICY (.9).

BARUSCH RC      09/15/06      3.40   REVIEW 1145 ISSUES (3.4).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HENRY S        09/15/06        1.90    TELECONFERENCE WITH D. DREBSKY
                                       (DEUTSCHE BANK) RELATING TO ISSUES
                                       RELATING TO SETTLEMENT AND PLAN (.1);
                                       TELECONFERENCE WITH T. CALIFANO RE:
                                       PLAN ISSUES (.1); REVIEW EMAIL FROM T.
                                       CALIFANO RE: SAME (.1); FORWARD
                                       CLASSIFICATION CASES TO J. BAKER (.7);
                                       EMAIL TO J. BAKER RE: CLASSIFICATION
                                       ISSUES (.1); 2 EMAILS TO J. MAFITANO RE:
                                       POTENTIAL OBJECTION ON ERISA GROUNDS
                                       (.1); EMAIL TO D. BAKER RE: SAME (.1);
                                       EMAIL TO AND FROM R. GRAY RE: SAME (.1);
                                       TELECONFERENCE WITH M. BARR RE: SAME AND
                                       POTENTIAL RESOLUTION OF OBJECTION (.1);
                                       REVIEW LCH AND MADISON VOTES: FACT
                                       GATHERING RE: SAME (.3); EMAIL TO LOGAN
                                       RE: SAME (.1).

GRAY RW        09/15/06        1.50    REVIEW AND RESPOND TO MEMORANDUM FROM K.
                                       LOGAN RE: CASH DISTRIBUTION ISSUES
                                       (.1); CONFERENCE WITH J. CASTLE AND D.
                                       YOUNG RE: EFFECTIVE DATE CASH PAYMENT
                                       ISSUES (.7); TELECONFERENCE WITH M.
                                       BARR RE: DISBURSING AGENT ISSUES (.1);
                                       DRAFT MEMORANDUM TO L. APPEL RE:
                                       PROPOSED TELECONFERENCE WITH WELLS
                                       FARGO AND REVIEW REPLY (.1); DRAFT
                                       MEMORANDUM TO N. TALLY RE:
                                       TELECONFERENCE ON STOCK TRANSFER AND
                                       DISBURSING AGENT ISSUES AND REVIEW
                                       REPLY (.2); DRAFT MEMORANDUM L. APPEL,
                                       N. TALLY AND M. BARR RE: TELECONFERENCE
                                       ARRANGEMENTS (.1); REVIEW MEMORANDUM
                                       FROM S. STOESSER AND PROPOSAL FROM SMITH
                                       BARNEY AND FORWARD TO R. BARUSCH ET AL.
                                       (.2).

LEAMY JM       09/15/06        0.30    REVIEW H. PLUNKETT 3018 MOTION (.3).

153

RAVIN AS         09/15/06      2.40   REVIEW PLUNKETT 3018 MOTION, DRAFT
                                      MEMORANDUM TO R. GRAY RE: SAME, DRAFT
                                      MEMORANDUM TO J. LEAMY RE: SAME (.2);
                                      DRAFT CORRESPONDENCE TO L. APPEL AND
                                      OTHERS RE: STATUS OF 3018 MOTIONS AND
                                      PLAN CLASSIFICATION MOTIONS (.4); DRAFT
                                      MEMORANDA TO AND REVIEW MEMORANDA FROM
                                      R. GRAY RE: STATUS OF 3018 MOTIONS AND
                                      PLAN CLASSIFICATION MOTIONS (.1);
                                      TELECONFERENCE (VM) WITH W. SNELL RE:
                                      PLAN CLASSIFICATION MOTION, DRAFT
                                      CORRESPONDENCE TO AND REVIEW
                                      CORRESPONDENCE FROM SAME RE: SAME (.1);
                                      TELECONFERENCE WITH M. MIGLIORE RE:
                                      PLAN CLASSIFICATION (.2); REVIEW
                                      MEMORANDA FROM R. GRAY, J. PAOLI AND T.
                                      BOYDELL RE: BOARD OF DIRECTORS
                                      RESOLUTIONS (.1); REVIEW PLAN OBJECTION
                                      FROM I. IVERSON, DRAFT RESPONSE TO SAME
                                      RE: SAME (.1); REVIEW AND REVISE FORM
                                      OBJECTION RESPONSE LETTER (.3); REVIEW
                                      PLAN OBJECTIONS FROM AND DRAFT
                                      RESPONSES TO M. SELF, I. CAIN, SWAFFORD,
                                      WOOD, KRAMER (.4); DRAFT CORRESPONDENCE
                                      TO M. BARR AND M. COMERFORD RE: RECENT
                                      SHAREHOLDER LETTERS (.2); REVIEW
                                      CORRESPONDENCE FROM R. GRAY RE:
                                      SELECTION OF STOCK TRANSFER AGENT,
                                      REVIEW CORRESPONDENCE FORM R. BARUSCH
                                      RE: RESOLUTIONS (.1); REVIEW 3018
                                      MOTIONS FILED BY WA HONG GO AND
                                      CATAMOUNT, REVIEW CORRESPONDENCE FROM
                                      T. WILLIAMS RE: SAME (.2).

GRAY RW          09/17/06      0.60   DRAFT MEMORANDUM TO M. BARR RE: RECENT
                                      WELLS FARGO EXPERIENCE (.1); REVIEW AND
                                      RESPOND TO MEMORANDUM FROM A. SALDANA
                                      RE: TAX ISSUES IN WELLS FARGO PROPOSAL
                                      (.1); DRAFT MEMORANDUM TO P. EDWARDS AT
                                      AST RE: INFORMATION REQUESTED (.1);
                                      REVIEW AND RESPOND TO EMAILS FROM S.
                                      BUSEY RE: RETIREE BENEFIT ISSUES FOR
                                      TESTIMONY OUTLINE (.2); DRAFT
                                      MEMORANDUM TO L. RODRIGUEZ ET AL. RE:
                                      RETIREE BENEFITS (.1).

LEAMY JM         09/17/06      0.50   REVIEW BRACHS AND BIG PINE LLC 3018
                                      MOTIONS (.4); REVIEW VOTING REPORTS AS
                                      OF SEPTEMBER 22 (.1).

RAVIN AS          09/17/06      0.60   REVIEW TODD PLAN OBJECTION, DRAFT
                                       RESPONSE TO SAME, REVIEW CORRESPONDENCE
                                       FROM AND DRAFT CORRESPONDENCE TO M.
                                       COMERFORD RE: SAME (.1); DRAFT
                                       CORRESPONDENCE TO W. SNELL RE:
                                       WITHDRAWAL OF KJUMP, INC. MOTION FOR
                                       DETERMINATION OF PLAN CLASS (.1);
                                       REVIEW BALLOTS SENT TO DEUTSCHE BANK
                                       (.2); REVIEW AND REVISE NOTICE OF
                                       EXTENSION OF VOTING DEADLINE FOR
                                       DEUTSCHE BANK (.1); REVIEW MEMORANDUM
                                       FROM S. BUSEY RE: L. APPEL Q&A OUTLINE,
                                       REVIEW MEMORANDUM FROM R. GRAY RE: SAME
                                       (.1).

BAKER DJ          09/18/06      6.90   ANALYZE ISSUES RAISED BY RULE 3018
                                       MOTIONS (.9); CONFERENCE WITH S. BUSEY,
                                       R. GRAY, S. HENRY AND C. JACKSON WITH
                                       RESPECT TO RULE 3018 MOTIONS (.7);
                                       REVIEW EMAIL FROM J. LEAMY RE: RULE 3018
                                       MOTIONS (.2); TELECONFERENCE S. BUSEY
                                       RE: PLAN CLASSIFICATION ISSUES (.1);
                                       TELECONFERENCE S. BUSEY AND S. HENRY RE:
                                       PLAN CLASS MOTIONS (.6); TELECONFERENCE
                                       WITH F. HUFFARD RE: TRIAL PREPARATION
                                       SCHEDULE (.3); REVIEW EMAIL FROM A.
                                       RAVIN RE: PREPARATION ISSUES (.1);
                                       RESPOND TO EMAIL FROM A. RAVIN RE: SAME
                                       (.1); REVIEW EMAIL FROM M. BARR RE:
                                       SUPPORT OF RETIREES FOR PROPOSED PLAN
                                       (.2); REVIEW LATEST VOTE SUMMARY FROM
                                       LOGAN AND CO. (.1); TELECONFERENCE WITH
                                       J. SKELTON RE: LANDLORD LETTER (.3);
                                       REVIEW LANDLORD LETTER (.3); DRAFT
                                       REPLY TO LANDLORD LETTER (1.0);
                                       TELECONFERENCE WITH J. SKELTON RE:
                                       REPLY TO LANDLORD LETTER (.2); REVIEW
                                       EMAIL FROM R. BARUSCH RE: PLAN ISSUES
                                       (.1); RESPOND TO EMAIL FROM R. BARUSCH
                                       RE: PLAN ISSUES (.1); REVIEW
                                       SHAREHOLDER OBJECTIONS TO PLAN (.4);
                                       CONTINUE ANALYSIS OF D&O TAIL POLICY
                                       ISSUES UNDER PLAN OF REORGANIZATION
                                       (1.2).

| HENRY S | 09/18/06 | 3.20 | CONFERENCE WITH S. BUSEY, C. JACKSON, J. POST AND SKADDEN TEAM RE: VARIOUS ISSUES RELATING TO CONFIRMATION AND PLAN CLASSIFICATION ISSUES (.7); PREPARE FOR CALL BY REVIEWING REPORTS RELATING TO SAME (.2); EMAIL TO R. GRAY RELATING TO SAME (.1); EMAIL TO C. JACKSON RELATING TO CONFIRMATION ORDER (.1); REVIEW CORRESPONDENCE RELATING TO POTENTIAL ERISA OBJECTION(.2); EMAIL TO AND FROM R. GRAY RELATING TO SAME (.1); DRAFT PROPOSED LANGUAGE IN RESPONSE TO POTENTIAL OBJECTION RELATING TO ERISA ISSUES (.5); EMAIL TO AND FROM R. GRAY RELATING TO ISSUE (.1); REVISIONS TO POTENTIAL INSERT TO ORDER (.4); EMAIL TO S. BUSEY AND J. CASTLE RELATING TO ERISA OBJECTION AND PROPOSED RESOLUTION OF DISPUTE (.2); CONFERENCE WITH S. BUSEY AND J. BAKER RE: CLASS ISSUES (.6). |
|---|---|---|---|
| GRAY RW | 09/18/06 | 1.70 | CHECK PRECEDENT TRANSACTIONS INVOLVING AST (.2); REVIEW PRICING PROPOSAL FOR AST AND FORWARD TO M. BARR (.1); TELECONFERENCE WITH S. REISNER RE: MSP/SRP TAX WITHHOLDING AGGREGATION ISSUE (.2); REVIEW AND RESPOND TO MEMORANDUM FROM J. MALFITANO RE: CONFIRMATION ORDER RELEASE LANGUAGE AND EXCHANGE EMAILS WITH S. HENRY RE: SAME (0.1); REVIEW AND COMMENT ON PROPOSED LANGUAGE FOR J. MALFITANO (.2); REVIEW COMMENTS ON LOGAN DECLARATION AND DRAFT MEMORANDUM TO A. RAVIN RE: SAME (.1); CONFERENCE WITH WELLS FARGO TEAM, L. APPEL AND M. BARR ET AL. RE: DISBURSING AGENT SERVICES (.3); CALL WITH L. APPEL AND M. BARR RE: SAME (.2); LOCATE COMPARISON AND DRAFT MEMORANDUM TO M. BARR RE: SAME (.1); FURTHER TELECONFERENCE WITH M. BARR RE: DISBURSING AGENT ISSUES (.1); REVIEW MEMORANDUM FROM WELLS FARGO SHAREHOLDER SERVICES (.1). |
| LEAMY JM | 09/18/06 | 3.40 | REVIEW 3018 MOTIONS (1.5); REVIEW PLAN CLASSIFICATION MOTIONS (.6); REVIEW STATUS OF CATAMOUNT, BRACH'S, PLUNKETT AND BIG PINE CLAIMS (.4); TELECONFERENCE WITH SMITH HULSEY TEAM, SKADDEN TEAM AND K. LOGAN RE: 3018 MOTIONS (.7); TELECONFERENCE WITH K. LOGAN RE: CATAMOUNT 3018 MOTIONS (.2). |

