# EXHIBIT F-2

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**EXPENSE SUMMARY**
**(SEPTEMBER 1, 2006 - SEPTEMBER 30, 2006)**

| Expense Category | Total Expenses |
|---|---:|
| Computer Legal Research | $5,753.34 |
| Long Distance Telephone | $858.17 |
| In-House Reproduction (@ $.10 per page) | $2,622.40 |
| Outside Research | $74.64 |
| Filing/Court Fees | $83.00 |
| Out-Of-Town Travel | $3,128.90 |
| Business Meals | $118.89 |
| Courier & Express Carriers (e.g., Federal Express) | $261.98 |
| Postage | $35.91 |
| Other | $842.00 |
| **TOTAL** | **$13,779.23** |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Winn-Dixie Stores, Inc. (DIP)**　　　　　　　　　　　　　　　**Bill Date: 10/02/06**
**General Corporate Advice**　　　　　　　　　　　　　　　　　　**Bill Number: 1124506**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 09/30/06 | Teleconferencing Services, LLC | 2.41 |
| Vendor Hosted Teleconferencing | 09/30/06 | Teleconferencing Services, LLC | 12.16 |
| Vendor Hosted Teleconferencing | 09/30/06 | Teleconferencing Services, LLC | 14.51 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$29.08** |
| | | **TOTAL MATTER** | **$29.08** |

1

DD01

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Winn-Dixie Stores, Inc. (DIP)**  **Bill Date: 10/02/06**
**Financing (DIP and Emergence)**  **Bill Number: 1124506**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 09/30/06 | Teleconferencing Services, LLC | 19.96 |
| Vendor Hosted Teleconferencing | 09/30/06 | Teleconferencing Services, LLC | 10.87 |
| Vendor Hosted Teleconferencing | 09/30/06 | Teleconferencing Services, LLC | 5.80 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$36.63** |
| | | **TOTAL MATTER** | **$36.63** |

2

DD01

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Winn-Dixie Stores, Inc. (DIP)**  **Bill Date: 10/02/06**
**Insurance**  **Bill Number: 1124506**

| **Disbursement** | **Date** | **Vendor/Employee/Dept.** | **Amount** |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 09/30/06 | Teleconferencing Services, LLC | 4.43 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$4.43** |
| | | **TOTAL MATTER** | **$4.43** |

3

DD01

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Winn-Dixie Stores, Inc. (DIP)**  **Bill Date: 10/02/06**
**Reorganization Plan / Plan Sponsors**  **Bill Number: 1124506**

| **Disbursement** | **Date** | **Vendor/Employee/Dept.** | **Amount** |
|---|---|---|---|
| Outside Research/Internet Services | 09/30/06 | Pacer Service Center | 2.56 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$2.56** |
| | | **TOTAL MATTER** | **$2.56** |

4

DD01

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**          **Bill Date: 10/02/06**
**Disbursements**                           **Bill Number: 1124506**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---:|
| UCC Flat Fee Search | 09/15/06 | Paoli J | 74.00 |
| UCC Flat Fee Search | 09/15/06 | Paoli J | 74.00 |
| UCC Flat Fee Search | 09/15/06 | Paoli J | 74.00 |
| UCC Flat Fee Search | 09/15/06 | Paoli J | 74.00 |
| UCC Flat Fee Search | 09/15/06 | Paoli J | 74.00 |
| UCC Flat Fee Search | 09/15/06 | Paoli J | 54.00 |
| UCC Flat Fee Search | 09/15/06 | Paoli J | 54.00 |
| UCC Flat Fee Search | 09/15/06 | Paoli J | 54.00 |
| UCC Flat Fee Search | 09/15/06 | Paoli J | 54.00 |
| UCC Flat Fee Search | 09/15/06 | Paoli J | 54.00 |
| UCC Flat Fee Search | 09/26/06 | Paoli J | 74.00 |
| UCC Flat Fee Search | 09/26/06 | Paoli J | 74.00 |
| UCC Flat Fee Search | 09/26/06 | Paoli J | 54.00 |
|  |  | **TOTAL UCC FLAT FEE SEARCH** | **$842.00** |
| Air/Rail Travel - vendor feed | 09/26/06 | Henry S | 663.60 |
| Air/Rail Travel - vendor feed | 09/26/06 | Baker DJ | 759.30 |
| Air/Rail Travel - vendor feed | 09/28/06 | Baker DJ | 359.30 |
|  |  | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,782.20** |
| In-house Reproduction | 09/01/06 | Copy Center, D | 9.00 |
| In-house Reproduction | 09/01/06 | Copy Center, D | 34.30 |
| In-house Reproduction | 09/01/06 | Copy Center, D | 0.90 |
| In-house Reproduction | 09/05/06 | Copy Center, D | 0.20 |
| In-house Reproduction | 09/08/06 | Copy Center, D | 5.10 |
| In-house Reproduction | 09/08/06 | Copy Center, D | 1,210.30 |
| In-house Reproduction | 09/08/06 | Copy Center, D | 202.80 |
| In-house Reproduction | 09/12/06 | Copy Center, D | 22.00 |
| In-house Reproduction | 09/12/06 | Copy Center, D | 3.30 |

