[3904] [Notice Cancelling Preliminary Hearing and Scheduling of Final Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                        Case No. 3:05−bk−03817−JAF
                                                                                        Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____/

### NOTICE CANCELLING PRELIMINARY HEARING AND SCHEDULING OF FINAL HEARING

The final hearing on the motion for relief from stay filed by Ada Serra will be held on March 12, 2007 , at 1:30 p.m. , in 4th Floor Courtroom D , 300 North Hogan Street, Jacksonville, Florida. The preliminary hearing set for November 27, 2006 , at 1:30 p.m. , is cancelled.

   1. All exhibits must be pre−marked and listed in accordance with Local Rule 9070−1.

   2. The hearing may be continued upon announcement made in open court without further notice.

   3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

   4. ***Appropriate Attire.*** You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

   5. ***Avoid delays at Courthouse security checkpoints.*** You are reminded that Local Rule 5073−1 restrict the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

 Dated November 21, 2006 .

                                 By the Court

                                 Lee Ann Bennett Clerk of Court
                                 300 North Hogan Street Suite 3−350
                                 Jacksonville, FL 32202

Copies furnished to:
Debtor
Debtor's Attorney
Trustee
Rule 1007(d) unsecured creditors
Ada Serra

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3           User: pcathy1              Page 1 of 1                Date Rcvd: Nov 21, 2006
Case: 05-03817                 Form ID: 3904A             Total Served: 2

The following entities were served by first class mail on Nov 23, 2006.
aty          +Henry Hernandez,   Emmanuel Perez & Associates PA,    901 Ponce De Leon Boulevard,   Suite 303,
               Coral Gables, FL 33134-3073
cr           +Ada Serra,    C/O Emmanuel Perez & Associates,    901 Ponce De Leon Blvd.,   suite 303,
               Coral Gables, FL 33134-3073
The following entities were served by electronic transmission.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 23, 2006**                          **Signature:** *Joseph Speetjens*