**[31805]** [Letter]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
300 NORTH HOGAN STREET SUITE 3−350
JACKSONVILLE, FLORIDA 32202
(904)301−6490

November 24, 2006

GAIL BAKER
DEPUTY−IN−CHARGE

Richard Thames
50 N. Laura St., Suite 1600
Jacksonville, FL 32202

In re: Winn−Dixie Stores                                      Case No. 3:05−bk−03817−JAF
                                                              Chapter 11

   The document filed by you is deficient for the reason noted and must be cured within seven (7) days or the lesser time specifically noted in the deficiency. Failure will result in case being referred for a judicial determination.

   Document: Appeal Cover Sheet

     Appeal Cover Sheet is Mandatory in an Appeal

     TOTAL AMOUNT DUE − $ − PERSONAL CHECKS WILL NOT BE ACCEPTED FROM DEBTORS − ONLY MONEY ORDERS OR CASHIER'S CHECKS MADE PAYABLE TO CLERK, U. S. BANKRUPTCY COURT. DO NOT SEND CASH THROUGH MAIL.

                          Lee Ann Bennett, Clerk of Court
                          300 North Hogan Street Suite 3−350
                          Jacksonville, FL 32202

   Copies furnished to:
   Trustee
   United States Trustee
   Richard Thames