**[31805]** [Letter]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
300 NORTH HOGAN STREET SUITE 3–350
JACKSONVILLE, FLORIDA 32202
(904)301–6490

November 24, 2006

GAIL BAKER
DEPUTY–IN–CHARGE

Richard Thames
50 N. Laura St., Suite 1600
Jacksonville, FL 32202

In re: Winn–Dixie Stores                                   Case No. 3:05–bk–03817–JAF
                                                           Chapter 11

The document filed by you is deficient for the reason noted and must be cured within seven (7) days or the lesser time specifically noted in the deficiency. Failure will result in case being referred for a judicial determination.

Document: Appeal Cover Sheet

Appeal Cover Sheet is Mandatory in an Appeal

TOTAL AMOUNT DUE – $ – PERSONAL CHECKS WILL NOT BE ACCEPTED FROM DEBTORS – ONLY MONEY ORDERS OR CASHIER'S CHECKS MADE PAYABLE TO CLERK, U. S. BANKRUPTCY COURT. DO NOT SEND CASH THROUGH MAIL.

Lee Ann Bennett, Clerk of Court
300 North Hogan Street Suite 3–350
Jacksonville, FL 32202

Copies furnished to:
Trustee
United States Trustee
Richard Thames

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3         User: pcathy           Page 1 of 1              Date Rcvd: Nov 24, 2006
Case: 05-03817               Form ID: 31805         Total Served: 1
```

The following entities were served by first class mail on Nov 26, 2006.
  aty        Richard R Thames,    Stutsman Thames & Markey, P.A.,    50 N Laura St Ste 1600,
            Jacksonville, FL   32202-3614

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 26, 2006**                          **Signature:**   _Joseph Speetjens_