UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**AGREED ORDER REGARDING REQUESTS FOR PAYMENT OF
ADMINISTRATIVE EXPENSE BY INFORMATION BUILDERS, INC.**

THIS CAUSE is before the Court upon Information Builders, Inc.'s ("IBI") requests for payment of an administrative expense filed respectively at Docket Nos. 11648 and 11951 (the "Requests"). Based upon the representation by the Debtors' and IBI's counsel that the Agreed Order reflects a resolution between the parties of the issues raised in the Requests, it is

ORDERED AND ADJUDGED:

1. The Requests are resolved as set forth below.

2. IBI shall have an Allowed Administrative Claim (as such term is defined in the Debtors' Joint Plan of Reorganization (Docket No. 10058)) in the amount of $138,567.00.

Dated this 22 day of November, 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

y

## Consent

The undersigned parties consent to entry of the foregoing order.

| WINN-DIXIE STORES, INC., ET AL. | INFORMATION BUILDERS, INC. |
|---|---|
| By _s/ David M. Turetsky_<br>David M. Turetsky, Esq. | By _s/ Laura D. Metzger_ *<br>Laura D. Metzger, Esq. |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>dturetsk@skadden.com | Mayer, Brown, Rowe & Maw LLP<br>1675 Broadway<br>New York, New York 10019<br>(212) 506-2500<br>(212) 262 1910 (facsimile)<br>ldmetzger@mayerbrownrowe.com |
| Co-Counsel to Winn-Dixie Stores, Inc. and its subsidiaries and affiliates | Counsel to Information Builders, Inc. |

* Counsel has authorized the use of her electronic signature.

1170097-New York Server 7A - MSW