UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**AGREED ORDER REGARDING
BIRMINGHAM REALTY COMPANY'S MOTION
FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE**

THIS CAUSE is before the Court upon Birmingham Realty Company's ("BRC") motion for allowance of administrative expenses, ("Motion") (Docket No. 9363). Based upon the representation by the Debtors' and BRC's counsel that the Agreed Order reflects a resolution between the parties of the issues raised in the Motion, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted to the extent stated in this Agreed Order.

2. BRC shall have an Allowed Administrative Claim (as such term is defined in the Debtors' Joint Plan of Reorganization (Docket No. 10058)) in the amount of $50,000.

Dated this 22 day of November, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:
Cynthia C. Jackson
Nina M. LaFleur

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | LAFLEUR LAW FIRM |
|---|---|
| By /s/ Cynthia C. Jackson<br>Cynthia C. Jackson | By /s/ Nina M. LaFleur<br>Nina M. LaFleur |
| Florida Bar Number 498882<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) | Florida Bar Number 107451<br>Post Office Box 861128<br>St. Augustine, Florida 32086<br>(904) 797-7995<br>(904) 797-7996 (facsimile) |
| Attorneys for Debtors | Attorneys for Birmingham Realty Company |

00545190