UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**AGREED ORDER GRANTING XEROX CAPITAL SERVICES, L.L.C.'S
(A) REQUEST FOR PAYMENT OF AN ADMINISTRATIVE EXPENSE AND (B)
MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES**

THIS CAUSE is before the Court upon Xerox Capital Services, L.L.C.'s Request for Payment of an Administrative Expense (Docket No. 2696) and Motion for Allowance and Payment of Administrative Expenses (Docket No. 3676) (the "Applications"). Based upon the representation by counsel to Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and counsel to Xerox Capital Services, L.L.C. that the proposed agreed Order reflects a resolution between the parties of the issues raised in the Applications, it is

ORDERED AND ADJUDGED:

1. The Applications are GRANTED, as set forth below.

2.     Xerox Capital Services, L.L.C. shall have an allowed administrative expense claim in the amount of $45,290.71, to be paid in accordance with the Debtors' plan of reorganization.

3.     This Order is without prejudice to Xerox Capital Services, L.L.C.'s right to assert administrative claims for amounts not included in the Applications or the Debtors' right to object to such claims. Moreover, the relief set forth in this Agreed Order does not affect any unsecured claims, cure claims, and/or rejection claims that Xerox Capital Services, L.L.C. has asserted or may assert, or the Debtors' rights to object to any such claims.

Dated this 22 day of November, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:
G. James Landon, Esq.
Cynthia Jackson, Esq.

**Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

HUGHES & LUCE, L.L.P.

By   */s/ G. James Landon*
    G. James Landon
111 Congress Avenue, Suite 900
Austin, Texas 78701
(512) 482-6842
(512) 482-6859 (facsimile)
landonj@hughesluce.com

- and-

FOLEY & LARDNER

By Lori V. Vaughn
Florida Bar Number 0154921
100 North Tampa Street, Suite 2700
Tampa, Florida 33602
(813) 229-2300
(813) 221-4210 (facsimile)
lvaughn@foley.com

Counsel to Xerox Capital Services, LLC

SMITH HULSEY & BUSEY

By   */s/ Cynthia C. Jackson*
    Stephen D. Busey
    James H. Post
    Cynthia C. Jackson,
    Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

- and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By  D. J. Baker
    Rosalie Walker Gray
    Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Attorneys for Debtors