**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| **IN THE MATTER OF** | **NUMBER** |
| **WINN-DIXIE STORES, INC. ET AL** | 05-03817-3F1 |
| **DEBTOR** | **CHAPTER 11 Jointly Administered** |

**NOTICE OF DISINTERETS AND REQUEST TO BE REMOVED FROM NOTICE LIST**

Comes now Marketown Investors, Inc, by and through undersigned counsel, shows to the Court that all prior known claims of Marketown Investors, Inc. have been resolved. Accordingly, the undersigned hereby enters its Notice of Disinterest and Request to no longer receive notice and requests to be removed from the Master Service List and the Court's CM/ECF notification system concerning this case. The undersigned and Marketown reserve all rights with respect to any future claims which may arise.

Respectfully submitted,

/s/Donald E. Theriot

Donald E. Theriot, LSB 2722
Regina S. Wedig, LSB 16466
1944 First Street
Slidell, La. 70458
(504) 610-5328 or (504) 810-9400
fax: (985) 643-1886
detheriot@cableone.net
rswedig@bellsouth.net
Counsel for Marketown Investors, Inc.