UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

In re:                                                                                                Chapter 11

Winn-Dixie Supermarkets, Inc.,                                               Case No. 05-03817-3Fl

       Debtor.

**PRAECIPE TO TERMINATE REQUEST FOR NOTICES**

**TO THE CLERK AND ALL INTERESTED PARTIES:**

      Please terminate the Request for Notices of Foley & Mansfield, P.L.L.P., Thomas J. Lallier, Esq. to receive notices on behalf of Thrivent Financial.

Dated: November 27, 2006.         FOLEY & MANSFIELD, P.L.L.P.

                                      By /s/ Thomas J. Lallier
                                          Thomas J. Lallier
                                    250 Marquette Avenue, Suite 1200
                                    Minneapolis, MN 55401
                                    (612) 338-8788
                                    tlallier@foleymansfield.com

                                    ATTORNEYS FOR THRIVENT FINANCIAL

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on November 27, 2006, I electronically filed the **PRAECIPE TO TERMINATE REQUEST FOR NOTICES** with the clerk of this court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Jacquelyn J. LaVaque*
Jacquelyn J. LaVaque
Foley & Mansfield, P.L.L.P.
250 Marquette Avenue, Suite 1200
Minneapolis, MN 55401