UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

---

| | |
|---|---|
| In re: | Chapter 11 |
| Winn-Dixie Supermarkets, Inc., | Case No. 05-03817-3Fl |
| Debtor. | |

---

WITHDRAWAL OF
MOTION FOR RELIEF FROM STAY

---

TO:   Debtor and Attorney for Debtor; U.S. Trustee; and other parties in interest.

Thrivent Financial, by its undersigned attorney, hereby withdraws its Motion for Relief from Stay in the above-captioned case.

Dated: November 27, 2006            FOLEY & MANSFIELD, P.L.L.P.


By /s/ Thomas J. Lallier
Thomas J. Lallier (#163041)
Attorneys for Thrivent Financial
250 Marquette Avenue, Suite 1200
Minneapolis, MN 55401
(612) 338-8788

-1-