## Affidavit of Service

STATE OF MINNESOTA  )
                    ) ss.
COUNTY OF HENNEPIN  )

      Jacquelyn J. LaVaque, of the City of Little Canada, County of Ramsey, State of Minnesota, being duly sworn on oath, deposes and states that on November 27, 2006, she served via U.S. mail a copy of Withdrawal of Motion for Relief from Stay upon:

| | |
|---|---|
| Leanne McKnight Prendergast<br>Smith, Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202 | Elena L Escamilla<br>Kenneth C. Meeker<br>United States Trustee<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801 |
| Dennis F. Dunne<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | John B. MacDonald<br>Patrick P. Patangan<br>Akerman Senterfitt<br>50 North Laura Street, Suite 2500<br>Jacksonville, FL 32202 |

by enclosing the same in an envelope with first-class mail, postage prepaid, and depositing same in the post office at Minneapolis, Minnesota.

_____
Jacquelyn J. LaVaque

Subscribed and sworn to before me
on November 27, 2006.

_____
Notary Public



JEAN E BYSTOL
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2007