UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | CASE NO. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.* | ) | (Jointly Administered) |
| | ) | Judge Jerry A. Funk |
| Debtors. | ) | |
| _____ | ) | |

**FLORIDA TAX COLLECTORS' MOTION UNDER FED. R. BANKR.
P. 9006(b) FOR EXTENSION OF TIME TO FILE DESIGNATION OF
RECORD AND STATEMENT OF ISSUES ON APPEAL**

The Florida Tax Collectors[1] ("FTC"), by and through their undersigned counsel, hereby move this Court pursuant to Rule 9006(b), Federal Rules of Bankruptcy Procedure, for an extension of time to file the designation of record and statement of issues required by Rule 8006, based on the following:

1.   This Court heard oral argument on October 5, 2006 on FTC' motion to allow filing of proof of claim without prejudice, Debtors' objection to the FTC' master claim and motion to determine taxes pursuant to Section 505 of the Bankruptcy Code, and FTC' motion dismiss and motion to abstain from consideration of the Debtors' objection to the FTC' master claim and motion to determine taxes.  The October 5, 2006 hearing date was set by the Debtors because many of the issues argued on that date would overlap with issues involved in the FTC' objection to confirmation.  Thus, allowing sufficient time to argue the significant constitutional and jurisdictional issues relating to FTC on October 5th and thereby saving time by not having to

---

[1] The "Florida Tax Collectors" consist of the tax collectors for each of the following counties within the State of Florida: Alachua, Baker, Bay, Bradford, Brevard, Broward, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Escambia, Flagler, Gadsden, Hardee, Hendry, Hernando, Highlands, Hillsborough, Indian River, Jackson, Jefferson, Lake, Lee, Leon, Levy, Madison, Manatee, Marion, Martin, Miami-Dade, Monroe, Nassau, Okaloosa, Okeechobee, Orange, Osceola, Palm Beach, Pasco, Pinellas, Polk, Putnam, Santa Rosa, Sarasota, Seminole, St. Johns, St. Lucie, Sumter, Suwannee, Taylor, Volusia, Wakulla, Walton and Washington.

repeat the same arguments in support of the FTC objection to confirmation the next week at the confirmation hearing.

2. The confirmation hearing was held in this matter on October 13, 2006 at which time FTC' counsel presented oral argument incorporating the arguments made on October 5, 2006 and presented evidence in the form of a business record affidavit which included information from the public records of the FTC relative to their objection to confirmation of the Plan. Said objection and argument are not easily sever able from the substance of the arguments made and relief requested by FTC regarding the claim objection and motions.

3. At both the October 5, 2006 and October 13, 2006 hearings, this Court took the matters argued under advisement. To date, this Court has issued only its Order confirming the Plan of Reorganization and supporting findings and conclusions. This Court has yet to rule on the FTC' motions and Debtors' objection to claims, despite a mention of same in the findings and conclusions in support of confirmation.

4. The issues to be presented by FTC in the appeal of the confirmation order are intrinsically intertwined with the issues presented by the parties in the motions and objections argued October 5, 2006. To attempt to designate a record and provide a statement of the issues on appeal prior to this Court's entry of its rulings on the outstanding issues relative to the FTC' master claim would be premature and would not be in the best interest of judicial economy and justice.

WHEREFORE, premises considered, FTC request this Court enter an Order granting an extension of time to file the designation of the record and statement of issues on appeal until

ten days after such time as this Court issues its ruling on the pending motions relating to the FTC' master claim and for such other relief this Court deems appropriate.

Dated: November 27, 2006

Respectfully submitted,

Brian T. Hanlon, Esq.
Office of the Tax Collector
P.O. Box 3715
West Palm Beach, Florida 33402-3715
Telephone: (561) 355-2142
Facsimile: (561) 355-1110
tc_legal_services@co.palm-beach.fl.us
Florida Bar No. 962562

By:__/s/ Brian T. Hanlon_____
    Co-Counsel for Florida
    Tax Collectors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Florida Tax Collectors' Motion Under Fed. R. Bankr. P. 9006(b) for Extension of Time to File Designation of Record and Statement of Issues on Appeal* has been provided by *Notice of Electronic Filing* this 27th day of November, 2006 to **Skadden, Arps, Slate, Meagher & Flom, LLP**, Attn: D. J. Baker, Sally McDonald Henry and Rosalie Walker Gray, Attorneys for Debtors; **Smith Hulsey & Busey**, Attn: Stephen D. Busey, James H. Post and Cynthia C. Jackson, Attorneys for Debtors; **United States Trustee**, Attn: Elena L. Escamilla, and to all other parties receiving electronic notice.

 /s/ Brian T. Hanlon_____
Brian T. Hanlon, Esq.

N:\Legal Services\WIP\W\Winn-Dixie Stores\Pleadings\Appeal to District Court of Confirmation Order\Motion to Extend Time to Designate Record and File Statement of Issues.doc