UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**AFFIDAVIT**

IN RE: WINN-DIXIE STORES, INC
CASE NO. 05-03817-3F1
Chapter 11

**GENERAL**

STATE OF FLORIDA
County of _____

THIS SPACE IS FOR COURT USE ONLY

Hearing 12-14-2006

BEING FIRST DULY SWORN, deposes and says:

Response By 12-04-2006

On Behalf Of Warehouse Holding (546) I Vincent E. Rhynes

Testify Under Oath That I Filed A "PROOF OF INTEREST" On 07-27-2006

An That I Have All The Rights And Duties With Respect To Warehouse Holdings.

Warehouse Holdings (546) Is In The Business Of Providing "Storage" And

"Transport" Handling Personal Property At A Cost & Fees.

1# Warehouse Holdings (546) Opposes The Debtor(s) (Winn-Dixie Stores,INC)

Twenty-Seventh Omnibus Objection To Disallowing Warehouse Holdings(546)

Filed "Proof Of Interest." Under Section 546(i)(1) Of The Bankruptcy Code It

States 'A Warehouseman's Lien May Not B Avoided.....'

2# Warehouse Holdings(546) Should "RETAIN PROPERTY Of VALUE..."

As Found In Section 1129 (a) 7&8 Of The Bankruptcy Code. Thus
Warehouse Holdings(546) Filed "PROOF OF INTEREST" Should Be Allowed.

- PRAYER REQUESTED -
That Warehouse Holdings(546) Filed "PROOF OF INTEREST" Be Allowed.(Ordered)
That Winn-Dixie Stores INC (Debtor) Proposed Order Disallowing Warehouse-
Holdings(546) Filed Proof Of Interest Be Denied With Prejudices.

- BASIS FOR PRAYER -
Section 501(a) & 502(a) Of The Bankruptcy Code.
Section 546(i)(1) Of The Bankruptcy Code.
Section 105(a) Of The Bankruptcy Code.
Section 1142(a)&(b) Of The Bankruptcy Code.

| | | |
|---|---|---|
| **NAME AND ADDRESS OF ATTORNEY:**<br>Warehouse Holdings(546)<br>1522 W. Manchester AVE.<br>Los Angeles CALIF. | **TELEPHONE NO.:**<br>(323)971-6063 | **FOR COURT USE ONLY** |
| **ATTORNEY FOR:**<br>United States Bankruptcy Court<br>Middle District Of Florida<br>Jacksonville Division | | |
| **PLAINTIFF(S)/PETITIONER(S):** Warehouse Holdings(546) | | |
| **DEFENDANT(S)/RESPONDENT(S):** Winn-Dixie Stores,INC | | |
| **PROOF OF SERVICE BY MAIL** | | **CASE NUMBER:**<br>05-03817-3f1 |

Hearing:  Date  12-14-2006
         Time  1:00 p.m
         Dept. (jAF)

I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the mailing occurred. My residence or business address is: 1528 W. Manchester AVE. Los Angeles CALIF,90047

I served a copy of the following documents (list documents): General Affidavit.

by placing a true copy of each document in the United States mail, in a sealed envelope with postage fully prepaid, as follows:

 a. Date of deposit:    11-25-2006

 b. Place of deposit (city and state): Los Angeles CALIF.

 c. Addressed as follows:  Skadden,Arps,Slate,Meagher & Flom LLP.
                          Four Times Square
                          New York, New York 10036
                   **** ATTN: D.J. Baker Esq.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on (date) 11-25-2006, at (place) Los Angeles, California.

Tracy Rhynes

*Type or Print Name*

*Signature:* Tracy Rhynes

ACIS Code
33208(02)

PROOF OF SERVICE BY MAIL