IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


In re:                                                          **CHAPTER 11**


WINN-DIXIE STORES, INC., ASTOR PRODUCTS,
INC., CRACKIN' GOOD, INC., DEEP SOUTH
DISTRIBUTORS, INC., DEEP SOUTH PRODUCTS,           **CASE NOS. 05-03817-JAF**
INC., DIXIE DARLING BAKERS, INC.,                                **through**
DIXIE-HOME STORES, INC., DIXIE                           **CASE NOS. 05-03840- JAF**
PACKERS, INC., DIXIE SPIRITS, INC., DIXIE              *Jointly Administered*
STORES, INC., ECONOMY WHOLESALE                   *Under Case No.*
DISTRIBUTORS, INC., FOODWAY STORES, INC.,      *05-03817- JAF*
KWIK CHEK SUPERMARKETS, INC.,
SUNBELT PRODUCTS, INC., SUNDOWN
SALES, INC., SUPERIOR FOOD COMPANY, TABLE
SUPPLY FOOD STORES CO, INC., WD BRAND
PRESTIGE STEAKS, INC., WINN-DIXIE HANDYMAN,
INC., WINN-DIXIE LOGISTICS, INC., WINN-DIXIE
MONTGOMERY, INC., WINN-DIXIE PROCUREMENT,
INC., WINN-DIXIE RALEIGH, INC. d/b/a SAVE RITE
GROCERY WAREHOUSE, INC. a/k/a WINN-DIXIE
CHARLOTTE, INC., AND WINN-DIXIE
SUPERMARKETS, INC.

        Debtors.
_____/


NOTICE OF FILING TRANSCRIPT OF CONFIRMATION
HEARING HELD ON OCTOBER 13, 2006
(Without Exhibits)


Liquidity Solutions, Inc. of One University Plaza, Suite 312, Hackensack, New Jersey

07601, by and through its undersigned attorneys, hereby files the transcript of the Confirmation

Hearing held on October 13, 2006.  The transcript is attached hereto as Exhibit "A".  The

exhibits introduced at the Confirmation Hearing and referred to in the transcript have been separately designated as part of the Record on Appeal.

DATED:  November 27, 2006

_____/s/ Harley E. Riedel_____
Harley E. Riedel
Florida Bar No. 183628
hriedel@srbp.com
Elena P. Ketchum
Florida Bar No. 0129267
eketchum@srbp.com
STICHTER, RIEDEL, BLAIN
  & PROSSER, P.A.
110 Madison Street - Suite 200
Tampa, Florida 33602
(813) 229-0144
(813) 229-1811 FAX

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing NOTICE OF FILING TRANSCRIPT OF CONFIRMATION HEARING HELD ON OCTOBER 13, 2006, with Exhibit "A," has been furnished by the Court's CM/ECF system or U.S. MAIL on the 27th day of **November, 2006** to:

Adam Ravin
D.J. Baker
Sally M. Henry
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Four Times Square
New York, New York 10036

Stephen D. Busey
Cynthia C. Jackson
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida 32202

In addition, all who are listed in CM/ECF for these Chapter 11 cases will be notified of the filing of this Notice of Appeal through the Court's CM/ECF system.

_____/s/ Harley E. Riedel_____

Harley E. Riedel
Florida Bar No. 183628

H:\User\JR\Liquidity Solutions - Winn Dixie\Appeal\Notice of Filing Transcript.DOC

# EXHIBIT "A"