UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 05-03817-f1 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al*, | ) | Chapter 11 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**DANIEL KAMIN'S RESPONSE TO DEBTORS'**
**TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS**

Daniel G. Kamin (the "Landlord") hereby responds to the Debtors' Twenty-Sixth Omnibus Objection to Claims (the "Omnibus Objection") with respect to Proof of Claim Nos. 9634 and 9635 (the "Claims"), and in support thereof states and alleges as follows:

1. Landlord and Winn-Dixie Raleigh, Inc., d/b/a Save Rite Grocery Warehouse, Inc., tenant by assignment ("Tenant"), are parties to that certain lease, dated June 27, 1984 (as amended, the "Lease") for real property located in Laurel, Mississippi, which property has been designated as Store No. 1311.

2. Tenant's obligations under the Lease are guaranteed by Winn-Dixie Stores, Inc. ("Guarantor") pursuant to that certain Guaranty, dated January 10, 2001. Tenant and Guarantor are hereinafter collectively referred to as "Debtors."

3. The Lease term runs through February 28, 2010.

4. Landlord timely filed the Claims.

5. In the Omnibus Objection, the Debtors assert that they assumed the Lease and that the cure amount was established as zero pursuant to the Order Correcting Order Dated October 4, 2006 (I) Authorizing Assumption of Non-Residential Real Property Leases, (II) Fixing Cure

CH1 11142914.1

Amounts and (III) Granting Related Relief to Attached Amended Exhibits A and D (the "Order").

6. However, the Order does not reference either the Landlord or Store No. 1311, and therefore did not resolve the cure amount for Store No. 1311.

7. In fact, the Omnibus Objection incorrectly refers to the Landlord's store as Store No. 2628.

WHEREFORE, Landlord respectfully requests that the Court (1) overrule the Omnibus Objection as it relates to Claim Nos. 9634 and 9635, and (2) grant Landlord such other and further relief that the Court may deem just and appropriate.

                Respectfully submitted,
                DANIEL G. KAMIN


                By: /s/ Sara E. Lorber
                    One of Its Attorneys

Sara E. Lorber
SEYFARTH SHAW LLP
55 East Monroe Street, Suite 4200
Chicago, Illinois  60603
Tel:  (312) 346-8000
Fax: (312) 269-8869
slorber@seyfarth.com

and
Adam N. Frisch
HELD & ISRAEL
1301 Riverplace Blvd., Ste. 1916
Jacksonville, FL  32207-9024
Tel:  (904) 398-7038
Fax: (904) 398-4283
afrisch@hilawfirm.com

## **CERTIFICATE OF SERVICE**

    I, Sara E. Lorber, an attorney, do hereby certify that on November 27, 2006, I electronically filed a true and correct copy of the foregoing DANIEL G. KAMIN'S RESPONSE TO DEBTORS' TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS, and caused the same to be served (1) via electronic mail to those parties entitled to service through the ECF registration, and (2) via facsimile transmission on counsel for the Debtors at the following address:

        D.J. Baker Esq.
        Skadden, Arps, slate, Meagher & Flom LLP
        Four Times Square
        New York, NY 10036
        (212) 735-2000 (facsimile)

        Jane M. Leamy
        Skadden, Arps, Slate, Meagher & Flom LLP
        One Rodney Square
        P.O. Box 636
        Wilmington, Delaware 19899
        (302) 651-3001 (facsimile)

                          /s/ Sara E. Lorber