IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                        **CHAPTER 11**

WINN-DIXIE STORES, INC., ASTOR PRODUCTS,
INC., CRACKIN' GOOD, INC., DEEP SOUTH
DISTRIBUTORS, INC., DEEP SOUTH PRODUCTS,          **CASE NOS. 05-03817-3F1**
INC., DIXIE DARLING BAKERS, INC.,                                  **through**
DIXIE-HOME STORES, INC., DIXIE                                **CASE NOS. 05-03840-3F1**
PACKERS, INC., DIXIE SPIRITS, INC., DIXIE                   *Jointly Administered*
STORES, INC., ECONOMY WHOLESALE                        *Under Case No.*
DISTRIBUTORS, INC., FOODWAY STORES, INC.,          *05-03817-3F1*
KWIK CHEK SUPERMARKETS, INC.,
SUNBELT PRODUCTS, INC., SUNDOWN
SALES, INC., SUPERIOR FOOD COMPANY, TABLE
SUPPLY FOOD STORES CO, INC., WD BRAND
PRESTIGE STEAKS, INC., WINN-DIXIE HANDYMAN,
INC., WINN-DIXIE LOGISTICS, INC., WINN-DIXIE
MONTGOMERY, INC., WINN-DIXIE PROCUREMENT,
INC., WINN-DIXIE RALEIGH, INC. d/b/a SAVE RITE
GROCERY WAREHOUSE, INC. a/k/a WINN-DIXIE
CHARLOTTE, INC., AND WINN-DIXIE
SUPERMARKETS, INC.

     Debtors.
_____/

## STATEMENT OF ISSUES ON APPEAL

Liquidity Solutions, Inc. of One University Plaza, Suite 312, Hackensack, New Jersey 07601 ("Appellant"), pursuant to Fed. R. Bankr. P. 8006, hereby submits its Statement of Issues, and states as follows:

1.     Whether the Bankruptcy Court erred in entering the Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors.

2. Whether the Bankruptcy Court erred in overruling the Objection to Confirmation of Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors Dated August 9, 2006 (Docket No. 11314) filed by the Appellant and the objections of similarly situated creditors and appellants.

3. Whether the Bankruptcy Court erred in entering the Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors determining that the Debtors met their burden of establishing all elements of 11 U.S.C. §1129(a).

4. Whether the Bankruptcy Court erred in entering the Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors as the Debtors' plan provides less favorable treatment to the Appellant's class 13 guaranty claims than it provides to the other claims in class 13 in violation of 11 U.S.C. §§ 1123(a)(4) and 1129(a)(1).

5. Whether the Bankruptcy Court erred in entering the Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors as the Debtors' plan provides for an improper "deemed consolidation" that inequitably extinguishes the class 13 guaranty claims held by the Appellant.

6. Whether the Bankruptcy Court erred in finding that the members of the Committee of Unsecured Creditors represented the interests of the Appellant in the settlement negotiations that led to the extinguishment of the class 13 guaranty claims held

by the Appellant.

    DATED:  November 27, 2006

                        /s/ Harley E. Riedel
                        Harley E. Riedel
                        Florida Bar No. 183628
                        hriedel@srbp.com
                        Elena P. Ketchum
                        Florida Bar No. 0129267
                        eketchum@srbp.com
                        STICHTER, RIEDEL, BLAIN & PROSSER, P.A.
                        110 Madison Street - Suite 200
                        Tampa, Florida 33602
                        (813) 229-0144
                        (813) 229-1811 FAX

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing **STATEMENT OF THE ISSUES ON APPEAL** has been furnished by the Court's CM/ECF system and U.S. MAIL on the **27th** day of **November, 2006** to:

    Adam Ravin
    D.J. Baker
    Sally M. Henry
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
    Four Times Square
    New York, New York 10036

    Stephen D. Busey
    Cynthia C. Jackson
    SMITH HULSEY & BUSEY
    225 Water Street, Suite 1800
    Jacksonville, Florida 32202

In addition, all who are listed in CM/ECF for these Chapter 11 cases will be notified of the filing of this Notice of Appeal through the Court's CM/ECF system.

          /s/ Harley E. Riedel
         Harley E. Riedel
         Florida Bar No. 183628
         hriedel@srbp.com
         Elena P. Ketchum
         Florida Bar No. 0129267
         eketchum@srbp.com

H:\User\JR\Liquidity Solutions - Winn Dixie\Appeal\statement issues designation record appeal - FINAL.doc