IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                          **CHAPTER 11**

WINN-DIXIE STORES, INC., ASTOR PRODUCTS,
INC., CRACKIN' GOOD, INC., DEEP SOUTH
DISTRIBUTORS, INC., DEEP SOUTH PRODUCTS,          **CASE NOS. 05-03817-JAF**
INC., DIXIE DARLING BAKERS, INC.,                        **through**
DIXIE-HOME STORES, INC., DIXIE                   **CASE NOS. 05-03840- JAF**
PACKERS, INC., DIXIE SPIRITS, INC., DIXIE        *Jointly Administered*
STORES, INC., ECONOMY WHOLESALE                  *Under Case No.*
DISTRIBUTORS, INC., FOODWAY STORES, INC.,        *05-03817- JAF*
KWIK CHEK SUPERMARKETS, INC.,
SUNBELT PRODUCTS, INC., SUNDOWN
SALES, INC., SUPERIOR FOOD COMPANY, TABLE
SUPPLY FOOD STORES CO, INC., WD BRAND
PRESTIGE STEAKS, INC., WINN-DIXIE HANDYMAN,
INC., WINN-DIXIE LOGISTICS, INC., WINN-DIXIE
MONTGOMERY, INC., WINN-DIXIE PROCUREMENT,
INC., WINN-DIXIE RALEIGH, INC. d/b/a SAVE RITE
GROCERY WAREHOUSE, INC. a/k/a WINN-DIXIE
CHARLOTTE, INC., AND WINN-DIXIE
SUPERMARKETS, INC.

       Debtors.
_____/


<u>LIQUIDITY SOLUTIONS, INC.'S DESIGNATION OF RECORD ON APPEAL</u>

       Liquidity Solutions, Inc. of One University Plaza, Suite 312, Hackensack, New

Jersey 07601 ("Appellant"), pursuant to Fed. R. Bankr. P. 8006, hereby submits its

Designation of Record on Appeal identifying the following papers to be included in the

record on appeal:

| Debtor: Dixie Stores, Inc.<br>Case No.: 05-03818-JAF | Docket Number | Pleading |
|---|---|---|
| | | Court Docket |
| | #1 | Voluntary Petition |
| | #2 | Motion for Joint Administration |
| | #3 | Order Granting Motion for Joint Administration |
| | #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |
| | #5 | Statement of Financial Affairs |
| | #6 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| | #7 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |

| Debtor: Table Supply Food Stores Co., Inc.<br>Case No.: 05-03819-JAF | Docket Number | Pleading |
|---|---|---|
| | | Court Docket |
| | #1 | Voluntary Petition |
| | #2 | Motion for Joint Administration |
| | #3 | Order Granting Motion for Joint Administration |
| | #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |

| Debtor: Table Supply Food Stores Co., Inc. Case No.: 05-03819-JAF | Docket Number | Pleading |
|---|---|---|
| | #5 | Statement of Financial Affairs |
| | #6 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| | #7 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |

| Debtor: Astor Products, Inc. Case No.: 05-03820-JAF | Docket Number | Pleading |
|---|---|---|
| | | Court Docket |
| | #1 | Voluntary Petition |
| | #2 | Motion for Joint Administration |
| | #3 | Order Granting Motion for Joint Administration |
| | #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |
| | #5 | Statement of Financial Affairs |
| | #6 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |

| Debtor: Astor Products, Inc.<br>Case No.: 05-03820-JAF | Docket Number | Pleading |
|---|---|---|
| | #7 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |
| | #10 | First Amendment to Schedules of Assets and Liabilities and Schedule of Executory Contract an Unexpired Leases |

| Debtor: Crackin' Good, Inc.<br>Case No.: 05-03821-JAF | Docket Number | Pleading |
|---|---|---|
| | | Court Docket |
| | #1 | Voluntary Petition |
| | #2 | Motion for Joint Administration |
| | #3 | Order Granting Motion for Joint Administration |
| | #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |
| | #5 | Statement of Financial Affairs |
| | #6 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| | #7 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |

| Debtor: Deep South Distributors, Inc. Case No.: 05-03822-JAF | Docket Number | Pleading |
|---|---|---|
| | | Court Docket |
| | #1 | Voluntary Petition |
| | #2 | Motion for Joint Administration |
| | #3 | Order Granting Motion for Joint Administration |
| | #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |
| | #5 | Statement of Financial Affairs |
| | #6 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| | #7 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |

| Debtor: Deep South Products, Inc. Case No.: 05-03823-JAF | Docket Number | Pleading |
|---|---|---|
| | | Court Docket |
| | #1 | Voluntary Petition |
| | #2 | Motion for Joint Administration |
| | #3 | Order Granting Motion for Joint Administration |

