UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    Chapter  11
                                          Case No.  3-05-bk-3817-JAF
WINN-DIXIE STORES, INC., et al.,

        Debtors.

_____/

## WEBBER COMMERCIAL PROPERTIES, LLC'S RESPONSE TO DEBTORS' OBJECTION TO CLAIM OF WEBBER COMMERCIAL PROPERTIES, LLC.
### [Docket No. 2708]

        Webber Commercial Properties, LLC ("Webber"), by and through its undersigned

counsel, responds to the Debtors' objection to the claim of Webber, herein based on lateness

and on the question regarding the payment of certain real estate taxes.

        A brief response is as follows:  As to the lateness, the Debtors' motion to allow filing

two days late should be self-explanatory.  Inadvertently, the due date was scheduled based on

the expectation of an electronic filing.  When it was discovered that the Debtors requested

claims be filed with the claims agent, the claim was sent by Federal Express, arriving two

days after the deadline.  Subsequent amendments of the claim relate back in time, and a lease

rejection claim was timely filed.  Accordingly, the Webber motion to have its claim

considered should be timely and proper before the Court.

        Secondly, Webber agrees with the Debtors' objection to the extent that it has

determined at this point that real estate taxes have in fact been paid, and its claim should be

accordingly reduced by the amount set forth by the Debtors, namely, $36,017.28, apparently

paid in March 2006, claim dated December 16, 2005 amending the previously filed claim

dated October 31, 2005, filed for lease rejection damages as caped pursuant to Section

502(b)(6), for a total unsecured claim, including unpaid taxes through September 2005

totaling $901,451.04, less $36,017.28. In summation, the amended claim of Webber

Commercial Properties, LLC should be allowed as amended as an unsecured claim herein,

less the amount of real estate taxes paid by the Debtor of $36,017.28, for a total of

$865,433.76.

The United States Supreme Court in the *Pioneer* case, *Pioneer Commercial Funding

Corp. v. Corestates Bank,* 544 U.S. 978 (2005), has indicated leniency in connection with

late-filed claims. Additionally, a subsequent, post-deadline amendment to a claim relates

back to the date of the original claim so long as it does not attempt to assert an entirely new

claim. *In re Gardinier, Inc.*, 698 B.R. 352, 353 (Bankr. M.D. Fla. 1986); *In re Tele Co. of C.

Fla.*, 308 B.R. 579, 582 (Bankr. M.D. Fla. 2004). The fact that a subsequent proof of claim

by amendment is for a greater amount does not prevent such amendment. *Id.*

Respectfully submitted,

  /s/ William Knight Zewadski
WILLIAM KNIGHT ZEWADSKI
Florida Bar No. 121746
Z@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN,
  FRYE, O'NEILL & MULLIS, P.A.
Post Office Box 1102
Tampa, Florida 33601
813.223.7474/813.229.6553 (fax)
Attorneys for Webber Commercial
Properties, LLC

-2-

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Webber Commercial Properties, LLC's Response to Debtors' Objection to Claim of Webber Commercial Properties, LLC, was served electronically on those parties having entered their appearance in the Court's Electronic Court Filing (ECF) System and conventionally, via first-class mail, postage prepaid, to those parties who have requested notice but are not participating in the ECF System listed below, pursuant to instructions appearing on the Electronic Filing Receipt received from the U. S Bankruptcy Court on this 27th day of November, 2006:

**Winn-Dixie Stores, Inc.**
5050 Edgewood Court
Jacksonville, FL 32254-3699

**Adam Ravin, Esquire**
**D.J. Baker, Esquire**
Skadden Arps Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

**Cynthia C. Jackson, Esquire**
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

**United States Trustee**
135 W. Central Blvd., Suite 620
Orlando, FL 32801

**Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc.,**
**c/o Dennis F. Dunne, Esquire**
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

/s/ William Knight Zewadski
Attorney

-3-