# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., et al.,**

Debtors.[1]

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.   I am of legal age and I am not a party to this action.

2.   I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.   On or about November 22, 2006 I caused copies of:

* the **Notice of Entry of Order Reducing, Reclassifying, Adjusting or Disallowing, as Applicable, and Confirming Allowed Amounts of, (A) Management Security Plan Claims and (B) Supplemental Retirement Plan Claims**

   to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served notice as listed above is attached hereto as Exhibit B.

Dated: November 28, 2006

_____
Kathleen M. Logan

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406318-MS<br>AARON, JAMES MICHAEL<br>560 HOLLY BUSH ROAD<br>BRANDON MS 39047-8598 | CREDITOR ID: 403570-94<br>ACEVEDO-RENTAS, GLORIA A<br>13822  EAGLES GLENN COVE<br>ORLANDO FL 32837 | CREDITOR ID: 406319-MS<br>ADAMS, JOHNNY K<br>108 BRYAN STREET<br>PRATTVILLE AL 36066 |
| CREDITOR ID: 406320-MS<br>ADAMS, MICHAEL<br>PO BOX 1878<br>GLEN ST MARY FL 32040 | CREDITOR ID: 403571-94<br>ADIGWEME, ALOY<br>12840 BAYSTONE COURT<br>JACKSONVILLE FL 32223 | CREDITOR ID: 403572-94<br>AGBELUSI, BERNARD B<br>2221 CHANTILLY TERRACE<br>OVIEDO FL 32765 |
| CREDITOR ID: 420779-ST<br>AHLSTROM, MARK C<br>1140 RIVER BIRCH RD<br>JACKSONVILLE FL 32259-8977 | CREDITOR ID: 406321-MS<br>ALACK, JOHN J<br>18075 WOODSCALE ROAD<br>HAMMOND LA 70401-7849 | CREDITOR ID: 406322-MS<br>ALBERT, WILLIAM J<br>3095 N COURSE DRIVE, APT 712<br>POMPANO BEACH FL 33069 |
| CREDITOR ID: 403575-94<br>ALEXANDER, HATTIE E<br>967 COBBLESTONE DR<br>ORANGE PARK FL 32065 | CREDITOR ID: 406323-MS<br>ALEXANDER, T N<br>130 LAUREL LANE<br>TOWNVILLE SC 29689 | CREDITOR ID: 406324-MS<br>ALFANO, VINCENT J<br>725 DEWBERRY DRIVE<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 406325-MS<br>ALGER, DONALD R<br>4405 HUNTINGTON POINT<br>VALDOSTA GA 31602 | CREDITOR ID: 403576-94<br>ALLEN, CHARLES R JR<br>9571 LAURELWOOD LANE<br>GLOUCESTER VA 23061 | CREDITOR ID: 406326-MS<br>ALLEN, GARY C<br>7410 POLK RUN DRIVE<br>CHARLESTOWN IN 47111 |
| CREDITOR ID: 403577-94<br>ALLEN, GREGORY W<br>42 LITTLE FAWN TRAIL<br>ELLERSLIE GA 31807-0966 | CREDITOR ID: 406329-MS<br>ALLEN, WILLIAM R<br>71 CORAL ST<br>ATLANTIC BEACH FL 32233 | CREDITOR ID: 406329-MS<br>ALLEN, WILLIAM R<br>71 CORAL ST<br>ATLANTIC BEACH FL 32233 |
| CREDITOR ID: 402383-89<br>ALSTER, VALERIE-DENNIS, ALT PAYEE<br>ROY L. DENNIS<br>10357 BOCA SPRINGS DRIVE<br>BOCA RATON FL 33428 | CREDITOR ID: 406331-MS<br>AMEDEE, ROY F.<br>11849 VILLA AVE<br>BATON ROUGE LA 70810-7333 | CREDITOR ID: 406332-MS<br>AMOS, RONALD L<br>2416 HUNTERS TRAIL<br>MYRTLE BEACH SC 29588 |
| CREDITOR ID: 406333-MS<br>ANDERSON, BRUCE D.<br>4846 WILLIAMS TOWN BLVD<br>LAKELAND FL 33810 | CREDITOR ID: 406334-MS<br>ANDERSON, JACOB C<br>4015 S SINGLETON RD.<br>ROCKFORD TN 37853 | CREDITOR ID: 406335-MS<br>ANDREWS, JAMES M<br>2116 ELLISON PLACE<br>THE VILLAGES FL 32159 |
| CREDITOR ID: 406336-MS<br>ANDREWS, THOMAS<br>8262 MAGNOLIA VILLAGE DR S<br>MOBILE AL 36695 | CREDITOR ID: 406336-MS<br>ANDREWS, THOMAS<br>8262 MAGNOLIA VILLAGE DR S<br>MOBILE AL 36695 | CREDITOR ID: 406337-MS<br>ANGEL, EARL B<br>105 HUGHLEY DR<br>GASTONIA NC 28056 |

SERVICE LIST

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

CREDITOR ID: 403580-94
APPLE, CHRISTOPHER J
107 ALISON LANE
ARCHDALE NC 27263

CREDITOR ID: 406338-MS
ARCHAMBAULT, HENRY
633 ROSELAND PARKWAY
HARAHAN LA 70123

CREDITOR ID: 406339-MS
ARMSTRONG, CARL R
2360 LINKS DRIVE
ORANGE PARK FL 32003

CREDITOR ID: 406340-MS
ARMSTRONG, IVEY D
13221 SW 67TH STREET
MIAMI FL 33183

CREDITOR ID: 406340-MS
ARMSTRONG, IVEY D
13221 SW 67TH STREET
MIAMI FL 33183

CREDITOR ID: 403582-94
ARMSTRONG, JIMMY L
6152 MISSON DRIVE
ORLANDO FL 32810-3909

CREDITOR ID: 406341-MS
ARMSTRONG, PHILIP M
2025 SYLVESTER ROAD, UNIT PP2
LAKELAND FL 33803

CREDITOR ID: 406342-MS
ARMSTRONG, WALTER K
17340 SW 267 LANE
HOMESTEAD FL 33031

CREDITOR ID: 403583-94
ARTHUR, ERIC K
2417 BROOK PARK WAY
JACKSONVILLE FL 32246

CREDITOR ID: 406343-MS
ASKEW, JAMES
101 MILL RIDGE COURT
PRATTVILLE AL 36067

CREDITOR ID: 406344-MS
ATERBURN, DAVID
417 N TRAIL
CROWLEY TX 76036

CREDITOR ID: 398242-78
ATKINS, MARGARET R
10417 N ALTMAN STREET
TAMPA, FL 33612-6305

CREDITOR ID: 403584-94
AUPIED, ULYSSES J
61292 GITZ DR
LACOMBE LA 70445-4662

CREDITOR ID: 403585-94
AVANT, DONNA G
2827 WILLOW SWAMP RD
ISLANDTON SC 29929

CREDITOR ID: 406346-MS
AYO, LEROY J
632 MEURSAULT DRIVE
KENNER LA 70065

CREDITOR ID: 406346-MS
AYO, LEROY J
632 MEURSAULT DRIVE
KENNER LA 70065

CREDITOR ID: 416968-15
BABIN, JAMES L SR
228 TIMBERTON DRIVE
HATTIESBURG MS 39401

CREDITOR ID: 406348-MS
BACH, CHESTER A
10701 GRAYSON CT
JACKSONVILLE FL 32220

CREDITOR ID: 406349-MS
BACILE, JOHN J
1316 HARING RD
METAIRIE LA 70001

CREDITOR ID: 406350-MS
BAILEY, CECIL M
VZ COUNTY ROAD 1215
CANTON TX 75103-6565

CREDITOR ID: 406351-MS
BAILEY, FLOYD T
10428 SW LANDS END PLACE
PALM CITY FL 34990

CREDITOR ID: 403587-94
BAILEY, JULIUS E
122 COVINGTON PLACE
THOMASVILLE GA 31792

CREDITOR ID: 398250-78
BANKS, EDITH
2086 ARMARK DRIVE
CLEARWATER, FL 33764

CREDITOR ID: 406352-MS
BARAGONA, ANGELA
8950 ELIZABETH FALLS DRIVE
JACKSONVILLE FL 32257

CREDITOR ID: 406352-MS
BARAGONA, ANGELA
8950 ELIZABETH FALLS DRIVE
JACKSONVILLE FL 32257

CREDITOR ID: 406353-MS
BARATTINI, GARY L
4426 WINROCK LANE
ROCK HILL SC 29732

CREDITOR ID: 406354-MS
BARBIER, WAYNE E
PO BOX 388
ST. ROSE LA 70087

**SERVICE LIST**

### Notice of Entry of Order Reducing, Reclassifying, Adjustin or Disallowing, as Applicable, and Confirming Allowed Amounts of (A) Management Security Plan Claims and (B) Supplemental Retirement Plan Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                      **CASE:   05-03817-3F1**

CREDITOR ID: 406355-MS
BARFOOT, RANDALL
1804 ENON ROAD
WEBB AL 36376

CREDITOR ID: 398255-78
BARKER, LINDA
104 MALIBU STREET
EDEN, NC 27288

CREDITOR ID: 406356-MS
BARNETT, JOSEPH W
311 HOLLYRIDGE DRIVE
MONTGOMERY AL 36109

CREDITOR ID: 406358-MS
BARR, HARRY L III
412 CROWDERS BLUFF CT
CLOVER SC 29710

CREDITOR ID: 406358-MS
BARR, HARRY L III
412 CROWDERS BLUFF CT
CLOVER SC 29710

CREDITOR ID: 403590-94
BARR, THOMAS D
2640 HEMLOCK COURT
MIDDLEBURG FL 32068

CREDITOR ID: 403590-94
BARR, THOMAS D
2640 HEMLOCK COURT
MIDDLEBURG FL 32068

CREDITOR ID: 406360-MS
BARRETT, WILLIE
1111 COPPERFIELD CIRCLE
MCCLENNY FL 32063

CREDITOR ID: 403591-94
BARROW, JEFFERY A
PO BOX 350423
JACKSONVILLE FL 32235-0423

CREDITOR ID: 403591-94
BARROW, JEFFERY A
PO BOX 350423
JACKSONVILLE FL 32235-0423

CREDITOR ID: 406362-MS
BARTHOLOMEW, MELVIN W
2761 ANDOVER GLEN ROAD
RALEIGH NC 27604

CREDITOR ID: 406363-MS
BARTLETT, GEORGE A JR
16004 BURNHAM WAY
TAMPA FL 33647

CREDITOR ID: 403592-94
BARTON, JOEL B
10222 AMYJAN CT
ELK GROVE CA 95757-1643

CREDITOR ID: 403592-94
BARTON, JOEL B
10222 AMYJAN CT
ELK GROVE CA 95757-1643

CREDITOR ID: 398265-78
BASS, R E
6452 NC 904 HWY
FAIRMONT, NC 28340

CREDITOR ID: 406366-MS
BATES, CLINTON F
2430 HOPE LANE
PALM BEACH GARDENS FL 33410

CREDITOR ID: 406367-MS
BATES, JOHN
100 MOULTIRE PLACE
LYNCHBURG VA 24502

CREDITOR ID: 406368-MS
BAUCOM, JAMES L.
413 DEER PARK AVE.
TAMPA FL 33617

CREDITOR ID: 403593-94
BAUDOUIN, LAWRENCE JR
325 COURVILLE DRIVE
LULING LA 70070

CREDITOR ID: 406369-MS
BAUMGARDNER, LAWRENCE W.
12171 SAFESHELTER DR SO
JACKSONVILLE FL 32225

CREDITOR ID: 406369-MS
BAUMGARDNER, LAWRENCE W.
12171 SAFESHELTER DR SO
JACKSONVILLE FL 32225

CREDITOR ID: 422773-ST
BAXLEY, WILLIAM R
8192 SEVEN MILE DR
PONTE  VEDRA FL 32082-3109

CREDITOR ID: 406371-MS
BAXTER, BRUCE
4457 FERN CREEK DRIVE
JACKSONVILLE FL 32277

CREDITOR ID: 406371-MS
BAXTER, BRUCE
4457 FERN CREEK DRIVE
JACKSONVILLE FL 32277

CREDITOR ID: 403596-94
BAZEMORE, B R
9245 SE 70TH TERRACE
OCALA FL 34472

CREDITOR ID: 403596-94
BAZEMORE, B R
9245 SE 70TH TERRACE
OCALA FL 34472

CREDITOR ID: 406373-MS
BEAM, MARCUS
2345 MT. GALLANT RD.
ROCKHILL SC 29730

SERVICE LIST

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406374-MS<br>BECK, LARRY A<br>2900 N HIGHWAY A1A, APT 4B<br>FORT PIERCE FL 34949 | CREDITOR ID: 403597-94<br>BECKER, STANLEY R<br>3617 AIKENSIDE AVE<br>CINCINNATI OH 45213 | CREDITOR ID: 403598-94<br>BECKNELL, JAMES R<br>6200 AIRPORT BLVD APT 145<br>MOBILE AL 36608-3114 |
| CREDITOR ID: 403599-94<br>BEDGOOD, CHARLES H<br>380 HILLABEE DR<br>MONTGOMERY AL 36117 | CREDITOR ID: 403600-94<br>BEGLEY, STEVEN C<br>4336 SHERWOOD ROAD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 403600-94<br>BEGLEY, STEVEN C<br>4336 SHERWOOD ROAD<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 403601-94<br>BEGNAUD, NOLAN B<br>105 LAKEN LANE<br>LAFAYETTE LA 70508 | CREDITOR ID: 406377-MS<br>BELL, WILLIAM J SR<br>1513 HAMPTON DRIVE<br>FLORENCE SC 29505 | CREDITOR ID: 403602-94<br>BENFIELD, JUSTIN E<br>2341 BEAVER POND RD<br>KANNAPOLIS NC 28083 |
| CREDITOR ID: 406380-MS<br>BENNETT, JAMES A<br>2196 SPANISH BLUFF DR<br>JACKSONVILLE FL 32225 | CREDITOR ID: 398278-78<br>BENSON, MARILYN JEAN<br>2704 EVELYN DRIVE<br>APOPKA, FL 32703 | CREDITOR ID: 406381-MS<br>BERGSTROM, GEORGE<br>101 E PARTRIDGE PATH<br>ELMORE AL 36025 |
| CREDITOR ID: 406382-MS<br>BERRY, WEBSTER<br>RT. 1 BOX 567-1<br>MACCLENNEY FL 32063 | CREDITOR ID: 398281-78<br>BETROS, GEORGE L<br>2837 CARAWAY DRIVE<br>TUCKER, GA 30084 | CREDITOR ID: 398282-78<br>BEVERLAND, J E<br>10422 MOSHIE LANE<br>SAN ANTONIO, FL 33576 |
| CREDITOR ID: 398283-78<br>BEVILLE, ROBERT L<br>6890 BAMBI LANE<br>JACKSONVILLE, FL 32210 | CREDITOR ID: 403603-94<br>BIDDULPH, SCOTT L<br>721 OAK GROVE ROAD<br>MCDONOUGH GA 30253 | CREDITOR ID: 403604-94<br>BIESCHKE, MICHAEL P<br>843 SE POLYNESIAN AVE<br>PORT ST LUCIE FL 34983-0396 |
| CREDITOR ID: 406383-MS<br>BIGGS, WILLIAM L JR<br>704 PINEY PLACE<br>JACKVILLE FL 32259 | CREDITOR ID: 406383-MS<br>BIGGS, WILLIAM L JR<br>704 PINEY PLACE<br>JACKVILLE FL 32259 | CREDITOR ID: 398285-78<br>BINNEY, ROBERT J<br>2524 CRESTRIDGE CIRCLE<br>MARREO, LA 70072 |
| CREDITOR ID: 398285-78<br>BINNEY, ROBERT J<br>2524 CRESTRIDGE CIRCLE<br>MARREO, LA 70072 | CREDITOR ID: 398286-78<br>BIRD, FRANK W<br>102 ABERDEEN COURT<br>PRATTVILLE, AL 36066 | CREDITOR ID: 406385-MS<br>BIZZELL, STEPHEN K<br>6804 FABIANO STREET<br>PENSACOLA FL 32506 |
| CREDITOR ID: 398288-78<br>BLACK, WILLIS V<br>888 KENTWOOD DRIVE<br>ROCK HILL, SC 29730 | CREDITOR ID: 406386-MS<br>BLACKMON, DENNIS L<br>857 PALMETTO TERRACE<br>OVIEDO FL 32765 | CREDITOR ID: 406387-MS<br>BLACKSHEAR, CLIFFORD L<br>1210 PINE CIRCLE<br>MACCLENNY FL 32063 |

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 406388-MS
BLAKE, DONALD H
6627 NEW CASTLE RD.
JACKSONVILLE FL 32216

CREDITOR ID: 406389-MS
BLAKELY, R F JR
629 RIVERVIEW AVE
ALTAMONTE SPRINGS FL 32714

CREDITOR ID: 406389-MS
BLAKELY, R F JR
629 RIVERVIEW AVE
ALTAMONTE SPRINGS FL 32714

CREDITOR ID: 406390-MS
BLAZEK, BOBBY L
3103 MONTIES LANE
ARLINGTON TX 76015

CREDITOR ID: 406390-MS
BLAZEK, BOBBY L
3103 MONTIES LANE
ARLINGTON TX 76015

CREDITOR ID: 406391-MS
BLEDSOE, GERALD D
4324 OLD DOERUN RD
MOULTRIE GA 31768

CREDITOR ID: 406392-MS
BLEVINS, RICHARD S
1224 WOODHILL COURT
MONTGOMERY AL 36109

CREDITOR ID: 406393-MS
BLITCHINGTON, ROBERT
1431 DANBURY RD
JACKSONVILLE FL 32205

CREDITOR ID: 406395-MS
BLUM, CLARENCE O
7903 HALL FARM
LOUISVILLE KY 40291

CREDITOR ID: 406396-MS
BLUM, RICHARD F
3812 STONE RIVER CT
LOUISVILLE KY 40299

CREDITOR ID: 403609-94
BOATRIGHT, JOAN T
1808 SEMINOLE TR
WAYCROSS GA 31501

CREDITOR ID: 403610-94
BONNER, CHRIS C
314 CEDAR DRIVE
COLUMBUS MS 39705

CREDITOR ID: 406397-MS
BOOK, THEADORE
10938 OLD PLANK RD
JACKSONVILLE FL 32220

CREDITOR ID: 406398-MS
BOOTH, TALMAGE B III
1201 CUNNINGHAM CREEK DRIVE
FRUIT COVE FL 32259

CREDITOR ID: 406398-MS
BOOTH, TALMAGE B III
1201 CUNNINGHAM CREEK DRIVE
FRUIT COVE FL 32259

CREDITOR ID: 406400-MS
BORGSTEDE, WAYNE D
437 ASHLAWN DR
HARAHAN LA 70123

CREDITOR ID: 406400-MS
BORGSTEDE, WAYNE D
437 ASHLAWN DR
HARAHAN LA 70123

CREDITOR ID: 402431-89
BOTTOMS, LARRY L
1810 SHADY CREEK DRIVE
CANTONMENT FL 32533

CREDITOR ID: 403613-94
BOUTWELL, GILFORD F
2388 ASHMORE DRIVE
CLEARWATER FL 33763

CREDITOR ID: 403613-94
BOUTWELL, GILFORD F
2388 ASHMORE DRIVE
CLEARWATER FL 33763

CREDITOR ID: 406403-MS
BOWERS, RONNIE
302 WELDON PARK DRIVE
MANDEVILLE LA 70471

CREDITOR ID: 406404-MS
BOWMAN, RICHARD D JR
20440 NE 135 AVE
WALDO FL 32694-4420

CREDITOR ID: 406406-MS
BRADLEY, JACKIE L
838 HCR 2421 E
HILLSBORO TX 76645

CREDITOR ID: 406405-MS
BRADLEY, JAMES D SR
333 SCENIC POINT LANE
ORANGE PARK FL 32003

CREDITOR ID: 406405-MS
BRADLEY, JAMES D SR
333 SCENIC POINT LANE
ORANGE PARK FL 32003

CREDITOR ID: 398311-78
BRADLEY, JAMES H
C/O JANE SLAY
8411 WOODBROOK DR
KNOXVILLE, TN 37919

CREDITOR ID: 406408-MS
BRADLEY, PAUL J
957 BROOKRIDGE DR
GARDENDALE AL 35071

SERVICE LIST

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406409-MS<br>BRADY, JAMES L.<br>3820 161ST RD.<br>LIVE OAK FL 32060 | CREDITOR ID: 406410-MS<br>BRADY, VIRGINIA<br>1274 THE GROVE RD.<br>ORANGE PARK FL 32073 | CREDITOR ID: 406411-MS<br>BRAGIN, DAVID H<br>540 PENNINSULA CT<br>ST AUGUSTINE FL 32080 |
| CREDITOR ID: 403615-94<br>BRANDT, ROBERT W JR<br>172 DELLWOOD CT SE<br>PALM BAY FL 32909-2311 | CREDITOR ID: 406412-MS<br>BRANDT, STEVE<br>14601 GREATER PINES BLVD<br>CLAIRMONT FL 32247 | CREDITOR ID: 406413-MS<br>BRASWELL, JOE<br>147 CLOUD LANE<br>BAINBRIDGE GA 39817 |
| CREDITOR ID: 398316-78<br>BRASWELL, TOMMY H<br>908 E OHIO<br>DELAND, FL 32724 | CREDITOR ID: 403616-94<br>BRESSER, WILLIAM P<br>5860 HIGHVIEW DRIVE, APT 2<br>MILFORD OH 45150 | CREDITOR ID: 403617-94<br>BRIANT, RICHARD J JR<br>3117 KANSAS AVE.<br>KENNER LA 70065 |
| CREDITOR ID: 403618-94<br>BRIDGELAL, RAJMOHAN<br>1827 BARRINGTON CIRCLE<br>ROCKLEDGE FL 32955 | CREDITOR ID: 406416-MS<br>BRIDGES, JACK B<br>1997 ELIZABETH AVE<br>HICKORY NC 28602 | CREDITOR ID: 406417-MS<br>BRIGGS, RONALD E<br>11701 GRAZING BUCK CT<br>TALLAHASSEE FL 32317-8179 |
| CREDITOR ID: 406418-MS<br>BRIM, STEVE<br>507 FELLS COURT<br>GREEN COVE SPRINGS FL 32043 | CREDITOR ID: 406419-MS<br>BRIM, WILLIAM F<br>1006 CACTUS CUT RD<br>MIDDLEBURG FL 32068 | CREDITOR ID: 406420-MS<br>BRISTER, WILLIE E.<br>5428 SHAMROPS DR.<br>KENNER LA 70062 |
| CREDITOR ID: 406399-MS<br>BROCATO, ROY J, SR<br>18 JULIANNE DRIVE<br>CARRIERE MS 39426 | CREDITOR ID: 406421-MS<br>BROCATO, ROY JOHN JR<br>104 NOTTAWAY DRIVE<br>DESTREHAN LA 70047 | CREDITOR ID: 406421-MS<br>BROCATO, ROY JOHN JR<br>104 NOTTAWAY DRIVE<br>DESTREHAN LA 70047 |
| CREDITOR ID: 403620-94<br>BROCK, JAMES M<br>6056 PINEAPPLE HWY<br>GREENVILLE AL 36037 | CREDITOR ID: 406422-MS<br>BROCK, ROY E.<br>215 N SEVERN, CV4LE<br>EASLEY SC 29642 | CREDITOR ID: 406423-MS<br>BROGAN, JAMES P<br>C/O BONNIE BROGAN<br>7775 SOUTHAMPTON TERR, APT 308<br>TAMARAC FL 33321 |
| CREDITOR ID: 406424-MS<br>BROOKS, JON<br>8696 PRIVATE ROAD 4936<br>CALDWELL TX 77836 | CREDITOR ID: 406425-MS<br>BROWN III, GEORGE<br>617 KIMLOCK DR.<br>GARNER NC 27529 | CREDITOR ID: 403621-94<br>BROWN, JANICE<br>309 SECURITY DRIVE<br>HARTSVILLE SC 29550 |
| CREDITOR ID: 406426-MS<br>BROWN, RONALD S<br>1809 LAWTON BLUFF RD<br>CHARLOTTE NC 28226 | CREDITOR ID: 403622-94<br>BROWN, SEAN C<br>9110 ANDORA DRIVE<br>PEMBROKE PINES FL 33025 | CREDITOR ID: 406427-MS<br>BROWN, WARREN<br>1380 COLE AVE<br>ROCK HILL SC 29732 |

SERVICE LIST

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406429-MS<br>BRYAN, J SHEPARD JR<br>1651 BEACH AVE<br>ATLANTIC BEACH FL 32233 | CREDITOR ID: 406430-MS<br>BRYAN, MAC<br>1291 RIVERWALK RD<br>BISHOP GA 30621-1844 | CREDITOR ID: 403623-94<br>BRYAN, WILLIAM H<br>23 S NELSON DRIVE<br>ASHEVILLE NC 28806 |
| CREDITOR ID: 406431-MS<br>BUBECK, BILL A<br>3208 DOTY LANE<br>ARLINGTON TX 76001 | CREDITOR ID: 406432-MS<br>BUCHERT, GEORGE J<br>1809 LIVE OAK STREET<br>METAIRIE LA 70005 | CREDITOR ID: 406433-MS<br>BUCHMAN, WILLIAM C<br>802 HUNTINGTON RD<br>EASLEY SC 29642 |
| CREDITOR ID: 398334-78<br>BUDAY, SHIRLEY<br>13364 BEACH BLVD UNIT 914<br>JACKSONVILLE FL 32224 | CREDITOR ID: 406435-MS<br>BURNS, DONALD E<br>4924 MARBLE FALLS DR<br>FT WORTH TX 76103 | CREDITOR ID: 406436-MS<br>BURNS, GORDON W<br>1387 FALKIRK COURT<br>JACKSONVILLE FL 32221 |
| CREDITOR ID: 406437-MS<br>BURNS, JOSEPH H<br>7713 HARPS MILL RD<br>RALEIGH NC 27615 | CREDITOR ID: 406438-MS<br>BURNS, KENNETH M<br>809 EAST BLOOMINGDALE AVENUE<br>PMB #147<br>BRANDON FL 33511 | CREDITOR ID: 403624-94<br>BURSON, RONNIE D<br>1507 LAKESHORE DRIVE<br>ANNISTON AL 36207 |
| CREDITOR ID: 406440-MS<br>BURT, LARRY<br>7 DEWBERRY COURT<br>BEDFORD TX 76021 | CREDITOR ID: 398341-78<br>BURT, LILLY A<br>PO BOX 211476<br>BEDFORD TX 76095 | CREDITOR ID: 406441-MS<br>BUSSING, RAYMOND J<br>4884 TARA WOOD DRIVE E<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 406441-MS<br>BUSSING, RAYMOND J<br>4884 TARA WOOD DRIVE E<br>JACKSONVILLE FL 32210 | CREDITOR ID: 403626-94<br>BUTLER, CHARLES G<br>3814 N LAKE ORLANDO PKWY<br>ORLANDO FL 32808 | CREDITOR ID: 411121-15<br>BUTLER, MICHAEL J<br>3618 TIGER POINT BLVD<br>GULF BREEZE FL 32563 |
| CREDITOR ID: 406443-MS<br>BUTTNER, EDWARD W III<br>219 TIMBER RIDGE CIRCLE<br>BURLESON TX 76028 | CREDITOR ID: 406444-MS<br>BYARS, GREGORY G<br>2603 CRAVENRIDGE RD<br>GARNER NC 27529 | CREDITOR ID: 406445-MS<br>BYARS, VANCE G<br>4401 JESSUP DRIVE<br>RALEIGH NC 27603 |
| CREDITOR ID: 406447-MS<br>BYRD, WILLIAM<br>1745 PATRICIA LANE<br>ORANGE PARK FL 32073 | CREDITOR ID: 406448-MS<br>BYRUM, DAVID M<br>764 EAGLE POINT DRIVE<br>SAINT AUGUSTINE FL 32092 | CREDITOR ID: 406448-MS<br>BYRUM, DAVID M<br>764 EAGLE POINT DRIVE<br>SAINT AUGUSTINE FL 32092 |
| CREDITOR ID: 403628-94<br>CABO, JORGE<br>1434 SW 159 LANE<br>PEMBROOKE PINES FL 33027 | CREDITOR ID: 402463-89<br>CAHOE, JOSEPH R<br>6012 BAY PINE DRIVE<br>LOUISVILLE KY 40219 | CREDITOR ID: 406450-MS<br>CAIRE, DENNIS<br>2016 CAMERON DR<br>PENSACOLA FL 32505 |

