UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

AGREED ORDER RESOLVING CLAIM NUMBER 11821
FILED BY RIVERDALE FARMS, AS SET FORTH IN THE
DEBTORS' TWELFTH OMNIBUS CLAIMS OBJECTION

These cases originally came before the Court for hearing on June 29,

2006, upon the Twelfth Omnibus Objection (the "Objection") of Winn-Dixie Stores,

Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to

the proofs of claim listed on Exhibit A through C to the Objection.[2] A response to

the Objection was filed by Riverdale Farms, Inc., as a result of which the Debtors

agreed to continue the Objection with respect to claim no. 11821 filed by Riverdale

Farms Inc., among others. On June 29, 2006, the Court entered an order (Docket No.

8902) sustaining the Objection as to the proofs of claim listed on the exhibits to the

order and continuing the hearing on the Objection as to claim no. 11821 and other

unresolved claims. Based upon the representation by counsel to the Debtors and

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related
cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South
Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc.,
Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway
Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc.,
Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks,
Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery,
Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie
Supermarkets, Inc.

[2]    All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to
them in the Objection.

counsel to Riverdale Farms Inc. that the proposed Agreed Order reflects a resolution

of the Objection as to claim no. 11821 it is

ORDERED AND ADJUDGED:

1.      Claim no. 11821 filed by Riverdale Farms Inc. is increased in amount

to $1,457,002.52, of which $1,351,005.39 shall remain classified as an unsecured

non-priority claim and $105,997.13 shall be reclassified as an administrative priority

(reclamation) claim.

2.      This Agreed Order resolves all liabilities and obligations related to

claim no. 11821.

3.      The Court shall retain jurisdiction to resolve any disputes arising from

this Order.

Dated this 28 day of November, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge