Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | BROAD AND CASSEL |
|---|---|
| By /s/ *James H. Post*<br>James H. Post | By /s/ *C. Craig Eller**<br>C. Craig Eller |
| Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) | Florida Bar Number 767816<br>One North Clematis Street, Suite 500<br>West Palm Beach, Florida 33401<br>(561) 366-5373<br>(561) 650-1153 (facsimile) |
| -and- | Attorneys for Riverdale Farms, Inc. |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | *Counsel has authorized his electronic signature |
| D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile) | |
| Co-Attorneys for Debtors | |

5