IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.,* | ) | Case No. 05-03817-3F1 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I certify that, on November 27, 2006, I caused to be served the Fifth Interim Application For Allowance Of Attorneys' Fees And Reimbursement Of Expenses Incurred By King & Spalding LLP, Special Corporate And Litigation Counsel To The Debtors, For The Period June 1, 2006 Through September 30, 2006, and the corresponding proposed form of Order, by having a true and correct copy sent via UPS overnight delivery to the parties listed below:

Office of the United States Trustee
Attn: Kenneth C. Meeker
135 West Central Boulevard, Room 620
Orlando, Florida 32801

Winn-Dixie Stores, Inc.
Attn: Laurence B. Appel
5050 Edgewood Court
Jacksonville, FL 32254-3699

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: D. J. Baker
Four Times Square
New York, New York 10036

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY 10169

Milbank, Tweed, Hadley & McCloy LLP
Attn: Matthew Barr
1 Chase Manhattan Plaza
New York, NY 10005

Ms. Linda K. Cooper
Stuart Maue
3840 McKelvey Road
St. Louis, MO 63044

Stephen D. Busey, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 33202


Dated this 28th day of November, 2006

                                            KING & SPALDING LLP

                                            /s/ Sarah R. Borders
                                            Sarah R. Borders
                                            Georgia Bar No. 735042
                                            1180 Peachtree Street
                                            Atlanta, Georgia  30309
                                            (404) 572-4600
                                            Fax:  (404) 572-5149