# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

    Debtors.

_____/

Case No.: 3:05-bk-03817-JAF

Chapter 11

Jointly Administered

### NOTICE OF WITHDRAWAL OF MOTIONS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER UNDER 11 U.S.C. §§ 328(A) AND 1103 AUTHORIZING AMENDMENT OF PREVIOUSLY APPROVED EMPLOYMENT AND RETENTION OF ALVAREZ & MARSAL, LLC AND HOULIHAN LOKEY HOWARD & ZUKIN CAPITAL, INC.

The Official Committee of Unsecured Creditors appointed in the above-captioned cases of Winn-Dixie Stores, Inc., and its affiliated debtors and debtors in possession, hereby gives notice of its withdrawal of its Motion of Official Committee of Unsecured Creditors for Order Under 11 U.S.C. §§ 328(a) and 1103 Authorizing Amendment of Previously Approved Employment and Retention of Alvarez & Marsal, LLC as Operational and Real Estate Advisors (Docket No. 7959) and its Motion of Official Committee of Unsecured Creditors for Order Under 11 U.S.C. §§ 328(a) and 1103 Authorizing Amendment of Previously Approved Employment and Retention of Houlihan Lokey Howard & Zukin Capital, Inc. as its Financial Advisors (Docket No. 7963).

{JA299716;1}

| | |
|---|---|
| Dated: November 28, 2006. | AKERMAN SENTERFITT<br><br>By: */s/ John B. Macdonald*<br>  John B. Macdonald<br>  Florida Bar No. 230340<br>  Email: john.macdonald@akerman.com<br>  50 North Laura Street, Suite 2500<br>  Jacksonville, Florida  32202<br>  Telephone: (904) 798-3700<br>  Facsimile: (904) 798-3730<br><br>Co-counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc. et al.<br><br>   - and -<br><br>MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP<br>Matthew S. Barr (MB 9170)<br>Michael E. Comerford (MC 7049)<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>(212) 530-5000<br><br>Co-counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc. et al. |

{JA299716;1}