**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:                                                    CASE NO.: 3:05-bk-03817-JAF

WINN-DIXIE STORES, INC., et al.,                          Chapter 11

                 Debtors.                                 Jointly Administered
_____/

**APPLICATION FOR REIMBURSEMENT OF**
**ATTORNEYS' FEES AND COSTS INCURRED BY**
**FRIEDLINE & McCONNELL, P.A. IN THE REPRESENTATION**
**OF THE AD HOC COMMITTEE OF WINN-DIXIE RETIREES**

The Ad Hoc Committee of Winn-Dixie Retirees ("Retirees Committee"), through its
undersigned attorney, hereby files its Application for the Reimbursement of Attorneys' Fees and
Costs Incurred in the above-referenced case, and in support thereof the Retirees Committee
respectfully represents as follows:

**Factual Background**

1.      On February 21, 2005, the Winn-Dixie Stores, Inc., *et al.* ("Debtors") filed
voluntary petitions for reorganization under Chapter 11 of the Bankruptcy Code in the United
States Bankruptcy Court for the Southern District of New York.  The Debtors cases are being
jointly administered for procedural purposes only.

2.      By an order dated April 13, 2005, the venue for these cases was transferred from
the Southern District of New York to this Court.  The Debtors continue to operate their
businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and
1108 of the Bankruptcy Code.  No request has been made for the appointment of a trustee or
examiner.

3.      On May 3, 2005, a group of Winn-Dixie retirees ("retirees") petitioned the United States Trustee to appoint a second creditors committee to represent the interests of Winn-Dixie retirees.  In addition, the retirees filed a motion with this Court requesting the Court to direct the United States Trustee to appoint a second creditors committee.

4.      On or about July 6, 2005, the Court entered an order denying the above-referenced motion filed by the retirees.  In the order, the Court recommended the United States Trustee add the retirees to the existing creditors committee.  The Court also recommended that should the United States Trustee decline to add the retirees to the existing creditors committee, the retirees form an ad hoc committee to represent their interests in the bankruptcy proceedings.

5.      Since the entry of the Court's order denying the motion of the retirees, the United States Trustee has refused to add any retirees to the Official Committee of Unsecured Creditors ("Creditors Committee").

6.      In response, the retirees have formed the Ad Hoc Committee of Winn-Dixie Retirees ("Retirees Committee") and have retained the undersigned counsel to represent their interests in the bankruptcy cases of Winn-Dixie Stores, Inc. and its affiliates.

7.      The Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors and accompanying Disclosure Statement were filed June 29, 2006.  On August 24, 2006, the Court entered an Order approving the Disclosure Statement, and on November 9, 2006, the Court entered an Order confirming the Plan.

8.      In its Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order"), the Court ordered that any professionals seeking fees and expenses pursuant to Section 12.3 of the Confirmed Plan should file a fee

application with the Court and serve copies of said application on the Debtors, the Creditors Committee, the United States Trustee, and any other interested party that requested a copy of the application.    The Order also stated that the Court would only hear objections as to the reasonableness of the fees.

9.    Pursuant to the terms of Section 12.3 of the Confirmed Plan, the Retirees Committee seeks reimbursement for professional fees and costs in the amount of $50,000.00. The Retiree Committee asserts that these are the actual fees and costs incurred, and attached to this application as "Exhibit A" are true and correct copies of the itemized billings in the amount of $50,286.39.

WHEREFORE, for the reasons set forth above, the Retirees Committee respectfully requests this Court enter an Order(i) allowing the Debtors to reimburse the Retirees Committee for professional fees and costs in the amount of $50,000.00 and (ii) granting such other relief as the Court may deem just and proper.

Respectfully submitted this 28th day of November, 2006.

**FRIEDLINE & McCONNELL, P.A.**

/s/ Jerrett M. McConnell
_____
JERRETT M. McCONNELL
Florida Bar #0244960
1756 University Boulevard S.
Jacksonville, FL  32216
(904) 727-7850
Attorneys for Ad Hoc Committee of Winn-Dixie Retirees

3