# FRIEDLINE & McCONNELL, P.A.

### Attorneys at Law
### *1756 University Blvd. South*
### *Jacksonville, FL 32216*

Rodger J. Friedline
Jerrett M. McConnell

(904) 727-7850
Telephone
(904) 727-7849
Facsimile

September 28, 2005

UNOFFICIAL COMMITTEE OF NON-QUALIFIED PLAN PARTICIPANTS IN CHAPTER 11 CASE OF WINN-DIXIE

_____

For Professional Services Rendered

8/26/05:       Review of court docket on PACER regarding appointment of Equity Committee; review of Notice of Appointment; review of objection filed by Equity Committee; review of feasibility of filing objection to appointment of Equity Committee; TCT to Jay Brown, atty for Creditors Committee; TCT Jim Post, atty for Debtors (1.0 hrs)

8/30/05:       Research on treatment of retirement plans in Ch 11; review of monthly operating report for W-D (1.0 hrs)

8/31/05:       Research on treatment of retirement plans in Ch 11 (0.5 hrs)

9/1/05:       Research on treatment of retirement plans in Ch 11; meeting with committee re: Motion to Disband Equity Committee and pleadings regarding same (1.0 hrs)

9/2/05:       Preparation of Notice of Appearance, Limited Objection to Pleadings Being Filed Under Seal; filing and service of the above-referenced documents (3.5 hrs)

9/7/05:       Research regarding the above (1.0 hrs)

9/8/05:       Meeting with committee and attendance of omnibus hearings (2.0 hrs)
              TCT Robert Winters, atty for Creditors Committee (0.25 hrs)

9/12/05:       Teleconference re: discovery/motion timeline for US Trustee's objection to Motion to Disband Equity Committee; Review of Deposition Duces Tecum of DDI; TCT John MacDonald, atty for Creditors Committee (1.25 hrs)
              Preparation of officers slate letter for committee; preparation of e-mail to clients w/ update; TCF Debtor's NY counsel (0.75 hrs)

9/13/05:       Review of e-mails from clients and Robert Winter; review and sign confidentiality agreement; conference call with clients; review and telephone calls with atty for Creditors Committee re: obtaining copy of disbandment motion; review of e-mail from Robert Winter re: draft scheduling

order; review of disbandment motion (1.75 hrs)

9/14/05:         Review of order to file pleadings under seal (0.25 hrs)

9/15/05:         Review of disbandment motion and scheduling order with revisions (1.0 hrs)

9/27/05:         Review of transcript from 9/8/05 hearings and forwarding of same to RJE (0.5 hrs)


TIME CHARGED TO CLIENT:        15.75 HOURS @ 150/HR        $ 2,362.50

FLAT FEE (file set up)                                          500.00

FLAT FEE (PACER review/ communications)                        200.00

COSTS (PACER fees)                                              21.76


                                                    =============
TOTAL (billed to retainer)                          $ 3,084.26

RETAINER BALANCE                                    $  1,915.74

# FRIEDLINE & McCONNELL, P.A.

### Attorneys at Law
### *1756 University Blvd. South*
### *Jacksonville, FL 32216*

(904) 727-7850
Telephone

Rodger J. Friedline
Jerrett M. McConnell

(904) 727-7849
Facsimile

October 31, 2005

UNOFFICIAL COMMITTEE OF NON-QUALIFIED PLAN PARTICIPANTS IN CHAPTER 11
CASE OF WINN-DIXIE

_____

For Professional Services Rendered

9/28/05:        Meeting with Rich Ehster and Larry May (1.0 hrs)

9/29/05:        Review pleadings in case; Prepare modification to committee bylaws (0.5 hrs)

9/30/05:        Review Mot. Summary Final Judgment on Mot. To Disband and Objection to Motion to Disband (1.5 hrs); Respond to inquiries re: Notice of Appearance filed by IBM (0.25 hrs); Prepare sample amended proof of claim and send to clients (0.5 hrs)

10/3/05:        Review pleadings from Debtor regarding the above (0.5 hrs)

10/4/05:        Research on the above-referenced pleadings (1.5 hrs); Respond to e-mails regarding the amended proof of claim form and the timing of filing objections to attorneys for equity committee (0.25 hrs)

10/5/05:        Research, preparation, and mailing of Memorandum of Law in Opposition to Motions for Summary Final Judgment (8.0 hrs)

10/6/05:        Review of omnibus response filed by Creditors Committee, forwarding hearing agenda and response to inquiry for copy of memo (1.0 hrs)

10/13/05:        Review of pleadings by Equity Committee and Creditors Committee and preparation of Objection to the Retention of Attorney for Equity Committee (3.5 hrs)

10/14/05:        Preparation of above-referenced Objection (2.0 hrs)

10/17/05:        Final preparation, filing, and mailing of Objection (1.0 hrs)

10/20/05:        Review of pleadings re: clarification letter (0.5 hrs)

10/21/05:        Review of pleadings re: clarification motion (0.5 hrs)

10/24/05:       Research (0.5 hrs); Attendance at sealed hearing (1.25 hrs); Respond to e-mails from committee, local counsel for secured lenders and local counsel for Creditors committee (0.75hrs)

10/25/05:       Response to request from committee for information (0.5 hrs)

10/27/05:       Research and preparation of Motion to Modify Sealing Order to add TQ and LM to limited recipients list (2.5 hrs)

10/30/05:       Review of e-mails from various attorneys for parties regarding discovery issues (0.5 hrs)

10/31/05:       Preparation of above-referenced Motion to Modify and research (2.0 hrs)


TIME CHARGED TO CLIENT:       30.5 HOURS @ 150/HR       $   4,575.00

FLAT FEE (PACER review/ communications)                       200.00

COSTS: (PACER fees)                                            24.64
         (Postage)                                            158.85

                                                     =============
TOTAL (billed to retainer)                            $   4,958.49


RETAINER BALANCE                                      $   1,957.25

# FRIEDLINE & McCONNELL, P.A.

**Attorneys at Law**
*1756 University Blvd. South*
*Jacksonville, FL 32216*

Rodger J. Friedline
Jerrett M. McConnell

(904) 727-7850
Telephone
(904) 727-7849
Facsimile

December 1, 2005

UNOFFICIAL COMMITTEE OF NON-QUALIFIED PLAN PARTICIPANTS IN CHAPTER 11
CASE OF WINN-DIXIE

_____

For Professional Services Rendered

10/31/05  RETAINER BALANCE:                                      $ 1,957.25

ADDITIONAL RETAINER RECEIVED:                                    $ 5,000.00

11/1/05:        Telephone conference with Rich Ehster re: recent developments in case (0.5 hrs); review of e-mails regarding the same and discovery issues with the disbandment motion (0.5 hrs)

