**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| _____ ) | | |
| **In Re:** ) | | Case No. 05-03817-3F1 |
| ) | | |
| **WINN-DIXIE STORES, INC, et al.,** ) | | Chapter 11 |
| ) | | |
| **Debtors.** ) | | Jointly Administered |
| _____ ) | | |

**REPONSE OF FUTURISTIC FOODS, INC. TO DEBTOR'S TWENTY-SEVENTH OMNIBUS OBJECTION TO (A) EQUITY CLAIMS, (B) EQUITY DAMAGE CLAIMS, (C) NO LIABILITY CLAIMS, (D) UNLIMITED AND SUPERSEDED CLAIMS, (E) UNLIQUIDATED CLAIMS, (F) OVERSTATED CLAIMS, (G) NO LIABILITY MISCLASSIFIED CLAIM, (H) MISCLASSIFIED CLAIMS**

Futuristic Foods, Inc. by their undersigned counsel, respectfully respond to Debtor's Twenty-Seventh Omnibus Objection to (A) Equity Claims, (B) Equity Damage Claims, (C) No Liability Claims, (D) Amended and Superseded Claim, (E) Unliquidated Claims, (F) Overstated Claims, (G) No Liability Misclassified Claim and (H) Misclassified Claims filed by the above captioned Debtors and Debtors in possession (together, the "Debtors"). In support thereof, Futuristic Foods, Inc. states:

1.      The Debtors are grocery and pharmaceutical retailers operating in the southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners.

2.      On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

3.      Futuristic Foods, Inc. entered into a supplier agreement on July 20, 2003 with the Debtor for the supply of entrée and side dish products to Debtor's retail store locations.  Futuristic Foods, Inc. continued to supply product pursuant to the terms of the contract after Debtor's filing of the Petition.

4.      Debtor filed a Motion to, *inter alia,* reject the contract of Futuristic Foods, Inc. returnable March 9, 2006.  By Order of the same date the Debtor was authorized to reject the contract of Futuristic Foods, Inc. effective March 9, 2006.

5.      As a result of the rejection of the contract, Futuristic Foods, Inc. ceased to supply the products pursuant to the contract.  Debtor's rejection of the contract caused Futuristic Foods, Inc. to suffer substantial damages for Debtor's breach of contract.  In fact, Debtor's breach was so substantial the company could no longer operate and was forced to cease all operations.  Futuristic Foods, Inc. is entitled to a claim for contract rejection damages against Debtor's estate.

6.      Pursuant to the Court's Order dated March 9, 2006 allowing thirty (30) days to file a claim, Futuristic Foods, Inc. filed a Proof of Claim detailing its contract rejection damages in the amount of $3,996,864.

7.      Subsequent to the filing of the Proof of Claim, representatives of the Debtor contacted counsel for Futuristic Foods, Inc. in an attempt to resolve the claim. The attempt to resolve the claim was unsuccessful and Debtor has filed its Twenty-Seventh Omnibus Claims Objection listing Futuristic Foods, Inc. on Exhibit C as a "no liability claim to be disallowed."

8.      It is undeniable that the Futuristic Foods, Inc. contract is an "executory contract" as contemplated by 11 U.S.C. Sec. 365 as it has not yet been fully completed or

preformed.  *See, e.g*. <u>In re W. & L. Associates, Inc.</u>, 71 B.R. 962, 965 (Bankr. E.D. Pa. 1987).  Under the terms of the contract between the parties, the Debtor was obligated to purchase certain quantities of product and Futuristic Foods, Inc. was required to supply the product.  The Debtor's rejection of the contract has caused Futuristic Foods, Inc. to suffer substantial economic harm as set forth in the Proof of Claim.  The Debtors are indebted to Futuristic Foods, Inc. for damages as a result of their breach of contract.

9.    The total calculation of damages suffered by Futuristic Foods, Inc. as set forth in the Exhibits to the Proof of Claim is $3,996,864.14.  Futuristic Foods, Inc. is prepared to provide testimony at a hearing to prove the breach of contract and calculation of damages.

WHEREFORE, Creditor, Futuristic Foods, Inc., by and through undersigned counsel, respectfully requests that the Court enter an Order overruling the Debtors objection with respect to Futuristic Foods, Inc. and deem the claim allowed, and grant the creditor such further relief that equity and justice require.

Dated:  November 29, 2006

DONNA L. THOMPSON, ESQ.            RICE & ROSE, P.A.


By:   s/ Donna L. Thompson            By:   s/ Keith E. Broll
**DONNA L. THOMPSON, ESQ.**            **KEITH E. BROLL**
**Post Office Box 170**            **222 Seabreeze Blvd.**
**Allenwood, NJ 08720**            **Daytona Beach, FL  32118**
**(732) 681-4301**            **(386) 257-1222**
**(732) 681-4301 (facsimile)**            **(386) 258-9694 (facsimile)**
                **Florida Bar #618918**
**dtnjlaw@aol.com**            **keithbroll@riceroselaw.com**
**Co-attorney for Futuristic Foods, Inc.**            **Co-attorney for Futuristic Foods, Inc.**

## CERTIFICATION OF SERVICE

In accordance with the Notice of Hearing in connection with the Objection, I hereby certify that I have served a true and correct copy of the foregoing document on the following party by e-mail, facsimile, and by overnight mail on this 29th day of November:

D.J. Baker, Esq.
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY  10036
(212) 735-2000 (fax)
djbaker@skadden.com

\_\_ s/ Donna L. Thompson_____
**DONNA L. THOMPSON, ESQ.**