UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.

_____/

Jointly Administered
Case No. 3:05-bk-03817-JAF

Chapter 11

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION TO DEBTOR'S 26TH OMNIBUS OBJECTION TO CLAIMS FILED BY ELFERS SQUARE, INC. AND HUDSON SQUARE CENTER, INC.S**

Elfers Square, Inc. and Hudson Square Center, Inc. by and through their undersigned attorney hereby files its Notice of Withdrawal of its Limited Objection to Debtor's 26th Omnibus Objection to Claims (Docket #12774) ("Limited Objection") and hereby makes same a matter of record. The amounts reflected in the Debtor's pleadings are correct and therefore Elfer Square, Inc. and Hudson Square, Inc. withdraws their Limited Objection.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Withdrawal of its Limited Objection to Debtor's 26th Omnibus Objection to Claims has been furnished by Electronic Filing and/or U.S. Mail this 29th day of November, 2006, to **Cynthia C. Jackson, Esq.**, Smith Hulsey & Busey, 225 Water St. Ste 1800, Jacksonville, FL 32202; **U.S. Trustee**, 135 W. Central Blvd., Ste 620, Orlando, FL 32801.

MORSE & GOMEZ, P.A.

   /s/ Alberto F. Gomez, Jr.
ALBERTO F. GOMEZ JR.
Florida Bar No. 784486
119 South Dakota Avenue
Tampa, Florida 33606
Telephone: (813) 301-1000
Facsimile: (813) 301-1001
E-mail: agomez@morsegomez.com
Attorneys for Creditors

F:\Shared Office Files\goss\Hudson Square\Pleadings\Not-W-draw-Ltd-Obj.doc