UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS**
**TO BE HELD ON NOVEMBER 30, 2006**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda of matters to be heard on November 30, 2006 at 1:00 p.m.:

**A.    Uncontested Matters**

1.   *Debtors' Motion for Approval of Settlement with XL Insurance America, Inc. and Marsh USA, Inc (Docket No. 12444)*

Objection Deadline:   Expired.

Objections:   No objections have been filed.

Status:   The Debtors will proceed with the Motion.

2.   *Motion for Order Approving Settlement and Compromise with Ohio Casualty Insurance Company (Docket No. 12465)*

Objections Deadline:   Expired.

Objections:   No objections have been filed.

Status:   The Debtors will proceed with the Motion.

B.  **Contested Matters**

1.  *Debtor's Twenty-Fifth Omnibus Objection to (A) Duplicate Liability Claims, (B) Amended and Superseded Claims, (C) No liability Claims, (D) No Liability Misclassified Claims, (E) Overstated Claims, (F) Overstated Misclassified Claims, (G) Unliquidated Claims, (H) Misclassified Unliquidated Claim, (I) Executory Contract Claims and (J) Late Claims (Docket No. 12274)*

    Response Deadline:   Expired.

    Responses:       (a)   Georgia Dept. of Community Health (Docket No. 12368);

                     (b)   Woodland Hartford Associates (Docket No. 12664);

                     (c)   Jefferson-Pilot Life Insurance Co. (Docket No. 12669);

                     (d)   Porcupine WD5, LLC (Docket No. 12677);

                     (e)   Alvin B. Chan Family L.P.'s (Docket No. 12712); and

                     (f)   Randy Roark (Docket No. 12713).

    Status:          The Debtors have agreed to continue the hearing on the Objection as to all claimants who have filed a response until December 14, 2006. The Debtors will proceed with the Objection as to the remaining claims.

2.  *Debtors' Twenty-Sixth Omnibus Objection to Claims Arising From Unexpired Leases of Non-Residential Real Property (I) That Have Been Assumed, (II) That Have Been Assumed and Assigned, or (III) That are the Subject of Lease Termination Agreements (Docket No. 12281)*

    Response Deadline:   Expired.

    Responses:       (a)   Tiger Crossing (Docket Nos. 12531 and 12535);

(b) Mobley Family Partnership (Docket No. 12533)

(c) Gardens Park Plaza (Docket No. 12614);

(d) Gordon P. Konrad (Docket No. 12620, Stricken by Docket No. 12640);

(e) Shades Creek Partners (Docket No. 12742);

(f) MCW-RC-FL-Highlands, LLC (Docket No. 12744);

(g) Beach Walk Centre II (Docket No. 12763);

(h) Crestview, LLC (Docket No. 12764),

(i) Riley Place, LLC (Docket No. 12765);

(j) Ted Glasrud Associates of Deland, FL, Inc. (Docket No. 12771);

(k) Sarria Enterprises, Inc., et al. (Docket No. 12768);

(l) Elfer Square, Inc., et al. (Docket No. 12774, Withdrawn (Docket No. 12860);

(m) Inland Southside Countryside (Docket No. 12775);

(n) TA/Western, LLC (Docket No. 12776);

(o) Selma Highway 80 Venture II Joint Venture (Docket No. 12788);

(p) Evangeline Life Insurance Co. (Docket No. 12789);

(q) Heritage Property Investment Trust (Docket No. 12817);

(r) Warehouse Holdings (Docket No. 12823); and

(s) Daniel G. Kamin (Docket No. 12835).

Status: The Debtors have agreed to continue the hearing on the Objection as to all claimants who have filed a response until further notice. The Debtors will proceed with the Objection as to the remaining claims.

3

3. *Debtors' Objection to Late Filed and Disputed Ad Valorem Claims and Motion to Allow Remaining Claims Subject to Setoff (Docket No. 12276)*

Response Deadline: Expired.

Responses: (a) City of Norfolk Treasurer (Docket No. 12343); and

(b) Taylor County Tax Collector (Docket No. 12766).

Status: The Debtors will continue the Objection as to the responses filed by the City of Norfork Treasure and the Taylor County Tax Collector. The Debtors will proceed with the Objection as to all other remaining claims.

4. *Twentieth Omnibus Objection to (a) Duplicate Different Debtor Claims and (b) Duplicate Liability Claims (Docket No. 10742)*

Response Deadline: Expired.

