# EXHIBIT A

**ITEMIZED DESCRIPTION OF SERVICES PERFORMED AND EXPENSES INCURRED
BY DLA PIPER US LLP DURING THE PERIOD
FROM MARCH 7, 2006 THROUGH OCTOBER 31, 2006 (BY INVOICE)**



*Fed ID#52-0616490*

**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T**  410.580.3000
**F**  410.580.3001
**W**  www.dlapiper.com

Winn-Dixie Ad Hoc Trade Committee
Attn: Janice L. Duban
DLA Piper Rudnick Gray Cary US LLP
203 N. LaSalle St., Suite 1900
Chicago, IL  60601 USA

May 26, 2006
Invoice #  1826208

   **Matter Number:  314262-000001**
   **Matter Name:    Trade Bankruptcy Issues**

For Legal Services Rendered Through March 31, 2006

For Winn-Dixie Ad Hoc Trade Committee

| | | | Hours |
|---|---|---|---|
| 03/07/06 T. Califano | Teleconference with Joe O'Connor, review of documents, teleconference with Committee Counsel. | | 2.50 |
| 03/08/06 M. Maldonado | WINN DIXIE PRO HAC MOTIONS, etc. | | 2.40 |
| 03/10/06 T. Califano | Teleconference with Friedman, Borow, Joe O'Connor, teleconference with Carrigan, review of 503(b)(6) substantial consolidation under 11 Civ. Law. | | 2.00 |
| 03/11/06 T. Califano | Respond to Koltai email. | | .50 |
| 03/11/06 T. Califano | Review of case re: substantial consolidation. | | 1.50 |
| 03/13/06 M. Maldonado | Research, print out of documents and files for WINN DIXIE. | | 1.60 |
| 03/17/06 D. Carrigan | Examine and evaluate pleadings and analysis regarding Winn Dixie exclusivity extension and proposed plan, possible substantive consolidation proposal, and possible opposition by trade and trade lien creditors. | | .25 |



**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T**  410.580.3000
**F**  410.580.3001
**W**  www.dlapiper.com

Fed ID#52-0616490

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1826208                                                    Page    2


| 03/20/06 T. Califano | Conference call re: ad hoc committee; review of recent filings. | 1.10 |
|---|---|---|
| 03/20/06 J. Johnson | Teleconference with T. Califano; M. Friedman and J. Duban re: ad hoc committee structure. | .40 |
| 03/20/06 J. Duban | Communications M. Friedman and T. Califano regarding engagement and draft engagement letter. | 1.00 |
| 03/21/06 M. Friedman | (Winn-Dixie) Telephone conferences with Mr. Califano regarding effort to expand Ad Hoc Group; telephone conference with bondholders regarding group expansion; preparation of submission to meet with bondholders regarding expansion of Ad Hoc Group; preliminary analysis of substantive consolidation issues. | 2.80 |
| 03/21/06 T. Califano | Ad Hoc Committee call, preparation of memo. | 2.50 |
| 03/22/06 M. Friedman | (Winn-Dixie) Preparation of Bankruptcy Rule 2019 and supplemental statements; email exchange with Ms. Duban and Mr. Califano regarding Ad Hoc Committee organization; email exchanges with Mr. Barr in preparation of information and solicitation from trade vendors and original Ad Hoc Group; consideration for initial approach on substantive consolidation and organization of Ad Hoc analysis of previous Winn-Dixie compilation material on operations. | 3.75 |

Serving clients globally



**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T**  410.580.3000
**F**  410.580.3001
**W** www.dlapiper.com

Fed ID#52-0616490

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1826208                                                    Page    3


| 03/22/06 S. Shishkova | Review Edgar for Winn-Dixie SEC filings within the last year (2.00); research court filings regarding substantive consolidation (2.00); prepare Winn-Dixie contact sheet (1.50)(in re: Winn-Dixie Ad Hoc Committee). | 5.50 |
|---|---|---|
| 03/22/06 T. Califano | Emails with client, prepare for meeting, teleconference with FTI. | 2.20 |
| 03/22/06 V. Roldan | Winn Dixie phone call with Temes, Califano re: strategy. | .30 |
| 03/22/06 V. Roldan | Winn Dixie - research substantive consolidation issues, review public filings, other documents. | 9.20 |
| 03/22/06 D. Temes | Winn-Dixie Ad Hoc Committee: review SEC Filings, Schedules, SOFAs and pleadings. | 8.70 |
| 03/22/06 M. Maldonado | WINN DIXIE AD HOC Committee appointment, going through files and putting together Summary of Schedules and current officers, shareholders. | 5.70 |
| 03/22/06 S. Dorsett | Confer with Mr. Friedman regarding Supplemental Verified Statement; review electronic filing and service procedures; electronically file Supplemental Verified Statement. | .80 |
| 03/22/06 J. Duban | Engagement letter revisions and e-mail to putative trade members regarding engagement letter and participation, and first scheduled Ad Hoc conference call; commence preliminary draft of by-laws; | 1.30 |



