

**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T**  410.580.3000
**F**  410.580.3001
**W**  www.dlapiper.com

Fed ID#52-0616490

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1826211

Page    10

telephone conference with Mr.
Califano regarding same; review
Winn-Dixie business plan; email
exchange with Ms. Duban regarding
subcon subcommittee meeting;
conference with Mr. Califano
regarding committee organization
issues, issues regarding hearing
and strategy issues.

| | | | |
|---|---|---|---|
| 04/10/06 S. Shishkova | Lexis Research. | .50 |
| 04/10/06 T. Califano | Conference call with FTI and Friedman re: document production, finalization of letter to Dunn, teleconference with Friedman and Ventricelli re: meetings, review of Thaxton pleadings, teleconference with Jeff Caress re: parties, revisions to document request, review of Thaxton expert opinion. | 4.00 |
| 04/10/06 W. Coleman | Print and review all counsel fee applications, re references to substantive consolidation. | 2.00 |
| 04/10/06 W. Coleman | Review docket, print a lengthy response for T. Califano, conversation with same re same. | 1.00 |
| 04/10/06 V. Roldan | Attend to 2004 requests (1.7), phone call with Temes re strategy (0.3), draft Skadden letter (0.7). | 2.70 |
| 04/10/06 V. Roldan | Finalize letter, doc requests. | .70 |
| 04/10/06 V. Roldan | Research sub con issues. | .70 |
| 04/10/06 V. Roldan | Draft sub con motion. | 1.70 |
| 04/10/06 V. Roldan | Revise sub con motion. | 1.50 |
| 04/10/06 V. Roldan | Review fee applications of debtors. | .70 |



*Fed ID#52-0616490*

**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T**  410.580.3000
**F**  410.580.3001
**W**  www.dlapiper.com

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1826211

Page      9

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/08/06 | D. Temes | Review Omnibus objections and claims register for claims against wrong entity. | 1.60 |
| 04/09/06 | M. Friedman | Review document request; email exchange and telephone conference with Mr. Califano regarding same; telephone conference with Mr. Roldan regarding same; participate in conference call regarding documents; continuing review of prospectus. | 2.00 |
| 04/09/06 | T. Califano | Conference call with FTI re: document production, review of production request, teleconference with Friedman re: same, review of 05 business plan re: consolidation issues, review of prospectus. | 3.50 |
| 04/09/06 | V. Roldan | Phone calls with Califano, attend to document requests. | 2.50 |
| 04/09/06 | V. Roldan | Attend to sub con research (1.0), phone calls with Friedman (0.3), revise 2004 request (0.4). | 1.70 |
| 04/09/06 | V. Roldan | Strategy meeting with FTI, Califano, Friedman. | .50 |
| 04/09/06 | D. Temes | Research and prepare fact specific citations for motion to substantively consolidate the debtors. | 4.20 |
| 04/09/06 | D. Temes | Review litigation claims against the debtors. | 2.90 |
| 04/10/06 | M. Friedman | Review document request listing from FTI; telephone conference with Mr. Califano and representatives of FTI; telephone conference with Mr. Baker regarding scheduling interviews; | 3.25 |



Fed ID#52-0616490

**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T** 410.580.3000
**F** 410.580.3001
**W** www.dlapiper.com

Winn-Dixie Ad Hoc Trade Committee
Invoice # 1826211

Page   11

| | | | |
|---|---|---|---|
| 04/10/06 D. Temes | Review Company's SEC Filings. | 2.20 |
| 04/10/06 D. Temes | Attention to communications with committee members. | .90 |
| 04/10/06 M. Maldonado | Research of the Kmart Corporation docket and cases in connection with Substantive Consolidation, print out of documents and made a new binder for D. Temes. | 2.70 |
| 04/10/06 J. Duban | Communications M. Friedman regarding document production and interview scheduling; communications M. Friedman regarding Subcommittee meeting; confer M. Friedman regarding Enterprise value and figures for achieving equilibrium between bondholders and trade. | 1.20 |
| 04/11/06 M. Friedman | Email exchange with Ms. Henry regarding schedule of interviews; telephone conference with Mr. Califano regarding same; telephone conference with Ms. Duban regarding same; telephone conference with Ms. Duban OCUC Subcon Subcommittee meeting; telephone conference with Mr. Califano regarding same; telephone conference with Mr. Califano regarding limitations on subcon guaranties; review prospectus; consideration of means to litigate limitation on subcon guaranties; review intercompany financial data; conferences with Mr. Califano regarding organization of Ad Hoc; revise exclusivity response; research regarding subcon issue and review of factual data. | 4.75 |



