

*Fed ID#52-0616490*

**DLA Piper Rudnick Gray Cary US LLP**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
**T**  410.580.3000
**F**  410.580.3001
**W**  www.dlapiper.com

Winn-Dixie Ad Hoc Trade Committee
Attn: Janice L. Duban
DLA Piper Rudnick Gray Cary US LLP
203 N. LaSalle St., Suite 1900
Chicago, IL  60601 USA

May 26, 2006
Invoice #  1826211

## REMITTANCE ADVICE

Total Fees this Invoice                                           $242,760.60

Total Disbursements and Other Charges this Invoice                $15,409.92

Total Invoice Balance                                             $258,170.52

PLEASE REMIT TO THE LOCKBOX ADDRESS BELOW:

DLA PIPER RUDNICK GRAY CARY US LLP
5266 PAYSPHERE CIRCLE
CHICAGO, IL 60674

314262
J. Duban

**Serving clients globally**



Winn-Dixie Ad Hoc Trade Committee
Attn: Janice L. Duban
DLA Piper Rudnick Gray Cary US LLP
203 N. LaSalle St., Suite 1900
Chicago, IL  60601 USA

July 21, 2006
Invoice #  1851728

**Matter Number:   314262-000002**
**Matter Name:     Non-Productive Travel**

For Legal Services Rendered Through June 30, 2006

For Winn-Dixie Ad Hoc Trade Committee

|            |             |                                                                                                                                                                                                                                                                                                        | Hours |
|------------|-------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------:|
| 06/01/06   | V. Roldan   | Travel back from court to Washington (due to extreme t-storms) (5.00).                                                                                                                                                                                                                                   | 2.50  |
| 06/01/06   | V. Roldan   | Travel to Jacksonville, FL and to court (3.00).                                                                                                                                                                                                                                                         | 1.50  |
| 06/02/06   | V. Roldan   | Travel from Washington to New York (6.00).                                                                                                                                                                                                                                                              | 3.00  |
| 06/07/06   | M. Friedman | Half-time for non-working travel to New York for meeting with Trade Committee, Steering Committee and professionals of OCUC and certain OCUC members regarding efforts to reach compromise on Winn-Dixie distribution related to substantive consolidation issue; travel at LaGuardia and delay related thereto (2.5). | 1.25  |
| 06/15/06   | V. Roldan   | Travel to Jacksonville, FL; travel back to New York (9.50).                                                                                                                                                                                                                                             | 4.75  |

Professional Charges This Matter          $6,411.25

Total Due for Professional Charges          $6,411.25


PIPER RUDNICK
GRAY CARY

Winn-Dixie Ad Hoc Trade Committee
Invoice # 1851728

Page    2

### T I M E K E E P E R   S U M M A R Y

| TIMEKEEPER | TITLE | HOURS | RATE | FEES |
|---|---|---|---|---|
| M. Friedman | Partner | 1.25 | 570.00 | 712.50 |
| V. Roldan | Associate | 11.75 | 485.00 | 5,698.75 |
| | TOTALS | 13.00 | | 6,411.25 |

Disbursements and Other Charges:

| | |
|---|---|
| Out-of-Town Travel | 306.00 |
| Westlaw Charges | 50.99 |

| | |
|---|---|
| Subtotal Disbursements and Related Expenses | $356.99 |
| Total Fees and Disbursements | $6,768.24 |
| Total Matter Current Balance | $6,768.24 |



Winn-Dixie Ad Hoc Trade Committee
Invoice #  1851728

Page    3

# INVOICE SUMMARY

Total Fees this Invoice                                          $6,411.25

Total Disbursements and Other Charges this Invoice                 $356.99

Total Invoice Balance                                            $6,768.24

 PIPER RUDNICK
GRAY CARY

Winn-Dixie Ad Hoc Trade Committee
Attn: Janice L. Duban                    July 21, 2006
DLA Piper Rudnick Gray Cary US LLP       Invoice #  1851728
203 N. LaSalle St., Suite 1900
Chicago, IL  60601 USA

## REMITTANCE ADVICE

Total Fees this Invoice                                   $6,411.25

Total Disbursements and Other Charges this Invoice          $356.99

Total Invoice Balance                                     $6,768.24

PLEASE REMIT TO THE LOCKBOX ADDRESS BELOW:

