

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1851731                                          Page   21


| 05/24/06 T. Califano | Teleconference with Fred Reiss, teleconference with Ron Cohen, teleconference with Barbara Cox regarding 2004, teleconference with Dan Ventricelli, revisions to letters. | 2.50 |
|---|---|---|
| 05/24/06 W. Coleman | Review docket, forward notice of our substantive consolidation motion to V. Roldan. | .40 |
| 05/24/06 V. Roldan | Attend to fee calculations. | .30 |
| 05/24/06 V. Roldan | Meet with T. Califano regarding strategy, call Friedman. | .50 |
| 05/24/06 V. Roldan | E-mail correspondence with creditor regarding scheduling. | .20 |
| 05/24/06 V. Roldan | Call with ASM regarding confidentiality. | .10 |
| 05/24/06 V. Roldan | Attend to creditor correspondence, pleading. | .20 |
| 05/24/06 V. Roldan | Draft letter to creditors regarding confidentiality agreement (1.0), attend to fees (.5), call Sambu regarding confidentiality (.3), attend to 2004 Service (.5), meet with T. Califano regarding strategy (.7). | 3.00 |
| 05/24/06 V. Roldan | Research violations of exclusivity. | .80 |
| 05/24/06 V. Roldan | Review documents produced by debtors. | 2.50 |
| 05/24/06 D. Temes | Revise chart regarding allocation of professional fees. | 1.30 |
| 05/24/06 S. Dorsett | Return telephone messages regarding Winn-Dixie Motion for Consolidation. | .70 |


PIPER RUDNICK
GRAY CARY

Winn-Dixie Ad Hoc Trade Committee
Invoice # 1851731                                      Page    22


05/25/06 S. Shishkova        Attend to scheduling matters          2.20
                             (.10); review exclusivity motions,
                             transcripts of hearings, and news
                             articles for references to
                             substantive consolidation as an
                             important issue(2.10).

05/25/06 T. Califano         Review of objections,                 3.00
                             teleconference with Scott
                             Friedman, teleconference with Dan
                             Ventricelli and Reiss;
                             teleconference with creditors
                             counsel regarding 2004 issues.
                             teleconference with Steve Busey
                             regarding rent in under seal,
                             etc., letter to Busey.

05/25/06 W. Coleman          Review docket, print various          5.00
                             pleadings, create new binder
                             regarding R. 2004 motion,
                             substantive consolidation motion
                             and motion to seal, and all
                             related documents and objections;
                             prepare index.

05/25/06 W. Coleman          E-mail to and from claims agent        .20
                             regarding a change of address.

05/25/06 V. Roldan           Phone calls with T. Califano,         1.00
                             Martino regarding strategy, attend
                             to confidentiality.

05/25/06 V. Roldan           Meet with T. Califano, D. Temes        .70
                             regarding research.

05/25/06 V. Roldan           Attend to fees, research,             1.00
                             confidentiality agreement.

05/25/06 V. Roldan           Draft letter to debtor regarding      1.30
                             confidentiality, meet with
                             Califano regarding strategy.

05/25/06 V. Roldan           Attend to objections to documents,    1.00
                             call to creditors.

 PIPER RUDNICK
GRAY CARY

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1851731                                              Page    23


| 05/25/06 V. Roldan | Call Scariati regarding research. | .30 |
| 05/25/06 V. Roldan | Draft confidentiality agreement. | 1.00 |
| 05/25/06 D. Temes | Revise Fee Chart for Committee Members fees. | 1.30 |
| 05/25/06 D. Temes | Research issues related to 2004 application. | 1.10 |
| 05/25/06 D. Temes | Meetings with T. Califano and V. Roldan regarding June 1 hearing. | .30 |
| 05/25/06 S. Dorsett | Review docket for Responses to Consolidation Motion. | .10 |
| 05/25/06 J. Duban | Review revisions to Confidentiality Agreement. | .30 |
| 05/25/06 P. Martino | Conferences (over several days) regarding about 15 creditors regarding substantive consolidation motion and hearing (.5); calls to/from and conference with Vince Roldan regarding strategy (.3). | .80 |
| 05/26/06 M. Friedman | Preparation of confidentiality agreement for submission to OCUC; discussions with Mr. Califano and Ms. Duban regarding same; telephone conference with Mr. Barr regarding same. | .75 |
| 05/26/06 T. Califano | Teleconference with Doug Wolfe, Rob Koltai, David Sherman, teleconference with Barrs, internal. | 1.30 |
| 05/26/06 W. Coleman | Finalize new pleadings binder; create binder of affidavits and certificates of service and index; review file and docket, prepare and forward objections and other pleadings to V. Roldan. | 3.00 |



