

PIPER RUDNICK
GRAY CARY

Winn-Dixie Ad Hoc Trade Committee
Invoice # 1851731                                                    Page    46


| 06/19/06 | Meals - VENDOR: EXECUTIVE CHARGE, INC. Q. SMITH 1251 6TH AVE --- QUEENS  5/10 | 63.75 |
| 06/19/06 | Meals - VENDOR: EXECUTIVE CHARGE, INC. J. JOHNSON 1251 6TH AV  --- 124 W. 74TH ST 5/3 | 23.46 |
| 06/19/06 | Meals - VENDOR: EXECUTIVE CHARGE, INC. ROLDAN 1251 6TH AV   ---- E. 84TH ST.  5/10 | 25.50 |
| 06/19/06 | Meals - VENDOR: EXECUTIVE CHARGE, INC. W. COLEMAN  1251 6TH AVE JO;;SODE AVE  5/11 | 55.59 |
| 06/20/06 | Local Travel - VENDOR: MARK J. FRIEDMAN TRAVEL TO NY ON 6/7 TO ATTEND MEETING W/ CLIENTS | 15.00 |
| 06/20/06 | Out-of-Town Travel - VENDOR: MARK J. FRIEDMAN TRAVEL TO NY ON 6/7 TO ATTEND MEETING W/ CLIENTS | 109.00 |
| 06/20/06 | Miscellaneous - VENDOR: MARK J. FRIEDMAN TIPS - TRAVEL TO NY ON 6/7 TO ATTEND MEETING W/ CLIENTS | 5.00 |
| 06/22/06 | Local Travel - VENDOR: DIAL CAR, INC. T. CALIFANO  1251 6TH AVE === JFK  4/24 | 69.87 |
| 06/22/06 | Local Travel - VENDOR: DIAL CAR, INC. CALIFANO LGA  ==  ALLEN ROAD 4/27 | 226.44 |
| 06/22/06 | Lexis Charges | 5.85 |
| 06/22/06 | Local Travel - VENDOR: DIAL CAR, INC. CALIFANO 1251 6TH AVE  === ROCKVILLE CENTER  4/283 | 97.41 |
| 06/22/06 | Local Travel - VENDOR: DIAL CAR, INC. CALIFANO ROCKVILLE CTR.. --1251 6TH AVE  4/24 | 97.41 |
| 06/23/06 | Delivery Services - VENDOR: FEDERAL EXPRESS TO: THOMAS CALIFANO-ROCKVILLE CENTRE-5/26/06 | 25.18 |
| 06/26/06 | Local Travel - VENDOR: DIAL CAR, INC. T CALLIFANO 05/18/06 LAG TO ROCKVILLE CENTER | 166.26 |
| 06/26/06 | Local Travel - VENDOR: NY PETTYCASH CAR FARES ROLDAN  6/1/06 | 99.00 |
| 06/26/06 | On-Line Researching - VENDOR: COURTEXPRESS.COM -FILTERED CASE TRACKER-DISTRICT DAILY/WEEKLY-5/31/06 | 8.57 |


PIPER RUDNICK
GRAY CARY

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1851731                                              Page    47


| | | |
|---|---|---|
| 06/27/06 | Delivery Services - VENDOR: FEDERAL EXPRESS TO: MR. JOHN BRECKER-NEW YORK CITY-6/5/06 | 13.21 |
| 06/27/06 | Delivery Services - VENDOR: FEDERAL EXPRESS TO: LCH OPPORTUNITIES, LLC-NEW YORK CITY-6/5/06 | 13.21 |
| 06/27/06 | Delivery Services - VENDOR: FEDERAL EXPRESS TO: MR. DAVID S. LEINWAND-NEW YORK CITY-6/5/06 | 13.21 |
| 06/27/06 | Delivery Services - VENDOR: FEDERAL EXPRESS TO: MR. KJERSTIN HATCH-EL DORADO HILLS-6/5/06 | 27.98 |
| 06/27/06 | Delivery Services - VENDOR: FEDERAL EXPRESS TO: ADAM MOSKOWITZ-WOODBURY-6/5/06 | 13.21 |
| 06/27/06 | Delivery Services - VENDOR: FEDERAL EXPRESS TO: MR. PETER COVIELLO-GREENWICH-6/5/06 | 13.21 |
| 06/27/06 | Delivery Services - VENDOR: FEDERAL EXPRESS TO: MR. ANDREW KURTZ-NEW YORK KCITY-6/5/06 | 13.21 |
| 06/27/06 | Delivery Services - VENDOR: FEDERAL EXPRESS TO: MARCOS GRIFFIN-NEW YORK CITY-6/2/06 | 29.04 |
| 06/27/06 | Delivery Services - VENDOR: FEDERAL EXPRESS TO: MR. OLEG OBREZKOV-NEW YORK CITY-6/5/06 | 13.21 |
| 06/28/06 | Telephone Expense - VENDOR: MCI CONFERENCING AUDIO CONFERENCING | 28.23 |
| 06/29/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 5/29 | 17.04 |
| 06/29/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. T.CALIFANO 6/7 | 134.89 |
| 06/29/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 6/3 | 13.14 |
| 06/29/06 | Lexis Charges | 5.84 |
| 06/29/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 6/8 | 21.17 |
| 06/29/06 | Local Travel - VENDOR: DIAL CAR, INC. CALIFANO 05/09/06 3 TIMES SQ TO LGA | 70.89 |


