

Winn-Dixie Ad Hoc Trade Committee                                                      J. Duban
Matter # 314262-000001
Invoice # 1871104                                                                September 6, 2006

# REMITTANCE ADVICE

Current Fees                                                $        27,984.00

Current Disbursements                                       $           276.03

Total This Invoice                                          $        28,260.03

*INVOICE IS DUE AND PAYABLE UPON RECEIPT*
*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

---

Please send remittance to:      DLA Piper US LLP
                                5266 Paysphere Circle
                                Chicago, IL 60674

Or wire remittance to:          LaSalle Bank, N.A.              *To ensure proper credit, please indicate the*
                                135 S.LaSalle Street           *invoice number you are paying on the wire*
                                Chicago, IL 60603
                                Account Name:
                                DLA Piper US LLP
                                Account #: 5800244054
                                ABA Transit # 071000505
                                Swift Code: LASLUS44
Law Firm Tax Identification Number:   52-0616490



**DLA Piper Rudnick Gray Cary US LLP**
203 North LaSalle St., Suite 1900
Chicago, IL 60601-1293
**T** 312-368-4000
**F** 312-236-7516
**W** www.dlapiper.com

## PRIVILEGED AND CONFIDENTIAL

Winn-Dixie Ad Hoc Trade Committee
Attn: Janice L. Duban
DLA Piper Rudnick Gray Cary US LLP
203 N. LaSalle St., Suite 1900
Chicago, IL 60601 USA

August 23, 2006

J. Duban
Matter # 314262-000001
Invoice # 1865664

---

*For Professional Services Through **July 31, 2006**:*

Client:  **Winn-Dixie Ad Hoc Trade Committee**
Matter:  **Trade Bankruptcy Issues**

|  |  |  |
|---|---|---|
| Current Fees | $ | 26,027.00 |
| Current Disbursements | $ | 8,140.42 |
| Total This Invoice | $ | 34,167.42 |

---

Please send remittance to:  DLA Piper Rudnick Gray Cary US LLP
5266 Paysphere Circle
Chicago, IL 60674

Or wire remittance to:  LaSalle Bank, N.A.
135 S.LaSalle Street
Chicago, IL 60603
Account Name:
DLA Piper Rudnick Gray Cary US LLP
Account #: 5800244054
ABA Transit # 071000505
Swift Code: LASLUS44

*To ensure proper credit, please indicate the invoice number you are paying on the wire*

Law Firm Tax Identification Number:  52-0616490



Winn-Dixie Ad Hoc Trade Committee                                                     J. Duban
Matter # 314262-000001                                                              Page: 2
Invoice # 1865664                                                              August 23, 2006

**Fees:**

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 07/03/06 | Conference call with Mr. Califano regarding Plan; draft e-mail regarding Plan and e-mail to OCUC and Debtor's counsel regarding process for payment to Ad Hoc Committee Professionals of legal fees and issues related to same. | Mark J. Friedman | 1.40 |
| 07/03/06 | Teleconference with Dan Ventricelli re: status. | Thomas R. Califano | 0.50 |
| 07/03/06 | Discuss plan with M. Friedman and T. Califano. | Vincent J. Roldan | 0.30 |
| 07/05/06 | Teleconference with John Brecker. | Thomas R. Califano | 0.80 |
| 07/05/06 | Telephone call with Madison Capital re: plan. | Vincent J. Roldan | 0.20 |
| 07/07/06 | Teleconference with Freddie Reiss re: status. | Thomas R. Califano | 0.60 |
| 07/07/06 | Draft summary of plan. | Vincent J. Roldan | 2.20 |
| 07/10/06 | Email exchange with Mr. Baker and Mr. Barr regarding issues related to plan and disclosure statement from Ad Hoc Trade Committee and further review of plan and disclosure statement. | Mark J. Friedman | 2.25 |
| 07/10/06 | Review of plan in response to quote from Garlston. | Thomas R. Califano | 1.20 |
| 07/10/06 | Draft memo summarizing plan. meet with T. Califano re strategy. | Vincent J. Roldan | 5.00 |
| 07/11/06 | Telephone conference with representatives of FTI and DLA Piper to discuss plan provision and disclosure statement and treatment of Ad Hoc Trade Committee; review of Plan summary. | Mark J. Friedman | 1.00 |
| 07/11/06 | Teleconference with Brett Ellen from Madison Capital re: status. | Thomas R. Califano | 0.50 |
| 07/11/06 | Monitor e-mails concerning fee, and plan and disclosure statement issues, and confer M. Friedman regarding same. | Janice L. Duban | 0.60 |
| 07/11/06 | Telephone meeting with Winn Dixe professionals. | Vincent J. Roldan | 0.60 |
| 07/13/06 | E-mail communications M. Friedman, M. Barr and F. Reiss concerning a fee payment and related plan issues. | Janice L. Duban | 0.30 |
| 07/14/06 | Telephone conference with Mr. Barr and Mr. Baker regarding issues relating to Ad Hoc Committee and Plan and Disclosure Statement. | Mark J. Friedman | 1.00 |



