# EXHIBIT B

**ITEMIZED DESCRIPTION OF SERVICES PERFORMED AND EXPENSES INCURRED BY FTI CONSULTING, INC. DURING THE PERIOD FROM MARCH 7, 2006 THROUGH OCTOBER 31, 2006 (BY INVOICE)**

Case 3:05-bk-03817-JAF   Doc 12864-7   Filed 11/29/06   Page 2 of 17



FTI Consulting
3 Times Square
11th Floor
New York, NY 10036
212.247.1010 telephone
212.841.9350 fax

www.fticonsulting.com

## Invoice Remittance

Thomas Califano, Esq.
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

April 19, 2006
FTI Invoice No. 7117079
FTI Job No. 012911.0001
Federal I.D. NO. 52-1261113

Re: Winn-Dixie, Inc Ad Hoc Committee

Current Invoice Period: March 27, 2006 through April 16, 2006

| | | |
|---|---|---|
| Professional Services | $ | 106,717.50 |
| Expenses | $ | 4,748.58 |
| Total Amount Due the Period | $ | 111,466.08 |
| Total Amount Due | $ | 111,466.08 |

Please Remit Payment To:  FTI Consulting, Inc.
P.O. Box 630391
Baltimore, MD 21263-0391
(800) 334-5701

Wire Payment To:  ABA#: 026009593
Bank of America
FTI Consulting, Inc.
Account #003939577164
Tax ID #22-3026953



FTI Consulting
3 Times Square
11th Floor
New York, NY 10036
212.247.1010 telephone
212.841.9350 fax

www.fticonsulting.com

Thomas Califano, Esq.
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

*Invoice Summary*

April 19, 2006

FTI Invoice No. 7117079

FTI Job No. 012911.0001

Federal I.D. NO. 52-1261113

Current Invoice Period: March 27, 2006 through April 16, 2006

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Reiss, M. Freddie | Sr Managing Dir | 29.7 | $ 655.00 | $ 19,453.50 |
| Eisenband, Michael | Sr Managing Dir | 9.4 | 655.00 | 6,157.00 |
| Simms, Steven | Sr Managing Dir | 2.0 | 610.00 | 1,220.00 |
| Ventricelli, Daniel | Managing Dir | 93.2 | 475.00 | 44,270.00 |
| Dragelin, Timothy J. | Managing Dir | 46.4 | 590.00 | 27,376.00 |
| Cusano, Cara | Associate | 1.7 | 245.00 | 416.50 |
| Amico, Marc | Associate | 15.5 | 245.00 | 3,797.50 |
| Davis, Jordan | Associate | 15.7 | 245.00 | 3,846.50 |
| Chaney, Tessa | Administrative | 1.0 | 95.00 | 95.00 |
| Pearson, Linda | Administrative | 0.9 | 95.00 | 85.50 |
|  |  | 215.50 |  | $ 106,717.50 |
| Expenses |  |  |  | 4,748.58 |
| Invoice total |  |  |  | $ 111,466.08 |

Winn Dixie Ad Hoc Committee
Time Detail for FTI Consulting Invoice No. 7117079 dated April 19, 2006

| Date | Name | Hours | Amount | Narrative |
|---|---|---|---|---|
| 3/27/2006 | Ventricelli, Daniel | 2.50 | 1,187.50 | Post pitch meeting and discussion with counsel |
| 3/27/2006 | Simms, Steven | 0.50 | 305.00 | Meeting with Committee and counsel to discuss strategy and objectives. |
| 3/27/2006 | Simms, Steven | 0.30 | 183.00 | Review of filed documents related to intercompany issues. |
| 3/27/2006 | Reiss, M. Freddie | 3.00 | 1,965.00 | Read cash collateral, DIP, meet with counsel. |
| 3/27/2006 | Eisenband, Michael | 1.00 | 655.00 | Meet with counsel re: case strategy. |
| 3/27/2006 | Cusano, Cara | 1.70 | 416.50 | Prepare information packages for team. |
| 3/28/2006 | Ventricelli, Daniel | 4.00 | 1,900.00 | Review of 2001 prospectus, SEC filings and other publicly available documents including bankruptcy filings |
| 3/28/2006 | Ventricelli, Daniel | 1.00 | 475.00 | Begin prep of document request list |
| 3/28/2006 | Reiss, M. Freddie | 2.50 | 1,637.50 | Draft information request and work plan. |
| 3/28/2006 | Eisenband, Michael | 1.00 | 655.00 | Review court filings. |
| 3/29/2006 | Ventricelli, Daniel | 3.60 | 1,710.00 | Continued review of public filings and review materials on substantive consolidation |
| 3/29/2006 | Ventricelli, Daniel | 1.00 | 475.00 | Discussions with Tom Califano re strategy and planning |
| 3/29/2006 | Ventricelli, Daniel | 0.50 | 237.50 | Work on retention agreement |
| 3/29/2006 | Simms, Steven | 0.10 | 61.00 | Call with counsel on document request and timing. |
| 3/29/2006 | Simms, Steven | 0.10 | 61.00 | Call with creditor on document request and timing. |
| 3/29/2006 | Reiss, M. Freddie | 1.00 | 655.00 | Planning; staffing. |
| 3/29/2006 | Pearson, Linda | 0.50 | 47.50 | Compile information for Steve Simms |
| 3/29/2006 | Eisenband, Michael | 0.50 | 327.50 | Telephone call with HL re: sub-committee. |
| 3/29/2006 | Eisenband, Michael | 0.50 | 327.50 | Review information request list. |
| 3/30/2006 | Ventricelli, Daniel | 1.00 | 475.00 | Telecons with counsel to discuss status of document request and planning issues |
| 3/30/2006 | Ventricelli, Daniel | 1.50 | 712.50 | Discuss workplan with FTI team |
| 3/30/2006 | Ventricelli, Daniel | 4.00 | 1,900.00 | Continued review of public filings including bond prospectus and bankruptcy filings; continued prep of document request list and send to counsel |
| 3/30/2006 | Simms, Steven | 0.60 | 366.00 | Call with team to discuss work plan, timing and information needed. |
| 3/30/2006 | Reiss, M. Freddie | 2.00 | 1,310.00 | Conference call with team. Read materials; execute non-compete. |
| 3/30/2006 | Eisenband, Michael | 0.60 | 393.00 | Review information request list. |
| 3/30/2006 | Eisenband, Michael | 1.00 | 655.00 | Review FTI work plan. |
| 3/30/2006 | Eisenband, Michael | 0.30 | 196.50 | Telephone call with Committee member. |
| 3/31/2006 | Ventricelli, Daniel | 4.50 | 2,137.50 | At offices of DLA Piper reviewing binders re substantive consolidation received from the Debtor |
| 3/31/2006 | Ventricelli, Daniel | 2.00 | 950.00 | Discussions with FTI team and counsel while at DLA Piper offices reviewing documents received from the Debtor re substantive consolidation |
| 3/31/2006 | Ventricelli, Daniel | 2.50 | 1,187.50 | Review of documents sent by the Debtor to Indenture Trustee re substantive consolidation and discussions with counsel re same |
| 3/31/2006 | Simms, Steven | 0.20 | 122.00 | Review of information request list and CA |
| 3/31/2006 | Reiss, M. Freddie | 0.60 | 393.00 | Conference call with counsel. |
| 3/31/2006 | Reiss, M. Freddie | 1.00 | 655.00 | Review documents. |
| 3/31/2006 | Reiss, M. Freddie | 0.50 | 327.50 | Plan work. |
| 3/31/2006 | Eisenband, Michael | 1.00 | 655.00 | Coordinate FTI resources. |
| 3/31/2006 | Davis, Jordan | 3.20 | 784.00 | Prepared summary of statements and schedules for all debtors and debtor affiliates |
| 4/1/2006 | Reiss, M. Freddie | 2.00 | 1,310.00 | Review documents. |
| 4/2/2006 | Ventricelli, Daniel | 1.50 | 712.50 | Review of legal memo on substantive consolidation prepared by DLA Piper; planning for next week |
| 4/3/2006 | Ventricelli, Daniel | 5.50 | 2,612.50 | Continued review of documents at DLA received from Skadden related to documents provided to Official Committee and Counsel for Wilmington |
| 4/3/2006 | Ventricelli, Daniel | 1.50 | 712.50 | Planning and strategy discussions |
| 4/3/2006 | Ventricelli, Daniel | 1.00 | 475.00 | Discussions with counsel re results of document review |
| 4/3/2006 | Reiss, M. Freddie | 1.50 | 982.50 | Review documents regarding sub-con issue. |
| 4/3/2006 | Dragelin, Timothy J. | 1.50 | 885.00 | 1/2 Travel time and reading initial documents provided via email |
| 4/3/2006 | Dragelin, Timothy J. | 1.20 | 708.00 | Meeting regarding engagement scope and issues |
| 4/3/2006 | Dragelin, Timothy J. | 1.10 | 649.00 | Meeting with DLA Piper at counsel offices regarding scope and |
| 4/3/2006 | Dragelin, Timothy J. | 2.40 | 1,416.00 | Initial document reading, specially board minutes, overview presentation, indexes |
| 4/3/2006 | Dragelin, Timothy J. | 2.10 | 1,239.00 | Review binders including tax returns |
| 4/3/2006 | Davis, Jordan | 0.50 | 122.50 | Prepared billing guidelines |
| 4/4/2006 | Ventricelli, Daniel | 4.50 | 2,137.50 | Further review and analysis of documents received from Skadden; discussions with counsel re same |
| 4/4/2006 | Ventricelli, Daniel | 2.00 | 950.00 | Preparation of analysis of information from documents parallel to legal memo |

