Winn Dixie Ad Hoc Committee
Time Detail for FTI Consulting Invoice No. 7119255 dated June 22, 2006

| Date | Name | Hours | Amount | Narrative |
|---|---|---|---|---|
| 5/18/2006 | Reiss, M. Freddie | 0.30 | 196.50 | Call with S. Simms (FTI). |
| 5/18/2006 | Manalo, Caroline | 12.00 | 5,220.00 | Develop recovery model for analysis |
| 5/18/2006 | Simms, Steven | 0.40 | 244.00 | Discuss terms of deal with team and follow-up items. |
| 5/19/2006 | Ventricelli, Daniel | 2.00 | 950.00 | Prep for and conference call with Ad Hoc Committee to discuss planning to meet with OCUC and to receive Houlihan analysis; related follow-up communications with counsel |
| 5/19/2006 | Ventricelli, Daniel | 0.70 | 332.50 | Review confidentiality agreement in connection with Houlihan analysis |
| 5/19/2006 | Polli, Jennifer L | 0.50 | 295.00 | Discuss and review model of decon with C. Manalo (FTI). |
| 5/19/2006 | Manalo, Caroline | 3.00 | 1,305.00 | Replicate HLHZ model. |
| 5/19/2006 | Eisenband, Michael | 1.00 | 655.00 | Review various recovery scenarios |
| 5/19/2006 | Simms, Steven | 1.10 | 671.00 | Prepare for and participate on call with Committee. |
| 5/19/2006 | Simms, Steven | 0.40 | 244.00 | Review items related to recovery and impact on same. |
| 5/22/2006 | Ventricelli, Daniel | 2.80 | 1,330.00 | Telecons with counsel re planning for potential mediation; telecon with Steve Simms re status and next steps; review Houlihan updated numbers and documents |
| 5/23/2006 | Reiss, M. Freddie | 0.30 | 196.50 | Call with Xroads. |
| 5/23/2006 | Reiss, M. Freddie | 0.20 | 131.00 | Call with M. Eisenband (FTI). |
| 5/23/2006 | Eisenband, Michael | 0.80 | 524.00 | Telecon with creditors re case issues |
| 5/23/2006 | Simms, Steven | 0.40 | 244.00 | Call with OCUC advisor to discuss issues and CA. |
| 5/23/2006 | Simms, Steven | 0.60 | 366.00 | Discussion of analysis for AHC and settlement proposal. |
| 5/23/2006 | Amico, Marc | 2.80 | 686.00 | Ensure the accuracy of all computations concerning the deconsolidated recovery analysis to unsecured creditors. |
| 5/23/2006 | Amico, Marc | 2.10 | 514.50 | Perform a sensitivity analysis by implementing various figures in the deconsolidated scenario of recovery to unsecured creditors and compare model with company presentation. |
| 5/24/2006 | Ventricelli, Daniel | 3.00 | 1,425.00 | Telecon with F. Reiss re status and planning for next several weeks; organize documents received from Skadden, review of document tracker list from Debtor and follow-up with open requests |
| 5/24/2006 | Reiss, M. Freddie | 1.00 | 655.00 | Review HLHZ presentation. |
| 5/24/2006 | Reiss, M. Freddie | 0.30 | 196.50 | Call with S. Simms (FTI). |
| 5/24/2006 | Reiss, M. Freddie | 0.20 | 131.00 | Call with Ventricelli. |
| 5/24/2006 | Reiss, M. Freddie | 0.20 | 131.00 | Call with Califano. |
| 5/24/2006 | Dragelin, Timothy J. | 1.90 | 1,121.00 | Telephone call with Dan Ventricelli regarding status of matter and document production, review document production for open items. |
| 5/24/2006 | Eisenband, Michael | 1.70 | 1,113.50 | Review and revise presentation for AHC |
| 5/25/2006 | Ventricelli, Daniel | 3.00 | 1,425.00 | Telecons with Tom Califano, Vince Roldan and Tim Dragelin to discuss next steps for potential mediation, document request status and open items; related follow-up |
| 5/25/2006 | Polli, Jennifer L | 2.00 | 1,180.00 | Prepare presentation to Ad Hoc Trade Committee for upcoming meeting. Review flow of funds model prepared by C. Manalo. |
| 5/25/2006 | Reiss, M. Freddie | 1.00 | 655.00 | Update regarding HLHZ presentations. Discuss with S. Simms |
| 5/25/2006 | Reiss, M. Freddie | 0.50 | 327.50 | Follow-up on open information. Call with XRoads. |
| 5/25/2006 | Eisenband, Michael | 0.60 | 393.00 | Discuss issues for AHC meeting |
| 5/25/2006 | Simms, Steven | 0.60 | 366.00 | Review of model for sensitivity changes. |
| 5/25/2006 | Simms, Steven | 0.40 | 244.00 | Calls with counsel on process and next steps. |
| 5/26/2006 | Ventricelli, Daniel | 1.00 | 475.00 | Communications with counsel re confi agreement and next steps; review of emails re same |
| 5/26/2006 | Polli, Jennifer L | 2.00 | 1,180.00 | Prepare presentation to Ad Hoc Trade Committee for upcoming meeting. Review flow of funds model prepared by C. Manalo. |
| 5/26/2006 | Eisenband, Michael | 1.00 | 655.00 | Review interco claim issue |
| 5/29/2006 | Ventricelli, Daniel | 0.50 | 237.50 | Review emails from counsel re confi agreement for Ad Hoc to receive access to Houlihan information |
| 5/30/2006 | Ventricelli, Daniel | 2.50 | 1,187.50 | Work on preparation for possible mediation, review documents related to manufacturing entities |
| 5/30/2006 | Polli, Jennifer L | 3.50 | 2,065.00 | Review and revise draft report to ad hoc trade committee. |
| 5/30/2006 | Reiss, M. Freddie | 1.00 | 655.00 | Regarding confirmation agreements and review comments by counsel. |
| 5/30/2006 | Reiss, M. Freddie | 0.50 | 327.50 | Read respond to e-mail regarding sub-con motion and request for continuance. |
| 5/30/2006 | Dragelin, Timothy J. | 1.10 | 649.00 | Review documents and status of document production |
| 5/30/2006 | Eisenband, Michael | 1.00 | 655.00 | Telecons with creditors on case issues |
| 5/30/2006 | Simms, Steven | 0.20 | 122.00 | Discussions with creditors |
| 5/31/2006 | Ventricelli, Daniel | 1.50 | 712.50 | Review status of documents Debtor has not provided; telecon with Tim Dragelin re same |
| 5/31/2006 | Polli, Jennifer L | 3.00 | 1,770.00 | Review and revise draft report to ad hoc trade committee. |
| 5/31/2006 | Reiss, M. Freddie | 0.60 | 393.00 | Read final confidentiality agreement and execute for FTI. |

