# EXHIBIT C

## PROPOSED ORDER

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Substantively Consolidated |

## ORDER (I) APPROVING FEE APPLICATION OF DLA PIPER US LLP AND FTI CONSULTING, INC. AND (II) AUTHORIZING AND DIRECTING DEBTORS TO PAY ALLOWED FEES AND EXPENSES TO DLA PIPER US LLP AND FTI CONSULTING, INC.

Upon the application of DLA Piper US LLP ("DLA Piper") and FTI Consulting, Inc. ("FTI") (the "Applicants") for allowance of compensation and reimbursement of expenses for the period March 7, 2006 through October 31, 2006 (the "Application") in connection with the rendering of services for the Ad Hoc Trade Committee (the "Trade Committee") of the above-captioned debtors (the "Debtors"); and notice of the Application and the hearing to consider the Application having been given to the persons set forth in the affidavits of service filed with this Court; and it appearing that such notice is good and sufficient notice and that no further notice need be given; and a hearing having been held before this Court on November __, 2006 (the "Hearing"); and all objections to the Application having been overruled or withdrawn; and on the consent of the Debtors and the Official Committee of Unsecured Creditors pursuant to the Joint Plan of Reorganization of the Winn-Dixie Stores, Inc., and Affiliated Debtors (the "Plan"); and the Plan having been confirmed by this Court on November 9, 2006; and the fees and expenses requested by the Applicants being reasonable; and upon the record of the Hearing and all proceedings heretofore had herein; and sufficient cause appearing therefor; it is hereby

- 1 -

NEWY1\8059907.1

- 2 -

**ORDERED** that the Application be, and hereby is, granted; and it is further

**ORDERED** that the Debtors are authorized and directed to pay the amounts to

DLA Piper and FTI as set forth on the attached Schedule A.

Dated: _____, 2006
        Jacksonville, Florida

_____
UNITED STATES BANKRUPTCY JUDGE

NEWY1\8059907.1

## SCHEDULE A

| APPLICANT | CAPACITY | ALLOWED AMOUNT OF COMPENSATION AND DISBURSEMENT | AMOUNTS TO BE PAID |
|---|---|---|---|
| DLA Piper US LLP | Counsel to Ad Hoc Trade Committee | Fees: $ 709,102.35<br>Disb: $ 78,260.82<br>Time Period: 3/7/06-10/31/06 | Fees to be Paid: $709,102.35<br>Disb. To be Paid: $ 78,260.82 |
| FTI Consulting, Inc. | Financial Advisors for Ad Hoc Trade Committee | Fees: $ 516,145.00<br>Disb: $ 24,699.55<br>Time Period: 3/7/06-10/31/06 | Fees to be Paid: $516,145.00<br>Disb. To be Paid $ 24,699.55 |

- 3 -

NEWY1\8059907.1