**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |

**DEBTORS' OBJECTION TO CLAIM FILED**
**BY GAILE M. PFLEDDERER (CLAIM NO. 13368)**

The Debtors object to the allowance of Claim No. 13368 in the amount of $1,220.00 filed in Case No. 05-03837-3F1 by Gaile M. Pfledderer upon the grounds specified below.  In making these objections, the Debtors reserve, without waiver, the right to assert further or additional objections to the Claim.

   1.    The Debtors deny any liability on the debt alleged in the Claim.

   2.    The Debtors dispute the amount of the debt alleged in the Claim.

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

3.    This Claim was untimely filed.

Dated:  November 30, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    *s/ D. J. Baker*                            By    *s/ James H. Post*
      D. J. Baker                                          Stephen D. Busey
      Sally McDonald Henry                        James H. Post (FBN 175460)
      Rosalie Walker Gray                           Cynthia C. Jackson

Four Times Square                               225 Water Street, Suite 1800
New York, New York 10036                   Jacksonville, Florida  32202
(212) 735-3000                                     (904) 359-7700
(917) 777-2150 (facsimile)                     (904) 359-7708 (facsimile)
djbaker@skadden.com                           jpost@smithhulsey.com

Co-Counsel for Debtors                         Co-Counsel for Debtors


### Certificate of Service

I certify that a copy of this document has been furnished electronically and/or by mail to Gaile M. Pfledderer, 910 Ridgewood Cove N., Niceville, Florida 32578 and United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, this 30th day of November, 2006.


                                    *s/ James H. Post*
                                         Attorney

549308