# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |

## DEBTORS' OBJECTION TO CLAIM FILED
## BY YOLANDA DIAZ (CLAIM NO. 13613)

The Debtors object to the allowance of Claim No. 13613 in the amount of $75,000.00 filed in Case No. 05-03817-3F1 by Yolanda Diaz upon the grounds specified below.  In making these objections, the Debtors reserve, without waiver, the right to assert further or additional objections to the Claim.

1.      The Debtors deny any liability on the debt alleged in the Claim.

2.      The Debtors dispute the amount of the debt alleged in the Claim.

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

3.    This Claim was untimely filed.

Dated:  November 30, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    s/ D. J. Baker                              By    s/ James H. Post
        D. J. Baker                                        Stephen D. Busey
        Sally McDonald Henry                        James H. Post (FBN 175460)
        Rosalie Walker Gray                          Cynthia C. Jackson

Four Times Square                                225 Water Street, Suite 1800
New York, New York 10036                    Jacksonville, Florida  32202
(212) 735-3000                                    (904) 359-7700
(917) 777-2150 (facsimile)                      (904) 359-7708 (facsimile)
djbaker@skadden.com                          jpost@smithhulsey.com

Co-Counsel for Debtors                        Co-Counsel for Debtors


### Certificate of Service

I certify that a copy of this document has been furnished electronically and/or by mail to (i) Yolanda Diaz, c/o Jesus O. Cervantes, Esq., 8550 W. Flagler Street, Suite 120, Miami, Florida 33144, (ii) Yolanda Diaz, c/o Robert D. Wilcox, Esq., 6817 Southpoint Parkway, Suite 1302, Jacksonville, Florida 32216 and (iii ) United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, this 30th day of November, 2006.


                                    s/ James H. Post
                                        Attorney

549330