# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |

## DEBTORS' OBJECTION TO CLAIM FILED BY ESTHER LEE (CLAIM NO. 13428)

The Debtors object to the allowance of Claim No. 13428 in an unspecified amount filed in Case No. 05-03817-3F1 by Esther Lee upon the grounds specified below. In making these objections, the Debtors reserve, without waiver, the right to assert further or additional objections to the Claim.

1. The Debtors deny any liability on the debt alleged in the Claim.

2. The Debtors dispute the amount of the debt alleged in the Claim.

3. The claimant failed to attach documentation to the Claim as required by Rule 3001(a), Federal Rules of Bankruptcy Procedure.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

    4.    This Claim was untimely filed.

Dated: November 30, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray | By  *s/ James H. Post*<br>    Stephen D. Busey<br>    James H. Post (FBN 175460)<br>    Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

### Certificate of Service

I certify that a copy of this document has been furnished electronically and/or by mail to Esther Lee, 100 N.W. 8th Avenue, Hallandale, Florida 33009 and United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, this 30th day of November, 2006.

                            *s/ James H. Post*
                                Attorney

548800