IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC. *et al*., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## RESPONSE OF CONSOLIDATED BISCUIT CO. TO DEBTOR'S TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS

For its response to Debtor's Twenty-Seventh Omnibus Objection to Claims (the "**Objection**"), Creditor Consolidated Biscuit Co. ("**Consolidated**") herein states as follows:

1. Consolidated timely filed Claim No. 13321 in the amount of $623,822.68 (the "**Claim**"). A copy of the Claim is attached hereto as Exhibit A for ease of reference.

2. As evidenced from the exhibit attached to the Claim, Consolidated's Claim consists of the following components:

| **Component** | **Amount** |
|---|---|
| Ingredients purchased from Debtors that Debtors were contractually obligated to re-purchase from Consolidated | $ 22,532.09 |
| Packaging materials purchased from Debtors that Debtors were contractually obligated to re-purchase from Consolidated | $ 601,290.59 |
| **Total** | $ 623,822.68 |

3. Debtors have objected to the Claim on the basis that the Debtors' books and records do not show that Debtors are liable for the Claim.

4.	In connection with its purchase of the Debtors' bakery in Valdosta, Georgia on January 18, 2005, Consolidated was obligated to also purchase from Debtors packaging materials for Winn-Dixie products at a cost of $1,143,220.00 and products/raw materials at a cost of $658,425.00.

5.	On January 18, 2005, Consolidated entered into a Contract Packaging Agreement with Debtors (a copy of which is attached to the Claim), whereby Debtors agreed, upon termination of the Contract Packaging Agreement, to re-purchase from Consolidated any packaging materials that were purchased from Debtors and not consumed in the production of products during the term of the Contract Packaging Agreement. Debtors also agreed to re-purchase from Consolidated any ingredients that Consolidated had on hand on the date of termination that were unique to the products that Consolidated was producing for Debtors. The ingredients which are included in the Claim were ingredients that Consolidated purchased from Debtors at the time of its acquisition of the Valdosta bakery and are unique to the products that Consolidated produced for Debtors.

6.	The Contract Packaging Agreement was terminated by the mutual agreement of the parties on December 16, 2005.

7.	The Claim, attached as Exhibit A, contains detailed information supporting the Claim, based on the original cost of the packaging materials and ingredients originally paid to Debtors on January 18, 2005.

8.	Debtors may submit any reply to this response to Consolidated's counsel, who possesses ultimate authority to reconcile, settle or otherwise resolve this dispute.

WHEREFORE, Consolidated Biscuit Co. prays that the Objection be overruled as to Consolidated's Claim; that the Claim be allowed in full as an unsecured claim in the amount of $623,822.68; and that Consolidated may have such other and further relief as may be just and warranted in the premises.

Dated:  November 30, 2006                              EASTMAN & SMITH LTD.

/s/  Kenneth C. Baker
Henry N. Heuerman (0017962)
hnheuerman@eastmansmith.com
Kenneth C. Baker (0011853)
kcbaker@eastmansmith.com
One SeaGate, 24th Floor
P.O. Box 10032
Toledo, Ohio 43699-0032
Telephone: (419) 241-6000
Facsimile:  (419) 247-1777

Attorneys for Consolidated Biscuit Co.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **Response of Consolidated Biscuit Co. to Debtor's Twenty-Seventh Omnibus Objection to Claims** was served this 30th day of November, 2006, via the Court's electronic noticing system upon all those participating therein, and via overnight FedEx delivery, shipping prepaid, to the following:  D. J. Baker, Esq., Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, New York 10036, Counsel for Debtors.

/s/  Kenneth C. Baker
An Attorney for Creditor
Consolidated Biscuit Co.

H:\HOME\NECallahan\HNH\CONSOBIS\winn-dixie bkrptcy\pleadings\response to 27th omnibus objection.doc