

DEBTOR WINN - DIXIE STORES, INC
U S BANKRUPTCY COURT M D -FLORIDA
JOINTLY ADMINISTERED UNDER
CASE 05-03817 (3F1)
CHAPTER 11

**CLAIM NO.: 13321**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:    *246889*          )    Case No. 05-03817-3F1
                                                 )
WINN-DIXIE STORES, INC ,    )    Chapter 11
                                                 )
      Debtor                         )
                                                 )

### PROOF OF CLAIM

1.    The undersigned, who resides at One SeaGate, 24th Floor, P O Box 10032, Toledo, Ohio 43699-0032, is the agent of **Consolidated Biscuit Company** and is authorized to make this proof of claim on behalf of the claimant.

2.    The debtor was, at the time of the filing of the petition initiating this case, and is still indebted to this claimant in the sum of **$623,822.68**, as summarized on Exhibit A.

3.    The consideration for this debt is as follows: Packaging and ingredients purchased by claimant from Winn-Dixie Stores, Inc. and subject to repurchase by Winn-Dixie Stores, Inc pursuant to the Contract Packaging Agreement dated January 18, 2005 attached hereto as Exhibit B.

4    The writing on which this claim is founded is attached hereto

5.    No note or other negotiable instrument has been received for the claim or any part of it.

6    No judgment has been rendered on the claim.



7. The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

8. This claim is not subject to any setoff or counterclaim.

9. No security interest is held for this claim.

10. This claim is a general unsecured claim

Dated: June 22, 2006

EASTMAN & SMITH LTD.

Henry N Heuerman (0017962)
hnheuerman@eastmansmith.com
Kenneth C. Baker (0011853)
kcbaker@eastmansmith.com
One SeaGate, 24th Floor
P O Box 10032
Toledo, Ohio 43699-0032
Telephone: (419) 241-6000
Facsimile: (419) 247-1777

Attorneys for Consolidated Biscuit Company

H:\HOME\KCBaker\KCB_Work\consolidated biscuit\Winn-Dixie\Proof of Claim 6 15 06 rtf

2

## EXHIBIT A

## TO PROOF OF CLAIM OF COMSOLIDATED BISCUIT COMPANY

## CALCULATION OF AMOUNT OF CLAIM

1  Ingredients subject to repurchase by Winn-Dixie, per Exhibit A-1 ......  ...... .$ 22,532.09

2  Packaging materials subject to repurchase by Winn-Dixie, per Exhibit A-2 ..  601,290.59

                          **TOTAL** **$623,822.68**

## EXHIBIT A-1

| Resource | Description | Unit Price | Ending Inv Qty from Acquisition | Total $ to be Invoiced |
|---|---|---|---|---|
| 123378 | CO GOLDEN MEADOW VEG SHAD | 1.6667 | 5.16 | 8.60 |
| 18940 | SW NULOMALINE - SURE SWEE | 0.8695 | 50.00 | 43.47 |
| 123377 | CO WAFER YELLOW SHADE 409 | 1.1795 | 41.14 | 48.52 |
| 113198 | CL SODIUM PROPIONATE | 0.6387 | 100.00 | 63.87 |
| 153300 | FV ART BLACK CHERRY 202-0 | 3.0500 | 23.96 | 73.08 |
| 153285 | FV ART CARAMEL 209-0313 | 2.7846 | 28.32 | 78.86 |
| 173202 | SP CHILI POWDER | 2.0000 | 50.00 | 100.00 |
| 21920 | PEANUT BUTTER DROPS #2 | 0.9150 | 120.00 | 109.80 |
| 113172 | CL PYROXIDINE HCL VITAMI | 19.3636 | 6.90 | 133.61 |
| 113450 | CL POTASSIUM CHLORIDE USP | 0.5904 | 250.00 | 147.59 |
| 153361 | FV ART CREAMY VANILLA 488 | 2.9167 | 63.36 | 184.80 |
| 153362 | FV VANILLA CRYSTAL (16-1) | 1.6907 | 120.00 | 202.88 |
| 153368 | FV POWD VANILLA 2981 | 16.1600 | 13.00 | 210.08 |
| 173261 | SP WHOLE GROUND NUTMEG | 4.1000 | 60.00 | 246.00 |
| 153370 | FV VANILLIN 001249 | 7.6506 | 33.88 | 259.16 |
| 123329 | CO CHEDDAR SHADE 0148 | 6.2000 | 45.00 | 279.00 |
| 173257 | SP CRUSHED GROUND RED PEP | 1.5000 | 187.00 | 280.50 |
| 18911 | SW SUGAR SANDING SUGAR | 0.3527 | 1,400.00 | 493.75 |
| 193437 | PN DRY ROASTED PEANUT | 0.9598 | 960.00 | 921.42 |
| 153353 | FV ART BUTTER 6136 | 2.6143 | 424.60 | 1,110.03 |
| 183033 | SW STRAWB/BANANA BLEND 22 | 2.1600 | 600.00 | 1,296.00 |
| 113171 | CL VITAMIN A PALMITATE | 45.0976 | 37.00 | 1,668.61 |
| 11482 | CL GUAR GUM 8/24 (TIC) | 1.6800 | 1,050.00 | 1,764.00 |
| 123416 | DE EGG YOLK SOLIDS | 1.8000 | 1,000.00 | 1,800.00 |
| 113426 | CL GELOGEN GIT 04 AGAR GE | 5.9564 | 550.00 | 3,276.02 |
| 123384 | DE CHEDDAR CHEESE | 3.1766 | 1,162.34 | 3,692.26 |
| 113424 | CL INSTANT CLEARJEL | 1.0861 | 3,720.00 | 4,040.18 |
| | | | Total ingredients purchased from WD | 22,532.09 |

