UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                          CASE NO.:  3:05-bk-03817-JAF
                                CHAPTER 11
WINN-DIXIE STORES, INC., et al.,

            Debtors.       Jointly Administered

_____

## NOTICE OF WITHDRAWAL OF REQUEST
## OF C & A LTD., L.C. FOR ALLOWANCE
## <u>AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM</u>

C & A LTD., L.C., by and through its undersigned
counsel, hereby withdraws its Request for Allowance and
Payment of Administrative Expense Claim (Docket No. 11960)
previously filed herein.

Dated this _30_ day of November, 2006.

                    HELD & ISRAEL
                    By: _____
                    Kimberly Held Israel, Esquire
                    Florida Bar #47287
                    Adam N. Frisch, Esquire
                    Florida Bar #635308
                    afrisch@hilawfirm.com
                    1301 Riverplace Blvd., Suite 1916
                    Jacksonville, Florida 32207
                    (904) 398-7038 Telephone
                    (904) 398-4283 Facsimile

                    and

                    POLSINELLI SHALTON WELTE
                     SUELTHAUS PC
                    JAMES E. BIRD  (#28833)
                    AMY E. HATCH  (#53116)
                    700 West 47th Street, Suite 1000
                    Kansas City, Missouri  64112
                    (816) 753-1000
                    Fax No. (816) 753-1536