**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Reorganized Debtors.[1] | ) | Jointly Administered |

**OBJECTION TO CLAIM TRANSFERS FILED AFTER
NOVEMBER 15, 2006, 5:00 P.M. ET, DISTRIBUTION RECORD DATE
(DOCKET NOS. 12610, 12611, 12767, 12769 AND 12770)**

TO:  WOLFCHASE ASSOCIATES, LLC
STARK EVENT MASTER FUND LTD.
KING EDWARD, INC., DBA DRINKARD DEVELOPMENT, INC.
MADISON LIQUIDITY INVESTORS, LLC
LCH OPPORTUNITIES, LLC
WINDSOR STATION LIMITED LIABILITY COMPANY C/O PHILLIPS EDISON & CO., LTD.
CIVIC CENTER STATION, LTD. C/O PHILLIPS EDISON & CO., LTD.
C. & A., LTD., L.C. C/O PHILLIPS EDISON & CO., LTD.

Winn-Dixie Stores, Inc. and its reorganized affiliates object to the transfers of claims evidenced at docket nos. 12610, 12611, 12767, 12769 and 12770, which transfers were filed after the "Distribution Record Date" established under the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan"). Pursuant to the Plan, such transfers will not be recognized in making distributions, if any, on account of the claims subject to such transfers.

Dated: November 30, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*    D. J. Baker    Sally McDonald Henry    Rosalie Walker Gray | By   *s/ James H. Post*    Stephen D. Busey    James H. Post, FB#175460    Cynthia C. Jackson |
| Four Times Square  New York, New York 10036  (212) 735-3000  (212) 735-2000 (facsimile)  djbaker@skadden.com | 225 Water Street, Suite 1800  Jacksonville, Florida 32202  (904) 359-7700  (904) 359-7708 (facsimile)  jpost@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.