**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC. et al.,<br><br>Debtors. | Case No. 05-03817-3F1<br><br>(Chapter 11)<br><br>Jointly Administered |

# ORIX CAPITAL MARKETS LLC'S DESIGNATION OF RECORD ON APPEAL

ORIX Capital Markets LLC ("Appellant"), pursuant to Fed. R. Bankr. P. 8006, hereby submits its Designation of Record on Appeal identifying the following papers to be included in the record on appeal:

| **Debtor Dixie Stores, Inc., Case No.: 05-03818-JAF** | |
|---|---|
| Docket Number | Pleading |
| | Court Docket |
| #1 | Voluntary Petition |
| #2 | Motion for Joint Administration |
| #3 | Order Granting Motion for Joint Administration |
| #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |
| #5 | Statement of Financial Affairs |
| #6 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| #7 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |

| Debtor: Table Supply Food Stores Co., Inc., Case No.: 05-03819-JAF | |
|---|---|
| Docket Number | Pleading |
| | Court Docket |
| #1 | Voluntary Petition |
| #2 | Motion for Joint Administration |
| #3 | Order Granting Motion for Joint Administration |
| #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |
| #5 | Statement of Financial Affairs |
| #6 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| #7 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |

| Debtor: Astor Products, Inc. Case No.: 05-03820-JAF | |
|---|---|
| Docket Number | Pleading |
| | Court Docket |
| #1 | Voluntary Petition |
| #2 | Motion for Joint Administration |
| #3 | Order Granting Motion for Joint Administration |
| #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |
| #5 | Statement of Financial Affairs |
| #6 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| #7 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |
| #10 | First Amendment to Schedules of Assets and Liabilities and Schedule of Executory Contract and Unexpired Leases |

| Debtor: Crackin' Good, Inc.<br>Case No.: 05-03821-JAF | |
|---|---|
| Docket Number | Pleading |
| | Court Docket |
| #1 | Voluntary Petition |
| #2 | Motion for Joint Administration |
| #3 | Order Granting Motion for Joint Administration |
| #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |
| #5 | Statement of Financial Affairs |
| #6 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| #7 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |

| Debtor: Deep South Distributors, Inc.<br>Case No.: 05-03822-JAF | |
|---|---|
| Docket Number | Pleading |
| | Court Docket |
| #1 | Voluntary Petition |
| #2 | Motion for Joint Administration |
| #3 | Order Granting Motion for Joint Administration |
| #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |
| #5 | Statement of Financial Affairs |
| #6 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| #7 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |

| Debtor: Deep South Products, Inc.<br>Case No.: 05-03823-JAF | |
|---|---|
| Docket Number | Pleading |
| | Court Docket |
| #1 | Voluntary Petition |

| Debtor: Deep South Products, Inc.<br>Case No.: 05-03823-JAF | |
|---|---|
| Docket Number | Pleading |
| #2 | Motion for Joint Administration |
| #3 | Order Granting Motion for Joint Administration |
| #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |
| #7 | Statement of Financial Affairs |
| #8 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| #9 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |

| Debtor: Dixie Darling Bakers, Inc.<br>Case No.: 05-03824-JAF | |
|---|---|
| Docket Number | Pleading |
| | Court Docket |
| #1 | Voluntary Petition |
| #2 | Motion for Joint Administration |
| #3 | Order Granting Motion for Joint Administration |
| #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |
| #5 | Statement of Financial Affairs |
| #6 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| #7 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |

| Debtor: Dixie-Home Stores, Inc.<br>Case No.: 05-03825-JAF | |
|---|---|
| Docket Number | Pleading |
| | Court Docket |
| #1 | Voluntary Petition |
| #2 | Motion for Joint Administration |

| **Debtor: Dixie-Home Stores, Inc.<br>Case No.: 05-03825-JAF** | |
|---|---|
| Docket Number | Pleading |
| #3 | Order Granting Motion for Joint Administration |
| #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |
| #5 | Statement of Financial Affairs |
| #6 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| #7 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |

| **Debtor: Dixie Packers, Inc.<br>Case No.: 05-03826-JAF** | |
|---|---|
| Docket Number | Pleading |
| | Court Docket |
| #1 | Voluntary Petition |
| #2 | Motion for Joint Administration |
| #3 | Order Granting Motion for Joint Administration |
| #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |
| #5 | Statement of Financial Affairs |
| #6 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| #7 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |

