UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

APPEAL COVER SHEET

| Appellant | Appellee |
|---|---|
| CWCapital Asset Management, LLC | Winn-Dixie Stores, Inc., et al. |
| Bankruptcy Case No. 05-3817-3F1 | Adversary Case No. |
| Attorney: (Name, Address and Telephone Number) | Attorney: (Name, Address and Telephone Number) |
| Richard R. Thames, Esq.<br>Stutsman Thames & Markey, P.A.<br>50 N. Laura Street, Suite 1600, Jacksonville, FL 32202 | Cynthia C. Jackson, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800, Jacksonville, FL 32202 |

**NATURE OF PROCEEDING**

Check appropriate item

[✓] Appeal pursuant to 28 USC §158
   Notice of Appeal filed: November 20, 2006
   Date of Order Appealed: November 9, 2006 and November 16, 2006
   Title of Order Appealed: Order Confirming Joint Plan of Reorganization [Dkt. 12440] and Findings of Fact and Conclusions of Law [Dkt. 12618]
   Debtor's County of Residence: Duval

[ ] Motion to Withdraw Reference
   Filed: _____ By: _____

[ ] Interlocutory Appeal
   Title of Interlocutory Order or Decree: _____
   Date of Order or Decree: _____
   Brief Description of Matter Appealed: _____

[ ] Motion for Leave to Appeal
   Date Filed: _____

[ ] Other _____

[ ] Designation in Appeal
Have arrangements been made with a Court Reporter for Transcript?    [ ] Yes    [✓] No
If not, do you intend to do so?    [ ] Yes    [✓] No    If ordered, on what date? _____

_____
Attorney/Appellant