# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## ORDER APPROVING SETTLEMENT WITH
## XL INSURANCE AMERICA, INC AND MARSH USA, INC.

These cases came before the Court for hearing on November 30, 2006, upon the motion of Winn-Dixie Stores, Inc. ("WDSI") and its subsidiaries, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for entry of an order authorizing and approving a settlement substantially in the form set forth in the Settlement Agreement,[1] between WDSI on the one hand and XL Insurance America, Inc. and Marsh USA, Inc. on the other hand (the "Motion"). The Court has reviewed the Motion and considered the representations of counsel. Based upon the representations of counsel and without objection by the United States Trustee or any other interested parties, and after due deliberation and finding proper notice has been given, the Court determines that good cause exists to grant the relief and that granting the relief is in the best interest of these estates and creditors. Accordingly, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

2. The settlement described in the Settlement Agreement is approved.

3. The Debtors are authorized to take any and all actions that may be required to implement the settlement described in the Settlement Agreement.

---

[1] All capitalized terms not otherwise defined in this order shall have the meaning ascribed to them in the Motion.

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

5. Notwithstanding any provisions to the contrary in the Federal Rules of Bankruptcy Procedure, this Order shall take effect immediately upon entry.

Dated November 30, 2006, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

678764-New York Server 1A - MSW