

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

**Thursday**
**November 30, 2006**
**1:00 P.M.**

## PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post**

**Motion for Order Approving Settlement and Compromise with Ohio Casualty Insurance**

**Company filed by Debtors (12465)**

**APPEARANCES:**
**US TRUSTEE:**          ELENA ESCAMILLA
**UNSEC. CRED:**         JOHN B. MACDONALD/PATRICK PATANGAN
                         MATTHEW S. BARR
**OHIO CASUALTY INSURANCE:**

**RULING:** *Granted.*
*Ord / Signed*