UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**ORDER APPROVING SETTLEMENT AND COMPROMISE
WITH OHIO CASUALTY INSURANCE COMPANY**

These cases came before the Court for hearing on November 30, 2006, upon the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for entry of an order authorizing and approving the Debtors' settlement and compromise with The Ohio Casualty Insurance Company ("Ohio Casualty"), including the continuance of certain of the Debtors' liabilities and obligations under an indemnity agreement in favor of Ohio Casualty (the "Motion").[1] The Court has read the Motion and considered the representations of counsel. Upon the representations of counsel and without objection from the United States Trustee or any other interested party, the Court determines that good cause exists to grant the relief requested by the Motion and granting the relief is in the best interest of these estates and creditors. Accordingly, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

2. The settlement and compromised described in the Motion is approved.

---

[1] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Motion.

3. Claim numbers 9993 and 9994 filed by Ohio Casualty are disallowed in their entirety and expunged; provided, however, that the disallowance of such claims shall be without prejudice to Ohio Casualty's filing an administrative claim within the time allowed for such filing(s) in the event of a default by the Debtors under the Ohio Casualty Indemnity Agreement prior to the effective date of the Plan.

4. The Debtors are authorized to take any and all actions that may be required to implement the settlement described in the Motion.

5. The Court will retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated this 30 day of November, 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

2