

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
November 30, 2006
1:00 P.M.

**PRO MEMO**

| | |
|---|---|
| CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC. | Page 1 of 2 |

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Twenty-Fifth Omnibus Objection to (A) Duplicate Liability Claims, (B) Amended and Superseded Claims, (C) No liability Claims, (D) No Liability Misclassified Claims, (E) Overstated Claims (F) Overstated Misclassified Claims, (G) Unliquidated Claims, (H) Misclassified Unliquidated Claim, (I) Executory Contract Claims and (J) Late Claims Filed by Debtors (12274)

   Response filed by Georgia Dept of Community Health (12368)

   Response filed by Woodland Hartford Associates (12664)

   Response filed by Jefferson-Pilot Life Insurance Co. (12669)

   Response filed by Porcupine WD5, LLC (12677)

   Response filed by Alvin B. Chan Family L.P.'s (12712)

   Response filed by Randy Roarke (12713)

The Debtors have agreed to continue the hearing on the Objection as to all claimants who have filed a response until December 14, 2006. The Debtors will proceed with the Objection as to the remaining claims.

APPEARANCES CONTINUED ON PAGE 2



# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
November 30, 2006
1:00 P.M.

### PRO MEMO

| | |
|---|---|
| CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC. | Page 2 of 2 |

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

**APPEARANCES:**
US TRUSTEE:                                          ELENA ESCAMILLA
UNSEC. CRED:                                         JOHN B. MACDONALD/PATRICK PATANGAN
                                                     MATTHEW S. BARR

GEORGIA DEPT OF COMMUNITY HEALTH:    WILLIAM BANKS
WOODLAND HARTFORD ASSOCIATES:        MICHAEL CECIL
JEFFERSON-PILOT LIFE INSURANCE CO:   BENJAMIN KAHN
PORCUPINE WD5, LLC:                  SARA LORBER
ALVIN B. CHAN FAMILY LP'S:           RICHARD THAMES
RANDY ROARK:                         CLYDE BRAZEAL

**RULING:** Sustained/Cont'd.
Ord/Signed