

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
November 30, 2006
1:00 P.M.

## PRO MEMO

| | |
|---|---|
| CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC. | Page 1 of 3 |

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Twenty-Sixth Omnibus Objection to Claims Arising from Unexpired Leases of Non-Residential Real Property (I) that have been assumed, (II) that have been Assumed and Assigned, or (III) that are the Subject of Lease Termination Agreements Filed by Debtors (12281)

      Response filed by Tiger Crossing (12531 and 12535)

      Response filed by Mobley Family Partnership (12533)

      Response filed by Gardens Park Plaza (12614)

      Response filed by Gordon P. Konrad (12620) Striken by Docket No. (12640)

      Response filed by Shades Creek Partners (12742)

      Response filed by MCW-RC-FL Highlands, LLC (12744)

      Response filed by Beach Walk Centre II (12763)

      Response filed by Crestview, LLC (12764)

APPEARANCES CONTINUED ON PAGE 3



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
November 30, 2006
1:00 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.    Page 2 of 3

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Response filed by Riley Place, LLC (12765)

Response filed by Ted Clasrud Associates of Deland, FL Inc. (12771)

Response filed by Sarria Enterprises, Inc. et al (12768)

Response filed by Elfer Square, Inc. et al (12774), Withdrawn (12860)

Response filed by Inland Southside Countryside (12775)

Response filed by TA/Western, LLC (12776)

Response filed by Selma Highway 80 Venture II Joint Venture (12788)

Response filed by Evangeline Life Insurance Co. (12789)

Response filed by Heritage Property Investment Trust (12817)

Response filed by Warehouse Holdings (12823)

Response filed by Daniel G. Kamin (12835)

[handwritten annotations: 487 / 416 to be re-classified (Unsec to admn) / 52 claim / 19 response will be adjourned]

The Debtors have agreed to continue the hearing on the Objection as to all claimants who have filed a response until further notice. The Debtors will proceed with the Objection as to the remaining claims.



# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
November 30, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.                    Page 3 of 3

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

APPEARANCES:

| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| UNSEC. CRED: | JOHN B. MACDONALD/PATRICK PATANGAN |
| | MATTHEW S. BARR |
| TIGER CROSSING: | ANNETTE MCBRAYER |
| MOBLEY FAMILY PARTNERSHIP: | ANNETTE MCBRAYER |
| GARDENS PARK PLAZA: | RILYN CARNAHAN |
| GORDON P. KONRAD: | PRO SE |
| SHADES CREEK PARTNERS: | ADAM FRISCH |
| MCW-RC-FL HIGHLANDS, LLC: | ADAM FRISCH |
| BEACH WALK CENTRE II: | SALLY FOX |
| CRESTVIEW, LLC: | SALLY FOX |
| RILEY PLACE, LLC: | SALLY FOX |
| TED CLASRUD ASSOC. OF DELAND FL, INC: | CRAIG KELLEY |
| SARRIA ENTERPRISE, INC. ET AL: | MICHAEL KAUFMAN |
| ELFER SQUARE, INC. ET AL: | ALBERTO GOMEZ |
| INLAND SOUTHSIDE COUNTRYSIDE: | R. SCOTT SHUKER |
| TA/WESTERN LLC: | KAREN SPECIE |
| SELMA HIGHWAY 80 VENTURE II JOINT VENTURE: | NINA LAFLEUR |
| EVANGELINE LIFE INSURANCE CO: | WAYNE SINGLETARY |
| HERITAGE PROPERTY INV. TRUST: | MICHAEL SCHMAHL |
| WAREHOUSE HOLDINGS: | PRO SE |
| DANIEL KAMIN: | SARA LORBER |

RULING: Denied/Sustained/Cont'd.
Ord/Signed