Hearing Date:  **January 10, 2007, 9:30 a.m.**
Response Deadline:  **December 30, 2006, 4:00 p.m.**

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>,

Debtors.[1]

)
)
)
)
)

Case No. 05-03817-3F1

*Chapter 11*

Jointly Administered

## DEBTORS' OBJECTION TO IRS TAX CLAIMS AND
## MOTION FOR ORDER (i) DETERMINING TAX LIABILITIES
## AND (ii) REQUIRING THE IRS TO ISSUE TAX REFUNDS

Pursuant to 11 U.S.C. §§ 105, 502, 505 and 506, Rule 3007, 7004 and 9014,

Federal Rules of Bankruptcy Procedure and Rule 3007-1 of the Local Rules of

Bankruptcy Procedure, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and

affiliates (collectively, the "Debtors"), file this (i) objection to the proofs of claim filed by

the Internal Revenue Service (the "IRS") (the "Objection")[2] and (ii) motion for an order

of the Court (a) determining the Debtors' liabilities to the IRS, and (b) requiring the IRS

to issue the Debtors the tax refunds to which they are entitled (collectively, the

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]    By Order dated September 1, 2005, this Court approved notice and service procedures for omnibus claim objections (the "Claim Objection Procedures Order").  This Objection is filed pursuant to the Claim Objection Procedures Order.

"Objection and Motion"). In support of this Objection and Motion, the Debtors respectfully represent as follows:

## Background

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and Bankruptcy Code Section 505.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      The statutory predicates for the relief requested are Bankruptcy Code sections 502, 505 and 506, supported by Rule 3007, 7004 and 9014, Federal Rules of Bankruptcy Procedure.

3.       By order dated April 28, 2005 (the "Claims Bar Date Order"), this Court set August 1, 2005 as the last date for all parties who have prepetition claims against the Debtors to file and serve a proof of claim as is defined in Bankruptcy Code section 101(5).  The bar date applicable to governmental entities was August 22, 2005.

4.      The Debtors' notice agent, Logan & Company, provided notice of the bar date by mailing a notice approved by the Court (the "Bar Date Notice") and a proof of claim form in accordance with the Claims Bar Date Order and the Bar Date Notice.

5.      The IRS filed 78 proofs of claim in these cases, 29 of which have been disallowed by prior orders of the Court.  The proofs of claim identified (i) on Exhibit A have been amended and superseded by claims subsequently filed by the IRS (the Debtors have identified on Exhibit A the filed claim that supersedes the prior claim), (ii) on Exhibit B are duplicative of all or a part of the liability set forth in other claims filed by the IRS against the Debtors, and (iii) on Exhibit C are allegedly administrative and as

such, are properly asserted by motion rather than by proof of claim. The remaining claim of the IRS, proof of claim number 13607, is in the amount of $88,832.314.98, $52,062,369.53 of which is alleged to be secured (the "IRS Claim").

6.    The Debtors have been in negotiations with the IRS regarding their tax liabilities for the 2000 through 2004 tax years. Based upon their discussions, the Debtors and the IRS have agreed, subject to notice and hearing, that (i) the IRS is owed an additional $8,786,660 for the 2000 tax year, (ii) the IRS owes the Debtors a refund of $1,273,443 for the 2001 tax year, and (iii) the IRS owes the Debtors a refund of $91,504 for the 2002 tax year. The Debtors and the IRS have not yet reached an agreement regarding the Debtors' tax liabilities for the 2003, 2004 and 2005 tax years. The Debtors submit, however, that they overpaid the IRS in 2003 by $1,905,516, and that they owe the IRS no additional monies for the 2004 tax year. Further, based upon net losses incurred in the 2004 and 2005 tax years, the Debtors are entitled to refunds in the amount of $6,293,764 for the 1994 tax year, $5,454,892 for the 1995 tax year, $161,155 for the 2002 tax year and $27,633,986 for the 2003 tax year. The Debtors are also owed $397,230 for a 2005 fuel tax credit. The Debtors requested these refunds from the IRS on June 26, 2006. The IRS has had more than 120 days to consider the requests and, in violation of the automatic stay, refuses to issue the Debtors any refund.

