**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>, | ) *Chapter 11* |
| | ) |
| Debtors. [1] | ) Jointly Administered |
| | ) |

**NOTICE OF HEARING ON AGREED ORDER REGARDING CLAIM NO. 6763 FILED BY THE TRUST UNDER THE WILL OF EDNA HILL MEEKER FOR THE <u>LIFETIME BENEFIT OF L. H. MEEKER</u>**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **December 14, 2006 at 1:00 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the attached Agreed Order Regarding Claim No. 6763 Filed by the Trust Under the Will of Edna Hill Meeker for the Lifetime Benefit of L. H. Meeker.

Only objections filed with the Court so as to be received by **December 11, 2006** and served on D. J. Baker at djbaker@skadden.com, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, will be considered by the Bankruptcy Court at the hearing.

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: December 1, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By    *s/ D. J. Baker* | By    *s/ James H. Post* |
| D. J. Baker | Stephen D. Busey |
| Rosalie Walker Gray | James H. Post |
| Jane M. Leamy | Cynthia C. Jackson, |
| David M. Turetsky | Florida Bar Number 175460 |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida  32202 |
| (212) 735-3000 | (904) 359-7700 |
| (212) 735-2000 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | jpost@smithhulsey.com |
| Co-Counsel for the Debtors | Co-Counsel for the Debtors |

**Exhibit A**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                    ) Case No. 05-03817-3F1
                                                          )
WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>,            ) *Chapter 11*
                                                          )
Debtors.                                                  ) Jointly Administered
                                                          )

**AGREED ORDER REGARDING CLAIM NO. 6763 FILED BY THE TRUST**
**UNDER THE WILL OF EDNA HILL MEEKER FOR**
<u>**THE LIFETIME BENEFIT OF L. H. MEEKER**</u>

THIS CAUSE is before the Court upon (a) the Debtors' Twenty-Fourth Omnibus

Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Overstated

Claims, (D) Overstated Misclassified Claims, (E) Misclassified Claims, (F) Duplicate Liability

Claims and (G) Amended and Superseded Claims (the "Objection") filed at Docket No. 11946 by

Winn-Dixie Stores, Inc. and its twenty-three debtor subsidiaries (the "Debtors") as it pertains to

Claim No. 6763 filed by the Trust Under the Will of Edna Hill Meeker for the Lifetime Benefit of

L. H. Meeker (the "Trust") and (b) the Response of the Trust Under the Will of Edna Hill Meeker

for the Lifetime Benefit of L. H. Meeker to the Debtors' Twenty-Fourth Omnibus Objection to

(A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Overstated Claims, (D)

Overstated Misclassified Claims, (E) Misclassified Claims, (F) Duplicate Liability Claims and (G)

Amended and Superseded Claims (the "Response") filed by the Trust at Docket No. 12251.

Based upon the representation by the Debtors' and the Trust's counsel that the Agreed Order

reflects a resolution between the parties of the issues raised in the Objection and the Response, it

is

ORDERED AND ADJUDGED:

1.      The Objection (as it pertains to Claim No. 6763) and the Response are resolved as set forth below.

2.      Claim No. 6763 filed by the Trust is allowed as an unsecured non-priority claim in the amount of $342,500.00.

3.      Within five (5) business days of entry of this Agreed Order, the Trust shall file with the 17th Judicial District Court, Tarrant County, Texas a Motion to Dismiss With Prejudice dismissing Case No. 017 203193 03 styled <u>The Trust Under the Will of Edna Hill Meeker for the Lifetime Benefit of L. H. Meeker v. Winn-Dixie Louisiana, Inc.</u> (the "Litigation").

4.      This Agreed Order resolves all liabilities and obligations related to (i) any and all proofs of claim and administrative expense claims filed by the Trust in these Chapter 11 cases and (ii) all other pre-petition or pre-confirmation claims, whether known or unknown, the Trust has or may have against the Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released, including but not limited to any claims related to the Litigation.

        Dated this _____ day of _____, 2006, in Jacksonville, Florida.

_____

Jerry A. Funk
United States Bankruptcy Judge

### Consent

The undersigned parties consent to entry of the foregoing order.

SMITH HULSEY & BUSEY.                          RAY & WILSON

By  *s/ James H. Post*                          By  *s/ Donald H. Ray**
     James H. Post, Esq.                            Donald H. Ray, Esq.

Florida Bar Number 175460                       Texas Bar Number 16598000
225 Water Street, Suite 1800                    6300 Ridglea Place, Suite 1008
Jacksonville, Florida 32202                     Fort Worth, Texas  76116
(904) 359-7700                                  (817) 377-0500
(904) 359-7708 (facsimile)                      (817) 377-1232 (facsimile)

-and-                                           Counsel for the Trust Under the Will of
                                                Edna Hill Meeker for the Lifetime Benefit
SKADDEN, ARPS, SLATE, MEAGHER                   of L. H. Meeker
& FLOM LLP

D. J. Baker
Rosalie Walker Gray
Jane M. Leamy
David M. Turetsky
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for the Debtors

* Counsel has authorized the use of his electronic signature.