

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
November 30, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Objection to Late Filed and Disputed Ad Valorem Claims and Motion to Allow Remaining Claims Subject to Setoff filed by Debtors (12276)

Response filed by City of Norfolk Treasurer (12343)   ⟩ Cont'd.
                                                       ⟩ Obj.

Response filed by Taylor County Tax Collector (12766)

47 ad val. clms.

The Debtors will continue the Objection as to the responses filed by the City of Norfolk Treasure and the Taylor County Tax Collector. The Debtors will proceed with the Objection as to all other remaining claims.

APPEARANCES:
US TRUSTEE:                                ELENA ESCAMILLA
UNSEC. CRED:                               JOHN B. MACDONALD/PATRICK PATANGAN
                                           MATTHEW S. BARR
CITY OF NORFOLK TREASURER:                 CHARLES PRENTACE
TAYLOR COUNTY TAX COLLECTOR:               BRIAN HANLON

RULING: Granted as to 45 / Cont'd. as to 2 above
Ord / Signed