UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 05-03817-3FI |
| WINN-DIXIE STORES, INC., *et al.* ) | |
| ) | *Chapter 11* |
| Debtors.[1] ) | |
| ) | Jointly Administered |

**NOTICE OF WITHDRAWAL OF RESPONSE TO
TWENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS**

AlecAshton Richmond, LLC and Compass Capital, Richmond, LLC (formerly USC Richmond, LLC) ("Landlord, Store No. 1675"), through counsel, hereby withdraw the Response of AlecAshton Richmond, LLC *et al.* to Twenty-Fourth Omnibus Objection to Claims filed November 3, 2006 as Docket No. 12376 which is scheduled for hearing on December 14, 2006 at 1:00 p.m. in Jacksonville, Florida.

        Respectfully submitted,

        WYATT, TARRANT & COMBS, LLP

        /s/ Mary L. Fullington
        Mary L. Fullington (KY 85335)
        250 West Main Street, Suite 1600
        Lexington, Kentucky  40507-1746
        Telephone:  (859) 233-2012
        Facsimile:   (859) 259-0649
        Email:  Lexbankruptcy@wyattfirm.com

        COUNSEL FOR ALECASHTON RICHMOND, LLC
        AND COMPASS CAPITAL, RICHMOND, LLC

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in the jointly administered cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn Dixie Supermarkets, Inc.

2

**CERTIFICATE OF SERVICE**

   The undersigned certifies that on the 1st day of December, 2006, a true and correct copy of the foregoing Notice of Withdrawal of Response to Twenty-Fourth Omnibus Objection to Claims was served upon all parties listed below by electronic and/or first-class, postage prepaid U.S. mail.

David J. Baker
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

                 /s/ Mary L. Fullington
                 Mary L. Fullington

30433396.1