**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors[1]. | ) | Jointly Administered |

**ORDER DISALLOWING (i) LATE FILED**
**AND DISPUTED AD VALOREM TAX CLAIMS AND**
**(ii) ALLOWING REMAINING TAX CLAIMS SUBJECT TO SETOFF**

These cases came before the Court for hearing on November 30, 2006, upon the Debtor's objection to Ad Valorem Tax Claims (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"), to the proofs of claim listed on Exhibits A, B and C (the "Disputed Claims") attached to the Objection and the motion to allow the claims listed on Exhibit D attached to the Objection, subject to offset (the "Remaining Claims"). Two responses to the Objection were filed (collectively, the "Unresolved Responses"), as a result of which the Debtors have agreed to continue the Objection with respect to the claims listed on Exhibit 1, which claims have been removed from Exhibits A through C. Upon consideration, it is

ORDERED AND ADJUDGED:

1.     The Objection is sustained.

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2.    The Disputed Claims listed on Exhibits A, B and C are disallowed in their entirety.

3.    The Remaining Claims listed on Exhibit D are allowed subject to the Debtors' right to offset against such claims overpayments made to such taxing authority for previous years.

4.    Each claim and objection by the Debtors addressed by the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order.

5.    Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any action against any of the claimants.

6.    This Order is without prejudice to the Debtors right to file any further objection to the Disputed Claims or the Remaining Claims.

Dated this _30_ day of November, 2006, in Jacksonville, Florida.


Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

00548159

**EXHIBIT 1**

**WINN-DIXIE STORES, INC., ET AL.**
AD VALOREM TAX CLAIMS OBJECTION
EXHIBIT 1 - ADJOURNED CLAIMS

Page 1 of 1
11/29/2006

| Creditor Name | Claim No. | Exhibit |
|---|---|---|
| CITY OF NORFOLK, VA | 13234 | EXHIBIT B |
| COUNTY OF TAYLOR | 13474 | EXHIBIT B |
| Total Claims: | 2 | |

**EXHIBIT A**

WINN-DIXIE STORES, INC., ET AL.
AD VALOREM TAX CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE DISALLOWED AS COURT
HAS DETERMINED TAX LIABILITY IN PRIOR ORDER

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:  246140**<br>CITY OF ROCKY MOUNT, NC<br>ATTN AUDREY FRIEDRICH, COLL DIV<br>PO BOX 1180<br>ROCKY MOUNT, NC  27802-1180 | 147<br>Debtor:  **WINN-DIXIE STORES, INC.** | $1,912.73 | DISALLOW.  FAILED TO RESPOND TO SECOND OBJECTION PAGE 4 OF EXH B |
| **Creditor Id:  242972**<br>COUNTY OF BALDWIN TAX COLLECTOR<br>ATTN A HOLLINGWORTH/C SETTLE<br>121 NORTH WILKINSON STREET, STE 112<br>MILLEDGEVILLE  GA  31061 | 13270<br>Debtor:  **WINN-DIXIE STORES, INC.** | $15,666.26 | LATE-FILED CLAIM.  LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS TAX OBJECTION ORDER. |
| **Creditor Id:  452496**<br>COUNTY OF CHEROKEE TAX COMMISSION<br>ATTN SONYA LITTLE<br>100 NORTH STREET, SUITE 131<br>CANTON  GA  30114 | 13318<br>Debtor:  **WINN-DIXIE STORES, INC.** | $16,885.24 | LATE-FILED CLAIM.  LIABILITY ALREADY DETERMINED BY 7/27/06 THIRD OMNIBUS TAX OBJECTION ORDER. |
| **Creditor Id:  534407**<br>COUNTY OF DARLINGTON<br>ATTN MAE HELEN BURCH, SR TAX CLERK<br>1 PUBLIC SQUARE, ROOM 207<br>DARLINGTON  SC  29532-3213 | 13439<br>Debtor:  **WINN-DIXIE STORES, INC.** | $10,287.64 | LATE-FILED CLAIM.  TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS TAX OBJECTION ORDER. |
| **Creditor Id:  492846**<br>COUNTY OF EVANS, GA<br>TAX COMMISSION<br>ATTN WANDAL MOSELEY, TC<br>PO BOX 685<br>CLAXTON  GA  30417 | 13356<br>Debtor:  **WINN-DIXIE STORES, INC.** | $14,086.28 | LATE-FILED CLAIM.  TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS TAX OBJECTION ORDER. |
| **Creditor Id:  318691**<br>COUNTY OF GREENVILLE TAX COLLECTOR<br>ATTN THERESA RICH<br>301 UNIVERSITY RIDGE, SUITE 700<br>GREENVILLE  SC  29601 | 13564<br>Debtor:  **WINN-DIXIE STORES, INC.** | $80,078.12 | LATE-FILED CLAIM.  DUPLICATES TAX LIABILITY DETERMINED BY 6/15/06 SECOND OMNIBUS TAX OBJECTION IN CONNECTION WITH CLAIM NUMBER 12927. |
| **Creditor Id:  492851**<br>COUNTY OF MITCHELL, GA<br>ATTN JACKIE B BATCHELOR, TAX COMM<br>PO BOX 373<br>CAMILLA  GA  31730 | 13360<br>Debtor:  **WINN-DIXIE STORES, INC.** | $10,951.20 | LATE-FILED CLAIM.  TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS TAX OBJECTION ORDER. |

