

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
November 30, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                                Page 1 of 4

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Twentieth Omnibus Objection to (a) Duplicate Different Debtor Claims and (b) Duplicate Liability Claims Filed by Debtors (10742)

    Response to Objection filed by LEC Properties, Inc and PC Properties LLC (11076)

    Response to Objection filed by Genoa Associates, LLC (11304)

    Response to Objection filed by Greenville Grocery, LLC (11362)

    Response to Objection filed by Saran, Ltd. (11414)

    Response to Objection filed by Catamount Atlanta, LLC (11442)

    Response to Objection filed by Catamount LS-KY, LLC (11443)

    Response to Objection filed by Catamount Rockingham, LLC (11444)

APPEARANCES CONTINUED ON PAGE 4



HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
November 30, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.                           Page 2 of 4

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Response to Objection filed by Deutsche Bank Trust Company Americas (11449)

Response to Objection filed by Knightsdale Crossing, LLC (11451)

Response to Objection filed by E&A Financing II, LP, et al (11470)

Response to Objection filed by Archilles Realty Company (11476)

Response to Objection filed by CPM Associates, L.P. (11480)

Response to Objection filed by Hillcrest GDS, LLC (11482)

Response to Objection filed by Liquidity Solutions, Inc. (11487)

Response to Objection filed by WD MT Carmel, LLC, et al (11488)



HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
November 30, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.                     Page 3 of 4

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Response to Objection filed by Arnobo Associates Partnership (11490)

Response to Objection filed by Merrill Lynch LP Holdings, Inc. (11493, 11496 and 11498)

Response to Objection filed by George D. Zamias (11494)

Response to Objection filed by Merrill Lynch, Pierce, Fenner & Smith, Inc. (11499)

The Court heard this Objection on October 5, 2006 and sustained the Objection as to all creditors who did not file a response. The Debtors will proceed with the Objection as to the unresolved responses.



# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
November 30, 2006
1:00 P.M.

### PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.                                   Page 4 of 4

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

APPEARANCES:
| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| UNSEC. CRED: | JOHN B. MACDONALD/PATRICK PATANGAN |
| | MATTHEW S. BARR |
| LEC PROPERTIES, INC & PC PROPERTIES, INC: | SALLY FOX |
| GENOA ASSOCIATES, LLC: | JOHN ROGERSON |
| GREENVILLE GROCERY, LLC: | RICHARD THAMES |
| SARAN, LTD | JOHNATHAN BOLTON |
| CATAMOUNT ATLANTA LLC: | C. DANIEL MOTSINGER |
| CATAMOUNT LS-KY, LLC: | C. DANIEL MOTSINGER |
| CATAMOUNT ROCKINGHAM, LLC: | C. DANIEL MOTSINGER |
| DEUTSCHE BANK TRUST CO AMERICAS: | RICHARD BERNARD |
| KNIGHTSDALE CROSSING LLC: | ADAM FRISCH ✓ - P |
| E&A FINANCING II, LP ET AL: | MARY DOWD |
| ACHILLES REALTY COMPANY: | PETER NICANDRI |
| CPM ASSOCIATES L.P.: | PETER NICANDRI } P |
| HILLCREST GDS, LLC: | PETER NICANDRI |
| LIQUIDITY SOLUTIONS, INC: | ELENA KETCHUM |
| WD MT CARMELS, LLC, ET AL: | SARA LORBER |
| ARNOBO ASSOCIATES PARTNERSHIP: | BRADLEY SHRAILBERG |
| MERRILL LYNCH LP HOLDINGS, INC: | LARREN NASHELSKY |
| GEORGE D. ZAMIAS: | RICHARD THAMES P |
| MERRILL LYNCH, PIERCE, FENNER ET AL: | LARREN NASHELSKY |

RULING: Sustained
Ord/Signed

Cont'd as to 17 landlords