## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Debtors. [1] ) | Jointly Administered |

### SECOND ORDER DISALLOWING (A) DUPLICATE DIFFERENT DEBTOR CLAIMS AND (B) DUPLICATE LIABILITY CLAIMS, AS SET FORTH IN THE DEBTORS' TWENTIETH OMNIBUS CLAIMS OBJECTION

These cases originally came before the Court for hearing on October 5, 2006, upon the Twentieth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibits A and B to the Objection.[2] Several formal and informal responses to the Objection were filed or raised, as a result of which the Debtors agreed to continue the Objection with respect to the claims at issue in the responses (the "Unresolved Claims"). On October 5, 2006, the Court entered an order (Docket No. 11671) granting the Objection as to the proofs of claim listed on Exhibits A and B to the order and continuing the hearing on the Objection as to the Unresolved Claims. The Debtors have agreed to further continue the hearing with

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

respect to the Unresolved Claims listed on Exhibit 1 to this Order (the "Remaining Unresolved Claims").  Upon consideration, it is

ORDERED AND ADJUDGED:

1.     The Objection is sustained, as set forth below.

2.     The Duplicate Different Debtor Claims listed on Exhibit A are disallowed in their entirety.

3.     The Duplicate Liability Claims listed on Exhibit B are disallowed in their entirety.

4.     Other than the Remaining Unresolved Claims, those objections and responses that have not yet been withdrawn are overruled.

5.     The hearing to consider the Objection with respect to the Remaining Unresolved Claims is continued to the hearing scheduled for December 14, 2006 at 1:00 p.m.

6.     Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order is deemed a separate Order with respect to each claim.  Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

7.     Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants or of any defenses thereto.

8.      This Order is without prejudice to the Debtors' right to file any

further objection they may have to the Disputed Claims or the Remaining Claims.

Dated this _30_ day of November, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

3

**EXHIBIT 1**

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTIETH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT 1 - ADJOURNED CLAIMS**

| Creditor Name | Claim No. | Exhibit |
|---|---|---|
| ALBION PACIFIC PROP RESOURCES, LLC | 12312 | EXHIBIT A |
| BANK OF AMERICA, NA, TRUSTEE | 11839 | EXHIBIT A |
| E&A SOUTHEAST LP | 13254 | EXHIBIT A |
| E&A SOUTHEAST LP DBA | 493 | EXHIBIT A |
| E&A SOUTHEAST, LP | 12224 | EXHIBIT A |
| EDENS & AVANT PROPERTIES LP DBA | 12220 | EXHIBIT A |
| INDIAN TRAIL SQUARE  LLC | 12835 | EXHIBIT A |
| LIQUIDITY SOLUTIONS, INC, ASSIGNEE | 1933 | EXHIBIT A |
| LN PIEDMONT VILLAGE LLC | 9708 | EXHIBIT A |
| MCDONOUGH MARKETPLACE PARTNERS | 12148 | EXHIBIT A |
| MCDONOUGH MARKETPLACE PARTNERS | 10825 | EXHIBIT A |
| ROCKBRIDGE PLACE | 12219 | EXHIBIT A |
| SHIELDS PLAZA, INC | 12214 | EXHIBIT A |
| SHOALS MARKETPLACE, LLC | 8155 | EXHIBIT A |
| VILLA RICA RETAIL PROPERTIES, LC | 11844 | EXHIBIT A |
| WEST RIDGE, LLC | 12077 | EXHIBIT A |
| WOODBERRY PLAZA E&A LLC | 12222 | EXHIBIT A |
| **Total Claims:** | **17** | |

