# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
November 30, 2006
1:00 P.M.

### PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion (i) for Authority to Reject Non-Residential Real Property Leases (ii) to Establish Bar Date for any rejection Damage Claims, and (iii) Granting Related Relief filed by Debtors (10823)

Objection to Motion filed by Bundy New Orleans Co., LLC (11306)

The Court heard the Motion on September 21, 2006 and granted the Motion authorizing the Debtors to reject the leases for stores 1403, 1434 and 1437. The Debtors and the Movant have agreed to continue the hearing until December 14, 2006 as to Store No. 1417.

APPEARANCES:
US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:           JOHN B. MACDONALD/PATRICK PATANGAN
                       MATTHEW S. BARR
BUNDY NEW ORLEANS CO:  JAMES BLEDSOE

RULING: Cnt'd to 12/14 AOCNFN