

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
November 30, 2006
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1**     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Case Management Conference on Debtors' Objection to Claim Filed by United States Department of Health and Human Services (Claim No. 10662) Filed by Debtors (5872)

Objection filed by United States Department of Health and Human Services (9880)

**APPEARANCES:**
US TRUSTEE:                                  ELENA ESCAMILLA
UNSEC. CRED:                                 JOHN B. MACDONALD/PATRICK PATANGAN
                                             MATTHEW S. BARR
US DEPT OF HEALTH AND HUMAN SVCS:   MARCIO VALLADARES /p

Cal Forsyth - Dept of Health & Human Svcs. - p

**RULING:**

4 hr. trial
after Mar 1, 2007
Foss Cal 183