Case 3:05-bk-03817-JAF   Doc 12934   Filed 12/04/06   Page 1 of 2

FILED
JACKSONVILLE, FLORIDA
DEC 0 4 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

To the
Honorable Jerry A. Funk
United States Bankruptcy Court for the
Middle District of Florida
300 North Hogan Street
Jacksonville, FL 32202
USA

Copy served on D. J. Baker at djbaker@skadden.com,
Skadden, Arps, Slate, Meagher & Flom LLP,
Four Times Square, New York, N. Y. 10036, USA

Objection Filed in re: Case No. 05-03817-3F1
WINN-DIXIE STORES, INC., et al. Debtors
Debtors' Twenty-Seventh Omnibus Objection to (A) Equity Claims, etc.
Hearing Date: December 14, 2006 at 1:00 p. m.

*Filed by*: Creditor Id. 421553, Claim No. 12985, for the amount of $ 18,975.00
ERDOS, PAUL & BORA JT TEN
Heckenriedstr. 14, 6045 Meggen, Switzerland
Phone: 011 41 41 377 0440
Fax:    011 41 41 377 0440
E-mail: pal.erdos@bluewin.ch

November 29, 2006

Your Honor:

The undersigned claimants ask the Court to set aside the Debtors' Objection and enter an order allowing the above claim. The claim had been authenticated in full by the documentation timely submitted to the Court.

The present petition is based on the conviction, that the Officers of WINN-DIXIE STORES, INC., et al. (in the following called the "Company")

(i) in the months before filing for bankruptcy knowingly misrepresented the financial state of the Company, thereby inciting the undersigned claimants to invest in the company, respectively to hold on to their investment, and

(ii) filed with the SEC an Agreement, to be held confidential, with the President and CEO of the Company one month before filing for bankruptcy, to pay him a large release sum and redeem in cash the stock options granted to him, and

(iii) paid high bonuses to themselves for the fiscal year 2004, indicating that the Company is achieving its financial goals, even though this was not the case.

When filing for bankruptcy February 21, 2006, the Company stated that it had assets of $ 2.23 billion and debts of $ 1.87 billion, hence it was solvent. If so, it should have sold its assets, paid the creditors and should have satisfied the stockholders, the owners of the company.

A Separation and Release Agreement was set up in January 2005, between the then President and CEO Mr. Frank Lazaran and the Company, represented by Senior Vice President and General Counsel Laurence B. Appel, both employed by the Company since barely three years. In this Agreement, Mr. Appel declares that the Company is solvent in the sense of the Federal Bankruptcy Act. The Agreement fixes an amount of $ 4.5 Million as

compensation for Mr. Lazaran as base salary and target bonuses, making investors believe that the company was in good financial state and certain targets whose fulfillment was prerequisite for bonuses have been achieved.

Furthermore, the same Separation and Release Agreement and its Amendment allowed Mr. Lazaran to be paid by the Company $ 2,412,179.00 for the stock options he was awarded, thereby extricating him from the group of legitimate creditors less then a month before filing for bankruptcy.

Furthermore, the Officers of the Company awarded themselves bonuses for the fiscal year 2004, of which for brevity we only quote one, that of Mr. Laurence B. Appel: $ 87,754, again indicating that the company is achieving its targets. The other officers, who together with Mr. Appel still are employed by the Company, received comparable bonuses.

In summary, the undersigned claimants believe that the Officers of the Company breached their fiduciary duties towards the shareholders.

It would be up to the Attorney General of the State of Florida to decide whether to open an investigation in this matter. On the other hand, it will be up to the shareholders of the Company to call in the media, especially in the Internet, for a boycott of the Company which emerged from bankruptcy, or take other action, as legal counsel suggests. The undersigned petitioners are hopeful that your Honor will protect the high reputation of the US Bankruptcy system even with respect to investors residing abroad who, partly because of age, are not in the position to appear at the hearing.

We, Creditor Id. 4215531, appeal to you to enter an order obliging the Debtors to pay the Claim No. 12985 in the amount of $ 18,975.00.

Respectfully Yours

Paul Erdos

Bora Erdos

Mailing address:   Heckenriedstrasse 14
6045 Meggen
Switzerland
Phone: 011 41 41 377 0440
Fax:    011 41 41 377 0440
E-mail: pal.erdos@bluewin.ch