Ethel M Butler
Rodney Butler (minor)
P.O. Box 2341
Brunswick, Georgia 31521

FILED
JACKSONVILLE, FLORIDA

DEC 01 2006

CLERK, U.S. BANKRUPTCY CO...
MIDDLE DISTRICT OF FLORIDA

United States Bankruptcy Court
Middle District of Florida
300 Hogan Street
Suite 3-350
Jacksonville, Florida 32202

November 16, 2006

Subject: Hearing Request (case number 05-03817-3F1).
Rodney Butler vs. Winn- Dixie
Personal Injury

I am requesting a Hearing before the Honorable Jerry A. Funk the mediation process was a complete failure. Mr. Ken Black and Ms. Stephanie Knight were Representing Winn-Dixie. The offer was $2000.00 the medical bills total over $5000.00. Federal funds was Use Rodney had medical treatments from the US Army Medical Facility. Also none of the other medical bills has been paid. I am getting calls for the money to pay medical and other expenses in which I don't have. Also this has caused a bad rating on my credit report to all 3 credit agencies by the bills not being paid.

A hearing before the Honorable Jerry A. Funk would help bring a resolution to this case.

Sincerely,
Rodney Butler (minor)
Ethel Butler

Email-ethelbutler60@bellsouth.net