

May 30, 2006

Mr. Brett Moore
Brandywine Real Estate Management
    Services Corp.
2 Ponds Edge Drive
Chadds Ford, PA 19317

Re:   Closed Winn-Dixie Store #149
      Crisp Plaza
      Cordele, Georgia

Dear Brett:

Pursuant to the attached Order Authorizing Debtors to Reject Additional Store Leases, please be advised the lease for the referenced location is hereby rejected effective immediately. Enclosed are the keys to the premises.

Be advised that the utilities will be terminated within five (5) days.

Sincerely,

*Jane DeWitte*

Jane DeWitte
Area Property Manager
904.783.5065
Fax 904.370.6055

Enclosures



EXHIBIT A

Winn-Dixie Stores, Inc.    5050 Edgewood Court    P.O. Box B    Jacksonville, Florida 32203-0297    Phone (904) 783-5000

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

### ORDER AUTHORIZING DEBTORS TO REJECT ADDITIONAL STORE LEASES, ESTABLISHING REJECTION DAMAGE CLAIM BAR DATE AND GRANTING RELATED RELIEF

These cases came before the Court on the motion (Docket No. 7517) of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), for, among other relief, entry of an order (i) under 11 U.S.C. § 365 authorizing the Debtors to reject non-residential real property leases of any of the thirty-five Additional Stores[1] the Debtors are unable to sell and (ii) pursuant to Rule 3002(c)(4), Federal Rules of Bankruptcy Procedure, establishing a deadline by which the landlord for any such store must file any claim for rejection damages (the "Motion"). Objections to the proposed cure amounts were filed by a number of landlords whose leases will be rejected (Docket Nos. 7120, 7407, 7414, 7418, 7420, 7421, 7550 and 7746) (collectively, the "Cure Objections"). The Court has reviewed the Motion and considered the representations of counsel. Based upon the representations of counsel and without objection by the United States Trustee or any other interested parties, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

---
[1] All capitalized terms not otherwise defined in this order shall have the meaning ascribed to them in the Motion.

2. The Debtors are authorized to reject each of the Additional Store Leases identified on the attached Schedule A pursuant to 11 U.S.C. § 365(a), effective the later of (i) May 18, 2006 or (ii) the date upon which the Debtors surrender the leased premises to the applicable landlord (the "Rejection Date").

3. Because these leases are rejected the Cure Objections are overruled as moot.

4. Each of the respective landlords must file any claim resulting from the rejection of their respective lease no later than thirty (30) days after the date of this Order.

5. Nothing in this Order constitutes a waiver of any claims the Debtors may have against any of the respective landlords or any of the landlords may have against any of the Debtors.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

7. The Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated May 17, 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

00528344.2

## SCHEDULE A

| Winn-Dixie Store No. | Store Address | City | ST |
|---|---|---|---|
| 71 | 412 N. VIRGINIA AVENUE | TIFTON | GA |
| 149 | 1101 16TH AVENUE EAST | CORDELE | GA |
| 185 | 999 N. UNIVERSITY BLVD. | JACKSONVILLE | FL |
| 192 | 1000 FIRST AVENUE NE | CAIRO | GA |
| 409 | 2440 PEPPERELL PKWY | OPELIKA | AL |
| 516 | 125 HWY 25 | BRENT | AL |
| 725 | 4151 HANCOCK BRIDGE PKWY | FT MYERS | FL |
| 1571 | 811 E. LASALLE | VILLE PLATTE | LA |
| 1579 | 58045 BELLEVIEW RD. | PLAQUEMINE | LA |
| 2254 | 2618 BOGGY CREEK RD. | KISSIMMEE | FL |
| 2298 | 6300 N. WICKHAM RD, UNIT 132 | MELBOURNE | FL |
| 2324 | 2300 STATE ROAD 524 | COCOA | FL |
| 2387 | 1024 E. HWY 436 | CASSELBERRY | FL |
| 2650 | 7149 W. COLONIAL DR. | ORLANDO | FL |

00528344 2