Crisp County Tax Commissioner
210 South 7th St, Suite 201
Cordele, GA 31015-5015
(229) 276-2630

Return Service Requested

# 2006 Ad Valorem Tax Notice

007470   1  MB  0.326    1 1   034 086
SOUTHERN PARTNERS
C/O BRANDYWINE FINANCIAL
SERVICES CORP
PO BOX 999
CHADDS FORD PA 19317-0503

## IMPORTANT NOTICES

Certain persons are eligible for certain homestead exemptions from ad valorem taxation. In addition to the regular homestead exemption authorized for all homeowners, certain elderly persons are entitled to additional exemptions. The full law relating to each exemption must be referred to in order to determine eligibility for the exemption. If you are eligible for any of these exemptions and are not now receiving the benefit of the exemption, you must apply for the exemption not later than March 1, 2007 in order to receive the exemption in future years. For more information on eligibility for exemptions or on the proper method of applying for an exemption, you may contact:

Crisp County Board of Assessors
210 South 7th St. Courthouse Room 301
Cordele, GA 31015
(229) 276-2635

If you feel that your property has been incorrectly assessed, you may declare your value between January 1, and April 1, 2007 in order to have an opportunity to have this value adjusted for the next year's digest. Information on filing a return can be obtained at the location and phone number above.



2006 State, County & School Ad Valorem Tax Notice

102 CRISP PLAZA BLK 650  4101 E 16TH AVE  C26 008  2764965  1105986  1105986  28.219  31,209.83

APPROVED 10/10/06

STATE     276.50
COUNTY    12221.15
SCHOOL    18712.18

14,878
3,828
11,050
4012.52

You can now pay your bill online! Please visit our website: WWW.CRISPCOUNTY.COM

31209.83
12/20/2006

¶ PLEASE DETACH HERE AND RETURN THIS PORTION, MAKING SURE THAT OUR RETURN ADDRESS APPEARS THROUGH THE WINDOW IN THE ENVELOPE PRIOR TO SEALING ¶

SOUTHERN PARTNERS
C/O BRANDYWINE FINANCIAL
SERVICES CORP
PO BOX 999
CHADDS FORD PA 19317-0503

← If this address is incorrect, please write the correct address on this portion.

### PAYMENT INSTRUCTIONS
- Please Make Check or Money Order Payable to: Crisp County Tax Commissioner
- Please write the bill number(s) on your check.
- If a receipt is desired, please include a stamped, self-addressed envelope.
- If taxes are to be paid by a mortgage company, send them this portion only.
- If you are paying after the due date, please call our office for the full amount due.
- Interest at a rate of 1% per month plus costs begins the day after the due date.
- A 10% penalty is imposed on all property other than homesteaded property with a bill under $500.00 90 days after the due date.


2006007470

2006 010697  C26  008   31209.83

Cricket Adkins
Crisp County Tax Commissioner
210 South 7th Street, Suite 201
Cordele, GA 31015-5015


EXHIBIT B

**City of Cordele**
Tax Department
PO Box 569
Cordele, GA 31010-0569
(229) 273-3102

*Return Service Requested*

## 2006 Ad Valorem Tax Notice

```
002991   1  MB 0.326    1 1   014 066
SOUTHERN PARTNERS
C/O BRANDYWINE FINANCIAL
SERVICES CORP
PO BOX 999
CHADDS FORD PA 19317-0503
```

**2006**

### 2006 Ad Valorem Tax Notice for Real and Personal Property

| Bill No. | Property Description | Map Number | Est. Mkt Value | Assessed Value | Exempt Value | Taxable Value | Millage Rate | Tax Amount |
|---|---|---|---|---|---|---|---|---|
| 004152 | 02 CRISP PLAZA-BLK 650 | C26 008 | 2764965 | 1105986 | | 1105986 | 11.057 | 12,228.89 |

APPROVED 10/26/06 [signature]

**Important Messages - Please Read**

If you have an escrow account, send a copy of this bill to the mortgage company. We do not send one.

Office hours are 8:00 A.M. – 5:00 P.M. Monday thru Friday.

We encourage you to pay your bill by mail which will avoid the lines and should be more convenient for you. Please put your bill number(s) on your check. Interest and penalty will be added to payments postmarked after December 20, 2006.

For property sold during 2006, the tax bill will remain in the name of the owner as of January 1, 2006 until paid. If the sales contract provided for the buyer to pay the taxes, the seller should forward that person the tax information on the bill.

**Local Option Sales Tax Information**

| | |
|---|---|
| Mills required to produce city budget | 21.816 |
| Mill reduction due to sales tax roll back | 10.759 |
| Actual mill rate set by city officials | 11.057 |
| Tax savings due to sales tax rollback | 11899.30 |

**Total of Bills by Tax Type**

| | |
|---|---|
| CITY TAX | 12228.89 |
| TOTAL DUE | 12228.89 |
| DATE DUE | 12/20/2006 |

⇩ PLEASE DETACH HERE AND RETURN THIS PORTION, MAKING SURE THAT OUR RETURN ADDRESS APPEARS THROUGH THE WINDOW IN THE ENVELOPE PRIOR TO SEALING ⇩

```
SOUTHERN PARTNERS
C/O BRANDYWINE FINANCIAL
SERVICES CORP
PO BOX 999
CHADDS FORD PA 19317-0503
```

← If this address is incorrect, please write the correct address on this portion.

2006002991

City of Cordele
Tax Department
PO Box 569
Cordele, GA 31010-0569

**PAYMENT INSTRUCTIONS**

- Please Make Check or Money Order Payable to: **City of Cordele**
- Please write the bill number(s) on your check.
- If a receipt is desired, please include a stamped, self-addressed envelope.
- If taxes are to be paid by a mortgage company, send them this portion only.
- If you are paying after the due date, please call our office for the full amount due.
- Interest at a rate of 1% per month begins the day after the due date.
- A 10% penalty is imposed on all bills not paid 90 days after the due date.

| Bill Number | Map Number | Tax Amount |
|---|---|---|
| 2006 004152 | C26 008 | 12228.89 |

| DATE DUE | TOTAL DUE |
|---|---|
| 12/20/2006 | 12228.89 |