# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| WINN-DIXIE STORES, INC., et al., | : | Case No. 05-03817-3F1 |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Chapter 11 |

## NOTICE OF FILING
## AFFIDAVIT OF DAVID HAKULA IN SUPPORT OF RESPONSE OF KONICA MINOLTA PHOTO IMAGING U.S.A., INC. TO TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION AND CROSS-MOTION FOR PAYMENT OF ADMINISTRATIVE CLAIM

Konica Minolta Photo Imaging U.S.A., Inc. ("Konica"), by and through its undersigned counsel, hereby gives notice of the filing on the 4th day of December, 2006, with the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, a copy of the Affidavit of David Hakula in Support of Response of Konica Minolta Photo Imaging U.S.A., Inc. to Twenty-Seventh Omnibus Claims Objection and Cross-Motion for Payment of Administrative Claim, attached hereto as Exhibit "A."

Dated: December 4, 2006.

> Allison M. Berger, Esquire
> FOX ROTHSCHILD LLP
> Princeton Pike Corporate Center
> 997 Lenox Drive, Bldg.3
> Lawrenceville, NJ 08648
> Phone: 609/896-3600
> Fax:   609/896-1469
> Email: aberger@foxrothschild.com

- and -

Harley E. Riedel (Florida Bar No. 183628)
STICHTER, RIEDEL, BLAIN & PROSSER, P.A.
110 Madison Street - Suite 200
Tampa, Florida 33602
Phone: (813) 229-0144
Fax:    (813) 229-1811
Email: hriedel@srbp.com
Attorneys for Konica Minolta Photo
Imaging U.S.A., Inc.


By:    /s/ Harley E. Riedel
       Harley E. Riedel (Florida Bar No. 183628)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by the Court's CM/ECF system or U.S. Mail on this 4th day of December, 2006, to:

U.S. Trustee's Office
135 W. Central Blvd., Ste. 620
Orlando, Florida 32801

Matthew Barr
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, New York 10005

Rosalie Walker Gray
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, New York 10036

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202

Mark A. Kelley, Esquire
Kitchens Kelley Gaynes, P.C.
Eleven Piedmont Center, Suite 900
3495 Piedmont Road, N.E.
Atlanta, Georgia 30305

John B. MacDonald
AKERMAN SENTERFITT
50 North Laura Street, Ste. 2500
Jacksonville, FL 32202

/s/ Harley E. Riedel
Harley E. Riedel (Florida Bar No. 183628)