UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| WINN-DIXIE STORES, INC., et al., | : | Case No. 05-03817-3F1 |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Chapter 11 |

**AFFIDAVIT OF DAVID HAKULA IN SUPPORT OF RESPONSE
OF KONICA MINOLTA PHOTO IMAGING U.S.A., INC. TO
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION AND
CROSS-MOTION FOR PAYMENT OF ADMINISTRATIVE CLAIM**

| | | |
|---|---|---|
| **STATE OF NEW JERSEY** | : | |
| | : | ss: |
| **COUNTY OF BERGEN** | : | |

I, **David Hakula**, being of full age, having been duly sworn upon my oath and according to law, hereby depose and say:

1. Prior to leaving my employment with Konica Minolta Photo Imaging U.S.A., Inc. ("Konica") on November 17, 2006 I served as the Senior Vice President of Finance & Administration for Konica and have personal knowledge of the facts set forth herein. I am authorized to make this Affidavit in Support of Response of Konica to Twenty-Seventh Omnibus Claims Objection and Cross Motion for Payment of Administrative Claim (the "Response") filed in the within matter. Capitalized terms used, but not defined, herein shall have the meanings ascribed to them in the Response.

2. I have read and reviewed the Response and all other papers submitted with it, and all of the facts stated therein are true and correct to the best of my knowledge and belief.

3. Schedule D to the Proof of Administrative Claim represents the following:

   a. The Debtors' 2005 paper purchases were running approximately 50.6% of the 2004 levels.

LV1 445210v1 12/01/06

b. During the months of July, August, September and October, the Debtors were clearly purchasing paper from non-Konica sources.

4. The gross profit shortfall on Schedule D was calculated by taking the difference of actual purchases from the estimated third party purchases.

5. A true and correct copy of Schedule H to Exhibit D of the 2003 Agreement is attached hereto as Exhibit "A". The attached Schedule was utilized to calculate the paper surcharge included in the Konica Administrative Claim, as set out on Schedule B to the Proof of Claim.

6. Since the time of the filing of the Proof of Claim, Konica has received actual invoices for a vast majority of the locations. These invoice amounts that have been paid are set forth on the Tax Schedules attached hereto as Exhibit "B." I am told by our consultant, Nationwide Consulting that we should receive the remaining open invoices on or before January 31, 2007.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing, statements are willfully false, I am subject to punishment.

_____
DAVID HAKULA

Dated: December 1, 2006

Sworn to and subscribed before
me this /ˢᵗ day of December, 2006

_____
~~Notary Public~~   BRIAN J. CUPKA, ESQ.
Attorney-At-Law
Of New Jersey

**Schedule H**

Determination of Rolls Per Day "RPD"

As further defined in Section 20, Winn Dixie will earn a rebate on their paper purchases based upon the volume of paper (sq ft) that is purchased by Winn-Dixie. For the purposes of this Agreement, paper volume purchased will be measured based upon Rolls Per Day ("RPD") as calculated below.

- The square footage of paper purchased by Winn Dixie will be determined based upon the amount invoiced (net of returns) by Konica to Winn Dixie. Purchases shall be segregated between purchases for R-1 labs and all other labs, to arrive at the total square feet purchased for R-1 labs and all other labs.
- These amounts will be divided by the sq ft price to arrive at the total square feet purchased for R-1 labs and all other labs. (Per Paragraph 20 the sq. ft paper prices are 0.31/sq. ft. for the first six months, 0.39/sq.ft. after the first six months and for the duration of this Agreement)
- The total sq ft purchased will be divided by 4 (the parties acknowledging that 4 sq ft of paper are consumed to produce a standard roll of 24 exposures) to arrive at the number of rolls processed for the R-1 Labs and all other labs for purposes of this Agreement.
- The number of rolls processed will be divided by the number of days in the quarter, and then by the number of labs (either R-1 or all other, respectively) to arrive at the RPD for the quarter for R-1 labs, and the RPD for the all other labs. The number of labs will be determined by the account at the beginning of the quarter.

The RPD will then be the basis of determining the per sq ft paper price rebate, in accordance with Exhibit D to this Schedule H. The rebate due to Winn Dixie will be paid by Konica within 30 days after the end of each quarter during the term hereof via a credit memo to Winn Dixie's account. In the event that the RPD is below 50 for R-1 labs or below 40 for all other labs, Winn Dixie will be charged a surcharge in accordance with Schedule H, Exhibit D.

Documentation

Quarterly, as supporting documentation for the paper price rebate/surcharge, Konica will provide a report that presents invoice level detail by store of paper purchases. The report summarizes purchases by store, region and total chain, segregated between R-1 labs (stores) and all other labs.

