**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In re:

WINN DIXIE STORES, INC., et al.,            Case No. 05-03817F1
                                                          Chapter 11
       Debtors.
_____/

**NATIONAL ASBESTOS WORKERS PENSION FUND'S
RESPONSE TO DEBTORS' OBJECTION TO CLAIMS**

       National Asbestos Workers Pension Fund files its response to the Debtors' Twenty-Seventh Omnibus Objection to (A) Equity Claims, (B) Equity Damage Claims, (C) No liability Claims, (D) Amended and Superseded Claim, (E) Unliquidated Claims, (F) Overstated Claims, (G) No Liability MisClassified Claim and (H) Misclassified Claims (the "Objection"), and says:

       1.     On February 11, 2005 (the "Petition Date"), the Debtors filed a voluntary petition in this Court for relief under Chapter 11 of Title 11 of the United States Code.

       2.     On July 29, 2005, National Asbestos Workers Pension Fund (the "Claimant") filed a Proof of Claim No. 9976 in an unliquidated amount. The Claimant is lead plaintiff in certain pending shareholder class action litigation.

       3.     On November 14, 2006, the Debtors filed an objection to the Claimant's Proof of Claim. [CP # 12532].

       4.     The Claimant is agreeable to the entry of an order on the objection in the form of the order attached as Exhibit "A" to this Response.

Dated: December 4, 2006

Respectfully Submitted,

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A)

GENOVESE JOBLOVE & BATTISTA, P.A.
Attorneys for National Asbestos Workers Pension Fund
Bank of America Tower
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Tel: (305) 349-2300
Fax: (305) 349-2310

By:      /s/ Heather Yonke
      David C. Cimo, Esq.
      Florida Bar No. 775400
      Heather Yonke, Esq.
      Florida Bar No. 013192

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via facsimile, electronic mail, and/or First Class postage-paid U.S. Mail to all parties listed below this 4th day of December 2006.

By:   /s/ David C. Cimo, Esq.
       David C. Cimo, Esq.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

WINN-DIXIE STORES, INC., et al,

Debtor.
_____/

Chapter 11
Case No. 05-03817F1

## ORDER ON DEBTOR'S OBJECTION TO CLAIM NO. 9976 FILED BY NATIONAL ASBESTOS WORKERS PENSION FUND

THIS CAUSE came on for hearing on December 14, 2006 at 1:00 p.m. on the Debtor's Objection to Claim No. 9976 filed by the National Asbestos Workers Pension Fund, individually and on behalf of all others similarly situated [Docket No. 12532]. Based upon the agreement of the parties and the Court's review of the Objection and the Claim, and it appearing that the Claim is due to be disallowed or, if not disallowed, subordinated pursuant to 11 U.S.C. § 510(b), it is

ORDERED, ADJUDGED AND DECREED that the Objection to Claim No. 9976 filed by National Asbestos Workers Pension Fund is hereby sustained on the terms and conditions set forth herein.  It is further

ORDERED, ADJUDGED AND DECREED that the Claim is hereby disallowed and expunged in its entirety.  It is further

ORDERED, ADJUDGED AND DECREED that except as may be governed by other agreements, releases, or orders of this Court, the United States District Court for the Middle District of Florida having jurisdiction in connection with the matter styled In re: Winn Dixie Stores, Inc. Securities Litigation., and any and all other related cases pending

under consolidated Case No. 3:04-cv-71-HES-MCR (collectively, the "Lawsuit") or such other court of competent jurisdiction, neither this Order nor its contents shall have any impact on the Class or the Class' right to pursue the causes of action in the Lawsuit.

DONE AND ORDERED in Chambers at Tampa, Florida on _____.

                                                                                                        _____
JERRY A. FUNK
United States Bankruptcy Judge

Copy furnished to:

James H. Post, Esq.
Smith Husey & Busey
225 Water Street
Suite 1800
Jacksonville, FL  32202