FILED

DEC 0 4 2006

CLERK, U.S. BANKRUPTCY
MIDDLE DISTRICT OF FLORIDA

DEBT ACQUISITION COMPANY OF AMERICA V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
Telephone (619) 220-8900
Facsimile (619) 220-8112



UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: | ) Chapter 11 )|
| WINN-DIXIE STORES, INC., et al. | ) CASE NO. 05-03817 (3F1) ) Jointly Administered ) ) |
| Debtors. | ) NOTICE OF WITHDRAWAL ) OF TRANSFER OF CLAIM |

PLEASE TAKE NOTICE that Debt Acquisition Company of America V, LLC hereby withdraws the Notice of Transfer of Claim filed from CAREER CENTER FLORIDA THE as transferor, to Debt Acquisition Company of America V, LLC as transferee. The Withdrawal of Transfer of Claim relates only to the scheduled liability of CAREER CENTER FLORIDA THE in the amount of $420.00.

Respectfully submitted, this 15TH day of November 2006.

DEBT ACQUISITION COMPANY OF AMERICA V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
Telephone (800) 400-5033
Facsimile (619) 220-8112

By: /s/ Fette

Traci J. Fette