RE: Winn-Dixie Stores, Inc.

Case # 05-03817-3F1

Chapter 11

RE: Peggy Norris
Creditor ID # 421589
Claim # 13073
Debtor: Winn-Dixie Stores Inc.

**FILED**
JACKSONVILLE, FLORIDA

DEC 0 4 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

The attached copies on statements from Winn Dixie Dividend Re-Investment Plan show that these were good faith purchases and I can not feel satisfaction knowing that these companies involved can have these debts to their shareholders abolished simply because they for whatever reason, be it mismanagement or whatever, chose to file bankruptcy while records show Corporate Executive's are still receiving astronomical salaries.

Please ask the courts on my behalf, as well as other clients affected by this Bankruptcy claim to please re-consider the innocent investers that are truly the most

affected by the Courts ruling.

Because I live in Texas, I cannot afford to personally attend, but I sincerely hope this, these claims, can and will be re-entered and accepted as legitimate and should be paid back to the shareholders.

Thank You,

Peggy L Norris

Kenneth W. Norris

351 Finney Dr.
Weatherford, TX 76085

817 444-0121