## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors.[1] | ) | Jointly Administered |

### NOTICE OF HEARING

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **December 14, 2006, at 1:00 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Twenty-Seventh Omnibus Objection to (A) Equity Claims, (B) Equity Damage Claims, (C) No Liability Claims, (D) Amended and Superseded Claim, (E) Unliquidated Claims, (F) Overstated Claims, (G) No Liability Misclassified Claim and (H) Misclassified Claims.

Only objections filed with the Court so as to be received by **December 4, 2006** and served on D. J. Baker at djbaker@skadden.com, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, will be considered by the Bankruptcy Court at the hearing.

---

[1]   In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Rule 17 Ad-15.

DRWD1 (REV

# *DIVIDEND REINVESTMENT PLAN*



**the real deal**

WACHOVIA BANK, N.A. DIVIDEND REINVESTMENT PLAN
FOR SHAREHOLDERS OF WINN-DIXIE STORES, INC. (Plan Sponsored and
Administered by WACHOVIA BANK, N.A. not by
Winn-Dixie Stores, Inc.)

STATEMENT DATE
02/23/2004

ACCOUNT NUMBER

3710116565

ISSUE NUMBER

4EZV

PEGGY E NORRIS
6105 SAINT JOHNS LN
FORT WORTH TX 76114

70.191



WACHOVIA BANK, N.A., AGENT
SHAREHOLDER SERVICES GROUP (NC1153)
CHARLOTTE, NC 28288-1153
PHONE 1-888-U-CALL-WD (1-888-822-5593)
FAX 704-590-4652
INTERNET:  www.wachovia.com/firstlink

PLEASE RETAIN THIS STATEMENT FOR YOUR INVESTMENT AND TAX RECORDS

## DIVIDEND INFORMATION

| RECORD DATE | PAYMENT DATE | RATE PER SHARE | CERTIFICATED/BOOK ENTRY SHARES REINVESTED | SHARES HELD IN PLAN | TOTAL SHARES |
|---|---|---|---|---|---|
| 02/02/2004 | 02/17/2004 | .05000 | 500 | 128.632 | 628.632 |

## ACCOUNT ACTIVITY

| DATE | TRANSACTION DESCRIPTION | AMOUNT OF TRANSACTION | SERVICE CHARGE | NET AMOUNT | COMMISSION | PRICE PER SHARE | SHARES ACQUIRED OR WITHDRAWN | TOTAL SHARES HELD IN PLAN |
|---|---|---|---|---|---|---|---|---|
| | | | | | | PRIOR BALANCE | | 128.632 |
| 02/17/2004 | PLAN DIST | 31.43 | .00 | 31.43 | .24 | 6.5230 | 4.818 | 133.450 |



133.45

DRWD1 (R

# *DIVIDEND REINVESTMENT PLAN*



**the real deal**

WACHOVIA BANK, N.A. DIVIDEND REINVESTMENT PLAN
FOR SHAREHOLDERS OF WINN-DIXIE STORES, INC. (Plan Sponsored and
Administered by WACHOVIA BANK, N.A. not by
Winn-Dixie Stores, Inc.)

STATEMENT DATE
02/23/2004

ACCOUNT NUMBER

3710116566

ISSUE NUMBER

4EZV

PEGGY E NORRIS & KENNETH W
NORRIS JT TEN
6105 SAINT JOHNS LN
FORT WORTH TX 76114

WACHOVIA BANK, N.A., AGENT
SHAREHOLDER SERVICES GROUP (NC1153)
CHARLOTTE, NC 28288-1153
PHONE 1-888-U-CALL-WD (1-888-822-5593)
FAX 704-590-4652
INTERNET:  www.wachovia.com/firstlink

PLEASE RETAIN THIS STATEMENT FOR YOUR INVESTMENT AND TAX RECORDS

## DIVIDEND INFORMATION

| RECORD DATE | PAYMENT DATE | RATE PER SHARE | CERTIFICATED/BOOK ENTRY SHARES REINVESTED | SHARES HELD IN PLAN | TOTAL SHARES |
|---|---|---|---|---|---|
| 02/02/2004 | 02/17/2004 | .05000 | | 69.657 | 69.657 |

ACCOUNT ACTIVITY

Page: 9 of 13
Date: 11/14/2006

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 429827<br>MATTHEWS, FRANK & MARY<br>1300 VIGO RD<br>SHELBYVILLE KY 40065-9504 | 13029<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 287480<br>MAZZA, DIANE M<br>3400 GALT OCEAN DR, APT 1704S<br>FORT LAUDERDALE FL 33308 | 13080<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 417481<br>MCKAIN, REBECCA AILEEN<br>C/O AILEEN S CLAY<br>PO BOX 9273<br>GREENVILLE SC 29604-9273 | 13105<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 429831<br>MERRITT, JAMES E-IMA<br>/O MELLON BANK, NA<br>ATTN STEVE DAVIES, ASST OFFICER<br>THREE MELLON CENTER, SUITE 1215<br>PITTSBURGH PA 15259 | 13055<br>Debtor: WINN-DIXIE STORES, INC. | $371.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 417510<br>MICHALAK, ALEXANDER<br>363 W MAIN ST<br>PLYMOUTH PA 18651 | 12982<br>Debtor: WINN-DIXIE STORES, INC. | $7,705.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 422933<br>MORAN, WILLIAM G<br>745 PLANTATION CIR<br>BRUNSWICK GA 31525 | 13116<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $221,291.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 421357<br>NATIONAL FINANCIAL SERVICES LLC<br>ONE WORLD FINANCIAL CENTER<br>200 LIBERY ST<br>NEW YORK NY 10281 | 13200<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 421589<br>NORRIS, PEGGY E<br>351 FINNEY DR<br>WEATHERFORD TX 76085-3845 | 13073<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |

Form B10 (Official Form 10) (04/04)

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**

**Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered**

Chapter 11 | **PROOF OF CLAIM**

Name of Debtor Against Which You Assert Your Claim:

Debtor Name: WINN-DIXIE STORES, INC., et al.   Case No. OS-03817-3F1

(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

Creditor ID: WDX-421589-BH-ST
PEGGY E NORRIS
351 FINNEY DR
WEATHERFORD TX 76085-3845

817-444-0121
Telephone No. of Creditor

Fax No. of Creditor

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☐ replaces address above ☒ additional address

Name: PEGGY & KENNETH NORRIS

Company/Firm:

Address: 6105 ST JOHNS LN
FORT WORTH TX 76114-3121

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.
☐ Check box if you have never received any notices in this case.

This Space Is For Court Use Only

Account or Other Number by Which Creditor Identifies Debtor:

Check here if this claim
☐ replaces   ☐ amends   a previously filed claim, dated:

acct #3710116565 - 133.45 Shares (DRIP stock)

**1. Basis for Claim**
☐ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☐ Personal injury/property damage
☒ Other WINN DIXIE STOCK
acct #1 37101165L - 70.191 Shares (DRIP stock)

☐ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SSN:_____
Unpaid compensation for services performed from
_____ to _____
(date)           (date)

**2. Date debt was incurred:** VARIOUS

**3.** If claim is based on a Court Judgment, date obtained:

**4. Total Amount of Claim at Time Case Filed:**
$0 (unsecured)   $ UnKnown (secured)   $_____ (priority)   $_____ (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim $_____**
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507 (a) (3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507 (a) (8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice: |
|---|---|
| 3-29-06 | Print: PEGGY NORRIS   Title: Creditor/owner   Signature: Peggy Norris |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

RECEIVED 2006 APR -3 PM 2:57 U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA LOGAN & CO INC