November 30, 2006                                         Case # 05-03817-3F1
                                                          Creditor ID WDX-493108-7G-15

The Honorable Jerry A. Funk
United States Bankruptcy Court                            F I L E D
Middle District of Florida                                JACKSONVILLE, FLORIDA
Jacksonville Division
                                                          DEC 0 4 2006

Dear Judge Funk,                                          CLERK, U.S. BANKRUPTCY COURT
                                                          MIDDLE DISTRICT OF FLORIDA

In response to the Notice of Hearing regarding Winn Dixie Stores, Inc. et al., the matter before the court is fraudulent. It's directors and management are incompetent having taken this company's stock from one of the best performing on the Dow to the worst. Now it is no longer listed.

The Board of Directors, having no practical retail experience, hired a president formerly with Albertson's who was responsible for drastic losses. Then he was paid a multi-million dollar contract buyout. After this debacle they hired another former Albertson's employee which resulted in even further decline. As a 16+ year former employee and stockholder I was shocked and amazed at this idiotic decision making.

In 2003, being extremely concerned, I wrote to all of the directors offering a comprehensive plan of action to save the company. But their response to me was a generic form letter.

Winn Dixie is playing a "shell game" - with assets far exceeding debt. This is the same scam executed by the "bankrupt" K-Mart in buying Sears, and leaving the stockholders with worthless investments. Compare this scenario with your buying a house, someone moves into your house - makes no payments, destroys it's value, declares bankruptcy - and then gets to keep your house free and clear. But you still have to pay for the house!

There must be further investigation into this case. The last scheduled stockholder's meeting was cancelled with little notice, giving us no voice. If Winn Dixie is truly bankrupt all assets should be sold and proceeds divided among the shareholders and creditors.

We, THE OWNERS OF THE COMPANY, have been defrauded. The directors and management of Winn Dixie Stores Inc. et al. should be held criminally liable.

Respectfully,


Gregory J. Holt
cc: All representative parties listed in Notice of Hearing