UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Ray Sizemore   (Claim  No.  12766)  [Docket  No.  12857]  was  furnished  by  mail  on

December 5, 2006 to Ray Sizemore, 6537 Sutherland Avenue, New Port Richey, Florida

34652.

Dated:  December 5, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    _s/ D. J. Baker_          By    _s/ James H. Post_
      D. J. Baker                      Stephen D. Busey
      Sally McDonald Henry             James H. Post (FBN 175460)
      Rosalie Gray                     Cynthia C. Jackson

Four Times Square                      225 Water Street, Suite 1800
New York, New York 10036               Jacksonville, Florida  32202
(212) 735-3000                         (904) 359-7700
(917) 777-2150 (facsimile)             (904) 359-7708 (facsimile)
djbaker@skadden.com                    jpost@smithhulsey.com

Co-Counsel for Debtors                 Co-Counsel for Debtors
00520151.DOC