**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Substantively Consolidated |

### NOTICE OF HEARING

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **December 14, 2006, at 1:00 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Application for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred by DLA Piper US LLP and FTI Consulting, Inc. for the Period from March 7, 2006 through October 31, 2006 (the "Application"), in the amounts set forth on Schedule A. Copies of the Application may be obtained by contacting the undersigned.

Only objections filed and served on (i) Thomas R. Califano at thomas.califano@dlapiper.com, DLA Piper US LLP, 1251 Avenue of the Americas, New York, New York 10020; (ii) Steven Simms at steven.simms@fticonsulting.com, FTI Consulting, Inc., 3 Times Square, 11th Fl., New York, New York 10036; (iii) D.J. Baker at djbaker@skadden.com, Skadden,

---

[1] In addition to Winn-Dixie Stores, the following entities are Debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036; and (iv) Cynthia C. Jackson at [cjackson@smithhulsey.com](cjackson@smithhulsey.com), Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, so as to be received by **December 7, 2006**, will be considered by the Bankruptcy Court at the hearing. The relief requested in the Application may be granted without a hearing if no objection is timely filed.

You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pantsuit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated:   New York, New York
        December 5, 2006

                          DLA PIPER US LLP

                          By: /s/         Thomas R. Califano
                              Thomas R. Califano
                              Vincent J. Roldan
                              1251 Avenue of the Americas
                              New York, NY 10020-1104
                              Telephone:  (212) 335-4500
                              Facsimile:  (212) 335-4501

- and –

By: /s/      Mark J. Friedman
    Mark J. Friedman
    Daniel Carrigan
    Janice L. Duban
6225 Smith Avenue
Baltimore, MD 21209
Telephone: (410) 580-4153
Facsimile: (410) 580-3001

- and -

By:       /s/    Philip V. Martino
    Philip V. Martino
Florida Bar Number 079189
101 East Kennedy Boulevard, Suite 2000
Tampa, FL 33602-5149
Telephone: (813) 229-2111
Facsimile: (813) 229-1447

Attorneys for Ad Hoc Trade Committee of Winn-Dixie Stores, Inc., et al.

NEWY1\8062343.1

## SCHEDULE A

| APPLICANT | CAPACITY | ALLOWED AMOUNT OF COMPENSATION AND DISBURSEMENT | AMOUNTS TO BE PAID |
|---|---|---|---|
| DLA Piper US LLP | Counsel to Ad Hoc Trade Committee | Fees: $ 709,102.35<br>Disb: $ 78,260.82<br>Time Period: 3/7/06-10/31/06 | Fees to be Paid: $709,102.35<br>Disb. To be Paid: $ 78,260.82 |
| FTI Consulting, Inc. | Financial Advisors for Ad Hoc Trade Committee | Fees: $ 516,145.00<br>Disb: $ 24,699.55<br>Time Period: 3/7/06-10/31/06 | Fees to be Paid: $516,145.00<br>Disb. To be Paid: $ 24,699.55 |

NEWY1\8062343.1