**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF FILING**</u>

     Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession, give notice of filing of the attached Final Report of the Review and Analysis prepared by Stuart Maue, Fee Examiner, of the First Interim Fee Application of Jennis Bowen & Brundage, P.L., for the period from September 7, 2005 through and including September 25, 2006.

Dated:  December 6, 2006.


SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP


By    _s/ D. J. Baker_   
      D. J. Baker
      Sally McDonald Henry
      Rosalie Walker Gray

Four Times Square
New York, NY  10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com


Co-Counsel for Debtors


SMITH HULSEY & BUSEY


By    _s/ Cynthia C. Jackson_   
      Stephen D. Busey
      James H. Post
      Cynthia C. Jackson

Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, FL  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com


Co-Counsel for Debtors

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**Fee Examiner's Report for First Interim Fee Application of**
**Jennis Bowen & Brundage, P.L., for Period from**
**September 7, 2005 through and including September 25, 2006**

Stuart Maue, acting in its capacity as fee examiner in the above-captioned proceeding, submits the final written report of its review and analysis of the First Interim Fee Application of Jennis Bowen & Brundage, P.L., for the period from September 7, 2005 through and including September 25, 2006.

1.      On December 14, 2005, the Court entered an order effective December 1, 2005, authorizing the employment and retention of Stuart Maue to serve as fee examiner and to review all fee applications filed with the Court and the statements submitted by professionals retained by Wachovia Bank, N.A. in its capacity as agent for itself and other postpetition lenders (the "Agent").

2.      Stuart Maue conducted a review and analysis of the First Interim Application of Jennis Bowen & Brundage, P.L. and submits the Final Report which is attached, marked as Attachment 1, and incorporated by reference.

Respectfully Submitted,

STUART MAUE

By _____
   Linda K. Cooper
   3840 McKelvey Road
   St. Louis, Missouri  63044
   314-291-3030
   314-291-6546 (facsimile)

   Fee Examiner

**ATTACHMENT 1**

# Final Report of the
# Review and Analysis of

# First Interim Fee Application Submitted by

## JENNIS BOWEN & BRUNDAGE, P.L.
of
Tampa, Florida

For the Billing Period

**September 7, 2005 Through September 25, 2006**



In the Matter Entitled

## *In re:  Winn-Dixie Stores, Inc., et al.*

**United States Bankruptcy Court**
**Middle District of Florida**
**Jacksonville Division**

**Case No. 05-03817-3F1**



Issued

**December 1, 2006**

*Stuart Maue*

## JENNIS BOWEN & BRUNDAGE, P.L.

### SUMMARY OF FINDINGS

#### First Interim Application (September 7, 2005 Through September 25, 2006)

##### A.    Amounts Requested and Computed

| | | |
|---|---|---|
| Fees Requested | $38,647.50 | |
| Expenses Requested | 1,827.12 | |
| | | |
| TOTAL FEES AND EXPENSES REQUESTED | | $40,474.62 |
| | | |
| Fees Computed | $38,647.50 | |
| Expenses Computed | 1,827.12 | |
| | | |
| TOTAL FEES AND EXPENSES COMPUTED | | $40,474.62 |

##### B.    Amounts Requested – Based on Firm's Response

| | | |
|---|---|---|
| Fees Requested | $38,647.50 | |
| REVISED FEES REQUESTED | | $38,647.50 |
| Expenses Requested | 1,827.12 | |
| REVISED EXPENSES REQUESTED | | 1,827.12 |
| REVISED TOTAL FEES AND EXPENSES REQUESTED | | $40,474.62 |

##### C.    Professional Fees

###### 1.    Compliance With Billing Guidelines

| Page No. | | Exhibit | Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|---|
| 5 | Fees Attributable to Hourly Rate Increases | A-2 | | $ 1,176.50 | 3% |
| 8 | Blocked Entries | B | 73.70 | 18,766.00 | 49% |
| 10 | Nonfirm Conferences, Hearings, and Other Events | C | 24.91 | 6,671.00 | 17% |
| 10 | Nonfirm Conferences, Hearings, and Other Events – Multiple Attendance | C | 11.91 | 3,375.00 | 9% |

* Less than 1%

*Stuart Maue*

**SUMMARY OF FINDINGS (Continued)**

### 2. Fees to Examine for Necessity, Relevance, and Reasonableness

| Page No. | | Exhibit | Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|---|
| 11 | Personnel Who Billed 10.00 or Fewer Hours | D | 6.60 | $ 655.50 | 2% |
| 13 | Administrative/Clerical Activities by Paraprofessionals | E-1 | 0.95 | 95.50 | * |
| 13 | Administrative/Clerical Activities by Professionals | E-2 | 2.17 | 553.00 | 1% |
| 15 | Legal Research | F | 10.35 | 2,716.00 | 7% |
| 16 | Travel | G-1 | 9.60 | 2,562.50 | 7% |
| 16 | Travel Billed But Not Disclosed | G-2 | 6.00 | 1,710.00 | 4% |
| 17 | Jennis Bowen Retention and Compensation | H-1 | 38.70 | 7,576.00 | 20% |
| 17 | Other Case Professional Retention and Compensation | H-2 | 11.75 | 2,462.00 | 6% |

## D. Expenses

### 1. Compliance With Billing Guidelines

| Page No. | | Exhibit | Amount |
|---|---|---|---|
| 21 | Out-of-Town Travel Expenses | I | $1,745.92 |
| 23 | Computer-Assisted Legal Research | J | 43.07 |
| 23 | Expenses Associated With Multiple Attendance | K | 1,361.88 |
| 23 | Expenses Associated With Multiple Attendance – Multiple Attendee | K | 680.94 |

## E. Adjustment to Eliminate Overlap Between Categories

### 1. Fees

| Page No. | | Before Adjustment for Overlap | | Overlap | | After Adjustment for Overlap | |
|---|---|---|---|---|---|---|---|
| | | Hours | Fees | Hours | Fees | Hours | Fees |
| 13 | Administrative/Clerical Activities by Paraprofessionals | 0.95 | $  95.50 | 0.00 | $   0.00 | 0.95 | $  95.50 |
| 13 | Administrative/Clerical Activities by Professionals | 2.17 | 553.00 | 0.00 | 0.00 | 2.17 | 553.00 |
| 10 | Nonfirm Conferences, Hearings, and Other Events - Multiple Attendance | 11.91 | 3,375.00 | 0.00 | 0.00 | 11.91 | 3,375.00 |
| 8 | Blocked Entries | 73.70 | 18,766.00 | 12.48 | 3,511.00 | 61.22 | 15,255.00 |
| 11 | Personnel Who Billed 10.00 or Fewer Hours | 6.60 | 655.50 | 0.65 | 62.50 | 5.95 | 593.00 |
| 15 | Legal Research | 10.35 | 2,716.00 | 3.95 | 943.50 | 6.40 | 1,772.50 |

*Stuart Maue*

**SUMMARY OF FINDINGS (Continued)**

| Page No. | | Before Adjustment for Overlap | | Overlap | | After Adjustment for Overlap | |
|---|---|---|---|---|---|---|---|
| | | Hours | Fees | Hours | Fees | Hours | Fees |
| 16 | Travel | 9.60 | $2,562.50 | 9.60 | $2,562.50 | 0.00 | $0.00 |
| 16 | Travel Billed But Not Disclosed | 6.00 | 1,710.00 | 6.00 | 1,710.00 | 0.00 | 0.00 |

2.      **Expenses**

| Page No. | | Before Adjustment for Overlap | Overlap Amount | After Adjustment for Overlap Amount |
|---|---|---|---|---|
| 23 | Expenses Associated With Multiple Attendance – Multiple Attendee | $680.94 | $0.00 | $680.94 |

*Stuart Maue*

# TABLE OF CONTENTS

**Page No.**

I.    INTRODUCTION ................................................................. 1

II.   PROCEDURES AND METHODOLOGY ...................................... 3
      A.    Appendix A ......................................................... 3
      B.    Overlap Calculation ............................................... 3

III.  RECOMPUTATION OF FEES AND EXPENSES ........................... 3

IV.   REVIEW OF FEES ........................................................ 5
      A.    Technical Billing Discrepancies ................................. 5
      B.    Compliance With Billing Guidelines ............................. 5
            1.    Firm Staffing and Rates.................................. 5
                  a)   Timekeepers and Positions ......................... 5
                  b)   Hourly Rate Increases.............................. 6
            2.    Time Increments ....................................... 7
            3.    Complete and Detailed Task Descriptions................ 7
            4.    Blocked Entries ....................................... 8
            5.    Multiple Professionals at Hearings and Conferences ..... 9
                  a)   Intraoffice Conferences ........................... 9
                  b)   Nonfirm Conferences, Hearings, and Other Events ... 10
      C.    Fees to Examine for Necessity, Relevance, and Reasonableness........ 11
            1.    Personnel Who Billed 10.00 or Fewer Hours ............. 11
            2.    Long Billing Days ..................................... 12
            3.    Administrative/Clerical Activities .................... 13
            4.    Legal Research ........................................ 15
            5.    Travel ................................................ 16
            6.    Summary of Projects ................................... 17

V.    REVIEW OF EXPENSES...................................................... 20
      A.    Technical Billing Discrepancies ................................ 20
      B.    Compliance With Billing Guidelines ............................. 20
            1.    Complete and Detailed Itemization of Expenses ......... 21
            2.    Travel Expenses........................................ 21
            3.    Computer-Assisted Legal Research....................... 23
            4.    Expenses Associated With Multiple Attendance........... 23

*Stuart Maue*

# TABLE OF EXHIBITS

<u>Page No.</u>

A-1.    Summary of Hours and Fees by Timekeeper and Position
A-2.    Schedule of Fees Attributable to Hourly Rate Increases ................................... 5

B.      Blocked Entries ................................................................................. 8

C.      Nonfirm Conferences, Hearings, and Other Events ....................................... 10

D.      Personnel Who Billed 10.00 or Fewer Hours .............................................. 11

E-1.    Administrative/Clerical Activities by Paraprofessionals
E-2.    Administrative/Clerical Activities by Professionals ...................................... 13

F.      Legal Research .................................................................................. 15

G-1.    Travel
G-2.    Travel Billed But Not Disclosed ............................................................. 16

H-1.    Jennis Bowen Retention and Compensation
H-2.    Other Case Professional Retention and Compensation ................................... 17

I.      Out-of-Town Travel Expenses ............................................................... 21

J.      Computer-Assisted Legal Research .......................................................... 23

K.      Expenses Associated With Multiple Attendance .......................................... 23

*Stuart Maue*

## I.   __INTRODUCTION__

The United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, entered an order effective December 1, 2005, authorizing the employment and retention of Stuart, Maue, Mitchell & James, Ltd. ("Stuart Maue") to serve as fee examiner in the jointly-administered cases entitled:    *In re: Winn-Dixie Stores, Inc., et al.,* Case No. 05-03817-3F1.    The order authorized and directed Stuart Maue to review all fee applications filed with the Court and to review the statements submitted by professionals retained by Wachovia Bank, N.A. in its capacity as agent for itself and other post petition lenders (the "Agent").

The review and analysis of the professionals' fee applications are pursuant to the applicable standards of 11 U.S.C. §§ 330 and 331, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the local rules of this Court (the "Local Rules"), and the United States Trustee Guidelines for Reviewing Applications for the Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "U.S. Trustee Guidelines"). The statements submitted by the professionals retained by the Agent are reviewed and analyzed pursuant to a reasonableness standard as referenced in 11 U.S.C. § 328 and the Bankruptcy Rules.

Stuart Maue conducted a review and analysis of the "First and Final Application by Jennis Bowen & Brundage, P.L. as Co-counsel to the Official Committee of Equity Security Holders for Compensation and Reimbursement of Expenses for the Period of September 2005 to September 2006" (the "Application").   Jennis Bowen & Brundage, P.L. ("Jennis Bowen")

*Stuart Maue*

**I.  INTRODUCTION  (Continued)**

located in Tampa, Florida, is the Co-counsel to the Official Committee of Equity Security Holders.

Stuart Maue prepared an initial written report of the review and analysis of the Application and provided that report to Jennis Bowen and the U.S. Trustee for review prior to completing a final written report.  Jennis Bowen discussed the initial report with Stuart Maue and submitted a written response to the initial report ("Jennis Bowen Response") to Stuart Maue.  Stuart Maue reviewed the response and in some instances revised or removed entries from exhibits to the initial report based on the response.  If the response provided information that indicated an error was made in the initial classification of a fee or expense entry, Stuart Maue revised the exhibit and removed the fee or expense entry.  If the firm provided additional information that revised the text of any fee or expense entry in the Application, those revisions are referenced generally in the final report, but the initial classification of those entries has not been changed and the entries remain on the exhibit.  Stuart Maue bases its final report on the Application as filed with the Court and not on subsequent amended fee entries that have not been filed.

Upon completion of the review of the firm's response and reconsideration of the initial report, Stuart Maue prepared the final report of the review and analysis of the firm's Application.

*Stuart Maue*

## II.    PROCEDURES AND METHODOLOGY

### A.    Appendix A

Stuart Maue's procedures and methodology for reviewing fees and expenses and for information regarding the exhibits are presented in Appendix A attached to this report.

### B.    Overlap Calculation

During Stuart Maue's review and analysis, a task or entry may be included in more than one category and appear on more than one exhibit.  For example, a task or entry may be classified as both blocked billing and intraoffice conference.  When a task or entry is included in more than one category, "overlap" occurs among the hour and fee calculations for those categories.  In order to ensure that the hours and fees for a task or entry are not "counted" more than once in any reduction of fees, Stuart Maue calculated the overlap.[1]    The overlap calculation is displayed in Section E of the Summary of Findings and includes the totals for each category before and after the calculation for overlap and the total dollar amount of the overlap in each category.

## III.    RECOMPUTATION OF FEES AND EXPENSES

Jennis Bowen requested the following professional fees and expenses in the Application:

---

[1] The overlap calculation does not include the categories for hourly rate increases or days billed in excess of 12.00 hours.  The classification of these categories is based on the total hours and fees billed for the category and not on individual entries within the category.  A review of these two categories allows a determination of the reasonableness of the total fees attributable to hourly rate increases and the time billed in excess of 12.00 hours.  Overlap calculations for hourly rate increases and long billing days are available upon request to Stuart Maue.

*Stuart Maue*

**III.  RECOMPUTATION OF FEES AND EXPENSES  (Continued)**

| | |
|---|---|
| Professional Fees Requested: | $38,647.50 |
| Expense Reimbursement Requested: | 1,827.12 |
| Total Fees and Expenses: | $40,474.62 |

Stuart Maue recomputed the total fees and expenses and compared this to the fees and expenses requested in the Application.    The hours billed by each professional or paraprofessional were totaled, and these amounts were multiplied by the individual hourly rates.    The recomputation of fees and expenses revealed no difference between the requested amounts and the computed amounts.

*Stuart Maue*

## IV.    REVIEW OF FEES

### A.    Technical Billing Discrepancies

Stuart Maue examined the billing entries for apparent irregularities such as double billing, wrong case billings, and missing task descriptions.    There were no technical billing discrepancies identified.

### B.    Compliance With Billing Guidelines

Stuart Maue reviewed and analyzed the fees and billing entries for compliance with the standards for compensation as set forth in the U.S. Trustee Guidelines.    The following discusses the firm's compliance with these guidelines.

#### 1.    Firm Staffing and Rates

**The following information should be provided in every fee application:    (iii) Names and hourly rates of all applicant's professionals and paraprofessionals who billed time, explanation of any changes in hourly rates from those previously charged, and statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than under title 11.    U.S. Trustee Guidelines (b)(1)(iii)**

##### a)    Timekeepers and Positions

The Application provided the names, the positions, and the hourly rates of the firm's professionals and paraprofessionals.    Jennis Bowen staffed this matter with seven timekeepers, including two partners and five paralegals.    EXHIBIT A-1 displays the hours and fees billed by each of these professionals.

*Stuart Maue*

### IV.  REVIEW OF FEES  (Continued)

Jennis Bowen billed a total of 164.40 hours during this billing period.   The following table displays hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Partner | 131.90 | 80% | $35,282.00 | 91% |
| Paralegal | 32.50 | 20% | 3,365.50 | 9% |
| TOTAL | 164.40 | 100% | $38,647.50 | 100% |

The blended hourly rate for the Jennis Bowen professionals is $267.49 and the blended hourly rate for professionals and paraprofessionals is $235.08.

**b)**     **Hourly Rate Increases**

The firm increased the hourly rates of two timekeepers during the billing period.   On January 1, 2006, partner Chad Bowen's hourly rate increased from $225.00 to $240.00 and partner David Jennis' hourly rate increased from $285.00 to $295.00.   Those increased rates resulted in $1,176.50 in additional fees billed during the billing period.   The fees associated with those rate increases are displayed on EXHIBIT A-2.

*Stuart Maue*

### IV.  REVIEW OF FEES  (Continued)

#### Jennis Bowen Response:

*Jennis Bowen responded that "…these hourly rate increases were the result of JBB's standard hourly rate adjustments which occur on January 1 of each calendar year and are based on market conditions, increased experience or expertise of the attorneys and other factors such as the Board Certification of a particular professional.  The rate increases reflected in **Exhibit A-2** were applied uniformly to all of JBB's clients.  JBB does not charge different rates for bankruptcy matters and there was no difference in the hourly rate in connection with fees charged for representation in this Chapter 11 case and the rates charged to the Firm's other clients."*

2.  **Time Increments**

    **Time entries should be kept contemporaneously with the services rendered in time periods of tenths of an hour.**  U.S. Trustee Guidelines (b)(4)(v)

    All of the billing entries in the Application contained a time allotment and were billed in tenths-of-an-hour increments.

3.  **Complete and Detailed Task Descriptions**

    **Services should be noted in detail…  Time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication.  Time entries for court hearings and conferences should identify the subject of the hearing or conference.  U.S. Trustee Guidelines (b)(4)(v)**

*Stuart Maue*

### IV.  REVIEW OF FEES  (Continued)

Activity descriptions should identify each service separately and sufficiently so that the benefit derived from such service may be ascertained and it may be determined that the time expended was reasonable and necessary.  The activity descriptions in the Application were sufficiently detailed and included the type of activity and the subject-matter or purpose.

**4.      Blocked Entries**

**Services should be noted in detail and not combined or "lumped" together, with each service showing a separate time entry; however, tasks performed in a project which total a de minimis amount of time can be combined or lumped together if they do not exceed .5 hours on a daily aggregate.  U.S. Trustee Guidelines (b)(4)(v)**

Many of the Jennis Bowen activity descriptions were combined or "lumped" into a single time increment.  The tasks that are identified as blocked entries are displayed on EXHIBIT B and total 73.70 hours with $18,766.00 in associated fees.

**Jennis Bowen Response:**

*In its response, Jennis Bowen revised each of the blocked entries to include the specific time spent, in one-tenth hour increments, on each task within the entry.  The firm stated that "Our billing entries have been revised to identify the actual time spent on each task, service, or activity in a parenthetical (i.e., (.3)) following the description of the service performed.  The total time spent by a timekeeper on a given project category on a given day which equals the*

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**

*summation of all of the separate time entries contained within a particular billing entry is also reflected."*

Stuart Maue notes that most of the entries as revised would no longer be categorized as blocked billing.  However, as previously noted, the initial classification of those entries has not been changed and the entries remain on the exhibit.  Stuart Maue bases its final report on the Application as filed with the Court and not on subsequent amended fee entries that have not been filed.

**5.    Multiple Professionals at Hearings and Conferences**

**If more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees.**  U.S. Trustee Guidelines (b)(4)(v)

When two or more firm timekeepers bill to attend a meeting, hearing, or other event, the task descriptions should identify and explain the role of each timekeeper who billed for that attendance and the need for multiple attendees. Neither the Application nor the task descriptions explained the need for multiple attendees at conferences, hearings, or other events.

