**United States Bankruptcy Court**
Middle District of Florida, Jacksonville Division
300 North Hogan Street, Suite 3-350
Jacksonville, Florida 32202
Phone (904) 301-6490

December 5, 2006

Mr. James P. Grant
Chief Deputy Tax Commissioner
Clayton County Tax Commissioners Office
121 South McDonough Street
Jonesboro, GA 30236-3694

Re:   Winn-Dixie Stores, Inc.

Case No.: 3:05-3817-3F1

Dear Mr. Grant:

    In response to your letter of November 15, 2006, indicating enclosed check for $41,376.90 that you received from the debtor is not acceptable. The court acknowledges the letter, however, the court cannot act upon the matters contained in your letter and the check is being returned to you.

    The Court's function is to handle judicial disputes. To the extent that you have a matter that needs to be heard, it must be filed in accordance with the rules of procedure and noticed to adverse parties. The Court would then schedule a hearing and receive evidence in the courtroom. The letter will become part of the file but no action will be taken.

    You should also be advised that our Local Rules provide that non-individuals must be represented by an attorney.

Sincerely,

Gail S. Baker
Deputy-in-Charge

GSB/smc

enclosure

cc:   Cynthia Jackson, Attorney for Debtor, Winn-Dixie Stores, Inc., 225 Water Street, Suite 1800, Jacksonville, FL 32202
United States Trustee

Winn Dixie Stores, Inc.
Debtor-in-Possession
PO Box B
Jacksonville, Florida 32203-0297

WACHOVIA BANK N.A.
Pensacola, FL 32534

008268578
63-1012/632

Date 26.Oct.2006

Pay Amount $41,376.90***

Pay ****FORTY-ONE THOUSAND THREE HUNDRED SEVENTY-SIX AND 90 / 100 US DOLLAR****

To The Order Of

Winn Dixie Stores, Inc. Consolidated Disbursement Account

CLAYTON COUNTY TAX COMMISSIONER
121 SOUTH MCDONOUGH STREET
COURTHOUSE ANNEX 3 SECOND FLOOR
PROPERTY TAX
JONESBORO, GA 30236-3651

Authorized Signature

VOID IF NOT PRESENTED WITHIN 90 DAYS

⑈008268578⑈ ⑆063210125⑆ 2079940000225⑈

**Check Date:** 26.Oct.2006 **Check No.** 008268578

| Division | Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|---|
| WDHDQ | 11004 | 23.Oct.2006 | 00742037 | -534.98 | 0.00 | -534.98 |
| WDHDQ | 18184 | 23.Oct.2006 | 00742038 | -7,938.94 | 0.00 | -7,938.94 |
| WDHDQ | 40293 | 23.Oct.2006 | 00742039 | -1,336.69 | 0.00 | -1,336.69 |
| WDHDQ | 5076A | 23.Oct.2006 | 00742040 | 51,187.51 | 0.00 | 51,187.51 |

| Vendor Number | Name | Total Discounts |
|---|---|---|
| 0000802686 | CLAYTON COUNTY TAX COMMISSIONEF | $0.00 |

| Check Number | Date | | Total Amount | Discounts Taken | Total Paid Amount |
|---|---|---|---|---|---|
| 008268578 | 26.Oct.2006 | | $41,376.90 | $0.00 | $41,376.90 |



TERRY L. BASKIN
Tax Commissioner
Clayton County
http://www.co.clayton.ga.us
PERSONAL PROPERTY
**BILL#:** 785119 **AREA:** 8

Taxes for Year
2005
*TAXES DELINQUENT AFTER*
11/15/2005

*Make checks payable to:*
*CLAYTON COUNTY TAX COMMISSIONER*
*Mail to: Clayton County Tax Commissioner*
*Administration Annex 3, 2nd Floor*
*121 S. McDonough Street*
*Jonesboro, GA 30236*
*(770) 477-3311 Fax # (770) 477-3326*

