**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors. | Jointly Administered |
| _____/ | |

**NOTICE OF HEARING**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **December 14, 2006, at 1:00 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider Application for Reimbursement of Attorneys' Fees and Costs Incurred by Friedline & Mcconnell, P.A. in the Representation of the Ad Hoc Committee of Winn-Dixie Retirees (the "Application"). Copies of the Application may be obtained by contacting the undersigned.

Only objections filed and served on (i) the undersigned attorney; (ii) D.J. Baker at djbaker@skadden.com, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036; and (iii) Cynthia C. Jackson at cjackson@smithhulsey.com, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, will be considered by the Bankruptcy Court at the hearing. The relief requested in the Application may be granted without a hearing if no objection is timely filed.

You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pantsuit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated:       Jacksonville, FL
             December 6, 2006

                                        FRIEDLINE & McCONNELL, P.A.

                                        /s/ Jerrett McConnell
                                        _____
                                        RODGER J. FRIEDLINE
                                        Florida Bar #0813788
                                        JERRETT M. McCONNELL
                                        Florida Bar #0244960
                                        1756 University Blvd. S.
                                        Jacksonville, FL  32216
                                        Phone (904) 727-7850
                                        Fax  (904) 727-7849