UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.[1]

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about November 30, 2006 I caused copies of:

- the **Agreed Order Disallowing Claims Filed by R2 Investments, as Set Forth in the Debtors' First Omnibus Objection to Certain (A) Equity Claims and (B) Duplicate Liability Note Claims**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served order as listed above is attached hereto as Exhibit B.

Dated: December 6, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: 13

# EXHIBIT A
# SERVICE LIST

**Agreed Order Disallowing Claims Filed by R2 Investments, as
Set Forth in the Debtors' First Omnibus Objection to Certain
(A) Equity Claims and (B) Duplicate Liability Note Claims**

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                          **CASE:** 05-03817-3F1

CREDITOR ID: 410451-15
R2 INVESTMENTS, LDC
C/O MAYER BROWN ROWE & MAW LLP
ATTN N ZILKLA/M MULCARE, ESQS
1675 BROADWAY
NEW YORK NY 10019

CREDITOR ID: 410451-15
R2 INVESTMENTS, LDC
C/O AMALGAMATED GADGET, LP
ATTN GENERAL COUNSEL
301 COMMERCE STREET, SUITE 3200
FORT WORTH TX 76102

           **Total:  2**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**AGREED ORDER DISALLOWING CLAIMS FILED
BY R2 INVESTMENTS, AS SET FORTH IN THE DEBTORS'
FIRST OMNIBUS OBJECTION TO CERTAIN (A) EQUITY
CLAIMS AND (B) DUPLICATE LIABILITY NOTE CLAIMS**

These cases originally came before the Court for hearing on December 15, 2005, upon the First Omnibus Objection to Certain (A) Equity Claims and (B) Duplicate Liability Note Claims (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A and B to the Objection.[2] R2 Investments, LDC raised an informal response to the Objection, as a result of which the Debtors agreed to continue the Objection with respect to claim nos. 8186 through 8195 filed by R2 Investments, LDC. On December 15, 2005, the Court entered an order (Docket No. 4663) sustaining the Objection as to the proofs of claim listed on the exhibits to the order and continuing the hearing on the Objection as to claim nos. 8186 through 8195 filed by R2 Investments, LDC. Based upon the representation by counsel to

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

the Debtors and counsel to R2 Investments, LDC that the proposed Agreed Order reflects a resolution of the Objection as to the claims of R2 Investments, LDC, it is

ORDERED AND ADJUDGED:

1.  Claim nos. 8186 through 8195 filed by R2 Investments, LDC are disallowed in their entirety.

2.  The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this \_\_\_\_ day of _____, 2006 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

2

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | MAYER BROWN ROWE & MAW |
| By  /s/ James H. Post  <br>      James H. Post | By    /s/ Michelle R. Holl*  <br>        Michelle R. Holl |
| Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) | 1675 Broadway<br>New York, New York 10019<br>(212) 506-2500<br>(212) 262-1910 |
| | Counsel for R2 Investments, LDC |
| -and- | *Counsel has authorized her electronic signature |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | |
| D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile) | |
| Co-Counsel for the Debtors | |

3