UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about November 30, 2006 I caused copies of:

- the **Objection to Claim Transfers Filed After November 15, 2006, 5:00 P.M. ET, Distribution Record Date (Docket Nos. 12610, 12611, 12767, 12769 and 12770)**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served objection as listed above is attached hereto as Exhibit B.

Dated: December 6, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: T1

# EXHIBIT A
# SERVICE LIST

**Objection to Claim Transfers Filed After November 15, 2006, 5:00 P.M. ET, Distribution Record Date**
**(Docket Nos. 12610, 12611, 12767, 12769 and 12770)**

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                                                                **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 2103-07<br>C&A LTD, LC<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI OH 45242 | CREDITOR ID: 1197-07<br>CIVIC CENTER STATION LTD<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242 | CREDITOR ID: 535048-97<br>KING EDWARD INC FKA<br>DRINKARD DEVELOPMENT INC<br>C/O INZER HANEY & MCWHORTER PA<br>ATTN: ROBERT D MCWHORTER JR, ESQ<br>601 BROAD ST, 2ND FL, PO DRAWER 287<br>GADSEN AL 35902-0287 |
| CREDITOR ID: 452118-98<br>LCH OPPORTUNITIES LLC<br>ATTN JOSEPH M O'CONNOR<br>315 PARK AVE S 20TH FLR<br>NEW YORK NY 10010 | CREDITOR ID: 403518-98<br>MADISON LIQUIDITY INVESTORS LLC<br>ATTN SALLY MEYER<br>6310 LAMAR AVE STE 120<br>OVERLAND PAARK KS 66202 | CREDITOR ID: 534945-98<br>STARK SPECIAL EVENTS LTD<br>ATTN AMAR EHSAN<br>3600 SOUTH LAKE DRIVE<br>ST FRANCIS WI 53235 |
| CREDITOR ID: 264937-12<br>WINDSOR STATION LLC<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242 | CREDITOR ID: 535050-97<br>WOLFCHASE ASSOCIATES LLC<br>ATTN: GUY S CLIFTON, VP<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 33207 | |

          Total: 8

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Reorganized Debtors.[1] | ) | Jointly Administered |

**OBJECTION TO CLAIM TRANSFERS FILED AFTER**
**NOVEMBER 15, 2006, 5:00 P.M. ET, DISTRIBUTION RECORD DATE**
**(DOCKET NOS. 12610, 12611, 12767, 12769 AND 12770)**

TO:   WOLFCHASE ASSOCIATES, LLC
STARK EVENT MASTER FUND LTD.
KING EDWARD, INC., DBA DRINKARD DEVELOPMENT, INC.
MADISON LIQUIDITY INVESTORS, LLC
LCH OPPORTUNITIES, LLC
WINDSOR STATION LIMITED LIABILITY COMPANY C/O PHILLIPS EDISON & CO., LTD.
CIVIC CENTER STATION, LTD. C/O PHILLIPS EDISON & CO., LTD.
C. & A., LTD., L.C. C/O PHILLIPS EDISON & CO., LTD.

   Winn-Dixie Stores, Inc. and its reorganized affiliates object to the transfers of claims evidenced at docket nos. 12610, 12611, 12767, 12769 and 12770, which transfers were filed after the "Distribution Record Date" established under the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan"). Pursuant to the Plan, such transfers will not be recognized in making distributions, if any, on account of the claims subject to such transfers.

Dated:  November 30, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*        | By   *s/ James H. Post*        |
|      D. J. Baker |       Stephen D. Busey |
|      Sally McDonald Henry |       James H. Post, FB#175460 |
|      Rosalie Walker Gray |       Cynthia C. Jackson |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida 32202 |
| (212) 735-3000 | (904) 359-7700 |
| (212) 735-2000 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | jpost@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

---

[1]   In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

1182511.01-New York Server 7A - MSW