**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Reorganized Debtors.[1] | ) Jointly Administered |
| | ) |

**APPELLEES' CROSS DESIGNATION OF ITEMS TO BE INCLUDED
IN RECORD ON APPEAL (APPEAL OF E&A FINANCING II, L.P. ET AL.)**

Appellees, Winn-Dixie Stores, Inc. and its subsidiaries and affiliates in the above captioned cases, as reorganized debtors and debtors-in-possession (collectively, the "Reorganized Debtors"), pursuant to Rule 8006, F.R.B.P., designate the following additional items to be included in the record on appeal of E&A Financing II, L.P., E&A Southeast, L.P., Shields Plaza, Inc., Woodberry Plaza (E&A), LLC; Villa Rica Retail Properties, LLC, Halpern Enterprises, Inc., and Bank of America, as Trustee of Betty Holland (collectively, "E&A, et al."):

**Pleadings**

| Debtor: Winn-Dixie Stores, Inc. Case Number: 05-03817-3F1 | |
|---|---|
| **Docket Number** | **Pleading** |
| 2379 | First Amendment to Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| 2380 | Notice of Filing of Separate First Amendments to Schedules in Cases of Certain Winn-Dixie Subsidiaries or Affiliates |
| 4020 | Second Amendment to Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| 4345 | Amendment to Proof of Claim of Deutsche Bank Trust Company Americas |

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

| | |
|---|---|
| 6010 | Debtors' Motion for Order Granting Fourth Extension of Exclusive Periods for Filing Chapter 11 Plans and Obtaining Acceptances of Such Plans |
| 6319 | Statement of Official Committee of Unsecured Creditors in Support of Debtors' Motion for Entry of Order, Under 11 U.S.C. § 1121, Granting Fourth Extension of Exclusive Periods for Filing Chapter 11 Plans and Obtaining Acceptances of Such Plans |
| 6411 | Order Granting Fourth Extension of Exclusive Periods for Filing Chapter 11 Plans and Obtaining Acceptances of Such Plans |
| 6889 | Debtors' Motion for Order Granting Fifth Extension of Exclusive Periods for Filing Chapter 11 Plans and Obtaining Acceptances of Such Plans |
| 6921 | Statement of Official Committee of Unsecured Creditors in Support of Debtors' Motion for Entry of Order, Under 11 U.S.C. § 1121, Granting Further Extension of Exclusive Periods for Filing Chapter 11 Plans and Obtaining Acceptances of Such Plans |
| 7097 | Response of the Ad Hoc Trade Committee to the Debtors' Motion for an Order Granting a Fifth Extension of Exclusive Periods for Filing Chapter 11 Plans and Obtaining Acceptances of Such Plans |
| 7348 | Order Granting Fifth Extension of Exclusive Periods for Filing Chapter 11 Plans and Obtaining Acceptances of Such Plans |
| 7763 | Motion for Order Pursuant to Section 105(a) of the Bankruptcy Code Substantively Consolidating Debtors' Estates |
| 7764 | Notice of Hearing [Motion for Order Pursuant to Section 105(a) of the Bankruptcy Code Substantively Consolidating Debtors' Estates] |
| 7765 | Ad Hoc Trade Committee's Motion to File Documents in Support of its Motion for Order Pursuant to Section 105(a) of the Bankruptcy Code Substantively Consolidating Debtors' Estates Under Seal |
| 7854 | Debtors' Eleventh Omnibus Objection to (A) No Liability Claims, (B) no Liability Misclassified Claims and (C) Misclassified Claims |
| 8005 | Notice of Case Management Conference [Motion for Order Pursuant to Section 105(a) of the Bankruptcy Code Substantively Consolidating Debtors' Estates] |
| 8028 | Creditor's, Gardens Park Plaza, Ltd., Limited Objection to Ad Hoc Trade Committee of Winn-Dixie Stores, Inc., et al.'s Motion for Order Pursuant to § 105(a) of the Bankruptcy Code Substantively Consolidating Debtors' Estates |
| 8079 | Various Creditors' Limited Response to Ad Hoc Trade Committee of Winn-Dixie Stores, Inc., et al.'s Motion for Order Pursuant to § 105(a) of the Bankruptcy Code Substantively Consolidating Debtors' Estates |
| 8080 | Objection of Lassiter Properties, Inc. to "Ad Hoc Trade Committee's Motion to File Documents in Support of its Motion for Order Pursuant to Section 105(a) of the Bankruptcy Code Substantively Consolidating Debtors' Estates Under Seal" <br><br> Exhibits A-E |
| 8082 | Response and Objection of Domino Foods, Inc., as Agent for American Sugar Refining, Inc. and Florida Crystals Food Corporation to Motion of the Ad Hoc Trade Committee for Order Pursuant to Section 105(a) of the Bankruptcy Code Substantively Consolidating Debtors' Estates |
| 8427 | Debtors' Response to and Request to Abate the Ad Hoc Trade Committee's Motion to Consolidate Debtors' Estates |

