**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | Case No. 05-03817-3F1 |
| | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**MOTION TO ALTER OR AMEND ORDER DISALLOWING**
**CLAIM NO., 10822 AS SET FORTH IN THE DEBTORS**
**TWENTY-FIFTH OMNIBUS CLAIMS OBJECTION**

COMES now Randy Roark ("Roark"), creditor in the referenced bankruptcy case, and for his motion to alter or amend says as follows:

1. In the Debtor's twenty-fifth omnibus claim objection, the Debtor objected to Claim Nos. 10822 and 12151, both filed by Roark.

2. The basis for the Debtor's objection was that both claims had been transferred to Jefferson-Pilot Investments, Inc. ("Jefferson-Pilot").

3. Further investigation revealed that, while Jefferson-Pilot sought transfer of both claims, only Claim No. 12151 was transferred to Jefferson-Pilot.

4. Counsel for Jefferson-Pilot acknowledges that Claim No. 10822 is still owned by Roark. Furthermore, counsel for the Debtor acknowledges that Claim No. 10822 should be allowed in the requested amount of $28,378.30.

5. The order disallowing the claim was entered by error. Prior to the entry of the order, counsel for Roark had corresponded with counsel for the Debtor and confirmed Roark's Claim No. 10822 would not be disallowed.

1

6. The parties anticipate filing a stipulation setting aside the order as to the disallowance of Roark's Claim No. 10822 and allowing it.

7. Roark requests that the order be set aside insofar as the disallowance of Claim No. 10822.

WHEREFORE, premises considered, Randy Roark, respectfully requests this Court to set aside the order disallowing Claim No. 10822 and to enter an order allowing Claim No. 10822 in said amount in favor of Randy Roark. Randy Roark prays for such further and other relief as this Court may deem appropriate.

                                      Respectively Submitted,

                                      <u>s/C. Ellis Brazeal III</u>
                                      C. Ellis Brazeal III
                                      Attorney for Randy Roark

**OF COUNSEL:**

Walston, Wells & Birchall, LLP
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 244-5200
Telecopier: (205) 244-5400

### **CERTIFICATE OF SERVICE**

I do hereby certify that I have served a copy of Motion to Alter or Amend Order Disallowing Claim No. 10822 as Set Forth in the Debtors Twenty-Fifth Omnibus Claims Objection, by placing same either in first class postage prepaid envelopes, and/or by electronic filing purposes to the following:

    D.J. Baker
    Skadden, Arps, Slate, Meagher & Flom, LLP
    Four Times Square
    New York, New York 10036

Cynthia C. Jackson
Smith, Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, Florida 32202

This the \8th\ day of December, 2006

\s\ C. Ellis Brazeal III
OF COUNSEL