### UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., et al.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.   I am of legal age and I am not a party to this action.

2.   I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.   On or about December 4, 2006 I caused copies of:

• the **Order Sustaining Debtors' Twenty-Sixth Omnibus Objection to Claims Arising From Unexpired Leases of Non-Residential Real Property (I) That Have Been Assumed, (II) That Have Been Assumed and Assigned, or (III) That Are The Subject of Lease Termination Agreements**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: December 8, 2006

_____
Kathleen M. Logan

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**

**Order Sustaining Debtors' Twenty-Sixth Omnibus
Objection to Claims Arising From Unexpired Leases of
Non-Residential Real Property (I) That Have Been
Assumed, (II) That Have Been Assumed and Assigned or
(III) That are Subject of Lease Termination Agreements**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:    05-03817-3F1**

CREDITOR ID: 241233-12
11010 SEVENTH AVE INVESTMENTS
C/O 11010 LAND COMPANY LLC
ATTN SALOMON GOLD
PO BOX 601551
CHARLOTTE, NC 28260-1551

CREDITOR ID: 241234-12
145 ASSOCIATES LTD
PO BOX 460
VALLEY STREAM, NY 11582

CREDITOR ID: 241234-12
145 ASSOCIATES LTD
C/O MCCARTER ENGLISH
ATTN JOSEPH T WALSH, ESQ
919 N MARKET STREET, SUITE 1800
PO BOX 111
WILMINGTON DE 19899

CREDITOR ID: 241234-12
145 ASSOCIATES LTD
C/O MITCHELL & SHAPIRO LLP
ATTN KENNETH A SHAPIRO, ESQ
3490 PIEDMONT ROAD, SUITE 650
ATLANTA GA 30305

CREDITOR ID: 996-07
1954 UNIONPORT ASSOCIATES, LLC
C/O ECKSTEIN PROPERTIES
ATTN S ECKSTEIN, MANAGING MEMBER
60 BOARD STREET
NEW YORK, NY 10004

CREDITOR ID: 241239-12
1980 UNIONPORT ASSOCIATES LLC
C/O GOLDSTEIN COMMERCIAL PROPERTY
ATTN LINDA GOLDSTEIN, MGR
3753-1 CARDINAL POINT DRIVE
JACKSONVILLE, FL 32257

CREDITOR ID: 241247-12
2525 EAST HILLSBOROUGH AVE LLC
PO BOX 530496
ATLANTA, GA 30353-0496

CREDITOR ID: 241285-12
99 EGLIN LTD
C/O DOWD LAW FIRM, PA
ATTN JOHN R DOWD, ESQ
285 HARBOUR BLVD, SUITE A
DESTIN FL 32541

CREDITOR ID: 241285-12
99 EGLIN LTD
ATTN MARK PORTER, DIRECTOR
PO BOX 1735
DESTIN, FL 32540

CREDITOR ID: 241286-12
99 ELGIN LTD
ATTN MARK PORTER, DIRECTOR
PO BOX 1735
DESTIN, FL 32540

CREDITOR ID: 241477-12
ACADIAN MANAGEMENT
ATTN BARBARA KIZER, OWNER
PO BOX 1268
MADISONVILLE, LA 70447-9998

CREDITOR ID: 407791-15
ACORN ASSOCIATES, INC
ATTN EDWARD PEARLSTEIN, VP
140 GLENLAWN AVENUE
SEA CLIFF NY 11579

CREDITOR ID: 410737-15
AEI NET LEASE INCOME & GROWTH ET AL
ON BEHALF OF THE OWNERS
C/O FREDRICKSON & BYRON, PA
ATTN JOHN M KONECK, ESQ
200 S SIXTH STREET, SUITE 4000
MINNEAPOLIS MN 55402

CREDITOR ID: 452151-15
AIB DELTONA, INC
ATTN ANNELIE MENKE, ESQ
1980 POST OAK BLVD, SUITE 720
HOUSTON TX 77056

CREDITOR ID: 452151-15
AIB DELTONA, INC
C/O WILCOX LAW FIRM
ATTN ROBERT D WILCOX, ESQ
6817 SOUTHPORT PARKWAY, SUITE 1302
JACKSONVILLE FL 32216

CREDITOR ID: 410534-15
ALBION PACIFIC PROP RESOURCES, LLC
C/O ALLEN, MATKINS, LECK, ET AL
ATTN I M GOLD/N B WARANOFF
THREE EMBARCADERO CENTER, 12TH FL
SAN FRANCISCO CA 94111-4105

CREDITOR ID: 410534-15
ALBION PACIFIC PROP RESOURCES, LLC
ATTN MARIA AHEDO
1438 GOWER STREET, BLDG 42, STE 401
BOX 11
LOS ANGELES CA 90028

CREDITOR ID: 410891-15
ALLIED CAPITAL CORPORATION
C/O VENABLE LLP
ATTN G CROSS & H FOLEY, ESQS
TWO HOPKINS PLAZA, SUITE 1800
BALTIMORE MD 21201

CREDITOR ID: 410891-15
ALLIED CAPITAL CORPORATION
ATTN MICHAEL F LOCRAFT, VP
1919 PENNSYLVANIA AVENUE
WASHINGTON DC 20006

CREDITOR ID: 241342-12
ALS TELFAIR PLAZA
PO BOX 1097
CORDELE, GA 31010

CREDITOR ID: 410852-15
AMERICAN FEDERAL PROPERTIES, LTD
ATTN ELI SLEIMAN JR, TREASURY
1 SLEIMAN PARKWAY, SUITE 210
JACKSONVILLE FL 32216-8046

CREDITOR ID: 417090-15
AMERICAN PAPER BOX COMPANY INC
ATTN LINDA RICH / JOSEPH J TAVIS
17 HOPEWELL FARM ROAD
NATICK MA 01760

CREDITOR ID: 417090-15
AMERICAN PAPER BOX COMPANY INC
C/O GREENBERG TRAURIG, LLP
ATTN SUSAN SIMONE, ESQ
ONE INTERNATIONAL PLACE
BOSTON MA 02110

CREDITOR ID: 242861-12
AVON SQUARE LTD
PO BOX 5252
LOAN# 015 802 347
LAKELAND, FL 33807-5252

CREDITOR ID: 242886-12
AZALEA MANAGEMENT AND LEASING
PO BOX 9527
ASHEVILLE, NC 28815

CREDITOR ID: 242887-12
AZALEA MGT & LEASING INC
PO BOX 9527
ASHVILLE, NC 28815

CREDITOR ID: 410377-15
BEACHWALK CENTRE II, LLC
ATTN GARY B CRESS, MGR PARTNER
130 SCENIC HWY
DESTIN FL 32507

SERVICE LIST

**Order Sustaining Debtors' Twenty-Sixth Omnibus
Objection to Claims Arising From Unexpired Leases of
Non-Residential Real Property (I) That Have Been
Assumed, (II) That Have Been Assumed and Assigned or
(III) That are Subject of Lease Termination Agreements**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                           **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2069-07<br>BED ALABAMA LLC<br>ATTN BYRAM DICKES, OWNER<br>1200 CENTRAL AVENUE, SUITE 306<br>WILMETTE IL 60091 | CREDITOR ID: 243236-12<br>BEIL PROPERTIES INC<br>ATTN WALTER BEIL<br>247 OCEAN VIEW<br>NEWPORT BEACH CA 92663 | CREDITOR ID: 408349-15<br>BELLOTTO PROPERTIES, LLC<br>C/O HOLLAND & KNIGHT, LLP<br>ATTN NOEL R BOEKE, ESQ<br>PO BOX 1288<br>TAMPA FL 33601-1288 |
| CREDITOR ID: 1122-07<br>BIG PINE SHOPPING CENTER LLC<br>C/O RUSSO & KAVULICH PL<br>ATTN REX RUSSO, ESQ<br>2655 LEJEUNE ROAD, PH-1D<br>CORAL CABLES FL 33134 | CREDITOR ID: 1122-07<br>BIG PINE SHOPPING CENTER LLC<br>PO BOX 431944<br>BIG PINE KEY FL 33043 | CREDITOR ID: 243718-12<br>BOGALUSA SHOPPING CENTER CO<br>C/O JW PROPERTIES<br>ATTN CHARLES M CASSIDY<br>PO BOX 16146<br>MOBILE, AL 36616-0146 |
| CREDITOR ID: 407547-15<br>BONAIR 99-GA, LLC<br>C/O ERIC D ABEL, GENERAL COUNSEL<br>2476 N ESSEX AVENUE<br>HERNANDO FL 34442 | CREDITOR ID: 397239-68<br>BONAIRE 99-GA, LLC<br>C/O TAMPOSI COMPANI<br>20 TRAFALGAR SQUARE STE 602<br>NASHUA, NH 03063 | CREDITOR ID: 410950-99<br>BUFFALO-LOL ASSOCIATES, LTD/<br>C/O BENDERSON DEVELOPMENT CO<br>ATTN: JOEL E SCHOLSBERG, ESQ<br>8441 COOPER CREEK BLVD<br>UNIVERSITY PARK FL 34201 |
| CREDITOR ID: 410950-99<br>BUFFALO-LOL ASSOCIATES, LTD/<br>BUFFALO-WD ASSOCIATES, LTD<br>C/O BENDERSON DEVELOPMENT CO, INC<br>ATTN SUSAN HASSINGER, ESQ<br>570 DELAWARE AVE<br>BUFFALO NY 14202 | CREDITOR ID: 1152-07<br>BW DIX INC<br>C/O DAVID NOVAK, TREASURER<br>849 20TH STREET<br>VERO BEACH, FL 32960 | CREDITOR ID: 244248-12<br>BW TREASURE, INC<br>C/O DAVID NOVAK, TREAS<br>849 20TH STREET<br>VERO BEACH, FL 32960 |
| CREDITOR ID: 244251-12<br>BY-PASS PARTNERSHIP<br>ATTN ANDRE G COUDRAIN ESQ<br>PO BOX 1075<br>HAMMOND, LA 70404-1075 | CREDITOR ID: 410924-15<br>C/WD OF JAX, INC<br>ATTN JANE C BOCKEL, PRES<br>10563 JAMES WREN WAY<br>FAIRFAX VA 22030 | CREDITOR ID: 410969-15<br>CALIFORNIA CLUB MALL SHOPPING<br>CENTER, LTD<br>C/O MORGAN LEWIS & BOCKIUS, LLP<br>ATTN NEIL E HERMAN ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 |
| CREDITOR ID: 244473-12<br>CAPITAL PROPERTIES ASSOCIATES<br>ATTN CHARLES W WEST, MGR<br>PO BOX 2169<br>TUSCALOOSA, AL 35403 | CREDITOR ID: 244498-12<br>CARDINAL ENTITIES COMPANY LLC<br>C/O MATTITUCK SHOPPING CT<br>PO BOX 77<br>MATTITUCK, NY 11952 | CREDITOR ID: 399295-15<br>CARNEGIE COMPANIES, INC<br>BROADWAY PROPERTIES, INC<br>C/O JAVITCH BLOCK & RATHBONE LLC<br>ATTN MARC A MELAMED, ESQ<br>1300 EAST 9TH STREET, 14TH FLOOR<br>CLEVELAND OH 44114 |
| CREDITOR ID: 244681-12<br>CARR FARMS, LLP<br>C/O GARDNER, WILLIS,  ET AL<br>ATTN DEENA PLAIRE-HAAS, ESQ<br>2408 WESTGATE DRIVE<br>ALBANY GA 31707 | CREDITOR ID: 244681-12<br>CARR FARMS, LLP<br>ATTN C H CARR AND BARRY D CARR<br>DEENA PLAIRE-HAAS<br>3199 PALMYRA ROAD<br>ALBANY GA 31707 | CREDITOR ID: 244838-12<br>CEDAR HILLS CONSOLIDATED, LLC<br>C/O VICTORY COMMERCIAL REAL ESTATE<br>506 45TH STREET, SUITE B-5<br>COLUMBUS, GA 31904 |
| CREDITOR ID: 2131-99<br>CHESTER DIX CRAWFORDVILLE CORPORATI<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590 | CREDITOR ID: 410456-15<br>CLAY PLAZA INVESTORS, LLC<br>PO BOX 4767<br>COLUMBUS GA 31914 | CREDITOR ID: 411126-15<br>CLEVELAND MARKETPLACE, LTD<br>LEATHERWOOD WALKER TODD & MANN, PC<br>ATTN SEANN GRAY TZOUVELEKAS, ESQ<br>PO BOX 87<br>GREENVILLE SC 29602-0087 |
| CREDITOR ID: 411126-15<br>CLEVELAND MARKETPLACE, LTD<br>PO BOX 1806<br>GREENVILLE SC 29602 | CREDITOR ID: 246488-12<br>CLINTON HOUSE COMPANY<br>C/O RMC REALTY COMPANIES LTD<br>ATTN ACCOUNTING DEPT.<br>1733 WEST FLETCHER AVENUE<br>TAMPA, FL 33612 | CREDITOR ID: 534813-98<br>COLONIAL MART LIMITED PARTNERSHIP<br>AND CRESTVIEW CENTER LLC<br>C/O GARY B CRESS<br>PO BOX 1260<br>RIDGELAND MS 29158 |

SERVICE LIST

**Order Sustaining Debtors' Twenty-Sixth Omnibus
Objection to Claims Arising From Unexpired Leases of
Non-Residential Real Property (I) That Have Been
Assumed, (II) That Have Been Assumed and Assigned or
(III) That are Subject of Lease Termination Agreements**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                         **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407769-15<br>COLONIAL REALTY LP<br>C/O FOSTER, LINDEMAN & KLINKBEIL,PA<br>ATTN W LINDEMAN/T FOSTER, ESQS<br>PO BOX 3108<br>ORLANDO FL 32802 | CREDITOR ID: 1210-07<br>COLUMBIA MARKETPLACE LLC<br>C/O TERRELL, BAUGH, ET AL<br>ATTN BRADLEY J SALMON, ESQ<br>700 S GREEN RIVER ROAD, STE 2000<br>EVENSVILLE IN 47715 | CREDITOR ID: 1210-07<br>COLUMBIA MARKETPLACE LLC<br>C/O REGENCY PROPERTY SERVICES<br>ATTN JEFF HOWELL, DIR OF PROP MGMT<br>330 CROSS POINTE BOULEVARD<br>EVANSVILLE, IN 47715 |
| CREDITOR ID: 410418-15<br>COMMERCIAL NET LEASE REALTY, INC<br>NKA: NATIONAL RETAIL PROPERTIES INC<br>C/O LOWNDES, DROSDICK, ET AL<br>ATTN ZACHARY J BANCROFT, ESQ<br>PO BOX 2809<br>ORLANDO FL 32802-2809 | CREDITOR ID: 423063-15<br>COMMONWEALTH FOREST EDGE, LLC<br>C/O SAUL EWING, LLP<br>ATTN JOYCE A KUHNS, ESQ<br>500 EAST PRATT STREET<br>BALTIMORE MD 21202 | CREDITOR ID: 2163-07<br>CORPORATE PROPERTY ASSOCS 9, LP<br>C/O W P CAREY & CO, LLC<br>ATTN THOMAS LEWIS, VP<br>50 ROCKEFELLER PLAZA<br>NEW YORK NY 10020 |
| CREDITOR ID: 2163-07<br>CORPORATE PROPERTY ASSOCS 9, LP<br>C/O WILLKIE FARR & GALLAGHER<br>ATTN ALAN J LIPKIN, ESQ<br>787 SEVENTH AVENUE<br>NEW YORK NY 10019-6373 | CREDITOR ID: 1224-07<br>COUNTRY CLUB CENTRE LLC<br>CO RETAIL MANAGEMENT GROUP INC<br>ATTN JULIE BEALL, COO<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-1036 | CREDITOR ID: 410378-15<br>CRESTVIEW, LLC<br>ATTN GARY B CRESS, MGR PARTNER<br>NORTH FERDON BLVD & HWY 85 NORTH<br>CRESTVIEW FL 32536 |
| CREDITOR ID: 407681-15<br>CROSSINGS OF ORLANDO, LTD<br>C/O COURTELIS COMPANY<br>ATTN V STOSIK/W D PITTS, PRES<br>703 WATERFORD WAY, SUITE 800<br>MIAMI FL 33126 | CREDITOR ID: 407681-15<br>CROSSINGS OF ORLANDO, LTD<br>C/O BELL BOYD & LLOYD, LLC<br>ATTN C LONSTEIN & A SCHAEFFER, ESQS<br>70 W MADISON STREET, SUITE 3300<br>CHICAGO IL 60602 | CREDITOR ID: 1238-07<br>CRYSTAL LAKE AT ORLANDO<br>C/O REALVEST PARTNERS INC<br>ATTN ROBERT A LEVY, MEMBER<br>2200 LUCIEN WAY, SUITE 350<br>MAITLAND, FL 32751-7019 |
| CREDITOR ID: 410920-15<br>CRYSTAL LAKE AT ORLANDO<br>C/O FRAZIER HOTTE & ASSOCIATES<br>ATTN ROBERT W FRAZIER, JR<br>6550 N FEDERAL HWY #220<br>FT LAUDERDALE FL 33308 | CREDITOR ID: 383163-99<br>CVS EGL OVERSEAS MARATHON FL, LLC<br>C/O SAUL EWING LLP<br>ATTN MARK MINUTI, ESQ<br>222 DELAWARE AVE, STE 1200<br>PO BOX 1266<br>WILMINGTON DE 19899 | CREDITOR ID: 411164-15<br>CW CAPITAL ASSET MGT SERIES 2001-C2<br>HOLDERS OF SALOMON BROTHERS MTG<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 |
| CREDITOR ID: 1244-07<br>DALRAIDA PROPERTIES INC<br>ATTN JAMES W RUTLAND, JR PRESIDENT<br>PO BOX 230758<br>MONTGOMERY, AL 36123-0758 | CREDITOR ID: 410822-15<br>DANIEL G KAMIN MANDEVILLE, LLC<br>C/O HELD & ISRAEL<br>ATTN KIMBERLY HELD ISRAEL, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 410822-15<br>DANIEL G KAMIN MANDEVILLE, LLC<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, MGR<br>490 S HIGHLAND AVENUE<br>PITTSBURGH PA 15206 |
| CREDITOR ID: 407738-99<br>DBR ASSET MGMT, LLC AGENT FOR<br>BEDFORD AVENUE REALTY INC<br>C/O GLATTER & ASSOCIATES PA<br>ATTN ERIC S GLATTER, ESQ<br>1489 WEST PALMETTO PARK RD, STE 420<br>BOCA RATON FL 33486 | CREDITOR ID: 1259-07<br>DEFUNIAK SQUARE PARTNERS, LTD<br>C/O VALPARAISO REALTY CO<br>ATTN TERESA W FEDONCZAK<br>PO BOX 8<br>VALPARAISO, FL 32580-0008 | CREDITOR ID: 247926-12<br>DELNICE CORP NV<br>ATTN QUINZIO SPAGGIARI, PRESIDENT<br>PO BOX 016727<br>MIAMI, FL 33101 |
| CREDITOR ID: 247926-12<br>DELNICE CORP NV<br>C/O BERGER SINGERMAN, PA<br>ATTN JORDI GUSO, ESQ<br>200 S BISCAYNE BLVD, SUITE 1000<br>MIAMI FL 33131-5308 | CREDITOR ID: 1265-07<br>DELTONA ASSOC LTD<br>TABAS FREEDMAN SOLOFF & MILLER PA<br>ATTN JOEL L. TABAS, ESQ<br>25 SE 2ND AVENUE, STE. 919<br>MIAMI FL 33131 | CREDITOR ID: 1265-07<br>DELTONA ASSOC LTD<br>C/O BRUCE STRUMPF INC<br>314 S MISSOURI AVENUE, STE 305<br>CLEARWATER FL 33756 |
| CREDITOR ID: 250438-12<br>DEWRELL, GEORGE<br>ATTN RAY DEWRELL<br>PO BOX 642<br>FORT WALTON BEACH FL 32549 | CREDITOR ID: 1277-07<br>DUCKWORTH MORRIS REALTY, AGENT<br>FOR ESSEX SQUARE INVESTING<br>ATTN JOE B DUCKWORTH, PRESIDENT<br>PO BOX 1999<br>TUSCALOOSA, AL 35403-1999 | CREDITOR ID: 315756-40<br>DUPUIS, CARL<br>SCOTT R NABORS, ESQ<br>456 HARRISON AVENUE<br>PANAMA CITY FL 32401 |

SERVICE LIST

**Order Sustaining Debtors' Twenty-Sixth Omnibus
Objection to Claims Arising From Unexpired Leases of
Non-Residential Real Property (I) That Have Been
Assumed, (II) That Have Been Assumed and Assigned or
(III) That are Subject of Lease Termination Agreements**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 315756-40<br>DUPUIS, CARL<br>PO BOX 1863<br>PANAMA CITY, FL 32402 | CREDITOR ID: 248637-12<br>EAGLE HARBOR INVESTORS LLC<br>506 45TH ST, SUITE B5<br>COLUMBUS, GA 31904 | CREDITOR ID: 248713-12<br>EASTGATE INVESTORS LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 |
| CREDITOR ID: 248729-12<br>EBR, LLC<br>C/O PHELPS DUNBAR, LLP<br>ATTN RANDY ROUSSEL, ESQ<br>445 NORTH BLVD, STE 701<br>BATON ROUGE LA 70802 | CREDITOR ID: 248729-12<br>EBR, LLC<br>7732 GOODWOOD BLVD,  STE V<br>BATON ROUGE, LA 70806 | CREDITOR ID: 2208-07<br>ECM DEVELOPMENT, INC<br>PO BOX 468<br>NORTHPORT AL 35476 |
| CREDITOR ID: 2208-07<br>ECM DEVELOPMENT, INC<br>C/O DAVIDSON WIGGINS JONES & PARSON<br>ATTN W CAMERON PARSONS, ESQ<br>PO BOX 1939<br>TUSCALOOSA AL 35403 | CREDITOR ID: 407752-99<br>EFESOS PROPERTIES NV INC &<br>ORION INVESTMENT & MNGMNT LTD CORP<br>C/O HINSHAW & CULBERTSON LLP<br>ATTN KENNETH G M MATHER, ESQ<br>100 SOUTH ASHLEY DR, STE 500<br>TAMPA FL 33602 | CREDITOR ID: 1297-07<br>ELFERS SQUARE CENTER INC<br>C/O MORSE & GOMEZ, PA<br>ATTN ALBERTO F GOMEZ JR, ESQ<br>119 S DAKOTA AVENUE<br>TAMPA FL 33606 |
| CREDITOR ID: 1297-07<br>ELFERS SQUARE CENTER INC<br>10912 N 56TH STREET<br>TEMPLE TERRACE FL 33617-3004 | CREDITOR ID: 410596-15<br>ENGLEWOOD LAND TRUST, SUCCESSOR<br>PACHULSKI STANG ZIEHL ET AL<br>ATTN ILAN D SCHARF, ESQ<br>780 THIRD AVENUE, 36TH FLR<br>NEW YORK NY 10017-2024 | CREDITOR ID: 411173-15<br>EQUITY ONE (POINT ROYALE) INC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 |
| CREDITOR ID: 2211-07<br>ERBS/ELLIS PROPERTIES<br>ATTN EDWARD C ELLIS<br>709 DEVON AVENUE<br>LOS ANGELES CA 90024 | CREDITOR ID: 2211-07<br>ERBS/ELLIS PROPERTIES<br>C/O COX CASTLE & NICHOLSON LLP<br>ATTN RANDALL W BLACK, ESQ<br>2049 CENTURY PARK EAST, SUITE 2800<br>LOS ANGELES CA 90067 | CREDITOR ID: 2223-07<br>ESROG REALTY LLC<br>C/O DAVID GOLD, ESQ<br>840 GRAND CONCOURSE, SUITE 1 B<br>BRONX NY 10451 |
| CREDITOR ID: 315804-40<br>EVANGELINE LIFE INSURANCE CO<br>C/O PITMAN BROUSSARD<br>ATTN LEWIS H PITMAN, JR<br>209 W MAIN STREET, SUITE 300<br>NEW IBERIA LA 70560 | CREDITOR ID: 249222-12<br>EVANGELINE LIFE INSURANCE CO<br>C/O PITMAN BROUSSARD<br>ATTN LEWIS H PITMAN, JR<br>209 W MAIN STREET, SUITE 300<br>NEW IBERIA LA 70560 | CREDITOR ID: 249222-12<br>EVANGELINE LIFE INSURANCE CO<br>ATTN DAVID L LANDRY, VP<br>PO BOX 13098<br>NEW IBERIA, LA 70562-3098 |
| CREDITOR ID: 249624-12<br>FLAMINGO EAST LTD<br>PO BOX 568368<br>C/O SAGIO DEVELOPMENT CORPORATION<br>ORLANDO, FL 32856-8368 | CREDITOR ID: 404014-15<br>FLORIDA DICKENS ASSOCIATES<br>ATTN WILLIAM L PIERPOINT<br>PO BOX 5005<br>RANCHO MIRAGE CA 92270 | CREDITOR ID: 249740-12<br>FLORIDA DICKENS ASSOCIATES<br>PO BOX 863030<br>ORLANDO, FL 32886-3030 |
| CREDITOR ID: 249895-12<br>FMV ASSOCIATES<br>ATTN FRANK OEHLBAUM<br>300 N SWALL DRIVE, NO 453<br>BEVERLY HILLS, CA 90211 | CREDITOR ID: 249895-12<br>FMV ASSOCIATES<br>C/O BERKOVITZ & SCHILIT<br>ATTN MENACHEM SCHILIT, ESQ<br>16830 VENTURA BLVD, SUITE 500<br>ENCINO CA 91436 | CREDITOR ID: 1346-07<br>FOUNTAIN COLUMBUS ASSOCS LLC<br>C/O HARBOR GROUP MGMT<br>121 EXECUTIVE CENTER DRIVE, STE 129<br>COLUMBIA, SC 29210 |
| CREDITOR ID: 1346-07<br>FOUNTAIN COLUMBUS ASSOCS LLC<br>C/O KAUFMAN & CANOLES<br>ATTN PAUL K. CAMPSEN, ESQ.<br>150 W MAIN STREET, SUITE 2100<br>NORFOLK VA 23510 | CREDITOR ID: 410525-15<br>FOUR FLORIDA SHOPPING CENTERS LP<br>C/O THE BROWN COMPANY<br>ATTN ALFRED BROWN<br>7753 LAKE WORTH ROAD<br>LAKE WORTH FL 33467 | CREDITOR ID: 1355-07<br>FWI 16 LLC<br>ATTN THOMAS J CANNON, PRESIDENT<br>314 S MISSOURI AVENUE, SUITE 305<br>CLEARWATER, FL 33756 |

