UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., et al.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about December 4, 2006 I caused copies of:

- the **Second Order Disallowing (A) Duplicate Different Debtor Claims and (B) Duplicate Liability Claims, as Set Forth in the Debtors' Twentieth Omnibus Claims Objection**

   to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: December 8, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code:37

# EXHIBIT A
# SERVICE LIST

Case 3:05-bk-03817-JAF   Doc 13032   Filed 12/09/06   Page 3 of 20

SERVICE LIST
Page 1 of 3

Second Order Disallowing (A) Duplicate Different
Debtor Claims and (B) Duplicate Liability Claims, As
Set Forth in the Debtors' Twentieth Onibus Claims Objection

**DEBTOR:**  WINN-DIXIE STORES, INC., ET AL.                              **CASE:**  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 241522-12<br>ACHILLES REALTY COMPANY<br>FLETCHER BRIGHT CO, AS AGENT<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 | CREDITOR ID: 241522-12<br>ACHILLES REALTY COMPANY<br>C/O MILAM HOWARD NICANDRI ET AL<br>ATTN:  PETER E NICANDRI ESQ<br>14 EAST BAY STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 410534-15<br>ALBION PACIFIC PROP RESOURCES, LLC<br>ATTN MARIA AHEDO<br>1438 GOWER STREET, BLDG 42, STE 401<br>BOX 11<br>LOS ANGELES CA 90028 |
| CREDITOR ID: 410534-15<br>ALBION PACIFIC PROP RESOURCES, LLC<br>C/O ALLEN, MATKINS, LECK, ET AL<br>ATTN I M GOLD/N B WARANOFF<br>THREE EMBARCADERO CENTER, 12TH FL<br>SAN FRANCISCO CA 94111-4105 | CREDITOR ID: 408198-15<br>ARNOBO ASSOCIATES PARTNERSHIP<br>C/O HARTMAN SIMONS SPIELMAN ETAL<br>ATTN SAMUEL R ARDEN, ESQ<br>6400 POWERS FERRY ROAD NW, STE 400<br>ATLANTA GA 30339 | CREDITOR ID: 408198-15<br>ARNOBO ASSOCIATES PARTNERSHIP<br>C/O KLUGER PERETZ KAPLAN & BERLINE<br>ATTN: BRADLEY S SHRAIBERG, ESQ<br>2385 NW EXECUTIVE CTR DR, STE 300<br>BOCA RATON FL 33431 |
| CREDITOR ID: 2079-07<br>BANK OF AMERICA, NA, TRUSTEE<br>FOR BETTY G HOLLAND<br>C/O CNM ASSOC<br>950 EAST PACES FERRY ROAD<br>ATLANTA GA 30326 | CREDITOR ID: 2079-07<br>BANK OF AMERICA, NA, TRUSTEE<br>C/O KITCHENS KELLEY GAYNES PC<br>ATTN:  HEATHER D DAWSON ESQ<br>STE 900, 11 PIEMONT CENTER<br>3495 PIEMONT ROAD NE<br>ATLANTA GA 30305 | CREDITOR ID: 1141-07<br>BROAD STREET STATION SC, LLC<br>C/O KENNEDY, COVINGTON, ET AL<br>ATTN AMY PRITCHARD WILLIAMS, ESQ<br>HEARST TOWER 47TH FLOOR<br>214 NORTH TRYON STREET<br>CHARLOTTE, NC 28202 |
