## UNITED STATES BANKRUPTY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

|  |  |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., et al.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.   I am of legal age and I am not a party to this action.

2.   I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.   On or about December 4, 2006 I caused copies of:

• the **Order Disallowing (i) Late Filed and Disputed Ad Valorem Tax Claims and (ii) Allowing Remaining Tax Claims Subject to Setoff**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: December 8, 2006

Kathleen M. Logan

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

SERVICE LIST

**Order Disallowing (i) Late Filed and Disputed Ad Valorem Tax Claims and (ii) Allowing Remaining Tax Claims Subject to Setoff**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**

**CASE:   05-03817-3F1**

CREDITOR ID: 452122-15
CITY OF NORFOLK, VA
OFFICE OF THE TREASURER
ATTN CHARLES S PRENTACE
PO BOX 3215
NORFOLK VA 23514-3215

CREDITOR ID: 452122-15
CITY OF NORFOLK, VA
C/O STUTSMAN THAMES & MARKEY, PA
ATTN RICHARD R THAMES
50 N LAURA STREET
SUITE 1600
JACKSONVILLE FL 32202

CREDITOR ID: 246140-12
CITY OF ROCKY MOUNT, NC
ATTN AUDREY FRIEDRICH, COLL DIV
PO BOX 1180
ROCKY MOUNT, NC 27802-1180

CREDITOR ID: 242972-12
COUNTY OF BALDWIN TAX COLLECTOR
ATTN A HOLLINGWORTH/C SETTLE
121 NORTH WILKINSON STREET, STE 112
MILLEDGEVILLE GA 31061

CREDITOR ID: 452496-15
COUNTY OF CHEROKEE TAX COMMISSION
ATTN SONYA LITTLE
100 NORTH STREET, SUITE 131
CANTON GA 30114

CREDITOR ID: 534407-15
COUNTY OF DARLINGTON
ATTN MAE HELEN BURCH, SR TAX CLERK
1 PUBLIC SQUARE, ROOM 207
DARLINGTON SC 29532-3213

CREDITOR ID: 492846-15
COUNTY OF EVANS, GA
TAX COMMISSION
ATTN WANDA L MOSELEY, TC
PO BOX 685
CLAXTON GA 30417

CREDITOR ID: 492850-15
COUNTY OF FORREST, MS
ATTN DILLBERT W DEARMAN, TAX COLL
PO BOX 1689
HATTIESBURG MS 39403

CREDITOR ID: 267427-14
COUNTY OF GASTON, NC
ATTN JUDY BINGHAM, DIR OF TAX COLL
128 W MAIN ST
GASTONIA NC 28052

CREDITOR ID: 318691-43
COUNTY OF GREENVILLE TAX COLLECTOR
ATTN THERESA RICH
301 UNIVERSITY RIDGE, SUITE 700
GREENVILLE SC 29601

CREDITOR ID: 492843-99
COUNTY OF HARRIS/CITY OF HOUSTON
C/O LINEBARGER GOGGAN BLAIR, ET AL
ATTN JOHN P DILLMAN, ESQ
PO BOX 3064
HOUSTON TX 77253-3064

CREDITOR ID: 492851-15
COUNTY OF MITCHELL, GA
ATTN JACKIE B BATCHELOR, TAX COMM
PO BOX 373
CAMILLA GA 31730

CREDITOR ID: 266592-14
COUNTY OF MONTGOMERY, AL
ATTN SARAH G SPEAR, REVENUE COMM
100 S LAWRENCE ST
MONTGOMERY AL 36104-4209

CREDITOR ID: 492827-15
COUNTY OF NELSON, KY
C/O KELLEY, HITE & POTTINGER, PLLC
ATTN HON JOHN S KELLEY, JR ESQ
202 E STEPHEN FOSTER AVENUE
BARDSTOWN KY 40004

CREDITOR ID: 258194-12
COUNTY OF PAULDING TAX COMMISSIONER
PROPERTY TAX
ATTN J W WATSON, III
25  COURTHOUSE SQUARE, ROOM 203
DALLAS GA 30132-4133

