**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |

**NOTICE OF AGREED ORDER REGARDING THE MOTION FOR RELIEF FROM STAY FILED BY BELLSOUTH TELECOMMUNICATIONS, INC.**

> NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING
>
> Pursuant to Local Rule 2002-4, the Court will consider this matter without further notice or hearing unless a party in interest files an objection within 20 days from the date of service of this paper. If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy on Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, cjackson@smithhulsey.com.
>
> If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors"), pursuant to Rules 2002 and 9019, Federal Rules of Bankruptcy Procedure, and Local Rule 2002-4, give notice of the proposed entry of the attached Agreed Order Regarding the Motion for Relief from Stay Filed by Bellsouth Telecommunications, Inc. (Docket No. 11866).

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

If no objection to the proposed Agreed Order is filed and served within the time set forth above, the Court will be requested to enter the Agreed Order without further notice or hearing.

Dated: December 11, 2006.

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D.J. Baker*<br>     D. J. Baker<br>     Sally McDonald Henry<br>     Rosalie Walker Gray | By   *s/ Cynthia C. Jackson*<br>     Stephen D. Busey<br>     James H. Post<br>     Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |

**AGREED ORDER REGARDING MOTION FOR
RELIEF FROM STAY FILED BY BELLSOUTH**

This cause is before the Court on the motion of BellSouth Telecommunications, Inc. ("BellSouth") for relief from stay (Docket No. 11866) (the "Motion") to allow it to setoff amounts owed to the Debtors against amounts owed by the Debtors to BellSouth. Based upon the representations of the Debtors and BellSouth's counsel that this Agreed Order reflects a resolution of the Motion, it is

ORDERED AND ADJUDGED:

1. The Motion is granted in the manner set forth below.

2. BellSouth is authorized to setoff against its proofs of claim numbers 4036 and 6752, $220,370.53 it holds in credits, rewards and discounts owed to the Debtors[2]. Once this setoff is taken, claim number 4036 will be allowed as a general unsecured nonpriority claim in the amount of $69,276.48 to be paid in accordance with the confirmed plan of reorganization in these Chapter 11 cases. Claim number 6752 will be disallowed.

3. This Agreed Order resolves (i) all prepetition liabilities and obligations related to claim numbers 4036 and 6572 and (ii) all other claims BellSouth has or may

---

[2] All capitalized terms not otherwise defined in this Agreed Order have the meaning ascribed to them in the Debtors' final plan of reorganization dated August 9, 2006 (Docket No. 10058).

have against the Debtors and any of their Chapter 11 estates, employees, agents, successors or assigns, as of the date of this Agreed Order, all of which are forever waived, discharged and released. This Agreed Order does not release any claims that may exist for postpetition charges which will be handled in the ordinary course.

4. The Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Done and Ordered this _____ day of December, 2006.

_____
Jerry A. Funk
United States Bankruptcy Judge

00548760.2