UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

　　　　Debtors.

_____/

Jointly Administered
Case No. 3:05-bk-03817-JAF

Chapter 11

## NOTICE OF REMOVAL FROM SERVICE LIST

**PLEASE TAKE NOTICE** that Alberto F. Gomez, Jr., Esquire and Morse & Gomez, P.A.'s representation of Elfer Square, Inc. in this matter is concluded. Alberto F. Gomez, Jr., Esquire and Morse & Gomez, P.A. should be removed from all service lists as counsel for Elfer Square, Inc. To the extent necessary, service of any future pleadings or papers on Elfer Square, Inc. should be sent to:

Elfer Square, Inc.
Attn: Trent Goss
10912 56th St. N.
Temple Terrace, FL 33617

MORSE & GOMEZ, P.A.

　　/s/ Alberto F. Gomez, Jr.　　
ALBERTO F. GOMEZ, JR.
Florida Bar No. 784486
119 South Dakota Avenue
Tampa, Florida  33606
Telephone:　(813) 301-1000
Facsimile:　(813) 301-1001
E-mail: agomez@morsegomez.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the foregoing **NOTICE OF REMOVAL FROM SERVICE LIST** has been furnished by U.S. Mail to on this 11th day of December, 2006, to **Cynthia C. Jackson, Esq.**, Smith Hulsey & Busey, 225 Water St. Ste 1800, Jacksonville, FL 32202; **U.S. Trustee**, 135 W. Central Blvd., Ste 620, Orlando, FL 32801.

                                              ___/s/ Alberto F. Gomez, Jr. _____
                                              ALBERTO F. GOMEZ, JR.

F:\Shared Office Files\goss\Elfers Square\Pleadings\ntc-removal matrix.doc