## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re                                           :
                                                :
**WINN DIXIE STORES, INC., et al.**             :       **Case No. 05-03817**
                                                :       **Chapter 11, Jointly Administered**
                                                :
                                                :       **Claim No. 7817**
**Debtors**                                     :       **Amount: $322,573.14**

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP 3001(e)(2)

To ("Transferor"):    Wells Fargo Bank, N.A. as Trustee for Structured Asset Securities
                      Corporation, LB Commercial Mortgage Trust 1999-C1, Commercial
                      Mortgage Pass Through Certificates, Series 1999-C1, acting by and
                      through Capmark Finance Inc., its Special Servicer
                      601 Montgomery Street
                      Suite 1500
                      San Francisco, CA 9411
                      Attn: Allen Hanson

Please take notice that your Claim No. 7817 in the amount of $322,573.14 (the "Claim") in the bankruptcy case referenced above, together with all applicable interest, fees and expenses thereto, has been transferred (unless previously expunged by court order) to:

                      Contrarian Funds, LLC ("Transferee")
                      411 West Putnam Avenue, Suite 225
                      Greenwich, CT 06830

Evidence that Transferor has assigned all of its right, title and interest in the Claim to Transferee is attached hereto as Exhibit A. No action is required if you do not object to the transfer of your claim. HOWEVER, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN TWENTY (20) DAYS OF THE DATE OF THIS NOTICE, YOU MUST FILE A WRITTEN OBJECTION WITH:

                      United States Bankruptcy Court
                      Middle District of Florida
                      Jacksonville Division
                      300 North Hogan Street
                      Suite 3-350
                      Jacksonville, Florida 32707

If you file an objection a hearing will be scheduled. If you do not file an objection, or it is not timely filed, the Transferee will be substituted on the Court's records as the Claimant. SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.

B BDB2 731477 v3
1039334-000036 12/7/2006

Refer to Internal Control No. _____ in your objection.

_____ Intake Clerk

This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006

INTERNAL CONTROL, No. _____

Claims Agent Noticed: _____
Copy to Transferee: _____

_____
Deputy Clerk

B BDB2 731477 v3
1039334-000036 12/7/2006

EXHIBIT A
EVIDENCE OF TRANSFER

## EXHIBIT A

### ASSIGNMENT OF CLAIM

Wells Fargo Bank, N.A. as Trustee for Structured Asset Securities Corporation, LB Commercial Mortgage Trust 1999-C1, Commercial Mortgage Pass Through Certificates, Series 1999-C1, acting by and through Capmark Finance Inc., its Special Servicer ("Assignor"), whose address is 601 Montgomery Street, Suite 1500, San Francisco, CA 94111, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, hereby assigns, transfers, sets over and conveys to Contrarian Funds, LLC, a _____ ("Assignee"), whose address is 411 West Putnam Avenue, Suite 225, Greenwich, CT 06830, all Assignor's right, title and interest in and to that certain claim no. 7817 (the "Claim") with respect to Bankruptcy Case No. 05-03837-3F1 filed with the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division.

**TO HAVE AND TO HOLD** the same unto Assignee and to the successors and assigns of Assignee forever.

**This Assignment of Claim is made without recourse or representation or warranty, express, implied or by operation of law, of any kind and nature whatsoever, except as otherwise provided in that certain Agreement for Sale and Purchase of Claim between Assignor and Assignee dated as of December 1, 2006.**

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of the Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

[THE REMAINDER OF THIS PAGE WAS LEFT BLANK INTENTIONALLY]

**IN WITNESS WHEREOF** Assignor has duly executed this Assignment as of December ___, 2006.

**SELLER:**

Wells Fargo Bank, N.A. as Trustee for Structured Asset Securities Corporation, LB Commercial Mortgage Trust 1999-C1, Commercial Mortgage Pass Through Certificates, Series 1999-C1 acting by and through Capmark Finance Inc. its Special Servicer

Signature: _____
Print Name: _Teresa Ben_

Signature: _Ana Sanz_
Print Name: _Ana Sanz_

By: _____
Name: _Curt Spaugh_
Title: _SVP_

Dated: _____

R.I.ML: 343317 v2
1039033 000036 12/1/2006

IN WITNESS WHEREOF, Buyer and Seller have executed this Agreement.

Signed, sealed and delivered in the
presence of:

**SELLER:**

Wells Fargo Bank, N.A. as Trustee for Structured
Asset Securities Corporation, LB Commercial
Mortgage Trust 1999-C1, Commercial Mortgage
Pass Through Certificates, Series 1999-C1, acting
by and through Capmark Finance Inc., its Special
Servicer

By:_____

Signature:_____

Name_____

Print Name:_____

Title:_____

Signature:_____

Dated:_____

Print Name:_____


Signed, sealed and delivered in the
presence of:

**BUYER:**

CONTRARIAN FUNDS, LLC

By:     CONTRARIAN CAPITAL
        MANAGEMENT, LLC, AS MANAGER

_____

Name:_____

Title:_____Jon R. Bauer_____
           Managing Member

Signature:_____

Print Name:_____

Signature:_____

Dated:_____

Print Name:_____

12

B TML 731317 v3
1039334-000036 12/1/2006