**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC., et al.,　　　　　　Case No.: 3:05-bk-03817-JAF

　　　　　Debtors.　　　　　　　　　　　　　　Chapter 11

　　　　　　　　　　　　　　　　　　　　　　　　Jointly Administered

_____/

## ORDER DENYING WITHOUT PREJUDICE FLORIDA TAX COLLECTORS' MOTION FOR EXTENSION OF TIME TO FILE DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL

This case came before the Court upon Florida Tax Collectors' Motion for Extension of Time to File Designation of Record and Statement of Issues on Appeal. Upon review of the Motion, it is

**ORDERED:**

1.　The Florida Tax Collectors' Motion for Extension of Time to File Designation of Record and Statement of Issues on Appeal is denied without prejudice.

2.　The Florida Tax Collectors shall file a designation of record and statement of issues on appeal within ten days of the date of this Order.

3.　To the extent it is necessary, the Florida Tax Collectors may file a supplemental statement of issues within ten days of the date of the Court's Order on the Florida Tax Collectors' Motion to Allow Filing of Proofs of Claim without Prejudice, Florida Tax Collectors' Motion to Abstain from Consideration of Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities, and Florida Tax

Collectors' Motion to Dismiss Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities.

    **DATED** December 11, 2006 at Jacksonville, Florida.

_____
JERRY A. FUNK
United States Bankruptcy Judge

**Copies furnished to:**

All parties served with the Motion