UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**AGREED ORDER REGARDING MOTION TO RECONSIDER ORDER REDUCING CLAIM OF MMMM, INC. FOR LACK OF NOTICE**

THIS CAUSE is before the Court upon the motion to reconsider order reducing claim of MMMM, Inc. for lack of notice (Docket No. 10711) (the "Motion"). Based upon the representation by counsel to the Debtors and counsel to MMMM, Inc. that the proposed Agreed Order reflects a resolution between the parties of the issues raised in the Motion, it is

ORDERED AND ADJUDGED:

1. The Motion is granted to the extent stated in this Agreed Order.

2. Claim no. 4563 filed by MMMM, Inc. is allowed as an unsecured non-priority claim in the amount of $36,332.66 to be paid in accordance with, and subject to, the terms of the Debtors' joint plan of reorganization.

Dated this 11 day of December, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

3

<u>Consent</u>

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | WALTERS LEVINE KLINGENSMITH & THOMSON, P.A. |
|---|---|
| By /s/ *James H. Post*<br>James H. Post | By /s/ *Thomas C. Valentine* *<br>Thomas C. Valentine |
| Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) | Florida Bar Number 321389<br>1800 Second Street, Suite 808<br>Sarasota, Florida 34236<br>(941) 364-8787<br>(941) 361-3023 (facsimile) |
| -and- | -and- |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | HERREN, DARE & STREETT |
| | By /s/ *David M. Dare* *<br>David M. Dare |
| D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile) | 1051 N. Harrison Ave.<br>Kirkwood, MO 63122<br>(314) 965-3373<br>(314) 965-2225 (facsimile)<br><br>Attorneys for MMMM, Inc. |
| Co-Attorneys for Debtors | |

\* Counsel has authorized the use of his electronic signature.