**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.,* | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**PEPSI-COLA COMPANY'S LIMITED WITHDRAWAL OF ITS RESPONSE ON BEHALF OF CERTAIN PEPSI BOTTLERS TO DEBTORS' TWENTY-SECOND OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS, (B) NO LIABILITY MISCLASSIFIED CLAIMS, (C) OVERSTATED CLAIMS, (D) OVERSTATED MISCLASSIFIED CLAIMS, (E) MISCLASSIFIED CLAIMS AND (F) AMENDED AND SUPERSEDED CLAIMS**

Pepsi-Cola Company ("Pepsi"), a division of PepsiCo, Inc., hereby withdraws its Response (the "Response") to the Debtors' Twenty-Second Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims; (C) Overstated Claims; (D) Overstated Misclassified Claims; (E) Misclassified Claims and (F) Amended and Superseded Claims (the "Objection"), to the extent that the Response was asserted with respect to the Claims asserted by the following creditors: Allen Beverages Inc., d/b/a Pepsi Cola Bottling Co. of Gulfport; Acadiana Bottling Co., Inc.; Beverage South Inc.; McPherson Beverages, Inc.; Pepsi Cola Bottling Co. of Atmore; Pepsi-Cola Btlg Co. of Luverne, Inc.; Pepsi Cola Decatur LLC dba Pepsi Cola Bottling Company; Pepsi Cola Bottling Co of Hickory NC, Inc.; and Refreshment Services, Inc. (collectively, the "Pepsi Bottlers").[1]

In support of this withdrawal, Pepsi states as follows:

1.  The Pepsi Bottlers are each a bottler and distributor of beverage products under brand names such as Pepsi, Diet Pepsi and Mountain Dew (collectively, the "Pepsi Goods").

---

[1] The claims of Brown Bottling Group, LLC, PepsiAmericas, Inc. and Pepsi Cola Bottling Co. of Charlotte have already been resolved by order of the Court. Pepsi's Response remains pending and in full force and effect with respect to the claim of Pepsi Cola Bottling Co. of Selma (Claim No. 9659).

2.    The Pepsi Bottlers supplied Pepsi Goods to Winn-Dixie Stores, Inc. and/or its affiliated debtors (collectively "Winn-Dixie") prior to Winn-Dixie's bankruptcy filing.

3.    The Pepsi Bottlers filed the Claims as listed below (the "Pepsi Bottler Claims") on account of Pepsi Goods delivered to Winn-Dixie for which the Pepsi Bottlers were not paid.

4.    In the Objection, Winn-Dixie sought to reduce the Pepsi Bottler Claims as follows:

| **Pepsi Bottler Claim No.** | **Claim Amount** | **Winn-Dixie Proposed Reductions** | **Resulting Claim Amount** |
|---|---|---|---|
| Allen Beverages Inc., d/b/a Pepsi Cola Bottling Co. of Gulfport (Claim No. 8314) | $126,543.12 | $16,672.03 (account payable) $1,130.69 (consumption) $36,182.19 (reclamation) | $72,558.21 |
| Acadiana Bottling Co., Inc. (Claim No. 8200) | $305,903.30 | $39,448.35 (account payable) $2,600.69 (consumption) $83,221.82 (reclamation) | $180,632.44 |
| Beverage South Inc. (Claim No. 11361) | $41,205.11 | $10,186.24 (account payable) | $31,018.87 |
| McPherson Beverages, Inc. (Claim No. 8247) | $13,692.30 | $3,075.12 (account payable) | $10,617.18 |
| Pepsi Cola Bottling Co. of Atmore (Claim No. 9655) | $80,805.95 | $33,560.78 (account payable) | $47,245.17 |
| Pepsi-Cola Btlg Co. of Luverne, Inc. (Claim No. 7917) | $94,003.14 | $7,163.86 (account payable) $546.66 (consumption) $17,493.07 (reclamation) | $68,799.55 |
| Pepsi Cola Decatur LLC d/b/a Pepsi Cola Bottling Company (Claim No. 7905) | $64,564.40 | $20,019.57 (account payable) | $44,544.83 |
| Pepsi Cola Bottling Co of Hickory NC, Inc. (Claim No. 4430) | $166,459.55 | $40,518.35 (account payable) $8,169.11 (chargebacks) | $117,772.09 |
| Refreshment Services, Inc. (Claim No. 7809) | $183,480.28 | $26,388.24 (account payable) $26,296.20 (reclamation) $821.76 (consumption) $14,878.20 (chargebacks) | $115,095.88 |

5. On September 29, 2006, Pepsi submitted the Response to Winn-Dixie's Objection on behalf of certain of its affiliated bottlers, including the Pepsi Bottlers. In the Response, Pepsi objected, on behalf of the Pepsi Bottlers, to the proposed treatment of the Pepsi Bottler Claims.

6. The Pepsi Bottlers have each advised Pepsi that they have reconciled the proposed reductions to their individual claims and do not object to the relief sought in the Objection with respect to their individual claims. Pepsi therefore withdraws the Response with respect to the Pepsi Bottler Claims and consents to the reduction of the Pepsi Bottler Claims as set forth above, in full resolution of the Objection.

December 12, 2006                                Respectfully submitted,

                                                 PEPSI-COLA COMPANY,
                                                 A DIVISION OF PEPSICO, INC.

                                          By:    */s/ Joseph D. Frank*
                                                 One of its attorneys

Joseph D. Frank (IL ARDC No. 6216085)
Jeremy C. Kleinman (IL ARDC No. 6270080)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60610
(312) 276-1400 – telephone
(312) 276-0035 – facsimile
jfrank@fgllp.com; jkleinman@fgllp.com

## CERTIFICATE OF SERVICE

I, Joseph D. Frank, an attorney, hereby certify that on **December 12, 2006**, a true and correct copy of the foregoing **Pepsi-Cola Company's Limited Withdrawal of its Response on Behalf of Certain Pepsi Bottlers to Debtors' Twenty-Second Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims; (C) Overstated Claims; (D) Overstated Misclassified Claims; (E) Misclassified Claims and (F) Amended and Superseded Claims** was filed electronically. Notice of the filing will be sent to all parties who are currently on the Court's Electronic Mail Notice List by operation of the Court's Electronic Filing System. In addition, a copy was served this day upon the party named below via electronic mail and facsimile transmission:

D. J. Baker
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
*(212) 735-2000 – fax*
djbaker@skadden.com

        */s/ Joseph D. Frank*