UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                                        ) ss:
COUNTY OF NEW YORK  )

William Coleman, being duly sworn, deposes and says:

1. I am not a party to these proceedings, am over eighteen years of age and am employed by DLA Piper US LLP, 1251 Avenue of the Americas, New York, New York 10020-1104;

2. On December 1, 2006, I served by first class mail, postage prepaid, on the parties on the annexed "hard copy" mailing list, and by electronic transmission ("email") on the parties listed on the annexed email transmittal sheet, true copies of the Application of DLA Piper US LLP as Counsel to Ad Hoc Trade Committee and FTI Consulting, Inc. as Financial Advisors to Ad Hoc Trade Committee for Allowance of Compensation and Reimbursement of Expenses for the Period From March 7, 2006 Through October 31, 2006, and the Notice of Filing thereof.

William Coleman

Sworn to before me this
12th day of December, 2006

Notary Public

SERAFINA SHISHKOVA
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SH6140465
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES JANUARY 30, 2010

NEWY1\8045779.1

Office of Attorney General Charlie Crist
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

Internal Revenue Service
Special Procedures - Stop 5720
400 W Bay Street, Suite 35045
Jacksonville, FL 32202

Cameron Sanford Company, LLC
PO Box 31827
Raleigh, NC 27622

Contrarian Capital Management, LLC
Attn: Nathalie Klein
411 West Putnam Ave., Ste 225
Greenwich, CT 06830

State of Florida, AHCA
Attn: Grant Dearborn, Esq.
2727 Mahan Dr. MS 3
Tallahassee, FL 32308

U.S. Health & Human Services Dept.
c/o Office of the General Counsel
Attn: Gary Kurz, Esq.
61 Forsyth Street SW, Suite 5M60
Atlanta, GA 30303-8909

State of Georgia, Dept. of Community Health
Attn: Neal B. Childers, Esq.
2 Peachtree Street, 40th Floor
Atlanta, GA 30303-3159

State of Kentucky Health & Family Services Cabinet
Attn: Richard Warne, Esq.
275 East Main Street, 5W-B
Frankfort, KY 40621

Kathleen L. Donovan
37D Danbury Court
Royal Palm Beach, FL 33411

Mark S. Kessler, P.A.
Attn: Mark S. Kessler
331 E. Union Street
Jacksonville, FL 32202

CadleRock, L.L.C.
Attn: Vic Buente
100 North Center Street
Newton Falls, OH 44444-1321

Michael E. Lee
Attorney for the City of Huntsville
200 Westside Square, Ste 803
Huntsville, AL 35801-4816

Munsch Hardt Kopf & Harr PC
Attn: Randall Rios
Bank of America Center
700 Louisiana, 46th Fl.
Houston, TX 77002

