**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT TO**
**DEBTORS' OBJECTION TO REQUEST OF C & A LTD., L.C. FOR**
**ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

    I, Adam S. Ravin, certify that I caused to be served the Debtors' Objection to Request of C & A Ltd., L.C. for Allowance and Payment of Administrative Expense Claim (Docket No. 12658) and corresponding Notice of Hearing (Docket No. 12661), by having true and correct copies thereof sent to the parties listed on Exhibit A via first class mail on November 17, 2006.

Dated: December 13, 2006

                                                    SKADDEN, ARPS, SLATE,
                                                    MEAGHER & FLOM LLP

                                                    By: /s/ *Adam S. Ravin*
                                                    Adam S. Ravin
                                                    Four Times Square
                                                    New York, New York 10036
                                                    (212) 735-3000
                                                    (917) 735-2000 (facsimile)

                                                            and

                                                    SMITH HULSEY & BUSEY

                                                    By: /s/ *Cynthia C. Jackson*
                                                    Cynthia C. Jackson
                                                    Florida Bar Number 498882
                                                    225 Water Street, Suite 1800
                                                    Jacksonville, Florida  32202
                                                    (904) 359-7700
                                                    (904) 359-7708 (facsimile)

                                                    Co-Counsel for Debtors

## Exhibit A

POLSINELLI, SHLATON, WELTE, SUELTHAUS PC
James E. Bird
700 West 47th Street, Suite 1000
Kansas City, Missouri 64112


POLSINELLI, SHLATON, WELTE, SUELTHAUS PC
Amy E. Hatch
700 West 47th Street, Suite 1000
Kansas City, Missouri 64112

579236.01-New York Server 5A - MSW