**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE WITH**
**RESPECT TO ORDER APPROVING SETTLEMENT WITH**
**XL INSURANCE AMERICA, INC. AND MARSH USA, INC.**

I, Adam S. Ravin, certify that I caused to be served the Order Approving Settlement with XL Insurance America, Inc. and Marsh USA, Inc. (Docket No. 12898), by having true and correct copies thereof sent to the parties listed on Exhibit A via first class mail on December 1, 2006.

Dated: December 12, 2006

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By: /s/ *Adam S. Ravin*
Adam S. Ravin
Four Times Square
New York, New York 10036
(212) 735-3000
(917) 735-2000 (facsimile)

-and-

SMITH HULSEY & BUSEY

By: /s/ *Cynthia C. Jackson*
Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

Co-Counsel for Reorganized Debtors

## Exhibit A

Terry R. Howell
Fields, Howell, Athans
& McLaughlin, LLP
One Midtown Plaza, Suite 800
1360 Peachtree Street, NE
Atlanta, Georgia 30309

Timothy J. Casey
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110

Dan F. Laney
Rogers & Hardin LLP
2700 International Tower
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303

Eric J. Van Vugt
Quarles & Brady LLP
411 East Wisconsin Avenue
Suite 2040
Milwaukee, Wisconsin 53202

Natalie G. Maciolek
Quarles & Brady LLP
411 East Wisconsin Avenue
Suite 2040
Milwaukee, Wisconsin 53202

Keith A. Bruett
Quarles & Brady LLP
411 East Wisconsin Avenue
Suite 2040
Milwaukee, Wisconsin 53202