# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF NEW YORK       )

Serafina Shishkova, being duly sworn, deposes and says:

1. I am not a party to these proceedings, am over eighteen years of age and am employed by DLA Piper US LLP, 1251 Avenue of the Americas, New York, New York 10020-1104.

2. On the 5th of December, 2006, I caused to be served (a) by first class mail, postage prepaid, on the parties on the service list annexed hereto as Exhibit A, and (b) by electronic transmission (email), on the parties on the email transmittal sheet annexed hereto as Exhibit B, true copies of the Notice of Hearing on the Application for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred by DLA Piper US LLP and FTI Consulting, Inc. for the Period from

March 7, 2006 through October 31, 2006, in the above-captioned case.

/s/ Serafina Shishkova_____
Serafina Shishkova

Sworn to before me this
13th day of December, 2006

/s/ Vanessa Torres_____
Notary Public

VANESSA TORRES
Notary Public, State of New York
No. 01TO6118723
Qualified in New York County
Commission Expires November 15, 2008

~NEWY1:7998663.v1