Office of Attorney General Charlie Crist
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

Internal Revenue Service
Special Procedures - Stop 5720
400 W Bay Street, Suite 35045
Jacksonville, FL 32202

Cameron Sanford Company, LLC
PO Box 31827
Raleigh, NC 27622

Contrarian Capital Management, LLC
Attn: Nathalie Klein
411 West Putnam Ave., Ste 225
Greenwich, CT 06830

State of Florida, AHCA
Attn: Grant Dearborn, Esq.
2727 Mahan Dr. MS 3
Tallahassee, FL 32308

U.S. Health & Human Services Dept.
c/o Office of the General Counsel
Attn: Gary Kurz, Esq.
61 Forsyth Street SW, Suite 5M60
Atlanta, GA 30303-8909

State of Georgia, Dept. of Community Health
Attn: Neal B. Childers, Esq.
2 Peachtree Street, 40th Floor
Atlanta, GA 30303-3159

State of Kentucky Health & Family Services Cabinet
Attn: Richard Warne, Esq.
275 East Main Street, 5W-B
Frankfort, KY 40621

Kathleen L. Donovan
37D Danbury Court
Royal Palm Beach, FL 33411

Mark S. Kessler, P.A.
Attn: Mark S. Kessler
331 E. Union Street
Jacksonville, FL 32202

CadleRock, L.L.C.
Attn: Vic Buente
100 North Center Street
Newton Falls, OH 44444-1321

Michael E. Lee
Attorney for the City of Huntsville
200 Westside Square, Ste 803
Huntsville, AL 35801-4816

Munsch Hardt Kopf & Harr PC
Attn: Randall Rios
Bank of America Center
700 Louisiana, 46th Fl.
Houston, TX 77002

World Fitness
Attn: Cliff Block
214 St. James Ave.
Goose Creek, SC 29445