**Shishkova, Serafina**

| | |
|---|---|
| From: | Shishkova, Serafina |
| Sent: | Tuesday, December 05, 2006 5:43 PM |
| To: | 'ken.meeker@usdoj.gov'; 'sherrill-beards@sec.gov'; 'ElenaL.Escamilla@usdoj.gov'; 'LarryAppel@winn-dixie.com'; 'ddrebsky@nixonpeabody.com'; 'jrosenthal@nixonpeabody.com'; 'djbaker@skadden.com'; 'sschirmang@kraft.com'; 'sborders@kslaw.com'; 'scott.johnson@fritolay.com'; 'sbusey@smithhulsey.com'; 'Atenzer@Shearman.com'; 'dfiorillo@oshr.com'; 'Jhelfat@oshr.com'; 'jstern@oshr.com'; 'sreisman@cm-p.com'; 'athau@cm-p.com'; 'scimalore@wilmingtontrust.com'; 'Ddunne@milbank.com'; 'Lmandel@milbank.com'; 'DODonnell@milbank.com'; 'mbarr@milbank.com'; 'Arosen@srsllp.com'; 'tslome@srsllp.com'; 'rtoder@morganlewis.com'; 'coheniw@pepperlaw.com'; 'huffard@blackstone.com'; 'Rkuebel@lockeliddell.com'; 'dboldissar@lockeliddell.com'; 'Pollack@ballardspahr.com'; 'Jstantonn@contrariancapital.com'; 'dsimon@xroadsllc.com'; 'Dwdykhouse@pbwt.com'; 'mhandler@pbwt.com'; 'Cwatson@balch.com'; 'eray@balch.com'; 'Ncolton@cozen.com'; 'dliebman@cozen.com'; 'Lmay@angelfrankel.com'; 'rsteinberg@angelfrankel.com'; 'Jcarr@kelleydrye.com'; 'rlehane@kelleydrye.com'; 'Rsmolev@kayescholer.com'; 'kmurphy@kayescholer.com'; 'Jfrank@fgllp.com'; 'Plhuffst@coxsmith.com'; 'Rwward@airmail.net'; 'mheld@jenkens.com'; 'Nherman@morganlewis.com'; 'Eerman@ermanteicher.com'; 'Rbleggett@allmanspry.com'; 'Mfranks@manierherod.com'; 'mcollins@manierherod.com'; 'tpennington@manierherod.com'; 'kmiller@skfdelaware.com'; 'Szuber@pitneyhardin.com'; 'David.boyle@airgas.com'; 'Henry.efroymson@icemiller.com'; 'mark.bogdanowicz@icemiller.com'; 'lsgreene@hhlaw.com'; 'dckaufman@hhlaw.com'; 'bgrieco@hhlaw.com'; 'Eschwartz@mnat.com'; 'rdehney@mnat.com'; 'Frankvydra@discoverfinancial.com'; 'fringel@pobox.com'; 'flc@psstf.com'; 'gginsburg@ngmpc.com'; 'bkrfilings@agg.com'; 'Hayden.kepner@agg.com'; 'james.smith@agg.com'; 'lexbankruptcy@wyattfirm.com'; 'thomas.leanse@kmzr.com'; 'dustin.branch@kmzr.com'; 'amcmulle@bccb.com'; 'srucker@millermartin.com'; 'drubin@kswb.com'; 'hobankecf@lockeliddell.com'; 