# United States Bankruptcy Court
## Middle District of Florida

In re Winn-Dixie Stores, Inc., et al.,   Case No. 05-03817-3F1
 (Jointly Administered)
 Court ID (court use only) _____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Contrarian Funds, LLC**
Name of Transferee

**Wells Fargo Bank, N.A.**
Name of Transferor

Name and Address where notices to transferee should be sent

**Contrarian Funds, LLC**
**411 West Putnam Ave., Ste. 225**
**Greenwich, CT 06830**
**Attn: Alpa Jimenez**
**Phone 203-862-8236**

Court Record Address of Transferor
(Court Use Only)

Name and Current Address of Transferor

Name and Address where transferee payments should be sent
(if different from above)

**Court Claim # (if known): 7817**
**Claim Amount $322,573.14**

**Wells Fargo Bank, N.A., as Trustee**
**c/o Stephen P Strohschein**
**McGlinchey Stafford, PLLC**
**One American Floor, 14th Floor**
**Baton Rouge, LA  70825**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/ *Alpa Jimenez*_____
      Transferee/Transferee's Agent

Date: _____December 13, 2006_____

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

## EXHIBIT A

## ASSIGNMENT OF CLAIM

Wells Fargo Bank, N.A. as Trustee for Structured Asset Securities Corporation, LB Commercial Mortgage Trust 1999-C1, Commercial Mortgage Pass Through Certificates, Series 1999-C1, acting by and through Capmark Finance Inc., its Special Servicer ("Assignor"), whose address is 601 Montgomery Street, Suite 1500, San Francisco, CA 94111, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, hereby assigns, transfers, sets over and conveys to Contrarian Funds, LLC, a _____ ("Assignee"), whose address is 411 West Putnam Avenue, Suite 225, Greenwich, CT 06830, all Assignor's right, title and interest in and to that certain claim no. 7817 (the "Claim") with respect to Bankruptcy Case No. 05-03837-3F1 filed with the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division.

**TO HAVE AND TO HOLD** the same unto Assignee and to the successors and assigns of Assignee forever.

**This Assignment of Claim is made without recourse or representation or warranty, express, implied or by operation of law, of any kind and nature whatsoever, except as otherwise provided in that certain Agreement for Sale and Purchase of Claim between Assignor and Assignee dated as of** December 1, 2006

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of the Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

[THE REMAINDER OF THIS PAGE WAS LEFT BLANK INTENTIONALLY]

IN WITNESS WHEREOF, Assignor has duly executed this Assignment as of December 1, 2006.

SELLER:

Wells Fargo Bank, N.A. as Trustee for Structured Asset Securities Corporation, LB Commercial Mortgage Trust 1999-C1, Commercial Mortgage Pass Through Certificates, Series 1999-C1, acting by and through Capmark Finance Inc., its Special Servicer

Signature: *Teresa Ben*
Print Name: Teresa Ben

Signature: *Ama Saung*
Print Name: Am Saunz

By: _____
Name: Curt Spaugh
Title: SVP

Dated: _____

2