IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: | CASE NO. 3:05-bk-3817-JAF |
| WINN-DIXIE STORES, INC., et al., | (Jointly Administered) |
| | Chapter 11 |
| Debtors. / | |

## NOTICE OF TRANSFER OF CLAIM (AFTER PROOF FILED) OTHER THAN FOR SECURITY PURSUANT TO FED.R.BANKR.P. 3001(e)(2)

TO TRANSFEROR:
AMERICAN KB PROPERTIES
I LIMITED PARTNERSHIP
c/o Lamonica Herbst & Maniscalco LLP.
3305 Jerusalem Avenue
Wantagh, New York 11803

**PLEASE TAKE NOTICE** that the filed claim of AMERICAN KB I LIMITED PARTNERSHIP ("Transferor") against the Debtor, Winn-Dixie Montgomery, Inc., in the amount of **$436,606.14** Claim No. 12845), as listed within the Claims Register, and the claim of Transferor has been transferred and assigned other than for security to **MSCI 1999-RM1 NEW MARKET MADISON, LLC.,** As evidence thereto, please see attached **Exhibit "A"**.

If you do not object to the transfer of your claim, no action is required. If you do object to such transfer, you must within 20 days of the date of this Notice file a written objection with the United States Bankruptcy Court for the Middle District of Florida, with a copy to Transferee at the address listed below:

TRANSFEREE:
MSCI 1999-RM1 NEW MARKET MADISON, LLC
c/o LNR Partners, Inc.

1601 Washington Avenue, Suite 700
Miami Beach, FL 33139
Attn: Mr. Arne Shulkin

Dated: December 13, 2006

        Respectfully submitted,

        KOZYAK TROPIN & THROCKMORTON, P.A.
        Counsel for Transferee
        2525 Ponce De Leon, 9th Floor
        Coral Gables, Florida 33134
        Telephone:  (305) 372-1800
        Facsimile:  (305) 372-3508
        Email:  jwk@kttlaw.com

By:   */s/ John W. Kozyak*

        John W. Kozyak, Esq.
        Fla. Bar No. 200395

271612

FORM B10 (Official Form 10) 04/04)

| United States Bankruptcy Court Middle District of Florida | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>Winn-Dixie Raleigh, Inc | Case Number<br>05-03839 | DEBTOR WINN-DIXIE STORES, INC<br>US BANKRUPTCY COURT M D -FLORIDA<br>JOINTLY ADMINISTERED UNDER<br>CASE 05-03817 (3F1)<br>CHAPTER 11 |

NOTE. This form should not be used to make a claim for an administrative expense arising after the commencement of the case A "request" for payment of an administrative expense may be filed pursuant to 11 U S C. § 503

Name of Creditor (The person or other entity to whom the debtor owes money or property),  399385

American KB Properties I Limited Partnership

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars
☐ Check box if you have never received any notices from the bankruptcy court in this case
☐ Check box if the address differs from the address on the envelope sent to you by the court

**CLAIM NO.: 12845**

Name and Address Where Notices Should be Sent
American KB Properties I Limited Partnership
c/o Lamonica Herbst & Maniscalco LLP
Attn  Salvatore Lamonica, Esq
3305 Jerusalem Avenue, Wantagh, New York 11803

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR

Check here ☐ replaces
if this claim          a previously filed claim, dated  July 28, 2005
              ☒ amends

**1  BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other (Describe briefly)  See Attached

☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages, salaries, and compensation (Fill out below)
   Last four digits of Your SS # _____
   Unpaid compensation for services performed
   From _____ (date) to _____ (date)

**2  DATE DEBT WAS INCURRED:**

**3  IF COURT, JUDGMENT, DATED OBTAINED:**

**4.  Total Amount of Claim at Time Case Filed $ 436,606 14**                                          $436,606 14 See Statement of Claim
                              (unsecured)    (secured)    (priority)              (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**5  SECURED CLAIM**
☐ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of Collateral
☐ Real Estate  ☐ Motor Vehicle
☐ Other (Describe Briefly)

Value of Collateral $_____

Amount of arrearage and other charges at time case filed included
in secured claim above, if any $_____
**6  Unsecured Nonpriority Claim $ 436,606 14**
☒ Check this box if  a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**7.  UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $_____
   Specify the priority of the claim
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U S C § 507(a)(3)
☐ Contributions to an employee benefit plan – 11 U S C § 507(a)(4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U S C § 507(a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U S C § 507(a)(7)
☐ Taxes or penalties of governmental units - 11 U S C § 507(a)(8)
☐ Other-Specify applicable paragraph of 11 U S C § 507(a) _____
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

