UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS**
**TO BE HELD ON DECEMBER 14, 2006**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda of matters to be heard on December 14, 2006 at 1:00 p.m.:

A. **Uncontested Matters**

  1. *Fifth Interim Application of The Blackstone Group L.P. as Financial Advisor to the Debtors for Allowance of Compensation for Actual and Necessary Services Rendered and Reimbursement of Actual and Necessary Out-of-Pocket Expenses Recognized During the Period of June 1, 2006 Through September 30, 2006 (Docket No. 12738)*

  Objection Deadline: Expired.

  Objections: No objections have been filed.

  Status: The Debtors have been informed that Blackstone will proceed with the Application.

  *2. Fifth Interim Application of Carlton Fields, P.A. as Special Counsel for the Debtors, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period from June 1, 2006 Through September 30, 2006 (Docket No. 12740)*

Objection Deadline: Expired.

Objections: No objections have been filed.

Status: The Debtors have been informed that Carlton Fields will proceed with the Application.

  *3. Third Interim Application for Allowance of Fees and Expenses of Deloitte & Touche LLP to Provide Risk Assessment, Quality Assessment, and Journal Entry Testing Services to the Debtors for the Period from June 1, 2006 Through September 30, 2006 (Docket No. 12736)*

Objection Deadline: Expired.

Objections: No objections have been filed.

Status: The Debtors have been informed that Deloitte & Touche will proceed with the Application.

  *4. Second Interim Fee Application for Allowance of Fees and Expenses of Deloitte Consulting LLP to Provide Fresh-Start Accounting Services to the Debtors for the Period from June 1, 2006 Through September 30, 2006 (Docket No. 12735)*

Objection Deadline: Expired.

Objections: No objections have been filed.

Status: The Debtors have been informed that Deloitte Consulting will proceed with the Application.

5. *Second Interim Fee Application for Allowance of Fees and Expenses of Deloitte Financial Advisory Services LLP to Provide Fresh-Start Accounting Services to the Debtors for the Period from June 1, 2006 Through September 30, 2006 (Docket No. 12737)*

Objection Deadline:   Expired.

Objections:   No objections have been filed.

Status:   The Debtors have been informed that Deloitte Financial will proceed with the Application.

6. *First Interim Fee Application for Allowance of Fees and Expenses of Deloitte Tax LLP as Advisors and Consultants to the Debtors for the Period from May 29, 2006 Through September 30, 2006 (Docket No. 12777)*

Objection Deadline:   Expired.

Objections:   No objections have been filed.

Status:   The Debtors have been informed that Deloitte Tax will proceed with the Application.

7. *Second Interim Application of Jenner & Block LLP as Special Counsel to the Debtors for Allowance and Payment of Compensation for and Reimbursement of Expenses Advanced for the Period of June 1, 2006 Through September 30, 2006 (Docket No. 12781)*

Objection Deadline:   Expired.

Objections:   No objections have been filed.

Status:   The Debtors have been informed that Jenner & Block will proceed with the Application.

8. *Fifth Interim Application for Allowance of Attorneys' Fees and Reimbursement of Expenses Incurred by King & Spalding LLP, Special Corporate and Litigation Counsel to the Debtors for the Period June 1, 2006 Through September 30, 2006 (Docket No. 12739)*

Objection Deadline:   Expired.

Objections:   No objections have been filed.

Status:   The Debtors have been informed that King & Spalding will proceed with the Application.

9. *Fifth Interim Application of KPMG LLP for the Period of June 1, 2006 Through September 30, 2006, Pursuant to Order Establishing Interim Compensation Procedures (Docket No. 12778)*

Objection Deadline:   Expired.

Objections:   No objections have been filed.

Status:   The Debtors have been informed that KPMG will proceed with the Application.

10. *Fifth Interim Application of PricewaterhouseCoopers LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2006 Through September 30, 2006 (Docket No. 12773)*

Objection Deadline:   Expired.

Objections:   No objections have been filed.

