**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| _____ | ) | |

**STIPULATION TO FURTHER CONTINUE HEARING ON MOTION
FOR RELIEF FROM STAY FILED BY SHAUN KEVIN JOHNSON,
MICHELLE SUE JOHNSON AND MICAH NICOLE JOHNSON**

The Reorganized Debtors, Winn-Dixie Stores, Inc. and twenty-three of its

subsidiaries and affiliates and Shaun Kevin Johnson, Michelle Sue Johnson and

Micah Nicole Johnson (collectively, the "Johnsons") stipulate and agree to (i) the

continuance and rescheduling of the Motion for Relief from Stay filed by the

Johnsons (the "Motion") (Docket No. 3572) for final hearing on or after March 5,

2007, and (ii) the continuation of the automatic stay in effect pending the

conclusion of such hearing and determination of the Johnsons' Motion for Relief

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases:  Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

from Stay. Nothing in this Stipulation shall bar the Johnsons from seeking a determination of the scope of, or relief from, the automatic stay as it may apply to any non-debtor party.

Dated: December 14, 2006

WILCOX LAW FIRM                                    SMITH HULSEY & BUSEY


By  _s/ Robert D. Wilcox*_          By  _s/ Leanne McKnight Prendergast_
        Robert D. Wilcox                              Leanne McKnight Prendergast

Florida Bar Number 755168                          Florida Bar Number 59544
6817 Southpoint Parkway, Suite 1302                225 Water Street, Suite 1800
Jacksonville, FL 32216                             Jacksonville, Florida  32202
(904) 281-0700                                     (904) 359-7700
(904) 513-9201 Fax                                 (904) 359-7708 (facsimile)
rwilcox@wilcoxlawfirm.com                          lprendergast@smithhulsey.com

        -and-                                              -and-

Charles R. Godwin, Esquire                         SKADDEN, ARPS, SLATE, MEAGHER
Alabama Bar ID GOD004                              & FLOM LLP
10388 Highway 31                                   D. J. Baker
Atmore, Alabama 36502                              Sally McDonald Henry
(251) 368-1417                                     Rosalie Walker Gray
                                                   Four Times Square
Attorneys for Shaun Kevin Johnson,                 New York, New York 10036
Michelle Sue Johnson and Micah Nicole             (212) 735-3000
Johnson                                            (212) 735-2000 (facsimile)
                                                   rgray@skadden.com
* Counsel has authorized his electronic
signature.                                         Attorneys for the Reorganized Debtors

00527215.2

2