**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF HEARING ON AGREED ORDER RESOLVING (I)
CLAIM NUMBER 13404 FILED BY SOUTHLAND-WACO W.D. DELAWARE
BUSINESS TRUST, AND (II) CLAIM NUMBER 13415 FILED BY
SOUTHLAND-ARLINGTON W.D. DELAWARE BUSINESS TRUST**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **January 24, 2007 at 9:30 a.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the attached Agreed Order Resolving (i) Claim Number 13404 filed by Southland-Waco W.D. Delaware Business Trust, and (ii) Claim Number 13415 filed by Southland-Arlington W.D. Delaware Business Trust as set forth in the Debtors' Twenty-Fourth Omnibus Claims Objection.

Only objections filed with the Court so as to be received by **January 17, 2007** and served on D. J. Baker at djbaker@skadden.com, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, will be considered by the Bankruptcy Court at the hearing.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities.

Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: December 14, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*  <br>   D. J. Baker<br>   Sally McDonald Henry<br>   Rosalie Walker Gray<br>   Adam S. Ravin | By   *s/ James H. Post*  <br>   Stephen D. Busey<br>   James H. Post<br>   Cynthia C. Jackson,<br>   Florida Bar Number 175460 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Reorganized Debtors.[1] | ) Jointly Administered |
| | ) |

**AGREED ORDER RESOLVING (I) CLAIM NUMBER 13404
FILED BY SOUTHLAND-WACO W.D. DELAWARE BUSINESS,
TRUST AND (II) CLAIM NUMBER 13415 FILED BY
SOUTHLAND-ARLINGTON W.D. DELAWARE BUSINESS TRUST**

These cases came before the Court upon the Twenty-Fourth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibits A through G to the Objection.[2] One of the proofs of claim subject to the Objection was Claim Number 13404 filed by Southland-Waco W.D. Delaware Business Trust ("Southland Waco"). Another proof of claim subject to the Objection was Claim Number 13415 filed by Southland-Arlington W.D. Delaware Business Trust ("Southland Arlington"). The claims of Southland Waco and Southland Arlington each related to separate non-residential real property leases (one relating to property in Waco, Texas and the other related to property in Arlington, Texas) that had been assigned prior to the Petition Date. On November 6, 2006, Southland Waco and Southland

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

Arlington filed a joint response to the Objection in which they objected to the proposed disallowance of their claims, notwithstanding their acknowledgement that the assignees under the respective leases were not in default and were continuing to perform their obligations under such leases.

Based upon the representation by counsel to the Debtors and counsel to both Southland Waco and Southland Arlington that the proposed Agreed Order reflects a resolution of the Objection as to Claim Numbers 13404 and 13415, it is

ORDERED AND ADJUDGED:

1. Claim Number 13404 shall be disallowed.

2. Claim Number 13415 shall be disallowed.

3. The disallowance of the claims is without prejudice to the rights of Southland Waco and/or Southland Arlington to seek reconsideration of the determination regarding such claims in accordance with Section 502(j) of the Bankruptcy Code.

4. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this ____ day of _____, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | HELD & ISRAEL |
| | |
| By */s/ James H. Post* | By */s/ Adam N. Frisch* |
|     James H. Post |     Adam N. Frisch |
|     Florida Bar Number 175460 |     Florida Bar Number 63508 |
| | Kimberly Held Israel (FL 47287) |
| 225 Water Street, Suite 1800 | Adam N. Frisch (FL 63508) |
| Jacksonville, Florida 32202 | 1301 Riverplace Blvd., Suite 1916 |
| (904) 359-7700 | Jacksonville, Florida 32207 |
| (904) 359-7708 (facsimile) | (904) 398-7038 |
| | (904) 398-4283 (facsimile) |
| -and- | |
| | -and- |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | NEAL, GERBER, & EISENBERG LLP |
| | |
| D. J. Baker | Thomas C. Wolford (IL 6194526) |
| Sally McDonald Henry | James A. Snyder (IL 6278484) |
| Rosalie Walker Gray | Two North LaSalle Street, Suite 2200 |
| Adam S. Ravin | Chicago, Illinois 60602-3801 |
| Four Times Square | (312) 269-8000 |
| New York, New York 10036 | (312) 269-1747 (facsimile) |
| (212) 735-3000 | |
| (212) 735-2000 (facsimile) | Attorneys for Southland Arlington W.D. Delaware Business Trust and Southland-Waco W.D. Delaware Business Trust |
| Co-Counsel for Reorganized Debtors | |