UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re: ) Case No. 05-03817-3F1
)
WINN-DIXIE STORES, INC., et al., ) Chapter 11
)
Reorganized Debtors.[1] ) Jointly Administered
)

### ORDER DISALLOWING CLAIMS FILED BY (I) PALM LAKES, LLC AND (II) ALECASHTON RICHMOND, LLC AND COMPASS CAPITAL, RICHMOND, LLC, AS SET FORTH IN DEBTORS' TWENTY-FOURTH OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS, (B) NO LIABILITY MISCLASSIFIED CLAIMS, (C) OVERSTATED CLAIMS, (D) OVERSTATED MISCLASSIFIED CLAIMS, (E) MISCLASSIFIED CLAIMS, (F) DUPLICATE LIABILITY CLAIMS AND (G) AMENDED AND SUPERSEDED CLAIMS

These cases originally came before the Court for hearing on November 16, 2006, upon the Twenty-Fourth Omnibus Objection to (a) No Liability Claims, (b) No Liability Misclassified Claims, (c) Overstated Claims, (d) Overstated Misclassified Claims, (e) Misclassified Claims, (f) Duplicate Liability Claims and (g) Amended and Superseded Claims (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibits A through G to the Objection.[2] Palm Lakes, LLC (Docket No. 12378) and AlecAshton Richmond, LLC and Compass Capital, Richmond, LLC (Docket No. 12376) each filed a response to the Objection. The

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

Debtors agreed to continue the Objection with respect to Claim No. 13409 filed by Palm Lakes, LLC ("Palm Lakes") and Claim No. 13408 filed by AlecAshton Richmond, LLC and Compass Capital, Richmond, LLC (together, "AlecAshton"). On November 16, 2006, the Court entered an order (Docket No. 12660) sustaining the Objection as to the proofs of claim listed on the exhibits to the order and continuing the hearing on the Objection as to several claims, including Claim Nos. 13408 and 13409. On December 1, 2006, Palm Lakes and AlecAshton withdrew their respective responses to the Objection (Docket Nos. 12921 and 12922).

Based upon the withdrawal of the Palm Lakes and AlecAshton responses to the Objection, it is

ORDERED AND ADJUDGED:

1. Claim No. 13409 filed by Palm Lakes is disallowed in its entirety.

2. Claim No. 13408 filed by AlecAshton is disallowed in its entirety.

3. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 14 day of December, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

685516-New York Server 1A - MSW