UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

F I L E D
JACKSONVILLE, FLORIDA

DEC 1 4 2006

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE: WINN-DIXIE, INC., et al.,

CHAPTER: 11

CASE NO: 05-03817-3F1

## REQUEST FOR PAYMENT
## OF ADMINISTRATIVE EXPENSES

NOW COMES, Peyton C. Cochrane, Tax Collector for Tuscaloosa County, Alabama, requesting payment of administrative expenses, post petition, **2006** ad valorem taxes. Total amount due is **$28,772.31.**

This request is being made under the U.S. BANKRUPTCY CODE, TITLE 11, SECTION 503(B).

The ad valorem taxes in Alabama are collected in arrears in such a manner that the 2006 tax claim is based on a lien date of October 1, 2005.

Dated this _12th_ day of December, 2006.

_____
Peyton C. Cochrane, Tax Collector
714 Greensboro Avenue, Room 124
Tuscaloosa, Alabama 35401

cc.  James Post
     Smith, Hulsey & Busey
     225 Water Street, Ste. 1800
     Jacksonville, Florida 32202

     Matthew Barr
     Milbank, Tweet, Hadley & McCloy LLP
     1 Chase Manhattan Plaza
     New York, New York 10005

# TUSCALOOSA COUNTY TAX RETURN LIST REAL OR PERSONAL PROPERTY FOR 2006

8/11/2006

| UNIFORM PARCEL NUMBER AND DESCRIPTION | NAME AND ADDRESS | | | |
|---|---|---|---|---|
| 5410-P01-009434 | WINN DIXIE STORES INC #528 | | ESSEX SQUARE SHOPPING CTR | |
| PERSONAL PROPERTY | ATTN: JOHN P TAYLOR-TAX DEPT<br>5050 EDGEWOOD CT<br>JACKSONVILLE   FL   32254--3601 | | D/B/A   WINN DIXIE #528<br>ASSESSED   2006<br>31-01-11-2-001-007.005 | |

| | | |
|---|---|---|
| COMPUTER EQP | 16127 | |
| F/F/MACH/EQP | 419165 | |
| SUPPLIES | 19300 | |

| | |
|---|---|
| APPR VAL : | 0 |
| REND VAL : | 435,292 |
| GRID VAL : | 0 |
| EXMPT VAL : | 0 |
| O'RIDE VAL : | 0 |
| BOE VAL : | 0 |
| ASSMT BY : | R |
| TOT MKT : | 454,590 |
| ASMT VAL : | 90,920 |
| TOT ASMT : | 90,920 |

☐ (1) I am 65 years of age or older
☐ (2) I am totally disabled
☐ (3) Did not file Income Tax Return
☐ (4) Combined annual taxable income is $7,500 or less on Federal Income Tax Return
☐ (5) Combined annual adjusted gross income is less than $12,000 on State Income Tax Return
☐ (6) Income exceeds limits
☐ (7) Signature in file
☐ (8) Did not resign

TO: Doster L. McMullen, Tax Assessor of Tuscaloosa County, Alabama for the Year, 20____
I do solemnly swear (or affirm) that I am the head of the family, and/or that no other claim of exemption from state taxes for Homestead has been made or filed by me on behalf of any member of my immediate household; and that the items of this assessment marked in the Homestead claimed by me. Subscribed and sworn to before me this the _____ day of _____, 20_____.

Taxpayer _____   Doster L. McMullen, Tax Assessor   Per _____

WARNING: Any person who having taken (or subscribed to) the oath required by law to be administered to him by the tax assessor or his deputy, corruptly makes a false return of the property and other subjects of taxation, is guilty of perjury, and shall, on conviction be imprisoned in the penitentiary for not less than two nor more than five years. (Sec. 379, Title 14, Code 1940.)

