**United States Bankruptcy Court**
Middle District of Florida, Jacksonville Division
300 North Hogan Street, Suite 3-350
Jacksonville, FL 32201
(904) 301-6490

December 14, 2006

Mr. Peyton C. Cochrane, Tax Collector
714 Greensboro Avenue Room 124
Tuscaloosa, AL 35401


Re:        Winn-Dixie Stores, Inc.
Case No.:  05-3817-3F1

Dear Mr. Cochrane:

The Court is in receipt of your Request for Payment of Administrative Expenses that you filed on December 14, 2006.

This is to advise you that pursuant to Local Rule 1074-1, "Corporations, partnerships, trusts and other non-individual parties may appear and be heard only through counsel permitted to practice in the Court pursuant to Local Rule 2090-1".

Sincerely,

*[signature]*

Susan Baldwin
Case Manager
(904) 301-6531