### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Reorganized Debtors. | ) | Jointly Administered |

### NOTICE OF HEARING SCHEDULE

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the Court has scheduled omnibus hearings in these cases on the following dates:

1. Wednesday, January 10, 2007 @ 9:30 a.m.;
2. Wednesday, January 24, 2007 @ 9:30 a.m.;
3. Thursday, February 8, 2007 @ 1:30 p.m.;
4. Thursday, February 22, 2007 @ 1:30 p.m.;
5. Thursday, March 8, 2007 @ 1:30 p.m.;
6. Thursday, March 22, 2007 @ 1:30 p.m.;
7. Thursday, April 5, 2007 @ 1:30 p.m.;
8. Thursday, April 26, 2007 @1:30 p.m.;
9. Thursday, May 10, 2007 @ 1:30 p.m.;
10. Thursday, May 31, 2007 @ 1:30 p.m.;

11.    Thursday, June 14, 2007 @ 1:30 p.m.; and

12.    Thursday, June 28, 2007 @ 1:30 p.m.

Any interested party who wants a motion heard by the Court at one of these hearings must comply with the Order (A) Establishing Notice Procedures on a Final Basis and (B) Continuing Hearing with Respect to Scheduling Omnibus Hearings (Docket No. 254) as well as this Court's Amended Initial Order upon Transfer of Venue (Docket No. 762).

Dated:  December 14, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Gray | By  *s/ Cynthia C. Jackson*<br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson (FBN 498882) |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

00552213