IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Case No. 05-03817-3F1 |

**NOTICE OF WITHDRAWING FROM CASE AND
REQUEST TO STOP ELECTRONIC NOTICE**

PLEASE TAKE NOTICE that Thomas C. Valentine, Esquire and Walters, Levine, Klingensmith & Thomison, P.A.'s representation of MMMM, Inc., assignee of Royal Services, Inc., doing business as Mitch Murch's Maintenance Management, should be removed from all service lists as counsel for MMMM, Inc., assignee of Royal Services, Inc., doing business as Mitch Murch's Maintenance Management. To the extent necessary, service of any future pleadings or papers on this Creditor should be sent to:

MMMM, Inc.
c/o David M. Dare, Esq.
Herren, Dare & Streett.
1051 N. Harrison Ave.
Kirkwood, MO 63122

**CERTIFICATE OF SERVICE**

A copy of the foregoing was sent by ECF Electronic Noticing on this December 14, 2006 to Debtor's Counsel and all parties entitled to notice.

WALTERS LEVINE
KLINGENSMITH & THOMISON, P.A.

By:   /s/ Thomas C. Valentine
      Florida Bar No.: 321389
      1800 Second Street, Suite 808
      Sarasota, Florida 34236
      Telephone No.: (941) 364-8787
      Telecopier No.: (941) 361-3023
      tvalentine@walterslevine.com
      Attorney for MMMM, Inc.