Case 3:05-bk-03817-JAF   Doc 13084   Filed 12/14/06   Page 1 of 1



# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
December 14, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Fifth Interim Application of The Blackstone Group L.P. as Financial Advisor to the Debtors for Allowance of Compensation for Actual and Necessary Services Rendered and Reimbursement of Actual and Necessary Out-of-Pocket Expenses Recognized  Filed by Debtors (12738)

For the period of 6/1/06 through 9/30/06

Fees - $1,793,000.00

Expenses - $40,860.50

APPEARANCES:
US TRUSTEE: ELENA ESCAMILLA
UNSEC. CRED: JOHN B. MACDONALD/PATRICK PATANGAN
MATTHEW S. BARR

THE BLACKSTONE GROUP LP:

RULING:   approved
Ord/Signed  (1 ord.) for 1ST 19 applications)