

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
December 14, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Third Interim Application for Allowance of Fees and Expenses of Deloitte & Touche, LLP to Provide Risk Assessment, Quality Assessment, and Journal Entry Testing Services to the Debtors for the Period from June 1, 2006 Through September 30, 2006 Filed by Debtors (12736)

For the period: 6/1/06 through 9/30/06

Fees - $4,566.00

Expenses -0-

APPEARANCES:
US TRUSTEE:          ELENA ESCAMILLA
UNSEC. CRED:         JOHN B. MACDONALD/PATRICK PATANGAN
                     MATTHEW S. BARR

DELOITTE & TOUCHE LLP:

RULING:  Approved
         Well Signed