

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
December 14, 2006
1:00 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Second Interim Fee Application for Allowance of Fees and Expenses of Deloitte Consulting LLP to Provide Fresh-Start Accounting Services to the Debtors  (12735)

For the Period of 6/1/06 through 9/30/06

Fees: $113,714.60

Expenses: $5,919.41

APPEARANCES:
US TRUSTEE:                               ELENA ESCAMILLA
UNSEC. CRED:                              JOHN B. MACDONALD/PATRICK PATANGAN
                                          MATTHEW S. BARR
DELOITTE CONSULTING LLP:

RULING: Approved.
Oral (Signed)