

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
December 14, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post/Leanne Prendergast

Second Interim Fee Application for Allowance of Fees and Expenses of Deloitte Financial Advisory Services LLP to Provide Fresh-Start Accounting Services to the Debtors (12737)

For the period: 6/1/06 through 9/30/06

Fee: $333,918.25

Expenses: $14,049.96

APPEARANCES:
US TRUSTEE: ELENA ESCAMILLA
UNSEC. CRED: JOHN B. MACDONALD/PATRICK PATANGAN
MATTHEW S. BARR

DELOITTE FINANCIAL ADVISORY SVCS:

RULING:  Orally Signed