

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
December 14, 2006
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

First Interim Fee Application for Allowance of Fees and Expenses of Deloitte Tax LLP as Advisors and Consultants to the Debtors (12777)

For the Period: 5/29/06 through 9/30/06

Fee: $515,751.70

Expenses: $21,531.87

**APPEARANCES:**

US TRUSTEE:        ELENA ESCAMILLA
UNSEC. CRED:       JOHN B. MACDONALD/PATRICK PATANGAN
                   MATTHEW S. BARR
DELOITTE TAX LLP:

RULING: Approved and Signed