

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE

Thursday
December 14, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1      WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Second Interim Application of Jenner & Block LLP as Special Counsel to the Debtors for Allowance and Payment of Compensation for and Reimbursement of Expenses Advanced (12781)

For the Period : 6/1/06 through 9/30/06

Fee: $426,614.50

Expenses: $27,424.43

**APPEARANCES:**

US TRUSTEE:       ELENA ESCAMILLA
UNSEC. CRED:     JOHN B. MACDONALD/PATRICK PATANGAN
                 MATTHEW S. BARR

JENNER & BLOCK LLP:

RULING: Approved
        /s/ Signed