

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
December 14, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Fifth Interim Application of KPMG LLP, pursuant to Order Establishing Interim Compensation Procedures Filed by Debtors (12778)

For the Period 6/1/06 through 9/30/06

Fee: $2,980,025.64

Expenses: $38,491.09

APPEARANCES:
US TRUSTEE:      ELENA ESCAMILLA
UNSEC. CRED:     JOHN B. MACDONALD/PATRICK PATANGAN
                 MATTHEW S. BARR
KPMG LLP:

RULING: Approved. Order Signed