

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
December 14, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Fifth Interim Application of PricewaterhouseCoopers LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred (12773)

For the Period: 6/1/06 through 9/30/06

Fee: $236,361.50

Expenses: $29,251.33

APPEARANCES:
US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:           JOHN B. MACDONALD/PATRICK PATANGAN
                       MATTHEW S. BARR

PRICEWATERHOUSECOOPERS:

RULING: Approved
Ord/Sugiea/