

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

**Thursday**
**December 14, 2006**
**1:00 P.M.**

## PRO MEMO

**CASE NO. 05-3817-3F1**    **WINN-DIXIE STORES, INC.**

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post**

**Fifth Interim Application of Skadden, Arps, Slate Meagher & Flom LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred (12793)**

For the Period 6/1/06 through 9/30/06

Fee: $4,122,040.50

Expenses: $57,007.18

**APPEARANCES:**
**US TRUSTEE:**                    **ELENA ESCAMILLA**
**UNSEC. CRED:**                   **JOHN B. MACDONALD/PATRICK PATANGAN**
                                   **MATTHEW S. BARR**

**SKADDEN ARPS SLATE MEAGHER & FLOM LLP:**

**RULING:** *Approved*
*Ord [Signed]*