UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF REMOVAL FROM SERVICE LIST

PLEASE TAKE NOTICE that the undersigned, Susan H. Sharp, of STICHTER, RIEDEL, BLAIN & PROSSER, P.A. hereby gives notice that their representation of Avon Square, Ltd. in this matter is concluded. Susan H. Sharp, Esquire and Stichter, Riedel, Blain & Prosser, P.A., should be removed from all services lists as counsel for Avon Square, Ltd. To the extent necessary, service of any future pleadings or papers on Avon Square, Ltd. should be sent to:

Avon Square, Ltd.
c/o Mr. Bill Drost
Century Realty Funds, Inc.
500 S. Florida Ave., Suite 700
Lakeland, FL 33801

Dated this 14th day of December, 2006.

/s/ Susan H. Sharp
Susan H. Sharp (Florida Bar No. 0716421)
STICHTER, RIEDEL, BLAIN & PROSSER, P.A.
110 Madison Street - Suite 200
Tampa, Florida 33602
Phone: (813) 229-0144
Fax:    (813) 229-1811
Email:    ssharp@srbp.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by the Court's CM/ECF system or U.S. Mail on this 14th day of December, 2006, to:

United States Trustee's Office
Timberlake Annex
501 East Polk St., Ste. 1200
Tampa, Florida  33602

Adam Ravin, Esq.
Skadden Arps, Slate, Meagher
 & Flom LLP
Four Times Square
New York, NY  10036
(Counsel for Debtor)

Cynthia C. Jackson, Esq.
James H. Post, Esq.
Stephen D. Busey, Esq.
225 Water Street, Suite 1800
Jacksonville, FL  32202
(Counsel for Debtor)

Elena L Escamilla, Esquire
Kenneth C. Meeker, Esquire
United States Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
(Counsel for Official Committee of Unsecured Creditors)

John B. Macdonald, Esq.

Patrick P. Patangan, Esq.
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, FL 32202
(Counsel for Official Committee of Unsecured Creditors)

                                              /s/ Susan H. Sharp
                                              Susan H. Sharp
                                              Florida Bar No. 0716421
                                              STICHTER, RIEDEL, BLAIN
                                               & PROSSER, P.A.
                                              110 Madison Street, Suite 200
                                              Tampa, Florida 33602
                                              Phone (813) 229-0144
                                              Fax (813) 229-1811
                                              Email ssharp@srbp.com
                                              .

H:\USER\SHS\AVON SQUARE\NOTICE OF REMOVAL FROM ECF.DOC