

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
December 14, 2006
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Fifth Interim Application of Smith, Gambrell & Russell, LLP for Compensation and Reimbursement of Expenses as Special Real Estate Counsel to the Debtors (12741)

For the Period of 6/1/06 through 9/30/06

Fee: $694,368.50

Expense: $21,576.23

**APPEARANCES:**
US TRUSTEE:                ELENA ESCAMILLA
UNSEC. CRED:               JOHN B. MACDONALD/PATRICK PATANGAN
                           MATTHEW S. BARR
SMITH GAMBRELL & RUSSELL LLP:

RULING:

*Approved.
Order/Sign/*