

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
December 14, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Second Interim Application of Stuart, Maue, Mitchell & James Fee Examiner, for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses (12734)

For the Period 6/1/06 through 9/30/06

Fee: $526,552.00

Expenses: $4,597.90

APPEARANCES:
US TRUSTEE:        ELENA ESCAMILLA
UNSEC. CRED:       JOHN B. MACDONALD/PATRICK PATANGAN
                   MATTHEW S. BARR

STUART, MAUE, ET AL:

RULING:  Approved.
Ord'r Signed