

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
December 14, 2006
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Fifth Interim Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Xroads Solutions Group, LLC, as Financial and Operations Restructuring Consultants (9404)

For the Period: 5/28/06 through 9/30/06

Fee: ~~$3,716,110.50~~ *1,811,021.00*

Expenses: ~~$236,989.35~~ *122,269.61*

APPEARANCES:
US TRUSTEE:          ELENA ESCAMILLA
UNSEC. CRED:         JOHN B. MACDONALD/PATRICK PATANGAN
                     MATTHEW S. BARR

XROADS SOLUTIONS GROUP, LLC:

RULING: *Approved Ord / Signed*