# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
December 14, 2006
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Fourth Application of Akerman Senterfitt, Co-Counsel to Official Committee of Unsecured Creditors, for Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses (12748)

For the Period 6/1/06 through 9/30/06

Fee: $93,764.00

Expenses: $5097.03

**APPEARANCES:**
US TRUSTEE:        ELENA ESCAMILLA
UNSEC. CRED:       JOHN B. MACDONALD/PATRICK PATANGAN
                   MATTHEW S. BARR

AKERMAN SENTERFITT:

RULING: Approved one signed