

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
December 14, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

First and Final Application of Paul, Hastings, Janofsky & Walker, LLP as Counsel for Official Committee of Equity Security Holders, for Compensation for Services Rendered and for Reimbursement of Expenses Incurred (7734)

For the Period 8/17/05 through 1/31/06

Fee: $~~1,059,317.25~~ 909,481.59

Expenses: $~~82,563.31~~ 68,941.07

APPEARANCES:

US TRUSTEE:         ELENA ESCAMILLA
UNSEC. CRED:        JOHN B. MACDONALD/PATRICK PATANGAN
                    MATTHEW S. BARR

PAUL, HASTINGS ET AL:

RULING: *Approved Ord/Signed*