UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    )          Case No.  05-03817-3F1

WINN-DIXIE STORES, INC., et al.,          )          Chapter 11

                Debtors.                  )          Jointly Administered


ORDER ALLOWING INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF PROFESSIONALS


This case came on for hearing on December 14, 2006 upon the applications of professionals for the allowance of interim compensation for services rendered and reimbursement of expenses (collectively, the "Applications"). The Court has reviewed the Applications and heard the representations of counsel. Without objection by the United States Trustee or any other interested party, it is

ORDERED AND ADJUDGED:

1.      The Applications are approved to the extent provided by this Order.

2.      The Debtors are authorized and directed to pay each professional all fees and expenses allowed by this Order and not previously paid within ten days of the entry of this Order.

3.      All interim fees and expenses allowed by this Order are subject to review by the fee examiner, Stuart, Maue, Mitchell & James, Ltd., parties in interest and this Court, and no determination is made at this time as to reasonableness of the fees. Fees and expenses awarded pursuant to this Order may be subject to disgorgement.

4.    The Blackstone Group L.P. is allowed interim compensation of $1,793,000.00 for professional services and $40,860.50 for the reimbursement of expenses incurred during the period from June 1, 2006 through September 30, 2006.

5.    Carlton Fields, P.A. is allowed interim compensation of $655,472.50 for professional services and $50,302.37 for the reimbursement of expenses incurred during the period from June 1, 2006 through September 30, 2006.

6.    Deloitte and Touche LLP is allowed interim compensation of $4,566.00 for professional services during the period from June 1, 2006 through September 30, 2006.

7.    Deloitte Consulting LLP is allowed interim compensation of $113,714.60 for professional services and $5,919.41 for the reimbursement of expenses incurred during the period from June 1, 2006 through September 30, 2006.

8.    Deloitte Financial Advisory Services LLP is allowed interim compensation of $333,918.25 for professional services and $14,049.96 for the reimbursement of expenses incurred during the period from June 1, 2006 through September 30, 2006.

9.    Deloitte Tax LLP is allowed interim compensation of $515,751.70 for professional services and $21,531.87 for the reimbursement of expenses incurred during the period from May 29, 2006 through September 30, 2006.

10.    Jenner & Block LLP is allowed interim compensation of $426,614.50 for professional services and $27,424.43 for the reimbursement of expenses incurred during the period from June 1, 2006 through September 30, 2006.

11.    King & Spalding LLP is allowed interim compensation of $222,885.00 for professional services and $2,576.97 for the reimbursement of expenses incurred during the period from June 1, 2006 through September 30, 2006.

12.    KPMG LLP is allowed interim compensation of $2,980,025.64 for professional services and $38,491.09 for the reimbursement of expenses incurred during the period from June 1, 2006 through September 30, 2006.

13.    PricewaterhouseCoopers LLP is allowed interim compensation of $236,361.50 for professional services and $29,251.33 for the reimbursement of expenses incurred during the period from June 1, 2006 through September 30, 2006.

14.    Skadden, Arps, Slate, Meagher & Flom LLP is allowed interim compensation of $4,122,040.50 for professional services and $57,007.18 for the reimbursement of expenses incurred during the period from June 1, 2006 through September 30, 2006.

15.    Smith, Gambrell & Russell, LLP is allowed interim compensation of $694,368.50 for professional services and $21,576.23 for the reimbursement of expenses incurred during the period from June 1, 2006 through September 30, 2006.

16.    Smith Hulsey & Busey is allowed interim compensation of $1,371,633.50 for professional services and $51,653.02 for the reimbursement of expenses incurred during the period from June 1, 2006 through September 30, 2006.

17.    Stuart, Maue, Mitchell & James, Ltd. is allowed interim compensation of $526,552.00 for professional services and $4,597.90 for the reimbursement of expenses incurred during the period from June 1, 2006 through September 30, 2006.

18.     XRoads Solutions Group, LLC is allowed interim compensation of $1,811,021.00 for professional services and $122,269.61 for the reimbursement of expenses incurred during the period from May 28, 2006 through September 30, 2006.

19.     Akerman Senterfitt is allowed interim compensation of $93,764.00 for professional services and $5,097.03 for the reimbursement of expenses incurred during the period from June 1, 2006 through September 30, 2006.

20.     Alvarez & Marsal, LLC is allowed interim compensation of $400,000.00 for professional services and $5,551.33 for the reimbursement of expenses incurred during the period from June 1, 2006 through September 30, 2006.

21.     Houlihan Lokey Howard & Zukin Capital is allowed interim compensation of $400,000.00 for professional services and $5,548.47 for the reimbursement of expenses incurred during the period from June 1, 2006 through September 30, 2006.

22.     Milbank, Tweed, Hadley & McCloy LLP is allowed interim compensation of $972,312.50 for professional services and $74,318.99 for the reimbursement of expenses incurred during the period from June 1, 2006 through September 30, 2006.

23.     This Order is without prejudice to the rights of these professionals upon further application to this Court, to seek further allowance and payment of additional compensation and reimbursement of expenses, including any such amounts incurred

during this interim compensation period for which approval has not previously been

sought and denied.

Dated in Jacksonville, Florida, this ____14____ day of December, 2006.

Jerry A. Funk
United States Bankruptcy Judge

551898.2