




# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
December 14, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

First and Final Application of Jennis Bowen & Brundage, P.L. as Counsel for Official Committee of Equity Security Holders, for Compensation for Services Rendered and for Reimbursement of Expenses incurred (11435)

For the period 9/7/06 through 9/25/06

Fee: $~~38,647.50~~   28,618.50

Expenses: $~~1,827.12~~   1,146.18

APPEARANCES:
US TRUSTEE:                    ELENA ESCAMILLA
UNSEC. CRED:                   JOHN B. MACDONALD/PATRICK PATANGAN
                               MATTHEW S. BARR

JENNIS BOWEN & BRUNDAGE, P.L.:

RULING: Approved Ord/Sigma