

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
December 14, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post/Leanne Prendergast

First Interim Application of Jefferies and Company, Inc. As Financial Advisors, for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses ( 7129)

For the Period of 9/1/05 through 1/31/06

Fee: $~~875,000~~ 542,741.94

Expenses: $~~33,846.52~~ 25,346.52

APPEARANCES:
US TRUSTEE:                    ELENA ESCAMILLA
UNSEC. CRED:                   JOHN B. MACDONALD/PATRICK PATANGAN
                               MATTHEW S. BARR

JEFFERIES AND COMPANY, INC:

RULING: *Approved - Order Signed*