

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
December 14, 2006
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1**    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

First Application for the Benefit of the Ad Hoc Committee of Winn-Dixie Retirees for Compensation for Services Rendered and for Reimbursement of Expenses Incurred (12858)

For Period of 8/26/05 through 10/21/06

Fees and Costs - $50,000

**APPEARANCES:**

US TRUSTEE:            ELENA ESCAMILLA /Suarez- P
UNSEC. CRED:           JOHN B. MACDONALD/PATRICK PATANGAN
                       MATTHEW S. BARR

AD HOC COMMITTEE OF
 WINN DIXIE RETIREES:  JERRETT MCCONNELL P

**RULING:** Granted/Approved
Oral/Signed