UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

ORDER ALLOWING FINAL COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF PROFESSIONALS
FOR THE FORMER EQUITY COMMITTEE

This case came on for hearing on December 14, 2006, upon the applications of the professionals retained by the former official committee of equity security holders (the "Equity Committee"), for the allowance of final[1] compensation for services rendered and reimbursement of expenses (collectively, the "Final Applications"). The Court has reviewed the Final Applications and heard the representations of counsel, including counsel's representation that the Equity Committee's professionals have agreed to reduce the amounts of their fees and expenses from those requested by their Final Applications. Without objection by the United States Trustee or any other interested party, it is

ORDERED AND ADJUDGED:

1. The Final Applications are approved to the extent provided by this Order.

2. The Debtors are authorized and directed to pay each professional all fees and expenses allowed by this Order and not previously paid within ten days of the entry of this Order.

---

[1] The application of Jefferies & Company, Inc., was filed as an application for interim approval of its fees and expenses, but as part of the global resolution reached with the other parties in these cases has been consensually modified to be an application for final approval and allowance thereof.

3.      Jefferies and Company, Inc. is allowed final compensation of $542,741.94 for professional services and $25,346.52 for the reimbursement of expenses incurred during the period from September 1, 2005 through January 31, 2006.

4.      Jennis Bowen & Brundage P.L. is allowed final compensation of $28,618.50 for professional services and $1,146.18 for the reimbursement of expenses incurred during the period from September 7, 2005 through September 25, 2006.

5.      Paul, Hastings, Janofsky & Walker LLP is allowed final compensation of $909,481.59 for professional services and $68,941.07 for the reimbursement of expenses incurred during the period from August 17, 2005 through January 31, 2006.

Dated in Jacksonville, Florida, this 14 day of December, 2006.

Jerry A. Funk
United States Bankruptcy Judge

552034