IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case Nos. 05-03817-3F1 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER GRANTING APPLICATION FOR REIMBURSEMENT OF
ATTORNEYS' FEES AND COSTS INCURRED BY
FRIEDLINE & McCONNELL, P.A. IN THE REPRESENTATION
OF THE AD HOC COMMITTEE OF WINN-DIXIE RETIREES**

Upon consideration of the Application for the Reimbursement of Attorneys' Fees and Costs Incurred by the Ad Hoc Committee of Winn-Dixie Retirees dated November 28, 2006, (the "Application"), after notice and hearing thereon, and no interested party having objected to the Application, it is

ORDERED:

1. The Application for the Reimbursement of Attorneys' Fees and Costs Incurred by the Ad Hoc Committee of Winn-Dixie Retirees dated November 28, 2006, (Document No. 12858) is hereby granted.

2. The Ad Hoc Committee of Winn-Dixie Retirees is entitled to reimbursement from the Debtors for professional fees and costs incurred in this case in the amount of $50,000.00.

DATED this 14th day of December, 2006, in Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

Copies furnished to:

All interested parties