UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1<br>Chapter 11 |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Lillian Delapaz (Claim No. 11455) [Docket No. 13048] was furnished by mail on December 14, 2006 to Lillian Delapaz c/o Murray Freeman, Esq., Bernard H. Butts, Jr., P.A., 1790 West 49th Street, Suite 210, Hialeah, Florida 33012.

Dated: December 15, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*<br>   D. J. Baker<br>   Sally McDonald Henry<br>   Rosalie Gray | By  *s/ James H. Post*<br>   Stephen D. Busey<br>   James H. Post (FBN 175460)<br>   Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC