## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | |

## NOTICE OF HEARING

Please take notice that on **Wednesday, January 10, 2007**, beginning at **9:30 a.m.** or as soon thereafter as counsel may be heard, the undersigned will call up for hearing and disposition the following matters:

1. Motion for Relief from Order Determining Tax Liabilities as to Lauderdale County, Mississippi filed 11/06/06 (Docket 12389);

2. Motion for Relief from Order Determining Tax Liabilities as to Lowndes County, Mississippi filed 11/06/06 (Docket 12391);

3. Motion for Relief from Order Determining Tax Liabilities as to Marion County, Mississippi filed 11/06/06 (Docket 12392);

4. Motion for Relief from Order Determining Tax Liabilities as to Rankin County, Mississippi filed 11/06/06 (Docket 12393);

5. Motion for Relief from Order Determining Tax Liabilities as to Harrison County, Mississippi filed 9/25/06 (Docket 11294);

6. Motion for Relief from Order Determining Tax Liabilities as to Yazoo County, Mississippi filed 11/06/06 (Docket 12403);

7. Motion for Relief from Order Determining Tax Liabilities as to Jones County, Mississippi filed 11/09/06 (Docket 12443);

8. Motion for Relief from Order Determining Tax Liabilities as to Pike County, Mississippi filed 12/14/06 (Docket No. 13105);

9. Motion for Relief from Order Determining Tax Liabilities as to Hinds County, Mississippi filed 12/14/06 (Docket No. 13116); and

10. Motion to Consolidate Hearings on Debtor's Objections to Tax Claims and Motions to Determine Tax Liabilities filed 10/19/06 (Docket 12047).

The hearings will be held before the Honorable Jerry A. Funk in Courtroom 4D, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

1. All exhibits must be pre-marked and listed in accordance with Local Rule 9070-1.

2. The hearing may be continued upon announcement made in open court without further notice.

3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

4. Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pant suit is appropriate for a woman.

5.  Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.

                    **STUTSMAN THAMES & MARKEY, P.A.**

                    By: */s/ Richard R. Thames*
                          Richard R. Thames

                    Florida Bar No. 0718459
                    50 N. Laura Street, Suite 1600
                    Jacksonville, Florida 32202
                    (904) 358-4000
                    (904) 358-4001 (Facsimile)

                    Attorneys for Lauderdale County, Mississippi; Lowndes County, Mississippi; Marion County, Mississippi; Rankin County, Mississippi; Harrison County, Mississippi; Yazoo City, Mississippi; and Jones County, Mississippi

## Certificate of Service

I hereby certify on December **15**, 2006, the foregoing notice was transmitted to the Clerk of the Court for uploading to the Case Management/Electronic Case Filing System, which will send a notice of electronic filing to:

Stephen D. Busey, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
busey@smithhulsey.com

John B. Macdonald, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (facsimile)
john.macdonald@akerman.com

Elana L. Escamilla, Esq.
Assistant United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
(407) 648-6465
(407) 648-6323 (facsimile)
elana.l.escamilla@usdoj.gov

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

D.J. Baker, Esq.
Skadden, Arps, Slat, Meagher, & Flom, LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
dbaker@skadden.com

Adam Ravin, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
aravin@skadden.com

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Plaza
New York, New York 10005
(212) 530-5000
(212) 530-5219 (facsimile)
ddunne@milbank.com

/s/ Richard R. Thames
Attorney

61657