

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
December 14, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Application on Behalf of DLA Piper US LLP and FTI Consulting, Inc. For Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses (12864)

For the Period 3/7/06 through 10/31/06

Fee: $1,225,247.35

Expenses: $102,960.37

APPEARANCES:
US TRUSTEE:           ELENA ESCAMILLA / Suarez - P
UNSEC. CRED:          JOHN B. MACDONALD/PATRICK PATANGAN
                      MATTHEW S. BARR

DLA PIPER US LLP &
   FTI CONSULTING:    Mark Friedman - P

RULING:   Approved
          Ord / Signed