UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

ORDER (I) APPROVING FEE APPLICATION OF DLA PIPER US LLP
AND FTI CONSULTING, INC. AND (II) AUTHORIZING AND
DIRECTING DEBTORS TO PAY ALLOWED FEES AND EXPENSES
TO DLA PIPER US LLP AND FTI CONSULTING, INC.

Upon the application of DLA Piper US LLP ("DLA Piper") and FTI Consulting, Inc. ("FTI") (the "Applicants") for allowance of compensation and reimbursement of expenses for the period March 7, 2006 through October 31, 2006 (the "Application") in connection with the rendering of services for the Ad Hoc Trade Committee (the "Trade Committee") of the above-captioned debtors (the "Debtors"); and notice of the Application and the hearing to consider the Application having been given to the persons set forth in the affidavits of service filed with this Court; and it appearing that such notice is good and sufficient notice and that no further notice need be given; and a hearing having been held before this Court on December 14, 2006 (the "Hearing"); and any objection to the Application having been overruled or withdrawn; and pursuant to the Joint Plan of Reorganization of the Winn-Dixie Stores, Inc., and Affiliated Debtors (the "Plan"); and the Plan having been confirmed by this Court on November 9, 2006; and the fees and expenses requested by the Applicants being reasonable; and upon the record of the Hearing and all proceedings heretofore had herein; and sufficient cause appearing therefor; it is hereby

**ORDERED** that the Application be, and hereby is, granted; and it is further

**ORDERED** that the Applicants are allowed payment of compensation and expense reimbursement jointly in the aggregate amount of $1,300,000; and it is further

**ORDERED** that the Debtors are authorized and directed to pay the foregoing amount to the Applicants.


Dated: December 14, 2006
      Jacksonville, Florida

_____
UNITED STATES BANKRUPTCY JUDGE