

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE

Thursday
December 14, 2006
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Agreed Order Resolving Claims Filed by Beiersdorf Inc., Dales Doughnuts South Inc., J & J Snack Foods Corp. And Sunbeam Products, Inc. As set forth in the Debtors' Eighth Omnibus Claims Objection (12881)

**APPEARANCES:**
US TRUSTEE: ELENA ESCAMILLA
UNSEC. CRED: JOHN B. MACDONALD/PATRICK PATANGAN
MATTHEW S. BARR

BEIERSDORF INC.:
DALES DOUGHNUTS SOUTH INC:
J&J SNACK FOODS CORP:
SUNBEAM PRODUCTS, INC:

**RULING:**

*Ord / Signed*