

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE

Thursday
December 14, 2006
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Agreed Order Resolving Claims Filed by Newell Rubbermaid Inc., and Pepsi Cola Bottling Co.

Of CTRL VA, as set forth in the Debtors Nineteenth Omnibus Objection (12884)

**APPEARANCES:**
US TRUSTEE:                                ELENA ESCAMILLA
UNSEC. CRED:                               JOHN B. MACDONALD/PATRICK PATANGAN
                                           MATTHEW S. BARR

NEWELL RUBBERMAID :
PEPSI COLA BOTTLING CO. OF CTRL VA:

RULING:   Ord / Signed