HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
December 14, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Agreed Order Resolving Claims filed by Cadbury Adams USA LLC and Slim Fast Foods - Unilever, as set forth in the Debtors Sixteenth Omnibus Claims Objection (12887)

APPEARANCES:
US TRUSTEE:                    ELENA ESCAMILLA
UNSEC. CRED:                   JOHN B. MACDONALD/PATRICK PATANGAN
                               MATTHEW S. BARR
CADBURY ADAMS USA LLC:
SLIM FAST FOODS-UNILEVER:

RULING:   Ord / Signed