

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
December 14, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

  Agreed Order Regarding Claim No. 6763 Filed by the Trust Under the Will of Edna Hill Meeker for the Lifetime Benefit of L.H. Meeker (12916)

APPEARANCES:
US TRUSTEE:  ELENA ESCAMILLA
UNSEC. CRED:  JOHN B. MACDONALD/PATRICK PATANGAN
      MATTHEW S. BARR
TRUST UNDER THE WILL OF
  EDNA HILL MEEKER:

RULING: Ord/Signed