**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF WITHDRAWAL OF OBJECTION TO CLAIM NUMBER 3086 FILED BY THE CITY OF OPELIKA, AS SET FORTH IN THE DEBTORS' TWELFTH OMNIBUS OBJECTION (DOCKET NO. 8116)**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries, reorganized debtors in the above-captioned cases (collectively, the "Debtors"), withdraw without prejudice the objection to claim number 3086 filed by the City of Opelika, as set forth in the Debtors' Twelfth Omnibus Objection to (A) Overstated Claims, (B) Overstated Misclassified Claims and (C) No Liability Misclassified Claims (Docket No. 8116).

Dated: December 15, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| | |
| By    *s/ D. J. Baker* | By    *s/ James H. Post* |
|        D. J. Baker |        Stephen D. Busey |
|        Sally McDonald Henry |        James H. Post |
|        Rosalie Walker Gray |        Cynthia C. Jackson, |
|        Jane M. Leamy |        Florida Bar Number 175460 |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida  32202 |
| (212) 735-3000 | (904) 359-7700 |
| (212) 735-2000 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | jpost@smithhulsey.com |
| | |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

479483-Wilmington Server 1A - MSW