

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
December 14, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

  Agreed Order Resolving Claim No. 843 Filed by the North Carolina Self Insurance Security Association F/K/A The North Carolina Self Insurance Guaranty Association, as set forth in the Debtors Nineteenth Omnibus Objection (12949)

APPEARANCES:
US TRUSTEE:                          ELENA ESCAMILLA
UNSEC. CRED:                         JOHN B. MACDONALD/PATRICK PATANGAN
                                     MATTHEW S. BARR
NORTH CAROLINA SELF INSURANCE
  SECURITY ASSOC:

RULING: *Only Signed*