# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

In re: **WINN-DIXIE STORES, INC**
Case No. **05-3817-3FL**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| LIQUIDITY SOLUTIONS, INC<br>As agent for Ore Hill Partners<br>Name of Transferee | BROOKSHIRE GROCERY COMPANY<br>Name of Transferor |
| Name and Address where notices and payments to transferee should be sent:<br><br>LIQUIDITY SOLUTIONS, INC<br>As agent for Ore Hill Partners<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601<br>Phone:<br>(201) 968-0001 | Court Claim # (if known): 13365<br>Amount of Claim: **$456,100.00**<br>Date Claim Filed: 7/24/2006<br><br><br><br>Phone:_____<br>Last Four Digits of Acct#:_____ |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Robert Minkoff                         Date: 12/15/2006
Transferee/Transferee's Agent

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

709430

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

In re: **WINN-DIXIE STORES, INC**
Case No. **05-3817-3FL**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 13365 (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/15/2006.

Liquidity Solutions Inc,
As agent for Ore Hill Partners
**Name of Transferee**

**BROOKSHIRE GROCERY COMPANY**
**Name of Alleged Transferor**

Address of Transferee:
One University Plaza
Suite 312
Hackensack, NJ 07601

Address of Alleged Transferor:
**BROOKSHIRE GROCERY COMPANY**
**1600 W SOUTHWEST LOOP 323**
**TYLER, TX 75701**

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
**CLERK OF THE COURT**

709430

## TRANSFER NOTICE

Brookshire Grocery Company ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for Ore Hill Partners LLC with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Winn-Dixie Stores, Inc., et al. (the "Debtor"), in the aggregate amount of $456,100.00 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, administered as Case No. 05-3817-3FL.

IN WITNESS WHEREOF, Assignor has signed below as of the 12th day of December, 2006.

Brookshire Grocery Company

_Marvin S. Massey, Jr._
Marvin S. Massey, Jr.
Chief Executive Officer, Secretary

Witnessed by:

_signature_
(signature)

Russell W. Cooper
(Print Name of Witness)

709430