**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| *In Re:* | |
| **WINN-DIXIE STORES, INC. ET AL** <br> *Debtor* | **CASE NUMBER: 05-03817-3F1** |
| | **CHAPTER 11** |
| Reorganized Debtors | Jointly Administered |

**APPLICATION FOR PAYMENT OF ADMINISTRATIVE CLAIM OR**
**ALTERNATIVELY PAYMENT OF CLAIM ARISING AGAINST DEBTORS**
**BETWEEN FEBRUARY 21, 2005 AND NOVEMBER 21, 2006**

The undersigned makes this claim on behalf of Mary Norton in the above entitled proceeding as an Administrative claim under 11 U.S.C.A 503 or alternatively, payment of claim arising against Debtors Between February 21, 2005 and November 21, 2006 as follows:

1.

Applicant, Mary Norton, was a customer in a Winn-Dixie Store located in Harvey, Louisiana on July 7, 2006 when she slipped and fell because of water leaking from freezer unit.

2.

Applicant has incurred medical expenses and personal injuries to date totaling TEN THOUSAND DOLLARS ($10,000.00).

3.

Applicant's attorney has provided and will provide documentation of applicant's medical expenses and personal injury damages to debtor's claim management representative, Sedgwick Claims Management Systems.

WHEREFORE, Applicant prays that her Application be considered for payment.

/s/ Brian F. Guillot
BRIAN F. GUILLOT, LA. SBA 14981
Attorney for Mary Norton
1716 Apple Street
Metairie, LA  70001
Telephone:     (504) 214-2304
Facsimile:      (504) 888-7200
E-mail:         bfguil@cox.net