

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE

Thursday
December 14, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Agreed Order Resolving Claim filed by Maria Gonzales (13006)

APPEARANCES:

US TRUSTEE:            ELENA ESCAMILLA

UNSEC. CRED:          JOHN B. MACDONALD/PATRICK PATANGAN

                       MATTHEW S. BARR

MARIA GONZALEZ:

RULING: