**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| *In Re:* | |
| **WINN-DIXIE STORES, INC. ET AL** *Debtor* | CASE NUMBER: 05-03817-3F1 |
| | CHAPTER 11 |
| Reorganized Debtors | Jointly Administered |

### CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that I have this date served a copy of the

**APPLICATION FOR PAYMENT OF ADMINISTRATIVE CLAIM OR**

**ALTERNATIVELY PAYMENT OF CLAIM ARISING AGAINST DEBTORS BETWEEN**

**FEBRUARY 21, 2005 AND NOVEMBER 21, 2006** to the following of interest herein at the

addresses listed below by United States First Class mail :

| | |
|---|---|
| Mr.James Post | Mr. Matthew Barr |
| Smith Hulsey & Busey | Milbank, Tweed, Hadley & McCoy LLP |
| 225 Water Street, Suite 1800 | 1 Chase Manhatten Plaza |
| Jacksonville, Florida 32202 | New York, New York 10005 |
| | |
| December 15, 2006 | /s/ Brian F. Guillot |
| | BRIAN F. GUILLOT, LA. SBA#14981 |
| | Attorney for Mary Norton |
| | 1716 Apple Street |
| | Metairie, LA. 70001 |
| | Voice: (504) 214-2304 |
| | Fax:    (504) 888-7200 |
| | E-mail:bfguil@cox.net |