UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| Debtors. ) | Jointly Administered |

## AGREED ORDER RESOLVING CLAIMS FILED BY THE STATE OF LOUISIANA DEPARTMENT OF REVENUE

These cases came before the Court upon notice of Winn-Dixie Stores, Inc. and twenty-three of subsidiaries and affiliates (collectively, the "Debtors") of the resolution of claims filed by the State of Louisiana Department of Revenue ("State of Louisiana") pursuant to a stipulation attached to the Notice dated December 13, 2006 (the "Stipulation") (Docket No. 13056).[1] Based upon the representation by counsel for the Debtors that the proposed Agreed Order reflects a resolution of the claim, it is

ORDERED AND ADJUDGED:

1. The Stipulation between the Debtors and the State of Louisiana Department of Revenue is approved.

2. On the Effective Date, the State of Louisiana Proofs of Claim will be allowed as a single, unsecured priority tax claim in the amount of $2,814,592.42, which sum will be paid in full in cash pursuant to Section 4.1(b) of the Winn-Dixie

---

[1] All capitalized terms not defined herein shall have the respective meanings ascribed to them in the Notice and Stipulation.

Joint Plan of Reorganization at a closing to be held within 15 days of the Effective Date (the "Settlement Closing").

3. On the Effective Date, the Debtors will be allowed Tax Refunds from the State of Louisiana in the aggregate amount of $3,262,041.14, which sum will be paid in full in cash at the Settlement Closing.

4. Except as expressly provided herein and subject to the terms of the Stipulation, this Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims filed by the State of Louisiana in these Chapter 11 cases and (ii) all other pre-petition or pre-confirmation claims the State of Louisiana has or may have against the Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

5. Logan & Company, Inc., the claims agent appointed in the Debtors' Chapter 11 cases, is directed to make such revisions to the claims register as is necessary to reflect the terms of the Agreed Order.

6. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 14 day of December, 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
James H. Post, Esq.
[James H. Post is directed to serve a copy of this order on the Claimant and file a proof of service.]
548090.2

2