

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
December 14, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1  WINN-DIXIE STORES, INC.                         Page 1 of 2

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Twenty-Seventh Omnibus Objection to (A) Equity Claims, (B) Equity Damage Claims, ( C) No Liability Claims, (D) Amended and Superseded Claims, (E) Unliquidated Claims (F) Overstated Claims (G) No Liability Misclassified Claim and (H) Misclassified Claims filed by Debtors (12532)

>   Response filed by Warehouse Holdings (12823)
>
>   Response filed by Futuristic Foods, Inc. (12859)
>
>   Response filed by Consolidated Biscuit Co. (12878)
>
>   Response filed by Paul and Bora Erdos (12934)
>
>   Response filed by CAPX Realty, Inc. (12935)
>
>   Response filed by Konica Minolta Imaging, Inc. (12940)
>
>   Response filed by National Asbestos Workers Pension Fund (12951)
>
>   Response filed by Peggy and Kenneth Norris (12954)
>
>   Response filed by Gregory Holt (12955)

The Debtors have agreed to continued the hearing on the Objection as to Futuristic Foods, Inc. Consolidated Biscuit Co, CAPX Realty, Inc. And Konica Minolta Imaging, Inc until further notice. The Debtors will proceed with the Objection as to the remaining claimants. *Tallahassee*

APPEARANCES CONTINUED ON PAGE 2



# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
December 14, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.                               Page 2 of 2

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

APPEARANCES:

| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| UNSEC. CRED: | JOHN B. MACDONALD/PATRICK PATANGAN |
| | MATTHEW S. BARR |
| WAREHOUSE HOLDINGS: | PRO SE |
| FUTURISTIC FOODS, INC: | KEITH BROLL |
| CONSOLIDATED BISCUIT CO: | KENNETH BAKER |
| PAUL AND BORA ERDOS: | PRO SE |
| CAPX REALTY, INC: | ZACHARY BANCROFT |
| KONICA MINOLTA IMAGING INC: | HARLEY REIDEL |
| NATIONAL ASBESTOS WORKERS PENSION FUND: | HEATHER YONKE |
| PEGGY AND KENNETH NORRIS: | PRO SE |
| GREGORY HOLT: | PRO SE |

RULING: Cont'd. as to: Futuristic, Consolidated, CAPX, Konica & Tallahassee
Sustained as to remaining
Oral/Signed