HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
December 14, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1 ⁄ρ   WINN-DIXIE STORES, INC.                    Page 1 of 2

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Twenty-Fifth Omnibus Objection to (A) Duplicate Liability Claims, (B) Amended and Superseded Claims ( C) No Liability Claims, (D) No Liability Misclassified Claims, (E) Overstated Claims, (F) Overstated Misclassified Claims, (G) Unliquidated Claims (H) Misclassified Unliquidated Claims (I) Executory Contract Claims and (J) Late Claims filed by Debtors (12274)

Response filed by Georgia Dept of Community Health (12368)

Response filed by Woodland Hartford Associates (12664)

Response filed by Jefferson-Pilot Life Insurance Co. (12669)

Response filed by Porcupine WD5, LLC (12677)

Response filed by Alvin B. Chan Family L.P.'s (12712)

Response filed by Randy Roark (12713)

The Court heard this Objection on November 30, 2006 and sustained the Objection as to all creditors who did not file a response. The Debtors will continue the hearing on the unresolved responses until further notice.

APPEARANCES CONTINUED ON PAGE 2

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
December 14, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                                 Page 2 of 2

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

**APPEARANCES:**

| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| UNSEC. CRED: | JOHN B. MACDONALD/PATRICK PATANGAN |
| | MATTHEW S. BARR |
| GEORGIA DEPT OF COMMUNITY HEALTH: | WILLIAM BANKS |
| WOODLAND HARTFORD ASSOCIATES: | MICHAEL CECIL |
| JEFFERSON-PILOT LIFE INSURANCE CO: | BENJAMIN KAHN |
| PORCUPINE WD5, LLC: | SARA LORBER |
| ALVIN B. CHAN FAMILY LP: | RICHARD THAMES |
| RANDY ROARK: | CLYDE BRAZEAL |

RULING: Cont'd. until further ntc. as to unresolved responses