HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
December 14, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.                    Page 1 of 3

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Twenty-Fourth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, ( C) Overstated Claims, (D) Overstated Misclassified Claims, (E) Misclassified Claims, (F) Duplicate Liability Claims and (G) Amended and Superseded Claims Filed by Debtors (11946)

Response filed by Bennett M. Lifter (12341)

Response filed by Chester Dix Fort Corporation (12345)

Response filed by Chester Dix Jeffersontown Corp. (12347)

Response filed by United Commercial Mortgage Corp (12348)

Response filed by Gator Coastal Shopping Centre, LLC (12362)

Response filed by Jefferson Pilot Life Insurance Company (12365, 12367, 12398)

Response filed by Jefferson-Pilot Financial Insurance Co. (12366)

APPEARANCES CONTINUED ON PAGE 3



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
December 14, 2006
1:00 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.                    Page 2 of 3

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Response filed by Wells Fargo Bank Northwest (12372)

Response filed by Pro-Active Janitorial Services, Inc. (12375)

Response filed by First National Bank of Granbury (12382) (Striken by Docket 12422)

Response filed by DBT Porcupine WD1 Delaware Business Trust (12385)

Response filed by WD MT Carmel, LLC (12386)

Response filed by Daniel G. Kamin (12387)

Response filed by Southland-Waco W.D., et al (12390)

Response filed by Kirkland Financial, LLC (12396)

Response filed by WD Hilliard LLC (12446)

Response filed by U.S. Bank National Association (12460)

The Court heard this Objection on November 16, 2006 and sustained the Objection as to all creditors who did not file a response. The Debtors will continue the hearing on the unresolved responses until further notice.



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
December 14, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.                Page 3 of 3

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

APPEARANCES:

| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| UNSEC. CRED: | JOHN B. MACDONALD/PATRICK PATANGAN |
| | MATTHEW S. BARR |
| BENNETT M. LIFTER: | MARC BEN EZRA |
| CHESTER DIX FORT CORPORATION: | ADAM FRISCH |
| CHESTER DIX JEFFERSONTOWN CORP: | ADAM FRISCH |
| UNITED COMMERCIAL MTG CORP: | ADAM FRISCH |
| GATOR COASTAL SHOPPING CTR LLC: | ALAN WEISS |
| JEFFERSON PILOT LIFE INS CO: | BENJAMIN KAHN |
| JEFFERSON PILOT FINANCIAL INS. CO: | BENJAMIN KAHN |
| WELLS FARGO BANK NORTHWEST: | MINDY MORA |
| PRO-ACTIVE JANITORIAL SVCS, INC: | RICHARD THAMES |
| FIRST NATIONAL BANK OF GRANBURY: | DEBORAH MORTON |
| DBT PORCUPINE WD 1 DELAWARE: | SARA LORBER |
| WD MT CARMEL, LLC: | SARA LORBER |
| DANIEL G. KAMIN: | SARA LORBER |
| SOUTHLAND-WACO W.D. ET AL: | ADAM FRISCH |
| KIRKLAND FINANCIAL LLC: | CLYDE BRAZEAL |
| WD HILLIARD LLC: | SARA LORBER |
| US BANK NATIONAL ASSOCIATION: | DAVID LEMKE |

RULING: Cont'd. until further ntc. as to unresolved responses