

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
December 14, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.                             Page 1 of 2

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Twentieth Omnibus Objection to (a) Duplicate Different Debtor Claims and (b) Duplicate Liability Claims Filed by Debtors (10742)

Response filed by E&A Financing, II, LP et al (11470)

Response filed by Liquidity Solutions, Inc. (11487)

The Court heard this Objection on 10/5/06 and 11/30/06 and sustained the Objection as to all claims other than those held by E&A Financing II, LP, et al. And Liquidity Solutions, Inc. The Debtors will proceed with the Objection as to these remaining claims.

APPEARANCES CONTINUED ON PAGE 2

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
December 14, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.                         Page 2 of 2

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

APPEARANCES:
US TRUSTEE:                              ELENA ESCAMILLA
UNSEC. CRED:                             JOHN B. MACDONALD/PATRICK PATANGAN
                                         MATTHEW S. BARR
E&A FINANCING II, LP ET AL:              MARY DOWD / Ketchum P
LIQUIDITY SOLUTIONS, INC:                ELENA KETCHUM P

RULING: Sustained / Claim disallowed
Ord / Signed