UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**THIRD ORDER DISALLOWING DUPLICATE DIFFERENT
DEBTOR CLAIMS, AS SET FORTH IN THE DEBTORS'
TWENTIETH OMNIBUS CLAIMS OBJECTION**

These cases originally came before the Court for hearing on October 5, 2006, upon the Twentieth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibits A and B to the Objection.[2] Several formal and informal responses to the Objection were filed or raised (collectively, the "Unresolved Objections"), as a result of which the Debtors agreed to continue the Objection with respect to the claims at issue in the responses. On October 5, 2006, the Court entered an order (Docket No. 11671) granting the Objection as to the proofs of claim listed on Exhibits A and B to the order and continuing the hearing on the Objection as to the Unresolved Objections until November 30, 2006. On November 30, 2006, the Court continued the hearing as to the Unresolved Objections

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

relating to the proofs of claim identified on the attached Exhibit A until December 14, 2006 and overruled the remaining Unresolved Objections. Upon consideration, it is

ORDERED AND ADJUDGED:

1. The Objection is sustained, as set forth below.

2. The Duplicate Different Debtor Claims listed on Exhibit A are disallowed in their entirety.

3. Those objections and responses that have not yet been withdrawn are overruled.

4. Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

5. Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants or of any defenses thereto.

3

6. This Order is without prejudice to the Debtors' right to file any further objection they may have to the Disputed Claims or the Remaining Claims.

