

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
December 14, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

   Motion (i) for Authority to Reject Non-Residential Real Property Leases, (ii) to Establish Bar Date for any Rejection Damage Claims and (iii) Granting Related Relief (10823)

   Objection to Motion filed by Bundy New Orleans Co., LLC (11306)

The Court heard the Motion on 9/21/06 and granted the Motion authorizing the Debtors to reject the leases for stores 1403, 1434, and 1437. The Debtors will continue the hearing on the Motion as to Store No. 1417 until January 10, 2007.

APPEARANCES:
US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:           JOHN B. MACDONALD/PATRICK PATANGAN
                       MATTHEW S. BARR
BUNDY NEW ORLEANS CO:  JAMES BLEDSOE

RULING:   Cont'd. to 1/10/07