

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
December 14, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Second Omnibus Motion for Order Authorizing Assumptions of Executory Contracts and Unexpired Leases and Unexpired Leases and Fixing Cure Amounts Filed by Debtors (9897)

Objection to Motion filed by Terranova (10302)

The Court heard this Motion on August 24, 2006 and granted the Motion as to all landlords who did not file an objection. The Court continued the Motion until further notice as to all landlords who filed an objection. The Court has entered agreed orders resolving all objections other than the objection of Terranova. The Debtors will proceed with the Motion over the objection of Terranova.

APPEARANCES:
US TRUSTEE:      ELENA ESCAMILLA
UNSEC. CRED:     JOHN B. MACDONALD/PATRICK PATANGAN
                 MATTHEW S. BARR
TERRANOVA:       KAREN SPECIE

RULING: Granted.
Ord/Signed