UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

F I L E D

JACKSONVILLE, FLORIDA

DEC 1 5 2006

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In Re:                                    Case No. 05-03817-3f1

Winn Dixie Stores, Inc., Et Al.,          Chapter 11

Reorganized Debtors.                      Jointly Administered

_____/

Request

**MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSE**

Claimant, DIGNA GONZALEZ, by and through undersigned counsel, moves this Court for Payment of Administrative Expense, in accordance with 11 U.S.C. § 503, and as grounds therefore state as follows:

1.    Claimant, DIGNA GONZALEZ, was injured in a slip and fall accident at Winn Dixie, located at 3300 N.W. 123rd Street, Miami, Florida 33167, on April 8, 2002.

2.    The personal injury claim of Claimant, DIGNA GONZALEZ, is the subject of a lawsuit that was filed in the 11th Judicial Circuit in and for Miami-Dade County, Florida, Case Number, 04-2126 CA 05.

3.    A Mediation Settlement Agreement was reached by the parties on December 6, 2004, wherein Debtor, Winn Dixie, agreed to pay Claimant the amount of Fourteen Thousand Five Hundred Dollars ($14,500). A copy of said Agreement is attached to this Motion.

4.    Payment of the settlement agreement has not been forthcoming and is still owed to Claimant.

5.     On November 9, 2006, this Court entered an Order Confirming Plan of Reorganization.

6.     The Claimant respectfully requests her claim be paid at this time.

WHEREFORE, Claimant prays that this Court grant the relief sought herein and to enter any other further orders of relief which the Court deems just and proper.

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by United States Mail on this _13th_ day of _December_ , 2006 to:

Original to CLERK OF THE COURT
United States Courthouse
300 North Hogan Street, Suite 3-350
Jacksonville, FL 32202

JAMES POST, ESQUIRE
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
Counsel for the Reorganized Debtors

D.J. BAKER, ESQUIRE
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Co-Counsel for Reorganized Debtors

STEPHEN D. BUSEY, ESQUIRE
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
Co-Counsel for Reorganized Debtors

MATTHEW BARR, ESQUIRE
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Counsel for the Post-Effective Date Committee

Respectfully submitted,

**NUELL & POLSKY**
Attorneys for Claimants
782 N.W. 42nd Avenue, Suite 345
Miami, Florida 33126
Telephone (305)441-1122
Facsimile (305)441-2696

By: _____
         ROBERT L.F. POLSKY, ESQ.

MEDIATION SETTLEMENT AGREEMENT

DIGNA GONZALEZ

VS.

WINN DIXIE

COURT CASE #: 04-2126 CA 05

CIRCUIT: 11TH   COUNTY: DADE

FEDERAL DISTRICT: _____

The parties and/or their respective counsel and/or representative hereby stipulate and agree that all matters arising out of the above matter, including any subrogation claims, are hereby resolved as follows:

Defendant(s) shall pay to the Plaintiff(s) the amount of $ 14,500.00 . Each party shall bear their respective attorney fees and costs. All other matters discussed at the mediation shall remain privileged and confidential, unless otherwise agreed by all parties.  The court shall retain Jurisdiction to enforce the terms of the SETTLEMENT AGREEMENT.

Additional terms: PLAINTIFF SHALL EXECUTE A FULL AND FINAL RELEASE OF ALL CLAIMS. PLAINTIFF SHALL SATISFY ALL MEDICAL LIENS & MEDICAID LIENS AND HOLD DEF. HARMLESS. Plaintiff shall execute a No-Lien Affidavit. Defendant shall pay all mediation costs.

DATE: 12/06/04

PLAINTIFF ATTY

PLAINTIFF ATTY

DEF. REP

Copies furnished to above

( _____ )

FMG #: 1-59117

AGREE.MED