UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of The Estate of Christine Bass, through the Personal Representatives, Francis Stanford, Susan Robinson, Cathy Hoffman and Judy Eddins  (Claim Nos. 8162, 8163, 8164, 8165, 9584, 9585, 9586 and 9587) [Docket No. 13152] was furnished by mail on December 18, 2006 to The Estate of Christine Bass c/o Robert M. Roselli, Esq., 3471 North Federal Highway, Suite 600, Fort Lauderdale, Florida 33306.

Dated:  December 18, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| | |
| By   *s/ D. J. Baker*         D. J. Baker     Sally McDonald Henry     Rosalie Gray | By      *s/ James H. Post*        Stephen D. Busey     James H. Post (FBN 175460)     Cynthia C. Jackson |
| | |
| Four Times Square  New York, New York 10036  (212) 735-3000  (917) 777-2150 (facsimile)  djbaker@skadden.com | 225 Water Street, Suite 1800  Jacksonville, Florida  32202  (904) 359-7700  (904) 359-7708 (facsimile)  jpost@smithhulsey.com |
| | |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151