UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

**WINN-DIXIE STORES, INC., et al.,**         CASE NO. **05-03817-3F1**
                                             Chapter 11

_____ Reorganized Debtors. _____

## NOTICE OF APPEARANCE

Gregory K. Crews, files this Notice of Appearance as attorney of record for creditors, Herman and Margie Hautau,  and requests that the undersigned be added to the matrix and receive copies of all future notices in the above styled action.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 18, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of the electronic filing to the U. S. Trustee, James Post, Esquire, Smith Hulsey & Busey, Counsel for the Reorganized Debtors and Matthew Barr, Esquire, Milbank, Tweed, Hadley & McCloy, LLP, Counsel for the Post-Effective Date Committee.  I further certify that I mailed a copy of the foregoing Notice of Appearance by first class mail to the following non-CM/ECF participants:

Winn-Dixie Stores, Inc
5050 Edgewood Court
Jacksonville, FL 32254-3699

 /s/  Gregory K. Crews
**GREGORY K. CREWS**
**Attorney for Herman and Margie Hautau**
**Florida Bar No. 172772**
**300 West Adams Street, Suite 200**
**Jacksonville, Florida 32202-4304**
**(904) 354-1750**