UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

<u>**Debtor(s)**</u>

## ORDER STRIKING REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

The Court finds that the Request for Payment of Administrative Expense Claim filed by Robert L.F. Polsky on behalf of Digna Gonzalez on December 15, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Request for Payment of Administrative Expense Claim filed by Robert L.F. Polsky on behalf of Digna Gonzalez on December 15, 2006, is stricken from the record.

**DATED December 18, 2006**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Robert L.F. Polsky, 782 N.W. 42nd Avenue, Sutie 345, Miami, FL 33126