**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Reorganized Debtors.[1] | ) | Jointly Administered |

**OBJECTION TO CLAIM TRANSFERS FILED AFTER**
**NOVEMBER 15, 2006, 5:00 P.M. ET, DISTRIBUTION RECORD DATE**
**(DOCKET NOS. 13156, 13157, 13158 AND 13159)**

TO:  LIQUIDITY SOLUTIONS, INC. DBA REVENUE MANAGEMENT
LIQUIDITY SOLUTIONS, INC. AS AGENT FOR ORE HILL PARTNERS
MODIS, INC.
FUTURE FOODS LTD
BROOKSHIRE GROCERY COMPANY
CARDINAL HEALTH STAFFING NETWORK

Winn-Dixie Stores, Inc. and its reorganized affiliates object to the transfers of claims evidenced at docket nos. 13156, 13157, 13158 and 13159, which transfers were filed after the "Distribution Record Date" established under the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan"). Pursuant to the Plan, such transfers will not be recognized in making distributions, if any, on account of the claims subject to such transfers.

Dated: December 18, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*          | By   *s/ James H. Post*         |
| D. J. Baker | Stephen D. Busey |
| Sally McDonald Henry | James H. Post, FB#175460 |
| Rosalie Walker Gray | Cynthia C. Jackson |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida  32202 |
| (212) 735-3000 | (904) 359-7700 |
| (212) 735-2000 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | jpost@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.