RAVIN AS          09/18/06          4.30      REVIEW PLAN INQUIRY FROM P. GRANT, DRAFT
                                              CORRESPONDENCE TO SAME RE: SAME (.1);
                                              REVIEW 3018 MOTIONS AND PLAN
                                              CLASSIFICATION MOTIONS (1.8); REVIEW
                                              CORRESPONDENCE FROM L. RODRIGUEZ RE:
                                              RETIREE BENEFITS IN CONNECTION WITH
                                              PREPARATION FOR CONFIRMATION, REVIEW
                                              MEMORANDA FROM R. GRAY AND L. APPEL RE:
                                              SAME (.1); REVIEW AND REVISE Q&A OUTLINE
                                              FOR L. APPEL (.2); REVIEW PLAN INQUIRY
                                              FROM J. DOWNING, DRAFT CORRESPONDENCE
                                              TO SAME RE: SAME (.1); TELECONFERENCE
                                              WITH S. BUSEY, C. JACKSON, J. POST, J.
                                              BAKER, S. HENRY, R. GRAY, J. LEAMY, AND
                                              K. LOGAN RE: PLAN CLASSIFICATION
                                              MOTIONS AND RULE 3018 MOTIONS (.7);
                                              MULTIPLE CONFERENCES WITH J. LEAMY RE:
                                              RULE 3018 MOTIONS FILED BY PLUNKETT AND
                                              CATAMOUNT (.2); REVIEW PLAN OBJECTION
                                              FROM B. CATES, DRAFT RESPONSE TO SAME
                                              RE: SAME (.1); DRAFT CORRESPONDENCE TO
                                              L. APPEL AND OTHERS RE: STATUS OF RULE
                                              3018 MOTIONS (.3); REVIEW AND REVISE
                                              LOGAN DECLARATION (.4); TELECONFERENCE
                                              WITH J. O'CONNELL RE: CONFIRMATION
                                              HEARING PREP (.1); REVIEW MEMORANDUM
                                              FROM AND DRAFT MEMORANDUM TO  A.
                                              MARGOLIS RE: WINN-DIXIE STORES, DRAFT
                                              MEMORANDA TO AND REVIEW MEMORANDUM FROM
                                              R. GRAY RE: SAME, REVIEW MEMORANDUM FROM
                                              A. SALDANA RE: SAME, REVIEW UNDERLYING
                                              E-MAILS FROM T. BOYDELL RE: ORG. CHART
                                              (.2).

BAKER DJ          09/19/06          6.20      REVIEW EMAIL FROM S. BUSEY RELATED TO
                                              LANDLORD ISSUES RELATED TO PLAN OF
                                              REORGANIZATION (.2); REVIEW LOGAN
                                              UPDATE RE: PLAN (.1); BEGIN REVIEW OF
                                              COMMENTS FROM CREDITORS COMMITTEE WITH
                                              RESPECT TO PLAN SUPPLEMENT
                                              DOCUMENTATION (.8); BEGIN REVIEW OF
                                              COMMENTS FROM CREDITORS COMMITTEE WITH
                                              RESPECT TO MANAGEMENT INCENTIVE PLAN
                                              (.7); BEGIN ANALYSIS OF PLAN
                                              CLASSIFICATION ISSUES REQUIRED TO BE
                                              RESOLVED AT CONFIRMATION HEARING (1.1);
                                              EMAIL TO L. APPEL AND J. CASTLE RE: PLAN
                                              MEETING (.1); EMAIL TO S. BUSEY RE: PLAN
                                              CONFIRMATION HEARING (.2); REVIEW
                                              REVISIONS BY S. BUSEY TO DRAFT TESTIMONY
                                              OUTLINE FOR F. HUFFARD (.9); REVIEW
                                              DRAFT PLAN TESTIMONY OUTLINE FOR L.
                                              APPEL (.8); REVIEW DRAFT TESTIMONY
                                              OUTLINE FOR K. LOGAN (.2);
                                              TELECONFERENCE WITH S. BUSEY AND S.
                                              HENRY RE: CONFIRMATION ISSUES (1.1).

157

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BARUSCH RC        09/19/06      3.60    REVIEW 1145A4 ISSUE (.9); REVIEW STOCK
                                        ISSUE (1.4); PREPARE EMAIL ON 1145A4
                                        ISSUE AND RIDER (1.3).

HENRY S           09/19/06      5.80    MADE REVISIONS TO CONFIRMATION ORDER IN
                                        LIGHT OF COMMENTS (2.8); TELECONFERENCE
                                        WITH A. MARGOLIS RE: SAME (.1);
                                        TELECONFERENCE WITH D. BAKER AND S.
                                        BUSEY RE: ISSUES RELATING TO CONTESTED
                                        CONFIRMATION HEARING AND EVIDENCE TO BE
                                        PRESENTED (1.1); RESEARCH ON MATTERS
                                        RAISED ON THE CALL (1.7); CONFERENCE
                                        WITH R. GRAY RE: HEARING AND EVIDENCE
                                        (.1).

GRAY RW           09/19/06      0.70    DRAFT MEMORANDUM TO DELOITTE ET AL. RE:
                                        STATUS OF RESOLVING TAX ISSUES ON
                                        INACTIVE SUBS (.1); DRAFT MEMORANDUM TO
                                        C. JACKSON AND J. POST RE: SECURED TAX
                                        INTEREST RATE (.1); TELECONFERENCES
                                        WITH A. RAVIN RE: 3018/PLAN CLASS
                                        OMNIBUS OBJECTION ISSUES (.1);
                                        TELECONFERENCE WITH J. POST RE:
                                        RESPONSIBILITY FOR OMNIBUS OBJECTIONS
                                        (.1); TELECONFERENCE WITH C. JACKSON
                                        RE: SAME (.1); TELECONFERENCES WITH S.
                                        HENRY RE: CONFIRMATION ORDER (.1);
                                        EXCHANGE EMAILS WITH R. BARUSCH, A.
                                        SALDANA AND M. SHAH RE: STOCK LISTING
                                        ISSUES (.1).

MARGOLIS A        09/19/06      0.80    REVIEW, DRAFT INSERTS TO CONFIRMATION
                                        ORDER (.7); TELECONFERENCE WITH S.
                                        HENRY RE: CONFIRMATION ORDER (.1).

LEAMY JM          09/19/06      0.70    REVIEW 3018 MOTIONS (.5);
                                        TELECONFERENCE WITH H. FOLEY RE: ORIX
                                        3018 MOTION (.2).

LEDERER J.*       09/19/06      7.40    CONDUCTED WESTLAW SEARCH CONCERNING THE
                                        STANDARD FOR APPROVING COMPROMISES
                                        (1.2); REVIEW WINN-DIXIE DOCKET FILINGS
                                        FOR FORMAL OBJECTIONS (.4); UPDATE
                                        WINN-DIXIE OBJECTION BINDER WITH NEW
                                        FORMAL OBJECTIONS (.6); CREATE
                                        INDEX/CHART OF 3018 MOTIONS AND PLAN
                                        CLASSIFICATION MOTIONS (1.0); UPDATE
                                        INDEX REFLECTING COMMENTS (.4);
                                        COMPLETE WESTLAW RESEARCH ON "RANGE OF
                                        REASONABLENESS/RECOVERY" IN APPROVAL
                                        OF COMPROMISES (2.0); DRAFT AND REVISE
                                        MEMORANDUM RE: SAME TO TEAM (1.4);
                                        REVIEW SECTION 502(B)(7) FROM A. RAVIN
                                        (.4).

RAVIN AS          09/19/06          9.50    DRAFT MEMORANDUM TO J. BAKER RE:
                                            STOCKHOLDER LETTERS (.1); REVIEW
                                            CORRESPONDENCE FROM AND DRAFT
                                            CORRESPONDENCE TO K. NIEL RE: PASCO
                                            COUNTY PLAN OBJECTION (.1); REVIEW
                                            OBJECTION OF B. BURGESS TO PLAN, DRAFT
                                            CORRESPONDENCE TO SAME RE: SAME (.1);
                                            REVIEW DELTA PLAZA MOTION FOR
                                            DETERMINATION OF PLAN CLASS, REVIEW
                                            UNDERLYING CLAIM RE: SAME, DRAFT
                                            CORRESPONDENCE TO B. GASTON RE: SAME
                                            (.3); DRAFT OMNIBUS OBJECTION TO 3018
                                            MOTIONS AND CORRESPONDING PROPOSED
                                            ORDER (3.4); DRAFT OMNIBUS OBJECTION TO
                                            PLAN CLASSIFICATION MOTIONS AND
                                            CORRESPONDING PROPOSED ORDER (3.3);
                                            DRAFT CORRESPONDENCE TO B. GASTON RE:
                                            REMKE MARKETS PLAN CLASSIFICATION
                                            MOTION (.2); TELECONFERENCE WITH M.
                                            COMERFORD RE: ZURICH STIPULATION, DRAFT
                                            CORRESPONDENCE TO SAME RE: SAME (.2);
                                            REVIEW B. HART PLAN OBJECTION AND
                                            RESPONSE (.1); REVIEW C. GARCIA PLAN
                                            OBJECTION (.1); DRAFT CORRESPONDENCE TO
                                            E. POLLACK AND REVIEW CORRESPONDENCE
                                            FROM SAME RE: ZURICH STIPULATION, DRAFT
                                            CORRESPONDENCE TO D. DREBSKY RE: SAME
                                            (.1); REVIEW MOTION TO DETERMINE PLAN
                                            CLASSIFICATION FILED ON BEHALF OF
                                            NORTHWOOD OAKS, LLC, LAKELAND PARTNERS,
                                            QUINCY ASSOCIATES, LTD. (.2); DRAFT Q&A
                                            OUTLINE FOR HOLLY ETLIN RE:
                                            CONFIRMATION HEARING, REVIEW
                                            LIQUIDATION ANALYSIS RE: SAME (1.3).