DD01

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 09/12/06 | Copy Center, D | 1.00 |
| In-house Reproduction | 09/15/06 | Copy Center, D | 6.00 |
| In-house Reproduction | 09/15/06 | Copy Center, D | 1.10 |
| In-house Reproduction | 09/15/06 | Copy Center, D | 0.50 |
| In-house Reproduction | 09/19/06 | Copy Center, D | 0.40 |
| In-house Reproduction | 09/19/06 | Copy Center, D | 8.00 |
| In-house Reproduction | 09/19/06 | Copy Center, D | 0.20 |
| In-house Reproduction | 09/22/06 | Copy Center, D | 60.20 |
| In-house Reproduction | 09/22/06 | Copy Center, D | 20.70 |
| In-house Reproduction | 09/22/06 | Copy Center, D | 3.20 |
| In-house Reproduction | 09/22/06 | Copy Center, D | 328.80 |
| In-house Reproduction | 09/22/06 | Copy Center, D | 50.20 |
| In-house Reproduction | 09/22/06 | Copy Center, D | 257.60 |
| In-house Reproduction | 09/25/06 | Copy Center, D | 179.00 |
| In-house Reproduction | 09/26/06 | Copy Center, D | 46.00 |
| In-house Reproduction | 09/26/06 | Copy Center, D | 12.80 |
| In-house Reproduction | 09/26/06 | Copy Center, D | 11.70 |
| In-house Reproduction | 09/29/06 | Copy Center, D | 5.70 |
| In-house Reproduction | 09/29/06 | Copy Center, D | 77.10 |
| In-house Reproduction | 09/29/06 | Copy Center, D | 64.20 |
| In-house Reproduction | 09/29/06 | Copy Center, D | 0.10 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$2,622.40** |
| Telephone Expense | 09/29/06 | Telecommunications, D | 1.66 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 4.95 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.17 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.04 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.09 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 5.49 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 16.74 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.52 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 5.65 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 17.51 |

**Skadden, Arps, Slate, Meagher & Flom LLP and affiliates**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.57 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.18 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.48 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.02 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.27 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.69 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.03 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 1.01 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 2.97 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.11 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 16.24 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 51.22 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 1.49 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 10.41 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 31.77 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 1.01 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 1.24 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 3.54 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.12 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 1.84 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 5.41 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.18 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.02 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.02 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.05 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.21 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 10.16 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 30.88 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.98 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.18 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.48 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.02 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.53 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 09/29/06 | Telecommunications, D | 1.47 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.04 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.02 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.02 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 1.49 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 4.43 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.16 |
| | | **TOTAL TELEPHONE EXPENSE** | **$234.78** |
| Postage | 09/01/06 | Office Admin, D | 0.39 |
| Postage | 09/05/06 | Office Admin, D | 0.39 |
| Postage | 09/06/06 | Office Admin, D | 0.63 |
| Postage | 09/07/06 | Office Admin, D | 0.87 |
| Postage | 09/08/06 | Office Admin, D | 0.87 |
| Postage | 09/12/06 | Office Admin, D | 0.39 |
| Postage | 09/18/06 | Office Admin, D | 0.39 |
| Postage | 09/18/06 | Office Admin, D | 0.39 |
| Postage | 09/18/06 | Office Admin, D | 0.39 |
| Postage | 09/19/06 | Office Admin, D | 0.39 |
| Postage | 09/19/06 | Office Admin, D | 4.05 |
| Postage | 09/21/06 | Office Admin, D | 1.95 |
| Postage | 09/22/06 | Office Admin, D | 0.39 |
| Postage | 09/22/06 | Office Admin, D | 0.39 |
| Postage | 09/22/06 | Office Admin, D | 0.87 |
| Postage | 09/22/06 | Office Admin, D | 4.05 |
| Postage | 09/25/06 | Office Admin, D | 1.17 |
| Postage | 09/25/06 | Office Admin, D | 0.87 |
| Postage | 09/26/06 | Office Admin, D | 0.78 |
| Postage | 09/29/06 | Office Admin, D | 1.89 |
| Postage | 09/29/06 | Office Admin, D | 14.40 |
| | | **TOTAL POSTAGE** | **$35.91** |
| Lexis/Nexis | 09/13/06 | Saldana A | 247.19 |
| Lexis/Nexis | 09/13/06 | Barusch RC | 123.26 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 09/14/06 | Falls, Jr. R | 232.52 |
| Lexis/Nexis | 09/18/06 | Falls, Jr. R | 187.89 |
| Lexis/Nexis | 09/19/06 | Barusch RC | 378.40 |
| Lexis/Nexis | 09/19/06 | Falls, Jr. R | 113.26 |
| Lexis/Nexis | 09/20/06 | Stroud SJ | 107.20 |
| Lexis/Nexis | 09/21/06 | Stroud SJ | 134.04 |
| Lexis/Nexis | 09/28/06 | Woodfield J | 21.88 |
| | | **TOTAL LEXIS/NEXIS** | **$1,545.64** |
| Westlaw | 09/01/06 | Ravin AS | 95.70 |
| Westlaw | 09/05/06 | Eichel S | 281.83 |
| Westlaw | 09/06/06 | Leamy JM | 36.41 |
| Westlaw | 09/07/06 | Leamy JM | 61.82 |
| Westlaw | 09/18/06 | Turetsky DM | 197.68 |
| Westlaw | 09/19/06 | Turetsky DM | 61.51 |
| Westlaw | 09/20/06 | Feld SR | 1,025.76 |
| Westlaw | 09/20/06 | Ravin AS | 6.65 |
| Westlaw | 09/21/06 | Stanco JG | 49.62 |
| Westlaw | 09/21/06 | Woodfield J | 177.47 |
| Westlaw | 09/21/06 | Feld SR | 467.19 |
| Westlaw | 09/25/06 | Feld SR | 126.24 |
| Westlaw | 09/25/06 | Leamy JM | 200.90 |
| Westlaw | 09/27/06 | Woodfield J | 480.20 |
| Westlaw | 09/27/06 | Curran C | 98.15 |
| Westlaw | 09/27/06 | Lederer J. | 27.12 |
| Westlaw | 09/27/06 | Leamy JM | 16.40 |
| Westlaw | 09/27/06 | Ravin AS | 14.93 |
| Westlaw | 09/28/06 | Woodfield J | 8.64 |
| Westlaw | 09/28/06 | Lederer J. | 220.72 |
| Westlaw | 09/29/06 | Lederer J. | 332.28 |
| Westlaw | 09/29/06 | Woodfield J | 13.65 |
| Westlaw | 09/29/06 | Ravin AS | 89.78 |
| | | **TOTAL WESTLAW** | **$4,090.65** |