| Debtor: Deep South Products, Inc. Case No.: 05-03823-JAF | Docket Number | Pleading |
|---|---|---|
| | #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |
| | #7 | Statement of Financial Affairs |
| | #8 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| | #9 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |

| Debtor: Dixie Darling Bakers, Inc. Case No.: 05-03824-JAF | Docket Number | Pleading |
|---|---|---|
| | | Court Docket |
| | #1 | Voluntary Petition |
| | #2 | Motion for Joint Administration |
| | #3 | Order Granting Motion for Joint Administration |
| | #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |
| | #5 | Statement of Financial Affairs |

| Debtor: Dixie Darling Bakers, Inc. Case No.: 05-03824-JAF | Docket Number | Pleading |
|---|---|---|
| | #6 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| | #7 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |

| Debtor: Dixie-Home Stores, Inc. Case No.: 05-03825-JAF | Docket Number | Pleading |
|---|---|---|
| | | Court Docket |
| | #1 | Voluntary Petition |
| | #2 | Motion for Joint Administration |
| | #3 | Order Granting Motion for Joint Administration |
| | #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |
| | #5 | Statement of Financial Affairs |
| | #6 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |

| **Debtor: Dixie-Home Stores, Inc.**<br>**Case No.: 05-03825-JAF** | Docket Number | Pleading |
|---|---|---|
| | #7 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |

| **Debtor: Dixie Packers, Inc.**<br>**Case No.: 05-03826-JAF** | Docket Number | Pleading |
|---|---|---|
| | | Court Docket |
| | #1 | Voluntary Petition |
| | #2 | Motion for Joint Administration |
| | #3 | Order Granting Motion for Joint Administration |
| | #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |
| | #5 | Statement of Financial Affairs |
| | #6 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| | #7 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |

| Debtor: Dixie Spirits, Inc. Case No.: 05-03827-JAF | Docket Number | Pleading |
|---|---|---|
| | | Court Docket |
| | #1 | Voluntary Petition |
| | #2 | Motion for Joint Administration |
| | #3 | Order Granting Motion for Joint Administration |
| | #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |
| | #5 | Statement of Financial Affairs |
| | #6 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| | #7 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |

| Debtor: Economy Wholesale Distributors, Inc. Case No.: 05-03828-JAF | Docket Number | Pleading |
|---|---|---|
| | | Court Docket |
| | #1 | Voluntary Petition |
| | #2 | Motion for Joint Administration |
| | #3 | Order Granting Motion for Joint Administration |
| | #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |

| Debtor: Economy Wholesale Distributors, Inc. Case No.: 05-03828-JAF | Docket Number | Pleading |
|---|---|---|
| | #5 | Statement of Financial Affairs |
| | #6 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| | #7 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |

| Debtor: Foodway Stores, Inc. Case No.: 05-03829-JAF | Docket Number | Pleading |
|---|---|---|
| | | Court Docket |
| | #1 | Voluntary Petition |
| | #2 | Motion for Joint Administration |
| | #3 | Order Granting Motion for Joint Administration |
| | #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |
| | #5 | Statement of Financial Affairs |
| | #6 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |

| Debtor: Foodway Stores, Inc.<br>Case No.: 05-03829-JAF | Docket Number | Pleading |
|---|---|---|
| | #7 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |

| Debtor: Kwik Chek Supermarkets, Inc.<br>Case No.: 05-03830-JAF | Docket Number | Pleading |
|---|---|---|
| | | Court Docket |
| | #1 | Voluntary Petition |
| | #2 | Motion for Joint Administration |
| | #3 | Order Granting Motion for Joint Administration |
| | #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |
| | #5 | Statement of Financial Affairs |
| | #6 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| | #7 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |

| Debtor: Sunbelt Products, Inc.<br>Case No.: 05-03831-JAF | Docket Number | Pleading |
|---|---|---|
| | | Court Docket |
| | #1 | Voluntary Petition |
| | #2 | Motion for Joint Administration |
| | #3 | Order Granting Motion for Joint Administration |
| | #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |
| | #5 | Statement of Financial Affairs |
| | #6 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| | #7 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |

| Debtor: Sundown Sales, Inc.<br>Case No.: 05-03832-JAF | Docket Number | Pleading |
|---|---|---|
| | | Court Docket |
| | #1 | Voluntary Petition |
| | #2 | Motion for Joint Administration |
| | #3 | Order Granting Motion for Joint Administration |
| | #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |

| Debtor: Sundown Sales, Inc.<br>Case No.: 05-03832-JAF | Docket Number | Pleading |
|---|---|---|
| | #5 | Statement of Financial Affairs |
| | #6 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| | #7 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |

| Debtor: Superior Food Company<br>Case No.: 05-03833-JAF | Docket Number | Pleading |
|---|---|---|
| | | Court Docket |
| | #1 | Voluntary Petition |
| | #2 | Motion for Joint Administration |
| | #3 | Order Granting Motion for Joint Administration |
| | #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |
| | #5 | Statement of Financial Affairs |
| | #6 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |

13

| Debtor: Superior Food Company Case No.: 05-03833-JAF | Docket Number | Pleading |
|---|---|---|
| | #7 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |

| Debtor: WD Brand Prestige Steaks, Inc. Case No.: 05-03834-JAF | Docket Number | Pleading |
|---|---|---|
| | | Court Docket |
| | #1 | Voluntary Petition |
| | #2 | Motion for Joint Administration |
| | #3 | Order Granting Motion for Joint Administration |
| | #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |
| | #5 | Statement of Financial Affairs |
| | #6 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| | #7 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |

| Debtor: Winn-Dixie Handyman, Inc. Case No.: 05-03835-JAF | Docket Number | Pleading |
|---|---|---|
| | | Court Docket |
| | #1 | Voluntary Petition |
| | #2 | Motion for Joint Administration |
| | #3 | Order Granting Motion for Joint Administration |
| | #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |
| | #5 | Statement of Financial Affairs |
| | #6 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| | #7 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |

| Debtor: Winn-Dixie Logistics, Inc. Case No.: 05-03836-JAF | Docket Number | Pleading |
|---|---|---|
| | | Court Docket |
| | #1 | Voluntary Petition |
| | #2 | Motion for Joint Administration |
| | #3 | Order Granting Motion for Joint Administration |

| Debtor: Winn-Dixie Logistics, Inc. Case No.: 05-03836-JAF | Docket Number | Pleading |
|---|---|---|
| | #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |
| | #5 | Statement of Financial Affairs |
| | #6 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| | #7 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |
| | #10 | First Amendment to Schedules of Assets and Liabilities and Schedule of Executory Contract an Unexpired Leases |

| Debtor: Winn-Dixie Montgomery, Inc. Case No.: 05-03837-JAF | Docket Number | Pleading |
|---|---|---|
| | | Court Docket |
| | #1 | Voluntary Petition |
| | #2 | Motion for Joint Administration |
| | #3 | Order Granting Motion for Joint Administration |
| | #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |

| Debtor: Winn-Dixie Montgomery, Inc. Case No.: 05-03837-JAF | Docket Number | Pleading |
|---|---|---|
| | #5 | Statement of Financial Affairs |
| | #6 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| | #7 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |
| | #10 | First Amendment to Schedules of Assets and Liabilities and Schedule of Executory Contract an Unexpired Leases |

| Debtor: Winn-Dixie Procurement, Inc. Case No.: 05-03838-JAF | Docket Number | Pleading |
|---|---|---|
| | | Court Docket |
| | #1 | Voluntary Petition |
| | #2 | Motion for Joint Administration |
| | #3 | Order Granting Motion for Joint Administration |
| | #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |
| | #5 | Statement of Financial Affairs |

| Debtor: Winn-Dixie Procurement, Inc. Case No.: 05-03838-JAF | Docket Number | Pleading |
|---|---|---|
| | #6 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| | #7 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |

| Debtor: Winn-Dixie Raleigh, Inc. Case No.: 05-03839-JAF | Docket Number | Pleading |
|---|---|---|
| | | Court Docket |
| | #1 | Voluntary Petition |
| | #2 | Motion for Joint Administration |
| | #3 | Order Granting Motion for Joint Administration |
| | #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |
| | #5 | Statement of Financial Affairs |
| | #6 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |

| Debtor: Winn-Dixie Raleigh, Inc. Case No.: 05-03839-JAF | Docket Number | Pleading |
|---|---|---|
| | #7 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |
| | #11 | First Amendment to Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |

| Debtor: Winn-Dixie Supermarkets, Inc. Case No.: 05-03840-JAF | Docket Number | Pleading |
|---|---|---|
| | | Court Docket |
| | #1 | Voluntary Petition |
| | #2 | Motion for Joint Administration |
| | #3 | Order Granting Motion for Joint Administration |
| | #5 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |
| | #8 | Statement of Financial Affairs |
| | #9 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |

| **Debtor: Winn-Dixie Supermarkets, Inc. Case No.: 05-03840-JAF** | Docket Number | Pleading |
|---|---|---|
| | #10 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |

| **Debtor: Winn-Dixie Stores, Inc. Case No.: 05-03817-JAF** | Docket Number | Pleading |
|---|---|---|
| | | Court Docket |
| | #1 | Voluntary Petition |
| | #2 | Motion for Joint Administration |
| | #36 | Order Granting Motion for Joint Administration |
| | #198 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |
| | #669 | Statement of Financial Affairs |
| | #671 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases [Schedules A through B] |
| | #672 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases [Schedules D through F] |

| Debtor: Winn-Dixie Stores, Inc.<br>Case No.: 05-03817-JAF | Docket Number | Pleading |
|---|---|---|
| | #673 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases [Schedules G through H] |
| | #674 | Notice of Filing of Separate Statement and Schedules in Case of Each Winn-Dixie Subsidiary or Affiliate |
| | #731 | Order Granting Motion for Transfer Venue of The Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |
| | #739 | Amended Order signed on 4/14/2005 Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |
| | #880 | Motion for Order Under Fed. R. Bankr. P. 3003(c)(3) (I) Establishing Deadline for Filing Proofs of Claim, (II) Approving Proof of Claim Form, (III) Approving Proof of Claim Filing Deadline Notices, (IV) Approving Mailing and Publication Procedures and (V) Providing Certain Supplemental Relief |

| Debtor: Winn-Dixie Stores, Inc. Case No.: 05-03817-JAF | Docket Number | Pleading |
|---|---|---|
| | #909 | Certificate of Service Re: Debtors' Motion for Order Under Fed. R. Bankr. P. 3003(c)(3) (I) Establishing Deadline for Filing Proofs of Claim, (II) Approving Proof of Claim Form, (III) Approving Proof of Claim Filing Deadline Notices, (IV) Approving Mailing and Publication Procedures and (V) Providing Certain Supplemental Relief |
| | #932 | Order Granting Motion to (A) Establish Deadline for Filing Proofs of Claim, (B) Approving Proof of Claim Form, (C) Approving Proof of Claim Filing Deadline Notices, (D) Approving Mailing Procedures, (E) Conditionally Approving Publication Procedures and (F) Conditionally Providing Certain Supplemental Relief - Claims Bar Date set for 08/01/05 |
| | #936 | Notice of Transfer and Assignment of Claims from Scottland Mall Inc, in the amount of $378,000.00, to Liquidity Solutions, Inc. |

| Debtor: Winn-Dixie Stores, Inc.<br>Case No.: 05-03817-JAF | Docket Number | Pleading |
|---|---|---|
| | #937 | Certificate of Service Re: Order Granting Motion to (A) Establish Deadline for Filing Proofs of Claim, (B) Approving Proof of Claim Form, (C) Approving Proof of Claim Filing Deadline Notices, (D) Approving Mailing Procedures, (E) Conditionally Approving Publication Procedures and (F) Conditionally Providing Certain Supplemental Relief |
| | #3024 | Notice of Transfer and Assignment of Claims from LN Piedmont Village LLC, in the amount of $ 348,877.04, to Liquidity Solutions, Inc. |
| | #5099 | Notice of Transfer and Assignment of Claims from Shoals Marketplace, LLC, in the amount of $1,042,137.41, to Liquidity Solutions Inc. |
| | #5487 | Amended Notice of Transfer and Assignment of Claim from LN Piedmont Village LLC, in the amount of $348,877.04, to Liquidity Solutions, Inc. |
| | #5492 | Amended Notice of Transfer and Assignment of Claims from Scottland Mall Inc, in the amount of $452,731.00, to Liquidity Solutions, Inc. |

| Debtor: Winn-Dixie Stores, Inc.<br>Case No.: 05-03817-JAF | Docket Number | Pleading |
|---|---|---|
| | #6015 | Notice of Transfer and Assignment of Claims from McDonough Marketplace Partners, in the amount of $574,711.01, to Liquidity Solutions, Inc. |
| | #8425 | Omnibus Objection to (A) No Liability Claims, (B) Overstated Claims, (C) Unliquidated Claims and (D) Amended and Superseded Claims (Thirteenth) |
| | #8426 | Notice of Hearing re Thirteenth Omnibus Objection to (A) No Liability Claims, (B) Overstated Claims, (C) Unliquidated Claims and (D) Amended and Superseded Claims. Hearing scheduled for 7/13/2006 at 01:00 PM at Jacksonville, FL - 300 North Hogan St. 4th Floor Courtroom 4D. |
| | #8490 | Notice of Transfer and Assignment of Claims from Indian Trail Square LLC, in the amount of $482,638.80, to Liquidity Solutions, Inc. |
| | #8854 | Disclosure Statement With Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors |
| | #8856 | Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors |

| **Debtor: Winn-Dixie Stores, Inc.**<br>**Case No.: 05-03817-JAF** | Docket Number | Pleading |
|---|---|---|
| | #8859 | Notice of Hearing and Deadline to Object to Disclosure Statement |
| | #8971 | Notice of Transfer and Assignment of Claims from Albion Pacific Property Resources, LLC in the amount of $1,444,403.47, to Liquidity Solutions, Inc. |
| | #9179 | Hearing Proceeding Memo: Hearing Held, Ruling: Thirteenth Omnibus Objection to (A) No Liability Claims, (B) Overstate Claims (C) Unliquidated claims and (D) Amended and Superseded Claims filed by debtors - Sustained and Continued on Objections that are still pending; Order Signed. |
| | #9190 | Order (A) Disallowing no liability claims (B) Reducing Overstate claims (C) Fixing unliquidated claims and (D) Disallowing Amended and superseded claims as set forth in the Debtors' Thirteenth Omnibus Claims Objection |

| Debtor: Winn-Dixie Stores, Inc. Case No.: 05-03817-JAF | Docket Number | Pleading |
|---|---|---|
| | #9228 | Motion of Debtors for Order (I) Determining Dates, Procedures and Forms Applicable to Solicitation Process, (II) Establishing Vote Tabulation Procedures, (III) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of Plan, and (IV) Waiving Local Rules |
| | #9468 | Objection to the Debtors' Disclosure Statement |
| | #9469 | Limited Objection to Debtors' Motion for Order Regarding Solicitation and Voting |
| | #9787 | Disclosure Statement [Second Proposed] |
| | #9788 | Joint Plan of Reorganization [Second Proposed] |
| | #9789 | Notice of Filing Revisions to Proposed Disclosure Statement with Respect to the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors |

| Debtor: Winn-Dixie Stores, Inc.<br>Case No.: 05-03817-JAF | Docket Number | Pleading |
|---|---|---|
| | #9817 | Notice of Filing Revisions to Proposed Order (I) Determining Dates, Procedures and Forms Applicable to Solicitation Process, (II) Establishing Vote Tabulation Procedures, (III) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of Plan, and (IV) Waiving Local Rules |
| | #9917 | Order Approving Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors |
| | #9920 | Order (I) Determining Dates, Procedures and Forms applicable to solicitation process, (II) Establishing Vote Tabulation procedures (III) Establishing Objection Deadline and scheduling hearing to consider confirmation of plan and (IV) Waiving Local Rules |
| | #10057 | Final Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors |
| | #10058 | Final Plan of Reorganization (Joint) of Winn-Dixie Stores, Inc. and Affiliated Debtors |

| Debtor: Winn-Dixie Stores, Inc.<br>Case No.: 05-03817-JAF | Docket Number | Pleading |
|---|---|---|
| | #10075 | Transcript from Disclosure Hearing and Motion for Order Determining Dates, Procedures and Forms Applicable to Solicitation held on 8/4/06 @ 9:30 a.m. |
| | #10710 | Notice of Voting Deadline 9/25/06 at 4:00 p.m. |
| | #10742 | Omnibus Objection to (a) Duplicate Different Debtor Claims and (b) Duplicate Liability Claims (Twentieth) |
| | #10873 | Omnibus Objection to (a) No Liability Claims, (b) No Liability Misclassified Claims, (c) Overstated Claims, (d) Overstated Misclassified Claims, (e) Misclassified Claims and (f) Amended and Superseded Claims (Twenty-Second) |
| | #10874 | Notice of Hearing re Debtors' Twenty-Second Omnibus Objection to (a) No Liability Claims, (b) No Liability Misclassified Claims, (c) Overstated Claims, (d) Overstated Misclassified Claims, (e) Misclassified Claims and (f) Amended and Superseded Claims. Hearing scheduled for 10/12/2006 at 01:30 PM at Jacksonville, FL - 300 North Hogan St. 4th Floor Courtroom 4D. |

| Debtor: Winn-Dixie Stores, Inc.<br>Case No.: 05-03817-JAF | Docket Number | Pleading |
|---|---|---|
| | #11256 | Statement of Ad Hoc Committee of Winn-Dixie Retirees in Support of Debtors' Proposed Joint Plan of Reorganization filed on behalf of Creditor Ad Hoc Committee of Winn-Dixie Retirees. |
| | #11312 | Joint Objection to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors filed on behalf of Bank of America as Trustee of Betty Holland, E & A Financing II, LP, E & A Southeast, LP, E&A Acquisition Two, LP, F.R.O., LLC VII, Shields Plaza, Inc., Villa Rica Retail Properties, L.L.C., West Ridge, LLC, Woodbury Plaza, LLC |
| | #11313 | Objection to Debtors' Plan of Reorganization filed on behalf of Creditor CWCapital Asset Management, LLC as successor-in-interest to CRIMMI MAE Services Limited Partnership |
| | #11314 | Objection to Confirmation of Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors Dated August 9, 2006 filed on behalf of Creditor Liquidity Solutions, Inc. |