SERVICE LIST

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406451-MS<br>CALDERWOOD, CHARLES E<br>12555 AGATITE<br>JACKSONVILLE FL 32258 | CREDITOR ID: 406451-MS<br>CALDERWOOD, CHARLES E<br>12555 AGATITE<br>JACKSONVILLE FL 32258 | CREDITOR ID: 406452-MS<br>CALDERWOOD, LYLE<br>390 MARS HILL RD<br>POWER SPRINGS GA 30127 |
| CREDITOR ID: 406453-MS<br>CALKINS, WILLIAM C<br>PO BOX 1307<br>TARPON SPRINGS FL 34688-1307 | CREDITOR ID: 406454-MS<br>CALLOWAY, RONALD W<br>704 TORIA LANE<br>ST AUGUSTINE FL 32095 | CREDITOR ID: 406454-MS<br>CALLOWAY, RONALD W<br>704 TORIA LANE<br>ST AUGUSTINE FL 32095 |
| CREDITOR ID: 406455-MS<br>CALVERT, LEON L III (DECEASED)<br>C/O SHERRI CALVERT<br>3881 ORTEGA BLVD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 406455-MS<br>CALVERT, LEON L III (DECEASED)<br>C/O SHERRI CALVERT<br>3881 ORTEGA BLVD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 406456-MS<br>CAMERON, MALCOLM C<br>4605 MYSTIC DRIVE<br>ATLANTA GA 30342 |
| CREDITOR ID: 398359-78<br>CANDLER, GERALDINE J<br>4528 SPRINGLAKE ROAD<br>CHATTANOOGA, TN 37415 | CREDITOR ID: 406460-MS<br>CANNON, KENNETH L<br>496 WILSON LANDING ROAD<br>PROSPERITY SC 29127 | CREDITOR ID: 406461-MS<br>CANOVA, J MARVIN<br>234 BEECHWOOD CT<br>ORANGE PARK FL 32073 |
| CREDITOR ID: 406462-MS<br>CANTILLO, MANUEL<br>865 BLUEBIRD DRIVE<br>DELRAY BEACH FL 33444 | CREDITOR ID: 406463-MS<br>CANTU, KIM C<br>1721 LT HARDEE ROAD<br>GREENVILLE NC 27858 | CREDITOR ID: 406464-MS<br>CANTU, MICHAEL<br>101 CHRISTOPHER DRIVE<br>CLAYTON NC 27520 |
| CREDITOR ID: 403632-94<br>CARD, DANA M<br>9530 SADDLEBROOK DRIVE<br>BOCA FL 33434 | CREDITOR ID: 402471-89<br>CAREY, JAMES I<br>316 WEST VIOLET STREET<br>TAMPA FL 33603 | CREDITOR ID: 406466-MS<br>CARHILL, DANIEL<br>16712 SE COHIBA COURT<br>CLACKAMAS OR 97015 |
| CREDITOR ID: 406467-MS<br>CARLOS, DOUGLAS<br>371 WINCHESTER CIRCLE<br>MANDEVILLE LA 70448 | CREDITOR ID: 406468-MS<br>CARPENTER, LARRY<br>4840 ROXBURY DRIVE<br>COLUMBUS GA 31907 | CREDITOR ID: 406469-MS<br>CARPENTER, OTIS D.<br>258 HIDDEN LAKE COURT<br>MARIETTA GA 30068 |
| CREDITOR ID: 406470-MS<br>CARROLL, JAMES M<br>1 LAS OLAS CIRCLE, APT 412<br>FT LAUDERDALE FL 33316 | CREDITOR ID: 406471-MS<br>CARROLL, JAMES R<br>445 KINNARD MILL RD<br>HAZEL GREEN AL 35750 | CREDITOR ID: 402136-90<br>CARROLL, WALTER E<br>PO BOX 516<br>CRAWFORDVILLE FL 32327 |
| CREDITOR ID: 406473-MS<br>CARTER, JAMES D<br>4713 NADINE<br>FT WORTH TX 76117 | CREDITOR ID: 398374-78<br>CASON, PATRICIA W<br>902 LOG SHOALS ROAD<br>GREENVILLE, SC 29607 | CREDITOR ID: 403634-94<br>CASTILLO, FATIMA G<br>11430 SW 32ND STREET<br>MIAMI FL 33165 |

SERVICE LIST

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406474-MS<br>CASTILLO, ROBIN E<br>10908 NW 12TH COURT<br>PLANTATION FL 33322-6926 | CREDITOR ID: 406475-MS<br>CAUDILL, HC<br>200 SANDERS FERRY ROAD, APT 1305<br>HENDERSONVILLE TN 37075 | CREDITOR ID: 406476-MS<br>CAULEY, DONNIE B<br>7724 KINGSTON DRIVE<br>WAXHAW NC 28173 |
| CREDITOR ID: 406477-MS<br>CAUSEY, JOHN H<br>1908 ROSEMONT STREET<br>SALISBURY NC 28144 | CREDITOR ID: 403635-94<br>CAUSEY, THOMAS W<br>324 MELODY DR<br>JESUP GA 31545 | CREDITOR ID: 406478-MS<br>CHAFE, JAMES<br>468 JAKES CREEK TRAIL<br>BANSON MO 65616 |
| CREDITOR ID: 406479-MS<br>CHANDLER, CAREY A<br>3080 WEST COURT<br>MILLBROOK AL 36054 | CREDITOR ID: 406480-MS<br>CHANDLER, GARY L.<br>1049 ROUNDTREE DRIVE<br>GALLATIN TN 37066 | CREDITOR ID: 403636-94<br>CHASTANT, ALAN D<br>705 CAZALARD STREET<br>BELLE CHASSE LA 70037 |
| CREDITOR ID: 406482-MS<br>CHERRY, DORIS J<br>898 W 34TH STREET<br>HIALEAH FL 33012 | CREDITOR ID: 406483-MS<br>CHERRY, KEITH B<br>12637 MUIRFIELD BLVD N<br>JACKSONVILLE FL 32225 | CREDITOR ID: 406483-MS<br>CHERRY, KEITH B<br>12637 MUIRFIELD BLVD N<br>JACKSONVILLE FL 32225 |
| CREDITOR ID: 403638-94<br>CHERRY, MARK A<br>2133 NE CATTAIL DRIVE<br>MADISON FL 32340 | CREDITOR ID: 403638-94<br>CHERRY, MARK A<br>2133 NE CATTAIL DRIVE<br>MADISON FL 32340 | CREDITOR ID: 406485-MS<br>CHILDERS, JAMES H<br>8987 EAGLES RIDGE DRIVE<br>TALLAHASSEE FL 32212 |
| CREDITOR ID: 416239-15<br>CHISHOLM, PAUL MYRON<br>4823 MILEY ROAD<br>PLANT CITY FL 33565 | CREDITOR ID: 416239-15<br>CHISHOLM, PAUL MYRON<br>4823 MILEY ROAD<br>PLANT CITY FL 33565 | CREDITOR ID: 406488-MS<br>CLACK, KENNETH<br>1124 WOODCREST AVENUE<br>INVERNESS FL 34453 |
| CREDITOR ID: 403640-94<br>CLANCY, DALE O<br>13030 DUVAL LAKE RD.<br>JACKSONVILLE FL 32218 | CREDITOR ID: 406489-MS<br>CLARKE, RUSSELL S<br>7047 SENECA AVE<br>JACKSONVILLE FL 32210 | CREDITOR ID: 406490-MS<br>CLARY, MATTHEW W<br>882 WALLACE PATE DR<br>GEORGETOWN SC 29440 |
| CREDITOR ID: 406491-MS<br>CLAYTON, GEORGE M<br>PO BOX 408300<br>FT LAUDERDALE FL 33340 | CREDITOR ID: 406492-MS<br>CLERC, GEORGE E JR<br>PO BOX 724<br>WELAKA FL 32193 | CREDITOR ID: 406492-MS<br>CLERC, GEORGE E JR<br>PO BOX 724<br>WELAKA FL 32193 |
| CREDITOR ID: 403642-94<br>COATES, DARREN L<br>566 MANCHESTER DR<br>SLIDELL LA 70461 | CREDITOR ID: 406493-MS<br>COATES, WILLIAM S JR<br>261 SLATTEN SHOALS RD<br>PELZER SC 29669 | CREDITOR ID: 406494-MS<br>COBB, JACK L<br>803 PHIFER RD<br>KINGS MOUNTAIN NC 28086 |

SERVICE LIST

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406495-MS<br>COBB, RICHARD W<br>622 MELLOWOOD AVENUE<br>ORLANDO FL 32835 | CREDITOR ID: 406496-MS<br>COFFEE, ERNEST R SR<br>102 SUNRISE VIEW<br>ANDERSON SC 29621-2463 | CREDITOR ID: 406497-MS<br>COINTEPOIX, RENE A.<br>4063 72ND LANE<br>HYPOLUXO FL 33462 |
| CREDITOR ID: 406498-MS<br>COKER, STEVE C<br>41 WEST MCELHANEY ROAD<br>TAYLORS SC 29687 | CREDITOR ID: 398398-78<br>COLE, SHERRY LEE<br>202 DAVIS STREET<br>WEATHERFORD, TX 76086 | CREDITOR ID: 406499-MS<br>COLEMAN, REGGIE C JR<br>PO BOX 8426<br>FLEMING ISLE FL 32006-0012 |
| CREDITOR ID: 403645-94<br>COLEMAN, REGGIE C JR<br>PO BOX 8426<br>FLEMING ISLAND FL 32006 | CREDITOR ID: 406500-MS<br>COLEMAN, RONALD<br>2209 CHERRY CREEK COURT<br>MONTGOMERY AL 36117 | CREDITOR ID: 406501-MS<br>COLEMAN, SANDRA J<br>5354 SHORE CREST DRIVE<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 406503-MS<br>COLLINS, EUGENE B.<br>8210 MCALPINE DR.<br>CHARLOTTE NC 28217 | CREDITOR ID: 406502-MS<br>COLLINS, KENNETH SR<br>1173 HERITAGE ESTATES TRACE<br>JACKSONVILLE FL 32220 | CREDITOR ID: 406504-MS<br>COLLURA, ANTHONY J<br>13120 WARDLINE RD<br>HAMMOND LA 70401 |
| CREDITOR ID: 411100-15<br>COLVIN, WILLIAM E<br>729 NORTH 6TH STREET<br>JACKSONVILLE BEACH FL 32250 | CREDITOR ID: 406506-MS<br>COMPAGNO, LARRY A<br>4405 DAVID DR<br>METAIRIE LA 70003 | CREDITOR ID: 406506-MS<br>COMPAGNO, LARRY A<br>4405 DAVID DR<br>METAIRIE LA 70003 |
| CREDITOR ID: 403647-94<br>COMPTON, CHERYL A<br>24157 BALMORAL LN<br>BROOKSVILLE FL 34601 | CREDITOR ID: 403648-94<br>CONNER, FREDERICK J<br>10301 WHITESTONE ROAD<br>RALEIGH NC 27615 | CREDITOR ID: 403648-94<br>CONNER, FREDERICK J<br>10301 WHITESTONE ROAD<br>RALEIGH NC 27615 |
| CREDITOR ID: 406508-MS<br>CONNER, ROY E<br>788 MCCOY ROAD<br>WARE SHOALS SC 29692 | CREDITOR ID: 403649-94<br>COOK, EDDIE B<br>203 LENTZ RD<br>BRANDON FL 33510 | CREDITOR ID: 406509-MS<br>COOK, PHILLIP<br>1208 BRIDGE CREST DR<br>WINDER GA 30680 |
| CREDITOR ID: 406510-MS<br>COONER, JERRY<br>1617 EAST TRINITY BLVD<br>MONTGOMERY AL 36106 | CREDITOR ID: 406511-MS<br>COOPER, DARRYL<br>4800 SE 188TH AVE<br>FT. LAUDERDALE FL 33332 | CREDITOR ID: 406512-MS<br>COOPER, DEAN<br>8447 THREE CREEKS BLVD<br>JACKSONVILLE FL 32220 |
| CREDITOR ID: 406513-MS<br>COOPER, JAMES L<br>5201 VILLAGE WAY<br>AMELIA ISLAND FL 32043 | CREDITOR ID: 406514-MS<br>COOPER, LEONARD H<br>2437 CEDAR SHORES CIRCLE S<br>JACKSONVILLE FL 32210 | CREDITOR ID: 403650-94<br>CORELLA, PASQUALE J<br>PO BOX 5501<br>KEY WEST FL 33045 |

SERVICE LIST

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.  **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 406515-MS<br>COREY, THOMAS<br>4043 WINDSOR PARK DRIVE E<br>JACKSONVILLE FL 32224 | CREDITOR ID: 403651-94<br>CORNISH, M C<br>1109 DUNCAN DR<br>WINTER SPGS FL 32708 | CREDITOR ID: 403651-94<br>CORNISH, M C<br>1109 DUNCAN DR<br>WINTER SPGS FL 32708 |
| CREDITOR ID: 406517-MS<br>CORRINO, MICHAEL J.<br>4354 SENTINEL PL NW<br>KENNESAW GA 30144 | CREDITOR ID: 402506-89<br>COTE, RENE<br>15462 SW 112TH TERRACE<br>MIAMI FL 33196 | CREDITOR ID: 406519-MS<br>COTTON, DON C<br>5000 E VENICE AVENUE<br>VENICE FL 34292 |
| CREDITOR ID: 406520-MS<br>COUCH, WARREN A<br>2803 GRANDE OAKS WAY<br>GREEN COVE SPRINGS FL 32043-3769 | CREDITOR ID: 406520-MS<br>COUCH, WARREN A<br>2803 GRANDE OAKS WAY<br>GREEN COVE SPRINGS FL 32043-3769 | CREDITOR ID: 403653-94<br>COUNTS, JAMES A<br>116 CRESCENT ROAD<br>GREENWOOD SC 29649-1806 |
| CREDITOR ID: 406521-MS<br>COURSON, CHARLES<br>8229 PINE AVENUE<br>MACCLENNY FL 32063 | CREDITOR ID: 403654-94<br>COURT, ERIC C<br>PO BOX 395<br>LADY LAKE FL 32158-0395 | CREDITOR ID: 398422-78<br>COURTNEY, JAMES<br>2113 LAUREN DR<br>LARGO, FL 33774 |
| CREDITOR ID: 406524-MS<br>COURTNEY, LINDA S.<br>8437 130TH AVE. N.<br>LARGO FL 33773 | CREDITOR ID: 406525-MS<br>COX, GENE<br>6216 KINGSGATE DRIVE<br>BURLINGTON KY 41005 | CREDITOR ID: 403655-94<br>COX, MICHELLE<br>877 FOOTHILL RD<br>WINFIELD  AL 35595 |
| CREDITOR ID: 406526-MS<br>COX, ROBERT E<br>297 COUNTY ROAD 334<br>DEBERRY  TX 75639 | CREDITOR ID: 406528-MS<br>COYLE, JOHN<br>105 FINCH ST.<br>LA PLACE LA 70068 | CREDITOR ID: 406529-MS<br>CRABTREE, RONALD H<br>2124 PARADISE POINT LN<br>APOPKA FL 32703 |
| CREDITOR ID: 406530-MS<br>CRADDOCK, JAMES COY<br>5323 MAPLETON STREET<br>CLEMMONS NC 27012 | CREDITOR ID: 406531-MS<br>CRAIN, LESTER<br>300 WELDON PARK DRIVE<br>MANDEVILLE LA 70471 | CREDITOR ID: 403656-94<br>CRAMER, RON H<br>3401 SAWGRASS ROAD<br>EDMOND OK 73034 |
| CREDITOR ID: 403657-94<br>CRANE, LARRY R<br>204 COUNTY RD, APT 836<br>SELMA AL 36701-0024 | CREDITOR ID: 406532-MS<br>CRAWFORD, JAMES A<br>416 FINCASTLE DRIVE<br>RALEIGH NC 27607 | CREDITOR ID: 406533-MS<br>CRAWFORD, JOHN T SR<br>631 AMERBLEY CROSSING<br>FT MILLS SC 29715 |
| CREDITOR ID: 406534-MS<br>CRIST, CARL W<br>148 WATERS EDGE DRIVE N<br>PONTE VEDRA FL 32082 | CREDITOR ID: 406535-MS<br>CRITCHLOW, JOHN W<br>12511 CLASSIC DRIVE<br>CORAL SPRINGS FL 33071 | CREDITOR ID: 406536-MS<br>CROFT, DENNIS<br>PO BOX 60604<br>JACKSONVILLE FL 32236 |

SERVICE LIST

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406537-MS<br>CRONIN, ROBERT V<br>3721 FALLON OAKS DRIVE<br>JACKSONVILLE FL 32277 | CREDITOR ID: 406538-MS<br>CROSSON, DAVID<br>16 RIDGEWOOD DR.<br>GREENVILLE SC 29615 | CREDITOR ID: 403658-94<br>CRUMLEY, MICHAEL<br>603 N PECAN STREET<br>CORDELE GA 31015 |
| CREDITOR ID: 406542-MS<br>CURTIN, GENE L<br>9999 VINEYARD LAKE DRIVE<br>JACKSONVILLE FL 32256 | CREDITOR ID: 422893-ST<br>CUTCLIFFE, WILLIAM & MARGARET<br>1033 BROOKSTONE LANE<br>BIRMINGHAM AL 35235 | CREDITOR ID: 406544-MS<br>DAIGLE, STEVEN L<br>1604 MANSON AVE<br>METAIRIE LA 70001 |
| CREDITOR ID: 406544-MS<br>DAIGLE, STEVEN L<br>1604 MANSON AVE<br>METAIRIE LA 70001 | CREDITOR ID: 403661-94<br>DALILI, ALI<br>254 MARLBERRY CIRCLE<br>JUPITER FL 33458 | CREDITOR ID: 406545-MS<br>DAMER, RONALD G<br>127 WATERSEDGE ROAD<br>GREENWOOD SC 29649 |
| CREDITOR ID: 403662-94<br>DANGERFIELD, RODRIGUEZ<br>1956 ORCHARD PARK DR<br>OCOEE FL 34761 | CREDITOR ID: 402523-89<br>DARNELL, JERRY<br>5100 FOREST CREEK ROAD<br>RALEIGH NC 27606-9418 | CREDITOR ID: 406547-MS<br>DARROW, DARAN<br>2141 BRIGHTON BAY TRAIL<br>JACKSONVILLE FL 32246 |
| CREDITOR ID: 406548-MS<br>DARROW, SUSAN<br>2141 BRIGHTON BAY TRAIL<br>JACKSONVILLE FL 32246 | CREDITOR ID: 403663-94<br>DAVENPORT, DENNIS R<br>310 GENTRY RUN<br>GREENWOOD SC 29649 | CREDITOR ID: 406549-MS<br>DAVIS, ANDREW D<br>PO BOX 19366<br>JACKSONVILLE FL 32245 |
| CREDITOR ID: 406550-MS<br>DAVIS, BILLY M JR<br>1745 RED CLOUD RD<br>TEN MILE TN 37880 | CREDITOR ID: 403664-94<br>DAVIS, DEBORAH D<br>16105 CANTON CT<br>TAMPA FL 33647-0121 | CREDITOR ID: 406551-MS<br>DAVIS, EVERETT J<br>10003 BAYOU VIEW DRIVE WEST<br>BAY ST LOUIS MS 39520 |
| CREDITOR ID: 406551-MS<br>DAVIS, EVERETT J<br>10003 BAYOU VIEW DRIVE WEST<br>BAY ST LOUIS MS 39520 | CREDITOR ID: 398449-78<br>DAVIS, JERRY D<br>1527 MARSH RABBIT WAY<br>ORANGE PARK, FL 32003 | CREDITOR ID: 398449-78<br>DAVIS, JERRY D<br>1527 MARSH RABBIT WAY<br>ORANGE PARK, FL 32003 |
| CREDITOR ID: 420124-ST<br>DAVIS, JOHN W<br>12553 HIGHVIEW DR<br>JACKSONVILLE FL 32225 | CREDITOR ID: 403667-94<br>DAVIS, LARRY T<br>911 MADISON AVE<br>VALDOSTA GA 31602 | CREDITOR ID: 406553-MS<br>DAVIS, LAURA J<br>2313 CEDAR SHORES CIRCLE<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 398451-78<br>DAVIS, OLIVER W<br>470 CRANBERRY LANE<br>FLEETWOOD NC 28626 | CREDITOR ID: 406555-MS<br>DAVIS, T WAYNE<br>1910 SAN MARCO BLVD<br>JACKSON FL 32207 | CREDITOR ID: 403668-94<br>DAVIS, TRAVIS M<br>12204 LAKE FERN DR<br>JACKSONVILLE FL 32258 |

SERVICE LIST

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406556-MS<br>DAVIT, PETE A<br>129 N EWING AVE #3<br>LOUISVILLE KY 40206 | CREDITOR ID: 406557-MS<br>DAWSON, CURTISS C.<br>929 MADEWOOD RD.<br>LA PLACE LA 70068 | CREDITOR ID: 406558-MS<br>DAY, MICHAEL L<br>500 CHRISTOPHER LANE<br>BURLESON TX 76028 |
| CREDITOR ID: 406559-MS<br>DEAN, GARY<br>P.O. BOX 100771<br>FT. LAUDERDALE FL 33310 | CREDITOR ID: 406559-MS<br>DEAN, GARY<br>P.O. BOX 100771<br>FT. LAUDERDALE FL 33310 | CREDITOR ID: 406560-MS<br>DEBORD, DAVID E<br>8220 WHITE SWAN COURT<br>ORLANDO FL 32836 |
| CREDITOR ID: 403670-94<br>DEBRUHL, SAMUEL J<br>1562 JOSEPH LANE<br>MIDDLEBURG FL 32068 | CREDITOR ID: 403671-94<br>DECKER, DAVID<br>20905 LOWRY DR<br>FAIRHOPE AL 36532 | CREDITOR ID: 403672-94<br>DECKER, WILLIAM<br>4250 N MONADNOCK RD<br>HERNANDO FL 34442 |
| CREDITOR ID: 406561-MS<br>DECLUE, CHARLES<br>BOX 341<br>TAVERNIER FL 33070 | CREDITOR ID: 406562-MS<br>DEESE, ROBERT B<br>907 GAMBIT PLACE<br>SEFFNER FL 33584 | CREDITOR ID: 403673-94<br>DEKKER, MICHAEL P<br>1123 HERON RD<br>KEY LARGO FL 33037 |
| CREDITOR ID: 406563-MS<br>DELL ANTONIA, DEAN<br>1 OAKWOOD DRIVE<br>WAYNE NJ 07470 | CREDITOR ID: 403674-94<br>DEMAIO, LAWRENCE A<br>12336 NW 26 COURT<br>CORAL SPRINGS FL 33065 | CREDITOR ID: 406564-MS<br>DENMARK, LAWRENCE J<br>1005 WILSHIRE DRIVE<br>CARY NC 27511-3932 |
| CREDITOR ID: 406565-MS<br>DENNEY, JERRY R<br>217 CROOKED COURT<br>JACKSONVILLE FL 32259 | CREDITOR ID: 406565-MS<br>DENNEY, JERRY R<br>217 CROOKED COURT<br>JACKSONVILLE FL 32259 | CREDITOR ID: 406566-MS<br>DENNIS, ROY L.<br>160 ESPERNZA WAY<br>PALM BEACH GARDENS FL 33418 |
| CREDITOR ID: 406567-MS<br>DENNIS, TOM<br>263 W PALMETTO AVENUE<br>LONGWOOD FL 32750 | CREDITOR ID: 406568-MS<br>DENTON, JERRY<br>102 DRAKES LANDING<br>BRUNSWICK GA 31523 | CREDITOR ID: 406569-MS<br>DERISO, CHARLES W.<br>3270 HIDDEN FOREST DR.<br>SNELLVILLE GA 30278 |
| CREDITOR ID: 406570-MS<br>DERISO, GEORGE H<br>3943 CHICORA WOOD PL<br>JACKSONVILLE FL 32224 | CREDITOR ID: 406570-MS<br>DERISO, GEORGE H<br>3943 CHICORA WOOD PL<br>JACKSONVILLE FL 32224 | CREDITOR ID: 406571-MS<br>DESSOFFY, DAVID<br>370 TURTLE DOVE DRIVE<br>ORANGE PARK FL 32073 |
| CREDITOR ID: 406572-MS<br>DIAL, CHARLES W<br>1983 CANFIELD GLEN<br>LAWRENCEVILLE GA 30044 | CREDITOR ID: 398464-78<br>DICKEY, DOROTHY T<br>180 SHERRY LANE<br>FAIR PLAY, SC 29643 | CREDITOR ID: 406574-MS<br>DILL, WILLIAM F JR<br>2111 IMPERIAL DRIVE NE<br>GAINESVILLE GA 30501 |

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**                          **CASE: 05-03817-3F1**