11/2/05:        Telephone call/e-mail with Rich Ehster re: discovery issues & DDI's Motion to Quash; e-mail to John MacDonald re: same (0.5 hrs)

11/3/05:        TC/e-mail re: abatement of the disbandment motion; review of proposed orders (0.75 hrs)

11/4/05:        Attend hearing regarding the above (0.25 hrs); Draft letter to Felecia Turner (0.5 hrs)

11/7/05:        Draft and revise letter to Felecia Turner (0.75 hrs)

11/8/05:        Meeting with steering committee (2.0 hrs)

11/9/05:        Review of Sandra Smart e-mail/documents and response re: same (0.5 hrs)

11/10/05:       Draft of Objection to retention of Jennis & Bowen (1.0 hrs)

11/14/05:       Review of correspondence from SEC.  Prepare response ltr (2.0 hrs)

11/16/05:       Review of e-mails and pleadings re: Equity Committee (0.5 hrs)

11/17/05:       Finish draft of SEC ltr & mail out; Review of annual report of W/D and DDI info.; Review retention applications of professionals; Finish & file Objection to Jennis Application; Prepare and file Objection to Jeffries Application; e-mail RJE with copies of same (6.0 hrs)

11/25/05:    Review of SRP info from Larry May, Jr. (0.5 hrs)

11/28/05:    Research on attorney fees and retention applications for 12/1/05 hearings (1.0 hrs); e-mail to John MacDonald re: same; review and respond to e-mails from clients (0.5 hrs)

11/29/05:    TC with RJE (0.25 hrs); Research appointment of attorneys for committees (2.5 hrs)

11/30/05:    Research re: attorney appointments/fees; preparation for 12/1/05 hearings (1.0 hrs)

12/1/05:    Preparation for above-referenced hearings/research/ drafting of arguments (2.0 hrs); attendance at hearings, meeting with counsel for Equity Committee, meeting with Ehster, May and Garner (3.0 hrs)


TIME CHARGED TO CLIENT:        26.5 HOURS @ 150/HR        $   3,975.00

FLAT FEE (PACER review/ communications)                        200.00

COSTS: (PACER fees)                                             26.40
       (Postage)                                                 0.00

                                                        =============
TOTAL (billed to retainer)                              $   4,201.40


RETAINER BALANCE                                        $   2,755.85

# FRIEDLINE & McCONNELL, P.A.

### Attorneys at Law
*1756 University Blvd. South*
*Jacksonville, FL 32216*

(904) 727-7850
Telephone

Rodger J. Friedline
Jerrett M. McConnell

(904) 727-7849
Facsimile

December 28, 2005

UNOFFICIAL COMMITTEE OF NON-QUALIFIED PLAN PARTICIPANTS IN CHAPTER 11
CASE OF WINN-DIXIE

_____

For Professional Services Rendered

10/31/05  RETAINER BALANCE:                                    $ 2,755.85

ADDITIONAL RETAINER RECEIVED:                      $      0.00


12/2/05:       Review and respond to e-mails from committee; Telephone conference with attorney for Equity Committee (0.5 hrs)

12/5/05:       Review of e-mail from attorney for Equity Committee; Telephone Conference with RJE regarding the Equity Committee (0.5 hrs)

12/6/05:       Review of e-mail from attorney for Equity Committee & letter to Ken Meeker (0.5 hrs); Conference call with attorney for Equity Committee (1.25 hrs); E-mail to committee regarding the conference call (0.5 hrs)

12/7/05:       E-mail to committee (0.25 hrs)

12/8/05:       Respond to e-mail from committee (0.25 hrs)

12/9/05:       Return call to RJE; review of filings by Equity Committee (0.5 hrs)

12/12/05:      Review e-mails and respond to same (0.25 hrs)

12/13/05:      Review e-mails and respond to same (0.25 hrs)

12/14/05:      Review of pleadings, monthly operating reports and letters filed by Equity Committee and Debtors (0.5 hrs); Call to attorney for Equity Committee (0.5 hrs)

12/15/05:      Respond to e-mail from attorney for the Equity Committee and review pleadings filed by Equity Committee (1.0 hrs); Attend Omnibus Hearings and meet with RJE and Larry May, Jr. (3.5

hrs)

12/16/05:      Review of MSP/SRP paperwork and e-mail to RJE (0.75 hrs)

12/19/05:      Review of Fee App. filed by Equity Committee; review and respond to e-mails from committee (0.75 hrs)

12/20/05:      Meeting with Sherry Calvert and Clay Meaux; research SRP; telephone conference with attorney for Equity Committee (2.0 hrs)

12/21/05:      Review of Omnibus Claim Objections and e-mail to committee regarding same (0.75 hrs)

12/27/05:      E-mail to RJE regarding Claims Objections received in the mail; Telephone call to attorney for Equity Committee (0.25 hrs); Research on Lexis re: SRP issues (2.0 hrs)


TIME CHARGED TO CLIENT:      16.75 HOURS @ 150/HR      $   2,512.00

FLAT FEE (PACER review/ communications)      200.00

COSTS: (PACER fees)      31.12
     (Postage)      0.00

=============

TOTAL (billed to retainer)      $   2,743.12


RETAINER BALANCE      $      12.73

# FRIEDLINE & McCONNELL, P.A.

Attorneys at Law
*1756 University Blvd. South*
*Jacksonville, FL 32216*

(904) 727-7850

Rodger J. Friedline
Jerrett M. McConnell

Telephone

(904) 727-7849

Facsimile

January 31, 2006

UNOFFICIAL COMMITTEE OF NON-QUALIFIED PLAN PARTICIPANTS IN CHAPTER 11
CASE OF WINN-DIXIE

_____

For Professional Services Rendered

1/01/06  RETAINER BALANCE:                                             $    12.73

ADDITIONAL RETAINER RECEIVED:                              $ 5,000.00

12/29/05:  Research on MSP/SRP; Telephone call to RJE (1.0 hrs)

12/30/05:  Respond to telephone call from RJE; Telephone call to Steve Busey re: retiree access to information; Telephone call to John MacDonald w/ creditors committee (0.5 hrs)

1/3/06: Research case law on plans similar to MSP/SRP (0.5); Meeting with committee (1.5 hrs)

1/4/06: Review of attorneys fees for equity committee; review of most recently filed financial reports filed by debtors; scan and email copies of code sections requested by committee (1.0 hrs)

1/6/06: Review debtors' response to motion to appoint examiner; review of notice of taking deposition, request for production and request for admissions (0.5 hrs)

1/9/06: Review and respond to client emails regarding motion to appoint examiner; review letter from equity committee to SEC (0.5 hrs)

1/11/06:  Review agenda for omnibus hearings and email to clients (0.25 hrs)