Reponses: (a) LEC Properties, Inc. and PC Properties, LLC (Docket No. 11076);

(b) Genoa Associates, LLC (Docket No. 11304);

(c) Greenville Grocery, LLC (Docket No. 11362);

(d) Saran, Ltd. (Docket No. 11414);

(e) Catamount Atlanta, LLC (Docket No. 11442);

(f) Catamount LS-KY, LLC (Docket No. 11443);

(g) Catamount Rockingham, LLC (Docket No. 11444);

(h) Deutsche Bank Trust Company Americas (Docket No. 11449);

(i) Knightsdale Crossing, LLC (Docket No. 11451);

(j) E&A Financing II, LP, et al. (Docket No. 11470);

(k) Achilles Realty Company (Docket No. 11476);

4

|   |   |   |
|---|---|---|
| | (l) | CPM Associates, L.P. (Docket No. 11480); |
| | (m) | Hillcrest GDS, LLC (Docket No. 11482); |
| | (n) | Liquidity Solutions, Inc. (Docket No. 11487); |
| | (o) | WD MT Carmel, LLC, et al. (Docket No. 11488); |
| | (p) | Arnobo Associates Partnership (Docket No. 11490); |
| | (q) | Merrill Lynch LP Holdings, Inc. (Docket Nos. 11493, 11496 and 11498); |
| | (r) | George D. Zamias (Docket No. 11494); and |
| | (s) | Merrill Lynch, Pierce, Fenner & Smith, Inc. (Docket No. 11499). |

Status: The Court heard this Objection on October 5, 2006 and sustained the Objection as to all creditors who did not file a response. The Debtors will proceed with the Objection as to the unresolved responses.

5. *Twenty-Fourth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Overstated Claims, (D) Overstated Misclassified Claims, (E) Misclassified Claims, (F) Duplicate Liability Claims and (G) Amended and Superseded Claims (Docket No. 11946)*

Response Deadline: Expired.

|   |   |   |
|---|---|---|
| Reponses: | (a) | Trust Under the Will of Edna Hill Meeker (Docket No. 12251) (Stricken by Docket No. 12263); |
| | (b) | Bennett M. Lifter (Docket No. 12341); |
| | (c) | Chester Dix Fort Corporation (Docket No. 12345); |
| | (d) | Chester Dix Jeffersontown Corp. (Docket No. 12347); |
| | (e) | United Commercial Mortgage Corp. (Docket No. 12348); |
| | (f) | Gator Coastal Shopping Centre, LLC (Docket No. 12362); |
| | (g) | Jefferson Pilot Life Insurance Company (Docket Nos. 12365, 12367 and 12398); |

(h) Jefferson-Pilot Financial Insurance Co. (Docket No. 12366);

(i) Wells Fargo Bank Northwest (Docket No. 12372);

(j) Pro-Active Janitorial Services, Inc. (Docket No. 12375);

(k) AlecAshton Richmond, LLC (Docket No. 12376);

(l) Palm Lakes, LLC (Docket No. 12378);

(m) First National Bank of Granbury (Docket No. 12382) (Stricken by Docket No. 12422);

(n) Bottling Group, LLC d/b/a The Pepsi Bottling Group (Docket No. 12383);

(o) DBT Porcupine WD1 Delaware Business Trust (Docket No. 12385);

(p) WD MT Carmel, LLC (Docket No, 12386);

(q) Daniel G. Kamin (Docket No. 12387);

(r) Southland-Waco W.D., et al. (Docket No. 12390);

(s) Kirkland Financial, LLC (Docket No. 12396);

(t) WD Hilliard LLC (Docket No. 12446); and

(u) U.S. Bank National Association (Docket No. 12460).

Status:  The Court heard this Objection on November 16, 2006 and sustained the Objection as to all creditors who did not file a response. The Debtors request that the hearing on the unresolved responses be continued to December 14, 2006.

  6. *Motion (i) for Authority to Reject Non-Residential Real Property Leases, (ii) to Establish Bar Date for Any Rejection Damage Claims, and (iii) Granting Related Relief (Docket No. 10823)*

   Objection Deadline: Expired.

   Objections: Bundy New Orleans Co., LLC (Docket No. 11306).

   Status: The Court heard the Motion on September 21, 2006 and granted the Motion authorizing the Debtors to reject the leases for stores 1403, 1434 and 1437. The Debtors and the Movant have agreed to continue the hearing until December 14, 2006 as to Store No. 1417.

  7. *Case Management Conference on Debtors' Objection to Claim Filed by United States Department of Health and Human Services (Claim No. 10662) (Docket No. 5872)*

   Objection Deadline: Expired.

   Objections: United States Department of Health and Human Services (Docket No. 9880).

   Status: The Debtors will proceed with the case management conference.

Dated: November 29, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By *s/ D. J. Baker*<br>  D. J. Baker<br>  Sally McDonald Henry<br>  Rosalie Walker Gray | By *s/ Cynthia C. Jackson*<br>  Stephen D. Busey<br>  James H. Post<br>  Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00550106