**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T**   410.580.3000
**F**   410.580.3001
**W**   www.dlapiper.com

Fed ID#52-0616490

Winn Dixie Ad Hoc Trade Committee
Invoice #  1826208                                             Page     4

|  |  |  |
|---|---|---|
|  | confer M. Friedman regarding same and strategic issues. |  |
| 03/23/06 M. Friedman | (Winn-Dixie) Participation in initial Ad Hoc meeting; extended telephone conference with Matt Barr and other Milbank lawyer regarding substantive consolidation issue; email to clients and prospective clients and Ad Hoc Group regarding report on discussion with Matt Barr; review of preliminary information compiled at outset of case regarding substantive consolidation; consideration of initial strategy. | 3.25 |
| 03/23/06 S. Shishkova | Update contact sheet (in re: Winn-Dixie Ad Hoc Committee). | .20 |
| 03/23/06 T. Califano | Prepare for and attendance on conference call, review of outline. | 2.50 |
| 03/23/06 V. Roldan | Winn Dixie - revise memo outline on substantive consolidation. | 4.30 |
| 03/23/06 V. Roldan | Winn Dixie - attend to memo, attend meeting with committee. | 3.00 |
| 03/23/06 V. Roldan | Winn Dixie - prepare 2004 Application. | 1.00 |
| 03/23/06 D. Temes | Winn-Dixie Ad Hoc Committee: Research and prepare memo on factual basis for consolidation. | 4.30 |
| 03/23/06 J. Duban | Complete preliminary draft of by-laws and circulate; review agenda for conference call; participate in Ad Hoc initial conference call; subsequent communications M. Friedman | 4.40 |

**Serving clients globally**



**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T**  410.580.3000
**F**  410.580.3001
**W** www.dlapiper.com

*Fed ID#52-0616490*

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1826208                                                    Page      5

|            |              |                                                                                                                                                                                                                        |      |
|------------|--------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|
|            |              | regarding conference with M. Barr for OCUC; discussion of administrative issues with T. Califano; extended telephone conference and e-mail Unilever regarding Ad Hoc joinder.                                             |      |
| 03/24/06   | M. Friedman  | (Winn-Dixie) Email exchanges regarding establishment of Ad Hoc Committee and initial strategies.                                                                                                                        | .75  |
| 03/24/06   | S. Shishkova | Review court docket for list of members of retiree committee in re: Delta Airlines.                                                                                                                                     | .40  |
| 03/24/06   | T. Califano  | Teleconference with financial advisors, review of Lovel sub con pleadings, revisions to outline of sub con issues, review of recent pleadings, teleconference with Koltai and Friedman, memo re: committee, meeting with Eisenneger re: financial history memo and discovery issues. | 2.50 |
| 03/24/06   | E. Eisenegger| Obtain and review SEC filings on Winn-Dixie.                                                                                                                                                                            | 4.20 |
| 03/24/06   | V. Roldan    | Winn Dixie - Draft 2004 Application.                                                                                                                                                                                    | 2.00 |
| 03/24/06   | V. Roldan    | Phone calls with Califano, Johnson re: strategy.                                                                                                                                                                        | .30  |
| 03/24/06   | M. Maldonado | WINN DIXIE RESEARCH                                                                                                                                                                                                     | 1.30 |
| 03/24/06   | J. Duban     | Monitor e-mail communications regarding Barr (OCUC) conference with M. Friedman; lengthy conference with R. Payne regarding SCJ participation as member and steering committee member; e-mail                            | 1.80 |

**Serving clients globally**



**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T**  410.580.3000
**F**  410.580.3001
**W**  www.dlapiper.com

*Fed ID#52-0616490*

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1826208                                              Page      6

|  |  |  |  |
|---|---|---|---|
|  |  | communications Kraft regarding engagement letter, and revise same to delete undecided governance provision; re-transmit engagement letter to putative trade members; e-mail communications T. Califano and M. Friedman regarding governance and voting issues, and engagement letter; ; extended conference counsel for Pfizer in Fleming regarding Ad Hoc joinder. |  |
| 03/25/06 | E. Eisenegger | Review of SEC filings of Winn-Dixie; research Winn-Dixie subsidiary public information and operations information; drafting of memorandum regarding Winn-Dixie substantive consolidation issues. | 4.00 |
| 03/26/06 | M. Friedman | Review emails and status concerning formation of Ad Hoc and initial strategy. | .65 |
| 03/26/06 | E. Eisenegger | Review of SEC filings of Winn-Dixie; research Winn-Dixie subsidiary public information and operations information; drafting of memorandum regarding Winn-Dixie substantive consolidation issues. | 3.00 |
| 03/26/06 | V. Roldan | Winn Dixie - Draft 2004 Application. | 1.70 |
| 03/27/06 | M. Friedman | Email exchanges with Ms. Duban regarding members of Ad Hoc Group; meeting with Mr. Califano regarding development of strategy; consideration and development of initial strategy; preparation for interview of financial consultants; review of Guliani and FTI materials; email to client representatives in view of | 7.50 |