**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T**  410.580.3000
**F**  410.580.3001
**W**  www.dlapiper.com

Fed ID#52-0616490

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1826211

Page   12

| | | | |
|---|---|---|---|
| 04/11/06 S. Shishkova | Review court docket for time records of Committee counsel and advisors; search fee applications and internet for certain individuals mentioned in time records. | | .80 |
| 04/11/06 T. Califano | Teleconference with Scott Friedman, Jeff Kaplan, Rob Koltai re: reset at end of case and restriction, teleconference with Jim Malley and Angelo Gordon, conference call with Ventricelli and Dryler re: review of documents, conference with Temes and Roldan re: motion, review of fee applications for counsel, review of Harmony order, teleconference with Friedman re: claim, review of opinion letter re: same, teleconference with Sally Henry, teleconference with Steve Sims re: bondholder, lien of debtor. | | 3.00 |
| 04/11/06 W. Coleman | Continue review of counsel fee applications re substantive consolidation. | | 1.50 |
| 04/11/06 V. Roldan | Meet with Califano, Temes re strategy. | | .50 |
| 04/11/06 V. Roldan | Review fee applications. | | 2.50 |
| 04/11/06 V. Roldan | Draft memo summarizing fee applications. | | 2.70 |
| 04/11/06 V. Roldan | Attend to prospectus, discuss strategy with Califano. | | 1.00 |
| 04/11/06 V. Roldan | Attend to inter-company allocation. | | .50 |
| 04/11/06 V. Roldan | Revise motion for sub con. | | 2.30 |



Fed ID#52-0616490

**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T** 410.580.3000
**F** 410.580.3001
**W** www.dlapiper.com

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1826211

Page   13


| 04/11/06 D. Temes | Attention to by-laws, confidentiality agreements, engagement letters and claims held by committee members. | .15 |
| 04/11/06 D. Temes | Meetings with T. Califano and V. Roldan. | .20 |
| 04/11/06 D. Temes | Review Substantive Consolidaiton Entries in Fee Applications for XRoads, Skadden, Milbank (4.5); Review Prospectus (.5); Legal Research regarding substantive consolidation (1.2). | 6.20 |
| 04/11/06 M. Maldonado | Prepared binder for D. Temes, print out of the debtors counsel fee application, detailed time entry and financial advisors time entries. Research on various companies to see if they were hired under the ordinary course professionals order. | 3.60 |
| 04/11/06 S. Dorsett | Provide Mr. Friedman with a copy of the Debtors' Motion for Fifth Extension of Time to Object to Exclusivity Period. | .10 |
| 04/11/06 C. Dubuque | Research and retrieve all cases regarding Winn-Dixie and a specific law firm, for M. Maldonado. | 1.20 |
| 04/11/06 J. Duban | Communications D. Temes regarding executed by-laws; receive and forward ConAgra's; several conferences M. Friedman regarding subcommittee meeting; briefly review response to exclusivity extension motion; communications T. Califano regarding same; briefly review memo regarding substantive and relevant entries | 2.40 |



*Fed ID#52-0616490*

**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T** 410.580.3000
**F** 410.580.3001
**W** www.dlapiper.com

Winn-Dixie Ad Hoc Trade Committee
Invoice # 1826211

Page   14

|  |  |  |
|---|---|---|
|  | in professionals' fee applications. |  |
| 04/12/06 S. Shishkova | Prepare index of citations and binders containing law research. | 2.50 |
| 04/12/06 T. Califano | Memo re: FTI, teleconference with members; teleconference with Sally Henry re: meetings, review of Skadden documents, meeting with FTI. | 4.00 |
| 04/12/06 V. Roldan | Discuss strategy with Califano. | .10 |
| 04/12/06 V. Roldan | Attend to sub con issues, FTI analysis. | .70 |
| 04/12/06 V. Roldan | Draft letter to committee. | .50 |
| 04/12/06 V. Roldan | Attend to sub con issues. | .50 |
| 04/12/06 V. Roldan | Meet with Califano re strategy. | .70 |
| 04/12/06 V. Roldan | Draft letter to Milbank, e-mail to S. Henry. | 1.00 |
| 04/12/06 V. Roldan | Draft 2004 deposition notice (0.5), attend to brief (1.0), meet with FTI & Califano re strategy (0.5). | 2.00 |
| 04/12/06 D. Temes | Review Initial financial advisors report (.6); research related to certain findings (1.7). | 2.30 |
| 04/12/06 S. Dorsett | Review Winn-Dixie Response to Motion re: Exclusivity Periods; electronically file same; pleadings binder. | .30 |
| 04/13/06 M. Friedman | Telephone conference with Mr. Motskowitz regarding options for Ad Hoc and strategies; email exchanges with Ms. Henry and telephone conference with Ms. Henry; email exchanges with Ms. | 2.18 |