DLA PIPER RUDNICK GRAY CARY US LLP
5266 PAYSPHERE CIRCLE
CHICAGO, IL 60674

314262
J. Duban



Winn-Dixie Ad Hoc Trade Committee
Attn: Janice L. Duban                          July 21, 2006
DLA Piper Rudnick Gray Cary US LLP             Invoice #  1851731
203 N. LaSalle St., Suite 1900
Chicago, IL  60601 USA

**Matter Number:  314262-000001**
**Matter Name:    Trade Bankruptcy Issues**

For Legal Services Rendered Through June 30, 2006

For Winn-Dixie Ad Hoc Trade Committee

                                                              Hours

03/27/06 V. Roldan          Winn Dixie - Attend to contact       .40
                            list.

03/27/06 V. Roldan          Winn Dixie - Attend to 2004          .40
                            Application.

04/07/06 D. Tucker          Research regarding search for news  1.60
                            stories; the research was
                            requested by Bill Coleman.

04/30/06 J. Johnson         Review and edit brief regarding     3.80
                            substantive consolidation; review
                            road show materials and additional
                            background regarding statement of
                            facts.

05/01/06 M. Friedman        Conference exchanges regarding Ad   2.00
                            Hoc Committee regarding
                            confidentiality arrangement;
                            review of initial draft of brief
                            and affidavit; changes regarding
                            same.

05/01/06 S. Shishkova       Contact court clerk regarding       2.50
                            notice procedures for 2004
                            examination hearing (.10);
                            conversation with Debtors'
                            attorneys regarding Omnibus
                            hearing dates (.10);



Winn-Dixie Ad Hoc Trade Committee
Invoice # 1851731                                                    Page      2

|  |  |  |  |
|---|---|---|---|
|  |  | correspondence with M. Griffin regarding service agents (.10); revise Notice of Hearing on 2004 Application (.10); search contact information of parties to be served (1.00); prepare for service notice of hearing and 2004 application to involved parties (.60); initiate preparation of 2002 service list (.50). |  |
| 05/01/06 | T. Califano | Teleconference with Doug Wolfe, Kjerstin Habeh, Robert Koltai regarding confidentiality agreement, teleconference with Steve Reisman regarding indenture trustee position. | 2.40 |
| 05/01/06 | T. Califano | Revisions to brief, finalization of CA, conference call with Ventricelli and Draglin, review of Gurdelis regarding employee authority, initial review of documents. | 2.40 |
| 05/01/06 | V. Roldan | Meet with Califano regarding revisions to Confidentiality Agreement (1.0); place call with P. Oxenford regarding order (.3); attend to Milbank's comments to Confidentiality Agreement, calls with Califano and Friedman (1.3); phone calls with califano, Friedman and Indenture Trustee (.5); Califano and ASM (.5); Califano and FTI (.3); attend to 2004 Notice procedure (.5); attend to sub con issues, brief (.5); attend to document review (1.0); discuss brief and research with Califano (1.0); attend to Califano's comments to brief (.7). | 7.60 |


PIPER RUDNICK
GRAY CARY

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1851731                                              Page     3


| 05/01/06 D. Temes | Review lease documents for evidence of transfers among WD entities, e-mails with J. Boyles regarding same. | 1.30 |
| 05/01/06 Q. Smith | Analyze and index documents produced by Skadden, Arps. | 4.00 |
| 05/01/06 J. Duban | Communications General Mills and Kraft regarding by-laws; field responses to T. Califano e-mail regarding dual path approach; numerous and extended communications M. Friedman and T. Califano regarding further changes to confidentiality agreement and finalization thereof; communications M. Friedman regarding trade members' desire for ad hoc face to face meeting. | 2.40 |
| 05/02/06 M. Friedman | Telephone conference with Mr. Califano regarding brief and review of strategy. | 1.50 |
| 05/02/06 S. Shishkova | Prepare for service 2004 application to parties on master service list. | 3.00 |
| 05/02/06 X. Jones | Conducting Dunn & Bradstreet searches for Winn Dixie and associated entities on behalf of Vincent Roldan; forwarding search results to William Coleman. | 2.00 |
| 05/02/06 T. Califano | Conference call with Skadden et al. regarding document production; review of documents, meeting with FTI. | 3.50 |
| 05/02/06 W. Coleman | Finalize research on all debtor entities, have binder made. | 1.00 |



Winn-Dixie Ad Hoc Trade Committee
Invoice # 1851731                                          Page    4


05/02/06 W. Coleman          Review notes, e-mail S. Shishkova          .20
                             regarding affidavit of service of
                             R. 2004 motion.