Winn-Dixie Ad Hoc Trade Committee
Invoice # 1851731                                         Page   24

| 05/26/06 V. Roldan | Research exclusivity and solicitation issues, calls with D. Temes regarding letter, call clerk regarding procedure. | 2.00 |

| 05/26/06 R. Scariati | Conference with Vincent Roldan regarding research on substantive consolidation and exclusivity issues. | .20 |

| 05/26/06 D. Temes | Edit and revise correspondence to creditors (.3); Draft letter to counsel at DOJ regarding motion for sub con and motion to file under seal (.3); Prepare materials for hearing (1.7); research issues related to 2004 examination (1.2). | 3.50 |

| 05/26/06 S. Dorsett | Review docket for responses to Consolidation Motion. | .10 |

| 05/26/06 J. Duban | Miscellaneous e-mail communications regarding status of Confidentiality Agreement, Milbank's response thereto and status of meeting (either internal or external) meetings; briefly review Milbank revisions to Confi Agreement; telephone call from J. Jones regarding status of WD developments; e-mail M. Pender and R. Payne regarding same and availability for any meeting. | .90 |

| 05/27/06 R. Scariati | Research on effect of motion for substantive consolidation on debtor's exclusive periods to file plan and disclosure statement under Bankruptcy Code section 1121(b). | 2.80 |



PIPER RUDNICK
GRAY CARY

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1851731                                                           Page    25


| 05/28/06 R. Scariati | Research on adjournment or abeyance of motion for substantive consolidation until plan or disclosure statement hearings; e-mail to Vincent Roldan regarding same. | 3.50 |
|---|---|---|
| 05/29/06 M. Friedman | Review of comments from OCUC counsel on confidentiality agreement; e-mail to OCUC counsel and reaction to comments. | .70 |
| 05/29/06 V. Roldan | Read objections to sub con motion. | .50 |
| 05/29/06 V. Roldan | Phone call with Scariati regarding research, attend to confidentiality agreement. | 1.00 |
| 05/29/06 V. Roldan | Draft reply to objections to sub can motion. | 1.50 |
| 05/29/06 V. Roldan | Research 2004 applications and contested matters (2.0); 2004 applications in MD, Fla (1.0); plan and sub can issues (2.0). | 5.00 |
| 05/29/06 R. Scariati | Conference with and e-mails to Vincent Roldan, and additional research on timing of substantive consolidation motions and addressing such issues in plan and disclosure documents. | 1.50 |
| 05/30/06 M. Friedman | E-mail exchanges with Ms. Duban, Mr. Califano and Matt Barr regarding confidentiality agreement; draft e-mails regarding same; attempting to resolve impasse with OCUC. | .70 |
| 05/30/06 S. Shishkova | Review and organize case files. | .20 |

 PIPER RUDNICK
GRAY CARY

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1851731                                              Page    26


| 05/30/06 T. Califano | Teleconference with various members, teleconference with Barr and Busey, review of DRW, finalization of Confidentiality Agreement. | 5.50 |
|---|---|---|
| 05/30/06 W. Coleman | Review and organize case file in connection with three pending motions. | 2.30 |
| 05/30/06 V. Roldan | Meet with T. Califano regarding strategy. | .40 |
| 05/30/06 V. Roldan | Attend to exclusivity research. | .40 |
| 05/30/06 V. Roldan | Discuss strategy with T. Califano, attend to creditors who want access to brief. | .80 |
| 05/30/06 V. Roldan | Attend to finalized invoices, bill. | .50 |
| 05/30/06 V. Roldan | Research Sub Con disclosure statement. | .70 |
| 05/30/06 V. Roldan | Meet with Busey, Barr & T. Califano regarding scheduling. | .70 |
| 05/30/06 V. Roldan | Attend to cover letter for fees. | .40 |
| 05/30/06 V. Roldan | Attend to status of confidentiality agreement. | .30 |
| 05/30/06 V. Roldan | Attend to exclusivity research, correspondence with creditors. | .30 |
| 05/30/06 V. Roldan | Research exclusivity issues, 2004 issues. | 1.50 |
| 05/30/06 V. Roldan | Research sub con and sub rosa plan. | 2.30 |
| 05/30/06 S. Dorsett | Review docket for Responses to Consolidation Motion. | .10 |



Winn-Dixie Ad Hoc Trade Committee
Invoice # 1851731

Page    27

| 05/30/06 J. Duban | Numerous internal and external e-mails regarding confidentiality agreement; conference M. Friedman regarding final "deal" and revisions; make final revisions and internally circulate; subsequently, review T. Califano revisions upon further discussions with OCUC counsel. | .90 |
| 05/31/06 M. Friedman | Review confidentiality agreement; e-mail exchange with Mr. Barr regarding same; telephone conference with Mr. Califano regarding same; telephone conference with Ms. Duban regarding same; review e-mail exchanges among members regarding setting up meeting and review of proposal. | 1.20 |
| 05/31/06 S. Shishkova | Review court docket for notice of hearing to 2004 application (.40); e-mail substantive consolidation motion to interested party (.20). | .60 |
| 05/31/06 T. Califano | Teleconference with Barr, Friedman, Moskowitz, Wolfe et al.; finalization of the Confidentiality Agreement, review of DRW cases; teleconference with Sally Henry. | 3.50 |
| 05/31/06 W. Coleman | Dialings into court to find sample pro hac papers, obtain local rules on same. | .50 |
| 05/31/06 V. Roldan | E-mail correspondence with T. Califano re sub con case law. | .50 |
| 05/31/06 V. Roldan | Discuss strategy with T. Califano phone call with creditors regarding access, review bills. | 1.20 |