PIPER RUDNICK
GRAY CARY

Winn-Dixie Ad Hoc Trade Committee
Invoice # 1851731                                                    Page    48


06/29/06  Meals - VENDOR: SEAMLESSWEB                    21.17
          PROFESSIONAL SOLUTIONS, INC.
          CALIFANO 6/8
06/29/06  Meals - VENDOR: SEAMLESSWEB                    27.56
          PROFESSIONAL SOLUTIONS, INC. V.
          ROLDAN 6/2
06/29/06  Meals - VENDOR: SEAMLESSWEB                   445.10
          PROFESSIONAL SOLUTIONS, INC. T.
          CALIFANO 6/7
06/29/06  Meals - VENDOR: SEAMLESSWEB                    13.51
          PROFESSIONAL SOLUTIONS, INC. J.
          JOHNSON 5/30
06/29/06  Meals - VENDOR: SEAMLESSWEB                    14.81
          PROFESSIONAL SOLUTIONS, INC. V.
          ROLDAN  5/31
06/29/06  Meals - VENDOR: SEAMLESSWEB                    13.51
          PROFESSIONAL SOLUTIONS, INC. E.
          EISENEGGER  5/30
06/29/06  Meals - VENDOR: SEAMLESSWEB                    13.15
          PROFESSIONAL SOLUTIONS, INC. T.
          CALIFANO 6/6
06/29/06  Local Travel - VENDOR: DIAL CAR,               97.41
          INC. CALIFANO 05/04/06 92 ALLEN RD
          TO 3 TIMES SQ.
06/29/06  Local Travel - VENDOR: DIAL CAR,               50.49
          INC. CALIFANO 05/03/06 1251 6TH TO
          LGA
06/29/06  Duplicating                                    34.05
06/30/06  Meals - VENDOR: SEAMLESSWEB                    10.67
          PROFESSIONAL SOLUTIONS, INC. W.
          COLEMAN 6/13
06/30/06  Meals - VENDOR: SEAMLESSWEB                    27.56
          PROFESSIONAL SOLUTIONS, INC. V.
          ROLDAN 6/14
06/30/06  Out-of-Town Travel - VENDOR: NY               32.00
          PETTYCASH ROLDAN CAB FARE 6/15 TO
          ARIPORT
06/30/06  Meals - VENDOR: NY PETTYCASH ROLDAN            6.29
          MEAL 6/29
06/30/06  Local Travel - VENDOR: NY PETTYCASH           74.00
          V. ROLDAN CAN  SULLES AIRPORT 6/1
06/30/06  Local Travel - VENDOR: NY PETTYCASH           63.74
          ROLDAN CAB FARES 6/15



Winn-Dixie Ad Hoc Trade Committee
Invoice # 1851731                                             Page   49


06/30/06  Meals - VENDOR: SEAMLESSWEB              16.37
          PROFESSIONAL SOLUTIONS, INC. T.
          CALIFANO 6/13
06/30/06  Meals - VENDOR: SEAMLESSWEB              14.81
          PROFESSIONAL SOLUTIONS, INC. V.
          ROLDAN 6/15
06/30/06  Meals - VENDOR: SEAMLESSWEB              16.37
          PROFESSIONAL SOLUTIONS, INC. V.
          ROLDAN 6/13
06/30/06  Local Travel - VENDOR: NY PETTYCASH      31.58
          ROLDAN CAB FARE 6/15
06/30/06  Meals - VENDOR: SEAMLESSWEB               5.20
          PROFESSIONAL SOLUTIONS, INC. T.
          CALIFANO 6/13
06/30/06  Meals - VENDOR: SEAMLESSWEB               5.21
          PROFESSIONAL SOLUTIONS, INC. V.
          ROLDAN 6/13

          Subtotal Disbursements and Related Expenses        $39,536.17

          Total Fees and Disbursements                      $274,693.92

          Total Matter Current Balance                      $274,693.92



Winn-Dixie Ad Hoc Trade Committee
Invoice #  1851731

Page    50

## INVOICE SUMMARY

Total Fees this Invoice                                    $235,157.75

Total Disbursements and Other Charges this Invoice          $39,536.17

Total Invoice Balance                                      $274,693.92



Winn-Dixie Ad Hoc Trade Committee
Attn: Janice L. Duban                          July 21, 2006
DLA Piper Rudnick Gray Cary US LLP             Invoice #  1851731
203 N  LaSalle St., Suite 1900
Chicago, IL  60601 USA