Winn-Dixie Ad Hoc Trade Committee                                                J. Duban
Matter # 314262-000001                                                           Page: 3
Invoice # 1865664                                                        August 23, 2006

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 07/18/06 | Preparation of billing service submission to debtor for examination; email to FTI and DLA counsel regarding comments from debtor and OCUC counsel on questions regarding Plan and Disclosure Statement; email to Mr. Barr regarding additional questions and clarification. | Mark J. Friedman | 2.60 |
| 07/18/06 | Commence review of DLA Piper invoices for disclosure/submission purposes; revise with respect to confidential information; additional comments to M. Friedman. | Janice L. Duban | 1.20 |
| 07/19/06 | Email exchanges with Mr. Simms regarding status of plan; email to Mr. Barr regarding status of plan; review preparation of materials for submission to Debtor for examination of time records; email exchanges with FTI regarding same. | Mark J. Friedman | 2.60 |
| 07/19/06 | Review and organize case files. | Serafina Shishkova | 0.70 |
| 07/20/06 | Work on fee submissions and email exchanges with FTI regarding fee submissions; email exchange with Mr. Califano regarding same; email exchange with Mr. Barr regarding same. | Mark J. Friedman | 4.40 |
| 07/20/06 | Monitor M. Friedman e-mails regarding fee submissions and substantive plan issues and anticipated plan amendment; review 70 pages of DLA Piper invoices for disclosure purposes (1.6); comments to M. Friedman regarding certain billing and disbursement issues and errors (.3). | Janice L. Duban | 1.90 |
| 07/23/06 | Review of billing application submissions. | Mark J. Friedman | 1.20 |
| 07/24/06 | Work on final submissions to Winn-Dixie for a payment of Ad Hoc Trade Committee fees and reimbursement of fees for trade members of OCUC; email exchanges with FTI professionals and Ms. Duban regarding same; telephone conference with Mr. Barr; email exchanges with Mr. Barr and preparation of overview summary; review regarding same. | Mark J. Friedman | 5.65 |
| 07/24/06 | Review of disclosure statement objection. | Thomas R. Califano | 0.30 |
| 07/25/06 | Monitor on disclosure statement objections; email exchanges with Mr. Baker regarding fee submissions for Ad Hoc. | Mark J. Friedman | 1.20 |
| 07/25/06 | Teleconference with Kevin Lavin re: qualifications. | Thomas R. Califano | 0.50 |
| 07/25/06 | Review docket for objections to disclosure statement. | Serafina Shishkova | 0.60 |



Winn-Dixie Ad Hoc Trade Committee                                                      J. Duban
Matter # 314262-000001                                                                 Page: 4
Invoice # 1865664                                                                      August 23, 2006

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 07/26/06 | Review limited Disclosure Statement objections and email exchange with Jan Baker. | Mark J. Friedman | 0.50 |
| 07/26/06 | Read disclosure statement objections. | Vincent J. Roldan | 2.00 |
| 07/26/06 | Pull pleadings for Mr. Friedman. | Yvonne M. Garber | 0.30 |
| 07/27/06 | Read objections to disclosure statement. | Vincent J. Roldan | 1.30 |
| 07/28/06 | Attend to confidentiality agreements, email correspondence with creditors. | Vincent J. Roldan | 0.50 |
| 07/28/06 | Review court docket and case files for confidentiality agreement. | Serafina Shishkova | 0.40 |
| 07/29/06 | Draft summary of objections to disclosure statement. | Vincent J. Roldan | 2.00 |
| 07/31/06 | Revise summary of objections. | Vincent J. Roldan | 0.70 |
| 07/31/06 | Attend to objections to disclosure statement. | Vincent J. Roldan | 0.30 |
| 07/31/06 | Review court docket for objections to disclosure statement. | Serafina Shishkova | 0.50 |
| | **Total Hours** | | **49.80** |
| | **Total Fees** | | **$26,027.00** |