1

Winn Dixie Ad Hoc Committee
Time Detail for FTI Consulting Invoice No. 7117079 dated April 19, 2006

| Date | Name | Hours | Amount | Narrative |
|---|---|---|---|---|
| 4/4/2006 | Reiss, M. Freddie | 3.00 | 1,965.00 | Read documents from counsel, 10K, 10Q's, 8K's, etc. |
| 4/4/2006 | Eisenband, Michael | 1.00 | 655.00 | Review documents related to UCC questions |
| 4/4/2006 | Dragelin, Timothy J. | 0.60 | 354.00 | Discussion with counsel |
| 4/4/2006 | Dragelin, Timothy J. | 0.50 | 295.00 | Update with Freddie Reiss |
| 4/4/2006 | Dragelin, Timothy J. | 0.70 | 413.00 | Working session regarding documents and approach |
| 4/4/2006 | Dragelin, Timothy J. | 0.90 | 531.00 | Preparation session with DV regarding meeting with debtors |
| 4/4/2006 | Dragelin, Timothy J. | 1.30 | 767.00 | Reading materials on subcon. |
| 4/4/2006 | Dragelin, Timothy J. | 2.60 | 1,534.00 | Reading documents provided by debtors including vendor docs and other miscellaneous |
| 4/4/2006 | Dragelin, Timothy J. | 1.90 | 1,121.00 | Review documents and answers to UCC questions |
| 4/4/2006 | Davis, Jordan | 8.00 | 1,960.00 | Review of binders from debtor in connection with analysis of subcon factors; prepare analysis regarding same |
| 4/5/2006 | Ventricelli, Daniel | 3.50 | 1,662.50 | Prep for and attend meeting at Skadden with XRoads and Blackstone to receive walkthrough of binder materials from Holly Etlin |
| 4/5/2006 | Ventricelli, Daniel | 4.00 | 1,900.00 | At DLA reviewing documents provided by Skadden and to prep for meeting with Ad Hoc Committee; participate in Ad Hoc Committee meeting; discussions with counsel after meeting to plan for request for interviews during week of 4/10 |
| 4/5/2006 | Reiss, M. Freddie | 1.00 | 655.00 | Meetings with T. Dragelin. |
| 4/5/2006 | Reiss, M. Freddie | 2.10 | 1,375.50 | Meetings with debtor counsel and advisors. |
| 4/5/2006 | Reiss, M. Freddie | 1.00 | 655.00 | Review documents to prep for meeting with debtor counsel |
| 4/5/2006 | Reiss, M. Freddie | 3.00 | 1,965.00 | Meeting with ad hoc committee and counsel. |
| 4/5/2006 | Eisenband, Michael | 0.50 | 327.50 | Obtain update on meeting with debtor |
| 4/5/2006 | Dragelin, Timothy J. | 2.00 | 1,180.00 | Meeting with Skadden, XRoads, Blackstone at Skadden with Piper |
| 4/5/2006 | Dragelin, Timothy J. | 1.00 | 590.00 | Meeting with MFR to prepare for Skadden meeting |
| 4/5/2006 | Dragelin, Timothy J. | 1.10 | 649.00 | Meeting with Ad hoc committee |
| 4/5/2006 | Dragelin, Timothy J. | 1.00 | 590.00 | Discussions with counsel regarding docs and meetings |
| 4/5/2006 | Dragelin, Timothy J. | 1.70 | 1,003.00 | Prepare supplemental document request |
| 4/5/2006 | Dragelin, Timothy J. | 2.00 | 1,180.00 | Review documents at counsel's office |
| 4/5/2006 | Davis, Jordan | 4.00 | 980.00 | Performed analysis of factors for sub consolidation |
| 4/5/2006 | Amico, Marc | 8.90 | 2,180.50 | Review binders from Debtors to address sub con factors |
| 4/6/2006 | Ventricelli, Daniel | 1.00 | 475.00 | Conference call to discuss request for information and strategy |
| 4/6/2006 | Ventricelli, Daniel | 2.50 | 1,187.50 | Respond to request/questions from counsel and conference call re same |
| 4/6/2006 | Ventricelli, Daniel | 3.00 | 1,425.00 | Further review of due diligence checklist document, "Discussion Materials dated January 2006" and other selected documents from binders |
| 4/6/2006 | Simms, Steven | 0.20 | 122.00 | Discussion of issues related to financial performance of Debtor and impact on value |
| 4/6/2006 | Reiss, M. Freddie | 1.00 | 655.00 | Conference call with counsel and committee member. |
| 4/6/2006 | Eisenband, Michael | 1.00 | 655.00 | Review documents re organization structure |
| 4/6/2006 | Dragelin, Timothy J. | 2.20 | 1,298.00 | Prepare questions for debtor regarding discovery issues |
| 4/6/2006 | Dragelin, Timothy J. | 0.30 | 177.00 | Telephone call regarding next steps and issues found |
| 4/6/2006 | Dragelin, Timothy J. | 0.50 | 295.00 | Working sessions with Mark Amico (MA) |
| 4/6/2006 | Dragelin, Timothy J. | 0.60 | 354.00 | Meeting with counsel regarding issues found to date re: subcon |
| 4/6/2006 | Dragelin, Timothy J. | 1.10 | 649.00 | Review documents at counsels office |
| 4/6/2006 | Dragelin, Timothy J. | 0.50 | 295.00 | Review expanded document list and debtor response document |
| 4/6/2006 | Dragelin, Timothy J. | 1.50 | 885.00 | Travel at 1/2 and reading documents found to date |
| 4/6/2006 | Chaney, Tessa | 1.00 | 95.00 | Compile selected documents |
| 4/6/2006 | Amico, Marc | 5.40 | 1,323.00 | Work on responses to sub con factors |
| 4/7/2006 | Ventricelli, Daniel | 1.50 | 712.50 | Conference call with Ad Hoc Committee to discuss planning and next steps |
| 4/7/2006 | Ventricelli, Daniel | 2.50 | 1,187.50 | Telecons with Tom Califano and to Holly Etlin attempting to arrange interviews of Debtor's management for week of 4/10; related follow-up |
| 4/7/2006 | Reiss, M. Freddie | 1.50 | 982.50 | Read materials from debtor regarding sub-con. |
| 4/7/2006 | Reiss, M. Freddie | 1.00 | 655.00 | Read petition for cert regarding Owens Corning. |
| 4/7/2006 | Reiss, M. Freddie | 2.00 | 1,310.00 | Continue reading of petition for cert regarding Owens Corning. |
| 4/7/2006 | Pearson, Linda | 0.40 | 38.00 | Compile requested information |
| 4/7/2006 | Eisenband, Michael | 1.00 | 655.00 | Review materials on corporate structure from debtor |
| 4/7/2006 | Dragelin, Timothy J. | 2.40 | 1,416.00 | Reading subcon materials |
| 4/7/2006 | Dragelin, Timothy J. | 2.20 | 1,298.00 | Prepare additional questions for debtor |
| 4/7/2006 | Amico, Marc | 1.20 | 294.00 | Review binders to address sub con factors |
| 4/8/2006 | Ventricelli, Daniel | 0.50 | 237.50 | Telecon with Holly Etlin re proposed interviews of Debtor management and scheduling of same |