5

Winn Dixie Ad Hoc Committee

Time Detail for FTI Consulting Invoice No. 7119255 dated June 22, 2006

| Date | Name | Hours | Amount | Narrative |
|---|---|---|---|---|
| 5/31/2006 | Reiss, M. Freddie | 0.20 | 131.00 | Call with counsel regarding meetings with ad hoc. |
| 5/31/2006 | Reiss, M. Freddie | 0.20 | 131.00 | Call with S. Simms (FTI) regarding preparation for ad hoc meeting. |
| 5/31/2006 | Dragelin, Timothy J. | 0.60 | 354.00 | Call with D. Ventricelli re: document production and case status |
| 5/31/2006 | Eisenband, Michael | 0.50 | 327.50 | Discuss report issues |
| 5/31/2006 | Simms, Steven | 2.40 | 1,464.00 | Review and revise report for AHC |
| | | 440.20 | 242,710.00 | |

6



FTI Consulting
3 Times Square
11th Floor
New York, NY 10036
212.247.1010 telephone
212.841.9350 fax

www.fticonsulting.com

## Invoice Remittance

Thomas Califano, Esq.
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

July 14, 2006
FTI Invoice No. 7119880
FTI Job No. 012911.0001
Federal I.D. NO. 52-1261113

Re: Winn-Dixie, Inc Ad Hoc Committee

Current Invoice Period: June 1, 2006 through June 30, 2006

| | |
|---|---:|
| Professional Services | $ 65,753.50 |
| Expenses | $ 4,852.35 |
| Total Amount Due the Period | $ 70,605.85 |
| Total Amount Due | $ 70,605.85 |

*Please Remit Payment To:*   *FTI Consulting, Inc.*
*P.O. Box 630391*
*Baltimore, MD 21263-0391*
*(800) 334-5701*

Wire Payment To:   ABA#: 026009593
**Bank of America**
**FTI Consulting, Inc.**
Account #003939577164
Tax ID #22-3026953



FTI Consulting
3 Times Square
11th Floor
New York, NY 10036
212.247.1010 telephone
212.841.9350 fax

www.fticonsulting.com

Thomas Califano, Esq.
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

*Invoice Summary*
July 14, 2006
FTI Invoice No. 7119880
FTI Job No. 012911.0001
Federal I.D. NO. 52-1261113