## EXHIBIT A-2

| Resource | Description | Unit Price | Ending Inv Qty from Acquisition | Total $ to be Invoiced |
|---|---|---|---|---|
| 309538 | STK BUTTER FLA PIE CR | 0 015196429 | 150 | 2.28 |
| 309245 | CTN SUNRISE BANAN PIE | 0.00173075 | 16000 | 27.69 |
| 309123 | ROL 20 OZ CHOC KREMO | 0.064 | 1406 | 89.98 |
| 309303 | DIV WAFER PAD W-24B | 0.05 | 1827 | 91 35 |
| 309474 | ROL REALLY CHOC CHIP | 0.16 | 600 | 96.00 |
| 309304 | XX COLD MELT GLUE (ELMER) | 1.461111111 | 80 | 116.89 |
| 309236 | ROL MINI PIE BANANA | 0.003 | 69000 | 207.00 |
| 309225 | CTN BISHOP DEVILFD PI | 0 062971429 | 3700 | 232 99 |
| 309028 | PAD W-07DQZ | 0.090740741 | 2700 | 245.00 |
| 309540 | STK GRAHAM PIE | 0 015205882 | 17500 | 266.10 |
| 304464 | CTN 6-PK MW BUTTER | 0.094806492 | 2850 | 270 20 |
| 304449 | ROL BACON & CHEDDAR | 0 050895221 | 5625 | 286.29 |
| 309074 | CON W-20 CHEESE BITS | 0 315873016 | 987 | 311.77 |
| 304495 | CON #90 PLAIN BROWN | 0 2752 | 1160 | 319 23 |
| 309302 | DIV WAFER PAD W-24A | 0.1 | 3248 | 324 80 |
| 304472 | CTN 6-PK MW NATURAL | 0.07 | 5625 | 393.75 |
| 309298 | CON W-24 WAFER | 0.32 | 1631 | 521.92 |
| 309901 | ROL 18 OZ CHOC CHIP OV | 0.044038462 | 12000 | 528 46 |
| 309073 | CTN 15 OZ CHEESE BIT | 0 30878177 | 1750 | 540 37 |
| 309244 | DIV PIE PAD W-61 20 CT | 0.12 | 4836 | 580 32 |
| 309847 | CTN 12 OZ VAN WAFER OV | 0.093505535 | 6300 | 589.08 |
| 309358 | CON 16 OZ OV CRACKER W52 | 0.443116883 | 1400 | 620 36 |
| 309510 | CTN FROST BLUEBERRY TP | 0 047201566 | 13650 | 644.30 |
| 309231 | TRA CHOC MINIPIE (ENG) | 0 129846154 | 5500 | 714.15 |
| 309229 | CTN BISHOP BTR PECAN | 0 059542857 | 12400 | 738.33 |
| 309125 | CON 20 OZ KREMO W-34 | 0.375128205 | 2050 | 769.01 |
| 309898 | TRA CHEWY S389 OV | 0 029354167 | 27200 | 798 43 |
| 309459 | CON 12 SNAPPY GRHAM | 0 33 | 2700 | 891 00 |
| 309319 | ROL 7 1/4" COEX | 1 074952562 | 904 | 971 76 |
| 309234 | ROL MINI PIE OVERWRAP (BO | 1 390355913 | 701.66 | 975 58 |
| 309159 | CON GRAHAM W37 OV | 0.328 | 3000 | 984 00 |
| 309228 | CTN BISHOP ROYALSTRIP | 0 06 | 16400 | 984 00 |
| 309502 | CTN BLUEBERRY TP | 0 047206723 | 21100 | 996 06 |
| 309097 | CON 12 OZ W-59 OF | 0 290074074 | 3555 | 1,031.21 |
| 309900 | ROL 18 OZ ICED OATMEAL OV | 0 066055556 | 16000 | 1,056 89 |
| 304471 | CTN 6-PK MW BTR LIGHT | 0 070004968 | 17150 | 1,200.59 |
| 309221 | CTN VANILLA PIE | 0.055912888 | 23300 | 1,302.77 |
| 309239 | ROL ROYAL TRT 20 CT | 0.0048 | 273187 | 1,311.30 |
| 309067 | CTN 12 OZ GINGER SNAP | 0 087201507 | 15123 | 1,318.75 |
| 309831 | ROL 10 OZ SOUP/CHILI OV | 0 046609351 | 28985 | 1,350 97 |
| 309026 | BAG W-7 | 0.749090909 | 1932 | 1,447 24 |
| 309224 | CTN BISHOP BANANA PIE 9 1 | 0 06 | 25000 | 1,500 00 |
| 309243 | CON W-61 20 CT PIE | 0 365028571 | 4410 | 1,609 78 |
| 309240 | TRA ROYALTRT 20 CT | 0 17 | 9600 | 1,632.00 |
| 309088 | ROL BIG 60 VAN FUDGE | 0 042012195 | 40000 | 1,680.49 |
| 309246 | CTN SUNRISE CHOC PIE | 0 059493878 | 31325 | 1,863.65 |
| 304399 | ROL 1 OZ PUFF CHEZ | 0.044794079 | 42210 | 1,890.76 |
| 309858 | CTN BANANA PIE OV | 0.165828571 | 12000 | 1,989 94 |
| 309902 | ROL 18 OZ SUGAR OV | 0.044057692 | 50000 | 2,202 88 |
| 309838 | CTN 16 OZ SNACK OV | 0 099583333 | 23546 | 2,344 79 |
| 309238 | CON W-56 30 CT PIE | 0 465066667 | 5100 | 2,371 84 |
| 309118 | ROLVANILLA KREMO | 0 0575742 | 41782 | 2,405 57 |
| 309278 | CTN 12 OZ SOUP/CHILI | 0 113246753 | 21575 | 2,443 30 |
| 309867 | ROL 24 OV DUPLEX CREME | 0.047236111 | 54000 | 2,550 75 |
| 309233 | TRA BANANA MINI PIE ARAB | 0.082293402 | 32250 | 2,653 96 |
| 304467 | CTN 6-PK MW DOUBLE BTR | 0 094800469 | 30225 | 2,865 34 |