| **Debtor: Dixie Spirits, Inc.<br>Case No.: 05-03827-JAF** | |
|---|---|
| Docket Number | Pleading |
| | Court Docket |
| #1 | Voluntary Petition |
| #2 | Motion for Joint Administration |
| #3 | Order Granting Motion for Joint Administration |

| **Debtor: Dixie Spirits, Inc.<br>Case No.: 05-03827-JAF** | |
|---|---|
| Docket Number | Pleading |
| #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |
| #5 | Statement of Financial Affairs |
| #6 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| #7 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |

| **Debtor: Economy Wholesale Distributors, Inc.<br>Case No.: 05-03828-JAF** | |
|---|---|
| Docket Number | Pleading |
| | Court Docket |
| #1 | Voluntary Petition |
| #2 | Motion for Joint Administration |
| #3 | Order Granting Motion for Joint Administration |
| #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |
| #5 | Statement of Financial Affairs |
| #6 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| #7 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |

| **Debtor: Foodway Stores, Inc.<br>Case No.: 05-03829-JAF** | |
|---|---|
| Docket Number | Pleading |
| | Court Docket |
| #1 | Voluntary Petition |
| #2 | Motion for Joint Administration |
| #3 | Order Granting Motion for Joint Administration |
| #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. |

| **Debtor: Foodway Stores, Inc.<br>Case No.: 05-03829-JAF** | |
|---|---|
| Docket Number | Pleading |
| | 1007(a)(3) |
| #5 | Statement of Financial Affairs |
| #6 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| #7 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |

| **Debtor: Kwik Chek Supermarkets, Inc.<br>Case No.: 05-03830-JAF** | |
|---|---|
| Docket Number | Pleading |
| | Court Docket |
| #1 | Voluntary Petition |
| #2 | Motion for Joint Administration |
| #3 | Order Granting Motion for Joint Administration |
| #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |
| #5 | Statement of Financial Affairs |
| #6 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| #7 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |

| **Debtor: Sunbelt Products, Inc.<br>Case No.: 05-03831-JAF** | |
|---|---|
| Docket Number | Pleading |
| | Court Docket |
| #1 | Voluntary Petition |
| #2 | Motion for Joint Administration |
| #3 | Order Granting Motion for Joint Administration |
| #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. I007(a)(3) |
| #5 | Statement of Financial Affairs |
| #6 | Schedules of Assets and Liabilities and Schedule of Executory Contracts |

| Debtor: Sunbelt Products, Inc.<br>Case No.: 05-03831-JAF | |
|---|---|
| Docket Number | Pleading |
| | and Unexpired Leases |
| #7 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |

| Debtor: Sundown Sales, Inc.<br>Case No.: 05-03832-JAF | |
|---|---|
| Docket Number | Pleading |
| | Court Docket |
| #1 | Voluntary Petition |
| #2 | Motion for Joint Administration |
| #3 | Order Granting Motion for Joint Administration |
| #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |
| #5 | Statement of Financial Affairs |
| #6 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| #7 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |

| Debtor: Superior Food Company<br>Case No.: 05-03833-JAF | |
|---|---|
| Docket Number | Pleading |
| | Court Docket |
| #1 | Voluntary Petition |
| #2 | Motion for Joint Administration |
| #3 | Order Granting Motion for Joint Administration |
| #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |
| #5 | Statement of Financial Affairs |
| #6 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| #7 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to |

| Debtor: Superior Food Company<br>Case No.: 05-03833-JAF | |
|---|---|
| Docket Number | Pleading |
| | the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |

| Debtor: WD Brand Prestige Steaks, Inc.<br>Case No.: 05-03834-JAF | |
|---|---|
| Docket Number | Pleading |
| | Court Docket |
| #1 | Voluntary Petition |
| #2 | Motion for Joint Administration |
| #3 | Order Granting Motion for Joint Administration |
| #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |
| #5 | Statement of Financial Affairs |
| #6 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| #7 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |

| Debtor: Winn-Dixie Handyman, Inc.<br>Case No.: 05-03835-JAF | |
|---|---|
| Docket Number | Pleading |
| | Court Docket |
| #1 | Voluntary Petition |
| #2 | Motion for Joint Administration |
| #3 | Order Granting Motion for Joint Administration |
| #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |
| #5 | Statement of Financial Affairs |
| #6 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| #7 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |

| **Debtor: Winn-Dixie Logistics, Inc.<br>Case No.: 05-03836-JAF** | |
|---|---|
| Docket Number | Pleading |
| | Court Docket |
| #1 | Voluntary Petition |
| #2 | Motion for Joint Administration |
| #3 | Order Granting Motion for Joint Administration |
| #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |
| #5 | Statement of Financial Affairs |
| #6 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| #7 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |
| #10 | First Amendment to Schedules of Assets and Liabilities and Schedule of Executory Contract and Unexpired Leases |

| **Debtor: Winn-Dixie Montgomery, Inc.<br>Case No.: 05-03837-JAF** | |
|---|---|
| Docket Number | Pleading |
| | Court Docket |
| #1 | Voluntary Petition |
| #2 | Motion for Joint Administration |
| #3 | Order Granting Motion for Joint Administration |
| #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |
| #5 | Statement of Financial Affairs |
| #6 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| #7 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |
| #10 | First Amendment to Schedules of Assets and Liabilities and Schedule of Executory Contract and Unexpired Leases |

| **Debtor: Winn-Dixie Procurement, Inc.<br>Case No.: 05-03838-JAF** |
|---|

| Docket Number | Pleading |
|---|---|
| | Court Docket |
| #1 | Voluntary Petition |
| #2 | Motion for Joint Administration |
| #3 | Order Granting Motion for Joint Administration |
| #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |
| #5 | Statement of Financial Affairs |
| #6 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| #7 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |

| **Debtor: Winn-Dixie Raleigh, Inc.<br>Case No.: 05-03839-JAF** | |
|---|---|
| Docket Number | Pleading |
| | Court Docket |
| #1 | Voluntary Petition |
| #2 | Motion for Joint Administration |
| #3 | Order Granting Motion for Joint Administration |
| #4 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |
| #5 | Statement of Financial Affairs |
| #6 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| #7 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |
| #11 | First Amendment to Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |

| Debtor: Winn-Dixie Supermarkets, Inc.<br>Case No.: 05-03840-JAF | |
|---|---|
| Docket Number | Pleading |
| | Court Docket |
| #1 | Voluntary Petition |
| #2 | Motion for Joint Administration |
| #3 | Order Granting Motion for Joint Administration |
| #5 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |
| #8 | Statement of Financial Affairs |
| #9 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| #10 | Amended Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |

| Debtor: Winn-Dixie Stores, Inc.<br>Case No.: 05-03817-JAF | |
|---|---|
| Docket Number | Pleading |
| | Court Docket |
| #1 | Voluntary Petition |
| #2 | Motion for Joint Administration |
| #36 | Order Granting Motion for Joint Administration |
| #198 | Schedules List of Equity Security Holders Pursuant to Fed.R.Bankr.P. 1007(a)(3) |
| #669 | Statement of Financial Affairs |
| #671 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases [Schedules A through B] |
| #672 | Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases [Schedules D through F] |
| #673 | Schedules of Assets and Liabilities and Schedule of Executory Contracts |