## Relief Requested

7.    By this Objection and Motion, the Debtors seek entry of an order pursuant to Bankruptcy Code sections 502, 505 and 506 and Fed. R. Bankr. P. 3007, 7014 and 9014, (a) sustaining the Objection and disallowing the tax claims identified on Exhibits

A, B and C, (b) determining the Debtors' tax liabilities for the tax years 2000 through 2005, (c) reducing and allowing the IRS Claim as a secured tax claim in the total amount of $8,786,660, and (d) requiring the IRS to refund to the Debtors the total amount of $ 43,211,940.

8.      This Court is authorized to determine the correct amount of the IRS Claim and the Debtors' tax liabilities for the tax years 2000 through 2005, as well as the Debtors right to a refund, under Bankruptcy Code Section 505, which provides, in relevant part:

> Except as provided in paragraph (2) of this subsection, the court may determine the amount or legality of any tax, any fine or penalty relating to a tax, or any addition to tax, whether or not previously assessed, whether or not paid, and whether or not contested before and adjudicated by a judicial or administrative tribunal of competent jurisdiction.

9.      There are only two exceptions to Section 505(a)(1)'s broad grant of authority to determine tax liabilities.  The first exception prevents the court from re-adjudicating tax claims that were already contested and finally adjudicated in a court of competent jurisdiction prior to the commencement of the case. 11 U.S.C. § 505(a)(2)(A). Although the Debtors have contested a number of the liabilities asserted by the IRS Claim, none of the disputes have been finally adjudicated.

10.      The second exception provides that where a trustee or debtor-in-possession seeks a partial refund of paid taxes, the debtor must first request the refund from the taxing authorities and grant them up to 120 days to review the request.  11 U.S.C. §

505(a)(2)(B).  The Debtors requested a refund from the IRS on June 26, 2006.  The IRS has had in excess of 120 days to consider the Debtors' request.

11.     The IRS' refusal to issue the Debtors tax refunds to which they are entitled is a violation of the automatic stay provided by Bankruptcy Code Section 362.  *See, e.g. U. S. v. Reynolds*, 764 F.2d 1004 (4th Cir. 1985) (IRS violated automatic stay  by retaining refunds).

## Responses To Objections

12.     Pursuant to the Claim Objection Procedures Order, to contest the relief requested in this Objection and Motion, the IRS must file a response (a "Response") with the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division no later than December 30, 2006, at 4:00 p.m. (Eastern Time) (the "Response Deadline").  In addition, a copy of the Response must be served on the following on or before the Response Deadline:   Cynthia C. Jackson, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, (904) 359-7708 (facsimile), cjackson@smithhulsey.com.

13.     If the IRS fails to file and serve a timely Response in compliance with the foregoing procedures, the Debtors will present to the Bankruptcy Court an appropriate order with respect to the Tax Claims without further notice.

## Reservation of Rights

14.     The Debtors expressly reserve the right to amend, modify or supplement this Objection and to file additional objections to the Tax Claims or any other claim which may be asserted against the Debtors.  Should one or more of the grounds of objection stated in this Objection be dismissed, the Debtors reserve their right to object

on other stated grounds or on any other grounds that the Debtors discover during the pendency of these cases.  In addition, the Debtors reserve the right to seek further reduction of the IRS Claim to the extent that such claim has been paid.

WHEREFORE, the Debtors respectfully request that the Court enter an order substantially in the form attached as Exhibit D (i) sustaining the Objection and disallowing the claims set forth on Exhibits A, B and C; (ii) determining the Debtors' tax liabilities for the tax years 2000 through 2005, (iii) reducing and allowing the IRS Claim as a secured tax claim in the amount of $8,786,660; (iv) requiring the IRS to issue the Debtors refunds in the aggregate amount of $43,211,940; and (vi) granting such other and further relief as is just and proper.