WINN-DIXIE STORES, INC., ET AL.
AD VALOREM TAX CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE DISALLOWED AS COURT
HAS DETERMINED TAX LIABILITY IN PRIOR ORDER

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id:  266592<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY  AL  36104-4209 | 13338<br>Debtor:   WINN-DIXIE STORES, INC. | $2,096.22 | LATE-FILED CLAIM.  TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS<br>TAX OBJECTION ORDER. |
| Creditor Id:  266592<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY  AL  36104-4209 | 13339<br>Debtor:   WINN-DIXIE STORES, INC. | $2,085.18 | LATE-FILED CLAIM.  TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS<br>TAX OBJECTION ORDER. |
| Creditor Id:  266592<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY  AL  36104-4209 | 13340<br>Debtor:   WINN-DIXIE STORES, INC. | $3,220.92 | LATE-FILED CLAIM.  TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS<br>TAX OBJECTION ORDER. |
| Creditor Id:  266592<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY  AL  36104-4209 | 13341<br>Debtor:   WINN-DIXIE STORES, INC. | $4,498.80 | LATE-FILED CLAIM.  TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS<br>TAX OBJECTION ORDER. |
| Creditor Id:  266592<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY  AL  36104-4209 | 13342<br>Debtor:   WINN-DIXIE STORES, INC. | $3,563.86 | LATE-FILED CLAIM.  TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS<br>TAX OBJECTION ORDER. |
| Creditor Id:  266592<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY  AL  36104-4209 | 13343<br>Debtor:   WINN-DIXIE STORES, INC. | $4,385.64 | LATE-FILED CLAIM.  TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS<br>TAX OBJECTION ORDER. |
| Creditor Id:  266592<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY  AL  36104-4209 | 13344<br>Debtor:   WINN-DIXIE STORES, INC. | $7,982.61 | LATE-FILED CLAIM.  TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS<br>TAX OBJECTION ORDER. |

WINN-DIXIE STORES, INC., ET AL.
AD VALOREM TAX CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE DISALLOWED AS COURT
HAS DETERMINED TAX LIABILITY IN PRIOR ORDER

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 266592<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY AL 36104-4209 | 13345<br>Debtor: WINN-DIXIE STORES, INC. | $2,879.37 | LATE-FILED CLAIM. TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS<br>TAX OBJECTION ORDER. |
| Creditor Id: 266592<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY AL 36104-4209 | 13346<br>Debtor: WINN-DIXIE STORES, INC. | $7,578.27 | LATE-FILED CLAIM. TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS<br>TAX OBJECTION ORDER. |
| Creditor Id: 266592<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY AL 36104-4209 | 13347<br>Debtor: WINN-DIXIE STORES, INC. | $2,293.28 | LATE-FILED CLAIM. TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS<br>TAX OBJECTION ORDER. |
| Creditor Id: 266592<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY AL 36104-4209 | 13348<br>Debtor: WINN-DIXIE STORES, INC. | $35,304.54 | LATE-FILED CLAIM. TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS<br>TAX OBJECTION ORDER. |
| Creditor Id: 266592<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY AL 36104-4209 | 13349<br>Debtor: WINN-DIXIE STORES, INC. | $79,703.97 | LATE-FILED CLAIM. TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS<br>TAX OBJECTION ORDER. |
| Creditor Id: 266592<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY AL 36104-4209 | 13350<br>Debtor: WINN-DIXIE STORES, INC. | $8,913.52 | LATE-FILED CLAIM. TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS<br>TAX OBJECTION ORDER. |
| Creditor Id: 266592<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY AL 36104-4209 | 13352<br>Debtor: WINN-DIXIE STORES, INC. | $5,466.78 | LATE-FILED CLAIM. TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS<br>TAX OBJECTION ORDER. |