**EXHIBIT A**

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT
DEBTOR CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 241522**<br>ACHILLES REALTY COMPANY<br>FLETCHER BRIGHT CO., AS AGENT<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 | 10884<br>Debtor: | 10833<br>WINN-DIXIE STORES, INC. | $50,655.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: PETER E NICANDRI ESQ | | | | |
| **Creditor Id: 408198**<br>ARNOBO ASSOCIATES PARTNERSHIP<br>C/O HARTMAN SIMONS SPIELMAN ETAL<br>ATTN SAMUEL R ARDEN, ESQ.<br>6400 POWERS FERRY ROAD NW, STE 400<br>ATLANTA GA 30339 | 9963<br>Debtor: | 6161<br>WINN-DIXIE STORES, INC. | $156,301.06 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: BRADLEY S SHRAIBERG, ESQ | | | | |
| **Creditor Id: 408198**<br>ARNOBO ASSOCIATES PARTNERSHIP<br>C/O HARTMAN SIMONS SPIELMAN ETAL<br>ATTN SAMUEL R ARDEN, ESQ<br>6400 POWERS FERRY ROAD NW, STE 400<br>ATLANTA GA 30339 | 9962<br>Debtor: | 6162<br>WINN-DIXIE STORES, INC. | $3,901.06 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: BRADLEY S SHRAIBERG, ESQ | | | | |
| **Creditor Id: 1141**<br>BROAD STREET STATION SC, LLC<br>C/O KENNEDY, COVINGTON, ET AL<br>ATTN AMY PRITCHARD WILLIAMS, ESQ<br>HEARST TOWER 47TH FLOOR<br>214 NORTH TRYON STREET<br>CHARLOTTE, NC 28202 | 12232<br>Debtor: | 12206<br>WINN-DIXIE STORES, INC. | $440,766.61 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410393**<br>CAPSTONE ADVISORS - CARRINGTON DEV<br>ASSOCIATES<br>C/O KATTEN MUCHIN ROSENMAN LLP<br>ATTN THOMAS J LEANSE, ESQ<br>2029 CENTURY PARK EAST, SUITE 2600<br>LOS ANGELES CA 90067 | 11964<br>Debtor: | 11963<br>WINN-DIXIE STORES, INC. | $321,954.09 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT
DEBTOR CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 247147**<br>CPM ASSOCIATES, LP<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREET STREET NE, STE 800<br>ATLANTA GA 30309-7706 | 10835<br>Debtor: | 10885<br>WINN-DIXIE STORES, INC. | $29,259.79 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: PETER E NICANDRI ESQ | | | | |
| **Creditor Id: 410823**<br>DANIEL G KAMIN & DANIEL G KAMIN<br>BRYNN MARR ENTERPRIZES<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, TRUSTEE<br>490 SOUTH HIGHLAND AVENUE<br>PITTSBURGH PA 15206 | 9642<br>Debtor: | 9641<br>WINN-DIXIE STORES, INC. | $402,234.49 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN SARA E LORBER, ESQ | | | | |
| **Creditor Id: 410824**<br>DANIEL G KAMIN CLARKSVILLE<br>CROSSING, LLC<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, MGR<br>490 SOUTH HIGHLAND AVENUE<br>PITTSBURGH PA 15206 | 9643<br>Debtor: | 9644<br>WINN-DIXIE STORES, INC. | $328,208.33 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN SARA E LORBER, ESQ | | | | |