This report will be similar to the excerpts attached as Exhibit B (store summary) and B-1 (invoice detail)

**Exhibit A & C not used.**



EXHIBIT "A"

**Exhibit A**
**(not used)**

Exhibit C
(not used)

Konica Minolta Photo Imaging USA Inc.
Winn Dixie Property Tax Estimates for 2006/2007

|  | Tax Amount | Actual Bills |
|---|---|---|
| Open 2005 Assessments | 23,286.21 | 19132.45 |
| Estimate 2006 Assessments | 118,266.53 | 77,592.18 |
| Total | 141,552.74 | 96,724.63 |

**EXHIBIT "B"**

Konica Minolta Photo Imaging USA Inc.
Property Tax Estimates for 2006

| Store # | City | ST | Assessment Date | Tax Amount | Actual Bills |
|---|---|---|---|---|---|
| 2 | Jacksonville | FL | 1/1/2006 | 771.49 | 511.33 |
| 5 | Ponte Vedra Beach | FL | 1/1/2006 | 102.80 | 68.12 |
| 6 | Jacksonville | FL | 1/1/2006 | 948.46 | 678.85 |
| 8 | Orange Park | FL | 1/1/2006 | 322.59 | 224.41 |
| 18 | Neptune Beach | FL | 1/1/2006 | 138.47 | 89.28 |
| 28 | Madison | FL | 1/1/2006 | 413.28 | 346.23 |
| 30 | High Springs | FL | 1/1/2006 | 396.75 | assets removed |
| 52 | Tallahassee | FL | 1/1/2006 | 391.62 | 326.64 |
| 54 | Jacksonville | FL | 1/1/2006 | 294.01 | 189.65 |
| 80 | Jacksonville | FL | 1/1/2006 | 335.46 | 216.37 |
| 81 | Lake City | FL | 1/1/2006 | 514.58 | 386.38 |
| 84 | Fernandina Beach | FL | 1/1/2006 | 238.79 | 175.09 |
| 85 | Starke | FL | 1/1/2006 | 748.37 | 544.90 |
| 93 | Middleberg | FL | 1/1/2006 | 367.55 | 255.69 |
| 103 | Orange Park | FL | 1/1/2006 | 593.81 | 440.49 |
| 104 | Perry | FL | 1/1/2006 | 442.68 | 311.42 |
| 123 | Jacksonville | FL | 1/1/2006 | 301.07 | 194.21 |
| 129 | St. Augustine | FL | 1/1/2006 | 155.80 | 132.19 |
| 135 | Green Cove | FL | 1/1/2006 | 1,007.12 | 850.89 |
| 138 | Green Cove | FL | 1/1/2006 | 289.50 | 230.10 |
| 141 | Jacksonville | FL | 1/1/2006 | 1,144.15 | 882.52 |
| 142 | Hilliard | FL | 1/1/2006 | 224.14 | 184.27 |
| 144 | MacClenny | FL | 1/1/2006 | 1,323.24 | 1,068.10 |
| 145 | Orange Park | FL | 1/1/2006 | 512.23 | 382.31 |
| 162 | Jacksonville | FL | 1/1/2006 | 1,108.75 | 855.22 |
| 163 | Palatka | FL | 1/1/2006 | 1,483.41 | 1,244.69 |
| 176 | Jacksonville | FL | 1/1/2006 | 934.11 | 720.52 |
| 177 | Jacksonville | FL | 1/1/2006 | 212.23 | 180.64 |
| 179 | Jacksonville | FL | 1/1/2006 | 212.75 | assets removed |
| 180 | Yulee | FL | 1/1/2006 | 223.42 | 183.72 |
| 182 | St. Augustine | FL | 1/1/2006 | 178.01 | 151.96 |
| 184 | Quincy | FL | 1/1/2006 | 383.54 | 267.51 |