**a)        Intraoffice Conferences**

Intraoffice conferences are necessary and appropriate; however, frequent internal conferences may indicate inappropriate levels of staffing, unnecessary conferencing, or the use of inexperienced personnel.   Stuart Maue  identified  only  two  entries  describing

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**

conferences between Jennis Bowen personnel and only one timekeeper billed for each of the two conferences.

> **Jennis Bowen Response:**
>
> *The firm stated, "You accurately noted that when more than one timekeeper participates in an intra firm conference, only one timekeeper bills for the conference."*

**b)        Nonfirm Conferences, Hearings, and Other Events**

On a few occasions, more than one Jennis Bowen timekeeper billed to attend the same nonfirm conference or other event.

EXHIBIT C displays the entries where more than one Jennis Bowen timekeeper billed for attendance at a nonfirm conference, hearing, or other event.  These entries total 24.91 hours with $6,671.00 in associated fees.   The entries for all participants other than the timekeeper who appears to be the most responsible at the event (i.e., the one who bills the most fees and/or hours at the event) are marked with an ampersand **[&]** on the exhibit and total 11.91 hours with associated fees of $3,375.00.  This exhibit was revised based on the firm's response as discussed below.

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**

        **Jennis Bowen Response:**

*In its response, Jennis Bowen identified six fee entries that it stated were incorrectly classified as multiple attendance.  Stuart Maue reviewed the initial classification of those entries, removed the multiple attendance classification of each and amended EXHIBIT C accordingly. In addition, Jennis Bowen stated, "The attendance of two attorneys at these non-firm activities was necessary under the circumstances...Mr. Bowen researched and reported to the Equity Committee and co-counsel on primarily procedural issues, including the legal standing of the now disbanded Equity Committee to object to the U.S. Trustee's Disbandment Notice.  Mr. Jennis reviewed and reported to the Equity Committee on matters of substantive law, strategy, and local practice.  Each attorney assumed responsibility for specific matters of concern to the Equity Committee and there was no duplication of effort."*

**C.**    **Fees to Examine for Necessity, Relevance, and Reasonableness**

Stuart Maue reviewed the Application and identified several billing practices to examine for necessity, relevance, and reasonableness under the standards of Section 330 of the Bankruptcy Code.

    **1.**    **Personnel Who Billed 10.00 or Fewer Hours**

A review of the fee entries of timekeepers who bill relatively few hours to a matter allows a determination of whether these timekeepers are duplicating

the work of others, whether the use of these timekeepers increases the cost to the estate because of orientation or the "getting-up-to-speed" that may be required, or whether the small amount of time billed contributed to the advancement of the case.

Jennis Bowen had three timekeepers who billed 10.00 or fewer hours during the billing period.  Those entries are displayed on EXHIBIT D and total 6.60 hours with associated fees of $655.50.

**Jennis Bowen Response:**

*Jennis Bowen responded, "As bankruptcy specialists, JBB employs para-professionals whose specific tasks and expertise include the preparation of fee and employment applications, including the task of categorizing all time entries in compliance with U.S. Trustee Guidelines, ensuring the elimination of duplicative entries, and overall reconciliation of all time entries.  Of the 6.60 hours identified in* **Exhibit D** *of the Report, 6.3 of those hours relate to the work of those para-professionals with respect to the completion and submission of JBB's fee application and the Firm submits that significant reduction in actual attorney time spent on this process was the result."*

**2.    Long Billing Days**

Courts have generally held that billable time for professional services should include only those tasks that relate directly to work for the client.

*Stuart Maue*

IV.  REVIEW OF FEES  (Continued)

Professionals necessarily must spend some portion of each day on personal matters, such as meals and breaks, and frequently spend time on administrative matters, such as training or supervision of others.  Professionals may periodically work extraordinarily long hours without many breaks because of the demands of the representation.  However, such long hours are generally related to identifiable circumstances such as court deadlines, travel, or event attendance.  The Application did not contain any days on which a timekeeper billed more than 12.00 hours.

**3.      Administrative/Clerical Activities**

Activities associated with the day-to-day operations of the professional firm are considered to be administrative in nature and, as such, are reflected in the hourly rates charged by the firm.

Clerical activities include tasks that may be effectively performed by administrative assistants, secretaries, or support personnel.  The performance of clerical or secretarial tasks by attorneys, accountants, paralegals, and other paraprofessionals generally constitute nonbillable time and should be delegated to nonbilling staff members.  Courts have held that time spent performing administrative or clerical activities such as filing, organizing and updating files, retrieving and distributing documents, checking the docket, calendaring events, photocopying, scanning documents, training and assignment of tasks to staff members, or "supervising" any of the foregoing is not compensable.

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**

The Application contained a few activities identified as administrative or clerical activities.   Included in the administrative activities were entries describing communications with the media.

Entries describing administrative and clerical activities by paraprofessionals are displayed on EXHIBIT E-1 and total 0.95 hour with $95.50 in associated fees.

Entries describing administrative and clerical activities by professionals are displayed on EXHIBIT E-2 and total 2.17 hours with $553.00 in associated fees.

**Jennis Bowen Response:**

*With regard to administrative/clerical activities by professionals, in particular, time entries "describing communications with the media," Jennis Bowen responded, "Following the U.S. Trustee's filing of the Disbandment Notice, and again following the Disbursement Hearing, both PHJW and JBB, along with certain Equity Committee members, received contact from both the media and individual shareholders with respect to the status of the Equity Committee and the impact of the disbandment of the Equity Committee.  Rather than having the individual Equity Committee members respond to such inquiry, the Equity Committee and counsel determined that the Equity Committee's position should be stated uniformly through a single source and the Equity*

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**

*Committee and PHJW requested that JBB respond to all media and shareholder inquiries.  Accordingly, JBB respectfully disagrees with the Fee Examiner's conclusion that these tasks were ministerial or administrative in nature as JBB submits that it was an integral function of the Equity Committee's counsel to ensure that adequate information is provided to its constituency and disinformation is discouraged."*

**4.     Legal Research**

Stuart Maue identified the activities describing legal research so that a determination may be made of whether the issues researched should be familiar to experienced attorneys, whether the research is performed by attorneys with the appropriate level of experience, and whether the fees billed for research are otherwise reasonable, necessary, and relevant.   All entries describing legal research are displayed on EXHIBIT F and total 10.35 hours with $2,716.00 in associated fees.

**Jennis Bowen Response:**

*Jennis Bowen responded, "The nature of and need for the legal research is generally evident from the time entries and included research regarding the Florida Corporate Code regarding the appointment of an independent investigatory agent in lieu of appointment of an examiner in response to arguments raised by the Debtor and/or Creditor's Committee, and research*

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**

*involving the substantive and procedural issues relating to the U.S. Trustee's filing of the Disbandment Notice of the Equity Committee which was, and remains, an unsettled matter of law."*

5.    **Travel**

A review of the entries for travel allows a determination of whether the time billed for travel was reasonable and necessary.  The Application included two entries that described nonworking travel; however, the entries were block billed so it was not possible to determine the actual time spent traveling.  The Application also included one entry dated December 1, 2005, that described attendance at a hearing that may have required travel but the entry did not refer to travel.  Based on a review of the expenses, the professional requested reimbursement for travel expenses on this date.

The entries identified as nonworking travel are displayed on EXHIBIT G-1 and total 9.60 hours with $2,562.50 in associated fees.  The entry identified as travel billed but not disclosed is displayed on EXHIBIT G-2 and totals 6.00 hours with $1,710.00 in associated fees.

**Jennis Bowen Response:**

*With regard to nonworking travel, Jennis Bowen responded, "The revised billing entries contained in **Exhibits A and B** to this letter set forth a specific amount of travel time included in the referenced billing entries."*

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**

In its response, the firm provided revised task descriptions that stated the amount of time spent for the actual travel.  However, as noted above, Stuart Maue bases its final report on the Application as filed with the Court and not on subsequent amended fee entries that have not been filed.

*Jennis Bowen stated with regard to travel billed but not disclosed displayed on EXHIBIT G-2, "This particular time entry involved David Jennis' travel to, preparation for, and representation at the contested hearings on the applications to employ PHJW, JBB, and Jeffries & Company.  As the entire amount of travel time that was billed was spent preparing for the hearing and reviewing the various objections to the employment applications, no portion of this entry could be included in non-working travel."  The firm also stated that "**Exhibits A and B** to this letter include revisions specifying the portion of the time entries spent on working travel.  No time was billed for the return travel form Jacksonville to Tampa."*

6. <u>**Summary of Projects**</u>

Jennis Bowen categorized its services into seven billing projects including "Fee/Employment Applications."  For purposes of this report, Stuart Maue renamed the firm's "Fee/Employment Applications" to "Jennis Bowen Case Retention and Compensation."  Stuart Maue also designated a project category identified as "Other Case Professionals Retention and Compensation."

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**

During the review, Stuart Maue identified those billing entries in Jennis Bowen's project categories that appeared to relate to the retention and compensation of the firm or the retention and compensation of other professionals.  Those entries were reassigned to the Stuart Maue designated retention and compensation categories.

Entries describing tasks related to the retention and compensation of Jennis Bowen are displayed on EXHIBIT H-1 and total 38.70 hours with $7,576.00 in associated fees.  Entries describing tasks related to the retention and compensation of other case professionals are displayed on EXHIBIT H-2 and total 11.75 hours with $2,462.00 in associated fees

**Jennis Bowen Response:**

*Jennis Bowen responded, "JBB requests that the Fee Examiner re-review those entries as tasks relating to the employment of other case professionals that are referenced on **Exhibit H-2**.  In addition, JBB submits that the employment of PHJW, JBB, and Jeffries & Company, the financial advisor for the Equity Committee, was initially opposed by the Official Committee of Unsecured Creditors and other interested parties.  Written objections were filed and a hearing was necessary on each of these applications after which the Court approved the employment of PHJW and JBB.  Further activity was necessary in order to obtain approval of all of the terms of the employment of Jeffries &*

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**

*Company, which necessitated the additional involvement of JBB in that process."*

Stuart Maue notes that a review of those fee entries displayed on Exhibit H-2 indicates that those fee entries were correctly classified as relating to the retention and compensation of other case professionals.

The following table displays the firm's remaining project categories, the associated hours and fees, and the project's percentage of the total fees requested by the firm.  The firm's project hours and fees as displayed below do not include the hours and fees relating to tasks reassigned to the Stuart Maue designated retention and compensation categories.   Exhibits of each project displaying a summary of hours and fees by individual and exhibits of each project displaying the full text of each entry are available upon request to Stuart Maue.

| Project | Hours | Fees | Percentage |
|---|---|---|---|
| Case Administration | 4.55 | $822.00 | 2% |
| General Bankruptcy Advice/Opinions | 2.90 | $723.00 | 2% |
| Litigation | 75.80 | $19,384.50 | 50% |
| Meetings of and Communications With Creditors | 4.50 | $1,123.50 | 3% |
| Other Contested Matters | 26.20 | $6,556.50 | 17% |

*Stuart Maue*

## V.    REVIEW OF EXPENSES

In the Application, Jennis Bowen requested reimbursement of expenses in the amount of $1,827.12.  Stuart Maue reviewed the expenses and divided them into categories based on the type of charge.  The following table summarizes the expenses as computed and categorized by Stuart Maue:

| Category | Amount Computed | Percentage of Total Expenses |
|---|---|---|
| Out-of-Town Travel Expenses | $1,745.92 | 96% |
| Computer-Assisted Legal Research | 43.07 | 2% |
| Overnight Delivery | 38.13 | 2% |
| **TOTAL** | $1,827.12 | 100% |

### A.    Technical Billing Discrepancies

Stuart Maue reviewed the expense items for apparent irregularities such as double-billing, wrong case billing, or missing expense descriptions.  No technical billing discrepancies were identified.

### B.    Compliance With Billing Guidelines

**Any expense for which reimbursement is sought must be actual and necessary and supported by documentation as appropriate.**  **U.S. Trustee Guidelines (b)(5)**

Stuart Maue reviewed and analyzed the expenses for compliance with the standards for reimbursement of actual, necessary expenses set forth in the U.S. Trustee Guidelines.

*Stuart Maue*

**V.  REVIEW OF EXPENSES  (Continued)**

1.      **Complete and Detailed Itemization of Expenses**

**Factors relevant to a determination that the expense is proper include the following:  Whether applicant has provided a detailed itemization of all expenses including the date incurred, description of expense (e.g., type of travel, type of fare, rate destination), method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense.  Itemized expenses should be identified by their nature (e.g., long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred.  U.S. Trustee Guidelines (b)(5)(iii)**

Jennis Bowen provided a detailed itemization for some of its expenses that included the category, the date, the description, and the amount of the charge; however, the out-of-town travel expenses were not sufficiently detailed. Supporting documentation for the expense charges was not included in the Application.

2.      **Travel Expenses**

Jennis Bowen requested reimbursement for out-of-town travel expenses totaling $1,745.92.  Of this total, $657.10 is described as airfare, $619.70 is described as hotel expenses, $85.08 is described as car rental and fuel, and $384.04 is described only as "travel."  Due to the lack of detail provided, Stuart Maue was not able to determine the nature of the expenses included in the category identified as "travel."

The descriptions did not include the name of the professional traveling for any of the travel expense entries; however, Stuart Maue was able to

-21-

*Stuart Maue*

**V.  REVIEW OF EXPENSES  (Continued)**

determine, based on the fee entries, that the expenses dated December 1, 2005, were incurred by partner David S. Jennis and the expenses dated January 29 and 30, 2006, were incurred by partners Chad Bowen and Mr. Jennis.   For the travel expenses dated January 29 and 30, 2006, Stuart Maue split each charge equally and attributed half to Mr. Bowen and half to Mr. Jennis.    The out-of-town travel expenses are displayed on EXHIBIT I.

**Jennis Bowen Response:**

*In its response, the firm revised its expense descriptions for the entries previously described as "travel" totaling $384.04.   Jennis Bowen stated "Of those costs, which were incurred on December 1, 2005, $311.40 relate to the airfare for David Jennis to travel to Jacksonville for the contested hearings on the employment PHJW, JBB, and Jeffries & Company."   The firm further stated, "Of the remaining amount of $72.64, $24.00 relates to parking at Tampa International Airport and $48.64 relates to the cost of the car rental in Jacksonville for transportation to the hearing."*

EXHIBIT I has been revised to include this information.   With this additional information the travel expenses may be summarized by category as follows:

*Stuart Maue*

**V.  REVIEW OF EXPENSES  (Continued)**

| Category | Amount |
|---|---|
| Airfare | $   968.50 |
| Lodging | 619.70 |
| Car Rental | 133.72 |
| Parking | 24.00 |
| **TOTAL** | $1,745.92 |

**3.**     **Computer-Assisted Legal Research**

Jennis Bowen requested reimbursement for computer-assisted legal research in the amount of $43.07.  The Application does not state the method used to calculate the amount requested for computer-assisted legal research or whether the amount requested is at actual cost or at a discounted rate.  These expenses are displayed on EXHIBIT J.

**Jennis Bowen Response:**

*In its response, Jennis Bowen stated "The requested reimbursement for computer-assisted legal research in the amount of $43.07 represents JBB's actual cost for such research which is determined by Westlaw by allocating JBB's flat Westlaw rate among total usage (including non-billable matters) for any given month.  JBB does not mark up nor does it discount the amount charged."*

**4.**     **Expenses Associated With Multiple Attendance**

Stuart Maue identified one hearing for which two Jennis Bowen partners billed.   Jennis Bowen requested reimbursement of $1,361.88 for expenses

*Stuart Maue*

associated with that hearing.  Stuart Maue split each charge associated with attendance at the hearing equally and attributed half to Mr. Bowen and half to Mr. Jennis.  Therefore, the expenses associated with the multiple attendance total $680.94.  The expenses of the second attendee are identified by an ampersand **[&]** on EXHIBIT K.

> ### Jennis Bowen Response:

> *In its response, Jennis Bowen stated "JBB submits that the need for the attendance of both attorneys at that hearing has been sufficiently described previously in this response and that the entire costs associated with attendance should be reimbursed."*

**STUART MAUE**

**EXHIBIT A-1**
**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**
**COMPUTED AT STANDARD RATES**
**Jennis Bowen & Brundage, P.L.**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED | NUMBER OF ENTRIES |
|---|---|---|---|---|---|---|---|
| DSJ | Jennis, David S. | PARTNER | $285.00 | $295.00 | 73.80 | $21,428.00 | 65 |
| CSB | Bowen, Chad | PARTNER | $225.00 | $240.00 | 58.10 | $13,854.00 | 43 |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $267.49 | | 131.90 | $35,282.00 | |
| | | | | % of Total: | 80.23% | % of Total:    91.29% | |
| MLA | Ackerman, Michelle | PARALEGAL | $100.00 | $100.00 | 13.90 | $1,390.00 | 18 |
| KLK | Kearney, Karen | PARALEGAL | $110.00 | $110.00 | 12.00 | $1,320.00 | 18 |
| NB | Bisignano, Niki | PARALEGAL | $95.00 | $95.00 | 4.50 | $427.50 | 1 |
| MRC | Clift, Michelle | PARALEGAL | $110.00 | $110.00 | 1.80 | $198.00 | 2 |
| JEC | Cropper, Jo | PARALEGAL | $100.00 | $100.00 | 0.30 | $30.00 | 1 |
| | No. of Billers for Position: 5 | Blended Rate for Position: | $103.55 | | 32.50 | $3,365.50 | |
| | | | | % of Total: | 19.77% | % of Total:    8.71% | |
| | Total No. of Billers: 7 | Blended Rate for Report: | $235.08 | | 164.40 | $38,647.50 | |

**STUART MAUE**

**EXHIBIT A-2**
**SCHEDULE OF FEES ATTRIBUTABLE TO HOURLY RATE INCREASES**

**Jennis Bowen & Brundage, P.L.**

| Name | Position | Minimum Rate | Maximum Rate | % Increase in Rate | Hours Computed | Fees Computed | Fees at Minimum Rate | Fees Attributable to Rate Increases | % of Total Fees Computed |
|---|---|---|---|---|---|---|---|---|---|
| Bowen, Chad | Partner | $225.00 | $240.00 | 7% | 58.10 | $ 13,854.00 | $ 13,072.50 | $ 781.50 | 6% |
| Jennis, David S. | Partner | $285.00 | $295.00 | 4% | 73.80 | 21,428.00 | 21,033.00 | 395.00 | 2% |
| Timekeepers Without Rate Increases | | | | | 32.50 | 3,365.50 | 3,365.50 | - | |
| | | | | | **164.40** | **$ 38,647.50** | **$ 37,471.00** | **$ 1,176.50** | **3%** |

EXHIBIT B
BLOCKED ENTRIES
Jennis Bowen & Brundage, P.L.