IDENTIFICATION NUMBER: 911004
PROPERTY LOCATION: 6459 HWY 42
MARKET VALUE: 1,246,672
GROSS ASSESSMENT: 40% 498,669
ASSESSMENT PENALIZED:
EXEMPTIONS ALLOWED:

**Owner as of January 1:**

SAVE RITE #2736 #% 785119
PROPERTY TAX DEPT
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

| | | | |
|---|---|---|---|
| County Tax | 12.953 | $ | 6,459.26 |
| County HTRG Credit | 7.781 | $ | .00 |
| County Bonds | | $ | .00 |
| Filing Penalty | | $ | .00 |
| Fire Protection | 3.900 | $ | 1,944.81 |
| Fire HTRG Credit | 3.900 | $ | .00 |
| Street Light Protection | | $ | |
| Total County Tax | | $ | 8,404.07 |
| Sales Tax Credit | 5.172 | $ | 2,579.12- |
| **Net Tax Due Board of Commissioners** | | $ | 5,824.95 |
| School Tax | 18.916 | $ | 9,432.82 |
| School HTRG Credit | 18.916 | $ | .00 |
| School Bonds | | $ | .00 |
| **Total School Tax** | | $ | 9,432.82 |
| (Questions? Call 770-473-2700, Board of Education) | | | |
| State Tax | .250 | $ | 124.67 |
| State HTRG Credit | .250 | $ | .00 |
| **Total State Tax** | | $ | 124.67 |
| (Questions? Call 404-656-4240, State Revenue Department) | | | |

Taxes for City of FIRE DISTRICT-NO CITY TAX

RETURNED 2005
1,311,525

**TOTAL PAYABLE TO TAX COMMISSIONER** $15,382.44

If ownership of property has changed (by law, taxes are billed to owner of record on January 1st of the taxing year) and the new owner is responsible for paying taxes, please forward the tax bill to them.

If the taxes due are to be paid by your mortgage company, please forward the bottom portion of this statement to them, retaining the top portion for your income tax records.

**Receipts will be mailed only when payment is accompanied by a stamped, self-addressed envelope.**

Failure to pay this bill by due date will result in the following: A delinquent tax fifa (lien) will be placed in your name or against your property on the General Execution Docket, interest will be charged at the rate of 12% per annum and bills over 90 days delinquent will be charged a 10% penalty in addition to the 12% interest.

**Homeowners Tax Relief Grant (HTRG) - This reduction in your bill is the result of homeowner's tax relief enacted by the Governor and the General Assembly of the State of Georgia.**

**(SEE REVERSE SIDE FOR FURTHER INFORMATION)**

*TAXPAYER PORTION* OFFICE COPY 11/06/2006

TERRY L. BASKIN
Tax Commissioner
Clayton County
http://www.co.clayton.ga.us
PERSONAL PROPERTY
**BILL#:** 785119 **AREA:** 8

**Taxes for Year**
2005
*TAXES DELINQUENT AFTER*
11/15/2005

*Make checks payable to:*
*CLAYTON COUNTY TAX COMMISSIONER*
*Mail to: Clayton County Tax Commissioner*
*Administration Annex 3, 2nd Floor*
*121 S. McDonough Street*
*Jonesboro, GA 30236*
*(770) 477-3311 Fax # (770) 477-3326*

IDENTIFICATION NUMBER: 911004
PROPERTY LOCATION: 6459 HWY 42
MARKET VALUE: 1,246,672
GROSS ASSESSMENT: 40% 498,669
ASSESSMENT PENALIZED:
EXEMPTIONS ALLOWED:

**Owner as of January 1:**
SAVE RITE #2736 #% 785119
PROPERTY TAX DEPT
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

| | | |
|---|---|---|
| Net Tax Due County | $ | 5,824.95 |
| Total School Tax | $ | 9,432.82 |
| Total State Tax | $ | 124.67 |