| | |
|---|---|
| 8428 | Objection to Ad Hoc Trade Committee's Motion to File Documents in Support of its Motion for Order Pursuant to Section 105(a) of the Bankruptcy Code Substantively Consolidating Debtors' Estates Under Seal |
| 8529 | Hearing Memo [Ad Hoc Trade Committee's Motion to File Documents in Support of its Motion for Order Pursuant to Section 105(a) of the Bankruptcy Code Substantively Consolidating Debtors' Estates Under Seal] |
| 8530 | Hearing Memo [Motion for Order Pursuant to Section 105(a) of the Bankruptcy Code Substantively Consolidating Debtors' Estates] |
| 8560 | Order (A) Disallowing No Liability Claims, (B) Disallowing No Liability Misclassified Claims and (C) Reclassifying Misclassified Claims as Set Forth in the Debtors' Eleventh Omnibus Claims Objection |
| 9229 | Notice of Hearing [Motion of Debtors for Order (I) Determining Dates, Procedures and Forms Applicable to Solicitation Process, (II) Establishing Vote Tabulation Procedures, (III) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of Plan, and (IV) Waiving Local Rules] |
| 9622 | Order Authorizing Debtors to Agree to an Exit Financing Commitment Letter and to Pay Related Expenses |
| 9823 | Notice of Debtors' Proposed Solicitation Letter with Respect to Joint Plan of Reorganization |
| 9882 | Notice of Creditors' Committee's Proposed Solicitation Letter with Respect to Joint Plan of Reorganization<br><br>Creditors' Committee's Proposed Solicitation Letter |
| 9889 | Amended Notice of Debtors' Proposed Solicitation Letter with Respect to Joint Plan of Reorganization |
| 10059 | Notice of Hearing to Consider Confirmation of, and Deadline for Objecting to, Debtors' Joint Plan of Reorganization |
| 10888 | Certificate of Service [Certificate of Service by Kathleen M. Logan related to the Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (Impaired Voting Classes)] |
| 10892 | Certificate of Service [Certificate of Service by Kathleen M. Logan related to the Notice of Deemed Rejecting Status Under Debtors' Joint Plan of Reorganization (Deemed Rejecting Holders)] |
| 10893 | Certificate of Service [Certificate of Service by Kathleen M. Logan related to the Notice of Non-Voting Status Under Debtors' Joint Plan of Reorganization (Unimpaired Holders and Unclassified)] |
| 10894 | Certificate of Service [Certificate of Service by Kathleen M. Logan related to the Notice of Non-Voting Status Under Debtors' Joint Plan of Reorganization (Unimpaired Holders)] |
| 10896 | Certificate of Service [Certificate of Service by Kathleen M. Logan related to the Notice of Non-Voting Status and Temporary Allowance Procedures with Respect to Contingent, Unliquidated, or Disputed Claims (Disputed Claimants)] |
| 10898 | Certificate of Service [Certificate of Service by Kathleen M. Logan related to the Notice to Executory Contracts and Unexpired Lease Parties with Respect to Debtors' Plan of Reorganization (Executory Contracts and Unexpired Leases)] |

| | |
|---|---|
| 10899 | Certificate of Service [Certificate of Service by Kathleen M. Logan related to the Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (Other Misc. Parties)] |
| 10903 | Certificate of Service [Certificate of Service by Kathleen M. Logan related to the Notice of Hearing to Consider Confirmation of, and Deadline for Objecting to, Debtors' Joint Plan of Reorganization (Other Misc. Claimants)] |
| 10910 | Certificate of Service [Certificate of Service by Kathleen M. Logan related to the Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (U.S. Trustee, Counsel to Creditors Committee and Master Service List)] |
| 10923 | Certificate of Service [Certificate of Service by Kathleen M. Logan related to the Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (Impaired Voting Classes)] |
| 10926 | Certificate of Service [Certificate of Service by Kathleen M. Logan related to the Notice of Deemed Rejecting Status Under Debtors' Joint Plan of Reorganization (Deemed Rejecting Holders)] |
| 10930 | Certificate of Service [Certificate of Service by Kathleen M. Logan related to the Notice of Non-Voting Status Under Debtors' Joint Plan of Reorganization (Unimpaired Holders)] |
| 10933 | Certificate of Service [Certificate of Service by Kathleen M. Logan related to the Notice of Non-Voting Status and Temporary Allowance Procedures with Respect to Contingent, Unliquidated, or Disputed Claims (Disputed Claimants)] |
| 10934 | Certificate of Service [Certificate of Service by Kathleen M. Logan related to the Notice of Executory Contracts and Unexpired Lease Parties with Respect to Debtors' Joint Plan of Reorganization (Executory Contract & Unexpired Leases)] |
| 10935 | Certificate of Service [Certificate of Service by Kathleen M. Logan related to the Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (Other Misc. Parties) |
| 10938 | Certificate of Service [Certificate of Service by Kathleen M. Logan related to the Notice of Hearing to Consider Confirmation of, and Deadline for Objecting to, Debtors' Joint Plan of Reorganization (Other Misc. Claimants)] |
| 10940 | Certificate of Service [Certificate of Service by Kathleen M. Logan related to the Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (Master Service List)] |
| 11124 | Debtors' Motion Seeking Approval of Stipulation Regarding Proofs of Claim Filed by Deutsche Bank Trust Company Americas |
| 11300 | Proofs of Publication for Notice of Hearing to Consider Confirmation of, and Deadline for Objecting to, Debtors' Joint Plan of Reorganization |
| 11312 | Joint Objection of E&A Financing II L.P.; E&A Southeast, L.P.; E&A Acquisition II, L.P.; Shields Plaza, Inc.; Woodberry Plaza (E&A), LLC; Villa Rica Retail Properties, LLC; West Ridge, LLC; Bank of America, as Trustee of Betty Holland, and F.R.O. LLC VII to the Debtors' Plan of Reorganization[2] |