SERVICE LIST

**Order Sustaining Debtors' Twenty-Sixth Omnibus
Objection to Claims Arising From Unexpired Leases of
Non-Residential Property (I) That Have Been
Assumed, (II) That Have Been Assumed and Assigned or
(III) That are Subject of Lease Termination Agreements**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1357-07<br>FWI 23 LLC<br>C/O BRUCE STRUMPF INC<br>ATTN THOMAS J CANNON, PPRESIDENT<br>314 S MISSOURI AVENUE<br>CLEARWATER, FL 33756 | CREDITOR ID: 1358-07<br>FWI 5 LLC<br>C/O BRUCE STRUMPF INC<br>ATTN THOMAS J CANNON, PRESIDENT<br>314 S MISSOURI AVENUE, SUITE 305<br>CLEARWATER, FL 33756 | CREDITOR ID: 250259-12<br>GARDENS PARK PLAZA  219<br>505 S FLAGLER DR STE 1010<br>WEST PALM BEACH, FL 33401-5923 |
| CREDITOR ID: 250259-12<br>GARDENS PARK PLAZA  219<br>C/O ELK BANKIER CHRISTU & BAKST LLP<br>ATTN MICHAEL R BAKST, ESQ.<br>222 LAKEVIEW AVENUE, SUITE 1330<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 410719-99<br>GATOR CARRIAGE PARTNERS, LTD<br>C/O FROST BROWN TODD LLC<br>ATTN: KYLE R GRUBBS, ESQ<br>2200 PNC CENTER<br>201 EAST FIFTH STREET<br>CINCINNATI OH 45202 | CREDITOR ID: 381792-99<br>GE COMMERCIAL FIN BUS PROP CORP FKA<br>GE CAPITAL BUS ASSET FUNDING CORP<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN MARC HAMROFF/LESLIE BERKOFF<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 |
| CREDITOR ID: 403199-99<br>GEHR FLORIDA DEVELOPMENT LLC<br>C/O HELD & ISRAEL<br>ATTN E W HELD JR/A FRISCH, ESQS<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 250204-12<br>GHI OF WEST PALM BEACH LLC<br>ATTN FLORIAN GHITAS, PRESIDENT<br>3140 SW 118TH TERRACE<br>DAVIE, FL 33325 | CREDITOR ID: 250686-12<br>GLYNN ENTERPRISES LLC<br>PO BOX 751554<br>% ZIFF PROPERTIES INC<br>CHARLOTTE, NC 28275-1554 |
| CREDITOR ID: 405927-99<br>GOODING'S SUPERMARKETS, INC<br>C/O LOWNDES DROSDICK ET AL<br>ATTN MATT E BEAL, ESQ<br>215 NORTH EOLA DRIVE<br>PO BOX 2809<br>ORLANDO FL 32802-2809 | CREDITOR ID: 410976-15<br>GREAT OAK, LLC<br>BY GE CAPITAL REALTY GROUP INC, AGT<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN LESLIE A BERKOFF, ESQ<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | CREDITOR ID: 2270-07<br>GREENGOLD CO,  LLC<br>ATTN LEONARD GOLD, PARTNER<br>3265 PERRY AVENUE<br>OCEANSIDE NY 11572 |
| CREDITOR ID: 410900-15<br>GS II JACKSONVILLE REGIONAL, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD  OH 44122 | CREDITOR ID: 410506-15<br>GULFPORT/ORANGE GROVE ASSOCS, LTD<br>C/O ECMC<br>ATTN JOHN C T EDWARDS, AGENT<br>6055 PRIMACY PARKWAY, SUITE 402<br>MEMPHIS TN 38119 | CREDITOR ID: 2013-07<br>HALL, WILLIAM H<br>2358 RIVERSIDE AVE<br>SUITE 701<br>JACKSONVILLE FL 33204 |
| CREDITOR ID: 2013-07<br>HALL, WILLIAM H<br>C/O ROBERT A HECKIN LAW OFFICE<br>ATTN ROBERT A HECKIN, ESQ<br>1 SLEIMAN PARKWAY, STE 280<br>JACKSONVILLE FL 32216 | CREDITOR ID: 254539-12<br>HEARD, LAWRENCE M<br>C/O ARIANA ASSOCIATES<br>3904 HALL OAK COURT<br>VALRICO, FL 33594 | CREDITOR ID: 1420-07<br>HELENA MARKETPLACE LLC<br>ATTN E PAUL STREMPEL, JR<br>III RIVERCHASE OFFICE PLAZA<br>SUITE 102<br>BIRMINGHAM, AL 35244 |
| CREDITOR ID: 1420-07<br>HELENA MARKETPLACE LLC<br>KING DRUMMOND & DABBS, PC<br>ATTN MARJORIE O DABBS, ESQ<br>100 CENTERVIEW DRIVE, STE 180<br>BIRMINGHAM AL 35216 | CREDITOR ID: 411182-15<br>HERITAGE PROPERTY INVESTMENT LP<br>C/O HERITAGE PROP INVESTMENT TRUST<br>ATTN EDWARD W VALANZOLA, ESQ<br>131 DARTMOUTH STREET<br>BOSTON MA 02116 | CREDITOR ID: 251537-12<br>HERMAN MAISEL & CO INC<br>PO BOX 7481<br>MOBILE, AL 36670 |
| CREDITOR ID: 251800-12<br>HOMOSASSA ASSOCIATES<br>ATTN FRANK J GULISANO<br>6700 NW BROKEN SOUND PKY, SUITE 201<br>BOCA RATON, FL 33487 | CREDITOR ID: 251103-12<br>HR ORLANDO LLC<br>PO BOX 2771<br>PALM BEACH, FL 33480 | CREDITOR ID: 1447-07<br>HUDSON SQUARE CENTER INC<br>10912 N 56TH STREET<br>TEMPLE TERRACE FL 33617-3004 |
| CREDITOR ID: 252022-12<br>ICOS LLC<br>ATTN ELIO OR ALEX MADDALOZZO<br>740 HARBOR DRIVE<br>KEY BISCAYNE, FL 33149 | CREDITOR ID: 534811-15<br>ICOS, LLC<br>C/O FURR & COHEN, PA<br>ATTN ROBERT C FURR, ESQ<br>2255 GLADES ROAD, SUITE 337W<br>BOCA RATON FL 33431-7383 | CREDITOR ID: 1455-07<br>INDEPENDENCE SQUARE<br>ALBA CONSULTING CORP<br>1420 COURT STREET<br>CLEARWATER, FL 33756 |

**SERVICE LIST**

**Order Sustaining Debtors' Twenty-Sixth Omnibus
Objection to Claims Arising From Unexpired Leases of
Non-Residential Real Property (I) That Have Been
Assumed, (II) That Have Been Assumed and Assigned or
(III) That are Subject of Lease Termination Agreements**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1455-07<br>INDEPENDENCE SQUARE<br>C/O JOSEPH N PERLMAN LAW OFFICES<br>ATTN JOSEPH N PERLMAN, ESQ<br>1101 BELCHER ROAD, SUITE B<br>LARGO FL 33771 | CREDITOR ID: 252127-12<br>INDIAN VILLAGE<br>C/O COLUMBIA PROPERTIES INC<br>1355 TERRELL MILL ROAD<br>BLDG 1478 SUITE 200<br>MARIETTA, GA 30067 | CREDITOR ID: 411090-15<br>INLAND SOUTHEAST COUNTRYSIDE LP<br>C/O CONNOLLY BOVE LODGE & HUTZ LLP<br>ATTN KAREN C BIFFERATO, ESQ<br>1007 NORTH ORANGE STREET<br>PO BOX 2207<br>WILMINGTON DE 19899 |
| CREDITOR ID: 411090-15<br>INLAND SOUTHEAST COUNTRYSIDE LP<br>C/O INLAND REAL ESTATE GROUP, INC<br>ATTN BERT BITTOURNA, ESQ<br>2901 BUTTERFIELD ROAD<br>OAK BROOK IL 60523 | CREDITOR ID: 1473-07<br>ISLAND PLAZA LLC<br>ATTN RICHARD S YOUNG<br>1000 VENETIAN WAY, SUITE 810<br>MIAMI, FL 33139 | CREDITOR ID: 410448-15<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>C/O NEXSEN PRUET ADAMS KLEEMEIER<br>ATTN: BENJAMIN A KAHN, ESQ<br>701 GREEN VALLEY ROAD, SUITE 100<br>GREENSBORO NC 27408 |
| CREDITOR ID: 410448-15<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420 | CREDITOR ID: 411030-99<br>JEM INVESTMENTS, LTD<br>C/O HILL WARD & HENDERSON, PA<br>ATTN PAIGE A GREENLEE, ESQ<br>101 E KENNEDY BLVD, STE 3700<br>TAMPA FL 33602 | CREDITOR ID: 1487-07<br>JKA ENTERPRISES LLC<br>C/O JOSEPH K ANDERSON, PRES<br>262 FELLS ROAD<br>ESSEX FELLS, NJ 07021 |
| CREDITOR ID: 410761-15<br>KAMIN, DANIEL G<br>C/O KAMIN REALTY CO<br>490 SOUTH HIGHLAND AVE<br>PITTSBURGH PA 15206 | CREDITOR ID: 253996-12<br>KIMCO DEVELOPMENT CORP<br>C/O KIMCO REALTY CORP<br>3333 NEWY HYDE PARK RD STE 100<br>PO BOX 5020<br>NEW HYDE PARK, NY 11042-0020 | CREDITOR ID: 417103-15<br>KIMCO UNIVERSITY LTD & KIMCO DE INC<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN<br>101 PARK AVENUE<br>NEW YORK NY 10178 |
| CREDITOR ID: 410735-15<br>KITE EAGLE CREEK, LLC<br>C/O ICE MILLER<br>ATTN MARK A BOGDANOWICZ, ESQ<br>ONE AMERICAN SQUARE, BOX 82001<br>INDIANAPOLIS IN 46282-0200 | CREDITOR ID: 254057-12<br>KJUMP INC<br>190 JOHN ANDERSON DRIVE<br>ORMOND BEACH, FL 32176 | CREDITOR ID: 410877-15<br>KMART CORPORATION<br>C/O DYKEMA GOSSETT PLLC<br>ATTN BRENDAN G BEST, ESQ<br>400 RENAISSANCE CENTER<br>DETROIT MI 48243-1668 |
| CREDITOR ID: 250737-12<br>KONRAD, GORDON K<br>PO BOX 10890<br>JEFFERSON, LA 70181 | CREDITOR ID: 250737-12<br>KONRAD, GORDON K<br>WAHL & AST, PA<br>ATTN DAVID A AST, ESQ<br>222 RIDGEDALE AVENUE<br>PO BOX 1309<br>MORRISTOWN NJ 07962-1309 | CREDITOR ID: 1522-07<br>LA PETITE ROCHE CENTER GENERAL<br>C/O DOYLE ROGERS COMPANY<br>PO DRAWER A<br>BATESVILLE, AR 72503 |
| CREDITOR ID: 1522-07<br>LA PETITE ROCHE CENTER GENERAL<br>WILLIAMS & ANDERSON PLC<br>ATTN JOHN KOOISTRA, III, ESQ<br>111 CENTER STREET, 22ND FLOOR<br>LITTLE ROCK  AR 72201 | CREDITOR ID: 1524-07<br>LAGRANGE MARKETPLACE LLC<br>CO RETAIL MANAGEMENT GROUP INC<br>ATTN JULIE BEALL, COO<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-1036 | CREDITOR ID: 254321-12<br>LAKE JACKSON TRADING POST<br>151 SAWGRASS CORNERS DRIVE, STE 202<br>PONTE VEDRA BEACH, FL 32082 |
| CREDITOR ID: 1527-07<br>LAKE SUN PROPERTIES LTD<br>ATTN ROGER F RUTTENBERG, GP<br>55 E MONROE, STE 1890<br>CHICAGO, IL 60603-2390 | CREDITOR ID: 2364-07<br>LAKELAND ASSOCIATES, LP<br>ATTN THOMAS J CANNON, PRESIDENT<br>314 S MISSOURI AVE, STE 305<br>CLEARWATER FL 33756 | CREDITOR ID: 410958-15<br>LAKELAND PARTNERS<br>C/O STRADLEY RONON STEVENS ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 254410-12<br>LAPALCO VILLAGE SHOP CEN<br>7809 AIRLINE HWY SU 309<br>METAIRIE, LA 70003 | CREDITOR ID: 2371-07<br>LASSITER PROPERTIES INC<br>C/O CHAMBERLAIN, HRDLICKA, ET AL<br>ATTN JAMES L PAUL, ESQ<br>191 PEACHTREE STREET NE, 9TH FL<br>ATLANTA GA 30303 | CREDITOR ID: 2371-07<br>LASSITER PROPERTIES INC<br>ATTN HERMAN KOOYMANS, CFO<br>3000 CORPORATE CENTER DR, SUITE 300<br>MORROW GA 30260 |

SERVICE LIST

**Order Sustaining Debtors' Twenty-Sixth Omnibus
Objection to Claims Arising From Unexpired Leases of
Non-Residential Real Property (I) That Have Been
Assumed, (II) That Have Been Assumed and Assigned or
(III) That are Subject of Lease Termination Agreements**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1541-07<br>LAUDERHILL MALL<br>C/O SHAPIRO AND WEIL<br>ATTN MURRAY B WEIL, JR, ESQ<br>8925 COLLINS AVENUE, UNIT 7-H<br>SURFSIDE FL 33154 | CREDITOR ID: 1541-07<br>LAUDERHILL MALL<br>ATTN SAMUEL WEINTRAUB, VP<br>1267 NW 40TH AVE<br>LAUDERHILL FL 33313 | CREDITOR ID: 535019-W9<br>LCH OPPORTUNITIES LLC<br>529 E SOUTH TEMPLE<br>SALT LAKE CITY UT 84102 |
| CREDITOR ID: 452118-98<br>LCH OPPORTUNITIES LLC<br>ATTN JOSEPH M O'CONNOR<br>315 PARK AVE S 20TH FLR<br>NEW YORK NY 10010 | CREDITOR ID: 1545-07<br>LEESBURG BANSAL, LLC<br>ATTN DAVID BANSAL, MANAGING MEMBER<br>30 GREY COACH ROAD<br>READING MA 01867 | CREDITOR ID: 254725-12<br>LIBBY CROSS STATION ENTERPRISE LLC<br>ATTN RUSS CANNANE<br>803 COMMONWEALTH DRIVE<br>WARRENDALE, PA 15086 |
| CREDITOR ID: 408334-15<br>LINDNER, RICHARD<br>C/O JEFFREY W LEASURE, PA<br>ATTN JEFFREY W LEASURE, ESQ<br>1342 COLONIAL BLVD, STE H57<br>PO BOX 61169<br>FORT MYERS FL 33906-1169 | CREDITOR ID: 411088-15<br>LONDON ASSOCIATES, LTD<br>C/O GRONEK & LATHAM, LLP<br>ATTN R SCOTT SHUKER, ESQ.<br>390 N ORANGE AVENUE, SUITE 600<br>ORLANDO FL 32801 | CREDITOR ID: 411088-15<br>LONDON ASSOCIATES, LTD<br>C/O BARRON REAL ESTATE, INC<br>2900 UNIVERSITY DRIVE, SUITE 26<br>CORAL SPRINGS FL 33065 |
| CREDITOR ID: 2388-07<br>LRS GENERAL PARTNERSHIP<br>PO BOX A<br>BATESVILLE, AR 72503 | CREDITOR ID: 255143-28<br>LUTHERAN BROTHERHOOD<br>ATTN DEAN L BULSEY<br>ATTN INVESTMENT DIVISION<br>625 FOURTH AVE SOUTH<br>MINNEAPOLIS, MN 55415 | CREDITOR ID: 410744-15<br>LW JOG SC, LTD<br>C/O RICE PUGATCH ROBINSON ET AL<br>ATTN CRAIG A PUGATCH, ESQ<br>101 NE THIRD AVENUE, STE 1800<br>FORT LAUDERDALE FL 33301 |
| CREDITOR ID: 410744-15<br>LW JOG SC, LTD<br>C/O SOUTHERN MGMT & DEV LTD<br>ATTN STEVEN LEVIN, VP<br>21301 POWERLINE ROAD, STE 312<br>BOCA RATON FL 33433 | CREDITOR ID: 410453-15<br>M&P LULING LP<br>ATTN IRA M MORGAN, PRESIDENT<br>1230 GRANT BUILDING<br>PITTSBURGH PA 15219 | CREDITOR ID: 410453-15<br>M&P LULING LP<br>C/O KIRKPATRICK & LOCKHART ET AL<br>ATTN JAMIE BISHOP<br>HENRY W OLIVER BUILDING<br>535 SMITHFIELD STREET<br>PITTSBURGH PA 15222-2312 |
| CREDITOR ID: 255180-12<br>M&P SHOPPING CENTER<br>LAKE SHORE VILLAGE<br>ATTN MICHAEL PLASKER, GP<br>5025 WINTERS CHAPEL RD<br>ATLANTA, GA 30360-1700 | CREDITOR ID: 264143-12<br>MADISON INVESTORS, LLC FKA<br>VICTORY MADISON, LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 | CREDITOR ID: 411255-15<br>MAGNOLIA PARK ASSOCIATES, LP<br>TALCOR COMMERCIAL REAL ESTATE SVCS<br>ATTN REBECCA ADAMS<br>MONTICELLO SQUARE, SUITE 200A<br>1018 THOMASVILLE ROAD<br>TALLAHASSEE FL 32303 |
| CREDITOR ID: 411254-15<br>MAGNOLIA PARK ASSOCIATES, LP<br>C/O ECKSTEIN PROPERTIES LLC<br>ATTN SHIMON ECKSTEIN, MGR MEMBER<br>60 BROAD STREET, SUITE 3503<br>NEW YORK NY 10004 | CREDITOR ID: 1930-07<br>MARKETPLACE LLC, THE<br>C/O REGENCY PROPERTY SERVICES<br>ATTN DAVID SHERMAN<br>330 CROSS POINTE BLVD<br>EVANSVILLE, IN 47715 | CREDITOR ID: 255559-12<br>MARKETPLACE OF AMERICUS LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 |
| CREDITOR ID: 279443-99<br>MARRERO LAND & IMPROVEMENT ASSN LTD<br>ATTN VINCENT A VASTOLA, DIR<br>5201 WESTBANK EXPRESSWAY, SUITE 400<br>MARRERO LA 70072 | CREDITOR ID: 411146-15<br>MCP REAL, LLC (CURRY FORD EAST)<br>CURRY FORD LLP<br>C/O HOLD-THYSSEN, INC<br>ATTN R R HORTON, VP INVESTMENT SVCS<br>301 S NEW YORK AVE STE 200<br>WINTER PARK FL 32789-4273 | CREDITOR ID: 411146-15<br>MCP REAL, LLC (CURRY FORD EAST)<br>C/O KELLEY DRYE & WARREN LLP<br>ATTN J S CARR & R L LEHANE ESQS<br>101 PARK AVENUE<br>NEW YORK NY 10178 |
| CREDITOR ID: 255931-12<br>MDC SOUTH WIND LTD<br>C/O MENIN DEVELOPMENT CO INC<br>3501 PGA BLVD SUITE 201<br>PALM BEACH GARDEN, FL 33410 | CREDITOR ID: 255932-12<br>MDC WESTGATE LTD<br>MENIN DEVELOPMENT CO INC<br>3501 PGA BLVD SUITE 201<br>PALM BEACH GARDENS, FL 33410 | CREDITOR ID: 410498-15<br>MERCHANTS SQUARE INVESTMENTS, LLC<br>ATTN VICTOR GIBBONS, MGR<br>4852-A JIMMY CARTER BLVD<br>NORCROSS GA 30093 |

SERVICE LIST

**Order Sustaining Debtors' Twenty-Sixth Omnibus
Objection to Claims Arising From Unexpired Leases of
Non-Residential Real Property (I) That Have Been
Assumed, (II) That Have Been Assumed and Assigned or
(III) That are Subject of Lease Termination Agreements**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:    05-03817-3F1**

CREDITOR ID: 406311-15
METROPOLITAN LIFE INSURANCE COMPANY
ATTN ROBERT GOLDSTEIN, ESQ
2400 LAKEVIEW PARKWAY, SUITE 400
ALPHARETTA GA 30004

CREDITOR ID: 256520-12
MITCHELL CO, THE
ATTN ALAN G RESTER
PO BOX 160306
MOBILE, AL 36616-1306

CREDITOR ID: 1128-07
MOBLEY FAMILY PARTNERSHIP, LP &
C/O EPSTEIN BECKER & GREEN, PC
ATTN ANNETTE KERLIN MCBRAYER, ESQ
945 E PACES FERRY RD, STE 2700
ATLANTA GA 30326

CREDITOR ID: 1128-07
MOBLEY FAMILY PARTNERSHIP, LP &
REDD FAMILY II, LP DBA
BLUE ANGEL CROSSINGS
C/O REDD REALTY SERVICES
4200 NORTHSIDE PKWY BLDG 10 STE 101
ATLANTA, GA 30327-3080

CREDITOR ID: 1610-07
MOHATRA INC
RICARDO A GONZALEZ & ASSOC, PA
ATTN RICARDO A GONZALEZ, ESQ
7270 NW 12ST, PENTHOUSE 9
MIAMI FL 33126

CREDITOR ID: 1610-07
MOHATRA INC
6500 W 4TH AVE OFC 39
HIALEAH FL 33012-6670

CREDITOR ID: 256657-12
MOORINGS OF MANATEE INC
ATTN BARRY SPENCER, PRESIDENT
430 INTERSTATE COURT
SARASOTA, FL 34240

CREDITOR ID: 408316-99
MOULTON PROPERTIES, INC
C/O STUTSMAN & THAMES, PA
ATTN NINA M LAFLEUR, ESQ
121 W FORSYTH STREET, SUITE 600
JACKSONVILLE FL 32202

CREDITOR ID: 410457-15
MOULTRIE SQUARE NEW ORLEANS, LLC
506 MANCHESTER EXPRESSWAY, STE B-5
COLUMBUS GA 31904

CREDITOR ID: 410457-15
MOULTRIE SQUARE NEW ORLEANS, LLC
C/O SLOTT, BARKER & NUSSBAUM
ATTN EARL M BARKER JR, ESQ
334 E DUVAL STREET
JACKSONVILLE FL 32202

CREDITOR ID: 410781-15
MSC, LLC
C/O HELMSING, LEACH, HERLONG ET AL
ATTN JEFFERY J HARTLEY, ESQ
LACLEDE BLDG, SUITE 2000
150 GOVERNMENT STREET
MOBILE AL 36602

CREDITOR ID: 410781-15
MSC, LLC
C/O RETAIL MANAGEMENT GROUP
ATTN JULIE BEALL, COO
PO BOX 11407
BIRMINGHAM AL 35426-1036

CREDITOR ID: 256911-12
NARANJA LAKES JOINT VENTURES
C/O FIRC MANAGEMENT INC
ATTN ALEJANDRO SOSA, DIR
2299 SW 37TH AVE, 4TH FLR
MIAMI, FL 33145

CREDITOR ID: 410953-99
NB/85 ASSOCIATES
C/O BENDERSON DEVELOPMENT CO, INC
ATTN SUSAN HASSINGER, ESQ
570 DELAWARE AVENUE
BUFFALO NY 14202

CREDITOR ID: 410953-99
NB/85 ASSOCIATES
C/O BENDERSON DEVELOPMENT CO LLC
ATTN: JOEL E SCHOLSBERG, ESQ
8441 COOPER CREEK BLVD
UNIVERSITY PARK FL 34201

CREDITOR ID: 410996-15
NEW PLAN EXCEL REALTY TRUST INC TA
RUTLAND PLAZA, ST PETERSBURG, FL
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 1647-07
NEWTON ASSOCIATES
C/O RICHARD G HOEFLING, ESQ
PO BOX 269
GASTONIA NC 28053

CREDITOR ID: 410881-15
NINE MILE PARTNERS, LTD
C/O HARWELL HOWARD HYNE, ET AL
ATTN DAVID P CANAS, ESQ
315 DEADERICK STREET, STE 1800
NASHVILLE TN 37238

CREDITOR ID: 410853-15
NORMANDY EQUITIES, LTD
ATTN BERNARD E SMITH, VP
1 SLEIMAN PARKWAY, SUITE 210
JACKSONVILLE FL 32216-8046

CREDITOR ID: 411144-15
NORTH AMERICAN CO LIFE & HEALTH INS
BY MIDLAND ADVISORS CO, AS AGENT
C/O PAUL HASTINGS JANOFSKY ET AL
ATTN T SMITH, III/C SHARBAUGH, ESQS
600 PEACHTREE STREET NE, SUITE 2400
ATLANTA GA 30308

CREDITOR ID: 257376-12
NORTH COLUMBUS CROSSING SH CTR LLC
C/O PAGE SCRANTOM SPROUSE, ET AL
ATTN ROBERT C BRAND, JR, ESQ.
PO BOX 1199
COLUMBUS OH 31902

CREDITOR ID: 257376-12
NORTH COLUMBUS CROSSING SH CTR LLC
ATTN EDDIE BRANCH
506 MANCHESTER EXPRESSWAY, STE A-12
COLUMBUS GA 31904

CREDITOR ID: 410364-15
NORTH HIXSON MARKETPLACE, LLC
C/O WILES & WILES
ATTN JOHN J WILES, ESQ
800 KENNESAW AVENUE, SUITE 400
MARIETTA GA 30060-7946

CREDITOR ID: 411080-15
O'BRIEN KIERNAN INVESTMENT CO ET AL
C/O RAY QUINNEY & NEBEKER
ATTN STEVEN T WATERMAN, ESQ.
36 S STATE ST., STE 1400
PO BOX 45385
SALT LAKE CITY UT 84145-0385

CREDITOR ID: 2458-07
OCALA NORTH SHOPPING CENTER
C/O CHARLES WAYNE PROPERTIES, INC
ATTN LINDA WHEELER, SR PROP MGR
444 SEABREEZE BLVD, STE 1000
DAYTONA BEACH FL 32118

CREDITOR ID: 410526-15
OCEANWAY PLAZA ASSOCS, LTD
C/O MILLER & MARTIN, PLLC
ATTN CATHERINE A HARRISON, ESQ
1170 PEACHTREE STREET NE, STE 800
ATLANTA GA 30309-7706

CREDITOR ID: 423152-15
OXFORD BUILDING COMPANY LLC
C/O DYKEMA GOSSETT, PLLC
ATTN GINA M CAPUA, ESQ
39577 WOODWORD AVE, SUITE 300
BLOOMFIELD HILLS MI 48304

SERVICE LIST

**Order Sustaining Debtors' Twenty-Sixth Omnibus
Objection to Claims Arising From Unexpired Leases of
Non-Residential Real Property (I) That Have Been
Assumed, (II) That Have Been Assumed and Assigned or
(III) That are Subject of Lease Termination Agreements**

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                          **CASE:  05-03817-3F1**

CREDITOR ID: 410689-15
PACIERA, VINCENT ET AL DBA
PARK PLAZA SHOPPING CTR LLC
ATTN KIRTH M PACIERA, OWNER/MEMBER
PO BOX 24087
NEW ORLEANS LA 70184

CREDITOR ID: 257948-12
PALM COAST CORNERS ASSOC LP
C/O UNITED CORNERS INC
ATTN DANIEL WHITE, ASST CONTROLLER
JULIAN S BETTS JR
525 PHARR ROAD
ATLANTA, GA 30305

CREDITOR ID: 257947-12
PALM COAST CORNERS ASSOC LP
ATTN DANIEL WHITE, ASST CONTROLLER
JULIAN S BUTTS JR
525 PHARR RD NE
ATLANTA, GA 30305

CREDITOR ID: 411147-15
PALM SPRINGS MILE ASSOCS, LTD
C/O KELLEY DRYE & WARREN, LLP
ATTN: JAMES S. CARR, ESQ
101 PARK AVENUE
NEW YORK NY 10178

CREDITOR ID: 411147-15
PALM SPRINGS MILE ASSOCS, LTD
ATTN DIANA MARRONE
419 W 49TH STREET, SUITE 300
HIALEAH FL 33012

CREDITOR ID: 2468-07
PATTON PLAZA LLC
ATTN ANNE D KING, MEMBER
8242 MARSH POINTE DRIVE
MONTGOMERY, AL 36117

CREDITOR ID: 2468-07
PATTON PLAZA LLC
C/O CAPELL & HOWARD PC
ATTN JAMES L WEBB, ESQ
150 SOUTH PERRY STREET
PO BOX 2069
MONTGOMERY AL 36102-2069

CREDITOR ID: 1700-07
PELL CITY MARKETPLACE PARTNERS
C/O HELMS ROARK INC, AGENT
ATTN ELIZABETH DEAN, VP
PO BOX 1149
MONTGOMERY, AL 36101-1149

CREDITOR ID: 411089-15
PMAT FLAMINGO, LLC
C/O SHER GARNER CAHILL ET AL
ATTN NEAL J KLING, ESQ
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS LA 70112

CREDITOR ID: 384294-47
PMG OCEAN ASSOCIATES II, LLC
C/O WANDER & ASSOCIATES, PC
ATTN DAVID WANDER, ESQ
641 LEXINGTON AVE
NEW YORK NY 10022

CREDITOR ID: 258311-12
PONTE VEDRA SQUARE, LLC, SUCCESSOR
PENTAGON PROPERTIES
ATTN J C DEMETREE JR, MGR
3740 BEACH BLVD, SUITE 300
PO DRAWER 47050
JACKSONVILLE FL 32247-7050

CREDITOR ID: 2480-07
POPPS FERRY (MS) LLC
C/O L W CAVE REAL ESTATE INC
PO BOX 81322
MOBILE, AL 36689

CREDITOR ID: 259749-12
POWERS, ROBERT D
PO BOX 788
202 E BROAD STREET
EUFAULA, AL 36027

CREDITOR ID: 410511-15
PRINCIPAL LIFE INSURANCE CO FKA
PRINCIPAL MUTUAL LIFE INSURANCE CO
C/O THE PRINCIPAL FINANCIAL GROUP
ATTN STEPHEN G SKRIVANEK, ESQ
711 HIGH STREET
DES MOINES IA 50392-0001

CREDITOR ID: 258937-12
PROCACCI COMMERICAL REALTY INC
PO BOX 93-4246
MARGATE, FL 33063-4246

CREDITOR ID: 410391-15
PRUDENTIAL CO - STILES CORPORATION
C/O KATTEN MUCHIN ROSENMAN LLP
ATTN THOMAS J LEANSE, ESQ
2029 CENTURY PARK EAST, SUITE 2600
LOS ANGELES CA 90067

CREDITOR ID: 1751-07
QUAIL RUN VILLAGE
ATTN F CARRINGTON OR R DEEMS
PO BOX 1328
EUREKA, CA 95502

CREDITOR ID: 259201-12
RAINBOW MARKETPLACE LLC
PO BOX 346
GADSDEN, AL 35902

CREDITOR ID: 259207-12
RAINBOW SPRINGS VENTURES, LC
C/O CHASE ENTERPRISES
ATTN CHERYL A CHASE
229 ASYLUM STREET, 29TH FLOOR
HARTFORD, CT 06103

CREDITOR ID: 259220-12
RALPH MEITIN FAMILY PARTNERSHIP LTD
ATTN JULIAN R MEITIN, GP
PO BOX 162732
ALTAMONTE SPRINGS, FL 32716-2732

CREDITOR ID: 279491-99
RAMCO-GERSHENSON PROPERTIES LP
C/O KUPELIAN ORMOND & MAGY PC
ATTN P MAGY/ T HILLER JR/M THOMPSON
25800 NORTHWESTERN HWY, STE 950
SOUTHFIELD MI 48075

CREDITOR ID: 259302-12
RAYNE PLAZA SHOPPING CENTER
C/O BESLIN & CUNNINGHAM, LLC
ATTN DENALD A BESLIN, ESQ
800 NORTH POLK STRRET
PO BOX 258
RAYNE, LA 70578-0258

CREDITOR ID: 259400-12
REGENT INVESTMENT CORPORATION
ATTN HAROLD M BECKER, PRESIDENT
222 THIRD STREET SE
STE 230
CEDAR RAPIDS, IA 52401

CREDITOR ID: 410376-15
RILEY PLACE LLC
C/O EMMANUEL, SHEPPARD & CONDON
ATTN SALLY BUSSELL FOX, ESQ
30 S SPRING STREET
PENSACOLA FL 32502