| CREDITOR ID: 535042-98<br>CAPITAL INVESTORS<br>ATTN HELENA DE YOUNG<br>ONE UNIVERSITY PLAZA SUITE 312<br>HACKENSACK NJ 07601 | CREDITOR ID: 410393-15<br>CAPSTONE ADVISORS - CARRINGTON DEV<br>ASSOCIATES<br>C/O KATTEN MUCHIN ROSENMAN LLP<br>ATTN THOMAS J LEANSE, ESQ<br>2029 CENTURY PARK EAST, SUITE 2600<br>LOS ANGELES CA 90067 | CREDITOR ID: 247147-12<br>CPM ASSOCIATES, LP<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREET STREET NE, STE 800<br>ATLANTA GA 30309-7706 |
| CREDITOR ID: 410823-15<br>DANIEL G KAMIN & DANIEL G KAMIN<br>C/O HELD & ISRAEL<br>ATTN KIMBERLY HELD ISRAEL, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 410823-15<br>DANIEL G KAMIN & DANIEL G KAMIN<br>BRYNN MARR ENTERPRIZES<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, TRUSTEE<br>490 SOUTH HIGHLAND AVENUE<br>PITTSBURGH PA 15206 | CREDITOR ID: 410826-15<br>DANIEL G KAMIN ZACHARY ENTERPRIZES<br>C/O HELD & ISRAEL<br>ATTN KIMBERLY HELD ISRAEL, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 383208-15<br>E&A SOUTHEAST LP DBA<br>RESERVOIR SQUARE BRANDON, MS<br>C/O KITCHENS KELLEY GAYNES PC<br>ATTN MARK A KELLEY, ESQ<br>3495 PIEDMONT RD NE BLDG 11 STE 900<br>ATLANTA GA 30305 | CREDITOR ID: 383208-15<br>E&A SOUTHEAST LP DBA<br>C/O KELLEY DRYE & WARREN LLP<br>ATTN: ROBERT LEHANE, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178-0002 | CREDITOR ID: 1294-07<br>E&A SOUTHEAST, LP<br>C/O RESERVOIR SQUARE<br>PO BOX 528<br>COLUMBIA, SC 29202 |
| CREDITOR ID: 248782-12<br>EDENS & AVANT PROPERTIES LP DBA<br>MAGEE SHOPPING CENTER<br>PO BOX 528<br>COLUMBIA SC 29202 | CREDITOR ID: 1320-07<br>FRO LLC VII<br>C/O JAMES M HASTINGS, CPA<br>305 PIPING ROCK DRIVE<br>SILVER SPRINGS, MD 20905 | CREDITOR ID: 1320-07<br>FRO LLC VII<br>C/O ARENT FOX PLLC<br>ATTN MARY JOANNE DOWD, ESQ.<br>1050 CONNECTICUT AVENUE NW<br>WASHINGTON DC 20036-5339 |
| CREDITOR ID: 2255-07<br>GENOA ASSOCIATES LLC<br>NICHOLLS & CRAMPTON, PA<br>ATTN K SINK/G CRAMPTON, ESQS<br>PO BOX 18237<br>RALEIGH NC 27619 | CREDITOR ID: 2255-07<br>GENOA ASSOCIATES LLC<br>ATTN S C BRYAN, MGR<br>PO BOX 919<br>GOLDSBORO, NC 27533 | CREDITOR ID: 1395-07<br>GREENVILLE GROCERY LLC<br>C/O WOMBLE CARLYLE SANDRIDGE & RICE<br>ATTN JEFFREY L TARKENTON, ESQ<br>1401 EYE STREET NW, 7TH FL<br>WASHINGTON DC 20005 |
| CREDITOR ID: 1395-07<br>GREENVILLE GROCERY LLC<br>C/O STUTSMAN THAMES & MARKEY, PA<br>ATTN RICHARD R THAMES<br>50 N LAURA STREET<br>SUITE 1600<br>JACKSONVILLE FL 32202 | CREDITOR ID: 1395-07<br>GREENVILLE GROCERY LLC<br>C/O JP METZ CO, INC<br>ATTN DANIEL MELROD, GP<br>6931 ARLINGTON ROAD, SUITE 510<br>BETHESDA MD 20815 | CREDITOR ID: 252126-12<br>INDIAN TRAIL SQUARE  LLC<br>C/O SHUTTS & BOWEN, LLP<br>ATTN ANDREW M BRUMBY, ESQ<br>300 SOUTH ORANGE AVE, STE 1000<br>ORLANDO FL 32801 |