CREDITOR ID: 247087-12
COUNTY OF ROANOKE, VA
ATTN F KEVIN HUTCHINS, TREASURER
PO BOX 21009
ROANOKE VA 24018-0533

CREDITOR ID: 260059-12
COUNTY OF ROWAN TAX COLLECTOR
ATTN JANET PHILLIPS, DEPUTY TAX COL
402 NORTH MAIN STREET
SALISBURY NC 28144-4341

CREDITOR ID: 266727-14
COUNTY OF TAYLOR
C/O HILLSBOROUGH COUNTY ATTORNEY
ATTN BRIAN FITZGERALD, ESQ
PO BOX 1110
TAMPA FL 33601-1110

CREDITOR ID: 406021-15
COUNTY OF TAYLOR
ATTN JACK TEDDER
PO BOX 30
PERRY FL 32348

CREDITOR ID: 266727-14
COUNTY OF TAYLOR
ATTN JACK TEDDER
108 N JEFFERSON ST, SUITE 101
PERRY FL 32347-3246

CREDITOR ID: 407684-15
COUNTY OF WALKER, AL
REVENUE COMMISSIONER'S OFFICE
ATTN JERRY GUTHRIE, REV COMM
1803 3RD AVENUE, SUITE 102
JASPER AL 35501

CREDITOR ID: 492847-15
COUNTY OF WALTON , TAX COMM
ATTN PATRICIA D MALCOM, TAX COMM
303 E HAMMOND DRIVE, SUITE 100
MONROE  GA 30655

CREDITOR ID: 492940-15
COUNTY OF WARREN, OH
TREASURY DEPT
ATTN DAVID L SWIGERT
406 JUSTICE DRIVE
LEBANON OH 45036

CREDITOR ID: 492844-15
ISD OF CYPRESS-FAIRBANKS
C/O LINEBARGER GOGGAN BLAIR ET AL
ATTN: JOHN P DILLMAN, ESQ
PO BOX 3064
HOUSTON TX 77253-3064

CREDITOR ID: 492844-15
ISD OF CYPRESS-FAIRBANKS
PO BOX 692003
HOUSTON TX 77269-2003

CREDITOR ID: 492829-15
PARISH OF EVANGELINE, LA
C/O SMITH, GAMBRELL & RUSSELL, LLP
ATTN ANDREW KEITH DAW, ESQ
BANK OF AMERICA TOWER
50 NORTH LAURA STREET, SUITE 2600
JACKSONVILLE FL 32202

CREDITOR ID: 492829-15
PARISH OF EVANGELINE, LA
EVANGELINE SHERIFF, 22039
ATTN WAYNE MOREIN
200 COURT STREET, SUITE 100
VILLE PLATTE LA 70586

**SERVICE LIST**

**Order Disallowing (i) Late Filed and Disputed Ad**
**Valorem Tax Claims and (ii) Allowing Remaining**
**Tax Claims Subject to Setoff**

**DEBTOR:** **WINN-DIXIE STORES, INC., ET AL.**                                                                                           **CASE:**  **05-03817-3F1**

CREDITOR ID: 533782-15
PARISH OF JEFFERSON
C/O BUREAU OF REVENUE AND TAXATION
ATTN ANDREW J LEBLANC JR, DIRECTOR
200 DERBIGNY STREET
GRETNA LA 70053

CREDITOR ID: 492828-15
PARISH OF ST MARTIN, LA
TAX COLL & EX-OFFICIO TAX COLL
ATTN ELAINE PERIOUX DEPUTY TAX COLL
PO BOX 247
SAINT MARTINVILLE LA 70582