World Fitness
Attn: Cliff Block
214 St. James Ave.
Goose Creek, SC 29445

## Coleman, William H.

| | |
|---|---|
| **From:** | Coleman, William H. |
| **Sent:** | Friday, December 01, 2006 4:03 PM |
| **To:** | 'ken.meeker@usdoj.gov'; 'sherrill-beards@sec.gov'; 'ElenaL.Escamilla@usdoj.gov'; 'LarryAppel@winn-dixie.com'; 'ddrebsky@nixonpeabody.com'; 'jrosenthal@nixonpeabody.com'; 'djbaker@skadden.com'; 'sschirmang@kraft.com'; 'sborders@kslaw.com'; 'scott.johnson@fritolay.com'; 'sbusey@smithhulsey.com'; 'Atenzer@Shearman.com'; 'dfiorillo@oshr.com'; 'Jhelfat@oshr.com'; 'jstern@oshr.com'; 'sreisman@cm-p.com'; 'athau@cm-p.com'; 'scimalore@wilmingtontrust.com'; 'Ddunne@milbank.com'; 'Lmandel@milbank.com'; 'DODonnell@milbank.com'; 'mbarr@milbank.com'; 'Arosen@srsllp.com'; 'tslome@srsllp.com'; 'rtoder@morganlewis.com'; 'coheniw@pepperlaw.com'; 'huffard@blackstone.com'; 'Rkuebel@lockeliddell.com'; 'dboldissar@lockeliddell.com'; 'Pollack@ballardspahr.com'; 'Jstantonn@contrariancapital.com'; 'dsimon@xroadsllc.com'; 'Dwdykhouse@pbwt.com'; 'mhandler@pbwt.com'; 'Cwatson@balch.com'; 'eray@balch.com'; 'Ncolton@cozen.com'; 'dliebman@cozen.com'; 'Lmay@angelfrankel.com'; 'rsteinberg@angelfrankel.com'; 'Jcarr@kelleydrye.com'; 'rlehane@kelleydrye.com'; 'Rsmolev@kayescholer.com'; 'kmurphy@kayescholer.com'; 'Jfrank@fgllp.com'; 'Plhuffst@coxsmith.com'; 'Rwward@airmail.net'; 'mheld@jenkens.com'; 'Nherman@morganlewis.com'; 'Eerman@ermanteicher.com'; 'Rbleggett@allmanspry.com'; 'Mfranks@manierherod.com'; 'mcollins@manierherod.com'; 'tpennington@manierherod.com'; 'kmiller@skfdelaware.com'; 'Szuber@pitneyhardin.com'; 'David.boyle@airgas.com'; 'Henry.efroymson@icemiller.com'; 'mark.bogdanowicz@icemiller.com'; 'lsgreene@hhlaw.com'; 'dckaufman@hhlaw.com'; 'bgrieco@hhlaw.com'; 'Eschwartz@mnat.com'; 'rdehney@mnat.com'; 'Frankvydra@discoverfinancial.com'; 'fringel@pobox.com'; 'flc@psstf.com'; 'gginsburg@ngmpc.com'; 'bkrfilings@agg.com'; 'Hayden.kepner@agg.com'; 'james.smith@agg.com'; 'lexbankruptcy@wyattfirm.com'; 'thomas.leanse@kmzr.com'; 'dustin.branch@kmzr.com'; 'amcmulle@bccb.com'; 'srucker@millermartin.com'; 