'robert.holladay@youngwilliams.com'; 'millerr@gtlaw.com'; 'reginald.greene@bellsouth.com'; 'bloomm@gtlaw.com'; 'andrew.flame@dbr.com'; 'rrg@rglawgroup.com'; 'bnathan@lowenstein.com'; 'agayer@lowenstein.com'; 'jdibattista@mofo.com'; 'rkaniuklaw@aol.com'; 'Nicholas_griffiths@ml.com'; 'bbecker@hswmke.com'; 'franklin.berg@4086.com'; 'dmeek@burr.com'; 'brubin@burr.com'; 'msolomon@burr.com'; 'ajrlaw@aol.com'; 'Abothwell@pepehazard.com'; 'eheld@hilawfirm.com'; 'khisrael@hilawfirm.com'; 'mbranzburg@klehr.com'; 'CHDicker@Klehr.com'; 'jkurtzma@klehr.com'; 'jniemeier@mnmk.com'; 'awoodard@mnmk.com'; 'dthimmig@ralaw.com'; 'mwarner@warnerstevens.com'; 'dcohen@warnerstevens.com'; 'echou@warnerstevens.com'; 'tjcurtin@varnumlaw.com'; 'wjmartin@pbnlaw.com'; 'bsmoore@pbnlaw.com'; 'asherman@sillscummis.com'; 'celler@broadandcassel.com'; 'ssutton@lathropgage.com'; 'Lhenin@andersonkill.com'; 'ecotton@ddrc.com'; 'jennifer@wheelis-rozanski.com'; 'prubin@herrick.com'; 'smilo@wawlaw.com'; 'dconroy@millinglaw.com'; 'dcrapo@gibbonslaw.com'; 'gponto@gibbonslaw.com'; 'gerard@bmclaw.com'; 'skrause@zeklaw.com'; 'davidwheeler@mvalaw.com'; 'dlandis@mateerharbert.com'; 'bankruptcy@morrisoncohen.com'; 'akornberg@paulweiss.com'; 'RRThames@stutsman-thames.com'; 'brmarkey@stutsman-thames.com'; 'ncharney@bear.com'; 'slevine@lowenstein.com'; 'alipkin@willkie.com'; 'rspigel@willkie.com'; 'wwallach@mccarter.com'; 'lmcbryan@maceywilensky.com'; 'judith.elkin@haynesboone.com'; 'jsailer@murrayfrank.com'; 'apatton@murrayfrank.com'; 'stacey.jernigan@haynesboone.com'; 'mark.elmore@haynesboone.com'; 'wdw@mccarthywhite.com'; 'psm@kompc.com'; 'tah@kompc.com'; 'met@kompc.com'; 'jklein@foxrothschild.com'; 'rurbanik@munsch.com'; 'sellis@munsch.com'; 'smiller@morrisjames.com'; 'dbegnaud@athens1867.com'; 'russj4478@aol.com'; Friedman, Mark; Carrigan, Daniel; 'dianegreed@sbcglobal.net'; Duban, Janice L.; 'tmeyers@kilpatrickstockton.com'; 'mhamroff@moritthock.com'; 'lberkoff@moritthock.com'; 'streuss@hughesluce.com'; 'dale@sb-lawfirm.com'; 'cneville@sonnenschein.com'; 'jcreed@sonnenschein.com'; 'kbifferato@cblh.com'; |