8  **Credits**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
9  **Supporting Documents**  Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous, attach a summary
10  **Date-stamped Copy**  To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

DATE
January 5, 2006

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attached copy of power of attorney, if any)

Benjamin A Kahn, Attorney for American KB Properties I Limited Partnership

Penalty for presenting fraudulent claim  Fine of up to $500 000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 and 3571

NPGB01 690391 1-BANKR-(BKAHN) 707552-00017



**WOMBLE CARLYLE SANDRIDGE & RICE**

A PROFESSIONAL LIMITED LIABILITY COMPANY

One West Fourth Street
Winston-Salem, NC 27101

Telephone: (336) 721-3600
Fax: (336) 721-3660
Web Site: www.wcsr.com

Dennis W. McNames
Direct Dial: (336) 721-3507
Direct Fax: (336) 733-8419
E-mail: dmcnames@wcsr.com

November 9, 2006

**VIA FEDERAL EXPRESS**
**(305-695-5381)**

Ms. Cari Laire
LNR Partners, Inc.
1601 Washington Avenue, Suite 700
Miami Beach, Florida 33139

                Re:    Borrower: American KB Properties I Limited Partnership
                         Loan Number: M197000195

Dear Cari:

    At this time, I am enclosing herewith the following documents:

    1.    Original Substitute Trustee's Deed filed of record on October 26, 2006 and recorded in Book 01301, at Pages 0247-0251, in the Office of the Register of Deeds of Rockingham County, North Carolina.

    2.    Copy of the Notice of Foreclosure of a Deed of Trust filed of record on October 26, 2006 and recorded in Book 01301, at Pages 0252-0253, Rockingham County Registry.

    If you should have any questions, please feel free to call.

                                    Sincerely yours,

                                    Dennis W. McNames

DWM:dgg
Enclosures
cc:    Patti D. Dobbins, Esq. *(w/enclosures/via U. S. Mail)*
        Mr. Dmitry Sulsky *(w/o enclosures/via U. S. Mail)*
        William B. Sullivan, Esq. *(w/enclosures/via interoffice delivery)*

WCSR 3407630v3

BK:01301 PG:0247

```
                                          FILED
                                   ROCKINGHAM COUNTY
                                   REBECCA B. CIPRIANI
                                    REGISTER OF DEEDS
                              Oct 26, 2006  02:48:14 pm
                              RECORDING          $24.00
                              PROBATE             $2.00
                              EXCISE TAX     $14,000.00
                              NONSTAND
                              BOOK                01301
                              PAGES           0247-0251
                              INSTRUMENT #        15071
                              WDM
```

Prepared by:   Patti D. Dobbins, Esq.

Return to:   Dennis W. McNames
Womble Carlyle Sandridge & Rice, PLLC
One West Fourth Street
Winston-Salem, North Carolina 27101


STATE OF NORTH CAROLINA   )
                          )   **SUBSTITUTE TRUSTEE'S DEED**
COUNTY OF ROCKINGHAM      )


THIS SUBSTITUTE TRUSTEE'S DEED, made this the 24th day of October, 2006, by **PATTI D. DOBBINS, Substitute Trustee**, to **MSCI 1999-RM1 NEW MARKET MADISON, LLC**, a North Carolina limited liability company, having a mailing address of c/o Lennar Partners, Inc., 1601 Washington Avenue, Suite 700, Miami Beach, Florida 33139;

### WITNESSETH:

WHEREAS, American KB Properties I Limited Partnership, a North Carolina limited partnership, as of the 1st day of October, 1998, made and executed to Jeffrey K. Smith, Trustee, a Deed of Trust and Security Agreement recorded in Book 993, at Page 2010, (the "Deed of Trust"), Rockingham County Registry, upon the lands hereinafter described (the "Property"); and

WHEREAS, Patti D. Dobbins was duly appointed Substitute Trustee by instrument recorded in Book 1291, at Page 2321, Rockingham County Registry; and

WHEREAS, the said American KB Properties I Limited Partnership failed to comply with the terms of said Deed of Trust; and

WCSR 3462701v1

WHEREAS, the said Patti D. Dobbins, Substitute Trustee, in compliance with the terms of said Deed of Trust exposed said lands to public sale to the highest bidder, after due advertisement, on the 13th day of October, 2006, at the Courthouse Door, Rockingham County Courthouse, in Wentworth, North Carolina, when and where MSCI 1999-RM1 New Market Madison, LLC became the last and highest bidder at the sum of Seven Million and No/100 Dollars ($7,000,000.00).