Status:   The Debtors have been informed that PricewaterhouseCoopers will proceed with the Application.

11.  *Fifth Interim Application of Skadden, Arps, Slate, Meagher & Flom LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2006 Through September 30, 2006 (Docket No. 12793)*

Objection Deadline:  Expired.

Objections:  No objections have been filed.

Status:  The Debtors have been informed that Skadden, Arps will proceed with the Application.

12.  *Fifth Interim Application of Smith, Gambrell & Russell, LLP for Compensation and Reimbursement of Expenses as Special Real Estate Counsel to the Debtors for the Period from June 1, 2006 Through September 30, 2006 (Docket No. 12741)*

Objection Deadline:  Expired.

Objections:  No objections have been filed.

Status:  The Debtors have been informed that Smith, Gambrell will proceed with the Application.

13.  *Fifth Interim Application of Smith Hulsey & Busey for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Costs Advanced for Period from June 1, 2006 Through September 30, 2006 (Docket No. 12844)*

Objection Deadline:  Expired.

Objections:  No objections have been filed.

Status:  The Debtors have been informed that Smith Hulsey will proceed with the Application.

>    *14.    Second Interim Application of Stuart, Maue, Mitchell & James, Fee Examiner, for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses for the Period From June 1, 2006 Through September 30, 2006 (Docket No. 12734)*

Objection Deadline:   Expired.

Objections:            No objections have been filed.

Status:                The Debtors have been informed that Stuart, Maue will proceed with the Application.

>    *15.    Fifth Interim Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses of XRoads Solutions Group, LLC, as Financial and Operations Restructuring Consultants for the Period from May 28, 2006 Through September 30, 2006 (Docket No. 9404)*

Objection Deadline:   Expired.

Objections:            No objections have been filed.

Status:                The Debtors have been informed that XRoads will proceed with the Application.

>    *16.    Fourth Application of Akerman Senterfitt, Co-Counsel to Official Committee of Unsecured Creditors, for Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred During Period from June 1, 2006 Through September 30, 2006  (Docket No. 12748)*

Objection Deadline:   Expired.

Objections:            No objections have been filed.

Status:                The Debtors have been informed that Akerman Senterfitt will proceed with the Application.

17. *Fifth Interim Application of Alvarez & Marsal, LLC, Operations and Real Estate Advisor to Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred During Period from June 1, 2006 Through September 30, 2006 (Docket No. 12749)*

Objection Deadline:   Expired.

Objections:            No objections have been filed.

Status:                The Debtors have been informed that Alvarez & Marsal will proceed with the Application.

18. *Fifth Interim Application of Houlihan Lokey Howard & Zukin Capital, Inc. as Financial Advisor for the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for Period June 1, 2006 Through September 30, 2006 (Docket No. 12743)*

Objection Deadline:   Expired.

Objections:            No objections have been filed.

Status:                The Debtors have been informed that Houlihan Lokey will proceed with the Application.

19. *Fifth Application of Milbank, Tweed, Hadley & McCloy LLP, Counsel to Official Committee of Unsecured Creditors, for Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred During Period from June 1, 2006 Through September 30, 2006 (Docket No. 12759)*

Objection Deadline:   Expired.

Objections:            No objections have been filed.

Status:                The Debtors have been informed that Milbank, Tweed will proceed with the Application.

20. *First and Final Application of Paul, Hastings, Janofsky & Walker, LLP as Counsel for Official Committee of Equity Security Holders, for Compensation for Services Rendered and for Reimbursement of Expenses Incurred During Period from August 17, 2005 Through January 31, 2006 (Docket No. 7734)*

Objection Deadline:   Expired.

Objections:            No objections have been filed.

Status:                The Debtors have been informed that Paul Hastings will proceed with the Application.

21. *First and Final Application of Jennis Bowen & Brundage, P.L. as Counsel for Official Committee of Equity Security Holders, for Compensation for Services Rendered and for Reimbursement of Expenses Incurred During Period from September 7, 2006 Though September 25, 2006  (Docket No. 11435)*

Objection Deadline:   Expired.