OFFICE USE ONLY:

| CLASS | APPRAISED VALUE | | | | BLIND, DEAF, ETC. | NUMBER OF ACRES | CURRENT USE | INDUSTRIAL EXEMPTION | PENALTY | PUBLIC UTILITY (ASSESSED VALUE) | TOTAL ASSESSED VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | SCHOOL DIST | MUN | EXEMPT | CORP. | | | ASSESSED VALUE | | | | |
| 2 | 1 | 5 | | | | | 90,920 | | | | 90,920 |

| TOTAL STATE TAX | STATE EXEMPT VALUE | STATE EXEMPT TAX | NET STATE TAX | TOTAL COUNTY TAX | COUNTY EXEMPT VALUE | COUNTY EXEMPT TAX | NET COUNTY TAX |
|---|---|---|---|---|---|---|---|
| 590.98 | | 0.00 | 590.98 | 1,454.72 | | 0.00 | 1,454.72 |

| TOTAL SCHOOL DISTRICT TAX | SCHOOL DISTRICT EXEMPT VALUE | SCHOOL DISTRICT EXEMPT TAX | NET SCHOOL DISTRICT TAX | TOTAL MUNICIPAL TAX | MUNICIPAL EXEMPT VALUE | MUNICIPAL EXEMPT TAX | NET MUNICIPAL TAX |
|---|---|---|---|---|---|---|---|
| 363.68 | | 0.00 | 363.68 | 1,045.58 | | 0.00 | 1,045.58 |

| | FIRE FEE | TIMBER FEE | FEE | TOTAL TAX |
|---|---|---|---|---|
| RECEIPT NO: 0 | 0.00 | 0.00 | 0.00 | 3,454.96 |

RENDITION 2006
2005 EARLY COLLECTION; FILED
BANKRUPTCY-COLLECTOR FILING CLAIM
FOR PAYMENT FGC 3/9/05-
BANKRUPTCY CASE #05-11063 FOR
WINN DIXIE STORES
NEW STORE OPENED 1993

8/11/2006

# TUSCALOOSA COUNTY TAX RETURN LIST REAL OR PERSONAL PROPERTY FOR 2006

| UNIFORM PARCEL NUMBER AND DESCRIPTION | NAME AND ADDRESS |
|---|---|
| 5410-P01-016097 | WINN DIXIE STORES INC #526 |
| PERSONAL PROPERTY | 13580 HWY 43 N |
| | D/B/A    WINN DIXIE #526 |
| | ATTN: JOHN P TAYLOR-TAX DEPT |
| | 5050 EDGEWOOD CT |
| | JACKSONVILLE    FL    32254-3601 |
| | ASSESSED    2006 |
| | 20-04-17-0-002-002.003 |

| | |
|---|---|
| COMPUTER EQP | 11321 |
| F/F/MACH/EQP | 911080 |
| SUPPLIES | 25600 |

- [ ] (1) I am 65 years of age or older
- [ ] (2) I am totally disabled
- [ ] (3) Did not file Income Tax Return
- [ ] (4) Combined annual taxable income is $7,500 or less on Federal Income Tax Return
- [ ] (5) Combined annual adjusted gross income is less than $12,000 on State Income Tax Return
- [ ] (6) Income exceeds limits
- [ ] (7) Signature in file
- [ ] (8) Did not resign

TO: Doster L. McMullen, Tax Assessor of Tuscaloosa County, Alabama for the Year, 20___
I do solemnly swear (or affirm) that I am the head of the family, and/or that no other claim of exemption from state taxes for Homestead has been made or filed by me on behalf of any member of my immediate household, and that the items of this assessment marked in the Homestead claimed by me. Subscribed and sworn to before me this the ___ day of ___, 20___

Taxpayer _____    Doster L. McMullen, Tax Assessor    Per _____

WARNING: Any person who having taken (or subscribed to) the oath required by law to be administered to him by the tax assessor or his deputy, corruptly makes a false return of the property and other subjects of taxation, is guilty of perjury, and shall, on conviction be imprisoned in the penitentiary for not less than two nor more than five years. (Sec. 379, Title 14, Code 1940.)