Dated this 14 day of December, 2006 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT
DEBTOR CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 410534**<br>ALBION PACIFIC PROP RESOURCES, LLC<br>ATTN MARIA AHEDO<br>1438 GOWER STREET, BLDG 42, STE 401<br>BOX 11<br>LOS ANGELES  CA  90028<br><br>Counsel: ATTN I M GOLDIN B WARANOFF | 12313<br>Debtor: | 12312<br>WINN-DIXIE STORES, INC. | $1,491,998.47 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 2079**<br>BANK OF AMERICA, NA, TRUSTEE<br>FOR BETTY G HOLLAND<br>C/O CNM ASSOC<br>950 EAST PACES FERRY ROAD<br>ATLANTA  GA  30326<br><br>Counsel: ATTN MARK A KELLEY, ESQ | 12217<br>Debtor: | 11839<br>WINN-DIXIE STORES, INC. | $321,761.91 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 452135**<br>E&A SOUTHEAST LP<br>C/O KITCHENS KELLY GAYNES, PC<br>ATTN MARK A KELLY, ESQ<br>PIEDMONT CENTER, BLDG 11, STE 900<br>3495 PIEDMONT ROAD, NE<br>ATLANTA  GA  30305 | 13253<br>Debtor: | 13254<br>WINN-DIXIE STORES, INC. | $9,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 383208**<br>E&A SOUTHEAST LP DBA<br>RESERVOIR SQUARE BRANDON, MS<br>C/O KITCHENS KELLEY GAYNES PC<br>ATTN MARK A KELLEY, ESQ<br>3495 PIEDMONT RD NE BLDG 11 STE 900<br>ATLANTA  GA  30305<br><br>Counsel: ATTN: ROBERT LEHANE, ESQ | 4684<br>Debtor: | 493<br>WINN-DIXIE STORES, INC. | $271,434.57 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 1294**<br>E&A SOUTHEAST, LP<br>DBA E&A PROPERTIES LP<br>C/O RESERVOIR SQUARE<br>PO BOX 528<br>COLUMBIA, SC  29202<br><br>Counsel: ATTN MARK A KELLEY, ESQ | 12225<br>Debtor: | 12224<br>WINN-DIXIE STORES, INC. | $8,971.23 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT
DEBTOR CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 248782** <br> EDENS & AVANT PROPERTIES LP DBA <br> MAGEE SHOPPING CENTER <br> PO BOX 528 <br> COLUMBIA SC 29202 <br><br> Counsel: ATTN MARK A KELLEY, ESQ | 12221 <br> Debtor: | 12220 <br> WINN-DIXIE STORES, INC. | $150,870.40 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 252126** <br> INDIAN TRAIL SQUARE LLC <br> C/O DAHLEM REALTY <br> 1020 INDUSTRY ROAD, STE 40 <br> LEXINGTON KY 40505 <br><br> Transferee: CAPITAL INVESTORS <br> Counsel: ATTN NICOLE S BIDDLE, ESQ | 12834 <br> Debtor: | 12835 <br> WINN-DIXIE STORES, INC. | $482,630.80 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 404023** <br> LIQUIDITY SOLUTIONS, INC, ASSIGNEE <br> SCOTLAND MALL, INC <br> ATTN JEFFREY CARESS <br> ONE UNIVERSITY PLAZA, SUITE 312 <br> HACKENSACK NJ 07601 <br><br> Transferee: LIQUIDITY SOLUTIONS, INC <br> Counsel: ATTN DAVID BUCHBINDER, ESQ | 11103 <br> Debtor: | 1933 <br> WINN-DIXIE STORES, INC. | $452,731.93 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 278516** <br> LN PIEDMONT VILLAGE LLC <br> ATTN AL JOHNSTON, LEASING MGR <br> 4475 RIVER GREEN PARKWAY, SUITE 100 <br> DULUTH GA 30096 <br><br> Transferee: LIQUIDITY SOLUTIONS, INC <br> Counsel: ATTN J CHRISTOPHER MILLER, ESQ | 9709 <br> Debtor: | 9708 <br> WINN-DIXIE STORES, INC. | $348,877.08 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 1583** <br> MCDONOUGH MARKETPLACE PARTNERS <br> C/O HELMS ROARK INC, AGENT <br> ATTN ELIZABETH DEAN, VP <br> PO BOX 1149 <br> MONTGOMERY AL 36101-1149 <br><br> Transferee: LIQUIDITY SOLUTIONS INC | 10826 <br> Debtor: | 10825 <br> WINN-DIXIE STORES, INC. | $53,457.46 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTIETH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 416256**<br>MCDONOUGH MARKETPLACE PARTNERS<br>C/O WALSTON WELLS & BIRCHALL, LLP<br>ATTN EDWARD J ASHTON, ESQ<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203<br>Transferee: LIQUIDITY SOLUTIONS INC | 12149<br>Debtor: | 12148<br>WINN-DIXIE STORES, INC. | $521,253.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 1786**<br>ROCKBRIDGE PLACE<br>C/O EDENS & AVANT FINANCING II<br>PO BOX 528<br>COLUMBIA, SC 29202<br>Counsel: ATTN MARK A KELLEY, ESQ | 12218<br>Debtor: | 12219<br>WINN-DIXIE STORES, INC. | $405,539.06 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 1838**<br>SHIELDS PLAZA, INC<br>E&A SOUTHEAST LP<br>PO BOX 528<br>COLUMBIA, SC 29202<br>Counsel: ATTN MARK A KELLEY, ESQ | 12215<br>Debtor: | 12214<br>WINN-DIXIE STORES, INC. | $596,736.07 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410479**<br>SHOALS MARKETPLACE, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN EDWARD J ASHTON, ESQ<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203<br>Transferee: LIQUIDITY SOLUTIONS INC | 8487<br>Debtor: | 8155<br>WINN-DIXIE STORES, INC. | $1,042,137.41 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 411421**<br>VILLA RICA RETAIL PROPERTIES, LC<br>C/O KITCHENS KELLY GAYNES, PC<br>ATTN MARK A KELLEY, ESQ<br>3495 PIEDMONT ROAD NE, SUITE 900<br>ATLANTA GA 30305-1753 | 12226<br>Debtor: | 11844<br>WINN-DIXIE STORES, INC. | $1,176,838.91 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT
DEBTOR CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 415957**<br>WEST RIDGE, LLC<br>C/O KITCHENS KELLEY GAYNES, PC<br>ATTN MARK A KELLEY, ESQ.<br>PIEDMONT CTR, BLDG 11, SUITE 900<br>3495 PIEDMONT ROAD NE<br>ATLANTA GA 30305 | 12216<br>Debtor: | 12077<br>WINN-DIXIE STORES, INC. | $1,372,241.82 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 265010**<br>WOODBERRY PLAZA E&A LLC<br>C/O WOODBERRY PLAZA<br>PO BOX 528<br>COLUMBIA, SC 29202 | 12223<br>Debtor: | 12222<br>WINN-DIXIE STORES, INC. | $434,028.35 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: MARK A KELLEY, ESQ | | | | |
| **Total Claims to be Disallowed:** | 17 | | | |
| **Total Amount to be Disallowed:** | $9,140,509.02 | | Plus Unliquidated Amounts, If Any | |