TURETSKY DM       09/19/06          0.30    RESEARCH RE: APPROPRIATE CRAM DOWN
                                            INTEREST RATE IN CONNECTION WITH
                                            WINN-DIXIE PLAN OF REORGANIZATION (.3).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| BAKER DJ | 09/20/06 | 4.90 | REVIEW EMAIL FROM R. BARUSCH RE: NASDAQ ISSUES (.2); RESPOND TO EMAIL FROM R. BARUSCH RE: NASDAQ ISSUES (.1); REVIEW EMAIL FROM R. GRAY RE: MANAGEMENT INCENTIVE PLAN (.2); RESPOND TO EMAIL FROM R. GRAY RE: MANAGEMENT INCENTIVE PLAN (.1); RESPOND TO FURTHER EMAIL FROM R. GRAY RE: MANAGEMENT INCENTIVE PLAN (.2); CONTINUE TO REVIEW OF COMMENTS OF CREDITORS COMMITTEE WITH RESPECT TO DRAFT OF MANAGEMENT INCENTIVE PROGRAM (.7); CONTINUE REVIEW OF COMMENTS OF CREDITORS COMMITTEE WITH RESPECT TO PLAN SUPPLEMENT DOCUMENTATION (1.1); REVIEW EMAIL FROM R. BARUSCH WITH RESPECT TO REGISTRATION RIGHTS ISSUES RELATED TO PLAN OF REORGANIZATION (.2); TELECONFERENCE WITH M. BARR AND R. GRAY WITH RESPECT TO PLAN ISSUES RELATED TO D&O TAIL POLICY (.2); REVIEW EMAIL FROM M. BARR RE: POSSIBLE EXTENSION OF OBJECTION DEADLINE (.1); RESPOND TO EMAIL FROM M. BARR RE: EXTENSION OF OBJECTION DEADLINE (.1); EMAIL L. APPEL AND J. CASTLE RE: COMMITTEE EXTENSION (.2); CONFERENCE WITH S. HENRY RE: ATTENDANCE AT SESSION TO PREPARE POSSIBLE CONFIRMATION WITNESSES (.1); REVIEW EMAIL FROM J. O'CONNELL RE: PREP SESSION FOR BLACKSTONE (.1); RESPOND TO EMAIL FROM J. O'CONNELL (.1); REVIEW EMAIL FROM R. GRAY RE: PREP SESSION (.1); RESPOND TO EMAIL FROM R. GRAY RE: PREP SESSION (.1); BEGIN REVIEW OF INVOICES FOR SERVICES RENDERED TO INDENTURE TRUSTEE IN CONNECTION WITH PLAN OF REORGANIZATION (.8); CONFERENCE WITH S. HENRY RE: INVOICES SUBMITTED ON BEHALF OF INDENTURE TRUSTEE PURSUANT TO PLAN COMPROMISE (.2). |
| BARUSCH RC | 09/20/06 | 4.40 | REVIEW CHARTER, BYLAWS AND REGISTRATION RIGHTS AGREEMENT (2.1); REVIEW LISTING ISSUES (2.3). |
| HENRY S | 09/20/06 | 7.10 | RESPOND TO S. BUSEY QUESTIONS RE: LAW ON CLASSIFICATION ISSUES (.8); RESEARCH AND READ NUMEROUS CASES ON THOSE ISSUES (6.0); CONFERENCE WITH J. BAKER RE: HEARING PREPARATION (.1); CONFERENCE WITH J. BAKER RE: 12.3 ISSUE (.2). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| GRAY RW | 09/20/06 | 1.00 | CONFERENCE WITH J. BAKER AND M. BARR RE: CONFIRMATION ISSUES AND TIMING (.2); DRAFT MEMORANDUM TO J. BAKER RE: COMMITTEE OBJECTION EXTENSION ISSUES (.1); EMAIL EXCHANGE WITH R. BARUSCH, M. SHAH AND A. SALDANA RE: MSP/SRP WITHHOLDING/TRADING ISSUES (.3); REVIEW COMMENTS FORM MILBANK ON PLAN SUPPLEMENT DOCUMENTS AND CIRCULATE TO TEAM (.2); REVIEW AND RESPOND TO MEMORANDUM FROM M. COMERFORD RE: INDEMNIFICATION AGREEMENTS (.1); REVIEW PLAN AND DRAFT MEMORANDUM TO L. APPEL ET AL. RE: SAME (.1). |
| MARGOLIS A | 09/20/06 | 0.20 | FURTHER REVIEW OF CONFIRMATION ORDER AND EMAIL CORRESPONDENCE TO S. HENRY, P. NECKLES, R. GRAY, T. BOYDELL RE COMMENTS RE EXIT FINANCING, NOTICE PROVISIONS (.2). |
| LEAMY JM | 09/20/06 | 6.60 | REVIEW OF CLAIM AND CLAIMS OBJECTIONS RESPONSES FOR PARTIES FILING 3018 MOTIONS (.5); TELECONFERENCE WITH B. GASTON, K. NEIL, E. O'CARROLL AND A. RAVIN RE: 3018 MOTIONS (.8); TELECONFERENCE WITH A. RAVIN RE: SAME (.1); TELECONFERENCE WITH K. LOGAN RE: CW CAPITAL BALLOT REQUEST (.2); TELECONFERENCE WITH M. LEHMAN RE: CATAMOUNT 3018 MOTIONS (.2); ANALYSIS RE: SAME (.2); TELECONFERENCE WITH H. FOLEY RE: CW CAPITAL (.4); TELECONFERENCE WITH D. RICHARDS RE: RELIANCE BALLOTS (.2); REVIEW AND ANALYSIS RE: 3018 MOTIONS IN CONJUNCTION WITH CLAIM OBJECTIONS AND RESPONSES THERETO (4.0). |
| LEDERER J.* | 09/20/06 | 9.00 | WESTLAW RESEARCH ON TREATMENT OF LEASE TERMINATION AGREEMENTS UNDER 502(B)(6) OF THE CODE (1.8); READ THROUGH CASE LAW FROM SEARCH (2.0); REVIEW WINN-DIXIE COURT DOCKET FOR FORMAL OBJECTIONS (.2); CONDUCT SEARCH FOR PRECEDENT ON KNOWLEDGEBASE SYSTEM FOR LEASE TERMINATION TREATMENT (.2); EXPAND WESTLAW SEARCH TO ALL CIRCUITS (.8); SEARCH ON WESTLAW FOR LAW REVIEWS, PLI ARTICLES, AND ALR FOR INFORMATION ON TREATMENT OF LEASE TERMINATION UNDER THE CODE (1.0); WESTLAW RESEARCH ON PROPER CLASSIFICATION OF CLAIMS UNDER 1122 OF THE CODE (1.5); DRAFT AND REVISE MEMORANDUM HIGHLIGHTING RESEARCH RESULTS FOR CLAIM CLASSIFICATION (1.5). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAVIN AS          09/20/06       7.90   DRAFT CORRESPONDENCE TO W. SNELL
                                        SEEKING WITHDRAWAL OF PLAN
                                        CLASSIFICATION MOTION, DRAFT
                                        CORRESPONDENCE TO B. GASTON RE:
                                        QUESTIONS RE: PLAN CLASSIFICATION
                                        MOTIONS (.1); DRAFT OMNIBUS OBJECTION
                                        TO PLAN CLASSIFICATION MOTIONS (3.2);
                                        DRAFT OMNIBUS OBJECTION TO 3018 MOTION
                                        (3.2); CONFERENCE WITH J. LEAMY RE: 3018
                                        MOTIONS (.1); PREPARE FOR CALL WITH
                                        COMPANY RE: INSURANCE ISSUE IN
                                        CONNECTION WITH OBJECTIONS TO 3018
                                        MOTIONS, REVIEW LEGAL RESEARCH RE: SAME
                                        (.4); REVIEW CORRESPONDENCE FROM M.
                                        COMERFORD RE: CLAIM REDUCTION FROM,
                                        REVIEW SAME, DRAFT CORRESPONDENCE TO K.
                                        LOGAN RE: SAME (.1); REVIEW MEMORANDA
                                        FROM J. LEAMY AND R. GRAY RE: 3018
                                        MOTIONS (.1); TELECONFERENCE WITH D.
                                        RICHARDS RE: QUESTION ON PLAN (.1);
                                        TELECONFERENCE WITH B. GASTON RE: LEASE
                                        FOR STRORE 2625, REVIEW CORRESPONDENCE
                                        FROM SAME RE: SAME (.2); REVIEW
                                        OBJECTION FROM W. DOAN, DRAFT RESPONSE
                                        TO SAME (.1); TELECONFERENCE WITH J.
                                        BURNETT RE: REMKE MARKETS, REVIEW
                                        CORRESPONDENCE FROM SAME RE: SAME (.1);
                                        REVIEW OBJECTION FROM D. BAUMGARDNER,
                                        DRAFT RESPONSE TO SAME (.1); REVIEW
                                        OBJECTION FROM G. BLANTON, DRAFT
                                        RESPONSE TO SAME (.1).

BAKER DJ          09/21/06       4.00   CONTINUE REVIEW OF COMMITTEE COMMENTS
                                        RE: MANAGEMENT INCENTIVE PROGRAM
                                        DOCUMENTS (.8); TELECONFERENCE J.
                                        SKELTON RE: ISSUES RELATED TO PLAN OF
                                        REORGANIZATION (.3); CONTINUE REVIEW OF
                                        CONFIRMATION ISSUES (1.0); CONFERENCE
                                        WITH S, BUSEY, R. GRAY, J. CASTLE AND S.
                                        KAROL RE: CONFIRMATION ISSUES (.3);
                                        FURTHER ANALYSIS OF D&O TAIL COVERAGE
                                        ISSUES (1.0); REVIEW LATEST STOCK
                                        TRANSFER RESTRICTION ISSUES (.6).

BARUSCH RC        09/21/06       3.70   REVIEW LISTING ISSUES (3.7).

HENRY S           09/21/06       5.20   REVISE ONFIRMATION ORDER (1.5); REVISE
                                        BRIEF IN SUPPORT OF CONFIRMATION (3.7).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW          09/21/06     1.50    TELECONFERENCE WITH T. WILLIAMS RE:
                                      BROKER ISSUES (.1); DRAFT MEMORANDUM TO
                                      R. BARUSCH AND A. SALDANA RE: SAME (.2);
                                      DRAFT EMAILS TO T. WILLIAMS, R. BARUSCH,
                                      ET AL. TO COORDINATE MONDAY CALL ON
                                      WITHHOLDING/BROKER ISSUES (.2); REVIEW
                                      MEMORANDUM FROM S. STROUD RE: VALUATION
                                      TIMING ISSUES AND EMAIL EXCHANGE
                                      BETWEEN R. BARUSCH AND R. OLSHAN (.1);
                                      CONFERENCE WITH J. BAKER, S. BUSEY, J.
                                      CASTLE AND S. KAROL RE: CONFIRMATION
                                      PREPARATIONS AND VOTING ISSUES (.3);
                                      TELECONFERENCE WITH M. BARR RE: J.
                                      MCCONNELL STATEMENT (.1); REVIEW AND
                                      APPROVE J. MCCONNELL STATEMENT (.1);
                                      TELECONFERENCE WITH C. JACKSON RE:
                                      VOTING BY CLASS 15 (.1); REVIEW AND
                                      RESPOND TO MEMORANDUM FROM S. SCHWAGER
                                      RE: CONFIRMATION/EFFECTIVE DATE TIMING
                                      (.2); REVIEW AND RESPOND TO MEMORANDUM
                                      FROM J. POST RE: ADDITIONAL LANGUAGE FOR
                                      CONFIRMATION ORDER (.1).

LEAMY JM         09/21/06     6.60    ANALYSIS RE: CW CAPITAL AND ORIX 3018
                                      MOTIONS AND DETERMINE BALLOTS NEEDED
                                      (1.5); TELECONFERENCE WITH K. LOGAN RE:
                                      3018 MOTIONS (.1); DRAFT RESPONSE TO
                                      3018 MOTIONS (5.0).

LEDERER J.*      09/21/06     6.60    READ CASE LAW DISCUSSING TREATMENT OF
                                      LEASE TERMINATION AGREEMENTS UNDER
                                      502(B)(6) (1.0); EXPAND SEARCH TO
                                      INCLUDE NOTE PAYMENTS AND OTHER
                                      CONTRACTUAL OBLIGATIONS IN LIEU OF RENT
                                      PAYMENTS (1.4); ANALYSIS BETWEEN LEASE
                                      TERMINATION AGREEMENTS AND GUARANTEES
                                      AND STANDBY LETTERS OF CREDIT (.4);
                                      BEGIN WESTLAW RESEARCH ON THE
                                      CLASSIFICATION OF SUBSTANTIALLY
                                      SIMILAR CLAIMS UNDER 1122 (1.0); READ
                                      CASE LAW AND DRAFT MEMORANDUM DEALING
                                      WITH CLASSIFICATION (2.4); REVISE
                                      MEMORANDUM ON LEASE TERMINATION UNDER
                                      502(B)(6) FOR SUBMISSION TO A. RAVIN
                                      (.4).