DD01

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 08/31/06 | Teleconferencing Services, LLC | 10.34 |
| Vendor Hosted Teleconferencing | 08/31/06 | Teleconferencing Services, LLC | 6.05 |
| Vendor Hosted Teleconferencing | 08/31/06 | Teleconferencing Services, LLC | 13.99 |
| Vendor Hosted Teleconferencing | 08/31/06 | Teleconferencing Services, LLC | 8.20 |
| Vendor Hosted Teleconferencing | 08/31/06 | Teleconferencing Services, LLC | 8.52 |
| Vendor Hosted Teleconferencing | 08/31/06 | Teleconferencing Services, LLC | 31.38 |
| Vendor Hosted Teleconferencing | 08/31/06 | Teleconferencing Services, LLC | 67.06 |
| Vendor Hosted Teleconferencing | 08/31/06 | Teleconferencing Services, LLC | 13.67 |
| Vendor Hosted Teleconferencing | 08/31/06 | Teleconferencing Services, LLC | 23.23 |
| Vendor Hosted Teleconferencing | 08/31/06 | Teleconferencing Services, LLC | 7.61 |
| Vendor Hosted Teleconferencing | 08/31/06 | Teleconferencing Services, LLC | 11.97 |
| Vendor Hosted Teleconferencing | 08/31/06 | Teleconferencing Services, LLC | 8.84 |
| Vendor Hosted Teleconferencing | 08/31/06 | Teleconferencing Services, LLC | 0.72 |
| Vendor Hosted Teleconferencing | 08/31/06 | Teleconferencing Services, LLC | 4.95 |
| Vendor Hosted Teleconferencing | 08/31/06 | Teleconferencing Services, LLC | 12.49 |
| Vendor Hosted Teleconferencing | 08/31/06 | Teleconferencing Services, LLC | 7.29 |
| Vendor Hosted Teleconferencing | 09/30/06 | Teleconferencing Services, LLC | 6.51 |
| Vendor Hosted Teleconferencing | 09/30/06 | Teleconferencing Services, LLC | 5.08 |
| Vendor Hosted Teleconferencing | 09/30/06 | Teleconferencing Services, LLC | 13.35 |
| Vendor Hosted Teleconferencing | 09/30/06 | Teleconferencing Services, LLC | 5.41 |
| Vendor Hosted Teleconferencing | 09/30/06 | Teleconferencing Services, LLC | 95.07 |