| Debtor: Winn-Dixie Stores, Inc.<br>Case No.: 05-03817-JAF | Docket Number | Pleading |
|---|---|---|
| | #11316 | Objection to Debtors' Plan of Reorganization filed on behalf of Creditor Allied Capital Corporation |
| | #11319 | Objection to Debtors' Plan of Reorganization filed on behalf of Creditor ORIX Capital Markets, L.L.C. |
| | #11320 | Joinder to Joint Objection of E&A Financing, II, L.P.; E&A Southeast, LP; E&A Acquisition Two, L.P.; Shields Plaza, Inc.; Woodberry Plaza (E&A), LLC; Villa Rica Retail Properties, LLC; West Ridge, LLC; Bank of America, as Trustee of Betty Holland, and F.R.O. LLC VII to the Debtors' Plan of Reorganization filed on behalf of Creditor Knightsdale Crossing, LLC |

| Debtor: Winn-Dixie Stores, Inc. Case No.: 05-03817-JAF | Docket Number | Pleading |
|---|---|---|
| | #11332 | Objection to / Joinder to Joint Objection of E&A Financing, II, L.P.; E&A Southeast, LP; E&A Acquisition Two, L.P.; Shields Plaza, Inc.; Woodberry Plaza (E&A), LLC; Villa Rica Retail Properties, LLC; West Ridge, LLC; Bank of America, as Trustee of Betty Holland, and F.R.O. LLC VII to the Debtors' Plan of Reorganization filed on behalf of Creditor Daniel G. Kamin, DBT Porcupine WD1 DE Business Trust, Daniel G. Kamin Clarksville, WD MT Carmel, LLC and Daniel G. Kamin Zachary Enterprises |
| | #11430 | Notice of Objection to Debtor's Plan of Reorganization filed on behalf of Creditor Merrill Lynch LP Holdings, Inc. |
| | #11431 | Objection to Confirmation of Debtor's Joint Plan of Reorganization filed on behalf of Creditor Merrill Lynch LP Holdings, Inc. |
| | #11451 | Response to Debtors' Twentieth Omnibus Objection to (A) Duplicate Different Debtor Claims and (B) Duplicate Liability Claims filed on behalf of Creditor Knightsdale Crossing, LLC |

31

| Debtor: Winn-Dixie Stores, Inc.<br>Case No.: 05-03817-JAF | Docket Number | Pleading |
|---|---|---|
| | #11470 | Opposition to Debtors' Twentieth Omnibus Objection to (A) Duplicative Different Debtor Claims and (B) Duplicative Liability Claims filed on behalf of Bank of America as Trustee of Betty Holland, E & A Financing II, LP, E & A Southeast, LP, E&A Acquisition Two, LP, F.R.O., LLC VII, Shields Plaza, Inc., Villa Rica Retail Properties, L.L.C., West Ridge, LLC, Woodbury Plaza, LLC |
| | #11487 | Objection to Debtors' Twentieth Omnibus Objection to (A) Duplicate Different Debtor Claims and (B) Duplicate Liability Claims filed on behalf of Creditor Liquidity Solutions, Inc. |
| | #11488 | Response to Debtors' Twentieth Omnibus Objection to Claims filed on behalf of Creditor WD MT Carmel, LLC, Daniel G. Kamin Clarksville Crossing LLC, Daniel G. Kamin, Daniel G. Kamin, Brynn Marr Enterprises, DBT Porcupine WD1 DE Business Trust, Daniel G. Kamin Zachary Enterprises and Porc. |

| Debtor: Winn-Dixie Stores, Inc.<br>Case No.: 05-03817-JAF | Docket Number | Pleading |
|---|---|---|
| | #11493 | Motion Response of Merrill Lynch LP Holdings in Opposition to Debtor's Twentieth Omnibus Objection to (A) Duplicate Different Debtor Claims and (B) Duplicate Liability Claims re: Claim No. 13186 (Docket No. 10742) filed on behalf of Creditor Merrill Lynch LP Holdings, Inc. |
| | #11496 | Response of Merrill Lynch Holdings In Opposition to Debtor's Twentieth Omnibus Objection re: Claim No. 12333 filed on behalf of Creditor Merrill Lynch LP Holdings, Inc. |
| | #11498 | Objection to Claim(s). Claim No. 12330. Response to Merrill Lynch Holdings in Opposition to Debtor's Twentieth Omnibus Objection re: Claim No. 12330 filed on behalf of Creditor Merrill Lynch LP Holdings, Inc. |
| | #11499 | Objection to Claim(s). Claim no 13297. Response to Merrill Lynch Holdings in Opposition to Debtor's Twentieth Omnibus Objection re: Claim No. 13297 filed on behalf of Creditor Merrill Lynch, Pierce, Fenner & Smith Incorporated |