CREDITOR ID: 403677-94
DILLON, LLOYD D
1417 15TH AVE
FRANKLINTON LA 70438

CREDITOR ID: 406575-MS
DISMUKE, JOSEPH
128 SOUTHLAKE DR
MOULTRIE GA 31768-7945

CREDITOR ID: 403678-94
DIXON, CHARLES A
817 DOWNS AVE
GARDENDALE AL 35071

CREDITOR ID: 406576-MS
DIXON, JUDITH W
4981 HARVEY GRANT RD.
ORANGE PARK FL 32003

CREDITOR ID: 406576-MS
DIXON, JUDITH W
4981 HARVEY GRANT RD.
ORANGE PARK FL 32003

CREDITOR ID: 406577-MS
DOGAN, DEDRA N
86085 SHELTER ISLAND DRIVE
FERNANDINA BEACH FL 32034

CREDITOR ID: 406578-MS
DOMINGUEZ, B R
4101 SHAMROCK
ARLINGTON TX 76011

CREDITOR ID: 406579-MS
DONAHUE, BRENDA J.
410 PINE AVE
ALTAMONTE SPRINGS FL 32701

CREDITOR ID: 406580-MS
DONALD, WILLIAM
524 WHITEHEAD COURT
FT MILLS SC 29708

CREDITOR ID: 406581-MS
DONALDSON, PAUL
9131 CARTERS GROVE WAY
MONTGOMERY AL 36116

CREDITOR ID: 406582-MS
DONATO, JOSEPH W
6440 SW 25TH STREET
MIRAMAR FL 33023

CREDITOR ID: 406583-MS
DOOLITTLE, CHARLES W JR
7051 CYPRESS BRIDGE DR S
PONTE VEDRA FL 32082

CREDITOR ID: 406583-MS
DOOLITTLE, CHARLES W JR
7051 CYPRESS BRIDGE DR S
PONTE VEDRA FL 32082

CREDITOR ID: 403681-94
DORBU, EMMANUEL
135 OSPREY COVE LN
PONTE VEDRA FL 32082

CREDITOR ID: 406584-MS
DORGAN, THOMAS
3081 MAGNOLIA COURT
EDGEWOOD KY 41017

CREDITOR ID: 403682-94
DORGAN, THOMAS M
3081 MAGNOLIA CT
EDGEWOOD KY 41017

CREDITOR ID: 406585-MS
DOSS, GARY W
100 MACINTOSH LANE
CENTERVILLE GA 31028

CREDITOR ID: 406586-MS
DOTY, JACKIE W
611 COUNTY RD 40 W
PRATTVILLE AL 36067

CREDITOR ID: 406587-MS
DOWDY, KEVIN
129 BUNNY LANE
BAINBRIDGE GA 31717

CREDITOR ID: 406588-MS
DOWNES, DAN J
902 JORYNES DRIVE
MONTGOMERY AL 36109

CREDITOR ID: 403683-94
DOWNES, DAN J
902 JORYNE DRIVE
MONTGOMERY AL 36109

CREDITOR ID: 403684-94
DROEGE, FREDERICK
1318 KEWANEE TRAIL
MAITLAND FL 32751

CREDITOR ID: 406589-MS
DUBNICK, RICHARD L
10133 VINEYARD LAKE DRIVE EAST
JACKSONVILLE FL 32256

CREDITOR ID: 406589-MS
DUBNICK, RICHARD L
10133 VINEYARD LAKE DRIVE EAST
JACKSONVILLE FL 32256

CREDITOR ID: 403686-94
DUCHARME, DONALD D
1445 TYLER STREET
HOLLYWOOD FL 33020

CREDITOR ID: 406590-MS
DUCOTE, DAVID J
1628 MAPLEWOOD DRIVE
HARVEY LA 70058-3543

CREDITOR ID: 406590-MS
DUCOTE, DAVID J
1628 MAPLEWOOD DRIVE
HARVEY LA 70058-3543

SERVICE LIST
Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406591-MS<br>DUDLEY, LEATON C<br>PO BOX 152<br>HARKERS ISLAND NC 28531 | CREDITOR ID: 406592-MS<br>DUFEK, ROBERT H<br>12746 SHINNECOCK COURT<br>JACKSONVILLE FL 32225 | CREDITOR ID: 403688-94<br>DUFFEE, HERBERT M JR<br>1432 NORTHRIDGE DR<br>LONGWOOD FL 32750 |
| CREDITOR ID: 400677-91<br>DUGGAR, BRUCE R<br>8176 JAMAICA RD SO<br>JACKSONVILLE FL 32216 | CREDITOR ID: 406594-MS<br>DUNCAN, MARY<br>333 SIOUX DRIVE<br>ABITA SPRINGS LA 70420 | CREDITOR ID: 402561-89<br>DUNLAP, LARRY M<br>126 BIARCLIFF ROAD<br>CENTRAL SC 29630 |
| CREDITOR ID: 406596-MS<br>DUNN, DAVID<br>419 CECIL RD<br>WENDELL NC 27591 | CREDITOR ID: 406597-MS<br>DUNN, WESLEY L<br>6556 VINTAGE RIDGE LN<br>FUQUAY VARINA NC 27526 | CREDITOR ID: 406597-MS<br>DUNN, WESLEY L<br>6556 VINTAGE RIDGE LN<br>FUQUAY VARINA NC 27526 |
| CREDITOR ID: 403691-94<br>DUPUY, EUGENE P<br>3313 SUGARMILL ROAD<br>KENNER LA 70065 | CREDITOR ID: 403691-94<br>DUPUY, EUGENE P<br>3313 SUGARMILL ROAD<br>KENNER LA 70065 | CREDITOR ID: 406599-MS<br>DURDEN, GEROUDE W JR<br>1523 SHARON HILL DRIVE<br>JACKSONVILLE FL 32211-4935 |
| CREDITOR ID: 406599-MS<br>DURDEN, GEROUDE W JR<br>1523 SHARON HILL DRIVE<br>JACKSONVILLE FL 32211-4935 | CREDITOR ID: 406600-MS<br>DURHAM, DOUGLAS<br>108 SOUTH 7TH STREET<br>EASLEY SC 29640 | CREDITOR ID: 403694-94<br>DUVALL, WILLIAM M<br>4 BAY WOOD DR<br>ORMOND BEACH FL 32174 |
| CREDITOR ID: 398492-78<br>EDMONDSON, LOUISE<br>1501 YELLOW WOOD DRIVE<br>SIMPSONVILLE, SC 29680 | CREDITOR ID: 406601-MS<br>EHSTER, RICHARD J<br>1901 EDGEWOOD DR<br>MT DORA FL 32757 | CREDITOR ID: 406602-MS<br>EISENMAN, ROBERT B<br>148 GLANDA DRIVE<br>BEAUFORT NC 28516 |
| CREDITOR ID: 406603-MS<br>ELIAS, DAVID<br>267 HUNTING HOLLOW RD<br>SIX MILE SC 29681 | CREDITOR ID: 406605-MS<br>ELLIS, MALLARD A.<br>895 PINECREST ROAD<br>BATH NC 27808 | CREDITOR ID: 406606-MS<br>EMERSON, ROBERT D<br>1304 KINGSTON RIDGE DRIVE<br>CARY NC 27511 |
| CREDITOR ID: 410384-15<br>EMMANUEL, PATRICK G JR<br>5807 KAISER LANE<br>PENSACOLA FL 32507 | CREDITOR ID: 410384-15<br>EMMANUEL, PATRICK G JR<br>5807 KAISER LANE<br>PENSACOLA FL 32507 | CREDITOR ID: 406608-MS<br>ENGEL, THOMAS W<br>105 OAKWOOD<br>WEATHERFORD TX 76086 |
| CREDITOR ID: 403696-94<br>ENGLERT, GREGORY S<br>740 LAFAYETTE ST<br>LAPLACE LA 70068 | CREDITOR ID: 406609-MS<br>ENGLISH, CLARENCE<br>109 MAYFAIR DR.<br>TAYLORS SC 29687 | CREDITOR ID: 406610-MS<br>EPPERSON, JAMES G<br>18152 MONGA DRIVE<br>COVINGTON LA 70433 |

**SERVICE LIST**

Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                              CASE:  05-03817-3F1

CREDITOR ID: 403697-94
EPSTEIN, STEPHEN C
701 TARRY TOWN TR
PORT ORANGE FL 32127

CREDITOR ID: 406611-MS
ERVIN, JERRY
101 LYME COURT
GARNER NC 27529

CREDITOR ID: 406612-MS
ESTEP, ROYCE L.
438 SE LYNNWOOD
BURLESON TX 76028

CREDITOR ID: 406613-MS
ESTES, CALVIN EDWARD
331 SHAKLEFORD RD
TEMPLE GA 30179

CREDITOR ID: 406614-MS
ESTILL, GARI L
3109 CANOE ST
JACKSONVILLE FL 32259

CREDITOR ID: 406615-MS
EVANS, KEITH
11051 N.W. 29TH ST.
CORAL SPRINGS FL 33065

CREDITOR ID: 406616-MS
EVANS, SAMUEL W
1245 SOUTH POWERLINE ROAD
PO BOX 299
POMPANO BEACH FL 33069

CREDITOR ID: 403698-94
EYLER, MARK R
225 BERT RIDGE RD
HAVANA FL 32333

CREDITOR ID: 400687-91
EYO, BUFFER E
PO BOX 770936
MIAMI FL 33177

CREDITOR ID: 403700-94
FAILE, JERRY D
1325 SEWANNE AVE
FLORENCE SC 29501

CREDITOR ID: 406617-MS
FAIN, CHARLES E
3457 BIRKENHEAD DRIVE
LEXINGTON KY 40503

CREDITOR ID: 406618-MS
FANT, WAVERLY F
1261 ALDERMAN ROAD EAST
JACKSONVILLE FL 32211

CREDITOR ID: 406619-MS
FARNEY, FRED
2746 CHAPPARAL DRIVE
MELBOURNE FL 32934

CREDITOR ID: 398509-78
FAULK, BARBARA H
111 WITHERSPOON CT
WARNER ROBBINS GA 31088

CREDITOR ID: 406621-MS
FAVERO, TOM
3043 EGRET TERRACE
SAFETY HARBOR FL 34695

CREDITOR ID: 406622-MS
FECKE, JOSEPH F
101 WOODHAVEN WAY
HENDERSONVILLE TN 37075

CREDITOR ID: 406622-MS
FECKE, JOSEPH F
101 WOODHAVEN WAY
HENDERSONVILLE TN 37075

CREDITOR ID: 406623-MS
FECKE, KEITH J
325 WESTWOOD DRIVE
MANDEVILLE LA 70471

CREDITOR ID: 406623-MS
FECKE, KEITH J
325 WESTWOOD DRIVE
MANDEVILLE LA 70471

CREDITOR ID: 406624-MS
FEDERICO, VINCENT
4600 KENT AVENUE
METAIRE LA 70006

CREDITOR ID: 403703-94
FELDMAN, BARRY
233 SOUTH FEDERAL HWY, APT 323
BOCA RATON FL 33432

CREDITOR ID: 406625-MS
FENNEMAN, GLEN E
11085 E US HIGHWAY 90
LEE FL 32059

CREDITOR ID: 406626-MS
FERRY, JOHN E
1054 LOST CREEK RD
JACKSONVILLE FL 32220

CREDITOR ID: 403704-94
FETTER, ARMON H JR
1201 TAXUS TOP LANE, APT 101
LOUISVILLE KY 40243

CREDITOR ID: 406627-MS
FICQUETTE, STEVE
2346 OLANDER ST.
GREEN COVE SPRINGS FL 32043

CREDITOR ID: 406628-MS
FILOSA, PHILLIP J
2944 WEST VERBENA PLACE
BEVERLY HILLS FL 34465

CREDITOR ID: 406629-MS
FINCH, GARY WARREN
240 VOLUSIA DRIVE
WINTER HAVEN FL 33884

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406630-MS<br>FINLEY, HAROLD D<br>480 SOUTH 3RD STREET<br>MCCLENNY FL 32063 | CREDITOR ID: 403705-94<br>FINNEY, JAMES L<br>244 W BRITAIN STREET<br>HERNANDO FL 34442 | CREDITOR ID: 403706-94<br>FINNICK, MICHAEL J<br>1332 STARLING RD<br>MIDDLEBURG FL 32068 |
| CREDITOR ID: 406631-MS<br>FISCHER, ROBERT B.<br>2021 CHERRY HILL CHURCH RD<br>S. BOSTON VA 24592 | CREDITOR ID: 403707-94<br>FISHER, JAMES A<br>1510 EAST FORK DR<br>SALISBURY NC 28146 | CREDITOR ID: 406633-MS<br>FITZGERALD, JOHN DARRYL<br>6016 LA QUINTA CIRCLE<br>EDMOND OK 73003 |
| CREDITOR ID: 406633-MS<br>FITZGERALD, JOHN DARRYL<br>6016 LA QUINTA CIRCLE<br>EDMOND OK 73003 | CREDITOR ID: 406635-MS<br>FITZGERALD, JOHN F<br>214 ARROWHEAD DR<br>MONTGOMERY AL 36117 | CREDITOR ID: 406636-MS<br>FLAHERTY, ED<br>5318 1ST ST EAST<br>BRADENTON FL 34203 |
| CREDITOR ID: 406637-MS<br>FLEETWOOD, LEWIS N.<br>601 W. SYLVAN DR., #813<br>BRANDON FL 33510 | CREDITOR ID: 406638-MS<br>FLICK, DOUGLAS D<br>4534 BEACON DRIVE W<br>JACKSONVILLE FL 32225 | CREDITOR ID: 406639-MS<br>FLOYD, ROGER B<br>1216 VETERANS DRIVE EXT<br>MARION NC 28752 |
| CREDITOR ID: 403709-94<br>FLYNN, TERRY<br>16 LOCUST POINT<br>COLD SPRINGS KY 41076 | CREDITOR ID: 403710-94<br>FOCHT, WILLIAM A<br>2428 FALLS RIVER DR<br>LITHIA SPRING GA 30122 | CREDITOR ID: 406640-MS<br>FOLDS, TIMOTHY O<br>846 GLEN RIDGE DRIVE<br>LILBURN GA 30247 |
| CREDITOR ID: 406641-MS<br>FOLEY, JOHN R JR<br>1631 CORSICA DR<br>WELLINGTON FL 33414-1045 | CREDITOR ID: 406642-MS<br>FONTANILLE, PERRY J<br>2633 CRESTWAY ROAD<br>MARRERO LA 70072 | CREDITOR ID: 406643-MS<br>FORBUS, DAVID L<br>103 BRIARCREST LANE<br>HENDERSONVILLE TN 37075 |
| CREDITOR ID: 406644-MS<br>FORDHAM, STEPHEN<br>2800 WESTWICK COURT<br>RALEIGH NC 27615 | CREDITOR ID: 406645-MS<br>FOREHAND, CHERYL<br>1900 MELROSE PLANTATION DRIVE<br>JACKSONVILLE FL 32223 | CREDITOR ID: 406645-MS<br>FOREHAND, CHERYL<br>1900 MELROSE PLANTATION DRIVE<br>JACKSONVILLE FL 32223 |
| CREDITOR ID: 406646-MS<br>FOUNTAIN, LEROY W<br>31542 LAWRENCE ST, BOX 14<br>SORENTO FL 32776 | CREDITOR ID: 403712-94<br>FOUNTAIN, LEROY W<br>31542 LAWRENCE STREET, BOX 14<br>SORRENTO FL 32776 | CREDITOR ID: 406647-MS<br>FOWLER, TOM<br>2726 GARRETT NICHOLAS LOOP<br>KISSIMMEE FL 34746-3593 |
| CREDITOR ID: 406648-MS<br>FOY, ALLEN<br>18 CABIN BAR DRIVE<br>CLAYTON NC 27520 | CREDITOR ID: 406649-MS<br>FRADY, BILL<br>323 HUNTCLIFF DRIVE<br>TAYLORS SC 29687 | CREDITOR ID: 406650-MS<br>FRADY, LYMAN D.<br>135 FOXWOOD DR.<br>AIKEN SC 29801 |

SERVICE LIST

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 406651-MS
FRASER, JOSEPH III
507 DEER RUNWAY
WOODSTOCK GA 30189

CREDITOR ID: 403713-94
FREEMAN, ROBERT M
8818 SE 68TH WAY
OKEECHOBEE FL 34974

CREDITOR ID: 406652-MS
FRIDAY, LORENZO JR
20315 VAL CIRCLE
CORNELIUS NC 28031

CREDITOR ID: 406653-MS
FRYERS, GERALD
3773 AVON CT
CLERMONT FL 34711-5724

CREDITOR ID: 406654-MS
FUTCH, KEN
221 SPARROW BRANCH CIRCLE
JACKSONVILLE FL 33259

CREDITOR ID: 406655-MS
GADDY, CLIFTON D.
5617 PARTRIDGE DR.
RALEIGH NC 27609

CREDITOR ID: 406656-MS
GADDY, NANCY H
901 E PLEASANT PL
JACKSONVILLE FL 32259

CREDITOR ID: 419613-ST
GAGE, JOANNE R
3817 BRAMPTON ISLAND CT N
JACKSONVILLE FL 32224-7609

CREDITOR ID: 403715-94
GAGNON, ROBERT G
5210 ECHO PINES CIRCLE EAST
FT PIERCE FL 34951

CREDITOR ID: 406657-MS
GALLAGHER, ALBERT J
8310 SW 55TH CT
DAVIE FL 33328

CREDITOR ID: 406658-MS
GALLAGHER, JOHN D
PO BOX 213
FELDA FL 33930

CREDITOR ID: 406659-MS
GALLOGLY, WILLIAM
1778 STERN WHEEL DRIVE
JACKSONVILLE FL 32223

CREDITOR ID: 395015-59
GARDINER, LELAND M JR
716 RANDOLPH AVE SE
HUNTSVILLE, AL 35801

CREDITOR ID: 403717-94
GARDNER, JOHN A
595 CAP CONNOLLY ROAD
YORK SC 29745

CREDITOR ID: 403718-94
GARMON, JON R
13810 SUTTON PARK DRIVE N, APT 1124
JACKSONVILLE FL 32224

CREDITOR ID: 403718-94
GARMON, JON R
13810 SUTTON PARK DRIVE N, APT 1124
JACKSONVILLE FL 32224

CREDITOR ID: 406662-MS
GARNER, RONALD A
1493 SCARLETT WAY
GREEN COVE SPRINGS FL 32043

CREDITOR ID: 406663-MS
GAROFALO, NATALE
805 RUE DE LA PAIX
HAMMOND LA 70403

CREDITOR ID: 402606-89
GAROUTTE, JOHN W
2324 STONEGATE DR
WELLINGTON FL 33414

CREDITOR ID: 403719-94
GARRETT, LOWELL C
14007 MILLHOPPER RD
GAINESVILLE FL 32653

CREDITOR ID: 403720-94
GATES, KEVIN
404 NORTH ASTER TRACE
JACKSONVILLE FL 32259

CREDITOR ID: 403720-94
GATES, KEVIN
404 NORTH ASTER TRACE
JACKSONVILLE FL 32259

CREDITOR ID: 398552-78
GAYNOR, SETH S
5 MAPLEWOOD DRIVE
DANBURY CT 06811

CREDITOR ID: 406666-MS
GELLHAUS, DONALD F
6108 R MANSLICK RD
LOUISVILLE KY 40219

CREDITOR ID: 406667-MS
GELLHAUS, GREGORY D
15011 BIRCHAM RD
LOUISVILLE KY 40245

CREDITOR ID: 398556-78
GENTRY, DANIEL
706 LONGHORN DR
EARLY TX 76902

CREDITOR ID: 406668-MS
GENTRY, ROBERT
45845 GEORGIA ROAD
ALTOONA FL 32702

SERVICE LIST

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406669-MS<br>GEORGE, RONALD<br>341 PINEY POINT CIRCLE<br>BRACEY VA 23919 | CREDITOR ID: 406670-MS<br>GETZAN, WILLIAM A<br>11531 SEDGEMORE DR E<br>JACKSONVILLE FL 32223 | CREDITOR ID: 406671-MS<br>GIBBS, JOHNNIE G<br>2965 BRUCE CIRCLE<br>SUMTER SC 29154 |
| CREDITOR ID: 406672-MS<br>GIL, FRANK<br>3713 GALLO DRIVE<br>CHALMETTE LA 70043 | CREDITOR ID: 406673-MS<br>GILLEY, JAMES C.<br>24 TURTLEBACK TR.<br>PONTE VEDRA FL 32082 | CREDITOR ID: 398561-78<br>GILLIE II, DOUGLAS H.<br>7985 SWEETWATER DRIVE<br>DOUGLASVILLE, GA 30135 |
| CREDITOR ID: 406675-MS<br>GILREATH, JHAROLD L JR<br>2720 FOREST CIRCLE<br>JACKSONVILLE FL 32257 | CREDITOR ID: 398563-78<br>GILSTRAP, WALTER H<br>100 CARMEN WAY<br>EASLEY, SC 29642 | CREDITOR ID: 406677-MS<br>GINGERICH, ROGER<br>1409 BANYAN CIRCLE<br>POMPANO BEACH FL 33069 |
| CREDITOR ID: 403721-94<br>GIORDANO, RICHARD G<br>8951 SW 52 CT<br>COOPER CITY FL 33328 | CREDITOR ID: 406678-MS<br>GLADDEN, RUPERT W<br>4734 ROYAL AVE<br>JACKSONVILLE FL 32205 | CREDITOR ID: 406678-MS<br>GLADDEN, RUPERT W<br>4734 ROYAL AVE<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 400711-91<br>GLASSMAN, HAROLD B<br>5386 LANDON CR<br>BOYNTON BEACH FL 33437-0167 | CREDITOR ID: 403724-94<br>GLAZNER, PHIL<br>921 OLD MILL RUN<br>ORMOND BEACH FL 32174-6160 | CREDITOR ID: 403725-94<br>GLEASON, JEFFREY P<br>2814 ST JOHNS AVENUE<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 403725-94<br>GLEASON, JEFFREY P<br>2814 ST JOHNS AVENUE<br>JACKSONVILLE FL 32205 | CREDITOR ID: 406680-MS<br>GLOAD, JAMES R<br>2386 HOPE LANE<br>PALM BEACH GARDENS FL 33410 | CREDITOR ID: 406681-MS<br>GLOVER, DEAN<br>2507 GREENMOOR PLACE<br>TAMPA FL 33618 |
| CREDITOR ID: 403726-94<br>GOEING, RAYMOND D<br>201 ADAMS STREET<br>LOUISVILLE KY 40206-1860 | CREDITOR ID: 406682-MS<br>GOFF, WARREN S<br>2783 HIDDEN FOREST CT<br>MARIETTA GA 30066 | CREDITOR ID: 406683-MS<br>GOLDEN, CLAYTON T<br>1917 HUNTING RIDGE RD<br>RALEIGH NC 27615 |
| CREDITOR ID: 406684-MS<br>GOOD, JOSEPH R<br>PO BOX 551242<br>JACKSONVILLE FL 32255 | CREDITOR ID: 403727-94<br>GOODYEAR, GORDON L<br>1049 BUCKBEAN BRANCH LN W<br>JACKSONVILLE FL 32259 | CREDITOR ID: 403727-94<br>GOODYEAR, GORDON L<br>1049 BUCKBEAN BRANCH LN W<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 403729-94<br>GORDON, LLEWELLYN<br>7658 WEXFORD CLUB DR. E<br>JACKSONVILLE FL 32256-0233 | CREDITOR ID: 403728-94<br>GORDON, WILLIAM R JR<br>821 EAGLE POINT DRIVE<br>ST AUGUSTINE FL 32092 | CREDITOR ID: 403728-94<br>GORDON, WILLIAM R JR<br>821 EAGLE POINT DRIVE<br>ST AUGUSTINE FL 32092 |

SERVICE LIST

Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 406687-MS
GOSS, RAY W.
1399 NATURE TRAIL
JACKSONVILLE FL 32265

CREDITOR ID: 403730-94
GOULD, DALE
1385 PALM VIEW RD
SARASOTA FL 34240

CREDITOR ID: 403730-94
GOULD, DALE
1385 PALM VIEW RD
SARASOTA FL 34240

CREDITOR ID: 406688-MS
GRAHAM, BRUCE K
80 ARLINGTON DRIVE
SHELBYVILLE KY 40065-9022

CREDITOR ID: 406689-MS
GRANT, JAMES
153 COCKATIEL DRIVE
JACKSONVILLE FL 32225

CREDITOR ID: 406690-MS
GRAY, DANNIE R
10226 SARAH FRANCES LANE
JACKSONVILLE FL 32220

CREDITOR ID: 406691-MS
GRAY, JOHN D
3662 STONE CREEK PARKWAY
FT WORTH TX 76137

CREDITOR ID: 406692-MS
GREEN, CAROL R
138 MILBROOK CIR
TAYLORS SC 29687

CREDITOR ID: 406693-MS
GREENAWALT, PAUL D
668 POST OAK CIRCLE, UNIT 104
ALTAMONTE SPRINGS FL 32701

CREDITOR ID: 403731-94
GREENE, THOMAS F
5556 GREENSHIRE AVE
BATON ROUGE LA 70817

CREDITOR ID: 403732-94
GREENWELL, CHRISTOPHER C
207 OLMSTEAD DR
TITUSVILLE FL 32780-0572

CREDITOR ID: 406694-MS
GREGORY, FRANCES M
10 WILDWOOD RD
GREENVILLE SC 29615

CREDITOR ID: 397446-71
GRIFFIN, JAMES
4073 WILEY RD
GAINESVILLE, GA 30506

CREDITOR ID: 406696-MS
GRIFFIN, RAYMOND
403 FRANCES STREET
HAHIRA GA 31632

CREDITOR ID: 406697-MS
GRIMBALL, THOMAS P.
RT 4 1027 DRIFTWOOD LANE
ANDERSON SC 29624

CREDITOR ID: 406698-MS
GRINSTEAD, JEFFERY S
460 GOTTS HYDRO ROAD S
BOWLING GREEN KY 42103

CREDITOR ID: 406699-MS
GRISSOM, JOHN
7818 LIVE OAK LANE
LEESBURG FL 34788

CREDITOR ID: 406700-MS
GROOVER JR., JAMES
1714 SHAREVIEW DR.
JACKSONVILLE FL 32118

CREDITOR ID: 403733-94
GRUBBS, JOHN L
9897 MONTCLAIR CIRCLE
APOPKA FL 32703

CREDITOR ID: 406701-MS
GRUNWALD, CARL
5597 RANCHES ROAD
LAKE WORTH FL 33463

CREDITOR ID: 398589-78
GUE, GEORGE T JR
593 LAKE POINTE DRIVE
YANCEYVILLE, NC 27379

CREDITOR ID: 406702-MS
GULL, FRANKLIN
3705 KNOBCREST PLACE
VALRICO FL 33594

CREDITOR ID: 400722-91
GUNTHARP, THOMAS
335 MCGREGOR CHAPEL RD S
PONTOTOC MS 38863

CREDITOR ID: 403735-94
GUTHRIE, WILLIAM W
PO BOX 429
MONTREAT NC 28757-0429

CREDITOR ID: 403735-94
GUTHRIE, WILLIAM W
PO BOX 429
MONTREAT NC 28757-0429

CREDITOR ID: 406705-MS
GUTIERREZ, MARTIN JR
680 WHISTLER POINT
WHITTIER NC 28789

CREDITOR ID: 406706-MS
GUTSHALL, DAVID W.
7167 CURLEW ROAD
SARASOTA FL 34241

SERVICE LIST

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 403736-94<br>HALL, CYNTHIA R<br>135 COURTS OF HAMPTON<br>HAMPTON GA 30228 | CREDITOR ID: 406707-MS<br>HALL, ROBERT J JR<br>PO BOX 290696<br>PORT ORANGE FL 32129 | CREDITOR ID: 406708-MS<br>HALLYBURTON, RICHARD R<br>PO BOX 1364<br>TAYLORS SC 29687 |
| CREDITOR ID: 403737-94<br>HAMEED, MOHAMED A<br>2709 JEFFERY DR<br>ORLANDO FL 32835 | CREDITOR ID: 406709-MS<br>HAMILTON, CHARLES H<br>849 BELAIR DRIVE<br>ROCK HILL SC 29732 | CREDITOR ID: 403738-94<br>HAMILTON, GLEN S<br>2303 SOUTHBROOK DRIVE<br>ORANGE PARK FL 32003 |
| CREDITOR ID: 403738-94<br>HAMILTON, GLEN S<br>2303 SOUTHBROOK DRIVE<br>ORANGE PARK FL 32003 | CREDITOR ID: 406711-MS<br>HAMILTON, JIMMY<br>PO BOX 780356<br>TALLASSEE AL 36078 | CREDITOR ID: 406712-MS<br>HAMILTON, NEIL<br>4284 WESLEY WOODS DR<br>ROCK HILL SC 29732 |
| CREDITOR ID: 406714-MS<br>HAMMOND, FRED W<br>310 SWEETWATER RIDGE<br>BURNSVILLE NC 28714 | CREDITOR ID: 402203-90<br>HAMMOND, WALTER B<br>307 THREE SKILLET ROAD<br>SPRINGTOWN TX 76082 | CREDITOR ID: 398601-78<br>HAMMOND, WALTER H JR<br>4476 OAKDALE VINNING LANDING<br>SMYRNA GA 30080 |
| CREDITOR ID: 398604-78<br>HANCE, JAMES H<br>117 COTTONWOOD CIRCLE<br>LYNN HAVEN FL 32444 | CREDITOR ID: 406717-MS<br>HAND, DAWN<br>1948 CALUMET PKY<br>PRATTVILLE AL 36066 | CREDITOR ID: 406718-MS<br>HAND, LAWRENCE<br>13910 BAY AVE<br>PANAMA CITY FL 32413 |
| CREDITOR ID: 403739-94<br>HAND, MICHAEL K<br>9761 PRINCE CHARLES ST<br>DENHAM SPRINGS LA 70726 | CREDITOR ID: 400728-91<br>HARDEE, KELLIE D<br>3325 BISHOP ESTATES ROAD<br>JACKSONVILLE FL 32259 | CREDITOR ID: 400728-91<br>HARDEE, KELLIE D<br>3325 BISHOP ESTATES ROAD<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 403741-94<br>HARDEMAN, RODNEY J<br>6029 FRANCINE DRIVE<br>JACKSONVILLE FL 32234 | CREDITOR ID: 403741-94<br>HARDEMAN, RODNEY J<br>6029 FRANCINE DRIVE<br>JACKSONVILLE FL 32234 | CREDITOR ID: 400730-91<br>HARDEN, JOHN F<br>317 RIVERS EDGE DRIVE<br>RICHMOND KY 40475 |
| CREDITOR ID: 420529-ST<br>HARDEN, LAVERN & CLIFFORD W JT TEN<br>1312 SORRELLS CT<br>JACKSONVILLE FL 32221 | CREDITOR ID: 406723-MS<br>HARDEN, OTIS DUKE<br>1844 COLONIAL DRIVE<br>GREEN COVE SPRINGS FL 32043 | CREDITOR ID: 398612-78<br>HARDESTY, FRANK<br>10673 CARDINGTON LANE<br>RALEIGH, NC 27614 |
| CREDITOR ID: 398613-78<br>HARDESTY, STEVEN<br>225 SHILLINGS CHASE DRIVE<br>APEX, NC 27539 | CREDITOR ID: 406724-MS<br>HARDIN, ALLEN<br>3396 LYON DRIVE<br>LEXINGTON KY 40513 | CREDITOR ID: 406725-MS<br>HARDIN, JEFF<br>125 BENJAMIN AVENUE<br>GREER SC 29651 |