1/12/06:  Email client with copy of notice of disbandment of equity committee (0.25 hrs); attendance at omnibus hearings (0.5 hrs)

1/19/06:  Attendance at hearings (0.5 hrs); review of pleadings by equity committee seeking reinstatement of the committee and the unsealing of documents (1.0 hrs)

1/20/06:  Review of motion for status conference on equity committee's motions; review and respond

to emails regarding the above and the status conference scheduled for 1/23/06 (0.5 hrs)

1/23/06:  Email and telephone call to John MacDonald regarding status conference results; review of pleadings by equity committee; email to RJE regarding the committee's questions in preparation for meeting on 1/26 (0.75 hrs)

1/24/06:  Teleconference with Ehster and May; review of response by equity committee regarding status conference (0.75 hrs); telephone call with John MacDonald (0.25 hrs)

1/26/06:  Meeting with steering committee (1.5 hrs)

1/27/06:  Review of pleadings regarding equity committee's motion for appointment (0.75 hrs)

1/30/06:  Attendance at hearings on equity committee's motions (at 9:00am and 4:00pm); meeting with Elena Escamilla regarding the appointment of retiree to the creditors committee; meeting with Larry Appel regarding getting the retirees access to confidential information (3.0 hrs)

1/31/06:  Review of omnibus response filed by equity committee (0.5 hrs); email hearing results/status update to committee (0.5 hrs)


TIME CHARGED TO CLIENT:       17.5 HOURS @ $150/HR        $   2,625.00

FLAT FEE (PACER review/ communications)                         200.00

COSTS: (PACER fees)                                                0.00
          (Lexis legal research)                                 219.00

                                                     =============
TOTAL (billed to retainer)                              $   3,044.00


RETAINER BALANCE                                        $   1,968.73

# FRIEDLINE & McCONNELL, P.A.

### Attorneys at Law
*1756 University Blvd. South*
*Jacksonville, FL 32216*

Rodger J. Friedline
Jerrett M. McConnell

(904) 727-7850
Telephone
(904) 727-7849
Facsimile

March 3, 2006

UNOFFICIAL COMMITTEE OF NON-QUALIFIED PLAN PARTICIPANTS IN CHAPTER 11
CASE OF WINN-DIXIE

_____

For Professional Services Rendered

2/01/06  RETAINER BALANCE:                                    $ 1,968.73

ADDITIONAL RETAINER RECEIVED:                          $ 5,000.00


2/2/06:  Review of Amended Motion for Compensation (0.25 hrs); Telephone call to RJE (0.25 hrs)

2/3/06: Telephone conference call with RJE and Larry May (1.0 hrs)

2/6/06:  Prepare Objection to Amended Retention Motion (1.5 hrs); Electronically file Objection and review letter from US Trustee re: Examiner Motion (0.25 hrs)

2/8/06:  Telephone call to Cindy Jackson, atty for Debtors re: the Objection; Telephone call to Mike Comiford, atty for Creditors Committee re: same; Review emails and send email to RJE re: the above and examiner issues (1.0 hrs)

2/9/06: Review 4th Omnibus Claim Objection and Order Denying Appointment of Equity Committee (0.5 hrs); Telephone call with Steve Busey  and Cindy Jackson (0.25 hrs); Attend Omnibus Hearings and meet with RJE and Larry May (1.75 hrs); Telephone call to Larry Appel about meeting between Jay Skelton and retirees (0.25 hrs); email to RJE re: same (0.25 hrs); Telephone call to Bill Simonitch about his firm serving as examiner (0.5 hrs)

2/10/06:  Telephone call to RJE re: examiner issues and Skelton meeting (0.25 hrs); Telephone call to George Douglas of Birmingham group re: possible lawsuits against W/D (1.0 hrs); email to RJE re: Winn General, Inc.; Telephone call to George Douglas re: same; Telephone call to Bill Simonitch about examiner issues (1.0 hrs)

2/13/06:  Conference call with Birmingham group about shareholders derivative suit (1.0 hrs)

2/14/06: Conference call with RJE and Larry May re: shareholders derivative suit (0.5 hrs)

2/21/06:  Emails to clients and George Douglas re: 2004 exam and Skelton meeting; Review of most recently filed monthly operating reports (0.75 hrs)

2/22/06:  Review of 5th Omnibus Objection to Claims to see if applicable to retirees (0.25 hrs); Telephone calls to Louisa Stringer in Appel's office re: Skelton meeting and emails to clients re: same (0.5 hrs); review of proposed motions for 2004 exams from George Douglas and emails to RJE and Douglas re: same (0.5 hrs)

2/23/06:  Email to RJE re: conference call and agenda for Omnibus hearings; telephone call to Bill Simonitsch re: examiner motion; review of 4th Motion to Extend Exclusivity Period (0.75 hrs); conference call with RJE and Larry May (1.0 hrs); telephone call and email to Appel re: specifics of Skelton meeting (0.25 hrs)

2/24/06:  Emails and telephone calls re: Skelton meeting (0.25 hrs)

2/27/06:  Emails and telephone calls re: Skelton meeting (0.25 hrs); emails with Birmingham group re: their 2004 exam motion (0.25 hrs)

2/28/06:  Emails re: Skelton meeting (0.25 hrs)

3/1/06:  Emails to RJE; Review of most recently filed monthly operating reports (0.25 hrs)

3/2/06:  Attendance at meeting with Skelton and Appel (including pre- and post-meeting consultation with clients) (3.0 hrs)


TIME CHARGED TO CLIENT:        19.75 HOURS @ $150/HR        $ 2,962.50

FLAT FEE (PACER review/ communications)                          200.00

COSTS: (PACER fees)                                                0.00
             (Lexis legal research)                              219.00

                                                        =============
TOTAL (billed to retainer)                               $  3,381.50


RETAINER BALANCE                                         $   3,587.23

# FRIEDLINE & McCONNELL, P.A.

### Attorneys at Law
*1756 University Blvd. South*
*Jacksonville, FL 32216*

(904) 727-7850
Telephone

Rodger J. Friedline
Jerrett M. McConnell

(904) 727-7849
Facsimile

March 31, 2006

UNOFFICIAL COMMITTEE OF NON-QUALIFIED PLAN PARTICIPANTS IN CHAPTER 11
CASE OF WINN-DIXIE

_____

For Professional Services Rendered

3/03/06  RETAINER BALANCE:                                   $ 3,587.23

ADDITIONAL RETAINER RECEIVED:                         $      0.00


3/8/06:  Email to George Douglas; review 6th Omnibus Objection to Claims, Statement by Creditors Committee in favor extension of exclusivity period; email to RJE and Larry May re: same (1.0 hrs)