**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T**   410.580.3000
**F**   410.580.3001
**W**  www.dlapiper.com

*Fed ID#52-0616490*

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1826208                                                        Page      7

| | | | |
|---|---|---|---|
| | | financial consultants; initial planning meeting with FTI representatives; telephone messages to Jan Baker and Sally Henry; email exchanges with Ms. Duban and Mr. Califano; review substantive consolidation case law material in consideration of initial strategy. | |
| 03/27/06 | S. Shishkova | Research papers in opposition to substantive consolidation (1.50); review chart of officers for accuracy (.50) (in re: Winn-Dixie Ad Hoc Committee). | 2.00 |
| 03/27/06 | T. Califano | Teleconference with Miller and Ventricelli. meeting with Friedman, teleconference with Koltai, teleconference with Scott Friedman, prepare for meeting, review of Eisenneger memo, attendance at meeting, review of prospectus for 2001 notes. | 6.50 |
| 03/27/06 | E. Eisenegger | Meetings with Califano regarding research findings; edits to memo; review of Indentures for substantive consolidation issues; review of Indentures respecting restrictions on subsidiary consolidation. | 4.30 |
| 03/27/06 | V. Roldan | Winn Dixie - Meeting with Califano, Temes. | .50 |
| 03/27/06 | V. Roldan | Winn Dixie - Attend to 2004 Application, substantive consolidation issues. | 1.30 |

**Serving clients globally**



**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T**   410.580.3000
**F**   410.580.3001
**W**   www.dlapiper.com

Fed ID#52-0616490

Winn Dixie Ad Hoc Trade Committee
Invoice #  1826208                                              Page     8

| | | |
|---|---|---|
| 03/27/06 V. Roldan | Winn Dixie - Research substantive consolidation, review financial advisor analysis, draft 2004 Application. | 3.00 |
| 03/27/06 V. Roldan | Winn Dixie - revise 2004 Application. | 2.30 |
| 03/27/06 D. Temes | Background research and prepare charts; conduct legal research. | 4.55 |
| 03/27/06 M. Maldonado | Print out of 10Q's for WINN DIXIE PRO HOC. | 1.80 |
| 03/27/06 J. Duban | Briefly review Giulliani and FTI presentation materials; communications Giulliani presenters regarding Ad Hoc Committee composition and position of Kraft on OCUC; counter-execute and arrange for transmittal of engagement letters; extended e-mail communication to Unilever in support of Ad Hoc Committee joinder; extended telephone conference counsel to Pfizer in support of Ad Hoc Committee joinder; same with Silver Point Capital; confer M. Friedman regarding tactical approach to pre-Plan actions, and alternatives thereto; additional conversation credit director Unilever HPC regarding joinder; participate in Ad Hoc Committee meeting, including financial adviser presentations and selection; subsequent e-mail to trade members of Ad Hoc Committee regarding results. | 5.40 |



**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T**   410.580.3000
**F**   410.580.3001
**W**  www.dlapiper.com

Fed ID#52-0616490

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1826208                                          Page     9

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 03/28/06 | M. Friedman | Telephone conference with Mr. Baker regarding status and position of Ad Hoc Trade Committee; draft email to Ad Hoc Group regarding conference with Mr. Baker; email exchange with Ms. Henry regarding same; telephone conference and email to Ms. Duban regarding organizational matters; telephone conference and email to Mr. Califano regarding organizational matters; review substantive law article on nonconsolidation; consideration of initial strategy and review of prospectus. | 4.20 |
| 03/28/06 | S. Shishkova | Update contact sheet in re: Winn-Dixie Ad Hoc Committee (.30). | .30 |
| 03/28/06 | T. Califano | Teleconference with Koltai re: meeting and financials. Teleconference with John Brecker re: committee. Teleconference with Andrew Kurtz re: joining committee. Teleconference with Robert Minkoff re: joining committee; teleconference with Friedman re: next steps; review of Winn Dixie website information; review and revise Roldan memo. | 4.50 |
| 03/28/06 | V. Roldan | Winn-Dixie - Revise 2004 Application. | 1.70 |
| 03/28/06 | V. Roldan | Winn-Dixie - Draft memo to committee on substantive consolidation issues. | 3.30 |
| 03/28/06 | V. Roldan | Winn-Dixie - Attend to substantive consolidation research. | .50 |