Serving clients globally



*Fed ID#52-0616490*

**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T** 410.580.3000
**F** 410.580.3001
**W** www.dlapiper.com

Winn-Dixie Ad Hoc Trade Committee
Invoice # 1826211

Page   15

| | | | |
|---|---|---|---|
| | | Duban; telephone conference with Ms. Duban regarding status of Subcon Subcommittee; initiate review of Owens Corning material; review of intercompany balance information; telephone conference with Mr. Califano regarding status; telephone conference with Mr. Barr; telephone conference with Mr. Roldan and FTI regarding strategy and status. | |
| 04/13/06 | J. Johnson | Review prospectus; research fraudulent conveyance analysis. | 1.20 |
| 04/13/06 | V. Roldan | Discuss with Temes. | .30 |
| 04/13/06 | V. Roldan | Prepare for phone call with Debtors. | .50 |
| 04/13/06 | V. Roldan | Phone call with FTI, Skadden, XRoads. | 2.30 |
| 04/13/06 | V. Roldan | Phone call with FTI re strategy. | .20 |
| 04/13/06 | V. Roldan | Attend to document request. | 1.00 |
| 04/13/06 | V. Roldan | E-mail correspondence with Califano, Ventricelli. | .50 |
| 04/13/06 | V. Roldan | Begin drafting 2004 of Committee. | 2.00 |
| 04/13/06 | V. Roldan | Attend to sub con issues. | .70 |
| 04/13/06 | V. Roldan | Draft 2004 of committee. | 1.00 |
| 04/13/06 | V. Roldan | Read equity committee letter. | .50 |
| 04/14/06 | M. Friedman | Telephone conference with Mr. Califano, Mr. Roldan, Ms. Duban and FTI representatives regarding status; telephone conference with Ms. Henry regarding setting up interviews; review of substantive | 2.75 |



Fed ID#52-0616490

**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T**  410.580.3000
**F**  410.580.3001
**W**  www.dlapiper.com

Winn Dixie Ad Hoc Trade Committee
Invoice #  1826211

Page   16

|  |  |  |
|---|---|---|
|  | consolidation materials; set agenda for upcoming telephone conference; consideration of strategy for motion. |  |
| 04/14/06 W. Coleman | Retrieve Data for J. McNicholas. | .30 |
| 04/14/06 V. Roldan | Attend to confidentiality, sales and margin report. | .70 |
| 04/14/06 V. Roldan | Attend to committee 2004. | .30 |
| 04/14/06 V. Roldan | Draft letter to Skadden, attend to 4/17 meeting agenda. | 1.40 |
| 04/14/06 V. Roldan | Began drafting Reiss affidavit. | 2.00 |
| 04/14/06 V. Roldan | Research sub con issues, review documents (1.0), draft 2004 of committee (1.0), draft sub con motion (2.0). | 4.00 |
| 04/14/06 J. Duban | Communications General Mills regarding joinder and transmit engagement letter and by-laws; monitor and participate in e-mail communications regarding changing posture of debtors and OCUC and confidentiality issues relating to Subcommittee proposal for financial advisor retention; commence review of prominent documents as evidence in support of substantive consolidation, in preparation for contribution to Subcommittee motion. | .90 |
| 04/15/06 V. Roldan | Draft Reiss Affidavit. | 2.00 |
| 04/15/06 V. Roldan | Read indenture, revise affidavit. | 3.00 |
| 04/15/06 V. Roldan | Meet with Califano, FTI, Friedman. | 1.00 |
| 04/15/06 V. Roldan | Revise affidavit. | .50 |

Serving clients globally



*Fed ID#52-0616490*

**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T** 410.580.3000
**F** 410.580.3001
**W** www.dlapiper.com

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1826211
                                                              Page   17


| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 04/15/06 | J. Duban | Participate in conference call with FTI and DLA Piper regarding status of, primarily, FTI's communications with Xroads. | .80 |
| 04/16/06 | D. Carrigan | Examine and evaluate e-mail re trade claims communication. | .30 |
| 04/16/06 | M. Friedman | Review of substantive consolidation material and binders for strategy for filing of substantive consolidation motion; telephone conference with Mr. Califano regarding same; telephone conference with Mr. Roldan regarding same; review items for subcommittee; review items for Ad Hoc meeting; review materials provided by Debtors. | 4.25 |
| 04/16/06 | T. Califano | Committee conference call meeting/follow up. | 2.00 |
| 04/17/06 | M. Friedman | Telephone conference with Ms. Henry regarding scheduling of interviews; telephone conference with Mr. Barr regarding same; review letter response to Mr. Califano; email exchange to Mr. Barr; telephone conference to Ms. Duban regarding organizational status; participate in Trade Committee meeting; work on confidentiality letter for access to Houlihan materials; continue to work on evaluation of substantive material for preparation of substantive consolidation motion. | 4.50 |
| 04/17/06 | T. Califano | Teleconference with Friedman, Wolfe, Ventricelli, Koltai, O'Connor re: strategy/next steps. | 2.50 |