05/02/06 V. Roldan           Revise sub con brief (1.5); meet          7.00
                             with FTI, Skadden , Califano
                             (1.5); attend to documents meet
                             with A. Smith regarding Assignment
                             (.5); review sub con documents,
                             reconcile with what has been
                             produced (2.3); attend to brief
                             (.5);read sub con cases (.7).

05/02/06 C. Dubuque          Research and retrieve Dunn &             1.80
                             Bradstreet reports for a variety
                             of companies, for W. Coleman.

05/02/06 Q. Smith            Continue to analyze and index           4.00
                             documents produced by Skadden,
                             Arps.

05/02/06 J. Duban            Communications M. Friedman                .50
                             regarding timing of filing of
                             Subcon motion in light of Houlihan
                             discussions; communications D.
                             Temes regarding status of
                             engagement letters; monitor ad hoc
                             e-mails and arrangements for
                             commencement of Houlihan meetings.

05/03/06 M. Friedman         Meeting with Mr. Califano and Mr.        5.00
                             Reiss, Mr. Ventricelli to discuss
                             strategy; review of affidavit and
                             revisions regarding same; review
                             of memorandum and revisions
                             regarding same.

05/03/06 S. Shishkova        Draft affidavit of service of Rule      1.50
                             2004 Application (.50); prepare
                             index of entities for binder
                             (.30); attend to scheduling
                             matters (.10); prepare for service
                             application via facsimile to

 PIPER RUDNICK
GRAY CARY

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1851731                                                    Page     5


                          Merrill Lynch, and amend affidavit
                          of service accordingly (.60).

05/03/06 T. Califano      Meetings with FTI, review of              3.50
                          revise of brief and affidavit;
                          review of claims for debtor.

05/03/06 T. Califano      Meeting with FTI, M. Friedman            3.00
                          regarding prepare for conference
                          call for meeting at FTI.

05/03/06 J. Johnson       Review and edit affidavit and           2.40
                          substantive consolidation motion.

05/03/06 W. Coleman       Review and revise brief on              4.00
                          substantive consolidation; review
                          docket, print and review various
                          docket items in connection with
                          foregoing.

05/03/06 V. Roldan        Discuss strategy of Califano (.3);       9.80
                          draft letter to U.S. Trustee
                          regarding committee (1.0); attend
                          to sub con cases, meet with FTI
                          (.5); substantial revision to sub
                          con brief, meetings with Califano,
                          FTI, Friedman regarding same
                          (6.0); final revisions to brief,
                          send to trade committee (2.0).

05/03/06 P. Altman        Strategize with counsel regarding       1.50
                          review of documents from debtor
                          and project of updating document
                          index to designate relevance to
                          substantive consolidation.

05/03/06 D. Temes         Review SEC filings from 1999 and        3.60
                          2000 (1.1); Legal Research related
                          to Substantive Consolidations
                          Motion.

05/03/06 Q. Smith         Continue to analyze and index the        .20
                          documents produced by Skadden,
                          Arps.



Winn-Dixie Ad Hoc Trade Committee
Invoice #  1851731                                              Page    6

| 05/04/06 M. Friedman | Meet with Mr. Vetricelli and Mr. Reiss to discuss affidavit. | .75 |
| 05/04/06 S. Shishkova | Draft Notice of Hearing of Substantive Consolidation Motion (.10); prepare table of authorities for substantive consolidation brief (2.00). | 2.10 |
| 05/04/06 T. Califano | Revisions to affidavit, conference call with Ventricelli regarding test; teleconference with Koltai, O'Connor, Friedman; review of Affidavits. | 4.50 |
| 05/04/06 W. Coleman | Legal research regarding substantive consolidation. | 2.00 |
| 05/04/06 V. Roldan | Meet with Altman, smith regarding Documents (1.0); attend to retention letter (.5); read D&B reports (.7); e-mail correspondence regarding meeting (.4);attend to pre-petition credit agreement, investigate guarantees (.5); revise Longacre letter (.5); revise sub con motion (.5); phone calls with SAM regarding meeting (.5); research ability to file a sub con motion during exclusive period (2.7). | 7.30 |
| 05/04/06 P. Altman | Review documents from debtor and update document index regarding relevance to substantive consolidation. | 3.40 |
| 05/04/06 D. Temes | Research procedural issues relating to motion for substantive consolidation. | 3.20 |
| 05/04/06 D. Temes | Review Motion and confirm citations. | 2.75 |