PIPER RUDNICK
GRAY CARY

Winn-Dixie Ad Hoc Trade Committee
Invoice # 1851731                                                    Page    28


| | | |
|---|---|---|
| 05/31/06 V. Roldan | Phone call with Busey regarding Confidentiality Agreement, notice 42004; attend to creditors inquiries. | .50 |
| 05/31/06 V. Roldan | Correspondence with creditors on Confidentiality Agreement. | .30 |
| 05/31/06 V. Roldan | Meet with T. Califano regarding strategy, prepare for hearing. | .50 |
| 05/31/06 V. Roldan | Attend to OCUC proposal, discuss same with T. Califano. | .50 |
| 05/31/06 S. Dorsett | Review docket for responses to Consolidation Motion. | .10 |
| 05/31/06 J. Duban | Conference M. Friedman regarding yesterday's activities to "bring him up to speed"; also confer and several e-mails regarding steering committee meeting scheduling; additional e-mails regarding finalization of confidentiality agreement. | .60 |
| 06/01/06 M. Friedman | Telephone conference among professionals relating to response to Committee proposal; meetings to obtain information from Committee; concerns expected to be expressed by trade members; discussion of tactics; e-mail exchanges with Ms. Duban and Mr. Califano regarding same. | 1.50 |
| 06/01/06 T. Califano | Review and consider confidentiality agreement issues, conference call with clients. | 3.50 |
| 06/01/06 V. Roldan | Attend hearing. | 3.00 |
| 06/01/06 V. Roldan | Research plan and exclusivity issues. | 1.00 |


PIPER RUDNICK
GRAY CARY

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1851731                                            Page    29


| 06/01/06 | J. Duban | E-mails regarding conference scheduling; e-mails Trade Members; additional e-mails T. Califano and M. Friedman regarding June 7 logistics; Winn-Dixie internal conference call among DLA and FTI regarding talking points for June 5; Ad Hoc conference call; review FTI report on Houlihan report. | 1.65 |
| 06/02/06 | M. Friedman | Review bulletpoint e-mail in preparation for conference call for clients in preparation for meeting and presentation by OCUC; changes regarding same. | .75 |
| 06/02/06 | S. Shishkova | Draft pro hac vice motions for T. Califano and V. Roldan. | 1.50 |
| 06/02/06 | T. Califano | Preparation of proposal, conference and with group, conference call with Steve committee, prepare for meeting. | 3.00 |
| 06/02/06 | W. Coleman | Conversations with S. Shishkova regarding preparation of pro hac motions. | .20 |
| 06/02/06 | V. Roldan | Multiple meetings with Califano regarding strategy (1.3); e-mail correspondence with creditors regarding documents (.2); call members regarding meeting (.2); attend to FTI analysis (.3). | 2.00 |
| 06/02/06 | J. Duban | Various and extended communications M. Friedman and T. Califano regarding June 7 strategy and participation logistics. | 1.00 |



Winn-Dixie Ad Hoc Trade Committee
Invoice # 1851731                                              Page   30


| 06/05/06 M. Friedman | Review of material from FTI in preparation for a Steering Committee conference call; participate in Steering Committee conference call; e-mail exchanges regarding outcome of Steering Committee conference call. | 2.75 |

| 06/05/06 S. Shishkova | Review and organize case files. | .10 |

| 06/05/06 T. Califano | Prepare for conference call, conference call, teleconference with Simms, Friedman, Barr; memo regarding conversation with Barr; review of R2 cases. | 5.50 |

| 06/05/06 V. Roldan | Steering committee meeting regarding OCUC proposal (3.0); meet Califano regarding strategy (.3). | 3.30 |

| 06/05/06 J. Duban | Participate in Ad Hoc conference call; communications certain Steering Trade Members regarding participation on June 7; communications regarding possible video presentations. | 2.75 |

| 06/06/06 T. Califano | Teleconference with David Sherman, teleconference with Steven Sims, review of case law regarding classification, teleconference Jeff Kaplan. | 1.30 |

| 06/06/06 V. Roldan | Review WD production documents WD2100-WD2602 (3.0); attend to OCUC proposal (.5); e-mails, calls with members regarding call (1.0); discuss strategy with califano (.2); attend meeting (.5). | 5.20 |

| 06/06/06 D. Temes | Research issues regarding classification of claims. | 2.90 |



Winn-Dixie Ad Hoc Trade Committee
Invoice #  1851731

Page    31

| 06/06/06 J. Duban | Communications regarding potential video conferencing for June 7; telephone call from J. Jones regarding update concerning disposition of June 5 Ad Hoc call and participation on June 7; prior thereto, procure executed confidentiality agreement and apprise T. Califano. | .60 |
| 06/07/06 M. Friedman | Preparation for meeting/negotiation with Trade Committee,  Steering Committee and representatives of OCUC regarding resolution of substantive consolidation issue and allocation of stock and reorganized entity pursuant to a proposed plan arrangement (2.0); meeting with Califano and representatives of FTI regarding same (.50); participation in meeting with OCUC representative and Trade Committee, Steering Committee and private meeting related to same (3.5); discussion after meeting with members of Steering Committee and representatives of FTI (.50); telephone conference with Ms. Duban regarding outcome of meeting (.40). | 6.90 |
| 06/07/06 S. Shishkova | Review service lists and prepare letter to interested party regarding change of address. | .30 |
| 06/07/06 T. Califano | Prepare for and attendance at meeting with Official Committee; teleconference with Shearman and O'Connor, regarding classification. | 6.50 |