## REMITTANCE ADVICE

Total Fees this Invoice                               $235,157.75

Total Disbursements and Other Charges this Invoice     $39,536.17

Total Invoice Balance                                 $274,693.92


              PLEASE REMIT TO THE LOCKBOX ADDRESS BELOW:

              DLA PIPER RUDNICK GRAY CARY US LLP
              5266 PAYSPHERE CIRCLE
              CHICAGO, IL 60674


314262
J. Duban



Winn-Dixie Ad Hoc Trade Committee
Attn: Janice L. Duban
DLA Piper Rudnick Gray Cary US LLP                July 21, 2006
203 N. LaSalle St., Suite 1900                    Invoice #  1851730
Chicago, IL  60601 USA

   Matter Number:  314262-000003
   Matter Name:    OCUC Trade Member Engagement

   For Legal Services Rendered Through June 30, 2006

   For Winn-Dixie Ad Hoc Trade Committee

                                                            Hours

04/12/06 M. Friedman          Telephone conferences with Ms.      3.50
                              Duban regarding status of OCUC
                              Subcon Subcommittee meeting;
                              telephone conference with
                              representatives of FTI regarding
                              same.

04/12/06 J. Duban             Numerous and extended              3.10
                              communications Subcommittee
                              Members and professionals
                              regarding non-confidential issues
                              and developments; conference call
                              with Ad Hoc professionals and FTI
                              regarding same; confer M. Friedman
                              regarding Subcommittee proposal to
                              Ad Hoc group regarding FTI
                              involvement subject to limited
                              confidentiality; review
                              communication to Ad Hoc Group
                              regarding same and field
                              responses; communication
                              Subcommittee and counsel regarding
                              preliminary Ad Hoc reactions.

04/13/06 M. Friedman          E-mail exchanges with Ms. Duban;   2.25
                              telephone conference with Ms.
                              Duban regarding status of Subcon
                              Subcommittee; review of
                              intercompany balance information;
                              telephone conference with Mr.



PIPER RUDNICK
GRAYCARY

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1851730                                                      Page     2


|  |  |  |
|---|---|---|
|  | Barr; telephone conference with FTI regarding strategy and status. |  |
| 04/19/06 M. Friedman | E-mail exchange with Mr. Reiss regarding meetings; telephone conference with Ms. Duban regarding same; review information from Winn-Dixie regarding restructuring; e-mail exchange with Mr. Barr regarding access to Houlihan information; circulation regarding same. | 3.10 |
| 04/19/06 J. Duban | Participate in and monitor e-mail communications regarding April 21 call and possible reconsideration of seeking Houlihan information; monitor e-mails regarding April 21 participation; review and advise V. Roldan regarding agenda. | 1.20 |
| 04/21/06 M. Friedman | Participate in conference call regarding Steering Committee and e-mails regarding same to Ms. Duban; e-mail to Mr. Califano regarding strategy and participation with Committee with OCUC and review of Houlihan information; e-mail and telephone conference with Mr. Barr regarding same; e-mail to Mr. Reiss regarding same. | 2.25 |
| 04/21/06 J. Duban | E-mail communications and telephone calls M. Friedman regarding confidentiality agreement, strategy and related issues; advise OCUC trade members of Ad Hoc Committee's position; comment upon draft of proposed resolution following call. | 3.40 |



Winn-Dixie Ad Hoc Trade Committee
Invoice # 1851730

Page    3

| 04/25/06 M. Friedman | Conferences with Mr. Califano regarding confidentiality agreement; telephone conference with Mr. Barr regarding confidentiality agreement; review Winn-Dixie changes; review proposed changes for Mr. Califano; draft changes to confidentiality agreement; e-mail exchange and telephone conference with Mr. Barr regarding same; conference with Ms. Duban regarding issues related to confidentiality agreement; review Winn-Dixie material; telephone call regarding status of interviews and information resulting from interviews. | 4.20 |

| 04/25/06 V. Roldan | Attend to Milbank confidentiality, revise, send to team. | .60 |

| 04/25/06 J. Duban | Review and confer M. Friedman relating to Subcon issue; scheduling communications regarding internal strategy call; review redlined Millbank confidentiality agreement and confer M. Friedman regarding proposed revisions thereto, both internal strategy call; post-mortum with M. Friedman. | 1.40 |

| 04/26/06 M. Friedman | Telephone conference with Mr. Barr regarding status of confidentiality agreement; conferences with Ms. Duban and Mr. Califano regarding same; conference call regarding status of interviews and information from Debtors regarding substantive consolidation; continue review of material accumulated on substantive consolidation motion and review of same; comments | 4.20 |