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Thomas R. Califano | Partner | 4.40 | 650.00 | 2,860.00 |
| Mark J. Friedman | Partner | 23.80 | 570.00 | 13,566.00 |
| Janice L. Duban | Partner | 4.00 | 510.00 | 2,040.00 |
| Vincent J. Roldan | Associate | 15.10 | 485.00 | 7,323.50 |
| Yvonne M. Garber | Paralegal | 0.30 | 205.00 | 61.50 |
| Serafina Shishkova | Project Assist. | 2.20 | 80.00 | 176.00 |
| **Totals** | | **49.80** | | **26,027.00** |

 PIPER RUDNICK
GRAY CARY

Winn-Dixie Ad Hoc Trade Committee                                                                    J. Duban
Matter # 314262-000001                                                                              Page: 5
Invoice # 1865664                                                                           August 23, 2006

**Disbursements:**

| **Date** | **Description** | **Amount** |
|---|---|---|
| 06/14/06 | Air Fare - VENDOR: AMERICAN EXPRESS CALIFANO/THOMAS; MEETING WITH CLIENTS 04/09/06 | 1,360.60 |
| 06/14/06 | Air Fare - VENDOR: AMERICAN EXPRESS CALIFANO/THOMAS; MEETINGS 04/23/06 | 1,402.60 |
| 07/01/06 | Out-of-Town Travel - VENDOR: VINCENT ROLDAN - TRAINFARE FROM WASHINGTON,DC TO NYC ON 6/2/06 | 114.00 |
| 07/06/06 | Local Travel - VENDOR: Executive ChargeROLDAN 1251 6TH AVE --- E. 84TH ST 5/30 | 27.54 |
| 07/06/06 | Lexis Charges | 5.90 |
| 07/06/06 | Local Travel - VENDOR: Executive ChargeROLDAN 1251 6TH --- E. 84TH ST 5/25 | 27.54 |
| 07/06/06 | Local Travel - VENDOR: Executive ChargeROLDAN 1251 6TH AVE --- E. 84TH ST 5/23 | 27.54 |
| 07/06/06 | Local Travel - VENDOR: Executive Charge. ROLDAN 1251 6TH --- E. 84TH ST 5/29 | 27.54 |
| 07/07/06 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. ROLDAN 151 6TH --- E. 84TH ST | 27.54 |
| 07/07/06 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. T. CALIFANO ---- W. 22ND --- W. 24TH --- ROCKVILLE CENTRE 6/1 | 205.53 |
| 07/07/06 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. CALIFANO 1251 6TH --- ROCKVILLE CENTRE 5/30 | 91.29 |
| 07/07/06 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. ROLDAN 1251 6TH --- E. 84TH ST 6/1 | 27.54 |
| 07/12/06 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. M. PENDER 1251 6TH --- GLA 6/7 | 51.51 |
| 07/12/06 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. CALIFANO 1251 6TH --- ROCKVILLE CENTRE 6/8 | 91.29 |
| 07/13/06 | Court Costs - VENDOR: COURT EXPRESS.COM FILTERED CASE TRACKER ON 5/31 | 8.67 |


PIPER RUDNICK
GRAY CARY

Winn-Dixie Ad Hoc Trade Committee                                      J. Duban
Matter # 314262-000001                                                 Page: 6
Invoice # 1865664                                               August 23, 2006

| Date | Description | Amount |
|------|-------------|--------|
| 07/13/06 | Lexis Charges | 5.88 |
| 07/14/06 | Air Fare - VENDOR: AMERICAN EXPRESS ROLDAN/VINCENT; ATTEND HEARING 06/01/06 | 1,910.94 |
| 07/14/06 | Air Fare - VENDOR: AMERICAN EXPRESS CALIFANO/THOMAS; APPEARANCE IN COURT 05/18/06 | 1,444.60 |
| 07/20/06 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. ROLDAN 1251 6TH === E. 84TH ST 6/14 | 27.54 |
| 07/20/06 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. C. ROLDAN 1251 6TH === LGA  6/14 | 69.36 |
| 07/20/06 | Local Travel - VENDOR: DIAL CAR, INC. M FRIEDMAN 06/07/06 1251 6TH TO LAG AIRPORT | 54.57 |
| 07/20/06 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. ROLDAN 1251 6TH === E. 84TH ST 6/13 | 27.54 |
| 07/25/06 | Duplicating | 11.40 |
| 07/25/06 | Local Travel - VENDOR: DIAL CAR, INC. CALIFANO 05/18/06 ROCKVILLE CENTER TO LAG AIRPORT | 106.08 |
| 07/25/06 | Document Retrieval - VENDOR: WEST GROUP PAYMENT CENTER * OUTSIDE COURT TASK | 554.34 |
| 07/25/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 7/7 | 22.05 |
| 07/28/06 | Local Travel - VENDOR: AMERICAN EXPRESS AMERICAN EXPRESS-THOMAS CALIFANO- PKG FEES WINN/DIXIE | 32.00 |
| 07/28/06 | Meals - VENDOR: AMERICAN EXPRESS AMERICAN EXPRESS-THOMAS CALIFANO- PKG FEES WINN/DIXIE | 249.30 |
| 07/28/06 | Delivery Services -VENDOR: UNITED PARCEL SERVICE   * FROM: Michele Muzyk TO: VIncent Roldan, Esq. //VIncent Roldan, Esq.//144 East 84th St. 3H//NE W YORK//NY | 25.19 |
| 07/28/06 | Mileage Allowance/Parking - VENDOR: AMERICAN EXPRESS AMERICAN EXPRESS-THOMAS CALIFANO- PKG FEES WINN/DIXIE | 103.00 |