## Winn Dixie Ad Hoc Committee
## Time Detail for FTI Consulting Invoice No. 7117079 dated April 19, 2006

| Date | Name | Hours | Amount | Narrative |
|---|---|---|---|---|
| 4/9/2006 | Ventricelli, Daniel | 4.00 | 1,900.00 | Conference call with counsel to discuss planning and strategy including draft of document request; provide comments to first draft and work on shortened version for delivery to counsel for the debtors |
| 4/9/2006 | Dragelin, Timothy J. | 0.40 | 236.00 | Call with counsel |
| 4/9/2006 | Dragelin, Timothy J. | 0.60 | 354.00 | Followup call and develop recommended documents for initial request list |
| 4/10/2006 | Ventricelli, Daniel | 2.00 | 950.00 | Prep for and conference call with DLA re document request; related follow-up binder review |
| 4/10/2006 | Ventricelli, Daniel | 1.50 | 712.50 | Conference calls with counsel re setting up interview process of Debtors' management |
| 4/10/2006 | Ventricelli, Daniel | 2.50 | 1,187.50 | Review of documents from binder re allocations and other interco trans |
| 4/10/2006 | Dragelin, Timothy J. | 0.50 | 295.00 | Call with counsel and preparation re: document request and scheduling |
| 4/11/2006 | Ventricelli, Daniel | 2.00 | 950.00 | Conference calls with counsel re interview process, sub con factors for motion, and other strategy and planning discussions; review final doc request sent to the Debtors |
| 4/11/2006 | Dragelin, Timothy J. | 2.00 | 1,180.00 | Prepare and review documents for counsel re: document requests and questions for interviews |
| 4/12/2006 | Ventricelli, Daniel | 2.00 | 950.00 | Work on analysis for counsel of sub con factors from review of docs in binders |
| 4/12/2006 | Ventricelli, Daniel | 1.50 | 712.50 | Review of materials from WD website |
| 4/12/2006 | Ventricelli, Daniel | 2.00 | 950.00 | Conference calls with counsel and certain committee members re Houlihan Lokey document and status of interview requests |
| 4/12/2006 | Ventricelli, Daniel | 2.50 | 1,187.50 | Further work on interco analysis provided by Debtors on interco balances at 3/9/05 and 1/11/06; discussions with FTI team |
| 4/12/2006 | Dragelin, Timothy J. | 0.30 | 177.00 | Call with counsel regarding update and preparation of information request |
| 4/12/2006 | Dragelin, Timothy J. | 0.50 | 295.00 | Work on documents and information request |
| 4/12/2006 | Dragelin, Timothy J. | 1.20 | 708.00 | Review intercompany documents and issues from debtor. |
| 4/13/2006 | Ventricelli, Daniel | 3.00 | 1,425.00 | Prep for and conference call with Holly Etlin and Skadden re interco transactions and analysis of interco balances as of 3/9/05 and 1/11/06; related follow-up |
| 4/13/2006 | Ventricelli, Daniel | 1.00 | 475.00 | Conference calls with counsel re updated document request and status of discussions with Sandra re access to Houlihan Lokey docs |
| 4/13/2006 | Ventricelli, Daniel | 2.70 | 1,282.50 | Review of docs from binders received from Skadden |
| 4/13/2006 | Dragelin, Timothy J. | 1.40 | 826.00 | Prepare for call with XRoads re: Intercompany accounting and documents provided to UCC |
| 4/13/2006 | Dragelin, Timothy J. | 1.90 | 1,121.00 | Call with XRoads and Debtor counsel regarding intercompany and documents provided to UCC |
| 4/13/2006 | Dragelin, Timothy J. | 0.40 | 236.00 | Follow-up working call with counsel regarding XRoads call |
| 4/13/2006 | Dragelin, Timothy J. | 0.30 | 177.00 | Reviewing document request list, prepare questions for XRoads and interviews |
| 4/14/2006 | Ventricelli, Daniel | 2.50 | 1,187.50 | Review of further documents received from Skadden; review notes from call with Holly Etlin and revised document request with Vince Roldan at DLA Piper; |
| 4/16/2006 | Ventricelli, Daniel | 1.40 | 665.00 | Prep for and conference call with counsel to discuss next steps and related follow-up |
| | | 215.50 | 106,717.50 | |

3



FTI Consulting
3 Times Square
11th Floor
New York, NY 10036
212.247.1010 telephone
212.841.9350 fax

www.fticonsulting.com

## Invoice Remittance

Thomas Califano, Esq.
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

May 5, 2006
FTI Invoice No. 7117640
FTI Job No. 012911.0001
Federal I.D. NO. 52-1261113

Re: Winn- Dixie, Inc Ad Hoc Committee

Current Invoice Period: April 10, 2006 through April 30, 2006

| | | |
|---|---|---:|
| Professional Services………………………………………………………………… | $ | 94,812.50 |
| Expenses……………………………………………………………………………… | $ | 1,694.09 |
| Total Amount Due the Period……………………………………………………… | $ | 96,506.59 |
| | | |
| Total Amount Due……………………………………………………………………… | $ | 96,506.59 |

*Please Remit Payment To:*  *FTI Consulting, Inc.*
*P.O. Box 630391*
*Baltimore, MD 21263-0391*
*(800) 334-5701*

Wire Payment To:    ABA#: 026009593
Bank of America
FTI Consulting, Inc.
Account #003939577164
Tax ID #22-3026953



FTI Consulting
3 Times Square
11th Floor
New York, NY 10036
212.247.1010 telephone
212.841.9350 fax

www.fticonsulting.com

Thomas Califano, Esq.
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

## Invoice Summary

May 5, 2006
FTI Invoice No. 7117640
FTI Job No. 012911.0001
Federal I.D. NO. 52-1261113

Current Invoice Period: April 10, 2006 through April 30, 2006

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Reiss, M. Freddie | Sr Managing Dir | 25.3 | $ 655.00 | 16,571.50 |
| Eisenband, Michael | Sr Managing Dir | 8.9 | 655.00 | 5,829.50 |
| Simms, Steven | Sr Managing Dir | 1.0 | 610.00 | 610.00 |
| Ventricelli, Daniel | Managing Dir | 82.8 | 475.00 | 39,330.00 |
| Dragelin, Timothy J. | Managing Dir | 53.5 | 590.00 | 31,565.00 |
| Amico, Marc | Associate | 3.7 | 245.00 | 906.50 |
| | | 175.20 | | $ 94,812.50 |
| Expenses | | | | 1,694.09 |
| Invoice total | | | | $ 96,506.59 |

Winn Dixie Ad Hoc Committee
Time Detail for FTI Consulting Invoice No. 7117640 dated May 5, 2006

| Date | Name | Hours | Amount | Narrative |
|---|---|---|---|---|
| 4/10/2006 | Reiss, M. Freddie | 0.30 | 196.50 | Review e-mail from counsel. |
| 4/10/2006 | Reiss, M. Freddie | 0.40 | 262.00 | Call regarding status on interviews. |
| 4/10/2006 | Reiss, M. Freddie | 1.00 | 655.00 | Conference call with counsel and FTI. |
| 4/10/2006 | Reiss, M. Freddie | 3.00 | 1,965.00 | Travel to New York. |
| 4/11/2006 | Reiss, M. Freddie | 2.20 | 1,441.00 | Review status and read memo from counsel; approve information requests. |
| 4/11/2006 | Eisenband, Michael | 1.00 | 655.00 | Update on findings and impact on analysis |
| 4/11/2006 | Simms, Steven | 0.10 | 61.00 | Call with counsel to discuss issues raised and case strategy. |
| 4/11/2006 | Amico, Marc | 1.50 | 367.50 | Work on analysis of company website re sub con factors |
| 4/12/2006 | Reiss, M. Freddie | 1.20 | 786.00 | Meet with D. Ventricelli (FTI) and review status. |
| 4/12/2006 | Reiss, M. Freddie | 2.30 | 1,506.50 | Review documents from counsel regarding sub-con. |
| 4/12/2006 | Reiss, M. Freddie | 0.60 | 393.00 | Call with committee members regarding access to Houlihan work. |
| 4/12/2006 | Reiss, M. Freddie | 0.80 | 524.00 | Conference call with counsel. |
| 4/12/2006 | Eisenband, Michael | 1.20 | 786.00 | Conference call with counsel re strategy |
| 4/12/2006 | Simms, Steven | 0.40 | 244.00 | Call with Committee member on case issues, waterfall analysis and work to be completed. |
| 4/12/2006 | Amico, Marc | 2.20 | 539.00 | Analysis of information on company website |
| 4/13/2006 | Reiss, M. Freddie | 1.00 | 655.00 | Conference call with X-Roads regarding intercompany accounts |
| 4/13/2006 | Eisenband, Michael | 1.50 | 982.50 | Review preliminary analysis of findings |
| 4/14/2006 | Reiss, M. Freddie | 0.50 | 327.50 | Follow-up on status. |
| 4/17/2006 | Ventricelli, Daniel | 2.00 | 950.00 | Prep for and conference call with committee to discuss next steps |
| 4/17/2006 | Ventricelli, Daniel | 0.30 | 142.50 | Telecon re results of conference call; related follow-up |
| 4/17/2006 | Ventricelli, Daniel | 2.80 | 1,330.00 | Further work on intercompany balances and documents provided by Skadden |
| 4/17/2006 | Ventricelli, Daniel | 0.50 | 237.50 | Review of document request and response from Debtor re same |
| 4/17/2006 | Reiss, M. Freddie | 1.00 | 655.00 | Prepare outline for call with ad hoc and review intercompany transactions. |
| 4/17/2006 | Reiss, M. Freddie | 1.30 | 851.50 | Conference call with committee. |
| 4/17/2006 | Eisenband, Michael | 1.20 | 786.00 | Review agenda and issues. |
| 4/17/2006 | Simms, Steven | 0.20 | 122.00 | Update on issues and analysis to be completed. |
| 4/18/2006 | Ventricelli, Daniel | 1.00 | 475.00 | Discussions with counsel and FTI team re access to Houlihan Lokey docs |
| 4/18/2006 | Ventricelli, Daniel | 2.00 | 950.00 | Review of documents received from Debtor pursuant to document request |
| 4/18/2006 | Ventricelli, Daniel | 0.50 | 237.50 | Interim billing |
| 4/18/2006 | Ventricelli, Daniel | 2.50 | 1,187.50 | Discussions with counsel re planning for interviews and prep for same |
| 4/18/2006 | Reiss, M. Freddie | 0.50 | 327.50 | Call with staff regarding status. |
| 4/18/2006 | Reiss, M. Freddie | 0.50 | 327.50 | Call with counsel regarding Houlihan Report. |
| 4/18/2006 | Eisenband, Michael | 1.00 | 655.00 | Discuss case status, issues and staffing |
| 4/19/2006 | Ventricelli, Daniel | 2.00 | 950.00 | Conference calls with counsel re next steps for interviews and documents received from the Debtor pursuant to doc requests; related follow-up |
| 4/19/2006 | Ventricelli, Daniel | 1.00 | 475.00 | Review of documents received from Debtor per doc requests |
| 4/19/2006 | Dragelin, Timothy J. | 2.20 | 1,298.00 | Review documents forwarded by counsel from the debtor related to substantive consolidation. |
| 4/20/2006 | Ventricelli, Daniel | 3.60 | 1,710.00 | Work on prep for interviews, begin outline of topics and questions |
| 4/20/2006 | Ventricelli, Daniel | 2.50 | 1,187.50 | Further review of documents received from the Debtor per document requests |
| 4/20/2006 | Dragelin, Timothy J. | 1.10 | 649.00 | Review documents received from counsel regarding substantive consolidation issues. |
| 4/20/2006 | Dragelin, Timothy J. | 0.50 | 295.00 | Working session with counsel regarding interviews and questions. |
| 4/20/2006 | Dragelin, Timothy J. | 0.60 | 354.00 | Develop questions for interviews on subcon issues. |
| 4/20/2006 | Eisenband, Michael | 1.00 | 655.00 | Review issues and preliminary findings |
| 4/21/2006 | Ventricelli, Daniel | 2.70 | 1,282.50 | Prep for, attend and related follow-up to Committee conference call |
| 4/21/2006 | Ventricelli, Daniel | 3.40 | 1,615.00 | Prep for interviews of Debtors' employees in JAX next week; prep list of topics and questions; discussions with counsel re same |
| 4/21/2006 | Ventricelli, Daniel | 1.00 | 475.00 | Telecons re today's committee conference call |
| 4/21/2006 | Ventricelli, Daniel | 1.00 | 475.00 | Review of documents received today from Skadden in response to document requests |
| 4/21/2006 | Reiss, M. Freddie | 0.30 | 196.50 | Review materials for conference call regarding Houlihan. |
| 4/21/2006 | Reiss, M. Freddie | 1.60 | 1,048.00 | Conference call with ad hoc regarding interviews and HLHZ. |
| 4/21/2006 | Reiss, M. Freddie | 0.10 | 65.50 | Call with T. Califaro regarding process/status. |
| 4/21/2006 | Dragelin, Timothy J. | 1.30 | 767.00 | Develop interview questions for trip to Jacksonville |
| 4/21/2006 | Dragelin, Timothy J. | 1.10 | 649.00 | Read documents in order to prepare questions for interviews in Jacksonville |
| 4/21/2006 | Simms, Steven | 0.30 | 183.00 | Discussion of work plan and issues raised on Committee call. |