Current Invoice Period: June 1, 2006 through June 30, 2006

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Reiss, M. Freddie | Sr Managing Dir | 35.20 | 655.00 | 23,056.00 |
| Eisenband, Michael | Sr Managing Dir | 4.20 | 655.00 | 2,751.00 |
| Simms, Steven | Sr Managing Dir | 17.40 | 610.00 | 10,614.00 |
| Ventricelli, Daniel | Managing Dir | 9.10 | 475.00 | 4,322.50 |
| Polli, Jennifer L | Managing Dir | 18.00 | 590.00 | 10,620.00 |
| Manalo, Caroline | Director | 32.50 | 435.00 | 14,137.50 |
| Rosen, Adam | Associate | 0.80 | 280.00 | 224.00 |
| Pearson, Linda | Administrative | 0.30 | 95.00 | 28.50 |
| | | 117.5 | | $65,753.50 |
| Expenses | | | | 4,852.35 |
| Invoice total | | | | $70,605.85 |

Winn Dixie Ad Hoc Committee
Time Detail for FTI Consulting Invoice No. 7119880 dated July 14, 2006

| Date | Name | Hours | Amount | Narrative |
|---|---|---|---|---|
| 6/1/2006 | Ventricelli, Daniel | 1.50 | 712.50 | Conference call with counsel to discuss presentation to Ad Hoc Committee from review of Houlihan document; related follow-up |
| 6/1/2006 | Polli, Jennifer L | 4.00 | 2,360.00 | Participate on ad hoc committee call. |
| 6/1/2006 | Reiss, M. Freddie | 1.00 | 655.00 | Conference call with steering committee. |
| 6/1/2006 | Reiss, M. Freddie | 0.50 | 327.50 | Conference call with professionals. |
| 6/1/2006 | Reiss, M. Freddie | 1.30 | 851.50 | Review HLHZ presentation. |
| 6/1/2006 | Manalo, Caroline | 7.00 | 3,045.00 | Run model scenarios; review presentation to ad hoc trade committee. |
| 6/1/2006 | Eisenband, Michael | 1.00 | 655.00 | Update on AHC meeting and issues |
| 6/1/2006 | Simms, Steven | 0.70 | 427.00 | Review and revise report for Committee on proposal and issues. |
| 6/1/2006 | Simms, Steven | 0.80 | 488.00 | Call with Committee on OCUC proposal. |
| 6/1/2006 | Simms, Steven | 1.00 | 610.00 | Prepare for and participate on calls with professionals on proposal |
| 6/2/2006 | Ventricelli, Daniel | 1.50 | 712.50 | FTI presentation for Ad Hoc Committee after review of Houlihan document |
| 6/2/2006 | Polli, Jennifer L | 1.50 | 885.00 | Participate on ad hoc committee call. |
| 6/2/2006 | Reiss, M. Freddie | 0.50 | 327.50 | Review memo from counsel. |
| 6/2/2006 | Reiss, M. Freddie | 0.60 | 393.00 | Call with ASM Capital regarding sub con. |
| 6/2/2006 | Reiss, M. Freddie | 1.20 | 786.00 | Prepare for Monday meeting. |
| 6/2/2006 | Manalo, Caroline | 4.00 | 1,740.00 | Update model; review outline for steering committee meeting. |
| 6/2/2006 | Simms, Steven | 0.20 | 122.00 | Discussion of alternatives to proposal. |
| 6/2/2006 | Rosen, Adam | 0.80 | 224.00 | Prepare comp analysis |
| 6/4/2006 | Reiss, M. Freddie | 2.00 | 1,310.00 | Review HLHZ presentation materials and prepare for ad hoc steering committee meeting. |
| 6/4/2006 | Manalo, Caroline | 1.50 | 652.50 | Run scenarios. |
| 6/5/2006 | Ventricelli, Daniel | 1.80 | 855.00 | Ad Hoc Committee call to discuss FTI analysis of Houlihan proposal; related follow-up |
| 6/5/2006 | Polli, Jennifer L | 4.20 | 2,478.00 | Prepare for and participate on conference call with ad hoc trade committee. Follow up analysis on 3 issues raised on call in preparation for Wed's meeting. |