| Item | Description | Price | Qty | Total |
|---|---|---|---|---|
| 309833 | ROL 12 OZ VAN WAFER OV | 0.040057143 | 72371 | 2,898.98 |
| 309237 | DIV W-56 30-CT PIE PAD | 0.154 | 18912 | 2,912.45 |
| 309235 | ROL MINI PIE CHOC | 0.003 | 1023000 | 3,069.00 |
| 309860 | TRA CHOC MINI PIE OV 30CT | 0.151288136 | 20903 | 3,162.38 |
| 309040 | CTN 9 OZ CHEESE BITS | 0.070127226 | 45451 | 3,187.35 |
| 309868 | ROL 24 OZ VAN CREME OV | 0.047223684 | 68000 | 3,211.21 |
| 309870 | ROL 24 OZ LEMON CREME OV | 0.047232558 | 68000 | 3,211.81 |
| 309869 | ROL 24 OZ ASST CREME OV | 0.047230769 | 70000 | 3,306.15 |
| 309520 | CTN GRAPE TP | 0.047200997 | 71750 | 3,386.67 |
| 309214 | CTN ROYAL STRIPE | 0.0595 | 59100 | 3,516.45 |
| 309899 | ROL 18 OZ OATMEAL OV | 0.14 | 26000 | 3,640.00 |
| 309210 | CTN DEVIL FOOD PIE | 0.0595 | 61600 | 3,665.20 |
| 309830 | ROL 12/18 GINGERSNAP OV | 0.089302885 | 42900 | 3,831.09 |
| 309848 | CTN 9 OZ OV CHEESE BITS | 0.100011662 | 39375 | 3,937.96 |
| 309859 | CTN CHOC PIE OV | 0.165790476 | 26000 | 4,310.55 |
| 309113 | ROL KREMO DELUX CHOC | 0.051377709 | 85000 | 4,367.11 |
| 309068 | CTN 12 OZ ANIMAL D | 0.087197581 | 53175 | 4,636.73 |
| 309837 | CTN FSTCO UNSALTED 1# | 0.125 | 39425 | 4,928.13 |
| 309836 | CTN 16 OZ SUGAR HON GRAHA | 0.113494687 | 44700 | 5,073.21 |
| 309216 | CTN WILD CHERRY PIE | 0.06 | 95600 | 5,736.00 |
| 309111 | ROL KREMO DLX COCONUT | 0.051377331 | 115200 | 5,918.67 |
| 309834 | CTN 16 OZ ORLEAN WAFER OV | 0.130243902 | 46900 | 6,108.44 |
| 309857 | CTN OATMEAL PIE OV | 0.069964706 | 87350 | 6,111.42 |
| 309939 | CTN 1# PM UNSALTED | 0.129008219 | 53125 | 6,853.56 |
| 309112 | ROL KREMO DLX LEMON | 0.051382353 | 133450 | 6,856.98 |
| 309274 | CTN ORLEAN WAFER WD | 0.128754316 | 54525 | 7,020.33 |
| 309127 | ROL 12 OZ OATMEAL COOKIE | 0.039559829 | 186500 | 7,377.91 |
| 309835 | CTN 16 OZ CINN GRAHAM OV | 0.088996997 | 83400 | 7,422.35 |
| 309521 | CTN FROST STRAWB/BANANA T | 0.047197894 | 160450 | 7,572.90 |
| 309242 | TRA CHOC 20 CT | 0.09980452 | 82725 | 8,256.33 |
| 309276 | ROL 10 1/2" GRHM K160HB23 | 2.890148831 | 2885.27 | 8,338.86 |
| 309911 | CTN OV FRST BWNSG | 0.049397078 | 172830 | 8,537.30 |
| 309840 | CTN 16 OZ SALTINE OV | 0.144998314 | 63350 | 9,185.64 |
| 309851 | CTN 8 5 OZ ANIMAL OV | 0.063800963 | 155700 | 9,933.81 |
| 309241 | TRA BANANA 20 CT | 0.099804089 | 116775 | 11,654.62 |
| 309153 | CTN SNAPPY CINN GRAHAM | 0.355111111 | 35400 | 12,570.93 |
| 309849 | CTN 8 5 OZ COCONUT BAR OV | 0.063798857 | 218750 | 13,956.00 |
| 309853 | CTN 8.5 OZ ICED FRUIT | 0.063798266 | 221625 | 14,139.29 |
| 309938 | CTN PM SALTINE | 0.128997792 | 113000 | 14,576.75 |
| 309850 | CTN 8 5 OZ BUTTER | 0.063801723 | 234500 | 14,961.50 |
| 309852 | CTN 8 5 OZ CHOC CHIP | 0.06380117 | 239400 | 15,274.00 |
| 309124 | TRA 20 OZ KREMO S638 | 0.055921856 | 288964 | 16,159.40 |
| 309232 | TRA BANANA MINIPIE (ENG) | 0.082299458 | 234000 | 19,258.07 |
| 309154 | CTN SNAPPY GRAHAM | 0.355111111 | 56270 | 19,982.10 |
| 309861 | TRA BANANA MINI PIE OV 30 | 0.086568496 | 274625 | 23,773.87 |
| 309126 | CON 12 OZ FP TRAY CKY W-5 | 0.613 | 302362 | 185,347.91 |
| | | Total pkg purchased from WD | | 601,290.59 |

## EXHIBIT B

## TO PROOF OF CLAIM OF COMSOLIDATED BISCUIT COMPANY

## CONTRACT

## CONTRACT PACKAGING AGREEMENT

This Agreement executed as of this 18th day of January, 2005, by and between Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, Florida 32254 ("Customer") and Consolidated Biscuit Co., 312 Rader Road, McComb, Ohio 45858 ("Packer").