| **Debtor: Winn-Dixie Stores, Inc.<br>Case No.: 05-03817-JAF** | |
|---|---|
| Docket Number | Pleading |
| | and Unexpired Leases [Schedules G through H] |
| #674 | Notice of Filing of Separate Statement and Schedules in Case of Each Winn-Dixie Subsidiary or Affiliate |
| #73I | Order Granting Motion for Transfer Venue of The Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |
| #739 | Amended Order signed on 4/14/2005 Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division |
| #880 | Motion for Order Under Fed. R. Bankr. P. 3003(c)(3) (I) Establishing Deadline for Filing Proofs of Claim, (II) Approving Proof of Claim Form, (III) Approving Proof of Claim Filing Deadline Notices, (IV) Approving Mailing and Publication Procedures and (V) Providing Certain Supplemental Relief |
| #932 | Order Granting Motion to (A) Establish Deadline for Filing Proofs of Claim, (B) Approving Proof of Claim Form, (C) Approving Proof of Claim Filing Deadline Notices, (D) Approving Mailing Procedures, (E) Conditionally Approving Publication Procedures and (F) Conditionally Providing Certain Supplemental Relief - Claims Bar Date set for 08/01/05 |
| #7763 | Motion of Ad Hoc Trade Committee to Consolidate Lead Case 05-3817 with Case nos. 05-3818 through and including 05-3838 and 05-3840 |
| #7765 | Motion to Seal Motion of Ad Hoc Trade Committee to Consolidate Lead Case 05-3817 with Case nos. 05-3818 through and including 05-3838 and 05-3840 |
| #8028 | Limited Objection to Ad Hoc Trade Committee's Motion for Order Substantively Consolidating Debtors' Estates Filed by Rilyn A Carnahan on behalf of Gardens Park Plaza, Ltd |
| #8079 | Various Creditors' Limited Response to Ad Hoc Trade Committee of Winn-Dixie Stores, Inc., et al.'s Motion for Order Pursuant to Section 105(a) of the Bankruptcy Code Substantively Consolidating Debtors' Estates Filed by Stephen M Miller on behalf of Interested Parties Specialty Brands LLP, now known as Windsor Quality Foods d/b/a Windsor Foods, HP Hood LLC, Flowers, Inc., Benson's Inc. |
| #8080 | Objection to Ad Hoc Trade Committee's Motion to File Documents in Support of its Motion for Order Pursuant to Section 105(a) of the Bankruptcy Code Substantively Consolidating Debtors' Estates Under Seal Filed by Jimmy D Parrish on behalf of Creditor Lassiter Properties, Inc. |
| #8082 | Response to and Objection of Domino Foods, Inc., as Agent for American |

| Debtor: Winn-Dixie Stores, Inc.<br>Case No.: 05-03817-JAF | |
|---|---|
| Docket Number | Pleading |
| | Sugar Refining, Inc. and Florida Crystals Food Corporation to Motion of the Ad Hoc Trade Committee for Order Pursuant to Section 105(A) of The Bankruptcy Code Substantively Consolidating Debtors' Estates Filed by Gene B Tarr on behalf of Domino Foods, Inc., Florida Crystals Food Corporation. |
| #8427 | Response to and Request to Abate the Ad Hoc Trade Committee's Motion to Consolidate Debtors' Estates Filed by Stephen D. Busey on behalf of Debtor Winn-Dixie Stores, Inc. |
| #8428 | Objection to Ad Hoc Trade Committees Motion to File Documents in support of its Motion for Order Pursuant to Section 105(a) of the Bankruptcy Code Substantively Consolidating Debtors Estates Under Seal Filed by Deborah M Morris on behalf of Creditor United States of America. |
| #8854 | Disclosure Statement With Respect to Joint Plan of Reorganization of Winn- Dixie Stores, Inc. and Affiliated Debtors |
| #8856 | Joint Plan of Reorganization of Winn- Dixie Stores, Inc. and Affiliated Debtors |
| #9228 | Motion of Debtors for Order (I) Determining Dates, Procedures and Forms Applicable to Solicitation Process, (II) Establishing Vote Tabulation Procedures, (III) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of Plan, and (IV) Waiving Local Rules |
| #9468 | Objection to the Debtors' Disclosure Statement |
| #9469 | Limited Objection to Debtors' Motion for Order Regarding Solicitation and Voting |
| #9787 | Disclosure Statement [Second Proposed] |
| #9788 | Joint Plan of Reorganization [Second Proposed] |
| #9789 | Notice of Filing Revisions to Proposed Disclosure Statement with Respect to the Joint Plan of Reorganization of Winn- Dixie Stores, Inc. and Affiliated Debtors |
| #9817 | Notice of Filing Revisions to Proposed Order (I) Determining Dates, Procedures and Forms Applicable to Solicitation Process, (II) Establishing Vote Tabulation Procedures, (III) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of Plan, and (IV) Waiving Local Rules |
| #9891 | Notice of Transfer/Assignment of Claim and Waiver of Opportunity to Object. Original Claimant: Dixie Land SC, LLC a/k/a Dixieland SC, LLC, as successor in interest to Orangeburg Associates, and their successors and assigns, Transferee: Wells Fargo Bank, N.A., in its capacity as |