Dated: December 1, 2006

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By____*s/ D. J. Baker*_____
        D. J. Baker
        Sally McDonald Henry
        Rosalie Walker Gray

Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Counsel for Debtors

SMITH HULSEY & BUSEY

By____*s/ Cynthia C. Jackson*_____
        Stephen D. Busey
        James H. Post
        Cynthia C. Jackson, F.B.N. 498882

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

00527640.20

**<u>EXHIBIT A</u>**

WINN-DIXIE STORES, INC., ET AL.
OBJECTION TO IRS CLAIMS
EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 397259<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE, FL 32202-4437<br><br>Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | 13607 | $88,832,314.98<br>**WINN-DIXIE STORES, INC.** | 12501 | $83,964,517.11 | AMENDED BY CLAIMS LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 397259<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE, FL 32202-4437<br><br>Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | 13600 | $87,906,032.42<br>**TABLE SUPPLY FOOD STORES CO., INC.** | 12502 | $81,820,139.42 | AMENDED BY CLAIMS LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 397259<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE, FL 32202-4437<br><br>Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | 13606 | $87,908,114.73<br>**ASTOR PRODUCTS, INC.** | 12503 | $81,822,221.73 | AMENDED BY CLAIMS LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 397259<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE, FL 32202-4437<br><br>Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | 13599 | $87,906,032.42<br>**CRACKIN' GOOD, INC.** | 12504 | $81,820,139.42 | AMENDED BY CLAIMS LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
OBJECTION TO IRS CLAIMS
EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 397259<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE, FL 32202-4437<br><br>Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | 13598 | $87,906,032.42<br>**DEEP SOUTH DISTRIBUTORS, INC.** | 12505 | $81,820,139.42 | AMENDED BY CLAIMS LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 397259<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE, FL 32202-4437<br><br>Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | 13608 | $87,909,382.17<br>**DEEP SOUTH PRODUCTS, INC.** | 12506 | $81,823,489.17 | AMENDED BY CLAIMS LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 397259<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE, FL 32202-4437<br><br>Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | 13597 | $87,906,032.42<br>**DIXIE DARLING BAKERS, INC.** | 12507 | $81,820,139.42 | AMENDED BY CLAIMS LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 397259<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE, FL 32202-4437<br><br>Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | 13596 | $87,906,032.42<br>**DIXIE-HOME STORES, INC.** | 12508 | $81,820,139.42 | AMENDED BY CLAIMS LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
OBJECTION TO IRS CLAIMS
EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 397259<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE, FL 32202-4437<br><br>Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | 13595 | $87,906,032.42<br>**DIXIE PACKERS, INC.** | 12509 | $81,820,139.42 | AMENDED BY CLAIMS LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 397259<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE, FL 32202-4437<br><br>Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | 13594 | $87,906,032.42<br>**DIXIE SPIRITS, INC.** | 12510 | $81,820,139.42 | AMENDED BY CLAIMS LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 397259<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE, FL 32202-4437<br><br>Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | 13593 | $87,906,032.42<br>**ECONOMY WHOLESALE DISTRIBUTORS, INC.** | 12511 | $81,820,139.42 | AMENDED BY CLAIMS LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 397259<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE, FL 32202-4437<br><br>Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | 13601 | $87,906,032.42<br>**FOODWAY STORES, INC.** | 12512 | $81,820,140.42 | AMENDED BY CLAIMS LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
OBJECTION TO IRS CLAIMS
EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 397259 INTERNAL REVENUE SERVICE DEPARTMENT OF THE TREASURY ATTN T BLAND, SBSE CS INSOLVENCY STOP 5730, GROUP 4, TERRITORY 5 400 WEST BAY STREET, SUITE 35045 JACKSONVILLE, FL 32202-4437 | 13589 | $87,906,032.42 **SUPERIOR FOOD COMPANY** | 12513 | $81,820,139.42 | AMENDED BY CLAIMS LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | | | | | |
| **Creditor Id:** 397259 INTERNAL REVENUE SERVICE DEPARTMENT OF THE TREASURY ATTN T BLAND, SBSE CS INSOLVENCY STOP 5730, GROUP 4, TERRITORY 5 400 WEST BAY STREET, SUITE 35045 JACKSONVILLE, FL 32202-4437 | 13592 | $87,906,032.42 **KWIK CHEK SUPERMARKETS, INC.** | 12514 | $81,820,139.42 | AMENDED BY CLAIMS LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | | | | | |
| **Creditor Id:** 397259 INTERNAL REVENUE SERVICE DEPARTMENT OF THE TREASURY ATTN T BLAND, SBSE CS INSOLVENCY STOP 5730, GROUP 4, TERRITORY 5 400 WEST BAY STREET, SUITE 35045 JACKSONVILLE, FL 32202-4437 | 13591 | $87,906,032.42 **SUNBELT PRODUCTS, INC.** | 12515 | $81,820,139.42 | AMENDED BY CLAIMS LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | | | | | |
| **Creditor Id:** 397259 INTERNAL REVENUE SERVICE DEPARTMENT OF THE TREASURY ATTN T BLAND, SBSE CS INSOLVENCY STOP 5730, GROUP 4, TERRITORY 5 400 WEST BAY STREET, SUITE 35045 JACKSONVILLE, FL 32202-4437 | 13590 | $87,906,032.42 **SUNDOWN SALES, INC.** | 12516 | $81,820,139.42 | AMENDED BY CLAIMS LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | | | | | |

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 397259<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE, FL 32202-4437<br><br>Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | 13588 | $87,906,032.42<br>**WD BRAND PRESTIGE STEAKS, INC.** | 12517 | $81,820,139.42 | AMENDED BY CLAIMS LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 397259<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE, FL 32202-4437<br><br>Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | 13587 | $87,906,032.42<br>**WINN-DIXIE HANDYMAN, INC.** | 12518 | $81,820,139.42 | AMENDED BY CLAIMS LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 397259<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE, FL 32202-4437<br><br>Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | 13602 | $89,648,400.85<br>**WINN-DIXIE LOGISTICS, INC.** | 12519 | $83,562,507.85 | AMENDED BY CLAIMS LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 397259<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE, FL 32202-4437<br><br>Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | 13603 | $88,501,798.40<br>**WINN-DIXIE MONTGOMERY, INC.** | 12520 | $83,457,263.41 | AMENDED BY CLAIMS LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
OBJECTION TO IRS CLAIMS
EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 397259<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE,  FL  32202-4437 | 13605 | $88,020,499.69<br>**WINN-DIXIE PROCUREMENT, INC.** | 12521 | $81,934,606.69 | AMENDED BY CLAIMS LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | | | | | |
| **Creditor Id:** 397259<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE,  FL  32202-4437 | 13604 | $88,588,467.25<br>**WINN-DIXIE RALEIGH, INC.** | 12522 | $82,502,574.25 | AMENDED BY CLAIMS LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | | | | | |
| **Creditor Id:** 397259<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE,  FL  32202-4437 | 13586 | $87,906,032.42<br>**WINN-DIXIE SUPERMARKETS, INC.** | 12523 | $81,820,139.42 | AMENDED BY CLAIMS LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | | | | | |

**Total Claims to be Disallowed:** 23

**Total Amount to be Disallowed:** $1,888,189,411.93     **Plus Unliquidated Amounts, If Any**

**<u>EXHIBIT B</u>**

WINN-DIXIE STORES, INC., ET AL.
OBJECTION TO IRS CLAIMS
EXHIBIT B - DUPLICATE LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 397259 INTERNAL REVENUE SERVICE DEPARTMENT OF THE TREASURY ATTN T BLAND, SBSE CS INSOLVENCY STOP 5730, GROUP 4, TERRITORY 5 400 WEST BAY STREET, SUITE 35045 JACKSONVILLE,  FL  32202-4437 | 13607 **Debtor:** | 13586 **WINN-DIXIE SUPERMARKETS, INC.** | $87,906,032.42 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | | | | |
| **Creditor Id:** 397259 INTERNAL REVENUE SERVICE DEPARTMENT OF THE TREASURY ATTN T BLAND, SBSE CS INSOLVENCY STOP 5730, GROUP 4, TERRITORY 5 400 WEST BAY STREET, SUITE 35045 JACKSONVILLE,  FL  32202-4437 | 13607 **Debtor:** | 13587 **WINN-DIXIE HANDYMAN, INC.** | $87,906,032.42 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | | | | |
| **Creditor Id:** 397259 INTERNAL REVENUE SERVICE DEPARTMENT OF THE TREASURY ATTN T BLAND, SBSE CS INSOLVENCY STOP 5730, GROUP 4, TERRITORY 5 400 WEST BAY STREET, SUITE 35045 JACKSONVILLE,  FL  32202-4437 | 13607 **Debtor:** | 13588 **WD BRAND PRESTIGE STEAKS, INC.** | $87,906,032.42 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | | | | |
| **Creditor Id:** 397259 INTERNAL REVENUE SERVICE DEPARTMENT OF THE TREASURY ATTN T BLAND, SBSE CS INSOLVENCY STOP 5730, GROUP 4, TERRITORY 5 400 WEST BAY STREET, SUITE 35045 JACKSONVILLE,  FL  32202-4437 | 13607 **Debtor:** | 13589 **SUPERIOR FOOD COMPANY** | $87,906,032.42 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | | | | |

WINN-DIXIE STORES, INC., ET AL.
OBJECTION TO IRS CLAIMS
EXHIBIT B - DUPLICATE LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 397259<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE, FL 32202-4437 | 13607<br>**Debtor:** | 13590<br>**SUNDOWN SALES, INC.** | $87,906,032.42 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | | | | |
| **Creditor Id:** 397259<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE, FL 32202-4437 | 13607<br>**Debtor:** | 13591<br>**SUNBELT PRODUCTS, INC.** | $87,906,032.42 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | | | | |
| **Creditor Id:** 397259<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE, FL 32202-4437 | 13607<br>**Debtor:** | 13592<br>**KWIK CHEK SUPERMARKETS, INC.** | $87,906,032.42 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | | | | |
| **Creditor Id:** 397259<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE, FL 32202-4437 | 13607<br>**Debtor:** | 13593<br>**ECONOMY WHOLESALE DISTRIBUTORS, INC.** | $87,906,032.42 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | | | | |

WINN-DIXIE STORES, INC., ET AL.
OBJECTION TO IRS CLAIMS
EXHIBIT B - DUPLICATE LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 397259<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE, FL 32202-4437<br><br>Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | 13607 | 13594<br>**Debtor:** **DIXIE SPIRITS, INC.** | $87,906,032.42 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 397259<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE, FL 32202-4437<br><br>Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | 13607 | 13595<br>**Debtor:** **DIXIE PACKERS, INC.** | $87,906,032.42 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 397259<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE, FL 32202-4437<br><br>Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | 13607 | 13596<br>**Debtor:** **DIXIE-HOME STORES, INC.** | $87,906,032.42 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 397259<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE, FL 32202-4437<br><br>Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | 13607 | 13597<br>**Debtor:** **DIXIE DARLING BAKERS, INC.** | $87,906,032.42 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
OBJECTION TO IRS CLAIMS
EXHIBIT B - DUPLICATE LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id:  397259<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE,  FL  32202-4437 | 13607<br>Debtor: | 13598<br>**DEEP SOUTH DISTRIBUTORS, INC.** | $87,906,032.42 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | | | | |
| Creditor Id:  397259<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE,  FL  32202-4437 | 13607<br>Debtor: | 13599<br>**CRACKIN' GOOD, INC.** | $87,906,032.42 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | | | | |
| Creditor Id:  397259<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE,  FL  32202-4437 | 13607<br>Debtor: | 13600<br>**TABLE SUPPLY FOOD STORES CO., INC.** | $87,906,032.42 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | | | | |
| Creditor Id:  397259<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE,  FL  32202-4437 | 13607<br>Debtor: | 13601<br>**FOODWAY STORES, INC.** | $87,906,032.42 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | | | | |

WINN-DIXIE STORES, INC., ET AL.
OBJECTION TO IRS CLAIMS
EXHIBIT B - DUPLICATE LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 397259 INTERNAL REVENUE SERVICE DEPARTMENT OF THE TREASURY ATTN T BLAND, SBSE CS INSOLVENCY STOP 5730, GROUP 4, TERRITORY 5 400 WEST BAY STREET, SUITE 35045 JACKSONVILLE, FL 32202-4437 | 13607 **Debtor:** | 13602 **WINN-DIXIE LOGISTICS, INC.** | $89,648,400.85 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | | | | |
| **Creditor Id:** 397259 INTERNAL REVENUE SERVICE DEPARTMENT OF THE TREASURY ATTN T BLAND, SBSE CS INSOLVENCY STOP 5730, GROUP 4, TERRITORY 5 400 WEST BAY STREET, SUITE 35045 JACKSONVILLE, FL 32202-4437 | 13607 **Debtor:** | 13603 **WINN-DIXIE MONTGOMERY, INC.** | $88,501,798.40 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | | | | |
| **Creditor Id:** 397259 INTERNAL REVENUE SERVICE DEPARTMENT OF THE TREASURY ATTN T BLAND, SBSE CS INSOLVENCY STOP 5730, GROUP 4, TERRITORY 5 400 WEST BAY STREET, SUITE 35045 JACKSONVILLE, FL 32202-4437 | 13607 **Debtor:** | 13604 **WINN-DIXIE RALEIGH, INC.** | $88,588,467.25 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | | | | |
| **Creditor Id:** 397259 INTERNAL REVENUE SERVICE DEPARTMENT OF THE TREASURY ATTN T BLAND, SBSE CS INSOLVENCY STOP 5730, GROUP 4, TERRITORY 5 400 WEST BAY STREET, SUITE 35045 JACKSONVILLE, FL 32202-4437 | 13607 **Debtor:** | 13605 **WINN-DIXIE PROCUREMENT, INC.** | $88,020,499.69 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | | | | |

WINN-DIXIE STORES, INC., ET AL.
OBJECTION TO IRS CLAIMS
EXHIBIT B - DUPLICATE LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 397259<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE, FL 32202-4437 | 13607<br>**Debtor:** | 13606<br>**ASTOR PRODUCTS, INC.** | $87,908,114.73 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | | | | |
| **Creditor Id:** 397259<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE, FL 32202-4437 | 13607<br>**Debtor:** | 13608<br>**DEEP SOUTH PRODUCTS, INC.** | $87,909,382.17 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | | | | |
| **Total Claims to be Disallowed:** | **22** | | | |
| **Total Amount to be Disallowed:** | **$1,937,073,181.81** | **Plus Unliquidated Amounts, If Any** | | |

**EXHIBIT C**

**WINN-DIXIE STORES, INC., ET AL.**
**OBJECTION TO IRS CLAIMS**
**EXHIBIT C - ADMINISTRATIVE CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 397259<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE,  FL  32202-4437 | 13577<br>**Debtor:** | $1,346,773.92<br>**WINN-DIXIE STORES, INC.** | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.  CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | | | |
| **Creditor Id:** 397259<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE,  FL  32202-4437 | 13578<br>**Debtor:** | $144,828.16<br>**WINN-DIXIE MONTGOMERY, INC.** | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.  CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | | | |
| **Creditor Id:** 397259<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE,  FL  32202-4437 | 13579<br>**Debtor:** | $794,238.74<br>**WINN-DIXIE PROCUREMENT, INC.** | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.  CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | | | |

**Total Claims to be Disallowed:**      3

**Total Amount to be Disallowed:**      $2,285,840.82      **Plus Unliquidated Amounts, If Any**