WINN-DIXIE STORES, INC., ET AL.
AD VALOREM TAX CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE DISALLOWED AS COURT
HAS DETERMINED TAX LIABILITY IN PRIOR ORDER

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 260059**<br>COUNTY OF ROWAN TAX COLLECTOR<br>ATTN JANET PHILLIPS, DEPUTY TAX COL<br>402 NORTH MAIN STREET<br>SALISBURY NC 28144-4341 | 13218<br>Debtor: | $17,718.14<br>WINN-DIXIE RALEIGH, INC. | NO LIABILITY. CLAIM FILED AS ADMINISTRATIVE PRIORITY INCLUDES PREPETITION LIABILITIES LISTED IN CLAIM NUMBER 1917 ALREADY DETERMINED BY THE COURT BY 6/15/06 SECOND OMNIBUS TAX OBJECTION ORDER. AS TO POSTPETITION AMOUNTS, ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 407684**<br>COUNTY OF WALKER, AL<br>REVENUE COMMISSIONER'S OFFICE<br>ATTN JERRY GUTHRIE, REV COMM<br>1803 3RD AVENUE, SUITE 102<br>JASPER AL 35501 | 13327<br>Debtor: | $6,796.80<br>WINN-DIXIE STORES, INC. | ASSERTS POSTPETITION AMOUNTS. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. ALSO, LIABILITY DETERMINED BY 7/10/06 FOURTH OMNIBUS TAX OBJECTION ORDER. |
| **Creditor Id: 492847**<br>COUNTY OF WALTON, TAX COMM<br>ATTN PATRICIA D MALCOM, TAX COMM<br>303 E HAMMOND DRIVE, SUITE 100<br>MONROE GA 30655 | 13358<br>Debtor: | $20,873.60<br>WINN-DIXIE STORES, INC. | LATE-FILED CLAIM. TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS TAX OBJECTION ORDER. |
| **Creditor Id: 492829**<br>PARISH OF EVANGELINE, LA<br>EVANGELINE SHERIFF, 22039<br>ATTN WAYNE MOREIN<br>200 COURT STREET, SUITE 100<br>VILLE PLATTE LA 70586<br>Counsel: ATTN ANDREW KEITH DAW, ESQ | 13333<br>Debtor: | $11,335.60<br>WINN-DIXIE STORES, INC. | LATE-FILED CLAIM. TAX LIABILITY DETERMINED BY 7/10/06 FOURTH OMNIBUS TAX OBJECTION ORDER. |
| **Creditor Id: 533782**<br>PARISH OF JEFFERSON<br>C/O BUREAU OF REVENUE AND TAXATION<br>ATTN ANDREW J LEBLANC JR, DIRECTOR<br>200 DERBIGNY STREET<br>GRETNA LA 70053 | 13427<br>Debtor: | $336,372.82<br>WINN-DIXIE STORES, INC. | LATE-FILED CLAIM. TAX LIABILITY DETERMINED BY 7/10/06 FOURTH OMNIBUS TAX OBJECTION ORDER. |
| **Creditor Id: 533782**<br>PARISH OF JEFFERSON<br>C/O BUREAU OF REVENUE AND TAXATION<br>ATTN ANDREW J LEBLANC JR, DIRECTOR<br>200 DERBIGNY STREET<br>GRETNA LA 70053 | 13457<br>Debtor: | $138,767.87<br>WINN-DIXIE LOGISTICS, INC. | LATE-FILED CLAIM. TAX LIABILITY DETERMINED BY 7/10/06 FOURTH OMNIBUS TAX OBJECTION ORDER. |

WINN-DIXIE STORES, INC., ET AL.
AD VALOREM TAX CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE DISALLOWED AS COURT
HAS DETERMINED TAX LIABILITY IN PRIOR ORDER