| **Creditor Id: 410826**<br>DANIEL G KAMIN ZACHARY ENTERPRIZES<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, TRUSTEES<br>490 SOUTH HIGHLAND AVENUE<br>PITTSBURGH PA 15206 | 9648<br>Debtor: | 9647<br>WINN-DIXIE STORES, INC. | $519,993.39 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN SARA E LORBER, ESQ | | | | |
| **Creditor Id: 410825**<br>DBT PORCUPINE WD1 DE BUSINESS TRUST<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, MGR<br>490 SOUTH HIGHLAND AVENUE<br>PITTSBURGH PA 15206 | 9645<br>Debtor: | 9646<br>WINN-DIXIE STORES, INC. | $5,533,905.92 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN SARA E LORBER, ESQ | | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTIETH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT**
**DEBTOR CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 1320**<br>FRO LLC VII<br>C/O JAMES M HASTINGS, CPA<br>305 PIPING ROCK DRIVE<br>SILVER SPRINGS, MD 20905<br><br>Counsel: ATTN MARY JOANNE DOWD, ESQ. | 12137<br>Debtor: | 12138<br>WINN-DIXIE STORES, INC. | $1,180,406.67 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 2255**<br>GENOA ASSOCIATES LLC<br>ATTN S C BRYAN, MGR<br>PO BOX 919<br>GOLDSBORO, NC 27533<br><br>Counsel: ATTN K SINK/G CRAMPTON, ESQS | 12319<br>Debtor: | 12318<br>WINN-DIXIE STORES, INC. | $1,000,984.87 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410522**<br>HILLCREST GDS, LLC<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706<br><br>Counsel: ATTN: PETER E NICANDRI ESQ | 12890<br>Debtor: | 12889<br>WINN-DIXIE STORES, INC. | $364,765.80 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410375**<br>LEC PROPERTIES, INC & PC PROPERTIES<br>ATTN GARY B CRESS, MGR PARTNER<br>420 WEST BEACH BLVD<br>PASS CHRISTIAN MS 38571<br><br>Counsel: ATTN SALLY BUSSELL FOX, ESQ | 12408<br>Debtor: | 12409<br>WINN-DIXIE STORES, INC. | $73,161.67 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410587**<br>MERRILL LYNCH LP HOLDINGS, INC<br>ATTN M MCINERNEY/N GRIFFINS/JC PRICE<br>4 WORLD FINANCIAL CENTER<br>NEW YORK NY 10080<br><br>Counsel: ATTN LARREN M NASHELSKY, ESQ | 9816<br>Debtor: | 9814<br>WINN-DIXIE STORES, INC. | $1,755,977.38 | DUPLICATES AGGREGATE OF CLAIM LISTED IN REMAINING CLAIM COLUMN AND CLAIM NUMBER 9815. |
| **Creditor Id: 410587**<br>MERRILL LYNCH LP HOLDINGS, INC<br>ATTN M MCINERNEY/N GRIFFINS/JC PRICE<br>4 WORLD FINANCIAL CENTER<br>NEW YORK NY 10080<br><br>Counsel: ATTN LARREN M NASHELSKY, ESQ | 13188<br>Debtor: | 13186<br>WINN-DIXIE STORES, INC. | $8,421,391.99 | DUPLICATES AGGREGATE OF CLAIM LISTED IN REMAINING CLAIM COLUMN AND CLAIM NUMBER 13187. |