Konica Minolta Photo Imaging USA Inc.
Property Tax Estimates for 2006

| Store # | City | ST | Assessment Date | Tax Amount | Actual Bills |
|---|---|---|---|---|---|
| 186 | Crawfordville | FL | 1/1/2006 | 226.55 | 244.33 |
| 190 | Jacksonville | FL | 1/1/2006 | 199.12 | 130.09 |
| 191 | Jacksonville | FL | 1/1/2006 | 1,034.23 | 797.74 |
| 195 | Jacksonville | FL | 1/1/2006 | 302.30 | 195.01 |
| 196 | Crescent City | FL | 1/1/2006 | 506.00 | 375.91 |
| 202 | West Palm Beach | FL | 1/1/2006 | 1,200.42 | 980.36 |
| 207 | Pompano Beach | FL | 1/1/2006 | 391.15 | 274.65 |
| 212 | Royal Palm Beach | FL | 1/1/2006 | 1,234.41 | 987.96 |
| 222 | Plantation | FL | 1/1/2006 | 332.32 | 334.46 |
| 228 | Pompano Beach | FL | 1/1/2006 | 466.65 | 327.65 |
| 231 | Hialeah | FL | 1/1/2006 | 418.47 | 1,028.44 |
| 240 | Hialeah | FL | 1/1/2006 | 513.53 | 378.36 |
| 243 | Miami | FL | 1/1/2006 | 310.73 | 257.80 |
| 247 | Miami | FL | 1/1/2006 | 905.30 | 656.21 |
| 250 | Miramar | FL | 1/1/2006 | 1,130.90 | 892.04 |
| 251 | Miami | FL | 1/1/2006 | 499.40 | 346.67 |
| 255 | Delray Beach | FL | 1/1/2006 | 269.62 | 210.57 |
| 260 | Lake Worth | FL | 1/1/2006 | 1,085.49 | 883.44 |
| 265 | Deerfield Beach | FL | 1/1/2006 | 464.54 | 329.22 |
| 272 | Jupiter | FL | 1/1/2006 | 538.19 | 381.31 |
| 274 | Hollywood | FL | 1/1/2006 | 447.72 | 360.22 |
| 278 | Pembroke Pines | FL | 1/1/2006 | 1,289.45 | 609.37 |
| 280 | Miami | FL | 1/1/2006 | 564.80 | 411.88 |
| 288 | Loxahatchee | FL | 1/1/2006 | 1,121.80 | 913.00 |
| 292 | Hialeah | FL | 1/1/2006 | 1,258.53 | 1,039.81 |
| 301 | Fort Lauderdale | FL | 1/1/2006 | 382.05 | 270.49 |
| 305 | Hobe Sound | FL | 1/1/2006 | 190.30 | 172.32 |
| 306 | Hallandale | FL | 1/1/2006 | 601.23 | 396.19 |
| 307 | Stuart | FL | 1/1/2006 | 213.73 | 195.96 |
| 309 | West Palm Beach | FL | 1/1/2006 | 627.42 | 450.24 |
| 310 | Fort Lauderdale | FL | 1/1/2006 | 1,149.03 | 884.00 |
| 311 | Davie | FL | 1/1/2006 | 1,329.91 | 1,052.98 |

Konica Minolta Photo Imaging USA Inc.
Property Tax Estimates for 2006

| Store # | City | ST | Assessment Date | Tax Amount | Actual Bills |
|---|---|---|---|---|---|
| 317 | Key West | FL | 1/1/2006 | 517.10 | 393.48 |
| 326 | Fort Lauderdale | FL | 1/1/2006 | 468.68 | 332.23 |
| 328 | Tavernier | FL | 1/1/2006 | 510.61 | 360.59 |
| 348 | Plantation | FL | 1/1/2006 | 581.22 | 313.00 |
| 364 | Stuart | FL | 1/1/2006 | 920.09 | 660.76 |
| 388 | Miami | FL | 1/1/2006 | 533.86 | 1,029.82 |
| 390 | Riviera Beach | FL | 1/1/2006 | 1,472.00 | 1,204.01 |
| 412 | Gulf Breeze | FL | 1/1/2006 | 783.10 | 663.99 |
| 436 | Lynn Haven | FL | 1/1/2006 | 448.68 | 251.11 |
| 481 | Panama City | FL | 1/1/2006 | 221.09 | 142.42 |
| 487 | Panama City | FL | 1/1/2006 | 283.50 | 160.67 |
| 488 | Panama City Beach | FL | 1/1/2006 | 218.48 | 118.00 |
| 489 | Milton | FL | 1/1/2006 | 293.88 | 202.95 |
| 494 | Panama City | FL | 1/1/2006 | 263.71 | 124.20 |
| 495 | Pensacola | FL | 1/1/2006 | 218.71 | 173.56 |
| 498 | Cantonment | FL | 1/1/2006 | 199.81 | 158.55 |
| 501 | Navarre | FL | 1/1/2006 | 866.96 | 715.74 |
| 504 | Pensacola | FL | 1/1/2006 | 272.31 | 226.22 |
| 506 | Pensacola | FL | 1/1/2006 | 172.68 | 137.00 |
| 507 | Pace | FL | 1/1/2006 | 244.38 | 173.47 |
| 535 | Pensacola | FL | 1/1/2006 | 961.79 | 763.13 |
| 538 | Parker | FL | 1/1/2006 | 222.84 | 125.16 |
| 541 | Fort Walton Beach | FL | 1/1/2006 | 159.61 | 128.53 |
| 551 | Niceville | FL | 1/1/2006 | 681.42 | 497.25 |
| 552 | Panama City | FL | 1/1/2006 | 283.89 | 160.17 |
| 555 | Marianna | FL | 1/1/2006 | 334.63 | 213.27 |
| 556 | Pensacola | FL | 1/1/2006 | 242.57 | 201.52 |
| 558 | Crestview | FL | 1/1/2006 | 200.48 | 170.76 |
| 560 | Montgomery | FL | 1/1/2006 | 175.74 | 116.46 |
| 566 | Fort Walton Beach | FL | 1/1/2006 | 176.88 | 143.16 |
| 577 | DeFuniak Springs | FL | 1/1/2006 | 145.68 | 101.75 |
| 589 | Saint Petersburg | FL | 1/1/2006 | 224.25 | ??? don't have |