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Ackerman, M | 2.10 | 210.00 |
| Bowen, C | 44.20 | 10,566.00 |
| Jennis, D | 27.40 | 7,990.00 |
| | 73.70 | $18,766.00 |

EXHIBIT B
BLOCKED ENTRIES
Jennis Bowen & Brundage, P.L.

| DATE | NAME | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|-------------|----------------|---------------|------------|------------|---|-------------|
| | | | INFORMATIONAL | | | | | |
| 09/12/05 Mon | Ackerman, M 11261-B160/28 | 2.10 | 2.10 | 210.00 | | | | MATTER: Fee/Employment Applications<br>1  FINALIZE APPLICATION TO EMPLOY JENNIS & BOWEN AS CO-COUNSEL NUNC PRO TUNC.<br>2  DRAFT PROPOSED AFFIDAVIT IN SUPPORT.<br>3  REVIEW OF CONFLICT CHECK RESULTS. |
| 10/04/05 Tue | Bowen, C 11261-B160/36 | 0.80 | 0.80 | 180.00 | | | | MATTER: Fee/Employment Applications<br>1  REVISE JENNIS & BOWEN'S EMPLOYMENT APPLICATION.<br>2  PREPARE DECLARATION OF DISINTERESTEDNESS AND REVIEW RELATED RECORDS OF JENNIS & BOWEN. |
| 10/05/05 Wed | Bowen, C 11261-B160/39 | 0.80 | 0.80 | 180.00 | | | | MATTER: Fee/Employment Applications<br>1  RECEIVE, REVIEW AND RESPOND TO CORRESPONDENCE FROM BETSY COX IN CONNECTION WITH SERVICE OF VARIOUS MOTIONS RELATING TO EMPLOYMENT OF COUNSEL FOR EQUITY COMMITTEE.<br>2  DRAFT, EDIT AND REVISE CORRESPONDENCE TO KERI C. IN CONNECTION WITH SAME.<br>3  REVIEW FILE AND SERVICE LIST REGARDING SAME. |
| 10/12/05 Wed | Bowen, C 11261-B160/42 | 0.60 | 0.60 | 135.00 | | | | MATTER: Fee/Employment Applications<br>1  RECEIVE AND RESPOND TO CORRESPONDENCE FROM KERI C. IN CONNECTION WITH RETENTION OF JENNIS & BOWEN AS SPECIAL COUNSEL TO THE EQUITY HOLDERS COMMITTEE.<br>2  DRAFT, EDIT AND REVISE RELEVANT DOCUMENTATION IN CONNECTION WITH SAME. |
| 11/10/05 Thu | Jennis, D 11261-B190/78 | 0.80 | 0.80 | 228.00 | | | | MATTER: Other Contested Matters<br>1  RECEIVE AND REVIEW EQUITY COMMITTEE'S OBJECTIONS TO PROPERTY SETTLEMENT AND SETTLEMENT WITH AFCO, LOCALIZE FOR ECF FILING.<br>2  TELEPHONE CONFERENCE BETWEEN DAVID JENNIS AND PAUL HASTINGS REGARDING SAME. |
| 12/01/05 Thu | Bowen, C 11261-B160/50 | 0.60 | 0.60 | 135.00 | F | | | MATTER: Fee/Employment Applications<br>1  PREPARE FOR AND PARTICIPATE IN TELEPHONE CONFERENCES BETWEEN CHAD BOWEN, DAVID JENNIS, AND CO-COUNSEL REGARDING LOCAL RULES FOR ADMITTING SPECIAL COUNSEL IN CONNECTION WITH PROCEEDINGS TAKING PLACE IN JACKSONVILLE DIVISION.<br>2  CONDUCT LEGAL RESEARCH REGARDING LOCAL RULES IN CONNECTION WITH SAME. |
| 12/01/05 Thu | Jennis, D 11261-B160/51 | 6.00 | 6.00 | 1,710.00 | G<br>G | | | MATTER: Fee/Employment Applications<br>1  PREPARE FOR AND REPRESENTATION AT HEARING ON APPLICATIONS TO EMPLOY PAUL HASTINGS, JENNIS & BOWEN, AND JEFFRIES IN JACKSONVILLE.<br>2  PRE- AND POST-HEARING CONFERENCES BETWEEN DAVID JENNIS, KAROL DENNISTON AND HANK BAHR REGARDING APPLICATIONS AND RETENTION ISSUES. |

~ See the last page of exhibit for explanation

EXHIBIT B
BLOCKED ENTRIES
Jennis Bowen & Brundage, P.L.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL COMBINED HOURS | INFORMATIONAL COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|-------------|------------------|----------------|------------|------------|---|-------------|
| 12/14/05 Wed | Jennis, D 11261-B160/753 | 1.10 | 1.10 | 313.50 | | | | MATTER: Fee/Employment Applications |
| | | | | | | | 1 | RECEIVE, REVIEW, AND RESPOND TO E-MAILS FROM KAROL DENNISTON AND ELENA ESCAMILLA REGARDING COMMITTEE'S APPLICATION TO EMPLOY JEFFRIES. |
| | | | | | | | 2 | TELEPHONE CONFERENCE BETWEEN DAVID JENNIS, ELENA ESCAMILLA AND HANK BAER REGARDING RESOLUTION OF UST OBJECTION TO JEFFRIES' EMPLOYMENT, REVIEW REVISIONS TO PROPOSED ORDER REGARDING EMPLOYMENT OF JEFFRIES. |
| 12/15/05 Thu | Jennis, D 11261-B160/754 | 0.60 | 0.60 | 171.00 | | | | MATTER: Fee/Employment Applications |
| | | | | | | | 1 | RECEIVE AND REVIEW CORRESPONDENCE FROM HANK BAER REGARDING ORDER APPROVING JEFFRIES RETENTION. |
| | | | | | | | 2 | TELEPHONE CONFERENCE BETWEEN DAVID JENNIS AND KERI C. REGARDING NOTICING PROCEDURES FOR JEFFRIES RETENTION. |
| | | | | | | | 3 | REVIEW DOCKET REGARDING 328 NOTICING PROCEDURES. |
| 12/16/05 Fri | Jennis, D 11261-B190/90 | 1.00 | 0.80 | 228.00 | | 0.40 | A | MATTER: Other Contested Matters |
| | | | | | | 0.40 | A | 1 TELEPHONE CONFERENCE WITH KAROL DENNISTON REGARDING EXAMINER MOTION AND PROCEDURES, PREPARE FOR TELEPHONIC COMMITTEE MEETING. |
| | | | | | | 0.40 | A | 2 REVIEW PROPOSED AGENDA FOR COMMITTEE MEETING (.8). |
| | | | | | | 0.20 | F | 3 TELEPHONE CALLS TO CINDY JACKSON AND LIZ SCHULE REGARDING SCHEDULING OF STATUS CONFERENCE ON EXAMINER MOTION (.2). |
| 01/04/06 Wed | Jennis, D 11261-B190/98 | 0.90 | 0.30 | 88.50 | | 0.30 | F | MATTER: Other Contested Matters |
| | | | | | | 0.30 | F | 1 TELEPHONE CALL TO KEN C. REGARDING SERVICE OF DISCOVERY (2X) (.3). |
| | | | | | | 0.30 | F | 2 REVIEW PROPOSED REQUEST FOR PRODUCTION, INTERROGATORIES AND NOTICE OF DEPOSITION (.3). |
| | | | | | | 0.15 | A | 3 REVIEW LOCAL RULE 9014-2 REGARDING FILING REQUIREMENTS. |
| | | | | | | 0.15 | A | 4 ARRANGE FOR SERVICE ON DEBTOR AND COMMITTEE (.3). |
| 01/10/06 Tue | Bowen, C 11261-B190/102 | 1.20 | 1.20 | 288.00 | | | | MATTER: Other Contested Matters |
| | | | | | | | 1 | RECEIVE AND REVIEW INTERNAL MEMORANDUM FROM DAVID JENNIS IN CONNECTION WITH PARTICIPATION IN UPCOMING EQUITY COMMITTEE MEETING. |
| | | | | | | | 2 | REVIEW CORRESPONDENCE FROM PAUL HASTINGS IN CONNECTION WITH SAME. |
| | | | | | | | 3 | REVIEW FILE AND DOCKET MATERIALS RELATING TO RECENT DISBANDMENT EFFORTS AND CONTACT CO-COUNSEL'S OFFICE REGARDING SAME. |
| 01/10/06 Tue | Bowen, C 11261-B410/166 | 2.30 | 2.30 | 552.00 | | | | MATTER: General Bankruptcy Advice/Opinions |
| | | | | | | | 1 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH PAUL HASTINGS' COUNSEL IN PREPARATION FOR CONFERENCE CALL WITH COMMITTEE MEMBERS. |
| | | | | | | | 2 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH COMMITTEE MEMBERS TO DISCUSS AND CONSIDER STRATEGY OF BANKRUPTCY CASE, DISBANDMENT ISSUES, AND OTHER PENDING MATTERS. |
| | | | | | | | 3 | REVIEW FILE AND RELATED DOCUMENTS IN CONNECTION WITH SAME |
| | | | | | | | 4 | AND DISCUSS WITH DAVID JENNIS. |

~ See the last page of exhibit for explanation

EXHIBIT B
BLOCKED ENTRIES
Jennis Bowen & Brundage, P.L.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
| | | | COMBINED HOURS | COMBINED FEES | | | | |
|---|---|---|---|---|---|---|---|---|
| 01/12/06 Thu | Bowen, C 11261-B190/103 | 1.50 | 1.50 | 360.00 | | | | **MATTER:** Other Contested Matters<br>1 RECEIVE AND REVIEW NUMEROUS CORRESPONDENCE AND FILINGS, SOME OF WHICH ARE TO BE FILED UNDER SEAL, IN CONNECTION WITH AND ON THE BEHALF OF EQUITY COMMITTEE RELATING TO EFFORTS TO DISBAND THE EQUITY COMMITTEE.<br>2 REVIEW, REVISE AND COMPILE RELEVANT DOCUMENTS, EXHIBITS, AND OTHER PAPERS FOR FILING THROUGH COURTS ECF SYSTEM.<br>3 RECEIVE AND RESPOND TO MULTIPLE TELEPHONE CALLS IN CORRESPONDENCE WITH KERI CHAYAVADHANANGKUR. |
| 01/13/06 Fri | Bowen, C 11261-B350/105 | 1.40 | 1.40 | 336.00 | C | | | **MATTER:** Litigation<br>1 PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL BETWEEN CHAD BOWEN, PAUL HASTINGS, AND EQUITY COMMITTEE MEMBERS IN CONNECTION WITH UPCOMING HEARINGS AND RELATED MATTERS AFFECTING DISBANDMENT OF COMMITTEE.<br>2 REVIEW FILE AND RELATED DOCUMENTS IN CONNECTION WITH STATUS AND STRATEGY OF CASE IN PREPARATION FOR DISCUSSION WITH COMMITTEE MEMBERS.<br>3 RECEIVE REVIEW AND RESPOND TO MULTIPLE CORRESPONDENCES FROM CO-COUNSEL. |
| 01/13/06 Fri | Bowen, C 11261-B350/107 | 1.10 | 1.10 | 264.00 | C<br><br>F<br><br>E | | | **MATTER:** Litigation<br>1 TELEPHONE CALL TO KAROL K. DENNISTON IN ADVANCE OF SCHEDULED CONFERENCE CALL REGARDING STATUS OF EQUITY COMMITTEE, DISBANDMENT MOTION, AND OTHER ASPECTS OF CHAPTER 11 BANKRUPTCY CASE OF WINN-DIXIE.<br>2 CONDUCT LEGAL RESEARCH IN CONNECTION WITH DISBANDMENT AND STANDARDS OF REVIEW TO DETERMINE APPROPRIATE PROCEDURAL POSTURE AND PROCESS FOR CHALLENGING OCCURRENCES IN THIS CASE.<br>3 MULTIPLE TELEPHONE CONVERSATIONS WITH MEDIA REGARDING STATUS OF WINN DIXIE CASE AND EQUITY COMMITTEES POSITIONS. |
| 01/16/06 Mon | Bowen, C 11261-B350/110 | 0.90 | 0.90 | 216.00 | | | | **MATTER:** Litigation<br>1 RECEIVE AND REVIEW NUMEROUS DRAFT PLEADINGS IN CONNECTION WITH WINN-DIXIE EQUITY COMMITTEE FILINGS AND DISBANDMENT ISSUES.<br>2 RECEIVE REVIEW AND RESPOND TO MULTIPLE CORRESPONDENCE AND TELEPHONE CALLS FROM C. CHAYAVADHANANGKUR. |
| 01/17/06 Tue | Bowen, C 11261-B350/112 | 2.70 | 2.70 | 648.00 | C<br>F | | | **MATTER:** Litigation<br>1 RECEIVE, REVIEW AND RESPOND TO CORRESPONDENCE FROM KERI C. IN CONNECTION WITH FILING OF MOTIONS OPPOSING DISBANDED OF EQUITY COMMITTEE AND SCHEDULING OF HEARINGS IN CONNECTION WITH SAME.<br>2 MULTIPLE TELEPHONE CONVERSATIONS BETWEEN CHAD BOWEN AND PAUL HASTINGS COUNSEL IN CONNECTION WITH SAME.<br>3 CONDUCT LEGAL RESEARCH IN CONNECTION WITH LEGAL POSITIONS TAKEN IN VARIOUS MOTIONS RELATING TO DENIAL OF SUBSTANTIVE AND PROCEDURAL DUE PROCESS BY VIRTUE OF US TRUSTEE'S ACTION.<br>4 REVIEW AND REVISE MOTIONS TO BE FILED, ISSUES RELATING TO FILING PAPERS UNDER SEAL PURSUANT TO COURT SEAL ORDER, AND RELATED MATTERS. FILE MOTIONS IN RELATED PAPERS ON ECF. |
| 01/17/06 Tue | Jennis, D 11261-B350/113 | 0.60 | 0.60 | 177.00 | | | | **MATTER:** Litigation<br>1 RECEIVE AND REVIEW MOTION TO SET ASIDE NOTICE OF DISBANDMENT.<br>2 REVIEW AND REVISE CERTIFICATE OF NECESSITY FOR EMERGENCY HEARING.<br>3 TELEPHONE CONFERENCE BETWEEN DAVID JENNIS, CHAD BOWEN AND KERI C. REGARDING MOTION TO SET ASIDE AND FILING UNDER SEAL. |

~ See the last page of exhibit for explanation

EXHIBIT B
BLOCKED ENTRIES
Jennis Bowen & Brundage, P.L.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|-------------|----------------|----------------|-----------|------------|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| | | | | | | | | MATTER:Litigation |
| 01/18/06 Wed | Bowen, C 11261-B350/114 | 0.70 | 0.70 | 168.00 | | | | 1 TELEPHONE CALL TO CAROLYN CHAYAVADHANANGKUR REGARDING SCHEDULING OF EMERGENCY HEARING AND FINALIZATION OF VARIOUS MOTIONS AND OBJECTIONS TO BE FILED ON BEHALF OF EQUITY COMMITTEE. <br> 2 REVIEW FILE AND ANALYZE RECENT PLEADINGS AND STATUS OF BANKRUPTCY CASE AS IT RELATES TO EQUITY COMMITTEE, MEDIA RELATIONS, AND OTHER ISSUES. |
| | | | | | | | | MATTER:Litigation |
| 01/22/06 Sun | Bowen, C 11261-B350/119 | 1.50 | 1.50 | 360.00 | | | | 1 RECEIVE, REVIEW, AND RESPOND TO CORRESPONDENCE FROM KERI C. REGARDING FILING RESPONSES TO VARIOUS PLEADINGS RELATING TO POSITIONS OF US TRUSTEE, DEBTOR, AND CREDITORS COMMITTEE. <br> 2 RECEIVE, REVIEW AND RESPOND TO DRAFT RESPONSE TO REQUESTS FOR STATUS CONFERENCE RELATING TO EMERGENCY MOTION TO ADDRESS DISBANDMENT ISSUES. <br> 3 RECEIVE AND REVIEW MULTIPLE CORRESPONDENCE FROM PAUL HASTINGS ATTORNEYS IN CONNECTION WITH SAME. |
| | | | | | | | | MATTER:Litigation |
| 01/23/06 Mon | Bowen, C 11261-B350/122 | 1.40 | 1.40 | 336.00 | F | | | 1 PREPARE FOR AND PARTICIPATE IN TELEPHONIC STATUS CONFERENCE IN CONNECTION WITH VARIOUS ISSUES RELATING TO DISBANDMENT MOTION AND RELATED MATTERS. <br> 2 CONDUCT LEGAL RESEARCH REGARDING ISSUES TO BE ADDRESSED AT STATUS CONFERENCE HEARING, FACTUAL BASIS ESTABLISHED BY EXISTING BANKRUPTCY COURT RECORD, AND OTHER MATTERS. |
| | | | | | | | | MATTER:Litigation |
| 01/23/06 Mon | Bowen, C 11261-B350/123 | 0.70 | 0.70 | 168.00 | | | | 1 CALL C. CHAYAVADHANANGKUR REGARDING ISSUES TO BE DISCUSSED IN CONNECTION WITH UPCOMING STATUS CONFERENCE HEARING REQUESTED BY DEBTOR'S COUNSEL, CREDITORS COMMITTEE COUNSEL, AND COURT. <br> 2 REVIEW RECENT FILINGS INCLUDING EQUITY COMMITTEE'S RESPONSE IN CONNECTION WITH SAME IN PREPARATION OF STRATEGY TO BE EMPLOYED AT STATUS CONFERENCE HEARING. <br> 3 CONTACT JUDGE'S CHAMBERS IN CONNECTION WITH CLARIFYING NATURE OF REQUESTED STATUS CONFERENCE. |
| | | | | | | | | MATTER:Litigation |
| 01/23/06 Mon | Jennis, D 11261-B350/125 | 1.50 | 1.50 | 442.50 | | | | 1 RECEIVE, REVIEW, AND RESPOND TO E-MAILS FROM PAUL HASTINGS REGARDING RESPONSE TO MOTION FOR SCHEDULING CONFERENCE. <br> 2 CONFERENCE BETWEEN DAVID JENNIS AND CHAD BOWEN REGARDING CONTENT OF RESPONSE AND CONTINUED STRATEGY. <br> 3 REVIEW, REVISE AND FINALIZE AND PREPARE FOR FILING COMMITTEE'S RESPONSE TO REQUEST FOR STATUS CONFERENCE. |
| | | | | | | | | MATTER:Litigation |
| 01/24/06 Tue | Bowen, C 11261-B350/126 | 0.80 | 0.80 | 192.00 | E F | | | 1 MULTIPLE TELEPHONE CONFERENCES WITH PAUL HASTINGS ATTORNEYS IN CONNECTION WITH UPCOMING HEARINGS RELATING TO DISBANDMENT MOTION. <br> 2 RECEIVE, REVIEW AND ANALYZE MULTIPLE CORRESPONDENCES IN CONNECTION WITH SAME. <br> 3 COORDINATE TRAVEL EFFORTS FOR HOUSTON MADDUX AS REPRESENTATIVE OF EQUITY COMMITTEE. <br> 4 CONDUCT LEGAL RESEARCH REGARDING STANDING OF COUNSEL FOR EQUITY COMMITTEE TO MAKE ARGUMENTS IN LIGHT OF DISBANDMENT MOTION. |
| | | | | | | | | MATTER:Meetings of and Communications w/ Creditors |
| 01/25/06 Wed | Bowen, C 11261-B150/16 | 0.70 | 0.70 | 168.00 | | | | 1 ADDRESS MEDIA RELATIONS ISSUES ON BEHALF OF EQUITY COMMITTEE. <br> 2 COMMUNICATE WITH CO-COUNSEL IN CONNECTION WITH SAME. |