Taxes for City of FIRE DISTRICT-NO CITY TAX

**TOTAL PAYABLE TO TAX COMMISSIONER** $15,382.44

*RETURN THIS PORTION WITH PAYMENT*

OFFICE COPY 11/06/2006



TERRY L. BASKIN
Tax Commissioner
Clayton County
http://www.co.clayton.ga.us
PERSONAL PROPERTY
**BILL#:** 785117 **AREA:** 6

Taxes for Year
2005
*TAXES DELINQUENT AFTER*
11/15/2005

*Make checks payable to:*
*CLAYTON COUNTY TAX COMMISSIONER*
*Mail to: Clayton County Tax Commissioner*
*Administration Annex 3, 2nd Floor*
*121 S. McDonough Street*
*Jonesboro, GA 30236*
*(770) 477-3311 Fax # (770) 477-3326*

IDENTIFICATION NUMBER: 018184
PROPERTY LOCATION: 6335 HWY 85
MARKET VALUE: 2,135,300
GROSS ASSESSMENT: 40% 854,120
ASSESSMENT PENALIZED:
EXEMPTIONS ALLOWED:

| | | | |
|---|---|---|---|
| County Tax | 12.953 | $ | 11,063.42 |
| County HTRG Credit | 7.781 | $ | .00 |
| County Bonds | | $ | .00 |
| Filing Penalty | | $ | .00 |
| Fire Protection | | $ | .00 |
| Fire HTRG Credit | | $ | .00 |
| Street Light Protection | | $ | |
| Total County Tax | | $ | 11,063.42 |
| Sales Tax Credit | 5.172 | $ | 4,417.51- |
| **Net Tax Due Board of Commissioners** | | $ | 6,645.91 |
| School Tax | 18.916 | $ | 16,156.53 |
| School HTRG Credit | 18.916 | $ | .00 |
| School Bonds | | $ | .00 |
| **Total School Tax** | | $ | 16,156.53 |
| (Questions? Call 770-473-2700, Board of Education) | | | |
| State Tax | .250 | $ | 213.53 |
| State HTRG Credit | .250 | $ | .00 |
| **Total State Tax** | | $ | 213.53 |
| (Questions? Call 404-656-4240, State Revenue Department) | | | |
| Taxes for City of | RIVERDALE-CITY WILL BILL | | |

**Owner as of January 1:**

SAVE RITE # 2711 #% 785117
% JOHN P TAYLOR PROP TAX MGR
P O BOX B
JACKSONVILLE, FL 32254-0297

RETURNED - 2005
2,050,226

**TOTAL PAYABLE TO TAX COMMISSIONER** $23,015.97

If ownership of property has changed (by law, taxes are billed to owner of record on January 1st of the taxing year) and the new owner is responsible for paying taxes, please forward the tax bill to them.

If the taxes due are to be paid by your mortgage company, please forward the bottom portion of this statement to them, retaining the top portion for your income tax records.

**Receipts will be mailed only when payment is accompanied by a stamped, self-addressed envelope.**

Failure to pay this bill by due date will result in the following: A delinquent tax fifa (lien) will be placed in your name or against your property on the General Execution Docket, interest will be charged at the rate of 12% per annum and bills over 90 days delinquent will be charged a 10% penalty in addition to the 12% interest.

**Homeowners Tax Relief Grant (HTRG) - This reduction in your bill is the result of homeowner's tax relief enacted by the Governor and the General Assembly of the State of Georgia.**

**(SEE REVERSE SIDE FOR FURTHER INFORMATION)**

*TAXPAYER PORTION* OFFICE COPY 11/06/2006

TERRY L. BASKIN
Tax Commissioner
Clayton County
http://www.co.clayton.ga.us
PERSONAL PROPERTY
**BILL#:** 785117 **AREA:** 6

**Taxes for Year**
2005
*TAXES DELINQUENT AFTER*
11/15/2005

*Make checks payable to:*
*CLAYTON COUNTY TAX COMMISSIONER*
*Mail to: Clayton County Tax Commissioner*
*Administration Annex 3, 2nd Floor*
*121 S. McDonough Street*
*Jonesboro, GA 30236*
*(770) 477-3311 Fax # (770) 477-3326*