---

[2]   The Reorganized Debtors believe that E&A, et al. intended to designate this pleading as part of the Designation of Record on Appeal that they filed. However, E&A, et al.'s designation mistakenly associates Docket No. 11487 with this pleading. See Designation Jof Record on Appeal, at 22 (Docket No. 12837). The Reorganized Debtors are, therefore, including this pleading as part of their Counter Designation out of an abundance of caution.

| | |
|---|---|
| 11449 | Limited Objection by Deutsche Bank Trust Company Americas ("Deutsche") to Debtors' Motion to Expunge Claim 8868 as a Duplicate Claim |
| 11539 | Notice of Filing (i) Ad Hoc Trade Committee's May 11, 2006 Motion for Order Substantively Consolidating Debtors' Estates, (ii) Ad Hoc Trade Committee's Brief in Support of Motion, and (iii) Affidavit of M. Freddie Reiss in Support of Motion |
| 11729 | Ballot Tabulation – Notice of Filing Declaration of Kathleen M. Logan Certifying Voting on and Tabulation of Ballots Accepting and Rejecting the Joint Plan of Reorganization of the Debtors |
| 11784 | Notice of Filing of Proposed Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims |
| 11928 | Order Approving Stipulation Regarding Proofs of Claim Filed by Deutsche Bank Trust Company Americas |
| 11998 | Notice of Changes to Proposed Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors |
| 12455 | Notice of Entry of Order Confirming Joint Plan of Reorganization |
| 12733 | Amended Designation of Directors Pursuant to Section 6.7(a) of Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors |
| 12760 | Final Forms of New Winn-Dixie Charter and New Winn-Dixie Bylaws |
| 12991 | Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing Claims Arising Before Effective Date and Administrative Claims |

**Claims**

| Claim Number | Claimant |
|---|---|
| 8868 | Deutsche Bank Trust Company Americas, as Pass-Through Trustee and as Indenture Trustee |
| 8869 | Deutsche Bank Trust Company Americas, as Pass-Through Trustee and as Indenture Trustee |
| 8870 | Deutsche Bank Trust Company Americas, as Pass-Through Trustee and as Indenture Trustee |
| 8871 | Deutsche Bank Trust Company Americas, as Pass-Through Trustee and as Indenture Trustee |
| 8872 | Deutsche Bank Trust Company Americas, as Pass-Through Trustee and as Indenture Trustee |
| 8873 | Deutsche Bank Trust Company Americas, as Pass-Through Trustee and as Indenture Trustee |
| 8874 | Deutsche Bank Trust Company Americas, as Pass-Through Trustee and as Indenture Trustee |
| 8875 | Deutsche Bank Trust Company Americas, as Pass-Through Trustee and as Indenture Trustee |
| 8876 | Deutsche Bank Trust Company Americas, as Pass-Through Trustee and as Indenture Trustee |
| 8877 | Deutsche Bank Trust Company Americas, as Pass-Through Trustee and as Indenture Trustee |

| | |
|---|---|
| 8878 | Deutsche Bank Trust Company Americas, as Pass-Through Trustee and as Indenture Trustee |
| 8879 | Deutsche Bank Trust Company Americas, as Pass-Through Trustee and as Indenture Trustee |
| 8880 | Deutsche Bank Trust Company Americas, as Pass-Through Trustee and as Indenture Trustee |
| 8881 | Deutsche Bank Trust Company Americas, as Pass-Through Trustee and as Indenture Trustee |
| 8882 | Deutsche Bank Trust Company Americas, as Pass-Through Trustee and as Indenture Trustee |
| 8883 | Deutsche Bank Trust Company Americas, as Pass-Through Trustee and as Indenture Trustee |
| 12795 | Deutsche Bank Trust Company Americas, as Pass-Through Trustee and as Indenture Trustee |
| 12796 | Deutsche Bank Trust Company Americas, as Pass-Through Trustee and as Indenture Trustee |
| 12797 | Deutsche Bank Trust Company Americas, as Pass-Through Trustee and as Indenture Trustee |
| 12798 | Deutsche Bank Trust Company Americas, as Pass-Through Trustee and as Indenture Trustee |

Dated: December 7, 2006.

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*  <br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray<br>    David M. Turetsky | By   *s/ Cynthia C. Jackson*  <br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile) | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) |
| Co-Attorneys for Reorganized Debtors | Co-Attorneys for Reorganized Debtors |

00551677