CREDITOR ID: 410376-15
RILEY PLACE LLC
ATTN GARY B CRESS, MGR PARTNER
4222 HIGHWAY 90
PACE FL 32571

CREDITOR ID: 259702-12
RIVERWALK PLAZA JOINT VENTURE
PO BOX 409436
ACCT#3068899810
ATLANTA, GA 30384-9436

CREDITOR ID: 2516-07
RIZIKA, ROBERT N
107 WINDWARD DR
PALM BEACH GARDENS, FL 33418-4012

SERVICE LIST

**Order Sustaining Debtors' Twenty-Sixth Omnibus
Objection to Claims Arising From Unexpired Leases of
Non-Residential Real Property (I) That Have Been
Assumed, (II) That Have Been Assumed and Assigned or
(III) That are Subject of Lease Termination Agreements**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

CREDITOR ID: 410968-15
RK HALLANDALE LP & 17070 COLLINS
AVE SHOPPING CENTER, LP
C/O MORGAN LEWIS & BOCKIUS, LLP
ATTN NEIL E HERMAN, ESQ
101 PARK AVE
NEW YORK NY 10178

CREDITOR ID: 259785-12
ROBERT M BARRETT INC
ATTN ROBERT M BARRETT, PRES
PO BOX 31802
PALM BEACH GARDENS, FL 33420

CREDITOR ID: 416242-15
ROBERTSDALE DEVELOPMENT, LLC
C/O L W CAVE REAL ESTATE, INC
PO BOX 81322
MOBILE AL 36689

CREDITOR ID: 416242-15
ROBERTSDALE DEVELOPMENT, LLC
C/O ANDERS, BOYETT & BRADY, PC
ATTN DAVID A. BOYETT, III, ESQ
3800 AIRPORT BLVD, SUITE 203
MOBILE AL 36608

CREDITOR ID: 410955-99
RONALD BENDERSON 1995 TR/BENDERSON
85-1 TRUST AKA RON-BEN ASSOCS
C/O BENDERSON DEVELOPMENT CO, INC
ATTN SUSAN HASSINGER, ESQ
570 DELAWARE AVENUE
BUFFALO NY 14202

CREDITOR ID: 260057-12
ROUSSE LAND INVESTMENT LLC
ATTN RYAN A ROUSSE
PO DRAWER 1550
LAROSE, LA 70373-1550

CREDITOR ID: 260086-12
ROYAL COMPANIES
802 NW 1ST STREET
SOUTH BAY, FL 33493

CREDITOR ID: 2526-07
ROYALS OK LUNCH INC
ATTN MARIA G BUSBEE VP
324 SW 16TH ST
BELLE GLADE, FL 33430-2824

CREDITOR ID: 408343-15
RPM REALTY SERVICES INC.
ATTN DAVID GOLDSTEIN, PRESIDENT
SUITE 920
7650 COURTNEY CAMPBELL CAUSEWAY
TAMPA FL 33607

CREDITOR ID: 408236-15
RV MANAGEMENT COMPANY
ATTN TIMOTHY CARMEL, MGG PARTNER
1023 NIPOMO STREET, SUITE 150
SAN LUIS OBISPO CA 93401

CREDITOR ID: 2492-07
RV MANAGEMENT COMPANY
9100 BATTLE POINT DRIVE NE
BAINBRIDGE  ISLAND WA 98110-1482

CREDITOR ID: 2492-07
RV MANAGEMENT COMPANY
C/O FARMER & READY
ATTN DAVID FARMER/PAUL READY, ESQS
1254 MARSH STREET
PO BOX 1443
SAN LUIS OBISPO CA 93406

CREDITOR ID: 384339-47
S&C PROPERTIES
1100 SPRING ST NW, BLDG 550
ATLANTA, GA 30367-0001

CREDITOR ID: 410785-15
SALERNO VILLAGE SHOPPING CENTER LLC
C/O GREENBERG TRAURIG, PA
ATTN MARK BLOOM, ESQ
1221 BRICKELL AVENUE
MIAMI FL 33131

CREDITOR ID: 410513-15
SARRIA ENTERPRISES, INC
C/O BURGER FARMER & COHEN PL
ATTN: M KAUFMAN/A BURGER, ESQS
1601 FORUM PLACE, SUITE 404
WEST PALM BEACH FL 33401

CREDITOR ID: 397808-75
SC (WESTLAND PROMENADE) LTD PARTNERSHIP
ONE N CLEMATIS STREET, SUITE 305
WEST PALM BEACH, FL 33401

CREDITOR ID: 259799-12
SCHLYTTER, ROBERT O, TRUSTEE
ROBERT O SCHLYTTER, TRUSTEE
EUSTIS SHOPP CENTER REVOCABLE TRUST
4811 S 76 STREET, SUITE 211
GREENFIELD WI 53220-4352

CREDITOR ID: 377335-44
SCHREIBER CO BELLEVIEW ASSOC, THE
ATTN MARVIN SCHREIBER, PRESIDENT
235 ALPHA DRIVE
PITTSBURGH, PA 15238

CREDITOR ID: 260690-12
SELIG ENTERPRISES INC
ROBERT C RIDDLE
1100 SPRING ST SUITE 550
ATLANTA, GA 30309

CREDITOR ID: 2547-07
SELMA HWY 80 VENTURE 11
C/O SPAIN & GILLON, LLC
ATTN WALTER F MCARDLE, ESQ
2117 2ND AVENUE NORTH
BIRMINGHAM AL 35203-3753

CREDITOR ID: 2547-07
SELMA HWY 80 VENTURE 11
PO BOX 12767
BIRMINGHAM AL 35203-2767

CREDITOR ID: 262882-12
SEMBLER COMPANY, THE
ATTN JOAN SILVES, ASSET MGR
PO BOX 41847
ST PETERSBURG, FL 33743-1847

CREDITOR ID: 407735-99
SEMBLER COMPANY, THE PROP MGR FOR
HIGHLANDS SQUARE SHOPPING CTR
C/O PIPER LUDIN HOWIE ET AL
ATTN ERIC E LUDIN, ESQ
5720 CENTRAL AVENUE
ST PETERSBURG FL 33707

CREDITOR ID: 380985-47
SEMORAN RETAIL LLC
C/O STOLTZ MGMT
725 CONSHOHOCKEN ROAD
BALA CYNWYD, PA 19004

CREDITOR ID: 254653-12
SETZER, LEONARD R
903 UNIVERSITY BLVD
JACKSONVILLE, FL 32211

CREDITOR ID: 260782-12
SHADRALL ASSOCIATES
AUBURNDALE PROPERTIES LLC
ATTN SHALOM WALL, VP
50 TICE BLVD
WOODCLIFF LAKE, NJ 07675

CREDITOR ID: 260810-12
SHANNON VILLAGE SHOPPING CENTER INC
PO BOX 676
LOUISBURG, NC 27549

SERVICE LIST
**Order Sustaining Debtors' Twenty-Sixth Omnibus
Objection to Claims Arising From Unexpired Leases of
Non-Residential Real Property (I) That Have Been
Assumed, (II) That Have Been Assumed and Assigned or
(III) That are Subject of Lease Termination Agreements**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 406302-15
SHOPPES AT 18TH & COMMERCIAL INC
ATTN HARRY SEIDMAN, PRESIDENT
6734 NEWPORT LAKE CIRCLE
BOCA RATON FL 33494

CREDITOR ID: 261008-12
SHOPPES AT 18TH & COMMERCIAL INC
ATTN AMY SEIDMAN
1717 E COMMERCIAL BLVD
FT LAUDERDALE, FL 33334

CREDITOR ID: 261009-12
SHOPPES AT LAKE AVENUE INC
C/O GRAYROBINSON, PA
ATTN DONALD A NOHRR, ESQ
PO BOX 1870
MELBOURNE FL 32902

CREDITOR ID: 261009-12
SHOPPES AT LAKE AVENUE INC
PO BOX 320219
COCOA BEACH, FL 32932-0219

CREDITOR ID: 261010-12
SHOPPES OF LIBERTY CIT LLC
ATTN DEBRA SINKLE KOLSKY, PRES
1175 NE 125TH STREET, SUITE 103
NORTH MIAMI, FL 33161

CREDITOR ID: 2557-07
SHOWPLACE COMMERCIAL PROPERTIES INC
C/O EF HUTTON REALTY CORP
ATTN R ABBASSI / R R FIELDSTONE
2000 S DIXIE HWY, SUITE 100
MIAMI FL 33133

CREDITOR ID: 2558-07
SIDNEY KOHL COMPANY
ATTN SIDNEY KOHL, PROP MGR
340 ROYAL POINCIANA WAY, SUITE 305
PALM BEACH, FL 33480

CREDITOR ID: 534666-15
SIMON PROPERTY GROUP
ATTN LEGAL COLL/BANKRUPTCY
225 WEST WASHINGTON STREET
INDIANAPOLIS IN 46204

CREDITOR ID: 406147-15
SJS WOODLAKE PLAZA, LP
C/O COZEN O'CONNOR
ATTN JERROLD N POSLUSNY JR, ESQ
457 HADDONFIELD ROAD, SUITE 300
PO BOX 5459
CHERRY HILL NJ 08002-2220

CREDITOR ID: 406147-15
SJS WOODLAKE PLAZA, LP
C/O SJS REALTY & MANAGEMENT, INC
ATTN STEPHEN CRAVITZ, VP
1110 WYNWOOD AVENUE
CHERRY HILL NJ 08002

CREDITOR ID: 261149-12
SKS PROPERTIES LC
240 SOUTH PINEAPPLE AVE
STE 702
SARASOTA, FL 34236

CREDITOR ID: 261171-12
SMALL PROPERTIES
PO BOX 10287
GREENVILLE, SC 29603-0287

CREDITOR ID: 2563-07
SNELLVILLE PLAZA LTD
ATTN MICHAEL PLASKER, GP
5025 WINTERS CHAPEL ROAD, STE M
ATLANTA, GA 30360

CREDITOR ID: 2567-07
SOUTH PLAZA ASSOCIATES, LLC
C/O PERRINE & WHEELER REAL ESTATE
ATTN JON S WHEELER, MANAGING MEMBER
PO BOX 3247
APOLLO BEACH FL 33572

CREDITOR ID: 2567-07
SOUTH PLAZA ASSOCIATES, LLC
C/O KAUFMAN & CANOLES
ATTN DENNIS T LEWANDOWSKI, ESQ
150 W MAIN STREET, SUITE 2100
NORFOLK VA 23510

CREDITOR ID: 405882-99
SOUTHBROOK PARTNERS LLC
C/O JOHNSTON CONWELL & DONOVAN LLC
ATTN WH DONOVAN III OR AM DAUGHERTY
813 SHADES CREED PKWY, STE 200
BIRMINGHAM AL 35209

CREDITOR ID: 261334-12
SOUTHBROOK PARTNERS LLC
C/O JOHNSTON CONWELL & DONOVAN, LLC
ATTN WH DONOVAN & AM DAUGHERTY
813 SHADES CREEK PARKWAY, SUITE 200
BIRMINGHAM, AL 35201-0187

CREDITOR ID: 2568-07
SOUTHEAST PARTNERS
C/O AFI MANAGEMENT
ATTN ANTHONY J LASALA
1410 VALLEY ROAD
WAYNE NJ 07470

CREDITOR ID: 407471-99
SOUTHLAND-CRYSTAL RIVER WD DEL BUS
C/O NEAL GERBER & EISENBERG LLP
ATTN THOMAS C WOLFORD, ESQ
2 NORTH LASALLE ST, STE 2200
CHICAGO IL 60602

CREDITOR ID: 411304-15
SOUTHLAND-POINCIANA WD DE BUS TRUST
C/O NEAL, GERBER & EISENBERG LLP
ATTN THOMAS C WOLFORD, ESQ
2 N LASALLE STREET, SUITE 2300
CHICAGO IL 60602

CREDITOR ID: 269352-16
SOUTHLAND-SUMMERVILLE WD, SUCCESSOR
TO PEREGRINE PROPERTIES LP
C/O NEAL, GERBER & EISENBERG
ATTN THOMAS C WOLFORD, ESQ
2 NORTH LA SALLE STREET, STE 2300
CHICAGO, IL 60602-3801

CREDITOR ID: 411185-15
SRT ACQUISITION LP
C/O CENTURION REALTY, LLC
ATTN DAVID J PENTZ, ESQ
340 WEST 40TH STREET, 3RD FL
NEW YORK NY 10018

CREDITOR ID: 1894-07
ST CHARLES PARTNERS
ATTN R RENE BORDER, MGR
PO BOX 704
MARKSVILLE LA 71351

CREDITOR ID: 408166-15
ST STEPHENS SQUARE PARTNERS
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN S T FREEMAN/P DARBY, ESQS
ONE FEDERAL PLACE
1819 FIFTH AVE N
BIRMINGHAM AL 35203-2104

CREDITOR ID: 407465-99
STILES WEST ASSOCIATES, LTD
C/O BERGER SINGERMAN, PA
ATTN: ARTHUR J SPECTOR, ESQ
350 E LAS OLAS BLVD, STE 1000
FORT LAUDERDALE FL 33301

CREDITOR ID: 410599-15
SUN CITY LAND TRUST, SUCCESSOR
DOWN SOUTH, INC
C/O DILORENZO PROPERTIES COMPANY
ATTN MARC DILORENZO, TRUSTEE
720 FIFTH AVENUE, 14TH FLOOR
NEW YORK NY 10017

CREDITOR ID: 2600-07
SUN LAKE PLAZA, INC
ATTN ROBERT KODSI
PO BOX 320219
COCOA BEACH FL 32932-0219

SERVICE LIST

**Order Sustaining Debtors' Twenty-Sixth Omnibus
Objection to Claims Arising From Unexpired Leases of
Non-Residential Real Property (I) That Have Been
Assumed, (II) That Have Been Assumed and Assigned or
(III) That are Subject of Lease Termination Agreements**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2600-07<br>SUN LAKE PLAZA, INC<br>C/O GRAYROBINSON, PA<br>ATTN DONALD A NOHRR, ESQ<br>PO BOX 1870<br>MELBOURNE FL 32902 | CREDITOR ID: 262232-12<br>SUNSET STATION PARTNERS LLC<br>506 S DIXIE HWY<br>HALLANDALE, FL 33009 | CREDITOR ID: 1912-07<br>SUNSET WEST SHOPPING PLAZA<br>C/O BLAXBERG GRAYSON KUKOFF&SEGAL<br>ATTN MOISES T GRAYSON, ESQ<br>25 SE 2ND AVENUE, SUITE 730<br>MIAMI FL 33131 |
| CREDITOR ID: 1912-07<br>SUNSET WEST SHOPPING PLAZA<br>INVESTMENT MANAGEMENT ASSOC<br>1575 SAN IGNACIO AVE, STE 100<br>CORAL GABLES, FL 33146 | CREDITOR ID: 410916-15<br>SWISS RE ASSET MGMT (AMERICAS) INC<br>BY CAPMARK SERVICES, INC, AGENT<br>C/O GMAC COMMERCIAL MORTGAGE CORP<br>ATTN SUSAN C TARNOWER<br>THREE RAVINIA DRIVE, STE 200<br>ATLANTA GA 30346 | CREDITOR ID: 410916-15<br>SWISS RE ASSET MGMT (AMERICAS) INC<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N REED, ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103 4196 |
| CREDITOR ID: 403200-99<br>TA/WESTERN LLC<br>C/O HELD & ISRAEL<br>ATTN A FRISCH/E W HELD JR, ESQS<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 256735-12<br>TARBUTTON, HUGH M<br>KAOLIN PLAZA MGMT ACCT<br>PO BOX 269<br>SANDERSVILLE, GA 31082 | CREDITOR ID: 384386-47<br>TEACHERS RETIREMENT SYSTEM<br>C/O MORTAGE CO OF KENTUCKY INC<br>642 SOUTH 4TH STREET<br>ATTN:  EDWARDT WILSON<br>LOUISVILLE, KY 40202 |
| CREDITOR ID: 1926-07<br>TED GLASRUD ASSOCIATES INC<br>C/O LEONARD RUTLAND JR LAW OFFICES<br>ATTN LEONARD RUTLAND JR, ESQ<br>759 SOUTH FEDERAL HIGHWAY, STE 303<br>STURAT FL 34994 | CREDITOR ID: 1926-07<br>TED GLASRUD ASSOCIATES INC<br>ATTN DANA A CHRISTENSON<br>759 S FEDERAL HWY, STE 217<br>STUART FL 34994 | CREDITOR ID: 2210-07<br>TERRY, EDMUND<br>C/O EDMUND TERRY & ASSOCIATES<br>211  ALEXANDER PALM ROAD<br>BOCA RATON FL 33432-7908 |
| CREDITOR ID: 403186-15<br>THRIVENT FINANCIAL<br>C/O FOLEY & MANSFIELD PLLP<br>ATTN THOMAS J LALLIER, ESQ<br>250 MARQUETTE, SUITE 1200<br>MINNEAPOLIS MN 55401 | CREDITOR ID: 2639-07<br>TIGER CROSSING GP DBA<br>UNIVERSITY CROSSING<br>C/O REDD REALTY SERVICES<br>BLDG 10 STE 101<br>4200 NORTHSIDE PKWY<br>ATLANTA, GA 30327 | CREDITOR ID: 263051-12<br>TIGER CROSSING WD<br>C/O REDD REALTY SERVICES<br>BLDG 10, SUITE 101<br>4200 NORTHSIDE PKY<br>ATLANTA, GA 30327 |
| CREDITOR ID: 263411-12<br>TRAIL PLAZA<br>C/O URBAN RETAIL PROPERTIES CO<br>706 KIRKWOOD MALL<br>BISMARK, ND 58504 | CREDITOR ID: 407766-15<br>TRANSAMERICA LIFE INSURANCE CO<br>C TIMOTHY CORCORAN III, PA<br>ATTN C TIMOTHY CORCORAN III, ESQ<br>400 N ASHLEY DRIVE, SUITE 2540<br>TAMPA FL 33602 | CREDITOR ID: 407766-15<br>TRANSAMERICA LIFE INSURANCE CO<br>C/O AEGON USA REALTY ADVISORS, INC<br>ATTN BILL SINDLINGER, VP & COUNSEL<br>4333 EDGEWOOD ROAD NE<br>CEDAR RAPIDS IA 52499-5220 |
| CREDITOR ID: 410970-15<br>TRUST NO 201 BY MAX D PUYANIC, TTEE<br>SAUL EWING LLP<br>ATTN JOYCE A KUHNS, ESQ<br>100 SOUTH CHARLES STREET, 15TH FLR<br>BALTIMORE MD 21201 | CREDITOR ID: 410970-15<br>TRUST NO 201 BY MAX D PUYANIC, TTEE<br>C/O COMMODORE REALTY INC, MG AGT<br>30 WEST MASHTA DRIVE, STE 400<br>KEY BISCAYNE FL 33149 | CREDITOR ID: 384402-47<br>TS PIERCE SC CO LTD<br>C/O SOUTHERN MANAGEMENT & DEV<br>PO BOX 11229<br>KNOXVILLE, TN 37939 |
| CREDITOR ID: 1951-07<br>TUNICA VILLAGE PARTNERSHIP<br>C/O ACADIAN MANAGEMENT<br>ATTN BARBARA KIZER, OWNER<br>PO BOX 1268<br>MADISONVILLE, LA 70447 | CREDITOR ID: 384404-47<br>TYRONE GARDENS LLC<br>SCOTT ROSS<br>1825 MAIN STREET SUITE 105<br>WESTON, FL 33326 | CREDITOR ID: 410915-15<br>UNUM LIFE INSURANCE CO OF AMERICA<br>C/O THOMPSON & KNIGHT LLP<br>ATTN LESLEY C ARDEMAGNI, ESQ<br>1700 PACIFIC AVENUE, SUITE 3300<br>DALLAS TX 75201 |
| CREDITOR ID: 403475-99<br>VALLEYDALE ASSOCIATES LTD<br>C/O LAFLEUR LAW FIRM<br>ATTN: NINA LAFLEUR<br>PO BOX 861128<br>ST AUGUSTINE FL 32086 | CREDITOR ID: 403475-99<br>VALLEYDALE ASSOCIATES LTD<br>C/O SPAIN & GILLON LLC<br>ATTN WALTER F MCARDLE, ESQ<br>THE ZINSZER BLDG<br>217 SECOND AVENUE NORTH<br>BIRMINGHAM AL 35203 | CREDITOR ID: 2644-07<br>VALLEYDALE ASSOCIATES, LTD<br>2117 SECOND AVE<br>PO BOX 12767<br>BIRMINGHAM AL 35202-2767 |

**SERVICE LIST**

**Order Sustaining Debtors' Twenty-Sixth Omnibus
Objection to Claims Arising From Unexpired Leases of
Non-Residential Real Property (I) That Have Been
Assumed, (II) That Have Been Assumed and Assigned or
(III) That are Subject of Lease Termination Agreements**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                         **CASE:   05-03817-3F1**

CREDITOR ID: 406046-15
VENETIA VILLAGE
ATTN PAT JOHNSON/RICHARD STOCKTON
5513 ROOSEVELT BOULEVARD, PMB 225
JACKSONVILLE FL 32244

CREDITOR ID: 264055-12
VENETIA VILLAGE CENTER
C/O SOUTHEAST LEASING & MGMT
1620 HENDRICKS AVE
JACKSONVILLE, FL 32207

CREDITOR ID: 264132-12
VICTORY BERRYLAND LLC
VICTORY COMM REAL ESTATE INC
PO BOX 4767
COLUMBUS, GA 31914

CREDITOR ID: 264134-12
VICTORY COLDWATER PLAZA, LLC
506 MANCHESTER EXPRESSWAY, SUITE B5
COLUMBUS, GA 31904

CREDITOR ID: 264139-12
VICTORY GRETNA LLC
506 MANCHESTER EXPRESSWAY, SUITE B5
COLUMBUS, GA 31904

CREDITOR ID: 264141-12
VICTORY KENNER, LLC
506 45TH STREET SUITE B-5
COLUMBUS, GA 31904

CREDITOR ID: 264146-12
VICTORY RIVER SQUARE, LLC
PO BOX 4767
COLUMBUS, GA 31904

CREDITOR ID: 264148-12
VICTORY SAKS PLAZA, LLC
506 MANCHESTER EXPRESSWAY, SUITE B5
COLUMBUS, GA 31904

CREDITOR ID: 264150-12
VICTORY THREE NOTCH PLAZA, LLC
506 MANCHESTER EXPRESSWAY, SUITE B5
COLUMBUS, GA 31904

CREDITOR ID: 1972-07
VIGOUROUX DEVELOPMENT CO, LLC
C/O FOSHEE REALTY COMPANY, INC
ATTN MARY A JORDAN, PROPERTY MGR
ROBERT TURNER JR, AUTH AGENT
51 TACON STREET, STE B
MOBILE, AL 36607

CREDITOR ID: 410517-15
VILLAGE AURORA I, LLC
C/O SIZELER REAL ESTATE MGMT CO INC
ATTN TRACEY T TARLETON, ESQ
2542 WILLIAMS BLVD
KENNER LA 70062

CREDITOR ID: 416243-15
VILLAGE MARKETPLACE OF HAW RIVER
C/O KENNEDY COVINGTON LOBDELL ET AL
ATTN LAWRENCE E BEHNING, ESQ
214 N TRYON STREET, 47TH FLOOR
CHARLOTTE NC 28202

CREDITOR ID: 410857-15
VILLAGE ON WHITESBURG, LLC
C/O JOHNSTON MOORE MAPLES ET AL
ATTN STUART M MAPLES, ESQ
400 MERIDIAN STREET, SUITE 301
HUNTSVILLE AL 35801

CREDITOR ID: 408366-15
VILLAGE ROYALE PROPERTIES LLC
C/O BENESCH FRIEDLANDER ET AL
ATTN DAVID M NEUMANN, ESQ
200 PUBLIC SQUARE, 2300 BP TOWER
CLEVELAND OH 44114

CREDITOR ID: 410548-15
VOW, LLC
C/O WALSTON WELLS ANDERSON ET AL
ATTN C ELLIS BRAZEAL, III, ESQ.
1819 5TH AVENUE NORTH, SUITE 1100
BIRMINGHAM AL 35203

CREDITOR ID: 264351-12
WALKER LA COMMERCIAL
PROPERTIES DEVELOPMENT CO LLC
ATTN C MORTON OR C MARTIN ESQ
5630 BANKERS AVENUE
BATON ROUGE, LA 70808

CREDITOR ID: 264351-12
WALKER LA COMMERCIAL
C/O ALSTON & BIRD LLP
ATTN PAUL SILVERMAN, ESQ
90 PARK AVENUE
NEW YORK NY 10016

CREDITOR ID: 2660-07
WATKINS INVESTMENTS, LP
ATTN LAWENCE A WATKINS, PRES
751 CHAMPAGNE ROAD
INCLINE VILLAGE NV 89451

CREDITOR ID: 2660-07
WATKINS INVESTMENTS, LP
C/O SHAW GUSSIS FISHMAN ET AL
ATTN BRIAN SHAW & ALLEN GUON, ESQS
321 N CLARK STREET, SUITE 800
CHICAGO IL 60610

CREDITOR ID: 2662-07
WAYNESVILLE SHOPPING CENTER, LLC
C/O RONALD L HOOKER
435 OVERLOOK DRIVE
MAGGIE  VALLEY NC 28751

CREDITOR ID: 2662-07
WAYNESVILLE SHOPPING CENTER, LLC
C/O JOHNSON, HEARN, VINEGAR, ET AL
ATTN JEAN WINBORNE BOYLES, ESQ
TWO HANNOVER SQUARE, SUITE 2200
RALEIGH NC 27601

CREDITOR ID: 410760-15
WD HILLARD, LLC
C/O SEYFARTH SHAW, LLP
ATTN SARA E LORBER, ESQ
131 SOUTH DEARBORN STREET, STE 2400
CHICAGO IL 60603

CREDITOR ID: 410760-15
WD HILLARD, LLC
C/O KAMIN REALTY CO
ATTN DANIEL G KAMIN, MGR
490 SOUTH HIGHLAND AVE
PITTSBURGH PA 15206

CREDITOR ID: 411024-99
WD JACKSONVILLE TRUST
RIKER DANZIG SCHERER ET AL
ATTN MORRISON/TILTON/SPONDER, ESQS
HEADQUARTERS PLAZA
ONE SPEEDWELL AVENUE
MORRISTOWN NJ 07962

CREDITOR ID: 410802-15
WD MARIANNA PORTFOLIO, LP
C/O H&R REIT
ATTN MORGAN BERRY
3625 DUFFERIN ST, SUITE 500
TORONTO ON ON M5K 1N4
CANADA

CREDITOR ID: 410802-15
WD MARIANNA PORTFOLIO, LP
C/O JENKENS & GILCHRIST PC
ATTN MICHAEL S HELD, ESQ
1445 ROSS AVENUE, STE 3700
DALLAS TX 75202

CREDITOR ID: 1693-07
WEIGEL, PATRICIA OR MARSHALL TTEES
WEIGEL FAMILY REV TRUST
C/O JEFFREY NIMZ, ESQ
20 N WACKER DRIVE, STE 1725
CHICAGO IL 60606

SERVICE LIST

**Order Sustaining Debtors' Twenty-Sixth Omnibus
Objection to Claims Arising From Unexpired Leases of
Non-Residential Real Property (I) That Have Been
Assumed, (II) That Have Been Assumed and Assigned or
(III) That are Subject of Lease Termination Agreements**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                     **CASE:    05-03817-3F1**

CREDITOR ID: 403489-15
WEINACKER'S SHOPPING CENTER LLC
ATTN BA FRIEDMAN / S G WEINACKER
3809 CLARIDGE ROAD NORTH
MOBILE AL 36608

CREDITOR ID: 1999-07
WEINGARTEN REALTY INVESTORS
ATTN JENNY HYUN, ESQ.
2600 CITADEL PLAZA DRIVE
HOUSTON TX 77008

CREDITOR ID: 407594-15
WEST TOWN CORNERS
C/O SIMON PROPERTY GROUP
LEGAL COLLECTIONS
ATTN PATTY SUMMERS (TROPEPE)
115 W WASHINGTON STREET
INDIANAPOLIS IN 46204

CREDITOR ID: 264701-12
WESTWOOD SQUARE LTD
ATTN THENA GUNN, GENERAL MGR
ROBERT M BUCHANAN JR
PO BOX 1248
JACKSON, MS 39215-1248

CREDITOR ID: 407704-15
WIAB PROPERTIES, LLC
C/O MAYNARD COOPER & GALE, PC
ATTN MATTHEW W GRILL, ESQ
1901 SIXTH AVENUE NORTH, SUITE 2400
BIRMINGHAM AL 35203

CREDITOR ID: 407487-99
WILMINGTON TRUST CO/WADE, WJ, TTEES
SOUTHLAND-AMITE WD DEL BUS TRUST
C/O NEAL BERGER EISENBERG LLP
ATTN THOMAS C WOLFORD, ESQ
2 NORTH LASALLE ST, STE 2300
CHICAGO IL 60602

CREDITOR ID: 407469-99
WILMINGTON TRUST COMPANY, TTEE
SOUTHLAND-ANDERSON WD DEL BUS TRUST
C/O NEAL GERBER & EISENBERG LLP
ATTN THOMAS C WOLFORD, ESQ
2 NORTH LASALLE ST, STE 2300
CHICAGO IL 60602

CREDITOR ID: 264937-12
WINDSOR STATION LLC
C/O PHILLIPS EDISON & CO, LTD
ATTN R MARK ADDY, MANAGING AGT
11690 GROOMS ROAD
CINCINNATI, OH 45242

CREDITOR ID: 1115-07
YORK, BENNETT V
C/O BENNETT, LOTTERHOS, SULSER & WILSON
ATTN MARCUS M WILSON, ESQ
PO BOX 98
JACKSON MS 39205-0098

CREDITOR ID: 1115-07
YORK, BENNETT V
C/O SOUTHGATE REALTY, LLC
PO BOX 16615
HATTIESBURG MS 39402

CREDITOR ID: 410597-15
ZEPHYR HILLS LAND TRUST
PACHULSKI STANG ZIEHL ET AL
ATTN ROBERT J FEINSTEIN, ESQ
780 THIRD AVENUE, 36TH FLR
NEW YORK NY 10017

CREDITOR ID: 407527-15
ZIONS FIRST NATIONAL BANK
ATTN ANGELA STEPHENSON
DEPARTMENT 232-K5
PO BOX 30709
SALT LAKE CITY UT 84130

**Total:   363**

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    )      Case No. 05-03817-3F1
                                          )
WINN-DIXIE STORES, INC., et al.,  )      *Chapter 11*
                                          )
Debtors. [1]                            )      Jointly Administered
                                          )

### ORDER SUSTAINING DEBTORS' TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS ARISING FROM UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY (I) THAT HAVE BEEN ASSUMED, (II) THAT HAVE BEEN ASSUMED AND ASSIGNED, OR (III) THAT ARE THE SUBJECT OF LEASE TERMINATION AGREEMENTS

These cases came before the Court for hearing on November 30, 2006, upon the Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibits A through D (collectively, the "Lease Claims"). Several formal and informal responses to the Objection were filed or raised (collectively, the "Unresolved Responses"), as a result of which the Debtors have agreed to continue the Objection with respect to the claims listed on Exhibit 1, which claims have been removed from Exhibits A through D. Upon consideration, it is

ORDERED AND ADJUDGED:

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

1.     The Objection is sustained.

2.     The Fixed Assumed Lease Claims listed on Exhibit A shall be reclassified and treated as Administrative Claims fixed in the amounts set forth on Exhibit A, and shall be disallowed to the extent they exceed the approved cure amounts.