Case 3:05-bk-03817-JAF    Doc 13032    Filed 12/09/06    Page 4 of 20

SERVICE LIST
Page 2 of 3

Second Order Disallowing (A) Duplicate Different
Debtor Claims and (B) Duplicate Liability Claims, As
Set Forth in the Debtors' Twentieth Onibus Claims Objection

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                                               **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 252126-12<br>INDIAN TRAIL SQUARE  LLC<br>C/O DAHLEM REALTY<br>1020 INDUSTRY ROAD, STE 40<br>LEXINGTON KY 40505 | CREDITOR ID: 252126-12<br>INDIAN TRAIL SQUARE  LLC<br>STITES & HARBISON, PLLC<br>ATTN NICOLE S BIDDLE, ESQ<br>250 WEST MAIN STREET<br>2300 LEXINGTON FINANCIAL CENTER<br>LEXINGTON KY 40507-1758 | CREDITOR ID: 410375-15<br>LEC PROPERTIES, INC & PC PROPERTIES<br>C/O EMMANUEL, SHEPPARD & CONDON<br>ATTN SALLY BUSSELL FOX, ESQ<br>30 S SPRING STREET<br>PENSACOLA FL 32502 |
| CREDITOR ID: 410375-15<br>LEC PROPERTIES, INC & PC PROPERTIES<br>ATTN GARY B CRESS, MGR PARTNER<br>420 WEST BEACH BLVD<br>PASS CHRISTIAN MS 38571 | CREDITOR ID: 417080-98<br>LIQUIDITY SOLUTIONS INC<br>DEFINED BENEFIT<br>ATTN JEFFREY L CARESS<br>ONE UNIVERSITY PLAZA SUITE 312<br>HACKENSACK NJ 07601 | CREDITOR ID: 404023-15<br>LIQUIDITY SOLUTIONS, INC, ASSIGNEE<br>C/O ANDREWS & KURTH LLP<br>ATTN DAVID BUCHBINDER, ESQ<br>450 LEXINGTON AVENUE<br>NEW YORK NY 10017 |
| CREDITOR ID: 278516-24<br>LN PIEDMONT VILLAGE LLC<br>ATTN AL JOHNSTON, LEASING MGR<br>4475 RIVER GREEN PARKWAY, SUITE 100<br>DULUTH GA 30096 | CREDITOR ID: 278516-24<br>LN PIEDMONT VILLAGE LLC<br>ROBINSON, JAMPOL, ET AL<br>ATTN J CHRISTOPHER MILLER, ESQ<br>11625 RAINWATER DRIVE, SUITE 350<br>ALPHARETTA GA 30004 | CREDITOR ID: 1583-07<br>MCDONOUGH MARKETPLACE PARTNERS<br>C/O HELMS ROARK INC, AGENT<br>ATTN ELIZABETH DEAN, VP<br>PO BOX 1149<br>MONTGOMERY AL 36101-1149 |
| CREDITOR ID: 417423-97<br>MCDONOUGH MARKETPLACE PARTNERS<br>C/O HELMS ROARK INC, AGENT<br>ATTN: RANDY ROARK, PRES.<br>1819 5TH AVENUE NORTH<br>BIRMINGHAM AL 35203 | CREDITOR ID: 410587-15<br>MERRILL LYNCH LP HOLDINGS, INC<br>C/O BALCH & BINGHAM, LLP<br>ATTN RANELLE M JOHNSON, PARALEGAL<br>1901 6TH AVENUE NORTH, SUITE 2600<br>PO BOX 306<br>BIRMINGHAM AL 35203 | CREDITOR ID: 410587-15<br>MERRILL LYNCH LP HOLDINGS, INC<br>C/O MORRISON & FOERSTER, LLP<br>ATTN LARREN M NASHELSKY, ESQ<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK NY 10104 |
| CREDITOR ID: 410587-15<br>MERRILL LYNCH LP HOLDINGS, INC<br>ATN M MCINERNEY/N GRIFFINS/JC PRICE<br>4 WORLD FINANCIAL CENTER<br>NEW YORK NY 10080 | CREDITOR ID: 417107-15<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>C/O CAPITAL CROSSING BANK, AGENT<br>ATTN CHRISTOPHER P HICKEY, SR VP<br>101 SUMMER STREET<br>BOSTON MA 02110 | CREDITOR ID: 417107-15<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>C/O GLENN FELDMANN DARBY&GOODLATTE<br>ATTN ROBERT A. ZIOGAS, ESQ<br>PO BOX 2887<br>ROANOKE VA 24001 |
| CREDITOR ID: 279122-99<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>C/O MORRISON & FOERSTER LLP<br>ATTN: ALEXANDRA STEINBERG BARRAGE<br>2000 PENNSYLVANIA AVENUE NW<br>WASHINGTON DC 20006 | CREDITOR ID: 411431-98<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>ATT NICK GRIFFITHS/GABRIEL CALVETTI<br>4 WORLD FINANCIAL CENTER<br>250 VESSEY ST 7TH FLR<br>NEW YORK NY 10080 | CREDITOR ID: 279122-99<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>ATTN: N GRIFFTHS/ JC PRICE<br>4 WORLD FINANCIAL CENTER<br>NEW YORK NY 1080 |
| CREDITOR ID: 410421-15<br>NORFAM, LLC, SUCCESSOR<br>CAROLINA DEVELOPMENT CO<br>C/O KENNEDY COVINGTON, ET AL #300<br>ATTN MARGARET R WESTBROOK, ESQ<br>4350 LASSITER AT NORTH HILLS AVE<br>RALEIGH NC 27609 | CREDITOR ID: 410762-15<br>PORCUPINE WD5, LLC<br>C/O SEYFARTH SHAW, LLP<br>ATTN SARA E LORBER, ESQ<br>131 SOUTH DEARBORN STREET, STE 2400<br>CHICAGO IL 60603 | CREDITOR ID: 410762-15<br>PORCUPINE WD5, LLC<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, MGR<br>490 SOUTH HIGHLAND AVE<br>PITTSBURGH PA 15206 |
| CREDITOR ID: 539030-15<br>PRINCIPAL LIFE INSURANCE CO<br>ATTN ELAINE CONKEL, SR FIN ACCT<br>711 HIGH STREET<br>DES MOINES IA 50392 | CREDITOR ID: 492841-98<br>PRINCIPAL LIFE INSURANCE COMPANY<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N REED, ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103 4196 | CREDITOR ID: 492841-98<br>PRINCIPAL LIFE INSURANCE COMPANY<br>C/O PRINCIPAL REAL ESTATE INVESTORS<br>ATTN DARIN BENNIGSDORF<br>801 GRAND AVE<br>DES MOINES IA 50392-1450 |
| CREDITOR ID: 1786-07<br>ROCKBRIDGE PLACE<br>C/O EDENS & AVANT FINANCING II<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 410519-15<br>SARAN, LTD<br>C/O FULBRIGHT & JAWORSKI LLP<br>ATTN J BOLTON & K NEWSOME, ESQS<br>1301 MCKINNEY, SUITE 5100<br>HOUSTON TX 77010-3095 | CREDITOR ID: 417421-97<br>SCOTLAND MALL, INC<br>ATTN: CLAUDE SMITH SR, PRES.<br>TRI CITIES SHOPPING CENTER<br>ROCKINGHAM NC 28379 |