CREDITOR ID: 376511-44
PARISH OF ST MARY SHERIFF& TAX COLLECTOR
ATTN DAVID NAQUIN
PO BOX 571
FRANKLIN, LA 70538

CREDITOR ID: 492852-15
PARISH OF ST TAMMANY, LA
SHERIFF AND TAX COLLECTOR
PO BOX 608
COVINGTON LA 70434

**Total:   31**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors[1]. | ) | Jointly Administered |

## ORDER DISALLOWING (i) LATE FILED
## AND DISPUTED AD VALOREM TAX CLAIMS AND
## (ii) ALLOWING REMAINING TAX CLAIMS SUBJECT TO SETOFF

These cases came before the Court for hearing on November 30, 2006, upon the

Debtor's objection to Ad Valorem Tax Claims (the "Objection") of Winn-Dixie Stores,

Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"), to the

proofs of claim listed on Exhibits A, B and C (the "Disputed Claims") attached to the

Objection and the motion to allow the claims listed on Exhibit D attached to the

Objection, subject to offset (the "Remaining Claims"). Two responses to the Objection

were filed (collectively, the "Unresolved Responses"), as a result of which the Debtors

have agreed to continue the Objection with respect to the claims listed on Exhibit 1,

which claims have been removed from Exhibits A through C. Upon consideration, it is

ORDERED AND ADJUDGED:

1.      The Objection is sustained.

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2.      The Disputed Claims listed on Exhibits A, B and C are disallowed in their entirety.

3.      The Remaining Claims listed on Exhibit D are allowed subject to the Debtors' right to offset against such claims overpayments made to such taxing authority for previous years.

4.      Each claim and objection by the Debtors addressed by the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order.

5.      Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any action against any of the claimants.

6.      This Order is without prejudice to the Debtors right to file any further objection to the Disputed Claims or the Remaining Claims.

Dated this 30 day of November, 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

00548159

Case 3:05-bk-03817-JAF   Doc 13633   Filed 12/09/06   Page 8 of 16

**EXHIBIT 1**

Case 3:05-bk-03817-JAF   Document 13225   Filed 11/29/06   Page 9 of 16

**WINN-DIXIE STORES, INC., ET AL.**
AD VALOREM TAX CLAIMS OBJECTION
EXHIBIT 1 - ADJOURNED CLAIMS

| Creditor Name | Claim No. | Exhibit |
|---|---|---|
| CITY OF NORFOLK, VA | 13234 | EXHIBIT B |
| COUNTY OF TAYLOR | 13474 | EXHIBIT B |
| **Total Claims:** | **2** | |