'drubin@kswb.com'; 'hobankecf@lockeliddell.com'; 'robert.holladay@youngwilliams.com'; 'millerr@gtlaw.com'; 'reginald.greene@bellsouth.com'; 'bloomm@gtlaw.com'; 'andrew.flame@dbr.com'; 'rrg@rglawgroup.com'; 'bnathan@lowenstein.com'; 'agayer@lowenstein.com'; 'jdibattista@mofo.com'; 'rkaniuklaw@aol.com'; 'Nicholas_griffiths@ml.com'; 'bbecker@hswmke.com'; 'franklin.berg@4086.com'; 'dmeek@burr.com'; 'brubin@burr.com'; 'msolomon@burr.com'; 'ajrlaw@aol.com'; 'rstern@maccosternlaw.com'; 'Abothwell@pepehazard.com'; 'eheld@hilawfirm.com'; 'khisrael@hilawfirm.com'; 'mbranzburg@klehr.com'; 'CHDicker@Klehr.com'; 'jkurtzma@klehr.com'; 'jniemeier@mnmk.com'; 'awoodard@mnmk.com'; 'dthimmig@ralaw.com'; 'mwarner@warnerstevens.com'; 'dcohen@warnerstevens.com'; 'echou@warnerstevens.com'; 'tjcurtin@varnumlaw.com'; 'wjmartin@pbnlaw.com'; 'bsmoore@pbnlaw.com'; 'asherman@sillscummis.com'; 'celler@broadandcassel.com'; 'ssutton@lathropgage.com'; 'Lhenin@andersonkill.com'; 'ecotton@ddrc.com'; 'jennifer@wheelis-rozanski.com'; 'prubin@herrick.com'; 'smilo@wawlaw.com'; 'dconroy@millinglaw.com'; 'dcrapo@gibbonslaw.com'; 'gponto@gibbonslaw.com'; 'gerard@bmclaw.com'; 'skrause@zeklaw.com'; 'davidwheeler@mvalaw.com'; 'dlandis@mateerharbert.com'; 'bankruptcy@morrisoncohen.com'; 'akornberg@paulweiss.com'; 'RRThames@stutsman-thames.com'; 'brmarkey@stutsman-thames.com'; 'ncharney@bear.com'; 'slevine@lowenstein.com'; 'alipkin@willkie.com'; 'rspigel@willkie.com'; 'wwallach@mccarter.com'; 'lmcbryan@maceywilensky.com'; 'judith.elkin@haynesboone.com'; 'jsailer@murrayfrank.com'; 'apatton@murrayfrank.com'; 'stacey.jernigan@haynesboone.com'; 'mark.elmore@haynesboone.com'; 'wdw@mccarthywhite.com'; 'psm@kompc.com'; 'tah@kompc.com'; 'met@kompc.com'; 'jklein@foxrothschild.com'; 'rurbanik@munsch.com'; 'sellis@munsch.com'; 'smiller@morrisjames.com'; 'dbegnaud@athens1867.com'; 'russj4478@aol.com'; Friedman, Mark; Carrigan, Daniel; 'dianegreed@sbcglobal.net'; Duban, Janice L.; 'tmeyers@kilpatrickstockton.com'; 'mhamroff@moritthock.com'; 'lberkoff@moritthock.com'; 'streuss@hughesluce.com'; 'dale@sb-lawfirm.com'; 'cneville@sonnenschein.com'; |