12/12/2006

'cthompson@cblh.com'; 'aspizz@tnsj-law.com'; 'bankruptcy@hswgb.com';
'bittourna@inlandgroup.com'; 'cslocum@klehr.com'; 'abenissatto@shapiro-croland.com';
'elazarou@reedsmith.com'; 'carignanj@pepperlaw.com'; 'kgwynne@reedsmith.com';
'caseyl@pepperlaw.com'; 'pkcampsen@kaufcan.com'; 'sablea@pepperlaw.com';
'staib@blankrome.com'; 'david.lemke@wallerlaw.com'; 'mmcnamee_br@nealharwell.com';
'legal@mimms.org'; 'dgreco@bradleyarant.com'; 'jboyles@jhvgmlaw.com';
'rcox@mcguirewoods.com'; 'bkdept@fagelhaber.com'; 'jmalley@angelogordon.com';
'pat@rjlaw.com'; 'priscilla@rjlaw.com'; 'bill.ray@hamitonbeach.com'; 'rmills@hhdulaw.com';
'kbates@hhdulaw.com'; 'crasile@hunton.com'; 'bbest@dykema.com';
'rkjones@mwpplaw.com'; 'rkjones@mppkj.com'; 'glenn.reisman@coporate.ge.com';
'vincent@marreroland.com'; 'dfinkelstein@afelaw.com'; 'mkindt@ctks.com';
'eric.newberg@diazfoods.com'; 'krichner@ssd.com'; 'Philip@buckeyecapitalpartners.com';
'rachel_budke@fpl.com'; 'Patrick.bartels@QuadrangleGroup.com';
'Andrew.Herenstein@QuadrangleGroup.com'; 'jes@lcojlaw.com'; 'zachary.bancroft@lowndes-law.com'; 'rbwiipa@aol.com'; 'lfoyle@kasslaw.com'; 'lynda.becker@mail.tc.citrus.fl.us';
'jk@kttlaw.com'; 'lmi@kttlaw.com'; 'bsaintsing@smithdebnamlaw.com';
'jkoneck@fredlaw.com'; 'larry.ricke@leonard.com'; 'kjohnson@watkinsludlam.com';
'wwessler@cableone.net'; 'mkaplan@kaplanfreedman.com'; 'william.hoog@amsouth.com';
'Vickie@fosterandlindeman.com'; 'susanp@taxcollector.com'; 'duggerkw@aol.com';
'jbodoff@bodoffslavitt.com'; 'rfingold@ldlaw.com'; 'gvk@gvk-law.com'; 'cindy@gvk-law.com';
'mbakst@ebcblaw.com'; 'bmacintyre@perkinscoie.com'; 'jstevenson@perkinscoie.com';
'mwestbrook@kennedycovington.com'; 'lhogewood@kennedycovington.com';
'adelman@pacaenforcer.com'; 'lbtancredi@venable.com'; 'gacross@venable.com';
'hdfoley@venable.com'; 'rmmnybankruptcy@pitneyhardin.com'; 'dwander@wanderlaw.com';
'dstichter@srbp.com'; 'epeterson@srbp.com'; 'eketchum@srbp.com';
'lmeuers@meuerslawfirm.com'; 'fredcburesh@aol.com'; 'wharmeyer@harmeyerlaw.com';
'jmartin@simplawatlanta.com'; 'jmarkowitz@mdrtlaw.com'; 'rrubio@mdrtlaw.com';
'dgonzales@wsh-law.com'; 'wschwartz@lplegal.com'; 'dblack@fwblaw.net';
'mbowlus@fjbd.com'; 'kschnauss@fjbd.com'; 'handresen@kennedycovington.com';