NOW, THEREFORE, for and in consideration of the premises and the sum of Seven Million and No/100 Dollars ($7,000,000.00), in hand paid to the said Patti D. Dobbins, Substitute Trustee, by the said MSCI 1999-RM1 New Market Madison, LLC, the receipt whereof is hereby acknowledged, Patti D. Dobbins, Substitute Trustee, does by these presents hereby sell and convey unto the said **MSCI 1999-RM1 New Market Madison, LLC,** and its successors and assigns forever, all of the real property as conveyed and defined in the Deed of Trust, which real property was owned by American KB Properties I Limited Partnership, a North Carolina limited partnership, the same lying and being in Madison Township, Rockingham County, North Carolina, including the real property and improvements more particularly described as follows:

A.  All the real property conveyed in said Deed of Trust, including, but not limited to, the Land and Improvements located thereon, more particularly described as follows:

See Exhibit "A" attached hereto and incorporated herein by reference.

The Land and Improvements are located at U.S. Highway 220 Business, Madison, North Carolina.

B.  Together with all right, title and interest of American KB Properties I Limited Partnership in: (i) all claims and rights (the "Bankruptcy Claims") to the payment of damages arising from any rejection by a lessee of any Lease under the Bankruptcy Code; (ii) all right, title and interest in and claims under any and all lease guaranties, letters of credit and any other credit support given by any guarantor in connection with any of the Leases (the "Lease Guaranties"); (iii) all proceeds from the sale or other disposition of the Leases, the Rents, the Lease Guaranties and the Bankruptcy Claims; and (iv) all rights, powers, privileges, options and other benefits under the Leases and the Lease Guaranties, including without limitation, the immediate and continuing right to make claim for, receive, collect and receipt for all Rents payable or receivable under the Leases and all sums payable under the Lease Guaranties or pursuant thereto, specifically including any and all rights, powers, privileges, options and other benefits under that certain lease with Winn-Dixie

2

WCSR 3462701v1

BK:01301 PG:0249

Charlotte, Inc. or Winn-Dixie Raleigh, Inc. and any Lease Guaranty thereof by Winn-Dixie Stores, Inc.

The Property is sold subject to any City-County ad valorem taxes and any special assessments that are a lien against the premises.

TO HAVE AND TO HOLD the aforesaid property to the said **MSCI 1999-RM1 New Market Madison, LLC**, and its successors and assigns, to its use and behoof forever.

And that the said Patti D. Dobbins, Substitute Trustee, covenants that she is seized of said property and has the right to convey the same, and that she will warrant and defend the title to the same in so far as it is her duty to do by virtue of her office as Substitute Trustee and no further.

IN TESTIMONY WHEREOF, the said Patti D. Dobbins, Substitute Trustee, has caused these presents to be executed as of the day and year first above written.

_Patti D. Dobbins, Subst. Trustee_ (SEAL)
Patti D. Dobbins, Substitute Trustee

---

STATE OF NORTH CAROLINA
COUNTY OF FORSYTH

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated: _Patti D. Dobbins, Substitute Trustee_
name(s) of principal(s)

Date: 10/24/06

_Traci B. Armstrong_
(official signature of Notary)

Traci B. Armstrong, Notary Public
(Notary's printed or typed name)
My commission expires: 7/23/2010

OFFICIAL SEAL
TRACI B. ARMSTRONG
NOTARY PUBLIC-NORTH CAROLINA
COUNTY OF FORSYTH
My Commission Expires July 23,

3

WCSR 346270lv1

BK:01301 PG:0250

EXHIBIT "A"

BEING a certain tract or parcel of land located in Madison Township, Rockingham County, North Carolina and being more particularly described as follows:

BEGINNING at an existing iron pipe in the eastern right of way line of U.S. Highway 220 said existing iron pipe also being located in the northwestern corner of property now or formerly owned by Gant Realty, Inc. as recorded in Deed Book 940, page 1889, Rockingham County Registry; running thence from said beginning point along the eastern right of way line of U.S. Highway 220 North 18° 18' 01" West 84.59 feet to an iron in the easterly right of way line of Ridge Street; thence along the easterly right of way line of Ridge Street North 16° 17' 37" East 130.99 feet to an existing iron pipe in the southwestern corner of property now or formerly owned by Benjamin F. Caple as recorded in Deed Book 863, page 1759, Rockingham County Registry; thence along Caple's southern line and the southern line of property now or formerly owned by Annie Caple Price as recorded in Deed Book 923, page 29, Rockingham County Registry South 63° 11' 34" East 164.86 feet to an existing iron pipe in Price's southeastern corner; thence along Price's eastern line North 15° 56' 57" East 125.44 feet to an existing iron pipe; thence North 63° 05' 20" West 10.19 feet to a new iron pipe in the southeastern corner of property now or formerly owned by Robert Lee Caple as recorded in Deed Book 589, page 387, Rockingham County Registry; thence along Caple's eastern line North 15° 56' 58" East 223.74 feet to an existing iron pipe in the southeastern corner of property now or formerly owned by William Dalton Hughes as recorded in Deed Book 869, page 2315, Rockingham County Registry; thence along Hughes' eastern line North 16° 17' 08" East 213.04 feet to an existing iron pipe in the southeastern corner of property now or formerly owned by Vellie Dalton Hughes as recorded in Deed Book 886, page 1710, Rockingham County Registry; thence along Hughes' eastern line North 16° 17' 08" East 75.04 feet to an existing iron pipe in the southeastern corner of property now or formerly owned by William Dalton Hughes as recorded in Deed Book 869, page 2315, Rockingham County Registry; thence along Hughes' eastern line North 26° 46' 06" East 153.35 feet to an existing iron pipe in the southeastern corner of property now or formerly owned by the Town of Madison as recorded in Deed Book 858, page 2142, Rockingham County Registry; thence South 57° 23' 00" East 626.13 feet to an existing iron pipe; thence South 14° 44' 50" East 1,115.35 feet to an existing iron pipe in the northern line of a 60' non-exclusive access easement recorded in Deed Book 862, page 591 and Deed Book 863, page 843, Rockingham County Registry; thence along the northern line of said 60' non-exclusive access easement South 56° 37' 56" West 235.68 feet to an iron pipe; thence along a curve to the right having a radius of 340.00 feet an arc distance of 205.31 feet a chord bearing and distance North 73° 55' 53" East 202.21 feet to an iron; thence North 88° 46' 10" West 353.16 feet to an iron pipe in the southeastern corner of property now or formerly owned by First-Citizens Bank & Trust Company as recorded in Deed Book 965, page 1872, Rockingham County Registry; thence along the eastern and northern lines of First-Citizens Bank & Trust Company the following six (6) courses and distances: (i) North 12° 28' 38" East 19.79 feet to an existing iron rebar; (ii) North 15° 30' 32" West 199.48 feet to an existing iron rebar; (iii) North 60° 53' 16" West 38.29 feet to an existing iron rebar; (iv) along a curve to the left having a radius of 500.00 feet an arc distance of 69.40 feet a chord bearing and distance South 70° 26' 37" West 69.34 feet to an existing iron rebar; (v) along a curve to the right having a radius of 773.82 feet an arc distance of 121.22 feet a