Objections:            No objections have been filed.

Status:                The Debtors have been informed that Jennis Bowen will proceed with the Application.

22. *First Interim Application of Jefferies and Company, Inc., as Financial Advisors, for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses for the Period From September 1, 2005 Through January 31, 2006 (Docket No. 7129)*

Objection Deadline:   Expired.

Objections:            No objections have been filed.

Status:                The Debtors have been informed that Jefferies and Company will proceed with the Application.

23. *First Application for the Benefit of the Ad Hoc Committee of Winn-Dixie Retirees for Compensation for Services Rendered and for Reimbursement of Expenses Incurred During Period from August 26, 2005 Through August October 21, 2006 (Docket No. 12858)*

Objection Deadline:   December 13, 2006.

Objections:   No objections have been filed.

Status:   The Debtors have been informed that the Movants will proceed with the Application.

24. *Application on Behalf of DLA Piper US LLP and FTI Consulting, Inc. for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses for the Period for the Period from March 7, 2006 through October 31, 2006 (Docket No. 12864)*

Objection Deadline:   December 13, 2006.

Objections:   No objections have been filed.

Status:   The Debtors have been informed that the Movants will proceed with the Application.

25. *Agreed Order Resolving Claims Filed by Beiersdorf Inc., Dales Doughnuts South Inc., J & J Snack Foods Corp. and Sunbeam Products, Inc. as set forth in the Debtors' Eighth Omnibus Claims Objection (Docket No. 12881)*

Objection Deadline:   Expired.

Objections:   No objections have been filed.

Status:   The Debtors will submit the proposed Agreed Order to the Court.

26. *Agreed Order Resolving Claims Filed by Newell Rubbermaid Inc. and Pepsi Cola Bottling Co. of CTRL VA, as set forth in the Debtors' Nineteenth Omnibus Objection (Docket No. 12884)*

Objection Deadline:   Expired.

Objections:   No objections have been filed.

Status:   The Debtors will submit the proposed Agreed Order to the Court.

27. *Agreed Order Resolving Claim Filed by Unilever Best Foods, as set forth in the Debtors' Seventeenth Omnibus Claims Objection (Docket No. 12885)*

Objection Deadline: Expired.

Objections: No objections have been filed.

Status: The Debtors will submit the proposed Agreed Order to the Court.

28. *Agreed Order Resolving Claims Filed By Cadbury Adams USA LLC and Slim Fast Foods-Unilever, as set forth in the Debtors' Sixteenth Omnibus Claims Objection (Docket No. 12887)*

Objection Deadline: Expired.

Objections: No objections have been filed.

Status: The Debtors will submit the proposed Agreed Order to the Court.

29. *Agreed Order Regarding Claim No. 6763 Filed by the Trust Under the Will of Edna Hill Meeker for the Lifetime Benefit of L.H. Meeker (Docket No. 12916)*

Objection Deadline: Expired.

Objections: No objections have been filed.

Status: The Debtors will submit the proposed Agreed Order to the Court.

30. *Agreed Order Resolving Claims Filed By Protemp Services, LLC and Warner Lambert Consumer Group,, as set forth in the Debtors' Fifteenth Omnibus Objection (Docket No. 12950)*

Objection Deadline: Expired.

Objections: No objections have been filed.

Status: The Debtors will submit the proposed Agreed Order to the Court.

> *31.   Agreed Order Resolving Claim No. 843 Filed by the North Carolina Self-Insurance Security Association F/K/A The North Carolina Self Insurance Guaranty Association, as set forth in the Debtors' Nineteenth Omnibus Objection (Docket No. 12949)*

Objection Deadline:  Expired.

Objections:              No objections have been filed.

Status:                      The Debtors will submit the proposed Agreed Order to the Court.