OFFICE USE ONLY:

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| APPR VAL | : | 0 |
| REND VAL | : | 922,401 |
| GRID VAL | : | 0 |
| EXMPT VAL | : | 0 |
| O'RIDE VAL | : | 0 |
| BOE VAL | : |  |
| ASSMT BY | : | R |
| TOT MKT | : | 948,000 |
| ASMT VAL | : | 189,600 |
| TOT ASMT | : | 189,600 |

| APPRAISED VALUE | SCHOOL DIST | MUN | EXEMPT | CORP | BLIND, DEAF, ETC. | NUMBER OF ACRES | CURRENT USE | ASSESSED VALUE | INDUSTRIAL EXEMPTION | PENALTY | PUBLIC UTILITY (ASSESSED VALUE) | TOTAL ASSESSED VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLASS | 1 | 5 |  |  |  |  |  | 189,600 |  |  |  | 189,600 |
| 2 |  |  |  |  |  |  |  |  |  |  |  |  |

| TOTAL STATE TAX | STATE EXEMPT VALUE | STATE EXEMPT TAX | NET STATE TAX | TOTAL COUNTY TAX | COUNTY EXEMPT VALUE | COUNTY EXEMPT TAX | NET COUNTY TAX |
|---|---|---|---|---|---|---|---|
| 1,232.40 |  | 0.00 | 1,232.40 | 3,033.60 |  | 0.00 | 3,033.60 |

| TOTAL SCHOOL DISTRICT TAX | SCHOOL DISTRICT EXEMPT VALUE | SCHOOL DISTRICT EXEMPT TAX | NET SCHOOL DISTRICT TAX | TOTAL MUNICIPAL TAX | MUNICIPAL EXEMPT VALUE | MUNICIPAL EXEMPT TAX | NET MUNICIPAL TAX |
|---|---|---|---|---|---|---|---|
| 758.40 |  | 0.00 | 758.40 | 2,180.40 |  | 0.00 | 2,180.40 |

| | FIRE FEE | TIMBER FEE | FEE | TOTAL TAX |
|---|---|---|---|---|
| RECEIPT NO: | 0 |  | 0.00 | 0.00 | 7,204.80 |

RENDITION 2006
2005 EARLY COLLECTION; FILED
BANKRUPTCY-COLLECTOR FILING CLAIM
FOR PAYMENT FGC 3/9/05-
BANKRUPTCY CASE #05-11063 FOR
WINN DIXIE STORES

8/11/2006

# TUSCALOOSA COUNTY TAX RETURN LIST REAL OR PERSONAL PROPERTY FOR 2006

| UNIFORM PARCEL NUMBER AND DESCRIPTION | NAME AND ADDRESS | | |
|---|---|---|---|
| 5410-P01-017639 | WINN DIXIE STORES INC #479 | 9750 HWY 69 S D/B/A WINN DIXIE | |
| PERSONAL PROPERTY | ATTN: JOHN P TAYLOR-TAX DEPT 5050 EDGEWOOD CT JACKSONVILLE   FL   32254--3601 | ASSESSED   2006 36-06-23-0-001-023.001 | |

| | |
|---|---|
| COMPUTER EQP | 14437 |
| F/F/MACH/EQP | 1150366 |
| SUPPLIES | 25600 |

- (1) I am 65 years of age or older
- (2) I am totally disabled
- (3) Did not file Income Tax Return
- (4) Combined annual taxable income is $7,500 or less on Federal Income Tax Return
- (5) Combined annual adjusted gross income is less than $12,000 on State Income Tax Return
- (6) Income exceeds limits
- (7) Signature in file
- (8) Did not resign

| | |
|---|---|
| APPR VAL   : | 0 |
| REND VAL   : | 1,164,803 |
| GRID VAL   : | 0 |
| EXEMPT VAL : | 0 |
| O'RIDE VAL : | 0 |
| BOE VAL    : | 0 |
| ASSMT BY   : | R |
| TOT MKT    : | 1,190,400 |
| ASMT VAL   : | 238,080 |
| TOT ASMT   : | 238,080 |

TO: Doster L. McMullen, Tax Assessor of Tuscaloosa County, Alabama for the Year, 20___
I do solemnly swear (or affirm) that I am the head of the family, and/or that no other claim of exemption from state taxes for Homestead has been made or filed by me on behalf of any member of my immediate household; and that the items of this assessment marked in the Homestead claimed by me.
Subscribed and sworn to before me this the _____ day of _____ 20 ___
Taxpayer _____                                      Doster L. McMullen, Tax Assessor   Per _____
WARNING: Any person who having taken (or subscribed to) the oath required by law to be administered to him by the tax assessor or his deputy, corruptly makes a false return of the property and other subjects of taxation, is guilty of perjury, and shall, on conviction be imprisoned in the penitentiary for not less than two nor more than five years. (See. 379, Title 14, Code 1940.)