RAVIN AS          09/21/06        6.90    REVIEW PLAN OBJECTION RECEIVED FROM D.
                                          WINTERS, DRAFT RESPONSE TO SAME RE: SAME
                                          (.1); REVIEW PLAN OBJECTION BY D.
                                          CHENEY, DRAFT RESPONSE TO SAME RE: SAME
                                          (.1); REVIEW PLAN OBJECTION BY J.
                                          ROBERTS, DRAFT RESPONSE TO SAME RE: SAME
                                          (.1); DRAFT Q&A FOR H. ETLIN RE:
                                          CONFIRMATION HEARING (2.9); REVIEW
                                          PROPOSED WITHDRAWAL OF PLAN CLASS
                                          MOTION FROM W. SNELL, REVIEW AND REVISE
                                          SAME, DRAFT MULTIPLE CORRESPONDENCE TO
                                          AND REVIEW MULTIPLE CORRESPONDENCE FROM
                                          W. SNELL RE: SAME, DRAFT CORRESPONDENCE
                                          TO C. JACKSON RE: SAME (.3);
                                          TELECONFERENCE WITH R. THAMES RE: PLAN
                                          CLASS MOTION (.1); DRAFT, REVIEW AND
                                          REVISE OMNIBUS 3018 OBJECTION AND PLAN
                                          CLASSIFICATION OBJECTION (1.3); REVIEW
                                          CORRESPONDENCE FROM AND DRAFT
                                          CORRESPONDENCE TO R. GUIDRY RE:
                                          OBJECTION TO PLAN (.1); TELECONFERENCE
                                          WITH J. POST RE: COMMENTS TO OMNIBUS
                                          OBJECTION TO PLAN CLASSIFICATION
                                          MOTIONS (.2);  TELECONFERENCE WITH J.
                                          POST RE: OMNIBUS RESPONSE TO RULE 3018
                                          MOTIONS (.2); REVIEW COMMENTS RECEIVED
                                          FROM J. POST TO OMNIBUS RESPONSE TO RULE
                                          3018 MOTIONS AND REVISE OMNIBUS
                                          RESPONSE RE: SAME (.3); TELECONFERENCE
                                          WITH C. JACKSON RE: COMMENTS TO OMNIBUS
                                          RESPONSES TO PLAN CLASSIFICATION
                                          MOTIONS AND RULE 3018 MOTIONS (.1);
                                          DRAFT NOTICE OF CONSENT TO PLAN
                                          CLASSIFICATIONS (.2); REVIEW
                                          CORRESPONDENCE FROM K. CUPP RE: PLAN
                                          OBJECTION (.1); REVIEW CORRESPONDENCE
                                          FROM P. CUPP RE: OBJECTION TO PLAN,
                                          DRAFT CORRESPONDENCE TO SAME RE: SAME
                                          (.1); REVIEW AFFIRMATIVE STATEMENT OF
                                          AD HOC COMMITTEE IN SUPPORT OF PLAN
                                          (.1); REVIEW COMMENTS FROM C. JACKSON TO
                                          3018 OBJECTION (.1); REVIEW AND REVISE
                                          OBJECTION AND MOTION TO DISALLOW CLAIMS
                                          FOR VOTING PURPOSES, DRAFT
                                          CORRESPONDENCE TO C. JACKSON RE: SAME
                                          (.2); DRAFT CORRESPONDENCE TO AND
                                          REVIEW CORRESPONDENCE FROM K. LOGAN RE:
                                          BULLOCH COUNY BALLOT (.1); REVIEW
                                          MEMORANDA FROM AND DRAFT MEMORANDA TO R.
                                          GRAY AND J. LEAMY RE: DRAFT RESPONSES TO
                                          RULE 3018 MOTIONS AND PLAN
                                          CLASSIFICATION MOTIONS (.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| BAKER DJ | 09/22/06 | 6.20 | REVIEW EMAIL RE: EXTENSION OF OBJECTION DEADLINE (.1); RESPOND TO EMAIL FROM R. GRAY RE: EXTENSION OF OBJECTION DEADLINE (.1); REVIEW EMAIL FROM C. JACKSON RELATING TO BALLOTS (.1); REVIEW EMAIL FROM J. KOZYAK RELATING TO BALLOTS (.1); RESPOND TO EMAIL FROM MR. KOZYAK RELATING TO BALLOTS (.1); PREPARE FOR CONFERENCE ON ISSUES OF SUBSTANTIVE CONSOLIDATION (.3); PARTICIPATE IN CONFERENCE ON SUBSTANTIVE CONSOLIDATION WITH S. BUSEY, R. GRAY, S. HENRY, F. HUFFARD, J. O'CONNELL AND A. RAVIN (.4); CONFERENCE WITH WITH L. APPEL, S. BUSEY AND J. CASTLE RE: PLAN ISSUES (.7); REVIEW EMAIL FROM S. FELD RE: INSURANCE ISSUES RELATED TO PLAN (.2); RESPOND TO EMAIL FROM S. FELD RE: PLAN INSURANCE ISSUES (.1); CONTINUE REVIEW OF MIP AND SRP ISSUES IN PLAN (1.2); CONTINUE REVIEW OF COMMENTS FROM CREDITORS COMMITTEE TO REGISTRATION RIGHTS AGREEMENT (.8); REVIEW SHAREHOLDER OBJECTIONS TO PLAN (.3); REVIEW EMAIL RELATING TO NASDAQ LISTING ISSUES (.3); CONTINUE ANALYSIS OF PLAN CONFIRMATION ISSUES (1.4). |
| --- | --- | --- | --- |
| BARUSCH RC | 09/22/06 | 2.30 | CONTINUE REVIEW AND COMMENTS ON LISTING ISSUES (2.3). |
| HENRY S | 09/22/06 | 5.30 | REVISE BRIEF IN SUPPORT OF CONFIRMATION OF WINN-DIXIE PLAN (3.7); REVISE CONFIRMATION ORDER (1.0); PARTICIPATE IN CALL TO PREPARE WITH S. BUSEY, J. BAKER, R. GRAY, F. HUFFARD, J. O'CONNELL AND A. RAVIN (.4); CONFERENCE WITH A. RAVIN RE: SUB CON ISSUES (.2). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW          09/22/06      1.10   PARTICIPATE IN TELECONFERENCE WITH
                                      BLACKSTONE, SKADDEN AND SMITH HULSEY
                                      TEAMS RE: SUB CON ISSUES FOR
                                      CONFIRMATION HEARING (.4); REVIEW
                                      MEMORANDUM FROM J. LEAMY RE: MERRILL
                                      LYNCH OBJECTION DEADLINE EXTENSION
                                      REQUEST AND DRAFT MEMORANDUM TO S. BUSEY
                                      AND J. BAKER RE: SAME (.1); REVIEW
                                      MEMORANDA FROM J. BAKER, S. BUSEY AND S.
                                      HENRY RE: EXTENSION ISSUES (.1);
                                      TELECONFERENCE WITH MORRISON FOESTER
                                      ATTORNEYS RE: EXTENSION REQUEST (.1);
                                      DRAFT MEMORANDUM TO J. BAKER AND S.
                                      BUSEY RE: SAME AND REVIEW REPLIES (.1);
                                      EMAIL EXCHANGE WITH MORRISON FOESTER
                                      ATTORNEYS RE: EXTENSION (.1); REVIEW
                                      AND RESPOND TO MEMORANDUM FROM J.
                                      MCCONNELL RE: SEPTEMBER INVOICE AND
                                      DRAFT MEMORANDUM TO J. CASTLE RE: SAME
                                      (.1); REVIEW AND COMMENT ON NOTICE OF
                                      LOCATION OF CONFIRMATION HEARING (.1).

LEAMY JM         09/22/06      3.70   TELECONFERENCE WITH H. FOLEY RE: 3018
                                      MOTION (.2); FINAL DETERMINATION OF
                                      BALLOTS FOR ORIX AND CRIMI MAE AND
                                      INSTRUCTIONS TO LOGAN RE: SAME (1.0);
                                      EMAILS H. FOLEY RE: PROVISIONAL BALLOTS
                                      (.2); REVIEW AND COMMENT ON RESPONSE TO
                                      3018 MOTIONS (1.6); TELECONFERENCE'S
                                      WITH A. RAVIN, K. LOGAN RE: PROVISIONAL
                                      BALLOTS (.3); TELECONFERENCE WITH A.
                                      BARRAGE RE: REQUEST FOR EXTENSION TO
                                      OBJECT TO CONFIRMATION (.2);
                                      TELECONFERENCE WITH D. MOTSINGER RE:
                                      CATAMOUNT 3018 MOTION (.2).

LEDERER J.*      09/22/06      2.20   REVIEW LEASE CAP DAMAGES UNDER
                                      502(B)(6)(1.2); READ OMNIBUS RESPONSES
                                      RE: 3018 AND PLAN CLASSIFICATION
                                      MOTIONS (.4); CONFIRM DOCKET NUMBERS
                                      FOR MOTIONS FOR COURT FILING OF OMNIBUS
                                      RESPONSES (.6).

RAVIN AS          09/22/06       8.60    DRAFT CORRESPONDENCE TO S. BUSEY AND
                                         OTHERS RE: DRAFT 3018 RESPONSE AND PLAN
                                         CLASSIFICATION RESPONSE (.1); REVIEW
                                         AND REVISE PLAN CLASSIFICATION RESPONSE
                                         AND 3018 RESPONSE AND CORRESPONDING
                                         PROPOSED ORDERS (5.2); DRAFT NOTICES OF
                                         HEARING RE: PLAN CLASSIFICATION
                                         RESPONSE AND 3018 RESPONSE (.2);
                                         TELECONFERENCE WITH J. POST RE: NOTICES
                                         OF HEARING RE: PLAN CLASSIFICATION
                                         RESPONSE AND 3018 RESPONSE (.1); DRAFT
                                         MEMORANDA TO AND REVIEW MEMORANDA FROM
                                         R. GRAY RE: NOTICES OF HEARING RE: PLAN
                                         CLASSIFICATION RESPONSE AND 3018
                                         RESPONSE (.3); TELEPHONE CONFERENCES
                                         WITH K. LOGAN RE: COMMENTS TO PLAN
                                         CLASSIFICATION RESPONSE AND 3018
                                         RESPONSE (.4); REVIEW SERVICE RE: PLAN
                                         CLASSIFICATION RESPONSE AND 3018
                                         RESPONSE INCLUDING CALLS WITH K. WARD
                                         RE: SAME (.3); TELECONFERENCE WITH J.
                                         BAKER, S. HENRY, S. BUSEY, F. HUFFARD,
                                         AND J. O'CONNELL RE: SUB CON
                                         PRESENTATION DURING CONFIRMATION
                                         HEARING (.4); CONFERENCE WITH S. HENRY
                                         RE: SAME (.2); REVIEW CORRESPONDENCE
                                         FROM AND DRAFT CORRESPONDENCE TO P.
                                         ROSENBLATT RE: PLAN INQUIRY, REVIEW
                                         CORRESPONDENCE FROM D. RICHARDS RE:
                                         INSURANCE RELATED PLAN INQUIRY (.1);
                                         REVIEW PLAN OBJECTION BY S. ENGEL, DRAFT
                                         CORRESPONDENCE TO SAME RE: SAME (.1);
                                         REVIEW AND REVISE PROPOSED 3018 ORDER
                                         AND PROPOSED PLAN CLASSIFICATION ORDER
                                         (.4); TELECONFERENCE WITH K. LOGAN AND
                                         J. LEAMY RE: 3018 RESPONSE (.3); REVIEW
                                         CORRESPONDENCE FROM AND DRAFT
                                         CORRESPONDENCE TO B. GASTON RE:
                                         DEUTSCHE BANK STIPULATION (.2);
                                         TELECONFERENCE WITH M. COMERFORD RE:
                                         PLAN CLASSIFICATION RESPONSE AND 3018
                                         RESPONSE (.2); TELECONFERENCE WITH A.
                                         WULBERN AND C. JACKSON RE: MOTION RE:
                                         PLAN CLASS (.1).

TURETSKY DM       09/22/06       0.20    REVIEW STOCKHOLDER OBJECTIONS TO PLAN
                                         OF REORGANIZATION (.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BAKER DJ          09/25/06        7.00    REVIEW LATEST VOTING TOTALS FROM LOGAN
                                          AND CO. (.2); CONFERENCE L. APPEL, S.
                                          BUSEY, AND K. LOGAN RE: POSSIBLE
                                          EXTENSION OF VOTING DEADLINE (.4);
                                          EMAIL TO M. BARR WITH RESPECT TO VOTING
                                          DEADLINE ISSUES (.1); REVIEW RESPONSE
                                          OF M. BARR TO EMAIL RELATING TO
                                          EXTENSION OF VOTING DEADLINE (.1);
                                          RESPOND TO EMAIL FROM M. BARR RELATING
                                          TO EXTENSION OF VOTING DEADLINE (.1);
                                          TELECONFERENCE M. BARR RELATED TO
                                          EXTENSION OF VOTING DEADLINE (.2);
                                          EMAIL TO L. APPEL, S. BUSEY AND R. GRAY
                                          WITH RESPECT TO VOTING DEADLINE ISSUES
                                          (.2); REVIEW SUMMARY OF PROPOSALS
                                          RECEIVED FROM APPLICANTS FOR POSITION
                                          OF DISBURSING AGENT (.3);
                                          TELECONFERENCE J. SKELTON WITH RESPECT
                                          TO VOTING ISSUES (.3); CONTINUE REVIEW
                                          OF COMMITTEE COMMENTS TO MANAGEMENT
                                          INCENTIVE PLAN (1.0); REVIEW OBJECTION
                                          TO CONFIRMATION FILED BY U.S. TRUSTEE
                                          (1.1); REVIEW OBJECTION FILED ON BEHALF
                                          OF THE UNITED STATES (.9); REVIEW
                                          OBJECTION TO CONFIRMATION FILED ON
                                          BEHALF OF FLORIDA TAX COLLECTORS (.7);
                                          REVIEW OBJECTION FILED BY LIQUIDITY
                                          SOLUTIONS (1.0); BEGIN REVIEW OF
                                          OBJECTION FILED ON BEHALF OF
                                          KNIGHTSBRIDGE ASSOCIATES (.4).

BARUSCH RC        09/25/06        4.60    PREPARE COVER LETTER TO CLIENT
                                          UNDERLYING FACTS TO LISTING ISSUE
                                          (2.7); PREPARE MECHANICS ON MSP/RRP
                                          (1.9).

HENRY S           09/25/06        3.20    REVISE CONFIRMATION ORDER TO REFLECT
                                          COMMENTS FROM SMITH HULSEY AND COMMENTS
                                          RELATING TO BANK AGREEMENT (1.9);
                                          REVIEW AND RESPOND TO CORRESPONDENCE
                                          FROM A. RAVIN, D. DREBSKY AND K. LOGAN
                                          RE: DEUTSCHE BANK VOTE (.7);
                                          TELECONFERENCE WITH V. ROLDAN RE: VOTES
                                          AMD REVIEW CORRESPONDENCE FROM R. GRAY
                                          AND V. ROLDAN RE: SAME (.6).

GRAY RW           09/25/06        1.20    REVIEW OBJECTION FROM LODOLCE ET AL. RE:
                                          SOLICITATION ALLEGATION AND EXCHANGE
                                          EMAILS WITH K. LOGAN RE: SAME (.1);
                                          REVIEW S. REISNER MEMORANDUM RE: TAX
                                          ISSUES ON MSP/SRP DISTRIBUTIONS (.1);
                                          CONFERENCE WITH T. WILLIAMS AND SKADDEN
                                          TEAM RE: BROKER ISUSES (1.0).