DD01

**Skadden, Arps, Slate, Meagher & Flom llp and affiliates**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 09/30/06 | Teleconferencing Services, LLC | 22.59 |
| Vendor Hosted Teleconferencing | 09/30/06 | Teleconferencing Services, LLC | 24.53 |
| Vendor Hosted Teleconferencing | 09/30/06 | Teleconferencing Services, LLC | 10.93 |
| Vendor Hosted Teleconferencing | 09/30/06 | Teleconferencing Services, LLC | 9.95 |
| Vendor Hosted Teleconferencing | 09/30/06 | Teleconferencing Services, LLC | 14.83 |
| Vendor Hosted Teleconferencing | 09/30/06 | Teleconferencing Services, LLC | 2.42 |
| Vendor Hosted Teleconferencing | 09/30/06 | Teleconferencing Services, LLC | 0.26 |
| Vendor Hosted Teleconferencing | 09/30/06 | Teleconferencing Services, LLC | 48.65 |
| Vendor Hosted Teleconferencing | 09/30/06 | Teleconferencing Services, LLC | 9.63 |
| Vendor Hosted Teleconferencing | 09/30/06 | Teleconferencing Services, LLC | 47.73 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$553.25** |
| Out-of-Town Travel | 09/26/06 | Henry S | 30.00 |
| Out-of-Town Travel | 09/26/06 | Henry S | 105.43 |
| Out-of-Town Travel | 09/26/06 | Henry S | 562.74 |
| Out-of-Town Travel | 09/26/06 | Baker DJ | 509.94 |
| Out-of-Town Travel | 09/27/06 | Baker DJ | 138.59 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,346.70** |
| Filing/Court Fees | 09/29/06 | CT Corporation System-NY | 83.00 |
| | | **TOTAL FILING/COURT FEES** | **$83.00** |
| Messengers/ Courier | 07/31/06 | Apple Courier, Inc | 58.59 |
| Messengers/ Courier | 09/11/06 | Dist Serv/Mail/Page, D | 6.47 |
| Messengers/ Courier | 09/14/06 | Dist Serv/Mail/Page, D | 8.72 |
| Messengers/ Courier | 09/20/06 | Dist Serv/Mail/Page, D | 10.64 |
| Messengers/ Courier | 09/20/06 | Dist Serv/Mail/Page, D | 10.64 |

DD01

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 09/20/06 | Dist Serv/Mail/Page, D | 10.64 |
| Messengers/ Courier | 09/20/06 | Dist Serv/Mail/Page, D | 10.64 |
| Messengers/ Courier | 09/20/06 | Dist Serv/Mail/Page, D | 15.85 |
| Messengers/ Courier | 09/20/06 | Dist Serv/Mail/Page, D | 15.85 |
| Messengers/ Courier | 09/25/06 | Dist Serv/Mail/Page, D | 10.82 |
| Messengers/ Courier | 09/26/06 | Dist Serv/Mail/Page, D | 18.81 |
| Messengers/ Courier | 09/27/06 | Dist Serv/Mail/Page, D | 18.81 |
| Messengers/ Courier | 09/27/06 | Dist Serv/Mail/Page, D | 38.23 |
| Messengers/ Courier | 09/29/06 | Dist Serv/Mail/Page, D | 10.49 |
| Messengers/ Courier | 09/29/06 | Dist Serv/Mail/Page, D | 10.49 |
| Messengers/ Courier | 09/29/06 | Dist Serv/Mail/Page, D | 6.29 |
| | | **TOTAL MESSENGERS/ COURIER** | **$261.98** |
| Out-of-Town Meals | 09/26/06 | Baker DJ | 15.30 |
| Out-of-Town Meals | 09/26/06 | Henry S | 51.73 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$67.03** |
| Outside Research/Internet Services | 08/31/06 | Global Securities | 61.48 |
| Outside Research/Internet Services | 09/01/06 | CCH Inc. | 10.60 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$72.08** |
| Contracted Catering-NY | 09/05/06 | Baker DJ | 14.57 |
| Contracted Catering-NY | 09/13/06 | Feld SR | 8.15 |
| Contracted Catering-NY | 09/14/06 | Baker DJ | 14.57 |
| Contracted Catering-NY | 09/19/06 | Baker DJ | 14.57 |
| | | **TOTAL CONTRACTED CATERING-NY** | **$51.86** |
| CLR/Disclosure | 09/30/06 | Global Securities | 17.34 |
| CLR/Disclosure | 09/30/06 | Global Securities | 30.35 |
| CLR/Disclosure | 09/30/06 | Global Securities | 34.68 |
| CLR/Disclosure | 09/30/06 | Global Securities | 34.68 |

DD01

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | **TOTAL CLR/DISCLOSURE** | **$117.05** |
| | | **TOTAL MATTER** | **$13,706.53** |
| | | **TOTAL CLIENT** | **$13,779.23** |