| Debtor: Winn-Dixie Stores, Inc.<br>Case No.: 05-03817-JAF | Docket Number | Pleading |
|---|---|---|
| | #11606 | Supplement Pursuant to Section 12.18 of Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors |
| | #11651 | Response to Debtors' Twenty-Second Omnibus Objection to Claims filed on behalf of Creditor Indian Trail Square, L.L.C. |
| | #11653 | Application for Payment of Administrative Expenses Amount Requested: 19250.00 filed on behalf of Creditor Indian Trail Square, L.L.C. |
| | #11671 | Order Disallowing (a) Duplicate Different Debtor Claims and (b) Duplicate Liability Claims, as set forth in the Debtors' Twentieth Omnibus Claims Objection; signed 10/5/06. |
| | #11694 | Statement in Support of Debtors' Joint Plan of Reorganization and Omnibus Response to Objections to Debtors' Joint Plan of Reorganization filed on behalf of Creditor Wachovia Bank, National Association |

| **Debtor: Winn-Dixie Stores, Inc.**<br>**Case No.: 05-03817-JAF** | Docket Number | Pleading |
|---|---|---|
|  | #11728 | Response to /Ad Hoc Trade Committee's Response to United States Trustee's Objection to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors filed on behalf of Creditor Ad Hoc Trade Committee |
|  | #11765 | First Modification to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors |
|  | #11766 | Memorandum of Law in Response to Objections to Confirmation of Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors |
|  | #11767 | Memorandum of Law of Official Committee of Unsecured Creditors (A) in Support of Confirmation of Joint Chapter 11 Plan of Reorganization and (B) Joining in Debtors' Response to Objections to Confirmation of Joint Plan |

| Debtor: Winn-Dixie Stores, Inc.<br>Case No.: 05-03817-JAF | Docket Number | Pleading |
|---|---|---|
| | #11777 | Response to the United States Trustee's Objections to Joint Plan of Reorganization and Joinder in Memorandum of Law of Official Committee of Unsecured Creditors (A) in Support of Confirmation of Joint Chapter 11 Plan and (B) Joining in Debtors' Response to Objections to Confirmation of Joint Chapter 11 Plan filed on behalf of Creditor Wilmington Trust Company |
| | #11863 | Ballot Tabulation Notice of Filing Amended Declaration of Kathleen M. Logan Certifying Voting on and Tabulation of Ballots Accepting and Rejecting the Joint Plan of Reorganization of the Debtors |
| | #11891 | Hearing Proceeding Memo: Hearing Held, Ruling: Debtors' Twenty-Second Omnibus Objection to (a) No Liability Claims, (b) No Liability Misclassified claims, (c) Overstated Claims, (d) Overstated Misclassified claims, (e) Misclassified claims and (f) Amended and superseded claims - 43 Continued, 4 Withdrawn, 119 reduced - sustained; Order Signed. |

| Debtor: Winn-Dixie Stores, Inc.<br>Case No.: 05-03817-JAF | Docket Number | Pleading |
|---|---|---|
| | #11892 | Order Disallowing (a) No Liability Claims, (b) No Liability Misclassified claims, (c) Overstated Claims, (d) Overstated Misclassified claims, (e) Misclassified claims and (f) Amended and superseded claims, as set forth in the debtors' twenty second omnibus claims objection (related document(s)11891). |
| | #12065 | Brief (Post-Hearing) in Opposition to Confirmation of the Debtors' Plan of Reorganization Filed by Mary Joanne Dowd on behalf of Bank of America as Trustee of Betty Holland, E & A Financing II, LP, E & A Southeast, LP, E&A Acquisition Two, LP, F.R.O., LLC VII, Shields Plaza, Inc., Villa Rica Retail Properties, L.L.C., West Ridge, LLC, Woodbury Plaza, LLC |
| | #12171 | Ad Hoc Trade Committee's Response to Post-Hearing Brief of E&A Financing II, L.P., et al., in Opposition to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors |
| | #12185 | Memorandum of Law in Response to Post Hearing Brief of Objecting Landlords |