SERVICE LIST

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 403743-94<br>HARDWICK, RUSSELL T<br>392 GLADE PARK DRIVE<br>MONTGOMERY AL 36109 | CREDITOR ID: 403743-94<br>HARDWICK, RUSSELL T<br>392 GLADE PARK DRIVE<br>MONTGOMERY AL 36109 | CREDITOR ID: 406727-MS<br>HARPER, GRAME M<br>13612 MARSH HARBOR DRIVE<br>JACKSONVILLE FL 32225 |
| CREDITOR ID: 406728-MS<br>HARPER, WAYNE J<br>105 CRESTWOOD DRIVE<br>SAFETY HARBOR FL 34695 | CREDITOR ID: 398619-78<br>HARRELL, EVELYN<br>4796 BETHANY DRIVE<br>HIHIRA, GA 31632 | CREDITOR ID: 406730-MS<br>HARRIS JR, HARVEY C.<br>2001 JUDSON CT.<br>VIRGINIA BEACH VA 23456 |
| CREDITOR ID: 400732-91<br>HARRIS, ARTHUR W JR<br>2 AMES CT<br>TAYLORS SC 29687 | CREDITOR ID: 400732-91<br>HARRIS, ARTHUR W JR<br>2 AMES CT<br>TAYLORS SC 29687 | CREDITOR ID: 406731-MS<br>HARRIS, BENJAMIN L<br>3014 HIDDEN OAKS DRIVE<br>MIDDLEBURG FL 32068 |
| CREDITOR ID: 406732-MS<br>HARRIS, LARRY W<br>946 SOUTH LAKESHORE DR<br>VALDOSTA GA 31605 | CREDITOR ID: 406733-MS<br>HARRIS, ROY C<br>1349 LAWNDALE ST<br>GARNER NC 25729 | CREDITOR ID: 406734-MS<br>HARRIS, THOMAS<br>4819 WEST LAKE WAY<br>DOUGLASVILLE GA 30155 |
| CREDITOR ID: 402654-89<br>HART, WILLIAM V<br>1705 LEESTOWN RD, APT 703<br>LEXINGTON KY 40511 | CREDITOR ID: 398627-78<br>HARTMAN, LOUIS E<br>C/O FIRST UNION NATIONAL BANK,<br>PO BOX 522817<br>MIAMI FL 33152 | CREDITOR ID: 402655-89<br>HARTMAN, CARROLL<br>13995 SW 99 AVENUE<br>MIAMI FL 33176 |
| CREDITOR ID: 398628-78<br>HATCHER, JAMES G<br>1819 WATERWOOD DR<br>ARLINGTON TX 76012 | CREDITOR ID: 403745-94<br>HAYNES, MICHAEL R<br>3783 CARDINAL OAKS CIRCLE<br>ORANGE PARK FL 32065 | CREDITOR ID: 403745-94<br>HAYNES, MICHAEL R<br>3783 CARDINAL OAKS CIRCLE<br>ORANGE PARK FL 32065 |
| CREDITOR ID: 406741-MS<br>HAYS, WALLACE W<br>2403 CHUCK ROAD<br>JACKSONVILLE FL 32221 | CREDITOR ID: 406742-MS<br>HEAD, ROBERT J<br>1500 BISHOP ESTATES ROAD, VILLA 27B<br>JACKSONVILLE FL 32259 | CREDITOR ID: 400734-91<br>HEALY, LIEN N<br>10330 NW 28TH PLACE<br>OCALA FL 34482 |
| CREDITOR ID: 420069-ST<br>HEANEY, JOHN J<br>1609 REGATTA DR<br>AMELIA  ISLAND FL 32034-5530 | CREDITOR ID: 403747-94<br>HEBERT, SHANNON W<br>17710 CULPS BLUFF<br>BATON ROUGE LA 70817 | CREDITOR ID: 403747-94<br>HEBERT, SHANNON W<br>17710 CULPS BLUFF<br>BATON ROUGE LA 70817 |
| CREDITOR ID: 406744-MS<br>HEIDENREICH, JERRY<br>3124 BEACON HILL STREET<br>EDMOND OK 73034 | CREDITOR ID: 406745-MS<br>HEIER, WAYNE J<br>8705 STEAMBOAT LANE<br>RIVER RIDGE LA 70123 | CREDITOR ID: 403748-94<br>HEINRICH, EDWIN P JR<br>7016 BROOKVALE RD<br>FT WORTH TX 76132 |

Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                       **CASE:   05-03817-3F1**

CREDITOR ID: 403748-94
HEINRICH, EDWIN P JR
7016 BROOKVALE RD
FT WORTH TX 76132

CREDITOR ID: 406747-MS
HELMS, NORMAN C
160 RIVER OAKS DR
LAPLACE LA 70068

CREDITOR ID: 535036-MS
HENDERSON KUHRT, ANNETTE S
2245 STATE RD 16 WEST
GREEN COVE SPRINGS FL 32043

CREDITOR ID: 535035-MS
HENDERSON, MARY E
1004 WEST LAKE MARION RD
HAINES CITY FL 33844

CREDITOR ID: 421049-ST
HENDERSON, MARY J
698 N EDGEWATER DR
PLANT CITY FL 33565-9159

CREDITOR ID: 406748-MS
HENDERSON, PHILLIP SR
118 MALLARD RD
MELROSE FL 32666

CREDITOR ID: 535037-MS
HENDERSON, ROBERT A
7311 BRIARBAY LOOP
LAKELAND FL 33810

CREDITOR ID: 406750-MS
HENDRIX, ALAN
3005 MANOR COURT N
DENTON TX 76205

CREDITOR ID: 406751-MS
HENRY, DAVID F
129 NATURES WAY
PONTE VEDRA BEACH FL 32082-4617

CREDITOR ID: 406753-MS
HERNANDEZ, LAURA
820 BUGLE BRANCH WAY
JACKSONVILLE FL 32259

CREDITOR ID: 406753-MS
HERNANDEZ, LAURA
820 BUGLE BRANCH WAY
JACKSONVILLE FL 32259

CREDITOR ID: 406754-MS
HESS, HOWARD E
4738 BALMORAL WAY
MARIETTA GA 30068

CREDITOR ID: 403750-94
HESS, THOMAS W
1820 GRANTLINE RD.
NEW ALBANY IN 47150

CREDITOR ID: 406755-MS
HESTER, LARRY E
3562 LAKE BAYSHORE DR, CONDO K202
BRADENTON FL 34205

CREDITOR ID: 406756-MS
HETTINGER, ROBERT A.
18528 SECOND AVENUE
ORLANDO FL 32820

CREDITOR ID: 406757-MS
HICKERSON, FRED
1712 GALEOP DR
LOXAHATCHEE FL 33470

CREDITOR ID: 420536-ST
HICKS, LAWRENCE M  & JEANNE JT TEN
2320 CROMWELL DR
ARLINGTON TX 76018

CREDITOR ID: 403751-94
HICKS, SUSAN V
899 COLDWATER CREEK CIRCLE
NICEVILLE FL 32578

CREDITOR ID: 406759-MS
HIGHFILL, RICHARD
800 W MONROE STREET
MAYODAN NC 27027

CREDITOR ID: 403752-94
HILL, PAUL
6863 STAGGE RD
LOVELAND OH 45140

CREDITOR ID: 406760-MS
HINDS, JOHN W
19 HUMMINGBIRD ROAD
MOULTRIE GA 31768

CREDITOR ID: 398650-78
HINKLE, LORINDA K
4295 SKATES CIRCLE
FT MYERS, FL 33905

CREDITOR ID: 406762-MS
HINSON, ROBERT E
600 N PARAHAM ROAD
CLOVER SC 29710

CREDITOR ID: 406762-MS
HINSON, ROBERT E
600 N PARAHAM ROAD
CLOVER SC 29710

CREDITOR ID: 406763-MS
HINSON, ROGER A
251 RIVER FALLS DRIVE
DUNCAN SC 29334

CREDITOR ID: 406764-MS
HIPPLE, ROBERT W
5101 HILL GROVE RD
CORYDON IN 47112

CREDITOR ID: 406766-MS
HO, HOANG
601 CARDIFF
IRVINE CA 92606

Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:    05-03817-3F1**

SERVICE LIST

| | | |
|---|---|---|
| CREDITOR ID: 403755-94<br>HODGE, CHARLES B JR<br>13111 SUBURBAN TERRACE<br>WINTER GARDEN FL 34787 | CREDITOR ID: 403756-94<br>HODGE, MICKEY O<br>339 HIGH RIDGE<br>WETUMPKA AL 36093 | CREDITOR ID: 406767-MS<br>HODOVANICH, ROBERT<br>340 NE 30TH ST.<br>POMPANO BEACH FL 33064 |
| CREDITOR ID: 406768-MS<br>HOFF, SUZANNE (OGAWA)<br>2071 B CLOVER CT<br>BOWLING GREEN KY 42101 | CREDITOR ID: 403757-94<br>HOFFMAN, JOSEPH P<br>1 REBECCA CT<br>HOMOSASSA FL 34446 | CREDITOR ID: 406769-MS<br>HOGAN, DAVID<br>4946 OAKLEFE COURT<br>VIERA FL 32955 |
| CREDITOR ID: 406770-MS<br>HOLDEN, CHARLES LEON<br>8213 HEATHROW PL<br>MONTGOMERY AL 36117 | CREDITOR ID: 406770-MS<br>HOLDEN, CHARLES LEON<br>8213 HEATHROW PL<br>MONTGOMERY AL 36117 | CREDITOR ID: 406771-MS<br>HOLDER, GEORGE T JR<br>1920 CALVIN DRIVE<br>DULUTH GA 30097-5113 |
| CREDITOR ID: 406771-MS<br>HOLDER, GEORGE T JR<br>1920 CALVIN DRIVE<br>DULUTH GA 30097-5113 | CREDITOR ID: 406772-MS<br>HOLLINGSWORTH, STEVEN H<br>14532 64TH WAY N<br>PALM BEACH GARDENS FL 33418 | CREDITOR ID: 406773-MS<br>HOLLOWAY, THOMAS E.<br>3557 HERITAGE RD. E.<br>JACKSONVILLE FL 32277 |
| CREDITOR ID: 406774-MS<br>HOLSTON, MARK R<br>5980 DOWINGTON RIDGE NW<br>ACWORTH GA 30101 | CREDITOR ID: 403760-94<br>HOLT, THOMAS B<br>3620 BERMUDA DRIVE<br>CONOVER NC 28613 | CREDITOR ID: 406775-MS<br>HOLZ, LOGAN<br>666 KILCHURN DR.<br>ORANGE PARK FL 32073 |
| CREDITOR ID: 406776-MS<br>HOOKS, HARLAN<br>18 STONEWALL BEND<br>SAN ANTONIO TX 78256 | CREDITOR ID: 406777-MS<br>HOOKS, RODNEY<br>9212 MIRANDA DRIVE<br>RALEIGH NC 27617 | CREDITOR ID: 406778-MS<br>HOOVER, CHRISTOPHER<br>132 DEER CREEK DR.<br>ALEDO TX 76008 |
| CREDITOR ID: 398664-78<br>HOPKINS, HAROLD I<br>200 ELMWOOD DR<br>JACKSONVILLE, FL 32259 | CREDITOR ID: 406779-MS<br>HOPKINS, ROBERT<br>106 FRANKLIN CT<br>SUMMERVILLE SC 29483 | CREDITOR ID: 403761-94<br>HOPPER, RONALD D<br>1557 GARDEN CIRCLE<br>BURLINGTON NC 27217 |
| CREDITOR ID: 403761-94<br>HOPPER, RONALD D<br>1557 GARDEN CIRCLE<br>BURLINGTON NC 27217 | CREDITOR ID: 406781-MS<br>HORNE, CHARLES<br>7354 JONAS ROAD SE<br>FT. MYERS FL 33912 | CREDITOR ID: 406782-MS<br>HORNE, WASHINGTON<br>4153 OLD MILL COVE TRAIL WEST<br>JACKSONVILLE FL 32277-1591 |
| CREDITOR ID: 406782-MS<br>HORNE, WASHINGTON<br>4153 OLD MILL COVE TRAIL WEST<br>JACKSONVILLE FL 32277-1591 | CREDITOR ID: 406783-MS<br>HORTON, DAN<br>1451 LE BARON AVE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 406784-MS<br>HOUSTON, CLYDE L<br>6506 FERBER RD<br>JACKSONVILLE FL 32211 |

SERVICE LIST

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 263200-12<br>HOUSTON, TOMMY L<br>114 BROOKSIDE DRIVE<br>MANDEVILLE LA 70471-3202 | CREDITOR ID: 403763-94<br>HOWARD, LARRY B<br>5757 OAK LAKE TRAIL<br>OVIEDO FL 32765 | CREDITOR ID: 403764-94<br>HOWARD, RAMENA M<br>5757 OAK LAKE TRAIL<br>OVIEDO FL 32765 |
| CREDITOR ID: 406786-MS<br>HOWARD, TERRY<br>114 SADDLEHORN COURT<br>WOODSTOCK GA 30188 | CREDITOR ID: 403765-94<br>HOWE, ROBERT S<br>1809 CAVENDALE DR<br>ROCK HILL SC 29732 | CREDITOR ID: 403766-94<br>HOWELL, CARRIE K<br>548 CREIGHTON ROAD<br>ORANGE PARK FL 32003-7005 |
| CREDITOR ID: 406787-MS<br>HOWLAND, AMY F<br>1525 MAPLE LEAF LANE<br>ORANGE PARK FL 32073 | CREDITOR ID: 406788-MS<br>HOWLAND, DONALD W<br>1525 MAPLE LEAF LANE<br>ORANGE PARK FL 32073 | CREDITOR ID: 406788-MS<br>HOWLAND, DONALD W<br>1525 MAPLE LEAF LANE<br>ORANGE PARK FL 32073 |
| CREDITOR ID: 406789-MS<br>HOWLE, KENNETH A<br>7120 WADE RD<br>AUSTELL GA 30168 | CREDITOR ID: 406789-MS<br>HOWLE, KENNETH A<br>7120 WADE RD<br>AUSTELL GA 30168 | CREDITOR ID: 403769-94<br>HOYT, TERRY S<br>4846 PLANTERS WALK, APT 2903<br>DOUGLASVILLE GA 30135 |
| CREDITOR ID: 406790-MS<br>HUDSON, BOBBY R<br>9101 NEW TOWNE DRIVE<br>MATHEWS NC 28105 | CREDITOR ID: 406791-MS<br>HUDSON, GARY L.<br>2505 BAYVIEW DR<br>NASHVILLE TN 37217 | CREDITOR ID: 400758-91<br>HUDSON, WILLIAM L<br>10021 LARKSPUR DR.<br>OOLTEWAH TN 37363 |
| CREDITOR ID: 406792-MS<br>HUEY, ROBERT E<br>900 MAYAPPLE TERRACE<br>JACKSONVILLE FL 32259 | CREDITOR ID: 406792-MS<br>HUEY, ROBERT E<br>900 MAYAPPLE TERRACE<br>JACKSONVILLE FL 32259 | CREDITOR ID: 398677-78<br>HUFFMAN, DEAMES R<br>200 CHESTNUT LANE<br>MATTHEWS, NC 28104 |
| CREDITOR ID: 406794-MS<br>HUGGINS, ERIC S<br>3826 MARK LANE<br>DOUGLASVILLE GA 30135 | CREDITOR ID: 406795-MS<br>HUGHES, FLOYD<br>870 KEMPER CIRCLE<br>ROCK HILL SC 29732 | CREDITOR ID: 403772-94<br>HUGUENIN, LARRY B<br>6380 COUNCIL POINT, APT 106<br>COLORADO SPRINGS CO 80923-5175 |
| CREDITOR ID: 406796-MS<br>HUMMEL, CHARLES J<br>9455 LITA ROAD WEST<br>JACKSONVILLE FL 32257 | CREDITOR ID: 406796-MS<br>HUMMEL, CHARLES J<br>9455 LITA ROAD WEST<br>JACKSONVILLE FL 32257 | CREDITOR ID: 416240-15<br>HUNT, SCOTT B<br>23425 NORTH 39TH DRIVE, STE 104-190<br>GLENDALE AZ 85310 |
| CREDITOR ID: 403774-94<br>HUNTER, ANTHONY W<br>610 TERESA DRIVE<br>LAKE PARK GA 31636 | CREDITOR ID: 406798-MS<br>HURST, ERNEST G<br>680 TROPICAL PARKWAY<br>ORANGE PARK FL 32073 | CREDITOR ID: 406799-MS<br>HURT, MICHAEL<br>4430 BUTTONBUSH GLEN DRIVE<br>LOUISVILLE KY 40241 |

SERVICE LIST

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:   05-03817-3F1**

CREDITOR ID: 416268-15
HURTADO DE MENDOZA, ORLANDO
8181 LOCH LOMOND LANE
JACKSONVILLE FL 32244

CREDITOR ID: 406801-MS
HUTCHINS, KENNETH W
7029 BROOKGREEN TERRACE
MATHEWS NC 28104

CREDITOR ID: 406802-MS
HUTTON, RANDALL L
153 BAGLEY ROAD
MAPLETON ME 04757

CREDITOR ID: 406802-MS
HUTTON, RANDALL L
153 BAGLEY ROAD
MAPLETON ME 04757

CREDITOR ID: 406803-MS
IBBETSON JR., HENRY
5400 SW 160 AVE.
FT. LAUDERDALE FL 33331

CREDITOR ID: 406804-MS
INCLAN, GARY B
2806 TUPELO COURT
LONGWOOD FL 32779

CREDITOR ID: 406804-MS
INCLAN, GARY B
2806 TUPELO COURT
LONGWOOD FL 32779

CREDITOR ID: 406805-MS
INGRAM, CORDELL M
431  SAYBROOK DRIVE
RICHMOND VA 23236

CREDITOR ID: 403777-94
INGRAM, WALLACE S
4353 TAFT DRIVE
EVANS GA 30809

CREDITOR ID: 406806-MS
ISTRE, MICHAEL J
VP OF OPERATIONS
145 ST JOHNS FOREST BLVD
JACKSONVILLE FL 32259

CREDITOR ID: 406806-MS
ISTRE, MICHAEL J
VP OF OPERATIONS
145 ST JOHNS FOREST BLVD
JACKSONVILLE FL 32259

CREDITOR ID: 403779-94
ITTNER, CURTIS
789 BOSTWICK DRIVE
KEY LARGO FL 33037

CREDITOR ID: 406807-MS
JACKSON, CHARLES V
PO BOX 249
DADE CITY FL 33526

CREDITOR ID: 406808-MS
JACKSON, KENNETH M.
RT. 2 BOX 318-1
RUSSELLVILLE KY 42276

CREDITOR ID: 398693-78
JACKSON, R WAYNE
6020 FOREST GREEN ROAD
PENSACOLA FL 32505

CREDITOR ID: 406810-MS
JACOB, RAYMOND
1075 FOUR POINT RD
DULAC LA 70353

CREDITOR ID: 398696-78
JAMES, CAROLYN H
2648 ADELE ROAD
JACKSONVILLE, FL 32216

CREDITOR ID: 398697-78
JAMES, FRANK L
121 LANCASTER PLACE
ST AUGUSTINE, FL 32080

CREDITOR ID: 406811-MS
JAMES, FRANK L JR
5927 MYRTLE HILL DRIVE W
LAKELAND FL 33811

CREDITOR ID: 398698-78
JAMES, J DON
126 QUEEN ISABELLA COURT
FT PIERCE, FL 34949

CREDITOR ID: 403780-94
JAMES, JOHN J
2225 SOUTHBROOK DRIVE
ORANGE PARK FL 32003

CREDITOR ID: 406812-MS
JAMIESON, GEORGE T
2568 LORDS LANE
SARASOTA FL 34231

CREDITOR ID: 420997-ST
JANNEY, MARVIN H
180 HARRY ROAD
STONEVILLE NC 27048

CREDITOR ID: 420997-ST
JANNEY, MARVIN H
180 HARRY ROAD
STONEVILLE NC 27048

CREDITOR ID: 406814-MS
JEFFCOAT, TROY V
1105 CHARTER OAK DRIVE
TAYLORS SC 29687

CREDITOR ID: 403782-94
JEFFREYS, MICHAEL S
276 VILLAGE GREEN AVE
JACKSON FL 32259

CREDITOR ID: 406815-MS
JENKINS, ERNEST L
108 WEST ISLAND DRIVE
OAK ISLAND NC 28465-7707

**Notice of Entry of Order Reducing, Reclassifying,**
**Adjustin or Disallowing, as Applicable, and Confirming**
**Allowed Amounts of (A) Management Security Plan**
**Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 403783-94<br>JENKINS, JILL A<br>400 SOUTH POINTE DRIVE, APT 609<br>MIAMI BEACH FL 33139 | CREDITOR ID: 403784-94<br>JENKINS, LEE R<br>1074 CLUB HILLS DR<br>EUSTIS FL 32726 | CREDITOR ID: 406816-MS<br>JENKINS, MARK S<br>333 SUMMERCOVE CIRCLE<br>ST AUGUSTINE FL 32086 |
| CREDITOR ID: 402718-89<br>JENKINS, WILLIS<br>3025 WOODLAND CHURCH ROAD<br>YOUNGSVILLE NC 27596 | CREDITOR ID: 406818-MS<br>JENSCHKE, SCOTT<br>3734 TYNEMOORE TRCE SE<br>SMYRNA GA 30080-5985 | CREDITOR ID: 406819-MS<br>JERNIGAN, LINVELL<br>913 LINDA AVE<br>FAYETTEVILLE NC 28306 |
| CREDITOR ID: 406820-MS<br>JOHNS, DEAN R<br>10109 DAYLILLY COURT<br>LOUISVILLE KY 40241 | CREDITOR ID: 406821-MS<br>JOHNS, DENNIS<br>954 THORNWOOD LANE<br>ORANGE PARK FL 32073 | CREDITOR ID: 406823-MS<br>JOHNSON, ARTHUR H<br>1284 ARLINGWOOD AVENUE<br>JACKSONVILLE FL 32211 |
| CREDITOR ID: 406824-MS<br>JOHNSON, BERT P<br>4850 COUNTRY MEADOWS BLVD<br>SARASOTA FL 34235 | CREDITOR ID: 406822-MS<br>JOHNSON, HUGH T JR<br>103 CATHEDRAL WAY<br>CARY NC 27513 | CREDITOR ID: 406827-MS<br>JOHNSON, ROBERT L<br>1655 C VINELAND CIRCLE<br>ORANGE PARK FL 32003 |
| CREDITOR ID: 406828-MS<br>JOHNSTON, KENNETH<br>100 RIDGEWOOD CT<br>ELIZABETHTOWN KY 42701 | CREDITOR ID: 406829-MS<br>JOHNSTON, WILLIAM A<br>3427 LAKE RADGETT DRIVE<br>LAND-O-LAKE FL 34639 | CREDITOR ID: 406830-MS<br>JOINER, JAMES A<br>323 SOUGH GLEN ARVEN AVE<br>TEMPLE TERRACE FL 33617 |
| CREDITOR ID: 406831-MS<br>JOINER, LARRY<br>11050 WOODELM DRIVE WEST<br>JACKSONVILLE FL 33218 | CREDITOR ID: 406833-MS<br>JONES, DANNY C<br>1129 SOUTHERN MEADOWS DR<br>RALEIGH NC 27603-9529 | CREDITOR ID: 406833-MS<br>JONES, DANNY C<br>1129 SOUTHERN MEADOWS DR<br>RALEIGH NC 27603-9529 |
| CREDITOR ID: 406834-MS<br>JONES, DAVID<br>115 RIVERS ROAD CIRCLE<br>PIEDMONT SC 29673 | CREDITOR ID: 403786-94<br>JONES, GARY B<br>3628 SHADY WOODS STREET SOUTH<br>JACKSONVILLE FL 32224 | CREDITOR ID: 406835-MS<br>JONES, HAROLD D<br>23 MAGNOLIA LANE<br>WILDWOOD FL 32785 |
| CREDITOR ID: 406832-MS<br>JONES, HUBERT JR<br>118 HIGH ROCK DRIVE<br>LAUISBURG NC 27549 | CREDITOR ID: 406836-MS<br>JONES, JACK P<br>5028 BELLAIRE DR S<br>FORT WORTH TX 76109 | CREDITOR ID: 406837-MS<br>JONES, JOSEPH K<br>1130 ALDERMAN RD<br>JACKSONVILLE FL 32211 |
| CREDITOR ID: 403787-94<br>JONES, PAULETTE P<br>7830 A VAN ZYUEDEN RD<br>MERIDIAN MS 39305 | CREDITOR ID: 406838-MS<br>JONES, SAM C.<br>5850 ZEBULONE RD.<br>MACON GA 31210 | CREDITOR ID: 406839-MS<br>JORGES, ANTONIO<br>8330 W 18 LN<br>HIALEAH FL 33014 |

SERVICE LIST

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406839-MS<br>JORGES, ANTONIO<br>8330 W 18 LN<br>HIALEAH FL 33014 | CREDITOR ID: 406840-MS<br>JUDD, RICHARD C<br>7442 MIZNER RESERVE CT<br>BRADENTON FL 34202 | CREDITOR ID: 406840-MS<br>JUDD, RICHARD C<br>7442 MIZNER RESERVE CT<br>BRADENTON FL 34202 |
| CREDITOR ID: 406841-MS<br>JUDY, ANTOINETTE MARIE<br>2108 PELICAN COURT<br>TARPON SPRINGS FL 34689 | CREDITOR ID: 406841-MS<br>JUDY, ANTOINETTE MARIE<br>2108 PELICAN COURT<br>TARPON SPRINGS FL 34689 | CREDITOR ID: 403791-94<br>KALER, RONNIE Z<br>1100 SW TAMARROW PL<br>STUART FL 34997 |
| CREDITOR ID: 406842-MS<br>KALLIVAYALIL, MICHAEL K<br>13832 ADMIRALS BEND DR<br>JACKSONVILLE FL 32225 | CREDITOR ID: 398727-78<br>KASCH, JUDITH<br>5371 WHITE IBIS DRIVE, HERON CREEK<br>NORTH PORT, FL 34287 | CREDITOR ID: 403792-94<br>KATZ, HERBERT R<br>1220 NE 20TH AVE<br>OCALA FL 34470 |
| CREDITOR ID: 406843-MS<br>KAUFOLD, HOWARD C SR<br>PO BOX 4729<br>DOWLING PARK FL 32060 | CREDITOR ID: 400781-91<br>KAUS, JAMES JOHN<br>7403 FONTANA RIDGE LANE<br>RALEIGH NC 27613- 000 | CREDITOR ID: 406845-MS<br>KAY, GEORGE R<br>603 HEDGEWOOD TERRACE<br>GREER SC 29651 |
| CREDITOR ID: 403794-94<br>KELLER, BRADLEY T<br>1660 BEAR CROSSING CIRCLE<br>APOPKA FL 32703 | CREDITOR ID: 403794-94<br>KELLER, BRADLEY T<br>1660 BEAR CROSSING CIRCLE<br>APOPKA FL 32703 | CREDITOR ID: 398732-78<br>KELLER, CHARLOTTE I<br>2796 JAN DRIVE<br>DOUGLASVILLE, GA 31035 |
| CREDITOR ID: 403795-94<br>KICKLIGHLER, ANTHONY L<br>913 SEAGROVE ST<br>ST MARYS GA 31558 | CREDITOR ID: 406848-MS<br>KIGHT, CHARLES<br>76 BAYTREE LANE<br>BOYNTON BEACH FL 33436 | CREDITOR ID: 406849-MS<br>KILGORE, JOHN<br>7258 SHELL ROAD<br>WINSTON GA 30187 |
| CREDITOR ID: 406850-MS<br>KIMSEY, DON L<br>PO BOX 546<br>ANNA MARIA FL 34216 | CREDITOR ID: 406851-MS<br>KINCHELOE, CECIL<br>PO BOX 120375<br>TYLER  TX 75712 | CREDITOR ID: 391408-55<br>KING, LARRY E<br>PO BOX 1201<br>DAVIDSON NC 28036 |
| CREDITOR ID: 403796-94<br>KIRKLEY, TOMMY G<br>1075 CLIFFARD ROGERS RD<br>LYONS GA 30436 | CREDITOR ID: 417988-ST<br>KISTEL, C JOHN JR<br>8233 CHRISTMAS CT<br>CHARLOTTE NC 28216-0705 | CREDITOR ID: 406854-MS<br>KISTLER, ZANNY F<br>334 SCOTTSDALE DRIVE<br>WILMINGTON NC 28411 |
| CREDITOR ID: 406855-MS<br>KITCHENS JR., BENARD O.<br>4968 RED PINE CT.<br>JACKSONVILLE FL 32210 | CREDITOR ID: 406856-MS<br>KITRICK, WILLIAM<br>3477 CARAMBOLA CIRCLE SOUTH<br>COCONUT CREEK FL 33066 | CREDITOR ID: 406857-MS<br>KLEIN, HENRY W<br>4226 PATIO PLACE<br>MONTGOMERY AL 36109 |