3/9/06: Attendance at Omnibus Hearings; meeting with John McDonald; meeting with Elena Escamilla (1.5 hrs)

3/10/06:  Review of emails from clients; email to Larry May re: letter from David McFarlin to US Trustee; telephone call to Larry Appel's office; emails to RJE and Larry May; preparation of memo on meeting with Skelton and Appel (1.5 hrs)

3/13/06:  Amend and re-send Skelton memo; Review and respond to email from George Douglas; telephone call to Bill Simonitsch (0.5 hrs)

3/15/06:  Email to clients regarding Birmingham group (0.25 hrs)

3/16/06:  Read and respond to emails from clients (0.5 hrs); telephone call to George Douglas re: scheduling conference call and email to clients regarding same (0.25 hrs)

3/17/06:  Respond to emails re: meeting with committee and the new POC forms; email to Larry Appel re: same (0.5 hrs)

3/22/06:  Review of 7th Omnibus Objection to Claims to see if applicable to retirees and email to clients re: same (0.25 hrs)

3/23/06:  Meeting with committee (2.0 hrs); attendance at Omnibus Hearings (0.75 hrs)

3/24/06:  Emails to RJE and conference call with RJE and George Douglas (0.5 hrs)

3/25/06:  Conference call with RJE and Larry May (0.5 hrs)

3/29/06:  Emails to RJE re: docket entries of note to the retirees (0.25 hrs)

3/30/06:  Telephone calls to RJE and George Douglas re: 2004 Exam Motions (0.25 hrs)


TIME CHARGED TO CLIENT:       10.5 HOURS @ $150/HR        $ 1,575.00

FLAT FEE (PACER review/ communications)                      200.00

COSTS: (PACER fees)                                            0.00
        (Lexis legal research)                               219.00

                                                   =============
TOTAL (billed to retainer)                         $  1,994.00

RETAINER BALANCE                                   $   1,593.23

# FRIEDLINE & McCONNELL, P.A.

### Attorneys at Law
### 1756 University Blvd. South
### Jacksonville, FL 32216

(904) 727-7850
Telephone

Rodger J. Friedline
Jerrett M. McConnell

(904) 727-7849
Facsimile

April 28, 2006

UNOFFICIAL COMMITTEE OF NON-QUALIFIED PLAN PARTICIPANTS IN CHAPTER 11 CASE OF WINN-DIXIE

_____

For Professional Services Rendered

4/1/06  RETAINER BALANCE:                                    $ 1,593.23

ADDITIONAL RETAINER RECEIVED:                                $ 3,500.00

4/3/06:  Review of pleadings filed by debtors; return call to John MacDonald; email to Cyndi Jackson requesting hearing dates; telephone call with Patrick Coll, attorney for Sherry Calvert; telephone call to Rich Ehster (1.0 hrs)

4/4/06: Email to Rich Ehster about pleadings filed by debtors; email to George Douglas with possible hearing dates; review of email from Cyndi Jackson (0.5 hrs)

4/5/06:  Review of 8th Omnibus Claims Objection; telephone call with George Douglas re: strategy and filing of 2004 exam motions (0.5 hrs); preparation and filing of 2004 exam motions and notices of hearing (2.5 hrs); email to RJE, LM, Jr. and George Douglas of same (0.25 hrs)

4/10/06:  Review of emails from clients (0.25 hrs); telephone call with George Douglas about service issues; email to George Douglas re: docket #3938; email to Rich Ehster about conference call (0.25 hrs)

4/12/06:  Email to Cyndi Jackson about debtors' stance on motions; email Pat Patangan about creditors committee stance on motions (0.25 hrs); conference call with Rich Ehster and Larry May (1.0 hrs); research on 2004 exam motions (0.5 hrs)

4/13/06:  Research on 2004 exam motions and email on same to George Douglas (0.5 hrs); scanning and filing of notice of designation as local counsel (0.25 hrs)

4/14/06:  Read and respond to emails from Rich Ehster and Larry May (0.25 hrs); telephone call with Steve Busey; email to Rich Ehster, Larry May and George Douglas re: same (0.5 hrs)

4/17/06:  Read and respond to emails from clients and George Douglas (0.25 hrs)

4/18/06:  Telephone calls with Rich Ehster and John MacDonald; review of emails from Rich Ehster and George Douglas (0.25 hrs); review of objections to 2004 exam motions by debtors (0.5 hrs); review of emails (0.25 hrs); conference call with Rich Ehster and Larry May (0.75 hrs)

4/19/06:  Read and respond to email from Steve Busey (0.5 hrs); telephone call with Steve Busey re: 2004 exam motion (0.5 hrs); telephone call to Rich Ehster re: same (0.25 hrs); telephone call with Matt Barr of Milbank Tweed (0.25 hrs); telephone call with John MacDonald (0.25 hrs); conference with Larry May (0.5 hrs); argument prep (1.0 hrs)

4/20/06:   Argument prep (2.0 hrs); meeting with steering committee before hearing (0.5 hrs); attendance at hearing (1.5 hrs); meeting with steering committee after hearing (0.5 hrs)

4/21/06:  Read and respond to client emails re: claim issues (0.5 hrs); review and revisions of proposed order on 2004 exam (0.25 hrs); email to John MacDonald re: witness lists (0.25 hrs); detailed review of MSP plan and development of questions for 2004 exam (0.5 hrs)

4/24/06:  Review and respond to emails from attorneys for creditors committee (0.25 hrs)

4/25/06:  Review and respond to emails from clients (0.5 hrs)

4/26/06:  Respond to emails from attorneys for creditors committee; telephone call to John MacDonald (0.25 hrs)

4/27/06:  Review emails from clients; forward witness list to John MacDonald; respond to emails; telephone call with John MacDonald (0.5 hrs); telephone call re: possible lawsuit on MSP (0.25 hrs)

4/28/06:  Telephone call from John MacDonald on witness list; email Cyndi Jackson on getting info from 2004 exam motion; email to clients on witness list (0.5 hrs); review of 2004 exam motion by Ad-Hoc Trade Committee and email to clients re: same (0.25 hrs)


| | | |
|---|---|---|
| TIME CHARGED TO CLIENT: | 22.25 HOURS @ $150/HR | $ 3,337.50 |
| FLAT FEE (PACER review/ communications) | | 200.00 |
| COSTS: (PACER fees) | | 7.28 |
| (Lexis legal research) | | 219.00 |
| (Postage) | | 15.96 |
| | | ============= |
| TOTAL (billed to retainer) | | $ 3,779.74 |
| RETAINER BALANCE | | $ 1,313.49 |