**Serving clients globally**



**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T**   410.580.3000
**F**   410.580.3001
**W**  www.dlapiper.com

Fed ID#52-0616490

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1826208                                    Page    10

| | | |
|---|---|---|
| 03/28/06 V. Roldan | Winn-Dixie - Revise substantive consolidation memo, research legal issues. | 3.50 |
| 03/28/06 V. Roldan | Winn-Dixie - Read indenture prospectus. | 1.70 |
| 03/28/06 V. Roldan | Winn-Dixie - Read Owens-Corning. | .50 |
| 03/28/06 D. Temes | Winn Dixie Ad Hoc Committee: Research and draft memo to Committee Members. | 7.20 |
| 03/28/06 J. Duban | Monitor e-mails regarding communications with other constituencies and debtor's agreement regarding document production; communications Silver Point and colleagues regarding EBF & Associates as putative Ad Hoc member; communications regarding joinder of A. Gordon and Long Acre. | .90 |
| 03/29/06 M. Friedman | (Winn-Dixie) Telephone conference with Mr. Califano and Ms. Duban; work on strategic outline; review material accumulated; review status of bylaws; preliminary review of confidentiality agreement; initial review of substantive consolidation memorandum. | 3.40 |
| 03/29/06 T. Califano | Revision to memo, teleconference with John Brecker; teleconference with Dan Ventricelli and Simms, revisions to confidentiality agreement, teleconference with Contrian; teleconference with Kuntz from DellaCamera, teleconference with Koltai, teleconference with LSI, Robert Minkoff; teleconference with Steve | 5.00 |

Serving clients globally



**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T**   410.580.3000
**F**   410.580.3001
**W**  www.dlapiper.com

*Fed ID#52-0616490*

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1826208                                          Page    11


|  |  |  |  |
|---|---|---|---|
|  |  | Neir. |  |
| 03/29/06 | V. Roldan | Winn Dixie - Revise substantive consolidation memo, research Owens Corning and other case law. | 6.00 |
| 03/29/06 | V. Roldan | Winn Dixie - Finalize substantive consolidation memo. | 1.50 |
| 03/29/06 | V. Roldan | Winn Dixie - Finalize 2004 Application. | 2.50 |
| 03/29/06 | D. Temes | Winn Dixie Ad hoc Committee: Revise memo to Committee Members. | 6.70 |
| 03/29/06 | D. Temes | Winn Dixie Ad hoc Committee: Attention to contact list. | .40 |
| 03/29/06 | J. Duban | Attend to team strategy e-mails; attend to team e-mails regarding Subcon facts (website of company); same regarding by-laws; review and revise Company Confidentiality Agreement and communications M. Friedman and T. Califano regarding same; recommendations for necessary by-law provisions. | 2.80 |
| 03/30/06 | M. Friedman | (Winn-Dixie) Work on revisions to confidentiality agreement; email exchanges with Skadden regarding same; email exchanges with Ms. Duban regarding same; conference with Mr. Califano regarding same; draft revisions to bylaws; discussion with Mr. Califano regarding prospectus; conference call with Mr. Califano and Ms. Duban; work on strategic outline. | 6.00 |



**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T**  410.580.3000
**F**  410.580.3001
**W**  www.dlapiper.com

Fed ID#52-0616490

Winn-Dixie Ad Hoc Trade Committee
Invoice # 1826208                                                    Page    12

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 03/30/06 | T. Califano | Revision to memo, meeting with Friedman re: procedures and documents, revisions to bylaws and engagement letter, review of publicly filed documents, teleconference with Ventricelli. | 4.20 |
| 03/30/06 | E. Eisenegger | Review of Roldan memorandum and commenting thereto. | 1.00 |
| 03/30/06 | V. Roldan | Winn Dixie - Attend to 2004 Application, substantive consolidation memo. | 1.30 |
| 03/30/06 | V. Roldan | Winn Dixie - Read indenture. | .50 |
| 03/30/06 | V. Roldan | Winn Dixie - Attend to comments to memo, confidentiality agreement. | 1.00 |
| 03/30/06 | V. Roldan | Winn Dixie - Research elements of substantive consolidation re: guarantees. | 1.00 |
| 03/30/06 | V. Roldan | Winn Dixie - Revise substantive consolidation memo. | 1.80 |
| 03/30/06 | D. Temes | Winn Dixie Ad hoc Committee: Review 2004 Application and Research for Memo to Committee members. | 3.05 |
| 03/30/06 | J. Duban | Communications S. Schirmang regarding engagement letter and other issues; strategy conference with T. Califano and M. Friedman regarding M. Friedman's bullet point compilation of initial and subsequent inquiries for scope of engagement; review and revise associate-draft of Subcon law and issue memorandum; provide input regarding confidentiality agreement and entity list; e-mail | 3.40 |