**Serving clients globally**



**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T**  410.580.3000
**F**  410.580.3001
**W**  www.dlapiper.com

*Fed ID#52-0616490*

Winn-Dixie Ad Hoc Trade Committee
Invoice # 1826211

Page    18

| | | | |
|---|---|---|---|
| 04/17/06 V. Roldan | Correspondence with committee re agenda. | | .20 |
| 04/17/06 V. Roldan | Revise committee 2004 application.. | | 1.00 |
| 04/17/06 V. Roldan | Revise F. Reiss affidavit. | | 1.00 |
| 04/17/06 V. Roldan | Revise letter to Skadden. | | .40 |
| 04/17/06 V. Roldan | Phone call with Califano re strategy. | | .20 |
| 04/17/06 V. Roldan | Attend to 2004 application against committee. | | .70 |
| 04/17/06 V. Roldan | Phone call with Ventricelli re strategy. | | .20 |
| 04/17/06 V. Roldan | Prepare for conference call (0.4), attend conference call. | | 1.70 |
| 04/17/06 V. Roldan | Phone call with Ventricelli re strategy. | | .20 |
| 04/17/06 V. Roldan | Revise sub con motion. | | 2.70 |
| 04/17/06 D. Temes | Attention to information regarding Committee Members and claims. | | 1.60 |
| 04/17/06 D. Temes | Prepare letter to potential committee member. | | .20 |
| 04/17/06 D. Temes | Attend committee conference call (partial). | | .50 |
| 04/17/06 J. Duban | Communications General Mills regarding Ad Hoc joinder and execution of engagement letter and by-laws; participate in Ad Hoc meeting and subsequent conference M. Friedman and S. Schirmang | | 2.20 |

Serving clients globally



**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T**  410.580.3000
**F**  410.580.3001
**W** www.dlapiper.com

Fed ID#52-0616490

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1826211

Page    19

|  |  |  |  |
|---|---|---|---|
| | | regarding Subcommittee participation issues; confer M. Friedman regarding confidentiality agreement. | |
| 04/18/06 | M. Friedman | Emails regarding Mr. Barr, Mr. Califano and Ms. Duban regarding confidentiality agreement; review of same; review material for substantive consolidation analysis; review issues relating to limited concerns on confidentiality agreement and strategy. | 5.60 |
| 04/18/06 | T. Califano | Review of litigation re: committee; review and revise 2004, motion; teleconference with V. Roldan. | 4.50 |
| 04/18/06 | V. Roldan | E-mail correspondence with committee, Califano, Friedman. | .20 |
| 04/18/06 | V. Roldan | Substantial revisions to sub con motion. | 6.00 |
| 04/18/06 | V. Roldan | Attend to e-mail correspondence to client. | .20 |
| 04/18/06 | V. Roldan | Attend to 2004 application to underwriters, attend to supplemental document production. | 1.30 |
| 04/18/06 | V. Roldan | Read documents relating to restructuring (.5), phone call with team and ASM re strategy (1.0). | 1.50 |
| 04/18/06 | V. Roldan | Phone calls with Ventricelli and Califano re strategy (.5), research internet articles for W-D employees (1.5), attend to contact list (1.3). | 3.30 |



**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T** 410.580.3000
**F** 410.580.3001
**W** www.dlapiper.com

*Fed ID#52-0616490*

Winn-Dixie Ad Hoc Trade Committee
Invoice # 1826211

Page    20

| 04/18/06 V. Roldan | Draft 2004 application to Underwriters. | 1.00 |
| 04/18/06 D. Temes | Research postion and responsibilities of certain of the Debtors' employees in preparation for interviews. | 2.15 |
| 04/18/06 M. Maldonado | Review of master mailing list with D. Temes for proper service. | .30 |
| 04/18/06 J. Duban | E-mail and telephonic communications R. Kolti, D. Wolfe, and M. Friedman regarding confidentiality agreement with Millbank; briefly monitor e-mail communications and communications T. Califano regarding same. | 1.50 |
| 04/19/06 S. Shishkova | Review time detail in fee applications for appearance of specific names. | .70 |
| 04/19/06 V. Roldan | Finalize 2004's, send to Califano. | 1.00 |
| 04/19/06 V. Roldan | Finalize draft motion, send to Califano. | 1.70 |
| 04/19/06 V. Roldan | Phone calls with Friedman, e-mail correspondence with steering committee. | 1.00 |
| 04/19/06 V. Roldan | Attend to agenda for Friday call. | .50 |
| 04/19/06 V. Roldan | Phone call with Ventricelli, e-mail correspondence, attend to OCUC comments. | .80 |
| 04/19/06 V. Roldan | Read documents produced by debtors (2.0), e-mail correspondence with committee (.3), phone calls with Califano (.2). | 2.50 |

Serving clients globally



*Fed ID#52-0616490*

**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T**  410.580.3000
**F**  410.580.3001
**W**  www.dlapiper.com

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1826211

Page    21

| | | |
|---|---|---|
| 04/19/06 V. Roldan | Read pleadings in recent sub con cases - Owens, K-mart, David Schick. | 3.20 |
| 04/19/06 D. Temes | Legal Research for Substantive Consolidation Motion. | 1.45 |
| 04/19/06 D. Temes | Research in preparation for interviews of Winn Dixie employees. | 3.95 |
| 04/19/06 D. Temes | Attention to New Members of Committee. | .30 |
| 04/20/06 M. Friedman | Conference with Mr. Califano and Ms. Duban regarding strategy and regarding Board call and negotiation with Milbank; telephone conference with Mr. Barr regarding same; review material on substantive consolidation; talk with Mr. Califano regarding additional factual analysis; preparation and consideration for preparation of substantive consolidation motion. | 3.25 |
| 04/20/06 S. Shishkova | Begin preparation of index of documents from Skadden. | .50 |
| 04/20/06 T. Califano | Teleconference with Scott Friedman, Dan Ventricelli, Sally Henry, conference with Temes re: research on committee privilege, review of committee response, review of documents, preparation of memo re: interview. | 5.50 |
| 04/20/06 J. Johnson | Research subsidiary guaranties and fraudulent conveyances. | 3.20 |
| 04/20/06 V. Roldan | Meet with Califano, revise 2004 applications. | 1.50 |