 PIPER RUDNICK
GRAY CARY

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1851731                                              Page      7


| 05/04/06 Q. Smith | Continue to analyze and index the documents received from Skadden, Arps. | 6.50 |

| 05/04/06 J. Duban | Meeting scheduling communications and confer M. Friedman regarding report of OCUC interaction. | .40 |

| 05/05/06 M. Friedman | Participate in telephone conference with Ad Hoc Committee; discussion regarding logistics of revising brief and affidavit; review draft of brief. | 1.40 |

| 05/05/06 S. Shishkova | Prepare, revise, and review table of authorities for substantive consolidation brief. | 4.00 |

| 05/05/06 T. Califano | Conference call, revisions to brief, teleconference with clients. | 2.20 |

| 05/05/06 V. Roldan | Revise motion, notice of motion Longacre letter (.7); attend trade committee conference call regarding strategy (1.5); attend to ASM, LCH's comments (.3); attend to trade committee's comments to brief (.8). | 3.30 |

| 05/05/06 P. Altman | Review documents from debtor and update document index regarding relevance to substantive consolidation. | 5.70 |

| 05/05/06 Q. Smith | Continue to analyze and index the documents received from Skadden, Arps. | 1.50 |

| 05/05/06 J. Duban | Participate in Ad Hoc conference and additional internal strategy and scheduling communication. | 1.10 |


PIPER RUDNICK
GRAY CARY

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1851731                                                    Page     8


| | | | |
|---|---|---|---|
| 05/07/06 | P. Altman | Review documents from debtor and update document index regarding relevance to substantive consolidation. | 1.80 |
| 05/08/06 | M. Friedman | Work on substantive consolidation memorandum. | 2.50 |
| 05/08/06 | S. Shishkova | Contact Baltimore office regarding filing Affidavit of Service of 2004 Application. | .10 |
| 05/08/06 | V. Roldan | Meet with Califano regarding strategy, call Duban regarding meeting (.4); attend to D&B report ; affidavit in support of sub com pre existing credit agreement (1.5); attend to pre-petition credit agreement (.2); meet with Califano, FTI regarding strategy (.7); attend to Reiss Affidavit, discuss comments with FTI (1.2). | 4.00 |
| 05/08/06 | P. Altman | Review documents from debtor and update document index regarding relevance to substantive consolidation. | 1.00 |
| 05/08/06 | D. Temes | Reviewed affidavits in support of sub con from other cases. | .90 |
| 05/08/06 | D. Temes | Reviewed SEC documents for references to the $700 million credit facility. | 1.40 |
| 05/08/06 | S. Dorsett | File Affidavit of Service; scan proof of service to Ms. Shiskova. | .50 |
| 05/08/06 | J. Duban | General e-mail and telephonic communications internal chain regarding status of all issues. | .30 |


PIPER RUDNICK
GRAY CARY

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1851731                                              Page     9


| 05/09/06 M. Friedman | Review and significantly revise the substantive consolidation memorandum. | 6.00 |
|---|---|---|
| 05/09/06 S. Shishkova | Prepare chart of executed Committee documents, and organize case files regarding same. | .60 |
| 05/09/06 T. Califano | Teleconference with Dan Ventricelli regarding affidavit, teleconference with Moskowitz, Koltai. | .70 |
| 05/09/06 T. Califano | Revisions to brief and motion, revisions to affidavit. | 1.50 |
| 05/09/06 W. Coleman | Forms research for Winn-Dixie brief, for D. Temes, e-mail M. Muzyk regarding same. | .50 |
| 05/09/06 V. Roldan | Attend to by-laws, retention letters, committee comments (.5); meet with Califano regarding strategy, call with ASM regarding same, coordinate steering committee meeting (1.0); revise sub con brief (2.3); read local rules as procedure (.5); finalize brief (using revised affidavit) (4.0). | 8.30 |
| 05/09/06 D. Temes | Research issues related to Pass Through Certificiates. | .60 |
| 05/09/06 D. Temes | Attention to Documents from Committee members. | .75 |
| 05/09/06 Q. Smith | Continue to analyze and index documents produced by Skadden, Arps. | 2.00 |