Winn-Dixie Ad Hoc Trade Committee
Invoice #  1851731
                                                                    Page    32


| 06/07/06 W. Coleman | E-mail from S. Shishkova regarding a creditor change of address, review creditor database, e-mail same and C. Soberanis regarding procedure, review file and further e-mail C. Soberanis regarding claims agent information. | .60 |
|---|---|---|
| 06/07/06 V. Roldan | Discuss research with Temes, strategy with Califano (1.0); luncheon meeting with AHC, OCUC regarding proposal (1.5). | 2.50 |
| 06/07/06 D. Temes | Research issues related to classification of claims and distributions within classes. | 2.40 |
| 06/07/06 J. Duban | Update from M. Friedman regarding disposition of meeting with CCUC. | .30 |
| 06/08/06 T. Califano | Teleconference with Matt Barr, Robert Koltai; e-mail to group. | 1.50 |
| 06/08/06 W. Coleman | Revise pro hac orders and motions. | 2.50 |
| 06/08/06 J. Duban | Telephone call from B. Ellis (ConAgra) regarding status and certain terms of Confidentiality Agreement. | .30 |
| 06/12/06 M. Friedman | Telephone conference with inquiring counsel regarding inquiries on status with respect to request for information and memorandum. | .25 |
| 06/12/06 T. Califano | Telephone conference with Sal Mitloch; telephone conference with clients. | .50 |

 PIPER RUDNICK
GRAY CARY

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1851731                                                    Page    33

| | | | |
|---|---|---|---|
| 06/12/06 | W. Coleman | Procedural history research: Numerous searches in docket and file for information on sale of distribution center and for prior DLA pro hac motion; review numerous pleadings; advise V. Roldan. | 2.00 |
| 06/12/06 | V. Roldan | Telephone call with Califano, call Martino regarding local practice (.2); attend to correspondence from J. Paul (.1). | .30 |
| 06/12/06 | J. Duban | Ad Hoc conference scheduling e-mails and certain trade members regarding availability. | .40 |
| 06/13/06 | T. Califano | Review of debtors filings; teleconference with Wolfe, Barr, Reiss; e-mails to group. | 1.50 |
| 06/13/06 | W. Coleman | Revise and finalize pro hac motion papers for T. Califano and V. Roldan; obtain all executions and e-mail to C. Soberanis. | 2.50 |
| 06/13/06 | V. Roldan | Attend to pro hac pleadings (.4); begin drafting reply to Debtors' response (3.0); meet with Califano regarding strategy (.3); discuss pro hac procedure with Tampa (.4); meetings with Califano, draft reply to debtors' response to sub con motion, legal research on ripeness, plan issues, exclusivity (7.3). | 11.40 |
| 06/13/06 | V. Roldan | Further revisions to reply. | 1.60 |
| 06/13/06 | D. Temes | Research and draft reply to Debtors' objection to Sub Con motion. | 7.20 |



PIPER RUDNICK

Winn-Dixie Ad Hoc Trade Committee
Invoice # 1851731                                               Page    34


| 06/14/06 M. Friedman | Telephone conference with Mr. Califano in preparation for Steering Committee telephone conference; participate in Steering Committee telephone conference; review of Debtor's opposition to substantive consolidation motion. | 1.20 |
|---|---|---|
| 06/14/06 S. Shishkova | Review court docket and Westlaw for articles and pleadings with substantive consolidation quotes. | .50 |
| 06/14/06 T. Califano | Committee conference call, teleconference with Barr etc. finalization of agreement; teleconference with members. | 3.20 |
| 06/14/06 V. Roldan | Discuss strategy with Califano (.5); attend steering committee meeting regarding settlement (1.4); meeting with Barr, Califano regarding terms of deal (.7); e-mails to AHC regarding deal, revise deal and send e-mail (.8); ph. calls with accounting, attend to fees,  ph calls with Califano (1.5); phone call with Califano, Barr regarding deal, e-mail correspondence regarding same. (.7). | 5.60 |
| 06/14/06 V. Roldan | Finalize e-mail with terms of deal to M Barr (.3); final revision to draft response to debtors' reply (.5). | .80 |
| 06/14/06 D. Temes | Research and Revise Reply to Debtors Response to Sub Con Motion. | 4.90 |
| 06/14/06 J. Duban | Confer with M. Friedman regarding Ad Hoc vote disposition and negotiations. | .30 |


PIPER RUDNICK
GRAY CARY

Winn-Dixie Ad Hoc Trade Committee
Invoice # 1851731                                                    Page    35


| 06/15/06 | T. Califano | Teleconference with Barr etc. finalization of agreement; teleconference with Sims & Reiss. | 1.50 |
| 06/15/06 | V. Roldan | Attend hearing on Sub Con Motion. | 2.00 |
| 06/16/06 | T. Califano | Teleconference with J. O'Connor et al.; finalization of agreement. | 1.00 |
| 06/16/06 | T. Califano | Revisions of claims objections and other documents. | 1.10 |
| 06/16/06 | W. Coleman | Revise attorney consent for V. Roldan and forward to C. Soberanis. | .50 |
| 06/27/06 | V. Roldan | Discuss with S. Lax, S. Simms post-confirmation issues. | .50 |
| 06/29/06 | S. Shishkova | Prepare binder of plan and disclosure statement. | .50 |
| 06/29/06 | T. Califano | Telephone conference with Wolfe; office conference with Roldan. | .30 |
| 06/29/06 | V. Roldan | Attend to Docket, phone calls with S. Lax (0.3); read, analyze plan and Disclosure Statement (3.4). | 3.70 |
| 06/30/06 | M. Friedman | Review of plan and disclosure statement for interests of trade creditor's constituency and clients. | 1.75 |