PIPER RUDNICK
GRAY CARY

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1851730

Page    4

|  |  |  |
|---|---|---|
| | regarding same. | |
| 04/26/06 J. Duban | Conference M. Friedman regarding strategy and client directives. | 1.90 |
| 04/27/06 M. Friedman | Conferences with Mr. Califano regarding status of confidentiality agreement; review additional comments; conference with Ms. Duban regarding same; review of Owings Corning cert petitions and notations for substantive consolidation position; conferences with Mr. Barr regarding confidentiality agreement. | 2.75 |
| 04/28/06 M. Friedman | Work on language changes regarding confidentiality agreement and memorandum to clients; conferences with Mr. Califano and Ms. Duban regarding same. | 1.75 |
| 04/28/06 J. Duban | Review and observe extended e-mail communications regarding OCUC deliberations and M. Friedman/Barr communications and S. Friedman/Barr communications; internal discussions colleagues regarding issues. | 1.40 |
| 04/29/06 M. Friedman | Telephone conference with Mr. Califano regarding strategy on confidentiality agreement and communications to trade members; conference with Ms. Duban regarding same. | 1.25 |
| 04/30/06 M. Friedman | Review proposed changes to Confidentiality Agreement; review various versions of confidentiality agreement; conference with Mr. Califano and Ms. Duban regarding same. | .50 |



PIPER RUDNICK
GRAY CARY

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1851730

Page    5

| 05/01/06 M. Friedman | Revisions to confidentiality agreement; telephone conferences with Mr. Barr regarding same; finalization of confidentiality arrangement; e-mail exchanges with FTI regarding same. | 3.25 |
|---|---|---|
| 05/02/06 M. Friedman | Arrangements for meeting for Houlihan presentation; e-mail exchange with Ms. Schirmang regarding same; final arrangements on confidentiality letter and explanations regarding same. | 1.30 |
| 05/03/06 M. Friedman | Telephone conference with Ms. Schirmang and Mr. Bevilacqua regarding issues related to Houlihan presentation inquiries accustomed to be made; conference with Mr. Reiss and Mr. Califano regarding same. | 1.00 |
| 05/03/06 M. Friedman | Travel to New York for meeting with Houlihan on behalf of Committee members. | 2.00 |
| 05/03/06 J. Duban | Conference with Pepsi and Kraft regarding Subcon issue. | .50 |
| 05/04/06 M. Friedman | Preparation for meeting with Houlihan and Matt Barr together with financial advisors for landlords and bondholders regarding the Houlihan presentation on settlement proposal; discussions with Ms. Schirmang regarding same; meeting with Mr. Reiss, Mr. Ventricelli, Mr. Califano regarding same; further review of Houlihan presentation materials. | 6.25 |


PIPER RUDNICK
GRAY CARY

Winn-Dixie Ad Hoc Trade Committee
Invoice # 1851730

Page    6

| 05/05/06 M. Friedman | Telephone conference with Mr. Reiss; Mr. Bevilacqua, Ms. Schirmang and Ms. Duban regarding advising Committee members; e-mail exchange with Mr. Barr regarding same; consideration of various options for a Committee position and review of Houlihan presentation book and settlement proposal. | 1.30 |
| --- | --- | --- |
| 05/05/06 J. Duban | Communications with Kraft and Pepsi regarding Subcon issue as relates to OCUC negotiation; communications Milbank (M. Barr) regarding contemplated meeting with OCUC for May 11 and communications D. Roldan regarding arrangements therefor. | .90 |
| 05/08/06 M. Friedman | Review Houlihan proposal and analysis; e-mail exchanges with FTI regarding same; draft analysis of various distribution scenarios for consideration by Ms. Schirmang. | 1.75 |
| 05/08/06 J. Duban | Review and confer M. Friedman regarding "goal post" scenarios charts. | .40 |
| 05/09/06 M. Friedman | Conference with Ms. Duban regarding information to advise OCUC trade members; telephone conference with Ms. Duban and Ms. Schirmang; e-mail to Ms. Schirmang and Mike Bevilacqua regarding strategy and evaluation; preparation of distribution scenarios; telephone conference and e-mail exchanges with Mr. Reiss regarding same; e-mail exchange with Mr. Barr regarding same; consideration of arrangements for meeting. | 4.00 |



Winn-Dixie Ad Hoc Trade Committee
Invoice #  1851730

| 05/09/06 J. Duban | Numerous and extended telephone conferences and e-mail communications among colleagues and Kraft relating to Subcon issue. | 1.60 |
|---|---|---|
| 05/10/06 M. Friedman | Telephone conference with Ms. Schirmang, Ms. Duban, and Mr. Reiss regarding OCUC and position of trade members and Houlihan valuation and different scenarios for subcon and decon based on assumptions and changes to assumptions; telephone conference with Mr. Barr regarding same and regarding status of the OCUC process. | 2.40 |
| 05/10/06 J. Duban | Conference Kraft regarding contemplated May 16 and 17 OCUC-related Subcon meetings, and additional internal and external e-mail communications regarding same. | .50 |
| 05/11/06 M. Friedman | E-mail exchange with Ms. Duban regarding discussion of advice to Kraft and Pepsi; e-mails to Ms. Schirmang regarding same; conference call and e-mail exchanges with Ms. Duban and Mr. Reiss regarding meeting with OCUC and status of reports to trade members of OCUC. | 1.75 |
| 05/11/06 J. Duban | Numerous communications Kraft regarding OCUC role and Ad Hoc withdrawal and contemplated meetings for May 16 and 17; numerous discussions and e-mail communications (internal) regarding role, and substance and scheduling relating to contemplated meetings May 16 and 17. | 1.95 |