**Total Disbursements**                                               **$8,140.42**



Winn-Dixie Ad Hoc Trade Committee                                        J. Duban
Matter #  314262-000001                                                  Page: 7
Invoice # 1865664                                                        August 23, 2006

**Total Current Charges**          $          34,167.42

*INVOICE  IS DUE AND PAYABLE UPON RECEIPT*
*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

Please send remittance to:          DLA Piper Rudnick Gray Cary US LLP
                                     5266 Paysphere Circle
                                     Chicago, IL 60674

Or wire remittance to:              LaSalle Bank, N.A.                *To ensure proper credit, please indicate the*
                                     135 S.LaSalle Street             *invoice number you are paying on the wire*
                                     Chicago, IL 60603
                                     Account Name:
                                     DLA Piper Rudnick Gray Cary US LLP
                                     Account #: 5800244054
                                     ABA Transit # 071000505
                                     Swift Code: LASLUS44
Law Firm Tax Identification Number:  52-0616490

 PIPER RUDNICK
GRAY CARY

Winn-Dixie Ad Hoc Trade Committee                                                    J. Duban
Matter #  314262-000001
Invoice # 1865664                                                               August 23, 2006

# REMITTANCE ADVICE

| | | |
|---|---|---|
| Current Fees | $ | 26,027.00 |
| Current Disbursements | $ | 8,140.42 |
| Total This Invoice | $ | 34,167.42 |

***INVOICE  IS DUE AND PAYABLE UPON RECEIPT***
***PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE***

Please send remittance to:        DLA Piper Rudnick Gray Cary US LLP
                                  5266 Paysphere Circle
                                  Chicago, IL 60674

Or wire remittance to:            LaSalle Bank, N.A.                *To ensure proper credit, please indicate the*
                                  135 S.LaSalle Street             *invoice number you are paying on the wire*
                                  Chicago, IL 60603
                                  Account Name:
                                  DLA Piper Rudnick Gray Cary US LLP
                                  Account #: 5800244054
                                  ABA Transit # 071000505
                                  Swift Code: LASLUS44
Law Firm Tax Identification Number:   52-0616490



DLA Piper US LLP
203 North LaSalle St., Suite 1900
Chicago, IL 60601-1293
T  312-368-4000
F  312-236-7516
W  www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

Winn-Dixie Ad Hoc Trade Committee
Attn: Janice L. Duban
DLA Piper Rudnick Gray Cary US LLP
203 N. LaSalle St., Suite 1900
Chicago, IL  60601 USA

October 9, 2006

J. Duban
Matter #  314262-000001
Invoice #  1887277

*For Professional Services Through* **September 30, 2006**:

Client:   ***Winn-Dixie Ad Hoc Trade Committee***
Matter:   ***Trade Bankruptcy Issues***

| | | |
|---|---|---|
| Current Fees | $ | 16,567.00 |
| Current Disbursements | $ | 6,213.93 |
| Total This Invoice | $ | 22,780.93 |

Please send remittance to:      DLA Piper US LLP
                                5265 Paysphere Circle
                                Chicago, IL 60674

Or wire remittance to:          LaSalle Bank N.A.          *To ensure proper credit, please indicate the*
                                135 S.LaSalle Street       *invoice number you are paying on the wire*
                                Chicago, IL 60603
                                Account Name:
                                DLA Piper US LLP
                                Account #: 5800244054
                                ABA Transit # 071000505
                                Swift Code: LASLUS44
Law Firm Tax Identification Number:    52-0616490



Winn-Dixie Ad Hoc Trade Committee
Matter # 314262-000001
Invoice # 1887277

J. Duban
Page: 2
October 9, 2006

Fees:

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 09/05/06 | Teleconference with Kaplan, emails to group. | Thomas R. Califano | 1.00 |
| 09/06/06 | Review bills for DLA Piper and FTI and revisions to chart; telephone conference with Mr. Califano regarding same; email exchange with Mr. Ventricelli regarding same. | Mark J. Friedman | 1.20 |
| 09/06/06 | Attend to scheduling matters. | Serafina Shishkova | 0.10 |
| 09/06/06 | Review case files for claims transfer information. | Serafina Shishkova | 0.30 |
| 09/11/06 | Review fax re claims, email to V. Roldan. | William H. Coleman | 0.20 |
| 09/19/06 | Review court docket for objections to plan. | Serafina Shishkova | 0.60 |
| 09/20/06 | Attend to ballot procedure, e-mail Skadden. | Vincent J. Roldan | 0.20 |
| 09/21/06 | Discuss case with Califano. | Vincent J. Roldan | 0.20 |
| 09/21/06 | Attend to case file. | William H. Coleman | 0.50 |
| 09/22/06 | Review and organize case files. | Serafina Shishkova | 0.10 |
| 09/25/06 | Phone calls with Skadden, ASM re: ballot procedure. | Vincent J. Roldan | 0.40 |
| 09/25/06 | Review docket re objections to plan, print same, update binder, draft index. | William H. Coleman | 3.00 |
| 09/26/06 | Review US Trustee's opposition to fees and consideration of other confirmation objection; email exchange with Ms. Henry regarding same; email exchange with FTI regarding same; conference with Mr. Roldan regarding issues to be examined and consideration of response to confirmation objections; conference with Mr. Califano regarding same. | Mark J. Friedman | 1.75 |
| 09/26/06 | Teleconference with attorneys for debtor. | Thomas R. Califano | 0.30 |
| 09/26/06 | Review objections to plan, revise binder and index. | William H. Coleman | 1.00 |
| 09/26/06 | Revise pleadings binder. | William H. Coleman | 0.50 |
| 09/27/06 | Finalize memo on plan objections, circulate. | Vincent J. Roldan | 4.90 |
| 09/28/06 | Conference call, teleconference with Sally Henry and Sol Burian re: status. | Thomas R. Califano | 2.00 |
| 09/28/06 | Teleconference with Vincent Roldan re: next step. | Thomas R. Califano | 0.50 |
| 09/28/06 | Draft response to debtor motion. | Vincent J. Roldan | 2.50 |
| 09/28/06 | Phone call with Scariati re: research. | Vincent J. Roldan | 0.50 |



Winn-Dixie Ad Hoc Trade Committee                                                    J. Duban
Matter # 314262-000001                                                                Page: 3
Invoice # 1887277                                                             October 9, 2006

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 09/28/06 | E-mail correspondence with committee, calls with Califano, calls with Kaplan, e-mail correspondence re: meeting. | Vincent J. Roldan | 1.00 |
| 09/28/06 | Research approval of fees in a settlement. | Vincent J. Roldan | 3.30 |
| 09/28/06 | Conference with Vincent Roldan and begin research regarding court approval of third party's attorneys fees as part of a compromise or settlement. | Rosemary Scariati | 2.75 |
| 09/29/06 | Participation in telephone conference regarding new clients with Ad Hoc Group regarding response to confirmation objection and preparation for meeting and additional review of US Trustee objections. | Mark J. Friedman | 1.00 |
| 09/29/06 | Research and review cases regarding court approval of legal fees as part of a compromise or settlement; conference with Vincent Roldan regarding same. | Rosemary Scariati | 1.50 |
| 09/30/06 | Research 9019 issues, draft response to US Trustee's objection. | Vincent J. Roldan | 3.00 |
| 09/30/06 | Additional research on approval of settlement agreements and compromises, and whether bankruptcy courts should scrutinize individual terms of such agreements or approve them as a whole; e-mails to Vincent Roldan regarding same. | Rosemary Scariati | 2.25 |

**Total Hours**                                                                       **36.55**

**Total Fees**                                                                   **$16,567.00**

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Thomas R. Califano | Partner | 3.80 | 650.00 | 2,470.00 |
| Mark J. Friedman | Partner | 3.95 | 570.00 | 2,251.50 |
| Vincent J. Roldan | Associate | 16.00 | 485.00 | 7,760.00 |
| William H. Coleman | Paralegal | 5.20 | 225.00 | 1,170.00 |
| Rosemary Scariati | Contract Lawyer | 6.50 | 435.00 | 2,827.50 |
| Serafina Shishkova | Project Assist. | 1.10 | 80.00 | 88.00 |



Winn-Dixie Ad Hoc Trade Committee                                    J. Duban
Matter #  314262-000001                                             Page: 4
Invoice # 1887277                                                   October 9, 2006

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| | Totals | 36.55 | | 16,567.00 |