Winn Dixie Ad Hoc Committee

Time Detail for FTI Consulting Invoice No. 7117640 dated May 5, 2006

| Date | Name | Hours | Amount | Narrative |
|---|---|---|---|---|
| 4/23/2006 | Ventricelli, Daniel | 2.50 | 1,187.50 | Prep for interviews on 4/25 and 4/26 in JAX: discussions with counsel re same |
| 4/24/2006 | Ventricelli, Daniel | 3.50 | 1,662.50 | Preparation for interviews of Debtors in Jacksonville Florida including reviewing documents recently received from Skadden |
| 4/24/2006 | Ventricelli, Daniel | 0.60 | 285.00 | Teleconference re planning and strategy for this week |
| 4/24/2006 | Ventricelli, Daniel | 1.50 | 712.50 | Discussions with counsel re strategy for interviews during travel to Jacksonville |
| 4/24/2006 | Ventricelli, Daniel | 3.30 | 1,567.50 | Further review of documents at counsel's office in preparation for interviews of Debtors this week including merchandise agreements with vendors |
| 4/24/2006 | Reiss, M. Freddie | 2.00 | 1,310.00 | Plan interview phase; review documents. |
| 4/24/2006 | Dragelin, Timothy J. | 0.60 | 354.00 | Teleconference re: case issues and analyses |
| 4/24/2006 | Dragelin, Timothy J. | 2.10 | 1,239.00 | Reading documents produced by debtor for interviews to be performed in JAX |
| 4/24/2006 | Dragelin, Timothy J. | 0.70 | 413.00 | Develop questions for interviews in JAX |
| 4/24/2006 | Dragelin, Timothy J. | 1.00 | 590.00 | Travel at 1/2 time, reading documents to prepare during travel |
| 4/25/2006 | Ventricelli, Daniel | 3.50 | 1,662.50 | In Jacksonville for interviews of Debtors; meeting with counsel to discuss approach; review documents at Winn Dixie Headquarters in preparation for interviews including documents recently received from Skadden per document request |
| 4/25/2006 | Ventricelli, Daniel | 1.50 | 712.50 | Prep for and interview of Ken Kirschner, outside counsel to the Debtors at time of offering |
| 4/25/2006 | Ventricelli, Daniel | 1.00 | 475.00 | Prep for and interview of Anthony Agresta and Dave Myers concerning electronic marketing and B2B program at Winn Dixie |
| 4/25/2006 | Ventricelli, Daniel | 0.80 | 380.00 | Meeting with counsel to discuss interviews |
| 4/25/2006 | Ventricelli, Daniel | 1.50 | 712.50 | Prep for and interview of Mark Sellers, Group VP of Operations |
| 4/25/2006 | Ventricelli, Daniel | 1.00 | 475.00 | Prep for and interview of Kellie Hardee, Treasurer |
| 4/25/2006 | Ventricelli, Daniel | 1.00 | 475.00 | Prep for and interview of Bennett Nussbaum, CFO |
| 4/25/2006 | Ventricelli, Daniel | 2.00 | 950.00 | Meeting with counsel to discuss results of interviews and to prepare for next day interviews; conference call with Mark and Jan and Freddie Reiss re results of interviews |
| 4/25/2006 | Reiss, M. Freddie | 0.30 | 196.50 | Review questionnaire for field interviews. |
| 4/25/2006 | Reiss, M. Freddie | 0.80 | 524.00 | Conference call with counsel and FTI team regarding first day interviews. |
| 4/25/2006 | Dragelin, Timothy J. | 1.10 | 649.00 | Meeting with T. Califano (Piper) regarding interview preparation |
| 4/25/2006 | Dragelin, Timothy J. | 1.00 | 590.00 | Interview and preparation of Ken Kirschner outside counsel for Winn Dixie |
| 4/25/2006 | Dragelin, Timothy J. | 1.00 | 590.00 | Preparation and interview of Anthony Agresta and Dave Myers, WD |
| 4/25/2006 | Dragelin, Timothy J. | 1.00 | 590.00 | Interview of Mark Sellers and preparation |
| 4/25/2006 | Dragelin, Timothy J. | 1.00 | 590.00 | Interview and preparation of Kellie Hardee |
| 4/25/2006 | Dragelin, Timothy J. | 1.00 | 590.00 | Interview and preparation of Bennet Nussbaum, WD |
| 4/25/2006 | Dragelin, Timothy J. | 2.30 | 1,357.00 | Read through binders in debtors office re: subcon in preparation for interviews |
| 4/25/2006 | Dragelin, Timothy J. | 2.00 | 1,180.00 | Meeting with counsel and DV to discuss results, call with counsel and MFR re: same |
| 4/25/2006 | Dragelin, Timothy J. | 0.80 | 472.00 | Meeting to discuss planning and interviews with counsel and DV |
| 4/25/2006 | Dragelin, Timothy J. | 1.00 | 590.00 | Meeting to review approach to interviews and prepare for interviews, question refinement and order of iterviewees |
| 4/25/2006 | Eisenband, Michael | 1.00 | 655.00 | Review issues and documents received |
| 4/26/2006 | Ventricelli, Daniel | 0.80 | 380.00 | Prep for and interview of Cheryl Forehand, VP Operations, Procurement and Merchandising |
| 4/26/2006 | Ventricelli, Daniel | 1.00 | 475.00 | Meeting with counsel and Tim Dragelin to discuss preparation for interviews |
| 4/26/2006 | Ventricelli, Daniel | 1.00 | 475.00 | Prep for and interview of Frank Thurlow, Paul Tiberio and Bob Huey, Directors of Meat, Produce and Seafood Ops |
| 4/26/2006 | Ventricelli, Daniel | 2.20 | 1,045.00 | Prep for and interview of Kevin Stubbs and Jayson Roy, Director of Accounting |
| 4/26/2006 | Ventricelli, Daniel | 1.00 | 475.00 | Meeting with counsel to discuss interviews |
| 4/26/2006 | Ventricelli, Daniel | 2.00 | 950.00 | Prep for and interview of Mike Byrum, Chief Accounting Officer and Controller |
| 4/26/2006 | Ventricelli, Daniel | 1.00 | 475.00 | Prep for and interview of Larry Appel and Jay Castle |
| 4/26/2006 | Ventricelli, Daniel | 0.80 | 380.00 | Prep for and interview of Lisa Wassenaar, Marketing Director |
| 4/26/2006 | Ventricelli, Daniel | 2.50 | 1,187.50 | Meeting with counsel and Tim Dragelin to discuss results of interviews and planning for next week; conference call with counsel and Freddie Reiss re same |
| 4/26/2006 | Ventricelli, Daniel | 2.00 | 950.00 | Walk through of Winn Dixie store in Jacksonville with Jay Castle |
| 4/26/2006 | Dragelin, Timothy J. | 0.50 | 295.00 | Interview of Cheryl Forehand, WD |