| 6/5/2006 | Reiss, M. Freddie | 0.50 | 327.50 | Conference call with S. Simms and J. Polli (FTI) regarding presentation. |
| 6/5/2006 | Reiss, M. Freddie | 1.50 | 982.50 | Conference call with ad hoc trade. |
| 6/5/2006 | Reiss, M. Freddie | 0.50 | 327.50 | Follow-up with S. Simms (FTI) regarding meeting on Wednesday. |
| 6/5/2006 | Manalo, Caroline | 2.50 | 1,087.50 | Participate in steering committee meeting |
| 6/5/2006 | Manalo, Caroline | 5.50 | 2,392.50 | Develop model for settlement including warrant analysis |
| 6/5/2006 | Simms, Steven | 2.60 | 1,586.00 | Call with AHC to review settlement proposal. |
| 6/5/2006 | Simms, Steven | 0.60 | 366.00 | Review information for call with AHC on settlement proposal. |
| 6/6/2006 | Polli, Jennifer L | 3.30 | 1,947.00 | Prepare for and participate on conference call with ad hoc trade committee. Follow up analysis on 3 issues raised on call in preparpation for Wed's meeting. |
| 6/6/2006 | Reiss, M. Freddie | 5.00 | 3,275.00 | Travel to New York; review materials en route. |
| 6/6/2006 | Manalo, Caroline | 4.20 | 1,827.00 | Develop warrant analysis for puts |
| 6/6/2006 | Manalo, Caroline | 4.80 | 2,088.00 | Review model for sensitivities |
| 6/6/2006 | Simms, Steven | 0.30 | 183.00 | Review of issues surrounding settlement proposal. |
| 6/7/2006 | Ventricelli, Daniel | 1.30 | 617.50 | Status update from Steve Simms re meeting with Houlihan; communications with Tim Dragelin and Freddie Reiss re same |
| 6/7/2006 | Polli, Jennifer L | 5.00 | 2,950.00 | Prepare for and participate in meeting with ad hoc trade committee and advisors from ucc. |
| 6/7/2006 | Reiss, M. Freddie | 2.00 | 1,310.00 | Meeting with FTI team regarding sub con allocations. |
| 6/7/2006 | Reiss, M. Freddie | 1.00 | 655.00 | Meet counsel at Piper to organize meeting. |
| 6/7/2006 | Reiss, M. Freddie | 0.50 | 327.50 | Meeting with OCOC and HLHZ. |
| 6/7/2006 | Reiss, M. Freddie | 0.30 | 196.50 | Rap up with counter proposal. |
| 6/7/2006 | Reiss, M. Freddie | 0.40 | 262.00 | Call with Etlin regarding status. |
| 6/7/2006 | Reiss, M. Freddie | 0.40 | 262.00 | Follow-up call with Etlin regarding DIP loan status and impact on distribution value. |
| 6/7/2006 | Reiss, M. Freddie | 3.50 | 2,292.50 | Meetings with OCUC and HLHZ. |
| 6/7/2006 | Manalo, Caroline | 3.00 | 1,305.00 | Prepare warrant analysis. |
| 6/7/2006 | Eisenband, Michael | 0.50 | 327.50 | Discuss warrant analysis |
| 6/7/2006 | Simms, Steven | 1.10 | 671.00 | Calls and meetings with counsel in preparation for meeting on settlement proposal. |
| 6/7/2006 | Simms, Steven | 4.00 | 2,440.00 | Meeting with counsel, Committee and Debtor to discuss settlement proposal. |
| 6/9/2006 | Eisenband, Michael | 0.50 | 327.50 | Review settlement proposal |
| 6/12/2006 | Reiss, M. Freddie | 0.80 | 524.00 | Updates with Califano and Simms. Discussion with Kraft. |
| 6/12/2006 | Simms, Steven | 0.40 | 244.00 | Discussion with AHC member on settlement issues. |
| 6/13/2006 | Ventricelli, Daniel | 0.50 | 237.50 | Communications from counsel re settlement proposal and conference call related thereto |