1. **Products and Description of Services.** Packer will process and package the food products listed on Schedule A (the "Products") attached hereto and made a part hereof. Said Schedule A may be amended from time to time upon the mutual agreement of Customer and Packer. During the initial six-month term hereof, Packer will be Customer's exclusive supplier of the Products.

2. **Price.** Upon orders by Customer, Packer will process and pack the ordered quantity of the Products. The price to be paid Packer by Customer for the Products is set forth on Schedule A attached hereto and part hereof (the "Price"). The "Transfer Prices" set forth on Schedule A shall remain in effect for three months from the date hereof and the "Market Prices" set forth on Schedule A shall remain in effect for the subsequent three months from the date hereof, and may thereafter be changed by Packer upon 30 days written notice (which notice may be given before the end of such six-month period but shall not be effective during such six-month period) if Packer's material and/or processing costs increase.

3. **Terms of Payment and Delivery.** The terms of payment are net within 21 days from the date of delivery. All Products processed and packaged hereunder are processed and packaged F.O.B. Packer's plant, located at 701 North Forest Street, Valdosta, Georgia 31601. Packer shall ship the Products to destinations designated by Customer, but all costs of transportation shall be borne by Customer, and all risk of loss shall pass to Customer when the Product is delivered to the carrier (the date of delivery). A late charge of 1% per month will be charged on all invoiced amounts which are not paid within 30 days from the date of delivery.

4. **Services, Equipment and Ingredients.** The Price to be paid to Packer shall be for all processing, packaging and other services necessary to process and package the Product and shall include all raw materials, labor, packaging materials, supplies and ingredients necessary to produce the Products.

5. **Term and Termination.** This Agreement shall be in effect for a term of six months and, unless either party has notified the other party in writing 90 days before the expiration of the initial six-month term, this Agreement will continue indefinitely until terminated by one or both parties pursuant to the terms set forth herein. After six months from the beginning of the initial term, either party may terminate this Agreement for any reason, with or without cause, upon 120 days written notice to the other party. Upon termination, Customer agrees to pay all outstanding invoices for Products within 30 days of the date of termination. Any invoice issued after the date of termination for Products delivered under this Agreement shall be paid within 30 days from the date of

the invoice. Upon termination, Customer agrees to repurchase from Packer any packaging inventory that had been purchased by Packer from Customer that was not consumed in the production of Products during the term of this Agreement. In addition, Customer agrees to repurchase from Packer any packaging inventory dedicated to Customer that was not consumed in the production of Products during the term of this Agreement; provided, however, Customer shall not be obligated to purchase more than 13 weeks supply of packaging materials (including packaging materials purchased pursuant to the previous sentence) unless Customer has authorized Packer in writing to purchase quantities of packaging materials in excess of a 13 week supply. Prior to, and as a condition to Customer's obligation to make, such purchases, Customer shall have the right to inspect the packaging inventory and to decline to repurchase any such inventory that is not usable due to damage, neglect or prior use. Packer shall destroy and provide Customer proof of destruction of all such rejected packaging materials. Packer agrees to return all such packaging materials to Customer upon Packer's receipt of payment therefore. Customer shall bear all delivery and transportation costs for the return of packaging materials. Any ingredients inventory that Packer has on hand on the date of termination that is unique to the Products shall be sold to Customer at Packer's cost plus transportation costs.

6. **Packer's Warranty**. Packer warrants that:

   (a) The Products will be produced and packaged according to and meet the recipes and specifications referenced in Customer's quality manual, ingredients computer files and process procedures manuals to be provided to Packer by Customer in writing or electronically with respect prior to the first order of Products in the case of those manuals and files that relate to all Products and prior to Customer's ordering a particular Product in the case of those manuals and files that relate to such Product (the "Specifications");

   (b) All raw materials, supplies, and ingredients supplied by Packer hereunder shall be merchantable, of good quality and fit for the purpose for which intended;

   (c) None of the Products sold hereunder will be adulterated or misbranded within the meaning of the Federal Food, Drug and Cosmetic Act and will not be an article which may not be introduced into interstate commerce pursuant to Section 404 of the Act.

   (d) Packer shall not to sell or release any Product or any packaging materials containing Customer's trademarks or trade names to anyone other than Customer, without Customer's written permission.

7. **Customer's Warranty.** Customer warrants that:

   (a) The labels and packaging materials approved by or supplied by Customer to be used for the Products, and the Products, if produced in accordance with the Specifications, will not violate any laws or regulations in effect in any jurisdiction in which the Products are manufactured, shipped or sold;

   (b) All raw materials, supplies, packaging materials and ingredients supplied by Customer hereunder shall be merchantable, of good quality and fit for the purpose for which intended; and

   (c) The labels, packaging materials, specifications and procedures supplied by or approved by Customer hereunder will not infringe on any valid United States patent, trademark or copyright owned by or licensed to any person not a party to this Agreement.