| Debtor: Winn-Dixie Stores, Inc.<br>Case No.: 05-03817-JAF | |
|---|---|
| Docket Number | Pleading |
| | Trustee. |
| #9917 | Order Approving Disclosure Statement with Respect to Joint Plan of Reorganization of Winn- Dixie Stores, Inc. and Affiliated Debtors |
| #9920 | Order (I) Determining Dates, Procedures and Forms applicable to solicitation process, (II) Establishing Vote Tabulation procedures (III) Establishing Objection Deadline and scheduling hearing to consider confirmation of plan and (IV) Waiving Local Rules |
| #10057 | Final Disclosure Statement with Respect to Joint Plan of Reorganization of Winn- Dixie Stores, Inc. and Affiliated Debtors |
| #10058 | Final Plan of Reorganization (Joint) of Winn-Dixie Stores, Inc. and Affiliated Debtors |
| #10075 | Transcript from Disclosure Hearing and Motion for Order Determining Dates, Procedures and Forms Applicable to Solicitation held on 8/4/06 @ 9:30 a.m. |
| #10710 | Notice of Voting Deadline 9/25/06 at 4:00 p.m. |
| #10742 | Omnibus Objection to (a) Duplicate Different Debtor Claims and (b) Duplicate Liability Claims (Twentieth) |
| #11256 | Statement of Ad Hoc Committee of Winn-Dixie Retirees in Support of Debtors' Proposed Joint Plan of Reorganization filed on behalf of Creditor Ad Hoc Committee of Winn- Dixie Retirees. |
| #11312 | Joint Objection to Joint Plan of Reorganization of Winn- Dixie Stores, Inc. and Affiliated Debtors filed on behalf of Bank of America as Trustee of Betty Holland, E & A Financing II, LP, E & A Southeast, LP, E&A Acquisition Two, LP, F.R.O., LLC VII, Shields Plaza, Inc., Villa Rica Retail Properties, L.L.C., West Ridge, LLC, Woodbury Plaza, LLC |
| #11313 | Objection to Debtors' Plan of Reorganization filed on behalf of Creditor CWCapital Asset Management, LLC as successor-in-interest to CRIMMI MAE Services Limited Partnership |
| #11314 | Objection to Confirmation of Joint Plan of Reorganization of Winn- Dixie Stores, Inc. and Affiliated Debtors Dated August 9, 2006 filed on behalf of Creditor Liquidity Solutions, Inc. |
| #11316 | Objection to Debtors' Plan of Reorganization filed on behalf of Creditor Allied Capital Corporation |
| #11319 | Objection to Debtors' Plan of Reorganization filed on behalf of Creditor ORIX Capital Markets, L.L.C. |
| #11320 | Joinder to Joint Objection of E&A Financing, II, L.P.; E&A Southeast, LP; E&A Acquisition Two, L.P.; Shields Plaza, Inc.; Woodberry Plaza (E&A), LLC; Villa Rica Retail Properties, LLC; West Ridge, LLC; Bank of |