Page: 5 of 5
Date: 10/31/2006

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 492828<br>PARISH OF ST MARTIN, LA<br>TAX COLL & EX-OFFICIO TAX COLL<br>ATTN ELAINE PERIOUX DEPUTY TAX COLL<br>PO BOX 247<br>SAINT MARTINVILLE LA 70582 | 13332<br>Debtor: | $24,406.17<br>WINN-DIXIE STORES, INC. | LATE-FILED CLAIM.  TAX LIABILITY DETERMINED BY 7/10/06 FOURTH<br>OMNIBUS TAX OBJECTION ORDER. |
| Creditor Id: 376511<br>PARISH OF ST MARY SHERIFF& TAX COLLECTOR<br>ATTN DAVID NAQUIN<br>PO BOX 571<br>FRANKLIN, LA  70538 | 13330<br>Debtor: | $28,989.69<br>WINN-DIXIE STORES, INC. | LATE-FILED CLAIM.  TAX LIABILITY DETERMINED BY 7/10/06 FOURTH<br>OMNIBUS TAX OBJECTION ORDER. |
| Creditor Id: 492852<br>PARISH OF ST TAMMANY, LA<br>SHERIFF AND TAX COLLECTOR<br>PO BOX 608<br>COVINGTON LA 70434 | 13361<br>Debtor: | $293,476.45<br>WINN-DIXIE STORES, INC. | LATE-FILED CLAIM.  TAX LIABILITY DETERMINED BY 7/10/06 FOURTH<br>OMNIBUS TAX OBJECTION ORDER. |

Total Claims to be Disallowed:        30
Total Amount to be Disallowed:    $1,198,597.57        Plus Uniliquidated Amounts, If Any

**EXHIBIT B**

WINN-DIXIE STORES, INC., ET AL.
AD VALOREM TAX CLAIMS OBJECTION
EXHIBIT B - CLAIMS TO BE DISALLOWED - TAX
LIABILITY DETERMINATION IS PENDING BEFORE THE COURT

Page: 1 of 1
Date: 11/29/2006

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 492850**<br>COUNTY OF FORREST, MS<br>ATTN DILLBERT W DEARMAN, TAX COLL<br>PO BOX 1689<br>HATTIESBURG MS 39403 | 13359<br>Debtor: | $36,385.53<br>WINN-DIXIE STORES, INC. | LATE-FILED CLAIM. DETERMINATION OF TAX LIABILITY PENDING IN FOURTH OMNIBUS TAX OBJECTION. |
| **Creditor Id: 267427**<br>COUNTY OF GASTON, NC<br>ATTN JUDY BINGHAM, DIR OF TAX COLL<br>128 W MAIN ST<br>GASTONIA NC 28052 | 13271<br>Debtor: | $27,833.19<br>WINN-DIXIE STORES, INC. | LATE-FILED CLAIM. DETERMINATION OF TAX LIABILITY PENDING IN SECOND OMNIBUS TAX OBJECTION. |
| **Creditor Id: 492827**<br>COUNTY OF NELSON, KY<br>C/O KELLEY, HITE & POTTINGER, PLLC<br>ATTN HON JOHN S KELLEY, JR ESQ<br>202 E STEPHEN FOSTER AVENUE<br>BARDSTOWN KY 40004 | 13329<br>Debtor: | $4,333.62<br>WINN-DIXIE STORES, INC. | LATE-FILED CLAIM. DETERMINATION OF  TAX LIABILITY PENDING IN FIRST OMNIBUS TAX OBJECTION. |
| **Creditor Id: 247087**<br>COUNTY OF ROANOKE, VA<br>ATTN F KEVIN HUTCHINS, TREASURER<br>PO BOX 21009<br>ROANOKE VA 24018-0533 | 13039<br>Debtor: | $6,784.75<br>WINN-DIXIE RALEIGH, INC. | LATE-FILED CLAIM. DETERMINATION OF TAX LIABILITY PENDING IN FIRST OMNIBUS TAX OBJECTION. |
| **Total Claims to be Disallowed:**<br>**Total Amount to be Disallowed:** | 4<br>$75,337.09 | Plus Unliquidated Amounts, If Any | |