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT
DEBTOR CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 279122**<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>ATTN: N GRIFFTHS/ JC PRICE<br>4 WORLD FINANCIAL CENTER<br>NEW YORK NY 1080 | 9817<br>Debtor: | 9819<br>WINN-DIXIE STORES, INC. | $1,755,977.38 | DUPLICATES AGGREGATE OF CLAIM LISTED IN REMAINING CLAIM COLUMN AND CLAIM NUMBER 9818. |
| Counsel: ATTN: ALEXANDRA STEINBERG BARRAGE | | | | |
| **Creditor Id: 279122**<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>ATTN: N GRIFFTHS/ JC PRICE<br>4 WORLD FINANCIAL CENTER<br>NEW YORK NY 1080 | 13298<br>Debtor: | 13297<br>WINN-DIXIE STORES, INC. | $717,829.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: ALEXANDRA STEINBERG BARRAGE | | | | |
| **Creditor Id: 417107**<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>C/O CAPITAL CROSSING BANK, AGENT<br>ATTN CHRISTOPHER P HICKEY, SR VP<br>101 SUMMER STREET<br>BOSTON MA 02110 | 12920<br>Debtor: | 12921<br>WINN-DIXIE STORES, INC. | $717,829.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN ROBERT A. ZIOGAS, ESQ | | | | |
| **Creditor Id: 410421**<br>NORFAM, LLC, SUCCESSOR<br>CAROLINA DEVELOPMENT CO<br>C/O KENNEDY COVINGTON, ET AL #300<br>ATTN MARGARET R WESTBROOK, ESQ<br>4350 LASSITER AT NORTH HILLS AVE<br>RALEIGH NC 27609 | 11861<br>Debtor: | 11814<br>WINN-DIXIE STORES, INC. | $199,625.18 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410762**<br>PORCUPINE WD5, LLC<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, MGR<br>490 SOUTH HIGHLAND AVE<br>PITTSBURGH PA 15206 | 13422<br>Debtor: | 13421<br>WINN-DIXIE STORES, INC. | $946,409.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN SARA E LORBER, ESQ | | | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT
DEBTOR CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id: 410519<br>SARAH, LTD<br>C/O FULBRIGHT & JAWORSKI LLP<br>ATTN J BOLTON & K NEWSOME, ESQS<br>1301 MCKINNEY, SUITE 5100<br>HOUSTON TX 77010-3095 | 13437<br>Debtor: | 13436<br>WINN-DIXIE STORES, INC. | $463,314.90 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 410589<br>SFP, LLC<br>C/O KENNEDY, COVINGTON, ET AL<br>ATTN AMY PRITCHARD WILLIAMS, ESQ<br>HEARST TOWER, 47TH FLOOR<br>214 NORTH TRYON STREET<br>CHARLOTTE NC 28202<br><br>Transferee: PRINCIPAL LIFE INSURANCE COMPANY<br>Counsel: ATTN EDWIN WHELD JR, ESQ | 12405<br>Debtor: | 12406<br>WINN-DIXIE STORES, INC. | $759,397.70 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 411429<br>WBFV, INC<br>C/O KENNEDY COVINGTON, ET AL<br>ATTN AMY PRITCHARD WILLIAMS, ESQ<br>HEARST TOWER, 47TH FLOOR<br>214 NORTH TRYON STREET<br>CHARLOTTE NC 28202 | 11862<br>Debtor: | 11863<br>WINN-DIXIE STORES, INC. | $177,182.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 410763<br>WD MT CARMEL, LLC<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, MGR<br>490 SOUTH HIGHLAND AVE<br>PITTSBURGH PA 15206<br><br>Counsel: ATTN SARA E LORBER, ESQ | 13435<br>Debtor: | 13434<br>WINN-DIXIE STORES, INC. | $1,071,155.37 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 416847<br>WELLS FARGO BANK NORTHWEST NA FKA<br>FIRST SECURITY BANK, NA<br>C/O BALCH & BINGHAM LLP<br>ATTN CHRISTIE L DOWLING, ESQ<br>PO BOX 306<br>BIRMINGHAM AL 35201<br><br>Transferee: MERRILL LYNCH PIERCE FENNER & SMITH | 12331<br>Debtor: | 12333<br>WINN-DIXIE STORES, INC. | $1,774,446.52 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT
DEBTOR CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id: 410403 | 7451 | 7450 | $3,328,209.65 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| ZAMIAS, GEORGE D | Debtor: | WINN-DIXIE STORES, INC. | | |
| 300 MARKET STREET | | | | |
| JOHNSTOWN PA 15901 | | | | |
| Counsel: ATTN PAULA A SCHMECK, ESQ | | | | |
| **Total Claims to be Disallowed:** | 27 | | | |
| **Total Amount to be Disallowed:** | $32,495,244.82 | Plus Unliquidated Amounts, If Any | | |

**EXHIBIT B**

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - DUPLICATE LIABILITY DIFFERENT
DEBTOR CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 1395**<br>GREENVILLE GROCERY LLC<br>C/O JP METZ CO, INC<br>ATTN DANIEL MELROD, GP<br>6931 ARLINGTON ROAD, SUITE 510<br>BETHESDA MD 20815 | 12174<br>**Debtor:** | 7269<br>WINN-DIXIE STORES, INC. | $631,113.77 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN JEFFREY L TARKENTON, ESQ | | | | |
| **Creditor Id: 416847**<br>WELLS FARGO BANK NORTHWEST NA FKA<br>FIRST SECURITY BANK, NA<br>C/O BALCH & BINGHAM LLP<br>ATTN CHRISTIE L DOWLING, ESQ<br>PO BOX 306<br>BIRMINGHAM AL 35201 | 12332<br>**Debtor:** | 12330<br>WINN-DIXIE STORES, INC. | $1,535,287.00 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Transferee: MERRILL LYNCH PIERCE FENNER & SMITH | | | | |

Total Claims to be Disallowed:    **2**

Total Amount to be Disallowed:    **$2,166,400.77**    Plus Unliquidated Amounts, If Any