Konica Minolta Photo Imaging USA Inc.
Property Tax Estimates for 2006

| Store # | City | ST | Assessment Date | Tax Amount | Actual Bills |
|---|---|---|---|---|---|
| 602 | Bartow | FL | 1/1/2006 | 292.12 | 180.33 |
| 605 | Largo | FL | 1/1/2006 | 247.15 | 152.74 |
| 606 | Largo | FL | 1/1/2006 | 229.94 | 171.72 |
| 607 | Seminole | FL | 1/1/2006 | 220.52 | 166.44 |
| 608 | Dade City | FL | 1/1/2006 | 669.81 | 481.18 |
| 609 | Avon Park | FL | 1/1/2006 | 454.97 | 345.63 |
| 611 | Lutz | FL | 1/1/2006 | 291.66 | 167.80 |
| 612 | Auburndale | FL | 1/1/2006 | 302.50 | 230.43 |
| 613 | Bradenton | FL | 1/1/2006 | 560.31 | 272.72 |
| 618 | Arcadia | FL | 1/1/2006 | 546.08 | 367.81 |
| 619 | Sun City | FL | 1/1/2006 | 356.27 | 201.70 |
| 622 | Largo | FL | 1/1/2006 | 200.78 | 133.82 |
| 624 | Tarpon Springs | FL | 1/1/2006 | 276.89 | 208.34 |
| 629 | Lakeland | FL | 1/1/2006 | 427.49 | 330.75 |
| 630 | Bradenton | FL | 1/1/2006 | 361.19 | 180.05 |
| 631 | Lakeland | FL | 1/1/2006 | 300.35 | 207.27 |
| 632 | Lakeland | FL | 1/1/2006 | 223.24 | 167.08 |
| 639 | Tampa | FL | 1/1/2006 | 392.98 | 625.44 |
| 643 | Tampa | FL | 1/1/2006 | 524.00 | 222.55 |
| 644 | Holiday | FL | 1/1/2006 | 942.93 | 753.90 |
| 651 | Land O Lakes | FL | 1/1/2006 | 352.30 | 231.67 |
| 656 | Bradenton | FL | 1/1/2006 | 280.01 | 139.54 |
| 657 | Sarasota | FL | 1/1/2006 | 330.94 | 228.21 |
| 658 | Madeira Beach | FL | 1/1/2006 | 172.39 | 104.63 |
| 659 | Sarasota | FL | 1/1/2006 | 260.33 | 179.05 |
| 664 | Lakeland | FL | 1/1/2006 | 287.96 | 223.74 |
| 672 | New Port Richey | FL | 1/1/2006 | 320.90 | 227.34 |
| 673 | Ruskin | FL | 1/1/2006 | 411.47 | 228.77 |
| 676 | Brandon | FL | 1/1/2006 | 291.65 | 167.80 |
| 678 | Riverview | FL | 1/1/2006 | 377.86 | 209.63 |
| 683 | Zephyrhills | FL | 1/1/2006 | 294.61 | 209.15 |
| 695 | Palm Harbor | FL | 1/1/2006 | 248.56 | 188.44 |

Konica Minolta Photo Imaging USA Inc.
Property Tax Estimates for 2006

| Store # | City | ST | Assessment Date | Tax Amount | Actual Bills |
|---|---|---|---|---|---|
| 697 | Tampa | FL | 1/1/2006 | 400.46 | 230.17 |
| 698 | St. Petersburg | FL | 1/1/2006 | 283.25 | 375.16 |
| 702 | Brooksville | FL | 1/1/2006 | 445.19 | 261.24 |
| 705 | Haines City | FL | 1/1/2006 | 471.07 | 365.59 |
| 706 | Lakeland | FL | 1/1/2006 | 276.86 | 191.11 |
| 708 | Spring Hill | FL | 1/1/2006 | 275.11 | 192.25 |
| 710 | Hudson | FL | 1/1/2006 | 300.40 | 198.14 |
| 711 | Spring Hill | FL | 1/1/2006 | 374.51 | 212.39 |
| 713 | Dundee | FL | 1/1/2006 | 342.15 | 237.26 |
| 720 | Englewood | FL | 1/1/2006 | 141.84 | 75.10 |
| 721 | LaBelle | FL | 1/1/2006 | 1,125.60 | 873.16 |
| 729 | Marco Island | FL | 1/1/2006 | 681.88 | 538.50 |
| 735 | Naples | FL | 1/1/2006 | 365.86 | 258.00 |
| 737 | Port Charlotte | FL | 1/1/2006 | 131.33 | 133.43 |
| 738 | Naples | FL | 1/1/2006 | 237.82 | 209.00 |
| 741 | Punta Gorda | FL | 1/1/2006 | 164.60 | 122.34 |
| 743 | Naples | FL | 1/1/2006 | 791.20 | 630.80 |
| 777 | Thonotosassa | FL | 1/1/2006 | 413.47 | 229.81 |
| 2203 | Edgewater | FL | 1/1/2006 | 405.40 | assets removed |
| 2205 | Belleview | FL | 1/1/2006 | 295.17 | 235.70 |
| 2207 | St. Cloud | FL | 1/1/2006 | 1,034.45 | 879.78 |
| 2213 | Ocala | FL | 1/1/2006 | 351.56 | 240.23 |
| 2215 | Sand Lake | FL | 1/1/2006 | 1,087.22 | 864.71 |
| 2217 | Crystal River | FL | 1/1/2006 | 301.86 | 212.90 |
| 2219 | Dunnellon | FL | 1/1/2006 | 353.63 | 253.46 |
| 2220 | Beverly Hills | FL | 1/1/2006 | 252.70 | 220.11 |
| 2223 | Homosassa Springs | FL | 1/1/2006 | 229.82 | 195.19 |
| 2225 | Clermont | FL | 1/1/2006 | 369.48 | 274.31 |
| 2230 | Palm Bay | FL | 1/1/2006 | 1,188.13 | 899.02 |
| 2233 | Longwood | FL | 1/1/2006 | 276.83 | 233.30 |
| 2237 | DeBary | FL | 1/1/2006 | 303.05 | assets removed |
| 2244 | Palm Coast | FL | 1/1/2006 | 191.36 | 167.89 |