~ See the last page of exhibit for explanation

EXHIBIT B
BLOCKED ENTRIES
Jennis Bowen & Brundage, P.L.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|-------------|---------------|--------------|-----------|------------|---|-------------|
|      |      |             | COMBINED HOURS | COMBINED FEES |           |            |   |             |
| 01/25/06 Wed | Bowen, C 11261-B350/128 | 1.30 | 1.30 | 312.00 | | | | MATTER:Litigation<br>1 TELEPHONE CONFERENCE BETWEEN CHAD BOWEN AND CHAMBERS IN CONNECTION WITH THE ABILITY OF MEDIA TO BE PRESENT AT UPCOMING HEARINGS ON DISBANDMENT MOTIONS.<br>2 TELEPHONE CONFERENCE BETWEEN CHAD BOWEN AND PAUL HASTINGS ATTORNEYS IN CONNECTION WITH SAME.<br>3 MULTIPLE CORRESPONDENCE BETWEEN CHAD BOWEN AND CO-COUNSEL IN CONNECTION WITH UPCOMING HEARING IN PREPARATION FOR SAME. |
| 01/26/06 Thu | Bowen, C 11261-B150/19 | 1.70 | 1.00 | 240.00 | E<br>E | 0.70<br>0.50<br>0.50 | F<br>A<br>A | MATTER:Meetings of and Communications w/ Creditors<br>1 RESPOND TO PHONE CALLLS FROM VARIOUS SHAREHOLDERS REGARDING MEDIA REPORTS OF DISBANDMENT OF EQUITY COMMITTEE (.7).<br>2 PREPARE FOR AND ATTEND MEETING WITH REPORTER FROM ST. PETERSBURG TIMES IN CONNECTION WITH DISBANDMENT MOTIONS AND STATUS OF EQUITY COMMITTEE DISBANDMENT AND ISSUES WITH RESPECT TO WINN DIXIE CASE.<br>3 COMPILE REQUEST MATERIALS IN CONNECTION WITH SAME (1.0). |
| 01/26/06 Thu | Bowen, C 11261-B350/129 | 1.10 | 1.10 | 264.00 | | | | MATTER:Litigation<br>1 REVIEW RECENT FILINGS INCLUDING REQUEST FOR JUDICIAL NOTICE IN PREPARATION FOR UPCOMING HEARING ON THE DISBANDMENT ISSUES.<br>2 RECEIVE, REVIEW AND ADDRESS ISSUES RELATING TO JOINDER OF HOUSTON MADDUX IN OBJECTION TO DISBANDMENT IN CONNECTION WITH CONCERNS DEALING WITH STANDING ISSUES. |
| 01/29/06 Sun | Bowen, C 11261-B350/136 | 5.70 | 5.70 | 1,368.00 | | | F | MATTER:Litigation<br>1 MEETING IN JACKSONVILLE WITH PAUL HASTINGS' ATTORNEYS IN CONNECTION WITH REPRESENTATION OF EQUITY COMMITTEE IN HEARINGS IN CONNECTION WITH DISBANDMENT OF COMMITTEE.<br>2 MEETING WITH HOUSTON MADDUX AND OTHERS IN CONNECTION WITH PREPARATIONS FOR HEARINGS.<br>3 CONDUCT LEGAL RESEARCH IN CONNECTION WITH LEGAL ISSUES THAT WILL ARISE AT HEARING, INCLUDING STANDING.<br>4 ASSIST IN REVISIONS TO VARIOUS FILINGS AND PREPARATION OF ARGUMENT. |
| 01/29/06 Sun | Jennis, D 11261-B350/137 | 6.30 | 6.30 | 1,858.50 | | | | MATTER:Litigation<br>1 PREPARE FOR HEARINGS IN CONNECTION WITH DISBANDMENT MOTIONS, STRATEGY MEETING WITH KAROL DENNISTON AND JAMIE WAREHAM REGARDING SAME.<br>2 REVIEW, REVISE AND ELECTRONICALLY FILE EQUITY COMMITTEE'S BRIEF IN OPPOSITION TO DISBANDMENT AND IN SUPPORT OF MOTION TO RECONSTITUTE COMMITTEE. |
| 01/30/06 Mon | Bowen, C 11261-B350/138 | 9.80 | 9.80 | 2,352.00 | G | | | MATTER:Litigation<br>1 PREPARE FOR, ATTEND, AND RETURN FROM HEARINGS IN JACKSONVILLE IN CONNECTION WITH DISBANDMENT MOTIONS AND OTHER OBJECTIONS.<br>2 MEETING WITH HOUSTON MADDUX IN ADVANCE OF HEARING AND DISCUSS VARIOUS STATUS STRATEGY AND PROCEDURAL ISSUES WITH ATTORNEYS FROM PAUL HASTINGS. |
| 01/30/06 Mon | Jennis, D 11261-B350/139 | 9.40 | 9.40 | 2,773.00 | C, G<br>C | | | MATTER:Litigation<br>1 PREPARE FOR, ATTEND, AND RETURN FROM HEARING IN JACKSONVILLE IN CONNECTION WITH DISBANDMENT MOTIONS.<br>2 MEETING WITH HOUSTON MADDUX IN ADVANCE OF HEARING AND DISCUSS VARIOUS STATUS, STRATEGY MEETING WITH KAROL DENNISTON AND OTHER ATTORNEYS FROM PAUL HASTINGS. |

~ See the last page of exhibit for explanation

EXHIBIT B
BLOCKED ENTRIES
Jennis Bowen & Brundage, P.L.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|-------------|---------------|---|------------|------------|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| 02/07/06 | Bowen, C | 1.70 | 1.70 | 408.00 | | | | MATTER: Litigation |
| Tue | 11261-B350/142 | | | | | | 1 | REVIEW FILE, |
| | | | | | | | 2 | PREPARE FOR AND PARTICIPATING IN CONFERENCE CALL WITH EQUITY COMMITTEE COUNSEL RELATING TO DISBANDMENT MOTION, ENTRY OF A CORRESPONDING ORDER, AND LEGAL RIGHTS OF COMMITTEE MEMBERS AFTER DISBANDMENT. |
| | | | | | | | 3 | DISCUSS STATUS AND STRATEGY |
| | | | | | F | | 4 | AND CONDUCT LEGAL RESEARCH REGARDING SAME. |
| | | | | | | | 5 | REVIEW AGENDA AND RELATED DOCUMENTS IN CONNECTION WITH UPCOMING CALL WITH COMMITTEE MEMBERS. |
| | | | | | | | 6 | ADDITIONAL CONFERENCES BETWEEN CHAD BOWEN AND PAUL HASTINGS ATTORNEYS IN CONNECTION WITH SAME. |
| | | | | | | | | |
| | | | | | | | | MATTER: Litigation |
| 02/08/06 | Bowen, C | 1.60 | 1.60 | 384.00 | | | 1 | REVIEW NUMEROUS CORRESPONDENCES AND MEMORANDUM FROM CO-COUNSEL. |
| Wed | 11261-B350/145 | | | | | | 2 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH EQUITY COMMITTEE AND CO-COUNSEL REGARDING STATUS OF CASE AFTER ENTRY OF ORDER TO STANDING COMMITTEE, LEGAL OPTIONS OF COMMITTEE MEMBERS, FUNCTION OF AD HOC COMMITTEE, AND RELATED MATTERS. |
| | | | | | | | | |
| | | | | | | | | MATTER: Fee/Employment Applications |
| 09/06/06 | Bowen, C | 2.30 | 2.30 | 552.00 | | | 1 | REVIEW TIME RECORDS IN CONNECTION WITH REPRESENTATION OF EQUITY COMMITTEE IN WINN DIXIE CASE. |
| Wed | 11261-B160/62 | | | | | | 2 | PREPARE, EDIT AND REVISE PORTIONS OF FINAL FEE APPLICATION OF JENNIS BOWEN & BRUNDAGE IN CONNECTION WITH SAME. |
| | | | 73.70 | $18,766.00 | | | | |

Total
Number of Entries:        36

~ See the last page of exhibit for explanation

EXHIBIT B
BLOCKED ENTRIES
Jennis Bowen & Brundage, P.L.

## SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Ackerman, M | 2.10 | 210.00 | 0.00 | 0.00 | 2.10 | 210.00 | 0.00 | 0.00 | 2.10 | 210.00 |
| Bowen, C | 44.20 | 10,566.00 | 0.00 | 0.00 | 44.20 | 10,566.00 | 0.00 | 0.00 | 44.20 | 10,566.00 |
| Jennis, D | 27.40 | 7,990.00 | 0.00 | 0.00 | 27.40 | 7,990.00 | 0.00 | 0.00 | 27.40 | 7,990.00 |
| | 73.70 | $18,766.00 | 0.00 | $0.00 | 73.70 | $18,766.00 | 0.00 | $0.00 | 73.70 | $18,766.00 |

RANGE OF HOURS

RANGE OF FEES

## SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Fee/Employment Applications | 14.90 | 3,586.50 | 0.00 | 0.00 | 14.90 | 3,586.50 | 0.00 | 0.00 | 14.90 | 3,586.50 |
| General Bankruptcy Advice/Opinions | 2.30 | 552.00 | 0.00 | 0.00 | 2.30 | 552.00 | 0.00 | 0.00 | 2.30 | 552.00 |
| Litigation | 50.20 | 13,027.00 | 0.00 | 0.00 | 50.20 | 13,027.00 | 0.00 | 0.00 | 50.20 | 13,027.00 |
| Meetings of and Communications w/ Creditors | 1.70 | 408.00 | 0.00 | 0.00 | 1.70 | 408.00 | 0.00 | 0.00 | 1.70 | 408.00 |
| Other Contested Matters | 4.60 | 1,192.50 | 0.00 | 0.00 | 4.60 | 1,192.50 | 0.00 | 0.00 | 4.60 | 1,192.50 |
| | 73.70 | $18,766.00 | 0.00 | $0.00 | 73.70 | $18,766.00 | 0.00 | $0.00 | 73.70 | $18,766.00 |

RANGE OF HOURS

RANGE OF FEES

(--) REASONS FOR TASK HOUR ASSIGNMENTS

F       FINAL BILL

A       Task Hours Allocated By Fee Auditor

EXHIBIT C
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Jennis Bowen & Brundage, P.L.


NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Bowen, C | 12.31 | 2,954.00 |
| Jennis, D | 12.60 | 3,717.00 |
| | 24.91 | $6,671.00 |


NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDANCE

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Bowen, C | 2.51 | 602.00 |
| Jennis, D | 9.40 | 2,773.00 |
| | 11.91 | $3,375.00 |

Exhibit C    Page 1 of 5

EXHIBIT C
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Jennis Bowen & Brundage, P.L.

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------|-------|-------|-------|-------|-------|---|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | | |
| 01/13/06 Fri | Bowen, C 11261-B350/105 | 1.40 | 0.47 | 112.00 | B | | & | | MATTER:*Litigation* |
| | | | | | | | | 1 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL BETWEEN CHAD BOWEN, PAUL HASTINGS, AND EQUITY COMMITTEE MEMBERS IN CONNECTION WITH UPCOMING HEARINGS AND RELATED MATTERS AFFECTING DISBANDMENT OF COMMITTEE. |
| | | | | | B | | | 2 | REVIEW FILE AND RELATED DOCUMENTS IN CONNECTION WITH STATUS AND STRATEGY OF CASE IN PREPARATION FOR DISCUSSION WITH COMMITTEE MEMBERS. |
| | | | | | B | | | 3 | RECEIVE REVIEW AND RESPOND TO MULTIPLE CORRESPONDENCES FROM CO-COUNSEL. |
| 01/13/06 Fri | Bowen, C 11261-B350/107 | 1.10 | 0.37 | 88.00 | B | | & | | MATTER:*Litigation* |
| | | | | | | | | 1 | TELEPHONE CALL TO KAROL K. DENNISTON IN ADVANCE OF SCHEDULED CONFERENCE CALL REGARDING STATUS OF EQUITY COMMITTEE, DISBANDMENT MOTION, AND OTHER ASPECTS OF CHAPTER 11 BANKRUPTCY CASE OF WINN-DIXIE. |
| | | | | | B, F | | | 2 | CONDUCT LEGAL RESEARCH IN CONNECTION WITH DISBANDMENT AND STANDARDS OF REVIEW TO DETERMINE APPROPRIATE PROCEDURAL POSTURE AND PROCESS FOR CHALLENGING OCCURRENCES IN THIS CASE. |
| | | | | | E, B | | | 3 | MULTIPLE TELEPHONE CONVERSATIONS WITH MEDIA REGARDING STATUS OF WINN DIXIE CASE AND EQUITY COMMITTEES POSITIONS. |
| 01/13/06 Fri | Jennis, D 11261-B350/108 | 2.00 | 2.00 | 590.00 | | 1.20 | F | | MATTER:*Litigation* |
| | | | | | | | | 1 | PREPARE FOR AND REPRESENTATION AT TELECONFERENCE WITH THE EQUITY COMMITTEE REGARDING NOTICE OF DISBANDMENT (1.2). |
| | | | | | | 0.80 | F | 2 | PRE-MEETING CONFERENCE CALL WITH KERI C. AND KAROL DENNISON REGARDING COMMITTEE MEETING, REVIEW AGENDA AND DISCUSSION POINTS (.8). |
| 01/17/06 Tue | Bowen, C 11261-B350/112 | 2.70 | 0.68 | 162.00 | B | | | | MATTER:*Litigation* |
| | | | | | | | | 1 | RECEIVE, REVIEW AND RESPOND TO CORRESPONDENCE FROM KERI C. IN CONNECTION WITH FILING OF MOTIONS OPPOSING DISBANDED OF EQUITY COMMITTEE AND SCHEDULING OF HEARINGS IN CONNECTION WITH SAME. |
| | | | | | B | | & | 2 | MULTIPLE TELEPHONE CONVERSATIONS BETWEEN CHAD BOWEN AND PAUL HASTINGS COUNSEL IN CONNECTION WITH SAME. |
| | | | | | B, F | | | 3 | CONDUCT LEGAL RESEARCH IN CONNECTION WITH LEGAL POSITIONS TAKEN IN VARIOUS MOTIONS RELATING TO DENIAL OF SUBSTANTIVE AND PROCEDURAL DUE PROCESS BY VIRTUE OF US TRUSTEE'S ACTION. |
| | | | | | B | | | 4 | REVIEW AND REVISE MOTIONS TO BE FILED, ISSUES RELATING TO FILING PAPERS UNDER SEAL PURSUANT TO COURT SEAL ORDER, AND RELATED MATTERS. FILE MOTIONS IN RELATED PAPERS ON ECF. |
| 01/17/06 Tue | Jennis, D 11261-B350/113 | 0.60 | 0.20 | 59.00 | B | | | | MATTER:*Litigation* |
| | | | | | | | | 1 | RECEIVE AND REVIEW MOTION TO SET ASIDE NOTICE OF DISBANDMENT. |
| | | | | | B | | | 2 | REVIEW AND REVISE CERTIFICATE OF NECESSITY FOR EMERGENCY HEARING. |
| | | | | | B | | | 3 | TELEPHONE CONFERENCE BETWEEN DAVID JENNIS, CHAD BOWEN AND KERI C. REGARDING MOTION TO SET ASIDE AND FILING UNDER SEAL. |

& NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDAN
~ See the last page of exhibit for explanation

Exhibit C   Page 2 of 5

EXHIBIT C
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Jennis Bowen & Brundage, P.L.

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|------------|-------------|------------------|----------------|------------|------------|---|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | | |
| 01/19/06 Thu | Bowen, C 11261-B350 115 | 1.60 | 1.00 | 240.00 | | 0.30 | F | 1 | MATTER:*Litigation* RECEIVE, REVIEW AND RESPOND TO MEMORANDUM FROM DAVID JENNIS IN CONNECTION WITH ATTEMPT BY CREDITORS COMMITTEE TO ADDRESS ISSUES RAISED IN OBJECTION TO DISBAND AND RELATED PAPERS FILED BY EQUITY COMMITTEE (.3). |
| | | | | | | 1.00 | F & | 2 | TELEPHONE CONFERENCE BETWEEN DAVID JENNIS, CHAD BOWEN AND PAUL HASTINGS ATTORNEYS IN CONNECTION WITH SAME (1.0). |
| | | | | | | 0.30 | F | 3 | REVIEW PLEADINGS AND RELATED FILINGS IN CONNECTION WITH SAME (.3). |
| 01/19/06 Thu | Jennis, D 11261-B350 116 | 1.20 | 1.00 | 295.00 | | 0.20 | F | 1 | MATTER:*Litigation* RECEIVE, REVIEW, AND RESPOND TO E-MAILS FROM CYNTHIA C. JACKSON REGARDING HEARING ON EQUITY COMMITTEE'S MOTION TO SET ASIDE DISBANDMENT (.2). |
| | | | | | | 1.00 | F | 2 | PARTICIPATE IN TELEPHONE CONFERENCE WITH PAUL HASTINGS ATTORNEYS REGARDING RESPONSE TO NOTICE OF DISBANDMENT (1.0). |
| 01/30/06 Mon | Bowen, C 11261-B350 138 | 9.80 | 9.80 | 2,352.00 | B, G | | | 1 | MATTER:*Litigation* PREPARE FOR, ATTEND, AND RETURN FROM HEARINGS IN JACKSONVILLE IN CONNECTION WITH DISBANDMENT MOTIONS AND OTHER OBJECTIONS. |
| | | | | | B | | | 2 | MEETING WITH HOUSTON MADDUX IN ADVANCE OF HEARING AND DISCUSS VARIOUS STATUS STRATEGY AND PROCEDURAL ISSUES WITH ATTORNEYS FROM PAUL HASTINGS. |
| 01/30/06 Mon | Jennis, D 11261-B350 139 | 9.40 | 9.40 | 2,773.00 | B, G | | & | 1 | MATTER:*Litigation* PREPARE FOR, ATTEND, AND RETURN FROM HEARING IN JACKSONVILLE IN CONNECTION WITH DISBANDMENT MOTIONS. |
| | | | | | B | | & | 2 | MEETING WITH HOUSTON MADDUX IN ADVANCE OF HEARING AND DISCUSS VARIOUS STATUS, STRATEGY MEETING WITH KAROL DENNISTON AND OTHER ATTORNEYS FROM PAUL HASTINGS. |

| | | | |
|---|---|---|---|
| TOTAL OF ALL ENTRIES | | 24.91 | $6,671.00 |
| TOTAL ENTRY COUNT: | 9 | | |
| TOTAL TASK COUNT: | 12 | | |
| TOTAL OF & ENTRIES | | 11.91 | $3,375.00 |
| TOTAL ENTRY COUNT: | 5 | | |
| TOTAL TASK COUNT: | 6 | | |

& NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDAN
~ See the last page of exhibit for explanation

Exhibit C  Page 3 of 5

EXHIBIT C
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Jennis Bowen & Brundage, P.L.


SUMMARY OF HOURS AND FEES BY INDIVIDUAL FOR
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS

| TIMEKEEPER | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Bowen, C | 10.80 | 2,592.00 | 5.20 | 1,248.00 | 16.00 | 3,840.00 | 1.51 | 362.00 | 12.31 | 2,954.00 |
| Jennis, D | 12.40 | 3,658.00 | 0.60 | 177.00 | 13.00 | 3,835.00 | 0.20 | 59.00 | 12.60 | 3,717.00 |
| | 23.20 | $6,250.00 | 5.80 | $1,425.00 | 29.00 | $7,675.00 | 1.71 | $421.00 | 24.91 | $6,671.00 |

RANGE OF HOURS

RANGE OF FEES


SUMMARY OF HOURS AND FEES BY INDIVIDUAL FOR
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDANCE

| TIMEKEEPER | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Bowen, C | 1.00 | 240.00 | 5.20 | 1,248.00 | 6.20 | 1,488.00 | 1.51 | 362.00 | 2.51 | 602.00 |
| Jennis, D | 9.40 | 2,773.00 | 0.00 | 0.00 | 9.40 | 2,773.00 | 0.00 | 0.00 | 9.40 | 2,773.00 |
| | 10.40 | $3,013.00 | 5.20 | $1,248.00 | 15.60 | $4,261.00 | 1.51 | $362.00 | 11.91 | $3,375.00 |

RANGE OF HOURS

RANGE OF FEES


(--) REASONS FOR TASK HOUR ASSIGNMENTS
F       FINAL BILL
A       Task Hours Allocated By Fee Auditor

Exhibit C   Page 4 of 5

EXHIBIT C
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Jennis Bowen & Brundage, P.L.