IDENTIFICATION NUMBER: 018184
PROPERTY LOCATION: 6335 HWY 85
MARKET VALUE: 2,135,300
GROSS ASSESSMENT: 40% 854,120
ASSESSMENT PENALIZED:
EXEMPTIONS ALLOWED:

| | | |
|---|---|---|
| Net Tax Due County | $ | 6,645.91 |
| Total School Tax | $ | 16,156.53 |
| Total State Tax | $ | 213.53 |
| Taxes for City of | RIVERDALE-CITY WILL BILL | |

**Owner as of January 1:**
SAVE RITE # 2711 #% 785117
% JOHN P TAYLOR PROP TAX MGR
P O BOX B
JACKSONVILLE, FL 32254-0297

**TOTAL PAYABLE TO TAX COMMISSIONER** $23,015.97

*RETURN THIS PORTION WITH PAYMENT*

OFFICE COPY 11/06/2006

TERRY L. BASKIN
Tax Commissioner
Clayton County
http://www.co.clayton.ga.us

**Taxes for Year** 2005
*TAXES DELINQUENT AFTER* 11/15/2005

*Make checks payable to:*
*CLAYTON COUNTY TAX COMMISSIONER*
*Mail to: Clayton County Tax Commissioner*
*Administration Annex 3, 2nd Floor*
*121 S. McDonough Street*
*Jonesboro, GA 30236*
*(770) 477-3311 Fax # (770) 477-3326*

**BILL#:** 075030 **AREA:** 8

IDENTIFICATION NUMBER: 05076A C004
PROPERTY LOCATION: 12160 COUNTY LINE RD
MARKET VALUE: 4,148,500
GROSS ASSESSMENT: 40% 1,659,400
ASSESSMENT PENALIZED:
EXEMPTIONS ALLOWED:

| | | | |
|---|---|---|---|
| County Tax | 12.953 | $ | 21,494.21 |
| County HTRG Credit | 7.781 | $ | .00 |
| County Bonds | | $ | .00 |
| Filing Penalty | | $ | .00 |
| Fire Protection | 3.900 | $ | 6,471.66 |
| Fire HTRG Credit | 3.900 | $ | .00 |
| Street Light Protection | | $ | |
| Total County Tax | | $ | 27,965.87 |
| Sales Tax Credit | 5.172 | $ | 8,582.42- |
| **Net Tax Due Board of Commissioners** | | $ | 19,383.45 |
| School Tax | 18.916 | $ | 31,389.21 |
| School HTRG Credit | 18.916 | $ | .00 |
| School Bonds | | $ | .00 |
| **Total School Tax** | | $ | 31,389.21 |
| (Questions? Call 770-473-2700, Board of Education) | | | |
| State Tax | .250 | $ | 414.85 |
| State HTRG Credit | .250 | $ | .00 |
| **Total State Tax** | | $ | 414.85 |
| (Questions? Call 404-656-4240, State Revenue Department) | | | |

Taxes for City of FIRE DISTRICT-NO CITY TAX

**Owner as of January 1:**

WD FAYETTEVILLE GA LLC #% 075030
C/O I REISS & SON
200 EAST 61ST STREET STE 29F
NEW YORK, NY 10021

**TOTAL PAYABLE TO TAX COMMISSIONER** $51,187.51

If ownership of property has changed (by law, taxes are billed to owner of record on January 1st of the taxing year) and the new owner is responsible for paying taxes, please forward the tax bill to them.

If the taxes due are to be paid by your mortgage company, please forward the bottom portion of this statement to them, retaining the top portion for your income tax records.

**Receipts will be mailed only when payment is accompanied by a stamped, self-addressed envelope.**

Failure to pay this bill by due date will result in the following: A delinquent tax fifa (lien) will be placed in your name or against your property on the General Execution Docket, interest will be charged at the rate of 12% per annum and bills over 90 days delinquent will be charged a 10% penalty in addition to the 12% interest.