3.     The Pending Assumed Lease Claims listed on Exhibit B shall be reclassified and treated as Administrative Claims to the extent such claims represent components of cure amounts to be approved by order of this Court, and shall be disallowed to the extent they exceed such cure amounts.

4.     The Assigned Lease Claims listed on Exhibit C shall be disallowed.

5.     The Terminated Lease Claims listed on Exhibit D shall be disallowed.

6.     Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order is deemed a separate Order with respect to each claim.  Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

7. Neither the Objection nor any disposition of the Lease Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

8. This Order is without prejudice to the Debtors' right to file any further objection they may have to the Lease Claims, including objections on the ground that a Lease Claim was filed against the incorrect Debtor or that the Debtor against which the Lease Claim was filed should be modified.

Dated this 30 day of November, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

00548178.DOC

3

**EXHIBIT 1**

Case 3:05-bk-03817-JAF Document 12908 Filed 11/00/2006 Page 5 of 5
Case 3:05-bk-03817-JAF Document 12908 Filed 11/00/2006 Page 22 of 93

Page 1 of 1
11/30/2006

**WINN-DIXIE STORES, INC., ET AL.**
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT 1 - ADJOURNED CLAIMS

| Creditor Name | Claim No. | Exhibit |
|---|---|---|
| BEACHWALK CENTRE II, LLC | 7357 | EXHIBIT B |
| BEACHWALK CENTRE II, LLC | 7358 | EXHIBIT B |
| CRESTVIEW, LLC | 7360 | EXHIBIT B |
| CRESTVIEW, LLC | 7359 | EXHIBIT B |
| EVANGELINE LIFE INSURANCE CO | 8779 | EXHIBIT A |
| EVANGELINE LIFE INSURANCE CO | 8778 | EXHIBIT A |
| GARDENS PARK PLAZA  219 | 11551 | EXHIBIT B |
| GARDENS PARK PLAZA, LTD | 4968 | EXHIBIT B |
| HERITAGE PROPERTY INVESTMENT LP | 11252 | EXHIBIT B |
| INLAND SOUTHEAST COUNTRYSIDE LP | 11030 | EXHIBIT C |
| KAMIN, DANIEL G | 9635 | EXHIBIT A |
| KAMIN, DANIEL G | 9634 | EXHIBIT A |
| KIMCO DELAWARE, INC | 9929 | EXHIBIT A |
| KIMCO DEVELOPMENT CORP | 31067 | EXHIBIT B |
| KJUMP INC | 31073 | EXHIBIT A |
| KONRAD, GORDON K | 10792 | EXHIBIT B |
| MCW-RC FL HIGHLANDS, LLC | 9959 | EXHIBIT D |
| MERCHANTS SQUARE INVESTMENTS, LLC | 11802 | EXHIBIT C |
| RILEY PLACE LLC | 7356 | EXHIBIT B |
| RILEY PLACE LLC | 7355 | EXHIBIT B |
| SARRIA ENTERPRISES, INC | 8468 | EXHIBIT B |
| SELMA HWY 80 VENTURE 11 | 7309 | EXHIBIT B |
| SHADES CREEK PARTNERS | 6638 | EXHIBIT A |
| SHADES CREEK PARTNERS | 2584 | EXHIBIT A |
| TA/WESTERN LLC | 8715 | EXHIBIT C |
| TED GLASRUD ASSOCIATES INC | 3451 | EXHIBIT A |
| WALKER LA COMMERCIAL | 3897 | EXHIBIT D |
| **Total Claims:** | **27** | |

**EXHIBIT A**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 241233**<br>11010 SEVENTH AVE INVESTMENTS<br>C/O 11010 LAND COMPANY LLC<br>ATTN SALOMON GOLD<br>PO BOX 601551<br>CHARLOTTE, NC 28260-1551 | 30023<br>Debtor: **WINN-DIXIE STORES, INC.** | $21,853.20 | $21,853.20 | CURE AMOUNT FOR STORE 233 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 996**<br>1954 UNIONPORT ASSOCIATES, LLC<br>C/O ECKSTEIN PROPERTIES<br>ATTN S ECKSTEIN, MANAGING MEMBER<br>60 BOARD STREET<br>NEW YORK, NY 10004 | 12922<br>Debtor: **WINN-DIXIE STORES, INC.** | $7,290.67 | $7,290.67 | CURE AMOUNT FOR STORE 174 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 241239**<br>1980 UNIONPORT ASSOCIATES LLC<br>C/O GOLDSTEIN COMMERCIAL PROPERTY<br>ATTN LINDA GOLDSTEIN, MGR<br>3753-1 CARDINAL POINT DRIVE<br>JACKSONVILLE, FL 32257 | 932<br>Debtor: **WINN-DIXIE STORES, INC.** | $12,244.54 | $12,244.54 | CURE AMOUNT FOR STORE 72 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 241247**<br>2525 EAST HILLSBOROUGH AVE LLC<br>PO BOX 530496<br>ATLANTA, GA 30353-0496 | 30025<br>Debtor: **WINN-DIXIE STORES, INC.** | $47,259.71 | $6,599.75 | CURE AMOUNT FOR STORE 2659 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 241285**<br>99 EGLIN LTD<br>ATTN MARK PORTER, DIRECTOR<br>PO BOX 1735<br>DESTIN, FL 32540<br><br>Counsel: ATTN JOHN R DOWD, ESQ | 7325<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $281,430.00 | $31,606.51 | REDUCED TO $26,306.29 BY 8/31/06 SIXTEENTH OMNIBUS CLAIMS OBJECTION ORDER AND BY 10/3/06 ORDER CORRECTING 10/31/06 SIXTEENTH OMNIBUS CLAIMS OBJECTION ORDER. CURE AMOUNT FOR STORE 566 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 241286**<br>99 ELGIN LTD<br>ATTN MARK PORTER, DIRECTOR<br>PO BOX 1735<br>DESTIN, FL 32540<br><br>Counsel: ATTN JOHN R DOWD, ESQ | 7324<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $5,300.22 | $0.00 | CURE AMOUNT FOR STORE 566 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 7325 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| Creditor Id: 241477<br>ACADIAN MANAGEMENT<br>ATTN BARBARA KIZER, OWNER<br>PO BOX 1268<br>MADISONVILLE, LA 70447-9998 | 2100<br>Debtor: WINN-DIXIE STORES, INC. | $5,414.35 | $9,958.91 | CURE AMOUNT FOR STORE 1572 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 407791<br>ACORN ASSOCIATES, INC<br>ATTN EDWARD PEARLSTEIN, VP<br>140 GLENLAWN AVENUE<br>SEA CLIFF NY 11579 | 5654<br>Debtor: WINN-DIXIE STORES, INC. | $12,018.37 | $12,018.37 | CURE AMOUNT FOR STORE 2229 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 452151<br>AIB DELTONA INC<br>ATTN ANNELIE MENKE, ESQ<br>1980 POST OAK BLVD, SUITE 720<br>HOUSTON TX 77056<br><br>Counsel: ATTN ROBERT D WILCOX, ESQ | 13265<br>Debtor: WINN-DIXIE STORES, INC. | $11,043.68 | $11,043.68 | CURE AMOUNT FOR STORE 2313 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 452151<br>AIB DELTONA INC<br>ATTN ANNELIE MENKE, ESQ<br>1980 POST OAK BLVD, SUITE 720<br>HOUSTON TX 77056<br><br>Counsel: ATTN ROBERT D WILCOX, ESQ | 13317<br>Debtor: WINN-DIXIE STORES, INC. | $5,391,831.50 | $0.00 | CURE AMOUNT FOR STORE 2313 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 13265 (DKT NO. 12183). |
| Creditor Id: 410534<br>ALBION PACIFIC PROP RESOURCES, LLC<br>ATTN MARIA AHEDO<br>1438 GOWER STREET, BLDG 42, STE 401<br>BOX 11<br>LOS ANGELES CA 90028<br><br>Counsel: ATTN I M GOLD/N B WARANOFF | 10913<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $0.00 | $29,863.60 | CURE AMOUNT FOR STORE 500 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 410534<br>ALBION PACIFIC PROP RESOURCES, LLC<br>ATTN MARIA AHEDO<br>1438 GOWER STREET, BLDG 42, STE 401<br>BOX 11<br>LOS ANGELES CA 90028<br><br>Counsel: ATTN I M GOLD/N B WARANOFF | 10914<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | $0.00 | CURE AMOUNT FOR STORE 500 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 10913 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| Creditor Id: 410891<br>ALLIED CAPITAL CORPORATION<br>ATTN MICHAEL F LOCRAFT, VP<br>1919 PENNSYLVANIA AVENUE<br>WASHINGTON DC 20006<br><br>Counsel: ATTN G CROSS & H FOLEY, ESQS | 10003<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | $8,196.10 | CURE AMOUNT FOR STORE 1559 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 410891<br>ALLIED CAPITAL CORPORATION<br>ATTN MICHAEL F LOCRAFT, VP<br>1919 PENNSYLVANIA AVENUE<br>WASHINGTON DC 20006<br><br>Counsel: ATTN G CROSS & H FOLEY, ESQS | 10004<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | $0.00 | CURE AMOUNT FOR STORE 571 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 1500 FILED BY LANDLORD (DKT NO. 12183). |
| Creditor Id: 410891<br>ALLIED CAPITAL CORPORATION<br>ATTN MICHAEL F LOCRAFT, VP<br>1919 PENNSYLVANIA AVENUE<br>WASHINGTON DC 20006<br><br>Counsel: ATTN G CROSS & H FOLEY, ESQS | 10005<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | $0.00 | CURE AMOUNT FOR STORE 1854 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 13383 FILED BY LANDLORD (DKT NO. 12183). |
| Creditor Id: 410852<br>AMERICAN FEDERAL PROPERTIES, LTD<br>ATTN ELI SLEIMAN JR, TREASURY<br>1 SLEIMAN PARKWAY, SUITE 210<br>JACKSONVILLE FL 32216-8046 | 9890<br>Debtor: WINN-DIXIE STORES, INC. | $9,737.10 | $9,737.10 | CURE AMOUNT FOR STORE 195 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 417090<br>AMERICAN PAPER BOX COMPANY INC<br>ATTN LINDA RICH / JOSEPH J TAVIS<br>17 HOPEWELL FARM ROAD<br>NATICK MA 01760<br><br>Counsel: ATTN SUSAN SIMONE, ESQ | 12877<br>Debtor: WINN-DIXIE STORES, INC. | $10,587.11 | $10,587.11 | CURE AMOUNT FOR STORE 2367 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 242886<br>AZALEA MANAGEMENT AND LEASING<br>PO BOX 9527<br>ASHEVILLE, NC 28815 | 30178<br>Debtor: WINN-DIXIE STORES, INC. | $12,223.58 | $12,223.58 | CURE AMOUNT FOR STORE 2206 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A**
**CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE**
**PRIORITY IN AMOUNTS FIXED BY COURT ORDER**

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 242887**<br>AZALEA MGT & LEASING INC<br>PO BOX 9527<br>ASHVILLE, NC 28815 | 30179<br>Debtor: **WINN-DIXIE STORES, INC.** | $904.02 | $0.00 | CURE AMOUNT FOR STORE 2206 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 30178 (DKT NO. 12183). |
| **Creditor Id: 2069**<br>BED ALABAMA LLC<br>ATTN BYRAM DICKES, OWNER<br>1200 CENTRAL AVENUE, SUITE 306<br>WILMETTE IL 60091 | 1500<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $0.00 | $10,923.78 | CURE AMOUNT FOR STORE 571 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 243236**<br>BEIL PROPERTIES INC<br>ATTN WALTER BEIL<br>247 OCEAN VIEW<br>NEWPORT BEACH CA 92663 | 3835<br>Debtor: **WINN-DIXIE STORES, INC.** | $6,071.86 | $29,083.80 | CURE AMOUNT FOR STORE 166 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 408349**<br>BELLOTTO PROPERTIES, LLC<br>C/O HOLLAND & KNIGHT, LLP<br>ATTN NOEL R BOEKE, ESQ<br>PO BOX 1288<br>TAMPA FL 33601-1288 | 7822<br>Debtor: **WINN-DIXIE STORES, INC.** | $497,000.00 | $0.00 | CURE AMOUNT FOR STORE 2320 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 7823 (DKT NO. 12183). |
| **Creditor Id: 408349**<br>BELLOTTO PROPERTIES, LLC<br>C/O HOLLAND & KNIGHT, LLP<br>ATTN NOEL R BOEKE, ESQ<br>PO BOX 1288<br>TAMPA FL 33601-1288 | 7823<br>Debtor: **WINN-DIXIE STORES, INC.** | $10,310.00 | $12,773.49 | CURE AMOUNT FOR STORE 2320 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 243718**<br>BOGALUSA SHOPPING CENTER CO<br>C/O JW PROPERTIES<br>ATTN CHARLES M CASSIDY<br>PO BOX 16146<br>MOBILE, AL 36616-0146 | 33289<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $20,573.23 | $20,573.23 | CURE AMOUNT FOR STORE 1452 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 397239**<br>BONAIRE 99-GA LLC<br>C/O TAMPOSI COMPANY<br>20 TRAFALGAR SQUARE STE 602<br>NASHUA  NH  03063 | 13383<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $8,238.56 | $7,141.32 | CURE AMOUNT FOR STORE 1854 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 243998**<br>BRIGHT-MEYERS DUBLIN ASSOCS, LP<br>C/O MILLER & MARTIN PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 60<br>ATLANTA GA 30309-7706<br><br>Counsel: ATTN CATHERINE A HARRISON, ESQ | 10837<br>Debtor: **WINN-DIXIE STORES, INC.** | $2,777,319.45 | $0.00 | CURE AMOUNT FOR STORE 1812 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 10838 (DKT NO. 12183). |
| **Creditor Id: 243998**<br>BRIGHT-MEYERS DUBLIN ASSOCS, LP<br>C/O MILLER & MARTIN PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 60<br>ATLANTA GA 30309-7706<br><br>Counsel: ATTN CATHERINE A HARRISON, ESQ | 10838<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $2,777,319.45 | $37,247.76 | CURE AMOUNT FOR STORE 1812 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 1152**<br>BW DIX INC<br>C/O DAVID NOVAK, TREASURER<br>849 20TH STREET<br>VERO BEACH, FL  32960 | 13176<br>Debtor: **WINN-DIXIE STORES, INC.** | $8,609.47 | $15,219.46 | CURE AMOUNT FOR STORE 2343 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 244248**<br>BW TREASURE, INC<br>C/O DAVID NOVAK, TREAS<br>849 20TH STREET<br>VERO BEACH, FL  32960 | 3190<br>Debtor: **WINN-DIXIE STORES, INC.** | $18,912.99 | $0.00 | CURE AMOUNT FOR STORE 2366 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 244251**<br>BY-PASS PARTNERSHIP<br>ATTN ANDRE G COUDRAIN ESQ<br>PO BOX 1075<br>HAMMOND, LA  70404-1075 | 11299<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $326,040.00 | $4,942.70 | CURE AMOUNT FOR STORE 1558 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A**
**CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE**
**PRIORITY IN AMOUNTS FIXED BY COURT ORDER**

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id:  410924**<br>C/WD OF JAX, INC<br>ATTN JANE C BOCKEL, PRES<br>10563 JAMES WREN WAY<br>FAIRFAX  VA  22030 | 10093<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | $0.00 | CURE AMOUNT FOR STORE 37 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN AMENDING CLAIM NUMBER 13478 (DKT NO. 12183). |
| **Creditor Id:  410924**<br>C/WD OF JAX, INC<br>ATTN JANE C BOCKEL, PRES<br>10563 JAMES WREN WAY<br>FAIRFAX  VA  22030 | 13478<br>Debtor: **WINN-DIXIE STORES, INC.** | $4,957.12 | $4,957.12 | CURE AMOUNT FOR STORE 37 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id:  410969**<br>CALIFORNIA CLUB MALL SHOPPING CENTER, LTD<br>C/O MORGAN LEWIS & BOCKIUS, LLP<br>ATTN NEIL E HERMAN ESQ<br>101 PARK AVENUE<br>NEW YORK  NY  10178 | 10325<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | $1,172.84 | CURE AMOUNT FOR STORE 357 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id:  244473**<br>CAPITAL PROPERTIES ASSOCIATES<br>ATTN CHARLES W WEST, MGR<br>PO BOX 2169<br>TUSCALOOSA  AL  35403 | 273<br>Debtor: **WINN-DIXIE STORES, INC.** | $23,520.40 | $34,373.88 | CURE AMOUNT FOR STORE 526 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id:  244681**<br>CARR FARMS, LLP<br>ATTN C H CARR AND BARRY D CARR<br>DEENA PLAIRE-HAAS<br>3199 PALMYRA ROAD<br>ALBANY GA 31707<br><br>Counsel: ATTN DEENA PLAIRE-HAAS, ESQ | 1753<br>Debtor: **WINN-DIXIE STORES, INC.** | $53,821.15 | $0.00 | REDUCED TO $50,232.92 BY 6/29/06 TWELFTH OMNIBUS CLAIMS OBJECTION ORDER - CURE AMOUNT FOR STORE 110 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN AMENDING CLAIM NUMBER 13315 (DKT NO. 12183). |
| **Creditor Id:  244681**<br>CARR FARMS, LLP<br>ATTN C H CARR AND BARRY D CARR<br>DEENA PLAIRE-HAAS<br>3199 PALMYRA ROAD<br>ALBANY GA 31707<br><br>Counsel: ATTN DEENA PLAIRE-HAAS, ESQ | 13315<br>Debtor: **WINN-DIXIE STORES, INC.** | $57,025.66 | $57,025.66 | CURE AMOUNT FOR STORE 110 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 2131**<br>CHESTER DIX CRAWFORDVILLE CORPORATI<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590<br><br>Counsel: ATTN EDWIN WHELD JR, ESQ | 7900<br>Debtor: WINN-DIXIE STORES, INC. | $45,167.20 | $9,319.88 | CURE AMOUNT FOR STORE 186 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 2132**<br>CHESTER DIX CRESCENT CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590<br><br>Counsel: ATTN EDWIN WHELD JR, ESQ | 7899<br>Debtor: WINN-DIXIE STORES, INC. | $52,029.91 | $10,380.10 | CURE AMOUNT FOR STORE 196 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 2136**<br>CHESTER DIX LABELLE CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590<br><br>Counsel: ATTN EDWIN WHELD JR, ESQ | 7897<br>Debtor: WINN-DIXIE STORES, INC. | $53,397.59 | $14,554.91 | CURE AMOUNT FOR STORE 721 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 2139**<br>CHESTER DIX WAUCHULA CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590<br><br>Counsel: ATTN EDWIN WHELD JR, ESQ | 7898<br>Debtor: WINN-DIXIE STORES, INC. | $51,777.75 | $8,894.84 | CURE AMOUNT FOR STORE 667 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 2140**<br>CHESTER DIX WILLISTON CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590<br><br>Counsel: ATTN EDWIN WHELD JR, ESQ | 7896<br>Debtor: WINN-DIXIE STORES, INC. | $50,020.15 | $8,293.87 | CURE AMOUNT FOR STORE 171 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 411126**<br>CLEVELAND MARKETPLACE, LTD<br>PO BOX 1806<br>GREENVILLE SC 29602 | 11122<br>Debtor: **WINN-DIXIE STORES, INC.** | $81,833.41 | $71,662.54 | CURE AMOUNT FOR STORE 741 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Counsel: ATTN SEANN GRAY TZOUVELEKAS, ESQ | | | | |
| **Creditor Id: 1210**<br>COLUMBIA MARKETPLACE LLC<br>C/O REGENCY PROPERTY SERVICES<br>ATTN JEFF HOWELL, DIR OF PROP MGMT<br>330 CROSS POINTE BOULEVARD<br>EVANSVILLE, IN 47715 | 8862<br>Debtor: **WINN-DIXIE STORES, INC.** | $312,589.68 | $0.00 | CURE AMOUNT FOR STORE 1534 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 8861 (DKT NO. 12183). |
| Counsel: ATTN BRADLEY J SALMON, ESQ | | | | |
| **Creditor Id: 246681**<br>COLUMBIA MARKETPLACE LLC<br>C/O REGENCY PROPERTY SERVICES<br>ATTN JEFF HOWELL, PROP MGMT DIR<br>330 CROSS POINTE BOULEVARD<br>EVANSVILLE, IN 47715 | 8861<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $312,589.68 | $56,888.79 | CURE AMOUNT FOR STORE 1534 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Counsel: ATTN BRADLEY J SALMON, ESQ | | | | |
| **Creditor Id: 423063**<br>COMMONWEALTH FOREST EDGE, LLC<br>C/O SAUL EWING, LLP<br>ATTN JOYCE A KUHNS, ESQ<br>500 EAST PRATT STREET<br>BALTIMORE MD 21202 | 12966<br>Debtor: **WINN-DIXIE STORES, INC.** | $10,927.59 | $10,927.59 | CURE AMOUNT FOR STORE 2323 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 8/18/06 (DKT NO. 12180). |
| **Creditor Id: 2163**<br>CORPORATE PROPERTY ASSOCS 9, LP<br>C/O WP CAREY & CO, LLC<br>ATTN THOMAS LEWIS, VP<br>50 ROCKEFELLER PLAZA<br>NEW YORK NY 10020 | 10133<br>Debtor: **WINN-DIXIE STORES, INC.** | $129,250.50 | $0.00 | CURE AMOUNT FOR STORE 518 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 10135 (DKT NO. 12183). |
| Counsel: ATTN ALAN J LIPKIN, ESQ | | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A**
**CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE**
**PRIORITY IN AMOUNTS FIXED BY COURT ORDER**

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 2163**<br>CORPORATE PROPERTY ASSOCS 9, LP<br>C/O WP CAREY & CO, LLC<br>ATTN THOMAS LEWIS, VP<br>50 ROCKEFELLER PLAZA<br>NEW YORK NY 10020 | 10136<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $129,250.50 | $1,597.17 | CURE AMOUNT FOR STORE 518 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Counsel: ATTN ALAN J LIPKIN, ESQ | | | | |
| **Creditor Id: 1224**<br>COUNTRY CLUB CENTRE LLC<br>CO RETAIL MANAGEMENT GROUP INC<br>ATTN JULIE BEALL, COO<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-1036 | 1224<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $1,604,651.05 | $8,870.83 | CURE AMOUNT FOR STORE 464 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Counsel: ATTN JEFFERY J HARTLEY, ESQ | | | | |
| **Creditor Id: 407681**<br>CROSSINGS OF ORLANDO, LTD<br>C/O COURTELIS COMPANY<br>ATTN V STOSIK/WD PITTS, PRES<br>703 WATERFORD WAY, SUITE 800<br>MIAMI FL 33126 | 4977<br>Debtor: **WINN-DIXIE STORES, INC.** | $23,566.93 | $23,566.93 | CURE AMOUNT FOR STORE 2392 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Counsel: ATTN C LONSTEIN & A SCHAEFFER, ESQS | | | | |
| **Creditor Id: 1238**<br>CRYSTAL LAKE AT ORLANDO<br>C/O REALVEST PARTNERS INC<br>ATTN ROBERT A LEVY, MEMBER<br>2200 LUCIEN WAY, SUITE 350<br>MAITLAND, FL 32751-7019 | 10091<br>Debtor: **WINN-DIXIE STORES, INC.** | $29,035.73 | $21,338.66 | REDUCED TO $21,338.66 BY 4/20/06 SEVENTH OMNIBUS CLAIMS OBJECTION ORDER. CURE AMOUNT FOR STORE 2288 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 383163**<br>CVS EGL OVERSEAS MARATHON FL, LLC<br>C/O SAUL EWING LLP<br>ATTN MARK MINUTI, ESQ<br>222 DELAWARE AVE, STE 1200<br>PO BOX 1266<br>WILMINGTON DE 19899 | 8777<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | $0.00 | CURE AMOUNT FOR STORE 267 DETERMINED BY 10/25/06 ASSUMPTION ORDER (DKT NO. 12141). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id:** 411164<br>CWCAPITAL ASSET MGT SERIES 2001-C2<br>HOLDERS OF SALOMON BROTHERS MTG<br>C/O VENABLE LLP<br>ATTN G CROSSH FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 11224<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | $0.00 | CURE AMOUNT FOR STORE 52 DETERMINED BY 10/25/06 ASSUMPTION ORDER DATED 10/4/06 CLAIM NUMBER 31109 SCHEDULED FOR LANDLORD (DKT NO. 12183). |
| **Creditor Id:** 411174<br>CWCAPITAL ASSET MGMT, SERIES 1999C1<br>HOLDERS OF COMMERCIAL MORTGAGE<br>C/O VENABLE LLP<br>ATTN G CROSSM FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 11228<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | $0.00 | CURE AMOUNT FOR STORE 86 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 11547 FILED BY THE LANDLORD (DKT NO. 12183). |
| **Creditor Id:** 410600<br>DADE CITY LAND TRUST, SUCCESSOR<br>DILORENZO PROPERTIES CO COMPANY<br>C/O DILORENZO PROPERTIES COMPANY<br>ATTN MARC DILORENZO, TRUSTEE<br>720 FIFTH AVENUE, 14TH FLOOR<br>NEW YORK NY 10019-4107<br><br>Counsel: ATTN ROBERT J FEINSTEIN, ESQ | 9846<br>**Debtor:** WINN-DIXIE STORES, INC. | $68,784.74 | $79,083.11 | CURE AMOUNT FOR STORE 608 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id:** 1244<br>DALRAIDA PROPERTIES INC<br>ATTN JAMES W RUTLAND, JR PRESIDENT<br>PO BOX 230758<br>MONTGOMERY, AL 36123-0758 | 5592<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $15,663.69 | $0.00 | CURE AMOUNT FOR STORE 521 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN AMENDING CLAIM NUMBER 13392 (DKT NO. 12183). |
| **Creditor Id:** 1244<br>DALRAIDA PROPERTIES INC<br>ATTN JAMES W RUTLAND, JR PRESIDENT<br>PO BOX 230758<br>MONTGOMERY, AL 36123-0758 | 5593<br>**Debtor:** WINN-DIXIE STORES, INC. | $15,663.69 | $0.00 | CURE AMOUNT FOR STORE 521 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 13393 (DKT NO. 12183). |
| **Creditor Id:** 1244<br>DALRAIDA PROPERTIES INC<br>ATTN JAMES W RUTLAND, JR PRESIDENT<br>PO BOX 230758<br>MONTGOMERY, AL 36123-0758 | 13392<br>**Debtor:** WINN-DIXIE STORES, INC. | $22,889.75 | $0.00 | CURE AMOUNT FOR STORE 521 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 13393 (DKT NO. 12183). |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A**
**CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE**
**PRIORITY IN AMOUNTS FIXED BY COURT ORDER**