**Second Order Disallowing (A) Duplicate Different
Debtor Claims and (B) Duplicate Liability Claims, As
Set Forth in the Debtors' Twentieth Onibus Claims Objection**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 534949-97<br>SFP LLC<br>C/O PRIMAX PROPERTIES LLC<br>ATTN: STEPHEN H SEWELL, MGR<br>1115 EAST MOREHEAD ST<br>CHARLOTTE NC 28204-2857 | CREDITOR ID: 410589-99<br>SFP, LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 1838-07<br>SHIELDS PLAZA, INC<br>E&A SOUTHEAST LP<br>PO BOX 528<br>COLUMBIA, SC 29202 |
| CREDITOR ID: 410479-15<br>SHOALS MARKETPLACE, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN EDWARD J ASHTON, ESQ<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203 | CREDITOR ID: 410763-15<br>WD MT CARMEL, LLC<br>C/O HELD & ISRAEL<br>ATTN KIMBERLY HELD ISRAEL, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 416847-15<br>WELLS FARGO BANK NORTHWEST NA FKA<br>FIRST SECURITY BANK, NA<br>C/O BALCH & BINGHAM LLP<br>ATTN CHRISTIE L DOWLING, ESQ<br>PO BOX 306<br>BIRMINGHAM AL 35201 |
| CREDITOR ID: 410482-15<br>WELLS FARGO BANK NORTHWEST NA, TTEE<br>C/O VINSON & ELKINS LLP<br>ATTN STEVEN M ABRAMOWITZ, ESQ<br>666 5TH AVE, 26TH FLOOR<br>NEW YORK NY 10103-0040 | CREDITOR ID: 410482-15<br>WELLS FARGO BANK NORTHWEST NA, TTEE<br>ATTN VAL T ORTON, VP<br>MAC U1228-120<br>299 SOUTH MAIN STREET, 12TH FLOOR<br>SALT LAKE CITY UT 84111 | CREDITOR ID: 415957-15<br>WEST RIDGE, LLC<br>C/O KITCHENS KELLEY GAYNES, PC<br>ATTN MARK A KELLEY, ESQ.<br>PIEDMONT CTR, BLDG 11, SUITE 900<br>3495 PIEDMONT ROAD NE<br>ATLANTA GA 30305 |
| CREDITOR ID: 265010-12<br>WOODBERRY PLAZA E&A LLC<br>C/O WOODBERRY PLAZA<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 410403-15<br>ZAMIAS, GEORGE D<br>C/O THORP REED & ARMSTRONG, LLP<br>ATTN PAULA A SCHMECK, ESQ<br>301 GRANT STREET, ONE OXFORD CENTRE<br>PITTSBURGH PA 15219 | CREDITOR ID: 410403-15<br>ZAMIAS, GEORGE D<br>300 MARKET STREET<br>JOHNSTOWN PA 15901 |

   Total:    66

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

### SECOND ORDER DISALLOWING (A) DUPLICATE DIFFERENT DEBTOR CLAIMS AND (B) DUPLICATE LIABILITY CLAIMS, AS SET FORTH IN THE DEBTORS' TWENTIETH OMNIBUS CLAIMS OBJECTION