**EXHIBIT A**

Case 3:05-bk-03817-JAF Document 12925 Filed 11/00/2006 Page 2 of 16

Page: 1 of 5
Date: 10/31/2006

**WINN-DIXIE STORES, INC., ET AL.**
**AD VALOREM TAX CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE DISALLOWED AS COURT**
**HAS DETERMINED TAX LIABILITY IN PRIOR ORDER**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 246140**<br>CITY OF ROCKY MOUNT, NC<br>ATTN AUDREY FRIEDRICH, COLL DIV<br>PO BOX 1180<br>ROCKY MOUNT, NC 27802-1180 | 147<br>Debtor: WINN-DIXIE STORES, INC. | $1,912.73 | DISALLOW. FAILED TO RESPOND TO SECOND OBJECTION PAGE 4 OF EXH B |
| **Creditor Id: 242972**<br>COUNTY OF BALDWIN TAX COLLECTOR<br>ATTN A HOLLINGWORTH/C SETTLE<br>121 NORTH WILKINSON STREET, STE 112<br>MILLEDGEVILLE GA 31061 | 13270<br>Debtor: WINN-DIXIE STORES, INC. | $15,666.26 | LATE-FILED CLAIM. LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS TAX OBJECTION ORDER. |
| **Creditor Id: 452496**<br>COUNTY OF CHEROKEE TAX COMMISSION<br>ATTN SONYA LITTLE<br>100 NORTH STREET, SUITE 131<br>CANTON GA 30114 | 13318<br>Debtor: WINN-DIXIE STORES, INC. | $16,885.24 | LATE-FILED CLAIM. LIABILITY ALREADY DETERMINED BY 7/27/06 THIRD OMNIBUS TAX OBJECTION ORDER. |
| **Creditor Id: 534407**<br>COUNTY OF DARLINGTON<br>ATTN MAE HELEN BURCH, SR TAX CLERK<br>1 PUBLIC SQUARE, ROOM 207<br>DARLINGTON SC 29532-3213 | 13439<br>Debtor: WINN-DIXIE STORES, INC. | $10,287.64 | LATE-FILED CLAIM. TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS TAX OBJECTION ORDER. |
| **Creditor Id: 492846**<br>COUNTY OF EVANS, GA<br>TAX COMMISSION<br>ATTN WANDAL MOSELEY, TC<br>PO BOX 685<br>CLAXTON GA 30417 | 13356<br>Debtor: WINN-DIXIE STORES, INC. | $14,086.28 | LATE-FILED CLAIM. TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS TAX OBJECTION ORDER. |
| **Creditor Id: 318691**<br>COUNTY OF GREENVILLE TAX COLLECTOR<br>ATTN THERESA RICH<br>301 UNIVERSITY RIDGE, SUITE 700<br>GREENVILLE SC 29601 | 13564<br>Debtor: WINN-DIXIE STORES, INC. | $80,078.12 | LATE-FILED CLAIM. DUPLICATES TAX LIABILITY DETERMINED BY 6/15/06 SECOND OMNIBUS TAX OBJECTION IN CONNECTION WITH CLAIM NUMBER 12927. |
| **Creditor Id: 492851**<br>COUNTY OF MITCHELL, GA<br>ATTN JACKIE B BATCHELOR, TAX COMM<br>PO BOX 373<br>CAMILLA GA 31730 | 13360<br>Debtor: WINN-DIXIE STORES, INC. | $10,951.20 | LATE-FILED CLAIM. TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS TAX OBJECTION ORDER. |

WINN-DIXIE STORES, INC., ET AL.
AD VALOREM TAX CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE DISALLOWED AS COURT
HAS DETERMINED TAX LIABILITY IN PRIOR ORDER

Page: 2 of 5
Date: 10/31/2006

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 266592<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY AL 36104-4209 | 13338<br>Debtor: WINN-DIXIE STORES, INC. | $2,096.22 | LATE-FILED CLAIM. TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS TAX OBJECTION ORDER. |
| Creditor Id: 266592<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY AL 36104-4209 | 13339<br>Debtor: WINN-DIXIE STORES, INC. | $2,085.18 | LATE-FILED CLAIM. TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS TAX OBJECTION ORDER. |
| Creditor Id: 266592<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY AL 36104-4209 | 13340<br>Debtor: WINN-DIXIE STORES, INC. | $3,220.92 | LATE-FILED CLAIM. TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS TAX OBJECTION ORDER. |
| Creditor Id: 266592<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY AL 36104-4209 | 13341<br>Debtor: WINN-DIXIE STORES, INC. | $4,498.80 | LATE-FILED CLAIM. TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS TAX OBJECTION ORDER. |
| Creditor Id: 266592<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY AL 36104-4209 | 13342<br>Debtor: WINN-DIXIE STORES, INC. | $3,563.86 | LATE-FILED CLAIM. TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS TAX OBJECTION ORDER. |
| Creditor Id: 266592<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY AL 36104-4209 | 13343<br>Debtor: WINN-DIXIE STORES, INC. | $4,385.64 | LATE-FILED CLAIM. TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS TAX OBJECTION ORDER. |
| Creditor Id: 266592<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY AL 36104-4209 | 13344<br>Debtor: WINN-DIXIE STORES, INC. | $7,982.61 | LATE-FILED CLAIM. TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS TAX OBJECTION ORDER. |