'jcreed@sonnenschein.com'; 'kbifferato@cblh.com'; 'cthompson@cblh.com'; 'aspizz@tnsj-law.com'; 'bankruptcy@hswgb.com'; 'bittourna@inlandgroup.com'; 'cslocum@klehr.com'; 'abenissatto@shapiro-croland.com'; 'elazarou@reedsmith.com'; 'carignanj@pepperlaw.com'; 'kgwynne@reedsmith.com'; 'caseyl@pepperlaw.com'; 'pkcampsen@kaufcan.com'; 'sablea@pepperlaw.com'; 'staib@blankrome.com'; 'david.lemke@wallerlaw.com'; 'mmcnamee_br@nealharwell.com'; 'legal@mimms.org'; 'dgreco@bradleyarant.com'; 'jboyles@jhvgmlaw.com'; 'rcox@mcguirewoods.com'; 'bkdept@fagelhaber.com'; 'jmalley@angelogordon.com'; 'pat@rjlaw.com'; 'priscilla@rjlaw.com'; 'bill.ray@hamitonbeach.com'; 'rmills@hhdulaw.com'; 'kbates@hhdulaw.com'; 'crasile@hunton.com'; 'bbest@dykema.com'; 'rkjones@mwpplaw.com'; 'rkjones@mppkj.com'; 'glenn.reisman@coporate.ge.com'; 'vincent@marreroland.com'; 'dfinkelstein@afelaw.com'; 'mkindt@ctks.com'; 'eric.newberg@diazfoods.com'; 'krichner@ssd.com'; 'Philip@buckeyecapitalpartners.com'; 'rachel_budke@fpl.com'; 'Patrick.bartels@QuadrangleGroup.com'; 'Andrew.Herenstein@QuadrangleGroup.com'; 'jes@lcojlaw.com'; 'zachary.bancroft@lowndes-law.com'; 'rbwiipa@aol.com'; 'lfoyle@kasslaw.com'; 'lynda.becker@mail.tc.citrus.fl.us'; 'jk@kttlaw.com'; 'lmi@kttlaw.com'; 'bsaintsing@smithdebnamlaw.com'; 'jkoneck@fredlaw.com'; 'larry.ricke@leonard.com'; 'kjohnson@watkinsludlam.com'; 'wwessler@cableone.net'; 'mkaplan@kaplanfreedman.com'; 'william.hoog@amsouth.com'; 'Vickie@fosterandlindeman.com'; 'susanp@taxcollector.com'; 'duggerkw@aol.com'; 'jbodoff@bodoffslavitt.com'; 'rfingold@ldlaw.com'; 'gvk@gvk-law.com'; 'cindy@gvk-law.com'; 'mbakst@ebcblaw.com'; 'bmacintyre@perkinscoie.com'; 'jstevenson@perkinscoie.com'; 'mwestbrook@kennedycovington.com'; 'lhogewood@kennedycovington.com'; 'adelman@pacaenforcer.com'; 'lbtancredi@venable.com'; 'gacross@venable.com'; 'hdfoley@venable.com'; 'rmmnybankruptcy@pitneyhardin.com'; 'dwander@wanderlaw.com'; 'dstichter@srbp.com'; 'epeterson@srbp.com'; 'eketchum@srbp.com'; 'lmeuers@meuerslawfirm.com'; 'fredcburesh@aol.com'; 'wharmeyer@harmeyerlaw.com'; 'jmartin@simplawatlanta.com'; 'jmarkowitz@mdrtlaw.com'; 'rrubio@mdrtlaw.com'; 'dgonzales@wsh-law.com'; 'wschwartz@lplegal.com'; 'dblack@fwblaw.net'; 'mbowlus@fjbd.com'; 