'gcatalanello@brownraysman.com'; 'hhawn@broward.org'; 'afranson@atritt.com';
'jdf@sessions-law.com'; 'mikem@jpfirm.com'; 'dgreer@williamsmullen.com';
'ecf@jennisbowen.com'; 'djennis@jennisbowen.com'; 'pbliley@williamsmullen.com';
'dflanigan@pswslaw.com'; 'scupps@keglerbrown.com'; 'anthony.smits@bingham.com';
'jbird@pswslaw.com'; 'kbell@cphlaw.com'; 'mminuti@saul.com'; 'jchebot@wbc-lawyers.com';
'anasuti@tokn.com'; 'bpatten@sgwfirm.com'; 'gbt@btcmlaw.com'; 'rdavis@davis-fields.com';
'rlevin@hdmllp.com'; 'apriester@smithlaw.com'; 'dnohrr@gray-robinson.com';
'nobled@phelps.com'; 'ecahill@shergarner.com'; 'nkling@shergarner.com';
'plslinn@stoel.com'; 'rlauter@seyfarth.com'; 'slorber@seyfarth.com'; 'rtucker@simon.com';
'tmg@stjohnlaw.com'; 'pse@stjohnlaw.com'; 'rfeinstein@pszyjw.com'; 'sl@lhmlawfirm.com';
'dab@lhmlawfirm.com'; 'bshaw100@shawgussis.com'; 'aguon@shawgussis.com';
'stzouvelekas@lwtm.com'; 'jbotti@porterwright.com'; 'bshort@hsblawfirm.com';
'bsaintsing@smithdebnamlaw.com'; 'gerdekomarek@bellsouth.net'; 'prathwell@swlaw.com';
'jdecarlo@foleymansfield.com'; 'austin_nooney@mccormick.com'; 'roy@mcclainleppert.com';
'leppert@mcclainleppert.com'; 'dmcfarlin@whmh.com'; 'kherron@whmh.com';
'tdavidmitchell@msn.com'; 'tdenitzio@greenbaumlaw.com'; 'runderhill@greenbaumlaw.com';
'aspector@bergersingerman.com'; 'grobson@bergersingerman.com'; 'swaterman@rgn.com';
'radams@sctlaw.com'; 'alsmithesq@aol.com'; 'cohen@wmllp.com'; 'ghaber@wmllp.com';
'jglover@wlj.com'; 'mschulmanpa@aol.com'; 'wfm@spain-gillon.com'; 'slewis@stoltzusa.com';
'rshuker@groneklatham.com'; 'crieders@gjb-law.com'; 'bcox@rtlaw.com'; 'bhyde@rtlaw.com';
'gar@garlaw.us'; 'tsadutto@platzerlaw.com'; 'cmiller@mgm.com';
'lberbert@bregmanlaw.com'; 'Dennis@bcylaw.com'; 'shweitze@dreyers.com';
'nicklaw@eatel.net'; 'twynne@wbbwlaw.com'; 'bbritt@wbbwlaw.com';
'lrfernandez@trenam.com'; 'rjmcintyre@trenam.com'; 'cookdavidj@aol.com';
'sbeavens@iurillolaw.com'; 'npulignano@marksgray.com'; 'rmowrey@mowreylaw.com';
'amcbrayer@ebglaw.com'; 'jrogerson@vbwr.com'; 'ferrell@taftlaw.com';
'skuhn@akingump.com'; 'gardner@pacatrust.com'; 'rainach@msn.com';
'mikeelee@bellsouth.net'; 'johnlewis@na.ko.com'; 'josjohnson@na.ko.com';
'george.cauthen@nelsonmullins.com'; 'Jregan@rzwlaw.com'; 'cwalker@rzwlaw.com';