4

chord bearing and distance North 70° 53' 12" East 121.09 feet to an existing iron pipe and (vi) South 42° 29' 57" West 28.82 feet to an existing iron rebar in the eastern right of way line of U.S. Highway 220; thence along the eastern right of way line of U.S. Highway 220 along a curve to the left having a radius of 1,920.08 feet an arc distance of 136.80 feet a chord bearing and distance North 16° 08' 52" West 136.77 feet to an existing iron pipe in the southwestern corner of property now or formerly owned by Three A Properties as recorded in Deed Book 865, page 841, Rockingham County Registry; thence along the southern and eastern lines of Three A Properties, Inc. the following four (4) courses and distances: (i) South 61° 57' 55" East 34.99 feet to an existing iron pipe; (ii) North 74° 21' 05" East 187.95 feet to an existing iron pipe; (iii) North 29° 21' 05" East 38.89 feet to an existing iron pipe and (iv) North 15° 38' 55" West 111.63 feet to an existing iron pipe in the eastern line of property now or formerly owned by McDonalds Corporation as recorded in Deed Book 731, page 221 and Book 886, page 1130, Rockingham County Registry; thence along McDonalds Corporation's eastern line North 71° 14' 12" East 2.24 feet to an iron pipe in McDonalds Corporation's southeastern corner; thence along the eastern line of McDonalds Corporation North 15° 37' 37" West 200.18 feet to a rebar in the northeastern corner of McDonalds Corporation; thence along the northern line of McDonalds Corporation South 71° 41' 25" West 35.29 feet to a rebar; thence continuing along the northern line of McDonalds Corporation South 71° 41' 25" West 71.03 feet to an existing iron pipe in the southeastern corner of property now or formerly owned by Gant Realty, Inc. as recorded in Deed Book 940, page 1889, Rockingham County Registry; thence along Gant Realty, Inc.'s eastern line North 18° 23' 04" West 100.00 feet to an existing iron pipe in the northeastern corner of Gant Realty, Inc.; thence along the northern line of Gant Realty, Inc. North 89° 47' 26" West 157.91 feet to an existing iron pipe in the eastern right of way line of U.S. Highway 220, the point and place of beginning containing 26.226 acres more or less in accordance with a survey of Riverside Plaza Shopping Center by Larry Lerue Callahan, Registered Land Surveyor, dated July 28, 1993 and last revised September 14, 1998.

TOGETHER WITH all of the Grantor's rights, title and interests in and to the perpetual 30' wide easement for the installation, repair and maintenance of water and sewer lines, storm drainage and other utilities set forth in that certain Deed and Easement Agreement recorded in Book 854, page 2038, Rockingham County Registry.

TOGETHER FURTHER WITH all of Grantor's rights, title and interests in and to the easement set forth in that certain Reciprocal Easement Agreement recorded in Book 886, page 1133, Rockingham County Registry.

TOGETHER FURTHER WITH all of Grantor's rights, title and interests in and to the easement for ingress, egress, parking and utilities, including the 60' access easement, set forth in that certain instrument recorded in Book 862, page 591 and re-recorded in Book 863, page 843, Rockingham County Registry.

TOGETHER FURTHER WITH all or Grantor's rights, title and interests set forth in that certain Reciprocal Easement, Development and Operating Agreement recorded in Book 965, page 1876, Rockingham County Registry.

BK: 01301 PG: 0252

FILED
ROCKINGHAM COUNTY
REBECCA B. CIPRIANI
REGISTER OF DEEDS
Oct 26, 2006   02:48:15 pm
RECORDING         $15.00
PROBATE            $2.00
EXCISE TAX
NONSTAND
BOOK              01301
PAGES          0252-0253
INSTRUMENT #      15072
WDM

Prepared by:   Patti D. Dobbins, Esq.

Return to:   Dennis W. McNames
Womble Carlyle Sandridge & Rice, PLLC
One West Fourth Street
Winston-Salem, NC 27101

| | | |
|---|---|---|
| NORTH CAROLINA | ) | NOTICE OF FORECLOSURE OF A |
| | ) | DEED OF TRUST |
| ROCKINGHAM COUNTY | ) | (G.S. 45-38) |

The Deed of Trust dated the 1st day of October, 1998 given by American KB Properties I Limited Partnership, a North Carolina limited partnership, to Patti D. Dobbins, Substitute Trustee for MSCI 1999-RM1 New Market Madison, LLC, in the amount of $8,480,000.00, recorded in the Office of the Register of Deeds for Rockingham County, North Carolina, in Book 993, at Page 2010, was foreclosed by sale on October 13, 2006 when MSCI 1999-RM1 New Market Madison, LLC, became the purchaser of the property at the price of $7,000,000.00, and a Substitute Trustee's Deed was made to MSCI 1999-RM1 New Market Madison, LLC, the purchaser by reason thereof, on October 24, 2006.

This the 26th day of October, 2006.

_____
Patti D. Dobbins, Substitute Trustee

BK: 01301 PG: 0253

NORTH CAROLINA
FORSYTH COUNTY

    I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated: _____Patti D. Dobbins_____
name(s) of principal(s)

Date: October 26, 2006

_Donna G. Graham_
(official signature of Notary)

_DONNA G. GRAHAM_, Notary Public
(Notary's printed or typed name)

(Official Seal)

Notary Public
North Carolina
COUNTY OF FORSYTH
DONNA G. GRAHAM

My commission expires: March 30, 2007

2