> *32.   Agreed Order Resolving Claim Filed by the Estate of Christine Bass (Docket No. 12889)*

Objection Deadline:  Expired.

Objections:              No objections have been filed.

Status:                      The Debtors will submit the proposed Agreed Order to the Court.

> *33.   Agreed Order Resolving Claim filed by Erica LeGrand (Docket No. 12883)*

Objection Deadline:  Expired.

Objections:              No objections have been filed.

Status:                      The Debtors will submit the proposed Agreed Order to the Court.

> *34.   Agreed Order Resolving Claim filed by Linda Perkins (Docket No. 13004)*

Objection Deadline:  Expired.

Objections:              No objections have been filed.

Status:                      The Debtors will submit the proposed Agreed Order to the Court.

*35.   Agreed Order Resolving Claim filed by Fannie Reed (Docket No. 13005)*

Objection Deadline:  Expired.

Objections:  No objections have been filed.

Status:  The Debtors will submit the proposed Agreed Order to the Court.

*36.   Agreed Order Resolving Claim filed by Maria Gonzales (Docket No. 13006)*

Objection Deadline:  Expired.

Objections:  No objections have been filed.

Status:  The Debtors will submit the proposed Agreed Order to the Court.

*37.   Agreed Order Resolving Claim filed by Debra Burchell (Docket No. 13007)*

Objection Deadline:  Expired.

Objections:  No objections have been filed.

Status:  The Debtors will submit the proposed Agreed Order to the Court.

*38.   Agreed Order Resolving Claim filed by State of Louisiana (Docket No. 13056)*

Objection Deadline:  None.

Objections:  No objections have been filed.

Status:  The Debtors will submit the proposed Agreed Order to the Court.

**B.      Contested Matters**

*1.      Twenty-Seventh Omnibus Objection to (A) Equity Claims, (B) Equity Damage Claims, (C) No Liability Claims, (D) Amended and Superseded Claim, (E) Unliquidated Claims, (F) Overstated Claims, (G) No Liability Misclassified Claim and (H) Misclassified Claims (Docket No. 12532)*

Response Deadline:   Expired.

| | | |
|---|---|---|
| Responses: | (a) | Warehouse Holdings (Docket No. 12823); |
| | (b) | Futuristic Foods, Inc. (Docket No. 12859); |
| | (c) | Consolidated Biscuit Co. (Docket No. 12878); |
| | (d) | Paul and Bora Erdos (Docket No. 12934); |
| | (e) | CAPX Realty, Inc. (Docket No. 12935); |
| | (f) | Konica Minolta Imaging, Inc. (Docket No. 12940); |
| | (g) | National Asbestos Workers Pension Fund (Docket No. 12951); |
| | (h) | Peggy and Kenneth Norris (Docket No. 12954); and |
| | (i) | Gregory J. Holt (Docket No. 12955). |

Status:      The Debtors have agreed to continue the hearing on the Objection as Futuristic Foods, Inc., Consolidated Biscuit Co., CPAX Realty, Inc. and Konica Minolta Imaging, Inc. until further notice. The Debtors will proceed with the Objection as to the remaining claimants.

    2.    *Debtor's Twenty-Fifth Omnibus Objection to (A) Duplicate Liability Claims, (B) Amended and Superseded Claims, (C) No liability Claims, (D) No Liability Misclassified Claims, (E) Overstated Claims, (F) Overstated Misclassified Claims, (G) Unliquidated Claims, (H) Misclassified Unliquidated Claim, (I) Executory Contract Claims and (J) Late Claims (Docket No. 12274)*

Response Deadline:   Expired.

Responses:
- (a) Georgia Dept. of Community Health (Docket No. 12368);
- (b) Woodland Hartford Associates (Docket No. 12664);
- (c) Jefferson-Pilot Life Insurance Co. (Docket No. 12669);
- (d) Porcupine WD5, LLC (Docket No. 12677);
- (e) Alvin B. Chan Family L.P.'s (Docket No. 12712); and
- (f) Randy Roark (Docket No. 12713).