**OFFICE USE ONLY:**

| CLASS | APPRAISED VALUE | | | | BLIND, DEAF, ETC. | NUMBER OF ACRES | CURRENT USE | ASSESSED VALUE | PUBLIC UTILITY (ASSESSED VALUE) | TOTAL ASSESSED VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| | SCHOOL DIST. | MUN. | EXEMPT | CORP. | | | | | | |
| 2 | 3 | 4 | | | | | | 238,080 | | 238,080 |

| TOTAL STATE TAX | STATE EXEMPT VALUE | STATE EXEMPT TAX | NET STATE TAX | TOTAL COUNTY TAX | COUNTY EXEMPT VALUE | COUNTY EXEMPT TAX | NET COUNTY TAX |
|---|---|---|---|---|---|---|---|
| 1,547.52 | | 0.00 | 1,547.52 | 3,809.28 | | 0.00 | 3,809.28 |

| TOTAL SCHOOL DISTRICT TAX | SCHOOL DISTRICT EXEMPT VALUE | SCHOOL DISTRICT EXEMPT TAX | NET SCHOOL DISTRICT TAX | TOTAL MUNICIPAL TAX | MUNICIPAL EXEMPT VALUE | MUNICIPAL EXEMPT TAX | NET MUNICIPAL TAX |
|---|---|---|---|---|---|---|---|
| 3,690.24 | | 0.00 | 3,690.24 | 3,214.08 | | 0.00 | 3,214.08 |

| RECEIPT NO. | | | FIRE FEE | TIMBER FEE | INDUSTRIAL EXEMPTION | PENALTY | FEE | |
|---|---|---|---|---|---|---|---|---|
| | 0 | | 0.00 | 0.00 | | | | 12,261.12 |

RENDITION 2006
2005 EARLY COLLECTION; FILED
BANKRUPTCY-COLLECTOR FILING CLAIM
FOR PAYMENT FGC 3/7/05-
BANKRUPTCY CASE #05-11063 FOR
WINN DIXIE STORES
RENDITION 2005
2003 CORR S/D TO 4 PER REAL 7/28/03
NHF

8/11/2006

# TUSCALOOSA COUNTY TAX RETURN LIST REAL OR PERSONAL PROPERTY FOR 2006

| UNIFORM PARCEL NUMBER AND DESCRIPTION | NAME AND ADDRESS | | 1503 CULVER RD | |
|---|---|---|---|---|
| 5410-P01-001183 | WINN DIXIE STORES INC #453 | | D/B/A WINN DIXIE #453 | |
| PERSONAL PROPERTY | ATTN: JOHN P TAYLOR-TAX DEPT | | ASSESSED 2006 | |
| | 5050 EDGEWOOD CT | | 31-08-28-2-004-029.002 | |
| | JACKSONVILLE FL 32254--3601 | | | |

| | | |
|---|---|---|
| COMPUTER EQP | 7830 | |
| F/F/MACH/EQP | 128750 | |
| MACH/EQUIP | 1036 | |
| SUPPLIES | 11500 | |

☐ (1) I am 65 years of age or older   ☐ (5) Combined annual adjusted gross income is less than $12,000 on State Income Tax Return
☐ (2) I am totally disabled   ☐ (6) Income exceeds limits
☐ (3) Did not file Income Tax Return   ☐ (7) Signature in file
☐ (4) Combined annual taxable income is $7,500 or less on Federal Income Tax Return   ☐ (8) Did not resign

| APPR VAL | : | 0 |
|---|---|---|
| REND VAL | : | 137,616 |
| GRID VAL | : | 0 |
| EXEMPT VAL | : | 0 |
| O'RIDE VAL | : | 0 |
| BOE VAL | : | |
| ASSMT BY | : | R |
| TOT MKT | : | 149,120 |
| ASMT VAL | : | 29,820 |
| TOT ASMT | : | 29,820 |

TO: Doster L. McMullen, Tax Assessor of Tuscaloosa County, Alabama for the Year, 20___
I do solemnly swear (or affirm) that I am the head of the family, and/or that no other claim of exemption from state taxes for Homestead has been made or filed by me on behalf of any member of my immediate household; and that the items of this assessment marked in the Homestead claimed by me.
Subscribed and sworn to before me this the _____ day of _____ 20 _____

Taxpayer _____   Doster L. McMullen, Tax Assessor Per _____

**WARNING:** Any person who having taken (or subscribed to) the oath required by law to be administered to him by the tax assessor or his deputy, corruptly makes a false return of the property and other subjects of taxation, is guilty of perjury, and shall, on conviction be imprisoned in the penitentiary for not less than two nor more than five years. (Sec. 379, Title 14, Code 1940.)