LEDERER J.*       09/25/06        0.70    READ IRS AND U.S. TRUSTEE OBJECTIONS
                                          (.4); MEET WITH A. RAVIN TO REVIEW ALL
                                          OBJECTIONS FILED (.3).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAVIN AS        09/25/06        5.70    REVIEW OBJECTION TO PLAN FROM C.
                                        WASHINGTON (.1); REVIEW REVISED WELLS
                                        FARGO DISBURSING AGENT PROPOSAL (.1);
                                        REVIEW PLAN OBJECTIONS FROM J. CHANDLER
                                        AND J. CHANDLER JR. TO PLAN, DRAFT
                                        RESPONSES TO SAME (.1); REVIEW
                                        OBJECTION TO PLAN FROM L. GAGNE, DRAFT
                                        RESPONSE TO SAME RE: SAME (.1); REVIEW
                                        OBJECTION TO PLAN FROM M. AYERS, DRAFT
                                        RESPONSE TO SAME (.1); REVIEW OBJECTION
                                        TO PLAN FROM L. EATON, DRAFT RESPONSE TO
                                        SAME (.1); REVEIW AND REVISE DEUTCSHE
                                        BANK NOTICE OF EXTENSION OF VOTING
                                        DEADLINE, DRAFT CORRESPONDENCE TO C.
                                        JACKSON RE: SAME (.3); REVIEW PLAN
                                        OBJECTION FILED BY CVS EGL (.1); REVIEW
                                        OBJECTIONS TO PLAN FILED BY J. SNIPES,
                                        J. LODOLCE, AND R. MALONE (.1);
                                        TELECONFERENCE WITH D. DREBSKY RE:
                                        DEUTSCHE BANK BALLOTS (.1); COORDINATE
                                        DELIVERY OF DEUTSCHE BANK BALLOTS TO
                                        LOGAN (.3); DRAFT CORRESPONDENCE TO AND
                                        REVIEW CORRESPONDENCE FROM M. BARR RE:
                                        DEUTSCHE BANK BALLOTS, REVIEW MEMORANDA
                                        FROM AND DRAFT MEMORANDA TO R. GRAY RE:
                                        SAME (.2); REVIEW AND REVISE PROOF OF
                                        PUBLICATION (.2); COORDINATE CALL RE:
                                        VOTING RESULTS (.2); REVIEW PLAN OBJECTION
                                        FROM J. TOMAZIN, DRAFT CORRESPONDENCE TO
                                        SAME RE: SAME (.1); REVIEW WANG HAH GO
                                        OBJECTION TO PLAN (.1); REVIEW PLAN
                                        OBJECTION FROM J. BUTT, DRAFT
                                        CORRESPONDENCE TO SAME RE: SAME (.1);
                                        REVIEW CORRESPONDENCE FROM V. CARTER
                                        OBJECTING TO PLAN, DRAFT RESPONSE TO SAME
                                        (.1); REVIEW OBJECTIONS TO CONFIRMATION OF
                                        PLAN (.3); REVIEW KJUMP'S NOTICE OF
                                        WITHDRAWAL OF MOTION FOR DETERMINATION OF
                                        PLAN CLASS, DRAFT CORRESPONDENCE TO C.
                                        JACKSON RE: SAME (.1); REVIEW
                                        CORRESPONDENCE FROM H. SCHIERBAUM RE:
                                        OBJECTION TO STOCK CANCELLATION. DRAFT
                                        RESPONSE TO SAME (.1); REVIEW WAH HONG GO
                                        REPLY TO DEBTORS' OMNIBUS PLAN
                                        CLASSIFICATION RESPONSE, DRAFT
                                        CORRESPONDENCE TO C. JACKSON RE: SAME (.1);
                                        REVIEW ALL PLAN OBJECTIONS AND DISTRIBUTE
                                        SAME TO COMPANY (1.8); REVIEW AND REVISE
                                        CERTIFICATES OF SERVICE RE: 3018 RESPONSE
                                        AND PLAN CLASS RESPONSE, CONFERENCE WITH J.
                                        WOODFILED RE: SAME (.1); CALL WITH C.
                                        JACKSON RE: STRATEGY FOR RULE 3018(A)
                                        MOTIONS (.1); OVERSEE CREATION OF PLAN
                                        OBJECTION BINDER, CONFERENCES WITH J.R.
                                        LEDERER RE: SAME (.3); REVIEW CAPSTONE SUB
                                        CON FEE LETTER (.1); REVIEW PLAN AND
                                        DISCLOSURE STATEMENT RE: FEE LIMITS, DRAFT
                                        MEMORANDUM TO R. GRAY AND J.BAKER: SAME
                                        (.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| TURETSKY DM | 09/25/06 | 2.90 | REVIEW OBJECTIONS TO PLAN OF REORGANIZATION FILED BY R. BEHR (.1); REVIEW OBJECTION TO PLAN CONFIRMATION FILED BY UNITED STATES OF AMERICA (.2); REVIEW OBJECTION TO PLAN CONFIRMATION FILED BY DUVALL COUNTY (.2); REVIEW OBJECTION TO PLAN CONFIRMATION FILED BY FLORIDA TAX COLLECTORS (.2); REVIEW OBJECTION TO PLAN CONFIRMATION FILED BY BANK OF AMERICA (.3); REVIEW OBJECTION TO PLAN CONFIRMATION FILED BY SARAN (.1); REVIEW OBJECTION TO PLAN CONFIRMATION FILED BY LIQUIDITY SOLUTIONS (.3); REVIEW OBJECTION TO PLAN CONFIRMATION FILED BY BUNDY (.1); REVIEW OBJECTION TO PLAN CONFIRMATION FILED BY CW CAPITAL (.1); REVIEW OBJECTION TO PLAN CONFIRMATION FILED BY ALLIED CAPITAL (.1); REVIEW OBJECTION TO PLAN CONFIRMATION FILED BY U.S. TRUSTEE (.3); REVIEW OBJECTION TO PLAN CONFIRMATION FILED BY ORIX (.2); REVIEW OBJECTION TO PLAN CONFIRMATION FILED BY MISSISSIPPI TAX COLLECTORS (.1); REVIEW OBJECTION TO PLAN CONFIRMATION FILED BY BULLOCH COUNTY (.1); REVIEW OBJECTION TO PLAN CONFIRMATION FILED BY BULLOCH COUNTY (0.1); REVIEW OBJECTION TO PLAN CONFIRMATION FILED BY HARRISON COUNTY (.1); REVIEW OBJECTION TO PLAN CONFIRMATION FILED BY MUSCOGEE COUNTY (.1); E-MAIL TO S. HENRY RE: ASM VOTING BALLOTS (.2). |
| BAKER DJ | 09/26/06 | 7.50 | CONTINUE REVIEW OF OBJECTION FILED BY U. S. TRUSTEE (1.2); REVIEW OBJECTION TO CONFIRMATION FILED BY BUNDY (.6); REVIEW CONFIRMATION OBJECTION FILED BY WESTFORK (.5); CONTINUE REVIEW OF OBJECTION TO CONFIRMATION FILED ON BEHALF OF UNITED STATES OF AMERICA (1.0); FURTHER REVIEW OF OBJECTION FILED BY LIQUIDITY SOLUTIONS, INC. (.8); PREPARE FOR CONFERENCE WITH L. APPEL ON PLAN ISSUES (.7); CONFERENCE WITH L. APPEL, J. CASTLE, R. GRAY AND S. BUSEY ET AL. RE: PLAN ISSUES (.9); REVIEW OBJECTION FILED BY PASCO CITY (.2); REVIEW OBJECTION TO CONFIRMATION FILED BY E&A FINANCING (.7); REVIEW CONFIRMATION OBJECTION FROM ORIX (.5); TELECONFERENCE J. SKELTON RE: PLAN ISSUES (.4). |
| BARUSCH RC | 09/26/06 | 1.80 | REVIEW CHARTER AND BYLAWS ISSUES (1.8). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HENRY S                09/26/06         6.40    READ 32 OBJECTIONS TO CONFIRMATIONS
                                                (4.2); OUTLINE POINTS IN ANTICIPATION
                                                OF MEETING (2.1); CONFERENCE WITH A.
                                                RAVIN RE: 12.4 ISSUE (.1).

GRAY RW                09/26/06         4.90    REVIEW OF OBJECTIONS TO CONFIRMATION
                                                (1.2); DRAFT MEMORANDUM TO CONFIRMATION
                                                TEAM RE: UNSEALING AD HOC FILINGS (.1);
                                                TELECONFERENCE WITH M. BARR RE: CLAIM
                                                SETTLEMENT PROTOCOLS (.1); REVISE
                                                LANGUAGE FOR PROTOCOLS AND SEND TO M.
                                                BARR (.2); REVIEW REVISED LANGUAGE FROM
                                                M. BARR AND MAKE FURTHER REVISIONS (.3);
                                                TELECONFERENCE WITH J. CASTLE AND J.
                                                POST RE: CLAIMS SETTLEMENT PROTOCOLS
                                                (.6); FURTHER REVISE TO REFLECT
                                                DISCUSSION AND DRAFT MEMORANDUM TO M.
                                                BARR RE: SAME (.3); UPDATE PLAN
                                                CONFIRMATION/IMPLEMENTATION SCHEDULE
                                                AND DRAFT MEMORANDUM TO L. APPEL ET AL.
                                                RE: SAME (.4); TELECONFERENCE WITH T.
                                                WILLIAMS RE: MSP/SRP TAX WITHHOLDING
                                                ISSUES (.1); CONFERENCE WITH L. APPEL,
                                                J. CASTLE, S. BUSEY, J. BAKER, A. RAVIN,
                                                AND D. TURETSKY (PARTIAL) RE: PLAN
                                                CONFIRMATION PREPARATIONS (.9);
                                                EXCHANGE EMAILS WITH M. BARR RE:
                                                DISBURSING AGENT ISSUES (.1); REVIEW
                                                BIOS FOR BOARD OF DIRECTORS DESIGNEES
                                                (.3); DRAFT MEMORANDUM TO M. BARR RE:
                                                RELEASE OF AD HOC COMMITTEE SUB CON
                                                FILINGS AND EMAIL EXCHANGE WITH SAME RE:
                                                SAME (.2); DRAFT MEMORANDUM TO L. APPEL
                                                ET AL. RE: UNSEALING ISSUES (.1).

LEDERER J.*            09/26/06         2.50    PREPARE MEMORANDUM FOR H. JAY SKELTON
                                                RE: OBJECTIONS TO PLAN (2.5).

171

RAVIN AS          09/26/06        6.80    REVIEW OBJECTIONS TO PLAN AND DRAFT
                                          SUMMARY CHART RE: SAME (2.7); DRAFT
                                          CORRESPONDENCE TO K. NIEL RE: PASCO
                                          COUNTY OBJECTION (.1); DRAFT MEMORANDUM
                                          TO AND REVIEW MEMORANDUM FROM R. GRAY
                                          RE: PLAN CLASSIFICATION CONSENTS,
                                          REVIEW PLAN CLASSIFICATION RESPONSE RE:
                                          SAME (.1); REVIEW AND REVISE H. ETLIN
                                          Q&A FOR CONFIRMATION HEARING (.6);
                                          REVIEW MEMORANDA FROM R. GRAY, S. BUSEY,
                                          J. CASTLE AND M. BARR RE: UNSEALING OF
                                          AD HOC TRADE COMMITTEE SUB CON FILINGS
                                          (.2); CONFERENCE WITH S. HENRY RE:
                                          CALCULATION OF CAP FOR SUB CON
                                          PROFESSIONALS (.1); DRAFT MEMORANDUM TO
                                          S. HENRY RE: CALCULATION OF CAP FOR SUB
                                          CON PROFESSIONALS (.1); DRAFT
                                          MEMORANDUM TO R. GRAY RE: INTEREST RATE
                                          FOR TAX CLAIM (.1); REVIEW PLAN
                                          CLASSIFICATION OBJECTION RECEIVED FROM
                                          VA DEPT. OF AGRICULTURE (.1); REVIEW
                                          MEMORANDUM FROM J. LEAMY RE: OCEAN 505
                                          RULE 3018 MOTION (.1); TELECONFERENCE
                                          WITH K. LOGAN RE: VOTING ANALYSIS
                                          PROVIDED BY B. GASTON (.3); REVIEW CHART
                                          PROVIDED BY B. GASTON RE: 3018 CLAIMS
                                          (.2); TELECONFERENCE WITH B. GASTON RE:
                                          CHART PROVIDED RE: 3018 CLAIMS (.1);
                                          CONFERENCE WITH R. GRAY RE: CHART
                                          PROVIDED RE: 3018 CLAIMS (.1); REVIEW
                                          CORRESPONDENCE FROM AND DRAFT
                                          CORRESPONDENCE TO M. MORRISON RE:
                                          INQUIRY RE: PLAN (.1); TELECONFERENCE
                                          WITH S. BUSEY, C. JACKSON, J. BAKER, R.
                                          GRAY, J.R. LEDERER, L. APPEL AND J.
                                          CASTLE ET AL. RE: OBJECTIONS TO
                                          CONFIRMATION (.9); TELECONFERENCE WITH
                                          K. LOGAN RE: 3018 MOTIONS (.2); DRAFT
                                          NOTICE OF DESIGNATION OF DIRECTORS,
                                          REVIEW BIOS OF DIRECTORS RE: SAME (.6);
                                          REVIEW MOTION FOR LEAVE TO FILE PLAN
                                          CLASS MOTION FILED BY L. BUGGS (.1).