| Debtor: Winn-Dixie Stores, Inc.<br>Case No.: 05-03817-JAF | Docket Number | Pleading |
|---|---|---|
| | #12187 | Joinder of Official Committee of Unsecured Creditors to Debtors' Memorandum of Law in Response to Post Hearing Brief of Objecting Landlords |
| | #12440 | Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors |
| | #12456 | Notice of Distribution Record Date Under Joint Plan of Reorganization |
| | #12618 | Findings of Fact and Conclusions of Law |
| | #12657 | Hearing Proceeding Memo: Hearing Held, Ruling: Twentieth Omnibus Objection to (a) Duplicate Different Debtor Claims and (b) Duplicate Liability Claims filed by Debtors - Continued to 11/30/06 @ 1:00 P.M. |
| | #12673 | Notice of Appeal. (Fee Paid)Filed by Elena P. Ketchum on behalf of Creditor Liquidity Solutions, Inc |
| | #12674 | Notice of Appeal. (Fee Paid) Filed by Adam Frisch on behalf of Bank of America as Trustee of Betty Holland, E & A Financing II, LP, E & A Southeast, LP, Shields Plaza, Inc., Villa Rica Retail Properties, L.L.C., West Ridge, LLC, Woodberry Plaza |

| Debtor: Winn-Dixie Stores, Inc.<br>Case No.: 05-03817-JAF | Docket Number | Pleading |
|---|---|---|
|  | #12682 | Purchase Order for Transcript of confirmation hearing |
|  | #12745 | Notice of Plan Effective Date and Related Matters |
|  | #12834 | Transcript from Confirmation Hearing (Vols. 1 and 2) |
|  | Originals are with the Bankruptcy Court | All exhibits introduced at the Confirmation Hearing held on October 13, 2006 |

| Claim Numbers | Claimant |
|---|---|
| 12312, 12313 | Albion Pacific Property Resources, LLC |
| 12834, 12835 | Indian Trail Square LLC |
| 9708, 9709 | LN Piedmont Village |
| 10825, 10826, 12148, 12149 | McDonough Marketplace Partners |
| 1933, 11103 | Scottland Mall, Inc |
| 8155, 8487 | Shoals Marketplace LLC |
| 8868-8883; 12795-12798 | Deutsche Bank Trust Co. America |
| 10288-10300; 10308-10312; 10974-10978; 11550; 12194-12201 | New Plan Excel Realty Trust Inc TA |
| 12218; 12219 | E&A Financing II, LP d/b/a Rockbridge Place |

| Claim Numbers | Claimant |
|---|---|
| 496; 4684; 12220; 12221; 12224; 12225; 13253; 13254 | E&A Southeast, L.P. d/b/a Ellis Isle, d/b/a Reservoir Square Shopping Center Pump N Save, d/b/a Edens & Avant Properties, LP/Magee Shopping Center, and d/b/a Reservoir Square Brandon, MS |
| 12214; 12215 | Shields Plaza, Inc. d/b/a E&A Southeast, L.P. |
| 12222; 12223 | Woodberry Plaza (E&A), LLC |
| 11844; 12226 | Villa Rica Retail Properties, LLC |
| 12077; 12216 | Halpern Enterprises, Inc. d/b/a West Ridge, LLC |
| 11839; 12217 | Bank of America, as Trustee of Betty Holland |

DATED:  November 27, 2006

       /s/ Harley E. Riedel
Harley E. Riedel
Florida Bar No. 183628
hriedel@srbp.com
Elena P. Ketchum
Florida Bar No. 0129267
eketchum@srbp.com
STICHTER, RIEDEL, BLAIN
  & PROSSER, P.A.
110 Madison Street - Suite 200
Tampa, Florida 33602
(813) 229-0144
(813) 229-1811 FAX

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing **LIQUIDITY SOLUTIONS, INC.'S DESIGNATION OF RECORD ON APPEAL** has been furnished by the Court's CM/ECF system or U.S. MAIL on the **27**[th] day of **November, 2006** to:

> Adam Ravin
> D.J. Baker
> Sally M. Henry
> SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
> Four Times Square
> New York, New York 10036
>
> Stephen D. Busey
> Cynthia C. Jackson
> SMITH HULSEY & BUSEY
> 225 Water Street, Suite 1800
> Jacksonville, Florida 32202

In addition, all who are listed in CM/ECF for these Chapter 11 cases will be notified of the filing of this Notice of Appeal through the Court's CM/ECF system.

 /s/ Harley E. Riedel
Harley E. Riedel
Florida Bar No. 183628
hriedel@srbp.com
Elena P. Ketchum
Florida Bar No. 0129267
eketchum@srbp.com

H:\User\JR\Liquidity Solutions - Winn Dixie\Appeal\Designation of Record - FINAL.doc 11/27/2006 4:42 PM