**SERVICE LIST**

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 403797-94<br>KLENOTICH, RICHARD A<br>2013 WOODFIELD CIRCLE<br>WEST MELBOURNE FL 32904 | CREDITOR ID: 403797-94<br>KLENOTICH, RICHARD A<br>2013 WOODFIELD CIRCLE<br>WEST MELBOURNE FL 32904 | CREDITOR ID: 406859-MS<br>KLINE, MELVIN<br>PO BOX 1697<br>CASHIERS NC 28717 |
| CREDITOR ID: 403798-94<br>KLOPFER, HAL C<br>338 RALEIGH PLACE<br>OVIEDO FL 32765-6231 | CREDITOR ID: 403798-94<br>KLOPFER, HAL C<br>338 RALEIGH PLACE<br>OVIEDO FL 32765-6231 | CREDITOR ID: 406861-MS<br>KLUCHIN, STEPHEN E<br>825 OAKLAWN DRIVE<br>METAIRIE LA 70005 |
| CREDITOR ID: 406862-MS<br>KNIGHTON, FRANK E JR<br>5449 SUTTLEMYRE LANE<br>HICKORY NC 28601 | CREDITOR ID: 406863-MS<br>KNIGHTON, THOMAS R<br>2674 REDLAND RD<br>WETUMPKA AL 36093 | CREDITOR ID: 403799-94<br>KRAMER, CALVIN JR<br>PO BOX 5345<br>THIBODAUX LA 70302 |
| CREDITOR ID: 403799-94<br>KRAMER, CALVIN JR<br>PO BOX 5345<br>THIBODAUX LA 70302 | CREDITOR ID: 403800-94<br>KRIEG, JEFFREY A<br>5119 NW 58TH TERR<br>CORAL SPRINGS FL 33067 | CREDITOR ID: 403801-94<br>KRIST, PAUL E<br>500 TIMBER RIDGE DR<br>LONGWOOD FL 32779 |
| CREDITOR ID: 398750-78<br>KUFELDT, ANNE<br>13071 FT CAROLINE ROAD<br>JACKSONVILLE, FL 32225 | CREDITOR ID: 402231-90<br>KURRAS, JAY B<br>4724 DEVON LANE<br>JACKSONVILLE FL 32210 | CREDITOR ID: 398752-78<br>KURTZ, DAVID<br>1513 HAMMERSMITH ROAD<br>WINTERVILLE NC 23590 |
| CREDITOR ID: 403802-94<br>LAFEVER, DANIEL G<br>5004 SHELLEY COURT<br>ORLANDO FL 32807-1372 | CREDITOR ID: 403802-94<br>LAFEVER, DANIEL G<br>5004 SHELLEY COURT<br>ORLANDO FL 32807-1372 | CREDITOR ID: 406871-MS<br>LAFFERTY, RUSSELL A<br>121 CHOO CHOO LANE<br>VALRICO FL 33594 |
| CREDITOR ID: 406872-MS<br>LAGARD, KAREN<br>328 SECOND ST<br>ATLANTIC BEACH FL 32233 | CREDITOR ID: 406873-MS<br>LALLEMENT, JAMES C<br>16281 71 LANE NORTH<br>LOXAHATCHEE FL 33470 | CREDITOR ID: 406874-MS<br>LAM, TAI T<br>5501 UNIVERSITY CLUB BLVD, APT 168<br>JACKSONVILLE FL 32277-1448 |
| CREDITOR ID: 406876-MS<br>LANCE, CLYDE W<br>PO BOX 305<br>WASHINGTON GA 30673 | CREDITOR ID: 402235-90<br>LANCLOS, JOSEPH L<br>841 OLD SCHOOL ROAD<br>ARNAUDVILLE LA 70512-5229 | CREDITOR ID: 398761-78<br>LAND, RONALD H<br>306 WELLINGTON DRIVE<br>MOORE, SC 29369 |
| CREDITOR ID: 406879-MS<br>LANDIS, HAMLIN A<br>5913 BRUSHWOOD CT<br>RALEIGH NC 27612 | CREDITOR ID: 406880-MS<br>LANDRY, IRVIN L<br>19426 CHAMPIONS CIR<br>GULPORT MS 39503 | CREDITOR ID: 403803-94<br>LANDRY, IRVIN L<br>19426 CHAMPIONS CIR<br>GULPORT MS 39503 |

SERVICE LIST

**Notice of Entry of Order Reducing, Reclassifying,**
**Adjustin or Disallowing, as Applicable, and Confirming**
**Allowed Amounts of (A) Management Security Plan**
**Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406881-MS<br>LANEY, MATTHEW V<br>3059 BRIDGESTONE DRIVE<br>JACKSONVILLE FL 32216 | CREDITOR ID: 422390-ST<br>LANGFORD, STEVE A<br>618 N KING STREET<br>CARTHAGE TX 75633 | CREDITOR ID: 406883-MS<br>LANGSTON, DICKIE<br>313 MORNING GLORY TRL<br>POWDER SPRINGS GA 30127 |
| CREDITOR ID: 403804-94<br>LANPHAR, KENNETH C<br>11251 CAMPFIELD DR, UNIT 1107<br>JACKSONVILLE FL 32256-3913 | CREDITOR ID: 403804-94<br>LANPHAR, KENNETH C<br>11251 CAMPFIELD DR, UNIT 1107<br>JACKSONVILLE FL 32256-3913 | CREDITOR ID: 406886-MS<br>LAVIGNE, KEITH<br>45 O K AVE<br>HARAHAN LA 70123 |
| CREDITOR ID: 406887-MS<br>LAWRENCE SR., RONNEY T.<br>203 18TH ST. NW<br>BRADENTON FL 33505 | CREDITOR ID: 406888-MS<br>LAWSON, HOLLAND J<br>116 RICHFIELD TERRACE<br>GREER SC 29651 | CREDITOR ID: 403805-94<br>LAZARAN, FRANK<br>358 ROYAL TERN ROAD SOUTH<br>PONTE VEDRA BEACH FL 32082 |
| CREDITOR ID: 406890-MS<br>LAZARAN, FRANK<br>358 ROYAL TERN ROAD SOUTH<br>PONTE VEDRA BEACH FL 32082 | CREDITOR ID: 406891-MS<br>LEAKE, SCOTT R<br>3104 SUNNY MEADOWS COURT<br>ARLINGTON TX 76016 | CREDITOR ID: 406869-MS<br>LEBLANC, JOSEPH<br>17230 HWY 79<br>MINDEN LA 71055 |
| CREDITOR ID: 403806-94<br>LEBLANC, MICHAEL F<br>105 CALLEY COURT<br>JACKSONVILLE FL 32259 | CREDITOR ID: 403806-94<br>LEBLANC, MICHAEL F<br>105 CALLEY COURT<br>JACKSONVILLE FL 32259 | CREDITOR ID: 406893-MS<br>LEDFORD, DONALD J<br>RR 3 BOX 429 C<br>HORTENSE GA 31543 |
| CREDITOR ID: 406894-MS<br>LEDFORD, DONALD K<br>3383 BEULAH VISTA CT<br>ORANGE PARK FL 32003-1447 | CREDITOR ID: 403807-94<br>LEE, FRED<br>3883 TIMUCUA TRAIL<br>JACKSONVILLE FL 32277 | CREDITOR ID: 406895-MS<br>LEE, JOHN D<br>163 KENMARE CIRCLE<br>MABLETON GA 30126 |
| CREDITOR ID: 398775-78<br>LEE, WILLIAM L<br>2228 CURLEW ROAD<br>PALM HARBOR, FL 34683 | CREDITOR ID: 406897-MS<br>LEEDER, JAMES<br>7312 CLARK RD.<br>LAKE CLARKE SHORES FL 33406 | CREDITOR ID: 406898-MS<br>LEEMON, HARVEY L<br>33 MEADOWVIEW ROAD<br>WEST CHESTERFIELD NH 03466 |
| CREDITOR ID: 403808-94<br>LETELLIER, EDWARD L SR<br>12244  JOINER-WYMER  RD<br>COVINGTON LA 70433-0816 | CREDITOR ID: 406899-MS<br>LETHERWOOD, CHARLES L<br>517 COUNTY DOWNS RD<br>MONTGOMERY AL 36109 | CREDITOR ID: 406900-MS<br>LEVEE, TERRY J<br>3046 NAUTILUS RD<br>MIDDLEBURG FL 32068 |
| CREDITOR ID: 403809-94<br>LEVENSTEIN, SONIA L<br>647 PALERMO AVE<br>CORAL GABLES FL 33134 | CREDITOR ID: 406901-MS<br>LEVY, MICHAEL<br>2970 HUCKLEBERRY HILL<br>FORT MILL SC 29715 | CREDITOR ID: 403810-94<br>LEWIN, ALAN F<br>2049 SW 35 AVE<br>DELRAY BEACH FL 33445 |

SERVICE LIST

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 403811-94<br>LEWIS, VINCENT J JR<br>PO BOX 537<br>BLAIRSVILLE GA 30514 | CREDITOR ID: 402239-90<br>LIBBY, LEWIS G<br>6000 SAN JOSE BLVD, APT 1B<br>JACKSONVILLE FL 32217 | CREDITOR ID: 410413-15<br>LINGENFELTER, LINDA HART<br>265 SAVANNAH DRIVE<br>RICHMOND KY 40475 |
| CREDITOR ID: 406904-MS<br>LINKOUS, HAROLD D<br>1204 CORBETT RD<br>CLAYTON NC 27520 | CREDITOR ID: 403812-94<br>LIVERNOIS, RONNIE J<br>10841 OLD PLANK RD<br>JACKSONVILLE FL 32220 | CREDITOR ID: 403812-94<br>LIVERNOIS, RONNIE J<br>10841 OLD PLANK RD<br>JACKSONVILLE FL 32220 |
| CREDITOR ID: 403813-94<br>LIVERSEDGE, LINDA L<br>500 SW 43RD PLACE<br>OCALA FL 34474 | CREDITOR ID: 403814-94<br>LLEWELLYN, DAVID J<br>3441 HICKORY CREEK ROAD<br>DELTONA FL 32738 | CREDITOR ID: 406906-MS<br>LONDON, LAWRENCE A<br>510 LAURIE LYNN DR<br>BATON ROUGE LA 70819 |
| CREDITOR ID: 406907-MS<br>LONG JR., LEWIS M.<br>228 CANDLEBERRY CR.<br>GOOSE CREEK SC 29445 | CREDITOR ID: 406908-MS<br>LONG, BOBBIE L<br>215 OAK KNOLL TERRACE<br>ANDERSON SC 29625 | CREDITOR ID: 416987-15<br>LONG, DENNIS<br>7217 OLD BARN ROAD<br>MONTGOMERY  AL 36117 |
| CREDITOR ID: 406910-MS<br>LORBACHER, KENNETH<br>1306 CLAYMORE DRIVE<br>GARNER NC 27529 | CREDITOR ID: 406911-MS<br>LOTT, JIMMY N<br>2600 MICHIGAN AVE, APT 440C<br>PENSACOLA FL 32526 | CREDITOR ID: 403815-94<br>LOUK, MARY L<br>432 HUCKLEBERRY TRAIL<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 406913-MS<br>LUNDY, FRANK W<br>2505 HERITAGE DR<br>TITUSVILLE FL 32780 | CREDITOR ID: 406914-MS<br>LUNN, RAYMOND<br>200 ROSEDOWN WAY<br>MANDEVILLE LA 70471 | CREDITOR ID: 403816-94<br>LUSSIER, KATHERINE A<br>9164 STARPASS DRIVE<br>JACKSONVILLE FL 32256 |
| CREDITOR ID: 406915-MS<br>LUTTRULL, JERRY D<br>1712 POPLAR DR<br>ORANGE PARK FL 32073 | CREDITOR ID: 402791-89<br>LYNN, DAVID MICHAEL<br>1627 WAKEFIELD WAY<br>ROCK HILL SC 29730 | CREDITOR ID: 398796-78<br>LYONS, LINDA F<br>3660 WATERSIDE DRIVE<br>ORANGE PARK, FL 32065 |
| CREDITOR ID: 406917-MS<br>MADDEN, JAMES A<br>767 PENLAND RD<br>LAURENS SC 29360 | CREDITOR ID: 398798-78<br>MAENNER, JENNY M<br>4408 MACKEY DRIVE<br>RICHLAND HILLS, TX 76180 | CREDITOR ID: 403817-94<br>MAFFETT, GEOFFREY A<br>702 DANESBROOK WAY<br>MELBOURE FL 32940 |
| CREDITOR ID: 403818-94<br>MAGUIRE, SEAN D<br>13860 ISHNALA CIRCLE<br>WELLINGTON FL 33414 | CREDITOR ID: 403818-94<br>MAGUIRE, SEAN D<br>13860 ISHNALA CIRCLE<br>WELLINGTON FL 33414 | CREDITOR ID: 403819-94<br>MALL, KENNETH G<br>505 LANCASTER STREET, APT 16D<br>JACKSONVILLE FL 32204 |

SERVICE LIST

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 403819-94<br>MALL, KENNETH G<br>505 LANCASTER STREET, APT 16D<br>JACKSONVILLE FL 32204 | CREDITOR ID: 406921-MS<br>MANINT, HORACE I JR<br>545 BAKER ROAD<br>STONEWALL LA 71078 | CREDITOR ID: 406922-MS<br>MANNING, RANDALL L<br>16508 CROOKED LANE<br>FISHERVILLE KY 40023 |
| CREDITOR ID: 403820-94<br>MANNING-ADAMS, KARON L<br>14310 GLEN FARMS ROAD<br>PO BOX 1878<br>GLEN ST MARY FL 32040 | CREDITOR ID: 403820-94<br>MANNING-ADAMS, KARON L<br>14310 GLEN FARMS ROAD<br>PO BOX 1878<br>GLEN ST MARY FL 32040 | CREDITOR ID: 403821-94<br>MANRESA, ELIAZAR<br>2246 NW 208 TERRACE<br>PEMBROKE PINES FL 33029 |
| CREDITOR ID: 406925-MS<br>MARLOW, WILLIAM J JR<br>5005 HIGH POINT DRIVE<br>PANAMA CITY FL 32404 | CREDITOR ID: 406926-MS<br>MARLOWE, DENNIS C<br>116 LANGFORD PARK DR<br>DAVENPORT FL 33897 | CREDITOR ID: 406927-MS<br>MARS, DONALD K<br>46320 MORRIS ROAD<br>HAMMOND LA 70401 |
| CREDITOR ID: 406928-MS<br>MARSH, HUGH A<br>211 W OAK ST, APT 404<br>LOUISVILLE KY 40203 | CREDITOR ID: 406929-MS<br>MARTIN, DWAIN E<br>517 WETHERBY LANE<br>SAINT AUGUSTINE FL 32092-1024 | CREDITOR ID: 406930-MS<br>MARTIN, GEORGE<br>6035 PONY PATH<br>BROOKSVILLE FL 34602 |
| CREDITOR ID: 398812-78<br>MARTIN, JAMES BRUCE<br>349 HUNTER STREET<br>WEST PALM BEACH, FL 33405 | CREDITOR ID: 406931-MS<br>MARTIN, JOSEPH<br>9 RED OAK<br>COVINGTON KY 70433 | CREDITOR ID: 406932-MS<br>MARTIN, RONNIE<br>1609 MARRIOM PLACE<br>HIGH POINT NC 27265 |
| CREDITOR ID: 406933-MS<br>MARTIN, ROY C<br>201 INDIAN TRAIL<br>TAYLORS SC 29687 | CREDITOR ID: 406934-MS<br>MARTIN, THOMAS N<br>1821 TARA DR<br>PRATTVILLE AL 36066 | CREDITOR ID: 406935-MS<br>MARTIN, TIM<br>1400 NATURE DRIVE, APT 2G<br>JACKSONVILLE NC 28546 |
| CREDITOR ID: 406936-MS<br>MARTINEAU, JOSEPH D<br>4839 PALMETTO PT DR<br>PALMETTO FL 34221 | CREDITOR ID: 406937-MS<br>MARTINEZ, MANUEL A JR<br>2225 PINE RIDGE ROAD<br>BLAIRSVILLE GA 30512 | CREDITOR ID: 406937-MS<br>MARTINEZ, MANUEL A JR<br>2225 PINE RIDGE ROAD<br>BLAIRSVILLE GA 30512 |
| CREDITOR ID: 403823-94<br>MARTINEZ, ROBERTO<br>2268 STONEHEDGE LOOP<br>KISSIMMEE FL 34743 | CREDITOR ID: 406938-MS<br>MASSEE, RICHARD H<br>612 FERRY STREET<br>ANDERSON SC 29260 | CREDITOR ID: 406939-MS<br>MASSEY, ROLLIN W<br>143 LAKE DAVID DRIVE<br>PICAYANE MS 39466 |
| CREDITOR ID: 403824-94<br>MATHENY, THOMAS<br>5696 COLIN KELLY HWY<br>MADISON FL 32340 | CREDITOR ID: 406940-MS<br>MATHIS, CRAIG H.<br>808 CRESTLINE DR.<br>MEXIA TX 76667 | CREDITOR ID: 403825-94<br>MATTA, MARK W<br>13827 TORTUGA POINT<br>JACKSONVILLE FL 32225 |

SERVICE LIST

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                **CASE:   05-03817-3F1**

CREDITOR ID: 403825-94
MATTA, MARK W
13827 TORTUGA POINT
JACKSONVILLE FL 32225

CREDITOR ID: 402250-90
MATTOX, EDWIN
2625 ANTEBELLUM DRIVE
MOBILE AL 36609

CREDITOR ID: 406944-MS
MAY, JOSEPH B
512 SOPHIA STREET
RIVER RIDGE LA 70123

CREDITOR ID: 403826-94
MAY, LAWRENCE H JR
4227 SNOWDON LANE
JACKSONVILLE FL 32225

CREDITOR ID: 403826-94
MAY, LAWRENCE H JR
4227 SNOWDON LANE
JACKSONVILLE FL 32225

CREDITOR ID: 406946-MS
MCCARTHY JR., TIMOTHY F.
2454 CAROLTON RD.
MAITLAND FL 32751

CREDITOR ID: 398824-78
MCCARTHY, RONALD J
124 ABERDEEN DRIVE
SLIDELL, LA 70461

CREDITOR ID: 406948-MS
MCCLELLAN, JAMES L
314 LAZY STREET
ANDERSON SC 29626

CREDITOR ID: 406949-MS
MCCLURE, JACK W
113 EASTERN FORK
LONGWOOD FL 32750

CREDITOR ID: 403827-94
MCCOOK, RICHARD P
55 E AMBASSADOR BND
THE WOODLANDS TX 77382-2082

CREDITOR ID: 403827-94
MCCOOK, RICHARD P
55 E AMBASSADOR BND
THE WOODLANDS TX 77382-2082

CREDITOR ID: 403828-94
MCCORMICK, JAMES K
640 MANNINGTON PLACE
LEXINGTON KY 40503

CREDITOR ID: 398828-78
MCCORQUODALE, JIMMY S
4009 APPLETON WAY
WILMINGTON NC 28412

CREDITOR ID: 406952-MS
MCCOSHAM, CATHY
7978 BUCKLAND DR.
CINNCINNATTI OH 45249

CREDITOR ID: 398829-78
MCCOY, DENNIS R
2440 BIRDIE LANE NE
CONOVER NC 28613-9457

CREDITOR ID: 406954-MS
MCDANIEL, JOHN A
590 S INDIGO RD
ALTAMONTE SPRINGS FL 32714

CREDITOR ID: 406955-MS
MCDONALD, JAMES E
169 OWENS RD
PIEDMONT SC 29673

CREDITOR ID: 403829-94
MCDONALD, PANSY H
734 SUNFLOWER RD
ROCHELLE GA 31079

CREDITOR ID: 398832-78
MCDONALD, PANSY H
734 SUNFLOWER RD
ROCHELLE, GA 31079

CREDITOR ID: 406956-MS
MCDONALD, THOMAS E
495 N PARAHAM RD
CLOVER SC 29710-9133

CREDITOR ID: 406957-MS
MCGINTY, STEVEN M
1488 COURSE VIEW DRIVE
ORANGE PARK FL 32003

CREDITOR ID: 402254-90
MCGIVRAY, BENJAMIN F
4420 LEOTA DRIVE
RALEIGH NC 27603

CREDITOR ID: 403830-94
MCGOUGH, RICHARD M
1338 GARRISON DRIVE
ST AUGUSTINE FL 32092

CREDITOR ID: 406959-MS
MCGRAW, WILLIAM E
9327 ANCIENT OAKS DRIVE
OOTEWAH TN 37363

CREDITOR ID: 406960-MS
MCGUFFIN, TERESA
3604 ROCKY CREEK DRIVE
SENECA SC 29678

CREDITOR ID: 406961-MS
MCGUIRE, DWANE T.
2113 N. TAFT
LOVELAND CO 80538

CREDITOR ID: 406962-MS
MCKELLAR, CHARLES H
1369 COOL SPRINGS ROAD
NORMAN PARK GA 31771

SERVICE LIST

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 403831-94<br>MCKISHNIE, FRANKLIN MURRAY<br>3503 HOLLOW OAK PL<br>BRANDON FL 33511 | CREDITOR ID: 403831-94<br>MCKISHNIE, FRANKLIN MURRAY<br>3503 HOLLOW OAK PL<br>BRANDON FL 33511 | CREDITOR ID: 406963-MS<br>MCKISHNIE, KENNETH<br>1374 LOG LAND DR.<br>OCOEE FL 34761 |
| CREDITOR ID: 403832-94<br>MCLAIN, GERALD K<br>20021 ADOLPHUS RD<br>COVINGTON LA 70435 | CREDITOR ID: 406965-MS<br>MCLAIN, JOE H<br>6725 MITZL COURT<br>MONTGOMERY AL 36116 | CREDITOR ID: 406966-MS<br>MCLAUCHLIN, LARRY<br>1105 SHADOW RIDGE DR.<br>AZLE TX 76020 |
| CREDITOR ID: 406967-MS<br>MCLEMORE, GEORGE S<br>2833 JANICE DRIVE<br>DOUGLASVILLE GA 30135 | CREDITOR ID: 406968-MS<br>MCLIN, MARK<br>8040 FLORIDA BOYS RANCH ROAD<br>GROVELAND FL 34736 | CREDITOR ID: 406969-MS<br>MCMILLAN, JAMES<br>8987 STONERIDGE PLACE<br>MONTGOMERY AL 36117 |
| CREDITOR ID: 406970-MS<br>MCNABB, NORRIS<br>4411 FOREST VALLEY CIRCLE<br>VALDOSTA GA 31602 | CREDITOR ID: 406971-MS<br>MCNAMARA, TIMOTHY<br>1112 PAWNEE PLACE<br>JACKSONVILLE FL 32259 | CREDITOR ID: 406971-MS<br>MCNAMARA, TIMOTHY<br>1112 PAWNEE PLACE<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 406972-MS<br>MCNEELY, WILLIAM R<br>3105 NAUTILUS RD<br>MIDDLEBURG FL 32068 | CREDITOR ID: 406973-MS<br>MCNEILL, RUFUS A<br>507 ASHTON OAK DR<br>PRATTVILLE AL 36066-1917 | CREDITOR ID: 406974-MS<br>MCRAE, DOUGLAS K, JR<br>21 PATRICIA DRIVE<br>COVINGTON LA 70433 |
| CREDITOR ID: 403834-94<br>MCVEY, PAUL R<br>715 BURKE PLACE<br>AUBURN AL 36830 | CREDITOR ID: 406975-MS<br>MEADOWS, RICHARD L<br>116 CHEYENNE DR<br>SHELBYVILLE KY 40065 | CREDITOR ID: 406976-MS<br>MEARS, CHARLES E<br>2496 BENTRIDGE COURT<br>ORANGE PARK FL 32065 |
| CREDITOR ID: 406976-MS<br>MEARS, CHARLES E<br>2496 BENTRIDGE COURT<br>ORANGE PARK FL 32065 | CREDITOR ID: 403836-94<br>MEDEI, KIM<br>1607 HIBISCUS AVE<br>WINTER PARK FL 32789 | CREDITOR ID: 406977-MS<br>MEDIN, FRANK C<br>1628 FEATHERBAND DRIVE<br>VALRICO FL 33594 |
| CREDITOR ID: 406978-MS<br>MEDINA, JOSEPH P<br>413 DAWN CT<br>MANDEVILLE LA 70448-7578 | CREDITOR ID: 406978-MS<br>MEDINA, JOSEPH P<br>413 DAWN CT<br>MANDEVILLE LA 70448-7578 | CREDITOR ID: 406979-MS<br>MEEHAN, WEYMAR<br>4001 BIENVILLE RD<br>MONTGOMERY AL 36109 |
| CREDITOR ID: 406980-MS<br>MEENA, LINCOLN<br>2054 RIVERSIDE, APT 1306<br>JACKSONVILLE FL 32204 | CREDITOR ID: 402830-89<br>MEHLINGER, WILLIAM<br>3837 TERESA TERRACE<br>LILBURN GA 30247 | CREDITOR ID: 403838-94<br>MEI, WINNIE Y<br>5660 CYPRESS HOLLOW WAY<br>NAPLES FL 34109 |

SERVICE LIST

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406983-MS<br>MELVIN, CHARLES L<br>299 LAKEVIEW CABINS DR<br>NEW CONCORD KY 42076 | CREDITOR ID: 406984-MS<br>MEREDITH, MARYLL<br>3381 COLUMBIA TRACE<br>DECATUR GA 30032 | CREDITOR ID: 406985-MS<br>MERRILL, ERNEST W<br>8261 S INDIAN RIVER DRIVE<br>FORT PIERCE FL 34982 |
| CREDITOR ID: 406986-MS<br>MERRY, SANDRA<br>11860 TANYA TERRACE E<br>JACKSONVILLE FL 32223 | CREDITOR ID: 406982-MS<br>METTS, PHILIP N<br>101 COUNTRY LANE<br>SHELBYVILLE KY 40065 | CREDITOR ID: 406988-MS<br>MICKIE, MICHAEL J<br>12120 CAPRI CIRCLE SOUTH<br>TREASURE ISLAND FL 33706 |
| CREDITOR ID: 406988-MS<br>MICKIE, MICHAEL J<br>12120 CAPRI CIRCLE SOUTH<br>TREASURE ISLAND FL 33706 | CREDITOR ID: 398862-78<br>MIDDLEBROOKS, GUY M<br>1300 FOREST AVENUE<br>NEPTUNE BEACH FL 32266 | CREDITOR ID: 416267-15<br>MIDKIFF, ROBERT E<br>3191 TERRACE AVENUE<br>SLIDELL LA 70458 |
| CREDITOR ID: 403840-94<br>MILES, GREGORY B<br>13508 LYNNWOOD DR<br>HAMMOND LA 70403 | CREDITOR ID: 403840-94<br>MILES, GREGORY B<br>13508 LYNNWOOD DR<br>HAMMOND LA 70403 | CREDITOR ID: 411040-15<br>MILLER, DANNY R<br>PO BOX 962<br>MOORE HAVEN FL 33471 |
| CREDITOR ID: 398864-78<br>MILLER, HAROLD E<br>6318 AUGUSTA COVE<br>DESTIN FL 32541 | CREDITOR ID: 403841-94<br>MILLER, JAMES B<br>320 A VILLAGE DR<br>SAINT AUGUSTINE FL 32084-0907 | CREDITOR ID: 406995-MS<br>MILLS, DARYL<br>10211 WALNUT BEND NORTH<br>JACKSONVILLE FL 32257 |
| CREDITOR ID: 406996-MS<br>MIMBS, MIKE<br>3014 STARMOUNT DRIVE<br>VALRICO FL 33594 | CREDITOR ID: 406997-MS<br>MIMMS, MARK<br>768 EAGLE POINT DR<br>SAINT AUGUSTINE FL 32092 | CREDITOR ID: 403842-94<br>MINA, NICHOLAS T<br>244 BARCO ROAD<br>SAINT AUGUSTINE FL 32080 |
| CREDITOR ID: 403842-94<br>MINA, NICHOLAS T<br>244 BARCO ROAD<br>SAINT AUGUSTINE FL 32080 | CREDITOR ID: 406999-MS<br>MINA, THOMAS<br>350 ORIOLE ST<br>KEYSTONE HEIGHTS FL 32656 | CREDITOR ID: 419368-ST<br>MINSHEW, HUGH F<br>13904-WHITE HERON PLACE<br>JACKSONVILLE FL 32224 |
| CREDITOR ID: 407002-MS<br>MOFFETT, PAUL A<br>6804 N CAPITAL OF TX HWY, APT 823<br>AUSTIN TX 78731 | CREDITOR ID: 407003-MS<br>MONTGOMERY, DAVID W<br>4424 ORTEGA FARMS CIRCLE<br>JACKSONVILLE FL 32210 | CREDITOR ID: 403844-94<br>MOON, DANNY R<br>184 MOUNTAIN RIDGE RD<br>MILLBROOK AL 36054 |
| CREDITOR ID: 403844-94<br>MOON, DANNY R<br>184 MOUNTAIN RIDGE RD<br>MILLBROOK AL 36054 | CREDITOR ID: 422512-ST<br>MOON, TEDDY M<br>134 TIMBERLAKE DRIVE<br>ARDMORE AL 35739 | CREDITOR ID: 407006-MS<br>MOORE, DAVID<br>3 ZELMA DRIVE<br>GREENVILLE SC 29617 |