# FRIEDLINE & McCONNELL, P.A.

### Attorneys at Law
*1756 University Blvd. South*
*Jacksonville, FL 32216*

|  | (904) 727-7850 |
|---|---|
|  | Telephone |

Rodger J. Friedline

Jerrett M. McConnell

(904) 727-7849

Facsimile

May 31, 2006

UNOFFICIAL COMMITTEE OF NON-QUALIFIED PLAN PARTICIPANTS IN CHAPTER 11
CASE OF WINN-DIXIE

_____

For Professional Services Rendered

| 5/1/06  RETAINER BALANCE: | $ 1,313.49 |
|---|---|
| ADDITIONAL RETAINER RECEIVED: | $ 5,000.00 |

5/1/06:  Email Cyndi Jackson on status of requested documents; email to John Macdonald w/ shortened list of potential interviewees; review email from Larry May, Jr. (0.5 hrs); TCT John Macdonald (0.25 hrs)

5/2/06:  TCT George Douglas (0.25 hrs)

5/3/06:   TCT John MacDonald re: interviews (0.25 hrs); email to Larry May, Jr. re: Debtors' 10th Omnibus Claims Objection and his upcoming interview (0.25 hrs); emails to and from Cyndi Jackson re: discovery information (0.25 hrs); review of Debtors' 10th Omnibus Claims Objection (0.25 hrs)

5/4/06: Attend Omnibus Hearings (0.75 hrs); review emails from RJE and Larry May, Jr.; email John Macdonald (0.25 hrs)

5/5/06:   Review and respond to emails from clients and John Macdonald re: retiree interviews (0.25 hrs)

5/8/06:   Conference call with RJE and Larry May, Jr. on interviews; review emails from clients and John Macdonald on interviews (0.5 hrs); email Cyndi Jackson on MSP info; review emails from John Macdonald and Cyndi Jackson (0.25 hrs)

5/9/06:  Conference call interviews with Larry May, Jr. and RJE (1.5 hrs); TCT to John Macdonald and Jim Pringle on interviews (0.25 hrs); TCT court reporter re: request of transcript from Omnibus Hearings on 4/20/06 and names of movants (0.25 hrs); TCT  Rafe Sanson and John Macdonald re: telephone interviews; TCT Jim Pringle re: same; TCT John Macdonald re: same; Teleconference with Rafe Sanson, Jim Pringle and Milbank (1.0 hrs); TCT court reporter re: transcript (0.25 hrs);

teleconference with John Macdonald and Larry May, Jr. (1.0 hrs); teleconference with RJE and Larry May, Jr. (0.5 hrs)

5/10/06:  Review of 4/20/06 hearing transcript (0.5 hrs); telephone calls with Terry Qualls and John Macdonald about scheduling conference call (0.25 hrs); review of emails from Larry May, Jr. (0.25 hrs)

5/11/06:  Review and respond to emails from clients; review and respond to emails from John Macdonald re: scheduling of conference calls and further info; review of PACER docket re: Trade Committee's 2004 exam motion; review email from George Douglas (0.5 hrs); respond to email from Steve Busey re: MSP info; TCT John Macdonald on conference calls and related issues (0.25 hrs); emails to various parties re: conference calls; TCT Terry Qualls re: same (0.25 hrs)

5/12/06:  Review and respond to emails re: conference calls and confidentiality agreements (0.5 hrs); research on prior announcement of bankruptcy by W/D thru KPMG (0.5 hrs); conference calls with Terry Qualls and Bob Dufek (1.0 hrs); Review of Trade Committee's SubCon Motion and Motion to File Under Seal; email to RJE re: same; email to Milbank re: 2001 bankruptcy email (0.5 hrs); Stan Timbrook conference call (0.25 hrs); research *Farmland Industries* case (0.5 hrs); emails to John Macdonald and George Douglas re: same (0.25 hrs); Gary Osborne and Larry Beck conference calls and emails (1.25 hrs); amend and forward confidentiality agreement (0.5 hrs)

5/15/06:  Read and respond to emails from clients; review confidentiality agreements; TCT RJE (0.5 hrs); TCT Gary Osborne (0.25 hrs); conference call with Rich Ehster and Larry May (0.25 hrs)

5/16/06:  Review emails re: conference calls (0.25 hrs); research MSP case law (0.5 hrs); attempted teleconference with Larry Beck (0.25 hrs); teleconference with Paul Chisholm (1.0 hrs); review of most recent financial statement for W/D (0.25 hrs)

5/17/06:  Read and respond to emails from clients (0.25 hrs); review 11th Omnibus Claims Objection and email RJE re: same (0.25 hrs); prepare and fax confidentiality agreement to Rosalie Gray and prep original for delivery to Steve Busey (0.25 hrs); TCT Rosalie Gray and email to Steve Busey re: same (0.25 hrs)

5/18/06:  Attend Omnibus Hearings (2.0 hrs)

5/22/06:  Read and respond to emails from clients, Milbank and Busey (0.25 hrs); TCT Matt Barr about arranging meeting; TCT  RJE re: meeting and MSP info (0.25 hrs); TCT Steve Busey and email Matt Barr (0.25 hrs); conference call with Larry May, Jr. and RJE (0.5 hrs); TCT Matt Barr (0.25 hrs)

5/23/06:  Review confidentiality agreement from creditors committee (0.5 hrs); conference call with RJE and Larry May, Jr. (0.5 hrs)

5/24/06:   Meetings with Retirees Subcommittee, W/D representatives and creditors committee representatives (5.0 hrs)

5/25/06:  Review of business plan (1.0 hrs); conference call with Larry May, Jr. and RJE (0.5 hrs)

5/26/06:  Review settlement info (1.0 hrs); Conference with Larry May, Jr. and RJE re: settlement offer (1.75 hrs)

5/30/06:  Conference call on settlement (0.5 hrs); TCT RJE on meeting on Thursday 6/1/06; TCT John Macdonald on possible claims (0.25 hrs); Conference call on settlement (in afternoon) (0.5 hrs)

5/31/06:  Review of 12th Omnibus Claims Objection; TCT John Macdonald (0.5 hrs)


TIME CHARGED TO CLIENT:       36.0 HOURS @ $150/HR        $  5,400.00

FLAT FEE (PACER review/ communications)                          200.00

COSTS: (PACER fees)                                             0.00
          (Lexis legal research)                              219.00
          (Postage)                                             1.95
                                                  =============
TOTAL (billed to retainer)                              $  5,820.95