Serving clients globally



**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T** 410.580.3000
**F** 410.580.3001
**W** www.dlapiper.com

Fed ID#52-0616490

Winn-Dixie Ad Hoc Trade Committee
Invoice # 1826208

Page    13

| | | | |
|---|---|---|---|
| | | Ad Hoc group regarding Confidentiality Agreement. | |
| 03/31/06 | M. Friedman | Work on final revisions to bylaws; meeting with representative of FTI; review substantive nonconsolidation memo; make notations regarding same; meeting with Mr. Califano regarding strategy; email exchanges with Ad Hoc members for bylaws. | 5.00 |
| 03/31/06 | S. Shishkova | Review and Index produced documents (3.00); attend to scheduling matters (.10) (in re: Winn-Dixie Ad-Hoc Committee). | 3.10 |
| 03/31/06 | T. Califano | Review of Skadden documents, meeting with FTI, revisions to memo, teleconference with Joe O'Connor, conference call with Fred Lewis work on discovery request, conference call with Sandy Heug, meeting with Friedman. | 4.50 |
| 03/31/06 | V. Roldan | Winn Dixie - Document review, meetings with FTI, Califano. | 4.00 |
| 03/31/06 | V. Roldan | Winn Dixie - Finalize memo, revise 2004 document request list, review documents produced. | 3.00 |
| 03/31/06 | D. Temes | Winn Dixie Ad hoc Committee: Revise Memo to Committee Members. | .80 |
| 03/31/06 | J. Duban | Communications with clients regarding responses to Confidentiality Agreement; final revisions and corrections to by-laws and e-mail colleagues regarding recommendations; | 3.30 |

Serving clients globally



**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T**   410.580.3000
**F**   410.580.3001
**W**  www.dlapiper.com

*Fed ID#52-0616490*

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1826208

Page    14

communications General Mills and
Nestle regarding joinder; monitor
communications regarding by-laws
and exclusivity extension;
conference T. Califano regarding
document production and telephone
conference with S. Henry regarding
Debtors' Subcon position; field
questions from trade members
regarding appropriate GUC amount
for by-laws; communications S.
Schirmang and T. Califano
regarding putative claim buyer
member; review and comment upon
near-final draft of Subcon memo.

Professional Charges This Matter              $113,925.75

Total Due for Professional Charges          $113,925.75

### T I M E K E E P E R   S U M M A R Y

| TIMEKEEPER | TITLE | HOURS | RATE | FEES |
|---|---|---|---|---|
| T. Califano | Partner | 42.00 | 650.00 | 27,300.00 |
| M. Friedman | Partner | 37.30 | 570.00 | 21,261.00 |
| D. Carrigan | Partner | .25 | 525.00 | 131.25 |
| J. Duban | Partner | 24.30 | 510.00 | 12,393.00 |
| J. Johnson | Associate | .40 | 485.00 | 194.00 |
| V. Roldan | Associate | 62.70 | 485.00 | 30,409.50 |
| E. Eisenegger | Associate | 16.50 | 475.00 | 7,837.50 |
| D. Temes | Associate | 35.70 | 295.00 | 10,531.50 |
| M. Maldonado | Associate | 12.80 | 225.00 | 2,880.00 |
| S. Dorsett | Project Assist. | .80 | 85.00 | 68.00 |



**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T**  410.580.3000
**F**  410.580.3001
**W**  www.dlapiper.com

*Fed ID#52-0616490*

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1826208                                        Page    15


| S. Shishkova | Project Assist. | 11.50 | 80.00 | 920.00 |
|---|---|---|---|---|
| | TOTALS | 244.25 | | 113,925.75 |


Disbursements and Other Charges:

| | | |
|---|---|---|
| 02/21/06 | Duplicating | 5.55 |
| 03/23/06 | Duplicating | 16.80 |
| 03/23/06 | Duplicating | 8.40 |
| 03/28/06 | Duplicating | .75 |
| 03/29/06 | Duplicating | 12.75 |
| 03/29/06 | Duplicating | 2.70 |
| 03/31/06 | Duplicating | 18.30 |

| | |
|---|---|
| Subtotal Disbursements and Related Expenses | $65.25 |
| Total Fees and Disbursements | $113,991.00 |
| Total Matter Current Balance | $113,991.00 |



*Fed ID#52-0616490*

**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T**  410.580.3000
**F**  410.580.3001
**W**  www.dlapiper.com

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1826208

Page    16

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees this Invoice | $113,925.75 |
| Total Disbursements and Other Charges this Invoice | $65.25 |
| Total Invoice Balance | $113,991.00 |