Serving clients globally



*Fed ID#52-0616490*

**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T** 410.580.3000
**F** 410.580.3001
**W** www.dlapiper.com

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1826211

Page    22

| 04/20/06 V. Roldan | Analyze documents produced by debtors. | 3.30 |
|---|---|---|
| 04/20/06 V. Roldan | Revise 2004 applications. | 2.00 |
| 04/20/06 V. Roldan | Attend to index of documents (1.0), meet with Califano, Temes re strategy. | 1.50 |
| 04/20/06 V. Roldan | Draft e-mail to S. Henry. | .50 |
| 04/20/06 V. Roldan | Attend to 2004 Application, meet Califano re strategy. | 1.00 |
| 04/20/06 D. Temes | Research employees of the debtor to be interviewed; prepare memo to T. Califano and V. Roldan re: same. | 2.60 |
| 04/20/06 D. Temes | Research Privilege issues related to Information from Committee Professionals (3.0), prepare short memo for V. Roldan re: same (.5). | 3.55 |
| 04/20/06 D. Temes | Review Letter to Milbank re: access to information. | .30 |
| 04/20/06 J. Duban | Communications S.C. Johnson and Kraft regarding Ad Hoc decision and strategy-related issues; conference M. Friedman and e-mail to Ad Hoc trade members regarding participation of non-steering committee members in April 21 call; prepare comments and attend Winn-Dixie omnibus court hearing to and including participation on exclusivity extension motion; report to M. Friedman and T. Califano regarding same; review Millbank blackline of confidentiality agreement; travel from Jacksonville to Washington D.C. (no charge). | 2.80 |



**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T**  410.580.3000
**F**  410.580.3001
**W**  www.dlapiper.com

*Fed ID#52-0616490*

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1826211

Page    23

| | | | |
|---|---|---|---|
| 04/21/06 S. Shishkova | Review and print documents for D. Temes, and attend to organization of documents. | 1.00 |
| 04/21/06 T. Califano | Review of case law re: committee privilege response, review of draft letter to Milback, prepare for committee call, teleconference with Wolfe, Friedman, Koltai re: call. Attendance on committee call, follow up calls, review of minutes, review of outline of interview. | 6.50 |
| 04/21/06 J. Johnson | Research fraudulent conveyance and upstream/downstream guarantees. | 2.40 |
| 04/21/06 V. Roldan | Research committee privilege, confidential communication to member. | 1.00 |
| 04/21/06 V. Roldan | Attend to documents produced, meet with Califano re strategy. | 1.00 |
| 04/21/06 V. Roldan | Attend conference call with trade committee. | 1.70 |
| 04/21/05 V. Roldan | Phone call with ASM, Contrarian, LCH and Califano re strategy. | 1.00 |
| 04/21/05 V. Roldan | Meet with Temes re strategy. | .20 |
| 04/21/06 V. Roldan | Draft minutes of committee meeting. | 1.00 |
| 04/21/06 V. Roldan | Meet with Califano re strategy, interviews. | 1.00 |
| 04/21/06 D. Temes | Research related to Committee's assertion of privilege. | 2.15 |
| 04/21/06 D. Temes | Prepare letter to Committee regarding documents related to substantive consolidation. | 1.15 |

**Serving clients globally**



*Fed ID#52-0616490*

**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T** 410.580.3000
**F** 410.580.3001
**W** www.dlapiper.com

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1826211

Page   24

| 04/21/06 D. Temes | Review Documents produced by the Debtors. | 1.25 |
| 04/22/06 V. Roldan | Revise sub con brief. | 4.50 |
| 04/22/06 V. Roldan | Attend to by-laws. | .50 |
| 04/22/06 V. Roldan | Read pass-through trust certificate offering memo. | .50 |
| 04/22/06 D. Temes | Review Documents provided by Debtor. | 3.60 |
| 04/22/06 D. Temes | Research procedural issues related to substantive consolidation. | 1.10 |
| 04/23/06 M. Friedman | Email and telephone conference with Mr. Califano; review the status of confidentiality agreement and resolution approval by Board members. | 1.15 |
| 04/23/06 T. Califano | Teleconference with Roldan, Friedman and Ventricelli, prepare for interviews, revision of cases. | 4.50 |
| 04/23/06 T. Califano | Teleconference with Wolfe, Sherman, O'Connor, Friedman, meeting with Ventricelli in preparation for meetings, conference call with Heuy, review and revise 2004. | 3.50 |
| 04/23/06 V. Roldan | Read sub con cases. | 1.00 |
| 04/23/06 D. Temes | Review documents produced by the Debtors. | 5.20 |
| 04/24/06 M. Friedman | Review 2004 request for underwriters; review substantive consolidation draft motion; draft memorandum; conference with Mr. Califano regarding organization issues; discussions regarding | 4.75 |