PIPER RUDNICK
GRAY CARY

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1851731                                                        Page    10


05/09/06 J. Duban            Internal and external strategy and      4.20
                             meeting schedule communications
                             and conference calls T. Califano
                             and M. Friedman, and conference
                             call with FTI team, all relating
                             to Subcon motion and related
                             issues; extensive work on editing
                             and partial redraft of Subcon
                             motion; communications with trade
                             steering members regarding
                             participation in steering call.


05/10/06 M. Friedman         Participation in Trade Committee        2.00
                             Steering Committee call regarding
                             filing of substantive
                             consolidation motion; telephone
                             conference with Mr. Califano
                             regarding same; e-mails regarding
                             status of meeting and subsequent
                             meeting to determine timing of
                             filing of substantive
                             consolidation motion.


05/10/06 S. Shishkova        Update table of authorities and        1.50
                             table of contents for substantive
                             consolidation brief (1.00);
                             discuss service of brief (.50).


05/10/06 T. Califano         Teleconference with Ventricelli         3.50
                             regarding status of affidavit, ad
                             hoc steering call, revision to
                             affidavit.


05/10/06 W. Coleman          Forms research for substantive           .50
                             consolidation brief in Winn Dixie.


05/10/06 W. Coleman          Review court direction in                .20
                             Winn-Dixie case, forward
                             information to V. Roldan.



Winn-Dixie Ad Hoc Trade Committee
Invoice #  1851731                                                    Page    11


| Date | Name | Description | Hours |
|---|---|---|---|
| 05/10/06 | W. Coleman | Attend to Winn-Dixie service list issues; calls and e-mails with debtor's counsel and claims agent, review docket, claims register and claims agent site; conversations with V. Roldan regarding same. | 2.30 |
| 05/10/06 | W. Coleman | Draft Winn-Dixie substantive consolidation order. | 2.50 |
| 05/10/06 | V. Roldan | Draft notice to file under Seal, Review local rules, draft motion, notice (2.4); attend to motion to file under Seal (.5); meet with Steering  Committee (1.5); meet with FTI and DLA Piper  team (.5); meet with Califano (.5); phone calls with Logan and Skadden regarding service, call with Skadden regarding same (.7); finalize motion, motion to file under Seal (1.2). | 7.30 |
| 05/10/06 | P. Altman | Review documents from debtor and update document index regarding relevance to substantive consolidation. | 1.10 |
| 05/10/06 | D. Temes | Check citations to SEC documents for sub con motion. | .50 |
| 05/10/06 | D. Temes | Review Table of Authorities for sub con brief. | .40 |
| 05/10/06 | D. Temes | Attention to retention letters and by-laws documents. | 1.30 |
| 05/10/06 | Q. Smith | Continue to analyze and index the documents produced by Skadden, Arps. | 2.50 |

 PIPER RUDNICK
GRAY CARY

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1851731                                             Page    12


05/10/06 J. Duban          Several e-mail communications and     4.75
                           conferences M. Friedman and
                           steering trade members regarding
                           participation in steering
                           committee call and necessity of
                           quorum; extended telephone
                           conference Red Rock Capital
                           regarding Ad Hoc joinder;
                           subsequent internal professional
                           conference.

05/11/06 M. Friedman       Telephone conference and e-mail       1.80
                           exchange with Mr. Barr regarding
                           efforts to open negotiations to
                           trade committee; telephone
                           conference with Mr. Califano
                           regarding filing of substantive
                           consolidation motion; brief review
                           of motion; participate in trade
                           committee conference call;
                           telephone conference with Mr. Barr
                           regarding filing of substantive
                           consolidation motion and e-mail
                           exchanges regarding same.