Professional Charges This Matter              $235,157.75


Total Due for Professional Charges           $235,157.75


T I M E K E E P E R   S U M M A R Y

| TIMEKEEPER | TITLE | HOURS | RATE | FEES |
| --- | --- | --- | --- | --- |



Winn-Dixie Ad Hoc Trade Committee
Invoice #  1851731

Page    36

| | | | | |
|---|---|---|---|---|
| T. Califano | Partner | 98.50 | 650.00 | 64,025.00 |
| M. Friedman | Partner | 44.45 | 570.00 | 25,336.50 |
| P. Martino | Partner | .80 | 550.00 | 440.00 |
| D. Carrigan | Partner | .55 | 525.00 | 288.75 |
| J. Duban | Partner | 38.35 | 510.00 | 19,558.50 |
| J. Johnson | Associate | 6.20 | 485.00 | 3,007.00 |
| V. Roldan | Associate | 166.50 | 485.00 | 80,752.50 |
| D. Temes | Associate | 51.10 | 295.00 | 15,074.50 |
| P. Altman | Associate | 14.50 | 295.00 | 4,277.50 |
| Q. Smith | Attorney | 20.70 | 295.00 | 6,106.50 |
| W. Coleman | Paralegal | 40.60 | 225.00 | 9,135.00 |
| X. Jones | Paralegal | 2.00 | 225.00 | 450.00 |
| P. Kaplan | Paralegal | 2.00 | 210.00 | 420.00 |
| S. Dorsett | Project Assist. | 1.60 | 85.00 | 136.00 |
| C. Dubuque | Librarian | 1.80 | 230.00 | 414.00 |
| D. Tucker | Librarian | 1.60 | 160.00 | 256.00 |
| R. Scarlati | Contract Lawyer | 8.00 | 435.00 | 3,480.00 |
| S. Shishkova | Project Assist. | 25.00 | 80.00 | 2,000.00 |
| | | ===== | | ========== |
| | TOTALS | 524.25 | | 235,157.75 |

Disbursements and Other Charges:

| | | |
|---|---|---|
| 04/30/06 | Telephone Expense - VENDOR: MCI CONFERENCING AUDIO CONFERENCING | 454.10 |
| 05/01/06 | Duplicating | 30.00 |
| 05/01/06 | Meals - VENDOR: JANICE L. DUBAN -HEARING ON EXCLUSIVITY EXTENSION IN JACKSONVILLE, FL ON 4/19/06 | 16.10 |
| 05/01/06 | Hotel - VENDOR: JANICE L. DUBAN -HEARING ON EXCLUSIVITY EXTENSION IN JACKSONVILLE, FL ON 4/19/06 | 236.17 |
| 05/01/06 | Duplicating | 1,239.45 |
| 05/01/06 | Westlaw Charges | 21.62 |
| 05/01/06 | Local Travel - VENDOR: JANICE L. DUBAN -HEARING ON EXCLUSIVITY EXTENSION IN JACKSONVILLE, FL ON 4/19/06 | 70.00 |
| 05/01/06 | Miscellaneous - VENDOR: JANICE L. DUBAN -HEARING ON EXCLUSIVITY EXTENSION IN JACKSONVILLE, FL ON 4/19/06 (TIPS) | 15.00 |
| 05/02/06 | Duplicating | 139.50 |
| 05/02/06 | Duplicating | 47.40 |
| 05/02/06 | Duplicating | 23.55 |



Winn-Dixie Ad Hoc Trade Committee
Invoice #  1851731

Page   37

| Date | Description | Amount |
|------|-------------|-------:|
| 05/02/06 | Duplicating | 17.10 |
| 05/02/06 | Duplicating | 166.65 |
| 05/03/06 | Westlaw Charges | 271.14 |
| 05/03/06 | Lexis Charges | 55.40 |
| 05/03/06 | Westlaw Charges | 264.53 |
| 05/03/06 | Duplicating | 2.70 |
| 05/03/06 | Duplicating | 6.30 |
| 05/04/06 | Westlaw Charges | 713.29 |
| 05/04/06 | Duplicating | 4.20 |
| 05/04/06 | Lexis Charges | 255.21 |
| 05/04/06 | Westlaw Charges | 392.28 |
| 05/05/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. T. CALIFANO 042806 | 50.53 |
| 05/05/06 | Lexis Charges | 28.24 |
| 05/05/06 | Westlaw Charges | 2,106.47 |
| 05/05/06 | Duplicating | 14.10 |
| 05/08/06 | Duplicating | 14.10 |
| 05/09/06 | Westlaw Charges | 7.73 |
| 05/09/06 | Lexis Charges | 49.14 |
| 05/09/06 | Duplicating | 3.45 |
| 05/10/06 | Duplicating | 5.55 |
| 05/10/06 | Westlaw Charges | 151.47 |
| 05/10/06 | Duplicating | .60 |
| 05/10/06 | Duplicating | 2.10 |
| 05/11/06 | Westlaw Charges | 17.58 |
| 05/11/06 | Miscellaneous - VENDOR: LOGAN & COMPANY, INC. Service of Notice of Motion to all Winn Dixie Creditor | 15,058.00 |
| 05/11/06 | Duplicating | .75 |
| 05/11/06 | Lexis Charges | 5.88 |
| 05/12/06 | Duplicating | 4.20 |
| 05/12/06 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. CAB FARE FOR MALDONADO FROM DLA PIPER TO BRONXVILLE,  ON 3/22/06 | 75.48 |
| 05/12/06 | Delivery Services - VENDOR: FEDERAL EXPRESS TO: SALLY MCDONALD HENRY, ESQ-NEW YORK CITY-4/6/06 | 10.44 |
| 05/12/06 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. CAB FARE FOR VINCENT ROLDAN FROM DLA PIPER TO 144 E 84 ST, ON 3/28/06 | 25.50 |
| 05/12/06 | Duplicating | 1.05 |