PIPER RUDNICK
GRAY CARY

Winn-Dixie Ad Hoc Trade Committee
Invoice #  1851730

Page    8

| 05/12/06 M. Friedman | E-mail exchanges with Mr. Reiss, Mr. Califano, Ms. Duban and Mr. Barr regarding OCUC meeting in efforts to advise trade members regarding assumptions and data supporting distribution proposals. | 1.30 |
|---|---|---|
| 05/12/06 J. Duban | Extended communications, both e-mail and telephonic, regarding participation in OCUC May 17 meeting, logistics and scheduling regarding both May 16 and May 17 meetings relating to OCUC Subcon issues; e-mails regarding revised debtor business plan. | 1.80 |
| 05/15/06 M. Friedman | Conference with Ms. Duban regarding plans for meeting with trade members of OCUC; initial review of material regarding same. | 1.50 |
| 05/15/06 J. Duban | Review FTI materials for presentation to Kraft and Pepsi and review Winn-Dixie new business plan for same purpose (1.0); otherwise prepare for meeting with Kraft and Pepsi (.7). | 1.70 |
| 05/16/06 M. Friedman | Prepare for conference with trade members to advise on position in OCUC in response to proposals for resolution of subcon and evaluation of subcon issues and various factors regarding same; pre meeting with Ms. Duban, Mr. Reiss and Mr. Simms; telephone conference and meeting with Mr. Simms, Mr. Reiss, Ms. Duban, Mr. Bevilacqua and Ms. Schirmang; preparation of items of concerns and questions for Mr. Schirmang; preparation for meeting. | 7.50 |



| | | |
|---|---|---|
| 05/16/06 M. Friedman | Review of FTI presentation materials and review of Debtor's/Houlihan materials in preparation for meeting. | 1.00 |
| 05/16/06 J. Duban | Travel from downtown Chicago to O'Hare for Kraft/Pepsi meeting (1.25); all day meetings with Kraft, Pepsi, FTI and M. Friedman; draft "talking points" with M. Friedman based upon Kraft/Pepsi input following presentation and discussions; subsequent e-mails Kraft and Pepsi; apprise T. Califano of status (all) (7.5); return travel from O'Hare to downtown Chicago (1.0). | 9.75 |
| 05/17/06 M. Friedman | Meeting with Mr. Simms, Mr. Reiss, Ms. Duban and Ms. Schirmang in preparation for meeting with OCUC representatives; various meetings with OCUC professionals to discuss substantive consolidation issues and various proposals among committee members; separate meetings with bondholder representatives and landlord representatives; conferences with Mr. Bevilacqua and Ms. Schirmang regarding same; various meetings with representatives of Milbank and Houlihan for OCUC; report on proposal adopted by OCUC and means of presentation. | 9.00 |
| 05/17/06 J. Duban | Travel from Chicago to O'Hare for OCUC meeting (1.5); participate in OCUC meeting and breakout sessions on behalf of Kraft and Pepsi, including breakfast pre-meet with Kraft (9.0); return travel to Chicago (1.25). | 11.75 |


PIPER RUDNICK
GRAYCARY

Winn-Dixie Ad Hoc Trade Committee
Invoice # 1851730                                          Page    10


Total Hours                                    114.90

Total Fees                                           $62,847.00


### T I M E K E E P E R   S U M M A R Y

| TIMEKEEPER | TITLE | HOURS | RATE | FEES |
|---|---|---|---|---|
| M. Friedman | Partner | 71.05 | 570.00 | 40,498.50 |
| J. Duban | Partner | 43.25 | 510.00 | 22,057.50 |
| V. Roldan | Associate | .60 | 485.00 | 291.00 |
| | TOTALS | 114.90 | | 62,847.00 |


Disbursements and Other Charges:

| | | |
|---|---|---|
| 05/03/06 | Miscellaneous - VENDOR: MARK J. FRIEDMAN -ATTENDED MEETINGS WITH CLIENTS IN NYC  (TIPS) | 7.00 |
| 05/03/06 | Hotel - VENDOR: MARK J. FRIEDMAN -ATTENDED MEETINGS WITH CLIENTS IN NYC | 399.18 |
| 05/03/06 | Out-of-Town Travel - VENDOR: MARK J. FRIEDMAN -ATTENDED MEETINGS WITH CLIENTS IN NYC | 151.00 |
| 05/03/06 | Local Travel - VENDOR: MARK J. FRIEDMAN -ATTENDED MEETINGS WITH CLIENTS IN NYC | 15.00 |
| 05/16/06 | Meals - VENDOR: JANICE L. DUBAN DLA/FTI MEETING WTIH KRAFT/PEPSI | 295.73 |
| 05/16/06 | Hotel - VENDOR: MARK J. FRIEDMAN TRAVEL TO CHICAGO | 437.37 |
| 05/16/06 | Meals - VENDOR: JANICE L. DUBAN MEETING WITH KRAFT/PEPSI | 40.03 |
| 05/16/06 | Facsimile - VENDOR: MARK J. FRIEDMAN TRAVEL TO CHICAGO | 80.00 |