**Disbursements:**

| Date | Description | Amount |
|---|---|---|
| 08/17/06 | Local Travel - VENDOR: NY PETTYCASH ROLDAN TAXIS3/31 -4/1/3/9,20,22,21,26, & 5/1 | 100.00 |
| 08/27/06 | Reversal from Void Check Number: 658711 Bank ID: FNB-0 Voucher ID: 1080737 Vendor: EXECUTIVE CHARGE, INC. | (27.54) |
| 08/27/06 | Reversal from Void Check Number: 658711 Bank ID: FNB-0 Voucher ID: 1080737 Vendor: EXECUTIVE CHARGE, INC. | (27.54) |
| 09/05/06 | Air Fare - VENDOR: AMERICAN EXPRESS CALIFANO/THOMAS; BUSINESS 08/03/06 | 394.60 |
| 09/05/06 | Air Fare - VENDOR: AMERICAN EXPRESS ROLDAN/VINCENT; ATTEND HEARING 08/03/06 | 394.60 |
| 09/06/06 | Telephone Expense - VENDOR: MCI CONFERENCING AUDIO CONFERENCING | 163.20 |
| 09/07/06 | Duplicating | 29.85 |
| 09/13/06 | Duplicating | 0.30 |
| 09/14/06 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. ROLDAN  1251 6TH === E. 86TH ST  8/2 | 27.54 |
| 09/14/06 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. ROLDAN  1251 6TH === E. 84TH ST  8/4 | 27.54 |
| 09/18/06 | Hotel - VENDOR: VINCENT ROLDAN MEETING ATTENDANCE AT HEARING | 181.47 |
| 09/18/06 | Westlaw Charges | 93.37 |
| 09/19/06 | Meals - VENDOR: AMERICAN EXPRESS MEALS MEETING WITH CLIENT | 54.98 |
| 09/19/06 | Meals - VENDOR: AMERICAN EXPRESS MEALS MEETING WITH CLIENT | 88.00 |



Winn-Dixie Ad Hoc Trade Committee                                      J. Duban
Matter # 314262-000001                                                 Page: 5
Invoice # 1887277                                                      October 9, 2006

| Date | Description | Amount |
|------|-------------|--------|
| 09/28/06 | Lexis Charges | 1,412.19 |
| 09/28/06 | Delivery Services - VENDOR: FEDERAL EXPRESS TO: PETER LYNCH-JACKSONVILLE-8/29/06 | 14.56 |
| 09/28/06 | Westlaw Charges | 1,147.96 |
| 09/29/06 | Lexis Charges | 221.62 |
| 09/30/06 | Westlaw Charges | 334.17 |
| 09/30/06 | Lexis Charges | 1,583.06 |

**Total Disbursements**      <u>$6,213.93</u>

**Total Current Charges**     $ <u>22,780.93</u>



Winn-Dixie Ad Hoc Trade Committee
Matter # 314262-000001                                                                 J. Duban
Invoice # 1887277
                                                                          October 9, 2006

# REMITTANCE ADVICE

Current Fees                                              $        16,567.00

Current Disbursements                                     $         6,213.93

Total This Invoice                                        $        22,780.93

*INVOICE IS DUE AND PAYABLE UPON RECEIPT*
*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

Please send remittance to:       DLA Piper US LLP
                                 5266 Paysphere Circle
                                 Chicago, IL 60674

Or wire remittance to:           LaSalle Bank N.A.
                                 135 S.LaSalle Street        *To ensure proper credit, please indicate the*
                                 Chicago, IL 60603           *invoice number you are paying on the wire*
                                 Account Name:
                                 DLA Piper US LLP
                                 Account #: 5800244054
                                 ABA Transit # 071000505
                                 Swift Code: LASLUS44
Law Firm Tax Identification Number:  52-0616490



DLA PIPER

**DLA Piper US LLP**
203 North LaSalle St., Suite 1900
Chicago, IL 60601-1293
**T** 312-368-4000
**F** 312-236-7516
**W** www.dlapiper.com

<u>PRIVILEGED AND CONFIDENTIAL</u>

Winn-Dixie Ad Hoc Trade Committee
Attn: Janice L. Duban
DLA Piper Rudnick Gray Cary US LLP
203 N. LaSalle St., Suite 1900
Chicago, IL  60601 USA

November 17, 2006

J. Duban
Matter #  314262-000001
Invoice #  1912925

---

*For Professional Services Through **October 31, 2006**:*

Client:   ***Winn-Dixie Ad Hoc Trade Committee***
Matter:   ***Trade Bankruptcy Issues***

|  |  |  |
|---|---|---|
| Current Fees | $ | 27,422.00 |
| Current Disbursements | $ | 1,650.75 |
| Total This Invoice | $ | 29,072.75 |