2

## Winn Dixie Ad Hoc Committee
## Time Detail for FTI Consulting Invoice No. 7117640 dated May 5, 2006

| Date | Name | Hours | Amount | Narrative |
|---|---|---|---|---|
| 4/26/2006 | Dragelin, Timothy J. | 0.80 | 472.00 | Preparation for interviews, reviewing notes and reading documents |
| 4/26/2006 | Dragelin, Timothy J. | 1.00 | 590.00 | Interviews of Frank Thurlow, Paul Tiberio, Bob Huey and prep of same |
| 4/26/2006 | Dragelin, Timothy J. | 2.20 | 1,298.00 | Preparation for Interview of Jayson Roy and Kevin Stubbs by reviewing notes and documents and conducting interview |
| 4/26/2006 | Dragelin, Timothy J. | 1.60 | 944.00 | Interview Mike Byrum |
| 4/26/2006 | Dragelin, Timothy J. | 0.80 | 472.00 | Interview Larry Appel |
| 4/26/2006 | Dragelin, Timothy J. | 1.00 | 590.00 | Meeting to discuss interviews |
| 4/26/2006 | Dragelin, Timothy J. | 0.80 | 472.00 | Prep for and interview Lisa Wassenaar |
| 4/26/2006 | Dragelin, Timothy J. | 1.50 | 885.00 | Meeting with counsel and DV to discuss results of interviews and planning for following week |
| 4/26/2006 | Dragelin, Timothy J. | 1.00 | 590.00 | Conference call with MFR and counsel to discuss planning and results of interviews |
| 4/26/2006 | Dragelin, Timothy J. | 2.00 | 1,180.00 | Travel to and walk through of store and interview store manager |
| 4/26/2006 | Dragelin, Timothy J. | 1.00 | 590.00 | Working meeting to discuss plan for the day of interviews with counsel and DV |
| 4/27/2006 | Ventricelli, Daniel | 1.00 | 475.00 | Telecon with Freddie Reiss re status update; communications with Tim Dragelin re strategy |
| 4/27/2006 | Ventricelli, Daniel | 3.00 | 1,425.00 | Review of notes from interviews and prep of draft affidavit for Freddie Reiss in support of sub con; review list of open document requests and comment on same; telecon with counsel re planning next steps including motion for sub con and review of Houlihan work |
| 4/27/2006 | Ventricelli, Daniel | 4.00 | 1,900.00 | Review of draft motion for sub con received from counsel; travel time from Jacksonville |
| 4/27/2006 | Reiss, M. Freddie | 1.00 | 655.00 | Conference call with counsel and FTI regarding interviews day 2. |
| 4/27/2006 | Dragelin, Timothy J. | 1.10 | 649.00 | Develop affidavit |
| 4/27/2006 | Dragelin, Timothy J. | 1.00 | 590.00 | Calls with DV regarding affidavit, strategy and issues and analysis |
| 4/27/2006 | Dragelin, Timothy J. | 1.00 | 590.00 | Travel 1/2 time; work on notes from interviews during travel. |
| 4/27/2006 | Dragelin, Timothy J. | 2.20 | 1,298.00 | Reading various documents from debtors regarding subcon |
| 4/27/2006 | Dragelin, Timothy J. | 1.10 | 649.00 | Reading and commenting on motion |
| 4/27/2006 | Eisenband, Michael | 0.50 | 327.50 | Review motion and affidavit |
| 4/28/2006 | Ventricelli, Daniel | 4.50 | 2,137.50 | Prep for and teleconference with Tim Dragelin re comments to motion and draft affidavit (2.5); telecon with counsel re same (2.0) |
| 4/28/2006 | Ventricelli, Daniel | 1.50 | 712.50 | Organization of materials from interviews and begin prep of draft affidavit |
| 4/28/2006 | Ventricelli, Daniel | 1.00 | 475.00 | Work on access to Houlihan work issues |
| 4/28/2006 | Reiss, M. Freddie | 0.50 | 327.50 | Update regarding Houlihan meeting. |
| 4/28/2006 | Dragelin, Timothy J. | 1.50 | 885.00 | Working session with DLA Piper and DV regarding motion drafts |
| 4/28/2006 | Dragelin, Timothy J. | 1.90 | 1,121.00 | Working session with DV regarding motion and affidavit outline |
| 4/28/2006 | Dragelin, Timothy J. | 2.20 | 1,298.00 | Review documents and notes from interviews |
| 4/28/2006 | Dragelin, Timothy J. | 1.60 | 944.00 | Drafting of outline and issues |
| 4/28/2006 | Eisenband, Michael | 0.50 | 327.50 | Review outline of key issues |
| 4/29/2006 | Ventricelli, Daniel | 0.50 | 237.50 | Communications with counsel re access to Houlihan work issue |
| 4/29/2006 | Reiss, M. Freddie | 0.40 | 262.00 | Call with counsel, Friedman. |
| 4/29/2006 | Reiss, M. Freddie | 0.50 | 327.50 | Send memo to counsel. |
| 4/29/2006 | Reiss, M. Freddie | 0.20 | 131.00 | Telephone call with D. Ventricelli (FTI) regarding status. |
| 4/30/2006 | Ventricelli, Daniel | 0.50 | 237.50 | Communications regarding Houlihan work confidentiality agreement |
| 4/30/2006 | Reiss, M. Freddie | 0.20 | 131.00 | Send update to memo. |
| 4/30/2006 | Reiss, M. Freddie | 0.30 | 196.50 | Review memo from counsel. |
| 4/30/2006 | Reiss, M. Freddie | 0.50 | 327.50 | Telephone call with counsel regarding Houlihan report. |
| 4/30/2006 | Dragelin, Timothy J. | 1.90 | 1,121.00 | Developing outline and details of outline affidavit. |
| 4/30/2006 | Dragelin, Timothy J. | 0.40 | 236.00 | Review correspondence and documents from counsel |
| | | 175.20 | 94,812.50 | |

3



FTI Consulting
3 Times Square
11th Floor
New York, NY 10036
212.247.1010 telephone
212.841.9350 fax

www.fticonsulting.com

*Invoice Remittance*

Thomas Califano, Esq.
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

June 22, 2006
FTI Invoice No. 7119255
FTI Job No. 012911.0001
Federal I.D. NO. 52-1261113

Re: Winn-Dixie, Inc Ad Hoc Committee

Current Invoice Period: May 1, 2006 through May 31, 2006

| | |
|---|---:|
| Professional Services | $ 242,710.00 |
| Expenses | $ 12,563.29 |
| Total Amount Due the Period | $ 255,273.29 |
| **Total Amount Due** | **$ 255,273.29** |

*Please Remit Payment To:*   *FTI Consulting, Inc.*
*P.O. Box 630391*
*Baltimore, MD 21263-0391*
*(800) 334-5701*

Wire Payment To:   ABA#: 026009593
**Bank of America**
**FTI Consulting, Inc.**
**Account #003939577164**
**Tax ID #22-3026953**



FTI Consulting
3 Times Square
11th Floor
New York, NY 10036
212.247.1010 telephone
212.841.9350 fax

www.fticonsulting.com

Thomas Califano, Esq.
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

*Invoice Summary*
June 22, 2006
FTI Invoice No. 7119255
FTI Job No. 012911.0001
Federal I.D. NO. 52-1261113

Current Invoice Period: May 1, 2006 through May 31, 2006

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Reiss, M. Freddie | Sr Managing Dir | 92.8 | $ 655.00 | 60,784.00 |
| Eisenband, Michael | Sr Managing Dir | 28.6 | 655.00 | 18,733.00 |
| Simms, Steven | Sr Managing Dir | 37.7 | 610.00 | 22,997.00 |
| Ventricelli, Daniel | Managing Dir | 105.4 | 475.00 | 50,065.00 |
| Polli, Jennifer L | Managing Dir | 51.5 | 590.00 | 30,385.00 |
| Dragelin, Timothy J. | Managing Dir | 57.6 | 590.00 | 33,984.00 |
| Manalo, Caroline | Director | 52.5 | 435.00 | 22,837.50 |
| Markowitz, Lucas | Consultant | 1.0 | 210.00 | 210.00 |
| Amico, Marc | Associate | 8.7 | 245.00 | 2,131.50 |
| Davis, Jordan | Associate | 1.1 | 245.00 | 269.50 |
| Chaney, Tessa | Administrative | 2.5 | 95.00 | 237.50 |
| Pearson, Linda | Administrative | 0.8 | 95.00 | 76.00 |
| | | **440.2** | | **$ 242,710.00** |
| Expenses | | | | 12,563.29 |
| Invoice total | | | | **$ 255,273.29** |