1

Winn Dixie Ad Hoc Committee

Time Detail for FTI Consulting Invoice No. 7119880 dated July 14, 2006

| Date | Name | Hours | Amount | Narrative |
|---|---|---|---|---|
| 6/13/2006 | Reiss, M. Freddie | 0.30 | 196.50 | Call with Califano regarding deal. |
| 6/13/2006 | Reiss, M. Freddie | 0.50 | 327.50 | Review debtor ad IRS objections. |
| 6/13/2006 | Eisenband, Michael | 0.50 | 327.50 | Discuss changes to settlement proposal |
| 6/13/2006 | Simms, Steven | 0.30 | 183.00 | Discussion of OCUC settlement proposal and key issues. |
| 6/14/2006 | Ventricelli, Daniel | 1.00 | 475.00 | Steering Committee conference call and related discussions with Steve Simms and counsel |
| 6/14/2006 | Reiss, M. Freddie | 0.50 | 327.50 | Call with HLHZ regarding deal terms. |
| 6/14/2006 | Reiss, M. Freddie | 0.80 | 524.00 | Meet with Simms and prepare for conference call. |
| 6/14/2006 | Reiss, M. Freddie | 0.30 | 196.50 | Call with Califano. |
| 6/14/2006 | Reiss, M. Freddie | 2.00 | 1,310.00 | Conference call with ad hoc trade committee. |
| 6/14/2006 | Reiss, M. Freddie | 0.50 | 327.50 | Review final terms per e-mail. |
| 6/14/2006 | Eisenband, Michael | 0.70 | 458.50 | Update on negotiation status |
| 6/14/2006 | Simms, Steven | 1.50 | 915.00 | Calls with committee and counsel on settlement. |
| 6/14/2006 | Simms, Steven | 0.60 | 366.00 | Discussions with HLHZ on settlement. |
| 6/15/2006 | Simms, Steven | 0.50 | 305.00 | Correspondence with Committee advisors on settlement. |
| 6/16/2006 | Simms, Steven | 0.30 | 183.00 | Discussion of case issues with Committee member. |
| 6/19/2006 | Reiss, M. Freddie | 0.50 | 327.50 | Follow-up regarding term sheet. |
| 6/19/2006 | Eisenband, Michael | 0.50 | 327.50 | Telecon with creditors on case issues |
| 6/19/2006 | Simms, Steven | 0.50 | 305.00 | Discussion of settlement issues with creditor. |
| 6/27/2006 | Simms, Steven | 0.90 | 549.00 | Call with AHC member on settlement terms. |
| 6/29/2006 | Ventricelli, Daniel | 1.00 | 475.00 | Review of disclosure statement |
| 6/29/2006 | Reiss, M. Freddie | 3.50 | 2,292.50 | Read plan and disclosure statement; develop work plan. |
| 6/29/2006 | Eisenband, Michael | 0.50 | 327.50 | Review items related to plan mechanics |
| 6/29/2006 | Simms, Steven | 0.20 | 122.00 | Review items to be completed for POR review. |
| 6/29/2006 | Pearson, Linda | 0.30 | 28.50 | Compile information for Steve Simms |
| 6/30/2006 | Ventricelli, Daniel | 0.50 | 237.50 | Communications with team re follow-up meeting; review news articles re filed plan and disclosure statement |
| 6/30/2006 | Reiss, M. Freddie | 2.80 | 1,834.00 | Read plan of reorganization. |
| 6/30/2006 | Simms, Steven | 0.90 | 549.00 | Review filed POR and Disclosure Statement |
|  |  | 117.50 | 65,753.50 |  |



FTI Consulting
3 Times Square
11th Floor
New York, NY 10036
212.247.1010 telephone
212.841.9350 fax

www.fticonsulting.com

## Invoice Remittance

Thomas Califano, Esq.
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

August 28, 2006
FTI Invoice No. 7121551
FTI Job No. 012911.0001
Federal I.D. NO. 52-1261113

Re: Winn-Dixie, Inc Ad Hoc Committee

Current Invoice Period: July 1, 2006 through July 31, 2006

| | |
|---|---:|
| Professional Services | $ 20,167.00 |
| Expenses | $ 6.00 |
| Total Amount Due the Period | $ 20,173.00 |
| Total Amount Due | $ 20,173.00 |

*Please Remit Payment To:*   FTI Consulting, Inc.
P.O. Box 630391
Baltimore, MD 21263-0391
(800) 334-5701

Wire Payment To:   ABA#: 026009593
Bank of America
FTI Consulting, Inc.
Account #003939577164
Tax ID #22-3026953



FTI Consulting
3 Times Square
11th Floor
New York, NY 10036
212.247.1010 telephone
212.841.9350 fax

www.fticonsulting.com

Thomas Califano, Esq.
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

*Invoice Summary*
August 28, 2006
FTI Invoice No. 7121551
FTI Job No. 012911.0001
Federal I.D. NO. 52-1261113

Current Invoice Period: July 1, 2006 through July 31, 2006

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Reiss, M. Freddie | Sr Managing Dir | 5.60 | 655.00 | 3,668.00 |
| Simms, Steven | Sr Managing Dir | 9.20 | 610.00 | 5,612.00 |
| Timothy Dragelin | Managing Dir | 1.90 | 590.00 | 1,121.00 |
| Ventricelli, Daniel | Managing Dir | 20.50 | 475.00 | 9,737.50 |
| Linda Pearson | Administrative | 0.30 | 95.00 | 28.50 |
| | | 37.5 | | $20,167.00 |
| Expenses | | | | 6.00 |
| Invoice total | | | | $20,173.00 |