8. **Packer's Indemnification.** Packer shall indemnify customer against all damages, liability, losses and expenses (including attorney fees) incurred as a result of claims asserted by third-parties and which arise from (i) any breach by Packer of any of its warranties contained in this Agreement; or (ii) from any negligent act or omission of Packer, its agents or employees; however, this indemnification does not include claims for lost profits, incidental or consequential damages or punitive damages, and does not include claims, losses, damages, liability, costs or expenses which are caused by the negligent acts or omissions or the willful misconduct of Customer, its agents or employees.

9. **Customer's Indemnification.** Customer shall indemnify Packer against all damages, liability, losses and expenses (including attorney fees) incurred as a result of claims asserted by third-parties and which arise from (i) any breach by Customer of any of its warranties contained in this Agreement; or (ii) from any negligent act or omission or willful misconduct of Customer, its agents or employees; however, this indemnification does not include claims for lost profits, incidental or consequential damages or punitive damages, and does not include claims, losses, damages, liability, costs or expenses which are caused by the negligent acts or omissions or willful misconduct of Packer, its agents or employees.

10. **Insurance.** Packer agrees to at all times maintain and keep in force and effect insurance which names Customer as an additional insured, and Customer agrees to at all times maintain and keep in force and effect insurance which names Packer as an additional insured. Packer and Customer each agree to maintain the following coverages: general comprehensive public liability insurance, which provides coverage on an occurrence basis in the amount of $5,000,000 (with up to $2,000,000 of self-insurance/deductibles), with product liability and recall endorsements. Packer and Customer also agree to maintain workers' compensation insurance as required by law for all their employees who perform any services in connection with this Agreement and further agree to provide, upon request, certificates of insurance from their respective insurance carriers indicating that the required insurance with the limits and

endorsements specified is in effect. These certificates of insurance shall also provide that the insurance cannot be amended or canceled without 30 days' written notice to the other party.

      11.    **Confidential Information**. Packer and its representatives will maintain as secret and confidential and not disclose to third parties without prior written permission from Customer any trade secrets and other confidential information gained from discussions, or in any other way, including, but not limited to, descriptions, specifications and procedures furnished by Customer. Upon termination of this Agreement, Packer will return to Customer all confidential information that was supplied by Customer to Packer. For purposes of this paragraph, the terms "trade secrets and other confidential information" shall include and be limited to information disclosed by Customer to Packer that was not (i) known to Packer at the time of such disclosure; (ii) at the time of disclosure or thereafter known to or available to the public through sources entitled to disclose such information; and (iii) disclosed to Packer in good faith by another party having the right to disclose such information.

      Customer and its representatives will maintain as secret and confidential and not use for its own use or disclose to any third party any trade secrets or confidential information gained from discussions, observations or in any other manner including, but not limited to, Customer's formulas, descriptions, processing, and specifications learned from Packer. For the purposes of this paragraph, the terms "trade secrets and other confidential information" shall include and be limited to the information disclosed by Packer to Customer that was not (i) known to Customer at the time of such disclosure; (ii) at the time of disclosure or thereafter known to or available to the public through sources entitled to disclose such information; and (iii) disclosed to Customer in good faith by another party having the right to disclose such information.

      12.    **Relationship of the Parties**. This Agreement shall not make or constitute either party an agent or representative for the other for any purpose whatsoever. Neither party shall have the power or authority, except as specifically authorized herein, to act in the other's behalf or in the other's name, or bind the other, either directly or indirectly, in any manner whatsoever. Neither party shall have the authority to employ any person on behalf of the other. Each party shall have, as between the parties, the exclusive right to select, engage, fix the compensation of and discharge or otherwise manage, supervise and control the persons hired by it and shall, with respect to all such persons, perform all obligations and discharge all liabilities imposed upon employers under labor, wage hour, workers' compensation, unemployment compensation or insurance, social security, and other federal, state and municipal laws and regulations.

      13.    **Assignment**. This Agreement shall not be assigned in whole or in part by either party hereto without the written consent of the other party.

      14.    **Force Majeure**. In the event of strikes, labor unrest, riot, war, rebellion, fire, earthquake, interruption of utilities, act of governmental authorities, act of God or causes beyond the control of the parties hereto which shall prevent either party from performing its obligations hereunder, no liability for non-compliance caused thereby during the continuance thereof shall exist or arise. The party who seeks to be excused

from performance on account of any of the aforementioned events, shall give prompt notice to the other party of its inability to perform hereunder.

15. **Notices**. Except as otherwise specifically provided herein, all notices or communications provided for herein shall be in writing and sent by certified mail, return receipt requested or by private mail that provides for evidence of the date of delivery and addressed as follows :

| | |
|---|---|
| If to Customer: | Winn-Dixie Stores, Inc.<br>5050 Edgewood Court<br>Jacksonville, FL 32254<br>Attn: Legal Department |
| with a copy to: | Kirschner & Legler, P.A.<br>300A Wharfside Way<br>Jacksonville, Florida 32207<br>Attn: Kenneth M. Kirschner |
| If to Packer: | Consolidated Biscuit Co.<br>312 Rader Road<br>McComb, OH 45858<br>Attn: _____ |
| With a copy to: | Eastman & Smith Ltd.<br>One SeaGate, 24th Floor<br>P.O. Box 10032<br>Toledo, OH 43699-0032<br>Attn: Henry N. Heuerman |

16. **Successors and Assigns**. Except as otherwise provided herein, this Agreement shall inure to the benefit of and be binding upon the successors and assigns of the respective parties hereto.

17. **Entire Agreement**. This Agreement, together with any schedules or exhibits attached hereto, exclusively and completely states the rights, obligations and agreements of the parties hereto, and supersedes all preprinted terms and conditions on Customer's and Packer's present and future purchase orders, invoices, confirmations, and other terms and conditions of other agreements, oral or written, between the parties. No modification of this Agreement shall be valid or binding unless in writing and duly executed by the authorized representatives of both parties hereto.