| Debtor: Winn-Dixie Stores, Inc.<br>Case No.: 05-03817-JAF | |
|---|---|
| Docket Number | Pleading |
| | America, as Trustee of Betty Holland, and F.R.O. LLC VII to the Debtors' Plan of Reorganization filed on behalf of Creditor Knightsdale Crossing, LLC |
| #11332 | Objection to / Joinder to Joint Objection of E&A Financing, II, L.P.; E&A Southeast, LP; E&A Acquisition Two, L.P.; Shields Plaza, Inc.; Woodberry Plaza (E&A), LLC; Villa Rica Retail Properties, LLC; West Ridge, LLC; Bank of America, as Trustee of Betty Holland, and F.R.O. LLC VII to the Debtors' Plan of Reorganization filed on behalf of Creditor Daniel G. Kamin, DBT Porcupine WD1 DE Business Trust, Daniel G. Kamin Clarksville, WD MT Carmel, LLC and Daniel G. Kamin Zachary Enterprises |
| #11430 | Notice of Objection to Debtor's Plan of Reorganization filed on behalf of Creditor Merrill Lynch LP Holdings, Inc. |
| #11431 | Objection to Confirmation of Debtor's Joint Plan of Reorganization filed on behalf of Creditor Merrill Lynch LP Holdings, Inc. |
| #11451 | Response to Debtors' Twentieth Omnibus Objection to (A) Duplicate Different Debtor Claims and (B) Duplicate Liability Claims filed on behalf of Creditor Knightsdale Crossing, LLC |
| #11470 | Opposition to Debtors' Twentieth Omnibus Objection to (A) Duplicative Different Debtor Claims and (B) Duplicative Liability Claims filed on behalf of Bank of America as Trustee of Betty Holland, E & A Financing II, LP, E & A Southeast, LP, E&A Acquisition Two, LP, F.R.O., LLC VII, Shields Plaza, Inc., Villa Rica Retail Properties, L.L.C., West Ridge, LLC, Woodbury Plaza, LLC |
| #11487 | Objection to Debtors' Twentieth Omnibus Objection to (A) Duplicate Different Debtor Claims and (B) Duplicate Liability Claims filed on behalf of Creditor Liquidity Solutions, Inc. |
| #11488 | Response to Debtors' Twentieth Omnibus Objection to Claims filed on behalf of Creditor WD MT Carmel, LLC, Daniel G. Kamin Clarksville Crossing LLC, Daniel G. Kamin, Daniel G. Kamin, Brynn Marr Enterprises, DBT Porcupine WD1 DE Business Trust, Daniel G. Kamin Zachary Enterprises and Porc. |
| #11493 | Motion Response of Merrill Lynch LP Holdings in Opposition to Debtor's Twentieth Omnibus Objection to (A) Duplicate Different Debtor Claims and (B) Duplicate Liability Claims re: Claim No. 13186 (Docket No. 10742) filed on behalf of Creditor Merrill Lynch LP Holdings, Inc. |
| #11496 | Response of Merrill Lynch Holdings In Opposition to Debtor's Twentieth Omnibus Objection re: Claim No. 12333 filed on behalf of Creditor Merrill Lynch LP Holdings, Inc. |

| **Debtor: Winn-Dixie Stores, Inc.<br>Case No.: 05-03817-JAF** | |
|---|---|
| Docket Number | Pleading |
| #11498 | Objection to Claim(s). Claim No. 12330. Response to Merrill Lynch Holdings in Opposition to Debtor's Twentieth Omnibus Objection re: Claim No. 12330 filed on behalf of Creditor Merrill Lynch LP Holdings, Inc. |
| #11499 | Objection to Claim(s). Claim no 13297. Response to Merrill Lynch Holdings in Opposition to Debtor's Twentieth Omnibus Objection re: Claim No. 13297 filed on behalf of Creditor Merrill Lynch, Pierce, Fenner & Smith Incorporated |
| #11606 | Supplement Pursuant to Section 12.18 of Joint Plan of Reorganization of Winn- Dixie Stores, Inc. and Affiliated Debtors |
| #11662 | Notice of Transfer/Assignment of Claim and Waiver of Opportunity to Object. Original Claimant: Independence Crossing, LLC, Transferee ORIX Capital Markets, LLC as Servicing Agent for Wells Fargo. |
| #11671 | Order Disallowing (a) Duplicate Different Debtor Claims and (b) Duplicate Liability Claims, as set forth in the Debtors' Twentieth Omnibus Claims Objection; signed 10/5/06. |
| #11694 | Statement in Support of Debtors' Joint Plan of Reorganization and Omnibus Response to Objections to Debtors' Joint Plan of Reorganization filed on behalf of Creditor Wachovia Bank, National Association |
| #11728 | Response to /Ad Hoc Trade Committee's Response to United States Trustee's Objection to Joint Plan of Reorganization of Winn- Dixie Stores, Inc. and Affiliated Debtors filed on behalf of Creditor Ad Hoc Trade Committee |
| #11765 | First Modification to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors |
| #11766 | Memorandum of Law in Response to Objections to Confirmation of Joint Plan of Reorganization of Winn- Dixie Stores, Inc. and Affiliated Debtors |
| #11767 | Memorandum of Law of Official Committee of Unsecured Creditors (A) in Support of Confirmation of Joint Chapter 11 Plan of Reorganization and (B) Joining in Debtors' Response to Objections to Confirmation of Joint Plan |
| #11777 | Response to the United States Trustee's Objections to Joint Plan of Reorganization and Joinder in Memorandum of Law of Official Committee of Unsecured Creditors (A) in Support of Confirmation of Joint Chapter 11 Plan and (B) Joining in Debtors' Response to Objections to Confirmation of Joint Chapter 11 Plan filed on behalf of Creditor Wilmington Trust Company |
| #11863 | Ballot Tabulation Notice of Filing Amended Declaration of Kathleen M. Logan Certifying Voting on and Tabulation of Ballots Accepting and |