**EXHIBIT C**

WINN-DIXIE STORES, INC., ET AL.
AD VALOREM TAX CLAIMS OBJECTION
EXHIBIT C - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:  318691**<br>COUNTY OF GREENVILLE TAX COLLECTOR<br>ATTN THERESA RICH<br>301 UNIVERSITY RIDGE, SUITE 700<br>GREENVILLE  SC  29601 | 13216<br>Debtor: | $202,732.65<br>WINN-DIXIE STORES, INC. | LATE-FILED CLAIM.  TAX WAS PAID. |
| **Creditor Id:  492843**<br>COUNTY OF HARRIS/CITY OF HOUSTON<br>C/O LINEBARGER GOGGAN BLAIR, ET AL<br>ATTN JOHN P DILLMAN, ESQ<br>PO BOX 3064<br>HOUSTON  TX  77253-3064 | 13354<br>Debtor: | $972.26<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, LATE-FILED CLAIM. |
| **Creditor Id:  492843**<br>COUNTY OF HARRIS/CITY OF HOUSTON<br>C/O LINEBARGER GOGGAN BLAIR, ET AL<br>ATTN JOHN P DILLMAN, ESQ<br>PO BOX 3064<br>HOUSTON  TX  77253-3064 | 13442<br>Debtor: | $972.26<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, LATE-FILED CLAIM. |
| **Creditor Id:  258194**<br>COUNTY OF PAULDING TAX COMMISSIONER<br>PROPERTY TAX<br>ATTN J W WATSON, III<br>25  COURTHOUSE SQUARE, ROOM 203<br>DALLAS  GA  30132-4133 | 4957<br>Debtor: | $11,321.32<br>WINN-DIXIE STORES, INC. | NO AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS.  ASSERTED AMOUNT RELATES TO STORE CLOSED 6/14/2000.  THERE WERE NO ASSETS IN THAT STORE IN 2005. |
| **Creditor Id:  492940**<br>COUNTY OF WARREN, OH<br>TREASURY DEPT<br>ATTN DAVID L SWIGERT<br>406 JUSTICE DRIVE<br>LEBANON  OH  45036 | 13367<br>Debtor: | $33,595.35<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  STORE WAS ASSIGNED TO BUEHLERS FOOD.  ALSO, LATE-FILED CLAIM. |
| **Creditor Id:  492844**<br>ISD OF CYPRESS-FAIRBANKS<br>PO BOX 692003<br>HOUSTON  TX  77269-2003 | 13355<br>Debtor: | $2,001.56<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, LATE-FILED CLAIM. |

Counsel:  ATTN: JOHN P DILLMAN, ESQ

| | | | |
|---|---|---|---|
| **Total Claims to be Disallowed:** | 6 | | |
| **Total Amount to be Disallowed:** | $251,595.40 | Plus Uniiquidated Amounts, If Any | |

**EXHIBIT D**

WINN-DIXIE STORES, INC., ET AL.
AD VALOREM TAX CLAIMS OBJECTION
EXHIBIT D - CLAIMS TO BE ALLOWED SUBJECT TO OFFSET

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Allowance |
|---|---|---|---|
| Creditor Id: 245140<br>CITY OF ROCKY MOUNT, NC<br>ATTN AUDREY FRIEDRICH, COLL DIV<br>PO BOX 1180<br>ROCKY MOUNT, NC 27802-1180 | 169<br>Debtor: WINN-DIXIE STORES, INC. | $1,430.87 | TO BE ALLOWED SUBJECT TO OFFSET OF CLAIM NUMBER 147. |
| Creditor Id: 258194<br>COUNTY OF PAULDING TAX COMMISSIONER<br>PROPERTY TAX<br>ATTN J W WATSON, III<br>25 COURTHOUSE SQUARE, ROOM 203<br>DALLAS GA 30132-4133 | 4952<br>Debtor: WINN-DIXIE STORES, INC. | $41,823.67 | TO BE ALLOWED IN ASSERTED LIQUIDATED AMOUNT SUBJECT TO OFFSET. |
| Creditor Id: 258194<br>COUNTY OF PAULDING TAX COMMISSIONER<br>PROPERTY TAX<br>ATTN J W WATSON, III<br>25 COURTHOUSE SQUARE, ROOM 203<br>DALLAS GA 30132-4133 | 4953<br>Debtor: WINN-DIXIE STORES, INC. | $2,726.85 | TO BE ALLOWED IN ASSERTED LIQUIDATED AMOUNT SUBJECT TO OFFSET. |
| Creditor Id: 258194<br>COUNTY OF PAULDING TAX COMMISSIONER<br>PROPERTY TAX<br>ATTN J W WATSON, III<br>25 COURTHOUSE SQUARE, ROOM 203<br>DALLAS GA 30132-4133 | 4954<br>Debtor: WINN-DIXIE STORES, INC. | $1,423.13 | TO BE ALLOWED IN ASSERTED LIQUIDATED AMOUNT SUBJECT TO OFFSET. |
| Creditor Id: 258194<br>COUNTY OF PAULDING TAX COMMISSIONER<br>PROPERTY TAX<br>ATTN J W WATSON, III<br>25 COURTHOUSE SQUARE, ROOM 203<br>DALLAS GA 30132-4133 | 4955<br>Debtor: WINN-DIXIE STORES, INC. | $1,164.38 | TO BE ALLOWED IN ASSERTED LIQUIDATED AMOUNT SUBJECT TO OFFSET. |

Total Claims to be Allowed: 5

Total Amount to be Allowed: $48,568.90     Plus Unliquidated Amounts, If Any