Konica Minolta Photo Imaging USA Inc.
Property Tax Estimates for 2006

| Store # | City | ST | Assessment Date | Tax Amount | Actual Bills |
|---|---|---|---|---|---|
| 2246 | Apopka | FL | 1/1/2006 | 220.26 | 185.08 |
| 2247 | Palm Coast | FL | 1/1/2006 | 366.94 | 322.51 |
| 2249 | Deltona | FL | 1/1/2006 | 807.48 | assets removed |
| 2250 | Ocoee | FL | 1/1/2006 | 490.14 | 351.96 |
| 2254 | Kissimmee | FL | 1/1/2006 | 131.78 | 205.02 |
| 2260 | Kissimmee | FL | 1/1/2006 | 275.24 | 242.48 |
| 2265 | Poinciana | FL | 1/1/2006 | 215.10 | 223.46 |
| 2266 | Fern Park | FL | 1/1/2006 | 217.89 | 197.97 |
| 2269 | Orlando | FL | 1/1/2006 | 266.95 | 203.47 |
| 2270 | Orlando | FL | 1/1/2006 | 241.97 | 222.29 |
| 2273 | Casselberry | FL | 1/1/2006 | 232.47 | 180.45 |
| 2278 | Orlando | FL | 1/1/2006 | 254.81 | 214.92 |
| 2281 | Orlando | FL | 1/1/2006 | 257.37 | 186.19 |
| 2298 | Melbourne | FL | 1/1/2006 | 366.99 | 244.67 |
| 2304 | New Smyrna Beach | FL | 1/1/2006 | 481.25 | assets removed |
| 2308 | Deltona | FL | 1/1/2006 | 442.24 | assets removed |
| 2309 | Ormond Beach | FL | 1/1/2006 | 437.98 | assets removed |
| 2311 | Port Orange | FL | 1/1/2006 | 395.05 | assets removed |
| 2313 | Deltona | FL | 1/1/2006 | 347.07 | assets removed |
| 2320 | Bushnell | FL | 1/1/2006 | 371.36 | 258.33 |
| 2324 | Cocoa Beach | FL | 1/1/2006 | 332.52 | 242.14 |
| 2325 | Cocoa Beach | FL | 1/1/2006 | 230.58 | 172.34 |
| 2327 | Titusville | FL | 1/1/2006 | 199.80 | 165.03 |
| 2328 | Melbourne Beach | FL | 1/1/2006 | 446.90 | 327.00 |
| 2329 | Port St. John | FL | 1/1/2006 | 249.95 | 174.25 |
| 2333 | Melbourne | FL | 1/1/2006 | 1,121.25 | ??? don't have |
| 2334 | Clermont | FL | 1/1/2006 | 1,116.54 | 933.25 |
| 2336 | Leesburg | FL | 1/1/2006 | 936.33 | 785.34 |
| 2343 | Deland | FL | 1/1/2006 | 1,256.69 | assets removed |
| 2348 | Port St. Lucie | FL | 1/1/2006 | 301.56 | 254.73 |
| 2349 | Fort Pierce | FL | 1/1/2006 | 1,187.67 | 924.91 |
| 2354 | Sebastian | FL | 1/1/2006 | 320.85 | 264.42 |