SUMMARY OF HOURS AND FEES BY MATTER FOR
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS

| MATTER NAME | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Litigation | 23.20 | 6,250.00 | 5.80 | 1,425.00 | 29.00 | 7,675.00 | 1.71 | 421.00 | 24.91 | 6,671.00 |
| | 23.20 | $6,250.00 | 5.80 | $1,425.00 | 29.00 | $7,675.00 | 1.71 | $421.00 | 24.91 | $6,671.00 |

RANGE OF HOURS
RANGE OF FEES

SUMMARY OF HOURS AND FEES BY MATTER FOR
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDANCE

| MATTER NAME | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Litigation | 10.40 | 3,013.00 | 5.20 | 1,248.00 | 15.60 | 4,261.00 | 1.51 | 362.00 | 11.91 | 3,375.00 |
| | 10.40 | $3,013.00 | 5.20 | $1,248.00 | 15.60 | $4,261.00 | 1.51 | $362.00 | 11.91 | $3,375.00 |

RANGE OF HOURS
RANGE OF FEES

(--) REASONS FOR TASK HOUR ASSIGNMENTS
F      FINAL BILL
A      Task Hours Allocated By Fee Auditor

Exhibit C   Page 5 of 5

EXHIBIT D
PERSONNEL WHO BILLED 10.00 OR FEWER HOURS
Jennis Bowen & Brundage, P.L.

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Bisignano, N | 4.50 | 427.50 |
| Clift, M | 1.80 | 198.00 |
| Cropper, J | 0.30 | 30.00 |
| | 6.60 | $655.50 |

EXHIBIT D
PERSONNEL WHO BILLED 10.00 OR FEWER HOURS
Jennis Bowen & Brundage, P.L.

| NAME | DATE | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|------|------|------|------|------|------|------|------|------|
| | | | COMBINED HOURS | COMBINED FEES | | | | | |
| Bisignano, N | 09/06/06 | 4.50 | 4.50 | 427.50 | | 4.00 | F | 1 | MATTER: *Fee/Employment Applications* <br> REVISE FIRST AND FINAL FEE APPLICATION OF JENNIS BOWEN & BRUNDAGE AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AND PREPARATION OF ACCOMPANYING SUMMARY PAGES IN CONNECTION WITH SAME (4.0). |
| | Wed 11261-B160/ 63 | | | | E | 0.50 | F | 2 | REVIEW AND UPDATE OF MOST RECENT COURT DOCKET ENTRIES IN WINN DIXIE CASE (.5). |
| | | | 4.50 | 427.50 | | | | | |
| | NUMBER OF ENTRIES: | | 1 | | | | | | |
| Clift, M | 12/07/05 | 0.70 | 0.70 | 77.00 | | | | 1 | MATTER: *Fee/Employment Applications* <br> REVIEW AND REVISE TIME ENTRIES REGARDING ADDITION OF PHASE/TASK CODING. |
| | Wed 11261-B160/ 52 | | | | | | | | |
| | 12/27/05 | 1.10 | 1.10 | 121.00 | | 0.10 | F | 1 | MATTER: *Fee/Employment Applications* <br> RECEIPT AND REVIEW OF REQUEST FOR INFORMATION REGARDING FILING OF FEE STATEMENTS (.1). |
| | Tue 11261-B160/ 57 | | | | | 0.90 | F | 2 | REVIEW OF PLEADINGS REGARDING SAME AND REQUEST ADDITIONAL INFORMATION REGARDING FEE PROCEDURES (.9). |
| | | | | | | 0.10 | F | 3 | TELEPHONE CONFERENCE WITH PAUL HASTING'S OFFICE AND PREPARE MEMORANDUM TO KERI C. REGARDING SAME(.1). |
| | | | 1.80 | 198.00 | | | | | |
| | NUMBER OF ENTRIES: | | 2 | | | | | | |
| Cropper, J | 12/23/05 | 0.30 | 0.30 | 30.00 | E | | | 1 | MATTER: *Case Administration* <br> SUBMIT VIA ECF PROPOSED ORDER EMPLOYING JEFFERIES & CO. |
| | Fri 11261-B110/ 9 | | | | | | | 2 | PREPARE AND SEND E-MAIL CONFIRMATION TO KERI C. WITH PAUL HASTINGS OFFICE. |
| | | | 0.30 | 30.00 | | | | | |
| | NUMBER OF ENTRIES: | | 1 | | | | | | |
| | | | 6.60 | $655.50 | | | | | |

Total
Number of Entries:   4

~ See the last page of exhibit for explanation

EXHIBIT D
PERSONNEL WHO BILLED 10.00 OR FEWER HOURS
Jennis Bowen & Brundage, P.L.

## SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER | ISOLATED HOURS | ISOLATED FEES | BLOCKED HOURS | BLOCKED FEES | MAXIMUM HOURS | MAXIMUM FEES | PROPORTIONAL HOURS | PROPORTIONAL FEES | COMBINED HOURS | COMBINED FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| Bisignano, N | 4.50 | 427.50 | 0.00 | 0.00 | 4.50 | 427.50 | 0.00 | 0.00 | 4.50 | 427.50 |
| Clift, M | 1.80 | 198.00 | 0.00 | 0.00 | 1.80 | 198.00 | 0.00 | 0.00 | 1.80 | 198.00 |
| Cropper, J | 0.30 | 30.00 | 0.00 | 0.00 | 0.30 | 30.00 | 0.00 | 0.00 | 0.30 | 30.00 |
| | 6.60 | $655.50 | 0.00 | $0.00 | 6.60 | $655.50 | 0.00 | $0.00 | 6.60 | $655.50 |

RANGE OF HOURS
RANGE OF FEES

## SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | ISOLATED HOURS | ISOLATED FEES | BLOCKED HOURS | BLOCKED FEES | MAXIMUM HOURS | MAXIMUM FEES | PROPORTIONAL HOURS | PROPORTIONAL FEES | COMBINED HOURS | COMBINED FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| Case Administration | 0.30 | 30.00 | 0.00 | 0.00 | 0.30 | 30.00 | 0.00 | 0.00 | 0.30 | 30.00 |
| Fee/Employment Applications | 6.30 | 625.50 | 0.00 | 0.00 | 6.30 | 625.50 | 0.00 | 0.00 | 6.30 | 625.50 |
| | 6.60 | $655.50 | 0.00 | $0.00 | 6.60 | $655.50 | 0.00 | $0.00 | 6.60 | $655.50 |

RANGE OF HOURS
RANGE OF FEES

(~) REASONS FOR TASK HOUR ASSIGNMENTS
F     FINAL BILL
A     Task Hours Allocated By Fee Auditor

EXHIBIT E-1

ADMINISTRATIVE/CLERICAL ACTIVITIES BY PARAPROFESSIONALS

Jennis Bowen & Brundage, P.L.

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Bisignano, N | 0.50 | 47.50 |
| Cropper, J | 0.15 | 15.00 |
| Kearney, K | 0.30 | 33.00 |
| | 0.95 | $95.50 |

EXHIBIT E-1

ADMINISTRATIVE/CLERICAL ACTIVITIES BY PARAPROFESSIONALS

Jennis Bowen & Brundage, P.L.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|------|-------------|---------------|---|------------|------------|---|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | | |
| | | | | | | | | | MATTER: Fee/Employment Applications |
| 12/22/05 | Kearney, K | 1.30 | 0.30 | 33.00 | | 0.30 | F | 1 | REVIEW E-MAIL FROM KERI C. AND THE ATTACHED PROPOSED ORDER APPROVING EMPLOYMENT AND RETENTION OF JEFFERIES & COMPANY AS FINANCIAL ADVISOR TO EQUITY COMMITTEE TO BE SUBMITTED (.3). |
| Thu | 11261-B160756 | | | | | 0.20 | F | 2 | TELEPHONE CONFERENCE WITH KERI C. ADVISING THAT THE EXHIBIT WAS NOT ATTACHED (.2). |
| | | | | | | 0.30 | F | 3 | FINALIZE AND SUBMIT ORDER (.3). |
| | | | | | | 0.30 | F | 4 | TELEPHONE CALLS TO ECF HELP DESK AFTER ERROR MESSAGE RECEIVED (.3). |
| | | | | | | 0.20 | F | 5 | TELEPHONE CONFERENCE WITH KERI C. REGARDING SAME (.2). |
| | | | | | | | | | MATTER: Case Administration |
| 12/23/05 | Cropper, J | 0.30 | 0.15 | 15.00 | D | | | 1 | SUBMIT VIA ECF PROPOSED ORDER EMPLOYING JEFFERIES & CO. |
| Fri | 11261-B110759 | | | | D | | | 2 | PREPARE AND SEND E-MAIL CONFIRMATION TO KERI C. WITH PAUL HASTINGS OFFICE. |
| | | | | | | | | | MATTER: Fee/Employment Applications |
| 09/06/06 | Bisignano, N | 4.50 | 0.50 | 47.50 | D | 4.00 | F | 1 | REVISE FIRST AND FINAL FEE APPLICATION OF JENNIS BOWEN & BRUNDAGE AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AND PREPARATION OF ACCOMPANYING SUMMARY PAGES IN CONNECTION WITH SAME (4.0). |
| Wed | 11261-B160763 | | | | D | 0.50 | F | 2 | REVIEW AND UPDATE OF MOST RECENT COURT DOCKET ENTRIES IN WINN DIXIE CASE (.5). |
| | | | 0.95 | $95.50 | | | | | |

Total
Number of Entries:      3

~ See the last page of exhibit for explanation

EXHIBIT E-1
ADMINISTRATIVE/CLERICAL ACTIVITIES BY PARAPROFESSIONALS
Jennis Bowen & Brundage, P.L.

## SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| TIMEKEEPER | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Bisignano, N | 0.50 | 47.50 | 0.00 | 0.00 | 0.50 | 47.50 | 0.00 | 0.00 | 0.50 | 47.50 |
| Cropper, J | 0.00 | 0.00 | 0.30 | 30.00 | 0.30 | 30.00 | 0.15 | 15.00 | 0.15 | 15.00 |
| Kearney, K | 0.30 | 33.00 | 0.00 | 0.00 | 0.30 | 33.00 | 0.00 | 0.00 | 0.30 | 33.00 |
| | 0.80 | $80.50 | 0.30 | $30.00 | 1.10 | $110.50 | 0.15 | $15.00 | 0.95 | $95.50 |

RANGE OF HOURS
RANGE OF FEES

## SUMMARY OF HOURS AND FEES BY MATTER

| | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| MATTER NAME | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Case Administration | 0.00 | 0.00 | 0.30 | 30.00 | 0.30 | 30.00 | 0.15 | 15.00 | 0.15 | 15.00 |
| Fee/Employment Applications | 0.80 | 80.50 | 0.00 | 0.00 | 0.80 | 80.50 | 0.00 | 0.00 | 0.80 | 80.50 |
| | 0.80 | $80.50 | 0.30 | $30.00 | 1.10 | $110.50 | 0.15 | $15.00 | 0.95 | $95.50 |

RANGE OF HOURS
RANGE OF FEES

(~) REASONS FOR TASK HOUR ASSIGNMENTS
F        FINAL BILL
A        Task Hours Allocated By Fee Auditor

EXHIBIT E-2

ADMINISTRATIVE/CLERICAL ACTIVITIES BY PROFESSIONALS

Jennis Bowen & Brundage, P.L.

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Bowen, C | 1.57 | 376.00 |
| Jennis, D | 0.60 | 177.00 |
| | 2.17 | $553.00 |

EXHIBIT E-2
ADMINISTRATIVE/CLERICAL ACTIVITIES BY PROFESSIONALS
Jennis Bowen & Brundage, P.L.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|-------------|---------------|---|-----------|------------|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| | | | | | | | | MATTER:Litigation |
| 01/13/06 Fri | Bowen, C 11261-B350 107 | 1.10 | 0.37 | 88.00 | B, C | | | 1 TELEPHONE CALL TO KAROL K. DENNISTON IN ADVANCE OF SCHEDULED CONFERENCE CALL REGARDING STATUS OF EQUITY COMMITTEE, DISBANDMENT MOTION, AND OTHER ASPECTS OF CHAPTER 11 BANKRUPTCY CASE OF WINN-DIXIE. |
| | | | | | B, F | | | 2 CONDUCT LEGAL RESEARCH IN CONNECTION WITH DISBANDMENT AND STANDARDS OF REVIEW TO DETERMINE APPROPRIATE PROCEDURAL POSTURE AND PROCESS FOR CHALLENGING OCCURRENCES IN THIS CASE. |
| | | | | | B | | | 3 MULTIPLE TELEPHONE CONVERSATIONS WITH MEDIA REGARDING STATUS OF WINN DIXIE CASE AND EQUITY COMMITTEES POSITIONS. |
| | | | | | | | | MATTER:Litigation |
| 01/24/06 Tue | Bowen, C 11261-B350 126 | 0.80 | 0.20 | 48.00 | B | | | 1 MULTIPLE TELEPHONE CONFERENCES WITH PAUL HASTINGS ATTORNEYS IN CONNECTION WITH UPCOMING HEARINGS RELATING TO DISBANDMENT MOTION. |
| | | | | | B | | | 2 RECEIVE, REVIEW AND ANALYZE MULTIPLE CORRESPONDENCES IN CONNECTION WITH SAME. |
| | | | | | B | | | 3 COORDINATE TRAVEL EFFORTS FOR HOUSTON MADDUX AS REPRESENTATIVE OF EQUITY COMMITTEE. |
| | | | | | B, F | | | 4 CONDUCT LEGAL RESEARCH REGARDING STANDING OF COUNSEL FOR EQUITY COMMITTEE TO MAKE ARGUMENTS IN LIGHT OF DISBANDMENT MOTION. |
| | | | | | | | | MATTER:Meetings of and Communications w/ Creditors |
| 01/25/06 Wed | Jennis, D 11261-B150 17 | 0.20 | 0.20 | 59.00 | | | | 1 TELEPHONE CALL WITH MARK ALBRIGHT AT ST. PETE TIMES. |
| | | | | | | | | MATTER:Meetings of and Communications w/ Creditors |
| 01/26/06 Thu | Bowen, C 11261-B150 19 | 1.70 | 1.00 | 240.00 | | 0.70 | F | 1 RESPOND TO PHONE CALLLS FROM VARIOUS SHAREHOLDERS REGARDING MEDIA REPORTS OF DISBANDMENT OF EQUITY COMMITTEE (.7). |
| | | | | | B | 0.50 | A | 2 PREPARE FOR AND ATTEND MEETING WITH REPORTER FROM ST. PETERSBURG TIMES IN CONNECTION WITH DISBANDMENT MOTIONS AND STATUS OF EQUITY COMMITTEE DISBANDMENT AND ISSUES WITH RESPECT TO WINN DIXIE CASE. |
| | | | | | B | 0.50 | A | 3 COMPILE REQUEST MATERIALS IN CONNECTION WITH SAME (1.0). |
| | | | | | | | | MATTER:Meetings of and Communications w/ Creditors |
| 02/02/06 Thu | Jennis, D 11261-B150 23 | 0.40 | 0.40 | 118.00 | | | | 1 TELEPHONE CALL TO MARK ALBRIGHT OF ST. PETE TIMES REGARDING HEARINGS ON DISBANDMENT OF EQUITY COMMITTEE. |
| | | | 2.17 | $553.00 | | | | |

Total
Number of Entries:     5

~ See the last page of exhibit for explanation

EXHIBIT E-2
ADMINISTRATIVE/CLERICAL ACTIVITIES BY PROFESSIONALS
Jennis Bowen & Brundage, P.L.

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER | ISOLATED HOURS | ISOLATED FEES | BLOCKED HOURS | BLOCKED FEES | MAXIMUM HOURS | MAXIMUM FEES | PROPORTIONAL HOURS | PROPORTIONAL FEES | COMBINED HOURS | COMBINED FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| Bowen, C | 1.00 | 240.00 | 1.90 | 456.00 | 2.90 | 696.00 | 0.57 | 136.00 | 1.57 | 376.00 |
| Jennis, D | 0.60 | 177.00 | 0.00 | 0.00 | 0.60 | 177.00 | 0.00 | 0.00 | 0.60 | 177.00 |
| | 1.60 | $417.00 | 1.90 | $456.00 | 3.50 | $873.00 | 0.57 | $136.00 | 2.17 | $553.00 |

RANGE OF HOURS
RANGE OF FEES

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | ISOLATED HOURS | ISOLATED FEES | BLOCKED HOURS | BLOCKED FEES | MAXIMUM HOURS | MAXIMUM FEES | PROPORTIONAL HOURS | PROPORTIONAL FEES | COMBINED HOURS | COMBINED FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| Litigation | 0.00 | 0.00 | 1.90 | 456.00 | 1.90 | 456.00 | 0.57 | 136.00 | 0.57 | 136.00 |
| Meetings of and Communications w/ Creditors | 1.60 | 417.00 | 0.00 | 0.00 | 1.60 | 417.00 | 0.00 | 0.00 | 1.60 | 417.00 |
| | 1.60 | $417.00 | 1.90 | $456.00 | 3.50 | $873.00 | 0.57 | $136.00 | 2.17 | $553.00 |

RANGE OF HOURS
RANGE OF FEES

(--) REASONS FOR TASK HOUR ASSIGNMENTS
F    FINAL BILL
A    Task Hours Allocated By Fee Auditor

EXHIBIT F
LEGAL RESEARCH
Jennis Bowen & Brundage, P.L.

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Bowen, C | 5.35 | 1,269.00 |
| Jennis, D | 5.00 | 1,447.00 |
| | 10.35 | $2,716.00 |

EXHIBIT F
LEGAL RESEARCH
Jennis Bowen & Brundage, P.L.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|------|------|------|------|------|------|------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| 09/23/05 Fri | Bowen, C 11261-B160/31 | 0.70 | 0.70 | 157.50 | | | | **MATTER: Fee/Employment Applications** <br> 1  LEGAL RESEARCH REGARDING DISINTERESTEDNESS STANDARDS RELATING TO PREVIOUS REPRESENTATIONS OF CREDITORS IN WINN-DIXIE CASE AND OTHER ISSUES. |
| 12/01/05 Thu | Bowen, C 11261-B160/50 | 0.60 | 0.30 | 67.50 | B <br><br> B | | | **MATTER: Fee/Employment Applications** <br> 1  PREPARE FOR AND PARTICIPATE IN TELEPHONE CONFERENCES BETWEEN CHAD BOWEN, DAVID JENNIS, AND CO-COUNSEL REGARDING LOCAL RULES FOR ADMITTING SPECIAL COUNSEL IN CONNECTION WITH PROCEEDINGS TAKING PLACE IN JACKSONVILLE DIVISION. <br> 2  CONDUCT LEGAL RESEARCH REGARDING LOCAL RULES IN CONNECTION WITH SAME. |
| 12/05/05 Mon | Jennis, D 11261-B190/83 | 2.30 | 1.80 | 513.00 | 0.50 <br><br> 1.80 | F <br><br> F | | **MATTER: Other Contested Matters** <br> 1  TELEPHONE CONFERENCE BETWEEN DAVID JENNIS AND KERI C. REGARDING MOTION TO APPOINT EXAMINER (.5). <br> 2  RESEARCH REGARDING FLORIDA STATUTE AND CORPORATE CODE PROVISIONS FOR APPOINTMENT OF INDEPENDENT INVESTIGATORY AGENT IN LIEU OF APPOINTMENT OF EXAMINER (1.8). |
| 12/07/05 Wed | Jennis, D 11261-B190/85 | 1.30 | 1.00 | 285.00 | 1.00 <br><br> 0.30 | F <br><br> F | | **MATTER: Other Contested Matters** <br> 1  CONTINUED RESEARCH REGARDING ABILITY TO APPOINT INDEPENDENT INVESTIGATOR REGARDING SHAREHOLDER AND CORPORATE GOVERNANCE ISSUES UNDER FLORIDA CORPORATE CODE (1.0). <br> 2  REVIEW AND LOCALIZE EQUITY COMMITTEE'S OBJECTION TO EXTEND EXCLUSIVITY, ECF FILE (.3). |
| 01/12/06 Thu | Jennis, D 11261-B350/104 | 2.70 | 2.20 | 649.00 | 0.10 <br><br> 0.40 <br><br> 2.20 | F <br><br> F <br><br> F | | **MATTER: Litigation** <br> 1  RECEIVE AND REVIEW UST'S NOTICE OF DISBANDMENT OF EQUITY COMMITTEE (.1). <br> 2  RECEIVE, REVIEW, AND RESPOND TO MULTIPLE E-MAIL CORRESPONDENCE FROM CAROLYN C. CHAYAVADHANANGKUR AND KAROL DENNISTON REGARDING SAME AND CONFERENCE CALL WITH COMMITTEE (.4). <br> 3  PRELIMINARY RESEARCH REGARDING US TRUSTEE'S AUTHORITY TO UNILATERALLY DISBAND COMMITTEE AND REGARDING REAPPOINTMENT OF COMMITTEE UNDER 1102(A)(2) (2.2). |
| 01/13/06 Fri | Bowen, C 11261-B350/106 | 0.70 | 0.70 | 168.00 | | | | **MATTER: Litigation** <br> 1  CONDUCT LEGAL RESEARCH REGARDING ABUSE OF DISCRETION STANDARD WITH RESPECT TO UNITED STATES TRUSTEE'S UNILATERAL NOTICE OF DISBANDMENT AND ISSUES IN CONNECTION WITH COURT'S ABILITY TO REAPPOINT EQUITY COMMITTEE UNDER 11 USC 1102. |
| 01/13/06 Fri | Bowen, C 11261-B350/107 | 1.10 | 0.37 | 88.00 | B, C <br><br> B <br><br> E, B | | | **MATTER: Litigation** <br> 1  TELEPHONE CALL TO KAROL K. DENNISTON IN ADVANCE OF SCHEDULED CONFERENCE CALL REGARDING STATUS OF EQUITY COMMITTEE, DISBANDMENT MOTION, AND OTHER ASPECTS OF CHAPTER 11 BANKRUPTCY CASE OF WINN-DIXIE. <br> 2  CONDUCT LEGAL RESEARCH IN CONNECTION WITH DISBANDMENT AND STANDARDS OF REVIEW TO DETERMINE APPROPRIATE PROCEDURAL POSTURE AND PROCESS FOR CHALLENGING OCCURRENCES IN THIS CASE. <br> 3  MULTIPLE TELEPHONE CONVERSATIONS WITH MEDIA REGARDING STATUS OF WINN DIXIE CASE AND EQUITY COMMITTEES POSITIONS. |