**Homeowners Tax Relief Grant (HTRG) - This reduction in your bill is the result of homeowner's tax relief enacted by the Governor and the General Assembly of the State of Georgia.**

**(SEE REVERSE SIDE FOR FURTHER INFORMATION)**

*TAXPAYER PORTION* OFFICE COPY 11/06/2006

TERRY L. BASKIN
Tax Commissioner
Clayton County
http://www.co.clayton.ga.us

**Taxes for Year** 2005
*TAXES DELINQUENT AFTER* 11/15/2005

*Make checks payable to:*
*CLAYTON COUNTY TAX COMMISSIONER*
*Mail to: Clayton County Tax Commissioner*
*Administration Annex 3, 2nd Floor*
*121 S. McDonough Street*
*Jonesboro, GA 30236*
*(770) 477-3311 Fax # (770) 477-3326*

**BILL#:** 075030 **AREA:** 8

IDENTIFICATION NUMBER: 05076A C004
PROPERTY LOCATION: 12160 COUNTY LINE RD
MARKET VALUE: 4,148,500
GROSS ASSESSMENT: 40% 1,659,400
ASSESSMENT PENALIZED:
EXEMPTIONS ALLOWED:

| | | |
|---|---|---|
| Net Tax Due County | $ | 19,383.45 |
| Total School Tax | $ | 31,389.21 |
| Total State Tax | $ | 414.85 |

Taxes for City of FIRE DISTRICT-NO CITY TAX

**Owner as of January 1:**
WD FAYETTEVILLE GA LLC #% 075030
C/O I REISS & SON
200 EAST 61ST STREET STE 29F
NEW YORK, NY 10021

**TOTAL PAYABLE TO TAX COMMISSIONER** $51,187.51

*RETURN THIS PORTION WITH PAYMENT* OFFICE COPY 11/06/2006

| Creditor Name | Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # *** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNTY OF CLAYTON TAX COMMISSIONER (County and State: CLAYTON, GA) | | | | | | | | | | | | | | |
| | 2711 | PP | | | NIC | | | 018184 | 2004 | 860,215 | $23,180.21 | 285,759 | $7,700.35 | A |
| | 2711 | PP | Priority | 5/17/2005 | 1847 | 05-03817-3F | $106,598.41 | 018184 | 2005 | 854,120 | $23,015.97 | 279,843 | $7,540.92 | A |
| | 1865 | R | Priority | 5/17/2005 | 1847 | 05-03817-3F | $106,598.41 | 05076A | 2005 | 1,659,400 | $51,187.51 | 1,659,400 | $51,187.51 | OK |
| | 2736 | PP | | | NIC | | | 911004 | 2004 | 550,431 | $16,979.14 | 282,139 | $8,703.11 | A |
| | 2736 | PP | Priority | 5/17/2005 | 1847 • | 05-03817-3F | $106,598.41 | 911004 | 2005 | 498,669 | $15,382.44 | 250,950 | $7,741.05 | A |
| | 2705 | PP | | | NIC | | | 940293 | 2004 | 555,124 | $17,123.91 | 260,309 | $8,029.75 | A |
| | 2705 | PP | Priority | 5/17/2005 | 1847 | 05-03817-3F | $106,598.41 | 940293 | 2005 | 551,512 | $17,012.49 | 251,482 | $7,757.47 | A |
| | | | | | | | | | Tax Subtotals | | $163,881.67 | | $98,660.16 | |

**Legend for Basis for Adjustment Codes:** *A = Appraised Asset* *M = Market* *OK = No adjustment made* *S = Sales*

**Legend for Case Number(s):** *05-03817-3F1* *Winn-Dixie Stores, Inc.*

**Footnotes:**

* *PP in property type is a personal property account and R is a real property account*

** *Claim Class reflects class asserted by Creditor on Proof of Claim only. This field may be blank if the Creditor did not assert a class or identify a particular account in a claim. Where a claim is filed, the claim will be allowed in the class asserted by the Creditor.*

*** *NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.*

**** *Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.*

***** *In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.*