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 1244**<br>DALRAIDA PROPERTIES INC<br>ATTN JAMES W RUTLAND, JR PRESIDENT<br>PO BOX 230758<br>MONTGOMERY, AL 36123-0758 | 13393<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $22,889.75 | $15,663.69 | CURE AMOUNT FOR STORE 521 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 407741**<br>DBR ASSET MGMT, LLC AGENT FOR<br>IIIT WEST LLC<br>C/O GLATTER & ASSOCIATES PA<br>ATTN ERIC S GLATTER, ESQ<br>1489 WEST PALMETTO PARK RD, STE 420<br>BOCA RATON FL 33486 | 7892<br>Debtor: **WINN-DIXIE STORES, INC.** | $2,287.55 | $2,287.55 | CURE AMOUNT FOR STORE 729 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 1259**<br>DEFUNIAK SQUARE PARTNERS, LTD<br>C/O VALPARAISO REALTY CO<br>ATTN TERESA W FEDONCZAK<br>PO BOX 8<br>VALPARAISO, FL 32580-0008 | 7853<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $40,810.91 | $36,887.12 | CURE AMOUNT FOR STORE 577 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 247926**<br>DELNICE CORP NV<br>ATTN QUINZIO SPAGGIARI, PRESIDENT<br>PO BOX 016727<br>MIAMI, FL 33101<br><br>Counsel: ATTN JORDI GUSO, ESQ | 4039<br>Debtor: **WINN-DIXIE STORES, INC.** | $18,920.00 | $18,920.00 | CURE AMOUNT FOR STORE 2233 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 1265**<br>DELTONA ASSOC LTD<br>C/O BRUCE STRUMPF INC<br>314 S MISSOURI AVENUE, STE 305<br>CLEARWATER FL 33756<br><br>Counsel: ATTN JOEL L. TABAS, ESQ | 7937<br>Debtor: **WINN-DIXIE STORES, INC.** | $328,214.82 | $0.00 | CURE AMOUNT FOR STORE 2241 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 250438**<br>DEWRELL, GEORGE<br>ATTN RAY DEWRELL<br>PO BOX 642<br>FORT WALTON BEACH FL 32549 | 3154<br>Debtor: **WINN-DIXIE STORES, INC.** | $3,797.14 | $3,797.14 | CURE AMOUNT FOR STORE 541 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A**
**CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE**
**PRIORITY IN AMOUNTS FIXED BY COURT ORDER**

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 1277**<br>DUCKWORTH MORRIS REALTY, AGENT<br>FOR ESSEX SQUARE INVESTING<br>ATTN JOE B DUCKWORTH, PRESIDENT<br>PO BOX 1999<br>TUSCALOOSA  AL  35403-1999 | 13369<br>Debtor: **WINN-DIXIE STORES, INC.** | $6,325.42 | $6,325.42 | CURE AMOUNT FOR STORE 528 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 315756**<br>DUPUIS, CARL<br>PO BOX 1863<br>PANAMA CITY, FL  32402<br><br>Counsel: 456 HARRISON AVENUE | 7665<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | $0.00 | CURE AMOUNT FOR STORE 1513 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 7673 (DKT NO. 12183). |
| **Creditor Id: 315756**<br>DUPUIS, CARL<br>PO BOX 1863<br>PANAMA CITY, FL  32402<br><br>Counsel: 456 HARRISON AVENUE | 7673<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $0.00 | $4,062.73 | CURE AMOUNT FOR STORE 1513 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 2208**<br>ECM DEVELOPMENT, INC<br>PO BOX 468<br>NORTHPORT AL  35476<br><br>Counsel: ATTN W CAMERON PARSONS, ESQ | 9626<br>Debtor: **WINN-DIXIE STORES, INC.** | $9,044.91 | $9,044.91 | CURE AMOUNT FOR STORE 407 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 2208**<br>ECM DEVELOPMENT, INC<br>PO BOX 468<br>NORTHPORT AL  35476<br><br>Counsel: ATTN W CAMERON PARSONS, ESQ | 10882<br>Debtor: **WINN-DIXIE STORES, INC.** | $7,445.92 | $0.00 | CURE AMOUNT FOR STORE 407 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 9626 (DKT NO. 12183). |
| **Creditor Id: 407752**<br>EFESOS PROPERTIES NV INC &<br>ORION INVESTMENT & MNGMNT LTD CORP<br>C/O HINSHAW & CULBERTSON LLP<br>ATTN KENNETH G M MATHER, ESQ<br>100 SOUTH ASHLEY DR, STE 500<br>TAMPA FL 33602 | 9969<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | $4,557.09 | CURE AMOUNT FOR STORE 2281 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 1297**<br>ELFERS SQUARE CENTER INC<br>10912 N 56TH STREET<br>TEMPLE TERRACE FL 33617-3304<br><br>Counsel: ATTN ALBERTO F GOMEZ JR, ESQ | 11410<br>Debtor: **WINN-DIXIE STORES, INC.** | $227,870.85 | $30,804.09 | CURE AMOUNT FOR STORE 655 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 410596**<br>ENGLEWOOD LAND TRUST, SUCCESSOR<br>DILORENZO PROPERTIES COMPANY<br>C/O DILORENZO PROPERTIES COMPANY<br>ATTN MARC DILORENZO, TRUSTEE<br>720 FIFTH AVENUE, 14TH FL<br>NEW YORK NY 10019-4107<br><br>Counsel: ATTN ILAN D SCHARF, ESQ | 9842<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | $11,486.36 | CURE AMOUNT FOR STORE 720 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 2211**<br>ERBS/ELLIS PROPERTIES<br>ATTN EDWARD C ELLIS<br>709 DEVON AVENUE<br>LOS ANGELES CA 90024<br><br>Counsel: ATTN RANDALL W BLACK, ESQ | 4973<br>Debtor: **WINN-DIXIE STORES, INC.** | $593,224.52 | $6,109.11 | CURE AMOUNT FOR STORE 1461 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 2223**<br>ESROG REALTY LLC<br>C/O DAVID GOLD, ESQ<br>840 GRAND CONCOURSE, SUITE 1 B<br>BRONX NY 10451 | 12961<br>Debtor: **WINN-DIXIE STORES, INC.** | $10,307.96 | $10,307.96 | CURE AMOUNT FOR STORE 199 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 249624**<br>FLAMINGO EAST LTD<br>PO BOX 568368<br>C/O SAGIO DEVELOPMENT CORPORATION<br>ORLANDO, FL 32856-8368 | 30762<br>Debtor: **WINN-DIXIE STORES, INC.** | $1,227.46 | $41,590.56 | CURE AMOUNT FOR STORE 242 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 249895**<br>FMV ASSOCIATES<br>ATTN FRANK OEHLBAUM<br>300 N SWALL DRIVE, NO 453<br>BEVERLY HILLS, CA 90211<br><br>Counsel: ATTN MENACHEM SCHILIT, ESQ | 3877<br>Debtor: **WINN-DIXIE STORES, INC.** | $36,467.05 | $36,467.05 | CURE AMOUNT FOR STORE 473 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| Creditor Id: 405884 FOLEY PARTNERS LLC C/O JOHNSTON CONWELL & DONOVAN LLC ATTN WH DONOVAN III & AM DAUGHERTY 813 SHADES CREEK PKWY, STE 200 BIRMINGHAM  AL  35209 | 2586 Debtor: WINN-DIXIE MONTGOMERY, INC. | $9,915.91 | $16,729.98 | CURE AMOUNT FOR STORE 570 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Counsel: ATTN EDWIN W HELD JR, ESQ | | | | |
| Creditor Id: 405960 FOLEY PARTNERS, LLC C/O JOHNSTON CONWELL & DONOVAN LLC ATTN WH DONOVAN III & AM DAUGHERTY 813 SHADES CREEK PKWY, STE 200 BIRMINGHAM  AL  35209 | 6640 Debtor: WINN-DIXIE STORES, INC. | $9,915.91 | $0.00 | CURE AMOUNT FOR STORE 570 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 2586 (DKT NO. 12183). |
| Counsel: ATTN EDWIN W HELD JR, ESQ | | | | |
| Creditor Id: 1346 FOUNTAIN COLUMBUS ASSOCS LLC C/O HARBOR GROUP MGMT 121 EXECUTIVE CENTER DRIVE, STE 129 COLUMBIA  SC  29210 | 8725 Debtor: WINN-DIXIE STORES, INC. | $26,185.38 | $26,185.38 | CURE AMOUNT FOR STORE 443 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Counsel: ATTN PAUL K. CAMPSEN, ESQ. | | | | |
| Creditor Id: 1356 FW 20 LLC C/O BRUCE STRUMPF INC ATTN THOMAS J CANNON, PRESIDENT 314 S MISSOURI AVENUE CLEARWATER, FL  33756 | 1356 Debtor: WINN-DIXIE STORES, INC. | $651,685.30 | $16,268.45 | CURE AMOUNT FOR STORE 288 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 1357 FW 23 LLC C/O BRUCE STRUMPF INC ATTN THOMAS J CANNON, PRRESIDENT 314 S MISSOURI AVENUE CLEARWATER, FL  33756 | 1357 Debtor: WINN-DIXIE STORES, INC. | $308,378.82 | $3,794.73 | CURE AMOUNT FOR STORE 708 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A**
**CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE**
**PRIORITY IN AMOUNTS FIXED BY COURT ORDER**

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 1358**<br>FM 5 LLC<br>C/O BRUCE STRUMPF INC<br>ATTN THOMAS J CANNON, PRESIDENT<br>314 S MISSOURI AVENUE, SUITE 305<br>CLEARWATER, FL 33756 | 8057<br>Debtor: **WINN-DIXIE STORES, INC.** | $611,953.32 | $132,891.18 | CURE AMOUNT FOR STORE 163 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 410720**<br>GATOR LINTON PARTNERS, LTD<br>C/O FROST BROWN TODD LLC<br>ATTN: KYLE R GRUBBS, ESQ<br>2200 PNC CENTER<br>201 EAST FIFTH STREET<br>CINCINNATI OH 45202 | 9523<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | $613.36 | CURE AMOUNT FOR STORE 268 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 381792**<br>GE COMMERCIAL FIN BUS PROP CORP FKA<br>GE CAPITAL BUS ASSET FUNDING CORP<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN MARC HAMROFF/LESLIE BERKOFF<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | 10249<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $0.00 | $15,008.95 | CURE AMOUNT FOR STORE 451 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 250686**<br>GLYNN ENTERPRISES LLC<br>PO BOX 751554<br>% ZIFF PROPERTIES INC<br>CHARLOTTE, NC 28275-1554 | 30849<br>Debtor: **WINN-DIXIE STORES, INC.** | $3,579.11 | $3,579.11 | CURE AMOUNT FOR STORE 60 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 2270**<br>GREENGOLD CO, LLC<br>ATTN LEONARD GOLD, PARTNER<br>3265 PERRY AVENUE<br>OCEANSIDE NY 11572 | 12942<br>Debtor: **WINN-DIXIE STORES, INC.** | $12,598.35 | $11,040.66 | CURE AMOUNT FOR STORE 1590 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 410506**<br>GULFPORT/ORANGE GROVE ASSOCS, LTD<br>C/O ECMC<br>ATTN JOHN C T EDWARDS, AGENT<br>6055 PRIMACY PARKWAY, SUITE 402<br>MEMPHIS TN 38119 | 8452<br>Debtor: **WINN-DIXIE STORES, INC.** | $1,502.05 | $0.00 | CURE AMOUNT FOR STORE 1511 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 8461 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 410506**<br>GULFPORT/ORANGE GROVE ASSOCS, LTD<br>C/O ECMC<br>ATTN JOHN C T EDWARDS, AGENT<br>6055 PRIMACY PARKWAY, SUITE 402<br>MEMPHIS TN 38119 | 8481<br>Debtor: **WINN-DIXIE STORES, INC.** | $20,811.09 | $1,502.05 | CURE AMOUNT FOR STORE 1511 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 2013**<br>HALL, WILLIAM H<br>2358 RIVERSIDE AVE<br>SUITE 701<br>JACKSONVILLE FL 33204<br><br>Counsel: ATTN ROBERT A HECKIN, ESQ | 12831<br>Debtor: **WINN-DIXIE STORES, INC.** | $9,181.14 | $9,181.14 | CURE AMOUNT FOR STORE 463 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 8/18/06 (DKT NO. 12180). |
| **Creditor Id: 2013**<br>HALL, WILLIAM H<br>2358 RIVERSIDE AVE<br>SUITE 701<br>JACKSONVILLE FL 33204<br><br>Counsel: ATTN ROBERT A HECKIN, ESQ | 12897<br>Debtor: **WINN-DIXIE STORES, INC.** | $10,346.86 | $0.00 | CURE AMOUNT FOR STORE 80 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 8/18/06 REFLECTED IN DUPLICATE CLAIM NUMBER 13263 (DKT NO. 12180). |
| **Creditor Id: 2013**<br>HALL, WILLIAM H<br>2358 RIVERSIDE AVE<br>SUITE 701<br>JACKSONVILLE FL 33204<br><br>Counsel: ATTN ROBERT A HECKIN, ESQ | 12898<br>Debtor: **WINN-DIXIE STORES, INC.** | $8,426.71 | $8,426.71 | CURE AMOUNT FOR STORE 144 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 8/18/06 (DKT NO. 12180). |
| **Creditor Id: 2013**<br>HALL, WILLIAM H<br>2358 RIVERSIDE AVE<br>SUITE 701<br>JACKSONVILLE FL 33204<br><br>Counsel: ATTN ROBERT A HECKIN, ESQ | 12904<br>Debtor: **WINN-DIXIE STORES, INC.** | $10,875.20 | $10,875.20 | CURE AMOUNT FOR STORE 30 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 8/18/06 (DKT NO. 12180). |
| **Creditor Id: 2013**<br>HALL, WILLIAM H<br>2358 RIVERSIDE AVE<br>SUITE 701<br>JACKSONVILLE FL 33204<br><br>Counsel: ATTN ROBERT A HECKIN, ESQ | 13263<br>Debtor: **WINN-DIXIE STORES, INC.** | $10,346.86 | $10,346.86 | CURE AMOUNT FOR STORE 80 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 8/18/06 (DKT NO. 12180). |

Case 3:05-bk-03817-JAF Document 13908 Filed 11/30/2006 Page 23 of 41
Case 3:05-bk-03817-JAF Doc 13631 Filed 12/09/06 Page 40 of 93

Page: 17 of 46
Date: 11/30/2006

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A**
**CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE**
**PRIORITY IN AMOUNTS FIXED BY COURT ORDER**

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 405981**<br>HAMMERDALE INC NV<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | 7615<br>Debtor: **WINN-DIXIE STORES, INC.** | $36,670.91 | $0.00 | CURE AMOUNT FOR STORE 2621 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 8285 (DKT NO. 12183). |
| **Creditor Id: 405981**<br>HAMMERDALE INC NV<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | 8285<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $36,760.91 | $33,670.91 | CURE AMOUNT FOR STORE 2621 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 383961**<br>HAMMONTON PARTNERS<br>C/O AFI MANAGEMENT<br>ATTN ANTHONY J LASALA<br>1410 VALLEY ROAD<br>WAYNE, NJ 07470 | 7963<br>Debtor: **WINN-DIXIE STORES, INC.** | $66,354.76 | $0.00 | CURE AMOUNT FOR STORE 1490 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 13569 (DKT NO. 12183). |
| **Creditor Id: 383961**<br>HAMMONTON PARTNERS<br>C/O AFI MANAGEMENT<br>ATTN ANTHONY J LASALA<br>1410 VALLEY ROAD<br>WAYNE, NJ 07470 | 13569<br>Debtor: **WINN-DIXIE STORES, INC.** | $66,275.53 | $57,852.07 | CURE AMOUNT FOR STORE 1490 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 254539**<br>HEARD, LAWRENCE M<br>C/O ARIANA ASSOCIATES<br>3904 HALL OAK COURT<br>VALRICO, FL 33594 | 31121<br>Debtor: **WINN-DIXIE STORES, INC.** | $425.00 | $425.00 | CURE AMOUNT FOR STORE 706 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 1420**<br>HELENA MARKETPLACE LLC<br>ATTN E PAUL STREMPEL, JR<br>III RIVERCHASE OFFICE PLAZA<br>SUITE 102<br>BIRMINGHAM, AL 35244<br>Counsel: ATTN MARJORIE O DABBS, ESQ | 10799<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $0.00 | $25,954.81 | CURE AMOUNT FOR STORE 469 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id:** 1420<br>HELENA MARKETPLACE LLC<br>ATTN E PAUL STREMPEL, JR<br>III RIVERCHASE OFFICE PLAZA<br>SUITE 102<br>BIRMINGHAM, AL 35244<br>**Counsel:** ATTN MARJORIE O DABBS, ESQ | 10800<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | $0.00 | CURE AMOUNT FOR STORE 469 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 10799 (DKT NO. 12183). |
| **Creditor Id:** 251537<br>HERMAN MAISEL & CO INC<br>PO BOX 7481<br>MOBILE, AL 36670 | 33718<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $3,503.28 | $11,954.86 | CURE AMOUNT FOR STORE 580 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id:** 251800<br>HOMOSASSA ASSOCIATES<br>ATTN FRANK J GULISANO<br>6700 NW BROKEN SOUND PKY, SUITE 201<br>BOCA RATON, FL 33487 | 6688<br>**Debtor:** WINN-DIXIE STORES, INC. | $4,491.16 | $4,491.16 | CURE AMOUNT FOR STORE 2223 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id:** 251103<br>HR ORLANDO LLC<br>PO BOX 2771<br>PALM BEACH, FL 33480 | 30874<br>**Debtor:** WINN-DIXIE STORES, INC. | $24,645.83 | $24,645.83 | CURE AMOUNT FOR STORE 2246 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id:** 1447<br>HUDSON SQUARE CENTER INC<br>10912 N 56TH STREET<br>TEMPLE TERRACE FL 33617-3004<br>**Counsel:** ATTN ALBERTO F GOMEZ JR, ESQ | 11548<br>**Debtor:** WINN-DIXIE STORES, INC. | $312,845.67 | $49,766.67 | CURE AMOUNT FOR STORE 710 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id:** 252022<br>ICOS LLC<br>ATTN ELIO OR ALEX MADDALOZZO<br>740 HARBOR DRIVE<br>KEY BISCAYNE, FL 33149 | 13231<br>**Debtor:** WINN-DIXIE STORES, INC. | $21,875.89 | $0.00 | CURE AMOUNT FOR STORE 390 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN AMENDING CLAIM NUMBER 13562 (DKT NO. 12183). |
| **Creditor Id:** 534811<br>ICOS, LLC<br>C/O FURR & COHEN, PA<br>ATTN ROBERT C FURR, ESQ<br>2255 GLADES ROAD, SUITE 337W<br>BOCA RATON FL 33431-7383 | 13562<br>**Debtor:** WINN-DIXIE STORES, INC. | $69,204.18 | $21,875.89 | CURE AMOUNT FOR STORE 390 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A**
**CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE**
**PRIORITY IN AMOUNTS FIXED BY COURT ORDER**

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 534811**<br>ICOS, LLC<br>C/O FURR & COHEN, PA<br>ATTN ROBERT C FURR, ESQ<br>2255 GLADES ROAD, SUITE 337W<br>BOCA RATON FL 33431-7383<br><br>Counsel: ATTN JOSEPH H PERLMAN, ESQ | 13563<br>Debtor: **WINN-DIXIE STORES, INC.** | $47,506.03 | $0.00 | CURE AMOUNT FOR STORE 390 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 13562 (DKT NO. 12183). |
| **Creditor Id: 1455**<br>INDEPENDENCE SQUARE<br>ALBA CONSULTING CORP<br>1420 COURT STREET<br>CLEARWATER, FL 33756 | 2649<br>Debtor: **WINN-DIXIE STORES, INC.** | $29,974.71 | $29,974.71 | CURE AMOUNT FOR STORE 640 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 1473**<br>ISLAND PLAZA LLC<br>ATTN RICHARD S YOUNG<br>1000 VENETIAN WAY, SUITE 810<br>MIAMI, FL 33139 | 6303<br>Debtor: **WINN-DIXIE STORES, INC.** | $2,111.58 | $2,111.58 | CURE AMOUNT FOR STORE 352 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8570<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $0.00 | $0.00 | CURE AMOUNT FOR STORE 469 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 10799 FILED BY LANDLORD (DKT NO. 12183). |
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8571<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | $0.00 | CURE AMOUNT FOR STORE 469 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 10799 FILED BY LANDLORD (DKT NO. 12183). |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A**
**CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE**
**PRIORITY IN AMOUNTS FIXED BY COURT ORDER**

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id:  410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO  NC  27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8583<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | $0.00 | CURE AMOUNT FOR STORE 590 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 8584 (DKT NO. 12183). |
| **Creditor Id:  410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO  NC  27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8584<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $0.00 | $57,903.72 | CURE AMOUNT FOR STORE 590 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id:  410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO  NC  27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8590<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $0.00 | $0.00 | CURE AMOUNT FOR STORE 591 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 4432 FILED BY THE LANDLORD (DKT NO. 12183). |
| **Creditor Id:  410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO  NC  27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8591<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | $0.00 | CURE AMOUNT FOR STORE 591 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 4432 FILED BY THE LANDLORD (DKT NO. 12183). |
| **Creditor Id:  410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO  NC  27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8594<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | $0.00 | CURE AMOUNT FOR STORE 410 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 FOR CLAIM NUMBER 10828 FILED BY LANDLORD AND PENDING IN TWELFTH OMNIBUS CLAIMS OBJECTION (DKT NO. 12183). |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A**
**CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE**
**PRIORITY IN AMOUNTS FIXED BY COURT ORDER**

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| Creditor Id:  410448<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO  NC  27420 | 8595 | $0.00 | $0.00 | CURE AMOUNT FOR STORE 410 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 FOR CLAIM NUMBER 10828 FILED BY LANDLORD AND PENDING IN TWELFTH OMNIBUS CLAIMS OBJECTION (DKT NO. 12183). |
| Debtor:  WINN-DIXIE MONTGOMERY, INC. | | | | |
| Counsel: ATTN: BENJAMIN A KAHN, ESQ | | | | |
| Creditor Id:  410448<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO  NC  27420 | 8596 | $0.00 | $15,559.39 | CURE AMOUNT FOR STORE 226 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Debtor:  WINN-DIXIE STORES, INC. | | | | |
| Counsel: ATTN: BENJAMIN A KAHN, ESQ | | | | |
| Creditor Id:  410448<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO  NC  27420 | 8640 | $0.00 | $0.00 | CURE AMOUNT FOR STORE 461 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 2585 (DKT TO. 12183). |
| Debtor:  WINN-DIXIE MONTGOMERY, INC. | | | | |
| Counsel: ATTN: BENJAMIN A KAHN, ESQ | | | | |
| Creditor Id:  410448<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO  NC  27420 | 8641 | $0.00 | $0.00 | CURE AMOUNT FOR STORE 461 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 2585 (DKT TO. 12183). |
| Debtor:  WINN-DIXIE STORES, INC. | | | | |
| Counsel: ATTN: BENJAMIN A KAHN, ESQ | | | | |
| Creditor Id:  410448<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO  NC  27420 | 8644 | $0.00 | $0.00 | CURE AMOUNT FOR STORE 580 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 33718 SCHEDULED FOR THE LANDLORD (DKT NO. 12183). |
| Debtor:  WINN-DIXIE MONTGOMERY, INC. | | | | |
| Counsel: ATTN: BENJAMIN A KAHN, ESQ | | | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANAR PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8645<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | $0.00 | CURE AMOUNT FOR STORE 580 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 33718 SCHEDULED FOR THE LANDLORD (DKT NO. 12183). |
| **Creditor Id: 1487**<br>JKA ENTERPRISES LLC<br>C/O JOSEPH K ANDERSON, PRES<br>262 FELLS ROAD<br>ESSEX FELLS, NJ 07021 | 889<br>Debtor: **WINN-DIXIE STORES, INC.** | $18,608.00 | $8,691.11 | REDUCED TO $8,691.11 AND RECLASSIFIED BY 6/29/06 TWELFTH OMNIBUS CLAIMS OBJECTION ORDER. CURE AMOUNT FOR STORE 525 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183) |
| **Creditor Id: 410847**<br>KIMCO UNIVERSITY COMPANY LTD<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | 9930<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | $0.00 | CURE AMOUNT FOR STORE 2358 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 12909 (DKT NO. 12183). |
| **Creditor Id: 417103**<br>KIMCO UNIVERSITY LTD & KIMCO DE INC<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN<br>101 PARK AVENUE<br>NEW YORK NY 10178 | 12908<br>Debtor: **WINN-DIXIE STORES, INC.** | $25,566.64 | $0.00 | CURE AMOUNT FOR STORE 2358 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 12909 (DKT NO. 12183). |
| **Creditor Id: 417103**<br>KIMCO UNIVERSITY LTD & KIMCO DE INC<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN<br>101 PARK AVENUE<br>NEW YORK NY 10178 | 12909<br>Debtor: **WINN-DIXIE STORES, INC.** | $56,899.13 | $54,673.45 | CURE AMOUNT FOR STORE 2358 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 410877**<br>KMART CORPORATION<br>C/O DYKEMA GOSSETT PLLC<br>ATTN BRENDAN G BEST, ESQ<br>400 RENAISSANCE CENTER<br>DETROIT MI 48243-1668 | 9973<br>Debtor: **WINN-DIXIE STORES, INC.** | $43,274.25 | $43,274.25 | CURE AMOUNT FOR STORE 297 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 1522**<br>LA PETITE ROCHE CENTER GENERAL<br>C/O DOYLE ROGERS COMPANY<br>PO DRAWER A<br>BATESVILLE, AR 72503<br><br>Counsel: ATTN JOHN KOOISTRA, III, ESQ | 9426<br>Debtor: **WINN-DIXIE STORES, INC.** | $38,299.34 | $38,299.34 | CURE AMOUNT FOR STORE 1561 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 254321**<br>LAKE JACKSON TRADING POST<br>151 SAWGRASS CORNERS DRIVE, STE 202<br>PONTE VEDRA BEACH, FL 32082 | 31109<br>Debtor: **WINN-DIXIE STORES, INC.** | $5,467.71 | $11,549.13 | CURE AMOUNT FOR STORE 52 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 1527**<br>LAKE SUN PROPERTIES LTD<br>ATTN ROGER F RUTTENBERG, GP<br>55 E MONROE, STE 1890<br>CHICAGO, IL 60603-2390 | 5220<br>Debtor: **WINN-DIXIE STORES, INC.** | $936.21 | $936.21 | CURE AMOUNT FOR STORE 699 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 2364**<br>LAKELAND ASSOCIATES, LP<br>ATTN THOMAS J CANNON, PRESIDENT<br>314 S MISSOURI AVE, STE 305<br>CLEARWATER FL 33756 | 7969<br>Debtor: **WINN-DIXIE STORES, INC.** | $544,123.42 | $25,938.71 | CURE AMOUNT FOR STORE 632 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 410958**<br>LAKELAND PARTNERS<br>C/O STRADLEY RONON STEVENS ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 | 10149<br>Debtor: **WINN-DIXIE STORES, INC.** | $54,037.31 | $0.00 | CURE AMOUNT FOR STORE 629 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 13190 (DKT NO. 12183). |
| **Creditor Id: 410958**<br>LAKELAND PARTNERS<br>C/O STRADLEY RONON STEVENS ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 | 13190<br>Debtor: **WINN-DIXIE STORES, INC.** | $62,253.64 | $62,254.00 | CURE AMOUNT FOR STORE 629 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A**
**CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE**
**PRIORITY IN AMOUNTS FIXED BY COURT ORDER**

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| Creditor Id:  254410<br>LAPALCO VILLAGE SHOP CEN<br>7809 AIRLINE HWY SU 309<br>METAIRIE, LA 70003 | 33821<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $24,715.53 | $0.00 | CURE AMOUNT FOR STORE 1416 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id:  2371<br>LASSITER PROPERTIES INC<br>ATTN HERMAN KOOYMANS, CFO<br>3000 CORPORATE CENTER DR, SUITE 300<br>MORROW GA 30260<br><br>Counsel: ATTN JAMES L PAUL, ESQ | 10889<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | $0.00 | CURE AMOUNT FOR STORE 482 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 10896 (DKT NO. 12183). |
| Creditor Id:  2371<br>LASSITER PROPERTIES INC<br>ATTN HERMAN KOOYMANS, CFO<br>3000 CORPORATE CENTER DR, SUITE 300<br>MORROW GA 30260<br><br>Counsel: ATTN JAMES L PAUL, ESQ | 10896<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $0.00 | $6,324.95 | CURE AMOUNT FOR STORE 482 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id:  1541<br>LAUDERHILL MALL<br>ATTN SAMUEL WEINTRAUB, VP<br>1267 NW 40TH AVE<br>LAUDERHILL FL 33313<br><br>Counsel: ATTN MURRAY B WEIL, JR, ESQ | 5027<br>Debtor: WINN-DIXIE STORES, INC. | $478,612.00 | $0.00 | CURE AMOUNT FOR STORE 304 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id:  1545<br>LEESBURG BANSAL, LLC<br>ATTN DAVID BANSAL, MANAGING MEMBER<br>30 GREY COACH ROAD<br>READING MA 01867 | 7026<br>Debtor: WINN-DIXIE STORES, INC. | $16,519.29 | $1,941.09 | REDUCED TO $15,878.18 BY 7/13/06 THIRTEENTH OMNIBUS CLAIMS OBJECTION ORDER. CURE AMOUNT FOR STORE 2347 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id:  254725<br>LIBBY CROSS STATION ENTERPRISE LLC<br>ATTN RUSS CANNANE<br>803 COMMONWEALTH DRIVE<br>WARRENDALE, PA 15086 | 31137<br>Debtor: WINN-DIXIE STORES, INC. | $10,127.69 | $8,533.63 | REDUCED TO $8,533.63 BY 7/27/06 ORDER ON FIRST OMNIBUS MOTION DEEMING SCHEDULED CLAIMS AMENDED.  CURE AMOUNT FOR STORE 22 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

Page: 25 of 46
Date: 11/30/2006

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A**
**CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE**
**PRIORITY IN AMOUNTS FIXED BY COURT ORDER**