These cases originally came before the Court for hearing on October 5, 2006, upon the Twentieth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibits A and B to the Objection.[2] Several formal and informal responses to the Objection were filed or raised, as a result of which the Debtors agreed to continue the Objection with respect to the claims at issue in the responses (the "Unresolved Claims"). On October 5, 2006, the Court entered an order (Docket No. 11671) granting the Objection as to the proofs of claim listed on Exhibits A and B to the order and continuing the hearing on the Objection as to the Unresolved Claims. The Debtors have agreed to further continue the hearing with

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

respect to the Unresolved Claims listed on Exhibit 1 to this Order (the "Remaining Unresolved Claims"). Upon consideration, it is

ORDERED AND ADJUDGED:

1. The Objection is sustained, as set forth below.

2. The Duplicate Different Debtor Claims listed on Exhibit A are disallowed in their entirety.

3. The Duplicate Liability Claims listed on Exhibit B are disallowed in their entirety.

4. Other than the Remaining Unresolved Claims, those objections and responses that have not yet been withdrawn are overruled.

5. The hearing to consider the Objection with respect to the Remaining Unresolved Claims is continued to the hearing scheduled for December 14, 2006 at 1:00 p.m.

6. Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

7. Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants or of any defenses thereto.

8. This Order is without prejudice to the Debtors' right to file any further objection they may have to the Disputed Claims or the Remaining Claims.

Dated this 30 day of November, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

3

**EXHIBIT 1**

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTIETH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT 1 - ADJOURNED CLAIMS**

Page 1 of 1
11/30/2006

| Creditor Name | Claim No. | Exhibit |
|---|---|---|
| ALBION PACIFIC PROP RESOURCES, LLC | 12312 | EXHIBIT A |
| BANK OF AMERICA, NA, TRUSTEE | 11839 | EXHIBIT A |
| E&A SOUTHEAST LP | 13254 | EXHIBIT A |
| E&A SOUTHEAST LP DBA | 493 | EXHIBIT A |
| E&A SOUTHEAST, LP | 12224 | EXHIBIT A |
| EDENS & AVANT PROPERTIES LP DBA | 12220 | EXHIBIT A |
| INDIAN TRAIL SQUARE LLC | 12835 | EXHIBIT A |
| LIQUIDITY SOLUTIONS, INC, ASSIGNEE | 1933 | EXHIBIT A |
| LN PIEDMONT VILLAGE LLC | 9708 | EXHIBIT A |
| MCDONOUGH MARKETPLACE PARTNERS | 12148 | EXHIBIT A |
| MCDONOUGH MARKETPLACE PARTNERS | 10825 | EXHIBIT A |
| ROCKBRIDGE PLACE | 12219 | EXHIBIT A |
| SHIELDS PLAZA, INC | 12214 | EXHIBIT A |
| SHOALS MARKETPLACE, LLC | 8155 | EXHIBIT A |
| VILLA RICA RETAIL PROPERTIES, LC | 11844 | EXHIBIT A |
| WEST RIDGE, LLC | 12077 | EXHIBIT A |
| WOODBERRY PLAZA E&A LLC | 12222 | EXHIBIT A |
| **Total Claims:** | **17** | |

**EXHIBIT A**

Case 3:05-bk-03817-JAF  Doc 12930  Filed 11/30/2006  Page 7 of 14
Case 3:05-bk-03817-JAF  Doc 13032  Filed 12/09/06  Page 13 of 20

Page: 1 of 6
Date: 11/30/2006

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTIETH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 241522<br>ACHILLES REALTY COMPANY<br>FLETCHER BRIGHT CO, AS AGENT<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 | 10884<br>**Debtor:** | 10833<br>WINN-DIXIE STORES, INC. | $50,655.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: PETER E NICANDRI ESQ | | | | |
| **Creditor Id:** 408198<br>ARNOBO ASSOCIATES PARTNERSHIP<br>C/O HARTMAN SIMONS SPIELMAN ETAL<br>ATTN SAMUEL R ARDEN, ESQ<br>6400 POWERS FERRY ROAD NW, STE 400<br>ATLANTA GA 30339 | 9963<br>**Debtor:** | 6161<br>WINN-DIXIE STORES, INC. | $156,301.06 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: BRADLEY S SHRAIBERG, ESQ | | | | |
| **Creditor Id:** 408198<br>ARNOBO ASSOCIATES PARTNERSHIP<br>C/O HARTMAN SIMONS SPIELMAN ETAL<br>ATTN SAMUEL R ARDEN, ESQ<br>6400 POWERS FERRY ROAD NW, STE 400<br>ATLANTA GA 30339 | 9962<br>**Debtor:** | 6162<br>WINN-DIXIE STORES, INC. | $3,901.06 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: BRADLEY S SHRAIBERG, ESQ | | | | |
| **Creditor Id:** 1141<br>BROAD STREET STATION SC, LLC<br>C/O KENNEDY, COVINGTON, ET AL<br>ATTN AMY PRITCHARD WILLIAMS, ESQ<br>HEARST TOWER 47TH FLOOR<br>214 NORTH TRYON STREET<br>CHARLOTTE, NC 28202 | 12232<br>**Debtor:** | 12206<br>WINN-DIXIE STORES, INC. | $440,766.61 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410393<br>CAPSTONE ADVISORS - CARRINGTON DEV ASSOCIATES<br>C/O KATTEN MUCHIN ROSENMAN LLP<br>ATTN THOMAS J LEANSE, ESQ<br>2029 CENTURY PARK EAST, SUITE 2600<br>LOS ANGELES CA 90067 | 11964<br>**Debtor:** | 11963<br>WINN-DIXIE STORES, INC. | $321,954.09 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