**WINN-DIXIE STORES, INC., ET AL.**
**AD VALOREM TAX CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE DISALLOWED AS COURT HAS DETERMINED TAX LIABILITY IN PRIOR ORDER**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 266592<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY AL 36104-4209 | 13345<br>Debtor: WINN-DIXIE STORES, INC. | $2,879.37 | LATE-FILED CLAIM. TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS TAX OBJECTION ORDER. |
| Creditor Id: 266592<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY AL 36104-4209 | 13346<br>Debtor: WINN-DIXIE STORES, INC. | $7,578.27 | LATE-FILED CLAIM. TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS TAX OBJECTION ORDER. |
| Creditor Id: 266592<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY AL 36104-4209 | 13347<br>Debtor: WINN-DIXIE STORES, INC. | $2,293.28 | LATE-FILED CLAIM. TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS TAX OBJECTION ORDER. |
| Creditor Id: 266592<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY AL 36104-4209 | 13348<br>Debtor: WINN-DIXIE STORES, INC. | $35,304.54 | LATE-FILED CLAIM. TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS TAX OBJECTION ORDER. |
| Creditor Id: 266592<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY AL 36104-4209 | 13349<br>Debtor: WINN-DIXIE STORES, INC. | $79,703.97 | LATE-FILED CLAIM. TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS TAX OBJECTION ORDER. |
| Creditor Id: 266592<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY AL 36104-4209 | 13350<br>Debtor: WINN-DIXIE STORES, INC. | $8,913.52 | LATE-FILED CLAIM. TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS TAX OBJECTION ORDER. |
| Creditor Id: 266592<br>COUNTY OF MONTGOMERY, AL<br>ATTN SARAH G SPEAR, REVENUE COMM<br>100 S LAWRENCE ST<br>MONTGOMERY AL 36104-4209 | 13352<br>Debtor: WINN-DIXIE STORES, INC. | $5,466.78 | LATE-FILED CLAIM. TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS TAX OBJECTION ORDER. |

**WINN-DIXIE STORES, INC., ET AL.**
**AD VALOREM TAX CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE DISALLOWED AS COURT**
**HAS DETERMINED TAX LIABILITY IN PRIOR ORDER**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 260059**<br>COUNTY OF ROWAN TAX COLLECTOR<br>ATTN JANET PHILLIPS, DEPUTY TAX COL<br>402 NORTH MAIN STREET<br>SALISBURY NC 28144-4341 | 13218<br>Debtor: WINN-DIXIE RALEIGH, INC. | $17,718.14 | NO LIABILITY. CLAIM FILED AS ADMINISTRATIVE PRIORITY INCLUDES PREPETITION LIABILITIES LISTED IN CLAIM NUMBER 1917 ALREADY DETERMINED BY THE COURT BY 6/15/06 SECOND OMNIBUS TAX OBJECTION ORDER. AS TO POSTPETITION AMOUNTS, ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 407684**<br>COUNTY OF WALKER, AL<br>REVENUE COMMISSIONER'S OFFICE<br>ATTN JERRY GUTHRIE, REV COMM<br>1803 3RD AVENUE, SUITE 102<br>JASPER AL 35501 | 13327<br>Debtor: WINN-DIXIE STORES, INC. | $6,796.80 | ASSERTS POSTPETITION AMOUNTS. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. ALSO, LIABILITY DETERMINED BY 7/10/06 FOURTH OMNIBUS TAX OBJECTION ORDER. |
| **Creditor Id: 492847**<br>COUNTY OF WALTON, TAX COMM<br>ATTN PATRICIA D MALCOM, TAX COMM<br>303 E HAMMOND DRIVE, SUITE 100<br>MONROE GA 30655 | 13358<br>Debtor: WINN-DIXIE STORES, INC. | $20,873.60 | LATE-FILED CLAIM. TAX LIABILITY DETERMINED BY 7/27/06 THIRD OMNIBUS TAX OBJECTION ORDER. |
| **Creditor Id: 492829**<br>PARISH OF EVANGELINE, LA<br>EVANGELINE SHERIFF, 22039<br>ATTN WAYNE MOREIN<br>200 COURT STREET, SUITE 100<br>VILLE PLATTE LA 70586<br><br>Counsel: ATTN ANDREW KEITH DAW, ESQ | 13333<br>Debtor: WINN-DIXIE STORES, INC. | $11,335.60 | LATE-FILED CLAIM. TAX LIABILITY DETERMINED BY 7/10/06 FOURTH OMNIBUS TAX OBJECTION ORDER. |
| **Creditor Id: 533782**<br>PARISH OF JEFFERSON<br>C/O BUREAU OF REVENUE AND TAXATION<br>ATTN ANDREW J LEBLANC JR, DIRECTOR<br>200 DERBIGNY STREET<br>GRETNA LA 70053 | 13427<br>Debtor: WINN-DIXIE STORES, INC. | $336,372.82 | LATE-FILED CLAIM. TAX LIABILITY DETERMINED BY 7/10/06 FOURTH OMNIBUS TAX OBJECTION ORDER. |
| **Creditor Id: 533782**<br>PARISH OF JEFFERSON<br>C/O BUREAU OF REVENUE AND TAXATION<br>ATTN ANDREW J LEBLANC JR, DIRECTOR<br>200 DERBIGNY STREET<br>GRETNA LA 70053 | 13457<br>Debtor: WINN-DIXIE LOGISTICS, INC. | $138,767.87 | LATE-FILED CLAIM. TAX LIABILITY DETERMINED BY 7/10/06 FOURTH OMNIBUS TAX OBJECTION ORDER. |