'kschnauss@fjbd.com'; 'handresen@kennedycovington.com'; 'gcatalanello@brownraysman.com'; 'hhawn@broward.org'; 'afranson@atritt.com'; 'jdf@sessions-law.com'; 'mikem@jpfirm.com'; 'dgreer@williamsmullen.com'; 'ecf@jennisbowen.com'; 'djennis@jennisbowen.com'; 'pbliley@williamsmullen.com'; 'dflanigan@pswslaw.com'; 'scupps@keglerbrown.com'; 'anthony.smits@bingham.com'; 'jbird@pswslaw.com'; 'kbell@cphlaw.com'; 'mminuti@saul.com'; 'jchebot@wbc-lawyers.com'; 'anasuti@tokn.com'; 'bpatten@sgwfirm.com'; 'gbt@btcmlaw.com'; 'rdavis@davis-fields.com'; 'rlevin@hdmllp.com'; 'apriester@smithlaw.com'; 'dnohrr@gray-robinson.com'; 'nobled@phelps.com'; 'ecahill@shergarner.com'; 'nkling@shergarner.com'; 'plslinn@stoel.com'; 'rlauter@seyfarth.com'; 'slorber@seyfarth.com'; 'rtucker@simon.com'; 'tmg@stjohnlaw.com'; 'pse@stjohnlaw.com'; 'rfeinstein@pszyjw.com'; 'sl@lhmlawfirm.com'; 'dab@lhmlawfirm.com'; 'bshaw100@shawgussis.com'; 'aguon@shawgussis.com'; 'stzouvelekas@lwtm.com'; 'jbotti@porterwright.com'; 'bshort@hsblawfirm.com'; 'bsaintsing@smithdebnamlaw.com'; 'gerdekomarek@bellsouth.net'; 'prathwell@swlaw.com'; 'jdecarlo@foleymansfield.com'; 'austin_nooney@mccormick.com'; 'roy@mcclainleppert.com'; 'leppert@mcclainleppert.com'; 'dmcfarlin@whmh.com'; 'kherron@whmh.com'; 'tdavidmitchell@msn.com'; 'tdenitzio@greenbaumlaw.com'; 'runderhill@greenbaumlaw.com'; 'aspector@bergersingerman.com'; 'grobson@bergersingerman.com'; 'swaterman@rgn.com'; 'radams@sctlaw.com'; 'alsmithesq@aol.com'; 'cohen@wmllp.com'; 'ghaber@wmllp.com'; 'jglover@wlj.com'; 'mschulmanpa@aol.com'; 'wfm@spain-gillon.com'; 'slewis@stoltzusa.com'; 'rshuker@groneklatham.com'; 'crieders@gjb-law.com'; 'bcox@rtlaw.com'; 'bhyde@rtlaw.com'; 'gar@garlaw.us'; 'tsadutto@platzerlaw.com'; 'cmiller@mgm.com'; 'lberbert@bregmanlaw.com'; 'Dennis@bcylaw.com'; 'shweitze@dreyers.com'; 'nicklaw@eatel.net'; 'twynne@wbbwlaw.com'; 'bbritt@wbbwlaw.com'; 'lrfernandez@trenam.com'; 'rjmcintyre@trenam.com'; 'cookdavidj@aol.com'; 'sbeavens@iurillolaw.com'; 'npulignano@marksgray.com'; 'rmowrey@mowreylaw.com'; 'amcbrayer@ebglaw.com'; 'jrogerson@vbwr.com'; 'ferrell@taftlaw.com'; 'skuhn@akingump.com'; 'gardner@pacatrust.com'; 'rainach@msn.com'; 'mikeelee@bellsouth.net'; 'johnlewis@na.ko.com'; 'josjohnson@na.ko.com';