12/12/2006

'alan.weiss@hklaw.com'; 'singerman@bergersingerman.com'; 'smaples@jmmtlawfirm.com';
'gmkouri@aol.com'; 'kandklaw_jwh@msn.com'; 'abrumby@shutts-law.com';
'bankruptcy@evict.net'; 'charrison@millermartin.com'; 'mjankows@reinhartlaw.com';
'jblakely@reinhartlaw.com'; 'jthompson@poynerspruill.com'; 'anjela@kondoslaw.net';
'rrios@munsch.com'; 'hweinberg@jrhwlaw.com'; 'jtabas@tfslaw.com'; 'jkuhns@saul.com';
'whd@johnstonconwell.com'; 'amd@johnstonconwell.com'; 'embarker@bellsouth.net';
'bo.fears@law.state.ga.us'; 'achan@hangley.com'; 'bgramley@taxcollect.com';
'packerman@us.loreal.com'; 'matt.beal@lowndes-law.com'; 'pcanova@eatel.net';
'jventola@choate.com'; 'wmcmahon@choate.com'; 'tlallier@foleymansfield.com';
'mblazina@foleymansfield.com'; 'lmorgan@morganlawyers.com'; 'wendy.brewer@btlaw.com';
'tosipov@pascocountyfl.net'; 'buford@harperkynes.com'; 'john.macdonald@akerman.com';
'markindlaw@att.net'; 'rkobert@broadandcassel.com';
'orlandobankruptcy@broadandcassel.com'; 'cohenthurston@cs.com'; 'rdavis@whww.com';
'lsherman@hwhlaw.com'; 'irbylawfirm@bellsouth.net'; 'kcbaker@eastsmith.com';
'mbrakefield@hsmbb.com'; 'cmcilwain@hsmb.com'; 'ksodergren@hsmbb.com';
'borgeslawfirm@aol.com'; 'jmaddock@mcguirewoods.com'; 'prussin@melandrussin.com';
'cgibbs@mcguirewoods.com'; 'schandler@mckennalong.com'; 'dstern@mckennalong.com';
'rhood@khmllp.com'; 'Fdosunmu@lordbissell.com'; 'asmith@lordbissell.com';
'tneufeld@nrblaw.com'; 'cpetersen@gunster.com'; 'twolford@ngelaw.com';
'dpinkston@pinkstonandpinkston.com'; 'gschlegel@pinkstonandpinkston.com';
'ludin@piperludin.com'; 'sschultz@akingump.com'; 'jshafferman@solpearl.com';
'kmather@hinshawlaw.com'; 'mrosen@rosenlawgroup.com'; 'mkelley@kkgpc.com';
'Z@trenam.com'; 'rwilcox@wilcoxlawfirm.com'; 'gschlax@harrellandharrell.com';
'mmoran@harrellandharrell.com'; 'pdennis@tuggleduggins.com'; 'jmf@wardandsmith.com';
'dpc@h3gm.com'; 'gdavis@foley.com'; 'srichard@co.pinellas.fl.us';
'csummerall@bmsmlaw.com'; 'blaney@mcelweefirm.com'; 'sfox@esclaw.com';
'Lbrandonisio@VertisInc.com'; 'melodydgenson@verizon.net'; 'cmotsinger@kdlegal.com';
'cayer@terrellhogan.com'; 'ttalarch@hodgsonruss.com'; 'bbaer@balch.com';
'whittemd@phelps.com'; 'eds@sell-melton.com'; 'jay@veronalawgroup.com';
'fitzgeraldb@hillsboroughcounty.org'; 'Prosenblatt@KilpatrickStockton.com';
'douglas.szabo@henlaw.com'; 'jcruciani@blackwellsanders.com'; 'litigate@hidayricke.com';
'jfass@cftlaw.com'; 'jweinstein@ssd.com'; 'pgreenlee@hwhlaw.com'; 'mkogan@ecjlaw.com';
'mkogan@ecjlaw.com'; 'bankrupt@modl.com'; 'ian.kukoff@blaxgray.com';
'mschmahl@mcguirewoods.com'; 'court@planlaw.com'; 'notices@becket-lee.com';
'afrisch@hilawfirm.com'; 'luckey.mcdowell@bakerbotts.com'; 'jburnett@gray-robinson.com';
'kbarnhart@mskpc.com'; 'bankruptcy@fandmlaw.com'; '"jmoore@pogolaw.com';
'craig@kelleylawoffice.com'; 'wjmaffucci@schnader.com'; 'rjmarlowe@arnstein.com';
'mnreed@duanemorris.com'; 'wmsimkulak@duanemorris.com';
'karolkdenniston@paulhastings.com'; 'ssharp.ecf@srbp.com'; 'nrn@quarles.com';
'philipbates@bellsouth.net'; 'lucysmith@bellsouth.net'; 'jes@lcojlaw.com';
'mkshaver@varnumlaw.com'; 'rcaluda@rcaluda.com'; 'pds@aswmpa.com';
'bsantiago@aswmpa.com'; 'eschwartz@contrariancapital.com'; 'TRL@Tewlaw.com';
'john.brannon@tklaw.com'; 'ablackburn@cmlbro.com'; 'jk@stevenslee.com';
'nina@lafleurlaw.com'; 'leighton@leesfield.com'; 'jameswareham@paulhastings.com';
'Predmond@swmwas.com'; 'amcnamee@swmwas.com'; 'specie@scruggs-carmichael.com'

Cc: Roldan, Vincent J.
Subject: Winn-Dixie Stores, Inc., et al., Ch. 11; Case No. 05-03817
Attachments: Winn-Dixie - NOH Ad Hoc Trade Committee fee application.pdf

I have attached the Notice of Hearing on the Application for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred by DLA Piper US LLP and FTI Consulting, Inc. for the Period from March 7, 2006 through October 31, 2006, in the above-referenced case.

12/12/2006



Serafina Shishkova
Project Assistant

DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104

212 776 3727
serafina.shishkova@dlapiper.com

www.dlapiper.com

12/12/2006