Status:   The Court heard this Objection on November 30, 2006 and sustained the Objection as to all creditors who did not file a response. The Debtors will continue the hearing on the unresolved responses until further notice.

    3.    *Twenty-Fourth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Overstated Claims, (D) Overstated Misclassified Claims, (E) Misclassified Claims, (F) Duplicate Liability Claims and (G) Amended and Superseded Claims (Docket No. 11946)*

Response Deadline:   Expired.

Reponses:
- (a) Bennett M. Lifter (Docket No. 12341);
- (b) Chester Dix Fort Corporation (Docket No. 12345);
- (c) Chester Dix Jeffersontown Corp. (Docket No. 12347);
- (d) United Commercial Mortgage Corp. (Docket No. 12348);

(e) Gator Coastal Shopping Centre, LLC (Docket No. 12362);

(f) Jefferson Pilot Life Insurance Company (Docket Nos. 12365, 12367 and 12398);

(g) Jefferson-Pilot Financial Insurance Co. (Docket No. 12366);

(h) Wells Fargo Bank Northwest (Docket No. 12372);

(i) Pro-Active Janitorial Services, Inc. (Docket No. 12375);

(j) First National Bank of Granbury (Docket No. 12382) (Stricken by Docket No. 12422);

(k) DBT Porcupine WD1 Delaware Business Trust (Docket No. 12385);

(l) WD MT Carmel, LLC (Docket No, 12386);

(m) Daniel G. Kamin (Docket No. 12387);

(n) Southland-Waco W.D., et al. (Docket No. 12390);

(o) Kirkland Financial, LLC (Docket No. 12396);

(p) WD Hillard LLC (Docket No. 12446); and

(q) U.S. Bank National Association (Docket No. 12460).

Status: The Court heard this Objection on November 16, 2006 and sustained the Objection as to all creditors who did not file a response. The Debtors will continue the hearing on the unresolved responses until further notice.

   *4. Twentieth Omnibus Objection to (a) Duplicate Different Debtor Claims and (b) Duplicate Liability Claims (Docket No. 10742)*

Response Deadline: Expired.

Reponses:  (a) E&A Financing II, LP, et al. (Docket No. 11470);

    (b) Liquidity Solutions, Inc. (Docket No. 11487).

Status: The Court heard this Objection on October 5, 2006 and November 30, 2006 and sustained the Objection as to all claims other than those held by E&A Financing II, LP, et al. and Liquidity Solutions, Inc. The Debtors will proceed with the Objection as to these remaining claims.

   *5. Motion (i) for Authority to Reject Non-Residential Real Property Leases, (ii) to Establish Bar Date for Any Rejection Damage Claims, and (iii) Granting Related Relief (Docket No. 10823)*

Objection Deadline: Expired.

Objections: Bundy New Orleans Co., LLC (Docket No. 11306).

Status: The Court heard the Motion on September 21, 2006 and granted the Motion authorizing the Debtors to reject the leases for stores 1403, 1434 and 1437. The Debtors will continue the hearing on the Motion as to Store No. 1417 until January 10, 2006.

> 6. *Second Omnibus Motion for Order Authorizing Assumptions of Executory Contracts and Unexpired Leases and Unexpired Leases and Fixing Cure Amounts (Docket No. 9897)*

Objection Deadline: Expired.

Objection: Terranova (Docket No. 10302).

Status: The Court heard this Motion on August 24, 2006 and granted the Motion as to all landlords who did not file an objection. The Court continued the Motion until further notice as to all landlords who filed an objection. The Court has entered agreed orders resolving all objections other than the objection of Terranova. The Debtors will proceed with the Motion over the objection of Terranova.

Dated: December 13, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*  <br>    D. J. Baker <br>    Sally McDonald Henry <br>    Rosalie Walker Gray | By  *s/ Cynthia C. Jackson*  <br>    Stephen D. Busey <br>    James H. Post <br>    Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

00550106