OFFICE USE ONLY:

USED FOR TAX ...
NOT TO BE USED FOR ...

| | APPRAISED VALUE | | | | | BLIND, DEAF, ETC. | NUMBER OF ACRES | CURRENT USE | INDUSTRIAL EXEMPTION | PUBLIC UTILITY (ASSESSED VALUE) | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CLASS | SCHOOL DIST. | MUN | EXEMPT | CORP | | | | ASSESSED VALUE | PENALTY | TOTAL ASSESSED VALUE | |
| 2 | 3 | 4 | | | | | | 29,820 | | 29,820 | |

| TOTAL STATE TAX | STATE EXEMPT VALUE | STATE EXEMPT TAX | NET STATE TAX | TOTAL COUNTY TAX | COUNTY EXEMPT VALUE | COUNTY EXEMPT TAX | NET COUNTY TAX |
|---|---|---|---|---|---|---|---|
| 193.83 | | 0.00 | 193.83 | 477.12 | | 0.00 | 477.12 |

| TOTAL SCHOOL DISTRICT TAX | SCHOOL DISTRICT EXEMPT VALUE | SCHOOL DISTRICT EXEMPT TAX | NET SCHOOL DISTRICT TAX | TOTAL MUNICIPAL TAX | MUNICIPAL EXEMPT VALUE | MUNICIPAL EXEMPT TAX | NET MUNICIPAL TAX |
|---|---|---|---|---|---|---|---|
| 462.21 | | 0.00 | 462.21 | 402.57 | | 0.00 | 402.57 |

| | FIRE FEE | TIMBER FEE | | | | TOTAL TAX |
|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | | | 1,535.73 |

| RECEIPT NO: | 0 |
|---|---|

RENDITION 2006
2005 EARLY COLLECTION; FILED
BANKRUPTCY-COLLECTOR FILING CLAIM
FOR PAYMENT FGC 3/7/05-
BANKRUPTCY CASE #05-11063 FOR
WINN DIXIE STORES
RENDITION 2005

# TUSCALOOSA COUNTY TAX RETURN LIST REAL OR PERSONAL PROPERTY FOR 2006

8/11/2006

| UNIFORM PARCEL NUMBER AND DESCRIPTION | NAME AND ADDRESS | | |
|---|---|---|---|
| 5410-P01-010488 | WINN DIXIE STORES INC #407 | | 4201 UNIVERSITY BLVD E |
| | | | D/B/A  WINN DIXIE #407 |
| PERSONAL PROPERTY | ATTN: JOHN P TAYLOR TAX DEPT | | ASSESSED  2006 |
| | 5050 EDGEWOOD CT | | |
| | JACKSONVILLE        FL    32254--3601 | | 30-05-21-4-006-002.000 |

| | | |
|---|---|---|
| COMPUTER EQP | 10326 | |
| F/F/MACH/EQP | 383118 | |
| SUPPLIES | 25600 | |

APPR VAL     :            0
REND VAL     :     393,444
GRID VAL     :            0
EXMPT VAL    :            0
O'RIDE VAL:              0
BOE VAL      :
ASSMT BY     :    R
TOT MKT      :     419,040
ASMT VAL     :      83,800
TOT ASMT     :      83,800

☐ (1) I am 65 years of age or older        ☐ (5) Combined annual adjusted gross income is less than $12,000 on State Income Tax Return
☐ (2) I am totally disabled                 ☐ (6) Income exceeds limits
☐ (3) Did not file Income Tax Return        ☐ (7) Signature in file
☐ (4) Combined annual taxable income is $7,500 or less on Federal Income Tax Return    ☐ (8) Did not resign