TURETSKY DM       09/26/06        0.60    PARTIAL CONFERENCE WITH L. APPEL, S.
                                          BUSEY, J. BAKER, R. GRAY AND A. RAVIN RE:
                                          PLAN CONFIRMATION ISSUES (.6).

BAKER DJ          09/27/06        7.50    TELECONFERENCE WITH M. BARR RE: PLAN
                                          ISSUES (.3); CONFERENCE WITH BOARD OF
                                          DIRECTORS RE: PLAN ISSUES (1.0);
                                          CONFERENCE WITH F. HUFFARD, S. HENRY, S.
                                          BUSEY, J. POST AND J. CASTLE,TO REVIEW
                                          OBJECTIONS TO CONFIRMATION (3.0);
                                          CONFERENCE WITH F. HUFFARD, S. HENRY, S.
                                          BUSEY, J. POST AND J. CASTLE TO REVIEW
                                          CONFIRMATION TESTIMONY EXPECTED TO BE
                                          GIVEN BY F. HUFFARD (3.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| HENRY S | 09/27/06 | 11.60 | READ CASES RELEVANT TO TAXING AUTHORITY OBJECTIONS (2.1); READ CASES RELEVANT TO EFFECTIVE DATE ISSUE (1.1); MEET WITH F. HUFFARD, S. BUSEY, D. BAKER, L. APPEL AND J. CASTLE (WITH PHONE PARTICIPATION IN PART BY J. O'CONNELL, A. RAVIN AND R. GRAY) TO GO OVER TESTIMONY (7.1) (OTHER PARTICIPANTS ATTENDING MEETING IN PERSON OR BY PHONE AT VARIOUS TIMES); MEET WITH S. BUSEY, C. JACKSON, AND J. POST ET ALL REISSUES RELATING TO PREPARATION FOR HEARING (.5); REVIEW AND RESPOND TO EMAIL FROM M. FRIEDMAN RE: OBJECTION TO THE PAYMENT OF HIS FEES AND BEGIN TO OUTLINE RESPONSE RE: SAME (.3); REVIEW COMMENTS ON CONFIRMATION ORDER FROM J. CASTLE (.5). |
|---|---|---|---|
| FELD SR | 09/27/06 | 1.50 | REVIEW AND MARK UP CONFIRMATION ORDER (1.5). |
| GRAY RW | 09/27/06 | 7.00 | TELECONFERENCE WITH M. BARR RE: CLAIM SETTLEMENT PROTOCOLS AND OPEN ISSUES (.1); DRAFT MEMORANDUM TO L. APPEL ET AL. RE: PROPOSED TELECONFERENCE WITH M. BARR AND RESOLUTION OF OPEN ISSUES (.1); DRAFT MEMORANDUM TO J. CASTLE ET AL. RE: CLAIM SETTLEMENT PROTOCOL ISSUES (.2); TELECONFERENCE WITH V. IACOVAZZI RE: DISTRIBUTION ISSUES (.1); FURTHER TELECONFERENCE WITH V. IACOVAZZI RE: STOCK TRANSFER/DISTRIBUTION ISSUES (.2); PARTICIPATE BY PHONE IN TWO SESSIONS OF CONFIRMATION HEARING PREPARATIONS AND REVIEW OF OBJECTIONS WITH COMPANY, SKADDEN, SMITH HULSEY AND BLACKSTONE TEAMS WHILE ON PHONE (5.6); TELECONFERENCE WITH S. KAROL RE: CONFIRMATION STATUS AND RELATED ISSUES (.1); REVIEW OBJECTION RECEIVED FROM MERRILL LYNCH AND CIRCULATE (.1); DRAFT MEMORANDUM TO M. BARR RE: COMMITTEE RELEASE OF SUB CON FILINGS (.1); REVIEW COMMENTS FROM MILBANK ON CLAIM SETTLEMENT PROTOCOLS AND DRAFT MEMORANDUM TO J. CASTLE AND J. POST RE: SAME (.1); EXCHANGE EMAILS WITH J. BAKER AND A. RAVIN RE: SUMMARY OF CONFIRMATION OBJECTIONS (.1); BEGIN DRAFTING LETTER RE: CLAIM REDUCTION RECISSION (.2). |
| LEAMY JM | 09/27/06 | 0.20 | ANALYSIS RE: OCEAN 505 3018 MOTION (.2). |

LEDERER J.*          09/27/06          4.70   UPDATE FORMAL OBJECTION BINDER WITH
                                              NEWLY FILED OBJECTIONS (.4); IDENTIFY
                                              LANDLORD OBJECTIONS ONLY (.4); CREATE
                                              SEPARATE CHART FOR LANDLORD OBJECTIONS
                                              (.8); REVISE LANDLORD CHART PER CHANGES
                                              BY A. RAVIN (.8); RESEARCH ON UNFAIR
                                              DISCRIMINATION PROVISION OF THE CODE
                                              (2.3).

RAVIN AS            09/27/06          9.00   CONFERENCE WITH J. BAKER (PARTIAL), S.
                                              HENRY, R. GRAY, S. BUSEY (PARTIAL), C.
                                              JACKSON (PARTIAL), F. HUFFARD
                                              (PARTIAL), J. O'CONNELL (PARTIAL), L.
                                              APPEL (PARTIAL), J. CASTLE (PARTIAL),
                                              J. POST, AND D. TURETSKY RE:
                                              PREPARATIONS FOR CONFIRMATION HEARING
                                              (3.2); REVIEW AND REVISE OBJECTION
                                              STATUS CHART (.7); DRAFT CORRESPONDENCE
                                              TO M. BARR RE: DRAFT CONFIRMATION ORDER,
                                              DRAFT CORRESPONDENCE TO J. HELFAT RE:
                                              SAME (.1); DRAFT CORRESPONDENCE TO S.
                                              BUSEY RE: Q&A FOR H. ETLIN (.1);
                                              CONFERENCE WITH J. BAKER, S. HENRY, R.
                                              GRAY, S. BUSEY, L. APPEL AND F. HUFFARD
                                              RE: CONFIRMATION PLANNING AND
                                              OBJECTIONS (2.4); REVIEW FINAL FEE
                                              STATEMENT FROM WILMINGTON TRUST, REVIEW
                                              DISCLOSURE STATEMENT RE: SAME, DRAFT
                                              MEMORANDA TO R. GRAY AND J. BAKER RE:
                                              SAME, DRAFT MULTIPLE CORRESPONDENCE TO
                                              AND REVIEW CORRESPONDENCE FROM S.
                                              REISMAN RE: SAME (.3); REVIEW CHART
                                              RELATING TO SUB CON/NON-SUB CON
                                              RECOVERIES (.2); DRAFT NOTICE OF
                                              WITHDRAWAL FOR KJUMP, INC. (.2); LEGAL
                                              RESERARCH RE: GUARANTEE CLAIMS AND
                                              502(B)(6) FOR PURPOSES OF RESPONDING TO
                                              PLAN OBJECTION (.3); REVIEW AND REVISE
                                              CHART RE: IDENTIFICATION OF LEASES THAT
                                              UNDERLIE OBJECTIONS TO PLAN (.5); DRAFT
                                              CORRESPONDENCE TO AND REVIEW
                                              CORRESPONDENCE FROM B. GASTON RE: SAME
                                              (.1); DRAFT CORRESPONDENCE TO AND
                                              REVIEW CORRESPONDENCE FROM B. GASTON
                                              RE: DEUTSCHE BANK AND NEW PLAN LEASES
                                              (.1); TELECONFERENCE WITH B. GASTON RE:
                                              OBJECTIONS TO PLAN (.2); DRAFT 3018
                                              CHART AND PROVISIONAL BALLOT CHART FOR
                                              K. LOGAN DECLARATION (.2); DRAFT NOTICE
                                              OF DESIGNATION OF DIRECTORS (.4).

TURETSKY DM        09/27/06          3.20   PARTIAL CONFERENCE WITH L. APPEL, J.
                                              CASTLE, S. BUSEY, J. POST, C. JACKSON,
                                              J. BAKER, R. GRAY, A. RAVIN, S. HENRY,
                                              F. HUFFARD RE: PLAN CONFIRMATION
                                              OBJECTIONS (3.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BAKER DJ | 09/28/06 | 8.10 | CONTINUE REVIEW OF LANDLORD OBJECTIONS TO CONFIRMATION (1.4); FURTHER REVIEW OF OBJECTION FILED BY UNITED STATES OF AMERICA (.4); CONTINUE ANALYSIS OF OBJECTION FILED BY U. S. TRUSTEE (.6); TELECONFERENCE WITH J. CASTLE RE: PLAN ISSUES (.4); TELECONFERENCE WITH M. BARR RE: PLAN ISSUES (.3); TELECONFERENCE WITH S. REISMAN RE: PLAN ISSUES (.3); CONFERENCE WITH L. APPEL RE: TESTIMONY EXPECTED TO BE GIVEN AT CONFIRMATION HEARING (3.2); CONFERENCE WITH M. BARR, S. BUSEY, R. GRAY AND S. HENRY RE: OBJECTIONS TO CONFIRMATION (1.5). |
| BARUSCH RC | 09/28/06 | 5.80 | REVIEW PLAN SUPPLEMENT DOCUMENTS (4.2); REVIEW LISTING ISSUES (1.6). |
| HENRY S | 09/28/06 | 8.10 | MEET WITH LARRY APPEL, STEVE BUSEY, J. BAKER, JAY CASTLE (ALL IN THE MEETING AT VARIOUS TIMES ) ON STRATEGY FOR CONFIRMATION HEARING AND PREPARATION FOR TESTIMONY FOR LARRY APPEL AND OBJECTIONS TO CONFIRMATION (5.1); DRAFT RESPONSE ON ISSUE OF 12.3 AND 12.4 OF THE PLAN (1.5); DRAFT TABLE FOR CONFIRMATION BRIEF (1.5). |
| FELD SR | 09/28/06 | 0.30 | REVISE RIDER TO CONFIRMATION ORDER (.3). |

GRAY RW          09/28/06      3.80   REVIEW AND COMMENT ON T. WILLIAMS
                                      PROCESS OUTLINE (.2); PARTICIPATE IN
                                      CONFERENCE WITH MILBANK, SMITH HULSEY
                                      AND SKADDEN TEAMS RE: CONFIRMATION
                                      OBJECTIONS (1.5); DISCUSSION WITH SMITH
                                      HULSEY AND SKADDEN TEAMS RE: FURTHER
                                      ISSUES (.3); EXCHANGE EMAILS WITH M.
                                      BARR RE: FILING OF AD HOC PLEADINGS
                                      (.1); EXCHANGE EMAILS WITH M. BARR RE:
                                      CLAIM SETTLEMENT PROTOCOLS (.2);
                                      TELECONFERENCE WITH M. BARR AND M.
                                      COMERFORD RE: CLAIM SETTLEMENT
                                      PROTOCOLS, PLAN SUPPLEMENT FILINGS AND
                                      RESPONSE TO OBJECTIONS (.2); DRAFT
                                      MEMORANDUM TO J. BAKER, S. BUSEY ET AL.
                                      RE: MILBANK QUESTIONS ON RESPONSE
                                      FILING (.1); DRAFT MEMORANDUM TO L.
                                      APPEL ET AL. RE: CLAIM SETTLEMENT
                                      THRESHOLD LANGUAGE (.2); REVIEW AND
                                      RESPOND TO MEMORANDUM FROM R. BARUSCH
                                      RE: RESERVE/LISTING ISSUES (.1); REVIEW
                                      AND RESPOND TO MEMORANDUM FROM R.
                                      BARUSCH RE: REDISTRIBUTION/RESERVE
                                      ISSUES (.1); REVIEW DRAFT PRESS RELEASE
                                      AND DRAFT MEMORANDUM TO M. FREITAG RE:
                                      COMMENTS/CONCERNS ABOUT SCOPE, ETC.
                                      (.3);  EMAIL EXCHANGE WITH M. FREITAG
                                      RE: SAME (.1); TELECONFERENCE WITH M.
                                      FREITAG RE: DIRECTOR ISSUES (.1);
                                      REVIEW AND RESPOND TO MEMORANDUM FROM S.
                                      BURKE RE: TIMING ON INACTIVE SUB
                                      DECISIONS (.1); REVIEW AND RESPOND TO
                                      MEMORANDUM FROM S. STROUD RE: PLAN
                                      SUPPLEMENT CONTENTS (.1);
                                      TELECONFERENCE WITH A. RAVIN RE: PASCO
                                      COUNTY ISSUES (.1).