**SERVICE LIST**

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                    CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 403845-94<br>MOORE, DWIGHT A JR<br>6009 DEVON COURT PLACE<br>JAMESTOWN NC 27282 | CREDITOR ID: 403845-94<br>MOORE, DWIGHT A JR<br>6009 DEVON COURT PLACE<br>JAMESTOWN NC 27282 | CREDITOR ID: 396264-60<br>MOORE, FRANCIS W<br>1936 MORNINGSIDE ST<br>JACKSONVILLE, FL 32205 |
| CREDITOR ID: 403846-94<br>MOORE, STACEY<br>232 PHILLIPS AVENUE<br>ASHBURN GA 31714 | CREDITOR ID: 403847-94<br>MOORE, SUSAN M<br>1196 GARRISON DR<br>ST AUGUSTINE FL 32092 | CREDITOR ID: 398881-78<br>MORBACH, KEVIN<br>782 ASHWOOD STREET<br>ORANGE PARK, FL 32065 |
| CREDITOR ID: 403848-94<br>MORENE, SAUNDRA R<br>3005 RHONE CT<br>JACKSONVILLE FL 32208 | CREDITOR ID: 403849-94<br>MORGAN, BRENT D<br>61156 DAVIS AVENUE<br>LACOMBE LA 70445 | CREDITOR ID: 407011-MS<br>MORGAN, LAMAR P.<br>3337 GRANVILLE DR.<br>RALEIGH NC 27609 |
| CREDITOR ID: 407012-MS<br>MORGAN, WILLIAM E<br>6479 SABLE WOODS DRIVE EAST<br>JACKSONVILLE FL 32244 | CREDITOR ID: 407013-MS<br>MORRIS, JAMES H<br>929 MACLAY DRIVE<br>SAN JOSE CA 95123 | CREDITOR ID: 407014-MS<br>MORRIS, KENNETH W<br>17498 VINNIE LANE<br>#1<br>HAMMOND LA 70401 |
| CREDITOR ID: 403851-94<br>MORRIS, ROBERT C<br>11541 YOUNG ROAD<br>JACKSONVILLE FL 32218 | CREDITOR ID: 403851-94<br>MORRIS, ROBERT C<br>11541 YOUNG ROAD<br>JACKSONVILLE FL 32218 | CREDITOR ID: 398887-78<br>MORRIS, ROBERT P<br>1219 WILLOWICK CIRCLE<br>SAFETY HARBOR, FL 34695 |
| CREDITOR ID: 407016-MS<br>MORRISON, JERRY D<br>6542 LENCZYK DRIVE<br>JACKSONVILLE FL 32277 | CREDITOR ID: 407017-MS<br>MORSE, JOSEPH S<br>609 STARBURST LANE<br>RALEIGH NC 27603 | CREDITOR ID: 407019-MS<br>MOSELEY, LAWRENCE<br>216 RIDGEWAY<br>SIMPSONVILLE SC 29681 |
| CREDITOR ID: 403852-94<br>MULLINS, RAY<br>1801 EMERSON AVENUE, APT 2<br>CINCINNATI OH 45239 | CREDITOR ID: 407020-MS<br>MULLIS, LARRY E<br>422 CHARLES DR<br>VIDALIA GA 30474 | CREDITOR ID: 407021-MS<br>MUMMA, KENNETH D<br>953 TWIN LAKES RD<br>ROCK HILL SC 29732-8435 |
| CREDITOR ID: 403853-94<br>MUMMA, KENNETH D<br>953 TWIN LAKES ROAD<br>ROCK HILL SC 29732 | CREDITOR ID: 407022-MS<br>MURPHREE, JOSEPH G<br>120 NILE CIRCLE, APT A<br>MOORESVILLE NC 28117 | CREDITOR ID: 398895-78<br>MURPHY, RONALD R<br>9011 HEATHLAND COURT<br>MT DORA, FL 32757 |
| CREDITOR ID: 398897-78<br>MURRY, SYLVESTER<br>8035 ST JUDE CIRCLE N<br>MOBILE, AL 36695-4956 | CREDITOR ID: 407023-MS<br>MURTHA, RICHARD S.<br>RT. E BOX 383<br>HIRMAN GA 30141 | CREDITOR ID: 403854-94<br>MUSE, ROBERT A<br>6489 WINTER HAZEL DR<br>LIBERTY TOWNSHIP OH 45044 |

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                        **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 397064-66<br>MYERS, DAVID E<br>1706 HEATHERWOOD DR<br>JACKSONVILLE FL 32259 | CREDITOR ID: 406987-MS<br>MYERS, ELLA MAE<br>808 W 118TH AVE<br>TAMPA FL 33612 | CREDITOR ID: 407024-MS<br>MYERS, WILLIAM J<br>1612 WATERS EDGE DRIVE<br>ORANGE PARK FL 32003-8692 |
| CREDITOR ID: 418813-ST<br>NAYLOR, EDGAR LOUIS<br>136 BRANDI WAY<br>WINCHESTER TN 37398-1446 | CREDITOR ID: 407026-MS<br>NEGLIA, MICHAEL<br>2696 COUNTRY CLUB BLVD<br>ORANGE PARK FL 32073 | CREDITOR ID: 407027-MS<br>NELSON, FRED M<br>2100 CORBERRIE LANE<br>RALEIGH NC 27613 |
| CREDITOR ID: 407028-MS<br>NELSON, WILBUR E<br>2244 LAKE SHORE BLVD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 403856-94<br>NESLER, TRENA H<br>4516 COQUINA DRIVE<br>JACKSONVILLE FL 32250-2200 | CREDITOR ID: 403856-94<br>NESLER, TRENA H<br>4516 COQUINA DRIVE<br>JACKSONVILLE FL 32250-2200 |
| CREDITOR ID: 407030-MS<br>NEWMAN, JAMES W<br>7962 LINKSIDE DRIVE<br>JACKSONVILLE FL 32256 | CREDITOR ID: 403857-94<br>NEWSOM, STEVEN K<br>918 MADISON AVE<br>VALDOSTA GA 31602 | CREDITOR ID: 403858-94<br>NG, CHI WING<br>2056 WESTBOURNE DR<br>OVIEDO FL 32765 |
| CREDITOR ID: 376404-44<br>NICOLOSI, BETHENE O<br>AS BENEFICIARY OF JAMES D  WATTS<br>105 GWENLIN DRIVE<br>HAMMOND, LA 70403 | CREDITOR ID: 403859-94<br>NIMO, WILLIAM<br>2031 PIPING PLOVER WAY<br>JACKSONVILLE FL 32224 | CREDITOR ID: 407032-MS<br>NIX, JAMES R<br>1048 HAMMOND BLVD<br>JACKSONVILLE FL 32221 |
| CREDITOR ID: 407033-MS<br>NIXON, MICHAEL E<br>4538 ORTEGA FARMS CIRCLE<br>JACKSONVILLE FL 32210 | CREDITOR ID: 407033-MS<br>NIXON, MICHAEL E<br>4538 ORTEGA FARMS CIRCLE<br>JACKSONVILLE FL 32210 | CREDITOR ID: 403861-94<br>NJOKU, GIDEON A<br>9802 SW 158 CT<br>MIAMI FL 33196 |
| CREDITOR ID: 407035-MS<br>NORRIS, JAMES T<br>PO BOX 517<br>OAKWOOD GA 30566 | CREDITOR ID: 403862-94<br>NORTHCUT, SCOTT<br>216 SWEETBRIER BRANCH LANE<br>JACKSONVILLE FL 32259 | CREDITOR ID: 403862-94<br>NORTHCUT, SCOTT<br>216 SWEETBRIER BRANCH LANE<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 407037-MS<br>NORTHCUT, WILLIAM E<br>3706 WOODMONT PARK LN<br>LOUISVILLE KY 40245-8418 | CREDITOR ID: 376433-44<br>NOWELL, LINDA C, BENEFICIARY<br>OF MORRIS M NOWELL<br>2240 STONES THROW DRIVE<br>MURFREESBORO TN 37129 | CREDITOR ID: 407039-MS<br>NOWLAN, GEORGE III<br>3749 CONSTANCIA DRIVE<br>GREEN COVE SPRING FL 32043 |
| CREDITOR ID: 407039-MS<br>NOWLAN, GEORGE III<br>3749 CONSTANCIA DRIVE<br>GREEN COVE SPRING FL 32043 | CREDITOR ID: 403864-94<br>NUNEZ, JESUS A<br>6222 SW 106 AVE<br>MIAMI FL 33173 | CREDITOR ID: 403865-94<br>NUNN, WILLIAM R<br>5604 WOODRIDGE STREET SW<br>HUNTSVILLE AL 35802 |

SERVICE LIST

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 403866-94<br>NYQUIST, MARK<br>6334 SPINAKER DRIVE<br>ROCKLEDGE FL 32955 | CREDITOR ID: 403867-94<br>ODOM, TOM F<br>PO BOX 572<br>POPLARVILLE MS 39470 | CREDITOR ID: 403868-94<br>OJO, PATRICK<br>3791 NW 78 TH AVE<br>HOLLYWOOD FL 33024 |
| CREDITOR ID: 403869-94<br>OLAYINKA, ADETAYO O<br>3373 STERLING LAKE CIRCLE<br>OVIEDO FL 32765 | CREDITOR ID: 403870-94<br>OLAZAGASTI, MARIA F<br>2278 STONEHEDGE LOOP<br>KISSIMMEE FL 34743 | CREDITOR ID: 407042-MS<br>OLIVER, DONALD<br>1109 THOMWALL STREET<br>VALDOSTA GA 31602 |
| CREDITOR ID: 403871-94<br>OLLAR, EDWARD<br>4765 MANDARIN ST DR N<br>JACKSONVILLE FL 32257 | CREDITOR ID: 407043-MS<br>OLSEN, DEBORAH A<br>4833 LOFTY PINE CIRCLE E<br>JACKSONVILLE FL 32210 | CREDITOR ID: 398917-78<br>O'NEAL, WILLIAM E<br>2101 RAY THORINGTON ROAD<br>PIKE RD, AL 36064 |
| CREDITOR ID: 403872-94<br>ONORI, ENDURANCE<br>4103 DAKOTA PLACE<br>PALM BEACH GARDENS FL 33418 | CREDITOR ID: 407044-MS<br>OOSTIN, KENNETH<br>4412 HOLLOWAY MEADOW LN<br>PLANT CITY  FL 33567-1687 | CREDITOR ID: 407045-MS<br>ORTIZ, VINCENT<br>1798 BAYSIDE BLVD<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 407046-MS<br>OSBORNE, GARY W<br>17709 CRYSTAL COVE PLACE<br>LUTZ FL 33548 | CREDITOR ID: 407041-MS<br>O'STEEN, JOE<br>2547 SIGMA COURT<br>ORANGE PARK FL 32073 | CREDITOR ID: 407047-MS<br>OUJESKY, J B<br>324 MAYFAIR DRIVE<br>HURST TX 76053 |
| CREDITOR ID: 407048-MS<br>OVERSTREET, MICHAEL S<br>1102 MEADOWCREST DRIVE<br>VALRICO FL 33594 | CREDITOR ID: 407050-MS<br>OWENS, RODERICK<br>594 JAMES STREET<br>LILBURN GA 30047 | CREDITOR ID: 407051-MS<br>OWENS, TONY LEE<br>200 CHERRY LAUREL<br>CLAYTON NC 27527 |
| CREDITOR ID: 398925-78<br>OXFORD, MARIE L<br>11016 LOUIS DRIVE<br>HUNTSVILLE, AL 35803 | CREDITOR ID: 407053-MS<br>OXLEY, RANDY<br>1117 WILDERNESS TRAIL<br>CROWLEY TX 76036 | CREDITOR ID: 407054-MS<br>PADGETT, RUEL D<br>19511 N TRENT JONES DR<br>BATON ROUGE LA 70810 |
| CREDITOR ID: 407055-MS<br>PAIT, ROBERT F<br>521 SLOPING HILL LANE<br>FUQUAY VARINA NC 27526 | CREDITOR ID: 407056-MS<br>PAPPAS, BEVERLY<br>3646 CATTAIL DRIVE S<br>JACKSONVILLE FL 32223 | CREDITOR ID: 403873-94<br>PARADELAS, CHARLES J<br>PO BOX 1222<br>LIVINGSTON LA 70754 |
| CREDITOR ID: 407057-MS<br>PARKER, ROBERT L<br>8879 BENSON PIKE<br>BAGDAD KY 40003 | CREDITOR ID: 403874-94<br>PARRIS, MICHAEL W<br>PO BOX 45<br>CHOCCOLOCCO AL 36254 | CREDITOR ID: 407058-MS<br>PARRISH, ROBERT C<br>2601 N SHERWOOD DRIVE<br>VALDOSTA GA 31602 |

**SERVICE LIST**

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407059-MS<br>PARSON, CLIFTON D.<br>538 ELMNER DR.<br>MARS HILL NC 28754 | CREDITOR ID: 407060-MS<br>PARSONS, JAMES<br>4138 COUNTY RD 14<br>UNION SPRINGS AL 36089 | CREDITOR ID: 403875-94<br>PARSONS, WILLIAM A<br>1815 NORWAY DRIVE<br>ORANGE PARK FL 32003 |
| CREDITOR ID: 403875-94<br>PARSONS, WILLIAM A<br>1815 NORWAY DRIVE<br>ORANGE PARK FL 32003 | CREDITOR ID: 407062-MS<br>PATE, CHRISTIAN<br>507 LITHIA WAY<br>BRANDON FL 33511 | CREDITOR ID: 403876-94<br>PATEL, JAGDIP K<br>125 WOODLAKE CIRCLE<br>LAKEWORTH FL 33463 |
| CREDITOR ID: 403877-94<br>PATEL, NILESHBHAI K<br>1818 WESTMINSTER CT<br>LAKELAND FL 33809 | CREDITOR ID: 403878-94<br>PATEL, VINODBHAI<br>569 S. LONGVIEW PLACE<br>LONGWOOD FL 32779 | CREDITOR ID: 407064-MS<br>PATTON, WILLIAM L<br>4411 WINDSOR OAKS CR.<br>MARIETTA GA 30066 |
| CREDITOR ID: 403879-94<br>PAYMENT, PHILIP H JR<br>520 CARAWAY COURT<br>JACKSONVILLE FL 32259 | CREDITOR ID: 403879-94<br>PAYMENT, PHILIP H JR<br>520 CARAWAY COURT<br>JACKSONVILLE FL 32259 | CREDITOR ID: 403880-94<br>PAYNE, GEORGE H<br>PO BOX 2066<br>HUNTSVILLE AL 35804 |
| CREDITOR ID: 403881-94<br>PEACOCK, JOHN C<br>P.O. BOX 613<br>BLOUNTSTOWN FL 32424 | CREDITOR ID: 407066-MS<br>PEAR, THOMAS<br>1570 KENNESAW DR<br>CLERMONT FL 34711-6871 | CREDITOR ID: 407067-MS<br>PEARL, RONALD W<br>525 BUTLER STREET<br>WINDMERE FL 34786 |
| CREDITOR ID: 407068-MS<br>PEARSON, RONALD J<br>3526 SANCTUARY BLVD<br>JACKSONVILLE FL 32250 | CREDITOR ID: 407069-MS<br>PEAY, STEPHEN B<br>4801 HADDON COURT<br>RALEIGH NC 27606 | CREDITOR ID: 407070-MS<br>PECNIK, JOHN J SR<br>4457 HONEY TREE LANE EAST<br>JACKSONVILLE FL 32225 |
| CREDITOR ID: 407071-MS<br>PENNEY, ELWOOD L<br>105 THICKETT PLACE<br>WILLMINGTON NC 28409 | CREDITOR ID: 407073-MS<br>PERKINS, MARVIN<br>6200 MIAL PLANTATION ROAD<br>RALEIGH NC 27610-9643 | CREDITOR ID: 407074-MS<br>PERKINS, WALTER E<br>245 COUNTRY RD 219<br>JEMISON AL 35085 |
| CREDITOR ID: 407072-MS<br>PERKINS, WILLIAM S III<br>9574 BENT OAK COURT<br>JACKSONVILLE FL 32257 | CREDITOR ID: 419680-ST<br>PETERS, JAMES D<br>3244 MARYLAND AVE<br>KENNER LA 70065 | CREDITOR ID: 407076-MS<br>PETERS, RONALD<br>11215 HASKELL DR.<br>CLERMONT FL 34711 |
| CREDITOR ID: 407077-MS<br>PETERSEN, CLIFFORD P<br>3809 SUNNYDALE DR<br>FT WORTH TX 76116 | CREDITOR ID: 398951-78<br>PETERSON, CHARLOTTE<br>4 SANDPIPER COVE<br>PONTE VEDRA BEACH, FL 32082 | CREDITOR ID: 407079-MS<br>PETTIT, JOSEPH E.<br>1009 CHISHOLM WAY<br>LILBURN GA 30047 |

SERVICE LIST

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407080-MS<br>PEZZUTTI, WILLIAM<br>12966 SILVER OAK DRIVE<br>JACKSONVILLE FL 32223 | CREDITOR ID: 400870-91<br>PFOST, STEPHEN C<br>660 WHISPERING HILLS ROAD<br>MONTICELLO FL 32344 | CREDITOR ID: 407081-MS<br>PHILLIPS, CLIFFORD S<br>1217 RIVERSIDE DR<br>CHARLOTTE NC 28214 |
| CREDITOR ID: 407082-MS<br>PHILLIPS, DONALD B<br>8981 COUNTRY CLUB DR<br>DOUGLASVILLE GA 30134 | CREDITOR ID: 407083-MS<br>PHILLIPS, JIMMY L<br>6800 WELCH<br>FT WORTH TX 76133 | CREDITOR ID: 407084-MS<br>PHILLIPS, LARRY A<br>113 LORD BYRON<br>CARY NC 27513 |
| CREDITOR ID: 403883-94<br>PIAZZA, MICHAEL B<br>214 BLUEFIELD DR<br>SLIDELL LA 70458 | CREDITOR ID: 407085-MS<br>PICARD, PAUL<br>7621 SENTRY OAK CIRCLE E<br>JACKSONVILLE FL 32256 | CREDITOR ID: 407086-MS<br>PICKARD, DENNIS R<br>4578 CAT CREEK RD<br>VALDOSTA GA 31605 |
| CREDITOR ID: 407087-MS<br>PIERCE, DONALD<br>PO BOX 2823<br>CLEVELAND TN 37320 | CREDITOR ID: 403884-94<br>PIKE, RICHARD B<br>10260 MANORVILLE DR<br>JACKSONVILLE FL 32221-3221 | CREDITOR ID: 403885-94<br>PILCHER, RONNIE<br>347 UNION AVE<br>CRESCENT CITY FL 32112 |
| CREDITOR ID: 403886-94<br>PINKARD, DANIEL<br>910 ASHWOOD CIRCLE<br>PANAMA CITY FL 32405 | CREDITOR ID: 407088-MS<br>PIPER SR., WILLIAM R.<br>4926 MOTOR YACHT DRIVE<br>JACKSONVILLE FL 32225 | CREDITOR ID: 402294-90<br>PITTMAN, A D<br>517 COMPTON ROAD<br>RALEIGH NC 27609 |
| CREDITOR ID: 407090-MS<br>PITTMAN, JOHNNY L<br>334 SMALLWOOD AVE<br>FT PIERCE FL 34982 | CREDITOR ID: 403887-94<br>PLESE, DONALD E<br>1724 CALOOSA ESTATE CT<br>LABELLE FL 33935 | CREDITOR ID: 403887-94<br>PLESE, DONALD E<br>1724 CALOOSA ESTATE CT<br>LABELLE FL 33935 |
| CREDITOR ID: 403888-94<br>PLUMER, JIMMIE W<br>1198 WILLOW LAKE RD<br>MERIDIAN MS 39305 | CREDITOR ID: 407092-MS<br>POLLOCK JR., JESSE T.<br>9921 FARMINGTON<br>BEN BROOK TX 76126 | CREDITOR ID: 407093-MS<br>POLLOCK, RICHARD<br>28021 SOUTHWEST 162 AVE<br>HOMESTEAD FL 33033 |
| CREDITOR ID: 403889-94<br>PONTIFF, GREGORY T<br>PO BOX 214<br>FRANKLIN LA 70538 | CREDITOR ID: 407094-MS<br>PORTER, WILLIAM F.<br>1424 SE INGELWOOD<br>LAKE CITY FL 32055 | CREDITOR ID: 402908-89<br>POUND, ROBERT<br>199 ROCKCASTLE VILLA<br>SHEPHERDSVILLE KY 40165 |
| CREDITOR ID: 407096-MS<br>POUNDERS, SHAYNE<br>4525 EMERSON PARK DR., SUITE 209<br>ORLANDO FL 32839 | CREDITOR ID: 402296-90<br>POWELL, CHARLES E<br>1206 CELY ROAD<br>EASLEY SC 29640 | CREDITOR ID: 407098-MS<br>POWELL, SAMUEL<br>311 CRENSHAW STREET<br>EASLEY SC 29640 |

SERVICE LIST

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407099-MS<br>POWERS, MONTY H<br>3405 CLEAR CREEK LANE<br>KNOXVILLE TN 37938 | CREDITOR ID: 407100-MS<br>POWNALL, JAMES R<br>281 OAK HAMMOCK DRIVE<br>KENNESAW GA 30152 | CREDITOR ID: 407101-MS<br>PRESCOTT, JOHN T.<br>610 NW 102 WAY<br>PLANTATION FL 33324 |
| CREDITOR ID: 403890-94<br>PRIESCHL, WILHELM R<br>3061 MEDINAH CIRCLE EAST<br>LAKE WORTH FL 33467 | CREDITOR ID: 407102-MS<br>PRINGLE, JAMES W<br>439 NW CANTERBURY COURT<br>PORT ST LUCIE FL 34983 | CREDITOR ID: 407103-MS<br>PROPES, RICHARD<br>3 BLACK KNOB COURT<br>GREENVILLE SC 29686 |
| CREDITOR ID: 403891-94<br>PRUETT, RONALD L<br>9249 BRADFORD PLACE<br>MONTGOMERY AL 36117 | CREDITOR ID: 403892-94<br>PRUGH, STEPHEN M<br>35025 RAINTREE DRIVE<br>FRUITLAND PARK FL 34731 | CREDITOR ID: 403892-94<br>PRUGH, STEPHEN M<br>35025 RAINTREE DRIVE<br>FRUITLAND PARK FL 34731 |
| CREDITOR ID: 407105-MS<br>PUMPHREY, THOMAS G<br>PO BOX 2649<br>PONTE VEDRA BEACH FL 32004 | CREDITOR ID: 403893-94<br>PURVIS, FRED E<br>12 NELLPURVIS RD<br>ADEL GA 31620 | CREDITOR ID: 407106-MS<br>QUALLS, TERRY<br>1647 MOUNT TABOR CHURCH RD<br>EASLEY SC 29640 |
| CREDITOR ID: 407107-MS<br>RABON, DEWAYNE H<br>992 BLACKBERRY LANE<br>JACKSONVILLE FL 32259 | CREDITOR ID: 407108-MS<br>RADAR, DANNY<br>NO ADDRESS | CREDITOR ID: 403894-94<br>RADFORD, JAMES E<br>164 BRASS OAK DR<br>MADISON AL 35758 |
| CREDITOR ID: 403895-94<br>RAGASE, JOSEPH A<br>7237 CRESCENT OAKS COURT<br>JACKSONVILLE FL 32277 | CREDITOR ID: 407109-MS<br>RAINWATER, EVAN L.<br>1943 ROSE MALLOW<br>ORANGE PARK FL 32003 | CREDITOR ID: 407110-MS<br>RAMBO, RANDALL L.<br>5815 NW 119TH DRIVE<br>CORAL SPRINGS FL 33076 |
| CREDITOR ID: 403896-94<br>RAMOS, SYLVIA R<br>14326 SPORTS CLUB WAY<br>ORLANDO FL 32837 | CREDITOR ID: 402921-89<br>RANKIN, JERRY L<br>5007 AUTHUR STREET<br>MOSS POINT MS 39563 | CREDITOR ID: 407112-MS<br>RASBERRY, TRAVIS D<br>PO BOX 285<br>DUBLIN TX 76446 |
| CREDITOR ID: 407113-MS<br>RAULERSON, CHARLES RAY<br>785 CREIGHTON ROAD<br>ORANGE PARK FL 32003 | CREDITOR ID: 407114-MS<br>RAULERSON, RICHARD<br>1208 E CATALINE ROAD<br>JACKSONVILLE FL 32216 | CREDITOR ID: 403897-94<br>RAVAL, KEVIN<br>6745 FERRI CIRCLE<br>PORT ORANGE FL 32128 |
| CREDITOR ID: 398986-78<br>RAY, TIMOTHY W<br>23 PRIMROSE COURT, UNIT 5713<br>ELLIJAY GA 30540 | CREDITOR ID: 403898-94<br>RAYMOND, JANET A<br>526 COURTHOUSE LANE<br>HAHNVILLE LA 70057 | CREDITOR ID: 407115-MS<br>REAMER, KENNETH D<br>4681 GOODWIN RD<br>MILLBROOK AL 36054 |

SERVICE LIST

**Notice of Entry of Order Reducing, Reclassifying, Adjustin or Disallowing, as Applicable, and Confirming Allowed Amounts of (A) Management Security Plan Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407116-MS<br>RECHSTEINER, JAMES<br>3291 MCGARITY LANE<br>KENNESAW GA 30144 | CREDITOR ID: 402926-89<br>REDNOUR, STEVE K<br>570 BARBARA SUE LANE<br>MT WASHINGTON KY 40047 | CREDITOR ID: 407118-MS<br>REDWINE, BRADLEY L<br>2219 PRESERVATION DR<br>PLANT CITY FL 33566 |
| CREDITOR ID: 407119-MS<br>REED, BILLY R.<br>341 MOEADOWRIDGE DR.<br>TUSCALOOSA AL 35405 | CREDITOR ID: 407120-MS<br>REED, WILLIAM L<br>1871 LEXINGTON PLACE<br>TARPEN SPRINGS FL 34689 | CREDITOR ID: 403899-94<br>REES, ROBERT R<br>1790 LOISDALE COURT<br>CINCINNATI OH 45255 |
| CREDITOR ID: 403900-94<br>REESE, GEORGE II<br>218 LAKE FOREST WAY<br>MAYLENE AL 35114 | CREDITOR ID: 407121-MS<br>REESE, JERRY A<br>112 SHAW STREET<br>MARTINEZ GA 30907 | CREDITOR ID: 403901-94<br>REGINA, GARY<br>1007 PLANTATION OAKS DRIVE E<br>JACKSONVILLE BEACH FL 32250 |
| CREDITOR ID: 398993-78<br>RELAN, NICK J<br>633 BAMBO ST.<br>DIAMONDHEAD, MS 39525 | CREDITOR ID: 407123-MS<br>REYNOLDS, MELVIN A<br>41 RHODODENDRON LANE<br>TALKING ROCK GA 30175 | CREDITOR ID: 407124-MS<br>REYNOLDS, WILLIAM F<br>368 BERKELEY ROAD<br>ROCK HILL SC 29832 |
| CREDITOR ID: 407125-MS<br>RHODEN, ALVIA<br>4712 ORTEGA FOREST DR<br>JACKSONVILLE FL 32210 | CREDITOR ID: 403902-94<br>RHODES, HILDRED L<br>6404 DIAMOND LOCH N<br>N RICHLAND HILLS TX 76180 | CREDITOR ID: 407126-MS<br>RHODES, STEPHEN<br>1450 WALDEN OAKS PLACE<br>PLANT CITY FL 33566 |
| CREDITOR ID: 407127-MS<br>RICE, PATRICK<br>2380 HILLCREEK CIRCLE EAST<br>CLEARWATER FL 33759 | CREDITOR ID: 407128-MS<br>RICH, WILLIAM<br>2400 WHITSET PLACE<br>WILLOW SPRING NC 27592 | CREDITOR ID: 403903-94<br>RICHARDSON, CECIL JOHN<br>4752 GREAT WESTERN LANE SOUTH<br>JACKSONVILLE FL 32257 |
| CREDITOR ID: 403903-94<br>RICHARDSON, CECIL JOHN<br>4752 GREAT WESTERN LANE SOUTH<br>JACKSONVILLE FL 32257 | CREDITOR ID: 403904-94<br>RICHARDSON, DANIEL J<br>799 PLANTATION WAY<br>GALLATIN TN 37066 | CREDITOR ID: 407132-MS<br>RICHARDSON, HAROLD L<br>1550 MERIWETHER RD<br>MONTGOMERY AL 36117 |
| CREDITOR ID: 407133-MS<br>RICHARDSON, JIMMY D<br>117 PEARCE STREET<br>MONROE GA 30655 | CREDITOR ID: 407134-MS<br>RICHARDSON, ROBERT G<br>3880 SE 38TH  LOOP<br>OCALA FL 34480 | CREDITOR ID: 403905-94<br>RICHMOND, NASSER<br>321 NE 90 STREET<br>MIAMI FL 33138 |
| CREDITOR ID: 399005-78<br>RIDDLE, PHILLIP R<br>560 TAMWORTH DRIVE<br>DANVILLE, VA 24540 | CREDITOR ID: 407136-MS<br>RIDDLE, RAY<br>305 WESTWOOD DRIVE<br>MIDDLETOWN KY 40243 | CREDITOR ID: 399007-78<br>RIPLEY, FRANCES<br>C/O WAYNE E RIPLEY JR<br>SUN BANK /NO FL ACT #023041000<br>PO BOX 41549, RT 06300<br>JACKSONVILLE, FL 32203 |