RETAINER BALANCE                                  $     492.54

# FRIEDLINE & McCONNELL, P.A.

**Attorneys at Law**
*1756 University Blvd. South*
*Jacksonville, FL 32216*

(904) 727-7850
Telephone

Rodger J. Friedline
Jerrett M. McConnell

(904) 727-7849
Facsimile

July 5, 2006

UNOFFICIAL COMMITTEE OF NON-QUALIFIED PLAN PARTICIPANTS IN CHAPTER 11
CASE OF WINN-DIXIE

_____

For Professional Services Rendered

5/31/06  RETAINER BALANCE:                                   $   492.54

ADDITIONAL RETAINER RECEIVED:                            $ 5,000.00


6/1/06:   Meet with Steering Committee (1.0 hrs); attend Omnibus Hearings (0.5 hrs); review and respond to emails re: settlement negotiations with Matt Barr (0.25 hrs)

6/2/06:   Review and respond to emails from Milbank re: settlement (0.25 hrs); TC Matt Barr re: settlement issues (0.25 hrs)

6/6/06:  Review and respond to emails from clients and Matt Barr re: settlement (0.25 hrs)

6/12/06:  Review and respond to emails from Matt Barr re: settlement (0.25 hrs); TC Matt Barr (0.25 hrs); TCT George Douglas re: possible claims (0.5 hrs);

6/13/06:  Conference call with Rich Ehster and Larry May; email to Matt Barr re: settlement (0.75 hrs); review and respond to emails from Matt Barr re: settlement (0.25 hrs); TC with Matt Barr re: settlement (0.25 hrs); TC with Larry May re: same (0.25 hrs)

6/14/06:  TC Rich Ehster on settlement issues (0.25 hrs); email to Matt Barr re: same (0.25 hrs)

6/15/06:  Attend Omnibus Hearings; meet with Matt Barr and Larry May, Jr. (1.0 hrs); conference call with Rich Ehster and Larry May (0.25 hrs); email Matt Barr re: expanding group under confidentiality agreements (0.25 hrs); scan and email settlement worksheet to Rich Ehster and Larry May, Jr. (0.25 hrs)

6/16/06:  Review emails from clients; email Matt Barr re: payment of our fees by Debtors (0.25 hrs)

6/19/06:  Review and respond to client emails (0.25 hrs)

6/20/06:  Review and respond to client emails; prepare updated confidentiality agreements (0.25 hrs)

6/21/06:  Review May financial report; briefly review fee examiner reports (0.25 hrs); respond to client email re: per share values and computations (0.25 hrs)

6/22/06:  Read and respond to emails from Matt Barr re: final settlement issues (0.25 hrs); meet with Steering Committee (1.5 hrs)

6/26/06:  Review email from Larry Appel on retiree health benefits; review and respond to email from Rich Ehster on SRP accounts (0.25 hrs)

6/27/06:  Email Larry Appel re: retiree health benefits; read and respond to email from Rich Ehster re: Omnibus Hearings and meeting with Steering Committee; TCT Rich Ehster re: same (0.25 hrs); email to John Macdonald re: Creditors Committee investigation (0.25 hrs)

6/28/06:  Review and respond to emails from John Macdonald and Rich Ehster (0.25 hrs)

6/29/06:  Attend Omnibus Hearings; meet with Steering Committee (2.5 hrs)

6/30/06:  Forward copies of Ch11 Plan and Disclosure Statement to clients (0.25 hrs)

7/3/06:  Review of Chapter 11 Plan (0.75 hrs)


TIME CHARGED TO CLIENT:        14.75 HOURS @ $150/HR        $ 2,212.50

FLAT FEE (PACER review/ communications)                          200.00

COSTS: (PACER fees)                                                0.00
       (Lexis legal research)                                    219.00
       (Postage)                                                   0.00
                                                        =============
TOTAL (billed to retainer)                              $ 2,631.50


RETAINER BALANCE                                        $ 2,861.04

# FRIEDLINE & McCONNELL, P.A.

Attorneys at Law
*1756 University Blvd. South*
*Jacksonville, FL 32216*

(904) 727-7850
Telephone

Rodger J. Friedline
Jerrett M. McConnell

(904) 727-7849
Facsimile

July 31, 2006

UNOFFICIAL COMMITTEE OF NON-QUALIFIED PLAN PARTICIPANTS IN CHAPTER 11
CASE OF WINN-DIXIE

_____

For Professional Services Rendered

7/5/06  RETAINER BALANCE:                                    $ 2,861.04

ADDITIONAL RETAINER RECEIVED:                                $ 3,000.00

7/5/06:  Review and respond to emails from Rich Ehster (0.25 hrs); TC Rich Ehster re: plan issues, fees and the new board of directors for W/D (0.25 hrs)

7/6/06:  Review and respond to emails from clients (0.25 hrs); TCT Rich Ehster (0.25 hrs)

7/7/06:  Email to Larry Appel re: claim calculations and review of response to same (0.25 hrs)

7/10/06:  Review of email from clients re: the agenda for the committee meeting on 7/14/06 (0.25 hrs)

7/11/06:  Conference call with Larry May and Rich Ehster re: current issues with the plan, claim issues, how to calculate claims (0.75 hrs); email to Steve Busey re: claim issues (0.25 hrs)

7/12/06:  Review 14th Omnibus Claims Objection (0.25 hrs); email to Rich Ehster re: same and the claim calculation worksheets (0.25 hrs); review Disclosure Statement and prep for presentation to full committee (1.0 hrs); TCT Jim Post re: claims calculations; emails to Jim Post and Rich Ehster re: same (0.25 hrs)

7/13/06:  Attend Omnibus Hearings (0.5 hrs); review email from David Gay re: claims; return Jim Post's call; review claims (0.25 hrs); Conf. Call with Jim Post and David Gay re: claims issues; review documentation re: same (0.75 hrs)

7/14/06:  Review Disclosure Statement (0.5 hrs); TCT Rich Ehster re: claims calculation issues (0.25 hrs); Attend committee informational meeting (3.5 hrs)

7/17/06:  Research tax and securities issues (1.0 hrs); review of creditors committee report (1.0 hrs)

7/18/06:  Review emails from clients and Matt Barr (0.25 hrs); TCT Rich Ehster (0.25 hrs)

7/19/06:  Review draft Q&A from meeting and respond to same (0.5 hrs); work on Q&A revisions (1.0 hrs)

7/20/06:  Email Larry Appel re: unusual MSP issues (0.25 hrs); finalize FAQs memo to committee (2.0 hrs); read and respond to email from Matt Barr re: issues with discount cards and fees (0.25 hrs); finalize and email FAQs memo to Rich Ehster (0.25 hrs)

7/24/06:  Review and respond to emails from Rich Ehster and Steve Busey (0.25 hrs); TCT Matt Barr (0.25 hrs)

7/25/06:  Review emails from clients (0.25 hrs); review objections to disclosure statement (0.25 hrs); email and TCT Matt Barr (0.25 hrs); email to Rich Ehster re: upcoming committee conference call and committee questions (0.25 hrs); Conference with Charlotte Peterson (0.25 hrs); TCT Rich Ehster (0.25 hrs); TCT Matt Barr (0.25 hrs); TCT Rich Ehster (0.25 hrs)