Serving clients globally



*Fed ID#52-0616490*

**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T**  410.580.3000
**F**  410.580.3001
**W**  www.dlapiper.com

Winn-Dixie Ad Hoc Trade Committee
Attn: Janice L. Duban
DLA Piper Rudnick Gray Cary US LLP
203 N. LaSalle St., Suite 1900
Chicago, IL  60601 USA

May 26, 2006
Invoice #  1826208

## REMITTANCE ADVICE

| | |
|---|---|
| Total Fees this Invoice | $113,925.75 |
| Total Disbursements and Other Charges this Invoice | $65.25 |
| Total Invoice Balance | $113,991.00 |

PLEASE REMIT TO THE LOCKBOX ADDRESS BELOW:

DLA PIPER RUDNICK GRAY CARY US LLP
5266 PAYSPHERE CIRCLE
CHICAGO, IL 60674

314262
J. Duban

Serving clients globally



*Fed ID#52-0616490*

**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T**  410.580.3000
**F**  410.580.3001
**W**  www.dlapiper.com

Winn-Dixie Ad Hoc Trade Committee
Attn: Janice L. Duban
DLA Piper Rudnick Gray Cary US LLP
203 N. LaSalle St., Suite 1900
Chicago, IL  60601 USA

May 26, 2006
Invoice #  1826211

   **Matter Number:   314262-000001**
   **Matter Name:     Trade Bankruptcy Issues**

   For Legal Services Rendered Through April 30, 2006

   For Winn-Dixie Ad Hoc Trade Committee

|  |  | Hours |
|---|---|---|
| 04/01/06 V. Roldan | Attend to sale motion for Bahamas entity. | .50 |
| 04/01/06 V. Roldan | Review documents produced by Debtors. | 6.00 |
| 04/02/06 T. Califano | Review of litigation claims motion. | .40 |
| 04/02/06 T. Califano | Review of claims list for additional transferees. | .50 |
| 04/02/06 T. Califano | Teleconference with Mark Friedman re: strategy. | .50 |
| 04/02/06 T. Califano | Review of X-Roads summary response. | 1.50 |
| 04/02/06 V. Roldan | Attend to documents produced. | 2.80 |
| 04/03/06 M. Friedman | Telephone conference with Ms. Duban and Ms. Schirmang regarding meeting of Committee; work on evidentiary and analysis matters; prepared report of W-D. | 1.60 |
| 04/03/06 T. Califano | Teleconference with Mark Friedman re: request for Haskin, teleconference with Andrew Kurtz, teleconference with Robert Koltai, teleconference with John Brecker, teleconference with Rob Cohen re: | 3.00 |

**Serving clients globally**



**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T** 410.580.3000
**F** 410.580.3001
**W** www.dlapiper.com

*Fed ID#52-0616490*

Winn-Dixie Ad Hoc Trade Committee
Invoice # 1826211

Page    2

| | | | |
|---|---|---|---|
| | | claims, review of documents, meeting with FTI. | |
| 04/03/06 | V. Roldan | Attend to 2004 request, index of documents. | 2.00 |
| 04/03/06 | V. Roldan | Luncheon meeting with Califano and FTI. | .70 |
| 04/03/06 | V. Roldan | Draft 2004 Application for underwriters. | 1.20 |
| 04/03/06 | V. Roldan | Begin work on sub con memo, review 2004 Application. | 2.50 |
| 04/03/06 | V. Roldan | Research sub con cases. | 1.00 |
| 04/03/06 | D. Temes | Research issues relating to claims trading and substantive consolidation. | 2.15 |
| 04/03/06 | J. Duban | Several communications S. Schirmang regarding Subcon issues; communications General Mills and Nestle regarding Ad Hoc joinder. | .50 |
| 04/04/06 | M. Friedman | Telephone conferences with Mr. Huffard regarding negotiations; telephone conference with Mr. Barr regarding same; email exchange with Mr. Califano and Ms. Duban; review substantive consolidation analysis of Winn-Dixie; notations regarding same in preparation for establishing substantive consolidation proofs; telephone conference with Mr. Califano and representatives of FTI regarding discovery approach. | 5.75 |
| 04/04/06 | S. Shishkova | Lexis Research. | .50 |