Serving clients globally



*Fed ID#52-0616490*

**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T** 410.580.3000
**F** 410.580.3001
**W** www.dlapiper.com

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1826211

Page    25

|  |  |  |
|---|---|---|
|  | confidentiality agreement; conference with Ms. Duban regarding same; email exchange with Ms. Schirmang  regarding same; review additional production material from debtors on substantive consolidation issue. |  |
| 04/24/06 S. Shishkova | Review court docket in Owens Corning and retrieve specific documents. | .30 |
| 04/24/06 T. Califano | Travel to Jacksonville, review of sale on case law, outline information, meeting with Ventricelli and Draglin. | 7.50 |
| 04/24/06 V. Roldan | Meet with Califano re strategy (.5), attend to document production (1.0), attend to by-laws (.5), prepare for interviews (.7). | 2.70 |
| 04/24/06 V. Roldan | Luncheon with FTI, Califano re strategy. | .80 |
| 04/24/06 V. Roldan | Attend to Califano's comments to 2004, revise same. | 1.50 |
| 04/24/06 V. Roldan | Phone call with Contrarian. | .20 |
| 04/24/06 V. Roldan | Revise by-laws. | 1.50 |
| 04/24/06 V. Roldan | Attend to sub con issues. | .50 |
| 04/24/06 V. Roldan | Revise by-laws. | 1.00 |
| 04/24/06 D. Temes | Review documents produced by Skadden in preparation for interview with employees of the Debtors. | 3.10 |
| 04/24/06 D. Temes | Email J. Kaplan re: Pass Through Certificates. | .10 |

Serving clients globally



Fed ID#52-0616490

**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T** 410.580.3000
**F** 410.580.3001
**W** www.dlapiper.com

Winn-Dixie Ad Hoc Trade Committee
Invoice # 1826211

Page   26

| | | | |
|---|---|---|---|
| 04/24/06 D. Temes | Prepare research memo to M. Friedman regarding Privilege and Official Committee materials. | 1.10 |
| 04/24/06 J. Duban | Numerous communications internal professional regarding prospects for mediation and perceived judge proclivity; confer T. Califano regarding LCH contact with Kraft; high level monitoring numerous strategy, scheduling and substantive communications regarding numerous issues; high level review and comment upon underwriters 2004 exam motion and continuing revisions to confidentiality agreement; confer M. Friedman regarding discussions with Millbank. | 1.30 |
| 04/25/06 T. Califano | Meeting at Skadden, interview of Winn-Dixie employees, meetings with FTI personnel, review of confidentiality agreement, conference call with Fred Reiss et al. | 8.50 |
| 04/25/06 V. Roldan | Attend to Califano's comments to brief, phone call re strategy. | .50 |
| 04/25/06 V. Roldan | Coordinate internal call, phone calls to Reiss, Duban, Friedman. | .70 |
| 04/25/06 V. Roldan | Attend to Wolfe's comments to 2004. | .40 |
| 04/25/06 V. Roldan | Create e-mail group list for investment group (1.0), meet with Temes re strategy. | 1.70 |
| 04/25/06 V. Roldan | Attend to 2004, ASM's comments, circulate. | 1.00 |
| 04/25/06 V. Roldan | Revise sub con motion, send to Califano. | 2.70 |

Serving clients globally



**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T**  410.580.3000
**F**  410.580.3001
**W**  www.dlapiper.com

*Fed ID#52-0616490*

Winn-Dixie Ad Hoc Trade Committee
Invoice # 1826211

Page   27

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 04/25/06 | V. Roldan | Review documents produced by debtors. | .40 |
| 04/25/06 | D. Temes | Research related to Substantive Consolidation (1.2); email memo to V. Roldan (.4). | 1.60 |
| 04/26/06 | S. Shishkova | Prepare chambers copy of Application for 2004 Examination. | .30 |
| 04/26/06 | T. Califano | Attendance and prepare for interviews of Winn-Dixie employees, store tour. | 9.50 |
| 04/26/06 | J. Johnson | Review pleadings related to fraudulent conveyances. | 3.80 |
| 04/26/06 | W. Coleman | Attend to 2004 application. | 2.00 |
| 04/26/06 | V. Roldan | Finalize 2004 application. | 1.00 |
| 04/26/06 | V. Roldan | Analyze credit agreement. | 2.00 |
| 04/26/06 | V. Roldan | Attend to service issues. | .30 |
| 04/26/06 | V. Roldan | Meet with W-D team. | .50 |
| 04/26/06 | V. Roldan | Research sub con issues. | .70 |
| 04/26/06 | V. Roldan | Review documents - purchase agreement. | 1.30 |
| 04/27/06 | T. Califano | Travel back from Jacksonville, review of litigation materials, prepare for preliminary statement, conference call with Brecker, et al., teleconference with Ventriceilli, revisions to by laws. | 6.00 |
| 04/27/06 | V. Roldan | Read sub con briefs in 11th Circuit. | .50 |