05/11/06 S. Shishkova      Supervise preparation of master        .80
                           service list (.30); review local
                           rules regarding filing under seal
                           (.50).

05/11/06 T. Califano       Conference call with Committee;       3.00
                           conference call with Debtors
                           professionals; review of motions;
                           teleconference with Ventricelli.

05/11/06 W. Coleman        Draft letter to Chambers enclosing    5.00
                           substantive consolidation motion
                           and motion to file under seal,
                           prepare order and all papers,
                           forward to Chambers and parties in
                           interest; prepare and e-file
                           motion papers; numerous e-mails
                           with Logan re service of notice of
                           hearing, forward same to same for
                           service; serve notice of hearing



PIPER RUDNICK
GRAY CARY

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1851731                                          Page   13


                          on Master Service List by e-mail
                          and first class mail.

05/11/06 V. Roldan        Phone calls with Skadden regarding        5.70
                          service, attend to notice (.5);
                          finalize documents to file (1.7);
                          meet with committee (1.0),
                          finalize brief for filing (2.5).

05/11/06 P. Kaplan        Draft response to audit inquiry           2.00
                          request letter; e-mail firm
                          personnel; finalize letter; copies
                          regarding ConAgra Foods, Inc.

05/11/06 J. Duban         E-mail communication with Trade           3.50
                          Steering Members regarding
                          participation in quorum; review
                          status update from R. Payne to
                          absent trade steering members
                          yesterday; communications
                          regarding Kraft withdrawal from Ad
                          Hoc; numerous internal e-mails
                          regarding Ad Hoc vote and position
                          relative to OCUC participation;
                          participate in steering call
                          regarding Subcon filing and
                          related issues; post-call and
                          communications with M. Friedman
                          and FTI regarding limited OCUC
                          representation role.

05/12/06 D. Carrigan      Conference regarding substantive          .40
                          consolidation and possible effect
                          upon vendor contracts.

05/12/06 M. Friedman      E-mail exchange on status with Ms.        .40
                          Duban and Mr. Roldan; questions
                          related to filing of motion and
                          response to questions from holder
                          of trade claims.

05/12/06 S. Shishkova     Update chart and files of executed        .50
                          Committee documents.


PIPER RUDNICK
GRAY CARY

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1851731
                                                                      Page    14


| 05/12/06 T. Califano | Teleconference with Sally Henry, John Brecker; teleconference with Steve Busey regarding motion. | 1.20 |
|---|---|---|
| 05/12/06 W. Coleman | Forward substantive consolidation motion to parties in interest who requested it; check on wire transfer to Logan and Co. | .80 |
| 05/12/06 V. Roldan | Attend to local rules, call Debtor counsel regarding calendar(.7); attend to Confidentiality Agreement,correspondence with Creditors; call Debtors, call S. Henry (.6); phone calls with Friedman, e-mail correspondence with committee (.3); phone calls with law clerk regarding documents to file under seal (.3); attend to claim amounts, calculations (.3). | 2.20 |
| 05/12/06 D. Temes | Attention to Retention letters and Amount of Claims held by the Committee. | 1.10 |
| 05/12/06 J. Duban | Field and respond to several inquiries regarding confidentiality acquiescence for purposes of obtaining access to Ad Hoc Subcon pleadings, and e-mail communications V. Roldan regarding same. | .50 |
| 05/13/06 V. Roldan | Review documents produced by Debtors. | .50 |
| 05/15/06 S. Shishkova | Review and organize case files. | 1.50 |
| 05/15/06 T. Califano | Teleconference with Steve Busey, J. O'Connor, Reiss. | .80 |