PIPER RUDNICK
GRAY CARY

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1851731                                    Page    38


| Date | Description | Amount |
|---|---|---|
| 05/12/06 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. CAB FARE FOR VINCENT ROLDAN FROM DLA PIPER TO 144 E. 84 ST, ON 3/22/06 | 30.60 |
| 05/12/06 | Duplicating | 35.10 |
| 05/15/06 | Delivery Services - VENDOR: FEDERAL EXPRESS TO: DENNIS F. DUNNE, ESQ. NEW YORK CITY-4/12/06 | 10.44 |
| 05/15/06 | Delivery Services - VENDOR: FEDERAL EXPRESS TO: MARK W. FRIEDMAN ESQ. BALTIMORE-4/7/06 | 41.73 |
| 05/15/06 | Delivery Services - VENDOR: FEDERAL EXPRESS TO: THOMAS R. CALIFANO-ROCKVILLE-4/7/06 | 45.22 |
| 05/17/06 | Meals - VENDOR: NY PETTYCASH P. ALTMAN 5/7 MEAL | 13.28 |
| 05/17/06 | Duplicating | 9.30 |
| 05/18/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 4/14 | 17.37 |
| 05/18/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 4/11 | 14.31 |
| 05/18/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 4/10 | 13.39 |
| 05/18/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 4/15 | 17.37 |
| 05/18/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 4/12 | 28.39 |
| 05/18/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. D. TEMES 4/10 | 13.39 |
| 05/18/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 4/13 | 12.86 |
| 05/18/06 | Lexis Charges | 5.86 |
| 05/19/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 4/8 | 15.09 |
| 05/19/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 4/3 | 14.99 |



Winn-Dixie Ad Hoc Trade Committee
Invoice #  1851731                                          Page   39

| Date | Description | Amount |
|---|---|---|
| 05/19/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 4/5 | 16.47 |
| 05/19/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 4/1 | 13.96 |
| 05/19/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. T. CALIFANO 4/3 | 135.35 |
| 05/19/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 4/1 | 12.82 |
| 05/19/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. T. CALIFANO 4/5 | 72.18 |
| 05/19/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 4/9 | 15.60 |
| 05/19/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. T. CALIFANO 4/6 | 78.31 |
| 05/19/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 4/6 | 15.64 |
| 05/19/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 4/2 | 15.48 |
| 05/19/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 4/8 | 11.48 |
| 05/19/06 | Lexis Charges | 139.13 |
| 05/19/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 4/4 | 17.36 |
| 05/22/06 | Westlaw Charges | 830.46 |
| 05/22/06 | Duplicating | .15 |
| 05/23/06 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. CAB FARE FROM DLA PIPER TO 144 E 89 ST ON 4/17/06 | 25.50 |
| 05/23/06 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. CAB FARE FROM DLA PIPER TO E 76 ST ON 4/14/06 | 24.48 |
| 05/24/06 | Westlaw Charges | 285.39 |



| 05/24/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 4/18 | 22.05 |
| 05/24/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 4/21 | 22.60 |
| 05/24/06 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. CAB FARE FROM DLA PIPER TO W 51 ST ON 4/21/06 FOR B. CANCELLIERE | 22.44 |
| 05/24/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 4/17 | 22.88 |
| 05/24/06 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. CAB FARE FROM DLA PIPER TO 144 E 84 ST ON 4/19/06 | 25.50 |
| 05/24/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 4/20 | 22.05 |
| 05/24/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 4/22 | 11.52 |
| 05/24/06 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. CAB FARE FROM DLA PIPER TO 144 E 84 ST ON 4/25/06 | 25.50 |
| 05/24/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 4/19 | 20.60 |
| 05/24/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 4/22 | 15.77 |
| 05/25/06 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. CAB FARE FROM DLA PIPER TO ROCKVILLE CENTER, LI ON 3/27/06 | 86.19 |
| 05/25/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 042406 | 25.34 |
| 05/25/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 042906 | 14.14 |
| 05/25/06 | Delivery Services - VENDOR: FEDERAL EXPRESS TO: DANIEL VENTRICELLI-NEW YORK CITY-4/22/06 | 10.44 |