PIPER RUDNICK
GRAY CARY

Winn-Dixie Ad Hoc Trade Committee
Invoice # 1851730

Page    11

| | | | |
|---|---|---|---:|
| 05/16/06 | Miscellaneous - VENDOR: JANICE L. DUBAN TIPS - DLA/FTI MEETING WTIH KRAFT/PEPSI | | 2.00 |
| 05/16/06 | Conference Room Rental - VENDOR: JANICE L. DUBAN DLA/FTI MEETING WTIH KRAFT/PEPSI | | 1,365.00 |
| 05/16/06 | Air Fare - VENDOR: MARK J. FRIEDMAN TRAVEL TO CHICAGO | | 1,089.93 |
| 05/16/06 | Conference Room Rental - VENDOR: JANICE L. DUBAN MEETING WITH KRAFT/PEPSI | | 341.50 |
| 05/17/06 | Mileage Allowance/Parking - VENDOR: JANICE L. DUBAN DLA/FTI MEETING WTIH KRAFT/PEPSI | | 69.16 |
| 05/18/06 | Meals - VENDOR: CASH    -    BALTIMORE OFFICES MARK J. FRIEDMAN    MEAL AND TIP | | 14.46 |
| 05/18/06 | Mileage Allowance/Parking - VENDOR: CASH    - BALTIMORE OFFICES MARK J. FRIEDMAN - TAXI AND PARKING | | 54.00 |
| 06/28/06 | Conference Room Rental - VENDOR: MARK J. FRIEDMAN CONFERENCE ROOM AT O'HARE HILTON | | 2,250.00 |

Subtotal Disbursements and Related Expenses            $6,611.36

Total Fees and Disbursements                 $69,458.36

Total Matter Current Balance               $69,458.36



Winn-Dixie Ad Hoc Trade Committee
Invoice #  1851730

Page    12

## INVOICE SUMMARY

Total Fees this Invoice                                             $62,847.00

Total Disbursements and Other Charges this Invoice          $6,611.36

Total Invoice Balance                                              $69,458.36



Winn-Dixie Ad Hoc Trade Committee
Attn: Janice L. Duban
DLA Piper Rudnick Gray Cary US LLP
203 N. LaSalle St., Suite 1900
Chicago, IL  60601 USA

July 21, 2006
Invoice #  1851730

## REMITTANCE ADVICE

| | |
|---|---|
| Total Fees this Invoice | $62,847.00 |
| Total Disbursements and Other Charges this Invoice | $6,611.36 |
| Total Invoice Balance | $69,458.36 |

PLEASE REMIT TO THE LOCKBOX ADDRESS BELOW:

DLA PIPER RUDNICK GRAY CARY US LLP
5266 PAYSPHERE CIRCLE
CHICAGO, IL 60674

314262
J. Duban



**DLA Piper US LLP**
203 North LaSalle St., Suite 1900
Chicago, IL 60601-1293
T 312-368-4000
F 312-236-7516
W www.dlapiper.com

<u>PRIVILEGED AND CONFIDENTIAL</u>

Winn-Dixie Ad Hoc Trade Committee
Attn: Janice L. Duban
DLA Piper Rudnick Gray Cary US LLP
203 N. LaSalle St., Suite 1900
Chicago, IL 60601 USA

September 6, 2006

J. Duban
Matter # 314262-000001
Invoice # 1871104

*For Professional Services Through **August 31, 2006**:*

Client:    **Winn-Dixie Ad Hoc Trade Committee**
Matter:    **Trade Bankruptcy Issues**

| | | |
|---|---|---|
| Current Fees | $ | 27,984.00 |
| Current Disbursements | $ | 276.03 |
| Total This Invoice | $ | 28,260.03 |

Please send remittance to:

DLA Piper US LLP
5266 Paysphere Circle
Chicago, IL 60674

Or wire remittance to:

LaSalle Bank, N.A.
135 S.LaSalle Street
Chicago, IL 60603
Account Name:
DLA Piper US LLP
Account #: 5800244054
ABA Transit # 071000505
Swift Code: LASLUS44

*To ensure proper credit, please indicate the invoice number you are paying on the wire*

Law Firm Tax Identification Number:    52-0616490



Winn-Dixie Ad Hoc Trade Committee                                       J. Duban
Matter # 314262-000001                                                   Page: 2
Invoice # 1871104 _____ September 6, 2006