---

Please send remittance to:        DLA Piper US LLP
                                  5266 Paysphere Circle
                                  Chicago, IL 60674

Or wire remittance to:            LaSalle Bank N.A.                    *To ensure proper credit, please indicate the*
                                  135 S.LaSalle Street                *invoice number you are paying on the wire*
                                  Chicago, IL 60603
                                  Account Name:
                                  DLA Piper US LLP
                                  Account #: 5800244054
                                  ABA Transit # 071000505
                                  Swift Code: LASLUS44
Law Firm Tax Identification Number:   52-0616490


DLA PIPER

Matter # 314262-000001
Invoice # 1912925

J. Duban
Page: 2
November 17, 2006

**Fees:**

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 10/01/06 | Revise response. | Vincent J. Roldan | 1.30 |
| 10/01/06 | Revise response to UST objection. | Vincent J. Roldan | 1.70 |
| 10/01/06 | Phone call with Califano re strategy. | Vincent J. Roldan | 0.20 |
| 10/02/06 | Teleconference with V. Roldan, review of reply to US Trustee's objection, revisions to same. | Thomas R. Califano | 1.50 |
| 10/02/06 | Discuss strategy with Califano. | Vincent J. Roldan | 0.20 |
| 10/02/06 | Finalize response. | Vincent J. Roldan | 2.70 |
| 10/02/06 | Review court docket for Debtors' response to objections to plan and substantive consolidation motion. | Serafina Shishkova | 0.70 |
| 10/03/06 | Review draft response to Plan confirmation objections; email exchange with Mr. Califano; draft introductory theme; review of Plan and Disclosure Statement for same. | Mark J. Friedman | 1.75 |
| 10/03/06 | Review of reply; teleconference with Steven Ruiss. | Thomas R. Califano | 1.20 |
| 10/03/06 | Revise reponse to U.S. Trustee objection. | Vincent J. Roldan | 1.70 |
| 10/04/06 | Revision to reply. | Thomas R. Califano | 1.00 |
| 10/04/06 | Further research on 1129(a)(4). | Vincent J. Roldan | 1.30 |
| 10/04/06 | Research case law re 1129(a)(4). | Vincent J. Roldan | 2.50 |
| 10/04/06 | Conference with Vincent Roldan and review and revise ad hoc committee's response to U.S. Trustee's objection to joint plan of reorganization. | Rosemary Scariati | 1.00 |
| 10/04/06 | Westlaw research. | Serafina Shishkova | 0.10 |
| 10/05/06 | Revisions to reply. | Thomas R. Califano | 1.00 |
| 10/09/06 | Finalize response to U.S. Trustee objection. | Vincent J. Roldan | 1.50 |
| 10/09/06 | Prepare response to U. S. Trustee objection to plan to file, with exhibits, efile same, serve by mail, email and UPS. | William H. Coleman | 3.00 |
| 10/10/06 | Review of objection, emails to client. | Thomas R. Califano | 1.50 |
| 10/10/06 | Read response to objection by Wachovia. | Vincent J. Roldan | 0.30 |
| 10/11/06 | Read responses to various objections, committee, debtors, indenture trustee. | Vincent J. Roldan | 1.00 |


**DLA PIPER**

Matter # 314262-000001
Invoice # 1912925

J. Duban
Page: 3
November 17, 2006

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 10/11/06 | Review court docket for responses to objections to plan. | Serafina Shishkova | 0.20 |
| 10/12/06 | Review confirmation pleadings and preparation of additional fee application materials; email exchange with Mr. Barr; email exchange with FTI regarding same. | Mark J. Friedman | 0.80 |
| 10/12/06 | Preparation for Hearing, teleconference with Steve Sims. | Thomas R. Califano | 2.00 |
| 10/12/06 | Prepare for hearing, attend to responses, draft email to debtors and committee re true up. | Vincent J. Roldan | 1.40 |
| 10/12/06 | Draft and efile affidavit of service of reply to U. S. Trustee's objection to plan; review docket re committee counsel, advise V. Roldan. | William H. Coleman | 1.40 |
| 10/12/06 | Review court docket for pleadings related to plan and create binder. | Serafina Shishkova | 0.60 |
| 10/13/06 | Preparation for and attendance at hearing. | Thomas R. Califano | 8.00 |
| 10/13/06 | Attend confirmation hearing. | Vincent J. Roldan | 6.00 |
| 10/19/06 | Review and organize case files. | Serafina Shishkova | 0.50 |
| 10/23/06 | Meet with Tom Califano regarding strategy. | Vincent J. Roldan | 0.40 |
| 10/23/06 | Draft response to landlord's objection. | Vincent J. Roldan | 1.40 |
| 10/23/06 | Read landlord's objection. | Vincent J. Roldan | 0.30 |
| 10/24/06 | Revision to reply. | Thomas R. Califano | 0.70 |
| 10/24/06 | Final revision to response to landlord claim. | Vincent J. Roldan | 1.00 |
| 10/25/06 | Attend to response to E&A objection, finalize. | Vincent J. Roldan | 0.30 |
| 10/25/06 | Efile and serve response to brief in opposition to plan. | William H. Coleman | 2.60 |
| 10/26/06 | Teleconference with Scott Friedman re: status. | Thomas R. Califano | 0.50 |
| 10/30/06 | Review court docket for final plan. | Serafina Shishkova | 0.20 |
| 10/31/06 | Attend to plan, e-mail correspondence with debtors about claim objections (.2); read debtors' objection to claim (.3). | Vincent J. Roldan | 0.50 |