Winn Dixie Ad Hoc Committee
Time Detail for FTI Consulting Invoice No. 7119255 dated June 22, 2006

| Date | Name | Hours | Amount | Narrative |
|---|---|---|---|---|
| 5/1/2006 | Ventricelli, Daniel | 3.00 | 1,425.00 | Further review of additional documents received from Skadden per document requests |
| 5/1/2006 | Ventricelli, Daniel | 1.00 | 475.00 | Conference calls with counsel regarding confidentiality agreement with OCUC and with Debtors |
| 5/1/2006 | Ventricelli, Daniel | 4.00 | 1,900.00 | Begin prep of Reiss affidavit in support of motion for substantive consolidation |
| 5/1/2006 | Ventricelli, Daniel | 3.50 | 1,662.50 | Work on Reiss affidavit; review of additional documents received from the Debtors; review of draft of motion for substantive consolidation |
| 5/1/2006 | Chaney, Tessa | 0.50 | 47.50 | Input data as per request of Tim Dragelin |
| 5/1/2006 | Dragelin, Timothy J. | 1.00 | 590.00 | Travel at 1/2 time to NY |
| 5/1/2006 | Dragelin, Timothy J. | 1.10 | 649.00 | Read motion and comment |
| 5/1/2006 | Dragelin, Timothy J. | 1.50 | 885.00 | Prepare analyses for affidavit of Freddie Reiss |
| 5/1/2006 | Dragelin, Timothy J. | 3.20 | 1,888.00 | Review documents for affidavit and brief |
| 5/1/2006 | Dragelin, Timothy J. | 2.20 | 1,298.00 | Review interview notes and compare with other notes and documents in support of affidavit factual statements |
| 5/1/2006 | Dragelin, Timothy J. | 3.00 | 1,770.00 | Drafting affidavit |
| 5/1/2006 | Markowitz, Lucas | 1.00 | 210.00 | Researching bankruptcy schedules for information as per D. Ventricelli. |
| 5/2/2006 | Ventricelli, Daniel | 3.30 | 1,567.50 | Prep for and meetings with Freddie Reiss and Tim Dragelin regarding affidavit in support of substantive consolidation |
| 5/2/2006 | Ventricelli, Daniel | 3.50 | 1,662.50 | Review of documents received from the Debtors pursuant to document requests including division realignment documents and consolidating financial information |
| 5/2/2006 | Ventricelli, Daniel | 2.00 | 950.00 | Further work on draft affidavit of Freddie Reiss in support of substantive consolidation |
| 5/2/2006 | Ventricelli, Daniel | 1.00 | 475.00 | Prep for and telecons with counsel and the Debtors re status of documents requested from the Debtors |
| 5/2/2006 | Reiss, M. Freddie | 6.00 | 3,930.00 | Work on affidavit with T. Dragelin and D. Ventricelli (FTI) |
| 5/2/2006 | Reiss, M. Freddie | 1.30 | 851.50 | Review intercompany documentation. |
| 5/2/2006 | Dragelin, Timothy J. | 2.70 | 1,593.00 | Review of documents for affidavit and brief |
| 5/2/2006 | Dragelin, Timothy J. | 2.40 | 1,416.00 | Working session with Freddie Reiss regarding affidavit, facts of the case and documents. |
| 5/2/2006 | Dragelin, Timothy J. | 1.20 | 708.00 | Calls with counsel regarding affidavit and brief |
| 5/2/2006 | Dragelin, Timothy J. | 3.30 | 1,947.00 | Revisions for affidavit and confirming facts |
| 5/2/2006 | Eisenband, Michael | 2.50 | 1,637.50 | Review documents and discuss items related to subcon analysis |
| 5/3/2006 | Ventricelli, Daniel | 2.00 | 950.00 | Work on draft of Freddie Reiss affidavit in support of substantive consolidation |
| 5/3/2006 | Ventricelli, Daniel | 4.00 | 1,900.00 | Meetings at DLA Piper to discuss draft affidavit and motion for substantive consolidation |
| 5/3/2006 | Ventricelli, Daniel | 0.60 | 285.00 | Conference calls with counsel and members of Ad Hoc Committee |
| 5/3/2006 | Ventricelli, Daniel | 3.00 | 1,425.00 | Review of board minutes and other documentation received from the Debtors pursuant to Ad Hoc Committee requests for documents |
| 5/3/2006 | Reiss, M. Freddie | 2.50 | 1,637.50 | Work on affidavit |
| 5/3/2006 | Reiss, M. Freddie | 5.00 | 3,275.00 | Meeting with counsel regarding complaint. |
| 5/3/2006 | Dragelin, Timothy J. | 3.50 | 2,065.00 | Work on brief and affidavit |
| 5/3/2006 | Dragelin, Timothy J. | 3.00 | 1,770.00 | Review documents at counsel's office, board minutes and presentations |
| 5/3/2006 | Dragelin, Timothy J. | 1.00 | 590.00 | Meeting with counsel and team re: motion |
| 5/3/2006 | Dragelin, Timothy J. | 1.00 | 590.00 | 1/2 time travel |
| 5/3/2006 | Dragelin, Timothy J. | 1.40 | 826.00 | Reading and revising affidavit and motion |
| 5/3/2006 | Eisenband, Michael | 2.50 | 1,637.50 | Review affidavit and supporting documents |
| 5/3/2006 | Pearson, Linda | 0.50 | 47.50 | Admin. - making lunch arrangements for meeting on Thursday |
| 5/4/2006 | Ventricelli, Daniel | 1.50 | 712.50 | Meeting to prep for meeting with Houlihan re settlement proposal presentation |
| 5/4/2006 | Ventricelli, Daniel | 4.50 | 2,137.50 | Meeting with Houlihan, counsel for OCUC, representatives of landlord group, Capstone and others re presentation from Houlihan re settlement proposal; lunch meeting with Houlihan subsequent to meeting and meeting with DLA Piper after |
| 5/4/2006 | Ventricelli, Daniel | 1.00 | 475.00 | Meeting with Steve Simms and his team to discuss review of Houlihan model; further review of Houlihan presentation materials |
| 5/4/2006 | Polli, Jennifer L | 3.00 | 1,770.00 | Subcon/Decon issue - Participate in conversations related to economics of proposed settlement. Analyze subcon/decon models. |
| 5/4/2006 | Reiss, M. Freddie | 1.50 | 982.50 | Update affidavit. |
| 5/4/2006 | Reiss, M. Freddie | 0.50 | 327.50 | Prepare for meeting with Houlihan. |

1

Winn Dixie Ad Hoc Committee
Time Detail for FTI Consulting Invoice No. 7119255 dated June 22, 2006