Winn Dixie Ad Hoc Committee
Time Detail for FTI Consulting Invoice No. 7121551 dated August 28, 2006

| Date | Name | Hours | Amount | Narrative |
|---|---|---|---|---|
| 6/1/2006 | Reiss, M. Freddie | 1.30 | 851.50 | Review FTI analysis and materials for ad hoc meeting. |
| 7/5/2006 | Ventricelli, Daniel | 2.00 | 950.00 | Conference call to discuss disclosure statement and plan and provide comments; follow-up on action items for call with counsel |
| 7/5/2006 | Reiss, M. Freddie | 1.50 | 982.50 | Complete reading of plan. |
| 7/5/2006 | Reiss, M. Freddie | 1.50 | 982.50 | Conference call to plan work for confirmation. |
| 7/5/2006 | Dragelin, Timothy J. | 1.90 | 1,121.00 | Review Plan and Disclosure Statement; participate in group call. |
| 7/5/2006 | Simms, Steven | 2.40 | 1,464.00 | Review Plan and Disclosure Statement and allocation issues, in preparation for group call. |
| 7/5/2006 | Simms, Steven | 0.50 | 305.00 | Call with AHC member on POR. |
| 7/5/2006 | Simms, Steven | 0.90 | 549.00 | Call with group to discuss POR. |
| 7/6/2006 | Simms, Steven | 0.30 | 183.00 | Correspondence on POR issues. |
| 7/7/2006 | Ventricelli, Daniel | 1.50 | 712.50 | Call with counsel re June fees and to discuss comments to disclosure statement; related follow-up work on shares allocation and other issues |
| 7/10/2006 | Ventricelli, Daniel | 2.00 | 950.00 | Review of plan and disclosure statement; discussions re same to prep for call with counsel |
| 7/10/2006 | Simms, Steven | 0.40 | 244.00 | Review of share allocation issues. |
| 7/10/2006 | Simms, Steven | 0.20 | 122.00 | Discuss POR issues. |
| 7/11/2006 | Ventricelli, Daniel | 1.00 | 475.00 | Prep for and conference call with counsel to discuss comments to disclosure statement and next steps |
| 7/11/2006 | Simms, Steven | 0.50 | 305.00 | Call with counsel on POR issues. |
| 7/11/2006 | Simms, Steven | 0.40 | 244.00 | Correspondence on POR issues. |
| 7/12/2006 | Ventricelli, Daniel | 0.50 | 237.50 | Read email communications from counsel re status of discussions with CC counsel re draft plan and disclosure statement |
| 7/13/2006 | Ventricelli, Daniel | 2.00 | 950.00 | Work on billing statements for May and June and invoices for Kraft and Pepsi work |
| 7/14/2006 | Ventricelli, Daniel | 2.00 | 950.00 | May and June billings and review of time detail to isolate time detail for Kraft and Pepsi work |
| 7/17/2006 | Ventricelli, Daniel | 2.50 | 1,187.50 | Plan and disclosure statement issues; work on billing for Trade Members |
| 7/18/2006 | Ventricelli, Daniel | 1.00 | 475.00 | Review of billing detail for May and June |
| 7/18/2006 | Reiss, M. Freddie | 0.80 | 524.00 | Review e-mail and fees. |
| 7/18/2006 | Simms, Steven | 0.40 | 244.00 | Discuss issues on POR with creditor. |
| 7/19/2006 | Reiss, M. Freddie | 0.50 | 327.50 | Update. Review invoices. |
| 7/20/2006 | Ventricelli, Daniel | 2.00 | 950.00 | Work on invoice to trade members, review of time detail to isolate activities associated therewith; communications with counsel and FTI team |
| 7/20/2006 | Simms, Steven | 0.40 | 244.00 | Review of items for fee statement to Debtor. |
| 7/20/2006 | Simms, Steven | 0.20 | 122.00 | Correspondence related to POR and related items. |
| 7/21/2006 | Ventricelli, Daniel | 2.50 | 1,187.50 | Communications re invoice to trade members; review of time detail and prep of invoice re same; communications with Mark Friedman re same |
| 7/21/2006 | Simms, Steven | 0.60 | 366.00 | Review of items for fee statement to Debtor. |
| 7/24/2006 | Ventricelli, Daniel | 1.50 | 712.50 | Follow-up on misc open items and attention to documents |
| 7/24/2006 | Simms, Steven | 0.40 | 244.00 | Review of POR issues and call with IB. |
| 7/24/2006 | Simms, Steven | 0.30 | 183.00 | Review and discuss billing issues. |
| 7/24/2006 | Pearson, Linda | 0.30 | 28.50 | Compile documents for Steve Simms. |
| 7/28/2006 | Simms, Steven | 0.30 | 183.00 | Call with creditor on case issues. |
| 7/28/2006 | Simms, Steven | 0.70 | 427.00 | Review of admin claims in POR versus prior analysis. |
| 7/28/2006 | Simms, Steven | 0.30 | 183.00 | Call with IB on plan mechanics. |
| | | 37.50 | 20,167.00 | |