18. **General Provisions**.

(a) This Agreement shall be governed and construed in accordance with the laws of the State of Georgia.

(b) The failure of any party to this Agreement to exercise any right or privilege granted under this Agreement shall not be deemed as a waiver of any subsequent rights or privileges.

(c) In the event any term, condition, provision or clause of this Agreement is adjudged invalid or unenforceable, by a court of competent jurisdiction, such event shall not affect other terms, conditions, provisions or clauses of this Agreement which can be given effect and enforced without the invalid or unenforceable provision.

[SIGNATURES ON FOLLOWING PAGE]

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed by their duly authorized representatives effective on the date first written above.

"CUSTOMER":

**WINN-DIXIE STORES, INC.**, a Florida corporation

By: _____Bennett L. Nussbaum_____
Title: _____Senior Vice-President_____

"PACKER":

**CONSOLIDATED BISCUIT CO.**, an Ohio corporation

By: _____
Title: _____

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed by their duly authorized representatives effective on the date first written above.

"CUSTOMER":

**WINN-DIXIE STORES, INC.**, a Florida corporation

By: _____
Title: _____


"PACKER":

**CONSOLIDATED BISCUIT CO.**, an Ohio corporation

By: _William H Verry_ (signature)
Title: _Vice President_

## SCHEDULE A

### LIST OF BAKERY PRODUCTS AND PRICES

| NUMBER | WD CODE | UPC | DESCRIPTION | PACK | SIZE | Current Transfer Price | Market Price |
|---|---|---|---|---|---|---|---|
| 1 | 102 | 14608 | WD LOW SODIUM CRACKERS | 24 | 16 OZ | $24.00 | $ 15.90 |
| 2 | 101 | 14610 | WD SALTINES | 24 | 16 OZ | $24.00 | $ 15.90 |
| 3 | 96 | 14641 | WD FAT FREE SALTINE CRACKERS | 24 | 15 OZ | $27.40 | $ 15.90 |
| 4 | 103 | 14662 | WD UNSALTED SALTINE CRACKERS | 24 | 16 OZ | $24.00 | $ 15.90 |
| 5 | 119 | 14335 | WD ORLEANS CRACKERS | 12 | 16 OZ | $13.50 | $ 9.52 |
| 6 | 1940 | 14340 | WD SOUP & CHILI CRAX | 12 | 12 OZ | $10.50 | $ 6.60 |
| 7 | 104 | 14615 | TM GEORGIA CRACKERS | 18 | 16 OZ | $22.05 | $ 15.22 |
| 8 | 153 | 14664 | TM GEORGIA CRACKERS | 18 | 12 OZ | $18.50 | $ 13.56 |
| 9 | 217 | 14256 | CG CHEEZE BITS | 12 | 15 OZ | $13.95 | $ 14.04 |
| 10 | 170 | 14480 | CG CHEEZE BITS | 12 | 9 OZ | $11.25 | $ 9.09 |
| 11 | 2029 | 14300 | WD FRST APPLE TOASTER PASTRIES | 12 | 11 OZ | $10.75 | $ 8.14 |
| 12 | 2051 | 14301 | WD FRST BRN SGR CINN TOASTER PASTRIES | 12 | 11 OZ | $10.75 | $ 8.14 |
| 13 | 2048 | 14302 | WD FROSTED BLUEBERRY TOASTER PASTRIES | 12 | 11 OZ | $10.75 | $ 8.14 |
| 14 | 2041 | 14303 | WD FROSTED CHERRY TOASTER PASTRIES | 12 | 11 OZ | $10.75 | $ 8.14 |
| 15 | 2049 | 14304 | WD FROSTED FUDGE TOASTER PASTRIES | 12 | 10.5 OZ | $10.75 | $ 8.14 |
| 16 | 2036 | 14305 | WD FROSTED GRAPE TOASTER PASTRIES | 12 | 11 OZ | $10.75 | $ 8.14 |
| 17 | 2042 | 14306 | WD FROSTED STRAWBERRY TOASTER PASTRIES | 12 | 11 OZ | $10.75 | $ 8.14 |
| 18 | 2030 | 14307 | WD FRST STRWBRY/BANA TOASTER PASTRIES | 12 | 11 OZ | $10.75 | $ 8.14 |
| 19 | 2037 | 14308 | WD BLUEBERRY TOASTER PASTRIES | 12 | 10 OZ | $10.75 | $ 8.14 |
| 20 | 20445 | 14309 | WD CHERRY TOASTER PASTRIES | 12 | 10 OZ | $10.75 | $ 8.14 |
| 21 | 2039 | 14311 | WD STRAWBERRY TOASTER PASTRIES | 12 | 10 OZ | $10.75 | $ 8.14 |
| 22 | 23 | 14266 | WD CHOCOLATE MARSHMALLOW PIES | 12 | 11 OZ | $10.00 | $ 6.78 |
| 23 | 24 | 14267 | WD COCONUT MARSHMALLOW PIES | 12 | 11 OZ | $10.00 | $ 6.78 |
| 24 | 26 | 14268 | WD BANANA MARSHMALLOW PIES | 12 | 11 OZ | $10.00 | $ 6.78 |
| 25 | 32 | 14272 | WD BUTTER PECAN MARSHMALLOW PIES | 12 | 11 OZ | $10.00 | $ 6.78 |
| 26 | 30 | 14274 | WD OATMEAL SNACK CAKE | 12 | 9.5 OZ | $10.00 | $ 6.78 |
| 27 | 140 | 15010 | CG BIG 60 DUPLEX SANDWICH COOKIES | 12 | 24 OZ | $14.20 | $ 11.63 |
| 28 | 152 | 15012 | CG BIG 60 OAT PNUT BUTTER SANDWICH COOKIES | 12 | 24 OZ | $14.20 | $ 11.63 |
| 29 | 139 | 15014 | CG BIG 60 PEANUT BUTTER SANDWICH COOKIES | 12 | 24 OZ | $14.20 | $ 11.63 |