| Debtor: Winn-Dixie Stores, Inc.<br>Case No.: 05-03817-JAF | |
|---|---|
| Docket Number | Pleading |
| | Rejecting the Joint Plan of Reorganization of the Debtors |
| #12065 | Brief (Post-Hearing) in Opposition to Confirmation of the Debtors' Plan of Reorganization Filed by Mary Joanne Dowd on behalf of Bank of America as Trustee of Betty Holland, E & A Financing II, LP, E & A Southeast, LP, E&A Acquisition Two, LP, F.R.O., LLC VII, Shields Plaza, Inc., Villa Rica Retail Properties, L.L.C., West Ridge, LLC, Woodbury Plaza, LLC |
| #12171 | Ad Hoc Trade Committee's Response to Post-Hearing Brief of E&A Financing II, L.P., et al., in Opposition to Joint Plan of Reorganization of Winn- Dixie Stores, Inc. and Affiliated Debtors |
| #12185 | Memorandum of Law in Response to Post Hearing Brief of Objecting Landlords |
| #12187 | Joinder of Official Committee of Unsecured Creditors to Debtors' Memorandum of Law in Response to Post Hearing Brief of Objecting Landlords |
| #12440 | Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors |
| #12456 | Notice of Distribution Record Date Under Joint Plan of Reorganization |
| #12618 | Findings of Fact and Conclusions of Law |
| #12657 | Hearing Proceeding Memo: Hearing Held, Ruling: Twentieth Omnibus Objection to (a) Duplicate Different Debtor Claims and (b) Duplicate Liability Claims filed by Debtors - Continued to 11/30/06 @ 1:00 P.M. |
| #12702 | Notice of Appeal filed by Richard R. Thames on behalf of creditor CWCapital Asset Management LLC |
| #12704 | Notice of Appeal filed by Richard R. Thames on behalf of creditor ORIX Capital Markets LLC |
| #12745 | Notice of Plan Effective Date and Related Matters |
| #12834 | Transcript from Confirmation Hearing (Vols. 1 and 2) |
| Originals are with the Bankruptcy Court | All exhibits introduced at the Confirmation Hearing held on October 13, 2006 |
| | |

| Claim Numbers |
|---|
| 11290 |
| 11291 |
| 12349 |

**STUTSMAN THAMES & MARKEY, P.A.**

*/s/ Richard R. Thames*
By________________________________
Richard R. Thames

Florida Bar Number 0718459
50 N. Laura St., Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)
RRT@stmlaw.net

-and-

Gregory A. Cross, Esq.
Brent W. Procida, Esq.
Heather Deans Foley, Esq.
**Venable LLP**
1800 Mercantile Bank & Trust Bldg.
Two Hopkins Plaza
Baltimore, Maryland 21201
(410) 244-7400 (Phone)
(410) 244-7742 (Facsimile)
e-mail: gacross@venable.com

*Attorneys for ORIX Capital Markets LLC, solely in its capacity as Special Servicer*

**CERTIFICATE OF SERVICE**

I hereby certify on November 30, 2006, the foregoing was transmitted to the Clerk of the Court for uploading to the Case Management/Electronic Case Filing System, which will send a notice of electronic filing to:

Stephen D. Busey, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
busey@smithhulsey.com

John B. Macdonald, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (facsimile)
john.macdonald@akerman.com

Elana L. Escamilla, Esq.
Assistant United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
(407) 648-6465
(407) 648-6323 (facsimile)
elana.l.escamilla@usdoj.gov

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

D.J. Baker, Esq.
Skadden, Arps, Slat, Meagher, & Flom, LLP
Four Times Square
New York, New York 10036
(212) 735-3000
212) 735-2000 (facsimile)
dbaker@skadden.com

Adam Ravin, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
aravin@skadden.com

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Plaza
New York, New York 10005
(212) 530-5000
(212) 530-5219 (facsimile)
ddunne@milbank.com

*/s/ Richard R. Thames*
Attorney