Konica Minolta Photo Imaging USA Inc.
Property Tax Estimates for 2006

| Store # | City | ST | Assessment Date | Tax Amount | Actual Bills |
|---|---|---|---|---|---|
| 2367 | Micco | FL | 1/1/2006 | 253.61 | 175.78 |
| 2388 | Altamonte Springs | FL | 1/1/2006 | 281.47 | 234.19 |
| 2390 | Orlando | FL | 1/1/2006 | 266.52 | 201.16 |
| 2392 | Orlando | FL | 1/1/2006 | 445.99 | 323.28 |
| 2393 | Apopka | FL | 1/1/2006 | 1,034.15 | 269.38 |
| 19 | St. Simons Island | GA | 1/1/2006 | 623.83 | 482.35 |
| 22 | Albany | GA | 1/1/2006 | 393.46 | 264.13 |
| 32 | Lake Park | GA | 1/1/2006 | 227.42 | 161.66 |
| 71 | Tifton | GA | 1/1/2006 | 743.64 | 574.33 |
| 97 | Brunswick | GA | 1/1/2006 | 479.42 | 332.13 |
| 110 | Leesburg | GA | 1/1/2006 | 358.74 | 218.91 |
| 140 | Valdosta | GA | 1/1/2006 | 484.62 | 361.06 |
| 149 | Cordele | GA | 1/1/2006 | 274.26 | 189.78 |
| 159 | Brunswick | GA | 1/1/2006 | 599.00 | 463.18 |
| 166 | Kingsland | GA | 1/1/2006 | 661.25 | 675.33 |
| 169 | Bainbridge | GA | 1/1/2006 | 324.46 | 228.13 |
| 192 | Cairo | GA | 1/1/2006 | 245.28 | 118.67 County bill only |
| 439 | Columbus | GA | 1/1/2006 | 1,052.92 | 845.91 |
| 443 | Columbus | GA | 1/1/2006 | 377.20 | 253.50 |
| 545 | Americus | GA | 1/1/2006 | 320.94 | 225.97 |
| 1854 | Bonaire | GA | 1/1/2006 | 873.86 | 659.45 |
| 1404 | River Ridge | LA | 1/1/2006 | 943.44 | 715.74 |
| 1405 | Gretna | LA | 1/1/2006 | 319.04 | 209.71 |
| 1406 | Kenner | LA | 1/1/2006 | 175.16 | 145.18 |
| 1411 | Metairie | LA | 1/1/2006 | 971.44 | 739.64 |
| 1412 | Kenner | LA | 1/1/2006 | 734.97 | 531.22 |

Konica Minolta Photo Imaging USA Inc.
Property Tax Estimates for 2006

| Store # | City | ST | Assessment Date | Tax Amount | Actual Bills | |
|---|---|---|---|---|---|---|
| 1419 | New Orleans | LA | 1/1/2006 | 405.79 | | |
| 1425 | Harvey | LA | 1/1/2006 | 293.73 | 264.42 | |
| 1432 | Chalmette | LA | 1/1/2006 | 444.26 | Destroyed by hurricane | |
| 1438 | Meraux | LA | 1/1/2006 | 421.04 | Destroyed by hurricane | |
| 1440 | Marrero | LA | 1/1/2006 | 454.25 | ??? don't have | |
| 1444 | Luling | LA | 1/1/2006 | 485.82 | 388.92 | |
| 1446 | Mandeville | LA | 1/1/2006 | 464.24 | | |
| 1448 | Covington | LA | 1/1/2006 | 579.81 | | |
| 1454 | Baton Rouge | LA | 1/1/2006 | 256.66 | | |
| 1461 | Baton Rouge | LA | 1/1/2006 | 184.62 | | |
| 1467 | Baton Rouge | LA | 1/1/2006 | 276.76 | | |
| 1490 | Crowley | LA | 1/1/2006 | 404.21 | 320.97 | |
| 1500 | Mandeville | LA | 1/1/2006 | 513.22 | | |
| 1502 | Slidell | LA | 1/1/2006 | 624.96 | | |
| 1504 | Slidell | LA | 1/1/2006 | 624.96 | assets removed | |
| 1537 | Hammond | LA | 1/1/2006 | 301.98 | 224.27 | |
| 1540 | Ponchatoula | LA | 1/1/2006 | 783.07 | 665.80 | |
| 1555 | Lafayette | LA | 1/1/2006 | 340.04 | 212.29 | Parish bill only |
| 1561 | Lafayette | LA | 1/1/2006 | 413.91 | 257.97 | Parish bill only |
| 1572 | New Roads | LA | 1/1/2006 | 182.25 | 155.65 | |
| 1576 | Baton Rouge | LA | 1/1/2006 | 253.25 | | |
| 1577 | Baton Rouge | LA | 1/1/2006 | 534.61 | | |
| 1579 | Plaquemine | LA | 1/1/2006 | 190.61 | 147.65 | |
| 1581 | Zachary | LA | 1/1/2006 | 293.37 | | |
| 1583 | LaPlace | LA | 1/1/2006 | 974.22 | | |
| 1588 | Destrehan | LA | 1/1/2006 | 916.53 | 793.32 | |
| 1590 | Prairieville | LA | 1/1/2006 | 81.19 | | |
| 472 | Meridian | MS | 1/1/2006 | 248.60 | | |
| 533 | Meridian | MS | 1/1/2006 | 897.90 | | |

Konica Minolta Photo Imaging USA Inc.
Property Tax Estimates for 2006

| Store # | City | ST | Assessment Date | Tax Amount | Actual Bills |
|---|---|---|---|---|---|
| 536 | Meridian | MS | 1/1/2006 | 424.14 | |
| 1479 | Long Beach | MS | 1/1/2006 | 475.97 | |
| | | | | 118,266.53 | 77,592.18 |