~  See the last page of exhibit for explanation

EXHIBIT F
LEGAL RESEARCH
Jennis Bowen & Brundage, P.L.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| 01/17/06 Tue | Bowen, C 11261-B350/112 | 2.70 | 0.68 | 162.00 | B | | | MATTER:Litigation<br>1 RECEIVE, REVIEW AND RESPOND TO CORRESPONDENCE FROM KERI C. IN CONNECTION WITH FILING OF MOTIONS OPPOSING DISBANDED OF EQUITY COMMITTEE AND SCHEDULING OF HEARINGS IN CONNECTION WITH SAME. |
| | | | | | B, C | | | 2 MULTIPLE TELEPHONE CONVERSATIONS BETWEEN CHAD BOWEN AND PAUL HASTINGS COUNSEL IN CONNECTION WITH SAME. |
| | | | | | B | | | 3 CONDUCT LEGAL RESEARCH IN CONNECTION WITH LEGAL POSITIONS TAKEN IN VARIOUS MOTIONS RELATING TO DENIAL OF SUBSTANTIVE AND PROCEDURAL DUE PROCESS BY VIRTUE OF US TRUSTEE'S ACTION. |
| | | | | | B | | | 4 REVIEW AND REVISE MOTIONS TO BE FILED, ISSUES RELATING TO FILING PAPERS UNDER SEAL PURSUANT TO COURT SEAL ORDER, AND RELATED MATTERS. FILE MOTIONS IN RELATED PAPERS ON ECF. |
| 01/23/06 Mon | Bowen, C 11261-B350/122 | 1.40 | 0.70 | 168.00 | B | | | MATTER:Litigation<br>1 PREPARE FOR AND PARTICIPATE IN TELEPHONIC STATUS CONFERENCE IN CONNECTION WITH VARIOUS ISSUES RELATING TO DISBANDMENT MOTION AND RELATED MATTERS. |
| | | | | | B | | | 2 CONDUCT LEGAL RESEARCH REGARDING ISSUES TO BE ADDRESSED AT STATUS CONFERENCE HEARING, FACTUAL BASIS ESTABLISHED BY EXISTING BANKRUPTCY COURT RECORD, AND OTHER MATTERS. |
| 01/24/06 Tue | Bowen, C 11261-B350/126 | 0.80 | 0.20 | 48.00 | B | | | MATTER:Litigation<br>1 MULTIPLE TELEPHONE CONFERENCES WITH PAUL HASTINGS ATTORNEYS IN CONNECTION WITH UPCOMING HEARINGS RELATING TO DISBANDMENT MOTION. |
| | | | | | B | | | 2 RECEIVE, REVIEW AND ANALYZE MULTIPLE CORRESPONDENCES IN CONNECTION WITH SAME. |
| | | | | | E, B | | | 3 COORDINATE TRAVEL EFFORTS FOR HOUSTON MADDUX AS REPRESENTATIVE OF EQUITY COMMITTEE. |
| | | | | | B | | | 4 CONDUCT LEGAL RESEARCH REGARDING STANDING OF COUNSEL FOR EQUITY COMMITTEE TO MAKE ARGUMENTS IN LIGHT OF DISBANDMENT MOTION. |
| 01/29/06 Sun | Bowen, C 11261-B350/136 | 5.70 | 1.43 | 342.00 | B | | | MATTER:Litigation<br>1 MEETING IN JACKSONVILLE WITH PAUL HASTINGS' ATTORNEYS IN CONNECTION WITH REPRESENTATION OF EQUITY COMMITTEE IN HEARINGS IN CONNECTION WITH DISBANDMENT OF COMMITTEE. |
| | | | | | B | | | 2 MEETING WITH HOUSTON MADDUX AND OTHERS IN CONNECTION WITH PREPARATIONS FOR HEARINGS. |
| | | | | | B | | | 3 CONDUCT LEGAL RESEARCH IN CONNECTION WITH LEGAL ISSUES THAT WILL ARISE AT HEARING, INCLUDING STANDING. |
| | | | | | B | | | 4 ASSIST IN REVISIONS TO VARIOUS FILINGS AND PREPARATION OF ARGUMENT. |
| 02/07/06 Tue | Bowen, C 11261-B350/142 | 1.70 | 0.28 | 68.00 | B | | | MATTER:Litigation<br>1 REVIEW FILE, |
| | | | | | B | | | 2 PREPARE FOR AND PARTICIPATING IN CONFERENCE CALL WITH EQUITY COMMITTEE COUNSEL RELATING TO DISBANDMENT MOTION, ENTRY OF A CORRESPONDING ORDER, AND LEGAL RIGHTS OF COMMITTEE MEMBERS AFTER DISBANDMENT. |
| | | | | | B | | | 3 DISCUSS STATUS AND STRATEGY |
| | | | | | B | | | 4 AND CONDUCT LEGAL RESEARCH REGARDING SAME. |
| | | | | | B | | | 5 REVIEW AGENDA AND RELATED DOCUMENTS IN CONNECTION WITH UPCOMING CALL WITH COMMITTEE MEMBERS. |
| | | | | | B | | | 6 ADDITIONAL CONFERENCES BETWEEN CHAD BOWEN AND PAUL HASTINGS ATTORNEYS IN CONNECTION WITH SAME. |

~ See the last page of exhibit for explanation

EXHIBIT F

LEGAL RESEARCH

Jennis Bowen & Brundage, P.L.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|-------------|---------------|--|------------|------------|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| | | | 10.35 | $2,716.00 | | | | |

Total
Number of Entries:     12

EXHIBIT F
LEGAL RESEARCH
Jennis Bowen & Brundage, P.L.

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER | ISOLATED HOURS | ISOLATED FEES | BLOCKED HOURS | BLOCKED FEES | MAXIMUM HOURS | MAXIMUM FEES | PROPORTIONAL HOURS | PROPORTIONAL FEES | COMBINED HOURS | COMBINED FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| Bowen, C | 1.40 | 325.50 | 14.00 | 3,351.00 | 15.40 | 3,676.50 | 3.95 | 943.50 | 5.35 | 1,269.00 |
| Jennis, D | 5.00 | 1,447.00 | 0.00 | 0.00 | 5.00 | 1,447.00 | 0.00 | 0.00 | 5.00 | 1,447.00 |
| | 6.40 | $1,772.50 | 14.00 | $3,351.00 | 20.40 | $5,123.50 | 3.95 | $943.50 | 10.35 | $2,716.00 |

RANGE OF HOURS

RANGE OF FEES

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | ISOLATED HOURS | ISOLATED FEES | BLOCKED HOURS | BLOCKED FEES | MAXIMUM HOURS | MAXIMUM FEES | PROPORTIONAL HOURS | PROPORTIONAL FEES | COMBINED HOURS | COMBINED FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| Fee/Employment Applications | 0.70 | 157.50 | 0.60 | 135.00 | 1.30 | 292.50 | 0.30 | 67.50 | 1.00 | 225.00 |
| Litigation | 2.90 | 817.00 | 13.40 | 3,216.00 | 16.30 | 4,033.00 | 3.65 | 876.00 | 6.55 | 1,693.00 |
| Other Contested Matters | 2.80 | 798.00 | 0.00 | 0.00 | 2.80 | 798.00 | 0.00 | 0.00 | 2.80 | 798.00 |
| | 6.40 | $1,772.50 | 14.00 | $3,351.00 | 20.40 | $5,123.50 | 3.95 | $943.50 | 10.35 | $2,716.00 |

RANGE OF HOURS

RANGE OF FEES

(~) REASONS FOR TASK HOUR ASSIGNMENTS
F       FINAL BILL
A       Task Hours Allocated By Fee Auditor

EXHIBIT G-1

TRAVEL

Jennis Bowen & Brundage, P.L.

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Bowen, C | 4.90 | 1,176.00 |
| Jennis, D | 4.70 | 1,386.50 |
| | 9.60 | $2,562.50 |

EXHIBIT G-1

TRAVEL

Jennis Bowen & Brundage, P.L.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|-------------|---------------|--|-----------|------------|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| 01/30/06 | Bowen, C | 9.80 | 4.90 | 1,176.00 | B | | | **MATTER:Litigation** |
| Mon | 11261-B350/138 | | | | | | 1 | PREPARE FOR, ATTEND, AND RETURN FROM HEARINGS IN JACKSONVILLE IN CONNECTION WITH DISBANDMENT MOTIONS AND OTHER OBJECTIONS. |
| | | | | | B | | 2 | MEETING WITH HOUSTON MADDUX IN ADVANCE OF HEARING AND DISCUSS VARIOUS STATUS STRATEGY AND PROCEDURAL ISSUES WITH ATTORNEYS FROM PAUL HASTINGS. |
| 01/30/06 | Jennis, D | 9.40 | 4.70 | 1,386.50 | B, C | | | **MATTER:Litigation** |
| Mon | 11261-B350/139 | | | | | | 1 | PREPARE FOR, ATTEND, AND RETURN FROM HEARING IN JACKSONVILLE IN CONNECTION WITH DISBANDMENT MOTIONS. |
| | | | | | B, C | | 2 | MEETING WITH HOUSTON MADDUX IN ADVANCE OF HEARING AND DISCUSS VARIOUS STATUS, STRATEGY MEETING WITH KAROL DENNISTON AND OTHER ATTORNEYS FROM PAUL HASTINGS. |
| | | | 9.60 | $2,562.50 | | | | |

Total
Number of Entries:        2

~  See the last page of exhibit for explanation

EXHIBIT G-1
TRAVEL
Jennis Bowen & Brundage, P.L.

## SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER | ISOLATED HOURS | FEES | BLOCKED HOURS | FEES | MAXIMUM HOURS | FEES | PROPORTIONAL HOURS | FEES | COMBINED HOURS | FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| Bowen, C | 0.00 | 0.00 | 9.80 | 2,352.00 | 9.80 | 2,352.00 | 4.90 | 1,176.00 | 4.90 | 1,176.00 |
| Jennis, D | 0.00 | 0.00 | 9.40 | 2,773.00 | 9.40 | 2,773.00 | 4.70 | 1,386.50 | 4.70 | 1,386.50 |
| | 0.00 | $0.00 | 19.20 | $5,125.00 | 19.20 | $5,125.00 | 9.60 | $2,562.50 | 9.60 | $2,562.50 |

RANGE OF HOURS
RANGE OF FEES

## SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | ISOLATED HOURS | FEES | BLOCKED HOURS | FEES | MAXIMUM HOURS | FEES | PROPORTIONAL HOURS | FEES | COMBINED HOURS | FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| Litigation | 0.00 | 0.00 | 19.20 | 5,125.00 | 19.20 | 5,125.00 | 9.60 | 2,562.50 | 9.60 | 2,562.50 |
| | 0.00 | $0.00 | 19.20 | $5,125.00 | 19.20 | $5,125.00 | 9.60 | $2,562.50 | 9.60 | $2,562.50 |

RANGE OF HOURS
RANGE OF FEES

(--) REASONS FOR TASK HOUR ASSIGNMENTS
F       FINAL BILL
A       Task Hours Allocated By Fee Auditor

EXHIBIT G-1
TRAVEL
Jennis Bowen & Brundage, P.L.

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Bowen, C | 4.90 | 1,176.00 |
| Jennis, D | 4.70 | 1,386.50 |
| | 9.60 | $2,562.50 |

EXHIBIT G-1

TRAVEL

Jennis Bowen & Brundage, P.L.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
| | | | COMBINED HOURS | COMBINED FEES | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | MATTER:Litigation |
| 01/30/06 | Bowen, C | 9.80 | 4.90 | 1,176.00 | B | | | 1  PREPARE FOR, ATTEND, AND RETURN FROM HEARINGS IN JACKSONVILLE IN CONNECTION WITH DISBANDMENT MOTIONS AND OTHER OBJECTIONS. |
| Mon | 11261-B350/138 | | | | B | | | 2  MEETING WITH HOUSTON MADDUX IN ADVANCE OF HEARING AND DISCUSS VARIOUS STATUS STRATEGY AND PROCEDURAL ISSUES WITH ATTORNEYS FROM PAUL HASTINGS. |
| | | | | | | | | MATTER:Litigation |
| 01/30/06 | Jennis, D | 9.40 | 4.70 | 1,386.50 | B, C | | | 1  PREPARE FOR, ATTEND, AND RETURN FROM HEARING IN JACKSONVILLE IN CONNECTION WITH DISBANDMENT MOTIONS. |
| Mon | 11261-B350/139 | | | | B, C | | | 2  MEETING WITH HOUSTON MADDUX IN ADVANCE OF HEARING AND DISCUSS VARIOUS STATUS, STRATEGY MEETING WITH KAROL DENNISTON AND OTHER ATTORNEYS FROM PAUL HASTINGS. |
| | | | 9.60 | $2,562.50 | | | | |

Total
Number of Entries:      2

~  See the last page of exhibit for explanation

EXHIBIT G-1
TRAVEL
Jennis Bowen & Brundage, P.L.

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER | ISOLATED HOURS | ISOLATED FEES | BLOCKED HOURS | BLOCKED FEES | MAXIMUM HOURS | MAXIMUM FEES | PROPORTIONAL HOURS | PROPORTIONAL FEES | COMBINED HOURS | COMBINED FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| Bowen, C | 0.00 | 0.00 | 9.80 | 2,352.00 | 9.80 | 2,352.00 | 4.90 | 1,176.00 | 4.90 | 1,176.00 |
| Jennis, D | 0.00 | 0.00 | 9.40 | 2,773.00 | 9.40 | 2,773.00 | 4.70 | 1,386.50 | 4.70 | 1,386.50 |
| | 0.00 | $0.00 | 19.20 | $5,125.00 | 19.20 | $5,125.00 | 9.60 | $2,562.50 | 9.60 | $2,562.50 |

RANGE OF HOURS
RANGE OF FEES

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | ISOLATED HOURS | ISOLATED FEES | BLOCKED HOURS | BLOCKED FEES | MAXIMUM HOURS | MAXIMUM FEES | PROPORTIONAL HOURS | PROPORTIONAL FEES | COMBINED HOURS | COMBINED FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| Litigation | 0.00 | 0.00 | 19.20 | 5,125.00 | 19.20 | 5,125.00 | 9.60 | 2,562.50 | 9.60 | 2,562.50 |
| | 0.00 | $0.00 | 19.20 | $5,125.00 | 19.20 | $5,125.00 | 9.60 | $2,562.50 | 9.60 | $2,562.50 |

RANGE OF HOURS
RANGE OF FEES

(−) REASONS FOR TASK HOUR ASSIGNMENTS
F        FINAL BILL
A        Task Hours Allocated By Fee Auditor

EXHIBIT G-2
TRAVEL BILLED BUT NOT DISCLOSED
Jennis Bowen & Brundage, P.L.

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|------------|---------------:|--------------:|
| Jennis, D | 6.00 | 1,710.00 |
| | 6.00 | $1,710.00 |

EXHIBIT G-2
TRAVEL BILLED BUT NOT DISCLOSED
Jennis Bowen & Brundage, P.L.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | MATTER: Fee/Employment Applications |
| 12/01/05 | Jennis, D | 6.00 | 6.00 | 1,710.00 | B | | | 1 PREPARE FOR AND REPRESENTATION AT HEARING ON APPLICATIONS TO EMPLOY PAUL HASTINGS, JENNIS & BOWEN, AND JEFFRIES IN JACKSONVILLE. |
| Thu | 11261-B160751 | | | | B | | | 2 PRE- AND POST-HEARING CONFERENCES BETWEEN DAVID JENNIS, KAROL DENNISTON AND HANK BAHR REGARDING APPLICATIONS AND RETENTION ISSUES. |
| | | | 6.00 | $1,710.00 | | | | |

Total
Number of Entries:        1

~  See the last page of exhibit for explanation

EXHIBIT G-2
TRAVEL BILLED BUT NOT DISCLOSED
Jennis Bowen & Brundage, P.L.

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| TIMEKEEPER | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Jennis, D | 6.00 | 1,710.00 | 0.00 | 0.00 | 6.00 | 1,710.00 | 0.00 | 0.00 | 6.00 | 1,710.00 |
| | 6.00 | $1,710.00 | 0.00 | $0.00 | 6.00 | $1,710.00 | 0.00 | $0.00 | 6.00 | $1,710.00 |

RANGE OF HOURS

RANGE OF FEES

### SUMMARY OF HOURS AND FEES BY MATTER

| | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| MATTER NAME | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Fee/Employment Applications | 6.00 | 1,710.00 | 0.00 | 0.00 | 6.00 | 1,710.00 | 0.00 | 0.00 | 6.00 | 1,710.00 |
| | 6.00 | $1,710.00 | 0.00 | $0.00 | 6.00 | $1,710.00 | 0.00 | $0.00 | 6.00 | $1,710.00 |

RANGE OF HOURS

RANGE OF FEES

(–) REASONS FOR TASK HOUR ASSIGNMENTS
F        FINAL BILL
A        Task Hours Allocated By Fee Auditor

EXHIBIT H-1
JENNIS BOWEN RETENTION AND COMPENSATION
Jennis Bowen & Brundage, P.L.