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| Creditor Id: 408334 LINDNER, RICHARD C/O JEFFREY W LEASURE, PA ATTN JEFFREY W LEASURE, ESQ 1342 COLONIAL BLVD, STE H57 PO BOX 61169 FORT MYERS FL 33906-1169 | 7008 Debtor: WINN-DIXIE STORES, INC. | $2,970,000.00 | $10,791.50 | CURE AMOUNT FOR STORE 663 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 2388 LRS GENERAL PARTNERSHIP PO BOX A BATESVILLE, AR 72503 Counsel: ATTN JOHN KOOISTRA, III, ESQ | 9425 Debtor: WINN-DIXIE STORES, INC. | $82,700.26 | $0.00 | REDUCED TO $65,912.44 BY 5/4/06 EIGHTH OMNIBUS CLAIMS OBJECTION ORDER. CURE AMOUNT FOR STORE 1501 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 13211 (DKT NO. 12183). |
| Creditor Id: 2388 LRS GENERAL PARTNERSHIP PO BOX A BATESVILLE, AR 72503 Counsel: ATTN JOHN KOOISTRA, III, ESQ | 13211 Debtor: WINN-DIXIE STORES, INC. | $42,063.25 | $67,321.83 | CURE AMOUNT AS TO STORE NUMBER 1501 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). THERE IS NO REMAINING AMOUNT DUE FOR STORE 1471. |
| Creditor Id: 410744 LW JOG SC, LTD C/O SOUTHERN MGMT & DEVL LTD ATTN STEVEN LEVIN, VP 21301 POWERLINE ROAD, STE 312 BOCA RATON FL 33433 Counsel: ATTN CRAIG APUGATCH, ESQ | 9577 Debtor: WINN-DIXIE STORES, INC. | $21,177.19 | $21,177.19 | CURE AMOUNT FOR STORE 337 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 410453 M&P LULING LP ATTN IRA M MORGAN, PRESIDENT 1230 GRANT BUILDING PITTSBURGH PA 15219 Counsel: ATTN JAMIE BISHOP | 8204 Debtor: WINN-DIXIE STORES, INC. | $0.00 | $0.00 | CURE AMOUNT FOR STORE 1444 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 8205 (DKT NO. 12183). |
| Creditor Id: 410453 M&P LULING LP ATTN IRA M MORGAN, PRESIDENT 1230 GRANT BUILDING PITTSBURGH PA 15219 Counsel: ATTN JAMIE BISHOP | 8205 Debtor: WINN-DIXIE MONTGOMERY, INC. | $0.00 | $9,046.26 | CURE AMOUNT FOR STORE 1444 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A**
**CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE**
**PRIORITY IN AMOUNTS FIXED BY COURT ORDER**

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 255180**<br>M&P SHOPPING CENTER<br>LAKE SHORE VILLAGE<br>ATTN MICHAEL PLASKER, GP<br>5025 WINTERS CHAPEL RD<br>ATLANTA  GA  30360-1700 | 3324<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $23,982.23 | $27,906.00 | CURE AMOUNT FOR STORE 436 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 411254**<br>MAGNOLIA PARK ASSOCIATES, LP<br>C/O ECKSTEIN PROPERTIES LLC<br>ATTN SHIMON ECKSTEIN, MGR MEMBER<br>60 BROAD STREET, SUITE 3503<br>NEW YORK NY 10004 | 11547<br>Debtor: WINN-DIXIE STORES, INC. | $57,755.17 | $66,966.50 | CURE AMOUNT FOR STORE 86 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 410888**<br>MANDEVILLE PARTNERS, LTD<br>C/O HARWELL HOWARD HYNE ET AL<br>ATTN DAVID P CANAS, ESQ<br>315 DEADERICK STREET, STE 1800<br>NASHVILLE  TN  37238 | 10001<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $80,634.77 | $88,881.73 | REDUCED TO $77,464.58 BY 6/29/06 TWELFTH OMNIBUS CLAIMS OBJECTION ORDER. CURE AMOUNT FOR STORE 1446 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 279443**<br>MARRERO LAND & IMPROVEMENT ASSN LTD<br>ATTN VINCENT A VASTOLA DIR<br>5201 WESTBANK EXPRESSWAY, SUITE 400<br>MARRERO  LA  70072 | 8744<br>Debtor: WINN-DIXIE STORES, INC. | $65,376.27 | $0.00 | CURE AMOUNT FOR STORE 1431 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 13326 (DKT NO. 12183). |
| **Creditor Id: 279443**<br>MARRERO LAND & IMPROVEMENT ASSN LTD<br>ATTN VINCENT A VASTOLA DIR<br>5201 WESTBANK EXPRESSWAY, SUITE 400<br>MARRERO  LA  70072 | 8745<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $65,376.27 | $0.00 | CURE AMOUNT FOR STORE 1431 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 13326 (DKT NO. 12183). |
| **Creditor Id: 279443**<br>MARRERO LAND & IMPROVEMENT ASSN LTD<br>ATTN VINCENT A VASTOLA DIR<br>5201 WESTBANK EXPRESSWAY, SUITE 400<br>MARRERO  LA  70072 | 13326<br>Debtor: WINN-DIXIE STORES, INC. | $73,466.28 | $73,466.28 | CURE AMOUNT FOR STORE 1431 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A**
**CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE**
**PRIORITY IN AMOUNTS FIXED BY COURT ORDER**

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 405311**<br>METROPOLITAN LIFE INSURANCE COMPANY<br>ATTN ROBERT GOLDSTEIN, ESQ<br>2400 LAKEVIEW PARKWAY, SUITE 400<br>ALPHARETTA GA 30004 | 3792<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | $0.00 | CURE AMOUNT FOR STORE 286 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 30575 SCHEDULED FOR THE LANDLORD (DKT NO. 12183). |
| **Creditor Id: 256520**<br>MITCHELL CO, THE<br>ATTN ALAN G RESTER<br>PO BOX 160306<br>MOBILE, AL 36616-1306 | 9448<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $49,789.85 | $49,789.85 | CURE AMOUNT FOR STORE 1477 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 1128**<br>MOBLEY FAMILY PARTNERSHIP, LP &<br>REDD FAMILY II, LP DBA<br>BLUE ANGEL CROSSINGS<br>C/O REDD REALTY SERVICES<br>4200 NORTHSIDE PKWY BLDG 10 STE 101<br>ATLANTA, GA 30327-3080<br><br>Counsel: ATTN ANNETTE KERLIN MCBRAYER, ESQ | 13391<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $3,394.12 | $4,730.66 | CURE AMOUNT FOR STORE 470 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 1610**<br>MOHATRA INC<br>6500 W 4TH AVE OFC 39<br>HIALEAH FL 33012-6670<br><br>Counsel: ATTN RICARDO A GONZALEZ ESQ | 11126<br>Debtor: **WINN-DIXIE STORES, INC.** | $4,786.22 | $4,786.22 | CURE AMOUNT FOR STORE 201 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 256911**<br>NARANJA LAKES JOINT VENTURES<br>C/O FIRC MANAGEMENT INC<br>ATTN ALEJANDRO SOSA DIR<br>2299 SW 37TH AVE, 4TH FLR<br>MIAMI, FL 33145 | 5929<br>Debtor: **WINN-DIXIE STORES, INC.** | $42,807.71 | $37,608.91 | REDUCED TO $37,608.91 BY 8/24/06 FIFTEENTH OMNIBUS CLAIMS OBJECTION AND 10/3/06 ORDER AMENDING 8/24/06 FIFTEENTH OMNIBUS CLAIMS OBJECTION ORDER. CURE AMOUNT FOR STORE 385 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 241335**<br>NEW IBERIA ASSOCIATES<br>C/O AFI MANAGEMENT<br>ATTN ANTHONY J LASALA<br>1410 VALLEY ROAD<br>WAYNE, NJ 07470 | 7965<br>Debtor: **WINN-DIXIE STORES, INC.** | $58,252.37 | $0.00 | CURE AMOUNT FOR STORE 1456 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 13567 (DKT NO. 12183). |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A**
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 241335**<br>NEW IBERIA ASSOCIATES<br>C/O AFI MANAGEMENT<br>ATTN ANTHONY J LASALA<br>1410 VALLEY ROAD<br>WAYNE, NJ 07470 | 13567<br>Debtor: WINN-DIXIE STORES, INC. | $74,270.41 | $59,532.43 | CURE AMOUNT FOR STORE 1456 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 411076**<br>NEWPLAN EXCEL REALTY TRUST INC TA<br>MARRERO SHOPPING CENTER, MARRERO LA<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | 10975<br>Debtor: WINN-DIXIE STORES, INC. | $118,325.11 | $105,363.60 | CURE AMOUNT FOR STORE 1440 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 410853**<br>NORMANDY EQUITIES, LTD<br>ATTN BERNARD E SMITH, VP<br>1 SLEIMAN PARKWAY, SUITE 210<br>JACKSONVILLE FL 32216-8046 | 9891<br>Debtor: WINN-DIXIE STORES, INC. | $8,464.89 | $8,464.89 | CURE AMOUNT FOR STORE 191 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 411144**<br>NORTH AMERICAN CO LIFE & HEALTH INS<br>BY MIDLAND ADVISORS CO, AS AGENT<br>C/O PAUL HASTINGS JANOFSKY ET AL<br>ATTN T SMITH, III/C SHARBAUGH, ESQS<br>600 PEACHTREE STREET NE, SUITE 2400<br>ATLANTA GA 30308 | 11171<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | $0.00 | CURE AMOUNT FOR STORE 1572 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 2100 FILED BY THE LANDLORD (DKT NO. 12183). |
| **Creditor Id: 411144**<br>NORTH AMERICAN CO LIFE & HEALTH INS<br>BY MIDLAND ADVISORS CO, AS AGENT<br>C/O PAUL HASTINGS JANOFSKY ET AL<br>ATTN T SMITH, III/C SHARBAUGH, ESQS<br>600 PEACHTREE STREET NE, SUITE 2400<br>ATLANTA GA 30308 | 11172<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | $0.00 | CURE AMOUNT FOR STORE 1572 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 2100 FILED BY THE LANDLORD (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 257376**<br>NORTH COLUMBUS CROSSING SH CTR LLC<br>ATTN EDDIE BRANCH<br>506 MANCHESTER EXPRESSWAY, STE A-12<br>COLUMBUS GA 31904<br><br>Counsel: ATTN ROBERT C BRAND, JR, ESQ. | 8948<br>Debtor: WINN-DIXIE STORES, INC. | $8,610.41 | $8,610.41 | CURE AMOUNT FOR STORE 439 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 423065**<br>NORTH PORT VILLAGE SHOPPING CENTER<br>C/O SAUL EWING, LLP<br>ATTN JOYCE A KUHNS, ESQ<br>500 EAST PRATT STREET<br>BALTIMORE MD 21202 | 12958<br>Debtor: WINN-DIXIE STORES, INC. | $19,901.74 | $19,901.74 | CURE AMOUNT FOR STORE 662 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 8/18/06 (DKT NO. 12180). |
| **Creditor Id: 410960**<br>NORTHWOOD OAKS, LLC<br>C/O STRADLEY RONON STEVENS ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 | 10151<br>Debtor: WINN-DIXIE STORES, INC. | $26,797.16 | $0.00 | CURE AMOUNT FOR STORE 2249 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 13193 (DKT NO. 12183). |
| **Creditor Id: 410960**<br>NORTHWOOD OAKS, LLC<br>C/O STRADLEY RONON STEVENS ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 | 13193<br>Debtor: WINN-DIXIE STORES, INC. | $31,119.93 | $31,120.00 | CURE AMOUNT FOR STORE 2249 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 411080**<br>OBRIEN KIERNAN INVESTMENT CO ET AL<br>C/O RAY QUINNEY & NEBEKER<br>ATTN STEVEN T WATERMAN, ESQ.<br>36 S STATE ST., STE 1400<br>PO BOX 45385<br>SALT LAKE CITY UT 84145-0385 | 10981<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | $6,334.28 | CURE AMOUNT FOR STORE 1463 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 2458**<br>OCALA NORTH SHOPPING CENTER<br>C/O CHARLES WAYNE PROPERTIES, INC<br>ATTN LINDA WHEELER, SR PROP MGR<br>444 SEABREEZE BLVD, STE 1000<br>DAYTONA BEACH FL 32118 | 13179<br>Debtor: WINN-DIXIE STORES, INC. | $7,001.44 | $8,695.20 | CURE AMOUNT FOR STORE 2228 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 410526**<br>OCEANWAY PLAZA ASSOCS, LTD<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 | 10887<br>Debtor: **WINN-DIXIE STORES, INC.** | $366,769.76 | $27,175.41 | CURE AMOUNT FOR STORE 12 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 411142**<br>ORIX CAPITAL MKTS, SERIES 1999-1<br>HOLDERS OF NATIONSLINK FUNDING CORP<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 11145<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | $22,694.16 | CURE AMOUNT FOR STORE 681 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 423152**<br>OXFORD BUILDING COMPANY LLC<br>C/O DYKEMA GOSSETT, PLLC<br>ATTN GINA M CAPUA, ESQ<br>39577 WOODWORD AVE, SUITE 300<br>BLOOMFIELD HILLS MI 48304 | 12976<br>Debtor: **WINN-DIXIE STORES, INC.** | $10,709.71 | $12,126.21 | CURE AMOUNT FOR STORE 705 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 410689**<br>PACIERA, VINCENT ET AL DBA<br>PARK PLAZA SHOPPING CTR LLC<br>ATTN KIRTH M PACIERA, OWNER/MEMBER<br>PO BOX 24087<br>NEW ORLEANS LA 70184 | 9710<br>Debtor: **WINN-DIXIE STORES, INC.** | $118,885.37 | $117,623.57 | REDUCED TO $117,623.57 BY 7/13/06 THIRTEENTH OMNIBUS CLAIMS OBJECTION ORDER. CURE AMOUNT FOR STORE 1432 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 257947**<br>PALM COAST CORNERS ASSOC LP<br>ATTN DANIEL WHITE, ASST CONTROLLER<br>JULIAN S BUTTS JR<br>525 PHARR RD NE<br>ATLANTA GA 30305 | 11503<br>Debtor: **WINN-DIXIE STORES, INC.** | $2,035.71 | $2,035.71 | CURE AMOUNT FOR STORE 2247 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A**
**CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE**
**PRIORITY IN AMOUNTS FIXED BY COURT ORDER**

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 257948**<br>PALM COAST CORNERS ASSOC LP<br>C/O UNITED CORNERS INC<br>ATTN DANIEL WHITE, ASST CONTROLLER<br>JULIAN S BETTS JR<br>525 PHARR ROAD<br>ATLANTA, GA 30305 | 11507<br>Debtor: **WINN-DIXIE STORES, INC.** | $54,156.65 | $0.00 | CURE AMOUNT FOR STORE 2247 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 11503 (DKT NO. 12183). |
| **Creditor Id: 2468**<br>PATTON PLAZA LLC<br>ATTN ANNE D KING, MEMBER<br>8242 MARSH POINTE DRIVE<br>MONTGOMERY, AL 36117 | 2468<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $911.75 | $0.00 | CURE AMOUNT FOR STORE 553 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Counsel: ATTN JAMES L WEBB, ESQ | | | | |
| **Creditor Id: 2468**<br>PATTON PLAZA LLC<br>ATTN ANNE D KING, MEMBER<br>8242 MARSH POINTE DRIVE<br>MONTGOMERY, AL 36117 | 6087<br>Debtor: **WINN-DIXIE STORES, INC.** | $911.75 | $0.00 | CURE AMOUNT FOR STORE 553 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Counsel: ATTN JAMES L WEBB, ESQ | | | | |
| **Creditor Id: 1700**<br>PELL CITY MARKETPLACE PARTNERS<br>C/O HELMS ROARK INC, AGENT<br>ATTN ELIZABETH DEAN, VP<br>PO BOX 1149<br>MONTGOMERY, AL 36101-1149 | 10827<br>Debtor: **WINN-DIXIE STORES, INC.** | $24,494.72 | $0.00 | CURE AMOUNT FOR STORE 410 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 FOR CLAIM NUMBER 10828 PENDING IN TWELFTH OMNIBUS CLAIMS OBJECTION (DKT NO. 12183). |
| **Creditor Id: 384294**<br>PMG OCEAN ASSOCIATES II, LLC<br>C/O WANDER & ASSOCIATES, PC<br>ATTN DAVID WANDER, ESQ<br>641 LEXINGTON AVE<br>NEW YORK NY 10022 | 9943<br>Debtor: **WINN-DIXIE STORES, INC.** | $289,505.52 | $325,000.00 | CURE AMOUNT FOR STORE 260 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 8/18/06 (DKT NO. 12180). |

Note: The first data row (Creditor Id: 2468, Claim No. 6086) and the second (Claim No. 6087) both reference PATTON PLAZA LLC. The claim number for the WINN-DIXIE MONTGOMERY, INC. row is 6086.

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION**

**EXHIBIT A**

**CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE PRIORITY IN AMOUNTS FIXED BY COURT ORDER**

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 258311**<br>PONTE VEDRA SQUARE, LLC, SUCCESSOR<br>PENTAGON PROPERTIES<br>ATTN J C DEMETREE JR, MGR<br>3740 BEACH BLVD, SUITE 300<br>PO DRAWER 47050<br>JACKSONVILLE FL 32247-7050 | 6433<br>Debtor: WINN-DIXIE STORES, INC. | $29,463.85 | $29,463.85 | CURE AMOUNT FOR STORE 5 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 2480**<br>POPPS FERRY (MS) LLC<br>C/O L W CAVE REAL ESTATE INC<br>PO BOX 81322<br>MOBILE, AL 36689<br><br>Counsel: ATTN DAVID A BOYETT, III, ESQ | 2480<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $7,159.54 | $7,159.54 | CURE AMOUNT FOR STORE 1357 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 259749**<br>POWERS, ROBERT D<br>PO BOX 788<br>202 E BROAD STREET<br>EUFAULA, AL 36027 | 7542<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $4,899,950.00 | $10,942.65 | CURE AMOUNT FOR STORE 478 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 8810<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | $17,105.25 | CURE AMOUNT FOR STORE 252 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 8813<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | $7,238.48 | CURE AMOUNT FOR STORE 3 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 8824<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | $0.00 | CURE AMOUNT FOR STORE 2273 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 12934 FILED BY LANDLORD (DKT NO. 12183). |
| **Creditor Id: 1751**<br>QUAIL RUN VILLAGE<br>ATTN F CARRINGTON OR R DEEMS<br>PO BOX 1328<br>EUREKA, CA 95502 | 3143<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $40,242.04 | $40,242.04 | CURE AMOUNT FOR STORE 458 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 410959**<br>QUINCY ASSOCIATES<br>C/O STRADLEY RONON STEVENS ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 | 10150<br>Debtor: WINN-DIXIE STORES, INC. | $47,004.74 | $0.00 | CURE AMOUNT FOR STORE 184 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN AMENDING CLAIM NUMBER 13192 (DKT NO. 12183). |
| **Creditor Id: 410959**<br>QUINCY ASSOCIATES<br>C/O STRADLEY RONON STEVENS ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 | 13192<br>Debtor: WINN-DIXIE STORES, INC. | $55,612.57 | $55,613.00 | CURE AMOUNT FOR STORE 184 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 259201**<br>RAINBOW MARKETPLACE LLC<br>PO BOX 346<br>GADSDEN, AL 35902 | 34071<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $18,343.68 | $44,995.80 | CURE AMOUNT FOR STORE 442 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 259207**<br>RAINBOW SPRINGS VENTURES, LC<br>C/O CHASE ENTERPRISES<br>ATTN CHERYL A CHASE<br>229 ASYLUM STREET, 29TH FLOOR<br>HARTFORD, CT 06103 | 2896<br>Debtor: WINN-DIXIE STORES, INC. | $6,365.46 | $4,815.57 | CURE AMOUNT FOR STORE 2219 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id:** 259220<br>RALPH MEITIN FAMILY PARTNERSHIP LTD<br>ATTN JULIAN R MEITIN, GP<br>PO BOX 162732<br>ALTAMONTE SPRINGS, FL 32716-2732 | 2156<br>Debtor: **WINN-DIXIE STORES, INC.** | $6,933.33 | $6,933.33 | CURE AMOUNT FOR STORE 2231 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id:** 259302<br>RAYNE PLAZA SHOPPING CENTER<br>C/O BESLIN & CUNNINGHAM, LLC<br>ATTN DENALD A BESLIN, ESQ<br>800 NORTH POLK STREET<br>PO BOX 258<br>RAYNE, LA 70578-0258 | 176<br>Debtor: **WINN-DIXIE STORES, INC.** | $4,760.64 | $4,760.64 | CURE AMOUNT FOR STORE 1459 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id:** 1765<br>REEF ASSOCIATES, LTD<br>C/O COURTELIS CO<br>ATTN V STOSIK/WD PITTS, PRES<br>703 WATERFORD WAY, SUITE 800<br>MIAMI, FL 33126-4677<br><br>Counsel: ATTN C LONSTEIN & A SCHAEFFER, ESQS | 4976<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | $16,111.92 | CURE AMOUNT FOR STORE 384 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id:** 408263<br>REGENCY CENTERS, LP<br>C/O HELD & ISRAEL<br>ATTN A FRISCHE W HELD, JR, ESQS<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | 11059<br>Debtor: **WINN-DIXIE STORES, INC.** | $4,506.10 | $4,506.10 | CURE AMOUNT FOR STORE 2276 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id:** 259400<br>REGENT INVESTMENT CORPORATION<br>ATTN HAROLD M BECKER, PRESIDENT<br>222 THIRD STREET SE<br>STE 230<br>CEDAR RAPIDS, IA 52401 | 9164<br>Debtor: **WINN-DIXIE STORES, INC.** | $1,329,102.12 | $0.00 | CURE AMOUNT FOR STORE 2626 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 4362 FILED BY WESTWOOD SQUARES, LTD. (DKT NO. 12183). |
| **Creditor Id:** 259702<br>RIVERWALK PLAZA JOINT VENTURE<br>PO BOX 409436<br>ACCT#3068899810<br>ATLANTA GA 30384-9436 | 31475<br>Debtor: **WINN-DIXIE STORES, INC.** | $89,160.25 | $85,895.25 | REDUCED TO $85,895.25 BY 7/27/06 ORDER ON FIRST OMNIBUS MOTION DEEMING SCHEDULED CLAIMS AMENDED. CURE AMOUNT FOR STORE 259 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A**
**CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE**
**PRIORITY IN AMOUNTS FIXED BY COURT ORDER**

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 2516**<br>RIZIKA, ROBERT N<br>107 WINDWARD DR<br>PALM BEACH GARDENS, FL 33418-4012 | 12951<br>Debtor: **WINN-DIXIE STORES, INC.** | $5,543.87 | $6,344.51 | CURE AMOUNT FOR STORE 168 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 410968**<br>RK HALLANDALE LP & 17070 COLLINS AVE SHOPPING CENTER, LP<br>C/O MORGAN LEWIS & BOCKIUS, LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVE<br>NEW YORK NY 10178 | 10324<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | $15,700.59 | CURE AMOUNT FOR STORE 306 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 259785**<br>ROBERT M BARRETT INC<br>ATTN ROBERT M BARRETT, PRES<br>PO BOX 31802<br>PALM BEACH GARDENS, FL 33420 | 6316<br>Debtor: **WINN-DIXIE SUPERMARKETS, INC.** | $68,530.00 | $9,689.43 | CURE AMOUNT FOR STORE 362 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 260057**<br>ROUSSE LAND INVESTMENT LLC<br>ATTN RYAN A ROUSSE<br>PO DRAWER 1550<br>LAROSE, LA 70373-1550 | 9547<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $17,778.99 | $17,778.99 | CURE AMOUNT FOR STORE 1557 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 260086**<br>ROYAL COMPANIES<br>802 NW 1ST STREET<br>SOUTH BAY, FL 33493 | 31490<br>Debtor: **WINN-DIXIE STORES, INC.** | $3,142.57 | $3,461.20 | CURE AMOUNT FOR STORE 751 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 2526**<br>ROYALS OK LUNCH INC<br>ATTN MARIA G BUSBEE VP<br>324 SW 16TH ST<br>BELLE GLADE, FL 33430-2824 | 10557<br>Debtor: **WINN-DIXIE STORES, INC.** | $15,487.48 | $15,487.48 | CURE AMOUNT FOR STORE 381 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A**
**CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE**
**PRIORITY IN AMOUNTS FIXED BY COURT ORDER**

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 259799**<br>SCHLYTTER, ROBERT O, TRUSTEE<br>ROBERT O SCHLYTTER, TRUSTEE<br>EUSTIS SHOPP CENTER REVOCABLE TRUST<br>4811 S 76 STREET, SUITE 211<br>GREENFIELD WI 53220-4352 | 5787<br>Debtor: WINN-DIXIE STORES, INC. | $88,638.73 | $0.00 | CURE AMOUNT FOR STORE 2335 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 13272 (DKT NO. 12183). |
| **Creditor Id: 259799**<br>SCHLYTTER, ROBERT O, TRUSTEE<br>ROBERT O SCHLYTTER, TRUSTEE<br>EUSTIS SHOPP CENTER REVOCABLE TRUST<br>4811 S 76 STREET, SUITE 211<br>GREENFIELD WI 53220-4352 | 13272<br>Debtor: WINN-DIXIE STORES, INC. | $103,748.85 | $103,748.85 | CURE AMOUNT FOR STORE 2335 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 377335**<br>SCHREIBER CO BELLEVIEW ASSOC, THE<br>ATTN MARVIN SCHREIBER, PRESIDENT<br>235 ALPHA DRIVE<br>PITTSBURGH, PA 15238 | 4341<br>Debtor: WINN-DIXIE STORES, INC. | $440.00 | $440.00 | CURE AMOUNT FOR STORE 2205 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 260690**<br>SELIG ENTERPRISES INC<br>ROBERT C RIDDLE<br>1100 SPRING ST SUITE 550<br>ATLANTA GA 30309 | 34127<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $35,196.77 | $35,196.77 | CURE AMOUNT FOR STORE 551 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 262882**<br>SEMBLER COMPANY, THE<br>ATTN JOAN SILVES, ASSET MGR<br>PO BOX 41847<br>ST PETERSBURG, FL 33743-1847 | 31716<br>Debtor: WINN-DIXIE STORES, INC. | $761.32 | $761.32 | CURE AMOUNT FOR STORE 2337 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 407735**<br>SEMBLER COMPANY, THE PROP MGR FOR<br>HIGHLANDS SQUARE SHOPPING CTR<br>C/O PIPER LUDIN HOWE ET AL<br>ATTN ERIC E LUDIN, ESQ<br>5720 CENTRAL AVENUE<br>ST PETERSBURG FL 33707 | 12438<br>Debtor: WINN-DIXIE STORES, INC. | $987.15 | $987.15 | CURE AMOUNT FOR STORE 2210 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION

EXHIBIT A

CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| Creditor Id: 254653<br>SETZER, LEONARD R<br>903 UNIVERSITY BLVD<br>JACKSONVILLE, FL 32211 | 31132<br>Debtor: WINN-DIXIE STORES, INC. | $12,425.51 | $12,425.51 | CURE AMOUNT FOR STORE 107 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 260782<br>SHADRALL ASSOCIATES<br>AUBURNDALE PROPERTIES LLC<br>ATTN SHALOM WALL, VP<br>50 TICE BLVD<br>WOODCLIFF LAKE, NJ 07675 | 7863<br>Debtor: WINN-DIXIE STORES, INC. | $54,601.58 | $53,463.73 | CURE AMOUNT FOR STORE 1430 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 2557<br>SHOWPLACE COMMERCIAL PROPERTIES INC<br>C/O EF HUTTON REALTY CORP<br>ATTN R ABBASSI / R R FIELDSTONE<br>2000 S DIXIE HWY, SUITE 100<br>MIAMI FL 33133 | 1916<br>Debtor: WINN-DIXIE STORES, INC. | $29,094.27 | $29,094.27 | CURE AMOUNT FOR STORE 2287 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 2558<br>SIDNEY KOHL COMPANY<br>ATTN SIDNEY KOHL, PROP MGR<br>340 ROYAL POINCIANA WAY, SUITE 305<br>PALM BEACH, FL 33480 | 10117<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $48,798.95 | $23,364.72 | REDUCED TO $23,364.72 BY 4/20/06 SEVENTH OMNIBUS CLAIMS OBJECTION ORDER. CURE AMOUNT FOR STORE 574 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 2561<br>SIZELER/LA SHOPPING CENTERS, LP<br>C/O SIZELER REAL ESTATE MGMT CO INC<br>ATTN TACEY T TARLETON, ESQ<br>2542 WILLIAMS BLVD<br>KENNER LA 70062 | 8840<br>Debtor: WINN-DIXIE STORES, INC. | $41,898.92 | $41,898.92 | CURE AMOUNT FOR STORE 1428 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 406147<br>SJS WOODLAKE PLAZA LP<br>C/O SJS REALTY & MANAGEMENT, INC<br>ATTN STEPHEN CRAMITZ, VP<br>1110 WYNWOOD AVENUE<br>CHERRY HILL NJ 08002<br>Counsel: ATTN JERROLD N POSLUSNY JR, ESQ | 12802<br>Debtor: WINN-DIXIE STORES, INC. | $33,051.91 | $39,726.00 | REDUCED TO $29,316.07 BY 6/29/06 TWELFTH OMNIBUS CLAIMS OBJECTION ORDER. CURE AMOUNT FOR STORE 697 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 2563**<br>SNELLVILLE PLAZA LTD<br>ATTN MICHAEL PLASKER, GP<br>5025 WINTERS CHAPEL ROAD, STE M<br>ATLANTA GA 30360 | 3322<br>Debtor: **WINN-DIXIE STORES, INC.** | $14,622.64 | $16,743.00 | CURE AMOUNT FOR STORE 159 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 2567**<br>SOUTH PLAZA ASSOCIATES, LLC<br>C/O PERRINE & WHEELER REAL ESTATE<br>ATTN JON S WHEELER, MANAGING MEMBER<br>PO BOX 3247<br>APOLLO BEACH FL 33572<br><br>Counsel: ATTN DENNIS T LEWANDOWSKI, ESQ | 10176<br>Debtor: **WINN-DIXIE STORES, INC.** | $49,320.83 | $49,320.83 | CURE AMOUNT FOR STORE 702 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 261334**<br>SOUTHBROOK PARTNERS LLC<br>C/O JOHNSTON CONWELL & DONOVAN, LLC<br>ATTN WH DONOVAN & AM DAUGHERTY<br>813 SHADES CREEK PARKWAY, SUITE 200<br>BIRMINGHAM, AL 35201-0187<br><br>Counsel: ATTN EDWIN WHELD JR, ESQ | 6639<br>Debtor: **WINN-DIXIE STORES, INC.** | $53,099.43 | $0.00 | CURE AMOUNT FOR STORE 461 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 2585 (DKT TO. 12183). |
| **Creditor Id: 405882**<br>SOUTHBROOK PARTNERS LLC<br>C/O JOHNSTON CONWELL & DONOVAN LLC<br>ATTN WH DONOVAN III OR AM DAUGHERTY<br>813 SHADES CREED PKWY, STE 200<br>BIRMINGHAM AL 35209<br><br>Counsel: ATTN EDWIN WHELD JR, ESQ | 2585<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $53,099.43 | $47,985.52 | REDUCED TO $47,985.52 BY 6/29/06 TWELFTH OMNIBUS CLAIMS OBJECTION ORDER. CURE AMOUNT FOR STORE 461 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 2568**<br>SOUTHEAST PARTNERS<br>C/O AFI MANAGEMENT<br>ATTN ANTHONY J LASALA<br>1410 VALLEY ROAD<br>WAYNE NJ 07470 | 11810<br>Debtor: **WINN-DIXIE STORES, INC.** | $36,153.74 | $0.00 | CURE AMOUNT FOR STORE 647 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 13568 (DKT NO. 12183). |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A**
**CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE**
**PRIORITY IN AMOUNTS FIXED BY COURT ORDER**