Case 3:05-bk-03817-JAF Document 12930 Filed 11/30/2006 Page 2 of 14
Case 3:05-bk-03817-JAF Doc 13032 Filed 12/09/06 Page 14 of 20

Page: 2 of 6
Date: 11/30/2006

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 247147** <br> CPM ASSOCIATES, LP <br> C/O MILLER & MARTIN, PLLC <br> ATTN CATHERINE A HARRISON, ESQ <br> 1170 PEACHTREET STREET NE, STE 800 <br> ATLANTA GA 30309-7706 <br><br> Counsel: ATTN: PETER E NICANDRI ESQ | 10835 <br> Debtor: | 10885 <br> WINN-DIXIE STORES, INC. | $29,259.79 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410823** <br> DANIEL G KAMIN & DANIEL G KAMIN BRYNN MARR ENTERPRIZES <br> C/O KAMIN REALTY CO <br> ATTN DANIEL G KAMIN, TRUSTEE <br> 490 SOUTH HIGHLAND AVENUE <br> PITTSBURGH PA 15206 <br><br> Counsel: ATTN SARA E LORBER, ESQ | 9642 <br> Debtor: | 9641 <br> WINN-DIXIE STORES, INC. | $402,234.49 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410824** <br> DANIEL G KAMIN CLARKSVILLE CROSSING, LLC <br> C/O KAMIN REALTY CO <br> ATTN DANIEL G KAMIN, MGR <br> 490 SOUTH HIGHLAND AVENUE <br> PITTSBURGH PA 15206 <br><br> Counsel: ATTN SARA E LORBER, ESQ | 9643 <br> Debtor: | 9644 <br> WINN-DIXIE STORES, INC. | $328,208.33 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410826** <br> DANIEL G KAMIN ZACHARY ENTERPRIZES <br> C/O KAMIN REALTY CO <br> ATTN DANIEL G KAMIN, TRUSTEES <br> 490 SOUTH HIGHLAND AVENUE <br> PITTSBURGH PA 15206 <br><br> Counsel: ATTN SARA E LORBER, ESQ | 9648 <br> Debtor: | 9647 <br> WINN-DIXIE STORES, INC. | $519,993.39 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410825** <br> DBT PORCUPINE WD1 DE BUSINESS TRUST <br> C/O KAMIN REALTY CO <br> ATTN DANIEL G KAMIN, MGR <br> 490 SOUTH HIGHLAND AVENUE <br> PITTSBURGH PA 15206 <br><br> Counsel: ATTN SARA E LORBER, ESQ | 9645 <br> Debtor: | 9646 <br> WINN-DIXIE STORES, INC. | $5,533,905.92 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

Case 3:05-bk-03817-JAF Document 12930 Filed 11/30/2006 Page 3 of 14
Case 3:05-bk-03817-JAF Doc 13032 Filed 12/09/06 Page 15 of 20