Case 3:05-bk-03817-JAF    Document 12925    Filed 11/06/2006    Page 12 of 16

WINN-DIXIE STORES, INC., ET AL.
AD VALOREM TAX CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE DISALLOWED AS COURT
HAS DETERMINED TAX LIABILITY IN PRIOR ORDER

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:  492828**<br>PARISH OF ST MARTIN, LA<br>TAX COLL & EX-OFFICIO TAX COLL.<br>ATTN ELAINE PERIOUX DEPUTY TAX COLL<br>PO BOX 247<br>SAINT MARTINVILLE  LA  70582 | 13332<br>Debtor:  WINN-DIXIE STORES, INC. | $24,406.17 | LATE-FILED CLAIM.  TAX LIABILITY DETERMINED BY 7/10/06 FOURTH<br>OMNIBUS TAX OBJECTION ORDER. |
| **Creditor Id:  376511**<br>PARISH OF ST MARY SHERIFF & TAX COLLECTOR<br>ATTN DAVID NAQUIN<br>PO BOX 571<br>FRANKLIN, LA  70538 | 13330<br>Debtor:  WINN-DIXIE STORES, INC. | $28,989.69 | LATE-FILED CLAIM.  TAX LIABILITY DETERMINED BY 7/10/06 FOURTH<br>OMNIBUS TAX OBJECTION ORDER. |
| **Creditor Id:  492852**<br>PARISH OF ST TAMMANY, LA<br>SHERIFF AND TAX COLLECTOR<br>PO BOX 608<br>COVINGTON  LA  70434 | 13361<br>Debtor:  WINN-DIXIE STORES, INC. | $293,476.45 | LATE-FILED CLAIM.  TAX LIABILITY DETERMINED BY 7/10/06 FOURTH<br>OMNIBUS TAX OBJECTION ORDER. |