'george.cauthen@nelsonmullins.com'; 'Jregan@rzwlaw.com'; 'cwalker@rzwlaw.com'; 'alan.weiss@hklaw.com'; 'singerman@bergersingerman.com'; 'smaples@jmmtlawfirm.com'; 'gmkouri@aol.com'; 'kandklaw_jwh@msn.com'; 'abrumby@shutts-law.com'; 'bankruptcy@evict.net'; 'charrison@millermartin.com'; 'mjankows@reinhartlaw.com'; 'jblakely@reinhartlaw.com'; 'jthompson@poynerspruill.com'; 'anjela@kondoslaw.net'; 'rrios@munsch.com'; 'hweinberg@jrhwlaw.com'; 'jtabas@tfslaw.com'; 'jkuhns@saul.com'; 'whd@johnstonconwell.com'; 'amd@johnstonconwell.com'; 'embarker@bellsouth.net'; 'bo.fears@law.state.ga.us'; 'achan@hangley.com'; 'bgramley@taxcollect.com'; 'packerman@us.loreal.com'; 'matt.beal@lowndes-law.com'; 'pcanova@eatel.net'; 'jventola@choate.com'; 'wmcmahon@choate.com'; 'tlallier@foleymansfield.com'; 'mblazina@foleymansfield.com'; 'lmorgan@morganlawyers.com'; 'wendy.brewer@btlaw.com'; 'tosipov@pascocountyfl.net'; 'buford@harperkynes.com'; 'john.macdonald@akerman.com'; 'markindlaw@att.net'; 'rkobert@broadandcassel.com'; 'orlandobankruptcy@broadandcassel.com'; 'cohenthurston@cs.com'; 'rdavis@whww.com'; 'lsherman@hwhlaw.com'; 'irbylawfirm@bellsouth.net'; 'kcbaker@eastsmith.com'; 'mbrakefield@hsmbb.com'; 'cmcilwain@hsmb.com'; 'ksodergren@hsmbb.com'; 'borgeslawfirm@aol.com'; 'jmaddock@mcguirewoods.com'; 'prussin@melandrussin.com'; 'cgibbs@mcguirewoods.com'; 'schandler@mckennalong.com'; 'dstern@mckennalong.com'; 'rhood@khmllp.com'; 'Fdosunmu@lordbissell.com'; 'asmith@lordbissell.com'; 'tneufeld@nrblaw.com'; 'cpetersen@gunster.com'; 'twolford@ngelaw.com'; 'dpinkston@pinkstonandpinkston.com'; 'gschlegel@pinkstonandpinkston.com'; 'ludin@piperludin.com'; 'sschultz@akingump.com'; 'jshafferman@solpearl.com'; 'kmather@hinshawlaw.com'; 'mrosen@rosenlawgroup.com'; 'mkelley@kkgpc.com'; 'Z@trenam.com'; 'rwilcox@wilcoxlawfirm.com'; 'gschlax@harrellandharrell.com'; 'mmoran@harrellandharrell.com'; 'pdennis@tuggleduggins.com'; 'jmf@wardandsmith.com'; 'dpc@h3gm.com'; 'gdavis@foley.com'; 'srichard@co.pinellas.fl.us'; 'csummerall@bmsmlaw.com'; 'blaney@mcelweefirm.com'; 'sfox@esclaw.com'; 'Lbrandonisio@VertisInc.com'; 'melodydgenson@verizon.net'; 'cmotsinger@kdlegal.com'; 'cayer@terrellhogan.com'; 'ttalarch@hodgsonruss.com'; 'bbaer@balch.com'; 'whittemd@phelps.com'; 'eds@sell-melton.com'; 'jay@veronalawgroup.com'; 'fitzgeraldb@hillsboroughcounty.org'; 'Prosenblatt@KilpatrickStockton.com'; 'douglas.szabo@henlaw.com'; 'jcruciani@blackwellsanders.com'; 'litigate@hidayricke.com'; 'jfass@cftlaw.com'; 'jweinstein@ssd.com'; 'pgreenlee@hwhlaw.com'; 'mkogan@ecjlaw.com'; 'mkogan@ecjlaw.com'; 'bankrupt@modl.com'; 'ian.kukoff@blaxgray.com'; 'mschmahl@mcguirewoods.com'; 'court@planlaw.com'; 'notices@becket-lee.com'; 'afrisch@hilawfirm.com'; 'luckey.mcdowell@bakerbotts.com'; 'jburnett@gray-robinson.com'; 'kbarnhart@mskpc.com'; 'bankruptcy@fandmlaw.com'; '"jmoore@pogolaw.com'; 'craig@kelleylawoffice.com'; 'wjmaffucci@schnader.com'; 'rjmarlowe@arnstein.com'; 'mnreed@duanemorris.com'; 'wmsimkulak@duanemorris.com'; 'karolkdenniston@paulhastings.com'; 'ssharp.ecf@srbp.com'; 'nrn@quarles.com'; 'philipbates@bellsouth.net'; 'lucysmith@bellsouth.net'; 'jes@lcojlaw.com'; 'mkshaver@varnumlaw.com'; 'rcaluda@rcaluda.com'; 'pds@aswmpa.com'; 'bsantiago@aswmpa.com'; 'eschwartz@contrariancapital.com'; 'TRL@Tewlaw.com'; 'john.brannon@tklaw.com'; 'ablackburn@cmlbro.com'; 'jk@stevenslee.com'; 'nina@lafleurlaw.com'; 'leighton@leesfield.com'; 'jameswareham@paulhastings.com'; 'Predmond@swmwas.com'; 'amcnamee@swmwas.com'; 'specie@scruggs-carmichael.com'

**Cc:** Califano, Thomas R.; Roldan, Vincent J.
**Subject:** In re: Winn Dixie Stores, Inc., et al.; Chapter 11; Case No. 05-03817-3F1
**Attachments:** Winn Dixie DLA FAP.pdf; Winn Dixie DLA FAP Exh C.pdf; Winn Dixie DLA FAP Exh A-1.pdf; Winn Dixie DLA FAP Exh A-2.pdf; Winn Dixie DLA FAP Exh A-3.pdf; Winn Dixie DLA FAP Exh A-4.pdf; Winn Dixie DLA FAP Exh A-5.pdf; Winn Dixie DLA FAP Exh A-6.pdf; Winn Dixie DLA FAP Exh B-1.pdf; Winn Dixie DLA FAP Exh B-2.pdf

On behalf of Thomas R. Califano, Esq., please see the attached.

William Coleman

12/12/2006

Paralegal
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020
Phone: 212.776.3745
Fax: 212.884.8745
Email: william.coleman@dlapiper.com

12/12/2006