TO: **Doster L. McMullen, Tax Assessor** of Tuscaloosa County, Alabama for the Year, 20___
I do solemnly swear (or affirm) that I am the head of the family, and/or that no other claim of exemption from state taxes for Homestead has been made or filed by me on behalf of any member of my immediate household; and that the items of this assessment marked in the Homestead claimed by me.
Subscribed and sworn to before me this the _____ day of _____, 20___

Taxpayer _____    **Doster L. McMullen, Tax Assessor** Per _____

WARNING: Any person who having taken (or subscribed to) the oath required by law to be administered to him by the tax assessor or his deputy, corruptly makes a false return of the property and other subjects of taxation, is guilty of perjury, and shall, on conviction be imprisoned in the penitentiary for not less than two nor more than five years. (Sec. 379, Title 14, Code 1940.)

OFFICE USE ONLY:

USED FOR TAX PURPOSES ONLY.
NOT TO BE USED FOR ~~~~~~~~~

| APPRAISED VALUE | | | | BLIND, DEAF, ETC. | NUMBER OF ACRES | CURRENT USE | INDUSTRIAL EXEMPTION | PENALTY | PUBLIC-UTILITY (ASSESSED VALUE) |
|---|---|---|---|---|---|---|---|---|---|

| CLASS | SCHOOL DIST. | MUN | EXEMPT | CORP | | | ASSESSED VALUE | | TOTAL ASSESSED VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 3 | 4 | | | | | 83,800 | | 83,800 |

| TOTAL STATE TAX | STATE EXEMPT VALUE | STATE EXEMPT TAX | NET STATE TAX | TOTAL COUNTY TAX | COUNTY EXEMPT VALUE | COUNTY EXEMPT TAX | NET COUNTY TAX |
|---|---|---|---|---|---|---|---|
| 544.70 | | 0.00 | 544.70 | 1,340.80 | | 0.00 | 1,340.80 |

| TOTAL SCHOOL DISTRICT TAX | SCHOOL DISTRICT EXEMPT VALUE | SCHOOL DISTRICT EXEMPT TAX | NET SCHOOL DISTRICT TAX | TOTAL MUNICIPAL TAX | MUNICIPAL EXEMPT VALUE | MUNICIPAL EXEMPT TAX | NET MUNICIPAL TAX |
|---|---|---|---|---|---|---|---|
| 1,298.90 | | 0.00 | 1,298.90 | 1,131.30 | | 0.00 | 1,131.30 |

| | | FIRE FEE | TIMBER FEE | | FEE | TOTAL TAX |
|---|---|---|---|---|---|---|
| | | 0.00 | 0.00 | | 0.00 | 4,315.70 |

| RECEIPT NO: | 0 | | | | | |
|---|---|---|---|---|---|---|

RENDITION 2006
2005 EARLY COLLECTION; FILED
BANKRUPTCY-COLLECTOR FILING CLAIM
FOR PAYMENT FGC 3/7/05-
BANKRUPTCY CASE #05-11063 FOR
WINN DIXIE STORES
RENDITION 2005
STORE OPENED 6-30-94



# TUSCALOOSA COUNTY TAX COLLECTOR
### 124 COURT HOUSE — 714 GREENSBORO AVENUE
### TUSCALOOSA, ALABAMA 35401-1891

December 12, 2006

PHONE 205/349-3870 Ext. 230
FAX 205/758-6170

PEYTON C. COCHRANE
TAX COLLECTOR

Clerk
U.S. Bankruptcy Court
300 North Hogan Street, Suite 3-350
Jacksonville, Florida 32202

RECEIVED
CLERK, U.S. BANKRUPTCY CO
DEC 1 4 2006
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RE:   WINN-DIXIE STORES, INC.
       CASE NO: 05-03817-3F1

Dear Sir:

We are requesting payment of **2006** Administrative Expense Ad Valorem taxes, in the amount of **$28,772.31** for the above case.

We ask that our form be filed in the proper manner and that our copy be returned in the self-addressed, stamped envelope that I have enclosed.

Thank you for your assistance in this matter.

Yours truly,

Peyton C. Cochrane
Tax Collector

PCC: bmm

Enclosures