LEDERER J.*      09/28/06      2.90   EDIT LANDLORD CHART AS PER INFORMATION
                                      PROVIDED BY B. GASTON (.8); REVISE
                                      LANDLORD CHART TO REFLECT LANDLORD
                                      NAMES ON WINN-DIXIE RECORDS (.5); READ
                                      I.R.S. OBJECTION TO PAYMENT OF FEES
                                      WITHOUT APPROVAL (.2); SEARCH FOR CASE
                                      LAW RE: SAME AND BEGIN MEMORANDUM ON
                                      ISSUE (1.4).

| | | | |
|---|---|---|---|
| RAVIN AS | 09/28/06 | 6.00 | REVIEW XROADS CHART AND CORRESPONDENCE FROM B. GASTON RE: STATUS OF LEASES OF LANDLORDS OBJECTING TO PLAN (.2); TELECONFERENCE (VM) WITH A. SALZANO RE: PASCO COUNTY OBJECTION TO PLAN (.1); TELECONFERENCE WITH M. BARR, M. COMERFORD, J. BAKER, S. HENRY, R. GRAY, S. BUSEY, C. JACKSON, J. POST, AND J. CASTLE (PARTIAL) RE: OBJECTIONS TO PLAN (1.5); DRAFT CORRESPONDENCE TO B. TURNER RE: J. TEAL OBJECTION (.1); TELECONFERENCE WITH J. BAKER, S. HENRY, R. GRAY, S. BUSEY, C. JACKSON, J. POST, AND J. CASTLE RE: CONFIRMATION PLANNING (.3); DRAFT CORRESPONDENCE TO M. BARR RE: NEW PLAN AND DEUTSCHE BANK LEASES (.1); CONFERENCE WITH R. GRAY RE: PASCO OBJECTION (.1); REVIEW AND REVISE NOTICE OF DESIGNATION OF DIRECTORS (2.9); REVIEW AND REVISE PLAN OBJECTION STATUS CHART (.7). |
| TURETSKY DM | 09/28/06 | 0.10 | FURTHER ANALYSIS RE: WACHOVIA PLAN RELEASES (.1). |
| WOODFIELD J | 09/28/06 | 1.10 | RESEARCH OWENS CORNING DOCKET FOR BRIEFS IN SUPPORT OF CONFIRMATION (1.1). |
| BAKER DJ | 09/29/06 | 2.00 | BEGIN REVIEW OF MEMORANDUM RE: D&O POLICY TO PROVIDE TAIL COVERAGE (.8); CONTINUE REVIEW OF OBJECTIONS BY LANDLORDS TO CONFIRMATION OF PLAN OF REORGANIZATION (1.2). |
| BARUSCH RC | 09/29/06 | 7.20 | REVIEW P. LYNCH CONTRACT AND PROXY (2.3); REVIEW CHARTER AND BYLAWS (1.6); REVIEW REGISTRATION RIGHTS AGREEMENT (1.2); REVIEW LISTING ISSUES (1.1); REVIEW INSURANCE MEMORANDUM (1.0). |
| HENRY S | 09/29/06 | 8.20 | DRAFT SECTIONS OF BRIEF IN RESPONSE TO OBJECTIONS TO CONFIRMATION (4.7); READ VARIOUS CASES CITED IN OBJECTIONS TO CONFIRMATION IN CONNECTION WITH BRIEF (3.2); TELECONFERENCE WITH T. CALIFANO RELATING TO HIS CLIENTS REQUEST FOR PRIVATE MEETING WITH P. LYNCH (.2); COMMUNICATION TO J. BAKER RE: SAME (.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW          09/29/06          5.40   PREPARE BULLET POINT SUMMARY OF
                                          CONFIRMATION OBJECTIONS FOR USE BY
                                          MANAGEMENT (2.7); EXCHANGE EMAILS WITH
                                          J. BAKER AND A. RAVIN RE: BULLET POINT
                                          SUMMARY AND DRAFT MEMORANDUM TO L. APPEL
                                          ET AL. RE: SAME (.1); REVIEW MEMORANDA
                                          FROM L. APPEL AND J. CASTLE RE: CLAIM
                                          SETTLEMENT APPROVAL TIME FRAME AND
                                          DRAFT PROPOSED LANGUAGE FOR SAME (.3);
                                          REVIEW AND RESPOND TO MEMORANDUM FROM J.
                                          POST RE: LENGTH OF COMMITTEE SERVICE
                                          (.1); PREPARE CLAIM SETTLEMENT
                                          PROTOCOLS FOR FILING IN PLAN SUPPLEMENT
                                          (.3); DRAFT MEMORANDUM TO M. BARR RE:
                                          SAME (.1); REVIEW MEMORANDUM AND
                                          COMMENTS FROM M. BARR ON PROTOCOLS AND
                                          EXCHANGE EMAILS WITH J. CASTLE AND J.
                                          POST RE: SAME (.1); TELECONFERENCE WITH
                                          S. BUSEY RE: REVISED PROTOCOLS (.1);
                                          REVIEW AND COMMENT ON NOTICE OF FILING
                                          FOR AD HOC SUB CON PLEADINGS (.2);
                                          REVIEW AND COMMENT ON BROKER PROCESS
                                          MEMORANDUM (.3); EXCHANGE EMAILS WITH
                                          R. BARUSCH RE: SAME (.1); REVIEW AND
                                          REVISE DESIGNATION OF DIRECTORS FOR
                                          FILING IN PLAN SUPPLEMENT AND DRAFT
                                          MEMORANDUM TO A. RAVIN RE: SAME (0.3);
                                          DRAFT PLAN SUPPLEMENT COVER PLEADING
                                          (.4); DRAFT MEMORANDUM TO M. BARR AND L.
                                          APPEL RE: SAME (.1); REVIEW REVISED
                                          PRESS RELEASE RE: PLAN SUPPLEMENT
                                          FILING (.1); REVIEW MEMORANDA FROM D.
                                          MEYER, R. BARUSCH AND L. APPEL  RE:
                                          LISTING ISSUES (.1).

LEDERER J.*       09/29/06          6.40   RESEARCH RE: PROFESSIONAL FEES PAYMENTS
                                          (.5); DRAFT FEE APPROVAL MEMORANDUM TO
                                          TEAM (.8); RESEARCH 11TH CIRCUIT CASE
                                          LAW ON EQUITABLE MOOTNESS (.6); DRAFT
                                          MEMORANDUM TO TEAM ON DOCTRINE OF
                                          MOOTNESS (1.0); REVISE MEMORANDUM ON
                                          MOOTNESS (.5); RESEARCH THE AMOUNT OF
                                          SECURITY TO BE POSTED IN CASES OF STAYS
                                          PENDING APPEALS (2.0); MEMORANDUM TO
                                          TEAM ON POSTING OF BONDS IN STAYS
                                          PENDING APPEAL CASES (1.0).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAVIN AS          09/29/06      3.00   REVIEW BULLET POINT SUMMARY OF PLAN
                                       OBJECTIONS (.1); REVIEW AND REVISE
                                       DISBURSING AGENT AGREEMENT (2.0);
                                       REVIEW AND REVISE DESIGNATION OF
                                       DIRECTORS NOTICE (.1); DRAFT
                                       CORRESPONDENCE TO L. APPEL AND M. BARR
                                       RE: DRAFT NOTICE OF DESIGNATION OF
                                       DIRECTORS (.1); REVIEW AND REVISE PLAN
                                       SUPPLEMENT COVER PLEADING, DRAFT
                                       MEMORANDUM TO R. GRAY RE: SAME (.1);
                                       REVIEW MEMORANDUM FROM D. TURETSKY RE:
                                       WACHOVIA RELEASES (.1); REVIEW
                                       MEMORANDUM FROM J.R. LEDERER RE: FEE
                                       APPROVAL UNDER 330(A) (.1); REVIEW
                                       MEMORANDUM FROM J. R. LEDERER RE: UNFAIR
                                       DISCRIMINATION (.1); REVIEW MEMORANDUM
                                       FROM J. R. LEDERER RE: MOOTNESS (.1);
                                       DRAFT CORRESPONDENCE TO AND REVIEW
                                       CORRESPONDENCE FROM S. BUSEY RE: NEW
                                       PLAN LEASES (.1); TELECONFERENCE WITH
                                       S. BUSEY RE: SAME (.1).

TURETSKY DM       09/29/06      1.40   FURTHER RESEARCH IN CONNECTION WITH
                                       WACHOVIA RELEASES (.4); MEMORANDUM TO
                                       S. HENRY, J. BAKER, AND R. GRAY RE:
                                       WACHOVIA RELEASES (1.0).

BARUSCH RC        09/30/06      1.20   REVIEW CHARTER AND BYLAWS AND TRANSFER
                                       RESTRICTIONS (1.2).

HENRY S           09/30/06     10.60   DRAFT SECTIONS OF BRIEF IN RESPONSE TO
                                       U.S. TRUSTEE OBJECTIONS (2.3); DRAFT
                                       SECTIONS OF BRIEF IN RESPONSE TO I.R.S.
                                       OBJECTIONS (3.6); REVISE SETTLEMENT
                                       SECTION OF BRIEF (4.7).

LEDERER J.*       09/30/06      0.50   RESEARCH POSTING OF A BOND IN STAYS
                                       PENDING APPEALS CASES (.5).

RAVIN AS          09/30/06      1.50   REVIEW STOCKHOLDER LETTER FROM R. TODD
                                       (.1); DRAFT WELLS FARGO DISBURSING
                                       AGREEMENT (1.4).

TURETSKY DM       09/30/06      1.30   DRAFT MEMORANDUM TO S. HENRY RE: RELEASE
                                       ARGUMENTS OPPOSING U.S. TRUSTEE'S PLAN
                                       OBJECTION (1.3).

**MATTER TOTAL**                **490.70**


     * Law clerks are law school graduates who are not presently admitted
     to practice.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                    Bill Date: 10/02/06
**Retention / Fee Matters (SASM&F)**                 Bill Number: 1124506

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HENRY S | 09/15/06 | 1.80 | REVIEW STATEMENT FOR PRIVILEGE, COMPLIANCE WITH U.S. TRUSTEE GUIDELINES AND STRATEGY ISSUES (1.8). |
| HENRY S | 09/18/06 | 4.80 | REVISIONS TO JUNE BILL TO COMPLY WITH U.S. TRUSTEE GUIDELINES AND CONFIDENTIALITY AND WRITE OFF REVIEW (4.8). |
| LAMAINA KA | 09/19/06 | 0.40 | REVIEW INTERIM 3 APPLICATION (.4). |
| HENRY S | 09/20/06 | 0.80 | REVIEW OF JUNE BILL TO COMPLY WITH U.S. TRUSTEE GUIDELINES (.8). |
| LAMAINA KA | 09/20/06 | 1.80 | REVIEW JUNE STATEMENT (1.8). |
| LAMAINA KA | 09/22/06 | 0.20 | RESPOND TO COMPANY MEMORANDUM ON JUNE 2006 INVOICE (.2). |
| HENRY S | 09/25/06 | 3.40 | REVIEW JULY BILL FOR COMPLIANCE WITH U.S. TRUSTEE GUIDELINES AND WRITE OFFS (3.4). |
| LAMAINA KA | 09/26/06 | 1.50 | REVIEW INTERIM 4 APPLICATION SERVICES (.7); REVIEW TIME OF 4 TIMEKEEPERS IN FOURTH INTERIM PERIOD FOR SERVICES RENDERED (.8). |
| GRAY RW | 09/27/06 | 0.10 | REVIEW VOICEMAIL FROM K. FAGERSTROM AND DRAFT MEMORANDUM TO SAME RE: FEE ESTIMATE AND DRAFT MEMORANDUM TO J. BAKER ET AL RE: SAME (.1). |
| GRAY RW | 09/28/06 | 0.20 | EXCHANGE EMAILS WITH J. BAKER RE: BUDGET FEE ESTIMATE AND DRAFT MEMORANDUM TO K. FAGERSTROM RE: SAME (.2). |