SERVICE LIST

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 403906-94<br>RITTER, JOHN M<br>7766 TWELVE OAKS COURT<br>CINCINNATI OH 45255-4317 | CREDITOR ID: 403907-94<br>RIVERA, EFREN J<br>4081 LEA MARIE ISLAND DRIVE<br>PORT CHARLOTTE FL 33952 | CREDITOR ID: 403908-94<br>RIVERA, JOSE A<br>4311 KEZAR CT<br>BELLE ISLE FL 32812-0362 |
| CREDITOR ID: 403909-94<br>RIVERA, NESTOR L<br>470 PRESTWICK PL<br>KISSIMMEE FL 34759 | CREDITOR ID: 407137-MS<br>ROACH, HARVEY M JR<br>2730 BARKER ROAD<br>ST CLOUD FL 34771 | CREDITOR ID: 407138-MS<br>ROBBINS, DONALD<br>6523 SOLANDRA CIRCLE NORTH<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 403910-94<br>ROBERSON, JERRY W<br>8207 BABSDALE CHASE<br>MONTGOMERY AL 36117 | CREDITOR ID: 403910-94<br>ROBERSON, JERRY W<br>8207 BABSDALE CHASE<br>MONTGOMERY AL 36117 | CREDITOR ID: 407140-MS<br>ROBERTS, BARRY<br>10208 CREEK HOLLOW LANE<br>BLUE MOUND TX 76131 |
| CREDITOR ID: 407141-MS<br>ROBERTSON, RICHARD C.<br>6294 CALLIE STREET<br>MILTON FL 32570 | CREDITOR ID: 407142-MS<br>RODENMAYER, NELSON<br>132 DEERWOOD ROAD<br>TOLLAND CT 06084 | CREDITOR ID: 403911-94<br>RODRIGUEZ, CARLOS A<br>5701 COLLINS AVE, APT 706<br>MIAMI BEACH FL 33140 |
| CREDITOR ID: 403912-94<br>RODRIGUEZ, CARLOS R<br>469 LYTTON CIR<br>ORLANDO FL 32824 | CREDITOR ID: 403913-94<br>RODRIGUEZ, DIONISIO<br>1378 THORNRIDGE LANE<br>ROYAL PALM BEACH FL 33411 | CREDITOR ID: 407143-MS<br>ROGERS, JIMMY L<br>1441 BILLINGS DRIVE<br>HICKORY NC 28602 |
| CREDITOR ID: 407144-MS<br>ROGERS, SUSAN<br>1196 GARRISON DR<br>ST AUGUSTINE, FL 32092 | CREDITOR ID: 407145-MS<br>ROLFE, ROBERT A<br>13542 LA MIRADA CIRCLE<br>WELLINGTON FL 33414-3956 | CREDITOR ID: 407146-MS<br>ROMAINE, MASON<br>4951 LONGBOW ROAD<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 399018-78<br>ROMANI, TERESA<br>1280 WHITE IBIS COURT<br>JACKSONVILLE, FL 32259 | CREDITOR ID: 403914-94<br>ROSS, JAMES P<br>560 TIVOLI DRIVE<br>JACKSONVILLE FL 32259 | CREDITOR ID: 407147-MS<br>ROSS, PATRICK J<br>112 MARTINIQUE CIRCLE<br>PONTE VEDRA BEACH FL 32082-1639 |
| CREDITOR ID: 399020-78<br>ROSS, TODD<br>12239 LAKE FERN DR EAST<br>JACKSONVILLE FL 32258 | CREDITOR ID: 407148-MS<br>ROSSITER, LEO F<br>909 MCINTOSH DR<br>BRANDON FL 33510 | CREDITOR ID: 407149-MS<br>ROTHROCK, SAM<br>3355 WEST INNES STREET<br>SALISBURY NC 28144 |
| CREDITOR ID: 403915-94<br>ROWE, JOHN R<br>10532 NW 2ND COURT<br>PLANTATION FL 33324-1739 | CREDITOR ID: 403916-94<br>ROWE, ROBERT A<br>1779 EAGLE WATCH DRIVE<br>ORANGE PARK FL 32203-8642 | CREDITOR ID: 407150-MS<br>ROWE, ROBERT A.<br>1770 EAGLE WATCH DR.<br>ORANGE PARK FL 32203 |

SERVICE LIST

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

DEBTOR: WINN-DIXIE STORES, INC., ET AL.                    CASE: 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 399024-78<br>ROWLAND, AL R.<br>2345 ALAQUA DRIVE<br>LONGWOOD FL 32779 | CREDITOR ID: 400905-91<br>ROY, JAYSON J<br>173 EDGEWATER BRANCH DR<br>JACKSONVILLE FL 32259 | CREDITOR ID: 400905-91<br>ROY, JAYSON J<br>173 EDGEWATER BRANCH DR<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 407153-MS<br>RUMMAGE, KENNETH<br>280 BRIAR CIRCLE<br>ROCK HILL SC 29732 | CREDITOR ID: 403918-94<br>RUSHING, JAMES L<br>1720 TWELVE OAKS LANE<br>PRATTVILLE AL 36066 | CREDITOR ID: 403918-94<br>RUSHING, JAMES L<br>1720 TWELVE OAKS LANE<br>PRATTVILLE AL 36066 |
| CREDITOR ID: 407155-MS<br>RUSS, EDGAR W JR<br>1532 N 7TH STREET<br>JACKSONVILLE BEACH FL 32250 | CREDITOR ID: 403919-94<br>RUSSELL, FRANK<br>PO BOX 425<br>OXFORD MS 38655 | CREDITOR ID: 402310-90<br>RUSSELL, JOSEPH F<br>302 HAWICK PLACE<br>LOUISVILLE KY 40243 |
| CREDITOR ID: 407157-MS<br>RUSSELL, MICHAEL W<br>2149 GINHOUSE DRIVE<br>MIDDLEBURG FL 32068-5073 | CREDITOR ID: 407157-MS<br>RUSSELL, MICHAEL W<br>2149 GINHOUSE DRIVE<br>MIDDLEBURG FL 32068-5073 | CREDITOR ID: 403921-94<br>RUSSELL, SARAH<br>10593 ROUNDWOOD GLEN COURT<br>JACKSONVILLE FL 32256 |
| CREDITOR ID: 407158-MS<br>RUSSELL, WAYNE V.<br>601 NORMANDY STREET<br>CARY NC 27511 | CREDITOR ID: 402955-89<br>RYAN, HOMER C JR<br>481 W LIBERTY ST<br>HERNANDO FL 34442 | CREDITOR ID: 403922-94<br>SABATTUS, PAUL M<br>10253 PARADISE VALLEY DRIVE<br>CONROE TX 77304-4687 |
| CREDITOR ID: 403923-94<br>SADLOWSKI, LAWRENCE J<br>706 PINTAIL COURT<br>GRANDBURY TX 76049 | CREDITOR ID: 403923-94<br>SADLOWSKI, LAWRENCE J<br>706 PINTAIL COURT<br>GRANDBURY TX 76049 | CREDITOR ID: 403924-94<br>SANDER, MARK<br>3463 CUTTER LN<br>MAINEVILLE OH 45039-9368 |
| CREDITOR ID: 407164-MS<br>SANDERS, MARTIN LEE<br>404 CHIPLEY PLACE WEST<br>JACKSONVILLE FL 32259 | CREDITOR ID: 407165-MS<br>SANDS, JAMES E<br>25423 BUNKER DRIVE<br>SAN ANTONIO TX 78258 | CREDITOR ID: 407166-MS<br>SANSON, RAPHAEL<br>166 EDGEWATER BRANCH DR<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 407166-MS<br>SANSON, RAPHAEL<br>166 EDGEWATER BRANCH DR<br>JACKSONVILLE FL 32259 | CREDITOR ID: 407167-MS<br>SAVOIR, EARL<br>105 LORELIE CIRCLE<br>SLIDELL LA 70458 | CREDITOR ID: 407169-MS<br>SCAIFE, WILLIAM<br>1415 WINDSOR PLACE<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 407168-MS<br>SCAIFE, WILLIAM III<br>10426 INNISBROOK DR<br>JACKSONVILLE FL 32222 | CREDITOR ID: 403926-94<br>SCALLON, GREGORY L<br>1024 WHITETAIL DR<br>MANDEVILLE LA 70448 | CREDITOR ID: 403926-94<br>SCALLON, GREGORY L<br>1024 WHITETAIL DR<br>MANDEVILLE LA 70448 |

SERVICE LIST

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:  05-03817-3F1**

CREDITOR ID: 403927-94
SCHAEFER, ROBERT W
5967 BALMORAL RD
MONTGOMERY AL 36117

CREDITOR ID: 403927-94
SCHAEFER, ROBERT W
5967 BALMORAL RD
MONTGOMERY AL 36117

CREDITOR ID: 407172-MS
SCHINNELLER, DANIEL J
9211 CHANDLER OAKS COURT
JACKSONVILLE FL 32221

CREDITOR ID: 407173-MS
SCHLOSSER, JAMES A
5480 CLOUGH PIKE
CINCINNATI OH 45244

CREDITOR ID: 399045-78
SCHMIDT, CHARLES
1001 S EIGHTH STREET
FT PIERCE FL 34950

CREDITOR ID: 399046-78
SCHNECKLOTH, ALBERT H
1654 CUNNINGHAM ESTATES
JACKSONVILLE, FL 32259

CREDITOR ID: 407174-MS
SCHWIEGER, ROBERT C
1137 DOVE AVE
MIAMI SPRINGS FL 33166

CREDITOR ID: 403928-94
SCOTT, CHRISTOPHER L SR
1818 COBBLESTONE LANE
ST AUGUSTINE FL 32092

CREDITOR ID: 403929-94
SCOTT, JIMMY F
1020 BAY RIDGE DRIVE
SLIDELL LA 70461

CREDITOR ID: 407175-MS
SCREWS, VIRGIL A
1607 KINNAN TRAIL
DELAND FL 32720

CREDITOR ID: 407175-MS
SCREWS, VIRGIL A
1607 KINNAN TRAIL
DELAND FL 32720

CREDITOR ID: 407176-MS
SCRIBNER, JAMES D
255 EDGEWATER BRANCH DRIVE
JACKSONVILLE FL 32259

CREDITOR ID: 403931-94
SEAL, DAVID A
5008 CULVER PLACE
BRANDON FL 33511

CREDITOR ID: 407177-MS
SEAL, KEVIN M
250 BLACK FOREST RUN
DOUGLASVILLE GA 30134

CREDITOR ID: 403932-94
SEAY, THOMAS D
880 TIMBER CREEK DRIVE
YORK SC 29745

CREDITOR ID: 403932-94
SEAY, THOMAS D
880 TIMBER CREEK DRIVE
YORK SC 29745

CREDITOR ID: 403933-94
SELLERS, MARK A
125 CUELLOCT, UNIT 202
PONTE VEDRA BEACH FL 32082

CREDITOR ID: 403933-94
SELLERS, MARK A
125 CUELLOCT, UNIT 202
PONTE VEDRA BEACH FL 32082

CREDITOR ID: 407182-MS
SELLS, JOHN W
11441 LAUREL GREENWAY
JACKSONVILLE FL 32225

CREDITOR ID: 407183-MS
SEVIN, ALLEN
73182 PENN MILL RD
COVINGTON LA 70435-7365

CREDITOR ID: 407184-MS
SEVIN, RONALD A
8904 MAGNOLIA CHASE CIRCLE
TAMPA FL 33674

CREDITOR ID: 407185-MS
SHADOIN, GEORGE E JR
600 NE 4TH STREET
POMPANO BEACH FL 33060

CREDITOR ID: 403934-94
SHAUGHNESSY, MATTHEW J
1842 LONGLEAF RD
COCOA FL 32926

CREDITOR ID: 407187-MS
SHAW, LARRY
1599 HOLLY RIDGE DRIVE
LOGANVILLE GA 30052

CREDITOR ID: 407188-MS
SHEEHAN, DENNIS
216 DRIFTWOOD LANE
LARGO FL 33770

CREDITOR ID: 419615-ST
SHEEHAN, JOHN R
701 GREAT EGRET WAY
PONTE VEDRA BEACH FL 32082-7226

CREDITOR ID: 407190-MS
SHEWBERT, TONY
5902 THORNHILL PLACE
FLOWERY BRANCH GA 30542

SERVICE LIST

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 407192-MS
SHOEMAKER, JOHN
405 GOLDEN GATE COURT
LOUISVILLE KY 40243

CREDITOR ID: 407193-MS
SHPTAUGH, JOHN D.
3657 WINGED FOOT CR.
GREEN COVE SPRINGS FL 32043

CREDITOR ID: 407194-MS
SHUMAN, MARCUS R
9069 WANDER ABOUT CT
JACKSONVILLE FL 32221

CREDITOR ID: 407195-MS
SHUMATE, JERRY
4694 CHANNING PARKWAY
ROCK HILL SC 29732

CREDITOR ID: 407196-MS
SIERVELD, LEONARD R
7828 MAUI PLACE
DIAMONDHEAD MS 39525

CREDITOR ID: 403936-94
SILER, LEE
111 BULLDOG CIRCLE
FITZGERALD GA 31750

CREDITOR ID: 407197-MS
SIMMONS, KENNETH
9477 BERKLEY GLEN WAY
ELK GROVE CA 95624

CREDITOR ID: 407198-MS
SIMMONS, MICHAEL J.
331 MARYLAND
ST. CLOUD FL 32769

CREDITOR ID: 403937-94
SIMS, LEE R
3949 MARIE COOK DRIVE
MONTGOMERY AL 36109

CREDITOR ID: 403937-94
SIMS, LEE R
3949 MARIE COOK DRIVE
MONTGOMERY AL 36109

CREDITOR ID: 407200-MS
SINCLAIR, JOHN
8237 FOREST RD.
CINNCINATTI OH 45255

CREDITOR ID: 400926-91
SINGER, MAITA P
3073 BAY SHORE DR
TALLAHASSEE FL 32309

CREDITOR ID: 403939-94
SITARIK, DANIEL G
235 BAYOU VISTA
DEBARY FL 32713

CREDITOR ID: 403940-94
SIWEK, ROBERT A
2500 PARKVIEW DRIVE
HALLANDALE BEACH FL 33009

CREDITOR ID: 399071-78
SIZEMORE, JAMES A
433 BERRY ROAD
TAYLORS, SC 29687

CREDITOR ID: 403941-94
SKIPPER, DANNY B
280 CO RD 1335
VINEMONT AL 35179

CREDITOR ID: 407203-MS
SKIPPER, ROY F
PO BOX 770834
WINTER GARDEN FL 34777-0834

CREDITOR ID: 407204-MS
SLOAN, MILLARD
7188 KENTUCK RD.
RINGGOLD VA 24586

CREDITOR ID: 407205-MS
SLOAN, SHAWN M
1032 MEADOW VIEW LN
SAINT AUGUSTINE FL 32092-1055

CREDITOR ID: 399075-78
SLOATE, ROBERT F
139 CANTERBURY PL
ROYAL PALM BEACH FL 33414-4353

CREDITOR ID: 407206-MS
SMART, SANDRA G
405 FAIRFIELD DRIVE
ENTERPRISE AL 36330

CREDITOR ID: 407209-MS
SMITH, BILL E
3005 FORREST RIDGE DRIVE
DENTON TX 76205

CREDITOR ID: 403944-94
SMITH, DANNY C
408 WEST LIBERTY STREET
MCRAE GA 31055

CREDITOR ID: 407210-MS
SMITH, GRANT F
173 JOHN BECK RD
LEXINGTON NC 27292

CREDITOR ID: 407207-MS
SMITH, HERBERT W JR
2406 LA MESA DRIVE
JACKSONVILLE FL 32205

CREDITOR ID: 407211-MS
SMITH, JAMES E
9331 PRESTON PLACE
MONTGOMERY AL 36117

CREDITOR ID: 404025-15
SMITH, JAMES L JR
21 CRESTWOOD WEST
VALDOSTA GA 31602

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407213-MS<br>SMITH, JOE<br>218 HOLLY TREE LANE<br>SIMPSONVILLE SC 29681 | CREDITOR ID: 403945-94<br>SMITH, KENNETH C<br>1102 134TH STREET EAST<br>BRADENTON FL 34212-0930 | CREDITOR ID: 403946-94<br>SMITH, KENNETH W<br>29400 SW 199 AVE<br>HOMESTEAD FL 33030 |
| CREDITOR ID: 407214-MS<br>SMITH, MICHAEL<br>2311 SOUTH BROOK DRIVE<br>ORANGE PARK FL 32003 | CREDITOR ID: 403947-94<br>SMITH, RAYMOND GENE<br>707 TROPICAL PARKWAY<br>ORANGE PARK FL 32073 | CREDITOR ID: 403947-94<br>SMITH, RAYMOND GENE<br>707 TROPICAL PARKWAY<br>ORANGE PARK FL 32073 |
| CREDITOR ID: 407216-MS<br>SMITH, ROBERT E<br>6926 GREYSTONE ROAD<br>AFTON TN 37616 | CREDITOR ID: 400935-91<br>SMITH, SCOTT H<br>3861 SUMMER GROVE WAY N<br>JACKSONVILLE FL 32257 | CREDITOR ID: 407217-MS<br>SMITH, WILLIAM W.<br>16 TUXFORD CIRCLE<br>BELLA VISTA AR 72714 |
| CREDITOR ID: 407218-MS<br>SMOAK, TERRY<br>3222 CONCORD WAY<br>PLANT CITY FL 33566 | CREDITOR ID: 407219-MS<br>SNEED, JAMES E<br>1831 DENMARK DR<br>ORANGE PARK FL 32003 | CREDITOR ID: 399090-78<br>SNIPES, JOHN<br>1718 INDIA HOOK ROAD<br>ROCK HILL, SC 29732 |
| CREDITOR ID: 407221-MS<br>SOLANA, HARRISON<br>7108 PEARCES ROAD<br>LOUISBURG NC 27549 | CREDITOR ID: 400936-91<br>SOLOWAY, RICHARD L<br>1043 SW 113 TERRACE<br>PEMBROKE PINES FL 33025-4372 | CREDITOR ID: 403949-94<br>SOUDER, BRUCE R<br>1811 NW 51ST STREET<br>PO BOX 956<br>FORT LAUDERDALE FL 33309 |
| CREDITOR ID: 403949-94<br>SOUDER, BRUCE R<br>1811 NW 51ST STREET<br>PO BOX 956<br>FORT LAUDERDALE FL 33309 | CREDITOR ID: 403950-94<br>SOUMOFF, DENNIS P<br>10921 NW 12TH PLACE<br>PLANTATION FL 33322-0693 | CREDITOR ID: 407224-MS<br>SOUTHARD, JAMES W.<br>3323 KYLE CT.<br>BOWLING GREEN KY 42101 |
| CREDITOR ID: 403010-89<br>SOUTHERN, RANDY<br>1628 HIGH HOLLY LANE<br>RALEIGH NC 27614 | CREDITOR ID: 407226-MS<br>SOWDER, LONNIE<br>2254 BOURBON STREET<br>UNION KY 41091 | CREDITOR ID: 407227-MS<br>SPARKS, HAL E<br>1653 ANNIE LOVE WAY<br>LOGANVILLE GA 30052 |
| CREDITOR ID: 407228-MS<br>SPARKS, ROBERT<br>15025 LILLY AVENUE<br>BATON ROUGE LA 70816 | CREDITOR ID: 407229-MS<br>SPATOLA, VICTOR<br>4860 OAK POINTE WAY<br>SARASOTA FL 34233 | CREDITOR ID: 407230-MS<br>SPEARMAN, GERALD L<br>249 SANDHURST ROAD<br>COLUMBIA SC 29210 |
| CREDITOR ID: 407231-MS<br>SPEARMAN, HOYT<br>2 WAX MYRTLE LANE<br>HILTON HEAD SC 29926 | CREDITOR ID: 407232-MS<br>SPIVEY, RONNIE A.<br>200 BISCAYNE BLVD. WAY, APT.10H<br>MAIMI FL 33131 | CREDITOR ID: 399100-78<br>SPRADLEY, JOY<br>1142 WESTWARD DRIVE<br>MIAMI SPRINGS, FL 33166 |

**SERVICE LIST**

Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:  05-03817-3F1**

CREDITOR ID: 407233-MS
STAAB, MARVIN J
152 RIVERSTONE WAY
GREER SC 29651

CREDITOR ID: 407233-MS
STAAB, MARVIN J
152 RIVERSTONE WAY
GREER SC 29651

CREDITOR ID: 407234-MS
STALLINGS, DONNA S
6087 WELLS RD
MCCLENNY FL 32063

CREDITOR ID: 403952-94
STALLO, H L
525 S MASON MONTGOMERY RD
MASON OH 45040

CREDITOR ID: 407235-MS
STALLO, H LEN
525 S MASON MONTGOMERY
MASON OH 45040

CREDITOR ID: 403953-94
STANFORD, CHARLES G
1322 GARRISON DRIVE
ST AUGUSTINE FL 32092

CREDITOR ID: 403953-94
STANFORD, CHARLES G
1322 GARRISON DRIVE
ST AUGUSTINE FL 32092

CREDITOR ID: 407237-MS
STANKIEWICZ, LESLIE M
3651 WINFAIR PL
MARIETTA GA 30062-1042

CREDITOR ID: 407238-MS
STANLEY, ARLIE D
243 RANCH RD
JOSHUA TX 76058

CREDITOR ID: 407239-MS
STASNEY, KENNETH
105 RYAN STREET
TAYLORS SC 29687

CREDITOR ID: 407240-MS
STEELE, GERALD N
3149 COUNTRY LAKE DRIVE
POWDER SPRINGS GA 30127

CREDITOR ID: 407241-MS
STEERMAN, BENJAMIN F JR
1426 CHURCHHILL DRIVE
GASTONIA NC 28054

CREDITOR ID: 407242-MS
STEPHENS, LEONARD H.
1005 LARK SPUR LOOP
JACKSONVILLE FL 32259

CREDITOR ID: 407243-MS
STEPHENSON, HUBERT A
1204 JOHNSON DRIVE
BENBROOK TX 76126

CREDITOR ID: 407244-MS
STEPHENSON, MARVIN
210 BENSON RD
GARNER NC 27529

CREDITOR ID: 407245-MS
STEVENS, JAMES T.
1597 STODDARD CT.
KENNESAW GA 30144

CREDITOR ID: 407246-MS
STEWARD, DEBRA
3425 WHARTON
FT. WORTH TX 76133

CREDITOR ID: 407247-MS
STEWART, HARRY D
11510 CIRCA DEL RIO PLACE
TEMPLE TERRACE FL 33617

CREDITOR ID: 407248-MS
STEWART, LEON
PO BOX 5868
OCALA FL 34478

CREDITOR ID: 407249-MS
STOLZ, GARY
2075 MARY ANN LANE
BURLESON TX 76028

CREDITOR ID: 407250-MS
STONE, GEORGE W.
102 JACKSON LANE
HENDERSONVILLE TN 37075

CREDITOR ID: 403955-94
STOVER, THOMAS P
1217 MORNINGSIDE MEADOW LANE
MATTHEWS NC 28104

CREDITOR ID: 403955-94
STOVER, THOMAS P
1217 MORNINGSIDE MEADOW LANE
MATTHEWS NC 28104

CREDITOR ID: 407252-MS
STREMPEL JR., EDWARD P.
401 ARROWHEAD DR.
MONTGOMERY AL 36117

CREDITOR ID: 407253-MS
STRICKLAND, BEDFORD J
PO BOX 2947
HUNTSVILLE AL 34804

CREDITOR ID: 407254-MS
STRICKLAND, GORDON
71 CILEWOOD COURT
JACKSONVILLE BEACH FL 32250

CREDITOR ID: 407255-MS
STROTHERS, JUSTIN D
202 TROON
SMITHFIELD VA 23430

SERVICE LIST

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 407256-MS
STROUD, SHERRY C
7110 A HWY 96N
SELMA NC 27576