7/26/06:  Review and respond to emails from Rich Ehster, Steve Busey and Luisa Stringer (0.25 hrs); review and prepare notes for meeting with CPA (0.25 hrs)

7/27/06:  Attend Omnibus Hearings (1.25 hrs); email to John Macdonald re: Creditors Committee investigation (0.25 hrs)

7/28/06:  Review US Tee's objection to disclosure statement (0.25 hrs); TC Jane Dawson, W/D's Benefits Coordinator, re: Ethel Mitchell's death benefit; email to Rich Ehster re: same (0.25 hrs)

7/31/06:  Review and respond to emails from Rich Ehster and Rosalie Gray; TCT Rosalie Gray (0.25 hrs)


TIME CHARGED TO CLIENT:        22.00 HOURS @ $150/HR        $ 3,300.00

FLAT FEE (PACER review/ communications)                        200.00

COSTS: (PACER fees)                                              0.00
         (Lexis legal research)                                219.00
         (Postage)                                               0.00
                                                        =============
TOTAL (billed to retainer)                              $ 3,719.00


RETAINER BALANCE                                        $ 2,142.04

# FRIEDLINE & McCONNELL, P.A.

### Attorneys at Law
### *1756 University Blvd. South*
### *Jacksonville, FL 32216*

Rodger J. Friedline
Jerrett M. McConnell

(904) 727-7850
Telephone
(904) 727-7849
Facsimile

July 31, 2006

UNOFFICIAL COMMITTEE OF NON-QUALIFIED PLAN PARTICIPANTS IN CHAPTER 11
CASE OF WINN-DIXIE

_____

For Professional Services Rendered

7/31/06  RETAINER BALANCE:                                    $ 2,142.04

ADDITIONAL RETAINER RECEIVED:                                 $ 3,000.00

8/1/06:  Review emails from clients (0.25 hrs); review 16th Omnibus Claims Objection (0.25 hrs); prep for meeting with Sonny Martin, CPA (0.5 hrs); TCT Rosalie Gray re: claims and ballot issues (0.25 hrs); meeting with Sonny Martin re: tax issues (1.0 hrs)

8/2/06:  Review emails from clients; email Matt Barr re: claims issues (0.25 hrs); TCT Larry May, Jr. (0.25 hrs); conference call with committee (2.0 hrs)

8/4/06:  Review revised plan & disclosure statement (1.0 hrs); attend hrng on disclosure statement; conference with clients on fees issues; conference with Mike Comerford on fees issues (2.5 hrs)

8/3/06:  Conference call with steering committee (1.0 hrs); teleconference with Bill Steedley, CPA re: tax issues (0.25 hrs); TCT David Gay re: claims issues (0.25 hrs); TCT Mike Comerford re: claims issues (0.25 hrs)

8/8/06:  Call Sonny Martin re: tax issues (0.25 hrs); read & respond to emails from Rosalie Gray on fees issues (0.25 hrs); conference call with retirees (1.0 hrs)

8/9/06:  Review and respond to email from Rosalie Gray; forward same on to steering committee (0.25 hrs)

8/10/06:  Attend Omnibus Hrngs (1.25 hrs); review letter from Sonny Martin (0.25 hrs)

8/11/06:  TCT Sonny Martin re: tax issues (0.25 hrs)

8/14/06:  Review and respond to client emails (0.25 hrs); TCT Jim Post on claims issues; forward CPA

opinion letter to clients (0.25 hrs)

8/15/06:  Read and respond to emails from clients (0.25 hrs); TCT Larry May (0.25 hrs); conference call with Larry May and Rich Ehster (0.5 hrs)

8/16/06:  Review emails from Rosalie Gray and Rich Ehster; email to clients; forward bills to Rosalie Gray (0.25 hrs); TCT Sonny Martin re: setting up conference with steering committee; read and respond to email from Rosalie Gray (0.25 hrs); review and respond to email and fax from Stan Timbrook (0.25 hrs); review and respond to email from Adrian Barrow; prepare analysis and forward same to committee; TCT Rich Ehster re: same (0.5 hrs); review 17th Omnibus Objection to claims and email Rich Ehster re: same (0.25 hrs); prepare summary of billings and forward same to Rosalie Gray (0.25 hrs)

8/17/06:  Review and respond to client emails (0.25 hrs); email debtor's atty re: claims calculations; read and respond to emails re: same (0.25 hrs)

8/18/06:  Review emails from clients (0.25 hrs); email to Jim Post re: claims issues (0.25 hrs)

8/21/06:  Read and respond to email from clients and Rosalie Gray (0.25 hrs); TCT & email to Rosalie Gray re: claims issues (0.25 hrs); TCF Rosalie Gray re: claims issues (0.25 hrs); read & respond to client emails (0.25 hrs)

8/23/06:   Review 18th Omnibus Claims Objection (0.25 hrs); conference with retirees and Sonny Marting re: claims & tax issues (1.5 hrs)

8/24/06:  Attend Omnibus Hrngs (0.75 hrs)

8/28/06:  Review emails from clients and Rosalie Gray (0.25 hrs); read and respond to client emails (0.25 hrs)

8/29/06:  Review and forward emails to clients (0.25 hrs); review of assumptions for proofs of claim (0.5 hrs); TCT Rich Ehster re: claims issues (0.25 hrs)

8/31/06:  Review 19th Omnibus Claims Objection (0.25 hrs); Attend Omnibus Hrgs (0.5 hrs)


TIME CHARGED TO CLIENT:        23.50 HOURS @ $150/HR        $  3,525.00

FLAT FEE (PACER review/ communications)                       200.00

COSTS: (PACER fees)                                            51.60
        (Lexis legal research)                                219.00
        (Postage)                                               9.33
                                                      =============
TOTAL (billed to retainer)                            $  4,004.93

RETAINER BALANCE                                      $  1,137.11

# FRIEDLINE & McCONNELL, P.A.

### Attorneys at Law
*1756 University Blvd. South*
*Jacksonville, FL 32216*

Rodger J. Friedline
Jerrett M. McConnell

(904) 727-7850
Telephone
(904) 727-7849
Facsimile

September 22, 2006

UNOFFICIAL COMMITTEE OF NON-QUALIFIED PLAN PARTICIPANTS IN CHAPTER 11
CASE OF WINN-DIXIE

_____

For Professional Services Rendered

8/31/06  RETAINER BALANCE:                                    $ 1,137.11

ADDITIONAL RETAINER RECEIVED:                     $ 5,000.00


8/31/06:  Review and respond to email from Rosalie Gray (0.25 hrs)