**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T**  410.580.3000
**F**  410.580.3001
**W**  www.dlapiper.com

Fed ID#52-0616490

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1826211                                           Page     3

| | | | |
|---|---|---|---|
| 04/04/06 | T. Califano | Committee conference call, revisions to motion; teleconference with members, review of Friedman memo, finalization of agreement. | 4.00 |
| 04/04/06 | W. Coleman | Assist in research re Supreme Court cases. | .80 |
| 04/04/06 | V. Roldan | Read purchase agreement. | 1.20 |
| 04/04/06 | V. Roldan | Draft 2004 exam-noteholders. | .50 |
| 04/04/06 | V. Roldan | Research sub con issues. | 1.90 |
| 04/04/06 | V. Roldan | Read sub con pleadings in K-Mart, Loral. | 1.30 |
| 04/04/06 | D. Temes | Research Substantive Consolidation: Legal (2.5); Review Pass-Through Trust (.3); Prospectus (1); Indenture (.3). | 4.15 |
| 04/04/06 | M. Maldonado | Attend to preparing documents for D.Temes, on Sub Con. | 1.70 |
| 04/04/06 | J. Duban | Confer M. Friedman regarding Trade Members' GUC's and conversation with F. Huffard of Blackstone; discussions Ad Hoc Members and M. Friedman regarding OCUC Subcommittee meeting and review and revise M. Friedman e-mail regarding same; e-mails Kraft and GMI regarding by-laws and claim amount; same regarding Nestle. | 1.30 |
| 04/05/06 | M. Friedman | Analysis of prospectus and substantive consolidation materials provided by Debtors; email exchange with Mr. Califano regarding same; telephone conference with Ms. Duban | 2.75 |

Serving clients globally



**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T**   410.580.3000
**F**   410.580.3001
**W**  www.dlapiper.com

*Fed ID#52-0616490*

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1826211

Page    4

|  |  |  |
|---|---|---|
|  | regarding same; participation in conference call with Ad Hoc Trade Committee. |  |
| 04/05/06 T. Califano | Prepare for and attendance at meeting, review of Skadden documents, meeting with FTI. | 4.10 |
| 04/05/06 V. Roldan | Attend to Agenda of Meeting, Discuss Strategy with Califano, attend to documents. | 1.00 |
| 04/05/06 V. Roldan | Meetings with FTI, Califano, prepare for committee meeting. | 2.30 |
| 04/05/06 V. Roldan | Meet with Committee (2.0), FTI (1.0) re strategy. | 3.00 |
| 04/05/06 V. Roldan | Draft letter to Skadden on documents. | 1.00 |
| 04/05/06 V. Roldan | Attend to Milbank letter. | .30 |
| 04/05/06 V. Roldan | Draft joinder, Milbank letter. | 2.00 |
| 04/05/06 V. Roldan | Read petitions for cert, Owens Corning. | .50 |
| 04/05/06 D. Temes | Prepare Joinder to Debtors' motion to extend exclusivity. | 1.60 |
| 04/05/06 D. Temes | Prepare Letter to Committee Counsel re Committee role in sub con negotiations. | .60 |
| 04/05/06 D. Temes | Review PoC filed by Bondholders and SEC Documents. | .50 |
| 04/05/06 J. Duban | Review and comment upon T. Califano-proposed agenda; e-mail communications General Mills, Kraft and Nestle; assemble and e-mail communications M. Friedman regarding Ad Hoc Members' | 2.40 |



**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T**  410.580.3000
**F**  410.580.3001
**W** www.dlapiper.com

Fed ID#52-0616490

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1826211

Page    5

| | | | |
|---|---|---|---|
| | | execution of Confidentiality Agreement and by-laws; participate in Ad Hoc meeting/conference call. | |
| 04/06/06 | M. Friedman | Review exclusivity motion and email regarding same; email exchange with Mr. Califano regarding same; telephone conference with FTI regarding intercompany accounting issues; telephone conference with Mr. Califano regarding organizational planning. | 2.50 |
| 04/06/06 | S. Shishkova | Review and organize proofs of claim (.30); prepare binder of Indentures (.20); Lexis Research (.50). | 1.00 |
| 04/06/06 | T. Califano | Attendance on conference call, meeting with FTI, letters to Skadden re: interviews and documents. | 3.50 |
| 04/06/06 | W. Coleman | Review docket, print and review numerous pleadings, answer numerous questions for V. Roldan. | 1.00 |
| 04/06/06 | V. Roldan | Meet with FTI re strategy. | 1.00 |
| 04/06/06 | V. Roldan | Meet with Califano, Attn: sub con issues, confidentiality agreement. | 1.30 |
| 04/06/06 | V. Roldan | Attend to claims, by-laws, confidentiality, revise joinder to exclusivity motion. | 1.50 |
| 04/06/06 | V. Roldan | Meet with Temes re strategy. | 1.00 |
| 04/06/06 | V. Roldan | Research sub con issues. | 1.70 |
| 04/06/06 | D. Temes | Revise Joinder to Debtors' Motion to Extend Exclusivity. | .75 |