*Fed ID#52-0616490*

**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T**  410.580.3000
**F**  410.580.3001
**W**  www.dlapiper.com

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1826211

Page    28

| | | |
|---|---|---|
| 04/27/06 J. Duban | Several internal conferences regarding Millbank situation and client directives; conference call with T. Califano, M. Friedman and J. Bracker; additional discussions dual path strategy. | 1.50 |
| 04/28/06 S. Shishkova | Research company contact information and prepare service list for examinee parties (1.00); draft notice of hearing of 2004 application (1.00); contact Debtor's counsel for hearing date and search local and federal rules for notice procedures (.60); review and organize case files (1.00). | 3.60 |
| 04/28/06 T. Califano | Teleconference with Ron Cohen, Scott Friedman and Dan Ventricelli, review of "road show" materials from Skadden, conference with Vincent Roldan and Jeremy Johnson re: motion preparation, review of document list, revisions to brief, conference call with FTI re: affidavit outline and facts, teleconference with Scott Friedman and Doug Wolfe re: CA status, review of Louisiana tax claim issue. | 4.00 |
| 04/28/06 J. Johnson | Review and edit brief in support of substantive consolidation. | 1.20 |
| 04/28/06 W. Coleman | Supervise S. Shishkova re service of R. 2004 application, review notice. | .50 |
| 04/28/06 V. Roldan | Meet with Califano, Johnson re strategy. | 1.30 |
| 04/28/06 V. Roldan | Read road show materials. | .50 |



**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T** 410.580.3000
**F** 410.580.3001
**W** www.dlapiper.com

Fed ID#52-0616490

Winn-Dixie Ad Hoc Trade Committee
Invoice # 1826211

Page    29

| 04/28/06 V. Roldan | Meet with Califano, FTI re strategy. | 2.00 |
| 04/29/06 V. Roldan | Revisions to sub con brief (5.8), phone call with Califano re: strategy and further revisions to brief (.5). | 6.30 |
| 04/30/06 V. Roldan | Research guaranty issue (2.0); phone call with D. Wolfe re: confidentiality agreement (.5); revise CA and email (.5). | 3.00 |

Professional Charges This Matter          $242,760.60

Total Due for Professional Charges          $242,760.60

### T I M E K E E P E R   S U M M A R Y

| TIMEKEEPER | TITLE | HOURS | RATE | FEES |
|---|---|---|---|---|
| T. Califano | Partner | 101.50 | 650.00 | 65,975.00 |
| M. Friedman | Partner | 56.58 | 570.00 | 32,250.60 |
| D. Carrigan | Partner | .30 | 525.00 | 157.50 |
| J. Duban | Partner | 21.70 | 510.00 | 11,067.00 |
| J. Johnson | Associate | 11.80 | 485.00 | 5,723.00 |
| V. Roldan | Associate | 193.70 | 485.00 | 93,944.50 |
| D. Temes | Associate | 88.60 | 295.00 | 26,137.00 |
| W. Coleman | Paralegal | 9.70 | 225.00 | 2,182.50 |
| M. Maldonado | Paralegal | 15.10 | 225.00 | 3,397.50 |
| S. Dorsett | Project Assist. | .40 | 85.00 | 34.00 |
| C. Dubuque | Librarian | 1.20 | 230.00 | 276.00 |
| S. Shashkova | Project Assist. | 20.20 | 80.00 | 1,616.00 |
| TOTALS | | 520.78 | | 242,760.60 |

Disbursements and Other Charges:

| 04/03/06 | Duplicating | 11.85 |
| 04/03/06 | Lexis Charges | 120.81 |
| 04/03/06 | Westlaw Charges | 406.12 |

Serving clients globally



*Fed ID#52-0616490*

**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T**  410.580.3000
**F**  410.580.3001
**W**  www.dlapiper.com

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1826211

Page    30

| | | |
|---|---|---:|
| 04/04/06 | Duplicating | .15 |
| 04/04/06 | Lexis Charges | 332.61 |
| 04/04/06 | Duplicating | 4.50 |
| 04/05/06 | Duplicating | 51.30 |
| 04/05/06 | Lexis Charges | 218.15 |
| 04/05/06 | Duplicating | .60 |
| 04/06/06 | Duplicating | 32.10 |
| 04/06/06 | Duplicating | 3.00 |
| 04/06/06 | Lexis Charges | 64.97 |
| 04/06/06 | Duplicating | 208.50 |
| 04/06/06 | Westlaw Charges | 2,157.78 |
| 04/06/06 | Duplicating | 333.75 |
| 04/06/06 | Duplicating | 4.80 |
| 04/06/06 | Westlaw Charges | 532.29 |
| 04/06/06 | Duplicating | 85.05 |
| 04/07/06 | Duplicating | 16.50 |
| 04/07/06 | Lexis Charges | 2,724.25 |
| 04/07/06 | Duplicating | 13.35 |
| 04/07/06 | Westlaw Charges | 641.50 |
| 04/07/06 | Duplicating | 281.70 |
| 04/07/06 | Local Travel - VENDOR: NY PETTYCASH T CALIFANO CAB TO FROM MEETING 04/02 04/05/06 | 28.19 |
| 04/07/06 | Duplicating | 14.40 |
| 04/07/06 | Duplicating | 250.65 |
| 04/07/06 | Lexis Charges | 49.90 |
| 04/07/06 | Duplicating | .45 |
| 04/07/06 | Duplicating | 143.70 |
| 04/10/06 | Duplicating | 29.55 |
| 04/10/06 | Westlaw Charges | 1,094.48 |
| 04/10/06 | Lexis Charges | 38.63 |
| 04/10/06 | Westlaw Charges | 228.96 |
| 04/10/06 | Duplicating | 1.50 |
| 04/10/06 | Duplicating | .60 |
| 04/10/06 | Delivery Services -VENDOR: UNITED PARCEL SERVICE   * FROM: Michele Muzyk TO: Sally McDonald Henry //Skadden, Arps, Slate, Meagh//Four Times Square //NEW YORK//NY | 7.77 |
| 04/10/06 | Duplicating | 2.25 |
| 04/11/06 | Westlaw Charges | 137.54 |
| 04/11/06 | Duplicating | 17.70 |
| 04/11/06 | Westlaw Charges | 136.12 |
| 04/12/06 | Duplicating | 1.50 |
| 04/12/06 | Duplicating | 1.20 |