Winn-Dixie Ad Hoc Trade Committee
Invoice #  1851731                                                      Page    15


| | | | |
|---|---|---|---|
| 05/15/06 | T. Califano | Conference with D. Temes, teleconference with Brager, teleconference with Goldstein, teleconference with Friedman. | 1.10 |
| 05/15/06 | V. Roldan | Attend to documents produced, call vendor regarding same(.4); attend to documents produced (.5) attend to fees, calculate percentages (.2); review documents produced (.6). | 1.70 |
| 05/15/06 | D. Temes | Attention to claims held by committee members. | 1.20 |
| 05/15/06 | J. Duban | Extended conference Silver Point Capital regarding ad hoc joinder and apprise T. Califano; communications T. Califano regarding discussions with debtors' local counsel regarding debtors' plans on Subcon issue. | .70 |
| 05/16/06 | S. Shishkova | Review and organize case files. | .50 |
| 05/16/06 | T. Califano | Teleconference with John Brecker regarding status and discussions with HLHZ, teleconference with Sally Henry, teleconference with Friedman and Ventricelli, review of FTI material. | 2.50 |
| 05/16/06 | V. Roldan | Draft e-mail to committee. | .40 |
| 05/16/06 | V. Roldan | Analyze documents produced by debtors. | 1.70 |
| 05/16/06 | D. Temes | Attention to claims held by committee members. | .30 |



Winn-Dixie Ad Hoc Trade Committee
Invoice #  1851731                                          Page    16


05/17/06 M. Friedman          Discussion with Ms. Duban              .50
                              regarding strategy; preparation of
                              confidentiality agreement with
                              trade committee and means of going
                              forward to present material from
                              OCUC phase to trade committee.

05/17/06 T. Califano          Teleconference with Debtors          1.50
                              counsel, Friedman, Duban, O'Connor.

05/17/06 V. Roldan            Attend to sub con issues documents.    .50

05/17/06 V. Roldan            Phone call with J. Post regarding      .20
                              motion to file under seal.

05/17/06 V. Roldan            Phone call with J. Post regarding      .50
                              hearing, discuss strategy with T.
                              Califano.

05/17/06 V. Roldan            Attend to indenture, call R.           .70
                              Summer (creditor).

05/17/06 V. Roldan            Meeting with T. Califano regarding     .50
                              strategy, call with creditor
                              regarding confidentiality.

05/17/06 V. Roldan            Call Winn Dixie creditor regarding     .30
                              consolidation.

05/17/06 D. Temes             Attention to claims held by          1.70
                              Committee members, prepare chart
                              for allocation of fees.

05/17/06 J. Duban             Telephone conference F. Reiss          .90
                              regarding OCUC preliminary
                              disposition of Subcon issue;
                              communications M. Friedman
                              regarding content of go-forward
                              confidentiality agreement with
                              OCUC; e-mail communication to Ad
                              Hoc Committee regarding OCUC
                              preliminary disposition of Subcon
                              issue.



Winn-Dixie Ad Hoc Trade Committee
Invoice #  1851731                                              Page    17


05/18/06 D. Carrigan          Telephone conference with vendor        .15
                              on reorganized entities with
                              substantial assets.

05/18/06 M. Friedman          Work on confidentiality agreement       1.40
                              for access to OCUC/Houlihan
                              materials for Trade Committee;
                              revisions regarding same.

05/18/06 S. Shishkova         Review FiberMark court docket for       .30
                              motion and order regarding
                              screening walls and trading
                              procedure for committee members.

05/18/06 S. Shishkova         Review and organize case files.         .10

05/18/06 T. Califano          Prepare for and travel to              10.00
                              Jacksonville for hearing,
                              attendance at hearing,
                              teleconference with Reiss, Wolfe,
                              Koltai, O'Connor, Friedman.

05/18/06 V. Roldan            Attend to screening procedures for      .30
                              traders.

05/18/06 V. Roldan            Phone call with T. Califano             .20
                              regarding strategy.

05/18/06 D. Temes             Review Fibermark trading                .30
                              restrictions order for Vince.

05/18/06 J. Duban             Communications D. Roldan regarding      5.70
                              trading restriction language for
                              proposed confidentiality agreement
                              with OCUC; draft preliminary,
                              proposed agreement; confer M.
                              Friedman regarding same; review M.
                              Friedman suggested revisions and
                              concur; communications T. Califano
                              regarding court hearing
                              disposition; communications FTI
                              regarding scheduling issues
                              relating to Ad Hoc meeting and