PIPER RUDNICK
GRAY CARY

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1851731

Page   41

| 05/25/06 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. CAB FARE FROM DLA PIPER TO FLUSHING AVE ON 4/6/6 | 52.53 |
| 05/25/06 | Delivery Services -VENDOR: UNITED PARCEL SERVICE   * FROM: Michele Muzyk TO: Matthew S. Barr, Esq //Milbank, Tweed, Hadley & Mc//One Chase Manhatt an Plaza//NEW YORK//NY | 7.06 |
| 05/25/06 | Duplicating | 1.05 |
| 05/25/06 | Lexis Charges | 312.38 |
| 05/25/06 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. CAB FARE FROM DLA PIPER TO 144 E 84 ST ON 4/3/06 | 25.50 |
| 05/25/06 | Westlaw Charges | 685.66 |
| 05/25/06 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. CAB FARE FROM DLA PIPER TO ROCKVILLE CENTER 4/6/06 | 86.19 |
| 05/25/06 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. CAB FARE FROM DLA PIPER TO 144 E 84 ST ON 3/28/06 | 25.50 |
| 05/25/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 042706 | 30.05 |
| 05/25/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 043006 | 15.81 |
| 05/25/06 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. CAB FARE FROM DLA PIPER TO 144 E 89 ST ON 3/29/06 | 25.50 |
| 05/25/06 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. CAB FARE FROM DLA PIPER TO E 84 ST ON 4/5/06 | 25.50 |
| 05/25/06 | Delivery Services -VENDOR: UNITED PARCEL SERVICE   * FROM: Michele Muzyk TO: Steve Busey, Esq.//S mith Hulsey & Busey//225 Water Street Suite 1800 //JACKSONVILLE//FL | 10.19 |
| 05/25/06 | Duplicating | 1.95 |
| 05/25/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 042606 | 13.15 |
| 05/25/06 | Duplicating | .90 |
| 05/25/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. T. CALIFANO 042406 | 51.07 |



Winn-Dixie Ad Hoc Trade Committee
Invoice #  1851731

Page    42

| Date | Description | Amount |
|---|---|---|
| 05/25/06 | Duplicating | 5.10 |
| 05/25/06 | Delivery Services -VENDOR: UNITED PARCEL SERVICE   * FROM: Michele Muzyk TO: Keith Sambur, Esq//S kadden, Arps, Slate, Meagh//Four Times Square//N EW YORK//NY | 7.77 |
| 05/25/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 042906 | 13.49 |
| 05/25/06 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. CAB FARE FROM DLA PIPER TO ROCKVILLE CENTER, LI ON 4/11/06 | 86.19 |
| 05/26/06 | Delivery Services -VENDOR: UNITED PARCEL SERVICE   * FROM: Joseph Belfatti TO: Vincent Roldan, Gu es//The Fairmont//200 North Columbus Drive//CHIC AGO//IL | 10.19 |
| 05/26/06 | Research Materials - VENDOR: NY PETTYCASH PURCHASE WIN DIXIE PRODUCTS 4/26 FOR COURT HEARING | 20.09 |
| 05/26/06 | IT Litigation Technology - VENDOR: PACER SERVICE CENTER PACER-NET WEB PAGES - 4/6/06 | 10.80 |
| 05/26/06 | Duplicating | 6.00 |
| 05/26/06 | Delivery Services - VENDOR: FEDERAL EXPRESS TO: DANIEL VENTRICELLI-NEW YORK CITY-5/2/06 | 32.39 |
| 05/26/06 | Delivery Services -VENDOR: UNITED PARCEL SERVICE   * FROM: Joseph Belfatti TO: Vincent Roldan, Gu es//The Fairmont//200 North Columbus Drive//CHIC AGO//IL | (10.19) |
| 05/27/06 | Lexis Charges | 735.08 |
| 05/28/06 | Lexis Charges | 1,983.39 |
| 05/29/06 | Westlaw Charges | 60.69 |
| 05/29/06 | Lexis Charges | 290.46 |
| 05/30/06 | Westlaw Charges | 265.64 |
| 05/30/06 | Lexis Charges | 1,279.34 |
| 05/30/06 | Duplicating | 89.25 |
| 05/31/06 | Westlaw Charges | 133.00 |
| 05/31/06 | Local Travel - VENDOR: DIAL CAR, INC. TRAVEL FROM TICC 12 TO 32 SAINT MARKS STREET | 26.52 |



Winn-Dixie Ad Hoc Trade Committee
Invoice #  1851731                                        Page    43

| 06/01/06 | Delivery Services - VENDOR: COURT SUPPORT INC. -DELIVERED OCUMENTS TO JUDGE ARTHUR GONZALEZ ON 5/1/06 | 70.00 |
|---|---|---|
| 06/01/06 | Lexis Charges | 5.85 |
| 06/02/06 | Duplicating | 28.35 |
| 06/02/06 | Duplicating | 48.75 |
| 06/05/06 | Westlaw Charges | 23.76 |
| 06/06/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. T. CALIFANO 5/3 | 21.16 |
| 06/06/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. Q. SMITH 5/4 | 13.76 |
| 06/06/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. J. JOHNSON 5/3 | 15.12 |
| 06/06/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 5/2 | 14.71 |
| 06/06/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. J. JOHNSON 5/3 | 21.14 |
| 06/06/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. T. CALIFANO 5/1 | 14.52 |
| 06/06/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 5/1 | 14.52 |
| 06/06/06 | Lexis Charges | 276.98 |
| 06/06/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 5/4 | 11.48 |
| 06/06/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. J. MCNICHOLAS 5/3 | 21.16 |
| 06/06/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 5/3 | 21.16 |
| 06/06/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. W. COLEMAN 5/3 | 21.16 |
| 06/07/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 5/8 | 24.50 |
| 06/07/06 | Westlaw Charges | 868.96 |