**Fees:**

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 08/01/06 | Review and organize case files. | Serafina Shishkova | 0.10 |
| 08/02/06 | Revise summary of objections to disclosure statement (2.5); ph call with Califano re: strategy (.5). | Vincent J. Roldan | 3.00 |
| 08/02/06 | Review and revise internal memo re objections to disclosure statement. | William H. Coleman | 1.00 |
| 08/02/06 | Review court docket for objections to disclosure statement; review court docket for second proposed disclosure statement. | Serafina Shishkova | 0.70 |
| 08/03/06 | Discuss strategy with Califano (.2); travel to Jax for hearing (7.0). | Vincent J. Roldan | 7.20 |
| 08/04/06 | Attend disclosure statement hearing (3.0); travel back to NY (7.5). | Vincent J. Roldan | 10.50 |
| 08/07/06 | Conference call with Committee et al. | Thomas R. Califano | 0.40 |
| 08/07/06 | Ph call with Busey re: motion (.2); attend to provisions of revised plan (1.0); email correspondence with committee re: plan (.7); meet with Califano re: strategy (.3); discuss plan with FTI (.2); discuss plan with Califano, Contrarian (.3). | Vincent J. Roldan | 2.70 |
| 08/07/06 | Review docket for orders regarding disclosure statement. | Serafina Shishkova | 0.20 |
| 08/08/06 | Emails with Steve Running. | Thomas R. Califano | 0.50 |
| 08/08/06 | Attend to creditor request for redacted document. | Vincent J. Roldan | 0.20 |
| 08/09/06 | Review of Plan and Disclosure Statement as revised for issues affecting Ad Hoc Trade Committee; email exchange with Mr. Roldan and Ms. Duban regarding same from emails regarding "true up" concern respecting distribution to bondholders; review process for billing submissions; review July bill for professional fees to Ad Hoc Trade Committee and monitoring plan process. | Mark J. Friedman | 2.70 |
| 08/09/06 | Teleconference with Richard Fries. | Thomas R. Califano | 0.20 |
| 08/09/06 | Attend to amended disclosure statement, ph call with S. Henry (.5); attend to disclosure statement, corresp with Debtors and AHC (.5); attend to disclosure statement hearing transcript, changes to plan (.5); read revisions to plan, disclosure statement (1.0). | Vincent J. Roldan | 2.50 |
| 08/09/06 | Review court docket for final disclosure statement and plan. | Serafina Shishkova | 0.20 |



Winn-Dixie Ad Hoc Trade Committee                                                     J. Duban
Matter # 314262-000001                                                                Page: 3
Invoice # 1871104                                                          September 6, 2006

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 08/10/06 | Review of revised Plan and Disclosure Statement and hearing transcript. | Thomas R. Califano | 2.50 |
| 08/10/06 | Read ASM claim documents. | Vincent J. Roldan | 0.30 |
| 08/11/06 | Attend to debtor's objection to ASM claim (.2). | Vincent J. Roldan | 0.20 |
| 08/11/06 | Attend to scheduling matters. | Serafina Shishkova | 0.20 |
| 08/14/06 | Attend to ASM claim, discuss same with debtors and Atlanta Foods. | Vincent J. Roldan | 1.50 |
| 08/14/06 | Review docket, print claims pleadings for V. Roldan. | William H. Coleman | 0.30 |
| 08/15/06 | Teleconference with Brian, Comford; emails re: changes. | Thomas R. Califano | 1.20 |
| 08/15/06 | Ph calls with Debtors, FTI re: bonds dropping (.7); ph call with S. Henry re: status (.3). | Vincent J. Roldan | 1.00 |
| 08/16/06 | Telephone conference with Ms. Henry regarding issues relating to FTI and DLA Piper fee submissions; review fee submissions; email and review July DLA Piper bill; email to Mr. Califano and Ms. Duban regarding same; email FTI representatives regarding same; email exchange with Mr. Simms regarding providing detail requested by Winn-Dixie. | Mark J. Friedman | 1.75 |
| 08/16/06 | Conference call, teleconference with Houlihan, teleconference with Milbank. | Thomas R. Califano | 2.50 |
| 08/16/06 | Discuss strategy with Califano. | Vincent J. Roldan | 0.20 |
| 08/17/06 | Email to Sally Henry regarding status of supplementation by FTI. | Mark J. Friedman | 0.25 |
| 08/17/06 | Attend to WD monthly operating report. | Vincent J. Roldan | 0.20 |
| 08/18/06 | Conference call with J. Kaplan and Brecker; teleconference with Skadden. | Thomas R. Califano | 2.50 |
| 08/18/06 | Review and organize case files. | Serafina Shishkova | 0.10 |
| 08/21/06 | Ph call with J. Leamy re: claims objection (.5). | Vincent J. Roldan | 0.50 |
| 08/22/06 | Review modifications to July bill. | Mark J. Friedman | 0.40 |
| 08/22/06 | Teleconference with Joe O'Connor. | Thomas R. Califano | 0.20 |
| 08/22/06 | Ph calls with Debtors re: claims. | Vincent J. Roldan | 0.20 |
| 08/23/06 | Review of invoice for submission for reimbursement and review of omnibus claim objection and determination of no negative impact on ad hoc committee members as condition to confirmation of plan. | Mark J. Friedman | 0.50 |