|  | **Total Hours** | | **55.95** |
|  | **Total Fees** | | **$27,422.00** |


DLA PIPER

Matter # 314262-000001
Invoice # 1912925

J. Duban
Page: 4
November 17, 2006

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Thomas R. Califano | Partner | 17.40 | 650.00 | 11,310.00 |
| Mark J. Friedman | Partner | 2.55 | 570.00 | 1,453.50 |
| Vincent J. Roldan | Associate | 25.70 | 485.00 | 12,464.50 |
| William H. Coleman | Paralegal | 7.00 | 225.00 | 1,575.00 |
| Rosemary Scariati | Contract Lawyer | 1.00 | 435.00 | 435.00 |
| Serafina Shishkova | Project Assist. | 2.30 | 80.00 | 184.00 |
| **Totals** | | **55.95** | | **27,422.00** |

**Disbursements:**

| Date | Description | Amount |
|---|---|---|
| 09/19/06 | Meals - VENDOR: AMERICAN EXPRESS MEALS MEETING WITH CLIENT | 101.00 |
| 10/01/06 | Lexis Charges | 200.39 |
| 10/01/06 | Westlaw Charges | 252.24 |
| 10/04/06 | Westlaw Charges | 569.15 |
| 10/04/06 | Lexis Charges | 35.97 |
| 10/04/06 | Lexis Charges | 19.75 |
| 10/09/06 | Delivery Services -VENDOR: UNITED PARCEL SERVICE  * FROM: William Coleman TO: Special Procedures //Internal Revenue Service//400 W Bay Street, Su ite 35045//JACKSONVILLE//FL | 10.55 |
| 10/09/06 | Duplicating | 323.40 |
| 10/09/06 | Duplicating | 23.10 |
| 10/12/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 9/28 | 20.32 |


**DLA PIPER**

Matter # 314262-000001
Invoice # 1912925

| Date | Description | Amount |
|------|-------------|--------|
| 10/12/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 9/27 | 16.48 |
| 10/17/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 10/1 | 18.14 |
| 10/20/06 | On-Line Researching - VENDOR: PACER SERVICE CENTER SERVICES FOR 7/1/06-9/30/06 | 6.08 |
| 10/24/06 | Local Travel - VENDOR: EXECUTIVE CHARGE, INC. ROLDAN 1251 6TH === E. 60TH ST  9/28 | 26.52 |
| 10/26/06 | Duplicating | 10.50 |
| 10/27/06 | Meals - VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. V. ROLDAN 10/19 | 17.16 |

**Total Disbursements**          **$1,650.75**

**Total Current Charges**      **$      29,072.75**



J. Duban

Matter #  314262-000001
Invoice # 1912925
November 17, 2006

## REMITTANCE ADVICE

| | | |
|---|---|---|
| Current Fees | $ | 27,422.00 |
| Current Disbursements | $ | 1,650.75 |
| Total This Invoice | $ | 29,072.75 |

*INVOICE  IS DUE AND PAYABLE UPON RECEIPT*
*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

Please send remittance to:          DLA Piper US LLP
                                     5266 Paysphere Circle
                                     Chicago, IL 60674

Or wire remittance to:               LaSalle Bank N.A.               *To ensure proper credit, please indicate the*
                                     135 S.LaSalle Street           *invoice number you are paying on the wire*
                                     Chicago, IL 60603
                                     Account Name:
                                     DLA Piper US LLP
                                     Account #: 5800244054
                                     ABA Transit # 071000505
                                     Swift Code: LASLUS44

Law Firm Tax Identification Number:  52-0616490