| Date | Name | Hours | Amount | Narrative |
|---|---|---|---|---|
| 5/4/2006 | Reiss, M. Freddie | 4.00 | 2,620.00 | Meeting with creditor constituents regarding Houlihan presentation. |
| 5/4/2006 | Reiss, M. Freddie | 0.80 | 524.00 | Call with S. Schirmang regarding FTI due diligence. |
| 5/4/2006 | Reiss, M. Freddie | 7.00 | 4,585.00 | Travel to Los Angeles; review Houlihan model during flight. |
| 5/4/2006 | Manalo, Caroline | 1.50 | 652.50 | Meeting to discuss background of case. |
| 5/4/2006 | Eisenband, Michael | 0.30 | 196.50 | Telephone call with S. Schirmang |
| 5/4/2006 | Eisenband, Michael | 0.70 | 458.50 | Pre-meeting with DLA Piper. |
| 5/4/2006 | Eisenband, Michael | 4.00 | 2,620.00 | Meeting with HL |
| 5/4/2006 | Eisenband, Michael | 1.00 | 655.00 | Follow-up to HL meeting |
| 5/4/2006 | Simms, Steven | 1.60 | 976.00 | Review HLHZ waterfall analysis and discussion on same. |
| 5/4/2006 | Davis, Jordan | 1.10 | 269.50 | Prep monthly invoice |
| 5/5/2006 | Ventricelli, Daniel | 1.50 | 712.50 | Prep for and committee conference call |
| 5/5/2006 | Ventricelli, Daniel | 3.00 | 1,425.00 | Further work on Freddie Reiss affidavit and discussion with counsel re same |
| 5/5/2006 | Ventricelli, Daniel | 1.00 | 475.00 | Prep for and conference call with unsecured trade committee members of Ad Hoc Committee to discuss Houlihan meeting |
| 5/5/2006 | Ventricelli, Daniel | 1.00 | 475.00 | Review of minutes and presentations from 2004 Strategic Plan re manufacturing operations |
| 5/5/2006 | Polli, Jennifer L. | 2.50 | 1,475.00 | Subcon/Decon issue - Participate in conversations related to economics of proposed settlement. Analyze subcon/decon models. |
| 5/5/2006 | Reiss, M. Freddie | 1.20 | 786.00 | Conference call ad hoc committee. |
| 5/5/2006 | Reiss, M. Freddie | 0.40 | 262.00 | Call with D. Ventricelli (FTI) to plan on-going due diligence. |
| 5/5/2006 | Reiss, M. Freddie | 1.30 | 851.50 | Conference call with trade members of OCC regarding status of sub-con. |
| 5/5/2006 | Reiss, M. Freddie | 0.20 | 131.00 | Call with J. Borow (Capstone) regarding Bond and Capstone cooperation. |
| 5/5/2006 | Reiss, M. Freddie | 1.30 | 851.50 | Review affidavit. |
| 5/5/2006 | Manalo, Caroline | 7.00 | 3,045.00 | Review HLHZ due diligence report and model; discuss with S. Simms and J. Polli. |
| 5/5/2006 | Dragelin, Timothy J. | 2.40 | 1,416.00 | Read and analyze the HLHZ document and comment |
| 5/5/2006 | Eisenband, Michael | 1.50 | 982.50 | Telephone calls with Committee. |
| 5/5/2006 | Simms, Steven | 0.60 | 366.00 | Discussion with team on issues with analysis and questions on same. |
| 5/6/2006 | Ventricelli, Daniel | 0.50 | 237.50 | Communications with counsel re planning for next week |
| 5/8/2006 | Ventricelli, Daniel | 2.00 | 950.00 | Continued work on Reiss affidavit |
| 5/8/2006 | Ventricelli, Daniel | 2.00 | 950.00 | Review of Houlihan analysis and related documentation including intercompany balance information |
| 5/8/2006 | Ventricelli, Daniel | 0.80 | 380.00 | Prep of document request to Debtor via email to Holly Etlin; discuss with Tim Dragelin and Freddie Reiss re same |
| 5/8/2006 | Ventricelli, Daniel | 1.50 | 712.50 | Multiple conference calls with Tim Dragelin and Freddie Reiss re Houlihan presentation and affidavit |
| 5/8/2006 | Ventricelli, Daniel | 1.00 | 475.00 | Multiple calls with Tom Califano re motion and affidavit |
| 5/8/2006 | Ventricelli, Daniel | 2.70 | 1,282.50 | Review of board presentation materials related to manufacturing operations |
| 5/8/2006 | Polli, Jennifer L. | 2.50 | 1,475.00 | Subcon/Decon issue - Participate in conversations related to economics of proposed settlement. Analyze subcon/decon models. Request and analyze sensitivity analysis. Prepare draft of discussion materials for 5/16 meeting. |
| 5/8/2006 | Reiss, M. Freddie | 2.60 | 1,703.00 | Work on expert report. |
| 5/8/2006 | Reiss, M. Freddie | 0.30 | 196.50 | Call with Houlihan regarding settlement proposal. |
| 5/8/2006 | Reiss, M. Freddie | 0.60 | 393.00 | Calls with FTI team regarding fieldwork and updates to information. |
| 5/8/2006 | Manalo, Caroline | 3.40 | 1,479.00 | Review model; prepare information request; discuss with S. Simms and J. Polli. |
| 5/8/2006 | Dragelin, Timothy J. | 3.80 | 2,242.00 | Review and revise affidavit; review motion; develop support for affidavit |
| 5/8/2006 | Dragelin, Timothy J. | 0.40 | 236.00 | Discussion re: motion and affidavit |
| 5/8/2006 | Dragelin, Timothy J. | 1.40 | 826.00 | Review documents from debtor related to substantive consolidation issue. |
| 5/8/2006 | Eisenband, Michael | 1.00 | 655.00 | Review preliminary analysis and model output |
| 5/8/2006 | Simms, Steven | 0.70 | 427.00 | Review of flow of funds issue for model |
| 5/8/2006 | Amico, Marc | 1.90 | 465.50 | Quality check financial reports of scenarios of deconsolidation and substantive consolidation for payouts to trade creditors. |
| 5/9/2006 | Ventricelli, Daniel | 2.80 | 1,330.00 | Work on Reiss affidavit and motion for substantive consolidation; discussions with counsel re same |
| 5/9/2006 | Polli, Jennifer L. | 3.00 | 1,770.00 | Subcon/Decon issue - Participate in conversations related to economics of proposed settlement. Analyze subcon/decon models. Request and analyze sensitivity analysis. Prepare draft of discussion materials for 5/16 meeting. |

2

Winn Dixie Ad Hoc Committee
Time Detail for FTI Consulting Invoice No. 7119255 dated June 22, 2006

| Date | Name | Hours | Amount | Narrative |
|---|---|---|---|---|
| 5/9/2006 | Reiss, M. Freddie | 2.00 | 1,310.00 | Review Houlihan presentation. |
| 5/9/2006 | Reiss, M. Freddie | 0.80 | 524.00 | Conference call with counsel regarding creditors committee meeting. |
| 5/9/2006 | Reiss, M. Freddie | 0.30 | 196.50 | Call with M. Friedman regarding recovery scenarios. |
| 5/9/2006 | Reiss, M. Freddie | 0.30 | 196.50 | Call with P. Aronzon (Imperial Capital) regarding landlord status and issues. |
| 5/9/2006 | Reiss, M. Freddie | 0.20 | 131.00 | Call with Kraft regarding status. |
| 5/9/2006 | Reiss, M. Freddie | 0.30 | 196.50 | Call with Califano regarding ad hoc meeting. |
| 5/9/2006 | Reiss, M. Freddie | 1.00 | 655.00 | Work on expert report. |
| 5/9/2006 | Manalo, Caroline | 1.00 | 435.00 | Call to discuss Thursday UCC meeting. |
| 5/9/2006 | Manalo, Caroline | 0.20 | 87.00 | Call with HLHZ to discuss additional sub con and de con recovery scenarios to be run. |
| 5/9/2006 | Dragelin, Timothy J. | 2.70 | 1,593.00 | Develop support for affidavit and working sessions with DV |
| 5/9/2006 | Dragelin, Timothy J. | 2.20 | 1,298.00 | Work on motion and affidavit reviewing factual information and support for findings |
| 5/9/2006 | Eisenband, Michael | 2.00 | 1,310.00 | Review and discuss model and alternative scenarios |
| 5/9/2006 | Simms, Steven | 0.70 | 427.00 | Call with team and counsel regarding upcoming meeting with OCUC. |
| 5/9/2006 | Simms, Steven | 0.40 | 244.00 | Call with HLHZ on model issues. |
| 5/10/2006 | Ventricelli, Daniel | 2.00 | 950.00 | Multiple conference calls with Tom Califano and Tim Dragelin to discuss motion and affidavit |
| 5/10/2006 | Ventricelli, Daniel | 2.00 | 950.00 | Prep for and conference call with Ad Hoc Steering Committee and related follow-up |
| 5/10/2006 | Ventricelli, Daniel | 2.30 | 1,092.50 | Review of merchandising agreements received from the Debtor |
| 5/10/2006 | Ventricelli, Daniel | 2.00 | 950.00 | Quality review of references in Reiss affidavit |
| 5/10/2006 | Polli, Jennifer L. | 5.00 | 2,950.00 | Subcon/Decon issue - Participate in conversations related to economics of proposed settlement. Analyze subcon/decon models. Request and analyze sensitivity analysis. Prepare draft of discussion materials for 5/16 meeting. |
| 5/10/2006 | Reiss, M. Freddie | 1.50 | 982.50 | Prepare for meeting with ad hoc committee. |
| 5/10/2006 | Reiss, M. Freddie | 1.80 | 1,179.00 | Conference call with ad hoc regarding substantive counsel motion. |
| 5/10/2006 | Reiss, M. Freddie | 1.00 | 655.00 | Call with Kraft regarding OCUC meeting termination and update on issues. |
| 5/10/2006 | Manalo, Caroline | 1.40 | 609.00 | Call to discuss recovery model. |
| 5/10/2006 | Dragelin, Timothy J. | 2.40 | 1,416.00 | Preparation and working call with counsel and DV |
| 5/10/2006 | Dragelin, Timothy J. | 2.30 | 1,357.00 | Review motion and affidavit and revise as necessary |
| 5/10/2006 | Eisenband, Michael | 1.30 | 851.50 | Conference calls re model |
| 5/10/2006 | Simms, Steven | 1.50 | 915.00 | Call with team to review working of HLHZ model and issues with same. |
| 5/10/2006 | Simms, Steven | 0.40 | 244.00 | Call with HLHZ regarding model drivers. |
| 5/10/2006 | Simms, Steven | 0.30 | 183.00 | Review of scenarios from HLHZ. |
| 5/11/2006 | Ventricelli, Daniel | 3.00 | 1,425.00 | Finalize Reiss affidavit and brief |
| 5/11/2006 | Ventricelli, Daniel | 1.80 | 855.00 | Prep for and conference call with XRoads and SKadden to discuss requests from 5/8; related follow-up |
| 5/11/2006 | Ventricelli, Daniel | 2.00 | 950.00 | Prep for and conference call with Steering Committee re timing for filing of motion; related follow-up |
| 5/11/2006 | Ventricelli, Daniel | 1.60 | 760.00 | Further review of merchandising agreements and discussions with counsel re same |
| 5/11/2006 | Polli, Jennifer L. | 6.00 | 3,540.00 | Subcon/Decon issue - Participate in conversations related to economics of proposed settlement. Analyze subcon/decon models. Request and analyze sensitivity analysis. Prepare draft of discussion materials for 5/16 meeting. |
| 5/11/2006 | Reiss, M. Freddie | 2.00 | 1,310.00 | Review Houlihan materials |
| 5/11/2006 | Reiss, M. Freddie | 1.50 | 982.50 | Conference call with ad hoc. |
| 5/11/2006 | Reiss, M. Freddie | 1.00 | 655.00 | Conference call with counsel and Kraft. |
| 5/11/2006 | Reiss, M. Freddie | 1.00 | 655.00 | Review affidavit. |
| 5/11/2006 | Manalo, Caroline | 6.50 | 2,827.50 | Prepare presentation summarizing HLHZ recovery model; discuss with J. Polli. |
| 5/11/2006 | Dragelin, Timothy J. | 3.60 | 2,124.00 | Affidavit and motion work |
| 5/11/2006 | Dragelin, Timothy J. | 0.90 | 531.00 | Participate in call with Xroads and Skadden re: information request |
| 5/11/2006 | Eisenband, Michael | 1.50 | 982.50 | Telephone calls with HL |
| 5/11/2006 | Simms, Steven | 0.30 | 183.00 | Review scenarios and analyze same. |
| 5/11/2006 | Simms, Steven | 0.20 | 122.00 | Discussion of presentation for meeting with clients. |
| 5/12/2006 | Ventricelli, Daniel | 1.50 | 712.50 | Prep for and meeting with Jennifer Polli and Steve Simms re Houlihan analysis and related follow-up |
| 5/12/2006 | Ventricelli, Daniel | 0.60 | 285.00 | Conference calls with Tim Dragelin and Freddie Reiss re status |