Winn Dixie Ad Hoc Committee
Expense Detail for FTI Consulting Invoice No. 7121551 dated August 28, 2006

| Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|
| 6/7/2006 | Polli, Jennifer L | Taxi/Subway | 6.00 | Taxi - 3 TSQ (Office) to DLA Piper for Winn Dixie Meeting |

Winn Dixie Ad Hoc Committee
Expense Detail for FTI Consulting Invoice No. 7121551 dated August 28, 2006



FTI Consulting
3 Times Square
11th Floor
New York, NY 10036
212.247.1010 telephone
212.841.9350 fax

www.fticonsulting.com

*Invoice Remittance*

Thomas Califano, Esq.
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

October 11, 2006
FTI Invoice No. 7122997
FTI Job No. 012911.0001
Federal I.D. NO. 52-1261113

Re: Winn-Dixie, Inc Ad Hoc Committee

Current Invoice Period: September 1, 2006 through September 30, 2006

| | |
|---|---:|
| Professional Services | $ 6,520.50 |
| Total Amount Due the Period | $ 6,520.50 |
| Total Amount Due | $ 6,520.50 |

*Please Remit Payment To:*   FTI Consulting, Inc.
P.O. Box 630391
Baltimore, MD 21263-0391
(800) 334-5701

Wire Payment To:   ABA#: 026009593
Bank of America
FTI Consulting, Inc.
Account #003939577164
Tax ID #22-3026953



FTI Consulting
3 Times Square
11th Floor
New York, NY 10036
212.247.1010 telephone
212.841.9350 fax

www.fticonsulting.com

Thomas Califano, Esq.
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

*Invoice Summary*
October 11, 2006
FTI Invoice No. 7122997
FTI Job No. 012911.0001
Federal I.D. NO. 52-1261113

Current Invoice Period: September 1, 2006 through September 30, 2006

| Name | Title | Hours | *Rate | Amount |
|---|---|---|---|---|
| Reiss, M. Freddie | Sr Managing Dir | 1.70 | 655.00 | 1,113.50 |
| Simms, Steven | Sr Managing Dir | 1.20 | 610.00 | 732.00 |
| Ventricelli, Daniel | Managing Dir | 9.00 | 525.00 | 4,675.00 |
| | | 11.9 | | $ 6,520.50 |

| | |
|---|---|
| Invoice total | $ 6,520.50 |

* Effective September 1, 2006, Mr. Ventricelli's hourly rate increased from $475 to $525.

Winn Dixie Ad Hoc Trade Committee

Time Detail for FTI Consulting Invoice No. 7122997 dated October 11, 2006

| Date | Name | Hours | Amount | Narrative |
|---|---|---|---|---|
| 08/28/06 | Ventricelli, Daniel | 1.00 | 475.00 | July billing and time detail to Skadden; work on budget and workplan through confirmation |
| 09/06/06 | Ventricelli, Daniel | 1.00 | 525.00 | Work on August billing and time detail to counsel; telecons re budget and workplan through confirmation |
| 09/07/06 | Ventricelli, Daniel | 1.00 | 525.00 | Calls with counsel re next steps; follow-up on billing requests |
| 09/08/06 | Ventricelli, Daniel | 0.50 | 262.50 | Call with counsel re status update |
| 09/11/06 | Ventricelli, Daniel | 1.00 | 525.00 | Telecons re sale of 7 stores and information needed |
| 09/12/06 | Ventricelli, Daniel | 1.00 | 525.00 | Status update regarding plan process and sale of 7 stores |
| 09/13/06 | Simms, Steven | 0.20 | 122.00 | Call with creditor on case issues. |
| 09/17/06 | Ventricelli, Daniel | 0.50 | 262.50 | Communications with Ad Hoc member re needed contact information at company |
| 09/20/06 | Ventricelli, Daniel | 1.00 | 525.00 | Follow-up with counsel on latest sale of stores and plan process |
| 09/27/06 | Ventricelli, Daniel | 1.00 | 525.00 | Review objections to Plan; communications with Committee and professionals re same |
| 09/27/06 | Reiss, M. Freddie | 1.00 | 655.00 | Read counsel memo regarding confirmation objections |
| 09/28/06 | Ventricelli, Daniel | 0.50 | 262.50 | Communications regarding conference call to discuss objections to Plan |
| 09/28/06 | Simms, Steven | 0.20 | 122.00 | Call with committee investment banker to discuss case |
| 09/28/06 | Simms, Steven | 0.20 | 122.00 | Review case items for confirmation hearing. |
| 09/29/06 | Ventricelli, Daniel | 0.50 | 262.50 | Communications with counsel re response of Debtors' counsel to Ad Hoc Committee requests |
| 09/29/06 | Reiss, M. Freddie | 0.70 | 458.50 | Conference call regarding confirmation hearings. |
| 09/29/06 | Simms, Steven | 0.20 | 122.00 | Call with Debtor FA on case items. |
| 09/29/06 | Simms, Steven | 0.40 | 244.00 | Committee call on confirmation issues. |
|  |  | 11.90 | 6,520.50 |  |