| 30 | 143 | 15016 | CG BIG 60 VANILLA CRÈME SANDWICH COOKIES | 12 | 24 OZ | $14.20 | $ 11.63 |
|---|---|---|---|---|---|---|---|
| 31 | 137 | 15018 | CG BIG 60 PNT BTR GRAHAM SANDWICH COOKIES | 12 | 24 OZ | $14.20 | $ 11.63 |
| 32 | 148 | 15020 | CG BIG 60 VANILLA FUDGE SANDWICH COOKIES | 12 | 24 OZ | $14.20 | $ 11.63 |
| 33 | 142 | 15030 | CG BIG 60 ASSORTED SANDWICH COOKIES | 12 | 24 OZ | $14.20 | $ 11.63 |
| 34 | 144 | 15040 | CG BIG 60 LEMON SANDWICH COOKIES | 12 | 24 OZ | $14.20 | $ 11.63 |
| 35 | 238 | 15000 | CG CHOCOLATE KREMOS SANDWICH COOKIES | 12 | 16 OZ | $13.80 | $ 11.49 |
| 36 | 113 | 14250 | WD VANILLA WAFERS (BOX) | 12 | 12 OZ | $13.20 | $ 7.84 |
| 37 | 5361 | 14265 | TM VANILLA WAFERS | 12 | 8 OZ | $8.04 | $ 7.66 |
| 38 | 156 | 14206 | CG OLD FASH OATMEAL COOKIES | 12 | 12 OZ | $9.10 | $ 8.40 |
| 39 | 168 | 14207 | CG OLD FASH CHOCOLATE CHIP COOKIES | 12 | 12 OZ | $9.10 | $ 8.40 |
| 40 | 151 | 14208 | CG OLD FASH ICED OTMEAL COOKIES | 12 | 12 OZ | $9.10 | $ 8.40 |
| 41 | 169 | 14210 | CG OLD FASH BUTTER COOKIES | 12 | 12 OZ | $9.10 | $ 8.40 |
| 42 | 145 | 15724 | CG REALLY PECAN JOY COOKIES | 12 | 12 OZ | $14.30 | $ 14.30 |
| 43 | 178 | 15730 | CG REALLY CHOCOLATE CHIP COOKIES | 12 | 18 OZ | $17.90 | $ 17.90 |
| 44 | 189 | 15731 | CG REALLY CHEWY CHOC/CHP COOKIES | 12 | 16 OZ | $17.90 | $ 17.90 |
| 45 | 197 | 15732 | CG REALLY CHUNKY CHOCOLATE CHIP COOKIES | 12 | 15 OZ | $17.90 | $ 17.90 |
| 46 | 87 | 14193 | WD CINNAMON GRAHAM CRACKERS | 12 | 16 OZ | $13.20 | $ 9.52 |
| 47 | 86 | 14320 | WD SUGAR HONEY GRAHAM CRACKER | 12 | 14.4 OZ | $13.20 | $ 9.52 |
| 48 | 2156 | 14280 | WD BUTTER FLAVOR PIE CURST | 12 | 6 OZ | $11.45 | $ 8.42 |
| 49 | 2152 | 15280 | WD GRAHAM PIE CRUST | 12 | 6 OZ | $11.45 | $ 7.32 |
| 50 | 2155 | 15282 | WD CHOCOLATE FLAVOR PIE CRUST | 12 | 6 OZ | $11.45 | $ 9.51 |
| 51 | 200 | 14295 | WD GINGER SNAPS (box) | 12 | 12 OZ | $13.20 | $ 13.20 |