Konica Minolta Photo Imaging USA Inc.
: Property Tax Estimates for 2006

| Store # | City | ST | Assessment Date | Tax Amount | Actual Bills |
|---|---|---|---|---|---|
| 593 | Adamsville | AL | 10/1/2005 | 304.359 | 220.94 |
| 529 | Alabaster | AL | 10/1/2005 | 109.296 | 90.72 |
| 456 | Alexander City | AL | 10/1/2005 | 199.2375 | 159 |
| 447 | Anniston | AL | 10/1/2005 | 265.328 | 192.61 |
| 579 | Auburn | AL | 10/1/2005 | 457.056 | 366.12 |
| 571 | Bay Minette | AL | 10/1/2005 | 194.5225 | 147.05 |
| 595 | Bessemer | AL | 10/1/2005 | 126.408 | 185.49 |
| 435 | Birmingham | AL | 10/1/2005 | 350.083 | 279.38 |
| 517 | Birmingham | AL | 10/1/2005 | 230.023 | 383.37 |
| 532 | Birmingham | AL | 10/1/2005 | 276.874 | 316.69 |
| 534 | Birmingham | AL | 10/1/2005 | 397.4055 | 196.02 |
| 574 | Birmingham | AL | 10/1/2005 | 736.322 | 108.22 |
| 509 | Chelsea | AL | 10/1/2005 | 107.272 | 85.36 |
| 597 | Columbiana | AL | 10/1/2005 | 115.506 | 96.12 |
| 596 | Daphne | AL | 10/1/2005 | 178.02 | 143.62 |
| 1909 | Decatur | AL | 10/1/2005 | 592.8365 | 504.64 |
| 422 | Dothan | AL | 10/1/2005 | 144.739 | 109.27 |
| 426 | Dothan | AL | 10/1/2005 | 169.694 | 128.19 |
| 454 | Dothan | AL | 10/1/2005 | 144.026 | 105.06 |
| 457 | Dothan | AL | 10/1/2005 | 170.407 | 128.68 |
| 478 | Eufaula | AL | 10/1/2005 | 530.702 | 426.3 |
| 599 | Fairhope | AL | 10/1/2005 | 240.327 | 181.46 |
| 1906 | Florence | AL | 10/1/2005 | 66.7805 | 64.65 |
| 570 | Foley | AL | 10/1/2005 | 173.052 | 133.32 |
| 458 | Fultondale | AL | 10/1/2005 | 274.252 | 4.41 |
| 519 | Greenville | AL | 10/1/2005 | 232.645 | don't have bill yet |
| 469 | Helena | AL | 10/1/2005 | 103.684 | 85.26 |
| 1908 | Huntsville | AL | 10/1/2005 | 218.776 | 168.2 |
| 1912 | Huntsville | AL | 10/1/2005 | 244.122 | 185.6 |
| 496 | Jasper | AL | 10/1/2005 | 84.64 | 69.6 |
| 1917 | Killeen | AL | 10/1/2005 | 151.8575 | 111.75 |
| 1914 | Madison | AL | 10/1/2005 | 312.11 | 640.55 |
| 1915 | Meridianville | AL | 10/1/2005 | 101.706 | 85.76 |
| 451 | Millbrook | AL | 10/1/2005 | 335.34 | 285.12 |
| 549 | Mobile | AL | 10/1/2005 | 268.8355 | 92.64 |
| 564 | Mobile | AL | 10/1/2005 | 265.489 | 91.66 |
| 572 | Mobile | AL | 10/1/2005 | 190.7505 | 61.11 |
| 578 | Mobile | AL | 10/1/2005 | 186.944 | 102.87 |
| 590 | Mobile | AL | 10/1/2005 | 362.204 | 142.24 |

Konica Minolta Photo Imaging USA Inc.
Property Tax Estimates for 2006

| Store # | City | ST | Assessment Date | Tax Amount | Actual Bills |
|---|---|---|---|---|---|
| 591 | Mobile | AL | 10/1/2005 | 299.4025 | 118.11 |
| 448 | Montgomery | AL | 10/1/2005 | 468.9585 | 387.26 |
| 460 | Montgomery | AL | 10/1/2005 | 231.702 | 179.56 |
| 463 | Montgomery | AL | 10/1/2005 | 131.721 | 97.82 |
| 531 | Montgomery | AL | 10/1/2005 | 126.1665 | 93.13 |
| 575 | Moody | AL | 10/1/2005 | 144.9 | 47.52 |
| 526 | Northport | AL | 10/1/2005 | 190.532 | 61.56 |
| 528 | Northport | AL | 10/1/2005 | 311.144 | 100.32 |