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Ackerman, M | 8.30 | 830.00 |
| Bisignano, N | 4.50 | 427.50 |
| Bowen, C | 7.60 | 1,753.50 |
| Clift, M | 1.80 | 198.00 |
| Jennis, D | 14.40 | 4,136.00 |
| Kearney, K | 2.10 | 231.00 |
| | 38.70 | $7,576.00 |

EXHIBIT H-1
JENNIS BOWEN RETENTION AND COMPENSATION
Jennis Bowen & Brundage, P.L.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|-------------|---------------|-----------|------------|------------|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| 09/07/05 Wed | Jennis, D 11261-B160/24 | 1.40 | 0.60 | 171.00 | | 0.60 | F | MATTER:Fee/Employment Applications<br>1 MULTIPLE TELEPHONE CONFERENCES BETWEEN DAVID JENNIS AND KERI C. REGARDING REPRESENTATION OF WINN DIXIE EQUITY SECURITY HOLDERS COMMITTEE AS LOCAL COUNSEL (4X) (.6). |
| | | | | | | 0.30 | F | 2 RECEIVE AND REVIEW APPLICATION TO EMPLOY PAUL HASTINGS, AFFIDAVIT, PRO HAC MOTION OF KAROL DENNISTON (.3). |
| | | | | | | 0.50 | F | 3 MODIFY TO CONFORM TO LOCAL RULES AND PREPARE AND FILE VIA ECF (.5). |
| 09/08/05 Thu | Ackerman, M 11261-B160/26 | 1.20 | 1.20 | 120.00 | | 0.20 | F | MATTER:Fee/Employment Applications<br>1 MEETING WITH DAVID JENNIS REGARDING CASE STATUS AND REPRESENTATION (.2). |
| | | | | | | 0.30 | F | 2 CORRESPONDENCE WITH PAUL, HASTINGS, JANOFSKY & WALKER LLP REGARDING PENDING CASE MATTERS (.3). |
| | | | | | | 0.40 | F | 3 REVIEW PLEADINGS FILED IN CASE AND SUBMIT PROPOSED ORDERS REGARDING SAME (.4). |
| | | | | | | 0.30 | F | 4 REVIEW LOCAL RULE 2090 (C) REGARDING THE FILING OF A DESIGNATION AND CONSENT (.3). |
| 09/08/05 Thu | Ackerman, M 11261-B160/27 | 0.70 | 0.70 | 70.00 | | | | MATTER:Fee/Employment Applications<br>1 DRAFT APPLICATION TO EMPLOY JENNIS & BOWEN AS LOCAL COUNSEL AND AFFIDAVIT REGARDING SAME. |
| 09/08/05 Thu | Bowen, C 11261-B160/25 | 0.50 | 0.50 | 112.50 | | | | MATTER:Fee/Employment Applications<br>1 RECEIVE, REVIEW AND RESPOND TO CORRESPONDENCE FROM PAUL HASTINGS IN CONNECTION WITH EMPLOYMENT OF JENNIS & BOWEN AS LOCAL COUNSEL, ADMISSION OF PAUL HASTINGS PRO HAC VICE, AND ADDRESS ISSUES IN CONNECTION WITH SAME. |
| 09/12/05 Mon | Ackerman, M 11261-B160/28 | 2.10 | 2.10 | 210.00 | B | | | MATTER:Fee/Employment Applications<br>1 FINALIZE APPLICATION TO EMPLOY JENNIS & BOWEN AS CO-COUNSEL NUNC PRO TUNC. |
| | | | | | B | | | 2 DRAFT PROPOSED AFFIDAVIT IN SUPPORT. |
| | | | | | B | | | 3 REVIEW OF CONFLICT CHECK RESULTS. |
| 09/14/05 Wed | Ackerman, M 11261-B160/29 | 0.50 | 0.20 | 20.00 | | 0.20 | F | MATTER:Fee/Employment Applications<br>1 REVIEW AND SUBMIT AFFIDAVIT OF KAROL K. DENNISTON (.2). |
| | | | | | | 0.30 | F | 2 TELEPHONE CALL WITH STAFF OF PAUL HASTINGS REGARDING RETENTION APPLICATIONS AND OBJECTIONS TO SAME (.3). |
| 09/23/05 Fri | Bowen, C 11261-B160/31 | 0.70 | 0.70 | 157.50 | F | | | MATTER:Fee/Employment Applications<br>1 LEGAL RESEARCH REGARDING DISINTERESTEDNESS STANDARDS RELATING TO PREVIOUS REPRESENTATIONS OF CREDITORS IN WINN-DIXIE CASE AND OTHER ISSUES. |
| 09/29/05 Thu | Ackerman, M 11261-B160/33 | 0.50 | 0.50 | 50.00 | | 0.30 | F | MATTER:Fee/Employment Applications<br>1 REVISE AND FINALIZE JENNIS & BOWEN'S APPLICATION FOR EMPLOYMENT AND AFFIDAVIT SUPPORTING SAME (.3). |
| | | | | | | 0.20 | F | 2 CORRESPONDENCE WITH CAROLYN (KERI) CHAYAVADHANANGKUR OF PAUL HASTINGS REGARDING OUR EMPLOYMENT APPLICATION (.2). |

~ See the last page of exhibit for explanation

EXHIBIT H-1
JENNIS BOWEN RETENTION AND COMPENSATION
Jennis Bowen & Brundage, P.L.

| DATE | NAME | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|-------------|----------------|---------------|------------|------------|---|-------------|
| | | | INFORMATIONAL | | | | | |
| 09/29/05 Thu | Jennis, D 11261-B160/32 | 0.50 | 0.50 | 142.50 | | | | MATTER: Fee/Employment Applications<br>1 TELEPHONE CONFERENCE BETWEEN DAVID JENNIS AND KERI C. REGARDING RESPONSE TO OBJECTION TO APPLICATION TO EMPLOY COUNSEL FOR EQUITY COMMITTEE. REVIEW LOCAL RULES AND JUDGE FUNK PRACTICE PROCEDURES REGARDING SAME.<br>2 REVISE APPLICATION AND AFFIDAVIT TO EMPLOY JENNIS & BOWEN AS LOCAL COUNSEL. |
| 10/03/05 Mon | Jennis, D 11261-B160/35 | 0.50 | 0.50 | 142.50 | | 0.20 F<br>0.30 F | | MATTER: Fee/Employment Applications<br>1 TELEPHONE CALL TO JAY RODRIGUEZ REGARDING RETENTION AS LOCAL COUNSEL FOR WINN DIXIE EQUITY COMMITTEE (.2).<br>2 FOLLOW UP WITH KERI C. (.3). |
| 10/04/05 Tue | Ackerman, M 11261-B160/38 | 1.70 | 0.50 | 50.00 | | 0.50 F<br>1.20 F | | MATTER: Fee/Employment Applications<br>1 REVISE APPLICATION TO EMPLOY JENNIS & BOWEN (.5).<br>2 REVISE, FINALIZE, AND SUBMIT RESPONSE TO LIMITED OBJECTION BY UNSECURED EQUITY COMMITTEE TO THE RETENTION APPLICATION OF PAUL HASTINGS AND CERTIFICATE OF SERVICE (1.2). |
| 10/04/05 Tue | Bowen, C 11261-B160/36 | 0.80 | 0.80 | 180.00 | B<br>B | | | MATTER: Fee/Employment Applications<br>1 REVISE JENNIS & BOWEN'S EMPLOYMENT APPLICATION.<br>2 PREPARE DECLARATION OF DISINTERESTEDNESS AND REVIEW RELATED RECORDS OF JENNIS & BOWEN. |
| 10/05/05 Wed | Bowen, C 11261-B160/39 | 0.80 | 0.80 | 180.00 | B<br><br>B<br>B | | | MATTER: Fee/Employment Applications<br>1 RECEIVE, REVIEW AND RESPOND TO CORRESPONDENCE FROM BETSY COX IN CONNECTION WITH SERVICE OF VARIOUS MOTIONS RELATING TO EMPLOYMENT OF COUNSEL FOR EQUITY COMMITTEE.<br>2 DRAFT, EDIT AND REVISE CORRESPONDENCE TO KERI C. IN CONNECTION WITH SAME.<br>3 REVIEW FILE AND SERVICE LIST REGARDING SAME. |
| 10/06/05 Thu | Bowen, C 11261-B160/41 | 0.70 | 0.70 | 157.50 | | 0.20 F<br>0.50 F | | MATTER: Fee/Employment Applications<br>1 RECEIVE AND RESPOND TO MESSAGE FROM BETSY COX REGARDING SERVICE OF AREA SEALED DOCUMENTS IN CONNECTION WITH MOTIONS RELATING TO EMPLOYMENT OF COUNSEL FOR EQUITY COMMITTEE (.2).<br>2 CORRESPOND WITH PAUL HASTINGS REGARDING SAME (.5). |
| 10/12/05 Wed | Bowen, C 11261-B160/42 | 0.60 | 0.60 | 135.00 | B<br><br>B | | | MATTER: Fee/Employment Applications<br>1 RECEIVE AND RESPOND TO CORRESPONDENCE FROM KERI C. IN CONNECTION WITH RETENTION OF JENNIS & BOWEN AS SPECIAL COUNSEL TO THE EQUITY HOLDERS COMMITTEE.<br>2 DRAFT, EDIT AND REVISE RELEVANT DOCUMENTATION IN CONNECTION WITH SAME. |
| 10/12/05 Wed | Jennis, D 11261-B160/43 | 1.00 | 1.00 | 285.00 | | 0.20 F<br>0.30 F<br>0.20 F<br>0.30 F | | MATTER: Fee/Employment Applications<br>1 TELEPHONE CONFERENCE BETWEEN DAVID JENNIS AND KERI C. REGARDING RETENTION (.2).<br>2 REVIEW, REVISE AND FINALIZE APPLICATION TO EMPLOY JENNIS & BOWEN (.3).<br>3 FINAL REVIEW OF CONFLICT INFORMATION (.2).<br>4 FINALIZE DECLARATION IN SUPPORT OF APPLICATION TO EMPLOY JENNIS & BOWEN (.3). |

~ See the last page of exhibit for explanation

EXHIBIT H-1
JENNIS BOWEN RETENTION AND COMPENSATION
Jennis Bowen & Brundage, P.L.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
| | | | COMBINED HOURS | COMBINED FEES | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/01/05 Tue | Jennis, D 11261-B160/44 | 0.40 | 0.40 | 114.00 | | | | **MATTER: Fee/Employment Applications**<br>1 RECEIVE, REVIEW, AND RESPOND TO E-MAILS AND TELEPHONE CALL TO KERI C. REGARDING CONTINUATION OF HEARINGS ON RETENTION APPLICATIONS.<br>2 RECEIVE AND REVIEW DRAFT MOTION TO COMPLY WITH DISCOVERY DEADLINES PENDING DISBANDMENT MOTION. |
| 11/15/05 Tue | Ackerman, M 11261-B110/6 | 0.80 | 0.80 | 80.00 | | 0.40<br>0.20<br>0.20 | F<br>F<br>F | **MATTER: Case Administration**<br>1 REVISE AND SUBMIT NOTICE OF HEARING REGARDING APPLICATIONS TO EMPLOY (.4).<br>2 TELEPHONE CONFERENCE WITH KERI C. AT PAUL HASTINGS OFFICE REGARDING NOTICE OF HEARING AND CERTIFICATE OF SERVICE ON SAME (.2).<br>3 CORRESPONDENCE WITH KERI C. AT PAUL HASTINGS OFFICE REGARDING OUR ATTENDANCE OF THE WINN-DIXIE HEARING SCHEDULED FOR NOVEMBER 16, 2005 AND TO SET PHONE CONFERENCE WITH DAVE JENNIS (.2). |
| 11/22/05 Tue | Ackerman, M 11261-B160/45 | 0.50 | 0.50 | 50.00 | | | | **MATTER: Fee/Employment Applications**<br>1 REVISE PROPOSED ORDER GRANTING JENNIS & BOWEN'S EMPLOYMENT APPLICATION AND SUBMIT SAME TO PAUL HASTINGS FOR REVIEW BY EQUITY COMMITTEE. |
| 11/23/05 Wed | Jennis, D 11261-B160/46 | 0.60 | 0.60 | 171.00 | | | | **MATTER: Fee/Employment Applications**<br>1 TELEPHONE CONFERENCE BETWEEN DAVID JENNIS AND KERI C. REGARDING OBJECTIONS TO RETENTION, REVISE RETENTION ORDER. |
| 11/29/05 Tue | Ackerman, M 11261-B160/48 | 1.80 | 1.80 | 180.00 | | 1.40<br>0.40 | F<br>F | **MATTER: Fee/Employment Applications**<br>1 PREPARE HEARING BINDER FOR DECEMBER 1ST HEARING ON EMPLOYMENT APPLICATIONS (1.4).<br>2 CORRESPONDENCE WITH PARALEGAL AT PAUL HASTINGS OFFICE REGARDING SERVICE LIST (.4). |
| 11/29/05 Tue | Jennis, D 11261-B160/47 | 0.40 | 0.40 | 114.00 | | 0.20<br>0.20 | F<br>F | **MATTER: Fee/Employment Applications**<br>1 REVIEW, REVISE AND FINALIZE PROPOSED ORDER ON RETENTION OF JENNIS & BOWEN (.2).<br>2 RECEIVE AND REVIEW DEBTOR'S OBJECTION TO RETENTION OF JEFFRIES (.2). |
| 11/30/05 Wed | Jennis, D 11261-B160/49 | 1.70 | 1.20 | 342.00 | | 0.80<br>0.30<br>0.20<br>0.20<br>0.20 | F<br>F<br>F<br>F<br>F | **MATTER: Fee/Employment Applications**<br>1 PREPARE FOR HEARINGS ON RETENTION APPLICATIONS, REVIEW OBJECTIONS TO RETENTION AND PREPARE RESPONSE BY COMMITTEE AND RETIREES (.8).<br>2 TELEPHONE CONFERENCE BETWEEN DAVID JENNIS AND HANK BAER REGARDING RETENTION OF JEFFRIES (.3).<br>3 TELEPHONE CONFERENCE BETWEEN DAVID JENNIS AND KERI C. REGARDING SAME (.2).<br>4 REVIEW LOCAL RULES REGARDING NEED FOR PRO HAC VICE MOTION (.2).<br>5 FINALIZE AND CIRCULATE PROPOSED ORDERS ON RETENTION (.2). |
| 12/01/05 Thu | Bowen, C 11261-B160/50 | 0.60 | 0.60 | 135.00 | B<br><br>B, F | | | **MATTER: Fee/Employment Applications**<br>1 PREPARE FOR AND PARTICIPATE IN TELEPHONE CONFERENCES BETWEEN CHAD BOWEN, DAVID JENNIS, AND CO-COUNSEL REGARDING LOCAL RULES FOR ADMITTING SPECIAL COUNSEL IN CONNECTION WITH PROCEEDINGS TAKING PLACE IN JACKSONVILLE DIVISION.<br>2 CONDUCT LEGAL RESEARCH REGARDING LOCAL RULES IN CONNECTION WITH SAME. |

~ See the last page of exhibit for explanation

EXHIBIT H-1
JENNIS BOWEN RETENTION AND COMPENSATION
Jennis Bowen & Brundage, P.L.

| DATE | NAME | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | INFORMATIONAL | | | | | |
| 12/01/05 Thu | Jennis, D 11261-B160/51 | 6.00 | 6.00 | 1,710.00 | B, G | | | MATTER: Fee/Employment Applications 1 PREPARE FOR AND REPRESENTATION AT HEARING ON APPLICATIONS TO EMPLOY PAUL HASTINGS, JENNIS & BOWEN, AND JEFFRIES IN JACKSONVILLE. |
| | | | | | B, G | | | 2 PRE- AND POST-HEARING CONFERENCES BETWEEN DAVID JENNIS, KAROL DENNISTON AND HANK BAHR REGARDING APPLICATIONS AND RETENTION ISSUES. |
| 12/07/05 Wed | Clift, M 11261-B160/52 | 0.70 | 0.70 | 77.00 | D | | | MATTER: Fee/Employment Applications 1 REVIEW AND REVISE TIME ENTRIES REGARDING ADDITION OF PHASE/TASK CODING. |
| 12/27/05 Tue | Clift, M 11261-B160/57 | 1.10 | 1.10 | 121.00 | D | 0.10 | F | MATTER: Fee/Employment Applications 1 RECEIPT AND REVIEW OF REQUEST FOR INFORMATION REGARDING FILING OF FEE STATEMENTS (.1). |
| | | | | | D | 0.90 | F | 2 REVIEW OF PLEADINGS REGARDING SAME AND REQUEST ADDITIONAL INFORMATION REGARDING FEE PROCEDURES (.9). |
| | | | | | D | 0.10 | F | 3 TELEPHONE CONFERENCE WITH PAUL HASTING'S OFFICE AND PREPARE MEMORANDUM TO KERI C. REGARDING SAME.(.1). |
| 01/26/06 Thu | Kearney, K 11261-B160/58 | 2.10 | 2.10 | 231.00 | | 0.50 | F | MATTER: Fee/Employment Applications 1 REVIEW FEE EXAMINER REQUIREMENTS FOR SUBMITTING MONTHLY PROFESSIONAL FEE STATEMENTS (.5). |
| | | | | | | 0.80 | F | 2 REVIEW JENNIS BOWEN & BRUNDAGE'S FEE INVOICES FOR SEPTEMBER, 2005 AND OCTOBER, 2005 (.8). |
| | | | | | | 0.80 | F | 3 PREPARE DRAFT PROFESSIONAL STATEMENTS FOR SEPTEMBER, 2005 AND OCTOBER, 2005 (.8). |
| 02/16/06 Thu | Bowen, C 11261-B160/60 | 0.40 | 0.20 | 48.00 | | | | MATTER: Fee/Employment Applications 1 RECEIVE AND REVIEW PAUL HASTINGS' MOTION TO WITHDRAW AS COUNSEL TO EQUITY COMMITTEE. |
| | | | | | | | | 2 REVIEW THE STATUS OF THE APPLICATIONS AND JENNIS BOWEN & BRUNDAGE'S WITHDRAWAL REQUEST. |
| 02/20/06 Mon | Bowen, C 11261-B160/61 | 0.40 | 0.40 | 96.00 | | | | MATTER: Fee/Employment Applications 1 EDIT, REVIEW AND REVISE PORTIONS OF THE PROPOSED MONTHLY APPLICATIONS IN CONNECTION WITH SUBMISSION OF SAME TO FEE EXAMINER IN WINN DIXIE CASE. |
| | | | | | | | | 2 RECEIVE AND REVIEW CORRESPONDENCE FROM DAVID JENNIS TO CO-COUNSEL IN CONNECTION WITH SAME. |
| 09/06/06 Wed | Bisignano, N 11261-B160/63 | 4.50 | 4.50 | 427.50 | D | 4.00 | F | MATTER: Fee/Employment Applications 1 REVISE FIRST AND FINAL FEE APPLICATION OF JENNIS BOWEN & BRUNDAGE AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AND PREPARATION OF ACCOMPANYING SUMMARY PAGES IN CONNECTION WITH SAME (4.0). |
| | | | | | E, D | 0.50 | F | 2 REVIEW AND UPDATE OF MOST RECENT COURT DOCKET ENTRIES IN WINN DIXIE CASE (.5). |
| 09/06/06 Wed | Bowen, C 11261-B160/62 | 2.30 | 2.30 | 552.00 | B | | | MATTER: Fee/Employment Applications 1 REVIEW TIME RECORDS IN CONNECTION WITH REPRESENTATION OF EQUITY COMMITTEE IN WINN DIXIE CASE. |
| | | | | | B | | | 2 PREPARE, EDIT AND REVISE PORTIONS OF FINAL FEE APPLICATION OF JENNIS BOWEN & BRUNDAGE IN CONNECTION WITH SAME. |
| 09/25/06 Mon | Jennis, D 11261-B160/64 | 3.20 | 3.20 | 944.00 | | | | MATTER: Fee/Employment Applications 1 FINALIZE FINAL FEE APPLICATION, DRAFT PHASE-TASKS NARRATIVE AND CONFIRM CLASSIFICATION OF PHASE-TASKS (3.2). |

~ See the last page of exhibit for explanation

EXHIBIT H-1
JENNIS BOWEN RETENTION AND COMPENSATION
Jennis Bowen & Brundage, P.L.

|  |  |  |  | INFORMATIONAL |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| DATE | NAME | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|  |  |  | 38.70 | $7,576.00 |  |  |  |  |

Total
Number of Entries:        33

EXHIBIT H-1
JENNIS BOWEN RETENTION AND COMPENSATION
Jennis Bowen & Brundage, P.L.