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 2568**<br>SOUTHEAST PARTNERS<br>C/O AFI MANAGEMENT<br>ATTN ANTHONY J LASALA<br>1410 VALLEY ROAD<br>WAYNE NJ 07470 | 13568<br>Debtor: **WINN-DIXIE STORES, INC.** | $37,540.32 | $36,153.74 | CURE AMOUNT FOR STORE 647 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 2585**<br>SPISHORES, LLC<br>C/O SIZELER REAL ESTATE MGMT CO INC<br>ATTN TRACEY T TARLETON, ESQ<br>2542 WILLIAMS BLVD<br>KENNER LA 70062-5596 | 8842<br>Debtor: **WINN-DIXIE STORES, INC.** | $25,256.82 | $25,256.82 | CURE AMOUNT FOR STORE 2203 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 2586**<br>SPIWACHEE, INC<br>C/O SIZELER REAL ESTATE MGMT CO INC<br>ATTN TRACEY T TARLETON, ESQ<br>2542 WILLIAMS BLVD<br>KENNER LA 70062-5596 | 8843<br>Debtor: **WINN-DIXIE STORES, INC.** | $26,531.54 | $26,531.54 | CURE AMOUNT FOR STORE 750 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 410598**<br>SPRING HILL LAND TRUST, SUCCESSOR<br>DOWN SOUTH, INC & DILORENZO PROP<br>C/O DILORENZO PROPERTIES COMPANY<br>ATTN MARC DILORENZO, TRUSTEE<br>720 FIFTH AVENUE, 14TH FLOOR<br>NEW YORK NY 10019-4107<br><br>Counsel: ATTN ROBERT J FEINSTEIN, ESQ | 9844<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | $10,173.43 | CURE AMOUNT FOR STORE 711 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 1894**<br>ST CHARLES PARTNERS<br>ATTN R RENE BORDER, MGR<br>PO BOX 704<br>MARKSVILLE LA 71351 | 6276<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $18,445.54 | $14,593.54 | REDUCED TO $14,593.54 AND RECLASSIFIED BY 6/29/06 TWELFTH OMNIBUS CLAIMS OBJECTION ORDER. CURE AMOUNT FOR STORE 1588 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id: 1894**<br>ST CHARLES PARTNERS<br>ATTN R RENE BORDER, MGR<br>PO BOX 704<br>MARKSVILLE LA 71351 | 6277<br>Debtor: **WINN-DIXIE STORES, INC.** | $18,445.54 | $0.00 | CURE AMOUNT FOR STORE 1588 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 6276 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id:  410599**<br>SUN CITY LAND TRUST, SUCCESSOR<br>DOWN SOUTH, INC<br>C/O DILORENZO PROPERTIES COMPANY<br>ATTN MARC DILORENZO, TRUSTEE<br>720 FIFTH AVENUE, 14TH FLOOR<br>NEW YORK NY 10017<br><br>Counsel: ATTN ROBERT J FEINSTEIN, ESQ | 9845<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | $18,765.82 | CURE AMOUNT FOR STORE 619 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id:  2600**<br>SUN LAKE PLAZA INC<br>ATTN ROBERT KODSI<br>PO BOX 320219<br>COCOA BEACH FL 32932-0219<br><br>Counsel: ATTN DONALD A NOHRR, ESQ | 6741<br>Debtor: **WINN-DIXIE STORES, INC.** | $3,121.34 | $0.00 | CURE AMOUNT FOR STORE 2273 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN AMENDING CLAIM NUMBER 12934 (DKT NO. 12183). |
| **Creditor Id:  2600**<br>SUN LAKE PLAZA INC<br>ATTN ROBERT KODSI<br>PO BOX 320219<br>COCOA BEACH FL 32932-0219<br><br>Counsel: ATTN DONALD A NOHRR, ESQ | 12934<br>Debtor: **WINN-DIXIE STORES, INC.** | $13,251.61 | $13,251.61 | CURE AMOUNT FOR STORE 2273 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| **Creditor Id:  262232**<br>SUNSET STATION PARTNERS LLC<br>506 S DIXIE HWY<br>HALLANDALE, FL 33009 | 31658<br>Debtor: **WINN-DIXIE STORES, INC.** | $32,044.64 | $36,791.48 | CURE AMOUNT FOR STORE 611 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 8/18/06 (DKT NO. 12180). |
| **Creditor Id:  423066**<br>SUNSET STATION PARTNERS, LLC<br>C/O SAUL EWING, LLP<br>ATTN JOYCE A KUHNS, ESQ<br>500 PRATT STREET<br>BALTIMORE MD 21202 | 12969<br>Debtor: **WINN-DIXIE STORES, INC.** | $36,791.48 | $0.00 | CURE AMOUNT FOR STORE 611 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 8/18/06 REFLECTED IN SCHEDULED CLAIM NUMBER 31658 (DKT NO. 12180). |
| **Creditor Id:  262543**<br>TAVARES ASSOC LTD<br>ATTN FRANK J GIULISANO<br>6700 NW BROKEN SOUND PKWY, STE 201<br>BOCA RATON, FL 33487 | 6704<br>Debtor: **WINN-DIXIE STORES, INC.** | $4,572.84 | $4,572.84 | CURE AMOUNT FOR STORE 2261 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| Creditor Id: 384386<br>TEACHERS RETIREMENT SYSTEM<br>C/O MORTGAGE CO OF KENTUCKY INC<br>642 SOUTH 4TH STREET<br>ATTN: EDWARDT WILSON<br>LOUISVILLE, KY 40202 | 37158<br>Debtor: WINN-DIXIE RALEIGH, INC. | $47,157.99 | $47,157.99 | CURE AMOUNT FOR STORE 664 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 2210<br>TERRY, EDMUND<br>C/O EDMUND TERRY & ASSOCIATES<br>211 ALEXANDER PALM ROAD<br>BOCA RATON FL 33432-7908 | 1288<br>Debtor: WINN-DIXIE STORES, INC. | $3,000.00 | $1,909.12 | REDUCED TO $1,909.12 BY 6/29/06 TWELFTH OMNIBUS CLAIMS OBJECTION ORDER. CURE AMOUNT FOR STORE 2268 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 403186<br>THRIVENT FINANCIAL<br>C/O FOLEY & MANSFIELD PLLP<br>ATTN THOMAS J LALLIER, ESQ<br>250 MARQUETTE, SUITE 1200<br>MINNEAPOLIS MN 55401 | 895<br>Debtor: WINN-DIXIE STORES, INC. | $656,680.22 | $0.00 | CURE AMOUNT FOR STORE 2379 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 2639<br>TIGER CROSSING GP DBA<br>UNIVERSITY CROSSING<br>C/O REDD REALTY SERVICES<br>BLDG 10 STE 101<br>4200 NORTHSIDE PKWY<br>ATLANTA, GA 30327<br><br>Counsel: ATTN ANNETTE KERLIN MCBRAYER, ESQ | 10128<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $0.00 | $0.00 | CURE AMOUNT FOR STORE 470 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 13419 (DKT NO. 12183). |
| Creditor Id: 2639<br>TIGER CROSSING GP DBA<br>UNIVERSITY CROSSING<br>C/O REDD REALTY SERVICES<br>BLDG 10 STE 101<br>4200 NORTHSIDE PKWY<br>ATLANTA, GA 30327<br><br>Counsel: ATTN ANNETTE KERLIN MCBRAYER, ESQ | 13390<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $4,708.34 | $0.00 | CURE AMOUNT FOR STORE 470 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 13419 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 2639**<br>TIGER CROSSING GP DBA<br>UNIVERSITY CROSSING<br>C/O REDD REALTY SERVICES<br>BLDG 10 STE 101<br>4200 NORTHSIDE PKWY<br>ATLANTA, GA 30327 | 13419<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $17,282.10 | $11,504.14 | CURE AMOUNT FOR STORE 470 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Counsel: ATTN ANNETTE KERLIN MCBRAYER, ESQ | | | | |
| **Creditor Id: 263051**<br>TIGER CROSSING WD<br>C/O REDD REALTY SERVICES<br>BLDG 10, SUITE 101<br>4200 NORTHSIDE PKY<br>ATLANTA, GA 30327 | 10130<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $7,582.83 | $0.00 | CURE AMOUNT FOR STORE 579 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 13420 (DKT NO. 12183). |
| Counsel: ATTN ANNETTE KERLIN MCBRAYER, ESQ | | | | |
| **Creditor Id: 263051**<br>TIGER CROSSING WD<br>C/O REDD REALTY SERVICES<br>BLDG 10, SUITE 101<br>4200 NORTHSIDE PKY<br>ATLANTA, GA 30327 | 13389<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $14,845.32 | $0.00 | CURE AMOUNT FOR STORE 579 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 13420 (DKT NO. 12183). |
| Counsel: ATTN ANNETTE KERLIN MCBRAYER, ESQ | | | | |
| **Creditor Id: 423064**<br>TRAFALGAR AT GREENACRES, LTD<br>C/O SAUL EWING, LLP<br>ATTN JOYCE A KUHNS, ESQ<br>500 EAST PRATT STREET, SUITE 800<br>BALTIMORE MD 21202 | 12967<br>Debtor: **WINN-DIXIE STORES, INC.** | $34,793.94 | $52,542.79 | CURE AMOUNT FOR STORE 356 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 8/18/06 (DKT NO. 12180). |
| **Creditor Id: 263411**<br>TRAIL PLAZA<br>C/O URBAN RETAIL PROPERTIES CO<br>706 KIRKWOOD MALL<br>BISMARK, ND 58504 | 31758<br>Debtor: **WINN-DIXIE STORES, INC.** | $76,627.95 | $89,343.24 | CURE AMOUNT FOR STORE 286 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| Creditor Id: 410970 TRUST NO 201 BY MAX D PUYANIC, TTEE C/O COMMODORE REALTY INC, MG AGT 30 WEST MASHTA DRIVE, STE 400 KEY BISCAYNE FL 33149 Counsel: ATTN JOYCE A KUHNS, ESQ | 10328 Debtor: WINN-DIXIE STORES, INC. | $23,594.93 | $0.00 | CURE AMOUNT FOR STORE 328 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 8/18/06 REFLECTED IN AMENDING CLAIM NUMBER 12971 (DKT NO. 12180). |
| Creditor Id: 423068 TRUST NO 201 BY MAX D PUYANIC, TTEE C/O SAUL EWING, LLP ATTN JOYCE A KUHNS, ESQ 500 PRATT STREET BALTIMORE MD 21202 | 12971 Debtor: WINN-DIXIE STORES, INC. | $27,571.50 | $27,571.50 | CURE AMOUNT FOR STORE 328 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 8/18/06 (DKT NO. 12180). |
| Creditor Id: 410746 TS MARGATE CO, LTD C/O SOUTHERN MGMT & DEV LTD ATTN STEVEN LEVIN, VP 21301 POWERLINE ROAD, STE 312 BOCA RATON FL 33433 Counsel: ATTN CRAIG A PUGATCH, ESQ | 9575 Debtor: WINN-DIXIE STORES, INC. | $47,769.68 | $47,769.68 | CURE AMOUNT FOR STORE 248 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 384404 TYRONE GARDENS LLC SCOTT ROSS 1825 MAIN STREET SUITE 105 WESTON, FL 33326 | 32224 Debtor: WINN-DIXIE STORES, INC. | $11,200.00 | $9,901.78 | REDUCED TO $9,901.78 BY 7/27/06 ORDER ON FIRST OMNIBUS MOTION DEEMING SCHEDULED CLAIMS AMENDED. CURE AMOUNT FOR STORE 671 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 410915 UNUM LIFE INSURANCE CO OF AMERICA C/O THOMPSON & KNIGHT LLP ATTN LESLEY C ARDEMAGNI, ESQ 1700 PACIFIC AVENUE, SUITE 3300 DALLAS TX 75201 | 10050 Debtor: WINN-DIXIE STORES, INC. | $608,849.98 | $0.00 | CURE AMOUNT FOR STORE 2354 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). CURE OF $28,878.67 TO BE PAID TO THE LANDLORD, RUTH GUEST HOUSE, INC. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| Creditor Id: 403475<br>VALLEYDALE ASSOCIATES LTD<br>C/O SPAIN & GILLON LLC<br>ATTN WALTER F MCARDLE, ESQ<br>THE ZINSZER BLDG<br>217 SECOND AVENUE NORTH<br>BIRMINGHAM AL 35203<br><br>Counsel: ATTN: NINA L AFLEUR | 13177<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $32,960.82 | $13,278.57 | CURE AMOUNT FOR STORE 514 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 2544<br>VALLEYDALE ASSOCIATES, LTD<br>2117 SECOND AVE<br>PO BOX 12767<br>BIRMINGHAM AL 35202-2767<br><br>Counsel: ATTN WALTER F MCARDLE, ESQ | 7308<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $453.94 | $0.00 | CURE AMOUNT FOR STORE 514 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN AMENDING CLAIM NUMBER 13177 (DKT NO. 12183). |
| Creditor Id: 264055<br>VENETIA VILLAGE CENTER<br>C/O SOUTHEAST LEASING & MGMT<br>1620 HENDRICKS AVE<br>JACKSONVILLE, FL 32207 | 2243<br>Debtor: WINN-DIXIE STORES, INC. | $8,250.00 | $8,250.00 | CURE AMOUNT FOR STORE 123 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 1972<br>VIGOUROUX DEVELOPMENT CO, LLC<br>C/O FOSHEE REALTY COMPANY, INC<br>ATTN MARY A JORDAN, PROPERTY MGR<br>ROBERT TURNER JR, AUTH AGENT<br>51 TACON STREET, STE B<br>MOBILE, AL 36607 | 4432<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $8,418.53 | $8,418.53 | CURE AMOUNT FOR STORE 591 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 410517<br>VILLAGE AURORA I, LLC<br>C/O SIZELER REAL ESTATE MGMT CO INC<br>ATTN TRACEY T TARLETON, ESQ<br>2542 WILLIAMS BLVD<br>KENNER LA 70062 | 8841<br>Debtor: WINN-DIXIE STORES, INC. | $38,627.65 | $43,232.86 | CURE AMOUNT FOR STORE 1426 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

Case 3:05-bk-03817-JAF    Document 13908    Filed 12/09/06    Page 68 of 93
Case 3:05-bk-03817-JAF    Doc 13031    Filed 12/09/06    Page 68 of 93

Page: 45 of 46
Date: 11/30/2005

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| Creditor Id: 408356<br>VILLAGE ROYALE PROPERTIES LLC<br>C/O BENESCH FRIEDLANDER ET AL<br>ATTN DAVID M NEUMANN, ESQ<br>200 PUBLIC SQUARE, 2300 BP TOWER<br>CLEVELAND OH 44114 | 7040<br>Debtor: WINN-DIXIE STORES, INC. | $87,363.00 | $28,883.85 | REDUCED TO $28,883.85 BY 8/24/06 FIFTEENTH OMNIBUS CLAIMS OBJECTION ORDER AND 10/3/06 ORDER AMENDING 8/24/06 FIFTEENTH OMNIBUS CLAIMS OBJECTION ORDER. CURE AMOUNT FOR STORE 212 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 410802<br>WD MARI/ANNA PORTFOLIO, LP<br>C/O H&R REIT<br>ATTN MORGAN BERRY<br>3625 DUFFERIN ST, SUITE 500<br>TORONTO ON ON M5K 1N4 CANADA<br><br>Counsel: ATTN MICHAEL S HELD, ESQ | 9734<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $40,108.42 | $36,494.00 | REDUCED TO $36,494. AND RECLASSIFIED BY 6/29/06 TWELFTH OMNIBUS CLAIMS OBJECTION ORDER. CURE AMOUNT FOR STORE 555 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 410802<br>WD MARI/ANNA PORTFOLIO, LP<br>C/O H&R REIT<br>ATTN MORGAN BERRY<br>3625 DUFFERIN ST, SUITE 500<br>TORONTO ON ON M5K 1N4 CANADA<br><br>Counsel: ATTN MICHAEL S HELD, ESQ | 9735<br>Debtor: WINN-DIXIE STORES, INC. | $40,108.42 | | CURE AMOUNT FOR STORE 555 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183) REFLECTED IN CLAIM NUMBER 9734. |
| Creditor Id: 403489<br>WEINACKER'S SHOPPING CENTER LLC<br>ATTN BA FRIEDMAN / S G WEINACKER<br>3809 CLARIDGE ROAD NORTH<br>MOBILE AL 36608 | 12949<br>Debtor: WINN-DIXIE STORES, INC. | $44,367.15 | $44,367.15 | CURE AMOUNT FOR STORE 1333 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Creditor Id: 407594<br>WEST TOWN CORNERS<br>C/O SIMON PROPERTY GROUP<br>LEGAL COLLECTIONS<br>ATTN PATTY SUMMERS (TROPEPE)<br>115 W WASHINGTON STREET<br>INDIANAPOLIS IN 46204 | 4540<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $80,444.59 | $106,807.23 | CURE AMOUNT FOR STORE 2388 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A
CLAIMS TO BE CLASSIFIED AS ADMINISTRATIVE
PRIORITY IN AMOUNTS FIXED BY COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Court Ordered Cure Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id:  407594**<br>WEST TOWN CORNERS<br>C/O SIMON PROPERTY GROUP<br>LEGAL COLLECTIONS<br>ATTN PATTY SUMMERS (TROPEPE)<br>115 W WASHINGTON STREET<br>INDIANAPOLIS  IN  46204 | 4541 | $100.00 | $0.00 | CURE AMOUNT FOR STORE 2388 DETERMINED BY 10/25/05 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 4540 (DKT NO. 12183). |
| Debtor: **WINN-DIXIE SUPERMARKETS, INC.** | | | | |
| **Creditor Id:  264701**<br>WESTWOOD SQUARE LTD<br>ATTN THENA GUNN, GENERAL MGR<br>ROBERT M BUCHANAN JR<br>PO BOX 1248<br>JACKSON, MS  39215-1248 | 4362 | $10,978.75 | $16,577.11 | CURE AMOUNT FOR STORE 2626 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Debtor: **WINN-DIXIE STORES, INC.** | | | | |
| **Creditor Id:  407704**<br>WMB PROPERTIES, LLC<br>C/O MAYNARD COOPER & GALE, PC<br>ATTN MATTHEW W GRILL, ESQ<br>1901 SIXTH AVENUE NORTH, SUITE 2400<br>BIRMINGHAM  AL  35203 | 5174 | $16,023.66 | $30,084.32 | CURE AMOUNT FOR STORE 564 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Debtor: **WINN-DIXIE STORES, INC.** | | | | |
| **Creditor Id:  410597**<br>ZEPHYR HILLS LAND TRUST<br>C/O DILORENZO PROPERTIES COMPANY<br>ATTN MARC DILORENZO, TRUSTEE<br>720 FIFTH AVE, 14TH FLOOR<br>NEW YORK  NY  10019-4107 | 9943 | $52,549.71 | $60,110.44 | REDUCED TO $52,024.21 BY 6/29/06 TWELFTH OMNIBUS CLAIMS OBJECTION ORDER.  CURE AMOUNT FOR STORE 683 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 (DKT NO. 12183). |
| Debtor: **WINN-DIXIE STORES, INC.** | | | | |
| Counsel: ATTN ROBERT J FEINSTEIN, ESQ | | | | |
| **Creditor Id:  407527**<br>ZIONS FIRST NATIONAL BANK<br>ATTN ANGELA STEPHENSON<br>DEPARTMENT 232-K5<br>PO BOX 30709<br>SALT LAKE CITY  UT  84130 | 4176 | $2,032,350.33 | $0.00 | CURE AMOUNT FOR STORE 1501 DETERMINED BY 10/25/06 ASSUMPTION ORDER CORRECTING ORDER DATED 10/4/06 REFLECTED IN CLAIM NUMBER 13211 (DKT NO. 12183). |
| Debtor: **WINN-DIXIE STORES, INC.** | | | | |

**Total Claims to be Reduced:** 259
**Total Amount to be Reduced:** $36,954,701.47 Plus Unliquidated Amounts, If Any
**Total Cure Amount** $4,794,272.26

**EXHIBIT B**

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - CLAIMS TO BE CLASSIFIED AS**
**ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE**
**DETERMINED BY SUBSEQUENT COURT ORDER**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| AEI NET LEASE INCOME & GROWTH ET AL | 9590 | $6,127,400.83 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| AVON SQUARE LTD | 30176 | $31,896.22 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| BG HIGHLANDS, LLC | 10065 | $20,006.91 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| BG HIGHLANDS, LLC | 10066 | $8,234.06 | Administrative | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| BIG PINE SHOPPING CENTER LLC | 12738 | $19,219.05 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| BUFFALO-LOL ASSOCIATES, LTD/ | 10139 | $69,678.80 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| CANTONMENT PARTNERS, LTD | 9996 | $1,518.82 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE MONTGOMERY, INC. | | | |
| CARDINAL ENTITIES COMPANY LLC | 30294 | $22,355.79 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| CARNEGIE COMPANIES, INC | 449 | $152,050.00 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| CEDAR HILLS CONSOLIDATED, LLC | 8708 | $79,037.69 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| CLAY PLAZA INVESTORS, LLC | 8680 | $35,283.11 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| CLINTON HOUSE COMPANY | 30532 | $900.00 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| COLONIAL REALTY LP | 5562 | $13,519.27 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - CLAIMS TO BE CLASSIFIED AS
ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE
DETERMINED BY SUBSEQUENT COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| COMMERCIAL NET LEASE REALTY, INC | 8609 | $60,612.78 | Multiple Classes | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| COMMERCIAL NET LEASE REALTY, INC | 8610 | $19,483.00 | Administrative | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | | |
| COMMERCIAL NET LEASE REALTY, INC | 8611 | $19,483.00 | Administrative | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| CONCORD-FUND IV RETAIL LP | 8252 | $41,000.00 | Multiple Classes | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| COOPER, MILTON | 9935 | $0.00 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| CRIIMI MAE SVCS LP., SERIES 1997-WF1 | 10601 | $0.00 | Multiple Classes | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| DANIEL G KAMIN MANDEVILLE, LLC | 9640 | $7,845,978.50 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | | |
| DBR ASSET MGMT, LLC AGENT FOR | 7894 | $39,191.95 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| DBR ASSET MGMT, LLC AGENT FOR | 7893 | $305,817.38 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| EAGLE HARBOR INVESTORS LLC | 8693 | $226,641.22 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| EASTDALE SQUARE, LLC TA | 10304 | $13,881.17 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| EASTGATE INVESTORS LLC | 8694 | $41,461.78 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| EASTGATE INVESTORS LLC | 8695 | $41,461.78 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - CLAIMS TO BE CLASSIFIED AS**
**ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE**
**DETERMINED BY SUBSEQUENT COURT ORDER**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| ELSTON/LEETSDALE LLC | 4935 | $0.00 | Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| EQUITY ONE (ALPHA) CORP | 10933 | $12,017.88 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| EQUITY ONE (COMMONWEALTH) INC | 10929 | $14,684.86 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| EQUITY ONE (DELTA) INC | 10934 | $18,882.63 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| EQUITY ONE (LANTANA) INC | 10935 | $59,239.19 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| EQUITY ONE (LOUISIANA PORTFOLIO) | 10936 | $19,438.29 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE MONTGOMERY, INC. | | | |
| EQUITY ONE (MONUMENT) INC | 10937 | $8,526.63 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| EQUITY ONE (POINT ROYALE) INC | 11258 | $8,470.83 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| EQUITY ONE (SUMMERLIN) INC | 10938 | $21,895.91 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| EQUITY ONE (WEST LAKE) INC | 11256 | $12,338.14 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| EQUITY ONE, INC | 10928 | $35,714.01 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE MONTGOMERY, INC. | | | |
| FLAGLER RETAIL ASSOCIATES LTD | 4934 | $0.00 | Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| FLORIDA DICKENS ASSOCIATES | 1659 | $93,774.60 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |

Case 3:05-bk-03817-JAF    Doc 13631    Filed 12/09/06    Page 74 of 35

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - CLAIMS TO BE CLASSIFIED AS**
**ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE**
**DETERMINED BY SUBSEQUENT COURT ORDER**

Page: 4 of 12
Date: 11/29/2006

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| FOUR FLORIDA SHOPPING CENTERS LP<br>Debtor: WINN-DIXIE STORES, INC. | 8489 | $13,409.38 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| FOUR FLORIDA SHOPPING CENTERS LP<br>Debtor: WINN-DIXIE STORES, INC. | 8490 | $14,838.88 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| GEHR FLORIDA DEVELOPMENT LLC<br>Debtor: WINN-DIXIE STORES, INC. | 9397 | $39,728.91 | Multiple Classes | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| GOODING'S SUPERMARKETS, INC<br>Debtor: WINN-DIXIE STORES, INC. | 8854 | $0.00 | Multiple Classes | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| GS II JACKSONVILLE REGIONAL, LLC<br>Debtor: WINN-DIXIE STORES, INC. | 10031 | $25,134.57 | Administrative | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| GS II JACKSONVILLE REGIONAL, LLC<br>Debtor: WINN-DIXIE STORES, INC. | 10055 | $27,164.50 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| INLAND SOUTHEAST BRIDGEWATER, LLC<br>Debtor: WINN-DIXIE STORES, INC. | 11033 | $0.00 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| INLAND SOUTHEAST LAKE OLYMPIA LP<br>Debtor: WINN-DIXIE STORES, INC. | 11032 | $40,835.14 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| INLAND SOUTHEAST ST CLOUD LP<br>Debtor: WINN-DIXIE STORES, INC. | 11034 | $7,288.40 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| INLAND SOUTHEAST ST CLOUD LP<br>Debtor: WINN-DIXIE STORES, INC. | 12945 | $14,463.05 | Multiple Classes | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| IRT PARTNERS, LP<br>Debtor: WINN-DIXIE STORES, INC. | 10931 | $669.25 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| KIMCO DELAWARE, INC., JOAN EIGER,<br>Debtor: WINN-DIXIE STORES, INC. | 9928 | $0.00 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| LONDON ASSOCIATES, LTD<br>Debtor: WINN-DIXIE STORES, INC. | 11023 | $11,038.38 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - CLAIMS TO BE CLASSIFIED AS**
**ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE**
**DETERMINED BY SUBSEQUENT COURT ORDER**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| MADISON INVESTORS, LLC FKA | 8681 | $54,140.94 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | Debtor: WINN-DIXIE STORES, INC. | | |
| MARKETPLACE LLC, THE | 8863 | $329,256.00 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | Debtor: WINN-DIXIE MONTGOMERY, INC. | | |
| MARKETPLACE LLC, THE | 8864 | $329,256.00 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | Debtor: WINN-DIXIE STORES, INC. | | |
| MARKETPLACE OF AMERICUS LLC | 8696 | $62,149.23 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | Debtor: WINN-DIXIE STORES, INC. | | |
| MARKETPLACE OF AMERICUS LLC | 8697 | $62,149.23 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | Debtor: WINN-DIXIE MONTGOMERY, INC. | | |
| MCP REAL, LLC (CURRY FORD EAST) | 11196 | $0.00 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | Debtor: WINN-DIXIE STORES, INC. | | |
| MCP REAL, LLC (CURRY FORD EAST) | 13266 | $20,393.66 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | Debtor: WINN-DIXIE STORES, INC. | | |
| MCW-RC FL-SHOPPES AT 104, LLC | 8720 | $29,952.56 | Multiple Classes | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | Debtor: WINN-DIXIE STORES, INC. | | |
| MONROEVILLE CENTER PARTNERS, LTD | 6040 | $22,419.97 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | Debtor: WINN-DIXIE STORES, INC. | | |
| MONROEVILLE CENTER PARTNERS, LTD | 6041 | $22,419.97 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | Debtor: WINN-DIXIE MONTGOMERY, INC. | | |
| MONROEVILLE CENTER PARTNERS, LTD | 13374 | $18,316.73 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | Debtor: WINN-DIXIE STORES, INC. | | |
| MONROEVILLE CENTER PARTNERS, LTD | 13375 | $18,316.73 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | Debtor: WINN-DIXIE MONTGOMERY, INC. | | |
| MOORINGS OF MANATEE INC | 10536 | $973.42 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | Debtor: WINN-DIXIE STORES, INC. | | |