Page: 3 of 6
Date: 11/30/2006

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT
DEBTOR CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 1320**<br>FRO LLC VII<br>C/O JAMES M HASTINGS, CPA<br>305 PIPING ROCK DRIVE<br>SILVER SPRINGS, MD 20905 | 12137<br>Debtor: | 12138<br>WINN-DIXIE STORES, INC. | $1,180,406.87 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN MARY JOANNE DOWD, ESQ. | | | | |
| **Creditor Id: 2255**<br>GENOA ASSOCIATES LLC<br>ATTN S C BRYAN, MGR<br>PO BOX 919<br>GOLDSBORO, NC 27533 | 12319<br>Debtor: | 12318<br>WINN-DIXIE STORES, INC. | $1,000,984.87 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN K SINK/G CRAMPTON, ESQS | | | | |
| **Creditor Id: 410522**<br>HILLCREST GDS, LLC<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 | 12890<br>Debtor: | 12889<br>WINN-DIXIE STORES, INC. | $364,765.80 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: PETER E NICANDRI ESQ | | | | |
| **Creditor Id: 410375**<br>LEC PROPERTIES, INC & PC PROPERTIES<br>ATTN GARY B CRESS, MGR PARTNER<br>420 WEST BEACH BLVD<br>PASS CHRISTIAN MS 38571 | 12408<br>Debtor: | 12409<br>WINN-DIXIE STORES, INC. | $73,161.67 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: SALLY BUSSELL FOX, ESQ | | | | |
| **Creditor Id: 410587**<br>MERRILL LYNCH LP HOLDINGS, INC<br>ATN M MCINERNEY/N GRIFFINS/JC PRICE<br>4 WORLD FINANCIAL CENTER<br>NEW YORK NY 10080 | 9816<br>Debtor: | 9814<br>WINN-DIXIE STORES, INC. | $1,755,977.38 | DUPLICATES AGGREGATE OF CLAIM LISTED IN REMAINING CLAIM COLUMN AND CLAIM NUMBER 9815. |
| Counsel: ATTN LARREN M NASHELSKY, ESQ | | | | |
| **Creditor Id: 410587**<br>MERRILL LYNCH LP HOLDINGS, INC<br>ATN M MCINERNEY/N GRIFFINS/JC PRICE<br>4 WORLD FINANCIAL CENTER<br>NEW YORK NY 10080 | 13188<br>Debtor: | 13186<br>WINN-DIXIE STORES, INC. | $8,421,391.99 | DUPLICATES AGGREGATE OF CLAIM LISTED IN REMAINING CLAIM COLUMN AND CLAIM NUMBER 13187. |
| Counsel: ATTN LARREN M NASHELSKY, ESQ | | | | |

Case 3:05-bk-03817-JAF    Document 12920    Filed 11/30/2006    Page 10 of 14
Case 3:05-bk-03817-JAF    Doc 13032    Filed 12/09/06    Page 16 of 20

Page: 4 of 6
Date: 11/30/2006

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 279122 | 9817 | 9819 | $1,755,977.38 | DUPLICATES AGGREGATE OF CLAIM LISTED IN REMAINING CLAIM COLUMN AND CLAIM NUMBER 9818. |
| MERRILL LYNCH PIERCE FENNER & SMITH | Debtor: | WINN-DIXIE STORES, INC. | | |
| ATTN: N GRIFFTHS/ JC PRICE | | | | |
| 4 WORLD FINANCIAL CENTER | | | | |
| NEW YORK NY 10080 | | | | |
| Counsel: ATTN: ALEXANDRA STEINBERG BARRAGE | | | | |
| **Creditor Id:** 279122 | 13298 | 13297 | $717,829.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| MERRILL LYNCH PIERCE FENNER & SMITH | Debtor: | WINN-DIXIE STORES, INC. | | |
| ATTN: N GRIFFTHS/ JC PRICE | | | | |
| 4 WORLD FINANCIAL CENTER | | | | |
| NEW YORK NY 10080 | | | | |
| Counsel: ATTN: ALEXANDRA STEINBERG BARRAGE | | | | |
| **Creditor Id:** 417107 | 12920 | 12921 | $717,829.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| MERRILL LYNCH PIERCE FENNER & SMITH | Debtor: | WINN-DIXIE STORES, INC. | | |
| C/O CAPITAL CROSSING BANK, AGENT | | | | |
| ATTN CHRISTOPHER P HICKEY, SR VP | | | | |
| 101 SUMMER STREET | | | | |
| BOSTON MA 02110 | | | | |
| Counsel: ATTN ROBERT A ZIOGAS, ESQ | | | | |
| **Creditor Id:** 410421 | 11861 | 11814 | $199,625.18 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| NORF AM, LLC, SUCCESSOR | Debtor: | WINN-DIXIE STORES, INC. | | |
| CAROLINA DEVELOPMENT CO | | | | |
| C/O KENNEDY COVINGTON, ET AL #300 | | | | |
| ATTN MARGARET R WESTBROOK, ESQ | | | | |
| 4350 LASSITER AT NORTH HILLS AVE | | | | |
| RALEIGH NC 27609 | | | | |
| **Creditor Id:** 410762 | 13422 | 13421 | $946,409.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| PORCUPINE WD5, LLC | Debtor: | WINN-DIXIE STORES, INC. | | |
| C/O KAMIN REALTY CO | | | | |
| ATTN DANIEL G KAMIN, MGR | | | | |
| 490 SOUTH HIGHLAND AVE | | | | |
| PITTSBURGH PA 15206 | | | | |
| Counsel: ATTN SARA E LORBER, ESQ | | | | |