**Total Claims to be Disallowed:**   30

**Total Amount to be Disallowed:**   $1,198,597.57        Plus Uniliquidated Amounts, If Any

**EXHIBIT B**

**WINN-DIXIE STORES, INC., ET AL.**
**AD VALOREM TAX CLAIMS OBJECTION**
**EXHIBIT B - CLAIMS TO BE DISALLOWED - TAX**
**LIABILITY DETERMINATION IS PENDING BEFORE THE COURT**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:  492850**<br>COUNTY OF FORREST, MS<br>ATTN DILLBERT W DEARMAN, TAX COLL<br>PO BOX 1689<br>HATTIESBURG  MS  39403 | 13359<br>Debtor:  **WINN-DIXIE STORES, INC.** | $36,385.53 | LATE-FILED CLAIM.  DETERMINATION OF TAX LIABILITY PENDING IN FOURTH OMNIBUS TAX OBJECTION. |
| **Creditor Id:  267427**<br>COUNTY OF GASTON, NC<br>ATTN JUDY BINGHAM, DIR OF TAX COLL<br>128 W MAIN ST<br>GASTONIA  NC  28052 | 13271<br>Debtor:  **WINN-DIXIE STORES, INC.** | $27,833.19 | LATE-FILED CLAIM.  DETERMINATION OF TAX LIABILITY PENDING IN SECOND OMNIBUS TAX OBJECTION. |
| **Creditor Id:  492827**<br>COUNTY OF NELSON, KY<br>C/O KELLEY, HITE & POTTINGER, PLLC<br>ATTN HON JOHN S KELLEY, JR ESQ<br>202 E STEPHEN FOSTER AVENUE<br>BARDSTOWN  KY  40004 | 13329<br>Debtor:  **WINN-DIXIE STORES, INC.** | $4,333.62 | LATE-FILED CLAIM.  DETERMINATION OF  TAX LIABILITY PENDING IN FIRST OMNIBUS TAX OBJECTION. |
| **Creditor Id:  247087**<br>COUNTY OF ROANOKE, VA<br>ATTN F KEVIN HUTCHINS, TREASURER<br>PO BOX 21009<br>ROANOKE  VA  24018-0533 | 13039<br>Debtor:  **WINN-DIXIE RALEIGH, INC.** | $6,784.75 | LATE-FILED CLAIM.  DETERMINATION OF TAX LIABILITY PENDING IN FIRST OMNIBUS TAX OBJECTION. |

| | | |
|---|---|---|
| **Total Claims to be Disallowed:** | 4 | |
| **Total Amount to be Disallowed:** | $75,337.09 | Plus Unliquidated Amounts, If Any |

**EXHIBIT C**

WINN-DIXIE STORES, INC., ET AL.
AD VALOREM TAX CLAIMS OBJECTION
EXHIBIT C - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 318691**<br>COUNTY OF GREENVILLE TAX COLLECTOR<br>ATTN THERESA RICH<br>301 UNIVERSITY RIDGE, SUITE 700<br>GREENVILLE  SC  29601 | 13216<br>Debtor: | $202,732.65<br>WINN-DIXIE STORES, INC. | LATE-FILED CLAIM.  TAX WAS PAID. |
| **Creditor Id: 492843**<br>COUNTY OF HARRIS/CITY OF HOUSTON<br>C/O LINEBARGER GOGGAN BLAIR, ET AL<br>ATTN JOHN P DILLMAN, ESQ<br>PO BOX 3064<br>HOUSTON  TX  77253-3064 | 13354<br>Debtor: | $972.26<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, LATE-FILED<br>CLAIM. |
| **Creditor Id: 492843**<br>COUNTY OF HARRIS/CITY OF HOUSTON<br>C/O LINEBARGER GOGGAN BLAIR, ET AL<br>ATTN JOHN P DILLMAN, ESQ<br>PO BOX 3064<br>HOUSTON  TX  77253-3064 | 13442<br>Debtor: | $972.26<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, LATE-FILED<br>CLAIM. |
| **Creditor Id: 258194**<br>COUNTY OF PAULDING TAX COMMISSIONER<br>PROPERTY TAX<br>ATTN J W WATSON, III<br>25  COURTHOUSE SQUARE, ROOM 203<br>DALLAS  GA  30132-4133 | 4957<br>Debtor: | $11,321.32<br>WINN-DIXIE STORES, INC. | NO AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS.  ASSERTED<br>AMOUNT RELATES TO STORE CLOSED 6/14/2000.  THERE WERE NO<br>ASSETS IN THAT STORE IN 2005. |
| **Creditor Id: 492940**<br>COUNTY OF WARREN, OH<br>TREASURY DEPT<br>ATTN DAVID L SWIGERT<br>406 JUSTICE DRIVE<br>LEBANON  OH  45036 | 13367<br>Debtor: | $33,595.35<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  STORE WAS<br>ASSIGNED TO BUEHLERS FOOD.  ALSO, LATE-FILED CLAIM. |
| **Creditor Id: 492844**<br>ISD OF CYPRESS-FAIRBANKS<br>PO BOX 692003<br>HOUSTON  TX  77269-2003 | 13355<br>Debtor: | $2,001.56<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, LATE-FILED<br>CLAIM. |