**MATTER TOTAL**                            **15.00**

Winn-Dixie Stores, Inc. (DIP)                          Bill Date: 10/02/06
Retention / Fee Matters / Objections (Others)          Bill Number: 1124506

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| LAMAINA KA | 09/13/06 | 0.20 | REVIEW U.S. TRUSTEE GUIDELINES (.2). |
| HENRY S | 09/15/06 | 0.60 | FACT GATHERING RE: FEE PROVISION IN PLAN (.3); READ APPLICABLE STATUTES TO FORMULATE RESPONSE TO M. FRIEDMAN (.3). |
| GRAY RW | 09/19/06 | 0.10 | REVIEW ORDINARY COURSE PROFESSIONAL QUESTIONNAIRE RECEIVED FROM KILPATRICK STOCKTON AND DRAFT MEMORANDUM TO S. EICHEL RE: PROCESSING (.1). |
| EICHEL S | 09/19/06 | 0.50 | DRAFT 17TH ORDINARY COURSE PROFESSIONAL SUPPLEMENT (.2); DRAFT 17TH ORDINARY COURSE PROFESSIONAL SUBMISSION (.2); REVIEW RETENTION QUESTIONNAIRE OF KILPATRICK STOCKTON LLP (.1). |
| EICHEL S | 09/20/06 | 0.30 | DRAFT EMAIL TO R. GRAY RE: 17TH ORDINARY COURSE PROFESSIONAL SUPPLEMENT AND SUBMISSION (.1); REVIEW EMAIL FROM R. GRAY RE: 17TH ORDINARY COURSE PROFESSIONAL SUPPLEMENT AND SUBMISSION (.1); DRAFT EMAIL TO J. CASTLE RE: 17TH ORDINARY COURSE PROFESSIONAL SUPPLEMENT AND SUBMISSION (.1). |
| GRAY RW | 09/22/06 | 0.10 | EMAIL EXCHANGE AND TELECONFERENCE WITH S. EICHEL RE: ORDINARY COURSE PROFESSIONAL FILING FOR KILPATRICK FIRM (.1). |
| EICHEL S | 09/22/06 | 0.40 | REVIEW EMAIL FROM M. RICHARD RE: 17TH ORDINARY COURSE PROFESSIONAL SUPPLEMENT AND SUBMISSION (.1); DRAFT EMAIL TO R. GRAY RE: J. CASTLE'S INQUIRY RE: RETENTION OF KILPATRICK STOCKTON LAW FIRM (.1); REVIEW R. GRAY'S RESPONSE TO J. CASTLE'S INQUIRY RE: RETENTION OF KILPATRICK STOCKTON LAW FIRM (.1); REVIEW EMAIL FROM K. WARD RE: FILING AND SERVICE OF 17TH ORDINARY COURSE PROFESSIONAL SUPPLEMENT AND SUBMISSION (.1). |
| EICHEL S | 09/30/06 | 0.10 | DRAFT EMAIL TO M. RICHARD RE: STATEMENT OF PAYMENTS MADE TO ORDINARY COURSE PROFESSIONALS (.1). |

**MATTER TOTAL**                          **2.30**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                          Bill Date: 10/02/06
**Tax Matters**                                            Bill Number: 1124506

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BRISTOR KM | 09/07/06 | 1.00 | TELECONFERENCE WITH DELOITTE AND BLACKSTONE RE: SECTION 382(E)(5) ANALYSIS (.5); PREPARED FOR TELECONFERENCE WITH DELOITTE AND BLACKSTONE RE: SECTION 382(L)(5) ANALYSIS (.5). |
| BAR-KOKHVA R | 09/07/06 | 0.50 | TAX TELECONFERENCE WITH DELOITTE AND BLACKSTONE RE: THE SEC. 382(L)(5) ELECTION (.5). |
| BAR-KOKHVA R | 09/11/06 | 3.70 | REVIEW AND COMMENT ON THE CHARTER (3.2). REVIEW DELOITTE'S SEC. 382(L)(5) WRITE UP (.5). |
| BRISTOR KM | 09/12/06 | 0.50 | SECTION 382(E)(5) ANALYSIS (.5). |
| BAR-KOKHVA R | 09/12/06 | 2.90 | REVIEW AND COMMENT ON THE CHARTER (1.7). REVIEW AND COMMENT ON DELOITTE'S SEC. 382(L)(5) WRITE UP (1.2). |
| BRISTOR KM | 09/13/06 | 0.80 | PREPARED FOR TELECONFERENCE RE: TAX PLAN ISSUES (.8). |
| BAR-KOKHVA R | 09/13/06 | 1.20 | TAX TELECONFERENCE WITH MILBANK, HOULIHAN, BLACKSTONE AND DELOITTE RE: THE SEC. 382(L)(5) ELECTION (1.2). |
| BRISTOR KM | 09/15/06 | 1.50 | ANALYSIS OF TRADE RESTRICTION PROVISION (1.5). |
| BAR-KOKHVA R | 09/15/06 | 0.50 | TAX TELECONFERENCE WITH MILBANK, HOULIHAN, A&M, BLACKSTONE AND DELOITTE RE: THE SEC. 382(L)(5) ELECTION (.5). |
| BRISTOR KM | 09/18/06 | 0.20 | REVIEWED SECTION 382(E)(5) ANALYSIS (.2). |
| BRISTOR KM | 09/19/06 | 0.50 | TELECONFERENCE WITH CREDITORS COMMITTEE AND ITS REPRESENTATIVES RE SECTION 382(E)(5) ANALYSIS (.5). |
| BAR-KOKHVA R | 09/19/06 | 1.20 | TAX CALL WITH A&M, MILBANK, HOULIHAN AND DELOITTE RE: SEC. 382(L)(5) (.5). PREPARATION FOR SAME (.2). REVIEW GENTEK'S TRANSFER RESTRICTIONS (.5). |
| BRISTOR KM | 09/25/06 | 0.50 | ANALYSIS OF SECTION 382 ISSUES (.5). |
| BRISTOR KM | 09/26/06 | 0.10 | TELECONFERENCE WITH R. KESTENBAUM OF MILBANK RE: TRANSFER RESTRICTIONS (.1). |

**MATTER TOTAL**                        <u>15.10</u>

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                    **Bill Date: 10/02/06**
**Utilities**                                        **Bill Number: 1124506**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| KALOUDIS D | 08/01/06 | 0.20 | ANALYZE OUTSTANDING BOND ISSUE RE: CITY OF FOLEY BOND (.1); ANALYZE RIVIERA BOND REDUCTION ISSUE (.1). |
| FELD SR | 09/08/06 | 0.20 | EMAIL EXCHANGES WITH B. KICHLER, A. REED RE: GEORGIA POWER STIPULATION AND CLOSED ACCOUNT (.2). |
| FELD SR | 09/11/06 | 0.60 | REVISE GEORGIA POWER STIPULATION (.6). |
| FELD SR | 09/15/06 | 0.20 | EXCHANGE EMAILS WITH C. TURNER RE: GEORGIA POWER ACCOUNT (.2). |
| FELD SR | 09/18/06 | 0.70 | TELECONFERENCE WITH C. TURNER RE: GEORGIA POWER STIPULATION (.2); EMAIL RE: LETTER OF CREDIT AND CLOSED ACCOUNTS RE: GEORGIA POWER (.4); TELECONFERENCE WITH A. REED RE: LETTER OF CREDIT FOR GEORGIA POWER (.1). |
| FELD SR | 09/25/06 | 0.70 | PREPARE EMAIL TO C. TURNER RE: GEORGIA POWER STIPULATION (.4); REVIEW BOND CHART (.3). |
| FELD SR | 09/26/06 | 0.70 | REVIEW DRAFT UTILITY STIPULATION FOR VICKSBURG (.5); REVIEW STATUS OF PENDING STIPULATIONS (.2). |
| KALOUDIS D | 09/26/06 | 5.10 | TELECONFERENCE TO J.DONOHUE RE: TALLAHASSEE (.1); TELECONFERENCE TO J.PETTY RE: FPU (.1); EMAIL TO R.HOLLODAY RE: YAZOO STIPULATION (.1); UPDATE BOND CHART (.4); TELECONFERENCE TO J/PERRYMAN RE: MISSISSIPPI CALLEY (.1); TELECONFERENCE WITH T.BROWN RE: VICKSBURG (.1); DRAFT VICKSBURG STIPULATION (.5); SEND CHART TO S. FELD RE: UTILITIES STATUS (.2); REVISE VICKSBURG STIPULATION (.3); EMAIL SAME TO S.FELD (.1); DRAFT CITY OF BESSEMBER UTILITY STIPULATION (1.0); DRAFT CITY OF WINTER PARK STIPULATION (.8); DRAFT CITY OF UTILITIES DEPT (.8); REVIEW UTILITIES FILES RE: OUTSTANDING ISSUES (.5). |
| FELD SR | 09/27/06 | 0.70 | REVIEW FILE FOR VICKSBURG AND MARK UP STIPULATION (.5); REVIEW REVISED BOND CHART (.2). |

KALOUDIS D          09/29/06        0.70   EMAIL TO J.PETTY RE: FPU (.1); EMAIL
                                           R.HOLLADAY RE: YAZOO (.2); EMAIL B.
                                           GASTON RE: LIST (.1); EMAIL B. CARLSON
                                           RE: WINTER PARK, KEY WEST AND BESSEMBER
                                           (.3).

**MATTER TOTAL**                    <u>**9.80**</u>

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                    Bill Date: 10/02/06
**Fee Examiner**                                     Bill Number: 1124506

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER DJ | 08/23/06 | 0.80 | REVIEW REPLY TO FEE EXAMINER FOR SECOND INTERIM APPLICATION (.8). |
| LAMAINA KA | 09/15/06 | 0.80 | REVIEW INTERIM 3 EXAMINER DOCUMENTS (.8). |
| LAMAINA KA | 09/18/06 | 4.70 | REVIEW INTERIM 3 FINAL REPORT EXHIBITS (1.4); BEGIN DRAFT RESPONSE (2.5); PREPARE C-1 EXHIBIT (.3); CONTINUE DRAFT RESPONSE INTERIM 3 FINAL (.5). |
| LAMAINA KA | 09/19/06 | 3.20 | CONTINUE RESPONSE DRAFT (3.2). |
| LAMAINA KA | 09/20/06 | 3.90 | DRAFT RESPONSE TO FEE EXAMINER (3.9). |
| LAMAINA KA | 09/21/06 | 9.40 | REVIEW EXAMINER RESPONSE INTERIM 3 EXHIBITS (HUNDREDS OF PAGES) (4.2); CONTINUE AND FINALIZE DRAFT INTERIM 3 RESPONSE (4.7); REVIEW INTERIM 4 EXAMINER REPORT (.5). |
| HENRY S | 09/22/06 | 1.40 | REVIEW AND COMMENT ON RESPONSE TO FEE EXAMINER (1.4). |
| LAMAINA KA | 09/22/06 | 4.10 | FINALIZE DRAFT INTERIM 3 PAPERS (NUMEROUS DOCUMENTS) (4.1). |
| LAMAINA KA | 09/25/06 | 4.80 | PREPARE EXHIBIT L-3 RE INTERIM 3 (1.3); DRAFT INTERIM 4 PRELIM. RESPONSE (1.8); REVIEW INTERIM 4 EXHS. D, E AND APPLICATION DISCUSSION ON MATTERS IN EXHIBITS (1.0); REVIEW INTERIM 3 EXH. H-1, H-2 (.7). |
| LAMAINA KA | 09/26/06 | 3.20 | DRAFT INTERIM 4 RESPONSE (1.2); PREPARE EXHIBIT H-2 TO EXAMINER INTERIM 4 RESPONSE (.9); CONTINUE DRAFT RESPONSE (.8); REVIEW 12 HOURS NOTES ON INTERIM 3 FINAL REPORT (.3). |
| LAMAINA KA | 09/28/06 | 3.50 | REVIEW STATUS OF INTERIM 3 RESPONSE (.5); REVIEW INTERIM 4 EXHIBITS (3 DOCUMENTS) (.9); REVIEW INTERIM 3 RESPONSE (1.9); REVIEW STATUS INTERIM 4 (.2). |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

LAMAINA KA        09/29/06        9.80   FINALIZE AND FILE INTERIM 3 BRIEF (7.5);
                                          PREPARE INTERIM 4 RESPONSE EXHIBITS
                                          (2.3).

LAMAINA KA        09/30/06        5.80   CONTINUE DRAFT INTERIM 4 RESPONSE
                                          (5.8).

**MATTER TOTAL**                 <u>55.40</u>

**CLIENT TOTAL**              <u>2,033.30</u>