CREDITOR ID: 403956-94
STUCKER, GERALD R
146 PLANTATION DRIVE
SHELBYVILLE KY 40065

CREDITOR ID: 403956-94
STUCKER, GERALD R
146 PLANTATION DRIVE
SHELBYVILLE KY 40065

CREDITOR ID: 218174-09
STUCKEY, ELIZABETH ANN
534 LAUREL GROVE LANE
ORANGE PARK, FL 32073

CREDITOR ID: 407258-MS
STUCKEY, JAMES R
4746 OUTLOOK WAY NE
MARIETTA GA 30066

CREDITOR ID: 407260-MS
STURGILL, HARLEY NELSON
2230 WINDING CREEK LANE
JACKSONVILLE FL 32216

CREDITOR ID: 407261-MS
STURGILL, RICHARD N
2612 TUNBRIDGE LANE
ST. AUGUSTINE FL 32092

CREDITOR ID: 403957-94
SULLIVAN, MARSHALL H
PO BOX 248
GRANDIN FL 32138

CREDITOR ID: 403957-94
SULLIVAN, MARSHALL H
PO BOX 248
GRANDIN FL 32138

CREDITOR ID: 407263-MS
SUTTON, WILLIAM H JR
407 PERTHSHIRE DRIVE
ORANGE PARK FL 32073

CREDITOR ID: 407264-MS
SWAFFORD, STEPHEN D
635 KNIGHTON HILL RD
ROCK HILL SC 29732

CREDITOR ID: 403958-94
SWEENEY, PATRICK M
6514 BLACKFIN WAY
APOLLO BEACH FL 33572

CREDITOR ID: 407265-MS
TALTON, MARK
4334 SHALLOW LAKE DR
JACKSONVILLE FL 32258

CREDITOR ID: 403959-94
TAM, TERESA
7247 SHARPSBURG BLVD
NEW PORT RICHEY FL 34653-0612

CREDITOR ID: 403044-89
TARKE, NELSON
7541 SW 134TH COURT
MIAMI FL 33183

CREDITOR ID: 407268-MS
TAYLOR, CHARLES E.
4848 TRAWLER COURT
JACKSONVILLE FL 32225

CREDITOR ID: 403046-89
TAYLOR, GEORGE B JR
3743 COCHRAN LAKE RD
MARIETTA GA 30062

CREDITOR ID: 403960-94
TAZZIZ, SAL
14745 RANCHWOOD CT
WELLINGTON FL 33414

CREDITOR ID: 407269-MS
TEASDALE, WALTER
6507 STAFFORD TERRACE AVE.
PLANT CITY FL 33565

CREDITOR ID: 407270-MS
TEMPLETON, ROBERT H
1114 WILLOW BRANCH DR
SIMPSONVILLE SC 29680

CREDITOR ID: 407271-MS
TEUSCHER, REX D
3713 VILLA SPRINGS CIRCLE
POWDER SPRINGS GA 30127

CREDITOR ID: 407272-MS
THAMES, SHURFORD R
1821 BRANDON DRIVE
FLORENCE SC 29505

CREDITOR ID: 407274-MS
THOMAS, SCOTT C
PO BOX 701521
SAINT CLOUD FL 34770-1521

CREDITOR ID: 403051-89
THOMAS, STEPHEN
1610 WHITE AVENUE
ORLANDO FL 32806

CREDITOR ID: 407276-MS
THOMAS, VERION W
PO BOX 8081
FLEMING ISLAND FL 32006

CREDITOR ID: 407277-MS
THOMAS, WILLIAM J
4801 FINCH
METAIRIE LA 70001

CREDITOR ID: 407278-MS
THOMPSON, BERT J
9100 STURBRIDGE PLACE
MONTGOMERY AL 36116

SERVICE LIST

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                       **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407279-MS<br>THOMPSON, CHARLES M<br>5041 ORTEGA FARMS BLVD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 407280-MS<br>THOMPSON, CLYDE<br>2632 LEXINGTON DR.<br>LA PLACE LA 70068 | CREDITOR ID: 407281-MS<br>THOMPSON, GLEN H<br>2871 SWEET HOLLY DRIVE<br>JACKSONVILLE FL 32223 |
| CREDITOR ID: 400949-91<br>THOMPSON, KELVIN E<br>3467 LAUREL LEAF DR<br>ORANGE PARK FL 32065 | CREDITOR ID: 400949-91<br>THOMPSON, KELVIN E<br>3467 LAUREL LEAF DR<br>ORANGE PARK FL 32065 | CREDITOR ID: 400950-91<br>THORNTON, SHANNON J<br>4854 COUNTY RD 117A<br>WILDWOOD FL 34785 |
| CREDITOR ID: 407283-MS<br>THRIFT, WILLIAM S<br>1005 EDMISTON PLACE<br>LONGWOOD FL 32779 | CREDITOR ID: 403963-94<br>THURLOW, FRANK N JR<br>1601 BENTIN DRIVE SO<br>JACKSONVILLE BEACH FL 32250 | CREDITOR ID: 403963-94<br>THURLOW, FRANK N JR<br>1601 BENTIN DRIVE SO<br>JACKSONVILLE BEACH FL 32250 |
| CREDITOR ID: 407285-MS<br>TIBBETTS, KENNETH V<br>129 LINDA DRIVE<br>NEWPORT NEWS VA 23608-2220 | CREDITOR ID: 403964-94<br>TICHENOR, ROBERT<br>1771 VICTORIA CHASE COURT<br>ORANGE PARK FL 32003 | CREDITOR ID: 403964-94<br>TICHENOR, ROBERT<br>1771 VICTORIA CHASE COURT<br>ORANGE PARK FL 32003 |
| CREDITOR ID: 403965-94<br>TILLMAN, WILLIAM K<br>3544 WAYCROSS HWY<br>JESUP GA 31545-0380 | CREDITOR ID: 395406-64<br>TIMBROOK, STANLEY R JR<br>230 EDGEWATER BRANCH DRIVE<br>JACKSONVILLE, FL 32259 | CREDITOR ID: 399150-78<br>TIPPETT, J D<br>127 HAWK HILL DRIVE<br>FRANKLIN, NC 28734 |
| CREDITOR ID: 407288-MS<br>TIPTON, KERMIT B<br>37 CEDARCLIFF CIRCLE<br>ASHVILLE NC 28803 | CREDITOR ID: 407289-MS<br>TISON, LUTHER<br>2131 ARMSDALE RD<br>JACKSONVILLE FL 32218 | CREDITOR ID: 403966-94<br>TOMBERLIN, GEORGE R<br>PO BOX 6098<br>AMELIA ISLAND FL 32035-6098 |
| CREDITOR ID: 403966-94<br>TOMBERLIN, GEORGE R<br>PO BOX 6098<br>AMELIA ISLAND FL 32035-6098 | CREDITOR ID: 407291-MS<br>TOMPKINS, JOHN T<br>8413 SMITHTON RD<br>LOUISVILLE KY 40219 | CREDITOR ID: 407292-MS<br>TONG, WILFRED W<br>18388 FM 831<br>BUFFALO TX 75831 |
| CREDITOR ID: 403967-94<br>TOSCANO, AUGUST B<br>7846 RITTENHOUSE LANE<br>JACKSONVILLE FL 32256 | CREDITOR ID: 403967-94<br>TOSCANO, AUGUST B<br>7846 RITTENHOUSE LANE<br>JACKSONVILLE FL 32256 | CREDITOR ID: 407294-MS<br>TOUCHTON, SAMUEL R<br>869 E MONTEGO ROAD<br>JACKSONVILLE FL 32216 |
| CREDITOR ID: 403061-89<br>TOWE, SAMUEL G<br>125 OCONEE STATION ROAD<br>WALHALLA SC 29691 | CREDITOR ID: 407296-MS<br>TRAFT, KENNETH R<br>16597 MELLEN LANE<br>JUPITER FL 33478 | CREDITOR ID: 407297-MS<br>TRAYLOR JR., WILLIAM<br>4414 SOUTHMINISTER CIRCLE<br>NICEVILLE FL 32578 |

SERVICE LIST

Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:  05-03817-3F1**

CREDITOR ID: 407298-MS
TREADWAY, TOMMY L
4428 FRAZIER CIRCLE
TIFTON GA 31794

CREDITOR ID: 407299-MS
TRIMBLE, CECIL
151 REDWOOD DR
RICHMOND KY 40475

CREDITOR ID: 407300-MS
TRIMMER, ROBERT C
2031 NW 93RD AVENUE
PEMBROKE PINES FL 33024

CREDITOR ID: 399162-78
TRIPP, B B
1708 HICKORY RIDGE DRIVE
WAXHAW, NC 28173

CREDITOR ID: 407304-MS
TROUTMAN, ROBERT T JR
2363 HEDRICK MILL RD
LEXINGTON NC 27292

CREDITOR ID: 403968-94
TSOUKALAS, MARY H
1457 BROOKCLIFF DR
MARIETTA GA 30062

CREDITOR ID: 403969-94
TUCKER, EDWIN M
47247 WISTERIA DRIVE
HAMMOND LA 70401

CREDITOR ID: 403969-94
TUCKER, EDWIN M
47247 WISTERIA DRIVE
HAMMOND LA 70401

CREDITOR ID: 407306-MS
TUCKER, ROYCE W
717 NORTH CHAFFEE ROAD
JACKSONVILLE FL 32220

CREDITOR ID: 407307-MS
TUCKER, TONY A
102 HONEY HORN DRIVE
SIMPSONVILLE SC 29681

CREDITOR ID: 403970-94
TUMA, PAUL
392 EPPINGER  DRIVE
PORT CHARLOTTE FL 33952

CREDITOR ID: 407308-MS
TUMLIN, STANLEY L
1572 BENT RIVER CIRCLE
BIRMINGHAM AL 35216

CREDITOR ID: 403971-94
TURIZO, RAMSES E
16561 N 82 RD
LOXAHATCHEE FL 33470

CREDITOR ID: 403972-94
TWITTY, JAMES A
1131 SW 111TH WAY
DAVIE FL 33324

CREDITOR ID: 407309-MS
TYJEWSKI, WILLIAM C
3390 CHEYENNE LN
JACKSONVILLE FL 32223-3267

CREDITOR ID: 407310-MS
TYNER, JERRY D.
5501 ASPEN LANE
FT. WORTH TX 76112

CREDITOR ID: 403973-94
UPTON, WILLIAM W
794 HIGHWAY 28 W
SOSO MS 39480

CREDITOR ID: 403973-94
UPTON, WILLIAM W
794 HIGHWAY 28 W
SOSO MS 39480

CREDITOR ID: 407313-MS
VALDESPINO, KEN
2037 HENLEY PLACE
WELLINGTON FL 33414

CREDITOR ID: 403974-94
VALDESPINO, KEN E JR
7651 GATE PARKWAY, UNIT 1504
JACKSONVILLE FL 32256

CREDITOR ID: 403974-94
VALDESPINO, KEN E JR
7651 GATE PARKWAY, UNIT 1504
JACKSONVILLE FL 32256

CREDITOR ID: 402334-90
VALENTINE, OLIVER D
166 LITTLE RIDGE RD
FRANKLIN NC 28734

CREDITOR ID: 407317-MS
VAN DETTE, DARRELL R
1274 NW 66TH AVENUE
MARGATE FL 33063

CREDITOR ID: 407315-MS
VAN PELT, CHARLES
9336 WHALEYS LAKE LANE
JONESBORO GA 30238

CREDITOR ID: 403975-94
VAN PELT, CHARLES H C
140 KINGSTON DRIVE
ST AUGUSTINE FL 32084-1374

CREDITOR ID: 403975-94
VAN PELT, CHARLES H C
140 KINGSTON DRIVE
ST AUGUSTINE FL 32084-1374

CREDITOR ID: 407318-MS
VANGORDER, WILLIAM H
2011 MILLCREEK RD
JACKSONVILLE FL 32211

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:   05-03817-3F1**

CREDITOR ID: 407319-MS
VAUGHN, JAMES E
900 CARDINAL RIDGE ROAD
BURLESON TX 76028

CREDITOR ID: 407320-MS
VEATCH, STANLEY T
2129 BIRCH BARK COURT E
JACKSONVILLE FL 32246

CREDITOR ID: 407322-MS
VICK, BILL
1213 JUSTIN LANE
CROWLEY TX 73036

CREDITOR ID: 407323-MS
VICKERS, GREG
1004 EMILYS WALK LANE E
JACKSONVILLE FL 32221

CREDITOR ID: 407324-MS
VICKERS, TERESA A
1004 EMILY'S WALK LANE EAST
JACKSONVILLE FL 32221

CREDITOR ID: 407325-MS
VICKERY, NORMAN E
9027 WOODRUN RD
PENSACOLA FL 32514

CREDITOR ID: 403976-94
VOEKS, DAVID
2441 C H ARNOLD ROAD
ST AUGUSTINE FL 32084

CREDITOR ID: 403976-94
VOEKS, DAVID
2441 C H ARNOLD ROAD
ST AUGUSTINE FL 32084

CREDITOR ID: 407327-MS
VOGEL, ESTATE OF FRANK
C/O SHIRLEY A VOGEL, EXECUTRIX
164 LINCOLN STATION DRIVE
SIMPSONVILLE KY 40067

CREDITOR ID: 403977-94
WADDELL, TIMOTHY F
799 BEACON KNOLL LANE
FORT MILL SC 29708

CREDITOR ID: 403977-94
WADDELL, TIMOTHY F
799 BEACON KNOLL LANE
FORT MILL SC 29708

CREDITOR ID: 402340-90
WADE, HARRY D
4355 FULTON RD
JACKSONVILLE FL 32225

CREDITOR ID: 403978-94
WADFORD, HOWARD S
613 CATHERINE FOSTER LANE
JACKSONVILLE FL 32259

CREDITOR ID: 403978-94
WADFORD, HOWARD S
613 CATHERINE FOSTER LANE
JACKSONVILLE FL 32259

CREDITOR ID: 407331-MS
WAINWRIGHT, NETHA
106 SWEETBRIAR COURT
PRATTVILLE AL 36067

CREDITOR ID: 403979-94
WALKER, STANLEY M
5401 BAYTOWNE PLACE
OVIEDO FL 32765

CREDITOR ID: 403979-94
WALKER, STANLEY M
5401 BAYTOWNE PLACE
OVIEDO FL 32765

CREDITOR ID: 407334-MS
WALLACE, HAYWOOD
2415 DANIELS LANDING DRIVE
FOREST PARK FL 32003

CREDITOR ID: 399189-78
WALLACE, MICHAEL D
915 HAZELWOOD DRIVE
CLARKSVILLE IN 47129

CREDITOR ID: 407336-MS
WALLS, EDWARD T JR
1605 RUSTY RAIL ROAD
JACKSONVILLE FL 32225

CREDITOR ID: 399191-78
WALSH, DAVID T
7413 GATEWOOD DRIVE
CRESTWOOD, KY 40014

CREDITOR ID: 407337-MS
WALTERS, E.T. JR.
9738 NW 18TH STREET, BOX 35H
CORAL SPRINGS FL 33071

CREDITOR ID: 397586-71
WALTERS, EDWARD T
2814 TUPELO COURT
LONGWOOD, FL 32779

CREDITOR ID: 407338-MS
WALTERS, EDWARD T SR
2814 TUPELO COURT
LONGWOOD FL 32279

CREDITOR ID: 407339-MS
WALTERS, ROBERT
642 DOOLEY LANE
NAMPA ID 83686

CREDITOR ID: 407340-MS
WALTERS, WILLIAM C
321 GREENWOOD CIRCLE
PANAMA CITY BEACH FL 32407

CREDITOR ID: 407341-MS
WALTON SR., ERNEST C.
6204 COLGATE RD.
JACKSONVILLE FL 32217

SERVICE LIST

**Notice of Entry of Order Reducing, Reclassifying,**
**Adjustin or Disallowing, as Applicable, and Confirming**
**Allowed Amounts of (A) Management Security Plan**
**Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 403981-94<br>WARD, JOHN M<br>8948 SPRING GROVE DRIVE<br>BATON ROUGE LA 70809 | CREDITOR ID: 407342-MS<br>WARDEN, HENRY C<br>PO BOX 7327<br>CHARLOTTE NC 28241 | CREDITOR ID: 407343-MS<br>WARE, HERMAN E<br>1438 LELAND DRIVE<br>SUN CITY CENTER FL 33573 |
| CREDITOR ID: 403982-94<br>WARREN, EDDIE J<br>1301 BERKSHIRE DRIVE NE<br>JACKSONVILLE AL 36265 | CREDITOR ID: 399198-78<br>WASHINGTON, CALVIN<br>1113 MICHAEL STREET<br>MARRERO, LA 70072 | CREDITOR ID: 399199-78<br>WATFORD, BENNIE C JR<br>2070 HIGH PINES ROAD<br>ROCK HILL, SC 29732 |
| CREDITOR ID: 407345-MS<br>WATHEN, PATRICK D<br>2246 SEAMAN CR<br>CHAMBLIE GA 30341 | CREDITOR ID: 407346-MS<br>WATKINS, DALE E<br>316 VISTA DRIVE<br>WEATHERFORD TX 76087 | CREDITOR ID: 407347-MS<br>WATTS, ERVIN<br>112 MILL RUN PLACE<br>GOLDSBORO NC 27534 |
| CREDITOR ID: 403983-94<br>WATTS, RALPH C<br>3719 CREEK HOLLOW LANE<br>MIDDLEBURG FL 32068 | CREDITOR ID: 407349-MS<br>WEAVER, DONALD A<br>20 STONEBROOK FARM WAY<br>GREENVILLE SC 29615 | CREDITOR ID: 407350-MS<br>WEBB, AUTHOR C<br>12723 CORMORANT COVE LANE<br>JACKSONVILLE FL 32223 |
| CREDITOR ID: 407351-MS<br>WEBB, RONALD D<br>4499 PEBBLE BROOK DRIVE<br>JACKSONVILLE FL 32224 | CREDITOR ID: 399207-78<br>WEBB, W B<br>PO BOX 27<br>HOWEY IN THE HILLS, FL 34737 | CREDITOR ID: 403984-94<br>WEBER, DONALD<br>8740 SE 17TH COURT<br>OCALA FL 34480 |
| CREDITOR ID: 399208-78<br>WEINKAUF, RICHARD F<br>1099 MAGNOLIA PISGAH ROAD<br>SUMMIT, MS 39666-9245 | CREDITOR ID: 407352-MS<br>WELBORN, MIKE C<br>6123 WOODLAND DRIVE<br>GILLSVILLE GA 30543 | CREDITOR ID: 399211-78<br>WELCH, BETTY R<br>484 MYRTLE COVE LANE<br>CLARKSON, LA 42726 |
| CREDITOR ID: 400973-91<br>WELCH, CLIFTON T JR<br>52 SHINNECOCK DRIVE<br>PALM COAST FL 32137-1509 | CREDITOR ID: 407355-MS<br>WELCH, DAVID M<br>7855 TIMBERLIN PARK BLVD<br>JACKSONVILLE FL 32256 | CREDITOR ID: 407355-MS<br>WELCH, DAVID M<br>7855 TIMBERLIN PARK BLVD<br>JACKSONVILLE FL 32256 |
| CREDITOR ID: 403987-94<br>WELCOME, HAVNICCA<br>11092 TURNBRIDGE<br>JACKSONVILLE FL 32256 | CREDITOR ID: 403988-94<br>WELSH, ROBERT R SR<br>3130 OWL ROOST TRAIL<br>LAKE WALES FL 33898-5522 | CREDITOR ID: 407357-MS<br>WELTY, DOUG<br>2920 KENT AVENUE<br>METAIRIE LA 70006 |
| CREDITOR ID: 403105-89<br>WENGROW, JOSPEH P<br>2357 ROSEBERRY LANE<br>GRAYSON GA 30221 | CREDITOR ID: 407359-MS<br>WESLEY, DALE<br>1296 BEARD LANE<br>BAGDAD KY 40003 | CREDITOR ID: 407360-MS<br>WEST, PATRICK<br>1415 MERION DR<br>MANSFIELD TX 76063-3762 |

SERVICE LIST

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 403989-94
WEST, TERRY A
751 CHERRY GROVE ROAD
ORANGE PARK FL 32073-4294

CREDITOR ID: 403989-94
WEST, TERRY A
751 CHERRY GROVE ROAD
ORANGE PARK FL 32073-4294

CREDITOR ID: 403990-94
WESTBAY, LEONARD A
2600 SUMMERFIELD DR
LOUISVILLE KY 40220

CREDITOR ID: 403109-89
WETZEL, JACK T
6115 YUCCA DRIVE
DOUGLASVILLE GA 30135

CREDITOR ID: 403991-94
WHATLEY, WILLIAM E
2460 GLENSIDE DRIVE
NEW SMYRNA BEACH FL 32168

CREDITOR ID: 407363-MS
WHITE, JACK K
210 BRANNON AVENUE
GREER SC 29651

CREDITOR ID: 407364-MS
WHITE, JAMES
5 MOSELY POINT
CHAPLIN SC 29036

CREDITOR ID: 407365-MS
WHITE, JOSEPH T
132 LAKE RIDGE DR
LAPLACE LA 70068

CREDITOR ID: 407366-MS
WHITE, SIDNEY K
5083 LAMBETH COURT
ACWORTH GA 30101

CREDITOR ID: 407367-MS
WHITENER, DANNY
1602 ORLANDO CIR S
JACKSONVILLE FL 32207-6130

CREDITOR ID: 407368-MS
WHITESELL, BARRY
4003 B CHRISTINE LANE
WAXHAW NC 28173

CREDITOR ID: 407369-MS
WHITFORD, DENNIS
6900 SCHOMBURG ROAD, #1115
COLUMBUS GA 31909

CREDITOR ID: 403992-94
WHITLEY, CHARLES W
102 ST JOHNS AVE
GREEN COVE SPRINGS FL 32073

CREDITOR ID: 400981-91
WHITWORTH, DARRELL H
1725 ROYAL FERN LANE
ORANGE PARK FL 32003

CREDITOR ID: 407371-MS
WICKBOLDT, CHRIS A
650 RIDGESTONE CT
ORANGE PARK FL 32065

CREDITOR ID: 407372-MS
WIEST, JAMES E
8701 GLEN POINT RD
LOUISVILLE KY 40241

CREDITOR ID: 407373-MS
WILDEY, THOMAS
7347 BARATERIA BLVD
MARRERO LA 70072

CREDITOR ID: 399231-78
WILKINSON, THOMAS
365 QUAIL DRIVE
SALISBURY NC 28147

CREDITOR ID: 407377-MS
WILLIAMS, DALE A
4397 PLANTATION CREST
VALDOSTA GA 31602

CREDITOR ID: 403994-94
WILLIAMS, GEORGE M
107 PALAM BAY BLVD
PANAMA CITY FL 32408

CREDITOR ID: 403994-94
WILLIAMS, GEORGE M
107 PALAM BAY BLVD
PANAMA CITY FL 32408

CREDITOR ID: 399234-78
WILLIAMS, GERALD
4343 PAXTON WAY
BIRMINGHAM AL 35242

CREDITOR ID: 403995-94
WILLIAMS, JAMES A
3300 NW 123RD STREET
MIAMI FL 33167

CREDITOR ID: 403995-94
WILLIAMS, JAMES A
3300 NW 123RD STREET
MIAMI FL 33167

CREDITOR ID: 415962-15
WILLIAMS, STEVEN R
8111 HENDERSON ROAD
APEX NC 27539

CREDITOR ID: 403996-94
WILLOUGHBY, MICHAEL A
2262 WOODLAND PL
FLORENCE MS 39073

CREDITOR ID: 407381-MS
WILSON, DONALD E
761 FRUIT COVE DRIVE EAST
JACKSONVILLE FL 32259

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

CREDITOR ID: 403997-94
WILSON, THOMAS L JR
2129 YOUNG FARM PLACE
MONTGOMERY AL 36106

CREDITOR ID: 403997-94
WILSON, THOMAS L JR
2129 YOUNG FARM PLACE
MONTGOMERY AL 36106

CREDITOR ID: 407383-MS
WINDHAM, JOHN B
4624 PARK DRIVE N
METAIRIE LA 70001

CREDITOR ID: 407384-MS
WINGE, CHARLES E
991 FLATWOODS TRAIL
GLENVILLE GA 30427

CREDITOR ID: 407385-MS
WINN, JESSE R JR
1203 LOCHCARRON LANE
CARY NC 27511

CREDITOR ID: 403998-94
WOJCECHOWSKYJ, LEO E
1577 SHADOW RIDGE CIRCLE
SARASOTA FL 34240

CREDITOR ID: 399242-78
WOLEVER, PAMELA
23551 BELL AIRE LOOP
LAND O' LAKES, FL 34639

CREDITOR ID: 407386-MS
WOOD, LARRY B
206 DARCY DR
CLARKSVILLE VA 23927

CREDITOR ID: 403999-94
WOODALL, DEBBIE M (BENE-SP)
824 BUDDY MORRIS ROAD SE
SURRENCY GA 31563

CREDITOR ID: 407388-MS
WOODHAM, LARRY
8905 BUNKERHILL ROAD
DUETLE FL 33834

CREDITOR ID: 407389-MS
WOOLEY, STEVE
580 SHADY NOOK DRIVE
DEATSVILLE AL 36022

CREDITOR ID: 422341-ST
WOOTEN, SONNY R
108 LOUTHIAN WAY
BLYTHEWOOD SC 29016-8329

CREDITOR ID: 407391-MS
WORDELL, LYNDEN S
4911 SW BIMINI CIRCLE  N
PALM CITY FL 34990

CREDITOR ID: 407392-MS
WRIGHT, JACK T
211 CORONA CIRCLE
MOORESVILLE NC 28117

CREDITOR ID: 407393-MS
WRIGHT, JAMES A
3826 BIGGIN CHURCH RD W
JACKSONVILLE FL 32224

CREDITOR ID: 403133-89
WRIGHT, JAMES A
517 JASMINE BLOOM DRIVE
APOPKA FL 32712

CREDITOR ID: 404000-94
WRIGHT, JON
9458 CLEARSPRINGS DR
FLORAL CITY FL 34436

CREDITOR ID: 404001-94
WYNN, JAMES S
418 JOHNS CREEK PARKWAY
SAINT AUGUSTINE FL 32092-1024

CREDITOR ID: 404001-94
WYNN, JAMES S
418 JOHNS CREEK PARKWAY
SAINT AUGUSTINE FL 32092-1024

CREDITOR ID: 404002-94
WYNN, ROBERT K
1603 PINE MARK CT
ORANGE PARK FL 32003

CREDITOR ID: 404002-94
WYNN, ROBERT K
1603 PINE MARK CT
ORANGE PARK FL 32003

CREDITOR ID: 407397-MS
YANDELL, WILLIS M
1209 BORA BORA
KEMP TX 75143

CREDITOR ID: 407398-MS
YARBOROUGH, WILLIAM C
1255 ROUNDTREE CIRCLE
ROCK HILL SC 29732

CREDITOR ID: 399254-78
YARBROUGH, WILLIAM C
1872 MONTICELLO STREET
DELTONA FL 32738

CREDITOR ID: 404003-94
YARBROUGH, WILLIAM C
1872 MONTICELLO ST
DELTONA FL 32738

CREDITOR ID: 399255-78
YATES, HARRY K JR
6521 MANILA PALM WAY
APOLLO BEACH, FL 33572

CREDITOR ID: 403138-89
YDE, ROBERT J
1228 HARP STREET
RALEIGH NC 27604

**SERVICE LIST**

**Notice of Entry of Order Reducing, Reclassifying,
Adjustin or Disallowing, as Applicable, and Confirming
Allowed Amounts of (A) Management Security Plan
Claims and (B) Supplemental Retirement Plan Claims**

**DEBTOR:     WINN-DIXIE STORES, INC., ET AL.**                                                           **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 404004-94 | CREDITOR ID: 407400-MS | CREDITOR ID: 403141-89 |
| YOAP, BEVERLY A | YODER, ROBERT L. | YOUNG, DAVID |
| 4111 GLENHURST DRIVE SOUTH | 800 N. BRAGG AVE. | 1300 HIDEAWAY DRIVE SOUTH |
| JACKSONVILLE FL 32224 | LOOKOUT MOUNTAIN TN 37350 | JACKSONVILLE FL 32259 |
| | | |
| CREDITOR ID: 407403-MS | CREDITOR ID: 407404-MS | CREDITOR ID: 404005-94 |
| YOUNG, THEODORE | ZAHRA, E ELLIS JR | ZAHRA, EMILE E JR |
| 9198 WOODLEAF DRIVE | 824 MAPLETON TERRACE | 824 MAPLETON TERRACE |
| JONESBORO GA 30236 | JACKSONVILLE FL 32207 | JACKSONVILLE FL 32207 |
| | | |
| CREDITOR ID: 407405-MS | | |
| ZAMULIO, ELMER Y. | | |
| 3720 W. 10TH COURT | | |
| HIALEAH FL 33012 | | |

**Total:   1,492**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF ENTRY OF ORDER REDUCING, RECLASSIFYING, ADJUSTING OR DISALLOWING, AS APPLICABLE, AND CONFIRMING ALLOWED AMOUNTS OF, (A) MANAGEMENT SECURITY PLAN CLAIMS AND (B) SUPPLEMENTAL RETIREMENT PLAN CLAIMS**

[Claimant's Name & Address]

| AS A RESULT OF THE ENTRY OF THE ORDER, YOU HAVE THE FOLLOWING ALLOWED CLAIMS: | | |
|---|---|---|
| | | |

TO:    HOLDERS OF ALLOWED CLAIMS UNDER MSP AND/OR SRP

PLEASE TAKE NOTICE THAT:

On November 16, 2006, the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court") entered an Order Reducing, Reclassifying, Adjusting or Disallowing, as Applicable, and Confirming Allowed Amounts of, (a) Management Security Plan Claims and (b) Supplemental Retirement Plan Claims (the "Order").

The Order resulted from the Debtors' Omnibus Objection to, and Motion to Adjust and Confirm Amounts of, (a) Management Security Plan Claims and (b) Supplemental Retirement Plan Claims, Consistent with Joint of Reorganization, dated October 17, 2006, (the "Objection").

You may obtain a copy of the Order by accessing http://www.loganandco.com, or making a request by telephone to (973) 509-3190 or e-mail to <u>winninfo@loganandco.com</u>.

As a result of the entry of the Order, you have Allowed Claim(s) under the Management Security Plan and/or the Supplemental Retirement Plan as shown above.  Your Allowed Claim(s) will be treated in accordance with the terms of the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors.

Dated:  November 17, 2006

SKADDEN, ARPS, SLATE, MEAGHER            SMITH HULSEY & BUSEY
& FLOM, LLP

By    */s/ Rosalie Walker Gray*                              By    */s/ James H. Post*
        Rosalie Walker Gray                                         James H. Post
Four Times Square                                              225 Water Street, Suite 1800
New York, New York 10036                              Jacksonville, Florida  32202
(212) 735-3214                                                   904) 359-7700
(917) 777-3214 (facsimile)                               (904) 359-7708 (facsimile)
rgray@skadden.com                                           jpost@smithhulsey.com

Claimant ID: WDX-406898-H1
LEEMON, HARVEY L
33 MEADOWVIEW ROAD

WEST CHESTERFIELD  NH  03466