9/1/06:  Email Rosalie Gray re: claims calculation issues (0.25 hrs)

9/5/06:  Review email from Rosalie Gray (0.25 hrs)

9/6/06:  Review client emails (0.25 hrs); review 20th and 21st Omnibus claims objections (0.25 hrs); TCT Rich Ehster (0.25 hrs)

9/7/06:  Meeting with steering committee (1.75 hrs); attend Omnibus Hrgs. (0.5 hrs); draft letter to W-D re: claims issues (1.5 hrs)

9/8/06:  Review emails from clients, Matt Barr and Rosalie Gray (0.25 hrs); TCT Matt Barr (0.25 hrs); email to Matt Barr and Rich Ehster (0.25 hrs); TCT Larry May, Jr. (0.25 hrs); email and TCT Rosalie Gray (0.25 hrs); TCF Rosalie Gray and review emails on conference call (0.25 hrs); review further emails on conference call (0.25 hrs); conference call on claims issues (0.25 hrs); emails to committee and Sonny Martin (0.5 hrs); read, respond to and forward emails from Rosalie Gray (0.25 hrs)

9/11/06:  Review and respond to emails from clients, Sonny Martin and Rosalie Gray (0.25 hrs); review and respond to email from Rosalie Gray with updated figures and forward same to various parties (0.25 hrs)

9/12/06:  Email Rich Ehster re: conference call; review of revised figures; review of email from Rich Ehster; forward same to Matt Barr and Rosalie Gray w/ explanation of objection (0.5 hrs); TCT to Rich Ehster re: issues to be addressed by steering committee (0.5 hrs); conference call with Rosalie Gray &

Mercer (0.25 hrs); TCT Rich Ehster (0.25 hrs)

9/13/06:  Forward claims calculations on to Rosalie Gray (0.25 hrs)

9/14/06:  Review and respond to emails from clients and Rosalie Gray (0.25 hrs); review 22nd Omnibus claims objection (0.25 hrs); TCT Rosalie Gray re: proposed conference call; email to Sonny Martin and Rich Ehster re: same (0.25 hrs); review and respond to emails re: claims and conference call (0.25 hrs); attend Omnibus Hrgs. (0.5 hrs); send, review and respond to emails on conference call (0.25 hrs)

9/15/06:  Read and respond to emails from clients and Rosalie Gray (0.25 hrs); conference call (0.5 hrs); TCT Rich Ehster; email to Sonny Martin (0.25 hrs)

9/18/06:  Email Matt Barr on affirmative statement (0.25 hrs)

9/21/06:  Attend Omnibus Hrgs. (1.25 hrs); prepare statement in support of plan (1.0 hrs); conference with Cyndi Jackson on vote tabulations (0.25 hrs)

9/22/06:  Review emails from Rosalie Gray and Matt Barr re: statement; prepare final revisions and file same (0.5 hrs)


TIME CHARGED TO CLIENT:        16.00 HOURS @ $150/HR        $ 2,400.00

FLAT FEE (PACER review/ communications)                          200.00

COSTS: (PACER fees)                                        0.00
        (Lexis legal research)                              267.00
        (Postage)                                          0.00
                                                ============
TOTAL (billed to retainer)                          $ 2,867.00

RETAINER BALANCE                                    $  3,270.11

# FRIEDLINE & McCONNELL, P.A.

### Attorneys at Law
### *1756 University Blvd. South*
### *Jacksonville, FL 32216*

Rodger J. Friedline
Jerrett M. McConnell

(904) 727-7850
Telephone
(904) 727-7849
Facsimile

November 1, 2006

UNOFFICIAL COMMITTEE OF NON-QUALIFIED PLAN PARTICIPANTS IN CHAPTER 11
CASE OF WINN-DIXIE

_____

For Professional Services Rendered

9/22/06  RETAINER BALANCE:                                    $ 3,270.11

ADDITIONAL RETAINER RECEIVED:                                 $ 2,000.00


9/26/06:  Email clients (0.25 hrs); review objections to confirmation (0.5 hrs); TCF Rich Ehster; email clients (0.25 hrs)

9/28/06:  Review objections to confirmation; email clients (0.25 hrs); review and respond to email from clients (0.25 hrs)

9/29/06:  Conference call with clients (0.5 hrs)

10/3/06:  Email to Matt Barr and Rosalie Gray re: objections to confirmation (0.25 hrs)

10/4/06:   Review and respond to client emails; review email from Rosalie Gray (0.25 hrs); review supplements to plan and forward same to clients (0.5 hrs); review and respond to client emails (0.25 hrs)

10/5/06:  Attend omnibus hearings and conference with attorneys for creditors committee (3.5 hrs)

10/6/06:  Email to clients re: confirmation issues (0.25 hrs)

10/10/06:  Review and respond to client emails (0.25 hrs); research on substantial contribution issues (0.75 hrs)

10/11/06:  Review vote tabulation results and forward same to clients (0.25 hrs)

10/12/06:  Review memorandums of law in support of confirmation and in response to objections to confirmation (1.0 hrs); email to clients re: confirmation hearing (0.25 hrs); attend omnibus hearings

(0.75 hrs)

10/13/06:  Attend confirmation hearing (8.5 hrs)

10/16/06:  Review omnibus claims objection (1.0 hrs); TCT Rosalie Gray (0.25 hrs); emails to clients and Rosalie Gray (0.25 hrs)

10/18/06:  Review omnibus claims objection; forward copy of same to clients (0.5 hrs); TCT Rich Ehster (0.5 hrs)

10/19/06:  TCT Rosalie Gray on Social Security issues (0.25 hrs); read and respond to email from Rosalie Gray; email clients (0.25)

10/20/06:  Review modifications to confirmation order (0.25 hrs)

10/23/06:  Review and forward emails from clients (0.25 hrs)

10/24/06:  Review and forward client emails (0.25 hrs); review and forward emails from Rosalie Gray (0.25 hrs)

10/25/06:  Review and forward email from Rosalie Gray; send email to clients re: conference call (0.25 hrs); TCT Rosalie Gray and email to clients (0.25 hrs)

10/30/06:  Review of Motion to Transfer Assets by debtors; review of email from clients (0.5 hrs); respond to email from clients and forward questions to Rosalie Gray (0.5 hrs)

10/31/06:  Review of client emails and email to Rosalie Gray on tax issues (0.25 hrs)


TIME CHARGED TO CLIENT:        24.25 HOURS @ $150/HR        $ 3,537.50

FLAT FEE (PACER review/ communications)                          200.00

COSTS: (PACER fees)                                              0.00
         (Lexis legal research)                                219.00
         (Postage)                                               0.00
                                                =============
TOTAL (billed to retainer)                           $  4,056.50

RETAINER BALANCE                                     $  1,213.61