Fed ID#52-0616490

**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T**   410.580.3000
**F**   410.580.3001
**W**  www.dlapiper.com

Winn-Dixie Ad Hoc Trade Committee
Invoice # 1826211                                                    Page    6

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 04/06/06 | D. Temes | Legal Reseach Related to Substantive Consolidation; | 6.05 |
| 04/06/06 | D. Temes | Attention to Documents return by committe members and determining the amount of claims held by committee members. | .85 |
| 04/06/06 | J. Duban | Communications J. Jones regarding by-laws; communications M. Friedman regarding required by-law changes; catch up regarding last Ad Hoc call with B. Ellis; confer S. Schirmang regarding prior Ad Hoc call; discuss with M. Friedman and communications regarding debtors' booking applicabilities; Hain e-mail regarding call on April 7 meeting; communications S. Schirmang regarding Ad Hoc meeting; internal communications regarding claim amounts and April 20 hearing on exclusivity extension motion. | 1.40 |
| 04/07/06 | M. Friedman | Conference with Ms. Duban regarding meeting with OCUC Subcon Subcommittee; participation in conference call with Committee members on settlement strategy; telephone conference with Mr. Frank and Ms. Duban and attorney to represent Kraft and Pepsi at OCUC Subcon Subcommittee Meeting; email exchanges and telephone conferences with Mr. Califano regarding subcommittee; email and telephone conference with Ms. Duban regarding holdings by Ad Hoc members; revise letter to OCUC counsel regarding conflict; review memorandum on use of motion as technique to raise substantive | 4.20 |



**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T**   410.580.3000
**F**   410.580.3001
**W**  www.dlapiper.com

Fed ID#52-0616490

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1826211

Page      7

| Date | Name | Description | Hours |
|---|---|---|---|
| | | consolidation issue; emails regarding same. | |
| 04/07/06 | S. Shishkova | Review bankruptcy cases for briefs relating to substantive consolidation (6.50); prepare binders of documents relating to substantive consolidation, for V. Roldan, T. Califano, and M. Friedman (2.00). | 8.50 |
| 04/07/06 | T. Califano | Review of Skadden documents, indenture prospectus etc.; teleconference with FTI and committee members. | 3.00 |
| 04/07/06 | W. Coleman | Arrange and review research on principles, prior to next week's interviews; forward copies to T. Califano. | .60 |
| 04/07/06 | V. Roldan | Attend to sub con docs, discuss with Califano, attend to doc production. | .50 |
| 04/07/06 | V. Roldan | Discuss strategy with McNicholas. | .30 |
| 04/07/06 | V. Roldan | Attend to Milbank letter. | .40 |
| 04/07/06 | V. Roldan | Prepare sub con motion, meet with Califano (.2). | 1.50 |
| 04/07/06 | V. Roldan | Research news articles on debtor's management. | 1.00 |
| 04/07/06 | V. Roldan | Read FTI expert report. | .50 |
| 04/07/06 | D. Temes | Prepare memo regarding procedural issues associated with substantive consolidation. | 1.50 |
| 04/07/06 | D. Temes | Prepare for and attend conference call with the committee. | .80 |

Serving clients globally



**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T** 410.580.3000
**F** 410.580.3001
**W** www.dlapiper.com

Fed ID#52-0616490

Winn-Dixie Ad Hoc Trade Committee
Invoice # 1826211                                             Page    8

| | | | |
|---|---|---|---|
| 04/07/06 | D. Temes | Lega Research Related to Substantive Consolidation. | 5.40 |
| 04/07/06 | D. Temes | Attention to Committee Documents. | 1.85 |
| 04/07/06 | M. Maldonado | Print out of documents, preparation of binders, sent two sets of binders via Federal Express to Thomas Califano and Mark Friedman. | 6.80 |
| 04/07/06 | J. Duban | Participate in Ad Hoc conference call; several e-mail communications Kraft and SCJ regarding calls; confer M. Friedman regarding strategy; conference call M. Friedman and counsel for Pepsi. | 1.50 |
| 04/08/06 | M. Friedman | Email exchanges with Mr. Califano regarding discovery issues and effort to obtain interviews; review of prospectus. | 1.35 |
| 04/08/06 | T. Califano | Teleconference with Friedman and Ventricelli re: meetings and interviews, emails with Sally Henry, review of indenture and postpetition for subcan issues. | 2.00 |
| 04/08/06 | V. Roldan | Draft sub con motion (4.0), 2004 Application (1.5), phone calls with Califano (0.5). | 6.00 |
| 04/08/06 | V. Roldan | Read indenture. | 2.00 |
| 04/08/06 | V. Roldan | Revise 2004 Application. | 1.00 |
| 04/08/06 | D. Temes | Research and prepare citations for motion for substantive consolidation. | 4.80 |

Serving clients globally