**Serving clients globally**



Fed ID#52-0616490

**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T** 410.580.3000
**F** 410.580.3001
**W** www.dlapiper.com

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1826211

Page    31

| Date | Description | Amount |
|------|-------------|-------:|
| 04/12/06 | Duplicating | 3.30 |
| 04/12/06 | Duplicating | .30 |
| 04/12/06 | Duplicating | .30 |
| 04/12/06 | Duplicating | 68.10 |
| 04/12/06 | Duplicating | 21.75 |
| 04/12/06 | Duplicating | 8.70 |
| 04/13/06 | Duplicating | 5.85 |
| 04/13/06 | Duplicating | 1.50 |
| 04/13/06 | Duplicating | .60 |
| 04/14/06 | Duplicating | 4.80 |
| 04/17/06 | Duplicating | 19.05 |
| 04/19/06 | Duplicating | 1.35 |
| 04/19/06 | Lexis Charges | 85.27 |
| 04/20/06 | Westlaw Charges | 924.09 |
| 04/20/06 | Lexis Charges | 156.41 |
| 04/21/06 | Duplicating | .90 |
| 04/21/06 | Westlaw Charges | 243.36 |
| 04/21/06 | Lexis Charges | 295.85 |
| 04/21/06 | Duplicating | 8.40 |
| 04/22/06 | Lexis Charges | 183.79 |
| 04/22/06 | Delivery Services -VENDOR: UNITED PARCEL SERVICE   * FROM: Joseph Belfatti TO: Daniel Ventricelli //FTI Consulting Inc.//3 Times Square//NEW YORK/ /NY | (7.77) |
| 04/22/06 | Duplicating | 2.85 |
| 04/22/06 | Westlaw Charges | 471.69 |
| 04/22/06 | Delivery Services -VENDOR: UNITED PARCEL SERVICE   * FROM: Joseph Belfatti TO: Daniel Ventricelli //FTI Consulting Inc.//3 Times Square//NEW YORK/ /NY | 7.77 |
| 04/23/06 | Westlaw Charges | 1,048.37 |
| 04/24/06 | Duplicating | 5.25 |
| 04/24/06 | Duplicating | 7.65 |
| 04/24/06 | Lexis Charges | 69.69 |
| 04/25/06 | Westlaw Charges | 116.57 |
| 04/25/06 | Westlaw Charges | 38.67 |
| 04/25/06 | Lexis Charges | 72.02 |
| 04/26/06 | Duplicating | .30 |



*Fed ID#52-0616490*

**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T**   410.580.3000
**F**   410.580.3001
**W**  www.dlapiper.com

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1826211

Page    32

| Date | Description | Amount |
|---|---|---|
| 04/26/06 | Delivery Services -VENDOR: UNITED PARCEL SERVICE  * FROM: William Coleman TO: Honorable Jerry A. F//United States Bankruptcy Co//United States C ourthouse//JACKSONVILLE//FL | 10.19 |
| 04/26/06 | Duplicating | .30 |
| 04/27/06 | Westlaw Charges | 233.85 |
| 04/27/06 | Lexis Charges | 437.33 |
| 04/27/06 | Duplicating | 4.05 |
| 04/29/06 | Westlaw Charges | 316.10 |
| 04/30/06 | Westlaw Charges | 110.65 |

Subtotal Disbursements and Related Expenses        $15,409.92

Total Fees and Disbursements        $258,170.52

Total Matter Current Balance        $258,170.52

**Serving clients globally**



Fed ID#52-0616490

**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T**   410.580.3000
**F**   410.580.3001
**W**  www.dlapiper.com

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1826211

Page    33

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees this Invoice | $242,760.60 |
| Total Disbursements and Other Charges this Invoice | $15,409.92 |
| Total Invoice Balance | $258,170.52 |

Serving clients globally