 PIPER RUDNICK
GRAY CARY

Winn-Dixie Ad Hoc Trade Committee
Invoice # 1851731                                                    Page    18


|  |  |  |
|---|---|---|
|  | possible Houlihan meeting; field and respond to e-mails regarding yesterday's e-mail concerning OCUC preliminary disposition of Subcon issue. |  |
| 05/19/06 M. Friedman | Participate in conference call of Trade Committee to discuss status of negotiations with OCUC and access to Houlihan material, confidentiality arrangement and general strategy. | .75 |
| 05/19/06 T. Califano | Conference call, teleconference with Busey, Henry; teleconference with client. | 1.50 |
| 05/19/06 W. Coleman | Review file regarding Merrill Lynch contact information, forward to V. Roldan. | .30 |
| 05/19/06 W. Coleman | Procedural research. | .60 |
| 05/19/06 W. Coleman | Review e-mail from a creditor, e-mail Logan regarding change of address. | .30 |
| 05/19/06 V. Roldan | Discuss strategy with Califano, research local procedure on hearing, phone call to Merrill Lynch. | .70 |
| 05/19/06 V. Roldan | Call with AHC, meetings with Califano. | 1.70 |
| 05/19/06 V. Roldan | Draft letter to court. | 1.00 |
| 05/19/06 V. Roldan | Phone call with Court to law clerk (Funk) regarding conference. | .50 |
| 05/19/06 V. Roldan | Read judge's guidelines, procedure. | .50 |
| 05/19/06 V. Roldan | Draft letter to court regarding scheduling. | .60 |



PIPER RUDNICK
GRAY CARY

Winn-Dixie Ad Hoc Trade Committee
Invoice # 1851731                                              Page    19


| 05/19/06 V. Roldan | Attend to ASM's comments to confidentiality. | .30 |
| 05/19/06 J. Duban | Participate in Ad Hoc conference call; subsequent communications M. Pender; review T. Califano revisions to proposed confidentiality agreement and discuss same with him; subsequent conversation M. Friedman regarding debtor's putative plan strategy; discuss same with T. Califano and discuss strategy for obtaining Ad Hoc fees from debtors. | 2.50 |
| 05/20/06 V. Roldan | Attend to Confidentiality Agreement, screening procedure. | 1.00 |
| 05/20/06 V. Roldan | Review "WD" production of documents. | 5.30 |
| 05/22/06 T. Califano | Teleconference with Steve Busey regarding scheduling. | 1.00 |
| 05/22/06 W. Coleman | Draft and forward letter to a creditor enclosing substantive consolidation motion. | .50 |
| 05/22/06 W. Coleman | Review docket er Logan proof of service of substantive consolidation motion, e-mail V. Roldan and print affidavit of service without service list. | .20 |
| 05/22/06 V. Roldan | Attend to research on exclusivity, phone call with Ventricelli regarding documents, review status of requests. | 1.40 |
| 05/22/06 V. Roldan | Phone calls with M. Smith (creditor) regarding motion, call with court regarding teleconference, call with S. Busey regarding same, call with M. Baket (creditor) regarding | 1.70 |



Winn-Dixie Ad Hoc Trade Committee
Invoice #  1851731                                          Page    20


                                confidentiality.

05/22/06 V. Roldan        Research procedure for court              .30
                          communications.

05/22/06 D. Temes         Reseach related to Exclusivity and      2.50
                          sub con motions.

05/23/06 T. Califano      Teleconference with Busey e-mails       2.50
                          to clients, debtors;
                          teleconference with Reiss etc.,
                          teleconference with Friedman.

05/23/06 V. Roldan        Call with Califano regarding           1.00
                          confidentiality agreement, attend
                          to Wolfe's comments to same.

05/23/06 V. Roldan        Attend to fee calculations.              .30

05/23/06 V. Roldan        Attend to local rules, discuss           .30
                          communications with Martino.

05/23/06 V. Roldan        Discuss strategy with Califano,          .50
                          e-mail and correspondence with
                          Busey.

05/23/06 D. Temes         Update chart with Committee            2.40
                          members' claims and calculate
                          allocated fees.

05/23/06 J. Duban         Telephonic and e-mail                    .90
                          communications counsel for Domino
                          Foods and S. Henry regarding
                          avoidance of objection to Subcon
                          motion; extended conference R.
                          Payne regarding disposition of
                          last Ad Hoc call; telephone calls
                          from other steering committee
                          members regarding "next steps".

05/24/06 S. Shishkova     Review case files for affidavit of       .10
                          service of 2004 application.