PIPER RUDNICK
GRAY CARY

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1851731

Page    44

| Date | Description | Amount |
|---|---|---|
| 06/07/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 5/9 | 15.36 |
| 06/07/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. T. CALIFANO 5/9 | 10.37 |
| 06/07/06 | Lexis Charges | 85.25 |
| 06/08/06 | Duplicating | .30 |
| 06/08/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. T. CALIFANO 5/15 | 12.59 |
| 06/08/06 | Hotel - VENDOR: AMERICAN EXPRESS AMERICAN EXPRESS-THOMAS CALIFANO- TRAVEL TO FL FOR MTG W/CLIENTS, COURT APPEARANCE | 824.19 |
| 06/08/06 | Car Rental - VENDOR: AMERICAN EXPRESS AMERICAN EXPRESS-THOMAS CALIFANO- TRAVEL TO FL FOR MTG W/CLIENTS, COURT APPEARANCE | 240.51 |
| 06/08/06 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. D. SMITH 1251 6TH AV - QUEENS 5/3 | 63.75 |
| 06/08/06 | Meals - VENDOR: AMERICAN EXPRESS AMERICAN EXPRESS-THOMAS CALIFANO- TRAVEL TO FL FOR MTG W/CLIENTS, COURT APPEARANCE | 80.11 |
| 06/08/06 | Westlaw Charges | 146.98 |
| 06/08/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 5/20 | 17.04 |
| 06/08/06 | Meals - VENDOR: AMERICAN EXPRESS AMERICAN EXPRESS-THOMAS CALIFANO- TRAVEL TO FL FOR MTG W/CLIENTS, COURT APPEARANCE | 920.10 |
| 06/08/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 5/20 | 13.76 |
| 06/08/06 | Mileage Allowance/Parking - VENDOR: AMERICAN EXPRESS AMERICAN EXPRESS-THOMAS CALIFANO- TRAVEL TO FL FOR MTG W/CLIENTS, COURT APPEARANCE | 3.00 |



PIPER RUDNICK
GRAY CARY

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1851731                                    Page    45


| Date | Description | Amount |
|------|-------------|--------|
| 06/08/06 | Mileage Allowance/Parking - VENDOR: AMERICAN EXPRESS AMERICAN EXPRESS-THOMAS CALIFANO- TRAVEL TO FL FOR MTG W/CLIENTS, COURT APPEARANCE | 114.00 |
| 06/08/06 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. Q. SMITH  1251 6TH AV - QUEENS  5/4 | 63.75 |
| 06/08/06 | Lexis Charges | 5.83 |
| 06/09/06 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. T.CALIFANO 48TH 7TH ROCKVILLE CTR. 5/12 | 86.19 |
| 06/09/06 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. COLEMAN  1251 6TH AVE ---   HILLSIDE AVE  5/4 | 55.59 |
| 06/09/06 | ROLDAN  5/11   2516TH AVE  -  144 E. 84 ST | 25.50 |
| 06/09/06 | ROLDAN 1251 6TH AV - 144 E. 84TH 5/1 | 25.50 |
| 06/12/06 | Delivery Services - VENDOR: FEDERAL EXPRESS TO: HON JERRY A FUNK JACKSONVILLE-5/11/06 | 21.55 |
| 06/12/06 | Delivery Services - VENDOR: FEDERAL EXPRESS TO: DENNIS F DUNNE ESQ-NEW YORK CITY-5/11/06 | 12.93 |
| 06/12/06 | Meals - VENDOR: CASH   -  BALTIMORE OFFICES MEAL- DINNER RE: MEETING HELD ON 6/7/06 | 12.00 |
| 06/12/06 | Out-of-Town Travel - VENDOR: CASH - BALTIMORE OFFICES TRAVEL-  RE: MEETING HELD ON 6/7/06 | 30.50 |
| 06/12/06 | Delivery Services - VENDOR: FEDERAL EXPRESS TO: SALLY HENRY ESQ-NEW YORK-5/11/06 | 12.93 |
| 06/13/06 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. ROLDAN 1251 6TH AV  144 E. 84ST 4/27 | 25.50 |
| 06/13/06 | Westlaw Charges | 212.78 |
| 06/13/06 | Westlaw Charges | 693.21 |
| 06/13/06 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. ROLDAN  1251 6TH AVE --   144 E. 84TH  ST 5/3 | 25.50 |
| 06/13/06 | Lexis Charges | 133.00 |
| 06/14/06 | Lexis Charges | 51.67 |
| 06/14/06 | Westlaw Charges | 498.79 |
| 06/15/06 | Lexis Charges | 5.85 |