Winn-Dixie Ad Hoc Trade Committee                                              J. Duban
Matter # 314262-000001                                                         Page: 4
Invoice # 1871104                                                    September 6, 2006

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 08/23/06 | Teleconference with Camford re: Protective Order; Review of motion. | Thomas R. Califano | 0.50 |
| 08/24/06 | Examination of status of reporting of fees and report of July DLA Piper invoice and update of chart; email exchange with Mr. Simms regarding report from FTI; email Ms. Henry regarding same. | Mark J. Friedman | 0.80 |
| 08/25/06 | Discuss claims objection with Califano. | Vincent J. Roldan | 0.20 |
| 08/27/06 | Review of itemization of term detail from FTI and submission to Winn-Dixie for company review in connection with agreement for fee compensation from each date.. | Mark J. Friedman | 1.50 |
| 08/28/06 | Revisions to letter; teleconference with D. Wolfe. | Thomas R. Califano | 1.50 |
| 08/29/06 | Submission to Skadden for FTI. | Mark J. Friedman | 0.35 |
| 08/29/06 | Attention to finalization of letter. | Thomas R. Califano | 0.50 |
| | **Total Hours** | | **53.95** |
| | **Total Fees** | | **$27,984.00** |

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Thomas R. Califano | Partner | 12.50 | 650.00 | 8,125.00 |
| Mark J. Friedman | Partner | 8.25 | 570.00 | 4,702.50 |
| Vincent J. Roldan | Associate | 30.40 | 485.00 | 14,744.00 |
| William H. Coleman | Paralegal | 1.30 | 225.00 | 292.50 |
| Serafina Shishkova | Project Assist. | 1.50 | 80.00 | 120.00 |
| **Totals** | | **53.95** | | **27,984.00** |



**Disbursements:**

| Date | Description | Amount |
|------|-------------|--------|
| 07/14/06 | Air Fare - VENDOR: AMERICAN EXPRESS CALIFANO/THOMAS; TRAVEL CREDIT 04/09/06 | (1,318.60) |
| 08/07/06 | Local Travel - VENDOR: DIAL CAR, INC. CALIFANO 1251 6TH ==== BLOOMFIELD, NJ 6/23 | 97.41 |
| 08/09/06 | Duplicating | 30.30 |
| 08/09/06 | On-Line Researching - VENDOR: PACER SERVICE CENTER ONLINE SERVICE | 21.20 |
| 08/11/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 8/2 | 17.84 |
| 08/11/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 8/4 | 12.93 |
| 08/15/06 | Air Fare - VENDOR: AMERICAN EXPRESS ROLDAN/VINCENT; COURT HEARING 06/15/06 | 897.82 |
| 08/15/06 | Air Fare - VENDOR: AMERICAN EXPRESS ROLDAN/VINCENT; TRAVEL CREDIT 06/01/06 | (659.30) |
| 08/15/06 | Air Fare - VENDOR: AMERICAN EXPRESS ROLDAN/VINCENT; AGENT FEE 06/01/06 | 42.00 |
| 08/15/06 | Air Fare - VENDOR: AMERICAN EXPRESS CALIFANO/THOMAS; MEETING WITH CLIENT 06/14/06 | 700.60 |
| 08/23/06 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. ROLDAN 1251 6TH ==== E. 84TH ST 7/26 | 27.54 |
| 08/24/06 | Local Travel - VENDOR: NY PETTYCASH V. ROLDAN CABS 4/9,3/22,,2/7 | 27.00 |
| 08/24/06 | Local Travel - VENDOR: DIAL CAR, INC. T CALIFANO 04/06/06  1251 6TH TO LGA | 50.49 |
| 08/25/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 3/28 | 25.53 |
| 08/25/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 5/24 | 23.15 |
| 08/25/06 | Local Travel - VENDOR: DIAL CAR, INC. V ROLAND 08/03/06   1251 6TH TO LGA | 58.65 |



Winn-Dixie Ad Hoc Trade Committee                                                    J. Duban
Matter # 3.4262-000001                                                               Page: 6
Invoice # 1871104                                                          September 6, 2006

| Date | Description | Amount |
|------|-------------|--------|
| 08/25/06 | Local Travel - VENDOR: DIAL CAR, INC. V ROLAND 08/04/06 NEWARK AIRPORT TO 50TH & 6TH | 95.88 |
| 08/25/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. T. CALIFANO 5/24 | 28.61 |
| 08/25/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. J. VUKELJ 3/29 | 11.97 |
| 08/25/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 5/25 | 10.93 |
| 08/27/06 | Local Travel - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. ROLDAN 1251 6TH ----- E. 86TH STREET 8/2 | 27.54 |
| 08/27/06 | Local Travel - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. ROLDAN 1251 6TH ----- E. 84TH STREET 8/4 | 27.54 |
| 08/31/06 | Delivery Services - VENDOR: DELUXE DELIVERY SYSTEMS, INC. TO: 3 TIME SQUARE 4/07/06 | 19.00 |

**Total Disbursements**                                                          **$276.03**

**Total Current Charges**                                        $            28,260.03