3

Winn Dixie Ad Hoc Committee
Time Detail for FTI Consulting Invoice No. 7119255 dated June 22, 2006

| Date | Name | Hours | Amount | Narrative |
|---|---|---|---|---|
| 5/12/2006 | Ventricelli, Daniel | 2.40 | 1,140.00 | Organize workpapers for Reiss affidavit |
| 5/12/2006 | Polli, Jennifer L | 7.50 | 4,425.00 | Subcon/Decon issue - Participate in conversations related to economics of proposed settlement. Analyze subcon/decon models. Request and analyze sensitivity analysis. Prepare draft of discussion materials for 5/16 meeting. |
| 5/12/2006 | Reiss, M. Freddie | 0.80 | 524.00 | Communications with counsel and Kraft. |
| 5/12/2006 | Reiss, M. Freddie | 0.30 | 196.50 | Call with D. Ventricelli (FTI) regarding status and debtor meeting. |
| 5/12/2006 | Reiss, M. Freddie | 0.30 | 196.50 | Call with H. Etlin (XRoads). |
| 5/12/2006 | Reiss, M. Freddie | 0.40 | 262.00 | Call with P. Aronzon (Imperial Capital) regarding landlord position. |
| 5/12/2006 | Reiss, M. Freddie | 2.00 | 1,310.00 | Review HLHZ scenarios. |
| 5/12/2006 | Reiss, M. Freddie | 0.20 | 131.00 | Call with S. Simms (FTI) regarding prep for next week. |
| 5/12/2006 | Manalo, Caroline | 1.40 | 609.00 | Telecon regarding presentation. |
| 5/12/2006 | Manalo, Caroline | 6.60 | 2,871.00 | Update presentation for 5/16/06 meeting; discussions with S. Simms, J. Polli and D. Ventricelli regarding presentation. |
| 5/12/2006 | Dragelin, Timothy J. | 0.40 | 236.00 | Update from DV and devise next steps on work |
| 5/12/2006 | Eisenband, Michael | 1.00 | 655.00 | Discuss issues regarding meeting with creditors |
| 5/12/2006 | Simms, Steven | 0.60 | 366.00 | Discuss issues for presentation summarizing HLHZ model and issues. |
| 5/12/2006 | Simms, Steven | 0.70 | 427.00 | Review and revise presentation. |
| 5/12/2006 | Simms, Steven | 0.60 | 366.00 | Discussion with team on issues with analysis and questions on same. |
| 5/12/2006 | Pearson, Linda | 0.30 | 28.50 | Compile documents for Steve Simms |
| 5/15/2006 | Ventricelli, Daniel | 1.20 | 570.00 | Prep for and conference call with FTI team to discuss analysis of Houlihan settlement proposal |
| 5/15/2006 | Ventricelli, Daniel | 1.00 | 475.00 | Conference calls with counsel to discuss status and strategy |
| 5/15/2006 | Ventricelli, Daniel | 1.30 | 617.50 | Review FTI presentation materials to Kraft and Pepsi |
| 5/15/2006 | Polli, Jennifer L | 6.00 | 3,540.00 | Prepare presentation to Kraft & Pepsi for 5/16/06 in person meeting in Chicago. |
| 5/15/2006 | Polli, Jennifer L | 0.00 | 0.00 | Participate in meeting with Pepsi & Kraft telephonically. |
| 5/15/2006 | Reiss, M. Freddie | 6.00 | 3,930.00 | Review models from Houlihan and prepare for meeting with Kraft and Pepsi. |
| 5/15/2006 | Reiss, M. Freddie | 3.50 | 2,292.50 | Travel to Chicago. |
| 5/15/2006 | Manalo, Caroline | 6.50 | 2,827.50 | Update presentation for 5/16/06 meeting; discussions with S. Simms, J. Polli, F. Reiss and D. Ventricelli regarding presentation. |
| 5/15/2006 | Eisenband, Michael | 1.00 | 655.00 | Review presentation for meeting |
| 5/15/2006 | Simms, Steven | 1.40 | 854.00 | Review and revise presentation for clients and sensitivity analysis. |
| 5/15/2006 | Amico, Marc | 1.90 | 465.50 | Quality check financial presentation of scenarios of deconsolidation and substantive consolidation for payouts to different classes of creditors. |
| 5/16/2006 | Ventricelli, Daniel | 2.00 | 950.00 | Conference calls with Freddie Reiss re status update; further work on document request follow-up and review of docs recently received from Skadden |
| 5/16/2006 | Ventricelli, Daniel | 1.50 | 712.50 | Further review of documents recently received regarding manufacturing operations |
| 5/16/2006 | Chaney, Tessa | 1.00 | 95.00 | Time and expense prep for billing |
| 5/16/2006 | Polli, Jennifer L. | 4.00 | 2,360.00 | Participate in meeting with Pepsi & Kraft telephonically. |
| 5/16/2006 | Reiss, M. Freddie | 8.00 | 5,240.00 | Meetings with counsel and clients regarding OCUC proposals. |
| 5/16/2006 | Manalo, Caroline | 2.00 | 870.00 | Meeting with Kraft and Pepsi. |
| 5/16/2006 | Eisenband, Michael | 1.00 | 655.00 | Review case strategy |
| 5/16/2006 | Simms, Steven | 1.00 | 610.00 | Non-working travel |
| 5/16/2006 | Simms, Steven | 2.10 | 1,281.00 | Prepare for meetings with client with document review. |
| 5/16/2006 | Simms, Steven | 5.00 | 3,050.00 | Meet with client and counsel and review sub con issues. |
| 5/17/2006 | Ventricelli, Daniel | 1.50 | 712.50 | Address questions regarding 801 of the Supp Indenture; calls with counsel re same |
| 5/17/2006 | Ventricelli, Daniel | 1.00 | 475.00 | Review document listing from Skadden to assess open items; communications with counsel re same |
| 5/17/2006 | Reiss, M. Freddie | 8.00 | 5,240.00 | OCUC meetings with client and counsel. |
| 5/17/2006 | Reiss, M. Freddie | 4.00 | 2,620.00 | Travel to Los Angeles. |
| 5/17/2006 | Eisenband, Michael | 0.70 | 458.50 | Update on client meeting |
| 5/17/2006 | Simms, Steven | 0.80 | 488.00 | Meeting with client in preparation for Committee meeting. |
| 5/17/2006 | Simms, Steven | 8.20 | 5,002.00 | Attend Committee meeting and discuss issues related to sub com. |
| 5/17/2006 | Simms, Steven | 1.60 | 976.00 | Review settlement issues. |
| 5/17/2006 | Simms, Steven | 2.50 | 1,525.00 | Non-working travel |
| 5/18/2006 | Chaney, Tessa | 1.00 | 95.00 | Expenses for Tim Dragelin |
| 5/18/2006 | Polli, Jennifer L. | 1.00 | 590.00 | Discuss and review model of decon with C. Manalo (FTI). |
| 5/18/2006 | Reiss, M. Freddie | 1.30 | 851.50 | Follow-up regarding Wednesday meeting. |
| 5/18/2006 | Reiss, M. Freddie | 0.30 | 196.50 | Call with Califano. |

4