FTI Consulting
3 Times Square
11th Floor
New York, NY 10036
212.247.1010 telephone
212.841.9350 fax

www.fticonsulting.com

## Invoice Remittance

Thomas Califano, Esq.
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

November 16, 2006
FTI Invoice No. 71245118
FTI Job No. 012911.0001
Federal I.D. NO. 52-1261113

Re: Winn-Dixie, Inc Ad Hoc Committee

Current Invoice Period: October 1, 2006 through October 31, 2006

| | |
|---|---:|
| Professional Services............................................................................................. | 8,201.00 |
| Expenses ............................................................................................................... | 835.24 |
| Total Amount Due this Period....................................................................... $ | 9,036.24 |
| Total Amount Due........................................................................................... $ | 9,036.24 |

*Please Remit Payment To:*   *FTI Consulting, Inc.*
*P.O. Box 630391*
*Baltimore, MD 21263-0391*
*(800) 334-5701*

Wire Payment To:   ABA#: 026009593
Bank of America
FTI Consulting, Inc.
Account #003939577164
Tax ID #22-3026953



FTI Consulting
3 Times Square
11th Floor
New York, NY 10036
212.247.1010 telephone
212.841.9350 fax

www.fticonsulting.com

Thomas Califano, Esq.
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

*Invoice Summary*
November 16, 2006
FTI Invoice No. 71245118
FTI Job No. 012911.0001
Federal I.D. NO. 52-1261113

Current Invoice Period: October 1, 2006 through October 31, 2006

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Reiss, M. Freddie | Sr Managing Dir | 0.20 | 655.00 | 131.00 |
| Simms, Steven | Sr Managing Dir | 12.30 | 610.00 | 7,503.00 |
| Ventricelli, Daniel | Managing Dir | 0.80 | 525.00 | 420.00 |
| Cara Cusano | Consultant | 0.60 | 245.00 | 147.00 |
| | | 13.9 | | $ 8,201.00 |
| Expenses | | | | 835.24 |
| Invoice total | | | | $ 9,036.24 |

**Winn Dixie Ad Hoc Trade Committee**
**Time Detail for FTI Consulting Invoice No. 7124518 dated November 16, 2006**

| Date | Name | Hours | Amount | Narrative |
|---|---|---|---|---|
| 10/06/06 | Simms, Steven | 0.30 | 183.00 | Update on issues related to confirmation. |
| 10/10/06 | Reiss, M. Freddie | 0.20 | 131.00 | Read e-mail from counsel on confirmation. |
| 10/10/06 | Cusano, Cara | 0.60 | 147.00 | Compile docket listing for SMD review. |
| 10/11/06 | Ventricelli, Daniel | 0.80 | 420.00 | Prep and finalize invoice for September and send to counsel |
| 10/12/06 | Simms, Steven | 3.00 | 1,830.00 | Travel to confirmation hearing |
| 10/13/06 | Simms, Steven | 6.00 | 3,660.00 | Attend confirmation hearing. |
| 10/13/06 | Simms, Steven | 3.00 | 1,830.00 | Travel from confirmation hearing |
| | | 13.90 | 8,201.00 | |

**Winn Dixie Ad Hoc Trade Committee**
**Expense Detail for FTI Consulting Invoice No. 7124518 dated November 16, 2006**

| Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|
| 10/12/2006 | Simms, Steven | Airfare/Train | 485.12 | Airfare - NY/Jacksonville-NY for confirmation hearing. |
| 10/12/2006 | Simms, Steven | Hotel & Lodging | 213.57 | One night hotel stay in Florida for confirmation hearing. |
| 10/13/2006 | Simms, Steven | Meals - Out of office | 55.55 | Breakfast in Florida for confirmation hearing. Attendees Simms, Roldan, Califano of DLA Piper. |
| 10/13/2006 | Simms, Steven | Taxi/Subway | 76.00 | Taxi from JFK to home. |
| 10/13/2006 | Simms, Steven | Miscellaneous Expenses | 5.00 | Miscellaneous travel expenses. |
| | | | 835.24 | |