## LIST OF SNACK PRODUCTS AND PRICES

| No. | WD Code | UPC | Snacks | Pack | Size | Transfer Price | Market Price |
|---|---|---|---|---|---|---|---|
| 1 | 299 | 15121 | WD Super size rest tortilla chips | 6 | 20oz | $8.50 | $ 6.00 |
| 2 | 262 | 15128 | WD Rest style tortilla chips | 12 | 10oz | $8.90 | $ 6.70 |
| 3 | 196 | 15137 | WD Cool garden tortilla chips | 12 | 9oz | $8.90 | $ 6.70 |
| 4 | 188 | 15138 | WD Triangle nacho tortilla chips | 12 | 9oz | $8.90 | $ 6.70 |
| 5 | 187 | 15140 | WD Triangle natural tortilla chips | 12 | 9oz | $8.90 | $ 6.70 |
| 6 | 195 | 15142 | WD Triangle salsa tortilla chips | 12 | 9oz | $8.90 | $ 8.70 |
| 7 | 20192 | 15205 | WD Bite size nacho tortilla chips | 12 | 9.5oz | $8.90 | $ 6.70 |
| 8 | 287 | 15206 | WD bite size natural tortilla chips | 12 | 9.5oz | $8.90 | $ 6.70 |
| 9 | 199 | 15130 | WD Regular corn chips | 12 | 10oz | $8.90 | $ 6.70 |
| 10 | 201 | 15131 | WD BBQ corn chips | 12 | 10oz | $8.90 | $ 6.70 |
| 11 | 202 | 15133 | WD Chili cheese corn chips | 12 | 10oz | $8.90 | $ 6.70 |
| 12 | 6869 | 15145 | WD 3-pk MW natural popcorn | 12 | 10.5oz | $11.25 | $ 6.48 |
| 13 | 6870 | 15146 | WD 3-pk MW butter popcorn | 12 | 10.5oz | $11.25 | $ 6.48 |
| 14 | 6864 | 15147 | WD 3-pk MW butter no salt popcorn | 12 | 10.5oz | $11.25 | $ 6.48 |
| 15 | 6877 | 15157 | WD Microwave kettle popcorn | 12 | 10.5oz | $11.25 | $ 6.48 |
| 16 | 6848 | 15218 | WD Double butter MW popcorn | 6 | 21oz | $9.05 | $ 6.48 |
| 17 | 6947 | 15219 | WD Butter lite MW popcorn | 6 | 21oz | $9.05 | $ 6.48 |
| 18 | 6946 | 15222 | WD 6-pk MW double butter popcorn | 12 | 21oz | $18.05 | $ 12.96 |
| 19 | 6865 | 15225 | WD 3-pk NW double butter popcorn | 12 | 10.5oz | $11.25 | $ 6.48 |
| 20 | 6956 | 15226 | WD 3-pk NW light butter popcorn | 12 | 10.5oz | $11.25 | $ 6.48 |
| 21 | 218 | 15120 | WD White cheese popcorn | 12 | 4.75oz | $8.90 | $ 6.36 |
| 22 | 1230 | 15115 | WD Puff cheese curls | 12 | 7oz | $8.90 | $ 5.52 |
| 23 | 204 | 15124 | Baked cheese balls | 12 | 6.5oz | $8.90 | $ 5.52 |
| 24 | 206 | 15126 | WD Crunchy cheese curls | 12 | 9.5oz | $8.90 | $ 5.52 |
| 25 | 248 | 15127 | WD Super size puff cheese | 12 | 14oz | $16.32 | $ 11.40 |
| 26 | 221 | 15202 | WD Baked crunchy cheese curls | 12 | 7 oz | $8.90 | $ 5.52 |

# AMENDMENT TO CONTRACT PACKAGING AGREEMENT

THIS AMENDMENT TO CONTRACT PACKAGING AGREEMENT (the "Amendment") is made as of this __4__ day of February, 2005, by and between WINN-DIXIE STORES, INC. ("Customer") and CONSOLIDATED BISCUIT CO. ("Packer").

WHEREAS, Packer and Customer are parties to a certain Contract Packaging Agreement dated January 17, 2005 (the "Agreement"); and,

WHEREAS, the parties wish to amend the Agreement as set forth herein.

NOW THEREFORE, the parties agree as follows:

1. Paragraph 3 of the Agreement is hereby amended to read, in its entirety, as follows:

> 3. **Terms of Payment and Delivery.** The terms of payment are net within 21 days from the date of delivery. All Products processed and packaged hereunder are processed and packaged F.O.B. Packer's plant, located at 701 North Forest Street, Valdosta, Georgia 31601. Packer shall ship the Products to destinations designated by Customer. For Products shipped during the first 3 months from the date hereof, all costs of transportation shall be borne by Packer, and, thereafter, all costs of transportation shall be borne by Customer. Irrespective of who bears the cost of transportation, all risk of loss shall pass to Customer when the Product is delivered to the Carrier (the date of delivery). A late charge of 1% per month will be charged on all invoiced amounts which are not paid within 30 days from the date of delivery.

2. To the extent not modified hereby, the Agreement shall remain in full force and effect. All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Agreement.

IN WITNESS WHEREOF, the parties have executed this Amendment as of the date set forth above.

WINN-DIXIE STORES, INC.

By:_____
Its:_____


CONSOLIDATED BISCUIT CO.

By: _William H. Owens_ (signature)
Its: _Vice President_ (signature)

## AMENDMENT TO CONTRACT PACKAGING AGREEMENT

THIS AMENDMENT TO CONTRACT PACKAGING AGREEMENT (the "Amendment") is made as of this ___ day of February, 2005, by and between WINN-DIXIE STORES, INC. ("Customer") and CONSOLIDATED BISCUIT CO. ("Packer").

WHEREAS, Packer and Customer are parties to a certain Contract Packaging Agreement dated January 17, 2005 (the "Agreement"); and,

WHEREAS, the parties wish to amend the Agreement as set forth herein.

NOW THEREFORE, the parties agree as follows:

1. Paragraph 3 of the Agreement is hereby amended to read, in its entirety, as follows:

> 3. **Terms of Payment and Delivery.** The terms of payment are net within 21 days from the date of delivery. All Products processed and packaged hereunder are processed and packaged F.O.B. Packer's plant, located at 701 North Forest Street, Valdosta, Georgia 31601. Packer shall ship the Products to destinations designated by Customer. For Products shipped during the first 3 months from the date hereof, all costs of transportation shall be borne by Packer, and, thereafter, all costs of transportation shall be borne by Customer. Irrespective of who bears the cost of transportation, all risk of loss shall pass to Customer when the Product is delivered to the Carrier (the date of delivery). A late charge of 1% per month will be charged on all invoiced amounts which are not paid within 30 days from the date of delivery.

2. To the extent not modified hereby, the Agreement shall remain in full force and effect. All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Agreement.

IN WITNESS WHEREOF, the parties have executed this Amendment as of the date set forth above.

WINN-DIXIE STORES, INC.

By: _____

Its: _____

CONSOLIDATED BISCUIT CO.

By: _____

Its: _____

H:\HOME\JDSnavely\ConBisCo\Winn-Dixie\AMENDMENT TO CONTRACT PACKAGING AGREEMENT v2.doc