Konica Minolta Photo Imaging USA Inc.
Property Tax Estimates for 2006

| Store # | City | ST | Assessment Date | Tax Amount | Actual Bills | |
|---|---|---|---|---|---|---|
| 437 | Opelika | AL | 10/1/2005 | 666.954 | 568.08 | |
| 490 | Orange Beach | AL | 10/1/2005 | 402.592 | 343.04 | |
| 547 | Pelham | AL | 10/1/2005 | 110.722 | 91.64 | |
| 433 | Phenix City | AL | 10/1/2005 | 204.516 | 164.88 | |
| 500 | Pinson | AL | 10/1/2005 | 320.3325 | 138.27 | |
| 527 | Prattville | AL | 10/1/2005 | 103.04 | 70.56 | |
| 442 | Rainbow City | AL | 10/1/2005 | 445.7515 | 380.16 | |
| 543 | Selma | AL | 10/1/2005 | 314.755 | 236.9 | |
| 473 | Semmes | AL | 10/1/2005 | 271.0665 | 93.12 | |
| 415 | Trussville | AL | 10/1/2005 | 680.5355 | 478.26 | |
| 461 | Trussville | AL | 10/1/2005 | 297.8155 | 102.49 | |
| 407 | Tuscaloosa | AL | 10/1/2005 | 233.3465 | 80.34 | |
| 530 | Tuscaloosa | AL | 10/1/2005 | 239.269 | 84.46 | |
| 1015 | Anderson | SC | 1/31/2005 for 2006 Report | 160.08 | 140.5 | |
| 1086 | Beaufort | SC | 1/31/2005 for 2006 Report | 67.3555 | 61.09 | |
| 1095 | Beaufort | SC | 1/31/2005 for 2006 Report | 103.4655 | 95.94 | |
| 1016 | Belton | SC | 1/31/2005 for 2006 Report | 488.6465 | 418.18 | |
| 1234 | Cayce | SC | 1/31/2005 for 2006 Report | 154.9165 | 132.25 | |
| 1010 | Chapin | SC | 1/31/2005 for 2006 Report | 210.979 | 190.11 | |
| 1242 | Clemson | SC | 1/31/2005 for 2006 Report | 148.2235 | 1367.32 | |
| 1238 | Columbia | SC | 1/31/2005 for 2006 Report | 196.65 | 179.62 | |
| 1223 | Easley | SC | 1/31/2005 for 2006 Report | 128.8805 | 109.98 | |
| 2116 | Florence | SC | 1/31/2005 for 2006 Report | 182.9765 | 169.85 | |
| 2150 | Fort Mill | SC | 1/31/2005 for 2006 Report | 233.9675 | assets removed | |
| 1297 | Greenville | SC | 1/31/2005 for 2006 Report | 153.341 | 138.27 | |
| 1298 | Greenville | SC | 1/31/2005 for 2006 Report | 164.427 | 148.13 | |
| 1258 | Greenwood | SC | 1/31/2005 for 2006 Report | 217.7065 | 194.26 | |
| 1259 | Greenwood | SC | 1/31/2005 for 2006 Report | 217.7065 | 194.26 | |
| 1055 | Greer | SC | 1/31/2005 for 2006 Report | 169.2915 | 151.29 | |
| 1248 | Hampton | SC | 1/31/2005 for 2006 Report | 200.261 | 147.29 | |
| 2146 | Hartsville | SC | 1/31/2005 for 2006 Report | 227.585 | 206.26 | |
| 1256 | Inman | SC | 1/31/2005 for 2006 Report | 157.1245 | assets removed | |
| 2156 | Lake Wylie | SC | 1/31/2005 for 2006 Report | 158.1825 | 143.3 | |
| 1003 | North Augusta | SC | 1/31/2005 for 2006 Report | 180.044 | 117.1 | County bill only |
| 1005 | North Augusta | SC | 1/31/2005 for 2006 Report | 128.11 | 83.32 | County bill only |
| 1076 | Orangeburg | SC | 1/31/2005 for 2006 Report | 240.465 | 175.44 | County bill only |

Konica Minolta Photo Imaging USA Inc.
: Property Tax Estimates for 2006

| Store # | City | ST | Assessment Date | Tax Amount | Actual Bills |
|---|---|---|---|---|---|
| 1244 | Pickens | SC | 1/31/2005 for 2006 Report | 117.9555 | 99.99 |
| 2151 | Rock Hill | SC | 1/31/2005 for 2006 Report | 201.664 | 167.88 |
| 1049 | Seneca | SC | 1/31/2005 for 2006 Report | 1332.6315 | 971.04 |
| 1235 | South Congaree | SC | 1/31/2005 for 2006 Report | 85.859 | 73.18 |
| 1257 | Spartanburg | SC | 1/31/2005 for 2006 Report | 238.924 | 207.61 |
| 1264 | Spartanburg | SC | 1/31/2005 for 2006 Report | 154.008 | 137.94 |
| 1270 | Summerville | SC | 1/31/2005 for 2006 Report | 149.6725 | |
| 2165 | Sumter | SC | 1/31/2005 for 2006 Report | 149.6955 | 118.31 |
| 1057 | Travelers Rest | SC | 1/31/2005 for 2006 Report | 182.0335 | 1680.27 |
| 1220 | Westminster | SC | 1/31/2005 for 2006 Report | 168.1415 | 140.16 |
| 1018 | Williamston | SC | 1/31/2005 for 2006 Report | 198.996 | 175.78 |
| 2160 | York | SC | 1/31/2005 for 2006 Report | 207.391 | |
| | | | | $23,286.21 | $19,132.45 |