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Ackerman, M | 8.30 | 830.00 | 0.00 | 0.00 | 8.30 | 830.00 | 0.00 | 0.00 | 8.30 | 830.00 |
| Bisignano, N | 4.50 | 427.50 | 0.00 | 0.00 | 4.50 | 427.50 | 0.00 | 0.00 | 4.50 | 427.50 |
| Bowen, C | 7.40 | 1,705.50 | 0.40 | 96.00 | 7.80 | 1,801.50 | 0.20 | 48.00 | 7.60 | 1,753.50 |
| Clift, M | 1.80 | 198.00 | 0.00 | 0.00 | 1.80 | 198.00 | 0.00 | 0.00 | 1.80 | 198.00 |
| Jennis, D | 14.40 | 4,136.00 | 0.00 | 0.00 | 14.40 | 4,136.00 | 0.00 | 0.00 | 14.40 | 4,136.00 |
| Kearney, K | 2.10 | 231.00 | 0.00 | 0.00 | 2.10 | 231.00 | 0.00 | 0.00 | 2.10 | 231.00 |
| | 38.50 | $7,528.00 | 0.40 | $96.00 | 38.90 | $7,624.00 | 0.20 | $48.00 | 38.70 | $7,576.00 |

RANGE OF HOURS
RANGE OF FEES

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Case Administration | 0.80 | 80.00 | 0.00 | 0.00 | 0.80 | 80.00 | 0.00 | 0.00 | 0.80 | 80.00 |
| Fee/Employment Applications | 37.70 | 7,448.00 | 0.40 | 96.00 | 38.10 | 7,544.00 | 0.20 | 48.00 | 37.90 | 7,496.00 |
| | 38.50 | $7,528.00 | 0.40 | $96.00 | 38.90 | $7,624.00 | 0.20 | $48.00 | 38.70 | $7,576.00 |

RANGE OF HOURS
RANGE OF FEES

(-) REASONS FOR TASK HOUR ASSIGNMENTS
F       FINAL BILL
A       Task Hours Allocated By Fee Auditor

EXHIBIT H-2
OTHER CASE PROFESSIONAL RETENTION AND COMPENSATION
Jennis Bowen & Brundage, P.L.

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Ackerman, M | 2.80 | 280.00 |
| Bowen, C | 0.70 | 160.50 |
| Cropper, J | 0.15 | 15.00 |
| Jennis, D | 6.30 | 1,808.50 |
| Kearney, K | 1.80 | 198.00 |
| | 11.75 | $2,462.00 |

EXHIBIT H-2
OTHER CASE PROFESSIONAL RETENTION AND COMPENSATION
Jennis Bowen & Brundage, P.L.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
| | | | COMBINED HOURS | COMBINED FEES | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/07/05 Wed | Jennis, D 11261-B160/24 | 1.40 | 0.80 | 228.00 | | 0.60 | F | 1 | MULTIPLE TELEPHONE CONFERENCES BETWEEN DAVID JENNIS AND KERI C. REGARDING REPRESENTATION OF WINN DIXIE EQUITY SECURITY HOLDERS COMMITTEE AS LOCAL COUNSEL (4X) (.6). |
| | | | | | | 0.30 | F | 2 | RECEIVE AND REVIEW APPLICATION TO EMPLOY PAUL HASTINGS, AFFIDAVIT, PRO HAC MOTION OF KAROL DENNISTON (.3). |
| | | | | | | 0.50 | F | 3 | MODIFY TO CONFORM TO LOCAL RULES AND PREPARE AND FILE VIA ECF (.5). |
| 09/14/05 Wed | Ackerman, M 11261-B160/29 | 0.50 | 0.30 | 30.00 | | 0.20 | F | 1 | MATTER: Fee/Employment Applications<br>REVIEW AND SUBMIT AFFIDAVIT OF KAROL K. DENNISTON (.2). |
| | | | | | | 0.30 | F | 2 | TELEPHONE CALL WITH STAFF OF PAUL HASTINGS REGARDING RETENTION APPLICATIONS AND OBJECTIONS TO SAME (.3). |
| 09/15/05 Thu | Jennis, D 11261-B190/65 | 0.20 | 0.20 | 57.00 | | | | 1 | MATTER: Other Contested Matters<br>TELEPHONE CONFERENCE BETWEEN DAVID JENNIS AND KERI C. REGARDING LIMITED OBJECTION TO RETENTION AND RESPONSE TO MOTION TO DISBAND EQUITY COMMITTEE. |
| 09/16/05 Fri | Ackerman, M 11261-B160/30 | 0.40 | 0.40 | 40.00 | | | | 1 | MATTER: Fee/Employment Applications<br>REVIEW AND SUBMIT MOTION TO APPEAR PRO HAC VICE BY CAROLYN (KERI) CHAYAVADHANANGKUR. |
| 09/30/05 Fri | Ackerman, M 11261-B160/34 | 0.90 | 0.90 | 90.00 | | 0.40 | F | 1 | MATTER: Fee/Employment Applications<br>REVIEW AND FILE RETENTION APPLICATION OF JEFFERIES & COMPANY AND AFFIDAVIT SUPPORTING SAME (.4). |
| | | | | | | 0.30 | F | 2 | REVIEW AND FINALIZE CERTIFICATE OF SERVICE REGARDING SAME (.3). |
| | | | | | | 0.20 | F | 3 | CORRESPONDENCE AND TELEPHONE CALL WITH CAROLYN (KERI) CHAYAVADHANANGKUR WITH PAUL HASTINGS REGARDING EMPLOYMENT APPLICATION AND CERTIFICATE OF SERVICE (.2). |
| 10/04/05 Tue | Ackerman, M 11261-B160/38 | 1.70 | 1.20 | 120.00 | | 0.50 | F | 1 | MATTER: Fee/Employment Applications<br>REVISE APPLICATION TO EMPLOY JENNIS & BOWEN (.5). |
| | | | | | | 1.20 | F | 2 | REVISE, FINALIZE, AND SUBMIT RESPONSE TO LIMITED OBJECTION BY UNSECURED EQUITY COMMITTEE TO THE RETENTION APPLICATION OF PAUL HASTINGS AND CERTIFICATE OF SERVICE (1.2). |
| 10/04/05 Tue | Bowen, C 11261-B160/37 | 0.50 | 0.50 | 112.50 | | | | 1 | MATTER: Fee/Employment Applications<br>REVIEW AND REVISE RESPONSE TO CREDITOR'S COMMITTEE OBJECTION TO RETENTION OF PAUL HASTINGS. |
| | | | | | | | | 2 | REVIEW DOCKET AND OTHER RELEVANT PORTIONS OF FILE IN CONNECTION WITH SAME. |
| 10/05/05 Wed | Jennis, D 11261-B160/40 | 1.30 | 1.30 | 383.50 | | | | 1 | MATTER: Fee/Employment Applications<br>REVISE, FINALIZE AND ECF FILE THE RESPONSE TO CREDITORS COMMITTEE'S OBJECTION TO PAUL HASTINGS RETENTION. |

~ See the last page of exhibit for explanation

EXHIBIT H-2
OTHER CASE PROFESSIONAL RETENTION AND COMPENSATION
Jennis Bowen & Brundage, P.L.

| | | | INFORMATIONAL | | | | | |
|---|---|---|---|---|---|---|---|---|
| DATE | NAME | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
| 11/30/05 Wed | Jennis, D 11261-B160/49 | 1.70 | 0.50 | 142.50 | | 0.80 | F | MATTER: Fee/Employment Applications <br> 1  PREPARE FOR HEARINGS ON RETENTION APPLICATIONS, REVIEW OBJECTIONS TO RETENTION AND PREPARE RESPONSE BY COMMITTEE AND RETIREES (.8). |
| | | | | | | 0.30 | F | 2  TELEPHONE CONFERENCE BETWEEN DAVID JENNIS AND HANK BAER REGARDING RETENTION OF JEFFRIES (.3). |
| | | | | | | 0.20 | F | 3  TELEPHONE CONFERENCE BETWEEN DAVID JENNIS AND KERI C. REGARDING SAME (.2). |
| | | | | | | 0.20 | F | 4  REVIEW LOCAL RULES REGARDING NEED FOR PRO HAC VICE MOTION (.2). |
| | | | | | | 0.20 | F | 5  FINALIZE AND CIRCULATE PROPOSED ORDERS ON RETENTION (.2). |
| 12/14/05 Wed | Jennis, D 11261-B160/53 | 1.10 | 1.10 | 313.50 | B | | | MATTER: Fee/Employment Applications <br> 1  RECEIVE, REVIEW, AND RESPOND TO E-MAILS FROM KAROL DENNISTON AND ELENA ESCAMILLA REGARDING COMMITTEE'S APPLICATION TO EMPLOY JEFFRIES. |
| | | | | | B | | | 2  TELEPHONE CONFERENCE BETWEEN DAVID JENNIS, ELENA ESCAMILLA AND HANK BAER REGARDING RESOLUTION OF UST OBJECTION TO JEFFRIES' EMPLOYMENT, REVIEW REVISIONS TO PROPOSED ORDER REGARDING EMPLOYMENT OF JEFFRIES. |
| 12/15/05 Thu | Jennis, D 11261-B160/54 | 0.60 | 0.60 | 171.00 | B | | | MATTER: Fee/Employment Applications <br> 1  RECEIVE AND REVIEW CORRESPONDENCE FROM HANK BAER REGARDING ORDER APPROVING JEFFRIES RETENTION. |
| | | | | | B | | | 2  TELEPHONE CONFERENCE BETWEEN DAVID JENNIS AND KERI C. REGARDING NOTICING PROCEDURES FOR JEFFRIES RETENTION. |
| | | | | | B | | | 3  REVIEW DOCKET REGARDING 328 NOTICING PROCEDURES. |
| 12/16/05 Fri | Jennis, D 11261-B190/91 | 1.50 | 1.50 | 427.50 | | | | MATTER: Other Contested Matters <br> 1  EXTENDED CONFERENCE CALL WITH KAROL DENNISTON AND EQUITY COMMITTEE REGARDING MOTION TO APPOINT EXAMINER, JEFFRIES RETENTION AND OTHER MATTERS. |
| 12/22/05 Thu | Jennis, D 11261-B160/55 | 0.30 | 0.30 | 85.50 | | | | MATTER: Fee/Employment Applications <br> 1  RECEIVE, REVIEW, AND RESPOND TO E-MAIL CORRESPONDENCE WITH KERI CHAYAVADHANANGKUR REGARDING JEFFRIES RETENTION, REVISE AND SUBMIT PROPOSED ORDER REGARDING SAME. |
| 12/22/05 Thu | Kearney, K 11261-B160/56 | 1.30 | 1.30 | 143.00 | | 0.30 | F | MATTER: Fee/Employment Applications <br> 1  REVIEW E-MAIL FROM KERI C. AND THE ATTACHED PROPOSED ORDER APPROVING EMPLOYMENT AND RETENTION OF JEFFERIES & COMPANY AS FINANCIAL ADVISOR TO EQUITY COMMITTEE TO BE SUBMITTED (.3). |
| | | | | | | 0.20 | F | 2  TELEPHONE CONFERENCE WITH KERI C. ADVISING THAT THE EXHIBIT WAS NOT ATTACHED (.2). |
| | | | | | | 0.30 | F | 3  FINALIZE AND SUBMIT ORDER (.3). |
| | | | | | E | 0.30 | F | 4  TELEPHONE CALLS TO ECF HELP DESK AFTER ERROR MESSAGE RECEIVED (.3). |
| | | | | | | 0.20 | F | 5  TELEPHONE CONFERENCE WITH KERI C. REGARDING SAME (.2). |
| 12/23/05 Fri | Cropper, J 11261-B110/9 | 0.30 | 0.15 | 15.00 | E, D | | | MATTER: Case Administration <br> 1  SUBMIT VIA ECF PROPOSED ORDER EMPLOYING JEFFERIES & CO. |
| | | | | | D | | | 2  PREPARE AND SEND E-MAIL CONFIRMATION TO KERI C. WITH PAUL HASTINGS OFFICE. |

~ See the last page of exhibit for explanation

EXHIBIT H-2
OTHER CASE PROFESSIONAL RETENTION AND COMPENSATION
Jennis Bowen & Brundage, P.L.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|-------------|---------------|---------------|------------|------------|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| | | | | | | | | MATTER: Fee/Employment Applications |
| 01/27/06 | Kearney, K | 0.50 | 0.50 | 55.00 | | | | 1  REVIEW AND SUBMIT VIA ECF MOTION TO ATTORNEY JAMES D. WAREHAM FOR ADMISSION PRO HAC VICE, TOGETHER WITH |
| Fri | 11261-B160/59 | | | | | | | PROPOSED ORDER. |
| | | | | | | | | MATTER: Fee/Employment Applications |
| 02/16/06 | Bowen, C | 0.40 | 0.20 | 48.00 | | | | 1  RECEIVE AND REVIEW PAUL HASTINGS' MOTION TO WITHDRAW AS COUNSEL TO EQUITY COMMITTEE. |
| Thu | 11261-B160/60 | | | | | | | 2  REVIEW THE STATUS OF THE APPLICATIONS AND JENNIS BOWEN & BRUNDAGE'S WITHDRAWAL REQUEST. |
| | | | 11.75 | $2,462.00 | | | | |

Total
Number of Entries:        17

~  See the last page of exhibit for explanation

EXHIBIT H-2
OTHER CASE PROFESSIONAL RETENTION AND COMPENSATION
Jennis Bowen & Brundage, P.L.

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| TIMEKEEPER | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Ackerman, M | 2.80 | 280.00 | 0.00 | 0.00 | 2.80 | 280.00 | 0.00 | 0.00 | 2.80 | 280.00 |
| Bowen, C | 0.50 | 112.50 | 0.40 | 96.00 | 0.90 | 208.50 | 0.20 | 48.00 | 0.70 | 160.50 |
| Cropper, J | 0.00 | 0.00 | 0.30 | 30.00 | 0.30 | 30.00 | 0.15 | 15.00 | 0.15 | 15.00 |
| Jennis, D | 6.30 | 1,808.50 | 0.00 | 0.00 | 6.30 | 1,808.50 | 0.00 | 0.00 | 6.30 | 1,808.50 |
| Kearney, K | 1.80 | 198.00 | 0.00 | 0.00 | 1.80 | 198.00 | 0.00 | 0.00 | 1.80 | 198.00 |
| | 11.40 | $2,399.00 | 0.70 | $126.00 | 12.10 | $2,525.00 | 0.35 | $63.00 | 11.75 | $2,462.00 |

RANGE OF HOURS
RANGE OF FEES

SUMMARY OF HOURS AND FEES BY MATTER

| | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| MATTER NAME | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Case Administration | 0.00 | 0.00 | 0.30 | 30.00 | 0.30 | 30.00 | 0.15 | 15.00 | 0.15 | 15.00 |
| Fee/Employment Applications | 9.70 | 1,914.50 | 0.40 | 96.00 | 10.10 | 2,010.50 | 0.20 | 48.00 | 9.90 | 1,962.50 |
| Other Contested Matters | 1.70 | 484.50 | 0.00 | 0.00 | 1.70 | 484.50 | 0.00 | 0.00 | 1.70 | 484.50 |
| | 11.40 | $2,399.00 | 0.70 | $126.00 | 12.10 | $2,525.00 | 0.35 | $63.00 | 11.75 | $2,462.00 |

RANGE OF HOURS
RANGE OF FEES

(-) REASONS FOR TASK HOUR ASSIGNMENTS
F    FINAL BILL
A    Task Hours Allocated By Fee Auditor

EXHIBIT I
Out-of-Town Travel Expenses
Jennis Bowen & Brundage, P.L.

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| 12/01/05 | | 311.40 | | 311.40 | | CAPITAL ONE, F.S.B. - TRAVEL TO JACKSONVILLE FOR OMNIBUS HEARINGS AND HEARING ON APPLICATION TO EMPLOY. |
| | | | 311.40 | | 1 | AIRFARE FOR DAVID JENNIS |
| | | | | | | |
| 12/01/05 | | 0.00 | | 0.00 | | CAPITAL ONE, F.S.B. - TRAVEL TO JACKSONVILLE FOR OMNIBUS HEARINGS. |
| | | | | | | |
| 12/01/05 | | 72.64 | | 72.64 | | TRAVEL - AIRPORT PARKING AND CAR RENTAL. |
| | | | 48.64 | | 1 | NATIONAL CAR RENTAL - ASSOCIATED WITH TRAVEL TO JACKSONVILLE FOR HEARINGS ON APPLICATIONS AND OBJECTIONS |
| | | | 24.00 | | 2 | PARKING SYSTEM - ASSOCIATED WITH TRAVEL TO JACKSONVILLE FOR HEARINGS ON APPLICATIONS AND OBJECTIONS |
| | | | | | | |
| 01/29/06 | | 657.10 | | 657.10 | | BANK OF AMERICA - FLIGHTS TO JACKSONVILLE FOR HEARING ON DISBANDMENT. |
| | | | 328.55 | | K    1 | CHAD BOWEN |
| | | | 328.55 | | 2 | DAVID S. JENNIS |
| | | | | | | |
| 01/29/06 | | 619.70 | | 619.70 | | BANK OF AMERICA - HOTEL EXPENSES FOR THE JACKSONVILLE HEARING ON MOTION TO DISBAND. |
| | | | 309.85 | | K    1 | CHAD BOWEN |
| | | | 309.85 | | 2 | DAVID S. JENNIS |
| | | | | | | |
| 01/30/06 | | 85.08 | | 85.08 | | BANK OF AMERICA - CAR RENTAL AND FUEL FOR THE JACKSONVILLE HEARING ON MOTION TO DISBAND. |
| | | | 42.54 | | K    1 | CHAD BOWEN |
| | | | 42.54 | | 2 | DAVID S. JENNIS |
| | | | | | | |
| | | $1,745.92 | | $1,745.92 | | |

EXHIBIT I PAGE 1 of 1

EXHIBIT J
Computer-Assisted Legal Research
Jennis Bowen & Brundage, P.L.

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| 09/23/05 | | 8.19 | | 8.19 | | WESTLAW RESEARCH REGARDING DISINTERESTEDNESS STANDARD. |
| 12/06/05 | | 7.50 | | 7.50 | | WESTLAW RESEARCH |
| 12/07/05 | | 14.71 | | 14.71 | | WESTLAW RESEARCH |
| 01/13/06 | | 12.67 | | 12.67 | | WESTLAW RESEARCH |
| | | $43.07 | | $43.07 | | |

EXHIBIT K
Expenses Associated With Multiple Attendance
Jennis Bowen & Brundage, P.L.

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| 01/29/06 | | 657.10 | | | I | BANK OF AMERICA - FLIGHTS TO JACKSONVILLE FOR HEARING ON DISBANDMENT. |
| | | | 328.55 | 328.55 & | 1 | CHAD BOWEN |
| | | | 328.55 | 328.55 | 2 | DAVID S. JENNIS |
| | | | | | | |
| 01/29/06 | | 619.70 | | | I | BANK OF AMERICA - HOTEL EXPENSES FOR THE JACKSONVILLE HEARING ON MOTION TO DISBAND. |
| | | | 309.85 | 309.85 & | 1 | CHAD BOWEN |
| | | | 309.85 | 309.85 | 2 | DAVID S. JENNIS |
| | | | | | | |
| 01/30/06 | | 85.08 | | | I | BANK OF AMERICA - CAR RENTAL AND FUEL FOR THE JACKSONVILLE HEARING ON MOTION TO DISBAND. |
| | | | 42.54 | 42.54 & | 1 | CHAD BOWEN |
| | | | 42.54 | 42.54 | 2 | DAVID S. JENNIS |
| | | | | | | |
| | | $1,361.88 | | $1,361.88 | | |