Case 3:05-bk-03817-JAF   Doc 13908   Filed 12/09/2006   Page 76 of 93
Case 3:05-bk-03817-JAF   Document 13908   Filed 12/09/2006   Page 6 of 35

Page: 6 of 12
Date: 11/29/2006

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - CLAIMS TO BE CLASSIFIED AS**
**ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE**
**DETERMINED BY SUBSEQUENT COURT ORDER**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| MOULTON PROPERTIES, INC | 6797 | $50,634.71 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| MOULTON PROPERTIES, INC | 7384 | $56,409.28 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| MOULTRIE SQUARE NEW ORLEANS, LLC | 8679 | $37,913.98 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| NAVARRE SQUARE, LTD | 6049 | $22,606.55 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| NAVARRE SQUARE, LTD | 6050 | $22,606.55 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | | |
| NAVARRE SQUARE, LTD | 13377 | $37,411.57 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | | |
| NAVARRE SQUARE, LTD | 13378 | $37,411.57 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| NB85 ASSOCIATES | 10141 | $221,740.37 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| NEW PLAN EXCEL REALTY TRUST INC TA | 10294 | $16,833.66 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| NEW PLAN EXCEL REALTY TRUST INC TA | 10296 | $140,478.20 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| NEW PLAN EXCEL REALTY TRUST INC TA | 10297 | $95,390.98 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| NEW PLAN EXCEL REALTY TRUST INC TA | 10298 | $8,628.75 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| NINE MILE PARTNERS, LTD | 9995 | $763.76 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - CLAIMS TO BE CLASSIFIED AS**
**ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE**
**DETERMINED BY SUBSEQUENT COURT ORDER**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| NOM FRANKLIN LTD/HUEYTOWN | 9997 | $6,122.41 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | | |
| O'BRIEN KIERNAN INVESTMENT CO ET AL | 10980 | $0.00 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| PALM AIRE MARKETPLACE, LLC | 9927 | $0.00 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| PALM SPRINGS MILE ASSOCS, LTD | 11197 | $4,336.31 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| PRINCIPAL LIFE INSURANCE CO FKA | 8812 | $0.00 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| PRINCIPAL LIFE INSURANCE CO FKA | 8825 | $0.00 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| PRINCIPAL LIFE INSURANCE CO FKA | 8827 | $0.00 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| PRUDENTIAL CO - ST JOHN'S COMMONS | 7398 | $77,677.11 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| PRUDENTIAL CO - STILES CORPORATION | 7397 | $28,597.80 | Multiple Classes | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| RAMCO-GERSHENSON PROPERTIES LP | 10331 | $38,101.42 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| REGENCY CENTERS, LP | 8723 | $14,737.98 | Multiple Classes | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| REGENCY CENTERS, LP | 10947 | $8,815.87 | Multiple Classes | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| RLV MARKETPLACE LP | 10665 | $13,482.07 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - CLAIMS TO BE CLASSIFIED AS**
**ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE**
**DETERMINED BY SUBSEQUENT COURT ORDER**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| ROBERTSDALE DEVELOPMENT, LLC<br>Debtor: WINN-DIXIE STORES, INC. | 12050 | $4,087.03 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| ROBERTSDALE DEVELOPMENT, LLC<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 12051 | $4,087.03 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| RONALD BENDERSON 1995 TR/BENDERSON<br>Debtor: WINN-DIXIE STORES, INC. | 10145 | $43,692.96 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| SALERNO VILLAGE SHOPPING CENTER LLC<br>Debtor: WINN-DIXIE STORES, INC. | 10927 | $34,026.12 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| SEMORAN RETAIL LLC<br>Debtor: WINN-DIXIE STORES, INC. | 31921 | $32,756.35 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| SHOPPES AT LAKE AVENUE INC<br>Debtor: WINN-DIXIE STORES, INC. | 6740 | $1,810.53 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| SHOPPES AT LAKE AVENUE INC<br>Debtor: WINN-DIXIE STORES, INC. | 12935 | $17,774.01 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| SHOPPES OF LIBERTY CIT LLC<br>Debtor: WINN-DIXIE STORES, INC. | 10648 | $8,908.54 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| SOUTHLAND-CRYSTAL RIVER WD DEL BUS<br>Debtor: WINN-DIXIE STORES, INC. | 10865 | $6,914.15 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| SOUTHLAND-POINCIANA WD DE BUS TRUST<br>Debtor: WINN-DIXIE STORES, INC. | 10868 | $8,986.72 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| SOUTHVIEW SQUARE, LLC TA<br>Debtor: WINN-DIXIE STORES, INC. | 10303 | $20,450.85 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| SRT ACQUISITION LP<br>Debtor: WINN-DIXIE STORES, INC. | 11253 | $32,000.00 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| ST STEPHENS SQUARE PARTNERS<br>Debtor: WINN-DIXIE STORES, INC. | 6038 | $6,828.78 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - CLAIMS TO BE CLASSIFIED AS**
**ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE**
**DETERMINED BY SUBSEQUENT COURT ORDER**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| ST STEPHENS SQUARE PARTNERS | 6039 | $6,828.78 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | | |
| ST STEPHENS SQUARE PARTNERS | 13373 | $8,705.21 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| ST STEPHENS SQUARE PARTNERS | 13376 | $8,705.21 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | | |
| SUNSET WEST SHOPPING PLAZA | 11101 | $0.00 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| SWISS RE ASSET MGMT (AMERICAS) INC | 10076 | $0.00 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| SWISS RE ASSET MGMT (AMERICAS) INC | 10090 | $0.00 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | | |
| TA CRESTHAVEN LLC | 4936 | $0.00 | Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| TIGER CROSSING WD | 13420 | $30,099.60 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | | |
| TS PIERCE SC CO LTD | 32223 | $36,461.80 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| UIRT-SKIPPER PALMS, LLC | 10939 | $53,554.99 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| UNUM LIFE INSURANCE CO OF AMERICA | 10051 | $559,680.00 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| UNUM LIFE INSURANCE CO OF AMERICA | 10052 | $874,712.47 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| VICTORY BERRYLAND LLC | 8711 | $76,242.36 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - CLAIMS TO BE CLASSIFIED AS**
**ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE**
**DETERMINED BY SUBSEQUENT COURT ORDER**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| VICTORY BERRYLAND LLC<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 8712 | $76,242.36 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| VICTORY COLDWATER PLAZA, LLC<br>Debtor: WINN-DIXIE STORES, INC. | 8709 | $25,619.59 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| VICTORY COLDWATER PLAZA, LLC<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 8710 | $25,619.59 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| VICTORY GRETNA LLC<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 8698 | $172,864.58 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| VICTORY GRETNA LLC<br>Debtor: WINN-DIXIE STORES, INC. | 8699 | $172,864.58 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| VICTORY KENNER, LLC<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 8682 | $110,137.87 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| VICTORY KENNER, LLC<br>Debtor: WINN-DIXIE STORES, INC. | 8683 | $110,137.87 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| VICTORY RIVER SQUARE, LLC<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 8706 | $58,678.45 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| VICTORY RIVER SQUARE, LLC<br>Debtor: WINN-DIXIE STORES, INC. | 8707 | $58,678.45 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| VICTORY SAKS PLAZA, LLC<br>Debtor: WINN-DIXIE STORES, INC. | 8691 | $38,410.61 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| VICTORY SAKS PLAZA, LLC<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 8692 | $38,410.61 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| VICTORY THREE NOTCH PLAZA, LLC<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 8684 | $37,090.64 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| VICTORY THREE NOTCH PLAZA, LLC<br>Debtor: WINN-DIXIE STORES, INC. | 8685 | $37,090.64 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |

Case 3:05-bk-03817-JAF    Document 13908    Filed 12/09/06    Page 23 of 35
Case 3:05-bk-03817-JAF    Doc 13031    Filed 12/09/06    Page 81 of 93

Page: 11 of 12
Date: 11/29/2006

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - CLAIMS TO BE CLASSIFIED AS**
**ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE**
**DETERMINED BY SUBSEQUENT COURT ORDER**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| WATCH OMEGA HOLDINGS, LP BY | 12891 | $6,158.92 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | | Debtor: WINN-DIXIE STORES, INC. |
| WATKINS INVESTMENTS, LP | 4108 | $0.00 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS |
| | | | | | Debtor: WINN-DIXIE STORES, INC. |
| WD GREEN COVE TRUST | 13023 | $6,267.81 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | | Debtor: WINN-DIXIE STORES, INC. |
| WD HILLARD, LLC | 9632 | $4,996,948.42 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | | Debtor: WINN-DIXIE STORES, INC. |
| WD HILLARD, LLC | 9633 | $7,985,725.59 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | | Debtor: WINN-DIXIE STORES, INC. |
| WD JACKSONVILLE TRUST | 13022 | $9,925.85 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | | Debtor: WINN-DIXIE STORES, INC. |
| WD MILTON PORTFOLIO, LP | 9736 | $25,994.60 | Multiple Classes | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | | Debtor: WINN-DIXIE MONTGOMERY, INC. |
| WD MILTON PORTFOLIO, LP | 9737 | $25,994.60 | Multiple Classes | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | | Debtor: WINN-DIXIE STORES, INC. |
| WD MONTGOMERY, LLC | 9631 | $4,840,516.46 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | | Debtor: WINN-DIXIE MONTGOMERY, INC. |
| WD PASCO TRUST | 13024 | $9,109.95 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | | Debtor: WINN-DIXIE STORES, INC. |
| WEIGEL, PATRICIA OR MARSHALL TTEES | 11127 | $0.00 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | | Debtor: WINN-DIXIE MONTGOMERY, INC. |
| WEIGEL, PATRICIA OR MARSHALL TTEES | 11128 | $0.00 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | | Debtor: WINN-DIXIE STORES, INC. |
| WEINGARTEN REALTY INVESTORS | 9678 | $185,337.97 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | | | | | Debtor: WINN-DIXIE STORES, INC. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - CLAIMS TO BE CLASSIFIED AS**
**ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE**
**DETERMINED BY SUBSEQUENT COURT ORDER**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| WILMINGTON TRUST CO/WADE, WJ, TTEES | 10871 | $12,773.98 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | |
| WILMINGTON TRUST CO/WADE, WJ, TTEES | 10869 | $4,291.17 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | |
| WILMINGTON TRUST COMPANY, TTEE | 10872 | $11,772.27 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | |
| WRI/TEXLA LLC | 9676 | $50,980.44 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | Debtor: WINN-DIXIE STORES, INC. | | | | |
| WRI/TEXLA LLC | 10124 | $50,980.44 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | |
| WYE PARTNERS, LTD | 9998 | $18,048.86 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | |

**Total Claims to be Reclassified:** 149
**Total Amount to be Reclassified:** $38,726,008.84      Plus Unliquidated Amounts, If Any

**EXHIBIT C**

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - CLAIMS TO BE DISALLOWED**
**(ASSUMED AND ASSIGNED LEASES)**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 241234**<br>145 ASSOCIATES LTD<br>PO BOX 460<br>VALLEY STREAM, NY 11582 | 4974<br>Debtor: WINN-DIXIE STORES, INC. | $21,829.67 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| Counsel: ATTN KENNETH A SHAPIRO, ESQ | | | |
| **Creditor Id: 243998**<br>BRIGHT-MEYERS DUBLIN ASSOCS, LP<br>C/O MILLER & MARTIN PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 60<br>ATLANTA GA 30309-7706 | 12887<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $0.00 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| Counsel: ATTN CATHERINE A HARRISON, ESQ | | | |
| **Creditor Id: 243998**<br>BRIGHT-MEYERS DUBLIN ASSOCS, LP<br>C/O MILLER & MARTIN PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 60<br>ATLANTA GA 30309-7706 | 12888<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| Counsel: ATTN CATHERINE A HARRISON, ESQ | | | |
| **Creditor Id: 2138**<br>CHESTER DIX PIKEVILLE CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY, NY 11590 | 12143<br>Debtor: WINN-DIXIE STORES, INC. | $2,457,438.19 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| Counsel: ATTN EDWIN W HELD JR, ESQ | | | |
| **Creditor Id: 1355**<br>FW 16 LLC<br>ATTN THOMAS J CANNON, PRESIDENT<br>314 S MISSOURI AVENUE, SUITE 305<br>CLEARWATER, FL 33756 | 8060<br>Debtor: WINN-DIXIE STORES, INC. | $338,585.12 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| **Creditor Id: 410719**<br>GATOR CARRIAGE PARTNERS, LTD<br>C/O FROST BROWN TODD LLC<br>ATTN: KYLE R GRUBBS, ESQ<br>2200 PNC CENTER<br>201 EAST FIFTH STREET<br>CINCINNATI OH 45202 | 9524<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - CLAIMS TO BE DISALLOWED
(ASSUMED AND ASSIGNED LEASES)

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 410721**<br>GATOR JACARANDA LTD<br>C/O FROST BROWN TODD LLC<br>ATTN: KYLE R GRUBBS, ESQ<br>2200 PNC CENTER<br>201 EAST FIFTH STREET<br>CINCINNATI OH 45202 | 9522<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| **Creditor Id: 250204**<br>GHI OF WEST PALM BEACH LLC<br>ATTN FLORIAN GHITAS, PRESIDENT<br>3140 SW 118TH TERRACE<br>DAVIE, FL 33325 | 2467<br>Debtor: | $25,589.03<br>WINN-DIXIE STORES, INC. | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| **Creditor Id: 252127**<br>INDIAN VILLAGE<br>C/O COLUMBIA PROPERTIES INC<br>1355 TERRELL MILL ROAD<br>BLDG 1478 SUITE 200<br>MARIETTA GA 30067 | 36435<br>Debtor: | $4,540.11<br>WINN-DIXIE RALEIGH, INC. | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| **Creditor Id: 255931**<br>MDC SOUTH WIND LTD<br>C/O MENIN DEVELOPMENT CO INC<br>3501 PGA BLVD SUITE 201<br>PALM BEACH GARDEN, FL 33410 | 31192<br>Debtor: | $212.46<br>WINN-DIXIE STORES, INC. | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| **Creditor Id: 410364**<br>NORTH HIXSON MARKETPLACE, LLC<br>C/O WILES & WILES<br>ATTN JOHN J WILES, ESQ<br>800 KENNESAW AVENUE, SUITE 400<br>MARIETTA GA 30060-7946 | 7282<br>Debtor: | $81,137.34<br>WINN-DIXIE RALEIGH, INC. | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| **Creditor Id: 411089**<br>PMAT FLAMINGO, LLC<br>C/O SHER GARNER CAHILL ET AL<br>ATTN NEAL J KLING, ESQ<br>909 POYDRAS STREET, 28TH FLOOR<br>NEW ORLEANS LA 70112 | 11024<br>Debtor: | $24,908.69<br>WINN-DIXIE STORES, INC. | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - CLAIMS TO BE DISALLOWED
(ASSUMED AND ASSIGNED LEASES)

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 411089**<br>PMAT FLAMINGO, LLC<br>C/O SHER GARNER CAHILL ET AL<br>ATTN NEAL J KLING, ESQ<br>909 POYDRAS STREET, 28TH FLOOR<br>NEW ORLEANS LA 70112 | 13370<br>Debtor: | $30,349.22<br>WINN-DIXIE STORES, INC. | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| **Creditor Id: 2492**<br>RV MANAGEMENT COMPANY<br>9100 BATTLE POINT DRIVE NE<br>BAINBRIDGE ISLAND WA 98110-1482<br>Counsel: ATTN DAVID FARMER/PAUL READY, ESQS | 6637<br>Debtor: | $931,239.07<br>WINN-DIXIE STORES, INC. | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| **Creditor Id: 384339**<br>S&C PROPERTIES<br>1100 SPRING ST NW, BLDG 550<br>ATLANTA GA 30367-0001 | 37752<br>Debtor: | $19,367.38<br>WINN-DIXIE RALEIGH, INC. | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| **Creditor Id: 261008**<br>SHOPPES AT 18TH & COMMERCIAL INC<br>ATTN AMY SEIDMAN<br>1717 E COMMERCIAL BLVD<br>FT LAUDERDALE, FL 33334 | 3785<br>Debtor: | $31,303.54<br>WINN-DIXIE STORES, INC. | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| **Creditor Id: 261149**<br>SKS PROPERTIES LC<br>240 SOUTH PINEAPPLE AVE<br>STE 702<br>SARASOTA FL 34236 | 31561<br>Debtor: | $2,971.45<br>WINN-DIXIE STORES, INC. | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| **Creditor Id: 261171**<br>SMALL PROPERTIES<br>PO BOX 10287<br>GREENVILLE, SC 29603-0287 | 31563<br>Debtor: | $12,806.56<br>WINN-DIXIE STORES, INC. | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| **Creditor Id: 269352**<br>SOUTHLAND-SUMMERVILLE WD, SUCCESSOR<br>TO PEREGRINE PROPERTIES LP<br>C/O NEAL, GERBER & EISENBERG<br>ATTN THOMAS C WOLFORD, ESQ<br>2 NORTH LA SALLE STREET, STE 2300<br>CHICAGO, IL 60602-3801 | 2587<br>Debtor: | $36,350.84<br>WINN-DIXIE RALEIGH, INC. | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - CLAIMS TO BE DISALLOWED
(ASSUMED AND ASSIGNED LEASES)

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 263271**<br>TOWER ASSOCIATES LTD<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 | 12894<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| **Creditor Id: 263271**<br>TOWER ASSOCIATES LTD<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 | 12895<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $0.00 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| **Creditor Id: 1951**<br>TUNICA VILLAGE PARTNERSHIP<br>C/O ACADIAN MANAGEMENT<br>ATTN BARBARA KIZER, OWNER<br>PO BOX 1268<br>MADISONVILLE, LA 70447 | 9954<br>Debtor: WINN-DIXIE STORES, INC. | $1,738.08 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| **Creditor Id: 423067**<br>VICTORIA SQUARE PARTNERS, LLC<br>C/O SAUL EWING, LLP<br>ATTN JOYCE A KUHNS, ESQ<br>500 PRATT STREET<br>BALTIMORE MD 21202 | 12970<br>Debtor: WINN-DIXIE STORES, INC. | $2,631.11 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| **Creditor Id: 407469**<br>WILMINGTON TRUST COMPANY, TTEE<br>SOUTHLAND-ANDERSON MO DEL BUS TRUST<br>C/O NEAL GERBER & EISENBERG LLP<br>ATTN THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2300<br>CHICAGO IL 60602 | 10873<br>Debtor: WINN-DIXIE RALEIGH, INC. | $8,207.41 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| **Creditor Id: 264937**<br>WINDSOR STATION LLC<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242<br>Transferee: LCH OPPORTUNITIES LLC | 8034<br>Debtor: WINN-DIXIE RALEIGH, INC. | $39,886.36 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - CLAIMS TO BE DISALLOWED
(ASSUMED AND ASSIGNED LEASES)

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 264937**<br>WINDSOR STATION LLC<br>C/O PHILLIPS EDISON & CO. LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242<br><br>Transferee: LCH OPPORTUNITIES LLC | 8035<br>Debtor: WINN-DIXIE STORES, INC. | $39,886.36 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| **Creditor Id: 1115**<br>YORK, BENNETT V<br>C/O SOUTHGATE REALTY, LLC<br>PO BOX 16615<br>HATTIESBURG MS 39402<br><br>Counsel: ATTN MARCUS M WILSON, ESQ | 8849<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $46,607.81 | REDUCED TO $21,826 BY 6/15/06 ELEVENTH OMNIBUS CLAIMS OBJECTION ORDER. ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| **Total Claims to be Disallowed:** | 27 | | |
| **Total Amount to be Disallowed:** | $4,157,585.80 | Plus Unliquidated Amounts, If Any | |

**EXHIBIT D**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT D - CLAIMS TO BE DISALLOWED
(TERMINATED LEASES)

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 241342**<br>ALS TELFAIR PLAZA<br>PO BOX 1097<br>CORDELE, GA 31010 | 35822<br>Debtor: WINN-DIXIE RALEIGH, INC. | $20,032.85 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S) WAIVED. |
| **Creditor Id: 248729**<br>EBR, LLC<br>7732 GOODWOOD BLVD, STE V<br>BATON ROUGE, LA 70806<br><br>Counsel: ATTN RANDY ROUSSEL, ESQ | 10109<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $638,248.22 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S) WAIVED. |
| **Creditor Id: 248729**<br>EBR, LLC<br>7732 GOODWOOD BLVD, STE V<br>BATON ROUGE, LA 70806<br><br>Counsel: ATTN RANDY ROUSSEL, ESQ | 10110<br>Debtor: WINN-DIXIE STORES, INC. | $638,248.22 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S) WAIVED. |
| **Creditor Id: 410525**<br>FOUR FLORIDA SHOPPING CENTERS LP<br>C/O THE BROWN COMPANY<br>ATTN ALFRED BROWN<br>7753 LAKE WORTH ROAD<br>LAKE WORTH FL 33467 | 8488<br>Debtor: WINN-DIXIE STORES, INC. | $18,804.04 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S) WAIVED. |
| **Creditor Id: 410976**<br>GREAT OAK, LLC<br>BY GE CAPITAL REALTY GROUP INC, AGT<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN LESLIE A BERKOFF, ESQ<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | 12443<br>Debtor: WINN-DIXIE STORES, INC. | $8,975.08 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S) WAIVED. |
| **Creditor Id: 410788**<br>IRT PARTNERS, LP<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 | 10932<br>Debtor: WINN-DIXIE STORES, INC. | $1,264.30 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S) WAIVED. |

Page: 2 of 4
Date: 11/29/2006

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT D - CLAIMS TO BE DISALLOWED
(TERMINATED LEASES)

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 411030<br>JEM INVESTMENTS, LTD<br>C/O HILL WARD & HENDERSON, PA<br>ATTN PAIGE A GREENLEE, ESQ<br>101 E KENNEDY BLVD, STE 3700<br>TAMPA FL 33602 | 10680<br>**Debtor:** WINN-DIXIE STORES, INC. | $100,000.00 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S) WAIVED. |
| **Creditor Id:** 410735<br>KITE EAGLE CREEK, LLC<br>C/O ICE MILLER<br>ATTN MARK A BOGDANOWICZ ESQ<br>ONE AMERICAN SQUARE, BOX 82001<br>INDIANAPOLIS IN 46282-0200 | 9592<br>**Debtor:** WINN-DIXIE STORES, INC. | $205,197.68 | REDUCED TO $195,944.89 BY 4/20/06 SEVENTH OMNIBUS CLAIMS OBJECTION ORDER. LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S) WAIVED. |
| **Creditor Id:** 1524<br>LAGRANGE MARKETPLACE LLC<br>C/O RETAIL MANAGEMENT GROUP INC<br>ATTN JULIE BEALL, COO<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-1036<br>Counsel: ATTN JEFFERY J HARTLEY, ESQ | 10948<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $1,298,930.68 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S) WAIVED. |
| **Creditor Id:** 255932<br>MDC WESTGATE LTD<br>MENIN DEVELOPMENT CO INC<br>3501 PGA BLVD SUITE 201<br>PALM BEACH GARDENS, FL 33410 | 255932<br>**Debtor:** WINN-DIXIE STORES, INC. | $108,730.11 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S) WAIVED. |
| **Creditor Id:** 410781<br>MSC, LLC<br>C/O RETAIL MANAGEMENT GROUP<br>ATTN JULIE BEALL, COO<br>PO BOX 11407<br>BIRMINGHAM AL 35426-1036<br>Counsel: ATTN JEFFERY J HARTLEY, ESQ | 10950<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $2,217,015.36 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S) WAIVED. |
| **Creditor Id:** 1647<br>NEWTON ASSOCIATES<br>C/O RICHARD G HOEFLING, ESQ<br>PO BOX 269<br>GASTONIA NC 28053 | 5292<br>**Debtor:** WINN-DIXIE STORES, INC. | $30,799.43 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S) WAIVED. |

Case 3:05-bk-03817-JAF    Document 13908    Filed 12/09/06    Page 92 of 93
Case 3:05-bk-03817-JAF    Doc 13031    Filed 12/09/06    Page 92 of 93

Page: 3 of 4
Date: 11/29/2006

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT D - CLAIMS TO BE DISALLOWED
(TERMINATED LEASES)

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 258937<br>PROCACCI COMMERICAL REALTY INC<br>PO BOX 93-4246<br>MARGATE, FL 33063-4246 | 31421<br>**Debtor:** WINN-DIXIE STORES, INC. | $30,363.54 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S)<br>WAIVED. |
| **Creditor Id:** 397808<br>SC (WESTLAND PROMENADE) LTD PARTNERSHIP<br>ONE N CLEMATIS STREET, SUITE 305<br>WEST PALM BEACH, FL 33401 | 32244<br>**Debtor:** WINN-DIXIE STORES, INC. | $43,875.68 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S)<br>WAIVED. |
| **Creditor Id:** 260810<br>SHANNON VILLAGE SHOPPING CENTER INC<br>PO BOX 676<br>LOUISBURG, NC 27549 | 36774<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $10,937.08 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S)<br>WAIVED. |
| **Creditor Id:** 407465<br>STILES WEST ASSOCIATES, LTD<br>C/O BERGER SINGERMAN, PA<br>ATTN: ARTHUR J SPECTOR, ESQ<br>350 E LAS OLAS BLVD, STE 1000<br>FORT LAUDERDALE FL 33301 | 4201<br>**Debtor:** WINN-DIXIE STORES, INC. | $5,370.87 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S)<br>WAIVED. |
| **Creditor Id:** 256735<br>TARBUTTON, HUGH M<br>KAOLIN PLAZA MGMT ACCT<br>PO BOX 269<br>SANDERSVILLE, GA 31082 | 36579<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $8,846.17 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S)<br>WAIVED. |
| **Creditor Id:** 407766<br>TRANSAMERICA LIFE INSURANCE CO<br>C/O AEGON USA REALTY ADVISORS, INC<br>ATTN BILL SINDLINGER, VP & COUNSEL<br>4333 EDGEWOOD ROAD NE<br>CEDAR RAPIDS IA 52499-5220<br><br>Counsel: ATTN C TIMOTHY CORCORAN III, ESQ | 5580<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $76,222.25 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S)<br>WAIVED. |
| **Creditor Id:** 407766<br>TRANSAMERICA LIFE INSURANCE CO<br>C/O AEGON USA REALTY ADVISORS, INC<br>ATTN BILL SINDLINGER, VP & COUNSEL<br>4333 EDGEWOOD ROAD NE<br>CEDAR RAPIDS IA 52499-5220<br><br>Counsel: ATTN C TIMOTHY CORCORAN III, ESQ | 5581<br>**Debtor:** WINN-DIXIE STORES, INC. | $76,222.25 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S)<br>WAIVED. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT D - CLAIMS TO BE DISALLOWED
(TERMINATED LEASES)

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 410857**<br>VILLAGE ON WHITESBURG, LLC<br>C/O JOHNSTON MOORE MAPLES ET AL<br>ATTN STUART M MAPLES, ESQ<br>400 MERIDIAN STREET, SUITE 301<br>HUNTSVILLE  AL  35801 | 9895<br>Debtor:  WINN-DIXIE STORES, INC. | $1.00 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S)<br>WAIVED. |
| **Creditor Id: 410548**<br>VOW, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN C ELLIS BRAZEAL, III, ESQ.<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM  AL  35203 | 8536<br>Debtor:  WINN-DIXIE MONTGOMERY, INC. | $19,055.55 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S)<br>WAIVED. |
| **Creditor Id: 410548**<br>VOW, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN C ELLIS BRAZEAL, III, ESQ.<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM  AL  35203 | 8537<br>Debtor:  WINN-DIXIE STORES, INC. | $19,055.55 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S)<br>WAIVED. |
| **Creditor Id: 2662**<br>WAYNESVILLE SHOPPING CENTER, LLC<br>C/O RONALD L HOOKER<br>435 OVERLOOK DRIVE<br>MAGGIE  VALLEY  NC  28751<br><br>Counsel: ATTN JEAN WINBORNE BOYLES, ESQ | 2662<br>Debtor:  WINN-DIXIE RALEIGH, INC. | $47,034.26 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S)<br>WAIVED. |
| **Creditor Id: 2662**<br>WAYNESVILLE SHOPPING CENTER, LLC<br>C/O RONALD L HOOKER<br>435 OVERLOOK DRIVE<br>MAGGIE  VALLEY  NC  28751<br><br>Counsel: ATTN JEAN WINBORNE BOYLES, ESQ | 8362<br>Debtor:  WINN-DIXIE STORES, INC. | $47,034.26 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S)<br>WAIVED. |
| Total Claims to be Disallowed: | 24 | | |
| Total Amount to be Disallowed: | $5,670,264.43 | Plus Unliquidated Amounts, If Any | |