Case 3:05-bk-03817-JAF Document 12920 Filed 11/30/2006 Page 11 of 14
Case 3:05-bk-03817-JAF Doc 13032 Filed 12/09/06 Page 17 of 20

Page: 5 of 6
Date: 11/30/2006

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT
DEBTOR CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 410519**<br>SARAN, LTD<br>C/O FULBRIGHT & JAWORSKI LLP<br>ATTN J BOLTON & K NEWSOME, ESQS<br>1301 MCKINNEY, SUITE 5100<br>HOUSTON TX 77010-3095 | 13437<br>Debtor: | 13436<br>WINN-DIXIE STORES, INC. | $463,314.90 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410589**<br>SFP, LLC<br>C/O KENNEDY, COVINGTON, ET AL<br>ATTN AMY PRITCHARD WILLIAMS, ESQ<br>HEARST TOWER, 47TH FLOOR<br>214 NORTH TRYON STREET<br>CHARLOTTE NC 28202<br>Transferee: PRINCIPAL LIFE INSURANCE COMPANY<br>Counsel: ATTN EDWIN W HELD JR, ESQ | 12405<br>Debtor: | 12406<br>WINN-DIXIE STORES, INC. | $759,397.70 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 411429**<br>WBFV, INC<br>C/O KENNEDY COVINGTON, ET AL<br>ATTN AMY PRITCHARD WILLIAMS, ESQ<br>HEARST TOWER, 47TH FLOOR<br>214 NORTH TRYON STREET<br>CHARLOTTE NC 28202<br>Counsel: ATTN SARA E LORBER, ESQ | 11862<br>Debtor: | 11863<br>WINN-DIXIE STORES, INC. | $177,182.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410763**<br>WD MT CARMEL, LLC<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, MGR<br>490 SOUTH HIGHLAND AVE<br>PITTSBURGH PA 15206 | 13435<br>Debtor: | 13434<br>WINN-DIXIE STORES, INC. | $1,071,155.37 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416847**<br>WELLS FARGO BANK NORTHWEST NA FKA<br>FIRST SECURITY BANK, NA<br>C/O BALCH & BINGHAM LLP<br>ATTN CHRISTIE L DOWLING, ESQ<br>PO BOX 306<br>BIRMINGHAM AL 35201<br>Transferee: MERRILL LYNCH PIERCE FENNER & SMITH | 12331<br>Debtor: | 12333<br>WINN-DIXIE STORES, INC. | $1,774,446.52 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

Case 3:05-bk-03817-JAF   Doc 13032   Filed 12/09/06   Page 18 of 20
Case 3:05-bk-03817-JAF   Document 12920   Filed 11/30/2006   Page 12 of 14
Page: 6 of 6
Date: 11/30/2006

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTIETH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id: 410403<br>ZAMIAS, GEORGE D<br>300 MARKET STREET<br>JOHNSTOWN PA 15901<br>Counsel: ATTN PAULA A SCHMECK, ESQ | 7451<br>Debtor: | 7450<br>WINN-DIXIE STORES, INC. | $3,328,209.65 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

Total Claims to be Disallowed: 27
Total Amount to be Disallowed: $32,495,244.82     Plus Unliquidated Amounts, If Any

**EXHIBIT B**

Case 3:05-bk-03817-JAF    Document 12930    Filed 11/30/2006    Page 20 of 20
Case 3:05-bk-03817-JAF    Doc 13032    Filed 12/09/06    Page 14 of 14

Page: 1 of 1
Date: 11/30/2006

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - DUPLICATE LIABILITY DIFFERENT
DEBTOR CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id: 1395<br>GREENVILLE GROCERY LLC<br>C/O JP METZ CO, INC<br>ATTN DANIEL MELROD, GP<br>6931 ARLINGTON ROAD, SUITE 510<br>BETHESDA MD 20815<br><br>Counsel: ATTN JEFFREY L TARKENTON, ESQ | 12174<br>Debtor: | 7269<br>WINN-DIXIE STORES, INC. | $631,113.77 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 416847<br>WELLS FARGO BANK NORTHWEST NA FKA<br>FIRST SECURITY BANK, NA<br>C/O BALCH & BINGHAM LLP<br>ATTN CHRISTIE L DOWLING, ESQ<br>PO BOX 306<br>BIRMINGHAM AL 35201<br><br>Transferee: MERRILL LYNCH PIERCE FENNER & SMITH | 12332<br>Debtor: | 12330<br>WINN-DIXIE STORES, INC. | $1,535,287.00 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Total Claims to be Disallowed: | 2 | | | |
| Total Amount to be Disallowed: | $2,166,400.77 | Plus Unliquidated Amounts, If Any | | |