Counsel:  ATTN: JOHN P DILLMAN, ESQ

**Total Claims to be Disallowed:** 6

**Total Amount to be Disallowed:** $251,595.40          **Plus Uniliquidated Amounts, If Any**

**EXHIBIT D**

WINN-DIXIE STORES, INC., ET AL.
AD VALOREM TAX CLAIMS OBJECTION
EXHIBIT D - CLAIMS TO BE ALLOWED SUBJECT TO OFFSET

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Allowance |
|---|---|---|---|
| Creditor Id: 245140 | 169 | $1,430.87 | TO BE ALLOWED SUBJECT TO OFFSET OF CLAIM NUMBER 147. |
| CITY OF ROCKY MOUNT, NC | Debtor: WINN-DIXIE STORES, INC. | | |
| ATTN AUDREY FRIEDRICH, COLL DIV | | | |
| PO BOX 1180 | | | |
| ROCKY MOUNT, NC 27802-1180 | | | |
| | | | |
| Creditor Id: 258194 | 4952 | $41,823.67 | TO BE ALLOWED IN ASSERTED LIQUIDATED AMOUNT SUBJECT TO OFFSET. |
| COUNTY OF PAULDING TAX COMMISSIONER | Debtor: WINN-DIXIE STORES, INC. | | |
| PROPERTY TAX | | | |
| ATTN J W WATSON, III | | | |
| 25 COURTHOUSE SQUARE, ROOM 203 | | | |
| DALLAS GA 30132-4133 | | | |
| | | | |
| Creditor Id: 258194 | 4953 | $2,726.85 | TO BE ALLOWED IN ASSERTED LIQUIDATED AMOUNT SUBJECT TO OFFSET. |
| COUNTY OF PAULDING TAX COMMISSIONER | Debtor: WINN-DIXIE STORES, INC. | | |
| PROPERTY TAX | | | |
| ATTN J W WATSON, III | | | |
| 25 COURTHOUSE SQUARE, ROOM 203 | | | |
| DALLAS GA 30132-4133 | | | |
| | | | |
| Creditor Id: 258194 | 4954 | $1,423.13 | TO BE ALLOWED IN ASSERTED LIQUIDATED AMOUNT SUBJECT TO OFFSET. |
| COUNTY OF PAULDING TAX COMMISSIONER | Debtor: WINN-DIXIE STORES, INC. | | |
| PROPERTY TAX | | | |
| ATTN J W WATSON, III | | | |
| 25 COURTHOUSE SQUARE, ROOM 203 | | | |
| DALLAS GA 30132-4133 | | | |
| | | | |
| Creditor Id: 258194 | 4955 | $1,164.38 | TO BE ALLOWED IN ASSERTED LIQUIDATED AMOUNT SUBJECT TO OFFSET. |
| COUNTY OF PAULDING TAX COMMISSIONER | Debtor: WINN-DIXIE STORES, INC. | | |
| PROPERTY TAX | | | |
| ATTN J W WATSON, III | | | |
| 25 COURTHOUSE SQUARE, ROOM 203 | | | |
| DALLAS GA 30132-4133 | | | |

Total Claims to be Allowed:                  5
Total Amount to be Allowed:      $48,568.90      Plus Unliquidated Amounts, If Any