EXHIBIT A
SERVICE LIST
F through P

SERVICE LIST

Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407589-15<br>FALERO, ALBERT<br>C/O ED SMITH, PA<br>ATTN ED SMITH, ESQ<br>2699 LEE ROAD, SUITE 510<br>WINTER PARK FL 32789 | CREDITOR ID: 407589-15<br>FALERO, ALBERT<br>102 HUDSON LANE<br>ORLANDO FL 32751 | CREDITOR ID: 555462-BC<br>FALK, MURIEL<br>516 SW 16TH CT<br>FORT LAUDERDALE FL 33315 |
| CREDITOR ID: 535786-BA<br>FALLONE, JOAN<br>222 HIGHWOOD ROAD<br>OAKHURST NJ 07755 | CREDITOR ID: 551896-BI<br>FALSE ALARM REDUCTION UNIT LCSO<br>PO BOX 60557<br>FORT MYERS FL 33906 | CREDITOR ID: 551897-BI<br>FALSE RIVER ACADEMY<br>201 MAJOR PARKWAY<br>NEW ROADS LA 70760 |
| CREDITOR ID: 410833-15<br>FALSETTI, STEVE<br>113 SECOND STREET<br>NOKOMIS FL 34275 | CREDITOR ID: 551898-BI<br>FAMILY BRANDS INTL LLC<br>PO BOX 429<br>1001 ELM HILL RD<br>LENOIR CITY TN 37771 | CREDITOR ID: 249356-12<br>FAMILY BRANDS INTL LLC<br>ATTN JOHN WAMPLER, PRES<br>PO BOX 429<br>1001 ELM HILL RD<br>LENOIR CITY, TN 37771 |
| CREDITOR ID: 551899-BI<br>FAMILY CHRISTIAN ACADEMY<br>8919 WORLD MINISTRY AVE<br>BATON ROUGE LA 70817 | CREDITOR ID: 551900-BI<br>FAMILY COURT<br>180 NORTH IRBY ST<br>MSC R CITY COUNTY COMPLEX<br>FLORENCE SC 29501 | CREDITOR ID: 551901-BI<br>FAMILY COURT<br>PO BOX 1667<br>MONTGOMERY AL 36102-1667 |
| CREDITOR ID: 551902-BI<br>FAMILY COURT OF CHARLESTON CO<br>CLERK OF COURT - BOX 934<br>CHARLESTON SC 29402 | CREDITOR ID: 551903-BI<br>FAMILY COURT OF JEFFERSON CTY<br>120 2ND CT N<br>BIRMINGHAM AL 35204-4718 | CREDITOR ID: 551904-BI<br>FAMILY COURT OF SUMTER<br>108 N MAGNOLIA STREET<br>SUMTER SC 29150 |
| CREDITOR ID: 551905-BI<br>FAMILY COURT OF THE FIFTH<br>JUDICIAL CIRCUIT<br>PO BOX 192<br>COLUMBIA SC 29202-0192 | CREDITOR ID: 551906-BI<br>FAMILY LIFE CHRISTIAN ACADEMY<br>2223 DULLES DR<br>LAFAYETTE LA 70506 | CREDITOR ID: 551907-BI<br>FAMILY MEDICAL CENTER<br>PO BOX 320609<br>JACKSON MS 39232 |
| CREDITOR ID: 551908-BI<br>FAMILY MEDICINE<br>MARY C HAMMOND MD<br>PO BOX 1059<br>PICKENS SC 29671 | CREDITOR ID: 249368-12<br>FAMILY MEDICINE<br>ATTN MARY C HAMMOND, MD<br>PO BOX 1059<br>865 PENDLETON ST<br>PICKENS, SC 29671 | CREDITOR ID: 551910-BI<br>FAMILY SUPPORT REGISTRY<br>PO BOX 1800<br>CARROLLTON GA 30112-1800 |
| CREDITOR ID: 551909-BI<br>FAMILY SUPPORT REGISTRY<br>PO BOX 105730<br>ATLANTA GA 30348-5730 | CREDITOR ID: 551911-BI<br>FAMILY SUPPORT TRUSTEE<br>P O BOX 7622<br>SAN FRANCISCO CA 94120-7622 | CREDITOR ID: 551912-BI<br>FAMOUS FOODS EXPRESS CORP<br>PO BOX 112<br>SHARON MA 02067 |
| CREDITOR ID: 382589-51<br>FANFARE ADCART<br>25300 RYE CANYON RD<br>VALENCIA, CA 91355 | CREDITOR ID: 382588-51<br>FANFARE CASH REGISTER RECEIPT<br>25300 RYE CANYON RD<br>VALENCIA, CA 91355 | CREDITOR ID: 406618-MS<br>FANT, WAVERLY F<br>C/O FRIEDLINE & MCCONNELL, PA<br>ATTN JERRETT M MCCONNELL, ESQ<br>1756 UNIVERSITY BLVD SOUTH<br>JACKSONVILLE FL 32216 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406618-MS<br>FANT, WAVERLY F<br>1261 ALDERMAN ROAD EAST<br>JACKSONVILLE FL 32211 | CREDITOR ID: 550050-BI<br>FANTASY FARMS<br>1201 BRICKELL AVENUE<br>SUITE 210<br>MIAMI FL 33131 | CREDITOR ID: 550051-BI<br>FANTASY FARMS<br>2761 NW 82ND AVE<br>MIAMI FL 33122-1041 |
| CREDITOR ID: 550052-BI<br>FAR EAST BROKERS & CONSULTANTS INC<br>5917 WESTERN WAY<br>SUITE # 2<br>JACKSONVILLE FL 32256 | CREDITOR ID: 550053-BI<br>FAR EAST BROKERS & CONSULTANTS INC<br>6871 BELFORT OAKS PLACE<br>JACKSONVILLE FL 32216 | CREDITOR ID: 555463-BC<br>FARABAUGH, PHYLLIS<br>200 DIPLOMAT PARKWAY #421<br>HALLANDALE FL 33009 |
| CREDITOR ID: 550054-BI<br>FARBERWARE<br>PO BOX 1036<br>CHARLOTTE NC 28201-1036 | CREDITOR ID: 535787-BA<br>FARIS, YVONNE<br>P.O. BOX 64<br>WORTHINGTON SPRINGS FL 32697 | CREDITOR ID: 537991-BA<br>FARIS, YVONNE<br>C/O LAW OFFICES OF CHRISTOPHER<br>J ANNIS<br>ATTN CHRISTOPHER J ANNIS ESQ<br>2114 NW 40TH TERRACE, STE B4<br>GAINESVILLE FL 32605 |
| CREDITOR ID: 555466-BC<br>FARLEY (MINOR), ASHLEY<br>18529 JOHN SWINDLE RD<br>NORTHPORT AL 35475 | CREDITOR ID: 555464-BC<br>FARLEY, DARRLYN<br>5900 TOWNSEND RD<br>JACKSONVILLE FL 32208 | CREDITOR ID: 555465-BC<br>FARLEY, REBECCA<br>713 25TH ST NW<br>WINTER HAVEN FL 33881 |
| CREDITOR ID: 550055-BI<br>FARLEYS & SATHERS CANDY CO INC<br>1657 SOLUTIONS CENTER<br>CHICAGO IL 60677-1006 | CREDITOR ID: 249383-12<br>FARLEYS & SATHERS CANDY CO INC<br>ATTN RITA DOEDEN, CR MGR<br>1657 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1006 | CREDITOR ID: 555467-BC<br>FARLOW, DONALD<br>764 NEW HOPE KOKOMO RD.<br>4172 CELL 601-466-4189<br>FOXWORTH MS 39483 |
| CREDITOR ID: 550056-BI<br>FARM FRESH FOOD SUPPLIER INC<br>32451 HIGHWAY 16<br>AMITE LA 70422 | CREDITOR ID: 550057-BI<br>FARM WEY PRODUCE INC<br>135 HORIZON COURT<br>LAKELAND FL 33813 | CREDITOR ID: 550060-BI<br>FARMER FRESH PRODUCE<br>PO BOX 939<br>PICAYUNE MS 39466 |
| CREDITOR ID: 550059-BI<br>FARMER FRESH PRODUCE<br>1301 MARTIN LUTHUR KING BLVD<br>BOX #939<br>PICAYUNE MS 39466 | CREDITOR ID: 550058-BI<br>FARMER FRESH PRODUCE<br>13000 CARRIERE CT<br>NEW ORLEANS LA 70128 | CREDITOR ID: 397633-72<br>FARMERS FOODS OF NC, INC.<br>428 DODD STREET<br>CHASE CITY, VA 23924 |
| CREDITOR ID: 550061-BI<br>FARMERS MARKETING CO-OP INC<br>ATTN ACCOUNTING DEPT<br>3921 FT DENAUD ROAD<br>LABELLE FL 33935 | CREDITOR ID: 550062-BI<br>FARMERS MEAT CENTER CO<br>RT 1 HWY 321 N<br>YORK SC 29745 | CREDITOR ID: 249390-12<br>FARMERS MEAT CENTER CO<br>RT 1 HWY 321 N<br>YORK, SC 29745 |
| CREDITOR ID: 550063-BI<br>FARMINGTON FOODS<br>4806 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 | CREDITOR ID: 410361-15<br>FARMLAND DAIRIES LLC<br>ATTN NANCY SWEENEY, DIR<br>520 MAIN AVENUE<br>WALLINGTON NJ 07057 | CREDITOR ID: 550064-BI<br>FARMLAND DAIRIES LLC<br>2977 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 550065-BI<br>FARMLAND DARIES LLC<br>2977 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 | CREDITOR ID: 550066-BI<br>FARMLAND FOODS INC<br>CUSTOMER ACCTS<br>P O BOX 802266<br>KANSAS CITY MO 64180-0266 | CREDITOR ID: 315805-40<br>FARMVILLE PARTNERS LLC<br>2619 FLOYD AVENUE, SUITE 100<br>RICHMOND, VA 23220 |
| CREDITOR ID: 406619-MS<br>FARNEY, FRED<br>2746 CHAPPARAL DRIVE<br>MELBOURNE FL 32934 | CREDITOR ID: 555468-BC<br>FARR, BARRY<br>8780 POMPINO WAY<br>GULF SHORES AL 36542 | CREDITOR ID: 555469-BC<br>FARRAMOLA (MINOR), ADRIAN<br>4415 WEST 10TH COURT<br>HIALEAH FL 33012 |
| CREDITOR ID: 390959-55<br>FARRAR, LINDA<br>C/O BRENT E SOUTHERN LAW OFFICES<br>ATTN BRENT E SOUTHERN, ESQ<br>855 SOUTH PEAR ORCHARD RD, STE 502<br>RIDGELAND MS 39158 | CREDITOR ID: 125908-09<br>FARRAR, TERESA S<br>14676 HIGHWAY NINETY TWO<br>CHASE CITY VA 23924-3821 | CREDITOR ID: 535788-BA<br>FARRINGTON, MABLE<br>12575 TREEBEARD DRIVE<br>JACKSONVILLE FL 32225 |
| CREDITOR ID: 537992-BA<br>FARRINGTON, MABLE<br>C/O LUSTER & DAVIS, P.A.<br>ATTN KEVIN M CORBIN, ESQ.<br>255 N LIBERTY ST, STE 2<br>JACKSONVILLE FL 32202 | CREDITOR ID: 555470-BC<br>FARTHING, DIANE<br>831 SOUTH YELLOWWOOD<br>HOMOSASSA FL 34446 | CREDITOR ID: 550067-BI<br>FASHION FOOT HOSIERY<br>PO BOX732<br>TROY NC 27371 |
| CREDITOR ID: 550068-BI<br>FASHION SEAL UNIFORMS<br>PO BOX 932058<br>ATLANTA GA 31193-2058 | CREDITOR ID: 249397-12<br>FASHION SEAL UNIFORMS<br>ATTN RICHARD T DAWSON, VP<br>PO BOX 932058<br>ATLANTA, GA 31193-2058 | CREDITOR ID: 374880-44<br>FASHION SEAL UNIFORMS<br>ATTN STEPHEN REDFERN, CREDIT MGR<br>10055 SEMINOLE BLVD<br>SEMINOLE, FL 33772 |
| CREDITOR ID: 249398-12<br>FASONS SAUSAGE INC<br>ATTN: MARY KATE FASON<br>2241 GREENSBORO HWY<br>QUINCY, FL 32351 | CREDITOR ID: 550069-BI<br>FASONS SAUSAGE INC<br>2241 GREENSBORO HWY<br>QUINCY FL 32351 | CREDITOR ID: 555471-BC<br>FASSBENDER, SHERYL<br>39 STEGALL RD<br>CARRIERE MS 39426 |
| CREDITOR ID: 555472-BC<br>FASSETT, JAMES<br>424 SE PENNSYLVANIA ST<br>LAKE CITY FL 32055 | CREDITOR ID: 249400-12<br>FAST SIGNS OF PEMBROKE PINES<br>ATTN EDWARD M DOBIN, VP<br>8374 PINES BOULEVARD<br>PEMBROKE PINES, FL 33024 | CREDITOR ID: 249401-12<br>FASTENAL COMPANY<br>ATTN JOHN MILEK, ESQ<br>2001 THEURER BLVD<br>PO BOX 978<br>WINONA, MN 55987-0978 |
| CREDITOR ID: 550070-BI<br>FASTENAL COMPANY<br>PO BOX 978<br>WINONA MN 55987-0978 | CREDITOR ID: 550071-BI<br>FASTENERS FOR RETAIL INC<br>P O BOX 74049<br>CLEVELAND OH 44191-4049 | CREDITOR ID: 249403-12<br>FASTENERS FOR RETAIL INC<br>ATTN AMY BATES, CREDIT MANAGER<br>PO BOX 74049<br>CLEVELAND, OH 44191-4049 |
| CREDITOR ID: 550072-BI<br>FASTNERS FOR RETAIL INC<br>PO BOX 74049<br>CLEVELAND OH 44191-4049 | CREDITOR ID: 550073-BI<br>FASTWAY SYSTEMS INC<br>4824 JEANNETTE DRIVE<br>METAIRIE LA 70003 | CREDITOR ID: 550074-BI<br>FASTWAY SYSTEMS INC<br>6601 VETERANS BLVD #9<br>METAIRIE LA 70003 |

SERVICE LIST

Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 279290-35
FATHER'S TABLE COMPANY, THE
C/O FRANTZ WARD LLP
ATTN MATTHEW H MATHENEY, ESQ.
2500 KEY CENTER, 127 PUBLIC SQUARE
CLEVELAND OH 44114

CREDITOR ID: 279290-35
FATHER'S TABLE COMPANY, THE
ATTN BARRY J VOODRE, CONTROLLER
2100 COUNTRY CLUB ROAD
SANFORD FL FL 32771

CREDITOR ID: 550075-BI
FAUCET PARTS OF AMERICA
652 HOLCOMBE AVE
MOBILE AL 36606

CREDITOR ID: 398509-78
FAULK, BARBARA H
111 WITHERSPOON CT
WARNER ROBBINS GA 31088

CREDITOR ID: 397875-76
FAULK, DONALD
2243 RONEY ROAD
DOTHAN, AL 36303

CREDITOR ID: 397875-76
FAULK, DONALD
GENE SPENCER, ESQ
119 S FOSTER STREET, STE 103
DOTHAN AL 36301

CREDITOR ID: 555473-BC
FAULK, EMMA
3134 DOBBS DR
MONTGOMERY AL 36116-3921

CREDITOR ID: 550076-BI
FAULTLESS STARCH/BON AMI COMPANY
PO BOX 872460
KANSAS CITY MO 64187-2460

CREDITOR ID: 249410-12
FAULTLESS STARCH/BON AMI COMPANY
ATTN TRACY DUARTE
PO BOX 872460
KANSAS CITY, MO 64187-2460

CREDITOR ID: 390143-54
FAUNI, ELISEO VIRAY
17356 SW 33RD CT
MIRAMAR, FL 33029

CREDITOR ID: 262968-12
FAUSETT, THOMAS MD
707 N PARRISH ST
ADEL, GA 31620

CREDITOR ID: 406621-MS
FAVERO, TOM
3043 EGRET TERRACE
SAFETY HARBOR FL 34695

CREDITOR ID: 555474-BC
FAVRICANT, HARRIET
3341 NW 75TH TERRACE
LAUDERHILL FL 33313

CREDITOR ID: 535789-BA
FAVROT, CAROL
2331 NW 33RD ST, #306
FORT LAUDERDALE FL 33309

CREDITOR ID: 537993-BA
FAVROT, CAROL
C/O BOONE & DAVIS, ATTORNEY AT LAW
ATTN JASON A DEITCH
2311 N ANDREWS AVE
FORT LAUDERDALE FL 33311

CREDITOR ID: 381412-47
FAYE STROWBRIDGE
1330 LACLEDE AVE, APT 237
JACKSONVILLE, FL 32205

CREDITOR ID: 550077-BI
FAYETTE COUNTY PUBLIC SCHOOLS
PO BOX 14529
DEPARTMENT OF TAX COLLECTOR
LEXINGTON KY 40512-4529

CREDITOR ID: 249415-12
FAYETTEVILLE AMERIGAS
PO BOX 25699
FAYETTEVILLE, NC 28314

CREDITOR ID: 550078-BI
FAYETTEVILLE AMERIGAS
PO BOX 25699
FAYETTEVILLE NC 28314

CREDITOR ID: 550079-BI
FAYETTEVILLE FIRE DEPARTMENT
433 HAY STREET
FAYETTEVILLE NC 28301

CREDITOR ID: 382586-51
FAYETTEVILLE OBSERVER
PO BOX 849
FAYETTEVILLE, NC 28302

CREDITOR ID: 550550-BI
FAYETTEVILLE OBSERVER
458 WHITFIELD ST BOX 849
FAYETTEVILLE NC 28302

CREDITOR ID: 249416-12
FAYETTEVILLE OBSERVER
C/O FAYETTEVILLE PUBLISHING COMPANY
ATTN JILL KOONCE, CR MGR
458 WHITFIELD STREET
PO BOX 849
FAYETTEVILLE, NC 28302

CREDITOR ID: 550551-BI
FAYETTEVILLE PUBLISHING
PO BOX 849
FAYETTEVILLE NC 28302-0849

CREDITOR ID: 249422-12
FCS INC
ATTN AMIE MCRANIE, ACCT REP
PO BOX 21649
ST PETERSBURG FL 33742

CREDITOR ID: 240421-06
FDACS
PO BOX 6700
TALLAHASSEE FL 32314-6720

CREDITOR ID: 555475-BC
FEARSON, JUDENE
606 W NEWBERRY ST
CITRUS SPRINGS FL 34434

SERVICE LIST

Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 384120-47
FEB DISTRIBUTING CO INC
PO BOX 10140
12155 INTRAPLEX PKWY
GULFPORT MS 39505

CREDITOR ID: 555476-BC
FEBUS, HECTOR
826 LILAC TRACE LANE
ORLANDO FL 32828

CREDITOR ID: 406622-MS
FECKE, JOSEPH F
101 WOODHAVEN WAY
HENDERSONVILLE TN 37075

CREDITOR ID: 406623-MS
FECKE, KEITH J
325 WESTWOOD DRIVE
MANDEVILLE LA 70471

CREDITOR ID: 395502-64
FED EX
PO BOX 1140
MEMPHIS, TN 38101

CREDITOR ID: 388389-54
FEDALEN, WILLIAM
C/O FARAH & FARAH, PA
ATTN RANDALL RUTLEDGE, ESQ
10 W ADAMS STREET
JACKSONVILLE, FL 32202

CREDITOR ID: 383073-51
FEDERAL BLACK LUNG PROGRAM
PO BOX 8302
LONDON KY 40742-8302

CREDITOR ID: 279192-99
FEDERAL EXPRESS CORPORATION
C/O FILARDI LAW OFFICES
ATTN: CHARLES J FILARDI JR
65 TRUMBALL ST, 2ND FL
NEW HAVEN CT 06510

CREDITOR ID: 407677-15
FEDERAL EXPRESS CORPORATION
ATTN CINDY MEACHA, REV REC/BANKRUP
2005 CORPORATE AVENUE, 2ND FLOOR
MEMPHIS TN 38132

CREDITOR ID: 550552-BI
FEDERAL FISHERIES INC
PO BOX 107
LITHIA FL 33547

CREDITOR ID: 397290-69
FEDERAL GOV MEDICARE PROGRAM
PALMETTO GOV BENEFITS ADMINS
2300 SPRINGDALE DRIVE, BLDG 1 GM/219
CAMDEN, SC 29020

CREDITOR ID: 550553-BI
FEDERAL HEATH SIGN COMPANY LLC
PO BOX 678203
DALLAS TX 75267-8203

CREDITOR ID: 249429-12
FEDERAL HEATH SIGN COMPANY LLC
ATTN JOAN GILL, CREDIT MGR
PO BOX 678203
DALLAS, TX 75267-8203

CREDITOR ID: 411343-GX
FEDERAL INSURANCE CO.
CHUBB GROUP OF INSURANCE COS.
82 HOPMEADOW STREET
SIMBSURY CT 06070-7683

CREDITOR ID: 533677-CN
FEDERAL INSURANCE COMPANY
ATTN: LEGAL DEPARTMENT
55 WATER STREET, 28TH FL
NEW YORK NY 10041

CREDITOR ID: 382585-51
FEDERAL LIAISON SERVICES
12001 N CENTRAL EXPRESSWAY, STE 700
DALLAS, TX 75243-3729

CREDITOR ID: 550554-BI
FEDERAL MFG CO
PO BOX 04215
MILWAUKEE WI 53204-0215

CREDITOR ID: 533739-C4
FEDERAL MOTOR CARRIER SAFETY ADMIN
ATTN LEGAL DEPARTMENT
400 SEVENTH STREET, SW
WASHINGTON DC 20590

CREDITOR ID: 550556-BI
FEDERATED GROUP INC
PO BOX 92346
CHICAGO IL 60675-2346

CREDITOR ID: 550555-BI
FEDERATED GROUP INC
3025 W SALT CREEK LANE
ATTEN: KEN HILLMAN
ARLINGTON HEIGHTS IL 60005

CREDITOR ID: 406624-MS
FEDERICO, VINCENT
4600 KENT AVENUE
METAIRE LA 70006

CREDITOR ID: 395487-64
FEDEX
PO BOX 94515
PALATINE, IL 60094-4515

CREDITOR ID: 550559-BI
FEDEX
PO BOX 94515
PALATINE IL 60094-4515

CREDITOR ID: 550558-BI
FEDEX
PO BOX 371461
PITTSBURGH PA 15250-7461

CREDITOR ID: 550557-BI
FEDEX
PO BOX 1140
MEMPHIS TN 38101-1140

CREDITOR ID: 550560-BI
FEDEX ERS
PO BOX 371741
PITTSBURGH PA 15250-7741

CREDITOR ID: 404006-15
FEDEX FREIGHT EAST
ATTN BRADY MOORE
DELIVERY CODE 2259
PO BOX 840
HARRISON AR 72602-0840

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 550562-BI
FEDEX FREIGHT EAST
PO BOX 840
HARRISON AR 72602-0840

CREDITOR ID: 550561-BI
FEDEX FREIGHT EAST
PO BOX 406708
ATLANTA GA 30384-6708

CREDITOR ID: 390556-55
FEIN, GAIL
C/O MARC A KAUFMAN & ASSOCS
ATTN MARC A KAUFMAN, ESQ
LAS OLAS CENTRE II, SUITE 970
350 EAST LAS OLAS BLVD
FORT LAUDERDALE FL 33301

CREDITOR ID: 403703-94
FELDMAN, BARRY
233 SOUTH FEDERAL HWY, APT 323
BOCA RATON FL 33432

CREDITOR ID: 535790-BA
FELICIANO, REBECCA
305 PAPAYA DR.
TAMPA FL 33619

CREDITOR ID: 550563-BI
FELICITY LYTELL
42149 GREG DRIVE # 86
HAMMOND LA 70403

CREDITOR ID: 555478-BC
FELIPE, LLIANA
114 HARBOR DR
TAVERNIER FL 33070

CREDITOR ID: 555477-BC
FELIPE, REINALDO
6373 SW 8TH STREET
APT 2
MIAMI FL 33144

CREDITOR ID: 555479-BC
FELIZ, ESMERALDA
1001 NW 23 AVE
MIAMI FL 33125

CREDITOR ID: 535791-BA
FELLER, CONNIE
339 CLUB MANOR DRIVE
SUN CITY CENTER FL 33573

CREDITOR ID: 394013-61
FELTON, CARLE A JR, ESQ
231 E ADAMS STREET
JACKSONVILLE, FL 32202

CREDITOR ID: 385430-54
FELTON, JUTTA
3508 DEER TRACE
LITHONIA, GA 30038

CREDITOR ID: 535792-BA
FELTON, LAURA
1223 EAST MAGNOLIA AVE
EUSTIS FL 32726

CREDITOR ID: 537994-BA
FELTON, LAURA
C/O MERRITT AND WATSON, P. A.
ATTN RONALD WATSON ESQ
1500 E ORANGE AVE
EUSTIS FL 32726-4399

CREDITOR ID: 555480-BC
FENELON BETOLATTI, BARBARA
87200 OVER SEAS HWY #R7
ISLAMORADA FL 33036

CREDITOR ID: 406625-MS
FENNEMAN, GLEN E
11085 E US HIGHWAY 90
LEE FL 32059

CREDITOR ID: 126431-09
FERGUSON, ALAN J
657 STONY MILL SCHOOL ROAD
DANVILLE VA 24541

CREDITOR ID: 555481-BC
FERGUSON, ANGEL
11107 SW 200 ST.
BLGD #07, APT #314
MIAMI FL 33157

CREDITOR ID: 387315-54
FERGUSON, EULA
11125 NW 11TH ST
MIAMI, FL 33168

CREDITOR ID: 410843-15
FERGUSON, GRACE R
C/O ITICOVICI, HARRY N
225 BARONNE STREET, SUITE 820
NEW ORLEANS LA 70112

CREDITOR ID: 389539-54
FERGUSON, GRACE R
3443 ESPLANADE, APT 411
NEW ORLEANS, LA 70119

CREDITOR ID: 411042-15
FERGUSON, KIZZIE
C/O LAW OFFICE OF BERNARD BUTTS, JR
ATTN BERNARD H BUTTS, JR, ESQ.
1790 W 49TH STREET, SUITE 210
HIALEAH FL 33012

CREDITOR ID: 411042-15
FERGUSON, KIZZIE
20631 SW 118 AVENUE
MIAMI FL 33133

CREDITOR ID: 535793-BA
FERGUSON, LINDA
1679 EAT RAY STREET
HERNANDO FL 34442

CREDITOR ID: 411130-15
FERGUSON, LINDA
C/O MORGAN & MORGAN, PA
ATTN DICK GRECO, JR, ESQ
101 E KENNEDY BLVD, STE 1790
TAMPA FL 33601-0707

CREDITOR ID: 537995-BA
FERGUSON, LINDA
C/O MORGAN & MORGAN, TAMPA, P.A
ATTN DICK GRECO
101 E KENNEDY BLVD, STE 1790
TAMPA FL 33602

CREDITOR ID: 537996-BA
FERGUSON, MALAIKA
C/O ROSENBERG & ROSENBERG,  PA
ATTN VINCENT J RUTIGLIANO ESQ
2501 HOLLYWOOD BLVD, STE 110
HOLLYWOOD FL 33020

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**SERVICE LIST**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 535794-BA<br>FERGUSON, MALAIKA<br>20030 NW 39TH CT<br>OPA-LOCKA FL 33055 | CREDITOR ID: 387994-54<br>FERGUSON, MIESHA (MINOR)<br>C/O MARY FERGUSON, GUARDIAN<br>605 SW 79TH TERRACE NORTH<br>POMPANO BEACH, FL 33068 | CREDITOR ID: 389006-99<br>FERGUSON, RITA<br>C/O GEORGE DOUGLAS JR LAW OFFICES<br>ATTN: GEORGE DOUGLAS JR, ESQ<br>700 CENTURY PARK SOUTH, SUITE 223<br>BIRMINGHAM AL 35226 |
| CREDITOR ID: 534841-97<br>FERGUSON, RITA<br>200 RIVER TRACE<br>CHILDERBURG AL 35044 | CREDITOR ID: 389006-99<br>FERGUSON, RITA<br>C/O FRIEDLINE & MCCONNELL, PA<br>ATTN JERRETT M MCCONNELL, ESQ<br>1756 UNIVERSITY BLVD SOUTH<br>JACKSONVILLE FL 32216 | CREDITOR ID: 555482-BC<br>FERGUSON, SHENITA<br>86TH ST APT 15<br>MARATHON FL 33050 |
| CREDITOR ID: 537997-BA<br>FERGUSON, SUSAN<br>C/O LAW OFFICE OF MURPHY & NEALE PA<br>ATTN PATRICK J MURPHY, ESQ.<br>550 FAIRWAY DR, STE 203<br>DEERFIELD FL 33441 | CREDITOR ID: 535795-BA<br>FERGUSON, SUSAN<br>455 NORTH CANAL POINT<br>DELRAY BEACH FL 33444 | CREDITOR ID: 390866-55<br>FERLAND, ALLELI<br>C/O NELSON & SMITH, LLP<br>ATTN BLAKE J SMITH, ESQ<br>688 WALNUT STREET, SUITE 103<br>MACON GA 31201 |
| CREDITOR ID: 126542-09<br>FERMIN, KELLYS L<br>420 JACKSON AVE<br>GREENACRES FL 33463 | CREDITOR ID: 555483-BC<br>FERN, MICHAEL<br>PO BOX 37947<br>JACKSONVILLE FL 32236 | CREDITOR ID: 535796-BA<br>FERNADEZ, JUAN<br>800  NW 29TH TERRACE<br>MIAMI FL 33133 |
| CREDITOR ID: 537998-BA<br>FERNADEZ, JUAN<br>C/O KANDELL & KANDELL, P.A.<br>ATTN STEPHEN A KENDELL, ESQ.<br>2665 S BAYSHORE DR, STE 900<br>COCONUT GROVE FL 33133 | CREDITOR ID: 555485-BC<br>FERNANDEZ, DELGADO<br>12710 NW 11 PL<br>SUNRISE FL 33323 | CREDITOR ID: 555486-BC<br>FERNANDEZ, JACKLYN<br>20411 SW 117TH AVENUE<br>MIAMI FL 33177 |
| CREDITOR ID: 535797-BA<br>FERNANDEZ, KIRENIA<br>3325 W. 11TH STREET<br>LEHIGH ACRES FL 33971 | CREDITOR ID: 535798-BA<br>FERNANDEZ, LAZARA<br>1555 WEST 44 PL APT. #213<br>HIALEAH FL 33012 | CREDITOR ID: 537999-BA<br>FERNANDEZ, LAZARA<br>C/O ADA M. BARRETO, P.A.<br>782 NW LEJEUNE RD, STE 643<br>MIAMI FL 33126-5547 |
| CREDITOR ID: 555489-BC<br>FERNANDEZ, LODINO<br>7929 PINE HOLL<br>FLORAL CITY FL 34443 | CREDITOR ID: 555484-BC<br>FERNANDEZ, MARGARITA<br>6843 SW 14 STREET<br>MIAMI FL 33144 | CREDITOR ID: 535799-BA<br>FERNANDEZ, MARI<br>25804 SW 128TH AVE<br>MIAMI FL 33132 |
| CREDITOR ID: 538000-BA<br>FERNANDEZ, MARI<br>C/O IVAN M TOBIAS, P.A.<br>9130 S DADELAND BLVD, STE 1528<br>MIAMI FL 33156 | CREDITOR ID: 555490-BC<br>FERNANDEZ, MARIA<br>11781 SW 172 ST<br>MIAMI FL 33010 | CREDITOR ID: 555487-BC<br>FERNANDEZ, MARIA<br>9856 SW 8 ST APT#121<br>MIAMI FL 33174 |
| CREDITOR ID: 535800-BA<br>FERNANDEZ, OSVALDO<br>10500 SW 170 TERRACE<br>MIAMI FL 33157 | CREDITOR ID: 538001-BA<br>FERNANDEZ, OSVALDO<br>C/O DOWNS BRILL WHITEHEAD & SAGE PA<br>ATTN CRAIG DOWNS<br>55 MIRACLE MILE, STE 200<br>CORAL GABLES FL 33134 | CREDITOR ID: 411247-15<br>FERNANDEZ, PETER<br>C/O PETERS MURDAUGH PARKER ET AL<br>ATTN MARK D BALL, ESQ<br>303 FIRST STREET EAST<br>PO BOX 457<br>HAMPTON SC 29924-0457 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

CREDITOR ID: 555488-BC
FERNANDEZ, VANESSA
1936 SHADETREE WAY APT. B
WEST PALM BEACH FL 33406

CREDITOR ID: 393623-55
FERNANDEZ, YARA
C/O JOHN H RUIZ, PA LAW OFFICES
ATTN JOHN H RUIZ, ESQ
5040 NW 7 STREET, SUITE 920
MIAMI FL 33126

CREDITOR ID: 392157-55
FERNANDEZ, YRMA
C/O SIMON SCHINDLER & SANDBERG, LLP
ATTN ANTHONY V FALZON, ESQ
2650 BISCAYNE BLVD
MIAMI FL 33137

CREDITOR ID: 240473-06
FERNANDINA BCH, FL TAX COLLECTOR
MILLER, CFC, GWENDOLYN M
PO BOX 708
FERNANDINA BCH FL 32034-0708

CREDITOR ID: 535801-BA
FERNANDINI, RENE
3311 SW 107TH AVE
MIAMI FL 33165

CREDITOR ID: 538002-BA
FERNANDINI, RENE
C/O LAW OFFICES OF ARMANDO A
BRANA, P.A.
3971 SW 8TH ST, STE 301
CORAL GABLES FL 33134

CREDITOR ID: 249459-12
FERNDALE CONFECTIONERY USA
13428 MAXELLA AVENUE # 752
MARINA DEL REY, CA 90292

CREDITOR ID: 550567-BI
FERNDALE CONFECTIONERY USA
25876 THE OLD ROAD #156
STEVENSON RANCH CA 91381

CREDITOR ID: 550568-BI
FERRAN SERVICES & CONTRACTING
530 GRAND STREET
ORLANDO FL 32805-4795

CREDITOR ID: 550569-BI
FERRANIA USA INC
DEPT #960122
OKLAHOMA CITY OK 73196-0122

CREDITOR ID: 249461-12
FERRANIA USA INC
DEPT #960122
OKLAHOMA CITY, OK 73196-0122

CREDITOR ID: 550570-BI
FERRARA PAN CANDY CO
PO BOX 88257
CHICAGO IL 60680-1257

CREDITOR ID: 538003-BA
FERRAZ, LUCAS
C/O ARIANE MARCHIORO
816 S.E. 9TH STREET
DEERFIELD BEACH FL 33441

CREDITOR ID: 535802-BA
FERRAZ, LUCAS
222 S.W. THORNHILL DR.
PORT SAINT LUCIE FL 34984

CREDITOR ID: 550571-BI
FERRELL GAS
PO BOX 5030
DENVER CO 80217

CREDITOR ID: 555491-BC
FERRELL, JEANETTE
1518 HALLIDAY LANE SOUTH
JACKSONVILLE FL 32207

CREDITOR ID: 550572-BI
FERRELLGAS
PO BOX 173808
DENVER CO 80217-3808

CREDITOR ID: 550573-BI
FERRELLGAS
PO BOX 173940
DENVER CO 80217

CREDITOR ID: 407419-15
FERRELLGAS, INC
ATTN LENORE MULLIKIN, RCC 40
ONE LIBERTY PLAZA
LIBERTY MO 64068

CREDITOR ID: 550574-BI
FERRERO USA INC
P O BOX 828882
PHILADELPHIA PA 19182-8882

CREDITOR ID: 249481-12
FERRERO USA INC
ATTN JOHN GIFFORD
600 COTTONTAIL LANE
SOMERSET NJ 08873

CREDITOR ID: 533607-DT
FERRIS BAKER WATTS, INC.
ATTN: GEORGE ANTHONY
8403 COLESVILLE ROAD, SUITE 900
SILVER SPRING MO 20910

CREDITOR ID: 550575-BI
FERRIS STATE UNIVERSITY
1020 MAPLE ST
ROOM 115
BIG RAPIDS MI 49307-1676

CREDITOR ID: 555492-BC
FERRO, YAMARI
5702 WEST 26 AVE
MIAMI FL 33177

CREDITOR ID: 406626-MS
FERRY, JOHN E
1054 LOST CREEK RD
JACKSONVILLE FL 32220

CREDITOR ID: 550576-BI
FES SYSTEMS INC
PO BOX 13383
NEWARK NJ 07101-3383

CREDITOR ID: 408183-97
FESCO FIRE SUPPRESION EQUIP
ATTN: RAE RICE, ACCTG MGR
868 DR W J HODGE
LOUISVILLE KY 40210

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 249484-12
FESCO FIRE SUPPRESION EQUIP
868 S 21ST STREET
LOUISVILLE, KY 40210

CREDITOR ID: 550577-BI
FETCH EXPRESS
PO BOX 26921
TAMPA FL 33623

CREDITOR ID: 550578-BI
FETCH LOGISITICS
25 NORTHPOINTE PARKWAY
SUITE 200
AMHERST NY 14228

CREDITOR ID: 403704-94
FETTER, ARMON H JR
1201 TAXUS TOP LANE, APT 101
LOUISVILLE KY 40243

CREDITOR ID: 550580-BI
FEWTEK INC
PO BOX 5178
LARGO FL 33779

CREDITOR ID: 550579-BI
FEWTEK INC
PO BOX 23663
TAMPA FL 33623-3663

CREDITOR ID: 555493-BC
FEYINOR, MARIE
1126 NW 4TH AVE
FORT LAUDERDALE FL 33311

CREDITOR ID: 397634-72
FF ACQUISITION, LLC
11840 VALLEY VIEW ROAD
EDEN PRAIRIE, MN 55344

CREDITOR ID: 550581-BI
FFE TRANSPORTATION
PO BOX 671252
DALLAS TX 75267-1252

CREDITOR ID: 395535-15
FFE TRANSPORTATION SERVICES, INC
ATTN J CUNNINGHAM / JOHNNY DYER A/R
PO BOX 655888
DALLAS TX 75265

CREDITOR ID: 391195-55
FIALLEGA, LOURDES
C/O JULIO C MARTINEZ, JR, ESQ
903 NORTH MAIN STREET
KISSIMMEE FL 34744

CREDITOR ID: 550582-BI
FIBRE-CRAFT MATERIALS CORP
6310 W TOUHY AVENUE
NILES IL 60714

CREDITOR ID: 555494-BC
FICHERA, KRIS
168 MEDITERREAN CT.
KISSIMMEE FL 34758

CREDITOR ID: 550680-BI
FICPA
PO BOX 850001
ORLANDO FL 32885-0158

CREDITOR ID: 550583-BI
FICPA
PO BOX 5437
TALLAHASSEE FL 32314-5437

CREDITOR ID: 406627-MS
FICQUETTE, STEVE
2346 OLANDER ST.
GREEN COVE SPRINGS FL 32043

CREDITOR ID: 410966-15
FIDELITY & GUARANTY INS CO, ET AL
ATTN JEFFREY FISHER, ESQ
5 BATTERSON PARK
FARMINGTON CT 06032

CREDITOR ID: 410966-15
FIDELITY & GUARANTY INS CO, ET AL
BINGHAM MCCUTCHEN LLP
ATTN H HORWICH/S HRYNIEWICZ, ESQS
ONE STATE STREET
HARTFORD CT 06103

CREDITOR ID: 533678-CN
FIDELITY AND CASUALTY OF NY
ATTN: LEGAL DEPARTMENT
333 S WABASH
CHICAGO IL 60604

CREDITOR ID: 397108-67
FIDELITY FEDERAL SAVINGS BANK
218 DATURA STREET
WEST PALM BEACH, FL 33401

CREDITOR ID: 550681-BI
FIDELITY NATIONAL PROPERTY & CASUALTY
801 94TH AVENUE N    SUITE 110
INSURANCE COMPANY
ST PETERSBURG FL 33702

CREDITOR ID: 550682-BI
FIDELITY NATIONAL TITLE
TWO PARKWAY PLACE S-700
MARIETTA GA 30067

CREDITOR ID: 550683-BI
FIDELITY NATIONAL TITLE INSURANCE CO
200 W FORSYTH STREET
SUITE 1710
JACKSONVILLE FL 32202

CREDITOR ID: 533608-DT
FIDUCIARY SSB
ATTN: STEPHEN M. MORAN
225 FRANKLIN STREET
MAO-3
BOSTON MA 02110

CREDITOR ID: 249495-12
FIELD TRIP FACTORY
ATTN SUSAN SINGER, PRES
2211 NORTH ELSTON, SUITE 304
CHICAGO, IL 60614

CREDITOR ID: 555495-BC
FIELD, ANNIE
402 IRVINDALE DRIVE
DUBLIN GA 31021

CREDITOR ID: 550685-BI
FIELDALE FARMS CORP
P O BOX 558
BALDWIN GA 30511

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 249496-12<br>FIELDALE FARMS CORP<br>ATTN EDDIE ELROD, TREASURER<br>PO BOX 558<br>BALDWIN, GA 30511 | CREDITOR ID: 550686-BI<br>FIELDBROOK FOODS CORPORATION<br>PO BOX 18251<br>BRIDGEPORT CT 06601-3251 | CREDITOR ID: 550687-BI<br>FIELDBROOK FOODS CORPORATION<br>PO BOX 31227<br>HARTFORD CT 06150-1227 |
| CREDITOR ID: 249497-12<br>FIELDCREST CANNON<br>STATON BLVD.<br>GREENVILLE NC 27834 | CREDITOR ID: 315806-40<br>FIELDER PLAZA SHOPPING CENTER<br>PO BOX 660394<br>ACCT# 1910 919132<br>DALLAS, TX 75266-0394 | CREDITOR ID: 382583-51<br>FIELDER, HARVEY G.<br>1015 BRIARWOOD DRIVE<br>CLINTON, MS 39056 |
| CREDITOR ID: 535803-BA<br>FIELDER, NANCY<br>26 TRONU DRIVE<br>INGLIS FL 34449 | CREDITOR ID: 315807-40<br>FIELDER-303 PARTNERS LTD<br>3838 OAKLAWN, SUITE 810<br>DALLAS, TX 75219 | CREDITOR ID: 555496-BC<br>FIELDS (MINOR), TANISHA<br>1225 DENAUD STREET<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 126960-09<br>FIELDS, KIMBERLY R<br>214 WATSON STREET<br>BOONE NC 28607 | CREDITOR ID: 538004-BA<br>FIELDS, LILLIE<br>C/O PAPPAS & RUSSELL P.A.<br>ATTN DOUGLAS G RAWNSLEY, ESQ.<br>213 SILVER BEACH<br>DAYTONA BEACH FL 32118 | CREDITOR ID: 535804-BA<br>FIELDS, LILLIE<br>717 E. WALTS AVE<br>DELAND FL 32720 |
| CREDITOR ID: 392741-55<br>FIELDS, MICHAEL D<br>C/O THE GIBSON LAW FIRM, PLLC<br>ATTN CHARLES E GIBSON, III, ESQ<br>PO BOX 6005<br>RIDGELAND MS 39158-6005 | CREDITOR ID: 249498-12<br>FIELDSTONE MEATS OF AL<br>PO BOX 1014<br>ONEONTA, AL 35121-1014 | CREDITOR ID: 555497-BC<br>FIELS, CATHERINE<br>100 LEVEE RD<br>SOUTH BAY FL 33493 |
| CREDITOR ID: 550688-BI<br>FIESTA GAS GRILLS LLC.<br>MSC 30165<br>PO BOX 415000<br>NASHVILLE TN 37241-5000 | CREDITOR ID: 382237-51<br>FIFTH DIMENSION, THE<br>YEOMANS DRIVE<br>BUCKINGHAMSHIRE,  MK14 5LS<br>ENGLAND | CREDITOR ID: 550690-BI<br>FIFTH THIRD BANK<br>PO BOX 636045<br>CINCINNATI OH 45263-6045 |
| CREDITOR ID: 550689-BI<br>FIFTH THIRD BANK<br>C/O WELTMAN,WEINBERG & REIS<br>PO BOX 5996<br>CLEVELAND OH 44101-0996 | CREDITOR ID: 395284-63<br>FIFTH THIRD BANK<br>38 FOUNTAIN SQUARE PLAZA<br>CINCINNATI, OH 45263 | CREDITOR ID: 550691-BI<br>FIFTH WARD ELEMENTARY<br>158 PANTHER DRIVE<br>RESERVE LA 70084 |
| CREDITOR ID: 555498-BC<br>FIGEROUA, ALEXANDER<br>2334 COLTEN DR<br>ORLANDO FL 32822 | CREDITOR ID: 385387-54<br>FIGUERAO, KREISTEN<br>C/O STEVE S FARBMAN, PA<br>ATTN STEVE S FARBMAN, ESQ<br>2241 HOLLYWOOD BLVD<br>HOLLYWOOD FL 33020 | CREDITOR ID: 385387-54<br>FIGUERAO, KREISTEN<br>714 SE 3RD ROAD<br>DANIA, FL 33004 |
| CREDITOR ID: 417102-79<br>FIGUEROA, ELIZABETH<br>2441 NW 13TH STREET #72<br>MIAMI FL 33125 | CREDITOR ID: 393309-55<br>FIGUEROA, ELIZABETH<br>C/O ROBERT J FENSTERSHEIB & ASSOCS<br>ATTN ROBERT J FENSTERSHEIB, ESQ<br>520 W HALLANDALE BEACH BLVD<br>HALLANDALE FL 33009 | CREDITOR ID: 416776-L1<br>FIGUEROA, JUAN<br>C/O BERMUDEZ HARALSON & TOME<br>ATTN JUAN CARLOS BERMUDEZ, ESQ<br>8300 NW 53RD STREET, SUITE 300<br>MIAMI FL 33166 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:    05-03817-3F1**

CREDITOR ID: 394153-56
FIGUEROA, ROMAN
C/O LABOURDETTE LAW FIRM, LLC
ATTN SCOT J LABOURDETTE, ESQ
1100 POYDRAS STREET, SUITE 290
NEW ORLEANS, LA 70163

CREDITOR ID: 538005-BA
FIGUEROA, RUTH
C/O DEAN BURNETTI, P.A.
211 S FLORIDA AVE
LAKELAND FL 33801-4261

CREDITOR ID: 535805-BA
FIGUEROA, RUTH
831 CINNAMON DRIVE
WINTER HAVEN FL 33880

CREDITOR ID: 389061-54
FILES, DONALD
PO BOX 1181
SUMMIT MS 39666-1181

CREDITOR ID: 389061-54
FILES, DONALD
C/O LAW OFFICES OF ROBERT M BECNEL
ATTN ROBERT M BECNEL, ESQ
425 WEST AIRLINE HWY, SUITE B
LAPLACE LA 70068

CREDITOR ID: 392957-55
FILES, DONALD
C/O GAUDIN & GAUDIN
ATTN PIERRE F GAUDIN, ESQ
1088 FOURTH STREET (70053)
PO BOX 156
GRETNA LA 70054

CREDITOR ID: 550692-BI
FILING SOURCE INC
PO BOX 551467
JACKSONVILLE FL 32255-1467

CREDITOR ID: 399357-15
FILING SOURCE INC
ATTN CANDACE E BOBECK, PRES
7529 SALISBURY ROAD
JACKSONVILLE FL 32256

CREDITOR ID: 397291-69
FILING SOURCE, INC.
5211 FAIRMONT
JACKSONVILLE, FL 32207

CREDITOR ID: 550694-BI
FILIPPO BERIO SALOV N A CORP
PO BOX 23346
NEWARK NJ 07189-3346

CREDITOR ID: 550693-BI
FILIPPO BERIO SALOV N A CORP
PO BOX 23346
NEWARK NJ 07189-3346

CREDITOR ID: 279231-35
FILIPPO BERIO SALOV NA CORP
ATTN PAIGE VAN VALKENLOURGH
255 ROUTE 17 SOUTH
HACKENSACK NJ 07601

CREDITOR ID: 249503-12
FILIPPO BERIO SALOV NA CORP
PO BOX 23346
NEWARK, NJ 07189-3346

CREDITOR ID: 550695-BI
FILLINGHAM ROOFING & SHEET METAL INC
PO BOX 61886
JACKSONVILLE FL 32236-1886

CREDITOR ID: 535806-BA
FILLINGIM, TRINKA
521 MAPLEWOOD CIRCLE
PENSACOLA FL 32514

CREDITOR ID: 550696-BI
FILMART
4111 GLENWOOD RD
BROOKLYN NY 11210-2024

CREDITOR ID: 249505-12
FILMART
ATTN JUDITH LEFKOWITZ
4111 GLENWOOD RD
BROOKLYN, NY 11210-2024

CREDITOR ID: 406628-MS
FILOSA, PHILLIP J
2944 WEST VERBENA PLACE
BEVERLY HILLS FL 34465

CREDITOR ID: 392977-55
FILS, GERTRUDE
C/O FRIEDMAN, RODMAN & FRANK, PA
ATTN RONALD RODMAN, ESQ
3636 WEST FLAGLER STREET
MIAMI FL 33135

CREDITOR ID: 249506-12
FILTRATION SOLUTIONS INC
ATTN BILLIE B WELLS, PRES
4361 CHARLOTT HWY, SUITE 301
LAKE WILIE, SC 29710

CREDITOR ID: 550697-BI
FIN TECH
4720 WEST CYPRESS ST
SUITE 100
TAMPA FL 33601

CREDITOR ID: 278698-99
FIN TECH
ATTN DOUG WILHELM
4720 W CYPRESS STREET
TAMPA FL 33607

CREDITOR ID: 550698-BI
FINANCE DEPARTMENT
CLEMSON CITY HALL
P O BOX 1566
CLEMSON SC 29633-1566

CREDITOR ID: 550699-BI
FINANCE ONE/ FREE FREE USA
PO BOX 92368
LOS ANGELES CA 90009

CREDITOR ID: 406157-15
FINANCIAL INFORMATION TECH, INC
ATTN GLENN W JONES JR/KAREN JONES
4720 W CYPRESS STREET
TAMPA FL 33607

CREDITOR ID: 550700-BI
FINANCIAL SUPERMARKETS INC
PO BOX 1900
CORNELIA GA 30531-1900

CREDITOR ID: 411186-15
FINANCIAL SUPERMARKETS, INC
ATTN HARRY STEPHE, TREAS
383 CLARKESVILLE STREET
PO BOX 1900
CORNELLA GA 30531

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:  05-03817-3F1**

CREDITOR ID: 411186-15
FINANCIAL SUPERMARKETS, INC
C/O KILPATRICK STOCKTON LLP
ATTN J W MILLS & J STEVENS, ESQS
1100 PEACHTREE STREET, STE 2800
ATLANTA GA 303009-453

CREDITOR ID: 535807-BA
FINASKE, HELGA
1360 SW 55 VE
PLANTATION FL 33317

CREDITOR ID: 538006-BA
FINASKE, HELGA
C/O LAW OFFICE OF KLAUBER HURTIG
ATTN KLAUBER HURTIG
8751 WEST BROWARD BLVD, STE 410
PLANTATION FL 33324

CREDITOR ID: 406629-MS
FINCH, GARY WARREN
240 VOLUSIA DRIVE
WINTER HAVEN FL 33884

CREDITOR ID: 535808-BA
FINDLAY, MARY
1203 INDIAN HILLS
TUSCALOOSA AL 35406

CREDITOR ID: 538007-BA
FINDLEY, GAYLE
C/O ROTHSCHILD & MORGAN, P.C.
ATTN W DONALD MORGAN, JR.
PO BOX 2788
COLUMBUS GA 31902-2788

CREDITOR ID: 535809-BA
FINDLEY, GAYLE
5 LABRADOR COURT
COLUMBUS GA 31909

CREDITOR ID: 550701-BI
FINE AND BLOCK
ATTORNEYS & COUNSELORS AT LAW PARAN
PLACE/ 2060 MOUNT PARAN ROAD  NW
ATLANTA GA 30327

CREDITOR ID: 388572-54
FINE, MAXINE L
171 MEADOWS DRIVE
BOYNTON BEACH FL 33436

CREDITOR ID: 383070-51
FINGER LAKES BC/BS
150 EAST MAIN STREET
ROCHESTER, NY 14647

CREDITOR ID: 555499-BC
FINGER, DOEL GUID
1601 SW 128THTERRACE
#A409
PEMBROKE PINES FL 33027

CREDITOR ID: 380983-47
FINGRS MFG
PO BOX 30957
LOS ANGELES, CA 90030-0957

CREDITOR ID: 249515-12
FINISHMASTER INC
PO BOX 532587
ATLANTA, GA 30353-2587

CREDITOR ID: 276800-21
FINK, LISA
C/O RUE & ZIFFRA, PA
ATTN DAVID L SWEAT, ESQ
632 DUNLAWTON AVENUE
PORT ORANGE FL 32127-4384

CREDITOR ID: 555500-BC
FINKELMAN, CAROL
13924 LE HARVE RD
PALM BEACH GARDENS FL 33410

CREDITOR ID: 555501-BC
FINKLEY, ALLISON
P O BOX 171
VREDENBURGH AL 36481

CREDITOR ID: 535810-BA
FINLEY, ELLISA
4020 NORWICH ST LOT 8
BRUNSWICK GA 31525

CREDITOR ID: 406630-MS
FINLEY, HAROLD D
480 SOUTH 3RD STREET
MCCLENNY FL 32063

CREDITOR ID: 535811-BA
FINN, AUDREY
3124 NW 19TH STREET
FORT LAUDERDALE FL 33311

CREDITOR ID: 538008-BA
FINN, AUDREY
C/O CHARLES E. COHEN, P.A.
2856 E OAKLAND PARK BLVD
FT LAUDERDALE FL 33306

CREDITOR ID: 403705-94
FINNEY, JAMES L
244 W BRITAIN STREET
HERNANDO FL 34442

CREDITOR ID: 403706-94
FINNICK, MICHAEL J
1332 STARLING RD
MIDDLEBURG FL 32068

CREDITOR ID: 406221-G4
FINTECH
4720 W. CYPRESS STREET, STE. 100
TAMPA FL 33607

CREDITOR ID: 315848-40
FIORELLA III, JACK
3800 CORPORATE WOODS DR, SUITE 100
BIRMINGHAM, AL 35242

CREDITOR ID: 550702-BI
FIORUCCI FOODS INC
PO BOX 631390
BALTIMORE MD 21263-1390

CREDITOR ID: 249518-12
FIORUCCI FOODS INC
ATTN MARK MORRISON, CONTROLLER
1800 RUFFIN MILL ROAD
COLONIAL HEIGHTS VA 23834

CREDITOR ID: 397635-72
FIRE FIGHTER
PO BOX 888
LAND O' LAKES, FL 34639

SERVICE LIST

## Notice of (A) Entry of Order Confirming Plan of
## Reorganization, (B) Occurrence of Effective Date
## of Plan, and (C) Bar Dates for Filing claims Arising
## before Effective Date and Other Administrative Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 249519-12<br>FIRE FIGHTER INC<br>PO BOX 888<br>LAND O' LAKES, FL 34639 | CREDITOR ID: 550703-BI<br>FIRE FIGHTER INC<br>PO BOX 888<br>LAND O' LAKES FL 34639 | CREDITOR ID: 550704-BI<br>FIRE FIGHTERS EQUIPMENT<br>PO BOX 60189<br>JACKSONVILLE FL 32236-0189 |
| CREDITOR ID: 550705-BI<br>FIRE GUARD PROTECTION SYSTEMS<br>PO BOX 240201<br>ECLECTIC AL 36024 | CREDITOR ID: 249521-12<br>FIRE GUARD PROTECTION SYSTEMS<br>ATTN: MARSHALL WILSON<br>PO BOX 240201<br>3665 CLAUDE ROAD<br>ECLECTIC, AL 36024 | CREDITOR ID: 550706-BI<br>FIRE SAFETY INC<br>PO BOX 1304<br>VALDOSTA GA 31603-1304 |
| CREDITOR ID: 550707-BI<br>FIREHOUSE FULL GOSPEL<br>P O BOX 19740<br>NEW ORLEANS LA 70179 | CREDITOR ID: 533679-CN<br>FIREMAN'S FUND<br>ATTN: LEGAL DEPARTMENT<br>777 SAN MARIN DRIVE<br>NOVATO CA 94998 | CREDITOR ID: 550708-BI<br>FIREMASTER<br>PO BOX 121019<br>DEPARTMENT 1019<br>DALLAS TX 75312-1019 |
| CREDITOR ID: 249527-12<br>FIREMASTER<br>PO BOX 121019<br>DEPARTMENT 1019<br>DALLAS, TX 75312-1019 | CREDITOR ID: 535812-BA<br>FIRKENBACH, JANICE<br>326 ANDREW DR<br>CLARKSVILLE TN 37042 | CREDITOR ID: 550709-BI<br>FIRST ACADEMY<br>219 NORTH 13TH STREET<br>LEESBURG FL 34748 |
| CREDITOR ID: 249530-12<br>FIRST AMERICAN CARRIERS INC<br>ATTN WILLIAM BENJAMIN COBB<br>PO BOX 6097<br>ROCKY MOUNT NC 27802 | CREDITOR ID: 550801-BI<br>FIRST AMERICAN TITLE INSURANCE<br>3563 PHILLIPS HIGHWAY<br>BUILDING E SUITE 504<br>JACKSONVILLE FL 32202 | CREDITOR ID: 410697-15<br>FIRST AMERICAN TITLE INSURANCE CO<br>ATTN STEVEN A NELSON, VP/ESQ<br>5775 GLENRIDGE DRIVE, SUITE A-240<br>ALTANTA GA 30328 |
| CREDITOR ID: 550802-BI<br>FIRST AMERICAN TITLE INSURANCE COMPANY<br>300 OFFICE PARK DRIVE<br>SUITE 175<br>BIRMINGHAM AL 35223 | CREDITOR ID: 550803-BI<br>FIRST ANTIOCH BAPTIST CHURCH<br>10860 HIGHWAY 3125<br>PO BOX 1205<br>LUTCHER LA 70071 | CREDITOR ID: 550804-BI<br>FIRST BAPTIST CHRISTIAN SCHOOL<br>201 W CONVENT<br>LAFAYETTE LA 70501 |
| CREDITOR ID: 550806-BI<br>FIRST BAPTIST CHRISTIAN SCHOOL - SLIDELL<br>4141 PONCHARTRAIN DR.<br>SLIDELL LA 70460 | CREDITOR ID: 550805-BI<br>FIRST BAPTIST CHRISTIAN SCHOOL - SLIDELL<br>4141 PONCHARTRAIN DR.<br>SLIDELL LA 70458 | CREDITOR ID: 550807-BI<br>FIRST BAPTIST CHURCH AT NEW ROADS<br>824 WEST MAIN ST<br>NEW ROADS LA 70760 |
| CREDITOR ID: 550808-BI<br>FIRST BAPTIST CHURCH BAY ST LOUIS<br>141 MAIN ST<br>BAY ST LOUIS MS 39520 | CREDITOR ID: 550809-BI<br>FIRST BAPTIST CHURCH CROWLEY<br>228 E 4TH ST<br>CROWLEY LA 70526 | CREDITOR ID: 550810-BI<br>FIRST BAPTIST CHURCH DAY CARE<br>210 N LAUREL ST<br>AMITE LA 70422 |
| CREDITOR ID: 550811-BI<br>FIRST BAPTIST CHURCH JAMIE BLVD<br>360 S JAMIE BLVD<br>AVONDALE LA 70094 | CREDITOR ID: 550812-BI<br>FIRST BAPTIST CHURCH OF KENNER<br>1400 WILLIAMS BLVD<br>PO BOX 1357<br>KENNER LA 70062 | CREDITOR ID: 550813-BI<br>FIRST BAPTIST CHURCH OF LULING<br>P O BOX 155<br>LULING LA 70070 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 550814-BI<br>FIRST BAPTIST CHURCH PLAQUEMINE<br>24525 ORY AVE<br>PLAQUEMINE LA 70764 | CREDITOR ID: 550815-BI<br>FIRST BAPTIST CHURCH ST ROSE<br>P O BOX 219<br>ST ROSE LA 70087 | CREDITOR ID: 550816-BI<br>FIRST BERKSHIRE BUSINESS TRUST<br>PO BOX 823201<br>PHILADELPHIA PA 19182-3201 |
| CREDITOR ID: 550817-BI<br>FIRST CALL TECHNICAL SERVICES<br>5100-9 SUNBEAM ROAD<br>JACKSONVILLE FL 32257 | CREDITOR ID: 249549-12<br>FIRST CARE OCCUPATIONAL HEALTH<br>2330 UNIVERSITY BOULEVARD, STE 501<br>TUSCALOOSA, AL 35401 | CREDITOR ID: 550818-BI<br>FIRST CARE OCCUPATIONAL HEALTH<br>2330 UNIVERSITY BOULEVARD<br>SUITE 501<br>TUSCALOOSA AL 35401 |
| CREDITOR ID: 535045-97<br>FIRST CHOICE DISTRIBUTIN INC<br>ATTN: MICHAEL MERNIN, OPER MGR<br>6005 CORONADO AVE, STE A<br>ALBUQUERQUE NM 87109 | CREDITOR ID: 384124-47<br>FIRST CHOICE DISTRIBUTION INC<br>PO BOX 1523<br>NORCROSS GA 30091-1523 | CREDITOR ID: 533610-DT<br>FIRST CLEARING, LLC<br>ATTN: WANDA DAVIS<br>901 E. BYRD STREET<br>RICHMOND VA 23219 |
| CREDITOR ID: 550819-BI<br>FIRST COAST DIVERSITY COUNCIL<br>PO BOX 47712<br>JACKSONVILLE FL 32247-7712 | CREDITOR ID: 550820-BI<br>FIRST COAST MANUFACTURERS ASSOCIATION<br>4215 SOUTHPOINT BLVD<br>SUITE 140<br>JACKSONVILLE FL 32216 | CREDITOR ID: 249554-12<br>FIRST COAST PALLET INC<br>ATTN: CHRIS SPENCE, VP<br>PO BOX 1647<br>YULEE, FL 32041 |
| CREDITOR ID: 406129-97<br>FIRST COAST PALLET INC<br>ATTN: CHRIS SPENCE, VP<br>502 BAYVIEW DRIVE<br>YULEE FL 32097 | CREDITOR ID: 249554-12<br>FIRST COAST PALLET INC<br>MOSELEY, PRICHARD, PARRISH, ET AL<br>ATTN RICHARD K. JONES, ESQ.<br>501 WEST BAY STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 550821-BI<br>FIRST COAST PALLETS INC<br>PO BOX 1647<br>YULEE FL 32041 |
| CREDITOR ID: 550822-BI<br>FIRST COAST TALENT AGENCY<br>100 FESTIVAL PARK AVENUE<br>JACKSONVILLE FL 32202 | CREDITOR ID: 249556-12<br>FIRST COAST TALENT AGENCY<br>851 N MARKET STREET<br>JACKSONVILLE, FL 32202 | CREDITOR ID: 381134-47<br>FIRST COLLECTION SERVICES<br>10925 OTTER CREEK E BLVD<br>MABEVALE, AR 72103 |
| CREDITOR ID: 416237-98<br>FIRST COMMERCIAL BANK<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN: JAY R BENDER<br>1819 FIFTH AVENUE NORTH, ONE FEDERAL PLACE<br>BIRMINGHAM AL 35203-2104 | CREDITOR ID: 400443-98<br>FIRST COMMERCIAL CREDIT CORP<br>ATTN JC BARONE<br>10 NEW KING STREET<br>WHITE PLAINS NY 10604 | CREDITOR ID: 383065-51<br>FIRST COMMUNITY HEALTH<br>188 SPARKMAN DRIVE<br>HUNTSVILLE, AL 35804 |
| CREDITOR ID: 534819-15<br>FIRST DATA COMMERCIAL SERVICES<br>ATTN ROBERT TENENBAUM, VP<br>1307 WALT WHITMAN ROAD<br>MELVILLE NY 11747 | CREDITOR ID: 534819-15<br>FIRST DATA COMMERCIAL SERVICES<br>C/O FRANK GECKER LLP<br>ATTN CHRISTINA SMITH, PARALEGAL<br>325 N LASALLE STREET, SUITE 625<br>CHICAGO IL 60610 | CREDITOR ID: 550823-BI<br>FIRST DATA CORP<br>IPS/VALUELINK<br>PO BOX 2021<br>ENGLEWOOD CO 80150-2021 |
| CREDITOR ID: 410408-15<br>FIRST DATA CORP<br>ATTN LARRY THOMAS, DIRECTOR<br>12500 E BELFORD AVENUE, STE M12B<br>ENGLEWOOD CO 80112 | CREDITOR ID: 249558-12<br>FIRST DATA CORP/IPS/VALUELINK<br>ATTN LARRY THOMAS, DIR RISK MGMT<br>PO BOX 2021<br>ENGLEWOOD, CO 80150-2021 | CREDITOR ID: 550824-BI<br>FIRST EMANUEL BAPTIST CHURCH<br>1829 CARONDELET ST<br>NEW ORLEANS LA 70130 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 417051-15<br>FIRST FEDERAL BANK FOR SAVINGS<br>NKA: FIRST SOUTHERN BANK<br>SUCCESSOR TO ROWELL SHEET METAL<br>ATTN JACK B EZELLE, SVP/CCO<br>PO BOX 268<br>COLUMBIA MS 39429 | CREDITOR ID: 382990-51<br>FIRST HEALTH RX<br>4300 COX ROAD<br>GLEN ALLEN, VA 23060 | CREDITOR ID: 381692-47<br>FIRST HELP URGENT CARE CLINIC<br>320 1ST STREET SOUTH<br>WINTER HAVEN, FL 33880 |
| CREDITOR ID: 249562-12<br>FIRST LIGHT<br>4715 KIMS POINT ROAD<br>CUMMINGS, GA 30041 | CREDITOR ID: 550825-BI<br>FIRST LIGHT<br>4715 KIMS POINT ROAD<br>CUMMINGS GA 30041 | CREDITOR ID: 1323-RJ<br>FIRST NATIONAL BANK<br>101 E. BRIDGE STREET<br>PO BOX 400<br>GRANBURY, TX 76048 |
| CREDITOR ID: 410528-15<br>FIRST NATIONAL BANK OF GRANBURY<br>ATTN CRAIG DAVIS, VP<br>PO BOX 400<br>GRANBURY TX 76048 | CREDITOR ID: 410528-15<br>FIRST NATIONAL BANK OF GRANBURY<br>C/O LAW OFFICE OF DEBORAH B MORTON<br>ATTN DEBORAH B MORTON, ESQ.<br>616 TEXAS STREET, SUITE 101<br>FORT WORTH TX 76102 | CREDITOR ID: 381202-47<br>FIRST NATIONAL BANK OF MANCHESTER<br>ATTN KAY SMITH, 1ST VP / CHECK COLL<br>120 TOWN SQUARE<br>MANCHESTER, KY 40962 |
| CREDITOR ID: 397135-67<br>FIRST NAT'L BANK OF TALLADEGA<br>PO BOX 797<br>TALLADEGA, AL 35161 | CREDITOR ID: 249566-12<br>FIRST PIEDMONT CORP<br>PO DRAWER 1069<br>108 S MAIN STREET<br>CHATHAM, VA 24531-1069 | CREDITOR ID: 550826-BI<br>FIRST PRESBYTERIAN CHURCH<br>401 FIFTH AVE<br>PICAYUNE MS 39466 |
| CREDITOR ID: 550828-BI<br>FIRST QUALITY HYGIENIC INC<br>PO BOX 7777-W3880<br>PHILADELPHIA PA 19175-3880 | CREDITOR ID: 249568-12<br>FIRST QUALITY HYGIENIC INC<br>ATTN PHYLLIS I CLARK, CR SUPERVISOR<br>PO BOX 7777-W3880<br>PHILADELPHIA, PA 19175-3880 | CREDITOR ID: 550827-BI<br>FIRST QUALITY HYGIENIC INC<br>PO BOX 13817<br>NEWARK NJ 07188-3817 |
| CREDITOR ID: 550829-BI<br>FIRST QUALITY TISSUE, INC<br>PO BOX 7777- W510347<br>PHILADELPHIA PA 19175-0347 | CREDITOR ID: 550922-BI<br>FIRST REPUBLIC CORP OF AMERICA<br>302 5TH AVE<br>NEW YORK NY 10001-3604 | CREDITOR ID: 2229-07<br>FIRST REPUBLIC CORP OF AMERICA<br>302 5TH AVENUE<br>NEW YORK, NY 10001-3604 |
| CREDITOR ID: 383062-51<br>FIRST RX<br>PO BOX 152539<br>TAMPA, FL 33684 | CREDITOR ID: 1325-07<br>FIRST SECURITY BANK<br>ATTN MS MILDRED GRAY (LAND LESSOR)<br>9118 TINGLE CUT OFF ROAD<br>DORA AL 35062 | CREDITOR ID: 315809-40<br>FIRST SECURITY BANK NATL ASSOC<br>ATTN: CORP TRUST SERVICES<br>ACCT# 0510922115<br>SALT LAKE CITY, UT 84111 |
| CREDITOR ID: 550923-BI<br>FIRST SECURITY BANK NATL ASSOCIATE<br>ATTN: CORPORATE TRUST SERVICES<br>79 SOUTH MAIN STREET/ACCT0510922115<br>SALT LAKE CITY UT 84111 | CREDITOR ID: 550924-BI<br>FIRST SERVICES CORP<br>4648 OLD WINTER GARDEN RD<br>ORLANDO FL 32811-1784 | CREDITOR ID: 395645-65<br>FIRST SERVICES PLUMBING<br>4648 OLD WINTER GARDEN ROAD<br>ORLANDO, FL 32825 |
| CREDITOR ID: 533611-DT<br>FIRST SOUTHWEST COMPANY<br>ATTN: JAMES FURINO<br>1700 PACIFIC AVENUE, SUITE 500<br>DALLAS TX 75201 | CREDITOR ID: 397111-67<br>FIRST STATE BANK OF THE KEYS<br>1201 SIMONTON STREET<br>KEY WEST, FL 33040 | CREDITOR ID: 533680-CN<br>FIRST STATE INSURANCE CO<br>105 FEDERAL STREET<br>BOSTON MA 02110 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 316155-40<br>FIRST UNION NATIONAL BANK<br>ABA 053-000-219<br>ACCT 5000000021453<br>CHARLOTTE, NC 28260-0253 | CREDITOR ID: 408384-BD<br>FIRST UNION NATIONAL BANK<br>ATTN: INTERNATIONAL DIVISION<br>200 S BISCAYNE BLVD 12TH FL<br>MIAMI FL 33131 | CREDITOR ID: 550926-BI<br>FIRST UNION NATIONAL BANK<br>LOCKBOX SPS<br>FUND 52-0000091<br>PO BOX 60253<br>CHARLOTTE NC 28260-0253 |
| CREDITOR ID: 1331-07<br>FIRST UNION NATIONAL BANK<br>C/O STRUCTURED PRODUCTS SERVICING<br>PO BOX 601654<br>CHARLOTTE, NC 28260-1654 | CREDITOR ID: 1330-07<br>FIRST UNION NATIONAL BANK<br>LOCKBOX SPS<br>FUND 52-0000091<br>PO BOX 60253<br>CHARLOTTE, NC 28260-0253 | CREDITOR ID: 550925-BI<br>FIRST UNION NATIONAL BANK<br>C/O HIDAY AND RICKE PA<br>PO BOX 550858<br>JACKSONVILLE FL 32255-0858 |
| CREDITOR ID: 550927-BI<br>FIRST UNION NATIONAL BANK OF FLORIDA<br>9675 WEST BROWARD BOULEVARD<br>C/O FRIEDMAN & GREENBERG PA<br>PLANTATION FL 33324 | CREDITOR ID: 550928-BI<br>FIRST UNION WHOLESALE LOCK BOX<br>LOAN #80-5114053<br>PO BOX 60253<br>CHARLOTTE NC 28260-0253 | CREDITOR ID: 550929-BI<br>FIRST UNION WHOLESALE LOCK BOX<br>LOAN #81-5114272<br>PO BOX 60253<br>CHARLOTTE NC 28260-0253 |
| CREDITOR ID: 550930-BI<br>FIRST UNION WHOLESALE LOCKBOX<br>P O BOX 60253<br>LOAN#82 5999870<br>CHARLOTTE NC 28260-0253 | CREDITOR ID: 1335-07<br>FIRST UNION WHOLESALE LOCKBOX<br>PO BOX 60253<br>CHARLOTTE, NC 28260-0253 | CREDITOR ID: 550931-BI<br>FIRST UNION WHOLESALE LOCKBOX<br>P O BOX 60253<br>CHARLOTTE NC 28260-0253 |
| CREDITOR ID: 550932-BI<br>FIRST UNITED METHODIST HAMMOND<br>2200 RUE DENISE<br>HAMMOND LA 70403 | CREDITOR ID: 278462-24<br>FIRST WASHINGTON REALTY INC<br>7027 THREE CHOPT ROAD, SUITE 210<br>RICHMOND VA 23226 | CREDITOR ID: 2231-07<br>FIRST WASHINGTON REALTY, INC<br>ATTN JEFFREY S DISTENFELD, ESQ<br>4350 EAST WEST HIGHWAY, SUITE 400<br>BETHESDA MD 20814 |
| CREDITOR ID: 1336-RJ<br>FIRST WESTGATE MALL LP<br>PO BOX 671402<br>DALLAS, TX 75267-1402 | CREDITOR ID: 249586-12<br>FIRST YEARS INC<br>PO BOX 845986<br>BOSTON, MA 02284-5986 | CREDITOR ID: 385961-54<br>FIRVIDA, JULIA<br>8976 SW GRAND CANAL DRIVE<br>MIAMI, FL 33174 |
| CREDITOR ID: 385961-54<br>FIRVIDA, JULIA<br>C/O JULIO R MORE & ASSOCIATES, PA<br>ATTN JOSE J LARRAZ, ESQ<br>5005 EAST 8TH AVENUE<br>HIALEAH FL 33013 | CREDITOR ID: 550933-BI<br>FISCHER CONNECTORS<br>1735 FOUNDERS PARKWAY<br>SUITE 100<br>ALPHARETTA GA 30004 | CREDITOR ID: 406631-MS<br>FISCHER, ROBERT B.<br>2021 CHERRY HILL CHURCH RD<br>S. BOSTON VA 24592 |
| CREDITOR ID: 533609-DT<br>FISERV TRUST COMPANY/DATALYNX<br>717 17TH STREET<br>DENVER CO 80202 | CREDITOR ID: 550934-BI<br>FISHER SCIENTIFIC<br>ACCT# 917302-048<br>PO BOX 404705<br>ATLANTA GA 30384-4705 | CREDITOR ID: 535813-BA<br>FISHER, EVERLINA<br>4720 WILDFLOWER DR<br>LAKELAND FL 33811 |
| CREDITOR ID: 538009-BA<br>FISHER, EVERLINA<br>C/O LAW OFFICES OF JOSEPH M<br>WILLIAMS P.A.<br>1701 JAMES L REDMAN PRKWY<br>PLANT CITY FL 33567 | CREDITOR ID: 403707-94<br>FISHER, JAMES A<br>1510 EAST FORK DR<br>SALISBURY NC 28146 | CREDITOR ID: 407683-15<br>FISHER, JOAN<br>C/O LAURI J GOLDSTEIN, PA<br>ATTN LAURI J GOLDSTEIN, ESQ<br>PO BOX 1965<br>PALM CITY FL 34991 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 411021-15
FISHER, PAULINE B
C/O HARRISS & HARTMAN LAW FIRM, PC
ATTN BRENT JAMES
200 MCFARLAND BUILDING
PO DRAWER 220
ROSSVILLE GA 30741

CREDITOR ID: 382594-51
FISHER, WILLIAM
1512 DRURY CT
SAINT AUGUSTINE FL 32092-1084

CREDITOR ID: 411057-15
FISHER, WILLIAM
C/O WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE FL 32254-3699

CREDITOR ID: 492877-FC
FISHER, WILLIAM E
1512 DRURY CT
ST AUGUSTINE FL 32092

CREDITOR ID: 249602-12
FISHKING PROCESSORS INC
PO BOX 512545
LOS ANGELES, CA 90051-0545

CREDITOR ID: 550935-BI
FISKARS BRANDS INC
PO BOX 802587
CHICAGO IL 60680-2587

CREDITOR ID: 403536-15
FISKARS BRANDS, INC
ATTN ROB HANUS, CR MGR
2537 DANIELS STREET
MADISON WI 53718

CREDITOR ID: 550936-BI
FISKARS INC
PO BOX 802587
CHICAGO IL 60680-2587

CREDITOR ID: 127465-09
FISKE, ANDREW P
114 OGDEN AVE
OCEAN SPRINGS MS 39564

CREDITOR ID: 393192-55
FITENI, ESTHER
C/O LAW OFFICES OF SABATO DEVITO
ATTN SABATO DEVITO, ESQ
5327 COMMERCIAL WAY, SUITE C-114
SPRING HILL FL 34606

CREDITOR ID: 406632-MS
FITTS, GORDON M
C/O FRIEDLINE & MCCONNELL, PA
ATTN JERRETT M MCCONNELL, ESQ
1756 UNIVERSITY BLVD SOUTH
JACKSONVILLE FL 32216

CREDITOR ID: 406632-MS
FITTS, GORDON M
136 ESSEX DRIVE
PAWLEYS ISLAND SC 29585

CREDITOR ID: 555502-BC
FITTS, MELINDA
P.O.BOX #7
LAKE WORTH FL 33460

CREDITOR ID: 550937-BI
FITZGERALD BAND BOOSTERS
PO BOX 5167
FITZGERALD GA 31750

CREDITOR ID: 550938-BI
FITZGERALD BEN HILL CHAMBER OF COMMERCE`
805 SOUTH GRANT STREET
FITZGERALD GA 31750

CREDITOR ID: 550939-BI
FITZGERALD BEN HILL LANDFILL
544 CAMP BROOKLYN RD
FITZGERALD GA 31750

CREDITOR ID: 249607-12
FITZGERALD BEN HILL LANDFILL
544 CAMP BROOKLYN RD
FITZGERALD, GA 31750

CREDITOR ID: 550940-BI
FITZGERALD WATER & LIGHT
PO DRAWER F
FITZGERALD GA 31750

CREDITOR ID: 555503-BC
FITZGERALD, CHARLOTTE ROSEMARY
8664 W. CHARLYNN LN
CRYSTAL RIVER FL 34428

CREDITOR ID: 406633-MS
FITZGERALD, JOHN DARRYL
6016 LA QUINTA CIRCLE
EDMOND OK 73003

CREDITOR ID: 406635-MS
FITZGERALD, JOHN F
214 ARROWHEAD DR
MONTGOMERY AL 36117

CREDITOR ID: 407754-15
FITZGERALD-BEN HILL LANDFILL
544 CAMP BROOKLYN ROAD
FITZGERALD GA 31750

CREDITOR ID: 407754-15
FITZGERALD-BEN HILL LANDFILL
C/O JAY SHERRELL SMITH & BRADDY, PC
ATTN JOHN E SMITH, III, ESQ
PO BOX 308
FITZGERALD GA 31750-0308

CREDITOR ID: 416996-15
FITZGERALD-MARHOLD, MAUREEN
C/O GRAYROBINSON, PA
ATTN J ANTHONY / S BIERNACKI, ESQS
201 N FRANKLIN STREET, SUITE 2200
TAMPA FL 33602

CREDITOR ID: 550941-BI
FITZPATRICK GREENHOUSE`
185 GHOLSTON ST
FITZPATRICK AL 36029

CREDITOR ID: 550942-BI
FITZPATRICK PLUMBING INC
PO BOX 12117
FORT PIERCE FL 34979-2117

CREDITOR ID: 249610-12
FITZPATRICK PLUMBING INC
ATTN: KAREN WILSON
PO BOX 12117
FORT PIERCE, FL 34979-2117

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 278842-30<br>FIVE BROTHERS PRODUCE INC<br>PO BOX 349168<br>HOMESTEAD, FL 33034-9168 | CREDITOR ID: 550944-BI<br>FIVE STAR STAFFING INC<br>PO BOX 63-5077<br>CINCINNATI OH 45263-5077 | CREDITOR ID: 550943-BI<br>FIVE STAR STAFFING INC<br>3235 OMNI DRIVE<br>CINCINNATI OH 45245 |
| CREDITOR ID: 550945-BI<br>FKI LOGISTEX<br>PO BOX 60627<br>CHARLOTTE NC 28260-0627 | CREDITOR ID: 249615-12<br>FKI LOGISTEX<br>PO BOX 60627<br>CHARLOTTE, NC 28260-0627 | CREDITOR ID: 249617-12<br>FLA ORTHOPEDICS INC<br>ATTN: RUDY RICHARDS, CREDIT MGR<br>PO BOX 277810<br>MIRAMAR, FL 33027-7810 |
| CREDITOR ID: 550946-BI<br>FLA SENTINEL BULLETIN<br>P O BOX 3363<br>TAMPA FL 33601 | CREDITOR ID: 249619-12<br>FLA SENTINEL BULLETIN<br>PO BOX 3363<br>TAMPA, FL 33601 | CREDITOR ID: 550948-BI<br>FLAG BANK<br>4365 RIVER GREEN PKWY<br>STE #101  LN #1024582401<br>ATTN: JULIE SLOAN RE: W DIXIE,LLC<br>DULUTH GA 30096 |
| CREDITOR ID: 550947-BI<br>FLAG BANK<br>3475 PIEDMONT ROAD NE<br>SUITE 550<br>LOAN# 1024582401 REF: W DIXIE LLC<br>ATLANTA GA 30305 | CREDITOR ID: 1337-07<br>FLAG BANK<br>3475 PIEDMONT ROAD NE, SUITE 550<br>ATLANTA, GA 30305 | CREDITOR ID: 550949-BI<br>FLAGLER PUBLISHING INC<br>3 CYPRESS BRANCH WAY SUITE 106<br>PALM COAST FL 32164 |
| CREDITOR ID: 452446-99<br>FLAGLER RETAIL ASSOCIATES LTD<br>C/O TEW CARDENAS LLP<br>ATTN: THOMAS R LEHMAN<br>FOUR SEASONS TOWER, 15TH FL<br>1441 BRICKELL AVENUE<br>MIAMI FL 33131-3407 | CREDITOR ID: 551047-BI<br>FLAGLER RETAIL ASSOCIATES LTD<br>D/B/A PARKHILL PLAZA<br>ACCT# 2000013823272<br>PO BOX 862792<br>ORLANDO FL 32886-2792 | CREDITOR ID: 1338-07<br>FLAGLER RETAIL ASSOCIATES LTD<br>D/B/A PARKHILL PLAZA<br>ACCT# 2000013823272<br>PO BOX 862792<br>ORLANDO, FL 32886-2792 |
| CREDITOR ID: 278785-99<br>FLAGLER RETAIL ASSOCIATES LTD<br>C/O LEVI LUBARSKY & FEIGENBAUM LLP<br>ATTN: HOWARD LEVI/STEVEN FEIGENBAUM<br>845 THIRD AVE 21ST FL<br>NEW YORK NY 10022 | CREDITOR ID: 452455-99<br>FLAGLER RETAIL ASSOCIATES LTD<br>C/O SCRUGGS & CARMICHAEL PA<br>ATTN: KAREN K SPECIE, ESQ<br>ONE SE FIRST AVENUE<br>PO BOX 23109<br>GAINESVILLE FL 32602 | CREDITOR ID: 278829-99<br>FLAGLER RETAIL ASSOCIATES LTD<br>C/O LEVI LUBARSKY & FEIGENBAUM LLP<br>ATTN HOWARD B LEVI ESQ<br>& STEVEN B FEIGENBAUM ESQ<br>1185 AVENUE OF THE AMERICAS FL 17<br>NEW YORK NY 10036-2603 |
| CREDITOR ID: 403203-99<br>FLAGLER RETAIL ASSOCIATES LTD<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 406636-MS<br>FLAHERTY, ED<br>5318 1ST ST EAST<br>BRADENTON FL 34203 | CREDITOR ID: 555504-BC<br>FLAKE, TONYA<br>4101 W ATLANTIC BLVD<br>COCONUT CREEK FL 33066 |
| CREDITOR ID: 249624-12<br>FLAMINGO EAST LTD<br>PO BOX 568368<br>C/O SAGIO DEVELOPMENT CORPORATION<br>ORLANDO, FL 32856-8368 | CREDITOR ID: 1339-07<br>FLAMINGO EAST LTD<br>C/O SAGIO DEVELOPMENT CORP.<br>PO BOX 568368<br>ORLANDO, FL 32856-8368 | CREDITOR ID: 551048-BI<br>FLAMINGO EAST LTD<br>PO BOX 568368<br>C/O SAGIO DEVELOPMENT CORPORATION<br>ORLANDO FL 32856-8368 |
| CREDITOR ID: 551049-BI<br>FLAN RICO<br>405 EAST 149TH STREET<br>GARDENA CA 90248 | CREDITOR ID: 551050-BI<br>FLANDERS PRECISIONAIRE<br>PO BOX 538262<br>ATLANTA GA 30353-8262 | CREDITOR ID: 249627-12<br>FLANDERS PROVISION CO<br>1104 GILMORE ST<br>WAYCROSS GA 31501 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 551051-BI
FLANDERS PROVISION CO
1104 GILMORE ST
WAYCROSS GA 31501

CREDITOR ID: 538010-BA
FLANERY, KIMBERLY
C/O CHARLES TUCKER PA
300 SE FIRST AVE
OCALA FL 34471

CREDITOR ID: 535814-BA
FLANERY, KIMBERLY
1022 NE 39 COURT
OCALA FL 34470

CREDITOR ID: 535815-BA
FLANNING, JAMESHA
2222 51ST STREET SOUTH
GULFPORT FL 33707

CREDITOR ID: 538011-BA
FLANNING, JAMESHA
C/O MERRICKS, HALE & SWOPE, P.A.
ATTN DAVID PAULSEN, ESQ.
2450 SUNSET POINT RD, STE D
CLEARWATER FL 33765

CREDITOR ID: 249630-12
FLAVOR MATERIALS INTERNATIONAL
10 D ENGELHARD AVE
AVENEL, NJ 07001

CREDITOR ID: 278880-30
FLAVOR PIC TOMATO CO INC
BUILDING 1
420 FINLEY AVE W
BIRMINGHAM, AL 35204

CREDITOR ID: 551052-BI
FLAVOR PIC TOMATO CO INC
BUILDING 1
420 FINLEY AVE W
BIRMINGHAM AL 35204

CREDITOR ID: 404048-15
FLAV-O-RICH, INC
ATTN TERESA SMITH
221 HAL ROGERS PARKWAY
LONDON KY 40741

CREDITOR ID: 381886-99
FLAVOR-PAC TOMATO CO INC
C/O LAW OFFICES OF KEATON & ASSOC
ATTN: MARY E GARDNER
1278 W NORTHWEST HWY, STE 903
PALATINE IL 60067

CREDITOR ID: 551053-BI
FLAVORS FROM FLORIDA
PO BOX 641621
PITTSBURG PA 15264-1621

CREDITOR ID: 395442-64
FLAVORX
8120 WOODMONT AVE
SUITE 600
BETHESDA, MD 20814

CREDITOR ID: 551054-BI
FLAVORX INC
8120 WOODMONT AVE
STE 600
BETHESDA MD 20814

CREDITOR ID: 382576-51
FLEET BUSINESS CREDIT
ONE SOUTH WACKER DRIVE
CHICAGO, IL 60606

CREDITOR ID: 551055-BI
FLEET BUSINESS CREDIT CORP
8210 INNOVATION WAY
CHICAGO IL 60682-0082

CREDITOR ID: 551056-BI
FLEET SERVICES INC
P O BOX 23787
JACKSON MS 39225

CREDITOR ID: 551057-BI
FLEET TIRE & DIESEL
PO BOX 291652
PORT ORANGE FL 32129-1652

CREDITOR ID: 249641-12
FLEETCOR TECHNOLOGIES
PO BOX 11407
BIRMINGHAM, AL 35246-0928

CREDITOR ID: 551058-BI
FLEETCOR TECHNOLOGIES
PO BOX 11407
BIRMINGHAM AL 35246-0928

CREDITOR ID: 249642-12
FLEETPRIDE
PO BOX 281811
ATLANTA, GA 30384-1811

CREDITOR ID: 551059-BI
FLEETSIDE INC
1841 A OLD CHEMSTRAND ROAD
CANTONMENT FL 32533

CREDITOR ID: 551061-BI
FLEETWASH INC
PO BOX 36014
NEWARK NJ 07188-6014

CREDITOR ID: 551060-BI
FLEETWASH INC
PO BOX 19370A
NEWARK NJ 07195-0370

CREDITOR ID: 551062-BI
FLEETWING CORPORATION
PO BOX 22
LAKELAND FL 33802-0022

CREDITOR ID: 406637-MS
FLEETWOOD, LEWIS N.
601 W. SYLVAN DR., #813
BRANDON FL 33510

CREDITOR ID: 551063-BI
FLEISCHERS BAGEL INC
1688 NORTH WAYNEPORT ROAD
MACEDON NY 14502

CREDITOR ID: 551064-BI
FLEISCHMANNS VINEGAR COMPANY INC
PO BOX 67000
DEPT 276401
DETROIT MI 48267-2764

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 249644-12<br>FLEISCHMANN'S YEAST INC<br>4783 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | CREDITOR ID: 535816-BA<br>FLEITES, MICHELLE<br>9125 SW 77 AVE, APT 402<br>MIAMI FL 33156 | CREDITOR ID: 551065-BI<br>FLEMING AND COMPANY<br>P O BOX 790100<br>ST LOUIS MO 63179-0100 |
| CREDITOR ID: 551066-BI<br>FLEMING FLOOR COVERING<br>PO BOX 91146<br>MOBILE AL 36691 | CREDITOR ID: 551067-BI<br>FLEMING ISLAND HIGH SCHOOL<br>2233 VILLAGE SQUARE PARKWAY<br>ORANGE PARK FL 32003 | CREDITOR ID: 408304-15<br>FLEMING, MABLE<br>C/O GARY O BRUCE, PC<br>ATTN GARY O BRUCE, ESQ<br>912 SECOND AVENUE<br>COLUMBUS GA 31901 |
| CREDITOR ID: 386014-54<br>FLEMING, TERESA<br>803 64TH AVE<br>MERIDIAN, MS 39307 | CREDITOR ID: 391106-55<br>FLEMING, ZENA<br>C/O KENNEDY LAW GROUP<br>ATTN J D MALKOWSKI/M DONALDSON ESQS<br>5100 W KENNEDY BLVD, SUITE 101<br>TAMPA FL 33609 | CREDITOR ID: 535817-BA<br>FLEMMING, JOHN<br>15 A GARRETT ROAD<br>PHENIX CITY AL 36869 |
| CREDITOR ID: 389920-54<br>FLEMMINGS, OLIVIA H<br>2451 QUEBEO AVENUE SOUTH<br>SAINT PETERSBURG, FL 33701 | CREDITOR ID: 416260-QR<br>FLEMMINGS, OLIVIA H<br>C/O JOSEPH C. WHITELOCK, ESQ<br>3245 5TH AVENUE N<br>ST PETERSBURG FL 33713 | CREDITOR ID: 249649-12<br>FLENTS PRODUCTS CO INC<br>11750 12TH AVENUE SOUTH<br>BURNSVILLE, MN 55337 |
| CREDITOR ID: 551068-BI<br>FLENTS PRODUCTS CO INC<br>11750 12TH AVENUE SOUTH<br>BURNSVILLE MN 55337 | CREDITOR ID: 259832-12<br>FLESSES, ROBIN<br>221 HANOVER CT<br>BOWLING GREEN KY 42101 | CREDITOR ID: 551069-BI<br>FLETCHER BRIGHT<br>ATTN PAT JENNINGS<br>537 MARKET ST STE 400<br>CHATTANOOGA TN 37402 |
| CREDITOR ID: 403548-99<br>FLETCHER BRIGHT COMPANY<br>C/O MILLER & MARTIN PLLC<br>ATTN: CATHERINE A HARRISON, ESQ<br>STE 800, 1170 PEACHTREE ST NE<br>ATLANTA GA 30309-7649 | CREDITOR ID: 551070-BI<br>FLETCHER HEATING & A/C<br>1171 BOWENS MILL HWY<br>FITZGERALD GA 31750 | CREDITOR ID: 392420-55<br>FLETCHER, PATRICIA<br>C/O CHAMBERS & RICE<br>ATTN CHARLES B RICE, ESQ<br>PO BOX 536<br>HOMERVILLE GA 31634 |
| CREDITOR ID: 538012-BA<br>FLETES, AMANDA<br>C/O LAW OFFICES OF ROBERT<br>RUBENSTEIN<br>ATTN ROBERT RUBENSTEIN, ESQ.<br>9350 S DIXIE HWY, STE 1110<br>MIAMI FL 33156 | CREDITOR ID: 535818-BA<br>FLETES, AMANDA<br>5601 NW 23RD AVE, APT #1<br>MIAMI FL 33142 | CREDITOR ID: 551071-BI<br>FLEXI<br>P O BOX 632154<br>CINCINNATI OH 45263-2154 |
| CREDITOR ID: 551072-BI<br>FLEXION MATERIAL HANDLING INC<br>PO BOX 23702<br>NEW ORLEANS LA 70183-0702 | CREDITOR ID: 406638-MS<br>FLICK, DOUGLAS D<br>4534 BEACON DRIVE W<br>JACKSONVILLE FL 32225 | CREDITOR ID: 249659-12<br>FLIGELS UNIFORM CO<br>ATTN: JUDY P SAXOM, GEN MGR<br>PO BOX 220625<br>CHARLOTTE, NC 28222-0625 |
| CREDITOR ID: 551073-BI<br>FLIGELS UNIFORM CO<br>PO BOX 220625<br>CHARLOTTE NC 28222-0625 | CREDITOR ID: 551074-BI<br>FLINT CROSSING LLC<br>C/O CHASE COMMERCIAL RL EST SV<br>PO BOX 18153<br>HUNTSVILLE AL 35804 | CREDITOR ID: 1340-07<br>FLINT CROSSING LLC<br>C/O CHASE COMMERCIAL RL EST SV<br>PO BOX 18153<br>HUNTSVILLE, AL 35804 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 551075-BI<br>FLINT ELECTRIC MC<br>PO BOX 308<br>REYNOLDS GA 31076-0308 | CREDITOR ID: 249661-12<br>FLINT ELECTRIC MEMBERSHIP CORP<br>PO BOX 308<br>REYNOLDS, GA 31076-0308 | CREDITOR ID: 249661-12<br>FLINT ELECTRIC MEMBERSHIP CORP<br>C/O DANIEL, LAWSON, TUGGLE ET AL<br>ATTN WILLIAM R JERLES, JR, ESQ<br>PO BOX 89<br>PERRY  GA 31069 |
| CREDITOR ID: 535819-BA<br>FLINTS, GWEN<br>131 NE 17TH CT<br>BOYNTON BEACH FL 33435 | CREDITOR ID: 538013-BA<br>FLINTS, GWEN<br>C/O DAVID P GINZBERG,<br>ATTORNEY AT LAW, PA<br>3469 BAYNTON BEACH BLVD, STE 3<br>BOYNTON BEACH FL 33467 | CREDITOR ID: 551076-BI<br>FLOOR EQUIP SERV CO<br>300 N MEADOW STREET<br>METAIRIE LA 70003 |
| CREDITOR ID: 382603-51<br>FLOORGRAPHICS, INC<br>242 PRINCETON AVE STE 120<br>TRENTON NJ 08619-2311 | CREDITOR ID: 551077-BI<br>FLORA FORTE<br>1812 WEST 135TH STREET<br>GARDENA CA 90249 | CREDITOR ID: 551172-BI<br>FLORA SOURCE LLC<br>11420 FORTUNE CIRCLE<br>SUITE I-14<br>WELLINGTON FL 33414 |
| CREDITOR ID: 551173-BI<br>FLORAL ACRES LLC<br>PO BOX 480519<br>DELRAY BEACH FL 33448 | CREDITOR ID: 551174-BI<br>FLORAL MERCH SYSTEMS<br>1325 AMERICAN BLVD EAST<br>MINNEAPOLIS MN 55425-1124 | CREDITOR ID: 249670-12<br>FLORAL MERCHANDISING SYSTEMS<br>1325 AMERICAN BLVD EAST<br>MINNEAPOLIS, MN 55425-1124 |
| CREDITOR ID: 249672-12<br>FLORAL SEASONS CORP<br>ATTN: HOLTEUSIA COBB, PRES<br>4633 SW 11ST<br>MIAMI, FL 33134 | CREDITOR ID: 551175-BI<br>FLORAL SENSE INC<br>PO BOX 833304<br>MIAMI FL 33283-3304 | CREDITOR ID: 551176-BI<br>FLORALIFE INC<br>PO BOX 88030<br>SLOT# 88030<br>CHICAGO IL 60680 |
| CREDITOR ID: 551177-BI<br>FLORALINE DISPLAY PRODUCTS<br>38160 WESTERN PARKWAY<br>WILLOUGHBY OH 44094 | CREDITOR ID: 249675-12<br>FLORALINE DISPLAY PRODUCTS<br>38160 WESTERN PARKWAY<br>WILLOUGHBY, OH 44094 | CREDITOR ID: 315812-40<br>FLORENCE MARKETPLACE INVESTORS<br>C/O SEABOARD ASSET MGMT CO<br>720 SOUTH COIT STREET<br>FLORENCE, SC 29501 |
| CREDITOR ID: 551178-BI<br>FLORENCE MARKETPLACE INVESTORS LLC<br>C/O SEABOARD ASSET MGMT CO<br>720 SOUTH COIT STREET<br>FLORENCE SC 29501 | CREDITOR ID: 249681-12<br>FLORENCE MORNING NEWS<br>PO BOX 100528<br>FLORENCE, SC 29501 | CREDITOR ID: 551179-BI<br>FLORENCE UTILITIES<br>PO BOX 877<br>FLORENCE AL 35631-0877 |
| CREDITOR ID: 240575-06<br>FLORENCE, AL LICENSE COMMISSIONER<br>MICKEY HADDOCK<br>PO BOX 1059<br>FLORENCE AL 35631 | CREDITOR ID: 555507-BC<br>FLORES (MINOR), JIANA<br>2441 WAWANNA DRIVE<br>ORLANDO FL 32807 | CREDITOR ID: 555506-BC<br>FLORES, CARMEN<br>14882 SW 173 ST<br>MIAMI FL 33157 |
| CREDITOR ID: 535820-BA<br>FLORES, KATHLEEN<br>6470 MEADOW CREEK RD.<br>HAHIRA GA 31632 | CREDITOR ID: 535821-BA<br>FLORES, LISA<br>4971 VANN RD<br>VALDOSTA GA 31606 | CREDITOR ID: 535822-BA<br>FLORES, MAURA<br>4754 CARVER ST<br>LAKE WORTH FL 33460 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 538014-BA<br>FLORES, MAURA<br>C/O LABOVICK, LABOVICK & WALD P.A.<br>ATTN ROBERT C BLANK<br>935 MILITARY TRAIL, STE 102<br>JUPITER FL 33458 | CREDITOR ID: 551180-BI<br>FLORI DESIGN<br>PO BOX 518<br>MT DORA FL 32756-0518 | CREDITOR ID: 249687-12<br>FLORIDA AIR TECHNOLOGIES INC<br>1137 SW 7TH ROAD<br>OCALA, FL 34474 |
| CREDITOR ID: 551181-BI<br>FLORIDA AQUATIC MGMT INC<br>PO BOX 1315<br>PALM HARBOR FL 34682-1315 | CREDITOR ID: 249689-12<br>FLORIDA AQUATIC MGMT INC<br>ATTN MADELINE GREEN, SEC TREAS<br>PO BOX 1315<br>PALM HARBOR, FL 34682-1315 | CREDITOR ID: 551182-BI<br>FLORIDA ASSOCIATION FOR FOOD PROTECTION<br>PO BOX 160032<br>ALTAMONTE FL 32716-0032 |
| CREDITOR ID: 381348-47<br>FLORIDA ATLANTIC UNIVERSITY<br>2912 COLLEGE AVENUE<br>DAVIE, FL 33314 | CREDITOR ID: 551183-BI<br>FLORIDA AVENUE ELEMENTARY<br>342 FLORIDA AVE<br>SLIDELL LA 70458 | CREDITOR ID: 551184-BI<br>FLORIDA BAR<br>651 EAST JEFFERSON STREET<br>TALLAHASSEE FL 32399-2300 |
| CREDITOR ID: 249696-12<br>FLORIDA BAR<br>650 APALACHEE PARKWAY<br>TALLAHASSEE, FL 32399-2300 | CREDITOR ID: 249698-12<br>FLORIDA BEARINGS, INC<br>ATTN PATTI MARCHETTI, SECY/TREAS<br>PO DRAWER 370690<br>MIAMI FL 33137-0690 | CREDITOR ID: 551185-BI<br>FLORIDA BULK SALES INC<br>PO BOX 2644<br>EATON PARK FL 33840-2644 |
| CREDITOR ID: 551186-BI<br>FLORIDA CARBONIC<br>2914 US 301 NORTH<br>TAMPA FL 33619 | CREDITOR ID: 551187-BI<br>FLORIDA CERTIFIED SIGN ERECTORS<br>116 KINGSWOOD DRIVE<br>SUITE 6<br>DOTHAN AL 36303 | CREDITOR ID: 551188-BI<br>FLORIDA CHAMBER OF COMMERCE<br>PO BOX 11309<br>TALLAHASSEE FL 32302-3309 |
| CREDITOR ID: 551189-BI<br>FLORIDA CITY GAS<br>PO BOX 1209<br>NEWARK NJ 07101-1209 | CREDITOR ID: 551190-BI<br>FLORIDA CITY GAS<br>PO BOX 6060<br>ELIZABETH NJ 07207 | CREDITOR ID: 551191-BI<br>FLORIDA COCA COLA BOTTLING<br>PO BOX 102519<br>ATLANTA GA 30368-0519 |
| CREDITOR ID: 551192-BI<br>FLORIDA COCA COLA BOTTLING<br>PO BOX 102519<br>ATLANTA GA 30368-0519 | CREDITOR ID: 551193-BI<br>FLORIDA COCA COLA BOTTLING/DSD<br>DSD PAYMENTS ONLY<br>PO BOX 102519<br>ATLANTA GA 30368-0519 | CREDITOR ID: 278687-99<br>FLORIDA COCA-COLA<br>ATTN DICK STITELER<br>DIRECTOR OF CUSTOMER FINANCIAL SVCS<br>PO BOX 30000<br>ORLANDO FL 32891-0001 |
| CREDITOR ID: 551194-BI<br>FLORIDA COMFORT INC<br>5913-1 ST AUGUSTINE RD<br>JACKSONVILLE FL 32207 | CREDITOR ID: 249708-12<br>FLORIDA COMFORT INC<br>RAY R BENKENDORF/RICHARD HARPER<br>5913 ST AUGUSTINE RD, SUITE 1<br>JACKSONVILLE, FL 32207 | CREDITOR ID: 551195-BI<br>FLORIDA COMMUNITY COLLEGE AT JACKSONVILL<br>501 WEST STATE STREET<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 279233-35<br>FLORIDA CRYSTALS FOOD CORP<br>C/O BLANCO, TACKABERY, ET AL<br>ATTN GENE B TARR, ESQ<br>PO DRAWER 25008<br>WINSTON-SALEM NC 27114-5008 | CREDITOR ID: 551196-BI<br>FLORIDA CRYSTALS FOOD CORP<br>PO BOX 4671<br>WEST PALM BEACH FL 33402 | CREDITOR ID: 279233-35<br>FLORIDA CRYSTALS FOOD CORP<br>ATTN WILLIAM F TARR, ESQ<br>ONE NORTH CLEMATIS STREET, STE 200<br>WEST PALM BEACH FL 33401 |

SERVICE LIST
Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406195-99<br>FLORIDA CRYSTALS FOOD CORPORATION<br>C/O BLANCO TACKABERY ET AL<br>ATTN: GENE B TARR, ESQ<br>PO DRAWER 25008<br>WINSTON-SALEM NC 27114-5008 | CREDITOR ID: 551197-BI<br>FLORIDA DEPARTMENT OF<br>AGRICULTURE AND CONSUMER SVC<br>DIV OF FRUIT AND VEGETABLES<br>PO BOX 1072<br>WINTER HAVEN FL 33882-1072 | CREDITOR ID: 551199-BI<br>FLORIDA DEPARTMENT OF AGRICULTURE<br>AND CONSUMER SERVICES<br>PO BOX 6700<br>TALLAHASSEE FL 32314-6700 |
| CREDITOR ID: 551198-BI<br>FLORIDA DEPARTMENT OF AGRICULTURE<br>AND CONSUMER SERVICES<br>P O BOX 6720<br>TALLAHASSEE FL 32314-6720 | CREDITOR ID: 551200-BI<br>FLORIDA DEPARTMENT OF AGRICULTURE<br>P O BOX 1192<br>WINTER HAVEN FL 33882 | CREDITOR ID: 551295-BI<br>FLORIDA DEPARTMENT OF FINANCIAL SERVICES<br>PO BOX 850001<br>ORLANDO FL 32885-0284 |
| CREDITOR ID: 551296-BI<br>FLORIDA DEPARTMENT OF TRANSPORTATION<br>MOTOR CARRIER COMPLIANCE<br>1815 THOMASVILLE ROAD<br>PENALTY COLLECTION ROAD<br>TALLAHASSEE FL 32303-5750 | CREDITOR ID: 551297-BI<br>FLORIDA DEPT OF AGRI & CONSUMERS SVC<br>PO BOX 6720<br>TALLAHASSEE FL 32314-6720 | CREDITOR ID: 551299-BI<br>FLORIDA DEPT OF AGRICULTURE<br>CONSUMER SERVICES<br>PO BOX 6720<br>TALLAHASSEE FL 32314-6720 |
| CREDITOR ID: 551298-BI<br>FLORIDA DEPT OF AGRICULTURE<br>AND CONSUMER SERVICES<br>PO BOX 6720<br>TALLAHASSEE FL 32314-6720 | CREDITOR ID: 551300-BI<br>FLORIDA DEPT OF AGRICULTURE<br>PO BOX 1192<br>WINTER HAVEN FL 33882-1192 | CREDITOR ID: 551302-BI<br>FLORIDA DEPT OF AGRICULTURE & CONSUMER<br>SERVICES<br>PO BOX 6710<br>TALLAHASSEE FL 32314-6710 |
| CREDITOR ID: 551301-BI<br>FLORIDA DEPT OF AGRICULTURE & CONSUMER<br>AGENCY CLERK<br>PO BOX 6720<br>TALLAHASSEE FL 32314-6720 | CREDITOR ID: 551303-BI<br>FLORIDA DEPT OF AGRICULTURE AGENCY CLERK<br>PO BOX 6720<br>TALLAHASSEE FL 32314-6720 | CREDITOR ID: 551307-BI<br>FLORIDA DEPT OF REVENUE<br>FLORIDA UC FUND<br>5050 W TENNESSEE ST<br>TALLAHASSEE FL 32399-0125 |
| CREDITOR ID: 551304-BI<br>FLORIDA DEPT OF REVENUE<br>5050 W TENNESSEE ST<br>TALLAHASSEE FL 32399-0125 | CREDITOR ID: 551306-BI<br>FLORIDA DEPT OF REVENUE<br>FLORIDA UC FUND<br>5050 W TENNESSEE ST<br>TALLAHASSEE FL 32399-0125 | CREDITOR ID: 551305-BI<br>FLORIDA DEPT OF REVENUE<br>5050 W TENNESSEE ST<br>TALLAHASSEE FL 32399-0125 |
| CREDITOR ID: 551308-BI<br>FLORIDA DEPT OF STATE DIVISION OF CORP<br>PO BOX 6327<br>TALLAHASSEE FL 32314 | CREDITOR ID: 551309-BI<br>FLORIDA DEPT OF TRANS. PENALTY COLLECT.<br>UNIT/ WOODCREST OFFICE PARK BLDG K<br>325 JOHN KNOX ROAD<br>TALLAHASSEE FL 32303 | CREDITOR ID: 551310-BI<br>FLORIDA DEPT OF TRANSPORTATION<br>HAYDON BURNS BULD MS# 58<br>605 SUWANNEE STREET<br>TALLAHASSEE FL 32399 |
| CREDITOR ID: 551311-BI<br>FLORIDA DETROIT DIESEL<br>PO BOX 16595<br>JACKSONVILLE FL 32245-6595 | CREDITOR ID: 551312-BI<br>FLORIDA DETROIT DIESEL-ALLISON<br>2277 NW 14TH STREET<br>MIAMI FL 33125-0068 | CREDITOR ID: 249739-12<br>FLORIDA DETROIT DIESEL-ALLISON INC<br>ATTN: RICHARD ARKLIO<br>PO BOX 16595<br>JACKSONVILLE, FL 32245-6595 |
| CREDITOR ID: 249740-12<br>FLORIDA DICKENS ASSOCIATES<br>PO BOX 863030<br>ORLANDO, FL 32886-3030 | CREDITOR ID: 404014-15<br>FLORIDA DICKENS ASSOCIATES<br>ATTN WILLIAM L PIERPOINT<br>PO BOX 5005<br>RANCHO MIRAGE CA 92270 | CREDITOR ID: 551313-BI<br>FLORIDA DICKENS ASSOCIATES LTD<br>PO BOX 863030<br>ORLANDO FL 32886-3030 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407777-99<br>FLORIDA DICKENS ASSOCIATES LTD<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 1341-07<br>FLORIDA DICKENS ASSOCIATES LTD<br>PO BOX 863030<br>ORLANDO, FL 32886-3030 | CREDITOR ID: 551315-BI<br>FLORIDA DOOR SOLUTIONS<br>28 EAST MAIN STREET<br>SUITE D<br>APOPKA FL 32703 |
| CREDITOR ID: 551314-BI<br>FLORIDA DOOR SOLUTIONS<br>1148 MILL RUN CIRCLE<br>APOPKA FL 32703 | CREDITOR ID: 249745-12<br>FLORIDA DRUG & PARAMEDICAL<br>1114  EAST JEFFERSON STREET<br>BROOKSVILLE FL 34601 | CREDITOR ID: 551316-BI<br>FLORIDA DRUG & PARAMEDICAL<br>1114  EAST JEFFERSON STREET<br>BROOKSVILLE FL 34601 |
| CREDITOR ID: 384126-47<br>FLORIDA EAST COAST RAILWAY<br>VOLPE BAJALIA WICKES ROGERSON ET AL<br>RIVERPLACE TOWER<br>1301 RIVERPLACE BLVD, SUITE 1700<br>JACKSONVILLE FL 32207 | CREDITOR ID: 551317-BI<br>FLORIDA EAST COAST RAILWAY<br>PO BOX 863029<br>ORLANDO FL 32886-3029 | CREDITOR ID: 384126-47<br>FLORIDA EAST COAST RAILWAY<br>ATTN WILLIAM A COGGINS, JR, CR MGR<br>ONE MALAGA STREET<br>PO BOX 1048<br>ST AUGUSTINE FL 32085-1048 |
| CREDITOR ID: 551318-BI<br>FLORIDA EAST COAST RAILWAY -REFER<br>PO BOX 863029<br>ORLANDO FL 32886-3029 | CREDITOR ID: 551319-BI<br>FLORIDA ELECTRIC<br>1128 ATLANTA AVE<br>ORLANDO FL 32806 | CREDITOR ID: 551320-BI<br>FLORIDA ELECTRIC INC<br>PO BOX 20191<br>TALLAHASSEE FL 32316-0191 |
| CREDITOR ID: 551321-BI<br>FLORIDA ELECTRIC MOTOR<br>6350 NORTHEAST 4TH COURT<br>MIAMI FL 33138-2208 | CREDITOR ID: 395414-64<br>FLORIDA ENVIRONMENTAL ENGINEERING INC<br>NORTHEAST DISTRICT AIR PROGRAMS<br>`7825 BAYMEADOWS WAY, SUITE 8200<br>JACKSONVILLE, FL 32256 | CREDITOR ID: 551322-BI<br>FLORIDA ENVIRONMENTAL HEALTH<br>2153 LINDEN ROAD<br>WINTER PARK FL 32792 |
| CREDITOR ID: 551419-BI<br>FLORIDA ENVIRONMENTAL HEALTH<br>3539 APALACHEE PARKWAY<br># 215<br>TALLAHASSEE FL 32311 | CREDITOR ID: 551420-BI<br>FLORIDA EQUIPMENT SERVICE INC<br>6712 HIGHWAY AVE<br>JACKSONVILLE FL 32254 | CREDITOR ID: 551421-BI<br>FLORIDA FIRST LOGISTICS<br>PO BOX 600940<br>JACKSONVILLE FL 32260-0940 |
| CREDITOR ID: 551422-BI<br>FLORIDA FISH & WILDLIFE CONSERVATION CO<br>SALTWATER LICENSE SECTION<br>P O BOX 6150<br>TALLAHASSEE FL 32314 | CREDITOR ID: 551423-BI<br>FLORIDA FISH & WILDLIFE CONSERVATION COM<br>FRESH WATER - COMMERCIAL LICENSING<br>P.O. BOX 6150<br>TALLAHASSEE FL 32303-6150 | CREDITOR ID: 551424-BI<br>FLORIDA FISH & WILDLIFE CONSERVSTION COM<br>SALTWATER LICENSE SECTION<br>P O BOX 6150<br>TALLAHASSEE FL 32314 |
| CREDITOR ID: 551425-BI<br>FLORIDA FISH AND WILDLIFE<br>CONSERVATION COMMISSION<br>PO BOX 6150<br>TALLAHASSEE FL 32303-6150 | CREDITOR ID: 551426-BI<br>FLORIDA FORK LIFT SUPPLY<br>5080 BEAVER ST W<br>JACKSONVILLE FL 32254 | CREDITOR ID: 249764-12<br>FLORIDA FORK LIFT SUPPLY INC<br>ATTN MC SCHELLINGER JR, PRESIDENT<br>5080 BEAVER ST W<br>JACKSONVILLE, FL 32254 |
| CREDITOR ID: 551427-BI<br>FLORIDA FRESH INTERNATIONAL INC<br>PO BOX 901348<br>HOMESTEAD FL 33090 | CREDITOR ID: 278882-30<br>FLORIDA FRESH INTERNATIONAL INC<br>PO BOX 901348<br>HOMESTEAD, FL 33090 | CREDITOR ID: 249766-12<br>FLORIDA GARDEN PRODUCTS<br>PO BOX 622708<br>OVIEDO, FL 32762-2708 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

CREDITOR ID: 551428-BI
FLORIDA GARDEN PRODUCTS
PO BOX 622708
OVIEDO FL 32762-2708

CREDITOR ID: 551429-BI
FLORIDA GOLD HOTSAUCE INC
REX J BALKARAN
12110 SW 171 TERRACE
MIAMI FL 33177

CREDITOR ID: 551430-BI
FLORIDA GOVERNMENTAL UTILITY
12355 COLLIER BLVD
STE C
NAPLES FL 34116-6027

CREDITOR ID: 551431-BI
FLORIDA GOVERNMENTAL UTILITY
1805 CR9510 STE C
NAPLES FL 34116

CREDITOR ID: 551432-BI
FLORIDA GOVERNMENTAL UTILITY AUTHORITY
1320 HOMESTEAD ROAD N
LEHIGH ARCES FL 33936-6016

CREDITOR ID: 551433-BI
FLORIDA GOVERNMENTAL UTILITY AUTHORITY
871 TOWNE CENTER DR
KISSIMMEE FL 34759-3495

CREDITOR ID: 551434-BI
FLORIDA GUARANTEED LOAN PROGRAM
ADMINSTRATIVE WAGE GARNISHMENT
P O BOX 277412
ATLANTA GA 30384-7412

CREDITOR ID: 249771-12
FLORIDA HARDWARE LLC
ATTN: FRED G RIGGS, CR MGR
PO BOX 6759
JACKSONVILLE, FL 32236-6759

CREDITOR ID: 551435-BI
FLORIDA HOSP CENTRA CARE
ATTN CORPORATE BILLING
901 LAKE DESTINY DRIVE SUITE 400
MAITLAND FL 32751

CREDITOR ID: 384127-47
FLORIDA HOSP CENTRA CARE
ATTN CORPORATE BILLING
901 LAKE DESTINY DRIVE SUITE 400
MAITLAND, FL 32751

CREDITOR ID: 551436-BI
FLORIDA HOSPITAL-HEARTLAND
4200 SUN N LAKE BLVD
SEBRING FL 33871-9400

CREDITOR ID: 551437-BI
FLORIDA INDEPENDENT TRUCK REPAIR
2709 MEADOW LANE
FORT MYERS FL 33901

CREDITOR ID: 381135-47
FLORIDA INDUS BATTERY SERVICES INC
ATTN RONALD WAYNE ABBOTT, OWNER
2699 W 79TH ST BAY 8
HIALEAH FL 33016-0000

CREDITOR ID: 551438-BI
FLORIDA INDUSTRIAL BATTERY
2699 W 79TH ST BAY 8
HIALEAH FL 33016

CREDITOR ID: 551439-BI
FLORIDA INDUSTRIAL PRODUCTS
PO BOX 5137
TAMPA FL 33675-5137

CREDITOR ID: 249777-12
FLORIDA INDUSTRIAL PRODUCTS
PO BOX 5137
TAMPA, FL 33675-5137

CREDITOR ID: 551440-BI
FLORIDA INSTITUTE OF CERTIFIED PUBLIC
ACCOUNTANTS
PO BOX 850001
ORLANDO FL 32885-0158

CREDITOR ID: 410478-15
FLORIDA KEYS AQUEDUCT AUTHORITY
ATTN ACELIA PLANS
1100 KENNEDY DRIVE
KEY WEST FL 33040

CREDITOR ID: 410478-15
FLORIDA KEYS AQUEDUCT AUTHORITY
C/O ZORRILLA & ASSOCIATES, PL
ATTN JUAN C ZORRILL, ESQ.
1401 BRICKELL AVENUE, SUITE 570
MIAMI FL 33131

CREDITOR ID: 551441-BI
FLORIDA KEYS AQUEDUCT COMM
PO BOX 1479
KEY WEST FL 33041-1479

CREDITOR ID: 551442-BI
FLORIDA KEYS ELEC COOP ASSOC
PO BOX 377
TAVERNIER FL 33070-0377

CREDITOR ID: 249785-12
FLORIDA KEYS ELEC COOP INC
ATTN SHAWN P MULHOLLAND
91605 OVERSEAS HIGHWAY
PO BOX 377
TAVERNIER, FL 33070-0377

CREDITOR ID: 551443-BI
FLORIDA KEYS SPRING WATER CORP
PO BOX 431545
BIG PINE KEY FL 33043

CREDITOR ID: 551444-BI
FLORIDA LASER ALIGNMENT
400 NORTH 4TH STREET
PALATKA FL 32177

CREDITOR ID: 383058-51
FLORIDA MEDICAID
PO BOX 13000
TALLAHASSEE, FL 32317-3000

CREDITOR ID: 551445-BI
FLORIDA MEDICAL CLINIC
38135 MARKET SQ
ZEPHYRHILLS FL 33540

CREDITOR ID: 551446-BI
FLORIDA PHYSICIANS MEDICAL GROUP
P O BOX 538600
ORLANDO FL 32853-8600

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 249796-12
FLORIDA PHYSICIANS MEDICAL GROUP
PO BOX 538600
ORLANDO, FL 32853-8600

CREDITOR ID: 249797-12
FLORIDA POULTRY FEDERATION
ATTN: CHARLES R SMITH, EXEC VP
4508 OAK FAIR BLVD STE 290
TAMPA, FL 33610-7349

CREDITOR ID: 551543-BI
FLORIDA POULTRY FEDERATION
4508 OAK FAIR BLVD STE 290
TAMPA FL 33610-7349

CREDITOR ID: 551544-BI
FLORIDA POWER & LIGHT
GENERAL MAIL FACILITY
MIAMI FL 33188-0001

CREDITOR ID: 551545-BI
FLORIDA POWER & LIGHT
GENERAL MAIL FACILITY
MIAMI FL 33188-0001

CREDITOR ID: 249798-12
FLORIDA POWER & LIGHT
GENERAL MAIL FACILITY
MIAMI, FL 33188-0001

CREDITOR ID: 411344-GX
FLORIDA POWER & LIGHT COMPANY
P O BOX 25426
MIAMI FL 33102

CREDITOR ID: 551546-BI
FLORIDA POWER SOLUTIONS
P O BOX 677
MULBERRY FL 33860

CREDITOR ID: 551547-BI
FLORIDA POWERTRAIN & HYDRAULICS INC
PO BOX 6307
JACKSONVILLE FL 32236-6307

CREDITOR ID: 551548-BI
FLORIDA PUB UTILS/DELRAY BEACH
PO BOX 7005
MARIANNA FL 32447-7005

CREDITOR ID: 264652-12
FLORIDA PUBLIC UTILITIES
ATTN JULIE PETTY, DIRECTOR
PO BOX 3395
WEST PALM BEACH FL 33402-3395

CREDITOR ID: 407610-15
FLORIDA PUBLIC UTILITIES CO
ATTN JULIE PETTY, DIRECTOR
401 S DIXIE HWY
WEST PALM BEACH FL 33401

CREDITOR ID: 551549-BI
FLORIDA RECYCLING
3817 COLLECTIONS CENTER DR
CHICAGO IL 60693

CREDITOR ID: 249805-12
FLORIDA RECYCLING
3817 COLLECTIONS CENTER DR
CHICAGO, IL 60693

CREDITOR ID: 381123-47
FLORIDA RECYCLING SERVICES
1099 MILLER DR
ALTAMONTE SPRINGS, FL 32701

CREDITOR ID: 249806-12
FLORIDA RECYCLING SERVICES
7770 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

CREDITOR ID: 551550-BI
FLORIDA RECYCLING SERVICES - AL
7770 COLLECTION CENTER DRIVE
CHICAGO IL 60693

CREDITOR ID: 2907-04
FLORIDA REFUSE
ATTN MELODEE SHORES
3820 MAINE AVENUE
LAKELAND, FL 33801

CREDITOR ID: 551551-BI
FLORIDA REFUSE SERVICE INC
PO BOX 9001599
LOUISVILLE KY 40290-1599

CREDITOR ID: 551553-BI
FLORIDA RETAIL FEDERATION
PO BOX 10024
ATTN  ELAINE MANN
TALLAHASSEE FL 32302-2024

CREDITOR ID: 551552-BI
FLORIDA RETAIL FEDERATION
227 SOUTH ADAMS STREET
TALLAHASSEE FL 32301-1720

CREDITOR ID: 551554-BI
FLORIDA SALES UNLIMTED
545 EAST 4TH STREET
JACKSONVILLE FL 32206

CREDITOR ID: 533742-C4
FLORIDA SELF INSURERS GUARANTY
ATTN LEGAL DEPARTMENT
1427 E PIEDMONT DRIVE
TALLAHASSEE FL 32308

CREDITOR ID: 551555-BI
FLORIDA SOUND ENGINEERING CO INC
2061 EMERSON STREET
SUITE B
JACKSONVILLE FL 32207

CREDITOR ID: 249815-12
FLORIDA SOUND ENGINEERING CO INC
ATTN DIANA COLE, VP
2061 EMERSON STREET, SUITE B
JACKSONVILLE FL 32207

CREDITOR ID: 551556-BI
FLORIDA STAR
PO BOX 40629
JACKSONVILLE FL 32203-0629

CREDITOR ID: 249816-12
FLORIDA STAR
PO BOX 40629
JACKSONVILLE, FL 32203-0629

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 551557-BI<br>FLORIDA STATE BOARD OF PHARMACY<br>4052 BALD CYPRESSWAY<br>BIN C10<br>TALLAHASSEE FL 32399 | CREDITOR ID: 395480-64<br>FLORIDA STATE LOTTERY COMMISSION<br>250 MARRIOTT DRIVE<br>TALLAHASSEE, FL 32301 | CREDITOR ID: 395532-64<br>FLORIDA STATE UNIVERSITY<br>A3900 UNIVERSITY CENTER<br>TALLAHASSEE, FL 32306-2430 |
| CREDITOR ID: 551558-BI<br>FLORIDA SURPLUS LINES SERVICE OFFICE<br>PO BOX 850001<br>ORLANDO FL 32885-0287 | CREDITOR ID: 416969-15<br>FLORIDA TAX COLLECTORS<br>C/O HILLSBOROUGH CO ATTY'S OFFICE<br>ATTN BRIAN T FITZGERALD, ESQ<br>601 E KENNEDY BLVD, 27TH FLOOR<br>TAMPA FL 33602 | CREDITOR ID: 249823-12<br>FLORIDA TAX WATCH INC<br>ATTN: BARBARA K TAFF, SR VP<br>PO BOX 10209<br>TALLAHASSEE, FL 32302-0209 |
| CREDITOR ID: 551560-BI<br>FLORIDA TIMES UNION<br>DEPT ADV-LDR<br>PO BOX 45008<br>JACKSONVILLE FL 32232-5008 | CREDITOR ID: 551559-BI<br>FLORIDA TIMES UNION<br>C/O CIRCULATION ACCOUNTING<br>ONE RIVERSIDE AVENUE<br>JACKSONVILLE FL 32202 | CREDITOR ID: 249832-12<br>FLORIDA TIMES UNION<br>PO BOX 613<br>PALTKA, FL 32178 |
| CREDITOR ID: 249831-12<br>FLORIDA TIMES UNION<br>ONE RIVERSIDE AVE<br>PO BOX 2602<br>JACKSONVILLE, FL 32202 | CREDITOR ID: 249829-12<br>FLORIDA TIMES UNION<br>C/O CIRCULATION ACCOUNTING<br>ONE RIVERSIDE AVENUE<br>JACKSONVILLE, FL 32202 | CREDITOR ID: 551561-BI<br>FLORIDA TIRE SUPPLY CO INC<br>120 RECKER HIGHWAY<br>AUBURNDALE FL 33823 |
| CREDITOR ID: 249833-12<br>FLORIDA TIRE SUPPLY CO INC<br>ATTN CHRIS S BROWN, PRES<br>120 RECKER HIGHWAY<br>AUBURNDALE, FL 33823 | CREDITOR ID: 551562-BI<br>FLORIDA TODAY<br>PO BOX 331289<br>NASHVILLE TN 37203-7512 | CREDITOR ID: 551563-BI<br>FLORIDA TODAY PAYMENT CENTER<br>PO BOX 419000<br>MELBOURNE FL 32941-9000 |
| CREDITOR ID: 249835-12<br>FLORIDA TODAY PAYMENT CENTER<br>PO BOX 419000<br>MELBOURNE, FL 32941-9000 | CREDITOR ID: 551564-BI<br>FLORIDA TREND<br>PO BOX 1997<br>MARION OH 43306 | CREDITOR ID: 551565-BI<br>FLORIDA TRUCK PARTS INC<br>CALLER SERVICE # 105100<br>TUCKER GA 30085-5100 |
| CREDITOR ID: 551566-BI<br>FLORIDA TRUCKING ASSOCIATION<br>350 EAST COLLEGE AVENUE<br>TALLAHASSEE FL 32301 | CREDITOR ID: 249839-12<br>FLORIDA TRUCKING ASSOCIATION<br>350 EAST COLLEGE AVENUE<br>TALLAHASSEE, FL 32301 | CREDITOR ID: 249840-12<br>FLORIDA WATER PROCESSING CO<br>1086 NW 53RD STREET<br>FT LAUDERDALE, FL 33309 |
| CREDITOR ID: 551567-BI<br>FLORIDAS NATURAL GROWERS<br>PO BOX 116030<br>ATLANTA GA 30368-6030 | CREDITOR ID: 249844-12<br>FLORIDA'S NATURAL GROWERS, DIV<br>C/O GRONEK & LATHAM, LLP<br>ATTN R SCOTT SHUKER, ESQ<br>PO BOX 3353<br>ORLANDO FL 32802-3353 | CREDITOR ID: 249844-12<br>FLORIDA'S NATURAL GROWERS, DIV<br>CITRUS WORLD, INC<br>ATTN FAYE HARRIS/WM J HENDRY<br>20205 US HIGHWAY 27N<br>PO BOX 1111<br>LAKE WALES FL 33859 |
| CREDITOR ID: 551568-BI<br>FLORIST TRANSWORLD DELIVERY<br>36419 TREASURY CENTER<br>CHICAGO IL 60694 | CREDITOR ID: 551569-BI<br>FLORY SAAVEDRA<br>4125 WEST 11TH COURT<br>HIALEAH FL 33012 | CREDITOR ID: 249852-12<br>FLOWER CONNECTION<br>ATTN LIA ZYGMONT, OWNER<br>1487 NATIONAL HWY<br>THOMASVILLE, NC 27360 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**

**CASE:   05-03817-3F1**

---

CREDITOR ID: 551571-BI
FLOWERS BAKING CO
PO BOX 100826
ATLANTA GA 30384

CREDITOR ID: 551570-BI
FLOWERS BAKING CO
P O BOX 75224
CHARLOTTE NC 28275

CREDITOR ID: 551666-BI
FLOWERS BAKING CO OF
PO BOX 751142
CHARLOTTE NC 28275

CREDITOR ID: 551572-BI
FLOWERS BAKING CO OF
P O BOX 100826
ATLANTA GA 30384

CREDITOR ID: 551667-BI
FLOWERS BAKING CO OF BATON ROUGE
PO BOX 951578
DALLAS TX 75395-1578

CREDITOR ID: 374946-44
FLOWERS BAKING CO OF JACKSONVILLE
ATTN MISSY WILSON, CREDIT MGR
132 NORTH BROAD STREET
THOMASVILLE GA 31792

CREDITOR ID: 551668-BI
FLOWERS BAKING CO OF JACKSONVILLE INC
P O BOX 751142
CHARLOTTE NC 28275

CREDITOR ID: 551669-BI
FLOWERS BAKING CO OF MIAMI INC
PO BOX 101717
ATLANTA GA 30392

CREDITOR ID: 249868-12
FLOWERS BAKING CO OF MORRISTOWN LLC
ATTN MISSY WILSON, CREDIT MGR
132 NORTH BROAD STREET
THOMASVILLE GA 31792

CREDITOR ID: 251211-12
FLOWERS BAKING CO OF NORFOLK LLC
ATTN MISSY WILSON, CREDIT MGR
132 NORTH BROAD STREET
THOMASVILLE GA 31792

CREDITOR ID: 249869-12
FLOWERS BAKING CO OF THOMASVILLE
ATTN MISSY WILSON, CREDIT MGR
132 NORTH BROAD STREET
THOMASVILLE GA 31792

CREDITOR ID: 249856-12
FLOWERS BAKING CO OF VILLA RICA LLC
ATTN MISSY WILSON, CREDIT MGR
132 NORTH BROAD STREET
THOMASVILLE GA 31792

CREDITOR ID: 551670-BI
FLOWERS BAKING COMPANY
PO BOX 101770
ATLANTA GA 30392

CREDITOR ID: 551671-BI
FLOWERS BAKING OF BRADENTON
P O BOX 101741
ATLANTA GA 30392

CREDITOR ID: 551672-BI
FLOWERS BY PAT
948 EDGEWOOD AVE S
JACKSONVILLE FL 32205-5341

CREDITOR ID: 249873-12
FLOWERS BY PAT
948 EDGEWOOD AVE S
JACKSONVILLE, FL 32205-5341

CREDITOR ID: 551673-BI
FLOWERS FOODS
1925 FLOWERS CIRCLE
THOMASVILLE GA 31757

CREDITOR ID: 411116-15
FLOWERS FOODS BAKERY GROUP
ATTN PEGGY CLARK
132 N BROAD STREET
THOMASVILLE GA 31792

CREDITOR ID: 381841-99
FLOWERS FOODS INC & AFFILIATES
C/O KILPATRICK STOCKTON LLP
ATTN: TODD C MEYERS, ESQ
1100 PEACHTREE ST, NE, STE 2800
ATLANTA GA 30309-4530

CREDITOR ID: 551674-BI
FLOWERS FOODS SPECIALTY
PO BOX 102276
ATLANTA GA 30368-2276

CREDITOR ID: 374947-44
FLOWERS FOODS SPECIALTY GROUP LLC
ATTN MISSY WILSON, CREDIT MGR
132 NORTH BROAD STREET
THOMASVILLE GA 31792

CREDITOR ID: 551675-BI
FLOWERS INC BALLOONS
325 CLEVELAND ROAD
BOGART GA 30622

CREDITOR ID: 416717-L1
FLOWERS, BARBARA
C/O NELSON LAW LLC
ATTN SANDRA LONG
25 S COURT STREET
MONTGOMERY AL 36104-3506

CREDITOR ID: 538015-BA
FLOWERS, DELICE
C/O THE LAW OFFICES OF J SCOTT
NOONEY & ASSOC
ATTN J SCOTT NOONEY
3535 HENDRICKS AVE
JACKSONVILLE FL 32207-3303

CREDITOR ID: 535823-BA
FLOWERS, DELICE
104 KING ST, #34
JACKSONVILLE FL 32204

CREDITOR ID: 397688-99
FLOWERS, INC BALLOONS
C/O BEGNAUD & MARSHALL LLP
ATTN: DARREL BEGNAUD, ESQ
250 N MILLEDGE AVENUE
PO BOX 8085
ATHENS GA 30603

CREDITOR ID: 279166-33
FLOWERS, INC BALLOONS
C/O MORRIS JAMES HITCHENS & WILLIAMS
ATTN: STEPHEN M MILLER, ESQ
222 DELAWARE AVENUE
PO BOX 2306
WILMINGTON DE 19899-2306

**SERVICE LIST**

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 279166-33<br>FLOWERS, INC BALLOONS<br>ATTN ROY DRINKARD, CFO<br>325 CLEVELAND ROAD<br>BOGART GA 30622 | CREDITOR ID: 397688-99<br>FLOWERS, INC BALLOONS<br>C/O MORRIS JAMES HITCHENS ET AL<br>ATTN: STEPHEN M MILLER, ESQ<br>222 DELAWARE AVE, 10TH FL<br>PO BOX 2306<br>WILMINGTON DE 19899 | CREDITOR ID: 397689-99<br>FLOWERS, INC BALOONS<br>C/O BEGNAUD & MARSHALL LLP<br>ATTN: DARREL BEGNAUD, ESQ<br>250 N MILLEGE AVE<br>PO BOX 8085<br>ATHENS GA 30603 |
| CREDITOR ID: 535824-BA<br>FLOWERS, JOHNNY<br>529 HARRISON ROAD<br>DOTHAN AL 36303 | CREDITOR ID: 535825-BA<br>FLOWERS, MACK<br>806 DEERFIELD CT<br>MOBILE AL 36608 | CREDITOR ID: 551676-BI<br>FLOYD FOSTER<br>PO BOX 1535<br>BRANDON MS 39043 |
| CREDITOR ID: 385933-54<br>FLOYD, CORA LEE<br>1454 NW 2ND AVE<br>FLORIDA CITY, FL 33034 | CREDITOR ID: 385933-54<br>FLOYD, CORA LEE<br>C/O NACHLAS LAW GROUP<br>ATTN REBECCA NACHLAS, ESQ.<br>1785 NE 123 STREET<br>NORTH MIAMI FL 33181 | CREDITOR ID: 389162-54<br>FLOYD, MARCIA<br>DESANTIS, GASKILL, ET AL<br>ATTN DONALD R SMITH, ESQ<br>11891 US HIGHWAY ONE, SUITE 100<br>N PALM BEACH FL 33410 |
| CREDITOR ID: 389162-54<br>FLOYD, MARCIA<br>2531 CANTERBURY DRIVE SOUTH<br>WEST PALM BEACH, FL 33407 | CREDITOR ID: 406639-MS<br>FLOYD, ROGER B<br>1216 VETERANS DRIVE EXT<br>MARION NC 28752 | CREDITOR ID: 385723-54<br>FLUGENCE, REGINA Z<br>1205 A CHESS BROUSSARD RD<br>BREAUX BRIDGE, LA 70517 |
| CREDITOR ID: 385723-54<br>FLUGENCE, REGINA Z<br>C/O LAW OFFICE OF W GLENN SOILEAU<br>ATTN W GLENN SOILEAU, ESQ<br>1454 EAST BRIDGE STREET<br>PO BOX 344<br>BREAUX BRIDGE LA 70517 | CREDITOR ID: 244854-12<br>FLUKER, CELIEA F<br>1312 13TH AVE NW<br>CHILDERSBURG AL 35044 | CREDITOR ID: 555508-BC<br>FLYNN, JEFFREY<br>547 CAROL DRIVE<br>VADNAIS HEIGHTS MN 55127 |
| CREDITOR ID: 403709-94<br>FLYNN, TERRY<br>16 LOCUST POINT<br>COLD SPRINGS KY 41076 | CREDITOR ID: 551677-BI<br>FMI<br>PO BOX 758870<br>LOCK BOX # 4316<br>BALTIMORE MD 21275-0874 | CREDITOR ID: 249895-12<br>FMV ASSOCIATES<br>ATTN FRANK OEHLBAUM<br>300 N SWALL DRIVE, NO 453<br>BEVERLY HILLS, CA 90211 |
| CREDITOR ID: 1342-07<br>FMV ASSOCIATES<br>C/O FRANK OEHLBAUM<br>300 N. SWALL DRIVE, NO 453<br>BEVERLY HILLS, CA 90211 | CREDITOR ID: 551678-BI<br>FMV ASSOCIATES<br>300 N SWALL DR NO 453<br>% MR FRANK OEHLBAUM<br>BEVERLY HILLS CA 90211 | CREDITOR ID: 249895-12<br>FMV ASSOCIATES<br>C/O BERKOVITZ & SCHILIT<br>ATTN MENACHEM SCHILIT, ESQ<br>16830 VENTURA BLVD, SUITE 500<br>ENCINO CA 91436 |
| CREDITOR ID: 403710-94<br>FOCHT, WILLIAM A<br>2428 FALLS RIVER DR<br>LITHIA SPRING GA 30122 | CREDITOR ID: 551679-BI<br>FOCUS PRODUCTS GROUP<br>1818 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 | CREDITOR ID: 551680-BI<br>FOELL PACKING CO<br>PO BOX 2340<br>SANFORD NC 27331-2340 |
| CREDITOR ID: 249901-12<br>FOELL PACKING CO<br>PO BOX 2340<br>SANFORD, NC 27331-2340 | CREDITOR ID: 406640-MS<br>FOLDS, TIMOTHY O<br>846 GLEN RIDGE DRIVE<br>LILBURN GA 30247 | CREDITOR ID: 555509-BC<br>FOLDS, WESLEY<br>1355 TOLKIEN DR<br>CONWAY AR 72034 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 399429-99<br>FOLEY & MANSFIELD PLLP<br>ATTN: JAMES J LOTZ<br>5454 MADISON AVENUE<br>NEW YORK NY 10022 | CREDITOR ID: 405884-99<br>FOLEY PARTNERS LLC<br>C/O JOHNSTON CONWELL & DONOVAN LLC<br>ATTN WH DONOVAN III & AM DAUGHERTY<br>813 SHADES CREEK PKWY, STE 200<br>BIRMINGHAM AL 35209 | CREDITOR ID: 405884-99<br>FOLEY PARTNERS LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 405960-15<br>FOLEY PARTNERS, LLC<br>C/O JOHNSTON CONWELL & DONOVAN LLC<br>ATTN WH DONOVAN III & AM DAUGHERTY<br>813 SHADES CREEK PKWY, STE 200<br>BIRMINGHAM AL 35209 | CREDITOR ID: 405960-15<br>FOLEY PARTNERS, LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 406641-MS<br>FOLEY, JOHN R JR<br>1631 CORSICA DR<br>WELLINGTON FL 33414-1045 |
| CREDITOR ID: 393537-55<br>FOLKES, JACKUELYN MACK<br>C/O LAW OFFICE OF FRANKLIN KREUTZER<br>ATTN FRANKLIN KREUTZER, ESQ<br>3041 NW 7TH ST, SUITE 100<br>MIAMI FL 33125 | CREDITOR ID: 315813-40<br>FOLMAR & ASSOCIATES<br>PO BOX 12<br>MONTGOMERY, AL 36101 | CREDITOR ID: 1344-07<br>FOLMAR & ASSOCIATES<br>C/O PARK FOREST<br>PO BOX 16765<br>MOBILE, AL 36616 |
| CREDITOR ID: 1343-07<br>FOLMAR & ASSOCIATES<br>ATTN W CURTIS WILSON, JR<br>PO BOX 16765<br>MOBILE AL 36616 | CREDITOR ID: 551682-BI<br>FOLMAR & ASSOCIATES<br>PO BOX 16765<br>% DELTA SQUARE<br>MOBILE AL 36616 | CREDITOR ID: 551681-BI<br>FOLMAR & ASSOCIATES<br>P O BOX 12<br>MONTGOMERY AL 36101 |
| CREDITOR ID: 555510-BC<br>FOLSE, CHOLE<br>1105 MAGNOLIA<br>WESTWEGO LA 70094 | CREDITOR ID: 535826-BA<br>FOLSE, JULIETTE<br>322 ST. NICHOLAS STREET<br>LULING LA 70070 | CREDITOR ID: 551683-BI<br>FOLSOM ELEMENTARY SCHOOL<br>82144 HWY 25<br>FOLSOM LA 70437 |
| CREDITOR ID: 394000-61<br>FOLSOM, ROBERT J MD<br>19 BALD EAGLE DRIVE, SUITE H<br>MARCO ISLAND, FL 34145 | CREDITOR ID: 555512-BC<br>FONLEER, KAROL<br>19900 NW 37TH AVE #D111<br>CAROL CITY FL 33056 | CREDITOR ID: 128275-09<br>FONSECA, TERESA<br>9777 NW 127 TERR<br>HIALEAH GARDENS FL 33016 |
| CREDITOR ID: 393178-55<br>FONTAINE, FRANCKLIN<br>C/O JEFFREY R DEUTSCH, PA<br>ATTN JEFFREY R DEUTSCH, ESQ<br>4770 BISCAYNE BLVD, SUITE 1450<br>MIAMI FL 33137 | CREDITOR ID: 551684-BI<br>FONTAINEBLEAU HIGH SCHOOL<br>100 BULLDOG DR<br>MANDEVILLE LA 70471 | CREDITOR ID: 551685-BI<br>FONTAINEBLEAU JR HIGH SCHOOL<br>100 HURRICANE ALLEY<br>MANDEVILLE LA 70471 |
| CREDITOR ID: 535827-BA<br>FONTANEZ, ROSA<br>1552 77TH AVE. N<br>SAINT PETERSBURG FL 33702 | CREDITOR ID: 538016-BA<br>FONTANEZ, ROSA<br>C/O MCBRIDE, ULLO & LORENZ, P.A.<br>ATTN WILLIAM R MCBRIDE<br>2202 N WESTSHORE BLVD, STE 200<br>TAMPA FL 33607 | CREDITOR ID: 406642-MS<br>FONTANILLE, PERRY J<br>2633 CRESTWAY ROAD<br>MARRERO LA 70072 |
| CREDITOR ID: 249916-12<br>FOOD EQUIPMENT SALES INC<br>ATTN RANDY S ALLEN, PRES<br>PO BOX 43<br>SHELBY, NC 28151 | CREDITOR ID: 535020-W9<br>FOOD EQUIPMENT SALES INC<br>2341 HOEY CHURCH ROAD<br>SHELBY NC 28152 | CREDITOR ID: 551686-BI<br>FOOD EQUIPMENT SALES INC<br>P O BOX 43<br>SHELBY NC 28151 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 269255-16<br>FOOD LION, LLC<br>ATTN REAL ESTATE DEPARTMENT<br>2110 EXECUTIVE BLVD<br>SALISBURY, NC 28145-1330 | CREDITOR ID: 269255-16<br>FOOD LION, LLC<br>AKIN GUMP, ET AL<br>ATTN PATRICK J IVIE, ESQ<br>2029 CENTURY PARK EAST, STE 2400<br>LOS ANGELES CA 90067-3012 | CREDITOR ID: 397198-67<br>FOOD LION, LLC<br>ATTN A O GOODRICH, ESQ/LEGAL DEPT<br>2110 EXECUTIVE DRIVE<br>SALISBURY, NC 28145-1330 |
| CREDITOR ID: 551687-BI<br>FOOD MARKETING GROUP<br>PO BOX 643867<br>PITTSBURG PA 15264-3867 | CREDITOR ID: 406222-G4<br>FOOD PARTNERS<br>975 EAST TOWER<br>1300 EYE STREET NW<br>WASHINGTON DC 20005 | CREDITOR ID: 551688-BI<br>FOOD PARTNERS LLC<br>1300 EYE ST NW<br>975 EAST TOWER<br>WASHINGTON DC 20005 |
| CREDITOR ID: 384131-47<br>FOOD SAFETY AND INSPECTION SERVICE FPC<br>PO BOX 9001<br>ST LOUIS, MO 63197-9001 | CREDITOR ID: 539049-15<br>FOODONICS INTERNATIONAL, INC<br>ATTN S P STEVENSON, CFO<br>PO BOX 6933<br>JACKSONVILLE FL 32236 | CREDITOR ID: 551689-BI<br>FOODSERVICE REFRIGERATION INC<br>1440 SW 31 AVENUE<br>POMPANO BEACH FL 33069 |
| CREDITOR ID: 397637-72<br>FOODTOWN OF KY, INC.<br>398 SOUTHLAND DRIVE<br>LEXINGTON, KY 40503 | CREDITOR ID: 389046-54<br>FOOTE, NANCY FINLEY<br>624 NORTH YOUNG ST<br>ORMOND BEACH, FL 32174 | CREDITOR ID: 389046-54<br>FOOTE, NANCY FINLEY<br>C/O LAW OFFICE OF PAUL A BERNARDINI<br>ATTN PAUL A BERNARDINI, ESQ<br>PO BOX 2200<br>DAYTONA BEACH FL 32115-2200 |
| CREDITOR ID: 2235-07<br>FOOTHILLS PARTNERSHIP<br>C/O WOMBLE CARLYLE SANDRIDGE & RICE<br>ATTN D ALLEN GRUMBINE, ESQ<br>104 S MAIN STREET, SUITE 700<br>PO BOX 10208<br>GREENVILLE SC 29603-0208 | CREDITOR ID: 2235-07<br>FOOTHILLS PARTNERSHIP<br>ATTN W R MARTIN, MG PTR<br>PETER A LYNCH<br>PO BOX 3305<br>GREENVILLE SC 29602-3305 | CREDITOR ID: 1345-07<br>FOOTHILLS PARTNERSHIP<br>C/O W. R. MARTIN COMPANY<br>PO BOX 3305<br>GREENVILLE, SC 29602-3305 |
| CREDITOR ID: 551690-BI<br>FOOTHILLS PARTNERSHIP<br>C/O W R MARTIN COMPANY<br>P O BOX 3305<br>GREENVILLE SC 29602-3305 | CREDITOR ID: 249928-12<br>FOR SALE BY OWNER<br>ATTN HARRIET EUDY, GP<br>PO BOX 538<br>LIVE OAK, FL 32060 | CREDITOR ID: 551691-BI<br>FOR SALE BY OWNER<br>P O BOX 538<br>LIVE OAK FL 32060 |
| CREDITOR ID: 535828-BA<br>FORBES, CAROLINE<br>10207 NW 6TH STREET<br>PLANTATION FL 33324 | CREDITOR ID: 538017-BA<br>FORBES, CAROLINE<br>C/O FAZIO, DAWSON, DISALVO, ET AL<br>ATTN SCOTT A DISALVO<br>633 S ANDREWS AVE, STE 500<br>FT. LAUDERDLE FL 33301 | CREDITOR ID: 555513-BC<br>FORBES, HELENA<br>6166 SW 18 STREET<br>MIRAMAR FL 33023 |
| CREDITOR ID: 406643-MS<br>FORBUS, DAVID L<br>103 BRIARCREST LANE<br>HENDERSONVILLE TN 37075 | CREDITOR ID: 535833-BA<br>FORD  (MINOR), OLIVIA<br>562 GLENWOOD ROAD<br>ALEXANDER CITY AL 35010 | CREDITOR ID: 383150-99<br>FORD BOWLES DUSS MORGAN ETAL<br>ATTN: KATHERINE SCHNAUSS<br>10110 SAN JOSE BLVD<br>JACKSONVILLE FL 32257 |
| CREDITOR ID: 383149-99<br>FORD BOWLUS DUSS MORGAN ETAL<br>ATTN: M BOWLUS/K SCHNAUSS<br>10110 SAN JOSE BLVD<br>JACKSONVILLE FL 32257 | CREDITOR ID: 249929-12<br>FORD HARRISON LLP<br>225 WATRE STREET, SUITE 710<br>JACKSONVILLE, FL 32202 | CREDITOR ID: 551692-BI<br>FORD MOTOR CREDIT CO<br>C/O WILLIAM INGRAHAM JR ESQ<br>P O BOX 370098<br>MIAMI FL 33137-0098 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                               **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 551694-BI<br>FORD MOTOR CREDIT COMPANY<br>C/O SOLOMON & GINSBERG PA<br>PO BOX 3275<br>TAMPA FL 33601 | CREDITOR ID: 551693-BI<br>FORD MOTOR CREDIT COMPANY<br>C/O MICHAEL INGINO ESQ<br>1333 S UNIVERSITY DR  STE 201<br>PLANTATION FL 33324 | CREDITOR ID: 535829-BA<br>FORD, CHAROL<br>JAMMES ROAD<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 535830-BA<br>FORD, JANIE<br>99 BRAZE OVERSTREET DR<br>LAUREL MS 39443 | CREDITOR ID: 538018-BA<br>FORD, JANIE<br>C/O KYLE ROBERTSON, PLLC<br>523 COMMERCE ST<br>PO BOX 1951<br>LAUREL MS 39441 | CREDITOR ID: 555514-BC<br>FORD, L'TANYA<br>2308 SEVENTH STREET<br>NEW ORLEANS LA 70115 |
| CREDITOR ID: 535831-BA<br>FORD, SHAVONA<br>1786 LAUDERDALE MONOR DR<br>FORT LAUDERDALE FL 33311 | CREDITOR ID: 408430-15<br>FORD, TARI L<br>4405 PECOS STREET<br>FORT WORTH TX 76119 | CREDITOR ID: 535832-BA<br>FORD, WARVONA<br>653 NW 8TH ST<br>MIAMI FL 33126 |
| CREDITOR ID: 538019-BA<br>FORD, WARVONA<br>C/O LESTER M. ROGERS, ATTY AT LAW<br>1401 NORTHWEST 17TH AVE<br>MIAMI FL 33125 | CREDITOR ID: 535834-BA<br>FORDE, IANTHE<br>523 NE 2ND AVE, APT 2<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 538020-BA<br>FORDE, IANTHE<br>C/O LAW OFFICES OF COHEN & JUDA, PA<br>ATTN HARVEY M COHEN, ESQ.<br>8211 W BROWARD BLVD, STE 310<br>PLANTATION FL 33324 |
| CREDITOR ID: 406644-MS<br>FORDHAM, STEPHEN<br>2800 WESTWICK COURT<br>RALEIGH NC 27615 | CREDITOR ID: 410555-15<br>FORD'S CROSSING<br>C/O HELMS ROARK INC, AGENT<br>ATTN ELIZABETH DEAN, VP<br>PO BOX 1149<br>MONTGOMERY AL 36104-1149 | CREDITOR ID: 551695-BI<br>FORE KIDS FOUNDATION<br>11005 LAPALCO BLVD<br>AVONDALE LA 70094 |
| CREDITOR ID: 390575-55<br>FOREHAND, CARL<br>C/O SHERRY D WALKER PA<br>ATTN SHERRY D WALKER, ESQ<br>1637 METROPOLITAN BLVD, STE B<br>TALLAHASSEE FL 32308 | CREDITOR ID: 492878-FC<br>FOREHAND, CHERYL<br>1900 MELROSE PLANTATION DRIVE<br>JACKSONVILLE FL 32223 | CREDITOR ID: 382336-51<br>FOREHAND, CHERYL<br>1900 MELROSE PLANTATION DRIVE<br>JACKSONVILLE, FL 32223 |
| CREDITOR ID: 406645-MS<br>FOREHAND, CHERYL<br>1900 MELROSE PLANTATION DRIVE<br>JACKSONVILLE FL 32223 | CREDITOR ID: 377854-45<br>FOREHAND, CHERYL A<br>C/O WINN-DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | CREDITOR ID: 555515-BC<br>FOREMAN, JOYCE<br>215 ELAINE ST<br>ABBEVILLE LA 70510 |
| CREDITOR ID: 535835-BA<br>FOREMAN, WINSTON<br>1066 CR 89<br>LAFAYETTE AL 36862 | CREDITOR ID: 551696-BI<br>FOREMOST MACHINE BUILDERS INC<br>23 SPIELMAN RD<br>FAIRFIELD NJ 07004-3488 | CREDITOR ID: 249935-12<br>FOREMOST-MCKESSON INC<br>PO BOX 1203<br>SHREVEPORT, LA 71163-1203 |
| CREDITOR ID: 551791-BI<br>FOREST CITY TOWN OF<br>PO BOX 728<br>FOREST CITY NC 28043 | CREDITOR ID: 315814-40<br>FOREST HILL-WD, LTD<br>2880 LBJ FREEWAY, SUITE 500<br>DALLAS, TX 75234 | CREDITOR ID: 384132-47<br>FOREST LAKES SHOPPING PLAZA<br>3705 TAMPA ROAD UNIT 1A<br>% DEBOER INTERNATIONAL, INC<br>OLDSMAR, FL 34677 |

## Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing claims Arising before Effective Date and Other Administrative Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**

**CASE:    05-03817-3F1**

CREDITOR ID: 551792-BI
FOREST LAKES SHOPPING PLAZA
3705 TAMPA ROAD UNIT 1A
% DEBOER INTERNATIONAL, INC
OLDSMAR FL 34677

CREDITOR ID: 551793-BI
FOREST WOODS UTILITY COMPANY INC
P O BOX 720157
JACKSON MS 39272

CREDITOR ID: 394313-56
FORHOLT, JOSEPH (MINOR)
C/O SHELBY FORHOTT
5299 OLIVET DR
DADE CITY, FL 33523

CREDITOR ID: 551794-BI
FORKLIFT TIRE OF FLORIDA INC
PO BOX 6985
JACKSONVILLE FL 32236

CREDITOR ID: 535836-BA
FORLAW, DORIS
2829 NE 30TH STREET
FORT LAUDERDALE FL 33306

CREDITOR ID: 538021-BA
FORLAW, DORIS
C/O MIDDLEBROOKS & MIDDLEBROOKS, PA
ATTN ED MIDDLEBROOKS
707 SE 3RD AVE, 6TH FL
FORT LAUDERDALE FL 33304

CREDITOR ID: 555516-BC
FORLINI, PATRITICIA
17169 LAKE BLEND DR
JUPITER FL 33458

CREDITOR ID: 551796-BI
FORREST TRANSPORTATION SER INC
PO BOX 7778
VISALIA CA 93290

CREDITOR ID: 551795-BI
FORREST TRANSPORTATION SER INC
PO BOX 3127
VISALIA CA 93278

CREDITOR ID: 538022-BA
FORSEH, MARY
C/O DARRIGO & DIAZ
ATTN NADINE DIAZ
4503 N ARMENIA AVE, STE 101
TAMPA FL 33603

CREDITOR ID: 535837-BA
FORSEH, MARY
11150 4TH ST N, #3306
SAINT PETERSBURG FL 33716

CREDITOR ID: 249951-12
FORT DEARBORN COMPANY
ATTN THOMAS V FVESKE
35007 EAGLE WAY
CHICAGO, IL 60678-1350

CREDITOR ID: 551797-BI
FORT DEARBORN LITHOGRAPHIC CO
35007 EAGLE WAY
CHICAGO IL 60678-1350

CREDITOR ID: 551798-BI
FORT DEARBORN LITHOGRAPHIC CO
4800 PAYSPHERE CIRCLE
CHICAGO IL 60674

CREDITOR ID: 551799-BI
FORT HILL NATURAL GAS
311 S PENDLETON STREET
EASLEY SC 29640

CREDITOR ID: 249953-12
FORT HILL NATURAL GAS
ATTN MICHAEL S LIVINGSTON, CFO
311 S PENDLETON STREET
EASLEY, SC 29640

CREDITOR ID: 551800-BI
FORT HILL NATURAL GAS
PO BOX 189
EASLEY SC 29641-0189

CREDITOR ID: 551801-BI
FORT PIERCE UTILITIES
PO BOX 3191
FT PIERCE FL 34948-3191

CREDITOR ID: 551802-BI
FORT WHITE YOUTH BASEBALL ASSOCIATION
PO BOX 44
FORT WHITE FL 32038

CREDITOR ID: 555517-BC
FORTESQUE, RAYNA
3101 FAIRLANE FARMS LANE #8
WELLINGTON FL 33414

CREDITOR ID: 555518-BC
FORTHMAN, LESLIE
6006 INDRIO RD UNIT B6
FORT PIERCE FL 34951

CREDITOR ID: 279405-99
FORTIS BENEFIST INSURANCE COMPANY
ATTN: CATHERINE JANIK
LEGAL DEPARTMENT
PO BOX 3050
MILWAUKEE WI 53201

CREDITOR ID: 385640-54
FORTS, MINNIE J
C/O DONALD B WALKER, PC
ATTN DONALD B WALKER, ESQ
4045 CASCADE ROAD
ATLANTA GA 30331-7241

CREDITOR ID: 385640-54
FORTS, MINNIE J
404 CATIVO DR SW
ATLANTA, GA 30311

CREDITOR ID: 249961-12
FORUM PUBLISHING GROUP
PO BOX 8547
CHICAGO, IL 60680-8547

CREDITOR ID: 551803-BI
FORUM PUBLISHING GROUP
PO BOX 8547
CHICAGO IL 60680-8547

CREDITOR ID: 381801-99
FOSTER & LINDEMAN PA
ATTN: W LINDEMAN; V PACE
PO BOX 3108
ORLANDO FL 32802-3108

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 249964-12<br>FOSTER FARMS<br>DEPT 33334<br>PO BOX 39000<br>SAN FRANCISCO, CA 94139-3334 | CREDITOR ID: 315688-36<br>FOSTER POULTRY FARMS<br>ATTN SUZANNE KOCH, CORP CREDIT MGR<br>1333 SWAN<br>PO BOX 198<br>LIVINGSTON CA 95334 | CREDITOR ID: 538023-BA<br>FOSTER, ALESIA LOUISE<br>C/O TRIAL FIRM SIMON &<br>D'ALEMBERTE, P.L.<br>ATTN RONALD M SIMON<br>1001 BRICKELL BAY DR  #1200<br>MIAMI FL 33131 |
| CREDITOR ID: 535838-BA<br>FOSTER, ALESIA LOUISE<br>21442 SW 89TH PATH<br>MIAMI FL 33189 | CREDITOR ID: 392221-55<br>FOSTER, ANGELA A<br>C/O MALONEY STROHMERY, LLP<br>ATTN D MALONEY OR T STROHMEYER, ESQ<br>601 CHURCH ST<br>MOBILE AL 36602 | CREDITOR ID: 128835-09<br>FOSTER, ARNIE<br>3111 NW 210 TERR<br>MIAMI FL 33056 |
| CREDITOR ID: 26637-05<br>FOSTER, DAVID R<br>127 NICOLE LANE<br>CRESTVIEW FL 32539 | CREDITOR ID: 535839-BA<br>FOSTER, JEAN<br>1107 OXFORD DRIVE<br>CONYERS GA 30013 | CREDITOR ID: 393240-55<br>FOSTER, JOEANN<br>C/O N BROOK NUTTER, PA<br>ATTN N BROOK NUTTER, ESQ<br>610 WEST AZEELE STREET<br>TAMPA FL 33606 |
| CREDITOR ID: 555519-BC<br>FOSTER, SUSAN<br>6802 SCYTHE AVENUE<br>ORLANDO FL 32812 | CREDITOR ID: 551804-BI<br>FOUNTAIN COLUMBUS ASSOC LLC<br>% HARBOR GROUP MGMT<br>121 EXECUTIVE CTR DR  STE 129<br>COLUMBIA SC 29210 | CREDITOR ID: 381850-99<br>FOUNTAIN COLUMBUS ASSOCIATES LLC<br>C/O KAUFMAN & CANOLES<br>ATTN: PAUL K CAMPSEN, ESQ<br>150 WEST MAIN ST (23510)<br>PO BOX 3037<br>NORFOLK VA 23514 |
| CREDITOR ID: 1346-07<br>FOUNTAIN COLUMBUS ASSOCS LLC<br>C/O KAUFMAN & CANOLES<br>ATTN PAUL K. CAMPSEN, ESQ.<br>150 W MAIN STREET, SUITE 2100<br>NORFOLK VA 23510 | CREDITOR ID: 1346-07<br>FOUNTAIN COLUMBUS ASSOCS LLC<br>C/O HARBOR GROUP MGMG<br>121 EXECUTIVE CENTER DRIVE, STE 129<br>COLUMBIA, SC 29210 | CREDITOR ID: 551805-BI<br>FOUNTAIN PARK STATION, INC<br>2834 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 |
| CREDITOR ID: 551806-BI<br>FOUNTAIN PARK STATION, INC<br>PO BOX 643596<br>CINCINNATI OH 45264-3596 | CREDITOR ID: 555520-BC<br>FOUNTAIN, ANGELA<br>6141 PSEY BRIDGE RD<br>BILOXI MS 39532 | CREDITOR ID: 555521-BC<br>FOUNTAIN, BETTYE<br>10410 SW 150 TERRACE<br>MIAMI FL 33176 |
| CREDITOR ID: 400232-85<br>FOUNTAIN, BOBBIE<br>C/O D CARLTON ENFINGER PA<br>ATTN D CARLTON ENFINGER, ESQ<br>232 E 5TH AVENUE<br>TALLAHASSEE FL 32303 | CREDITOR ID: 403712-94<br>FOUNTAIN, LEROY W<br>31542 LAWRENCE STREET, BOX 14<br>SORRENTO FL 32776 | CREDITOR ID: 406646-MS<br>FOUNTAIN, LEROY W<br>31542 LAWRENCE ST, BOX 14<br>SORENTO FL 32776 |
| CREDITOR ID: 1348-07<br>FOUR FLORIDA SHOPPING CENTERS<br>C/O REPUBLIC BANK/CASH MGMT<br>PO BOX 33006<br>ST PETERSBURG, FL 33733-8006 | CREDITOR ID: 551808-BI<br>FOUR FLORIDA SHOPPING CENTERS<br>C/O BB&T CASH MGMT<br>P O BOX 890867<br>CHARLOTTE NC 28289-0867 | CREDITOR ID: 551807-BI<br>FOUR FLORIDA SHOPPING CENTERS<br>C/O BB&T CASH MANAGEMENT<br>PO BOX 890867<br>CHARLOTTE NC 28289-0867 |
| CREDITOR ID: 452392-99<br>FOUR FLORIDA SHOPPING CENTERS LP<br>C/O KELLEY DRYE & WARREN LLP<br>ATTN: J S CARR & R L LEHANE, ESQS<br>101 PARK AVENUE<br>NEW YORK NY 10178 | CREDITOR ID: 452392-99<br>FOUR FLORIDA SHOPPING CENTERS LP<br>C/O HELD & ISRAEL<br>ATTN EDWIN H HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 410525-15<br>FOUR FLORIDA SHOPPING CENTERS LP<br>C/O THE BROWN COMPANY<br>ATTN ALFRED BROWN<br>7753 LAKE WORTH ROAD<br>LAKE WORTH FL 33467 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 551809-BI<br>FOUR IN ONE SYSTEMS LLC<br>PO BOX 650741<br>STERLING VA 20165 | CREDITOR ID: 551810-BI<br>FOUR SEASONS TRADING CO<br>PO BOX 788<br>ATTN: ACCOUNTING<br>EPHRATA PA 17522 | CREDITOR ID: 551811-BI<br>FOUR SEASONS TRADING CO<br>PO BOX 788<br>EPHRATA PA 17522 |
| CREDITOR ID: 551812-BI<br>FOUR STAR MEAT CO INC<br>PO BOX 3374<br>BATON ROUGE LA 70821-3374 | CREDITOR ID: 249973-12<br>FOUR STAR MEAT CO INC<br>ATTN ROBERT YARBOROUGH, CEO<br>PO BOX 3374<br>BATON ROUGE, LA 70821-3374 | CREDITOR ID: 399650-15<br>FOWLER & SONS, INC<br>ATTN CHERYL OWENS<br>105 RUPERT DRIVE # 2<br>RALEIGH NC 27603 |
| CREDITOR ID: 249980-12<br>FOWLER WATERPROOFING SUPPLY INC<br>ATTN:  W. S. FOWLER, PRESIDENT<br>3335 MONTREAL STATION<br>TUCKER, GA 30084 | CREDITOR ID: 394058-61<br>FOWLER WHITE BOGGS BANKER<br>ATTN JOE ISABEL, CONTROLLER<br>501 E KENNEDY BLVD, STE 1700<br>TAMPA, FL 33602 | CREDITOR ID: 535840-BA<br>FOWLER, GRADY<br>3371 58TH AVE N #436<br>ST. PETERSBURG FL 33702 |
| CREDITOR ID: 538024-BA<br>FOWLER, GRADY<br>C/O GALLAGHER DANIEL & KEENAN, P.A.<br>ATTN J DAVID GALLAGHER<br>505 E JACKSON ST, STE 302<br>TAMPA FL 33602 | CREDITOR ID: 555522-BC<br>FOWLER, SANDRA<br>8253 VIRGINIA ST APT. A<br>GULPORT MS | CREDITOR ID: 535841-BA<br>FOWLER, SUSAN<br>322 S. TYLER ST.<br>BEVERLY HILLS FL 34465 |
| CREDITOR ID: 535842-BA<br>FOWLER, TAWANA<br>5012 DANTONVILLLE CT.<br>KNIGHTDALE NC 27545 | CREDITOR ID: 377468-44<br>FOWLER, TILLIE ESTATE OF<br>C/O BUCK FOWLER, PERSONAL REP<br>BROADVIEW TOWERS, UNIT 12-A<br>1596 LANCSTER TERRACE<br>JACKSONVILLE FL 32204 | CREDITOR ID: 406647-MS<br>FOWLER, TOM<br>2726 GARRETT NICHOLAS LOOP<br>KISSIMMEE FL 34746-3593 |
| CREDITOR ID: 555523-BC<br>FOWLERS, MELINDA<br>1028 EMORY PLACE<br>ANNISTON AL 36207 | CREDITOR ID: 249981-12<br>FOX DIST<br>PO BOX 2412<br>SHELBY, NC 28150 | CREDITOR ID: 249982-12<br>FOX EXPRESS<br>9306 N 11TH STREET B<br>TAMPA, FL 33612 |
| CREDITOR ID: 551813-BI<br>FOX GLASS CO INC<br>3038 JOHN YOUNG PKWY STE 7<br>ORLANDO FL 32804 | CREDITOR ID: 249984-12<br>FOX GLASS CO INC<br>ATTN: JOSEPH TARULLI, PRES<br>3038 JOHN YOUNG PKWY STE 7<br>ORLANDO, FL 32804 | CREDITOR ID: 551814-BI<br>FOX GLASS CO JACKSONVILLE<br>1035 TIFFORD LANE<br>OSTEEN FL 32764 |
| CREDITOR ID: 404702-95<br>FOX PROTECTIVE SERVICES INC<br>ATTN BRIAN FOX, PRESIDENT<br>4905 W LAUREL STREET, SUITE 301<br>TAMPA FL 33607-3838 | CREDITOR ID: 551817-BI<br>FOX PROTECTIVE SERVICES INC<br>PO BOX 593485<br>ORLANDO FL 32859-3485 | CREDITOR ID: 551816-BI<br>FOX PROTECTIVE SERVICES INC<br>PO BOX 223477<br>WEST PALM BEACH FL 33422 |
| CREDITOR ID: 551815-BI<br>FOX PROTECTIVE SERVICES INC<br>2001 PALM BEACH LAKE BLVD<br>SUITE 406<br>WEST PALM BEACH FL 33409 | CREDITOR ID: 382335-51<br>FOX, DENNIS<br>7733 ROYAL CREST DR<br>JACKSONVILLE FL 32256-2345 | CREDITOR ID: 492879-FC<br>FOX, DENNIS V<br>7733 ROYAL CREST DRIVE<br>JACKSONVILLE FL 32256 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 535843-BA<br>FOX, JACQUIRA<br>13934 SW 281ST TERRACE<br>HOMESTEAD FL 33033 | CREDITOR ID: 555524-BC<br>FOX, ROSANNA<br>1487 SW 15TH<br>FORT LAUDERDALE FL 33312 | CREDITOR ID: 406648-MS<br>FOY, ALLEN<br>271 FOYLOCKAMY ROAD<br>JACKSONVILLE NC 28540 |
| CREDITOR ID: 535844-BA<br>FOY, LAVERNE<br>2523 CHARLSTON ST, BLDG #41, APT 3<br>HOLLYWOOD FL 33025 | CREDITOR ID: 538025-BA<br>FOY, LAVERNE<br>C/O SCOTT R GILL PA<br>888 S ANDREWS AVE, STE 205<br>FT LAUDERDALE FL 33316 | CREDITOR ID: 551818-BI<br>FP MAILING SOLUTIONS<br>PO BOX 4272<br>CAROL STREAM IL 60197-4272 |
| CREDITOR ID: 249318-12<br>FPI DETECTIVE AGENCY INC<br>551 W 51ST PLACE, FOURTH FL<br>HIALEAH, FL 33012 | CREDITOR ID: 249989-12<br>FPL ENERGY SERVICES<br>ATTN CAROLYN DOVO, BANKR ADMIN<br>PO BOX 25426<br>MIAMI, FL 33102-5209 | CREDITOR ID: 551819-BI<br>FPL ENERGY SERVICES<br>P O BOX 25426<br>MIAMI FL 33102 |
| CREDITOR ID: 551820-BI<br>FPL FOOD<br>PO BOX 930212<br>ATLANTA GA 31193 | CREDITOR ID: 279509-99<br>FPL LAW DEPARTMENT<br>ATTN: RACHEL S BUDKE<br>700 UNIVERSE BLVD<br>JUNO BEACH FL 33408 | CREDITOR ID: 555525-BC<br>FRACASSO, MARCELO<br>1885 NW 24 ST APT 8<br>MIAMI FL 33142 |
| CREDITOR ID: 538026-BA<br>FRACIER, ELIZABETH<br>C/O MORGAN & MORGAN<br>ATTN AMANDA STAFFORD<br>815 S MAIN ST, STE 301<br>JAX. FL 32207 | CREDITOR ID: 535845-BA<br>FRACIER, ELIZABETH<br>PO BOX 471<br>RAIFORD FL 32083 | CREDITOR ID: 395647-65<br>FRACTAL ASTECH<br>7015 SW MCEWAN RD<br>OSWEGO, OR 97035 |
| CREDITOR ID: 395286-63<br>FRACTAL ASTECH<br>3771 SWAN RIDGE CIRCLE N<br>MEMPHIS, TN 38122 | CREDITOR ID: 406649-MS<br>FRADY, BILL<br>323 HUNTCLIFF DRIVE<br>TAYLORS SC 29687 | CREDITOR ID: 406650-MS<br>FRADY, LYMAN D.<br>135 FOXWOOD DR.<br>AIKEN SC 29801 |
| CREDITOR ID: 551914-BI<br>FRANCES FLORIST<br>7020 BROAD STREET<br>DOUGLASVILLE GA 30134 | CREDITOR ID: 551915-BI<br>FRANCINE TRAGER KEMPNER<br>4158 ALHAMBRA DRIVE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 551916-BI<br>FRANCIS CARRINGTON<br>PO BOX 1328<br>EUREKA CA 95502 |
| CREDITOR ID: 278883-30<br>FRANCIS PRODUCE CO<br>ATTN: STEVE FRANCIS<br>3048 WHITE HORSE RD<br>GREENVILLE, SC 29611-6056 | CREDITOR ID: 551918-BI<br>FRANCIS PRODUCE CO<br>3048 WHITE HORSE RD<br>GREENVILLE SC 29611-6056 | CREDITOR ID: 390486-54<br>FRANCIS, DONALD J<br>213 CELINE STREET<br>CARENCRO, LA 70520 |
| CREDITOR ID: 390486-54<br>FRANCIS, DONALD J<br>C/O KAY KARRE' GAUTREAUX LAW OFFICE<br>ATTN KAY KARRE' GAUTREAUX ESQ<br>405 WEST CONVENT STREET<br>LAFAYETTE LA 70501 | CREDITOR ID: 394741-57<br>FRANCIS, ERSKINE<br>C/O CADE COLLINS & GOBERT<br>ATTN MILLARD D COLLINS, ESQ<br>2139 ELYSIAN FIELDS AVENUE<br>NEW ORLEANS LA 70117 | CREDITOR ID: 269454-18<br>FRANCIS, LEONA<br>C/O AUFFENORDE & AUFFENORDE, PC<br>ATTN MICHAEL E AUFFENORDE, ESQ.<br>511 MADISON STREET<br>HUNTSVILLE AL 35801 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing claims Arising before Effective Date and Other Administrative Claims**

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                        CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 269454-18<br>FRANCIS, LEONA<br>200 BINFORD DR<br>HUNTSVILLE AL 35805 | CREDITOR ID: 535846-BA<br>FRANCIS, MILDRED<br>517 MUSIC STREET<br>NEW ORLEANS LA 70122 | CREDITOR ID: 538027-BA<br>FRANCIS, MILDRED<br>C/O ALBERT J REBENNACK, ESQ.<br>2202 AVE B<br>METAIRIE LA 70001 |
| CREDITOR ID: 389985-54<br>FRANCISCO, JIM<br>285-A MAIN BLVD<br>BOYNTON BEACH FL 33435 | CREDITOR ID: 392239-55<br>FRANCK, SUZETTE<br>C/OADAM BARON PA LAW OFFICES<br>ATTN ADAM BARON, ESQ/M MORO<br>633 NE 167 STREET, SUITE 703<br>NORTH MIAMI BEACH FL 33162 | CREDITOR ID: 555526-BC<br>FRANCO, BONNIE<br>MOREGATE APT<br>APT 3625<br>HALLANDALE FL 33009 |
| CREDITOR ID: 555527-BC<br>FRANCO, CARMEN<br>4539 COVER DRIVE<br>ORLANDO FL 32812 | CREDITOR ID: 535847-BA<br>FRANCO, FRANCISCO<br>5511 WSET MCNAB ROAD<br>NORTH LAUDERDALE FL 33068 | CREDITOR ID: 555528-BC<br>FRANCO, JECXLER<br>2204 BLUE ZAPHIRE CIRCLE<br>ORLANDO FL 32837 |
| CREDITOR ID: 535848-BA<br>FRANCOIS (MINOR), MARCUS<br>107 W. MAGNOLIA<br>AMITE LA 70422 | CREDITOR ID: 555529-BC<br>FRANCOIS(MINOR), BAGGIOLA JEAN<br>28215 SW 143RD CT.<br>NARANJA FL 33032 | CREDITOR ID: 551919-BI<br>FRANK BUDO<br>85 RENPASS STREET<br>HARAHAN LA 70123 |
| CREDITOR ID: 551920-BI<br>FRANK D BOREN AND GAIL F BOREN<br>9169 GREAT BLUE HERON LANE<br>BLAINE WA 98230 | CREDITOR ID: 551921-BI<br>FRANK D BOREN AND GAIL F BOREN<br>C/O KEY BANK WA -31-99-0371<br>95 SECOND STREET<br>PO BOX 310<br>FRIDAY HARBOR WA 98250 | CREDITOR ID: 250015-12<br>FRANK DAVIS PRODUCTIONS<br>333 DOVER STREET<br>SLIDELL, LA 70458 |
| CREDITOR ID: 551922-BI<br>FRANK HAWLEY<br>1250 N ELGIN PKWY<br>SHALIMAR FL 32579 | CREDITOR ID: 551923-BI<br>FRANK J MARCHESE<br>143 OAKMONT DRIVE<br>LAPLACE LA 70068 | CREDITOR ID: 551924-BI<br>FRANK KERRIGAN & ASSOCIATES<br>2728 STATE STREET<br>NEW ORLEANS LA 70118 |
| CREDITOR ID: 551925-BI<br>FRANK ROBINSON<br>8015 RIVERBEND ROAD<br>ID# 356612<br>MORRIS AL 35116-1259 | CREDITOR ID: 551927-BI<br>FRANK W GUILFORD JR TRUSTEE<br>TRUST UNDER THE WILL OF<br>VICTORIA FASCELL<br>400 UNIVERSITY DRIVE STE 200<br>CORAL GABLES FL 33134 | CREDITOR ID: 383148-99<br>FRANK WEINBERG & BLACK, PL<br>ATTN: DAVID BLACK<br>7805 SW 6TH COURT<br>PLANTATION FL 33324 |
| CREDITOR ID: 250029-12<br>FRANK WELCH & SONS CO<br>ATTN FRANK G WELCH<br>1703 S MAIN ST<br>MT AIRY, NC 27030-5529 | CREDITOR ID: 551928-BI<br>FRANK* LUNDY<br>2505 HERITAGE DRIVE<br>TITUSVILLE FL 32780 | CREDITOR ID: 551929-BI<br>FRANK* WILKERSON<br>106 EAST LOGLEAF DRIVE<br>SYLVESTER GA 31791 |
| CREDITOR ID: 551930-BI<br>FRANK* WILKERSON<br>106 EAST LONGLEAF DRIVE<br>SYLVESTER GA 31791 | CREDITOR ID: 393502-55<br>FRANK, KAREN<br>C/O ROSEN & ROSEN, PA<br>ATTN RONALD ROSEN, ESQ.<br>4000 HOLLYWOOD BLVD, STE 725-S<br>HOLLYWOOD FL 33021 | CREDITOR ID: 535849-BA<br>FRANK, TABBY<br>1233 LONGWOOD DR.<br>JACKSON LA 70748 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                           **CASE:   05-03817-3F1**

CREDITOR ID: 538028-BA
FRANK, TABBY
C/O D'AQUILLA AUCOIN LAW FIRM LLC
ATTN ANDREW J D'AUILLA
3128 COLLEGE ST, STE C
PO BOX 756
JACKSON LA 70748

CREDITOR ID: 279171-99
FRANK/GECKER LLP
ATTN JOSEPH D FRANK ESQ
325 N LASALLE ST STE 625
CHICAGO IL 60610

CREDITOR ID: 250031-12
FRANKFORD CANDY & CHOCOLATE CO
PO BOX 8500 (S-1050)
PHILADELPHIA, PA 19178-1050

CREDITOR ID: 381791-99
FRANKFORD DALLAS LLC
C/O REED & REED
ATTN: DIANE G REED
501 N COLLEGE STREET
WAXAHACHIE TX 75165

CREDITOR ID: 410450-15
FRANKFORD DALLAS LLC
C/O HAYNES & BOONE, LLP
ATTN SCOTT EVERETT, ESQ
901 MAIN STREET, SUITE 3100
DALLAS TX 75202

CREDITOR ID: 278466-24
FRANKFORD DALLAS LLC
2761 E. TRINITY MILLS ROAD, APT 114
CARROLTON TX 75006

CREDITOR ID: 411043-15
FRANKFORT ELECTRIC & WATER PLANT BD
C/O CREDIT CLEARING HOUSE OF AM INC
ATTN CANDICE GRIMES
305 WEST MARKET STREET
LOUISVILLE KY 40202

CREDITOR ID: 551932-BI
FRANKFORT PLANT BOARD
PO BOX 308
FRANKFORT KY 40602

CREDITOR ID: 410751-99
FRANKINO & FRANKINO CHARITABLE FDN
C/O SQUIRE SANDERS & DEMPSEY LLP
ATTN JOSEPH C WEINSTEIN, ESQ
4900 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND OH 44114-1304

CREDITOR ID: 410750-99
FRANKINO INVESTMENTS LLC
C/O SQUIRE SANDERS & DEMPSEY LLP
ATTN JOSEPH C WEINSTEIN, ESQ
4900 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND OH 44114 1304

CREDITOR ID: 538030-BA
FRANKLIN (MINOR), LARRY
C/O PAYAS, PAYAS & PAYAS, LLP
ATTN ARMANDO R PAYAS
1676 PROVIDENCE BLVD, STE B
DELTONA FL 32725

CREDITOR ID: 535851-BA
FRANKLIN (MINOR), LARRY
707 EAST CAROLINA AVE.
DELAND FL 32724

CREDITOR ID: 374945-44
FRANKLIN BAKING CO LLC
ATTN MISSY WILSON, CREDIT MGR
132 NORTH BROAD STREET
THOMASVILLE GA 31792

CREDITOR ID: 551934-BI
FRANKLIN COLLECTION
PO BOX 3910
TUPELO MS 38803

CREDITOR ID: 551935-BI
FRANKLIN COLLECTION SERVICES INC
PO BOX 2300
TUPELO MS 38803

CREDITOR ID: 551936-BI
FRANKLIN CONNECTIONS LP
P O BOX 200076
DBA AZAR NUT COMPANY
HOUSTON TX 77216-0076

CREDITOR ID: 551937-BI
FRANKLIN COUNTY TAX COLLECTOR
PO BOX 503
LOUISBURG NC 27549-0503

CREDITOR ID: 551938-BI
FRANKLIN FOUNDATION HOSPITAL
PO BOX 577
1501 HOSPITAL AVE
FRANKLIN LA 70538

CREDITOR ID: 250045-12
FRANKLIN FOUNDATION HOSPITAL
ATTN GARY MARTI, CFO
PO BOX 577
1501 HOSPITAL AVE
FRANKLIN, LA 70538

CREDITOR ID: 551939-BI
FRANKLIN JR HIGH
525 MORRIS ST
FRANKLIN LA 70538

CREDITOR ID: 551940-BI
FRANKLIN NEWS POST
PO BOX 250
ROCKY MOUNT VA 24151

CREDITOR ID: 250050-12
FRANKLIN NEWS POST
C/O FRANKIN COUNTY NEWSPAPERS INC
ATTN: ROBIN A MILLER
PO BOX 250
ROCKY MOUNT, VA 24151

CREDITOR ID: 250051-12
FRANKLIN REGIONAL MED CENTER
100 HOSPITAL DR
LOUISBURG, NC 27549

CREDITOR ID: 551941-BI
FRANKLIN SENIOR HIGH
1401 CYNTHIA ST.
FRANKLIN LA 70538

CREDITOR ID: 250053-12
FRANKLIN SUPPLY
PO BOX 1151
FRANKLIN, LA 70538

CREDITOR ID: 250054-12
FRANKLIN TIMES
C/O FRANKLIN COUNTY NEWSPAPERS INC
109 S BICHETT BLVD
PO BOX 119
LOUISBURG, NC 27549-0119

CREDITOR ID: 551942-BI
FRANKLIN TIMES
PO BOX 119
LOUISBURG NC 27549-0119

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

CREDITOR ID: 392896-55
FRANKLIN, BETTY MAE
C/O DARREL D. RYLAND LAW OFFICE
ATTN DARREL D RYLAND/ W ELMER, ESQS
PO DRAWER 1469
MARKSVILLE LA 71351

CREDITOR ID: 392939-55
FRANKLIN, JOSEPHINE
C/O SIMPSON & SIMPSON
ATTN WILLIAM PAUL SIMPSON, ESQ
PO BOX 1017
AMITE LA 70422

CREDITOR ID: 535850-BA
FRANKLIN, KIRA
8132 RALEIGH STREET
NAVARRE FL 32566

CREDITOR ID: 538029-BA
FRANKLIN, KIRA
C/O MALONEY-STROHMEYER, LLP
ATTN DAVID J MALONEY, ESQ.
601 CHURCH ST
MOBILE AL 36602

CREDITOR ID: 555530-BC
FRANKLIN, LUVENIA
1209 RACE TRACK ROAD
MOBILE AL 36605

CREDITOR ID: 550080-BI
FRANKLINTON ELEMENTARY SCHOOL
902 CLEVELAND ST
FRANKLINTON LA 70438

CREDITOR ID: 550081-BI
FRANKLINTON HIGH SCHOOL
1 DEMON CIRCLE
FRANKLINTON LA 70438

CREDITOR ID: 550082-BI
FRANKLINTON JR HIGH SCHOOL
617 MAIN ST
FRANKLINTON LA 70438

CREDITOR ID: 550083-BI
FRANKLINTON PRIMARY SCHOOL
610 T W BARKER
FRANKLINTON LA 70438

CREDITOR ID: 250059-12
FRANKS TRAILER TRANSPORT
2760 PINELILY LANE
COCOA, FL 32926

CREDITOR ID: 534652-15
FRANKS, CHARLOTTE
2311 NW 16 CT
FT LAUDERDALE FL 33311

CREDITOR ID: 385918-54
FRANKS, CHARLOTTE
2335 NW 16 COURT
FT LAUDERDALE, FL 33064

CREDITOR ID: 252673-12
FRANTZ, JAMES M
757 DEEPCREED ROAD
ASHLAND, PA 17921

CREDITOR ID: 406651-MS
FRASER, JOSEPH III
507 DEER RUNWAY
WOODSTOCK GA 30189

CREDITOR ID: 555531-BC
FRASIER, ZOZET
280 KIRK RD
JACKSONVILLE FL 32218

CREDITOR ID: 392323-55
FRAYLER, PATRICIA
C/O JESSE LIEBERMAN, PA
ATTN JESSE LIEBERMAN , ESQ
1761 WEST HILLSBORO BLVD, SUITE 330
DEERFIELD BEACH FL 33442

CREDITOR ID: 394040-61
FRAZER HUBBARD BRANDT TRASK ET AL
ATTN JAMES L YACAVONE III, ESQ
595 MAIN STREET
DUNEDIN, FL 34698

CREDITOR ID: 550084-BI
FRAZIER & GARDNER ELEC
333 E JEFF DAVIS AVE
MONTGOMERY AL 36104-5003

CREDITOR ID: 384136-47
FRAZIER & GARDNER ELEC
ATTN: CHARLES P BRIGHTWELL III,PRES
333 E JEFF DAVIS AVE
MONTGOMERY, AL 36104-5003

CREDITOR ID: 250064-12
FRAZIER & GARDNER ELECTRIC CO INC
ATTN BARBARA A CHESSER, OFF MGR
333 E JEFF DAVIS AVENUE
MONTGOMERY, AL 36104-5003

CREDITOR ID: 550085-BI
FRAZIER & ROBERTS PLLC
POST OFFICE DRAWER 1170
PASCAGOULA MS 39568-1170

CREDITOR ID: 535852-BA
FRAZIER (MINOR), K'TWONA
10715 NW 125TH ST.
REDDICK FL 32686

CREDITOR ID: 538031-BA
FRAZIER(MINOR), KATELYN
C/O IFEDIBA LAW GROUP
ATTN LEAH DUBE ESQ
1220 16TH ST SOUTH
BIRMINGHAM AL 35203

CREDITOR ID: 535853-BA
FRAZIER(MINOR), KATELYN
9586 CAMP OLIVER RD
ADGER AL 35006

CREDITOR ID: 555534-BC
FRAZIER, FREDDIE
105 GLENWOOD LN
ENTERPRISE AL 36330

CREDITOR ID: 384239-47
FRAZIER, MICHAEL D
8815 N ATLANTIC AVE, APT 2-C
CAPE CANAVERAL, FL 32920

CREDITOR ID: 408243-15
FRAZIER, ROBIN
C/O JACKSON & MASON
ATTN EDWARD P JACKSON, ESQ
516 WEST ADAMS STREET
JACKSONVILLE FL 32202

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 452486-99<br>FRAZIER, ROBIN<br>C/O ROBERT F KULIK PA<br>ATTN: ROBERT F KULIK, ESQ<br>2141 PARK STREET<br>JACKSONVILLE FL 32204 | CREDITOR ID: 408243-15<br>FRAZIER, ROBIN<br>C/O ROBERT F KULIK PA<br>ATTN: ROERT F KULIK, ESQ<br>2141 PARK STREET<br>JACKSONVILLE FL 32204 | CREDITOR ID: 408243-15<br>FRAZIER, ROBIN<br>PO BOX 1863<br>CALLAHAN FL 32011 |
| CREDITOR ID: 555535-BC<br>FRAZIER, SUSAN<br>272 SW RAINBOW COURT<br>LAKE CITY FL 32024 | CREDITOR ID: 555532-BC<br>FRAZIER, VANESSA<br>8169 ROYOLWOOD DIRVE<br>BATON ROUGE LA 70806 | CREDITOR ID: 555533-BC<br>FRAZIER, YVONNE<br>1601 NW 6CT. BLDG 4 #204<br>FORT LAUDERDALE FL 33311 |
| CREDITOR ID: 250069-12<br>FRED ARBANAS INC<br>PO BOX 880<br>GRANDVIEW, MO 64030 | CREDITOR ID: 550086-BI<br>FRED ARBANAS INC<br>PO BOX 880<br>GRANDVIEW MO 64030 | CREDITOR ID: 250072-12<br>FRED H WILLIAMS CO<br>PO BOX 1047<br>HIRAM, GA 30141-1047 |
| CREDITOR ID: 550088-BI<br>FRED LARKIN<br>8951 ROLLING HILLS DRIVE<br>TUSCALOOSA AL 35405 | CREDITOR ID: 550090-BI<br>FRED STRICKER<br>7058 VILLA ESTELLE DRIVE<br>ORLANDO FL 32819 | CREDITOR ID: 550089-BI<br>FRED STRICKER<br>2058 VILLA ESTELLE DRIVE<br>ID# 136197<br>ORLANDO FL 32819 |
| CREDITOR ID: 240445-06<br>FREDDIE SHAW GREENE, COUNTY CLERK<br>204 N CUTLER STREET, SUITE 200<br>GREENEVILLE TN 37745 | CREDITOR ID: 383144-99<br>FREDRIC BURESH, PA<br>ATTN: FREDRIC BURESH<br>800 SE THIRD AVENUE, 4THFL<br>FT LAUDERDALE FL 33316 | CREDITOR ID: 315658-99<br>FREDRIKSON & BYRON PA<br>ATTN: JOHN M KONECK, ESQ<br>200 SOUTH SIXTH ST, STE 4000<br>MINNEAPOLIS MN 55402-1425 |
| CREDITOR ID: 550092-BI<br>FREDS EXCAVATING & CRANE<br>PO BOX 585948<br>ORLANDO FL 32858-5948 | CREDITOR ID: 535854-BA<br>FREED, PHYLLIS<br>12600 CORAL LAKES DRIVE<br>BOYNTON BEACH FL 33437-4190 | CREDITOR ID: 538032-BA<br>FREED, PHYLLIS<br>C/O LAW OFFICES OF METNICK,<br>LEVY & LONG<br>ATTN KENNETH N METNICK<br>5150 LINTON BLVD, STE 320<br>DELRAY BEACH FL 33484 |
| CREDITOR ID: 550093-BI<br>FREEDS BAKERY<br>5208 PAYSPHERE CIRCLE<br>CHICAGO IL 60674-5208 | CREDITOR ID: 550094-BI<br>FREEMAN COMPANIES<br>PO BOX 650036<br>DALLAS TX 75265-0036 | CREDITOR ID: 555538-BC<br>FREEMAN DELANEY, EMMA<br>2218 LEON RD<br>JACKSONVILLE FL 32246 |
| CREDITOR ID: 550095-BI<br>FREEMAN GAS<br>PO BOX 14835<br>GREENVILLE SC 29610-4835 | CREDITOR ID: 535855-BA<br>FREEMAN, CINDY<br>1136 51ST STREET SO<br>BIRMINGHAM AL 35222 | CREDITOR ID: 406144-15<br>FREEMAN, FANNIE<br>C/O CHIKOVSKY, BEN & SCHAFER<br>ATTN FRED CHIKOVSKY, ESQ<br>1720 HARRISON STREET, SUITE 7A<br>HOLLYWOOD FL 33020 |
| CREDITOR ID: 538033-BA<br>FREEMAN, JACQUELINE<br>C/O JAMES H PELTIER, ATTY AT LAW<br>PO BOX 4162<br>BATON ROUGE LA 70821-4162 | CREDITOR ID: 535856-BA<br>FREEMAN, JACQUELINE<br>1006 LUTZ HILL LN.<br>VILLE PLATTE LA 70586 | CREDITOR ID: 408241-15<br>FREEMAN, JENNIFER<br>633 PIEDMONT RD<br>BARNESVILLE GA 30204 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

CREDITOR ID: 555537-BC
FREEMAN, KATE
351 CROSSING BLVD
APT 322
ORANGE PARK FL 32073

CREDITOR ID: 535857-BA
FREEMAN, KEISHA
601 NORTH 7TH STREET
HAINES CITY FL 33844

CREDITOR ID: 538034-BA
FREEMAN, KEISHA
C/O MORGAN & MORGAN ATTORNEYS
ATTN WILLIAM R DANIEL
101 E KENNEDY BLVD, STE 1790
TAMPA FL 33602

CREDITOR ID: 535858-BA
FREEMAN, PATRICIA
7044 ISLAND LAKE LANE
LAKELAND FL 33813

CREDITOR ID: 403713-94
FREEMAN, ROBERT M
8818 SE 68TH WAY
OKEECHOBEE FL 34974

CREDITOR ID: 392756-55
FREEMAN, ROSE
C/O ABRAHAMSON, UITERWYK & BARNES
ATTN CHRISTOPHER PAVLIK, ESQ
900 WEST PLATT STREET
TAMPA FL 33601

CREDITOR ID: 555536-BC
FREEMAN, SONYA
1216 W 9TH ST
SANFORD FL 32771

CREDITOR ID: 550096-BI
FREEZER QUEEN FOODS INC
PO BOX 534302
ATLANTA GA 30353-4302

CREDITOR ID: 550097-BI
FREMONT BEEF CO
PO BOX 908
FREMONT NE 68026-0908

CREDITOR ID: 550098-BI
FRENCH SETTLEMENT ELEMENTARY SCHOOL
15810 HWY 16
FRENCH SETTLEMENT LA 70733

CREDITOR ID: 555539-BC
FRENCH, CONNIE
304 BARBER LANE
COCOA FL 32926

CREDITOR ID: 391089-55
FRENCH, DONNA
4928 AVENUE D
ST AUGUSTINE FL 32084

CREDITOR ID: 250104-12
FRES-CO SYSTEM USA, INC
ATTN PAUL E KANE, CREDIT COORD
PO BOX 827019
PHILADELPHIA, PA 19182-7019

CREDITOR ID: 278884-30
FRESH EXPRESS INC ATLANTA
LOCKBOX 932479
ATLANTA, GA 31193-2479

CREDITOR ID: 550100-BI
FRESH EXPRESS INC ATLANTA
PO BOX 60867
CHARLOTTE NC 28260-0867

CREDITOR ID: 550099-BI
FRESH EXPRESS INC ATLANTA
LOCKBOX 932479
ATLANTA GA 31193-2479

CREDITOR ID: 550101-BI
FRESH FROZEN FOODS
DEPT AT952040
ATLANTA GA 31192-2040

CREDITOR ID: 381734-15
FRESH FROZEN FOODS LLC
ATTN LARRY M HICKS, CFO
PO BOX 215
JEFFERSON GA 30549

CREDITOR ID: 278885-30
FRESH GOURMET
DRAWER CS 198372
ATLANTA, GA 30384-8372

CREDITOR ID: 550102-BI
FRESH GOURMET
DRAWER CS 198372
ATLANTA GA 30384-8372

CREDITOR ID: 411274-15
FRESH GOURMET COMPANY, DIV
OF SUGAR FOODS
ATTN WENDELL RAMCHATESINGH, CR MGR
950 THIRD AVENUE, 21ST FLOOR
NEW YORK NY 10022-2705

CREDITOR ID: 550103-BI
FRESH PACK LLC
16 FOREST PARKWAY
BLDG G UNIT 15-21
FOREST PARK GA 30297

CREDITOR ID: 278886-30
FRESH START PRODUCE SALES INC
5353 WEST ATLANTIC AVE
EXECUTIVE SQ STE 403-404
DELRAY BEACH, FL 33484-8166

CREDITOR ID: 550104-BI
FRESH START PRODUCE SALES INC
5353 WEST ATLANTIC AVE
EXECUTIVE SQ STE 403-404
DELRAY BEACH FL 33484-8166

CREDITOR ID: 278887-30
FRESHOUSE II LLC
PO BOX 883
RIVERHEAD, NY 11901

CREDITOR ID: 550105-BI
FRESHOUSE II LLC
PO BOX 883
RIVERHEAD NY 11901

CREDITOR ID: 550106-BI
FRESHPOINT INC
PO BOX 41565
JACKSONVILLE FL 32203

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

CREDITOR ID: 550108-BI
FRESHWATER FARMS PRODUCTS INC
PO BOX 850
BELZONI MS 39038

CREDITOR ID: 550107-BI
FRESHWATER FARMS PRODUCTS INC
PO BOX 850
BELZONI MS 38038

CREDITOR ID: 250115-12
FREUDENBERG HOUSEHOLD PRODUCTS
ATTN MARY JAY, CREDIT MGR
PO BOX 73181
CHICAGO, IL 60673-7181

CREDITOR ID: 550109-BI
FREUDENBERG HOUSEHOLD PRODUCTS
PO BOX 73181
CHICAGO IL 60673-7181

CREDITOR ID: 555540-BC
FREY, KAREN
8621 NW 20TH COURT
SUNRISE FL 33322

CREDITOR ID: 550110-BI
FREYCO PRODUCE INC
10146 S STATE ROAD 241
DECKER IN 47524

CREDITOR ID: 399658-15
FRICKEY, DOROTHY S & FARRELL J
C/O NICK LAW FIRM LC
ATTN TAMMY M NICK ESQ
676 E I-10 SERVICE RD
SLIDELL LA 70461

CREDITOR ID: 406652-MS
FRIDAY, LORENZO JR
20315 VAL CIRCLE
CORNELIUS NC 28031

CREDITOR ID: 407753-15
FRIDMAN, ELIZABETH (MINOR)
C/O BERNHEIM & DOLINSKY, PA
ATTN ROBERT DOLINSKY, ESQ
4000 HOLLYWOOD BLVD SOUTH, STE 525
HOLLYWOOD FL 33021

CREDITOR ID: 407753-15
FRIDMAN, ELIZABETH (MINOR)
C/O LANA FRIDMAN, PARENT/GUARDIAN
11961 SW 20TH STREET
MIRAMAR FL 33025

CREDITOR ID: 535859-BA
FRIED, NATHAN
1600 S.W. 127 WAY
PEMBROKE PINES FL 33025

CREDITOR ID: 550111-BI
FRIEDAS INC
4465 CORPORATE CENTER DRIVE
LOS ALAMITOS CA 90720-2561

CREDITOR ID: 382011-36
FRIEDA'S INC
ATTN JACKIE CAPLIE WIGGINS, VP
4465 CORPORATE CENTER DR
LOS ALAMITOS CA 90720-2561

CREDITOR ID: 410769-15
FRIEDA'S, INC
C/O MEUERS LAW FIRM PL
ATTN LAWRENCE H MEUERS, ESQ
5395 PARK CENTRAL COURT
NAPLES FL 34109

CREDITOR ID: 417020-99
FRIEDLINE & MCCONNELL PA
ATTN: R.FRIEDLINE & J.MCCONNELL
1756 UNIVERSITY BLVD S
JACKSONVILLE FL 32216

CREDITOR ID: 555541-BC
FRIEDLUND, MICHELLE
1850 S. PARK AVE.
APT. #E2
TITUSVILLE FL 32780

CREDITOR ID: 550584-BI
FRIENDSHIP DAIRIES INC
PO BOX 6546
CHURCH STREET STATION
NEW YORK NY 10249-0003

CREDITOR ID: 377842-36
FRIENDSHIP DAIRIES INC
ATTN JOSEPH MURGOLO/DOUGLAS GERBOSI
ONE JERICHO PLAZA, SUITE 107
JERICHO NY 11753-1668

CREDITOR ID: 377842-36
FRIENDSHIP DAIRIES INC
C/O PHILLIPS LYTLE LLP
ATTM ANGELA Z MILLER, ESQ
3400 HSBC CENTER
BUFFALO NY 14203

CREDITOR ID: 550585-BI
FRITO LAY INC
P O BOX 092810
CHICAGO IL 60693

CREDITOR ID: 397690-99
FRITO-LAY INC
C/O DLA PIPER RUDNICK GRAY CARY US LLP
ATTN: JANICE L DUBAN, ESQ
203 NORTH LASALLE STREET, STE 1900
CHICAGO IL 60610-1293

CREDITOR ID: 397690-99
FRITO-LAY INC
C/O DLA PIPER RUDNICK GRAY CARY LLP
ATTN DANIEL J CARRIGAN, ESQ
1775 WIEHLE AVE, STE 400
RESTON VA 20190

CREDITOR ID: 397690-99
FRITO-LAY INC
C/O DLA PIPER RUDNICK GRAY CARY US
ATTN: MARK J FRIEDMAN/SUSAN S MAHER
625 SMITH AVENUE
BALTIMORE MD 21209-3600

CREDITOR ID: 411103-15
FRITO-LAY, INC
C/O DLA PIPER RUDNICK ET AL
ATTN D M NEFF & B A AUDETTE, ESQS
203 N LASALLE STREET, SUITE 1900
CHICAGO IL 60601-1293

CREDITOR ID: 393367-55
FRITTS, ELIZABETH
C/O GEORGE & WALLACH, LLP
ATTN A WALLACH OR E FRITTS, ESQS
637 MAIN STREET
PO BOX 488
FOREST PARK GA 30298-0488

CREDITOR ID: 1320-07
FRO LLC VII
C/O JAMES M HASTINGS, CPA
305 PIPING ROCK DRIVE
SILVER SPRINGS, MD 20905

CREDITOR ID: 1320-07
FRO LLC VII
C/O ARENT FOX PLLC
ATTN MARY JOANNE DOWD, ESQ.
1050 CONNECTICUT AVENUE NW
WASHINGTON DC 20036-5339

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                         **CASE:   05-03817-3F1**

CREDITOR ID: 550586-BI
FRO LLC VIII
%JAMES HASTINGS
305 PIPING ROCK DR
SILVER SPRING MD 20905

CREDITOR ID: 1353-07
FRO LLC VIII
C/O JAMES HASTINGS
305 PIPING ROCK DRIVE
SILVER SPRING, MD 20905

CREDITOR ID: 390559-55
FRONGELLO, SHARON
C/O WINSTON & CLARK, PA
ATTN BRADLEY WINSTON, ESQ
8211 W BROWARD BLVD, SUITE 420
PLANTATION FL 33324

CREDITOR ID: 550587-BI
FRONT END SERVICES CORP
1100 FOUNTAIN PKWY
ATTN TINA STRICKLAND
GRAND PRAIRIE TX 75050

CREDITOR ID: 279500-99
FRONT END SERVICES CORPORATION
C/O HANES AND BOONE, LLP
ATTN S JERNIGAN & M ELMORE, ESQS
901 MAIN STREET, SUITE 3100
DALLAS TX 75202-3789

CREDITOR ID: 279500-99
FRONT END SERVICES CORPORATION
C/O HAYNES AND BOONE LLP
ATTN JUDITH ELKIN, ESQ.
399 PARK AVENUE
NEW YORK NY 10022-4614

CREDITOR ID: 278993-99
FRONT END SERVICES CORPORATION
C/O HAYNES AND BOONE LLP
ATTN: STACEY G JERNIGAN
901 MAIN ST, STE 3100
DALLAS TX 75202

CREDITOR ID: 382608-51
FRONT END SERVICES CORPORATION
1100 FOUNTAIN PARKWAY
GRAND PRAIRIE, TX 75050-1513

CREDITOR ID: 555542-BC
FRONTCAKAS, JEFF
907 BAY PIOT DRIVE
MADEIRA BEACH FL 33708

CREDITOR ID: 279067-32
FRONT-END SERVICES CORPORATION
C/O HAYNES & BOONE, LLP
ATTN MARK J ELMORE, ESQ.
901 MAIN STREET, SUITE 3100
DALLAS TX 75202-3789

CREDITOR ID: 279067-32
FRONT-END SERVICES CORPORATION
ATTN KAREN EDDLEMON, CASH MGR
1100 FOUNTAIN PARKWAY
GRAND PRAIRIE TX 75050-1513

CREDITOR ID: 550588-BI
FRONTIER COMM OF ALABAMA
P O BOX 20919
ROCHESTER NY 14602-0919

CREDITOR ID: 550589-BI
FRONTIER COMM OF GEORGIA
PO BOX 20919
ROCHESTER NY 14602-0919

CREDITOR ID: 250127-12
FRONTIER COMM OF THE SOUTH
PO BOX 20919
ROCHESTER, NY 14602-0919

CREDITOR ID: 492855-37
FROST BROWN TODD LLC
ATTN: RONALD E GOLD
2200 PNC CENTER
201 EAST FIFTH STREET
CINCINNATI OH 45202

CREDITOR ID: 492854-37
FROST BROWN TODD LLC
ATTN: EDWARD M KING
400 W MARKET STREET, 32ND FL
LOUISVILLE KY 40202

CREDITOR ID: 550590-BI
FROST SCHOOL
19672 LA HWY 42
LIVINGSTON LA 70754

CREDITOR ID: 399451-15
FROST, ANGELA
C/O WILSON DILLON PUMROY & JAMES
ATTN ALLISON L HODGINS
PO BOX 2333
AMISTON AL 36202

CREDITOR ID: 535860-BA
FROYZE, ROMANA
3124 PLACEDA STREET
JACKSONVILLE FL 32254

CREDITOR ID: 538035-BA
FROYZE, ROMANA
C/O THE LAW OFFICES OF J SCOTT
NOONEY & ASSOC
ATTN J SCOTT NOONEY, ESQ.
3535 HENDRICKS AVE
JACKSONVILLE FL 32207-3303

CREDITOR ID: 378300-15
FROZEN SPECIALTIES, INC
ATTN KENNETH C DIPPMAN, CFO
1465 TIMBERWOLF DRIVE
HOLLAND OH 43528

CREDITOR ID: 550592-BI
FROZSUN FOODS INC
UNIT X
POBOX 51920
LOS ANGELES CA 90051-6220

CREDITOR ID: 550591-BI
FROZSUN FOODS INC
PO BOX 51327
LOS ANGELES CA 90051-5627

CREDITOR ID: 399648-15
FROZSUN FOODS INCORPORATED
C/O FROZSUN, INC
ATTN LEGAL DEPT, PETER GWOSDOF, ESQ
701 W KIMBERLY AVENUE, SUITE 210
PLACENTIA CA 92870

CREDITOR ID: 550593-BI
FRUIT PATCH SALES LLC
38773 ROAD 48
DINUBA CA 93618

CREDITOR ID: 406223-G4
FRYDMAN CONSULTING CORPORATION
200 WEST 108TH ST.
NEW YORK NY 10025

CREDITOR ID: 550595-BI
FRYDMAN CONSULTING CORPORATION
C/O ISAAC FRYDMAN
288 LEXINGTON AVENUE # LA
NEW YORK NY 10016

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

CREDITOR ID: 550594-BI
FRYDMAN CONSULTING CORPORATION
C/O ISAAC FRYDMAN
200 WEST 108TH STREET #11B
NEW YORK NY 10025

CREDITOR ID: 250133-12
FRYDMAN CONSULTING CORPORATION
C/O ISAAC FRYDMAN
200 WEST 108TH STREET #11B
NEW YORK, NY 10025

CREDITOR ID: 406653-MS
FRYERS, GERALD
3773 AVON CT
CLERMONT FL 34711-5724

CREDITOR ID: 535861-BA
FRYSON, MARY
10037 BLUE WATERS ROAD
TALLAHASSEE FL 32305

CREDITOR ID: 538036-BA
FRYSON, MARY
C/O LAW OFFICE OF BROWN & ASSOC LLC
ATTN DEVERON BROWN, ESQ.
223 E VIRGINIA ST
THE CAMBRIDGE CENTER
TALLAHASSEE FL 32301

CREDITOR ID: 550596-BI
FSI/MFP INC
P O BOX 92400
CLEVELAND OH 44193

CREDITOR ID: 250134-12
FSI/MFP INC
FROZEN SPECIALTIES, INC
ATTN KENNETH C DIPPMON
PO BOX 92400
CLEVELAND, OH 44193

CREDITOR ID: 382333-51
FT LAUDERDALE SUN SENTINEL
200 EAST LAS OLAS BLVD
FORT LAUDERDALE, FL 33301

CREDITOR ID: 550597-BI
FT MYERS NEWS-PRESS
2442 DR ML KING JR BLVD
FT MYERS FL 33901

CREDITOR ID: 250137-12
FT MYERS NEWS-PRESS
2442 DR ML KING JR BLVD
FT MYERS, FL 33901

CREDITOR ID: 382610-51
FT MYERS NEWS-PRESS
2442 DR MARTIN LUTHER KING JR BLVD
FORT MYERS, FL 33901

CREDITOR ID: 550598-BI
FT PIERCE AMERIGAS
3301 OLEANDER AVE
FT PIERCE FL 34982

CREDITOR ID: 250138-12
FT PIERCE AMERIGAS
3301 OLEANDER AVE
FT PIERCE, FL 34982

CREDITOR ID: 550599-BI
FTC INC
PO BOX 567
KINGSTREE SC 29556

CREDITOR ID: 250139-12
FTC INC
PO BOX 567
KINGSTREE, SC 29556

CREDITOR ID: 240845-10
FTC INC
PO BOX 3883
SUMTER, SC 29151-3883

CREDITOR ID: 381922-15
FTD INC
ATTN TIFFANY HARE, CR MGR
TOM SAUTER, CREDIT SPEC
3113 WOODCREEK DR
DOWNERS GROVE IL 60515

CREDITOR ID: 278814-99
FTI CONSULTING
ATTN: MICHAEL EISENBAND
3 TIMES SQUARE 11TH FL
NEW YORK NY 10036

CREDITOR ID: 406173-15
FT-WD PROPERTY LLC
C/O POST HEYMANN & KOFFLER, LLP
ATTN WILLIAM W POST, ESQ
TWO JERICO PLAZA, WING A, STE 111
JERICHO NY 11753

CREDITOR ID: 406173-15
FT-WD PROPERTY LLC
ATTN C TIFFANY/PETER BRAVERMAN,PRES
7 BULFINCH PLACE SUITE 500
BOSTON MA 02114

CREDITOR ID: 397241-68
FU/WD ATLANTA, LLC
ADMINISTRATIVE GENERAL PARTNER
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

CREDITOR ID: 397242-68
FU/WD OPA LOCKA, LLC
ADMINISTRATIVE GENERAL PARTNER
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

CREDITOR ID: 452059-98
FUCMS 1999-C1 MERIDIAN GROCERY LLC
C/O LNR PARTNERS
ATTN ARNE SHULKIN
1601 WASHINGTON AVE SUITE 700
MIAMI BEACH FL 33139

CREDITOR ID: 392081-55
FUDGE, WILLIE
C/O PAUL F HARTSFIELD, JR, ESQ
4913 NORTH MONROE STREET
TALLAHASSEE FL 32303

CREDITOR ID: 555543-BC
FUENTES BARRERA, GLORIA
801 NE 7 STREET #3
HALLANDALE FL 33009

CREDITOR ID: 250144-12
FUJICOLOR PROCESSING INC
PO BOX 777
PHILADELPHIA, PA 19175-2044

CREDITOR ID: 382332-51
FUJITSU CONSULTING
1000 SHERBROOKE STREET W, STE 1400
MONTREAL, CA H3A 3R2
CANADA

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 550600-BI<br>FULL POT OF FLOWERS<br>170 NE 33RD STREET<br>FT LAUDERDALE FL 33334 | CREDITOR ID: 391121-55<br>FULLER, DOROTHY M<br>C/O AMEEN & DRUCKER, PA<br>ATTN GARY J DRUCKER, ESQ<br>3111 UNIVERSITY DRIVE, SUITE 901<br>CORAL SPRINGS FL 33065 | CREDITOR ID: 538037-BA<br>FULLER, MARCIA<br>C/O LANING & LANING, ATTY AT LAW<br>ATTN PAUL F LANING, ESQ.<br>2100 FIRST AVE N, STE 400<br>BIRMINGHAM AL 35203 |
| CREDITOR ID: 535862-BA<br>FULLER, MARCIA<br>3062 OSCAR BRADFORD  ROAD<br>HAYDEN AL 35079 | CREDITOR ID: 535863-BA<br>FULLER, PATRICIA<br>2830 NW 9 ST<br>POMPANO BEACH FL 33309 | CREDITOR ID: 555544-BC<br>FULLER, STEPHEN<br>1497 MAIN ST #327<br>DUNEDIN FL 34698 |
| CREDITOR ID: 535864-BA<br>FULLER, WENDY<br>21351 63RD PLACE<br>MORRISTON FL 32668 | CREDITOR ID: 392546-55<br>FULMORE, CRYSTAL (MINOR)<br>C/O  FINDLER & FINDLER, PA<br>ATTN BRETT K FINDLER, ESQ<br>3 HARVARD CIRCLE, SUITE 100<br>WEST PALM BEACH FL 33409 | CREDITOR ID: 550601-BI<br>FULTON COUNTY SEWER SURCHARGE<br>141 PRYOR STREET<br>SUITE 7001<br>ATTN SOYANNA MITCHELL<br>ATLANTA GA 30303 |
| CREDITOR ID: 550602-BI<br>FULTON PAPER CO<br>PO BOX 403868<br>ATLANTA GA 30384-3868 | CREDITOR ID: 535865-BA<br>FULTON, SHIRLENE<br>3350 NW 41ST STREET<br>LAUDERDALE LAKES FL 33309 | CREDITOR ID: 555545-BC<br>FULWIDER, BEVERLY<br>307 EAST ROYAL BLVD.<br>COLUMBUS OH 43214 |
| CREDITOR ID: 555546-BC<br>FUMERO, OCILIA<br>250 W 57ST<br>HIALEAH FL 33012 | CREDITOR ID: 555547-BC<br>FUNCHESS, MARYLIN<br>5659 GAINWOOD CT.<br>PENSACOLA FL 32503 | CREDITOR ID: 555548-BC<br>FUNDORA, CARIDAD<br>959 SW 4 STREET<br>HOMESTEAD FL 33030 |
| CREDITOR ID: 550603-BI<br>FUNKE FILTERS INC<br>PO BOX 30097<br>CINCINNATI OH 45230-0097 | CREDITOR ID: 250167-12<br>FUQUAY VARINA INDEPENDENT<br>ATN DONNA BASS, BUS MGR<br>PO BOX 669<br>FUQUAY VARINA, NC 27526 | CREDITOR ID: 550604-BI<br>FURLONGS SECURITY<br>3344 ATL HWY<br>MONTGOMERY AL 36109 |
| CREDITOR ID: 395287-63<br>FURLONG'S SECURITY<br>3344 ATLANTA HWY.<br>MONTGOMERY, AL 36109-2702 | CREDITOR ID: 550605-BI<br>FURY'S FERRY SHOPPES<br>C/O HULL/STOREY DEVELOPMENT<br>PO BOX 204227<br>AUGUSTA GA 30917 | CREDITOR ID: 250169-12<br>FURY'S FERRY SHOPPES<br>C/O HULL STOREY RETAIL GROUP, LLC<br>ATTN MIKE FOWLER, ESQ<br>PO BOX 204227<br>AUGUSTA, GA 30917-4227 |
| CREDITOR ID: 1354-07<br>FURY'S FERRY SHOPPES<br>C/O HULL/STOREY DEVELOPMENT<br>PO BOX 204227<br>AUGUSTA, GA 30917 | CREDITOR ID: 555549-BC<br>FUSSELL, BARBARA<br>164 BASIN DR<br>PALATKA FL 32177 | CREDITOR ID: 555551-BC<br>FUSSELL, BEVERLY<br>417 BASSWOOD STREET<br>JACKSONVILLE FL 32206 |
| CREDITOR ID: 555550-BC<br>FUSSELL, RUTH<br>82406 FUSSELL CEMETARY RD<br>COVINGTON LA 70435 | CREDITOR ID: 550606-BI<br>FUTCH PRINTING & MAILING<br>400 EDGEWOOD AVENUE SOUTH<br>JACKSONVILLE FL 32254 | CREDITOR ID: 406654-MS<br>FUTCH, KEN<br>221 SPARROW BRANCH CIRCLE<br>JACKSONVILLE FL 33259 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 550607-BI<br>FUTURE FINANCE COMPANY INC<br>C/O VIRGINIA BEACH GEN DIST COURT<br>MUNICIPAL CENTER COURTROOM B<br>VIRGINIA BEACH VA 23456 | CREDITOR ID: 250173-12<br>FUTURE FOOD, LTD<br>ATTN DAVID WATTS, CEO<br>1420 VALWOOD PARKWAY, SUITE 164<br>CARROLLTON, TX 75006 | CREDITOR ID: 550608-BI<br>FUTURE FOODS LTD<br>1420 VALWOOD PKWY # 164<br>CARROLLTON TX 75006 |
| CREDITOR ID: 550609-BI<br>FUTURE IMAGE<br>P O BOX 56<br>KENNER LA 70063 | CREDITOR ID: 250174-12<br>FUTURE IMAGE INC<br>PO BOX 56<br>KENNER, LA 70063 | CREDITOR ID: 550611-BI<br>FUTURISTIC FOODS INC<br>3 ATLANTIS TERRACE<br>FREEHOLD NJ 07728 |
| CREDITOR ID: 550610-BI<br>FUTURISTIC FOODS INC<br>100 BENJAMIN STREET<br>TOM RIVER NJ 08755 | CREDITOR ID: 429856-15<br>FUTURISTIC FOODS INC<br>C/O DONNA L THOMPSON, ESQ<br>PO BOX 170<br>ALLENWOOD NJ 08720 | CREDITOR ID: 550612-BI<br>FUZZYS BARBEQUE CO<br>408 WEST END BLVD<br>MADISON NC 27025 |
| CREDITOR ID: 250178-12<br>FUZZYS BARBEQUE CO<br>408 WEST END BLVD<br>MADISON, NC 27025 | CREDITOR ID: 410494-15<br>FW NC-SHOPPES OF KILDAIRE, LLC<br>C/O HELD & ISREAL<br>ATTN A FRISCH/E W HELD JR, ESQS<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 408264-99<br>FW NC-SHOPPES OF KILDAIRE, LLC<br>C/O HELD & ISREAL<br>ATTN: EDWIN W HELD, JR., ESQ<br>1301 RIVERPLACE BLVD<br>SUITE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 550613-BI<br>FW WALTON, INC<br>PO BOX 2172<br>TEXAS CITY TX 77592-2172 | CREDITOR ID: 1355-07<br>FWI 16 LLC<br>ATTN THOMAS J CANNON, PRESIDENT<br>314 S MISSOURI AVENUE, SUITE 305<br>CLEARWATER, FL 33756 | CREDITOR ID: 550710-BI<br>FWI 16 LLC<br>314 S MISSOURI AVE<br>STE305<br>C/O BRUCE STRUMPF, INC<br>CLEARWATER FL 33756 |
| CREDITOR ID: 550711-BI<br>FWI 20 LLC<br>C/O BRUCE STRUMPF INC<br>314 S MISSOURI AVENUE<br>SUITE 305<br>CLEARWATER FL 33756 | CREDITOR ID: 1356-07<br>FWI 20 LLC<br>C/O BRUCE STRUMPF INC<br>ATTN THOMAS J CANNON, PRESIDENT<br>314 S MISSOURI AVENUE<br>CLEARWATER, FL 33756 | CREDITOR ID: 1357-07<br>FWI 23 LLC<br>C/O BRUCE STRUMPF INC<br>ATTN THOMAS J CANNON, PPRESIDENT<br>314 S MISSOURI AVENUE<br>CLEARWATER, FL 33756 |
| CREDITOR ID: 550712-BI<br>FWI 23 LLC<br>C/O BRUCE STRUMPF INC<br>314 S MISSOURI AVE<br>SUITE 305<br>CLEARWATER FL 33756 | CREDITOR ID: 1358-07<br>FWI 5 LLC<br>C/O BRUCE STRUMPF INC<br>ATTN THOMAS J CANNON, PRESIDENT<br>314 S MISSOURI AVENUE, SUITE 305<br>CLEARWATER, FL 33756 | CREDITOR ID: 550713-BI<br>FWI 5 LLC<br>%BRUCE STRUMPF INC<br>314 S MISSOURI AVE  STE 305<br>CLEARWATER FL 33756 |
| CREDITOR ID: 550714-BI<br>G & K SERVICES<br>1141 EMORY FOLMAR BLVD<br>MONTGOMERY AL 36110 | CREDITOR ID: 550715-BI<br>G & K SERVICES OF BATON ROUGE<br>PO BOX 4856<br>JACKSON MS 39296 | CREDITOR ID: 550716-BI<br>G & M ELECTRIC SALES INC<br>417-419 N CLAIRBORNE AVE<br>NEW ORLEANS LA 70112 |
| CREDITOR ID: 550717-BI<br>G & M FOOD EQUIPMENT SALES & SERVICE<br>PO BOX 7704<br>SPANISH FORT AL 36577-7704 | CREDITOR ID: 550718-BI<br>G & S LAWN CARE INC<br>1400 PINE PRARIE<br>SARASOTA FL 34240 | CREDITOR ID: 550721-BI<br>G E CAPITAL<br>PO BOX 740434<br>ATLANTA GA 30374-0434 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 550720-BI<br>G E CAPITAL<br>PO BOX 740425<br>ATLANTA GA 30374-0425 | CREDITOR ID: 550722-BI<br>G E SUPPLY<br>PO BOX 840040<br>DALLAS TX 75284 | CREDITOR ID: 550723-BI<br>G F GARDNER & ASSOCIATES<br>106 SUGALOCH COVE<br>JACKSON MS 39211 |
| CREDITOR ID: 550724-BI<br>G F I SERVICE INC<br>632 ALF VAN BRACKLE ROAD<br>LENOX GA 31637 | CREDITOR ID: 250203-12<br>G FIVE INC<br>297 H GARLINGTON ROAD<br>GREENVILLE, SC 29615 | CREDITOR ID: 550725-BI<br>G H I OF WEST PALM BEACH LLC<br>3140 SW 118TH TERRACE<br>DAVIE FL 33325 |
| CREDITOR ID: 550726-BI<br>G J R LAWN & TURF SERVICE<br>14940 SOUTHWEST 248TH STREET<br>HOMESTEAD FL 33032 | CREDITOR ID: 550727-BI<br>G K SERVICES<br>3735 CORPOREX PK DR<br>TAMPA FL 33619 | CREDITOR ID: 550728-BI<br>G T MICHELLI CO INC<br>130 BROOKHOLLOW<br>HARAHAN LA 70123 |
| CREDITOR ID: 550729-BI<br>G W CARVER PRIMARY SCHOOL<br>518 WEST OAK ST<br>GONZALES LA 70737 | CREDITOR ID: 550730-BI<br>G W HAMILTON ELEMENTARY SCHOOL<br>105 T J HATCHERSON STREET<br>BALDWIN LA 70514 | CREDITOR ID: 397638-72<br>G&K FOODS, INC.<br>1141 EMORY FOLMAR BLVD<br>MONTGOMERY, AL 36110 |
| CREDITOR ID: 384137-47<br>G&M FOOD EQUIPMENT SALES & SERVICE<br>ATTN GREG BUXTON, MGR/OWNER<br>PO BOX 7704<br>SPANISH FORT, AL 36577-7704 | CREDITOR ID: 250193-12<br>G&P TRUCKING CO INC<br>ATTN NANCY S GLENN<br>PO BOX 651427<br>CHARLOTTE, NC 28265-1427 | CREDITOR ID: 539009-W9<br>G&P TRUCKING COMPANY INC<br>ATTN: SHELLEY PENDERGRASS<br>126 ACCESS ROAD<br>GASTON SC 29053 |
| CREDITOR ID: 250215-12<br>G&S WINDOW CLEANING SERV<br>PO BOX 1623<br>BIRMINGHAM, AL 35201 | CREDITOR ID: 383184-53<br>GA EPD<br>4244 INDUSTRIAL PARKWAY #104<br>ATLANTA GA 30354 | CREDITOR ID: 550731-BI<br>GA FLORIDA POWER SWEEP<br>PO BOX 3506<br>VALDOSTA GA 31604 |
| CREDITOR ID: 535866-BA<br>GABB (MINOR), RACHAEL<br>C/O RICHARD A. TONRY, ESQ.<br>2114 PARIS RD.<br>CHALMETTE LA 70044-0032 | CREDITOR ID: 555552-BC<br>GABELER, MAITERIA<br>744 W WM CANNON DR<br>#2059<br>AUSTIN TX 78745 | CREDITOR ID: 555553-BC<br>GABRIEL, JESSICA<br>821 SOUTH BELLUAH ST APT 8D<br>EUNICE LA 70535 |
| CREDITOR ID: 2248-07<br>GAD & ASHER REALTY LTD<br>3637 B WEST WATERS AVENUE<br>TAMPA, FL 33614 | CREDITOR ID: 550732-BI<br>GAD & ASHER REALTY LTD<br>3637 B WEST WATERS AVENUE<br>TAMPA FL 33614 | CREDITOR ID: 391506-55<br>GADDIS, ROWENA<br>C/O WILL PARKER, ESQ<br>911 26TH AVENUE<br>PO BOX 5733<br>MERIDIAN MS 39302-5733 |
| CREDITOR ID: 406655-MS<br>GADDY, CLIFTON D.<br>5617 PARTRIDGE DR.<br>RALEIGH NC 27609 | CREDITOR ID: 378239-46<br>GADDY, NANCY<br>C/O WINN-DIXIE<br>5050 EDGEWOOD COURT<br>JACKSONVILLE FL 32254 | CREDITOR ID: 382612-51<br>GADDY, NANCY<br>901 E PLEASANT PL<br>JACKSONVILLE FL 32259-5435 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                             **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 492880-FC<br>GADDY, NANCY H<br>901 E PLEASANT PL<br>JACKSONVILLE FL 32259 | CREDITOR ID: 533783-DO<br>GADDY, NANCY H<br>7635 TIMBERLINE PARK<br>JACKSONVILLE FL 32256 | CREDITOR ID: 406656-MS<br>GADDY, NANCY H<br>901 E PLEASANT PL<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 550733-BI<br>GADSDEN COUNTY TIMES<br>PO BOX 790<br>QUINCY FL 32353-0790 | CREDITOR ID: 250226-12<br>GADSDEN TIMES<br>PO BOX 116362<br>ATLANTA, GA 30368-6362 | CREDITOR ID: 382141-51<br>GADSDEN TIMES, THE<br>401 LOCUST STREET<br>GADSDEN, AL 35902 |
| CREDITOR ID: 239877-06<br>GADSEN AL,  JUDGE OF PROBATE<br>BOBBY M. JUNKINS<br>PO BOX 187<br>GADSEN AL 35902 | CREDITOR ID: 555554-BC<br>GADSON, ANNIE<br>255 NW 11TH AVENUE J<br>SOUTH BAY FL 33493 | CREDITOR ID: 555555-BC<br>GAEBE, VICKI<br>5885 SW 117 TH ST<br>CORAL GABLES FL 33156 |
| CREDITOR ID: 555556-BC<br>GAERIG, CHRISTINA<br>278 SUMMIT STREET<br>RED BUD IL 62278 | CREDITOR ID: 550734-BI<br>GAFFIN INDUSTRIAL SERVICES INCORPORATED<br>PO BOX 1637<br>RIVERVIEW FL 33568-1637 | CREDITOR ID: 550735-BI<br>GAFFNEY FAMILY PHYSICIANS<br>101 PROFESSIONAL PARK<br>GAFFNEY SC 29340 |
| CREDITOR ID: 550736-BI<br>GAFFNEY LEDGER INC<br>PO BOX 670<br>GAFFNEY SC 29342-0670 | CREDITOR ID: 555557-BC<br>GAFFORD, D<br>141 SE ARAPAHOE LN.<br>LAKE CITY FL 32025 | CREDITOR ID: 382330-51<br>GAGE, JOANNE<br>3817 N. BRAMPTON ISLAND COURT<br>JACKSONVILLE, FL 32224 |
| CREDITOR ID: 377856-45<br>GAGE, JOANNE R<br>C/O WINN DIXIE STORES, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | CREDITOR ID: 419613-ST<br>GAGE, JOANNE R<br>3817 BRAMPTON ISLAND CT N<br>JACKSONVILLE FL 32224-7609 | CREDITOR ID: 403714-94<br>GAGE, JOANNE R.<br>3817 N BRAMPTON ISLAND COURT<br>JACKSONVILLE FL 32224 |
| CREDITOR ID: 538038-BA<br>GAGE, PAUL<br>C/O JARAMILLO, AUSTIN, LAURATO &<br>FREEMAN, PA<br>ATTN BRIAN FREEMAN, ESQ.<br>4245 FOWLER ST<br>FORT MYERS FL 33901 | CREDITOR ID: 535867-BA<br>GAGE, PAUL<br>1731 WESTCOURT PLACE<br>ALVA FL 33920 | CREDITOR ID: 385644-99<br>GAGNON, CHRISTINA<br>C/O HARRELL & HARRELL<br>ATTN GREGORY J SCHLAX, ESQ<br>4735 SUNBEAM ROAD<br>JACKSONVILLE FL 32257 |
| CREDITOR ID: 385644-99<br>GAGNON, CHRISTINA<br>640 SEABROOK COVE RD<br>JACKSONVILLE, FL 32211 | CREDITOR ID: 385644-99<br>GAGNON, CHRISTINA<br>C/O HELD & ISRAEL<br>ATTN KIMBERLY HELD ISRAEL, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 403715-94<br>GAGNON, ROBERT G<br>5210 ECHO PINES CIRCLE EAST<br>FT PIERCE FL 34951 |
| CREDITOR ID: 410717-15<br>GAGNON, ROGER<br>C/O DENNIS HERNANDEZ & ASSOCS, PA<br>3339 W KENNEDY BLVD<br>TAMPA FL 33609 | CREDITOR ID: 550738-BI<br>GAIL EASTMAN<br>575 NORWOOD COURT<br>SATELLITE BEACH FL 32937 | CREDITOR ID: 550741-BI<br>GAIL L HUDSON<br>2830 CARRIBEAN ISLE BLVD<br>APT #306<br>MELBOURNE FL 32935 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 390896-55<br>GAILLARD, BEVERLY<br>C/O GILMORE & GILMORE<br>ATTN FREDERICK GILMORE, ESQ<br>116 COURT STREET<br>PO BOX 729<br>GROVE HILL AL 36451 | CREDITOR ID: 550832-BI<br>GAINES GAINES & RASCO<br>PO BOX 275<br>TALLADEGA AL 35161 | CREDITOR ID: 555558-BC<br>GAINES, LARRY<br>5525 PINE CIRCLE NE<br>SAINT PETERSBURG FL 33703 |
| CREDITOR ID: 555559-BC<br>GAINES, LEOLA<br>2930 WEST 10TH ST<br>JACKSONVILLE FL 32254 | CREDITOR ID: 538039-BA<br>GAINES, MARVA<br>C/O LAW OFFICES OF JON E BENEZETTE<br>PO BOX 265715<br>DAYTONA BEACH FL 32126 | CREDITOR ID: 535868-BA<br>GAINES, MARVA<br>5011 SOUTH IVES STREET<br>DELAND FL 32724 |
| CREDITOR ID: 390558-55<br>GAINES, REBECCA<br>C/O SMITH VANTURE & KUVEIKIS, LLP<br>ATTN CHARLES E VANTURE, ESQ<br>232 E 5TH AVENUE<br>TALLAHASSEE FL 32303 | CREDITOR ID: 535869-BA<br>GAINES, VANASSA<br>500 W AIRPORT BLVD, #1603<br>SANFORD FL 32773 | CREDITOR ID: 550833-BI<br>GAINESVILLE ICE SERVICE INC<br>508 SE 11TH AVENUE<br>GAINESVILLE FL 32601 |
| CREDITOR ID: 385-03<br>GAINESVILLE REGIONAL UTILITIES<br>ATTN KIMBERLY OLIVIER<br>PO BOX 147117,  STATION A136<br>GAINESVILLE FL 32614-7117 | CREDITOR ID: 550834-BI<br>GAINESVILLE REGIONAL UTILITIES<br>301 SOUTHEAST 4TH AVENUE<br>GAINESVILLE FL 32601 | CREDITOR ID: 550835-BI<br>GAINESVILLE SUN<br>PO BOX 147147<br>GAINESVILLE FL 32614-7147 |
| CREDITOR ID: 382337-51<br>GAINESVILLE SUN & OCALA STAR BANNER<br>ATTN MELODY DAY, CR MGR<br>PO BOX 490<br>OCALA FL 34478 | CREDITOR ID: 382338-51<br>GAINESVILLE TIMES<br>ATTN VICKEY JAMES, CR MGR<br>345 GREEN STREET NW<br>GAINESVILLE, GA 30503 | CREDITOR ID: 250237-12<br>GAITHER MACHINE AND FAB<br>PO BOX 202<br>201 PILGRIM LANE<br>MUNFORD, AL 36268 |
| CREDITOR ID: 535870-BA<br>GALDAME, ROXANA<br>601 SW 67 AVE<br>MIAMI FL 33144 | CREDITOR ID: 538040-BA<br>GALDAME, ROXANA<br>C/O ALEJANDRO D DE VARONA, P.A.<br>255 ALHAMBRA CIRCLE<br>CORAL GABLES FL 33134 | CREDITOR ID: 550836-BI<br>GALDERMA<br>22113 NETWORK PLACE<br>CHICAGO IL 60673-1221 |
| CREDITOR ID: 250239-12<br>GALDERMA LABORATORIES<br>ATTN ERIC M OSTENMAYERGEN COUNSEL<br>14501 NORTH FREEWAY<br>FORT WORTH TX 76177 | CREDITOR ID: 555560-BC<br>GALE, ESTHER<br>5004  NW 32ND PL<br>OCALA FL 34482 | CREDITOR ID: 535871-BA<br>GALGANI, ANTHONY<br>481 SE 9TH AVENUE<br>POMPANO BEACH FL 33060 |
| CREDITOR ID: 2249-07<br>GALILEO CMB T1 HL TX LP<br>PO BOX 74845<br>CLEVELAND, OH 44194-4845 | CREDITOR ID: 550837-BI<br>GALILEO CMB T1 HL TX LP<br>PO BOX 74845<br>CLEVELAND OH 44194-4845 | CREDITOR ID: 381956-15<br>GALILEO CMBS T1 HL TX LP<br>C/O CBL & ASSOCIATES MANAGEMENT INC<br>ATTN GARY L RODDY<br>CBL CENTER, SUITE 500<br>2030 HAMILTON PLACE BLVD<br>CHATTANOOGA TN 37421-6000 |
| CREDITOR ID: 550838-BI<br>GALILEO MARKETPLACE WYCLIFFE, LLC<br>PO BOX 74644<br>CLEVELAND OH 44194-4644 | CREDITOR ID: 550839-BI<br>GALILEO NORMANDY SQUARE LLC<br>PO BOX 74644<br>CLEVELAND OH 74644 | CREDITOR ID: 550840-BI<br>GALILEO RIVERWOOD LLC<br>PO BOX 74635<br>CLEVELAND OH 44194 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 411252-15<br>GALINDEZ, RALPH D<br>12617 BIRCH BARK COURT<br>ORLANDO FL 32828 | CREDITOR ID: 550841-BI<br>GALIP MAMUDOSKI<br>1578 WILLIAMS BRIDGE ROAD<br>STE 3-B<br>BRONX NY 10461 | CREDITOR ID: 550842-BI<br>GALIP MAMUDOSKI<br>2298 FIRST AVENUE<br>NEW YORK NY 10035 |
| CREDITOR ID: 555561-BC<br>GALL, CONNIE<br>7501 142ND AVE. N. LOT # 506<br>LARGO FL 33771 | CREDITOR ID: 406657-MS<br>GALLAGHER, ALBERT J<br>8310 SW 55TH CT<br>DAVIE FL 33328 | CREDITOR ID: 406658-MS<br>GALLAGHER, JOHN D<br>PO BOX 213<br>FELDA FL 33930 |
| CREDITOR ID: 535872-BA<br>GALLAGHER, KAREN<br>445 39TH COURT SW<br>VERO BEACH FL 32968 | CREDITOR ID: 391405-55<br>GALLAGHER, RUTH M<br>C/O RUSSELL R STEWART LAW OFFICES<br>ATTN RUSSELL R STEWART, ESQ<br>900 E FOURTH STREET<br>PANAMA CITY, FL 32402 | CREDITOR ID: 391405-55<br>GALLAGHER, RUTH M<br>C/O RUSSELL R STEWART LAW OFFICES<br>ATTN RUSSELL R STEWART, ESQ<br>PO BOX 2542<br>PANAMA CITY FL 32402 |
| CREDITOR ID: 535873-BA<br>GALLAHAN, THIEMCHAI<br>6341 FAIRWAY BLVD<br>APOLLO BEACH FL 33572 | CREDITOR ID: 538041-BA<br>GALLAHAN, THIEMCHAI<br>C/O THE LAW OFFICES OF JACK L<br>TOWNSEND SR<br>9385 N 56TH ST, STE 201<br>TEMPLE  TERRACE FL 33617 | CREDITOR ID: 535874-BA<br>GALLEGO, ISABEL<br>C/O SPENCER MORGAN<br>44 WEST FLAGLER STREET, SUITE<br>MIAMI FL 33130 |
| CREDITOR ID: 538042-BA<br>GALLEGO, ISABEL<br>C/O LAW OFFICE OF SPENCER G MORGAN<br>44 W FLAGLER ST, STE 2550<br>MIAMI FL 33130 | CREDITOR ID: 555562-BC<br>GALLEGOS, BRANDON<br>1915 ALEXANDER CIRCLE<br>IMMOKALEE FL 34142 | CREDITOR ID: 555563-BC<br>GALLIE, DIANA<br>2023 RIVER REACH DR. #336<br>NAPLES FL 34104 |
| CREDITOR ID: 390528-55<br>GALLO, LEDA<br>C/O SYFRETT & DYKES LAW OFFICES PA<br>ATTN R OR C SYFRETT, ESQS<br>311 MAGNOLIA AVE<br>PO BOX 1186<br>PANAMA CITY FL 32402-1186 | CREDITOR ID: 406659-MS<br>GALLOGLY, WILLIAM<br>1778 STERN WHEEL DRIVE<br>JACKSONVILLE FL 32223 | CREDITOR ID: 393176-55<br>GALLON, JOYCE<br>C/O LAW OFFICES OF BURNETTI, PA<br>ATTN .LINA LOPEZ, ESQ<br>9950 PRINCESS PALM AVENUE, STE 101<br>TAMPA FL 33629 |
| CREDITOR ID: 250245-12<br>GALLOWAY TOWING SERVICE INC<br>6250 W 21ST CT<br>HIALEAH, FL 33016 | CREDITOR ID: 550843-BI<br>GALLOWAY TOWING SERVICE INC<br>6250 W 21ST CT<br>HIALEAH FL 33016 | CREDITOR ID: 550844-BI<br>GALLUP & STRIBLING ORCHIDS INC<br>3450 VIA REAL<br>CARPINTERIA CA 93013 |
| CREDITOR ID: 550845-BI<br>GALT OCEAN MARKETPLACE<br>C/O DANEBELT GROUP INC<br>1 FINANCIAL PLAZA SUITE 2001<br>FT LAUDERDALE FL 33394 | CREDITOR ID: 1362-07<br>GALT OCEAN MARKETPLACE<br>C/O DANEBELT GROUP INC.<br>1 FINANCIAL PLAZA, SUITE 2001<br>FT LAUDERDALE, FL 33394 | CREDITOR ID: 550846-BI<br>GALT OCEAN TIC INVESTORS LLC<br>C/O WOOLBRIGHT DEVELOPMENT<br>3200 NORTH MILITARY TRAIL 4TH FL<br>BOCA RATON FL 33431 |
| CREDITOR ID: 555564-BC<br>GALUP, MADELINE<br>250 W 74 PL APT #470<br>HIALEAH FL 33014 | CREDITOR ID: 550847-BI<br>GALVEZ PRIMARY SCHOOL<br>16093 HENDERSON BAYOU<br>PRAIRIEVILLE LA 70769 | CREDITOR ID: 555565-BC<br>GALVEZ, ELIZABETH<br>4003 S WESTSHORE BL 4604<br>TAMPA FL 33611 |

SERVICE LIST

Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 555566-BC
GALVEZ-SMITH, DUSTIN
1771 HELEN DR
JACKSONVILLE FL 32210

CREDITOR ID: 538043-BA
GAMARRA, EDLA
C/O FELDMAN & GETZ, LLP
ATTN PHILIP J FELDMAN, ESQ.
1877 S FEDERAL HIGHWAY, STE 110
BOCA RATON FL 33432

CREDITOR ID: 535875-BA
GAMARRA, EDLA
14960 SW 178TH TERRACE
MIAMI FL 33177

CREDITOR ID: 255530-12
GAMBINO, MARK
PO BOX 2418
DAPHNE, AL 36526

CREDITOR ID: 550848-BI
GAMBINOS BAKERIES,INC
PO BOX 857
KENNER LA 70063

CREDITOR ID: 397977-76
GAMBLE, BRODERICK ET AL
2635 23RD STREET
TUSCALOOSA, AL 35401

CREDITOR ID: 27866-05
GAMBLE, ERNEST SR
2819 PARENTAL HOME ROAD
JACKSONVILLE FL 32216

CREDITOR ID: 550849-BI
GAME HUNTER INC
541 BISHOP STREET NW
ATLANTA GA 30318

CREDITOR ID: 550850-BI
GAME MASTER
1624 DOLWICK DRIVE
ERLANGER KY 41018

CREDITOR ID: 555567-BC
GAMERTSFELDER, WENDY
2244 ARTHUR ST APT #1
HOLLYWOOD FL 33020

CREDITOR ID: 550851-BI
GANDY ASSOCIATES
3904 HALL OAKS CT
VALRICO FL 33594

CREDITOR ID: 250253-12
GANDY ASSOCIATES
C/O ARIANA ASSOCIATES
ATTN  LAWRENCE M HEARD
3904 HALL OAKS CT
VALRICO, FL 33594

CREDITOR ID: 392780-55
GANLEY, ROBYN C
C/O MICHAEL T KEOUGH, PA
ATTN MICHAEL T KEOUGH, ESQ
8207 STATE ROAD 52
HUDSON FL 34667

CREDITOR ID: 555568-BC
GANT, B. JOYCE
2916 NEPAL
TALLAHASSEE FL 32303

CREDITOR ID: 555569-BC
GARAU, RADAMES
16903 SW 145 AVE
MIAMI FL 33177

CREDITOR ID: 392243-55
GARCES, ANA MARIA
C/O ROBERT RUBENSTEIN, PA
ATTN ROBERT RUBENSTEIN, ESQ
9350 S DIXIE HIGHWAY, SUITE 1110
MIAMI FL 33156

CREDITOR ID: 535876-BA
GARCIA, AIDA
5236 CURRYFORD RD, #415
ORLANDO FL 32812

CREDITOR ID: 538044-BA
GARCIA, AIDA
C/O THE LAW OFFICES OF RAMSEY
SMATHERS, P.A.
2721 W FAIRBANKS AVE, STE 100
WINTER PARK FL 32789

CREDITOR ID: 403195-99
GARCIA, AMERICA ORTEGA & ALBERT
C/O MARVIN S SCHULMAN PA
ATTN: MARVIN S SCHULMAN
2800 WESTON RD, STE 201
WESTON FL 33331

CREDITOR ID: 399621-15
GARCIA, AMERICA ORTEGA & ALBERT
13370 SW 46TH LANE
MIAMI FL 33175

CREDITOR ID: 399621-15
GARCIA, AMERICA ORTEGA & ALBERT
C/O MARVIN S SCHULMAN, PA
ATTN MARVIN S SCHULMAN, ESQ
2800 WESTON ROAD, SUITE 201
WESTON FL 33331

CREDITOR ID: 387231-54
GARCIA, BARBARA
6352 SW 34TH STREET
MIAMI, FL 33135

CREDITOR ID: 387231-54
GARCIA, BARBARA
C/O LAW FIRM OF DAVID MOLIVER
ATTN DAVID MOLIVER, ESQ.
9415 SW 72 STREET, STE 125
MIAMI FL 33173

CREDITOR ID: 390797-55
GARCIA, DELIA
C/O LAW OFFICES OF BRIAN T SCHER
ATTN BRIAN T SCHER, ESQ
515 N FLAGLER DRIVE, SUITE 801
WEST PALM BEACH FL 33401

CREDITOR ID: 555570-BC
GARCIA, DIGNA
7630 NW 14 STREET
PEMBROKE PINES FL 33024

CREDITOR ID: 535470-BA
GARCIA, ELIZABETH
15822 SW 42 ST
MIRAMAR FL 33027

CREDITOR ID: 538045-BA
GARCIA, ELIZABETH
C/O GREG MONDALDI & ASSOCIATES
ATTN JOSE ANEGRONI ESQ
200 SE 9TH ST
FT. LAUDERDALE FL 33316-1020

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                 **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 555575-BC<br>GARCIA, ELMA<br>176 W AIRLINE HWY<br>KENNER LA 70062 | CREDITOR ID: 392065-55<br>GARCIA, ESTRELLA<br>C/O LEVINE, BUSCH, SCHNEPPER ET AL<br>ATTN DAVID H LEVINE, ESQ<br>9100 S DADELAND BLVD, SUITE 1010<br>MIAMI FL 33156 | CREDITOR ID: 555573-BC<br>GARCIA, GLORIMAR<br>1387 MARSH CREEK LN<br>ORLANDO FL 32828 |
| CREDITOR ID: 385985-54<br>GARCIA, HOPE<br>C/O LEEDS COLBY PARIS ET AL<br>ATTN JACK PARIS, ESQ<br>2400 S DIXIE HWY, SUITE 100<br>MIAMI, FL 33133 | CREDITOR ID: 391343-55<br>GARCIA, ISABEL<br>C/O RANDY M WEBER, PA<br>ATTN RANDY M WEBER, ESQ<br>777 BRICKELL AVENUE, SUITE 1114<br>MIAMI FL 33131 | CREDITOR ID: 555571-BC<br>GARCIA, JACCNELINE<br>4262 VERN=MONT AVENUE<br>WEST PALM BEACH FL 33461 |
| CREDITOR ID: 535471-BA<br>GARCIA, JASMINE<br>12251 SW 186 ST<br>MIAMI FL 33177 | CREDITOR ID: 416592-L1<br>GARCIA, JESUS<br>C/O SYLVIA M SIRVEN LAW OFFICES<br>ATTN SYLVIA M SIRVEN, ESQ<br>8360 WEST FLAGER STREET, SUITE 203A<br>MIAMI FL 33144 | CREDITOR ID: 416592-L1<br>GARCIA, JESUS<br>1034 BSW 123 PL<br>MIAMI FL 33184 |
| CREDITOR ID: 535472-BA<br>GARCIA, KATIA<br>2353 TALLAHASSEE DR.<br>WEST PALM BEACH FL 33409 | CREDITOR ID: 538046-BA<br>GARCIA, KATIA<br>C/O CHALIK & CHALIK, P. A.<br>ATTN JASON CHALIK<br>10063 NW 1ST COURT<br>PLANTATION FL 33324 | CREDITOR ID: 535473-BA<br>GARCIA, LIGIA<br>938 CRISTAL BAY LANE<br>ORLANDO FL 32828 |
| CREDITOR ID: 538047-BA<br>GARCIA, LIGIA<br>C/O MORGAN & MORGAN<br>ATTN HARREN UDELL<br>PO BOX 4979<br>ORLANDO FL 32802-4979 | CREDITOR ID: 555576-BC<br>GARCIA, LISA<br>1405 CEDAR CREEK<br>SANFORD FL 32771 | CREDITOR ID: 535474-BA<br>GARCIA, MARIA<br>9731 SW 167TH STREET<br>MIAMI FL 33157 |
| CREDITOR ID: 538048-BA<br>GARCIA, MARIA<br>C/O LAW OFFICE OF EDUARDO DE LA<br>CRUZ-MUNOZ<br>8370 W FLAGLER ST, STE 226<br>MIAMI FL 33144 | CREDITOR ID: 555572-BC<br>GARCIA, MARIA<br>19800 SW 180TH AVE<br>LOT #33<br>MIAMI FL 33187 | CREDITOR ID: 555574-BC<br>GARCIA, MARIA<br>3631 SW 3RD STREET<br>APT #1<br>MIAMI FL 33135 |
| CREDITOR ID: 392761-55<br>GARCIA, MIRIAM<br>C/O JEROME WOLFSON, PA<br>ATTN JEROME H WOLFSON, ESQ<br>3399 SW 3RD AVENUE<br>MIAMI FL 33145 | CREDITOR ID: 392767-55<br>GARCIA, MIRIAM<br>C/O PANTER, PANTER & SAMPEDRO, PA<br>ATTN DAVID SAMPEDRO, ESQ<br>6950 N KENDALL DR<br>MIAMI FL 33156 | CREDITOR ID: 535475-BA<br>GARCIA, OLGA<br>403 NW 72 AVE #116<br>MIAMI FL 33126 |
| CREDITOR ID: 538049-BA<br>GARCIA, OLGA<br>C/O LAW OFFICE OF ROBERT RUBENSTEIN<br>9350 S DIXIE HWY, STE 1110<br>MIAMI FL 33156 | CREDITOR ID: 534868-B1<br>GARCIA, ROSA<br>198 LONGLEAF DR<br>MARIETTA GA 30060 | CREDITOR ID: 535476-BA<br>GARCIA, ROSA<br>14063 ITHACA WAY<br>ORLANDO FL 32826 |
| CREDITOR ID: 389655-54<br>GARCIA, ROSA<br>1907 GALLERRIA LANE, APT 1708<br>SMYRNA, GA 30080 | CREDITOR ID: 538050-BA<br>GARCIA, ROSA<br>C/O MARILYN LINDSEY<br>BENITEZ & BUTCHER, P.A.<br>1223 E. CONCORD ST<br>ORLANDO FL 32803 | CREDITOR ID: 535477-BA<br>GARCIA, SARA<br>40 AUDUBON BLVD<br>NEW ORLEANS LA 70118 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of**
**Reorganization, (B) Occurrence of Effective Date**
**of Plan, and (C) Bar Dates for Filing claims Arising**
**before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:    05-03817-3F1**

CREDITOR ID: 538051-BA
GARCIA, SARA
C/O MICHAEL J. HALL
SHORTY, DOOLEY & HALL, LLC
650 POYDRAS STREET
SUITE 1400
NEW ORLEANS LA 70130

CREDITOR ID: 535478-BA
GARCIA, VICTORIA
321 E 6 ST
#218
HIALEAH FL 33010

CREDITOR ID: 399442-15
GARCIOVIEDO, CONNIE
C/O STEVEN A FEINMAN LAW OFFICES
ATTN STEVEN A FEINMAN, ESQ
8530 STATE ROAD 84
DAVIE FL 33324

CREDITOR ID: 410726-15
GARDEN CITY W-D, LLC
C/O ZIMMER MANAGEMENT COMPANY
ATTN JEFFREY L ZIMMER, MEMBER
111 PRINCESS STREET
PO BOX 2628
WILMINGTON NC 28402-2628

CREDITOR ID: 410726-15
GARDEN CITY W-D, LLC
ZIMMER AND ZIMMER, LLP
ATTN HERBERT J ZIMMER, ESQ
111 PRINCESS STREET
WILMINGTON NC 28401-3997

CREDITOR ID: 550852-BI
GARDENBURGER INC
PO BOX 96457
CHICAGO IL 60693-6457

CREDITOR ID: 250258-12
GARDENBURGER INC
C/O WHOLESOME & HEARTY FOODS CO
ATTN RICHARD D WERBLIN, CORP CONTR
15615 ALTON PARKWAY, SUITE 350
IRVINE CA 92618

CREDITOR ID: 535479-BA
GARDENER, THELMA
2415 MCARTY DR
JACKSONVILLE FL 32210

CREDITOR ID: 538052-BA
GARDENER, THELMA
C/O DEXTER VAN DAVIS
LUSTER & DAVIS, P.A.
255 LIBERTY STREET
SUITE A
JACKSONVILLE FL 32202

CREDITOR ID: 550853-BI
GARDENS PARK PLAZA  219
505 S FLAGLER DR STE 1010
WEST PALM BEACH FL 33401-5923

CREDITOR ID: 250259-12
GARDENS PARK PLAZA  219
505 S FLAGLER DR STE 1010
WEST PALM BEACH, FL 33401-5923

CREDITOR ID: 250259-12
GARDENS PARK PLAZA  219
C/O ELK BANKIER CHRISTU & BAKST LLP
ATTN MICHAEL R BAKST, ESQ.
222 LAKEVIEW AVENUE, SUITE 1330
WEST PALM BEACH FL 33401

CREDITOR ID: 2251-07
GARDENS PARK PLAZA, LTD
C/O ELK BANKIER CHRISTU & BAKST LLP
ATTN MICHAEL R BAKST, ESQ
222 LAKEVIEW AVENUE, SUITE 1330
WEST PALM BEACH, FL 33401

CREDITOR ID: 395015-59
GARDINER, LELAND M JR
716 RANDOLPH AVE SE
HUNTSVILLE, AL 35801

CREDITOR ID: 392401-55
GARDINER, MARY REGINA
C/O THE GLENN ARMENTOR LAW CORP
ATTN RICHARD E SMITH, ESQ
300 STEWART STREET
LAFAYETTE LA 70501

CREDITOR ID: 535485-BA
GARDNER (MINOR), CANDICE
1140 TATE SCHOOL RD.
TRAILER # 1
CANTONMENT FL 32533

CREDITOR ID: 538057-BA
GARDNER (MINOR), CANDICE
C/O THOMAS UEBERSCHAER, ESQ.
THE LAW OFFICES OF THOMAS UEBERSCHAER PA
601 NORTH BAYLEN STREET
PENSACOLA FL 32501

CREDITOR ID: 250260-12
GARDNER PAINT SERVICES
PO BOX 5096
JOHNSON CITY, TN 37602

CREDITOR ID: 535480-BA
GARDNER, ANNIE
415 SORRELL DR
LAUREL MS 39440

CREDITOR ID: 538053-BA
GARDNER, ANNIE
C/O VANESSA JONES
JONES LAW FIRM
PO BOX 1554
HATTIESBURG MS 39403

CREDITOR ID: 394260-56
GARDNER, BARBARA
379 KIMZEY RD
HORSE SHOE, NC 28742

CREDITOR ID: 535481-BA
GARDNER, DEBORAH
220 WOODLAND DR
EDEN NC 27288

CREDITOR ID: 538054-BA
GARDNER, DEBORAH
C/O JOEL W. DAVIS ESQ.
THE DEUTERMAN LAW GROUP, P.A.
101 SOUTH ELM ST.
SUITE 170
GREENSBORO NC 27401

CREDITOR ID: 555581-BC
GARDNER, DOROTHY
209 NW 7TH AVENUE
DANIA FL 33004

CREDITOR ID: 452467-99
GARDNER, JOHN
C/O FRIEDLINE & MCCONNELL, PA
ATTN JERRETT M MCCONNELL, ESQ
1756 UNIVERSITY BLVD SOUTH
JACKSONVILLE FL 32216

CREDITOR ID: 452467-99
GARDNER, JOHN
C/O GEORGE DOUGLAS JR LAW OFFICES
ATTN: GEORGE C DOUGLAS JR
700 CENTURY PARK SOUTH, STE 223
BIRMINGHAM AL 35226

CREDITOR ID: 403717-94
GARDNER, JOHN A
940 HEARTHSIDE CT
JACKSONVILLE FL 32221

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing claims Arising before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 555579-BC
GARDNER, LINDA
229 NE 19 AVE APT B
POMPANO BEACH FL 33060

CREDITOR ID: 555580-BC
GARDNER, MARY
708 SOUTH TOOMS
VALDOSTA GA 31601

CREDITOR ID: 535482-BA
GARDNER, PATRICIA
2125 ALLO MUMPHREY
VIOLET LA 70092

CREDITOR ID: 535483-BA
GARDNER, RUTH
320 N.W. 188 ST
NORTH MIAMI BEACH FL 33169

CREDITOR ID: 538055-BA
GARDNER, RUTH
C/O CARLOS PASTOR
PASTOR, MONTES, & NAVEO, P.A.
5999 BISCAYNE BLVD.
MIAMI FL 33137

CREDITOR ID: 555578-BC
GARDNER, SAMMY
1346 33RD ST.
VERO BEACH FL 32960

CREDITOR ID: 535484-BA
GARDNER, TALVIA
1427 PEAVY CRT
LAKELAND FL 33801

CREDITOR ID: 538056-BA
GARDNER, TALVIA
C/O MICHAEL K. HOUTZ
MORGAN & MORGAN ATTORNEYS
101 E. KENNEDY BLVD. STE 1790
TAMPA FL 33602

CREDITOR ID: 250261-12
GARDNER/WATSON ICE
ATTN WOODY WATSON OR SELENA HAWKINS
PO BOX 1704
TUPELO, MS 38802

CREDITOR ID: 550854-BI
GARDNER/WATSON ICE
P O BOX 1704
ATTN: WOODY WATSON
TUPELO MS 38802

CREDITOR ID: 385264-54
GARGONE, PHILLIP
C/O TODD M LADOUCEUR, PA
ATTN TODD M LADOUCER, ESQ
4286 WOODBINE ROAD, SUITE A
PACE FL 32571

CREDITOR ID: 392569-55
GARIBIAN, ODETTE A
C/O STEINGER, ISCOE & PHILIPS, PA
ATTN C MCDONALD/ G ISCOE, ESQS
1645 PALM BEACH LAKES BLVD, 9TH FLR
WEST PALM BEACH FL 33401

CREDITOR ID: 550855-BI
GARLAND SALES INC
MILBERG FACTORS INC
99 PARK AVENUE
NEW YORK NY 10016

CREDITOR ID: 391741-55
GARLAND, MARY
C/O ROBERT J FENSTERSHEIB, PA
ATTN ROBERT J FENSTERSHEIB, ESQ
520 W HALLANDALE BEACH BLVD
HALLANDALE FL 33009

CREDITOR ID: 555583-BC
GARLAND, NIKYA
337 NE 57TH STREET
APT 2
MIAMI FL 33162

CREDITOR ID: 550856-BI
GARLINGTON COMPANY ARCHITECTS
5411 ORTEGA BLVD
STE 8A
JACKSONVILLE FL 32210

CREDITOR ID: 403718-94
GARMON, JON R
13810 SUTTON PARK DRIVE N, APT 1124
JACKSONVILLE FL 32224

CREDITOR ID: 535486-BA
GARNER, CHERRI
45 IRIS LN
WESTWEGO LA 70094

CREDITOR ID: 406662-MS
GARNER, RONALD A
1493 SCARLETT WAY
GREEN COVE SPRINGS FL 32043

CREDITOR ID: 550857-BI
GARNIER
7644 COLLECTIONS CENTER DR
BANK OF AMERICA
CHICAGO IL 60693

CREDITOR ID: 250268-12
GARNIER (DIV OF L'OREAL USA INC)
ATTN KENNY WINE, SR CREDIT MGR
7644 COLLECTIONS CENTER DR
BANK OF AMERICA
CHICAGO, IL 60693

CREDITOR ID: 406663-MS
GAROFALO, NATALE
805 RUE DE LA PAIX
HAMMOND LA 70403

CREDITOR ID: 550858-BI
GAROLD FAYARD
# 3 METAIRIE COURT
METAIRIE LA 70001

CREDITOR ID: 402606-89
GAROUTTE, JOHN W
2324 STONEGATE DR
WELLINGTON FL 33414

CREDITOR ID: 550859-BI
GARRARDS SAUSAGE INC
3263 ROSE SHARON ROAD
DURHAM NC 27712

CREDITOR ID: 250270-12
GARRARDS SAUSAGE INC
3263 ROSE SHARON ROAD
DURHAM, NC 27712

CREDITOR ID: 535487-BA
GARRAWAY, VICTORIA
107 CARRIE RD
HATTIESBURG MS 39042

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 555584-BC<br>GARRET, LEE BRANDON<br>1324 WEST FOWLER STREET<br>DELTONA FL 32725 | CREDITOR ID: 381391-47<br>GARRETT, BRIAN<br>8704 LONGBOROUGH WAY<br>LOUISVILLE, KY 40299 | CREDITOR ID: 246499-12<br>GARRETT, CLOVIS<br>8803 NUNDY AVENUE<br>GIBSONTON, FL 33534 |
| CREDITOR ID: 555586-BC<br>GARRETT, LINDA<br>2364 20TH ST<br>SARASOTA FL 34234 | CREDITOR ID: 403719-94<br>GARRETT, LOWELL C<br>14007 MILLHOPPER RD<br>GAINESVILLE FL 32653 | CREDITOR ID: 535488-BA<br>GARRETT, SHANNON<br>536 EASTERBROOK STREET<br>BAY SAINT LOUIS MS 39520-2704 |
| CREDITOR ID: 555585-BC<br>GARRETT, TED<br>2138 SELMA ST.<br>NEW ORLEANS LA 70122 | CREDITOR ID: 535489-BA<br>GARRETT, VIRGINIA<br>360 WEST 16TH WAY<br>WEST PALM BEACH FL 33404 | CREDITOR ID: 538058-BA<br>GARRETT, VIRGINIA<br>C/O ERIC CANTER, ESQ<br>LAW OFFICES OF ERIC CANTER, PA<br>7000 WEST PALMETTO PARK RD<br>STE 220<br>BOCA RATON FL 33433 |
| CREDITOR ID: 555587-BC<br>GARRIGUES, CHRISTINE<br>715 BIANCA DR<br>PALM BAY FL 32905 | CREDITOR ID: 555588-BC<br>GARRIS, ROSE<br>5401 70TH AVE NORTH APT 2<br>PINELLAS PARK FL 33781 | CREDITOR ID: 535490-BA<br>GARRISON, CHRISTOPHER<br>1568 ALEMEBA AVE<br>BIRMINGHAM AL 35201 |
| CREDITOR ID: 538059-BA<br>GARRISON, CHRISTOPHER<br>C/O JOHN G. SCHERF, IV<br>JOHN G. SCHERF, IV<br>P. O. BOX 849<br>MARY ESTHER FL 32569 | CREDITOR ID: 550860-BI<br>GARRY L HUBBLE<br>649 COURT STREET<br>PORT ALLEN LA 70767 | CREDITOR ID: 550950-BI<br>GARRY MOON<br>3627 A OLD PETERSBURG ROAD<br>ID# 85710<br>MARTINEZ GA 30907 |
| CREDITOR ID: 555589-BC<br>GARVIDIA, MICHELINE<br>804 WATERLILY PLACE<br>JENSEN BEACH FL 34953 | CREDITOR ID: 382329-51<br>GARY BITNER PUBLIC RELATIONS, INC<br>5310 NW 33RD AVE, STE 218<br>FORT LAUDERDALE, FL 33309 | CREDITOR ID: 550953-BI<br>GARY BROWN<br>60 MCKENZIE ROAD<br>PETAL MS 39465 |
| CREDITOR ID: 550955-BI<br>GARY CROWE<br>39729 JOHN WILD ROAD<br>PONCHATOULA LA 70454 | CREDITOR ID: 550960-BI<br>GARY LLOYD II<br>2726 PAINE LANE<br>ORLANDO FL 32826 | CREDITOR ID: 550967-BI<br>GARY SHORT<br>2509 CROWLEY TERRACE<br>DELTONA FL 32738 |
| CREDITOR ID: 550969-BI<br>GARY UTRATA<br>NOL OFFICE<br>600 EDWARDS AVENUE<br>HARAHAN LA 70123 | CREDITOR ID: 535491-BA<br>GARY, JOYCE<br>1713 S.W.11TH.ST.<br>FORT LAUDERDALE FL 33312 | CREDITOR ID: 550973-BI<br>GARYS LAWN CARE<br>PO BOX 733<br>HOPKINSVILLE KY 42241-0733 |
| CREDITOR ID: 550974-BI<br>GARYVILLE MAGNET SCHOOL<br>240 HWY 54<br>GARYVILLE LA 70051 | CREDITOR ID: 555590-BC<br>GARZA, JUANITA<br>15402 MARION AVE<br>DADE CITY FL 33523 | CREDITOR ID: 389056-54<br>GARZA, SAN JUANA<br>C/O LAURI J GOLDSTEIN, PA<br>ATTN LAURI J GOLDSTEIN, ESQ<br>PO BOX 1965<br>PALM CITY FL 34991 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 399819-84<br>GASKINS, ELIZABETH & BOBBY<br>2648 MCKENZIE RD<br>MCBEE SC 29101 | CREDITOR ID: 399819-84<br>GASKINS, ELIZABETH & BOBBY<br>C/O LUCAS AUMAN & WARR<br>ATTN F W AUMAN, III, ESQ<br>644 SOUTH 4TH STREET<br>PO BOX 2527<br>HARTSVILLE SC 29551 | CREDITOR ID: 390847-55<br>GASKINS, LINNETTE<br>C/O KELLER, KELLER & CARACUZZO PA<br>ATTN SCOTT KELLER, ESQ<br>224 DATURA STREET<br>WEST PALM BEACH FL 33401 |
| CREDITOR ID: 555591-BC<br>GASPAR, ISAVELA<br>204 W. 21 ST<br>LAUREL MS 39440 | CREDITOR ID: 535492-BA<br>GASPAR, RICHARD<br>20 MEADOW ST<br>BINGHAMTON NY 13905 | CREDITOR ID: 391003-55<br>GASPER, CHESTER J<br>C/O WILLIAMS, WILLIAMS & MONTGOMERY<br>ATTN L O'NEAL WILLIAMS, JR, ESQ<br>PO BOX 113<br>POPLARVILLE MS 39470 |
| CREDITOR ID: 555592-BC<br>GASS, STEPHEN<br>1012 NORTH OCEAN BLVD.<br>POMPANO BEACH FL 33062 | CREDITOR ID: 538060-BA<br>GASSEL, LAURIE<br>C/O DAVID HAMMER,<br>GLANTZ & GLANTZ, P.A.<br>7951 S.W. 6TH STREET<br>SUITE 200<br>PLANTATION FL 33324 | CREDITOR ID: 535493-BA<br>GASSEL, LAURIE<br>1271 SW 29TH AVE<br>FORT LAUDERDALE FL 33312 |
| CREDITOR ID: 386587-54<br>GASSMAN, THERESA<br>C/O MORRIS CARY ANDREWS ET AL<br>ATTN TRACY W CARY, ESQ<br>3334 ROSS CLARK CIRCLE<br>DOTHAN AL 36303 | CREDITOR ID: 390612-55<br>GASTIN, BENNETT<br>C/O CAMFIELD & SANTOMAURO<br>ATTN GRAY M CAMFIELD, ESQ<br>4951 BABCOCK STREET NE<br>SUITE 4<br>PALM BAY FL 32905 | CREDITOR ID: 550975-BI<br>GASTON GAZETTE<br>PO BOX 1538<br>GASTONIA NC 28053 |
| CREDITOR ID: 382339-51<br>GASTON GAZETTE<br>PO BOX 1538<br>GASTONIA, NC 28053 | CREDITOR ID: 250314-12<br>GASTON GAZETTE<br>PO BOX 1538<br>GASTONIA, NC 28053 | CREDITOR ID: 550976-BI<br>GATES OF ST JOHNS LLC<br>C/O HAKIMIAN HOLDINGS INC<br>PO BOX 54332<br>JACKSONVILLE FL 32245 |
| CREDITOR ID: 550977-BI<br>GATES OF ST JOHNS LLC<br>PO BOX 56678<br>HAKIMIAN HOLDINGS INC<br>JACKSONVILLE FL 32241 | CREDITOR ID: 1364-07<br>GATES OF ST JOHNS LLC<br>C/O HAKIMIAN HOLDINGS INC<br>PO BOX 54332<br>JACKSONVILLE, FL 32245 | CREDITOR ID: 395430-64<br>GATES UP<br>35400 BASELINE LANE<br>DADE CITY, FL 33525 |
| CREDITOR ID: 550978-BI<br>GATES UP INC<br>35400 BASELINE LANE<br>DADE CITY FL 33525 | CREDITOR ID: 250319-12<br>GATES UP, INC<br>ATTN RUTH REID, PRES<br>35400 BASELINE LANE<br>DADE CITY, FL 33525 | CREDITOR ID: 403720-94<br>GATES, KEVIN<br>404 NORTH ASTER TRACE<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 382340-51<br>GATOR BOWL ASSOC., INC<br>ONE GATOR BOWL BLVD<br>JACKSONVILLE, FL 32202 | CREDITOR ID: 550979-BI<br>GATOR BOWL ASSOCIATION<br>ONE GATOR BOWL BLVD<br>JACKSONVILLE FL 32202 | CREDITOR ID: 2253-07<br>GATOR CARRIAGE PARTNERS LTD<br>1595 NE 163RD STREET<br>NORTH MIAMI BEACH, FL 33162 |
| CREDITOR ID: 550980-BI<br>GATOR CARRIAGE PARTNERS LTD<br>1595 NE 163RD STREET<br>NORTH MIAMI BEACH FL 33162 | CREDITOR ID: 410719-99<br>GATOR CARRIAGE PARTNERS, LTD<br>C/O FROST BROWN TODD LLC<br>ATTN: KYLE R GRUBBS, ESQ<br>2200 PNC CENTER<br>201 EAST FIFTH STREET<br>CINCINNATI OH 45202 | CREDITOR ID: 410722-99<br>GATOR COASTAL SHOPPING CENTRE, LLC<br>C/O FROST BROWN TODD LLC<br>ATTN: KYLE R GRUBBS, ESQ<br>2200 PNC CENTER<br>201 EAST FIFTH STREET<br>CINCINNATI OH 45202 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing claims Arising before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 550981-BI<br>GATOR FINER FOODS INC AND COMMERCIAL<br>BUSINESS FINANCE<br>PO BOX 1209<br>WINTER PARK FL 32790 | CREDITOR ID: 550982-BI<br>GATOR HAMMOCK<br>P O BOX 360 HWY 29<br>FELDA FL 33930 | CREDITOR ID: 550983-BI<br>GATOR JACARANDA LTD<br>ATTN WILLIAM GOLDSMITH<br>1595 NE 163RD STREET<br>N MIAMI BEACH FL 33162 |
| CREDITOR ID: 1366-07<br>GATOR JACARANDA LTD<br>ATTN: WILLIAM GOLDSMITH<br>1595 NE 163RD STREET<br>NORTH MIAMI BEACH, FL 33162 | CREDITOR ID: 410721-99<br>GATOR JACARANDA, LTD<br>C/O FROST BROWN TODD LLC<br>ATTN: KYLE R GRUBBS, ESQ<br>2200 PNC CENTER<br>201 EAST FIFTH STREET<br>CINCINNATI OH 45202 | CREDITOR ID: 550984-BI<br>GATOR LEASING INC<br>4040 NW 72ND AVENUE<br>MIAMI FL 33166 |
| CREDITOR ID: 551078-BI<br>GATOR LINTON PARTNERS LTD<br>C/O GATOR INVESTMENTS<br>1595 NE 163 RD STREET<br>N MIAMI BEACH FL 33162 | CREDITOR ID: 1367-07<br>GATOR LINTON PARTNERS LTD<br>C/O GATOR INVESTMENTS<br>1595 NE 163RD STREET<br>NORTH MIAMI BEACH, FL 33162 | CREDITOR ID: 410720-99<br>GATOR LINTON PARTNERS, LTD<br>C/O FROST BROWN TODD LLC<br>ATTN: KYLE R GRUBBS, ESQ<br>2200 PNC CENTER<br>201 EAST FIFTH STREET<br>CINCINNATI OH 45202 |
| CREDITOR ID: 250326-12<br>GATOR MAINTENANCE & SWEEPING<br>14342 NORMANDY BLVD<br>JACKSONVILLE, FL 32234 | CREDITOR ID: 395648-65<br>GATOR MAINTENANCE & SWEEPING<br>14342 NORMANDY BLVD<br>JACKSONVILLE, FL 32234 | CREDITOR ID: 551079-BI<br>GATOR MAINTENANCE & SWEEPING<br>14342 NORMANDY BLVD<br>JACKSONVILLE FL 32234 |
| CREDITOR ID: 384061-47<br>GATOR RADIO NETWORK<br>C/O CLEAR CHANNEL BROADCASTING, INC<br>ATTN RICK GREEN, VP GEN MGR<br>2500 MAITLAND CENTER PKWAY, STE 407<br>MAITLAND FL 32751-4722 | CREDITOR ID: 385791-54<br>GAUDET, ENOS<br>1720 N CONGRESS AVENUE, APT B408<br>WEST PALM BEACH, FL 33401 | CREDITOR ID: 385791-54<br>GAUDET, ENOS<br>M RICHARD SAPIR, PA<br>ATTN M RICHARD SAPIR, ESQ<br>712 US HIGHWAY ONE, SUITE 400<br>NORTH PALM BEACH FL 33408 |
| CREDITOR ID: 132502-09<br>GAUDIOSO, FRANK M<br>216 LOBLOLLY LANE<br>MYRTLE BEACH SC 29579 | CREDITOR ID: 391316-55<br>GAUDY, BARA<br>C/O ARONBERG & ARONBERG<br>ATTN DAVID ARONBERG, ESQ<br>2160 WEST ATLANTIC AVENUE, 2D FLOOR<br>DELRAY BEACH FL 33445 | CREDITOR ID: 262817-12<br>GAUNAURD GROUP INC, THE<br>6000 NW 97TH AVE UNIT 26<br>DORAL FL 33178-1676 |
| CREDITOR ID: 394041-61<br>GAUNT, PRATT, RADFORD & METHE, PA<br>ATTN KENT S PRATT, PRES<br>1401 FORUM WAY, SUITE 500<br>WEST PALM BEACH, FL 33401 | CREDITOR ID: 393651-55<br>GAUTHREAUX, TAMARA<br>C/O MAGER A VARNADO<br>ATTN MAGER A VARNADO, ESQ<br>P.O. BOX 1807<br>GULFPORT MS 39502 | CREDITOR ID: 555593-BC<br>GAUTREAU, TODD<br>13103 HANSON ROAD<br>GONZALES LA 70737 |
| CREDITOR ID: 535494-BA<br>GAUTREAUX, BEN<br>1701 MLK DRIVE<br>KENTWOOD LA 70444 | CREDITOR ID: 555594-BC<br>GAVAGAN, BRETTE<br>333 LAURINA STREET<br>ROYAL COVE APT #407<br>JACKSONVILLE FL 32216 | CREDITOR ID: 551080-BI<br>GAVINA & SONS<br>2700 FRUITLAND AVENUE<br>VERNON CA 90058 |
| CREDITOR ID: 390885-55<br>GAY, ANITA<br>C/O SHERRY D WALKER, PA<br>ATTN SHERRY D WALKER, ESQ<br>1637 METROPOLITAN BLVD, SUITE B<br>TALLAHASSEE FL 32308 | CREDITOR ID: 385593-54<br>GAY, ANITA<br>3347 NORTH BROOKE LANE<br>TALLAHASSEE, FL 32309 | CREDITOR ID: 385593-54<br>GAY, ANITA<br>C/O SHERRY D WALKER, PA<br>ATTN SHERRY D WALKER, ESQ<br>1637 METROPOLITAN BLVD, SUITE B<br>TALLAHASSEE FL 32308 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                             **CASE:  05-03817-3F1**

CREDITOR ID: 555595-BC
GAY, LAWTON
830 NW 111TH AVENUE
OXFORD FL 34484

CREDITOR ID: 534837-EO
GAYLORD MERLIN LUDOVICI DIAZ & BAIN
AS SUCCESSORS TO  BRIGHAM MOORE
GAYLORD SCHUSTER MERLIN & TOBIN
ATTN  PAUL BAIN, ESQ
5001 WEST CYPRESS STREET
TAMPA FL 33607

CREDITOR ID: 535495-BA
GAYNOR, JANILE
525 WEST 49TH ST
JACKSONVILLE FL 32208

CREDITOR ID: 538061-BA
GAYNOR, JANILE
C/O J. SCOTT NOONEY
THE LAW OFFICES OF J. SCOTT NOONEY & ASS
3535 HENDRICKS AVENUE
JACKSONVILLE FL 32207-3303

CREDITOR ID: 398552-78
GAYNOR, SETH S
5 MAPLEWOOD DRIVE
DANBURY CT 06811

CREDITOR ID: 398552-78
GAYNOR, SETH S
C/O FRIEDLINE & MCCONNELL, PA
ATTN JERRETT M MCCONNELL, ESQ
1756 UNIVERSITY BLVD SOUTH
JACKSONVILLE FL 32216

CREDITOR ID: 410406-15
GBN HICKORT NC, LLC
C/O JOHNSON, HEARN, VINEGAR, ET AL
ATTN JEAN WINBORNE BOYLES, ESQ
TWO HANNOVER SQUARE, SUITE 2200
RALEIGH NC 27601

CREDITOR ID: 410406-15
GBN HICKORT NC, LLC
PO BOX 1929
EASLEY SC 29690

CREDITOR ID: 551081-BI
GCR WAYCROSS TIRE CENTER
2623 KNIGHT AVENUE
WAYCROSS GA 31503

CREDITOR ID: 551082-BI
GDS INC ASHEVILLE
P O BOX 9001707
LOUISVILLE KY 40290-1707

CREDITOR ID: 551083-BI
GDS INC HICKORY
P O BOX 9001705
LOUSIVILLE KY 40290-1705

CREDITOR ID: 250347-12
GDS INC NEW BERN
PO BOX 9001706
LOUISVILLE, KY 40290-1706

CREDITOR ID: 3087-04
GDS OF HICKORY
ATTN TISA JONES, A/R
PO BOX 1097
CONOVER NC 28613

CREDITOR ID: 250345-12
GDS, INC ASHEVILLE
ATTN CHRISTI INGLE, CREDIT/COLLECT
1070 RIVERSIDE DRIVE
ASHVILLE NC 28804

CREDITOR ID: 397639-72
GE CAPITAL
PO BOX 532617
ATLANTA, GA 30353-2617

CREDITOR ID: 250350-12
GE CAPITAL
PO BOX 640387
PITTSBURGH, PA 15264-0387

CREDITOR ID: 551087-BI
GE CAPITAL
PO BOX 740428
ATLANTA GA 30374-0428

CREDITOR ID: 551086-BI
GE CAPITAL
PO BOX 740423
ATLANTA GA 30374-0423

CREDITOR ID: 551085-BI
GE CAPITAL
PO BOX  640387
PITTSBURGH PA 15264-0387

CREDITOR ID: 551084-BI
GE CAPITAL
P O BOX 740441
ATLANTA GA 30374-0441

CREDITOR ID: 381767-15
GE CAPITAL
ATTN STEVEN L LOUVAR
1010 THOMAS EDISON BLVD SW
CEDAR RAPIDS IA 52405

CREDITOR ID: 397640-72
GE CAPITAL COMMERCIAL
EQUIPMENT FINANCE
1000 WINDWARD CONCOURSE, SUITE 403
ALPHARETTA, GA 30005

CREDITOR ID: 410975-15
GE COMMERCIAL FIN BUS PROP CORP
C/O MORRITT HOCK HAMROFF & HOROWITZ
ATTN LESLIE A BERKOFF, ESQ
400 GARDEN CITY PLAZA
GARDEN CITY NY 11530

CREDITOR ID: 381792-99
GE COMMERCIAL FIN BUS PROP CORP FKA
GE CAPITAL BUS ASSET FUNDING CORP
C/O MORITT HOCK HAMROFF ET AL
ATTN MARC HAMROFF/LESLIE BERKOFF
400 GARDEN CITY PLAZA
GARDEN CITY NY 11530

CREDITOR ID: 250357-12
GE POLYMERSHAPES
BUSINESS UNIT 0092
4168 COLLECTIONS  CENTER DR
CHICAGO, IL 60693

CREDITOR ID: 250359-12
GE POLYMERSHAPES
BUSINESS UNIT 6008
4168 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

CREDITOR ID: 250200-12
GE SUPPLY
ATTN TOM COLLINS
PO BOX 840040
DALLAS, TX 75284

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                          **CASE:  05-03817-3F1**

CREDITOR ID: 551088-BI
GEAC ENTERPRISE SOLUTIONS INC
NW 5421
PO BOX 1450
MINNEAPOLIS MN 55485-5421

CREDITOR ID: 250361-12
GEAC ENTERPRISE SOLUTIONS INC
NW 5421
PO BOX 1450
MINNEAPOLIS, MN 55485-5421

CREDITOR ID: 382327-51
GEAC ENTERPRISE SOLUTIONS, INC.
60 PERIMETER CENTER EAST
ATLANTA, GA 30346

CREDITOR ID: 555596-BC
GEBERT, APRIL
314 WOODLAWN AVE.
WARNER ROBINS GA 31093

CREDITOR ID: 555598-BC
GEDEON, ROSEMENE
951 32ND ST
WEST PALM BEACH FL 33407

CREDITOR ID: 392146-55
GEE, MICHAEL
C/O ALLBRITTON AND GANT
ATTN FREDERICK J GANT, ESQ
322 WEST CERVANTES STREET
PENSACOLA FL 32501

CREDITOR ID: 555599-BC
GEESTON, RUTHELL
700 OWENS ST.
COLUMBIA MS 39429

CREDITOR ID: 551090-BI
GEHA TRAINING
GOLDEN ISLES PARKWAY ROUTE 2
BOX 1140
HAWKINSVILLE GA 31036

CREDITOR ID: 551091-BI
GEHR DEVELOPMENT FLORIDA LLC
C/O SUNTRUST BANK
PO BOX 918983
ACCT# 10000023602187
ORLANDO FL 32891-8983

CREDITOR ID: 1368-07
GEHR DEVELOPMENT FLORIDA LLC
C/O SUNTRUST BANK
PO BOX 918983
ORLANDO, FL 32891-8983

CREDITOR ID: 403199-99
GEHR FLORIDA DEVELOPMENT LLC
C/O HELD & ISRAEL
ATTN E W HELD JR/A FRISCH, ESQS
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 278781-99
GEHR FLORIDA DEVELOPMENT LLC
C/O LEVI LUBARSKY & FEIGENBAUM LLP
ATTN: HOWARD LEVI/STEVEN FEIGENBAUM
845 THIRD AVE 21ST FLOOR
NEW YORK NY 10022

CREDITOR ID: 278825-99
GEHR FLORIDA DEVELOPMENT LLC
C/O LEVI LUBARSKY & FEIGENBAUM LLP
ATTN HOWARD B LEVI ESQ
& STEVEN B FEIGENBAUM ESQ
1185 AVENUE OF THE AMERICAS FL 17
NEW YORK NY 10036-2603

CREDITOR ID: 555600-BC
GEISSERT, GEORGE
1817 EISENHOWER AVE
METAIRIE LA 70003

CREDITOR ID: 132729-09
GEIST, HAROLD T
3512 DAVENTRY LANE
KENNESAW GA 30144

CREDITOR ID: 406666-MS
GELLHAUS, DONALD F
6108 R MANSLICK RD
LOUISVILLE KY 40219

CREDITOR ID: 406667-MS
GELLHAUS, GREGORY D
15011 BIRCHAM RD
LOUISVILLE KY 40245

CREDITOR ID: 555601-BC
GELLHAUSE, IGNATIUS
564 ST. ANDREWS CIRCLE
THE VILLAGES FL 32159

CREDITOR ID: 315818-40
GEM BIG BETHEL LLC
C/O ELLIS-GIBSON DEVELP GROUP
1081 19TH STREET, SUITE 203
VIRGINIA  BEACH, VA 23451-5600

CREDITOR ID: 417018-99
GEM NICKERSON LLC
C/O MARCUS SANTORO & KOZAK PC
ATTN: KELLY M BARNHART
1435 CROSSWAYS BLVD, STE 300
CHESAPEAKE VA 23320

CREDITOR ID: 375028-44
GEM NICKERSON, LLC
C/O ELLIS-GIBSON DEVELOPMENT GROUP
ATTN JOHN L GIBSON III
1081 19TH STREET, SUITE 203
VIRGINIA BEACH, VA 23451-5600

CREDITOR ID: 375028-44
GEM NICKERSON, LLC
C/O MARCUS SANTORO & KOZAK, PC
ATTN KELLY M BARNHART, ESQ
1435 CROSSWAYS BLVD, SUITE 300
CHESAPEAKE VA 23320-2896

CREDITOR ID: 452411-99
GEM WARRICK LLC
C/O MARCUS SANTORO & KOZAK PC
ATTN: KELLY M BARNHART, ESQ
1435 CROSSWAYS BLVD, STE 300
CHESAPEAKE VA 23320

CREDITOR ID: 278470-24
GEM WARWICK LLC
C/O MARCUS SANTORO & KOZAK, PC
ATTN KELLY M BARNHART, ESQ
1435 CROSSWAYS BLVD, SUITE 300
CHESAPEAKE VA 23320-2896

CREDITOR ID: 278470-24
GEM WARWICK LLC
C/O ELLIS-GIBSON DEVELOPMENT GROUP
ATTN JOHN L GIBSON III
1081 19TH STREET, SUITE 203
VIRGINIA BEACH, VA 23451-5600

CREDITOR ID: 392871-55
GEMMITI, TONI
C/O MCFARLAND, GOULD, LYONS ET AL
ATTN C A SULLIVAN, ESQ
311 S MISSOURI AVE
CLEARWATER FL 33756

CREDITOR ID: 551092-BI
GENA R MEDINA
PO BOX 373
LULING LA 70070

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 551094-BI<br>GENE HARVEY TAX COLLECTOR<br>LICENSE & PERMITS<br>32 N 5TH STREET<br>MACCLENNY FL 32063-2843 | CREDITOR ID: 551097-BI<br>GENERAL DE SOLUBLES S A<br>344 RIO DULCE<br>SUITE 871<br>EL PASO TX 79932 | CREDITOR ID: 250382-12<br>GENERAL DE SOLUBLES, SA<br>ATTN FLORENCIO GIL, ADMIN MGR<br>344 RIO DULCE, SUITE 871<br>EL PASO, TX 79932 |
| CREDITOR ID: 250383-12<br>GENERAL DYNAMICS AVIATION SVCS<br>PO BOX 730349<br>DALLAS, TX 75373-0349 | CREDITOR ID: 1370-RJ<br>GENERAL ELECTRIC BUS ASSETS FUNDING<br>ATTN: KATHERINE MACKINNON<br>10900 NE 4TH STREET<br>BELLEVUE, WA 98004 | CREDITOR ID: 1370-RJ<br>GENERAL ELECTRIC BUS ASSETS FUNDING<br>C/O MORITT HOCK HAMROFF & HOROWITZ<br>ATTN: MARC L. HAMROFF<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 |
| CREDITOR ID: 551098-BI<br>GENERAL ELECTRIC CAPITAL BUSINESS<br>LOAN# 95-00068 ACCT # 37566<br>PO BOX 402363<br>ATLANTA GA 30384-2363 | CREDITOR ID: 1371-07<br>GENERAL ELECTRIC CAPITAL BUSINESS<br>LOAN# 95-00068 ACCT # 37566<br>PO BOX 402363<br>ATLANTA, GA 30384-2363 | CREDITOR ID: 381794-99<br>GENERAL ELECTRIC CAPITAL CORP<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN LESIE BERKOFF & W NILSON, ESQ<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 |
| CREDITOR ID: 551099-BI<br>GENERAL ELECTRIC CAPITAL CORPORATION<br>PO BOX 9187<br>MINNEAPOLIS MN 55480-9187 | CREDITOR ID: 397772-99<br>GENERAL ELECTRIC CO, GE CONSUMER<br>& INDUSTRIAL (FKA GE LIGHTING)<br>C/O PITNEY HARDIN LLP<br>ATTN: RICHARD M METH, ESQ<br>200 CAMPUS DRIVE<br>FLORHAM PARK NJ 07932-0950 | CREDITOR ID: 397770-99<br>GENERAL ELECTRIC CO, GE CONSUMER<br>& INDUSTRIAL (FKA GE LIGHTING)<br>C/O PITNEY HARDIN LLP<br>ATTN: RICHARD M METH, ESQ<br>PO BOX 1945<br>MORRISTOWN NJ 07962-1945 |
| CREDITOR ID: 534817-15<br>GENERAL ELECTRIC COMPANY<br>GE CONSUMER & IND DIVISION<br>C/O MICHAEL B BACH, AUTH AGENT<br>PO BOX 429321<br>CINCINNATI OH 45242 | CREDITOR ID: 279162-33<br>GENERAL ELECTRIC COMPANY<br>C/O PITNEY HARDIN KIPP & SZUCH, LLP<br>ATTN: RICHARD M METH, ESQ<br>PO BOX 1945<br>MORRISTOWN NJ 07962-1945 | CREDITOR ID: 279162-33<br>GENERAL ELECTRIC COMPANY<br>GE CONSUMER & IND'L FKA GE LIGHTING<br>C/O DEHAAN & BACH<br>ATTN MICHAEL B BACH, ESQ<br>11256 CORNELL PARK DRIVE, STE 500<br>CINCINNATI OH 45242 |
| CREDITOR ID: 551101-BI<br>GENERAL ELECTRIC COMPANY<br>2292 COLLECTIONS CENTER DR<br>CHICAGO IL 60693 | CREDITOR ID: 551100-BI<br>GENERAL ELECTRIC COMPANY<br>2292 COLLECTIONS CENTER DR<br>CHICAGO IL 60693 | CREDITOR ID: 382326-51<br>GENERAL ELECTRIC CONSUMER PRODUCTS<br>1975 NOBLE ROAD<br>CLEVELAND, OH 44112-6300 |
| CREDITOR ID: 551102-BI<br>GENERAL FILMS<br>PO BOX 931118<br>CLEVELAND OH 44193 | CREDITOR ID: 278471-25<br>GENERAL MANAGEMENT SERVICES<br>204 SO TEMPLE AVENUE<br>FAYETTE AL 35555 | CREDITOR ID: 551103-BI<br>GENERAL MILL SUPPLIES<br>PO BOX 23587<br>NEW ORLEANS LA 70183-3587 |
| CREDITOR ID: 397695-99<br>GENERAL MILLS INC<br>C/O DLA PIPER RUDNICK GRAY CARY US LLP<br>ATTN: JANICE L DUBAN, ESQ<br>203 NORTH LASALLE STREET, STE 1900<br>CHICAGO IL 60610-1293 | CREDITOR ID: 279317-99<br>GENERAL MILLS INC<br>ATTN: TERRI JOHNSON<br>PO BOX 101412<br>ATLANTA GA 30392-0001 | CREDITOR ID: 551104-BI<br>GENERAL MILLS INC<br>PO BOX 101412<br>ATLANTA GA 30392-0001 |
| CREDITOR ID: 397695-99<br>GENERAL MILLS INC<br>C/O DLA PIPER RUDNICK GRAY CARY US<br>ATTN: MARK J FRIEDMAN/SUSAN S MAHER<br>6225 SMITH AVENUE<br>BALTIMORE MD 21209-3600 | CREDITOR ID: 397695-99<br>GENERAL MILLS INC<br>C/O DLA PIPER RUDNICK GRAY CARY LLP<br>ATTN DANIEL J CARRIGAN, ESQ<br>1775 WIEHLE AVE, STE 400<br>RESTON VA 20190 | CREDITOR ID: 551105-BI<br>GENERAL MILLS, INC<br>PO BOX 101412<br>ATLANTA GA 30392-0001 |

SERVICE LIST
Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                            **CASE:    05-03817-3F1**

CREDITOR ID: 539058-15
GENERAL MILLS, INC
GENERAL MILLS TAX DEPT
FEDERAL PO BOX 1113
MINNEAPOLIS MN 55440-1113

CREDITOR ID: 278685-99
GENERAL MILLS, INC.
ATTN: TERRI JOHNSON
ACCT OPERATION DEVELOPMENT MGR
PO BOX 101412
ATLANTA GA 30392-0001

CREDITOR ID: 381890-30
GENERAL MILLS/LLOYD'S BARBECUE CO
ATTN MARK PENDER, CR MGR
ONE GENERAL MILLS BLVD
MINNEAPOLIS MN 55426

CREDITOR ID: 383055-51
GENERAL PRESCRIPTION PROGRAM
127 EAST 59TH STREET
NEW YORK, NY 10022

CREDITOR ID: 551106-BI
GENERAL PRODUCE INC
16 FOREST PKWY BLDG M
FOREST PARK GA 30297

CREDITOR ID: 551107-BI
GENERAL REPAIR TRUCK TRAILER & TOWING
401 HARRIS STREET
CORDELE GA 31015

CREDITOR ID: 551108-BI
GENERAL REVENUE CORP WAGE WITHHOLDING
PO BOX 429534
CINCINNATI OH 45242-9534

CREDITOR ID: 551201-BI
GENERAL REVENUE CORPORATION
WAGE WITHHOLDING UNIT
PO BOX 429525
CINCINNATI OH 45242-9525

CREDITOR ID: 551202-BI
GENERAL REVENUE CORPORATION
WAGE WITHHOLDING UNIT
PO BOX 429597
CINCINNATI OH 45242-9597

CREDITOR ID: 551203-BI
GENERAL REVENUE DEPARTMENT
AWG DEPARTMENT
P O BOX 495999-1AWG
CINCINNATI OH 45249-5999

CREDITOR ID: 534999-W9
GENERAL RUBBER & PLASTICS OF
LOUISVILLE INC
3118 PRESTON HWY
LOUISVILLE KY 40213

CREDITOR ID: 381176-47
GENERAL RUBBER & PLASTICS OF LOUISVILLE
ATTN WANDA DEWITT, GM
PO BOX 17204
LOUISVILLE, KY 40217-0204

CREDITOR ID: 551205-BI
GENERAL THERAPEUTICS INC
1000 WEST TEMPLE STREET
GROUND FLOOR
ATTN: LOCK BOX 70173
LOS ANGELES CA 90074

CREDITOR ID: 551204-BI
GENERAL THERAPEUTICS INC
100 ROSE AVE
HEMPSTEAD NY 11550

CREDITOR ID: 250405-12
GENERAL THERAPEUTICS INC
100 ROSE AVE
HEMPSTEAD, NY 11550

CREDITOR ID: 535496-BA
GENERAL, MARIA
1522 LYNN AVE
CLEARWATER FL 33755

CREDITOR ID: 538062-BA
GENERAL, MARIA
C/O GREG SHOWERS, ESQ.
KWALL, SHOWERS & COLEMAN & BARACK, P.A.
133  NORTH  FORT HARRISON  AVE
CLEARWATER FL 33755

CREDITOR ID: 383049-51
GENESIS HEALTH PLAN OF OHIO
515 NORTH 6TH STREET
ST LOUIS, MO 63101

CREDITOR ID: 551206-BI
GENEVA COUNTY DISTRICT COURT
PO BOX 86
GENEVA AL 36340

CREDITOR ID: 551207-BI
GENISOY FOOD CO
DEPT 2216
TULSA OK 74182

CREDITOR ID: 2255-07
GENOA ASSOCIATES LLC
ATTN S C BRYAN, MGR
PO BOX 919
GOLDSBORO, NC 27533

CREDITOR ID: 2255-07
GENOA ASSOCIATES LLC
NICHOLLS & CRAMPTON, PA
ATTN K SINK/G CRAMPTON, ESQS
PO BOX 18237
RALEIGH NC 27619

CREDITOR ID: 551208-BI
GENOA ASSOCIATES LLC
POST OFFICE BOX 919
GOLDSBORO NC 27533

CREDITOR ID: 533774-99
GENOVESE JOBLOVE & BATTISTA PA
ATTN: DAVID N STERN
200 EAST BROWARD BLVD, 11TH FL
FORT LAUDERDALE FL 33301

CREDITOR ID: 400528-88
GENOVESE, BETTY
C/O MUMPHREY LAW FIRM, LLC
ATTN WAYNE B MUMPHREY, ESQ
PO BOX 90
CHALMETTE LA 70044-0090

CREDITOR ID: 551209-BI
GENPAK
PO BOX 95000-1190
PHILADELPHIA PA 19195-1190

CREDITOR ID: 555602-BC
GENT, GLORIA
1667 PRATT ST
DELAND FL 32720

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 555603-BC<br>GENT, INA<br>257 SW STARFISH AVE<br>FORT PIERCE FL 34982 | CREDITOR ID: 2256-07<br>GENTILLY SQUARE<br>C/O HULL/STOREY DEVELOPMENT<br>PO BOX 204227<br>AUGUSTA, GA 30917-4227 | CREDITOR ID: 250415-12<br>GENTILLY SQUARE<br>C/O HULL STOREY RETAIL GROUP, LLC<br>ATTN MIKE FOWLER, ESQ<br>PO BOX 204227<br>AUGUSTA, GA 30917-4227 |
| CREDITOR ID: 551210-BI<br>GENTILLY SQUARE<br>C/O HULL/STOREY DEVELOPMENT<br>PO BOX 204227<br>AUGUSTA GA 30917-4227 | CREDITOR ID: 395450-64<br>GENTRONICS<br>12-14 ADAMS DRIVE<br>DADE CITY, FL 33525 | CREDITOR ID: 398556-78<br>GENTRY, DANIEL<br>706 LONGHORN DR<br>EARLY TX 76902 |
| CREDITOR ID: 406668-MS<br>GENTRY, ROBERT<br>45845 GEORGIA ROAD<br>ALTOONA FL 32702 | CREDITOR ID: 551211-BI<br>GEORGE A VASSELL<br>1609 8TH AVENUE<br>PENSACOLA FL 32501 | CREDITOR ID: 551214-BI<br>GEORGE B NALLEY JR<br>PO BOX 1929<br>C/O GBN PROPERTIES #1<br>EASLEY SC 29641-1929 |
| CREDITOR ID: 551215-BI<br>GEORGE B NALLEY JR - STR 1036<br>PO BOX 1929<br>C/O LAURENS SHOPPING CENTER<br>EASLEY SC 29641-1929 | CREDITOR ID: 1377-07<br>GEORGE CHEN FORMOSA DEVELOPERS<br>7836 W. ORLP BRONSON HIGHWAY<br>KISSIMMEE, FL 34747 | CREDITOR ID: 551216-BI<br>GEORGE CHEN FORMOSA DEVELOPERS INC<br>7836 W ORLP BRONSON HWY<br>KISSIMMEE FL 34747 |
| CREDITOR ID: 551217-BI<br>GEORGE COX ELEMENTARY<br>2630 BELLE CHASE HWY<br>GRETNA LA 70056 | CREDITOR ID: 551218-BI<br>GEORGE D MCCOY<br>2521 VIRGINIAN COLONY<br>LA PLACE LA 70068 | CREDITOR ID: 551219-BI<br>GEORGE D ZAMIAS<br>REF THE CROSIING CENTER<br>C/O PITTSBURGH NATIONAL BANK<br>PO BOX 641740<br>PITTSBURGH PA 15264-1740 |
| CREDITOR ID: 551221-BI<br>GEORGE DEWRELL<br>PO BOX 642<br>FORT WALTON BEACH FL 32549-0642 | CREDITOR ID: 551220-BI<br>GEORGE DEWRELL<br>PO BOX 642<br>FORT WALTON BEACH FL 32549 | CREDITOR ID: 551222-BI<br>GEORGE E DZIEDZIC<br>52 JK MOORE ROAD<br>CRAWFORDVILLE FL 32327 |
| CREDITOR ID: 551224-BI<br>GEORGE HARTZ AND LUNDEEN PA<br>4800 LEJEUNE ROAD<br>CORAL GABLES FL 33146 | CREDITOR ID: 555606-BC<br>GEORGE JR., ROBERT<br>2080 N.LOBDELL BLVD<br>BATON ROUGE LA 70806 | CREDITOR ID: 551229-BI<br>GEORGE R CHABY INC<br>PO BOX 29368<br>PHILADELPHIA PA 19125 |
| CREDITOR ID: 551230-BI<br>GEORGE RAINS<br>18529 WILDLIFE TRAIL<br>SPRING HILL FL 34610 | CREDITOR ID: 551231-BI<br>GEORGE T HOLDER JR<br>1920 CALVIN DRIVE<br>DILUTH GA 30097 | CREDITOR ID: 383046-51<br>GEORGE WASHINGTON UNIVERSITY<br>25 BLACKSTONE VALLEY PLAZA<br>LINCOLN, RI 02865 |
| CREDITOR ID: 551324-BI<br>GEORGE WATSON<br>216 SUNRISE COURT<br>ALABASTER AL 35007 | CREDITOR ID: 250466-12<br>GEORGE WESTON BAKERIES INC<br>PO BOX 532992<br>ATLANTA, GA 30353-2992 | CREDITOR ID: 279456-99<br>GEORGE WESTON BAKERIES INC<br>C/O GIBBONS DEL DEO DOLAN ET AL<br>ATTN: GERALDINE E PONTO, ESQ<br>ONE RIVERFRONT PLAZA<br>NEWARK NJ 07102-5497 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 551325-BI<br>GEORGE WESTON BAKERIES INC<br>PO BOX 532992<br>ATLANTA GA 30353-2992 | CREDITOR ID: 279363-36<br>GEORGE WESTON BAKERIES, INC<br>ATTN CHRIS DEMETRIOU, DIR<br>930 NORTH RIVERVIEW DRIVE, STE 100<br>TOTOWA  NJ 07512 | CREDITOR ID: 381267-47<br>GEORGE, DANIEL R<br>7675 MELISSA COURT N<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 535497-BA<br>GEORGE, DONNA<br>4900 POWERLINE ROAD<br>FORT LAUDERDALE FL 33309 | CREDITOR ID: 394068-61<br>GEORGE, HARTZ , LUNDEEN, ET AL<br>ATTN CHARLES M HARTZ<br>4800 LEJUNE RD<br>CORAL GABLES, FL 33146 | CREDITOR ID: 406669-MS<br>GEORGE, RONALD<br>341 PINEY POINT CIRCLE<br>BRACEY VA 23919 |
| CREDITOR ID: 555604-BC<br>GEORGE, STACY<br>9134 FREEDOM RD<br>MIMS FL 32754 | CREDITOR ID: 555605-BC<br>GEORGE, VELVA<br>2439 KAREN STREET<br>BESSEMER AL 35023 | CREDITOR ID: 380963-47<br>GEORGES INC<br>ATTN GARY LINKER, CR MGR<br>PO DRAWER G<br>SPRINGDALE, AR 72765-2030 |
| CREDITOR ID: 551326-BI<br>GEORGES INC<br>PO DRAWER G<br>SPRINGDALE AR 72765 | CREDITOR ID: 250469-12<br>GEORGES LAWN & TREE CARE<br>ATTN GEORGE HUTSON<br>1760 JEFFERSON AVENUE<br>KINGSPORT, TN 37664 | CREDITOR ID: 397294-69<br>GEORGE'S LAWN & TREE CARE<br>1760 JEFFERSON AVENUE<br>KINGSPORT, TN 37664 |
| CREDITOR ID: 551327-BI<br>GEORGES PLUMBING OF THE KEYS INC<br>PO BOX 501065<br>MARATHON FL 33050-1065 | CREDITOR ID: 551328-BI<br>GEORGES PLUMBING SERVICE INC<br>PO BOX 500031<br>MARATHON FL 33050-0031 | CREDITOR ID: 551329-BI<br>GEORGESON SHAREHOLDER COMMUNICATIONS INC<br>36758 TREASURY CENTER<br>CHICAGO IL 60694-6700 |
| CREDITOR ID: 384142-47<br>GEORGETOWN CLE<br>ATTN: MARC DISON, BUS OPER MGR<br>600 NEW JERSEY AVENUE NW<br>WASHINGTON, DC 20001-2022 | CREDITOR ID: 551330-BI<br>GEORGETOWN MUN WATER & SEWER<br>PO BOX 640<br>GEROGETOWN KY 40324 | CREDITOR ID: 375047-44<br>GEORGETOWN SCOTT COUNTY<br>REVENUE COMM INC<br>PO BOX 800<br>GEORGETOWN, KY 40324 |
| CREDITOR ID: 551331-BI<br>GEORGETOWN SCOTT COUNTY REVENUE COMM INC<br>PO BOX 800<br>GEORGETOWN KY 40324 | CREDITOR ID: 551332-BI<br>GEORGIA  DEPARTMENT OF REVENUE<br>ALCOHOL & TOBACCO DIVISION<br>PO BOX 49728<br>ATLANTA GA 30359 | CREDITOR ID: 279041-99<br>GEORGIA CROWN DISTRIBUTING CO<br>C/O PAGE SCRANTOM SPROUSE ET AL<br>ATTN: LEE CHAMPION, ESQ<br>1111 BAY AVE, 3RD FL<br>PO BOX 1199<br>COLUMBUS GA 31902-1199 |
| CREDITOR ID: 250483-12<br>GEORGIA CROWN DISTRIBUTING CO DBA<br>TENNESSEE CROWN DISTRIBUTING CO<br>ATTN ORLENE K BOVAIRD, VP FINANCE<br>100 GEORGIA CROWN DR<br>MC DONOUGH GA 30253 | CREDITOR ID: 373560-44<br>GEORGIA CROWN DISTRIBUTING CO DBA<br>ALABAMA CROWN DISTRIBUTING CO<br>ATTN DRLENE K BOVAIRD, VP FIN<br>100 GEORGIA CROWN DRIVE<br>MCDONOUGH GA 30253 | CREDITOR ID: 551335-BI<br>GEORGIA DEPARTMENT OF AGRICULTURE<br>19 M L KING JR SOUTHWEST<br>ATLANTA GA 30334 |
| CREDITOR ID: 551336-BI<br>GEORGIA DEPARTMENT OF AGRICULTURE<br>PLANT PROTECTION DIVISION<br>19 MARTIN LUTHER KING JR DR RM243<br>ATLANTA GA 30334 | CREDITOR ID: 551338-BI<br>GEORGIA DEPARTMENT OF LABOR<br>SAFETY ENGINEERING SECTION<br>1700 CENTURY CIRCLE NE<br>ATLANTA GA 30345-3020 | CREDITOR ID: 551337-BI<br>GEORGIA DEPARTMENT OF LABOR<br>PO BOX 740235<br>ATLANTA GA 30374-0235 |

SERVICE LIST
Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 551339-BI<br>GEORGIA DEPARTMENT OF LABOR  ROOM 752<br>148 ANDREW YOUNG INTERNAT- BLVD NE<br>ATLANTA GA 30303-1751 | CREDITOR ID: 419244-ST<br>GEORGIA DEPARTMENT OF REVENUE<br>UNCLAIMED PROPERTY SECTION<br>4245 INTERNATIONAL PKWY<br>HAPEVILLE GA 30354-3917 | CREDITOR ID: 250501-12<br>GEORGIA DEPARTMENT OF REVENUE<br>CENTRALIZED TAXPAYER ACCOUNTING<br>PO BOX 105499<br>ATLANTA GA 30348-5499 |
| CREDITOR ID: 551341-BI<br>GEORGIA DEPARTMENT OF REVENUE<br>PO BOX 105136<br>ATLANTA GA 30348-5136 | CREDITOR ID: 250500-12<br>GEORGIA DEPARTMENT OF REVENUE<br>1800 CENTURY BLVD, STE 18301<br>CENTURY CENTER BUILDING<br>ATTN DIANE FLEMMIN, COMPLIANCE<br>DIVISION<br>ATLANTA, GA 30345 | CREDITOR ID: 551342-BI<br>GEORGIA DEPARTMENT OF REVENUE<br>PO BOX 740317<br>ATLANTA GA 30374-0317 |
| CREDITOR ID: 241062-11<br>GEORGIA DEPARTMENT OF REVENUE<br>SALES AND USE TAX<br>ACCOUNT NO.: 200-002205<br>PO BOX 105296<br>ATLANTA, GA 30348-5296 | CREDITOR ID: 241060-11<br>GEORGIA DEPARTMENT OF REVENUE<br>SALES AND USE TAX<br>ACCOUNT NO.: 009-031911<br>PO BOX 105296<br>ATLANTA, GA 30348-5296 | CREDITOR ID: 241059-11<br>GEORGIA DEPARTMENT OF REVENUE<br>SALES & USE ELECTRONIC FILER<br>ACCOUNT NO.: 200-005030<br>PO BOX 740398<br>ATLANTA, GA 30374-0398 |
| CREDITOR ID: 241058-11<br>GEORGIA DEPARTMENT OF REVENUE<br>ACCOUNT NO.: 200-038458<br>PO BOX 740398<br>ATLANTA, GA 30374-0398 | CREDITOR ID: 241057-11<br>GEORGIA DEPARTMENT OF REVENUE<br>ACCOUNT NO.: 301-134953<br>PO BOX 105296<br>ATLANTA, GA 30348-5296 | CREDITOR ID: 241056-11<br>GEORGIA DEPARTMENT OF REVENUE<br>ACCOUNT NO.: 301-137540<br>PO BOX 105296<br>ATLANTA, GA 30348-5296 |
| CREDITOR ID: 551340-BI<br>GEORGIA DEPARTMENT OF REVENUE<br>PO BOX 105136<br>ATLANTA GA 30348-5136 | CREDITOR ID: 375055-44<br>GEORGIA DEPARTMENT OF REVENUE<br>MOTOR FUEL TAX DIV<br>419 TRINITY<br>WASHINGTON BUILDING<br>ATLANTA, GA 30334 | CREDITOR ID: 250502-12<br>GEORGIA DEPARTMENT OF REVENUE<br>SALES TAX & MOTOR FUEL TAX UNIT<br>PO BOX 105088<br>ATLANTA GA 30348 |
| CREDITOR ID: 375056-44<br>GEORGIA DEPARTMENT OF REVENUE-1<br>SALES & USE TAX DIVISION<br>PO BOX 105296<br>ATLANTA, GA 30348-5296 | CREDITOR ID: 452072-AA<br>GEORGIA DEPT COMMUNITY HEALTH<br>C/O OFFICE OF THE GOVERNOR<br>ATTN: SONNY PERDUE<br>GEORGIA STATE CAPITOL<br>ATLANTA GA 30334 | CREDITOR ID: 452071-AA<br>GEORGIA DEPT COMMUNITY HEALTH<br>C/O OFFICE IF ATTORNEY GENERAL<br>ATTN: THURBERT BAKER<br>40 CAPITOL SQUARE<br>SW ATLANTA GA 30334 |
| CREDITOR ID: 240460-06<br>GEORGIA DEPT MOTOR VEHICLE SAFET<br>OVERWEIGHT ASSESSMENT CITATION<br>PO BOX 406100<br>ATLANTA GA 30384-6100 | CREDITOR ID: 452070-AA<br>GEORGIA DEPT OF COMMUNITY HEALTH<br>ATTN CHAREMON GRANT, GEN COUNSEL<br>2 PEACHTREE STREET, 40TH FLOOR<br>ATLANTA GA 31015-1443 | CREDITOR ID: 551343-BI<br>GEORGIA DEPT OF LABOR<br>PO BOX 740234<br>ATLANTA GA 30374-0234 |
| CREDITOR ID: 551344-BI<br>GEORGIA DEPT OF MOTOR VEHICLE SAFETY<br>OVERWEIGHT ASSESSMENT CITATION<br>PO BOX 406100<br>ATLANTA GA 30384-6100 | CREDITOR ID: 395413-64<br>GEORGIA DEPT OF NATURAL RESOURCES<br>2 MARTIN LUTHER KING JR DRIVE, SE<br>SUITE 1252 EAST TOWER<br>ATLANTA, GA 30334 | CREDITOR ID: 551345-BI<br>GEORGIA DEPT OF REVENUE<br>MOTOR FUEL TAX UNIT<br>PO BOX 105088<br>ATLANTA GA 30348 |
| CREDITOR ID: 551346-BI<br>GEORGIA DEPT OF REVENUE-1<br>SALES & USE TAX DIVISION<br>PO BOX 105296<br>ATLANTA GA 30348-5296 | CREDITOR ID: 250504-12<br>GEORGIA FLORIDA BURGLAR ALARM<br>PO BOX 2747<br>THOMASVILLE, GA 31799-2747 | CREDITOR ID: 551347-BI<br>GEORGIA FOOD INDUSTRY ASSN<br>1260 WINCHESTER PKWAY STE 216<br>SMYRNA GA 30080 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing claims Arising before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 250509-12
GEORGIA INCOME TAX DIVISION
PO BOX 740397
ATLANTA GA 30374-0397

CREDITOR ID: 551348-BI
GEORGIA INSURANCE DEPARTMENT
SEVENTH FLOOR WEST TOWER
FLOYD BLD
2 MARTIN LUTHER KING JR DRIVE
ATLANTA GA 30334

CREDITOR ID: 240461-06
GEORGIA LOTTERY
250 WILLIAMS
SUITE 3000
ATLANTA GA 30303

CREDITOR ID: 383042-51
GEORGIA MEDICAID
1720 PEACHTREE STREET NW, STE 200
ATLANTA, GA 30309

CREDITOR ID: 250515-12
GEORGIA NATURAL GAS CO
PO BOX 659411
SAN ANTONIO, TX 78265-9411

CREDITOR ID: 551349-BI
GEORGIA NATURAL GAS CO
PO BOX 659411
SAN ANTONIO TX 78265-9411

CREDITOR ID: 551350-BI
GEORGIA PACIFIC CORP
PO BOX 102487
ATLANTA GA 30368-2487

CREDITOR ID: 551447-BI
GEORGIA PACIFIC CORP
PO BOX 751819
CHARLOTTE NC 28275-1819

CREDITOR ID: 551351-BI
GEORGIA PACIFIC CORP
PO BOX 102487
ATLANTA GA 30368-2487

CREDITOR ID: 551333-BI
GEORGIA -PACIFIC CORP
PO BOX 102574
ATLANTA GA 30368-0574

CREDITOR ID: 551334-BI
GEORGIA -PACIFIC CORP
PO BOX 281523
ATLANTA GA 30384-1523

CREDITOR ID: 551448-BI
GEORGIA POWER CO
FEDI  VENDOR
96 ANNEX
ATLANTA GA 30396-0001

CREDITOR ID: 381955-15
GEORGIA POWER COMPANY
ATTN DAUNDRA FLETCHER
BIN 80002
PO BOX 4545
ATLANTA GA 30302

CREDITOR ID: 539021-W9
GEORGIA POWER COMPANY
ATTN: DAUNDRA FLETCHER
241 RALF MCGILL BLVD
ATLANTA GA 30309

CREDITOR ID: 551449-BI
GEORGIA PUMP INC
6289 BANKHEAD HIGHWAY
BUILDING 16
AUSTELL GA 30168

CREDITOR ID: 250521-12
GEORGIA ROOTER
14631 ALBERTON LN
ODESSA FL 33556-3621

CREDITOR ID: 250522-12
GEORGIA SELF INS GUARANTY TRUST FD
PO BOX 7159
ATLANTA GA 30357-0159

CREDITOR ID: 250522-12
GEORGIA SELF INS GUARANTY TRUST FD
C/O RAGSDALE BEALS HOOPER & SEIGLER LLP
ATTN HERBERT C BROADFOOT II, ESQ
2400 INTERNATIONAL TOWER
229 PEACHTREE ST, NE
ATLANTA GA 30303-1629

CREDITOR ID: 551450-BI
GEORGIA SELF INSURERS
GUARANTY TRUST FUND
PO BOX 7159
ATLANTA GA 30357-0159

CREDITOR ID: 551451-BI
GEORGIA SELF INSURERS ASSOCIATION
235 PEACHTREE ST  STE 900
ATLANTA GA 30303

CREDITOR ID: 250525-12
GEORGIA SPICE COMPANY
PO BOX 101292
ATLANTA, GA 30392-1292

CREDITOR ID: 395481-64
GEORGIA STATE LOTTERY COMMISSION
250 WILLIAMS, SUITE 3000
ATLANTA, GA 30303

CREDITOR ID: 551452-BI
GEORGIA STEEL SUPPLY CO
PO BOX 93786
ATLANTA GA 30377-0786

CREDITOR ID: 250526-12
GEORGIA STEEL SUPPLY CO
PO BOX 93786
ATLANTA, GA 30377-0786

CREDITOR ID: 551453-BI
GEORGIA TECH CONTINUING EDUCATION
P O BOX 93686
ATLANTA GA 30377-0686

CREDITOR ID: 262821-12
GEORGIA TIMES UNION, THE
ATTN NATHANIEL PHILLIP BOGGS
1416 E PARK AVENUE
VALDOSTA, GA 31602

CREDITOR ID: 551454-BI
GEORGIA-FLORIDA BURGLAR ALARM
PO BOX 2747
THOMASVILLE GA 31799-2747

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

CREDITOR ID: 278704-99
GEORGIA-PACIFIC CORP.
ATTN: BOB MOON, CREDIT MANAGER
PO BOX 102487
ATLANTA GA 30368-2487

CREDITOR ID: 240462-06
GEORIGA DEPARTMENT OF AGRICULTURE
DAIRY DIVISION
CAPITOL SQUARE
ATLANTA GA 30334-4201

CREDITOR ID: 248070-12
GERAGHTY, DEVIN C
1713 STATE STREET
NEW ORLEANS LA 70118-6121

CREDITOR ID: 551458-BI
GERALD LOWE
PO BOX 322
MORAVIAN FALLS NC 28654

CREDITOR ID: 551459-BI
GERALD RAU
1426 COVE LANDING DRIVE
ATLANTIC BEACH FL 32233

CREDITOR ID: 551462-BI
GERALD SNIDER
3162 MARS HILL ROAD
ACWORTH GA 30101

CREDITOR ID: 551463-BI
GERALD SNYDER
3162 MARS HILL ROAD
ACWORTH GA 30101

CREDITOR ID: 551464-BI
GERALD YOUNG
3217 DELAMERT DRIVE
CHALMETTE LA 70043

CREDITOR ID: 551465-BI
GERALDINE LILLIE
1324 MARIGNY BLVD
MANDEVILLE LA 70448

CREDITOR ID: 551466-BI
GERALDINE MCCULLOUGH
142 LURE AVENUE
JACKSON MS 39272

CREDITOR ID: 250544-12
GERARDS BAKERY LLC
ATTN MARK CERNEY, CONTROLLER
4226 WELD COUNTY ROAD STE 22
LONGMONT, CO 80504

CREDITOR ID: 551468-BI
GERBER PRODUCTS COMPANY
445 STATE ST
FREEMONT MI 49413

CREDITOR ID: 250545-12
GERBER PRODUCTS COMPANY
ATTN JEFF KIPPE
445 STATE STREET
FREEMONT, MI 49413

CREDITOR ID: 551469-BI
GERBER PRODUCTS COMPANY
445 STATE ST
FREEMONT MI 49413

CREDITOR ID: 406125-97
GERBER PRODUCTS COMPANY
ATTN: JEFFREY J KIPPE, ASSOC DIR
200 KIMBALL DRIVE
PARSIPPANY NJ 07054

CREDITOR ID: 250545-12
GERBER PRODUCTS COMPANY
C/O KELLEY DRYE & WARREN, LLP
ATTN J CARR & A PAK, ESQS
101 PARK AVENUE
NEW YORK NY 10178

CREDITOR ID: 555607-BC
GERKE, GABRIELLE
1242 JAMACIA RD
MARCO ISLAND FL 34145

CREDITOR ID: 411083-15
GERMACK, KATHY
C/O T PATTON YOUNGBLOOD, JR PA
ATTN T P YOUNGBLOOD, JR, ESQ
106 S TAMPANIA AVE, STE 100
TAMPA FL 33609-3256

CREDITOR ID: 535498-BA
GERMAN, KIMBERLY
5449 LILY STREET
ORLANDO FL 32811

CREDITOR ID: 393004-55
GEROME, LENA
C/O LAW OFFICES OF DAVID R HEIL PA
ATTN DAVID R HEIL, ESQ
2324 LEE RD
WINTER PARK FL 32789

CREDITOR ID: 535499-BA
GERRETS, NELLIE
5136 HIGHLAND DR
MARRERO LA 70072

CREDITOR ID: 538063-BA
GERRETS, NELLIE
C/O OLDEN C. TOUPS, JR.
GRANT & BARROW
238 HUEY P. LONG AVE
P.O. BOX 484
GRETNA LA 70054

CREDITOR ID: 535877-BA
GERSHBEIN, ADAM
600 SE 2ND AVE
APT 24K
DEERFIELD BEACH FL 33441

CREDITOR ID: 538064-BA
GERSHBEIN, ADAM
C/O ROBERT AUERBACH
ROBERT AUERBACH
1890 UNIVERSITY DR
SUITE 306
CORAL SPRINGS FL 33071

CREDITOR ID: 551470-BI
GERTRUDE HAWK INGREDIENTS INC
P O BOX 642460
PITTSBURGH PA 15264-2460

CREDITOR ID: 551471-BI
GERTRUDE MCDONALD
5 RIVERVIEW COVE
BYRAM MS 39272

CREDITOR ID: 555608-BC
GESMONDI, SHIRLEY
9632 SHELDON WOOD RD
TAMPA FL 33635

**SERVICE LIST**

**Notice of (A) Entry of Order Confirming Plan of**
**Reorganization, (B) Occurrence of Effective Date**
**of Plan, and (C) Bar Dates for Filing claims Arising**
**before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 551472-BI
GESSNER PRODUCTS CO
PO BOX 389
AMBLER PA 19002-0389

CREDITOR ID: 551473-BI
GETHSEMANE LUTHERAN CHURCH
2825 PARIS ROAD
CHALMETTE LA 70043

CREDITOR ID: 382342-51
GETRONICS
8110 ANDERSON ROAD, SUITE 100
TAMPA, FL 33634-2318

CREDITOR ID: 551474-BI
GETRONICS WANG
PO BOX 95561
CHICAGO IL 60694-0001

CREDITOR ID: 406670-MS
GETZAN, WILLIAM A
11531 SEDGEMORE DR E
JACKSONVILLE FL 32223

CREDITOR ID: 555609-BC
GEYER, HILDA
4366 NAOMI DR
LAKE WORTH FL 33463

CREDITOR ID: 551475-BI
GFA BRANDS
PO BOX 397
HOWARD B SEIFERAS
CRESSKILL NJ 07626-0397

CREDITOR ID: 250558-12
GFA BRANDS INC
HOWARD B SEIFERAS
PO BOX 397
CRESSKILL, NJ 07626-0397

CREDITOR ID: 551476-BI
GFA BRANDS INC
PO BOX 397
HOWARD B SEIFERAS
CRESSKILL NJ 07626-0397

CREDITOR ID: 551477-BI
GFA SALES & SERVICE
616 PEBBLEBROOK ROAD SE
MABLETON GA 30126-2608

CREDITOR ID: 551478-BI
GH LEIDENHEIMER BAKING CO
DEPT AT 952564
ATLANTA GA 31192-2564

CREDITOR ID: 551479-BI
GH LEIDENHEIMER BAKING CO
P O BOX 95411
NEW ORLEANS LA 70195

CREDITOR ID: 551573-BI
GH LEIDENHEIMER BAKING CO LTD
P O BOX 95411
NEW ORLEANS LA 70195

CREDITOR ID: 28820-05
GHANAYEM, FIRAS
315 DISCOVERY WAY
DURHAM NC 27703

CREDITOR ID: 250204-12
GHI OF WEST PALM BEACH LLC
ATTN FLORIAN GHITAS, PRESIDENT
3140 SW 118TH TERRACE
DAVIE, FL 33325

CREDITOR ID: 2247-07
GHI OF WEST PALM BEACH LLC
3140 SW 118TH TERRACE
DAVIE, FL 33325

CREDITOR ID: 250562-12
GHIRARDELLI CHOCOLATE
ATTN L AUERBACH/T MOONEY
1111 139TH AVENUE
SAN LEANDRO CA 94578

CREDITOR ID: 392652-55
GIACCONE, BILL
C/O FRANK A BRUNO, ESQ
807 HOWARD AVENUE
NEW ORLEANS LA 70113

CREDITOR ID: 389573-54
GIANASSI, MARK
C/O MOULIS & ASSOCIATES PA
ATTN MIKE MOULIS, ESQ
1100 LEE WAGENER BLVD, SUITE 312
FORT LAUDERDALE FL 33315

CREDITOR ID: 389573-54
GIANASSI, MARK
2201 MARINA BAY DRIVE, APT 201
FORT LAUDERDALE, FL 33312

CREDITOR ID: 393244-55
GIANASSI, MARK
C/O LESLIE DUBERSTEIN GLENN, ESQ
370 W CAMINI GARDENS BLVD, STE 300
BOCA RATON FL 33432

CREDITOR ID: 407639-93
GIANNELLI, MARIA
C/O FINIZIO & FINIZIO, PA
ATTN JAMIE J FINIZIO-BASCOMBE, ESQ
106 SOUTHEAST 9TH ST
FORT LAUDERDALE FL 33316

CREDITOR ID: 555611-BC
GIANNONE, ANTHONY
9 SOUTH LINCOLN AVENUE
BEVERLY HILLS FL 34465

CREDITOR ID: 535878-BA
GIARDINA, DEANNA
6427 GRELOT RD
MOBILE AL 36695

CREDITOR ID: 538065-BA
GIARDINA, DEANNA
C/O DAVID S. CAIN, JR., ESQ.
CUNNINGHAM, BOUNDS, CROWDER, BROWN
1601 DAUPHIN STREET
MOBILE AL 36604

CREDITOR ID: 555613-BC
GIBBONS, JAMES
952 CORAL FARMS RD
FLORAHOME FL 32140

CREDITOR ID: 535880-BA
GIBBS (MINOR), KELVIN ISAIAH
1301 WEST 2ND STREET
RIVIERA BEACH FL 33404

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406671-MS<br>GIBBS, JOHNNIE G<br>2965 BRUCE CIRCLE<br>SUMTER SC 29154 | CREDITOR ID: 535879-BA<br>GIBBS, KELVIN<br>1310 W. 2ND STREET<br>RIVIERA BEACH FL 33404 | CREDITOR ID: 538066-BA<br>GIBBS, KELVIN<br>C/O RUDY GURROLA<br>RUDY GURROLA, JR, PA<br>1027 UPLAND RD<br>WEST PALM BCH FL 33401 |
| CREDITOR ID: 538067-BA<br>GIBSON, APHELIA<br>C/O JOEL BELLO<br>JOEL BELLO, PA<br>3780 WEST FLAGLER ST<br>MIAMI FL 33134 | CREDITOR ID: 381682-47<br>GIBSON, DANNY<br>8922 EATON AVENUE<br>JACKSONVILLE, FL 32211 | CREDITOR ID: 249161-12<br>GIBSON, ESTATE OF JUDY R<br>PO BOX 151<br>WALKERTOWN, NC 27051 |
| CREDITOR ID: 555614-BC<br>GIBSON, GARY<br>30855 WATER TOWER RD LOT K<br>DE ARMANVILLE AL 36257 | CREDITOR ID: 538068-BA<br>GIBSON, MARY<br>C/O JACOBI & JACOBI<br>1313 N.E. 125 ST.<br>NORTH MIAMI FL 33161 | CREDITOR ID: 535882-BA<br>GIBSON, MARY<br>3300 N.W. 49 STREET<br>MIAMI FL 33142 |
| CREDITOR ID: 535883-BA<br>GIBSON, STARLING<br>8250 NW 1ST PLACE<br>MIAMI FL 33150 | CREDITOR ID: 538069-BA<br>GIBSON, STARLING<br>C/O BRADLEY A ROSS ESQ<br>GREENSPOON MARDER HIRSCHFIELD RAFKIN ROS<br>100 W CYPRESS CREEK RD<br>#700<br>FT LAUDERDALE FL 33309 | CREDITOR ID: 551574-BI<br>GIDDENS SECURITY CORPORATION<br>PO BOX 37459<br>JACKSONVILLE FL 32236-7459 |
| CREDITOR ID: 381117-47<br>GIDDENS SECURITY CORPORATION<br>PO BOX 37459<br>JACKSONVILLE, FL 32236-7459 | CREDITOR ID: 555615-BC<br>GIDDENS, VICTORIA<br>7048 MIDLAND RD.<br>MIDLAND GA 31820 | CREDITOR ID: 551575-BI<br>GIGLIO SIGNS INC<br>1961 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 406672-MS<br>GIL, FRANK<br>3713 GALLO DRIVE<br>CHALMETTE LA 70043 | CREDITOR ID: 250564-12<br>GILBARCO INC<br>MARYLIN JENKINS MILNER, GEN CNSL<br>7300 W FRIENDLY AVENUE<br>GRESNSBORO NC 27420 | CREDITOR ID: 551576-BI<br>GILBARCO INC<br>12249 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 |
| CREDITOR ID: 555619-BC<br>GILBERT (MINOR), ALLISON<br>15669 CR 137<br>WELBORN FL 32060 | CREDITOR ID: 250567-12<br>GILBERT EGGS<br>P O DRAWER 239<br>FORESST, MS 39074 | CREDITOR ID: 535884-BA<br>GILBERT, DENISE<br>16489 REMLAP DR<br>REMLAP AL 35133 |
| CREDITOR ID: 538070-BA<br>GILBERT, DENISE<br>C/O LAWRENCE T. KING, ESQ.<br>GOOZEE, KING & HORSLEY, LLP<br>3300 CAHABA RD.<br>SHADES BROOK BLDG, SUITE 200<br>BIRMINGHAM AL 35223 | CREDITOR ID: 555618-BC<br>GILBERT, LULA<br>2538 FORSYTHE ST<br>ALBANY GA 31701 | CREDITOR ID: 555616-BC<br>GILBERT, RICHARD<br>5716 NORTH OCEANSHORE BLVD.<br>FLAGLER BEACH FL 32136 |
| CREDITOR ID: 555617-BC<br>GILBERT, TAMEISHA<br>2816 LOCICERO DR<br>TAMPA FL 33619 | CREDITOR ID: 250568-12<br>GILCHRIST SAUSAGE CO<br>ATTN JONNIE M THOMPSON, PRES<br>6266 NE JACKSONVILLE ROAD<br>OCALA, FL 34479 | CREDITOR ID: 551577-BI<br>GILCHRIST SAUSAGE CO<br>6266 JACKSONVILLE ROAD<br>OCALA FL 34479 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 535885-BA<br>GILCHRIST, TERRANCE<br>2282 SE GLOVER ST<br>PORT SAINT LUCIE FL 34984 | CREDITOR ID: 250571-12<br>GILDA INDUSTRIES INC<br>ATTN JUAN BLAZQUEZ<br>2525 WEST 4TH AVE<br>HIALEAH, FL 33010 | CREDITOR ID: 551578-BI<br>GILDA INDUSTRIES INC<br>2525 WEST 4TH AVE<br>HIALEAH FL 33010 |
| CREDITOR ID: 551579-BI<br>GILES CONSTRUCTION<br>1471 COUNTY RD 55<br>CLANTON AL 35046 | CREDITOR ID: 250573-12<br>GILES ENTERPRISES INC<br>PO BOX 210247<br>MONTGOMERY, AL 36121-0247 | CREDITOR ID: 551580-BI<br>GILES ENTERPRISES INC<br>PO BOX 210247<br>MONTGOMERY AL 36121-0247 |
| CREDITOR ID: 538071-BA<br>GILES, BARBARA<br>C/O LYNETTE PARKER<br>COLLING, GILBERT & WRIGHT, P.A.<br>2301 MAITLAND CENTER PARKWAY<br>SUITE 240<br>MAITLAND FL 32751-4128 | CREDITOR ID: 535886-BA<br>GILES, BARBARA<br>306 SOUTH ORANGE AVE.<br>DELAND FL 32720 | CREDITOR ID: 535887-BA<br>GILES, JANICE<br>2624 YOUNGWOOD LANE<br>CANTONMENT FL 32533 |
| CREDITOR ID: 535888-BA<br>GILKES, ANTIONETTE<br>4150 BEAR LAKES COURT<br>APT 204<br>WEST PALM BEACH FL 33409 | CREDITOR ID: 538072-BA<br>GILKES, ANTIONETTE<br>C/O BRETT K. FINDLER<br>FINDLER & FINDLER, P.A.<br>3 HARVARD CIRCLE<br>SUITE 100<br>WEST PALM BEACH FL 33406 | CREDITOR ID: 551581-BI<br>GILL GROUP<br>512 NORTH ONE MILE ROAD<br>PO BOX 784<br>DEXTER MO 63841 |
| CREDITOR ID: 250574-12<br>GILL MANUFACTURING INC<br>ATTN HOWARD L GILL, VP<br>PO BOX 769<br>DAVENPORT, FL 33836-0769 | CREDITOR ID: 29083-05<br>GILL, SAM W<br>5522 HALSO MILL RD<br>GREENVILLE AL 36037 | CREDITOR ID: 535889-BA<br>GILLESPIE, DOROTHY<br>1441 NW 3RD CT.<br>FORT LAUDERDALE FL 33311 |
| CREDITOR ID: 538073-BA<br>GILLESPIE, DOROTHY<br>C/O ANDREW I. GLEN<br>ROSENBERG & ROSENBERG,  PA<br>2501 HOLLYWOOD BLVD<br>SUITE 110<br>HOLLYWOOD FL 33020 | CREDITOR ID: 407710-15<br>GILLETTE COMPANY<br>C/O POPPER & GRAFTON<br>ATTN SAMUEL R GRAFTON, ESQ<br>225 WEST 34TH STREET, SUITE 1609<br>NEW YORK NY 10122-1600 | CREDITOR ID: 407710-15<br>GILLETTE COMPANY<br>ATTN DIANE E KING, MGR CREDIT ADMIN<br>PRUDENTIAL TOWER BUILDING<br>800 BOYLSTON STREET, 26TH FLOOR<br>BOSTON MA 02199 |
| CREDITOR ID: 551584-BI<br>GILLETTE COMPANY<br>PO BOX 10800<br>ATLANTA GA 30384-0800 | CREDITOR ID: 551583-BI<br>GILLETTE COMPANY<br>PO BOX 100800<br>ATLANTA GA 30384-0800 | CREDITOR ID: 551582-BI<br>GILLETTE COMPANY<br>PO BOX 100800<br>ATLANTA GA 30384-0800 |
| CREDITOR ID: 278700-99<br>GILLETTE COMPANY<br>ATTN: MARY TRAHAN, CREDIT MANAGER<br>PO BOX 100800<br>ATLANTA, GA 30384-0800 | CREDITOR ID: 406673-MS<br>GILLEY, JAMES C.<br>24 TURTLEBACK TR.<br>PONTE VEDRA FL 32082 | CREDITOR ID: 389190-54<br>GILLIAM, CARMINA<br>PO BOX 3343<br>SAINT AUGUSTINE, FL 32085 |
| CREDITOR ID: 389190-54<br>GILLIAM, CARMINA<br>C/O MARCUS M CORNELIUS & ASSOCIATES<br>ATTN JOHN CORRISS, ESQ<br>PO BOX 167<br>ST AUGUSTINE FL 32085 | CREDITOR ID: 555620-BC<br>GILLIAM, TONI<br>814 W KING ST.<br>SAINT AUGUSTINE FL 32084 | CREDITOR ID: 398561-78<br>GILLIE II, DOUGLAS H.<br>7985 SWEETWATER DRIVE<br>DOUGLASVILLE, GA 30135 |

Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406674-MS<br>GILLIE II, DOUGLAS H.<br>4973 HUNTSMEN PLACE<br>FONTANA CA 92336 | CREDITOR ID: 391484-55<br>GILLS, SYLVESTER<br>C/O PAUL C BARTLEY, LLC<br>ATTN PAUL C BARTLEY, ESQ<br>608 S HULL STREET<br>MONTGOMERY AL 36104 | CREDITOR ID: 535890-BA<br>GILLS, VIRGINIA<br>37525 LAKE NORRIS ROAD<br>EUSTIS FL 32726 |
| CREDITOR ID: 392508-55<br>GILMARTIN, ANDREW R<br>1975 IRONDALE ROAD<br>NORTH PORT FL 34287 | CREDITOR ID: 535891-BA<br>GILMORE, JEANETTE<br>3116 PRIMWOOD<br>HARVEY LA 70058 | CREDITOR ID: 538074-BA<br>GILMORE, JEANETTE<br>C/O WAYNE FOLEY ESQ.<br>BARKER, BROUDREAUZ, LAMY & FOLEY, ATTY<br>2282 ST CHARLES AVE<br>SUITE 1110<br>NEW ORLEANS LA 70130 |
| CREDITOR ID: 555621-BC<br>GILMORE, LISA<br>6850 BUCKEYE WAY<br>COLUMBUS GA 31904 | CREDITOR ID: 391267-55<br>GILMORE, SADIE<br>C/O ROBERT SIMMS THOMPSON, PC<br>ATTN TIFFANY N JOHNSON, ESQ<br>308 NORTH ELM STREET<br>PO BOX 830780<br>TUSKEGEE AL 36083 | CREDITOR ID: 535892-BA<br>GILMORE, TWRESIA<br>3808 CHINKAPIN<br>HARVEY LA 70058 |
| CREDITOR ID: 538075-BA<br>GILMORE, TWRESIA<br>C/O ALAN SCHOENBERGER<br>LAW OFFICE OF ALAN SCHOENBERGER<br>13344 CHEF MENTEUR HIGHWAY<br>COMMERCE PLAZA<br>NEW ORLEANS LA 70129 | CREDITOR ID: 406675-MS<br>GILREATH, JHAROLD L JR<br>2720 FOREST CIRCLE<br>JACKSONVILLE FL 32257 | CREDITOR ID: 551586-BI<br>GILSTER MARY LEE CORP<br>PO BOX 227<br>CHESTER IL 62233-0227 |
| CREDITOR ID: 250579-12<br>GILSTER MARY LEE CORP<br>PO BOX 227<br>CHESTER, IL 62233-0227 | CREDITOR ID: 398563-78<br>GILSTRAP, WALTER H<br>100 CARMEN WAY<br>EASLEY, SC 29642 | CREDITOR ID: 406677-MS<br>GINGERICH, ROGER<br>1409 BANYAN CIRCLE<br>POMPANO BEACH FL 33069 |
| CREDITOR ID: 555622-BC<br>GINGRAS, EMMA<br>5200 SOUTH BISCAYNE DR. APT 32<br>NORTH PORT FL 34287 | CREDITOR ID: 392358-55<br>GINN, LINDA<br>C/O JAMES GLOBER, ESQ<br>2119 RIVERSIDE AVE, SUITE 200<br>JACKSONVILLE FL 32204 | CREDITOR ID: 381866-99<br>GINNIE VAN KESTEREN PA<br>ATTN: GINNIE VAN KESTEREN<br>111 SECOND AVE NE, STE 706<br>ST PETERSBURGH FL 33701 |
| CREDITOR ID: 535893-BA<br>GINSBERG, SCOTT<br>18101 SW 139 COURT<br>MIAMI FL 33157 | CREDITOR ID: 405941-93<br>GIORDANO, RICHARD<br>C/O DAVID M BENENFELD, PA<br>ATTN DAVID M BENENFELD, ESQ<br>5950 W OAKLAND PARK BLVD, SUITE 310<br>LAUDERHILL FL 33313 | CREDITOR ID: 403721-94<br>GIORDANO, RICHARD G<br>8951 SW 52 CT<br>COOPER CITY FL 33328 |
| CREDITOR ID: 255163-12<br>GIORGIANNI, LYNN<br>3081 ISSER LANE<br>JACKSONVILLE, FL 32257 | CREDITOR ID: 551589-BI<br>GIORGIO FOOD INC<br>PO BOX 13700-1167<br>PHILADELPHIA PA 19191-1167 | CREDITOR ID: 551590-BI<br>GIOVANNI SANDOVAL<br>14028 SOUTHWEST 90TH TERRACE<br>MIAMI FL 33186 |
| CREDITOR ID: 392891-55<br>GIPSON, CLARA<br>C/O LARRY R SASSER LLC<br>ATTN LARRY R SASSER, ESQ<br>547 SOUTH LAWRENCE ST<br>MONTGOMERY AL 36104 | CREDITOR ID: 253146-12<br>GIPSON, JOANNA G<br>12850 STRICKLAND LANDING COURT<br>PERRY, FL 32348 | CREDITOR ID: 535894-BA<br>GIRALDO, LUZ<br>5933 LEE VISTA BLVD #203<br>ORLANDO FL 32822 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

DEBTOR:     WINN-DIXIE STORES, INC., ET AL.                                                          CASE:   05-03817-3F1

CREDITOR ID: 538076-BA
GIRALDO, LUZ
C/O SEAN REYNOLDS PA
SHERRIS & REYNOLDS, PA
PO BOX 3228
ORANGE COUNTY
ORLANDO FL 32802

CREDITOR ID: 392862-55
GIRDZUS, JAMES JR
C/O WILCOX LAW FIRM
ATTN ROBERT D WILCOX, ESQ
6817 SOUTHPORT PARKWAY, SUITE 1302
JACKSONVILLE FL 32216

CREDITOR ID: 392862-55
GIRDZUS, JAMES JR
C/O BEASLEY, ALLEN, CROW, ET AL
ATTN KENDALL C DUNSON, ESQ
218 COMMERCE STRRET
PO BOX 4160
MONTGOMERY AL 36103-4160

CREDITOR ID: 250594-12
GISCO DOCK
221 MAGNOILA AVE
ST SIMONS ISLAND, GA 31522-4323

CREDITOR ID: 551591-BI
GISCO DOCK
221 MAGNOILA AVE
ST SIMONS ISLAND GA 31522-4323

CREDITOR ID: 384328-47
GISEVIUS, ROBERT
70306 ABITA AVENUE
MANDEVILLE, LA 70471

CREDITOR ID: 390745-55
GITZ, LOURENA
C/O BIRDSALL LAW FIRM, INC
ATTN BENJAMIN J BIRDSALL, ESQ
918 POYDRAS STREET, 2ND FLR
NEW ORLEANS LA 70112

CREDITOR ID: 250598-12
GIUMARRA VINEYARDS CORP
PO BOX 1969
BAKERSFIELD, CA 93303

CREDITOR ID: 551592-BI
GIUMARRA VINEYARDS CORP
PO BOX 1969
BAKERSFIELD CA 93303

CREDITOR ID: 250599-12
GIVAUDAN FLAVORS
PO BOX 73767
CHICAGO, IL 60673-7767

CREDITOR ID: 551593-BI
GIVAUDAN FLAVORS
PO BOX 73767
CHICAGO IL 60673-7767

CREDITOR ID: 551594-BI
GIVAUDAN FLAVORS INC
PO BOX 73767
CHICAGO IL 60673-7767

CREDITOR ID: 551595-BI
GIVE AND GO PREPARED FOODS (USA) INC
21961 NETWORK PLACE
CHICAGO IL 60673-1219

CREDITOR ID: 535895-BA
GIVENS, LANYA
1102 NW 7TH TERRACE
FORT LAUDERDALE FL 33311

CREDITOR ID: 555623-BC
GIVENS, ROBERT
9683 CTY RD. 231
WILDWOOD FL 34785

CREDITOR ID: 535896-BA
GIVENS, TORI
2970 SW 132ND STREET
OCALA FL 34473

CREDITOR ID: 538077-BA
GIVENS, TORI
C/O STENISE L. ROLLE
PARKS & CRUMP, LLC
240 N. MAGNOLIA DR.
TALLAHASSEE FL 32301

CREDITOR ID: 551596-BI
GLA LLC
% RETAIL PLANNING CORPORATION
35 JOHNSON FERRY ROAD
MARIETTA GA 30067

CREDITOR ID: 1380-07
GLA LLC
C/O RETAIL PLANNING CORPORATION
35 JOHNSON FERRY ROAD
MARIETTA, GA 30067

CREDITOR ID: 406678-MS
GLADDEN, RUPERT W
C/O FRIEDLINE & MCCONNELL, PA
ATTN JERRETT M MCCONNELL, ESQ
1756 UNIVERSITY BLVD SOUTH
JACKSONVILLE FL 32216

CREDITOR ID: 406678-MS
GLADDEN, RUPERT W
4734 ROYAL AVE
JACKSONVILLE FL 32205

CREDITOR ID: 535897-BA
GLADDEN, TENEISHA
3101 NE 15TH STREET
APT. G60
GAINESVILLE FL 32607

CREDITOR ID: 551597-BI
GLADE SCHOOL
3328 HWY ST
LAPLACE LA 70068

CREDITOR ID: 551598-BI
GLADES GAS COMPANYQ
804 N PARROT AVE
OKEECHOBEE FL 34972

CREDITOR ID: 250605-12
GLADES GENERAL HOSPITAL
1201 SOUTH MAIN STREET
BELLE GLADE, FL 33430

CREDITOR ID: 391549-55
GLAGOLA, EMMA
C/O MURPHY & CLAY
ATTN JACK E CLAY, ESQ
8337 OFFICE PARK DRIVE
PO BOX 1323
DOUGLASVILLE GA 30133

CREDITOR ID: 538078-BA
GLASGOW, FLOSSIE
C/O ERIC HIRES
MORGAN & HIRES LLC
1099 W MORSE BLVD.
WINTER PARK FL 32789

**SERVICE LIST**

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                    CASE:   05-03817-3F1

CREDITOR ID: 535898-BA
GLASGOW, FLOSSIE
4228 TIMBERWOOD LN
WINTER PARK FL 32789

CREDITOR ID: 551599-BI
GLASS DOCTOR OF ORLANDO
PO BOX 720786
ORLANDO FL 32872

CREDITOR ID: 551600-BI
GLASS INC
210 GRAND AVE
MERIDIAN MS 39301

CREDITOR ID: 535899-BA
GLASS, KRISTI
8730 WIRE ROAD
COTTONDALE AL 35453

CREDITOR ID: 400711-91
GLASSMAN, HAROLD B
5386 LANDON CR
BOYNTON BEACH FL 33437-0167

CREDITOR ID: 406305-G5
GLAXOSMITHKLINE - GSK
ONE FRANKLIN PLAZA
PHILADELPHIA PA 19101

CREDITOR ID: 535056-15
GLAXOSMITHKLINE CONSUMER HEALTHCARE
ATTN GREGORY COLICCHIE, FINANCE
1000 GSK DRIVE
MOON TOWNSHIP PA 15108

CREDITOR ID: 408371-15
GLAXOSMITHKLINE CONSUMER HEALTHCARE
ATTN GREGORY COLICCHIE, FINANCE
PO BOX 1467
PITTSBURGH PA 15230

CREDITOR ID: 535900-BA
GLAZE, CAROL
1118 OAK CT APT C
DUNEDIN FL 34698

CREDITOR ID: 250621-12
GLAZER CO OF LOUISIANA
111 RIVERBEND BOULEVARD
ST ROSE, LA 70087

CREDITOR ID: 551603-BI
GLAZER CO OF LOUISIANA
111 RIVERBEND BOULEVARD
ST. ROSE LA 70087

CREDITOR ID: 551602-BI
GLAZER CO OF LOUISIANA
111 RIVERBEND BOULEVARD
ST. ROSE LA 70087

CREDITOR ID: 551601-BI
GLAZER CO OF LOUISIANA
111 RIVERBEND BOULEVARD
ST ROSE LA 70087

CREDITOR ID: 551604-BI
GLAZER WHOLESALE
111 RIVERBEND BLVD
ST ROSE LA 70087

CREDITOR ID: 410405-15
GLAZER'S WHOLESALE DRUG CO OF NEW
ORLEANS INC ET AL
C/O GLAZER'S WHOLESALE DRUG CO, INC
ATTN CARY ROSSEL, VP & CFO
PO BOX 809013
DALLAS TX 75380-9013

CREDITOR ID: 410405-15
GLAZER'S WHOLESALE DRUG CO OF NEW
C/O PRAGER & MILLER, PC
ATTN ROBERT A MILLER, ESQ
14911 QUORUM DRIVE, SUITE 320
DALLAS TX 75254

CREDITOR ID: 403724-94
GLAZNER, PHIL
921 OLD MILL RUN
ORMOND BEACH FL 32174-6160

CREDITOR ID: 403725-94
GLEASON, JEFFREY P
2814 ST JOHNS AVENUE
JACKSONVILLE FL 32205

CREDITOR ID: 492881-FC
GLEASON, JEFFREY P
2814 ST JOHNS AVENUE
JACKSONVILLE FL 32205

CREDITOR ID: 391137-55
GLEMAUD, DGENANE
C/O BARRY ALAN WILEN, ESQ
EMERALD HILLS EXECUTIVE PLAZA
4601 SHERIDANT STREET, SUITE 208
HOLLYWOOD FL 33021

CREDITOR ID: 551699-BI
GLENDA ADAMS
116 SPEERS VALLEY ROAD
BRANDON MS 39042

CREDITOR ID: 551702-BI
GLENDALE ELEMENTARY SCHOOL
900 W DEAN ST
EUNICE LA 70535

CREDITOR ID: 535901-BA
GLENN, JACQUELINE
1609 SANDSTONE COURT
MONTGOMERY AL 36117

CREDITOR ID: 538079-BA
GLENN, JACQUELINE
C/O BARRY C. LEAVELL
BARRY LAVELLE AND ASSOCIATES
205 MADISON AVENUE
SUITE A
MONTGOMERY AL 36104

CREDITOR ID: 538080-BA
GLENN, ROSA
C/O DICK GRECO ESQ
MORGAN & MORGAN ATTORNEYS
101 E. KENNEDY BLVD. STE 1790
TAMPA FL 33602

CREDITOR ID: 535902-BA
GLENN, ROSA
4185 WILLIS ROAD
MULBERRY FL 33860

CREDITOR ID: 551705-BI
GLENNS SEWER & DRAIN
1914 HWY 1185
COTTONPORT LA 71327

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 315825-40<br>GLENWOOD MIDWAY CO LLC<br>16740 BIRKDALE COMMONS PKWY.<br>SUITE 306<br>HUNTERSVILLE, NC 28078 | CREDITOR ID: 551706-BI<br>GLENWOOD MIDWAY CO LLC<br>16740 BIRKDALE COMMONS PARKWAY<br>SUITE 306<br>HUNTERSVILLE NC 28078 | CREDITOR ID: 416925-15<br>GLENWOOD MIDWAY COMPANY, LLC<br>ATTN JASON B BURNETT, ESQ.<br>50 NORTH LAURA STREET, SUITE 1675<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 405903-15<br>GLIDDEN COMPANY, THE DBA ICI PAINTS<br>ATTN MICHAEL C ROCK, DIR OF CREDIT<br>15885 W SPRAGUE ROAD HQW, RM A105<br>STRONGSVILLE OH 44136 | CREDITOR ID: 1382-07<br>GLIMCHER PROPERTIES LIMITED<br>C/O FIRSTSTAR BANK<br>PO BOX 641973<br>CINCINNATI, OH 45264-1973 | CREDITOR ID: 410985-15<br>GLIMCHER PROPERTIES LP<br>ATTN PATRICIA A POWERS, ESQ.<br>150 EAST GAY STREET<br>COLUMBUS OH 43215 |
| CREDITOR ID: 390532-55<br>GLISSON, ELIZABETH<br>C/O LAW OFFICES OF DAVID SACKS<br>ATTN DAVID B SACKS, ESQ<br>1824 ATLANTIC BLVD<br>JACKSONVILLE FL 32207 | CREDITOR ID: 555624-BC<br>GLISSON, KRISTIN<br>3745 BOWDEN CIRCLE E<br>JACKSONVILLE FL 32216 | CREDITOR ID: 551707-BI<br>GLJ, LLC DBA 02-COOL<br>36861 EAGLE WAY<br>CHICAGO IL 60678-1368 |
| CREDITOR ID: 406680-MS<br>GLOAD, JAMES R<br>2386 HOPE LANE<br>PALM BEACH GARDENS FL 33410 | CREDITOR ID: 250647-12<br>GLOBAL BERRY FARMS<br>2241 TRADE CENTER WAY STE A<br>NAPLES, FL 34109 | CREDITOR ID: 551709-BI<br>GLOBAL BERRY FARMS<br>999 VANDERBILT BEACH ROAD<br>SUITE 102<br>NAPLES FL 34108 |
| CREDITOR ID: 551708-BI<br>GLOBAL BERRY FARMS<br>2241 TRADE CENTER WAY STE A<br>NAPLES FL 34109 | CREDITOR ID: 551710-BI<br>GLOBAL EQUIPMENT CO<br>PO BOX 5200<br>SUWANEE GA 30024 | CREDITOR ID: 250651-12<br>GLOBAL EQUIPMENT SERVICES<br>ATTN GUS HARRIS, VP<br>PO BOX 48592<br>ST PETERSBURG, FL 33743-8592 |
| CREDITOR ID: 551711-BI<br>GLOBAL EQUIPMENT SERVICES<br>PO BOX 48592<br>ST PETERSBURG FL 33743-8592 | CREDITOR ID: 250652-12<br>GLOBAL FLUID CONNECTORS<br>13170 NW 43RD AVE<br>OPA LOCKA, FL 33054 | CREDITOR ID: 551712-BI<br>GLOBAL FLUID CONNECTORS<br>13170 NW 43RD AVE<br>OPA LOCKA FL 33054 |
| CREDITOR ID: 250656-12<br>GLOBAL MATERIAL TECHNOLOGIES INC<br>5134 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | CREDITOR ID: 551713-BI<br>GLOBAL MATERIAL TECHNOLOGIES INC<br>5134 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 | CREDITOR ID: 551714-BI<br>GLOBAL MERCHANDISE LLC<br>301 4TH STREET<br>ANNAPOLIS MD 21403 |
| CREDITOR ID: 382344-51<br>GLOBAL NETXCHANGE<br>200 W MONROE ST FL 12<br>CHICAGO IL 60605-5015 | CREDITOR ID: 551715-BI<br>GLOBAL RESPONSE CORP<br>777 SOUTH STATE ROAD 7<br>MARGATE FL 33068-2803 | CREDITOR ID: 395649-65<br>GLOBAL SECURITY<br>12491 SW 134TH CT, STE 26<br>MIAMI FL 33186-6416 |
| CREDITOR ID: 250658-12<br>GLOBAL SECURITY INC<br>12491 SW 134TH CT STE 26<br>MIAMI FL 33186-6416 | CREDITOR ID: 551717-BI<br>GLOBAL SECURITY INC<br>12995 SW 132 COURT<br>MIAMI FL 33186 | CREDITOR ID: 551716-BI<br>GLOBAL SECURITY INC<br>12491 SW 134 COURT<br>SUITE 26<br>MIAMI FL 33186 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

CREDITOR ID: 551718-BI
GLOBAL TISSUE GROUP
1101 LAKELAND AVENUE
BOHEMIA NY 11716

CREDITOR ID: 551719-BI
GLOBAL TRADING
PO BOX 26809
GREENVILLE SC 29616-1809

CREDITOR ID: 382325-51
GLOBAL TRADING, INC.
PO BOX 26809
GREENVILLE, SC 29616

CREDITOR ID: 551720-BI
GLORIA ELIZABETH ROBERTS
1757 BUTTONBUSH WAY
ORANGE PARK FL 32003

CREDITOR ID: 551721-BI
GLORIA JEAN BOOTHE
20840 SYCAMORE ROAD
MCCALLA AL 35111

CREDITOR ID: 551722-BI
GLORIA SAMUEL
PO BOX 1031
NEW ROADS LA 70760

CREDITOR ID: 555625-BC
GLORIOSO, FRANK
COTE ST
HAMMOND LA 70401

CREDITOR ID: 555626-BC
GLORSKY, ENNETTE
1661 NW 103RD AVE
PLANTATION FL 33322

CREDITOR ID: 551724-BI
GLORY FOODS INC
PO BOX 714717
COLUMBUS OH 43271-4717

CREDITOR ID: 384145-47
GLORY FOODS INC
ATTN DANIEL A CHARNA, TREASURER
PO BOX 714717
COLUMBUS, OH 43271-4717

CREDITOR ID: 250675-12
GLORY TRANSPORTATION INC
ATTN TOM DOTY, PRES
PO BOX 8757
FAYETTEVILLE, AR 72703

CREDITOR ID: 404754-95
GLOUCESTER COUNTY
PO BOX 337
GLOUCESTER VA 23061-0337

CREDITOR ID: 241094-11
GLOUCESTER, VA COMM OF REVENUE
KEVIN A WILSON
6489 MAIN ST #137
GLOUCESTER VA 23061-6102

CREDITOR ID: 393427-55
GLOVER, CLAUDIA
C/O RICHARD W RENO, PA
ATTN RICHARD W RENO, ESQ
PO BOX 368
CRAWFORDVILLE FL 32326-0368

CREDITOR ID: 406681-MS
GLOVER, DEAN
2507 GREENMOOR PLACE
TAMPA FL 33618

CREDITOR ID: 555627-BC
GLUSH, JOHN
222 S WASHINGTON
BEVERLY HILLS FL 34465

CREDITOR ID: 551725-BI
GLYNN COUNTY WATER & SEWER
1725 REYNOLDS STREET
SUITE 300
BRUNSWICK GA 31520

CREDITOR ID: 250686-12
GLYNN ENTERPRISES LLC
PO BOX 751554
% ZIFF PROPERTIES INC
CHARLOTTE, NC 28275-1554

CREDITOR ID: 1383-07
GLYNN ENTERPRISES LLC
C/O ZIFF PROPERTIES INC.
PO BOX 751554
CHARLOTTE, NC 28275-1554

CREDITOR ID: 551726-BI
GLYNN ENTERPRISES LLC
PO BOX 751554
% ZIFF PROPERTIES INC
CHARLOTTE NC 28275-1554

CREDITOR ID: 397084-67
GLYNN TEACHERS FEDERAL CREDIT
3650 COMMUNITY ROAD
BRUNSWICK, GA 31520

CREDITOR ID: 381917-15
GMAC COMMERCIAL FINANCE LLC
ATTN CRAIG GALLETTO, ASST VP
1290 AVENUE OF THE AMERICAS, 3RD FL
NEW YORK NY 10104

CREDITOR ID: 417048-97
GMAC COMMERCIAL MORTGAGE CORP
ATTN SUSAN C TARNOWER ESQ
THREE RAVINA DRIVE STE 200
ATLANTA GA 30346

CREDITOR ID: 551727-BI
GMDC
1275 LAKE PLAZA DRIVE
COLORADO SPRINGS CO 80906-3583

CREDITOR ID: 381099-47
GME ENGINEERING CONSULTANTS
1200 WOODRUFF ROAD, SUITE C-23
GREENVILLE, SC 29607

CREDITOR ID: 382343-51
GNX
333 BUSH STREET, 18TH FLOOR
SAN FRANCISCO, CA 94104

CREDITOR ID: 382628-51
GNX (GLOBAL NETXCHANGE)
ALLEN MATKINS LECK GAMBLE ET AL
ATTN R MERTZ/W HUCKINS, ESQS
THREE EMBARCADERO CENTER, 12TH FLR
SAN FRANCISCO CA 94111-4074

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 408386-15
GNX (GLOBAL NETXCHANGE)
ATTN: JOE LAUGHLIN
200 WEST MONROE ST, 12TH FLR
CHICAGO IL 60606

CREDITOR ID: 382628-51
GNX (GLOBAL NETXCHANGE)
ATTN JOHN WOLFE, ESQ
333 BUSH STREET, 18TH FLOOR
SAN FRANCISCO, CA 94104

CREDITOR ID: 403477-93
GO, WAH HONG
C/O LAW OFFICES ANTHONY F SANCHEZ
ATTN ANTHONY F SANCHEZ, ESQ.
ALFRED I DUPONT BLDG
169 E FLAGLER STREET, SUITE 1500
MIAMI FL 33131

CREDITOR ID: 391994-55
GOAD, CHARLOTTE A
C/O HARRIS AND RIVIERE
ATTN LESLIE C RIVIERE, ESQ
OLD HYDE PARK
304 SOUTH FIELDING AVENUE
TAMPA FL 33606-2225

CREDITOR ID: 555628-BC
GOAR, ALLIE
1208 JOHN D WOOD RD APT 38
FRANKLINTON LA 70438

CREDITOR ID: 315849-40
GODFREY, JACK M & PETER
PO DRAWER G
MADILL OK 73446

CREDITOR ID: 555629-BC
GODFREY, VIRGINIA
3035 SE GALT CIRCLE
PORT SAINT LUCIE FL 34984

CREDITOR ID: 535903-BA
GODIENZE, NICHOLAS
P.O. BOX 620257
OVIEDO FL 32762

CREDITOR ID: 538081-BA
GODIENZE, NICHOLAS
C/O TERRY ROSENBLUM
ROSENBLUM OLIVER & ALMAN PA
2450 HOLLYWOOD BLVD
SUITE 401
HOLLYWOOD FL 33020

CREDITOR ID: 538082-BA
GODINEZ, JULIO
C/O TERRY ROSENBLUM
ROSENBLUM OLIVER & ALMAN PA
2450 HOLLYWOOD BLVD
SUITE 401
HOLLYWOOD FL 33020

CREDITOR ID: 535904-BA
GODINEZ, JULIO
C/O ROSENBLUM OIVER AND ALMAN
2450 HOLLYWOOD BLVD.
HOLLYWOOD FL 33020

CREDITOR ID: 535905-BA
GODINEZ, ROMEO
C/O ROSENBLUM OLIVER AND ALMAN
2450 HOLLYWOOD BLVD
HOLLYWOOD FL 33020

CREDITOR ID: 538083-BA
GODINEZ, ROMEO
C/O TERRY ROSENBLUM
ROSENBLUM OLIVER & ALMAN PA
2450 HOLLYWOOD BLVD
SUITE 401
HOLLYWOOD FL 33020

CREDITOR ID: 555630-BC
GODIVEZ, CLARA
344 NW 2 AVE
APT. 2
HOMESTEAD FL 33030

CREDITOR ID: 555631-BC
GODWIN, GLORIA
7390 WEST SHETLAND
CRYSTAL RIVER FL 34428

CREDITOR ID: 555632-BC
GODWIN, GWENDOLYN
3604 EAST SHADOWLAWN AVE
TAMPA FL 33610

CREDITOR ID: 538084-BA
GODWIN, MARIE
C/O ROBERT KING
LAW OFFICES OF WEAVER & KING, P.C.
36 W CLAIBORNE ST
MONROEVILLE AL 36460

CREDITOR ID: 535935-BA
GODWIN, MARIE
P.O. BOX 187
MEXIA AL 36458

CREDITOR ID: 406077-93
GODWIN, PATRICIA
C/O KOLTUN & LAZAR, PA
ATTN SCOTT A LAZAR, ESQ
SUNSET INTERNATIONAL WEST
7000 SW 97TH AVE, STE 210
MIAMI FL 33173

CREDITOR ID: 555633-BC
GODWIN, TIARA
4677 N. DYSON CIRCLE
WEST PALM BEACH FL 33415

CREDITOR ID: 403726-94
GOEING, RAYMOND D
201 ADAMS STREET
LOUISVILLE KY 40206-1860

CREDITOR ID: 406682-MS
GOFF, WARREN S
2783 HIDDEN FOREST CT
MARIETTA GA 30066

CREDITOR ID: 393117-55
GOGGINS, CAROL
C/O TURNER & ASSOCIATES, PLLC
ATTN BENNIE TURNER ESQ
P.O. DRAWER 1500
WEST POINT MS 39773-1500

CREDITOR ID: 551728-BI
GOINS PLASTIC SOURCE INC
3821 EAST 19TH STREET
TEXARKANA AR 71854

CREDITOR ID: 385532-54
GOINS, FRANCES S
603 N OAKLAND ST
DALLAS, NC 28034

CREDITOR ID: 555634-BC
GOINS, KRISTY
3019 GEORGE B. EDMONDSON DR.
MONTGOMERY AL 36110

CREDITOR ID: 555635-BC
GOIZUETA, ANA
1778  SW 146TH CT.
MIAMI FL 33177

SERVICE LIST
Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                    CASE:  05-03817-3F1

CREDITOR ID: 551821-BI
GOJO INDUSTIRES INC
PO BOX 931105
CLEVELAND OH 44193

CREDITOR ID: 250692-12
GOJO INDUSTRIES, INC
ATTN DENNIS HOYE, CONTROLLER
ROBERT H EMMIT, DIR CORP FIN
PO BOX 991
AKRON OH 44309-091

CREDITOR ID: 539045-15
GOJO INDUSTRIES, INC
ATTN KAREN
ONE GOJO PLAZA, SUITE 500
AKRON OH 44311

CREDITOR ID: 555636-BC
GOLAC (MINOR), VIDA
433 LEEWOOD CIRCLE
NAPLES FL 34104

CREDITOR ID: 416957-15
GOLD BASKET, LLC
C/O WELLS MARBLE & HURST, PLLC
ATTN JOSHUA P HENRY, ESQ
PO BOX 131
JACKSON MS 39205-0131

CREDITOR ID: 384146-47
GOLD COAST BEVERAGE DIST
1751 NW 12 AVENUE
POMPANO BEACH, FL 33069

CREDITOR ID: 250693-12
GOLD COAST COMMODITIES
PO BOX 3
BRANDON, MS 39043

CREDITOR ID: 551822-BI
GOLD COAST EAGLE DIST
2150 47TH STREET
SARASOTA FL 34230

CREDITOR ID: 279011-32
GOLD COAST EAGLE DISTRIBUTING
ATTN JOHN W SAPUTO/ERIC J CONDREN
2150 47TH STREET
SARASOTA FL 34234

CREDITOR ID: 551823-BI
GOLD DOLLAR PRODUCTS INC
PO BOX 17826
MEMPHIS TN 38187

CREDITOR ID: 250695-12
GOLD KIST INC
ATTN DONALD M WOODS, DIR OF CREDIT
PO BOX 116223
ATLANTA, GA 30368-6223

CREDITOR ID: 551824-BI
GOLD KIST INC
P O BOX 116223
ATLANTA GA 30368-6223

CREDITOR ID: 551825-BI
GOLD LEAF PUBLISHERS
PO BOX 1167
ZEBULON NC 27597-1167

CREDITOR ID: 250696-12
GOLD LEAF PUBLISHERS
PO BOX 1167
ZEBULON, NC 27597-1167

CREDITOR ID: 551826-BI
GOLDEN DONUT INC
625 MANCHESTER EXPRESSWAY
COLUMBUS GA 31904

CREDITOR ID: 551827-BI
GOLDEN EAGLE FUNDING LLC
PO BOX 905
PONTE VEDRA BEACH FL 32004

CREDITOR ID: 250700-12
GOLDEN EAGLE FUNDING LLC
ATTN CYDETTE MENDIVES, MGR MEMBER
PO BOX 905
PONTE VEDRA BEACH, FL 32004

CREDITOR ID: 551828-BI
GOLDEN EAGLE SYRUP
PO BOX 690
FAYETTE AL 35555-0690

CREDITOR ID: 551829-BI
GOLDEN FLAKE SNACK FOODS
PO BOX 11407
BIRMINGHAM AL 35246-0254

CREDITOR ID: 406122-97
GOLDEN FLAKE SNACK FOODS INC
ATTN MARK MCCUTCHEON, PRES
ONE GOLDEN FLAKE DRIVE
BIRMINGHAM AL 35205

CREDITOR ID: 250702-12
GOLDEN FLAKE SNACK FOODS, INC
C/O STUTSMAN & THAMES, PA
ATTN NINA LAFLEUR, ESQ.
121 W FORSYTH STREET, SUITE 600
JACKSONVILLE FL 32202

CREDITOR ID: 250702-12
GOLDEN FLAKE SNACK FOODS, INC
C/O SPAIN & GILLON, LLC
ATTN WALTER F MCARDLE, ESQ
2117 2ND AVENUE NORTH
BIRMINGHAM AL 35203-3753

CREDITOR ID: 250702-12
GOLDEN FLAKE SNACK FOODS, INC
ATTN FREEDA ELLIOTT, CR MGR
ONE GOLDEN FLAKE DRIVE
BIRMINGHAM, AL 35205

CREDITOR ID: 395650-65
GOLDEN TRIANGLE
34 SIR HENRY DRIVE
COLUMBIA, MS 39705

CREDITOR ID: 551830-BI
GOLDEN TRIANGLE REALTY INC
% BRENNER REAL ESTATE GROUP
1500 WEST CYPRESS CREEK ROAD
SUITE 409
FORT LAUDERDALE FL 33309

CREDITOR ID: 551831-BI
GOLDEN TRIANGLE REALTY INC
DRAWER 1009
PO BOX 628217
ORLANDO FL 32862-8217

CREDITOR ID: 551833-BI
GOLDEN TRIANGLE SERVICES
7310 STANDIFER GAP ROAD
# 917
CHATTANOOGA TN 37421

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 551832-BI<br>GOLDEN TRIANGLE SERVICES<br>309 KEITH STREET<br>CHATTANOOGA TN 37405 | CREDITOR ID: 250705-12<br>GOLDEN TRIANGLE SERVICES<br>309 KEITH ST<br>CHATTANOOGA TN 37406-2727 | CREDITOR ID: 406683-MS<br>GOLDEN, CLAYTON T<br>1917 HUNTING RIDGE RD<br>RALEIGH NC 27615 |
| CREDITOR ID: 395288-63<br>GOLDER ASSOCIATES<br>ATTN: MARK JORDANA<br>8933 WESTERN WAY, SUITE 12<br>JACKSONVILLE, FL 32236 | CREDITOR ID: 551834-BI<br>GOLDER ASSOCIATES INC<br>PO BOX 102609<br>ATLANTA GA 30368-2609 | CREDITOR ID: 551835-BI<br>GOLDER ASSOCIATES INC<br>PO BOX 102609<br>ATLANTA GA 30368-0609 |
| CREDITOR ID: 250707-12<br>GOLDER ASSOCIATES INC<br>PO BOX 102609<br>ATLANTA, GA 30368-0609 | CREDITOR ID: 250707-12<br>GOLDER ASSOCIATES INC<br>C/O GOLDER ASSOCIATES INC<br>ATTN PAUL B COHEN, ESQ.<br>3730 CHAMBLEE TUCKER ROAD<br>ATLANTA GA 30341 | CREDITOR ID: 535936-BA<br>GOLDFINGER, JOEL<br>1601 SW 128TH TERRACE<br>A-409<br>PEMBROKE PINES FL 33027 |
| CREDITOR ID: 538085-BA<br>GOLDFINGER, JOEL<br>C/O STUART F. COHEN ESQ.<br>CONROY, SIMBERG, GANON, KREVANS & ABEL,<br>3440 HOLLYWOOD BLVD.<br>SECOND FLOOR<br>HOLLYWOOD FL 33021 | CREDITOR ID: 250709-12<br>GOLDING FARMS FOODS INC<br>6061 GUN CLUB RD<br>WINSTON SALEM, NC 27103 | CREDITOR ID: 533612-DT<br>GOLDMAN SACHS & CO.<br>ATTN: PATRICIA BALDWIN<br>180 MAIDEN LANE<br>NEW YORK NY 10038 |
| CREDITOR ID: 533613-DT<br>GOLDMAN SACHS EXECUTION & CLEARING<br>ATTN: ANTHONY BRUO<br>30 HUDSON STREET<br>JERSEY CITY NJ 7302-4699 | CREDITOR ID: 538086-BA<br>GOLDMAN, MELANIE<br>C/O WILLIAM J. GRISET, JR., ESQ.<br>LAW OFFICES OF WILLIAM J. GRISET, JR.<br>301 EDGEWATER PLACE, STE 216<br>WAKEFIELD MA 01880 | CREDITOR ID: 555637-BC<br>GOLDMAN, TRACY<br>PO BOX 395<br>BACONTON GA 31716 |
| CREDITOR ID: 407673-93<br>GOLDSBORO ASSOCIATES<br>C/O AFI MANAGEMENT<br>ATTN ANTHONY J LASALA, GEN PARTNER<br>1410 VALLEY ROAD<br>WAYNE NJ 07470 | CREDITOR ID: 382324-51<br>GOLDSBORO NEWS<br>PO BOX 10629<br>GOLDSBORO, NC 27532 | CREDITOR ID: 551836-BI<br>GOLDSBORO NEWS ARGUS<br>PO BOX 10629<br>GOLDSBORO NC 27532-0629 |
| CREDITOR ID: 250715-12<br>GOLDSBORO NEWS ARGUS<br>WAYNE PRINTING CO, INC<br>ATTN BARABA J STURM<br>PO BOX 10629<br>GOLDSBORO, NC 27532-0629 | CREDITOR ID: 535938-BA<br>GOLDSTEIN, DENISE<br>1965 S. OCEAN DRIVE<br>APT. M D<br>HALLENDALE FL 33009 | CREDITOR ID: 538087-BA<br>GOLDSTEIN, DENISE<br>C/O THEODORE H. ENFIELD, ESQ.<br>THEODORE H. ENFIELD, P.A.<br>19235 BISCAYNE BLVD<br>SUITE 105<br>AVENTURA FL 33180 |
| CREDITOR ID: 555639-BC<br>GOMAZ, HENRY<br>1814 E OAKLAND PARK BLVD<br>FORT LAUDERDALE FL 33306 | CREDITOR ID: 555640-BC<br>GOMES, WILLIAM<br>735 NE 38TH ST<br>OAKLAND PARK FL 33334 | CREDITOR ID: 555644-BC<br>GOMEZ  (MINOR), CRYSTAL<br>609 LAND AVENUE<br>LONGWOOD FL 32750 |
| CREDITOR ID: 555643-BC<br>GOMEZ, ADRIANA<br>G-19 ROBERTA ST<br>KEY WEST FL 33040 | CREDITOR ID: 535939-BA<br>GOMEZ, ALCIRA<br>520 NW 34 AVE<br>MIAMI FL 33125 | CREDITOR ID: 538088-BA<br>GOMEZ, ALCIRA<br>C/O JAMIE SUAREZ<br>SUAREZ AND ASSOCIATES, PA<br>351 NW LEJUNE ROAD, STE 201<br>MIAMI FL 33126 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 535940-BA<br>GOMEZ, IBIERRE<br>9301 SW 4 ST APT 118<br>MIAMI FL 33174 | CREDITOR ID: 538089-BA<br>GOMEZ, IBIERRE<br>C/O RAUL F. PINO<br>RAUL F. PINO, P.A.<br>2440 CORAL WAY<br>MIAMI FL 33145 | CREDITOR ID: 391192-55<br>GOMEZ, INGRID<br>C/O G WALTER ARAUJO PA LAW OFFICES<br>ATTN G WALTER ARAUJO, ESQ<br>102 E 49 STREET<br>HIALEAH FL 33013 |
| CREDITOR ID: 416057-L1<br>GOMEZ, MARINA<br>C/O PEDRO J FUENTES-CID LAW OFFICES<br>ATTN PEDRO J FUENTES-CID, ESQ<br>2650 BISCAYNE BLVD<br>MIAMI FL 33137 | CREDITOR ID: 555642-BC<br>GOMEZ, MARTA<br>1701 SW 35 COURT<br>MIAMI FL 33145 | CREDITOR ID: 535941-BA<br>GOMEZ, NESTOR<br>13010 SW 85 AVE<br>MIAMI FL 33156 |
| CREDITOR ID: 535942-BA<br>GOMEZ, REYNA<br>824 NW 20TH CT<br>MIAMI FL 33125 | CREDITOR ID: 538090-BA<br>GOMEZ, REYNA<br>C/O NORY DIAZ, ESQ.<br>HARVEY D. ROGERS, P.A.<br>28 W FLAGLER STREET<br>MIAMI FL 33130 | CREDITOR ID: 555641-BC<br>GOMEZ, VIANCKA<br>1395 CANDLEWICKE DRIVE<br>ORLANDO FL 32807 |
| CREDITOR ID: 551837-BI<br>GONNELLA FROZEN PROD<br>DEPT 77-2583<br>CHICAGO IL 60678-2583 | CREDITOR ID: 535047-97<br>GONNELLA FROZEN PRODUCTS<br>ATTN: RONALD LUCCHESI, TREAS<br>DEPT 77-2583<br>CHICAGO IL 60678 | CREDITOR ID: 250717-12<br>GONNELLA FROZEN PRODUCTS<br>ATTN: K J GONNELLA, PRESIDENT<br>1117 E WILEY RD<br>SCHAUMBURG IL 60173 |
| CREDITOR ID: 391902-55<br>GONZALE, PAULINA<br>C/O JUAN LOPEZ PALMER, ESQ<br>1516 E HILLCREST ST STE 200<br>ORLANDO FL 32803 | CREDITOR ID: 384318-47<br>GONZALEA, RICARDO M<br>7810 NW 189TH STREET<br>MIAMI, FL 33015 | CREDITOR ID: 555647-BC<br>GONZALES, CHARLENE<br>206 WEST MEADOW COURT<br>MANDEVILLE LA 70471 |
| CREDITOR ID: 535943-BA<br>GONZALES, INES<br>1151 NW 94TH AVE.<br>MIAMI FL 33150 | CREDITOR ID: 538091-BA<br>GONZALES, INES<br>C/O ADAM BARON<br>LAW OFFICES OF ADAM BARON<br>633 N.E. 167 AVE<br>SUITE 703<br>NORTH MIAMI BEACH FL 33162 | CREDITOR ID: 555645-BC<br>GONZALES, ISRAEL<br>9460 FOUNTAINBLU PT #232<br>MIAMI FL 33172 |
| CREDITOR ID: 535944-BA<br>GONZALES, LUZ<br>8187 NW 8 ST #201<br>MIAMI FL 33126 | CREDITOR ID: 538092-BA<br>GONZALES, LUZ<br>C/O JEFFREY EXPOSITO, ESQ.<br>LAW OFFICES OF JEFFREY EXPOSITO<br>2955 SW 8 STREET<br>SUITE 103<br>MIAMI FL 33135 | CREDITOR ID: 538093-BA<br>GONZALES, MARIA<br>C/O ADAM BARON, ESQ.<br>LAW OFFICES OF ADAM BARON<br>633 N.E. 167 AVE<br>SUITE 703<br>NORTH MIAMI BEACH FL 33162 |
| CREDITOR ID: 535945-BA<br>GONZALES, MARIA<br>1151 NW 94TH AVE.<br>MIAMI FL 33150 | CREDITOR ID: 390546-55<br>GONZALES, MARIA<br>C/O GONZELEZ PORCHER GARCIA ET AL<br>ATTN ANDY M CUSTER, ESQ<br>604 LAKE AVENUE<br>LAKE WORTH FL 33460 | CREDITOR ID: 535946-BA<br>GONZALES, MIRIAN<br>8340 NW 168TH STREET<br>MIAMI FL 33016 |
| CREDITOR ID: 538094-BA<br>GONZALES, MIRIAN<br>C/O MONICA GALINDO STINSON, ESQ.<br>CHASIN & STINSON<br>9100 S DADELAND BLVD.<br>ONE DATRAN CTR, PH 1 STE 1704<br>MIAMI FL 33156 | CREDITOR ID: 406163-15<br>GONZALES, MIRTA ESTATE OF<br>C/O DEPENA & DEPENA, PA<br>ATTN FRANK DEPENA, ESQ<br>1810 JACKSON STREET<br>FORT MYERS FL 33901 | CREDITOR ID: 555646-BC<br>GONZALES, ROSA MARIA<br>4911 DONOVAN ST<br>ORLANDO FL 32808 |

Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 380945-47
GONZALEZ & TAPANES FOODS DBA
SANTA FE INTERNATIONAL
ATTN FERNANDO GONZALEZ, SALES MGR
9151 NW 97 TERRACE
MEDLEY FL 33178

CREDITOR ID: 551839-BI
GONZALEZ & TAPANES FOODS DBA SANTA FE
9151 N W 97TH TERRACE
MEDLEY FL 33178

CREDITOR ID: 551838-BI
GONZALEZ & TAPANES FOODS DBA SANTA FE
868 NORTHWEST 21 TERRACE
MIAMI FL 33137

CREDITOR ID: 254300-12
GONZALEZ & TAPANES FOODS, INC DBA
LAFE FOODS
ATTN FERNANDO GONZALEZ, MGR
9151 NW 97 TERRACE
MEDLEY FL 33178

CREDITOR ID: 551840-BI
GONZALEZ UTILITIES
PO BOX 314
GONZALEZ FL 32560-0314

CREDITOR ID: 535947-BA
GONZALEZ, ANDRES
4839 PINE TREE DR.
MIAMI BEACH FL 33140

CREDITOR ID: 535948-BA
GONZALEZ, BENEZZA
4530 SE 40TH STREET
HOLLYWOOD FL 33023

CREDITOR ID: 538095-BA
GONZALEZ, BENEZZA
C/O ANDREW GLENN
ROSENBERG & ROSENBERG, PA
2501 HOLLYWOOD BLVD
SUITE 110
HOLLYWOOD FL 33020

CREDITOR ID: 389492-54
GONZALEZ, BONIFACIA
C/O DAVID M BENENFELD, PA
ATTN DAVID M BENENBELD, ESQ
5950 W OAKLAND PARK BLVD, SUITE 310
LAUDERHILL FL 33313

CREDITOR ID: 389492-54
GONZALEZ, BONIFACIA
6178 SHERWOOD LANE N WAY, APT 14
WEST PALM BEACH FL 33415

CREDITOR ID: 392658-55
GONZALEZ, BRIGITTE
C/O CARL CARRILLO, PA
ATTN CARL CARRILLO, ESQ
106 NW 2ND AVENUE
GAINESVILLE FL 32601

CREDITOR ID: 555653-BC
GONZALEZ, BRUNILDA
17104 SW 112TH CT.
MIAMI FL 33157-3907

CREDITOR ID: 555649-BC
GONZALEZ, CARLOS
PO BOX 5983
OCALA FL 34478

CREDITOR ID: 535949-BA
GONZALEZ, CARMEN
1536 BROOKSIDE AVE
KISSIMMEE FL 34744

CREDITOR ID: 538096-BA
GONZALEZ, CARMEN
C/O JULIO MARTINEZ
MARTINEZ, MANGLARDI & DIEZ-ARGUELLES
540 N SEMORAN BLVD
ORLANDO FL 32807

CREDITOR ID: 407792-15
GONZALEZ, CARMEN
C/O MARTINEZ MANGLARDI ET AL
ATTN JULIO C MARTINEZ, JR, ESQ
903 N MAIN STREET
KISSIMMEE FL 32828

CREDITOR ID: 555658-BC
GONZALEZ, DEBBIE
7800 SE WOODVIEW TERRACE
HOBE SOUND FL 33455

CREDITOR ID: 390649-55
GONZALEZ, DIGNA
C/O NUELL & POLSKY
ATTN ROBERT POLSKY, ESQ
782 NW 42ND AVENUE, SUITE 345
MIAMI FL 33126

CREDITOR ID: 535950-BA
GONZALEZ, ELDA
12615 EAST RANDALL DRIVE
NORTH MIAMI FL 33167

CREDITOR ID: 538097-BA
GONZALEZ, ELDA
C/O HERMAN KLEMICK ESQ.
KLEMICK & GAMPEL, P.A.
1953 S.W. 27TH AVE.
MIAMI FL 33145

CREDITOR ID: 416273-15
GONZALEZ, EMILIA
C/O SHAKED & BIONDO, PA
ATTN GARRETT BIONDO, ESQ.
200 SOUTHEAST 1ST STREET, SUITE 505
MIAMI FL 33131

CREDITOR ID: 538098-BA
GONZALEZ, GLORIA
C/O JORGE PEREZ-GURRI
5915 PONCE DE LEON BLVD.
CORAL GABLES FL 33146

CREDITOR ID: 535951-BA
GONZALEZ, GLORIA
8911 SW 123RD CT APT 209
MIAMI FL 33186

CREDITOR ID: 555654-BC
GONZALEZ, HERLINDA
1404 WARREN RD
WEST PALM BEACH FL 33405

CREDITOR ID: 393043-55
GONZALEZ, JACQUELINE
C/O GIBBS & PARNELL, PA
ATTN MATTHEW KOCHEVAR, ESQ
15310 AMBERLY DRIVE, SUITE 103
TAMPA FL 33647

CREDITOR ID: 393043-55
GONZALEZ, JACQUELINE
C/O GIBBS & PARNELL
722 EAST FLETCHER AVE
TAMPA FL 33612

CREDITOR ID: 555657-BC
GONZALEZ, JOEANN
7150 NW 174 TERRACE UNIT 102
HIALEAH FL 33015

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 535952-BA<br>GONZALEZ, JOYCE<br>C/O TERRENCE F. PYLE<br>707 WEST DEL WEBB BLVD.<br>SUN CITY CENTER FL 33573 | CREDITOR ID: 537836-BA<br>GONZALEZ, JOYCE<br>C/O TERRENCE F. PYLE<br>TERRENCE F. PYLE, P.A.<br>707 W. DEL WEBB BLVD.<br>SUN CITY FL 33573 | CREDITOR ID: 537837-BA<br>GONZALEZ, JULIA<br>C/O JOSE M CANAS P.A.<br>JOSE M. CANAS, P.A.<br>1500 MADRUGA AVE.<br>SUITE 416<br>CORAL GABLES FL 33146 |
| CREDITOR ID: 535953-BA<br>GONZALEZ, JULIA<br>9930 SW 165TH TERRACE<br>TERRACE FL 33157 | CREDITOR ID: 537838-BA<br>GONZALEZ, MANDI<br>C/O JASON CHALIK, ESQ.<br>ROSEN & CHALIK, P. A.<br>10063 N. W. 1ST COURT<br>PLANTATION FL 33324 | CREDITOR ID: 535954-BA<br>GONZALEZ, MANDI<br>10015 SW 200TH ST<br>MIAMI FL 33157 |
| CREDITOR ID: 555656-BC<br>GONZALEZ, MARIA<br>1220 NW 34TH AVENUE<br>MIAMI FL 33125 | CREDITOR ID: 555660-BC<br>GONZALEZ, MARIA<br>829 NW 14TH CT<br>#305-762-3883<br>MIAMI FL 33135 | CREDITOR ID: 535955-BA<br>GONZALEZ, MARISOL<br>207 BEKINHERD DR.<br>KISSIMMEE FL 34758 |
| CREDITOR ID: 537839-BA<br>GONZALEZ, MARISOL<br>C/O TODD E. COPELAND<br>TODD E. COPELAND & ASSOC. P.A.<br>1007 EMMETT STREET<br>KISSIMMEE FL 34741 | CREDITOR ID: 555650-BC<br>GONZALEZ, MARY<br>1535 AMERICANA<br>APT 12-O<br>ORLANDO FL 32839 | CREDITOR ID: 555651-BC<br>GONZALEZ, MATILDE<br>14868 LANDY VICTORIA BLVD.<br>ORLANDO FL 32826 |
| CREDITOR ID: 555659-BC<br>GONZALEZ, MIRIAM<br>575 WEST 51ST PLACE<br>HIALEAH FL 33012 | CREDITOR ID: 555652-BC<br>GONZALEZ, NICHLAS<br>23895 SW 153 CT.<br>HOMESTEAD FL 33032 | CREDITOR ID: 535956-BA<br>GONZALEZ, OVIDIO<br>2120 COLONIAL AVE<br>LAKELAND FL 33801 |
| CREDITOR ID: 392142-55<br>GONZALEZ, PABLO<br>C/O DAVID SNYDER LAW OFFICES<br>ATTN DAVID SNYDER, ESQ<br>2340 S DIXIE HIGHWAY<br>MIAMI FL 33133 | CREDITOR ID: 555648-BC<br>GONZALEZ, PAULA<br>22054 SW 93RD PLACE<br>MIAMI FL 33190 | CREDITOR ID: 555655-BC<br>GONZALEZ, PEDRO<br>4176 CITRUS SQUARE<br>ORLANDO FL 32812 |
| CREDITOR ID: 417334-B3<br>GONZALEZ, PHILLIP (MINOR)<br>C/O IRVIN & ORIHUELA, LLC<br>ATTN IVAN A ORIHUELA, ESQ<br>650 POYDRAS STREET, SUITE 2517<br>NEW ORLEANS LA 70130 | CREDITOR ID: 537840-BA<br>GONZALEZ, ROLANDO<br>C/O JOSE FRANCISCO, ESQ<br>LAW OFFICES OF JOSE M. FRANCISCO<br>5040 NW 7TH ST, STE 900<br>MIAMI FL 33126 | CREDITOR ID: 535957-BA<br>GONZALEZ, ROLANDO<br>10290 N.W. 9 STREET CIRCLE<br>APT # 31<br>MIAMI FL 33172 |
| CREDITOR ID: 29875-05<br>GONZALEZ, ROSA<br>20861 NW 22ND COURT<br>PEMBROKE PINES FL 33029 | CREDITOR ID: 537841-BA<br>GONZALEZ, RUBEN<br>C/O JUAN LOPEZ PALMER<br>JUAN LOPEZ PALMER PA<br>1516 E HILLCREST ST STE 305<br>ORLANDO FL 32803 | CREDITOR ID: 535958-BA<br>GONZALEZ, RUBEN<br>213 PIERCE AVENUE<br>ORLANDO FL 32809 |
| CREDITOR ID: 388010-54<br>GONZALEZ, SILVIA<br>9401 SW 4TH ST.<br>MIAMI, FL 33174 | CREDITOR ID: 392287-55<br>GONZALEZ, SILVIA<br>C/O JOSHUA J HERTZ, PA<br>ATTN JOSHUA J HERTZ, ESQ<br>200 SOUTHEAST 1 STREET<br>SUITE 505<br>MIAMI FL 33131 | CREDITOR ID: 535959-BA<br>GONZALEZ, SONIA<br>2426 OAK RUN BLVD<br>KISSIMMEE FL 34744 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 537842-BA
GONZALEZ, TULIA
C/O J. ERICKSANTANA
LAW OFFICES CYTRYN AND SANTANA, P.A.
8100 NORTH UNIVERSITY DR
SUITE 202
TAMARAC FL 33321

CREDITOR ID: 535960-BA
GONZALEZ, TULIA
2550 NORTH DIXIE HIGHWAY
BOCA RATON FL 33431

CREDITOR ID: 135189-09
GONZALEZ, WESLEY
C/O RUE & ZIFFRA, PA
ATTN DARREN COLEMAN, ESQ.
632 DURLANTON AVENUE
PORT ORANGE FL 32127

CREDITOR ID: 135189-09
GONZALEZ, WESLEY
2444 BECK CIRCLE
DELTONA FL 32738

CREDITOR ID: 535961-BA
GONZALEZ, YVETTE
16324 NW 20 ST
PEMBROKE PINES FL 33028

CREDITOR ID: 411069-15
GONZALEZ-MURILLO, ALBA
C/O WILLIAM D UMANSKY, PA
ATTN KEITH TURNER, ESQ
1500 E ROBINSON STREET
PO BOX 533069
ORLANDO FL 32853-3069

CREDITOR ID: 411069-15
GONZALEZ-MURILLO, ALBA
3952 WD JUDGE RD, APT 110
ORLANDO FL 32808

CREDITOR ID: 135218-09
GOOCH, JEFFERY E
RT 1 BOX 62G
TUTWILER MS 38963

CREDITOR ID: 551843-BI
GOOD HUMOR BREYERS ICE CREAM
USE V# 790964
PO BOX 75604
CHARLOTTE NC 28275-5604

CREDITOR ID: 551842-BI
GOOD HUMOR BREYERS ICE CREAM
PO BOX 92134
CHICAGO IL 60675

CREDITOR ID: 551841-BI
GOOD HUMOR BREYERS ICE CREAM
PO BOX 75604
CHARLOTTE NC 28275-5604

CREDITOR ID: 278694-99
GOOD HUMOR BREYERS ICE CREAM
ATTN: CRAIG STARGARDT, CR MANAGER
PO BOX 75604
CHARLOTTE, NC 28275-5604

CREDITOR ID: 250725-12
GOOD L CORP
ATTN JERE BROWN & BETSY GOODELL
PHIL GOODELL, PRESIDENT
5382 MURFREESBORO ROAD
PO BOX 337
LA VERGNE, TN 37086-0337

CREDITOR ID: 551844-BI
GOOD L CORP
PO BOX 337
5382 M BORO PK
LA VERGNE TN 37086-0337

CREDITOR ID: 399679-YY
GOOD LIFE MEDIA INC
186 S 5TH STREET
LAKE MARY FL 32746

CREDITOR ID: 250727-12
GOOD OLD DAYS FOODS
PO BOX 191470
LITTLE ROCK, AR 72219

CREDITOR ID: 551845-BI
GOOD OLD DAYS FOODS
PO BOX 191470
LITTLE ROCK AR 72219

CREDITOR ID: 406684-MS
GOOD, JOSEPH R
C/O FRIEDLINE & MCCONNELL, PA
ATTN JERRETT M MCCONNELL, ESQ
1756 UNIVERSITY BLVD SOUTH
JACKSONVILLE FL 32216

CREDITOR ID: 406684-MS
GOOD, JOSEPH R
PO BOX 551242
JACKSONVILLE FL 32255

CREDITOR ID: 555661-BC
GOODEN, SHARON
17993 SW 29TH LANE
MIRAMAR FL 33029

CREDITOR ID: 555662-BC
GOODGER, MARGIA
11984 NW 11 ST
PEMBROKE PINES FL 33026

CREDITOR ID: 315826-40
GOODINGS SUPERMARKETS INC
PO BOX 691329
ORLANDO, FL 32869-1329

CREDITOR ID: 551846-BI
GOODINGS SUPERMARKETS INC
PO BOX 691329
ORLANDO FL 32869-1329

CREDITOR ID: 405927-99
GOODING'S SUPERMARKETS, INC
C/O LOWNDES DROSDICK ET AL
ATTN MATT E BEAL, ESQ
215 NORTH EOLA DRIVE
PO BOX 2809
ORLANDO FL 32802-2809

CREDITOR ID: 551847-BI
GOODMAN FACTORS LTD
PO BOX 29647
DALLAS TX 75229-9647

CREDITOR ID: 555663-BC
GOODMAN, BEVERLY
1799 NORTH HIGHWAY APT 123
CLEARWATER FL 33755

CREDITOR ID: 555664-BC
GOODMAN, JULIE
9865A PAPAYA TREE TRAIL
BOYNTON BEACH FL 33436

**Notice of (A) Entry of Order Confirming Plan of**
**Reorganization, (B) Occurrence of Effective Date**
**of Plan, and (C) Bar Dates for Filing claims Arising**
**before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 551848-BI<br>GOODNIGHT BROTHERS<br>P O BOX 287<br>BOONE NC 28607 | CREDITOR ID: 555665-BC<br>GOODNIGHT, DEBRA<br>PO BOX 2003<br>ORLANDO FL 32802 | CREDITOR ID: 417073-15<br>GOODRICH, ALMA VICK<br>C/O DENNIS LEVINE & ASSOCIATES PA<br>ATTN DENNIS J LEVINE, ESQ<br>103 S BLVD<br>PO BOX 707<br>TAMPA FL 33601 |
| CREDITOR ID: 537843-BA<br>GOODSON, CHARLYNE<br>C/O LAURIE ROBBINS, ESQ.<br>ROBBINS & ASSOCIATES, P.C.<br>6000 LAKE FORREST DRIVE<br>SUITE 315<br>ATLANTA GA 30328 | CREDITOR ID: 535962-BA<br>GOODSON, CHARLYNE<br>2996 LAGUNA DR<br>DECATUR GA 30032 | CREDITOR ID: 555666-BC<br>GOODSON, JANICE<br>207 E. BROOKS ST<br>BREWTON AL 36426 |
| CREDITOR ID: 555667-BC<br>GOODSON, KARNESHA<br>6724 46 AVE WEST<br>APT. C<br>BRADENTON FL 34203 | CREDITOR ID: 397217-67<br>GOODWILL INDUSTRIES OF NORTH G<br>2201 GLENWOOD AVE<br>ATLANTA, GA 30316 | CREDITOR ID: 381592-47<br>GOODWIN, CHRIS<br>4 BIRD OF PARADISE DRIVE<br>PALM COAST, FL 32137 |
| CREDITOR ID: 408417-15<br>GOODYEAR TIRE & RUBBER COMPANY<br>ATTN B JALOWIEC, CR MGR & LAW DEPT<br>1144 EAST MARKET STREET<br>AKRON OH 44316-0001 | CREDITOR ID: 403727-94<br>GOODYEAR, GORDON L<br>1049 BUCKBEAN BRANCH LN W<br>JACKSONVILLE FL 32259 | CREDITOR ID: 492882-FC<br>GOODYEAR, GORDON L<br>1049 BUCKBEAN BRANCH LN W<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 537844-BA<br>GOOSBY, BRENDA<br>C/O SCOTT CRAIG, ESQ<br>FARAH & FARAH, P.A.<br>10 WEST ADAMS ST.<br>3RD FLOOR<br>JACKSONVILLE FL 32202 | CREDITOR ID: 535963-BA<br>GOOSBY, BRENDA<br>9204 HAITIAN WAY<br>JACKSONVILLE FL 32221 | CREDITOR ID: 537845-BA<br>GORDAN, VALERIE<br>C/O LARRY DERSONA, ESQ.<br>LARRY DERSONA ATTORNEY AT LAW<br>4420 NORTH BLVD<br>SUITE 102<br>BATON ROUGE LA 70806 |
| CREDITOR ID: 535964-BA<br>GORDAN, VALERIE<br>2840 WASHINGTON AVE.<br>BATON ROUGE LA 70802 | CREDITOR ID: 551849-BI<br>GORDON K KONRAD<br>PO BOX 10890<br>JEFFERSON LA 70181 | CREDITOR ID: 385972-54<br>GORDON, ALFREDA<br>5339 PASTEUR BLVD<br>NEW ORLEANS, LA 70122 |
| CREDITOR ID: 537846-BA<br>GORDON, DONNA<br>C/O BETSY CHAPA<br>MORGAN & MORGAN ATTORNEYS<br>101 E. KENNEDY BLVD. STE 1790<br>TAMPA FL 33602 | CREDITOR ID: 535965-BA<br>GORDON, DONNA<br>2828 MINNEOLA DR<br>LAKELAND FL 33801 | CREDITOR ID: 555669-BC<br>GORDON, DORITHY<br>14230A NESTING WAY<br>DELRAY BEACH FL 33444 |
| CREDITOR ID: 135537-09<br>GORDON, KAREN L<br>134 BORDEN ST<br>HAYNEVILLE AL 36040-1111 | CREDITOR ID: 403729-94<br>GORDON, LLEWELLYN<br>7658 WEXFORD CLUB DR. E<br>JACKSONVILLE FL 32256-0233 | CREDITOR ID: 535966-BA<br>GORDON, RUTH<br>824 NW 19TH TERRACE<br>FORT LAUDERDALE FL 33311 |
| CREDITOR ID: 555670-BC<br>GORDON, SHARON<br>7301 18TH AVE. N<br>SAINT PETERSBURG FL 33702 | CREDITOR ID: 555668-BC<br>GORDON, STEPHENIE<br>75 SE TRAFALGER TERRACE<br>STUART FL 34994 | CREDITOR ID: 391020-55<br>GORDON, SYLVIA<br>C/O THOMAS & PEARL, PA<br>ATTN BRIAN PEARL, ESQ<br>2404 NE 9TH ST<br>FT LAUDERDALE FL 33304 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 555671-BC<br>GORDON, TAMI<br>6473 NW 20TH COURT<br>MARGATE FL 33063 | CREDITOR ID: 390577-55<br>GORDON, TONETTE<br>C/O ROTSTEIN & SHIFFMAN, LLP<br>ATTN MICHAEL STIFFMAN, ESQ<br>309 OAKRIDGE BLVD, SUITE B<br>DAYTONA BEACH FL 32118 | CREDITOR ID: 403728-94<br>GORDON, WILLIAM R JR<br>11109 BULLRUSH TERRACE<br>BRADENTON FL 34202 |
| CREDITOR ID: 382323-51<br>GORE, CURTIS<br>827 SUMMIT OAKS<br>SAVAGE, MN 55378 | CREDITOR ID: 395408-64<br>GORE, CURTIS M.<br>W236N8481 CLUBHOUSE CIR<br>SUSSEX WI 53089-1555 | CREDITOR ID: 377857-45<br>GORE, CURTIS M.<br>7533 LAKERIDGE DRIVE<br>MONTGOMERY, AL 36117 |
| CREDITOR ID: 555672-BC<br>GORE, JEWEL<br>132 BLANCHE DR<br>AVONDALE LA 70094 | CREDITOR ID: 555673-BC<br>GORISKA, NINO<br>COMMODORE, SUITE 706B<br>PANAMA CITY FL 32404 | CREDITOR ID: 392373-55<br>GORMAN, NANCY<br>C/O KELAHER CONNELL & CONNOR, PC<br>ATTN GENE M CONNELL, JR ESQ<br>PO DRAWER 14547<br>SURFSIDE BEACH SC 29587 |
| CREDITOR ID: 537847-BA<br>GORNEY, RON<br>C/O REBECCA NACHLAS, ESQ.<br>NACHLAS LAW GROUP<br>1785 NE 123RD STREET<br>NORTH MIAMI FL 33181 | CREDITOR ID: 535967-BA<br>GORNEY, RON<br>120 SW 68TH AVENUE<br>PEMBROKE PINES FL 33023 | CREDITOR ID: 416821-L1<br>GORNEY, RONALD JR<br>C/O LAW OFFICES OF ERIC S BLOCK, PA<br>ATTN ERIC S BLOCK, ESQ<br>6817 SOUTHPOINT PKWY, SUITE 2502<br>JACKSONVILLE FL 32216 |
| CREDITOR ID: 551850-BI<br>GORTONS OF GLOUCESTER<br>PO BOX 101483<br>ATLANTA GA 30392-1483 | CREDITOR ID: 551851-BI<br>GORTONS OF GLOUCESTER<br>PO BOX 101483<br>ATLANTA GA 30392-1483 | CREDITOR ID: 382018-36<br>GORTON'S, INC<br>MCDERMOTT, WILL & EMERY, LLP<br>ATTN JASON J DEJONKER, ESQ<br>227 WEST MONROE STREET<br>CHICAGO IL 60606-5096 |
| CREDITOR ID: 382018-36<br>GORTON'S, INC<br>DIANE J AMERO, CREDIT MGR<br>128 ROGERS ST<br>GLOUCHESTER MA 01930 | CREDITOR ID: 315828-40<br>GOSHEN STATION LTD<br>C/O PHILLIPS EDISON & CO<br>PO BOX 640474<br>CINCINNATI, OH 45264-0474 | CREDITOR ID: 406687-MS<br>GOSS, RAY W.<br>1399 NATURE TRAIL<br>JACKSONVILLE FL 32265 |
| CREDITOR ID: 390616-55<br>GOTAY, FRANCISCO<br>C/O MORALES, DOLAN & CERINO, PA<br>ATTN FRANK A CERINO, ESQ<br>166 EAST 49TH STREET<br>HIALEAH FL 33013 | CREDITOR ID: 555674-BC<br>GOTT, JUSTICE<br>212 LEELON RD<br>LAKELAND FL 33809 | CREDITOR ID: 551944-BI<br>GOTTLIEB FAMILY TRUST HOUMA LLC<br>LYNN KIRK MGMT<br>24 E COTA STREET<br>SUITE 100<br>SANTA BARBARA CA 93101 |
| CREDITOR ID: 1386-07<br>GOTTLIEB FAMILY TRUST HOUMA, LLC<br>ATTN LYNN KIRK, MGR<br>24 E COTA STREET, SUITE 100<br>SANTA BARBARA, CA 93101 | CREDITOR ID: 1386-07<br>GOTTLIEB FAMILY TRUST HOUMA, LLC<br>C/O ANDREW J CAVANAUGH LAW OFFICES<br>ATTN ANDREW J CAVANAUGH, ESQ<br>205 E ANAPAMU STREET<br>SANTA BARBARA CA 93101 | CREDITOR ID: 403730-94<br>GOULD, DALE<br>1385 PALM VIEW RD<br>SARASOTA FL 34240 |
| CREDITOR ID: 555675-BC<br>GOULD, KATIE<br>228 GEN EAGLES DRIVE<br>OCEAN SPRINGS MS 39564 | CREDITOR ID: 537848-BA<br>GOULD, PATTIE<br>C/O JASON GUARI<br>MURRAY AND GUARI TRIAL LAWYERS, PL<br>319 8TH STREET<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 535968-BA<br>GOULD, PATTIE<br>526 30TH STREET<br>WEST PALM BEACH FL 33407 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 551945-BI<br>GOURMET AWARD FOODS<br>DEPT 0727<br>PO BOX 120001<br>DALLAS TX 75312-0727 | CREDITOR ID: 278693-99<br>GOURMET AWARD FOODS MID ATLANTIC<br>ATTN: MARK KELLUM, NAT'L ACT MNGR<br>4055 DEERPARK BOULEVARD<br>ELKTON, FL 32033 | CREDITOR ID: 551946-BI<br>GOURMET AWARD FOODS MID ATLANTIC<br>4055 DEERPARK BOULEVARD<br>ELKTON FL 32033 |
| CREDITOR ID: 551947-BI<br>GOURMET AWARD FOODS SOUTH EAST<br>DEPT 40091<br>ATLANTA GA 31192-0195 | CREDITOR ID: 551948-BI<br>GOURMET BOUTIQUE<br>W510591<br>PO BOX 7777<br>PHILADELPHIA PA 19175-0591 | CREDITOR ID: 551950-BI<br>GOURMET EXPRESS<br>DEPT 4281-E<br>PO BOX 4281<br>HOUSTON TX 77210-4281 |
| CREDITOR ID: 551949-BI<br>GOURMET EXPRESS<br>19315 FM 2252<br>SUITE 200<br>GARDEN RIDGE TX 78266 | CREDITOR ID: 551951-BI<br>GOURMET EXPRESS<br>PO BOX 4281 DEPT<br>4281-E<br>HOUSTON TX 77210-4281 | CREDITOR ID: 250753-12<br>GOURMET EXPRESS, LLC<br>ATTN KEVIN SCULLY, SR VP<br>204 N FORD STREET<br>GRIDLEY IL 61744 |
| CREDITOR ID: 250753-12<br>GOURMET EXPRESS, LLC<br>C/O PORTER ROGERS DAHLMAN & GORDON<br>ATTN KENNETH M ODOM, ESQ<br>2600 VIA FORTUNA, SUITE 130<br>AUSTIN TX 78746 | CREDITOR ID: 551952-BI<br>GOURMET FACTORY<br>76-01 77TH AVENUE<br>GLENDALE NY 11385 | CREDITOR ID: 551953-BI<br>GOURMET FRESH<br>PO BOX 162287<br>ATLANTA GA 30321 |
| CREDITOR ID: 535969-BA<br>GOUSSE, JEANELLE<br>1513 SW 119 AVE<br>PEMBROKE PINES FL 33026 | CREDITOR ID: 457542-31<br>GOVERNMENT OF UNITED STATES<br>ATTN: LARRY ENGLE<br>2501 DIXIE FARM RD<br>HOUSTON TX 77089-6702 | CREDITOR ID: 551954-BI<br>GOVERNORS SQUARE<br>C/O TALLAHASSEE ASSOCIATES<br>1500 APALACHEE PARKWAY<br>TALLAHASSEE FL 32301 |
| CREDITOR ID: 392970-55<br>GOWDY, SHIELLA<br>C/O R DALE WARREN, ESQ<br>730 WEST MAIN STREET, STE 200<br>LOUISVILLE KY 40202 | CREDITOR ID: 551955-BI<br>GOYA FOODS<br>PO BOX 226110<br>MIAMI FL 33122 | CREDITOR ID: 250755-12<br>GOYA FOODS<br>ATTN BENITO RIVACOBA, CONTROLLER<br>PO BOX 226110<br>MIAMI, FL 33122 |
| CREDITOR ID: 406113-15<br>GPC MANAGEMENT, INC<br>ATTN: KATHLEEN E RYNBECK, VP<br>1305 E PLANT STREET<br>WINTER GARDEN FL 34787 | CREDITOR ID: 551956-BI<br>GPS REFRIGERATION INC<br>1945 WILEY STREET<br>HOLLYWOOD FL 33020 | CREDITOR ID: 555676-BC<br>GRABOW, JUDITH<br>6762 WOODMEADOW DRIVE<br>TOLEDO OH 43617 |
| CREDITOR ID: 551959-BI<br>GRACE KING HIGH SCHOOL<br>4301 GRACE KING PLACE<br>METAIRIE LA 70002 | CREDITOR ID: 551960-BI<br>GRACE LUTHERAN CHURCH<br>5800 CANAL BLVD<br>NEW ORLEANS LA 70124 | CREDITOR ID: 551961-BI<br>GRACE MEMORIAL BAPTIST CHURCH<br>58516 PEARL ACRES RD<br>SLIDELL LA 70461 |
| CREDITOR ID: 551963-BI<br>GRACE TRANSPORT INC<br>64 ROBERT HARPER ROAD<br>DOUGLAS GA 31533 | CREDITOR ID: 551962-BI<br>GRACE TRANSPORT INC<br>2400 HWY 268 W<br>BROXTON GA 31519 | CREDITOR ID: 388083-54<br>GRACE, ALICE<br>2321 LAUDERDALE COURT<br>ORLANDO, FL 32805 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:   05-03817-3F1**

CREDITOR ID: 535970-BA
GRACE, CAHAIYA
5555 MINOSA CIRCLE
JACKSONVILLE FL 32209

CREDITOR ID: 389060-54
GRACE, ELONE
144 JEFFERSON DR
COLUMBUS, GA 31907

CREDITOR ID: 408332-15
GRACE, JAMES B
144 JEFFERSON DRIVE
COLUMBUS GA 31907

CREDITOR ID: 393624-55
GRACE, MARY LATIMORE
C/O WOLFSON & GROSSMAN, PA
ATTN RICHARD WOLFSON, ESQ
11900 BISCAYNE BLVD, SUITE 760
MIAMI FL 33181

CREDITOR ID: 135893-09
GRACE, TOMMY C
13045 NE 156TH STREET
FORT MCCOY FL 32134

CREDITOR ID: 534904-B1
GRACE, TOMMY C
15389 NE 236TH STREET
FORT MC COY FL 32134

CREDITOR ID: 551964-BI
GRADY COUNTY LIVESTOCK SHOW COMMITTEE
CAIRIO HIGH FFA CHAPTER
CAIRO HIGH SCHOOL
CAIRO GA 31728

CREDITOR ID: 417015-99
GRADY, JAMES
C/O GRAY ROBINSON PA
ATTN: JASON B BURNETT
50 NORTH LAURA ST, STE 1675
JACKSONVILLE FL 32202

CREDITOR ID: 390715-55
GRADY, JAMES
C/O TANNEY ENO ET AL
ATTN TONY GRIFFITH, ESQ
29605 US 19 NORTH, SUITE 210
CLEARWAER FL 33761

CREDITOR ID: 555677-BC
GRADY, WILLIE
1301 GLENN CIRCLE
OPELIKA AL 36801

CREDITOR ID: 551965-BI
GRAHAM & ASSOCIATES
3000 RIVERCHASE GALLERIA
SUITE 310
BIRMINGHAM AL 35244

CREDITOR ID: 535973-BA
GRAHAM (MINOR), ANGEL
1013 KESELL PLACE
OVIEDO FL 32765

CREDITOR ID: 537850-BA
GRAHAM (MINOR), JASIA
C/O RANDALL RUTLEDGE
FARAH & FARAH, P.A.
10 WEST ADAMS ST.
3RD FLOOR
JACKSONVILLE FL 32202

CREDITOR ID: 535974-BA
GRAHAM (MINOR), JASIA
8201 KONA AVE
JACKSONVILLE FL 32211

CREDITOR ID: 2266-07
GRAHAM AND COMPANY
2200 WOODCREST PLACE, SUITE 210
BIRMINGHAM, AL 35209

CREDITOR ID: 551966-BI
GRAHAM AND COMPANY
2200 WOODCREST PL STE 210
BIRMINGHAM AL 35209

CREDITOR ID: 551967-BI
GRAHAM FARM MELON SALES INC
8 LAKE STEARNS DRIVE
LAKE PLACID FL 33852

CREDITOR ID: 551968-BI
GRAHAM PACKAGING COMPANY
PO BOX 64510
BALTIMORE MD 21264-4510

CREDITOR ID: 410962-15
GRAHAM PACKAGING COMPANY, LP
C/O VENABLE LLP
ATTN BRENT W PROCIDA, ESQ
TWO HOPKINS PLAZA, SUITE 1800
BALTIMORE MD 21201

CREDITOR ID: 410490-15
GRAHAM, AISHA
C/O GRAHAM WOODS PL
ATTN TOM WOODS, ESQ.
171 HOOD AVENUE, SUITE 21
TAVENIER FL 33070

CREDITOR ID: 555679-BC
GRAHAM, AVENYA
16714 SARAH'S PLACE APT 204
CLERMONT FL 34714

CREDITOR ID: 406688-MS
GRAHAM, BRUCE K
80 ARLINGTON DRIVE
SHELBYVILLE KY 40065-9022

CREDITOR ID: 555680-BC
GRAHAM, CLARA
1769 GORE ST
SARASOTA FL 34234

CREDITOR ID: 537849-BA
GRAHAM, CYNTHIA ANN
C/O ANGELA A. ZERVOS, ESQ.
YANCHUCK, BERMAN WADLEY & ZERVOS, P.A.
415 SOUTH PINELLAS AVENUE
TARPON SPRINGS FL 34689

CREDITOR ID: 535971-BA
GRAHAM, CYNTHIA ANN
10131 SHADY DRIVE SOUTH
HUDSON FL 34667

CREDITOR ID: 397979-76
GRAHAM, DAVID L
191 BORDER ROAD WEST
ROCK HILL SC 29730

CREDITOR ID: 397979-76
GRAHAM, DAVID L
C/O LAW OFFICE OF EFIA NWANGAZA
ATTN EFIA NWANGAZA, ESQ.
202 LAVINIA AVENUE, FSD 10193
GREENVILLE SC 29003

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing claims Arising before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

CREDITOR ID: 535972-BA
GRAHAM, FRANK
611 ASHLEY ST. E.
JACKSONVILLE FL 32202

CREDITOR ID: 411237-15
GRAHAM, KATHERINE D
12321 ANTONIO CIRCLE
ORLANDO FL 32826

CREDITOR ID: 387320-54
GRAHAM, KATHERINE D
12321 ANTONIO CIRCLE
ORLANDO FL 32826-3289

CREDITOR ID: 385825-54
GRAHAM, LISA
1985 ALAMANDA DRIVE
NORTH MIAMI BEACH, FL 33181

CREDITOR ID: 385825-54
GRAHAM, LISA
C/O SNYDER & GONZALEZ, PA
ATTN JULIO MUNOZ, ESQ
1558 NE 162ND STREET, SUITE A
NORTH MIAMI BEACH FL 33162

CREDITOR ID: 406023-15
GRAHAM, NANCY & ALLEN, BRUCE
C/O BRUCE ALLEN, ESQ
1000 WILDWOOD DRIVE
FAYETEVILLE NC 28304

CREDITOR ID: 555678-BC
GRAHAM, PAIGE
401 OAK LANE.
LULING LA 70070

CREDITOR ID: 391895-55
GRAHAM, PERLENE M
C/O RONALD W JABARA, ESQ
CONCORD BLDG, 11TH FLOOR
66 WEST FLAGLER STREET
MIAMI FL 33130

CREDITOR ID: 397149-67
GRAHAM/LITTLE PROPERTIES
22000 WOODCREST PLACE, SUITE 210
BIRMINGHAM, AL 35209

CREDITOR ID: 551972-BI
GRAINGER
DEPT C-PAY- 0W0
PALATINE IL 60038-0002

CREDITOR ID: 551971-BI
GRAINGER
DEPT 865940787
PO BOX 419267
KANSAS CITY MO 64141-6267

CREDITOR ID: 551970-BI
GRAINGER
DEPT 804641728
PO BOX 419267
KANSAS CITY MO 64141-6267

CREDITOR ID: 551969-BI
GRAINGER
DEPT 384 #831655543
PALATINE IL 60038-0001

CREDITOR ID: 382346-51
GRAINGER INDUSTRIAL SUPPLY
1820 TAMPA EAST BLVD.
TAMPA, FL 33619

CREDITOR ID: 250774-12
GRAINGER INDUSTRIAL SUPPLY
384-862729431
PALATINE, IL 60038-0001

CREDITOR ID: 551973-BI
GRAMERCY ELEMENTARY
601 E SECOND STREET
GRAMERCY LA 70052

CREDITOR ID: 551974-BI
GRAMERCY UTILITY SYSTEM
PO BOX 340
GRAMERCY LA 70052-0340

CREDITOR ID: 393053-55
GRANADO, CHRISTIAN (MINOR)
C/O TACHER AND PROFETA, PA
ATTN MARIO TACHER, ESQ
479 NW 27TH AVE
MIAMI FL 33125

CREDITOR ID: 555681-BC
GRANADO, EMILA
621 N 65 WAY
HOLLYWOOD FL 33024

CREDITOR ID: 392328-55
GRANADO, ROMINA P
C/O KLEMICK & GAMPEL, PA
ATTN  HERMAN KLEMICK, ESQ
1953 SW 27TH AVENUE
MIAMI FL 33145

CREDITOR ID: 550112-BI
GRAND MARAIS ELEMENTARY
3319 COLLEGE RD
JEANERETTE LA 70544

CREDITOR ID: 550113-BI
GRAND PRAIRIE ELEMENTARY
669 HWY 363
WASHINGTON LA 70589

CREDITOR ID: 550115-BI
GRAND SLAM FOODS
830 RONALD REAGAN BLVD
LONGWOOD FL 35750

CREDITOR ID: 550114-BI
GRAND SLAM FOODS
830 RONALD REAGAN BLVD
LONGWOOD FL 32750

CREDITOR ID: 550116-BI
GRAND SOUTH BANK
PO BOX 16809
GREENVILLE SC 29606

CREDITOR ID: 555682-BC
GRANDISON, MAXINE
1155 SW 123 RD TERRACE
PEMBROKE PINES FL 33025

CREDITOR ID: 550117-BI
GRANDMA NORMANS HONEY
121 HONEYCOMB LANE
RAMER AL 36069

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                               **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 550118-BI<br>GRANITE FALLS ELEMENTARY<br>60 NORTH HIGHLAND AVENUE<br>GRANITE FALLS NC 28630 | CREDITOR ID: 250782-12<br>GRANITE QUA SUBURBAN PROPANE<br>PO BOX 248<br>GRANITE QUARRY, NC 28072 | CREDITOR ID: 382632-51<br>GRANITE TELECOMMUNICATIONS<br>234 COPELAND STREET<br>QUINCY, MA 02169 |
| CREDITOR ID: 381023-47<br>GRANITE TELECOMMUNICATIONS<br>PO BOX 9664<br>MANCHESTER, NH 03108-9664 | CREDITOR ID: 550120-BI<br>GRANITE TELECOMMUNICATIONS<br>PO BOX 9664<br>MANCHESTER NH 03108-9664 | CREDITOR ID: 550119-BI<br>GRANITE TELECOMMUNICATIONS<br>PO BOX 1405<br>LEWISTON ME 04243-1405 |
| CREDITOR ID: 250783-12<br>GRANNYS KITCHENS LTD<br>178 INDUSTRIAL PARK DR<br>FRANKFORT, NY 13340 | CREDITOR ID: 550121-BI<br>GRANNYS KITCHENS LTD.<br>178 INDUSTRIAL PARK DR<br>FRANKFORT NY 13340 | CREDITOR ID: 555686-BC<br>GRANT (MINOR), JOSHUA<br>7411 CLINTON STREET<br>JACKSONVILLE FL 32208 |
| CREDITOR ID: 550122-BI<br>GRANT FRUIT PROCESSING<br>8484 HIGHWAY 165<br>POLLOCK LA 71467 | CREDITOR ID: 537851-BA<br>GRANT, ANN<br>C/O ALTHEA CAMPBELL<br>LAW OFFICES ALTHEA M. CAMPBELL, P.A.<br>PO BOX 772486<br>CORAL SPRINGS FL 33077 | CREDITOR ID: 535975-BA<br>GRANT, ANN<br>4371 NW 11TH STREET<br>LAUDERHILL FL 33313 |
| CREDITOR ID: 385626-54<br>GRANT, ANTHONY<br>13400 SW 265TH TERRACE<br>HOMESTEAD FL 33032 | CREDITOR ID: 537852-BA<br>GRANT, ASIA<br>C/O ROBERT RUBSTEIN, ESQUIRE<br>140 S. UNIVERSITY DRIVE<br>SUITE D<br>PLANTATION FL 33324 | CREDITOR ID: 535976-BA<br>GRANT, ASIA<br>2439 SHERMAN STREET<br>954-628-6965<br>HOLLYWOOD FL 33025 |
| CREDITOR ID: 406689-MS<br>GRANT, JAMES<br>153 COCKATIEL DRIVE<br>JACKSONVILLE FL 32225 | CREDITOR ID: 537853-BA<br>GRANT, MARY<br>C/O DAVID FUCHS<br>LAW OFFICES OF DAVID I. FUCHS, P.A.<br>8 SOUTHEAST 8TH ST<br>FORT LAUDERDALE FL 33316 | CREDITOR ID: 535977-BA<br>GRANT, MARY<br>613 NW 10 AVE. APT #2<br>FORT LAUDERDALE FL 33311 |
| CREDITOR ID: 136259-09<br>GRANT, MICHAEL A<br>2220 SUFFOLK ST<br>CHARLESTON SC 29405 | CREDITOR ID: 555685-BC<br>GRANT, MISTYE<br>112 S FEDERAL HWY<br>POMPANO BEACH FL 33062 | CREDITOR ID: 408223-15<br>GRANT, ROBIN<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN J SCOTT NOONEY, ESQ<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 408223-15<br>GRANT, ROBIN<br>7569 JOHN F KENNEDY DRIVE W<br>JACKSONVILLE FL 32219 | CREDITOR ID: 537854-BA<br>GRANT, ROSEMARY<br>C/O CHRISTOPHER M. CHESTNUT<br>THE CHESTNUTFIRM, LLC<br>703 NORTH MAIN STREET<br>SUITE B<br>GAINESVILLE FL 32601 | CREDITOR ID: 535978-BA<br>GRANT, ROSEMARY<br>PO 85<br>MYSTIC GA 31769 |
| CREDITOR ID: 555684-BC<br>GRANT, SHARON<br>3341 NW 47TH TERR #306<br>LAUDERDALE LAKES FL 33319 | CREDITOR ID: 555683-BC<br>GRANT, VALERIE<br>4711 NW 24TH CT.<br>FORT LAUDERDALE FL 33313 | CREDITOR ID: 535979-BA<br>GRANT, VERONICA<br>3700 CURRY FORD RD. #R4<br>ORLANDO FL 32806 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 538099-BA
GRANT, VERONICA
C/O SUNNER & SUNNER
RICHARD SUNNER
150 WEST WARREN AVENUE
LONGWOOD FL 32750

CREDITOR ID: 384148-47
GRANTHAM DISTRIBUTING CO
ATTN GARY E TOMBROOK, CONTR
2685 HANSROB RD
ORLANDO, FL 32804-3317

CREDITOR ID: 404769-95
GRAPEVINE TRADING COMPANY
C/O MCCARTER & ENGLISH LLP
ATTN WILLIAM D WALLACH, ESQ
100 MULBERRY STREET
NEWARK NJ 07102

CREDITOR ID: 404769-95
GRAPEVINE TRADING COMPANY
C/O VICTORY WHOLESHARE GROCERS
ATTN ALVIN C EDER, CREDIT MGR
400 VICTORY DRIVE
SPRINGBORO OH 45066

CREDITOR ID: 250790-12
GRAPHIC ENTERPRISES INC
DEPT 33141
PO BOX 39000
SAN FRANCISCO, CA 94139-3141

CREDITOR ID: 550123-BI
GRAPHIC TECHNOLOGY INC
301 GARDNER DRIVE
NEW CENTURY KS 66031

CREDITOR ID: 250791-12
GRAPHIC TECHNOLOGY INC
C/O VESTCOM INTERNATIONAL , INC
ATTN MARK CHERRY, VP FIN
301 GARDNER DRIVE
NEW CENTURY, KS 66031

CREDITOR ID: 550125-BI
GRAPHICAL CONTROLS INC
3433 LITHIA PINECREST ROAD
SUITE 311
VALRICO FL 33594

CREDITOR ID: 550124-BI
GRAPHICAL CONTROLS INC
3433 LITHIA
SUITE 311
VALRICO FL 33594

CREDITOR ID: 250793-12
GRAPHICS PRODUCTS, INC
PO BOX 4030
BEAVERTON, OR 97076-4030

CREDITOR ID: 550127-BI
GRASSLAND DAIRY PRODUCTS INC
BOX 68-9921
MILWAUKEE WI 53268-9921

CREDITOR ID: 550126-BI
GRASSLAND DAIRY PRODUCTS INC
BOX 68-9921
MILWAUKEE WI 53268-9921

CREDITOR ID: 250794-12
GRASSLAND DAIRY PRODUCTS INC
BOX 68-9921
MILWAUKEE, WI 53268-9921

CREDITOR ID: 555687-BC
GRAVES, KIMBERLY
6010 AIRPARK TERRACE
BIRMINGHAM AL 35215

CREDITOR ID: 535980-BA
GRAVITZ, CONNIE
2492 INDIA PALM DR.
EDGEWATER FL 32141

CREDITOR ID: 1566-RJ
GRAVLEE, MACON W JR
PO BOX 310
FAYETTE, AL 35555

CREDITOR ID: 550128-BI
GRAVOIS PUMPS INC
6273 POWERS AVENUE
JACKSONVILLE FL 32217

CREDITOR ID: 550129-BI
GRAVYMASTER CO INC.
16 BUSINESS PARK DR
BRANFORD CT 06405-2924

CREDITOR ID: 1388-07
GRAY - WHITE LLC
C/O THE LAFAYETTE LIFE INS. CO.
ATTN: MORTGAGE LOAN #8091
PO BOX 7007
LAFAYETTE, IN 47903

CREDITOR ID: 550130-BI
GRAY & COMPANY
4234 PAYSPHERE CIRCLE
CHICAGO IL 60674

CREDITOR ID: 250797-12
GRAY & COMPANY
ATTN JEFFREY H GRIMM, CFO
4234 PAYSPHERE CIRCLE
CHICAGO, IL 60674

CREDITOR ID: 399422-99
GRAY ROBINSON PA
ATTN: DONALD NOHRR
PO BOX 1870
MELBOURNE FL 32902

CREDITOR ID: 406690-MS
GRAY, DANNIE R
10226 SARAH FRANCES LANE
JACKSONVILLE FL 32220

CREDITOR ID: 381546-47
GRAY, DONALD W
114 MARKED TREE RD
NEEDHAM MA 02492-1634

CREDITOR ID: 555691-BC
GRAY, JAMES
92103 ULELE PLACE
KAPOLEI HI 96707

CREDITOR ID: 406691-MS
GRAY, JOHN D
3662 STONE CREEK PARKWAY
FT WORTH TX 76137

CREDITOR ID: 555690-BC
GRAY, JUDY
5101 W. PINE RIDGE BLVD
BEVERLY HILLS FL 34465

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 381628-47
GRAY, LATEEFAH A
15945 WEST BUNCH PARK DR
OPA-LOCKA, FL 33054

CREDITOR ID: 555694-BC
GRAY, LILLIAN
5820 BRITTANY AVENUE
BILOXI MS 39532

CREDITOR ID: 1621-07
GRAY, MRS MILDRED V
9118 TINGLE CUTOFF RD
DORA AL 35062-1735

CREDITOR ID: 555693-BC
GRAY, PIA
183 COMMADOR DR
JUPITER FL 33477

CREDITOR ID: 390952-55
GRAY, PRISCILLA
C/O MICHAEL A BETTS, ESQ
171 DEL ORLEANS AVE, STE B
DENHAM SPRINGS LA 70726

CREDITOR ID: 555689-BC
GRAY, ROBERT
1801 NORTH FEDERAL HIGHWAY
APT #1
LAKE WORTH FL 33460

CREDITOR ID: 555692-BC
GRAY, RUBY
P O BOX 1691
MIDDLEBURG FL 32050

CREDITOR ID: 538100-BA
GRAY, SHARON
C/O REGINALD ESTELL JR. ESQ.
LAW OFFICES OF REGINALD ESTELL JR. PA
505 N. LIBERTY ST
JACKSONVILLE FL 32202

CREDITOR ID: 535981-BA
GRAY, SHARON
1710 WEST 2ND ST
JACKSONVILLE FL 32209

CREDITOR ID: 535982-BA
GRAY, SHERRY
2980 NW 69TH COURT
FORT LAUDERDALE FL 33309

CREDITOR ID: 538101-BA
GRAY, SHERRY
C/O CHRISTOPHER J. O'TOOLE, ESQ.
ALAMO & O'TOOLE
100 NE 3RD AVE, STE 490
FT. LAUDERDALE FL 33301

CREDITOR ID: 136582-09
GRAY, STEVE F
29 PICKETT STREET
MONTGOMERY AL 36110

CREDITOR ID: 388575-54
GRAY, TINA V
LAW OFFICE OF PHYLLIS L ROBINSON
ATTN PHYLLIS L ROBINSON, ESQ
PO BOX 130
MANCHESTER KY 40962

CREDITOR ID: 388575-54
GRAY, TINA V
5768 HIGHWAY 451
HAZARD KY 41701

CREDITOR ID: 250805-12
GRAYBAR ELECTRIC COMPANY
PO BOX 840458
DALLAS, TX 75284

CREDITOR ID: 250804-12
GRAYBAR ELECTRIC COMPANY
PO BOX 403062
ATLANTA GA 30384-3062

CREDITOR ID: 550131-BI
GRAYBAR ELECTRIC COMPANY
PO BOX 403062
ATLANTA GA 30384-3062

CREDITOR ID: 406137-15
GRAYBAR ELECTRIC COMPANY
ATTN HECTOR BERROTERAN
1563 JESSIE STREET
JACKSONVILLE FL 32206

CREDITOR ID: 250806-12
GRAYBAR ELECTRIC COMPANY INC
ATTN FELIX KIRKLAND, FIN MGR
PO BOX 403052
ATLANTA, GA 30384

CREDITOR ID: 550132-BI
GRAYBAR ELECTRIC COMPANY INC
PO BOX 403052
ATLANTA GA 30384

CREDITOR ID: 538102-BA
GRAYER, AUDREY
C/O NILES B. HAYMER, ESQ
LAW OFFICES OF OSSIE BROWN
123 ST. FERDINAND STREET
BATON ROUGE LA 70802

CREDITOR ID: 535983-BA
GRAYER, AUDREY
12326 TAMS DR
BATON ROUGE LA 70815

CREDITOR ID: 550133-BI
GRAYS PAINTING INC
701 NE 11TH AVENUE
POMPANO BEACH FL 33060

CREDITOR ID: 395546-15
GRAYSON, ILENE DBA
APARTMENT ARRANGEMENTS
2507-A STOCKBRIDGE DRIVE
CHARLOTTE NC 28210

CREDITOR ID: 550134-BI
GRAYSVILLE WATER & GAS
PO BOX 130
GRAYSVILLE AL 35073

CREDITOR ID: 555695-BC
GRAZIANI (MINOR), ASHTON
4027 WOOD TRAIL DRIVE
VALDOSTA GA 31601

CREDITOR ID: 555696-BC
GRAZYS, ALBINAS
2191 ACORN PLACE
SUNNY HILLS FL 32444

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 403189-99<br>GRE CORALWOOD LP<br>C/O BERGER SINGERMAN PA<br>ATTN: ARTHUR J SPECTOR, ESQ<br>350 EAST LAS OLAS BLVD, STE 1000<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 1389-07<br>GRE CORALWOOD LP<br>C/O STILES PROPERTY MANAGEMENT<br>300 SE 2ND STREET<br>FORT LAUDERDALE, FL 33301 | CREDITOR ID: 550135-BI<br>GRE CORALWOOD LP<br>C/O STILES PROPERTY MANAGEMENT<br>300 SE 2ND STREET<br>FT LAUDERDALE FL 33301 |
| CREDITOR ID: 550136-BI<br>GRE PROPERTIES L L C<br>ATTN: NORMA JEANE G RAYBURN<br>3 CONFEDERATE POINT<br>SPANISH FORT AL 36527 | CREDITOR ID: 1390-07<br>GRE PROPERTIES LLC<br>ATTN NORMA JEANE G RAYBURN<br>3 CONFEDERATE POINT<br>SPANISH FORT, AL 36527 | CREDITOR ID: 410943-15<br>GRE PROPERTIES, LLC<br>C/O HELD & ISRAEL<br>ATTN E HELD, JR & A FRISCH, ESQS<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 550137-BI<br>GREASED LIGHTNING<br>WACHOVIA BANK<br>PO BOX 101290<br>ATLANTA GA 30392-1290 | CREDITOR ID: 550138-BI<br>GREAT AMERICAN APPRAISAL AND VALUATION<br>SERVICES, LLC<br>6330 VARIEL AVENUE<br>WOODLAND HILLS CA 91367 | CREDITOR ID: 411345-GX<br>GREAT AMERICAN ASSURANCE<br>8510 MCALPINE PARK DRIVE, SUITE 114<br>CHARLOTTE NC 28211 |
| CREDITOR ID: 533681-CN<br>GREAT AMERICAN ASSURANCE<br>ATTN LEGAL DEPARTMENT<br>580 WALNUT STREET<br>CINCINNATI OH 45202 | CREDITOR ID: 550139-BI<br>GREAT AMERICAN BOUQUET LLC<br>7300 CORPORATE CENTER  DRIVE<br>SUITE 7<br>MIAMI FL 33126 | CREDITOR ID: 550140-BI<br>GREAT AMERICAN CASH<br>2219 B HWY 39 NORTH<br>MERIDIAN MS 39301 |
| CREDITOR ID: 550141-BI<br>GREAT AMERICAN GROUP<br>6330 VARIEL AVENUE<br>SUITE 100<br>WOODLAND HILLS CA 91367 | CREDITOR ID: 533682-CN<br>GREAT AMERICAN INSURANCE CO<br>ATTN ROBERT H ROWAN, DIVISIONAL AVP<br>PO BOX 2119<br>CINCINNATI OH 45201 | CREDITOR ID: 397641-72<br>GREAT AMERICAN LEASING CORPORATION<br>625 FIRST STREET SE<br>PO BOX 609<br>CEDAR RAPIDS, IA 52406-0609 |
| CREDITOR ID: 550143-BI<br>GREAT AMERICAN SEAFOOD IMPORTS CO<br>PO BOX 86021<br>LOS ANGELES CA 90086 | CREDITOR ID: 550142-BI<br>GREAT AMERICAN SEAFOOD IMPORTS CO<br>2900 AYERS AVENUE<br>LOS ANGELES CA 90023 | CREDITOR ID: 384149-47<br>GREAT BAY DISTRIBUTORS NON ALCOHOLIC<br>2310 STARLEY ROAD<br>TAMPA, FL 33771 |
| CREDITOR ID: 250815-12<br>GREAT DANE TRAILERS<br>ATTN THOMAS W HORAN, SVP FINANCE<br>DRAWER CS198006<br>ATLANTA, GA 30384 | CREDITOR ID: 550144-BI<br>GREAT DANE TRAILERS INC<br>DRAWER CS198006<br>ATLANTA GA 30384 | CREDITOR ID: 550145-BI<br>GREAT FALLS PASS LLC<br>C/O LAMAR COMPANIES<br>365 SOUTH STREET<br>MORRISTOWN NJ 07960 |
| CREDITOR ID: 315711-99<br>GREAT FISH COMPANY LLC, THE<br>C/O SIMPSON LAW OFFICES, LLP<br>ATTN JAMES W MARTIN, ESQ<br>ONE SECURITIES CENTER, STE 300<br>3490 PIEDMONT ROAD, NE<br>ATLANTA GA 30305 | CREDITOR ID: 411417-15<br>GREAT FISH COMPANY, LLC, THE<br>C/O SIMPSON LAW OFFICES, LLP<br>ATTN JAMES W MARTIN, ESQ<br>PO BOX 550105<br>ATLANTA GA 30355-2505 | CREDITOR ID: 550146-BI<br>GREAT LAKES KRAUT CO L L C<br>DEPT 7001<br>CAROL STREAM IL 60122-7001 |
| CREDITOR ID: 250818-12<br>GREAT LAKES KRAUT CO LLC<br>DEPT 7001<br>CAROL STREAM, IL 60122-7001 | CREDITOR ID: 384150-47<br>GREAT LAKES KRAUT CO LLC<br>DEPARTMENT 7001<br>CAROL STREAM, IL 60122-7001 | CREDITOR ID: 550147-BI<br>GREAT LAKES KRAUT CO LLC<br>DEPARTMENT 7001<br>CAROL STREAM IL 60122-7001 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 1391-07
GREAT OAK LLC
C/O GMH CAPITAL PARTNERS ASSET
3733 UNIVERSITY BLVD W
JACKSONVILLE, FL 32217

CREDITOR ID: 550148-BI
GREAT OAK LLC
C/O GMH CAPITAL PARTNERS ASSET SERV
3733 UNIVERSITY BLVD W
SUITE 202
JACKSONVILLE FL 32217

CREDITOR ID: 410976-15
GREAT OAK, LLC
BY GE CAPITAL REALTY GROUP INC, AGT
C/O MORITT HOCK HAMROFF ET AL
ATTN LESLIE A BERKOFF, ESQ
400 GARDEN CITY PLAZA
GARDEN CITY NY 11530

CREDITOR ID: 397796-75
GREAT OUTDOORS
ATTN: PETE SKIPPER, OWNER
3672 NABERS DRIVE
WAYCROSS, GA 31503

CREDITOR ID: 550150-BI
GREAT OUTDOORS
3672 NABERS DRIVE
WAYCROSS GA 31503

CREDITOR ID: 550149-BI
GREAT OUTDOORS
3603 AUGUSTA SPRINGS DRIVE
WAYCROSS GA 31503

CREDITOR ID: 403504-15
GREATAMERICA LEASING CORPORATION
ATTN SHARON KEYS
PO BOX 609
CEDAR RAPIDS IA 52406-0609

CREDITOR ID: 550151-BI
GREATAMERICAN LEASING CORP
8742 INNOVATION WAY
CHICAGO IL 60682-0087

CREDITOR ID: 550152-BI
GREATER BATON ROUGE FOOD BANK
PO BOX 2996
BATON ROUGE LA 70821-2996

CREDITOR ID: 250828-12
GREATER BAY CAPITAL
ACCOUNTS RECEIVABLE
PO BOX 7777
SAN FRANCISCO, CA 94120-7777

CREDITOR ID: 550153-BI
GREATER BAY CAPITAL
ACCOUNTS RECEIVABLE
PO BOX 7777
SAN FRANCISCO CA 94120-7777

CREDITOR ID: 550154-BI
GREATER CINCINNATI WATER WORKS
PO BOX 741845
CINCINNATI OH 45274

CREDITOR ID: 550155-BI
GREATER GRACE APOSTOLIC CHURCH
P O BOX 4409
BILOXI MS 39530

CREDITOR ID: 550156-BI
GREATER KING SOLOMON FGBC
6739 CARVER DR
MARRERO LA 70072

CREDITOR ID: 550157-BI
GREATER MOUNT CALVARY BAPTIST CHURCH
1725 FAMILY CT
MARRERO LA 70072

CREDITOR ID: 550158-BI
GREATER PHILADELPIA BAPTIST CHURCH
24567 COOK ROAD
PO BOX 130
ZACHARY LA 70791

CREDITOR ID: 250843-12
GREATER PINE ISLAND WATER ASSN
5281 PINE ISLAND RD
BOKELLIA, FL 33922

CREDITOR ID: 550159-BI
GREATER PINE ISLAND WATER ASSO
5281 PINE ISLAND RD
BOKELLIA FL 33922

CREDITOR ID: 550160-BI
GREATER PLEASANT GREEN BAPTIST
P O BOX 1103
ABBEVILLE LA 70511

CREDITOR ID: 452476-99
GREATER PROPERTIES INC
C/O BUSH ROSS PA
ATTN: JEFFREY W WARREN, ESQ
PO BOX 3913
TAMPA FL 33601-3913

CREDITOR ID: 550161-BI
GREATER ST STEPHEN FULL GOSPEL
9661 LAKE FOREST BLVD
NEW ORLEANS LA 70127

CREDITOR ID: 535984-BA
GRECO, ANTHONY
5126 N EL PASO TERR
BEVERLY HILLS FL 34465

CREDITOR ID: 550162-BI
GREEK BOYS
744 ANCLOTE ROAD
TARPON SPRINGS FL 34689

CREDITOR ID: 555697-BC
GREEK, STACY
7314 CEDAR POINT RD
JACKSONVILLE FL 32226

CREDITOR ID: 550163-BI
GREEN ENTERPRISES
501 VALLY FORGE ROAD
HILLSBOROUGH NC 27278

CREDITOR ID: 550164-BI
GREEN HILL PRODUCTIONS
PO BOX 651176
CHARLOTTE NC 28265-1176

CREDITOR ID: 262823-12
GREEN MACHINE INC, THE
ATTN C W ABELL, PRES
PO BOX 783036
WINTER GARDEN, FL 34778-3036

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 550165-BI<br>GREEN MOUNTAIN COFFEE ROASTERS INC<br>PO BOX 30988<br>HARTFORD CT 06150-0988 | CREDITOR ID: 410934-15<br>GREEN MOUNTAIN COFFEE ROASTERS, INC<br>C/O MERRITT & MERRITT & MOULTON<br>ATTN H KENNETH MERRITT JR, ESQ<br>PO BOX 5839<br>BURLINGTON VT 05402 | CREDITOR ID: 250854-12<br>GREEN MOUNTAIN WOOD PRODUCTS INC<br>PO BOX 99<br>RANDOLPH, VT 05060 |
| CREDITOR ID: 550166-BI<br>GREEN MOUNTIAN WOOD PRODUCTS INC<br>PO BOX 99<br>RANDOLPH VT 05060 | CREDITOR ID: 550167-BI<br>GREEN PARK ELEMENTARY<br>1409 N UPLAND ST<br>METAIRIE LA 70003 | CREDITOR ID: 240466-06<br>GREEN RIVER DISTRICT<br>PO BOX 309<br>OWENSBORO KY 42302 |
| CREDITOR ID: 550168-BI<br>GREEN T LINDON ELEMENTARY<br>603 AVENUE B<br>YOUNGSVILLE LA 70592 | CREDITOR ID: 550169-BI<br>GREEN TECHNICAL SERVICES INC<br>106 CROSBY ROAD<br>DOVER NH 03820-4334 | CREDITOR ID: 535985-BA<br>GREEN, ADRIANN<br>6715 FIVE ACRED RD<br>PLANT CITY FL 33565 |
| CREDITOR ID: 535986-BA<br>GREEN, BARBARA<br>9406 GISBORNE<br>JACKSONVILLE FL 32208 | CREDITOR ID: 391252-55<br>GREEN, BETTY<br>C/O BOONE & DAVIS<br>ATTN JASON A DEITCH, ESQ<br>2311 N ANDREWS AVENUE<br>FORT LAUDERDALE FL 33311 | CREDITOR ID: 390794-55<br>GREEN, BRENDA<br>C/O MITCHELL BREWER RICHARDSON<br>ATTN CHARLES M BRITTAIN, ESQ<br>PO BOX 2917<br>FAYETTEVILLE NC 28302 |
| CREDITOR ID: 406692-MS<br>GREEN, CAROL R<br>138 MILBROOK CIR<br>TAYLORS SC 29687 | CREDITOR ID: 136764-09<br>GREEN, DAWN B<br>9 NW 45 AVENUE<br>PLANTATION FL 33317 | CREDITOR ID: 30628-05<br>GREEN, DEIDRE J<br>4600 S ROBERTSON STREET<br>NEW ORLEANS LA 70115 |
| CREDITOR ID: 534642-B1<br>GREEN, DEIDRE J<br>2800 S DAIRY ASHFORD STREET, #1716<br>HOUSTON TX 77082 | CREDITOR ID: 394743-57<br>GREEN, DIAMOND (MINOR)<br>C/O JOSEPH M MAUS, PA<br>ATTN JOSEPH M MAUS, ESQ<br>750 E SAMPLE ROAD, SUITE 2-102<br>POMPANO BEACH FL 33064 | CREDITOR ID: 555699-BC<br>GREEN, DORETHA<br>1885 20TH STREET<br>SARASOTA FL 34234 |
| CREDITOR ID: 555698-BC<br>GREEN, FATIMA<br>11031 SHARON DRIVE<br>NORTH FORT MYERS FL 33917 | CREDITOR ID: 391178-55<br>GREEN, JOSEPHINE<br>C/O VALTEAU HARRIS KOENIG & MAYER<br>ATTN STEVEN M KOENIG, ESQ<br>210 BARONNE STREET, SUITE 1410<br>NEW ORLEANS LA 70112 | CREDITOR ID: 393323-55<br>GREEN, JOYCE L<br>C/O BRENT C MILLER PA LAW OFFICE<br>ATTN BRENT C MILLER, ESQ<br>205 E BURLEIGH BLVD<br>TAVARES FL 32778 |
| CREDITOR ID: 390497-55<br>GREEN, LARRY<br>C/O J DOYLE FULLER, PC<br>ATTN J DOYLE FULLER, ESQ<br>2851 ZELDA ROAD<br>MONTGOMERY AL 36106 | CREDITOR ID: 555703-BC<br>GREEN, OLIVE<br>2851 SOMERSET DRIVE E109<br>FORT LAUDERDALE FL 33311 | CREDITOR ID: 411233-15<br>GREEN, PATRICE<br>80 HICKORY DR<br>STOCKBRIDGE GA 30281-2717 |
| CREDITOR ID: 411233-15<br>GREEN, PATRICE<br>C/O GUY RODNEY WILLIS & ASSOCIATES<br>ATTN GUY R WILLIS, ESQ<br>PO DRAWER 1227<br>MILLBROOK AL 36054 | CREDITOR ID: 393631-55<br>GREEN, PAULA<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN J SCOTT NOONEY, ESQ<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 136953-09<br>GREEN, PETER E<br>PO BOX 115<br>PENNY FARM FL 32079 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 390956-55
GREEN, PHYLISS
C/O NEUFELD KLEINBERG & PINKIERT
ATTN DAVID KLEINBERG, ESQ
2641 NE 207TH STREET
AVENTURA FL 33180

CREDITOR ID: 555701-BC
GREEN, PRISCILLA
2300 LAKESIDE DR
LEESBURG FL 34748

CREDITOR ID: 555700-BC
GREEN, ROBERTA
890 MOTSIE RD
BILOXI MS 39532

CREDITOR ID: 30727-05
GREEN, ROSE M
1609 MANSFIELD
MARRERO LA 70072

CREDITOR ID: 535987-BA
GREEN, RUTHIE
251 W. BLUE HERON
APT 1
RIVIERA BEACH FL 33404

CREDITOR ID: 538103-BA
GREEN, RUTHIE
C/O T.J. CUNNINGHAM ESQ
T.J. CUNNINGHAM JR. P.A.
1860 OKEECHOBEE RD. STE 203
WEST PALM BEACH FL 33409

CREDITOR ID: 391148-55
GREEN, SHIRLEY
C/O FOY & ASSOCIATES, PC
ATTN JOHN M FOY, ESQ
3343 PEACHTREE ROAD, SUITE 350
ATLANTA GA 30326

CREDITOR ID: 555702-BC
GREEN, SOPHIA
294 SW 10TH AVE
SOUTH BAY FL 33493

CREDITOR ID: 386182-54
GREEN, TOMEKIA
C/O JORGENSEN, ROMANELLO, ET AL
ATTN DANIEL J. ROMANELLO, ESQ
4455 CENTRAL AVENUE
ST PETERSBURG FL 33713

CREDITOR ID: 386182-54
GREEN, TOMEKIA
3754 18TH TERRACE SOUTH
SAINT PETERSBURG, FL 33711

CREDITOR ID: 416971-15
GREEN, WILLIE JEAN
416 SHARON ROAD
CANTON MS 39046

CREDITOR ID: 416971-15
GREEN, WILLIE JEAN
C/O CHARLES W WITT LAW OFFICES
ATTN CHARLES W WITT, ESQ
PO BOX 12343
JACKSON MS 39236-2343

CREDITOR ID: 393568-99
GREENALL, LYDIA
C/O FRIEDLINE & MCCONNELL, PA
ATTN JERRETT M MCCONNELL, ESQ
1756 UNIVERSITY BLVD SOUTH
JACKSONVILLE FL 32216

CREDITOR ID: 393568-99
GREENALL, LYDIA
C/O GEORGE DOUGLAS JR LAW OFFICES
ATTN GEORGE C DOUGLAS, JR, ESQ
700 CENTURY PARK SOUTH, SUITE 223
BIRMINGHAM AL 35226

CREDITOR ID: 406693-MS
GREENAWALT, PAUL D
668 POST OAK CIRCLE, UNIT 104
ALTAMONTE SPRINGS FL 32701

CREDITOR ID: 405921-99
GREENBAUM ROWE SMITH ET AL
ATTN: THOMAS DENITZIO
METRO CORPORATE CAMPUS ONE
PO BOX 5600
WOODRIDGE NJ 07095-0988

CREDITOR ID: 550170-BI
GREENBRIAR ELEMENTARY SCHOOL
12203 CANTERBURY DRIVE
BATON ROUGE LA 70814

CREDITOR ID: 550171-BI
GREENBRIER ENTERPRISES INC
PO BOX 640597
BEVERLY HILLS FL 34464

CREDITOR ID: 550172-BI
GREENBURG MUNICIPAL WATER
P O BOX 568
GREENSBURG IN 47240

CREDITOR ID: 550173-BI
GREENE PUBLISHING INC
PO DRAWER 772
MADISON FL 32341

CREDITOR ID: 250865-12
GREENE PUBLISHING INC
ATTN EMERALD KINSLEY
PO DRAWER 772
MADISON, FL 32341

CREDITOR ID: 555706-BC
GREENE, CRYSTAL
200 SOUTH WOODLAWN
SAINT AUGUSTINE FL 32084

CREDITOR ID: 492883-FC
GREENE, HAROLD W
7990 E BAYMEADOWS RD, APT 1907
JACKSONVILLE FL 32256

CREDITOR ID: 30798-05
GREENE, JONATHAN
1291 SUMMIT OAKS DRIVE EAST
JACKSONVILLE FL 32221-3252

CREDITOR ID: 538104-BA
GREENE, LINDA
C/O JAY KORETSKY, ESQ.
JAY KORETSKY,  PA
21489  NW 2ND AVE
MIAMI FL 33169

CREDITOR ID: 535988-BA
GREENE, LINDA
941 NW 180TH TERRACE
MIAMI FL 33169

CREDITOR ID: 399639-15
GREENE, PHYLLIS
C/O DAVID KLEINBERG ESQ
2641 NE 207TH ST
AVENTURA FL 33180

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 538105-BA
GREENE, TAKEISHA
C/O JASON A. DEITCH
BOONE & DAVIS, ATTORNEY AT LAW
2311 N. ANDREWS AVENUE
FORT LAUDERDALE FL 33311

CREDITOR ID: 535989-BA
GREENE, TAKEISHA
540 NW 4TH AVENUE
APT#4
FORT LAUDERDALE FL 33311

CREDITOR ID: 555704-BC
GREENE, TERESA
1868 PAUL MALLARD RD.
LULING LA 70070

CREDITOR ID: 403731-94
GREENE, THOMAS F
5556 GREENSHIRE AVE
BATON ROUGE LA 70817

CREDITOR ID: 555705-BC
GREENE, WLLLIAM
2495 PONTE VEDRA BLVD
PONTE VEDRA BEACH FL 32082

CREDITOR ID: 250866-12
GREENEVILLE LIGHT & POWER SYS
PO BOX 1690
GREENEVILLE, TN 37744-1690

CREDITOR ID: 2270-07
GREENGOLD CO,  LLC
ATTN LEONARD GOLD, PARTNER
3265 PERRY AVENUE
OCEANSIDE NY 11572

CREDITOR ID: 550174-BI
GREENHOUSE GOURMET FOODS
10250 HORNBY DRIVE
DELTA BC V4K 3N3
CANADA

CREDITOR ID: 393416-55
GREENHOUSE, CONSTANCE
C/O SILVESTRI & MASSICOT
ATTN MICHOLLE WALKER MORDOCK, ESQ
3914 CANAL STREET
NEW ORLEANS LA 70119

CREDITOR ID: 385472-54
GREENHOUSE, EARL
385 ANDRES STREET
MARKSVILLE, LA 71351

CREDITOR ID: 385472-54
GREENHOUSE, EARL
C/O GREENHOUSE LAW OFFICE
ATTN NORRIS J GREENHOUSE, ESQ
213 N MAIN STREET
PO BOX 444
MARKSVILLE LA 71351

CREDITOR ID: 408220-15
GREENHOW, DONALD
C/O J SCOTT NOONEY & ASSOCIATES
ATTN J SCOTT NOONEY, ESQ
3535 HENDRICKS AVENUE
JACKSONVILLE FL 32207

CREDITOR ID: 408220-15
GREENHOW, DONALD
7221 MELVIN RD
JACKSONVILLE FL 32210

CREDITOR ID: 403463-99
GREENLAND TRUST
C/O MOWREY & BIGGINS PA
ATTN: RONALD A MOWREY/JASON H EGAN
515 NORTH ADAMS STREET
TALLAHASSEE FL 32301-1111

CREDITOR ID: 550175-BI
GREENLAWN TERRACE ELEMENTARY SCHOOL PTO
1500 38TH STREET
KENNER LA 70065

CREDITOR ID: 550176-BI
GREENLEAF FARMS
2153 ROCKY HOCK ROAD
EDENTON NC 27932

CREDITOR ID: 278891-30
GREENLEAF WHOLESALE FLORIST INC
ATTN TRACY BRYANT, CR SVCS
PO BOX 537
BRIGHTON CO 80601

CREDITOR ID: 550178-BI
GREENLINE FOODS INC
PO BOX 1110
BOWLING GREEN OH 43402

CREDITOR ID: 550177-BI
GREENLINE FOODS INC
12700 S DIXIE HWY
BOWLING GREEN OH 43402

CREDITOR ID: 535990-BA
GREENMAN, MICHAEL
19800 SW 180TH AVE.
# 57
MIAMI FL 33187

CREDITOR ID: 550179-BI
GREENS KING
PO BOX 28196
ATTN KEITH WILLIAMS
JACKSONVILLE FL 32226

CREDITOR ID: 250873-12
GREENS KING
ATTN KEITH WILLIAMS
PO BOX 28196
JACKSONVILLE, FL 32226

CREDITOR ID: 550180-BI
GREENS R US
16150 CREWS ROAD
GLEN ST MARY FL 32040

CREDITOR ID: 382322-51
GREENSBORO
200 EAST MARKET
GREENSBORO, NC 27420

CREDITOR ID: 539031-15
GREENSBORO NEWS & RECORD
ATTN TOM S
200 EAST MARKET STREET
GREENSBORO NC 27401

CREDITOR ID: 250874-12
GREENS-R-US
ATTN S KAY FISH, CO-OWNER
16150 CREWS ROAD
GLEN ST MARY FL 32040

CREDITOR ID: 250877-12
GREENTOUCH ENTERPRISES INC
ATTN LARRY BROTHERTON JR, PRES
4626 GLEASON AVENUE
SARASOTA, FL 34242-1311

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 550181-BI<br>GREENVILLE ASSOCIATES<br>C/O STEPHEN C LEVERTON<br>POST OFFICE BOX 1263<br>BEAUFORT SC 29901-1263 | CREDITOR ID: 1393-07<br>GREENVILLE ASSOCIATES<br>C/O STEPHEN C LEVERTON<br>PO BOX 1263<br>BEAUFORT, SC 29901-1263 | CREDITOR ID: 315829-40<br>GREENVILLE COMPRESS CO<br>PO BOX 218<br>GREENVILLE, MS 38702-0218 |
| CREDITOR ID: 550182-BI<br>GREENVILLE COUNTY FAMILY COURT<br>P O BOX 757<br>GREENVILLE SC 296020 | CREDITOR ID: 550184-BI<br>GREENVILLE COUNTY TAX COLLECTOR<br>PO BOX 368<br>PROPERTY TAX<br>GREENVILLE SC 29602-0368 | CREDITOR ID: 550183-BI<br>GREENVILLE COUNTY TAX COLLECTOR<br>PO BOX 225<br>MOTOR VEHICLES DEPARTMENT<br>PROPERTY TAX<br>GREENVILLE SC 29602 |
| CREDITOR ID: 550185-BI<br>GREENVILLE GROCERY LLC<br>%J P METZ CO INC<br>1990 M ST NW   STE 650<br>WASHINGTON DC 20036 | CREDITOR ID: 2271-07<br>GREENVILLE GROCERY LLC<br>C/O J.P. METZ CO., INC.<br>ATTN: DANIEL M<br>6931 ARLINGTON ROAD<br>SUITE 510<br>BETHESDA MD 20815 | CREDITOR ID: 1395-07<br>GREENVILLE GROCERY LLC<br>C/O JP METZ CO, INC<br>ATTN DANIEL MELROD, GP<br>6931 ARLINGTON ROAD, SUITE 510<br>BETHESDA MD 20815 |
| CREDITOR ID: 1395-07<br>GREENVILLE GROCERY LLC<br>C/O WOMBLE CARLYLE SANDRIDGE & RICE<br>ATTN JEFFREY L TARKENTON, ESQ<br>1401 EYE STREET NW, 7TH FL<br>WASHINGTON DC 20005 | CREDITOR ID: 1395-07<br>GREENVILLE GROCERY LLC<br>C/O STUTSMAN THAMES & MARKEY, PA<br>ATTN RICHARD R THAMES<br>50 N LAURA STREET<br>SUITE 1600<br>JACKSONVILLE FL 32202 | CREDITOR ID: 550186-BI<br>GREENVILLE HEALTH CORPORATION<br>CENTER FOR HEALTH OCCUPATIONAL SERV<br>1020 GROVE ROAD<br>GREENVILLE SC 29605 |
| CREDITOR ID: 382347-51<br>GREENVILLE NEWS<br>305 SOUTH MAIN STREET<br>GREENVILLE, SC 29601 | CREDITOR ID: 550187-BI<br>GREENVILLE NEWS<br>305 S MAIN STREET<br>PO BOX 1688<br>GREENVILLE SC 29602 | CREDITOR ID: 250892-12<br>GREENVILLE NEWS<br>305 S MAIN STREET<br>PO BOX 1688<br>GREENVILLE, SC 29602 |
| CREDITOR ID: 262824-12<br>GREENVILLE NEWS, THE<br>305 SOUTH MAIN STREET<br>PO BOX 1689<br>GREENVILLE, SC 29602 | CREDITOR ID: 550188-BI<br>GREENVILLE NEWSPAPERS<br>PO BOX 2153<br>DEPT 5072<br>BIRMINGHAM AL 35287-5072 | CREDITOR ID: 405984-99<br>GREENVILLE NEWSPAPERS<br>C/O HUBBARD SMITH MCILWAIN ET AL<br>ATTN: BRAKEFIELD/MCILWAIN/SODERGREN<br>PO BOX 2427<br>TUSCALOOSA FL 35403 |
| CREDITOR ID: 403555-15<br>GREENVILLE NEWSPAPERS<br>C/O HUBBARD SMITH MCILWAIN ET AL<br>ATTN W MARCUS BRAKEFIELD, ESQ<br>PO BOX 2427<br>TUSCALOOSA AL 35403-2427 | CREDITOR ID: 403555-15<br>GREENVILLE NEWSPAPERS<br>103 HICKORY STREET<br>GREENVILLE AL 36037 | CREDITOR ID: 550189-BI<br>GREENVILLE WATER SYSTEM<br>PO BOX 687<br>GREENVILLE SC 29602-0687 |
| CREDITOR ID: 415-03<br>GREENVILLE WATER SYSTEM<br>ATTN DERRICK J BROWN, MANAGER<br>PO BOX 687<br>GREENVILLE SC 29602-0687 | CREDITOR ID: 550190-BI<br>GREENVILLE WATER WKS & SEWER<br>PO BOX 483<br>GREENVILLE AL 36037 | CREDITOR ID: 137200-09<br>GREENWADE, GWEN D<br>131 BOXWOOD DR<br>HOPKINSVILLE KY 42240 |
| CREDITOR ID: 555707-BC<br>GREEN-WATSON, KAREEM<br>3531 NW 40 STREET<br>LAUDERDALE LAKES FL 33309 | CREDITOR ID: 550191-BI<br>GREENWELL SPRINGS YOUTH RIDERS<br>P O BOX 445<br>GREENWELL SPRINGS LA 70739 | CREDITOR ID: 403732-94<br>GREENWELL, CHRISTOPHER C<br>207 OLMSTEAD DR<br>TITUSVILLE FL 32780-0572 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 550192-BI<br>GREENWOOD COMM OF PUBLIC W<br>PO BOX 549<br>GREENWOOD SC 29648-0549 | CREDITOR ID: 550193-BI<br>GREENWOOD COMMONS ASSOC<br>C/O COMMERCIAL PROPERTIES INC<br>1648-F N MARKET DRIVE<br>RALEIGH NC 27609 | CREDITOR ID: 406025-15<br>GREENWOOD COMMONS ASSOCIATES<br>C/O SMITH DEBNAM NARRON ET AL<br>ATTN BYRON L SAINTSING, ESQ<br>PO BOX 26268<br>RALEIGH NC 27611-6268 |
| CREDITOR ID: 250903-12<br>GREENWOOD COMMONS ASSOCIATES<br>C/O COMMERCIAL PROPERTIES INC<br>1648-F N MARKET DRIVE<br>RALEIGH, NC 27609 | CREDITOR ID: 1396-07<br>GREENWOOD COMMONS ASSOCIATION<br>C/O COMMERCIAL PROPERTIES INC<br>1648-F N MARKET DRIVE<br>RALEIGH, NC 27609 | CREDITOR ID: 550194-BI<br>GREENWOOD COUNTY CLERK OF COURT<br>528 MONUMENT STREET<br>ROOM 103<br>GREENWOOD COUNTY COURTHOUSE<br>GREENWOOD SC 29646 |
| CREDITOR ID: 382348-51<br>GREENWOOD INDEX JOURNAL<br>PO BOX 1018<br>GREENWOOD, SC 29648 | CREDITOR ID: 404780-95<br>GREENWOOD PACKING PLANT<br>C/O CAROLINA PRIDE FOODS INC<br>ATTN MARK LITTS, CONTROLLER<br>PO BOX 188<br>GREENWOOD SC 29648-0188 | CREDITOR ID: 250908-12<br>GREENWOOD PACKING PLANT<br>PO BOX 751645<br>CHARLOTTE NC 28275 |
| CREDITOR ID: 410368-15<br>GREENWOOD PLAZA, LTD<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN SHERRI TUCKER FREEMAN, ESQ<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203-2104 | CREDITOR ID: 550195-BI<br>GREER CITIZEN<br>PO BOX 70<br>GREER SC 29652-0070 | CREDITOR ID: 250910-12<br>GREER CITIZEN<br>ATTN WALTER M BURCH, CO-OWNER<br>PO BOX 70<br>GREER, SC 29652-0070 |
| CREDITOR ID: 550196-BI<br>GREER COMM OF PUBLIC WORKS<br>PO BOX 216<br>GREER SC 29652-0216 | CREDITOR ID: 250911-12<br>GREER COMM OF PUBLIC WORKS<br>301 MCCALL STREET<br>PO BOX 216<br>GREER, SC 29652-0216 | CREDITOR ID: 250913-12<br>GREER EQUIPMENT, INC<br>ATTN ROBERT D GREER, PRES<br>PO BOX 480<br>ABITA SPRINGS, LA 70420 |
| CREDITOR ID: 417014-99<br>GREER PLAZA INC<br>C/O BLAXBERG GRAYSON ET AL<br>ATTN: IAN J KUKOFF<br>STE 730, INGRAHAM BLDG<br>25 SOUTHEAST SECOND AVE<br>MIAMI FL 33131 | CREDITOR ID: 550197-BI<br>GREER PLAZA INC<br>1175 N E 125TH ST<br>SUITE 102<br>NORTH MIAMI FL 33161 | CREDITOR ID: 315830-40<br>GREER PLAZA, INC<br>ATTN:  STANLEY G TATE, PRESIDENT<br>1175 NE 125TH STREET, SUITE 102<br>NORTH  MIAMI, FL 33161 |
| CREDITOR ID: 315830-40<br>GREER PLAZA, INC<br>C/O BLAXBERG GRAYSON KUKOFF & SEGAL<br>ATTN IAN J KUKOFF, ESQ.<br>INGRAHAM BLDG, SUITE 730<br>25 SE 2ND AVENUE<br>MIAMI FL 33131 | CREDITOR ID: 550198-BI<br>GREG A METZER<br>1 SOUTH BROADWAY<br>SUITE 100<br>EDMOND OK 73034 | CREDITOR ID: 550199-BI<br>GREG CHAMPAGNE<br>SHERIFF & EX-OFFICIO TAX<br>COLLECTOR<br>P.O. BOX 440<br>HAHNVILLE LA 70057-0440 |
| CREDITOR ID: 550202-BI<br>GREG JOHNSON<br>128 HILLCREST DRIVE<br>BAINBRIDGE GA 39817 | CREDITOR ID: 550204-BI<br>GREG PASCHAL<br>1441 FOX RUN PARKWAY<br>OPELIKA AL 36801 | CREDITOR ID: 550205-BI<br>GREG PORCH<br>1250 N EGILIN PKWY<br>SHALIMAR FL 32579 |
| CREDITOR ID: 555708-BC<br>GREG, GLORIA<br>1765 SW 1 CT<br>HOMESTEAD FL 33030 | CREDITOR ID: 555709-BC<br>GREGOIRE, MARJORIE<br>408 CATHY AVNEUE<br>METAIRIE LA 70003 | CREDITOR ID: 550209-BI<br>GREGORY P KRIEG<br>5440 NW 55 BLVD # 103<br>COCONUT CREEK FL 33073 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 550210-BI<br>GREGORY SALISBURY POWER PRODUCTS<br>PO BOX 18007<br>MEMPHIS TN 38181-0007 | CREDITOR ID: 411288-15<br>GREGORY, BERTHA<br>C/O TOWNSEND LAW FIRM<br>ATTN: ZACK E TOWNSEND, ESQ<br>1351 AMELIA STREET NE<br>ORANGEBURG SC 29115 | CREDITOR ID: 411288-15<br>GREGORY, BERTHA<br>1741 ST MATTHEWS ROAD<br>ORANGEBURG SC 29115 |
| CREDITOR ID: 406694-MS<br>GREGORY, FRANCES M<br>10 WILDWOOD RD<br>GREENVILLE SC 29615 | CREDITOR ID: 555710-BC<br>GREGORY, GLORIA<br>6120 RIDGE LANE<br>OCEAN RIDGE FL 33435 | CREDITOR ID: 389890-54<br>GREGORY, JENNIE<br>GARFINKEL TRIAL GROUP<br>ATTN KAREN M MARCELL, ESQ<br>300 NORTH MAITLAND AVENUE<br>MAITLAND FL 32751 |
| CREDITOR ID: 389890-54<br>GREGORY, JENNIE<br>1020 WINTERBERRY LANE<br>ORLANDO, FL 32811 | CREDITOR ID: 404049-15<br>GREGORY-SALISBURY POWER PRODUCTS<br>ATTN PEGGY R STEVENS<br>PO BOX 18007<br>MEMPHIS TN 38181 | CREDITOR ID: 384373-47<br>GREMILLION, STEPHEN J<br>306 SOUTH MARSHALL<br>BUNKIE, LA 71322 |
| CREDITOR ID: 382636-51<br>GRESHAM, GRADY<br>324 PARKSIDE DRIVE<br>SIMPSONVILLE, SC 29681 | CREDITOR ID: 492884-FC<br>GRESHAM, GRADY L<br>4124 LONICERA LOOP<br>JACKSONVILLE FL 32259 | CREDITOR ID: 535991-BA<br>GRESHAM, JACK<br>14766 HWY 11 S<br>FOSTERS AL 35463 |
| CREDITOR ID: 550213-BI<br>GRETELL FINCH<br>4909 PURITAN CIRCLE<br>TAMPA FL 33617 | CREDITOR ID: 550214-BI<br>GRETNA MIDDLE SCHOOL<br>910 GRETNA BLVD<br>GRENTA LA 70053 | CREDITOR ID: 550215-BI<br>GRETNA UNITED METHODIST PRESCHOOL<br>1309 WHITNEY AVENUE<br>GRETNA LA 70056 |
| CREDITOR ID: 251298-12<br>GRETNA, LA TAX COLLECTOR<br>HARRY LEE SHERIFF<br>PO BOX 248<br>GRETNA, LA 70054-0248 | CREDITOR ID: 550216-BI<br>GREYSTONE METRO FINANCIAL LP<br>PO BOX 970817<br>DALLAS TX 75397-0817 | CREDITOR ID: 550218-BI<br>GREYSTONE POWER CORP<br>PO BOX 897<br>DOUGLASVILLE GA 30133-0897 |
| CREDITOR ID: 550217-BI<br>GREYSTONE POWER CORP<br>PO BOX 897<br>DOUGLASSVILLE GA 30133-0897 | CREDITOR ID: 420-03<br>GREYSTONE POWER CORPORATION<br>ATTN GARY MILLER, CEO<br>4040 BANKHEAD HIGHWAY<br>PO BOX 897<br>DOUGLASVILLE GA 30133 | CREDITOR ID: 429835-15<br>GRIBBLE, D W AND A L LIV TRUST<br>C/O WACHOVIA SECURITIES<br>ATTN VIMONCRIEF, REG SALES ASSOC<br>113 S TENNESSEE AVENUE<br>LAKELAND FL 33801 |
| CREDITOR ID: 535992-BA<br>GRICE, COURTNEY<br>1517 CHATNWORTH ST<br>LAKE PLACID FL 33852 | CREDITOR ID: 391009-55<br>GRIER, COREY<br>C/O HARPER, WALDON & CRAIG<br>ATTN J BLAIR CRAIG, II, ESQ<br>900 CIRCLE 75 PARKWAY, STE 1040<br>ATLANTA GA 30339 | CREDITOR ID: 555711-BC<br>GRIEVES, ARNOLD<br>13 FERROL ROAD<br>SAINT AUGUSTINE FL 32084 |
| CREDITOR ID: 395475-64<br>GRIFFEN ENTERPRISES<br>PO BOX 530401<br>ATLANTA, GA 30302 | CREDITOR ID: 555712-BC<br>GRIFFIAN, JAMIE<br>187 NE GRABAPPLE WAY<br>MADISON FL 32340 | CREDITOR ID: 538106-BA<br>GRIFFIN (MINOR), SABRINA<br>C/O LAWRENCE J. MARRAFFINO<br>LAWRENCE J. MARRAFFINO, P.A.<br>3312 W. UNIVERSITY AVE.<br>GAINESVILLE FL 32607 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 535994-BA<br>GRIFFIN (MINOR), SABRINA<br>211 SE 10 STREET<br>WILLISTON FL 32696 | CREDITOR ID: 550219-BI<br>GRIFFIN HOLDINGS<br>PO BOX 269031<br>OKLAHOMA CITY OK 73126-9031 | CREDITOR ID: 395476-64<br>GRIFFIN INDUSTRIES<br>PO BOX 530401<br>ATLANTA, GA 30353-0401 |
| CREDITOR ID: 550220-BI<br>GRIFFIN INDUSTRIES INC<br>PO BOX 530401<br>ATLANTA GA 30353-0401 | CREDITOR ID: 250954-12<br>GRIFFIN INDUSTRIES INC<br>PO BOX 530401<br>ATLANTA, GA 30353-0401 | CREDITOR ID: 395654-65<br>GRIFFIN INSULATION<br>552 OEMLER LOOP<br>SAVANAH, GA 31410 |
| CREDITOR ID: 550222-BI<br>GRIFFIN INSULATION INC<br>8880 130TH AVENUE NORTH<br>WEST PALM BEACH FL 33412 | CREDITOR ID: 550221-BI<br>GRIFFIN INSULATION INC<br>11911 US HIGHWAY 1<br>SUITE 201<br>NORTH PALM BEACH FL 33408 | CREDITOR ID: 550223-BI<br>GRIFFIN PERSONNEL GROUP<br>2299 TECHNOLOGY DRIVE<br>SUITE # 200<br>O' FALLEN MO 63366 |
| CREDITOR ID: 393182-55<br>GRIFFIN, ALFRED<br>C/O JACOBS & SARRAT<br>ATTN DARLEEN M JACOBS, ESQ<br>823 ST LOUIS STREET<br>NEW ORLEANS LA 70112 | CREDITOR ID: 392434-55<br>GRIFFIN, ANGELA<br>C/O SPENCER G MORGAN PA<br>ATTN SPENCER G MORGAN, ESQ<br>44 W FLAGLER STREET, STE 600<br>MIAMI FL 33130 | CREDITOR ID: 386148-54<br>GRIFFIN, GALE<br>520 SW 2ND AVE<br>DEERFIELD BEACH, FL 33441 |
| CREDITOR ID: 397446-71<br>GRIFFIN, JAMES<br>4073 WILEY RD<br>GAINESVILLE, GA 30506 | CREDITOR ID: 406695-MS<br>GRIFFIN, JAMES<br>4073 WILLY RD<br>GAINESVILLE GA 30506 | CREDITOR ID: 392112-55<br>GRIFFIN, JIMMIE LEE<br>C/O ROSENBERG & ROSENBERG,  PA<br>ATTN MICHAEL K BREGMAN, ESQ<br>2501 HOLLYWOOD BLVD, STE 110<br>HOLLYWOOD FL 33020 |
| CREDITOR ID: 535993-BA<br>GRIFFIN, KAYLA<br>1791 COVENTRY COURT<br>MIDDLEBURG FL 32068 | CREDITOR ID: 555713-BC<br>GRIFFIN, MARGERITA<br>6417 102ND AVE N APT A<br>PINELLAS PARK FL 33782 | CREDITOR ID: 555714-BC<br>GRIFFIN, MARY<br>6220 MATCHETT ROAD<br>ORLANDO FL 32809 |
| CREDITOR ID: 406696-MS<br>GRIFFIN, RAYMOND<br>403 FRANCES STREET<br>HAHIRA GA 31632 | CREDITOR ID: 137677-09<br>GRIFFIN, SARAH<br>1665 GERALD CIRCLE<br>FERNANDINA BEACH FL 32034 | CREDITOR ID: 392128-55<br>GRIFFIN, TAMARA<br>C/O  BRENT C MILLER PA LAW OFFICE<br>ATTN THOMAS D HIPPELHEUSER, ESQ.<br>205 EAST BURLEIGH BOULEVARD<br>TAVARES FL 32778 |
| CREDITOR ID: 381198-47<br>GRIFFIN, VERNON<br>8711 SIX FORKS ROAD, SUITE 104<br>RALEIGH, NC 27615 | CREDITOR ID: 392902-55<br>GRIFFIN, WALTER<br>C/O M ZERLIN & R  LOUQUE, ESQS<br>123 E SEVENTH STREET<br>THIBODAUX LA 70301 | CREDITOR ID: 555715-BC<br>GRIFFIS, RUBY<br>481 NE 181ST STREET<br>STARKE FL 32091 |
| CREDITOR ID: 535997-BA<br>GRIFFITH (MINOR), STEPHEN<br>4391 N.W. 19TH ST<br>APT 269<br>LAUDERHILL FL 33313 | CREDITOR ID: 538108-BA<br>GRIFFITH (MINOR), STEPHEN<br>C/O ROBERT COLLIER<br>COLLIER & SCALESE, P.L.<br>499 N.W. 70TH AVE.<br>SUITE 106<br>PLANATATION FL 33317 | CREDITOR ID: 250958-12<br>GRIFFITH SALES COMPANY<br>2485 REGENTS WALK<br>GERMANTOWN, TN 38138 |

SERVICE LIST

### Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing claims Arising before Effective Date and Other Administrative Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 535995-BA<br>GRIFFITH, CAROLYN<br>11368 SHOVLER COURT<br>JACKSONVILLE FL 32225 | CREDITOR ID: 538107-BA<br>GRIFFITH, CAROLYN<br>C/O S.SCOTT CRAIG<br>FARAH & FARAH, P.A.<br>10 WEST ADAMS ST.<br>3RD FLOOR<br>JACKSONVILLE FL 32202 | CREDITOR ID: 535996-BA<br>GRIFFITH, DELROY<br>4391 N.W. 19TH ST.<br>APT 269<br>LAUDERHILL FL 33313 |
| CREDITOR ID: 137781-09<br>GRIFFITH, ROBERT C<br>G. GERALD CRUTHIRD, PA<br>G. GERALD CRUTHIRD, ESQ<br>PO BOX 1056<br>PICAYUNE MS 39466 | CREDITOR ID: 137781-09<br>GRIFFITH, ROBERT C<br>1115 MERRYDALE DR<br>PICAYUNE MS 39466 | CREDITOR ID: 535998-BA<br>GRIFFITHS (MINOR), KALON<br>4391 N.W. 19TH ST.<br>APT 269<br>LAUDERHILL FL 33313 |
| CREDITOR ID: 535999-BA<br>GRIFFITHS (MINOR), ZAVION<br>4391 N.W. 19TH ST.<br>APT 269<br>LAUDERHILL FL 33313 | CREDITOR ID: 393219-55<br>GRIFFITHS, ROSE MARIE<br>C/O VEREBAY & ASSOCS<br>ATTN LAYNE VEREBAY, ESQ<br>888 SE 3RD AVENUE, SUITE 400<br>FORT LAUDERDALE FL 33316 | CREDITOR ID: 137805-09<br>GRIGGS, MARTHA<br>PO BOX 422<br>SUMMIT MS 39666 |
| CREDITOR ID: 393510-55<br>GRIGGS, TOMMY<br>C/O NIMMONS & MALCHOW<br>ATTN LELAND MALCHOW, ESQ<br>460 GREENE STREET<br>AUGUSTA GA 30901 | CREDITOR ID: 536000-BA<br>GRIGSBY, HARRY<br>27951 SW 159TH COURT<br>HOMESTEAD FL 33031 | CREDITOR ID: 538109-BA<br>GRIGSBY, HARRY<br>C/O ALAN TELISMAN<br>12805 SOUTHWEST 84TH AVE ROAD<br>MIAMI FL 33156 |
| CREDITOR ID: 555716-BC<br>GRILLO, HELEN<br>5375 PATRICIA PLACE<br>SPRING HILL FL 34607 | CREDITOR ID: 550224-BI<br>GRIMBALL & CABANISS CHARLESTON<br>PO BOX 816<br>CHARLESTON SC 29407 | CREDITOR ID: 250959-12<br>GRIMBALL & CABANISS CHARLESTON<br>PO BOX 816<br>CHARLESTON SC 29407 |
| CREDITOR ID: 250959-12<br>GRIMBALL & CABANISS CHARLESTON<br>C/O GRIMBALL & CABANISS<br>ATTN WARREN MOISE, ESQ<br>473 SAVANNAH HIGHWAY<br>CHARLESTON SC 29407 | CREDITOR ID: 406697-MS<br>GRIMBALL, THOMAS P.<br>RT 4 1027 DRIFTWOOD LANE<br>ANDERSON SC 29624 | CREDITOR ID: 555717-BC<br>GRIMES, LEIGH<br>1202 SCOTTS KNOLL COURT<br>LUTHERVILLE MD 21093 |
| CREDITOR ID: 555718-BC<br>GRIMES, MARY<br>31332 AVE G<br>BIG PINE KEY FL 33043 | CREDITOR ID: 555719-BC<br>GRIMES, ROWENA<br>4940 WEST HORSESHOE DRIVE<br>BEVERLY HILLS FL 34465 | CREDITOR ID: 550225-BI<br>GRIMMWAY ENTERPRISES INC<br>PO BOX 81498<br>BAKERSFIELD CA 93380 |
| CREDITOR ID: 536001-BA<br>GRIMSLEY, FREDDIE MAE<br>420 S.W. 1ST. APT. 5<br>DANIA FL 33004 | CREDITOR ID: 555720-BC<br>GRIMSLEY, HAZEL<br>2219 BOONE RD<br>ADEL GA 31620 | CREDITOR ID: 536002-BA<br>GRINHOLZ, ELIANA<br>3901 SOUTH OCEAN DRIVE 15E<br>HOLLYWOOD FL 33019 |
| CREDITOR ID: 395655-65<br>GRINNELL<br>5352 HIGHWAY AVENUE<br>JACKSONVILLE, FL 32254 | CREDITOR ID: 395289-63<br>GRINNELL FIRE / NO<br>116 FLORIDA STREET<br>RIVERRIDGE, LA 70123 | CREDITOR ID: 395290-63<br>GRINNELL FIRE PROTECTION<br>DEPT. CH 10156<br>PALATINE, IL 60094-4515 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 395291-63<br>GRINNELL FIRE PROTECTION SYSTEMS<br>2724 CHANDALAR PLACE DR<br>PELHAM, AL 35124 | CREDITOR ID: 395471-64<br>GRINNELL FIRE/ MOB<br>116 FLORIDA STREET<br>RIVERRIDGE, LA 70123 | CREDITOR ID: 395472-64<br>GRINNELL FIRE/JACKSON<br>DEPT. CH 10156<br>PALATINE, IL 60094-4515 |
| CREDITOR ID: 395473-64<br>GRINNELL/SIMPLEX - BR<br>DEPT CH 10320<br>BATON ROUGE, LA 70816 | CREDITOR ID: 406698-MS<br>GRINSTEAD, JEFFERY S<br>460 GOTTS HYDRO ROAD S<br>BOWLING GREEN KY 42103 | CREDITOR ID: 538110-BA<br>GRINSTEAD, ROBYN<br>C/O IAN BROWN<br>JON D. CAMINEZ, P.A.<br>1307 JEFFERSON STREET<br>MONTICELLO FL 32344 |
| CREDITOR ID: 536003-BA<br>GRINSTEAD, ROBYN<br>2110  DONNELLY STREET<br>MT. DORA FL 32757 | CREDITOR ID: 536004-BA<br>GRISAFFE, CHRIS<br>73322 SAND CARLOS ROAD<br>JACKSONVILLE FL 32217 | CREDITOR ID: 538111-BA<br>GRISAFFE, CHRIS<br>C/O GLENN COHEN<br>BARNES BARNES & COHEN PA<br>1843 ATLANTIC BLVD.<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 406699-MS<br>GRISSOM, JOHN<br>7818 LIVE OAK LANE<br>LEESBURG FL 34788 | CREDITOR ID: 555721-BC<br>GRISWOLD, GLADYS<br>311 DAUPHIN STREET<br>ENTERPRISE AL 36330 | CREDITOR ID: 536005-BA<br>GRISWOLD, JEANNE<br>7913 BAYFLOWER WAY<br>ORLANDO FL 32836 |
| CREDITOR ID: 550226-BI<br>GRO RITE ENTERPRISES INC<br>2913 MUMPHREY RD<br>CHALMETTE LA 70043 | CREDITOR ID: 550227-BI<br>GROLEE ELEMENTARY SCHOOL<br>1540 W GROLEE ST<br>OPELOUSAS LA 70570 | CREDITOR ID: 538112-BA<br>GROODY, RENEE<br>C/O MARK A. MATOVINA<br>BOGIN, MUNNS & MUNNS<br>687 BELVILLE RD.<br>SUITE A<br>SOUTH DAYTONA FL 32119-1951 |
| CREDITOR ID: 536006-BA<br>GROODY, RENEE<br>1912 WOODCREST DR<br>ORMOND BEACH FL 32174 | CREDITOR ID: 406700-MS<br>GROOVER JR., JAMES<br>1714 SHAREVIEW DR.<br>JACKSONVILLE FL 32118 | CREDITOR ID: 536007-BA<br>GROSSKOPF, IDA LYNIN<br>176 SLEEPY HOLLOW DRIVE<br>WEST PALM BEACH FL 33415 |
| CREDITOR ID: 538113-BA<br>GROSSKOPF, IDA LYNIN<br>C/O CHAD MOONEY<br>AMEEN & DRUCKER, P.A.<br>3111 N UNIVERSITY DRIVE<br>SUITE 901<br>CORAL SPRINGS FL 33065 | CREDITOR ID: 417076-15<br>GROSSMAN COMPANIES, INC, THE<br>ATTN LOUIS J GROSSMAN, MGR<br>1266 FURNACE BROOK PARKWAY<br>QUINCY MA 02269-0110 | CREDITOR ID: 417076-15<br>GROSSMAN COMPANIES, INC, THE<br>C/O POSTERNAK, BLANKSTEIN & LUND<br>ATTN ROBERT RESNICK, ESQ<br>THE PRUDENTIAL TOWER<br>800 BOYLSTON STREET<br>BOSTON MA 02199-8004 |
| CREDITOR ID: 550228-BI<br>GROTE COMPANY INC<br>DEPT L-1021<br>COLUMBUS OH 43260 | CREDITOR ID: 250969-12<br>GROTE COMPANY INC<br>ATTN BRUCE HOHL, CFO<br>DEPT L-1021<br>COLUMBUS, OH 43260 | CREDITOR ID: 555722-BC<br>GROTKIER (MINOR), TREVOR<br>KENNEDY ROAD<br>SAINT AUGUSTINE FL 32084 |
| CREDITOR ID: 395656-65<br>GROUP 1/SERVIDIAN<br>3307 NW 55 STREET<br>FT. LAUDERDALE, FL 33309 | CREDITOR ID: 403523-93<br>GROVE, ANTONETTA<br>C/O JURALDINE BATTLE-HODGE<br>207 MONTGOMERY ST, STE 215<br>MONTGOMERY AL 36104 | CREDITOR ID: 555723-BC<br>GROVE, LISA<br>535 MORGAN AVE<br>MONTGOMERY AL 36106 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 555724-BC<br>GROVER, NANCY<br>518 SWEET BAY CIRCLE<br>JUPITER FL 33458 | CREDITOR ID: 550229-BI<br>GROWERS MARKETING<br>PO BOX 13219<br>FRESNO CA 93794 | CREDITOR ID: 403733-94<br>GRUBBS, JOHN L<br>9897 MONTCLAIR CIRCLE<br>APOPKA FL 32703 |
| CREDITOR ID: 138120-09<br>GRUBBS, ROBERT J JR<br>208 SAILING CT<br>LEXINGTON SC 29072 | CREDITOR ID: 555725-BC<br>GRUNDY (MINOR), NICOLE<br>14920 JACKSON ST<br>MIAMI FL 33176 | CREDITOR ID: 550230-BI<br>GRUNSKIS LLC<br>D/B/A INDUSTRIAL CLEANING EQUIPMENT<br>2600 NW 55TH COURT<br>SUITE # 230<br>FORT LAUDERDALE FL 33309 |
| CREDITOR ID: 406701-MS<br>GRUNWALD, CARL<br>5597 RANCHES ROAD<br>LAKE WORTH FL 33463 | CREDITOR ID: 550231-BI<br>GS II BROOK HIGHLAND LLC<br>PO BOX 73153<br>DEPT 554000554001<br>CLEVELAND OH 44193 | CREDITOR ID: 410907-15<br>GS II BROOK HIGHLAND PLAZA, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 |
| CREDITOR ID: 410905-15<br>GS II BROOK HIGHLAND, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | CREDITOR ID: 1399-07<br>GS II JACKSONVILLE REGIONAL<br>PO BOX 73153<br>CLEVELAND, OH 44193 | CREDITOR ID: 550232-BI<br>GS II JACKSONVILLE REGIONAL LLC<br>PO BOX 73153<br>CLEVELAND OH 44193 |
| CREDITOR ID: 410900-15<br>GS II JACKSONVILLE REGIONAL, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD  OH 44122 | CREDITOR ID: 550233-BI<br>GSC SYSTEMS<br>15 INDUSTRIAL ST NW<br>FORT WALTON BEACH FL 32548 | CREDITOR ID: 550236-BI<br>GST CORPORATION<br>PO BOX 2121<br>MEMPHIS TN 38159 |
| CREDITOR ID: 550235-BI<br>GST CORPORATION<br>PO BOX 2121<br>INTERMODAL BUSINESS UNIT<br>MEMPHIS TN 38159 | CREDITOR ID: 550234-BI<br>GST CORPORATION<br>DEPT AT 952154<br>ATLANTA GA 31192-2154 | CREDITOR ID: 550237-BI<br>GT COM<br>CALLER BOX 9001<br>PORT ST JOE FL 32457-9001 |
| CREDITOR ID: 245467-12<br>GTR RENTAL LLC FKA<br>CITICAPITAL TRAILER RENTAL INC<br>ATTN EDNA P EARNHEART<br>1801 PARK 270 DRIVE, SUITE 400<br>ST LOUIS MO 63146 | CREDITOR ID: 550238-BI<br>GUARANTY GLASS<br>1009 WEST VINE ST<br>OPELOUSAS LA 70570 | CREDITOR ID: 550239-BI<br>GUARDIAN DRUG COMPANY<br>PO BOX 915<br>DAYTON NJ 08810 |
| CREDITOR ID: 550240-BI<br>GUARDIAN FUELING TECHNOLOGIES INC<br>PO BOX 58120<br>JACKSONVILLE FL 32241-8120 | CREDITOR ID: 550241-BI<br>GUARDIAN INTERNATIONAL INC<br>3880 NORTH 28TH TERRACE<br>HOLLYWOOD FL 33020 | CREDITOR ID: 250989-12<br>GUARDIAN INTERNATIONAL INC<br>3880 NORTH 28TH TERRACE<br>HOLLYWOOD, FL 33020 |
| CREDITOR ID: 538114-BA<br>GUARDINA, LOIS<br>C/O MICHAEL G. HELM<br>HELM LAW FIRM, L. L. C.<br>P. O. BOX 4207<br>COVINGTON LA 70434-4207 | CREDITOR ID: 550243-BI<br>GUARDSMARK LLC<br>PO BOX 601207<br>CHARLOTTE NC 28260-1207 | CREDITOR ID: 250993-12<br>GUARDSMARK LLC<br>ATTN CARY M MCDANIEL, ASST TREAS<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-3000 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 550242-BI<br>GUARDSMARK LLC<br>PO BOX 11407<br>BIRMINGHAM AL 35246-3000 | CREDITOR ID: 397642-72<br>GUARDSMARK, LLC<br>22 SOUTH SECOND STREET<br>MEMPHIS, TN 38103-2695 | CREDITOR ID: 386034-54<br>GUARINO, GLORIA<br>3632 HUNTERS HILL DRIVE<br>IRONDALE, AL 35210 |
| CREDITOR ID: 555726-BC<br>GUARINO, YVONNE<br>639 SW BRANDYWINE DR APT 104<br>LAKE CITY FL 32025 | CREDITOR ID: 398589-78<br>GUE, GEORGE T JR<br>593 LAKE POINTE DRIVE<br>YANCEYVILLE, NC 27379 | CREDITOR ID: 395409-64<br>GUE, GEORGE T. JR.<br>593 LAKE POINT DRIVE<br>YANCEYVILLE, NC 27379 |
| CREDITOR ID: 536009-BA<br>GUEDA, MARIE<br>214 SE 1ST AVE APT B<br>DELRAY BEACH FL 33444 | CREDITOR ID: 389711-54<br>GUENETTE, JOSEPH<br>C/O CARLSON & MEISSNER<br>ATTN TERRI F CROMLEY, ESQ.<br>1103 14TH STREET WEST<br>BRADENTON FL 34205 | CREDITOR ID: 389711-54<br>GUENETTE, JOSEPH<br>5160 BULLARD STREET<br>NORTH PORT FL 34287 |
| CREDITOR ID: 555727-BC<br>GUERA, BABARA<br>6375 SW 136CT I-202<br>MIAMI FL 33109 | CREDITOR ID: 555728-BC<br>GUERIN, BARBARA<br>12010 SECTION RD.<br>PORT ALLEN LA 70767 | CREDITOR ID: 536010-BA<br>GUERIN, JOSHUA<br>3926 HIGHWAY 28 EAST<br>PINEVILLE LA 71360 |
| CREDITOR ID: 555729-BC<br>GUERIN, PEARL<br>9421 NW 10TH STREET<br>PLANTATION FL 33322 | CREDITOR ID: 555731-BC<br>GUERRERO, MARIA JOSEFA<br>3905 SW 89 COURT<br>MIAMI FL 33165 | CREDITOR ID: 555730-BC<br>GUERRERO, NIDIA<br>10930 SW 145 PL<br>MIAMI FL 33186 |
| CREDITOR ID: 536011-BA<br>GUERRETTE, RICHARD<br>5163 N. A1A #416D<br>FORT PIERCE FL 34949 | CREDITOR ID: 538115-BA<br>GUERRETTE, RICHARD<br>C/O CHESTER CLEM<br>CLEM, VOCELLE & BERG<br>3333 20TH STREET<br>VERO BEACH FL 32960-2469 | CREDITOR ID: 555732-BC<br>GUFFREY, ANN<br>1026 HANSEN ST<br>WEST PALM BEACH FL 33405 |
| CREDITOR ID: 536012-BA<br>GUIDO, ANTIONETTE<br>1617 SW 6TH AVENUE<br>CAPE CORAL FL 33991 | CREDITOR ID: 538116-BA<br>GUIDO, ANTIONETTE<br>C/O VINCENT P. TOLISANO, ESQ.<br>LUSK, DRASITES & TOLISANO, P.A.<br>202 S. DEL PRADO BLVD S.<br>CAPE CORAL FL 33915-1207 | CREDITOR ID: 550244-BI<br>GUIDRY'S FRESH CUT INC<br>1045 GRAIN ELEVATOR ROAD<br>ARNAUDVILLE LA 70512 |
| CREDITOR ID: 550245-BI<br>GUIDRY'S FRESH CUT INC<br>PO BOX 451<br>ARNAUDVILLE LA 70512 | CREDITOR ID: 536013-BA<br>GUILBEAU, GLENDA<br>1107 SOUTH UPLAND<br>METAIRIE LA 70003 | CREDITOR ID: 538117-BA<br>GUILBEAU, GLENDA<br>C/O JODI AAMODT, ESQ<br>JACOBS, MANUEL AND KAIN<br>500 ST. LOUIS ST., STE. 200<br>NEW ORLEANS LA 70130 |
| CREDITOR ID: 550246-BI<br>GUILFORD COUNTY TAX COLLECTOR<br>PO BOX 3328<br>PROPERTY TAX<br>GREENSBORO NC 27402-3328 | CREDITOR ID: 550247-BI<br>GUILFORD COUNTY TAX DEPT<br>P O BOX 3328<br>GREENSBORO NC 27402 | CREDITOR ID: 1352-07<br>GUILFORD, FRANK W JR, TRUSTEE<br>TRUST UNDER VICTORIA FASCELL WILL<br>400 UNIVERSITY DRIVE, STE 200<br>CORAL GABLES, FL 33134 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 538137-BA<br>GUILLAUME, ROSELINE<br>C/O MARK SPATZ. ESQ.<br>SIMONS AND SPATZ, PA<br>1222 SE 3RD AVE<br>FORT LAUDERDALE FL 33316 | CREDITOR ID: 536014-BA<br>GUILLAUME, ROSELINE<br>1907 KINGSLAND AVE<br>ORLANDO FL 32808 | CREDITOR ID: 536015-BA<br>GUILLORY, ARTHER<br>230 FRUGEAGE STREET<br>EUNICE LA 70535 |
| CREDITOR ID: 538138-BA<br>GUILLORY, ARTHER<br>C/O DAN P FONTENOT ESQ<br>LAW OFFICES OF JOHN FONTENOT<br>140 N SECOND STREET<br>P.O. BOX 1286<br>EUNICE LA 70535 | CREDITOR ID: 550248-BI<br>GUILLOT'S PLUMBING SERVICE<br>P O BOX 449<br>MARKSVILLE LA 71351 | CREDITOR ID: 536016-BA<br>GUIMBELLOT, MARGIE<br>2700 NW 44ST #814<br>OAKLAND PARK FL 33309 |
| CREDITOR ID: 315831-40<br>GUIN SQUARE LLC<br>C/O GRAVLEE COMMERCIAL<br>8080 N CENTRAL EXPRESSWAY<br>DALLAS, TX 75206 | CREDITOR ID: 390906-55<br>GUINDAZOLA, ROBIN<br>C/O MCCURRY LAW FIRM<br>ATTN CAROL A MCCURRY, ESQ<br>1735 AUGUSTA ROAD<br>WEST COLUMBIA SC 29169 | CREDITOR ID: 390814-55<br>GUISE, CATHERINE<br>C/O BYRD, GIBBS & MARTIN, PLLC<br>ATTN ISAAC BYRD JR, ESQ<br>PO BOX 19<br>JACKSON MS 39205 |
| CREDITOR ID: 251003-12<br>GUIXENS FOOD GROUP INC<br>5800 NW 32ND COURT<br>MIAMI, FL 33142 | CREDITOR ID: 550249-BI<br>GUIXENS FOOD GROUP INC<br>5800 NW 32ND COURT<br>MIAMI FL 33142 | CREDITOR ID: 536017-BA<br>GUIZZARDI, ROSARIO<br>9300 BAY HARBOUR TERRACE #5-C<br>BAY HARBOR ISLANDS FL 33154 |
| CREDITOR ID: 538139-BA<br>GUIZZARDI, ROSARIO<br>C/O SAGI SHAKED, ESQ<br>LAW OFFICE OF SHAKED & BIONDO, P.A.<br>200 SOUTHEAST 1ST STREET<br>SUITE 505<br>MIAMI FL 33131 | CREDITOR ID: 397643-72<br>GULF COAST<br>5801 RIVER OAKS ROAD SOUTH<br>NEW ORLEANS, LA 70123 | CREDITOR ID: 550250-BI<br>GULF COAST AIR CONDITIONING & REFRIGERAT<br>7460 E COUNTRYHIGHLANDS DR<br>FLORAL CITY FL 34436 |
| CREDITOR ID: 550251-BI<br>GULF COAST COURIER INC<br>PO BOX 10721<br>PENSECOLA FL 32524-0721 | CREDITOR ID: 251012-12<br>GULF COAST COURIER INC<br>ATTN BOBBI M DICKEY, PRES<br>PO BOX 1462<br>GULF BREEZE, FL 32562 | CREDITOR ID: 550252-BI<br>GULF COAST COURIER INC<br>PO BOX 1462<br>REP BOBBI DICKEY<br>GULF BREEZE FL 32562 |
| CREDITOR ID: 550253-BI<br>GULF COAST CRANES INC<br>5435 HALTATA COURT<br>NEW PORT RICHEY FL 34655 | CREDITOR ID: 251015-12<br>GULF COAST FLEET MAINTENANCE<br>3751 INDUSTRIAL PARK DRIVE<br>MOBILE, AL 36693 | CREDITOR ID: 550255-BI<br>GULF COAST FLEET MAINTENANCE<br>PO BOX 18725<br>PENSACOLA FL 32525-8725 |
| CREDITOR ID: 550254-BI<br>GULF COAST FLEET MAINTENANCE<br>3751 INDUSTRIAL PARK DRIVE<br>MOBILE AL 36693 | CREDITOR ID: 251014-12<br>GULF COAST FLEET MAINTENANCE<br>2719 NORTH P STREET<br>PENSACOLA, FL 32505 | CREDITOR ID: 550256-BI<br>GULF COAST NEWSPAPERS<br>PO BOX 509<br>ROBERTSDALE AL 36567 |
| CREDITOR ID: 251020-12<br>GULF COAST NEWSPAPERS<br>ATTN ANGELA KING, BUS MGR/CONTROL<br>PO BOX 509<br>ROBERTSDALE, AL 36567 | CREDITOR ID: 550259-BI<br>GULF COAST OFFICE PRODUCTS INC<br>11825 SUN BELT COURT<br>BATON ROUGE LA 70809 | CREDITOR ID: 550257-BI<br>GULF COAST OFFICE PRODUCTS INC<br>10424 PLAZA AMERICAN DRIVE<br>BATON ROUGE LA 70816 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 550258-BI<br>GULF COAST OFFICE PRODUCTS INC<br>10424 PLAZA AMERICANA DRIVE<br>BATON ROUGE LA 70816 | CREDITOR ID: 550260-BI<br>GULF COAST PACKING HOUSE INC<br>PO BOX 150362<br>ALTAMONTE SPRINGS FL 32715-0362 | CREDITOR ID: 251024-12<br>GULF COAST PANAMA JACK<br>1411 MOYLAN RD<br>PANAMA CITY BEACH, FL 32407 |
| CREDITOR ID: 550261-BI<br>GULF COAST PANAMA JACK<br>1411 MOYLAN RD<br>PANAMA CITY BEACH FL 32407 | CREDITOR ID: 278893-30<br>GULF COAST PRODUCE INC<br>PO BOX 1020<br>DOVER, FL 33527 | CREDITOR ID: 550262-BI<br>GULF COAST PRODUCE INC<br>PO BOX 1020<br>DOVER FL 33527 |
| CREDITOR ID: 2273-07<br>GULF COAST PROPERTIES<br>PO BOX 24087<br>NEW ORLEANS, LA 70184-4087 | CREDITOR ID: 410804-15<br>GULF COAST PROPERTIES<br>C/O V PACIERA & P ROMAGUERA<br>PO BOX 24087<br>NEW ORLEANS LA 70184 | CREDITOR ID: 550263-BI<br>GULF COAST PROPERTIES<br>PO BOX 1978<br>MANDEVILLE LA 70470-1978 |
| CREDITOR ID: 550264-BI<br>GULF COAST PROPERTIES<br>PO BOX 24087<br>NEW ORLEANS LA 70184-4087 | CREDITOR ID: 550265-BI<br>GULF COAST THERMO KING<br>7802 US HWY 301 N<br>TAMPA FL 33637 | CREDITOR ID: 550266-BI<br>GULF COAST TRANSPORT<br>PO BOX 851307<br>MESQUITE TX 75185-1307 |
| CREDITOR ID: 550267-BI<br>GULF COAST TRUCK & TRAILER INC<br>8228 FIRE TOWER ROAD<br>PASS CHRISTIAN MS 39571 | CREDITOR ID: 251031-12<br>GULF DIST OF MISSISSIPPI<br>920 W COUNTY LINE RD<br>JACKSON, MS 39213 | CREDITOR ID: 550268-BI<br>GULF DISTRIBUTING<br>3378 MOFFAT ROAD<br>MOBILE AL 36690 |
| CREDITOR ID: 251032-12<br>GULF ELECTRIC MOTORS<br>ATTN DEBRA CALCAGNI, PRES<br>PO BOX 41614<br>SAINT PETERSBURG FL 33743-1614 | CREDITOR ID: 550269-BI<br>GULF HYDRAULICS & PNEUMATICS INC<br>PO BOX 6356<br>DIBERVILLE MS 39532 | CREDITOR ID: 550270-BI<br>GULF POWER COMPANY<br>ONE ENERGY PLACE<br>PENSACOLA FL 32520-0714 |
| CREDITOR ID: 550271-BI<br>GULF POWER COMPNAY<br>ONE ENERGY PLACE<br>PENSACOLA FL 32520-0714 | CREDITOR ID: 550272-BI<br>GULF SHORES WATER WORKS<br>PO BOX 1229<br>GULF SHORES AL 36547-1229 | CREDITOR ID: 251042-12<br>GULF SOUTH PEST CONTROL<br>ATTN ROLAND GLEASON, PRESIDENT<br>313 RIVER VILLAGE<br>DESTREHAN, LA 70047 |
| CREDITOR ID: 550273-BI<br>GULF SOUTH PEST CONTROL<br>313 RIVER VILLAGE<br>DESTREHAN LA 70047 | CREDITOR ID: 550274-BI<br>GULF STATES DOOR<br>PO BOX 9173<br>MOBILE AL 36691 | CREDITOR ID: 251044-12<br>GULF STATES DOOR<br>PO BOX 9173<br>MOBILE, AL 36691 |
| CREDITOR ID: 550275-BI<br>GULF STATES ENGINEERING CO INC<br>PO BOX 52511<br>LAFAYETTE LA 70505-2511 | CREDITOR ID: 550276-BI<br>GULF TOOL CO OF LA INC<br>BOX 475<br>HARVEY LA 70059 | CREDITOR ID: 550277-BI<br>GULF VIEW PARTNERSHIP<br>777 ARTHUR GODFREY ROAD<br>MIAMI BEACH FL 33140 |

SERVICE LIST
**Notice of (A) Entry of Order Confirming Plan of**
**Reorganization, (B) Occurrence of Effective Date**
**of Plan, and (C) Bar Dates for Filing claims Arising**
**before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 550278-BI<br>GULF VIEW, LTD<br>PO BOX 402279<br>MIAMI BEACH FL 33140 | CREDITOR ID: 550279-BI<br>GULFEAGLE SUPPLY<br>PO BOX 116466<br>ATLANTA GA 30368-6001 | CREDITOR ID: 550280-BI<br>GULFPORT HIGH SCHOOL<br>100 PERRY ST<br>GULFPORT MS 39507 |
| CREDITOR ID: 2275-07<br>GULFPORT PLAZA CENTER INC<br>10341 BARRY DRIVE<br>LARGO, FL 33774 | CREDITOR ID: 550281-BI<br>GULFPORT PLAZA CENTER INC<br>10341 BARRY DRIVE<br>LARGO FL 33774 | CREDITOR ID: 251050-12<br>GULFPORT PLAZA CENTER INC<br>ATTN HADI ADAMS, PRES<br>10341 BARRY DRIVE<br>LARGO, FL 33774 |
| CREDITOR ID: 382317-51<br>GULFPORT SUN HERALD<br>PO BOX 4567<br>BILOXI, MS 39531 | CREDITOR ID: 410506-15<br>GULFPORT/ORANGE GROVE ASSOCS, LTD<br>C/O ECMC<br>ATTN JOHN C T EDWARDS, AGENT<br>6055 PRIMACY PARKWAY, SUITE 402<br>MEMPHIS TN 38119 | CREDITOR ID: 251052-12<br>GULFSTREAM<br>PO BOX 2206<br>SAVANNAH, GA 31402-2206 |
| CREDITOR ID: 550283-BI<br>GULFTECH COMMUNICATIONS INC<br>PO BOX 34422<br>PENSACOLA FL 32507 | CREDITOR ID: 550282-BI<br>GULFTECH COMMUNICATIONS INC<br>PO BOX 3098<br>PENSACOLA FL 32516 | CREDITOR ID: 550284-BI<br>GULFTEL COMMUNICATIONS<br>P O BOX 830954<br>BIRMINGHAM AL 35283-0954 |
| CREDITOR ID: 406702-MS<br>GULL, FRANKLIN<br>3705 KNOBCREST PLACE<br>VALRICO FL 33594 | CREDITOR ID: 398591-78<br>GULLEDGE, BARBARA<br>1723 TREASURE CAY DRIVE<br>MANSFIELD, TX 76063 | CREDITOR ID: 555733-BC<br>GULLEDGE, ROBYN<br>4111 26TH AVE. E.<br>BRADENTON FL 34208 |
| CREDITOR ID: 536018-BA<br>GULLEY (MINOR), CHANTA<br>4820 NW 19TH STREET<br>LAUDERHILL FL 33313 | CREDITOR ID: 555734-BC<br>GUMMERA, RICHARD<br>331 S.W. 8TH STREET<br>BOCA RATON FL 33432 | CREDITOR ID: 407715-15<br>GUNDERSON, HAROLD<br>C/O PHIL SLOTNICK, ESQ<br>9950 PRINCESS PALM AVENUE, STE 101<br>TAMPA FL 33619 |
| CREDITOR ID: 407715-15<br>GUNDERSON, HAROLD<br>C/O DENNIS LEVINE & ASSOCIATES, PA<br>ATTN DENNIS J LEVINE, ESQ<br>103 SO BOULEVARD<br>PO BOX 707<br>TAMPA FL 33601-0707 | CREDITOR ID: 400322-85<br>GUNDERSON, JENNIFER<br>C/O PHILIP SLOTNICK, ESQ<br>9950 PRINCESS PALM AVE, STE 101<br>TAMPA FL 33619-8370 | CREDITOR ID: 400322-85<br>GUNDERSON, JENNIFER<br>C/O DENNIS LEVINE & ASSOCIATES, PA<br>ATTN DENNIS J LEVINE, ESQ<br>103 SO BOULEVARD<br>PO BOX 707<br>TAMPA FL 33601-0707 |
| CREDITOR ID: 382639-51<br>GUNLICKS, MARK<br>615 SWEETWATER BRANCH LANE<br>JACKSONVILLE, FL 32259 | CREDITOR ID: 197357-09<br>GUNNELLS, RAYMOND A<br>C/O DAN M SCHEUERMANN LAW FIRM<br>ATTN TROY D JACKSON, ESQ<br>600 AMERICA STREET<br>BATON ROUGE LA 40802 | CREDITOR ID: 197357-09<br>GUNNELLS, RAYMOND A<br>21359 HIGHWAY 417<br>LETTSWORTH LA 70753 |
| CREDITOR ID: 384151-47<br>GUNNOE MEATS-DELI<br>ATTN CYNITHIA GUNNOE<br>3989 CIFAX RD<br>GOODE, VA 24556 | CREDITOR ID: 550285-BI<br>GUNNOE MEATS-DELI<br>3989 CIFAX RD<br>GOODE VA 24556 | CREDITOR ID: 400722-91<br>GUNTHARP, THOMAS<br>335 MCGREGOR CHAPEL RD S<br>PONTOTOC MS 38863 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 555322-BC
GURGANUS, NINA
700 4TH AVE
JASPER AL 35501

CREDITOR ID: 550287-BI
GUSTAFSONS DAIRY
PO BOX 338
GREEN COVE SPRINGS FL 32043-0338

CREDITOR ID: 251056-12
GUSTAFSONS DAIRY, LLC
ATTN JAMES COOPER, CFO
PO BOX 338
GREEN COVE SPRINGS, FL 32043-0338

CREDITOR ID: 251056-12
GUSTAFSONS DAIRY, LLC
C/O GRONEK & LATHAM, LLP
ATTN R SCOTT SHUKER, ESQ
PO BOX 3353
ORLANDO FL 32802-3353

CREDITOR ID: 403191-99
GUSTAFSON'S LLC
C/O GRONEK & LATHAM LLP
ATTN: R SCOTT SHUKER/JIMMY PARRISH
390 N ORANGE AVE, STE 600
PO BOX 3353 (32802)
ORLANDO FL 32801

CREDITOR ID: 538140-BA
GUTHRIE, HILDA
C/O MICHAEL SPEAKMAN
SPEAKMAN & SPEAKMAN
108 NORTH DEAN RD.
AUBURN AL 36830

CREDITOR ID: 536019-BA
GUTHRIE, HILDA
1502 DOUGLAS STREET
OPELIKA AL 36801

CREDITOR ID: 403735-94
GUTHRIE, WILLIAM W
PO BOX 429
MONTREAT NC 28757-0429

CREDITOR ID: 555323-BC
GUTIERRES, ARLY
3386 NW 35 ST
MIAMI FL 33142

CREDITOR ID: 536020-BA
GUTIERREZ(MINOR), AMANDA
4930 SW 97TH AVE.
MIAMI FL 33165

CREDITOR ID: 555324-BC
GUTIERREZ, BEATRIZ
6625 SW 47 ST
MIAMI FL 33155

CREDITOR ID: 400291-85
GUTIERREZ, MARTHA R
C/OMIGUEL MONTALVO, ESQ.
1312 NORTH 15TH ST, SUITE 2
IMMOKALEE FL 34142

CREDITOR ID: 406705-MS
GUTIERREZ, MARTIN JR
680 WHISTLER POINT
WHITTIER NC 28789

CREDITOR ID: 391231-55
GUTIRREZ, JAEL
C/O ROSEN & CHALIK, PA
ATTN JASON CHALIK, ESQ
10063 NW 1ST CT
PLANTATION FL 33324-7006

CREDITOR ID: 406706-MS
GUTSHALL, DAVID W.
7167 CURLEW ROAD
SARASOTA FL 34241

CREDITOR ID: 550288-BI
GUTTENPLAN'S BAKERY
100 HIGHWAY 36
MIDDLETOWN NJ 07748-5249

CREDITOR ID: 251059-12
GUTTENPLAN'S FROZEN DOUGH DBA
GUTTENPLAN'S BAKERY, INC
C/O COFACE NA, INC AS AGENT
ATTN AMY SCHMIDT/SHAR SESHADRI
PO BOX 2102
CRANBURY NJ 08512

CREDITOR ID: 539048-15
GUTTENPLAN'S FROZEN DOUGH, INC
ATTN SHAR SESHADRI
100 HIGHWAY 36
MIDDLETOWN NJ 07748

CREDITOR ID: 388972-54
GUTTORMSEN, FRANCES
2452 PRAIRIE DUNES
CLERMONT FL 34711

CREDITOR ID: 388972-54
GUTTORMSEN, FRANCES
C/O DOWNS BRILL WHITEHEAD
ATTN DAVID W BRILL, ESQ
POINTE BANK BUILDING
ONE SOUTHWEST 129TH AVENUE, STE 304
PEMBROKE PINES FL 33027

CREDITOR ID: 251061-12
GUY M BEATY CO INC
PO BOX 628
TRAVELERS REST, SC 29690

CREDITOR ID: 533770-99
GUYNN MEMMER & DILLON PC
ATTN: JIM H GUYNN JR, ESQ
PO BOX 20788
ROANOKE VA 24018

CREDITOR ID: 391245-55
GUYTON, PATRICIA A
C/O EVAN M FELDMAN LAW OFFICES
ATTN EVAN M FELDMAN, ESQ
5975 SUNSET DR, STE 604
SOUTH MIAMI FL 33143

CREDITOR ID: 536021-BA
GUZMAN, EVELYN
416 NE 12TH AVENUE
BOYNTON BEACH FL 33435

CREDITOR ID: 538141-BA
GUZMAN, EVELYN
C/O JESSE A. LIEBERMAN
LAW OFFICES OF JESSE A. LIEBERMAN
1761 WEST HILLSBORO BOULEVARD,
SUITE 330
DEERFIELD BEACH FL 33442

CREDITOR ID: 536022-BA
GUZMAN, LUISA
P.O. BOX 692218
ORLANDO FL 32869

CREDITOR ID: 538142-BA
GUZMAN, LUISA
C/O RAYMOND HERNANDEZ
DRANGE, DE BEAUBIEN, KNIGHT, SIMMONS, MA
P.O. BOX 87
332 N. MAGNOLIA AVE
ORLANDO FL 32802-0087

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 389916-54<br>GUZMAN, NANCY<br>C/O TODD E COPELAND & ASSOCIATES PA<br>ATTN PETE PLACENCIA, ESQ<br>1007 EMMETT STREET<br>KISSIMMEE FL 34741 | CREDITOR ID: 389916-54<br>GUZMAN, NANCY<br>8129 WOODSWARD DRIVE<br>ORLANDO, FL 32817 | CREDITOR ID: 391728-55<br>GUZZONE, CATHY<br>C/O ROSENBERG & ROSENBERG, PA<br>ATTN MICHAEL K BREGMAN, ESQ<br>2501 HOLLYWOOD BLVD STE 110<br>HOLLYWOOD FL 33020-6631 |
| CREDITOR ID: 550291-BI<br>GWALTNEY OF SMITHFIELD LTD<br>PO BOX 403225<br>ATLANTA GA 30384-3225 | CREDITOR ID: 397766-99<br>GWALTNEY OF SMITHFIELD LTD<br>C/O MCGUIREWOODS LLP<br>ATTN: ROBERT A COX, JR<br>BANK OF AMERICA CORP CNTR<br>100 N TYRON ST, STE 2900<br>CHARLOTTE NC 28202-4011 | CREDITOR ID: 410796-15<br>GWALTNEY OF SMITHFIELD, LTD<br>C/O MCGUIREWOODS, LLP<br>ATTN ROBERT A COX, JR ESQ<br>100 N TRYON STREET, SUITE 2900<br>CHARLOTTE NC 28202-4011 |
| CREDITOR ID: 536023-BA<br>GWIN, DONNA<br>908 D LAKE DESTINY RD<br>ALTAMONTE SPRINGS FL 32714 | CREDITOR ID: 538143-BA<br>GWIN, DONNA<br>C/O DON P. HARVEY<br>THE LAW OFFICE OF DON P. HARVEY<br>1555 HOWELL RD<br>WINTER PARK FL 32789 | CREDITOR ID: 550295-BI<br>GWINNETT COUNTY DEPT OF<br>684 WINDER HIGHWAY<br>LAWRENCEVILLE GA 30045-5012 |
| CREDITOR ID: 315832-40<br>GWINNETT PRADO LP<br>NORTH BRIDGES SHOPPING CENTER<br>PO BOX 957209<br>DULUTH, GA 30136-7209 | CREDITOR ID: 550297-BI<br>H & E EQUIPMENT SERVICES LLC<br>PO BOX 849850<br>DALLAS TX 75284-9850 | CREDITOR ID: 550296-BI<br>H & E EQUIPMENT SERVICES LLC<br>1102 CROWN PARK CIRCLE<br>WINTER GARDEN FL 34787 |
| CREDITOR ID: 550298-BI<br>H & H PLUMBING<br>8308 FAIRVIEW RD<br>MINT HILL NC 28227 | CREDITOR ID: 550299-BI<br>H & L CONSTRUCTION & RENOVATION INC<br>68417 JANICE AVENUE<br>COVINGTON LA 70433 | CREDITOR ID: 550300-BI<br>H & M BAY INC<br>PO BOX 280 INDUSTRIAL PARK AVE<br>FEDERALSBURG MD 21632 |
| CREDITOR ID: 533614-DT<br>H & R BLOCK FINANCIAL ADVISORS, INC.<br>ATTN: MIKE KOHLER<br>751 GRISWOLD STREET<br>DETROIT MI 48226 | CREDITOR ID: 550301-BI<br>H & S TELECOM INC<br>1876 KINSEY ROAD<br>DOTHAN AL 36303 | CREDITOR ID: 550302-BI<br>H & S WHOLESALERS INC<br>PO BOX 1495<br>SUMTER SC 29150 |
| CREDITOR ID: 550303-BI<br>H & T SEAFOOD INC<br>5598 LINDBERGH LN<br>BELL CA 90201 | CREDITOR ID: 550304-BI<br>H C BRILL COMPANY, INC.<br>1912 MONTREAL ROAD<br>TUCKER GA 30084 | CREDITOR ID: 550306-BI<br>H C PLUNKETT<br>P O BOX 5306<br>JACKSON MS 39296-5306 |
| CREDITOR ID: 550305-BI<br>H C PLUNKETT<br>% BATESVILLE SECURITY BANK<br>TMAS 7300228 P O BOX 690<br>BATESVILLE MS 38606 | CREDITOR ID: 550307-BI<br>H C SCHMIEDING PRODUCE CO INC<br>PO BOX 369<br>SPRINGSDALE AR 72765-0369 | CREDITOR ID: 550308-BI<br>H H FRANZ COMPANY<br>3201 FALLS CLIFF ROAD<br>BALTIMORE MD 21211 |
| CREDITOR ID: 550309-BI<br>H HASSEY<br>261 JACKSON BEND RD<br>COOSADA AL 36020 | CREDITOR ID: 550310-BI<br>H JAY SKELTON<br>PO BOX 19366<br>JACKSONVILLE FL 32245 | CREDITOR ID: 550311-BI<br>H L BOURGEOIS HIGH SCHOOL<br>1 RESERVATION DR<br>GRAY LA 70359 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 550312-BI<br>H L CONSTRUCTION & RENOVATION<br>68417 JANICE AVE<br>COVINGTON LA 70433 | CREDITOR ID: 550314-BI<br>H O TUGWELL CO<br>PO BOX 87130<br>BATON ROUGE LA 70879-8130 | CREDITOR ID: 550313-BI<br>H O TUGWELL CO<br>2648 ROME DRIVE<br>BATON ROUGE LA 70814-2326 |
| CREDITOR ID: 550315-BI<br>H P HOOD INC<br>P O BOX 4066<br>BOSTON MA 02211 | CREDITOR ID: 550316-BI<br>H R ORLANDO LLC<br>PO BOX 2771<br>PALM BEACH FL 33480 | CREDITOR ID: 550317-BI<br>H S TRUCK REPAIR<br>1709 TRANSMITTER RD<br>PANAMA CITY FL 32404 |
| CREDITOR ID: 550318-BI<br>H SMITH PACKING CORP<br>55 N ST STE C<br>PRESQUE ISLE ME 04769 | CREDITOR ID: 251105-12<br>H SMITH PACKING CORP<br>ATTN JASON BARNES, CONTROLLER<br>55 N STREET, SUITE C<br>PRESQUE ISLE, ME 04769 | CREDITOR ID: 550320-BI<br>H T HACKNEY<br>401 DELFIELD DRIVE<br>COVINGTON TN 38019 |
| CREDITOR ID: 550323-BI<br>H T HACKNEY CO<br>PO BOX 486<br>MORROW GA 30260 | CREDITOR ID: 550322-BI<br>H T HACKNEY CO<br>PO BOX 238<br>KNOXVILLE TN 37901 | CREDITOR ID: 550321-BI<br>H T HACKNEY CO<br>P O BOX 13170<br>PENSACOLA FL 32591 |
| CREDITOR ID: 550324-BI<br>H T HACKNEY COMPANY<br>3500 NE 4TH STREET<br>GAINESVILLE FL 32609 | CREDITOR ID: 550325-BI<br>H V MCCOY & COMPANY INC<br>R/F HIGH POINT MALL INC<br>PO BOX 20847<br>GREENSBORO NC 27420-0847 | CREDITOR ID: 251113-12<br>H&C COFFEE<br>P.O. BOX 12345<br>ROANOKE, VA 24024-2345 |
| CREDITOR ID: 407794-15<br>H&E EQUIPMENT SERVICES LLC<br>ATTN TERI GROSS, REGIONAL CR MGR<br>4310 E COLUMBUS DRIVE<br>TAMPA FL 33605 | CREDITOR ID: 251114-12<br>H&E EQUIPMENT SERVICES LLC<br>PO BOX 261150<br>BATON ROUGE, LA 70826-1150 | CREDITOR ID: 251073-12<br>H&H DISTRIBUTING CO<br>PO BOX 307<br>URBANNA, VA 23175 |
| CREDITOR ID: 251075-12<br>H&H PLUMBING INC<br>ATTN: CAROLE D DULIN, TREAS<br>8308 FAIRVIEW ROAD<br>MINT HILL, NC 28227 | CREDITOR ID: 395657-65<br>H&L CONSTRUCTION<br>68417 JANICE AVE<br>COVINGTON, LA 70433 | CREDITOR ID: 251076-12<br>H&L CONSTRUCTION & RENOVATION INC<br>68417 JANICE AVE<br>COVINGTON, LA 70433 |
| CREDITOR ID: 251084-12<br>H&T SEAFOOD INC<br>ATTN LU THONG, PRES<br>5598 LINDBERGH LANE<br>BELL, CA 90201 | CREDITOR ID: 382640-51<br>H&W COMPUTER SYSTEMS<br>PO BOX 46019<br>BOISE, ID 83711 | CREDITOR ID: 550326-BI<br>H&W COMPUTER SYSTEMS INC<br>PO BOX 46019<br>BOISE ID 83711-0190 |
| CREDITOR ID: 550327-BI<br>H2O TRANSPORT INC<br>7738 OTT WILLIAMS ROAD<br>CLERMONT FL 34714 | CREDITOR ID: 251117-12<br>H2O TRANSPORT, INC<br>ATTN DANIEL G WALKER/PAULA R WAH<br>7738 OTT WILLIAMS ROAD<br>CLERMONT FL 34714 | CREDITOR ID: 382643-51<br>HAAS PUBLISHING COMPANIES, INC DBA<br>DISTIBUTECH<br>3139 CAMPUS DRIVE, SUITE 900<br>NORCROSS, GA 30071 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 536024-BA<br>HAAS, MARILYN<br>216 CAVALIER CT.<br>NORTH FORT MYERS FL 33917 | CREDITOR ID: 538144-BA<br>HAAS, MARILYN<br>C/O BRYAN VIGNESS<br>MORGAN & MORGAN<br>PO BOX 9504<br>FT MYERS FL 33906-9504 | CREDITOR ID: 416062-L1<br>HAAS, MARILYN J<br>C/O MORGAN & MORGAN, PA<br>ATTN BRIAN C VIGNESS, ESQ.<br>12800 INIVERSITY DRIVE, SUITE 600<br>PO BOX 9504<br>FT MYERS FL 33906-9504 |
| CREDITOR ID: 550328-BI<br>HABERSHAM COUNTY MEDICAL CENTER<br>PO BOX 37<br>DEMOREST GA 30535 | CREDITOR ID: 550329-BI<br>HABETZ ROOF SERVICE INC<br>4217 ROBERTS COVE ROAD<br>RAYNE LA 70578 | CREDITOR ID: 251122-12<br>HABETZ ROOF SERVICE, INC<br>ATTN SANDRA B HABETZ, OFF MGR<br>4217 ROBERTS COVE ROAD<br>RAYNE, LA 70578 |
| CREDITOR ID: 550330-BI<br>HABITAT FOR HUMANITY OF NEW ORLEANS<br>7100 ST CHARLES AVENUE<br>PO BOX 15052<br>NEW ORLEANS LA 70175 | CREDITOR ID: 550331-BI<br>HABITAT FOR HUMANITY OF ST TAMMANY<br>919 N COLUMBIA STREET<br>COVINGTON LA 70433 | CREDITOR ID: 492949-97<br>HACKBARTH DELIVERY SERVICE INC<br>ATTN: LONA WHITLOCK, ASST CONTROLLE<br>DEPT 1201<br>PO BOX 2153<br>BIRMINGHAM AL 35287 |
| CREDITOR ID: 251126-12<br>HACKBARTH DELIVERY SERVICE, INC<br>ATTN: SHANNON WOODS, AR MGR<br>DEPT 1201<br>PO BOX 2153<br>BIRMINGHAM, AL 35287-1201 | CREDITOR ID: 536025-BA<br>HACKETT, ELEONORA<br>429 OLD GRATHAM RD.<br>GOLDSBORO NC 27530 | CREDITOR ID: 1406-07<br>HADDCO PROPERTIES LTD PARTNERS<br>C/O ATLANTIC COMMERCIAL PROPER<br>8761 PERIMETER PARK BLVD.<br>JACKSONVILLE, FL 32216 |
| CREDITOR ID: 550332-BI<br>HADDCO PROPERTIES LTD PARTNERSHIP<br>C/O ATLANTIC COMMERCIAL PROPER<br>8761 PERIMETER PARK BLVD SUIT<br>SUITE 200<br>JACKSONVILLE FL 32216 | CREDITOR ID: 536026-BA<br>HADDEN, JOHN<br>1134 COVINGTON STREET<br>OVIEDO FL 32765 | CREDITOR ID: 538145-BA<br>HADDEN, JOHN<br>C/O FRANKLIN WALDEN<br>LAW OFFICES OF FRANKLIN T. WALDEN<br>1936 LEE RD.<br>SUITE 100<br>WINTER PARK FL 32789 |
| CREDITOR ID: 536027-BA<br>HADDOCK, LILLIE<br>PO BOX 1638<br>HARDWICK GA 31034 | CREDITOR ID: 538146-BA<br>HADDOCK, LILLIE<br>C/O CEDRIC B. DAVIS<br>ADAMS, JORDAN & TREADMILL, P.C.<br>115 E. MCINTOSH STREET<br>P.O. BOX 1370<br>MILLEDGEVILLE GA 31059-1370 | CREDITOR ID: 536028-BA<br>HADLEY, PATRICIA<br>6710 WOODVILLE ST APT 195<br>TAMPA FL 33610 |
| CREDITOR ID: 390854-55<br>HADLEY, STEPHEN<br>PO BOX 420177<br>KISSIMMEE FL 34741 | CREDITOR ID: 390854-55<br>HADLEY, STEPHEN<br>C/O TODD E COPELAND & ASSOCIATES PA<br>ATTN TODD E COPELAND, ESQ.<br>338 NORTH MAGNOLIA AVENUE, SUITE B<br>ORLANDO FL 32801 | CREDITOR ID: 555325-BC<br>HADRICK, JEFFERY<br>100 GATES DR. APT. 5<br>FRANKLIN LA 70538 |
| CREDITOR ID: 555326-BC<br>HAFID, ALEX<br>1103 N PALM AVE<br>KISSIMMEE FL 34741 | CREDITOR ID: 536029-BA<br>HAGAN, DELORES<br>614318 RIVER RD.<br>CALLAHAN FL 32011 | CREDITOR ID: 536030-BA<br>HAGAN, DONNA<br>110 TANYA ST.<br>LAFAYETTE LA 70507 |
| CREDITOR ID: 392918-55<br>HAGLER, AURLINDA<br>C/O LANING & LANING<br>ATTN PAUL LANING, ESQ<br>2100 FIRST AVENUE N, SUITE 400<br>BIRMINGHAM AL 35203 | CREDITOR ID: 392185-55<br>HAIDAR, MOUNIR<br>C/O LUKS AND SANTANIELLO, LLC<br>ATTN DANIEL SANTANIELLO, ESQ<br>515 LAS OLAS BLVD<br>FT LAUDERDALE FL 33001 | CREDITOR ID: 550333-BI<br>HAIER AMERICA TRADING LLC<br>PO BOX 2462<br>BUFFALO NY 14240-2462 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 387128-54<br>HAIGE, HARRY<br>C/O WARREN KNAUST KNAUST & ASSOC PA<br>ATTN WARREN J KNAUST, ESQ<br>2167 5TH AVE<br>ST. PETERSBURG, FL 33713-8013 | CREDITOR ID: 536031-BA<br>HAIGHT, ANGELE<br>39 MORNINGSTAR<br>ORMOND BEACH FL 32174 | CREDITOR ID: 538147-BA<br>HAIGHT, ANGELE<br>C/O WILLIAM M. CHANFRAU, JR., ESQ.<br>CHANFRAU & CHANFRAU<br>701 N. PENINSULA DR<br>DAYTONA BEACH FL 32118 |
| CREDITOR ID: 391932-55<br>HAILES, TOMACENA<br>C/O JERRY GILBREATH, ESQ<br>PO BOX 1772<br>LAUREL MS 39441 | CREDITOR ID: 392745-55<br>HAILSTOCK, ODIS<br>C/O MARK A CASTO, PC<br>ATTN MARK A CASTO, ESQ<br>912 SECOND AVENUE<br>PO BOX 45<br>COLUMBUS GA 31901 | CREDITOR ID: 411410-98<br>HAIN CAPITAL GROUP LLC<br>ATTN GANNA LIBERCHUK<br>301 ROUTE 17 6TH FLOOR<br>RUTHERFORD NJ 07070 |
| CREDITOR ID: 452382-98<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN G LIBERCHUK/R J KOLTAI<br>301 ROUTE 17, 6TH FLR<br>RUTHERFORD NJ 07070 | CREDITOR ID: 493111-15<br>HAIN CAPITAL HOLDINGS LLC, ASSIGNEE<br>OF PROTECTIVE LIFE INSURANCE CO<br>ATTN G LIBERCHUK/R J KOLTAI<br>301 STATE ROUTE 17, 6TH FLOOR<br>RUTHERFORD NJ 07070 | CREDITOR ID: 399349-98<br>HAIN CAPITAL INVESTORS LLC<br>ATTN G LIBERCHUK/ROBERT J KOLTAI<br>301 ROUTE 17 STE 300<br>RUTHERFORD NJ 07070 |
| CREDITOR ID: 550334-BI<br>HAIN CAPITAL INVESTORS LLC<br>301 ROUTE 17<br>6TH FLOOR<br>RUTHERFORD NJ 07070 | CREDITOR ID: 411409-98<br>HAIN CAPITAL OPPORTUNITIES LLC<br>ATTN G LIBERCHUK/ROBERT J KOLTAI<br>301 ROUTE 17 N 6TH FLOOR<br>RUTHERFORD NJ 07070 | CREDITOR ID: 251135-12<br>HAIN CELESTIAL GROUP INC<br>ATTN MARLA R HYNDMON, VP/CONTR<br>PO BOX 32028<br>HARTFORD, CT 06150-2028 |
| CREDITOR ID: 550335-BI<br>HAINES & CO<br>PO BOX 2117<br>NORTH CANTON OH 44720-0117 | CREDITOR ID: 536032-BA<br>HAINES, PATRICIA<br>1895 NORTH TAMIAMI TRAIL #D7<br>NORTH FORT MYERS FL 33903 | CREDITOR ID: 397166-67<br>HAIR STATION, THE<br>1770 ELLIS AVENUE, SUITE 162<br>JACKSON, MS 39204 |
| CREDITOR ID: 393306-55<br>HAIR, LAURA<br>C/O ROSEN & CHALIK, PA<br>ATTN JASON CHALIK, ESQ<br>300 NORTHWEST 82ND AVE, SUITE 414<br>PLANTATION FL 33324 | CREDITOR ID: 555327-BC<br>HAIRE, DOLLY<br>1135 PINE VALLEY LANE<br>TITUSVILLE FL 32780 | CREDITOR ID: 538148-BA<br>HAIRSTON, TERESA<br>C/O CREIGHTON SHAFTER, ESQ<br>DIAZ SHAFTER, P.A.<br>305 NORTH ARMENIA AVE.<br>TAMPA FL 33609 |
| CREDITOR ID: 536033-BA<br>HAIRSTON, TERESA<br>524 9TH AVE SOUTH<br>SAINT PETERSBURG FL 33701 | CREDITOR ID: 390856-55<br>HAJJ, GHAZI<br>C/O ELLIS & GED, PA<br>ATTN C GLEN GED, ESQ<br>7171 N FEDERAL HIGHWAY<br>BOCA RATON FL 33487 | CREDITOR ID: 251140-12<br>HAKALA & ASSOCIATES INC<br>ATTN STEPHEN P HAKALA, PRESIDENT<br>1135 NATURES HAMMOCK ROAD NORTH<br>FRUIT COVE FL 32259 |
| CREDITOR ID: 555328-BC<br>HAKY, DEBBIE<br>PO BOX 1007<br>JENSEN BEACH FL 34958 | CREDITOR ID: 550336-BI<br>HALE COUNTY CIRCUIT CLERK<br>PO DRAWER 99<br>RM #8  HALE COUNTY  COURTHOUSE<br>GREENSBORO AL 36744 | CREDITOR ID: 403498-15<br>HALE PLUMBING INC<br>ATTN JAMES K HALE, PRES<br>910 PARK AVE<br>ROANOKE RAPIDS NC 27870 |
| CREDITOR ID: 555329-BC<br>HALEY, KIRSTEEN<br>54419 CHURCH RD.<br>CALLAHAN FL 32011 | CREDITOR ID: 381745-15<br>HALEY, PATRICIA<br>C/O WATSON JIMMERSON GIVHAN ET AL<br>ATTN ERIC J ARTRIP, ESQ<br>PO BOX 18368<br>HUNTSVILLE AL 35804 | CREDITOR ID: 550337-BI<br>HALF HITCH TACKLE CO INC<br>2206 THOMAS DRIVE<br>PANAMA CITY FL 32408 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 555335-BC<br>HALL (MINOR), HARRIE-MAE<br>1079 SW 2ND AVE<br>DEERFIELD BEACH FL 33441 | CREDITOR ID: 1407-07<br>HALL PROPERTIES<br>2358 RIVERSIDE AVE, SUITE 701<br>JACKSONVILLE, FL 32204 | CREDITOR ID: 550338-BI<br>HALL PROPERTIES INC<br>2720 PARK STREET<br>SUITE 204<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 139361-09<br>HALL, ANGELA<br>120 JEFFERSON  STREET<br>FITZGERALD GA 31750 | CREDITOR ID: 536034-BA<br>HALL, ANISHA<br>1019 WINTHORP ST<br>JACKSONVILLE FL 32206 | CREDITOR ID: 385660-54<br>HALL, BARBARA<br>741 E 7TH STREET<br>HIALEAH, FL 33010 |
| CREDITOR ID: 385660-54<br>HALL, BARBARA<br>C/O JOSHUA D MEDVIN & ASSOCIATES<br>ATTN CULLEN J LANE, ESQ<br>4112 AURORA STREET<br>CORAL GABLES FL 33146 | CREDITOR ID: 536035-BA<br>HALL, BELINDA<br>427 SOUTH FOSTER STREET<br>DOTHAN AL 36301 | CREDITOR ID: 536036-BA<br>HALL, CHARLENE<br>440 WILLOW SPRINGS LANE<br>ROCK HILL SC 29730 |
| CREDITOR ID: 555334-BC<br>HALL, CLARA<br>775 MOREY RD.<br>ALBANY GA 31705 | CREDITOR ID: 403736-94<br>HALL, CYNTHIA R<br>135 COURTS OF HAMPTON<br>HAMPTON GA 30228 | CREDITOR ID: 555331-BC<br>HALL, DANILLE<br>10240 MAIN STREET<br>LUTZ FL 33559 |
| CREDITOR ID: 139465-09<br>HALL, DELORES<br>980 ORIENTHAL  BLVD<br>OPA LOCKA FL 33054 | CREDITOR ID: 139465-09<br>HALL, DELORES<br>C/O LAW OFFICE OF ROBERT J SLOTKIN<br>ATTN ROBERT J SLOTKIN, ESQ<br>2101 NORTH ANDREWS AVE, SUITE 400<br>FORT LAUDERDALE FL 33311 | CREDITOR ID: 536037-BA<br>HALL, EDDIE<br>PO BOX 924<br>TALLAHASSEE FL 32302 |
| CREDITOR ID: 538149-BA<br>HALL, GLORIA LAURITA<br>C/O MARK UPTON<br>DANIEL, UPTON, PERRY & MORRIS<br>P.O. BOX 1800<br>DAFFNEY AL 36526 | CREDITOR ID: 536038-BA<br>HALL, GLORIA LAURITA<br>507 CARDINAL DR.<br>DUBLIN GA 31021 | CREDITOR ID: 400521-88<br>HALL, JOEY<br>C/O JAMES A JOHNSON, PC<br>ATTN HENDRIK S SNOW, ESQ<br>21 N FLORIDA ST<br>MOBILE AL 36607 |
| CREDITOR ID: 139570-09<br>HALL, KAREN E<br>7209 S ORANGE BLOSSOM TRL<br>ORLANDO FL 32809-5718 | CREDITOR ID: 32114-05<br>HALL, KEVIN D<br>1727 FOREST CREEK DRIVE<br>JACKSONVILLE FL 32225 | CREDITOR ID: 536039-BA<br>HALL, MAURICE<br>2835 GAMMA ST.<br>ORLANDO FL 32810 |
| CREDITOR ID: 538150-BA<br>HALL, MAURICE<br>C/O JOHN MALKOWSKI<br>KENNEDY LAW GROUP<br>5100 W. KENNEDY BLVD.<br>SUITE 100<br>TAMPA FL 33609 | CREDITOR ID: 538151-BA<br>HALL, RITA<br>C/O DEANI BEARD MILANO, ESQ.<br>DEANI BEARD MILANO<br>2380 BARATARIA BLVD., SUITE 1<br>MARRERO LA 70072 | CREDITOR ID: 406707-MS<br>HALL, ROBERT J JR<br>PO BOX 290696<br>PORT ORANGE FL 32129 |
| CREDITOR ID: 397352-15<br>HALL, RODGER D<br>5797 SELLERS RD<br>MARIANNA FL 32446 | CREDITOR ID: 394038-61<br>HALL, RODGERS, MILLIKAN & CROOM, PLLC<br>ATTN JONATHAN E HALL<br>1225 CRESCENT GREEN, STE 100<br>CARY, NC 27511 | CREDITOR ID: 555333-BC<br>HALL, SARAH<br>3801 N.W. 4CT<br>FORT LAUDERDALE FL 33311 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 415963-15<br>HALL, SMITH, PRIM & FREEMAN, PA<br>ATTN BENJAMIN J FREEMAN, ESQ<br>360 NORTH OATES STREET<br>DOTHAN AL 36303 | CREDITOR ID: 555330-BC<br>HALL, SUSANS<br>520 CHURCH ST<br>W MELBOURNE FL | CREDITOR ID: 536041-BA<br>HALL, TAIKA<br>104B VALLEY CREEK<br>SELMA AL 36701 |
| CREDITOR ID: 538152-BA<br>HALL, TAIKA<br>C/O ZACHARY T. COLLINS, ESQ.<br>MONTGOMERY ST.<br>SUITE 213<br>MONTGOMERY AL 36104 | CREDITOR ID: 2013-07<br>HALL, WILLIAM H<br>2358 RIVERSIDE AVE<br>SUITE 701<br>JACKSONVILLE FL 33204 | CREDITOR ID: 2013-07<br>HALL, WILLIAM H<br>C/O ROBERT A HECKIN LAW OFFICE<br>ATTN ROBERT A HECKIN, ESQ<br>1 SLEIMAN PARKWAY, STE 280<br>JACKSONVILLE FL 32216 |
| CREDITOR ID: 385467-54<br>HALL, WILLIAM S<br>601 N NEWNAN STREET, APT 506<br>JACKSONVILLE, FL 32202 | CREDITOR ID: 385607-54<br>HALLGREN, ZELDA<br>RONES & NAVARRO<br>ATTN LAURENCE NAVARRO, ESQ<br>16105 NE 18TH AVENUE<br>NORTH MIAMI BEACH FL 33162 | CREDITOR ID: 385607-54<br>HALLGREN, ZELDA<br>1835 SW PARK LANE<br>FT LAUDERDALE, FL 33315 |
| CREDITOR ID: 399399-15<br>HALLGREN, ZELDA & WALTER<br>C/O RONES & NAVARRO<br>ATTN LAWRENCE J NAVARRO, ESQ<br>16105 NE 18TH AVE<br>NORTH MIAMI BEACH FL 33162 | CREDITOR ID: 555336-BC<br>HALLI (MINOR), MIRANDA<br>4010 ST. LOUIS RD<br>MONTGOMERY AL 36116 | CREDITOR ID: 381226-47<br>HALLMAN, MIMI & MICHAEL<br>1147 PARKINS MILL ROAD<br>GREENVILLE, SC 29607 |
| CREDITOR ID: 384156-47<br>HALLMARK FAMILY PHYSICIANS INC<br>PO BOX 3300<br>LENOIR, NC 28645 | CREDITOR ID: 550340-BI<br>HALLMARK FAMILY PHYSICIANS INC<br>PO BOX 3300<br>LENOIR NC 28645 | CREDITOR ID: 383094-51<br>HALLMARK MARKETING CORPORATION<br>2501 MCGEE<br>KANSAS CITY, MO 64141-6580 |
| CREDITOR ID: 278790-99<br>HALLMARK MARKETING CORPORATION<br>C/O PATTERSON BELKNAP WEBB TYLER<br>ATTN:DAVID DYKHOUSE/MICHAEL HANDLER<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-6710 | CREDITOR ID: 278816-99<br>HALLMARK MARKETING CORPORATION<br>PATTERSON BELKNAP WEBB & TYLER<br>ATTN MICHAEL HANDLER ESQ<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-6710 | CREDITOR ID: 278815-99<br>HALLMARK MARKETING CORPORATION<br>C/O PATTERSON BELKNAP WEBB & TYLER<br>ATTN: D DYKEHOUSE/M HANDLER<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-6710 |
| CREDITOR ID: 550343-BI<br>HALLMARK MARKETING INC<br>PO BOX 73627<br>CHICAGO IL 60673-7627 | CREDITOR ID: 550342-BI<br>HALLMARK MARKETING INC<br>PO BOX 73627<br>FEDI VENDOR<br>ATT: SUE STARK<br>CHICAGO IL 60673-7627 | CREDITOR ID: 550341-BI<br>HALLMARK MARKETING INC<br>PO BOX 73627<br>ATT: SUE STARK<br>CHICAGO IL 60673-7627 |
| CREDITOR ID: 245066-12<br>HALLMARK, CHARLES W<br>706 31 STREET<br>PHENIX CITY AL 36867 | CREDITOR ID: 550339-BI<br>HALL-NAMIE PACKING CO<br>PO BOX 11488<br>CHICKASAW AL 36671-0488 | CREDITOR ID: 278894-30<br>HALLS WHOLESALE FLORIST<br>ATTN FRANK H GALLONEY, IV, PRES<br>PO BOX 897<br>THEODORE, AL 36590 |
| CREDITOR ID: 550344-BI<br>HALLS WHOLESALE FLORIST<br>PO BOX 897<br>THEODORE AL 36590 | CREDITOR ID: 406708-MS<br>HALLYBURTON, RICHARD R<br>PO BOX 1364<br>TAYLORS SC 29687 | CREDITOR ID: 550345-BI<br>HALPERN ENTERPRISES<br>5269 BUFORD HWY<br>ATLANTA GA 30340 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of**
**Reorganization, (B) Occurrence of Effective Date**
**of Plan, and (C) Bar Dates for Filing claims Arising**
**before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

CREDITOR ID: 550346-BI
HALPERN ENTERPRISES INC
5269 BUFORD HIGHWAY
ATTN A/R MANAGER
ATLANTA GA 30340

CREDITOR ID: 315835-40
HALPERN ENTERPRISES INC
ATTN A/R MANAGER
5269 BUFORD HIGHWAY
ATLANTA, GA 30340

CREDITOR ID: 408256-99
HALPERN ENTERPRISES, INC
C/O KITCHENS KELLEY GAYNES, PC
ATTN: MARK A KELLEY, ESQ
11 PIEDMONT CENTER, SUITE 900
ATLANTA GA 30305

CREDITOR ID: 408256-99
HALPREN ENTERPRISES, INC
C/O HELD & ISREAL
ATTN: EDWIN W HELD JR., ESQ
1301 RIVERPLACE BLVD
SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 555339-BC
HALSTEAD, MARGIA
5010 HILL ROAD
ALBANY GA 31705

CREDITOR ID: 555338-BC
HALSTEAD, RICHARD
10015 EBERT AVE
HASTINGS FL 32145

CREDITOR ID: 536042-BA
HALTON, JILLIAN
P.O. BOX 6
OAKLAND FL 34760

CREDITOR ID: 392969-55
HAMBY, BRITTANY
C/O FULTON & BARR, PA
ATTN ANDREW C BARR, ESQ
PO BOX 17947
GREENVILLE SC 29606-7947

CREDITOR ID: 403737-94
HAMEED, MOHAMED A
2709 JEFFERY DR
ORLANDO FL 32835

CREDITOR ID: 536043-BA
HAMER, BOBBI
11670 W. RIDE DR.
JACKSONVILLE FL 32223

CREDITOR ID: 410591-15
HAMERLING, ROBERT & NANCY
22300 CALIBRRE CT APT 1408
BOCA RATON FL 33433-5563

CREDITOR ID: 538153-BA
HAMID ALLAH, JIMILA
C/O SETH LEHRMAN, ESQ.
LEHRMAN & LEHRMAN PA
1801 NORTH PINE ISLAND RD
SUITE 103
PLANTATION FL 33322

CREDITOR ID: 536044-BA
HAMID ALLAH, JIMILA
310 NW 88TH AVE. APT. 207
SUNRISE FL 33351

CREDITOR ID: 550347-BI
HAMILTON BEACH PROCTOR SILEX
1524 RELIABLE PARKWAY
CHICAGO IL 60686-1656

CREDITOR ID: 279423-99
HAMILTON BEACH/PROCTOR SILEX INC
ATTN: WILLIAM RAY
4421 WATERFRONT DR
GLEN ALLEN VA 23060

CREDITOR ID: 550348-BI
HAMILTON COUNTY COURT OF GENERAL SESSION
CIVIL DIV RM 111 COURTS BUILDING
600 MARKET STREET
CHATTANOOGA TN 37402-1911

CREDITOR ID: 533772-99
HAMILTON COUNTY OH
ATTN: JAMES S GINOCCHIO, ESQ
ASSISTANT PROSECUTING ATTORNEY
230 E NINTH ST, STE 4000
CINCINNATI OH 45202

CREDITOR ID: 251181-12
HAMILTON LOCK & SAFE
12217 NW 8TH PL
NEWBERRY FL 32669-2736

CREDITOR ID: 550350-BI
HAMILTON LOCK & SAFE
2725 S W 125TH STREET
ARCHER FL 32618

CREDITOR ID: 550349-BI
HAMILTON LOCK & SAFE
12217 NW 8TH PLACE
NEWBERRY FL 32669

CREDITOR ID: 550351-BI
HAMILTON SQUARE LLC
C/O GRAVLEE COMMERCIAL
8080 N CENTRAL EXPRESSWAY
SUITE 860
DALLAS TX 75206

CREDITOR ID: 1411-07
HAMILTON SQUARE LLC
C/O GRAVLEE COMMERCIAL
8080 N. CENTRAL EXPRESSWAY
DALLAS, TX 75206

CREDITOR ID: 406709-MS
HAMILTON, CHARLES H
849 BELAIR DRIVE
ROCK HILL SC 29732

CREDITOR ID: 536045-BA
HAMILTON, CHIARA NICOLE
3885 BIRCHFEILD AVE.
HARVEY LA 70058

CREDITOR ID: 538154-BA
HAMILTON, CHIARA NICOLE
C/O JOSEPH LARRE
LARRE & LARRE. LLC
1019 4TH STREET
GRETNA LA 70053

CREDITOR ID: 382644-51
HAMILTON, GLEN
2303 SOUTHBROOK DRIVE
ORANGE PARK, FL 32003

CREDITOR ID: 403738-94
HAMILTON, GLEN S
2303 SOUTHBROOK DRIVE
ORANGE PARK FL 32003

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406711-MS<br>HAMILTON, JIMMY<br>PO BOX 780356<br>TALLASSEE AL 36078 | CREDITOR ID: 410367-15<br>HAMILTON, MARGARET<br>3053 SHENANDOAH DRIVE<br>MONTGOMERY AL 36116 | CREDITOR ID: 410367-15<br>HAMILTON, MARGARET<br>C/O AZAR & AZAR, LLC<br>ATTN GEORGE B AZAR, ESQ<br>PO BOX 2028<br>MONTGOMERY AL 36102-2028 |
| CREDITOR ID: 555340-BC<br>HAMILTON, MILTON<br>1388 KINGS MOUNTAIN RD<br>COLUMBUS GA 31907 | CREDITOR ID: 392574-55<br>HAMILTON, NATALIE SCHAE<br>C/O MITCHELL J COOK, PA<br>ATTN MITCHELL J COOK, ESQ<br>3706 NORTH ROOSEVELT BLVD, STE I<br>KEY WEST FL 33040 | CREDITOR ID: 406712-MS<br>HAMILTON, NEIL<br>4284 WESLEY WOODS DR<br>ROCK HILL SC 29732 |
| CREDITOR ID: 536046-BA<br>HAMILTON, VICKI<br>914 MONTANA AVE<br>LUTZ FL 33548 | CREDITOR ID: 381088-47<br>HAMLETT ASSOCIATES INC<br>ATTN DAN DONOVAN, CFO<br>3704 SECURITY MILLS RD<br>CLIMAX NC 27233 | CREDITOR ID: 536047-BA<br>HAMMAC, JOANN<br>101 LAKE HUNTER DR<br>APARTMENT 22<br>LAKELAND FL 33803 |
| CREDITOR ID: 555341-BC<br>HAMMAN, FRANCES<br>1237 ERMINE ST E<br>LEHIGH ACRES FL 33936 | CREDITOR ID: 536048-BA<br>HAMMER, SYDEL<br>2295 SOUTH OCEAN BLVD #504<br>PALM BEACH FL 33480 | CREDITOR ID: 538155-BA<br>HAMMER, SYDEL<br>C/O STEVE SMITH<br>SEARCY, DENNEY, SCAROLA, BARNHART & SHIP<br>2139 PALM BEACH LAKES BLVD.<br>P. O. DRAWER 3626<br>W. PALM BEACH FL 33402-3626 |
| CREDITOR ID: 550352-BI<br>HAMMERDALE INC<br>% R ALEX SMITH<br>P O DRAWER 3308<br>MERIDIAN MS 39303 | CREDITOR ID: 315836-40<br>HAMMERDALE INC<br>C/O R ALEX SMITH<br>PO DRAWER 3308<br>MERIDIAN, MS 39303 | CREDITOR ID: 405981-99<br>HAMMERDALE INC NV<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 550353-BI<br>HAMMOND DAILY STAR<br>P O BOX 1149<br>HAMMOND LA 70404-1149 | CREDITOR ID: 382353-51<br>HAMMOND DAILY STAR<br>PO BOX 1149<br>HAMMOND, LA 70404 | CREDITOR ID: 251186-12<br>HAMMOND DAILY STAR<br>PO BOX 1149<br>HAMMOND, LA 70404-1149 |
| CREDITOR ID: 550354-BI<br>HAMMOND FRENCH MARKET SEAFOOD<br>109 N CYPRESS ST<br>HAMMOND LA 70401 | CREDITOR ID: 406714-MS<br>HAMMOND, FRED W<br>310 SWEETWATER RIDGE<br>BURNSVILLE NC 28714 | CREDITOR ID: 402203-90<br>HAMMOND, WALTER B<br>307 THREE SKILLET ROAD<br>SPRINGTOWN TX 76082 |
| CREDITOR ID: 398601-78<br>HAMMOND, WALTER H JR<br>4476 OAKDALE VINNING LANDING<br>SMYRNA GA 30080 | CREDITOR ID: 550355-BI<br>HAMMONDS TRUCKING INC<br>PO BOX 2153<br>DEPT 5210<br>BIRMINGHAM AL 35287-5210 | CREDITOR ID: 550356-BI<br>HAMMONTON PARTNERS<br>C/O AFI MANAGEMENT<br>1410 VALLEY ROAD<br>WAYNE NJ 07470 |
| CREDITOR ID: 383961-47<br>HAMMONTON PARTNERS<br>C/O AFI MANAGEMENT<br>ATTN ANTHONY J LASALA<br>1410 VALLEY ROAD<br>WAYNE, NJ 07470 | CREDITOR ID: 538156-BA<br>HAMON, CAROL<br>C/O J. LANE MIDDLETON, III<br>MCLUSKEY & MCDONALD, P.A.<br>THE BARRISTER BUILDING<br>8821 S.W. 69TH COURT<br>MIAMI FL 33156 | CREDITOR ID: 536049-BA<br>HAMON, CAROL<br>201 COUNTY RD MH4<br>P.O. BOX 833<br>BIG PINE KEY FL 33043 |

SERVICE LIST
**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 550357-BI<br>HAMPTON FARMS<br>PO BOX 149<br>SEVERN NC 27877 | CREDITOR ID: 550358-BI<br>HAMPTON HYDRAULICS INC<br>90 EAST 4TH STREET<br>ORLANDO FL 32824 | CREDITOR ID: 550359-BI<br>HAMPTON INN<br>12318 WAKE UNION CHURCH RD<br>WAKE FOREST NC 27587 |
| CREDITOR ID: 381055-47<br>HAMPTON INN<br>ATTN R DOYLE PARNISH, SECY/TREAS<br>12318 WAKE UNION CHURCH RD<br>WAKE FOREST, NC 27587 | CREDITOR ID: 407637-B1<br>HAMPTON INN & SUITES<br>C/O GNP GROUP OF PINEVILLE LLC<br>ATTN ELIZABETH FLEMING, OFFICE MGR<br>6428 BANNINGTON ROAD, SUITE B<br>CHARLOTTE NC 28226 | CREDITOR ID: 251204-12<br>HAMPTON INN AND SUITES PINEVILLE<br>401 TOWN CENTRE BOULEVARD<br>PINEVILLE, NC 28134 |
| CREDITOR ID: 550360-BI<br>HAMPTON INN AND SUITES PINEVILLE<br>401 TOWN CENTRE BOULEVARD<br>PINEVILLE NC 28134 | CREDITOR ID: 550361-BI<br>HAMPTON INN WOODRUFF<br>15 PARK WOODRUFF DRIVE<br>GREENVILLE SC 29607 | CREDITOR ID: 262825-12<br>HAMPTON QUARDIAN, THE<br>PO BOX 625<br>HAMPTON, SC 29924 |
| CREDITOR ID: 536050-BA<br>HAMPTON, ANNIE<br>4524 FAIRLANE CT<br>MONTGOMERY AL 36106 | CREDITOR ID: 536051-BA<br>HAMPTON, CAROL<br>1265 EMMA DR<br>MERRITT ISLAND FL 32952 | CREDITOR ID: 140237-09<br>HAMPTON, CEDRIC M<br>196 PECAN ACRES<br>STARKVILLE MS 39759 |
| CREDITOR ID: 393668-55<br>HAMRICK, JESSIE MAE<br>C/O BYRD & WISER<br>ATTN MATHEW MESTAYER, ESQ<br>PO BOX 1939<br>BIXOLI MS 39533 | CREDITOR ID: 492885-FC<br>HANAUER, CYNTHIA K<br>3946 CATTAIL POND CIRCLE WEST<br>JACKSONVILLE FL 32224 | CREDITOR ID: 398604-78<br>HANCE, JAMES H<br>117 COTTONWOOD CIRCLE<br>LYNN HAVEN FL 32444 |
| CREDITOR ID: 550363-BI<br>HANCOCK BANK<br>PO BOX 4019<br>ATTN ELAINE MCGARRH<br>GULFPORT MS 39502-9903 | CREDITOR ID: 403560-15<br>HANCOCK BANK<br>ATTN WILLIAM P WESSLER, ESQ<br>1624 24TH AVENUE<br>PO BOX 175<br>GULFPORT MS 39502 | CREDITOR ID: 555343-BC<br>HANCOCK, KAREL<br>4015 SAVANNA DRIVE<br>COLUMBUS GA 31907 |
| CREDITOR ID: 555342-BC<br>HANCOCK, LENIA<br>8717 JEFFERY RD<br>SOUTHPORT FL 32409 | CREDITOR ID: 555344-BC<br>HANCOCK, LOIS<br>10919 ORBEY RHODEN RD.<br>GLEN SAINT MARY FL 32040 | CREDITOR ID: 400341-85<br>HANCOCK, MARISSA<br>C/O PRUGH HOLLIDAY & KARATINOS, PL<br>ATTN TIMOTHY F PRUGH, ESQ<br>1009 WEST PLATT STREET<br>TAMPA FL 33606 |
| CREDITOR ID: 550364-BI<br>HAND HELD FOOD GROUP<br>PO BOX 905334<br>CHARLOTTE NC 28290-5334 | CREDITOR ID: 406717-MS<br>HAND, DAWN<br>1948 CALUMET PKY<br>PRATTVILLE AL 36066 | CREDITOR ID: 555345-BC<br>HAND, DEBORAH<br>PO BOX 43<br>YULEE FL 32097 |
| CREDITOR ID: 406718-MS<br>HAND, LAWRENCE<br>13910 BAY AVE<br>PANAMA CITY FL 32413 | CREDITOR ID: 403739-94<br>HAND, MICHAEL K<br>9761 PRINCE CHARLES ST<br>DENHAM SPRINGS LA 70726 | CREDITOR ID: 251223-12<br>HANDI-FOIL CORPORATION<br>3150 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 382647-51<br>HANDI-FOIL CORPORATION<br>135 EAST HINTZ RD<br>WHEELING, IL 60090-6035 | CREDITOR ID: 550365-BI<br>HANDI-FOIL CORPORATION<br>3150 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 | CREDITOR ID: 550367-BI<br>HANESBRANDS<br>PO BOX 905167<br>CHARLOTTE NC 28290 |
| CREDITOR ID: 550366-BI<br>HANESBRANDS<br>21692 NETWORK PLACE<br>CHICAGO IL 60673-1216 | CREDITOR ID: 392245-55<br>HANEY, REX<br>C/O VINCE BRUNER AND ASSOCS<br>ATTN R THURSBY OR V BRUNER, ESQS<br>3201 W HIGHWAY 98<br>PANAMA CITY FL 32401 | CREDITOR ID: 555346-BC<br>HANEY, TAMMY<br>1728 HAROLD STREET<br>MONTGOMERY AL 36110 |
| CREDITOR ID: 395401-64<br>HANLEY, DENNIS<br>28675 SETTLERS LN<br>PEPPER PIKE OH 44124-4570 | CREDITOR ID: 382648-51<br>HANLEY, DENNIS<br>25 GARDNER ROAD<br>EPSOM AUCKLAND,<br>NEW ZEALAND | CREDITOR ID: 555348-BC<br>HANNAH, ANNIE<br>5345 SUMTER 9<br>CUBA AL 36907 |
| CREDITOR ID: 555347-BC<br>HANNAH, DENISE<br>20411 SW 122ND CT<br>MIAMI FL 33177 | CREDITOR ID: 550368-BI<br>HANOVER FOODS CORP<br>PO BOX  644037<br>PITTSBURGH PA 15264-4037 | CREDITOR ID: 251228-12<br>HANOVER FOODS CORPORATION<br>ATTN: STEVEN E ROBERTSON, TREASURER<br>PO BOX 334<br>HANOVER PA 17331 |
| CREDITOR ID: 411346-GX<br>HANSEATIC INSURANCE CO. (BERMUDA) LTD.<br>WINDSOR PLACE<br>18 QUEEN STREET<br>HAMILTON  HM 11<br>BERMUDA | CREDITOR ID: 381309-47<br>HANSEN PAINT AND METAL SHOP<br>ATTN JAMES J BRANGERS, SR.<br>2620 CHESTNUT ST<br>LOUISVILLE, KY 40211 | CREDITOR ID: 385916-54<br>HANSEN, JULISSA<br>10 WEST ADAMS STREET<br>JACKSONVILLE, FL 32202 |
| CREDITOR ID: 385916-54<br>HANSEN, JULISSA<br>FARAH & FARAH, PA<br>ATTN COURTNEY JAMES FRENCH, ESQ<br>10 WEST ADAMS STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 550369-BI<br>HANSMANNS MILL INC<br>PO BOX 970<br>BINGHAMTON NY 13902 | CREDITOR ID: 550370-BI<br>HANSON MEMORIAL HIGH<br>903 ANDERSON ST<br>FRANKLIN LA 70538 |
| CREDITOR ID: 555349-BC<br>HANSON, WADE<br>CARDINAL STREET<br>CAPE CANAVERAL FL 32920 | CREDITOR ID: 555350-BC<br>HANTZ, SANDRA<br>124 HAVARD DRIVE<br>LAKE WORTH FL 33460 | CREDITOR ID: 550371-BI<br>HAPPY APPLE COMPANY<br>PO BOX 1038<br>WASHINGTON MO 63090 |
| CREDITOR ID: 550372-BI<br>HAPPY EGG DEALERS INC<br>PO BOX 5887<br>TAMPA FL 33675-5887 | CREDITOR ID: 550373-BI<br>HARAHAN ELEMENTARY SCHOOL<br>6723 JEFFERSON HWY<br>HARAHAN LA 70123 | CREDITOR ID: 391127-55<br>HARALSON, GWENDOLYN<br>C/O THOMAS & PEARL PA<br>ATTN BRIAN PEARL, ESQ<br>2404 NE 9TH STREET<br>FT LAUDERDALE FL 33304 |
| CREDITOR ID: 533683-CN<br>HARBOR INSURANCE COMPANY<br>ATTN LEGAL DEPARTMENT<br>5416 S YALE AVENUE, STE 300<br>TULSA OK 74135 | CREDITOR ID: 550374-BI<br>HARBOR SEAFOOD INC<br>969 LAKEVILLE ROAD<br>NEW HYDE PARK NY 11040 | CREDITOR ID: 555351-BC<br>HARDAWAY, CAROLYN<br>708 MANGUM<br>SELMA AL 36701 |

**Notice of (A) Entry of Order Confirming Plan of**
**Reorganization, (B) Occurrence of Effective Date**
**of Plan, and (C) Bar Dates for Filing claims Arising**
**before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                       **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 550375-BI<br>HARDEE COUNTY DISPOSAL<br>PO BOX 606<br>WAUCHULA FL 33873-0606 | CREDITOR ID: 550376-BI<br>HARDEE COUNTY TAX COLLECTOR<br>PO BOX 445<br>PROPERTY TAX<br>WAUCHULA FL 33873-0445 | CREDITOR ID: 492886-FC<br>HARDEE, KELLIE D<br>3325 BISHOP ESTATES ROAD<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 377860-45<br>HARDEE, KELLIE D<br>C/O WINN DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | CREDITOR ID: 400728-91<br>HARDEE, KELLIE D<br>3325 BISHOP ESTATES ROAD<br>JACKSONVILLE FL 32259 | CREDITOR ID: 403741-94<br>HARDEMAN, RODNEY J<br>6029 FRANCINE DRIVE<br>JACKSONVILLE FL 32234 |
| CREDITOR ID: 393044-55<br>HARDEN, ANNIE<br>C/O THE COCHRAN FIRM - MIAMI<br>ATTN JAMES S ROBERTSON, III, ESQ<br>100 SE SECOND ST, SUITE 3350<br>MIAMI FL 33131-2151 | CREDITOR ID: 400730-91<br>HARDEN, JOHN F<br>317 RIVERS EDGE DRIVE<br>RICHMOND KY 40475 | CREDITOR ID: 402204-90<br>HARDEN, LAVERN<br>1312 SORRELS COURT<br>JACKSONVILLE FL 32221 |
| CREDITOR ID: 420529-ST<br>HARDEN, LAVERN & CLIFFORD W JT TEN<br>1312 SORRELLS CT<br>JACKSONVILLE FL 32221 | CREDITOR ID: 406723-MS<br>HARDEN, OTIS DUKE<br>1844 COLONIAL DRIVE<br>GREEN COVE SPRINGS FL 32043 | CREDITOR ID: 398612-78<br>HARDESTY, FRANK<br>10673 CARDINGTON LANE<br>RALEIGH, NC 27614 |
| CREDITOR ID: 398613-78<br>HARDESTY, STEVEN<br>225 SHILLINGS CHASE DRIVE<br>CARY NC 27518 | CREDITOR ID: 406724-MS<br>HARDIN, ALLEN<br>3396 LYON DRIVE<br>LEXINGTON KY 40513 | CREDITOR ID: 406725-MS<br>HARDIN, JEFF<br>125 BENJAMIN AVENUE<br>GREER SC 29651 |
| CREDITOR ID: 403743-94<br>HARDWICK, RUSSELL T<br>392 GLADE PARK DRIVE<br>MONTGOMERY AL 36109 | CREDITOR ID: 550377-BI<br>HARDY FARMS<br>RT 2 BOX 2120<br>HAWKINSVILLE GA 31036 | CREDITOR ID: 550378-BI<br>HARDY S  SAUCES  LTD<br>P O BOX 225<br>ESTHERWOOD LA 70534 |
| CREDITOR ID: 251258-12<br>HARDY S SAUCES  LTD<br>PO BOX 225<br>ESTHERWOOD, LA 70534 | CREDITOR ID: 391749-55<br>HARDY, BARBARA<br>C/O JAMES A JOHNSON, PC<br>ATTN JAMES A JOHNSON, ESQ.<br>21 NORTH FLORIDA STREET<br>MOBILE AL 36607 | CREDITOR ID: 140899-09<br>HARDY, TAMIKA M<br>103 WARWICK AVENUE<br>PENSACOLA FL 32503 |
| CREDITOR ID: 391492-55<br>HARGETT, ETHELRENE<br>C/O DETRIA CARTER POWELL LAW OFFICE<br>ATTN DETRIA CARTER POWELL, ESQ<br>107 WEST MOORE STREET<br>PO BOX 1342<br>VALDOSTA GA 31603 | CREDITOR ID: 391492-55<br>HARGETT, ETHELRENE<br>900 HABERSHAM ROAD<br>VALDOSTA GA 31602 | CREDITOR ID: 555352-BC<br>HARGRODER, DEBORAH<br>114 N. RICHELIEN CIRCLE<br>NEW IBERIA LA 70560 |
| CREDITOR ID: 536052-BA<br>HARMAN, TASHA<br>456 NW 2ND TERRACE<br>DEERFIELD BEACH FL 33441 | CREDITOR ID: 382649-51<br>HARMON & ASSOCIATES<br>2 JERICHO PLAZA<br>NEW YORK, NY 11753 | CREDITOR ID: 391281-55<br>HARMON, ANNA<br>C/O BARNES BARNES & COHEN, PA<br>1843 ATLANTIC BLVD<br>JACKSONVILLE FL 32207 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                   **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 391281-55<br>HARMON, ANNA<br>C/O BARNES BARNES & COHEN, PA<br>ATTN CHALMERS BARNES, ESQ<br>2426-1 MAYPAT RD<br>JACKSONVILLE FL 32233 | CREDITOR ID: 32854-05<br>HARMON, BRIAN<br>259 BAYBROOK CIRCLE<br>NICHOLASVILLE KY 40356 | CREDITOR ID: 32859-05<br>HARMON, JERRY R<br>1608 LARKIN STREET<br>HIGH POINT NC 27262-0212 |
| CREDITOR ID: 536053-BA<br>HARMON, KATHLEEN<br>3602 DEVON STREET<br>TAMPA FL 33605 | CREDITOR ID: 538157-BA<br>HARMON, KATHLEEN<br>C/O MARC YONKERS, ESQ.<br>WINTERS & YONKER, P.A.<br>P. O. BOX 3342<br>TAMPA FL 33601 | CREDITOR ID: 555735-BC<br>HARMON, MARSH<br>205 PINE AVE<br>POLK CITY FL 33868 |
| CREDITOR ID: 555736-BC<br>HARNAGE, DEBRA<br>3205 OAKLAND ROAD SOUTH<br>LAKELAND FL 33801 | CREDITOR ID: 536054-BA<br>HARO, CYNTHIA<br>6161 SW 41ST<br>MIRAMAR FL 33023 | CREDITOR ID: 538158-BA<br>HARO, CYNTHIA<br>C/O MARC ANIDJAR, ESQ.<br>ANIDJAR & LEVINE, PA<br>790 E BROWARD BLVD<br>SUITE 302<br>FT LAUDERDALE FL 33301 |
| CREDITOR ID: 550381-BI<br>HAROLD G BAGWELL<br>PO BOX 1700<br>GARNER NC 27529 | CREDITOR ID: 550382-BI<br>HAROLD KELLER ELEMENTARY PTG<br>5301 IRVING ST<br>METAIRIE LA 70003 | CREDITOR ID: 251272-12<br>HAROLD REGISTER<br>1678 BEDIE RD<br>CHIPLEY, FL 32428 |
| CREDITOR ID: 550384-BI<br>HAROLD'S CAJUN DRESSING MIX<br>%KRAMER DUHON<br>17512 RIVER HILL DR<br>DALLAS TX 75287 | CREDITOR ID: 397297-69<br>HAROLD'S CLEAN SWEEP & LAWN SERVICE<br>315 FAT WALL ROAD<br>MARION, NC 28752 | CREDITOR ID: 399626-15<br>HAROLD'S LAWN SERVICE<br>ATTN HAROLD V BURLESON, OWNER<br>315 FAT WALL RD<br>MARION NC 28752-7702 |
| CREDITOR ID: 550385-BI<br>HAROLDS LAWN SERVICE AND CLEAN SWEEP<br>315 FAT WALL RD<br>MARION NC 28752 | CREDITOR ID: 555739-BC<br>HARPER (MINOR), JADEN<br>7838 LENORA CT.<br>PENSACOLA FL 32526 | CREDITOR ID: 550386-BI<br>HARPER CORP<br>DBA TXF PRODUCTS<br>PO BOX 915194<br>DALLAS TX 75391 |
| CREDITOR ID: 251278-12<br>HARPER CORP DBA TXF PRODUCTS<br>ATTN CHARLES D WORD<br>PO BOX 915194<br>DALLAS, TX 75391 | CREDITOR ID: 411242-B1<br>HARPER CORP DBA TXF PRODUCTS<br>ATTN GLENNA TERRELL, A/R MGR<br>320 WESTWAY PLACE #547<br>ARLINGTON TX 76018 | CREDITOR ID: 550387-BI<br>HARPER MCCAUGHAN ELEMENTARY SCHOOL<br>301 JEFF DAVIS AVE<br>LONG BEACH MS 39560 |
| CREDITOR ID: 538159-BA<br>HARPER, CHARLES<br>C/O EDUARD ARANGO, ESQ.<br>MCKEEVER LAW FIRM<br>807 W. MORSE BLVD.<br>STE. 200<br>WINTER PARK FL 32789 | CREDITOR ID: 536055-BA<br>HARPER, CHARLES<br>5602 VALLEY OAK RD.<br>ORLANDO FL 32808 | CREDITOR ID: 406727-MS<br>HARPER, GRAME M<br>13612 MARSH HARBOR DRIVE<br>JACKSONVILLE FL 32225 |
| CREDITOR ID: 555737-BC<br>HARPER, HESTER<br>901 W PINE<br>APT 9<br>HATTIESBURG MS 39401 | CREDITOR ID: 536056-BA<br>HARPER, IRIS<br>4737 NW 88TH AVE<br>SUNRISE FL 33351 | CREDITOR ID: 555738-BC<br>HARPER, JOAN<br>307 SW 16TH AVE. APT. 403<br>GAINESVILLE FL 32601 |

Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:   05-03817-3F1**

CREDITOR ID: 391206-55
HARPER, SHARKEVEA
C/O COHEN & COHEN, PA
ATTN KEITH GOLDBLUM, ESQ
2525 NORTH STATE ROAD 7 (441)
HOLLYWOOD FL 33021-3206

CREDITOR ID: 391191-55
HARPER, UTOPIA
C/O D HELFAND PA
ATTN DAVID A HELFAND, ESQ
ONE SE 3RD AVE, STE 2920
MIAMI FL 33131

CREDITOR ID: 406728-MS
HARPER, WAYNE J
105 CRESTWOOD DRIVE
SAFETY HARBOR FL 34695

CREDITOR ID: 555740-BC
HARPSTER, ELLA
112 WESTBURY LANE
PALM COAST FL 32164

CREDITOR ID: 408317-99
HARRELL & HARRELL, PA
ATTN: GREG SCHLAX
4735 SUNBEAM ROAD
JACKSONVILLE FL 32257

CREDITOR ID: 392487-55
HARRELL, BENJAMIN (MINOR)
C/O WILLIAM C BURN LAW OFFICES
ATTN WILLIAM C BURN, ESQ
25 ATLANTA STREET, SUITE F
MARIETTA GA 30060-1990

CREDITOR ID: 398619-78
HARRELL, EVELYN
4796 BETHANY DRIVE
HIHIRA, GA 31632

CREDITOR ID: 555741-BC
HARRELL, MARGIE
5044 TILLIE LANE
TALLAHASSEE FL 32305

CREDITOR ID: 381171-47
HARRELSON CONSTRUCTION
PO BOX 1463
CONWAY, SC 29528

CREDITOR ID: 536057-BA
HARRINGTON, DIANNE
854 WALKER AVE.
TAMPA FL 33612

CREDITOR ID: 550388-BI
HARRIS COUNTY
CHILD SUPPORT DIVISION
1115 CONGRESS
HOUSTON TX 77002

CREDITOR ID: 251283-12
HARRIS FREEMAN & CO, LP
ATTN CFO
DEPT 2412
LOS ANGELES, CA 90084-2412

CREDITOR ID: 251283-12
HARRIS FREEMAN & CO, LP
C/O DEMBO & SALDUTTI
ATTN ANNE S CANTWELL, ESQ
102 BROWNING LANE, BLDG B
CHERRY HILL NJ 08003

CREDITOR ID: 251284-12
HARRIS INC
PO BOX 1595
HENDERSON, NC 27536

CREDITOR ID: 406730-MS
HARRIS JR, HARVEY C.
2001 JUDSON CT.
VIRGINIA BEACH VA 23456

CREDITOR ID: 383039-51
HARRIS METHODIST HEALTH PLAN
611 RYAN PLAZA, SUITE 1500
ARLINGTON, TX 76011

CREDITOR ID: 550389-BI
HARRIS OVERHEAD DOOR
PO BOX 11011
MONTGOMERY AL 36111-1011

CREDITOR ID: 550390-BI
HARRIS TEA COMPANY
PO BOX 8500-54348
PHILADELPHIA PA 19178-4348

CREDITOR ID: 550391-BI
HARRIS TRANSPORT COMPANY
PO BOX 529
MONROE NC 28111

CREDITOR ID: 555751-BC
HARRIS, ADEL
P.O. BOX 644
MONTICELLO FL 32344

CREDITOR ID: 392241-55
HARRIS, ADRIANA
C/O DAVID J GLATTHORN, PA
ATTN DAVID J GLATTHORN, ESQ
506 A DATURA STREET
WEST PALM BEACH FL 33401

CREDITOR ID: 400732-91
HARRIS, ARTHUR W JR
2 AMES CT
TAYLORS SC 29687

CREDITOR ID: 555752-BC
HARRIS, BEATRICE
PO BOX 187
CENTER HILL FL 33514

CREDITOR ID: 406731-MS
HARRIS, BENJAMIN L
3014 HIDDEN OAKS DRIVE
MIDDLEBURG FL 32068

CREDITOR ID: 555743-BC
HARRIS, BOBBY
6364 PARK AVE.
MILTON FL 32570

CREDITOR ID: 33072-05
HARRIS, CHARLES E
11846 PINE NEEDLE LANE
HAMPTON GA 30228

CREDITOR ID: 536058-BA
HARRIS, DEBER
22401 OLEAN BLVD
PORT CHARLOTTE FL 33952

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                 **CASE:   05-03817-3F1**

CREDITOR ID: 555749-BC
HARRIS, DEJA MARIE
480 LAKE RD
DUBLIN GA 31021

CREDITOR ID: 391783-55
HARRIS, D-NEI T
C/O WILLIAM RUGGIERO LAW OFFICES
ATTN WILLIAM RUGGIERO
200 EAST BROWARD BLVD, SUITE 1100
FT. LAUDERDALE FL 33301

CREDITOR ID: 536059-BA
HARRIS, GAYLE
5618 9TH ST EAST
BRADENTON FL 34203

CREDITOR ID: 538160-BA
HARRIS, GAYLE
C/O JOHN MALKOWSKI, ESQ.
KENNEDY LAW GROUP
5100 WEST KENNEDY BLVD
SUITE 100
TAMPA FL 33609

CREDITOR ID: 555746-BC
HARRIS, GERALDINE
1111 LAKE AVE DR.
METAIRIE LA 70005

CREDITOR ID: 555744-BC
HARRIS, HATTIE
138 SW 14 TH AVE
DELRAY BEACH FL 33445

CREDITOR ID: 536060-BA
HARRIS, JAYLA
109 HILL GREENE RD
CRAWFORDVILLE FL 32327

CREDITOR ID: 555742-BC
HARRIS, JOHN
10809 SHASTA CT.
RIVERVIEW FL 33569

CREDITOR ID: 400412-85
HARRIS, KATHLEEN
C/O J SCOTT NOONEY & ASSOCIATES
ATTN K BROWN/J S NOONEY, ESQS
3535 HENDRICKS AVENUE
JACKSONVILLE FL 32207

CREDITOR ID: 538161-BA
HARRIS, KIM
C/O ABRAHAMSON, UITERWYK & BARNES
ABRAHAMSON, UITERWYK & BARNES
2639 MCCORMICK DRIVE
CLEARWATER FL 33759

CREDITOR ID: 536061-BA
HARRIS, KIM
11625 BRANCH MOORING
TAMPA FL 33635

CREDITOR ID: 406732-MS
HARRIS, LARRY W
946 SOUTH LAKESHORE DR
VALDOSTA GA 31605

CREDITOR ID: 392739-55
HARRIS, MAKIA
C/O BOHANAN & BELT, PC
ATTN RALPH BOHANAN JR, ESQ
2151 HIGHLAND AVENUE, SUITE 310
BIRMINGHAM AL 35205

CREDITOR ID: 555750-BC
HARRIS, MARC
11558 SW 56TH COURT
954-593-3008
COOPER CITY FL 33330

CREDITOR ID: 407795-15
HARRIS, MARSHATTA
C/O JAY ROTHLEIN, ESQ
800 WEST AVENUE, SUITE C-1
MIAMI BEACH FL 33139

CREDITOR ID: 538162-BA
HARRIS, MARY
C/O DAVID J. MALONEY
MALONEY-STROHMEYER, LLP
601 CHURCH ST
MOBILE AL 36602

CREDITOR ID: 536062-BA
HARRIS, MARY
355 SIMINGTON DR. APT A
MOBILE AL 36617

CREDITOR ID: 555745-BC
HARRIS, OPHELIA
1212 13TH AVE NORTH
APT  E
BIRMINGHAM AL 35201

CREDITOR ID: 536063-BA
HARRIS, RHODA
634 NORTH JOHNSON STREET
APT M
NEW ORLEANS LA 70112

CREDITOR ID: 406733-MS
HARRIS, ROY C
1349 LAWNDALE ST
GARNER NC 25729

CREDITOR ID: 390924-55
HARRIS, RUTH
C/O RICHARD J GARRETT, ESQ
4223 S CARROLLTON AVENUE
NEW ORLEANS LA 70119

CREDITOR ID: 391806-55
HARRIS, SACHIOUS
C/O MORGAN & MORGAN, PA
ATTN DONNY A OWENS, ESQ
815 SOUTH MAIN STREET, SUITE 301
JACKSONVILLE FL 32207

CREDITOR ID: 536064-BA
HARRIS, SANDRA
3466 PERSEVERE AVE
COCONUT GROVE FL 33143

CREDITOR ID: 538163-BA
HARRIS, SANDRA
C/O ROBERT ROBBINS, ESQ
ROBBINS & REYNOLDS, P.A.
9200 SOUTH DADELAND BLVD
SUITE 614
MIAMI FL 33156

CREDITOR ID: 392550-55
HARRIS, SARITA
C/O DAVID M BENEFELD, PA
ATTN DAVID M BENENFELD, ESQ
5950 W OAKLAND PARK BLVD, SUITE 310
LAUDERHILL FL 33313

CREDITOR ID: 555748-BC
HARRIS, SHERYL
10236 NW 35 THA AVE
MIAMI FL 33167

CREDITOR ID: 392592-55
HARRIS, SOPHIA
C/O KENNEDY LAW GROUP
ATTN JOHN MALKOWSKI, ESQ
5100 W KENNEDY BLVD, SUITE 100
TAMPA FL 33609

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

CREDITOR ID: 392549-55
HARRIS, SYLVIA
C/O RUE & ZIFFRA, PA
ATTN DAVID L SWEAT, ESQ
632 DUNLAWTON AVENUE
PORT ORANGE FL 32127-4384

CREDITOR ID: 538164-BA
HARRIS, TANISHA
C/O J. SCOTT NOONEY, ESQ.
THE LAW OFFICES OF J. SCOTT NOONEY & ASS
3535 HENDRICKS AVENUE
JACKSONVILLE FL 32207-3303

CREDITOR ID: 536065-BA
HARRIS, TANISHA
208 MOJAVE RD EAST
APT 4
JACKSONVILLE FL 32211

CREDITOR ID: 406734-MS
HARRIS, THOMAS
4819 WEST LAKE WAY
DOUGLASVILLE GA 30155

CREDITOR ID: 536066-BA
HARRIS-COBB, CAROLYN
805 MILLARD STREET
TALLAHASSEE FL 32301

CREDITOR ID: 538165-BA
HARRIS-COBB, CAROLYN
C/O HENRY HUNTER ESQ
HENRY C. HUNTER & ASSOCIATES PA
219 EAST VIRGINIA ST.
TALLAHASSEE FL 32301

CREDITOR ID: 555753-BC
HARRIS-FARMER, SUSAN
77035 FARMERVILLE WAY
YULEE FL 32097

CREDITOR ID: 550392-BI
HARRISON CENTRAL ELEMENTARY SCHOOL
15451 DEDEAUX ROAD
GULFPORT MS 39503

CREDITOR ID: 550393-BI
HARRISON COUNTY WASTEWATER
MANAGEMENT DISTRICT
PO BOX 2409
GULFPORT MS 39505-2409

CREDITOR ID: 550394-BI
HARRISON CRANE SERVICE
2440 N W 37TH ST
MIAMI FL 33142-5364

CREDITOR ID: 382874-51
HARRISON, ANDREW DBA
C/O ARNOLD GALLAGHER SAYDACK ET AL
ATTN LOREN S SCOTT, ESQ
PO BOX 1758
EUGENE OR 97440-1758

CREDITOR ID: 382874-51
HARRISON, ANDREW DBA
EXPOSURE SALES & MARKETING
PO BOX 50312
EUGENE, OR 97405

CREDITOR ID: 555755-BC
HARRISON, GERALDINE
35B RANGEDALE
SELMA AL 36701

CREDITOR ID: 536067-BA
HARRISON, LAKISHA
1715 37TH AVE
MERIDIAN MS 39307

CREDITOR ID: 381707-47
HARRISON, RANDALL W
1231 THOREAU
BATON ROUGE, LA 70808

CREDITOR ID: 390633-55
HARRISON, ROBIN
C/O PAPPAS & RUSSELL, PA
ATTN DAVID B RUSSELL, ESQ
213 SILVER BEACH AVE
DAYTONA BEACH FL 32118

CREDITOR ID: 555754-BC
HARRISON, RONALD
7557 INCORMERE BLVD
JACKSONVILLE FL 32244

CREDITOR ID: 536068-BA
HARRISON, STEPHANIE
4800 NW 3RD CT
LAUDERHILL FL 33313

CREDITOR ID: 538166-BA
HARRISON, STEPHANIE
C/O MICHAEL K. BREGMAN, ESQ.
LAW OFFICES OF MICHAEL K. BREGMAN, P.A.
370 W. CAMINO BLVD.
SUITE 342
BOCA RATON FL 32241

CREDITOR ID: 392682-55
HARRISON, STEPHEN
C/O CHAPPELL, SMITH & ARDEN, PA
ATTN WILLIAM L SMITH II, ESQ
PO BOX 12330
COLUMBIA SC 29211

CREDITOR ID: 392766-55
HARRISON, THOMAS
C/O WINSTON & CLARK, PA
ATTN BRADLEY WINSTON, ESQ
8211 W BROWARD BLVD, SUITE 420
PLANTATION FL 33324

CREDITOR ID: 33361-05
HARRISON, VANESSA D
1202 RIDGEWOOD AVENUE, APT 252
HOLLY HILL FL 32117

CREDITOR ID: 33361-05
HARRISON, VANESSA D
C/O ROTSTEIN & SCHIFFMAN LLP
ATTN JONATHAN I ROTSTEIN, ESQ
309 OAKRIDGE BLVD
DAYTONA BEACH FL 32118

CREDITOR ID: 536069-BA
HARROP, JOY
3131 NEWMARK DR.
DELTONA FL 32738

CREDITOR ID: 538167-BA
HARROP, JOY
C/O JAMES LYNCH
MORGAN & MORGAN
PO BOX 4979
ORLANDO FL 32802-4979

CREDITOR ID: 315838-40
HARRY B LUCAS MGMNT CORP
2828 TRINITY MILLS, STE 10
CARROLLTON, TX 75006

CREDITOR ID: 550395-BI
HARRY LEE SHERIFF & TAX COLLECTOR
PO BOX 248
GRETNA LA 70054-0248

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

CREDITOR ID: 550397-BI
HARRY LEE SHERIFF & TAX PARISH
PO BOX 627
METAIRIE LA 70004-0627

CREDITOR ID: 550396-BI
HARRY LEE SHERIFF & TAX PARISH
PO BOX 248
GRETNA LA 70054-0248

CREDITOR ID: 550398-BI
HARRY S DARBY
PO BOX 997
RIVERVIEW FL 33568

CREDITOR ID: 536070-BA
HARRY, JULIE
31452 HARVEY JEFFERSON RD.
ANGIE LA 70426-2182

CREDITOR ID: 538168-BA
HARRY, JULIE
C/O DWAYNE C JEFFERSON ESQ
DWAYNE C JEFFERSON ATTORNEY AT LAW
P. O. BOX 78385
ST. LOUIS MO 63178

CREDITOR ID: 550399-BI
HART INDUSTRIAL CLINIC
2850 TATE BLVD SE
HICKORY NC 28602

CREDITOR ID: 251303-12
HART INDUSTRIAL CLINIC
ATTN WRIGHT
2850 TATE BLVD SE
HICKORY, NC 28602

CREDITOR ID: 550400-BI
HART TELEPHONE COMPANY
PO BOX 388
196 NORTH FOREST AVENUE
HARTWELL GA 30643

CREDITOR ID: 555758-BC
HART, CATHERINE MARY
5115 MINTO DRIVE
BOYNTON BEACH FL 33437

CREDITOR ID: 555756-BC
HART, KARLETTA
2734 NW 61ST AVE
JENNINGS FL 32053

CREDITOR ID: 555757-BC
HART, TANYA
46280 JENKINS RD
FRANKLINTON LA 70438

CREDITOR ID: 536071-BA
HART, TONJA
46280 JENKINS RD.
FRANKLINTON LA 70438

CREDITOR ID: 538169-BA
HART, TONJA
C/O LISA JEANNE THOMAS
LISA JEANNE THOMAS, ATTORNEY AT LAW
6554 FLORIDA BLVD.
STE. 246 A & B
BATON ROUGE LA 70806

CREDITOR ID: 402654-89
HART, WILLIAM V
1705 LEESTOWN RD, APT 703
LEXINGTON KY 40511

CREDITOR ID: 536072-BA
HARTENSTEIN, MARY
16321 SE170TH AVE R
WEIRSDALE FL 32195

CREDITOR ID: 383209-CN
HARTFORD INSURANCE CO, SUBROGEE
TO MAXINE POWELL-DACOSTA
ATTN LEGAL DEPARTMENT
2 PARK AVENUE, 5TH FL
NEW YORK NY 10016

CREDITOR ID: 383209-CN
HARTFORD INSURANCE CO, SUBROGEE
BUTLER PAPPAS WEIHMULLER ET AL
ATTN D ANDERSON & K T BERRY, ESQS
ONE HARBOUR PLACE, SUITE 500
777 S HARBOUT ISLAND BLVD
TAMPA FL 33602

CREDITOR ID: 550401-BI
HARTFORD SOUTH INC
PO BOX 593515
ORLANDO FL 32859-3515

CREDITOR ID: 533684-CN
HARTFORD SPECIALTY
ATTN LEGAL DEPARTMENT
2 PARK AVENUE, 5TH FL
NEW YORK NY 10016

CREDITOR ID: 550402-BI
HARTLEY PRESS INC
4250 ST AUGUSTINE ROAD
JACKSONVILLE FL 32207

CREDITOR ID: 410407-15
HARTLEY, LORI
C/O FARAH & FARAH, PA
ATTN RICHARD A STAGGARD, ESQ
1301 PLANTATION ISLAND DR, STE 206A
ST AUGUSTINE FL 32080

CREDITOR ID: 393037-55
HARTLEY, SPARKAL D
C/O MORGAN & MORGAN, PA
ATTN HARRAN E UDELL, ESQ
PO BOX 4979
ORLANDO FL 32802-4979

CREDITOR ID: 398627-78
HARTMAN,  LOUIS E
C/O FIRST UNION NATIONAL BANK,
PO BOX 522817
MIAMI FL 33152

CREDITOR ID: 402655-89
HARTMAN, CARROLL
13995 SW 99 AVENUE
MIAMI FL 33176

CREDITOR ID: 406737-MS
HARTMAN, LOUIS E.
10400 S. TAMIAMI TRAIL
VENICE FL 34287

CREDITOR ID: 396058-60
HARTMANN, CARROLL
13995 SW 99 AVE
MIAMI, FL 33176

CREDITOR ID: 550403-BI
HARTNESS INTERNATIONAL
PO BOX 75441
CHARLOTTE NC 28275-0441

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 251308-12<br>HARTNESS INTERNATIONAL INC<br>ATTN CATHY FALLS<br>PO BOX 26509<br>GREENVILLE SC 29616-1509 | CREDITOR ID: 536073-BA<br>HARTRUM, KIMBERLY<br>428 SW 1ST COURT<br>POMPANO BEACH FL 33060 | CREDITOR ID: 538170-BA<br>HARTRUM, KIMBERLY<br>C/O SCOTT T KIMMEL ESQ.<br>SCOTT KIMMEL, P.A.<br>3650 N. FEDERAL HIGHWAY,<br>SUITE 201<br>POMPANO BEACH FL 33064 |
| CREDITOR ID: 550404-BI<br>HARTS FORKLIFT SERVICE<br>PO BOX 688<br>FITZGERALD GA 31750 | CREDITOR ID: 251309-12<br>HARTS FORKLIFT SERVICE<br>ATTN: BRAD HART, OWNER<br>PO BOX 688<br>FITZGERALD, GA 31750 | CREDITOR ID: 386132-54<br>HARTSFIELD, CARLA<br>C/O GEORGE R BREZINA, JR, PA<br>ATTN GEORGE R BREZINA, JR, ESQ<br>1915 N DALE MABRY, SUITE 300<br>TAMPA FL 33607 |
| CREDITOR ID: 386132-54<br>HARTSFIELD, CARLA<br>7863 BRISTOL PARK DR<br>APOLLO BEACH FL 33572-1521 | CREDITOR ID: 550405-BI<br>HARTWELL FAMILY PRACTICE<br>229 ATHENS ST<br>HARTWELL GA 30643 | CREDITOR ID: 550406-BI<br>HARTWELL PARTNERSHIP<br>PO BOX 1929<br>EASLEY SC 29641 |
| CREDITOR ID: 2291-07<br>HARTWELL PARTNERSHIP<br>PO BOX 1929<br>EASLEY SC 29641 | CREDITOR ID: 2291-07<br>HARTWELL PARTNERSHIP<br>C/O JOHNSON, HEARN, VINEGAR, ET AL<br>ATTN JEAN WINBORNE BOYLES, ESQ<br>TWO HANNOVER SQUARE, SUITE 2200<br>RALEIGH NC 27601 | CREDITOR ID: 391491-55<br>HARTWICK, DEBBIE<br>C/O TERRELL STUUBBS<br>ATTN TERRELL STUBBS, ESQ<br>PO BOX 157<br>MENDENHALL MS 39114 |
| CREDITOR ID: 550407-BI<br>HARTZ MOUNTAIN CORP<br>P O BOX 18429<br>NEWARK NJ 07191 | CREDITOR ID: 383034-51<br>HARVARD DRUG GROUP<br>31778 ENTERPRISE DR<br>LIVONIA, MI 48150 | CREDITOR ID: 555759-BC<br>HARVARD, ASHLEY<br>5131 CARMEL RD<br>MILTON FL 32570 |
| CREDITOR ID: 550408-BI<br>HARVEST CHRISTIAN ACADEMY<br>43052 YOKUM RD<br>HAMMOND LA 70403 | CREDITOR ID: 550409-BI<br>HARVEST MEAT COMPANY<br>4504 PARK BREEZE COURT<br>ORLANDO FL 32808 | CREDITOR ID: 550410-BI<br>HARVEST MEAT COPMANY<br>2540 SHADER ROAD<br>ORLANDO FL 33854-0389 |
| CREDITOR ID: 550411-BI<br>HARVEST TIME FOODS<br>PO BOX 98<br>AYDEN NC 28513-0098 | CREDITOR ID: 550412-BI<br>HARVEY KINDERGARTEN<br>3400 6TH ST<br>HARVEY LA 70058 | CREDITOR ID: 2292-RJ<br>HARVEY LINDSAY COMMERCIAL<br>REAL ESTATE<br>999 WATERSIDE DRIVE, SUITE 1400<br>NORFOLK, VA 23510 |
| CREDITOR ID: 410711-15<br>HARVEY, CHELSEA<br>C/O SLATKIN & REYNOLDS, PA<br>ATTN JASON E SLATKIN, ESQ<br>ONE E BROWARD BLVD, STE 700<br>FL LAUDERDALE FL 33301 | CREDITOR ID: 142469-09<br>HARVEY, DENNIS E<br>2708 E WILDER AVE<br>TAMPA FL 33610 | CREDITOR ID: 142495-09<br>HARVEY, LAKEISHA R<br>179 GUIOMAR RD<br>CORDOVA SC 29039 |
| CREDITOR ID: 555760-BC<br>HARVEY, VERONICA<br>2661 UNIVERSITY BLVD N APT I11<br>JACKSONVILLE FL 32211 | CREDITOR ID: 381926-15<br>HARVIN CHOICE MEATS INC<br>ATTN PRESIDENT<br>300 MCCRAYS MILL ROAD<br>SUMTER SC 29150 | CREDITOR ID: 550413-BI<br>HARVIN CHOICE MEATS INC<br>PO BOX 939<br>SUMTER SC 29151-0939 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 251328-12<br>HARVIN CHOICE MEATS INC<br>ATTN: SEP D HARVIN III, PRES<br>PO BOX 939<br>SUMTER, SC 29151-0939 | CREDITOR ID: 550414-BI<br>HARWOOD FOREST PRODUCTS LLC<br>PO BOX 548<br>ARMUCHEE GA 30105 | CREDITOR ID: 536074-BA<br>HASAN, NAIM<br>3500 CARSON BAY CIR, BOX 175<br>FAYETTEVILLE NC 28314 |
| CREDITOR ID: 550415-BI<br>HASBRO INC<br>P O BOX 281480<br>ATLANTA GA 30384-1480 | CREDITOR ID: 279371-36<br>HASBRO, INC<br>ATTN JUDITH A SMITH, VP ASST TREAS<br>200 NARRAGANSETT PARK DRIVE<br>PAWTUCKET  RI 02862-0200 | CREDITOR ID: 2293-07<br>HASCO PROPERTIES<br>PO BOX 681<br>MC COMB, MS 39648-0681 |
| CREDITOR ID: 1416-07<br>HASCO PROPERTIES<br>PO BOX 681<br>MC COMB MS 39648-0681 | CREDITOR ID: 550416-BI<br>HASCO PROPERTIES<br>PO BOX 681<br>MC COMB MS 39648-0681 | CREDITOR ID: 1416-07<br>HASCO PROPERTIES<br>C/O PHELPS DUNBAR, LLP<br>ATTN RANDY ROUSSEL, ESQ<br>445 NORTH BLVD, STE 701<br>BATON ROUGE LA 70802 |
| CREDITOR ID: 251330-12<br>HASCO-THIBODEAUX LLC<br>C/O PHELPS DUNBAR, LLP<br>ATTN RANDY ROUSSEL, ESQ<br>445 NORTH BLVD, STE 701<br>BATON ROUGE LA 70802 | CREDITOR ID: 251330-12<br>HASCO-THIBODEAUX LLC<br>ATTN: A CRAIG HASKINS, MNG MEM<br>PO BOX 681<br>MCCOMB, MS 39648-0681 | CREDITOR ID: 555761-BC<br>HASSAN, SHERINJAN<br>4639 TIGER LAND AVENUE<br>#A-5<br>BATON ROUGE LA 70810 |
| CREDITOR ID: 555762-BC<br>HASSER, GERALDINE<br>3630 WOODHILL DR.<br>BRANDON FL 33511 | CREDITOR ID: 536075-BA<br>HASTINGS, LINDA<br>15698 HOLTVILLE RD<br>DEATSVILLE AL 36022 | CREDITOR ID: 550418-BI<br>HASTYS COMMUNICATIONS &<br>P O BOX 870<br>1515 REBEL RD<br>TIFTON GA 31793 |
| CREDITOR ID: 550417-BI<br>HASTY'S COMMUNICATIONS OF FLORIDA INC<br>7033 COMMONWELATH AVE<br>SUITE 6<br>JACKSONVILLE FL 32220 | CREDITOR ID: 555763-BC<br>HATCH, BRENDA<br>6405 NE 23RD AVENUE<br>OCALA FL 34479 | CREDITOR ID: 536076-BA<br>HATCHER, ANTHONY<br>62 HARWELL RD APT J8<br>ATLANTA GA 30311 |
| CREDITOR ID: 398628-78<br>HATCHER, JAMES G<br>1819 WATERWOOD DR<br>ARLINGTON TX 76012 | CREDITOR ID: 536077-BA<br>HATCHER, RAYMOND<br>9675 OLD BAYMEADOWS RD<br># 44<br>JACKSONVILLE FL 32256 | CREDITOR ID: 538171-BA<br>HATCHER, RAYMOND<br>C/O DONNY OWENS<br>MORGAN & MORGAN, P.A.<br>815 S. MAIN ST.<br>SUITE 301<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 555793-BC<br>HATCHER, SHANNON<br>737 BALSA DRIVE<br>ALTAMONTE SPRINGS FL 32714 | CREDITOR ID: 555794-BC<br>HATCHETT, KENT<br>775 GULF SHORES DRIVE#2045<br>DESTIN FL 32541 | CREDITOR ID: 555795-BC<br>HATHAWAY, KATHRYN<br>6391-1 RIVERWALK LANE<br>JUPITER FL 33458 |
| CREDITOR ID: 550419-BI<br>HATTIESBURG AMERICAN<br>P O BOX 1608<br>HATTIESBURG MS 39403-1111 | CREDITOR ID: 382650-51<br>HATTIESBURG AMERICAN<br>PO BOX 1111<br>HATTIESBURG, MS 39401 | CREDITOR ID: 251334-12<br>HATTIESBURG AMERICAN<br>PO BOX 1608<br>HATTIESBURG, MS 39403-1111 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                         **CASE:   05-03817-3F1**

CREDITOR ID: 550420-BI
HATTIESBURG BEVERAGE COMPANY INC
CALLER SERVICE # 105100
TUCKER GA 30085-5100

CREDITOR ID: 251335-12
HATTIESBURG BEVERAGE COMPANY INC
ATTN JENNY L DOEBLER, CONTROLLER
1000 W 63RD STREET
PO BOX 1932
HATTIESBURG MS 39403

CREDITOR ID: 550421-BI
HATTIESBURG DIESEL INC
PO BOX 1491
HWY 49 NORTH
HATTIESBURG MS 39403

CREDITOR ID: 550422-BI
HATTIESBURG HEALTH CLINIC
PO BOX 60062
NEW ORLEANS LA 70160-0062

CREDITOR ID: 251338-12
HATTIESBURG HEALTH CLINIC
PO BOX 60062
NEW ORLEANS, LA 70160-0062

CREDITOR ID: 550423-BI
HATTIESBURG WATER AND SEWER SYSTEM
P O BOX 1897
HATTIESBURG MS 39403

CREDITOR ID: 415968-BD
HAUER CUSTOM MANUFACTURING
C/O STEVENS & LEE
ATTN: JEFFREY A HARENZA, ESQ
111 NORTH 6TH STREET
PO BOX 679
READING PA 19603-0679

CREDITOR ID: 555796-BC
HAUGEN, GARY
260 JAMES ROAD
GADSDEN AL 35903

CREDITOR ID: 550424-BI
HAUL MARK TRUCKING, INC
PO BOX 840718
HOUSTON TX 77084-9998

CREDITOR ID: 536078-BA
HAUTAU, MARGE
4800 KENT AVE
METAIRIE LA 70006

CREDITOR ID: 538172-BA
HAUTAU, MARGE
C/O R. BRENT CUEIRA
CUEIRA LAW FIRM
634 CARONDELET STREET
SUITE 1
NEW ORLEANS LA 70130

CREDITOR ID: 555797-BC
HAVER, MARGARET
4954 SPARKLING PINES CIRCLE
FORT PIERCE FL 34951

CREDITOR ID: 550426-BI
HAWAIIAN TROPIC
PO BOX 116342
KENTUCKY DIVISION
ATLANTA GA 30368-6342

CREDITOR ID: 550425-BI
HAWAIIAN TROPIC
P O BOX 116132
ATLANTA GA 30368613

CREDITOR ID: 384158-47
HAWAIIAN TROPIC
PO BOX 116132
ATLANTA, GA 30368613

CREDITOR ID: 550427-BI
HAWAIIAN TROPIC
TANNING RESEARCH LABS DEPT 160
PO BOX 116342
KENTUCKY DIVISION
ATLANTA GA 30368-6342

CREDITOR ID: 538173-BA
HAWKES, MICHONE
C/O GLENN GOLDMAN ESQ
GOLDMAN, DASZKAL, CUTLER, BOLTON & KIRBY
1630 W. HILLSBORO BLVD.
DEERFIELD BEACH FL 33442

CREDITOR ID: 536079-BA
HAWKES, MICHONE
12089 SW 14TH STREET
PEMBROKE PINES FL 33025

CREDITOR ID: 382652-51
HAWKEYE INFORMATION SYSTEMS
PO BOX 21667
FT. COLLINS, CO 80522

CREDITOR ID: 550428-BI
HAWKEYE INFORMATION SYSTEMS INC
PO BOX 2167
FORT COLLINS CO 80522

CREDITOR ID: 555800-BC
HAWKINS (MINOR), KAMAIYA
291 SE 6TH AVENUE
HOMESTEAD FL 33030

CREDITOR ID: 550429-BI
HAWKINS COUNTY TRUSTEE
110 EAST MAIN STREET
SUITE 203
PROPERTY TAX
ROGERSVILLE TN 37857-3345

CREDITOR ID: 536080-BA
HAWKINS, APRIL
10485 SW 216 STREET
MIAMI FL 33190

CREDITOR ID: 555799-BC
HAWKINS, CHELITA
1814 PAUL MORPHY
NEW ORLEANS LA 70119

CREDITOR ID: 385864-54
HAWKINS, JAMES R
190 CAMBRIDGE WAY
COVINGTON, GA 30016

CREDITOR ID: 555798-BC
HAWKINS, LYLE
2721 NE 7TH TERRACE
POMPANO BEACH FL 33064-5307

CREDITOR ID: 142965-09
HAWKINS, SARAH J
58 CLINE STREET
LUMBERTON NC 28358

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 555801-BC<br>HAWTHORNE, CHANTAI<br>6941 ALOMA AVE<br>APT. 76<br>WINTER PARK FL 32792 | CREDITOR ID: 550430-BI<br>HAY DISTRIBUTING INC<br>620 G GRIFFIN ROAD<br>CHARLOTTE NC 28217 | CREDITOR ID: 251345-12<br>HAY DISTRIBUTING INC<br>1900 CROSSBEAM AVE<br>CHARLOTTE NC 28217-2820 |
| CREDITOR ID: 550431-BI<br>HAYDAY INC<br>PO BOX 350940<br>MIAMI FL 33135-0940 | CREDITOR ID: 2294-07<br>HAYDAY INC<br>PO BOX 350940<br>MIAMI, FL 33135-0940 | CREDITOR ID: 550432-BI<br>HAYDEL REALTY COMPANY INC<br>PO BOX 26194<br>NEW ORLEANS LA 70186-6194 |
| CREDITOR ID: 315839-40<br>HAYDEL REALTY COMPANY INC<br>PO BOX 26194<br>NEW ORLEANS, LA 70186-6194 | CREDITOR ID: 555802-BC<br>HAYDEN (MINOR), SHAYLA<br>5450 HOLLYWOOD BLVD.<br>APT 205<br>HOLLYWOOD FL 33021 | CREDITOR ID: 536084-BA<br>HAYES    KENNETRA,<br>2750 NW 131 STREET<br>MIAMI FL 33054 |
| CREDITOR ID: 538176-BA<br>HAYES (MINOR), TREY<br>C/O TOM REGO<br>THOMAS M. REGO, P.C. LAWYER<br>131 ALEWINE AVENUE<br>P.O. BOX 276<br>TALLAPOOSA GA 30176 | CREDITOR ID: 536085-BA<br>HAYES (MINOR), TREY<br>7534 ALLGOOD CHURCH RD.<br>TEMPLE GA 30179 | CREDITOR ID: 395423-64<br>HAYES FOOD  PRODUCTS<br>PO BOX 121<br>GREENVILLE, SC 29602 |
| CREDITOR ID: 550433-BI<br>HAYES FOOD PRODUCTS INC<br>PO BOX 121<br>GREENVILLE SC 29602-0121 | CREDITOR ID: 251351-12<br>HAYES FOOD PRODUCTS INC<br>ATTN MICHAEL E RODDEY, VP<br>1354 RUTHERFORD RD<br>GREENVILLE, SC 29602-0121 | CREDITOR ID: 536081-BA<br>HAYES, ANTWANISE<br>2750 NW 131 STREET<br>MIAMI FL 33054 |
| CREDITOR ID: 390118-54<br>HAYES, BARBARA<br>C/O BOGIN MUNNS & MUNNS<br>ATTN SCOTT ZIRKLE, ESQ<br>2601 TECHNOLOGY DRIVE<br>PO BOX 2807<br>ORLANDO, FL 32802-2807 | CREDITOR ID: 555807-BC<br>HAYES, CLARA<br>5063 PRINCELY AVE.<br>JACKSONVILLE FL 32209 | CREDITOR ID: 536082-BA<br>HAYES, EDWARD<br>5344 SALISBURY LANE<br>SARASOTA FL 34241 |
| CREDITOR ID: 538174-BA<br>HAYES, EDWARD<br>C/O MICHAEL BLICKENSDERFER, ESQ<br>BALES & WEINSTEIN , P.A.<br>11300 FOURTH ST NORTH<br>SUITE 117<br>ST PETERSBURG FL 33742 | CREDITOR ID: 555804-BC<br>HAYES, JAMELLA<br>4421 PINE LANE<br>TALLAHASSEE FL 32310 | CREDITOR ID: 555805-BC<br>HAYES, JEAN<br>13805 HOUSE OF LANCASTER DRIVE<br>BATON ROUGE LA 70816 |
| CREDITOR ID: 536083-BA<br>HAYES, JOAN<br>2750 NW 131 STREET<br>MIAMI FL 33054 | CREDITOR ID: 538175-BA<br>HAYES, JOAN<br>C/O MATHEW KONECKY ESQ<br>LAW OFFICES OF MATHEW KONECKY<br>9050 PINES BLVD STE 415<br>PEMBROKE PINES FL 33024 | CREDITOR ID: 392958-55<br>HAYES, REBECCA<br>C/O JOHN T KENNEDY, PA<br>ATTN JOHN T KENNEDY, ESQ<br>477 SE RIVERSIDE DRIVE<br>STUART FL 34994 |
| CREDITOR ID: 555803-BC<br>HAYES, VIRGINIA<br>2 PARDA BLVD<br>PENSACOLA FL 32526 | CREDITOR ID: 536086-BA<br>HAYES-TERRY, TONYA<br>2750 NW 131 STREET<br>MIAMI FL 33054 | CREDITOR ID: 538177-BA<br>HAYES-TERRY, TONYA<br>C/O MATTHEW KONECKY ESQ.<br>LAW OFFICES OF MATTHEW KONECKY P.A.<br>9050 PINES BLVD STE 415<br>PEMBROKE PINES FL 33024 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 143274-09
HAYFORD, JANICE G
3010 LAROSE ST
EAST POINT GA 30344

CREDITOR ID: 550434-BI
HAYGOOD PLUMBING
5979 DICKS HILL PKWY
MT AIRY GA 30563

CREDITOR ID: 388508-54
HAYGOOD, MAXINE
1060 GOLFVIEW AVENUE, APT 48
BARTOW, FL 33830

CREDITOR ID: 555808-BC
HAYHURST, KIM
2480 NE 22ND COURT
POMPANO BEACH FL 33062

CREDITOR ID: 555809-BC
HAYMONS, BEATRICE
5280 TALLOAKS ROAD
MOULTRIE GA 31768

CREDITOR ID: 279502-99
HAYNES AND BOONE LLP
ATTN: MARK ELMORE
901 MAIN ST, STE 3100
DALLAS TX 75202-3789

CREDITOR ID: 550435-BI
HAYNES MIDDLE SCHOOL
1416 METAIRIE RD
METAIRIE LA 70005

CREDITOR ID: 399844-84
HAYNES, ALFRED
3705 JUDY LYNN CT
COLLEGE PARK GA 30349

CREDITOR ID: 416788-L1
HAYNES, LYDIA
C/O ALEX & ASSOCIATES, INC
ATTN JOSLYN R ALEX, ESQ
PO BOX 126
BREAUX BRIDGE LA 70517

CREDITOR ID: 382653-51
HAYNES, MICHAEL
3783 CARDINAL OAKS CIR
ORANGE PARK FL 32065-4250

CREDITOR ID: 492887-FC
HAYNES, MICHAEL R
3783 CARDINAL OAKS CR
ORANGE PARK FL 32065

CREDITOR ID: 403745-94
HAYNES, MICHAEL R
3783 CARDINAL OAKS CIRCLE
ORANGE PARK FL 32065

CREDITOR ID: 399428-99
HAYNSWORTH SINKLER BOYD PA
ATTN: WILLIAM H SHORT
PO BOX 11889
COLUMBIA SC 29211-1889

CREDITOR ID: 492888-FC
HAYS, CHERYL A
8693 ROLLING BROOK LANE
JACKSONVILLE FL 32256

CREDITOR ID: 385648-54
HAYS, RUTH
PO BOX 364
NEWTON, MS 39345

CREDITOR ID: 385648-54
HAYS, RUTH
C/O STAMPS & STAMPS
ATTN ANITA MATHEWS STAMPS
269 E PEARL STREET
JACKSON MS 39201

CREDITOR ID: 406741-MS
HAYS, WALLACE W
2403 CHUCK ROAD
JACKSONVILLE FL 32221

CREDITOR ID: 390589-55
HAYSE, MARY J
C/O JON E LEWIS, ESQ
315 FRANK NELSON BUILDING
205 NORTH 20TH STREET
BIRMINGHAM AL 35203

CREDITOR ID: 397219-67
HAYSLETT, JEFFREY & ELIZABETH
6593 BREEZEWOOD BLVD
MYRTLE BEACH, SC 29588

CREDITOR ID: 399421-99
HAYWOOD DENNY & MILLER LLP
ATTN: ROBERT LEVIN
PO BOX 51429
DURHAM NC 51429

CREDITOR ID: 550436-BI
HAYWOOD REGIONAL MEDICAL
PO BOX 369
CLYDE NC 28721-0369

CREDITOR ID: 550438-BI
HAZEL PARK - HILDA KNOFF SCHOOL
8809 JEFFERSON HWY
RIVER RIDGE LA 70123

CREDITOR ID: 2296-07
HAZEL PARK ASSOCIATES
C/O I REISS & SON
ATTN  LINDA HEFFNER, MGR MEMBER
200 EAST 61 STREET, STE 29F
NEW  YORK NY 10021

CREDITOR ID: 393187-55
HAZELLIEF, THOMAS
C/O J BYRD JR & J LEWIS LAW OFFICE
ATTN JOSEPH W LEWIS, ESQ
211 WEST MAIN STREET
PO BOX 536
DOTHAN AL 36302

CREDITOR ID: 391508-55
HAZEUR, CEDRIC
C/O  LEONARD A WASHOFSKY, ESQ
1510 VETERANS MEMORIAL BLDG, 2D FL
METAIRIE LA 70005

CREDITOR ID: 550439-BI
HAZLEHURST WATER AND SEWER
P O BOX 367
HAZLEHURST MS 39083

CREDITOR ID: 533615-DT
HAZLETT, BURT & WATSON, INC.
ATTN: TARINA OLSON
1300 CHAPLINE STREET,  SUITE 900
WHEELING WV 26003

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 550440-BI<br>HC BRILL COMPANY INC<br>PO BOX 920077<br>ATLANTA GA 30392-0077 | CREDITOR ID: 550441-BI<br>HCA PALMYRA MEDICAL CENTERS<br>PO BOX 402968<br>ATLANTA GA 30384-2968 | CREDITOR ID: 555810-BC<br>HEAD, RHONDINE<br>566 UDELL LANE<br>DELRAY BEACH FL 33445 |
| CREDITOR ID: 406742-MS<br>HEAD, ROBERT J<br>1500 BISHOP ESTATES ROAD, VILLA 27B<br>JACKSONVILLE FL 32259 | CREDITOR ID: 550442-BI<br>HEADLEY PLBG CO.<br>5520 MAIN STREET<br>MILLBROOK AL 36054-4902 | CREDITOR ID: 395292-63<br>HEADLEY PLUMBING CO<br>5520 MAIN STREET<br>MILLBROOK, AL 36054-1820 |
| CREDITOR ID: 251374-12<br>HEADLEY PLUMBING CO, INC<br>ATTN THOMAS HADLEY JR, PRES<br>5520 MAIN STREET<br>MILLBROOK, AL 36054-4902 | CREDITOR ID: 555811-BC<br>HEADLEY, EMMETT<br>106 MORRIS AVENUE<br>CLANTON AL 35045 | CREDITOR ID: 550443-BI<br>HEALTH CARE LOGISTICS INC<br>DEPT L-2412<br>COLUMBUS OH 43260-2412 |
| CREDITOR ID: 251378-12<br>HEALTH CARE LOGISTICS INC<br>ATTN SHERYL KRAFT<br>PO BOX 25<br>CIRCLEVILLE OH 43113-0025 | CREDITOR ID: 383031-51<br>HEALTH CHOICE SELECT BLD BNK<br>369 OFFICE PLAZA, SUITE 100<br>TALLAHASSEE, FL 32301 | CREDITOR ID: 550444-BI<br>HEALTH FIRST OF PALM BEACH<br>4140LAKE WORTH ROAD<br>LAKE WORTH FL 33461 |
| CREDITOR ID: 383027-51<br>HEALTH LINK<br>830 SOUTH GLOSTER STREET<br>TUPELO, MS 38801 | CREDITOR ID: 383024-51<br>HEALTH NET PLUS (RX CARE)<br>33 NORTH ROAD<br>WAKEFIELD, RI 02879 | CREDITOR ID: 383018-51<br>HEALTH PARTNERS OF ALABAMA<br>TWO PERIMETER PARK S, SUITE 200 W<br>BIRMINGHAM, AL 35243 |
| CREDITOR ID: 383015-51<br>HEALTH PARTNERS/PHARMACARE<br>695 GEORGE WASHINGTON HWY<br>LINCOLN, RI 02865 | CREDITOR ID: 550445-BI<br>HEALTH PLUS CHIROPRACTIC CNTR<br>200 N MAIN ST<br>ATMORE AL 36502 | CREDITOR ID: 251380-12<br>HEALTH PLUS CHIROPRACTIC CNTR<br>200 N MAIN ST<br>ATMORE, AL 36502 |
| CREDITOR ID: 383011-51<br>HEALTH REACH RX<br>445 HUTCHINSON AVENUE, SUITE 300<br>COLUMBUS, GA 43235 | CREDITOR ID: 550446-BI<br>HEALTH RESEARCH ASSOCIATES<br>PO BOX 1233<br>KENNESAW GA 30156 | CREDITOR ID: 534998-W9<br>HEALTH RESEARCH ASSOCIATES CORP<br>DBA: PHARMACY RESOURCES NETWORK INC<br>2775 S MAIN ST NW STE C<br>KENNESAW GA 30144 |
| CREDITOR ID: 251381-12<br>HEALTH RESEARCH ASSOCIATES CORP<br>DBA: PHARMACY RESOURCES NETWORK INC<br>ATTN BRUCE HATFIELD, EXEC VP<br>PO BOX 1233<br>KENNESAW, GA 30156-8233 | CREDITOR ID: 383008-51<br>HEALTH RESEARCH ASSOCIATES, INC.<br>DBA PHARMACY RESO<br>PO BOX 1233<br>KENNESAW, GA 30156 | CREDITOR ID: 395374-64<br>HEALTH RESOURCE PUBLISHING COMPANY<br>PO BOX 1233<br>KENNESAW, GA 30156 |
| CREDITOR ID: 395429-64<br>HEALTH RESOURCES<br>1597 BRIAR OAK DRIVE<br>NEW FAIRFIELD, CT 06812 | CREDITOR ID: 251383-12<br>HEALTH TECH INC<br>15 JACKSON ROAD<br>TOTOWA, NJ 07512 | CREDITOR ID: 383003-51<br>HEALTH TRANS LLC AKA HT LLC<br>ATTN: ANGELA PAULS<br>6061 SOUTH WILLOW DRIVE SUITE 125<br>GREENWOOD VILLAGE, CO 80111 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                           **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 550447-BI<br>HEALTHCARE CONSULTANTS<br>PHARMACY STAFFING<br>PO BOX 915726<br>LONGWOOD FL 32791-5726 | CREDITOR ID: 382654-51<br>HEALTHCARE CONSULTANTS<br>PHARMACY STAFFING<br>PO BOX 915726<br>LONGWOOD, FL 32791-5726 | CREDITOR ID: 279457-99<br>HEALTHCARE CONSULTANTS CENTRAL FL<br>C/O MATEER & HARBERT PA<br>ATTN: DAVID LANDIS, ESQ<br>225 EAST ROBINSON ST, STE 600<br>PO BOX 2854<br>ORLANDO FL 32802-2854 |
| CREDITOR ID: 279458-99<br>HEALTHCARE CONSULTANTS CENTRAL FL<br>C/O MATEER & HARBERT PA<br>ATTN: DAVID LANDIS, ESQ<br>225 W ROBINSON ST, STE 600<br>PO BOX 2854<br>ORLANDO FL 32802-2854 | CREDITOR ID: 279457-99<br>HEALTHCARE CONSULTANTS CENTRAL FL<br>C/O ZEICHNER ELLMAN & KRAUSE LLP<br>ATTN: STUART KRAUSE, ESQ<br>575 LEXINGTON AVE<br>NEW YORK NY 10022 | CREDITOR ID: 383000-51<br>HEALTHCARE DELIVERY SYSTEMS<br>9700 NORTH 91ST STREET, SUITE 232<br>SCOTTSDALE, AZ 85258 |
| CREDITOR ID: 550448-BI<br>HEALTHCARE FINANCIAL SERVICES LLC<br>1765 LELIA DRIVE<br>JACKSON MS 39216 | CREDITOR ID: 382996-51<br>HEALTHEASE /TAMPA GENERAL<br>6800 N DALEMABRY HWY, SUITE 270-299<br>TAMPA, FL 33614 | CREDITOR ID: 251387-12<br>HEALTHFIRST<br>ATTN: JEAN KIRTON OR T HORN, OWNER<br>4140 LAKE WORTH ROAD<br>LAKE WORTH, FL 33461 |
| CREDITOR ID: 550449-BI<br>HEALTHGROUP OF ALABAMA<br>PO BOX 7187<br>HUNTSVILLE AL 35807 | CREDITOR ID: 251388-12<br>HEALTHGROUP OF ALABAMA<br>PO BOX 7187<br>HUNTSVILLE, AL 35807 | CREDITOR ID: 395426-64<br>HEALTHGUARD INTERNATIONAL<br>255 NORTH WASHINGTON STREET<br>ROCKVILLE, MD 20850 |
| CREDITOR ID: 251390-12<br>HEALTHMARK REGIONAL MEDICAL CENTER<br>PO BOX 1326<br>DEFUNIAK SPRINGS, FL 32435 | CREDITOR ID: 382993-51<br>HEALTHNET ARIZONA<br>10680 TREENA ST, 5TH FLOOR<br>SAN DIEGO, CA 92131 | CREDITOR ID: 382986-51<br>HEALTHNET ARIZONA<br>33 NORTH ROAD<br>WAKEFIELD, RI 02879 |
| CREDITOR ID: 550450-BI<br>HEALTHTEX DIST CORP<br>3555 NW 41ST ST<br>MIAMI FL 33142 | CREDITOR ID: 251391-12<br>HEALTHTEX DIST CORP<br>ATTN NATTY R ELIAS, PRES<br>3555 NW 41ST ST<br>MIAMI, FL 33142 | CREDITOR ID: 550451-BI<br>HEALTHTRANS LLC<br>PO BOX 5225<br>DENVER CO 80217-5225 |
| CREDITOR ID: 251392-12<br>HEALTHTRANS LLC<br>PO BOX 5225<br>DENVER, CO 80217-5225 | CREDITOR ID: 251393-12<br>HEALTHWORKS<br>PO BOX 60062<br>NEW ORLEANS, LA 70160-0062 | CREDITOR ID: 550452-BI<br>HEALTHWORKS<br>PO BOX 60062<br>NEW ORLEANS LA 70160-0062 |
| CREDITOR ID: 550453-BI<br>HEALTHWORKS DIV OF WINTER HAVEN HOSPITAL<br>134 ARIANA AVENUE<br>AUBURNDALE FL 33823 | CREDITOR ID: 251394-12<br>HEALTHWORKS LLC<br>PO BOX 538022<br>ATLANTA, GA 30353-8022 | CREDITOR ID: 550454-BI<br>HEALTHWORKS LLC<br>PO BOX 22506<br>JACKSON MS 39225-2506 |
| CREDITOR ID: 251395-12<br>HEALY WHOLESALE<br>ATTN JOHN M KEALY, PRESIDENT<br>PO BOX 36157<br>FAYETTEVILLE, NC 28303-1157 | CREDITOR ID: 400734-91<br>HEALY, LIEN N<br>10330 NW 28TH PLACE<br>OCALA FL 34482 | CREDITOR ID: 420069-ST<br>HEANEY, JOHN J<br>1609 REGATTA DR<br>AMELIA  ISLAND FL 32034-5530 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 393304-55<br>HEARD, JAY<br>C/O CHARLES H. COHEN, PA<br>ATTN CHARLES COHEN, ESQ<br>2856 E OAKLAND PARK BLVD<br>FT LAUDERDALE FL 33306 | CREDITOR ID: 254539-12<br>HEARD, LAWRENCE M<br>C/O ARIANA ASSOCIATES<br>3904 HALL OAK COURT<br>VALRICO, FL 33594 | CREDITOR ID: 1543-07<br>HEARD, LAWRENCE M<br>C/O ARIANA ASSOCIATES<br>3904 HALL OAK COURT<br>VALRICO, FL 33594 |
| CREDITOR ID: 550455-BI<br>HEARING RESEARCH INSTITUTE INC<br>6280 SUNSET DRIVE # 405<br>MIAMI FL 33143 | CREDITOR ID: 536087-BA<br>HEARN, LEO<br>304 SE 1ST AVE.<br>HALLANDALE FL 33309 | CREDITOR ID: 538178-BA<br>HEARN, LEO<br>C/O C. LINTON BARNES<br>CAZEAU, LINTON BARNES, LLC<br>633 NE 167TH ST<br>SUITE 1025<br>MIAMI FL 33163 |
| CREDITOR ID: 555812-BC<br>HEARNE, BEVERLY<br>4422 EDGEMOORE ST.<br>ORLANDO FL 32801 | CREDITOR ID: 536088-BA<br>HEARNE, GLEN<br>18519 OSHAWA DR.<br>HUDSON FL 34667 | CREDITOR ID: 251398-12<br>HEAT SEAL LLC<br>ATTN ADRIAN M CAPALDI, CR MGR<br>PO BOX 73994-N<br>CLEVELAND, OH 44193-0517 |
| CREDITOR ID: 550456-BI<br>HEAT SEALING EQUIP CO<br>PO BOX 73994-N<br>CLEVELAND OH 44193-0517 | CREDITOR ID: 550457-BI<br>HEATH CORNWALL<br>27308 NW 46TH AVENUE<br>NEWBERRY FL 32669 | CREDITOR ID: 391230-55<br>HEATH, BENICA<br>C/O BOLTON & GROSS<br>ATTN RICHARD A BOLTON, ESQ<br>801 NE 167TH ST,  2ND FLOOR<br>NORTH MIAMI BEACH FL 33162 |
| CREDITOR ID: 536089-BA<br>HEATH, DORIS<br>1176 PARKMONT LANE<br>ROCK HILL SC 29730 | CREDITOR ID: 538179-BA<br>HEATH, DORIS<br>C/O CLIFFORD BUSH, III<br>BUSH, DOUGHTY AND JONES<br>69 ROBERT SMALLS PARKWAY<br>SUITE 1A<br>BEAUFORT SC 29906 | CREDITOR ID: 536090-BA<br>HEATH, GEORGE<br>25 SANDAL WOOD CT.<br>OVIEDO FL 32765 |
| CREDITOR ID: 550460-BI<br>HEATHER GARDNER<br>2052 GREENVILLE CIRCLE<br>SUMTER SC 29154 | CREDITOR ID: 550459-BI<br>HEATHER GARDNER<br>12052 GREENVILLE CIRCLE<br>SUMTER SC 29154 | CREDITOR ID: 550461-BI<br>HEATHER THOMAS<br>PO BOX 1064<br>ID# 194550<br>OPELOUSAS LA 70570 |
| CREDITOR ID: 550462-BI<br>HEATHERINGTON MACHINE<br>PO BOX 547933<br>ORLANDO FL 32854-7933 | CREDITOR ID: 550464-BI<br>HEATHROW SQUARE LLC<br>1230 MONTANA AVE<br>SUITE 202<br>SANTA MONICA CA 90403 | CREDITOR ID: 550463-BI<br>HEATHROW SQUARE LLC<br>12121 WILSHIRE BLVD # 512<br>ATTN LEIGH RUSHING<br>LOS ANGELES CA 90025 |
| CREDITOR ID: 1419-07<br>HEATHROW SQUARE LLC<br>ATTN  LEIGH RUSHING<br>12121 WILSHIRE BLVD, #512<br>LOS  ANGELES, CA 90025 | CREDITOR ID: 550465-BI<br>HEAVE HO CRANE<br>PO BOX 392<br>MILTON LA 70558 | CREDITOR ID: 390686-55<br>HEBERT, KATHRYN<br>C/O ANDRY & ANDRY<br>ATTN BRETT F WILLIE, ESQ<br>710 CARONDELET STREET<br>NEW ORLEANS LA 70130 |
| CREDITOR ID: 555813-BC<br>HEBERT, LINDSEY<br>403 JEFFERSON TERRACE<br>APT. 9<br>NEW IBERIA LA 70560 | CREDITOR ID: 403747-94<br>HEBERT, SHANNON W<br>17710 CULPS BLUFF<br>BATON ROUGE LA 70817 | CREDITOR ID: 555814-BC<br>HEBERT, VIKKI<br>10748 LOSCO JUNCTION DR.<br>JACKSONVILLE FL 32257 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 536091-BA<br>HECHTMAN, MOLLY<br>24111 CIVIC CENTER DRIVE<br>SOUTHFIELD MI 48034 | CREDITOR ID: 536092-BA<br>HECK, ROSEMARY<br>110 BUCKINGHAM PLACE<br>BRUNSWICK GA 31525 | CREDITOR ID: 538180-BA<br>HECK, ROSEMARY<br>C/O ANTHONY L. HARRISON<br>ANTHONY L. HARRISON, P.C.<br>1515 NEWCASTLE STREET<br>P.O. BOX 1315<br>BRUNSWICK GA 31521 |
| CREDITOR ID: 550466-BI<br>HECTOR A DE LEON<br>5730 RACEWAY ROAD<br>LAKE WORTH FL 33467 | CREDITOR ID: 555815-BC<br>HEDRICK, SHARON<br>10236 TWIN LAKE DR<br>TAMARAC FL 33309 | CREDITOR ID: 555816-BC<br>HEDTHE, RODNEY<br>30 OAK STREET<br>LAKE PLACID FL 33852 |
| CREDITOR ID: 555817-BC<br>HEELAN, MARSHALL<br>2024 JAMES DR<br>MARRERO LA 70072 | CREDITOR ID: 550468-BI<br>HEFCO<br>PO BOX 188<br>ROSWELL GA 30077-0188 | CREDITOR ID: 251428-12<br>HEFCO LLC<br>ATTN DIANE ADAMS<br>PO BOX 188<br>ROSWELL GA 30077-0188 |
| CREDITOR ID: 395513-64<br>HEFFRON, KATHY<br>8742 CAROUSEL PARK CIRCLE<br>CINCINNATI, OH 45251 | CREDITOR ID: 406744-MS<br>HEIDENREICH, JERRY<br>3124 BEACON HILL STREET<br>EDMOND OK 73034 | CREDITOR ID: 406745-MS<br>HEIER, WAYNE J<br>8705 STEAMBOAT LANE<br>RIVER RIDGE LA 70123 |
| CREDITOR ID: 384098-47<br>HEILMAN, DOROTHY<br>3 WILKSBORO PLACE<br>PALM COAST, FL 32164 | CREDITOR ID: 555818-BC<br>HEIM, CATHERINE<br>572 LA 1252<br>CARENCRO LA 70520 | CREDITOR ID: 385903-54<br>HEIMAN, TERRIE<br>C/O JOEL & ASSOCIATES<br>ATTN A MALONEY/W WILLIAMS, ESQS<br>1753 PEACHTREE STREET<br>ATLANTA GA 30309 |
| CREDITOR ID: 550469-BI<br>HEINEMANNS BAKERIES<br>5035 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 | CREDITOR ID: 251433-12<br>HEINEMANNS BAKERIES<br>C/O ARNSTEIN & LEHR LLP<br>ATTN KONSTANTINOS ARMIROS, ESQ<br>120 SOUTH RIVERSIDE PLAZA, STE 1200<br>CHICAGO, IL 60602 | CREDITOR ID: 403748-94<br>HEINRICH, EDWIN P JR<br>7016 BROOKVALE RD<br>FT WORTH TX 76132 |
| CREDITOR ID: 550470-BI<br>HEINZ FROZEN FOOD CO<br>DEPT AT 40076<br>ATLANTA GA 31192-0076 | CREDITOR ID: 550471-BI<br>HEINZ FROZEN FOOD CO<br>DEPT AT 40076<br>ATLANTA GA 31192-0076 | CREDITOR ID: 550472-BI<br>HEINZ FROZEN FOOD COMPANY<br>DEPT AT 40076<br>ATLANTA GA 31192-0076 |
| CREDITOR ID: 403461-99<br>HEINZ FROZEN FOOD DIV OF HJ HEINZ C<br>C/O LAW OFFICES OF KEATON & ASSOC<br>ATTN: MARY E GARDNER<br>1278 WEST NORTHWEST HWY, STE 903<br>PALATINE IL 6067 | CREDITOR ID: 550473-BI<br>HEINZ NORTH AMERICA<br>PO BOX 371605<br>PITTSBURGH PA 15251-7605 | CREDITOR ID: 550474-BI<br>HEINZ NORTH AMERICA<br>PO BOX 371605<br>PITTSBURGH PA 15251-7605 |
| CREDITOR ID: 536093-BA<br>HEISE, MARLA<br>699 HABEN BLVD., #107<br>PALMETTO FL 34221 | CREDITOR ID: 538181-BA<br>HEISE, MARLA<br>C/O JOSHUA H. ROSEN<br>JOSHUA H. ROSEN, CHTD.<br>5250 17TH STREET, STE 8<br>SARASOTA FL 34235 | CREDITOR ID: 387478-54<br>HEISHMAN, REBECCA<br>2000 BRENT PLACE<br>PALM HARBOR FL 34683 |

**Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing claims Arising before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 387478-54<br>HEISHMAN, REBECCA<br>C/O JOHNSON GILBERT & ROMARIK, PA<br>ATTN FRANK JOHNSON, ESQ<br>170 E GRANADA BLVD<br>ORMOND BEACH FL 32176 | CREDITOR ID: 550476-BI<br>HELEN E BURRIS CHAPTER 13 TRUSTEE<br>PO BOX 1757<br>MEMPHIS TN 38101-1757 | CREDITOR ID: 550479-BI<br>HELENA MARKETPLACE LLC<br>III RIVERCHASE OFFICE PLAZA<br>SUITE 102<br>BIRMINGHAM AL 35244 |
| CREDITOR ID: 1420-07<br>HELENA MARKETPLACE LLC<br>ATTN E PAUL STREMPEL, JR<br>III RIVERCHASE OFFICE PLAZA<br>SUITE 102<br>BIRMINGHAM, AL 35244 | CREDITOR ID: 1420-07<br>HELENA MARKETPLACE LLC<br>KING DRUMMOND & DABBS, PC<br>ATTN MARJORIE O DABBS, ESQ<br>100 CENTERVIEW DRIVE, STE 180<br>BIRMINGHAM AL 35216 | CREDITOR ID: 550480-BI<br>HELENA PIMIENTA<br>458 DECLARATION DRIVE<br>ORLANDO FL 32809 |
| CREDITOR ID: 550481-BI<br>HELENA UTILITY BOARD<br>PO BOX 427<br>HELENA AL 35080 | CREDITOR ID: 536094-BA<br>HELFORT, BEVERLY<br>7155 RYE TERRACE<br>WELLINGTON FL 33414 | CREDITOR ID: 538182-BA<br>HELFORT, BEVERLY<br>C/O JASON CORSOVER<br>JASON CORSOVER, P.A.<br>950 SO PINE ISLAND<br>SUITE 150<br>PLANTATION FL 33324 |
| CREDITOR ID: 399681-YY<br>HELGESTAD, JASON<br>2542 SOUTH LANE TR<br>LINCOLNTON NC 28092 | CREDITOR ID: 252787-12<br>HELGESTAD, JASON<br>4163 REDOAK LANE<br>IRONSTATION NC 28080 | CREDITOR ID: 534622-B1<br>HELLAWELL, IRENE<br>786 OLD STAGE COACH RD<br>QUEBECK TN 38579 |
| CREDITOR ID: 393225-55<br>HELLAWELL, IRENE<br>C/O JAMES & ZIMMERMAN<br>ATTN MARK A ZIMMERMAN, ESQ<br>431 EAST NEW YORK AVE<br>PO BOX 208<br>DELAND FL 32721-0208 | CREDITOR ID: 278896-30<br>HELLER BROS<br>PO BOX 770249<br>WINTER GARDEN, FL 34777-0249 | CREDITOR ID: 550482-BI<br>HELMAC PRODUCTS CORP<br>P O BOX 931621<br>ATLANTA GA 31193-1621 |
| CREDITOR ID: 251457-12<br>HELMS ROARK INC<br>PO BOX 1149<br>MONTGOMERY, AL 36101 | CREDITOR ID: 390978-55<br>HELMS, CHRISTINE<br>C/O THE OLIVE LAW FIRM, PA<br>ATTN LEE OLIVE, ESQ<br>200 QUEENS RD, SUITE 200<br>CHARLOTTE NC 28204 | CREDITOR ID: 555819-BC<br>HELMS, DELLA<br>1301 KINGS RD<br>NEPTUNE BEACH FL 32266 |
| CREDITOR ID: 406747-MS<br>HELMS, NORMAN C<br>160 RIVER OAKS DR<br>LAPLACE LA 70068 | CREDITOR ID: 550483-BI<br>HELPING HAND LAWN CARE<br>C/O THOMAS D WILSON JR<br>3950 NC 135<br>STONEVILLE NC 27048 | CREDITOR ID: 538183-BA<br>HELTON, KATHY<br>C/O MILLER SKINNER<br>MILLER , SKINNER & JOLLY P.A.<br>4417 BEACH BLVD.<br>SUITE 300<br>JACKSONVILLE FL 32204 |
| CREDITOR ID: 536095-BA<br>HELTON, KATHY<br>9699 PLUMMER ROAD<br>JACKSONVILLE FL 32219 | CREDITOR ID: 550484-BI<br>HELUVA GOOD LLC<br>PO BOX 8500-52893<br>PHILADELPHIA PA 19178-2893 | CREDITOR ID: 391757-55<br>HEMBY, MERLE<br>C/O DAVID S VAN EVERY LAW OFFICES<br>ATTN DAVID S VAN EVERY, ESQ<br>PO BOX 761<br>COLUMBUS MS 39703 |
| CREDITOR ID: 555820-BC<br>HEMEBRIGHT, BONNIE LEIGH<br>5255 ADAMS RD.<br>DELRAY BEACH FL 33484 | CREDITOR ID: 550485-BI<br>HEMINGWAY & GUNTER COMMERCIAL GROUP LLC<br>9225 SW 158TH LANE SUITE B<br>MIAMI FL 33157-1825 | CREDITOR ID: 555821-BC<br>HEMM, CANDICE<br>6715 NE 61ST CT<br>OCALA FL 34482 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing claims Arising before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                   **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 536096-BA<br>HEMP, GEORGE<br>21 BERRY HILL ROAD<br>WHITING NJ 08759 | CREDITOR ID: 538184-BA<br>HEMP, GEORGE<br>C/O GREGORY V. SHARKEY<br>GREGORY V. SHARKEY, ATTORNEY AT LAW, PA<br>500 WEST KENNEDY BOULEVARD<br>LAKEWOOD NJ 08701-1293 | CREDITOR ID: 552480-BI<br>HEMPHILL SERVICES INC<br>PO BOX 1234<br>TRUSSVILLE AL 35173 |
| CREDITOR ID: 144076-09<br>HEMPHILL, JAMES E<br>1019 GLENARDEN DR APT A<br>ROCK HILL SC 29730 | CREDITOR ID: 555822-BC<br>HENDERSHOT, TASHA<br>4804 SUNSEAT BLVD<br>FORT PIERCE FL 34982 | CREDITOR ID: 2299-07<br>HENDERSON CORPORATION<br>PO BOX 150<br>WINTER PARK, FL 32790 |
| CREDITOR ID: 552481-BI<br>HENDERSON CORPORATION<br>PO BOX 150<br>WINTER PARK FL 32790 | CREDITOR ID: 406192-99<br>HENDERSON CORPORATION<br>C/O STUTSMAN & THAMES PA<br>ATTN: NINA M LAFLEUR<br>121 W FORSYTH ST, STE 600<br>JACKSONVILLE FL 32202 | CREDITOR ID: 382655-51<br>HENDERSON DAILY DISPATCH<br>304 S. CHESTNUT STREET<br>HENDERSON, NC 27536 |
| CREDITOR ID: 535036-MS<br>HENDERSON KUHRT, ANNETTE S<br>2245 STATE RD 16 WEST<br>GREEN COVE SPRINGS FL 32043 | CREDITOR ID: 536097-BA<br>HENDERSON, CHANTELL<br>516 COOLIDGE STREET<br>JEFFERSON LA 70121 | CREDITOR ID: 536098-BA<br>HENDERSON, CYNTHIA<br>1302 GRACELAND<br>ABBEVILLE LA 70510 |
| CREDITOR ID: 536099-BA<br>HENDERSON, ELOISE<br>710 MEADOW DRIVE<br>CORDELE GA 31015 | CREDITOR ID: 536100-BA<br>HENDERSON, EMMA<br>315 MEADOW LARK DR.<br>CANTON MS 39046 | CREDITOR ID: 390900-55<br>HENDERSON, JACKIE<br>C/O ARNOLD STAFFORD RANDOLPH ET AL<br>ATTN MALCOLM G SCHAEFER, ESQ<br>PO BOX 339<br>HINESVILLE GA 31310 |
| CREDITOR ID: 252648-12<br>HENDERSON, JAMES<br>12729 LYTER LANE<br>FAIRHOPE, AL 36532 | CREDITOR ID: 315852-40<br>HENDERSON, JAMES S<br>PO BOX 9909<br>GREENWOOD, MS 38930-1757 | CREDITOR ID: 315852-40<br>HENDERSON, JAMES S<br>C/O WHITTINGTON, BROCK & SWAYZE<br>ATTN H D BROCK, ESQ<br>308 FULTON<br>GREENWOOD MS 38930 |
| CREDITOR ID: 34352-05<br>HENDERSON, LARONDA A<br>2121 WINDY HILL RD, APT 206<br>MARIETTA GA 30060 | CREDITOR ID: 536101-BA<br>HENDERSON, LISA<br>1300 POINTE DES MOUTON APT B 2<br>LAFAYETTE LA 70507 | CREDITOR ID: 538185-BA<br>HENDERSON, LISA<br>C/O MICHELLE S O'BRIEN<br>THE GOODE LAW FIRM<br>812 JOHNSTON STREET<br>P.O. DRAWER 3366<br>LAFAYETTE LA 70502 |
| CREDITOR ID: 406749-MS<br>HENDERSON, LUTHER S<br>1004 W LAKE MARION ROAD<br>HAINES CITY FL 33844 | CREDITOR ID: 535035-MS<br>HENDERSON, MARY E<br>1004 WEST LAKE MARION RD<br>HAINES CITY FL 33844 | CREDITOR ID: 421049-ST<br>HENDERSON, MARY J<br>698 N EDGEWATER DR<br>PLANT CITY FL 33565-9159 |
| CREDITOR ID: 394778-57<br>HENDERSON, PAULINE<br>C/O DE LOACH & HOSTRA, PA<br>ATTN PAUL R CAVONIS, ESQ<br>8640 SEMINOLE BOULEVARD<br>PO BOX 3390<br>SEMINOLE FL 33775 | CREDITOR ID: 406748-MS<br>HENDERSON, PHILLIP SR<br>118 MALLARD RD<br>MELROSE FL 32666 | CREDITOR ID: 535037-MS<br>HENDERSON, ROBERT A<br>7311 BRIARBAY LOOP<br>LAKELAND FL 33810 |

Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 555823-BC<br>HENDERSON, ROY<br>6043 LAKESIDE DR<br>MOUNT OLIVE AL 35117 | CREDITOR ID: 387750-54<br>HENDERSON, WILLIAM<br>14899 AGUILA AVENUE<br>FORT PIERCE FL 34951 | CREDITOR ID: 251466-12<br>HENDERSONVILLE TIMES NEWS<br>ATTN GEORGE L BAYLOR, CREDIT MGR<br>PO BOX 31564<br>TAMPA, FL 33631-3564 |
| CREDITOR ID: 407420-15<br>HENDERSONVILLE TIMES NEWS<br>C/O TIMES-NEWS<br>ATTN GEORGE BAYLOR, CR MGR<br>PO BOX 490<br>HENDERSONVILLE NC 28793 | CREDITOR ID: 382656-51<br>HENDERSONVILLE TIMES-NEWS<br>1717 FOUR SEASONS BLVD<br>HENDERSONVILLE, NC 28793 | CREDITOR ID: 251467-12<br>HENDERSONVILLE TIRE CO<br>PO BOX 1430<br>HENDERSONVILLE, NC 28793-1430 |
| CREDITOR ID: 416709-L1<br>HENDRICKS, ALFREDA<br>C/O LAW OFFICES OF BURNETTI, PA<br>ATTN LINA M LOPEZ, ESQ<br>4899 BELFORT ROAD, SUITE 160<br>JACKSONVILLE FL 32256 | CREDITOR ID: 555824-BC<br>HENDRICKS, TINA<br>4035 JOHNSON ROAD<br>MULBERRY FL 33860 | CREDITOR ID: 406750-MS<br>HENDRIX, ALAN<br>3005 MANOR COURT N<br>DENTON TX 76205 |
| CREDITOR ID: 536102-BA<br>HENDRIX, BERNICE<br>2340 N. W. 41 ST.<br>MIAMI FL 33142 | CREDITOR ID: 538186-BA<br>HENDRIX, BERNICE<br>C/O EDWARD BUSCH<br>LEVINE, BUSCH, SCHNEPPER & STEIN, P.A.<br>9100  S. DADELAND BLVD.<br>SUITE 1010<br>MIAMI FL 33156 | CREDITOR ID: 389994-54<br>HENDRIX, CHRIS<br>3738 STONEBRIDGE DRIVE<br>WEATHERFOD TX 76085 |
| CREDITOR ID: 555825-BC<br>HENDRIX, EFFIE<br>16760 SE 248TH TERRACE<br>UMATILLA FL 32784 | CREDITOR ID: 552482-BI<br>HENDRY COUNTY TAX COLLECTOR<br>PO BOX 1780<br>PROPERTY TAX<br>LABELLE FL 33975-1780 | CREDITOR ID: 552483-BI<br>HENDRY REGIONAL<br>203 S GLORIA ST<br>CLEWISTON FL 33440 |
| CREDITOR ID: 536103-BA<br>HENEKEEN, DANIEL<br>3733 LODGE POLE LANE<br>ORMOND BEACH FL 32174 | CREDITOR ID: 552484-BI<br>HENGXING NORTH AMERICA INC<br>172 BARON LANE<br>EAST BRUNSWICK NJ 08816 | CREDITOR ID: 251472-12<br>HENGXING NORTH AMERICA, INC<br>ATTN FENGSHENG WANG, VP<br>172 BARON LANE<br>EAST BRUNSWICK, NJ 08816 |
| CREDITOR ID: 552485-BI<br>HENIG FURS,INC<br>4135 CARMICHAEL ROAD<br>MONTGOMERY AL 36106 | CREDITOR ID: 536104-BA<br>HENINGBURG, DORIS<br>2006 GIBSON ST.<br>MOBILE AL 36617 | CREDITOR ID: 552486-BI<br>HENKEL CONSUMER ADHESIVES INC<br>PO BOX 752112<br>CHARLOTTE NC 28275 |
| CREDITOR ID: 552487-BI<br>HENLEY LOTTERHOS & HENLEY PLLC<br>PO BOX 389<br>JACKSON MS 39205-0389 | CREDITOR ID: 555826-BC<br>HENLEY, CYNTHIA<br>1320 SW 125 CT<br>MIAMI FL 33184 | CREDITOR ID: 315857-40<br>HENLEY, JOHN T ET AL<br>C/O HAMPTON DEVELOPMENT CO<br>ATTN: MR. GOODE<br>PO BOX 25967<br>GREENVILLE, SC 29616 |
| CREDITOR ID: 392198-55<br>HENLEY, QUANTISHA<br>C/O KLEMICK & GAMPEL, PA<br>ATTN HERMAN M KLEMICK, ESQ<br>1953 SW 27TH AVENUE<br>MIAMI FL 33145 | CREDITOR ID: 251476-12<br>HENNESSEY CAPITAL LLC<br>PO BOX 67000<br>DEPT #261701<br>DETROIT, MI 48267-2617 | CREDITOR ID: 552488-BI<br>HENNESSEY CAPITAL LLC<br>PO BOX 67000<br>DEPT #261701<br>DETROIT MI 48267-2617 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 536105-BA<br>HENNESSEY, DEBBIE<br>3537 COLLEGE STREET<br>JACKSONVILLE FL 32205 | CREDITOR ID: 536106-BA<br>HENNING, JR., GUY<br>41015 C.C. ROAD<br>PONCHATOULA LA 70454 | CREDITOR ID: 555827-BC<br>HENNING, FREDERICK<br>361 TANGLEWOOD BLVD<br>ORANGE PARK FL 32065 |
| CREDITOR ID: 552489-BI<br>HENNINGSEN COLD STORAGE<br>PO BOX 4000<br>MAIL STOP 32<br>PORTLAND OR 97208 | CREDITOR ID: 555828-BC<br>HENRIQUEZ, GEORGE<br>17255 SW 302ND STREET<br>HOMESTEAD FL 33030 | CREDITOR ID: 552491-BI<br>HENRY CLAYTON<br>10691 ANTIOCH ROAD<br>LAUDERDALE MS 39335 |
| CREDITOR ID: 552492-BI<br>HENRY COUNTY COMMISSIONER OF THE REVENUE<br>P O BOX 1077<br>COLLINSVILLE VA 24078 | CREDITOR ID: 552493-BI<br>HENRY COUNTY PUBLIC SERVICE AUTHORITY<br>PO BOX 69<br>COLLINSVILLE VA 24078 | CREDITOR ID: 381616-47<br>HENRY COUNTY RECORD<br>C/O LARRY STANFORD<br>220 COVINGTON STREET<br>MCDONOUGH, GA 30253 |
| CREDITOR ID: 552494-BI<br>HENRY COUNTY WATER<br>1695 HWY 20 W<br>MCDONOUGH GA 30253-9029 | CREDITOR ID: 552496-BI<br>HENRY FORD JUNIOR HIGH<br>435 S JAMIE BLVD<br>WESTWEGO LA 70094 | CREDITOR ID: 536107-BA<br>HENRY, CYNTHIA<br>540 NW 4TH AVENUE<br>APT 603<br>FORT LAUDERDALE FL 33304 |
| CREDITOR ID: 538187-BA<br>HENRY, CYNTHIA<br>C/O JAN P. OLIVER<br>LAW OFFICES JAN P. OLIVER, P.A.<br>THE RENAISSANCE BLDG.<br>1926 HOLLYWOOD BLVD. STE. 301<br>HOLLYWOOD FL 33020 | CREDITOR ID: 395396-64<br>HENRY, DAVID F<br>192 NATURES WAY<br>PONTE VEDRA BEACH, FL 32080 | CREDITOR ID: 492889-FC<br>HENRY, DAVID F<br>129 NATURES WAY<br>PONTE VEDRA BEACH FL 32082-4617 |
| CREDITOR ID: 406751-MS<br>HENRY, DAVID F<br>129 NATURES WAY<br>PONTE VEDRA BEACH FL 32082-4617 | CREDITOR ID: 411005-15<br>HENRY, DAVID F<br>C/O WINN DIXIE STORE, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE FL 32254-3699 | CREDITOR ID: 555831-BC<br>HENRY, JASON<br>418 FARRAR<br>KENNER LA 70065 |
| CREDITOR ID: 536108-BA<br>HENRY, MECHTILDA<br>4101 GREENWOOD AVENUE<br>WEST PALM BEACH FL 33407 | CREDITOR ID: 538188-BA<br>HENRY, MECHTILDA<br>C/O CRAIG GOLDENFARB, ESQ.<br>CRAIG GOLDENFARB, PA<br>2090 PALM BEACH LAKES BLVD<br>SUITE 402<br>WEST PALM BEACH FL 33409 | CREDITOR ID: 555829-BC<br>HENRY, MERCILIA<br>2141 CATHERINE DRIVE #1<br>DELRAY BEACH FL 33445 |
| CREDITOR ID: 393267-55<br>HENRY, SAMUEL D<br>C/O EARL M JOHNSON JR, ESQ<br>200 WEST FORSYTH STREET, SUITE 1401<br>JACKSONVILLE FL 32202 | CREDITOR ID: 555830-BC<br>HENRY, TERRELL<br>8777 DOVELAND DR. APT. D<br>PAHOKEE FL 33476 | CREDITOR ID: 536109-BA<br>HENRY, TYZHANIA<br>11337 TROTTING HORSE LANE<br>JACKSONVILLE FL 32225 |
| CREDITOR ID: 538189-BA<br>HENRY, TYZHANIA<br>C/O MICHAEL R HOWARD ESQ<br>THE LAW OFFICES OF MICHAEL R HOWARD<br>6282 DUPONT STATION COURT<br>STE1<br>JACKSONVILLE FL 32217 | CREDITOR ID: 552498-BI<br>HENSCHEL STEINAU INC<br>300 GRAND AVE<br>ENGLEWOOD NJ 07631 | CREDITOR ID: 381853-99<br>HENSCHEL-STEINAU INC<br>C/O SHAPIRO & CROLAND<br>ATTN: ALEXANDER BENISATTO/R SHAPIRO<br>CONTINENTAL PLAZA II<br>411 HACKENSACK AVE, 6TH FL<br>HACKENSACK NJ 07601 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 315692-36<br>HENSCHEL-STEINAU INC<br>C/O SHAPIRO & CROLAND<br>ATTN ROBERT P SHAPIRO<br>CONTINENTAL PLAZA II<br>411 HACKENSACK AVE<br>HACKENSACK NJ 07601 | CREDITOR ID: 249158-12<br>HENSON, ESTATE OF DEXTER<br>3132 OLD HICKORY TR<br>FORT WORTH, TX 76140 | CREDITOR ID: 251500-12<br>HERALD<br>PO BOX 11707<br>ROCKHILL, SC 29731 |
| CREDITOR ID: 552499-BI<br>HERALD ADVOCATE PUBLISHING CO<br>PO BOX 338<br>WAUCHULA FL 33873-0338 | CREDITOR ID: 251503-12<br>HERALD ADVOCATE PUBLISHING CO<br>ATTN DENISE MOYE<br>PO BOX 338<br>WAUCHULA, FL 33873-0338 | CREDITOR ID: 552500-BI<br>HERALD SUN PAPERS<br>PO BOX 2092<br>DURHAM NC 27702-2092 |
| CREDITOR ID: 251507-12<br>HERALD SUN PAPERS<br>PO BOX 2092<br>DURHAM, NC 27702-2092 | CREDITOR ID: 251499-12<br>HERALD, THE<br>C/O EAST COAST NEWSPAPERS<br>PO BOX 11707<br>132 W MAIN STREET<br>ROCK HILL, SC 29731 | CREDITOR ID: 262827-12<br>HERALD, THE<br>ATTN ELIZABETH WILLIAMS<br>PO BOX 2242<br>RALEIGH, NC 27602-2242 |
| CREDITOR ID: 381037-47<br>HERALD, THE<br>PO BOX 921<br>BRADENTON, FL 34206-0921 | CREDITOR ID: 404045-15<br>HERALD-JOURNAL<br>ATTN GEORGE L BAYLOR<br>189 W MAIN ST<br>SPARTANBURG SC 29306 | CREDITOR ID: 552501-BI<br>HERB HARDEN<br>504 HENRY STREET<br>AIKEN SC 29803 |
| CREDITOR ID: 555832-BC<br>HERBENER, HANNELORE<br>6180 WHISPERING OAK LOOP<br>BEVERLY HILLS FL 34465 | CREDITOR ID: 381069-47<br>HERBERT S HILLER CORPORATION<br>ATTN GEORGE SONIAT, CR MGR<br>PO BOX 91508<br>MOBILE, AL 36691-1508 | CREDITOR ID: 555833-BC<br>HERBERT, LINDSAY<br>12354 WINDWARD DR<br>GULFPORT MS 39503 |
| CREDITOR ID: 251514-12<br>HERBONICS INC/SHENANDOAH<br>GROWERS, INC.<br>ATTN TIMOTHY HEYDON, PRESIDENT<br>PO BOX 228<br>LACEY SPRING VA 22833 | CREDITOR ID: 391034-55<br>HEREZI, CHEYENNE<br>C/O LAW OFFICES OF FRANK P VERDI<br>ATTN  FRANK P VERDI, ESQ<br>18550 N DALE MABRY HWY<br>LUTZ FL 33548 | CREDITOR ID: 397091-67<br>HERITAGE BANK, THE<br>ATTN: BRANCH ADMINISTRATOR SVP<br>PO BOX 1009<br>HINESVILLE, GA 31310 |
| CREDITOR ID: 384162-47<br>HERITAGE BRANDS INSIGHT PHARMACEUTICALS<br>ATTN ROBERT J GOLD, CFO<br>IRENE T MORRIS, A/R MGR<br>1170 WHEELER WAY<br>LANGHORNE PA 19047 | CREDITOR ID: 1423-07<br>HERITAGE COMMUNITY BANK<br>19540 VALDOSTA HIGHWAY<br>VALDOSTA, GA 31602 | CREDITOR ID: 552505-BI<br>HERITAGE COMMUNITY BANK<br>19540 VALDOSTA HIGHWAY<br>VALDOSTA GA 31602 |
| CREDITOR ID: 552507-BI<br>HERITAGE CONSUMER PRODUCTS<br>PO BOX 73020<br>CLEVELAND OH 44193 | CREDITOR ID: 552506-BI<br>HERITAGE CONSUMBER PRODUCTS<br>PO BOX 3943<br>BOSTON MA 02241-3943 | CREDITOR ID: 2300-07<br>HERITAGE CROSSING ASSCS LP<br>ATTN WILLIAM E HICKS, VP OF GP<br>PO BOX 18706<br>RALEIGH, NC 27619-8706 |
| CREDITOR ID: 552508-BI<br>HERITAGE CROSSING ASSOCIATES<br>PO BOX 18706<br>RALEIGH NC 27619-8706 | CREDITOR ID: 552509-BI<br>HERITAGE FOODS<br>PO BOX 54720<br>LOS ANGELES CA 90054-0720 | CREDITOR ID: 251521-12<br>HERITAGE FOODS<br>ATTN JACK P NOENIEXX, VP<br>PO BOX 54720<br>LOS ANGELES, CA 90054-0720 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:    05-03817-3F1**

CREDITOR ID: 406299-15
HERITAGE FOODS LLC
ATTN JACK P NOENICKX, VP
4002 WEST WESTMINSTER
SANTA ANA CA 92703

CREDITOR ID: 552511-BI
HERITAGE MINT LTD
PO BOX 13750
SCOTTSDALE AZ 85267-3750

CREDITOR ID: 552510-BI
HERITAGE MINT LTD
PO BOX 13750
SCOTTSDALE AZ 85267-3750

CREDITOR ID: 315674-36
HERITAGE MINT LTD
C/O JEFF OR CRAIG WRIGHT
PO BOX 13760
SCOTTSDALE AZ 85267

CREDITOR ID: 315674-36
HERITAGE MINT LTD
C/O LANG & BAKER, PLC
ATTN SUZANNE WEATHERMON, ESQ
8233 VIA PASEO DEL NORTE, STE C-100
SCOTTSDALE AZ 85258

CREDITOR ID: 406224-G4
HERITAGE MINT, LTD
8241 EAST GELDING DRIVE
SCOTTSDALE AZ 85260

CREDITOR ID: 1425-07
HERITAGE PROP INVESTMENT LTD P
GROUP #37 - #03721781
PO BOX 3165
BOSTON, MA 02241-3165

CREDITOR ID: 552607-BI
HERITAGE PROP INVESTMENT LTD PARTNERSHIP
P O BOX 3165  GROUP # 37
# 03721781
BOSTON MA 02241-3165

CREDITOR ID: 552609-BI
HERITAGE PROPANE
1702 W DERBY AVENUE
AUBURNDALE FL 33823

CREDITOR ID: 552611-BI
HERITAGE PROPANE
605 S HIGHLAND
MOUNT DORA FL 32757

CREDITOR ID: 552614-BI
HERITAGE PROPANE
PO BOX 6
HICKORY NC 28603

CREDITOR ID: 552613-BI
HERITAGE PROPANE
9307 BACHMAN RD
ORLANDO FL 32824

CREDITOR ID: 552612-BI
HERITAGE PROPANE
7 OLD KINGS ROAD NORTH
SUITE 12
PALM COAST FL 32137

CREDITOR ID: 251527-12
HERITAGE PROPANE
605 S HIGHLAND
MOUNT DORA, FL 32757

CREDITOR ID: 251525-12
HERITAGE PROPANE
ATTN CHRIS LEE, DIST MGR
2730 W STATE RD 46
SANFORD, FL 32771

CREDITOR ID: 251524-12
HERITAGE PROPANE
13800 62ND STREET NORTH
CLEARWATER, FL 33760-3620

CREDITOR ID: 552608-BI
HERITAGE PROPANE
13800 62ND STREET NORTH
CLEARWATER FL 33760-3620

CREDITOR ID: 552610-BI
HERITAGE PROPANE
2730 W STATE RD 46
SANFORD FL 32771

CREDITOR ID: 411182-15
HERITAGE PROPERTY INVESTMENT LP
C/O HERITAGE PROP INVESTMENT TRUST
ATTN EDWARD W VALANZOLA, ESQ
131 DARTMOUTH STREET
BOSTON MA 02116

CREDITOR ID: 417012-99
HERITAGE PROPERTY INVESTMENT TRUST
C/O MCGUIREWOODS LLP
ATTN: MICHAEL SCHMAHL
77 W WACKER DR, STE 4100
CHICAGO IL 60601

CREDITOR ID: 417012-99
HERITAGE PROPERTY INVESTMENT TRUST
C/O MCGUIREWOODS LLP
ATTN: CHARLES L GIBBS II, ESQ
BANK OF AMERICA TOWER
50 NORTH LAURA ST, STE 3300
JACKSONVILLE FL 32202

CREDITOR ID: 552615-BI
HERITAGE PUBLISHING INC
7563 PHILLIPS HIGHWAY
BUILDING 100 SUITE 110
JACKSONVILLE FL 32256

CREDITOR ID: 411181-15
HERITAGE SPE LLC
C/O HERITAGE PROP INVESTMENT TRUST
ATTN EDWARD W VALANZOLA, ESQ
131 DARTMOUTH STREET
BOSTON MA 02116

CREDITOR ID: 1426-07
HERITAGE SPE LLC
GROUP #60
PO BOX 5-497
WOBURN, MA 01815

CREDITOR ID: 552616-BI
HERITAGE SPE LLC
GROUP #60
P O BOX 5-497
WOBURN MA 01815

CREDITOR ID: 2302-RJ
HERITAGE SQUARE ASSOC
3 PALL MALL PLACE
GREENSBORO, NC 27455

CREDITOR ID: 552617-BI
HERITAGE TECO PROPANE
605 S HIGHLAND STREET
MT DORA FL 32757

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

CREDITOR ID: 251537-12
HERMAN MAISEL & CO INC
PO BOX 7481
MOBILE, AL 36670

CREDITOR ID: 1428-07
HERMAN MAISEL & CO INC
PO BOX 7481
MOBILE, AL 36670

CREDITOR ID: 552619-BI
HERMAN MAISEL & CO INC
PO BOX 7481
MOBILE AL 36670

CREDITOR ID: 536110-BA
HERMAN, KIM
1250 NW PINEWOOD AVE
ARCADIA FL 34266

CREDITOR ID: 538190-BA
HERMAN, KIM
C/O CARLTON & CARLTON
206 W OLYMPIA AVE
PUNTA GORDA FL 33950

CREDITOR ID: 555834-BC
HERMANN, THOMAS
39650 US 19 N #553
TARPON SPRINGS FL 34689

CREDITOR ID: 387933-54
HERMANSON, PAULINE
3088 WESTLAND ROAD
BROOKSVILLE, FL 34601

CREDITOR ID: 555838-BC
HERNANDEZ, AMANDA
5877 HULKABERRY LN.
CRESTVIEW FL 32536

CREDITOR ID: 392965-55
HERNANDEZ, ANNA
C/O BOGIN MUNNS & MUNNS
ATTN SCOTT ZIRKLE, ESQ
2601 TECHNOLOGY DRIVE
PO BOX 2807
ORLANDO FL 32802-2807

CREDITOR ID: 392147-55
HERNANDEZ, BEATRIZ CASTILLO (MINOR)
C/O MAGRO LAW FIRM, PA
ATTN JAMY MAGRO, ESQ
669 1ST AVE N
SAINT PETERSBURG FL 33701-3681

CREDITOR ID: 536111-BA
HERNANDEZ, BRIEN
1302 EAST 151ST AVENUE
LUTZ FL 33549

CREDITOR ID: 538191-BA
HERNANDEZ, BRIEN
C/O ROBERT W WALKLEY
WALKLEY AND WALKLEY ATTORNEY AT LAW
633 MARMORA AVE
TAMPA FL 33606

CREDITOR ID: 405900-93
HERNANDEZ, CHRISTINA
C/O BAKER & RECK
ATTN ROBERT F RECK JR, ESQ, STE 705
2500 E HALLANDALE BEACH BLVD
HALLANDALE BEACH FL 33009

CREDITOR ID: 391825-55
HERNANDEZ, EULALIA
C/O LAW OFFICES OF MANUEL VEGA JR
ATTN MANUEL VEGA JR, ESQ
DOUGLAS CENTER, PENTHOUSE 10
2600 DOUGLAS ROAD
CORAL GABLES FL 33134

CREDITOR ID: 536112-BA
HERNANDEZ, IVAN
841 NE 14TH STREET
HOMESTEAD FL 33030

CREDITOR ID: 538192-BA
HERNANDEZ, IVAN
C/O ALEXIS IZQUIERDO ESQ.
ALEXIS IZQUIERDO, PA
102 EAST 49TH STREET
HIALEAH FL 33013

CREDITOR ID: 391099-55
HERNANDEZ, JORGE
C/O J M PEREZ JR LAW OFFICES
ATTN J M PEREZ JR, ESQ
1801 SW 3RD AVENUE, 6TH FLOOR
MIAMI FL 33129

CREDITOR ID: 390969-55
HERNANDEZ, KAREN S
C/O BOGIN, MUNNS & MUNNS
ATTN MICHAEL H TRUAX, ESQ
2601 TECHOLOGY DRIVE
ORLANDO FL 32804

CREDITOR ID: 406753-MS
HERNANDEZ, LAURA
820 BUGLE BRANCH WAY
JACKSONVILLE FL 32259

CREDITOR ID: 392847-55
HERNANDEZ, LOURDES
C/O VASSALLO & BILOTTA, PA
ATTN JEFFREY M FRIEDMAN, ESQ
1630 S CONGRESS AVE STE 201
PALM SPRINGS FL 33461

CREDITOR ID: 555840-BC
HERNANDEZ, LUIS
502 BAR DRIVE
KISSIMMEE FL 34759

CREDITOR ID: 536113-BA
HERNANDEZ, MARY
1637 MAY POP ROAD
WEST PALM BEACH FL 33415

CREDITOR ID: 555835-BC
HERNANDEZ, MAURICIO
9955 SW 53RD STREET
MIAMI FL 33165

CREDITOR ID: 388959-54
HERNANDEZ, MAYRELIS
6024 SW 133RD CT
MIAMI FL 33183-5108

CREDITOR ID: 388959-54
HERNANDEZ, MAYRELIS
C/O MUSTELL & BORROW
ATTN BRETT L BORROW, ESQ
4100 NE 2ND AVENUE, SUITE 202
MIAMI FL 33137

CREDITOR ID: 390961-55
HERNANDEZ, MILDRED
C/O DAVID R HEIL PA
ATTN DAVID R HEIL, ESQ
2324 LEE ROAD
WINTER PARK FL 32789

CREDITOR ID: 555839-BC
HERNANDEZ, NATALIE
606 ANDERSON CIRCLE #206
DEERFIELD BEACH FL 33441

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 536114-BA
HERNANDEZ, ORLENIS
9837 NW 122ND TERRACE
HIALEAH FL 33018

CREDITOR ID: 538193-BA
HERNANDEZ, ORLENIS
C/O CARLOS O. GOMEZ,
LAW OFFICES OF CARLOS O. GOMEZ, PA.
102 EAST 49TH STREET
HIALEAH FL 33013

CREDITOR ID: 536115-BA
HERNANDEZ, PEDRO
19161 SW 318 TER
HOMESTEAD FL 33030

CREDITOR ID: 34793-05
HERNANDEZ, ROLANDO E
940 E 10TH AVENUE
HIALEAH FL 33010

CREDITOR ID: 390832-55
HERNANDEZ, ROXANA
C/O CARRILLO & CARRILLO, PA
ATTN JOSE CARRILLO, ESQ
3663 SW 8TH STREET, STE 214
MIAMI FL 33135

CREDITOR ID: 391019-55
HERNANDEZ, RUBY
C/O ERNESTO S MEDINA ESQ
ATTN ERNESTO S MEDINA, ESQ
525 NW 27 AVENUE STE 100
MIAMI FL 33125

CREDITOR ID: 145007-09
HERNANDEZ, SAMUEL
3113 PRADERA STREET
MISSION TX 78574

CREDITOR ID: 555837-BC
HERNANDEZ, SMI
3700 NW 22ND COURT
786-326-7418
MIAMI FL 33142

CREDITOR ID: 391299-55
HERNANDEZ, WENDY
C/O STEINGER, ISCOE & PHILLIPS, PA
ATTN MICHAEL STEINGER/G ISCOE, ESQS
1645 PALM BEACH LAKES BLVD, 9TH FL
WEST PALM BEACH FL 33401

CREDITOR ID: 416959-BD
HERNANDEZ, ZOILA
8260 SW 30TH STREET
MIAMI FL 33155

CREDITOR ID: 552620-BI
HERNANDO CNTY UTILITIES
PO BOX 30384
TAMPA FL 33630-3384

CREDITOR ID: 555841-BC
HERNDON, MICHEAL
12692 HUNTERS CHASE
FAIRHOPE AL 36532

CREDITOR ID: 536116-BA
HERNY, DORIS
311 ARMSTRONG ST
BROOKSVILLE FL 34601

CREDITOR ID: 555842-BC
HERON, CHARMAINE
8819 PARADISE DR
TAMARAC FL 33321

CREDITOR ID: 391170-55
HERRERA, DULCE
C/O J SCOTT NOONEY & ASSOCIATES
ATTN J SCOTT NOONEY, ESQ
3535 HENDRICKS AVENUE
JACKSONVILLE FL 32207

CREDITOR ID: 388622-54
HERRERA, MARIA
C/O LAW OFFICE OF RAUL DE LA HERIA
ATTN RAUL DE LA HERIA, ESQ
770 NW 35TH AVENUE
MIAMI FL 33125

CREDITOR ID: 410988-15
HERRERA, NOEMI
C/O MORGAN & MORGAN, PA
ATTN DICK GRECO JR, ESQ
101 E KENNEDY BLVD, SUITE 1790
TAMPA FL 33602

CREDITOR ID: 555843-BC
HERRERA, VANESSA
11341 SA 40 TERR
MIAMI FL 33165

CREDITOR ID: 538194-BA
HERRERA, YNES
C/O DAVID F. BARON
LAW OFFICES OF DAVID F. BARON
ONE DATRAN CENTER  STE. 1704
9100 S. DADELAND BLVD.
MIAMI FL 33156

CREDITOR ID: 536117-BA
HERRERA, YNES
1612 NW 32 AVE
305-815-1899
MIAMI FL 33125

CREDITOR ID: 279414-99
HERRICK FEINSTEIN LLP
ATTN: PAUL RUBIN
2 PARK AVENUE
NEW YORK NY 10016

CREDITOR ID: 552621-BI
HERRINGTON LAWN SERVICE
339 JC PRESTAGE ROAD
PELAHATCHIE MS 39145

CREDITOR ID: 555844-BC
HERRINGTON, VICKI
8207 RESERVOIR RD
COLLINSVILLE MS 39325

CREDITOR ID: 536118-BA
HERRINGTON, WANDA
28335 HWY 424
FRANKLINTON LA 70438

CREDITOR ID: 538195-BA
HERRINGTON, WANDA
C/O JOHN M. ROBIN
LAW OFFICES OF JOHN M. ROBIN
PO BOX 1830
COVINGTON LA 70434-1830

CREDITOR ID: 251547-12
HERSHEY CHOCOLATE USA
ATTN MARTIN E TAYLOR
PO BOX 198510
ATLANTA, GA 30384-8510

CREDITOR ID: 552623-BI
HERSHEY CHOCOLATE USA
PO BOX 198510
ATLANTA GA 30384-8510

SERVICE LIST
**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 552622-BI<br>HERSHEY CHOCOLATE USA<br>PO BOX 198510<br>ATLANTA GA 30384-8510 | CREDITOR ID: 279195-99<br>HERSHEY FOODS CORPORATION<br>C/O KLEHR HARRISON HARVEY ET AL<br>ATTN: CAROLYN HOCHSTADTER DICKER<br>260 S BROAD ST 4TH FLR<br>PHILADELPHIA PA 19102 | CREDITOR ID: 279194-99<br>HERSHEY FOODS CORPORATION<br>C/O KLEHR HARRISON HARVEY ET AL<br>ATTN: MORTON R BRANZBURG, ESQ<br>260 S BROAD ST, 5TH FLR<br>PHILADELPHIA PA 19102 |
| CREDITOR ID: 552624-BI<br>HERTIAGE PROPANE<br>1548 SR 44 WEST<br>LEESBURG FL 34748-8705 | CREDITOR ID: 251549-12<br>HERTZ EQUIPMENT RENTAL<br>ATTN D BORTH, MGR/B HUGHES, CRED MG<br>PO BOX 26390<br>OKLAHOMA CITY, OK 73126-0390 | CREDITOR ID: 552625-BI<br>HERTZ EQUIPMENT RENTAL<br>PO BOX 26390<br>OKLAHOMA CITY OK 73126-0390 |
| CREDITOR ID: 251550-12<br>HESCO<br>ATTN WALLY HOUK<br>PO BOX K<br>WAVERLY, FL 33877 | CREDITOR ID: 552626-BI<br>HESCO<br>PO BOX K<br>WAVERLY FL 33877 | CREDITOR ID: 555845-BC<br>HESCOOK, KIM<br>1237 HOMARD PLACE<br>JACKSONVILLE FL 32225 |
| CREDITOR ID: 403501-15<br>HESLIN, REBECCA<br>C/O KINNEY FERNANDEZ & BOIRE, PA<br>ATTN ROB K ROY, ESQ<br>PO BOX 18055<br>3128 W KENNEDY BLVD<br>TAMPA FL 33609 | CREDITOR ID: 403501-15<br>HESLIN, REBECCA<br>120 NORTH YORK STREET<br>BUSHNELL FL 33513 | CREDITOR ID: 555846-BC<br>HESPANOL, JOSE<br>10315 NW 9TH ST #201<br>MIAMI FL 33174 |
| CREDITOR ID: 555848-BC<br>HESS (MINOR), SAMANTHA<br>2430 THOMPSON STREET<br>AUBURNDALE FL 33823 | CREDITOR ID: 552627-BI<br>HESS MACHINE INTL<br>P O BOX 639<br>EPHRATA PA 17522 | CREDITOR ID: 555847-BC<br>HESS, ELIZABETH<br>2613 VICTORIA PLACE<br>CRESTVIEW FL 32536 |
| CREDITOR ID: 406754-MS<br>HESS, HOWARD E<br>4738 BALMORAL WAY<br>MARIETTA GA 30068 | CREDITOR ID: 403750-94<br>HESS, THOMAS W<br>1820 GRANTLINE RD.<br>NEW ALBANY IN 47150 | CREDITOR ID: 381087-47<br>HESTER AND ASSOCIATES INC<br>ATTN WAYNE A HESTER, PRES<br>2910 LINDEN AVENUE<br>BIRMINGHAM, AL 35209 |
| CREDITOR ID: 552628-BI<br>HESTER HEATH ELEMENTARY SCHOOL<br>4810 HIGHWAY 167 NORTH<br>VILLE PLATTE LA 70586 | CREDITOR ID: 406755-MS<br>HESTER, LARRY E<br>3562 LAKE BAYSHORE DR, CONDO K202<br>BRADENTON FL 34205 | CREDITOR ID: 538196-BA<br>HESTER, LEANNE<br>C/O ROTSTEIN & SHIFFMAN<br>JONATHAN I. ROTSTEIN<br>309 OAKRIDGE BLVD. STE B<br>DAYTONA BEACH FL 32118 |
| CREDITOR ID: 536119-BA<br>HESTER, LEANNE<br>ROTSTEIN & SHIFFMAN<br>309 OAKRIDGE BLVD., SUITE B<br>DAYTONA BEACH FL 32118 | CREDITOR ID: 392375-55<br>HESTER, PATRICIA<br>C/O WILL PARKER, ESQ<br>PO BOX 5733<br>MERIDIAN MS 39302-5733 | CREDITOR ID: 536120-BA<br>HESTER, SIBYL<br>PO BOX 481<br>WILMER AL 36587 |
| CREDITOR ID: 538197-BA<br>HESTER, SIBYL<br>C/O EATON G. BARNARD, ESQ.<br>EATON BARNARD AND ASSOC PC<br>1904 DAUPHIN ISLAND PKWY.<br>MOBILE AL 36605 | CREDITOR ID: 552629-BI<br>HESTERS AUTO ELECT<br>218 N BAINBRIDGE ST<br>MONTGOMERY AL 36104 | CREDITOR ID: 251553-12<br>HESTERS AUTO ELECTRIC SERVICE<br>ATTN NATHAN R HESTER, OWNER<br>218 N BAINBRIDGE ST<br>MONTGOMERY, AL 36104 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

CREDITOR ID: 406756-MS
HETTINGER, ROBERT A.
18528 SECOND AVENUE
ORLANDO FL 32820

CREDITOR ID: 417313-B3
HETZEL, ADRIANNE
600 AVENUE E
CHULUOTA FL 32766

CREDITOR ID: 552630-BI
HEUER CUSTOM MANUFACTURING
447 OLD SWEDE ROAD
DOUGLASSVILLE PA 19518

CREDITOR ID: 382657-51
HEWITT INVESTMENT GROUP
ATTN: WESTON TOMPKINS
3350 RIVERWOOD PARKWAY, SUITE 80
ATLANTA, GA 30339

CREDITOR ID: 552631-BI
HEWLETT PACKARD COMPANY
PO BOX 101149
ATLANTA GA 30392-1149

CREDITOR ID: 381397-47
HFT QUALITY CONSTRUCTION & MAINTENANCE
2280 SW 70TH AVENUE, UNIT 1 - 2
DAVIE, FL 33317

CREDITOR ID: 251562-12
HI TECH PHARMACAL CO
ATTN: MARGARET SANTORUFO, VP
369 BAYVIEW AVE
AMITYVILLE, NY 11701

CREDITOR ID: 552632-BI
HI TECH PHARMACAL CO
369 BAYVIEW AVE
AMITYVILLE NY 11701

CREDITOR ID: 251563-12
HI TECH PLASTICS INC / CHEMCOM INC
ATTN BERNARD E DAHLIN, PRES
PO BOX 143
NICHOLS, WI 54152

CREDITOR ID: 552635-BI
HIALEAH DEPT OF WATER & SEWER
3700 W FOURTH AVE
HIALEAH FL 33012-4298

CREDITOR ID: 251568-12
HIALEAH ELECTRIC MOTOR REPAIR
ATTN PATTI MARCHETTI, SECY/TREAS
PO DRAWER 370690
MIAMI, FL 33137

CREDITOR ID: 1429-07
HIALEAH FEE COMMONS LTD
1800 SUNSET HARBOUR DRIVE, STE. 2
MIAMI BEACH, FL 33139

CREDITOR ID: 552636-BI
HIALEAH FEE COMMONS LTD
1800 SUNSET HARBOUR DRIVE
SUITE 2
MIAMI BEACH FL 33139

CREDITOR ID: 240493-06
HIALEAH FIRE DEPARTMENT
FIRE PREVENTION BUREAU
83 EAST 5TH STREET
HIALEAH FL 33010

CREDITOR ID: 381363-47
HIALEAH MIAMI LAKES SENIOR HIGH SCHOOL
BASEBALL BOOSTER CLUB
7977 W 12 AVE
HIALEAH, FL 33014

CREDITOR ID: 1430-07
HIALEAH PROMENADE LIMITED PART
C/O STERLING CENTRE CORP MGT SERV
1 N. CLEMATIS STREET
WEST PALM BEACH, FL 33401

CREDITOR ID: 35010-05
HIBBERD, JOHN R
30378 PALM DRIVE
BIG PINE KEY FL 33043

CREDITOR ID: 393599-55
HIBBERT, DIANNE
C/O JEFFREY S. MARKS, PA
ATTN JEFFREY S. MARKS, ESQ
2499 GLADES ROAD
BOCA RATON FL 33431

CREDITOR ID: 552637-BI
HIBERNIA
NATIONAL ACCTS DEPT
PO BOX 54100
NEW ORLEANS LA 70154-4100

CREDITOR ID: 400434-15
HIBERNIA NATIONAL BANK
NKA: CAPITAL ONE NA
NATIONAL ACCOUNTS DEPARTMENT
ATTN GIATANA WHITE, ASST VP
313 CARONDELET STREET, 6TH FLOOR
NEW ORLEANS LA 70130

CREDITOR ID: 406757-MS
HICKERSON, FRED
1712 GALEOP DR
LOXAHATCHEE FL 33470

CREDITOR ID: 552737-BI
HICKORY CITY OF
PO BOX 398
HICKORY NC 28603-0398

CREDITOR ID: 552738-BI
HICKORY FARMS
PO BOX 72328
CLEVELAND OH 44192-0328

CREDITOR ID: 555850-BC
HICKS, A
1413 WHITE PLAINES RD
ANNISTON AL 36207

CREDITOR ID: 406758-MS
HICKS, LAWRENCE M
2320 CROMWELL DRIVE
ARLINGTON TX 76018

CREDITOR ID: 420536-ST
HICKS, LAWRENCE M  & JEANNE JT TEN
2320 CROMWELL DR
ARLINGTON TX 76018

CREDITOR ID: 277240-21
HICKS, OLENE
C/O JONES & JONES, PC
ATTN JOHN F JONES JR, ESQ
530 EAST THREE NOTCH STREET
PO BOX 1128
ANDALUSIA AL 36420

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 555852-BC<br>HICKS, PEGGY<br>7043  173RD PLACE<br>LIVE OAK FL 32060 | CREDITOR ID: 388047-54<br>HICKS, QUEEN<br>8179 GALAXIE DR<br>JACKSONVILLE, FL 32244 | CREDITOR ID: 399379-15<br>HICKS, SHARON<br>C/O BURNETTE DOBSON & HARDEMAN<br>ATTN ANITA B HARDEMAN, ESQ<br>713 CHERRY STREET<br>CHATTANOOGA TN 37402 |
| CREDITOR ID: 403751-94<br>HICKS, SUSAN V<br>899 COLDWATER CREEK CIRCLE<br>NICEVILLE FL 32578 | CREDITOR ID: 393322-55<br>HICKS, THOMAS<br>C/O FARAH & FARAH PA<br>ATTN D SCOTT CRAIG, ESQ<br>10 WEST ADAMS ST 3RD FLR<br>JACKSONVILLE FL 32202 | CREDITOR ID: 555851-BC<br>HICKS, VERA<br>1809 EAST SHADOWLOWN AVENUE<br>TAMPA FL 33610 |
| CREDITOR ID: 552739-BI<br>HICO HELIUM AND BALLOONS<br>PO BOX 1665<br>POWDER SPRINGS GA 30127 | CREDITOR ID: 382658-51<br>HI-CONE DIV/ILLINOIS TOOL WORKS, INC<br>PO BOX 92776<br>CHICAGO, IL 60675 | CREDITOR ID: 552634-BI<br>HI-CONE DIVISION<br>ILLINOIS TOOL WORKS INC<br>PO BOX 92776<br>CHICAGO IL 60675-2776 |
| CREDITOR ID: 552633-BI<br>HI-CONE DIVISION<br>ILLINOIS TOOL WORKS INC<br>P O BOX 75161<br>CHICAGO IL 60675-0001 | CREDITOR ID: 408226-15<br>HIDDEN HILLS, LP<br>C/O JAY M SAWILOWSKY, PC<br>ATTN JAY M SAWILOWSKY, ESQ<br>699 BROAD STREET, SUITE 1212<br>AUGUSTA GA 30901-1453 | CREDITOR ID: 408226-15<br>HIDDEN HILLS, LP<br>C/O BLANCHARD & CALHOUN COMMERCIAL<br>ATTN VICTOR J MILLS, MGG PARTNER<br>BLDG 100, SUITE 370<br>2745 PERIMETER PKWY<br>AUGUSTA GA 30909 |
| CREDITOR ID: 279440-99<br>HIERSCHE HAYWARD DRAKELEY & URBACH<br>ATTN: KRISTA BATES/RUSSELL MILLS<br>15303 DALLAS PKWY, STE 700<br>ADDISON TX 75001 | CREDITOR ID: 279438-99<br>HIERSCHE HAYWARD DRAKELEY & URBACH<br>ATTN: RUSSELL W MILLS<br>15303 DALLAS PKWY, STE 700<br>ADDISON TX 75001 | CREDITOR ID: 536121-BA<br>HIGDON(MINOR), JASON<br>156 NW 17 ST. APT# 5<br>MIAMI FL 33126 |
| CREDITOR ID: 410543-15<br>HIGGINBOTHAM, MICHAEL<br>C/O FARAH & FARAH, PA<br>ATTN LLOYD S MANUKIAN, ESQ.<br>10 WEST ADAMS STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 410543-15<br>HIGGINBOTHAM, MICHAEL<br>114 BLUEFIELD AVENUE, APT A<br>LAKELAND FL 33801 | CREDITOR ID: 555853-BC<br>HIGGINS, GLORIA<br>200 PRESTON CT.<br>OPELIKA AL 36801 |
| CREDITOR ID: 391927-55<br>HIGGINS, SAVONIA<br>C/O MARK J MILLER, PA<br>ATTN MARK J MILLER, ESQ<br>1600 S FEDERAL HWY, SUITE 1101<br>POMPANO BEACH FL 33062 | CREDITOR ID: 552740-BI<br>HIGH COUNTRY MEDIA<br>PO BOX 1815<br>BOONE NC 28607 | CREDITOR ID: 251585-12<br>HIGH COUNTRY MEDIA<br>ATTN JEANNIE KAHLE<br>PO BOX 1815<br>BOONE, NC 28607 |
| CREDITOR ID: 552741-BI<br>HIGH LINER FOODS<br>PO BOX 711067<br>CINCINNATI OH 45271-1067 | CREDITOR ID: 251589-12<br>HIGH POINT ENTERPRISE<br>ATTN NANCY BAKER, CONTROLLER/<br>KATHY MCKINNEY<br>PO BOX 1009<br>HIGH POINT, NC 27261 | CREDITOR ID: 552742-BI<br>HIGH POINT ENTERPRISE<br>ACCOUNT RECEIVABLE<br>P O BOX 1009<br>HIGH POINT NC 27261 |
| CREDITOR ID: 552743-BI<br>HIGH QUALITY FURNITURE<br>4198 EAST 11TH AVENUE<br>HIALEAH FL 33013 | CREDITOR ID: 552744-BI<br>HIGH SPRINGS COMMERCIAL PROPERTIES LLC<br>ATTEN: RO SARMOEN<br>5801 CONGRESS AVENUE<br>SUITE 219<br>BOCA RATON FL 33487 | CREDITOR ID: 251592-12<br>HIGH SPRINGS HERALD<br>PO BOX 745<br>HIGH SPRINGS, FL 32655 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 552745-BI<br>HIGH SPRINGS MEDICAL CENTER PA<br>P O BOX 834<br>HIGH SPRINGS FL 32655 | CREDITOR ID: 552746-BI<br>HIGH SPRINGS TRU GAS<br>1320 SOUTH MAIN STREET<br>HIGH SPRINGS FL 32643 | CREDITOR ID: 536122-BA<br>HIGH, DELANDER<br>3926 HIGHWAY 28 EAST<br>APT 604<br>PINEVILLE LA 71360 |
| CREDITOR ID: 406759-MS<br>HIGHFILL, RICHARD<br>800 W MONROE STREET<br>MAYODAN NC 27027 | CREDITOR ID: 1431-07<br>HIGHLAND ASSOCIATES LP<br>C/O VANGUARD ASSOCIATES<br>ATTN TJ O'NEIL, JR, MGG PARTNER<br>1900 THE EXCHANGE, SUITE 180<br>ATLANTA, GA 30339 | CREDITOR ID: 552748-BI<br>HIGHLAND ASSOCIATES LP<br>ATTN T J O'NEIL<br>1900 THE EXCHANGE SUITE 180<br>ATLANTA GA 30339 |
| CREDITOR ID: 552749-BI<br>HIGHLAND AVENUE SCHOOL<br>2024 HIGHLAND AVENUE<br>MONTGOMERY AL 36107 | CREDITOR ID: 552750-BI<br>HIGHLAND BAPTIST CHRISTIAN CHURCH<br>602 VICTORY DR<br>NEW IBERIA LA 70563 | CREDITOR ID: 1432-07<br>HIGHLAND COMMONS BOONE LLC<br>PO BOX 601084<br>CHARLOTTE, NC 28260-1084 |
| CREDITOR ID: 552751-BI<br>HIGHLAND COMMONS BOONE LLC<br>PO BOX 601084<br>CHARLOTTE NC 28260-1084 | CREDITOR ID: 552752-BI<br>HIGHLAND ELEMENTARY<br>1341 DUCK AVE<br>EUNICE LA 70535 | CREDITOR ID: 552753-BI<br>HIGHLAND LAKES ASSOCIATES<br>PO BOX 643342<br>PITTSBURGH PA 15264-3342 |
| CREDITOR ID: 1433-07<br>HIGHLAND LAKES ASSOCIATES<br>PO BOX 643342<br>PITTSBURGH, PA 15264-3342 | CREDITOR ID: 407595-15<br>HIGHLAND LAKES CENTER<br>C/O SIMON PROPERTY GROUP<br>LEGAL COLLECTIONS<br>ATTN PATTY SUMMERS (TROPEPE)<br>115 W WASHINGTON STREET<br>INDIANAPOLIS IN 46204 | CREDITOR ID: 552754-BI<br>HIGHLAND SQ SHOP CENTER<br>C/O THE SEMBLER COMPANY<br>PO BOX 409824<br>ATLANTA GA 30384-9824 |
| CREDITOR ID: 1434-07<br>HIGHLAND SQ SHOP CENTER<br>C/O THE SEMBLER COMPANY<br>PO BOX 409824<br>ATLANTA, GA 30384-9824 | CREDITOR ID: 533685-CN<br>HIGHLANDS INSURANCE CO<br>ATTN LEGAL DEPARTMENT<br>TD BANK TOWER SUITE 4200<br>PO BOX 20<br>TORONTO ON M5K 1N6<br>CANADA | CREDITOR ID: 552755-BI<br>HIGHLANDS UTILITIES CORP<br>720 US 27 SOUTH<br>LAKE PLACID FL 33852-9515 |
| CREDITOR ID: 552747-BI<br>HIGH-TECH COMMUNICATIONS INC<br>PO BOX 54904<br>NEW ORLEANS LA 70154 | CREDITOR ID: 251594-12<br>HIGH-TECH COMMUNICATIONS INC<br>PO BOX 54904<br>NEW ORLEANS, LA 70154 | CREDITOR ID: 381070-47<br>HIGHVIEW PAINTING AND STRIPING CO INC<br>ATTN RICHARD W STUMP, PRESIDENT<br>PO BOX 19917<br>LOUISVILLE, KY 40259 |
| CREDITOR ID: 552756-BI<br>HIGHWAY STAR<br>P O BOX 7152<br>FT MYERS FL 33911 | CREDITOR ID: 552757-BI<br>HILCO<br>6602 STONINGTON DR N<br>TAMPA FL 33647 | CREDITOR ID: 552758-BI<br>HILDEBRAN ASSOC<br>%RICHARD G HOEFLING<br>7421 CARMEL EXECUTIVE PK STE 214<br>CHARLOTTE NC 28226 |
| CREDITOR ID: 1435-07<br>HILDEBRAN ASSOCIATES<br>C/O RICHARD G HOEFLING, ESQ<br>PO BOX 269<br>GASTONIA NC 28053 | CREDITOR ID: 555854-BC<br>HILDEBRANDT, ANOMA<br>5385 WINFREE STREET<br>PORT CHARLOTTE FL 33981 | CREDITOR ID: 382659-51<br>HILEX<br>101 EAST CAROLINA AVE<br>HARTSVILLE, SC 29550 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                       **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 552759-BI<br>HILEX POLY CO LLC<br>PO BOX 32849<br>CHARLOTTE NC 28232-2849 | CREDITOR ID: 251617-12<br>HILEX POLY CO LLC<br>ATTN JACK JOSEY/WAYNE D TARHAMTON<br>101 E CAROLINA AVENUE<br>HARTSVILLE SC 29550 | CREDITOR ID: 552760-BI<br>HILL & BROOKS COFFEE CO INC<br>PO BOX 6219<br>MOBILE AL 36660-6219 |
| CREDITOR ID: 251618-12<br>HILL & BROOKS COFFEE CO INC<br>ATTN OFFICE MGR<br>PO BOX 6219<br>MOBILE, AL 36660-6219 | CREDITOR ID: 552761-BI<br>HILL AND VALLEY<br>1713 MOMENTUM PLACE<br>CHICAGO IL 60689-5317 | CREDITOR ID: 552762-BI<br>HILL HILL CARTER FRANCO<br>COLE & BLACK PC<br>PO BOX 116<br>MONTGOMERY AL 36101-0116 |
| CREDITOR ID: 398213-74<br>HILL HILL CARTER FRANCO ET AL<br>ATTN RANDALL MORGAN, VP<br>425 S. PERRY STREET<br>MONTGOMERY AL 36104 | CREDITOR ID: 251620-12<br>HILL HOSPITAL OF SUMTER<br>751 DERBY DR<br>YORK, AL 36925 | CREDITOR ID: 536125-BA<br>HILL III, CHARLES<br>8311 MILAN ST<br>METAIRIE LA 70003 |
| CREDITOR ID: 552763-BI<br>HILL LANES INC<br>525 ROUTE 9 NORTH<br>ATTN: ROBERT BIER<br>HOPELAWN NJ 08861 | CREDITOR ID: 397243-68<br>HILL LANES INC.<br>ATTN: ROBERT BIER<br>525 ROUTE 9 NORTH<br>HOPELAWN, NJ 08861 | CREDITOR ID: 251621-12<br>HILL PHOENIX<br>ATTN JOHN A LABOTT, ASST CONTROLLER<br>1925 RUFFIN MILL ROAD<br>COLONIAL HEIGHTS, VA 23834 |
| CREDITOR ID: 555856-BC<br>HILL, BRIAN<br>3972 SW 140TH AVE<br>WESTON FL 33330 | CREDITOR ID: 538198-BA<br>HILL, CARLETHA<br>C/O DANIEL J LEEPER ESQ<br>LAW OFFICES OF DANIEL AND SILVIA LEEPER<br>5450 FIRST AVENUE NORTH<br>STE B<br>ST PETERSBURG FL 33710 | CREDITOR ID: 536123-BA<br>HILL, CARLETHA<br>2950 3RD AVE SOUTH<br>SAINT PETERSBURG FL 33712 |
| CREDITOR ID: 416988-15<br>HILL, CARLETHA T<br>2950 3RD AVENUE SOUTH<br>ST PETERSBURG FL 33712 | CREDITOR ID: 536124-BA<br>HILL, CATHERINE<br>22704 PENNY LOOP<br>LAND O' LAKES FL 34639 | CREDITOR ID: 538199-BA<br>HILL, CATHERINE<br>C/O JOHN MALKOWSKI<br>KENNEDY LAW GROUP<br>5100 W. KENNEDY BLVD.<br>SUITE 100<br>TAMPA FL 33609 |
| CREDITOR ID: 555858-BC<br>HILL, CHERLENA<br>2131 PACITTE<br>SAINT AUGUSTINE FL 32084 | CREDITOR ID: 555857-BC<br>HILL, DE'BORAH<br>110 CAMPO LANE<br>AMITE LA 70422 | CREDITOR ID: 391174-55<br>HILL, LATISHA<br>C/O PATRICK J ARAGUEL JR & ASSOCS<br>ATTN PATRICK J ARAGUEL JR, ESQ<br>14 SEVENTH STREET<br>COLUMBUS GA 31901 |
| CREDITOR ID: 403752-94<br>HILL, PAUL<br>6863 STAGGE RD<br>LOVELAND OH 45140 | CREDITOR ID: 555855-BC<br>HILL, PAULA<br>4456 OAKFIELD CIRCLE<br>DADE CITY FL 33525 | CREDITOR ID: 555859-BC<br>HILLABRAND, ZENA<br>105 52ND AVE BLVD W<br>BRADENTON FL 34207 |
| CREDITOR ID: 552764-BI<br>HILLANDALE FARMS<br>PO BOX 2109<br>LAKE CITY FL 32056-2109 | CREDITOR ID: 407733-99<br>HILLANDALE FARMS INC<br>C/O MOSELEY PRICHARD ET AL<br>ATTN R K JONES/E L HEARN ESQS<br>501 WEST BAY ST<br>JACKSONVILLE FL 32202 | CREDITOR ID: 279429-99<br>HILLANDALE FARMS INC<br>C/O SMITH HULSEY & BUSEY<br>ATTN: JAMES H POST<br>225 WATER ST STE 1800<br>JACKSONVILLE FL 32202 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 536126-BA<br>HILLANDALE FARMS,<br>PO BOX 1716<br>BUSHNELL FL 33513 | CREDITOR ID: 251626-12<br>HILLANDALE FARMS, INC<br>ATTN JO N WARD<br>PO BOX 2109<br>LAKE CITY, FL 32056-2109 | CREDITOR ID: 251626-12<br>HILLANDALE FARMS, INC<br>MOSELEY, PRICHARD, PARRISH, ET AL<br>ATTN RICHARD K. JONES, ESQ.<br>501 WEST BAY STREET<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 410522-15<br>HILLCREST GDS, LLC<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 | CREDITOR ID: 410522-15<br>HILLCREST GDS, LLC<br>C/O MILAM HOWARD NICANDRI ET AL<br>ATTN:  PETER E NICANDRI ESQ<br>14 EAST BAY STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 552765-BI<br>HILLCREST SHOPPING CENTER<br>PO BOX 26785<br>C/O CURSOR PROPERTIES RENT ACCT<br>GENERAL POST OFFICE<br>NEW YORK NY 10087-6785 |
| CREDITOR ID: 1436-07<br>HILLCREST SHOPPING CENTER<br>C/O CURSOR PROPERTIES RENT ACC<br>PO BOX 26785<br>NEW  YORK, NY 10087-6785 | CREDITOR ID: 492890-FC<br>HILLIS, JAMES D<br>7701 TIMBERLAND PARK BLVD, APT 516<br>JACKSONVILLE FL 32256 | CREDITOR ID: 552766-BI<br>HILLMAN GROUP INC<br>PO BOX 532595<br>ATLANTA GA 30353-2582 |
| CREDITOR ID: 251630-12<br>HILLMAN GROUP INC<br>ATTN PATRICIA DECLUSIN<br>8990 KYRENE RD<br>TEMPE AZ 85284 | CREDITOR ID: 555860-BC<br>HILLMAN, GORDON<br>944 REYNOLDS ROAD<br>LAKELAND FL 33801 | CREDITOR ID: 381188-47<br>HILLS FLORAL GROUP<br>PO BOX 776<br>LOUISVILLE, KY 40203 |
| CREDITOR ID: 251631-12<br>HILLSBORO SHEET METAL<br>ATTN LEO A LORENZO, PRES<br>4113 NEBRASKA AVENUE<br>TAMPA FL 33603-4325 | CREDITOR ID: 552867-BI<br>HILLSBORO SHEET METAL<br>4113 NEBRASKA AVE<br>TAMPA FL 33603-4325 | CREDITOR ID: 552868-BI<br>HILLSBORO-LYONS INVESTORS LTD<br>C/O MENIN DEVELOPMENT CO INC<br>3501 PGA BLVD<br>SUITE 201<br>PALM BEACH FL 33410 |
| CREDITOR ID: 1437-07<br>HILLSBORO-LYONS INVESTORS LTD<br>C/O MENIN DEVELOPMENT CO. INC.<br>3501 PGA BLVD.<br>PALM BEACH, FL 33410 | CREDITOR ID: 552869-BI<br>HILLSBOROUGH CLEANING AGENTS<br>PO BOX 1352<br>MANGO FL 33550 | CREDITOR ID: 552870-BI<br>HILLSBOROUGH CNTY PUBLIC<br>10061 EAST ADAMO DR<br>TAMPA FL 33619 |
| CREDITOR ID: 552871-BI<br>HILLSBOROUGH COUNTY FIRE RESCUE<br>PO BOX 310398<br>TAMPA FL 33680-0398 | CREDITOR ID: 552872-BI<br>HILLSIDE VINEYARD & BERRY FARM<br>RT 2 BOX 446N<br>KOSCIUSKO MS 39090 | CREDITOR ID: 251639-12<br>HILLSIDE VINEYARD & BERRY FARM<br>ATTN BETTY G DODD, OWNER<br>24783 HWY 19 N<br>KOSCIUSKO, MS 39090-6725 |
| CREDITOR ID: 536127-BA<br>HILSENBECK, SUE<br>380 MERRIWEATHER RD<br>GROSSE POINTE FARMS MI 48236 | CREDITOR ID: 552873-BI<br>HILTI INC<br>PO BOX 382002<br>PITTSBURGH PA 15250-8002 | CREDITOR ID: 536129-BA<br>HILTON (MINOR), TAYLOR<br>102 COLONY S. DR.<br>TARPON SPRINGS FL 34689 |
| CREDITOR ID: 538201-BA<br>HILTON (MINOR), TAYLOR<br>C/O EDUARDO LATOUR, ESQ.<br>LATOUR &  ASSOCIATES, P.A.<br>135 EAST LEMON ST.<br>TARPON SPRINGS FL 34689 | CREDITOR ID: 552874-BI<br>HILTON GARDEN INN<br>650 TINSLEY WAY<br>ROCK HILL SC 29730 | CREDITOR ID: 552875-BI<br>HILTON JACKSONVILLE RIVERFRONT<br>1201 RIVERPLACE BOULEVARD<br>JACKSONVILLE FL 32207 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 251643-12<br>HILTON JACKSONVILLE RIVERFRONT<br>ATTN JIM GRAULICH, CONTROLLER<br>1201 RIVERPLACE BOULEVARD<br>JACKSONVILLE, FL 32207 | CREDITOR ID: 536128-BA<br>HILTON, SYDNEY<br>201 COUNTY RD 50<br>BIG PINE KEY FL 33043 | CREDITOR ID: 538200-BA<br>HILTON, SYDNEY<br>C/O MARTIN L. HOFFMAN<br>HOFFMAN, LARIN & AGNETTI, P.A.<br>909 N. MIAMI BEACH BLVD STE201<br>MIAMI FL 33162 |
| CREDITOR ID: 552876-BI<br>HILTONS GREENHOUSE<br>4784 GRACE CHAPEL ROAD<br>GRANITE FALLS NC 28630 | CREDITOR ID: 552877-BI<br>HILYARD MANOR ASSOCIATES LLP<br>C/O AARON J EDELSTEIN<br>36 ISLAND AVE SUITE #56<br>MIAMI BEACH FL 33139 | CREDITOR ID: 1438-07<br>HILYARD MANOR ASSOCIATES, LLP<br>C/O AARON J. EDELSTEIN<br>36 ISLAND AVENUE, SUITE 56<br>MIAMI BEACH, FL 33139 |
| CREDITOR ID: 552878-BI<br>HIMMEL NUTRITION<br>PO BOX 845449<br>BOSTON MA 02284-5449 | CREDITOR ID: 555861-BC<br>HIMMINGER, ROSE<br>1991 RED BUG CIRCLE NW<br>321-951-7320<br>PALM BAY FL 32907 | CREDITOR ID: 538202-BA<br>HINCHEY, BETTY<br>C/O GORDON & DONER P.A.<br>4114 NORTHLAKE BLVD. STE 200<br>PALM BEACH GARDENS FL 33410 |
| CREDITOR ID: 536130-BA<br>HINCHEY, BETTY<br>604 NW 7TH COURT<br>BOYNTON BEACH FL 33426 | CREDITOR ID: 393508-55<br>HINCHMAN, DEBRA<br>C/O DANIEL BECNEL, III, LAW OFFICE<br>ATTN DANIEL BECNEL, III, ESQ<br>425 W AIRLINE HWY, SUITE B<br>LAPLACE LA 70068 | CREDITOR ID: 552880-BI<br>HINDS COUNTY DISTRICT ATTORNEY<br>PO BOX 22747<br>JACKSON MS 39225 |
| CREDITOR ID: 536131-BA<br>HINDS, BEVERLY<br>20227 NW 27 CIRCLE<br>MIAMI GARDENS FL 33056 | CREDITOR ID: 538203-BA<br>HINDS, BEVERLY<br>C/O MATTHEW P. SLINGBAUM<br>SCHWARTZ ZWEBEN & SLINGBAUM LLP<br>3876 SHERIDAN ST<br>HOLLYWOOD FL 33021 | CREDITOR ID: 406760-MS<br>HINDS, JOHN W<br>19 HUMMINGBIRD ROAD<br>MOULTRIE GA 31768 |
| CREDITOR ID: 552881-BI<br>HINES HORTICULTURE INC<br>PO BOX 200305<br>DALLAS TX 75320-0305 | CREDITOR ID: 251655-12<br>HINES NUT COMPANY<br>990 SOUTH ST PAUL<br>DALLAS, TX 75201 | CREDITOR ID: 536132-BA<br>HINES, ANGELA<br>925 B WILLOW RD<br>ALBANY GA 31705 |
| CREDITOR ID: 410759-14<br>HINES, JUDITH<br>C/O MARIO RUIZ DE LA TORRE, ESQ<br>PO BOX 381413<br>MIAMI FL 33238-1413 | CREDITOR ID: 403507-15<br>HINES, MOLLIE<br>C/O PATE LLOYD & COCHRUN LLP<br>ATTN KAREN FARLEY/GORDON PATE, ESQS<br>PO BOX 10448<br>BIRMINGHAM AL 35202-0448 | CREDITOR ID: 555862-BC<br>HINES, SHARNA<br>905 ST. CHARLES STREET<br>FRANKLIN LA 70582 |
| CREDITOR ID: 536133-BA<br>HINES, VRNA<br>5919 8TH COURT E<br>BRADENTON FL 34203 | CREDITOR ID: 538204-BA<br>HINES, VRNA<br>C/O GENEVIEVE HALL<br>LAW OFFICES OF THOMAS S HUDSON<br>7780 WESTMORELAND DR<br>SARASOTA FL 34243 | CREDITOR ID: 552882-BI<br>HINKLE CHAIR COMPANY INC<br>PO BOX 410<br>SPRINGFIELD TN 37172 |
| CREDITOR ID: 251657-12<br>HINKLE METAL'S & SUPPLY INC<br>PO BOX 11441<br>BIRMINGHAM, AL 35202 | CREDITOR ID: 399438-15<br>HINKLE, KATHY<br>C/O JON E LEWIS, ESQ<br>315 FRANK NELSON BUILDING<br>205 NORTH 20TH STREET<br>BIRMINGHAM AL 35203 | CREDITOR ID: 398650-78<br>HINKLE, LORINDA K<br>4295 SKATES CIRCLE<br>FT MYERS, FL 33905 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                        **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 552879-BI<br>HIN-LAR, INC<br>PO BOX 1526<br>MOULTRIE GA 31776-1526 | CREDITOR ID: 536134-BA<br>HINOJOSA, MICHELLE<br>1555 DELANEY DRIVE<br>#324<br>TALLAHASSEE FL 32309 | CREDITOR ID: 538205-BA<br>HINOJOSA, MICHELLE<br>C/O PATRICK FRANK<br>PATRICK FRANK<br>1882 CAPITAL CIRCLE NE<br>SUITE 206<br>TALLAHASSEE FL 32308 |
| CREDITOR ID: 552883-BI<br>HINSDALE FARMS<br>6533 EAGLE WAY<br>CHICAGO IL 60678-6533 | CREDITOR ID: 534675-15<br>HINSDALE FARMS<br>C/O PHIL SMITH, VP<br>PO BOX 1399<br>BRISTOL IN 46507 | CREDITOR ID: 251658-12<br>HINSDALE FARMS<br>ATTN MILTON SMITH, PRES<br>DEPT 77-6533<br>CHICAGO, IL 60678-6533 |
| CREDITOR ID: 552884-BI<br>HINSON SALES COMPANY INC<br>PO BOX 616<br>UNION SPRINGS AL 36089 | CREDITOR ID: 251659-12<br>HINSON SALES COMPANY INC<br>PO BOX 616<br>UNION SPRINGS, AL 36089 | CREDITOR ID: 406762-MS<br>HINSON, ROBERT E<br>600 N PARAHAM ROAD<br>CLOVER SC 29710 |
| CREDITOR ID: 406763-MS<br>HINSON, ROGER A<br>251 RIVER FALLS DRIVE<br>DUNCAN SC 29334 | CREDITOR ID: 552885-BI<br>HINTON ENTERPRISES<br>PO BOX 390423<br>DELTONA FL 32739-0423 | CREDITOR ID: 395659-65<br>HINTON ENTERPRISES<br>PO BOX 390423<br>DELTONA, FL 32738 |
| CREDITOR ID: 251660-12<br>HINTON ENTERPRISES<br>PO BOX 390423<br>DELTONA, FL 32739-0423 | CREDITOR ID: 278898-30<br>HINTON FARMS<br>1839 DOVER ROAD N<br>DOVER, FL 33527 | CREDITOR ID: 552886-BI<br>HINTON FARMS<br>1839 DOVER ROAD N<br>DOVER FL 33527 |
| CREDITOR ID: 536135-BA<br>HINTON, DENISE<br>1252 CITRUS TERRACE<br>SEBRING FL 33870 | CREDITOR ID: 538206-BA<br>HINTON, DENISE<br>C/O JAMES W. KELLY, ESQ.<br>JAMES W KELLY, PA<br>14 SOUTH LAKE AVENUE<br>AVON PARK FL 33825 | CREDITOR ID: 555863-BC<br>HINTON, EDWARD<br>318 W 32 AV<br>COVINGTON LA 70434 |
| CREDITOR ID: 382983-51<br>HIP OF FLA<br>7 WEST 34TH STREET<br>NEW YORK, NY 10001 | CREDITOR ID: 406764-MS<br>HIPPLE, ROBERT W<br>5101 HILL GROVE RD<br>CORYDON IN 47112 | CREDITOR ID: 555864-BC<br>HIPSHIRE, LOUISE<br>8716 ANGLERS POINT DR<br>TAMPA FL 33637 |
| CREDITOR ID: 552887-BI<br>HIRSCHBACH MOTOR LINES<br>3660 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 | CREDITOR ID: 387312-54<br>HISE, MYRA<br>12940 SW 14TH CT<br>DAVIE, FL 33325 | CREDITOR ID: 387312-54<br>HISE, MYRA<br>C/O JOSE A NEGROI, LAW OFFICE<br>ATTN JOSE A NEGRONI, ESQ<br>200 SE 9TH STREET<br>FORT LAUDERDALE FL 33316 |
| CREDITOR ID: 391894-55<br>HISE, MYRA<br>C/O GREGORY E MONALDI, PA<br>ATTN GREGORY E MONALDI, ESQ<br>200 SE 9TH ST<br>FORT LAUDERDALE FL 33316-1020 | CREDITOR ID: 552888-BI<br>HISPAMER DISTRIBUTORS INC<br>RAFAEL VILLAZON<br>350 NE 75 ST<br>MIAMI FL 33138 | CREDITOR ID: 251663-12<br>HISPAMER DISTRIBUTORS INC<br>ATTN CARLOS M GARCIA, VP<br>RAFAEL VILLAZON<br>350 NE 75 ST<br>MIAMI, FL 33138 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 552889-BI<br>HISPANIC APOSTOLADO<br>5850 FLORIDA BLVD<br>BATON ROUGE LA 70806 | CREDITOR ID: 395528-64<br>HISPANIC BUSINESS & CONSUMER EXPO 2005<br>10 WILSON STREET<br>NEW FAIRFIELD, CT 06812 | CREDITOR ID: 552890-BI<br>HISPANIC UNITY OF FLORIDA INC<br>5840 JOHNSON STREET<br>HOLLYWOOD FL 33021 |
| CREDITOR ID: 146557-09<br>HITCHENS, THOMAS E<br>20120 SW 91ST AVENUE<br>MIAMI FL 33189 | CREDITOR ID: 555865-BC<br>HIXON, CORY<br>1714 HOUSTON LOOP RD.<br>FORT PAYNE AL 35968 | CREDITOR ID: 552891-BI<br>HIXSON UTILITY DISTRICT<br>PO BOX 1598<br>HIXSON TN 37343-5598 |
| CREDITOR ID: 397704-99<br>HJ HEINZ COMPANY L P<br>C/O REED SMITH LLP<br>ELENA P LAZAROU, ESQ<br>599 LEXINGTON AVE, 27TH FL<br>NEW YORK NY 10022 | CREDITOR ID: 397705-99<br>HJ HEINZ COMPANY LP<br>C/O REED SMITH LLP<br>ATTN: KURT F GWYNNE, ESQ<br>102 N MARKET ST, STE 1500<br>WILMINGTON DE 19801 | CREDITOR ID: 397705-99<br>HJ HEINZ COMPANY LP<br>C/O REED SMITH LLP<br>ATTN:ELENA PLAZAROU/ANDREW MORRISON<br>599 LEXINGTON AVE, 27TH FL<br>NEW YORK NY 10022 |
| CREDITOR ID: 381891-30<br>HJ HEINZ COMPANY, LP DBA HEINZ NA<br>HEINZ FROZEN FOODS, & HEINZ USA<br>ATTN KIMBERLY GNESDA, CRD ANALYST<br>HEINZ 57 CENTER<br>357 6TH AVENUE, 10TH FLOOR<br>PITTSBURGH PA 15222-2530 | CREDITOR ID: 552892-BI<br>HK NEW PLAN EXCHANGE PROPERTY OWNER I LL<br>C/O NEW PLAN EXCEL REALTY TRUST INC<br>PO BOX 409995<br>ATLANTA GA 30384-9995 | CREDITOR ID: 536136-BA<br>HLUBECK, SHARON<br>10960 BEACH BLVD LOT 21<br>JACKSONVILLE FL 32246 |
| CREDITOR ID: 408177-98<br>HMAC 1999-PH1 WATAUGA CTR LTD PART<br>ATTN RUSSELL L REID JR<br>C/O HELLER EHRMAN LLP<br>7 TIMES SQUARE, TIMES SQUARE TOWER<br>NEW YORK NY 10036 | CREDITOR ID: 452460-99<br>HMAC 1999-PH1 WATAUGA CTR LTD PART<br>C/O HELLER EHRMAN LLP<br>ATTN: RUSSELL REID<br>TIMES SQUARE TOWER<br>SEVEN TIMES SQUARE<br>NEW YORK NY 10036 | CREDITOR ID: 552893-BI<br>HMH FOOD EQUIPMENT<br>1418 LEONA ST<br>DOTHAN AL 36303 |
| CREDITOR ID: 406766-MS<br>HO, HOANG<br>601 CARDIFF<br>IRVINE CA 92606 | CREDITOR ID: 146607-09<br>HOARD, BREANNA A<br>PO BOX 154<br>PELAHATCHIE MS 39145 | CREDITOR ID: 395294-63<br>HOBART<br>3019 5TH AVENUE<br>COLUMBUS, AL 31904 |
| CREDITOR ID: 395293-63<br>HOBART<br>245 RIVERCHASE PARKWAY<br>HOOVER AL 35244 | CREDITOR ID: 552894-BI<br>HOBART<br>1011 N FLOWOOD DR<br>JACKSON MS 39232 | CREDITOR ID: 395298-63<br>HOBART (JACKSON MS)<br>1011 N FLOWOOD DR<br>JACKSON, MS 39208-9533 |
| CREDITOR ID: 395299-63<br>HOBART (MTG)<br>725 OLIVER ROAD<br>MONTGOMERY, AL 36117 | CREDITOR ID: 395296-63<br>HOBART (PENSACOLA)<br>140 INDUSTRIAL BLVD.<br>PENSACOLA, FL 32505 | CREDITOR ID: 395297-63<br>HOBART B'HAM<br>245 RIVERCHASE PKWY EAST<br>BIRMINGHAM, AL 35244 |
| CREDITOR ID: 395302-63<br>HOBART CORPORATION<br>1011 NORTH FLOWOOD DRIVE<br>JACKSON, MS 39208 | CREDITOR ID: 552897-BI<br>HOBART CORPORATION<br>7775 RAMONA BLVD WEST<br>JACKSONVILLE FL 32221 | CREDITOR ID: 552896-BI<br>HOBART CORPORATION<br>701 SOUTH RIDGE AVE<br>TROY OH 45374 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

---

CREDITOR ID: 395308-63
HOBART CORPORATION
701 S RIDGE AVENUE
TROY, OH 45374

CREDITOR ID: 552895-BI
HOBART CORPORATION
4400 MENDENHALL RD
SUITE # 1
MEMPHIS TN 38141-6722

CREDITOR ID: 395662-65
HOBART CORPORATION
701 RIDGE AVENUE
TROY, OH 45374-0001

CREDITOR ID: 395661-65
HOBART CORPORATION
7775 RAMONA BLVD WEST
JACKSONVILLE, FL 32221

CREDITOR ID: 395660-65
HOBART CORPORATION
9100 NW 7TH AVE
MIAMI FL 33150-2099

CREDITOR ID: 552997-BI
HOBART CORPORATION
P O BOX 905047
CHARLOTTE NC 28290-5047

CREDITOR ID: 279020-32
HOBART CORPORATION
ATTN CATHY BICE, CR MGR
701 RIDGE AVENUE
TROY OH 45374

CREDITOR ID: 395306-63
HOBART CORPORATION
708 LAKESIDE DRIVE
MOBILE, AL 36693

CREDITOR ID: 395300-63
HOBART CORPORATION
2115 CHAPMAN RD, STE 101
CHATTANOOGA, TN 37421

CREDITOR ID: 395305-63
HOBART CORPORATION
4400 MENDENHALL, SUITE 1
MEMPHIS, TN 38141

CREDITOR ID: 552996-BI
HOBART CORPORATION
9777-100 SATELLITE BLVD
ORLANDO FL 32837

CREDITOR ID: 395496-64
HOBART CORPORATION
3186 MERCER UNIVERSITY
MACON, GA 31204

CREDITOR ID: 395307-63
HOBART CORPORATION
1000 RIVERBEND BLVD, SUITE H
ST ROSE, LA 70087

CREDITOR ID: 406289-99
HOBART CORPORATION
C/O GUNSTER YOAKLEY & STEWART PA
ATTN: CHRISTIAN A PETERSEN, ESQ
500 EAST BROWARD BLVD, STE 1400
FORT LAUDERDALE FL 33394

CREDITOR ID: 395303-63
HOBART CORPORATION
FKA: ITW FOOD EQUIPMENT GROUP
ATTN A CLUTTER/C BICE/ T JOHNSON
701 S RIDGE AVENUE
TROY, OH 45374-0001

CREDITOR ID: 395301-63
HOBART CORPORATION
4324 RHODA DRIVE
BATON ROUGE, LA 70816

CREDITOR ID: 552998-BI
HOBART MFG COMPANY
9100 NW 7  AVE
MIAMI FL 33150

CREDITOR ID: 395295-63
HOBART MOBILE
1262 HUTSON DRIVE
MOBILE, AL 36609-1311

CREDITOR ID: 395309-63
HOBART SALES & SERVICE
3186 MERCER UNIVERSITY
MACON, GA 31204

CREDITOR ID: 552999-BI
HOBART SALES & SERVICES
5661 DIVISION DR
FT MYERS FL 33905

CREDITOR ID: 395310-63
HOBART SERVICE
701 S RIDGE AVENUE
TROY, OH 45374

CREDITOR ID: 395497-64
HOBART/BIRMINGHAM
245 RIVERCHASE PKWY EAST
BIRMINGHAM, AL 35244

CREDITOR ID: 395498-64
HOBART/FLORANCE
1262 HUTSON DRIVE
MOBILE, AL 36609-1311

CREDITOR ID: 395499-64
HOBART/JACKSON
1011 N FLOWOOD DR
JACKSON, MS 39208-9533

CREDITOR ID: 395500-64
HOBART/MEMPHIS
4400 MENDENHALL, SUITE 1
MEMPHIS, TN 38141

CREDITOR ID: 555866-BC
HOBBS, JONATHON
1102 LOWER BRIDGE ROAD
CRAWFORDVILLE FL 32327

CREDITOR ID: 393544-55
HOBBS, LISA
C/O GRAHAM, MOLETTEIRE & TORPY, PA
ATTN KARLA T TORPY, ESQ
10 SUNTREE PLACE
MELBOURNE FL 32940

SERVICE LIST
Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                 **CASE:   05-03817-3F1**

CREDITOR ID: 536137-BA
HOBBS, VIOLA
125 SOUTH ORCHARD STREET APT 1
ORMOND BEACH FL 32174

CREDITOR ID: 555868-BC
HOBDY (MINOR), ANIKA
6455 ARGYLE FOREST BLVD.
JACKSONVILLE FL 32244

CREDITOR ID: 555867-BC
HOBDY, JANICE
614 SE 12TH ST
GAINESVILLE FL 32641

CREDITOR ID: 553000-BI
HOBE SOUND COMMUNITY CHEST INC
PO BOX 1384
HOBE SOUND FL 33475

CREDITOR ID: 1439-07
HOBE SOUND S C COMPANY LTD
C/O SOUTHERN MGMT & DEV LTD
PO BOX 11229
KNOXVILLE, TN 37939

CREDITOR ID: 553001-BI
HOBE SOUND S C COMPANY LTD
C/O SOUTHERN MGMT & DEV LTD
PO BOX 11229
KNOXVILLE TN 37939

CREDITOR ID: 555869-BC
HOBLEY, ALICE
1589 SPOONER RD
QUINCY FL 32351

CREDITOR ID: 555870-BC
HOCHMAN, RON
7027 PENNINSULA LAKE COURT
LAKE WORTH FL 33467

CREDITOR ID: 555871-BC
HOCKENSMITH, KAY
3942 A1A SOUTH
UNIT 223
SAINT AUGUSTINE FL 32080

CREDITOR ID: 403755-94
HODGE, CHARLES B JR
13111 SUBURBAN TERRACE
WINTER GARDEN FL 34787

CREDITOR ID: 536138-BA
HODGE, DARTHA
1580 PINE LANE DR.
CANTONMENT FL 32533

CREDITOR ID: 403756-94
HODGE, MICKEY O
339 HIGH RIDGE
WETUMPKA AL 36093

CREDITOR ID: 553002-BI
HODGES BONDED WAREHOUSE
PO BOX 9099
MONTGOMERY AL 36108

CREDITOR ID: 536139-BA
HODGES, ASHLEY
2448 QUAIL AVE
JACKSONVILLE FL 32218

CREDITOR ID: 538207-BA
HODGES, ASHLEY
C/O D. SCOTT CRAIG, ESQ.
FARAH & FARAH, P.A.
10 WEST ADAMS ST.
3RD FLOOR
JACKSONVILLE FL 32202

CREDITOR ID: 555873-BC
HODGES, HUNTER
6121 DOUBLE OAK WAY
BIRMINGHAM AL 35242

CREDITOR ID: 393370-55
HODGES, KENNETH
C/O LAW OFFICES OF MELINDA KATZ
ATTN MELINDA KATZ, ESQ
210 SOUTH BROAD STREET
THOMASVILLE GA 31792

CREDITOR ID: 555872-BC
HODGES, ROSITTA
6039 BIRD POND RD
MACCLENNY FL 32063

CREDITOR ID: 417004-99
HODGSON RUSS LLP
ATTN: TINA TALARCHYK
1801 NORTH MILITARY TRAIL, STE 200
BOCA RATON FL 33431

CREDITOR ID: 406767-MS
HODOVANICH, ROBERT
340 NE 30TH ST.
POMPANO BEACH FL 33064

CREDITOR ID: 536140-BA
HODSON, LINDA
370 SE MOMOND AVENUE
LAKE CITY FL 32025

CREDITOR ID: 553003-BI
HOEKSEMA ENTERPRISES INC
D/B/A GILLIARDS TRUCK SERVICE
2740 INDUSTRIAL PARK DRIVE
LAKELAND FL 33801

CREDITOR ID: 251715-12
HOEKSEMA ENTERPRISES, INC DBA
GILLIARDS TRUCK SERVICE
ATTN RICK HOEKSEMA, PRES
2740 INDUSTRIAL PARK DRIVE
LAKELAND FL 33801

CREDITOR ID: 555874-BC
HOEPPNER, LOIS
9810 SW 97TH PLACE
OCALA FL 34481

CREDITOR ID: 406768-MS
HOFF, SUZANNE (OGAWA)
2071 B CLOVER CT
BOWLING GREEN KY 42101

CREDITOR ID: 410427-15
HOFFMAN, CATHY, SURVIVOR/DAUGHTER
OF CHRISTINE BASS (DECEASED)
C/O ROSELLI & ROSELLI
ATTN ROBERT M ROSELLI, ESQ
3471 N FEDERAL HWY, SUITE 600
FORT LAUDERDALE FL 33306

CREDITOR ID: 555875-BC
HOFFMAN, JOHN
8182 IMPERIAL DR
PENSACOLA FL 32506

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 403757-94<br>HOFFMAN, JOSEPH P<br>1 REBECCA CT<br>HOMOSASSA FL 34446 | CREDITOR ID: 386016-54<br>HOFMANN, HELEN<br>7098 WEST CHRISTIAN DRIVE<br>NEW PALESTINE, IN 46163 | CREDITOR ID: 553004-BI<br>HOGAN & HARTSON LLP<br>COLUMBIA SQUARE<br>555 THIRTEENTH STREET NW<br>WASHINGTON DC 20004-1109 |
| CREDITOR ID: 251718-12<br>HOGAN & HARTSON LLP<br>ATTN EDWARD C DOLAN, ESQ<br>COLUMBIA SQUARE<br>555 THIRTEENTH STREET NW<br>WASHINGTON, DC 20004-1109 | CREDITOR ID: 251718-12<br>HOGAN & HARTSON LLP<br>C/O HOGAN & HARTSON, LLP<br>ATTN KURTIA PARKER, ESQUIRE<br>555 THIRTEEN STREET NW<br>WASHINGTON DC 20004-1109 | CREDITOR ID: 382660-51<br>HOGAN & HARTSON LLP<br>ATTN: EVAN MILLER<br>553 13TH ST NW<br>WASHINGTON, DC 20004-1109 |
| CREDITOR ID: 553005-BI<br>HOGAN DEVELOPMENT COMPANY<br>AS AGENT FOR BLANKENBAKER PLAZA 1<br>LLC<br>420 W LIBERTY STREET<br>LOUISVILLE KY 40202 | CREDITOR ID: 406769-MS<br>HOGAN, DAVID<br>4946 OAKLEFE COURT<br>VIERA FL 32955 | CREDITOR ID: 536141-BA<br>HOGAN, LINDA<br>5704 5TH ST. NORTH<br>LIPSCOMB AL 35020 |
| CREDITOR ID: 538208-BA<br>HOGAN, LINDA<br>C/O R. GORDON PATE, ESQUIRE<br>PATE & COCHRON, LLP<br>PO BOX 10448<br>BIRMINGHAM AL 35202-0448 | CREDITOR ID: 555876-BC<br>HOGAN, MARGI<br>9794 LAKE GEORGIA<br>ORLANDO FL 32817 | CREDITOR ID: 146959-09<br>HOGAN, PATRICIA A<br>937 47TH STREET N<br>BIRMINGHAM AL 35212 |
| CREDITOR ID: 553006-BI<br>HOGIL PHARMACEUTICAL CORPORATION<br>237 MAMARONECK AVENUE<br>SUITE 303<br>WHITE PLAINS NY 10605 | CREDITOR ID: 555877-BC<br>HOGNER, DOROTHY<br>2025 BERRY PARETIS<br>SUN CITY FL 33523 | CREDITOR ID: 536142-BA<br>HOGUE, JANIS CAROL<br>751 WEST PARKWAY<br>DOTHAN AL 36303 |
| CREDITOR ID: 536143-BA<br>HOGUET, CHRISTINE<br>160 ORANGE BLOSSOM RD<br>TAVERNIER FL 33070 | CREDITOR ID: 538209-BA<br>HOGUET, CHRISTINE<br>C/O RONALD A. DAVID & ASSOCIATES<br>555 SOUTH FEDERAL HIGHWAY<br>SUITE 440<br>BOCA RATON FL 33432 | CREDITOR ID: 553007-BI<br>HOIST & CRANE SERVICE GROUP<br>PO BOX 53062<br>LAFAYETTE LA 70505-3062 |
| CREDITOR ID: 2305-07<br>HOLBROOK HERITAGE HILLS LP<br>PO BOX 663<br>MABLETON, GA 30126-0663 | CREDITOR ID: 553008-BI<br>HOLBROOK HERITAGE HILLS LP<br>PO BOX 663<br>MABLETON GA 30126 | CREDITOR ID: 406770-MS<br>HOLDEN, CHARLES LEON<br>8213 HEATHROW PL<br>MONTGOMERY AL 36117 |
| CREDITOR ID: 555879-BC<br>HOLDEN, EASTER<br>5812 HAMMON DR<br>TAMPA FL 33619 | CREDITOR ID: 553009-BI<br>HOLDER ELECTRIC SUPPLY<br>PO BOX 2368<br>GREENVILLE SC 29602-2368 | CREDITOR ID: 392976-55<br>HOLDER, CORRINE (MINOR)<br>C/O ROSEN SWITKES CABRERA ET AL<br>ATTN REGINA FRANCO-MURPHEY, ESQ<br>PENTHOUSE SOUTHEAST<br>407 LINCOLN ROAD<br>MIAMI BEACH FL 33139 |
| CREDITOR ID: 406771-MS<br>HOLDER, GEORGE T JR<br>1920 CALVIN DRIVE<br>DULUTH GA 30097-5113 | CREDITOR ID: 555880-BC<br>HOLECEK, JUDITH<br>1425 CRICKET CT<br>LONGWOOD FL 32750 | CREDITOR ID: 553010-BI<br>HOLIDAY HOUSEWARES INC<br>PO BOX 847954<br>BOSTON MA 02284-7954 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 251727-12<br>HOLIDAY INN<br>ATTN PHILIP W MURPHEY, PRES<br>PO BOX 37888<br>JACKSONVILLE, FL 32236 | CREDITOR ID: 251724-12<br>HOLIDAY INN<br>150 PARK AVE<br>ORANGE PARK, FL 32073 | CREDITOR ID: 553012-BI<br>HOLIDAY INN<br>150 PARK AVE<br>ORANGE PARK FL 32073 |
| CREDITOR ID: 251723-12<br>HOLIDAY INN<br>ATTN CHRIS MARTIN, ACCT MGR<br>14670 DUVAL ROAD<br>JACKSONVILLE, FL 32218 | CREDITOR ID: 553013-BI<br>HOLIDAY INN<br>PO BOX 37888<br>JACKSONVILLE FL 32236 | CREDITOR ID: 553011-BI<br>HOLIDAY INN<br>14670 DUVAL ROAD<br>JACKSONVILLE FL 32218 |
| CREDITOR ID: 553014-BI<br>HOLIDAY INN AUGUSTA ROAD<br>4295 AUGUSTA ROAD<br>GREENVILLE SC 29605 | CREDITOR ID: 251731-12<br>HOLIDAY INN BAY MEADOWS<br>9150 BAYMEADOWS ROAD<br>JACKSONVILLE, FL 32256 | CREDITOR ID: 251735-12<br>HOLIDAY INN EXPRESS<br>ATTN: KISH KANJI, GM<br>4675 SALISBURY ROAD<br>JACKSONVILLE FL 32256 |
| CREDITOR ID: 381377-47<br>HOLIDAY INN EXPRESS<br>ATTN: ANN DUJON, GEN MGR<br>260 CAHABA VALLEY RD<br>PELHAM, AL 35124 | CREDITOR ID: 553015-BI<br>HOLIDAY INN NEWNAN<br>6 HERRING ROAD<br>NEWNAN GA 30265 | CREDITOR ID: 251743-12<br>HOLIDAY INN NEWNAN<br>ATTN: CHRISTINE O'NEAL, GEN MGR<br>6 HERRING ROAD<br>NEWNAN, GA 30265 |
| CREDITOR ID: 555881-BC<br>HOLIDAY, JOHN<br>REGENCY APTS<br>BATON ROUGE LA 70801 | CREDITOR ID: 555882-BC<br>HOLIMAN, MARY<br>116 DOGWOOD LANE<br>PASS CHRISTIAN MS 39571 | CREDITOR ID: 553016-BI<br>HOLISTIC MEDICAL CLINIC<br>308 EAST MAIN STREET<br>WILKESBORO NC 28697 |
| CREDITOR ID: 553017-BI<br>HOLLAND & KNIGHT LLP<br>P O BOX 32092<br>LAKELAND FL 33802-2092 | CREDITOR ID: 452129-15<br>HOLLAND & KNIGHT LLP<br>ATTN STEVEN E COHEN, CREDIT & COLL<br>1 EAST BROWARD BLVD, SUITE 1300<br>FT LAUDERDALE FL 33301-4811 | CREDITOR ID: 553018-BI<br>HOLLAND SWEETNER NORTH AMERICA INC<br>1640 POWERS FERRY ROAD<br>BLDG 11 SUITE 260<br>MARIETTA GA 30067 |
| CREDITOR ID: 553019-BI<br>HOLLAND TRANSPORTATION MGMT SERVICES INC<br>PO BOX 529<br>STATESVILLE NC 28687 | CREDITOR ID: 385413-54<br>HOLLAND, CHANDLER (MINOR)<br>1209 ARMSTRONG CIRCLE<br>RALEIGH, NC 27610 | CREDITOR ID: 147205-09<br>HOLLAND, JANET M<br>1021 GREENWILLOW TRAIL<br>ANDERSON SC 29621 |
| CREDITOR ID: 492891-FC<br>HOLLAND, JUDY L<br>2670 EAST HOLLY PT ROAD<br>ORANGE PARK FL 32073 | CREDITOR ID: 536144-BA<br>HOLLAND, RUTH<br>6105 NW 177ST<br>STARKE FL 32091 | CREDITOR ID: 538210-BA<br>HOLLAND, RUTH<br>C/O RONALD E SHOLES ESQ<br>RONALD E SHOLES P.A.<br>964 N TEMPLE AVE<br>STARKE FL 32091 |
| CREDITOR ID: 147262-09<br>HOLLAND, YASMIN<br>389 ENOTA PLACE<br>ATLANTA GA 30310-1258 | CREDITOR ID: 278899-30<br>HOLLAR & GREENE PRODUCE CO INC<br>PO BOX 3500<br>BOONE, NC 28607-3500 | CREDITOR ID: 553020-BI<br>HOLLAR & GREENE PRODUCE CO INC<br>PO BOX 3500<br>BOONE NC 28607-3500 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 390921-55<br>HOLLEY, JULIUS<br>C/O LAW OFFICE OF FRANK D IPPOLITO<br>ATTN FRANK D IPPOLITO ESQ<br>700 WEST JUDGE PEREZ DRIVE #101<br>PO BOX 428 (70044)<br>CHALMETTE LA 70043 | CREDITOR ID: 553021-BI<br>HOLLEY-NAVARRE WATER SYS<br>8574 TURKEY BLUFF RD<br>NAVARRE AL 32566-2444 | CREDITOR ID: 553022-BI<br>HOLLIFIELD FARMS INC<br>72 HOLLIFIELD RD<br>COVINGTON GA 30209 |
| CREDITOR ID: 384166-47<br>HOLLIFIELD FARMS INC<br>ATTN HOMER GRIER HOLIFIELD JR, PRES<br>72 HOLLIFIELD RD<br>COVINGTON, GA 30016 | CREDITOR ID: 555883-BC<br>HOLLINGER, IRETER<br>3 STALLWORTH ST<br>ATMORE AL 36502 | CREDITOR ID: 555884-BC<br>HOLLINGSHED, JANAE<br>5216 RIVERHILLS DR<br>TAMPA FL 33617 |
| CREDITOR ID: 555885-BC<br>HOLLINGSWORTH, DENVER<br>551 KENDALWOOD CH ROAD<br>MOULTRIE GA 31768 | CREDITOR ID: 393058-55<br>HOLLINGSWORTH, JOYCE<br>C/O BRUCE J FREEDMAN LAW OFFICES<br>ATTN BRUCE H FREEDMAN, ESQ<br>300 NW 82ND AVENUE, SUITE 415<br>PLANTATION FL 33324 | CREDITOR ID: 406772-MS<br>HOLLINGSWORTH, STEVEN H<br>14532 64TH WAY N<br>PALM BEACH GARDENS FL 33418 |
| CREDITOR ID: 536145-BA<br>HOLLIS, COREYONDA<br>305 NW 126 ST<br>MIAMI FL 33168 | CREDITOR ID: 538211-BA<br>HOLLIS, COREYONDA<br>C/O ROBERT RUBENSTEIN ESQ<br>LAW OFFICES OF ROBERT RUBENSTEIN<br>9350 S. DIXIE HWY<br>SUITE 1110<br>MIAMI FL 33156 | CREDITOR ID: 251758-12<br>HOLLOWAY CREDIT SOLUTIONS LLC<br>PO BOX 230609<br>MONTGOMERY, AL 36123-0609 |
| CREDITOR ID: 553023-BI<br>HOLLOWAY CREDIT SOLUTIONS LLC<br>PO BOX 230609<br>MONTGOMERY AL 36123-0609 | CREDITOR ID: 251760-12<br>HOLLOWAY HOUSE INC<br>ATTN CAMERON N ECK, CFO<br>PO BOX 50126<br>8328 MASTERS ROAD<br>INDIANAPOLIS, IN 46250 | CREDITOR ID: 538212-BA<br>HOLLOWAY, GERALD<br>C/O GERALDINE HOLLOWAY<br>GERALDINE HOLLOWAY, ATTORNEY AT LAW<br>PO BOX 151783<br>TAMPA FL 33684-1783 |
| CREDITOR ID: 536146-BA<br>HOLLOWAY, GERALD<br>1516 E. DANA RD.<br>TAMPA FL 33610 | CREDITOR ID: 555887-BC<br>HOLLOWAY, JEAN<br>4 TAFT ST<br>BEVERLY HILLS FL 34465 | CREDITOR ID: 555886-BC<br>HOLLOWAY, JULIA<br>2600 W MICHIGAN AVE<br>PENSACOLA FL 32526 |
| CREDITOR ID: 406773-MS<br>HOLLOWAY, THOMAS E.<br>3557 HERITAGE RD. E.<br>JACKSONVILLE FL 32277 | CREDITOR ID: 536147-BA<br>HOLLOWELL (MINOR), DAVID TYLER<br>1330 MONTGOMERY ST<br>MANDEVILLE LA 70448 | CREDITOR ID: 538213-BA<br>HOLLOWELL (MINOR), DAVID TYLER<br>C/O FRANCES M. STRAYHAM<br>FRANCES M. STRAYHAM, A PROFESSIONAL LAW<br>1800 WEST CAUSEWAY STE 120<br>MANDEVILLE LA 70471 |
| CREDITOR ID: 262831-12<br>HOLMES GROUP, THE<br>ATTN EILEEN MCDONNELL<br>PO BOX 538123<br>ATLANTA, GA 30353-8123 | CREDITOR ID: 391105-55<br>HOLMES, BERNADETTE MARIE<br>C/O ENOW AND ASSOCIATES<br>ATTN MICHAEL E ENOW<br>234 LOYOLA AVENUE, STE 1010<br>NEW ORLEANS LA 70112 | CREDITOR ID: 536148-BA<br>HOLMES, CHARLES<br>35 ABERDEEN CIRCLE<br>LEESBURG FL 34748 |
| CREDITOR ID: 393046-55<br>HOLMES, DANA S<br>C/O COHN, PARKER & COHN, PA<br>ATTN ALAN W COHN, ESQ<br>1152 N UNIVERSITY DRIVE, SUITE 201<br>PEMBROKE PINES FL 33024 | CREDITOR ID: 536149-BA<br>HOLMES, GENEVIEVE<br>265 COURTYARDS BLVD., APT 206<br>SUN CITY CENTER FL 33573 | CREDITOR ID: 555888-BC<br>HOLMES, NORMA<br>11 ULATURN TRAIL<br>PALM COAST FL 32164 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410884-15<br>HOLMES, SANDRA<br>C/O BOGIN MUNNS & MUNNS<br>ATTN CYNTHIA M THOMAS, ESQ.<br>PO BOX 2807<br>ORLANDO FL 32802-2807 | CREDITOR ID: 385566-54<br>HOLMES, YOLANDA D<br>15120 JACKSON ST<br>MIAMI, FL 33176 | CREDITOR ID: 555889-BC<br>HOLNOSS, SANDRA<br>1630 SW 36<br>HOLLYWOOD FL 33023 |
| CREDITOR ID: 406774-MS<br>HOLSTON, MARK R<br>5980 DOWINGTON RIDGE NW<br>ACWORTH GA 30101 | CREDITOR ID: 251772-12<br>HOLSUM BAKERS OF MIAMI<br>8700 NW 77TH COURT<br>MIAMI, FL 33166 | CREDITOR ID: 553024-BI<br>HOLSUM BAKERS OF MIAMI<br>8700 NW 77TH COURT<br>MIAMI FL 33166 |
| CREDITOR ID: 536150-BA<br>HOLT  (MINOR), ANNA<br>45640 OAK LANE<br>BAY MINETTE AL 36507 | CREDITOR ID: 553025-BI<br>HOLT NEY ZATCOFF & WASSERMAN LLP<br>100 GALLERIA PARKWAY<br>SUITE 600<br>ATLANTA GA 30339-5911 | CREDITOR ID: 251773-12<br>HOLT NEY ZATCOFF & WASSERMAN, LLP<br>ATTN SCOTT E MORRIS, ESQ<br>100 GALLERIA PARKWAY, STE 600<br>ATLANTA, GA 30339-5911 |
| CREDITOR ID: 392140-55<br>HOLT, PATTY<br>C/O JASON G BARNETT, PA<br>ATTN H A RODRIGUEZ/J BARNETT, ESQS<br>1132 SE 2ND AVENUE<br>FT LAUDERDALE FL 33316 | CREDITOR ID: 555890-BC<br>HOLT, RONALD<br>4502 WEST 19TH STREET<br>PANAMA CITY FL 32405 | CREDITOR ID: 406018-15<br>HOLT, SUSAN<br>1912 KITTRELL DRIVE<br>PHENIX CITY AL 36870 |
| CREDITOR ID: 406018-15<br>HOLT, SUSAN<br>C/O J BENJAMIN BURNS, PC<br>ATTN J BENJAMIN BURNS, ESQ<br>PO BOX 1573<br>COLUMBUS GA 31902 | CREDITOR ID: 403760-94<br>HOLT, THOMAS B<br>3620 BERMUDA DRIVE<br>CONOVER NC 28613 | CREDITOR ID: 405972-15<br>HOLTON, SONYA DENISE<br>C/O SHERRY D WALKER PA<br>ATTN SHERRY D WALKER, ESQ<br>1637 METROPOLITAN BLVD, STE B<br>TALLAHASSEE FL 32308 |
| CREDITOR ID: 553127-BI<br>HOLY CROSS SCHOOL<br>4950 DAUPHINE ST<br>NEW ORLEANS LA 70117 | CREDITOR ID: 553128-BI<br>HOLY FAMILY CATHOLIC CHURCH<br>155 HOLY FAMILY LANE<br>LULING LA 70070 | CREDITOR ID: 553129-BI<br>HOLY GHOST CATHOLIC SCHOOL<br>2035 TOLEDANO ST<br>NEW ORELANS LA 70115 |
| CREDITOR ID: 553130-BI<br>HOLY GHOST SCHOOL<br>507 N OAK ST<br>HAMMOND LA 70401 | CREDITOR ID: 553131-BI<br>HOLY NAME OF JESUS SCHOOL<br>6325 CROMWELL PLACE<br>MEW ORLEANS LA 70018 | CREDITOR ID: 553132-BI<br>HOLY ROSARY CHURCH<br>8594 MAIN ST<br>HOUMA LA 70363 |
| CREDITOR ID: 553133-BI<br>HOLY SAVIOR CATHOLIC SCHOOL<br>201 CHURCH ST<br>LOCKPORT LA 70374 | CREDITOR ID: 553134-BI<br>HOLY TRINITY EV LUTHERAN CHURCH<br>505 COWAN RD<br>GULFPORT MS 39507 | CREDITOR ID: 406775-MS<br>HOLZ, LOGAN<br>666 KILCHURN DR.<br>ORANGE PARK FL 32073 |
| CREDITOR ID: 391980-55<br>HOLZENDORF, SABRINA<br>C/O R MICHAEL PATRICK, ESQ<br>1706 ELLIS STREET<br>BRUNSWICK GA 31520 | CREDITOR ID: 553135-BI<br>HOM-ADE FOODS<br>PO BOX 505<br>BAGDAD FL 32530-0505 | CREDITOR ID: 251783-12<br>HOMADE FOODS SALES, INC<br>ATTN HOWARD H BURRIS/JEAN ROOK<br>4641 FORSYTH STREET<br>PO BOX 505<br>BAGDAD, FL 32530-0505 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 553136-BI<br>HOME CITY ICE<br>PO BOX 111116<br>CINCINNATI OH 45211 | CREDITOR ID: 251786-12<br>HOME DEPOT<br>PO BOX 9055<br>DES MOINES, IA 50368-9055 | CREDITOR ID: 553137-BI<br>HOME DEPOT<br>PO BOX 9055<br>DES MOINES IA 50368-9055 |
| CREDITOR ID: 553138-BI<br>HOME LUMBER & INDUST SUPPLY<br>1050 E 25TH ST<br>HIALEAH FL 33013 | CREDITOR ID: 553139-BI<br>HOME MARKET FOODS INC<br>PO BOX 676260<br>DALLAS TX 75267-6260 | CREDITOR ID: 250097-12<br>HOME MARKET FOODS INC DBA<br>FREEZER QUEEN FOODS INC<br>ATTN STEVEN SMITH, GM<br>140 MORGAN DRIVE<br>NORWOOD MA 02062 |
| CREDITOR ID: 553140-BI<br>HOME OF MAXAM PRODUCTS<br>3920 SOUTH WALTON WALKER BLVD<br>DALLAS TX 75236-1510 | CREDITOR ID: 251790-12<br>HOME STYLE FOODS<br>PO BOX 2053<br>STOCKBRIDGE, GA 30281 | CREDITOR ID: 553141-BI<br>HOME STYLE FOODS<br>PO BOX 2053<br>STOCKBRIDGE GA 30281 |
| CREDITOR ID: 553142-BI<br>HOME STYLE FOODS<br>PO BOX 628004<br>ORLANDO FL 32862-8004 | CREDITOR ID: 251791-12<br>HOMECARE LABS<br>PO BOX 7247-7959<br>PHILADELPHIA, PA 19170-7959 | CREDITOR ID: 553143-BI<br>HOMECARE LABS<br>PO BOX 7247-7959<br>PHILADELPHIA PA 19170-7959 |
| CREDITOR ID: 251792-12<br>HOMELAND CREAMERY LLC<br>6506 BOWMAN DAIRY ROAD<br>JULIAN, NC 27283 | CREDITOR ID: 553144-BI<br>HOMELAND CREAMERY LLC<br>6506 BOWMAN DAIRY ROAD<br>JULIAN NC 27283 | CREDITOR ID: 553145-BI<br>HOMER WALTON<br>4430 WORTH DRIVE EAST<br>JACKSONVILLE FL 32207-7502 |
| CREDITOR ID: 251793-12<br>HOMESTEAD HOSPITAL<br>PO BOX 025440<br>MIAMI, FL 33102-5440 | CREDITOR ID: 553146-BI<br>HOMESTEAD HOSPITAL<br>PO BOX 025440<br>MIAMI FL 33102-5440 | CREDITOR ID: 553147-BI<br>HOMESTEAD PLAZA<br>4725 S W 8TH STREET<br>MIAMI FL 33134 |
| CREDITOR ID: 2306-07<br>HOMESTEAD PLAZA<br>4725 SW 8TH STREET<br>MIAMI, FL 33134 | CREDITOR ID: 553148-BI<br>HOMESTEAD POLE BEAN COOPERATIVE INC<br>PO BOX 322248<br>HOMESTEAD FL 33032-1548 | CREDITOR ID: 1442-07<br>HOMEWOOD ASSOCIATES INC<br>2595 ATLANTA HIGHWAY<br>ATHENS, GA 30606-1232 |
| CREDITOR ID: 1442-07<br>HOMEWOOD ASSOCIATES INC<br>C/O MORGAN & MORGAN<br>ATTN LEE P MORGAN, ESQ<br>PO BOX 48359<br>ATHENS GA 30604 | CREDITOR ID: 553149-BI<br>HOMEWOOD ASSOCIATES INC<br>2595 ATLANTA HWY<br>ATHENS GA 30606 | CREDITOR ID: 416285-15<br>HOMEWOOD ASSOCIATES, INC.<br>C/O WILES & WILES<br>ATTN JOHN J WILES, ESQ.<br>800 KENNESAW AVENUE, SUITE 400<br>MARIETTA GA 30060-7946 |
| CREDITOR ID: 553150-BI<br>HOMOSASSA ASSOC<br>6700 N W BROKEN SOUND PKWY<br>SUITE 201<br>BOCA RATON FL 33487 | CREDITOR ID: 251800-12<br>HOMOSASSA ASSOCIATES<br>ATTN FRANK J GULISANO<br>6700 NW BROKEN SOUND PKY, SUITE 201<br>BOCA RATON, FL 33487 | CREDITOR ID: 1443-07<br>HOMOSASSA ASSOCIATION<br>6700 NW BROKEN SOUND PKWY, STE. 201<br>BOCA RATON, FL 33487 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 251801-12<br>HOMOSASSA SPECIAL WATER<br>PO BOX 195<br>HOMOSASSA, FL 34487-0195 | CREDITOR ID: 553151-BI<br>HOMOSASSA SPECIAL WATER<br>PO BOX 195<br>HOMOSASSA FL 34487-0195 | CREDITOR ID: 251801-12<br>HOMOSASSA SPECIAL WATER<br>C/O DENISE A LYN, PA<br>ATTN DENISE A LYN, ESQ<br>307 N APOPKA AVENUE<br>INVERNESS FL 34450-4201 |
| CREDITOR ID: 397279-69<br>HONEA, CHARLES<br>451 PRATE FARM ROAD<br>SENECA, SC 29678 | CREDITOR ID: 384041-47<br>HONEA, CHARLES R<br>451 PRATER FARM RD<br>SENECA, SC 29678 | CREDITOR ID: 251803-12<br>HONEY DEW PRODUCTS INC<br>PO BOX 14130<br>RALEIGH, NC 27620 |
| CREDITOR ID: 553152-BI<br>HONEY ISLAND ELEMENTARY<br>500 S MILITARY RD<br>SLIDELL LA 70461 | CREDITOR ID: 399815-84<br>HONEYCUTT, JOSHUA<br>219 GRAND LAKE DR<br>ARNAUDVILLE LA 70512-6072 | CREDITOR ID: 408362-15<br>HONEYCUTT, WILLIAM<br>3302 VERNON ROAD<br>ZACHARY LA 70791 |
| CREDITOR ID: 553153-BI<br>HONEYMOON PAPER PRODUCTS INC<br>6183 CENTRE PARK DRIVE<br>WEST CHESTER OH 45069 | CREDITOR ID: 395663-65<br>HONEYWELL<br>4936 LENOIR AVE,<br>JACKSONVILLE, FL 32216 | CREDITOR ID: 251808-12<br>HONEYWELL CONSUMER PRODUCTS GROUP<br>ATTN STEVEN WURST, CR MGR<br>39 OLD RIDGEBURY ROAD<br>DANBURY CT 06810 |
| CREDITOR ID: 553154-BI<br>HONEYWELL CONSUMER PRODUCTS GROUP<br>P O BOX 198467<br>ATLANTA GA 30384-8467 | CREDITOR ID: 251810-12<br>HONEYWELL INC<br>PO BOX 5114<br>CAROL STREAM, IL 60197-5114 | CREDITOR ID: 553155-BI<br>HONEYWELL INC<br>P O BOX 5114<br>CAROL STREAM IL 60197-5114 |
| CREDITOR ID: 553156-BI<br>HONEYWELL INTERNATIONAL INC<br>PO BOX 905132<br>CHARLOTTE NC 28290-5132 | CREDITOR ID: 381934-15<br>HONEYWELL INTERNATIONAL, INC<br>C/O HONEYWELL SECURITY MONITORING<br>ATTN JENNIFER HARRIGAN<br>2441 WARRENVILLE RD, STE 600<br>LISLE IL 60532 | CREDITOR ID: 553157-BI<br>HONEYWELL SECURITY MONITORING<br>8309 INNOVATION WAY<br>CHICAGO IL 60682 |
| CREDITOR ID: 553158-BI<br>HONTZAS BROTHERS FOODS INC<br>PO BOX 12841<br>BIRMINGHAM AL 35202-2841 | CREDITOR ID: 536151-BA<br>HOOD, DAWN<br>821 RICH DRIVE<br>APT 206<br>DEERFIELD BEACH FL 33441 | CREDITOR ID: 538214-BA<br>HOOD, DAWN<br>C/O ROBERT C ROGERS ESQ<br>BOHANNON, ROGERS & ARONSON, ATTORNEYS<br>1141 SE 2ND AVE<br>FT. LAUDERDALE FL 33316 |
| CREDITOR ID: 555891-BC<br>HOOK, ASHLEY<br>28020 WOODLAND AVENUE<br>PAYSLEY FL | CREDITOR ID: 534876-B1<br>HOOKFIN, KENNETH<br>C/O CHRISTINE FERRAND (MOTHER)<br>14913 EMAZY RD<br>NEW ORLEANS LA 70128 | CREDITOR ID: 411275-15<br>HOOKFIN, KENNETH<br>C/O PPA LITIGATION GROUP LLC<br>ATTN STUART H SMITH, ESQ<br>365 CANAL STREET, SUITE 2850<br>NEW ORLEANS LA 70130 |
| CREDITOR ID: 406776-MS<br>HOOKS, HARLAN<br>18 STONEWALL BEND<br>SAN ANTONIO TX 78256 | CREDITOR ID: 406777-MS<br>HOOKS, RODNEY<br>9212 MIRANDA DRIVE<br>RALEIGH NC 27617 | CREDITOR ID: 555892-BC<br>HOOKS, TULLOU<br>221 HARTWOOD DRIVE<br>GADSDEN AL 35901 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**

**CASE:   05-03817-3F1**

CREDITOR ID: 390709-55
HOOPER, ANNETTE
C/O THE WALKER LAW OFFICES, PA
ATTN LAFONDA GIBSON, ESQ
625 WEST UNION STREET, SUITE 3
JACKSONVILLE FL 32202

CREDITOR ID: 406778-MS
HOOVER, CHRISTOPHER
132 DEER CREEK DR.
ALEDO TX 76008

CREDITOR ID: 553258-BI
HOPE HAVEN CHILDRENS CLINIC & FAMILY CEN
4600 BEACH BOULEVARD
JACKSONVILLE FL 32207

CREDITOR ID: 251823-12
HOPEWELL NEWS
516 E RANDOLPH RD
PO BOX 481
HOPEWELL, VA 23860

CREDITOR ID: 553259-BI
HOPEWELL NEWS
516 E RANDOLPH RD
PO BOX 481
HOPEWELL VA 23860

CREDITOR ID: 406047-15
HOPKINS MANUFACTURING
ATTN: SARTAH COTTE, ACCTG MGR
428 PEYTON STREET
EMPORIA KS 66801

CREDITOR ID: 251825-12
HOPKINS MANUFACTURING CORP
ATTN: SARAH COTTE
PO BOX 411674
KANSAS CITY, MO 64141

CREDITOR ID: 411029-15
HOPKINS, H I JR
C/O WINN DIXIE STORE INC
5050 EDGEWOOD COURT
JACKSONVILLE FL 32254-3699

CREDITOR ID: 492892-FC
HOPKINS, HAROLD I
200 ELMWOOD DR
JACKSONVILLE FL 32259

CREDITOR ID: 398664-78
HOPKINS, HAROLD I
200 ELMWOOD DR
JACKSONVILLE, FL 32259

CREDITOR ID: 555893-BC
HOPKINS, RITA
3603 LEANN CT
WINTER PARK FL 32792

CREDITOR ID: 406779-MS
HOPKINS, ROBERT
106 FRANKLIN CT
SUMMERVILLE SC 29483

CREDITOR ID: 553260-BI
HOPKINSVILLE MILL CO
PO BOX 669
HOPKINSVILLE KY 42241-0669

CREDITOR ID: 403761-94
HOPPER, RONALD D
1557 GARDEN CIRCLE
BURLINGTON NC 27217

CREDITOR ID: 536152-BA
HORACE, INELL
6282 EAST GATE CIRCLE
FOLEY AL 36535

CREDITOR ID: 555894-BC
HORACE, KAYLA
4332 ROUSH AVE
ORLANDO FL 32803

CREDITOR ID: 536153-BA
HORD, NORMA
PO BOX 2711
BUNNELL FL 32110

CREDITOR ID: 538215-BA
HORD, NORMA
C/O DONNY OWENS
MORGAN & MORGAN, P.A.
815 S. MAIN ST.
SUITE 301
JACKSONVILLE FL 32207

CREDITOR ID: 382661-51
HORIZON NATIONAL CONTRACT SERVICES
ATTN: JOHN WISNIEWSKI
151 BODMAN PLACE
RED BANK, NJ 07701

CREDITOR ID: 553261-BI
HORIZON NATIONAL CONTRACT SERVICES LLC
PO BOX 828951
PHILADELPHIA PA 19182-8951

CREDITOR ID: 384167-47
HORIZON NATIONAL CONTRACT SERVICES LLC
PO BOX 828951
PHILADELPHIA, PA 19182-8951

CREDITOR ID: 553263-BI
HORIZON ORGANIC DAIRY INC
DEPT 1458
DENVER CO 80291

CREDITOR ID: 553262-BI
HORIZON ORGANIC DAIRY INC
DEPT 0306
DENVER CO 80256-0306

CREDITOR ID: 553264-BI
HORIZON PLASTICS LLC
125 SEMINOLE DRIVE
GREENVILLE SC 29605

CREDITOR ID: 553265-BI
HORIZON PLUMBING AND MECHANICAL
CONTRACTORS, INC
7070 NW 77TH COURT
MIAMI FL 33166

CREDITOR ID: 553266-BI
HORIZON PROMOTIONAL PRODUCTS
2100 CORPORATE SQUARE BLVD
SUITE 101
JACKSONVILLE FL 32216

CREDITOR ID: 553267-BI
HORMEL FINANCIAL SERVICES CORP
PO BOX 905137
CHARLOTTE NC 28290-5137

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                  **CASE:    05-03817-3F1**

CREDITOR ID: 553268-BI
HORMEL FINANCIAL SERVICES CORP
PO BOX 905137
CHARLOTTE NC 28290-5137

CREDITOR ID: 279374-36
HORMEL FOODS CORP
ATTN FORD H SYMONDS, CR MGR
1 HORMEL PLACE
AUSTIN  MN 55912-3680

CREDITOR ID: 395441-64
HORMEL FOODS CORPORATION
1 HORMEL PLACE
AUSTIN, MN 55912

CREDITOR ID: 406781-MS
HORNE, CHARLES
7354 JONAS ROAD SE
FT. MYERS FL 33912

CREDITOR ID: 381460-47
HORNE, DANIEL
2450 MEMORIAL BLVD
KINGSPORT, TN 37664

CREDITOR ID: 389615-54
HORNE, GENE
206 S 7TH AVE
WAUCHULA, FL 33873

CREDITOR ID: 393278-55
HORNE, GENE
C/O GOLDSTEIN, BUCKLEY, ET AL
ATTN B A ROTH/ A P MOLLE, ESQS
PO BOX 2366
FORT MYERS FL 33902-2366

CREDITOR ID: 555895-BC
HORNE, JANESTA
4933 PAUGER STREET
NEW ORLEANS LA 70117

CREDITOR ID: 406782-MS
HORNE, WASHINGTON
4153 OLD MILL COVE TRAIL WEST
JACKSONVILLE FL 32277-1591

CREDITOR ID: 553269-BI
HORNELL BREWING
5 DAKOTA DRIVE
SUITE 205
LAKE SUCCESS NY 11042

CREDITOR ID: 279436-99
HOROWITZ, RONALD
14 TINDALL ROAD
TINDALL PROFESSIONAL PLAZA
MIDDLETOWN NJ 07748

CREDITOR ID: 555896-BC
HORRIGAN (MINOR), KYLE
8307 NW 75 AVENUE
TAMARAC FL 33321

CREDITOR ID: 553270-BI
HORRY COUNTY CLERK OF COURT
FAMILY COURT DIVISION
PO BOX 677
CONWAY SC 29528

CREDITOR ID: 553271-BI
HORRY COUNTY TREASURER OFFICE
BUSINESS LICENSE DEPT
P O BOX 419   CENTRAL PROCESS CTR
LONGS SC 29568

CREDITOR ID: 391056-55
HORSFORD, SHIRLEY
C/O BOONE & DAVIS, ATTORNEY AT LAW
ATTN JASON A DEITCH, ESQ
2311 N. ANDREWS AVENUE
FORT LAUDERDALE FL 33311

CREDITOR ID: 555897-BC
HORSLEY, JAQUETTA
600 SANDS DR APT 602
ALBANY GA 31705

CREDITOR ID: 555899-BC
HORTON, BETTY
P O BOX 665
CUSSETA GA 31805

CREDITOR ID: 390917-55
HORTON, CLARA, ESTATE OF
C/O ENGLISH, LUCAS, PRIEST & OWSLEY
ATTN ROBERT A YOUNG, ESQ
PO BOX 770
1101 COLLEGE STREET
BOWLING GREEN KY 42102-0770

CREDITOR ID: 406783-MS
HORTON, DAN
1451 LE BARON AVE
JACKSONVILLE FL 32207

CREDITOR ID: 555898-BC
HORTON, JESSE
1363 VALLAIRS ST
MOBILE AL 36608

CREDITOR ID: 386815-54
HORTON, STACY
CUPELA & WALKE
ATTN KARK WALKE, ESQ
102 E ADAIR STREET
VALDOSTA GA 31602

CREDITOR ID: 386815-54
HORTON, STACY
6200 JUMPING GULLY ROAD
VALDOSTA GA 31601

CREDITOR ID: 404841-95
HOSA INTERNATIONAL
ATTN LAURA CEPERO, COMPTROLLER
PABLO QUINONES, PRES
1617 NW 84TH AVE
MIAMI FL 33126

CREDITOR ID: 404842-95
HOSHIZAKI SOUTHEASTERN DIST CTR INC
ATTN RUBY CUMMINGS, OFF MGR
5589 COMMONWEALTH AVE
JACKSONVILLE FL 32254

CREDITOR ID: 555900-BC
HOSOKI (MINOR), SEIKO
1895 CORAL WAY APT #15
MIAMI FL 33145

CREDITOR ID: 553272-BI
HOSPICE OF MARION COUNTY
SUZANNE REYNOLDS
PO BOX 4860
OCALA FL 34478

CREDITOR ID: 553273-BI
HOSPITALITY STAFF JACKSONVILLE
PO BOX 495905
PORT CHARLOTTE FL 33949-5905

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 251846-12<br>HOST COMMUNICATIONS INC<br>ATTN SHEILA GRIGSBY<br>546 EAST MAIN STREET<br>LEXINGTON, KY 40508 | CREDITOR ID: 553274-BI<br>HOT CHIX BUFFALO WING SAUCE<br>691 FUGUE DR<br>UNIT 7070<br>ELLIJAY GA 30540 | CREDITOR ID: 553275-BI<br>HOT SAUCE HARRY'S INC<br>10606 SHADY TRAIL STE 20<br>DALLAS TX 75220 |
| CREDITOR ID: 395664-65<br>HOT SHOT STEAM CLEANING<br>PO BOX 242<br>LAKE COMO, FL 32157-0242 | CREDITOR ID: 553276-BI<br>HOT SHOT STEAM CLEANING<br>PO BOX 242<br>LAKE COMO FL 32157-0242 | CREDITOR ID: 397645-72<br>HOUCHENS INDUSTRIES, INC.<br>ATTN: JIMMIE GIPSON<br>900 CHURCH STREET<br>BOWLING GREEN, KY 42101 |
| CREDITOR ID: 387175-54<br>HOUGH, CARNELL<br>C/O RICHARD A LAWRENCE, ESQ<br>PO BOX 4633<br>MONTGOMERY, AL 36103 | CREDITOR ID: 410496-15<br>HOUGH, TAYLOR<br>C/O RICHARD A LAWRENCE, ESQ<br>PO BOX 4633<br>MONTGOMERY AL 36103 | CREDITOR ID: 389705-54<br>HOUK, REGINA<br>2702 EAST LAMAR ALEXANDER PARK<br>MARYVILLE TN 37804 |
| CREDITOR ID: 553277-BI<br>HOULIHAN LOKEY HOWARD AND ZUKIN<br>245 PARK AVENUE<br>NEW YORK NY 10167-0001 | CREDITOR ID: 553278-BI<br>HOUMA COURIER<br>PO BOX 116668<br>ATLANTA GA 30368-6668 | CREDITOR ID: 381328-47<br>HOUMA COURIER<br>PO BOX 2717<br>HOUMA, LA 70361 |
| CREDITOR ID: 553279-BI<br>HOUMA JUNIOR HIGH SCHOOL<br>315 ST CHARLES ST<br>HOUMA LA 70360 | CREDITOR ID: 553282-BI<br>HOUSE OF RAEFORD FARMS INC<br>PO BOX 890663<br>CHARLOTTE NC 28289 | CREDITOR ID: 553281-BI<br>HOUSE OF RAEFORD FARMS INC<br>PO BOX 65720<br>CHARLOTTE NC 28265 |
| CREDITOR ID: 553280-BI<br>HOUSE OF RAEFORD FARMS INC<br>PO BOX 402956<br>ATLANTA GA 30384 | CREDITOR ID: 251855-12<br>HOUSE OF RAEFORD FARMS INC<br>PO BOX 890663<br>CHARLOTTE, NC 28289 | CREDITOR ID: 381180-47<br>HOUSE OF TROPHIES<br>1050 CASSAT AVE<br>JACKSONVILLE, FL 32205-6493 |
| CREDITOR ID: 553283-BI<br>HOUSE OF WINDOWS INC<br>195 EAST 9TH STREET<br>HIALEAH FL 33010 | CREDITOR ID: 555901-BC<br>HOUSE, KATRINA<br>2617 S 72ND ST<br>TAMPA FL 33619 | CREDITOR ID: 553284-BI<br>HOUSE-AUTRY MILLS INC<br>PO BOX 890106<br>CHARLOTTE NC 28289-0106 |
| CREDITOR ID: 553285-BI<br>HOUSEHOLD FINANCE CORP III<br>C/O BRAY AND LUNSFORD PA<br>PO BOX 53197<br>JACKSONVILLE FL 32201 | CREDITOR ID: 553286-BI<br>HOUSEHOLD FINANCE CORPORATION<br>C/O ROLFE & LOBELLO PA<br>PO BOX 40546<br>JACKSONVILLE FL 32203 | CREDITOR ID: 416972-15<br>HOUSEHOLDER, SUSAN<br>C/O GOLDMAN & DASZWAL, PA<br>ATTN GLENN GOLDMAN, ESQ<br>1630 W HILLSBORO BLVD<br>DEERFIELD BEACH FL 33442 |
| CREDITOR ID: 553384-BI<br>HOUSEKEEPER TRUST<br>228 14TH AVENUE<br>JACKSONVILLE BEACH FL 32250 | CREDITOR ID: 555902-BC<br>HOUSMAN, BERERLY<br>4136 SEA GRAPE DR APT 1<br>LAUDERDALE BY THE SEA FL 33308 | CREDITOR ID: 411347-GX<br>HOUSTON CASUALTY COMPANY<br>HCC GLOBAL FINANCIAL PRODUCTS<br>PO BOX 4018<br>FARMINGTON CT 06034 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 553385-BI<br>HOUSTON CENTRE LLC<br>PO BOX 1382<br>DOTHAN AL 36302 | CREDITOR ID: 1444-07<br>HOUSTON CENTRE LLC<br>PO BOX 1382<br>DOTHAN, AL 36302 | CREDITOR ID: 553386-BI<br>HOUSTON CHRONICLE<br>110 MORGAN ROAD<br>SULPHUR LA 70663 |
| CREDITOR ID: 251859-12<br>HOUSTON CHRONICLE<br>110 MORGAN ROAD<br>SULPHUR, LA 70663 | CREDITOR ID: 553387-BI<br>HOUSTON COUNTY CIRCUIT COURT<br>COURT COST ONLY<br>P O DRAWER 6406<br>DOTHAN AL 36302 | CREDITOR ID: 553388-BI<br>HOUSTON COUNTY HEALTH DEPARTMENT<br>PO DRAWER 2087<br>DOTHAN AL 36302 |
| CREDITOR ID: 553389-BI<br>HOUSTON FLORIST<br>PO BOX 326<br>MILLBROOK AL 36054-0326 | CREDITOR ID: 553390-BI<br>HOUSTON HEALTHCARE<br>PO BOX 2886<br>WARNER ROBINS GA 31099 | CREDITOR ID: 251864-12<br>HOUSTON HEALTHCARE<br>PO BOX 2886<br>WARNER ROBINS, GA 31099 |
| CREDITOR ID: 553391-BI<br>HOUSTON SEAFOOD CORP<br>PO BOX 571206<br>HOUSTON TX 77257-1206 | CREDITOR ID: 410978-15<br>HOUSTON, BARBARA<br>C/O GAUDIN & GAUDIN<br>ATTN PIERRE F GAUDIN, ESQ.<br>1088 4TH STREET<br>PO BOX 156<br>GRETNA LA 70054 | CREDITOR ID: 406784-MS<br>HOUSTON, CLYDE L<br>6506 FERBER RD<br>JACKSONVILLE FL 32211 |
| CREDITOR ID: 555903-BC<br>HOUSTON, JOCELYN<br>2419-2 COACH  HOUSE BLVD.<br>ORLANDO FL 32801 | CREDITOR ID: 538216-BA<br>HOUSTON, LAKENYA<br>C/O FRANK VERDI<br>FRANK P. VERDI, P.A.<br>18550 N. DALE MABRY HWY.<br>LUTZ FL 33548 | CREDITOR ID: 254805-12<br>HOUSTON, LINDA<br>PO BOX 1014<br>CRAWFORDVILLE, FL 32326 |
| CREDITOR ID: 263200-12<br>HOUSTON, TOMMY L<br>114 BROOKSIDE DRIVE<br>MANDEVILLE LA 70471-3202 | CREDITOR ID: 536155-BA<br>HOUSTON-BYRD, CYNTHIA<br>P.O. BOX 248<br>GREENSBURG LA 70441 | CREDITOR ID: 553393-BI<br>HOWARD CROUCH<br>5012 SOLIDER STREET<br>METERIE LA 70001 |
| CREDITOR ID: 553396-BI<br>HOWARD M KATZ<br>800 RACHNA LANE   APT 0<br>KISSIMMEE FL 34741 | CREDITOR ID: 534678-15<br>HOWARD, BRENDA<br>1307 JASPER STREET<br>CANTONMENT FL 32533 | CREDITOR ID: 407514-93<br>HOWARD, BRENDA<br>C/O MORGAN & MORGAN, PA<br>ATTN DICK GRECO, JR, ESQ<br>101 E KENNEDY BOULEVARD, STE 1790<br>TAMPA FL 33602 |
| CREDITOR ID: 390996-55<br>HOWARD, BRENDA S<br>C/O MORGAN, COLLING & GILBERT, PA<br>ATTN ANDREA J KELLY, CASE MANAGER<br>101 E KENNEDY BLVD, SUITE 1790<br>TAMPA FL 33602 | CREDITOR ID: 391047-55<br>HOWARD, DENISE<br>C/O JOSEPHS, JACK & MIRANDA, PA<br>ATTN  TODD ROSEN, ESQ<br>2950 SW 27TH AVE, STE 100<br>MIAMI FL 33133 | CREDITOR ID: 536156-BA<br>HOWARD, JOHNNIE<br>14821 SW 1 75TH COURT<br>INDIANTOWN FL 34956 |
| CREDITOR ID: 536157-BA<br>HOWARD, JORDANNA<br>252 HOWARD JACKSON LANE<br>SLAUGHTER LA 70777 | CREDITOR ID: 555911-BC<br>HOWARD, JUDY<br>150 61 HWY 43<br>VANDIVER AL 35176 | CREDITOR ID: 555910-BC<br>HOWARD, LARNADIEA<br>1719 NE 8TH AVE<br>GAINESVILLE FL 32641 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 403763-94<br>HOWARD, LARRY B<br>5757 OAK LAKE TRAIL<br>OVIEDO FL 32765 | CREDITOR ID: 392488-55<br>HOWARD, LEVONNE<br>C/O CRAWLEY LAW OFFICES<br>ATTN MICHAEL CRAWLEY STEELE, ESQ<br>PO BOX 1695<br>KOSCIUSKO MS 39090 | CREDITOR ID: 555904-BC<br>HOWARD, MICHAEL<br>20245 HWY 55<br>STERRETT AL 35147 |
| CREDITOR ID: 555906-BC<br>HOWARD, NANCY<br>258 LACKWATER PLACE<br>LONGWOOD FL 32705 | CREDITOR ID: 555912-BC<br>HOWARD, NATASHA<br>2301 42ND ST S<br>SAINT PETERSBURG FL 33711 | CREDITOR ID: 403764-94<br>HOWARD, RAMENA M<br>5757 OAK LAKE TRAIL<br>OVIEDO FL 32765 |
| CREDITOR ID: 536158-BA<br>HOWARD, RICKTEVIA<br>19904 NW 67TH COURT<br>HIALEAH FL 33015 | CREDITOR ID: 538217-BA<br>HOWARD, RICKTEVIA<br>C/O MARC ANIDJAR<br>ANIDJAR & LEVINE, PA<br>790 E BROWARD BLVD<br>SUITE 302<br>FT LAUDERDALE FL 33301 | CREDITOR ID: 36669-05<br>HOWARD, SANDRA<br>472 UPPERKINGSTON RD<br>PRATTVILLE AL 36067 |
| CREDITOR ID: 536159-BA<br>HOWARD, SHAKELA<br>1350 S. DELEON<br>APT.D4<br>TITUSVILLE FL 32780 | CREDITOR ID: 555908-BC<br>HOWARD, SHIRLEE<br>8501 PENSOLA RD.<br>FORT PIERCE FL 34951 | CREDITOR ID: 555905-BC<br>HOWARD, SYLVIA<br>1001 RIM CANAL RD<br>PAHOKEE FL 33476 |
| CREDITOR ID: 536160-BA<br>HOWARD, TASHIKA<br>1829 NW 31 AVE APT 103<br>FORT LAUDERDALE FL 33311 | CREDITOR ID: 538218-BA<br>HOWARD, TASHIKA<br>C/O RUDDA<br>GREGORY E. MONALDI, PA<br>600 SOUTH PINE ISLAND<br>SUITE 203<br>PLANTATION FL 33324 | CREDITOR ID: 406786-MS<br>HOWARD, TERRY<br>114 SADDLEHORN COURT<br>WOODSTOCK GA 30188 |
| CREDITOR ID: 555907-BC<br>HOWARD, WILMA<br>1802 MILAN ST<br>DURHAM NC 27704 | CREDITOR ID: 389080-54<br>HOWARD-WHITFIELD, BETTYE<br>3554 FAIRBURN PLACE<br>ATLANTA, GA 30331 | CREDITOR ID: 536161-BA<br>HOWE, CLORINE VAIVILA<br>PO BOX 9708<br>RIVIERA BEACH FL 33404 |
| CREDITOR ID: 403765-94<br>HOWE, ROBERT S<br>1809 CAVENDALE DR<br>ROCK HILL SC 29732 | CREDITOR ID: 1445-07<br>HOWELL MILL VILLAGE SHOPPING CENTER<br>C/O MCW - RC GA HOWELL MILL VILLAGE<br>PO BOX 534247<br>ATLANTA, GA 30353-4247 | CREDITOR ID: 553398-BI<br>HOWELL MILL VLGE SHPG CT<br>C/O MCW - RC GA HOWELL MILL VILLAGE<br>PO BOX 534247<br>ATLANTA GA 30353-4247 |
| CREDITOR ID: 553399-BI<br>HOWELL PARK ELEMENTARY SCHOOL<br>6125 WINBOURNE AVE<br>BATON ROUGE LA 70805 | CREDITOR ID: 536162-BA<br>HOWELL, BARBARA<br>99 BROOKSIDE AVE<br>MOUNT VERNON NY 10553 | CREDITOR ID: 538219-BA<br>HOWELL, BARBARA<br>C/O BRETT J KURLAND<br>MORGAN & MORGAN ATTORNEYS<br>101 E. KENNEDY BLVD. STE 1790<br>TAMPA FL 33602 |
| CREDITOR ID: 403766-94<br>HOWELL, CARRIE K<br>548 CREIGHTON ROAD<br>ORANGE PARK FL 32003-7005 | CREDITOR ID: 536163-BA<br>HOWELL, DEBORAH<br>1810 3 SD ST NORTHWEST<br>WINTER HAVEN FL 33880 | CREDITOR ID: 538220-BA<br>HOWELL, DEBORAH<br>C/O FRANK P VERID P.A.<br>FRANK P. VERDI, P.A.<br>18550 N. DALE MABRY HWY.<br>LUTZ FL 33548 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 399758-84<br>HOWELL, KAREEN<br>C/O JACOBS & STRAUS, PA<br>ATTN GERI SUE STAUS, ESQ<br>1098 NW BOCA RATON BLVD<br>BOCA RATON FL 33432 | CREDITOR ID: 555914-BC<br>HOWELL, KIM<br>825 NW 12TH TERRACE<br>SUNRISE FL 33311 | CREDITOR ID: 555913-BC<br>HOWELL, SUSIE<br>3913 SIERRA DR<br>GULFPORT MS 39501 |
| CREDITOR ID: 406787-MS<br>HOWLAND, AMY F<br>1525 MAPLE LEAF LANE<br>ORANGE PARK FL 32073 | CREDITOR ID: 406788-MS<br>HOWLAND, DONALD W<br>1525 MAPLE LEAF LANE<br>ORANGE PARK FL 32073 | CREDITOR ID: 406789-MS<br>HOWLE, KENNETH A<br>7120 WADE RD<br>AUSTELL GA 30168 |
| CREDITOR ID: 391131-55<br>HOWZE, MELISSA<br>C/O MCKAY LAW FIRM<br>ATTN JOHN F MCKAY, ESQ<br>7465 EXCHANGE PLACE<br>BATON ROUGE LA 70806 | CREDITOR ID: 555915-BC<br>HOYE, FRANCIS<br>3116 FAIRMOUNT DR<br>HOLIDAY FL 34691 | CREDITOR ID: 555916-BC<br>HOYOS, RAMONA<br>16920 SW 302 TERRACE<br>HOMESTEAD FL 33030 |
| CREDITOR ID: 536164-BA<br>HOYT (MINOR), CHELSEA<br>27128 AUGHTMAN LANE<br>ANDALUSIA AL 36421 | CREDITOR ID: 403769-94<br>HOYT, TERRY S<br>4846 PLANTERS WALK, APT 2903<br>DOUGLASVILLE GA 30135 | CREDITOR ID: 382662-51<br>HP EDITION OF MACON TELEGRAPH<br>PO BOX 4167<br>MACON, GA 31208 |
| CREDITOR ID: 553400-BI<br>HP HOOD CROWLEY NY<br>PO BOX 34844<br>NEWARK NJ 71894 | CREDITOR ID: 382023-36<br>HP HOOD LLC<br>ATTN DAVID E HOWES, CR MGR<br>1250 EAST STREET SOUTH<br>SUFFIELD CT 06078-2498 | CREDITOR ID: 553401-BI<br>HP HYDRAULICS INC<br>PO BOX 1668<br>THOMASVILLE NC 27361-1668 |
| CREDITOR ID: 251886-12<br>HP HYDRAULICS INC<br>PO BOX 1668<br>THOMASVILLE, NC 27361-1668 | CREDITOR ID: 553402-BI<br>HPC WADE GREEN LLC<br>3838 OAK LAWN<br>SUITE 810<br>DALLAS TX 75219 | CREDITOR ID: 1446-07<br>HPC WADE GREEN LLC<br>3838 OAK LAWN, SUITE 810<br>DALLAS, TX 75219 |
| CREDITOR ID: 535006-98<br>HPNC LLC<br>C/O SCOTT P VAUGHN<br>HELMS MULLIS & WICKER PLLC<br>PO BOX 31247 (28231)<br>201 N TRYON ST<br>CHARLOTTE NC 28202 | CREDITOR ID: 251102-12<br>HR LEWIS PETROLEUM CO<br>ATTN JERRY STAPP, VP<br>PO BOX 40763<br>JACKSONVILLE, FL 32203-0763 | CREDITOR ID: 2278-07<br>HR ORLANDO LLC<br>PO BOX 2771<br>PALM BEACH, FL 33480 |
| CREDITOR ID: 251103-12<br>HR ORLANDO LLC<br>PO BOX 2771<br>PALM BEACH, FL 33480 | CREDITOR ID: 553403-BI<br>HR WORKS LLC<br>120 INTERSTATE NORTH PARKWAY<br>SUITE 400<br>ATLANTA GA 30339 | CREDITOR ID: 553404-BI<br>HRSD<br>PO BOX 1651<br>NORFOLK VA 23501-1651 |
| CREDITOR ID: 251893-12<br>HRSD<br>PO BOX 1651<br>NORFOLK, VA 23501-1651 | CREDITOR ID: 553405-BI<br>HRUBS<br>PO BOX 1453<br>NORFOLK VA 23501-1453 | CREDITOR ID: 533617-DT<br>HSBC BANK USA, N.A./IPB<br>ATTN: MARGARET DIRSCHELD<br>ONE HANSON PLACE, LOWER LEVEL<br>BROOKLYN NY 11243 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 533618-DT<br>HSBC SECURITIES (CANADA) INC/CDS<br>ATTN: JAEGAR BARRYMORE<br>105 ADELAIDE STREET, WEST<br>SUITE 1200<br>TORONTO ON M5H 1P9<br>CANADA | CREDITOR ID: 553406-BI<br>HSM ELECTRONIC PROTECTION SERVICES<br>8309 INNOVATION WAY<br>CHICAGO IL 60682 | CREDITOR ID: 553407-BI<br>HSM SECURITY MONITORING<br>8309 INNOVATION WAY<br>CHICAGO IL 60682 |
| CREDITOR ID: 251109-12<br>HT HACKNEY CO<br>PO BOX 486<br>MORROW, GA 30260 | CREDITOR ID: 251107-12<br>HT HACKNEY CO<br>PO BOX 238<br>KNOXVILLE, TN 37901 | CREDITOR ID: 251106-12<br>HT HACKNEY CO<br>PO BOX 13170<br>PENSACOLA, FL 32591 |
| CREDITOR ID: 381837-99<br>HT HACKNEY CO, THE<br>ATTN: KYLE DUGGER<br>502 S GAY ST, STE 300<br>KNOXVILLE TN 37902 | CREDITOR ID: 553408-BI<br>HT HACKNEY COMPANY<br>PO BOX 589<br>ATHENS TN 37371 | CREDITOR ID: 251898-12<br>HT HACKNEY COMPANY, THE<br>PO BOX 589<br>ATHENS, TN 37371 |
| CREDITOR ID: 539014-15<br>HT HACKNEY COMPANY, THE<br>502 SOUTH GAY STREET<br>KNOXVILLE TN 37902 | CREDITOR ID: 553409-BI<br>HT LLC<br>PO BOX 5225<br>DENVER CO 80217-5225 | CREDITOR ID: 553410-BI<br>HTC<br>PO BOX 1819<br>CONWAY SC 29528-1819 |
| CREDITOR ID: 553411-BI<br>HUB CITY CASH ADVANCE<br>4401 WEST 4TH STREET SUITE A-1<br>HATTIESBURG MS 39402 | CREDITOR ID: 553412-BI<br>HUB ENTERPRISES INC<br>P O BOX 3162<br>LAFAYETTE LA 70502 | CREDITOR ID: 251902-12<br>HUB ENTERPRISES INC<br>ATTN MICHAEL P DUHON, CONTROLLER<br>PO BOX 3162<br>LAFAYETTE, LA 70502 |
| CREDITOR ID: 555917-BC<br>HUBBARD, DARYL<br>4049 SOBT APT 193<br>ORLANDO FL 32839 | CREDITOR ID: 553413-BI<br>HUBBARDS RADIATOR SVC<br>423 CASSAT AVE<br>JACKSONVILLE FL 32254 | CREDITOR ID: 384138-47<br>HUBBLE, GARRY L<br>649 COURT STREET<br>PORT ALLEN, LA 70767 |
| CREDITOR ID: 534842-97<br>HUBERT COMPANY<br>ATTN: GREG OLLINGER, VP FINANCE<br>9555 DRY FORK ROAD<br>HARRISON OH 45030 | CREDITOR ID: 404847-95<br>HUBERT COMPANY<br>ATTN VP FINANCE<br>MARY D INABNITT, CR MGR<br>9555 DRY FORK RD<br>HARRISON OH 45030 | CREDITOR ID: 381467-47<br>HUCKLEBERRY NOTARY BONDING INC<br>PO BOX 940489<br>MAITLAND, FL 32794-0489 |
| CREDITOR ID: 555918-BC<br>HUDDLESTON, TREVOR<br>2477 SHIPROCK<br>DELTONA FL 32738 | CREDITOR ID: 429847-15<br>HUDES, LYNN, TRUSTEE<br>LYNN E HUDES REVOCABLE TRUST<br>66 JUDITH COURT<br>WANTAGH NY 11793 | CREDITOR ID: 553414-BI<br>HUDSON SQUARE CENTER INC<br>10912 N 56TH STREET<br>TEMPLE TERRACE FL 33617-3004 |
| CREDITOR ID: 1447-07<br>HUDSON SQUARE CENTER INC<br>C/O MORSE & GOMEZ, PA<br>ATTN ALBERTO F GOMEZ JR, ESQ<br>119 S DAKOTA AVENUE<br>TAMPA FL 33606 | CREDITOR ID: 1447-07<br>HUDSON SQUARE CENTER INC<br>10912 N 56TH STREET<br>TEMPLE TERRACE FL 33617-3004 | CREDITOR ID: 315841-40<br>HUDSON SQUARE CENTER INC<br>10912 N 56TH STREET<br>TEMPLE TERRACE, FL 33617-3004 |

SERVICE LIST
**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 553415-BI<br>HUDSON UTILITIES<br>14334 OLD DIXIE HWY<br>HUDSON FL 34667 | CREDITOR ID: 553416-BI<br>HUDSON WATER WORKS INC<br>14309 OLD DIXIE HWY<br>HUDSON FL 34667-1133 | CREDITOR ID: 406790-MS<br>HUDSON, BOBBY R<br>9101 NEW TOWNE DRIVE<br>MATHEWS NC 28105 |
| CREDITOR ID: 391832-55<br>HUDSON, CLEMMIE<br>C/O CAMINEZ, BROWN & HARDEE, PA<br>ATTN JON D CAMINEZ, ESQ<br>JEFFERSON SQUARE CENTER<br>1307 S JEFFERSON STREET<br>MONTICELLO FL 32344 | CREDITOR ID: 536165-BA<br>HUDSON, DONNA<br>1240 HIGHWAY 63<br>CLINTON LA 70722 | CREDITOR ID: 406791-MS<br>HUDSON, GARY L.<br>2505 BAYVIEW DR<br>NASHVILLE TN 37217 |
| CREDITOR ID: 536166-BA<br>HUDSON, JANET<br>22 COTTSWOLD DRIVE<br>DELAWARE OH 43015 | CREDITOR ID: 538221-BA<br>HUDSON, JANET<br>C/O DENNIS WELLS<br>WEB, WELLS & WILLIAMS, P.A.<br>280 WEKIVA SPRINGS ROAD<br>SUITE 230<br>LONGWOOD FL 32779 | CREDITOR ID: 536167-BA<br>HUDSON, OLLIE<br>2944 AMARADO ST.<br>BATON ROUGE LA 70805 |
| CREDITOR ID: 538222-BA<br>HUDSON, OLLIE<br>C/O KIRK WILLIAMS A LAW CORPORATION<br>ATTN:  KIRK WILLIAMS<br>P.O. BOX  826<br>BAKER LA 70704 | CREDITOR ID: 149242-09<br>HUDSON, TONY E<br>RT 4 BOX 2277<br>MADISON FL 32340 | CREDITOR ID: 400758-91<br>HUDSON, WILLIAM L<br>10021 LARKSPUR DR.<br>OOLTEWAH TN 37363 |
| CREDITOR ID: 251917-12<br>HUDSPETH WOOD PRODUCTS INC<br>DBA JIMS OIWER SWEEPER<br>ATTN: JIMMY HUDSPETH, PRES<br>PO BOX 270<br>MANTEE, MS 39751 | CREDITOR ID: 536168-BA<br>HUETE, EVELYN<br>2541 NW 13 AVE<br>MIAMI FL 33142 | CREDITOR ID: 382664-51<br>HUEY, ROBERT<br>900 MAYAPPLE TERRACE<br>JACKSONVILLE, FL 32259 |
| CREDITOR ID: 492893-FC<br>HUEY, ROBERT E<br>900 MAYAPPLE TERRACE<br>JACKSONVILLE FL 32259 | CREDITOR ID: 406792-MS<br>HUEY, ROBERT E<br>C/O FRIEDLINE & MCCONNELL, PA<br>ATTN JERRETT M MCCONNELL, ESQ<br>1756 UNIVERSITY BLVD SOUTH<br>JACKSONVILLE FL 32216 | CREDITOR ID: 406792-MS<br>HUEY, ROBERT E<br>900 MAYAPPLE TERRACE<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 392043-55<br>HUFF, TERESA<br>YOUNCE, HOPPER, VTIPIL & BRADFORD<br>ATTN ROBERT C YOUNCE, JR, ESQ<br>3701 LAKE BOONE TRL STE 300<br>RALEIGH NC 27607-3061 | CREDITOR ID: 398677-78<br>HUFFMAN, DEAMES R<br>200 CHESTNUT LANE<br>MATTHEWS, NC 28104 | CREDITOR ID: 536169-BA<br>HUFFSEUTLER, FRANK<br>P.O. BOX 352<br>LEE COUNTY FL 34762 |
| CREDITOR ID: 553518-BI<br>HUFFY CORP<br>DEPARTMENT L 2077<br>COLUMBUS OH 43260 | CREDITOR ID: 393173-55<br>HUFSTETLER, RICK<br>C/O TERRENCE J PAULK, PC<br>ATTN TERRENCE J.PAULK,  ESQ<br>501 SOUTH GRANT STREET<br>FITZGERALD GA 31750 | CREDITOR ID: 315842-40<br>HUGGINS & WALKER INC<br>337 WESTOVER DR<br>CLARKSDALE, MS 38614 |
| CREDITOR ID: 406794-MS<br>HUGGINS, ERIC S<br>3826 MARK LANE<br>DOUGLASVILLE GA 30135 | CREDITOR ID: 553520-BI<br>HUGH E CURLIN INC<br>PO BOX 10065<br>JACKSONVILLE FL 32247 | CREDITOR ID: 553519-BI<br>HUGH E CURLIN INC<br>3947 BOULEVARD CENTER DRIVE<br>SUITE 10<br>JACKSONVILLE FL 32207 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                       CASE:    05-03817-3F1

CREDITOR ID: 553521-BI
HUGH H BRANCH
PO BOX 598
PAHOKEE FL 33476-0598

CREDITOR ID: 553523-BI
HUGHES COMPANY
RT 1 BOX 59
EUTAW AL 35462

CREDITOR ID: 251924-12
HUGHES COMPANY
RT 1 BOX 59
EUTAW, AL 35462

CREDITOR ID: 251927-12
HUGHES ORLANDO PLUMBING
MIAMI IRRIGATION PUMPS
PO BOX 105837
ATLANTA, GA 30348-5837

CREDITOR ID: 553524-BI
HUGHES SUPPLY INC
PO BOX 101888
ATLANTA GA 30392-1888

CREDITOR ID: 251928-12
HUGHES SUPPLY INC
PO BOX 101888
ATLANTA, GA 30392-1888

CREDITOR ID: 553525-BI
HUGHES TOWING & RECOVERY
103 S ORANGE BLOSSOM TRAIL
ORLANDO FL 32805

CREDITOR ID: 408210-93
HUGHES, ALTHEA
7804 BRONZE LANE
PRINCE GEORGE VA 23875

CREDITOR ID: 538223-BA
HUGHES, BONNIE
C/O DENNIS M. JANSSEN, P.A.A
1219 W DIXIE AVE.
LEESBURG FL 34748

CREDITOR ID: 536170-BA
HUGHES, BONNIE
723 PERKINS ROAD
LEESBURG FL 34748

CREDITOR ID: 555920-BC
HUGHES, CAROLYN
3356 PORTER ROAD S.E.
BESSEMER AL 35022

CREDITOR ID: 406795-MS
HUGHES, FLOYD
870 KEMPER CIRCLE
ROCK HILL SC 29732

CREDITOR ID: 390747-55
HUGHES, JEAN
C/O KELAHER CONNELL & CONNOR PC
ATTN GENE M CONNELL JR, ESQ
PO DRAWER 14547
SURFSIDE BEACH SC 29587

CREDITOR ID: 538224-BA
HUGHES, JR., GEORGE
C/O ROBERT  HUGHES, RYAN  HUGHES
ATTN: ROBERT HUGHES
PO BOX 791006
NEW ORLEANS LA 70179

CREDITOR ID: 536172-BA
HUGHES, JR., GEORGE
4820 SHERWOOD DR.
NEW ORLEANS LA 70128

CREDITOR ID: 536171-BA
HUGHES, LATASHA
37734 STATE RD 54 WEST APT #6
ZEPHYRHILLS FL 33542

CREDITOR ID: 421155-ST
HUGHES, MICHAEL ANTONIO
3035 EDGEWOOD TERR
SARASOTA FL 34231

CREDITOR ID: 555919-BC
HUGHES, RICK
10680 PARLIMENT PLACE
JACKSONVILLE FL 32257

CREDITOR ID: 389934-54
HUGHES, RUTHIE GLOVER
PO BOX 90
BRADLEY, FL 33835

CREDITOR ID: 417056-15
HUGHES, TERRI
C/O J CHRISTOPHER DEEM, PA
ATTN J CHRISTOPHER DEEM, ESQ
PO BOX 24248
TAMPA FL 33623

CREDITOR ID: 399797-84
HUGHES, THERESA
C/O MORRIS CARY ANDREWS ET AL
ATTN TRACY W CARY, ESQ
3334 ROSS CLARK CIRCLE
DOTHAN AL 36303

CREDITOR ID: 391043-55
HUGHLEY, GABRIELE
C/O HOWARD B HERSKOWITZ, PA
ATTN HOWARD B HERSKOWITZ, ESQ
PO BOX 22010
FT LAUDERDALE FL 33335

CREDITOR ID: 534919-B1
HUGHLEY, JEAN M
108 SOUTH 4TH STREET
OPELIKA AL 36801

CREDITOR ID: 149574-09
HUGHLEY, JEAN M
4609 MOLINE AVE
COLUMBUS GA 31907-3190

CREDITOR ID: 403772-94
HUGUENIN, LARRY B
6380 COUNCIL POINT, APT 106
COLORADO SPRINGS CO 80923-5175

CREDITOR ID: 279022-32
HUHTAMAKI AMERICAS INC
ATTN JONATHAN BEALS, CR MGR
9201 PACKAGING DRIVE
DE SOTO KS 66018

CREDITOR ID: 553526-BI
HUHTAMAKI CONSUMER PACKING
7884 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

CREDITOR ID: 553529-BI
HUHTAMAKI FOODSERVICE INC
5647 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

CREDITOR ID: 553528-BI
HUHTAMAKI FOODSERVICE INC
5639 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

CREDITOR ID: 553527-BI
HUHTAMAKI FOODSERVICE INC
5639 COLLECTIONS CENTER DRIVE
RETAIL BUSINESS UNIT
CHICAGO IL 60693

CREDITOR ID: 382665-51
HUHTAMAKI PACKAGING, INC.
9201 PACKAGE DRIVE
DESOTO, KS 66018

CREDITOR ID: 555921-BC
HUI, ALICE
443 TAMARIND DRIVE
HALLANDALE FL 33009

CREDITOR ID: 251932-12
HUISH DETERGENTS INC
ATTN MANDY SEXTON, A/R SUPERV
PO BOX 25057
SALT LAKE CITY, UT 84125

CREDITOR ID: 553530-BI
HUISH DETERGENTS INC
P O BOX 25057
ATTN: ACCT RECEIVABLE DEPT
SALT LAKE CITY UT 84125

CREDITOR ID: 553531-BI
HUISKEN MEAT COMPANY
PO BOX 86
SDS 12 2277
MINNEAPOLIS MN 55486-2277

CREDITOR ID: 418693-ST
HULL, DONNA LYNN
2721 CREEK DR
GRANBURY TX 76048

CREDITOR ID: 555922-BC
HULL, JOYCE
808 SW ANDREW ROAD
PORT SAINT LUCIE FL 34984

CREDITOR ID: 411425-15
HULL, M & WILLIARD, C JR DBA
MARKETPLACE PARTNERS
C/O KEZIAH GATES & SAMET, LLP
ATTN JAN H SAMET, ESQ
PO BOX 2608
HIGH POINT NC 27261

CREDITOR ID: 393249-55
HULME, JAMES
C/O BORDEN R HALLOWES, ESQ
95337 MACKINAS CIRCLE
FERNANDINA BCH FL 32034

CREDITOR ID: 555923-BC
HULTGREN, JANIS
10160 114TH TERRACE NORTH
LARGO FL 33773

CREDITOR ID: 382979-51
HUMANA
500 W. MAIN STREET
LOUISVILLE, KY 40202

CREDITOR ID: 406796-MS
HUMMEL, CHARLES J
9455 LITA ROAD WEST
JACKSONVILLE FL 32257

CREDITOR ID: 382666-51
HUMMINGBIRD
1 SPARKS AVENUE
TORONTO, ON M2H 2W1
CANADA

CREDITOR ID: 553533-BI
HUMMINGBIRD COMMUNICATIONS
PO BOX 8500-3885
PHILADELPHIA PA 19178-3885

CREDITOR ID: 536173-BA
HUMPHREY, LEE
1644 NW 8TH AVE.
FORT LAUDERDALE FL 33311

CREDITOR ID: 403428-15
HUNT, BRANDON BY
TAMMY HUNT AS PARENT & GUARDIAN
C/O LAW OFFICE OF DREW LOVELL, PA
ATTN DREW LOVELL, ESQ
625 N FLAGLER DRIVE, 9TH FLOOR
WEST PALM BEACH FL 33401

CREDITOR ID: 403426-15
HUNT, CHANLER BY
TAMMY HUNT AS PARENT & GUARDIAN
C/O LAW OFFICE OF DREW LOVELL, PA
ATTN DREW LOVELL, ESQ
625 N FLAGLER DRIVE, 9TH FLOOR
WEST PALM BEACH FL 33401

CREDITOR ID: 403427-15
HUNT, MICHAEL
C/O LAW OFFICE OF DREW LOVELL, PA
ATTN DREW LOVELL, ESQ
625 N FLAGLER DRIVE, 9TH FLOOR
WEST PALM BEACH FL 33401

CREDITOR ID: 403429-15
HUNT, MICHAEL JR BY
TAMMY HUNT AS PARENT & GUARDIAN
C/O LAW OFFICE OF DREW LOVELL, PA
ATTN DREW LOVELL, ESQ
625 N FLAGLER DRIVE, 9TH FLOOR
WEST PALM BEACH FL 33401

CREDITOR ID: 536174-BA
HUNT, MILDRED
7177 SW ARCHER RD , LOT 2014
GAINESVILLE FL 32608

CREDITOR ID: 452465-99
HUNT, SCOTT
C/O FRIEDLINE & MCCONNELL, PA
ATTN JERRETT M MCCONNELL, ESQ
1756 UNIVERSITY BLVD SOUTH
JACKSONVILLE FL 32216

CREDITOR ID: 452465-99
HUNT, SCOTT
C/O GEORGE DOUGLAS JR LAW OFFICES
ATTN: GEORGE C DOUGLAS JR
700 CENTURY PARK SOUTH, STE 223
BIRMINGHAM AL 35226

CREDITOR ID: 406797-MS
HUNT, SCOTT B
23425 N 39TH DRIVE
SUITE 104-190
GLENDALE AZ 85310

CREDITOR ID: 416240-15
HUNT, SCOTT B
23425 NORTH 39TH DRIVE, STE 104-190
GLENDALE AZ 85310

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 555924-BC<br>HUNT, SHIRLEY<br>2520 NW 58TH STREET<br>MIAMI FL 33142 | CREDITOR ID: 403460-99<br>HUNT, TAMMY<br>C/O IURILLO & ASSOCIATES PA<br>ATTN: S C BEAVENS/C J JURILLO, ESQS<br>STERLING SQUARE<br>600 FIRST AVE NO, STE 308<br>ST PETERSBURG FL 33701 | CREDITOR ID: 390908-55<br>HUNT, TAMMY<br>C/O LAW OFFICE OF DREW LOVELL, PA<br>ATTN DREW LOVELL, ESQ<br>625 N FLAGLER DRIVE, 9TH FL<br>WEST PALM BEACH FL 33401 |
| CREDITOR ID: 403774-94<br>HUNTER, ANTHONY W<br>610 TERESA DRIVE<br>LAKE PARK GA 31636 | CREDITOR ID: 149916-09<br>HUNTER, CHRISTOPHER D<br>108 SAWMILL ROAD<br>WILLIAMSBURG VA 23188 | CREDITOR ID: 390537-55<br>HUNTER, GIGI<br>C/O DESIREE E BANNASCH, PA<br>ATTN DESIREE E BANNASCH, ESQ<br>232 HILLCREST ST, STE B<br>ORLANDO FL 32801 |
| CREDITOR ID: 555925-BC<br>HUNTER, KATIE<br>2719 GRIFFIN AVENUE<br>SELMA AL 36701 | CREDITOR ID: 555927-BC<br>HUNTER, LYLE<br>2106 LAUREL DRIVE<br>SAINT AUGUSTINE FL 32084 | CREDITOR ID: 389765-54<br>HUNTER, SELINA<br>C/O MICHAEL KOLLER, PA<br>ATTN MICHASEL KOLLER, ESQ<br>120 E GRANADA BLVD<br>ORMOND BEACH FL 32176 |
| CREDITOR ID: 389765-54<br>HUNTER, SELINA<br>1506 MOBILE AVE<br>HOLLY HILL FL 32117 | CREDITOR ID: 536175-BA<br>HUNTER, SHARON<br>740 MALIBU BAY   APT # 208<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 538225-BA<br>HUNTER, SHARON<br>C/O ROSENTHAL & LEVY<br>ATTN:  ETHAN F KOMINSKY ESQ<br>1645 PALM BEACH LAKES BLVD, STE 350<br>WEST PALM BEACH FL 33401 |
| CREDITOR ID: 385867-54<br>HUNTER, TERESA<br>20158 NW 35TH AVENUE<br>OPA-LOCKA, FL 33056 | CREDITOR ID: 385867-54<br>HUNTER, TERESA<br>C/O RUBIN & RUBIN, PA<br>ATTN DEBRA E RUBIN, ESQ<br>11900 BISCAYNE BLVD, SUITE 502<br>NORTH MIAMI FL 33181 | CREDITOR ID: 555926-BC<br>HUNTER, THERSA<br>21924 PALMETTO CIRCLE NORTH<br>BOCA RATON FL 33433 |
| CREDITOR ID: 553534-BI<br>HUNTERS EMBROIDERY SHOP<br>5511 NE 20TH AVENUE<br>OCALA FL 34479 | CREDITOR ID: 251938-12<br>HUNTERS LIVER MUSH CO<br>C/O ROY & GURTHIE HUNTER<br>98 POTEAT RD<br>MARION, NC 28752 | CREDITOR ID: 553535-BI<br>HUNTERS LIVER MUSH CO<br>98 POTEAT RD<br>MARION NC 28752 |
| CREDITOR ID: 533619-DT<br>HUNTINGON NATIONAL BANK<br>ATTN: ALLAN BURKHART<br>7 EASTON OVAL  -  EA4 E78<br>COLUMBUS OH 43219 | CREDITOR ID: 382667-51<br>HUNTSVILLE<br>PO BOX 7069 WS<br>HUNTSVILLE, AL 35807 | CREDITOR ID: 553536-BI<br>HUNTSVILLE TIMES<br>PO BOX 7069 WS<br>HUNTSVILLE AL 35807 |
| CREDITOR ID: 382148-51<br>HUNTSVILLE TIMES, THE<br>ATTN DICKIE KING, CR MGR<br>PO BOX 7069 WS<br>HUNTSVILLE, AL 35807 | CREDITOR ID: 553537-BI<br>HUNTSVILLE UTILITIES<br>PO BOX 2048<br>HUNTSVILLE AL 35895 | CREDITOR ID: 555929-BC<br>HUPP, JAMES<br>2171 SANREMO DR<br>BIG PINE KEY FL 33043 |
| CREDITOR ID: 390712-55<br>HURNS, DWIGHT (MINOR)<br>C/O LAW OFFICES OF KANE & VITAL PA<br>ATTN JONATHAN KANE, ESQ<br>6190 NW 11TH STREET<br>SUNRISE FL 33313 | CREDITOR ID: 406798-MS<br>HURST, ERNEST G<br>680 TROPICAL PARKWAY<br>ORANGE PARK FL 32073 | CREDITOR ID: 392526-55<br>HURST, MONICA<br>C/O FOY & ASSOCIATES, PC<br>ATTN JOHN M FOY, ESQ<br>3343 PEACHTREE ROAD, SUITE 350<br>ATLANTA GA 30326 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of**
**Reorganization, (B) Occurrence of Effective Date**
**of Plan, and (C) Bar Dates for Filing claims Arising**
**before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 399764-84<br>HURSTING, JOEL<br>550 SW 6TH AVENUE<br>BOCA RATON FL 33486 | CREDITOR ID: 536176-BA<br>HURT, GWEN<br>14749 SPYGLASS ST<br>ORLANDO FL 32826 | CREDITOR ID: 406799-MS<br>HURT, MICHAEL<br>4430 BUTTONBUSH GLEN DRIVE<br>LOUISVILLE KY 40241 |
| CREDITOR ID: 406800-MS<br>HURTADO DE MENDOZA, ORLANDO<br>8181 LOCH LOMOND LANE<br>JACKSONVILLE FL 32244 | CREDITOR ID: 416268-15<br>HURTADO DE MENDOZA, ORLANDO<br>C/O FRIEDLINE & MCCONNELL, PA<br>ATTN JERRETT M MCCONNELL, ESQ<br>1756 UNIVERSITY BLVD SOUTH<br>JACKSONVILLE FL 32216 | CREDITOR ID: 416268-15<br>HURTADO DE MENDOZA, ORLANDO<br>8181 LOCH LOMOND LANE<br>JACKSONVILLE FL 32244 |
| CREDITOR ID: 2311-07<br>HURTAK FAMILY PARTNERSHIP LTD<br>525 NE 58 STREET<br>MIAMI, FL 33137 | CREDITOR ID: 553538-BI<br>HURTAK FAMILY PARTNERSHIP LTD<br>525 NE 58 STREET<br>MIAMI FL 33137 | CREDITOR ID: 536177-BA<br>HUSBAND, JERMOND<br>690 COUNTY ROAD<br>PACHUTA MS 39347 |
| CREDITOR ID: 410873-15<br>HUSFELT, JERRY<br>21841 SW RAINBOW LAKES BLVD<br>DUNNELLON FL 34431 | CREDITOR ID: 410873-15<br>HUSFELT, JERRY<br>C/O RYWANT ALVAREZ, ET AL<br>ATTN GREGORY D JONES, ESQ<br>109 N BRUSH STREET, SUITE 500<br>PO BOX 3283<br>TAMPA FL 33602 | CREDITOR ID: 395311-63<br>HUSSMAN CORPORATION<br>125 JAMES DRIVE WEST<br>ST. ROSE, LA 70087 |
| CREDITOR ID: 403546-99<br>HUSSMAN CORPORATION<br>C/O SHUTTS & BOWEN LLP<br>ATTN: ANDREW M BRUMBY<br>PO BOX 4956<br>ORLANDO FL 32801 | CREDITOR ID: 403547-99<br>HUSSMAN SERVICES CORPORATION<br>C/O SHUTTS & BOWEN LLP<br>ATTN: ANDREW M BRUMBY<br>PO BOX 4956<br>ORLANDO FL 32802-4956 | CREDITOR ID: 553539-BI<br>HUSSMANN CORP<br>LB #2410 COLLECTION CENTER DR.<br>CHICAGO IL 60693 |
| CREDITOR ID: 408188-15<br>HUSSMANN CORPORATION<br>ATTN BILL BUTLER, CREDIT ANALYST<br>12999 ST CHARLES ROCK ROAD<br>BRIDGETON MO 63044 | CREDITOR ID: 395667-65<br>HUSSMANN SERVICES CORPORATION<br>2410 COLLECTIONS CTR DR<br>CHICAGO, IL 60963 | CREDITOR ID: 406801-MS<br>HUTCHINS, KENNETH W<br>7029 BROOKGREEN TERRACE<br>MATHEWS NC 28104 |
| CREDITOR ID: 406801-MS<br>HUTCHINS, KENNETH W<br>C/O FRIEDLINE & MCCONNELL, PA<br>ATTN JERRETT M MCCONNELL, ESQ<br>1756 UNIVERSITY BLVD SOUTH<br>JACKSONVILLE FL 32216 | CREDITOR ID: 391320-55<br>HUTCHINS, LASHAWN<br>C/O  THOMAS & PEARL, PA<br>ATTN BRIAN S PEARL, ESQ<br>2404 NE 9TH STREET<br>FORT LAUDERDALE FL 33304 | CREDITOR ID: 555931-BC<br>HUTCHINSON, BRITTANY<br>11821 NW 11TH PL<br>OCALA FL 34482 |
| CREDITOR ID: 555930-BC<br>HUTCHINSON, SHATICA<br>3319 TWO SISTERS WAY<br>PENSACOLA FL 32505 | CREDITOR ID: 555932-BC<br>HUTSLER, DONNA<br>411 N. 6TH STREET #883<br>EMERY SD 57332 | CREDITOR ID: 536178-BA<br>HUTSON, ALLEN<br>12626 2ND STREET SE<br>FORT MYERS FL 33905 |
| CREDITOR ID: 392019-55<br>HUTSON, KENNETH<br>C/O BARRS WILLIAMSON STOLBERG ET AL<br>ATTN MELISSA S WIEGNER, ESQ<br>2503 WEST SWANN AVENUE<br>TAMPA FL 33609-4017 | CREDITOR ID: 555933-BC<br>HUTTON, JUDITH<br>610 CHESTNUT CIR<br>APT 53<br>LAKELAND GA 31635 | CREDITOR ID: 536179-BA<br>HUTTON, KATHERINE<br>2424 S. ROBERTSON<br>NEW ORLEANS LA 70113 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of**
**Reorganization, (B) Occurrence of Effective Date**
**of Plan, and (C) Bar Dates for Filing claims Arising**
**before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 538226-BA<br>HUTTON, KATHERINE<br>LAW OFFICE OF ALVENDIA & KELLY, LLC<br>ATTN:  JEANNE K DEMAREST<br>4431 CANAL STREET<br>NEW ORLEANS LA 70119 | CREDITOR ID: 406802-MS<br>HUTTON, RANDALL L<br>153 BAGLEY ROAD<br>MAPLETON ME 04757 | CREDITOR ID: 377862-45<br>HUTTON, RANDALL L<br>C/O WINN DIXIE STORE, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 |
| CREDITOR ID: 553540-BI<br>HUTZLER MANUFACTURING CO<br>4 GRACE WAY<br>CANAAN CT 06018 | CREDITOR ID: 407709-15<br>HUX, STACEY<br>C/O LAURI J GOLDSTEIN, PA<br>ATTN LAURI J GOLDSTEIN, ESQ<br>PO BOX 1965<br>PALM CITY FL 34991 | CREDITOR ID: 37470-05<br>HUXEN, JAMES R<br>6880 JEFFERSON HWY<br>HARAHAN LA 70123 |
| CREDITOR ID: 1405-07<br>HV MCCOY & COMPANY INC<br>R/F HIGH POINT MALL INC<br>PO BOX 20847<br>GREENSBORO, NC 27420-0847 | CREDITOR ID: 553541-BI<br>HY KO PRODUCTS CO<br>7370 NORTHFIELD RD<br>WALTON HILLS OH 44146-6106 | CREDITOR ID: 555934-BC<br>HYATT (MINOR), STEVEN<br>304 ROSSI CIRCLE<br>DOTHAN AL 36301 |
| CREDITOR ID: 315843-40<br>HYDE PARK PLAZA<br>C/O REGENCY CENTERS LP<br>LEASE# 14123<br>PO BOX 644019<br>PITTSBURGH, PA 15264-4019 | CREDITOR ID: 315744-40<br>HYDER, BOYD L<br>314 HYDER ST<br>HENDERSONVILLE, NC 28792-2732 | CREDITOR ID: 243806-12<br>HYDER, BOYD L<br>314 HYDER ST<br>HENDERSONVILLE, NC 28792-2732 |
| CREDITOR ID: 553542-BI<br>HYDRAULIC HOSE & CYLINDER<br>617 SOUTH EVERS STREET<br>PLANT CITY FL 33566 | CREDITOR ID: 395416-64<br>HYDROLOGIC ASSOCIATES USA INC.<br>109 BAYBERRY ROAD<br>ALTAMONTE SPRINGS, FL 32714 | CREDITOR ID: 553543-BI<br>HYDROPURE SYSTEMS<br>7804 ANDERSON ROAD<br>TAMPA FL 33634 |
| CREDITOR ID: 411290-15<br>HY-KO PRODUCTS COMPANY<br>ATTN CAROL THARTON, ACCTS MGR<br>60 MEADOW LANE<br>NORTHFIELD OH 44067 | CREDITOR ID: 553544-BI<br>HYLAND FILTER SERVICE<br>610 LOCUST LANE<br>LOUISVILLE KY 40217 | CREDITOR ID: 536180-BA<br>HYMEL, DONALANDIS<br>1320 GAUDET DRIVE<br>MARRERO LA 70072 |
| CREDITOR ID: 538227-BA<br>HYMEL, DONALANDIS<br>C/O FORSTALL, MURA & POWERS<br>ATTN:  WARREN FORSTALL<br>320 N. CARROLLTON AVE, STE 200<br>NEW ORLEANS LA 70119-5111 | CREDITOR ID: 382668-51<br>HYPERION<br>ATTN DAISY L JACKSON<br>5450 GREAT AMERICA PARKWAY<br>SANTA CLARA, CA 95054 | CREDITOR ID: 553545-BI<br>HYPERION SOLUTIONS CORPORATION<br>DEPT 33389<br>PO BOX 39000<br>SAN FRANCISCO CA 94139-3389 |
| CREDITOR ID: 553546-BI<br>HYRO PURE SYSTEMS, INC<br>7804 ANDERSON ROAD<br>TAMPA FL 33634-3006 | CREDITOR ID: 555935-BC<br>HYTE, ROBERT<br>P O BOX 13016<br>GAINESVILLE FL 32604 | CREDITOR ID: 553547-BI<br>I C S C<br>PO BOX 26958<br>NEW YORK NY 10087-6958 |
| CREDITOR ID: 278900-30<br>I KUNIK COMPANY<br>2000 INDUSTRIAL DRIVE<br>MCALLEN, TX 78504 | CREDITOR ID: 553548-BI<br>I KUNIK COMPANY<br>2000 INDUSTRIAL DRIVE<br>MCALLEN TX 78504 | CREDITOR ID: 553650-BI<br>I P M SOUTHEAST<br>PO BOX 2754<br>DAVENPORT FL 33836 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2312-RJ<br>I REISS & COMPANY<br>200 EAST 61ST STREET, SUITE 29F<br>NEW YORK, NY 10021 | CREDITOR ID: 553652-BI<br>IAN INTERNATIONAL INC<br>3350 NW 60 STREET<br>MIAMI FL 33142 | CREDITOR ID: 251979-12<br>IAN INTERNATIONAL INC<br>ATTN ASHA MAHARAJ<br>3350 NW 60 STREET<br>MIAMI, FL 33142 |
| CREDITOR ID: 536181-BA<br>IANNETTA, CRYSTAL<br>PO BOX 430459<br>BIG PINE KEY FL 33043 | CREDITOR ID: 536182-BA<br>IANNI, JEANINE<br>14820 NARANJA LAKES BLVD<br>NARANJA FL 33032 | CREDITOR ID: 555936-BC<br>IANNI, JEANINE<br>14820 NARANJA LK<br>NARANJA FL 33032 |
| CREDITOR ID: 452060-98<br>IB PROPERTY HOLDINGS LLC<br>ATTN JOHN A D'ERRICO VP<br>4425 PONCE DE LEON BLVD SUITE 500<br>CORAL GABLES FL 33146 | CREDITOR ID: 539025-15<br>IB PROPERTY HOLDINGS LLC<br>C/O BAYVIEW LOAN SERVICING, LLC<br>ATTN PETER LAPORTE, VP<br>4425 PONCE DE LEON BLVD, STE 500<br>CORAL GABLES FL 33146 | CREDITOR ID: 555938-BC<br>IBARRA DE AMER, VIRGINIA<br>14718 SW 123 AVE<br>MIAMI FL 33086 |
| CREDITOR ID: 555937-BC<br>IBARRA, HEIDI<br>2567 WHITEHORSE RD. WEST<br>JACKSONVILLE FL 32246 | CREDITOR ID: 406803-MS<br>IBBETSON JR., HENRY<br>5400 SW 160 AVE.<br>FT. LAUDERDALE FL 33331 | CREDITOR ID: 553653-BI<br>IBC HOLSUM BAKERS<br>8700 NW 77TH COURT<br>MIAMI FL 33166 |
| CREDITOR ID: 553654-BI<br>IBC MERITA WONDER<br>PO BOX 668648<br>CHARLOTTE NC 28266-8648 | CREDITOR ID: 536183-BA<br>IBEABUCHI, CHIDI<br>5045 OLD POST RD<br>COLUMBUS GA 31909 | CREDITOR ID: 538228-BA<br>IBEABUCHI, CHIDI<br>C/O FOY & ASSOCIATES, PC<br>ATTN:  JOHN FOY ESQ<br>3343 PEACHTREE STREET N.E., STE 350<br>ATLANTA GA 30326 |
| CREDITOR ID: 553656-BI<br>IBERIA MEDICAL CENTER<br>PO BOX 13338<br>NEW IBERIA LA 70562-3338 | CREDITOR ID: 553655-BI<br>IBERIA MEDICAL CENTER<br>2315 EAST MAIN STREET<br>NEW IBERIA LA 70560-4031 | CREDITOR ID: 251986-12<br>IBERIA MEDICAL CENTER<br>PO BOX 13338<br>NEW IBERIA, LA 70562-3338 |
| CREDITOR ID: 553657-BI<br>IBERIA MIDDLE SCHOOL<br>613 WEEKS ISLAND<br>NEW IBERIA LA 70560 | CREDITOR ID: 251987-12<br>IBERIA MIDDLE SCHOOL<br>ATTN MICHAEL BONIN<br>613 WEEKS ISLAND<br>NEW IBERIA, LA 70560 | CREDITOR ID: 553658-BI<br>IBERIA PARISH CAREER CENTER<br>618 RECREATION DR<br>NEW IBERIA LA 70560 |
| CREDITOR ID: 553659-BI<br>IBERIA PARISH SCH BOARD<br>PO BOX 9770<br>SALES & USE TAX DIV<br>NEW IBERIA LA 70562-9770 | CREDITOR ID: 553660-BI<br>IBERIA PARISH SHERIFF<br>IBERIA PARISH COURTHOUSE<br>300 IBERIA ST SUITE 120<br>NEW IBERIA LA 70560-4584 | CREDITOR ID: 317895-42<br>IBERIA PARISH SHERIFF & TAX COLLECTOR<br>300 IBERIA STREET, SUITE 120<br>NEW IBERIA LA 70560-4584 |
| CREDITOR ID: 241068-11<br>IBERIA SCHOOL BOARD<br>SALES & USE TAX DEPARTMENT<br>ACCOUNT NO.: 3399<br>PO BOX 9770<br>NEW IBERIA, LA 70562-9770 | CREDITOR ID: 553661-BI<br>IBERIA WORLD FOODS CORP<br>12300 NW 32ND AVENUE<br>MIAMI FL 33167-2418 | CREDITOR ID: 251993-12<br>IBERIA WORLD FOODS CORP<br>ATTN LYDIA GREENSTEIN, CR MGR<br>12300 NW 32ND AVENUE<br>MIAMI, FL 33167-2418 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 553662-BI<br>IBERTRADE<br>747 THIRD AVENUE<br>36TH FLOOR<br>NEW YORK NY 10017 | CREDITOR ID: 278901-30<br>IBERTRADE<br>747 THIRD AVENUE<br>36TH FLOOR<br>NEW YORK, NY 10017 | CREDITOR ID: 241070-11<br>IBERVILE PARISH<br>SALES & USE TAX DEPARTMENT<br>ACCOUNT NO.: 1234-00<br>PO BOX 355<br>PLAQUEMINE, LA 70765-0355 |
| CREDITOR ID: 251995-12<br>IBERVILLE CITY & PARISH TAX COLLECT<br>PO BOX 231<br>PROPERTY TAX<br>PLAQUEMINE LA 70765-0231 | CREDITOR ID: 553663-BI<br>IBERVILLE PARISH<br>PO BOX 355<br>SALES TAX DEPARTMENT<br>PLAQUEMINE LA 70765-0355 | CREDITOR ID: 382671-51<br>IBM<br>NORTH CASTLE DRIVE<br>ARMONK, NY 10504 |
| CREDITOR ID: 417024-99<br>IBM CORP<br>C/O ARNSTEIN & LEHR LLP<br>ATTN: RONALD J MARLOWE, ESQ<br>1110 N FLORIDA AVE<br>TAMPA FL 33602 | CREDITOR ID: 553666-BI<br>IBM CORPORATION<br>PO BOX 676673<br>DALLAS TX 75267-6673 | CREDITOR ID: 553665-BI<br>IBM CORPORATION<br>PO BOX 534151<br>ATLANTA GA 30353-4151 |
| CREDITOR ID: 553664-BI<br>IBM CORPORATION<br>LOCK BOX 643600<br>PITTSBURGH PA 15264-3600 | CREDITOR ID: 535038-97<br>IBM CORPORATION<br>ATTN: BARBARA WILLIAMS<br>4111 NORTHSIDE PARKWAY<br>ATLANTA GA 30327 | CREDITOR ID: 405888-15<br>IBM CORPORATION<br>ATTN B H SHIDELER<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE IL 60181 |
| CREDITOR ID: 535039-97<br>IBM CREDIT<br>ATTN: SALVATORE GRASSO<br>NORTH CASTLE DR, NC322<br>ARMONK NY 10504 | CREDITOR ID: 407536-15<br>IBM CREDIT, LLC<br>ATTN BEVERLY H SHIDELER<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE IL 60181 | CREDITOR ID: 553667-BI<br>IBM STORE SYSTEMS USER GROUP<br>8421 LORRAINE DRIVE<br>STRONGSVILLE OH 44149 |
| CREDITOR ID: 492894-FC<br>IBOLD, CATHERINE G<br>3757 WEXFORD HOLLOW RD E<br>JACKSONVILLE FL 32224 | CREDITOR ID: 410595-15<br>IBRAHIM, EKRAM & MAHER<br>C/O STEVEN A GOLDSTEIN LAW OFFICE<br>ATTN STEVEN A GOLDSTEIN, ESQUIRE<br>1792 BELLTOWER LANE<br>WESTON FL 33326 | CREDITOR ID: 410595-15<br>IBRAHIM, EKRAM & MAHER<br>8461 SPRINGTREE DRIVE, APT 208<br>SUNRISE FL 33351 |
| CREDITOR ID: 553668-BI<br>ICARD TOWNSHIP<br>PO BOX 436<br>HILDEBRAN NC 28637-0436 | CREDITOR ID: 382696-51<br>ICC<br>NORTH CASTLE DRIVE<br>ARMONK, NY 10504 | CREDITOR ID: 384171-47<br>ICC BUSINESS CREDIT BLUEGRASS<br>ATTN LANGFRED W WHITE, PRES<br>32801  US HIGHWAY 19 NORTH<br>PALM HARBOR, FL 34684 |
| CREDITOR ID: 252015-12<br>ICEBRAND SEAFOODS MAINE INC<br>PO BOX 17533<br>PORTLAND ME 04112-8533 | CREDITOR ID: 553669-BI<br>ICI PAINTS<br>P O BOX 905066<br>CHARLOTTE NC 28290-5066 | CREDITOR ID: 406226-G4<br>ICICLE SEAFOODS<br>PO BOX 79003<br>SEATTLE WA 98119 |
| CREDITOR ID: 406225-G4<br>ICICLE SEAFOODS<br>4019-21ST AVE. WEST<br>SEATTLE WA 98119 | CREDITOR ID: 553670-BI<br>ICICLE SEAFOODS, INC<br>PO BOX 79003<br>SEATTLE WA 98119-7903 | CREDITOR ID: 536184-BA<br>ICKES, KAREN<br>2056 GENTLEBREEZE RD<br>MIDDLEBURG FL 32068 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

CREDITOR ID: 538229-BA
ICKES, KAREN
C/O COKERS MYERS SCHICKEL ET AL
ATTN:  AARON SPRAGUE
136 EAST BAY STREET
JACKSONVILLE FL 32202

CREDITOR ID: 553671-BI
ICOS LLC
ELIO OR ALEX MADDALOZZO
740 HARBOR DRIVE
KEY BISCAYNE FL 33149

CREDITOR ID: 1452-07
ICOS LLC
ELIO OR ALEX MADDALOZZO
740 HARBOR DRIVE
KEY BISCAYNE, FL 33149

CREDITOR ID: 252022-12
ICOS LLC
ATTN ELIO OR ALEX MADDALOZZO
740 HARBOR DRIVE
KEY BISCAYNE, FL 33149

CREDITOR ID: 534811-15
ICOS, LLC
C/O FURR & COHEN, PA
ATTN ROBERT C FURR, ESQ
2255 GLADES ROAD, SUITE 337W
BOCA RATON FL 33431-7383

CREDITOR ID: 382712-51
ICS
3026 HARFORD HIGHWAY, SUITE 1
DOTHAN, AL 36302

CREDITOR ID: 553673-BI
ICX GROUP INC
76 S LAURA STREET
STE 1700
JACKSONVILLE FL 32202

CREDITOR ID: 553672-BI
ICX GROUP INC
4720 SALISBURY ROAD
SUITE 200
JACKSONVILLE FL 32256

CREDITOR ID: 553674-BI
IDA BAUGH
5175 SE CHANNEL DRIVE
STUART FL 34997

CREDITOR ID: 553676-BI
IDAHO CHILD SUPPORT RECEIPTING
PO BOX 70008
BOISE ID 83707-0108

CREDITOR ID: 553677-BI
IDAHO FRESH PAK INCORPORATED
ONE POTATO PLACE
PO BOX 130
LEWISVILLE ID 83431-0130

CREDITOR ID: 252027-12
IDAHO FRESH PAK INCORPORATED
ATTN RICHARD A NELSON, CONTROLLER
ONE POTATO PLACE
PO BOX 130
LEWISVILLE, ID 83431-0130

CREDITOR ID: 553678-BI
IDC SERVCO
PO BOX 1925
CULVER CITY CA 90232-1925

CREDITOR ID: 553679-BI
IDCSERVCO
PO BOX 1925
ATTN: ACCOUNTS RECEIVABLE
CULVER CITY CA 90232-1925

CREDITOR ID: 553680-BI
IDEA INTEGRATION
PO BOX 13700-1243
PHILADELPHIA PA 19191-1243

CREDITOR ID: 553780-BI
IDEAL SHIELD
2525 CLARK STREET
DETROIT MI 48209-1355

CREDITOR ID: 252029-12
IDEAL SHIELD
ATTN MICA D CRAWFORD, CONTROLLER
2525 CLARK STREET
DETROIT, MI 48209

CREDITOR ID: 553781-BI
IDEAS TO GO
EOLA PARK CENTER 1
200 E ROBISON STREET  SUITE 1250
ORLANDO FL 32801

CREDITOR ID: 553782-BI
IDEAS TO GO INC
ONE MAIN STREET SE
FIFTH FLOOR
MINNEAPOLIS MN 55414

CREDITOR ID: 403390-15
IDELLE LABS
ATTN PAUL S LEVY, CR MGR
ONE HELEN OF TROY PLAZA
EL PASO TX 79912

CREDITOR ID: 553783-BI
IDELLE LABS LTD RETAIL DIVISION
PO BOX 849114
DALLAS TX 75284-9114

CREDITOR ID: 553784-BI
IDN ARMSTRONGS INC
PO BOX 277959
ATLANTA GA 30384

CREDITOR ID: 390990-55
IERVASI, CARMEN
C/O MORGAN & BARBARY, PA
ATTN DAVID W ARTHUR, ESQ
730 E STRAWBRIDGE AVE, SUITE 200
MELBOURNE FL 32901

CREDITOR ID: 553785-BI
IESI ALEXANDRIA HAULING
1515 ENGLAND DRIVE
ALEXANDRIA LA 71303-4109

CREDITOR ID: 252037-12
IESI ALEXANDRIA HAULING
1515 ENGLAND DRIVE
ALEXANDRIA, LA 71303-4109

CREDITOR ID: 553786-BI
IESI OF AVOYELLES
PO BOX 650231
DALLAS TX 75265-0231

CREDITOR ID: 404858-95
IESI OF AVOYELLES
ATTN PURNELL BLACKMAN, CONTROLLER
PO BOX 469
MARKSVILLE LA 71351

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 553787-BI<br>IFCO SYSTEMS<br>PO BOX 849729<br>DALLAS TX 75284-9729 | CREDITOR ID: 279376-36<br>IFCO SYSTEMS, NA<br>ATTN MARIO PRATTS, CREDIT MGR<br>6829 FLINTLOCK ROAD<br>HOUSTON  TX 77040 | CREDITOR ID: 536185-BA<br>IFRAN, LILIAN MELENDEZ<br>1510 NE 110TH TERRACE<br>MIAMI FL 33161 |
| CREDITOR ID: 538230-BA<br>IFRAN, LILIAN MELENDEZ<br>C/O DENNIS LAW FIRM<br>ATTN:  DENNIS BROD ESQ<br>1455 N.W. 14TH ST.<br>MIAMI FL 33125 | CREDITOR ID: 553789-BI<br>IGEL CASHIO<br>PO BOX 135<br>GARYVILLE LA 70051 | CREDITOR ID: 553788-BI<br>IGEL CASHIO<br>631 GARDENIA STREET<br>LAPLACE LA 70068 |
| CREDITOR ID: 391893-55<br>IGLESIAS, MARTHA<br>C/O THEODORE Z DEUTSCH, PA<br>ATTN THEODORE Z DEUTSCH, ESQ<br>WESTLAND EXECUTIVE OFFICE PARK<br>1790 W 49TH STREET, SUITE 304<br>HIALEAH FL 33012 | CREDITOR ID: 388051-54<br>IGLESIAS, VANESSA (MINOR)<br>10030 SW 50TH TERRACE<br>MIAMI, FL 33165 | CREDITOR ID: 388051-54<br>IGLESIAS, VANESSA (MINOR)<br>C/O SYLVIA M SIRVEN LAW OFFICES<br>ATTN SYLVIA M SIRVEN, ESQ<br>8360 WEST FLAGER STREET, SUITE 203A<br>MIAMI FL 33144 |
| CREDITOR ID: 252043-12<br>IGLOO CORPORATION<br>PO BOX 99912<br>CHICAGO, IL 60696-7712 | CREDITOR ID: 252045-12<br>IGO HOME PRODUCTS<br>23500 MERCANTILE ROAD, SUITE A<br>BEACHWOOD, OH 44122 | CREDITOR ID: 555940-BC<br>IGO, WILLIAM<br>15464 SW 85 LANE<br>MIAMI FL 33193 |
| CREDITOR ID: 1453-07<br>III T WEST LLC MARCO ISLAND MA<br>C/O DBR ASSET MANAGEMENT LLC<br>1 FINANCIAL PLAZA<br>FORT LAUDERDALE, FL 33394 | CREDITOR ID: 553790-BI<br>III T WEST LLC MARCO ISLAND MARKET PLACE<br>C/O DBR ASSET MANAGEMENT LLC<br>1 FINANCIAL PLAZA<br>SUITE 2001<br>FORT LAUDERDALE FL 33394 | CREDITOR ID: 553791-BI<br>IKEEPS INC<br>251 TOWERVIEW COURT<br>CARY NC 27513 |
| CREDITOR ID: 382860-51<br>IKON<br>ATTN SHARI HULLET OR BILL SMITH<br>4780 N ORANGE BLOSSOM TRAIL<br>ORLANDO, FL 32810 | CREDITOR ID: 534997-15<br>IKON FINANCIAL SERVICES<br>BANKRUPTCY ADMINISTRATION<br>ATTN JENNIFER PRESNALL-HARPE<br>PO BOX 13708<br>MACON GA 31208-3708 | CREDITOR ID: 399339-15<br>IKON FINANCIAL SERVICES<br>ATTN D SYKES, BANKR ADMINISTRATION<br>PO BOX 13708<br>MACON GA 31208-3708 |
| CREDITOR ID: 553793-BI<br>IKON FINANCIAL SERVICES<br>PO BOX 740540<br>ATLANTA GA 30374-0540 | CREDITOR ID: 553792-BI<br>IKON FINANCIAL SERVICES<br>PO BOX 13708<br>MACON GA 31208-3708 | CREDITOR ID: 382713-51<br>IKON OFFICE SOLUTIONS<br>PO BOX 532521<br>ATLANTA, GA 30353 |
| CREDITOR ID: 407533-15<br>IKON OFFICE SOLUTIONS<br>ACCOUNTS RECEIVABLE CENTER<br>ATTN KEITH CLEMENTS, BANKRUPTCY<br>5400 BOWMAN ROAD<br>MACON GA 31210 | CREDITOR ID: 553796-BI<br>IKON OFFICE SOLUTIONS<br>SOUTHEAST DISTRICT L 19<br>PO BOX 532545<br>ATLANTA GA 30353-2568 | CREDITOR ID: 553795-BI<br>IKON OFFICE SOLUTIONS<br>PO BOX 532530<br>ATLANTA GA 30353-2530 |
| CREDITOR ID: 553794-BI<br>IKON OFFICE SOLUTIONS<br>FLORIDA DISTRICT L-19<br>P O BOX 532521<br>ATLANTA GA 30353-2521 | CREDITOR ID: 553798-BI<br>ILD TELECOMMUNICATIONS INC<br>ACCOUNTS RECEIVABLE<br>5000 SAWGRASS VILLAGE CIRCLE<br>SUITE 30<br>PONTE VEDRA BEACH FL 32082 | CREDITOR ID: 553797-BI<br>ILD TELECOMMUNICATIONS INC<br>5000 SAWGRASS VILLAGE CIRCLE<br>SUITE 30<br>ATTN ACCT REC<br>PONTE VEDRA FL 32082 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**　　　　　　　　　　　　　　　**CASE:   05-03817-3F1**

CREDITOR ID: 252055-12
ILLINGWORTH ENGINEERING
ATTN MICHAEL L FLETCHALL, PRES
6855 PHILLIPS PARKWAY DR S
JACKSONVILLE, FL 32256-1565

CREDITOR ID: 553800-BI
ILLINGWORTH ENGINEERING
6855 PHILLIPS PARKWAY DR S
JACKSONVILLE FL 32256-1565

CREDITOR ID: 553801-BI
ILLINOIS DEPARTMENT OF REVENUE CSE
POST ACTION DIVISION
PO BOX 19085
SPRINGFIELD IL 62794-9085

CREDITOR ID: 411348-GX
ILLINOIS NATIONAL INSURANCE CO
175 WATER STREET
NEW YORK NY 10038

CREDITOR ID: 553802-BI
ILLINOIS STUDENT ASSIST COMMISSION
C/O WEXLER & WEXLER
500 W MADISON ST.    SUITE 2910
CHICAGO IL 60661

CREDITOR ID: 397647-72
ILLINOIS UNION INSURANCE COMPANY
C/O MARSH USA INC
PO BOX 100357
ATLANTA, GA 30384-0357

CREDITOR ID: 416984-15
ILLINOIS UNION INSURANCE COMPANY
C/O ACE USA
ATTN COLLATERAL MANAGER
436 WALNUT STREET
PHILADELPHIA PA 19106

CREDITOR ID: 416984-15
ILLINOIS UNION INSURANCE COMPANY
C/O DUANE MORRIS LLP
ATTN MARGERY N. REED, ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103-4196

CREDITOR ID: 553803-BI
ILLINOLIS STUDENT ASST PROGRAM
ATTN RECOVERY SERVICE
PO BOX 904
DEERFIELD IL 60015

CREDITOR ID: 402371-15
ILNICKI, WALTER & BARBARA
C/O LILLY, O'TOOLE & BROWN, LLP
ATTN HOWARD I KAY, ESQ
815 STATE ROAD 60 EAST
LAKE WALES FL 33853

CREDITOR ID: 553804-BI
IMAGE DEPOT
10118 WOODBERRY ROAD
TAMPA FL 33619

CREDITOR ID: 553805-BI
IMAGING SOLUTIONS & SERVICES INC
1845 MORIAH WOODS BLVD
SUITE 7
MEMPHIS TN 38117

CREDITOR ID: 252059-12
IMAGING SOLUTIONS & SERVICES INC
ATTN KAY M BARROW, CHIEF ADMIN
1845 MORIAH WOODS BLVD, SUITE 7
MEMPHIS, TN 38117

CREDITOR ID: 553807-BI
IMAGING SOURCE OF FLORIDA INC
PO BOX 551467
JACKSONVILLE FL 32255-1467

CREDITOR ID: 553806-BI
IMAGING SOURCE OF FLORIDA INC
PO BOX 551467
JACKSON FL 32255-1467

CREDITOR ID: 382714-51
IMAGING TECHNOLOGIES
4613 PHILIPS HIGHWAY
JACKSONVILLE, FL 32207

CREDITOR ID: 553808-BI
IMAGININGS 3 INC
6401 GROSS POINT ROAD
NILES IL 60714

CREDITOR ID: 553909-BI
IMAGISTICS
PO BOX 856193
LOUISVILLE KY 40285-6193

CREDITOR ID: 553910-BI
IMAGISTICS INTERNATIONAL INC
PO BOX 11407
MOE
BIRMINGHAM AL 35246-0284

CREDITOR ID: 252062-12
IMAGISTICS INTERNATIONAL INC
PO BOX 11407
MOE
BIRMINGHAM, AL 35246-0284

CREDITOR ID: 252061-12
IMAGISTICS INTERNATIONAL INC FKA
PITNEY BOWES OFFICE SYSTEMS
PO BOX 856193
LOUISVILLE, KY 40285-6193

CREDITOR ID: 411023-15
IMAGISTICS INTERNATIONAL INC FKA
PITNEY BOWES OFFICE SYSTEMS
ATTN MARTHA N HARVEY
7555 E HAMPDEN AVENUE, SUITE 200
DENVER CO 80231

CREDITOR ID: 553911-BI
IMATION ENTERPRISES CORP
91960 COLLECTION CENTER DRIVE
CHICAGO IL 60693

CREDITOR ID: 553913-BI
IMC BAY MINETTE FAMILY
2305 HAND AVENUE
BAY MINETTE AL 36507

CREDITOR ID: 553912-BI
IMC BAY MINETTE FAMILY
2305 HAND AVENUE
SUITE #2
BAY MINETTE AL 36507

CREDITOR ID: 252065-12
IMC BAY MINETTE FAMILY
2305 HAND AVENUE
BAY MINETTE, AL 36507

CREDITOR ID: 555941-BC
IMHOFF, MARY
4033 RAINBOW CIRCLE
LABELLE FL 33935

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 555942-BC<br>IMILIAN, MARIA<br>1638 NW 30 AVE<br>MIAMI FL 33125 | CREDITOR ID: 553914-BI<br>IMMACULATA CONCEPTION ELEMENTARY<br>601 AVENUE  C<br>MARRERO LA 70072 | CREDITOR ID: 553915-BI<br>IMMACULATA HIGH SCHOOL<br>537 AVENUE D<br>MARRERO LA 70072 |
| CREDITOR ID: 553916-BI<br>IMMACULATE HEART OF MARY SCHOOL<br>6360 PINES BLVD<br>NEW ORLEANS LA 70126 | CREDITOR ID: 553917-BI<br>IMMEDIATE CARE INC<br>PO BOX 2828<br>CARROLLTON GA 30112-2828 | CREDITOR ID: 252072-12<br>IMMEDIATE CARE INC<br>ATTN: LEE C SHERSETH, CFO<br>PO BOX 2828<br>CARROLLTON, GA 30112-2828 |
| CREDITOR ID: 553918-BI<br>IMMOKALEE AMERIGAS<br>211 JEROME DRIVE<br>IMMOKALEE FL 34142-3837 | CREDITOR ID: 553919-BI<br>IMMOKALEE DISPOSAL CO<br>120 W JEFFERSON AVE<br>IMMOKALEE FL 34142 | CREDITOR ID: 252076-12<br>IMMOKALEE DISPOSAL CO<br>120 W JEFFERSON AVE<br>IMMOKALEE, FL 34142 |
| CREDITOR ID: 553920-BI<br>IMMOKALEE WATER & SEWER<br>1020 SANITATION RD<br>IMMOKALEE FL 34142 | CREDITOR ID: 553921-BI<br>IMPACT CONFECTIONS INC<br>888 GARDEN OF THE GODS RD<br>COLORADO SPRINGS CO 80907 | CREDITOR ID: 553922-BI<br>IMPACT FOOD SALES INC<br>PO BOX 32719<br>HARTFORD CT 06150-2719 |
| CREDITOR ID: 553923-BI<br>IMPACT OF HATTIESBURG<br>P O BOX 103<br>BRANDON MS 39043-0103 | CREDITOR ID: 1454-07<br>IMPERIAL CHRISTINA SHOPPING CENTER<br>C/O BRUCE STRUMPF INC.<br>314 S. MISSOURI AVENUE, STE. 305<br>CLEARWATER, FL 33756 | CREDITOR ID: 553924-BI<br>IMPERIAL CHRISTINA SHOPPING CT<br>C/O BRUCE STRUMPF INC<br>314 S MISSOURI AVE STE 305<br>CLEARWATER FL 34616 |
| CREDITOR ID: 553925-BI<br>IMPERIAL COUNTY<br>2795 SOUTH FOURTH STREET<br>DEPT OF CHILD SUPPORT SERVICES<br>EL CENTRO CA 92243 | CREDITOR ID: 553926-BI<br>IMPERIAL DISTRIBUTING INC<br>FEDI<br>DEPT AT 40078<br>ATLANTA GA 31192-0078 | CREDITOR ID: 384172-47<br>IMPERIAL DISTRIBUTING INC<br>ATTN CAROLYN DUNLAP, CR MGR<br>WILLIAM F SHWER, SR VP<br>8016 HIGHWAY 90 A<br>SUGAR LAND TX 77487 |
| CREDITOR ID: 553928-BI<br>IMPERIAL TOY CORP<br>PO BOX 60080<br>LOS ANGELES CA 90060-0080 | CREDITOR ID: 553927-BI<br>IMPERIAL TOY CORP<br>PO BOX 21068<br>LOS ANGELES CA 90021-0068 | CREDITOR ID: 553929-BI<br>IMPERIAL TRADING CO<br>PO BOX 676659<br>DALLAS TX 75267-6659 |
| CREDITOR ID: 403234-79<br>IMPERIAL TRADING COMPANY INC<br>ATTN KEITH BEBA, CONTROLLER<br>PO BOX 23508<br>ELMWOOD LA 70183-0508 | CREDITOR ID: 252088-12<br>IMPERIAL TRADING COMPANY INC<br>ATTN: WAYNE M BAQUET JR, PRES<br>PO BOX 676659<br>DALLAS TX 75267-6659 | CREDITOR ID: 555943-BC<br>IMPESTATO, DAWN<br>105 HIDDEN OAKS LANE<br>SLIDELL LA 70461 |
| CREDITOR ID: 553930-BI<br>IMPORTS UNLIMITED INC / STUART FIN COR<br>630 WOODLAND AVENUE<br>CHELTENHAM PA 19012 | CREDITOR ID: 381141-47<br>IMPORTS UNLIMITED INC/STUART FIN COR<br>630 WOODLAND AVENUE<br>CHELTENHAM, PA 19012 | CREDITOR ID: 553931-BI<br>IMPRIMIS HEALTHCARE<br>1911 N PINE ISLAND ROAD<br>PLANTATION FL 33322 |

SERVICE LIST
Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 252092-12
IMPRIMIS HEALTHCARE
1911 N PINE ISLAND ROAD
PLANTATION, FL 33322

CREDITOR ID: 553932-BI
IMPROVITA HEALTH PRODUCTS INC
10055 SWEET VALLEY DRIVE
CLEVELAND OH 44125

CREDITOR ID: 391839-55
IMRICH, CANDISE
C/O STRICKLAND & HOOTEN, PA
ATTN EARL B HOOTEN, II, ESQ
1725 BLANDING BOULEVARD
JACKSONVILLE FL 32210

CREDITOR ID: 251970-12
IMS EQUIPMENT CO
3389 SHERIDAN STREET
HOLLYWOOD, FL 33021

CREDITOR ID: 553933-BI
IN LAND DEVELOPMENT INC
C/O MERCHANTS PROPERTY GROUP INC
PO BOX 3040
ATLANTA GA 30096

CREDITOR ID: 553934-BI
IN ZONE BRANDS INC
PO BOX 532890
ATLANTA GA 30353-2890

CREDITOR ID: 256045-12
INC/MUZAK, MELODY
PO BOX 522170
MIAMI, FL 33152-2170

CREDITOR ID: 553935-BI
INCITE VISUAL COMMUNICATIONS
PO BOX 1017
MILFORD OH 45150

CREDITOR ID: 406804-MS
INCLAN, GARY B
2806 TUPELO COURT
LONGWOOD FL 32779

CREDITOR ID: 553936-BI
INCOMM
MACH VENDOR
PO BOX 106037
ATLANTA GA 30348-6037

CREDITOR ID: 397298-69
INCOMM
ATTN: M BROOKS SMITH
250 WILLIAMS STREET, SUITE M-100
ATLANTA, GA 30303

CREDITOR ID: 410748-15
INCOMM AKA INTERACTIVE COMM INT'L
C/O HUNTON & WILLIAMS
ATTN J W HARBOUR ESQ
RIVERFRONT PLAZA, EAST TOWER
951 E BYRD STREET
RICHMOND VA 23219

CREDITOR ID: 553937-BI
INCREDIBLE FRESH PRODUCE & DAIRY CO
PO BOX 110669
NAPLES FL 34108

CREDITOR ID: 553938-BI
INCREDIBLE FRESH PRODUCE & DAIRY CO
PO BOX 162287
ATLANTA GA 30321

CREDITOR ID: 554037-BI
INDALCO FOOD CORP
15908 NW 48TH AVENUE
MIAMI FL 33014

CREDITOR ID: 252100-12
INDALCO FOOD CORP
ATTN CARLOS RUIZ DE LUQUE, PRES
15908 NW 48TH AVENUE
MIAMI, FL 33014

CREDITOR ID: 416982-15
INDEMNITY INSURANCE CO OF N AMERICA
C/O DUANE MORRIS LLP
ATTN MARGERY N. REED, ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103-4196

CREDITOR ID: 416982-15
INDEMNITY INSURANCE CO OF N AMERICA
C/O ACE USA
ATTN COLLATERAL MANAGER
436 WALNUT STREET
PHILADELPHIA PA 19106

CREDITOR ID: 262837-12
INDEPENDANT, THE
ATTN DONNA BASS, BUS MGR
PO BOX 669
FUQUAY VARINA, NC 27526

CREDITOR ID: 252105-12
INDEPENDENCE CROSSING LLC
ATTN: LEILA N ERWIN, MGR
742 BOST ROAD
MORGANTON NC 28655

CREDITOR ID: 416281-15
INDEPENDENCE CROSSING, LLC
C/O PARKER POE ADAMS & BERNSTEIN
ATTN WILLIAM L ESSER IV, ESQ
401 SOUTH TRYON STREET, SUITE 3000
CHARLOTTE NC 28202

CREDITOR ID: 554038-BI
INDEPENDENCE MIDDLE
300 WEST SECOND STREET
INDEPENDENCE LA 70443

CREDITOR ID: 554039-BI
INDEPENDENCE SQUARE
1420 COURT ST
ALBA CONSULTING CORP
CLEARWATER FL 34616-6147

CREDITOR ID: 1455-07
INDEPENDENCE SQUARE
ALBA CONSULTING CORP
1420 COURT STREET
CLEARWATER, FL 33756

CREDITOR ID: 1455-07
INDEPENDENCE SQUARE
C/O JOSEPH N PERLMAN LAW OFFICES
ATTN JOSEPH N PERLMAN, ESQ
1101 BELCHER ROAD, SUITE B
LARGO FL 33771

CREDITOR ID: 252109-12
INDEPENDENT GLASS CO, INC
ATTN MARGIE GIVENS, OFF MGR
2047 BELL STREET
MONTGOMERY, AL 36104-2941

CREDITOR ID: 554040-BI
INDEPENDENT NEWSPAPERS INC
IN PAYMENT CENTER DEPT 76
PO BOX 7013
DOVER DE 19903

SERVICE LIST
Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 554041-BI
INDEPENDENT SAVINGS PLAN CO
6420 BENJAMIN ROAD
C/O MICHAEL GINSBERG ESQ
TAMPA FL 33634

CREDITOR ID: 554042-BI
INDEPENDENT WELDER
PO BOX 61032
JACKSONVILLE FL 32236-1032

CREDITOR ID: 554043-BI
INDEX JOURNAL CO
PO BOX 1018
GREENWOOD SC 29648-1018

CREDITOR ID: 252115-12
INDEX JOURNAL CO
ATTN JUDITH M BURNS, PRES
PO BOX 1018
GREENWOOD, SC 29648-1018

CREDITOR ID: 554044-BI
INDIA BEVERAGES OF FLORIDA INC
7091 NORTHWEST 82ND AVENUE
MIAMI FL 33166

CREDITOR ID: 252116-12
INDIA BEVERAGES OF FLORIDA INC
ROMA FOOD GRP INC
ATTN FERNANDO MARTINEZ, PRES
8575 NW 79 AVE, SUITE A
MIAMI, FL 33166

CREDITOR ID: 554045-BI
INDIAN BAYOU SCHOOL
1603 LA HWY 700
RAYNE LA 70578

CREDITOR ID: 554046-BI
INDIAN CREEK CROSSING E&A LLC
P O BOX 528
COLUMBIA SC 29202

CREDITOR ID: 2313-07
INDIAN CREEK CROSSING E&A LLC
PO BOX 528
COLUMBIA, SC 29202

CREDITOR ID: 408249-99
INDIAN CREEK CROSSING, LLC
C/O KITCHENS KELLEY GAYNES, PC
ATTN: MARK A KELLEY, ESQ
11 PIEDMONT CENTER, SUITE 900
ATLANTA GA 30305

CREDITOR ID: 408249-99
INDIAN CREEK CROSSING, LLC
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 278902-30
INDIAN HILLS PRODUCE INC
ATTN JOHN M TOTH, PRES
PO BOX 120099
CLERMONT, FL 34712-0099

CREDITOR ID: 554047-BI
INDIAN HILLS PRODUCE INC
PO BOX 120099
CLERMONT FL 34712-0099

CREDITOR ID: 554048-BI
INDIAN RIVER COUNTY UTILITIES
PO BOX 1750
VERO BEACH FL 32961

CREDITOR ID: 554049-BI
INDIAN RIVER SELECT LLC
3503 SOUTH US HWY 1
#15
FORT PIERCE FL 34982

CREDITOR ID: 554050-BI
INDIAN RIVER SELECT LLC
7929 SW JACK JAMES DRIVE
STUART FL 34997

CREDITOR ID: 407810-15
INDIAN RIVER SELECT LLC
ATTN WENDY GRIEVE, CFO & VP
7150 SW KANNER HWY
INDIANTOWN FL 34956

CREDITOR ID: 252123-12
INDIAN RIVER SELECT LLC
ATTN CLIFFORD F BURG, CEO
3503 SOUTH US HWY 1, SUITE 15
FORT PIERCE, FL 34982

CREDITOR ID: 554051-BI
INDIAN RIVER TRANSPORT
2580 EXECUTIVE ROAD
WINTER HAVEN FL 33884-1163

CREDITOR ID: 554052-BI
INDIAN RIVER TRANSPORT
PO BOX 863670
ORLANDO FL 32886-3670

CREDITOR ID: 240498-06
INDIAN SPRINGS VILLAGE
2635 CAHABA VALLEY ROAD
INDIAN SPRINGS AL 35124

CREDITOR ID: 252126-12
INDIAN TRAIL SQUARE  LLC
C/O SHUTTS & BOWEN, LLP
ATTN ANDREW M BRUMBY, ESQ
300 SOUTH ORANGE AVE, STE 1000
ORLANDO FL 32801

CREDITOR ID: 252126-12
INDIAN TRAIL SQUARE  LLC
C/O DAHLEM REALTY
1020 INDUSTRY ROAD, STE 40
LEXINGTON KY 40505

CREDITOR ID: 252126-12
INDIAN TRAIL SQUARE  LLC
STITES & HARBISON, PLLC
ATTN NICOLE S BIDDLE, ESQ
250 WEST MAIN STREET
2300 LEXINGTON FINANCIAL CENTER
LEXINGTON KY 40507-1758

CREDITOR ID: 315844-40
INDIAN TRAIL SQUARE LLC
1020 INDUSTRY ROAD, SUITE 40
LEXINGTON, KY 40505

CREDITOR ID: 252127-12
INDIAN VILLAGE
C/O COLUMBIA PROPERTIES INC
1355 TERRELL MILL ROAD
BLDG 1478 SUITE 200
MARIETTA, GA 30067

CREDITOR ID: 315845-40
INDIAN VILLAGE GROUP INC
ATTN DAVID SHIN
PO BOX 921686
NORCROSS, GA 30092

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                      CASE:   05-03817-3F1

CREDITOR ID: 554053-BI
INDIAN VILLAGE GROUP INC
PO BOX 921686
ATTN DAVID SHIN
NORCROSS GA 30092

CREDITOR ID: 554054-BI
INDIANA CARTON COMPANY
PO BOX 68
BREMEN IN 46506

CREDITOR ID: 554055-BI
INDIANA DEPARTMENT OF REVENUE
WITHHOLDING
P O BOX 7222
INDIANAPOLIS IN 46207-7222

CREDITOR ID: 554056-BI
INDIANA PACKERS CORPORATION
PO BOX 667004
INDIANAPOLIS IN 46266

CREDITOR ID: 252138-12
INDIANA UTILITIES CORPORATION
ATTN ROBERT M STULTS
123 W CHESTNUT STREET
CORYDON, IN 47112-1159

CREDITOR ID: 315846-40
INDIANAPOLIS LIFE INS CO
C/O AMERUS CAPITAL MGMT GROUP INC
PO BOX 773
DES MOINES, IA 50303-0773

CREDITOR ID: 554057-BI
INDIANAPOLIS LIFE INSURANCE CO
C/O ISOLA & ASSOCIATES INC
PO BOX 941483
MAITLAND FL 32791-1483

CREDITOR ID: 1459-RJ
INDIANAPOLIS LIFE INSURANCE CO
C/O ISOLA & ASSOCIATES INC
PO BOX 941483
MAITLAND, FL 32791-1483

CREDITOR ID: 554058-BI
INDIANAPOLISE LIFE INSURANCE CO
C/O ISOLA & ASSOCIATES INC
PO BOX 941483
MAITILAND FL 32794-1483

CREDITOR ID: 554059-BI
INDRIO CROSSINGS INC
181 TIMACUAN BLVD
LAKE MARY FL 32746

CREDITOR ID: 554060-BI
INDRIO CROSSINGS INC
806 EAST 25TH STREET
SANFORD FL 32771

CREDITOR ID: 2316-07
INDRIO CROSSINGS INC
181 TIMACUAN BLVD
LAKE MARY FL 32745-5174

CREDITOR ID: 554061-BI
INDRIO RETAIL LLC
PO BOX 24748
PHILADELPHIA PA 19111-0748

CREDITOR ID: 554062-BI
INDUSTRIAL BATTERY & CHARGER INC
P O BOX 560978
CHARLOTTE NC 28256-0978

CREDITOR ID: 252145-12
INDUSTRIAL BATTERY & CHARGER INC
ATTN TERRY K EARNHARDT, PRES
PO BOX 560978
CHARLOTTE, NC 28256-0978

CREDITOR ID: 554063-BI
INDUSTRIAL CLEANING EQUIPMENT&SUPPLY INC
2600 N W 55TH COURT
SUITE 230
FT LAUDERDALE FL 33309

CREDITOR ID: 554064-BI
INDUSTRIAL CLEANING SERVICES
1951 N W 21ST STREET
POMPANO BEACH FL 33069

CREDITOR ID: 395670-65
INDUSTRIAL CLEANING SERVICES
1331 S DIXIE HWY WEST, SUITE 1A
POMPANO BEACH, FL 33069

CREDITOR ID: 252147-12
INDUSTRIAL CLEANING SERVICES
ATTN MICHAEL PICAZIO, PRES
1951 N W 21ST STREET
POMPANO BEACH, FL 33069

CREDITOR ID: 554065-BI
INDUSTRIAL ELECTRIC
11223 OLD BATON ROUGE HWY
HAMMOND LA 70403

CREDITOR ID: 252150-12
INDUSTRIAL ELECTRIC
ATTN STEVE STEVENS
11223 OLD BATON ROUGE HWY
HAMMOND, LA 70403

CREDITOR ID: 552006-BI
INDUSTRIAL ELECTRIC TESTING
11321 W DISTRIBUTION AVE
JACKSONVILLE FL 32256

CREDITOR ID: 252151-12
INDUSTRIAL ELECTRIC TESTING INC
ATTN C BONZENBERG, PRESIDENT
11321 W DISTRIBUTION AVE
JACKSONVILLE, FL 32256

CREDITOR ID: 382715-51
INDUSTRIAL ELECTRICAL TESTING INC.
11321 WEST DISTRIBUTION AVENUE
JACKSONVILLE, FL 32256

CREDITOR ID: 552007-BI
INDUSTRIAL HOSE & HYDRAULICS
PO BOX 667737
POMPANO BEACH FL 33066

CREDITOR ID: 552008-BI
INDUSTRIAL MEDICAL CLINIC OF MOBILE PC
PO BOX 11984
BIRMINGHAM AL 35202

CREDITOR ID: 552009-BI
INDUSTRIAL MEDICAL WEST
PO BOX 11984
BIRMINGHAM AL 35202

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 252159-12<br>INDUSTRIAL MEDICAL WEST<br>PO BOX 11984<br>BIRMINGHAM, AL 35202 | CREDITOR ID: 552010-BI<br>INDUSTRIAL METAL FABRICATORS<br>10432 ANDERSON RD<br>EASLEY SC 29642 | CREDITOR ID: 252162-12<br>INDUSTRIAL PROCESS CONTROL INC<br>ATTN: JERRY L HEIDGERKEN<br>PO BOX 93338<br>LAKELAND, FL 33804-3338 |
| CREDITOR ID: 552011-BI<br>INDUSTRIAL RAILROAD MAINTENANCE<br>C/O BROOKSGREENBLATT LLC<br>PO BOX 2671<br>BATON ROUGE LA 70821-2671 | CREDITOR ID: 252163-12<br>INDUSTRIAL RAILROAD MAINTENANCE<br>C/O BROOKSGREENBLATT LLC<br>PO BOX 2671<br>BATON ROUGE, LA 70821-2671 | CREDITOR ID: 552012-BI<br>INDUSTRIAL SCALES OF GA<br>PO BOX 46<br>MABLETON GA 30126 |
| CREDITOR ID: 552013-BI<br>INDUSTRIAL STAFFING OF AL<br>1600 2ND AVENUE NORTH<br>BIRMINGHAM AL 35203 | CREDITOR ID: 552014-BI<br>INDUSTRIAL WELDING SUPPLY<br>P O BOX 11407<br>BIRMINGHAM AL 35246-1005 | CREDITOR ID: 552015-BI<br>INDUSTRY DISTRIBUTION<br>1011 6TH AVENUE SOUTH<br>LAKE WORTH FL 33460 |
| CREDITOR ID: 252168-12<br>INDUSTRY DISTRIBUTION<br>ATTN JORMA OLSSON, PRES<br>1011 6TH AVENUE SOUTH<br>LAKE WORTH, FL 33460 | CREDITOR ID: 243821-12<br>INEOS OLEFINS & POLYMERS USA<br>C/O HELD & ISRAEL<br>ATTN ADAM N FRISCH, ESQ<br>RIVERPLACE TOWER, SUITE 1916<br>1301 RIVERPLACE BLVD<br>JACKSONVILLE FL 32207-9073 | CREDITOR ID: 243821-12<br>INEOS OLEFINS & POLYMERS USA<br>C/O KELLEY DRYE & WARREN LLP<br>ATTN J S CARR & R L LEHANE ESQS<br>101 PARK AVENUE<br>NEW YORK NY 10178 |
| CREDITOR ID: 243821-12<br>INEOS OLEFINS & POLYMERS USA<br>ATTN TODD HINZ<br>2600 SOUTH SHORE BOULEVARD<br>LEAGUE CITY TX 77573 | CREDITOR ID: 552016-BI<br>INFERNO ASSOCIATES INC<br>249 STONE RD<br>SLIDELL LA 70460 | CREDITOR ID: 552018-BI<br>INFINITE ENERGY<br>PO BOX 91-7914<br>ORLANDO FL 32891-7914 |
| CREDITOR ID: 552017-BI<br>INFINITE ENERGY<br>PO BOX 31514<br>TAMPA FL 33631-3514 | CREDITOR ID: 495-03<br>INFINITE ENERGY INC<br>ATTN WILLIAM T SCHOPPMAN, CRED/COLL<br>7001 SW 24TH AVE<br>GAINESVILLE FL 32607-3704 | CREDITOR ID: 278903-30<br>INFINITE HERBS LLC<br>ATTN: GREGO BERLIAVSKY<br>1180 E HALLANDALE BEACH BLVD, STE C<br>HALLANDALE, FL 33009 |
| CREDITOR ID: 552019-BI<br>INFINITE HERBS LLC<br>1180 E HALLANDALE BEACH BLVD<br>HALLANDALE FL 33009 | CREDITOR ID: 252173-12<br>INFINITY FIRE PROTECTION<br>ATTN MICHAEL J COONER, TREAS<br>PO BOX 14128<br>RELEIGH, NC 27620 | CREDITOR ID: 382716-51<br>INFORMATICA<br>PO BOX 49085<br>SAN JOSE, CA 95161-9085 |
| CREDITOR ID: 552020-BI<br>INFORMATION BUILDERS INC<br>PO BOX 7247-7482<br>PHILADELPHIA PA 19170-7482 | CREDITOR ID: 382719-51<br>INFORMATION BUILDERS, INC<br>C/O MAYER, BROWN, ROWE & MAW, LLP<br>ATTN FREDERICK HYMAN<br>LAURA METZER, ESQS<br>1675 BROADWAY<br>NEW YORK NY 10019-5820 | CREDITOR ID: 382719-51<br>INFORMATION BUILDERS, INC<br>ATTN FRANK MOLITOR, VP OF FINANCE<br>HARRY J LERNER, VP & CFO<br>TWO PENN PLAZA<br>NEW YORK NY 10121 |
| CREDITOR ID: 406227-G4<br>INFORMATION BUILDERS, INC.<br>TWO PENN PLAZA<br>NEW YORK NY 10121-2898 | CREDITOR ID: 552021-BI<br>INFORMATION MAPPING INC<br>271 WAVERLY OAKS ROAD<br>WALTHAM MA 02452 | CREDITOR ID: 552022-BI<br>INFORMATION RESOURCES INC<br>6984 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 |

SERVICE LIST

### Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing claims Arising before Effective Date and Other Administrative Claims

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 404877-95<br>INFORMATION RESOURCES INC<br>ATTN PETER J DIMAGGIO, CREDIT MGR<br>4766 PAYSHERE CIRCLE<br>CHICAGO IL 60694 | CREDITOR ID: 382722-51<br>INFORMATION RESOURCES INC<br>ATTN JEFF GRUBER, CREDIT REP<br>150 N CLINTON STREET<br>CHICAGO, IL 60661-1416 | CREDITOR ID: 552023-BI<br>INFORMATION RESOURCES INCORPORATION<br>4766 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 |
| CREDITOR ID: 552024-BI<br>INFOSYS TECHNOLOGIES LIMITED<br>BANK OF AMERICA LOCKBOX SERVICE<br>3998 COLLECTIONS CENTER DRIVE<br>INFOSYS TECHNOLOGIES<br>CHICAGO IL 60693 | CREDITOR ID: 252181-12<br>INGENICO INC<br>PO BOX 930727<br>ATLANTA, GA 31193-0727 | CREDITOR ID: 406068-15<br>INGENICO, INC<br>ATTN CHARLES K KOVACH, VP FIN<br>1003 MANSELL ROAD<br>ROSWELL GA 30076 |
| CREDITOR ID: 411191-15<br>INGENIX SUBROGATION SERVICES<br>75 REMITTANCE DRIVE, STE 6019<br>CHICAGO IL 60675-6018 | CREDITOR ID: 552025-BI<br>INGENIX SUBROGATION SERVICES<br>10701 W RESEARCH DRIVE<br>MILWAUKEE WI 53226-3452 | CREDITOR ID: 411379-15<br>INGENIX SUBROGATION SERVICES<br>ATTN LORI MURRY, ANALYSI<br>12125 TECHNOLOGY DRIVE<br>EDEN PRAIRIE MN 55344 |
| CREDITOR ID: 397891-76<br>INGLE, AMANDA<br>7791 SE 196 TERRACE<br>MORRISTON, FL 32668 | CREDITOR ID: 397891-76<br>INGLE, AMANDA<br>C/O SAJU, MASSEY & DUFFY<br>ATTN MICHAEL MASSEY, ESQ<br>4421 NW BLITCHTON RD, PMB 417<br>OCALA FL 34482 | CREDITOR ID: 150656-09<br>INGLE, DEANNA L<br>PO BOX 862<br>DEBARY FL 32753 |
| CREDITOR ID: 536186-BA<br>INGOGLIA, AMY<br>5315 VERMONT AVE<br>LAKE WORTH FL 33461 | CREDITOR ID: 391321-55<br>INGRAHEM, GERIANNE A<br>C/O GOLDMAN DASZKAL & CUTLER<br>ATTN ALEX DASZKAL, ESQ<br>1630 W HILLSBORO BLVD<br>DEERFIELD BEACH FL 33442 | CREDITOR ID: 399337-15<br>INGRAM ENTERTAINMENT INC<br>ATTN DORIS NELMS/C LARRY GILBERT<br>TWO INGRAM BLVD<br>LAVERNGE TN 37086 |
| CREDITOR ID: 555944-BC<br>INGRAM, BRIANNA<br>3617 SE 27TH STREET<br>OKEECHOBEE FL 34974 | CREDITOR ID: 406805-MS<br>INGRAM, CORDELL M<br>431  SAYBROOK DRIVE<br>RICHMOND VA 23236 | CREDITOR ID: 254788-12<br>INGRAM, LINDA & CALVIN<br>3804 AMMONS STREET<br>ANNISTON AL 36201-1436 |
| CREDITOR ID: 536187-BA<br>INGRAM, NICK<br>106 WILLOW OAK DRIVE<br>PRATTVILLE AL 36066 | CREDITOR ID: 536188-BA<br>INGRAM, NORMA<br>310B RICHARD STREET<br>TITUSVILLE FL 32780 | CREDITOR ID: 536189-BA<br>INGRAM, TORI<br>134 MONTAIN VIEW LN<br>WEST BLOCTON AL 35184 |
| CREDITOR ID: 403777-94<br>INGRAM, WALLACE S<br>4353 TAFT DRIVE<br>EVANS GA 30809 | CREDITOR ID: 382724-51<br>INLAND PAPERBOARD & PACKAGING<br>129 ZINKER RD.<br>LEXINGTON, SC 29072 | CREDITOR ID: 403537-99<br>INLAND REAL ESTATE GROUP INC, THE<br>C/O GRONEK & LATHAM LLP<br>ATTN: R SCOTT SHUKER/JIMMY PARRISH<br>390 N ORANGE AVE, STE 600<br>PO BOX 3353<br>ORLANDO FL 32801 |
| CREDITOR ID: 403537-99<br>INLAND REAL ESTATE GROUP INC, THE<br>2901 BUTTERFIELD RD<br>OAK BROOK IL 60523 | CREDITOR ID: 381795-99<br>INLAND SOUTHEAST BRIDGEWATER LLC<br>C/O SONNENSCHEIN NATH & ROSENTHAL<br>ATTN: C NEVILLE/J REED, ESQS<br>1221 AVENUE OF THE AMERICAS<br>24TH FL<br>NEW YORK NY 10020 | CREDITOR ID: 381795-99<br>INLAND SOUTHEAST BRIDGEWATER LLC<br>C/O CONNOLLY BOVE LODGE & HUTZ LLP<br>ATTN: K BIFFERATO/C THOMPSON, ESQS<br>1007 NORTH ORANGE ST<br>PO BOX 2207<br>WILMINGTON DE 19899 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 381795-99<br>INLAND SOUTHEAST BRIDGEWATER LLC<br>C/O THE INLAND REAL ESTAT GROUP INC<br>ATTN: BERT K BITTOURNA, ESQ<br>2901 BUTTERFIELD RD<br>OAK BROOK IL 60523 | CREDITOR ID: 411093-15<br>INLAND SOUTHEAST BRIDGEWATER, LLC<br>C/O INLAND REAL ESTATE GROUP, INC<br>ATTN KAREN C BIFFERATO, ESQ<br>2901 BUTTERFIELD ROAD<br>OAK BROOK IL 60523 | CREDITOR ID: 411093-15<br>INLAND SOUTHEAST BRIDGEWATER, LLC<br>C/O CONNOLLY BOVE LODGE & HUTZ LLP<br>ATTN KAREN C BIFFERATO, ESQ<br>1007 NORTH ORANGE STREET<br>PO BOX 2207<br>WILMINGTON DE 19899 |
| CREDITOR ID: 411090-15<br>INLAND SOUTHEAST COUNTRYSIDE LP<br>C/O CONNOLLY BOVE LODGE & HUTZ LLP<br>ATTN KAREN C BIFFERATO, ESQ<br>1007 NORTH ORANGE STREET<br>PO BOX 2207<br>WILMINGTON DE 19899 | CREDITOR ID: 411090-15<br>INLAND SOUTHEAST COUNTRYSIDE LP<br>C/O INLAND REAL ESTATE GROUP, INC<br>ATTN BERT BITTOURNA, ESQ<br>2901 BUTTERFIELD RD<br>OAK BROOK IL 60523 | CREDITOR ID: 381797-99<br>INLAND SOUTHEAST COUNTRYSIDE LTD<br>C/O CONNOLLY BOVE LODGE & HUTZ LLP<br>ATTN: K BIFFERATO/C THOMPSON, ESQS<br>1007 NORTH ORANGE ST<br>PO BOX 2207<br>WILMINGTON DE 19899 |
| CREDITOR ID: 381797-99<br>INLAND SOUTHEAST COUNTRYSIDE LTD<br>C/O THE INLAND REAL ESTAT GROUP INC<br>ATTN: BERT K BITTOURNA, ESQ<br>2901 BUTTERFIELD RD<br>OAK BROOK IL 60523 | CREDITOR ID: 381797-99<br>INLAND SOUTHEAST COUNTRYSIDE LTD<br>C/O SONNENSCHEIN NATH & ROSENTHAL<br>ATTN: C NEVILLE/J REED, ESQS<br>1221 AVENUE OF THE AMERICAS<br>24TH FL<br>NEW YORK NY 10020 | CREDITOR ID: 410805-15<br>INLAND SOUTHEAST GRAND PRAIRIE LP<br>C/O INLAND REAL ESTATE GROUP, INC<br>ATTN BERT BITTOURNA, ESQ<br>2901 BUTTERFIELD ROAD<br>OAKBROOK IL 60523 |
| CREDITOR ID: 410805-15<br>INLAND SOUTHEAST GRAND PRAIRIE LP<br>C/O CONNOLLY BOVE LODGE & HUTZ LLP<br>ATTN KAREN C BIFFERATO, ESQ<br>1007 NORTH ORANGE STREET<br>PO BOX 2207<br>WILMINGTON DE 19899 | CREDITOR ID: 397699-99<br>INLAND SOUTHEAST GRANT PRAIRIE LTD<br>C/O THE INLAND REAL ESTAT GROUP INC<br>ATTN: BERT K BITTOURNA, ESQ<br>2901 BUTTERFIELD RD<br>OAK BROOK  IL 60523 | CREDITOR ID: 397699-99<br>INLAND SOUTHEAST GRANT PRAIRIE LTD<br>C/O SONNENSCHEIN NATH & ROSENTHAL<br>ATTN: C NEVILLE/J REED, ESQS<br>1221 AVENUE OF THE AMERICAS<br>24TH FL<br>NEW YORK NY 10020 |
| CREDITOR ID: 397699-99<br>INLAND SOUTHEAST GRANT PRAIRIE LTD<br>C/O CONNOLLY BOVE LODGE & HUTZ LLP<br>ATTN: K BIFFERATO/C THOMPSON, ESQS<br>1007 NORTH ORANGE ST<br>PO BOX 2207<br>WILMINGTON DE 19899 | CREDITOR ID: 411092-15<br>INLAND SOUTHEAST LAKE OLYMPIA LP<br>C/O CONNOLLY BOVE LODGE & HUTZ LLP<br>ATTN KAREN C BIFFERATO, ESQ<br>1007 NORTH ORANGE STREET<br>PO BOX 2207<br>WILMINGTON DE 19899 | CREDITOR ID: 411092-15<br>INLAND SOUTHEAST LAKE OLYMPIA LP<br>C/O INLAND REAL ESTATE GROUP, INC<br>ATTN BERT BITTOURNA, ESQ<br>2901 BUTTERFIELD ROAD<br>OAK BROOK IL 60523 |
| CREDITOR ID: 381788-99<br>INLAND SOUTHEAST LAKE OLYMPIA LTD<br>C/O CONNOLLY BOVE LODGE & HUTZ LLP<br>ATTN: K BIFFERATO/C THOMPSON, ESQS<br>1007 NORTH ORANGE ST<br>PO BOX 2207<br>WILMINGTON DE 19899 | CREDITOR ID: 381788-99<br>INLAND SOUTHEAST LAKE OLYMPIA LTD<br>C/O THE INLAND REAL ESTAT GROUP INC<br>ATTN: BERT K BITTOURNA, ESQ<br>2901 BUTTERFIELD RD<br>OAK BROOK IL 60523 | CREDITOR ID: 381788-99<br>INLAND SOUTHEAST LAKE OLYMPIA LTD<br>C/O SONNENSCHEIN NATH & ROSENTHAL<br>ATTN: C NEVILLE/J REED, ESQS<br>1221 AVENUE OF THE AMERICAS<br>24TH FL<br>NEW YORK NY 10020 |
| CREDITOR ID: 552030-BI<br>INLAND SOUTHEAST PROPERTY MGMT<br>PO BOX 863672<br>ORLANDO FL 32886-3672 | CREDITOR ID: 552029-BI<br>INLAND SOUTHEAST PROPERTY MGMT<br>PO BOX 31005<br>TAMPA FL 33631-3305 | CREDITOR ID: 552028-BI<br>INLAND SOUTHEAST PROPERTY MGMT<br>PO BOX 31005<br>TAMPA FL 33631-3005 |
| CREDITOR ID: 552027-BI<br>INLAND SOUTHEAST PROPERTY MGMT<br>LAKE OLYMPIA #2250<br>4770 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 | CREDITOR ID: 552026-BI<br>INLAND SOUTHEAST PROPERTY MGMT<br>4770 PAYSPHERE CIRCLE<br>COUNTRYSIDE-2001<br>CHICAGO IL 60674 | CREDITOR ID: 1462-07<br>INLAND SOUTHEAST PROPERTY MGMT<br>PO BOX 31005<br>TAMPA, FL 33631-3005 |
| CREDITOR ID: 411094-15<br>INLAND SOUTHEAST ST CLOUD LP<br>C/O CONNOLLY BOVE LODGE & HUTZ LLP<br>ATTN KAREN C BIFFERATO, ESQ<br>1007 NORTH ORANGE STREET<br>PO BOX 2207<br>WILMINGTON DE 19899 | CREDITOR ID: 411094-15<br>INLAND SOUTHEAST ST CLOUD LP<br>C/O INLAND REAL ESTATE GROUP, INC<br>LAW DEPARTMENT<br>ATTN BERT BITTOURNA, ESQ<br>2901 BUTTERFIELD ROAD<br>OAK BROOK IL 60523 | CREDITOR ID: 381790-99<br>INLAND SOUTHEAST ST CLOUD LTD<br>C/O SONNENSCHEIN NATH & ROSENTHAL<br>ATTN: C NEVILLE/J REED, ESQS<br>1221 AVENUE OF THE AMERICAS<br>24TH FL<br>NEW YORK NY 10020 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:  05-03817-3F1**

CREDITOR ID: 381790-99
INLAND SOUTHEAST ST CLOUD LTD
C/O CONNOLLY BOVE LODGE & HUTZ LLP
ATTN: K BIFFERATO/C THOMPSON, ESQS
1007 NORTH ORANGE ST
PO BOX 2207
WILMINGTON DE 19899

CREDITOR ID: 381790-99
INLAND SOUTHEAST ST CLOUD LTD
C/O THE INLAND REAL ESTAT GROUP INC
ATTN: BERT K BITTOURNA, ESQ
2901 BUTTERFIELD RD
OAK BROOK IL 60523

CREDITOR ID: 381799-99
INLAND SOUTHEAST WEST CHESTER LLC
C/O SONNENSCHEIN NATH & ROSENTHAL
ATTN: C NEVILLE/J REED, ESQS
1221 AVENUE OF THE AMERICAS
24TH FL
NEW YORK NY 10020

CREDITOR ID: 381799-99
INLAND SOUTHEAST WEST CHESTER LLC
C/O CONNOLLY BOVE LODGE & HUTZ LLP
ATTN: K BIFFERATO/C THOMPSON, ESQS
1007 NORTH ORANGE ST
PO BOX 2207
WILMINGTON DE 19899

CREDITOR ID: 381799-99
INLAND SOUTHEAST WEST CHESTER LLC
C/O THE INLAND REAL ESTATE GROUP
ATTN: BERT K BITTOURNA, ESQ
2901 BUTTERFIELD ROAD
OAK BROOK IL 60523

CREDITOR ID: 411095-15
INLAND SOUTHEAST WEST CHESTER, LLC
C/O CONNOLLY BOVE LODGE & HUTZ LLP
ATTN KAREN C BIFFERATO, ESQ
1007 NORTH ORANGE STREET
PO BOX 2207
WILMINGTON DE 19899

CREDITOR ID: 411095-15
INLAND SOUTHEAST WEST CHESTER, LLC
C/O INLAND REAL ESTATE GROUP, INC
ATTN BERT BITTOURNA, ESQ
2901 BUTTERFIELD ROAD
OAK BROOK IL 60523

CREDITOR ID: 552031-BI
INLINE PLASTICS CORP
DEPARTMENT #194801
P O BOX 67000
DETROIT MI 48267-1948

CREDITOR ID: 252191-12
INLINE PLASTICS CORP
ATTN OSCAR M PARENTE, ESQ/VP
42 CANAL STREET
SHELTON CT 06484

CREDITOR ID: 552033-BI
INMAN CAMPOBELLO
WATER DISTRICT
PO BOX 99
INMAN SC 29349

CREDITOR ID: 552032-BI
INMAN CAMPOBELLO
5 PROSPECT STREET
INMAN SC 29349

CREDITOR ID: 555945-BC
INMAN, DENISE
7406 CELESRE
TAMPA FL 33611

CREDITOR ID: 389691-54
INMON, DONNA F
C/O BOONE & DAVIS, PA
ATTN MICHAEL DAVIS, ESQ
2311 N ANDREWS AVENUE
FORT LAUDERDALE FL 33311

CREDITOR ID: 389691-54
INMON, DONNA F
900 B SW 80TH AVENUE
NORTH LAUDERDALE, FL 33068

CREDITOR ID: 403181-15
INNER PARISH SECURITY CORP
ATTN MARK LETO SR, OWNER
43222 PECAN RIDGE DRIVE
HAMMOND LA 70403

CREDITOR ID: 552034-BI
INNER-PARISH SECURITY CORP
43222 PECAN RIDGE DRIVE
HAMMOND LA 70403

CREDITOR ID: 534659-B1
INNO PAK INC
ATTN: WILLIAM REYNOLDS
1932 PITTSBURGH DR
DELAWARE OH 43015

CREDITOR ID: 252194-12
INNO PAK INC
2358 RELIABLE PARKWAY
CHICAGO, IL 60686

CREDITOR ID: 552512-BI
INNOHAUS INC
775 CONGRESS PARK DRIVE
CENTERVILLE OH 45459

CREDITOR ID: 552514-BI
INNOSEAL SYSTEMS INC
8041 ARROWRIDGE BLVD
SUITE 1
CHARLOTTE NC 28273

CREDITOR ID: 552513-BI
INNOSEAL SYSTEMS INC
8041 ARROWBRIDGE BLVD
SUITE 1
CHARLOTTE NC 28273

CREDITOR ID: 252195-12
INNOSEAL SYSTEMS INC
ATTN JEFFREY S REBH, PRES
8041 ARROWBRIDGE BLVD, SUITE 1
CHARLOTTE NC 28273

CREDITOR ID: 552515-BI
INNOVATION DATA PROCESSING
275 PATERSON AVENUE
LITTLE FALLS NJ 07424-1658

CREDITOR ID: 552516-BI
INNOVATIVE CONCEPTS & EQUIPMENT
1880 OLD DIXIE HWY
VERO BEACH FL 32960

CREDITOR ID: 252197-12
INNOVATIVE CONCEPTS & EQUIPMENT
ATTN BRIAN GILBERT, PRESIDENT
1880 OLD DIXIE HWY
VERO BEACH FL 32960

CREDITOR ID: 552517-BI
INNOVATIVE WASTE SYSTEMS
14801 SCENIC HWY
BATON ROUGE LA 70807

CREDITOR ID: 552518-BI
INNOZEN INC
6429 INDEPENDENCE AVENUE
WOODLAND HILLS CA 91367

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 552520-BI
INPACO CORPORATION
DEPARTMENT L - 1943
COLUMBUS OH 43260-1943

CREDITOR ID: 552519-BI
INPACO CORPORATION
22533 NETWORK PLACE
CHICAGO IL 60673-1225

CREDITOR ID: 552521-BI
INSIGHT
PO BOX 713096
COLUMBUS OH 43271-3096

CREDITOR ID: 552522-BI
INSIGHT OUT OF CHAOS
220 E 23RD ST STE 600
NEW YORK NY 10010

CREDITOR ID: 552523-BI
INSTAFF PERSONNEL
DRAWER 211 P O BOX 11407
BIRMINGHAM AL 35246-0211

CREDITOR ID: 252205-12
INSTAFF PERSONNEL
ATTN HUGH THOMAS
DRAWER 211 PO BOX 11407
BIRMINGHAM, AL 35246-0211

CREDITOR ID: 552524-BI
INSTAKEY SECURITY SYSTEM
1498 S LIPAN STREET
DENVER CO 80223

CREDITOR ID: 382976-51
INSTIL HEALTH SOLUTIONS
10680 TREENA ST, 5TH FLOOR
SAN DIEGO, CA 92131

CREDITOR ID: 552525-BI
INSTITUTE FOR PROFESSIONALS IN TAXATION
600 NORTHPARK TOWN CENTER
1200 ABERNATHY RD N E STE L-2
ATLANTA GA 30328

CREDITOR ID: 552526-BI
INSTORE MEDIA CORPORATION
PO BOX 43505
510 WHARTON CIRCLE SW
ATLANTA GA 30336

CREDITOR ID: 252212-12
INSTORE MEDIA CORPORATION
ATTN J WAYNE PAYNE, CONTROLLER
PO BOX 43505
510 WHARTON CIRCLE SW
ATLANTA, GA 30336

CREDITOR ID: 533686-CN
INSURANCE COMPANY OF NORTH AMERICA
ATTN LEGAL DEPARTMENT
436 WALNUT STREET
PHILADELPHIA PA 19106

CREDITOR ID: 252214-12
INSURANCE EXAMINERS INC
PO BOX 360595
BIRMINGHAM, AL 35236

CREDITOR ID: 552527-BI
INSURANCE SERVICE OFFICE INC
GENERAL POST OFFICE
PO BOX 27508
NEW YORK NY 10087-7508

CREDITOR ID: 382971-51
INSURX, INC.
4700 ROCKSIDE ROAD, SUITE 200
INDEPENDENCE, OH 44131

CREDITOR ID: 552529-BI
INTEGRATED BRANDS INC
PO BOX 30090
NEW YORK NY 10087-0090

CREDITOR ID: 552528-BI
INTEGRATED BRANDS INC
4175 VETERANS HWY 3RD FL
RONKONKOMA NY 11779

CREDITOR ID: 252216-12
INTEGRATED BRANDS INC
ATTN ANTHONY DELPIANO, CONTROLLER
4175 VETERANS HWY, 3RD FL
RONKONKOMA, NY 11779

CREDITOR ID: 534958-97
INTEGRATED BRANDS INC
ATTN: GARY STEVENS, PRES
4175 VETERANS HIGHWAY
RONKONKOMA NY 11779

CREDITOR ID: 278780-99
INTEGRATED PAYMENT SYSTEMS
C/O FRANK/GECKER LLP
ATTN: JOSEPH D FRANK/MICAH KROHN
325 N LASALLE ST, STE 625
CHICAGO IL 60610

CREDITOR ID: 397610-99
INTEGRATED PAYMENTS SERVICES INC
C/O LOWENSTEIN SANDLER PC
ATTN: ANUSIA GAYER/BRUCE NATHAN
1251 AVENUE OF THE AMERICAS
NEW YORK NY 10020

CREDITOR ID: 407417-15
INTEGRATED SUPPLY NETWORK
ATTN ROBIN JACKSON, A/R MGR
PO BOX 90009
LAKELAND FL 33804

CREDITOR ID: 552530-BI
INTEGRATED SUPPLY NETWORK
PO BOX 538243
ATLANTA GA 30353-8243

CREDITOR ID: 252218-12
INTEGRATED SUPPLY NETWORK
ATTN ROBIN JACKSON, A/R MGR
PO BOX 538243
ATLANTA, GA 30353-8243

CREDITOR ID: 552531-BI
INTEGRI TIME SOLUTIONS INC
PO BOX 922218
SYLMAR CA 91392-2218

CREDITOR ID: 552533-BI
INTELOGICA
BOX 130
3993 TYRONE BLVD STE 608
ST PETERSBURG FL 33709

CREDITOR ID: 552532-BI
INTELOGICA
26315 AMAPOLA
MISSION VIEJO CA 92691

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 406229-G4
INTELOGICA CORP
3993 TYRONE BLVD., BOX 130, 608
ST. PETERBURG FL 33709

CREDITOR ID: 382725-51
INTEPLAST GROUP
9 PEACH TREE HILL ROAD
LIVINGSTON, NJ 07039

CREDITOR ID: 552534-BI
INTEPLAST GROUP LTD
FILE 91256  PO BOX 1067
CHARLOTTE NC 28201

CREDITOR ID: 382968-51
INTEQ GROUP
1100 CENTENNIAL BLVD, SUITE 180
RICHARDSNO, TX 75081

CREDITOR ID: 382727-51
INTERACTIVE COMMUNICATIONS INTL INC
250 WILLIAMS STREET, SUITE M-100
ATLANTA, GA 30303

CREDITOR ID: 552536-BI
INTERAMERICAN QUALITY FOODS
306 W RHAPSODY
SAN ANTONIO TX 78216

CREDITOR ID: 252227-12
INTERCALL
PO BOX 281866
ATLANTA, GA 30384-1866

CREDITOR ID: 552537-BI
INTERCHANGE ASSOCIATES INC
190 SOUTH SYKES CREEK PARKWAY
SUITE 4
MERRITT ISLAND FL 32952

CREDITOR ID: 1464-07
INTERCHANGE ASSOCIATES INC
190 SOUTH SYKES CREEK PKWY., STE. 4
MERRITT ISLAND, FL 32952

CREDITOR ID: 252231-12
INTERCON ASSOCIATES INC
ATTN JOSEPH GOIS JR, VP OF FIN
95 ALLENS CREEK RD BLDG 2 SUITE 200
ROCHESTER, NY 14618

CREDITOR ID: 552538-BI
INTERESTED PARENT INC
8400 HAYNE BLVD
NEW ORLEANS LA 70127

CREDITOR ID: 552539-BI
INTERFORM SOLUTIONS
1901 MAYVIEW ROAD
PO BOX A
BRIDGEVILLE PA 15017-0206

CREDITOR ID: 552535-BI
INTER-JET SYSTEMS INC
PO BOX 300803
JFK INT'L AIRPORT
JAMAICA NY 11430-0803

CREDITOR ID: 552540-BI
INTERMARK FOODS
1355 NW 97TH AVENUE
MIAMI FL 33172

CREDITOR ID: 384176-47
INTERMARK FOODS
ATTN MARIA ELENA IBANEZ, PRES
1355 NW 97TH AVENUE
MIAMI, FL 33172

CREDITOR ID: 382964-51
INTERMOUNTAIN HEALTH CARE
36 SOUTH STATE STREET
SALT LAKE CITY, UT 84111

CREDITOR ID: 552541-BI
INTERNAL REVENUE SERVICE
7850 SW 6TH COURT STOP 5290
PLANTATION FL 33324

CREDITOR ID: 397259-70
INTERNAL REVENUE SERVICE
C/O US DEPARTMENT OF JUSTICE
ATTN ALBERTO GONZALES, ATTY GENERAL
950 PENNSYLVANIA AVENUE, NW
WASHINGTON DC 20530-0001

CREDITOR ID: 397259-70
INTERNAL REVENUE SERVICE
C/O US ATTORNEY, MDFL
ATTN PAUL I PEREZ, ESQ
300 N HOGAN STREET, SUITE 700
JACKSONVILLE FL 32202-4270

CREDITOR ID: 397259-70
INTERNAL REVENUE SERVICE
DEPARTMENT OF THE TREASURY
ATTN T BLAND, SBSE CS INSOLVENCY
STOP 5730, GROUP 4, TERRITORY 5
400 WEST BAY STREET, SUITE 35045
JACKSONVILLE, FL 32202-4437

CREDITOR ID: 552644-BI
INTERNAL REVENUE SERVICE
PO BOX 47-421
ATLANTA GA 30362-0421

CREDITOR ID: 552645-BI
INTERNAL REVENUE SERVICE
PO BOX 57
BENSALEM PA 19020

CREDITOR ID: 552643-BI
INTERNAL REVENUE SERVICE
PO BOX 2502
MEMPHIS TN 38101-2502

CREDITOR ID: 552642-BI
INTERNAL REVENUE SERVICE
PO BOX 24017
FRESNO CA 93779-4017

CREDITOR ID: 552641-BI
INTERNAL REVENUE SERVICE
PO BOX 219236
KANSAS CITY MO 64121-9236

CREDITOR ID: 552640-BI
INTERNAL REVENUE SERVICE
PO BOX 105421
ATLANTA GA 30348-5421

CREDITOR ID: 552639-BI
INTERNAL REVENUE SERVICE
MACH VENDOR
400 W. BAY STREET, SUITE 35045
STOP 5730-GRP 2
JACKSONVILLE FL 32202-4437

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 552638-BI
INTERNAL REVENUE SERVICE
850 TRAFALGAR COURT
SUITE 232
MAITLAND FL 32751-4141

CREDITOR ID: 552646-BI
INTERNAL REVENUE SERVICE - ACS
PO BOX 149047
AUSTIN TX 78714

CREDITOR ID: 252250-12
INTERNAL REVENUE SERVICE - ACS-CA
PO BOX 24017
FRESNO CA 93779-4017

CREDITOR ID: 399661-99
INTERNAL REVENUE SERVICE-FL
SPECIAL PROCEDURES - STOP 5720
400 W BAY ST, STE 35045
JACKSONVILLE FL 32202

CREDITOR ID: 252239-12
INTERNAL REVENUE SERVICE-FL
7850 SW 6TH COURT, STOP 5290
PLANTATION FL 33324

CREDITOR ID: 252247-12
INTERNAL REVENUE SERVICE-GA
PO BOX 47-421
ATLANTA, GA 30362-0421

CREDITOR ID: 252244-12
INTERNAL REVENUE SERVICE-MO
PO BOX 219420
KANSAS CITY, MO 64121

CREDITOR ID: 252243-12
INTERNAL REVENUE SERVICE-MO
PO BOX 219236
KANSAS CITY, MO 64121-9236

CREDITOR ID: 274941-99
INTERNAL REVENUE SERVICE-NY
ATTN: INSOLVENCY DEPT
290 BROADWAY, 5TH FL
NEW YORK NY 10007

CREDITOR ID: 252240-12
INTERNAL REVENUE SERVICE-OH
ACS
PO BOX 145566
CINCINNATI OH 45250-9943

CREDITOR ID: 252248-12
INTERNAL REVENUE SERVICE-PA
PO BOX 57
BENSALEM, PA 19020

CREDITOR ID: 241071-11
INTERNAL REVENUE SERVICES-GA
ACCOUNT NO.: 59-3652949
PO BOX 105421
ATLANTA, GA 30348-5421

CREDITOR ID: 252246-12
INTERNAL REVENUE SERVICE-TN
PO BOX 2502
MEMPHIS, TN 38101-2502

CREDITOR ID: 252241-12
INTERNAL REVENUE SERVICE-TN
IRS
MEMPHIS TN 37501-0030

CREDITOR ID: 252238-12
INTERNAL REVENUE SERVICE-TN
5333 GETWELL ROAD
MEMPHIS TN 38118

CREDITOR ID: 252249-12
INTERNAL REVENUE SERVICE-TX
PO BOX 660264
DALLAS TX 75266-0264

CREDITOR ID: 252253-12
INTERNATIONAL BAKERS  SVC
ATTN PAMELA A KRAWIEC, BOOKKEEPER
1902 NORTH SHERIDAN AVE
SOUTH BEND, IN 46628-1519

CREDITOR ID: 552647-BI
INTERNATIONAL BALER CORPORATION
PO BOX 6922
JACKSONVILLE FL 32236

CREDITOR ID: 397110-67
INTERNATIONAL BANKING, 1ST STATE BK
1770 INDIAN TRAIL ROAD
NORCROSS, GA 30093

CREDITOR ID: 552648-BI
INTERNATIONAL CATASTROPHE SOLUTIONS
4000 WENDELL DRIVE
ATLANTA GA 30336

CREDITOR ID: 552649-BI
INTERNATIONAL COLD STORAGE
21709 NETWORK PLACE
CHICAGO IL 60673-1217

CREDITOR ID: 382961-51
INTERNATIONAL COMMUNITY ALLIANCE
PO BOX 2381
RANCHO CORDOVA, CA 95741

CREDITOR ID: 552650-BI
INTERNATIONAL COUNCIL OF SHOPPING CENTER
PO BOX 26958
NEW YORK NY 10087-6958

CREDITOR ID: 252265-12
INTERNATIONAL DAIRY FOODS ASSO
1250 H STREET NW SUITE 900
WASHINGTON, DC 20005

CREDITOR ID: 552651-BI
INTERNATIONAL FROZEN FOODS
PO BOX 834
SALINAS CA 93902-0834

CREDITOR ID: 533687-CN
INTERNATIONAL INSURANCE CO
L'AVENIR OPLADEN WAY
BRACKNELL
BERKSHIRE  RGAS 0PH
UNITED KINGDOM

CREDITOR ID: 252268-12
INTERNATIONAL LASER GROUP
PO BOX 686
WOODLAND HILLS, CA 91365-0686

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 552652-BI<br>INTERNATIONAL LASER GROUP<br>PO BOX 686<br>WOODLAND HILLS CA 91365-0686 | CREDITOR ID: 252269-12<br>INTERNATIONAL MULTIFOODS<br>135 S LASALLE<br>DEPT 1913<br>CHICAGO, IL 60674-1913 | CREDITOR ID: 552653-BI<br>INTERNATIONAL MULTIFOODS<br>135 S LASALLE<br>DEPT 1913<br>CHICAGO IL 60674-1913 |
| CREDITOR ID: 399653-15<br>INTERNATIONAL OUTSOURCING SERVICES<br>ATTN TRISHA BRIDGES<br>1600 W BLOOMFIELD RD, SUITE A<br>BLOOMINGTON IN 47403 | CREDITOR ID: 552657-BI<br>INTERNATIONAL PAPER<br>PO BOX 644095<br>PITTSBURGH PA 15264-4095 | CREDITOR ID: 552656-BI<br>INTERNATIONAL PAPER<br>PO BOX 532629<br>ATLANTA GA 30353-2629 |
| CREDITOR ID: 552655-BI<br>INTERNATIONAL PAPER<br>PO BOX 532629<br>ATLANTA GA 30353-2629 | CREDITOR ID: 552654-BI<br>INTERNATIONAL PAPER<br>PO BOX 120978<br>DALLAS TX 75312-0978 | CREDITOR ID: 382955-51<br>INTERNATIONAL PHARMACY MANAGEMENT<br>110 12TH STREET NORTH<br>BIRMINGHAM, AL 35203 |
| CREDITOR ID: 552658-BI<br>INTERNATIONAL REFRIGERATED DOOR CO<br>1850 WAMBOLT STREET<br>UNIT 9<br>JACKSONVILLE FL 32202 | CREDITOR ID: 410499-15<br>INTERNATIONAL REFRIGERATED DOOR CO<br>C/O TRITT & FRANSON, PA<br>ATTN ALBERT T FRANSON, ESQ<br>707 PENINSULAR PLACE<br>JACKSONVILLE FL 32204 | CREDITOR ID: 252274-12<br>INTERNATIONAL SEC & INVES, INC<br>ATTN TERRY W UPCHURCH, PRES<br>988 DERBYSHIRE DRIVE<br>KISSIMMEE FL 34758 |
| CREDITOR ID: 552659-BI<br>INTERNATIONAL SECURITY AND INVESTIGATION<br>988 DERBYSHIRE DRIVE<br>KISSIMMEE FL 34758 | CREDITOR ID: 552660-BI<br>INTERNATIONAL SPORTS PROPERTIES<br>140 CLUB OAKS COURT<br>WINSTON SALEM NC 27104 | CREDITOR ID: 252280-12<br>INTERNET COMMERCE CORPORATION<br>ATTN CRAIG WRIGHT<br>6025 THE CORNERS PARKWAY STE 100<br>NORCROSS GA 30092-3328 |
| CREDITOR ID: 552661-BI<br>INTERNET COMMERCE CORPORATION<br>LOCKBOX W510473<br>PO BOX 7777<br>PHILADELPHIA PA 19175-0473 | CREDITOR ID: 382730-51<br>INTERSOURCE, INC<br>ATTN: ANGELA PANUCCIO<br>2111 EAST HIGHLAND AVE, STE B-375<br>PHOENIX, AZ 82016 | CREDITOR ID: 552662-BI<br>INTERSTATE BATTERIES<br>2207 SOUTH FORBES DRIVE<br>MONTGOMERY AL 36110 |
| CREDITOR ID: 395671-65<br>INTERSTATE BATTERY SYSTEM<br>4100 N POWERLINE RD, SUITE U-1<br>POMPANO BEACH, FL 33073 | CREDITOR ID: 552665-BI<br>INTERSTATE BRANDS CORP<br>PO BOX 2497<br>FLORENCE SC 29503-2497 | CREDITOR ID: 552664-BI<br>INTERSTATE BRANDS CORP<br>PO BOX 10663<br>BIRMINGHAM AL 35203 |
| CREDITOR ID: 552663-BI<br>INTERSTATE BRANDS CORP<br>PO BOX 100435<br>ATLANTA GA 30384-0435 | CREDITOR ID: 552666-BI<br>INTERSTATE BRANDS CORP<br>PO BOX 571<br>ROCKY MOUNT NC 27802 | CREDITOR ID: 552667-BI<br>INTERSTATE BRANDS CORP<br>PO BOX 591<br>ROCKY MOUNT NC 27802 |
| CREDITOR ID: 552770-BI<br>INTERSTATE BRANDS CORPORATION<br>PO BOX 30000<br>ORLANDO FL 32891-9998 | CREDITOR ID: 552769-BI<br>INTERSTATE BRANDS CORPORATION<br>PO BOX 277389<br>ATLANTA GA 30384-7389 | CREDITOR ID: 552768-BI<br>INTERSTATE BRANDS CORPORATION<br>PO BOX 277389<br>ATLANTA GA 30384-7389 |

SERVICE LIST
Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims

**DEBTOR:     WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 552767-BI<br>INTERSTATE BRANDS CORPORATION<br>PO BOX 1000<br>DEPT 546<br>MEMPHIS TN 38148-0546 | CREDITOR ID: 411104-15<br>INTERSTATE BRANDS CORPORATION<br>C/O SHOOK HARDY & BACON LLP<br>ATTN TODD W RUSKAMP, ESQ<br>2555 GRAND BOULEVARD<br>KANSAS CITY MO 64108-2613 | CREDITOR ID: 552771-BI<br>INTERSTATE BRANDS MERITA<br>3100 NORTHWEST DRIVE<br>KNOXVILLE TN 37921 |
| CREDITOR ID: 552772-BI<br>INTERSTATE BRANDS/MERITA<br>PO BOX 28489<br>JACKSONVILLE FL 32226-8489 | CREDITOR ID: 552773-BI<br>INTERSTATE BRANDS/MERITA<br>P O BOX 28489<br>JACKSONVILLE FL 32226-8489 | CREDITOR ID: 552775-BI<br>INTERSTATE EXPRESS INC<br>PO BOX 52586<br>TULSA OK 74152 |
| CREDITOR ID: 552774-BI<br>INTERSTATE EXPRESS INC<br>PO BOX 26485<br>OKLAHOMA CITY OK 73126-0485 | CREDITOR ID: 533688-CN<br>INTERSTATE FIRE AND CASUALTY<br>ATTN: LEGAL DEPARTMENT<br>33 WEST MONROE STREET<br>CHICAGO IL 60603 | CREDITOR ID: 252303-12<br>INTERSTATE FOOD PROCESSING CORP<br>PO BOX 26762<br>SALT LAKE CITY, UT 84126 |
| CREDITOR ID: 252306-12<br>INTERSTATE OIL CO<br>PO BOX 967<br>MONTGOMERY, AL 36101-0967 | CREDITOR ID: 552776-BI<br>INTERSTATE OIL CO<br>PO BOX 967<br>MONTGOMERY AL 36101-0967 | CREDITOR ID: 552777-BI<br>INTERSTATE PROMOTIONS INC<br>5315 VOGES ROAD<br>MADISON WI 53718 |
| CREDITOR ID: 552778-BI<br>INTERSTATE SIGN CO INC<br>1990 ROCKFORD STREET<br>MOUNT AIRY NC 27030-5202 | CREDITOR ID: 552779-BI<br>INTERTEL TECHNOLOGIES<br>P O BOX 550671<br>TAMPA FL 33655-0671 | CREDITOR ID: 552780-BI<br>INTESOURCE<br>2111 E HIGHLAND AVENUE<br>SUITE #B375<br>PHOENIX AZ 85016 |
| CREDITOR ID: 1466-07<br>INTRACOASTAL MALL LLC<br>C/O RAM REALTY SERVICES<br>3399 PGA BLVD., SUITE 450<br>PALM BEACH GARDENS, FL 33410 | CREDITOR ID: 552781-BI<br>INTRACOASTAL MALL LLC<br>%RAM REALTY SERVICES<br>3399 PGA BLVD  STE 450<br>PALM BEACH GARDENS FL 33410 | CREDITOR ID: 552782-BI<br>INTRAFISH MEDIA<br>701 DEXTER AVENUE NORTH STE 410<br>ATTN: ACCOUNTS RECEIVABLE<br>SEATTLE WA 98109 |
| CREDITOR ID: 552783-BI<br>INTRANSIT INC<br>PO BOX 403526<br>ATLANTA GA 30384-3526 | CREDITOR ID: 252317-12<br>INVERNESS MEDICAL INC<br>PO BOX 846047<br>BOSTON, MA 02284-6047 | CREDITOR ID: 552784-BI<br>INVERNESS MEDICAL INC<br>PO BOX 846047<br>BOSTON MA 02284-6047 |
| CREDITOR ID: 411059-15<br>INVERNESS MEDICAL, INC.<br>ATTN DUANE L JAMES, TREASURER<br>51 SAWYER ROAD, SUITE 200<br>WALTHAM MA 02453 | CREDITOR ID: 1467-RJ<br>INVESCO LP<br>C/O W C WILBUR & CO<br>PO BOX 5225<br>NORTH CHARLESTON, SC 29405 | CREDITOR ID: 1467-RJ<br>INVESCO LP<br>C/O BUIST MOORE SMYTHE MCGEE PA<br>ATTN CHARLES P SUMMERALL IV, ESQ<br>PO BOX 999<br>CHARLESTON SC 29402 |
| CREDITOR ID: 555946-BC<br>INZA, YALENNYS<br>660 W 70PL<br>HIALEAH FL 33014 | CREDITOR ID: 555947-BC<br>INZERILLO, CHARLENE<br>3727 39TH AVE N<br>SAINT PETERSBURG FL 33714 | CREDITOR ID: 382733-51<br>IOS<br>501 SOUTH MADISON AVE<br>BLOOMINGTON, IN 47403 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

CREDITOR ID: 552785-BI
IOS LLC
1600  BLOOMFIELD ROAD
SUITE A
ATTN DATA SERVICES DIVISION
BLOOMINGTON IN 47403

CREDITOR ID: 552786-BI
IOS LLC
PO BOX 842517
BOSTON MA 02284-2517

CREDITOR ID: 552787-BI
IOTA ELEMENTARY SCHOOL
470 W KENNEDY
IOTA LA 70543

CREDITOR ID: 552788-BI
IOTA HIGH SCHOOL
456 SOUTH 5TH ST
IOTA LA 70543

CREDITOR ID: 552789-BI
IOTA MIDDLE SCHOOL
426 S FIFTH ST
IOTA LA 70543

CREDITOR ID: 382735-51
IP MONITOR
15 GAMELIN BLVD, SUITE 500
GATINEAU, QC J8Y 1V4
CANADA

CREDITOR ID: 252329-12
IPC SUPPLY INC
PO BOX 1987
ANDERSON, SC 29622

CREDITOR ID: 552790-BI
IPC SUPPLY INC
PO BOX 1987
ANDERSON SC 29622

CREDITOR ID: 552791-BI
IPF HEIGHTS LIMITED PARTNERSHIP
C/O INFINITY PROPERTY MGMT CORP
PACES WEST BUILDING ONE
2727 PACES FERRY RD SUITE 1-1650
ATLANTA GA 30339

CREDITOR ID: 1468-07
IPF HEIGHTS LIMITED PARTNERSHIP
C/O INFINITY PROPERTY MGMT CORP
PACES WEST BUILDING ONE
2727 PACES FERRY RD SUITE 1-1650
ATLANTA, GA 30339

CREDITOR ID: 1469-07
IPF/CAPITAL LIMITED PARTNERSHIP
C/O INFINITY PROPERTY MGMT. CORP.
2727 PACES FERRY ROAD, SUITE 1
ATLANTA, GA 30339

CREDITOR ID: 411131-15
IPF/CAPITAL LIMITED PARTNERSHIP
ATTN MICHAEL S HOCHBERGER, VP
2 ROCK HILL LANE
BROOKVILLE NY 11545

CREDITOR ID: 552792-BI
IPF/CAPITAL LIMITED PARTNERSP
C/O INFINITY PROPERTY MGMT CORP
2727 PACES FERRY ROAD SUITE 1-1650
PACE WEST BLDG ONE
ATLANTA GA 30339

CREDITOR ID: 252331-12
IPF/CAPITAL LIMITED PARTNERSP
C/O INFINITY PROPERTY MGMT CORP
PACE WEST BLDG ONE
2727 PACES FERRY ROAD SUITE 1-1650
ATLANTA, GA 30339

CREDITOR ID: 252331-12
IPF/CAPITAL LIMITED PARTNERSP
C/O BART & SCHWARTZ, LLP
ATTN LAWRENCE J SCHWARTZ, ESQ.
ONE HUNTINGTON QUADRANGLE, STE 2S12
MELVILLE NY 11747

CREDITOR ID: 411153-15
IPF/HEIGHTS LP
C/O BART & SCHWARTZ, LLP
ATTN LAWRENCE J SCHWARTZ, ESQ.
ONE HUNTINGTON QUADRANGLE, STE 2S12
MELVILLE NY 11747

CREDITOR ID: 411153-15
IPF/HEIGHTS LP
C/O INFINITY PROPERTY MGMT. CORP.
PACES WEST BUILDING ONE
2727 PACES FERRY ROAD, SUITE 1-1650
ATLANTA GA 30339

CREDITOR ID: 411154-15
IPH/HEIGHTS LP
ATTN MICHAEL S HOCHBERGER, PRES
2 ROCK HILL LANE
BROOKVILLE NY 11545

CREDITOR ID: 552793-BI
IPM SOUTHEAST
P O BOX 2754
202 E MAPLE ST
DAVENPORT FL 33836-2754

CREDITOR ID: 552794-BI
IPT INC
PO BOX 53256
PETTISVILLE OH 43553

CREDITOR ID: 252339-12
IRACAR FOOD DISTRIBUTORS INC
ATTN CARLOS JURE, PRES
2134 NW 24TH AVENUE
MIAMI, FL 33142

CREDITOR ID: 408313-99
IRBY LAW FIRM
ATTN: ALBERT ADAMS
PO BOX 910
EUFAULA AL 36072

CREDITOR ID: 150813-09
IRBY, KEELIN
3506 BULLOCK AVE
AUGUSTA GA 30906

CREDITOR ID: 552795-BI
IRISH ROSE LOGISTICS
2991 SHANGRI LA DRIVE
CONOVER NC 28613

CREDITOR ID: 536190-BA
IRISH, BARNETTIE
104 52ND AVE. WEST
BRADENTON FL 34202

CREDITOR ID: 536191-BA
IRIZARRY, MARICELA
805 VANMESS CIR
LONGWOOD FL 32750

CREDITOR ID: 411300-15
IRON MOUNTAIN 'IPM' FKA DSI
C/O RMS/D & B BANKRUPTCY SVCS
PO BOX 5126
TIMONIUM  MD 21094

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 552796-BI<br>IRON MOUNTAIN OFF SITE DATA PROTECTION<br>PO BOX 27129<br>NEW YORK NY 10087-7129 | CREDITOR ID: 384178-47<br>IRON MOUNTAIN OFF SITE DATA PROTECTION<br>PO BOX 27129<br>NEW YORK, NY 10087-7129 | CREDITOR ID: 552898-BI<br>IRON OUT INC<br>4025 RELIABLE PARKWAY<br>CHICAGO IL 60686-0040 |
| CREDITOR ID: 452132-15<br>IRON OUT, INC<br>ATTN TA MAYER/J DIDIER, CFO<br>1515 DIVIDEND ROAD<br>FORT WAYNE IN 46808 | CREDITOR ID: 240500-06<br>IRP UNIT OFFICE OF MOTOR VEHICLES<br>7979 INDEPENDENCE BLVD, STE 101<br>BATON ROUGE, LA 70806-6409 | CREDITOR ID: 2320-07<br>IRT PARTNERS LP<br>PO BOX 101384<br>ATLANTA, GA 30392-1384 |
| CREDITOR ID: 552899-BI<br>IRT PARTNERS LP<br>P O BOX 101384<br>STORE#2087<br>ATLANTA GA 30392-1384 | CREDITOR ID: 1471-07<br>IRT PARTNERS LP EQUITY ONE REA<br>PO BOX 01-9170<br>MIAMI , FL 33101-9170 | CREDITOR ID: 552900-BI<br>IRT PARTNERS LP EQUITY ONE REALTY & MGMT<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 |
| CREDITOR ID: 410788-15<br>IRT PARTNERS, LP<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 | CREDITOR ID: 552902-BI<br>IRT PROPERTY COMPANY<br>PO BOX 945793<br>ATLANTA GA 30394-5793 | CREDITOR ID: 552901-BI<br>IRT PROPERTY COMPANY<br>PO BOX 404716<br>EQUITY ONE REALTY & MGT SE INC<br>ATLANTA GA 30384-4716 |
| CREDITOR ID: 1472-07<br>IRT PROPERTY COMPANY<br>PO BOX 945793<br>ATLANTA, GA 30394-5793 | CREDITOR ID: 535040-32<br>IRVING TISSUE<br>ATTN: DAVID BATES<br>100 MIDLAND DRIVE<br>DIEPPE NB EIA 6X4<br>CANADA | CREDITOR ID: 552905-BI<br>IRVING TISSUE INC<br>PO BOX 71568<br>CHICAGO IL 60694-1568 |
| CREDITOR ID: 552904-BI<br>IRVING TISSUE INC<br>PO BOX 71568<br>CHICAGO IL 60694-1568 | CREDITOR ID: 552903-BI<br>IRVING TISSUE INC<br>LOCKBOX #33058<br>NEWARK NJ 07188-0058 | CREDITOR ID: 536192-BA<br>IRVING, ROBERT<br>211 CIRCLE DRIVE<br>PANAMA CITY FL 32413 |
| CREDITOR ID: 552906-BI<br>IRWIN<br>PO BOX 8206<br>JUPITER FL 33468-8206 | CREDITOR ID: 552907-BI<br>IRWIN MARKETING<br>9250 BAYMEADOWS ROAD<br>SUITE 350<br>JACKSONVILLE FL 32256 | CREDITOR ID: 552908-BI<br>IRWIN NATURAL<br>5310 BEETHOVEN STREET<br>LOS ANGELES CA 90066-7015 |
| CREDITOR ID: 536193-BA<br>IRWIN, LILLIE<br>1601 6TH AVE<br>PICAYUNE MS 39466 | CREDITOR ID: 391799-55<br>IRWIN, THOMAS<br>C/O MORGAN & MORGAN, PA<br>ATTN CLEMENT HYLAND, ESQ<br>PO BOX 4979<br>ORLANDO FL 32802 | CREDITOR ID: 536194-BA<br>ISAZA, IRMA<br>5850 NW 57 AVE, APT 2<br>TAMARAC FL 33319 |
| CREDITOR ID: 538231-BA<br>ISAZA, IRMA<br>C/O WITES & KAPETAN, P.A.<br>ATTN:  ALEX KAPETAN JR. ESQ<br>4400 N. FEDERAL HWY<br>LIGHTHOUSE POINT FL 33064 | CREDITOR ID: 492844-15<br>ISD OF CYPRESS-FAIRBANKS<br>C/O LINEBARGER GOGGAN BLAIR ET AL<br>ATTN: JOHN P DILLMAN, ESQ<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | CREDITOR ID: 492844-15<br>ISD OF CYPRESS-FAIRBANKS<br>PO BOX 692003<br>HOUSTON TX 77269-2003 |

SERVICE LIST
Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

CREDITOR ID: 538232-BA
ISHEM, VIOLA
C/O LAW OFFICE OF G. KARL BERNARD
ATTN:  G KARL BERNARD
1615 POYDRAS ST, STE 971
NEW ORLEANS LA 70112

CREDITOR ID: 536195-BA
ISHEM, VIOLA
C/O G. KARL BERNARD
NEW ORLEANS LA 70112

CREDITOR ID: 391897-55
ISHMAEL, DEBORAH
C/O BRENT C MILLER, PA
ATTN THOMAS D HIPPELHEUSER, ESQ
205 E BURLEIGH BLVD
TAVARES FL 32778

CREDITOR ID: 388149-54
ISLAM, SHEIKH
MERRITT AND WATSON, PA
ATTN RONALD H WATSON, ESQ
1500 EAST ORANGE AVENUE
EUSTIS FL 32726-4399

CREDITOR ID: 388149-54
ISLAM, SHEIKH
2505 SPRING HARBOR CIR APT 8
MOUNT DORA FL 32757-1906

CREDITOR ID: 552913-BI
ISLAND DESIGNS INC
2603 N OCEAN DR STE L
SINGER ISLAND FL 33404-4733

CREDITOR ID: 411308-15
ISLAND PACKET, THE
ATTN SUSAN L DE TORRE, FINANCE DIR
PO BOX 5727
HILTON HEAD SC 29938

CREDITOR ID: 552914-BI
ISLAND PLAZA LLC
1000 VENETIAN WAY
SUITE 810
MIAMI FL 33139

CREDITOR ID: 1473-07
ISLAND PLAZA LLC
ATTN RICHARD S YOUNG
1000 VENETIAN WAY, SUITE 810
MIAMI, FL 33139

CREDITOR ID: 552915-BI
ISLANDER NEWS
104 CRANDON BLVD SUITE 301
KEY BISCAYNE FL 33149

CREDITOR ID: 552916-BI
ISN INTEGRATED SUPPLY NETWORK
PO BOX 538243
ATLANTA GA 30353-8243

CREDITOR ID: 252370-12
ISN INTEGRATED SUPPLY NETWORK
PO BOX 538243
ATLANTA, GA 30353-8243

CREDITOR ID: 536196-BA
ISOM, LYNN
#2 HATHAWAY HEIGHTS
ANNISTON AL 36207

CREDITOR ID: 538233-BA
ISOM, LYNN
C/O ISOM AND STANKO LLC
ATTN:  CHARLES G STANKO ESQ
P.O. BOX 2066
1021 NOBLE STREET STE100
ANNISTON AL 36202

CREDITOR ID: 1474-07
ISRAM REALTY & MANAGEMENT INC
C/O ISRAM ESCROW/FOREST EDGE
506 SOUTH DIXIE HIGHWAY
HALLANDALE, FL 33009

CREDITOR ID: 405881-99
ISRAM REALTY & MANAGEMENT INC
C/O SAUL EWING LLP
ATTN: JOYCE A KUHNS, ESQ
LOCKWOOD PLACE
500 EAST PRATT STREET
BALTIMORE MD 20202

CREDITOR ID: 552918-BI
ISRAM REALTY & MANAGEMNET INC
C/O ISRAM ESCROW/FOREST EDGE
506 SOUTH DIXIE HIGHWAY
HALLANDALE FL 33009

CREDITOR ID: 555948-BC
ISRIEL, M
24100 SW 122 AVENUE
HOMESTEAD FL 33032

CREDITOR ID: 555949-BC
ISSAC (MINOR), TATIANA
214 NW 17TH AVE
OCALA FL 34475

CREDITOR ID: 390550-55
ISTIBAN, SUAD
C/O BRUMER & BRUMER, PA
ATTN MARC L BRUMMER, ESQ
1 SE 3RD AVE, SUITE 2900
MIAMI FL 33131

CREDITOR ID: 37781-05
ISTRE, MICHAEL J
C/O WINN-DIXIE STORES, INC.
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

CREDITOR ID: 406806-MS
ISTRE, MICHAEL J
VP OF OPERATIONS
145 ST JOHNS FOREST BLVD
JACKSONVILLE FL 32259

CREDITOR ID: 492895-FC
ISTRE, MICHAEL J
145 ST JOHN'S FOREST BLVD
JACKSONVILLE FL 32259

CREDITOR ID: 552920-BI
ISTROUMA AREA COUNCIL BSA
PO BOX 66676
BATON ROUGE LA 70896

CREDITOR ID: 553651-BI
I-TECH PERSONNEL SERVICE INC
622 CASSAT AVE
SUITE 13
JACKSONVILLE FL 32205

CREDITOR ID: 251977-12
I-TECH PERSONNEL SERVICES, INC
ATTN MARCO H TRAN, PRES
PO BOX 60846
JACKSONVILLE, FL 32236

CREDITOR ID: 552921-BI
ITEM
PO BOX 1677
SUMTER SC 29150-1677

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 552922-BI<br>ITRADE NETWORK INC<br>DEPT CH 17307<br>PALATINE IL 60055-7307 | CREDITOR ID: 380958-47<br>ITRADE NETWORK INC<br>DEPT CH 17307<br>PALATINE, IL 60055-7307 | CREDITOR ID: 406230-G4<br>ITRADE NETWORK INC.<br>2600 KITTY HAWK RD, #115<br>LIVERMORE CA 84550 |
| CREDITOR ID: 403779-94<br>ITTNER, CURTIS<br>789 BOSTWICK DRIVE<br>KEY LARGO FL 33037 | CREDITOR ID: 536197-BA<br>ITURRALDE, NIEVES<br>370 W. 11TH STREET<br>HIALEAH FL 33010 | CREDITOR ID: 538234-BA<br>ITURRALDE, NIEVES<br>C/O DEL AMO & SEGUROLA, P.L.L.C<br>ATTN:  CARLOS DEL AMO<br>3211 PONCE DE LEON BLVD.<br>CORAL GABLES FL 33134 |
| CREDITOR ID: 397649-72<br>ITW GALE WRAP<br>75 REMITTANCE DRIVE, STE 1643<br>CHICAGO, IL 60675-1643 | CREDITOR ID: 552923-BI<br>ITW GALEWRAP<br>75 REMITTANCE DRIVE<br>SUITE 6813<br>CHICAGO IL 60675-6813 | CREDITOR ID: 552924-BI<br>ITW INSULATED PRODUCTS<br>36103 TREASURY CENTER<br>CHICAGO IL 60694-6100 |
| CREDITOR ID: 552925-BI<br>ITW SHIPPERS PRODUCTS<br>PO BOX 71884<br>CHICAGO IL 60694-1884 | CREDITOR ID: 552926-BI<br>ITW STRETCH PACKAGING SYS<br>75 REMITTANCE DR STE 1643<br>CHICAGO IL 60675-1643 | CREDITOR ID: 552927-BI<br>ITW STRETCH PACKAGING SYS<br>75 REMITTANCE DR STE 6813<br>CHICAGO IL 60675-6813 |
| CREDITOR ID: 252378-12<br>ITW STRETCH PACKAGING SYS<br>ATTN THOMAS M MATCZAK<br>75 REMITTANCE DR STE 1643<br>CHICAGO, IL 60675-1643 | CREDITOR ID: 539055-15<br>ITW STRETCH PACKAGING SYS<br>3456 RIDGE AVE<br>ARLINGTON HEIGHTS IL 60004 | CREDITOR ID: 555950-BC<br>IVANKOW, JEAN<br>4222 ROY ST<br>ORLANDO FL 32812 |
| CREDITOR ID: 555951-BC<br>IVANOSKI, MARION<br>3233 NE 34TH STREET<br>APT 403<br>FORT LAUDERDALE FL 33308 | CREDITOR ID: 552929-BI<br>IVANS UPHOLSTERY<br>32159 STEWART DRIVE<br>DENHAM SPRINGS LA 70726 | CREDITOR ID: 552928-BI<br>IV-D CASHIER<br>DEPT HUMAN SERV<br>PO BOX 1098<br>AUGUSTA ME 04332 |
| CREDITOR ID: 1475-07<br>IVEY ELECTRIC COMPANY<br>ATTN JAMES W IVEY, PRESIDENT<br>PO BOX 211<br>SPARTANBURG SC 29304 | CREDITOR ID: 2325-07<br>IVEY ELECTRIC COMPANY<br>PO BOX 211<br>SPARTANBURG, SC 29304 | CREDITOR ID: 553027-BI<br>IVEY ELECTRIC COMPANY<br>PO BOX 211<br>SPARTANBURG SC 29304 |
| CREDITOR ID: 1475-07<br>IVEY ELECTRIC COMPANY<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 407776-99<br>IVEY ELECTRIC COMPANY<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 539062-15<br>IVEY ELECTRIC COMPANY<br>671 SPRINGFIELD RD<br>SPARTANBURG SC 29303 |
| CREDITOR ID: 555952-BC<br>IVEY, CAROLYN<br>P O BOX 431544<br>MIAMI FL 33243 | CREDITOR ID: 252386-12<br>IVEYS TOWING & TRANSPORT INC<br>ATTN GARY LVEY<br>2216 AUBURN RD<br>RALEIGH, NC 27610 | CREDITOR ID: 536198-BA<br>IVISON, MARILYN<br>4541 PORTAGE TRAIL<br>MELBOURNE FL 32940 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 492823-15
IVISON, MARILYN
4541 PORTAGE TRAIL
MELBOURNE FL 32940

CREDITOR ID: 252388-12
IVORY CLEANERS
201 US HIGHWAY 1
JUPITER, FL 33477

CREDITOR ID: 553028-BI
IVORY CLEANERS
201 US HIGHWAY 1
JUPITER FL 33477

CREDITOR ID: 252389-12
IWANNA INC
PO BOX 15228
ASHEVILLE, NC 28813

CREDITOR ID: 553033-BI
IWANNA INC
P O BOX 15228
ASHEVILLE NC 28813

CREDITOR ID: 252390-12
IWANNA OF SOUTH CAROLINA
PO BOX 5398
GREENVILLE, SC 29606

CREDITOR ID: 553034-BI
IWANNA OF SOUTH CAROLINA
P O BOX 5398
GREENVILLE SC 29606

CREDITOR ID: 553035-BI
IWANTA
725 EAST MARTINTOWN RD
NORTH AUGUSTA SC 29841

CREDITOR ID: 555953-BC
IZURIETA, MINDY
1421 WINDY BLUFF DR.
MINNEOLA FL 34715

CREDITOR ID: 553036-BI
J & D PRODUCE
PO BOX 200677
HOUSTON TX 77216-0677

CREDITOR ID: 553037-BI
J & J FOODS
181 SOUTH HWY 27
SOMERSET KY 42501

CREDITOR ID: 553039-BI
J & J SNACK FOODS CORP
PO BOX 7777-W2855
PHILADELPHIA PA 19175

CREDITOR ID: 553038-BI
J & J SNACK FOODS CORP
BOX 2855
PHILADELPHIA PA 19175-2855

CREDITOR ID: 553041-BI
J & J TELEPHONE SERVICE
C/O THE BANK OF TUSCALOOSA
PO BOX 3086
TUSCALOOSA AL 35403

CREDITOR ID: 553040-BI
J & J TELEPHONE SERVICE
3925 ANDREWS STREET EAST
TUSCALOOSA AL 35405

CREDITOR ID: 553042-BI
J & J TOWING
5613 N W 8TH ST
MARGATE FL 33063

CREDITOR ID: 553043-BI
J & P KHAMKEN INDUSTRIES INC
3445 LOWER WETUMPKA ROAD
MONTGOMERY AL 36110-1728

CREDITOR ID: 553045-BI
J A WRIGHT & CO
PO BOX 74576
CHICAGO IL 60690-8576

CREDITOR ID: 553046-BI
J AND B DISPOSAL INC
2076 HIGHLANDS RD
FRANKLIN NC 28734-2761

CREDITOR ID: 553047-BI
J B ELLIS LOCKSMITH
110 GRIGG STREET
SHELBY NC 28150

CREDITOR ID: 553048-BI
J B HUNT TRANSPORT INC
PO BOX 1067
FILE #98545
CHARLOTTE NC 28201-1067

CREDITOR ID: 553051-BI
J B LEVERT LAND CO INC
PO BOX 920
LULING LA 70070

CREDITOR ID: 553050-BI
J B LEVERT LAND CO INC
PO BOX 518
METAIRIE LA 70004-0518

CREDITOR ID: 553049-BI
J B LEVERT LAND CO INC
PO BOX 518
METAIRE LA 70004-0518

CREDITOR ID: 553052-BI
J B MARTIN MIDDLE SCHOOL
P O BOX 1468
PARADIS LA 70080

CREDITOR ID: 553053-BI
J B MATHEWS, CO.
2036 APEX COURT
APOPKA FL 32703

CREDITOR ID: 553054-BI
J C BELL TRUSTEE
LOCK P O BOX 871
HATTIESBURG MS 39403-0871

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 553055-BI<br>J C ELLIS ELEMENTARY<br>801 BROCKENBRAUGH COURT<br>METARIRIE LA 70005 | CREDITOR ID: 553056-BI<br>J D ESCO INC<br>ELECTRICAL CONTRACTOR<br>3107 25TH AVE UNIT A<br>TUSCALOOSA AL 35401 | CREDITOR ID: 553057-BI<br>J F GAUTHIER SCHOOL<br>2214 BOBOLINK ST<br>ST BERNARD LA 70085 |
| CREDITOR ID: 553058-BI<br>J G VAN HOLTEN & SON INC<br>PO BOX 66<br>WATERLOO WI 53594-0066 | CREDITOR ID: 553159-BI<br>J GORDON ROTHWELL PA<br>560 1ST AVENUE N<br>ST PETERSBURG FL 33701 | CREDITOR ID: 403322-83<br>J GORDON ROTHWELL, PA<br>ATTN J GORDON ROTHWELL, PRESIDENT<br>560 1ST AVENUE NORTH<br>ST PETERSBURG FL 33701 |
| CREDITOR ID: 403322-83<br>J GORDON ROTHWELL, PA<br>DAVID B MCEWEN, PA<br>ATTN DAVID B MCEWEN, ESQ<br>BAYVIEW TOWER<br>100 FIRST AVENUE SOUTH, STE 340<br>ST PETERSBURG FL 33701 | CREDITOR ID: 553160-BI<br>J H WILLIAMS MIDDLE SCHOOL<br>1105 PRAIRIE AVE<br>ABBEVILLE LA 70510 | CREDITOR ID: 553161-BI<br>J I BARREN ELEMENTARY<br>3655 HOLLOWAY RD<br>PINEVILLE LA 71360 |
| CREDITOR ID: 553162-BI<br>J J H SERVICES INC<br>PO BOX 471<br>HARVEY LA 70059-0471 | CREDITOR ID: 553163-BI<br>J J KELLER & ASSOCIATES INC<br>PO BOX 548<br>NEENAH WI 54957-0548 | CREDITOR ID: 553164-BI<br>J L CLARK<br>12871 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 |
| CREDITOR ID: 553165-BI<br>J L ROGERS & CALLCOTT ENG INC<br>ATTN ACCT RECEIVABLE<br>PO BOX 5655<br>GREENVILLE SC 29606-5655 | CREDITOR ID: 553166-BI<br>J LAGATTA/CATAMOUNT ROCKINGHAM LLC<br>NEVADA STATE BANK ATTN:R TEIXEIRA<br>1W LIBERTY ST. FOR CREDIT TO:<br>TRUST ACCT# 542039011<br>RENO NV 89501 | CREDITOR ID: 553167-BI<br>J LEEK ASSOCIATES INC<br>PO BOX 50395<br>ALBANY GA 31703 |
| CREDITOR ID: 553170-BI<br>J M SMUCKER COMPANY<br>USE V# 100151<br>FEDI VENDOR<br>DEPT AT 952091<br>ATLANTA GA 31192-2091 | CREDITOR ID: 553169-BI<br>J M SMUCKER COMPANY<br>DEPT AT 952091<br>ATLANTA GA 31192-2091 | CREDITOR ID: 553168-BI<br>J M SMUCKER COMPANY<br>39198 TREASURY CENTER<br>CHICAGO IL 60694-9100 |
| CREDITOR ID: 553172-BI<br>J PHILLIP APPAREL INC<br>2401 15TH STREET<br>SARASOTA FL 34237 | CREDITOR ID: 553173-BI<br>J R T CUSTOM CLIMATES INC<br>4876 LORI STREET<br>VALDOSTA GA 31605 | CREDITOR ID: 553174-BI<br>J T LOUISIANA CONSTRUCTION AND MAINT INC<br>P O BOX 1093<br>% JOHN TODESCO SR<br>KENNER LA 70063-1093 |
| CREDITOR ID: 252409-12<br>J&B DISPOSAL INC<br>2076 HIGHLANDS RD<br>FRANKLIN, NC 28734-2761 | CREDITOR ID: 252394-12<br>J&D PRODUCE<br>PO BOX 200677<br>HOUSTON, TX 77216-0677 | CREDITOR ID: 252464-12<br>J&H LANDSCAPING<br>PO BOX 2631<br>VALDOSTA, GA 31604 |
| CREDITOR ID: 384179-47<br>J&J FOODS<br>ATTN JAN HARBART, PRES<br>PO BOX 2067<br>FT OGLETHORPE GA 30742 | CREDITOR ID: 252467-12<br>J&J LOGISTICS LLC<br>ATTN JENNIFER AGUILLARD<br>PO BOX 1437<br>SCOTT, LA 70583 | CREDITOR ID: 404903-95<br>J&J LOGISTICS LLC<br>ATTN JENNIFER AGUILLARD<br>109 B PARK WEST DRIVE, SUITE 2<br>SCOTT LA 70583 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 553175-BI<br>J&J LOGISTICS LLC<br>PO BOX 1437<br>SCOTT LA 70583 | CREDITOR ID: 384180-47<br>J&J SNACK FOODS CORP<br>PO BOX 7777-W2855<br>PHILADELPHIA, PA 19175 | CREDITOR ID: 406135-15<br>J&J SNACK SALES CORP<br>ATTN I IRIZARRY OR H MCLAUGHLIN<br>6000 CENTRAL HIGHWAY<br>PENNSAWKEN NJ 08081 |
| CREDITOR ID: 397650-72<br>J&J SUPERMARKETS - KY<br>916A LAFAYETTE ROAD<br>ROSSVILLE, GA 30741 | CREDITOR ID: 539053-15<br>J&J SUPERMARKETS, LLC<br>C/O J&J FOODS<br>ATTN JAN HARBART, PRES<br>9164 LAFAYETTE RD<br>PO BOX 2067<br>ROSSVILLE GA 30942 | CREDITOR ID: 553176-BI<br>J&J TIRE & SERVICE CENTER INC<br>1101 N PACE BLVD<br>PENSACOLA FL 32505-6807 |
| CREDITOR ID: 553177-BI<br>J&M BOILER COMBUSTION<br>6225 BENEFIT DR<br>CONTROL SERVICE<br>BATON ROUGE LA 70809-4249 | CREDITOR ID: 553178-BI<br>J&M TOOLS<br>170 LONGWOOD LANE<br>NEWNAN GA 30263 | CREDITOR ID: 384182-47<br>J&P MACHINE SHOP INC<br>ATTN: PAT KHAMKEN, CEO<br>3445 LOWER WETUMPKA ROAD<br>MONTGOMERY, AL 36110-1728 |
| CREDITOR ID: 553179-BI<br>J&R KOOLER STRIPS<br>35333 BEND ROAD<br>DENHAM SPRINGS LA 70706 | CREDITOR ID: 252473-12<br>J&S LAWN AND PRESSURE WASHING<br>1311 E HOME AVE<br>HARTSVILLE, SC 29550 | CREDITOR ID: 553180-BI<br>J.A. HERNANDEZ ELEMENTARY<br>1400 WILLOW STREET<br>FRANKLIN LA 70538 |
| CREDITOR ID: 553181-BI<br>J.B.J. DISTRIBUTING<br>PO BOX 1267<br>FULLERTON CA 92836 | CREDITOR ID: 533616-DT<br>J.J.B. HILLIARD, W.L. LYONS, INC.<br>ATTN: KEVIN MEDICO<br>HILLIARD LYONS CENTER<br>FOURTH AVENUE & MUHAMMAH ALI BLVD.<br>LOUISVILLE KY 40202 | CREDITOR ID: 252406-12<br>JA PIPER ROOFING CO<br>BOX 8456<br>GREENVILLE, SC 29604 |
| CREDITOR ID: 399624-15<br>JA WRIGHT & CO<br>ATTN JULIE HULL, FIN/OP MGR<br>60 DUNBAR STREET<br>KEENE NH 03431 | CREDITOR ID: 390739-55<br>JABOT, DEBBIE<br>C/O JACK B NICHOLS LAW OFFICES<br>ATTN JACK NICHOLS, ESQ<br>801 N MAGNOLIA AVENUE, SUITE 414<br>ORLANDO FL 32803 | CREDITOR ID: 278905-30<br>JAC VANDENBERG INC<br>S  WESTCHESTER EXECUTIVE PARK<br>100 CORPORATE BLVD<br>YONKERS, NY 10701 |
| CREDITOR ID: 553184-BI<br>JAC VANDENBERG INC<br>S  WESTCHESTER EXECUTIVE PARK<br>100 CORPORATE BLVD<br>YONKERS NY 10701 | CREDITOR ID: 553185-BI<br>JACK A STEPHENS SHERIFF<br>PO BOX 168<br>PARISH OF ST BERNARD<br>CHALMETTE LA 70044-0168 | CREDITOR ID: 553186-BI<br>JACK D LEONARD<br>2835 SE BONITA<br>STUART FL 33494 |
| CREDITOR ID: 553188-BI<br>JACK FIORELLA III<br>3800 CORPORATE WOODS DRIVE<br>SUITE 100<br>BIRMINGHAM AL 35242 | CREDITOR ID: 252488-12<br>JACK IVEY SIGNS<br>1704 WESTTOWN ROAD<br>PO BOX 3469<br>ALBANY, GA 31706 | CREDITOR ID: 553189-BI<br>JACK IVEY SIGNS<br>1704 WESTTOWN ROAD<br>PO BOX 3469<br>ALBANY GA 31706 |
| CREDITOR ID: 553287-BI<br>JACK M SKEETER RAY<br>CONCRETE CONTRACTOR<br>636 DUFILHO ROAD<br>OPELOUSAS LA 70570 | CREDITOR ID: 553289-BI<br>JACK RITTER<br>7766 TWELVE OAKS COURT<br>CINCINNATI OH 45255 | CREDITOR ID: 555955-BC<br>JACK, KYMUDA<br>3918 CLEMATIS AVE<br>NEW ORLEANS LA 70122 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 536199-BA<br>JACK, LUCINDA<br>901 DEROUEN STREET<br>VILLE PLATTE LA 70586 | CREDITOR ID: 538235-BA<br>JACK, LUCINDA<br>C/O DAN P. FONTENOT, ESQ.<br>140 N SECOND ST<br>PO BOX 1286<br>EUNICE LA 70535 | CREDITOR ID: 264908-12<br>JACK, WILLY<br>2831 SUMERSET APT 114<br>FORT LAUDERDALE, FL 33305 |
| CREDITOR ID: 553292-BI<br>JACKIE CALHOUN CLERK<br>SM COURT<br>1100 FAIRHOPE AVE<br>FAIRHOPE AL 36532 | CREDITOR ID: 252506-12<br>JACKS RESTAURANT<br>ATTN WALKER MEAD, OWNER<br>1593 COUNTY ROAD 437A<br>CULLMAN AL 35055 | CREDITOR ID: 252507-12<br>JACKS TRUCK STOP<br>PO BOX 178<br>CULLMAN, AL 35056-0178 |
| CREDITOR ID: 553293-BI<br>JACKS TRUCK STOP<br>PO BOX 178<br>CULLMAN AL 35056-0178 | CREDITOR ID: 536213-BA<br>JACKSON (MINOR), CARSON<br>5719 CATALINA DR<br>COLUMBUS GA 31909 | CREDITOR ID: 553294-BI<br>JACKSON ADVOCATE<br>P O BOX 3708<br>JACKSON MS 39207-3708 |
| CREDITOR ID: 382738-51<br>JACKSON CLARION LEDGER<br>ATTN CAROLYN ALLEN, CR MGR<br>PO BOX 40<br>JACKSON, MS 39205 | CREDITOR ID: 553295-BI<br>JACKSON ELEC MEM CORP<br>PO BOX 100<br>JEFFERSON GA 30549-0100 | CREDITOR ID: 381923-15<br>JACKSON EMC<br>ATTN GENE DEAL<br>PO BOX 100<br>JEFFERSON GA 30549 |
| CREDITOR ID: 553296-BI<br>JACKSON FARMING CO<br>3171 ERNEST WILLIAMS ROAD<br>AUTRYVILLE NC 28318 | CREDITOR ID: 252515-12<br>JACKSON GREASE TRAP SERVICE<br>PO BOX 22803<br>BEAUMONT TX 77720-2803 | CREDITOR ID: 553297-BI<br>JACKSON I55 LLC<br>C/O CENTEX CONCORD PROPERTY MGT LLC<br>1151 NORTH STATE STREET<br>SUITE 315<br>JACKSON MS 39202 |
| CREDITOR ID: 399414-99<br>JACKSON I-55 LLC<br>C/O PHELPS DUNBAR<br>ATTN: DOUGLAS C NOBLE<br>111 EAST CAPITAL, STE 600<br>PO BOX 23066<br>JACKSON MS 39225-3066 | CREDITOR ID: 416286-99<br>JACKSON I-55, LLC<br>C/O PHELPS DUNBAR LLP<br>ATTN DOUGLAS C NOBLE, ESQ<br>111 E CAPITOL STREET, SUITE 600<br>PO BOX 23066<br>JACKSON MS 39225-3066 | CREDITOR ID: 416286-99<br>JACKSON I-55, LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 416286-99<br>JACKSON I-55, LLC<br>C/O CENTEX CONCORD PROPERTY MGMT<br>ATTN FRAN E JONES<br>1151 N STATE STREET<br>JACKSON MS 39202 | CREDITOR ID: 315850-40<br>JACKSON JUNCTION LTD<br>PO BOX 641625<br>CINCINNATI, OH 45264-1625 | CREDITOR ID: 553300-BI<br>JACKSON MITCHELL INC<br>PO BOX 934<br>TURLOCK CA 95381-0934 |
| CREDITOR ID: 553299-BI<br>JACKSON MITCHELL INC<br>PO BOX 934<br>TURLOCK CA 95381-0934 | CREDITOR ID: 252519-12<br>JACKSON MITCHELL INC<br>ATTN ROGER W VORSE, CONTROLLER<br>PO BOX 934<br>TURLOCK, CA 95381-0934 | CREDITOR ID: 553301-BI<br>JACKSON TRUCK & TRAILER REPAIR<br>PO BOX 10215<br>JEFFERSON LA 70181-0215 |
| CREDITOR ID: 555971-BC<br>JACKSON, ASHLEY<br>61 LILLY LANE<br>GREENSBURG LA 70441 | CREDITOR ID: 536200-BA<br>JACKSON, AUDREY<br>5617 PAULINE DRIVE<br>NEW ORLEANS LA 70126 | CREDITOR ID: 538236-BA<br>JACKSON, AUDREY<br>C/O WARREN FORSTALL JR., PC<br>320 N. CARROLLTON AVE.<br>SUITE 200<br>NEW ORLEANS LA 70119 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

CREDITOR ID: 555968-BC
JACKSON, AUTUMN
1025 TREE LN
APT B
TITUSVILLE FL 32780

CREDITOR ID: 555960-BC
JACKSON, CARMEN
832 TIFFANY DRIVE #3
WEST PALM BEACH FL 33407

CREDITOR ID: 391983-55
JACKSON, CAROL
C/O RICHARD J FERNANDEZ, LLC
ATTN RICHARD J FERNANDEZ, ESQ
3900 NORTH CAUSEWAY BLVD
605 ONE LAKEWAY CENTER
METAIRIE LA 70002

CREDITOR ID: 555962-BC
JACKSON, CHARLEESE
2999 N.W. 64 ST
MIAMI FL 33147

CREDITOR ID: 406807-MS
JACKSON, CHARLES V
PO BOX 249
DADE CITY FL 33526

CREDITOR ID: 555959-BC
JACKSON, CHARLOTTE
2021 WEST PINE ST.
ORLANDO FL 32805

CREDITOR ID: 536201-BA
JACKSON, CORINE
1015 G STREET
LAKE WORTH FL 33463

CREDITOR ID: 538237-BA
JACKSON, CORINE
C/O GEORGE ZEDNEK, PA
413 WEST BOYNTON BEACH BLVD.
BOYNTON BEACH FL 33435

CREDITOR ID: 555964-BC
JACKSON, DIAMOND
1355 COMMERCE DR
APT 607
AUBURN AL 36830

CREDITOR ID: 151400-09
JACKSON, DIANE
3909 WATER AVENUE
SELMA AL 36703

CREDITOR ID: 555963-BC
JACKSON, DONNA
11001 ST AUGUSTINE RD
APT 614
JACKSONVILLE FL 32257

CREDITOR ID: 555965-BC
JACKSON, FATIMA
1107 SOUTH RANGE STREET
334-726-3433
DOTHAN AL 36303

CREDITOR ID: 315819-40
JACKSON, GENE A & MILDRED A
PO BOX 249
HAVELOCK, NC 28532-0249

CREDITOR ID: 555970-BC
JACKSON, GENTORRIS
3935 SOUTH VICTORIA LANDING DR
JACKSONVILLE FL 32099

CREDITOR ID: 417316-B3
JACKSON, JAMES E III
C/O JO ANN JACKSON
610 MERMONT DR
TRUSSVILLE AL 35173

CREDITOR ID: 536202-BA
JACKSON, JANICE LEE
1701 NW 171 TERRACE
MIAMI FL 33056

CREDITOR ID: 538238-BA
JACKSON, JANICE LEE
C/O THOMAS & PEARL, PA
ATTN:  CHARLES A. MANCUSO ESQ.
2404 NE 9TH ST
FT LAUDERDALE FL 33304

CREDITOR ID: 536203-BA
JACKSON, JESSIE
2061 NW 47TH TERRACE
BUILDING 12, #2004
LAUDERHILL FL 33313

CREDITOR ID: 393566-55
JACKSON, JOANN
C/O THE DUFFEE FIRM LLC
ATTN CECIL DUFFEE III, ESQ
2015 2ND AVENUE N, SUITE 400
BIRMINGHAM AL 35203

CREDITOR ID: 536204-BA
JACKSON, JUANNETHA
312 NW 19TH COURT
POMPANO BEACH FL 33060

CREDITOR ID: 538239-BA
JACKSON, JUANNETHA
C/O ROBERT FENSTERSHEIB, PA
520 WEST HALLANDALE BEACH BLVD
HALLANDALE FL 33442

CREDITOR ID: 406808-MS
JACKSON, KENNETH M.
RT. 2 BOX 318-1
RUSSELLVILLE KY 42276

CREDITOR ID: 534684-B1
JACKSON, LARRY
RAMON WALLS PALANCA JR, ESQ
3355 LENOX RD, STE 600
ATLANTA GA 30326

CREDITOR ID: 411221-15
JACKSON, LARRY
C/O RAMON WALLS PALANCA JR, ESQ
3017 PIEDMONT RD NE, STE 100
ATLANTA GA 30305

CREDITOR ID: 397982-76
JACKSON, LATONYA
3091 STEDMAN CEDAR CREEK ROAD
FAYETTEVILLE NC 23812

CREDITOR ID: 536205-BA
JACKSON, LISA
9041 DEVONSHIRE BLVD.
JACKSONVILLE FL 32208

CREDITOR ID: 536206-BA
JACKSON, LUCY
3639 49TH AVE N, APT #2
SAINT PETERSBURG FL 33714

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 538240-BA<br>JACKSON, LUCY<br>C/O LAW OFFICES OF DAVID B KESLER<br>ATTN:  DAVID B KESLER, ESQ<br>65  SIXTY FITH STREET SOUTH<br>ST. PETERSBURG FL 33707 | CREDITOR ID: 536207-BA<br>JACKSON, LYNEESHA<br>625 8TH STREET<br>FRANKLIN LA 70538 | CREDITOR ID: 555969-BC<br>JACKSON, LYNEESHA<br>625 8TH STREET<br>FRANKLIN LA 70538 |
| CREDITOR ID: 536208-BA<br>JACKSON, MARY<br>5724 EARU COURT NORTH<br>JACKSONVILLE FL 32219 | CREDITOR ID: 538241-BA<br>JACKSON, MARY<br>THE LAW OFFICES OF J. SCOTT NOONEY<br>ATTN:  CHRISTINA BROWN<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207-3303 | CREDITOR ID: 555966-BC<br>JACKSON, MONIQUE<br>2720 62ND TERR. N APT. A<br>SAINT PETERSBURG FL 33702 |
| CREDITOR ID: 240415-06<br>JACKSON, MS TAX COLLECTOR<br>EDDIE FAIR<br>PO BOX 1727<br>JACKSON MS 39215 | CREDITOR ID: 555961-BC<br>JACKSON, PATRICIA<br>5704 A VILLAS LANE<br>MONTGOMERY AL 36116 | CREDITOR ID: 555957-BC<br>JACKSON, PAULETE<br>2131 NW 3RD AVE<br>MIAMI FL 33157 |
| CREDITOR ID: 398693-78<br>JACKSON, R WAYNE<br>6020 FOREST GREEN ROAD<br>PENSACOLA FL 32505 | CREDITOR ID: 388826-54<br>JACKSON, RENEE<br>PO BOX 673174<br>MARIETTA, GA 30006 | CREDITOR ID: 536209-BA<br>JACKSON, RENEE<br>11538 TORI LN<br>JACKSONVILLE FL 32218 |
| CREDITOR ID: 555967-BC<br>JACKSON, RHONDA<br>808 WINDSOR DR.<br>LA PLACE LA 70068 | CREDITOR ID: 538242-BA<br>JACKSON, ROBIN MARIE<br>C/O KRISTINA L. F. OHLMEYER<br>RALEIGH L. OHLMEYER<br>NEW ORLEANS LA 70163 | CREDITOR ID: 536210-BA<br>JACKSON, ROBIN MARIE<br>P.O. BOX 1396<br>MARRERO LA 70073 |
| CREDITOR ID: 555972-BC<br>JACKSON, RUTH<br>PO BOX 1333<br>CRAWFORDVILLE FL 32326 | CREDITOR ID: 394720-57<br>JACKSON, SANDRA ELAINE<br>C/O MICHAEL ANTHONY REMY, PA<br>ATTN MICHAEL A REMY, ESQ<br>2121 PONCE DE LEON BLVD, SUITE 550<br>CORAL GABLES FL 33134 | CREDITOR ID: 555956-BC<br>JACKSON, SHERRY<br>P.O. BOX 134<br>MARION MI 49665 |
| CREDITOR ID: 536211-BA<br>JACKSON, SONIA<br>1056 WALLACE COURT<br>JACKSONVILLE FL 32254 | CREDITOR ID: 151870-09<br>JACKSON, TAKEA M<br>617 WHIDDON STREET<br>TIFTON GA 31794 | CREDITOR ID: 38176-05<br>JACKSON, TERESA R<br>PO BOX 1654<br>ALACHUA FL 32616-1654 |
| CREDITOR ID: 391891-55<br>JACKSON, TIFFANY<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN J SCOTT NOONEY, ESQ<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 555974-BC<br>JACKSON, TONYA<br>1619 WILSON AVENUE<br>BRUNSWICK GA 31520 | CREDITOR ID: 536212-BA<br>JACKSON, WILLETTE<br>6216 2ND AVE APT A<br>MARRERO LA 70072 |
| CREDITOR ID: 538243-BA<br>JACKSON, WILLETTE<br>C/O WARREN G. DEAGANO, JR.<br>WARREN G. DEAGANO, JR.<br>2900 ENERGY CENTRE<br>1100 POYDAS STREET<br>NEW ORLEANS LA 70163 | CREDITOR ID: 403183-15<br>JACKSON'S GREASE TRAP SERVICES<br>ATTN BOBBIE BREAUX, OFF MGR<br>PO BOX 1007<br>KENNER LA 70063-1007 | CREDITOR ID: 252532-12<br>JACKSONVILLE BUSINESS JOURNAL<br>1200 RIVERPLACE BLVD, SUITE 201<br>JACKSONVILLE, FL 32207 |

SERVICE LIST
Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 553302-BI<br>JACKSONVILLE CHAMBER OF<br>3 INDEPENDENT DRIVE<br>JACKSONVILLE FL 32202-5092 | CREDITOR ID: 252537-12<br>JACKSONVILLE ELECTRIC AUTHORITY<br>21 WEST CHURCH STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 382740-51<br>JACKSONVILLE FLORIDA TIMES UNION<br>1 RIVERSIDE AVE<br>JACKSONVILLE, FL 32202 |
| CREDITOR ID: 252538-12<br>JACKSONVILLE FREE PRESS<br>PO BOX 43580<br>JACKSONVILLE, FL 32203-3580 | CREDITOR ID: 553303-BI<br>JACKSONVILLE FREE PRESS<br>P O BOX 43580<br>JACKSONVILLE, FL 32203-3580 | CREDITOR ID: 553304-BI<br>JACKSONVILLE FREE PRESS<br>PO BOX 43580<br>JACKSONVILLE FL 32203-3580 |
| CREDITOR ID: 553305-BI<br>JACKSONVILLE JAGUARS<br>ONE ALLTEL STADIUM PLACE<br>JACKSONVILLE FL 32202 | CREDITOR ID: 382741-51<br>JACKSONVILLE JAGUARS, LTD<br>ONE ALLTEL STADIUM PL.<br>JACKSONVILLE, FL 32202 | CREDITOR ID: 240577-06<br>JACKSONVILLE OCCUPATION<br>LICENSE DEPARTMENT<br>MIKE HOGAN TAX COLLECTOR<br>231 E FORSYTH STREET, ROOM 300<br>JACKSONVILLE FL 32202-3370 |
| CREDITOR ID: 553306-BI<br>JACKSONVILLE PORT AUTHORITY<br>PO BOX 18018<br>JACKSONVILLE FL 32229-4018 | CREDITOR ID: 553307-BI<br>JACKSONVILLE REGIONAL CHAMBER OF COMMERC<br>3 INDEPENDENT DRIVE<br>JACKSONVILLE FL 32202 | CREDITOR ID: 553308-BI<br>JACKSONVILLE SOUND COMMUNICATIONS INC<br>P O BOX 551629<br>JACKSONVILLE FL 32255 |
| CREDITOR ID: 553309-BI<br>JACKSONVILLE SPECIALTY ADVERTISING<br>2727 ATLANTIC BOULEVARD<br>JACKSONVILLE FL 32207 | CREDITOR ID: 553310-BI<br>JACKSONVILLE TRADING CO<br>PO BOX 14377<br>JACKSONVILLE FL 32238-4377 | CREDITOR ID: 252560-12<br>JACKSONVILLE TRANSPORTATION<br>AUTHORITY<br>PO DRAWER O<br>100 NORTH MYRTLE AVE<br>JACKSONVILLE, FL 32203 |
| CREDITOR ID: 553311-BI<br>JACKSONVILLE TRANSPORTATION<br>AUTHORITY<br>100 NORTH MYRTLE AVE<br>JACKSONVILLE FL 32203 | CREDITOR ID: 384187-47<br>JACKSONVILLE TRANSPORTATION GROUP LLC<br>GATOR CITY TAXI & SHUTTLE<br>PO BOX 9231<br>JACKSONVILLE, FL 32208 | CREDITOR ID: 553312-BI<br>JACKSONVILLE URBAN LEAGUE<br>903 W UNION ST<br>JACKSONVILLE FL 32204 |
| CREDITOR ID: 503-03<br>JACKSONVILLE WATER & SEWER<br>ATTN MICHAEL RINKER, OFF SUPERV<br>330 CHURCH AVENUE SE<br>JACKSONVILLE AL 36265-2651 | CREDITOR ID: 553313-BI<br>JACKSONVILLE ZOO AND GARDENS<br>370 ZOO PARWAY<br>JACKSONVILLE FL 32218 | CREDITOR ID: 383181-53<br>JACKSONVILLE, FL FDEP<br>7825 BAYMEADOWS WAY<br>JACKSONVILLE FL 32256 |
| CREDITOR ID: 536214-BA<br>JACOB, BELINDA<br>3600 LAKE SEMINOLE DR.<br>BUFORD GA 30519 | CREDITOR ID: 406810-MS<br>JACOB, RAYMOND<br>1075 FOUR POINT RD<br>DULAC LA 70353 | CREDITOR ID: 394735-57<br>JACOBO, LINDA<br>C/O FARAH & FARAH, PA<br>ATTN D SCOTT CRAIG, ESQ<br>10 WEST ADAMS STREET, 3RD FLR<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 408222-15<br>JACOBS, BETTY<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN J SCOTT NOONEY, ESQ<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 408222-15<br>JACOBS, BETTY<br>6847 ROHDE ISLAND DR, W<br>JACKSONVILLE FL 32209 | CREDITOR ID: 408350-15<br>JACOBS, CINDY<br>C/O ARNIE S MUSKAT, ESQ<br>12545 ORANGE DRIVE, SUITE 503<br>DAVIE FL 33330 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

CREDITOR ID: 555975-BC
JACOBS, JIM
P.O. BOX 501844
MARATHON FL 33050

CREDITOR ID: 152041-09
JACOBS, MARY E
339 INDIAN HERITAGE RD
LUMBERTON NC 28358

CREDITOR ID: 395572-15
JACOBS, MOLLY
C/O REID & ZOBEL, PA
ATTN: CRAIG R ZOBEL, ESQ
ESPERANTE BLDG, SUITE 310
222 LAKEVIEW AVENUE
WEST PALM BEACH FL 33401

CREDITOR ID: 395572-15
JACOBS, MOLLY
4481 WELLINGTON SHORE DRIVE
WELLINGTON, FL 33467

CREDITOR ID: 553317-BI
JACOBSON SOBO & MOSELL TRUST ACCOUNT
PO BOX 19359
PLANTATION FL 33318-0359

CREDITOR ID: 553420-BI
JACQUELINE S FLOWERS
PO BOX 702
SPARKS GA 31647

CREDITOR ID: 553419-BI
JACQUELINE S FLOWERS
PO BOX 414
QUITMAN GA 31643

CREDITOR ID: 555976-BC
JACQUES, CHRIS
3422 UMBER ROAD
HOLIDAY FL 34691

CREDITOR ID: 553423-BI
JADE HEALTH & BEAUTY INC
PO BOX 201534
DALLAS TX 75320-1534

CREDITOR ID: 553424-BI
JADECO
PO BOX 948
MANGO FL 33550-0948

CREDITOR ID: 392244-55
JAEN, ANA ROSA
C/O ROBBINS & REYNOLDS, PA
ATTN MARC J REYNOLDS, ESQ
9200 SOUTH DADELAND BLVD, SUITE 614
MIAMI FL 33156

CREDITOR ID: 553425-BI
JAIME ARTETA
1422 NW 34 AVENUE
MIAMI FL 33125

CREDITOR ID: 252593-12
JAKES CRAB SHACK
ATTN ROXYANN L FOLSE, OWNER
346 TWIN OAKS DRIVE
RACELAND, LA 70394

CREDITOR ID: 553426-BI
JAKS HARDWARE
2401 W BEAVER ST
JACKSONVILLE FL 32209-7408

CREDITOR ID: 397763-99
JAMARCO REALTY LLC
C/O KLEIN & SOLOMON LLP
ATTN: SOLOMON J JASKIEL
275 MADISON AVE, 11TH FL
NEW YORK NY 10016

CREDITOR ID: 397244-68
JAMARCO REALTY, LLC
ATTN: JOHN P. MANES
144 JUNE ROAD
NORTH SALEM, NY 10560

CREDITOR ID: 2327-07
JAMERSON INVESTMENTS
2517-B EAST COLONIAL DRIVE
ORLANDO, FL 32803-3359

CREDITOR ID: 553427-BI
JAMERSON INVESTMENTS
2517-B EAST COLONIAL DR
ORLANDO FL 32803-3359

CREDITOR ID: 553430-BI
JAMES A MASSEY
1501 KITTY HAWK DRIVE
ID# 94044
GULF BREEZE FL 32563

CREDITOR ID: 553432-BI
JAMES A SMITH TRANSPORTATION INC
PO BOX 1947
CULLMAN AL 35056

CREDITOR ID: 553433-BI
JAMES ALLEN FISHER
1510 EAST FORK DRIVE
SALISBURY NC 28146

CREDITOR ID: 553434-BI
JAMES AND CAROLYN SELL
449 FAIRRIDGE ROAD
JOHNSON CITY TN 37604

CREDITOR ID: 553436-BI
JAMES AUSTIN COMPANY
P O BOX 827
MARS PA 16046-0827

CREDITOR ID: 252606-12
JAMES AUSTIN COMPANY
ATTN ROBERT C DOWNIE, COMPTROLLER
PO BOX 827
MARS, PA 16046-0827

CREDITOR ID: 553438-BI
JAMES B BERTHELOT
1426 COTTONWOOD DRIVE
ID# 196966
DENHAM SPRINGS LA 70726

CREDITOR ID: 252612-12
JAMES BROWN TRUCKING
6908 CHAPMAN RD M
LITHONIA, GA 30058

CREDITOR ID: 553440-BI
JAMES C* RUCKREIGLE
2715 RIVERA DRIVE
TITUSVILLE FL 32780

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 553445-BI<br>JAMES EDWARDS<br>160 PORCH TIME LANE<br>TRAPHILL NC 28685 | CREDITOR ID: 553447-BI<br>JAMES H SCHULTZ<br>3111 FAIRWAY DRIVE<br>BATON ROUGE LA 70809 | CREDITOR ID: 553448-BI<br>JAMES HENDERSON<br>12729 LYTER LANE<br>FAIRHOPE AL 36532 |
| CREDITOR ID: 293876-39<br>JAMES KEITH BOURNE<br>6436 SUGAR CREEK RD<br>LANCASTER KY 40444 | CREDITOR ID: 553553-BI<br>JAMES KELT<br>4208 RHONE DRIVE<br>KENNER LA 70065 | CREDITOR ID: 553552-BI<br>JAMES KELT<br>3623 JEFFERSON HWY<br>JEFFERSON LA 70121 |
| CREDITOR ID: 553554-BI<br>JAMES L VILLA INC<br>PO BOX 1945<br>OLDSMAR FL 34677-0035 | CREDITOR ID: 553556-BI<br>JAMES M  WIDNER<br>4469 WHITMELL SCHOOL ROAD<br>ID# 78026<br>DRY FORK VA 24549 | CREDITOR ID: 252674-12<br>JAMES M PLEASANTS CO<br>PO BOX 16706<br>GREENSBORO, NC 27416-6706 |
| CREDITOR ID: 553558-BI<br>JAMES MATT FLEMING<br>103 RIVER VALLEY DRIVE<br>HODGES SC 29653 | CREDITOR ID: 553559-BI<br>JAMES MURPHY<br>2391 CONNELL DRIVE<br>PENSACOLA FL 32503 | CREDITOR ID: 553560-BI<br>JAMES MWAHUKI<br>2700 MEADOW RIDGE<br>MARIETTA GA 30066 |
| CREDITOR ID: 553561-BI<br>JAMES MWAHUKI<br>2855 ABBOTTS GLEN<br>ACWORTH GA 30101 | CREDITOR ID: 252682-12<br>JAMES ODELL SALES<br>ATTN JAMES O'DELL, OWNER<br>306 BELTON AVE<br>MOUNT HOLLY, NC 28120-1402 | CREDITOR ID: 553566-BI<br>JAMES O'HARA<br>1431 WOODFIELD DRIVE<br>CANTONMENT FL 32533 |
| CREDITOR ID: 553569-BI<br>JAMES R JUDD<br>1304 HERDREN CIRCLE<br>RALEIGH NC 27610 | CREDITOR ID: 553570-BI<br>JAMES R SMITH TRUCKING CO INC<br>86 CUPP ROAD<br>CULLMAN AL 35055 | CREDITOR ID: 553572-BI<br>JAMES RANEY<br>165 SHIRLEEN DR<br>PONCHATOULA LA 70454 |
| CREDITOR ID: 399680-YY<br>JAMES S FORRESTER MD PA<br>PO BOX 459<br>STANLEY NC 28164 | CREDITOR ID: 553574-BI<br>JAMES S FORRESTER MD PA<br>PO BOX 459<br>STANLEY NC 28164 | CREDITOR ID: 553579-BI<br>JAMES SOUBASIS<br>261 SW ASHLY OAKS WAY<br>ID# 158638<br>STUART FL 34997 |
| CREDITOR ID: 553578-BI<br>JAMES SOUBASIS<br>261 SE ASHLY OAKS WAY<br>ID# 158638<br>STUART FL 34997 | CREDITOR ID: 553581-BI<br>JAMES STEPHENS MONTESSORI SCHOOL<br>1500 DR MARTIN LUTHER KING<br>VILLE PLATTE LA 70586 | CREDITOR ID: 553583-BI<br>JAMES T RILEY<br>2519 CO ROAD 33<br>OZARK AL 36360 |
| CREDITOR ID: 553681-BI<br>JAMES TENNEY<br>493 WURST ROAD<br>OCOEE FL 34761 | CREDITOR ID: 553682-BI<br>JAMES TIRE SERVICE<br>2806 W CHURCH<br>HAMMOND LA 70401 | CREDITOR ID: 553685-BI<br>JAMES W CLARK JR<br>4413 PINE VILLA CIRCLE<br>PACE FL 32571 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 553686-BI<br>JAMES W MULLIS<br>1633 TEABERRY DRIVE<br>MIDDLEBURG FL 32068 | CREDITOR ID: 553687-BI<br>JAMES WATERS<br>4507 WEST JACKSON STREET<br>PENSACOLA FL 32506 | CREDITOR ID: 536215-BA<br>JAMES, ALICE<br>3301 PITTARI PLACE<br>NEW ORLEANS LA 70131 |
| CREDITOR ID: 538244-BA<br>JAMES, ALICE<br>C/O JAMES E. SHIELDS, JR.<br>SHIELDS & SHIELDS<br>30 NEW ENGLAND COURT<br>GRETNA LA 70053 | CREDITOR ID: 555979-BC<br>JAMES, CARLOS<br>1643 SE 15TH AVE<br>GAINESVILLE FL 32641 | CREDITOR ID: 538245-BA<br>JAMES, CAROLYN<br>C/O DAVID L RATCLIFFE ESQ<br>DAVID L RATCLIFFE ATTORNEY AT LAW<br>1005 DAUPHIN STREET<br>MOBILE AL 36604 |
| CREDITOR ID: 536216-BA<br>JAMES, CAROLYN<br>6551 DICKENS FERRY ROAD<br>APT 208<br>MOBILE AL 36608 | CREDITOR ID: 398696-78<br>JAMES, CAROLYN H<br>2648 ADELE ROAD<br>JACKSONVILLE, FL 32216 | CREDITOR ID: 391086-55<br>JAMES, DESIREE<br>C/O STEVEN STAVRAKIS, ESQ<br>29 N PINELLAS AVENUE<br>TARPON SPRINGS FL 34689 |
| CREDITOR ID: 555977-BC<br>JAMES, EUGENE<br>1423 PINE AVENUE<br>ANNISTON AL 36201 | CREDITOR ID: 398697-78<br>JAMES, FRANK L<br>121 LANCASTER PLACE<br>ST AUGUSTINE, FL 32080 | CREDITOR ID: 406811-MS<br>JAMES, FRANK L JR<br>5927 MYRTLE HILL DRIVE W<br>LAKELAND FL 33811 |
| CREDITOR ID: 419596-ST<br>JAMES, J DON<br>126 QUEEN ISABELLA CT<br>FORT PIERCE FL 34949 | CREDITOR ID: 398698-78<br>JAMES, J DON<br>126 QUEEN ISABELLA COURT<br>FT PIERCE, FL 34949 | CREDITOR ID: 492896-FC<br>JAMES, JOHN J<br>2225 SOUTHBROOK DRIVE<br>ORANGE PARK FL 32003 |
| CREDITOR ID: 403780-94<br>JAMES, JOHN J<br>2225 SOUTHBROOK DRIVE<br>ORANGE PARK FL 32003 | CREDITOR ID: 411039-15<br>JAMES, JOHN J<br>C/O WINN DIXIE STORES, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE FL 32254-3699 | CREDITOR ID: 555980-BC<br>JAMES, MELLISA<br>6304 HOWELLS FERRY RD<br>MOBILE AL 36618 |
| CREDITOR ID: 386139-54<br>JAMES, MONIQUE M<br>C/O GUEST LAW FIRM<br>ATTN JAMES B GUEST, ESQ<br>1900 32ND STREET<br>KENNER LA 70065 | CREDITOR ID: 555981-BC<br>JAMES, MYRA<br>P.O. BOX 778<br>MARRERO LA 70073 | CREDITOR ID: 555978-BC<br>JAMES, PATRICIA<br>3670 SW 60TH TERRACE<br>MIRAMAR FL 33023 |
| CREDITOR ID: 536217-BA<br>JAMES, PATRICIA<br>5716 KIMBER STONE WAY<br>LAKE WORTH FL 33463 | CREDITOR ID: 538246-BA<br>JAMES, PATRICIA<br>C/O PERLINI & HEBERT<br>PERLINI & HEBERT, P.A.<br>333 N.E. 2ND ST.<br>DELRAY BEACH FL 33483 | CREDITOR ID: 389720-54<br>JAMES, PATRICIA A<br>304 E. PLILER PERCISE ROAD<br>LONGVIEW TX 75605 |
| CREDITOR ID: 152371-09<br>JAMES, TAMIKA R<br>5350 CAROL PLANTATION RD APT 12D<br>THEODORE AL 36582 | CREDITOR ID: 152394-09<br>JAMES, VICKI L<br>8859 OLD KINGS ROAD SOUTH, APT 502<br>JACKSONVILLE FL 32257-1744 | CREDITOR ID: 555982-BC<br>JAMESON, CHELSEA<br>1819 TOMBLE ST<br>DELTONA FL 32725 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 391291-55<br>JAMES-SMITH, JULANDAS<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN A R LEIMBACH/ J S NOONEY, ESQS<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 406812-MS<br>JAMIESON, GEORGE T<br>2568 LORDS LANE<br>SARASOTA FL 34231 | CREDITOR ID: 553698-BI<br>JAMINATION PRODUCTIONS INC<br>1384 GRANDVIEW AVENUE<br>SUITE 205<br>COLUMBUS OH 43212 |
| CREDITOR ID: 553699-BI<br>JAMISON DOOR CO<br>PO BOX 1274<br>HAGERSTOWN MD 21741-1274 | CREDITOR ID: 553701-BI<br>JANA WILKINSON<br>4424 BALTIC STREET<br>JACKSONVILLE FL 32210 | CREDITOR ID: 553702-BI<br>JANA WILKINSON<br>4424 BALTIC STREET<br>JACKSONVILLE FL |
| CREDITOR ID: 553704-BI<br>JANE DAWSON<br>4131 QUINCY STREET<br>JACKSONVILLE FL 32205 | CREDITOR ID: 553707-BI<br>JANET BLACKBURN<br>136 CEMETARY DRIVE<br>JONESVILLE NC 28642 | CREDITOR ID: 553708-BI<br>JANET HARNAGE<br>330 ST AUGUSTINE SOUTH DRIVE<br>ST AUGUSTINE FL 32086 |
| CREDITOR ID: 553709-BI<br>JANET HARNAGE<br>3350 ST AUGUSTINE S DRIVE<br>ST AUGUSTINE FL 32086 | CREDITOR ID: 553710-BI<br>JANET KREWS<br>5323 THOROUGHBRED BLVD<br>EMP# 753668<br>JACKSONVILLE FL 32257 | CREDITOR ID: 553711-BI<br>JANET MOCK<br>1143 HOLMESDALE ROAD<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 553713-BI<br>JANET MUNOZ<br>2873 ARRENDONDA DRIVE<br>DELTONA FL 32738 | CREDITOR ID: 553712-BI<br>JANET MUNOZ<br>2841 ARRENDONDA DRIVE<br>DELTONA FL 32738 | CREDITOR ID: 553182-BI<br>JA'NET YVETTE ROBINSON<br>PO BOX 475<br>HAMMOND LA 70404 |
| CREDITOR ID: 553715-BI<br>JANI KING OF BATON ROUGE<br>122 WEST PINE STREET<br>PONCHATOULA LA 70454 | CREDITOR ID: 553809-BI<br>JANI KING OF NEW ORLEANS<br>122 WEST PINE STREET<br>PONCHATOULA LA 70454 | CREDITOR ID: 252747-12<br>JANI KING OF TAMPA BAY<br>ATTN DAWN EGLINTON, COLL MGR<br>2469 SUNSET POINT RD, SUITE 250<br>CLEARWATER, FL 33765 |
| CREDITOR ID: 553810-BI<br>JANI KING OF TAMPA BAY<br>2469 SUNSET POINT RD<br>SUITE 250<br>CLEARWATER FL 33765 | CREDITOR ID: 553811-BI<br>JANICE E GIORDANO<br>448 SOUTHEAST 11TH TERRACE<br>DANIA FL 33004 | CREDITOR ID: 553812-BI<br>JANICE PARRISH<br>2074 MIDYETTE ROAD #1121<br>TALLAHASSEE FL 32301 |
| CREDITOR ID: 553815-BI<br>JANINE MAFFETT<br>702 DANESBROOK WAY<br>MELBOURNE FL 32940 | CREDITOR ID: 385316-54<br>JANITELLI, LOUIS<br>2130 NW 91ST WAY<br>SUNRISE, FL 33322 | CREDITOR ID: 555983-BC<br>JANKOWSKI, ANNA<br>5200 N. FLAGER<br>WEST PALM BEACH FL 33407 |
| CREDITOR ID: 533620-DT<br>JANNEY MONTGOMERY SCOTT INC.<br>ATTN: REGINA LUTZ<br>1801 MARKET STREET, 9TH FLOOR<br>PHILADELPHIA PA 19103-1675 | CREDITOR ID: 420997-ST<br>JANNEY, MARVIN H<br>180 HARRY ROAD<br>STONEVILLE NC 27048 | CREDITOR ID: 538247-BA<br>JANSEN, VICKI<br>C/O DEVRY PRUETT ESQ<br>BALES & WEINSTEIN P.A.<br>625 E TWIGGS ST<br>STE 100<br>TAMPA FL 33602 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:   05-03817-3F1**

CREDITOR ID: 536218-BA
JANSEN, VICKI
4411 SHARK DR.
BRADENTON FL 34208

CREDITOR ID: 536219-BA
JANVIER, JONAS
C/O ANDREW S. ALITOWSKI
16300 NE 19TH AVENUE, SUITE 24
NORTH MIAMI BEACH FL 33162

CREDITOR ID: 538248-BA
JANVIER, JONAS
C/O ANDREW ALITOWSKI
WEDDERBURN & JACOBS, PA
16300 NE 19TH AVE., STE. 244
JERROD JOHNSON
NORHT MIAMI BEACH FL 33162

CREDITOR ID: 392561-55
JARAMILLO, ANA
9037 W SUNRISE BLVD
PLANTATION FL 33322

CREDITOR ID: 392561-55
JARAMILLO, ANA
C/O ANA M VELIZ PA LAW OFFICES
ATTN ANA M VELIZ, ESQ
PENTHOUSE 1120
999 PONCE DE LEON BLVD
CORAL GABLES FL 33134

CREDITOR ID: 407554-15
JARAMILLO, EMILSE
C/O THE PENDAS LAW FIRM
ATTN LOU PENDAS, ESQ
4700 MILLENIA BLVD, SUITE 150
ORLANDO FL 32839

CREDITOR ID: 555984-BC
JARAMILLO, LUZ
5654 GRIND STONE LOOP
WESLEY CHAPEL FL 33544

CREDITOR ID: 553816-BI
JARDEN CONSUMER SOLUTIONS
5544 PAYSHERE CIRCLE
CHICAGO IL 60674

CREDITOR ID: 553817-BI
JARDEN HOME BRANDS
2205 RELIABLE PARKWAY
CHICAGO IL 60686-0022

CREDITOR ID: 553819-BI
JARED STRINGER
65 MASONITE LAKE ROAD
LAUREL MS 39443

CREDITOR ID: 417322-B3
JARMAN, LAURA
4222 GAFFNEY STREET
PENSACOLA FL 32505

CREDITOR ID: 248958-12
JARREAU, EMMA
405 WEST END
NEW ROADS, LA 70760

CREDITOR ID: 536220-BA
JARREAU, VERONICA
640 NAPOLEON ST.
NEW ROADS LA 70760

CREDITOR ID: 538249-BA
JARREAU, VERONICA
C/O FELICIA F, DAVIS
LAW OFFICES OF FELICIA F. DAVIS
750 LOUISANA AVENUE  SUITE A
PO BOX 1236
PORT ALLEN LA 70767

CREDITOR ID: 553821-BI
JARRED L KING
17428 ASHTON AVE
GREENWELL SPRINGS LA 70739

CREDITOR ID: 536221-BA
JARRELL, DAVID
8521 EAST CYPRESS POINT
BATON ROUGE LA 70809

CREDITOR ID: 538250-BA
JARRELL, DAVID
C/O DAVID C. JARRELL
PRO SE
8521 EAST CYPRESS POINT
BATON ROUGE LA 70809

CREDITOR ID: 411246-15
JARRELL, MARY
C/O PETERS MURDAUGH PARKER ET AL
ATTN MARK D BALL, ESQ
303 FIRST STREET EAST
PO BOX 457
HAMPTON SC 29924-0457

CREDITOR ID: 391070-55
JARRELL, SHARON
C/O LAW OFFICE OF ROBERT D SURRENCY
ATTN S GAVAY/R D SURRENCY, ESQS.
200 NE 1ST STREET
GAINESVILLE FL 32601

CREDITOR ID: 553183-BI
JA-RU INC
PO BOX 5970
JACKSONVILLE FL 32247-5970

CREDITOR ID: 279142-33
JA-RU, INC
C/O HELD & ISRAEL
RIVERPLACE TOWER, SUITE 1916
1301 RIVERPLACE BLVD
JACKSONVILLE FL 33207-9073

CREDITOR ID: 279142-33
JA-RU, INC
ATTN KENNETH T KOCHAN, CFO
4030 PHILLIPS HIGHWAY
JACKSONVILLE FL 32207

CREDITOR ID: 553823-BI
JASCO PRODUCTS COMPANY
PO BOX 268985
OKLAHOMA CITY OK 73126-8985

CREDITOR ID: 553822-BI
JASCO PRODUCTS COMPANY
PO BOX 26525
OKLAHOMA CITY OK 73126

CREDITOR ID: 252773-12
JASCO PRODUCTS COMPANY
ATTN EDWIN BRAWNER
LYNN RODRIGUES,, VP CUST SVC
PO BOX 26525
OKLAHOMA CITY, OK 73126

CREDITOR ID: 390934-55
JASMIN, JOANN
C/O ERICKA SCHEXNAYDER BRIGNAC, LLC
ATTNERICKA SCHEXNAYDER BRIGNAC, ESQ
PO BOX 323
ST JAMES LA 70086

CREDITOR ID: 555985-BC
JASMIN, TIARA
2674 NORTH KING STREET
LUTCHER LA 70071

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 553824-BI<br>JASON  FLETCHER<br>7040 103RD STREET<br>LOT 204<br>JACKSONVILLE FL 32210 | CREDITOR ID: 553825-BI<br>JASON A GAGLIANO<br>20401 OLD SPANISH TRAIL<br>NEW ORLEANS LA 70129 | CREDITOR ID: 553826-BI<br>JASON ARIGONI<br>13676 CORONADO DRIVE<br>SPRING HILL FL 34609 |
| CREDITOR ID: 553827-BI<br>JASON BRANNEN<br>1102 N KNIGHT STREET<br>PLANY CITY FL 33566 | CREDITOR ID: 553828-BI<br>JASON BRANNON<br>3207 E TRAPNELL ROAD<br>PLANT CITY FL 33566 | CREDITOR ID: 382578-51<br>JASON BRANNON LAWN CARE<br>1102 N. KNIGHT STREET<br>PLANT CITY, FL 33566 |
| CREDITOR ID: 553834-BI<br>JASON KRON<br>114 MASON STREET<br>GRETNA LA 70053 | CREDITOR ID: 553835-BI<br>JASON M AKERS<br>152 MALLORY DRIVE<br>LAGRANGE GA 30241-6383 | CREDITOR ID: 553840-BI<br>JASON PICOU<br>117 BRADLEY PLACE<br>BELLE CHASE LA 70037 |
| CREDITOR ID: 553944-BI<br>JASPER FAMILY PRACTICE<br>PO BOX 1474<br>JASPER AL 35502 | CREDITOR ID: 252805-12<br>JASPER FAMILY PRACTICE<br>PO BOX 1474<br>JASPER, AL 35502 | CREDITOR ID: 252806-12<br>JASPER PRODUCTS LLC<br>ATTN KENNETH D HAUBEIN, PRESIDENT<br>PO BOX 503776<br>ST LOUIS, MO 63150-3776 |
| CREDITOR ID: 553946-BI<br>JASPER PRODUCTS LLC<br>PO BOX 503776<br>ST LOUIS MO 63150-3776 | CREDITOR ID: 553945-BI<br>JASPER PRODUCTS LLC<br>3877 E 27TH STREET<br>JOPLIN MO 64804 | CREDITOR ID: 553947-BI<br>JASPER WATER WORKS / SEWER BRD<br>PO BOX 1348<br>JASPER AL 35502-1348 |
| CREDITOR ID: 506-03<br>JASPER WATERWORKS & SEWER BD INC<br>ATTN DIANNE GADDY<br>PO BOX 1348<br>JASPER AL 35502-1348 | CREDITOR ID: 536222-BA<br>JASQUES, GISLAINE<br>C/O MARK SCHIFFRIN, P.A.<br>4600 SHERIDAN ST, SUITE 303<br>HOLLYWOOD FL 33021 | CREDITOR ID: 538251-BA<br>JASQUES, GISLAINE<br>C/O MARK SCHIFFRIN, PA<br>4600 SHERIDAN ST #303<br>HOLLYWOOD FL 33021 |
| CREDITOR ID: 553948-BI<br>JAX HEARING AND NOISE CONTROL INC<br>P O BOX 23867<br>JACKSONVILLE FL 32241-3867 | CREDITOR ID: 553951-BI<br>JAY JOPLIN<br>275 PERDUE LANE<br>ROCKY MOUNT VA 24151 | CREDITOR ID: 315853-40<br>JAY SCHUMUNSKY TRUST<br>C/O QUINE & ASSOCIATES<br>PO BOX 833009<br>RICHARDSON, TX 75083-3009 |
| CREDITOR ID: 553952-BI<br>JAY W JOPLIN<br>275 PERDUE LANE<br>ROCKY MOUNT VA 24151 | CREDITOR ID: 553953-BI<br>JAYCO CONTROLS<br>471 ROPER PARKWAY<br>OCOEE FL 34761 | CREDITOR ID: 553954-BI<br>JAYSON BARNES<br>6115 N DAVIS HWY #46-B<br>PENSACOLA FL 32504 |
| CREDITOR ID: 384186-47<br>JB HUNT TRANSPORT, INC<br>ATTN CLARK WOODS, SR MGR MARKETING<br>615 JB HUNT CORPORATE DRIVE<br>LOWELL NC 72745 | CREDITOR ID: 2326-07<br>JB LEVERT LAND CO INC<br>PO BOX 518<br>METAIRE, LA 70004-0518 | CREDITOR ID: 315847-40<br>JC PACE LTD<br>420 THROCKMORTON STREET, SUITE 710<br>FORT  WORTH, TX 76102-3724 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

CREDITOR ID: 534665-15
JDA SOFTWARE, INC
ATTN MATTHEW M HOLMAN, ESQ
14400 N 87TH STREET
SCOTTSDALE AZ 85260

CREDITOR ID: 410908-15
JDN REALTY AL, INC
C/O KELLEY DRYE & WARREN LLP
ATTN: ROBERT LEHANE, ESQ
101 PARK AVENUE
NEW YORK NY 10178-0002

CREDITOR ID: 410908-15
JDN REALTY AL, INC
C/O DEVELOPERS DIVERSIFIED REALTY
ATTN ERIC C COTTON, ESQ
3300 ENTERPRISE PARKWAY
PO BOX 228042
BEACHWOOD OH 44122

CREDITOR ID: 553955-BI
JDN REALTY CORP
PO BOX 532614  DEPT 260
ACCT# 190260-JD1766
ATLANTA GA 30353-2614

CREDITOR ID: 315854-40
JDN REALTY CORP
ACCT# 190260-JD1766
PO BOX 532614  DEPT 260
ATLANTA, GA 30353-2614

CREDITOR ID: 553957-BI
JDN REALTY CORPORATION
PO BOX 532614
DEPT 320
ACCT# 190320-JD1321
ATLANTA GA 30353-2614

CREDITOR ID: 553956-BI
JDN REALTY CORPORATION
PO BOX 532614
DEPT 307 ACCT# 190307-JD1868
ATLANTA GA 30353-2614

CREDITOR ID: 1483-RJ
JDN REALTY CORPORATION
DEPT 320
PO BOX 532614
ATLANTA, GA 30353-2614

CREDITOR ID: 407696-99
JEA
C/O STUTSMAN & THAMES, PA
ATTN NINA M LAFLEUR, ESQ
121 W FORSYTH STREET, SUITE 600
JACKSONVILLE FL 32202

CREDITOR ID: 279462-99
JEA
C/O STUTSMAN & THAMES PA
ATTN: NINA M LAFLEUR, ESQ
121 W FORSYTH ST, STE 600
JACKSONVILLE FL 32202

CREDITOR ID: 553958-BI
JEA
PO BOX 44297
JACKSONVILLE FL 32231-4297

CREDITOR ID: 553959-BI
JEAN AYCOCK
2801 WARRICK CIRCLE  APT G1
GOLDSBORO NC 27534

CREDITOR ID: 553963-BI
JEAN M WILLIAMS
113 A SHELBY LANE
ALBANY GA 31701

CREDITOR ID: 555987-BC
JEAN PIERRE (MINOR), SHAMEKA
16090 NE 6 AVE
MIAMI FL 33162

CREDITOR ID: 555986-BC
JEAN, CAROLE
6905 RIVER RUN DRIVE
APARTMENT 201
TAMPA FL 33617

CREDITOR ID: 538252-BA
JEAN, LINDA
C/O FRESHMAN, FRESHMAN & TRAITZ, PA
ATTN:  LAWRENCE N FRESHMAN
9155 S. DADELAND BLVD STE 1014
MIAMI FL 33155

CREDITOR ID: 536223-BA
JEAN, LINDA
13671 NW 15TH AVENUE
MIAMI FL 33167

CREDITOR ID: 416087-L1
JEAN, MELIA
C/O LEVINE BUSCH SCHNEPPER ET AL
ATTN SANFORD M REINSTEIN, ESQ.
9100 S DADELAND BLVD, STE 1010
MIAMI FL 33156

CREDITOR ID: 392084-55
JEAN, RELIN
C/O ROSEN & ROSEN, PA
ATTN HELEN A FARBER, ESQ
4000 HOLLYWOOD BLVD, SUITE 725-S
HOLLYWOOD FL 33021

CREDITOR ID: 553964-BI
JEANERETTE ELEMENTARY
600 IRA ST
JEANERETTE LA 70544

CREDITOR ID: 538253-BA
JEAN-FRANCOIS, DENISE
C/O FELDMAN & GETZ, LLP
ATTN:  PHILLIP FELDMAN ESQ
1877 SOUTH FEDERAL HWY, STE 110
BOCA RATON FL 33432

CREDITOR ID: 536224-BA
JEAN-FRANCOIS, DENISE
2479 NW 96TH STREET
MIAMI FL 33147

CREDITOR ID: 555988-BC
JEAN-LOUIS, JADEN
3103 ROBERTS LANE
LAKE WORTH FL 33461

CREDITOR ID: 388079-54
JEAN-LOUIS, SIMONE
515 NW 124TH STREET
MIAMI, FL 33168

CREDITOR ID: 553967-BI
JEANNE MCGREGOR MD MPH
404 NORTH ALEXANDER STREET
PLANT CITY FL 33566

CREDITOR ID: 390654-55
JEANSONNE, BENAY L (MINOR)
C/O JERRY L LAVESPERE, JR, ESQ
1805 JACKSON STREET
ALEXANDRIA LA 71301

CREDITOR ID: 393412-55
JEANSONNE, LEE M
C/O JERRY L LAVESPERE, JR, ESQ
1805 JACKSON ST.
ALEXANDRIA LA 71301

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                             **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 553970-BI<br>JEFF BRANCH<br>2750 NORTH EAST 165TH TERRACE<br>WILLISTON FL 32696 | CREDITOR ID: 552035-BI<br>JEFF DAVIS ELEMENTARY SCHOOL<br>340 ST MARY BOULEVARD<br>BILOXI MS 39531 | CREDITOR ID: 552036-BI<br>JEFF FORBRICK<br>5510 CREEK POINT DRIVE<br>HICKORY NC 28601 |
| CREDITOR ID: 552037-BI<br>JEFF GILLESPIE<br>4708 HENRY WILSON CREEK DRIVE<br>MILTON FL 32583 | CREDITOR ID: 552047-BI<br>JEFF R THORNTON<br>2520 17TH AVENUE<br>NORTHPORT AL 35476 | CREDITOR ID: 552052-BI<br>JEFF SANDERS PROMOTIONAL PRODUCTS<br>ATTN CORPORATE MERCH<br>5671 SW ARCTIC DRIVE<br>BEAVERTON OR 97005-4153 |
| CREDITOR ID: 552053-BI<br>JEFF WYATT CIRCUIT CLERK ST CLAIR COUNTY<br>PO BOX 1589<br>ASHVILLE AL 35953 | CREDITOR ID: 406814-MS<br>JEFFCOAT, TROY V<br>1105 CHARTER OAK DRIVE<br>TAYLORS SC 29687 | CREDITOR ID: 410489-15<br>JEFFEREY, WANNA<br>C/O GRAHAM WOODS PL<br>ATTN TOM WOODS, ESQ<br>171 HOOD AVENUE, SUITE 21<br>TAVENIER FL 33070 |
| CREDITOR ID: 417067-15<br>JEFFERIES, MARK S<br>2828 DAVISTOWN ROAD<br>WENDELL NC 27591 | CREDITOR ID: 555989-BC<br>JEFFERS, TERESA<br>3792 STARRATT RD<br>JACKSONVILLE FL 32226 | CREDITOR ID: 389546-54<br>JEFFERS, VIRGIA<br>766 TAYLOR FERRY ROAD<br>BOYDTON, VA 23917 |
| CREDITOR ID: 389546-54<br>JEFFERS, VIRGIA<br>C/O BARBARA G MASON LAW OFFICES<br>ATTN BARBARA G MASON, ESQ<br>535 HALIFAX STREET<br>PO BOX 1242<br>EMPORIA VA 23847 | CREDITOR ID: 555991-BC<br>JEFFERSON (MINOR), BRIA<br>1601 HERNANDO DRIVE<br>TALLAHASSEE FL 32310 | CREDITOR ID: 552056-BI<br>JEFFERSON BOTTLING CO / BIG SHOT 7-UP<br>PO BOX 62774<br>NEW ORLEANS LA 70162 |
| CREDITOR ID: 552055-BI<br>JEFFERSON BOTTLING CO / BIG SHOT 7-UP<br>PO BOX 281335<br>ATLANTA GA 30384 | CREDITOR ID: 552057-BI<br>JEFFERSON CNTY DEPT OF REVENUE<br>PO BOX 830710<br>BIRMINGHAM AL 38283-0710 | CREDITOR ID: 552058-BI<br>JEFFERSON COMMUNITY ACTION HEAD START<br>1221 ELMWOOD BLVD  STE 402<br>JEFFERSON LA 70123 |
| CREDITOR ID: 552060-BI<br>JEFFERSON COUNTY CIRCUIT CIVIL COURT<br>RM 400 CV CASES<br>716 N RICHARD ARRINGTON JR BLVD N<br>BIRMINGHAM AL 35203 | CREDITOR ID: 552059-BI<br>JEFFERSON COUNTY CIRCUIT CIVIL COURT<br>RM 400 CV CASES<br>716 N RICHARD ARRIGNTON JR BLVD<br>BERMINGHAM AL 35203 | CREDITOR ID: 552061-BI<br>JEFFERSON COUNTY COMMISION<br>PO BOX 830614<br>BIRMINGHAM AL 35283-0614 |
| CREDITOR ID: 552062-BI<br>JEFFERSON COUNTY SEWER SVC<br>SEWER SERVICE FUND<br>COUNTY COURT HSE BLDG<br>BIRMINGHAM AL 35263-0034 | CREDITOR ID: 552063-BI<br>JEFFERSON ELEMENTARY<br>4440 JEFFERSON HWY<br>JEFFERSON LA 70121 | CREDITOR ID: 452434-T1<br>JEFFERSON PARISH CLERK OF COURT<br>PO BOX 9<br>PARISH COURTHOUSE<br>GRETNA LA 70054-0009 |
| CREDITOR ID: 552064-BI<br>JEFFERSON PARISH DEPARTMENT OF<br>ENVIRONMENTAL AFFAIRS<br>4901 JEFFERSON HIGHWAY STE E<br>JEFFERSON LA 70121 | CREDITOR ID: 552065-BI<br>JEFFERSON PARISH DEPT OF WATER<br>1221 ELMWOOD PARK BLVD<br>HARAHAN LA 70123-2321 | CREDITOR ID: 552542-BI<br>JEFFERSON PARISH SHERIFFS<br>SHERIFF AND TAX COLLECTOR<br>P O BOX 277<br>GRETNA LA 70054 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 252892-12
JEFFERSON PARISH SHERIFFS OFFICE
SHERIFF AND TAX COLLECTOR
PO BOX 277
GRETNA LA 70054

CREDITOR ID: 241075-11
JEFFERSON PARISH SHERIFF'S OFFICE
DEPARTMENT OF REVENUE & TAXATION
ACCOUNT NO.: 16-182711
PO BOX 248
GRENTNA, LA 70054-0248

CREDITOR ID: 552543-BI
JEFFERSON PARISH SHERRIFFS OFFICE
FEDI VENDOR/KEVIN MURPHY
781 MYSTIC AVENUE
TERRYTOWN LA 70056

CREDITOR ID: 317925-42
JEFFERSON PARISH TAX COLLECTOR
PO BOX 130
GRETNA LA 70054

CREDITOR ID: 380979-47
JEFFERSON PILOT COMMUNICATIONS CO/
WBTV, INC
ATTN SARAH AKERS, CREDIT ADM
ONE JULIAN PRICE PLACE
CHARLOTTE, NC 28208

CREDITOR ID: 397236-67
JEFFERSON SMURFIT
ATTN: GENERAL COUNSEL
2002 EAST 18TH STREET
JACKSONVILLE, FL 32206

CREDITOR ID: 252895-12
JEFFERSON TIMES
C/O MID-SOUTH MANAGEMENT CO INC
PO BOX 1634
SPARTANBURG, SC 29304

CREDITOR ID: 552544-BI
JEFFERSON TIMES
P O BOX 1634
SPARTANBURG SC 29304

CREDITOR ID: 552545-BI
JEFFERSON TROPHIES & AWARDS
3820 AIRLINE DRIVE
METAIRIE LA 70001

CREDITOR ID: 555990-BC
JEFFERSON, DARANE
3727 CRESENT GARDENS
TUSCALOOSA AL 35404

CREDITOR ID: 452110-98
JEFFERSON-PILOT INVESTMENTS INC
C/O DIANA PALECEK
100 NORTH GREENE STREET
GREENSBORO NC 27401

CREDITOR ID: 452110-98
JEFFERSON-PILOT INVESTMENTS INC
C/O NEXSEN PRUET ADAMS KLEEMEIER
ATTN CHRISTINE L MYATT, ESQ
PO BOX 3463
GREENSBORO NC 27402

CREDITOR ID: 534923-15
JEFFERSON-PILOT INVESTMENTS, INC
ATTN DIANA R PALECEK
PO BOX 21008
GREENSBORO NC 27420

CREDITOR ID: 534923-15
JEFFERSON-PILOT INVESTMENTS, INC
C/O NEXSEN PRUET ADAMS KLEEMEIER
ATTN CHRISTINE L MYATT, ESQ
PO BOX 3463
GREENSBORO NC 27402

CREDITOR ID: 552546-BI
JEFFERSON-PILOT LIFE
INSURANCE COMPANY
ATTN DEE CURTIS MORTGAGE LN DP
PO BOX 20407
GREENSBORO NC 27420

CREDITOR ID: 1484-07
JEFFERSON-PILOT LIFE INSURANCE CO
ATTN: DEE CURTIS
PO BOX 20407
GREENSBORO, NC 27420

CREDITOR ID: 410448-15
JEFFERSON-PILOT LIFE INSURANCE CO
C/O NEXSEN PRUET ADAMS KLEEMEIER
ATTN: BENJAMIN A KAHN, ESQ
701 GREEN VALLEY ROAD, SUITE 100
GREENSBORO NC 27408

CREDITOR ID: 410448-15
JEFFERSON-PILOT LIFE INSURANCE CO
ATTN DIANA R PALECEK, ESQ
CHRISTINE L MYATT, ESQ
PO BOX 21008
GREENSBORO NC 27420

CREDITOR ID: 552548-BI
JEFFERY BURNLEY
100 THOUSAND OAKS CIRCLE
JACKSON MS 39212

CREDITOR ID: 552549-BI
JEFFERY L* MOORE
180 PARADISE TRAIL
GUYTON GA 31312

CREDITOR ID: 552558-BI
JEFFREY'S BEER & WINE
1950 NORTH GREENE STREET
GREENVILLE NC 27834

CREDITOR ID: 403782-94
JEFFREYS, MICHAEL S
276 VILLAGE GREEN AVE
JACKSON FL 32259

CREDITOR ID: 252927-12
JEL MAR
ATTN RICK EDMONDS
135 S LASALLE DEPT 1108
CHICAGO, IL 60674-1108

CREDITOR ID: 552560-BI
JEL MAR
135 S LASALLE DEPT 1108
CHICAGO IL 60674-1108

CREDITOR ID: 279398-36
JEL SERT COMPANY, THE
ATTN RONALD L MOTSINGER, CR DIR
PO BOX 261
WEST CHICAGO IL 60186-0261

CREDITOR ID: 252929-12
JELLY BELLY CANDY COMPANY
ATTN CYNTHIA KING, AR SUPERV
ONE JELLY BELLY LANE
FAIRFIELD CA 94533

CREDITOR ID: 552561-BI
JEM INVESTMENTS LTD
600 MADISON AVENUE
TAMPA FL 33602-4039

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                     **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1485-07<br>JEM INVESTMENTS LTD<br>600 MADISON AVENUE<br>TAMPA, FL 33602-4039 | CREDITOR ID: 411030-99<br>JEM INVESTMENTS, LTD<br>C/O HILL WARD & HENDERSON, PA<br>ATTN PAIGE A GREENLEE, ESQ<br>101 E KENNEDY BLVD, STE 3700<br>TAMPA FL 33602 | CREDITOR ID: 552562-BI<br>JENKINS<br>2119 NEW HOUSE RD<br>SHELBY NC 28150 |
| CREDITOR ID: 552563-BI<br>JENKINS FOODS INC<br>2119 NEW HOUSE RD<br>SHELBY NC 28150 | CREDITOR ID: 252937-12<br>JENKINS GAS & OIL CO<br>1103 MARINE BLVD<br>JACKSONVILLE, NC 28540 | CREDITOR ID: 538254-BA<br>JENKINS, ALECIA<br>C/O STEINGER, ISCOE & PHILIPS, P.A.<br>ATTN:  SEAN J GREENE ESQ<br>1645 PALM BEACH LAKES BLVD., 9TH FL<br>WEST PALM BEACH FL 33401 |
| CREDITOR ID: 536225-BA<br>JENKINS, ALECIA<br>5024 NW EGRET AVE<br>PORT SAINT LUCIE FL 34983 | CREDITOR ID: 385890-54<br>JENKINS, ANNETTE<br>1620 INVERNESS DRIVE<br>FAYETTEVILLE, NC 28304 | CREDITOR ID: 265463-31<br>JENKINS, BERTRAM<br>PO BOX 3148<br>BELLAIRE TX 77402 |
| CREDITOR ID: 555994-BC<br>JENKINS, BETTY<br>2725 21ST ST WEST<br>BIRMINGHAM AL 35201 | CREDITOR ID: 555993-BC<br>JENKINS, CELESTA<br>212 6TH STREET NORTH<br>JACKSONVILLE FL 32250 | CREDITOR ID: 536226-BA<br>JENKINS, DARLENE<br>7237 KURNNORT ST<br>MARRERO LA 70072 |
| CREDITOR ID: 538255-BA<br>JENKINS, DARLENE<br>C/O GAUDIN & GAUDIN ATTY AT LAW<br>ATTN:  PIERRE F GAUDIN ESQ<br>P.O. BOX 156<br>1088 FOURTH ST.<br>GRETNA LA 70053 | CREDITOR ID: 390816-55<br>JENKINS, DARLENE<br>C/O GAUDIN & GAUDIN<br>ATTN PIERRE F GAUDIN, ESQ<br>PO BOX 156<br>GRETNA LA 70053 | CREDITOR ID: 410872-15<br>JENKINS, DELIA<br>C/O RYWANT ALVAREZ, ET AL<br>ATTN GREGORY D JONES, ESQ<br>109 N BRUSH STREET, SUITE 500<br>PO BOX 3283<br>TAMPA FL 33602 |
| CREDITOR ID: 410872-15<br>JENKINS, DELIA<br>3561 GAINESVILLE ROAD<br>OCALA FL 34475 | CREDITOR ID: 406815-MS<br>JENKINS, ERNEST L<br>108 WEST ISLAND DRIVE<br>OAK ISLAND NC 28465-7707 | CREDITOR ID: 390732-55<br>JENKINS, FREDRICKA (MINOR)<br>C/O PERSONAL INJURY LAW CENTER, PA<br>ATTN: TODD H SEIDEN, ESQ<br>4263 HENDERSON BLVD<br>TAMPA FL 33629 |
| CREDITOR ID: 403783-94<br>JENKINS, JILL A<br>400 SOUTH POINTE DRIVE, APT 609<br>MIAMI BEACH FL 33139 | CREDITOR ID: 403784-94<br>JENKINS, LEE R<br>1074 CLUB HILLS DR<br>EUSTIS FL 32726 | CREDITOR ID: 538256-BA<br>JENKINS, LORETTA ELAINE<br>C/O MORGAN & MORGAN<br>ATTN:  HARREN E UDELL<br>P.O.  BOX 4979<br>ORLANDO FL 32802-4979 |
| CREDITOR ID: 536227-BA<br>JENKINS, LORETTA ELAINE<br>4834 INDIALANTIC DR.<br>ORLANDO FL 32808 | CREDITOR ID: 555995-BC<br>JENKINS, MARCIA<br>5405 CATHY DR<br>MONTGOMERY AL 36108 | CREDITOR ID: 406816-MS<br>JENKINS, MARK S<br>333 SUMMERCOVE CIRCLE<br>ST AUGUSTINE FL 32086 |
| CREDITOR ID: 393570-55<br>JENKINS, MARY G<br>C/O LAW OFFICES OF ANDREW C BURRELL<br>ATTN ANDREW C BURELL, ESQ<br>1092 ACADIAN DRIVE, SUITE 4<br>GULFPORT MS 39507 | CREDITOR ID: 390116-54<br>JENKINS, MARY G<br>1100 COWAN RD<br>GULFPORT, MS 39507 | CREDITOR ID: 536228-BA<br>JENKINS, RICKEDRA<br>463 MARMOTTE ST<br>MOBILE AL 36617 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of**
**Reorganization, (B) Occurrence of Effective Date**
**of Plan, and (C) Bar Dates for Filing claims Arising**
**before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 389122-54<br>JENKINS, ROSALIE<br>PO BOX 3545<br>LAKE CITY, FL 32055 | CREDITOR ID: 555992-BC<br>JENKINS, SHIRLEY<br>1402 CAPE COVE BLVD<br>ORLANDO FL 32839 | CREDITOR ID: 536229-BA<br>JENKINS, VALERIE<br>4386 PRINCE HALL BLVD.<br>ORLANDO FL 32811 |
| CREDITOR ID: 402718-89<br>JENKINS, WILLIS<br>3025 WOODLAND CHURCH ROAD<br>YOUNGSVILLE NC 27596 | CREDITOR ID: 555996-BC<br>JENKINSMINOR), KAYLA<br>519 NW 14TH AVE.<br>FORT LAUDERDALE FL 33311 | CREDITOR ID: 252941-12<br>JENNER & BLOCK LLP<br>ONE IBM PLAZA<br>CHICAGO, IL 60611 |
| CREDITOR ID: 552565-BI<br>JENNER & BLOCK LLP<br>ONE IBM PLAZA<br>CHICAGO IL 60611 | CREDITOR ID: 552564-BI<br>JENNER & BLOCK LLP<br>330 N WABASH<br>CHICAGO IL 60606 | CREDITOR ID: 552566-BI<br>JENNIE O FOODS INC<br>PO BOX 93447<br>CHICAGO IL 60673-0001 |
| CREDITOR ID: 395446-64<br>JENNIE-O<br>PO BOX 778<br>WILMAR, MN 56201 | CREDITOR ID: 382025-36<br>JENNIE-O TURKEY STORE<br>ATTN FORD SYMONDS, CR MGR<br>1 HORMEL PLACE<br>AUSTIN MN 55912-3680 | CREDITOR ID: 552569-BI<br>JENNIFER BOWEN<br>2654 QUANTUM LAKES DRIVE<br>BOYNTON BEACH FL 33426 |
| CREDITOR ID: 552571-BI<br>JENNIFER BRINSON<br>3110 GRAYSTONE LANE<br>APT # 1806<br>ALBANY GA 31721 | CREDITOR ID: 552574-BI<br>JENNIFER CARDEN<br>18700 E SILVERHILL AVE<br>ROBERTSDALE AL 36567 | CREDITOR ID: 552573-BI<br>JENNIFER CARDEN<br>120 WILKES CIRCLE<br>MIDFIELD AL 35228 |
| CREDITOR ID: 552669-BI<br>JENNIFER FOTOVICH<br>742 MARTIN LAKES DRIVE EAST<br>JACKSONVILLE FL 32220 | CREDITOR ID: 552674-BI<br>JENNIFER KELLER<br>6000 JEAN STREET<br>METAIRIE LA 70003 | CREDITOR ID: 552683-BI<br>JENNIFER SMITH-FABBRI<br>2051 GIBSON ROAD<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 252980-12<br>JENNINGS DAILY NEWS<br>ATTN: DONA H SMITH<br>PO BOX 910<br>JENNINGS, LA 70546 | CREDITOR ID: 552685-BI<br>JENNINGS DAILY NEWS<br>P O BOX 910<br>JENNINGS LA 70546 | CREDITOR ID: 536230-BA<br>JENNINGS, LAURIE<br>18062 1ST AVE<br>ORLANDO FL 32820 |
| CREDITOR ID: 153229-09<br>JENNINGS, PHYLLIS A<br>541 STATE STREET EXT<br>ROCK HILL SC 29730-5731 | CREDITOR ID: 534645-15<br>JENNINGS, PHYLLIS A<br>541 STATE STREET EXT<br>ROCK HILL SC 29730-5731 | CREDITOR ID: 279098-99<br>JENNIS & BOWEN PL<br>ATTN:  DAVID S. JENNIS<br>400 N ASHLEY DRIVE, STE 2540<br>TAMPA FL 33602 |
| CREDITOR ID: 406818-MS<br>JENSCHKE, SCOTT<br>3734 TYNEMOORE TRCE SE<br>SMYRNA GA 30080-5985 | CREDITOR ID: 406170-15<br>JENSEN-POULIN, TAINALE<br>C/O HARRY M HAUSMAN LAW OFFICE<br>ATTN HARRY M HAUSMAN, ESQ<br>235 N UNIVERSITY DRIVE<br>PEMBROKE PINES FL 33024 | CREDITOR ID: 406170-15<br>JENSEN-POULIN, TAINALE<br>1401 NE 32ND PLACE<br>POMPANO BEACH FL 33064 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 552689-BI<br>JEREMIAH WARD<br>29 YANTLEY ROAD<br>LISMAN AL 36912 | CREDITOR ID: 552695-BI<br>JEREMY JARMAN<br>7642 STAGECOACH ROAD<br>PENSACOLA FL 32526 | CREDITOR ID: 552696-BI<br>JEREMY LEMOINE<br>PO BOX 7<br>MAUREPAS LA 70449 |
| CREDITOR ID: 552700-BI<br>JERI L PANTER<br>412 GARDENIA STREET<br>PANAMA CITY BEACH FL 32413 | CREDITOR ID: 406819-MS<br>JERNIGAN, LINVELL<br>913 LINDA AVE<br>FAYETTEVILLE NC 28306 | CREDITOR ID: 552701-BI<br>JEROME APRIL<br>11021 SW 172 TERRACE<br>MIAMI FL 33157 |
| CREDITOR ID: 315855-40<br>JEROME H & FAITH PEARLMAN TRUST<br>C/O JEROME H AND FAITH PERLMAN<br>828 WOODACRES ROAD<br>SANTA  MONICA, CA 90402 | CREDITOR ID: 552702-BI<br>JEROME H PEARLMAN AND<br>828 WOODACRES ROAD<br>C/O JEROME H AND FAITH PERLMAN<br>SANTA MONICA CA 90402 | CREDITOR ID: 552797-BI<br>JEROME HARPER<br>5214 FOXBORO ROAD<br>JACKSONVILLE FL 32208 |
| CREDITOR ID: 552799-BI<br>JERRY DULA<br>109 MAIN STREET<br>HUDSON NC 28638 | CREDITOR ID: 552801-BI<br>JERRY HIGGINS TIRE & AUTO SER<br>PO BOX 1388<br>MONTGOMERY AL 36102-1388 | CREDITOR ID: 552805-BI<br>JERRY P OWEN CLERK<br>CLEBURNE CO COURTHOUSE<br>120 VICKERY ST RM 202<br>HEFLIN AL 36264 |
| CREDITOR ID: 552806-BI<br>JERRY PYBUS ELECTRIC<br>1327 N TYNDALL PARKWAY<br>PANAMA CITY FL 32404 | CREDITOR ID: 552809-BI<br>JERRY* MORRISON<br>PO BOX 7727<br>ID# 115328<br>PORT ST LUCIE FL 34985 | CREDITOR ID: 253028-12<br>JESSE JONES LLC<br>ATTN KARL WHITE<br>PO BOX 7067<br>FREDERICKSBURG, VA 22404-7067 |
| CREDITOR ID: 552812-BI<br>JESSE JONES LLC<br>PO BOX 7067<br>FREDERICKSBURG VA 22404-7067 | CREDITOR ID: 552815-BI<br>JESSICA ALEGRE<br>222 NE GOLDEN RAIN TERRACE<br>LEE FL 32059 | CREDITOR ID: 552823-BI<br>JESUP VICTORY INC<br>PO BOX 4767<br>COLUMBUS GA 31914 |
| CREDITOR ID: 253046-12<br>JESUP VICTORY, LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 | CREDITOR ID: 253046-12<br>JESUP VICTORY, LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M BARKER JR, ESQ<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 552825-BI<br>JESUS CHRIST THE ROCK EVAGELISTIC CHURCH<br>P O BOX 1192<br>HARVEY LA 70059 |
| CREDITOR ID: 552826-BI<br>JESUS PALACIO MD PA<br>PO BOX 885<br>SOUTH BAY FL 33493 | CREDITOR ID: 381203-47<br>JESUS PALACIO MD PA<br>PO BOX 885<br>SOUTH BAY, FL 33493 | CREDITOR ID: 400276-85<br>JETSON, JAMES<br>C/O JAMES A JOHNSON, PC<br>ATTN HENDRIK S SNOW, ESQ<br>21 N FLORIDA STREET<br>MOBILE AL 36607 |
| CREDITOR ID: 552827-BI<br>JEWELEAN WELLS<br>7141 WAYSIDE DRIVE<br>NEW ORLEANS LA 70128-2531 | CREDITOR ID: 555997-BC<br>JEWETT, CHARLOTTE<br>5251 TREETOPS DR.<br>NAPLES FL 34101 | CREDITOR ID: 555998-BC<br>JEWWETT, SUANN<br>1319 E 45TH ST.<br>APT B2<br>KEARNEY NE 68847 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 400051-84<br>JEZINA, DOLORES<br>777 SOUTH FEDERAL HIGHWAY, APT G319<br>POMPANO BEACH FL 33062 | CREDITOR ID: 400415-85<br>JEZINA, DOLORES<br>C/O GREGORY E MONALDI LAW OFFICES<br>ATTN JOSE A NEGRONI, ESQ<br>200 SE 9TH ST<br>FORT LAUDERDALE FL 33316-1020 | CREDITOR ID: 552828-BI<br>JFC INTERNATIONAL<br>1925 NORTH NORCROSS RUCKER RD<br>ATLANTA GA 30071 |
| CREDITOR ID: 552829-BI<br>JFE SHOJI TRADE AMERICA INC<br>DEPT CH 17173<br>PALATINE IL 60055-7173 | CREDITOR ID: 253679-12<br>JFE SHOJI TRADE AMERICA INC FKA<br>KAWASHO INTERNATIONAL USA INC<br>ATTN MARK SHIRLOFF<br>45 BROADWAY, 18TH FLOOR<br>NEW YORK NY 10006 | CREDITOR ID: 555999-BC<br>JHIN, JHUN<br>15024 N.W. 7TH AVE<br>MIAMI FL 33168 |
| CREDITOR ID: 253074-12<br>JIM DIMEO WELDING SERVICE<br>ATTN JAMES J DIMEO OWNER<br>1019 GASTON AVE<br>GASTONIA NC 28052 | CREDITOR ID: 552931-BI<br>JIM WILLIAMS FENCE COMPANY<br>934 EAST ROSE STREET<br>LAKELAND FL 33801 | CREDITOR ID: 253093-12<br>JIMBO'S JUMBOS INC<br>ATTN WILLIAM E MCKEOWN, TREAS<br>PO BOX 465<br>EDENTON NC 27932 |
| CREDITOR ID: 391688-55<br>JIMENEZ, BETHANN<br>C/O BACON LAW FIRM<br>ATTN GARY A BACON, ESQ<br>100 MARINERS DRIVE, SUITE C<br>KINGSLAND GA 31548 | CREDITOR ID: 538257-BA<br>JIMENEZ, CARIDAD<br>C/O FERNANDO POMARES<br>12002 SW 128TH COURT, STE 104<br>MIAMI FL 33186 | CREDITOR ID: 536231-BA<br>JIMENEZ, CARIDAD<br>6251 SW 109 CT<br>MIAMI FL 33173 |
| CREDITOR ID: 416542-L1<br>JIMENEZ, CONSUELO<br>C/O DARRIGO & DIAZ LAW OFFICES<br>ATTN EDUARDO JIMENEZ, ESQ<br>4503 N ARMENIA AVENUE, SUITE 101<br>TAMPA FL 33603 | CREDITOR ID: 416542-L1<br>JIMENEZ, CONSUELO<br>415-1/2 NORTH CHICAGO STREET<br>LOS ANGELES CA 90033 | CREDITOR ID: 556001-BC<br>JIMENEZ, DAYMARA<br>2929 W. OAKRIDGE ROAD APT D<br>ORLANDO FL 32810 |
| CREDITOR ID: 536232-BA<br>JIMENEZ, IMELDA<br>5303 HOLTLAND DR<br>APOPKA FL 32712 | CREDITOR ID: 536233-BA<br>JIMENEZ, LANGA<br>2697 UNIVERSITY ACRE DR.<br>ORLANDO FL 32817 | CREDITOR ID: 538258-BA<br>JIMENEZ, LANGA<br>C/O ALEJO LAW PL<br>ATTN:  LEMAR F ALEJO ESQ<br>934 N. MAGNOLIA AVE, STE 304<br>ORLANDO FL 32803 |
| CREDITOR ID: 556000-BC<br>JIMENEZ, LICCETT<br>219 WEST WRASLING WAY<br>478-988-1292<br>BONAIRE GA 31005 | CREDITOR ID: 390741-55<br>JIMENEZ, MIGEALIA<br>C/O STOKES & GONZALEZ, PA<br>ATTN JACINTO J GONZALEZ, ESQ<br>169 EAST FLAGLER STREET, SUITE 1420<br>MIAMI FL 33131 | CREDITOR ID: 556002-BC<br>JIMENEZ, SILVIA<br>4680 WEST 13 LANE<br>APT. 223<br>HIALEAH FL 33012 |
| CREDITOR ID: 556003-BC<br>JIMINEZ, EVELYN<br>162 JACKSON ST<br>ALTAMONTE SPRINGS FL 32701 | CREDITOR ID: 552933-BI<br>JIMMIE SEELEY<br>2538 FOXWOOD ROAD SOUTH<br>ORANGE PARK FL 32073-6021 | CREDITOR ID: 552935-BI<br>JIMMIES FIRESTONE<br>MV11691<br>6025 SOUTH STATE ROAD 53<br>MADISON FL 32340 |
| CREDITOR ID: 552934-BI<br>JIMMIES FIRESTONE<br>6025 SOUTH STATE ROAD 53<br>MV11691<br>MADISON FL 32340 | CREDITOR ID: 552936-BI<br>JIMMY GENDRON<br>12841 HUNTER CHASE<br>FOLEY AL 36535 | CREDITOR ID: 552939-BI<br>JIMMY RYALS<br>2429 MADRID DRIVE<br>AUGUSTA GA 30906 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:    05-03817-3F1**

CREDITOR ID: 552940-BI
JIMMY STUBBS JUDGE OF PROBATE
PO BOX 280
WETUMPKA AL 36092

CREDITOR ID: 552943-BI
JIMMYS PLUMBING & REPAIR
1730 JACKSON LAKE RD
HIGH POINT NC 27263-9737

CREDITOR ID: 552944-BI
JINNETTE M PARROTTA
3612 SOUTHERN PINES DR
MIDDLEBURG FL 32068

CREDITOR ID: 536234-BA
JIVIDEN, MELINDA
5810 CHERRY RD
SEBRING FL 33875

CREDITOR ID: 552945-BI
JJ CASSONE
202 S REGENT ST
PORT CHESTER NY 10537

CREDITOR ID: 253113-12
JJ CASSONE
ATTN MARY LOU CASSONE, VP
202 S REGENT STREET
PORT CHESTER, NY 10573

CREDITOR ID: 552946-BI
JJ CASSONE BAKERY INC
202 S REGENT ST
PORT CHESTER NY 10537

CREDITOR ID: 252433-12
JJ KELLER & ASSOCIATES INC
ATTN SCOTT C BURMEISTER, DIR OF CRE
PO BOX 548
NEENAH, WI 54957-0548

CREDITOR ID: 384193-47
JJ TAYLOR DIST TAMPA BAY
5102 S 16TH AVENUE
TAMPA, FL 33619

CREDITOR ID: 395314-63
JJH SERVICES
2252 KILLINGTON DR
HARVEY, LA 70058

CREDITOR ID: 252432-12
JJH SERVICES INC
ATTN JESSE J HUNTER, OWNER
PO BOX 471
HARVEY, LA 70059-0471

CREDITOR ID: 552948-BI
JJSLC
PO BOX 406397
ATLANTA GA 30384-6397

CREDITOR ID: 552947-BI
JJSLC
P O BOX 752089
CHARLOTTE NC 28275-2089

CREDITOR ID: 552949-BI
JJT INC
3265 WEST POST ROAD
LAS VEGAS NV 89118

CREDITOR ID: 552951-BI
JKA ENTERPRISES LLC
C/O JOSEPH K ANDERSON
262 FELLS ROAD
ESSEX FELLS NJ 07021

CREDITOR ID: 552950-BI
JKA ENTERPRISES LLC
70 STEWART ROAD
C/O JOSEPH  ANDERSON
ESSEX FELLS NJ 07021

CREDITOR ID: 1487-07
JKA ENTERPRISES LLC
C/O JOSEPH K ANDERSON, PRES
262 FELLS ROAD
ESSEX FELLS, NJ 07021

CREDITOR ID: 252437-12
JL ROGERS & CALLCOTT ENG INC
ATTN ACCT RECEIVABLE
PO BOX 5655
GREENVILLE, SC 29606-5655

CREDITOR ID: 552952-BI
JM INDUSTRIAL MAINTENCE INC
512 SOPHIA STREET
RIVER RIDGE LA 70123

CREDITOR ID: 552953-BI
JM INDUSTRIAL MAINTENCE INC
512 SOPHIA STREET
RIVER RIDGE LA 70123

CREDITOR ID: 381234-47
JM INDUSTRIAL SALES INC
ATTN JOSE A MENDEZ, PRESIDENT
PO BOX 2245
HAMMOND LA 70404

CREDITOR ID: 279291-35
JM SMUCKER COMPANY, THE
ATTN BRUCE JONES, CUST SVC MGR
STRAWBERRY LANE
ORRVILLE OH 44667-0280

CREDITOR ID: 552954-BI
JMAR ENTERPRISES
P O BOX 6902
SPRINGHILL FL 34611

CREDITOR ID: 552955-BI
JMB BROS INC
PO BOX 50344
SANTA BARBARA CA 93150

CREDITOR ID: 253122-12
JMB BROS INC
PO BOX 639
PLANT CITY, FL 33564

CREDITOR ID: 552956-BI
JNB COMPANY OF VIRGINIA LLC
%ATLANTIC DEVELOPMENT & ACQUIST LLC
6912 THREE CHOPT RD
RICHMOND VA 23226

CREDITOR ID: 1488-07
JNB COMPANY OF VIRGINIA LLC
C/O ATLANTIC DEVELOPMENT & ACQUIS
6912 THREE CHOPT ROAD
RICHMOND, VA 23226

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 253126-12<br>JNB COMPANY OF VIRGINIA LLC<br>C/O JOYNES KNIGHT, LTD<br>ATTN STANLEY K JOYNES III, ESQ<br>101 SOUTH FOURTEENTH STREET<br>RICHMOND VA 23219 | CREDITOR ID: 253126-12<br>JNB COMPANY OF VIRGINIA LLC<br>ATTN BEVERLY STEWART<br>6912 THREE CHOPT RD, SUITE C<br>RICHMOND, VA 23226 | CREDITOR ID: 552957-BI<br>JNM FABRICATION INC<br>2677 NW 10TH STREET<br>STE 11<br>OCALA FL 34475 |
| CREDITOR ID: 253127-12<br>JNM FABRICATION INC<br>2677 NW 10TH STREET<br>STE 11<br>OCALA, FL 34475 | CREDITOR ID: 552958-BI<br>JOAN CLARKE<br>1275 NW 189 TERRACE<br>MIAMI FL 33169 | CREDITOR ID: 552962-BI<br>JOANNE GAGE<br>3817 BRAMPTON ISLAND CT N<br>JACKSONVILLE FL 32224 |
| CREDITOR ID: 553059-BI<br>JOANNE IRENE FLYNN<br>11745 DONATO DRIVE<br>JACKSONVILLE FL 32226 | CREDITOR ID: 553062-BI<br>JOANNE THOMPSON<br>PO BOX 37<br>EDWARDS MS 39066 | CREDITOR ID: 452031-15<br>JOANNOU, ALEXANDRE<br>C/O NATIONAL BANK FINANCIAL<br>ACCT NO 1C-A3FE-F<br>1155 METCALFE STREET<br>MONTREAL QC H3B 4S9<br>CANADA |
| CREDITOR ID: 553063-BI<br>JOB NEWS<br>PO BOX 632896<br>CINCINNATI OH 45263-2896 | CREDITOR ID: 553064-BI<br>JOBING COM<br>4747 NORTH 22ND STREET<br>PHOENIX AZ 85016 | CREDITOR ID: 553065-BI<br>JOCELYN HALL<br>1261 ROCK SPRINGS DRIVE<br>MELBOURNE FL 32940 |
| CREDITOR ID: 556004-BC<br>JOCOY, MARY-LYNN<br>700 EAST CENTER STREET<br>OCOEE FL 34761 | CREDITOR ID: 553070-BI<br>JOE GUIDRY & SONS TIRES &<br>P O BOX 414<br>RAYNE, LA 70578 | CREDITOR ID: 253160-12<br>JOE GUIDRY & SONS, INC<br>ATTN ANNETTE D GUIDRY<br>PO BOX 414<br>RAYNE, LA 70578 |
| CREDITOR ID: 253161-12<br>JOE HILLMAN PLUMBERS, INC<br>ATTN SANDY CLEVENS, OFFICE MGR<br>2280 SW 70TH AVENUE, SUITES 1 - 2<br>DAVIE, FL 33317 | CREDITOR ID: 553071-BI<br>JOE HILLMAN PLUMBING<br>2280 SW 70TH AVENUE<br>SUITE 1 & 2<br>DAVIE FL 33317 | CREDITOR ID: 253162-12<br>JOE L ALCOKE<br>1315 S GLENBURNIE ROAD STE 20<br>NEW BERN NC 28562 |
| CREDITOR ID: 253163-12<br>JOE LEE COMPANY<br>654 VIRGINIA RD<br>EDENTON, NC 27932 | CREDITOR ID: 553072-BI<br>JOE MANORA<br>2102 WYNDSOR AVENUE<br>MONTGOMERY AL 36107 | CREDITOR ID: 553077-BI<br>JOE SIMON'S JAZZ INC<br>BOX 750085<br>NEW ORLEANS LA 70175 |
| CREDITOR ID: 553078-BI<br>JOE* TALLEY<br>161 SASSER STONE ROAD<br>BAINBRIDGE GA 39817 | CREDITOR ID: 553082-BI<br>JOEL LAIRD<br>1013 PINEWOOD AVE<br>HUEYTOWN AL 35023 | CREDITOR ID: 553085-BI<br>JOEL O LEAR<br>3648 BROOKWOOD DRIVE<br>SLIDELL LA 70458 |
| CREDITOR ID: 397163-67<br>JOE'S SUPER DISCOUNT DRUGS<br>302 CLUB CV<br>MADISON MS 39110-8801 | CREDITOR ID: 553089-BI<br>JOEY LIMOGES<br>1480 HERTIAGE ROAD<br>ID# 191135<br>VILLE PLATTE LA 70586 | CREDITOR ID: 553088-BI<br>JOEY LIMOGES<br>1480 HERITAGE ROAD<br>ID# 191135<br>VILLE PLATTE LA 70586 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 553091-BI<br>JOEY OYSTERS INC<br>PO BOX 904<br>AMITE LA 70422-0904 | CREDITOR ID: 553090-BI<br>JOEY OYSTERS INC<br>PO BOX 904<br>AMITE LA 70422 | CREDITOR ID: 253182-12<br>JOEY OYSTERS INC<br>ATTN FRANK S BELLACIA, CEO<br>VITO CARONNA, PRESIDENT<br>PO BOX 904<br>AMITE, LA 70422-0904 |
| CREDITOR ID: 553092-BI<br>JOHANNA FOODS INC<br>PO BOX 18997<br>NEWARK NJ 07191-8997 | CREDITOR ID: 384195-47<br>JOHANNA FOODS, INC<br>ATTN RICHARD COOK, VP/CFO<br>PO BOX 272<br>FLEMINGTON NJ 08822-0272 | CREDITOR ID: 539018-15<br>JOHANNA FOODS, INC<br>ATTN RICHARD A COOK<br>20 JOHANNA FARMS RD<br>FLEMINGTON NJ 08822 |
| CREDITOR ID: 553093-BI<br>JOHN A KOONS LOCKSMITHS<br>3635 FOWLER STREET<br>FORT MYERS FL 33901 | CREDITOR ID: 553190-BI<br>JOHN A SHAW ELEMENTARY SCHOOL<br>2518 ARTS ST<br>NEW ORLEANS LA 70117 | CREDITOR ID: 553192-BI<br>JOHN B SANFILIPPO<br>135 SOUTH LA SALLE DEPT 2533<br>CHICAGO IL 60674-2533 |
| CREDITOR ID: 553194-BI<br>JOHN B SANFILIPPO & SON INC<br>2533 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 | CREDITOR ID: 553193-BI<br>JOHN B SANFILIPPO & SON INC<br>2299 BUSSE ROAD<br>ELK GROVE VILLAGE IL 60007 | CREDITOR ID: 253193-12<br>JOHN B SANFILIPPO & SON INC<br>ATTN PUNI NAGPAL, CREDIT MGR<br>2299 BUSSE ROAD<br>ELK GROVE VILLAGE IL 60007 |
| CREDITOR ID: 269280-99<br>JOHN BENETTI ASSOCIATES<br>C/O ANDERLINI FINKELSTEIN ET AL<br>ATTN: DAVID G. FINKELSTEIN<br>400 SOUTH EL CAMINO REAL , STE 700<br>SAN MATEO CA 94402 | CREDITOR ID: 553195-BI<br>JOHN BENETTI ASSOCIATES<br>% JOHN BENETTI<br>80 MOUNT VERNON LANE<br>ATHERTON CA 94025 | CREDITOR ID: 553196-BI<br>JOHN BROWN<br>194 PEACHTREE DRIVE<br>BYRAM MS 39272 |
| CREDITOR ID: 553197-BI<br>JOHN C EYSTER AND E LEE BARRAN<br>PO BOX 1663<br>DECATUR AL 35602-1663 | CREDITOR ID: 553198-BI<br>JOHN C MCALEER III<br>STANDING TRUSTEE<br>PO BOX 1884<br>MOBILE AL 36633 | CREDITOR ID: 553199-BI<br>JOHN CARROLL<br>16488 M P PLANCHE ROAD<br>COVINGTON LA 70435 |
| CREDITOR ID: 553200-BI<br>JOHN CARROLL CATHOLIC HIGH SCHOOL<br>300 LAKESHORE PARKWAY<br>BIRMINGHAM AL 35209 | CREDITOR ID: 553202-BI<br>JOHN CLANCY ELEMENTARY<br>2100 MAINE AVE<br>KENNER LA 70062 | CREDITOR ID: 553203-BI<br>JOHN COPES FOOD PRODUCTS INC<br>PO BOX 7324<br>LANCASTER PA 17604 |
| CREDITOR ID: 253201-12<br>JOHN COPES FOOD PRODUCTS INC<br>PO BOX 7324<br>LANCASTER, PA 17604 | CREDITOR ID: 553204-BI<br>JOHN CROY<br>3304 SYDNEY ROAD<br>PLANT CITY FL 33566 | CREDITOR ID: 553205-BI<br>JOHN CURTIS CHRISTIAN SCHOOL<br>10125 JEFFERSON HWY<br>RIVER RIDGE LA 70123-2496 |
| CREDITOR ID: 553207-BI<br>JOHN D GUILLORY<br>1065 JO MILL LOOP<br>EUNICE LA 70535 | CREDITOR ID: 553213-BI<br>JOHN E ANDERSON<br>1801 ART MUSEUM DRIVE<br>3RD FLOOR<br>JACKSONVILLE FL 32207 | CREDITOR ID: 417043-QR<br>JOHN E PARKER, ESQ<br>PO BOX 457<br>303 FIRST STREET EAST<br>HAMPTON SC 29924 |

SERVICE LIST
Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 553215-BI<br>JOHN E TUCKER ESQ<br>PO BOX 320001<br>FLOWOOD MS 39232-0001 | CREDITOR ID: 553216-BI<br>JOHN EDWARDS CO<br>PO BOX 118<br>INDIAN TRAIL NC 28079-0118 | CREDITOR ID: 253214-12<br>JOHN EDWARDS CO, INC<br>ATTN JOHN M EDWARDS<br>PO BOX 118<br>INDIAN TRAIL, NC 28079-0118 |
| CREDITOR ID: 553217-BI<br>JOHN EHRET HIGH SCHOOL<br>4300 PATRIOT ST<br>MARRERO LA 70072 | CREDITOR ID: 553218-BI<br>JOHN F* BEST<br>1192 ANDES DRIVE<br>ID# 112788<br>WINTER SPRINGS FL 32708 | CREDITOR ID: 553220-BI<br>JOHN G ARNOLD<br>104 LINCOLN PLACE<br>APT A1<br>ST SIMONS ISLAND GA 31522 |
| CREDITOR ID: 553222-BI<br>JOHN GLASS<br>2705 INVERNESS CLIFFS<br>BIRMINGHAM AL 35242 | CREDITOR ID: 553322-BI<br>JOHN GWYN<br>200 GRANDVILLA DRIVE<br>A-20<br>DOTHAN AL 36301 | CREDITOR ID: 553323-BI<br>JOHN H DASBURG<br>2 SOUTH BISCAYNE BLVD<br>SUITE 3663<br>MIAMI FL 33131 |
| CREDITOR ID: 553324-BI<br>JOHN H MURCOTT INC<br>200 CABOT ST<br>WEST BABYLON NY 11704-1112 | CREDITOR ID: 253222-12<br>JOHN H MURCOTT INC<br>200 CABOT ST<br>WEST BABYLON, NY 11704-1112 | CREDITOR ID: 553325-BI<br>JOHN H. MURCOTT<br>200 CABOT ST<br>WEST BABYLON NY 11704-1102 |
| CREDITOR ID: 533763-99<br>JOHN HAAS WEINSTEIN APLC<br>ATTN: TOM ST GERMAIN<br>407 S UNION STREET<br>OPELOUSAS LA 70570 | CREDITOR ID: 253225-12<br>JOHN HENRY CO<br>ATTN A W PIKE, CONTROLLER<br>PO BOX 17099<br>LANSING, MI 48901-7099 | CREDITOR ID: 553327-BI<br>JOHN HO LAGATTA<br>NEVADA STATE BANK ATTN:R TEIXERIA<br>1W LIBERTY ST. FOR CREDIT TO:<br>TRUST ACCT #542039011<br>RENO NV 89501 |
| CREDITOR ID: 553328-BI<br>JOHN HODGES<br>2300 ELIASBERG STREET<br>PENSACOLA FL 32507 | CREDITOR ID: 553330-BI<br>JOHN HOPPER<br>1557 GARDEN CIRCLE<br>BURLINGTON NC 27215 | CREDITOR ID: 553329-BI<br>JOHN HOPPER<br>1515 S MEBANE STREET<br>APT 89<br>BURLINGTON NC 27215 |
| CREDITOR ID: 553334-BI<br>JOHN J JERUE TRANSPORTATION INC<br>PO BOX 9007<br>BARTOW FL 33831-9007 | CREDITOR ID: 553333-BI<br>JOHN J JERUE TRANSPORTATION INC<br>3200 FLIGHTLINE DRIVE SUITE# 202<br>LAKELAND FL 33811 | CREDITOR ID: 253229-12<br>JOHN J JERUE TRANSPORTATION INC<br>ATTN BRENDA KOON, CR MGR<br>3200 FLIGHTLINE DRIVE, SUITE 202<br>LAKELAND FL 33811 |
| CREDITOR ID: 553335-BI<br>JOHN J JERUE TRANSPORTATION INC<br>USE V 838129<br>PO BOX 9007<br>BARTOW FL 33831-9007 | CREDITOR ID: 553336-BI<br>JOHN J VOGT<br>5050 EDGEWOOD COURT<br>JACKSONVILLE FL 32256 | CREDITOR ID: 406231-G4<br>JOHN J. VOGT<br>203 WEST 17TH STREET<br>SANDFORD FL 32771 |
| CREDITOR ID: 553337-BI<br>JOHN JAMES AUDUBON ELEMENTARY<br>200 W LOYOLA DR<br>KENNER LA 70065 | CREDITOR ID: 553338-BI<br>JOHN JOHNSON'S SUPERIOR MAINT<br>P O BOX 4722<br>FT WALTON BEACH FL 32549 | CREDITOR ID: 553339-BI<br>JOHN JONES<br>1500 BUCKEYE ROAD<br>WINTERHAVEN FL 33881 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 553341-BI<br>JOHN KOONS LOCKSMITHS<br>3635 FOWLER STREET<br>FORT MEYERS FL 33901 | CREDITOR ID: 253236-12<br>JOHN L & ASSOCIATES INC<br>ATTN CINDY WINGARD, OFF MGR<br>PO BOX 1388<br>PELHAM, AL 35124-5388 | CREDITOR ID: 553342-BI<br>JOHN L ORY CAM<br>182 W 5TH ST<br>LAPLACE LA 70068 |
| CREDITOR ID: 553344-BI<br>JOHN LAVIN<br>202 MYRTLE ROAD<br>CONSTRUCTION SUPERVISOR<br>GOLDSBORO NC 27534 | CREDITOR ID: 253239-12<br>JOHN LEE PAINT CO INC<br>ATTN ALICIA T KILLOUGH, SEC/TREAS<br>34 COLISEUM BLVD<br>MONTGOMERY, AL 36109 | CREDITOR ID: 553346-BI<br>JOHN M MANESS<br>619 WOODLAWN COURT<br>DANVILLE VA 24541 |
| CREDITOR ID: 553347-BI<br>JOHN M MORAN<br>7231 ORCHID LAKE ROAD<br>NEW PORT RICHEY FL 34653 | CREDITOR ID: 553349-BI<br>JOHN M WARD<br>15935 HOGENVILLE AVENUE<br>BATON ROUGE LA 70817 | CREDITOR ID: 553350-BI<br>JOHN MCDONOGH HIGH SCHOOL<br>2426 ESPLANADE AVE<br>NEW ORLEANS LA 70119 |
| CREDITOR ID: 553451-BI<br>JOHN MCGEHEE<br>5202 NORTH OAKS DRIVE<br>GREENSBORO NC 27455 | CREDITOR ID: 553453-BI<br>JOHN MIDDLETON INC<br>PO BOX 7777 W7900<br>PHILADELPHIA PA 19175 | CREDITOR ID: 553454-BI<br>JOHN MIDDLETON INC<br>PO BOX 7900<br>PHILADELPHIA PA 19175 |
| CREDITOR ID: 384196-47<br>JOHN MIDDLETON, INC<br>ATTN SELENA K MURTHA, ESQ.<br>418 W CHURCH ROAD<br>KING OF PRUSSIA PA 19406 | CREDITOR ID: 553456-BI<br>JOHN MORRELL & COMPANY<br>PO BOX 905152<br>CHARLOTTE NC 28290-0001 | CREDITOR ID: 553455-BI<br>JOHN MORRELL & COMPANY<br>12743 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 |
| CREDITOR ID: 553457-BI<br>JOHN O BUTLER CO<br>4635 W FOSTER AVE<br>CHICAGO IL 60630 | CREDITOR ID: 253248-12<br>JOHN O BUTLER CO<br>C/O SUNSTAR AMERICAS INC<br>ATTN: JANET SIMPSON<br>4635 W FOSTER AVE<br>CHICAGO, IL 60630 | CREDITOR ID: 553460-BI<br>JOHN P O'CONNOR MD<br>8151 OVERSEAS HWY #100<br>MARATHON FL 33050 |
| CREDITOR ID: 553459-BI<br>JOHN P O'CONNOR MD<br>13365 OVERSEAS HWY #102<br>MARATHON FL 33050-3513 | CREDITOR ID: 553458-BI<br>JOHN P O'CONNOR MD<br>13365 OVERSEAS HWY<br>SUITE 102/MM54<br>MARATHON FL 33050 | CREDITOR ID: 553461-BI<br>JOHN Q ADAMS MID SCHOOL<br>5525 HENICAN PLACE<br>METAIRIE LA 70003 |
| CREDITOR ID: 553466-BI<br>JOHN R WHITE CO<br>P O BOX 10043<br>3701 8TH AVE N<br>BIRMINGHAM AL 35202 | CREDITOR ID: 253263-12<br>JOHN R WHITE CO, INC<br>ATTN J WOODARD/DONALD W PATTON PRES<br>3701 8TH AVE N<br>PO BOX 10043<br>BIRMINGHAM, AL 35202 | CREDITOR ID: 553474-BI<br>JOHN SOULES FOODS<br>PO BOX 4579<br>TYLER TX 75712 |
| CREDITOR ID: 253272-12<br>JOHN STEWART WALKER INC<br>ATTN: EDITH MAYBERRY<br>3211 OLD FOREST RD<br>LYNCHBURG, VA 24501-2325 | CREDITOR ID: 553476-BI<br>JOHN T HENLEY ET AL<br>C/O RIDDLE COMMERCIAL PROPERTIES<br>PO BOX 53729<br>FAYETTEVILLE NC 28305 | CREDITOR ID: 553475-BI<br>JOHN T HENLEY ET AL<br>C/O HAMPTON DEVELOPMENT CO<br>ATTN: MR. GOODE<br>PO BOX 25967<br>GREENVILLE SC 29616 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 553480-BI<br>JOHN W WOODS<br>8499 RUCKMAN AVENUE<br>JACKSONVILLE FL 32221 | CREDITOR ID: 553483-BI<br>JOHN ZIDIAN COMPANY<br>PO BOX 951322<br>CLEVELAND OH 44193 | CREDITOR ID: 556005-BC<br>JOHN, KELLY<br>8639 LONGACRE DRIVE<br>MIRAMAR FL 33025 |
| CREDITOR ID: 553585-BI<br>JOHNATHAN SCOTT MASHBURN<br>10510 TARA DAWN CIRCLE<br>PENSACOLA FL 32514 | CREDITOR ID: 553586-BI<br>JOHNNIE BEHLIN<br>PO BOX 1009<br>VARNVILLE SC 29944 | CREDITOR ID: 553590-BI<br>JOHNNY J MICHEL<br>19 LUCILLE STREET<br>WAGGAMAN LA 70094 |
| CREDITOR ID: 553592-BI<br>JOHNNY PENDERGRAFT<br>2212 OLD HWY ONE<br>APEX NC 27502 | CREDITOR ID: 381577-47<br>JOHNNY'S LOCKSMITH & ALARMS<br>ATTN BRENDA JONES, OWNER<br>615 E ANDREW JOHNSON HWY<br>GREENEVILLE, TN 37745 | CREDITOR ID: 553597-BI<br>JOHNNYS QUALITY FOOD INC<br>7837 E SAINT BERNARD HWY<br>SAINT BERNARD LA 70085-9201 |
| CREDITOR ID: 553596-BI<br>JOHNNYS QUALITY FOOD INC<br>2014 W MAIN STREET<br>LUTCHER LA 70071 | CREDITOR ID: 395579-15<br>JOHNNY'S QUALITY FOODS INC<br>ATTN JOSEPH J MANGANO SR, PRES<br>7837 E ST BERNARD HWY<br>ST BERNARD LA 70085 | CREDITOR ID: 553484-BI<br>JOHN'S CLEANING SERVICE<br>2333 COUNTY ROAD HWY 61<br>HOUSTON AL 35572 |
| CREDITOR ID: 553598-BI<br>JOHNS SEAFOOD COMPANY<br>C/O FRANK J PANEPINTO<br>1709 LAKE SALVADOR DRIVE<br>HARVEY LA 70058 | CREDITOR ID: 253299-12<br>JOHNS SEAFOOD COMPANY<br>ATTN FRANK J PANEPINTO, OFF MGR<br>1709 LAKE SALVADOR DRIVE<br>HARVEY, LA 70058 | CREDITOR ID: 381266-47<br>JOHNS, CARL<br>6120 OLD CAMPBELLTON ROAD<br>ATLANTA, GA 30331 |
| CREDITOR ID: 406820-MS<br>JOHNS, DEAN R<br>10109 DAYLILLY COURT<br>LOUISVILLE KY 40241 | CREDITOR ID: 390922-55<br>JOHNS, DEBBIE HUGHES<br>C/O FRANK DIGIACOMO, PA<br>ATTN FRANK DIGIACOMO, ESQ<br>2440 SE FEDERAL HWY, SUITE D<br>STUART FL 34994 | CREDITOR ID: 406821-MS<br>JOHNS, DENNIS<br>954 THORNWOOD LANE<br>ORANGE PARK FL 32073 |
| CREDITOR ID: 386711-54<br>JOHNS, JUDY<br>736 LOUELLA STREET<br>NEW SMYRNA BEACH FL 32168 | CREDITOR ID: 536235-BA<br>JOHNS, NICKY<br>3140 NORTH 46TH AVENUE<br>HOLLYWOOD FL 33331 | CREDITOR ID: 153598-09<br>JOHNSEN, OSCAR J<br>5583 LAKESHORE DR<br>FT LAUDERDALE FL 33312 |
| CREDITOR ID: 536251-BA<br>JOHNSON (MINOR), CHARLES<br>1500 BOGAN CR, APT 1<br>PICAYUNE MS 39466 | CREDITOR ID: 253300-12<br>JOHNSON & ELDER, INC<br>ATTN EDWARD LEE JOHNSON, PRES<br>PO BOX 87<br>SEDLEY, VA 23878 | CREDITOR ID: 278708-99<br>JOHNSON & JOHNSON<br>ATTN JOHN WERNICKI,<br>NATIONAL SALES DIRECTOR<br>PO BOX 751059<br>CHARLOTTE NC 28275 |
| CREDITOR ID: 399445-15<br>JOHNSON & JOHNSON SALES/LOGISTIC CO<br>DIV JOHNSON & JOHNSON CONSUMER CO<br>C/O PATTERSON BELKNAP WEBB & TYLER<br>ATTN DAVID W DYKHOUSE, ESQ<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-6710 | CREDITOR ID: 553599-BI<br>JOHNSON & SONS STEEL<br>1525 ALDUC CT<br>MONTGOMERY AL 36110 | CREDITOR ID: 556029-BC<br>JOHNSON (MINOR), DESTINY<br>P.O. BOX 484<br>EDGARD LA 70049 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 536252-BA<br>JOHNSON (MINOR), JASMINE<br>4833 NW 15TH AVENUE<br>MIAMI FL 33169 | CREDITOR ID: 538268-BA<br>JOHNSON (MINOR), JASMINE<br>C/O ROSENBERG & ROSENBERG, PA<br>ATTN: DAVID KROHN ESQ<br>2501 HOLLYWOOD BLVD, STE 110<br>HOLLYWOOD FL 33020 | CREDITOR ID: 536253-BA<br>JOHNSON (MINOR), RAVEN<br>3821 ROBBINS RD<br>ORLANDO FL 32808 |
| CREDITOR ID: 538269-BA<br>JOHNSON (MINOR), RAVEN<br>C/O KENNETH J. THOMAS, ESQ.<br>1850 LEE ROAD STE. 200<br>WINTER PARK FL 32789 | CREDITOR ID: 556028-BC<br>JOHNSON (MINOR), SABRISHA<br>710 BAY STREET<br>CRESCENT CITY FL 32112 | CREDITOR ID: 397222-67<br>JOHNSON CITY HEALTH & FITNESS<br>PO BOX 4686<br>JOHNSON CITY, TN 37602 |
| CREDITOR ID: 553600-BI<br>JOHNSON CONTROLS<br>PO BOX 905240<br>CHARLOTTE NC 28290-0001 | CREDITOR ID: 553601-BI<br>JOHNSON CONTROLS<br>PO BOX 93107<br>CHICAGO IL 60673-3107 | CREDITOR ID: 253308-12<br>JOHNSON CONTROLS, INC<br>ATTN DANIEL L FORSCHLEN, SUPERVISOR<br>PO BOX 2012<br>MILWAUKEE WI 53201 |
| CREDITOR ID: 279428-99<br>JOHNSON HEARN VINEGAR ET AL<br>ATTN: JEAN WINBORNE BOYLES<br>PO BOX 1776<br>RALEIGH NC 27602 | CREDITOR ID: 536254-BA<br>JOHNSON JR, KAMERN<br>3704 SANDY LANE<br>HARVEY LA 70058 | CREDITOR ID: 240512-06<br>JOHNSON KELLEY ASSOCIATES INC<br>701 E PLANO PARKWAY, SUITE 409<br>PLANO TX 75074 |
| CREDITOR ID: 553602-BI<br>JOHNSON OIL COMPANY<br>PO BOX 64<br>230 JOHNSON LANE<br>TIFTON GA 31793 | CREDITOR ID: 383158-99<br>JOHNSON POPE BOKOR RUPPEL & BURNS<br>ATTN: MICHAEL MARKHAM<br>PO BOX 1368<br>CLEARWATER FL 33757 | CREDITOR ID: 553603-BI<br>JOHNSON PROFESSIONAL<br>DRAWER 440<br>MILWAUKEE WI 53278-0440 |
| CREDITOR ID: 538270-BA<br>JOHNSON SR., KAMERN<br>C/O MICHELLE ROBERT ESQ<br>839 ST. CHARLES AVE., STE 312<br>NEW ORLEANS LA 70130 | CREDITOR ID: 536255-BA<br>JOHNSON SR., KAMERN<br>3704 SANDY LANE<br>HARVEY LA 70058 | CREDITOR ID: 536256-BA<br>JOHNSON(MINOR), JASMINE<br>1419 ACACIA DRIVE<br>FAYETTVILLE NC 28314 |
| CREDITOR ID: 452400-99<br>JOHNSON, AMANDA<br>PARENT OF BRENDEN JOHNSON, MINOR<br>C/O IDAY & RICKE PA<br>ATTN: J R BECKER & B P ABNER, ESQS<br>PO BOX 550858<br>JACKSONVILLE FL 3225 | CREDITOR ID: 39117-05<br>JOHNSON, ANDRE A<br>1975 MAYWOOD PLACE<br>ATLANTA GA 30318-6371 | CREDITOR ID: 536236-BA<br>JOHNSON, ANGELA<br>6541 SOLAMDRA DRIVE SOUTH<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 538259-BA<br>JOHNSON, ANGELA<br>C/O MILLER, SKINNER & JOLLY<br>ATTN MR MILLER<br>1819 HENDRICKS AVE.<br>JACKSONVILLE FL 32207 | CREDITOR ID: 39124-05<br>JOHNSON, ANGELA S<br>RT 1 149G<br>HARDEEVILLE SC 29927 | CREDITOR ID: 536237-BA<br>JOHNSON, ANTOINETTE<br>3815 D'HEMACOURT ST<br>NEW ORLEANS LA 70119 |
| CREDITOR ID: 538260-BA<br>JOHNSON, ANTOINETTE<br>C/O LOUIS A GERDES ESQ<br>1739 ST BERNARD AVE<br>NEW ORLEANS LA 70116 | CREDITOR ID: 406034-15<br>JOHNSON, ARCHIE<br>C/O CAMINEZ BROWN & HARDEE, PA<br>ATTN JON D CAMINEZ<br>1307 S JEFFERSON STREET<br>MONTICELLO FL 32344 | CREDITOR ID: 406823-MS<br>JOHNSON, ARTHUR H<br>1284 ARLINGWOOD AVENUE<br>JACKSONVILLE FL 32211 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

CREDITOR ID: 390789-55
JOHNSON, AYANA (MINOR)
C/O RICHARD B TROUTMAN, PA
ATTN STEPHEN H MCNEI LL, ESQ
1101 N KENTUCKY AVENUE
WINTER PARK FL 32789

CREDITOR ID: 556023-BC
JOHNSON, BELINDA
2570 EAST LEBRAY STREET
LUTCHER LA 70071

CREDITOR ID: 556016-BC
JOHNSON, BERNICE
4 ELIZABETH ST
SELMA AL 36701

CREDITOR ID: 406824-MS
JOHNSON, BERT P
4850 COUNTRY MEADOWS BLVD
SARASOTA FL 34235

CREDITOR ID: 389042-54
JOHNSON, BETTY
21260 BRINSON AVE
PORT CHARLOTTE, FL 33952

CREDITOR ID: 389042-54
JOHNSON, BETTY
C/O TUMARKIN & RUHL, PA
ATTN RICHARD RUHL ESQ
210 WOOD STREET
PONTA GORDA FL 33950

CREDITOR ID: 381928-15
JOHNSON, BETTY
C/O STULCE & YANTIS
ATTN ARNOLD A STULCE JR, ESQ
736 GEORGIA AVENUE SUITE 100
CHATTANOOGA TN 37402

CREDITOR ID: 536238-BA
JOHNSON, BRENDA
1239 MADISON AVE
LAKELAND FL 33805

CREDITOR ID: 538261-BA
JOHNSON, BRENDA
C/O COLON & LOPEZ PA
ATTN:  MELODIE LOPEZ
1014 S. FLORIDA AVENUE
LAKELAND FL 33803

CREDITOR ID: 417002-99
JOHNSON, BRIANNA (MINOR) & JENNIFER
C/O HIDAY & RICKE PA
ATTN: JEFFREY R BECKER, ESQ
PO BOX 550858
JACKSONVILLE FL 32255

CREDITOR ID: 411258-15
JOHNSON, BRIANNA BY
JENNIFER JOHNSON, GUARDIAN
C/O KITTRELL & ROWAN, LLC
ATTN EDWARD P ROWAN, ESQ.
PO BOX 6505
MOBILE AL 36603

CREDITOR ID: 536239-BA
JOHNSON, CHERRIE
1419 ACACIA DR.
FAYETTVILLE NC 28314

CREDITOR ID: 399398-15
JOHNSON, CHRISTINE
C/O SHERRY D WALKER PA
ATTN SHERRY D WALKER, ESQ
1637 METROPOLITAN BLVD
TALLAHASSEE FL 32308

CREDITOR ID: 393314-55
JOHNSON, CLARA
C/O BRIMBERRY KAPLAN & BRIMBERRY PC
ATTN JAY BRIMBERRY, ESQ
PO BOX 1085
ALBANY GA 31702-1085

CREDITOR ID: 153973-09
JOHNSON, CONNIE J
PO BOX 2252
MONTGOMERY AL 36102

CREDITOR ID: 556018-BC
JOHNSON, DANIEL
736 NW 12TH AVENUE
FORT LAUDERDALE FL 33311

CREDITOR ID: 391202-55
JOHNSON, DANIELLE
C/O LABOURDETTE LAW FIRM, LLC
ATTN SCOT LABOURDETTE, ESQ
1100 POYDRAS STREET, SUITE 2900
NEW ORLEANS LA 70163

CREDITOR ID: 247893-12
JOHNSON, DEIDRA
2035 WINIFRED STREET
MONTGOMERY AL 36108

CREDITOR ID: 154103-09
JOHNSON, DONALD X
1448 FREEMANVILLE DRIVE
ATMORE AL 36502

CREDITOR ID: 556008-BC
JOHNSON, ELSWORTH
2415 LILLY LANE
WAUCHULA FL 33873

CREDITOR ID: 394780-57
JOHNSON, EMMA A
C/O RODERICK T MORRIS LAW OFFICE
ATTN RODERICK T MORRIS, ESQ
8000 CROWDER BLVD, STE D-2
NEW ORLEANS LA 70127

CREDITOR ID: 556010-BC
JOHNSON, FELICIA
1991 FANNIE DRIVE
TALLAHASSEE FL 32303

CREDITOR ID: 154193-09
JOHNSON, FERSHA R
3401 RICHELLE DRIVE
LOUISVILLE KY 40216

CREDITOR ID: 536240-BA
JOHNSON, GERALDINE
1300 S. SCHILLINGERS RD, LOT D5
MOBILE AL 36695

CREDITOR ID: 538262-BA
JOHNSON, GERALDINE
C/O COCHRAN FIRM - MOBILE
ATTN JEROME CARTER
401 CHURCH ST.
MOBILE AL 36602

CREDITOR ID: 385980-54
JOHNSON, GLORY J
696 SW 5TH STREET, APT 3
BELLE GLADE, FL 33430

CREDITOR ID: 391156-55
JOHNSON, GRACE
C/O CARTER B WRIGHT, ESQ
201 HOLIDAY BLVD, STE 204
COVINGTON LA 70433

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:    05-03817-3F1**

CREDITOR ID: 556017-BC
JOHNSON, HOPE
213 ACADEMY CT
SANFORD FL 32771

CREDITOR ID: 406822-MS
JOHNSON, HUGH T JR
103 CATHEDRAL WAY
CARY NC 27513

CREDITOR ID: 536241-BA
JOHNSON, INDIA
12262 BUCHANAN LN.
ROSELAND LA 70438

CREDITOR ID: 154274-09
JOHNSON, IRIS S
2312 D RAINTREE COURT
BIRMINGHAM AL 35215

CREDITOR ID: 556014-BC
JOHNSON, I'SHYNE
7301 BENSON ST
NEW ORLEANS LA 70127

CREDITOR ID: 393600-55
JOHNSON, JACQUELINE KENNEDY
C/O RONALD L MONROE, ESQ
701 SOUTH PETERS STREET
NEW ORLEANS LA 70130

CREDITOR ID: 393005-55
JOHNSON, JAMIE D
C/O ROTSTEIN & SHIFFMAN, LLP
ATTN MICHAEL A SHIFFMAN, ESQ
309 OAKRIDGE BLVD, SUITE B
DAYTONA BEACH FL 32118

CREDITOR ID: 536242-BA
JOHNSON, JEAN
BOX 28-COUNTY ROAD 192
CLANTON AL 35046

CREDITOR ID: 538263-BA
JOHNSON, JEAN
C/O ELIZABETH HUMPHREY HUNTLEY
404  2ND AVE. SOUTH
CLANTON AL 35045

CREDITOR ID: 253014-12
JOHNSON, JERRY
807 E 120TH AVE, APT B
TAMPA FL 33612

CREDITOR ID: 534885-15
JOHNSON, JERRY
510 FRANCIS BLVD
LAKELAND FL 33801

CREDITOR ID: 536243-BA
JOHNSON, JESSIE
1332 HOLMAN STREET
RALEIGH NC 27601

CREDITOR ID: 556024-BC
JOHNSON, KATHY
3498 NE 11TH AVE
OAKLAND PARK FL 33334

CREDITOR ID: 536244-BA
JOHNSON, LATASHA
8784 CHESTER ROAD
YULEE FL 32097

CREDITOR ID: 538264-BA
JOHNSON, LATASHA
THE LAW OFFICES OF J. SCOTT NOONEY
ATTN:  KRISTENE  LAFLASH
3535 HENDRICKS AVENUE
JACKSONVILLE FL 32207-3303

CREDITOR ID: 556025-BC
JOHNSON, LATENCIA
307 ZILIA
LAFAYETTE LA 70501

CREDITOR ID: 397894-76
JOHNSON, LAURA
C/O SHANA M ROOKS & ASSOCIATES, LLC
ATTN SHANA M ROOKS, ESQ.
116 S MAIN STREET, SUITE 4
JONESBORO, GA 30236

CREDITOR ID: 556012-BC
JOHNSON, LINDA
41 MAGNOLIA DRIVE
7175
PHENIX CITY AL 36870

CREDITOR ID: 556021-BC
JOHNSON, LISA
8019 SYCAMORE LANE N
JACKSONVILLE FL 32219

CREDITOR ID: 556009-BC
JOHNSON, LISA
2528 GATOR LANE
PENSACOLA FL 32503

CREDITOR ID: 536245-BA
JOHNSON, LORETTA
5200 N.W. 26 AVENUE
MIAMI FL 33142

CREDITOR ID: 538265-BA
JOHNSON, LORETTA
C/O CORIROSSI & BENNETT
ATTN ROBERT G CORIROSSI
GROVE PLAZA - 2ND  FL
2900 MIDDLE STREET
COCONUT GROVE FL 33133

CREDITOR ID: 536246-BA
JOHNSON, LORETTA
318 SOUTHWIND DR, APT 22
PALM BEACH GARDENS FL 33408

CREDITOR ID: 556007-BC
JOHNSON, MARRO
176 ROSLAIE DRIVE
AVONDALE LA 70094

CREDITOR ID: 154745-09
JOHNSON, MELANIE R
PO BOX 8384
ANNISTON AL 36202

CREDITOR ID: 416928-99
JOHNSON, MICAH NICOLE (MINOR)
BY MICHELLE SUE JOHNSON, GUARDIAN
C/O WILCOX LAW FIRM
ATTN ROBERT D WILCOX, ESQ.
6817 SOUTHPOINT PKWY, SUITE 1302
JACKSONVILLE FL 32216

CREDITOR ID: 556015-BC
JOHNSON, MICHAEL
7049 BARRINGTON
NEW ORLEANS LA 70126

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 416927-15<br>JOHNSON, MICHELLE SUE<br>C/O WILCOX LAW FIRM<br>ATTN ROBERT D WILCOX, ESQ.<br>6817 SOUTHPOINT PKWY, SUITE 1302<br>JACKSONVILLE FL 32216 | CREDITOR ID: 384243-47<br>JOHNSON, MIKE<br>5901 LA VISTA LN<br>BRADENTON FL 34210-3939 | CREDITOR ID: 536247-BA<br>JOHNSON, MILDRED<br>441 COUNTY ROAD 356<br>CLANTON AL 35046 |
| CREDITOR ID: 392108-55<br>JOHNSON, MILLIE<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN J SCOTT NOONEY, ESQ<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 392199-55<br>JOHNSON, PATRICIA<br>C/O JON D CAMINEZ, PA<br>ATTN JON D CAMINEZ, ESQ<br>1307 JEFFERSON STREET<br>MONTICELLO FL 32344 | CREDITOR ID: 536248-BA<br>JOHNSON, PERLA<br>1921 7TH AVE. DR. EAST<br>BRADENTON FL 34208 |
| CREDITOR ID: 556006-BC<br>JOHNSON, RAGAN<br>2480 NE 4TH PLACE<br>OCALA FL 34479 | CREDITOR ID: 406827-MS<br>JOHNSON, ROBERT L<br>1655 C VINELAND CIRCLE<br>ORANGE PARK FL 32003 | CREDITOR ID: 556020-BC<br>JOHNSON, ROSE<br>11877 SWOOPING WILLOW ROAD<br>JACKSONVILLE FL 32223 |
| CREDITOR ID: 556022-BC<br>JOHNSON, RUBY<br>3801 S. OCEAN DR.<br>11-V<br>HOLLYWOOD FL 33019 | CREDITOR ID: 279501-99<br>JOHNSON, RUSSELL R<br>2258 WHEATLAND DR<br>MANAKIN SABOT VA 23103-2168 | CREDITOR ID: 408296-15<br>JOHNSON, SANDRA<br>415 ROSA STREET<br>PICAYUNE MS 39466 |
| CREDITOR ID: 416926-15<br>JOHNSON, SHAUN KEVIN<br>C/O WILCOX LAW FIRM<br>ATTN ROBERT D WILCOX, ESQ.<br>6817 SOUTHPOINT PKWY, SUITE 1302<br>JACKSONVILLE FL 32216 | CREDITOR ID: 386744-54<br>JOHNSON, SHEILA<br>6668 MOUNT ZION BLVD APT G83<br>MORROW GA 30260-2800 | CREDITOR ID: 538266-BA<br>JOHNSON, SHIRLEY<br>C/O JOSEPH WILLIAMS PA<br>701 E. MARKET ST<br>PO BOX 21247<br>GREENSBORO NC 27420 |
| CREDITOR ID: 536249-BA<br>JOHNSON, SHIRLEY<br>353 CREEK LOOP RD<br>MADISON NC 27025 | CREDITOR ID: 155087-09<br>JOHNSON, SHONTERRA T<br>265 EASTGATE DRIVE<br>DOTHAN AL 36303 | CREDITOR ID: 536250-BA<br>JOHNSON, STACIE<br>6725 ZEIGLER BLVD., APT 97<br>MOBILE AL 36608 |
| CREDITOR ID: 538267-BA<br>JOHNSON, STACIE<br>LAW OFFICES OF PHILLIP M. LESLIE, P<br>2259 COSTARIDES ST<br>MOBILE AL 36617 | CREDITOR ID: 556013-BC<br>JOHNSON, SUSAN<br>1794 ROYAL FERN LANE<br>ORANGE PARK FL 32003 | CREDITOR ID: 387462-54<br>JOHNSON, SYLVIA<br>180 S BAGGETT CIRCLE<br>BREWTON AL 36426 |
| CREDITOR ID: 387322-54<br>JOHNSON, TAREAKA (MINOR)<br>1380 NW 58TH TERRACE<br>MIAMI, FL 33142 | CREDITOR ID: 387322-54<br>JOHNSON, TAREAKA (MINOR)<br>C/O JOSHUA D MEDVIN & ASSOCIATES<br>ATTN CULLEN J LANE, ESQ<br>4112 AURORA STREET<br>CORAL GABLES FL 33146 | CREDITOR ID: 416833-L1<br>JOHNSON, TERESA<br>C/O BRENT ADAMS & ASSOCIATES<br>ATTN BRENTON D ADAMS, ESQ.<br>119 LUCKNOW SQUARE<br>PO BOX 1389<br>DUNN NC 28335 |
| CREDITOR ID: 416833-L1<br>JOHNSON, TERESA<br>C/O BRENT ADAMS & ASSOCIATES<br>ATTN BRENT ADAMS, ESQ.<br>4208 SIX FORKS ROAD, SUITE 360<br>RALEIGH NC 27609 | CREDITOR ID: 556026-BC<br>JOHNSON, TONY<br>2909 WAHNISH WAY<br>TALLAHASSEE FL 32305 | CREDITOR ID: 556027-BC<br>JOHNSON, TRACIE<br>1115 DUCREST ST.<br>OSCAR LA 70762 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 391737-55<br>JOHNSON, TREVIS (MINOR)<br>C/O JOHN G GEORGE, PA<br>ATTN JOHN G GEORGE, ESQ<br>315 SE 7TH STREET<br>FT. LAUDERDALE FL 33301 | CREDITOR ID: 556011-BC<br>JOHNSON, VALERIE<br>6102 SEVEN SPRINGS BLVD.<br>GREENACRES FL 33463 | CREDITOR ID: 390169-54<br>JOHNSON, WANDA<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN J SCOTT NOONEY, ESQ<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 390169-54<br>JOHNSON, WANDA<br>9533 DEVONSHIRE BLVD<br>JACKSONVILLE, FL 32218 | CREDITOR ID: 556019-BC<br>JOHNSON, WARREN<br>2077 WOODCUTTER CT<br>SPRING HILL FL 34606 | CREDITOR ID: 410774-15<br>JOHNSON-ADAMS, CHRISTINA<br>C/O HORROX & GLUGOVER, PA<br>ATTN JOSEPH M HORROX ESQ<br>1030 W INT'L SPDWY BLVD, SUITE 270<br>DAYTONA BEACH FL 32114 |
| CREDITOR ID: 395580-15<br>JOHNSONDIVERSEY FOOD GROUP<br>ATTN MILES LULE, CREDIT ANALYST<br>8310 16TH STREET, MS 4880<br>PO BOX 902<br>STURTEVANT WI 53177 | CREDITOR ID: 553605-BI<br>JOHNSONS CRANE SERVICE<br>1735 NORTH LANE AVE<br>JACKSONVILLE FL 32254 | CREDITOR ID: 553606-BI<br>JOHNSONS CRANE SERVICE INC<br>1735 NORTH LANE AVENUE<br>JACKSONVILLE FL 32254 |
| CREDITOR ID: 553604-BI<br>JOHNSON'S CRANE SERVICE INC<br>1735 NORTH LANE AVENUE<br>JACKSONVILLE FL 32254 | CREDITOR ID: 253315-12<br>JOHNSON'S SAUSAGE FACTORY INC<br>RON JOHNSON - CONTACT PERSON<br>PO BOX 488<br>MAURICE, LA 70555 | CREDITOR ID: 553607-BI<br>JOHNSONS WRECKER SERVICE INC<br>500 WILMER AVE<br>ORLANDO FL 32808 |
| CREDITOR ID: 253318-12<br>JOHNSONS WRECKER SERVICE INC<br>500 WILMER AVE<br>ORLANDO, FL 32808 | CREDITOR ID: 556031-BC<br>JOHNSON-THOMAS, LOIS<br>2137 BANNEKER WAY<br>SARASOTA FL 34230 | CREDITOR ID: 553608-BI<br>JOHNSONVILLE SAUSAGE<br>3270 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 |
| CREDITOR ID: 253319-12<br>JOHNSONVILLE SAUSAGE, LLC<br>ATTN JOY KRUGEL, CREDIT MGR<br>PO BOX 786<br>SHEBOYGAN WI 53082-0786 | CREDITOR ID: 553610-BI<br>JOHNSTON COUNTY TAX COLLECTOR<br>PO BOX 34129<br>CHARLOTTE NC 28234-4129 | CREDITOR ID: 553609-BI<br>JOHNSTON COUNTY TAX COLLECTOR<br>P O BOX 34129<br>CHARLOTTE NC 28234-4129 |
| CREDITOR ID: 399432-99<br>JOHNSTON HARRIS GERDE & JELKS PA<br>ATTN: JERRY GERDE<br>239 E 4TH ST<br>PANAMA CITY FL 32402 | CREDITOR ID: 553611-BI<br>JOHNSTON STREET ELEMENTARY SCHOOL<br>400 JOHNSTON STREET<br>NEW IBERIA LA 70560 | CREDITOR ID: 556032-BC<br>JOHNSTON, CYNTHIA DEANN<br>80 MCGOWAN FERRY RD<br>CHILDERSBURG AL 35044 |
| CREDITOR ID: 406828-MS<br>JOHNSTON, KENNETH<br>C/O SKEETERS BENNETT & WILSON PLC<br>ATTN MICHAEL A PIKE, ESQ<br>PO BOX 610<br>RADCLIFF KY 40160 | CREDITOR ID: 406828-MS<br>JOHNSTON, KENNETH<br>100 RIDGEWOOD CT<br>ELIZABETHTOWN KY 42701 | CREDITOR ID: 406829-MS<br>JOHNSTON, WILLIAM A<br>3427 LAKE RADGETT DRIVE<br>LAND-O-LAKE FL 34639 |
| CREDITOR ID: 553615-BI<br>JOHNSTONE SUPPLY<br>500-100 PARK STREET<br>JACKSONVILLE FL 32204 | CREDITOR ID: 553614-BI<br>JOHNSTONE SUPPLY<br>500-100 PARK STREET<br>JACKSONVILLE FL 32204 | CREDITOR ID: 553613-BI<br>JOHNSTONE SUPPLY<br>2700 SW 3RD PLACE<br>OCALA FL 34474 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                       **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 553612-BI<br>JOHNSTONE SUPPLY<br>11710 CENTRAL PKWY<br>JACKSONVILLE FL 32224 | CREDITOR ID: 253338-12<br>JOHNSTONE SUPPLY<br>PO BOX 555399<br>ORLANDO, FL 32855 | CREDITOR ID: 253336-12<br>JOHNSTONE SUPPLY<br>ATTN: HAROLD C PETIT JR, PRESIDENT<br>ATTN:  BRIAN CASTANZA<br>PO BOX 23716<br>HARAHAN, LA 70183-0716 |
| CREDITOR ID: 253331-12<br>JOHNSTONE SUPPLY<br>6041 9 SIESTA LANE<br>PORT RICHEY, FL 34668 | CREDITOR ID: 253330-12<br>JOHNSTONE SUPPLY<br>ATTN JUNE C HAYWOOD, CREDIT MGR<br>522 PARK STREET<br>JACKSONVILLE, FL 32204 | CREDITOR ID: 253329-12<br>JOHNSTONE SUPPLY<br>ATTN: MICHAEL DAVIDS, MGR<br>3801 1ST AVENUE NORTH<br>BIRMINGHAM, AL 35222-1303 |
| CREDITOR ID: 253325-12<br>JOHNSTONE SUPPLY<br>11710 CENTRAL PKWY<br>JACKSONVILLE, FL 32224 | CREDITOR ID: 553721-BI<br>JOHNSTONE SUPPLY<br>PO BOX 555399<br>ORLANDO FL 32855 | CREDITOR ID: 553720-BI<br>JOHNSTONE SUPPLY<br>6626 NW 20TH AVE<br>FORT LAUDERDALE FL 33309-1509 |
| CREDITOR ID: 553719-BI<br>JOHNSTONE SUPPLY<br>610 ATLANTIS ROAD<br>MELBOURNE FL 32904 | CREDITOR ID: 553718-BI<br>JOHNSTONE SUPPLY<br>566 S APPLEYARD DRIVE<br>TALLAHASSEE FL 32304 | CREDITOR ID: 553717-BI<br>JOHNSTONE SUPPLY<br>522 PARK STREET<br>JACKSONVILLE FL 32204 |
| CREDITOR ID: 553716-BI<br>JOHNSTONE SUPPLY<br>522 PARK STREET<br>JACKSONVILLE FL 32204 | CREDITOR ID: 553722-BI<br>JOILETTE COWEN<br>4081 PINE LOG DRIVE<br>MARIETTA GA 30064 | CREDITOR ID: 395673-65<br>JOINER SWEEPING & LANDSCAPING<br>2225 CARTER ROAD<br>ST. AUGUSTINE, FL 32084 |
| CREDITOR ID: 553723-BI<br>JOINER SWEEPING & LAWN SERVICE LLC<br>2225 CARTER ROAD<br>ST AUGUSTINE FL 32084 | CREDITOR ID: 406830-MS<br>JOINER, JAMES A<br>323 SOUGH GLEN ARVEN AVE<br>TEMPLE TERRACE FL 33617 | CREDITOR ID: 556033-BC<br>JOINER, JIMMIE<br>P.O. BOX 1234<br>WILMER AL 36587 |
| CREDITOR ID: 406831-MS<br>JOINER, LARRY<br>11050 WOODELM DRIVE WEST<br>JACKSONVILLE FL 33218 | CREDITOR ID: 553724-BI<br>JOINTLY OWNED NATURAL GAS<br>P O BOX 1545<br>WARNER ROBINS GA 31099-1545 | CREDITOR ID: 553726-BI<br>JOLANTA M GAJDA<br>7185 KIMBALL AVENUE<br>COCOA FL 32927 |
| CREDITOR ID: 553727-BI<br>JOLEN INC<br>PO BOX 458<br>FAIRFIELD CT 06430-0458 | CREDITOR ID: 556034-BC<br>JOLGUERA, JOSE<br>15925 SW 153 AVE<br>MIAMI FL 33187 | CREDITOR ID: 553729-BI<br>JOLITTE COWDEN<br>4081 PINE LOG DRIVE<br>MARIETTA GA 30064 |
| CREDITOR ID: 253348-12<br>JOLO FARMS INC<br>13661 DEERING BAY DR<br>MIAMI, FL 33158 | CREDITOR ID: 553730-BI<br>JOLO FARMS INC<br>13661 DEERING BAY DR<br>MIAMI FL 33158 | CREDITOR ID: 253349-12<br>JOLYS METAL WORKS INC<br>ATTN GREG K SMITH, PRES<br>PO BOX 29041<br>NEW ORLEANS, LA 70189-0041 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 553732-BI<br>JOLYS METAL WORKS INC<br>P O BOX 29041<br>NEW ORLEANS LA 70189-0041 | CREDITOR ID: 553731-BI<br>JOLYS METAL WORKS INC<br>91 ROBERT DOSSETT ROAD<br>CARRIERE MS 39426 | CREDITOR ID: 253350-12<br>JON BARRY & ASSOCIATES<br>PO BOX 127<br>CONCORD, NC 28026 |
| CREDITOR ID: 553733-BI<br>JON BARRY & ASSOCIATES<br>PO BOX 127<br>CONCORD NC 28026 | CREDITOR ID: 556054-BC<br>JONES (MINOR), AUVTREZ<br>3315 DEASON AVE<br>JACKSONVILLE FL 32254 | CREDITOR ID: 556053-BC<br>JONES (MINOR), DERRICK<br>521 NORTH SIDE AVE<br>GREEN COVE SPRINGS FL 32043 |
| CREDITOR ID: 556055-BC<br>JONES (MINOR), KAMORA<br>2138 N.W. 4TH CT.<br>POMPANO BEACH FL 33069 | CREDITOR ID: 553737-BI<br>JONES COUNTRY MEAT INC<br>THOMASVILLE RD<br>CLIMAX GA 31734 | CREDITOR ID: 384198-47<br>JONES COUNTRY MEATS INC<br>ATTN RANDALL L JONES, PRESIDENT<br>THOMASVILLE ROAD<br>CLIMAX, GA 31734 |
| CREDITOR ID: 553738-BI<br>JONES DAIRY FARM<br>PO BOX 808<br>FORT ATKINSON WI 53538-0808 | CREDITOR ID: 253369-12<br>JONES DAIRY FARM<br>ATTN STEPHEN K RUPLINGER, CR MGR<br>PO BOX 808<br>FORT ATKINSON, WI 53538-0808 | CREDITOR ID: 253371-12<br>JONES GLASS & RADIATOR LLC<br>45285 CRAPANZANO ROAD<br>HAMMOND, LA 70401 |
| CREDITOR ID: 553739-BI<br>JONES GLASS & RADIATOR SERVICE<br>45285 CRAPANZANO ROAD<br>HAMMOND LA 70401 | CREDITOR ID: 535014-W9<br>JONES MCLEOD, INC<br>1616 7TH AVE N<br>BIRMINGHAM AL 35203 | CREDITOR ID: 253373-12<br>JONES MCLEOD, INC<br>ATTN LANDY CLENDERON<br>PO BOX 1688<br>BIRMINGHAM, AL 35201-1688 |
| CREDITOR ID: 253375-12<br>JONES ONSLOW ELECTRIC<br>ATTN LARABEE L PADRICK, CCOO<br>259 WESTERN BLVD<br>JACKSONVILLE, NC 28546-5797 | CREDITOR ID: 253376-12<br>JONES STEPHEN CORPORATION<br>ATTN GARY L TAYLOR, CFO<br>PO BOX 580<br>MOODY AL 35004-0580 | CREDITOR ID: 554066-15<br>JONES STEPHEN CORPORATION<br>ATTN GARY L TAYLOR, CFO<br>3249 MOODY PARKWAY<br>MOODY AL 35004-0580 |
| CREDITOR ID: 553740-BI<br>JONES STEPHEN CORPORATION<br>PO BOX 2153<br>DEPT 3200<br>ATTN RICK CARTER<br>BIRMINGHAM AL 35287-3200 | CREDITOR ID: 405959-15<br>JONES WALKER<br>ATTN A BRUNS OR W BACKSTROM JR ESQS<br>WILLIAM M BACKSTROM JR<br>201 ST CHARLES AVENUE, 48TH FLOOR<br>NEW ORLEANS LA 70170 | CREDITOR ID: 553741-BI<br>JONES WALKER WAECHTER<br>POITEVENT CARRERE & DENEGRE<br>8555 UNITED PLAZA BOULEVARD<br>BATON ROUGE LA 70809 |
| CREDITOR ID: 390543-55<br>JONES, ALFREDA<br>C/O JOHN W CARROLL, PA<br>ATTN JOHN W CARROLL, ESQ<br>11380 PROSPERITY FARMS RD, STE 216A<br>PALM BEACH GARDENS FL 33410 | CREDITOR ID: 536257-BA<br>JONES, AMANDA<br>1225 NW 70TH STREET<br>MIAMI FL 33147 | CREDITOR ID: 538271-BA<br>JONES, AMANDA<br>LAW OFFICES OF ROBERT RUBENSTEIN<br>9350 S. DIXIE HWY, STE 1110<br>MIAMI FL 33156 |
| CREDITOR ID: 394102-56<br>JONES, ANDREA<br>2826 15TH AVENUE S<br>SAINT PETERSBURG, FL 33712 | CREDITOR ID: 394102-56<br>JONES, ANDREA<br>C/O BALES WEINSTEIN, PA<br>ATTN MICHAEL C BLICKENSDERFER, ESQ<br>11300 FOURTH STREET NORTH, STE 117<br>ST PETERSBURG FL 33716 | CREDITOR ID: 556042-BC<br>JONES, ANNETTE<br>1154 CALLE DELL NORTE APT E<br>CASSELBERRY FL 32707 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

CREDITOR ID: 155552-09
JONES, ANNETTE S
783 BRITT ROAD
MABELTON GA 30126

CREDITOR ID: 536258-BA
JONES, BEATRICE
27 GORDON COURT
LEESBURG FL 34748

CREDITOR ID: 416995-15
JONES, BETTY
C/O JOSEPH PACK, ESQ
135 SE 5TH AVENUE, SUITE 200
DELRAY BEACH FL 33483-4258

CREDITOR ID: 538272-BA
JONES, BETTY
C/O BRIGHT & CHIMERA, P.A.
ATTN  JOSEPH PACK
135 S.E. FIFTH AVE., STE 200
DELRAY BEACH FL 33484

CREDITOR ID: 536259-BA
JONES, BETTY
1140 SW 7TH ST
DELRAY BEACH FL 33444

CREDITOR ID: 536260-BA
JONES, BEVERLY
3701 NW 21ST 103
FORT LAUDERDALE FL 33311

CREDITOR ID: 538273-BA
JONES, BEVERLY
C/O JULIE A HAGER ESQ
7 SOUTHWEST 11TH COURT
FT LAUDERDALE FL 33315

CREDITOR ID: 404043-15
JONES, CATHERINE
C/O JOHNSON & ASSOCIATES LAW OFFICE
ATTN GRETA JOHNSON, ESQ
815 S WEST STREET
JACKSON MS 39201

CREDITOR ID: 391478-55
JONES, CATHERINE
C/O JOHNSON & ASSOCIATES LAW OFFICE
ATTN GRETA R JOHNSON, ESQ
PO BOX 356
JACKSON MS 39205-0356

CREDITOR ID: 275651-21
JONES, CHELSEY BY
C/O ALVENDIA & KELLY LLC
ATTN J B KELLY III/J DEMAREST
4431 CANAL STREET
NEW ORLEANS LA 70119

CREDITOR ID: 275651-21
JONES, CHELSEY BY
MICHELLE WOOLRIDGE
1815 KINGWOOD DR
KILLEEN TX 76543-3955

CREDITOR ID: 536261-BA
JONES, CLARA
10998 RIVERFALLS DR
JACKSONVILLE FL 32218

CREDITOR ID: 416543-L1
JONES, CORNELIA
PO BOX 1145
BROADWAY NC 27505

CREDITOR ID: 416739-L1
JONES, CORNELIA
C/O BEVERLY D BASDEN, PC
ATTN BEVERLY BASDEN, ESQ
1503 WOODLAND AVE
SANFORD NC 27330

CREDITOR ID: 556050-BC
JONES, CYNTHIA
3372 SHERIDAN RD.
JACKSONVILLE FL 32207

CREDITOR ID: 556041-BC
JONES, DANA
901 JOY RD G-15
COLUMBUS GA 31907

CREDITOR ID: 406833-MS
JONES, DANNY C
1129 SOUTHERN MEADOWS DR
RALEIGH NC 27603-9529

CREDITOR ID: 406834-MS
JONES, DAVID
115 RIVERS ROAD CIRCLE
PIEDMONT SC 29673

CREDITOR ID: 538274-BA
JONES, DEATREA
C/O MCPHILLIPS SHINBAUM, L.L.P
ATTN:  AARON J LUCK
516 SOUTH PERRY STREET
MONTGOMERY AL 36104

CREDITOR ID: 390740-55
JONES, DENISE
C/O KIEFER & KIEFER
ATTN KRIS P KIEFER, ESQ
2310 METAIRIE ROAD
METAIRIE LA 70001

CREDITOR ID: 392938-55
JONES, DIANE Y
C/O THE BROWN LAW FIRM, PLC
ATTN THOMAS R BROWN, ESQ
6277 DUPONT STATION CT E #3
JACKSONVILLE FL 32217

CREDITOR ID: 556049-BC
JONES, DORA
2805 CONOVER AVE
ORLANDO FL 32812

CREDITOR ID: 391101-55
JONES, ELICIA SHOWNTAY
C/O JACOBS & SARRAT
ATTN DARLENE JACOBS, ESQ
823 ST LOUIS STREET
NEW ORLEANS LA 70112

CREDITOR ID: 416093-L1
JONES, ELIZABETH
C/O WOODBURN S WESLEY LAW OFFICE
ATTN WOODBURN S WESLEY, ESQ
88 NE EGLIN PARKWAY
FORT WALTON BEACH FL 32548

CREDITOR ID: 40189-05
JONES, EMETREUS J
7251 OLD MILITARY RD
THEODORE AL 36582

CREDITOR ID: 155911-09
JONES, ERMA H
3317 ANNETTE ST
NEW ORLEANS LA 70122

CREDITOR ID: 538275-BA
JONES, EVERYELL (MINOR)
C/O NATHANIEL W TINDALL
205 W, DR. MARTIN LUTHER KING
STE 103
TAMPA FL 33603

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                            **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 536263-BA<br>JONES, EVERYELL (MINOR)<br>2915 E 24TH AVE<br>TAMPA FL 33605 | CREDITOR ID: 536264-BA<br>JONES, FEREDRICKA<br>102 PRICE ST<br>DUBLIN GA 31021 | CREDITOR ID: 538276-BA<br>JONES, FEREDRICKA<br>C/O CRAIG GANNAWAY<br>1104 BELLEVUE AVENUE<br>DUBLIN GA 31021 |
| CREDITOR ID: 382746-51<br>JONES, GARY<br>PO BOX 6339<br>JACKSONVILLE, FL 32236 | CREDITOR ID: 403786-94<br>JONES, GARY B<br>3628 SHADY WOODS STREET SOUTH<br>JACKSONVILLE FL 32224 | CREDITOR ID: 377864-45<br>JONES, GARY B<br>C/O WINN-DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 |
| CREDITOR ID: 556040-BC<br>JONES, GLORIA<br>119 WHITTLESEY COURT<br>ALBANY GA 31705 | CREDITOR ID: 556039-BC<br>JONES, GWENDOLYN<br>246 SE CAMP ST<br>APT 103<br>LAKE CITY FL 32025 | CREDITOR ID: 406835-MS<br>JONES, HAROLD D<br>23 MAGNOLIA LANE<br>WILDWOOD FL 32785 |
| CREDITOR ID: 408219-15<br>JONES, HERBERT<br>4821 TROUT RIVER BLVD<br>JACKSONVILLE FL 32208 | CREDITOR ID: 408219-15<br>JONES, HERBERT<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN J SCOTT NOONEY, ESQ<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 406832-MS<br>JONES, HUBERT JR<br>118 HIGH ROCK DRIVE<br>LAUISBURG NC 27549 |
| CREDITOR ID: 406836-MS<br>JONES, JACK P<br>5028 BELLAIRE DR S<br>FORT WORTH TX 76109 | CREDITOR ID: 556038-BC<br>JONES, JACKYE<br>5304 W. SHADES VALLEY DR.<br>MONTGOMERY AL 36108 | CREDITOR ID: 556044-BC<br>JONES, JAMEQUA<br>18545 NW 38TH AVENUE<br>MIAMI FL 33055 |
| CREDITOR ID: 385926-54<br>JONES, JANET<br>910 DIVISION STREET<br>FERNANDINA BEACH, FL 32034 | CREDITOR ID: 536265-BA<br>JONES, JERWANA<br>318 ALBERT REESE DR.<br>PRICHARD AL 36610 | CREDITOR ID: 556052-BC<br>JONES, JONI<br>380 SOUTH EUCLID AVENUE<br>DELAND FL 32720 |
| CREDITOR ID: 410516-15<br>JONES, JOSEPH D JR<br>C/O HARRIS GUIDI ROSNER ET AL<br>ATTN ROBERT M HARRIS, ESQ<br>1837 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 406837-MS<br>JONES, JOSEPH K<br>1130 ALDERMAN RD<br>JACKSONVILLE FL 32211 | CREDITOR ID: 393311-55<br>JONES, JUANITA T<br>C/O LAW OFFICE OF CRAIG GIBBS<br>ATTN RON LOFTIN, ESQ<br>1200 RIVERPLACE BLVD, SUITE 810<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 536266-BA<br>JONES, KELSEY<br>280 GEROGETOWN SHORTCUT RD<br>CRESCENT CITY FL 32112 | CREDITOR ID: 536267-BA<br>JONES, KIM<br>418 WILLIAM STREET<br>BREAUX BRIDGE LA 70517 | CREDITOR ID: 536268-BA<br>JONES, LATONYA<br>1303 ELBERTA DRIVE<br>TALLAHASSEE FL 32304 |
| CREDITOR ID: 538277-BA<br>JONES, LATONYA<br>C/O COX & BURNS PA<br>ATTN:  DAVID BURNS ESQ<br>122 SOUTH CALHOUN ST<br>TALLAHASSEE FL 32301 | CREDITOR ID: 536269-BA<br>JONES, LINDA<br>5853 MARIGOLD RD.<br>JACKSONVILLE FL 32209 | CREDITOR ID: 538278-BA<br>JONES, LINDA<br>C/O FARAH & FARAH, P.A.<br>ATTN:  D SCOTT CRAIG ESQ<br>10 WEST ADAMS ST., 3RD FLOOR<br>JACKSONVILLE FL 32202 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 390459-54<br>JONES, LINDA M<br>836 34TH AVENUE SOUTH<br>SAINT PETERSBURG, FL 33705 | CREDITOR ID: 390459-54<br>JONES, LINDA M<br>C/O PUZZANGHERA LAW OFFICES<br>ATTN PAUL PUZZANGHERA, ESQ<br>1234 9TH STREET NORTH<br>ST PETERSBURG FL 33705 | CREDITOR ID: 410706-15<br>JONES, LORETTA<br>C/O DAVID W LANGLEY, PA<br>ATTN DAVID W LANGLEY, ESQ<br>8181 W BROWARD BLVD, SUITE 204<br>PLANTATION FL 33324 |
| CREDITOR ID: 536270-BA<br>JONES, LORETTA<br>7500 NW 1ST COURT, APT 208<br>PLANTATION FL 33317 | CREDITOR ID: 40404-05<br>JONES, MARGARET L<br>11 JOE FRAZIER ROAD<br>BURTON SC 29906 | CREDITOR ID: 400289-85<br>JONES, MARIA<br>C/O DONOHOE & STAPLETON, LLC<br>ATTN CATHY R DONOHOE, ESQ<br>2781 ZELDA RD<br>MONTGOMERY AL 36106 |
| CREDITOR ID: 156316-09<br>JONES, MARIA F<br>168 SUMERLIN RD<br>HIGHLAND HOME AL 36041-3908 | CREDITOR ID: 156316-09<br>JONES, MARIA F<br>C/O DONOHOE & STAPLETON, LLC<br>ATTN CATHY B DONOHOE, ESQ<br>2781 ZELDA ROAD<br>MONTGOMERY AL 36106 | CREDITOR ID: 556046-BC<br>JONES, MARJORIE<br>34954 SW 187TH COURT<br>HOMESTEAD FL 33034 |
| CREDITOR ID: 394759-57<br>JONES, MARY<br>C/O FARAH & FARAH, PA<br>ATTN RICHARD A STAGGARD, ESQ<br>1301 PLANTATION ISLAND DR, STE 206A<br>ST AUGUSTINE FL 32080 | CREDITOR ID: 556047-BC<br>JONES, MARY<br>2000 N CONGRESS AVE UNIT 55<br>WEST PALM BEACH FL 33409 | CREDITOR ID: 256801-12<br>JONES, MURRAY<br>593 WETUMPKA STREET<br>PRATTVILLE, AL 36067 |
| CREDITOR ID: 556035-BC<br>JONES, PAMELA<br>2626 E UNIVERSITY AVE<br>APT 34<br>GAINESVILLE FL 32641 | CREDITOR ID: 556036-BC<br>JONES, PATRICIA<br>4530 9TH ST. EAST<br>BRADENTON FL 34203 | CREDITOR ID: 538279-BA<br>JONES, PATRICIA ANN<br>C/O MERRICKS, HALE & SWOPE, P.A.<br>ATTN HOWARD MERRICKS<br>2450 SUNSET POINT RD, STE D<br>CLEARWATER FL 33765 |
| CREDITOR ID: 536271-BA<br>JONES, PATRICIA ANN<br>122 LINCOLN AVE.<br>ORLANDO FL 32810 | CREDITOR ID: 556051-BC<br>JONES, PATTI<br>813 INDIAN CREEK LANE<br>PUNTA GORDA FL 33982 | CREDITOR ID: 403787-94<br>JONES, PAULETTE P<br>7830 A VAN ZYUEDEN RD<br>MERIDIAN MS 39305 |
| CREDITOR ID: 536272-BA<br>JONES, RITCHIE<br>2030 DANSON ST.<br>JACKSONVILLE FL 32209 | CREDITOR ID: 538280-BA<br>JONES, RITCHIE<br>C/O RADLOFF & RADLOFF<br>ATTN JAMES RADLOFF<br>2051 ART MUSEUM DR., STE 200<br>JACKSONVILLE FL 32207 | CREDITOR ID: 389917-54<br>JONES, ROGER E<br>C/O KELAHER CONNELL & CONNOR PC<br>ATTN GENE M CONNELL JR, ESQ<br>PO BOX 14547<br>SURFSIDE BEACH SC 29587 |
| CREDITOR ID: 389917-54<br>JONES, ROGER E<br>1729 RADIO LANE<br>CONWAY, SC 29527 | CREDITOR ID: 40516-05<br>JONES, ROOSEVELT<br>8974 DEVONSHIRE BLVD<br>JACKSONVILLE FL 32208 | CREDITOR ID: 393009-55<br>JONES, ROSA<br>C/O JEREMY E COHEN, ESQ<br>1471 TIMBERLANE RD, STE 124<br>TALLAHASSEE FL 32312 |
| CREDITOR ID: 406838-MS<br>JONES, SAM C.<br>5850 ZEBULONE RD.<br>MACON GA 31210 | CREDITOR ID: 556037-BC<br>JONES, SELENA<br>7336 BEACON HILL LOOP<br>407-298-2571<br>ORLANDO FL 32818 | CREDITOR ID: 536273-BA<br>JONES, SHA' DIAMEYON<br>323-C VIRGINIA PINES LANE<br>MONTGOMERY AL 36116 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 556043-BC
JONES, SHARON
1456 SE CR 255
LEE FL 32059

CREDITOR ID: 556045-BC
JONES, SHAYQUAJA
832 SW 29TH STREET
FORT LAUDERDALE FL 33351

CREDITOR ID: 538281-BA
JONES, STEPHANIE
C/O ROBERT RUBENSTEIN
9350 S. DIXIE HWY, STE 1110
MIAMI FL 33156

CREDITOR ID: 536274-BA
JONES, STEPHANIE
29980 SW 145TH CT
HOMESTEAD FL 33030

CREDITOR ID: 390863-55
JONES, TAUSHA
C/O FRED R DEFRANCESCH LAW OFFICES
ATTN FRED R DEFRANCESCH, ESQ
2810 W AIRLINE HWY
PO BOX 1566
LAPLACE LA 70069

CREDITOR ID: 386179-54
JONES, THERESA M
20307 BALD PATE ROAD
ALTOONA, FL 32702

CREDITOR ID: 536275-BA
JONES, TONYA
1969 NW 2 CT #8
MIAMI FL 33010

CREDITOR ID: 538282-BA
JONES, TONYA
C/O PAYER & TWOMBLY, P.A.
1999 S.W. 27TH AVE., 2ND FLOOR
MIAMI FL 33145

CREDITOR ID: 538283-BA
JONES, VALERIA
C/O MCPHILLIPS SHINBAUM, L.L.P
ATTN:  AARON J LUCK ESQ
516 SOUTH PERRY STREET
MONTGOMERY AL 36104

CREDITOR ID: 536276-BA
JONES, VALERIA
523 1ST AVE
SELMA AL 36701

CREDITOR ID: 536277-BA
JONES, WILLIE
7475 JOHN KENNEDY DRIVE
JACKSONVILLE FL 32218

CREDITOR ID: 253380-12
JONI T MORGAN DIST
LIVINGSTON PARISH NEWS
PO BOX 2493
DENHAM SPRINGS, LA 70727-2493

CREDITOR ID: 553742-BI
JONI T MORGAN DIST
LIVINGSTON PARISH NEWS
P O BOX 2493
DENHAM SPRINGS LA 70727-2493

CREDITOR ID: 40643-05
JONNALA, PRASADA R
913 BURLINGTON DR
EVANS GA 30809

CREDITOR ID: 536278-BA
JONSDOTTIR, FREYDIS
1018 ROYAL PALM ROAD
SEBASTIAN FL 32976

CREDITOR ID: 538284-BA
JONSDOTTIR, FREYDIS
C/O PLATT JACOBUS FIELDING
ATTN:  JOHN FIELDING
707 WEST EAU GALLIE BLVD.
MELBOURNE FL 32935

CREDITOR ID: 536281-BA
JORDAN (MINOR), AARON
117 WEST 24TH STREET
RIVIERA BEACH FL 33404

CREDITOR ID: 538287-BA
JORDAN (MINOR), AARON
LAW OFFICES OF SHANE L STAFFORD
2290 10TH AVENUE NORTH STE 302
LALKE WORTH FL 33461

CREDITOR ID: 253388-12
JORDAN DAVID
ATTN JONATHAN BELL, PRES
400 BABYLON RD
HORSHAM PA 19044

CREDITOR ID: 538285-BA
JORDAN, BRITTANY
LAW OFFICES OF EDWARD A. SHAMIS, JR
486 BROWN SWITCH RD.
SLIDEL, LA 70458

CREDITOR ID: 536279-BA
JORDAN, BRITTANY
816 TALLAHATCHIE ST.
BOGALUSA LA 70427

CREDITOR ID: 556057-BC
JORDAN, CAROLYN
6208 OAKLAND HEIGHTS ST
MERIDIAN MS 39307

CREDITOR ID: 556056-BC
JORDAN, CHARLES ROBERT
3920 FALLING ACORN CIR.
LAKE MARY FL 32746

CREDITOR ID: 392951-55
JORDAN, DAVID
C/O PENNINGTON & MARTINEZ
ATTN TIMOTHY J MARTINEZ, ESQ
4707 BLUEBONNET BLVD, SUITE A
BATON ROUGE LA 70809

CREDITOR ID: 391312-55
JORDAN, DENISE
C/O LAW OFFICES OF JOHN W CONNESS
ATTN JOHN W CONNESS, ESQ
1735 E ATLANTIC BLVD
POMPANO BEACH FL 33060

CREDITOR ID: 391863-55
JORDAN, JOSEPH
C/O SAM THANKACHEN, PA
ATTN SAM THANKACHEN, ESQ
446 W HILSBORO BLVD
DEERFIELD BEACH FL 33441

CREDITOR ID: 388497-54
JORDAN, MELODY
1853 TEMPLE TERRACE
MELBOURNE, FL 32935

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 534881-B1<br>JORDAN, MELODY<br>3173 WHETE ROAD<br>MELBOURNE FL 32934 | CREDITOR ID: 536280-BA<br>JORDAN, TONDA<br>12375 TROPIC DR.<br>JAX FL 32225 | CREDITOR ID: 538286-BA<br>JORDAN, TONDA<br>C/O MORGAN & MORGAN<br>ATTN:  GREGORY D PRYSOCK ESQ<br>20 N ORANGE AVENUE 16TH FL<br>PO BOX 4979<br>ORLANDO FL 32802-4979 |
| CREDITOR ID: 556058-BC<br>JORDON, VERA<br>1591 W. 36TH ST.<br>JACKSONVILLE FL 32209 | CREDITOR ID: 387850-54<br>JORGENSEN, NIEL<br>C/O COKER, MYERS, SCHICKEL, ET AL<br>ATTN JAMES H DANIEL, ESQ<br>BAYWATER SQUARE BUILDING<br>136 EAST BAY STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 387850-54<br>JORGENSEN, NIEL<br>661 BLANDING BLVD, APT 366<br>ORANGE PARK, FL 32073 |
| CREDITOR ID: 382747-51<br>JORGES, ANTONIA<br>8330 WEST 18TH LANE<br>HIALEAH, FL 33014 | CREDITOR ID: 492897-FC<br>JORGES, ANTONIO<br>8330 W 18 LN<br>HIALEAH FL 33014 | CREDITOR ID: 406839-MS<br>JORGES, ANTONIO<br>8330 W 18 LN<br>HIALEAH FL 33014 |
| CREDITOR ID: 553748-BI<br>JOSE D RANGEL<br>585 W 51 PLACE<br>APT B - 11<br>HIALEAH FL 33012 | CREDITOR ID: 553843-BI<br>JOSE H PORQUEZ<br>PO BOX 191<br>MONROE GA 30655 | CREDITOR ID: 553844-BI<br>JOSE H PORQUEZ MD<br>PO BOX 191<br>MONROE GA 30655 |
| CREDITOR ID: 553847-BI<br>JOSEPH  LEDOUX<br>742 HWY 758<br>EUNICE LA 70535 | CREDITOR ID: 553852-BI<br>JOSEPH A SHABAZZ<br>5780 ROCK ISLAND ROAD<br>BLDG #9  APT #347<br>TAMARAC FL 33319 | CREDITOR ID: 553855-BI<br>JOSEPH D DUNN<br>304 WALDEN LANDING DRIVE<br>HAMPTON GA 32028 |
| CREDITOR ID: 553857-BI<br>JOSEPH D MARTINEAU<br>4839 PALMETTO POINT DRIVE<br>PALMETTO FL 34221 | CREDITOR ID: 553858-BI<br>JOSEPH E REGINALDI<br>4181 JAY DEE DRIVE<br>MIMS FL 32754 | CREDITOR ID: 553860-BI<br>JOSEPH E* DAVIDSON<br>18720 LONE DOVE LANE<br>CLERMONT FL 34711 |
| CREDITOR ID: 553861-BI<br>JOSEPH E* DAVIDSON<br>18720 LONE DOVE LANE<br>CLERMONT FL 34715 | CREDITOR ID: 253398-12<br>JOSEPH ENTERPRISES<br>ATTN: LARRY WONG, CONTROLLER<br>425 CALIFORNIA STREET, SUITE 300<br>SAN FRANCISCO, CA 94104 | CREDITOR ID: 553864-BI<br>JOSEPH J DAVIES SCHOOL<br>4101 MISTROT DR<br>MERAUX LA 70075 |
| CREDITOR ID: 553865-BI<br>JOSEPH KARLIK<br>339 DOGWOOD CT<br>KINGSLAND GA 31548 | CREDITOR ID: 253407-12<br>JOSEPH L MORSE GERIATRIC CENTER<br>ATTN JOYCE NEWMAN<br>4847 FRED GLADSTONE DRIVE<br>WEST PALM BEACH, FL 33417 | CREDITOR ID: 553866-BI<br>JOSEPH LUCZAK<br>767 GLENSIDE CIRCLE<br>BOLINGBROOK IL 60490 |
| CREDITOR ID: 278907-30<br>JOSEPH P SULLIVAN & CO<br>PO BOX 449<br>AYER, MA 01432-0449 | CREDITOR ID: 553868-BI<br>JOSEPH P SULLIVAN & CO<br>PO BOX 449<br>AYER MA 01432-0449 | CREDITOR ID: 553870-BI<br>JOSEPH S FRAZIER<br>2423 SCANLON DRIVE<br>JACKSONVILLE FL 32210 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 553871-BI<br>JOSEPH S MAGGIORE ELEMENTARY SCHOOL<br>2504 MAINE STREET<br>METAIRIE LA 70003 | CREDITOR ID: 553872-BI<br>JOSEPH TRAFFORD<br>221 SE JEFFERSON CIR N<br>ST PETERSBURG FL 33703 | CREDITOR ID: 553874-BI<br>JOSEPH WORREL JR<br>PO BOX 413<br>WEBSTER FL 33597 |
| CREDITOR ID: 536283-BA<br>JOSEPH(MINOR), RYANEISHA<br>19751 SW 114TH AVE, APT 148<br>MIAMI FL 33157 | CREDITOR ID: 538289-BA<br>JOSEPH(MINOR), RYANEISHA<br>C/O STUART H. ABRAMSON, ESQ<br>DADELAND TOWERS, SUITE 600<br>9300 S. DADELAND BLVD.<br>MIAMIE FL 33156 | CREDITOR ID: 556059-BC<br>JOSEPH, DEYAWANTI<br>FT. LAUDERDALE<br>FORT LAUDERDALE FL 33311 |
| CREDITOR ID: 387253-54<br>JOSEPH, ELEANOR<br>6020 W ROBINSON STREET<br>ORLANDO, FL 32825 | CREDITOR ID: 387253-54<br>JOSEPH, ELEANOR<br>C/O BILLINGS MORGAN ET AL<br>ATTN JOSEPH E BOATWRIGHT, ESQ<br>399 CAROLINA AVENUE, SUITE 100<br>WINTER PARK FL 32789 | CREDITOR ID: 536282-BA<br>JOSEPH, GUERDY<br>5698 DAPHNE DRIVE<br>WEST PALM BEACH FL 33415 |
| CREDITOR ID: 538288-BA<br>JOSEPH, GUERDY<br>C/O HOWARD J KLEIN & ASSOC<br>6415 LAKE WORTH RD, SUITE 301<br>GREENACRES CITY FL 33463 | CREDITOR ID: 390931-55<br>JOSEPH, JASON<br>C/O BOGIN, MUNNS & MUNNS<br>ATTN CYNTHIA M THOMAS, ESQ<br>PO BOX 2807<br>ORLANDO FL 32802-2807 | CREDITOR ID: 534882-B1<br>JOSEPH, JASON<br>5410 BROWNELL ST<br>ORLANDO FL 32810 |
| CREDITOR ID: 556060-BC<br>JOSEPH, JESSICA<br>1901 PINE ST<br>APT 8<br>FRANKLIN LA 70538 | CREDITOR ID: 410491-15<br>JOSEPH, MARY<br>C/O GRAHAM WOODS PL<br>ATTN TOM WOODS, ESQ.<br>171 HOOD AVENUE, SUITE 21<br>TAVENIER FL 33070 | CREDITOR ID: 392584-55<br>JOSEPH, STELLA (MINOR)<br>C/OMCFARLANE & DOLAN LAW OFFICE<br>ATTN WILLIAM J MCFARLANE, ESQ<br>10394 WEST SAMPLE ROAD, SUITE 201<br>CORAL SPRINGS FL 33065 |
| CREDITOR ID: 390918-55<br>JOSEPH-EL, ELLEN<br>C/O WILLIAM C RUGGIERO LAW OFFICE<br>ATTN WILLIAM C RUGGIERO, ESQ<br>200 E BROWARD BLVD, SUITE 100<br>FT LAUDERDALE FL 33301 | CREDITOR ID: 536284-BA<br>JOSEY (MINOR), JADE<br>6208 FLAT ROCK RD.<br>COLUMBUS GA 31907 | CREDITOR ID: 157277-09<br>JOSEY, SERITA L<br>430 GARDEN ST<br>KISISMMEE FL 34744 |
| CREDITOR ID: 553974-BI<br>JOSH BULLOCKS BBQ SAUCE<br>149 NORTH FRANKLIN ST<br>ROCKY MOUNT NC 27803 | CREDITOR ID: 553979-BI<br>JOSH WILLIAMSON<br>588 PHELPS ROAD<br>HONORAVILLE AL 36042 | CREDITOR ID: 553978-BI<br>JOSH WILLIAMSON<br>412 A OAK STREET<br>GREENVILLE AL 36037 |
| CREDITOR ID: 553981-BI<br>JOSHUA BUTLER ELEMENTARY<br>300 4TH ST<br>WESTWEGO LA 70094 | CREDITOR ID: 553982-BI<br>JOSHUA CHAPMAN<br>20157 US HWY 76<br>NEWBERRY SC 29108 | CREDITOR ID: 553984-BI<br>JOSHUA GRIFFIS<br>259 CHAD CLAXTON ST<br>BAXLEY GA 31513 |
| CREDITOR ID: 536285-BA<br>JOSILUS, JUDE<br>1104 NW 8TH AVE<br>FORT LAUDERDALE FL 33311 | CREDITOR ID: 538290-BA<br>JOSILUS, JUDE<br>C/O JONATHAN KANE<br>6190 NW 11TH STREET<br>FT. LAUDERDALE FL 33313 | CREDITOR ID: 553990-BI<br>JOURNAL COMMUNITY PUBLISHING GROUP<br>1560 KINGSLEY AVENUE<br>SUITE1<br>ORANGE PARK  32073-3200 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 553991-BI<br>JOURNAL RECORD<br>P O DRAWER 1477<br>HAMILTON AL 35570 | CREDITOR ID: 253437-12<br>JOURNAL RECORD<br>ATTN HORACE MOORE<br>PO DRAWER 1477<br>HAMILTON, AL 35570 | CREDITOR ID: 262840-12<br>JOURNAL, THE<br>PO BOX 369<br>WILLIAMSTON, SC 29697 |
| CREDITOR ID: 556061-BC<br>JOURNETT, AMANDA<br>7616 FORT DESOTO ST.<br>APT. 116<br>ORLANDO FL 32822 | CREDITOR ID: 553992-BI<br>JOY CANNON<br>3304 SYDNEY ROAD<br>PLANT CITY FL 33566 | CREDITOR ID: 381235-47<br>JOY DAUZAT & HOLY FAMILY MEDICAL CLINIC<br>4218 HIGHWAY 1192<br>MARKSVILLE, LA 71351 |
| CREDITOR ID: 553994-BI<br>JOYCE BRADLEY BABIN TRUSTEE<br>PO BOX 55161<br>LITTLE ROCK AR 72215-5161 | CREDITOR ID: 553995-BI<br>JOYCE BURNS<br>7859 OAK RIDGE PLACE<br>MERIDIAN MS 39305 | CREDITOR ID: 553996-BI<br>JOYCE DUPREE<br>5030 SEDGEWICK DRIVE<br>APARTMENT # F<br>RALEIGH NC 27616 |
| CREDITOR ID: 556062-BC<br>JOYCE, CORRINE<br>102 CHEEL ROAD<br>COVINGTON LA 70433 | CREDITOR ID: 392606-55<br>JOYCE, MAE L<br>C/O KLEMICK & GAMPEL, PA<br>ATTN HERMAN KLEMICK, ESQ<br>1953 SW 27TH AVE<br>MIAMI FL 33145 | CREDITOR ID: 554000-BI<br>JOYCELYN CONYERS<br>6434 WACONDA PT RD<br>HARRISON TN 37341 |
| CREDITOR ID: 536286-BA<br>JOYNER, ALURIA AKIVI<br>2445 NW 41ST STREET<br>MIAMI FL 33142 | CREDITOR ID: 556063-BC<br>JOYNER, HENRY<br>203 DELPHINE STREET<br>LAFAYETTE LA 70506 | CREDITOR ID: 536287-BA<br>JOZWIAK HUSEBO, CHRISTINE<br>1079 SW 2ND AVE<br>POMPANO BEACH FL 33060 |
| CREDITOR ID: 554001-BI<br>JP PRODUCTS LC<br>DBA POMERANTZ<br>409 W 76TH ST<br>DAVENPORT IA 52806 | CREDITOR ID: 253450-12<br>JP PRODUCTS LC DBA POMERANTZ<br>ATTN BONNIE BRYANT, VP<br>409 W 76TH ST<br>DAVENPORT, IA 52806 | CREDITOR ID: 315858-40<br>JPI INC<br>PO BOX 32352<br>LOUISVILLE, KY 40232 |
| CREDITOR ID: 533622-DT<br>JPMORGAN CHASE BANK<br>ATTN: ARTHUR DANIEL<br>PROXY SERVICES<br>14201 DALLAS PARKWAY, SUITE 121<br>DALLAS TX 75254 | CREDITOR ID: 399394-98<br>JPMORGAN CHASE BANK NA<br>ATTN ANDREW OPEL<br>CARRIE A PARKS<br>270 PARK AVE 17TH FLR<br>NEW YORK NY 10017 | CREDITOR ID: 533623-DT<br>JPMORGAN CHASE BANK NA<br>ATTN: ARTHUR DANIEL<br>PROXY SERVICES<br>14201 DALLAS PARKWAY, SUITE 121<br>DALLAS TX 75254 |
| CREDITOR ID: 534845-97<br>JPMORGAN CHASE BANK NA<br>C/O KIRKPATRICK & LOCKHART ET AL<br>ATTN: STEVEN H EPSTEIN<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022 | CREDITOR ID: 399350-98<br>JPMORGAN CHASE BANK NA<br>ATTN STANLEY LIM<br>CARRIE A PARKS<br>270 PARK AVE 17TH FLR<br>NEW YORK NY 10017 | CREDITOR ID: 534409-98<br>JPMORGAN CHASE BANK NA<br>ATTN NEELIMA VELUVOLU<br>270 PARK AVE 17TH FLR<br>NEW YORK NY 10017 |
| CREDITOR ID: 399350-98<br>JPMORGAN CHASE BANK NA<br>C/O KIRKPATRICK & LOCKHART ET AL<br>ATTN TIMOTHY C BENNETT, ESQ<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022 | CREDITOR ID: 252448-12<br>JR FREEMAN CRANE SERVICE<br>514 WELCOME BETHESDA RD<br>LEXINGTON, NC 27295 | CREDITOR ID: 554002-BI<br>JRS CELLARS INC<br>JOSE R SUSO VICTOR SERRANO<br>7601 NW 68TH STREET<br>BAY 118<br>MIAMI FL 33166 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 253454-12<br>JRS CELLARS INC<br>JOSE R SUSO VICTOR SERRANO<br>7601 NW 68TH STREET<br>BAY 118<br>MIAMI, FL 33166 | CREDITOR ID: 554003-BI<br>JRS LOGISTICS INC<br>86 CUPP ROAD<br>CULLMAN AL 35055 | CREDITOR ID: 554004-BI<br>JRT CUSTOM CLIMATES INC<br>4876  LORI STREET<br>VALDOSTA GA 31605 |
| CREDITOR ID: 381080-47<br>JRT CUSTOM CLIMATES INC<br>ATTN JOHN F SPINDA, PRES<br>4876 LORI STREET<br>VALDOSTA, GA 31605 | CREDITOR ID: 1492-RJ<br>JRT REALTY GROUP - TIAA<br>CORPORATE PLAZA OF DEERWOOD<br>8663 BAYPINE ROAD<br>JACKSONVILLE, FL 32256 | CREDITOR ID: 554005-BI<br>JRT REALTY GROUP - TIAA<br>CORPORATE PLAZA OF DEERWOOD<br>8663 BAYPINE ROAD<br>SUITE 115<br>JACKSONVILLE FL 32256 |
| CREDITOR ID: 253456-12<br>JRT REALTY GROUP - TIAA<br>CORPORATE PLAZA OF DEERWOOD<br>8663 BAYPINE ROAD, SUITE 115<br>JACKSONVILLE, FL 32256 | CREDITOR ID: 552066-BI<br>JT COMMERCIAL SERVICE<br>PO BOX 230217<br>MONTGOMERY AL 36123 | CREDITOR ID: 253458-12<br>JT COMMERCIAL SERVICE<br>PO BOX 230217<br>MONTGOMERY, AL 36123 |
| CREDITOR ID: 407691-15<br>JT LOUISIANA CONST & MAINT INC<br>ATTN JOHN A TODESCO, SR, PRESIDENT<br>8401 DRURY ST<br>METAIRIE LA 70003 | CREDITOR ID: 380973-47<br>JT LOUISIANA CONST & MAINT INC<br>ATTN JOHN TODESCO SR, PRESIDENT<br>PO BOX 1093<br>KENNER, LA 70063-1093 | CREDITOR ID: 395672-65<br>JT MAINTENANCE SERVICE<br>PO BOX 1093<br>KENNER, LA 70063 |
| CREDITOR ID: 552067-BI<br>JUAN LOPEZ<br>3042 SW 16 TERRACE<br>ID# 159562<br>MIAMI FL 33145 | CREDITOR ID: 552070-BI<br>JUAN OLIVA<br>4520 WILLIAMS BOULEVARD K379<br>KENNER LA 70065 | CREDITOR ID: 552071-BI<br>JUAN PUERTO MD<br>1501 B 6TH AVENUE<br>IMMOKALEE FL 34142 |
| CREDITOR ID: 556064-BC<br>JUANA, ALMODOVAR<br>2134 GARFIELD ST<br>HOLLYWOOD FL 33020 | CREDITOR ID: 552073-BI<br>JUANITA SMITH<br>1640 ROPER HILL ROAD APT 12-F<br>GAINESVILLE GA 30501 | CREDITOR ID: 552074-BI<br>JUANKINA L JOHNSON<br>PO BOX 28514<br>BIRMINGHAM AL 35228 |
| CREDITOR ID: 253469-12<br>JUBILATIONS INC<br>ATTN TAMARA CRADDOCK, PRESIDENT<br>1536 GARDNER BLVD<br>BUILDING 7, STE 8<br>COLUBUS, MS 39702 | CREDITOR ID: 552075-BI<br>JUBILATIONS INC<br>1536 GARDNER BLVD<br>BUILDING 7 STE 8<br>COLUBUS MS 39702 | CREDITOR ID: 390634-55<br>JUDD, JACQUELINE<br>C/O EATON & KEMP<br>ATTN ROBERT F KEMP, ESQ.<br>3626 NORTH HALL STREET, SUITE 704<br>DALLAS TX 75219 |
| CREDITOR ID: 377865-45<br>JUDD, RICHARD C<br>C/O WINN-DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | CREDITOR ID: 406840-MS<br>JUDD, RICHARD C<br>7442 MIZNER RESERVE CT<br>BRADENTON FL 34202 | CREDITOR ID: 382334-51<br>JUDD, RICHARD C.<br>724 EAGLE POINT DRIVE<br>ST. AUGUSTINE, FL 32092 |
| CREDITOR ID: 552076-BI<br>JUDGE INC<br>P O BOX 820120<br>PHILADELPHIA PA 19182-0120 | CREDITOR ID: 538291-BA<br>JUDKINS, KATHRYN<br>C/O LAWRENCE J. MARRAFFINO, P.A.<br>3312 W. UNIVERSITY AVE<br>GAINESVILLE FL 32607 | CREDITOR ID: 536288-BA<br>JUDKINS, KATHRYN<br>C/O LAWRENCE J MARRAFFINO, P.A<br>3312 W. UNIVERSITY AVE<br>GAINESVILLE FL 32607 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 552078-BI<br>JUDSON BAPTIST CHURCH<br>32470 WALKER NORTH RD<br>WALKER LA 70785 | CREDITOR ID: 552079-BI<br>JUDY A SHORE<br>3856 EDDIE PAGE ROAD<br>PERRY FL 32347 | CREDITOR ID: 552081-BI<br>JUDY BROUILLETTE<br>14137 DENHAM ROAD<br>PRIDE LA 70770 |
| CREDITOR ID: 382749-51<br>JUDY, ANTOINETTE<br>5430 CIRCLE DR<br>WEEKI WACHI FL 34607-1407 | CREDITOR ID: 406841-MS<br>JUDY, ANTOINETTE MARIE<br>2108 PELICAN COURT<br>TARPON SPRINGS FL 34689 | CREDITOR ID: 1493-RJ<br>JULA TRUST<br>PO BOX 1566<br>CROWLEY, LA 70527-1566 |
| CREDITOR ID: 403382-99<br>JULA TRUST, LLC<br>C/O PLATZER SWERGOLD KARLIN ET AL<br>ATTN T SADUTTO/S LYDELL, ESQS<br>1065 AVENUE OF THE AMERICAS, 18TH F<br>NEW YORK NY 10018 | CREDITOR ID: 390601-55<br>JULES-DESIR, CARINE<br>C/O ROTSTEIN & SHIFFMAN, LLP<br>ATTN MICHAEL SHIFFMAN, ESQ<br>309 OAKRIDGE BLVD, SUITE B<br>DAYTONA BEACH FL 32118 | CREDITOR ID: 552084-BI<br>JULIA B NORTH<br>76 BRIGHTON ROAD NE<br>ATLANTA GA 30309 |
| CREDITOR ID: 391805-55<br>JULIAN, MARIE LOPEZ<br>C/O FRANK D IPPOLITO LAW OFFICE<br>ATTN FRANK D IPPOLITO, ESQ<br>PO BOX 2081<br>KENNER LA 70063 | CREDITOR ID: 552087-BI<br>JULIE CLINGAN<br>13213 BACKVALLEY ROAD<br>SODDY DAISY TN 37379 | CREDITOR ID: 552090-BI<br>JULINGTON CREEK BASEBALL<br>C/O DON BECKEDORF<br>921 E PLEASANT PLACE<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 552089-BI<br>JULINGTON CREEK BASEBALL<br>1232 CREEK BEND ROAD<br>JACKSONVILLE FL 32259 | CREDITOR ID: 552092-BI<br>JULIO PRIETO<br>8287 SW 128TH STREET<br>#105<br>MIAMI FL 33156-0590 | CREDITOR ID: 552093-BI<br>JULIUS BRADLEY<br>719 CEDAR DRIVE<br>DAPHNE AL 36526 |
| CREDITOR ID: 552095-BI<br>JULLAINE BOUDREAUX<br>2312 IRISH BEND ROAD<br>FRANKLIN LA 70538 | CREDITOR ID: 157493-09<br>JUMP, JOE<br>719 DENMARK STREET<br>LOUISVILLE KY 40215 | CREDITOR ID: 556065-BC<br>JUNAITIS, COLUMBIA<br>4500 NW BLITCHTON RD LOT #223<br>SILVER SPRINGS FL 34488 |
| CREDITOR ID: 552096-BI<br>JUNE BURCHFIELD<br>74 BRIDGE DRIVE<br>DOUGLASVILLE GA 30134 | CREDITOR ID: 536289-BA<br>JUNE, VELVA<br>3349 NORTHERN BLVD.<br>LAKE PLACID FL 33852 | CREDITOR ID: 157520-09<br>JUNGINGER, ROSALIE<br>PO BOX 12671<br>FORT PIERCE FL 34979-2671 |
| CREDITOR ID: 552097-BI<br>JUPITER PALM ASSOC<br>7000 W PALMETTO PARK ROAD<br>SUITE 203<br>BOCA RATON FL 33433 | CREDITOR ID: 315859-40<br>JUPITER PALM ASSOCIATES<br>7000 W PALMETTO PARK RD, SUITE 203<br>BOCA RATON, FL 33433 | CREDITOR ID: 536290-BA<br>JURGENSEN, REINA<br>5604 12TH ST.<br>ZEPHYRHILLS FL 33542 |
| CREDITOR ID: 408310-15<br>JUSSEAUME, LAURIE<br>C/O MORGAN & MORGAN, PA<br>ATTN CLEMENT L HYLAND, ESQ<br>20 N ORANGE AVENUE, SUITE 1600<br>ORLANDO FL 32801 | CREDITOR ID: 552098-BI<br>JUST BORN INC<br>PO BOX 642214<br>PITTSBURGH PA 15264-2214 | CREDITOR ID: 253517-12<br>JUST VERNS MAINT & REPAIR<br>1299 ARROW COURT<br>RANGER, GA 30734 |

SERVICE LIST

### Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing claims Arising before Effective Date and Other Administrative Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:  05-03817-3F1**

CREDITOR ID: 552099-BI
JUSTICE FOR ALL IN BROWARD
1400 SISTRUNK BOULEVARD
FORT LAUDERDALE FL 33311

CREDITOR ID: 552576-BI
JUSTICE OF THE PEACE
5TH WARD, WASHINGTON PARISH
23368 OLD COLUMBIA ROAD
ANGIE LA 70426

CREDITOR ID: 552575-BI
JUSTICE OF THE PEACE
19413 HIGHWAY 38
KENTWOOD LA 70444

CREDITOR ID: 552578-BI
JUSTICE OF THE PEACE
PO BOX 106
GRAMERCY LA 70052

CREDITOR ID: 552577-BI
JUSTICE OF THE PEACE
NINTH WARD JUSTICE COURT
1006 SINGLETARY ROAD
NEW ROADS LA 70760

CREDITOR ID: 552579-BI
JUSTICE OF THE PEACE COURT
PO BOX 395
LORANGER LA 70446

CREDITOR ID: 552580-BI
JUSTICE OF THE PEACE DAVID SELLERS
612 AVENUE G
KENTWOOD LA 70444

CREDITOR ID: 397212-67
JUSTIN DODGE CHRYSLER-JEEP LLC
1114 S. WALL STREET
CALHOUN, GA 30701

CREDITOR ID: 552589-BI
JUSTIN STEVENS
6500 LAKE GREY BLVD
# 402
JACKSONVILLE FL 32244

CREDITOR ID: 552588-BI
JUSTIN STEVENS
6500 LAKE GREY BLVD
# 402
JACKSONVILLE FL 32210

CREDITOR ID: 552587-BI
JUSTIN STEVENS
1591 LANE AVENUE SOUTH
#107-C
JACKSONVILLE FL 32210

CREDITOR ID: 552592-BI
JWB LOGISTICS INC
PO BOX 628
SEBRING FL 33871

CREDITOR ID: 315860-40
JWV (LA) LLC DBA SUNSHINE SQ
C/O JW PROPERTIES INC
PO BOX 16146
MOBILE, AL 36616-0146

CREDITOR ID: 253542-12
JWV (LA) LLC DBA SUNSHINE SQ
C/O JW PROPERTIES INC
PO BOX 16146
MOBILE, AL 36616-0146

CREDITOR ID: 552593-BI
JWV (LA) LLC DBA SUNSHINE SQ
C/O JW PROPERTIES INC
PO BOX 16146
MOBILE AL 36616-0146

CREDITOR ID: 552594-BI
JWV, INC DBA ATMORE PLAZA
PO BOX 16146
MOBILE AL 36616-0146

CREDITOR ID: 552595-BI
K & F CEILING & FLOORING
3190 SOUTH STATE ROAD 7
MIRAMAR FL 33023

CREDITOR ID: 552596-BI
K & G BOX COMPANY INC
PO BOX 931772
ATLANTA GA 31193-1772

CREDITOR ID: 552597-BI
K B PROPERTIES INC
P O POB 4899
PINEHURST NC 28374

CREDITOR ID: 552598-BI
K C PHARMACEUTICALS
3201 PRODUCER WAY
POMONA CA 91768-3901

CREDITOR ID: 253557-12
K JACOBS TRANSPORTATION LLC
ATTN KELLY JACOBS JR OR M JACOBS
PO BOX 1266
MCDONOUGH, GA 30253-1266

CREDITOR ID: 552599-BI
K TEAM PRINTING & IMAGING
2107 W THOMAS STREET
HAMMOND LA 70401

CREDITOR ID: 397701-99
K&C PRODUCE CO INC
C/O BIANCHI & MACRON LLP
ATTN: GERARD DICONZA
390 OLD COUNTRY RD
GARDEN CITY NY 11530

CREDITOR ID: 381867-99
K-2 PROPERTIES LLC
C/O KENNEDY COVINGTON LOBDELL ET AL
ATTN MARGARET R WESTBROOK, ESQ
4350 LASSITER AT NORTH HILLS AVE
STE 300 (27609); PO BOX 17047
RALEIGH NC 27619-7047

CREDITOR ID: 552601-BI
KA CHUNG NG
3311 EDENBORN AVENUE
APT #203
METAIRIE LA 70002

CREDITOR ID: 552602-BI
KAHAN-SHIR ASSOCATES
1800 N W CORPORATE BLVD
SUITE 102
BOCA RATON FL 33431

CREDITOR ID: 552603-BI
KAHN & ASSOCIATES
1000 N RAMPART STREET
NEW ORLEANS LA 70116

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 452206-15<br>KAHN AND ASSOCIATES<br>ATTN MORRIS KAHN, OWNER<br>1000 NORTH RAMPART STREET<br>NEW ORLEANS LA 70116 | CREDITOR ID: 533643-DO<br>KAILING, BRENT<br>5500 S. FREEWAY<br>FORT WORTH TX 76115 | CREDITOR ID: 382952-51<br>KAISER PERMANENTE<br>25 BLACKSTONE VALLEY PLACE<br>PO BOX 519<br>LINCOLN, RI 02865 |
| CREDITOR ID: 253567-12<br>KAL KAN FOODS INC<br>ATTN SUSAN L BASTO, CUST FIN MGR<br>PO BOX 402821<br>ATLANTA, GA 30384-2821 | CREDITOR ID: 552604-BI<br>KAL KAN FOODS INC<br>PO BOX 402821<br>ATLANTA GA 30384-2821 | CREDITOR ID: 407570-15<br>KAL KAN FOODS INC - MASTERFOODS USA<br>ATTN ALTHEA GEORGES, CUST CARE MGR<br>800 HIGH STREET<br>HACKETTSTOWN NJ 07840 |
| CREDITOR ID: 403791-94<br>KALER, RONNIE Z<br>1100 SW TAMARROW PL<br>STUART FL 34997 | CREDITOR ID: 552704-BI<br>KALLAM OIL & GAS CO<br>201 S DALTON ST<br>MADISON NC 27025-2111 | CREDITOR ID: 556067-BC<br>KALLAS, MELANIE<br>2561 NE 15TH AVENUE<br>POMPANO BEACH FL 33064 |
| CREDITOR ID: 556068-BC<br>KALLINOSIS, ELIZABETH<br>7715 SW 86ST<br>MIAMI FL 33173 | CREDITOR ID: 552705-BI<br>KALLIVAYALIL & ASSOCIATES INC<br>13245 ATLANTIC BLVD<br>SUITE 4-313<br>JACKSONVILLE FL 32225 | CREDITOR ID: 406842-MS<br>KALLIVAYALIL, MICHAEL K<br>13832 ADMIRALS BEND DR<br>JACKSONVILLE FL 32225 |
| CREDITOR ID: 536291-BA<br>KALMUK, IRENE<br>137553 VIA AURORA, #B<br>DELRAY BEACH FL 33484 | CREDITOR ID: 538292-BA<br>KALMUK, IRENE<br>C/O PERLINI & HERBERT PA<br>ATTN:  RICHARD PERLINI, ESQ<br>333 NORTHEAST 2ND ST<br>DELRAY BEACH FL 33483 | CREDITOR ID: 552706-BI<br>KALSEC<br>P O BOX 50511<br>KALAMAZOO MI 49005-0511 |
| CREDITOR ID: 395542-15<br>KAMAN INDUSTRIAL TECHNOLOGIES<br>ATTN JAMES A FRIED<br>1 WATERSIDE CROSSING STE 400<br>WINDSOR CT 06095 | CREDITOR ID: 552708-BI<br>KAMAN INDUSTRIAL TECHNOLOGIES<br>PO BOX 74566<br>CHICAGO IL 60696-4566 | CREDITOR ID: 552707-BI<br>KAMAN INDUSTRIAL TECHNOLOGIES<br>PO BOX 74566<br>CHICAGO IL 60690-8566 |
| CREDITOR ID: 536292-BA<br>KAMBOLIS, ANGELINE<br>1343 DINNER BELL LANE<br>DUNEDIN FL 34698 | CREDITOR ID: 255194-12<br>KAMENSTEIN DIV/ LIFETIME BRANDS<br>ATTN MARIE DOERRBECKER, CREDIT MGR<br>1 MERRICK AVENUE<br>WESTBURY NY 11590 | CREDITOR ID: 399383-99<br>KAMIN ENTITIES<br>C/O SEYFARTH SHAW LLP<br>ATTN: RICHARD  LAUTER/SARA LORBER<br>131 SOUTH DEARBORN STREET, STE 2400<br>CHICAGO IL 60603 |
| CREDITOR ID: 247557-12<br>KAMIN, DANIEL G<br>SHADYSIDE STATION<br>PO BOX 10234<br>PITTSBURGH, PA 15232-0234 | CREDITOR ID: 410761-15<br>KAMIN, DANIEL G<br>C/O KAMIN REALTY CO<br>490 SOUTH HIGHLAND AVE<br>PITTSBURGH PA 15206 | CREDITOR ID: 410761-15<br>KAMIN, DANIEL G<br>C/O HELD & ISRAEL<br>ATTN KIMBERLY HELD ISRAEL, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 410761-15<br>KAMIN, DANIEL G<br>C/O SEYFARTH SHAW, LLP<br>ATTN SARA E LORBER, ESQ<br>131 SOUTH DEARBORN STREET, STE 2400<br>CHICAGO IL 60603 | CREDITOR ID: 315776-40<br>KAMIN, DANIEL G<br>PO BOX 10234<br>PITTSBURGH, PA 15232-0234 | CREDITOR ID: 556069-BC<br>KANANEN, BARBARA<br>2220 SE 6TH CORE<br>HOMESTEAD FL 33030 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of**
**Reorganization, (B) Occurrence of Effective Date**
**of Plan, and (C) Bar Dates for Filing claims Arising**
**before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 552709-BI<br>KANE INDUSTRIES CORPORATION<br>1250 GRAVES AVENUE<br>OXNARD CA 93030 | CREDITOR ID: 536293-BA<br>KANE, ELVA<br>539 CLEARVIEW DR<br>COCOA FL 32927 | CREDITOR ID: 552710-BI<br>KANNAPOLIS WATER & SEWER<br>PO BOX 1190<br>KANNAPOLIS NC 28082-1190 |
| CREDITOR ID: 399407-99<br>KANTROW SPAHT WEAVER & BLITZER<br>ATTN: DAVID S RUBIN<br>PO BOX 2997<br>BATON ROUGE LA 70821-2997 | CREDITOR ID: 253581-12<br>KAO BRANDS COMPANY<br>ATTN RONALD P LYNCH, MGR<br>1434 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1004 | CREDITOR ID: 552711-BI<br>KAO BRANDS COMPANY<br>1434 SOLUTIONS CENTER<br>CHICAGO IL 60677-1004 |
| CREDITOR ID: 552712-BI<br>KAOLIN PLAZA LLC<br>PO BOX 916<br>SANDERVILLE GA 31082 | CREDITOR ID: 552713-BI<br>KAP ALABAMA SECURITY<br>PO BOX 653<br>THEODORE AL 36590 | CREDITOR ID: 385415-54<br>KAPELKA, CHARLOTTE J<br>C/O HENRY L PERRY, PA<br>ATTN HENRY L PERRY, ESQ<br>2612 WEST 15TH STREET<br>PANAMA CITY FL 32401 |
| CREDITOR ID: 385415-54<br>KAPELKA, CHARLOTTE J<br>309 INLET RD<br>EUFAULA, AL 36027 | CREDITOR ID: 315663-99<br>KAPLAN AND FREEDMAN PA<br>ATTN: MATHEW E KAPLAN, ESQ<br>9410 SOUTHWEST 77TH AVE<br>MIAMI FL 33156-7903 | CREDITOR ID: 552714-BI<br>KAPLAN ELEMENTARY SCHOOL<br>608 N ELEAZAR AVE<br>KAPLAN LA 70548 |
| CREDITOR ID: 556070-BC<br>KAPLAN, JODI<br>500 NW 141 AVE<br>PEMBROKE PINES FL 33019 | CREDITOR ID: 556071-BC<br>KAPPES, JANET<br>104 STEWART COURT<br>LEESBURG GA 31763 | CREDITOR ID: 391950-55<br>KARAKA, ZARI F<br>C/O THE OLIVE LAW FIRM<br>ATTN JOHN MCCACHREN, ESQ<br>PO BOX 31515<br>CHARLOTTE NC 28231 |
| CREDITOR ID: 253587-12<br>KARAVAN DOORS, INC<br>ATTN: GREG HICKS, OWNER<br>PO BOX 569<br>FAYETTEVILLE, GA 30214-0569 | CREDITOR ID: 552715-BI<br>KARAVAN DOORS, INC.<br>PO BOX 569<br>FAYETTEVILLE GA 30214-0569 | CREDITOR ID: 552716-BI<br>KAREN A POOLE<br>17843 38TH ROAD NORTH<br>LOXAHATCHEE FL 33470 |
| CREDITOR ID: 552719-BI<br>KAREN BORIS<br>955 S GROVE BLVD<br>APT 63<br>KINGSLAND GA 31548 | CREDITOR ID: 552720-BI<br>KAREN BUCK<br>3901 DUNDEE STREET<br>ANNISTON AL 36207 | CREDITOR ID: 552729-BI<br>KARIN  ST ROMAIN<br>2716 BRADBURY DR<br>MERAUX LA 70075 |
| CREDITOR ID: 552734-BI<br>KARLIN FOODS CORP<br>3729 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 | CREDITOR ID: 552733-BI<br>KARLIN FOODS CORP<br>135 S LASALLE DEPT 3729<br>CHICAGO IL 60674-3729 | CREDITOR ID: 552735-BI<br>KARON SCARBOROUGH<br>20125 OLD SCARBOROUGH<br>SAUCIER MS 39574 |
| CREDITOR ID: 552736-BI<br>KARY'S ROUX<br>214 SE RAILROAD ST<br>VILLE PLATTE LA 70586 | CREDITOR ID: 392764-55<br>KASBARIAN, SALPIE<br>C/O HERSCHER & HERSCHER, PA<br>ATTN LARRY HERSCHER, ESQ<br>1550 MADRUGA AVE, STE 120<br>CORAL GABLES FL 33146 | CREDITOR ID: 536294-BA<br>KASCH, BOB<br>C/O MORGAN AND MORGAN<br>20 N. ORANGE AVENUE<br>ORLANDO FL 32802 |

SERVICE LIST

## Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing claims Arising before Effective Date and Other Administrative Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 398727-78
KASCH, JUDITH
5371 WHITE IBIS DRIVE, HERON CREEK
NORTH PORT, FL 34287

CREDITOR ID: 253618-12
KASCO CORPORATION
ATTN KRISIN GROTH, CRED COLL MGR
KENNETH L BAYNE, TREAS
PO BOX 96268
CHICAGO, IL 60693-6268

CREDITOR ID: 395674-65
KASCO CORPORATION
1569 TOWER GROVE AVE.
ST. LOUIS, MO 63110

CREDITOR ID: 552832-BI
KASCO CORPORATION
PO BOX 96268
CHICAGO IL 60693-6268

CREDITOR ID: 395491-64
KASCO CORPORATON
PO BOX 96268
CHICAGO, IL 60693-6268

CREDITOR ID: 552833-BI
KASCO MEAT
CHARLES ARTHRELL
1569 TOWER GROVE AVE
ST LOUIS MO 63110

CREDITOR ID: 253619-12
KASCO MEAT
ATTN C ARTHRELL / KRISTIN GROTH
1569 TOWER GROVE AVE
ST LOUIS, MO 63110

CREDITOR ID: 552834-BI
KASEY J MOORE
7390 JOSHUA PLACE
COCOA FL 32927

CREDITOR ID: 552836-BI
KASHI
21487 NETWORK PLACE
CHICAGO IL 60673-1214

CREDITOR ID: 552837-BI
KASHI
PO BOX 905193
CHARLOTTE NC 28290-9051

CREDITOR ID: 278813-99
KASHI SALES, LLC
C/O WARNER STEVENS LLP
ATTN M WARNER/E CHOU, ESQS
1700 CITY CENTER TOWER II
301 COMMERCE STREET
FORT WORTH TX 76102

CREDITOR ID: 552838-BI
KASIM INTERNATIONAL CORP
7170 NORTHWEST 50TH STREET
MIAMI FL 33166

CREDITOR ID: 253624-12
KASIM INTERNATIONAL CORP
ATTN CLAUDIA DIAZ
7170 NORTHWEST 50TH STREET
MIAMI, FL 33166

CREDITOR ID: 315659-99
KASS SHULER SOLOMON ET AL
ATTN: LARRY FOYLE
1505 N FLORIDA AVE
PO BOX 800
TAMPA FL 33601

CREDITOR ID: 552839-BI
KATHERINE DREXEL ELEMENTARY SCHOOL
409 S DEPORRES STREET
BROUSSARD LA 70518

CREDITOR ID: 552843-BI
KATHLEEN M DEITZ
PO BOX 225
WILLISTON FL 32696

CREDITOR ID: 552845-BI
KATHLEEN REGINALDI
4181 JAYDEE DRIVE
MIMS FL 32754

CREDITOR ID: 552844-BI
KATHLEEN REGINALDI
4181 JAYDEE DRIVE
MIAMI FL 32754

CREDITOR ID: 552846-BI
KATHRYN HANSON
152 B TWISTED PINES COURT
LEESBURG GA 31763

CREDITOR ID: 552847-BI
KATHRYN L BRINGLE
STANDING TRUSTEE
P O BOX 2115
WINSTON-SALEM, NC 27102

CREDITOR ID: 552850-BI
KATHY D SCOTT
PO BOX 561
GASTON NC 27832

CREDITOR ID: 552853-BI
KATHY E MOSSOR
PO BOX 275
EMP# 27862
FERNANDINA BEACH FL 32035

CREDITOR ID: 552857-BI
KATHY HEFFRON
8742 CARROUSEL PARK CIRCLE
CINCINNATI OH 45251

CREDITOR ID: 552859-BI
KATHY LUSSIER
9164 STARPASS DRIVE
JACKSONVILLE FL 32256

CREDITOR ID: 552860-BI
KATHY MCKAY SMITH
5407 HOLLYWOOD STREET
BATON ROUGE LA 70805

CREDITOR ID: 399405-99
KATTEN MUCHIN ZAVIS ROSENMAN
ATTN: THOMAS LEANSE/DUSTIN P BRANCH
2029 CENTURY PARK EAST, STE 2600
LOS ANGELES CA 90067-3012

CREDITOR ID: 403792-94
KATZ, HERBERT R
1220 NE 20TH AVE
OCALA FL 34470

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 536295-BA
KAUFFMAN, RUBIE
513 STARR RIDGE DRIVE
LAKE WALES FL 33898

CREDITOR ID: 552964-BI
KAUFF'S OF MIAMI
2435 ALI BABA AVENUE
OPA LOCKA FL 33054

CREDITOR ID: 552965-BI
KAUFFS TRANSPORTATION SYSTEM
1440 53RD STREET
MANGONIA PARK FL 33407

CREDITOR ID: 399654-15
KAUFMAN DICKSTEIN, PA
ATTN EDWARD A KAUFMAN, PRES
200 SOUTH BISCAYNE BLVD, SUITE 4650
MIAMI FL 33131-2358

CREDITOR ID: 399654-15
KAUFMAN DICKSTEIN, PA
C/O BERGER SINGERMAN, PA
ATTN JORDI GUSO, ESQ
200 S BISCAYNE BLVD, SUITE 1000
MIAMI FL 33131-5308

CREDITOR ID: 406843-MS
KAUFOLD, HOWARD C SR
C/O DURDEN KAUFOLD RICE & BARFIELD
C/O HOWARD C KAUFOLD, JR, ESQ
3110 FIRST STREET EAST
PO BOX 1935
VIDLIA GA 30475-1935

CREDITOR ID: 406843-MS
KAUFOLD, HOWARD C SR
PO BOX 4729
DOWLING PARK FL 32060

CREDITOR ID: 400781-91
KAUS, JAMES JOHN
7403 FONTANA RIDGE LANE
RALEIGH NC 27613- 000

CREDITOR ID: 552967-BI
KAY HOME PRODUCTS INC
1418 MOMENTUM PLACE
CHICAGO IL 60689-5311

CREDITOR ID: 406845-MS
KAY, GEORGE R
603 HEDGEWOOD TERRACE
GREER SC 29651

CREDITOR ID: 536296-BA
KAYE, DANIELLE
10528 ZURICH ST.
COOPER CITY FL 33026

CREDITOR ID: 538293-BA
KAYE, DANIELLE
C/O MARTIN M. DERNIS
15225 NW 77 AVE, STE 204
MIAMI LAKES FL 33014

CREDITOR ID: 552968-BI
KAYE'S FOOD MARKET #10
1206 GRAND AVE
ATT: EMILY SUTTERFIELD
YAZOO CITY MS 39194

CREDITOR ID: 552969-BI
KAYSER-ROTH CORPORATION
PO BOX 890879
CHARLOTTE NC 28289-0879

CREDITOR ID: 253684-12
KAYSER-ROTH CORPORATION
ATTN TODD HOWARD, CFO
PO BOX 890879
CHARLOTTE, NC 28289-0879

CREDITOR ID: 552970-BI
KAZ INC
PO BOX 414866
BOSTON MA 02241-4866

CREDITOR ID: 253685-12
KAZ INC
PO BOX 414866
BOSTON, MA 02241-4866

CREDITOR ID: 2341-07
KB PROPERTIES INC
PO BOX 4899
PINEHURST, NC 28374

CREDITOR ID: 253554-12
KC LOGISTICS CO
ATTN JEAN M WESTBERRY, PRES
2701 WEST BLACK CREEK RD
PO BOX 5533
FLORENCE SC 29502-5533

CREDITOR ID: 253687-12
KC PETROLEUM INC
ATTN KEVIN CORMIER, PRES
650 TALLEYRAND AVENUE
PO BOX 60742
JACKSONVILLE, FL 32236-0742

CREDITOR ID: 382750-51
KC PETROLEUM INC
PO BOX 60742
JACKSONVILLE FL 32236-0742

CREDITOR ID: 552971-BI
KC PETROLEUM INC
PO BOX 60742
650 TALLEYRAND AVENUE
JACKSONVILLE FL 32236

CREDITOR ID: 253555-12
KC PHARMACEUTICALS INC
ATTN PAUL KANTIKO, VP FIN
3201 PRODUCER WAY
POMONA, CA 91768-3901

CREDITOR ID: 382751-51
KCHM
4068 CATTLEMAN ROAD
SARASOTA, FL 34233

CREDITOR ID: 397652-72
KCR LIMITED, INC.
CLAY COUNTY SHOPPING CENTER
MANCHESTER, KY 40962

CREDITOR ID: 552972-BI
KDC SECURITY SYSTEMS
PO BOX 681844
PRATTVILLE AL 36068

CREDITOR ID: 552974-BI
KDM POP SOLUTIONS GROUP
PO BOX 641075
CINCINNATI OH 45264-1075

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 552973-BI
KDM POP SOLUTIONS GROUP
PO BOX 635067
CINCINNATI OH 45263-5067

CREDITOR ID: 253690-12
KDM POP SOLUTIONS GROUP
PO BOX 641075
CINCINNATI, OH 45264-1075

CREDITOR ID: 406232-G4
KEANE (FORMERLY METRO INFORMATION SERV)
400 INTERSTATE NORTH PKWY SE STE 950
ATLANTA GA 30339-5054

CREDITOR ID: 253691-12
KEANE INC
PO BOX 99851
CHICAGO, IL 60690-7651

CREDITOR ID: 552975-BI
KEANE INC
PO BOX 99851
CHICAGO IL 60690-7651

CREDITOR ID: 391930-55
KEATON, BRIDGET
C/O FARAH & FARAH, PA
ATTN STEPHEN LANKES, ESQ
1534 KINGSLEY AVENUE
ORANGE PARK FL 32073

CREDITOR ID: 278695-99
KEEBLER COMPANY
ATTN DAN GILROY
PO BOX 73451
CHICAGO, IL 60673-7451

CREDITOR ID: 552976-BI
KEEBLER COMPANY
PO BOX 73451
CHICAGO IL 60673-7451

CREDITOR ID: 279474-99
KEEBLER COMPANY
C/O WARNER STEVENS LLP
ATTN MICHAEL WARNER/DAVID COHEN
1700 CITY CENTER TOWER II
301 COMMERCE ST
FORT WORTH TX 76102

CREDITOR ID: 391582-99
KEEBLER, FREDERICK
C/O LANCASTER & EURE, PA
ATTN ALEX LANCASTER, ESQ.
PO DRAWER 4257
SARASOTA FL 34230

CREDITOR ID: 385620-54
KEEL, LORETTA
6029 BECKER
MARRERO, LA 70072

CREDITOR ID: 385620-54
KEEL, LORETTA
C/O BECKWITH LAW FIRM
ATTN BRIAN C BECKWITH ESQ
301 HUEY P LONG AVENUE
GRETNA LA 70053

CREDITOR ID: 552978-BI
KEELCO INC
542752 US HIGHWAY #1
CALLAHAN FL 32011

CREDITOR ID: 552977-BI
KEELCO INC
14476 DUVAL PLACE WEST #202
JACKSONVILLE FL 32218

CREDITOR ID: 253696-12
KEELCO INC
ATTN OWNER
14476 DUVAL PLACE WEST, SUITE 202
JACKSONVILLE, FL 32218

CREDITOR ID: 395675-65
KEELCO INCORPORATED
11476 DUVAL PLACE WEST, SUITE 202
JACKSONVILLE, FL 32218

CREDITOR ID: 253697-12
KEEMAN PETROLEUM CO INC
ATTN JAMES C KEENER JR, OWNER
PO BOX 10
VALDOSTA, GA 31603-0010

CREDITOR ID: 536297-BA
KEEN, JOSIE
P.O BOX 494932
PORT CHARLOTTE FL 33949

CREDITOR ID: 552979-BI
KEENAN STAFFING
PO BOX 850001
ORLANDO FL 32885-0214

CREDITOR ID: 556072-BC
KEEN-THIRY, TALITHA
P.O. BOX 2161
DADE CITY FL 33523

CREDITOR ID: 383161-99
KEGLER BROWN HILL & RITTER
ATTN: STEWART CUPPS
CAPITOL SQUARE, STE 1800
65 EAST STATE ST
COLUMBUS OH 43215-4294

CREDITOR ID: 536298-BA
KEIR, EUGENE
961 SE 20TH AVE
DEERFIELD BEACH FL 33441-5174

CREDITOR ID: 538294-BA
KEIR, EUGENE
C/O AMEEN & DRUCKER, P.A.
ATTN: CHAD MUNEY
3111 N UNIVERSITY DR, STE 901
CORAL SPRINGS FL 33065

CREDITOR ID: 552980-BI
KEITH  BRIGNAC
43408 BRITTANY STREET
ID# 184532
SORRENTO LA 70778

CREDITOR ID: 552981-BI
KEITH A RODRIGUS
CHAPTER 13 TRUSTEE
PO BOX 1699
MEMPHIS TN 38101-1699

CREDITOR ID: 552985-BI
KEITH MCLAIN
20021 ADOLPHUS ROAD
COVINGTON LA 70435

CREDITOR ID: 552987-BI
KEITH ROPER
318 COUNTRYSIDE ROAD
KINGS MTN NC 28086

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 552989-BI<br>KEITH SNUFFIN<br>1555 TWIN PINE CIRCLE<br>CANTONMENT FL 32533 | CREDITOR ID: 552990-BI<br>KEITH SOARES<br>1250 E ELGIN PKWY<br>SHALIMAR FL 32579 | CREDITOR ID: 390665-55<br>KEITH, JUNE<br>C/O MANUEL E GARCIA, PA<br>ATTN MANUEL E GARCIA, ESQ<br>515 WHITEHEAD STREET<br>KEY WEST FL 33040 |
| CREDITOR ID: 552992-BI<br>KEITH'S TOWING SERVICE INC<br>PO BOX 8573<br>MANDEVILLE LA 70470-8573 | CREDITOR ID: 536299-BA<br>KEKLLAS, NORALIE<br>PO BOX 430057<br>BIG PINE KEY FL 33043 | CREDITOR ID: 538295-BA<br>KEKLLAS, NORALIE<br>C/O HOFFMAN, LARIN & AGNETTI, P.A.<br>909 N. MIAMI BEACH BLVD STE201<br>MIAMI FL 33162 |
| CREDITOR ID: 552994-BI<br>KEKST & COMPANY INC<br>437 MADISON AVENUE<br>NEW YORK NY 10022-7037 | CREDITOR ID: 552995-BI<br>KEL TEK<br>PO BOX 354<br>OAK ISLAND NC 28465 | CREDITOR ID: 556073-BC<br>KELEFAS, MELISSA<br>2011 PARK ST<br>LAKE WORTH FL 33406 |
| CREDITOR ID: 553094-BI<br>KELL RADIATOR SERVICE<br>8789 GURLEY RD<br>DOUGLASVILLE GA 30134 | CREDITOR ID: 253718-12<br>KELL RADIATOR SERVICE INC<br>ATTN: RENEE KELL, CFO<br>8789 GURLEY RD<br>DOUGLASVILLE, GA 30134 | CREDITOR ID: 385949-54<br>KELLAM, CLAY<br>PO BOX 3524<br>WINTER HAVEN, FL 33885 |
| CREDITOR ID: 457585-97<br>KELLER CROSSING TEXAS LP<br>C/O MCGUIREWOODS LLP<br>ATTN: ROBERT A COX JR, ESQ<br>BANK OF AMERICA CORP CENTER<br>100 NORTH TYRON ST, STE 2900<br>CHARLOTTE NC 28202 | CREDITOR ID: 1497-RJ<br>KELLER CROSSING TEXAS LP<br>C/O BVT MANAGEMENT SERVICES INC<br>PO BOX 931850<br>ATLANTA, GA 31193-1850 | CREDITOR ID: 2344-RJ<br>KELLER CROSSING TEXAS, LP<br>C/O MCGUIREWOODS, LLP<br>ATTN: ROBERT A COX, JR., ESQ<br>BANK OF AMERICA CORP CENTER<br>100 NORTH TYRON ST, STE 2900<br>CHARLOTTE NC 28202 |
| CREDITOR ID: 2344-RJ<br>KELLER CROSSING TEXAS, LP<br>C/O BVT MGMT SERVICES, INC.<br>ATTN K E WILLSON/K R MARSHALL<br>3350 RIVERWOOD PKWY SE, STE 1500<br>ATLANTA GA 30339 | CREDITOR ID: 403794-94<br>KELLER, BRADLEY T<br>1660 BEAR CROSSING CIRCLE<br>APOPKA FL 32703 | CREDITOR ID: 398732-78<br>KELLER, CHARLOTTE I<br>2796 JAN DRIVE<br>DOUGLASVILLE, GA 31035 |
| CREDITOR ID: 553096-BI<br>KELLERS CREAMERY HOTEL BAR FOODS<br>P O BOX 8500 4155<br>PHILADELPHIA PA 19178-4155 | CREDITOR ID: 553095-BI<br>KELLERS CREAMERY HOTEL BAR FOODS<br>13642 COLLECTION CENTER DRIVE<br>CHICAGO IL 60693 | CREDITOR ID: 553097-BI<br>KELLEY & ABIDE COMPANY INC<br>PO BOX 13516<br>NEW ORLEANS LA 70185-3516 |
| CREDITOR ID: 253724-12<br>KELLEY & ABIDE COMPANY INC<br>PO BOX 13516<br>NEW ORLEANS, LA 70185-3516 | CREDITOR ID: 403424-15<br>KELLEY & ABIDE COMPANY, INC<br>ATTN GREG ABIDE, PRES<br>4401 EUPHROSINE STREET<br>PO BOX 13516<br>NEW ORLEANS LA 70185 | CREDITOR ID: 553098-BI<br>KELLEY FOODS OF AL INC<br>PO BOX 708<br>ELBA AL 36323 |
| CREDITOR ID: 253725-12<br>KELLEY FOODS OF AL INC<br>ATTN CATHY R NELSON, CREDIT MGR<br>PO BOX 708<br>ELBA, AL 36323 | CREDITOR ID: 553099-BI<br>KELLEY KRONENBERG GILMARTIN FICHTER AND<br>WANDER PA<br>8201 PETERS ROAD<br>STE 4000<br>FORT LAUDERDALE FL 33324 | CREDITOR ID: 553100-BI<br>KELLEY SIGNS<br>640 OLIVER ROAD<br>MONTGOMERY AL 36117 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 556078-BC<br>KELLEY, ETHEL SEWEL<br>3721 SW 12TH PL.<br>FORT LAUDERDALE FL 33312 | CREDITOR ID: 556077-BC<br>KELLEY, JEFFREY<br>1041 SE MONTERREY<br>STUART FL 34994 | CREDITOR ID: 556076-BC<br>KELLEY, LATONIA<br>1500 PINEHURST DRIVE<br>#1101<br>OPELIKA AL 36801 |
| CREDITOR ID: 536300-BA<br>KELLEY, MILDRED<br>2612 FLAMINGO<br>SAINT BERNARD LA 70085 | CREDITOR ID: 538296-BA<br>KELLEY, MILDRED<br>C/O SIDNEY D. TORRES, III<br>8301 WEST JUDGE PEREZ DR., STE 303<br>CHALMETTE LA 70043 | CREDITOR ID: 553101-BI<br>KELLEY-CLARKE CO<br>PO BOX C-34010<br>SEATTLE WA 98124-4010 |
| CREDITOR ID: 538297-BA<br>KELLEY-TURMER, ROSETTA ANN<br>C/O FARAH & FARAH, P.A.<br>ATTN:  BRUCE A GARTNER<br>10 WEST ADAMS ST., 3RD FL<br>JACKSONVILLE FL 32202 | CREDITOR ID: 536301-BA<br>KELLEY-TURMER, ROSETTA ANN<br>1430 W. 22ND ST.<br>JACKSONVILLE FL 32209 | CREDITOR ID: 279473-99<br>KELLOGG SALES CO,  DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 |
| CREDITOR ID: 553102-BI<br>KELLOGG SALES COMPANY<br>PO BOX 905193<br>CHARLOTTE NC 28290-9051 | CREDITOR ID: 410483-15<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | CREDITOR ID: 278707-99<br>KELLOGG SALES COMPANY<br>ATTN: JUAN MOSPEK, CREDIT MANAGER<br>PO BOX 905193<br>CHARLOTTE, NC 28290-9051 |
| CREDITOR ID: 382590-51<br>KELLOGG'S<br>1 KELLOGG SQUARE<br>BATTLE CREEK, MI 49016 | CREDITOR ID: 553107-BI<br>KELLY FOSTER<br>2750 TUCKER VALLEY<br>TUCKER GA 30084 | CREDITOR ID: 553109-BI<br>KELLY JAMES<br>325 TALLY HO ROAD<br>ANNISTON AL 36207 |
| CREDITOR ID: 553110-BI<br>KELLY L KEATING<br>T 48 MITCHELL CHAPEL ROAD<br>POPLARVILLE MS 39470 | CREDITOR ID: 553112-BI<br>KELLY L WHEELER<br>544 SANDS CR<br>REIDSVILLE NC 27320 | CREDITOR ID: 553111-BI<br>KELLY L WHEELER<br>544 SANDS CR<br>ID# 78366<br>REIDSVILLE NC 27320 |
| CREDITOR ID: 553115-BI<br>KELLY REFRIGERATION SYSTEMS INC<br>PO BOX 540117<br>ORLANDO FL 32854-0117 | CREDITOR ID: 553116-BI<br>KELLY SERVICES INC<br>PO BOX 530437<br>ATLANTA GA 30353-0437 | CREDITOR ID: 400439-15<br>KELLY SERVICES, INC<br>ATTN S MCFARLAND/S HAMDEN, CRED MGR<br>999 W BIG BEAVER ROAD<br>TROY MI 48084 |
| CREDITOR ID: 553117-BI<br>KELLY WATSON<br>3381 SKY TERRA DRIVE<br>MOBILE AL 36618 | CREDITOR ID: 536302-BA<br>KELLY, ANTHONY<br>17308 156TH STREET<br>MCALPIN FL 32062-2001 | CREDITOR ID: 556079-BC<br>KELLY, AUDREY<br>1105 PINE AVE.<br>BRUNSWICK GA 31520 |
| CREDITOR ID: 536303-BA<br>KELLY, CHANTE<br>125 NORTH COTTAGE HILL RD<br>ORLANDO FL 32805 | CREDITOR ID: 538298-BA<br>KELLY, CHANTE<br>C/O BOGIN, MUNNS & MUNNS<br>ATTN:  MARK CORNELIUS ESQ<br>P.O. BOX 2807<br>ORLANDO FL 32802-2807 | CREDITOR ID: 386170-54<br>KELLY, CHRISTAL<br>C/O FUNCHES & ASSOCIATES<br>ATTN EDWARD WIGGINS JR ESQ<br>1617 ROBINSON STREET<br>JACKSON, MS 39209 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 158470-09<br>KELLY, DOROTHY F<br>1861 ROCKY HILL RD<br>CAMDEN MS 39045 | CREDITOR ID: 556082-BC<br>KELLY, JAMES<br>501 TURNER RD.<br>PINE MOUNTAIN GA 31822 | CREDITOR ID: 385868-54<br>KELLY, JOANNE<br>565 CONCORD AVE<br>TITUSVILLE, FL 32780 |
| CREDITOR ID: 391116-55<br>KELLY, JOANNE<br>C/O STEPHEN G. CHARPENTIER<br>CHILDRESS & CHARPENTIER, P.A.<br>2285 WEST EAU GALLIE BOULEVARD<br>MELBOURNE FL 32935 | CREDITOR ID: 556083-BC<br>KELLY, LATASHA<br>2512 OLUSTEE ST<br>JACKSONVILLE FL 32209 | CREDITOR ID: 556081-BC<br>KELLY, NAOMI<br>3040 APT-D KELLY CIRCLE<br>MONTGOMERY AL 36116 |
| CREDITOR ID: 407500-15<br>KELLY, OLLIE<br>C/O MORGAN COLLING & GILBERT, PA<br>ATTN JOSEPH SHAUGHNESSY, ESQ<br>PO BOX 4979<br>20 N ORANGE AVE, 16TH FL<br>ORLANDO FL 32802-4979 | CREDITOR ID: 556084-BC<br>KELLY, REGINA<br>6256 OLD PASCAGOULA RD.<br>APT. BB2<br>THEODORE AL 36582 | CREDITOR ID: 538299-BA<br>KELLY, SONIA<br>C/O LAW OFFICES OF IVAN A SCHERTZER<br>1190 NE 163RD ST, STE 347<br>NORTH MIAMI BEACH FL 33162 |
| CREDITOR ID: 536304-BA<br>KELLY, SONIA<br>901 NW 58TH TERR<br>MIAMI FL 33127 | CREDITOR ID: 556085-BC<br>KELLY-LAMEY, LESLIE<br>7728 BELLEFIELD DRIVE<br>THEODORE AL 36582 | CREDITOR ID: 556086-BC<br>KELLYMAN, TANGELA<br>2504  BRIDGEBORO ST<br>ALBANY GA 31701 |
| CREDITOR ID: 553118-BI<br>KELLY'S FARMS<br>433 KELLY FARM ROAD<br>HAVANA FL 32333 | CREDITOR ID: 536305-BA<br>KELTY, CEDRITA<br>1248 25TH ST. S.<br>SAINT PETERSBURG FL 33712 | CREDITOR ID: 538300-BA<br>KELTY, CEDRITA<br>C/O KENNEDY LAW GROUP<br>ATTN:  JOHN MALKOWSKI<br>5100 W. KENNEDY BLVD., STE 100<br>TAMPA FL 33609 |
| CREDITOR ID: 553119-BI<br>KELVIN JOHNSON<br>PO BOX 613<br>PONTOULA LA 70454 | CREDITOR ID: 553120-BI<br>KEMAL T GASPER<br>4256 MATADOR DRIVE<br>JACKSONVILLE FL 32210 | CREDITOR ID: 553121-BI<br>KEMCO SYSTEMS INC<br>11500 47TH STREET NORTH<br>CLEARWATER FL 33762 |
| CREDITOR ID: 553122-BI<br>KEMOR PROPERTIES INC<br>C/O THE RAINES GROUP<br>1200 MOUNTIAN CREEK ROAD #100<br>CHATTANOOGA TN 37405 | CREDITOR ID: 1498-RJ<br>KEMOR PROPERTIES INC<br>C/O THE RAINES GROUP<br>1200 MOUNTIAN CREEK ROAD #100<br>CHATTANOOGA, TN 37405 | CREDITOR ID: 279045-99<br>KEMOR PROPERTIES INC<br>C/O MORRIS NICHOLS ARSHT & TUNNELL<br>ATTN E D SCHWARTZ/ R J DEHNEY, ESQS<br>1201 N MARKET ST<br>PO BOX 1347<br>WILMINGTON DE 19899-1347 |
| CREDITOR ID: 279044-99<br>KEMOR PROPERTIES INC<br>C/O MORRIS NICHOLS ARSHT & TUNNELL<br>ATTN: ERIC D SCHWARTZ/ROBERT DEHNEY<br>1201 N MARKET ST<br>PO BOX 1347<br>WILMINGTON DE 19899-1347 | CREDITOR ID: 411293-15<br>KEMOR PROPERTIES, INC<br>C/O MORRIS NICHOLS ARSHT & TUNNELL<br>ATTN: ERIC D SCHWARTZ ESQ<br>1201 NORTH MARKET ST<br>PO BOX 1347<br>WILMINGTON DE 19899 | CREDITOR ID: 411293-15<br>KEMOR PROPERTIES, INC<br>ATTN MARK HORNSTEIN<br>1550 DE MAISONNEUVE WEST, SUITE 8<br>MONTREAL QC H3G1N2<br>CANADA |
| CREDITOR ID: 536307-BA<br>KEMP(MINOR), JOHNESHA<br>444 E. 46TH STREET<br>JACKSONVILLE FL 32208 | CREDITOR ID: 538302-BA<br>KEMP(MINOR), JOHNESHA<br>C/O FARAH & FARAH, P.A.<br>ATTN RICK STAGGARD<br>60 OCEAN BLVD., STE 14<br>ATLANTIC BEACH FL 32233 | CREDITOR ID: 536306-BA<br>KEMP, INGRID<br>3116 SW 5ST<br>MIAMI FL 33135 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:    05-03817-3F1**

CREDITOR ID: 538301-BA
KEMP, INGRID
PANTER, PANTER & SAMPEDRO, P.A.
ATTN:  MR PANTER
6950 N. KENDALL DR
MIAMI FL 33156

CREDITOR ID: 392947-55
KEMP, PATRICIA
C/O E DAINE SHARPE, PC
ATTN DAINE SHARPE, ESQ
134 N BROADNAX STREET
DADEVILLE AL 36853-1303

CREDITOR ID: 556087-BC
KEMP, REBECCA
690 NW 60TH STREET
MIAMI FL 33147

CREDITOR ID: 556088-BC
KEMPEL, DAVID
2275 62ND AVE N
SAINT PETERSBURG FL 33702

CREDITOR ID: 408373-BD
KEMPER CASUALTY
ATTN:  JOHN DOYLE CREDIT OFFICER
155 VILLAGE BLVD, STE 300
PRINCETON NJ 08540

CREDITOR ID: 408370-BD
KEMPER GROUP
ATTN:  PAT FUSCO
2877 BRANDYWINE RD
ATLANTA GA 30341

CREDITOR ID: 408382-BD
KEMPER INSURANCE COMPANIES
ATTN RMG COLLECTIONS M-1
ONE KEMPER DR
LONG GROVE IL 60049-0001

CREDITOR ID: 408360-37
KEMPER INSURANCE COMPANIES, THE
C/O WILDMAN HARROLD ALLEN & DIXON
ATTN D J FISHER & J C PASCHKE, ESQS
225 WEST WACKER DR
CHICAGO IL 60606

CREDITOR ID: 408385-BD
KEMPER RISK MANAGEMENT SERVICES
ATTN:  RMG FINANCIAL SERVICES
ONE KEMPER DR
LONG GROVE IL 60049-0001

CREDITOR ID: 315815-40
KEMPNER, FRANCINE TRAGER
4158 ALHAMBRA DRIVE
JACKSONVILLE, FL 32207

CREDITOR ID: 553125-BI
KEMPS LLC
PO BOX 1450
NW 5011
MINNEAPOLIS MN 55485-5011

CREDITOR ID: 553124-BI
KEMPS LLC
LOCKBOX N W 5010
PO BOX 1450
MINNEAPOLIS MN 55485

CREDITOR ID: 553123-BI
KEMPS LLC
1000 EDWARDS AVENUE  SUITE 300
HARAHAN LA 70123

CREDITOR ID: 382029-36
KEMPS LLC
ATTN STEVE CARLSON, CREDIT MGR
1270 ENERGY LANE
ST PAUL MN 55108

CREDITOR ID: 253758-12
KEN BLANCHARD COMPANIES
C/O BLANCHARD TRAINING & DVLPMNT
ATTN ROSEMARY BLASCETTA, CONTROLLER
125 STATE PLACE
ESCONDIDO, CA 92029

CREDITOR ID: 381839-99
KEN BURTON JR,MANATEE CNTY TAX COLL
ATTN: SUSAN D PROFANT
PO BOX 25300
819 US 301 BLVD WEST
RADENTON FL 34206-5300

CREDITOR ID: 253759-12
KEN GHEORGE
10940 LAKEVIEW DRIVE
CORAL SPRINGS, FL 33071

CREDITOR ID: 553224-BI
KEN MAHAFFEY CFC
PUTNAM CITY TAX COLLECTOR
PO BOX 1339
PALATKA FL 32178

CREDITOR ID: 553225-BI
KEN ROBINSON OF FLORIDA INC
PO BOX 101084
ATLANTA GA 30392-1084

CREDITOR ID: 397300-69
KENAN ADVANTAGE GROUP INC.
4895 DRESSLER ROAD NW, SUITE 100
CANTON, OH 44718

CREDITOR ID: 553229-BI
KENCO SIGN AND AWNING DIV
1539 GARDEN AVE
HOLLY HILL FL 32117

CREDITOR ID: 553230-BI
KENDALL WHITE
2308 FOURTH AVENUE
JACKSONVILLE FL 32208-0143

CREDITOR ID: 553231-BI
KENDRA ROBERTS
6611 RUFFIN DRIVE
MOBILE AL 36618

CREDITOR ID: 536308-BA
KENDRICK, DENISE
959 NE 37 PLACE
HOMESTEAD FL 33033

CREDITOR ID: 553232-BI
KENILWORTH MIDDLE SCHOOL
7600 BOONE AVE
BATON ROUGE LA 70808

CREDITOR ID: 383151-99
KENNEDY COVINGTON LOBDELL ET AL
ATTN: AMY PRITCHARD WILLIAMS, ESQ
HEARST TOWER, 47TH FL
214 NORTH TRYON STREET
CHARLOTTE NC 28202

CREDITOR ID: 553233-BI
KENNEDY EQUIPMENT CO INC
PO BOX 4380
COLUMBUS GA 31914-8134

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 253781-12<br>KENNEDY EQUIPMENT CO INC<br>PO BOX 4380<br>COLUMBUS, GA 31914-8134 | CREDITOR ID: 538303-BA<br>KENNEDY JR., GEORGE<br>LAW OFFICES OF ERIC TAYLOR<br>4021 N ARMENIA  AVE, STE 200<br>TAMPA FL 33607 | CREDITOR ID: 535908-BA<br>KENNEDY JR., GEORGE<br>2408 WISHINGWELL TR<br>TAMPA FL 33619 |
| CREDITOR ID: 392213-55<br>KENNEDY, ALMA<br>C/O RONALD E SHOLES, PA<br>ATTN RONALD E SHOLES, ESQ<br>PO BOX 8690<br>JACKSONVILLE FL 32239 | CREDITOR ID: 556091-BC<br>KENNEDY, ASHLEY<br>103 RADFORD CIRCLE<br>DOTHAN AL 36301 | CREDITOR ID: 556089-BC<br>KENNEDY, CHARLES<br>610 HUNNICUT ROAD SE<br>MABLETON GA 30126 |
| CREDITOR ID: 410701-15<br>KENNEDY, DEBRA & JOHN<br>184 NEWFOUND BLVD<br>BIG PINE KEY FL 33043 | CREDITOR ID: 410701-15<br>KENNEDY, DEBRA & JOHN<br>C/O FONVIELLE LEWIS FOOTE & MESSER<br>ATTN JOHN H FOOTE, ESQ<br>3375A CAPITAL CIRCLE NE<br>TALLAHASSEE FL 32308 | CREDITOR ID: 381140-47<br>KENNEDY, JEAN<br>3600 OLD BRADENTON ROAD<br>SARASOTA, FL 34234 |
| CREDITOR ID: 535906-BA<br>KENNEDY, MARY<br>2171 NW 29TH AVE<br>FORT LAUDERDALE FL 33311 | CREDITOR ID: 535907-BA<br>KENNEDY, MARY<br>2171 NW 29TH AVENUE<br>LAUDERDALE LAKES FL 33309 | CREDITOR ID: 393558-55<br>KENNEDY, MARY<br>C/O KAUFMAN, MILLER & SIVERTSEN<br>ATTN CRAIG D MILLER, ESQ<br>8215 ROSWELL ROAD, BLDG 800<br>ATLANTA GA 30350-6445 |
| CREDITOR ID: 393594-55<br>KENNEDY, PAMELA S<br>C/O MALONEY STROHMEYER, LLP<br>ATTN DAVID J MALONEY, ESQ<br>601 CHURCH STREET<br>MOBILE AL 36602 | CREDITOR ID: 382752-51<br>KENNEDY, PAUL<br>22226 CLIFF AVENUE SOUTH #204<br>DES MOINES, WA 98198 | CREDITOR ID: 378252-46<br>KENNEDY, PAUL<br>C/O WINN DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE FL 32254-3699 |
| CREDITOR ID: 492898-FC<br>KENNEDY, PAUL J<br>1909 SOLSTICE CT<br>ST. AUGUSTINE FL 32092 | CREDITOR ID: 389965-54<br>KENNEDY, RENEE<br>5 SUMMIT STREET<br>CARTERSVILLE, GA 30120 | CREDITOR ID: 41562-05<br>KENNERLY, JOSEPH P<br>908 10TH STREET<br>PORT ROYAL SC 29935 |
| CREDITOR ID: 553234-BI<br>KENNESAW INC<br>1300 SW FIRST COURT<br>POMPANO BEACH FL 33069 | CREDITOR ID: 253783-12<br>KENNESAW INC<br>ATTN ED ZUKERMAN, VP<br>1300 SW FIRST COURT<br>POMPANO BEACH, FL 33069 | CREDITOR ID: 553235-BI<br>KENNESAW TRANSPORTATION INC<br>PO BOX 932868<br>ATLANTA GA 31193-2868 |
| CREDITOR ID: 553238-BI<br>KENNETH BEASON<br>5284 BURNEY MILL ROAD<br>TROY NC 27371 | CREDITOR ID: 553240-BI<br>KENNETH BILLINGS<br>322 PARKSIDE VILLAGE<br>CLAYTON NC 27520 | CREDITOR ID: 553241-BI<br>KENNETH C AUSTIN<br>PO BOX 776<br>CIRCUIT CLERK<br>FLORENCE AL 35631 |
| CREDITOR ID: 553242-BI<br>KENNETH CITY<br>OCCUPATIONAL LICENSE TAX<br>6000 54TH AVE N<br>KENNETH CITY FL 33709 | CREDITOR ID: 2345-07<br>KENNETH CITY PARTNERS<br>PO BOX 20406<br>ATLANTA, GA 30325 | CREDITOR ID: 553244-BI<br>KENNETH CITY PARTNERS<br>PO BOX 20406<br>ATLANTA GA 30325 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 553243-BI<br>KENNETH CITY PARTNERS<br>PO BOX 20406<br>ATLANTA GA 30325 | CREDITOR ID: 553247-BI<br>KENNETH J LAYTON INC<br>PO BOX 1205<br>ROCKINGHAM NC 28380 | CREDITOR ID: 253801-12<br>KENNETH J LAYTON INC<br>C/O DEANE, WILLIAMS & DEANE<br>ATTN KELLY J WILLIAMS, ESQ<br>PO BOX 1416<br>ROCKINGHAM NC 28380 |
| CREDITOR ID: 253801-12<br>KENNETH J LAYTON INC<br>ATTN KENNETH J LAYTON, PRESIDENT<br>PO BOX 1205<br>ROCKINGHAM, NC 28380 | CREDITOR ID: 410730-15<br>KENNETH J LAYTON, INC<br>ATTN KENNETH J LAYTON, PRESIDENT<br>PO BOX 1205<br>ROCKINGHAM NC 28380 | CREDITOR ID: 410730-15<br>KENNETH J LAYTON, INC<br>C/O DEANE, WILLIAMS & DEANE<br>ATTN KELLY J WILLIAMS, ESQ<br>PO BOX 1416<br>ROCKINGHAM NC 28380 |
| CREDITOR ID: 395676-65<br>KENNETH J. LAYTON, INC.<br>PO BOX 1205<br>ROCKINGHAM, NC 28380 | CREDITOR ID: 553249-BI<br>KENNETH JOHNSON<br>13420 SW 9TH STREET<br>DAVIE FL 33325-4120 | CREDITOR ID: 553253-BI<br>KENNETH R THOMAS<br>7116-D BARCLAY AVENUE<br>BROOKSVILLE FL 34609 |
| CREDITOR ID: 553255-BI<br>KENNETH TIBBETTS<br>129 LINDA DRIVE<br>NEWPORT NEWS VA 23608 | CREDITOR ID: 556092-BC<br>KENNY, MERCEDES<br>116 LAKE EMARALD DR<br>#103<br>OAKLAND PARK FL 33309 | CREDITOR ID: 535909-BA<br>KENON, BETTY<br>2021 SOUTH ATLANTA STREET<br>QUINCY FL 32351 |
| CREDITOR ID: 538304-BA<br>KENON, BETTY<br>C/O PELHAM & ANDREWS<br>ATTN RANDY VINCENT PELHAM<br>1982 CAPITAL CIRCLE, NE<br>TALLAHASSEE FL 32308 | CREDITOR ID: 553228-BI<br>KEN'S FOODS INC<br>PO BOX 6197<br>BOSTON MA 02212-6197 | CREDITOR ID: 553227-BI<br>KEN'S FOODS INC<br>PO BOX 6197<br>BOSTON MA 02212-6197 |
| CREDITOR ID: 253763-12<br>KEN'S FOODS INC<br>ATTN: PATRICK CONDRY, CR MGR<br>PO BOX 849<br>MARLBORO MA 01752 | CREDITOR ID: 253820-12<br>KENSINGTON PARK UTILITIES<br>AQUASOURCE<br>ATTN DIANNA STIEGLER<br>8374 MARKET STREET<br>PO BOX 419<br>BRADENTON, FL 34202 | CREDITOR ID: 556094-BC<br>KENT, BESSIE<br>7560 LA SALLE BLVD<br>MIRAMAR FL 33023 |
| CREDITOR ID: 553355-BI<br>KENTUCKY AMERICAN WATER CO<br>PO BOX 70824<br>CHARLOTTE NC 28272 | CREDITOR ID: 452074-AA<br>KENTUCKY CABINET OF HEALTH & FAMILY<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: GREGORY STUMBO<br>THE CAPITOL, STE 118<br>700 CAPITOL AVE<br>FRANKFORT KY 40601-3449 | CREDITOR ID: 452073-AA<br>KENTUCKY CABINET OF HEALTH & FAMILY<br>ATTN: OFFICE OF THE SECRETARY<br>275 E MAIN STREET<br>FRANKFORT KY 40621 |
| CREDITOR ID: 553356-BI<br>KENTUCKY DEPARTMENT OF REVENUE<br>FRANKFORT KY 40620 | CREDITOR ID: 399682-YY<br>KENTUCKY RIVER MEDICAL CENTER<br>540 JETTS DRIVE<br>JACKSON KY 41339 | CREDITOR ID: 553358-BI<br>KENTUCKY STATE TREASURER<br>TREY GRAYSON SECRETARY STATE<br>PO BOX 718<br>FRANKFORT KY 40602-0718 |
| CREDITOR ID: 553357-BI<br>KENTUCKY STATE TREASURER<br>KENTUCKY REVENUE CABINET<br>FRANKFORT KY 40620-0003 | CREDITOR ID: 253850-12<br>KENTUCKY STATE TREASURER<br>TREY GRAYSON SECRETARY STATE<br>PO BOX 718<br>FRANKFORT KY 40602-0718 | CREDITOR ID: 553359-BI<br>KENTUCKY STATE TREASURER DIV OF WASTE MG<br>14 REILLY ROAD<br>FRANKFORT KY 40601 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 553360-BI<br>KENTUCKY UTILITIES CO<br>PO BOX 14242<br>LEXINGTON KY 40512 | CREDITOR ID: 253856-12<br>KENTUCKY UTILITIES CO<br>PO BOX 14242<br>LEXINGTON, KY 40512 | CREDITOR ID: 556096-BC<br>KENYON, CHEYENNE<br>2155 15TH ST SW<br>VERO BEACH FL 32962 |
| CREDITOR ID: 556095-BC<br>KENYON, CHRISTINA<br>320-A RIVERDALE ROAD<br>PALM SPRINGS FL 33461 | CREDITOR ID: 553361-BI<br>KEOWEE COURIER<br>P O BOX 528<br>WALHALLA SC 29691 | CREDITOR ID: 253863-12<br>KEOWEE COURIER<br>PO BOX 528<br>WALHALLA, SC 29691 |
| CREDITOR ID: 391959-55<br>KEPLER, KRIS<br>C/O BOGIN, MUNNS & MUNNS<br>ATTN MARK A MATOVINA, ESQ<br>2601 TECHOLOGY DRIVE<br>ORLANDO FL 32804 | CREDITOR ID: 392258-55<br>KEPPLER, MYRTLE E<br>C/O JAMES N POWERS, PA<br>ATTN STEVEN E EARLE, ESQ<br>120 E ROBINSON STREET<br>ORLANDO FL 32801 | CREDITOR ID: 1500-07<br>KERBBY PARTNERSHIP<br>C/O HOBBY PROPERTIES<br>4312 LEAD MINE RD<br>RALEIGH, NC 27612 |
| CREDITOR ID: 553362-BI<br>KERBBY PARTNERSHIP<br>C/O HOBBY PROPERTIES<br>4312 LEAD MINE RD<br>RALEIGH NC 27612 | CREDITOR ID: 553363-BI<br>KERI ROBERTS<br>2438 LANSDOWN COURT<br>ID# 179689<br>SEMMES AL 36575 | CREDITOR ID: 553364-BI<br>KERN COUNTY<br>DEPT OF CHILD SUPPORT SERVICES<br>PO BOX 2147<br>BAKERSFIELD CA 93303 |
| CREDITOR ID: 556097-BC<br>KERN, MADELINE<br>1227 S 75TH ST<br>WEST ALLIS WI 53214 | CREDITOR ID: 553366-BI<br>KERNS BEVERAGES LLC<br>PO BOX 514738<br>LOS ANGELES CA 90051-4738 | CREDITOR ID: 553365-BI<br>KERNS BEVERAGES LLC<br>PO BOX 514738<br>LOS ANGELES CA 9005014738 |
| CREDITOR ID: 406300-15<br>KERNS BEVERAGES, LLC<br>ATTN JACK NOENICKX, TREAS<br>4002 WEST WESTMINSTER<br>SANTA ANA CA 92703 | CREDITOR ID: 535910-BA<br>KERR, MARJORIE<br>275 WHISTLER SPRING CT<br>JACKSONVILLE FL 32225 | CREDITOR ID: 538305-BA<br>KERR, MARJORIE<br>C/O BARNES, BARNES & COHEN, P.A.<br>ATTN GLENN E COHEN<br>1843 ATLANTIC BLVD.<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 556098-BC<br>KERR, MIRIAM<br>201 SW 11 COURT<br>FORT LAUDERDALE FL 33315 | CREDITOR ID: 535911-BA<br>KERR, TORRIE<br>4908 SARATOGA RD<br>WEST PALM BEACH FL 33415 | CREDITOR ID: 556099-BC<br>KERRIGAN, KAITLYN<br>517 WINTER  TERRACE<br>WINTER HAVEN FL 33881 |
| CREDITOR ID: 253876-12<br>KERRINGTON GROUP THE<br>PO BOX 16225<br>FERNANDINA BEACH, FL 32035-3121 | CREDITOR ID: 553367-BI<br>KERRY BOATNER<br>200 DAVIS STREET<br>PIEDMONT AL 36272 | CREDITOR ID: 553368-BI<br>KERRY SEASONINGS<br>PO BOX 409141<br>ATLANTA GA 30384-9141 |
| CREDITOR ID: 553369-BI<br>KERRY SPECIALTY PRODUCTS DIV<br>FILE 98489<br>CHICAGO IL 60693-8489 | CREDITOR ID: 253880-12<br>KERRY SPECIALTY PRODUCTS DIV<br>FILE 98489<br>CHICAGO, IL 60693-8489 | CREDITOR ID: 556100-BC<br>KERSANTY, WINIFRED<br>213 CAVILLER PORT<br>239-656-5659<br>NORTH FORT MYERS FL 33917 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:    05-03817-3F1**

CREDITOR ID: 556101-BC
KERSEY, KRISTINA
553 MAINLINE BLVD.
APOPKA FL 32703

CREDITOR ID: 556102-BC
KERTH, AUDREY
3100 METAIRIE HEIGHTS
METAIRIE LA 70002

CREDITOR ID: 553371-BI
KES ENTERPRISES
8626 W FARM ROAD 64
WILLARD MO 65781

CREDITOR ID: 553372-BI
KES SCIENCE & TECHNOLOGY
3625 KENNESAW NORTH IND PKWY
KENNESAW GA 30144-1234

CREDITOR ID: 253884-12
KES SCIENCE & TECHNOLOGY INC
ATTN JOSEPH B DONNELLY, CONTROLLER
JOHN J HAMM III, PRESIDENT
3625 KENNESAW NORTH IND PKWY
KENNESAW, GA 30144-1234

CREDITOR ID: 535912-BA
KESNER, RAYMOND
29147 PALM SHORES BLVD.
PUNTA GORDA FL 33982

CREDITOR ID: 391804-55
KESSLER, INA
C/O VARNER PARKER & SESSUMS, PA
ATTN DAVID M SESSUMS, ESQ
PO BOX 1237
VICKSBURG MS 39181

CREDITOR ID: 556103-BC
KETTLES, RANETTA
3036 DAWSON
KENNER LA 70065

CREDITOR ID: 556104-BC
KETTRINGHAM, JOYCE
718 WILSHIRE BLVD.
APT B
METAIRIE LA 70005

CREDITOR ID: 159083-09
KEVELIER, ANDRE
1225 FAIRBURN RD, APT DD8
ATLANTA GA 30331

CREDITOR ID: 553374-BI
KEVIN BETHEA
2828 CHILLINGWORTH DRIVE
FAYETTEVILLE NC 28306

CREDITOR ID: 553375-BI
KEVIN BYRD
110 APPALOOSA LANE
GREENWOOD SC 29646

CREDITOR ID: 553378-BI
KEVIN D FINCHER
304 SHARPSBURG CIRCLE
BIRMINGHAM AL 35213

CREDITOR ID: 553377-BI
KEVIN D FINCHER
1812 WINNSBORO ROAD
BIRMINGHAM AL 35213

CREDITOR ID: 553380-BI
KEVIN EVANS
156 BRANDYWINE DR
EDEN NC 27288

CREDITOR ID: 553490-BI
KEVIN MURPHY
781 MYSTIC AVENUE
TERRYTOWN LA 70056

CREDITOR ID: 553493-BI
KEVIN PACHUCKI
7748 DEBORAH DRIVE
PENSACOLA FL 32514

CREDITOR ID: 553495-BI
KEVIN STRETZINGER
7708 NORTON AVENUE
HARAHAN LA 70123

CREDITOR ID: 553498-BI
KEVIN WRIGHT
200 TODD BRANCH ROAD
COLUMBIA SC 29223

CREDITOR ID: 553499-BI
KEVIN* PEEPLES
12577 SOUTH OLD JONES ROAD
FLORAL CITY FL 34436

CREDITOR ID: 553500-BI
KEY BISCAYNE CHAMBER OF COMMERCE
87 W MCINTYRE
KEY BISCAYNE FL 33149

CREDITOR ID: 253917-12
KEY BISCAYNE CHAMBER OF COMMERCE
87 W MCINTYRE
KEY BISCAYNE, FL 33149

CREDITOR ID: 553501-BI
KEY DISTRIBUTORS INC
DEPT 66794
EL MONTE CA 91735-6794

CREDITOR ID: 253919-12
KEY DISTRIBUTORS INC
ATTN JOSEPH NICOSIA, CFO
DEPT 66794
EL MONTE, CA 91735-6794

CREDITOR ID: 381733-15
KEY EQUIPMENT FINANCE, DIV OF
KEY CORPORATE CAPITAL INC
ASSIGNEE OF STORAGETEK
ATTN SAL BOSCIA
1000 SOUTH MCCASLIN BLVD
SUPERIOR CO 80027

CREDITOR ID: 253921-12
KEY LARGO HEALTH CENTER
102900 OVERSEAS HIGHWAY STE 8
KEY LARGO, FL 33037

CREDITOR ID: 553502-BI
KEY TECH CORPORATION
20508 56TH AVENUE W
SUITE A
LYNNWOOD WA 98036

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 553503-BI
KEY WEST CITIZEN
3420 NORTHSIDE DRIVE
PO BOX 1800
KEY WEST FL 33040-1800

CREDITOR ID: 253924-12
KEY WEST CITIZEN
3420 NORTHSIDE DRIVE
PO BOX 1800
KEY WEST, FL 33040-1800

CREDITOR ID: 382753-51
KEY WEST CITIZEN
3420 NORTHSIDE DR
KEY WEST, FL 33040

CREDITOR ID: 553504-BI
KEY WEST FAMILY MEDICAL CENTER
1446 KENNEDY DRIVE
KEY WEST FL 33040

CREDITOR ID: 253925-12
KEY WEST FAMILY MEDICAL CENTER
1446 KENNEDY DRIVE
KEY WEST, FL 33040

CREDITOR ID: 553505-BI
KEY WEST PHYS MNG INC
29755 OVERSEAS HIGHWAY
BIG PINE KEY FL 33043

CREDITOR ID: 253928-12
KEY WEST PHYS MNG INC
29755 OVERSEAS HIGHWAY
BIG PINE KEY, FL 33043

CREDITOR ID: 553506-BI
KEY WEST PLUMBING INC
1804 SEIDENBERG AVE
KEY WEST FL 33040

CREDITOR ID: 240376-06
KEY WEST TAX COLLECTOR
DANISE D. HENRIQUEZ
PO BOX 1129
KEY WEST FL 33041-1129

CREDITOR ID: 391014-55
KEY, BRUCE
C/O GARY O BRUCE, PC
ATTN GARY O BRUCE, ESQ
912 SECOND AVENUE
COLUMBUS GA 31901

CREDITOR ID: 553507-BI
KEYBOARD ADVERTISING SPECIALTIES
901 FLEMING STREET
KEY WEST FL 33040

CREDITOR ID: 553508-BI
KEYCORP REAL ESTATE CAPITAL MARKETS LLC
911 MAIN STREET
SUITE 1500
KANSAS CITY MO 64105

CREDITOR ID: 556107-BC
KEYES, EVELYN
1007 N. HAMPTON AVE
ORLANDO FL 32803

CREDITOR ID: 553511-BI
KEYS CONSORTIUM
93911 OVERSEAS HWY
TAVERNIER FL 33070

CREDITOR ID: 553512-BI
KEYS CONSORTIUM DRUG TESTING SERVICE INC
93911 OVERSEAS HWY
#3
TAVERNIER FL 33070

CREDITOR ID: 553513-BI
KEYS ENERGY SERVICES
PO BOX 6048
KEY WEST FL 33041-6048

CREDITOR ID: 553514-BI
KEYS PAINTING & CONSTRUCTION CO
JEFFREY KEY
735 MEECE BRIDGE ROAD
TAYLOR SC 29687

CREDITOR ID: 253937-12
KEYS PAINTING & CONSTRUCTION CO
JEFFREY KEY
735 MEECE BRIDGE ROAD
TAYLOR, SC 29687

CREDITOR ID: 553515-BI
KEYS SANITARY SERVICE
PO BOX 345
TAVERNIER FL 33070-0345

CREDITOR ID: 385389-54
KEYS, JACQUELINE
1716 N HARCO DR APT A2
BATON ROUGE, LA 70814

CREDITOR ID: 556108-BC
KEYS, VIRGINIA
8412-B SW 93RD PLACE
OCALA FL 34481

CREDITOR ID: 253940-12
KEYSOURCE MEDICAL INC
ATTN R TODD SZWEC, CFO
7820 PALACE DR
CINCINNATI OH 45249

CREDITOR ID: 393307-55
KHABEER, MUSHEERAH
C/O BOLTON & GROSS
ATTN MITCHELL GROSS, ESQ
801 NE 167TH ST  2ND FLOOR
NORTH MIAMI BEACH FL 33162

CREDITOR ID: 388436-54
KHAJA, RAZIUDDIN S
9626 NW 49TH CT
SUNRISE, FL 33351

CREDITOR ID: 391833-55
KHAN, DEOKIE
C/O LAW OFFICES OF CUBIT & CUBIT PA
ATTN THOMAS M CUBIT, ESQ
727 NE 3RD AVENUE, SUITE 201
FORT LAUDERDALE FL 33304

CREDITOR ID: 390563-55
KHAN, ZORINA
C/O SILVERSTEIN, SILVERSTEIN ET AL
ATTN DARRYN L SILVERSTEIN, ESQ
20801 BISCAYNE BLVD, SUITE 504
AVENTURA FL 33180-1422

CREDITOR ID: 385290-54
KHANI, VERONA
C/O H C PALMER, III, LAW OFFICE
ATTN H C PALMER, III, ESQ
147 ALHAMBRA CIRCLE, SUITE 210
CORAL GABLES FL 33134

**Notice of (A) Entry of Order Confirming Plan of**
**Reorganization, (B) Occurrence of Effective Date**
**of Plan, and (C) Bar Dates for Filing claims Arising**
**before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 385290-54<br>KHANI, VERONA<br>5860 SW 63RD AVE<br>MIAMI, FL 33143 | CREDITOR ID: 553516-BI<br>KHEAA<br>PO BOX 4869<br>FRANKFORT KY 40604-4869 | CREDITOR ID: 553517-BI<br>KHEAA<br>PO BOX 9001780<br>LOUISVILLE KY 40290-1780 |
| CREDITOR ID: 556110-BC<br>KHOURI, LAYLA<br>7520 SW 147 CT<br>MIAMI FL 33193 | CREDITOR ID: 253947-12<br>KHS BARTELT INC<br>PO BOX 890868<br>CHARLOTTE, NC 28289-0868 | CREDITOR ID: 553616-BI<br>KHS INC<br>880 BAHCALL CT<br>PO BOX 1508<br>WAUKESHA WI 53187-1508 |
| CREDITOR ID: 253949-12<br>KHS KISTERS<br>5767 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | CREDITOR ID: 553618-BI<br>KHS USA INC<br>PO BOX 681063<br>MILWAUKEE WI 53268-1063 | CREDITOR ID: 553617-BI<br>KHS USA INC<br>PO BOX 681014<br>MILWAUKEE WI 53268-1014 |
| CREDITOR ID: 492899-FC<br>KICHLER, BENITA<br>10378 CYPRESS LAKES DRIVE<br>JACKSONVILLE FL 32256 | CREDITOR ID: 382755-51<br>KICHLER, BENITA<br>720 CLUBSIDE DRIVE<br>ROSWELL, GA 30076 | CREDITOR ID: 403795-94<br>KICKLIGHLER, ANTHONY L<br>913 SEAGROVE ST<br>ST MARYS GA 31558 |
| CREDITOR ID: 556111-BC<br>KIDANNY, ANGEL<br>1201 SE PALM BEACH RD<br>APT. A101<br>STUART FL 34994 | CREDITOR ID: 535913-BA<br>KIDD, NORMA<br>7930 NW 7TH ST. #204<br>PEMBROKE PINES FL 33024 | CREDITOR ID: 416097-L1<br>KIDD, NORMA<br>C/O LEHRMAN & LEHRMAN, PA<br>ATTN SETH LEHRMAN, ESQ<br>1801 NORTH PINE ISLAND RD, STE 103<br>PLANTATION FL 33322 |
| CREDITOR ID: 538306-BA<br>KIDD, NORMA<br>C/O LEHRMAN & LEHRMAN, PA<br>ATTN JOHN MOONEY ESQ<br>1801 NORTH PINE ISLAND RD, STE 103<br>PLANTATION FL 33322 | CREDITOR ID: 553619-BI<br>KIDDE<br>PO BOX 538364<br>ATLANTA GA 30353 | CREDITOR ID: 556112-BC<br>KIEDERLEN, HAMMAH<br>4412 HAMLET CT<br>KISSIMMEE FL 34746 |
| CREDITOR ID: 535914-BA<br>KIEF, KATHLEEN<br>128 E  178TH ST<br>GOLDEN MEADOW LA 70357 | CREDITOR ID: 553620-BI<br>KIELY JEREMIAH BARBERIS PA INC<br>D860405<br>ORLANDO FL 32886-0405 | CREDITOR ID: 398214-74<br>KIESEWETTER WISE KAPLAN PRATHER PLC<br>ATTN S HYMOWITZ OR P PRATHER, ESQS<br>3725 CHAMPION HILLS DR, STE 3000<br>MEMPHIS TN 38125 |
| CREDITOR ID: 406848-MS<br>KIGHT, CHARLES<br>76 BAYTREE LANE<br>BOYNTON BEACH FL 33436 | CREDITOR ID: 553621-BI<br>KIK INTERNATIONAL INC<br>DEPT CH 14106<br>PALATINE IL 60055-1406 | CREDITOR ID: 553623-BI<br>KIKKOMAN INTERNATIONAL<br>P O BOX 1067<br>CHARLOTTE NC 28201-1067 |
| CREDITOR ID: 553622-BI<br>KIKKOMAN INTERNATIONAL<br>P O BOX 1067<br>CHARLOTTE NC 28201-1067 | CREDITOR ID: 556113-BC<br>KILBURN, BRENDA<br>2029 N. OCEAN BLVD<br>#403<br>FORT LAUDERDALE FL 33305 | CREDITOR ID: 406849-MS<br>KILGORE, JOHN<br>7258 SHELL ROAD<br>WINSTON GA 30187 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 535915-BA
KILGORE, VANESSA
PO BOX 1675
CAPE CANAVERAL FL 32920

CREDITOR ID: 492900-FC
KILLEBREW, KENT L
3071 WILLIAMSBURG COURT
ORANGE PARK FL 32065

CREDITOR ID: 415956-15
KILLEN MARKETPLACE, LLC
C/O WALSTON WELLS ANDERSON ET AL
ATTN EDWARD J ASHTON, ESQ.
1819 5TH AVENUE NORTH, SUITE 1100
BIRMINGHAM AL 35203

CREDITOR ID: 410447-15
KILLEN MARKETPLACE, LLC
C/O WALSTON WELLS ANDERSON ET AL
ATTN C ELLIS BRAZEAL, III, ESQ
1819 5TH AVENUE NORTH, SUITE 1100
BIRMINGHAM AL 35203

CREDITOR ID: 553624-BI
KILLEN MARTEPLACE LLC
110 WEST TENNESSEE ST
FLORENCE AL 35631

CREDITOR ID: 2347-07
KILLEN MARTEPLACE LLC
110 WEST TENNESSEE ST
FLORENCE, AL 35631

CREDITOR ID: 381332-47
KILLOUGH, BOB
19255 SW TUALASAUM DRIVE
TUALATIN, OR 97062

CREDITOR ID: 417001-99
KILPATRICK STOCKTON LLP
ATTN: PAUL M ROSENBLATT
1100 PEACHTREE STREET NE, STE 2800
ATLANTA GA 30309-4530

CREDITOR ID: 553626-BI
KIM L JULIER
11941 NW 30TH PLACE
SUNRISE FL 33323

CREDITOR ID: 553628-BI
KIM MORRIS
410 WOODLAKE LANE
BRANDON MS 39047

CREDITOR ID: 553629-BI
KIM MOUNTS
10543 LEADER LANE
ORLANDO FL 32825

CREDITOR ID: 553632-BI
KIM PAGE
1102 CARRINGTON RIDGE
STOCKRIDGE GA 30281

CREDITOR ID: 553631-BI
KIM PAGE
1102 CARRINGTON RIDGE
STOCKBRIDGE GA 30281

CREDITOR ID: 553636-BI
KIMBALL MIDWEST
DEPT L-2780
COLUMBUS OH 43260-2780

CREDITOR ID: 538307-BA
KIMBELL, SYLVIA
LAW OFFICES OF J. SCOTT NOONEY
3535 HENDRICKS AVENUE
JACKSONVILLE FL 32207-3303

CREDITOR ID: 535916-BA
KIMBELL, SYLVIA
3115 MELL CT.
JACKSONVILLE FL 32254

CREDITOR ID: 553640-BI
KIMBERLY CLARK
PO BOX 915003
DALLAS TX 75391-5003

CREDITOR ID: 382031-36
KIMBERLY CLARK CORP
ATTN TED C BANKER, DIR CUSTOMER FIN
520 W SUMMITT HILL DR
KNOXVILLE TN 37902

CREDITOR ID: 278689-99
KIMBERLY CLARK CORP
ATTN TED C BANKER, SR CR MGR
PO BOX 915003
DALLAS, TX 75391-5003

CREDITOR ID: 553641-BI
KIMBERLY E DICKENSON
2027 N POINTE ALEXIS DR
TARPON SPRINGS FL 34689

CREDITOR ID: 553642-BI
KIMBERLY E STEPHENS
356 N BONITA AVENUE
EMP# 273598
PANAMA CITY FL 32401

CREDITOR ID: 553643-BI
KIMBERLY FUTCH
1330 US HWY 319 N
LOT 68
NORMAN PARK GA 31771

CREDITOR ID: 553644-BI
KIMBERLY KLOEPPEL
5230 WILBUR ROAD
MIDDLEBURG FL 32068

CREDITOR ID: 553645-BI
KIMBERLY S BROWN
717 FAIRHAVEN ST NE
PALM BAY FL 32907

CREDITOR ID: 553646-BI
KIMBERLY STEPHENS
356 NORTH BONITA AVENUE
PANAMA CITY FL 32401

CREDITOR ID: 553648-BI
KIMBERLY-CLARK #38-97911-211
PO BOX 915003
DALLAS TX 75391-5003

CREDITOR ID: 410846-15
KIMCO DELAWARE, INC
C/O MORGAN LEWIS & BOCKIUS LLP
ATTN NEIL E HERMAN, ESQ
101 PARK AVENUE
NEW YORK NY 10178

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of**
**Reorganization, (B) Occurrence of Effective Date**
**of Plan, and (C) Bar Dates for Filing claims Arising**
**before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410844-15<br>KIMCO DELAWARE, INC, JOAN EIGER,<br>TRUST UW OF ALLAN KIMMEL<br>C/O MORGAN LEWIS BOCKIUS, LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | CREDITOR ID: 1502-07<br>KIMCO DEVELOPMENT CORP<br>C/O KIMCO REALTY CORP<br>3333 NEW HYDE PARK ROAD, STE 100<br>NEW HYDE PARK, NY 11042-0020 | CREDITOR ID: 553649-BI<br>KIMCO DEVELOPMENT CORP<br>C/O KIMCO REALTY CORP<br>3333 NEW HYDE PARK RD STE 100<br>PO BOX 5020<br>NEW HYDE PARK NY 11042-0020 |
| CREDITOR ID: 253996-12<br>KIMCO DEVELOPMENT CORP<br>C/O KIMCO REALTY CORP<br>3333 NEWY HYDE PARK RD STE 100<br>PO BOX 5020<br>NEW HYDE PARK, NY 11042-0020 | CREDITOR ID: 553749-BI<br>KIMCO DEVELOPMENT CORP<br>C/O KIMCO REALTY CORP<br>3333 NEWY HYDE PARK RD STE 100<br>PO BOX 5020<br>NEW HYDE PARK NY 11042-0020 | CREDITOR ID: 278832-99<br>KIMCO REALTY CORPORATION<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN: NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178-0600 |
| CREDITOR ID: 553750-BI<br>KIMCO REALTY CORPORATION<br>3333 NEW HYDE PARK RD STE 100<br>PO BOX 5020<br>NEW HYDE PARK NY 11042-0020 | CREDITOR ID: 553751-BI<br>KIMCO UNIVERSITY CO INC<br>3333 NEW HYDE PARK RD STE 100<br>3194 SFLF0147/LWINNDI00<br>NEW HYDE PARK NY 11042-0020 | CREDITOR ID: 410847-15<br>KIMCO UNIVERSITY COMPANY LTD<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 |
| CREDITOR ID: 417103-15<br>KIMCO UNIVERSITY LTD & KIMCO DE INC<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN<br>101 PARK AVENUE<br>NEW YORK NY 10178 | CREDITOR ID: 556114-BC<br>KIME, JUDY<br>8705 REDWOOD COURT APT C<br>TAMPA FL 33604 | CREDITOR ID: 535917-BA<br>KIMMONS, GAIL<br>9372VANDIVERE DR<br>NAVARRE FL 32566 |
| CREDITOR ID: 411272-15<br>KIM'S PROCESSING PLANT, INC<br>ATTN JOHN WONG, PRESIDENT<br>417 3RD STREET<br>CLARKSDALE MS 28614 | CREDITOR ID: 406850-MS<br>KIMSEY, DON L<br>PO BOX 546<br>ANNA MARIA FL 34216 | CREDITOR ID: 406851-MS<br>KINCHELOE, CECIL<br>PO BOX 120375<br>TYLER  TX 75712 |
| CREDITOR ID: 390734-55<br>KINDINIS, ANNA<br>C/O NIKKI KAVOUKLIS, ESQ<br>114 SOUTH PINELLAS AVE<br>TARPON SPRINGS FL 34689 | CREDITOR ID: 553754-BI<br>KING & SPALDING<br>PO BOX 116133<br>ATLANTA GA 30368-6133 | CREDITOR ID: 553753-BI<br>KING & SPALDING<br>1180 PEACHTREE STREET  NE<br>ATLANTA GA 30309-3521 |
| CREDITOR ID: 279305-99<br>KING & SPALDING<br>ATTN: SARAH ROBINSON BORDERS<br>191 PEACHTREE STREET<br>ATLANTA GA 30303 | CREDITOR ID: 556123-BC<br>KING (MINOR), ALYSSA<br>916 CYPRESS DR.<br>AMERICUS GA 31719 | CREDITOR ID: 556124-BC<br>KING (MINOR), MILLICENT<br>3959 NOBLE STREET<br>ZACHARY LA 70791 |
| CREDITOR ID: 254007-12<br>KING ARTHUR FLOUR COMPANY<br>ATTN MARY BEHRLE, VP FINANCE<br>PO BOX 4508<br>BOSTON, MA 02212-4508 | CREDITOR ID: 553756-BI<br>KING ARTHUR FLOUR COMPANY<br>PO BOX 4508<br>BOSTON MA 02212-4508 | CREDITOR ID: 553755-BI<br>KING ARTHUR FLOUR COMPANY<br>PO BOX 4508<br>BOSTON MA 02212-4508 |
| CREDITOR ID: 2199-07<br>KING EDWARD, INC FKA<br>C/O INZER, HANEY & MCWHORTER, PA<br>ATTN ROBERT D MCWHORTER, JR, ESQ<br>601 BROAD STREET, 2D FL<br>PO DRAWER 287<br>GADSDEN AL 35902-0287 | CREDITOR ID: 2199-07<br>KING EDWARD, INC FKA<br>DRINKARD DEVELOPMENT, INC<br>ATTN ROY H DRINKARD, PRESIDENT<br>PO BOX 996<br>CULLMAN, AL 35056-0996 | CREDITOR ID: 397096-67<br>KING ENTERTAINMENT, INC.<br>ATTN: ERIC SMITH<br>215 E MAIN ST<br>HAVELOCK NC 28532-2215 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 553757-BI
KING GLASS
4116 SOUTH ALABAMA AVENUE
MONROEVILLE AL 36460

CREDITOR ID: 553758-BI
KING LOAN
200 22ND AVENUE
MERIDIAN MS 39301

CREDITOR ID: 553759-BI
KING RETAIL SOLUTIONS
PO BOX 21910
EUGENE OR 97402

CREDITOR ID: 254010-12
KING RETAIL SOLUTIONS INC
ATTN PAUL R GERMANI, DIR ADMIN
PO BOX 21910
EUGENE, OR 97402

CREDITOR ID: 553760-BI
KING RETAIL SOLUTIONS INC
PO BOX 21910
EUGENE OR 97402

CREDITOR ID: 384203-47
KING SEAFOODS INC
PO BOX 107
MOUNT HOLLY, NJ 08060

CREDITOR ID: 553761-BI
KING SEAFOODS INC
PO BOX 107
MOUNT HOLLY NJ 08060

CREDITOR ID: 391179-55
KING, ANNETTE
C/O CHRISTOPHER P JANES, PA
ATTN CHRISTOPHER P JANES, ESQ
1015 NORTH 12TH AVENUE
PENSACOLA FL 32501

CREDITOR ID: 535918-BA
KING, ASHLY
1006 N JAY STREET
LAKE WORTH FL 33460

CREDITOR ID: 556122-BC
KING, BARBARA
99 PERSIMMON LANE
PALM COAST FL 32164

CREDITOR ID: 391886-55
KING, BEVERLY
C/O J SCOTT NOONEY & ASSOCIATES
ATTN J SCOTT NOONEY, ESQ
3535 HENDRICKS AVENUE
JACKSONVILLE FL 32207

CREDITOR ID: 556117-BC
KING, BRENDA
621 WEST 44TH STREET
JACKSONVILLE FL 32208

CREDITOR ID: 556115-BC
KING, COMER
19800 NW 33 AVE
MIAMI FL 33055

CREDITOR ID: 535919-BA
KING, DEANDREA ANN
34893 PUNCH RD.
DADE CITY FL 33523

CREDITOR ID: 538308-BA
KING, DEANDREA ANN
C/O JOHNSON AUVIL & BROCK, P.A.
ATTN:  P HUTCHINSON BROCK II
P.O. BOX 2337
DADE CITY FL 33526-2337

CREDITOR ID: 538309-BA
KING, GENEVA
C/O DANIEL I MCCRANIE P.A.
26 SOUTH FIFTH ST.
FERNANDINA BEACH FL 32034

CREDITOR ID: 535920-BA
KING, GENEVA
C/O DANIEL I. MCCRANIE, P.A.
233 EAST BAY ST
JACKSONVILLE FL 32202

CREDITOR ID: 556119-BC
KING, JUDY
2716 LAWN PL
HOLIDAY FL 34690

CREDITOR ID: 391563-55
KING, JUDY
C/O JUDY HICKS VARNELL, ESQ
525 WEST BROAD AVENUE
ALBANY GA 31701

CREDITOR ID: 390957-55
KING, JULIE
C/O RUE & ZIFFRA, PA
ATTN DAVID SWEAT, ESQ
632 DUNLAWTON AVENUE
PORT ORANGE FL 32127-4384

CREDITOR ID: 556118-BC
KING, KRISTINE
449 HALL RD
OAKFIELD GA 31772

CREDITOR ID: 534676-15
KING, LARRY E
20901 DECORA DRIVE
CORNELIUS NC 28031

CREDITOR ID: 391408-55
KING, LARRY E
C/O LAW OFFICE OF WILLIAM D ACTON
ATTN WILLIAM D ACTON, ESQ
831 EAST MOREHEAD STREET, SUITE 245
CHARLOTTE NC 28202

CREDITOR ID: 391408-55
KING, LARRY E
PO BOX 1201
DAVIDSON NC 28036

CREDITOR ID: 538310-BA
KING, MAELENE
C/O ROZAS LAW FIRM, LLC
ATTN GREG ROZA
758 ROYAL ST.
BATON ROUGE LA 70802

CREDITOR ID: 535921-BA
KING, MAELENE
5056 JACKSON AVE
BATON ROUGE LA 70806

CREDITOR ID: 556116-BC
KING, MAMIE
A23 CHATTAHOOCHEE COURT
334-687-6662
EUFAULA AL 36027

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 392364-55<br>KING, MARTHA A<br>C/O JEFFREY HELMS, PA<br>ATTN JEFFREY HELMS, ESQ<br>PO BOX 537<br>HOMERVILLE GA 31634 | CREDITOR ID: 387181-54<br>KING, PAUL<br>PO BOX 276<br>MORRISTON, FL 32668 | CREDITOR ID: 392361-55<br>KING, PHILIP J<br>C/O DAN HIGHTOWER, PA<br>ATTN DANIEL HIGHTOWER, ESQ<br>7 E SILVER SPRINGS BLVD #300<br>PO BOX 700<br>OCALA FL 34478-0700 |
| CREDITOR ID: 391211-55<br>KING, ROBERT<br>C/O MICHAEL J BEDNARIK LAW OFFICES<br>ATTN MICHAEL J BEDNARIK, ESQ<br>2004 PARK DRIVE<br>CHARLOTTE NC 28204 | CREDITOR ID: 42055-05<br>KING, SANDY M<br>6930 BURROUGHS LANE<br>THEODORE AL 36582 | CREDITOR ID: 556121-BC<br>KING, SHAUN<br>5940 FORREST LAKES COVE<br>STERRETT AL 35147 |
| CREDITOR ID: 538311-BA<br>KING, SKYE<br>C/O FARAH & FARAH, P.A.<br>ATTN VALERIA S HEWITT<br>10 WEST ADAMS ST., 3RD FL<br>JACKSONVILLE FL 32202 | CREDITOR ID: 535922-BA<br>KING, SKYE<br>45232 DIXI DR<br>CALLAHAN FL 32011 | CREDITOR ID: 556120-BC<br>KING, TAMMY<br>2608 ST RD 60W<br>PLANT CITY FL 33567 |
| CREDITOR ID: 2349-RJ<br>KINGFISHER INC<br>PO BOX 47<br>LULING, LA 70070-0047 | CREDITOR ID: 553766-BI<br>KINGS CO SCU<br>P O BOX 15358<br>ALBANY NY 12212-5358 | CREDITOR ID: 553767-BI<br>KINGS COMMAND FOODS INC<br>PO BOX 2142<br>TACOMA WA 98401-2142 |
| CREDITOR ID: 553762-BI<br>KING'S DAUGHTERS HOSPITAL<br>PO BOX 948<br>427 HWY 51 N<br>BROOKHAVEN MS 39602-0948 | CREDITOR ID: 254013-12<br>KING'S DAUGHTERS MEDICAL CENTER<br>PO BOX 948<br>427 HWY 51 N<br>BROOKHAVEN, MS 39602-0948 | CREDITOR ID: 553768-BI<br>KINGS DELIGHT<br>7825 N DALE MABRY HWY<br>SUITE 26<br>TAMPA FL 33614 |
| CREDITOR ID: 553769-BI<br>KINGS FOOD PRODUCTS<br>12 NORTH 35TH STREET<br>BELLEVILLE IL 62226 | CREDITOR ID: 254020-12<br>KING'S FOOD PRODUCTS<br>C/O GREENSFELDER HEMKER & GALE, PC<br>ATTN J PATRICK BRADLEY, ESQ<br>12 WOLF CREEK DRIVE, SUITE 100<br>BELLEVILLE (SWANSEA) IL 62226 | CREDITOR ID: 254020-12<br>KING'S FOOD PRODUCTS<br>ATTN S FAHRNER, VP/T W SIEGEL, PRES<br>12 NORTH 35TH STREET<br>BELLEVILLE, IL 62226 |
| CREDITOR ID: 553763-BI<br>KING'S HAWAIIAN BAKERY WEST<br>PO BOX 31001-1636<br>PASADENA CA 91110-1636 | CREDITOR ID: 254021-12<br>KINGS MOUNTAIN HERALD<br>PO BOX 769<br>KINGS MOUNTAIN, NC 28086-0769 | CREDITOR ID: 553770-BI<br>KINGS MOUNTAIN HERALD<br>PO BOX 769<br>KINGS MOUNTAIN NC 28086-0769 |
| CREDITOR ID: 553765-BI<br>KING'S TRUCK & TRAILER REPAIR<br>PO BOX 788<br>ATMORE AL 36571 | CREDITOR ID: 553764-BI<br>KING'S TRUCK & TRAILER REPAIR<br>PO BOX 191<br>EXCEL AL 36439 | CREDITOR ID: 535923-BA<br>KINGSLEY, ERIN<br>208 RIVER BEND CT.<br>LONGWOOD FL 32779 |
| CREDITOR ID: 535924-BA<br>KINGSLEY, OWEN<br>500 SPOONBILL COURT<br>WINTERSPRINGS FL 32708 | CREDITOR ID: 553771-BI<br>KINGSMILL AUTO SERVICE<br>1732 BENEFIT STREET<br>NEW ORLEANS LA 70122 | CREDITOR ID: 539059-15<br>KINGSTON MIAMI TRADING, CO<br>1465 NW 21ST TERRACE<br>MIAMI FL 33142 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                        **CASE:   05-03817-3F1**

CREDITOR ID: 254025-12
KINGSTON-MIAMI TRADING
ATTN CHRISTINE CHA-FONG, CEO
280 NE 2ND STREET
MIAMI, FL 33132

CREDITOR ID: 553772-BI
KINGSTON-MIAMI TRADING
280 N.E. 2ND STREET
MIAMI FL 33132

CREDITOR ID: 416934-15
KINLEY, LUPE
C/O RUE & ZIFFRA, PA
ATTN ALLAN ZIFFIA, ESQ
632 DUNLAWTON AVENUE
PORT ORANGE FL 32127

CREDITOR ID: 556125-BC
KINNETT, CLARA
2314 MCKINLEY AVE
MONTGOMERY AL 36107

CREDITOR ID: 553773-BI
KINNEYS AIR AND HEAT
409 NORTH 13TH STREET
LEESBURG FL 34748

CREDITOR ID: 254031-12
KINSEY CRANE & SIGN COMPANY INC
ATTN FRANK C KINSEY, VP
2401 JOHNSON AVENUE NW
ROANOKE VA 24017

CREDITOR ID: 556126-BC
KINSEY, MYKAYLA
1603 SMITH ST
QUINCY FL 32351

CREDITOR ID: 556127-BC
KINZA ROWLETT, KINZA ROWLETT
451-52 TAYLOR ROWLAND RD
DEXTER GA 31019

CREDITOR ID: 1505-07
KIR AUGUSTA 1 044 LLC
PO BOX 5020
3333 NEW HYDE PARK RD
NEW HYDE PARK, NY 11042-0020

CREDITOR ID: 553775-BI
KIR AUGUSTA 1 044 LLC
P O BO BOX 5020
3333 NEW HYDE PARK RD
NEW HYDE PARK NY 11042-0020

CREDITOR ID: 410848-15
KIR AUGUSTA II, LP
C/O MORGAN LEWIS & BOCKIUS LLP
ATTN NEIL E HERMAN, ESQ
101 PARK AVENUE
NEW YORK NY 10178

CREDITOR ID: 1506-RJ
KIR COLERAIN 017 LLC
C/O KIMCO REALTY CORP
PO BOX 5020
NEW  HYDE  PARK, NY 11042-0020

CREDITOR ID: 553776-BI
KIR COLERAIN 017 LLC
%KIMCO REALTY CORP
P O BOX 5020
NEW HYDE PARK NY 11042-0020

CREDITOR ID: 383217-15
KIR COLERAIN 017, LLC
C/O MORGAN, LEWIS & BOCKIUS LLP
ATTN NEIL E HERMAN, ESQ
101 PARK AVENUE
NEW YORK NY 10178

CREDITOR ID: 254037-12
KIRBY RENTAL SERVICES & SALES
ATTN: JILL E IVEY, OFFICE MGR
8051 BAYBERRY ROAD
JACKSONVILLE, FL 32256

CREDITOR ID: 553779-BI
KIRBY RENTAL SERVICES & SALES
8051 BAYBERRY ROAD
JACKSONVILLE FL 32256

CREDITOR ID: 392942-55
KIRBY, CINDY
C/O FARAH & FARAH, PA
ATTN STEPHEN A LANKES, ESQ
1534 KINGSLEY AVE
ORANGE PARK FL 32073

CREDITOR ID: 159979-09
KIRBY, CONNIE S
PO BOX 1436
PONCHATOULA LA 70454

CREDITOR ID: 159979-09
KIRBY, CONNIE S
C/O HOGAN & HOGAN
ATTN THOMAS J HOGAN JR, ESQ
PO BOX 1274
HAMMOND LA 70404

CREDITOR ID: 535925-BA
KIRBY, MARJORIE
146 MURRY DR.
MADISON AL 35758

CREDITOR ID: 556128-BC
KIRBYCASELBERRY, GRACE
B-10 GLENNADDIE AVE
ANNISTON AL 36201

CREDITOR ID: 1507-07
KIRK MERAUX WINN-DIXIE LLC
24E COTA STREET, SUITE 100
SANTA  BARBARA, CA 93101

CREDITOR ID: 553878-BI
KIRK MERAUX WINN-DIXIE LLC
24E COTA STREET
SUITE 100
SANTA BARBARA CA 93101

CREDITOR ID: 553879-BI
KIRK PHARMACEUTICALS LLC
5352 NW 35TH AVENUE
FORT LAUDERDALE FL 33309

CREDITOR ID: 391118-55
KIRK, CARIETHA
C/O MCDONOUGH & MCDONOUGH, PA
ATTN BRENT MCDONOUGH, ESQ
1615 POYDRAS STREET, SUITE 850
NEW ORLEANS LA 70112

CREDITOR ID: 556129-BC
KIRK, DONNA
708 N 14TH ST APT B
FORT PIERCE FL 34950

CREDITOR ID: 556131-BC
KIRK, MELINDA
3258 CHAD BOURNE DR
GREEN COVE SPRINGS FL 32043

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                       **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 556130-BC<br>KIRK, VIOLET<br>236 4TH ST<br>ATLANTIC BEACH FL 32250 | CREDITOR ID: 416270-15<br>KIRKLAND FINANCIAL, LLC<br>C/O BOURNE NOLL & KENYON<br>ATTN JAIME A O'BRIEN<br>382 SPRINGFIELD AVENUE<br>PO BOX 690<br>SUMMIT NJ 07902-0690 | CREDITOR ID: 416270-15<br>KIRKLAND FINANCIAL, LLC<br>C/O WALSTON WELLS & BIRCHALL LLP<br>ATTN C ELLIS BRAZEAL III, ESQ.<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203 |
| CREDITOR ID: 535926-BA<br>KIRKLAND, CLARICE<br>1710 PLEASURE STEET<br>NEW ORLEANS LA 70122 | CREDITOR ID: 538312-BA<br>KIRKLAND, CLARICE<br>C/O ALLAN BERGER & ASSOCIATES, PLC<br>ATTN JOHN D SILEO<br>4173 CANAL STREET<br>NEW ORLEANS LA 70119 | CREDITOR ID: 538313-BA<br>KIRKLAND, JOYCE<br>C/O SCHACKOW, MERCADANTE & EDWARDS,<br>ATTN STEPHEN MERCADANTE<br>4545 NORTHWEST 8TH AVE.<br>GAINESVILLE FL 32605 |
| CREDITOR ID: 535927-BA<br>KIRKLAND, JOYCE<br>1132 NE 6TH AVE.<br>GAINESVILLE FL 32601 | CREDITOR ID: 556132-BC<br>KIRKLAND, VICTORIA<br>4120 SANTEE RD.<br>JACKSONVILLE FL 32209 | CREDITOR ID: 403796-94<br>KIRKLEY, TOMMY G<br>1075 CLIFFARD ROGERS RD<br>LYONS GA 30436 |
| CREDITOR ID: 160104-09<br>KIRKPATRICK, GARY L<br>PO BOX 249<br>MCADENVILLE NC 28101 | CREDITOR ID: 553880-BI<br>KIRK'S NATURAL PRODUCTS<br>100 W INDUSTRIAL ROAD<br>ADDISION IL 60101 | CREDITOR ID: 553882-BI<br>KIRSCHNER & LEGLER P A<br>300A WHARFSIDE WAY<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 553883-BI<br>KIRT HARTSEIL<br>1141 SW 12TH AVENUE<br>POMPANO BEACH FL 33069 | CREDITOR ID: 254045-12<br>KIRT HARTSEIL<br>1141 SW 12TH AVENUE<br>POMPANO BEACH, FL 33069 | CREDITOR ID: 254815-12<br>KISER, LINDA M<br>631 E CALL STREET<br># 212<br>TALLAHASSEE, FL 32301 |
| CREDITOR ID: 556134-BC<br>KISH, SHARON<br>4051 GROVE POINT RD.<br>PALM BEACH GARDENS FL 33410 | CREDITOR ID: 553884-BI<br>KISSIMEE UTILITIES<br>PO BOX 850001<br>ORLANDO FL 32885-0087 | CREDITOR ID: 533-03<br>KISSIMMEE UTILITY AUTHORITY<br>ATTN ARTHUR J (GRANT)LACERTE JR, VP<br>OR KATHLEEN WILSON<br>PO BOX 423219<br>KISSIMMEE FL 34742-3219 |
| CREDITOR ID: 534-03<br>KISSIMMEE-ST CLOUD<br>ATTN JOHN O KEEFE, BR MGR<br>PO BOX 450038<br>KISSIMMEE FL 34744-0038 | CREDITOR ID: 553885-BI<br>KISSIMMEE-ST CLOUD GAS<br>1200 E CARROLL STREET<br>KISSIMMEE FL 34744-1421 | CREDITOR ID: 417988-ST<br>KISTEL, C JOHN JR<br>8233 CHRISTMAS CT<br>CHARLOTTE NC 28216-0705 |
| CREDITOR ID: 406853-MS<br>KISTEL, C JOHN JR<br>8233 CHRISTMAS CT<br>CHARLOTTE NC 28216-0705 | CREDITOR ID: 406854-MS<br>KISTLER, ZANNY F<br>334 SCOTTSDALE DRIVE<br>WILMINGTON NC 28411 | CREDITOR ID: 406855-MS<br>KITCHENS JR., BENARD O.<br>4968 RED PINE CT.<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 533657-99<br>KITCHENS KELLEY GAYNES PC<br>ATTN:  HEATHER D DAWSON ESQ<br>11 PIEDMONT CENTER, STE 900<br>3495 PIEDMONT RD NE<br>ATLANTA GA 30305 | CREDITOR ID: 556135-BC<br>KITCHKA, WANDA<br>54865 CHURCH RD.<br>CALLAHAN FL 32011 | CREDITOR ID: 1508-07<br>KITE EAGLE CREEK LLC<br>PO BOX 863312<br>ORLANDO, FL 32886-3312 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 553886-BI<br>KITE EAGLE CREEK LLC<br>2776 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 | CREDITOR ID: 553887-BI<br>KITE EAGLE CREEK LLC<br>PO BOX 863312<br>ORLANDO FL 32886-3312 | CREDITOR ID: 553888-BI<br>KITE REALTY GROUP LLC<br>KRG WATERFORD LAKES LLC<br>1090 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 |
| CREDITOR ID: 406044-99<br>KITE REALTY GROUT TRUST<br>C/O BROAD AND CASSEL<br>ATTN: ROY S KOBERT<br>390 NORTH ORANGE AVE, STE 1100<br>PO BOX 496 (32802-4961)<br>ORLANDO FL 32801 | CREDITOR ID: 556136-BC<br>KITE, CRYSTAL<br>6023 CRYSTAL DR<br>COLUMBUS GA 31907 | CREDITOR ID: 535928-BA<br>KITNURSE III (MINOR, MERVIN<br>20511 NW 20TH AVE<br>MIAMI FL 33056 |
| CREDITOR ID: 406856-MS<br>KITRICK, WILLIAM<br>3477 CARAMBOLA CIRCLE SOUTH<br>COCONUT CREEK FL 33066 | CREDITOR ID: 553889-BI<br>KITTRICH CORPORATION<br>14555 ALONDRA BLVD<br>LAMIRADA CA 90638 | CREDITOR ID: 160230-09<br>KITURE, JANICE B<br>3470 NW 32ND ST.<br>LAUDERDALE LAKES FL 33309 |
| CREDITOR ID: 254057-12<br>KJUMP INC<br>190 JOHN ANDERSON DRIVE<br>ORMOND BEACH, FL 32176 | CREDITOR ID: 553891-BI<br>KJUMP INC<br>190 JOHN ANDERSON DRIVE<br>ORMOND BEACH FL 32176 | CREDITOR ID: 2351-07<br>KJUMP INC<br>190 JOHN ANDERSON DRIVE<br>ORMOND  BEACH, FL 32176 |
| CREDITOR ID: 399636-15<br>KL MOBLEY EQUIPMENT, INC<br>ATTN JOSEPH DEAN, GM<br>PO BOX 33686<br>RALEIGH NC 27636 | CREDITOR ID: 395677-65<br>KLEEN AIR<br>4510 HELTON DR.<br>FLORENCE, AL 35630-6237 | CREDITOR ID: 254058-12<br>KLEEN AIR RESEARCH INC<br>ATTN A W PATE, VP<br>4510 HELTON DRIVE<br>FLORENCE, AL 35630-6237 |
| CREDITOR ID: 553892-BI<br>KLEEN AIR RESEARCH INC<br>4510 HELTON DRIVE<br>FLORENCE AL 35630-6237 | CREDITOR ID: 395316-63<br>KLEEN-AIR RESEARCH<br>4502 HUNTSVILLE ROAD<br>FLORENCE, AL 35630 | CREDITOR ID: 399410-99<br>KLEHR HARRISON ET AL<br>ATTN: CAROL ANN SLOCUM<br>475 HADDONFIELD RD, STE 510<br>CHERRY HILL NJ 08002 |
| CREDITOR ID: 381846-99<br>KLEHR HARRISON HARVEY ET AL<br>ATTN: CAROL ANN SLOCUM<br>475 HADDONFIELD R, STE 510<br>CHERRY HILL NJ 08002 | CREDITOR ID: 390483-54<br>KLEIN, ELEANOR R<br>5980 SHORE BLVD S, APT 810<br>GULFPORT FL 33710 | CREDITOR ID: 406857-MS<br>KLEIN, HENRY W<br>4226 PATIO PLACE<br>MONTGOMERY AL 36109 |
| CREDITOR ID: 535929-BA<br>KLEINFELD, SUE<br>11 ROGART CIRCLE<br>LAKE WORTH FL 33426 | CREDITOR ID: 538314-BA<br>KLEINFELD, SUE<br>C/O CRAIG GOLDENFARB, ESQ.<br>2090 PALM BEACH LAKES BLVD, STE 402<br>WEST PALM BEACH FL 33409 | CREDITOR ID: 553893-BI<br>KLEINPETER FARMS DAIRY<br>14444 AIRLINE HIGHWAY<br>BATON ROUGE LA 70817 |
| CREDITOR ID: 315678-99<br>KLEINPETER FARMS DAIRY LLC<br>C/O SCHANEVILLE & BARINGER<br>ATTN DALE R BARINGER, ESQ<br>918 GOVERNMENT STREET<br>BATON ROUGE LA 70802 | CREDITOR ID: 535062-15<br>KLEINPETER FARMS DAIRY LLC<br>ATTN JERRY A KLEINPETER<br>14444 AIRLINE HWY<br>BATON ROUGE LA 70817 | CREDITOR ID: 392943-55<br>KLEINZ, ERIC W<br>C/O STEINBERG & LINN, PA<br>ATTN DAVID R LINN, ESQ<br>1777 TAMIAMI TRAIL, STE 103<br>PORT CHARLOTTE FL 33948 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 535930-BA
KLEMANN, MARK
215 MASSACHUSETTS AVE
ST. CLOUD FL 34769

CREDITOR ID: 254061-12
KLEMENT SAUSAGE CO INC
ATTN ROGER G KLEMENT, CO PRES
207 E LINCOLN AVE
MILWAUKEE, WI 53207

CREDITOR ID: 553894-BI
KLEMENT SAUSAGE CO INC
207 E LINCOLN AVE
MILWAUKEE WI 53207

CREDITOR ID: 279176-99
KLEMENT SAUSAGE COMPANY
C/O TAPLIN ASSOCIATES
ATTN: RONALD SCOTT KANIUK, ESQ
350 FIFTH AVE, STE 2418
NEW YORK NY 10118

CREDITOR ID: 279176-99
KLEMENT SAUSAGE COMPANY
C/O HOWARD SOLOCHEK & WEBER SC
ATTN: BRYAN M BECKER, ESQ
324 E WISCONSIN AVE, STE 1100
MILWAUKEE WI 53202

CREDITOR ID: 279177-99
KLEMENT SAUSAGE COMPANY
C/O HOWARD SOLOCHEK & WEBER SC
ATTN: BRYAN M BECKER, ESQ
324 E WISCONSIN AVE, STE 1100
MILWAUKEE WI 53202

CREDITOR ID: 403797-94
KLENOTICH, RICHARD A
2013 WOODFIELD CIRCLE
WEST MELBOURNE FL 32904

CREDITOR ID: 553895-BI
KLIEBERT'S ALUMINUM
14295 KLIEBERT LANE
HAMMOND LA 70403

CREDITOR ID: 381858-99
KLIEN & SOLOMON LLP
ATTN: SOLOMON J JSAKIEL
275 MADISON AVE, 11TH FLR
NEW YORK NY 10016

CREDITOR ID: 254063-12
KLIKLOK CORPORATION
5224 SNAPFINGER WOODS DRIVE
DECATUR, GA 30035

CREDITOR ID: 385524-54
KLINE, KARL
112 CLAUSE LANE
LAFAYETTE, LA 70507

CREDITOR ID: 385524-54
KLINE, KARL
C/O GLENN ARMENTOR LAW CORPORATION
ATTN HARRY K BURDETTE, ESQ.
300 STEWART STREET
LAFAYETTE LA 70501

CREDITOR ID: 406859-MS
KLINE, MELVIN
PO BOX 1697
CASHIERS NC 28717

CREDITOR ID: 535931-BA
KLINE, VERNON
4888 21 AVE N. #11
SAINT PETERSBURG FL 33713

CREDITOR ID: 553896-BI
KLINKE BROS CO
2450 SCAPER COVE
MEMPHIS TN 38114

CREDITOR ID: 254064-12
KLINKE BROS CO
2450 SCAPER COVE
MEMPHIS, TN 38114

CREDITOR ID: 262990-12
KLINNER, THOMAS R MD
9203 LEE HIGHWAY, SUITE 9
OOLTEWAH, TN 37363

CREDITOR ID: 553897-BI
KLLM INC
1523 PAYSHERE CIRCLE
CHICAGO IL 60674

CREDITOR ID: 403798-94
KLOPFER, HAL C
338 RALEIGH PLACE
OVIEDO FL 32765-6231

CREDITOR ID: 406861-MS
KLUCHIN, STEPHEN E
825 OAKLAWN DRIVE
METAIRIE LA 70005

CREDITOR ID: 397229-67
KMART # 9224
3100 WEST BIG BEAVER ROAD
TROY  MI, MI 48084

CREDITOR ID: 410877-15
KMART CORPORATION
C/O DYKEMA GOSSETT PLLC
ATTN BRENDAN G BEST, ESQ
400 RENAISSANCE CENTER
DETROIT MI 48243-1668

CREDITOR ID: 1510-07
KMART CORPORTION
12664 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-7019

CREDITOR ID: 553898-BI
KMART CORPORTION
12664 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

CREDITOR ID: 279441-99
KMART MANAGEMENT CORPORATION
C/O DYKEMA GOSSETT PLLC
ATTN: BRENDAN G BEST, ESQ
400 RENAISSANCE CENTER
DETROIT MI 48243-1668

CREDITOR ID: 553899-BI
KMS INC
811 E WATERMAN
WICHITA KS 67202

CREDITOR ID: 399769-84
KNABB, JOAN
C/O DENNIS L FINCH, PA
ATTN DENNIS L FINCH, ESQ
307 NE 36TH AVENUE, SUITE 2
OCALA FL 34470

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:  05-03817-3F1**

CREDITOR ID: 399769-84
KNABB, JOAN
50 SOUTH BOWARD ROAD
LECANTO FL 34461

CREDITOR ID: 556137-BC
KNAPP, DANIEL
2062 NW 43 TERRACE
APT 3
FORT LAUDERDALE FL 33313

CREDITOR ID: 278908-30
KNC PRODUCE
15050 SILVER SMITH CIRCLE
BROOKSVILLE, FL 34609

CREDITOR ID: 553900-BI
KNC PRODUCE
15050 SILVER SMITH CIRCLE
BROOKSVILLE FL 34609

CREDITOR ID: 556138-BC
KNIGHT (MINOR), KIRSTEN
905 FERN DRIVE
LULING LA 70070

CREDITOR ID: 553901-BI
KNIGHT TRANSPORTATION
PO BOX 29897
PHOENIX AZ 85038-9897

CREDITOR ID: 254073-12
KNIGHT TRANSPORTATION
PO BOX 29897
PHOENIX, AZ 85038-9897

CREDITOR ID: 244400-12
KNIGHT, CALVIN G
1745 YARDBROUGH STREET
MONTGOMERY, AL 36610

CREDITOR ID: 535932-BA
KNIGHT, GAIL
12767 PALMER CIR.
TAMPA FL 33610

CREDITOR ID: 535933-BA
KNIGHT, LUCIANA
3706 AVENUE K
FORT PIERCE FL 34947

CREDITOR ID: 553902-BI
KNIGHTDALE CROSSING LLC
C/O MARK PROPERTIES INC MGMT
26 PARK PLACE WEST
2ND FLOOR
MORRISTOWN NJ 07960

CREDITOR ID: 384204-47
KNIGHTDALE CROSSING LLC
C/O MARK PROPERTIES INC MGMT
26 PARK PLACE WEST
2ND FLOOR
MORRISTOWN, NJ 07960

CREDITOR ID: 1511-07
KNIGHTDALE CROSSING LLC
C/O MARK PROPERTIES INC MGMT
26 PARK PLACE WEST
MORRISTOWN, NJ 07960

CREDITOR ID: 553903-BI
KNIGHTDALE CROSSING LLC
C/O MARK PROPERTIES INC MGMT
315 WOOTTON STREET UNIT E AND F
BOONTON NJ 07005-1939

CREDITOR ID: 406862-MS
KNIGHTON, FRANK E JR
5449 SUTTLEMYRE LANE
HICKORY NC 28601

CREDITOR ID: 406863-MS
KNIGHTON, THOMAS R
C/O FRIEDLINE & MCCONNELL, PA
ATTN JERRETT M MCCONNELL, ESQ
1756 UNIVERSITY BLVD SOUTH
JACKSONVILLE FL 32216

CREDITOR ID: 406863-MS
KNIGHTON, THOMAS R
2674 REDLAND RD
WETUMPKA AL 36093

CREDITOR ID: 553904-BI
KNIGHTS OF COLUMBUS COUNCIL 6870
535 DEERFIELD ROAD
TERRYTOWN LA 70056

CREDITOR ID: 553905-BI
KNIGHTS TIRE SERVICE
P O BOX 4487
MERIDIAN MS 39307

CREDITOR ID: 535934-BA
KNIGHTS, LINDA
POST OFFICE BOX 695
MIAMI FL 33159

CREDITOR ID: 492830-15
KNIGHTS, WILLIAM
C/O MELISSA H ANDRADE, ESQ
PO BOX 1869
OCALA FL 34478

CREDITOR ID: 535064-15
KNIGHTSDALE CROSSING LLC, SUCCESSOR
TO CARRINGTON DEVELOPMENT ASSOCS
C/O KATTEN MUCHIN ROSENMAN LLP
ATTN THOMAS J LEANSE, ESQ
2029 CENTURY PARK EAST, SUITE 2600
LOG ANGELES CA 90067

CREDITOR ID: 535064-15
KNIGHTSDALE CROSSING LLC, SUCCESSOR
C/O HELD & ISRAEL
ATTN KIMBERLY HELD ISRAEL, ESQ
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 556139-BC
KNOBLAUCH (MINOR), JORDAN
378 SIOUX DRIVE
ABITA SPRINGS LA 70402

CREDITOR ID: 254079-12
KNOGO CORPORATION
NKA: SENTRY TECHNOLOGY
ATTN MARYANNE OWENS, SR CREDIT REP
1881 LAKELAND AVE
RONKONKOMA NY 11779

CREDITOR ID: 553906-BI
KNOGO CORPORATION
PO BOX 32754
HARTFORD CT 06150-2754

CREDITOR ID: 553907-BI
KNOTTS TRADING & SUPPLY
314 S COLLINS ST
PLANT CITY FL 33566-5534

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 254081-12<br>KNOUSE FOODS INC<br>PO BOX 640743<br>PITTSBURGH, PA 15264-0743 | CREDITOR ID: 553908-BI<br>KNOUSE FOODS,INC<br>PO BOX 640743<br>PITTSBURGH PA 15264-0743 | CREDITOR ID: 554006-BI<br>KNOWLEDGE BASED SOLUTIONS INC<br>1420 COURSE VIEW DRIVE<br>FLEMING ISLAND FL 32003-7274 |
| CREDITOR ID: 397900-76<br>KNOWLES, DWIGHT<br>3088 SOUTHEAST 18TH AVENUE<br>GAINESVILLE, FL 32641 | CREDITOR ID: 556140-BC<br>KNOWLES, KECIA<br>16432 E PREAKNESS DRIVE<br>LOXAHATCHEE FL 33470 | CREDITOR ID: 556141-BC<br>KNOX, MIKE<br>506 BROOKWOOD DRIVE APT K4<br>DUBLIN GA 31021 |
| CREDITOR ID: 160710-09<br>KNOX, ROY L<br>282 PINE ST<br>LAPLACE LA 70068 | CREDITOR ID: 538315-BA<br>KNUDSEN, TAMMY & JOHN<br>C/O HAYWORTH & CHANEY, P.A.<br>ATTN STEVE THOMAS<br>200 N. HARBOR CITY BLVD #300<br>MELBOURNE FL 32935 | CREDITOR ID: 536309-BA<br>KNUDSEN, TAMMY & JOHN<br>C/OF HAYWORTH, CHANEY, & TH<br>202 N. HARBOR CITY BLVD STE 30<br>MELBOURNE FL 32935 |
| CREDITOR ID: 254087-12<br>KOALA CORP<br>7881 SOUTH WHEELING COURT<br>ENGLEWOOD, CO 80112 | CREDITOR ID: 254089-12<br>KOALA DIVISION<br>DEPT 1607<br>DENVER, CO 80291-1607 | CREDITOR ID: 391181-55<br>KOBY-HILL, JOYCE<br>C/O GREGG R WEXLER, ESQ<br>1663 S CONGRESS AVENUE<br>WEST PALM BEACH FL 33406 |
| CREDITOR ID: 556142-BC<br>KOCHN, EDNA<br>1620 N W TH 10 AVE<br>BOCA RATON FL 33486 | CREDITOR ID: 406864-MS<br>KOEN, EMMETT K.<br>1200 TRAILWOOD DRIVE<br>HURST TX 76053 | CREDITOR ID: 1512-RJ<br>KOGER EQUITY<br>PO BOX 538266<br>ACCT# 648015<br>ATLANTA, GA 30353-8266 |
| CREDITOR ID: 554007-BI<br>KOGER EQUITY<br>PO BOX 538266<br>ACCT# 648015<br>ATLANTA GA 30353-8266 | CREDITOR ID: 392975-55<br>KOLBJONSEN, GUYLAINE<br>C/O JAIME E SUAREZ, PA<br>ATTN JAIME E SUAREZ, ESQ<br>351 NW LE JEUNE ROAD, STE 201<br>MIAMI FL 33126 | CREDITOR ID: 382756-51<br>KOLDENHOVEN & ASSOCIATES, INC DBA<br>THE CHRISTENSEN GROUP<br>ATTN LINDA KOLDENHOVEN, PRESIDENT<br>4395 SAINT JOHNS PKWY<br>SANFORD, FL 32771-5381 |
| CREDITOR ID: 536310-BA<br>KOLESZAR, MARY<br>5066 D LAKEFRONT BLVD<br>DELRAY BEACH FL 33484 | CREDITOR ID: 536311-BA<br>KOLIPARA, JAYAPRADHA<br>8775 SE BAHAMA CIRCLE<br>HOBE SOUND FL 33455 | CREDITOR ID: 556143-BC<br>KOLMETZ, NEAL<br>735 LOVEWOOD RD.<br>GRACEVILLE FL 32440 |
| CREDITOR ID: 390928-55<br>KOLODNY, IZAK<br>C/O STEWART TWINE & CAMPBELL PA<br>ATTN DELANO S STEWART, ESQ<br>501 E KENNEDY BLVD, STE 715<br>TAMPA FL 33602-5200 | CREDITOR ID: 405922-99<br>KONDOS & KONDOS LAW OFFICES<br>ATTN: ANJEL K AVANT, ESQ<br>1595 N CENTRAL EXPRESSWAY<br>RICHARDSON TX 75080 | CREDITOR ID: 279490-99<br>KONICA MINOLTA PHOTO IMAGING INC<br>C/O FOX ROTHSCHILD LLP<br>ATTN: JOSHUA T KLEIN, ESQ<br>2000 MARKET ST, TENTH FL<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 405009-95<br>KONICA MINOLTA PHOTO IMAGING USA<br>C/O FOX ROTHSCHILD LLP<br>ATTN JOSHUA T KLEIN, ESQ.<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 405009-95<br>KONICA MINOLTA PHOTO IMAGING USA<br>ATTN BRIAN J CUPKA, ESQ &<br>DAVID HAKULA, SR VP FINANCE<br>725 DARLINGTON AVENUE<br>MAHWAH NJ 07430-2601 | CREDITOR ID: 405009-95<br>KONICA MINOLTA PHOTO IMAGING USA<br>C/O FOX ROTHCHILD LLP<br>ATTN ALLISON M BERGER, ESQ<br>997 LENOX DRIVE, BUILDING THREE<br>LAWRENCEVILLE NJ 08648-2311 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 554010-BI<br>KONICA PHOTO IMAGING<br>PO BOX 90355<br>CHICAGO IL 60696-0355 | CREDITOR ID: 554009-BI<br>KONICA PHOTO IMAGING<br>725 DARLINGTON AVENUE<br>ATTN CREDIT DEPT NADIA DANIEL<br>MAHWAH NJ 07430 | CREDITOR ID: 382757-51<br>KONICA PHOTO IMAGING, INC.<br>725 DARLINGTON AVE.<br>MAHWAH, NJ 07430 |
| CREDITOR ID: 250737-12<br>KONRAD, GORDON K<br>PO BOX 10890<br>JEFFERSON, LA 70181 | CREDITOR ID: 315827-40<br>KONRAD, GORDON K<br>PO BOX 10890<br>JEFFERSON, LA 70181 | CREDITOR ID: 250737-12<br>KONRAD, GORDON K<br>WAHL & AST, PA<br>ATTN DAVID A AST, ESQ<br>222 RIDGEDALE AVENUE<br>PO BOX 1309<br>MORRISTOWN NJ 07962-1309 |
| CREDITOR ID: 554011-BI<br>KOOL DOWN INC.<br>P O BOX 2705<br>ORMOND BEACH FL 32175 | CREDITOR ID: 254104-12<br>KORGE & KORGE<br>ATTN THOMAS J KORGE<br>230 PALERMO AVENUE<br>CORAL GABLES, FL 33134 | CREDITOR ID: 536312-BA<br>KORMAN, GERALD<br>1604 JERSEY AVE. #B<br>FORT PIERCE FL 34950 |
| CREDITOR ID: 538316-BA<br>KORMAN, GERALD<br>LAW OFFICES OF GREGG R. WEXLER, P.A<br>1663 SOUTH CONGRESS AVE<br>WEST PALM BEACH FL 33406 | CREDITOR ID: 554012-BI<br>KOSHER BRANDS<br>19593 NE 10TH AVENUE<br>BLDG 4 BAY H<br>NORTH MIAMI BEACH FL 33179 | CREDITOR ID: 554013-BI<br>KOSSEN EQUIPMENT INC<br>PO BOX 7<br>CLINTON MS 39060-0007 |
| CREDITOR ID: 2354-RJ<br>KOTIS PROPERTIES<br>PO BOX 9296<br>GREENSBORO, NC 27429-9296 | CREDITOR ID: 416990-15<br>KOTIS PROPERTIES, INC<br>C/O DIRK W SIEGMUND, ESQ<br>PO BOX 3324<br>GREENSBORO NC 27402-3324 | CREDITOR ID: 393120-55<br>KOULENTIS, MARY<br>C/O CARLSON & MEISSNER LAW OFFICES<br>ATTN JOSH STEWART, ESQ<br>7614 MASSACHUSETTS AVENUE<br>NEW PORT RICHEY FL 34653 |
| CREDITOR ID: 405918-99<br>KOURI, GERARD JR<br>10021 PINES BLVD, STE 202<br>PEMBROKE PINES FL 33024-6191 | CREDITOR ID: 554014-BI<br>KOZY SHACK INC<br>DEPT CH 17323<br>PALATINE IL 60055-7323 | CREDITOR ID: 254107-12<br>KOZY SHACK INC<br>DEPT CH 17323<br>PALATINE, IL 60055-7323 |
| CREDITOR ID: 381832-99<br>KOZYAK TROPIN & THROCKMORTON PA<br>ATTN: JOHN KOZYAK/LAURE ISICOFF<br>2525 PONCE DE LEON, 9TH FL<br>CORAL GABLES FL 33134 | CREDITOR ID: 381838-99<br>KOZYAK TROPIN & THROCKMORTON PA<br>ATTN: LAUREL ISICOFF<br>2525 PONCE DE LEON, 9TH FL<br>CORAL GABLES  FL 33134 | CREDITOR ID: 554016-BI<br>KPMG LLP<br>P O BOX 190<br>ATTN ROBERTA WHISENANT<br>JACKSONVILLE FL 32201-0190 |
| CREDITOR ID: 554015-BI<br>KPMG LLP<br>P O BOX 120001<br>DEPT 0572<br>DALLAS TX 75312-0572 | CREDITOR ID: 554017-BI<br>KPT COMMUNITIES LLC<br>3333 NEW HYDE PARK ROAD<br>SUITE 100<br>LEASE#SFLP0929/-LWINNDI01<br>NEW HYDE PARK NY 11042-0020 | CREDITOR ID: 383218-15<br>KPT COMMUNITIES, LLC<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 |
| CREDITOR ID: 554018-BI<br>KPT COMMUNTIES LLC<br>3333 NEW HYDE PARK ROAD<br>SUITE 100<br>LEASE ID# SNCW0931-LWINNDI01<br>NEW HYDE PARK NY 11042-0020 | CREDITOR ID: 1515-RJ<br>KPT COMMUNTIES, LLC<br>3333 NEW HYDE PARK ROAD, SUITE 100<br>NEW  HYDE  PARK, NY 11042-0020 | CREDITOR ID: 410849-15<br>KPT PROPERTIES, LP<br>C/O MORGAN LEWIS & BOCKIUS, LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 556144-BC<br>KRAEFT, SUSAN<br>730 BUENAVISTA AVE<br>ORMOND BEACH FL 32174 | CREDITOR ID: 278681-99<br>KRAFT<br>(KRAFT FOODS, KRAFT PIZZA, NABISCO)<br>ATTN: SANDRA SCHIRMANG, DIR OF CRE<br>THREE LAKES DRIVE<br>NORTHFIELD IL 60093 | CREDITOR ID: 279310-99<br>KRAFT FOODS<br>ATTN: SANDRA SCHIRMANG<br>22541 NETWORK PLACE<br>CHICAGO IL 60673-1225 |
| CREDITOR ID: 397691-99<br>KRAFT FOODS GLOBAL INC<br>C/O DLA PIPER RUDNICK GRAY CARY US LLP<br>ATTN: JANICE L DUBAN, ESQ<br>203 NORTH LASALLE STREET, STE 1900<br>CHICAGO IL 60610-1293 | CREDITOR ID: 397691-99<br>KRAFT FOODS GLOBAL INC<br>C/O DLA PIPER RUDNICK GRAY CARY US LLP<br>ATTN DANIEL J CARRIGAN, ESQ<br>1775 WIEHLE AVE, STE 400<br>RESTON VA 20190 | CREDITOR ID: 397691-99<br>KRAFT FOODS GLOBAL INC<br>C/O DLA PIPER RUDNICK GRAY CARY US<br>ATTN: MARK J FRIEDMAN/SUSAN S MAHER<br>6225 SMITH AVENUE<br>BALTIMORE MD 21209-3600 |
| CREDITOR ID: 408431-15<br>KRAFT FOODS GLOBAL, INC<br>C/O DLA PIPER RUDNICK GRAY CARY US LLP<br>ATTN: JANICE L DUBAN, ESQ<br>203 NORTH LASALLE STREET, STE 1900<br>CHICAGO IL 60610-1293 | CREDITOR ID: 408431-15<br>KRAFT FOODS GLOBAL, INC<br>ATTN JJASENSKY/SANDRA SCHIRMANG<br>THREE LAKES DRIVE<br>NORTHFIELD IL 60093 | CREDITOR ID: 554019-BI<br>KRAFT FOODS GLOBAL, INC<br>C/O MILLBANK,TWEED,HADLEY & MCCLOY<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK NY 10051413 |
| CREDITOR ID: 554020-BI<br>KRAFT GENERAL FOODS INC<br>22541 NETWORK PLACE<br>CHICAGO IL 60673-1225 | CREDITOR ID: 554021-BI<br>KRAFT PIZZA CO<br>50 NEW COMMERCE BOULEVARD<br>WILKES BARRE PA 18762 | CREDITOR ID: 254115-12<br>KRAFT PIZZA COMPANY<br>C/O DLA PIPER RUDNICK GRAY CARY US LLP<br>ATTN: JANICE L DUBAN, ESQ<br>203 NORTH LASALLE STREET, STE 1900<br>CHICAGO IL 60610-1293 |
| CREDITOR ID: 254115-12<br>KRAFT PIZZA COMPANY<br>ATTN JJASENSKY/SANDRA SCHIRMANG<br>THREE LAKES DRIVE<br>NORTHFIELD IL 60093 | CREDITOR ID: 382758-51<br>KRAGE, MICHAEL<br>365 INDIGO PLACE NW<br>ISSAQUAH, WA 98027 | CREDITOR ID: 492901-FC<br>KRAGE, MICHAEL W<br>1824 RED HAWK COURT<br>ST AUGUSTINE FL 32092 |
| CREDITOR ID: 556145-BC<br>KRALL, LEESA<br>15455 HWY 190 LOT 95<br>COVINGTON LA 70435 | CREDITOR ID: 403799-94<br>KRAMER, CALVIN JR<br>PO BOX 5345<br>THIBODAUX LA 70302 | CREDITOR ID: 536313-BA<br>KRAMER, CRAIG<br>226 WEST 20 STREET APT 5C<br>NEW YORK NY 10011 |
| CREDITOR ID: 556146-BC<br>KRANTZ, ROSEMARY<br>104 SEMINOLE DRIVE<br>ENTERPRISE AL 36330 | CREDITOR ID: 556147-BC<br>KRATSAS, DEBBIE<br>653 AGUSTA CIRCLE<br>PALM BAY FL 32905 | CREDITOR ID: 161119-09<br>KRAUSS, MELODY A<br>PO BOX 68<br>PORT RICHEY FL 34668 |
| CREDITOR ID: 391289-55<br>KREBS, KELLY M<br>C/O EMMANUEL, SHEPPARD & CONDON<br>ATTN WANDA W RADCLIFFE, ESQ.<br>PO BOX 1271<br>PENSACOLA FL 32591-1271 | CREDITOR ID: 408421-15<br>KREBS, THOMAS<br>C/O EMMANUEL SHEPPARD & CONDON<br>ATTN WANDA W RADCLIFFE, ESQ<br>PO BOX 1271<br>PENSACOLA FL 32591-1271 | CREDITOR ID: 556148-BC<br>KREGER, DALE<br>440 E TEMPLE CT SW<br>VERO BEACH FL 32968 |
| CREDITOR ID: 556149-BC<br>KREMER, MICHAEL<br>2213 WILLIAMSBURG<br>LA PLACE LA 70068 | CREDITOR ID: 254119-12<br>KRETSCHMAR REALTY INC<br>ATTN MAL KRETSCHMAR<br>1231 SOUTH MAIN STREET<br>GREENVILLE, MS 38701 | CREDITOR ID: 1516-07<br>KRG WATERFORD LAKES LLC<br>1090 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 554022-BI<br>KRG WATERFORD LAKES LLC<br>1090 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 | CREDITOR ID: 410736-15<br>KRG WATERFORD LAKES, LLC<br>C/O ICE MILLER<br>ATTN MARK A BOGDANOWICZ, ESQ<br>ONE AMERICAN SQUARE, BOX 82001<br>INDIANAPOLIS IN 46282-020 | CREDITOR ID: 403800-94<br>KRIEG, JEFFREY A<br>5119 NW 58TH TERR<br>CORAL SPRINGS FL 33067 |
| CREDITOR ID: 554024-BI<br>KRIS ERICKSON<br>240 GRANDE VISTA<br>DEBARRY FL 32713 | CREDITOR ID: 556150-BC<br>KRISCH, HELEN<br>3850 NE 21ST AVENUE<br>APT 16<br>LIGHTHOUSE POINT FL 33064 | CREDITOR ID: 554033-BI<br>KRISPY KREME<br>GULF FLORIDA DOUGHNUT CORPORATION<br>PO BOX 21128<br>TAMPA FL 33622-1128 |
| CREDITOR ID: 554031-BI<br>KRISPY KREME<br>980 INTERNATIONAL SPEEDWAY<br>DAYTONA BEACH FL 32114 | CREDITOR ID: 554029-BI<br>KRISPY KREME<br>465 WEST 23RD STREET<br>PANAMA CITY FL 32405 | CREDITOR ID: 554026-BI<br>KRISPY KREME<br>1300 EAST PARK AVE<br>TALLAHASSEE FL 32301 |
| CREDITOR ID: 254129-12<br>KRISPY KREME<br>ATTN ROBERT MOORE, VP<br>960 PATTON AVE<br>ASHEVILLE, NC 28806 | CREDITOR ID: 254133-12<br>KRISPY KREME<br>PO BOX 752046<br>CHARLOTTE, NC 28275-2046 | CREDITOR ID: 254125-12<br>KRISPY KREME<br>1300 EAST PARK AVE<br>TALLAHASSEE, FL 32301 |
| CREDITOR ID: 554028-BI<br>KRISPY KREME<br>1644 GORDON HIGHWAY<br>AUGUSTA GA 30906 | CREDITOR ID: 554030-BI<br>KRISPY KREME<br>960 PATTON AVE<br>ASHEVILLE NC 28806 | CREDITOR ID: 254128-12<br>KRISPY KREME<br>465 WEST 23RD STREET<br>PANAMA CITY, FL 32405 |
| CREDITOR ID: 254131-12<br>KRISPY KREME<br>PO BOX 1966<br>MTRTLE BEACH, SC 29578 | CREDITOR ID: 554027-BI<br>KRISPY KREME<br>1354 GOVERNMENT ST<br>MOBILE AL 36604 | CREDITOR ID: 554032-BI<br>KRISPY KREME<br>GULF FLORIDA DOUGHNUT CORPORATION<br>3615 E LAKE AVENUE<br>TAMPA FL 33610 |
| CREDITOR ID: 554034-BI<br>KRISPY KREME<br>P O BOX 752046<br>CHARLOTTE NC 28275-2046 | CREDITOR ID: 254143-12<br>KRISPY KREME<br>MCAEER'S OF BIRMINGHAM, INC<br>ATTN CLAYTON MILES, DIRECTOR<br>1990 NEW PATTON CHAPEL ROAD<br>BIRMINGHAM, AL 35226 | CREDITOR ID: 410570-15<br>KRISPY KREME 475<br>M&M DOUGHNUT, INC<br>ATTN CLAYTON MILES, DIRECTOR OF OPS<br>400 NORTH SLAPPEY BLVD<br>ALBANY GA 31701 |
| CREDITOR ID: 554035-BI<br>KRISPY KREME BAKERY<br>PO BOX 863260<br>ORLANDO FL 32886 | CREDITOR ID: 254135-12<br>KRISPY KREME BAKERY<br>515 SOUTH IRBY<br>FLORENCE, SC 29501 | CREDITOR ID: 554036-BI<br>KRISPY KREME DIVISION<br>960 PATTON AVE<br>ASHEVILLE NC 28806 |
| CREDITOR ID: 254137-12<br>KRISPY KREME DIVISION<br>ATTN ROBERT MOORE, VP<br>960 PATTON AVE<br>ASHEVILLE, NC 28806 | CREDITOR ID: 552100-BI<br>KRISPY KREME DONUT CO<br>P O BOX 569<br>AUGUSTA GA 30901 | CREDITOR ID: 254141-12<br>KRISPY KREME DOUGHNUT CO<br>2800 PIO NONO AVE<br>MACON, GA 31206 |

**SERVICE LIST**

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                        **CASE:   05-03817-3F1**

CREDITOR ID: 552102-BI
KRISPY KREME DOUGHNUT CO
2800 PIO NONO AVE
MACON GA 31206

CREDITOR ID: 552101-BI
KRISPY KREME DOUGHNUT CO
980 VOLUSIA AVENUE
DAYTONA BEACH FL 32014

CREDITOR ID: 254146-12
KRISPY KREME DOUGHNUT CORP
465 W 23RD STREET
PANAMA CITY, FL 32405

CREDITOR ID: 254144-12
KRISPY KREME DOUGHNUT CORP
3095 ROSS CLARKK CIRCLE
DOTHAN, AL 36301

CREDITOR ID: 552106-BI
KRISPY KREME DOUGHNUT CORP
400 N SLAPPEY BLVD
ALBANY GA 31701

CREDITOR ID: 552105-BI
KRISPY KREME DOUGHNUT CORP
3095 ROSS CLARKK CIRCLE
DOTHAN AL 36301

CREDITOR ID: 552104-BI
KRISPY KREME DOUGHNUT CORP
1990 NEW PATTON CHAPEL ROAD
BIRMINGHAM AL 35226

CREDITOR ID: 552103-BI
KRISPY KREME DOUGHNUT CORP
1400 MCFARLAND BLVD E
TUSCALOOSA AL 35405

CREDITOR ID: 254142-12
KRISPY KREME DOUGHNUT CORP
ATTN EVAN LYNN SMITH, GM
1400 MCFARLAND BLVD E
TUSCALOOSA, AL 35405

CREDITOR ID: 552108-BI
KRISPY KREME DOUGHNUTS
980 INTERNATIONAL SPEEDWAY BLVD
DAYTONA BEACH FL 32114

CREDITOR ID: 552107-BI
KRISPY KREME DOUGHNUTS
310 NW 13TH ST
GAINESVILLE FL 32601

CREDITOR ID: 278833-99
KRISPY KREME DOUGHNUTS CORP
C/O ALLMAN SPRY LEGGETT & CRUMPLER
ATTN: LEGGETT R BRADFORD, ESQ
380 KNOLLWOOD ST, STE 700
WINSTON-SALEM NC 27113-5129

CREDITOR ID: 410518-15
KRISPY KREME OF SOUTH FLORIDA LLC
ATTN NINA E COREY, CONTROLLER
CHRISTOPHER J D ANOOW, MGR
4225 GENESEE STREET
BUFFALO NY 14225

CREDITOR ID: 410518-15
KRISPY KREME OF SOUTH FLORIDA LLC
C/O HODGSON RUSS LLP
ATTN STEPHEN L YONATY, ESQ.
ONE M&T PLAZA, SUITE 2000
BUFFALO NY 14203

CREDITOR ID: 536314-BA
KRISPY KREME,
380 KNOLLWOOD STREET
WINSTON-SALEM NC 27103

CREDITOR ID: 403801-94
KRIST, PAUL E
500 TIMBER RIDGE DR
LONGWOOD FL 32779

CREDITOR ID: 552110-BI
KRISTI DIXON
1 FULLWOOD COURT
ADEL GA 31620

CREDITOR ID: 552112-BI
KRISTIE C THOMAS
2016 SPRINGFIELD LOOP WEST
BIRMINGHAM AL 35242

CREDITOR ID: 552111-BI
KRISTIE C THOMAS
12072 TIERCE PATTON ROAD
NORTHPORT AL 35475

CREDITOR ID: 552113-BI
KRISTIN JACKSON
725 GEORGETOWN DRIVE
ALBANY GA 31705

CREDITOR ID: 391643-55
KRISTOFF, PAM
C/O CHAMBERS & RICE
ATTN THOMAS CHAMBERS,III, ESQ
PO BOX 536
HOMERVILLE GA 31634

CREDITOR ID: 552114-BI
KRM SALES
PO BOX 8
GOOD HOPE GA 30641

CREDITOR ID: 254166-12
KRM SALES, INC
ATTN NELDA MURPHY, PRES
3430 HIGHWAY 186
PO BOX 8
GOOD HOPE, GA 30641

CREDITOR ID: 393539-55
KROEPLIN, MARION
C/O DIECIDUE LAW FIRM
ATTN JENNIFER B DIECIDUE, ESQ
1275 KASS CIRCLE
SPRINGHILL FL 34606

CREDITOR ID: 254167-12
KROGER CO, THE
ATTN ERIN DRISKELL/B GACK, LAW DEPT
1014 VINE STREET
CINCINNATI OH 45202

CREDITOR ID: 397653-72
KROGER LP I
PO BOX 46234
CINCINNATI, OH 45246

CREDITOR ID: 390424-54
KROGMAN, DONALD W
5 OCEAN AVENUE
BARNEGAT NJ 08005

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 552116-BI<br>KRONES INC<br>P O BOX 321801<br>9600 SOUTH 58TH STREET<br>FRANKLIN WI 53132-6300 | CREDITOR ID: 552115-BI<br>KRONES INC<br>DEPARTMENT 0779<br>MILWAUKEE WI 53259-0779 | CREDITOR ID: 254168-12<br>KRONES INC<br>ATTN KAY DENIG, ACCTG MGR<br>DEPARTMENT 0779<br>MILWAUKEE WI 53259-0779 |
| CREDITOR ID: 556151-BC<br>KRONLAGE (MINOR), CARTER<br>4822 ST CHARLES AVE<br>NEW ORLEANS LA 70115 | CREDITOR ID: 395553-15<br>KROPP HOLDINGS, INC<br>AVCARD DIVISION<br>ATTN R W PODGURSKI/ J DECASTRO<br>4 NORTH PARK DRIVE, SUITE 412<br>HUNT VALLEY MD 21030 | CREDITOR ID: 552117-BI<br>KRP ENTERPRISES INC<br>8517 N DIXIE DRIVE<br>SUITE 900<br>DAYTON OH 45414 |
| CREDITOR ID: 397654-72<br>KRR, INC.<br>ATTN: HARRELL RUSHING<br>8 VILLAGE DRIVE<br>MADISON, MS 39110 | CREDITOR ID: 536315-BA<br>KRUMMEN SCHRAVEN, GINGER<br>7400 POWERS AVE APT 470<br>JACKSONVILLE FL 32217 | CREDITOR ID: 408277-99<br>KRUSCH PROPERTIES, LLC<br>C/O KELLY DRYE & WARREN, LLP<br>ATTN: ROBERT L LEHANE, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 |
| CREDITOR ID: 408277-99<br>KRUSCH PROPERTIES, LLC<br>C/O HELD & ISREAL<br>ATTN: EDWIN W HELD, JR., ESQ<br>1301 RIVERPLACE BLVD<br>SUITE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 552118-BI<br>KRYSTAL KLEAN WINDOW WASHING<br>PO BOX 51267<br>JAX BEACH FL 32240 | CREDITOR ID: 552119-BI<br>KTI LOGISTICS<br>PO BOX 932873<br>ATLANTA GA 31193-2873 |
| CREDITOR ID: 556152-BC<br>KUCZEWSKI, EUGENE<br>6825 18TH ST. N. APT 3<br>SAINT PETERSBURG FL 33714 | CREDITOR ID: 384046-47<br>KUEHLE, CHRISTOPHER J<br>4554 ARCH CREEK DRIVE S<br>JACKSONVILLE, FL 30225 | CREDITOR ID: 398750-78<br>KUFELDT, ANNE<br>13071 FT CAROLINE ROAD<br>JACKSONVILLE, FL 32225 |
| CREDITOR ID: 387168-54<br>KUGELMANN, DAVID W<br>C/O CHAMBLEE JOHNSON & HAYNES, PA<br>ATTN MATTHEW HAYNES, ESQ<br>1615 FORUM PLACE, SUITE 500<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 387168-54<br>KUGELMANN, DAVID W<br>2807 RIPLEY AVE<br>JACKSONVILLE FL 32207-4614 | CREDITOR ID: 552121-BI<br>KUHN FLOWERS<br>PO BOX 47705<br>JACKSONVILLE FL 32247 |
| CREDITOR ID: 552120-BI<br>KUHN FLOWERS<br>3802 BEACH BLVD<br>JACKSONVILLE FL 32207-4757 | CREDITOR ID: 254178-12<br>KUHN FLOWERS<br>PO BOX 47705<br>JACKSONVILLE, FL 32247 | CREDITOR ID: 254177-12<br>KUHN FLOWERS<br>3802 BEACH BLVD<br>JACKSONVILLE, FL 32207-4757 |
| CREDITOR ID: 556153-BC<br>KUHNET (MINOR), KIRA<br>151 CRANDON BLVD.<br>APT 105<br>MIAMI FL 33149 | CREDITOR ID: 393541-55<br>KUNDTZ, TERRI<br>C/O SMITH, FEDDELER, SMITH & MILES<br>ATTN H G SMITH OR M G CAPRON, ESQS<br>PO DRAWER 1089<br>LAKELAND FL 33802-1089 | CREDITOR ID: 536316-BA<br>KUNTZ, DEBORAH<br>201 WHITE MARSH LN.<br>ROTUNDA WEST FL 33947 |
| CREDITOR ID: 538317-BA<br>KUNTZ, DEBORAH<br>C/O JOSHUA H. ROSEN<br>5250 17TH STREET, STE 8<br>SARASOTA FL 34235 | CREDITOR ID: 552122-BI<br>KUNZLER & COMPANY INC<br>PO BOX 4747<br>LANCASTER PA 17604-4747 | CREDITOR ID: 279493-99<br>KUPELIAN ORMOND & MAGY PC<br>ATTN MATTHEW E THOMPSON ESQ<br>25800 NORTHWESTERN HWY STE 950<br>SOUTHFIELD MI 48075 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                            **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 381589-47<br>KUREMSKY, WENDY<br>11186 TERWILLIGERS HILL CRT<br>CINCINNATI, OH 45249 | CREDITOR ID: 402231-90<br>KURRAS, JAY B<br>4724 DEVON LANE<br>JACKSONVILLE FL 32210 | CREDITOR ID: 419824-ST<br>KURRAS, JAY B & JO ANN TTEES<br>4724 DEVON LN<br>JACKSONVILLE FL 32210-7511 |
| CREDITOR ID: 552124-BI<br>KURT SALMON ASSOCIATES INC<br>PO BOX 930916<br>ATLANTA GA 31193-0916 | CREDITOR ID: 552125-BI<br>KURT WEISS GREENHOUSES INC<br>P O BOX 641<br>95 MAIN ST<br>CENTER MORICHES NY 11934 | CREDITOR ID: 398752-78<br>KURTZ, DAVID<br>1513 HAMMERSMITH ROAD<br>WINTERVILLE NC 23590 |
| CREDITOR ID: 400384-85<br>KUYKENDALE, DALE<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN SCOTT NOONEY, ESQ<br>3535 HENDRICKS AVE.<br>JACKSONVILLE FL 32207 | CREDITOR ID: 534638-15<br>KUZMESKI, PAUL W<br>6 BUTTERCUP CIRCLE<br>AUBURN ME 04210 | CREDITOR ID: 389697-54<br>KUZMESKI, PAUL W<br>C/O JAMES T LYNCH<br>PO BOX 4979<br>ORLANDO FL 32802-4979 |
| CREDITOR ID: 397233-67<br>K-VA-T FOOD<br>PO BOX 1158<br>ABINGDON VA 24212 | CREDITOR ID: 552600-BI<br>K-VA-T FOOD STORES INC<br>DBA FOOD CITY STORE# 458<br>215 CASSIDY BLVD PO BOX 4027<br>PIKEVILLE KY 41502 | CREDITOR ID: 556154-BC<br>KWAS, GERMAINE<br>2892 FOREST EDGE DRIVE<br>DELTONA FL 32725 |
| CREDITOR ID: 552126-BI<br>KWIK KOPY PRINTING<br>2107 WEST THOMAS<br>HAMMOND LA 70401 | CREDITOR ID: 552127-BI<br>KWIK PRINT OF CUTLER RIDGE INC<br>20852 SOUTH DIXIE HWY<br>MIAMI FL 33189 | CREDITOR ID: 552128-BI<br>KWIK WIRING & SYSTEMS INC<br>803 1/2 HICKORY AVENUE<br>HARAHAN LA 70123-3110 |
| CREDITOR ID: 552130-BI<br>KYLE NORTON REPAIR<br>2719 N BRANDON RD<br>AVON PARK FL 33825 | CREDITOR ID: 552129-BI<br>KYLE NORTON REPAIR<br>204 N CENTRAL AVENUE<br>AVON PARK FL 33825 | CREDITOR ID: 254199-12<br>KYLE'S ROD & ROOTER, INC<br>ATTN KYLE STERLING SMITH, PRESIDENT<br>2139 COUNTY LINE RD<br>DOTHAN, AL 36305 |
| CREDITOR ID: 552133-BI<br>KYLES ROD N ROOTER<br>2139 COUNTY LINE RD<br>DOTHAN AL 36305 | CREDITOR ID: 391238-55<br>KYLES, CLARENCE<br>C/O COCHRANE CHERRY GIVENS ET AL<br>ATTN CHARLES JAMES, ESQ<br>306 NORTH MAIN STREET<br>PO BOX 830419<br>TUSKEGEE AL 36083 | CREDITOR ID: 254201-12<br>KYSOR PANEL SYSTEMS<br>ATTN RICK RINN, CFO<br>PO BOX 951613<br>DALLAS, TX 75395-1613 |
| CREDITOR ID: 552134-BI<br>KYSOR PANEL SYSTEMS<br>PO BOX 951613<br>DALLAS TX 75395-1613 | CREDITOR ID: 254202-12<br>KYSOR WARREN<br>ATTN PETE PIPKIN/ED STEPHENS, VP<br>ED STEPHENS, VP FINANCE<br>PO BOX 951606<br>DALLAS, TX 75395-1606 | CREDITOR ID: 552135-BI<br>KYSOR WARREN<br>PO BOX 951606<br>DALLAS TX 75395-1606 |
| CREDITOR ID: 552136-BI<br>L & A PROCESS SYSTEMS INC<br>1704 RELIANCE ST<br>MODESTO CA 95358-5752 | CREDITOR ID: 552137-BI<br>L & B PROPERTY MANAGEMENT<br>PO BOX 160247<br>MOBILE AL 36609 | CREDITOR ID: 552138-BI<br>L & H DISTRIBUTOR<br>ATTN LARRY HAYNES<br>P O BOX 23002<br>JACKSON MS 39225 |

SERVICE LIST
Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims

DEBTOR:     WINN-DIXIE STORES, INC., ET AL.                                                    CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 552139-BI<br>L & J GENERAL INTERNATIONAL<br>2424 NW 46TH ST<br>MIAMI FL 33142 | CREDITOR ID: 552140-BI<br>L & L DISTRIBUTORS INC<br>1511 NORTH POWERLINE ROAD<br>POMPANO BEACH FL 33069-1690 | CREDITOR ID: 552141-BI<br>L & M COMPANIES INC<br>P O BOX 890474<br>CHARLOTTE NC 28289-0474 |
| CREDITOR ID: 552142-BI<br>L & R FARMS INC<br>1236 WAYNE POULTRY RD<br>PENDERGRASS GA 30567 | CREDITOR ID: 254216-12<br>L EGGS<br>PO BOX 751348<br>CHARLOTTE, NC 28275-1348 | CREDITOR ID: 552146-BI<br>L EGGS<br>P O BOX 751348<br>CHARLOTTE NC 28275-1348 |
| CREDITOR ID: 552145-BI<br>L EGGS<br>P O BOX 751348<br>CHARLOTTE NC 28275-1348 | CREDITOR ID: 552147-BI<br>L H HAYWARD & CO<br>PO BOX 23751<br>HARAHAN LA 70183-0751 | CREDITOR ID: 552148-BI<br>L H MARRERO MIDDLE SCHOOL<br>4100 7TH ST<br>MARRERO LA 70072 |
| CREDITOR ID: 552149-BI<br>L J MELODY & COMPANY<br>PO BOX 297480<br>C/O BANK ONE<br>HOUSTON TX 77297 | CREDITOR ID: 552151-BI<br>L J MELODY AND CO<br>PO BOX 297480<br>HOUSTON TX 77297 | CREDITOR ID: 552150-BI<br>L J MELODY AND CO<br>C/O GEMSA LOAN SERVICES, LP<br>P.O. BOX 650220<br>DALLAS TX 75265-0220 |
| CREDITOR ID: 552152-BI<br>L J MELODY AND COMPANY<br>PO BOX 297480<br>HOUSTON TX 77297 | CREDITOR ID: 552153-BI<br>L LEO JUDICE<br>P O BOX 237<br>SCOTT LA 70583 | CREDITOR ID: 552154-BI<br>L O L LLC<br>6915 RED ROAD<br>SUITE 205<br>CORAL GABLES FL 33143 |
| CREDITOR ID: 254227-12<br>L PUGH & ASSOCIATES INC<br>ATTN LARRY E PUGH, PRES<br>10108 NORTH PALAFOX HWY<br>PENSACOLA, FL 32534-1269 | CREDITOR ID: 552155-BI<br>L PUGH & ASSOCIATES INC<br>10108 NORTH PALAFOX HWY<br>PENSACOLA FL 32534-1269 | CREDITOR ID: 552156-BI<br>L V HIERS INC<br>PO BOX 1229<br>MACCLENNY FL 32063 |
| CREDITOR ID: 552157-BI<br>L W RUPPEL ELEMENTARY<br>2820 MT KENNEDY DR<br>MARRERO LA 70072 | CREDITOR ID: 552158-BI<br>L W SMITH JR TRUST<br>301 PARK LAKE ROAD<br>COLUMBIA SC 29223 | CREDITOR ID: 397102-67<br>L&E JEWELRY<br>11241-D SW 40TH STREET<br>MIAMI, FL 33165 |
| CREDITOR ID: 552159-BI<br>L&J GENERAL INTERNATION<br>"EL SEMBRADOR"<br>2424 NW 46TH STREET<br>MIAMI FL 33142 | CREDITOR ID: 254234-12<br>L&J GENERAL INTERNATIONAL<br>(EL SEMBRADOR)<br>ATTN ERNESTO M SANTANA, CEO<br>2424 NW 46TH STREET<br>MIAMI, FL 33142 | CREDITOR ID: 254208-12<br>L&J GENERAL INTERNATIONAL<br>ATTN ERNESTO M SANTANA, CEO<br>2424 NW 46TH ST<br>MIAMI, FL 33142 |
| CREDITOR ID: 278909-30<br>L&M COMPANIES INC<br>PO BOX 890474<br>CHARLOTTE, NC 28289-0474 | CREDITOR ID: 381895-30<br>L&R FARMS INC<br>C/O SMITH GILLIAM WILLIAMS ET AL<br>ATTN BRAD J PATTEN, ESQ<br>PO BOX 1098<br>GAINESVILLE GA 30503 | CREDITOR ID: 395317-63<br>L. PUGH & ASSOCIATES<br>10108 N. PALAFOX HWY.<br>PENSACOLA, FL 32505 |

SERVICE LIST
Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

CREDITOR ID: 552160-BI
L. V. STABLER HOSPITAL
PO BOX 198139
ATLANTA GA 30384-8139

CREDITOR ID: 552161-BI
LA AUTENTICA FOODS
989 SE 11 PLACE
HIALEAH FL 33010

CREDITOR ID: 254235-12
LA AUTENTICA FOODS, INC
ATTN FABRICE RIVIERE, PRES
989 SE 11 PLACE
HIALEAH, FL 33010

CREDITOR ID: 254237-12
LA BREA BAKERY INC
ATTN MARY KENNEDY, CONTROLLER
PO BOX 7537
VAN NUYS CA 91409-7537

CREDITOR ID: 552162-BI
LA CAJUN CLASSIC
PO BOX 1236
BENTON LA 71006

CREDITOR ID: 552163-BI
LA DEPT OF REVENUE
1555 POYDRAS ST STE 900
NEW ORLEANS LA 70112

CREDITOR ID: 552164-BI
LA DEPT OF REVENUE & TAXATION
PO BOX 80519
BATON ROUGE LA 70898-0519

CREDITOR ID: 254241-12
LA DONA FOODS INC
ATTN: ROBERT E LUQUE, PRES
MARIA C MORGON, CONTROLLER
PO BOX 138503
HIALEAH, FL 33013

CREDITOR ID: 552165-BI
LA DONA FOODS INC
P O BOX 138503
HIALEAH FL 33013

CREDITOR ID: 254241-12
LA DONA FOODS INC
KEVIN GLEASON, PA
ATTN KEVIN C GLEASON, ESQ
4121 N 31ST AVENUE
HOLLYWOOD FL 33021

CREDITOR ID: 552166-BI
LA ESPANOLA
PO BOX 450954
MIAMI FL 33245-0954

CREDITOR ID: 397104-67
LA GARDENIA CORPORATION
11425 SW 41 ST STREET
MIAMI, FL 33165

CREDITOR ID: 254245-12
LA MURCIANA, INC
ATTN MARIA SAEZ & JOSE SAEZ, PRES
5534 NW 72ND AVENUE
MIAMI, FL 33166

CREDITOR ID: 552167-BI
LA MURCIANA, INC
5534 N.W. 72ND AVE
MIAMI FL 33166

CREDITOR ID: 254246-12
LA OCCUPATIONAL HEALTH SERVICES
PO BOX 11767
ALEXANDRIA, LA 71315-1767

CREDITOR ID: 552168-BI
LA OCCUPATIONAL HEALTH SERVICES
PO BOX 11767
ALEXANDRIA LA 71315-1767

CREDITOR ID: 552169-BI
LA OFFICE OF STUDENT FINANCIAL
PO BOX 60052
NEW ORLEANS LA 70160-0052

CREDITOR ID: 1522-07
LA PETITE ROCHE CENTER GENERAL
C/O DOYLE ROGERS COMPANY
PO DRAWER A
BATESVILLE, AR 72503

CREDITOR ID: 1522-07
LA PETITE ROCHE CENTER GENERAL
WILLIAMS & ANDERSON PLC
ATTN JOHN KOOISTRA, III, ESQ
111 CENTER STREET, 22ND FLOOR
LITTLE ROCK  AR 72201

CREDITOR ID: 552170-BI
LA PETITE ROCHE CENTER GENERAL
C/O DOYLE ROGERS COMPANY
PO DRAWER A
BATESVILLE AR 72503

CREDITOR ID: 533784-B1
LA QUINTA INN ORLANDO WINTER PARK
ATTN: OJASH N JARIWALA
664 LITTLE WEKIVA ROAD
ALMONTE SPRINGS FL 32714

CREDITOR ID: 254255-12
LA QUINTA ORLANDO WINTERPARK
ATTN ROBERT GEDCON, ASST GM
626 LEE ROAD
ORLANDO, FL 32810

CREDITOR ID: 254256-12
LA ROCHE INDUSTRIES INC
ATTN WILLIAM CHAREST, CR MGR
1100 JOHNSON FERRY RD, SUITE 690
ATLANTA, GA 30342

CREDITOR ID: 552171-BI
LA SEGUNDA
2512 N 15TH ST
TAMPA FL 33605-3406

CREDITOR ID: 552172-BI
LA. FISH FRY PRODUCTS
5267 PLANK ROAD
BATON ROUGE LA 70805

CREDITOR ID: 403395-15
LAB SAFETY SUPPLY
ATTN TAMMY BRADLEY
401 S WRIGHT RD
JANESVILLE WI 53546

CREDITOR ID: 552173-BI
LAB SAFETY SUPPLY INC
ACCOUNT #6044903
P O BOX 5004
JANESVILLE WI 53547-5004

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 552174-BI<br>LABARRE ARCHITECTS INC<br>8385 RUSHING ROAD<br>DENHAM SPRINGS LA 70726 | CREDITOR ID: 393248-55<br>LABBE, CRYSTAL W & SCHOENFELD ET AL<br>C/O SCHOENFELD, SCHOENFELD ET AL<br>ATTN ROBERT MORLAS SCHOENFELD, ESQ<br>810 UNION STREET, SUITE 324<br>NEW ORLEANS LA 70112 | CREDITOR ID: 408372-15<br>LABEL SYSTEMS INTERNATIONAL<br>C/O NASHUA CORPORATION<br>ATTN SALLY L SMITH, CREDIT MGR<br>3838 SOUTH 108TH STREET<br>OMAHA NE 68144 |
| CREDITOR ID: 552176-BI<br>LABEL SYSTEMS INTERNATIONAL<br>PO BOX 187<br>ST AUGUSTINE FL 32085-0187 | CREDITOR ID: 552175-BI<br>LABEL SYSTEMS INTERNATIONAL<br>PO BOX 187<br>ST AUGUSTINE FL 32085-0187 | CREDITOR ID: 552177-BI<br>LABEL SYSTEMS INTERNATIONAL INC<br>PO BOX 850001<br>ORLANDO FL 32885-0371 |
| CREDITOR ID: 552178-BI<br>LABELLA SAUSAGE INC<br>PO BOX 15609<br>BROOKSVILLE FL 34604 | CREDITOR ID: 556155-BC<br>LABOMBARD, DORTHY<br>4215 A GATOR TRACE AVE<br>FORT PIERCE FL 34952 | CREDITOR ID: 536317-BA<br>LABOMBARDA, SILVIA<br>19477 NE 10TH AVE<br>NORTH MIAMI BEACH FL 33179 |
| CREDITOR ID: 538318-BA<br>LABOMBARDA, SILVIA<br>C/O VICTOR F. DANTE<br>1911 NORTH EAST 164TH STREET<br>NORTH MIAMI BEACH FL 33162 | CREDITOR ID: 552179-BI<br>LABOR FINDERS OF VALDOSTA<br>PO BOX 4745<br>TAMPA FL 33677-4745 | CREDITOR ID: 552180-BI<br>LABOR READY SOUTH<br>PO BOX 676412<br>DALLAS TX 75267-6412 |
| CREDITOR ID: 552181-BI<br>LABOR READY SOUTHEAST INC<br>PO BOX 740435<br>ATLANTA GA 30374-0435 | CREDITOR ID: 536318-BA<br>LABOUONTY, CAROLE<br>2213 WAKULLA WAY<br>ORLANDO FL 32839 | CREDITOR ID: 552182-BI<br>LABREE'S BAKERY<br>PO BOX 555<br>OLD TOWN ME 04468 |
| CREDITOR ID: 556156-BC<br>LACAYO, MAYLET<br>11 NW 34TH AVENUE<br>MIAMI FL 33125 | CREDITOR ID: 386359-54<br>LACAZE, DONNA<br>C/O LOSAVIO LAW OFFICE, LLC<br>ATTN MARIA LOSAVIO, ESQ<br>1821 MACARTHUR DRIVE<br>PO BOX 12420<br>ALEXANDRIA LA 71315-2420 | CREDITOR ID: 556157-BC<br>LACEY, FLORENCE<br>7835 MEANS AVE<br>NEW ORLEANS LA 70127 |
| CREDITOR ID: 43034-05<br>LACKEY, CHERYL A<br>C/O RUSSELL R STEWART LAW OFFICES<br>ATTN RUSSELL R STEWART, ESQ<br>PO BOX 2542<br>PANAMA CITY FL 32402 | CREDITOR ID: 43034-05<br>LACKEY, CHERYL A<br>6050 MELLOW TR<br>MARIANNA FL 32446 | CREDITOR ID: 397227-67<br>LACK'S STORES, INC<br>PO BOX 2088<br>VICTORIA, TX 77902 |
| CREDITOR ID: 552185-BI<br>LACLEDE INC<br>2103 EAST UNIVERSITY DRIVE<br>RANCHO DOMINGUEZ CA 90220 | CREDITOR ID: 552186-BI<br>LACOSTE ELEMENTARY SCHOOL<br>1101 E JUDGE PEREZ DR<br>CHALMETTE LA 70043 | CREDITOR ID: 538319-BA<br>LACOSTE, DEBORAH<br>C/O J. BART KELLY, III<br>JEANNE K. DEMAREST<br>1515 POYDRAS ST., SUITE 1400<br>NEW ORLEANS LA 70112 |
| CREDITOR ID: 536320-BA<br>LACOUR, ALCINE<br>111 CAROLINE STREET<br>SCOTT LA 70583 | CREDITOR ID: 538320-BA<br>LACOUR, ALCINE<br>C/O HAWKINS & VILLEMARETTE, L.L.C.<br>ATTN CHRIS VILLEMARETTE<br>102 ASMA BLVD. SALOOM III, STE 110<br>LAFAYETTE LA 70508 | CREDITOR ID: 411422-15<br>LACROIX, BRIGITTE<br>1480 SW 11TH WAY #201<br>DEERFIELD BEACH FL 33441 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                        **CASE:  05-03817-3F1**

CREDITOR ID: 383186-53
LADEQ
PO BOX 4312
BATON ROUGE LA 70821

CREDITOR ID: 536321-BA
LADNER, DORIS
2212 22ND AVE.
GULFPORT MS 39501

CREDITOR ID: 552187-BI
LADYBUGS MAINTENANCE INC
PO BOX 60351
LAFAYETTE LA 70596-0351

CREDITOR ID: 254283-12
LADYBUGS MAINTENANCE, INC
ATTN DOUG L TERRO, SEC/TREAS
PO BOX 60351
LAFAYETTE LA 70596-0351

CREDITOR ID: 552188-BI
LADYBUGS PARKING LOT SWEEP
4300 CAMERON STREET
LAFAYETTE LA 70506

CREDITOR ID: 552189-BI
LAFARGUE ELEMENTARY
3366 HWY 107
EFFIE LA 71331

CREDITOR ID: 552190-BI
LAFAYETTE CHRISTIAN ACADEMY
223 STONE AVE
LAFAYETTE LA 70507

CREDITOR ID: 552191-BI
LAFAYETTE CONSOLIDATED GOVERNMENT
P O BOX 4024
LAFAYETTE LA 70502

CREDITOR ID: 382759-51
LAFAYETTE DAILY ADVERTISER
PO BOX 3268
LAFAYETTE, LA 70502

CREDITOR ID: 552192-BI
LAFAYETTE HIGH SCHOOL
3000 W CONGRESS ST
LAFAYETTE LA 70506

CREDITOR ID: 1523-07
LAFAYETTE LIFE INSURANCE CO
PO BOX 7007
MORTGAGE LOAN 8124
LAFAYETTE, IN 47903

CREDITOR ID: 552193-BI
LAFAYETTE LIFE INSURANCE CO
PO BOX 7007
MORTGAGE LOAN 8124
LAFAYETTE IN 47903

CREDITOR ID: 416266-15
LAFAYETTE LIFE INSURANCE COMPANY
C/O LEATHERWOOD WALKER TODD & MANN
ATTN EARLE PREVOST, ESQ
300 EAST MCBEE AVENUE, SUITE 500
GREENVILLE SC 29601

CREDITOR ID: 552194-BI
LAFAYETTE PARISH SCHOOL BOARD
SALES TAX DIVISION
PO BOX 3883
LAFAYETTE LA 70502-3883

CREDITOR ID: 552195-BI
LAFAYETTE POLICE DEPT
ATN ALARM ENFORCEMENT
PO BOX 4308
LAFAYETTE LA 70502

CREDITOR ID: 552196-BI
LAFAYETTE POLICE DEPT
ATTN ALARM ENFORCEMENT
PO BOX 4308
LAFAYETTE LA 70502

CREDITOR ID: 552197-BI
LAFAYETTE YOUTH SCOCER ASSOCIATION
PO BOX 53629
LAFAYETTE AL 70505

CREDITOR ID: 552199-BI
LAFE TROPICAL FOOD
9151 NW 97 TERRACE
MEDLEY FL 33178

CREDITOR ID: 552198-BI
LAFE TROPICAL FOOD
868 NW 21 TERR
MIAMI FL 33127

CREDITOR ID: 403802-94
LAFEVER, DANIEL G
5004 SHELLEY COURT
ORLANDO FL 32807-1372

CREDITOR ID: 492902-FC
LAFEVER, DANIEL G
5004 SHELLEY CT
ORLANDO FL 32807-1372

CREDITOR ID: 410983-15
LAFEVER, DANIEL G
C/O WINN DIXIE STORE, INC.
5050 EDGEWOOD COURT
JACKSONVILLE FL 32254-3699

CREDITOR ID: 406871-MS
LAFFERTY, RUSSELL A
121 CHOO CHOO LANE
VALRICO FL 33594

CREDITOR ID: 536322-BA
LAFONTAINE (MINOR), BRIAN
C/O CRAIG GENTRY, ESQ
909 POYDRAS ST.
NEW ORLEANS LA 70112

CREDITOR ID: 406268-15
LAFONTAINE, GENEVIEVE
C/O LABOUDETTE LAW FIRM, LLC
ATTN SCOT J LABOURDETTE, ESQ
1100 POYDRAS STREET, SUITE 2900
NEW ORLEANS LA 70163

CREDITOR ID: 536323-BA
LAFORTUNE, GUERLINE
1703 FLINTSHIRE STREET
ORLANDO FL 32839

CREDITOR ID: 552200-BI
LAFOURCHE PARISH SCH BRD
PO BOX 997
SALES TAX DEPT
THIBODAUX LA 70302-0997

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing claims Arising before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 552201-BI<br>LAFOURCHE PARISH WATER<br>PO BOX 399<br>LOCKPORT LA 70374-0399 | CREDITOR ID: 406872-MS<br>LAGARD, KAREN<br>328 SECOND ST<br>ATLANTIC BEACH FL 32233 | CREDITOR ID: 536324-BA<br>LAGOS, JOSELA<br>2430 NW 33RD STREET<br>MIAMI FL 33142 |
| CREDITOR ID: 538321-BA<br>LAGOS, JOSELA<br>C/O SUAREZ AND ASSOCIATES, PA<br>ATTN JAMIE SUAREZ<br>351 NW LEJUNE ROAD, STE 201<br>MIAMI FL 33126 | CREDITOR ID: 393329-55<br>LAGOS, JOSELA M<br>C/O SUAREZ & ASSOCIATES PA<br>ATTN JAIME SUAREZ<br>351 NW LEJUNE ROAD, STE 201<br>MIAMI FL 33126 | CREDITOR ID: 254304-12<br>LAGRANGE DAILY NEWS<br>C/O CRESENT MEDIA GROUP INC<br>PO BOX 6306<br>SPARTANBURG, SC 29304 |
| CREDITOR ID: 552202-BI<br>LAGRANGE DAILY NEWS<br>PO BOX 6306<br>SPARTANBURG SC 29304 | CREDITOR ID: 552203-BI<br>LAGRANGE ELEMENTARY<br>2129 CHATSWORTH RD<br>FRANKLIN LA 70538 | CREDITOR ID: 1524-07<br>LAGRANGE MARKETPLACE LLC<br>CO RETAIL MANAGEMENT GROUP INC<br>ATTN JULIE BEALL, COO<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-1036 |
| CREDITOR ID: 1524-07<br>LAGRANGE MARKETPLACE LLC<br>C/O HELMSING, LEACH, HERLONG ET AL<br>ATTN JEFFERY J HARTLEY, ESQ<br>LACLEDE BLDG, SUITE 2000<br>150 GOVERNMENT STREET<br>MOBILE AL 36602 | CREDITOR ID: 552204-BI<br>LAGRANGE MARKETPLACE LLC<br>CO RETAIL MANAGEMENT GROUP INC<br>PO BOX 11407<br>BIRMINGHAM AL 35246-1036 | CREDITOR ID: 556158-BC<br>LAGRANGE, NICHOLAS<br>161 CONRAD STREET<br>LEONVILLE LA 70551 |
| CREDITOR ID: 556159-BC<br>LAGRECA, FRANCIS<br>4088 TWIN OAKS BLVD.<br>MELBOURNE FL 32901 | CREDITOR ID: 556160-BC<br>LAGRESA, MILLIAN<br>15585 SW 58 STREET<br>MIAMI FL 33193 | CREDITOR ID: 552205-BI<br>LAGS VENTRUES INC<br>C/O RICH SIMEONE<br>4411 CLEVELAND AVE<br>FORT MYERS FL 33901 |
| CREDITOR ID: 416944-15<br>LAGS VENTURES, INC<br>C/O TRIPP SCOTT<br>ATTN JOHN G BIANCO, III, ESQ<br>110 SE 6TH STREET, 15TH FLOOR<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 536325-BA<br>LAHENS-GASSANT, GILBERTE<br>4697 NW 6 COURT<br>DELRAY BEACH FL 33445 | CREDITOR ID: 538322-BA<br>LAHENS-GASSANT, GILBERTE<br>C/O ANNIE ADKINS, ESQ.<br>1375 GATEWAY BLVD<br>BOYNTON BEACH FL 33426 |
| CREDITOR ID: 552206-BI<br>LAIDLAW CORPORATION<br>PO BOX 60200<br>SAINT LOUIS MO 63160-0001 | CREDITOR ID: 552207-BI<br>LAIRD PLASTICS INC<br>PO BOX 751298<br>CHARLOTTE NC 28275-1298 | CREDITOR ID: 161811-09<br>LAIRD, COREY D<br>120 DALE DRIVE<br>TROY AL 36081 |
| CREDITOR ID: 556161-BC<br>LAIRD, ELIZABETH<br>603 S DOBSON AVE APT18<br>BAY MINETTE AL 36507 | CREDITOR ID: 389098-54<br>LAITAILLE, KERREN<br>C/O MARC L SHAPIRO, PA<br>ATTN GARY A RALPH, ESQ<br>720 GOODLETTE ROAD NORTH, STE 304<br>NAPLES, FL 34102 | CREDITOR ID: 552208-BI<br>LAKE APOPKA NATURAL GAS DISTRICT<br>PO BOX 783007<br>WINTER GARDEN FL 34778-3007 |
| CREDITOR ID: 552209-BI<br>LAKE ASBURY JUNIOR HIGH<br>TIGER ATHLETIC PROGRAM<br>2851 SANDRIDGE ROAD<br>GREEN COVE SPRINGS FL 32043 | CREDITOR ID: 552210-BI<br>LAKE ASSOCIATES, LTD<br>170 LAKE ROAD<br>HUNTINGTON NY 11743 | CREDITOR ID: 552212-BI<br>LAKE CASTLE PARENTS CLUB<br>19176 SIXTH AVENUE<br>COVINGTON LA 70433 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 552211-BI<br>LAKE CASTLE PARENTS CLUB<br>1322 WOODMERE DRIVE<br>MADISONVILLE LA 70471 | CREDITOR ID: 243694-12<br>LAKE COUNTY TAX COLLECTOR<br>BOB MCKEE<br>PO BOX 327<br>TAVARES FL 32778-0327 | CREDITOR ID: 262842-12<br>LAKE DOCTORS INC, THE<br>3523 STATE ROAD 419<br>WINTER SPRINGS, FL 32708 |
| CREDITOR ID: 552213-BI<br>LAKE FOREST MONTESSORI SCHOOL<br>8258 LAKE FOREST<br>NEW ORLEANS LA 70126 | CREDITOR ID: 552214-BI<br>LAKE HARBOR MIDDLE SCHOOL<br>1700 VIOLA STREET<br>MANDEVILLE LA 70448 | CREDITOR ID: 416254-15<br>LAKE HOWELL PLAZA PARTNERSHIP<br>C/O DAY KETTERER LTD<br>ATTN RICHARD A PRINCIC, ESQ<br>200 MARKET AVENUE N<br>PO BOX 24213<br>CANTON OH 44701-4213 |
| CREDITOR ID: 254321-12<br>LAKE JACKSON TRADING POST<br>151 SAWGRASS CORNERS DRIVE, STE 202<br>PONTE VEDRA BEACH, FL 32082 | CREDITOR ID: 2363-07<br>LAKE JACKSON TRADING POST<br>151 SAWGRASS CORNERS DRIVE, SUITE 2<br>PONTE VEDRA BEACH, FL 32082-1929 | CREDITOR ID: 552215-BI<br>LAKE JACKSON TRADNG POST<br>151 SAWGRASS CORNERS DR  STE 202<br>PONTE VEDRA BEACH FL 32082 |
| CREDITOR ID: 552216-BI<br>LAKE MARY LIMITED PARTNERSHIP<br>C/O EQUITY INVESTMENT GROUP<br>111 EAST WAYNE STREET STE 500<br>FORT WAYNE IN 46802 | CREDITOR ID: 1526-07<br>LAKE MARY LIMITED PARTNERSHIP<br>C/O EQUITY INVESTMENT GROUP<br>ATTN RENEE DILLON<br>111 EAST WAYNE STREET, SUITE 500<br>FORT  WAYNE, IN 46802 | CREDITOR ID: 278910-30<br>LAKE PLACID GROVES LLC<br>PO BOX 1005<br>LAKE PLACID, FL 33862-1005 |
| CREDITOR ID: 552217-BI<br>LAKE PLACID GROVES LLC<br>PO BOX 1005<br>LAKE PLACID FL 33862-1005 | CREDITOR ID: 552218-BI<br>LAKE SHORE HOSPITAL INC<br>C/O JOSEPH W MAY<br>2699 STIRLING ROAD<br>SUITE A-302<br>FT LAUDERDALE FL 33312 | CREDITOR ID: 536326-BA<br>LAKE SHORE TRUSS INC, .<br>P.O. BOX 536<br>LAVONIA GA 30553 |
| CREDITOR ID: 254328-12<br>LAKE STREET PUBLISHING<br>ATTN: LAURA L TURNER, OWNER<br>330 N SUMMIT STREET<br>CRESCENT CITY, FL 32112 | CREDITOR ID: 552219-BI<br>LAKE STREET PUBLISHING<br>330 N SUMMIT ST<br>CRESCENT CITY FL 32112 | CREDITOR ID: 1527-07<br>LAKE SUN PROPERTIES LTD<br>ATTN ROGER F RUTTENBERG, GP<br>55 E MONROE, STE 1890<br>CHICAGO, IL 60603-2390 |
| CREDITOR ID: 552220-BI<br>LAKE SUN PROPERTIES LTD<br>55 E MONROE<br>STE 1890<br>C/O ATLAS PARTNERS LLC<br>CHICAGO IL 60603 | CREDITOR ID: 552222-BI<br>LAKELAND ASSOCIATES LP<br>C/O BRUCE STRUMPF/IMPERIAL CHRISTIN<br>SHOPPING CT  314 S MISSOURI AVE<br>CLEARWATER FL 34616 | CREDITOR ID: 2364-07<br>LAKELAND ASSOCIATES, LP<br>ATTN THOMAS J CANNON, PRESIDENT<br>314 S MISSOURI AVE, STE 305<br>CLEARWATER FL 33756 |
| CREDITOR ID: 552223-BI<br>LAKELAND COAST GAS<br>2228 E MAIN STREET<br>LAKELAND FL 33801-2470 | CREDITOR ID: 552224-BI<br>LAKELAND GATORS YOUTH ATHLETIC ASSOC<br>PO BOX 6963<br>LAKELAND FL 33807 | CREDITOR ID: 382760-51<br>LAKELAND LEDGER<br>PO BOX 408<br>LAKELAND, FL 33802 |
| CREDITOR ID: 262843-12<br>LAKELAND LEDGER, THE<br>PO BOX 408<br>LAKELAND, FL 33802 | CREDITOR ID: 1528-07<br>LAKELAND PARTNERS<br>C/O BRANDYWINE GROUP INC<br>PO BOX 999<br>CHADDS FORD, PA 19317-0999 | CREDITOR ID: 410958-15<br>LAKELAND PARTNERS<br>C/O STRADLEY RONON STEVENS ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 552225-BI<br>LAKELAND PARTNERS<br>C/O BRANDYWINE GROUP INC<br>PO BOX 999<br>CHADDS FORD PA 19317-0999 | CREDITOR ID: 552226-BI<br>LAKELAND RUBBER STAMP CO INC<br>PO BOX 372<br>LAKELAND FL 33802-0372 | CREDITOR ID: 552227-BI<br>LAKEPOINT FAMILY MED CENTER<br>3303 S SEMORAN BLVD<br>ORLANDO FL 32822 |
| CREDITOR ID: 254337-12<br>LAKEPOINT FAMILY MED CENTER<br>3303 S SEMORAN BLVD<br>ORLANDO, FL 32822 | CREDITOR ID: 556162-BC<br>LAKE-RAWSON, SUSAN<br>612 SW 26TH PLACE<br>GAINESVILLE FL 32601 | CREDITOR ID: 552228-BI<br>LAKESHORE CLINIC PC<br>1026 SOUTH EUFAULA AVE<br>EUFAULA AL 36027 |
| CREDITOR ID: 384209-47<br>LAKESHORE CLINIC PC<br>ATTN: BRIAN BRACH, PRCATICE ADMIN<br>1026 SOUTH EUFAULA AVE<br>EUFAULA, AL 36027 | CREDITOR ID: 552229-BI<br>LAKESHORE INC USA<br>PO BOX 612<br>LEWISTON NY 14092-0612 | CREDITOR ID: 552230-BI<br>LAKESIDE FAMILY PRACTICE<br>PO BOX 6<br>CRESCENT CITY FL 32112 |
| CREDITOR ID: 552231-BI<br>LAKESIDE FOODS<br>BOX 88933<br>MILWAUKEE WI 53288-0933 | CREDITOR ID: 552232-BI<br>LAKESIDE FOODS<br>FEDI VENODR<br>BOX 88933<br>MILWAUKEE WI 53288-0933 | CREDITOR ID: 406145-15<br>LAKESIDE FOODS, INC<br>ATTN CAROL A GLAESER<br>808 HAMILTON STREET<br>PO BOX 1327<br>MANITOWOC WI 54221-1327 |
| CREDITOR ID: 552233-BI<br>LAKESIDE MILLS INC<br>DEPT CODE 196<br>PO BOX 32849<br>CHARLOTTE NC 28232-2849 | CREDITOR ID: 381929-15<br>LAKESIDE MILLS, INC<br>ATTN BRYAN KING<br>PO BOX 230<br>RUTHERFORDTON NC 28139 | CREDITOR ID: 254345-12<br>LAKESIDE MILLS, INC<br>DEPT CODE 196<br>PO BOX 32849<br>CHARLOTTE NC 28232-2849 |
| CREDITOR ID: 254346-12<br>LAKESIDE OCCUPATION MEDICAL<br>ATTN DEBRA TAUCHER<br>1400 EAST BAY DRIVE<br>LARGO, FL 33771 | CREDITOR ID: 552234-BI<br>LAKESIDE OCCUPATION MEDICAL<br>1400 EAST BAY DRIVE<br>LARGO FL 33771 | CREDITOR ID: 552235-BI<br>LAKESIDE OCCUPATION MEDICAL<br>7527 ULMERTON ROAD<br>LARGO FL 33771 |
| CREDITOR ID: 552236-BI<br>LAKEVIEW FARMS INC<br>PO BOX 631379<br>CINCINNATI OH 45263-1379 | CREDITOR ID: 1529-RJ<br>LAKEWOOD ASSOCIATES, LTD<br>C/O COURTELIS COMPANY<br>ATTN VICTOR STOSIK<br>703 WATERFORD WAY, SUITE 800<br>MIAMI, FL 33126-4677 | CREDITOR ID: 1529-RJ<br>LAKEWOOD ASSOCIATES, LTD<br>C/O BELL BOYD & LLOYD, LLC<br>ATTN C LONSTEIN & A SCHAEFFER, ESQS<br>70 W MADISON STREET, SUITE 3300<br>CHICAGO IL 60602 |
| CREDITOR ID: 552237-BI<br>LAKEWOOD ELEMENTARY<br>501 E HEATHER DR<br>LULING LA 70070 | CREDITOR ID: 536327-BA<br>LALIME, HELEN<br>112 CHEROKEE LANE<br>LAKE COMO FL 32157 | CREDITOR ID: 406873-MS<br>LALLEMENT, JAMES C<br>16281 71 LANE NORTH<br>LOXAHATCHEE FL 33470 |
| CREDITOR ID: 556163-BC<br>LALLY, TIA<br>9945 LANCEWOOD STREET<br>ORLANDO FL 32825 | CREDITOR ID: 381390-47<br>LALUMIERE, PHILIPPE L<br>2678 NW 65TH AVE<br>MARGATE, FL 33063 | CREDITOR ID: 406874-MS<br>LAM, TAI T<br>5501 UNIVERSITY CLUB BLVD, APT 168<br>JACKSONVILLE FL 32277-1448 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 552238-BI<br>LAMAR ASSET MANAGEMENT & REALTY INC<br>365 SOUTH STREET<br>C/O EAST GATE PLAZA (LANDLORD)<br>MORRISTOWN NJ 07960 | CREDITOR ID: 552239-BI<br>LAMAR ASSET MANAGEMENT AND REALTY, INC<br>365 SOUTH STREET<br>C/O PELL CITY MARKET PLACE<br>MORRISTOWN NJ 07960 | CREDITOR ID: 552240-BI<br>LAMAR ASSET MANAGEMENT AND REALTY, INC<br>C/O LAMAR COMPANIES<br>365 SOUTH STREET<br>MORRISTOWN NJ 07960 |
| CREDITOR ID: 552241-BI<br>LAMAR E NICHOLS<br>106 HUSSON AVE<br>PALATKA FL 32177 | CREDITOR ID: 536328-BA<br>LAMAR, BERNICE<br>5026 DALLEN LEA DRIVE<br>JACKSONVILLE FL 32208 | CREDITOR ID: 390889-55<br>LAMARTINA, JOSEPH WAYNE<br>C/O T A VAUGHAN/K C MAXWELL<br>CITY CENTRE BLDG, SUITE 500<br>205 EAST CENTRAL BLVD<br>ORLANDO FL 32801 |
| CREDITOR ID: 536329-BA<br>LAMAS, KIMBERLY<br>371 RUSSELL AVE.<br>JACKSONVILLE FL 32218 | CREDITOR ID: 538323-BA<br>LAMAS, KIMBERLY<br>C/O LAW OFFICES OF BURNETTI, P.A.<br>ATTN LINA FULLAM ESQ<br>4899 BELFORT ROAD, STE 160<br>JACKSONVILLE FL 32256 | CREDITOR ID: 552242-BI<br>LAMB GROUP LLC<br>P O BOX 638<br>LUMBERTON NC 28359 |
| CREDITOR ID: 552244-BI<br>LAMB WESTON<br>PO BOX 905249<br>CHARLOTTTE NC 28290-5249 | CREDITOR ID: 552243-BI<br>LAMB WESTON<br>PO BOX 70075<br>CHICAGO IL 60673-0075 | CREDITOR ID: 552245-BI<br>LAMB WESTON INC<br>PO BOX 70075<br>CHICAGO IL 60673-0075 |
| CREDITOR ID: 552247-BI<br>LAMB WESTON, INC.<br>PO BOX 905249<br>CHARLOTTE NC 28290-5249 | CREDITOR ID: 552246-BI<br>LAMB WESTON, INC.<br>PO BOX 905249<br>CHARLOTTE NC 28290-5249 | CREDITOR ID: 536330-BA<br>LAMB, BRIE<br>2506 N SERENITY CIRCLE<br>FORT PIERCE FL 34981 |
| CREDITOR ID: 536331-BA<br>LAMBERGER, ROSE<br>1013 POND APPLE COURT<br>OVIEDO FL 32765 | CREDITOR ID: 538324-BA<br>LAMBERT, ANNIE<br>C/O THE COCHRAN FIRM<br>ATTN JAKE A NORTON ESQ<br>P.O. BOX 927<br>163 WEST MAIN ST.<br>DOTHAN AL 36302 | CREDITOR ID: 536332-BA<br>LAMBERT, ANNIE<br>2806 ROCKCREEK ROAD<br>DOTHAN AL 36303 |
| CREDITOR ID: 556164-BC<br>LAMBERT, NETTIE<br>PO BOX 1153<br>SAINT AUGUSTINE FL 32085 | CREDITOR ID: 552248-BI<br>LAMI PRODUCTS COMPANY<br>543 DAVISVILLE ROAD<br>WILLOW GROVE PA 19090 | CREDITOR ID: 43292-05<br>LAMINACK, LEWIS J<br>493 WALKER RD<br>FITZGERALD GA 31750 |
| CREDITOR ID: 556166-BC<br>LAMISON, ARLENE<br>418 W PARK AVE<br>TAMPA FL 33602 | CREDITOR ID: 556167-BC<br>LAMOUR, DENISE<br>310 NE 78TH ST.<br>MIAMI FL 33138 | CREDITOR ID: 552250-BI<br>LAMP SALES UNLIMITED INC<br>PO BOX 23456<br>JACKSONVILLE FL 32241 |
| CREDITOR ID: 552249-BI<br>LAMP SALES UNLIMITED INC<br>PO BOX 10606<br>JACKSONVILLE FL 32247-0606 | CREDITOR ID: 556168-BC<br>LAMPKINS, BERNICE<br>10240 HURST DRIVE<br>JACKSONVILLE FL 32218 | CREDITOR ID: 556169-BC<br>LANASA, ROSSI<br>125 NIRTH SIBLEY<br>METAIRIE LA 70003 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2365-RJ<br>LANCASTER COMMUNITY INVESTORS LC<br>ATTN THOMAS A GOSSE, MGR<br>PO BOX 1582<br>KILMARNOCK, VA 22482 | CREDITOR ID: 556170-BC<br>LANCASTER, STACEY<br>110 JAROM DR<br>BRUNSWICK GA 31523 | CREDITOR ID: 408180-97<br>LANCE INC<br>ATTN: B CLYDE PRESLAR, VP FIN<br>8600 SOUTH BLVD<br>CHARLOTTE NC 28273 |
| CREDITOR ID: 552252-BI<br>LANCE INC<br>PO BOX 473517<br>CHARLOTTE NC 28247-3517 | CREDITOR ID: 552254-BI<br>LANCE MAXWELL PLUMBING INC<br>5310 TOWER ROAD<br>TALLAHASSEE FL 32303 | CREDITOR ID: 406876-MS<br>LANCE, CLYDE W<br>PO BOX 305<br>WASHINGTON GA 30673 |
| CREDITOR ID: 392033-55<br>LANCE, FRANCES<br>C/O HARRISS & HARTMAN LAW FIRM, PC<br>ATTN ROBERT HARRISS, ESQ<br>200 MCFARLAND BUILDING<br>PO DRAWER 220<br>ROSSVILLE GA 30741 | CREDITOR ID: 315679-36<br>LANCE, INC<br>C/O SHUMAKER LOOP & KENDRICK LLP<br>ATTN DAVID M GROGAN ESQ<br>128 SOUTH TRYON STREET STE 1800<br>CHARLOTTE NC 28202 | CREDITOR ID: 533721-CN<br>LANCHASHIRE<br>ATTN LEGAL DEPARTMENT<br>44 CHURCH STREET EAST<br>HAMILTON  HM HX<br>BERMUDA |
| CREDITOR ID: 402235-90<br>LANCLOS, JOSEPH L<br>841 OLD SCHOOL ROAD<br>ARNAUDVILLE LA 70512-5229 | CREDITOR ID: 452413-99<br>LAND DADE INC<br>C/O HELD & ISRAEL<br>ATTN: E W HELD JR & A FRISCH, ESQS<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 1531-07<br>LAND DADE INC<br>4 MARINA ISLES BLVD, SUITE 302<br>INDIAN HARBOUR BCH, FL 32937 |
| CREDITOR ID: 552255-BI<br>LAND DADE INC<br>4 MARINA ISLES BLVD<br>STE 302<br>INDIAN HARBOUR BEACH FL 32937 | CREDITOR ID: 254374-12<br>LAND O FROST INC<br>PO BOX 353<br>LANSING, IL 60438-0353 | CREDITOR ID: 552256-BI<br>LAND O FROST INC<br>PO BOX 353<br>LANSING IL 60438-0353 |
| CREDITOR ID: 552257-BI<br>LAND O LAKES INC<br>PO BOX 409564<br>ATLANTA GA 30384-9564 | CREDITOR ID: 279028-32<br>LAND O'LAKES, INC<br>ATTN ANDREA BENNETT, ESQ<br>PO BOX 64101<br>ST PAUL MN 55164-0101 | CREDITOR ID: 398761-78<br>LAND, RONALD H<br>306 WELLINGTON DRIVE<br>MOORE, SC 29369 |
| CREDITOR ID: 552258-BI<br>LANDER CO<br>PO BOX 827035<br>PHILADELPHIA PA 19182-7035 | CREDITOR ID: 556171-BC<br>LANDERO (MINOR), JADE<br>7560 SW 28TH STREET ROAD<br>MIAMI FL 33010 | CREDITOR ID: 556172-BC<br>LANDETA (MINOR), LUCIANO<br>2462 W 74 ST APT 202<br>HIALEAH FL 33018 |
| CREDITOR ID: 1532-07<br>LANDING STATION<br>C/O E&A SOUTHEAST LP<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 552259-BI<br>LANDING STATION<br>C/O E & A SOUTHEAST LP<br>PO BOX 528<br>COLUMBIA SC 29202 | CREDITOR ID: 406879-MS<br>LANDIS, HAMLIN A<br>5913 BRUSHWOOD CT<br>RALEIGH NC 27612 |
| CREDITOR ID: 533720-CN<br>LANDMARK AMERICAN INSURANCE<br>ATTN LEGAL DEPARTMENT<br>945 E PACES FERRY ROAD, STE 1800<br>ATLANTA GA 30326 | CREDITOR ID: 254382-12<br>LANDMARK COMMUNITY NEWSPAPERS<br>ATTN BRENDA LEA<br>PO BOX 1118<br>SHELBYVILLE, KY 40066-1118 | CREDITOR ID: 375830-44<br>LANDMARK COMMUNITY NEWSPAPERS<br>ATTN BRENDA LEA<br>PO BOX 549<br>SHELBYVILLE KY 40066 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 315861-40<br>LANDMARK ENTERPRISES<br>C/O DENNIS COLEMAN<br>(REALTY & INVESTMENT)<br>PO BOX 9306<br>COLUMBUS, MS 39705 | CREDITOR ID: 552260-BI<br>LANDMARK FOODS<br>PO BOX 671021<br>DALLAS TX 75267-1021 | CREDITOR ID: 556173-BC<br>LANDOR, TERI<br>114 NORTON ST<br>LAFAYETTE LA 70507 |
| CREDITOR ID: 407608-15<br>LAND-O-SUN DAIRIES, LLC DBA<br>PET DAIRY<br>C/O DEAN FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKINNEY AVENUE, SUITE 1200<br>DALLAS TX 75201 | CREDITOR ID: 391065-55<br>LANDRIN, JOHANNY<br>C/O ILANA D RUIZ, PA<br>ATTN ILIANA D RUIZ, ESQ<br>9100 SOUTH DADELAND BLVD, SUITE 402<br>MIAMI FL 33156 | CREDITOR ID: 394059-61<br>LANDRY & LAVELLE, LLP<br>ATTN PAUL M LAVELLE<br>4000 LAKE BEAU PRE APT 18<br>BATON ROUGE LA 70820-4265 |
| CREDITOR ID: 552263-BI<br>LANDRY MIDDLE SCHOOL<br>281 SUGARLAND PARKWAY<br>LULING LA 70070 | CREDITOR ID: 552262-BI<br>LANDRY MIDDLE SCHOOL<br>108 TIGER CIRCLE<br>HAHNVILLE LA 70057 | CREDITOR ID: 395549-15<br>LANDRY, EDDIE<br>C/O L CLAYTON BURGESS LAW OFFICES<br>ATTN G SHELLY MATURIN II<br>PO DRAWER 5250<br>LAFAYETTE LA 70502 |
| CREDITOR ID: 536333-BA<br>LANDRY, IRENE<br>9714 EAST ADMIRAL DOYLE DR.<br>JEANERETTE LA 70544 | CREDITOR ID: 403803-94<br>LANDRY, IRVIN L<br>19426 CHAMPIONS CIR<br>GULPORT MS 39503 | CREDITOR ID: 406880-MS<br>LANDRY, IRVIN L<br>C/O FRIEDLINE & MCCONNELL, PA<br>ATTN JERRETT M MCCONNELL, ESQ<br>1756 UNIVERSITY BLVD SOUTH<br>JACKSONVILLE FL 32216 |
| CREDITOR ID: 403803-94<br>LANDRY, IRVIN L<br>C/O FRIEDLINE & MCCONNELL, PA<br>ATTN JERRETT M MCCONNELL, ESQ<br>1756 UNIVERSITY BLVD SOUTH<br>JACKSONVILLE FL 32216 | CREDITOR ID: 406880-MS<br>LANDRY, IRVIN L<br>19426 CHAMPIONS CIR<br>GULPORT MS 39503 | CREDITOR ID: 556174-BC<br>LANDRY, RACHEL<br>317 GUILBEAU RD<br>LAFAYETTE LA 70506 |
| CREDITOR ID: 385635-54<br>LANDRY, RAY JR<br>PO BOX 811<br>LIVONIA, LA 70755 | CREDITOR ID: 385635-54<br>LANDRY, RAY JR<br>VINET & VINET<br>ATTN JOSEPH JOLISSAINT, ESQ<br>11817 BRICKSOME AVE, SUITE A<br>BATON ROUGE LA 70816 | CREDITOR ID: 162298-09<br>LANDRY, SHIRLEY A<br>18954 VIGNES LAKE AVE<br>BATON ROUGE LA 70817 |
| CREDITOR ID: 552264-BI<br>LANDSCAPE ARTS INC<br>PO BOX 22653<br>CHATTANOOGA TN 37422 | CREDITOR ID: 395678-65<br>LANDSCAPE ARTS, INC.<br>PO BOX 22653<br>CHATTANOOGA, TN 37422 | CREDITOR ID: 395679-65<br>LANDSCAPE PLUS<br>PO BOX 445<br>OAKWOOD, GA 30566 |
| CREDITOR ID: 552265-BI<br>LANDSCAPE PLUS<br>PO BOX 445<br>4104 W WHITE ROAD<br>SUITE 103<br>OAKWOOD GA 30566 | CREDITOR ID: 552266-BI<br>LANDSOUTH PARTNERS<br>5001 N KINGS HIGHWAY<br>SUITE 203<br>MYRTLE BEACH SC 29577 | CREDITOR ID: 1533-07<br>LANDSOUTH PARTNERS<br>5001 N KINGS HIGHWAY, SUITE 203<br>MYRTLE  BEACH, SC 29577 |
| CREDITOR ID: 552267-BI<br>LANDSTAR LIGON INC<br>DRAWER CS 100733<br>ATLANTA GA 30384-0733 | CREDITOR ID: 395554-15<br>LANDSTAR LIGON INC<br>ATTN DAWN BOWERS, MGR<br>13410 SUTTON PARK DRIVE S<br>JACKSONVILLE FL 32224 | CREDITOR ID: 552268-BI<br>LANDSTAR LOGISTICS<br>PO BOX 8500 54302<br>PHILADELPHIA PA 19178-4302 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 395555-15<br>LANDSTAR RANGER INC<br>ATTN DAWN BOWERS, MGR<br>13410 SUTTON PARK DR SOUTH<br>JACKSONVILLE FL 32224 | CREDITOR ID: 552269-BI<br>LANDSTAR RANGER INC<br>PO BOX 8500-54293<br>PHILADELPHIA PA 19178-4293 | CREDITOR ID: 552270-BI<br>LANDTRONICS INC<br>BOX 241266<br>CHARLOTTE NC 28224-8224 |
| CREDITOR ID: 395680-65<br>LANDTRONICS, INC.<br>5970 OLD PINEVILLE ROAD<br>CHARLOTTE, NC 28217 | CREDITOR ID: 254394-12<br>LANE LIMITED<br>PO BOX 101372<br>ATLANTA, GA 30392-0001 | CREDITOR ID: 552272-BI<br>LANE LIMITED<br>PO BOX 101372<br>ATLANTA GA 30392-0001 |
| CREDITOR ID: 552271-BI<br>LANE LIMITED<br>PO BOX 101372<br>ATLANTA GA 30392-0001 | CREDITOR ID: 552273-BI<br>LANE POWELL<br>1420 FIFTH AVENUE<br>SUITE 4100<br>SEATTLE WA 98101-2338 | CREDITOR ID: 552274-BI<br>LANE POWELL SPEARS LUBERSKY<br>1420 FIFTH AVENUE<br>SUITE 4100<br>SEATTLE WA 98101-2338 |
| CREDITOR ID: 395318-63<br>LANE POWELL SPEARS LUBERSKY LLP<br>1420 FIFTH AVENUE, SUITE 4100<br>SEATTLE, WA 98101-2338 | CREDITOR ID: 394042-61<br>LANE, ALTON & HORST, LLC<br>ATTN CHARLES E MUSTAR<br>175 S. 3RD STREET<br>COLUMBUS OH 43215 | CREDITOR ID: 556175-BC<br>LANE, BRIAN<br>11663 SUNRISE VIEW LANE<br>WELLINGTON FL 33467 |
| CREDITOR ID: 392925-55<br>LANE, ERICA<br>C/O MORGAN& MORGAN, PA<br>ATTN W TODD LONG, ESQ<br>PO BOX 4979<br>ORLANDO FL 32802 | CREDITOR ID: 406881-MS<br>LANEY, MATTHEW V<br>C/O FRIEDLINE & MCCONNELL, PA<br>ATTN JERRETT M MCCONNELL, ESQ<br>1756 UNIVERSITY BLVD SOUTH<br>JACKSONVILLE FL 32216 | CREDITOR ID: 406881-MS<br>LANEY, MATTHEW V<br>3059 BRIDGESTONE DRIVE<br>JACKSONVILLE FL 32216 |
| CREDITOR ID: 536334-BA<br>LANG, TANYA<br>4300 FLAT SHOALS RD. # 4505<br>UNION CITY GA 30291 | CREDITOR ID: 538325-BA<br>LANG, TANYA<br>C/O ROBERT M HEARIN JR, ESQ<br>830 UNION ST, STE 400<br>NEW ORLEANS LA 70112 | CREDITOR ID: 552275-BI<br>LANGDALE FUEL CO<br>314 TUCKER ROAD<br>VALDOSTA GA 31601 |
| CREDITOR ID: 1534-07<br>LANGDALE TIRE CO<br>ATTN LOUIS CASSOTA<br>PO BOX 1088<br>VALDOSTA, GA 31603-1361 | CREDITOR ID: 254399-12<br>LANGDALE TIRE CO<br>ATTN LOUIS CASSOTTA, PROP MGR<br>JANET BELFLOWER, ACCT<br>PO BOX 1088<br>VALDOSTA, GA 31603-1361 | CREDITOR ID: 552276-BI<br>LANGDALE TIRE CO<br>ATTN LOUIS CASSOTA<br>PO BOX 1088<br>VALDOSTA GA 31603-1361 |
| CREDITOR ID: 555764-BC<br>LANGFORD, CYNTHIA<br>2121 WOOD ST APT E118<br>SARASOTA FL 34237 | CREDITOR ID: 422390-ST<br>LANGFORD, STEVE A<br>618 N KING STREET<br>CARTHAGE TX 75633 | CREDITOR ID: 387279-54<br>LANGLEY, PATRICK B<br>1801 MISSISSIPPI AVENUE<br>KENNER, LA 70062 |
| CREDITOR ID: 387279-54<br>LANGLEY, PATRICK B<br>C/O JOSEPH J LEPOW LAW OFFICES<br>ATTN J L LEPOW, ESQ<br>ONE GALLERIA BLVD, STE 1822<br>METAIRIE LA 70001 | CREDITOR ID: 254400-12<br>LANGLINAIS BAKING CO<br>815 SO ST ANTOINE STREE<br>LAFAYETTE, LA 70501 | CREDITOR ID: 552277-BI<br>LANGLINAIS BAKING CO<br>815 SO ST ANTOINE STREE<br>LAFAYETTE LA 70501 |

### Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing claims Arising before Effective Date and Other Administrative Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 552278-BI<br>LANGSTON PLACE<br>C/O LANGSTON REAL ESTATE<br>PO BOX 125<br>HONEA PATH SC 29654-0125 | CREDITOR ID: 452397-99<br>LANGSTON PLACE<br>C/O HELD & ISRAEL<br>ATTN: E HELD JR & A N FRISCH, ESQS<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 1535-07<br>LANGSTON PLACE<br>C/O LANGSTON REAL ESTATE<br>PO BOX 125<br>HONEA  PATH, SC 29654-0125 |
| CREDITOR ID: 555765-BC<br>LANGSTON, DEBRA<br>3124 OSCAR HARVEY RD<br>TALLAHASSEE FL 32310 | CREDITOR ID: 406683-MS<br>LANGSTON, DICKIE<br>313 MORNING GLORY TRL<br>POWDER SPRINGS GA 30127 | CREDITOR ID: 416282-BD<br>LANIER WORLDWIDE INC<br>C/O WARGO & FRENCH<br>ATTN JULIE JARED, ESQ<br>1170 PEACHTREET ST, STE 2020<br>ATLANTA GA 30309 |
| CREDITOR ID: 416282-BD<br>LANIER WORLDWIDE INC<br>2300 PARKLAKE DRIVE<br>ATLANTA GA 30345-2979 | CREDITOR ID: 552279-BI<br>LANIER WORLDWIDE,INC<br>PO BOX 105533<br>LANIER VOICE PRODUCTS<br>ATLANTA GA 30348 | CREDITOR ID: 555766-BC<br>LANIER, CATHERINE<br>1315 LAKE AVE.<br>METAIRIE LA 70005 |
| CREDITOR ID: 555767-BC<br>LANIER, KYNA<br>6625 PRIDE PT HUDSON RD<br>SLAUGHTER LA 70777 | CREDITOR ID: 552280-BI<br>LANITA CHERYL STOUT<br>908 TUMLIN TR<br>LAWRENCEVILLE GA 30045 | CREDITOR ID: 393013-55<br>LANOUX, LYNETTE<br>C/O FARAH & FARAH, PA<br>ATTN DENORA A BUBEN, ESQ<br>10 WEST ADAMS STREET, 3RD FLR<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 403804-94<br>LANPHAR, KENNETH C<br>11251 CAMPFIELD DR, UNIT 1107<br>JACKSONVILLE FL 32256-3913 | CREDITOR ID: 410553-15<br>LANTANA SQUARE SHOPPING CENTER, LTD<br>C/O GLATTER & ASSOCIATES, PA<br>ATTN ERIC GLATTER, ESQ.<br>1489 WEST PALMETTO PK RD, SUITE 420<br>BOCA RATON FL 33486 | CREDITOR ID: 538326-BA<br>LANTIER, JANEEKA JANE<br>C/O SAM ZAWAHRY<br>PO BOX 406<br>PANAMA CITY FL 32402 |
| CREDITOR ID: 536335-BA<br>LANTIER, JANEEKA JANE<br>210 WOODLAWN DR<br>PANAMA CITY BEACH FL 32407 | CREDITOR ID: 254410-12<br>LAPALCO VILLAGE SHOP CEN<br>7809 AIRLINE HWY SU 309<br>METAIRIE, LA 70003 | CREDITOR ID: 552281-BI<br>LAPALCO VILLAGE SHOP CEN<br>7809 AIRLINE HWY SU 309<br>METAIRIE LA 70003 |
| CREDITOR ID: 2368-07<br>LAPALCO VILLAGE SHOPPING CENTER<br>7809 AIRLINE HWY SU 309<br>METAIRIE, LA 70003 | CREDITOR ID: 536336-BA<br>LAPEYROLERIE, CASEY<br>237 SOMERSET RD<br>LA PLACE LA 70068 | CREDITOR ID: 552282-BI<br>LAPLACE ELEMENTARY<br>393 GREENWOOD DR<br>LAPLACE LA 70068 |
| CREDITOR ID: 552283-BI<br>LAPLACE GLASS WORKS INC<br>130 EAST AIRLINE HIGHWAY<br>LAPLACE LA 70068 | CREDITOR ID: 392544-55<br>LAPORTE, ELIZABETH<br>C/O ATTORNEYS TRIAL GROUP<br>ATTN JULIO C MARTINEZ, JR, ESQ<br>903 N MAIN STREET<br>KISSIMMEE FL 34744 | CREDITOR ID: 538327-BA<br>LARA, AYEGZA<br>C/O ALEXIS IZQUIERDO<br>IZQUIERDO LAW BUILDING<br>102 EAST 49TH STREET<br>HIALEAH FL 33013 |
| CREDITOR ID: 555769-BC<br>LARA, CLARA<br>2833 BOWER RD<br>WINTER PARK FL 32792 | CREDITOR ID: 555770-BC<br>LARABELL, JACQUELINE<br>2306 30TH AVE S.W.<br>VERO BEACH FL 32968 | CREDITOR ID: 552286-BI<br>LARAMIE RIVER BAY LIMITED PARTNERSHIP<br>RIVER BAY PLAZA<br>PO BOX 6104<br>HICKSVILLE NY 11802-6104 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                 **CASE:   05-03817-3F1**

CREDITOR ID: 552285-BI
LARAMIE RIVER BAY LIMITED PARTNERSHIP
PO BOX 6006
RIVER BAY PLAZA
C/O RICHARD ELLIS
HICKSVILLE NY 11802-6006

CREDITOR ID: 1537-07
LARAMIE RIVER BAY LP
RIVER BAY PLAZA
PO BOX 6006
HICKSVILLE, NY 11802-6006

CREDITOR ID: 555771-BC
LARAMONE, JADAH
2211 NW 30TH WAY
FORT LAUDERDALE FL 33311

CREDITOR ID: 536367-BA
LARAMORE, BRAXTON
2211 NW 30TH WAY
FORT LAUDERDALE FL 33311

CREDITOR ID: 555772-BC
LARGE, STEVE
9957 DOVETAIL CT
JACKSONVILLE FL 32257

CREDITOR ID: 552287-BI
LARGOS T STEPHENS
4506 LAKE MARTIN LANE APT L
ORLANDO FL 32808

CREDITOR ID: 391066-55
LARIOS, MILAGROS E
C/O EDWARD F DEVARONA, PA
ATTN EDWARD F DEVARONA, ESQ
2150 CORAL WAY, 4TH FLOOR
MIAMI FL 33145

CREDITOR ID: 1538-RJ
LARISSA LAKE JUNE,  LP
6300 INDEPENDENCE PKWY, SUITE A-1
PLANO, TX 75023

CREDITOR ID: 555774-BC
LAROSA (MINOR), MERCEDEZ
4964 PETERS ROAD
FORT LAUDERDALE FL 33317

CREDITOR ID: 555773-BC
LAROSA (MINOR), MERCEDEZ
4964 PETERS ROAD
FORT LAUDERDALE FL 33317

CREDITOR ID: 538328-BA
LARRETT, NICOLE
C/O CARLOS A. VELASQUEZ
101 PINE ISLAND RD., STE 201
FORT LAUDERDALE FL 33324

CREDITOR ID: 536368-BA
LARRETT, NICOLE
718 N.E. 17TH TERRACE
FORT LAUDERDALE FL 33304

CREDITOR ID: 552288-BI
LARRY A ROBERTSON
10 STRAWBERRY DR
GREENVILLE SC 29617

CREDITOR ID: 552290-BI
LARRY BURCHELL
5326 ONTER STREET
BATON ROUGE LA 70805

CREDITOR ID: 552292-BI
LARRY DOZIER CIRCUIT CLERK
P O BOX 310
WETUMPKA AL 36092

CREDITOR ID: 552293-BI
LARRY EDWARDS
3264 GLENDYNE DRIVE WEST
JACKSONVILLE FL 32216

CREDITOR ID: 552294-BI
LARRY GARNER
RT 1 BOX 5 H
RALEIGH MS 39153

CREDITOR ID: 552299-BI
LARRY NED
13854 RAMPART COURT
BATON ROUGE LA 70810

CREDITOR ID: 552298-BI
LARRY NED
13584 RAMPART COURT
BATON ROUGE LA 70810

CREDITOR ID: 552303-BI
LARRY R MANNING
141 RIVER ROAD
FITZGERALD GA 31750

CREDITOR ID: 552304-BI
LARRY SHORT
1110 TOLKIEN LANE
JACKSONVILLE FL 32225

CREDITOR ID: 555777-BC
LARSON, CATHY
44363 ARTESIAN BLVD
CALLAHAN FL 32011

CREDITOR ID: 555776-BC
LARSON, DENISE
12701 126TH AVE. NORTH #26
727-831-5528
LARGO FL 33774

CREDITOR ID: 552310-BI
LASALA PINEBROOK ASSOCIATES LP
C/O AFI MANAGEMENT
1410 VALLEY ROAD
WAYNE NJ 07470

CREDITOR ID: 1539-07
LASALA PINEBROOK ASSOCIATES LP
C/O AFI MANAGEMENT
ATTN ANTHONY J LASALA
1410 VALLEY ROAD
WAYNE, NJ 07470

CREDITOR ID: 452485-99
LASALLE BANK NA
C/O STUTSMAN THAMES & MARKEY PA
ATTN: RICHARD R THAMES, ESQ
50 N LAURA ST, STE 1600
JACKSONVILLE FL 32202

CREDITOR ID: 534411-98
LASALLE BANK NA AS TRUSTEE FOR
C/O VENABLE LLP
ATTN: HEATHER DEANS FOLEY, ESQ
1800 MERCANTILE BANK & TRUST BDLG
TWO HOPKINS PLAZA
BALTIMORE MD 20201

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 534411-98
LASALLE BANK NA AS TRUSTEE FOR
C/O STUTSMAN THAMES & MARKEY, PA
ATTN RICHARD R THAMES
50 N LAURA STREET
SUITE 1600
JACKSONVILLE FL 32202

CREDITOR ID: 534411-98
LASALLE BANK NA AS TRUSTEE FOR
REG HOLDERS OF ACGS 2004 LLC SN ABC
ATTN DEMETRIOS J MORAKIS VP
C/O CWCAPITAL ASSET MGMT LLC
701 13TH ST NW STE 1000
WASHINGTON DC 20005

CREDITOR ID: 417085-98
LASALLE BANK NATIONAL ASSOC ETAL
C/O DUANE MORRIS LLP
ATTN WENDY SIMKULAK ESQ
30 SOUTH 17TH ST
PHILADELPHIA  PA 19103-4196

CREDITOR ID: 407463-99
LASALLE BANK NATL ASSOC, AS TTEE
HOLDERS OF BEAR STEARNS COMM MORTG
C/O MCKENNA LONG & ALDRIDGE LLP
ATTN: B SUMMER CHANDLER
303 PEACHTREE ST, STE 5300
ATLANTA GA 30308

CREDITOR ID: 2370-RJ
LASCO REALTY LLC
PO BOX 418
KESWICK, VA 22947

CREDITOR ID: 278511-25
LASCO REALTY LLC
ATTN ROBERT SCHWAGERL, OWNER
PO BOX 418
KESWICK, VA 22947

CREDITOR ID: 552311-BI
LASER LIFE
1625 WILLIAMS DRIVE NE
SUITE 206
MARIETTA GA 30066

CREDITOR ID: 399727-15
LASER NETWORKING, INC
ATTN RHONDA COCHENOUR
9850 PELHAM RD
TAYLOR MI 48180

CREDITOR ID: 552312-BI
LASERNET
PO BOX 95888
CHICAGO IL 60694

CREDITOR ID: 552313-BI
LASHANIKA FELTS
18111 NW 6 COURT
MIAMI FL 33161

CREDITOR ID: 536369-BA
LASHLEY, DEATRA
1389 MARTIN LUTHER KING #B12
NATCHEZ MS 39120

CREDITOR ID: 538329-BA
LASHLEY, DEATRA
C/O SHORTY, DOOLY & HALL LLC
ATTN:  MICHAEL HALL ESQ
650 POYDRAS, STE 2230
NEW ORLEANS LA 70130

CREDITOR ID: 555778-BC
LASKO, KELLY
162 DERBY WOODS
LYNN HAVEN FL 32444

CREDITOR ID: 534867-B1
LASONDE, SUSAN
638 RIVER DR
TAPPAN SPRINGS FL 34689

CREDITOR ID: 393417-55
LASONDE, SUSAN
C/O LAW OFFICES OF FRANCOISE HAASCH
ATTN FRANCOISE M HAASCH, ESQ
PO BOX 614
PALM HARBOR FL 34682

CREDITOR ID: 393417-55
LASONDE, SUSAN
1018 HAMILTON AVENUE
TARPAN SPRINGS FL 34689

CREDITOR ID: 254459-12
LASSETER PLUMBING COMPANY, INC
ATTN JOHN M. LASSETER
865 NE 130TH ST
NORTH MIAMI, FL 33161-4943

CREDITOR ID: 552314-BI
LASSETER PLUMBING COMPANY,INC
865 NE 130TH ST
NORTH MIAMI FL 33161-4943

CREDITOR ID: 2371-07
LASSITER PROPERTIES INC
C/O CHAMBERLAIN, HRDLICKA, ET AL
ATTN JAMES L PAUL, ESQ
191 PEACHTREE STREET NE, 9TH FL
ATLANTA GA 30303

CREDITOR ID: 452403-99
LASSITER PROPERTIES INC
C/O GRONEK & LATHAM LLP
ATTN: SCOTT SHUKER
390 N ORANGE AVE, STE 600
ORLANDO FL 32801

CREDITOR ID: 452403-99
LASSITER PROPERTIES INC
C/O CHAMBERLAIN HRDLICKA ET AL
ATTN: J PAUL & J REZAC, ESQS
191 PEACHTREE ST, NE, 9TH FL
ATLANTA GA 30303

CREDITOR ID: 2371-07
LASSITER PROPERTIES INC
ATTN HERMAN KOOYMANS, CFO
3000 CORPORATE CENTER DR, SUITE 300
MORROW GA 30260

CREDITOR ID: 538330-BA
LASTRE, MAGALYS
C/O ANTHONY J BROWN P.A.
9990 SW  77TH  AVENUE, STE 215
MIAMI FL 33156

CREDITOR ID: 536370-BA
LASTRE, MAGALYS
1016 NW 27 CALLE
MIAMI FL 33172

CREDITOR ID: 384210-47
LAT PURSER & ASSOCIATES INC
C/O CLEVELAND MARKETPLACE LTD
6320 ST AUGUSTINE ROAD, SUITE 7
JACKSONVILLE, FL 32217

CREDITOR ID: 410874-15
LATHAM, HARRY
1726 E BEAVER STREET
JACKSONVILLE FL 32202

CREDITOR ID: 410874-15
LATHAM, HARRY
C/O J SCOTT NOONEY & ASSOCIATES
ATTN J SCOTT NOONEY, ESQ
3535 HENDRICKS AVENUE
JACKSONVILLE FL 32207

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 552316-BI<br>LATINO COMMUNICATIONS INC<br>PO BOX 12876<br>WINSTON SALEM NC 27117 | CREDITOR ID: 254465-12<br>LATINO COMMUNICATIONS INC<br>PO BOX 12876<br>WINSTON SALEM, NC 27117 | CREDITOR ID: 552317-BI<br>LATINO INTERNATIONAL<br>1802 NORTH ALAFAYA TRAIL<br>ORLANDO FL 32826 |
| CREDITOR ID: 552318-BI<br>LATINO INTERNATIONAL<br>672 N SEMORAN BLVD SUITE 304<br>ORLANDO FL 32807 | CREDITOR ID: 552319-BI<br>LATINO WINES LLC<br>706 DALLAS STREET<br>HUNTSVILLE AL 35801 | CREDITOR ID: 536371-BA<br>LATNEY, ROBIN<br>111 COUNTY ROAD 327<br>ENTERPRISE MS 39330 |
| CREDITOR ID: 538331-BA<br>LATNEY, ROBIN<br>C/O THOMAS Q. BRAME, JR.<br>P.O. BOX 301<br>BAY SPRINGS MS 39422 | CREDITOR ID: 552320-BI<br>LATOSHA LEGREE<br>936 HOUSER STREET<br>ORANGEBURG SC 29115 | CREDITOR ID: 555779-BC<br>LATSON, SHELLIE<br>3076 LORIS CIRCLE<br>RIVIERA BEACH FL 33404 |
| CREDITOR ID: 552322-BI<br>LAUDERDALE CO ENVIRONMENTAL HEALTH<br>P O BOX 5464<br>MERIDIAN MS 39301 | CREDITOR ID: 2372-07<br>LAUDERHILL MALL<br>1267 NW 40TH AVE<br>LAUDERHILL, FL 33313 | CREDITOR ID: 1541-07<br>LAUDERHILL MALL<br>C/O SHAPIRO AND WEIL<br>ATTN MURRAY B WEIL, JR, ESQ<br>8925 COLLINS AVENUE, UNIT 7-H<br>SURFSIDE FL 33154 |
| CREDITOR ID: 552323-BI<br>LAUDERHILL MALL<br>1267 N W 40TH AVE<br>LAUDERHILL FL 33313 | CREDITOR ID: 1541-07<br>LAUDERHILL MALL<br>ATTN SAMUEL WEINTRAUB, VP<br>1267 NW 40TH AVE<br>LAUDERHILL FL 33313 | CREDITOR ID: 555780-BC<br>LAUGHLIN, BARBARA<br>35 NERON PLACE<br>NEW ORLEANS LA 70118 |
| CREDITOR ID: 391112-55<br>LAUR, MIMMA<br>C/O DELL & SCHAEFER, PA<br>ATTN ELIO E PEREZ, ESQ<br>2404 HOLLYWOOD BLVD<br>HOLLYWOOD FL 33020 | CREDITOR ID: 552326-BI<br>LAURA COFFIN<br>1055 CHATFORD ROAD<br>JACKSONVILLE FL 32207 | CREDITOR ID: 552334-BI<br>LAURA* REEMS<br>2 EASTBERRY COURT<br>GROVETOWN GA 30813 |
| CREDITOR ID: 552335-BI<br>LAUREATE CAPITAL<br>PO BOX 890090<br>CHARLOTTE NC 28289-0090 | CREDITOR ID: 1542-RJ<br>LAUREATE CAPITAL<br>PO BOX 890090<br>CHARLOTTE, NC 28289-0090 | CREDITOR ID: 239907-06<br>LAUREL MS, CITY CLERK<br>PO BOX 647<br>LAUREL MS 39441 |
| CREDITOR ID: 552337-BI<br>LAURENS COMM OF PUBLIC WORKS<br>PO BOX 349<br>LAURENS SC 29360-0349 | CREDITOR ID: 554-03<br>LAURENS COMMISSION OF PUBLIC WORKS<br>ATTN: IRVIN D SATTERFIELD, TREAS<br>PO BOX 580476<br>LAURENS SC 29360-0349 | CREDITOR ID: 534910-97<br>LAURENS COMMISSION OF PUBLIC WORKS<br>ATTN: JAMES BUCHANAN, OFFICE MGR<br>PO BOX 580476<br>LAURENS SC 29360-0349 |
| CREDITOR ID: 254502-12<br>LAURENS COUNTY ADVERTISE<br>ATTN JAMES D BROWN<br>PO BOX 490<br>LAUREN, SC 29360 | CREDITOR ID: 552338-BI<br>LAURENS COUNTY ADVERTISE<br>P O BOX 490<br>LAUREN SC 29360 | CREDITOR ID: 552339-BI<br>LAURENS COUNTY HOSPITAL<br>P O BOX 1499<br>LAURENS SC 29360-1499 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:  05-03817-3F1**

CREDITOR ID: 254504-12
LAURENS COUNTY HOSPITAL
PO BOX 1499
LAURENS, SC 29360-1499

CREDITOR ID: 254507-12
LAURENS ELECTRIC COOP INC
PROTEC SERVICES
ATTN KEITH AVERY
PO BOX 161630
BOILING SPRINGS SC 29316

CREDITOR ID: 552340-BI
LAURENS ELECTRIC COOPERATIVE
PO BOX 967
LAURENS SC 29360

CREDITOR ID: 552344-BI
LAURIE HIGGINBOTHAM
7701 TIMBERLIN PARK BLVD
BUILDING 137
JACKSONVILLE FL 32256

CREDITOR ID: 536372-BA
LAUTON, BETTY
12846 SW 49 TERRACE
MIAMI FL 33175

CREDITOR ID: 536373-BA
LAVASLASSEE, KATTASSEN
1022 SW 2 CT APT #2
FORT LAUDERDALE FL 33312

CREDITOR ID: 538332-BA
LAVASLASSEE, KATTASSEN
C/O JONATHAN KANE
6190 NW 11TH STREET
FT LAUDERDALE FL 33313

CREDITOR ID: 536374-BA
LAVENDER, BETTY
6077 PRINCESS BLVD
PINSON AL 35215

CREDITOR ID: 391890-55
LAVERY, ELAINE
C/O GEORGE R BREZINA, JR, PA
ATTN GEORGE R BREZINA JR, ESQ
1915 N DALE MABRY HWY, STE 300
TAMPA FL 33607

CREDITOR ID: 555781-BC
LAVIER, VERGIE
1922 JAMES DR
MARRERO LA 70072

CREDITOR ID: 406886-MS
LAVIGNE, KEITH
45 O K AVE
HARAHAN LA 70123

CREDITOR ID: 393245-55
LAVINE, SHERRI
C/O OFFICES OF RICHARD R. KENNEDY
ATTN RICHARD R. KENNEDY, ESQ
PO BOX 3243
LAFAYETTE LA 70502-3243

CREDITOR ID: 552346-BI
LAW & COMPANY
100 ARNOLD MILL WAY
SUITE A
WOODSTOCK GA 30188

CREDITOR ID: 552347-BI
LAW MD VINCENT
PO BOX 268
ALEXANDER CITY AL 35011

CREDITOR ID: 407501-99
LAW OFFICE OF DANIEL MARKIND
ATTN JOHANNA MARKIND
1500 WALNUT ST, STE 1100
PHILADELPHIA PA 19102

CREDITOR ID: 417042-QR
LAW OFFICE OF RODRIGO SAAVEDRA
ATTN: MIGHUEL  I PUGISESE
3000 N FEDERAL HWY
BLDG 2, STE 200
FORT LAUDERDALE FL 33306

CREDITOR ID: 533764-99
LAW OFFICES OF ANDREW J CAVANAUGH
ATTN: ROBERT CROTEAU
205 E ANAPAMU STREET
SANTA BARBARA CA 93101

CREDITOR ID: 552348-BI
LAW TECH LLC
220 EAST FORSYTH STREET
SOUTH SUITE
JACKSONVILLE FL 32202

CREDITOR ID: 538333-BA
LAW, DEBBIE
C/O CHARLES COHEN
2856 E OAKLAND PARK BLVD
FT LAUDERDALE FL 33306

CREDITOR ID: 536375-BA
LAW, DEBBIE
1301 NW 72ND ST.
MIAMI FL 33147

CREDITOR ID: 410523-15
LAW, TRAVIS
C/O ROSENBERG & ROSENBERG, PA
ATTN PAUL S ROSENBERG, ESQ
2501 HOLLYWOOD BLVD, SUITE 110
HOLLYWOOD FL 33020

CREDITOR ID: 555782-BC
LAWERENCE, ANNA
8014 WAYFIELD AVE
JACKSONVILLE FL 32208

CREDITOR ID: 536376-BA
LAWLER, MARY
4336 FOX GROVE
FAYETTEVILLE NC 28306

CREDITOR ID: 397330-69
LAWN AUTH LAWNCARE & LANDSCAPING
PO BOX 1025
JACKSON, SC 29831

CREDITOR ID: 381265-47
LAWN AUTHORITY LAWNCARE & LANDSCAPING
PO BOX 1025
JACKSON, SC 29831

CREDITOR ID: 552349-BI
LAWN MAINTENANCE
PRO BORING
915 SILVER PALM WAY
APOLLO BEACH FL 33572

CREDITOR ID: 254529-12
LAWN MAINTENANCE
PRO BORING
915 SILVER PALM WAY
APOLLO BEACH, FL 33572

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                        **CASE:    05-03817-3F1**

CREDITOR ID: 395681-65
LAWN MAINTENANCE/PRO-BORING
915 SILVER PALM WAY
APOLLO BEACH, FL 33572

CREDITOR ID: 397301-69
LAWN MASTER
555 DYNAMIC DRIVE
GARNER, NC 27529

CREDITOR ID: 552350-BI
LAWNSCAPING INC
2640 LAKEMONT ROAD
MELBOURNE FL 32934

CREDITOR ID: 552351-BI
LAWRENCE D CROCKER ELEMENTARY
2300 GENERAL TAYLOR ST
NEW ORLEANS LA 70115

CREDITOR ID: 552353-BI
LAWRENCE M HEARD
C/O ARIANA ASSOCIATES
3904 HALL OAK COURT
VALRICO FL 33594

CREDITOR ID: 552354-BI
LAWRENCE ROSEN MD
PO BOX 339
JACKSONVILLE AL 36265

CREDITOR ID: 406887-MS
LAWRENCE SR., RONNEY T.
203 18TH ST. NW
BRADENTON FL 33505

CREDITOR ID: 552355-BI
LAWRENCE SWEAT
909 WEST GROSSMAN DRIVE
VIDALIA GA 30474

CREDITOR ID: 555784-BC
LAWRENCE, FELICIA
540 NW 4TH AVE #3361
FORT LAUDERDALE FL 33311

CREDITOR ID: 555783-BC
LAWRENCE, HAZEL
10 ZEBU PL.
PALM COAST FL 32164

CREDITOR ID: 391235-55
LAWRENCE, HERDIE
C/O THE DAN-FODIO LAW GROUP, PC
ATTN MUSA DAN-FODIO, ESQ
900 NORTH HAIRSTON ROAD, SUITE A-1
STONE MOUNTAIN GA 30083-2857

CREDITOR ID: 536377-BA
LAWRENCE, KRYSTAL
2151 NW 7TH ST, #10
FORT LAUDERDALE FL 33311

CREDITOR ID: 536378-BA
LAWRENCE, KRYSTAL
3240 NW 5TH ST
FORT LAUDERDALE FL 33311

CREDITOR ID: 536379-BA
LAWRENCE, LATONYA
301 N.W 22 ST #303
AVENTURA FL 33180

CREDITOR ID: 538334-BA
LAWRENCE, LATONYA
C/O SUAREZ AND ASSOCIATES, PA
ATTN JAMIE E SUAREZ
351 NW LEJUNE ROAD, STE 201
MIAMI FL 33126

CREDITOR ID: 392265-55
LAWRENCE, LINDA
C/O MARK R MCCOLLEM, PA
ATTN MARK R MCCOLLEM, ESQ.
800 EAST BROWARD BLVD, SUITE 102
FORT LAUDERDALE FL 33301

CREDITOR ID: 393023-55
LAWRENCE, MARGIE
C/O R CONNER MCALLISTER LAW OFFICE
ATTN R CONNER MCALLISTER, ESQ
PO BOX 911
JACKSON MS 39205-0911

CREDITOR ID: 391661-55
LAWRENCE, VERNAL
C/O SLOOTSKY & GOLDSTEIN, PA
ATTN A SCOTT GOW, ESQ
2701  W OAKLAND PARK BLVD, STE 100
FORT LAUDERDALE FL 33311

CREDITOR ID: 555785-BC
LAWRENCE, VICTORIA
2002 W. MAGNOLIA
LAKELAND FL 33815

CREDITOR ID: 254542-12
LAWSON NEWS DISTRIBUTORS
PO BOX 489
ELBERTA, AL 36530

CREDITOR ID: 416099-L1
LAWSON, ANNETTE
3801 EDWARDS AVE
JACKSON MS 39213

CREDITOR ID: 391300-55
LAWSON, ARIALE D
C.O GEFEN & D'AMBROSIO
ATTN JOSEPH P D'AMBROSIO, ESQ
2255 GLADES RD, SUITE 236W
BOCA RATON FL 33431

CREDITOR ID: 536380-BA
LAWSON, CHRISTINE
10775 RUCKER RD.
ELMORE AL 36025

CREDITOR ID: 394722-57
LAWSON, FALONDA
C/O PETER SHAPIRO, ESQ
211 EAST LIVINGSTON STREET
ORLANDO FL 32801

CREDITOR ID: 406888-MS
LAWSON, HOLLAND J
116 RICHFIELD TERRACE
GREER SC 29651

CREDITOR ID: 555789-BC
LAWSON, OBRIEN
11825 SW 189 ST.
MIAMI FL 33177

CREDITOR ID: 555787-BC
LAWSON, SAMANTHA
1500 WESTWOOD DR
APT #4-C
MARRERO LA 70072

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 555788-BC<br>LAWSON, SHAUNTREL<br>4851 NW 26 CT APT 133<br>LAUDERDALE LAKES FL 33313 | CREDITOR ID: 254544-12<br>LAWTON BROS INC<br>ATTN DAVID LAWTON, PRES<br>PO BOX 547635<br>ORLANDO FL 32854-7635 | CREDITOR ID: 399839-84<br>LAX, CHARLENE<br>PO BOX 136<br>DELTA LA 71233 |
| CREDITOR ID: 555790-BC<br>LAY, CARLTON<br>8505 BANDERA CIRCLE E<br>JACKSONVILLE FL 32244 | CREDITOR ID: 254545-12<br>LAYMAN CANDY CO<br>ATTN W SCOTT THOMASSON, VP<br>PO BOX 1015<br>SALEM, VA 24153 | CREDITOR ID: 555792-BC<br>LAYNE, CATHERINE<br>203 HILLVIEW LANE<br>SOUTH POINT OH 45680 |
| CREDITOR ID: 556176-BC<br>LAYNE, CLAUDIA<br>7122 WALTHALL STREET<br>BAY SAINT LOUIS MS 39520 | CREDITOR ID: 536381-BA<br>LAYTON, RUBY<br>1146 E EDGEWOOD DR<br>LAKELAND FL 33803 | CREDITOR ID: 538335-BA<br>LAYTON, RUBY<br>C/O MORGAN & MORGAN ATTORNEYS<br>ATTN JAMES ARNOLD<br>101 E. KENNEDY BLVD. STE 1790<br>TAMPA FL 33602 |
| CREDITOR ID: 556177-BC<br>LAZA, OLGA<br>2185 NW 13 ST<br>MIAMI FL 33010 | CREDITOR ID: 403805-94<br>LAZARAN, FRANK<br>358 ROYAL TERN ROAD SOUTH<br>PONTE VEDRA BEACH FL 32082 | CREDITOR ID: 406890-MS<br>LAZARAN, FRANK<br>VOLPE BAJALIA WICKES ROGERSON ET AL<br>RIVERPLACE TOWER<br>1301 RIVERPLACE BLVD, SUITE 1700<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 382762-51<br>LAZARAN, FRANK<br>VOLPE BAJALIA WICKES ROGERSON ET AL<br>ATTN JOHN T ROGERSON, III, ESQ<br>RIVERPLACE TOWER<br>1301 RIVERPLACE BLVD, STE 1700<br>JACKSONVILLE FL 32207 | CREDITOR ID: 403805-94<br>LAZARAN, FRANK<br>VOLPE BAJALIA WICKES ROGERSON ET AL<br>RIVERPLACE TOWER<br>1301 RIVERPLACE BLVD, SUITE 1700<br>JACKSONVILLE FL 32207 | CREDITOR ID: 406890-MS<br>LAZARAN, FRANK<br>358 ROYAL TERN ROAD SOUTH<br>PONTE VEDRA BEACH FL 32082 |
| CREDITOR ID: 382762-51<br>LAZARAN, FRANK<br>358 ROYAL TERN ROAD SOUTH<br>PONTE VEDRA BEACH, FL 32082 | CREDITOR ID: 533624-DT<br>LAZARD FRERES & CO.<br>ATTN: RICHARD WEISBERG<br>30 ROCKEFELLER PLAZA<br>NEW YORK NY 10020 | CREDITOR ID: 536382-BA<br>LAZARO-HILL, BASIL<br>2547 RIBAULT SENIOR DR<br>JACKSONVILLE FL 32208 |
| CREDITOR ID: 538336-BA<br>LAZARO-HILL, BASIL<br>C/O REGINALD ESTELL JR ESQ<br>505 N. LIBERTY ST.<br>JACKSONVILLE FL 32202 | CREDITOR ID: 381580-47<br>LAZAROU, ROBERT<br>191 GULF STREAM CIRCLE<br>ROYAL PALM BEACH, FL 33411 | CREDITOR ID: 536383-BA<br>LAZO, ONEIDA<br>200 SW 49 AVE<br>MIAMI FL 33134 |
| CREDITOR ID: 538337-BA<br>LAZO, ONEIDA<br>C/O MAGUIRE & FRIEND, P.A.<br>ATTN MICHAEL R FRIEND<br>2100 PONCE DE LEON BLVD., STE 1170<br>CORAL GABLES FL 33134 | CREDITOR ID: 452149-98<br>LB UBS 2001-C2 COMMERCIAL MORTGAGE<br>C/O CW CAPITAL ASSET MANAGEMENT<br>ATTN MR DEMETRIOS MORAKIS<br>700 12TH STREET NW SUITE 700<br>WASHINGTON DC 20005 | CREDITOR ID: 452149-98<br>LB UBS 2001-C2 COMMERCIAL MORTGAGE<br>C/O STUTMAN THAMES & MARKEY PA<br>ATTN: RICHARD THAMES, ESQ.<br>50 N LAURA ST, STE 600<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 552358-BI<br>LBS FOUNDATION INCORPORATED<br>7226 WEST COLONIAL DRIVE<br>ORLANDO FL 32818 | CREDITOR ID: 552359-BI<br>LCCH INT'L INC<br>ROBERT GUERRA<br>7822 NW 72 AVENUE<br>MIAMI FL 33166 | CREDITOR ID: 552360-BI<br>LCH OPPORTUNITES LLC<br>315 PARK AVENUE SOUTH<br>20TH FLOOR<br>ATTN: JOSEPH O CONNOR<br>NEW YORK NY 10010 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 535019-W9<br>LCH OPPORTUNITIES LLC<br>529 E SOUTH TEMPLE<br>SALT LAKE CITY UT 84102 | CREDITOR ID: 452118-98<br>LCH OPPORTUNITIES LLC<br>ATTN JOSEPH M O'CONNOR<br>315 PARK AVE S 20TH FLR<br>NEW YORK NY 10010 | CREDITOR ID: 382945-51<br>LDI PHARMACY BENEFIT MGMT<br>300 SOUTH GRAND BOULEVARD<br>ST. LOUIS, MO 63103 |
| CREDITOR ID: 254549-12<br>LE BLANC & THERIOT EQUIPMENT CO INC<br>ATTN DAVID G LAMBERT, SEC/TREAS<br>PO BOX 612<br>METAIRIE, LA 70004-0612 | CREDITOR ID: 552361-BI<br>LE BLANC & THERIOT EQUIPMENT<br>PO BOX 612<br>METAIRIE LA 70004-0612 | CREDITOR ID: 390387-54<br>LE CLAIR, CHRISTINA M<br>5609 18TH AVE SOUTH<br>ORLANDO, FL 33707 |
| CREDITOR ID: 390387-54<br>LE CLAIR, CHRISTINA M<br>C/O MORGAN & MORGAN, PA<br>ATTN DICK GRECO, JR, ESQ.<br>101 E KENNEDY BLVD, SUITE 1790<br>TAMPA FL 33602 | CREDITOR ID: 552362-BI<br>LE JEUNE BAKERY<br>P O BOX 367<br>JEANERETTE LA 70544 | CREDITOR ID: 254550-12<br>LE JEUNE BAKERY<br>PO BOX 367<br>JEANERETTE, LA 70544 |
| CREDITOR ID: 552363-BI<br>LE NATURE'S INC<br>ELEVEN LLOYD AVENUE<br>LATROBE PA 15650 | CREDITOR ID: 552365-BI<br>LEA & PERRINS<br>PO BOX 7247-8131<br>PHILADELPHIA PA 19170-8131 | CREDITOR ID: 552364-BI<br>LEA & PERRINS<br>PO BOX 7247-8131<br>PHILADELPHIA PA 19170-8131 |
| CREDITOR ID: 279240-35<br>LEA & PERRINS, INC<br>ATTN DENISE SCHRADIN, CREDIT<br>15-01 POLLITT DR<br>FAIR LAWN NJ 07410-2795 | CREDITOR ID: 552366-BI<br>LEADER GROUP<br>PO BOX 50129<br>JACKSONVILLE BEACH FL 32240-0129 | CREDITOR ID: 556178-BC<br>LEAHY, JACK<br>14812 BREECKNESS PLACE<br>MIAMI LAKES FL 33016 |
| CREDITOR ID: 406891-MS<br>LEAKE, SCOTT R<br>3104 SUNNY MEADOWS COURT<br>ARLINGTON TX 76016 | CREDITOR ID: 538338-BA<br>LEAL, SILVIA<br>C/O DAVID M. SOSTCHIN, PA.<br>87 EAST 49TH ST.<br>HIALEAH FL 33013 | CREDITOR ID: 536384-BA<br>LEAL, SILVIA<br>831 W 37 TERR<br>HIALEAH FL 33012 |
| CREDITOR ID: 385865-54<br>LEAMON, LAJUNE<br>PO BOX 1396<br>DAPHNE, AL 36526 | CREDITOR ID: 534939-B1<br>LEAMON, LAJUNE<br>PO BOX 1287<br>ROBERTSDALE AL 36567 | CREDITOR ID: 385865-54<br>LEAMON, LAJUNE<br>C/O MALONEY STROHMEYER, LLP<br>ATTN DAVID J MALONEY, ESQ<br>601 CHURCH STREET<br>MOBILE AL 36602 |
| CREDITOR ID: 552370-BI<br>LEANNE M LAPOINT<br>PO BOX 641272<br>BEVERLY HILLS FL 34464 | CREDITOR ID: 552369-BI<br>LEANNE M LAPOINT<br>9851 N ELKCAM BLVD<br>CITRUS SPRINGS FL 34433 | CREDITOR ID: 552371-BI<br>LEAP YEAR PUBLISHING<br>45 OSGOOD STREET<br>METHUEN MA 01844 |
| CREDITOR ID: 556179-BC<br>LEAR, ISABELLE<br>517 NE 11TH AVE<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 536385-BA<br>LEAR, SANDY<br>1933 NEWMARK DR.<br>DELTONA FL 32738 | CREDITOR ID: 538339-BA<br>LEAR, SANDY<br>C/O JAMES & ZIMMERMAN, P.L<br>ATTN RHONDA FISHER<br>PO BOX 208<br>DELAND FL 32721 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 552372-BI
LEARFIELD COMMUNICATIONS INC
505 HOBBS RD
ATTN ACCOUNTING
JEFFERSON CITY MO 65109-6829

CREDITOR ID: 254557-12
LEARFIELD COMMUNICATIONS INC
ATTN LYNETTE MORASCH, CONTROLLER
505 HOBBS RD
JEFFERSON CITY, MO 65109-6829

CREDITOR ID: 552373-BI
LEARNSOMETHING COM INC
2457 CARE DRIVE
TALLAHASSEE FL 32308

CREDITOR ID: 399623-EM
LEARNSOMETHING, INC
ATTN DUANE DAUNT, CORP CONTROLLER
2457 CARE DRIVE
TALLAHASSEE FL 32308

CREDITOR ID: 395516-64
LEARNSOMETHING.COM
2457 CARE DRIVE
TALLAHASSEE, FL 32308

CREDITOR ID: 552374-BI
LEASA INDUSTRIES CO INC
2450 NW 76 ST
MIAMI FL 33147

CREDITOR ID: 278912-30
LEASA INDUSTRIES, INC
C/O SANTOS STOKES LLP
ATTN CRAIG A STOKES, ESQ
3330 OAKWELL COURT, SUITE 225
SAN ANTONIO TX 78218

CREDITOR ID: 278912-30
LEASA INDUSTRIES, INC
ATTN GEORGE YAP, PRESIDENT
2450-2460 NW 76 STREET
MIAMI, FL 33147

CREDITOR ID: 399612-64
LEASE 1
400 LOCUST STREET
DES MOINES IA 50309-2331

CREDITOR ID: 254564-12
LEASE I INC
PO BOX 6434
CAROL STREAM, IL 60197-6434

CREDITOR ID: 552375-BI
LEASE I INC
PO BOX 6434
CAROL STREAM IL 60197-6434

CREDITOR ID: 552376-BI
LEATHERMAN ASSOC
706 B JAKE BLVD WEST
SALISBURY NC 28147

CREDITOR ID: 2373-07
LEATHERMAN ASSOC
706 B JAKE BLVD WEST
SALISBURY, NC 28147

CREDITOR ID: 254565-99
LEATHERMAN ASSOCS
706 B JAKE BLVD WEST
SALISBURY, NC 28147

CREDITOR ID: 254565-99
LEATHERMAN ASSOCS
C/O KETNER & DEES
ATTN GLENN E KETNER, JR, ESQ
121 EAST KERR STREET
SALISBURY NC 28144

CREDITOR ID: 536386-BA
LEATHERS, MARY
C/O JOHN MALKOWSKI
5100 W KENNEDY BLVD, STUIT 100
TAMPA FL 33609

CREDITOR ID: 538340-BA
LEATHERS, MARY
C/O KENNEDY LAW GROUP
ATTN JOHN MALKOWSKI, ESQ
5100 W. KENNEDY BLVD., STE 100
TAMPA FL 33609

CREDITOR ID: 254566-12
LEATHERWOOD CROSSING INC
PO BOX 4782
MARTINSVILLE VA 24115

CREDITOR ID: 315862-40
LEATHERWOOD CROSSING INC
PO BOX 4782
MARTINSVILLE, VA 24115

CREDITOR ID: 417074-15
LEATHERWOOD CROSSING INC
C/O AMERICAN PROPERTY MANAGEMENT
ATTN DOUGLAS WALSH, GEN MGR
PO DRAWER 4991
MARTINSVILLE VA 24115

CREDITOR ID: 399431-99
LEATHERWOOD WALKER TODD & MANN PC
ATTN: SEANN GRAY TZOUVELEKAS
PO BOX 87
300 EAST MCBEE AVE, STE 500
GREENVILLE SC 29602-0087

CREDITOR ID: 44095-05
LEBLANC, CLAUDETTE
3322 TEESIDE DR
NEW PORT RICHY FL 34655-1911

CREDITOR ID: 417329-B3
LEBLANC, EDMOND S
2152 LEGON DR
GRETNA LA 70056

CREDITOR ID: 536387-BA
LEBLANC, GLADYS
782 PLOUCHE STREET
MORGANZA LA 70759

CREDITOR ID: 406869-MS
LEBLANC, JOSEPH
17230 HWY 79
MINDEN LA 71055

CREDITOR ID: 382765-51
LEBLANC, MICHAEL
105 CALLEY COURT
JACKSONVILLE, FL 32259

CREDITOR ID: 403806-94
LEBLANC, MICHAEL F
105 CALLEY COURT
JACKSONVILLE FL 32259

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 492903-FC<br>LEBLANC, MICHAEL F<br>105 CALLEY COURT<br>JACKSONVILLE FL 32259 | CREDITOR ID: 552378-BI<br>LEBLANCS CAJUN BOUDIN & FOOD<br>PO BOX 459<br>SAINT AMANT LA 70774 | CREDITOR ID: 552377-BI<br>LEBLANCS CAJUN BOUDIN & FOOD<br>PO BOX 429<br>SAINT AMANT LA 70774 |
| CREDITOR ID: 392470-55<br>LEBRON, ELIZABETH<br>C/O J JIMENEZ & ASSOCIATES, PA<br>ATTN JIM JIMENEZ, ESQ<br>9753 S ORANGE BLOSSOM TRL, STE 101<br>ORLANDO FL 32837 | CREDITOR ID: 44131-05<br>LEBUHN, MARYANN<br>2215 89 DR<br>VERO BEACH FL 32966 | CREDITOR ID: 408290-99<br>LEC PROPERTIES, INC<br>C/O EMMANUEL SHEPPARD & CONDON<br>ATTN: SALLY BUSSELL FOX, ESQ<br>30 SOUTH SPRING STREET<br>PENSACOLA FL 32502 |
| CREDITOR ID: 410375-15<br>LEC PROPERTIES, INC & PC PROPERTIES<br>ATTN GARY B CRESS, MGR PARTNER<br>420 WEST BEACH BLVD<br>PASS CHRISTIAN MS 38571 | CREDITOR ID: 410375-15<br>LEC PROPERTIES, INC & PC PROPERTIES<br>C/O EMMANUEL, SHEPPARD & CONDON<br>ATTN SALLY BUSSELL FOX, ESQ<br>30 S SPRING STREET<br>PENSACOLA FL 32502 | CREDITOR ID: 552381-BI<br>LECIA SHARPE<br>79468 HWY 1083<br>BUSH LA 70431 |
| CREDITOR ID: 391274-55<br>LECOQ, ROSALIE<br>C/O KENNEDY LAW GROUP<br>ATTN J D MALKOWSKI/M DONALDSON ESQS<br>5100 W KENNEDY BLVD, SUITE 100<br>TAMPA FL 33609 | CREDITOR ID: 556180-BC<br>LEDBETTER, PAMEL<br>571 TEMPLEHILL<br>PENSACOLA FL 32534 | CREDITOR ID: 552385-BI<br>LEDFORD DISTRIBUTORS<br>PO BOX 566<br>REIDVILLE SC 29375 |
| CREDITOR ID: 254570-12<br>LEDFORD DISTRIBUTORS<br>124 POWDER SPRINGS DRIVE<br>DUNCAN, SC 29334 | CREDITOR ID: 406893-MS<br>LEDFORD, DONALD J<br>RR 3 BOX 429 C<br>HORTENSE GA 31543 | CREDITOR ID: 406894-MS<br>LEDFORD, DONALD K<br>3383 BEULAH VISTA CT<br>ORANGE PARK FL 32003-1447 |
| CREDITOR ID: 552386-BI<br>LEDGER-ENQUIRER<br>P O BOX 2747<br>COLUMBUS GA 31902-2747 | CREDITOR ID: 254572-12<br>LEDGER-ENQUIRER<br>PO BOX 2747<br>COLUMBUS, GA 31902-2747 | CREDITOR ID: 552387-BI<br>LEE & CATES GLASS INC<br>PO BOX 41146<br>JACKSONVILLE FL 32203-1146 |
| CREDITOR ID: 552388-BI<br>LEE & DAVIS SAUSAGE<br>4776 ALBANY HWY<br>WAYCROSS GA 31503 | CREDITOR ID: 254574-12<br>LEE & DAVIS SAUSAGE<br>4776 ALBANY HWY<br>WAYCROSS, GA 31503 | CREDITOR ID: 556189-BC<br>LEE (MINOR), LAMONT<br>123 VALLEYWAY<br>KISSIMMEE FL 34741 |
| CREDITOR ID: 406233-G4<br>LEE ARNOLD & ASSOCIATES INC<br>D/B/A COLLIERS ARNOLD<br>4350 W CYPRESS ST, SUITE 300<br>TAMPA FL 33607 | CREDITOR ID: 552389-BI<br>LEE CO SHOPPER<br>102 WALNUT STREET S<br>LEESBURG GA 31763 | CREDITOR ID: 552390-BI<br>LEE CO SHOPPER<br>PO BOX 1005<br>102 WALNUT STREET S<br>LEESBURG GA 31763 |
| CREDITOR ID: 552391-BI<br>LEE CO SHOPPER<br>PO BOX 1005<br>LEESBURG GA 31763 | CREDITOR ID: 552392-BI<br>LEE COUNTY ELECTRIC COOP<br>PO BOX 3455<br>FT MYERS FL 33918-3455 | CREDITOR ID: 407464-99<br>LEE COUNTY ELECTRIC COOPERATIVE INC<br>C/O HENDERSON FRANKLIN ET AL<br>ATTN: D B SZABO & J A NOLAND, ESQS<br>PO BOX 280<br>FORT MYERS FL 33902-0280 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 552393-BI<br>LEE COUNTY HEALTH DEPT<br>ENVIRONMENTAL SECTION<br>1801 CORPORATE DR<br>OPELIKA AL 36801 | CREDITOR ID: 552394-BI<br>LEE COUNTY SHERIFFS OFFICE<br>PO BOX 60557<br>FALSE ALARM REDUCTION UNIT<br>FORT MYERS FL 33906 | CREDITOR ID: 552395-BI<br>LEE COUNTY TAX COLLECTOR<br>PO BOX 1549<br>FT MEYRS FL 33902-1549 |
| CREDITOR ID: 552396-BI<br>LEE COUNTY UTILITIES<br>P O BOX 30738<br>TAMPA FL 33630-3738 | CREDITOR ID: 552397-BI<br>LEE COUNTY UTILITY BILLING<br>PO BOX 69<br>LEESBURG GA 31763 | CREDITOR ID: 552398-BI<br>LEE HECHT HARRISON LLC<br>DEPT CH # 10544<br>PALATINE IL 60055-0544 |
| CREDITOR ID: 552399-BI<br>LEE MEMORIAL HEALTH SYS<br>PO BOX 2147<br>FT MYERS FL 33902 | CREDITOR ID: 254595-12<br>LEE MEMORIAL HEALTH SYS<br>PO BOX 2147<br>FT MYERS, FL 33902 | CREDITOR ID: 552401-BI<br>LEE ROAD JUNIOR HIGH SCHOOL<br>79131 HIGHWAY 40<br>COVINGTON LA 70435 |
| CREDITOR ID: 552402-BI<br>LEE SAUSAGE COMPANY<br>1054 NEESES HIGHWAY<br>ORANGEBURG SC 29115-9593 | CREDITOR ID: 552403-BI<br>LEE STREET ELEMENTARY<br>500 LEE ST<br>NEW IBERIA LA 70560 | CREDITOR ID: 536393-BA<br>LEE VAN ORDEN, SHARON<br>899 S.E 2ND AVE. #119<br>DEERFIELD BEACH FL 33441 |
| CREDITOR ID: 536388-BA<br>LEE, ANNIE<br>3821 NW 21ST ST, #209<br>LAUDERDALE LAKES FL 33311 | CREDITOR ID: 538341-BA<br>LEE, ANNIE<br>C/O ANIDJAR & LEVINE, PA<br>ATTN MARC ANIDJAR ESQ<br>790 E BROWARD BLVD, STE 302<br>FT LAUDERDALE FL 33301 | CREDITOR ID: 389136-54<br>LEE, BETTY<br>C/O HOFFMAN LARIN & AGNETTI, PA<br>ATTN JOHN B AGNETTI, ESQ<br>909 NORTH MIAMI BEACH BLVD, STE 201<br>NORTH MIAMI BEACH FL 33162 |
| CREDITOR ID: 536389-BA<br>LEE, CAROL<br>777 S. FEDERAL HWY, APT H 101<br>POMPANO BEACH FL 33062 | CREDITOR ID: 381359-47<br>LEE, CATHERINE<br>500 CHAFFEE ROAD SOUTH, LOT 128<br>JACKSONVILLE, FL 32221-1180 | CREDITOR ID: 385820-54<br>LEE, DANA E<br>44425 TRAYLORS RD<br>ROBERT, LA 70455 |
| CREDITOR ID: 164010-09<br>LEE, DEBORAH E<br>1683 COUNTRY WALK DR<br>ORANGE PARK FL 32003 | CREDITOR ID: 556188-BC<br>LEE, DIANNA<br>1088 NW 97TH AVE<br>PEMBROKE PINES FL 33024 | CREDITOR ID: 388383-54<br>LEE, ESTHER<br>100 NW 8TH AVENUE<br>HALLANDALE FL 33009 |
| CREDITOR ID: 538342-BA<br>LEE, FARA<br>C/O BRIAN CALVIT<br>7920 WRENWOOD BLVD<br>BATON ROUGE LA 70809 | CREDITOR ID: 536390-BA<br>LEE, FARA<br>PO BOX 140<br>ROSELAND LA 70456 | CREDITOR ID: 556184-BC<br>LEE, FRANCIS<br>1543 WINCHESTER ROAD<br>CLEARWATER FL 33764 |
| CREDITOR ID: 403807-94<br>LEE, FRED<br>3883 TIMUCUA TRAIL<br>JACKSONVILLE FL 32277 | CREDITOR ID: 556183-BC<br>LEE, GLENESA<br>20623 SW 114 AVE<br>MIAMI FL 33189 | CREDITOR ID: 556182-BC<br>LEE, GRANDNELL<br>3020 NW 58TH STREET<br>MIAMI FL 33142 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 393208-55
LEE, JASPER
C/O JACQUELINE CAMPBELL LAW OFFICE
ATTN JACQUELINE CAMPBELL, ESQ
1013 N CAUSEWAY BLVD
METAIRIE LA 70001

CREDITOR ID: 406895-MS
LEE, JOHN D
163 KENMARE CIRCLE
MABLETON GA 30126

CREDITOR ID: 556187-BC
LEE, JOYCE
2102 SANTA CATALINA
WEST PALM BEACH FL 33415

CREDITOR ID: 538343-BA
LEE, LATOYA
C/O LAW OFFICES OF ANIDJAR & LEVINE
ATTN MARC ANIDJAR, ESQ
790 E. BROWARD BLVD., STE 302
FORT LAUDERDALE FL 33301

CREDITOR ID: 536392-BA
LEE, NANCY
503 IRENE LANE
CANTONMENT FL 32533

CREDITOR ID: 538344-BA
LEE, NANCY
C/O WHIBBS & WHIBBS, P.A.
ATTN S SCOTT STONE
105 E. GREGORY SQUARE
PENSACOLA FL 32502

CREDITOR ID: 556181-BC
LEE, ROBIN
2143 SE 142ND STREET
STARKE FL 32091

CREDITOR ID: 556185-BC
LEE, ROSE
244 MYRA STREET
NEPTUNE BEACH FL 32266

CREDITOR ID: 398775-78
LEE, WILLIAM L
2228 CURLEW ROAD
PALM HARBOR, FL 34683

CREDITOR ID: 556186-BC
LEE, WILLIE MAE
P.O. BOX 1094
WAUCHULA FL 33873

CREDITOR ID: 406897-MS
LEEDER, JAMES
7312 CLARK RD.
LAKE CLARKE SHORES FL 33406

CREDITOR ID: 254603-12
LEEDS NEWS
ATTN BRENDA SCOTT, BUSINESS MGR
8024 PARKWAY DRIVE
LEEDS, AL 35094

CREDITOR ID: 552405-BI
LEEDS WATER WORKS BOARD
PO BOX 100
LEEDS AL 35094-0100

CREDITOR ID: 556190-BC
LEEHAM, MELVA
105 BAYWOOD DR
HATTIESBURG MS 39402

CREDITOR ID: 556191-BC
LEEKS, BONNIE
106 ALIVER DR.
PLAY WAT OEKUSARE FL 33356

CREDITOR ID: 406898-MS
LEEMON, HARVEY L
33 MEADOWVIEW ROAD
WEST CHESTERFIELD NH 03466

CREDITOR ID: 552406-BI
LEESBURG BANSAL LLC
C/O RAM REALTY SERVICES INC
ATT DAVID GOLDSTEIN SUITE 920
7650 COURTNEY CAMPBELL CAUSEWAY
TAMPA FL 33607

CREDITOR ID: 1545-07
LEESBURG BANSAL, LLC
ATTN DAVID BANSAL, MANAGING MEMBER
30 GREY COACH ROAD
READING MA 01867

CREDITOR ID: 382766-51
LEESBURG DAILY
ATTN PRISCILLA C PLUMMER, CR MGR
212 E MAIN STREET
LEESBURG, FL 34748

CREDITOR ID: 1845-07
LEFCOURT, SIDNEY
2100 PONCE DE LEON BLVD, STE 800
CORAL GABLES, FL 33134-5200

CREDITOR ID: 556192-BC
LEFLER, JOANNE
6181 MEDICI COURT
#208
SARASOTA FL 34243

CREDITOR ID: 393017-55
LEGAGNEAUR, FRANCINE
C/O LAWRENCE E ZIEPER, PA
ATTN L ZIEPER OR T SHERMAN, ESQS
4770 BISCAYNE BLVD, SUITE 1430
MIAMI FL 33137

CREDITOR ID: 393633-55
LEGAKIS, STELLA
C/O KENNEDY LAW GROUP
ATTN JOHN MALKOWSKI, ESQ
5100 W. KENNEDY BLVD, SUITE 100
TAMPA FL 33609

CREDITOR ID: 536394-BA
LEGEAUX, IGNACIOUS
2075 S. IRON GATE
APT 102
COLLIERVILLE TN 38017

CREDITOR ID: 538345-BA
LEGEAUX, IGNACIOUS
C/O DAVID L. COLEMAN, II
190 EAST GREENBRIER DR
NEW ORLEANS LA 70128

CREDITOR ID: 552407-BI
LEGEND SOFTWARE INC
10730 PACIFIC STREET STE #248
OMAHA NE 68114

CREDITOR ID: 533625-DT
LEGENT CLEARING CORP.
9300 UNDERWOOD AVE., SUITE 400
OMAHA NE 68114

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 556193-BC
LEGER, BRENDA
189 WILLIE YOUNG ROAD
EUNICE LA 70535

CREDITOR ID: 536395-BA
LEGER, CHAD
110 W GLENHILL BLVD
LAFAYETTE LA 70501

CREDITOR ID: 536396-BA
LEGER, DIANE
10445 BRANCH HWY
CHURCH POINT LA 70525

CREDITOR ID: 392225-55
LEGERME, MULHOUSE
C/O ROBERT P DISTEFANO PA
ATTN ROBERT P DISTEFANO, ESQ
7471 W OAKLAND PARK BLVD, STE 106
FT LAUDERDALE FL 33319

CREDITOR ID: 452038-15
LEGETTE, CHARLES E
1510 HARBOR COURT
FORT MEYERS FL 33908

CREDITOR ID: 556194-BC
LEGETTE, CORA
5232 LIMELIGHT CIRCLE APT 8
ORLANDO FL 32839

CREDITOR ID: 552408-BI
LEGGETT & PLATT INC
P O BOX 198747
ATLANTA GA 30384-8747

CREDITOR ID: 552409-BI
LEGION PARK MIDDLE SCHOOL
710 WILLIAMS AVE
HOUMA LA 70364

CREDITOR ID: 392448-55
LEGRAND, ERICA M
C/O CRAIG GOLDENFARB, PA
ATTN CRAIG GOLDENFARB ESQ
2090 PALM BEACH LAKES BLVD, STE 402
WEST PALM BEACH FL 33409

CREDITOR ID: 394746-57
LEGRAND, SARA K (MINOR)
C/O CRAIG GOLDENFARB, PA
ATTN CRAIG GOLDENFARB, ESQ
2090 PALM BEACH LAKES BLVD, STE 402
WEST PALM BEACH FL 33409

CREDITOR ID: 391098-55
LEGUR, GERMANY (MINOR)
WILLIAM W BRADY, PA
ATTN WILLIAM BRADY JR ESQ
3211 PONCE DE LEON BLVD, STE 200
CORAL GABLES FL 33134

CREDITOR ID: 552410-BI
LEHIGH SAFETY SHOE CO
PO BOX 371958
PITTSBURGH PA 15250-7958

CREDITOR ID: 254618-12
LEHIGH SAFETY SHOE CO
ATTN THOMAS J BATTISTA, GEN CR MGR
PO BOX 371958
PITTSBURGH, PA 15250-7958

CREDITOR ID: 556195-BC
LEHIGH, DEBBIE SUE
5661 108TH AVE N.
PINELLAS PARK FL 33782

CREDITOR ID: 533626-DT
LEHMAN BROTHERS, INC.
ATTN: EDWARD CALDERON
REORG
70 HUDSON
JERSEY CITY NJ 07302

CREDITOR ID: 410484-99
LEHMBERG CROSSING LLC
C/O HELD & ISRAEL
ATTN EDWIN W. HELD JR, ESQ
1301 RIVERPLACE BLVD., SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 1546-07
LEHMBERG CROSSING LLC
C/O MIDLAND LOAN SVC INC
1223 SOLUTIONS CENTER LB 77122
CHICAGO, IL 60677-1002

CREDITOR ID: 552411-BI
LEHMBERG CROSSING LLC
C/O MIDLAND LOAN SVC INC
1223 SOLUTIONS CENTER LB 771223
CHICAGO IL 60677-1002

CREDITOR ID: 399376-15
LEIDENHEIMER BAKING CO
ATTN ROBERT J WHANN IV, PRES
1501 SIMON BOLIVAR AVENUE
NEW ORLEANS LA 70113

CREDITOR ID: 381668-47
LEIGHANN WESTMORELAND
4650 KUDZU LANE
MORGANTON, NC 28655

CREDITOR ID: 552412-BI
LEINER HEALTH PRODUCTS INC
135 S LASALLE ST DEPT 1465
CHICAGO IL 60674-1465

CREDITOR ID: 411320-15
LEINER HEALTH PRODUCTS, LLC
ATTN MARGARET H BENSON/S ZINK SR
901 E 233RD STREET
CARSON CA 90745

CREDITOR ID: 534648-15
LEISE, JOANN
5349 CORAL WOOD DR
NAPLES FL 34119

CREDITOR ID: 538346-BA
LEISE, JOANN
C/O ZELMAN & HANLON PA
ATTN SHARON HANLON
5633 NAPLES BLVD
NAPLES FL 34109-2023

CREDITOR ID: 423062-15
LEISE, JOANN
C/O ZELMAN & HANLON, PA
ATTN SHARON M HANLON, ESQ
5633 NAPLES BLVD
NAPLES FL 34109

CREDITOR ID: 536397-BA
LEISE, JOANN
5349 CORAL WOOD DRIVE
NAPELS FL 34119

CREDITOR ID: 536398-BA
LEISHER, KATHLEEN
2255 EKANA DRIVE
OVIEDO FL 32765

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 552413-BI<br>LEITNER WILLIAMS DOOLEY AND NAPOLITAN<br>801 BROAD STREET 3RD FLR<br>CHATTANOOGA TN 37402-2621 | CREDITOR ID: 403328-83<br>LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC<br>ATTN DAVID W NOBHT<br>801 BROAD STREET, 3D FLR<br>CHATTANOOGA TN 37402-2621 | CREDITOR ID: 381315-47<br>LEJEUNE PLUMBING<br>PO BOX 211<br>JEANERETTE, LA 70544 |
| CREDITOR ID: 552415-BI<br>LEKEYSHA N MILLER<br>832 WHITE BLVD<br>APT 502<br>MCCOMB MS 39648 | CREDITOR ID: 552414-BI<br>LEKEYSHA N MILLER<br>180 DILLON STREET<br>MAGNOLIA MS 39652 | CREDITOR ID: 552418-BI<br>LELAND SCHULTZ<br>ATLANTA CONSTITUTION<br>151 WINDINGWAY<br>LEESBURG GA 31763 |
| CREDITOR ID: 254629-12<br>LELAND SCHULTZ<br>ATLANTA CONSTITUTION<br>151 WINDINGWAY<br>LEESBURG, GA 31763 | CREDITOR ID: 536399-BA<br>LELAND, ASHLEY<br>806 OLD BAINBRIDGE RD.<br>TALLAHASSEE FL 32303 | CREDITOR ID: 552419-BI<br>LEMANDA C GRIMES<br>104 A PARK STREET<br>CHINA GROVE NC 28023 |
| CREDITOR ID: 44518-05<br>LEMIEUX, BAMBILENA C<br>157 ACADEMY DRIVE<br>DALLAS GA 30132-4804 | CREDITOR ID: 556196-BC<br>LEMOINE (MINOR), SHANE<br>324 EVELYN DR.<br>LULING LA 70070 | CREDITOR ID: 556198-BC<br>LEMON, LADASHA<br>107 MYRA ST<br>FRANKLIN LA 70538 |
| CREDITOR ID: 556197-BC<br>LEMON, STEPHEN<br>4997 DRIFTWOOD AVE<br>STUART FL 34997 | CREDITOR ID: 391857-55<br>LEMOS, MARIA<br>C/O ROSELLI & ROSELLI, PA<br>ATTN ROBERT ROSELLI, ESQ<br>3471 NORTH FEDERAL HWY, SUITE 600<br>FT LAUDERDALE FL 33306 | CREDITOR ID: 423155-BD<br>LENARD, BETTY<br>C/O DONALD M KREKE, ESQ<br>9100 S DADELAND BLVD, SUITE 415<br>MIAMI FL 33156 |
| CREDITOR ID: 417066-15<br>LENHART, HILTRUD<br>C/O ZHUKOVA LAW, LLC<br>ATTN DANA ZHUKOVA, ESQ<br>PO BOX 5310<br>NAVARRE FL 32566 | CREDITOR ID: 382767-51<br>LENOIR NEWS<br>123 PENNTON AVENUE<br>LENOIR, NC 28645 | CREDITOR ID: 407764-99<br>LENOIR PARTNERS LLC<br>C/O ROSEN LAW GROUP LLC<br>ATTN MITCHELL S ROSEN, ESQ<br>ATLANTA PLAZA, STE 3250<br>950 E PACES FERRY RD<br>ATLANTA GA 30326 |
| CREDITOR ID: 556199-BC<br>LENOIR, CINDY<br>1100 COWAN ROAD #74<br>GULFPORT MS 39507 | CREDITOR ID: 556200-BC<br>LENORMAND, PEARL<br>325 COTTONWOOD DR.<br>GRETNA LA 70056 | CREDITOR ID: 552423-BI<br>LENSCRAFTERS<br>PO BOX 631537<br>CINCINNATI OH 45263-1537 |
| CREDITOR ID: 254642-12<br>LENSCRAFTERS<br>PO BOX 631537<br>CINCINNATI, OH 45263-1537 | CREDITOR ID: 552424-BI<br>LEO D KELLY<br>610 C/R 19<br>STRINGER MS 39480 | CREDITOR ID: 254645-12<br>LEO E RICHARDS ROOFING &SHEET METAL<br>ATTN BEVERLY BROWN<br>2518 DIXIE HWY<br>LOUISVILLE KY 40216-5202 |
| CREDITOR ID: 552426-BI<br>LEON KOROL COMPANY INC<br>2050 E DEVON AVENUE<br>ELK GROVE VILLAGE IL 60007 | CREDITOR ID: 400313-85<br>LEON, NADIA<br>C/O FORD T HARDY, JR, ESQ<br>839 ST CHARLES AVENUE, SUITE 312<br>NEW ORLEANS LA 70130 | CREDITOR ID: 538347-BA<br>LEON, NANCY<br>C/O DARRIGO & DIAZ<br>ATTN ATTY DELRIO<br>4503 N ARMENIA AVE., STE 101<br>TAMPA FL 33603 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:  05-03817-3F1**

CREDITOR ID: 536400-BA
LEON, NANCY
5029 40TH ST LOT 19
TAMPA FL 33610

CREDITOR ID: 538348-BA
LEON, TANIA
C/O MARCELO F SAENZ
3971 S.W. 8TH ST., SUITE 306
CORAL GABLES FL 33134

CREDITOR ID: 536401-BA
LEON, TANIA
3191 NW 18TH STREET
MIAMI FL 33125

CREDITOR ID: 254651-12
LEONARD BRUSH & CHEMICAL CO
ATTN W TERRY ADAMS, PRES
1450 MELLWOOD AVENUE
LOUISVILLE, KY 40206-1748

CREDITOR ID: 552428-BI
LEONARD R SETZER
903 UNIVERSITY BLVD
JACKSONVILLE FL 32211

CREDITOR ID: 552429-BI
LEONARD SIGLER
18046 S W 29TH STREET
MIRAMAR FL 33029

CREDITOR ID: 381835-99
LEONARD STREET AND DEINARD
ATTN: LARRY RICKE
150 SOUTH FIFTH STREET, STE 2300
MINNEAPOLIS MN 55402

CREDITOR ID: 552430-BI
LEONARD* KALER
1760 S W SPRINGFIELD COURT
PALM CITY FL 34990

CREDITOR ID: 392341-55
LEONARD, MARTHA D
C/O TIERNAN W LUCK, III, ESQ.
621 S HULL STREET
MONTGOMERY AL 36104

CREDITOR ID: 556201-BC
LEONARD, NANCY
3339 LITTLE JOE CT
APOPKA FL 32712

CREDITOR ID: 536402-BA
LEONCE, GERDA
8 NW 94TH ST
NORTH MIAMI BEACH FL 33169

CREDITOR ID: 538349-BA
LEONCE, GERDA
C/O EVAN D FRANKEL ESQ
8025 BISCAYNE BLVD.
MIAMI FL 33138

CREDITOR ID: 556203-BC
LEONE, FRABK
803 HIGHWAY 9 SOUTH
EUPORA MS 39744

CREDITOR ID: 536403-BA
LEONG, MEEYOOK
2202 BRIARCLIFF DRIVE
VALDOSTA GA 31602

CREDITOR ID: 382768-51
LEOSTREAM
7 NEW ENGLAND EXECUTIVE PARK, 2D FL
BURLINGTON, MA 01803

CREDITOR ID: 552432-BI
LEOSTREAM CORP
950 WINTER STREET
SUITE 2400
WALTHAM MA 02451

CREDITOR ID: 383187-53
LEPC - DISTRICT 4
6850 BELTFORD OAKS PLACE
JACKSONVILLE FL 32216

CREDITOR ID: 556204-BC
LEPRUDAR, JOSEPH
2207 SE 2ND STREET
BOYNTON BEACH FL 33435

CREDITOR ID: 556205-BC
LERCH, DIANE
2160 HIDDEN LAKE DRIVE
PALM HARBOR FL 34683

CREDITOR ID: 556236-BC
LEROUX, MARY
1818 SCHNELL
ARABI LA 70032

CREDITOR ID: 552434-BI
LEROY HILL COFFEE COMPANY
3278 HALLS MILL RD
P O BOX DRAWER 6219
MOBILE AL 36606-0219

CREDITOR ID: 254659-12
LEROY HILL COFFEE COMPANY
3278 HALLS MILL RD
PO BOX DRAWER 6219
MOBILE, AL 36606-0219

CREDITOR ID: 552435-BI
LEROY R TROWER
3866 WILLLIAMS SCHOOL ROAD
VALDOSTA GA 31601

CREDITOR ID: 254664-12
LESAFFRE YEAST CORPORATION
DEPARTMENT 59932
MILWAUKEE, WI 53259-0932

CREDITOR ID: 556237-BC
LESCHER, FRANK
101 BENT OAK DR.
DOTHAN AL 36303

CREDITOR ID: 395431-64
LESCO
PO BOX 1414
LAND O'LAKES, FL 34639

CREDITOR ID: 552436-BI
LESCO MEDISEARCH
PO BOX 1414
LAND O'LAKES FL 34639-1414

**Notice of (A) Entry of Order Confirming Plan of**
**Reorganization, (B) Occurrence of Effective Date**
**of Plan, and (C) Bar Dates for Filing claims Arising**
**before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 385334-54<br>LESEMANN, JEFFREY<br>C/O JOHN HAAS WEINSTEIN, APLC<br>ATTN TOM ST GERMAIN, ESQ<br>407 S UNION STREET<br>OPELOUSAS LA 70570 | CREDITOR ID: 385334-54<br>LESEMANN, JEFFREY<br>1314 BANK STREET<br>NEW IBERIA, LA 70560 | CREDITOR ID: 381760-15<br>LESENE, RAGUEL<br>C/O RANDY A FLEISCHER, ESQ<br>8258 STATE RD 84<br>DAVIE FL 33324 |
| CREDITOR ID: 552439-BI<br>LESLIE DURR<br>505 DODGE AVENUE<br>JEFFERSON LA 70121 | CREDITOR ID: 552440-BI<br>LESLIE M FIELDS<br>4073 BETH MANOR DRIVE<br>APT C<br>MONTGOMERY AL 36109 | CREDITOR ID: 552443-BI<br>LESSORS TRANSPORTATION<br>1056 GEMINI ROAD<br>EAGAN MN 55121 |
| CREDITOR ID: 552444-BI<br>LESTER F SMITH ESQUIRE<br>721 AVIGNON DRIVE<br>BLDG 10 SUITE D<br>RIDGELAND MS 39157 | CREDITOR ID: 399683-YY<br>LESTER THOMAS PAVING INC<br>1821 HARVEY STREET<br>CHARLOTTE NC 28206 | CREDITOR ID: 536404-BA<br>LESTER, BONNIE<br>2403 SW COUNTY RD. 138<br>FORT WHITE FL 32038 |
| CREDITOR ID: 556238-BC<br>LESTER, LINDA<br>311 NORTH BLOXAN<br>CLERMONT FL 34711 | CREDITOR ID: 411109-15<br>LESTER, MICHAEL<br>C/O GARFINKEL TRIAL GROUP<br>ATTN ALAN B GARFINKEL, ESQ<br>300 N MAITLAND AVE<br>MAITLAND  FL 32751 | CREDITOR ID: 411085-15<br>LESTINA, DARLENE<br>C/O T PATTON YOUNGBLOOD, JR PA<br>ATTN T P YOUNGBLOOD, JR, ESQ<br>106 S TAMPANIA AVE, SUITE 100<br>TAMPA FL 33609-3256 |
| CREDITOR ID: 556239-BC<br>LESURE, DORA<br>701 RIVER RD<br>SELMA AL 36703 | CREDITOR ID: 403808-94<br>LETELLIER, EDWARD L SR<br>12244  JOINER-WYMER  RD<br>COVINGTON LA 70433-0816 | CREDITOR ID: 406899-MS<br>LETHERWOOD, CHARLES L<br>517 COUNTY DOWNS RD<br>MONTGOMERY AL 36109 |
| CREDITOR ID: 556240-BC<br>LETO (MINOR), BENJAMIN<br>3928 I-10 SERVICE RD APT 102<br>METAIRIE LA 70001 | CREDITOR ID: 390534-55<br>LETO, SONYA<br>C/O MANUEL E GARCIA, PA<br>ATTN MANUEL E GARCIA, ESQ<br>515 WHITEHEAD STREET<br>KEY WEST FL 33040 | CREDITOR ID: 536405-BA<br>LETT-GRAY, DIANE<br>721 GERHARDT DR<br>PENSACOLA FL 32503 |
| CREDITOR ID: 406900-MS<br>LEVEE, TERRY J<br>3046 NAUTILUS RD<br>MIDDLEBURG FL 32068 | CREDITOR ID: 383154-99<br>LEVENFELD PEARLSTEIN, LLC<br>ATTN: WILLIAM S SCHWARTZ<br>211 WAUKEGAN ROAD<br>SUITE 300<br>NORTHFIELD IL 60093 | CREDITOR ID: 403809-94<br>LEVENSTEIN, SONIA L<br>647 PALERMO AVE<br>CORAL GABLES FL 33134 |
| CREDITOR ID: 278827-99<br>LEVI LUBARSKY & FEIGENBAUM LLP<br>ATTN HOWARD B LEVI ESQ<br>845 THIRD AVE 21ST FLR<br>NEW YORK NY 10022 | CREDITOR ID: 552446-BI<br>LEVI MILTON ELEMENTARY SCHOOL<br>P O BOX 187<br>WALKER LA 70785 | CREDITOR ID: 556242-BC<br>LEVINE, AUDREANA<br>820 N CONGRESS E305<br>WEST PALM BEACH FL 33407 |
| CREDITOR ID: 556241-BC<br>LEVINE, HENRY<br>2512 25TH ST. WAY<br>WEST PALM BEACH FL 33407 | CREDITOR ID: 164914-09<br>LEVINS, ARTHUR J<br>4350 WATER TANK ROAD<br>MCDAVID FL 32568 | CREDITOR ID: 381503-47<br>LEVINUS, STEVEN<br>332 E ORANGE ST<br>ALTAMINTE SPRINGS, FL 32701 |

SERVICE LIST

## Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing claims Arising before Effective Date and Other Administrative Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:    05-03817-3F1**

CREDITOR ID: 389165-54
LEVISON, KIE-SHA
C/O ALVA PAYTON TAYLOR LAW OFFICE
ATTN ALVA PAYTON TAYLOR, ESQ
PO BOX 268
YAZOO CITY MS 39194

CREDITOR ID: 389165-54
LEVISON, KIE-SHA
214 LINCOLN STREET
YAZOO CITY, MS 39194

CREDITOR ID: 254693-12
LEVLAD INC
9200 MASON AVENUE
CHATSWORTH, CA 91311

CREDITOR ID: 381862-99
LEVY & DRONEY PC
ATTN: ROSS G FINGOLD
74 BATTERSON PARK RD
FARMINGTON CT 06032

CREDITOR ID: 552447-BI
LEVY COUNTY JOURNAL
PO BOX 2990
CHIEFLAND FL 32644-2990

CREDITOR ID: 392466-55
LEVY, JUDITH
C/O SCHULER & HALVORSON, PA
ATTN JOSEPH GRAVES, ESQ
3333 20TH STREET
VERO BEACH FL 32960

CREDITOR ID: 406901-MS
LEVY, MICHAEL
2970 HUCKLEBERRY HILL
FORT MILL SC 29715

CREDITOR ID: 385589-54
LEVY, THEODORE B
501 SE 6TH AVENUE, APT 308
FORT LAUDERDALE, FL 33301

CREDITOR ID: 538350-BA
LEWALD, KATIE
C/O MORGAN & MORGAN
ATTN MICHAEL SUTTON
PO BOX 4979
ORLANDO FL 32802-4979

CREDITOR ID: 536406-BA
LEWALD, KATIE
5601 SE 145TH ST
SUMMERFIELD FL 34491

CREDITOR ID: 403810-94
LEWIN, ALAN F
2049 SW 35 AVE
DELRAY BEACH FL 33445

CREDITOR ID: 556243-BC
LEWIN, LEONARD
225 FRANKLIN STREET
BOSTON MA 02110

CREDITOR ID: 552450-BI
LEWIS LONGMAN & WALKER PA
9428 BAYMEADOWS ROAD
SUITE 625
JACKSONVILLE FL 32256

CREDITOR ID: 552449-BI
LEWIS LONGMAN & WALKER PA
245 RIVERSIDE AVE
SUITE 150
JACKSONVILLE FL 32202

CREDITOR ID: 254701-12
LEWIS LONGMAN & WALKER PA
ATTN DAVID D RICHARDSON ESQ
9428 BAYMEADOWS ROAD STE 625
JACKSONVILLE, FL 32256

CREDITOR ID: 552451-BI
LEWIS NURSERY & FARMS INC
3500 NC HWY 133
ROCKY POINT NC 28457

CREDITOR ID: 552452-BI
LEWIS PETZOLD
9926 EARLSTON STREET
ORLANDO FL 32817

CREDITOR ID: 552453-BI
LEWIS STOKES SANITATION
PO BOX 237
HILLIARD FL 32046-0237

CREDITOR ID: 254706-12
LEWIS STOKES SANITATION
PO BOX 237
HILLIARD, FL 32046-0237

CREDITOR ID: 536407-BA
LEWIS, ALANA
13508 RAMPORT COURT
BATON ROUGE LA 70810

CREDITOR ID: 538351-BA
LEWIS, ALANA
C/O J. CHRISTOPHER ALEXANDER
P.O. BOX 83101
BATON ROUGE LA 70884

CREDITOR ID: 556247-BC
LEWIS, ANITA
71 PLEASANT LANE
TAMARAC FL 33319

CREDITOR ID: 391683-55
LEWIS, BARBARA
C/O LAW OFFICES OF DAVID SACKS
ATTN DAVID SACKS, ESQ
1824 ATLANTIC BLVD
JACKSONVILLE FL 32207

CREDITOR ID: 165022-09
LEWIS, BETTY J
1021 E 1ST ST
HOPKINSVILLE KY 42240

CREDITOR ID: 556251-BC
LEWIS, DONDREA
332 DEWBERRY CT
AVONDALE LA 70094

CREDITOR ID: 556244-BC
LEWIS, DYAN
5943 PECAN RD
OCALA FL 34472

CREDITOR ID: 556248-BC
LEWIS, ELISHA
2810 TARTARY DRIVE
TALLAHASSEE FL 32301

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:  05-03817-3F1**

CREDITOR ID: 416752-L1
LEWIS, ESSIE MAE
C/O MCPHILLIPS SHINBAUM, LLP
ATTN KAREN S RODGERS, ESQ
516 SOUTH PERRY STREET
MONTGOMERY AL 36104

CREDITOR ID: 392908-55
LEWIS, FRANCINE B
C/O THOMAS & PEARL, PA
ATTN B PEARL OR C MANCUSO, ESQS
2404 NE 9TH STREET
FORT LAUDERDALE FL 33304

CREDITOR ID: 536408-BA
LEWIS, LEAH
5845 ST. JOHN AVE
MARRERO LA 70072

CREDITOR ID: 538352-BA
LEWIS, LINDA
C/O JAMES B GUEST ESQ
1900 32ND ST
KENNER LA 70065

CREDITOR ID: 536409-BA
LEWIS, LINDA
7921 WARSAW ST.
METAIRIE LA 70003

CREDITOR ID: 536410-BA
LEWIS, LORNA
8231 NW 11TH COURT
PEMBROKE PINES FL 33024

CREDITOR ID: 538353-BA
LEWIS, LORNA
C/O COHN, PACKER & COHN
ATTN ALAN W COHN
1152 N UNIVERSITY DR #201
PENBROKE PINES FL 33024

CREDITOR ID: 394788-57
LEWIS, MARIA
ATTN JON CAMINEZ, ESQ
1307 SO JEFFERSON STREET
MONTICELLO FL 32344

CREDITOR ID: 556253-BC
LEWIS, MARVIN
211 GARBERIA DRIVE
DAVENPORT FL 33837

CREDITOR ID: 392538-55
LEWIS, MARY DRAKE
C/O TOWNSEND AND BLOOM, PL.LC
ATTN STEPHEN D BLOOM, ESQ
300 SOUTH MAIN STREET
EMPORIA VA 23847-2048

CREDITOR ID: 556246-BC
LEWIS, MONICA
425 KILLONA DR
KILLONA LA 70057

CREDITOR ID: 556249-BC
LEWIS, NICOLE
23064 CR 137
LAKE CITY FL 32024

CREDITOR ID: 385749-54
LEWIS, ROBERT D
4096 KENWOOD DRIVE
HAMILTON, OH 45015

CREDITOR ID: 556252-BC
LEWIS, SHANYN
897 NW 214 ST APT 206
MIAMI FL 33169

CREDITOR ID: 556245-BC
LEWIS, SHIRLEY
8404 MORPHY AVE
FAIRHOPE AL 36532

CREDITOR ID: 556250-BC
LEWIS, TERESA
315 DUNSON STREET
ANDALUSIA AL 36420

CREDITOR ID: 391218-55
LEWIS, TIFFANY
C/O OFFICE OF HAROLD E EHRENBERG
ATTN HAROLD L EHRENBERG, ESQ
2113 VETERANS BLVD
METAIRIE LA 70002

CREDITOR ID: 410521-15
LEWIS, TIFFNIE
C/O ROSENBERG & ROSENBERG, PA
ATTN PAUL S ROSENBERG, ESQ
2501 HOLLYWOOD BLVD, SUITE 110
HOLLYWOOD FL 33020

CREDITOR ID: 388544-54
LEWIS, TIJUANA
C/O WARD LAW OFFICE
ATTN GRAYLIN WARD, ESQ.
27 EAST BROAD STREET
NEWNAN GA 30263

CREDITOR ID: 388544-54
LEWIS, TIJUANA
321 WESTBROOK RD
CARROLLTON, GA 30116

CREDITOR ID: 417325-B3
LEWIS, UNA
5700 SABAL PALM LN
PUNTA GORDA FL 33982

CREDITOR ID: 536411-BA
LEWIS, VICKIE
6014 ANDERSON ROAD
JACKSONVILLE FL 32210

CREDITOR ID: 403811-94
LEWIS, VINCENT J JR
PO BOX 537
BLAIRSVILLE GA 30514

CREDITOR ID: 552454-BI
LEXCOM TELEPHONE
PO BOX 1269
LEXINGTON NC 27293-1269

CREDITOR ID: 382769-51
LEXINGTON DISPATCH
30 EAST FIRST AVENUE
LEXINGTON, NC 27292

CREDITOR ID: 552455-BI
LEXINGTON FAYETTE COUNTY
PO BOX 14078
DIVISION OF REVENUE
LEXINGTON KY 40512-4078

CREDITOR ID: 254715-12
LEXINGTON HERALD LEADER CO
ATTN DAVID L HARBOLT
PO BOX 6433
CAROL STREAM, IL 60197-6433

### Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing claims Arising before Effective Date and Other Administrative Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 533689-CN<br>LEXINGTON INSURANCE CO<br>ATTN LEGAL DEPARTMENT<br>100 SUMMER STREEET<br>BOSTON MA 02110 | CREDITOR ID: 397655-72<br>LEXINGTON INSURANCE COMPANY<br>C/O MARSH USA INC<br>PO BOX 100357<br>ATLANTA, GA 30384-0357 | CREDITOR ID: 552456-BI<br>LEXINGTON MEMORIAL HOSPITAL<br>PO BOX 1817<br>LEXINGTON NC 27293-0181 |
| CREDITOR ID: 552457-BI<br>LEXIS - NEXIS<br>PO BOX 7247-7090<br>PHILADELPHIA PA 19170-7090 | CREDITOR ID: 375911-44<br>LEXIS-NEXIS<br>ATTN NANCY J AUCOIN/M VIOLET<br>PO BOX 7247-7090<br>PHILADELPHIA, PA 19170-7090 | CREDITOR ID: 552459-BI<br>LEXISNEXIS EXAMEN INC<br>PO BOX 7247-6182<br>PHILADELPHIA PA 19170 |
| CREDITOR ID: 552458-BI<br>LEXISNEXIS EXAMEN INC<br>DEPT CH 17314<br>PALATINE IL 60055-7314 | CREDITOR ID: 249258-EN<br>LEXISNEXIS EXAMEN INC<br>3831 NORTH FREEWAY BLVD, STE 200<br>SACRAMENTO CA 95834 | CREDITOR ID: 406287-EN<br>LEXISNEXIS EXAMEN INC, DIV OF<br>REED ELSEVIER, INC<br>ATTN BETH FARNHAM<br>9443 SPRINGBORO PIKE<br>MIAMISBURG OH 45342 |
| CREDITOR ID: 254720-12<br>LEXISNEXIS PEOPLEWISE<br>CANDICE C KRISHER, DIR CUST ACCTNG<br>PO BOX 7247-7090<br>PHILADELPHIA, PA 19170-7090 | CREDITOR ID: 556254-BC<br>LEYLAND, BHAVNA<br>1300 SW 120 WAY<br>DAVIE FL 33325 | CREDITOR ID: 556255-BC<br>LEYVA, LEIGH<br>539 HANORE DR.<br>JEFFERSON LA 70121 |
| CREDITOR ID: 393635-55<br>LEYVA, MARIA<br>C/O LANDAU & SEGAL, PA<br>ATTN MATHEW D LANDAU, ESQ<br>2131 HOLLYWOOD BLVD, SUITE 503<br>HOLLYWOOD FL 33020 | CREDITOR ID: 536412-BA<br>LEZTCANO, EVELYN<br>109TH STREET 243<br>MARATHON FL 33050 | CREDITOR ID: 1548-07<br>LF LIMITED LP & WALNUT STREET<br>C/O COLLIERS CAUBLE & CO<br>1349 WEST PEACHTREE STREET<br>ATLANTA, GA 30309-2956 |
| CREDITOR ID: 552460-BI<br>LF LIMITED LP & WALNUT STREET PARTNER<br>C/O COLLIERS CAUBLE CO<br>1349 W PEACHTREE STREET SUITE 1100<br>ATLANTA GA 30309 | CREDITOR ID: 552461-BI<br>LF LIMITED LP & WALNUT STREET PTNR LLLP<br>C/O COLLIERS CAUBLE & CO<br>1349 WEST PEACHTREE STREET<br>SUITE 1100<br>ATLANTA GA 30309-2956 | CREDITOR ID: 552462-BI<br>LFR LEVINE FRICKE INC<br>PO BOX 45912<br>SAN FRANCISCO CA 94145 |
| CREDITOR ID: 254217-12<br>LFUCG<br>PO BOX 13057<br>LEXINGTON, KY 40512 | CREDITOR ID: 318761-43<br>LFUCG<br>PO BOX 1333<br>LEXINGTON KY 40588-1333 | CREDITOR ID: 403412-15<br>LH HAYWARD & COMPANY, LLC<br>ATTN RICHARD V HAYWARD, PRES<br>5401 TOLER STREET<br>HARAHAN LA 70123 |
| CREDITOR ID: 552463-BI<br>LIBBEY GLASS<br>PO BOX 93864<br>CHICAGO IL 60673-3864 | CREDITOR ID: 533758-99<br>LIBBEY GLASS INC<br>C/O STUTSMAN THAMES & MARKEY PA<br>ATTN: RICHARD R THAMES<br>50 NORTH LAURA ST, STE 1600<br>JACKSONVILLE FL 32202 | CREDITOR ID: 1550-07<br>LIBBY CROSS STATION ENTERPRISE<br>ATTN: RUSS CANNANE<br>803 COMMONWEALTH DRIVE<br>WARRENDALE, PA 15086 |
| CREDITOR ID: 552465-BI<br>LIBBY CROSS STATION ENTERPRISE LLC<br>PO BOX 76556<br>DEPT L<br>CLEVELAND OH 44101-6500 | CREDITOR ID: 552464-BI<br>LIBBY CROSS STATION ENTERPRISE LLC<br>ATTN RUSS CANNANE<br>803 COMMONWEALTH DRIVE<br>WARRENDALE PA 15086 | CREDITOR ID: 254725-12<br>LIBBY CROSS STATION ENTERPRISE LLC<br>ATTN RUSS CANNANE<br>803 COMMONWEALTH DRIVE<br>WARRENDALE, PA 15086 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 402239-90<br>LIBBY, LEWIS G<br>6000 SAN JOSE BLVD, APT 1B<br>JACKSONVILLE FL 32217 | CREDITOR ID: 552466-BI<br>LIBERTY HEARTH<br>301 LOCUST AVENUE<br>OAKDALE NY 11769 | CREDITOR ID: 411350-GX<br>LIBERTY INS. UNDERWRITERS, INC.<br>55 WATER STREET, 18TH FLOOR<br>NEW YORK NY 10041 |
| CREDITOR ID: 279062-99<br>LIBERTY MUTUAL INSURANCE COMPANY<br>C/O MANIER & HEROD<br>ATTN:T PENNINGTON/J FRANKS/M COLLIN<br>150 FOURTH AVE NORTH, STE 2200<br>NASHVILLE TN 37219-2494 | CREDITOR ID: 279061-99<br>LIBERTY MUTUAL INSURANCE COMPANY<br>C/O MANIER & HEROD<br>ATTN: MICHAEL COLLINS, ESQ<br>150 FOURTH AVE NORTH, STE 2200<br>NASHVILLE TN 37219-2494 | CREDITOR ID: 279053-99<br>LIBERTY MUTUAL INSURANCE COMPANY<br>C/O MANIER & HEROD, PC<br>ATTN T PENNINGTON/J FRANKS/M COLLIN<br>2200 ONE NASHVILLE PLACE<br>150 FOURTH AVE NORTH, STE 2200<br>NASHVILLE TN 37219-2494 |
| CREDITOR ID: 403387-99<br>LIBERTY MUTUAL INSURANCE COMPANY<br>C/O HEDRICK DEWBERRY ET AL<br>ATTN: JEFFREY C REGAN<br>50 NORTH LAURA ST, STE 1600<br>JACKSONVILLE FL 32202 | CREDITOR ID: 278840-99<br>LIBERTY MUTUAL INSURANCE COMPANY<br>C/O ANGEL & FRANKEL PC<br>ATTN RICK A STEINBERG, ESQ<br>460 PARK AVE<br>NEW YORK NY 10022-1906 | CREDITOR ID: 278836-99<br>LIBERTY MUTUAL INSURANCE COMPANY<br>C/O ANGEL & FRANKEL PC<br>ATTN LAURENCE MAY/RICK A STEINBERG<br>460 PARK AVE<br>NEW YORK NY 10022-1906 |
| CREDITOR ID: 411352-GX<br>LIBERTY MUTUAL INSURANCE EUROPE LTD.<br>GROUND FLOOR, GUILD HOUSE<br>INTERNATIONAL FINANCIAL SVCS CENTER<br>DUBLIN<br>IRELAND | CREDITOR ID: 254730-12<br>LIBERTY REGIONAL MED CENTER<br>PO BOX 919<br>462 E G MILES PKWY<br>HINESVILLE, GA 31310 | CREDITOR ID: 382770-51<br>LIBMAN COMPANY<br>220 N. SHELDON<br>ARCOLA, IL 61910 |
| CREDITOR ID: 552467-BI<br>LICENSE OFFICE<br>P O BOX 190<br>COLUMBIANA AL 35051 | CREDITOR ID: 240543-06<br>LICENSE OFFICE<br>PO BOX 190<br>COLUMBIANA AL 35051 | CREDITOR ID: 552468-BI<br>LICENSED MARKETING/SOLARAY CORP<br>710 S ADAMS<br>SAPULPA OK 74066 |
| CREDITOR ID: 538354-BA<br>LICHTER, CYRIL<br>C/O GARY BRUCE, ESQ.<br>912 SECOND AVE.<br>COLUMBUS GA 31901 | CREDITOR ID: 536413-BA<br>LICHTER, CYRIL<br>7410 PAPRIKA LANE<br>COLUMBUS GA 31909 | CREDITOR ID: 386172-54<br>LIDDELL, DEMICHAEL (MINOR)<br>C/O FUNCHES & ASSOCIATES<br>ATTN EDWARD WIGGINS JR ESQ<br>1617 ROBINSON STREET<br>JACKSON, MS 39209 |
| CREDITOR ID: 556256-BC<br>LIDELL, SUMORA<br>1555 DR. MLK BLVD<br>APT 203<br>WEST PALM BEACH FL 33404 | CREDITOR ID: 536414-BA<br>LIEBERMAN, FLORA<br>10791 TEA OLIVE LANE<br>BOCA RATON FL 33498-4844 | CREDITOR ID: 536415-BA<br>LIEBERMAN, JULIUS<br>11294 BARCA BLVD.<br>BOYNTON BEACH FL 33437 |
| CREDITOR ID: 279437-99<br>LIEBMANN CONWAY OLEJNICZAK JERRY<br>ATTN: JEROME E SMYTH<br>231 S ADAMS ST<br>PO BOX 23200<br>GREEN BAY WI 54305-3200 | CREDITOR ID: 244553-12<br>LIED, CARLA J<br>15515 OLNEY LANE<br>SPRING HILL, FL 34610 | CREDITOR ID: 556257-BC<br>LIEFFERS, VERNA<br>1021 SADDLE HILL RD<br>DELAND FL 32720 |
| CREDITOR ID: 556258-BC<br>LIENDO, JOSHUA<br>2055 SW 122 AVE<br>APT 401<br>MIAMI FL 33175 | CREDITOR ID: 556259-BC<br>LIENHART, PAT<br>1809 WILLIAMS DITCH ROAD<br>CANTONMENT FL 32533 | CREDITOR ID: 408168-15<br>LIF REALTY TRUST<br>C/O SMITH ANDERSON LAW FIRM<br>ATTN: AMOS U PRIESTER, IV, ESQ<br>PO BOX 2611<br>RALEIGH NC 27602-2611 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:   05-03817-3F1**

CREDITOR ID: 1551-RJ
LIF REALTY TRUST
CAIL REALTY
ATTN: M CAIL
106 ACCESS RD
NORWOOD, MA 02062-5294

CREDITOR ID: 552469-BI
LIFE INSURANCE CO OF GEORGE
C/O COLLIERS CAUBLE  ATTN JEAN HILT
1349 W PEACHTREE STREET NE
TWO MIDTOWN PLAZA STE 1100
ATLANTA GA 30309-2956

CREDITOR ID: 1552-07
LIFE INSURANCE CO OF GEORGE
C/O COLLIERS CAUBLE
ATTN: JEAN
1349 W PEACHTREE STREET NE
ATLANTA, GA 30309-2956

CREDITOR ID: 416950-98
LIFE INVESTORS INS CO OF AMERICA
ATTN BILL SINDLINGER VP & COUNSEL
AEGON USA REALTY ADVISORS INC
4333 EDGEWOOD RD NE
CEDAR RAPIDS IA 52499-5220

CREDITOR ID: 416950-98
LIFE INVESTORS INS CO OF AMERICA
EPSTEIN BECKER & GREEN PC
NEAL D DODELL
RESURGENS PLAZA
945 E PACES FERRY RD STE 2700
ATLANTA GA 30326

CREDITOR ID: 552471-BI
LIFE SAFE SERVICES
PO BOX 547
PROCESSING CENTER
HAZELWOOD MO 63042

CREDITOR ID: 552470-BI
LIFE SAFE SERVICES
5971 POWERS AVENUE
SUITE#8
JACKSONVILLE FL 32217

CREDITOR ID: 552473-BI
LIFECLINIC FINANCE CORPORATION
PO BOX 30750
SALT LAKE CITY UT 84189-0750

CREDITOR ID: 254743-12
LIFECLINIC FINANCE CORPORATION
PO BOX 30750
SALT LAKE CITY, UT 84189-0750

CREDITOR ID: 552474-BI
LIFECLINIC INTERNATIONAL INC
255 N WASHINGTON STREET
SUITE 202
ROCKVILLE MD 20850

CREDITOR ID: 407449-15
LIFECLINIC INTERNATIONAL, INC
ATTN STEVE HALPERIN, COO/CFO
255 N WASHINGTON STREET, SUITE 202
ROCKVILLE MD 20850

CREDITOR ID: 382771-51
LIFECLINIC.COM CORPORATION
255 N WASHINGTON STREET, SUITE 202
ROCKVILLE, MD 20850

CREDITOR ID: 552475-BI
LIFEFORCE LABS LLC
920 BRITT CT
SUITE 124
ALTAMONTE SPRINGS FL 32701

CREDITOR ID: 254742-12
LIFE-LIKE PRODUCTS, INC
C/O LIFOAM INDUSTRIES
ATTN BARRY T FINN, CR MGR
1600 UNION AVENUE
BALTIMORE MD 21211

CREDITOR ID: 552472-BI
LIFE-LIKE PRODUCTS,INC
P O BOX 827116
PHILADELPHIA PA 19182-7116

CREDITOR ID: 382772-51
LIFE-PRO
10730 PACIFIC STREET, SUITE 248
OMAHA, NE 68114

CREDITOR ID: 382773-51
LIFESCAN, INC.
1000 GILBRALTAR DR.
MILPITAS, CA 95035

CREDITOR ID: 552477-BI
LIFESOURCE INC
3858 CARSON STREET
SUITE 304
TORRANCE CA 90503

CREDITOR ID: 552476-BI
LIFESOURCE INC
212500 HAWTHORNE BLVD
STE 700
TORRANCE CA 90503

CREDITOR ID: 552478-BI
LIFETIME HOAN CORPORATION
PO BOX 19415
NEWARK NJ 07195-9415

CREDITOR ID: 254747-12
LIFETIME HOAN CORPORATION
ATTN MARIE DOERRBECKER, CREDIT MGR
1 MERRICK AVENUE
WESTBURY NY 11590

CREDITOR ID: 382774-51
LIFETIME HOAN CORPORATION
ONE MERRICK AVE.
WESTBURY, NY 11590

CREDITOR ID: 552479-BI
LIFO PRO INC
10730 PACIFIC STREET
SUITE 248
OMAHA NE 68114

CREDITOR ID: 539132-BI
LIFOAM INDUSTRIES, LLC
1600 UNION AVENUE
BALTIMORE MO 21211-1998

CREDITOR ID: 539133-BI
LIFOAM INDUSTRIES, LLC
PO BOX 827116
PHILADELPHIA PA 19182-7116

CREDITOR ID: 539134-BI
LIFT POWER
PO BOX 37370
JACKSONVILLE FL 32236-7370

CREDITOR ID: 410752-15
LIFTER, BENNETT M, TTEE, WAIKIKI
PARTNRSHP OF D&H LIFTER TRUST FUNDS
C/O BEN-EZRA & KATZ, PA
ATTN M MORALES/M A BEN-EZRA, ESQS
2901 STIRLING RD STE 300
FORT LAUDERDALE FL 33312-6529

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 539135-BI<br>LIGA CONTRA EL CANCER<br>2180 SW 12TH AVENUE<br>MIAMI FL 33129 | CREDITOR ID: 539136-BI<br>LIGGETT<br>PO BOX 932623<br>ATLANTA GA 31193 | CREDITOR ID: 539137-BI<br>LIGHT BULB DEPOT 5 LLC<br>PO BOX 2363<br>SARASOTA FL 34230-2363 |
| CREDITOR ID: 539138-BI<br>LIGHTBOURN EQUIPMENT COMPANY<br>PO BOX 801870<br>DALLAS TX 75380-1870 | CREDITOR ID: 538355-BA<br>LIGHTFOOT, BELINDA<br>C/O EDWARD J CLOOS<br>411 N. THEARD ST.<br>COVINGTON LA 70433 | CREDITOR ID: 536416-BA<br>LIGHTFOOT, BELINDA<br>512 WILLOW STREET<br>FRANKLIN LA 70538 |
| CREDITOR ID: 539139-BI<br>LIGHTHOUSE BAPTIST CHURCH<br>30997 HORSESHOE ROAD N<br>INDEPENDENCE LA 70443 | CREDITOR ID: 539140-BI<br>LIGHTHOUSE FOR THE BLIND<br>123 STATE STREET<br>NEW ORLEANS LA 70118 | CREDITOR ID: 386250-54<br>LIKAR, DARLENE<br>124 ESPERANZA GR ROAD<br>EAST PALATKA FL 32131 |
| CREDITOR ID: 539141-BI<br>LIL DRUG STORE<br>PO BOX 1883<br>CEDAR RAPIDS IA 52406 | CREDITOR ID: 539142-BI<br>LILES GAVIN COSTANTINO & MURPHY<br>ONE ENTERPRISE CENTER<br>225 WATER STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 254760-12<br>LILES GAVIN COSTANTINO & MURPHY<br>ATTN RUTLEDGE R LILES, MGR PARTNER<br>225 WATER STREET, STE 1500<br>JACKSONVILLE, FL 32202 |
| CREDITOR ID: 556261-BC<br>LILLY, ANNA<br>1300 W NEW YORK AVE<br>DELAND FL 32720 | CREDITOR ID: 556260-BC<br>LILLY, ROBBIN<br>6563 ELDRON AVE<br>DELTONA FL 32738 | CREDITOR ID: 538356-BA<br>LIMA, DANILO<br>C/O DAVID HELFAND<br>ONE S.E. 3RD AVENUE, SUITE 2920<br>MIAMI FL 33131 |
| CREDITOR ID: 536417-BA<br>LIMA, DANILO<br>820 SOUTH 26 CT<br>HOLLYWOOD FL 33020 | CREDITOR ID: 536418-BA<br>LIMONES, CARMEN<br>135 SW 287 TERR<br>HOMESTEAD FL 33033 | CREDITOR ID: 538357-BA<br>LIMONES, CARMEN<br>C/O JOHN H RUIZ ESQ<br>5040 NW 7TH ST.,STE 920<br>MIAMI FL 33125 |
| CREDITOR ID: 538358-BA<br>LINCOLN    YOLANDA,<br>LAW OFFICES OF ALLEN R SEAMAN & ASS<br>ATTN AARON COVEN<br>1601 BELVEDERE RD, STE 506-E<br>WEST PALM BCH FL 33406 | CREDITOR ID: 536419-BA<br>LINCOLN    YOLANDA,<br>2712 DUDLEY DR APT 1<br>WEST PALM BEACH FL 33415 | CREDITOR ID: 539143-BI<br>LINCOLN COUNTY<br>115 W MAIN STREET<br>LINCOLN NC 28092 |
| CREDITOR ID: 539144-BI<br>LINCOLN COUNTY TAX DEPT<br>PO BOX 938<br>LINCOLNTON NC 28093-0938 | CREDITOR ID: 539145-BI<br>LINCOLN SNACKS CO<br>4510 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 | CREDITOR ID: 2379-07<br>LINCOLN SQUARE PARTNERS LP<br>3212 BROOKWOOD DR<br>HATTIESBURG, MS 39401 |
| CREDITOR ID: 539146-BI<br>LINCOLN SQUARE PARTNERS LP<br>3212 BROOKWOOD DR<br>HATTIESBURG MS 39401 | CREDITOR ID: 397153-67<br>LINCOLN SQUARE PHARMACY<br>2800 LINCOLN ROAD<br>HATTIESBURG, MS 39401 | CREDITOR ID: 240545-06<br>LINCOLN TRAIL DISTRICT<br>HEALTH DEPARTMENT<br>PO BOX 2609<br>ELIZABETHTOWN KY 42702-2609 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 539147-BI<br>LINCOLN TRUST COMPANY<br>6312 SOUTH FIDDLERS GREEN CIRCLE<br>SUITE 400 E  ACCT# 65080211 TERM E<br>CUSTODIAN FBO JOHN C STROUGO<br>ENGLEWOOD CO 80111 | CREDITOR ID: 2380-07<br>LINCOLN TRUST COMPANY, CUSTODIAN<br>FBO JOHN C. STROUGO<br>717 17TH ST STE 1700<br>DENVER CO 80202-3331 | CREDITOR ID: 539148-BI<br>LINDA  LANDRY<br>16618 PAINT AVENUE<br>GREEN WELL SPRINGS LA 70739 |
| CREDITOR ID: 539149-BI<br>LINDA A CALLAWAY<br>15618 85TH ROAD NORTH<br>LOXAHATCHEE FL 33470 | CREDITOR ID: 539151-BI<br>LINDA BECK<br>1246 HOMEWAY LANE<br>DELTONA FL 32738 | CREDITOR ID: 254795-12<br>LINDA CROSSLAND<br>2929 CYPRESS LAWN DRIVE<br>MARRERO, LA 70072 |
| CREDITOR ID: 539153-BI<br>LINDA CRUZ<br>218 STILLWATER DR<br>BRUNSWICK GA 31525 | CREDITOR ID: 539155-BI<br>LINDA GORE TRUSTEE<br>PO BOX 2153 DEPT 5080<br>BIRMINGHAM AL 35287-5080 | CREDITOR ID: 539160-BI<br>LINDA HORTON<br>2030 SW 13TH PLACE<br>BELL FL 32619 |
| CREDITOR ID: 539161-BI<br>LINDA J CLAWSON<br>6812 N TRAM ROAD<br>HERNANDO FL 34442 | CREDITOR ID: 539162-BI<br>LINDA NICHOLSON<br>2428 TRAILWOOD DR<br>CONTONMENT FL 32533 | CREDITOR ID: 539163-BI<br>LINDA NICOLE BURKS<br>100 DIXIE DRIVE #14<br>ENTERPRISE AL 36330 |
| CREDITOR ID: 539164-BI<br>LINDA PONDER<br>348 NEW LIBERTY CHURCH ROAD<br>MT OLIVE MS 39119 | CREDITOR ID: 539166-BI<br>LINDA S BERRYHILL<br>108 EAST SHERWOOD DRIVE<br>HAVELOCK NC 28532 | CREDITOR ID: 539167-BI<br>LINDA S RENNE<br>215 WINDSOR DRIVE<br>ANGIER NC 27501 |
| CREDITOR ID: 539168-BI<br>LINDA S WIGGINS<br>1164 EMMAUS CHURCH ROAD<br>DUDLEY NC 28333 | CREDITOR ID: 539169-BI<br>LINDA SHEPHERD<br>PO BOX 395<br>MORRIS AL 35116 | CREDITOR ID: 539173-BI<br>LINDE GAS LLC<br>PO BOX 534109<br>ATLANTA GA 30353-4109 |
| CREDITOR ID: 254831-12<br>LINDE GAS LLC<br>PO BOX 534109<br>ATLANTA, GA 30353-4109 | CREDITOR ID: 381657-47<br>LINDEMANN PRODUCE INC<br>PO BOX 41330<br>RENO, NV 89504-5330 | CREDITOR ID: 408334-15<br>LINDNER, RICHARD<br>C/O JEFFREY W LEASURE, PA<br>ATTN JEFFREY W LEASURE, ESQ<br>1342 COLONIAL BLVD, STE H57<br>PO BOX 61169<br>FORT MYERS FL 33906-1169 |
| CREDITOR ID: 556262-BC<br>LINDOR, DAFNIE<br>8432 NW 5TH AVE<br>MIAMI FL 33150 | CREDITOR ID: 536420-BA<br>LINDSAY, EDDIE<br>936 MCKENZIE AVE<br>PANAMA CITY FL 32401 | CREDITOR ID: 387926-54<br>LINDSEY, ALBERT<br>64 JACKSON STREET NE, APT L<br>ATLANTA, GA 30312 |
| CREDITOR ID: 392210-55<br>LINDSEY, ALBERT<br>C/O JAMES G STEWART, ESQ<br>1497 JOHN ROBERT DRIVE, SUITE C<br>MORROW GA 30260 | CREDITOR ID: 556264-BC<br>LINDSEY, EDDIE<br>115 OLD HICKORY CIRCLE<br>BONAIRE GA 31005 | CREDITOR ID: 391905-55<br>LINDSEY, JULIE<br>C/O: FARAH & FARAH, PA<br>ATTN D SCOTT CRAIG, ESQ<br>10 WEST ADAMS ST., 3RD FLOOR<br>JACKSONVILLE FL 32202 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 539174-BI<br>LINDSIE M BALLINGER<br>58 WALNUT RUN<br>OCALA FL 34480 | CREDITOR ID: 254834-12<br>LINDT & SPRUNGLI INC<br>PO BOX 710350<br>CINCINNATI, OH 45271-0350 | CREDITOR ID: 410413-15<br>LINGENFELTER, LINDA HART<br>265 SAVANNAH DRIVE<br>RICHMOND KY 40475 |
| CREDITOR ID: 410413-15<br>LINGENFELTER, LINDA HART<br>C/O PATRICIA T KIDD PSC LAW OFFICES<br>ATTN PATRICIA K KIDD, ESQ<br>4051 SHELBYVILLE ROAD<br>LOUISVILLE KY 40207 | CREDITOR ID: 254836-12<br>LINK SNACKS INC<br>PO BOX 397<br>MINONG, WI 54859 | CREDITOR ID: 556265-BC<br>LINK, JANIE<br>P.O. BOX 11364<br>FORT LAUDERDALE FL 33339 |
| CREDITOR ID: 539175-BI<br>LINKAMERICA ATLANTA<br>PO BOX 26485<br>OKLAHOMA CITY OK 73126-0485 | CREDITOR ID: 381165-47<br>LINKAMERICA ATLANTA<br>ATTN DAN GRIMM, A/R CREDIT MGR<br>2627 EAST 21ST STREET<br>TULSA OK 74114-1749 | CREDITOR ID: 406904-MS<br>LINKOUS, HAROLD D<br>1204 CORBETT RD<br>CLAYTON NC 27520 |
| CREDITOR ID: 539176-BI<br>LINPRO INVESTMENTS INC<br>C/O PRECISE PROPERTY<br>6761 WEST INDIAN TOWN ROAD<br>SUITE 29<br>JUPITER FL 33458 | CREDITOR ID: 407774-99<br>LINPRO INVESTMENTS INC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 1555-07<br>LINPRO INVESTMENTS INC<br>C/O PRECISE PROPERTY<br>6761 WEST INDIAN TOWN ROAD<br>JUPITER, FL 33458 |
| CREDITOR ID: 533627-DT<br>LINSCO/PRIVATE LEDGER CORP.<br>ATTN: ROSANN TANNER<br>9785 TOWNE CTR DRIVE<br>SAN DIEGO CA 92121-1968 | CREDITOR ID: 165897-09<br>LINTON, LLOYD L<br>1580 CALLAWAY LOOP<br>CONYERS GA 30012 | CREDITOR ID: 534927-B1<br>LINTON, LLOYD L<br>35 HOLLY HILL DRIVE<br>COVINGTON GA 30016 |
| CREDITOR ID: 381174-47<br>LINTON, TARYN<br>2821 LAWSON LANE<br>CANTONMENT, FL 32533 | CREDITOR ID: 539178-BI<br>LINWOOD D DOVE<br>136 STONE GABLE CIRCLE<br>WINTER SPRINGS FL 32708 | CREDITOR ID: 254839-12<br>LINX TECHNOLOGIES LIMITED<br>C/O VIDEOJET TECHNOLOGIES<br>ATTN JOYCE CLEMENS, CONTROLLER<br>13306 LAKEFRONT DRIVE<br>EARTH CITY, MO 63045 |
| CREDITOR ID: 381045-47<br>LION HEART AVIATION GROUP INC<br>PO BOX 1495<br>NIXA, MO 65714 | CREDITOR ID: 539179-BI<br>LION PLUMBING SUPPLY INC<br>PO BOX 680730<br>MIAMI FL 33168-0730 | CREDITOR ID: 539180-BI<br>LIQUID WASTE<br>P O BOX 19664<br>CHARLOTTE NC 28219-9664 |
| CREDITOR ID: 254843-12<br>LIQUID WASTE INC<br>ATTN RONNIE OAKS, PRES<br>PO BOX 19664<br>CHARLOTTE, NC 28219-9664 | CREDITOR ID: 417080-98<br>LIQUIDITY SOLUTIONS INC<br>DEFINED BENEFIT<br>ATTN JEFFREY L CARESS<br>ONE UNIVERSITY PLAZA SUITE 312<br>HACKENSACK NJ 07601 | CREDITOR ID: 399393-98<br>LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>ATTN JEFFREY L CARESS<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 |
| CREDITOR ID: 404023-15<br>LIQUIDITY SOLUTIONS, INC, ASSIGNEE<br>C/O ANDREWS & KURTH LLP<br>ATTN DAVID BUCHBINDER, ESQ<br>450 LEXINGTON AVENUE<br>NEW YORK NY 10017 | CREDITOR ID: 404023-15<br>LIQUIDITY SOLUTIONS, INC, ASSIGNEE<br>SCOTLAND MALL, INC<br>ATTN JEFFREY CARESS<br>ONE UNIVERSITY PLAZA, SUITE 312<br>HACKENSACK NJ 07601 | CREDITOR ID: 539181-BI<br>LISA A CRATTY<br>119 LAKE SHORE DRIVE<br>ROCKAWAY NJ 07866 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                          CASE:    05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 539182-BI<br>LISA D RAINEY<br>4443 APPLELEAF DRIVE<br>JACKSONVILLE FL 32224 | CREDITOR ID: 539185-BI<br>LISA JAN FRASHER<br>8540 HUNTINGDON RIDGE LANE<br>ID# 739<br>MONTGOMERY AL 36117 | CREDITOR ID: 539186-BI<br>LISA KAY CHACON<br>529 CHANCEY DRIVE<br>CS #93-11377-FM<br>FOLKSTON GA 31537 |
| CREDITOR ID: 539188-BI<br>LISA MARIE HUDSON<br>19691 SE 15TH PLACE<br>MORRISTON FL 32668 | CREDITOR ID: 539189-BI<br>LISA PARK SCHOOL<br>6639 WILLIE LOU AVE<br>HOUMA LA 70364 | CREDITOR ID: 539192-BI<br>LISA WORTH<br>1250 N EGLIN PARKWAY<br>SHALIMAR FL 32579 |
| CREDITOR ID: 536421-BA<br>LISBY, TIM<br>7436 ANTIETAM CT E<br>WINTER PARK FL 32792-9202 | CREDITOR ID: 538359-BA<br>LISCUM, TAMARA<br>C/O WOLF & PRAVATO<br>ATTN VINCENT J PRAVATO ESQ<br>2222 SECOND STREET<br>FORT MYERS FL 33901 | CREDITOR ID: 536422-BA<br>LISCUM, TAMARA<br>150 CONNECTICUT AVE.<br>FORT MYERS FL 33905 |
| CREDITOR ID: 539193-BI<br>LISETTE STANISH AS TRUSTEE<br>1405 SW 107TH AVE SUITE 301-B<br>MIAMI FL 33174 | CREDITOR ID: 538360-BA<br>LISMORE-ARRIAGA, FUTRICIA<br>C/O FARAH & FARAH, P.A.<br>ATTN CHARLIE FARAH ESQ<br>10 WEST ADAMS ST., 3RD FL<br>JACKSONVILLE FL 32202 | CREDITOR ID: 536423-BA<br>LISMORE-ARRIAGA, FUTRICIA<br>10 W. ADAMS ST.<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 539194-BI<br>LISY CORPORATION<br>3400 NW 67TH ST<br>MIAMI FL 33147 | CREDITOR ID: 539195-BI<br>LITEHOUSE INC<br>DEPT 4161<br>PO BOX 34936<br>SEATTLE WA 98124-1936 | CREDITOR ID: 539196-BI<br>LITHOTYPE CO<br>333 POINT SAN BRUNO BLVD<br>SOUTH SAN FRANCISCO CA 94080 |
| CREDITOR ID: 381183-47<br>LITIGATION SOLUTIONS INC<br>901 MAIN STREET, SUITE C 121<br>DALLAS, TX 75202 | CREDITOR ID: 397302-69<br>LITTER CONTROL/THE HUGHES COMPANY<br>ROUTE 1 BOX 59<br>EUTAW, AL 35462 | CREDITOR ID: 539197-BI<br>LITTLE FARMS PARENTS CLUB<br>10301 SOUTH PARK STREET<br>RIVER RIDGE LA 70123 |
| CREDITOR ID: 539198-BI<br>LITTLE OAK MIDDLE SCHOOL<br>59241 REBEL DR<br>SLIDELL LA 70461 | CREDITOR ID: 536424-BA<br>LITTLE, HAZEL<br>3762 AUDUBON ROAD<br>MONTGOMERY AL 36116 | CREDITOR ID: 400008-84<br>LITTLE, JAY<br>C/O LAWRENCE & ASSOCIATES PA<br>ATTN CHADWICK J LAWRENCE, ESQ<br>920 WEST EMMETT<br>KISSIMMEE FL 34741 |
| CREDITOR ID: 400008-84<br>LITTLE, JAY<br>1620 COLUMBIA ARMS CIRCLE<br>KISSIMMEE FL 34741 | CREDITOR ID: 391078-55<br>LITTLE, JIMMIE SR<br>C/O JOHN J PATINO PA LAW OFFICES<br>ATTN JOHN J PATINO, ESQ<br>PO BOX 720685<br>ORLANDO FL 32872 | CREDITOR ID: 393571-55<br>LITTLE, LOUISE<br>C/O GREG JONES & ASSOCIATES<br>ATTN GREG JONES, ESQ<br>3015 MARKET STREET<br>WILMINGTON NC 28403 |
| CREDITOR ID: 392091-55<br>LITTLE, WILLIE<br>C/O BRYAN S BLACKWELL, PC<br>ATTN BRYAN S BLACKWELL, ESQ<br>279 WEST MAIN STREET, SUITE 5<br>DOTHAN AL 36301 | CREDITOR ID: 536425-BA<br>LITTLES, DEBORAH<br>2913 WEST 10TH STREET<br>JACKSONVILLE FL 32254 | CREDITOR ID: 538361-BA<br>LITTLES, DEBORAH<br>C/O JAMES GLOBER<br>2119 RIVERSIDE AVE.<br>JACKSONVILLE FL 32204 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 539199-BI<br>LIUZZA PRODUCE FARM INC<br>PO BOX 774<br>TICKFAW LA 70466 | CREDITOR ID: 539200-BI<br>LIVE OAK ELEMENTARY<br>ACADIA AND HALLE ST<br>WAGGAMAN LA 70094 | CREDITOR ID: 539201-BI<br>LIVE OAK PRESCHOOL<br>809 W MAIN ST<br>NEW IBERIA LA 70560 |
| CREDITOR ID: 403812-94<br>LIVERNOIS, RONNIE J<br>10841 OLD PLANK RD<br>JACKSONVILLE FL 32220 | CREDITOR ID: 539202-BI<br>LIVERPOOL GROUP INC<br>DBA INTERNASTIONAL DESSERT PALACE<br>PO BOX 540896<br>CITY OF OPA LOCKA FL 33054 | CREDITOR ID: 254900-12<br>LIVERPOOL GROUP INC<br>DBA INTERNASTIONAL DESSERT PALACE<br>PO BOX 540896<br>CITY OF OPA LOCKA, FL 33054 |
| CREDITOR ID: 405929-99<br>LIVERPOOL GROUP INC DBA INT'L<br>DESSERT PALACE<br>C/O GERARD M KOURI JR PA<br>ATTN: GERARD M KOURI JR, ESQ<br>10021 PINES BLVD, STE 202<br>PEMBROKE PINES FL 33024-6191 | CREDITOR ID: 403813-94<br>LIVERSEDGE, LINDA L<br>500 SW 43RD PLACE<br>OCALA FL 34474 | CREDITOR ID: 539203-BI<br>LIVINGSTON COUNTY SCU<br>PO BOX 15324<br>ALBANY NY 12212-5324 |
| CREDITOR ID: 539204-BI<br>LIVINGSTON PAR SCH BOARD<br>PO BOX 1030<br>SALES & USE TAX DEPT<br>LIVINGSTON LA 70754-1030 | CREDITOR ID: 254904-12<br>LIVINGSTON PARISH SCHOOL BOARD<br>SALES & USE TAX DEPT<br>PO BOX 1030<br>LIVINGSTON, LA 70754-1030 | CREDITOR ID: 241100-11<br>LIVINGSTON PARISH SCHOOL BOARD<br>SALES & USE TAX DEPARTMENT<br>PO BOX 1030<br>LIVINGSTON, LA 70754-1030 |
| CREDITOR ID: 452435-T1<br>LIVINGSTON PARISH, CLERK OF COURT<br>ATTN: RECORDING DIVISION<br>PARISH COURTHOUSE<br>PO BOX 427<br>LIVINGSTON LA 70754-0427 | CREDITOR ID: 240790-06<br>LIVINGSTON, AL JUDGE OF PROBATE<br>WILLIE PEARL RICE<br>PO BOX 1040<br>LIVINGSTON AL 35470 | CREDITOR ID: 240789-06<br>LIVINGSTON, AL JUDGE OF PROBATE<br>WILLIE PEARL PRICE<br>COURTHOUSE PROBATE ANNEX<br>MARSHALL STREET<br>LIVINGSTON AL 35470 |
| CREDITOR ID: 536426-BA<br>LIXIE, AMELIA<br>5013 S.W. 88TH TERRACE<br>COOPER CITY FL 33328 | CREDITOR ID: 538362-BA<br>LIXIE, AMELIA<br>C/O DANIEL R MAIER ESQ<br>915 MIDDLE RIVER DR, SIXTH FLOOR<br>FT LAUDERDALE FL 33304 | CREDITOR ID: 536427-BA<br>LIZZMORE, MARTHA<br>84 READING RIDGE DRIVE WEST<br>JACKSONVILLE FL 32225 |
| CREDITOR ID: 1517-07<br>LJ MELODY & COMPANY<br>C/O BANK ONE<br>PO BOX 297480<br>HOUSTON, TX 77297 | CREDITOR ID: 1518-07<br>LJ MELODY & COMPANY<br>PO BOX 297480<br>HOUSTON, TX 77297 | CREDITOR ID: 315863-40<br>LJ VENTURES LLC<br>C/O JP PROPERTIES INC<br>ATTN: SUSAN BELL<br>ATLANTA, GA 30319 |
| CREDITOR ID: 556266-BC<br>LLANO (MINOR), LAUREN<br>18153 SW 154TH AVENUE<br>MIAMI FL 33187 | CREDITOR ID: 536428-BA<br>LLANO, KAREN<br>1811 13TH AVENUE<br>COLUMBUS GA 31901-1710 | CREDITOR ID: 556267-BC<br>LLANSO, EDUARDO<br>11212 CAPRI ST E<br>LEHIGH ACRES FL 33936 |
| CREDITOR ID: 403814-94<br>LLEWELLYN, DAVID J<br>3441 HICKORY CREEK ROAD<br>DELTONA FL 32738 | CREDITOR ID: 391102-55<br>LLINAS, MARIA<br>C/O CYTRYN AND SANTANA, PA<br>ATTN J ERIK SANTANA, ESQ<br>8100 NORTH UNIVERSITY DR, SUITE 202<br>TAMARAC FL 33321 | CREDITOR ID: 538363-BA<br>LLITERAS, INOCENTA<br>C/O LOURDES NUNEZ, ESQ.<br>1839 S.W. 27TH AVE<br>MIAMI FL 33145 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 536429-BA<br>LLITERAS, INOCENTA<br>1852 SW 10TH STREET<br>MIAMI FL 33135 | CREDITOR ID: 536430-BA<br>LLOYD, BRIANNA<br>3007 MEFORD LANE<br>MONTGOMERY AL 36116 | CREDITOR ID: 400258-85<br>LLOYD, CHANTELL<br>C/O STEVE K MARKS, PA<br>ATTN STEVE K MARKS, ESQ<br>1600 SOUTH FEDERAL HWY, SUITE 801<br>POMPANO BEACH FL 33062 |
| CREDITOR ID: 397656-72<br>LLOYDS OF LONDON<br>C/O MARSH USA INC<br>PO BOX 100357<br>ATLANTA, GA 30384-0357 | CREDITOR ID: 533722-CN<br>LLOYD'S OF LONDON<br>ATTN LEGAL DEPARTMENT<br>ONE LIME STREET<br>LONDON  EC3M 7HA<br>UNITED KINGDOM | CREDITOR ID: 539206-BI<br>LMS INTELLIBOUND INC<br>1979 LAKESIDE PARKWAY<br>SUITE 180<br>TUCKER GA 30084 |
| CREDITOR ID: 254917-12<br>LMS INTELLIBOUND, INC<br>ATTN REBECCA W HOLDERREAD, CFO<br>1979 LAKESIDE PARKWAY, SUITE 180<br>TUCKER, GA 30084 | CREDITOR ID: 279389-36<br>LN INT'L, INC FKA SCUNCI INT'L, INC<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN T DALUZ & J A L KELLEHER, ESQS<br>919 MARKET STREET, 12TH FLOOR<br>WILMINGTON DE 19801 | CREDITOR ID: 279389-36<br>LN INT'L, INC FKA SCUNCI INT'L, INC<br>C/O PNC BUSINESS CREDIT<br>C/O UNIVERSITY MGMT ASSOCS & CONSUL<br>ATTN PAUL ROME, 223 B STIGER STREET<br>PO BOX 913<br>HACKETTSTOWN NJ 07840 |
| CREDITOR ID: 278516-24<br>LN PIEDMONT VILLAGE LLC<br>ROBINSON, JAMPOL, ET AL<br>ATTN J CHRISTOPHER MILLER, ESQ<br>11625 RAINWATER DRIVE, SUITE 350<br>ALPHARETTA GA 30004 | CREDITOR ID: 278516-24<br>LN PIEDMONT VILLAGE LLC<br>ATTN AL JOHNSTON, LEASING MGR<br>4475 RIVER GREEN PARKWAY, SUITE 100<br>DULUTH GA 30096 | CREDITOR ID: 1558-RJ<br>LN PIEDMONT VILLAGE LLC<br>ATTN: AL JOHNSTON LEASING MANAGER<br>4475 RIVER GREEN PARKWAY<br>DULUTH, GA 30009 |
| CREDITOR ID: 539207-BI<br>LNK INTERNATIONAL INC<br>60 ARKAY DRIVE<br>HAUPPAUGE NY 11788 | CREDITOR ID: 254919-12<br>LNK INTERNATIONAL INC<br>ATTN ROBERT KORLOWSKI, CONTROLLER<br>60 ARKAY DRIVE<br>HAUPPAUGE, NY 11788 | CREDITOR ID: 416943-15<br>LNR PARTNERS, INC FOR LASALLE BANK<br>TTEE STRUCTURED ASSET SERIES 2002C2<br>C/O KOZYAK TROPIN & THROCKMORTON PA<br>ATTN JOHN W KOZYAK, ESQ<br>2525 PONCE DE LEON, 9TH FLOOR<br>CORAL GABLES FL 33134 |
| CREDITOR ID: 416942-15<br>LNR PARTNERS, INC FOR LASALLE BANK<br>TTEE COMMERCIAL MTG ASSET 1999-C1<br>C/O KOZYAK TROPIN & THROCKMORTON PA<br>ATTN JOHN W KOZYAK, ESQ<br>2525 PONCE DE LEON, 9TH FLOOR<br>CORAL GABLES FL 33134 | CREDITOR ID: 416933-15<br>LNR PARTNERS, INC, SERIES 1996-1<br>FOR CHASE COMMERCIAL MTG SEC CORP<br>C/O KOZYAK TROPIN & THROCKMORTON PA<br>ATTN JOHN W KOZYAK, ESQ<br>2525 PONCE DE LEON, 9TH FLOOR<br>CORAL GABLES FL 33134 | CREDITOR ID: 254920-12<br>LOAD KING MANUFACTURING CO<br>ATTN NORMAN SANDERS, CFO<br>PO BOX 116798<br>ATLANTA, GA 30368-6798 |
| CREDITOR ID: 539208-BI<br>LOBSERVATEUR<br>PO BOX 1010<br>LA PLACE LA 70069-1010 | CREDITOR ID: 254924-12<br>LOBSERVATEUR<br>PO BOX 1010<br>LA PLACE, LA 70069-1010 | CREDITOR ID: 539209-BI<br>LOBSTER TRAP CO INC<br>PO BOX 3007<br>BOURNE MA 02532-0708 |
| CREDITOR ID: 254927-12<br>LOBSTER TRAP CO INC<br>290 SHORE RD<br>BOURNE, MA 02532 | CREDITOR ID: 536431-BA<br>LOCASCIO (MINOR), CHELSEA<br>130 PINE CIRCLE<br>SLIDELL LA 70458 | CREDITOR ID: 556268-BC<br>LOCKETT NIVENS, NADINE<br>160 E 27TH ST APT 1<br>RIVIERA BEACH FL 33404 |
| CREDITOR ID: 166350-09<br>LOCKETT, DARROW M<br>1105 COMPROMISE ST<br>KENNER LA 70062 | CREDITOR ID: 556269-BC<br>LOCKHART, PATRICIA<br>8650 MINNIE BROWN RD<br>MONTGOMERY AL 36117 | CREDITOR ID: 536432-BA<br>LOCKHART, SHIRLEY<br>511 10TH ST. SOUTH<br>JACKSONVILLE FL 32250 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 538364-BA<br>LOCKHART, SHIRLEY<br>C/O FARAH & FARAH, P.A.<br>ATTN RICHARD STAGGARD<br>60 OCEAN BLVD., SUITE 14<br>JACKSONVILLE FL 32233 | CREDITOR ID: 539210-BI<br>LOCKPORT LOWER ELEMENTARY<br>1421 CRESCENT AVE<br>LOCKPORT LA 70374 | CREDITOR ID: 539211-BI<br>LOCKPORT UPPER ELEMENTARY<br>201 SCHOOL ST<br>LOCKPORT LA 70374 |
| CREDITOR ID: 556270-BC<br>LOCKRIDGE, LORI<br>2857 NE 32ND STREET UNIT 22<br>FORT LAUDERDALE FL 33306 | CREDITOR ID: 2382-07<br>LOCKWOOD ASSOC OF GA LP<br>80 W WIEUCA ROAD, STE 302<br>ATLANTA, GA 30342 | CREDITOR ID: 539213-BI<br>LOCKWOOD ASSOC OF GA LTD PTR<br>PO BOX 186<br>C/O STAFFORD PORPERTIES INC<br>TIFTON GA 31793 |
| CREDITOR ID: 539212-BI<br>LOCKWOOD ASSOC OF GA LTD PTR<br>80 WEST WIEUCA RD SUITE 302<br>ATLANTA GA 30342 | CREDITOR ID: 254933-12<br>LODGE MANUFACTURING CO<br>ATTN: HELEN SULLIVAN, OFFICE MGR<br>PO BOX 380<br>SOUTH PITTSBURG, TN 37380-0380 | CREDITOR ID: 539214-BI<br>LODGE MANUFACTURING CO<br>PO BOX 380<br>SOUTH PITTSBURG TN 37380-0380 |
| CREDITOR ID: 392829-55<br>LODOLCE, JASON L<br>C/O VERNIS & BOWLING OF FL KEYS, PA<br>ATTN ROB T COOK, ESQ<br>81990 OVERSEAS HIGHWAY, 3D FLOOR<br>ISLAMORADA FL 33036-0529 | CREDITOR ID: 416109-L1<br>LODTZ, ALICE (SUBROGEE)<br>C/O COGHLAN KUKANKOS COOK LLC<br>ATTN FRANK STEPNOWSKI, ESQ<br>55 W WACKER, SUITE 1210<br>CHICAGO IL 60601-1612 | CREDITOR ID: 416109-L1<br>LODTZ, ALICE (SUBROGEE)<br>406 DOUGLAS AVENUE<br>CRYSTAL LAKE IL 60014 |
| CREDITOR ID: 556271-BC<br>LOETMAN, AL<br>3501 BIMINI LN APT D1<br>COCONUT CREEK FL 33066 | CREDITOR ID: 556272-BC<br>LOFASO, MIRTA<br>17094 COLLINS AVENUE<br>#102<br>SUNNY ISLES BEACH FL 33160 | CREDITOR ID: 539215-BI<br>LOFTHOUSE FOODS<br>21140 NETWORK PLACE<br>CHICAGO IL 60673-1211 |
| CREDITOR ID: 392283-55<br>LOFTIN, ALYCE<br>C/O MARK J MILLER, PA<br>ATTN MARK J MILLER, ESQ<br>1600 S FEDERAL HWY, SUITE 1101<br>POMPANO  BEACH FL 33062 | CREDITOR ID: 391123-55<br>LOFTIN, JENNIFER<br>C/O TOM WRIGHT, ESQ<br>430  SOUTH DECATUR STREET<br>MONTGOMERY AL 36104 | CREDITOR ID: 556273-BC<br>LOFTON, SHARRON<br>6412 LAND O LAKES BLVD<br>LUTZ FL 33549 |
| CREDITOR ID: 538365-BA<br>LOFTON, TRACY<br>TYLER & POSSA, A PROFESSIONAL LAW C<br>ATTN STEPHANIE POSSA<br>3225 BROUSSARD STREET<br>BATON ROUGE LA 70808 | CREDITOR ID: 536433-BA<br>LOFTON, TRACY<br>779 SCOTT BARR ROAD<br>SLAUGHTER LA 70777 | CREDITOR ID: 539216-BI<br>LOG HOUSE FOODS<br>MI 80<br>PO BOX 1414<br>MINNEAPOLIS MN 55480-1414 |
| CREDITOR ID: 539217-BI<br>LOGAN & COMPANY INC<br>546 VALLEY ROAD<br>UPPER MONTCLAIR NJ 07043 | CREDITOR ID: 556274-BC<br>LOGAN, ALICIA<br>3622 15TH ST NE<br>TUSCALOOSA AL 35404 | CREDITOR ID: 556275-BC<br>LOGAN, MARGE<br>677 PARCHMENT LANE<br>FERN PARK FL 32730 |
| CREDITOR ID: 539219-BI<br>LOGISTIC ALLIANCE C/O FACTOR GROUP LLC<br>1609 NW 84 AVENUE<br>MIAMI FL 33126 | CREDITOR ID: 539220-BI<br>LOGISTIC ALLIANCE INC<br>1609 NW 84 AVENUE<br>MIAMI FL 33126 | CREDITOR ID: 382775-51<br>LOGIX3<br>9143 PHILIPS HIGHWAY, SUITE 540<br>JACKSONVILLE, FL 32256 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 539221-BI<br>LOGO CHAIR DBA LOGO INC<br>1299 FARMVILLE ROAD<br>MEMPHIS TN 38122 | CREDITOR ID: 391865-55<br>LOHSE, JONATHAN (MINOR)<br>C/O BORDEN R HALLOWES LAW OFFICE<br>ATTN BORDEN R HALLOWES, ESQ<br>95337 MACKINAS CIRCLE<br>FERNANDINA BEACH FL 32034 | CREDITOR ID: 536434-BA<br>LOICONO, ELLEN<br>400  LESLIE DRIVE<br>APT 926<br>HALLANDALE BEACH FL 33009 |
| CREDITOR ID: 538366-BA<br>LOICONO, ELLEN<br>C/O AMEEN & DRUCKER, P.A.<br>ATTN GARY DRUCKER ESQ<br>3111 N UNIVERSITY DR, SUITE 901<br>CORAL SPRINGS FL 33065 | CREDITOR ID: 538367-BA<br>LOISAU, MAGDA<br>C/O GOLDMAN DASZKAL CUTLER ET AL<br>ATTN:  ALEX DASZKAL ESQ<br>1630 W. HILLSBORO BLVD.<br>DEERFIELD BEACH FL 33442 | CREDITOR ID: 536435-BA<br>LOISAU, MAGDA<br>1139 NW 17TH AVE<br>FORT LAUDERDALE FL 33311 |
| CREDITOR ID: 1520-07<br>LOL LLC<br>6915 RED ROAD, SUITE 205<br>CORAL  GABLES, FL 33143 | CREDITOR ID: 392826-55<br>LOMBARDO, EMMA<br>C/O EDWARD S DONINI LAW OFFICES<br>ATTN EDWARD S DONINI, ESQ<br>PO BOX 605<br>NEW SMYRNA BEACH FL 32170 | CREDITOR ID: 536436-BA<br>LONDO, OFELIA<br>508 LEHMBERG, LOT 84<br>COLUMBUS MS 39702 |
| CREDITOR ID: 538368-BA<br>LONDO, OFELIA<br>C/O ROSS, KELLY & HOSFORD, PLLC<br>115 A. S. LAYFAYETTE STREET<br>STARKSVILLE MS 39759 | CREDITOR ID: 539222-BI<br>LONDON ASSOCIATES LTD<br>C/O AMERA REALTY SERVICES INC<br>2900 UNIVERSITY DRIVE<br>CORAL SPRINGS FL 33065 | CREDITOR ID: 254952-12<br>LONDON ASSOCIATES LTD<br>C/O AMERA REALTY SERVICES INC<br>2900 UNIVERSITY DRIVE<br>CORAL SPRINGS, FL 33065 |
| CREDITOR ID: 1560-07<br>LONDON ASSOCIATES LTD<br>C/O AMERA REALTY SERVICES INC<br>2900 UNIVERSITY DRIVE<br>CORAL SPRINGS, FL 33065 | CREDITOR ID: 411088-15<br>LONDON ASSOCIATES, LTD<br>C/O GRONEK & LATHAM, LLP<br>ATTN R SCOTT SHUKER, ESQ.<br>390 N ORANGE AVENUE, SUITE 600<br>ORLANDO FL 32801 | CREDITOR ID: 411088-15<br>LONDON ASSOCIATES, LTD<br>C/O BARRON REAL ESTATE, INC<br>2900 UNIVERSITY DRIVE, SUITE 26<br>CORAL SPRINGS FL 33065 |
| CREDITOR ID: 556276-BC<br>LONDON, JESSICA<br>828 WEST GARFIELD ST.<br>BATON ROUGE LA 70802 | CREDITOR ID: 406906-MS<br>LONDON, LAWRENCE A<br>510 LAURIE LYNN DR<br>BATON ROUGE LA 70819 | CREDITOR ID: 393699-58<br>LONE STAR ANTIQUE MALL INC & RAESZ,<br>RICKY & RONNIE<br>ATTN RICKY C RAESZ, AS PRES & INDIV<br>2290 W HICKS ROAD, BLDG 7-1<br>FORT WORTH, TX 76131 |
| CREDITOR ID: 539223-BI<br>LONE STAR CONSOLIDATED FOODS<br>P O BOX 225979<br>DALLAS TX 75222-5979 | CREDITOR ID: 254954-12<br>LONE STAR CONSOLIDATED FOODS<br>C/O LONE STAR FOODS<br>ATTN DOLORES R BURDINE<br>PO BOX 225979<br>DALLAS, TX 75222-5979 | CREDITOR ID: 539224-BI<br>LONE STAR TRANSPORTATION SERVICES<br>PO BOX 141170<br>DALLAS TX 75214 |
| CREDITOR ID: 452495-99<br>LONESTAR PARTNERS LLP<br>ATTN: VIKAR TANDON<br>1 MARITIME PLAZA, STE 750<br>SAN FRANCISCO CA 94111 | CREDITOR ID: 539225-BI<br>LONG BEACH HIGH SCHOOL<br>300 E OLD PASS RD<br>LONG BEACH MS 39560 | CREDITOR ID: 406907-MS<br>LONG JR., LEWIS M.<br>228 CANDLEBERRY CR.<br>GOOSE CREEK SC 29445 |
| CREDITOR ID: 539226-BI<br>LONG WHOLESALE<br>P O BOX 70<br>MERIDIAN MS 39302-0070 | CREDITOR ID: 403247-99<br>LONG WHOLESALE INC DBA CCC BEAUTY<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 279378-36<br>LONG WHOLESALE, INC<br>C/O THOMAS L WEBB, ESQ<br>613 22ND AVENUE<br>MERIDIAN MS 39301 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:   05-03817-3F1**

CREDITOR ID: 536437-BA
LONG, BARBARA
5229 WESLINGTON ESTATES DRIVE
JACKSONVILLE FL 32209

CREDITOR ID: 406908-MS
LONG, BOBBIE L
215 OAK KNOLL TERRACE
ANDERSON SC 29625

CREDITOR ID: 416987-15
LONG, DENNIS
7217 OLD BARN ROAD
MONTGOMERY AL 36117

CREDITOR ID: 406909-MS
LONG, DENNIS
7217 OLD BARN ROAD
MONTGOMERY AL 36117

CREDITOR ID: 416987-15
LONG, DENNIS
C/O FRIEDLINE & MCCONNELL, PA
ATTN JERRETT M MCCONNELL, ESQ
1756 UNIVERSITY BLVD SOUTH
JACKSONVILLE FL 32216

CREDITOR ID: 392416-55
LONG, DOTTIE
C/O WHIBBS & WHIBBS, PA
ATTN J DONOVAN WHIBBS, ESQ
105 EAST GREGORY SQUARE
PENSACOLA FL 32502

CREDITOR ID: 452051-98
LONGACRE MASTER FUND LTD
C/O US BANK NATIONAL ASSOCIATION
ATTN DAWNITA EHL
CORPORATE TRUST SERVICES
1420 FIFTH AVE 7TH FLR
SEATTLE WA 98101

CREDITOR ID: 452049-98
LONGACRE MASTER FUND LTD
ATTN VLADIMIR JELISAVCIC
810 SEVENTH AVENUE 22ND FLOOR
NEW YORK NY 10019

CREDITOR ID: 556277-BC
LONGEWAY, GENEVA
1378 LYDIA
DELTONA FL 32725

CREDITOR ID: 539227-BI
LONGWOOD UTILITIES OF ALTAMONTE SPRINGS
PO BOX 160609
ALTAMONTE SPRINGS FL 32716-0609

CREDITOR ID: 381305-47
LONGWOOD UTILITIES OF ALTAMONTE SPRINGS
PO BOX 160609
ALTAMONTE SPRINGS FL 32716-0609

CREDITOR ID: 539231-BI
LOOMIS FARGO & CO
DEPT AT 40331
ATLANTA GA 31192-0331

CREDITOR ID: 254963-12
LOOMIS FARGO & CO
DEPT AT 40331
ATLANTA, GA 31192-0331

CREDITOR ID: 539232-BI
LOOMIS FARGO & COMPANY
2500 CITYWEST BLVD
SUITE 900
HOUSTON TX 77042

CREDITOR ID: 382776-51
LOOMIS FARGO & COMPANY
3650 MORRIS FARM DRIVE, UNIT 1D
GREENSBORO, NC 27409

CREDITOR ID: 539233-BI
LOOPS NURSERY & GREENHOUSE
2568 OLD MIDDLEBURG RD
JACKSONVILLE FL 32210

CREDITOR ID: 391075-55
LOPERENA, RODNEY
C/O CREWS & BODIFORD, PA
ATTN BRYAN CREWS, ESQ
1137 EDGEWATER DRIVE
ORLANDO FL 32804

CREDITOR ID: 410859-15
LOPEZ DE ARMAS, SANDRA
9701 FONTAINBLEAU BLVD, APT 201
MIAMI FL 33172

CREDITOR ID: 410859-15
LOPEZ DE ARMAS, SANDRA
C/O SARAH STEINBAUM, PA
ATTN SARAH STEINBAUM, ESQ
44 WEST FLAGLER STREET, STE 2175
MIAMI FL 33130

CREDITOR ID: 556281-BC
LOPEZ DE GANBOA, MAYELA
6720 NEVA DR. APT 205
DAVIE FL 33317

CREDITOR ID: 539234-BI
LOPEZ FOODS
DEPARTMENT 960039
OKLAHOMA CITY OK 73196-0039

CREDITOR ID: 556282-BC
LOPEZ MUNUZ, ANNETTE
395 HARBOR COURT
KEY BISCAYNE FL 33149

CREDITOR ID: 400491-87
LOPEZ, ALBERTO
2285 SW 18TH STREET
MIAMI FL 33145

CREDITOR ID: 400491-87
LOPEZ, ALBERTO
C/O MARQUEZ & MARCELO-ROBAINA, PA
ATTN MARCELO LESCANO, ESQ.
6303 BLUE LAGOON DRIVE, SUITE 390
MIAMI FL 33126

CREDITOR ID: 556278-BC
LOPEZ, ANDREA MARIA
917 W. 33RD ST.
HIALEAH FL 33012

CREDITOR ID: 389422-54
LOPEZ, AZZIE
3551 CARTERHILL ROAD, APT F207
MONTGOMERY AL 36111

CREDITOR ID: 556279-BC
LOPEZ, GILDA
6902 SW 114TH AVENUE
MIAMI FL 33010

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**          **CASE:   05-03817-3F1**

CREDITOR ID: 538369-BA
LOPEZ, GLADYS
C/O ROSENBERG & ROSENBERG, PA
ATTN DAVID KROHN, ESQ
2501 HOLLYWOOD BLVD, SUITE 110
HOLLYWOOD FL 33020

CREDITOR ID: 536438-BA
LOPEZ, GLADYS
7400 STIRLING ROAD
DAVIE FL 33312

CREDITOR ID: 391594-55
LOPEZ, JOSE
C/O CONSTANTINOU  LAW FIRM
ATTN JOHN CONSTANTINOU, ESQ
120 EAST PARRISH STREET, STE 300
DURHAM NC 27701

CREDITOR ID: 536439-BA
LOPEZ, JUANA
PO BOX 367
CRESCENT CITY FL 32112

CREDITOR ID: 538370-BA
LOPEZ, JUANA
C/O MEYERS, STANLEY & WATERS
ATTN STEVEN M. MEYERS
1111 E. AMELIA STREET
ORLANDO FL 32803

CREDITOR ID: 391889-55
LOPEZ, JUDITH
C/O KOLTUN & LAZAR
ATTN DENNIS A KOLTUN, ESQ
7000 SW 97TH AVENUE, SUITE 210
MIAMI FL 33173

CREDITOR ID: 408361-15
LOPEZ, KIMBERLY D
BY FRANK LOPEZ, GUARDIAN
C/O M A BASS, JR, ESQ
PO BOX 712
HAZLEHURST MS 39083

CREDITOR ID: 407686-15
LOPEZ, MANUEL
C/O SIMON & D'ALEMBERTE, RL
ATTN R SIMON/G D'ALEMBERTE, ESQS
1001 BRICKELL BAY DRIVE, STE 1200
MIAMI FL 33131

CREDITOR ID: 556280-BC
LOPEZ, OLGA
8450 NW 138 TERR
MIAMI LAKES FL 33016

CREDITOR ID: 536440-BA
LOPEZ, ROSA
3041 RIO GRANDE AVE., APT. 206
ORLANDO FL 32839

CREDITOR ID: 390793-55
LOPEZ, ROSE
C/O JEFFREY M BYRD, PA
ATTN JEFFREY M BYRD, ESQ
2620 E ROBINSON STREET
ORLANDO FL 32803

CREDITOR ID: 392160-55
LOPEZ, SOL LUIS
C/O ALLAN S ZAMREN LAW OFFICES
ATTN ALLAN STEPHEN ZAMREN, ESQ
44 WEST FLAGLER STREET, SUITE 2225
MIAMI FL 33130

CREDITOR ID: 536441-BA
LOPEZ, YAMILE
6705 S.W. 41 STREET, APT. 57
MIAMI FL 33155

CREDITOR ID: 388094-54
LOPICCOLO, AGNES I
C/O GAUDIN & LONGORIA, LLC
ATTN SALVADOR G LONGORIA, ESQ
858 CAMP STREET
NEW ORLEANS LA 70130

CREDITOR ID: 388094-54
LOPICCOLO, AGNES I
2228 ROYAL STREET
NEW ORLEANS, LA 70117

CREDITOR ID: 388548-54
LOPICCOLO, ANNA
C/O DYSART & TABARY LLC
ATTN JOHN J. FINCKBEINER, ESQ
327 EXCHANGE PLACE
NEW ORLEANS LA 70130

CREDITOR ID: 388548-54
LOPICCOLO, ANNA
7218 WEST JUDGE PEREZ DRIVE
ARABI, LA 70032

CREDITOR ID: 539235-BI
LORA J HICKEY
1506 LAWNDALE CIRCLE
WINTER PARK FL 32792

CREDITOR ID: 539236-BI
LORA POE
790-A KIWI LANE
STARKVILLE MS 39759

CREDITOR ID: 457555-31
LORAIN SOIL WATER
CONSERVATION DISTRICT
ATTN: SANDY DENES
42110 RUSSIA RD
ELYRIA OH 44035-6813

CREDITOR ID: 539237-BI
LORANCE PEACE BUILDER
11 ROBERTSON RD
TAYLORS SC 29687

CREDITOR ID: 556283-BC
LORANDOS, HOPE
1013 NW 5TH ST
FORT LAUDERDALE FL 33311

CREDITOR ID: 539238-BI
LORANGER HIGH SCHOOL
21408 OVERMIER RD
LORANGER LA 70446

CREDITOR ID: 406910-MS
LORBACHER, KENNETH
1306 CLAYMORE DRIVE
GARNER NC 27529

CREDITOR ID: 254969-12
LORD'S SAUSAGE & COUNTRY HAM, INC
C/O LORDS MEATS INC
ATTN WAYNE LORD, PRES
PO BOX 1000
DEXTER, GA 31019

CREDITOR ID: 539239-BI
LORDS SAUSAGE&COUN HAM
PO BOX 65
DEXTER GA 31019

CREDITOR ID: 407504-99
LOREAL PARIS
C/O GARFUNKEL WILD & TRAVIS PC
ATTN BURTON S WESTON, ESQ
111 GREAT NECK ROAD, STE 503
GREAT NECK NY 11021

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                        **CASE:    05-03817-3F1**

CREDITOR ID: 407504-99
LOREAL PARIS
DIV OF L'OREAL USA INC
ATTN PATRICK ACKERMAN
35 BROADWAY ROAD
CRANBURY NJ 08512

CREDITOR ID: 539240-BI
LOREAL RETAIL
35 BROADWAY ROAD
CRANBURY NJ 08512

CREDITOR ID: 539241-BI
LOREAL RETAIL
35 BROADWAY ROAD
CRANBURY NJ 08512

CREDITOR ID: 539242-BI
LOREAUVILLE ELEMENTARY PTC
P O BOX 425
LOREAUVILLE LA 70552

CREDITOR ID: 400096-84
LOREDO, REGULO
5831 SW 9TH, APT 5A
MIAMI FL 33144

CREDITOR ID: 385594-54
LORENZ, AVRAHAM
3690 INVERRARY DR
FORT LAUDERDALE, FL 33314

CREDITOR ID: 390886-55
LORENZ, AVRAHAM
C/O ROSENBERG & ROSENBERG
ATTN MICHAEL K BREGMAN, ESQ
2501 HOLLYWOOD BLVD, STE 110
HOLLYWOOD FL 33020-6631

CREDITOR ID: 556284-BC
LORENZO, LOUIS
1484 ALBONO TER
HERNANDO FL 34465

CREDITOR ID: 391282-55
LORENZO, PETER
C/O SHUSTER & SABEN, LLC
ATTN RICHARD SHUSTER, ESQ
4770 BISCAYNE BLVD, SUITE 1030
MIAMI FL 33137

CREDITOR ID: 539249-BI
LORILLARD
714 GREEN VALLEY ROAD
GREENSBORO NC 27408

CREDITOR ID: 382035-36
LORILLARD TOBACCO COMPANY
KENNETH CHERRY
714 GREEN VALLEY RD
GREENSBORO NC 27408

CREDITOR ID: 539253-BI
LORRIE JONES
100 MALLORY TRAIL DRIVE
LINCOLNTON NC 28092

CREDITOR ID: 539254-BI
LOS ANDES BAKERY
5245 NEW PEACHTREE ROAD
SUITE J
CHAMBLEE GA 30341

CREDITOR ID: 254989-12
LOS ANDES BAKERY
ATTN EZEQUIEL OR BLANCA MURCIA
5241 NEW PEACHTREE ROAD, SUITE J
CHAMBLEE, GA 30341

CREDITOR ID: 538371-BA
LOSCH, BETTY
C/O FRIEDMAN & FRIEDMAN, P.A.
ATTN JOHN S. SELIGMAN
2600 DOUGLAS RD., SUITE 1011
CORAL GABLES FL 33134

CREDITOR ID: 536442-BA
LOSCH, BETTY
3530 MYSTIC POINTE DR. #315
ADVENTURA FL 33181

CREDITOR ID: 556285-BC
LOSITO, CORA
3600 SW 23RD ST
GAINESVILLE FL 32608

CREDITOR ID: 45984-05
LOSLEY, FREDERICK C
1320 COCO PLUM
MARATHON FL 33050

CREDITOR ID: 539255-BI
LOSS PREVENTION MAGAZINE
7868 RAE ROAD   SUITE F302
CHARLOTTE NC 28277

CREDITOR ID: 388519-54
LOSTAGLIA, TRACY
850 MARTINBERHAM, APT 16
METAIRIE LA 70005

CREDITOR ID: 392598-55
LOSTAGLIA, TRACY
C/O BIRDSALL LAW FIRM, INC
ATTN BENJAMIN J BIRDSALL, III ESQ
918 POYDRAS STREET, 2ND FLR
NEW ORLEANS LA 70112

CREDITOR ID: 392978-55
LOTITO, CHRISTOPHER
C/O ROBERT E GLUCK, PA LAW OFFICES
ATTN ROBERT E GLUCK, ESQ
333 NW 70TH AVENUE, SUITE 103
PLANTATION FL 33317

CREDITOR ID: 406911-MS
LOTT, JIMMY N
2600 MICHIGAN AVE, APT 440C
PENSACOLA FL 32526

CREDITOR ID: 411086-15
LOTT, RACHAEL, (MINOR) BY
KATHY FELDER, HER MOTHER
C/O T PATTON YOUNGBLOOD, JR PA
ATTN T P YOUNGBLOOD, JR, ESQ
106 S TAMPANIA AVE, SUITE 100
TAMPA FL 33609 3256

CREDITOR ID: 386147-54
LOTUSO, THEOLIA
1217 MARYLAND AVENUE
KENNER, LA 70062

CREDITOR ID: 397303-69
LOT-VAC SWEEPING SERVICE
3034 RAMSEUR CHURCH ROAD
SHELBY, NC 28150

CREDITOR ID: 539256-BI
LOT-VAC SWEEPING SERVICE
3034 RAMSEUR CHURCH RD
SHELBY NC 28150

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 384214-47
LOT-VAC SWEEPING SERVICE
3034 RAMSEUR CHURCH RD
SHELBY, NC 28150

CREDITOR ID: 539258-BI
LOUDOUN COMMUNICATIONS INC
585 FACTORY SHOALS RD
AUSTELL GA 30168

CREDITOR ID: 536443-BA
LOUIS (MINOR), ANTIONETTE
719 UPPER KINGSTON ROAD
PRATTVILLE AL 36067

CREDITOR ID: 538372-BA
LOUIS (MINOR), ANTIONETTE
C/O MCDOWELL, FAULK & MCDOWELL, LLC
ATTN JOY BOOTH
145 WEST MAIN STREET
PRATTVILLE AL 36067

CREDITOR ID: 539259-BI
LOUIS ENTERPRISES
LOUIS N CASTRINOS
5728 LITTLE RIVER RD
HANIRA GA 31632

CREDITOR ID: 375972-44
LOUIS PRYOR SUPPLY INC
ATTN SHERYL L STEVENSON
2487 N JOHN YOUNG PKY
ORLANDO, FL 32804-4194

CREDITOR ID: 416112-L1
LOUIS, KENNIE L
C/O CHARLIE BAGLAN & ASSOCIATES
ATTN CHARLIE BAGLAN, ESQ
PO BOX 1289
BATESVILLE MS 38606

CREDITOR ID: 391481-55
LOUIS, LUC
C/O L ANTON REBALKO, PA
ATTN L ANTON REBALKO, ESQ
3111 UNIVERSITY DRIVE, SUITE 901
CORAL SPRINGS FL 33065

CREDITOR ID: 556286-BC
LOUIS, OSTAMISE
5101 SW 60TH STREET ROAD
#506
OCALA FL 34474

CREDITOR ID: 392335-55
LOUIS, YOLETTE J
C/O CRAIG DERNIS, PA LAW OFFICE
ATTN CRAIG DERNIS, ESQ
2450 NE MIAMI GARDENS DR, 2ND FLOOR
AVENTURA FL 33180

CREDITOR ID: 539261-BI
LOUISANA DEPT OF AGRICULTURE
PO BOX 91081
BATON ROUGE LA 70821

CREDITOR ID: 539262-BI
LOUISANA DEPT OF REVENUE GC SERVICES
PO BOX 721660
OKLAHOMA CITY OK 73172

CREDITOR ID: 255007-12
LOUISE BOWLING
3011 TAYLOR BLVD
LOUISVILLE, KY 40208-1156

CREDITOR ID: 255013-12
LOUISIANA ASSN OF SELF INSURED EMPL
PO BOX 4151
BATON ROUGE, LA 70821-4151

CREDITOR ID: 539263-BI
LOUISIANA ASSOCIATION OF SELF
INSURED EMPLOYERS
P O BOX 4151
BATON ROUGE LA 70821-4151

CREDITOR ID: 539264-BI
LOUISIANA AUTO & TRUCK REPAIR
PO BOX 70
GROSSE TETE LA 70740

CREDITOR ID: 539265-BI
LOUISIANA BAYOU FLAMES
4926 SHERWOOD STREET
BATON ROUGE LA 70805

CREDITOR ID: 278712-99
LOUISIANA COA-COLA
ATTN DICK STITELER,
DIRECTOR OF CUSTOMER FINANCIAL SVCS
1314 ERASTE LANDRY ROAD
LAFAYETTE LA 70506

CREDITOR ID: 539266-BI
LOUISIANA COCA COLA
PO BOX 932767
ATLANTA GA 31193-2767

CREDITOR ID: 539267-BI
LOUISIANA DAIRY PRODUCTS ASSOCIATION INC
PO BOX 1006
BATON ROUGE LA 70821-1006

CREDITOR ID: 539268-BI
LOUISIANA DEPARTMENT OF
AGRICULTURE
PO BOX 631
BATON ROUGE LA 70821-0631

CREDITOR ID: 410704-15
LOUISIANA DEPARTMENT OF AGRICULTURE
ATTN J MARVIN MONTGOMERY, ESQ
PO BOX 631
BATON ROUGE LA 70821

CREDITOR ID: 539269-BI
LOUISIANA DEPARTMENT OF LABOR
OFFICE OF REGULATORY SERVICES
P O BOX 94050
BATON ROUGE LA 70804-9050

CREDITOR ID: 539271-BI
LOUISIANA DEPARTMENT OF REVENUE
PO BOX 91011
BATON ROUGE LA 70821-9011

CREDITOR ID: 539270-BI
LOUISIANA DEPARTMENT OF REVENUE
P O BOX 3138
BATON ROUGE LA 70821-3138

CREDITOR ID: 539272-BI
LOUISIANA DEPT OF AGRICULTURE & FORESTRY
PO BOX 91081
BATON ROUGE LA 70821-9081

CREDITOR ID: 539273-BI
LOUISIANA DEPT OF ENVIRONMENTAL QUALITY
FINANCIAL SERVICES DIVISION
PO BOX 4311
BATON ROUGE LA 70821-4311

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 539274-BI<br>LOUISIANA DEPT OF HEALTH & HOSPITAL<br>PO BOX 91030<br>ATTN: BETH JOHNSON,PHARMACY BENEFIT<br>MGMT UNIT<br>BATON ROUGE LA 70821-9030 | CREDITOR ID: 539275-BI<br>LOUISIANA DEPT OF PUBLIC<br>SAFETY OFFICE OF MOTOR<br>VEHICLES<br>PO BOX 64886<br>BATON ROUGE LA 70896 | CREDITOR ID: 539277-BI<br>LOUISIANA DEPT OF REVENUE<br>PO BOX 3138<br>BATON ROUGE LA 70821-3138 |
| CREDITOR ID: 539276-BI<br>LOUISIANA DEPT OF REVENUE<br>PO BOX 201<br>WITHHOLDING TAX SECTION<br>BATON ROUGE LA 70821-0201 | CREDITOR ID: 539278-BI<br>LOUISIANA DEPT OF REVENUE<br>PO BOX 91017<br>BATON ROUGE LA 70821-0201 | CREDITOR ID: 457583-99<br>LOUISIANA DEPT OF REVENUE<br>D HANSEN, C BRATKOWSKI & A SMITH<br>LEGAL DIV, 617 NORTH THIRD STREET<br>BATON ROUGE LA 70802 |
| CREDITOR ID: 539279-BI<br>LOUISIANA DEPT OF REVENUE &<br>TAXATION<br>P O BOX 91017<br>BATON ROUGE, LA 70821-9017 | CREDITOR ID: 539281-BI<br>LOUISIANA EGG COMMISSION<br>LA DEPT AGRICULTURE & FORESTRY<br>PO BOX 91081<br>BATON ROUGE LA 70821-9081 | CREDITOR ID: 539280-BI<br>LOUISIANA EGG COMMISSION<br>LA DEPT AGRICULTURE & FORESTRY<br>ACCOUNTS RECEIVABLE<br>PO BOX 91081<br>BATON ROUGE LA 70821-9081 |
| CREDITOR ID: 539282-BI<br>LOUISIANA FISH FRY PRODUCTS<br>5267 PLANK ROAD<br>BATON ROUGE LA 70805 | CREDITOR ID: 254260-12<br>LOUISIANA FISH FRY PRODUCTS, LTD<br>ATTN KRISTINE DOOLEY, MGR<br>5267 PLANK ROAD<br>BATON ROUGE, LA 70805 | CREDITOR ID: 397304-69<br>LOUISIANA LOTTERY<br>55 LAUREL STREET<br>BATON ROUGE, LA 70801 |
| CREDITOR ID: 255038-12<br>LOUISIANA MAILING SYSTEMS INC<br>ATTN NORA TICE, OFFICE MGR<br>3625 FLORIDA AVENUE<br>KENNER, LA 70065 | CREDITOR ID: 382940-51<br>LOUISIANA MEDICAID<br>PO BOX 91030<br>BATON ROUGE, LA 70821-9030 | CREDITOR ID: 539283-BI<br>LOUISIANA OCCUPATIONAL HEALTH SERVICES<br>PO BOX 11767<br>ALEXANDRIA LA 71315-1767 |
| CREDITOR ID: 539284-BI<br>LOUISIANA OFFICE PRODS<br>210 EDWARDS AVENUE<br>HARAHAN LA 70123 | CREDITOR ID: 255040-12<br>LOUISIANA OFFICE PRODUCTS<br>210 EDWARDS AVENUE<br>HARAHAN, LA 70123 | CREDITOR ID: 397799-75<br>LOUISIANA P&L ENTERGY<br>PO BOX 64001<br>NEW ORLEANS, LA 70164 |
| CREDITOR ID: 539285-BI<br>LOUISIANA RETAILERS ASSOC<br>PO BOX 44034<br>BATON ROUGE LA 70804-4034 | CREDITOR ID: 539286-BI<br>LOUISIANA SCHOOL FOR THE DEAF<br>2888 BRIGHTSIDE LANE<br>BATON ROUGE LA 70821 | CREDITOR ID: 255045-12<br>LOUISIANA SEAFOOD EXCHANGE<br>428 JEFFERSON HWY<br>JEFFERSON, LA 70121-2515 |
| CREDITOR ID: 395531-64<br>LOUISIANA STATE UNIVERSITY<br>208 COATES<br>BATON ROUGE, LA 70803 | CREDITOR ID: 539287-BI<br>LOUISIANA TRANSPORTATION INC<br>PO BOX 1000<br>DEPT# 389<br>MEMPHIS TN 3814480389 | CREDITOR ID: 539288-BI<br>LOUISIANA WATER CO<br>PO BOX 69000<br>BATON ROUGE LA 70896-6396 |
| CREDITOR ID: 539289-BI<br>LOUISIANA WEEKLY<br>PO BOX 8628<br>NEW ORLEANS LA 70182 | CREDITOR ID: 255051-12<br>LOUISIANA WEEKLY<br>PO BOX 8628<br>NEW ORLEANS, LA 70182 | CREDITOR ID: 390995-55<br>LOUIS-NOEL, INNOCIA<br>C/O GREG MONALDI & ASSOCIATES<br>ATTN STACY L FEINSTEIN, ESQ<br>200 SE 9TH STREET<br>FORT LAUDERDALE FL 33316-1020 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:   05-03817-3F1**

CREDITOR ID: 536444-BA
LOUISSANT, FARAH
270 NE 174 ST
MIAMI FL 33162

CREDITOR ID: 538373-BA
LOUISSANT, FARAH
C/O ROSENBERG & ROSENBERG,  PA
ATTN ANDREW GLENN
2501 HOLLYWOOD BLVD., SUITE 110
HOLLYWOOD FL 33020

CREDITOR ID: 255054-12
LOUISVILLE COURIER JOURNAL
PO BOX 630537
CINCINNATI, OH 45263-0537

CREDITOR ID: 539290-BI
LOUISVILLE GAS & ELECTRIC CO
PO BOX 35590
LOUISVILLE KY 40232-5590

CREDITOR ID: 399439-15
LOUISVILLE GAS & ELECTRIC COMPANY
ATTN C MICHAEL COOPER
820 WEST BROADWAY
LOUISVILLE KY 40202

CREDITOR ID: 539291-BI
LOUISVILLE WATER
550 SOUTH 3RD STREET
LOUISVILLE KY 40202

CREDITOR ID: 255061-12
LOUISVILLE WATER COMPANY
ATTN BARBARA K DICKENS, ESQ
550 SOUTH 3RD STREET
LOUISVILLE, KY 40202

CREDITOR ID: 539292-BI
LOUISVILLE/JEFFERSON COUNTY
REVENUE COMMISSION
PO BOX 35420
LOUISVILLE KY 40232-5410

CREDITOR ID: 382777-51
LOUK, MARY
707 GREEN BELT DRIVE
SUGARLAND, TX 77478

CREDITOR ID: 403815-94
LOUK, MARY L
432 HUCKLEBERRY TRAIL
JACKSONVILLE FL 32259

CREDITOR ID: 403815-94
LOUK, MARY L
C/O FRIEDLINE & MCCONNELL, PA
ATTN JERRETT M MCCONNELL, ESQ
1756 UNIVERSITY BLVD SOUTH
JACKSONVILLE FL 32216

CREDITOR ID: 536445-BA
LOUPE, TERRAN
230 ELLEN STREET
AMA LA 70031

CREDITOR ID: 556287-BC
LOUQUE, STACY
684 WEST PINE STREET
NORCO LA 70079

CREDITOR ID: 539293-BI
LOVE, BEAL, & NIXON P.C.
PO BOX 32738
OKLAHOMA CITY OK 73123

CREDITOR ID: 539294-BI
LOVELACE GAS SERVICE
10606 E COLONIAL DRIVE
ORLANDO FL 32817-4497

CREDITOR ID: 539295-BI
LOVELAND DISTRIBUTING CO
2290 DABNEY ROAD
P.O. BOX 11372
RICHMOND VA 23230

CREDITOR ID: 407783-93
LOVELL, ERNESTINE
3133 VALLEYDALE DRIVE
ATLANTA GA 30311

CREDITOR ID: 556288-BC
LOVETT, ANNIE
2090 NWY 73S
MARIANNA FL 32446

CREDITOR ID: 536446-BA
LOVETT, MONICA
80 NW 189 TERRACE
MIAMI FL 33169

CREDITOR ID: 533633-DO
LOVETT, RADFORD D
9440 PRESTON TRAIL DRIVE
PONTE VEDRA BEACH FL 32082

CREDITOR ID: 536447-BA
LOVITT, BARBARA
1454 CRAFT ST
TALLAHASSEE FL 32310

CREDITOR ID: 538374-BA
LOVITT, BARBARA
C/O BENJAMIN D. RUST, ATTY AT LAW
ATTN BENJAMIN RUST
359 NORTH MONROE STREET
TALLAHASSEE FL 32301

CREDITOR ID: 556290-BC
LOWE, BILL
640 CRYSTAL LAKE DRIVE
COCOA FL 32927

CREDITOR ID: 556289-BC
LOWE, KARI
2929 HILLCREST DRIVE
SARASOTA FL 34234

CREDITOR ID: 167678-09
LOWELL, ABBIE L
PO BOX 2428
ORANGE BEACH AL 36561

CREDITOR ID: 255077-12
LOWERY FABRICATING
ATTN: KENDALL OR VERNON LOWERY
1650 KRISTI CIRCLE
BIRMINGHAM, AL 35243

CREDITOR ID: 539297-BI
LOWERY PRIMARY SCHOOL
1200 ST PATRICK STREET
DONALDSONVILLE LA 70346

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 392883-55<br>LOWERY, BARBARA<br>C/O FARAH, FARAH, & ABBOTT, PA<br>ATTN BRIAN M FLAHERTY, ESQ<br>10 WEST ADAMS STREET, 3RD FLOOR<br>JACKSONVILLE FL 32202 | CREDITOR ID: 255079-12<br>LOWES<br>PO BOX 530954<br>ATLANTA, GA 30353-0954 | CREDITOR ID: 539298-BI<br>LOWES TRANSPORTATION<br>527 DIVINE DRIVE<br>ALBANY GA 31721 |
| CREDITOR ID: 539299-BI<br>LOWNDES COUNTY DISTRICT COURT<br>DV CASES<br>PO BOX 876<br>HAYNEVILLE AL 36040 | CREDITOR ID: 539300-BI<br>LOWNDES COUNTY UTILITIES DEPT<br>PO BOX 1349<br>VALDOSTA GA 31601 | CREDITOR ID: 279510-99<br>LOWNDES DROSDICK ET AL<br>ATTN: ZACHARY J BANCROFT<br>450 S ORANGE AVE, STE 800 (32801)<br>PO BOX 2809<br>ORLANDO FL 32802-2809 |
| CREDITOR ID: 539301-BI<br>LOWNDES ELECTRIC SUPPLY CO INC<br>PO BOX 2436<br>VALDOSTA GA 31602 | CREDITOR ID: 411230-15<br>LOWRY, BRENDA<br>C/O CUSIMANO KEENER ROBERTS, ET AL<br>ATTN MICHAEL L ROBERTS, ESQ<br>153 SOUTH 9TH STREET<br>GADSDEN AL 35901 | CREDITOR ID: 536448-BA<br>LOWTHER, HILDE<br>4720  RED FOX LANE<br>WEST BEND WI 53095 |
| CREDITOR ID: 538375-BA<br>LOWTHER, HILDE<br>C/O KMIEC LAW OFFICES<br>ATTN STEVEN G. KMIEC<br>3741 WEST NATIONAL AVENUE<br>MILWAUKEE WI 53215 | CREDITOR ID: 539302-BI<br>LOXAHATCHEE RIVER DISTRICT<br>PO BOX 8800<br>JUPITER FL 33468-8800 | CREDITOR ID: 556291-BC<br>LOZANO, GILBERTO<br>1447 SW 139 AVE<br>MIAMI FL 33184 |
| CREDITOR ID: 429840-15<br>LOZIER, KARL A, JR<br>334 VILLA DRIVE SOUTH<br>ATLANTIS FL 33462 | CREDITOR ID: 452383-15<br>LPI CALHOUN, INC<br>C/O CHAMBERLAIN, HRDLICKA, ET AL<br>ATTN JAMES L PAUL, ESQ<br>191 PEACHTREE STREET NE, 34TH FLOOR<br>ATLANTA GA 30303 | CREDITOR ID: 539305-BI<br>LPI KEY WEST ASSOCIATES LTD<br>750 NE 7TH AVENUE<br>DANIA BEACH FL 33004 |
| CREDITOR ID: 539304-BI<br>LPI KEY WEST ASSOCIATES LTD<br>2200 S DIXIE HIGHWAY<br>SUITE 702 B<br>MIAMI FL 33133 | CREDITOR ID: 1561-07<br>LPI KEY WEST ASSOCIATES LTD<br>750 NE 7TH AVE<br>DANIA BEACH FL 33004-2502 | CREDITOR ID: 416843-15<br>LPI MILLEDGEVILLE INC<br>C/O CHAMBERLAIN HRDLICKA ET AL<br>ATTN JAMES L PAUL, ESQ<br>191 PEACHTREE STREET, 34TH FLOOR<br>ATLANTA GA 30303 |
| CREDITOR ID: 416844-15<br>LPI WAYCROSS INC.<br>C/O CHAMBERLAIN HRDLICKA ET AL<br>ATTN JAMES L PAUL, ESQ<br>191 PEACHTREE STREET, 34TH FLOOR<br>ATLANTA GA 30303 | CREDITOR ID: 539306-BI<br>LPJOBS COM<br>7868 F REA ROAD<br>#318<br>CHARLOTTE NC 28277 | CREDITOR ID: 539307-BI<br>LR NELSON CORPORATION<br>PO BOX 95805<br>CHICAGO IL 60694-5805 |
| CREDITOR ID: 255097-12<br>LR NELSON CORPORATION<br>ATTN PAUL GAGNON, CONTROLLER<br>PO BOX 95805<br>CHICAGO, IL 60694-5805 | CREDITOR ID: 2388-07<br>LRS GENERAL PARTNERSHIP<br>WILLIAMS & ANDERSON PLC<br>ATTN JOHN KOOISTRA, III, ESQ<br>111 CENTER STREET, 22ND FLOOR<br>LITTLE ROCK  AR 72201 | CREDITOR ID: 2388-07<br>LRS GENERAL PARTNERSHIP<br>PO BOX A<br>BATESVILLE, AR 72503 |
| CREDITOR ID: 539308-BI<br>LRS GENERAL PARTNERSHIP<br>PO BOX A<br>BATESVILLE AR 72503 | CREDITOR ID: 539309-BI<br>LS2C LOGISTICS INC<br>GENERAL ELECTRIC CAPITAL CORP<br>PO BOX 9187<br>MINNEAPOLIS MN 55480-9187 | CREDITOR ID: 539310-BI<br>LSI CONSULTING<br>4175 CRESCENT DRIVE<br>SUITE C<br>ST LOUIS MO 63129 |

Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 539311-BI<br>LSQ FUNDING FOR BEE INTERNATIONAL<br>PO BOX 404322<br>ATLANTA GA 30384-4322 | CREDITOR ID: 539312-BI<br>LSQ FUNDING GROUP LC<br>% CHARLIES PASTRIES<br>PO BOX 102432<br>ATLANTA GA 30368-2432 | CREDITOR ID: 556292-BC<br>LUACES, REMEDIUS<br>3847 N.E 168 STR. #3 I<br>NORTH MIAMI BEACH FL 33160 |
| CREDITOR ID: 539314-BI<br>LUCAS FARM<br>4042 LUCAS- RICHARDSON ROAD<br>HAHIRA GA 31632 | CREDITOR ID: 556295-BC<br>LUCAS, EBONY<br>1241 SHERWOOD ESTATE<br>DUBLIN GA 31021 | CREDITOR ID: 556294-BC<br>LUCAS, SALLY LEE<br>1845 SW 87 CT<br>MIAMI FL 33165 |
| CREDITOR ID: 556293-BC<br>LUCAS, TRACY<br>117 NW 10TH<br>APT E<br>DANIA FL 33004 | CREDITOR ID: 536449-BA<br>LUCCHINI, LAUREN<br>921 48TH AVENUE<br>VERO BEACH FL 32966 | CREDITOR ID: 538376-BA<br>LUCCHINI, LAUREN<br>C/O JOSPEH H. GRAVES, P.A.<br>PO BOX 690789<br>VERO BEACH FL 32969 |
| CREDITOR ID: 392343-55<br>LUCERO, ANALIA R<br>C/O DAVID M. SHENKMAN, PA<br>ATTN DAVID M SHENKMAN, ESQ<br>2701 S BAYSHORE DRIVE, SUITE 602<br>MIAMI FL 33133 | CREDITOR ID: 255108-12<br>LUCILA DISTRIBUTION CORP<br>4300 SOUTHWEST 75TH AVENUE<br>MIAMI, FL 33155 | CREDITOR ID: 539316-BI<br>LUCILA DISTRIBUTION CORP<br>4300 SOUTHWEST 75TH AVENUE<br>MIAMI FL 33155 |
| CREDITOR ID: 539317-BI<br>LUCILE CHERBONNIER<br>700 DANDELION DR<br>WAGGAMAN LA 70094 | CREDITOR ID: 242716-12<br>LUCKMAN, PAUL T<br>13634 BROMLEY POINT DRIVE<br>JACKSONVILLE, FL 32225 | CREDITOR ID: 539318-BI<br>LUCKY LINE PRODUCTS INC<br>7890 DUNBROOK ROAD<br>SAN DIEGO CA 92126 |
| CREDITOR ID: 1563-07<br>LUCY COMPANY OF SOUTH CAROLINA<br>C/O GRUBB & ELLIS WILSON/KIBLER<br>PO BOX 11312<br>COLUMBIA, SC 29211 | CREDITOR ID: 539319-BI<br>LUCY COMPANY OF SOUTH CAROLINA LLC<br>PO BOX 11312<br>% GRUBB & ELLIS WILSON/KIBLER<br>COLUMBIA SC 29211 | CREDITOR ID: 539320-BI<br>LUCY RODRIGUEZ<br>4267 NW 169TH TERR<br>MIAMI FL 33055 |
| CREDITOR ID: 539321-BI<br>LUCY RODRIGUEZ<br>PO BOX 172284<br>HIALEAH FL 33017-2284 | CREDITOR ID: 391914-55<br>LUCY, BETTY<br>C/O YORK, LEGG & MEADOR<br>ATTN J STEPHEN LEGG, ESQ<br>PO DRAWER 16207<br>MOBILE AL 36616 | CREDITOR ID: 556296-BC<br>LUCY, GRACE<br>13420 COUCH LIGHT CIRCLE<br>SEMINOLE FL 33776 |
| CREDITOR ID: 539322-BI<br>LUHEC REFRIGERATION<br>5791 NW 37TH AVE<br>MIAMI FL 33142 | CREDITOR ID: 539323-BI<br>LUIGINO'S INC<br>1314 RELIABLE PARKWAY<br>CHICAGO IL 60686 | CREDITOR ID: 407611-15<br>LUIGINO'S, INC<br>C/O FRYBERGER LAW FIRM<br>ATTN SHAWN M DUNLEVY, ESQ<br>302 N SUPERIOR STREET, SUITE 700<br>DULUTH  MN 55802 |
| CREDITOR ID: 407611-15<br>LUIGINO'S, INC<br>ATTN CFO<br>PO BOX 16630<br>DULUTH MN 55816 | CREDITOR ID: 382869-51<br>LUIS FLIKER & ASSOCIATES, INC FKA<br>DIVERS<br>13550 SW 6TH COURT, SUITE 412<br>PEMBROKE PINES, FL 33122 | CREDITOR ID: 539327-BI<br>LUIS RODRIGUEZ<br>PO BOX 110431<br>ID# 173203<br>HIALEAH FL 33011-0431 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 539328-BI<br>LUKE COOLEY JUDGE OF PROBATE<br>P O DRAWER 6406<br>DOTHAN AL 36302-6406 | CREDITOR ID: 539329-BI<br>LULING BOOSTER CLUB<br>PO BOX 1351<br>LULING LA 70070 | CREDITOR ID: 539330-BI<br>LULING ELEMENTARY SCHOOL<br>904 SUGARHOUSE RD<br>LULING LA 70070 |
| CREDITOR ID: 408376-BD<br>LUMBERMENS MUTUAL CASUALTY CO<br>ATTN:  RMG COLLECTIONS M-1<br>ONE KEMPER DR<br>LONG GROVE IL 60049-0001 | CREDITOR ID: 406912-MS<br>LUMPKIN, HASKEL L.<br>4140 FLOYD DR.<br>BATON ROUGE LA 70808 | CREDITOR ID: 556297-BC<br>LUNA, LUCIA<br>6894 NW 173RD DRIVE<br>MIAMI FL 33015 |
| CREDITOR ID: 556298-BC<br>LUNA, RICARDO<br>5800 BARNES ROAD SOUTH<br>#202<br>JACKSONVILLE FL 32216 | CREDITOR ID: 539331-BI<br>LUNDIN ROOFING CO<br>1301 COMMERCIAL DRIVE<br>PORT ALLEN LA 70767 | CREDITOR ID: 395684-65<br>LUNDIN ROOFING LLC<br>1301 COMMERCIAL DRIVE<br>PORT ALLEN, LA 70767-3227 |
| CREDITOR ID: 406913-MS<br>LUNDY, FRANK W<br>2505 HERITAGE DR<br>TITUSVILLE FL 32780 | CREDITOR ID: 556299-BC<br>LUNDY, HELEN<br>4595 SAN VELIETO<br>JACKSONVILLE FL 32210 | CREDITOR ID: 399982-84<br>LUNDY, LADAVIUS<br>600 S WASHINGTON AVE, APT 24<br>MOBILE AL 36603-1453 |
| CREDITOR ID: 387486-54<br>LUNDY, SANDRA<br>810 NE HIGHWAY 41<br>WILLISTON FL 32696 | CREDITOR ID: 406914-MS<br>LUNN, RAYMOND<br>200 ROSEDOWN WAY<br>MANDEVILLE LA 70471 | CREDITOR ID: 536450-BA<br>LUNSFORD, WANDA<br>1566 STREET THOMAS AVENUE<br>SEBRING FL 33872 |
| CREDITOR ID: 556300-BC<br>LUONGO, LEANORA<br>5119 BERNADETTE DR<br>ZEPHYRHILLS FL 33541 | CREDITOR ID: 556302-BC<br>LURIU, STEVEN<br>311 INLET WAY<br>APT 10<br>WEST PALM BEACH FL 33404 | CREDITOR ID: 556303-BC<br>LUSO, FRANCELLY<br>1784 CAROL SUE AVE<br>GRETNA LA 70056 |
| CREDITOR ID: 382778-51<br>LUSSIER, KATHERINE<br>9164 STARPASS DRIVE<br>JACKSONVILLE, FL 32256 | CREDITOR ID: 403816-94<br>LUSSIER, KATHERINE A<br>9164 STARPASS DRIVE<br>JACKSONVILLE FL 32256 | CREDITOR ID: 539332-BI<br>LUTCHER ELEMENTARY<br>2461 KING AVENUE<br>LUTCHER LA 70071 |
| CREDITOR ID: 556304-BC<br>LUTCY, DEBRA<br>2002 WINDWARD PASS<br>LAKELAND FL 33801 | CREDITOR ID: 391015-55<br>LUTGENS, SARAH (MINOR)<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN J SCOTT NOONEY, ESQ<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 391015-55<br>LUTGENS, SARAH (MINOR)<br>C/O CARLA LUTGENS<br>PO BOX 14483<br>JACKSONVILLE FL 32238 |
| CREDITOR ID: 255143-28<br>LUTHERAN BROTHERHOOD<br>ATTN DEAN L BULSEY<br>ATTN INVESTMENT DIVISION<br>625 FOURTH AVE SOUTH<br>MINNEAPOLIS, MN 55415 | CREDITOR ID: 539334-BI<br>LUTHERAN HIGH SCHOOL<br>3864 17TH STREET<br>METAIRIE LA 70002 | CREDITOR ID: 255144-12<br>LUTHERS LAWN & LANDSCAPING<br>ATTN LUTHER E BEACH, OWNER<br>5739 CONNELL RD<br>PLANT CITY, FL 33567 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 255144-12<br>LUTHERS LAWN & LANDSCAPING<br>C/O LAW OFFICE OF STEPHEN L EVANS<br>ATTN STEPHEN L EVANS, ESQ<br>104 NORTH THOMAS STREET<br>PLANT CITY FL 33563 | CREDITOR ID: 395685-65<br>LUTHER'S LAWN & LANDSCAPING<br>5739 CONNELL RD<br>PLANT CITY, FL 33567 | CREDITOR ID: 539335-BI<br>LUTHERS LAWN AND LANDSCAPING<br>5739 CONNELL RD<br>PLANT CITY FL 33567 |
| CREDITOR ID: 406915-MS<br>LUTTRULL, JERRY D<br>C/O FRIEDLINE & MCCONNELL, PA<br>ATTN JERRETT M MCCONNELL, ESQ<br>1756 UNIVERSITY BLVD SOUTH<br>JACKSONVILLE FL 32216 | CREDITOR ID: 406915-MS<br>LUTTRULL, JERRY D<br>1712 POPLAR DR<br>ORANGE PARK FL 32073 | CREDITOR ID: 168235-09<br>LUTZ, BRIAN<br>2319 37TH AVE N<br>ST PETERSBURG FL 33713 |
| CREDITOR ID: 255147-12<br>LUVEL DAIRY INC<br>PO BOX 1229<br>KOSIUSKO, MS 39090 | CREDITOR ID: 539336-BI<br>LUVEL DAIRY INC<br>PO BOX 1229<br>KOSIUSKO MS 39090 | CREDITOR ID: 408369-15<br>LUX, DEJAH<br>C/O QUINTEROS, PRIETO, WOOD & BOYER<br>ATTN ROBIN KHANAL, ESQ<br>8427 SOUTHPARK CIRCLE, SUITE 100<br>ORLANDO FL 32819 |
| CREDITOR ID: 539338-BI<br>LUZ* CERELLA<br>2241 SW 11TH STREET<br>MIAMI FL 33135 | CREDITOR ID: 536451-BA<br>LUZURIAGA, ANGELITA<br>19600 STERLING DR<br>MIAMI FL 33157 | CREDITOR ID: 538377-BA<br>LUZURIAGA, ANGELITA<br>C/O SUAREZ AND ASSOCIATES, PA<br>ATTN JAIME E. SUAREZ, ESQ.<br>351 N.W. LEJUNE ROAD, STE 201<br>MIAMI FL 33126 |
| CREDITOR ID: 539339-BI<br>LVNV FUNDING LLC<br>7765 SW 87 AVENUE    STE 101<br>C/O HAYT HAYT & LANDAU<br>MIAMI FL 33173 | CREDITOR ID: 254229-12<br>LW GATEWOOD WHOLESALE GROCERY<br>PO DRAWER C<br>FOREST, MS 39074 | CREDITOR ID: 539340-BI<br>LW JOG S C LTD<br>C/O SOUTHERN MGMT & DEV LTD<br>PO BOX 11229<br>KNOXVILLE TN 37939 |
| CREDITOR ID: 1564-07<br>LW JOG S C LTD<br>C/O SOUTHERN MGMT & DEV LTD<br>PO BOX 11229<br>KNOXVILLE, TN 37939 | CREDITOR ID: 410744-15<br>LW JOG SC, LTD<br>C/O SOUTHERN MGMT & DEV LTD<br>ATTN STEVEN LEVIN, VP<br>21301 POWERLINE ROAD, STE 312<br>BOCA RATON FL 33433 | CREDITOR ID: 410744-15<br>LW JOG SC, LTD<br>C/O RICE PUGATCH ROBINSON ET AL<br>ATTN CRAIG A PUGATCH, ESQ<br>101 NE THIRD AVENUE, STE 1800<br>FORT LAUDERDALE FL 33301 |
| CREDITOR ID: 2359-07<br>LW SMITH JR TRUST<br>301 PARK LAKE ROAD<br>COLUMBIA, SC 29223 | CREDITOR ID: 556305-BC<br>LYCH, TERESA<br>223 SHARON STREET<br>BUSHNELL FL 33513 | CREDITOR ID: 539342-BI<br>LYKES MEATS GROUP INC<br>PO BOX 198198<br>ATLANTA GA 30384-8198 |
| CREDITOR ID: 539341-BI<br>LYKES MEATS GROUP INC<br>PO BOX 198198<br>ATLANTA GA 30384-8198 | CREDITOR ID: 255155-12<br>LYKES MEATS GROUP INC<br>ATTN JEAN D MOODY, VP OF CREDIT&A/R<br>PO BOX 198198<br>ATLANTA, GA 30384-8198 | CREDITOR ID: 406080-15<br>LYKINS OIL COMPANY<br>ATTN LINDA BLOCK OR ROBERT MANNING<br>5163 WOLFPEN PLEASANT HILL ROAD<br>MILFORD OH 45150 |
| CREDITOR ID: 255156-12<br>LYKINS OIL COMPANY<br>ATTN ROBERT J MANNING, TREASURER<br>PO BOX 633722<br>CINCINNATI, OH 45263-3722 | CREDITOR ID: 536452-BA<br>LYLE, NELLY<br>780 CAMELIA ST<br>ATLANTIC BEACH FL 32233 | CREDITOR ID: 538378-BA<br>LYLE, NELLY<br>THE LAW OFFICES OF J. SCOTT NOONEY<br>ATTN J. SCOTT NOONEY<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207-3303 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 556306-BC<br>LYLES, LINDA<br>25779 AUSTIN ROAD<br>DAPHNE AL 36526 | CREDITOR ID: 556307-BC<br>LYLES, OPHELIA<br>517 4TH AVE. N.W.<br>MOULTRIE GA 31768 | CREDITOR ID: 539344-BI<br>LYMAN ELEMENTAAY SCHOOL<br>14222 OLD HWY 49<br>GULFPORT MS 39503 |
| CREDITOR ID: 539345-BI<br>LYN DECKMAN<br>1221 CREEKWOOD WAY SOUTH<br>JACKSONVILLE FL 32259 | CREDITOR ID: 556308-BC<br>LYNCH, KIM<br>2121NW 60TH ST<br>MIAMI FL 33142 | CREDITOR ID: 538379-BA<br>LYNCH, MILDRED<br>C/O KAVOUKLIS LAW GROUP, P.A.<br>ATTN NIKKI KAVOUKLIS, P.A.<br>115 SOUTH NEWPORT AVENUE<br>TAMPA FL 33606 |
| CREDITOR ID: 536453-BA<br>LYNCH, MILDRED<br>1917 HOLIDAY DR.<br>HOLIDAY FL 34691 | CREDITOR ID: 382779-51<br>LYNCH, PETER<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254-3699 | CREDITOR ID: 533648-DO<br>LYNCH, PETER L<br>112 HARBOR MASTER DR<br>PONTE VEDRA BEACH FL 32082 |
| CREDITOR ID: 377869-45<br>LYNCH, PETER L<br>C/O WINN DIXIE STORES INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | CREDITOR ID: 556309-BC<br>LYNCH, THOMAS<br>6 HOOVER ST<br>BEVERLY HILLS FL 34465 | CREDITOR ID: 539346-BI<br>LYNDA ELDER<br>4829 EMPIRE CHURCH ROAD<br>GROVELAND FL 34736 |
| CREDITOR ID: 539348-BI<br>LYNN GIORGIANNI<br>3081 ISSER LANE<br>JACKSONVILLE FL 32257 | CREDITOR ID: 539350-BI<br>LYNN MARSHALL<br>4049 BRUCE GARNER ROAD<br>FRANKLINTON NC 27525 | CREDITOR ID: 255168-12<br>LYNN ROBERTS & ASSOCIATES INC<br>ATTN ROBERT C SUNDMACHER, VP<br>1769 BLOUNT ROAD, SUITE 109<br>POMPANO BEACH FL 33069 |
| CREDITOR ID: 539351-BI<br>LYNN ROBERTS AND ASSOCIATES INC<br>1769 BLOUNT ROAD #109<br>POMPANO BEACH FL 33069 | CREDITOR ID: 402791-89<br>LYNN, DAVID MICHAEL<br>1627 WAKEFIELD WAY<br>ROCK HILL SC 29730 | CREDITOR ID: 556310-BC<br>LYNN, SASHA<br>4 ZEIGLER PL<br>PALM COAST FL 32164 |
| CREDITOR ID: 539352-BI<br>LYNNIE WILLIAMS<br>625 N 17TH STREET<br>BATON ROUGE LA 70802 | CREDITOR ID: 539353-BI<br>LYONS PIPES & COOK<br>2 NORTH ROYAL ST<br>MOBILE AL 36652 | CREDITOR ID: 255173-12<br>LYONS PIPES & COOK, PC<br>ATTN D CONSTANTINE & C THURBER<br>2 NORTH ROYAL STREET<br>PO BOX 2727<br>MOBILE, AL 36602 |
| CREDITOR ID: 536454-BA<br>LYONS, ASHLEY<br>601 SHERWOOD OAKS CR<br>OCOEE FL 34761 | CREDITOR ID: 538380-BA<br>LYONS, ASHLEY<br>C/O MORGAN & MORGAN<br>ATTN MICHAEL SUTTON ESQ<br>20 N ORANGE AVENUE, 16TH FLOOR<br>PO BOX 4979<br>ORLANDO FL 32802-4979 | CREDITOR ID: 556311-BC<br>LYONS, LENA<br>141 OLD ORANGE PARK RD<br>ORANGE PARK FL 32073 |
| CREDITOR ID: 398796-78<br>LYONS, LINDA F<br>3660 WATERSIDE DRIVE<br>ORANGE PARK, FL 32065 | CREDITOR ID: 539355-BI<br>M & M MARS<br>PO BOX 100593<br>ATLANTA GA 30384-0593 | CREDITOR ID: 539354-BI<br>M & M MARS<br>PO BOX 100593<br>ATLANTA GA 30384-0593 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                        CASE:    05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 539356-BI<br>M & P REYNOLDS ENTERPRISES INC<br>1900 NW 32 STREET<br>POMPANO BEACH FL 33064 | CREDITOR ID: 539357-BI<br>M & P SHOPPING CENTER<br>5025 WINTERS CHAPEL RD<br>LAKE SHORE VILLAGE<br>ATLANTA GA 30360-1700 | CREDITOR ID: 539358-BI<br>M A R S STOUT<br>PO BOX 8026<br>MISSOULA MT 59807 |
| CREDITOR ID: 539359-BI<br>M AND M TIRE SERVICE CO<br>P O BOX 311332<br>BIRMINGHAM AL 35231 | CREDITOR ID: 539360-BI<br>M G NEWELL COMPANY INC<br>PO BOX 60140<br>CHARLOTTE NC 28260-0140 | CREDITOR ID: 539361-BI<br>M H ZEIGLER & SONS LLC<br>135 S LASALLE STREET<br>DEPT 1556<br>CHICAGO IL 60674-1556 |
| CREDITOR ID: 539362-BI<br>M H ZEIGLER & SONS LLC<br>1556 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 | CREDITOR ID: 279323-35<br>M JACOBS & SONS (SPRAYCO)<br>ATTN DAVID LUBIN, CFO<br>30375 NORTHWESTERN HWY<br>FARMINGTON HILLS MI 48334 | CREDITOR ID: 539364-BI<br>M KAMENSTEIN<br>PO BOX 19415<br>NEWARK NJ 07195-9415 |
| CREDITOR ID: 539363-BI<br>M KAMENSTEIN<br>PO BOX 19360A<br>NEWARK NJ 07195-9360 | CREDITOR ID: 539366-BI<br>M L WEEKS<br>MR POKER<br>PO BOX 3387<br>PINEVILLE LA 71361 | CREDITOR ID: 539365-BI<br>M L WEEKS<br>MR POKER<br>PO BOX 1000<br>DEPT 346<br>MEMPHIS TN 38148-0346 |
| CREDITOR ID: 255196-12<br>M LICHT & SON INC<br>ATTN RICHARD M LICHT, PRESIDENT<br>PO BOX 507<br>KNOXVILLE, TN 37901-0507 | CREDITOR ID: 539367-BI<br>M LICHT & SON INC<br>PO BOX 507<br>KNOXVILLE TN 37901-0507 | CREDITOR ID: 278915-30<br>M RICHARD & SON<br>PO BOX 66<br>SUNSET, LA 70584-0066 |
| CREDITOR ID: 539368-BI<br>M RICHARD & SON<br>PO BOX 66<br>SUNSET LA 70584-0066 | CREDITOR ID: 539369-BI<br>M & M PROVISIONS<br>266 ENTERPROSE DRIVE<br>HOUMA LA 70360 | CREDITOR ID: 255175-12<br>M&E MANUFACTURING CO, INC<br>ATTN JEFF WEINBERGER, PRES<br>19 PROGRESS STREET<br>KINGSTON, NY 12402 |
| CREDITOR ID: 539370-BI<br>M&M GLOBAL BRANDS<br>7930 DEERING AVENUE<br>CANOGA PARK CA 91304 | CREDITOR ID: 255178-12<br>M&M MARS<br>ATTN SUSAN L BASTO, CUST FIN MGR<br>PO BOX 100593<br>ATLANTA, GA 30384-0593 | CREDITOR ID: 407569-15<br>M&M MARS - MASTERFOODS USA<br>ATTN ALTHEA GEORGES, CUST CARE MGR<br>800 HIGH STREET<br>HACKETTSTOWN NJ 07840 |
| CREDITOR ID: 539371-BI<br>M&M METALWORKS INC<br>1728 21ST STREET<br>GULFPORT MS 39501 | CREDITOR ID: 255203-12<br>M&M PROVISIONS<br>ATTN: STEVE MCCOY, PRES<br>266 ENTERPRISE DRIVE<br>HOUMA, LA 70360 | CREDITOR ID: 539372-BI<br>M&N FOOD PRODUCTS<br>PO BOX 938<br>LACOMBE LA 70445 |
| CREDITOR ID: 410453-15<br>M&P LULING LP<br>C/O KIRKPATRICK & LOCKHART ET AL<br>ATTN JAMIE BISHOP<br>HENRY W OLIVER BUILDING<br>535 SMITHFIELD STREET<br>PITTSBURGH PA 15222-2312 | CREDITOR ID: 410453-15<br>M&P LULING LP<br>ATTN IRA M MORGAN, PRESIDENT<br>1230 GRANT BUILDING<br>PITTSBURGH PA 15219 | CREDITOR ID: 255179-12<br>M&P REYNOLDS ENTERPRISES INC<br>1900 N W 32 STREET<br>POMPANO BEACH, FL 33064 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 255180-12<br>M&P SHOPPING CENTER<br>LAKE SHORE VILLAGE<br>ATTN MICHAEL PLASKER, GP<br>5025 WINTERS CHAPEL RD<br>ATLANTA, GA 30360-1700 | CREDITOR ID: 1565-07<br>M&P SHOPPING CENTER<br>5025 WINTERS CHAPEL RD<br>LAKE SHORE VILLAGE<br>ATLANTA, GA 30360-1700 | CREDITOR ID: 255181-12<br>M&S SIGNS INC<br>ATTN SUZIE BOATWRIGHT, PRES<br>102 DRENNEN RD, SUITE C-9<br>ORLANDO FL 32806 |
| CREDITOR ID: 403482-98<br>M.D. SASS<br>RE/ ENTERPRISE PORTFOLIO COMPANY LP<br>ATTN: P SIVIN<br>10 NEW KING ST<br>WHITE PLAINS NY 10604 | CREDITOR ID: 397305-69<br>M/Z LAWN & LANDSCAPE<br>5103 CIRCLE DRIVE<br>SHELBY, NC 28152 | CREDITOR ID: 539373-BI<br>M/Z LAWN SERVICE<br>5103 CIRCLE DRIVE<br>SHELBY NC 28152 |
| CREDITOR ID: 556313-BC<br>MAATHERLY, JOANNE<br>40-27 SHEOAH BLVD.<br>WINTER SPRINGS FL 32708 | CREDITOR ID: 390570-55<br>MAATOUK, CHARO<br>C/O ANDERSON & HOWELL, PA<br>ATTN RICHARD A STAGGARD, ESQ<br>2029 NORTH THIRD STREET<br>JACKSONVILLE BEACH FL 32250 | CREDITOR ID: 400287-85<br>MABRY, PAULA C<br>C/O GONZELEZ PORCHER GARCIA ET AL<br>ATTN ANDY M CUSTER, ESQ<br>604 LAKE AVENUE<br>LAKE WORTH FL 33460 |
| CREDITOR ID: 539374-BI<br>MAC ARTHUR KELLY<br>3867 DORIS DRIVE<br>PACE FL 32571 | CREDITOR ID: 539375-BI<br>MAC TOOLS DISTRIBUTOR<br>JEFFREY SMITH<br>170 LONGWOOD LANE<br>NEWNAN GA 30263 | CREDITOR ID: 539376-BI<br>MAC TRAILER LEASING DBA PLM TRAILER<br>PO BOX 827211<br>PHILADELPHIA PA 19182-7211 |
| CREDITOR ID: 240448-06<br>MACCLEANNY, FL TAX COLLECTOR<br>GENE HARVEY<br>LICENSE & PERMITS<br>32 N 5TH STREET<br>MACCLENNY FL 32063-2843 | CREDITOR ID: 536455-BA<br>MACCLELLAN, BESS<br>P.O. BOX 1029<br>POMONA PARK FL 32181 | CREDITOR ID: 539377-BI<br>MACCO ADHESIVES<br>LOCKBOX 92982<br>CLEVELAND OH 44194 |
| CREDITOR ID: 536456-BA<br>MACDONALD (MINOR), BREANNE<br>18104 CONSTITUTION CIRCLE<br>FORT MYERS FL 33912 | CREDITOR ID: 538381-BA<br>MACDONALD (MINOR), BREANNE<br>C/O JAY CALVERT COOPER LAW OFFICE<br>ATTN JAY CALVERT COOPER<br>1404 DEAN STREET, SUITE 201<br>FT MYERS FL 33901 | CREDITOR ID: 536457-BA<br>MACEDAESTRADA, HERMINIA<br>823 1/2 4 ST<br>WEST PALM BEACH FL 33401 |
| CREDITOR ID: 538118-BA<br>MACEDAESTRADA, HERMINIA<br>C/O STEINGER, ISCOE & PHILIPS, P.A.<br>ATTN MR. STEINGER<br>1645 PALM BEACH LAKES BLVD, 9TH FL.<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 539378-BI<br>MACEDONIA BAPTIST CHURCH<br>PO BOX 952<br>OCEAN SPRINGS  39564 | CREDITOR ID: 539379-BI<br>MACH 1 AIR SERVICES INC<br>1530 W BROADWAY<br>TEMPE AZ 85282 |
| CREDITOR ID: 381230-47<br>MACHADO FENCE<br>3525 NW 98 ST<br>MIAMI, FL 33147 | CREDITOR ID: 539380-BI<br>MACHADO FENCE<br>3525 NW 98 ST<br>MIAMI FL 33147 | CREDITOR ID: 391326-55<br>MACHADO, MARIA<br>C/O AAA LEGAL SERVICES, INC<br>ATTN RAUL A MONTANER, ESQ<br>13780 SW 56TH, SUITE 100<br>MIAMI FL 33175 |
| CREDITOR ID: 393487-55<br>MACHADO, NORMA<br>C/O LEEDS COLBY PARIS ET AL<br>ATTN JACK PARIS, ESQ<br>2400 S DIXIE HIGHWAY, STE 100<br>MIAMI FL 33133 | CREDITOR ID: 556314-BC<br>MACHIN, ESMERALDA<br>12748 SW 256 TERR<br>HOMESTEAD FL 33032 | CREDITOR ID: 400362-85<br>MACIAS, MARTA<br>C/O CARLOS M RIPPES LAW OFFICES<br>ATTN CARLOS M RIPPES, ESQ<br>24 EAST 5TH  STREET, SUITE 2E<br>HIALEAH FL 33010 |

SERVICE LIST
Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 255225-12
MACK LLC DBA KRISPY KREME
ATTN ALAN HERBERT
PO BOX 10100
NEW ORLEANS, LA 70181

CREDITOR ID: 539381-BI
MACK LLC DBA KRISPY KREME
PO BOX 10100
NEW ORLEANS LA 70181

CREDITOR ID: 255227-12
MACK PRODUCE
314 E LEMON ST
PO BOX 363
FITZGERALD, GA 31750

CREDITOR ID: 539382-BI
MACK PRODUCE
314 E LEMON ST
PO BOX 363
FITZGERALD GA 31750

CREDITOR ID: 539383-BI
MACK WILLIAMS
PO BOX 165
CALERA AL 35040

CREDITOR ID: 408170-15
MACK, BRENDA
C/O KENNEDY LAW GROUP
ATTN JOHN D MALKOWSKI, ESQ
5100 WEST KENNEDY BLVD, STE 100
TAMPA FL 33609

CREDITOR ID: 556316-BC
MACK, CHRISTOPHER
446 HONETSUCKLE ST9/23/1996
WAUCHULA FL 33873

CREDITOR ID: 269639-19
MACK, DON
C/O WILKINSON LAW FIRM PC
ATTN CYNTHIA WILKINSON, ESQ
SUITE 811
215 N RICHARD ARRINGTON BLVD.
BIRMINGHAM AL 35203

CREDITOR ID: 556317-BC
MACK, JOHN
210 LANDVIEW DR
DOTHAN AL 36301

CREDITOR ID: 556318-BC
MACK, MARGARET
1013 57TH AVE TRE EAST
BRADENTON FL 34203

CREDITOR ID: 556319-BC
MACK, MARIA
4001A DUNDEE RD
DUNDEE FL 33838

CREDITOR ID: 390913-55
MACK, PAMELA
C/O VALTEAU, HARRIS, KOENIG & MAYER
ATTN J NELSON MAYER, III, ESQ
1410 FIRST NBC BUILDING
210 BARONNE STREET
NEW ORLEANS LA 70112

CREDITOR ID: 392769-55
MACK, SANDRA
C/O ROSEN & CHALIK, PA
ATTN JASON CHALIK, ESQ
10063 NW 1ST CT
PLANTATION FL 33324-7006

CREDITOR ID: 536458-BA
MACK, SELENA
514 E MORGAN ST
TARPON SPRINGS FL 34689

CREDITOR ID: 536459-BA
MACK, SHANTA
3783 OLIVE RD APT D
PENSACOLA FL 32514

CREDITOR ID: 556315-BC
MACK, STEARLEE
18363 PLANK ROAD
ZACHARY LA 70791

CREDITOR ID: 556320-BC
MACKAIL, ARTHUR
2935 CROSLEY DRIVE
WEST PALM BEACH FL 33415

CREDITOR ID: 381772-15
MACKAY ENVELOPE COMPANY, LLC
ATTN SUSAN RAUSCH, CORP CR MGR
2100 ELM STREET SE
MINNEAPOLIS MN 55414-2597

CREDITOR ID: 539384-BI
MACKAY ENVELOPE CORP
PO BOX 86  SDS 12-0824
MINNEAPOLIS MN 55486-0824

CREDITOR ID: 536460-BA
MACKEY, DEBBIE
1150 WEST 28TH STREET
JACKSONVILLE FL 32209

CREDITOR ID: 538119-BA
MACKEY, DEBBIE
THE LAW OFFICES OF J. SCOTT NOONEY
ATTN J SCOTT NOONEY
3535 HENDRICKS AVENUE
JACKSONVILLE FL 32207-3303

CREDITOR ID: 2538-07
MACKEY, SANDRA
3590 CLOUDLAND DRIVE NW
ATLANTA, GA 30327

CREDITOR ID: 382780-51
MACKINNEY SYSTEMS
4411 E STATE HWY D, SUITE F
SPRINGFIELD, MO 65809

CREDITOR ID: 539385-BI
MACKINNEY SYSTEMS INC
4411 E STATE HWY D
SUITE F
SPRINGFIELD MO 65809

CREDITOR ID: 255230-12
MACKOUL DISTRIBUTORS, INC
ATTN JEROME MACKOUL, PRES
PO BOX 3847
3425 MAIN STREET
JACKSONVILLE, FL 32206-0906

CREDITOR ID: 539386-BI
MACKS LIVER MUSH
PO BOX 27
POLKVILLE NC 28136

CREDITOR ID: 255232-12
MACON  TELEGRAPH & NEWS
ATTN WALTER R COOKE III, CREDIT MGR
PO BOX 4167
MACON, GA 31208

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

CREDITOR ID: 534986-W9
MACON  TELEGRAPH & NEWS
ATTN: WALTER COOKE III
120 BROADWAY
MACON GA 31208

CREDITOR ID: 539387-BI
MACON  TELEGRAPH & NEWS
PO BOX 4167
MACON GA 31208

CREDITOR ID: 539388-BI
MACON COUNTY CIRCUIT CLER
PO BOX 830723
TUSKEGEE AL 36083

CREDITOR ID: 392523-55
MACON, GAIL
C/O TYLER F TYGART, PA
ATTN TYLER F TYGART, ESQ
1300 RIVERPLACE BLVD, SUITE 601
JACKSONVILLE FL 32207

CREDITOR ID: 400299-85
MACON, HEATHER L
C/O BUCHER FIRM PC
ATTN STEPHEN BUCHER, ESQ
3782 ASHLEY PHOSPHATE RD
NORTH CHARLESTON SC 29418

CREDITOR ID: 539389-BI
MACRO 4 INC
PO BOX 19157
NEWARK NJ 07195-0157

CREDITOR ID: 255235-12
MACRO 4, INC
PO BOX 19157
NEWARK, NJ 07195-0157

CREDITOR ID: 403532-15
MACRO 4, INC
ATTN SCOTT MATEO
35 WATERVIEW BLVD
PARSIPPANY NJ 07054

CREDITOR ID: 382786-51
MACRO4
35 WATERVIEW BLVD
PARIPPANY, NJ 07054-0292

CREDITOR ID: 382787-51
MACROVISION
900 NATIONAL PARKWAY, SUITE 125
SCHAUMBURG, IL 60173-5108

CREDITOR ID: 381232-47
MACS SHEET METAL & MECHANICAL SVCS INC
817 JAMES LEE RD
PO BOX 3028
FT WALTON BEACH, FL 32547

CREDITOR ID: 255239-12
MAD HATTER MUFFLERS & TIRES
C/O FLEET TIRE SALES & SERVICE
ATTN CHUCK OR HARRIETTE WALKER
960 SOUTH DIXIE HWY WEST
POMPANO BEACH, FL 33060

CREDITOR ID: 539390-BI
MAD HATTER MUFFLERS & TIRES
960 S DIXIE HWY WEST
POMPANO BEACH FL 33060

CREDITOR ID: 406917-MS
MADDEN, JAMES A
767 PENLAND RD
LAURENS SC 29360

CREDITOR ID: 168837-09
MADDOX, JANICE A
3407 AVE R
FORT PIERCE FL 34947

CREDITOR ID: 556321-BC
MADDOX, JOHN
5975 PURSLEY AVE. APT P
CORRECT # 850-457-9991
PENSACOLA FL 32526

CREDITOR ID: 535054-15
MADDUX SUPPLY CO
862 RALEIGH ST
GREENSBORO NC 27405

CREDITOR ID: 255243-12
MADDUX SUPPLY CO
PO BOX 4219
GREENVILLE, SC 29608

CREDITOR ID: 539391-BI
MADELINE COOK
1116 RIDGEGROVE DRIVE
ID# 110865
W PALM HARBOR FL 34683

CREDITOR ID: 536461-BA
MADERA, ELAINE
1485 SW 16TH AVENUE
OCALA FL 34473

CREDITOR ID: 538120-BA
MADERA, ELAINE
C/O BOGIN, MUNNS & MUNNS
ATTN PAMELA BOUNDS OLSEN, ESQ.
1396 NW 29TH AVENUE, #400
OCALA FL 34470

CREDITOR ID: 556322-BC
MADERE, KAREN
124 GOURGUES ST
HAHNVILLE LA 70057

CREDITOR ID: 539394-BI
MADISON COUNTY CLERK COURTHOUSE
ATTN SM COURT
100 NORTH SIDE SQUARE
HUNTSVILLE AL 35801

CREDITOR ID: 539395-BI
MADISON COUNTY TAX COLLECTOR
MADISON CO COURTHOUSE
100 NORTHSIDE SQUARE
HUNTSVILLE AL 35801-4820

CREDITOR ID: 411411-98
MADISON INVESTMENT TRUST
ATTN SALLY MEYER
KRISTY STARK, CLEARING OPS MGR
6310 LAMAR AVE STE 120
OVERLAND PARK KS 11705-1101

CREDITOR ID: 410459-98
MADISON INVESTMENT TRUST - SERIES 1
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

CREDITOR ID: 405906-98
MADISON INVESTMENT TRUST - SERIES 3
ATTN KRISTY STARK, CLEARING OPS MGR
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405907-98<br>MADISON INVESTMENT TRUST - SERIES 4<br>ATTN SALLY MEYER<br>KRISTY STARK, CLEARING OPS MGR<br>6310 LAMAR AVE SUITE 120<br>OVERLAND PARK KS 66202 | CREDITOR ID: 264143-12<br>MADISON INVESTORS, LLC FKA<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M BARKER JR, ESQ<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 264143-12<br>MADISON INVESTORS, LLC FKA<br>VICTORY MADISON, LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 |
| CREDITOR ID: 403518-93<br>MADISON LIQUIDITY INVESTORS LLC<br>ATTN SALLY MEYER<br>6310 LAMAR AVE STE 120<br>OVERLAND PAARK KS 66202 | CREDITOR ID: 1567-RJ<br>MADISON MALL SHOPPING CTR INC<br>C/O MARX REALTY & IMP CO INC<br>ATTN JENNIFER GRUENBERG<br>708 THIRD AVE, 15TH FLOOR<br>NEW YORK, NY 10017 | CREDITOR ID: 399728-98<br>MADISON NICHE OPPORTUNITIES LLC<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 |
| CREDITOR ID: 1568-07<br>MADISON STATION PROPERTIES LLC<br>ATTN JOHN STRATTON II<br>6360 I-55 NORTH, SUITE 210<br>JACKSON, MS 39211 | CREDITOR ID: 255262-99<br>MADISON STATION PROPERTIES LLC<br>ATTN JOHN STRATTON II<br>6360 I-55 NORTH, SUITE 210<br>JACKSON, MS 39211 | CREDITOR ID: 255262-99<br>MADISON STATION PROPERTIES LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 539396-BI<br>MADISON STATION PROPERTIES LLC<br>ATTN JOHN STRATTON II<br>6360 I-55 NORTH SUITE 210<br>JACKSON MS 39211 | CREDITOR ID: 255262-99<br>MADISON STATION PROPERTIES LLC<br>C/O PHELPS DUNBAR LLP<br>ATTN DOUGLAS C NOBLE, ESQ<br>111 E CAPITOL STREET, SUITE 600<br>PO BOX 23066<br>JACKSON MS 39225-3066 | CREDITOR ID: 556323-BC<br>MADISON, ANGELA<br>4528 SE 1ST PL.<br>GAINESVILLE FL 32641 |
| CREDITOR ID: 536462-BA<br>MADISON, HELEN<br>1327 SOUTH SARATOGA STREET<br>NEW ORLEANS LA 70113 | CREDITOR ID: 538121-BA<br>MADISON, HELEN<br>C/O ALBERT J REBENNACK, ATTY AT LAW<br>ATTN A.J. REBENNACK, ESQ.<br>2202 AVENUE B<br>METAIRIE LA 70001 | CREDITOR ID: 556324-BC<br>MADISON, JENNIFER<br>5181 CEINDER LANE PARKWAY<br>ORLANDO FL 32808 |
| CREDITOR ID: 403217-98<br>MADISON/PRAMERICA OPPORTUNITIES LLC<br>ATTN KRISTY STARK<br>6310 LAMAR AVE<br>OVERLAND PARK KS 66202 | CREDITOR ID: 539398-BI<br>MADISONVILLE ELEMENTARY<br>317 HIGHWAY 1077<br>MADISONVILLE LA 70447 | CREDITOR ID: 539397-BI<br>MADISONVILLE ELEMENTARY<br>113 OLD SCHOOL RD<br>MADISONVILLE LA 70447 |
| CREDITOR ID: 539399-BI<br>MADISONVILLE JUNIOR HIGH<br>108 CEDAR<br>MADISONVILLE LA 70447 | CREDITOR ID: 539400-BI<br>MADIX INC<br>PO BOX 933174<br>ATLANTA GA 31193-3174 | CREDITOR ID: 539404-BI<br>MADLYN A CHANDLER<br>WINN DIXIE NOL<br>DELI BAKERY DIV<br>600 EDWARDS<br>HARAHAN LA 70123 |
| CREDITOR ID: 539402-BI<br>MADLYN A CHANDLER<br>921 RIDGEPOINT COURT # 58<br>BATON ROUGE LA 70810 | CREDITOR ID: 539401-BI<br>MADLYN A CHANDLER<br>1376 KURT CIRCLE<br>AUBURN AL 36830 | CREDITOR ID: 556325-BC<br>MADRID, BETTY<br>7959 COPPERFIELD CIR<br>JACKSONVILLE FL 32244 |
| CREDITOR ID: 538122-BA<br>MAE, ANNIE<br>C/O  LAW FIRM OF JAMES L ESSENSON<br>ATTN JAMES L ESSENSON<br>2071 MAIN STREET<br>SARASOTA FL 34237 | CREDITOR ID: 536463-BA<br>MAE, ANNIE<br>1144 FLORIDA AVE.<br>SARASOTA FL 34236 | CREDITOR ID: 398798-78<br>MAENNER, JENNY M<br>4408 MACKEY DRIVE<br>RICHLAND HILLS, TX 76180 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                  **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 403817-94<br>MAFFETT, GEOFFREY A<br>702 DANESBROOK WAY<br>MELBOURE FL 32940 | CREDITOR ID: 539405-BI<br>MAGEE GENERAL HOSPITAL<br>300 THIRD AVE SE<br>MAGEE MS 39111-3698 | CREDITOR ID: 416507-L1<br>MAGEE, ANGELA<br>C/O PITTMAN GERMANY ROBERTS & WELSH<br>ATTN JOSEPH E ROBERTS, JR, ESQ.<br>PO BOX 22985<br>JACKSON MS 39225 |
| CREDITOR ID: 416507-L1<br>MAGEE, ANGELA<br>C/O EUGENE C TULLOS LAW OFFICE<br>ATTN EUGENE C TULLOS, ESQ<br>PO BOX 74<br>RALEIGH MS 39153 | CREDITOR ID: 536464-BA<br>MAGEE, MARLEE<br>5840 TEE DR.<br>ZACHARY LA 70791 | CREDITOR ID: 538123-BA<br>MAGEE, MARLEE<br>C/O MYLES, COOK & DAY<br>ATTN LONNY MYLES<br>1575 CHURCH STREET<br>ZACHARY LA 70791 |
| CREDITOR ID: 556326-BC<br>MAGENNIS, ROBERT<br>7451 HYPOLUXO FARMS ROAD<br>LAKE WORTH FL 33463 | CREDITOR ID: 390973-55<br>MAGER, GERALD<br>C/O WINSTON & CLARK, PA<br>ATTN BRADLEY WINSTON, ESQ<br>8211 W BROWARD BLVD, SUITE 420<br>PLANTATION FL 33324 | CREDITOR ID: 255278-12<br>MAGIC AMERICAN CORP<br>ATTN: BEN LACROSSE<br>PO BOX 94086<br>SEATTLE, WA 98124-9486 |
| CREDITOR ID: 539406-BI<br>MAGIC AMERICAN CORP<br>PO BOX 94086<br>SEATTLE WA 98124-9486 | CREDITOR ID: 255280-12<br>MAGIC-4, INC<br>ATTN: DAVID WAMPLER, PRES<br>22015 ANNE STREET<br>SANTA ANA CA 92704 | CREDITOR ID: 391183-55<br>MAGISTRA, MARIA (MINOR)<br>C/O DEPENA & DEPENA, PA<br>ATTN FRANK E DEPENA, ESQ<br>1810 JACKSON STREET<br>FORT MYERS FL 33901 |
| CREDITOR ID: 539408-BI<br>MAGISTRATE COURT<br>TELFAIR COUNTY<br>COURTHOUSE SQUARE<br>MCRAE GA 31055 | CREDITOR ID: 539407-BI<br>MAGISTRATE COURT<br>MUSCOGEE COUNTY<br>P O BOX 1340<br>COLUMBUS GA 31902 | CREDITOR ID: 539409-BI<br>MAGISTRATE COURT BEN HILL CTY<br>PO BOX 1163<br>FITZGERALD GA 31750-1163 |
| CREDITOR ID: 539411-BI<br>MAGISTRATE COURT OF<br>PO BOX 1355<br>BRUNSWICK GA 31521 | CREDITOR ID: 539410-BI<br>MAGISTRATE COURT OF<br>COLQUITT COUNTY<br>PO BOX 70<br>MOULTRIE GA 31776-0070 | CREDITOR ID: 539412-BI<br>MAGISTRATE COURT OF BALDWIN COUNTY<br>121 N WILKINSON ST  STE 107<br>MILLEDGEVILLE GA 31061 |
| CREDITOR ID: 539413-BI<br>MAGISTRATE COURT OF CAMDEN<br>PO BOX 386<br>COURTHOUSE SQUARE<br>WOODBINE GA 31569 | CREDITOR ID: 539414-BI<br>MAGISTRATE COURT OF CRISP CO<br>210 S 7TH ST  STE 102<br>CORDELE GA 31015-4216 | CREDITOR ID: 539415-BI<br>MAGISTRATE COURT OF DECATUR<br>COUNTY<br>912 SPRING CREEK RD BOX #3<br>BAINBRIDGE GA 31717 |
| CREDITOR ID: 539416-BI<br>MAGISTRATE COURT OF DOUGHERTY COUNTY<br>PO BOX 1827<br>ALBANY GA 31702-1827 | CREDITOR ID: 539417-BI<br>MAGISTRATE COURT OF GRADY CTY<br>250 NORTH BROAD STREET<br>CAIRO GA 31728 | CREDITOR ID: 539418-BI<br>MAGISTRATE COURT OF GWINNETT COUNTY<br>P O BOX 246<br>LAWRENCEVILLE GA 30046-0246 |
| CREDITOR ID: 539419-BI<br>MAGISTRATE COURT OF LAURENS COUNTY<br>PO BOX 2028 CSS<br>DUBLIN GA 31040 | CREDITOR ID: 539420-BI<br>MAGISTRATE COURT OF LEE COUNTY<br>PO BOX 522<br>LEESBURG GA 31763 | CREDITOR ID: 539421-BI<br>MAGISTRATE COURT OF LOWNDES CO<br>PO BOX 1349<br>VALDOSTA GA 31603-1349 |

Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 539422-BI<br>MAGISTRATE COURT OF MITCHELL CO<br>30 NORTH COURT AVE<br>P O BOX 626<br>CAMILLA GA 31730 | CREDITOR ID: 539423-BI<br>MAGISTRATE COURT OF NEWTON CO<br>1132 USHER ST  RM 149<br>COVINGTON GA 30014 | CREDITOR ID: 539424-BI<br>MAGISTRATE COURT OF SUMTER<br>COUNTY<br>PO BOX 563<br>AMERICUS GA 31709 |
| CREDITOR ID: 539425-BI<br>MAGISTRATE COURT OF WASHINGTON COUNTY<br>PO BOX 1053<br>SANDERSVILLE GA 31082 | CREDITOR ID: 539426-BI<br>MAGISTRATE COURT OF WAYNE CTY<br>PO BOX 27<br>JESUP GA 31545 | CREDITOR ID: 539427-BI<br>MAGISTRATE COURT OFTROUP COUNTY<br>119 RIDLEY AVE<br>LAGRANGE GA 30240 |
| CREDITOR ID: 539428-BI<br>MAGISTRATE OF TIFT COUNTY<br>PO BOX 214<br>TIFTON GA 31793 | CREDITOR ID: 539429-BI<br>MAGLA PRODUCTS INC<br>PO BOX 1934<br>MORRISTOWN NJ 07962-1934 | CREDITOR ID: 255308-12<br>MAGLA PRODUCTS LLC<br>ATTN JANE CORLEY, AR MGR<br>PO BOX 1934<br>MORRISTOWN, NJ 07962-1934 |
| CREDITOR ID: 411354-GX<br>MAGNA CARTA INSURANCE LTD.<br>WINDSOR PLACE<br>18 QUEEN STREET<br>HAMILTON  HM 12<br>BERMUDA | CREDITOR ID: 539430-BI<br>MAGNA MANUFACTURING<br>PO BOX 279<br>FORT WALTON BEACH FL 32549-0279 | CREDITOR ID: 539431-BI<br>MAGNOLIA BEVERAGE<br>2668 ST ANDREWS ST<br>MERIDIAN MS 39301 |
| CREDITOR ID: 539432-BI<br>MAGNOLIA ELEMENTARY<br>413 S LEWIS ST<br>NEW IBERIA LA 70560 | CREDITOR ID: 397170-67<br>MAGNOLIA LAUNDRIES LLC<br>46 SUMMERLAND RD.<br>TAYLORSVILLE, MS 39168 | CREDITOR ID: 255314-12<br>MAGNOLIA LIFT TRUCK PARTS<br>PO BOX 75587<br>JACKSON, MS 39282 |
| CREDITOR ID: 539433-BI<br>MAGNOLIA LIFT TRUCK PARTS<br>PO BOX 75587<br>JACKSON MS 39282 | CREDITOR ID: 384217-47<br>MAGNOLIA LIQUOR<br>ATTN WILLIAM J BLACKWELL, EVP FIN<br>PO BOX 3587<br>LAFAYETTE, LA 70502-3587 | CREDITOR ID: 384218-47<br>MAGNOLIA LIQUOR CO BEER<br>ATTN WILLIAM J BLACKWELL, EVP FIN<br>809 JEFFERSON HIGHWAY<br>NEW ORLEANS, LA 70153 |
| CREDITOR ID: 255315-12<br>MAGNOLIA LIQUOR COMPANY<br>ATTN WILLIAM J BLACKWELL, EVP FIN<br>PO BOX 53333<br>NEW ORLEANS, LA 70153-3333 | CREDITOR ID: 539435-BI<br>MAGNOLIA LIQUOR COMPANY<br>PO BOX 53333<br>NEW ORLEANS LA 70153-3333 | CREDITOR ID: 539434-BI<br>MAGNOLIA LIQUOR COMPANY<br>PO BOX 53333<br>NEW ORLEANS LA 70153-3333 |
| CREDITOR ID: 411254-15<br>MAGNOLIA PARK ASSOCIATES, LP<br>C/O ECKSTEIN PROPERTIES LLC<br>ATTN SHIMON ECKSTEIN, MGR MEMBER<br>60 BROAD STREET, SUITE 3503<br>NEW YORK NY 10004 | CREDITOR ID: 411255-15<br>MAGNOLIA PARK ASSOCIATES, LP<br>TALCOR COMMERCIAL REAL ESTATE SVCS<br>ATTN REBECCA ADAMS<br>MONTICELLO SQUARE, SUITE 200A<br>1018 THOMASVILLE ROAD<br>TALLAHASSEE FL 32303 | CREDITOR ID: 539436-BI<br>MAGNOLIA PARK ELEMENTARY SCHOOL<br>3500 GOVERNMENT ST<br>OCEAN SPRINGS MS 39564 |
| CREDITOR ID: 539437-BI<br>MAGNOLIA PARK SHOPPING CENTER<br>% TALCOR COMMERCIAL RL EST INC<br>1018 THOMASVILLE RD<br>SUITE A<br>TALLAHASSEE FL 32303 | CREDITOR ID: 1569-RJ<br>MAGNOLIA PARK SHOPPING CENTER<br>C/O TALCOR COMMERCIAL RL EST INC<br>1018 THOMASVILLE RD<br>TALLAHASSEE, FL 32303 | CREDITOR ID: 539438-BI<br>MAGNOLIA SP WATER<br>1434 3RD STREET<br>KENTWOOD LA 70444 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 255318-12<br>MAGNOLIA SPRINGS NATURAL SPR WATER<br>ATTN DIANE SIMMONS, CFO<br>1434 3RD STREET<br>KENTWOOD, LA 70444 | CREDITOR ID: 539439-BI<br>MAGNOLIA TRACE ELEMENTARY<br>1405 HWY 1088<br>MANDEVILLE LA 70448 | CREDITOR ID: 255321-12<br>MAGNUM EQUIPMENT INC<br>ATTN THOMAS W MAAG, CEO<br>5817 PLAUCHE STREET<br>NEW ORLEANS LA 70123 |
| CREDITOR ID: 539440-BI<br>MAGNUM EQUIPMENT INC<br>5817 PLAUCHE STREET<br>NEW ORLEANS LA 70123 | CREDITOR ID: 403818-94<br>MAGUIRE, SEAN D<br>13860 ISHNALA CIRCLE<br>WELLINGTON FL 33414 | CREDITOR ID: 269640-19<br>MAHABIR, KAMINI<br>PO BOX 566055<br>MIAMI FL 33256-6056 |
| CREDITOR ID: 556327-BC<br>MAHER, AMANDA<br>709 LANG ST<br>NEW ORLEANS LA 70131 | CREDITOR ID: 390883-55<br>MAHLE, SHELLY<br>C/O BAKER & ZIMMERMAN PA<br>ATTN ROBERT A ZIMMERMAN, ESQ.<br>6100 GLADES ROAD #301<br>BOCA RATON FL 33434 | CREDITOR ID: 556328-BC<br>MAHON JR, MARK<br>2451 GLENNVIEW DR<br>LAND O' LAKES FL 34639 |
| CREDITOR ID: 538124-BA<br>MAHONE (MINOR), PRECIOUS<br>C/O BOLTON & GROSS<br>ATTN MITCHELL E GROSS<br>801 N.E. 167TH STREET, 2ND FLOOR<br>NORTH MIAMI BEACH FL 33162 | CREDITOR ID: 536465-BA<br>MAHONE (MINOR), PRECIOUS<br>901 NW 47 STREET<br>MIAMI FL 33127 | CREDITOR ID: 536466-BA<br>MAHONEY, MICHAEL<br>205 W 65 ST. APTO. 107<br>HIALEAH FL 33012 |
| CREDITOR ID: 538125-BA<br>MAHONEY, MICHAEL<br>C/O SIMON & D'ALEMBERTE<br>1001 BRICKELL BAY DRIVE, SUITE 1200<br>MIAMI FL 33131 | CREDITOR ID: 536467-BA<br>MAHOODI, SAEED<br>6240 NW 199TH STREET<br>HIALEAH FL 33015 | CREDITOR ID: 539441-BI<br>MAI<br>PAYPHONE MANAGEMENT SYSTEMS<br>6216 MICHELE RD<br>MACCLENNY FL 32063 |
| CREDITOR ID: 539442-BI<br>MAI & ASSOCIATES INC<br>3322 LAKEVIEW PARKWAY<br>VILLA RICA GA 30180 | CREDITOR ID: 255325-12<br>MAI & ASSOCIATES, INC<br>ATTN JESSE SPEAR, CEO<br>3322 LAKEVIEW PARKWAY<br>VILLA RICA, GA 30180 | CREDITOR ID: 556329-BC<br>MAICOL WEST, SHAMMON<br>2809 NE 19TH STREET<br>GAINESVILLE FL 32609 |
| CREDITOR ID: 539443-BI<br>MAIN STREET MARKETPLACE LLC<br>III RIVERCHASE OFFICE PLAZA<br>SUITE 102<br>BIRMINGHAM AL 35244 | CREDITOR ID: 1570-RJ<br>MAIN STREET MARKETPLACE, LLC<br>C/O KING, DRUMMOND, & DABBS, PC<br>ATTN MARJORIE O DABBS. ESQ<br>100 CENTERVIEW DRIVE, SUITE 180<br>BIRMINGHAM AL 35216 | CREDITOR ID: 1570-RJ<br>MAIN STREET MARKETPLACE, LLC<br>ATTN E PAUL STREMPEL, JR<br>III RIVERCHASE OFFICE PLAZA, STE 10<br>BIRMINGHAM, AL 35244 |
| CREDITOR ID: 390965-55<br>MAIN, JAMES L<br>C/O MANUEL & THOMPSON<br>ATTN ZACHARY B TAYLOR, ESQ<br>PO BOX 1470<br>PANAMA CITY FL 32404 | CREDITOR ID: 536468-BA<br>MAIN, JEAN<br>106 EMANUEL FARM ROAD<br>BRUNSWICK GA 31525 | CREDITOR ID: 539444-BI<br>MAINELY LOBSTER INC<br>18600 MEDIA DR<br>ROBERTSDALE AL 36567 |
| CREDITOR ID: 539445-BI<br>MAINTENANCE PLUS<br>PO BOX 2496<br>SEMMES AL 36575 | CREDITOR ID: 536469-BA<br>MAITRE, CHARITESE<br>757 NW 5TH STREET APT 2<br>HALLANDALE FL 33009 | CREDITOR ID: 538126-BA<br>MAITRE, CHARITESE<br>C/O RHONDA F. GELFMAN, ESQ.<br>ATTN RHONDA F. GELFMAN, ESQ.<br>115 NW 167TH STREET, 3RD FLOOR<br>N. MIAMI BCH. FL 33169 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:   05-03817-3F1**

CREDITOR ID: 381251-47
MAJA FOOD TECHNOLOGY INC
1122 E HARTMAN AVENUE
OMAHA, NE 68110

CREDITOR ID: 539446-BI
MAJESTIC CHEMICALS
PO BOX 418
OPELOUSAS LA 70571

CREDITOR ID: 255330-12
MAJESTIC CHEMICALS
PO BOX 418
OPELOUSAS, LA 70571

CREDITOR ID: 539447-BI
MAJESTIC DRUG COMPANY
P O BOX 490
4996 MAIN ST RT 42
SOUTH FALLSBURG NY 12779

CREDITOR ID: 255331-12
MAJESTIC DRUG COMPANY, INC
ATTN NILDA L OYOLA/LARRY FISHMAN
PO BOX 490
4996 MAIN STREET
SOUTH FALLSBURG, NY 12779

CREDITOR ID: 556330-BC
MAJEWSKI, AVA
7422 OUTWOOD CT.
LAKE WORTH FL 33467

CREDITOR ID: 536470-BA
MAJOR, JOANNE
740 SW 2ND AVE.
DEERFIELD BEACH FL 33441

CREDITOR ID: 538127-BA
MAJOR, JOANNE
C/O WINSTON & CLARK
ATTN BRADLEY WINSTON
8211 W. BROWARD BLVD., SUITE 420
PLANTATION FL 33324

CREDITOR ID: 556331-BC
MAJOR, KELSEY
313 NW 132ND PLACE
MIAMI FL 33182

CREDITOR ID: 536471-BA
MAJOR, MICHAEL
208 WOOD BAY COURT
ORLANDO FL 32824

CREDITOR ID: 538128-BA
MAJOR, MICHAEL
C/O MORGAN & MORGAN
ATTN JAMES T. LYNCH, ESQ
PO BOX 4979
ORLANDO FL 32802-4979

CREDITOR ID: 539448-BI
MAKOTO
644 ATLANTIS ROAD
MELBOURNE FL 32904

CREDITOR ID: 395544-15
MAKOTO DRESSING INC
ATTN THOMAS A COBB, PRES
644 ATLANTIS ROAD
MELBOURNE FL 32904

CREDITOR ID: 536472-BA
MALAVE, CORIENE
4027 EAST RAILROAD AVE
SHARPES FL 32926

CREDITOR ID: 538129-BA
MALAVE, CORIENE
C/O MORGAN & MORGAN
ATTN RANDY SCHIMMELPFENNING
PO BOX 4979
ORLANDO FL 32802-4979

CREDITOR ID: 539449-BI
MALCO PRODUCTS
PO BOX 71-4302
COLUMBUS OH 43271-4302

CREDITOR ID: 255338-12
MALCO PRODUCTS INC
ATTN GERARD ARTH, VP FIN
PO BOX 892
BARBERTON OH 44203

CREDITOR ID: 536473-BA
MALCOLM, LISA
2410 NW 89TH AVE
SUNRISE FL 33322

CREDITOR ID: 536474-BA
MALDONADO, ANGELA
63 PERROTTI  LANE
PALM COAST FL 32137

CREDITOR ID: 538130-BA
MALDONADO, ANGELA
C/O LAW OFFICE OF KATZ & GREEN
ATTN JEFFREY K. GREEN ESQ.
1 FLORIDA PARK DRIVE, SOUTH
PALM COAST FL 32137

CREDITOR ID: 536475-BA
MALDONADO, ELEODINA
11841 SW 210TH TERRACE
MIAMI FL 33177

CREDITOR ID: 538131-BA
MALDONADO, ELEODINA
C/O LIPCON & LIPCON, P. A.
ATTN MITCHELL LIPCON
9100 S. DADELAND BLVD., STE 400
MIAMI FL 33156

CREDITOR ID: 390672-55
MALDONADO, JOANN
C/O WILLIAM C RUGGIERO ATTY AT LAW
ATTN WILLIAM C RUGGIERO ESQ
200 E BROWARD BLVD #1100
FT LAUDERDALE FL 33301

CREDITOR ID: 556332-BC
MALDONADO, MIA
6415 CAMELLIA GARDEN DR
APT#306
ORLANDO FL 32822

CREDITOR ID: 393146-55
MALDONADO, WALDEMAR
C/O TONY C FRANCIS, PA
ATTN TONY FRANCIS, ESQ
PO BOX 771243
ORLANDO FL 32877-1243

CREDITOR ID: 556333-BC
MALER, PAMELA
1637 FLETCHER ST
HOLLYWOOD FL 33020

CREDITOR ID: 556334-BC
MALEY, BILL
411 NW CANTEBURY CT
PORT SAINT LUCIE FL 34983

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 556335-BC<br>MALGOGNE, AMY<br>1901 EXECTER DRIVE<br>COCOA FL 32922 | CREDITOR ID: 403819-94<br>MALL, KENNETH G<br>505 LANCASTER STREET, APT 16D<br>JACKSONVILLE FL 32204 | CREDITOR ID: 539451-BI<br>MALLARD ENVIRONMENTAL INC<br>1506 NORTH BERTRAND<br>LAFAYETTE LA 70506 |
| CREDITOR ID: 255342-12<br>MALLARD ENVIRONMENTAL INC<br>ATTN BOBBIE BREAUX, OFF MGR<br>1506 NORTH BERTRAND<br>LAFAYETTE, LA 70506 | CREDITOR ID: 539051-15<br>MALLARD ENVIRONMENTAL INC<br>C/O JGT ACQUISITION CO, LLC<br>PO BOX 1007<br>KENNER LA 70063-1007 | CREDITOR ID: 556336-BC<br>MALLETTE, HORTENSE<br>2301 4TH AVE N<br>SAINT PETERSBURG FL 33713 |
| CREDITOR ID: 556337-BC<br>MALLORY, JEWELL<br>215 SW 8TH<br>BOYNTON BEACH FL 33435 | CREDITOR ID: 393213-55<br>MALLOY, KATHLEEN<br>C/O TERRELL HOGAN ETAL<br>ATTN CARROLL CAYER<br>233 EAST BAY STREET<br>8TH FLOOR<br>JACKSONVILLE FL 32202 | CREDITOR ID: 393213-55<br>MALLOY, KATHLEEN<br>C/OTERRELL HOGAN ELLIS YEGELWEL, PA<br>ATTN PATRICIA DODSON, ESQ<br>233 EAST BAY STREET, SUITE 804<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 400343-85<br>MALONE, JOANE<br>C/O DAVID A LIPTON, ESQ<br>THE GRANT BUILDING SUITE 400<br>44 BROAD STREET NW<br>ATLANTA GA 30303 | CREDITOR ID: 390820-55<br>MALONE, PATRICIA B<br>C/O VALTEAU HARRIS KOENIG & MAYER<br>ATTN STEVEN M KOENIG, ESQ<br>1410 FIRST NBC BUILDING<br>210 BARONNE STREET, SUITE 1410<br>NEW ORLEANS LA 70112 | CREDITOR ID: 393532-55<br>MALONE, RYAN<br>C/O VERNIS & BOWLING OF FL KEYS, PA<br>ATTN ROB T COOK, ESQ<br>81990 OVERSEAS HWY, 3RD FLOOR<br>ISLAMORADA FL 33036 |
| CREDITOR ID: 536476-BA<br>MALPHRUS, COREY<br>100 FRIPP LANE<br>SUMMERVILLE SC 29483 | CREDITOR ID: 539452-BI<br>MALT O MEAL<br>SDS 10 0102<br>P O BOX 86<br>MINNEAPOLIS MN 55486-0102 | CREDITOR ID: 248092-12<br>MAMADOU, DIALLO M<br>811 PIEDMONT AVENUE, APT B17<br>ATLANTA, GA 30308 |
| CREDITOR ID: 536477-BA<br>MAMBIE, LOISETINE<br>5271 GREENWOOD AVE<br>NORTH PORT FL 34287 | CREDITOR ID: 539454-BI<br>MAMIE L DAVIS TRUSTEE<br>PO BOX 4308<br>JACKSONVILLE FL 32201 | CREDITOR ID: 539453-BI<br>MAMIE L DAVIS TRUSTEE<br>P O BOX 863049<br>ORLANDO FL 32886-3049 |
| CREDITOR ID: 556338-BC<br>MAMMANN, MAY<br>5600 ATLANTIC AVENUE NORTH<br>SAINT PETERSBURG FL 33703 | CREDITOR ID: 556339-BC<br>MAMOPLA, MAURICE<br>500 BAYVIEW DR. STE 1817<br>SUNNY ISLES BEACH. FL 33160 | CREDITOR ID: 382937-51<br>MANAGED PHARMACY BENEFITS<br>110 N. COLLEGE, SUITE 900<br>TYLER, TX 75702 |
| CREDITOR ID: 279406-99<br>MANAGEMENT CO LLP<br>ATTN: EARL E MCEVOY<br>GATEWAY CENTER THREE<br>100 MULBERRY STREET<br>NEWARK NJ 07102 | CREDITOR ID: 539455-BI<br>MANAGEMENT COMPUTER SYSTEMS<br>14 WALNUT AVE<br>CLARK NJ 07066 | CREDITOR ID: 382788-51<br>MANAGEMENT COMPUTER SYSTEMS CORP.<br>14 WALNUT AVE.<br>CLARK, NJ 07066 |
| CREDITOR ID: 539457-BI<br>MANATEE COUNTY PUBLIC WORKS<br>4410 66TH STREET  WEST<br>BRADENTON FL 34206 | CREDITOR ID: 539456-BI<br>MANATEE COUNTY PUBLIC WORKS<br>4410 66TH ST<br>BRADENTON FL 34210 | CREDITOR ID: 1571-07<br>MANATEE VILLAGE INVESTMENTS IN<br>C/O IN-REL MANAGEMENT INC<br>2328 TENTH AVENUE NORTH<br>LAKE WORTH, FL 33461 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 539458-BI<br>MANATEE VILLAGE INVESTMENTS INC<br>% IN-REL MANAGEMENT INC<br>2328 TENTH AVENUE NORTH<br>SUITE 401<br>LAKE WORTH FL 33461 | CREDITOR ID: 315864-40<br>MANCHESTER MALL ASSOCIATES, LP<br>C/O CENTER SERVICES INC<br>6200 CRESTWOOD STATION<br>CRESTWOOD, KY 40014 | CREDITOR ID: 255362-12<br>MANCINI PACKING CO<br>PO BOX 930576<br>ATLANTA, GA 31193-0576 |
| CREDITOR ID: 539459-BI<br>MANDA FINE MEATS<br>PO BOX 3374<br>BATON ROUGE LA 70821-3374 | CREDITOR ID: 255363-12<br>MANDA FINE MEATS<br>ATTN ROBERT YARBOROUGH, CEO<br>PO BOX 3374<br>BATON ROUGE, LA 70821-3374 | CREDITOR ID: 539460-BI<br>MANDARIN ATHLETIC ASSOCIATION<br>11250-15 OLD ST AUGUSTINE ROAD<br>BOX 351<br>JACKSONVILLE FL 32257 |
| CREDITOR ID: 539461-BI<br>MANDARIN LORETTO DEVELOPMENT<br>PO BOX 350688<br>JACKSONVILLE FL 32235-0688 | CREDITOR ID: 1572-07<br>MANDARIN LORETTO DEVELOPMENT<br>PO BOX 350688<br>JACKSONVILLE, FL 32235-0688 | CREDITOR ID: 397055-66<br>MANDELL, BRIAN<br>1856 LAKOTNA DRIVE<br>ORANGE PARK FL 32073 |
| CREDITOR ID: 539462-BI<br>MANDEVILLE ELEMENTARY<br>519 MESSENA<br>MANDEVILLE LA 70448 | CREDITOR ID: 539463-BI<br>MANDEVILLE HIGH SCHOOL<br>1 SKIPPER DRIVE<br>MANDEVILLE LA 70471 | CREDITOR ID: 539464-BI<br>MANDEVILLE JUNIOR HIGH<br>639 CARONDELET ST<br>MANDEVILLE LA 70448 |
| CREDITOR ID: 539465-BI<br>MANDEVILLE MIDDLE<br>2525 SOULT ST<br>MANDEVILLE LA 70448 | CREDITOR ID: 410888-15<br>MANDEVILLE PARTNERS, LTD<br>C/O HARWELL HOWARD HYNE ET AL<br>ATTN DAVID P CANAS, ESQ<br>315 DEADERICK STREET, STE 1800<br>NASHVILLE TN 37238 | CREDITOR ID: 539466-BI<br>MANE<br>1602 SOLUTIONS CENTER<br>CHICAGO IL 60677-1022 |
| CREDITOR ID: 536478-BA<br>MANER, ISAIAH<br>14171 PROSPECT ST<br>SPRING HILL FL 34609 | CREDITOR ID: 536479-BA<br>MANFRESI, JANET<br>13004 MEADOW BREEZE DRIVE<br>WELLINGTON FL 33414 | CREDITOR ID: 390868-55<br>MANGANO, CATHERINE JUNE<br>C/O RUE & ZIFFRA, PA<br>ATTN DAVID SWEAT, ESQ<br>632 DUNLAWTON AVENUE<br>PORT ORANGE FL 32127-4384 |
| CREDITOR ID: 417099-15<br>MANGHAM, TIMIKA<br>C/O WOLFSON & GROSSMAN, PA<br>ATTN RICHARD WOLFSON, ESQ<br>11900 BISCAYNE BLVD, SUITE 760<br>MIAMI FL 33181 | CREDITOR ID: 536480-BA<br>MANGUM, JOANIE<br>4760 10TH AVE NORTH, APT. B<br>SAINT PETERSBURG FL 33710 | CREDITOR ID: 538132-BA<br>MANGUM, JOANIE<br>C/O MORGAN & MORGAN ATTORNEYS<br>ATTN DAVID HENRY, ESQ<br>101 E. KENNEDY BLVD., STE 1790<br>TAMPA FL 33602 |
| CREDITOR ID: 392097-55<br>MANGUNDAYAO, ERLINDA<br>C/O MORGAN & MORGAN<br>ATTN RONSON J PETREE, ESQ<br>PO BOX 4979<br>ORLANDO FL 32802-4979 | CREDITOR ID: 406921-MS<br>MANINT, HORACE I JR<br>545 BAKER ROAD<br>STONEWALL LA 71078 | CREDITOR ID: 556340-BC<br>MANISON, LISA<br>1563 NORTH JOHNSON<br>NEW ORLEANS LA 70117 |
| CREDITOR ID: 381199-47<br>MANLEY, CONNER E<br>1225 20TH STREET NORTH<br>JACKSONVILLE BEACH, FL 32250 | CREDITOR ID: 536481-BA<br>MANN, TERRY<br>1309 SEA VIEW<br>NORTH LAUDERDALE FL 33068 | CREDITOR ID: 381532-47<br>MANN, TONY<br>5810 CRISPIN STREET, APT 1A<br>ROANOKE, VA 24019 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

CREDITOR ID: 539468-BI
MANNING SYSTEMS INC
PO BOX 419429
KANSAS CITY MO 64141

CREDITOR ID: 536482-BA
MANNING, BRENDA
1635 43 ST S.
SAINT PETERSBURG FL 33711

CREDITOR ID: 406922-MS
MANNING, RANDALL L
16508 CROOKED LANE
FISHERVILLE KY 40023

CREDITOR ID: 259591-12
MANNING, RICHARD M
PO BOX 13
RIVERVIEW, FL 33568

CREDITOR ID: 403820-94
MANNING-ADAMS, KARON L
14310 GLEN FARMS ROAD
PO BOX 1878
GLEN ST MARY FL 32040

CREDITOR ID: 536483-BA
MANNO, ESTEBAN
9674 NW 10TH AVENUE, LOT D413
MIAMI FL 33051

CREDITOR ID: 556341-BC
MANNS, ELIZABETH
2508 OLD WIRE ROAD
MERIDIAN MS 39301

CREDITOR ID: 539469-BI
MANNY LAWRENCE SALES INC
820 PARK ROW  PMB# 693
SALINAS CA 93901-2406

CREDITOR ID: 278917-30
MANNY LAWRENCE SALES INC
820 PARK ROW  PMB# 693
SALINAS, CA 93901-2406

CREDITOR ID: 539470-BI
MANNY SANCHEZ
2217 BLUESPRINGS ROAD
WEST PALM BEACH FL 33411

CREDITOR ID: 391308-55
MANOS, PETER P
C/O MS MARLIN, PA
ATTN GARY R MARLIN, ESQ
250 CATALONIA AVENUE, SUITE 303
CORAL GABLES FL 33134

CREDITOR ID: 539471-BI
MANPOWER INC
PO BOX 7247 0208
PHILADELPHIA PA 19170-0208

CREDITOR ID: 399269-15
MANPOWER, INC
ATTN JOE LEPOLD/CAROLYN CUMMINGS
5301 N IRONWOOD RD
PO BOX 2053
MILWAUKEE WI 53201

CREDITOR ID: 403821-94
MANRESA, ELIAZAR
2246 NW 208 TERRACE
PEMBROKE PINES FL 33029

CREDITOR ID: 255380-12
MANSFIELD OIL COMPANY
PO BOX 530100
ATLANTA, GA 30353-0100

CREDITOR ID: 383164-99
MANSFIELD OIL COMPANY
C/O THOMPSON O'BRIEN KEMP & NASUTI
ATTN: ALBERT F NASUTI, ESQ
40 TECHNOLOGY PKWY SOUTH, STE 300
NORCROSS GA 30092

CREDITOR ID: 539472-BI
MANSFIELD OIL COMPANY
PO BOX 530100
ATLANTA GA 30353-0100

CREDITOR ID: 410593-15
MANSFIELD, TAMMY R
1970 EAST OSCEOLA PKWY, SUITE 164
KISSIMMEE FL 34743

CREDITOR ID: 536484-BA
MANSON, DOROTHY
319 1/2 MAREY ST.
KENNER LA 70062

CREDITOR ID: 538133-BA
MANSON, DOROTHY
C/O REGAN & ASSOCIATES
ATTN KELP LITTLEFIELD
2125 ST. CHARLES AVENUE
NEW ORLEANS LA 70130

CREDITOR ID: 382621-51
MANTEK
PO BOX 660196
DALLAS, TX 75266-0196

CREDITOR ID: 539473-BI
MANTEK
PO BOX 971330
DALLAS TX 75397-1330

CREDITOR ID: 255382-12
MANTEK
ATTN RICHARD ROBINSON
PO BOX 971330
DALLAS, TX 75397-1330

CREDITOR ID: 258176-12
MANUEL, PAUL
153 JEANNE
EUNICE, LA 70535

CREDITOR ID: 255389-12
MANUGISTICS INC
DEPT CH 17165
PALATINE, IL 60055-7165

CREDITOR ID: 539474-BI
MANUGISTICS INC
DEPT CH 17165
PALATINE IL 60055-7165

CREDITOR ID: 382790-51
MANUGISTICS, INC.
9715 KEY WEST AVE.
ROCKVILLE, MD 20850

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 47366-05<br>MANUS, PATRICIA A<br>3811 RUSHLO STREET<br>SEBRING FL 33870 | CREDITOR ID: 387872-54<br>MANZANARES, ALMA ROSA<br>C/O JOHN H RUIZ, PA<br>ATTN JOHN H RUIZ, ESQ<br>5040 NW 7TH STREET, SUITE 920<br>MIAMI, FL 33126 | CREDITOR ID: 556343-BC<br>MANZANO, NAYSA<br>3665 NW 102ND ST<br>MIAMI FL 33147 |
| CREDITOR ID: 536485-BA<br>MANZELLA, RITA<br>32037 HWY 25<br>FRANKLINTON LA 70438 | CREDITOR ID: 539475-BI<br>MAOLA MILK & ICE CREAM COMPANY<br>DEPT 79422<br>BALTIMORE MD 21279-0422 | CREDITOR ID: 255390-12<br>MAOLA MILK & ICE CREAM COMPANY<br>DEPT 79422<br>BALTIMORE, MD 21279-0422 |
| CREDITOR ID: 399352-15<br>MAPA SPONTEX, INC<br>ATTN SUE ELLEN POLK, CR COLL SUPERV<br>100 SPANTEX DRIVE<br>COLUMBIA TN 38401 | CREDITOR ID: 539476-BI<br>MAPLE GAS CO INC<br>P O BOX 292<br>MERIDIAN MS 39302-0292 | CREDITOR ID: 539477-BI<br>MAPLE LEAF BAKERY<br>33341 TREASURY CENTER<br>CHICAGO IL 60694-3300 |
| CREDITOR ID: 539066-BI<br>MAPLE LEAF BAKERY<br>33341 TREASURY CENTER<br>CHICAGO IL 60694-3300 | CREDITOR ID: 255392-12<br>MAPLE LEAF BAKERY<br>ATTN BROCK FURLONG, PRES<br>1011 E TORHY, SUITE 500<br>DES PLAINES IL 60018 | CREDITOR ID: 539067-BI<br>MAPLE LEAF FARMS INC<br>PO BOX 210<br>MILWAUKEE WI 53278 |
| CREDITOR ID: 255394-12<br>MAPLE LEAF MEATS, INC<br>C/O GIBBONS DEL DEO DOLAN ET AL<br>ATTN DAVID N CRAPO, ESQ<br>ONE RIVERFRONT PLAZA<br>NEWARK NJ 07102-5496 | CREDITOR ID: 255394-12<br>MAPLE LEAF MEATS, INC<br>ATTN KAM RAMCHARAN, NATL CREDIT MGR<br>5063 N SERVICE RD, BOX 5091<br>BURLINGTON, ON L7R 4R3<br>CANADA | CREDITOR ID: 539068-BI<br>MAPLEHURST<br>PO BOX 77000 DEPT 77472<br>DETROIT MI 48277 |
| CREDITOR ID: 255395-12<br>MAPLEHURST<br>DEPT 77472<br>PO BOX 77000<br>DETROIT, MI 48277 | CREDITOR ID: 539069-BI<br>MAPLEHURST BAKERIES CATALOG DIVISION<br>DEPT 78058<br>PO BOX 78000<br>DETROIT MI 48278-0058 | CREDITOR ID: 279244-35<br>MAPLEHURST BAKERIES, INC<br>ATTN JANICE CONN, CR MGR<br>50 MAPLEHURST DR<br>BROWNSBURG IN 46112 |
| CREDITOR ID: 255391-12<br>MAPLES GAS COMPANY, INC<br>ATTN THOMAS L WEBB, ESQ<br>PO BOX 292<br>MERIDIAN, MS 39302-0292 | CREDITOR ID: 403229-99<br>MAPLES GAS COMPANY, INC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 255391-12<br>MAPLES GAS COMPANY, INC<br>C/O HELD & ISRAEL<br>ATTN ADAM N FRISCH, ESQ<br>RIVERPLACE TOWER, SUITE 1916<br>1301 RIVERPLACE BLVD<br>JACKSONVILLE FL 32207-9073 |
| CREDITOR ID: 536486-BA<br>MAPP, RUFUS<br>817 TALL DEER DR.<br>FAIRBURN GA 30213-1025 | CREDITOR ID: 539070-BI<br>MAR BAY INVESTMENTS LLC<br>C/O SANSON KLINE JACOMINO & CO<br>782 NW LE JEUNE ROAD SUITE 650<br>ATTN ANTONIO JACOMINO<br>MIAMI FL 33126 | CREDITOR ID: 1573-07<br>MAR BAY INVESTMENTS LLC<br>C/O SANSON KLINE JACOMINO & CO<br>782 NW LE JEUNE ROAD SUITE 650<br>MIAMI, FL 33126 |
| CREDITOR ID: 539071-BI<br>MAR CAS DISTRIBUTOR INC<br>9545 NW 13TH STREET<br>MIAMI FL 33172 | CREDITOR ID: 255399-12<br>MAR CAS DISTRIBUTOR INC<br>9545 NW 13TH STREET<br>MIAMI, FL 33172 | CREDITOR ID: 556344-BC<br>MARADIAGA, ELISA<br>2534 MW 52ND AVE<br>LAUDERDALE LAKES FL 33313 |

**Notice of (A) Entry of Order Confirming Plan of**
**Reorganization, (B) Occurrence of Effective Date**
**of Plan, and (C) Bar Dates for Filing claims Arising**
**before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 536487-BA
MARADIAGA, SULMA
13310 SAND LAKE CIRCLE
TAMPA FL 33613

CREDITOR ID: 539072-BI
MARATHON ELECTRICAL
P O BOX 320067
BIRMINGHAM AL 35222

CREDITOR ID: 255402-12
MARATHON ELECTRICAL CONTRACTORS INC
ATTN LARRY D ARGO, PRES
PO BOX 320067
BIRMINGHAM AL 35222

CREDITOR ID: 539074-BI
MARATHON ENTERPRISES INC
9 SMITH STREET
ENGLEWOOD NJ 07631-4607

CREDITOR ID: 539073-BI
MARATHON ENTERPRISES INC
66 EAST UNION AVENUE
EAST RUTHERFORD NJ 07073-2179

CREDITOR ID: 539075-BI
MARATHON GARBAGE SERVICE
4290 OVERSEAS HWY
MARATHON FL 33050

CREDITOR ID: 539076-BI
MARATHON RIBBON CORP
PO BOX 3370
LARGO FL 33775

CREDITOR ID: 539077-BI
MARBO INC
135 N LASALLE ST DEPT 2409
CHICAGO IL 60674-2409

CREDITOR ID: 255407-12
MARBO INC
135 N LASALLE ST DEPT 2409
CHICAGO, IL 60674-2409

CREDITOR ID: 539078-BI
MARBRAN USA LC
PO BOX 200400
HOUSTON TX 77216-0400

CREDITOR ID: 255408-12
MARBRAN USA LC
PO BOX 200400
HOUSTON, TX 77216-0400

CREDITOR ID: 539079-BI
MARC  CLEMENT
4936 ANDREA  AVENUE
BRUSLY LA 70719

CREDITOR ID: 539081-BI
MARC ALEXIS
2206 BONNIE DRIVE
ID# 172353
WEST PALM BEACH FL 33415

CREDITOR ID: 539083-BI
MARC ANTHONY COSMETICS
190 PIPPIN ROAD
CONCORD ON L4K 4X9
CANADA

CREDITOR ID: 539086-BI
MARC DEWEES
3471-1 CRABTREE CHURCH ROAD
MOLINO FL 32577

CREDITOR ID: 539090-BI
MARC TURMEL
3304 SYDNEY ROAD
ID# 114831
PLANT CITY FL 33566

CREDITOR ID: 539089-BI
MARC TURMEL
3304 SYDNEY ROAD
ID# 114831
PALNT CITY FL 33566

CREDITOR ID: 539092-BI
MARCAL PAPER MILLS INC
PO BOX 371707
PITTSBURGH PA 15251-7707

CREDITOR ID: 556345-BC
MARCHBANK, WILL
8 HANCOCK AVE
SARASOTA FL 34232

CREDITOR ID: 538134-BA
MARCHESE, SANDRA
C/O MANEY & GORDON, PA
ATTN RICHARD D. GIGLIO
101 E. KENNEDY BLVD., STE 3170
TAMPA FL 33602

CREDITOR ID: 536488-BA
MARCHESE, SANDRA
14417 US 19
HUDSON FL 34667

CREDITOR ID: 255419-12
MARCO COMPANY
ATTN DOUGLAS E PENTECOST, VP
3209 MARQUITA DRIVE
PO BOX 123439
FORT WORTH, TX 76121-3439

CREDITOR ID: 384220-47
MARCO ISLAND EAGLE
P O BOX 579
MARCO ISLAND, FL 33937

CREDITOR ID: 539094-BI
MARCO ISLAND EAGLE
P O BOX 579
MARCO ISLAND FL 33937

CREDITOR ID: 539095-BI
MARCOR REMEDIATION INC
PO BOX 791153
BALTIMORE MD 21279-1153

CREDITOR ID: 386862-54
MARCOS, ZULMA
2779 10TH AVE N, APT 108
PALM SPRINGS FL 33461

CREDITOR ID: 392540-55
MARCUCCINO, MARIA PERINO
C/O ROSEN & ROSEN, PA
ATTN DIANA I CASTRILLON, ESQ.
4000 HOLLYWOOD BLVD, SUITE 725-S
HOLLYWOOD FL 33021

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                        **CASE:  05-03817-3F1**

CREDITOR ID: 536489-BA
MARCUM, REBECCA
2419 COUNTY RD. 194
LAFAYETTE AL 36862

CREDITOR ID: 407756-15
MARCUS JACKSON LLC DBA
PINNACLE SERVICES
ATTN MARCUS JACKSON, OWNER
PO BOX 368
DUPLESSIS LA 70728

CREDITOR ID: 539096-BI
MARCUS ORTEGO
2585 OLD HWY 13
MAMOU LA 70554

CREDITOR ID: 556346-BC
MARCUS, CAROL
2300 SW 8TH STREET
MIAMI FL 33133

CREDITOR ID: 556347-BC
MARCY, ORA
1649 PURPLETOP COURT
GRAYSON GA 30017

CREDITOR ID: 399368-15
MARDER TRAWLING
C/O COFACE NORTH AMERICA INC, AGENT
ATTN A SCHMIDT / DENISE FIRELLI
PO BOX 2102
CRANBURY NJ 08512

CREDITOR ID: 539098-BI
MARDER TRAWLING
22 S WATER STREET
NEW BEDFORD MA 02740

CREDITOR ID: 539099-BI
MARDI GRAS PRODUCTIONS
1201 ANNUNCIATION STREET
NEW ORLEANS LA 70130

CREDITOR ID: 539102-BI
MARGARET CULPEPPER
6080 HIGHWAY 31 SOUTH
WINN DIXIE MONTGOMERY
MONTGOMERY AL 36105

CREDITOR ID: 539101-BI
MARGARET CULPEPPER
1550 JACKSON FERRY ROAD
MTG WAREHOUSE
MONTGOMERY AL 36104

CREDITOR ID: 539103-BI
MARGARET K MARTIN
57095 CPL HERMAN BROWN STREET
BAYOU GOULA LA 70788

CREDITOR ID: 539105-BI
MARGARET MCCARRON
610 COLLINS ROAD
DOTHAN AL 36305

CREDITOR ID: 539104-BI
MARGARET MCCARRON
610 COLLINS ROAD
ID# 107307
DOTHAN AL 36305

CREDITOR ID: 539112-BI
MARIA MILLER
1303 FAIRY AVENUE
PANAMA CITY FL 32401

CREDITOR ID: 539114-BI
MARIA TRUJILLO
4771 NE 3RD AVENUE
ID# 173004
FT LAUDERDALE FL 33334

CREDITOR ID: 539116-BI
MARIANI PACKING CO INC
DEPT 33077  P O BOX 39000
SAN FRANCISCO CA 94139-3077

CREDITOR ID: 399631-15
MARIANI PACKING COMPANY
ATTN DOREEN I DEDELOW, ACCTG MGR
500 CROCKER DRIVE
VACAVILLE CA 95688-8706

CREDITOR ID: 539119-BI
MARICEL RODRIGUEZ
30 EAST 53RD TERRACE
HIALEAH FL 33013

CREDITOR ID: 539121-BI
MARIDAN CORPORATION
PO BOX 1748
PELHAM AL 35124

CREDITOR ID: 255470-12
MARIDAN CORPORATION
ATTN NICKOLAS S MARINO, PRES
PO BOX 1748
PELHAM, AL 35124

CREDITOR ID: 539122-BI
MARIE A MATTOX PA TRUST ACCOUNT
310 EAST BRADFORD ROAD
TALLAHASSEE FL 32303

CREDITOR ID: 539123-BI
MARIE B RIVIERE ELEMENTARY SCHOOL
1564 LAKE AVENUE
METAIRIE LA 70005

CREDITOR ID: 539125-BI
MARIE RISCHAK
1301 CHILT DRIVE
BRANDON FL 33510

CREDITOR ID: 539126-BI
MARIETH SEMIEN
PO BOX 86
MAMOU LA 70554

CREDITOR ID: 539127-BI
MARIETTA DAILY JOURNAL
PO BOX 449
MARIETTA GA 30061-0449

CREDITOR ID: 255482-12
MARIETTA DAILY JOURNAL
PO BOX 449
MARIETTA, GA 30061-0449

CREDITOR ID: 539128-BI
MARIGOLD FOODS INC
LOCKBOX# 730220
ATTN ASSOCIATE# 6
DALLAS TX 75373-0220

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 556348-BC<br>MARIMON, BEVERLY ANN<br>1131 JAKSON ST.<br>OVIEDO FL 32708 | CREDITOR ID: 556350-BC<br>MARIN, ADILIA DEL CARMEN<br>18321 SW 135 AVE<br>MIAMI FL 33177 | CREDITOR ID: 556349-BC<br>MARIN, JORDAN<br>2040 RONALD CR<br>SEFFNER FL 33584 |
| CREDITOR ID: 536490-BA<br>MARIN, MARIA<br>2303 IVEY<br>LAKELAND FL 33815 | CREDITOR ID: 538135-BA<br>MARIN, MARIA<br>C/O MORGAN & MORGAN ATTORNEYS<br>ATTN ADAM BRUM<br>101 E. KENNEDY BLVD., STE 1790<br>TAMPA FL 33602 | CREDITOR ID: 556351-BC<br>MARINANA, LOREN<br>12100 SW 69TH CT<br>MIAMI FL 33156 |
| CREDITOR ID: 240559-06<br>MARINE RESOURCE DIVISION<br>PO BOX 189<br>DAUPHIN ISLAND AL 36528 | CREDITOR ID: 539129-BI<br>MARINERS WHARF APARTMENTS<br>351 CROSSINGS BLVD<br>ORANGE PARK FL 32073 | CREDITOR ID: 536491-BA<br>MARINO, ALEXANDRO<br>218 E. COMMERCIAL BLVD, SUITE 1016<br>LAUDERDALE BY THE SEA FL 33308 |
| CREDITOR ID: 538136-BA<br>MARINO, ALEXANDRO<br>C/O BERESFORD LANDERS, JR, PA LLC<br>ATTN BERESFORD LANDERS, JR, ESQ.<br>1393 SW 1 STREET, SUITE 420A<br>MIAMI FL 33135 | CREDITOR ID: 538382-BA<br>MARINO, PATRICIA<br>C/O CRAIG GOLDENFARB, PA<br>ATTN CRAIG GOLDENFARB ESQ<br>2090 PALM BEACH LAKES BLVD, STE 402<br>WEST PALM BEACH FL 33409 | CREDITOR ID: 536492-BA<br>MARINO, PATRICIA<br>5429 SEALINE BLVD.<br>GREENACRES FL 33463 |
| CREDITOR ID: 556352-BC<br>MARIO (MINOR), EBERTO<br>11441 SW 186TH STREET<br>MIAMI FL 33010 | CREDITOR ID: 539131-BI<br>MARIO OLIVE DIVISION<br>11808 W CENTER RD<br>OMAHA NE 68144-4397 | CREDITOR ID: 255493-12<br>MARIO OLIVE DIVISION<br>ATTN BRADLEY L POPPEN, CFO<br>11808 W CENTER RD<br>OMAHA, NE 68144-4397 |
| CREDITOR ID: 539950-BI<br>MARION ABRAMSON SENIOR HIGH SCHOOL<br>5552 READ BLVD<br>NEW ORLEANS LA 70127 | CREDITOR ID: 539951-BI<br>MARION CENTRAL CATHOLIC MIDDLE SCHOOL<br>2221 MENDEZ ST<br>NEW ORLEANS LA 70122 | CREDITOR ID: 539952-BI<br>MARION COUNTY UTILITIES<br>1219 S PINE AVENUE<br>OCALA FL 34474 |
| CREDITOR ID: 539954-BI<br>MARION SIGNS & LIGHTING INC<br>3731 NE 25TH STREET<br>OCALA FL 34470 | CREDITOR ID: 539953-BI<br>MARION SIGNS & LIGHTING INC<br>1423 N E 46 ROAD<br>OCALA FL 34470 | CREDITOR ID: 539955-BI<br>MARION WATER AND SEWER SYSTEM<br>PO BOX 959<br>MARION AL 36756 |
| CREDITOR ID: 539956-BI<br>MARION* MCROY<br>860 TORREY PINES DRIVE<br>ID# 83963<br>SUMTER SC 29150 | CREDITOR ID: 556353-BC<br>MARION, TIKEIA<br>2151 NE 1ST AVE.<br>POMPANO BEACH FL 33060 | CREDITOR ID: 539957-BI<br>MARIONS HOPE LLC<br>C/O WACHOVIA SECURITIES<br>555 CALIFORNIA STREET SUITE 2300<br>ACCT# 5547-9053<br>SAN FRANCISCO CA 94104 |
| CREDITOR ID: 1574-07<br>MARIONS HOPE, LLC<br>C/O WACHOVIA SECURITIES<br>555 CALIFORNIA STREET, SUITE 23<br>SAN FRANCISCO, CA 94104 | CREDITOR ID: 556354-BC<br>MARIOTT, JANET<br>4707 14TH ST EAST<br>TUSCALOOSA AL 35401 | CREDITOR ID: 279381-36<br>MARITIME PRODUCTS INTERNATIONAL INC<br>C/O TROUTMAN SANDERS LLP<br>ATTN THOMAS R WALKER, ESQ<br>600 PEACHTREE STREET, NE, STE 5200<br>ATLANTA GA 30308-2216 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 539960-BI<br>MARITIME PRODUCTS INT'L<br>PO BOX 120103<br>NEWPORT NEWS VA 23612103 | CREDITOR ID: 539964-BI<br>MARJON SPECIALTY FOODS<br>3508 SYDNEY RD<br>PLANT CITY FL 33566 | CREDITOR ID: 403549-99<br>MARJON SPECIALTY FOODS INC<br>C/O STICHTER RIEDEL ET AL<br>ATTN: DON M STICHTER<br>110 EAST MADISON ST, STE 200<br>TAMPA FL 33602 |
| CREDITOR ID: 410948-15<br>MARJON SPECIALTY FOODS, INC<br>ATTN JOHN D MILLER, PRESIDENT<br>3508 SYDNEY ROAD<br>PLANT CITY FL 33567 | CREDITOR ID: 410948-15<br>MARJON SPECIALTY FOODS, INC<br>C/O STICHTER RIEDEL BLAIN & PROSSER, PA<br>ATTN: DON M STICHTER, ESQ<br>110 MADISON STREET, SUITE 200<br>SUITE 200<br>TAMPA FL 33602 | CREDITOR ID: 539965-BI<br>MARJORIE BENNETT<br>20520 NW 15TH AVENUE<br>APT # 227<br>MIAMI FL 33169 |
| CREDITOR ID: 539966-BI<br>MARJORIE RYALS<br>102 BERRY STREET<br>KINGSLAND GA 31548 | CREDITOR ID: 539967-BI<br>MARK BOYLE<br>8521 DEERFIELD STREET<br>CHALMETTE LA 70043 | CREDITOR ID: 539969-BI<br>MARK C POPE ASSOC<br>4910 MARTIN COURT<br>SMYRNA GA 30082 |
| CREDITOR ID: 255524-12<br>MARK C POPE ASSOCIATES, INC<br>ATTN SUZANNE VELEY CREDIT MGR<br>PO BOX 1517<br>4910 MARTIN COURT<br>SMYRNA, GA 30081-1517 | CREDITOR ID: 539970-BI<br>MARK DILL<br>4122 COBIA STREET<br>PENSACOLA FL 32507 | CREDITOR ID: 539974-BI<br>MARK FRANCIS<br>PO BOX 391027<br>DELTONA FL 32738 |
| CREDITOR ID: 539973-BI<br>MARK FRANCIS<br>2067 EVEREST STREET<br>DELTONA FL 32738 | CREDITOR ID: 539975-BI<br>MARK GAMBINO<br>PO BOX 2418<br>DAPHNE AL 36526 | CREDITOR ID: 539981-BI<br>MARK TIBLIER<br>248 DEBUYS ROAD<br>#163<br>BILOXI MS 39531 |
| CREDITOR ID: 539983-BI<br>MARK W DELANEY<br>300 S CHURCHILL DRIVE<br>ST AUGUSTINE FL 32086 | CREDITOR ID: 540019-BI<br>MARK W DELANEY<br>PO BOX 860326<br>ST AUGUSTINE FL 32086 | CREDITOR ID: 540024-BI<br>MARKER 29 PRODUCE<br>PO BOX 301<br>ONANCOCK VA 23417 |
| CREDITOR ID: 278921-30<br>MARKER 29 PRODUCE<br>PO BOX 301<br>ONANCOCK, VA 23417 | CREDITOR ID: 255544-12<br>MARKET ADMIN FEDERAL ORDER #5<br>C/O US ATTORNEY, MDFL<br>ATTN PAUL I PEREZ, ESQ<br>300 N HOGAN STREET, SUITE 700<br>JACKSONVILLE FL 32202-4270 | CREDITOR ID: 255544-12<br>MARKET ADMIN FEDERAL ORDER #5<br>C/O US DEPARTMENT OF JUSTICE<br>ATTN ALBERTO GONZALES, ATTY GENERAL<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON DC 20530-0001 |
| CREDITOR ID: 540025-BI<br>MARKET ADMIN FEDERAL ORDER #5<br>PO BOX 18030<br>LOUISVILLE KY 40261-0030 | CREDITOR ID: 255544-12<br>MARKET ADMIN FEDERAL ORDER #5<br>US AGRICULTURE DEPT<br>ATTN JOHN R MENGEL, ACTING DPTY ADM<br>PO BOX 18030<br>LOUISVILLE KY 40261-0030 | CREDITOR ID: 540026-BI<br>MARKET ADMINSTRATOR<br>PO BOX 491778<br>LAWRENCEVILLE GA 30049 |
| CREDITOR ID: 1929-99<br>MARKET AT BYRAM LLC, THE<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 1929-99<br>MARKET AT BYRAM LLC, THE<br>C/O BENNETT, LOTTERHOS, ET AL<br>ATTN MARCUS M WILSON, ESQ<br>PO BOX 98<br>JACKSON MS 39205-0098 | CREDITOR ID: 262849-12<br>MARKET AT BYRAM LLC, THE<br>112 SHEFFIELD LOOP<br>HATTIESBURG, MS 39402 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                     **CASE:   05-03817-3F1**

CREDITOR ID: 1929-99
MARKET AT BYRAM LLC, THE
C/O SOUTHGATE REALTY, LLC
PO BOX 16615
HATTIESBURG, MS 39402

CREDITOR ID: 540027-BI
MARKET LOGISTICS
PO BOX 890232
CHARLOTTE NC 28289-0232

CREDITOR ID: 540028-BI
MARKET PLACE PARTNERS
MARKET PLACE MGMT INC
449 SOUTH WRENN STREET
HIGH POINT NC 27260

CREDITOR ID: 1575-07
MARKET PLACE PARTNERS
MARKET PLACE MGMT INC
449 SOUTH WRENN STREET
HIGH  POINT, NC 27260

CREDITOR ID: 540029-BI
MARKETA MYRICKS
5701 E SHIRLEY LANE
APT 1203
MONTGOMERY AL 36117

CREDITOR ID: 540030-BI
MARKETOWN INVESTORS INC
PO BOX 2130
BAY ST LOUIS MS 39521-2130

CREDITOR ID: 2394-99
MARKETOWN INVESTORS INC
C/O DONALD E THERIOT, ATTNY AT LAW
ATTN: ERIN THOMAS/DONALD THERIOT
1944 FIRST STREET
SLIDELL LA 70458

CREDITOR ID: 384225-47
MARKETPLACE AT FLOWER MOUND
CBL CENTER
2030 HAMILTON PLACE BLVD STE 500
CHATTANOOGA, TN 37421-6000

CREDITOR ID: 395319-63
MARKETPLACE FEDERAL CR UNION FKA
WINN-DIXIE EMPL FED CREDIT UNION
7020 AC SKINNER PARKWAY, SUITE 100
JACKSONVILLE, FL 32256

CREDITOR ID: 540031-BI
MARKETPLACE FEDERAL CREDIT
7020 A C SKINNER PKWY
STE 100 ATTN  ACC DEPT
JACKSONVILLE FL 32256-6938

CREDITOR ID: 540032-BI
MARKETPLACE FEDERAL CREDIT UNION
C/O HIDAY & RICKE PA
PO BOX 550858
JACKSONVILLE FL 32255

CREDITOR ID: 255558-12
MARKETPLACE FEDERAL CREDIT UNION
ATTN KATHY PALASIESKI, COLL MGR
7020 A C SKINNER PKWY, SUITE 100
JACKSONVILLE, FL 32256-6938

CREDITOR ID: 1930-07
MARKETPLACE LLC, THE
C/O TERRELL, BAUGH, ET AL
ATTN BRADLEY J SALMON, ESQ
700 S GREEN RIVER ROAD, STE 2000
EVENSVILLE IN 47715

CREDITOR ID: 1930-07
MARKETPLACE LLC, THE
C/O REGENCY PROPERTY SERVICES
ATTN DAVID SHERMAN
330 CROSS POINTE BLVD
EVANSVILLE, IN 47715

CREDITOR ID: 540033-BI
MARKETPLACE OF AMERICUS LLC
PO BOX 4767
COLUMBUS GA 31914

CREDITOR ID: 255559-12
MARKETPLACE OF AMERICUS LLC
C/O SLOTT, BARKER & NUSSBAUM
ATTN EARL M BARKER JR, ESQ
334 E DUVAL STREET
JACKSONVILLE FL 32202

CREDITOR ID: 1578-07
MARKETPLACE OF AMERICUS LLC
PO BOX 4767
COLUMBUS, GA 31914

CREDITOR ID: 255559-12
MARKETPLACE OF AMERICUS LLC
PO BOX 4767
COLUMBUS, GA 31914

CREDITOR ID: 540034-BI
MARKETPLACE OF DELRAY LTD
C/O RAM REALTY SERVICES
3399 PGA BLVD
PALM BEACH GARDENS FL 33410

CREDITOR ID: 1579-07
MARKETPLACE OF DELRAY LTD
C/O RAM REALTY SERVICES
3399 PGA BLVD
PALM BEACH GARDENS, FL 33410

CREDITOR ID: 540035-BI
MARKETPLACE PORT ST LUCIE LP
C/O DEVCON ENTERPRISES INC
433 SOUTH MAIN STREET
SUITE 300
WEST HARTFORD CT 06110

CREDITOR ID: 540036-BI
MARKETPLACE SHOPPING CENTER
C/O EDENS & AVANT
FINANCING II LP
PO BOX 528
COLUMBIA SC 29202

CREDITOR ID: 1580-07
MARKETPLACE SHOPPING CENTER
C/O EDENS & AVANT
FINANCING II LP
PO BOX 528
COLUMBIA, SC 29202

CREDITOR ID: 540037-BI
MARKHAM ENTERPRISES OF JAX
7800 OLD KINGS ROAD
JACKSONVILLE FL 32219

CREDITOR ID: 255562-12
MARKHAM ENTERPRISES OF JAX
ATTN T L MARKHAM, OWNER
7800 OLD KINGS ROAD
JACKSONVILLE, FL 32219

CREDITOR ID: 538383-BA
MARKHAM, JOHN
C/O LAW OFFICE OF J SCOTT GUNN, PA
ATTN J SCOTT GUNN
ONE FINANCIAL PLAZA, STE 2500
100 SOUTHEAST THIRD AVENUE
FORT LAUDERDALE FL 33394

CREDITOR ID: 536493-BA
MARKHAM, JOHN
1319 LACLEDE AVENUE, #12
JACKSONVILLE FL 32205

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 540038-BI<br>MARKIA IRVIN<br>2030 WEST BROAD AVENUE<br>APT 9<br>ALBANY GA 31707 | CREDITOR ID: 540040-BI<br>MARKIA LEE<br>419 S WESTOVER BLVD<br>APT 13<br>ALBANY GA 31707 | CREDITOR ID: 540039-BI<br>MARKIA LEE<br>2030 WEST BROAD AVENUE<br>APT 9<br>ALBANY GA 31707 |
| CREDITOR ID: 405915-99<br>MARKS GRAY PA<br>ATTN: NICHOLAS V PULIGNANO JR<br>1200 RIVERPLACE BLVD, STE 800<br>JACKSONVILLE FL 32207 | CREDITOR ID: 556356-BC<br>MARKS, BRANDI<br>1220 WILLIAMS BLVD.<br>KENNER LA 70062 | CREDITOR ID: 556355-BC<br>MARKS, JO-ANGELA<br>3715 GASLIGHT CURVE<br>MONTGOMERY AL 36116 |
| CREDITOR ID: 536494-BA<br>MARKS, JOSEPHINE<br>4001 EASTVIEW<br>WEST PALM BEACH FL 33407 | CREDITOR ID: 538384-BA<br>MARKS, JOSEPHINE<br>C/O BOYSAW BRYAN & ASSOCIATES PA<br>ATTN BRYAN BOYSAW<br>771 VILLAGE BLVD., SUITE 202<br>WEST PALM BEACH FL 33409 | CREDITOR ID: 540041-BI<br>MARKSVILLE ELEMENTARY<br>430 W WADDIL ST<br>MARKSVILLE LA 71351 |
| CREDITOR ID: 540042-BI<br>MARKSVILLE HIGH<br>407 W BON TEMPT<br>MARKSVILLE LA 71351 | CREDITOR ID: 540043-BI<br>MARKSVILLE MIDDLE<br>152 SCHOOL HOUSE RD<br>MARKSVILLE LA 71351 | CREDITOR ID: 540044-BI<br>MARKSVILLE WATER SYSTEM<br>227 EAST BON TEMPS<br>MARKSVILLE LA 71351-2403 |
| CREDITOR ID: 540045-BI<br>MARKWINS BEAUTY PRODUCTS INC<br>C/O CATHAY BANK<br>5402 8TH AVENUE<br>BROOKLYN NY 11220 | CREDITOR ID: 540046-BI<br>MARKWINS INTERNATIONAL<br>22067 FERRERO PARKWAY<br>CITY OF INDUSTRY CA 91789 | CREDITOR ID: 397347-15<br>MARKY'S CAVIAR<br>ATTN PATRICIA PARKER<br>687 NE 79TH STREET<br>MIAMI FL 33138 |
| CREDITOR ID: 540047-BI<br>MARKYS OPTIMUS INC<br>687 N E 79TH STREET<br>MIAMI FL 33138 | CREDITOR ID: 248956-12<br>MARLER, EMILY<br>11 SHENANDOAH DRIVE<br>LAURENS, SC 29630 | CREDITOR ID: 536495-BA<br>MARLETTE, LILLIAN<br>1276 PANGORA DRIVE<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 538385-BA<br>MARLETTE, LILLIAN<br>THE LAW OFFICES OF J. SCOTT NOONEY<br>ATTN ALEX WRIGHT, CASE MANAGER<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207-3303 | CREDITOR ID: 540050-BI<br>MARLIA BURKE<br>960 11TH STREET S W<br>NAPLES FL 34117 | CREDITOR ID: 540051-BI<br>MARLIN<br>PO BOX 140795<br>ORLANDO FL 32814-0795 |
| CREDITOR ID: 255577-12<br>MARLIN<br>ATTN JACKIE WILSON, CREDIT MGR<br>PO BOX 140795<br>ORLANDO FL 32814-0795 | CREDITOR ID: 377387-44<br>MARLIN COMPANY<br>ATTN HELEN KENDRICK<br>PO BOX 304<br>NEW HAVEN, CT 06502-0304 | CREDITOR ID: 540052-BI<br>MARLIN LEASING CORP<br>P O BOX 13604<br>PHILADELPHIA PA 19101-3604 |
| CREDITOR ID: 403456-15<br>MARLIN LEASING CORPORATION<br>ATTN REBECCA SENTELL<br>300 FELLOWSHIP ROAD<br>MOUNT LAUREL NJ 08054 | CREDITOR ID: 540053-BI<br>MARLIN MANUFACTURING CO INC<br>PO BOX 140795<br>ORLANDO FL 32814-0795 | CREDITOR ID: 255581-12<br>MARLITE<br>PO BOX 200267<br>PITTSBURGH, PA 15251-0267 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                 **CASE:   05-03817-3F1**

CREDITOR ID: 556357-BC
MARLOW, MONICA
1617 NE SOTTONG ROAD
JENSEN BEACH FL 34957

CREDITOR ID: 406191-15
MARLOW, SHEILA
1214 HAZEL STREET
GAINESVILLE GA 30501

CREDITOR ID: 260855-12
MARLOW, SHEILA
1290 PARK HILL DR
GAINESVILLE GA 30501-1968

CREDITOR ID: 406925-MS
MARLOW, WILLIAM J JR
C/O FRIEDLINE & MCCONNELL, PA
ATTN JERRETT M MCCONNELL, ESQ
1756 UNIVERSITY BLVD SOUTH
JACKSONVILLE FL 32216

CREDITOR ID: 406925-MS
MARLOW, WILLIAM J JR
5005 HIGH POINT DRIVE
PANAMA CITY FL 32404

CREDITOR ID: 406926-MS
MARLOWE, DENNIS C
116 LANGFORD PARK DR
DAVENPORT FL 33897

CREDITOR ID: 382791-51
MARONEY, DEWEY
133 BELMONT ROAD
JACKSONVILLE, FL 32252

CREDITOR ID: 540054-BI
MARPAN SUPPLY CO INC
PO BOX 2068
TALLAHASSEE FL 32316-2068

CREDITOR ID: 255584-12
MARPAN SUPPLY CO INC
ATTN DAYNA LENK
PO BOX 2068
TALLAHASSEE FL 32316-2068

CREDITOR ID: 393020-55
MARQUEZ, ERNESTINA V
C/O MORGAN & MORGAN, PA
ATTN W CLAY MITCHELL JR, ESQ
PO BOX 4979
ORLANDO FL 32802-4979

CREDITOR ID: 556358-BC
MARQUEZ-BRITO, EYSA
280 RADA COURT
CORAL GABLES FL 33143

CREDITOR ID: 540055-BI
MARRERO JEFFERSON PARISH
4500 WESTBANK EXPWY
MARRERO LA 70072

CREDITOR ID: 279443-99
MARRERO LAND & IMPROVEMENT ASSN LTD
ATTN VINCENT A VASTOLA, DIR
5201 WESTBANK EXPRESSWAY, SUITE 400
MARRERO LA 70072

CREDITOR ID: 536496-BA
MARRERO, LILLIAN
246 WHISTLER SPRING COURT
JACKSONVILLE FL 32226

CREDITOR ID: 385703-54
MARRERO, LUCCIOLA
5972 SW 42ND TERRACE
MIAMI, FL 33155

CREDITOR ID: 385703-54
MARRERO, LUCCIOLA
C/O NACHLAS LAW GROUP
ATTN REBECCA NACHLAS, ESQ.
1785 NE 123 STREET
NORTH MIAMI FL 33181

CREDITOR ID: 536497-BA
MARRERO, RASARIO
5759 HSSE CT.
HOMOSASSA FL 34448

CREDITOR ID: 382792-51
MARS STOUT
PO BOX 8026
MISSOULA, MT 59807

CREDITOR ID: 406927-MS
MARS, DONALD K
46320 MORRIS ROAD
HAMMOND LA 70401

CREDITOR ID: 391592-55
MARS, ETTA M
C/O JOHN P MONEYHAM, PA
ATTN JOHN P MONEYHAM, ESQ
600 JENKS AVENUE
PO BOX 31
PANAMA CITY FL 32402

CREDITOR ID: 556359-BC
MARSALONA, JOAN
134 PARADISE CRESENT
ROYAL PALM BEACH FL 33411

CREDITOR ID: 540056-BI
MARSH USA INC
P O BOX 100357
ATLANTA GA 30384-0357

CREDITOR ID: 406928-MS
MARSH, HUGH A
211 W OAK ST, APT 404
LOUISVILLE KY 40203

CREDITOR ID: 556360-BC
MARSH, KATHY
#25 CONCORD LOOP
PEARL RIVER LA 70452

CREDITOR ID: 540058-BI
MARSHAL CITY OF PINEVILLE
ATTN GARNISHMENT DEPT
PO BOX 3671
PINEVILLE LA 71360

CREDITOR ID: 540059-BI
MARSHALL
CITY COURT OF HAMMOND
303 E THOMAS ST
HAMMOND LA 70401

CREDITOR ID: 540060-BI
MARSHALL APPRAISALS, INC
CO FEDEX KINKO SUITE 1091
105 S STATE ROAD # 434
ALTAMONTE SPRINGS FL 32714

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 540061-BI<br>MARSHALL BISCUIT COMPANY INC<br>100 JACINTOPORT BLVD<br>SARALAND AL 36571 | CREDITOR ID: 255597-12<br>MARSHALL BISCUIT COMPANY INC<br>ATTN JULIE T STANLEY, VP-CONTROLLER<br>100 JACINTOPORT BLVD<br>SARALAND, AL 36571 | CREDITOR ID: 403331-83<br>MARSHALL DENNEHEY WARNER ET AL<br>12 E BAY STREET<br>JACKSONVILLE FL 32202-3247 |
| CREDITOR ID: 410573-15<br>MARSHALL DENNEHEY WARNER ET AL<br>ATTN ERNEST DIFILIPPO, FINANCE DIR<br>1845 WALNUT STREET, SUITE 1600<br>PHILADELPHIA PA 19103-4717 | CREDITOR ID: 381690-47<br>MARSHALL LUMBER AND MILL CO INC<br>BLDG MATERIALS AND MILL WORK<br>P O BOX 9424    3200 DAY ST<br>MONTGOMERY, AL 36108 | CREDITOR ID: 540062-BI<br>MARSHALL LUMBER AND MILL CO INC<br>BLDG MATERIALS AND MILL WORK<br>P O BOX 9424    3200 DAY ST<br>MONTGOMERY AL 36108 |
| CREDITOR ID: 410537-15<br>MARSHALL PLANING MILL, INC<br>C/O WYATT TARRANT & COMBS LLP<br>ATTN JOHN P BRICE, ESQ<br>250 WEST MAIN STREET, SUITE 1600<br>LEXINGTON KY 40507-1746 | CREDITOR ID: 315866-40<br>MARSHALL PLANNING MILL INC<br>ATTN:  R W MARSHALL<br>PO BOX 7066<br>LOUISVILLE, KY 40257-0066 | CREDITOR ID: 381667-47<br>MARSHALL PRANGE<br>PO BOX 269<br>MONTE VISTA, CO 81144-0269 |
| CREDITOR ID: 556361-BC<br>MARSHALL, ALMA<br>732 31 1ST NW<br>WINTER HAVEN FL 33881 | CREDITOR ID: 538386-BA<br>MARSHALL, ANETTE<br>C/O KLEMICK & GAMPEL, P.A.<br>1953 S.W. 27TH AVENUE<br>MIAMI FL 33145 | CREDITOR ID: 536498-BA<br>MARSHALL, ANETTE<br>1370 NW 51ST TERRACE<br>MIAMI FL 33142 |
| CREDITOR ID: 269507-18<br>MARSHALL, GLORIA<br>C/O SHANA M ROOKS & ASSOCIATES, LLC<br>ATTN SHANA M ROOKS, ESQ.<br>116 S MAIN STREET, SUITE 4<br>JONESBORO GA 30236 | CREDITOR ID: 536499-BA<br>MARSHALL, HYECHA<br>10103 TUCKER JONES RD<br>RIVERVIEW FL 33569 | CREDITOR ID: 538387-BA<br>MARSHALL, HYECHA<br>C/O FRANK FERNANDEZ, III<br>ATTN FRANK FERNANDEZ<br>1922 EAST 4TH AVENUE<br>TAMPA FL 33605 |
| CREDITOR ID: 392042-55<br>MARSHALL, JEANETTE<br>C/O SPARKMAN & ASSOCIATES, PA<br>ATTN RICHARD D SPARKMAN, ESQ.<br>PO BOX 1687<br>ANGIER NC 27501 | CREDITOR ID: 392042-55<br>MARSHALL, JEANETTE<br>C/O HENDRICK & RHODES<br>ATTN ANNETTE RHODES<br>PO BOX 956<br>FUQUAY-VARINA NC 27526 | CREDITOR ID: 254908-12<br>MARSHALL, LIZER<br>410 HWY 529<br>TAYLORSVILLE, MS 39168 |
| CREDITOR ID: 391143-55<br>MARSHALL, PEARL<br>C/O STEINGER, ISCOE & PHILIPS, PA<br>ATTN M STEINGER/G ISCOE, ESQS<br>1645 PALM BEACH LAKES BLVD, 9TH FL<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 416121-L1<br>MARSHALL, TRACEY<br>C/O STEPAKOFF LAWFIRM, P.A.<br>ATTN MICHAEL G STEPAKOFF, ESQ<br>8370 W HILLSBOROUGH AVE, SUITE 208<br>TAMPA FL 33615 | CREDITOR ID: 416121-L1<br>MARSHALL, TRACEY<br>1122 69TH STREET<br>TAMPA FL 33619 |
| CREDITOR ID: 269641-19<br>MARSHBURN, CHRISTOPHER D<br>C/O LAW OFFICES OF DOMINICK J SALFI<br>ATTN DOMINICK J SALFI, ESQ<br>999 DOUGLAS AVE, SUITE 3333<br>ALTAMONTE SPRINGS FL 32714 | CREDITOR ID: 556362-BC<br>MARSTON, PAULA<br>105 KATHLEEN CT<br>TARPON SPRINGS FL 34689 | CREDITOR ID: 538388-BA<br>MARTAS, JAQILYN<br>YANCHUCK, BERMAN WADLEY & ZERVOS<br>ATTN ANGELA A. ZERVOS<br>415 SOUTH PINELLAS AVENUE<br>TARPON SPRINGS FL 34689 |
| CREDITOR ID: 536500-BA<br>MARTAS, JAQILYN<br>1907 KNOLLWOOD DR<br>HOLIDAY FL 34691 | CREDITOR ID: 381160-47<br>MARTEL, MAYRA<br>4983 17TH AVENUE S.W<br>NAPLES, FL 34116 | CREDITOR ID: 536501-BA<br>MARTELL, ROBIN<br>1853 NOLAN ROAD<br>MIDDLEBURG FL 32068 |

SERVICE LIST
Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 540065-BI<br>MARTHA STATEN<br>115 CAMBRIDGE DRIVE SOUTH<br>MILLEDGEVILLE GA 31061 | CREDITOR ID: 540066-BI<br>MARTHA VINYARD ELEMENTARY SCHOOL<br>40105 DUNSON RD<br>PONCHATOULA LA 70454 | CREDITOR ID: 556363-BC<br>MARTHENS, ELIZABETH<br>1132 ELMENDORF TRACE<br>TARPON SPRINGS FL 34689 |
| CREDITOR ID: 540067-BI<br>MARTIN A BIENSTOCK<br>36-35 BELL BOULEVARD<br>BAYSIDE NY 11361 | CREDITOR ID: 540068-BI<br>MARTIN BEHRMAN ELEMENTARY<br>715 OPELOUSAS AVE<br>NEW ORLEANS LA 70114 | CREDITOR ID: 540070-BI<br>MARTIN COUNTY TAX COLLECTOR<br>P O BOX 9013<br>LARRY O STEEN<br>STUART FL 34995 |
| CREDITOR ID: 540071-BI<br>MARTIN COUNTY UTILTIES DEPT<br>PO BOX 9000<br>STUART FL 34995-9000 | CREDITOR ID: 540073-BI<br>MARTIN PETIT JEAN PRIMARY<br>4039 CROWLEY RAYNE HWY<br>RAYNE LA 70578 | CREDITOR ID: 392344-55<br>MARTIN, ANITA<br>C.O ROBERT G HARVEY LAW OFFICES<br>ATTN RG HARVEY/T JACOBSON, ESQS<br>2609 CANAL STREET, 5TH FLOOR<br>NEW ORLEANS LA 70119 |
| CREDITOR ID: 429854-15<br>MARTIN, BARRY<br>C/O WACHOVIA SECURITIES<br>ARRN ANNE L DAVIDSON<br>8115 PRESTON ROAD, SUITE 300<br>DALLAS TX 75235 | CREDITOR ID: 243448-12<br>MARTIN, BEVERLY<br>1592 BELFAST COURT<br>APOKA, FL 32712 | CREDITOR ID: 556369-BC<br>MARTIN, CAROL<br>P.O. BOX 427<br>BROOKWOOD AL 35444 |
| CREDITOR ID: 393029-55<br>MARTIN, CHRISTIN<br>C/O CREED LAW FIRM<br>ATTN RICHARD CREED JR, ESQ<br>WOLFE'S CREEK, SUITE B3<br>8017 JEFFERSON HIGHWAY<br>BATON ROUGE LA 70809 | CREDITOR ID: 416736-L1<br>MARTIN, CLINTON<br>C/O CHRISTMAS Y GREEN, PA<br>ATTN CHRISTMAS Y GREEN, ESQ<br>404 SELMA AVENUE<br>SELMA AL 36701 | CREDITOR ID: 556370-BC<br>MARTIN, DANNELL<br>2212 SAUVAGE AVE<br>MARRERO LA 70072 |
| CREDITOR ID: 410504-15<br>MARTIN, DEBORAH<br>4433 ST MARY LANE<br>ORLANDO FL 32813 | CREDITOR ID: 536502-BA<br>MARTIN, DEBORAH<br>4433 ST. MARY LANE<br>ORLANDO FL 32818 | CREDITOR ID: 538389-BA<br>MARTIN, DEBORAH<br>C/O BOGIN, MUNNS & MUNNS<br>ATTN SCOTT C REITOR. ESQ.<br>PO BOX 2807<br>ORLANDO FL 32802-2807 |
| CREDITOR ID: 534884-B1<br>MARTIN, DEBORAH<br>59 S FANFAIR AVE<br>ORLANDO FL 32811 | CREDITOR ID: 382793-51<br>MARTIN, DEBRA<br>200 SEAMIST CT<br>PONT VEDRA BEACH FL 32082-4039 | CREDITOR ID: 556367-BC<br>MARTIN, DEBRA<br>44 COUNTY ROAD 911<br>HEFIN AL |
| CREDITOR ID: 411044-15<br>MARTIN, DEBRA A<br>C/O WINN DIXIE STORES, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE FL 32254-3699 | CREDITOR ID: 536503-BA<br>MARTIN, DORIS<br>22145 SW 117TH AVE<br>MIAMI FL 33170 | CREDITOR ID: 538390-BA<br>MARTIN, DORIS<br>C/O HERBERT & FENSTERSHEIB P.A.<br>ATTN ROBERT FENSTERSHEIB<br>520 WEST HALLANDALE BLVD.<br>HALLANDALE BEACH FL 33009 |
| CREDITOR ID: 406929-MS<br>MARTIN, DWAIN E<br>517 WETHERBY LANE<br>SAINT AUGUSTINE FL 32092-1024 | CREDITOR ID: 390771-55<br>MARTIN, ESTELLE I & KHARYL<br>C/O LAW OFFICE OF LAWRENCE S ALLEN<br>ATTN LAWRENCE S ALLEN, ESQ<br>2121 PONCE DE LEON BLVD, SUITE 721<br>CORAL GABLES FL 33134 | CREDITOR ID: 385296-54<br>MARTIN, EVELYN<br>C/O CROMER & CHIPMAN LAW OFFICES<br>ATTN SANDRA W CHIPMAN, ESQ<br>PO BOX 1202<br>ANDERSON, SC 29622-1202 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 536504-BA<br>MARTIN, FAITHLYN<br>2172  119TH STREET NORTH<br>LARGO FL 33778 | CREDITOR ID: 406930-MS<br>MARTIN, GEORGE<br>6035 PONY PATH<br>BROOKSVILLE FL 34602 | CREDITOR ID: 394738-57<br>MARTIN, HAILLE SR<br>C/O NILES SALAS BOURQUE & FONTANA<br>ATTN LAWRENCE J CENTOLA, ESQ<br>909 POYDRAS STREET, 35TH FLOOR<br>NEW ORLEANS LA 70112 |
| CREDITOR ID: 394738-57<br>MARTIN, HAILLE SR<br>1708 LINCOLN AVENUE<br>MARRERO LA 70072 | CREDITOR ID: 398812-78<br>MARTIN, JAMES BRUCE<br>349 HUNTER STREET<br>WEST PALM BEACH, FL 33405 | CREDITOR ID: 536505-BA<br>MARTIN, JESSICA<br>213 ADDISON PLACE<br>CRESTVIEW FL 32536 |
| CREDITOR ID: 253254-12<br>MARTIN, JOHN P<br>1300 PAYNE STREET<br>LOUISVILLE, KY 40204 | CREDITOR ID: 406931-MS<br>MARTIN, JOSEPH<br>9 RED OAK<br>COVINGTON KY 70433 | CREDITOR ID: 556364-BC<br>MARTIN, JUDITH<br>3521 GRAY WHEATSTON ST.<br>BRANDON FL 33511 |
| CREDITOR ID: 170859-09<br>MARTIN, KAREN K HOLUB<br>557 PLEASANT VIEW<br>MILWAKEE WI 53226 | CREDITOR ID: 534677-15<br>MARTIN, KENNETH<br>2832 MILTON DR<br>JACKSON MS 39212 | CREDITOR ID: 170874-09<br>MARTIN, KENNETH<br>1229 FLOOD STREET<br>NEW ORLEANS LA 70117 |
| CREDITOR ID: 556366-BC<br>MARTIN, KEVIN<br>1845 INMAN DR<br>WINTER HAVEN FL 33881 | CREDITOR ID: 385993-54<br>MARTIN, LASHUNDA<br>12249 SW 201ST TERRACE<br>MIAMI, FL 33177 | CREDITOR ID: 556372-BC<br>MARTIN, LATASHA<br>1400 DAVENPORT AVE.<br>BOGALUSA LA 70427 |
| CREDITOR ID: 536506-BA<br>MARTIN, LORETTA<br>117 VISTA DRIVE<br>CLEMSON SC 29631 | CREDITOR ID: 538391-BA<br>MARTIN, LORETTA<br>C/O THE MIMS LAW FIRM<br>ATTN JULIETTE BROWN MIMS, ESQ.<br>100 E. POINSETT STREET<br>GREER SC 29651 | CREDITOR ID: 556365-BC<br>MARTIN, LUCY<br>1409 PRESTWOOD BRIDGE RD<br>ANDALUSIA AL 36420 |
| CREDITOR ID: 406932-MS<br>MARTIN, RONNIE<br>1609 MARRIOM PLACE<br>HIGH POINT NC 27265 | CREDITOR ID: 406933-MS<br>MARTIN, ROY C<br>201 INDIAN TRAIL<br>TAYLORS SC 29687 | CREDITOR ID: 556368-BC<br>MARTIN, SARAH<br>1761 64TH ST<br>WEST PALM BEACH FL 33415 |
| CREDITOR ID: 406934-MS<br>MARTIN, THOMAS N<br>1821 TARA DR<br>PRATTVILLE AL 36066 | CREDITOR ID: 406935-MS<br>MARTIN, TIM<br>1400 NATURE DRIVE, APT 2G<br>JACKSONVILLE NC 28546 | CREDITOR ID: 556371-BC<br>MARTIN, TORRAY<br>15165 VICKERY DR. APT 1622<br>HOUSTON TX 77032 |
| CREDITOR ID: 255635-12<br>MARTINDALE-HUBBELL<br>ATTN DIANA L SIMPSON, CREDIT MGR<br>121 CHANLON ROAD<br>NEW PROVIDENCE NJ 07974 | CREDITOR ID: 406936-MS<br>MARTINEAU, JOSEPH D<br>4839 PALMETTO PT DR<br>PALMETTO FL 34221 | CREDITOR ID: 556383-BC<br>MARTINEZ (MINOR), CAROLINE<br>17677 SW 32ND STREET<br>MIRAMAR FL 33029 |

Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 538392-BA
MARTINEZ, ALFONSO
C/O TROUTMAN WILLIAMS IRVIN GREEN
ATTN ROBERT HEMPHILL ESQ.
311 W. FAIRBANKS AVENUE
WINTER PARK FL 32789

CREDITOR ID: 536507-BA
MARTINEZ, ALFONSO
3002 AZALEA AVE
SORRENTO FL 32776

CREDITOR ID: 556375-BC
MARTINEZ, ANGELICA
10125 WEST OAKLAND PARK BLVD.
SUNRISE FL 33351

CREDITOR ID: 279507-99
MARTINEZ, ANNA C
C/O KAPLAN & FREEDMAN PA
ATTN MATTHEW E KAPLAN, ESQ
9410 SOUTHWEST 77TH AVENUE
MIAMI FL 33156

CREDITOR ID: 417760-ST
MARTINEZ, BARBARA
16041 SW 45TH TER
MIAMI FL 33185-5304

CREDITOR ID: 536508-BA
MARTINEZ, ELVA
306 NEWTON DR.
MIDFIELD AL 35228

CREDITOR ID: 556378-BC
MARTINEZ, FAUISTEANNA
P.O. BOX 1478
LOXAHATCHEE FL 33470

CREDITOR ID: 536509-BA
MARTINEZ, FERMINA
1201 EAST 6 AVE
HIALEAH FL 33010

CREDITOR ID: 556377-BC
MARTINEZ, FRANK
4051 W 91 TERRACE
SUNRISE FL 33351

CREDITOR ID: 538393-BA
MARTINEZ, ILEANA
C/O MARCELO F. SAENZ
3971 S.W. 8TH STREET, SUITE 306
CORAL GABLES FL 33134

CREDITOR ID: 536510-BA
MARTINEZ, ILEANA
16004 SW 87TH TERRACE
MIAMI FL 33193

CREDITOR ID: 556382-BC
MARTINEZ, ISABELL
2605 ADELIA  BLVD
DELTONA FL 32725

CREDITOR ID: 556374-BC
MARTINEZ, JACQUELINE
81 LOLLEY RD
DEFUNIAK SPRINGS FL 32433

CREDITOR ID: 390564-55
MARTINEZ, JORGELINA
C/O JESUS O CERVANTES, PA
ATTN JESUS O CERVANTES, ESQ
8550 W FLAGLER STREET, STE 120
MIAMI FL 33144

CREDITOR ID: 411183-15
MARTINEZ, LANCE K
C/O SHINBAUM, ABELL MCLEOD & VANN
ATTN RICHARD D SHEK, ESQ
PO BOX 201
MONTGOMERY AL 36102

CREDITOR ID: 382879-51
MARTINEZ, LANCE K.
C/O SHINBAUM, ABELL, MCLEOD ET AL
ATTN WILLIAM K ABELL, ESQ
566 SOUTH PERRY STREET
MONTGOMERY, AL 36101

CREDITOR ID: 536511-BA
MARTINEZ, LUIS
300 SE 11TH AVENUE
POMPANO BEACH FL 33060

CREDITOR ID: 538394-BA
MARTINEZ, LUIS
C/O ROSELLI & ASSOCIATES
ATTN ROBERT ROSELLI ESQ.
3471  N. FEDERAL HWY, SUITE 600
FT. LAUDERDALE FL 33306

CREDITOR ID: 406937-MS
MARTINEZ, MANUEL A JR
2225 PINE RIDGE ROAD
BLAIRSVILLE GA 30512

CREDITOR ID: 536512-BA
MARTINEZ, MARGARITA
6874 SW 37 ST
MIAMI FL 33155

CREDITOR ID: 536513-BA
MARTINEZ, MARIA
15288 SW 104TH STREET, APT 325
MIAMI FL 33196

CREDITOR ID: 538395-BA
MARTINEZ, MARIA
C/O SUAREZ AND ASSOCIATES, PA
ATTN JAIME E. SUAREZ, P.A.
351 N.W. LEJUNE ROAD, STE 201
MIAMI FL 33126

CREDITOR ID: 556373-BC
MARTINEZ, MARIA
1208 S. DOUGLAS RD.
CORAL GABLES FL 33134

CREDITOR ID: 556381-BC
MARTINEZ, MARYLIN
2478 ROSEBUD LN
WAUCHULA FL 33873

CREDITOR ID: 556380-BC
MARTINEZ, MERCEDES
2702 IDA WAY
WEST PALM BEACH FL 33415

CREDITOR ID: 556379-BC
MARTINEZ, MERCEDES
4663 RUSSELLS POND LN
TALLAHASSEE FL 32303

CREDITOR ID: 403823-94
MARTINEZ, ROBERTO
2268 STONEHEDGE LOOP
KISSIMMEE FL 34743

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 536514-BA<br>MARTINEZ, RODOLFO<br>7310 SW 82 ST APT A-118<br>MIAMI FL 33143 | CREDITOR ID: 538396-BA<br>MARTINEZ, RODOLFO<br>C/O FRIEDLAND & BROWN, PL<br>ATTN JONATHAN R. FRIEDLAND<br>9130 S. DADELAND BLVD., SUITE 1609<br>MIAMI FL 33156 | CREDITOR ID: 536515-BA<br>MARTINEZ, SAMANTHA<br>6322 HOLIDAY DR<br>SPRING HILL FL 34606 |
| CREDITOR ID: 538397-BA<br>MARTINEZ, SAMANTHA<br>C/O MORGAN & MORGAN<br>ATTN RANDY E SCHIMMELPFENNIG<br>PO BOX 4979<br>ORLANDO FL 32802-4979 | CREDITOR ID: 536516-BA<br>MARTINEZ, YOLANDA<br>4134 GARDINIA AVE<br>LAKE WORTH FL 33461 | CREDITOR ID: 538398-BA<br>MARTINEZ, YOLANDA<br>C/O STEINGER, ISCOE & PHILIPS, P.A.<br>ATTN MICHAEL STEINGER, ESQ.<br>1645 PALM BEACH LAKES BLVD, 9TH FL.<br>WEST PALM BEACH FL 33401 |
| CREDITOR ID: 540074-BI<br>MARTIN'S FAMOUS BAKERY<br>1000 POTATO ROLL LANE<br>CHAMBERSBURG PA 17201 | CREDITOR ID: 255634-12<br>MARTIN'S FAMOUS BAKERY<br>ATTN RONALD G GIPE, VP<br>1000 POTATO ROLL LANE<br>CHAMBERSBURG, PA 17201 | CREDITOR ID: 540076-BI<br>MARTINS WELDING SERVICE<br>261 RICHARDSON - OZONA RD<br>PICAYUNE MS 39466 |
| CREDITOR ID: 536517-BA<br>MARTINS, MARGARET<br>3600 MARIPOSA BLVD., LOT #315<br>PORT SAINT LUCIE FL 34952 | CREDITOR ID: 540077-BI<br>MARTINSVILLE BULLETIN<br>PO BOX 3711<br>204 BROAD ST<br>MARTINSVILLE VA 24115 | CREDITOR ID: 255640-12<br>MARTINSVILLE BULLETIN<br>PO BOX 3711<br>204 BROAD ST<br>MARTINSVILLE, VA 24115 |
| CREDITOR ID: 540078-BI<br>MARTORI FARMS<br>PO BOX 14607<br>SCOTTSDALE AZ 85267-4607 | CREDITOR ID: 540079-BI<br>MARTYS LOCK AND SECURITY CO IN<br>2612 W THOMAS ST<br>HAMMOND LA 70401 | CREDITOR ID: 540080-BI<br>MARVIN FOWLER ENTERPRISE INC<br>4885 WEST SPENCERFIELD ROAD<br>PACE FL 32571 |
| CREDITOR ID: 255649-12<br>MARVIN FOWLER ENTERPRISES INC<br>ATTN MARVIN FOWLER SR, PRES<br>4885 WEST SPENCER FIELD ROAD<br>PACE, FL 32571 | CREDITOR ID: 540081-BI<br>MARVIN P JONES MD<br>1375 EAST KING AVENUE<br>KINGSLAND GA 31548-1375 | CREDITOR ID: 540082-BI<br>MARVIN P JONES MD PC<br>PO BOX 1163<br>ST MARYS GA 31558 |
| CREDITOR ID: 255657-12<br>MARVIN P JONES MD PC<br>1375 EAST KING AVENUE<br>KINGSLAND, GA 31548-1375 | CREDITOR ID: 382794-51<br>MARX BROTHERS<br>3100 SECOND AVENUE SOUTH<br>BIRMINGHAM, AL 35233 | CREDITOR ID: 540086-BI<br>MARX BROTHERS INCORPORATED<br>DEPT 3233<br>PO BOX 2153<br>BIRMINGHAM AL 35287-3233 |
| CREDITOR ID: 540085-BI<br>MARX BROTHERS INCORPORATED<br>DEPT 3233<br>PO BOX 2153<br>BIRMINGHAM AL 35287-3233 | CREDITOR ID: 381771-15<br>MARX BROTHERS, INC<br>ATTN EDGAR B MARX JR, VP<br>3100 2ND AVENUE SOUTH<br>BIRMINGHAM AL 35233 | CREDITOR ID: 540092-BI<br>MARY BETH HANSEN<br>17930 87TH LANE N<br>LOXAHATCHEE FL 33470 |
| CREDITOR ID: 540093-BI<br>MARY BLACK PHYSICIAN GROUP<br>PO BOX 406757<br>ATLANTA GA 30384 | CREDITOR ID: 540094-BI<br>MARY D TREADWELL<br>417 MCKNIGHT STREET<br>HUEYTOWN AL 35023 | CREDITOR ID: 540097-BI<br>MARY DELISE<br>3200 MUMPHREY ROAD<br>CHALMETTE LA 70043 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 540099-BI
MARY FONTENOT
5632 HWY 182
APT 16
OPELOUSAS LA 70570

CREDITOR ID: 540100-BI
MARY GARNER
WINN DIXIE DAIRY
3304 SYDNEY ROAD
PLANT CITY FL 33566

CREDITOR ID: 540101-BI
MARY GOFF ELEMENTARY
6900 SHREVEPORT HWY
PINEVILLE LA 71360

CREDITOR ID: 540103-BI
MARY HAIRELSON
3104 MAYFLOWER STREET
MERAUX LA 70075

CREDITOR ID: 540102-BI
MARY HAIRELSON
3104 MAYFLOWER
MERAUX LA 70075

CREDITOR ID: 540105-BI
MARY HINES ELEMENTARY
P O BOX 370
CHARENTON LA 70523

CREDITOR ID: 540107-BI
MARY L LEMACKS
48056 RABBIT RUN
HILLIARD FL 32046

CREDITOR ID: 540111-BI
MARY PRICE
1231 LEE ROAD
CLAYTON NC 27520

CREDITOR ID: 540112-BI
MARY QUEEN OF PEACE SCHOOL
1515 W CAUSEWAY APPROACH
MANDEVILLE LA 70471-3047

CREDITOR ID: 540116-BI
MARY WHITE DBA COASTAL NEWS SERVICE
PO BOX 24386
ST SIMONS ISLAND GA 31522

CREDITOR ID: 540118-BI
MARYANN CICCONE
1111 EMBASSY DRIVE
DELTONA FL 32725

CREDITOR ID: 393748-58
MARYLAND & VIRGINIA MILK COOP
ATTN: JOEL CLARKE
1985 ISAAC NEWTON SQUARE W
RESTON, VA 20190-5094

CREDITOR ID: 381848-99
MARYLAND & VIRGINIA MILK PRODUCERS
C/O REED SMITH LLP
ATTN: ANDREW MORRISON
599 LEXINGTON AVE, 27TH FLR
NEW YORK NY 10022

CREDITOR ID: 381840-99
MARYLAND & VIRGINIA MILK PRODUCERS
C/O REED SMITH LLP
ATTN: ANDREW L MORRISON
599 LEXINGTON AVE, 29TH FL
NEW YORK NY 10022

CREDITOR ID: 381840-99
MARYLAND & VIRGINIA MILK PRODUCERS
C/O REED SMITH LLP
ATTN ROBERT M MARINO, ESQ
STE 1100, EAST TOWER
1301 K STREET NW
WASHINGTON DC 20005-3317

CREDITOR ID: 540122-BI
MARYLAND & VIRIGINIA
PO BOX 79537
BALTIMORE MD 21279-0537

CREDITOR ID: 540123-BI
MARYLAND CHILD SUPPORT ACCOUNT
P O BOX 17396
BALTIMORE MD 21297-1396

CREDITOR ID: 556384-BC
MARZOUCA, EVELYN
5600 W. FLAGLER DR
WEST PALM BEACH FL 33401

CREDITOR ID: 556385-BC
MASCOLO, VINCENZO
5300 WOODRUFF FARM ROAD
COLUMBUS GA 31904

CREDITOR ID: 556386-BC
MASI, RITA
261 NE 19TH AVE. UNIT #1
DEERFIELD BEACH FL 33442

CREDITOR ID: 556387-BC
MASION, PAMELA
425 WEBSTER
LOT 605
AUBURN AL 36832

CREDITOR ID: 536518-BA
MASLO, PAMELA
561 DARBY WAY
LONGWOOD FL 32779

CREDITOR ID: 492849-97
MASON SHOPPING CENTER PARTNERSHIP
C/O TOWN CENTER COMPANY
ATTN: JAMES R HUESING, GP
7452 JAGER COURT
CINCINNATI OH 45230

CREDITOR ID: 2396-07
MASON SHOPPING CENTER PARTNERSHIP
C/O TOWN CENTER COMPANY
ATTN PAUL E GRANICK, GP
7452 JAGER COURT
CINCINNATI, OH 45230

CREDITOR ID: 540124-BI
MASON SHOPPING CENTER PARTNSHP
7452 JAGER COURT
CINCINNATI OH 45230

CREDITOR ID: 540125-BI
MASON WAYS INDESTRUCTIBLE PLASTICS INC
PO BOX 709
PALM BEACH FL 33480-0709

CREDITOR ID: 394083-56
MASON, ANGELA J
C/O DANIEL L HIGHTOWER, PA
7 EAST SILVER SPRINGS BLVD
OCALA FL 34470

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                      **CASE:    05-03817-3F1**

CREDITOR ID: 390206-54
MASON, BENNYE A
2101 WEST HIGHWAY 390, APT 301
LYNN HAVEN FL 32444

CREDITOR ID: 390206-54
MASON, BENNYE A
C/O RUSSELL R STEWART LAW OFFICES
ATTN RUSSELL R STEWART, ESQ
PO BOX 2542
PANAMA CITY FL 32402

CREDITOR ID: 536519-BA
MASON, JOEY
3708 PINEDALE DRIVE SW
HUNTSVILLE AL 35805-4956

CREDITOR ID: 538399-BA
MASON, JOEY
C/O TREY RILEY, ATTORNEY AT LAW
ATTN TREY RILEY, ESQ.
200 WEST SIDE SQUARE, SUITE 400
HUNTSVILLE AL 35801

CREDITOR ID: 556389-BC
MASON, KATHLEEN
454 FOUNTAIN BLEAU DR
BATON ROUGE LA 70819

CREDITOR ID: 556391-BC
MASON, LAVERNE
5440 NW 184 STREET
MIAMI FL 33055

CREDITOR ID: 556388-BC
MASON, LEAH
4200 62ND AVENUE NORTH
APT 309
PINELLAS PARK FL 33781

CREDITOR ID: 556390-BC
MASON, LINDA
15835 MEADOW WOOD DR.
WELLINGTON FL 33214

CREDITOR ID: 540126-BI
MASSACHUSETTS DEPT OF REVENUE
PO BOX 55140
CHILD SUPPORT ENFORCEMENT DIV
BOSTON MA 02205-5140

CREDITOR ID: 411073-15
MASSAKI, HANANE
C/O GARFINKEL TRIAL GROUP
ATTN ALAN B GARFINKEL, ESQ
300 N MAITLAND AVENUE
MAITLAND FL 32751

CREDITOR ID: 406938-MS
MASSEE, RICHARD H
612 FERRY STREET
ANDERSON SC 29260

CREDITOR ID: 536520-BA
MASSEY, A'TONYIA
2119 TREASURE ST
NEW ORLEANS LA 70119

CREDITOR ID: 556392-BC
MASSEY, JAMES
1206 CYPRESS COVE CT
INVERNESS FL 34450

CREDITOR ID: 536521-BA
MASSEY, KATHRYN
1902 W FRANKLIN ST
QUINCY FL 32351

CREDITOR ID: 392187-55
MASSEY, QUIANN
C/O EDWIN M. SHORTY JR & ASSOCIATES
ATTN EDWIN M SHORTY JR, ESQ
4116 OLD GENTILLY ROAD, SUITE 101
NEW ORLEANS LA 70126

CREDITOR ID: 406939-MS
MASSEY, ROLLIN W
143 LAKE DAVID DRIVE
PICAYANE MS 39466

CREDITOR ID: 540127-BI
MASSIMO ZANETTI BEVERAGE USA
PO BOX 890584
CHARLOTTE NC 28289-0584

CREDITOR ID: 540128-BI
MASTER CLEANING SERVICE
7038 BRASSIE BEND
MONTOMERY AL 36116

CREDITOR ID: 381159-47
MASTER CREDIT CONSULTANTS INC
ATTN: MICHAEL C BROWN, ESQ
23230 CHAGRIN BLVD, SUITE 940
CLEVELAND, OH 44122

CREDITOR ID: 540129-BI
MASTER INVESTIGATION & SECURITY INC
551 WEST 51ST PLACE
SUITE #407
HIALEAH FL 33012

CREDITOR ID: 395686-65
MASTER LAWN MAINTENANCE
PO BOX 5621
PLANT CITY, FL 33563

CREDITOR ID: 540130-BI
MASTER LOCK COMPANY
75 REMITTANCE DRIVE
STE 1426
CHICAGO IL 60675-1426

CREDITOR ID: 255745-12
MASTER LOCK COMPANY
ATTN: PATTY COOK, SR CREDIT ANALYST
137 W FOREST HILL AVENUE
OAK CREEK WI 53154

CREDITOR ID: 540132-BI
MASTER PACKAGING INC
PO BOX 2844
BUFFALO NY 14241-2844

CREDITOR ID: 540131-BI
MASTER PACKAGING INC
6932 SOUTH MANHATTAN AVENUE
TAMPA FL 33616

CREDITOR ID: 403332-83
MASTER TRACE, INC
ATTN EUGENE MARCHESE, JR, PRES
4700 HIATUS ROAD, SUITE 359
SUNRISE FL 33351

CREDITOR ID: 540133-BI
MASTERBUILT MANUFACTURING INC
PO BOX 933228
ATLANTA GA 31193-3228

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 397692-99<br>MASTERFOODS/DIV OF MARS INC<br>C/O DLA PIPER RUDNICK GRAY CARY US LLP<br>ATTN: JANICE L DUBAN, ESQ<br>203 NORTH LASALLE STREET, STE 1900<br>CHICAGO IL 60610-1293 | CREDITOR ID: 397692-99<br>MASTERFOODS/DIV OF MARS INC<br>C/O DLA PIPER RUDNICK GRAY CARY LLP<br>ATTN DANIEL J CARRIGAN, ESQ<br>1775 WIEHLE AVE, STE 400<br>RESTON VA 20190 | CREDITOR ID: 397692-99<br>MASTERFOODS/DIV OF MARS INC<br>C/O DLA PIPER RUDNICK GRAY CARY US<br>ATTN: MARK J FRIEDMAN/SUSAN S MAHER<br>6225 SMITH AVENUE<br>BALTIMORE MD 21209-3600 |
| CREDITOR ID: 540134-BI<br>MASTERS LAND MAINTENANCE<br>PO BOX 5621<br>PLANT CITY FL 33563-0047 | CREDITOR ID: 255755-12<br>MASTERS LAND MAINTENANCE<br>PO BOX 5621<br>PLANT CITY, FL 33563-0047 | CREDITOR ID: 255756-12<br>MASTERS' SUPPLY INC<br>PO BOX 34337<br>LOUISVILLE, KY 40232-4337 |
| CREDITOR ID: 556393-BC<br>MASTERSON (MINOR), NOAH<br>1528 IRISHWOOD COURT<br>MIDDLEBURG FL 32068 | CREDITOR ID: 540135-BI<br>MASTERSON CO<br>BIN #236<br>MILWAUKEE WI 53288 | CREDITOR ID: 556394-BC<br>MASTRIANO SR., A<br>3850 INDIAN TRAIL<br>DESTIN FL 32541 |
| CREDITOR ID: 540136-BI<br>MASTRONARDI PRODUCE LTD<br>2100 ROAD 4 EAST<br>KINGSVILLE ON N9Y 2E5<br>CANADA | CREDITOR ID: 381900-30<br>MASTRONARDI PRODUCE, INC<br>ATTNFRANK MASTRONARDI, CFO<br>2100 ROAD 4 EAST<br>KINGSVILLE ON N9Y 2E5<br>CANADA | CREDITOR ID: 381900-30<br>MASTRONARDI PRODUCE, INC<br>C/O SANTOS STOKES LLP<br>ATTN CRAIG A STOKES, ESQ<br>3330 OAKWELL COURT, SUITE 225<br>SAN ANTONIO TX 78218 |
| CREDITOR ID: 556395-BC<br>MATA, ZEIDA<br>13986 SW 172ND TERRACE<br>MIAMI FL 33177 | CREDITOR ID: 538418-BA<br>MATACHE, ELENA<br>C/O ROBERT J. FENSTERSHEIB, P.A.<br>ATTN CAROL VIENES<br>520 WEST HALLANDALE BEACH BLVD<br>HALLANDALE FL 33442 | CREDITOR ID: 536522-BA<br>MATACHE, ELENA<br>629 SW 2ND STREET<br>HALLANDALE FL 33009 |
| CREDITOR ID: 540137-BI<br>MATADOR DIST<br>2000 BERING DRIVE<br>SUITE 400<br>HOUSTON TX 77057 | CREDITOR ID: 540138-BI<br>MATAMA ENTERPRIZES INC<br>1 HARRIS CIRCLE<br>EDGEWATER FL 32141 | CREDITOR ID: 255763-12<br>MATAMA ENTERPRIZES INC<br>ATTN DOUG PATERSON, PRESIDENT<br>1 HARRIS CIRCLE<br>EDGEWATER, FL 32141 |
| CREDITOR ID: 255764-12<br>MATCO TOOLS<br>3228 WARREN CREEK DR<br>HIRAM, GA 30141 | CREDITOR ID: 540139-BI<br>MATCO TOOLS DISTRIBUTOR<br>10872 TAMORON LANE<br>BOCA RATON FL 33498 | CREDITOR ID: 540140-BI<br>MATER DOLOROSA CATHOLIC SCHOOL<br>P O BOX 380   509 PINE ST<br>INDEPENDENCE LA 70443 |
| CREDITOR ID: 540141-BI<br>MATERIAL HANDLING SYS<br>720 SW 4TH CT<br>DANIA FL 33004-3803 | CREDITOR ID: 255767-12<br>MATERIAL HANDLING SYS<br>720 SW 4TH CT<br>DANIA, FL 33004-3803 | CREDITOR ID: 403824-94<br>MATHENY, THOMAS<br>5696 COLIN KELLY HWY<br>MADISON FL 32340 |
| CREDITOR ID: 556396-BC<br>MATHER, DWAYCA<br>1989 RIVER PARK BLVD<br>407-208-1844<br>ORLANDO FL 32807 | CREDITOR ID: 556397-BC<br>MATHERENE, SHEILA<br>3246 COOLEY<br>ZACHARY LA 70714 | CREDITOR ID: 540142-BI<br>MATHESON TRI GAS INC<br>PO BOX 845502<br>DALLAS TX 75284-5502 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 255769-12<br>MATHESON TRI GAS INC<br>PO BOX 845502<br>DALLAS, TX 75284-5502 | CREDITOR ID: 556398-BC<br>MATHEWS (MINOR), KINGKANYON<br>4081 SHADY CREEK LN<br>JACKSONVILLE FL 32223 | CREDITOR ID: 394176-56<br>MATHIEU, MARIE M<br>11852 SW 202 ST<br>MIAMI, FL 33177 |
| CREDITOR ID: 540143-BI<br>MATHIS ASPHALT SEALCOAT<br>171 N W MARCEL PLACE<br>LAKE CITY FL 32055 | CREDITOR ID: 536523-BA<br>MATHIS, AUDREY<br>5830 N.W. 21ST BLDG 40E<br>LAUDERHILL FL 33313 | CREDITOR ID: 538419-BA<br>MATHIS, AUDREY<br>LAW OFFICE OF ROBERT J FENSTERSHEIB<br>ATTN ROBERT J. FENSTERSHEIB<br>520 W. HALLANDALE BEACH BLVD.<br>HALLANDALE BEACH FL 33009 |
| CREDITOR ID: 406940-MS<br>MATHIS, CRAIG H.<br>808 CRESTLINE DR.<br>MEXIA TX 76667 | CREDITOR ID: 536524-BA<br>MATHIS, MARTHA<br>522 OLIVIA STREET<br>KEY WEST FL 33040 | CREDITOR ID: 392614-55<br>MATHIS, PENNY<br>C/O FARAH FARAH & ABBOTT PA<br>ATTN K JENKINS  & L JEAN-BART, ESQS<br>1845 UNIVERSITY BLVD N<br>JACKSONVILLE FL 32211 |
| CREDITOR ID: 556399-BC<br>MATOS, CARMEN<br>30148 SW 158 PL<br>HOMESTEAD FL 33033 | CREDITOR ID: 171968-09<br>MATOS, JOSE M<br>20020 NW 57TH COURT<br>MIAMI LAKES FL 33015 | CREDITOR ID: 387952-54<br>MATOS, WILFREDO<br>C/O COHEN BATTISTI LAW OFFICES<br>ATTN STEVEN I BATTISTI, ESQ<br>1211 ORANGE AVE, SUITE 200<br>WINTER PARK FL 32789 |
| CREDITOR ID: 387952-54<br>MATOS, WILFREDO<br>2264 OPAR DRIVE<br>ORLANDO, FL 32822 | CREDITOR ID: 382798-51<br>MATRA SYSTEMS<br>3335 BRECKENRIDGE BLVD, SUITE 120<br>DULUTH, GA 30096 | CREDITOR ID: 540144-BI<br>MATRA SYSTEMS INC<br>3355 BRECKINRIDGE BLVD<br>STE 120<br>DULUTH GA 30096 |
| CREDITOR ID: 255771-12<br>MATRA SYSTEMS INC<br>3355 BRECKINRIDGE BLVD<br>STE 120<br>DULUTH, GA 30096 | CREDITOR ID: 540145-BI<br>MATRANAS PRODUCE INC<br>201 LOUISIANA ST<br>WESTWEGO LA 70094 | CREDITOR ID: 315696-36<br>MATRANA'S PRODUCE INC<br>ATTN CAMILE MATRANA JR, VP<br>201 LOUISIANA STREET<br>WESTWEGO LA 70094 |
| CREDITOR ID: 535018-W9<br>MATSON AMERICA TRANSP SVCES INC<br>175 MONTROSE WEST #400<br>AKRON OH 44321 | CREDITOR ID: 255773-12<br>MATSON AMERICA TRANSP SVCES INC<br>ATTN LORI HUFF, ACCTG MGR<br>PO BOX 71-4491<br>COLUMBUS, OH 43271-4491 | CREDITOR ID: 540150-BI<br>MATT RANATZA<br>11764 HWY 23<br>BELLE CHASE LA 70037 |
| CREDITOR ID: 540151-BI<br>MATT ROE<br>6868 CEDAR LAKE DRIVE<br>PENSACOLA FL 32526 | CREDITOR ID: 540152-BI<br>MATT WATKINS<br>5903 SILVERHILL COURT<br>MILTON FL 32523 | CREDITOR ID: 403825-94<br>MATTA, MARK W<br>13827 TORTUGA POINT<br>JACKSONVILLE FL 32225 |
| CREDITOR ID: 382801-51<br>MATTA, MARK W.<br>13827 TORTUGA POINT<br>JACKSONVILLE, FL 32225 | CREDITOR ID: 540156-BI<br>MATTEL TOYS<br>PO BOX 100125<br>ATLANTA GA 30384-0001 | CREDITOR ID: 540155-BI<br>MATTEL TOYS<br>PO BOX 100125<br>ATLANTA GA 30384-0001 |

### Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing claims Arising before Effective Date and Other Administrative Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:    05-03817-3F1**

CREDITOR ID: 540157-BI
MATTERN WHOLESALE FLORISTS
1215 ATLANTA AVE
ORLANDO FL 32806

CREDITOR ID: 540158-BI
MATTHEW BENDER & CO INC
P O BOX 7247-0178
PHILADELPHIA PA 19170-0178

CREDITOR ID: 540159-BI
MATTHEW FLEMING
103 RIVER VALLEY DRIVE
HODGES SC 29653

CREDITOR ID: 540168-BI
MATTHEW TRAWLE
2890 CITRUS DRIVE
TITUSVILLE FL 32796

CREDITOR ID: 536525-BA
MATTHEWMAN, MARLENE
13841 SW 42 TERRACE
MIAMI FL 33175

CREDITOR ID: 538420-BA
MATTHEWMAN, MARLENE
C/O HENRY A. LOPEZ-AGUIAR, P.A.
ATTN HENRY A LOPEZ-AGUIAR ESQ
9415 SUNSET DRIVE, SUITE 119
MIAMI FL 33173

CREDITOR ID: 536526-BA
MATTHEWS, ALEJANDRINA
18320 SW 143RD CT.
MIAMI FL 33177

CREDITOR ID: 538421-BA
MATTHEWS, ALEJANDRINA
C/O JUGO & MURPHY
ATTN KATHLEEN T. MURPHY, ESQ.
7695 S.W. 104TH STREET, #200
MIAMI FL 33156

CREDITOR ID: 556401-BC
MATTHEWS, BIRDIE
1008 MAGAZINE STREET
HAMMOND LA 70401

CREDITOR ID: 536527-BA
MATTHEWS, JOAN
4535 US HWY 92E
LAKELAND FL 33801

CREDITOR ID: 556400-BC
MATTHEWS, JOSEPH
6134 BEARTRAIL
WEEKI WACHEE FL 34607

CREDITOR ID: 393482-55
MATTHEWS, LAURA F
C/O JACOBS & GOODMAN
ATTN DEAN A REED, ESQ
890 STATE ROAD 434 NORTH
ALTAMONTE SPRINGS FL 32714

CREDITOR ID: 172129-09
MATTHEWS, TIWANA M
1824 W KENTUCKY STREET
LOUISVILLE KY 40210

CREDITOR ID: 538422-BA
MATTHIAS, EILEEN
C/O THE O'BRIEN LAW GROUP, P.A.
ATTN MICHAEL O'BRIEN, ESQ.
105 E. ROBINSON STREET, SUITE 307
ORLANDO FL 32801

CREDITOR ID: 536528-BA
MATTHIAS, EILEEN
7622 FORREST CITY ROAD, APT. 4
ORLANDO FL 32808

CREDITOR ID: 556402-BC
MATTLER, CAROL
8158 E TAB COURT
FLORAL CITY FL 34436

CREDITOR ID: 536529-BA
MATTOES, EILEEN
19 LENA STREET
NORTH PROVIDENCE RI 02904

CREDITOR ID: 402250-90
MATTOX, EDWIN
2625 ANTEBELLUM DRIVE
MOBILE AL 36609

CREDITOR ID: 389057-54
MATTOX, LILLIE B
PO BOX 354
ROCKY MOUNT VA 24151

CREDITOR ID: 536530-BA
MATUTE (MINOR), HECTOR
2828 NW 24 AVE
MIAMI FL 33142

CREDITOR ID: 538423-BA
MATUTE (MINOR), HECTOR
LAW OFFICES OF ROBERT RUBENSTEIN
ATTN ROBERT M. RUBENSTEIN, ESQ.
9350 S. DIXIE HIGHWAY, SUITE 1110
MIAMI FL 33156

CREDITOR ID: 556403-BC
MAUBERT, MARTHA
16930 SW 301ST STREET
HOMESTEAD FL 33030

CREDITOR ID: 540170-BI
MAUI PINEAPPLE CO LTD
PO BOX 45252
SAN FRANCISCO CA 94145

CREDITOR ID: 386271-54
MAULDIN, DELORES
C/O BARRY D GRAVES, PA
ATTN BARRY D GRAVES, ESQ
1511 NW 6TH STREET
GAINESVILLE FL 32601

CREDITOR ID: 386271-54
MAULDIN, DELORES
6799 NE 55TH AVENUE
HIGH SPRINGS FL 32643

CREDITOR ID: 540173-BI
MAURICE ELEMENTARY SCHOOL
203 SOUTH ALBERT AVENUE
MAURICE LA 70555

CREDITOR ID: 540175-BI
MAURICE SKURNIK
PO BOX 154
SAGAPONACK NY 11962

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 540176-BI<br>MAURICE SPORTING GOODS<br>1935 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 | CREDITOR ID: 388030-54<br>MAURO, ALISSA J<br>1510 BARCELONA WAY<br>WESTON, FL 33327 | CREDITOR ID: 390655-55<br>MAURONER, MEGAN (MINOR)<br>C/O JOHNSON LAW FIRM, PLLC<br>ATTN R HAYES JOHNSON, JR, ESQ<br>1918 15TH ST<br>GULFPORT MS 39501 |
| CREDITOR ID: 255822-12<br>MAUST WOODWORKING<br>135 FAIRCHILD ROAD<br>MERIDIAN, MS 39307 | CREDITOR ID: 406234-G4<br>MAX DERBES INC REALTORS<br>SUITE 100 ELMWOOD BUSINESS PARK<br>5440 MOUNES STREET<br>NEW ORLEANS LA 70123 | CREDITOR ID: 406234-G4<br>MAX DERBES INC REALTORS<br>MCGUIRE WOODS<br>ATTN MARK E FREEDLANDER, ESQ<br>DOMINION TOWER<br>625 LIBERTY AVENUE, 23RD FLR<br>PITTSBURGH PA 15222-3142 |
| CREDITOR ID: 533724-CN<br>MAX RE<br>ATTN LEGAL DEPARTMENT<br>2 FRONT STREET<br>PO BOX HM 2565<br>HAMILTON  HM 11<br>BERMUDA | CREDITOR ID: 411356-GX<br>MAX RE LTD (BERMUDA)<br>2 FRONT STREET<br>PO BOX 2565<br>HAMILTON  HM KX<br>BERMUDA | CREDITOR ID: 391160-55<br>MAX, CONSTANCE J<br>C/O ROTSTEIN & SHIFFMAN, LLP<br>ATTN MICHAEL SHIFFMAN, ESQ<br>309 OAKRIDGE BLVD, SUITE B<br>DAYTONA BEACH FL 32118 |
| CREDITOR ID: 255826-12<br>MAXELL CORP OF AMERICA<br>ATTN JAMES DEFED, DIR OF CREDIT<br>PO BOX 200325<br>PITTSBURGH, PA 15251-0325 | CREDITOR ID: 540178-BI<br>MAXFIELD CANDY INC<br>PO BOX 554<br>ATTN CHRIS BODILY<br>SALT LAKE CITY UT 84101-0554 | CREDITOR ID: 382933-51<br>MAXICARE<br>5550 77 CENTER DRIVE, SUITE 380<br>CHARLOTTE, NC 28217 |
| CREDITOR ID: 382930-51<br>MAXORPLUS<br>320 S. POLK STREET, SUITE 200<br>AMARILLO, TX 79101 | CREDITOR ID: 410572-15<br>MAXWELL MANUFACTURING CO<br>ATTN PATRICIA MAXWELL, TREAS<br>79 HUBBLE ROAD, SUITE 100<br>ST CHARLES MO 63304 | CREDITOR ID: 255833-12<br>MAXWELL SHEET METAL WORKS INC<br>PO BOX 1951<br>THOMASVILLE, GA 31799 |
| CREDITOR ID: 556404-BC<br>MAXWELL, BRANDI<br>42028 ASH AVENUE<br>DELAND FL 32720 | CREDITOR ID: 406944-MS<br>MAY, JOSEPH B<br>512 SOPHIA STREET<br>RIVER RIDGE LA 70123 | CREDITOR ID: 403826-94<br>MAY, LAWRENCE H JR<br>4227 SNOWDON LANE<br>JACKSONVILLE FL 32225 |
| CREDITOR ID: 256029-12<br>MAY, MELISSA C<br>PO BOX 972<br>FAIRFIELD, FL 32634 | CREDITOR ID: 540181-BI<br>MAYBELLINE INC<br>PO BOX 8805<br>LITTLE ROCK AR 72231-8805 | CREDITOR ID: 540180-BI<br>MAYBELLINE INC<br>PO BOX 8805<br>LITTLE ROCK AR 72231-8805 |
| CREDITOR ID: 255836-12<br>MAYBELLINE INC<br>ATTN O FULLER/KENNY WINE, SR CRD MG<br>PO BOX 8805<br>LITTLE ROCK, AR 72231-8805 | CREDITOR ID: 538424-BA<br>MAYBERRY, MARINA<br>C/O CIANFROGNA, TELFER, REDA, FAHERTY & ANDE<br>PO DRAWER 6310<br>TITUSVILLE FL 32782-6310 | CREDITOR ID: 536531-BA<br>MAYBERRY, MARINA<br>1770 WINDOVER OAKS CIRCLE<br>TITUSVILLE FL 32780 |
| CREDITOR ID: 536532-BA<br>MAYE, CONSTANCE<br>26428 CHOCTAW ROAD<br>FRANKLINTON LA 70438 | CREDITOR ID: 376136-44<br>MAYER ELECTRIC SUPPLY COMPANY<br>ATTN ROBERT A COOPER, CR MGR<br>412 N FOSTER STREET<br>PO BOX 2048<br>DOTHAN AL 36303 | CREDITOR ID: 387167-54<br>MAYERS, FAYE<br>C/O KEITH M MORRIS LAW OFFICE<br>ATTN KEITH M MORRIS, ESQ<br>581 E PARKER STREET<br>BAXLEY GA 31513 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**

**CASE:    05-03817-3F1**

CREDITOR ID: 387167-54
MAYERS, FAYE
470 SOUTH MAIN STREET
BAXLEY, GA 31513

CREDITOR ID: 540182-BI
MAYFIELD DAIRY FARMS
PO BOX 310
ATHENS TN 37371-0310

CREDITOR ID: 382040-36
MAYFIELD DAIRY FARMS, INC
C/O DEAN FOODS COMPANY
ATTN ALEX D MADRAZO
2515 MCKINNEY AVENUE, STE 1200
DALLAS TX 75201

CREDITOR ID: 556405-BC
MAYNARD, ANGELA
32035 S.R. 44
EUSTIS FL 32736

CREDITOR ID: 556406-BC
MAYNARD, TINA
2101 W HWY 390 #604
PANAMA CITY FL 32405

CREDITOR ID: 399684-YY
MAYNE
DEPT CH 17142
PALATINE IL 60055-7142

CREDITOR ID: 556407-BC
MAYO, ELSA DELGATO
PO BOX 19111
WEST PALM BEACH FL 33416

CREDITOR ID: 172571-09
MAYO, SIERA A
2385 SOUTH EAST PUTNAM ST
LAKE CITY FL 32025

CREDITOR ID: 536533-BA
MAYO, VIRGINIA
4307 ARCH CREEK DR
JACKSONVILLE FL 32257

CREDITOR ID: 536534-BA
MAYOR-DIAZ, DEBORAH
11020 NE 14TH AVENUE, APT 5
MIAMI FL 33161

CREDITOR ID: 392222-55
MAYORGA, AMELIA
C/O VALESKA C CHACON, ESQ
1699 CORAL WAY, SUITE 315
MIAMI FL 33145

CREDITOR ID: 540183-BI
MAYSEO BROCK
4609 WRICO DRIVE
JACKSONVILLE FL 32209

CREDITOR ID: 538425-BA
MAYS-WRIGHT, MARY ANN
C/O GAUDIN AND GAUDIN ATTYS AT LAW
ATTN PIERRE F GAUDIN ESQ
1088 FOURTH STREET
PO BOX 156
GRETNA LA 70053

CREDITOR ID: 536535-BA
MAYS-WRIGHT, MARY ANN
2004 MELBA PL
MARRERO LA 70072

CREDITOR ID: 255842-12
MAZAMA SERVICE LLC/ROTO ROOTER
ATTN RANDY ANDERSON, PRESIDENT
1215 BLOUNT AVENUE
GUNTERSVILLE, AL 35976

CREDITOR ID: 536536-BA
MAZMANIAN (MINOR), CHRISTINE
2240 EAST PRESERVE WAY, UNIT 207
MIRAMAR FL 33025

CREDITOR ID: 538426-BA
MAZMANIAN (MINOR), CHRISTINE
C/O ORSECK-SHERRY, PA
ATTN DAVID T SHERRY, ESQ.
633 SOUTH ANDREWS AVE., SUITE 101
FT LAUDERDALE FL 33301

CREDITOR ID: 48753-05
MAZO, FRANCISCO E
3001 NW 103 ST
MIAMI FL 33147

CREDITOR ID: 391881-55
MAZO, NATALIA
C/O ROSENBERG & ROSENBERG, PA
ATTN MICHAEL K BREGMAN, ESQ
2501 HOLLYWOOD BLVD, STE 110
HOLLYWOOD FL 33020

CREDITOR ID: 400293-85
MAZQUIARAN, VILMA
C/O BERNARD H BUTTS JR, PA
ATTN BERNARD H BUTTS JR, ESQ
1790 WEST 49TH STREET
HIALEAH FL 33012

CREDITOR ID: 406296-15
MAZZARELLA, LINDA
C/O LESSER LESSER LANDY & SMITH, PA
ATTN JOSHUA D FERRARO, ESQ
375 S COUNTRY ROAD, SUITE 220
PALM BEACH FL 33480

CREDITOR ID: 538427-BA
MAZZIOTTI, ARLENE
C/O DAN W. MOSES, P.A.
ONE SOUTH OCEAN BLVD., #317
BOCA RATON FL 33432

CREDITOR ID: 536537-BA
MAZZIOTTI, ARLENE
10635 SHADY POND LANE
BOCA RATON FL 33428

CREDITOR ID: 410381-15
MBC-UNITED WHOLESALE, LLC
ATTN JEFFERY L GIBBS, CONTROLLER
PO BOX 250550
MONTGOMERY AL 36125-0550

CREDITOR ID: 540184-BI
MC CORMICK CREDIT INC
PO BOX 100260
CONSUMER PRODUCTS DIV
ATLANTA GA 30384

CREDITOR ID: 540185-BI
MC MASTER-CARR SUPPLY COMPANY
PO BOX 7690
CHICAGO IL 60680-7690

CREDITOR ID: 540186-BI
MC PLUMBING
60 WALKER STREET
RINGGOLD GA 30736

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 255847-12<br>MCALESTER<br>5 EAST WASHINGTON<br>MCALESTER OK 74502-0578 | CREDITOR ID: 540187-BI<br>MCALESTER VENTURE INC<br>PO BOX 640<br>BENTONVILLE AR 72712 | CREDITOR ID: 410940-15<br>MCALESTER VENTURE, INC<br>C/O H J TAYLOR & ASSOCIATES, INC<br>ATTN HARVE J TAYLOR, PRESIDENT<br>PO BOX 640<br>BENTONVILLE AR 72712 |
| CREDITOR ID: 536538-BA<br>MCALPINE, JR., MANUEL EARL<br>105 CARTY CLUB DR<br>WAYNESVILLE NC 28738 | CREDITOR ID: 556408-BC<br>MCANN, RYANN<br>165 SOUTH RD<br>BRUNSWICK GA 31520 | CREDITOR ID: 540188-BI<br>MCARTHUR DAIRY<br>PO BOX 932688<br>ATLANTA GA 31193-2688 |
| CREDITOR ID: 382041-36<br>MCARTHUR DAIRY, INC<br>C/O DEAN FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKINNEY AVENUE, SUITE 1200<br>DALLAS TX 75201 | CREDITOR ID: 556410-BC<br>MCBRAYER, VERLIE<br>146 MILL RD<br>SPRINGVILLE AL 35146 | CREDITOR ID: 385613-54<br>MCBRIDE, JANICE<br>118 SOUTHWIND COVE<br>RICHLAND, MS 39218 |
| CREDITOR ID: 536539-BA<br>MCCABE, JO ANN<br>3804 DERBIGNY STREET<br>METAIRIE LA 70001 | CREDITOR ID: 540189-BI<br>MCCAIN FOODS<br>PO BOX 2464<br>CAROL STREAM IL 60132-2464 | CREDITOR ID: 391764-55<br>MCCAIN, ROBERT<br>C/O SMITH, FEDDELER, SMITH, & MILES<br>ATTN H G SMITH OR M G CAPRON, ESQS<br>PO BOX 1089<br>LAKELAND FL 33802 |
| CREDITOR ID: 255853-12<br>MCCALL FARMS INC<br>ATTN MARK F FORMAR, CFO<br>PO BOX 60226<br>CHARLOTTE, NC 28260-0226 | CREDITOR ID: 539061-15<br>MCCALL FARMS INC<br>ATTN MARK F FORNARI, CFO<br>6615 S IRBY ST<br>EFFINGHAM SC 29541 | CREDITOR ID: 540191-BI<br>MCCALL FARMS INC<br>PO BOX 60226<br>CHARLOTTE NC 28260-0226 |
| CREDITOR ID: 392914-55<br>MCCALL, GARY<br>C/O FRIEDMAN & RODMAN & FRANK, PA<br>ATTN RONALD RODMAN, ESQ<br>3636 WEST FLAGLER ST<br>MIAMI FL 33135 | CREDITOR ID: 556411-BC<br>MCCALLA, SHAWANNA<br>715 MOBILE HOME PARK<br>LOT 215, P.O. BOX 61<br>BELLE GLADE FL 33430 | CREDITOR ID: 394307-56<br>MCCANN, PEARLIE<br>HUDGINS LAW FIRM<br>ATTN DREW BEN HUDGINS, ESQ<br>38453 FIFTH AVENUE<br>ZEPHYRHILLS FL 33542 |
| CREDITOR ID: 394307-56<br>MCCANN, PEARLIE<br>32305 BLANTON RD<br>DADE CITY FL 33525 | CREDITOR ID: 400107-84<br>MCCANN, PEARLIE<br>HUDGINS LAW FIRM<br>ATTN DREW BEN HUDGINS, ESQ<br>38453 FIFTH AVENUE<br>ZEPHYRHILLS FL 33542 | CREDITOR ID: 400107-84<br>MCCANN, PEARLIE<br>32305 BLANTON RD<br>DADE CITY FL 33525 |
| CREDITOR ID: 279503-99<br>MCCARTHY & WHITE PLLC<br>ATTN: WILLIAM D WHITE<br>8180 GREENSBORO DR, STE 875<br>MCLEAN VA 22102 | CREDITOR ID: 406946-MS<br>MCCARTHY JR., TIMOTHY F.<br>2454 CAROLTON RD.<br>MAITLAND FL 32751 | CREDITOR ID: 536540-BA<br>MCCARTHY, NELLIE<br>575 PINE NEEDLE COURT<br>LAKE MARY FL 32746 |
| CREDITOR ID: 538428-BA<br>MCCARTHY, NELLIE<br>C/O CUMMINS & NAILOS PA<br>ATTN HEATH NAILOS, ESQ.<br>2215 CLUSTER OAK DRIVE, SUITE 2<br>CLERMONT FL 34711 | CREDITOR ID: 398824-78<br>MCCARTHY, RONALD J<br>124 ABERDEEN DRIVE<br>SLIDELL, LA 70461 | CREDITOR ID: 392608-55<br>MCCARY, CHRISTINE<br>C/O ROLESSA PERDUE POWELL LAW OFFIC<br>ATTN ROLESSA PERDUE POWELL, ESQ<br>PO BOX 39358<br>BIRMINGHAM AL 35208 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:    05-03817-3F1**

CREDITOR ID: 556412-BC
MCCARY, LEONARD
727 HILLSIDE DR
GARDENDALE AL 35071

CREDITOR ID: 536541-BA
MCCAULEY, KEISHA LEVETTE
4593 MAYSVILLE ROAD
NEW MARKET AL 35761

CREDITOR ID: 556413-BC
MCCAULEY, SHELVA
5722 UPTON DRIVE
BATON ROUGE LA 70809

CREDITOR ID: 556414-BC
MCCAULLA, MARGIE
1405 ATHEY RD
MOBILE AL 36618

CREDITOR ID: 556415-BC
MCCELLAND, ROSE
393 E. HILL ST.
INVERNESS FL 34452

CREDITOR ID: 399433-99
MCCLAIN LEPPERT & MANEY PC
ATTN: J CASEYROY/MICHAEL LEPPERT
711 LOUISIANA ST, STE 3100
HOUSTON TX 77002

CREDITOR ID: 536542-BA
MCCLAIN, LATESHA
539 KINGSWOOD DRIVE
HUEYTOWN AL 35023

CREDITOR ID: 556416-BC
MCCLAIN, ROY
3922 GATEWAY COURT
MONTGOMERY AL 36108

CREDITOR ID: 556417-BC
MCCLAIR, MOSES
11098 NW 9TH COURT
PLANTATION FL 33324

CREDITOR ID: 173208-09
MCCLANEY, ROMMEL J
1525 31TH ST N
BIRMINGHAM AL 35235

CREDITOR ID: 407603-15
MCCLELLAN TRUCK LINES
ATTN NICK MCCLELLAN, PRESIDENT
PO BOX 1327
TIFTON GA 31793

CREDITOR ID: 540192-BI
MCCLELLAN TRUCK LINES
PO BOX 1327
TIFTON GA 31793-1327

CREDITOR ID: 255857-12
MCCLELLAN TRUCK LINES
ATTN ARTHUR L MCCLELLAN, CEO
PO BOX 1327
TIFTON, GA 31793-1327

CREDITOR ID: 406948-MS
MCCLELLAN, JAMES L
C/O JONES LAW FIRM
ATTN STEPHEN G POTTS, ESQ
PO BOX 987
ANDERSON SC 29622

CREDITOR ID: 406948-MS
MCCLELLAN, JAMES L
314 LAZY STREET
ANDERSON SC 29626

CREDITOR ID: 536543-BA
MCCLENDON, IVORY
659 BASSWOOD ST.
JACKSONVILLE FL 32206

CREDITOR ID: 536544-BA
MCCLENDON, SELESIA
1039 CALIENTE DRIVE
JACKSONVILLE FL 32211

CREDITOR ID: 538429-BA
MCCLENDON, SELESIA
C/O FARAH & FARAH, P.A.
ATTN ROBERT POGACHNIK, ESQ.
10 WEST ADAMS ST., 3RD FLOOR
JACKSONVILLE FL 32202

CREDITOR ID: 556418-BC
MCCLENDON, STEPHANIE
2927 23RD AVE N
SAINT PETERSBURG FL 33713

CREDITOR ID: 173284-09
MCCLINDON, TRINA L
562 HAMMOND RD
OAKVALE MS 39656

CREDITOR ID: 390955-55
MCCLURE, DAISY DIXIE SMITH
C/O PERRY D ELLIS,PC
ATTN PERRY D ELLIS, ESQ
1355 PEACHTREE STREET NE, SUITE 450
ATLANTA GA 30309

CREDITOR ID: 406949-MS
MCCLURE, JACK W
113 EASTERN FORK
LONGWOOD FL 32750

CREDITOR ID: 540193-BI
MCCOMB ASSOCIATES
C/O FLETHCHER BRIGHT CO
1827 POWERS FERRY ROAD
BUILDING # 13
ATLANTA GA 30339

CREDITOR ID: 1582-07
MCCOMB ASSOCIATES
C/O FLETHCHER BRIGHT CO
1827 POWERS FERRY ROAD
ATLANTA, GA 30339

CREDITOR ID: 540194-BI
MCCONNAUGHHAY DUFFY COONRAD POPE AND
WEAVER PA
PO DRAWER 229
TALLAHASSEE FL 32302-0229

CREDITOR ID: 394063-61
MCCONNAUGHHAY DUFFY COONROD ET AL
ATTN MARY L WAKEMAN, CORP SECRETARY
PO DRAWER 229
TALLAHASSEE, FL 32302-0229

CREDITOR ID: 556419-BC
MCCONVILLE, MARY
6 CHESAPEA COURT
PALM COAST FL 32164

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 403827-94<br>MCCOOK, RICHARD P<br>55 E AMBASSADOR BND<br>THE WOODLANDS TX 77382-2082 | CREDITOR ID: 417418-15<br>MCCOOK, RICHARD P<br>1317 CHARTER COURT EAST<br>JACKSONVILLE FL 32225 | CREDITOR ID: 377873-45<br>MCCOOK, RICHARD P.<br>13815 DEER CHASE PLACE<br>JACKSONVILLE, FL 32224 |
| CREDITOR ID: 536545-BA<br>MCCOOL, SUSAN<br>2866 NE RIVER PARK ROAD<br>LEE FL 32059 | CREDITOR ID: 383093-51<br>MCCORMICK & CO<br>211 SCHILLING CIRCLE<br>HUNT VALLEY, MD 21031 | CREDITOR ID: 399387-99<br>MCCORMICK & COMPANY INC<br>ATTN: AUSTIN NOONEY<br>211 SCHILLING CIRCLE<br>HUNT VALLEY MD 21031 |
| CREDITOR ID: 399387-99<br>MCCORMICK & COMPANY INC<br>C/O DLA PIPER RUDNICK GRAY CARY US<br>ATTN: DANIEL J CARRIGAN<br>1200 19TH ST, NW, STE 800<br>WASHINGTON DC 20036 | CREDITOR ID: 382042-36<br>MCCORMICK & COMPANY, INC<br>C/O DLA PIPER RUDNICK GRAY CARY LLP<br>ATTN DANIEL J CARRIGAN, ESQ<br>1775 WIEHLE AVE, STE 400<br>RESTON VA 20190 | CREDITOR ID: 382042-36<br>MCCORMICK & COMPANY, INC<br>ATTN AUSTIN NOONEY<br>211 SCHILLING CIRCLE<br>HUNT VALLEY MD 21031 |
| CREDITOR ID: 540195-BI<br>MCCORMICK CREDIT INC<br>PO BOX 100260<br>CONSUMER PRODUCTS DIV<br>ATLANTA GA 30384 | CREDITOR ID: 536546-BA<br>MCCORMICK, CHRISTINA<br>1120 CEDAR STREET, APT C<br>JACKSONVILLE FL 32207 | CREDITOR ID: 538430-BA<br>MCCORMICK, CHRISTINA<br>C/O CHRIS JOHN & ASSOCIATES<br>ATTN DONALD METCALF, ESQ.<br>4901 ATLANTIC BOULEVARD<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 403828-94<br>MCCORMICK, JAMES K<br>640 MANNINGTON PLACE<br>LEXINGTON KY 40503 | CREDITOR ID: 398828-78<br>MCCORQUODALE, JIMMY S<br>4009 APPLETON WAY<br>WILMINGTON NC 28412 | CREDITOR ID: 536547-BA<br>MCCORVEY, ANNIE<br>1086 JOY MEADOW CIRCLE<br>BONIFAY FL 32425 |
| CREDITOR ID: 406952-MS<br>MCCOSHAM, CATHY<br>7978 BUCKLAND DR.<br>CINNCINNATTI OH 45249 | CREDITOR ID: 398829-78<br>MCCOY, DENNIS R<br>2440 BIRDIE LANE NE<br>CONOVER NC 28613-9457 | CREDITOR ID: 556420-BC<br>MCCOY, DOLORES<br>1455 AZLEC AVE<br>WESLEY IA 50483-3780 |
| CREDITOR ID: 407545-15<br>MCCRAE, WILLIE<br>C/O FRIEDLINE & MCCONNELL, PA<br>ATTN JERRETT M MCCONNELL, ESQ<br>1756 UNIVERSITY BLVD SOUTH<br>JACKSONVILLE FL 32216 | CREDITOR ID: 173615-09<br>MCCRANIE, FELICIA S<br>408 EAST MARION AVENUE, APT D2<br>PUNTA GORDA FL 33950 | CREDITOR ID: 536548-BA<br>MCCRARY, MIKE<br>PO BOX 120892<br>CLERMONT FL 34712 |
| CREDITOR ID: 540196-BI<br>MCCRAWS CANDIES<br>PO BOX 731<br>FARMERSVILLE TX 75442 | CREDITOR ID: 49236-05<br>MCCRAY, EARLINE T<br>4122 WOODLEY CREEK ROAD<br>JACKSONVILLE FL 32218 | CREDITOR ID: 408303-15<br>MCCRAY, EDDIE<br>C/O JEROME H WOLFSON, PA<br>ATTN JEROME WOLFSON, ESQ<br>3399 SW 3RD AVENUE<br>MIAMI FL 33145 |
| CREDITOR ID: 391859-55<br>MCCRAY, JACQUELINE W<br>C/O ROSEN & ROSEN, PA<br>ATTN HELEN A FARBER, ESQ<br>4000 HOLLYWOOD BLVD, SUITE 725S<br>HOLLYWOOD FL 33021 | CREDITOR ID: 536549-BA<br>MCCRAY, PATTI ANN<br>377 LAKE GEORGE COVE DRIVE<br>ORLANDO FL 32812 | CREDITOR ID: 536550-BA<br>MCCRAY, VERA MITCHNER<br>2849 LORAN DR. W<br>JACKSONVILLE FL 32216 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 538431-BA
MCCRAY, VERA MITCHNER
C/O FARAH & FARAH, P.A.
ATTN BRUCE GARTNER
10 WEST ADAMS ST., 3RD FLOOR
JACKSONVILLE FL 32202

CREDITOR ID: 556421-BC
MCCREARY, VENECIA
7556 PINE LAKES BLVD.
PORT SAINT LUCIE FL 34952

CREDITOR ID: 540197-BI
MCCRORY BROTHERS
76 RICHARDSON ROAD
COLUMBUS MS 39702

CREDITOR ID: 540198-BI
MCCUE CORPORATION
PO BOX 843070
BOSTON MA 02284-3070

CREDITOR ID: 255865-12
MCCUE CORPORATION
PO BOX 843070
BOSTON, MA 02284-3070

CREDITOR ID: 536551-BA
MCCUE, SHAUNA
5501 PGA BLVD #4714
ORLANDO FL 32839

CREDITOR ID: 538432-BA
MCCUE, SHAUNA
C/O MORGAN & MORGAN
ATTN W. CLAY MITCHELL, JR.
20 N. ORANGE AVENUE, 16TH FLOOR
PO BOX 4979
ORLANDO FL 32802-4979

CREDITOR ID: 540199-BI
MCCULLOUGH & CO INC
P.O. BOX 4943
KEY WEST FL 33041

CREDITOR ID: 556422-BC
MCCULLOUGH, JUNE
1002 50TH AVE DR. WEST
BRADENTON FL 34207

CREDITOR ID: 255790-12
MCCULLOUGH, MATTHEW
10015 N LOLA STREET
TAMPA, FL 33612

CREDITOR ID: 391248-55
MCCULLOUGH, VIRGINIA
C/O FARAH & FARAH, PA
ATTN RICHARD A STAGGARD, ESQ
1301 PLANTATION ISLAND DR, STE 206A
ST AUGUSTINE FL 32080

CREDITOR ID: 390702-55
MCCULLUM, NATHANIEL
C/O SILVERSTEIN, SILVERSTEIN ET AL
ATTN GREGG SILVERSTEIN, ESQ
20801 BISCAYNE BLVD, SUITE 504
AVENTURA FL 33180-1422

CREDITOR ID: 390482-54
MCCUNE, VIRGINIA
11130 VILLAS ON THE GREEN BLVD
RIVERVIEW, FL 33569

CREDITOR ID: 540200-BI
MCCURDY WALDEN
5267 COMMONWEALTH AVE
JACKSONVILLE FL 32254

CREDITOR ID: 536552-BA
MCCURDY, CAROL
1940 KITTY ST.
JACKSONVILLE FL 32246

CREDITOR ID: 255869-12
MCCURDY-WALDEN INDUSTRIES
ATTN D E WALDEN, PRES
5267 COMMONWEALTH AVENUE
JACKSONVILLE, FL 32254

CREDITOR ID: 390707-55
MCDANIEL, ESTATE OF LUMISHA
C/OMICHAEL W PATRICK LAW OFFICE
ATTN MICHAEL PATRICK, ESQ
PO BOX 16848
CHAPEL HILL NC 27516

CREDITOR ID: 406954-MS
MCDANIEL, JOHN A
C/O FRIEDLINE & MCCONNELL, PA
ATTN JERRETT M MCCONNELL, ESQ
1756 UNIVERSITY BLVD SOUTH
JACKSONVILLE FL 32216

CREDITOR ID: 406954-MS
MCDANIEL, JOHN A
590 S INDIGO RD
ALTAMONTE SPRINGS FL 32714

CREDITOR ID: 556424-BC
MCDANIEL, MARIE
27800 SW 164 AVE
HOMESTEAD FL 33031

CREDITOR ID: 556423-BC
MCDANIEL, RANDY
258 SOUTH ARNOLD ROAD
APT #112
PANAMA CITY FL 32413

CREDITOR ID: 389019-54
MCDERMOTT, CATHERINE
9610 10TH BAY ST
NORFOLK VA 23518-1326

CREDITOR ID: 173922-09
MCDERMOTT, HEATHER D
9 BIRDSEYE PLACE
PALM COAST FL 32137

CREDITOR ID: 390975-55
MCDERMOTT, SHIRLEY
C/O THE DUFFEE FIRM LLC
ATTN CECIL G DUFFEE III, ESQ
400 BERRY BUILDING
2015 SECOND AVENUE N, STE 400
BIRMINGHAM AL 35203

CREDITOR ID: 533628-DT
MCDONALD INVESTMENTS, INC.
ATTN: JOE WALLACE & ELLEN GALLAGHER
4900 TIEDEMAN
MAIL CODE OH-01-49-0230
BROOKLYN OH 44114

CREDITOR ID: 556426-BC
MCDONALD, ALISON
131 DOE TRAIL
JUPITER FL 33458

CREDITOR ID: 556427-BC
MCDONALD, ALMA
119 FESTIVAL LN.
LAFAYETTE LA 70507

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing claims Arising before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 556428-BC<br>MCDONALD, CARRIE<br>3131 MEADOW LAKE DR<br>SLIDELL LA 70461 | CREDITOR ID: 536553-BA<br>MCDONALD, CHERYL<br>3237 MCSHERRY DR.<br>LAKE WORTH FL 33461 | CREDITOR ID: 538433-BA<br>MCDONALD, CHERYL<br>KANNER & PINTALUGA ATTORNEYS AT LAW<br>ATTN ERIC PINTALUGA, ESQ.<br>5124 HOLLYWOOD BOULEVARD<br>HOLLYWOOD FL 33021 |
| CREDITOR ID: 536554-BA<br>MCDONALD, DAVID<br>5980 58TH AVE N<br>SAINT PETERSBURG FL 33709 | CREDITOR ID: 382802-51<br>MCDONALD, JAMES<br>6 VERONESE DRIVE<br>GREENVILLE, SC 29609 | CREDITOR ID: 406955-MS<br>MCDONALD, JAMES E<br>169 OWENS RD<br>PIEDMONT SC 29673 |
| CREDITOR ID: 536555-BA<br>MCDONALD, KATHELINE<br>167 OJIBWAY AVE.<br>TAVERNIER FL 33070 | CREDITOR ID: 538434-BA<br>MCDONALD, KATHELINE<br>C/O GRAHAM WOODS, P.L.<br>ATTN GRAHAM WOODS<br>171 HOOD AVENUE, SUITE 21<br>TAVERNIER FL 33070 | CREDITOR ID: 536556-BA<br>MCDONALD, LEONA<br>315 N.W. LEGGETT AVE<br>GREENVILLE FL 32331 |
| CREDITOR ID: 536557-BA<br>MCDONALD, LINDA<br>744 NW 6 ST<br>HALLANDALE FL 33009 | CREDITOR ID: 538435-BA<br>MCDONALD, LINDA<br>C/O JOANN HOFFMAN, MOORE, BAISEN<br>ATTN VANCE B MOORE, ESQ.<br>4403 WEST TRADEWINDS AVENUE<br>LAUDERDALE BY THE SEA FL 33308 | CREDITOR ID: 556430-BC<br>MCDONALD, MARGRET<br>315 GONZALEZ PL<br>LADY LAKE FL 32159 |
| CREDITOR ID: 403829-94<br>MCDONALD, PANSY H<br>734 SUNFLOWER RD<br>ROCHELLE GA 31079 | CREDITOR ID: 403829-94<br>MCDONALD, PANSY H<br>C/O ALAN H SWAN LAW OFFICES<br>ATTN ALAN H SWAN, ESQ<br>PO BOX 1566<br>TIFTON GA 31793 | CREDITOR ID: 398832-78<br>MCDONALD, PANSY H<br>734 SUNFLOWER RD<br>ROCHELLE, GA 31079 |
| CREDITOR ID: 398832-78<br>MCDONALD, PANSY H<br>C/O ALAN H SWAN LAW OFFICES<br>ATTN ALAN H SWAN, ESQ<br>PO BOX 1566<br>TIFTON GA 31793 | CREDITOR ID: 536558-BA<br>MCDONALD, ROBERT<br>5384 BLUE PACIFIC DR W<br>JACKSONVILLE FL 32257 | CREDITOR ID: 536559-BA<br>MCDONALD, ROSE<br>7108 FORT CAROLINE HILLS DR.<br>JACKSONVILLE FL 32277 |
| CREDITOR ID: 538436-BA<br>MCDONALD, ROSE<br>C/O FARAH, FARAH, P.A.<br>ATTN  LESLIE JEAN-BART, ESQ.<br>1845 UNIVERSITY BLVD N.<br>JACKSONVILLE FL 32211 | CREDITOR ID: 406956-MS<br>MCDONALD, THOMAS E<br>495 N PARAHAM RD<br>CLOVER SC 29710-9133 | CREDITOR ID: 556429-BC<br>MCDONALD, WILLIAM<br>6294 NW 17TH ST<br>MARGATE FL 33063-2717 |
| CREDITOR ID: 397231-67<br>MCDONALD'S<br>2111 MC DONALD'S DR., DEPT 212<br>OAK BROOK, IL 60523 | CREDITOR ID: 540201-BI<br>MCDONOGH 35 SENIOR HIGH SCHOOL<br>1331 KERLEREC ST<br>NEW ORLEANS LA 70116 | CREDITOR ID: 384229-47<br>MCDONOUGH EQUIPMENT CO INC<br>5011 NORTH HIATUS ROAD<br>SUNRISE FL 33351 |
| CREDITOR ID: 417423-97<br>MCDONOUGH MARKETPLACE PARTNERS<br>C/O HELMS ROARK INC, AGENT<br>ATTN: RANDY ROARK, PRES.<br>1819 5TH AVENUE NORTH<br>BIRMINGHAM AL 35203 | CREDITOR ID: 540202-BI<br>MCDONOUGH MARKETPLACE PARTNERS<br>BOX 1149<br>MONTGOMERY AL 36101-1149 | CREDITOR ID: 2400-07<br>MCDONOUGH MARKETPLACE PARTNERS<br>PO BOX 1149<br>MONTGOMERY, AL 36101-1149 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of**
**Reorganization, (B) Occurrence of Effective Date**
**of Plan, and (C) Bar Dates for Filing claims Arising**
**before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                            **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 416256-15<br>MCDONOUGH MARKETPLACE PARTNERS<br>C/O WALSTON WELLS & BIRCHALL, LLP<br>ATTN EDWARD J ASHTON, ESQ.<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203 | CREDITOR ID: 1583-07<br>MCDONOUGH MARKETPLACE PARTNERS<br>C/O HELMS ROARK INC, AGENT<br>ATTN ELIZABETH DEAN, VP<br>PO BOX 1149<br>MONTGOMERY AL 36101-1149 | CREDITOR ID: 174093-09<br>MCDOUGALD, SHAWN M<br>2830 LITTLE LAUREL WAY<br>MT DORA FL 32757 |
| CREDITOR ID: 556432-BC<br>MCDOWELL, CASSANDRA<br>7836 INDIGO STREET<br>MIRAMAR FL 33023 | CREDITOR ID: 556431-BC<br>MCDOWELL, LINDA<br>1001 THE BLVD APT A<br>RAYNE LA 70578 | CREDITOR ID: 255882-12<br>MCDUFFIE COUNTY TAX COMMISSIONER<br>PO BOX 955<br>PROPERTY TAX<br>THOMSON GA 30824-0955 |
| CREDITOR ID: 540203-BI<br>MCDUFFIE PROGRESS<br>PO BOX 1090<br>101 CHURCH STREET<br>THOMSON GA 30824-1090 | CREDITOR ID: 262853-12<br>MCDUFFIE PROGRESS, THE<br>MCDUFFIE COUNTY NEWSPAPERS, INC<br>ATTN MICHAEL SCHIVER, VP<br>101 CHURCH STREET<br>THOMSON, GA 30824-1090 | CREDITOR ID: 540204-BI<br>MCDUFFIE REGIONAL MEDICAL CENTER<br>521 HILL ST SW<br>THOMSON GA 30824 |
| CREDITOR ID: 255883-12<br>MCDUFFIE REGIONAL MEDICAL CENTER<br>ATTN TAMMY WALLACE<br>521 HILL ST SW<br>THOMSON, GA 30824 | CREDITOR ID: 540205-BI<br>MCDUFFIE SQUARE L P<br>C/O HULL/STOREY DEVELOPMENT<br>PO BOX 204227<br>AUGUSTA GA 30917-4227 | CREDITOR ID: 2401-07<br>MCDUFFIE SQUARE LP<br>PO BOX 204227<br>AUGUSTA, GA 30917-4227 |
| CREDITOR ID: 255884-12<br>MCDUFFIE SQUARE LP<br>C/O HULL STOREY RETAIL GROUP, LLC<br>ATTN MIKE FOWLER, ESQ<br>PO BOX 204227<br>AUGUSTA, GA 30917-4227 | CREDITOR ID: 556433-BC<br>MCDUFFIE, DAVID<br>2881 HWY 21, LOT 4<br>ATMORE AL 36502 | CREDITOR ID: 536560-BA<br>MCELMURRY, COLLEEN<br>3042 WIND MEADOW<br>GULF BREEZE FL 32563 |
| CREDITOR ID: 255885-12<br>MCELROY PLUMBING & HEATING CO<br>ATTN SHANNON A MCELROY<br>PO BOX 1488<br>MERIDIAN, MS 39302-1488 | CREDITOR ID: 408320-99<br>MCELWEE LAW FIRM, PLLC<br>ATTN: ROBERT LANEY<br>906 MAIN STREET<br>NORTH WILKESBORO NC 28659 | CREDITOR ID: 540206-BI<br>MCENANY ROOFING, INC<br>8803 INDUSTRIAL DRIVE<br>TAMPA FL 33637 |
| CREDITOR ID: 556435-BC<br>MCEVEEN, PEARLIE<br>450 SW 15 AVE<br>APT #203<br>HOMESTEAD FL 33030 | CREDITOR ID: 391871-55<br>MCFADDEN, HERMAN A<br>C/O MORGAN & MORGAN PA<br>ATTN DONNY OWENS, ESQ<br>815 SOUTH MAIN STREET, SUITE 301<br>JACKSONVILLE FL 32207 | CREDITOR ID: 540207-BI<br>MCG ELECTRONICS INC<br>PO BOX 440187<br>MIAMI FL 33144-0187 |
| CREDITOR ID: 255886-12<br>MCG ELECTRONICS INC<br>ATTN MARCELO ARAGON<br>PO BOX 440187<br>MIAMI, FL 33144-0187 | CREDITOR ID: 536561-BA<br>MCGATH, DOUGLAS<br>10902 MINEANAO DRIVE S<br>JACKSONVILLE FL 32246 | CREDITOR ID: 556437-BC<br>MCGEE JR. (MINOR), ANDRE<br>1900 SE 4TH ST<br>GAINESVILLE FL 32601 |
| CREDITOR ID: 536562-BA<br>MCGEE, ANGELLE<br>4733 CROWDER BLVD<br>NEW ORLEANS LA 70127 | CREDITOR ID: 538437-BA<br>MCGEE, ANGELLE<br>C/O MURRAY, DARNELL & ASSOCIATES<br>ATTN MICHAEL DARNELL, ESQ.<br>1540 N. BROAD STREET<br>NEW ORLEANS LA 70119 | CREDITOR ID: 174362-09<br>MCGEE, LINDA<br>506 FRONT ST HWY EXT -6-9<br>MERIDIAN MS 39301 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 536563-BA<br>MCGEE, OENA<br>2125 4TH STREET<br>NEW ORLEANS LA 70113 | CREDITOR ID: 538438-BA<br>MCGEE, OENA<br>C/O ALLEN H. BORNE JR., ESQ.<br>ATTN ALLEN H BORNE JR.<br>4902 S. CLAIBORNE AVENUE<br>NEW ORLEANS LA 70125 | CREDITOR ID: 556436-BC<br>MCGEE, OENA<br>2125 FOURTH STREET<br>NEW ORLEANS LA 70113 |
| CREDITOR ID: 538439-BA<br>MCGHEE BUSH, LINDA<br>C/O CRAIG GIBBS<br>ATTN RON LOFTIN ESQ<br>1200 RIVERPLACE BLVD., SUITE 810<br>JACKSONVILLE FL 32207 | CREDITOR ID: 536564-BA<br>MCGHEE BUSH, LINDA<br>5610 MINOSA WEST<br>JACKSONVILLE FL 32209 | CREDITOR ID: 556438-BC<br>MCGHEE, LATOYA<br>303 VISTA TERRACE DR<br>MONTGOMERY AL 36110 |
| CREDITOR ID: 540208-BI<br>MCGINN WINDSHIELD PECK REPAIR<br>719 AL HWY 143<br>ELMORE AL 36025 | CREDITOR ID: 255888-12<br>MCGINN WINDSHIELD PECK REPAIR<br>ATTN JERRY MCGINN, OWNER<br>719 AL HWY 143<br>ELMORE, AL 36025 | CREDITOR ID: 536565-BA<br>MCGINNIS, DELORES<br>132 THCEL STR<br>NEW ORLEANS LA 70114 |
| CREDITOR ID: 538440-BA<br>MCGINNIS, DELORES<br>VALTEAU, HARRIS, KOENIG & MAYER<br>ATTN STEVEN KOENIG<br>210 BARONNE STREET, SUITE 1410<br>NEW ORLEANS LA 70112 | CREDITOR ID: 556440-BC<br>MCGINNIS, EMMA<br>6407 S.E. 108TH ST LOT #1<br>BELLEVIEW FL 34420 | CREDITOR ID: 406957-MS<br>MCGINTY, STEVEN M<br>1488 COURSE VIEW DRIVE<br>ORANGE PARK FL 32003 |
| CREDITOR ID: 402254-90<br>MCGIVRAY, BENJAMIN F<br>4420 LEOTA DRIVE<br>RALEIGH NC 27603 | CREDITOR ID: 540209-BI<br>MCGLINCHEY STAFFORD<br>PO BOX 60643<br>NEW ORLEANS LA 70160 | CREDITOR ID: 255889-12<br>MCGLINCHEY STAFFORD<br>ATTN AL THOMAS, EXEC DIR OF ADMIN<br>PO BOX 60643<br>NEW ORLEANS, LA 70160 |
| CREDITOR ID: 539044-15<br>MCGLINCHEY STAFFORD, PLLC<br>ATTN JUDY DUPLANTIS<br>DEPT 5200<br>PO BOX 2153<br>BIRMINGHAM AL 35287-5200 | CREDITOR ID: 403830-94<br>MCGOUGH, RICHARD M<br>1338 GARRISON DRIVE<br>ST AUGUSTINE FL 32092 | CREDITOR ID: 492904-FC<br>MCGOUGH, RICHARD M<br>1338 GARRISON DRIVE<br>ST AUGUSTINE FL 32092 |
| CREDITOR ID: 386082-54<br>MCGOVERN, RICHARD<br>3 PERSIMMON RIDGE DRIVE<br>BELLEVILLE IL 62223 | CREDITOR ID: 410475-15<br>MCGOVERN, RICHARD W<br>9815 HWY 98 W<br>MIRAMAR BEACH FL 32540 | CREDITOR ID: 391947-55<br>MCGOWAN, DOROTHY M<br>C/O CRAWLEY LAW OFFICES<br>ATTN MICHAEL CRAWLEY STEELE, ESQ<br>PO BOX 1695<br>KOSCIUSKO MS 39090 |
| CREDITOR ID: 391698-55<br>MCGOWAN. TRINITY<br>C/O DONOHOE & STAPLETON, LLC<br>ATTN CATHY DONOHOE, ESQ<br>2781 ZELDA ROAD<br>MONTGOMERY AL 36106 | CREDITOR ID: 556441-BC<br>MCGRANE, MYRTIE<br>5959 SUN-N-LAKE BLVD<br>APT A-113<br>SEBRING FL 33872 | CREDITOR ID: 556442-BC<br>MCGRATH, PATTIE<br>103 APACHE DR<br>ENTERPRISE AL 36330 |
| CREDITOR ID: 406959-MS<br>MCGRAW, WILLIAM E<br>C/O FRIEDLINE & MCCONNELL, PA<br>ATTN JERRETT M MCCONNELL, ESQ<br>1756 UNIVERSITY BLVD SOUTH<br>JACKSONVILLE FL 32216 | CREDITOR ID: 406959-MS<br>MCGRAW, WILLIAM E<br>9327 ANCIENT OAKS DRIVE<br>OOTEWAH TN 37363 | CREDITOR ID: 393459-55<br>MCGREGOR, ALTHEA<br>C/O TEMPLER & HIRSCH<br>ATTN MARK N HIRSCH, ESQ.<br>20801 BISCAYNE BLVD STE 400<br>MIAMI FL 33180 |

**Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing claims Arising before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                           **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 556443-BC<br>MCGREGOR, LATUSHA<br>1015 NW 41ST<br>MIAMI FL 33127 | CREDITOR ID: 536566-BA<br>MCGREW, LOUISE<br>1055 SOUTH SCOTT STREET<br>MOBILE AL 36603 | CREDITOR ID: 538441-BA<br>MCGREW, LOUISE<br>C/O THIRY & CADDELL<br>ATTN RICHARD THIRY, ESQ.<br>1911 GOVERNMENT STREET<br>MOBILE AL 36606 |
| CREDITOR ID: 556444-BC<br>MCGRIFF (MINOR), ELLISIA<br>4810 WALLER STREET<br>JACKSONVILLE FL 32254 | CREDITOR ID: 540210-BI<br>MCGRIFF TRANSPORTAION INC<br>PO BOX 1148<br>CULLMAN AL 35056 | CREDITOR ID: 255894-12<br>MCGRIFF TRANSPORTATION, INC<br>C/O ST JOHN & ST JOHN, LLC<br>ATTN FINIS E ST JOHN, ESQ<br>PO BOX 2130<br>CULLMAN AL 35056 |
| CREDITOR ID: 255894-12<br>MCGRIFF TRANSPORTATION, INC<br>ATTN JEFF MCGRIFF<br>PO BOX 1148<br>CULLMAN, AL 35056 | CREDITOR ID: 536567-BA<br>MCGRIFF, KAYDETTE<br>P.O. BOX 394<br>EATON PARK FL 33840 | CREDITOR ID: 407515-93<br>MCGRIFF, KAYDETTE<br>C/O MORGAN & MORGAN, PA<br>ATTN DICK GRECO, JR, ESQ<br>101 E. KENNEDY BOULEVARD, STE 1790<br>TAMPA FL 33602 |
| CREDITOR ID: 386063-54<br>MCGRIFF, YOLANDA<br>C/O GREENE & PHILLIPS LLC<br>ATTN WILL PHILLIPS, ESQ.<br>50 N FLORIDA STREET<br>MOBILE AL 36607 | CREDITOR ID: 386063-54<br>MCGRIFF, YOLANDA<br>60 THOMPSON ST<br>ATMORE, AL 36502 | CREDITOR ID: 406960-MS<br>MCGUFFIN, TERESA<br>3604 ROCKY CREEK DRIVE<br>SENECA SC 29678 |
| CREDITOR ID: 255897-12<br>MCGUIRE WOODS LLP<br>BANK OF AMERICA TOWER<br>50 NORTH LAURA STREET STE 3300<br>JACKSONVILLE, FL 32202 | CREDITOR ID: 406961-MS<br>MCGUIRE, DWANE T.<br>2113 N. TAFT<br>LOVELAND CO 80538 | CREDITOR ID: 556445-BC<br>MCGUIRE, RITA<br>209 FIVE POUNDS ROAD<br>SAINT SIMONS ISLAND GA 31522 |
| CREDITOR ID: 536568-BA<br>MCHUGH, HELEN<br>11035 WONDERING OAKS DRIVE<br>JACKSONVILLE FL 32257 | CREDITOR ID: 540211-BI<br>MCI<br>PO BOX 600670<br>JACKSONVILLE FL 32260-0670 | CREDITOR ID: 540212-BI<br>MCI COMM SERVICE<br>27732 NETWORK PLACE<br>CHICAGO IL 60673-1277 |
| CREDITOR ID: 540213-BI<br>MCI EXPRESS<br>PO BOX 4692<br>HIALEAH FL 33014 | CREDITOR ID: 540214-BI<br>MCI TELECOMMUNICATIONS S.E.<br>PO BOX 371392<br>PITTSBURGH PA 15250-7392 | CREDITOR ID: 255900-12<br>MCI TELECOMMUNICATIONS S.E.<br>PO BOX 371392<br>PITTSBURGH, PA 15250-7392 |
| CREDITOR ID: 399343-15<br>MCI WORLDCOM NETWORK SERVICES INC<br>MCI WORLDCOM COMM INC ET AL<br>C/O MCI/WORLDCOM COMMUNICATIONS INC<br>ATTN S FISHER/C MARTELLARO REC MGR<br>20855 STONE OAK PKWY<br>SAN ANTONIO TX 78258 | CREDITOR ID: 395457-64<br>MCI WORLDCOM NETWORK SERVICES INC.<br>PO BOX 905236<br>CHARLOTTE, NC 28290 | CREDITOR ID: 540215-BI<br>MCILHENNY COMPANY<br>PO BOX 95337<br>NEW ORLEANS LA 70195 |
| CREDITOR ID: 255902-12<br>MCILHENNY COMPANY<br>ATTN DARLENE DOOLEY CR SUPERV<br>HIGHWAY 329<br>AVERY ISLAND LA 70513 | CREDITOR ID: 540216-BI<br>MCILHENNY COMPANY<br>PO BOX 974546<br>DALLAS TX 75397-4546 | CREDITOR ID: 536570-BA<br>MCINTOSH JACKSON, JOYCE<br>3732 ALBEMARLE ROAD<br>JACKSON MS 39213 |

**Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing claims Arising before Effective Date and Other Administrative Claims**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.** **CASE: 05-03817-3F1**

CREDITOR ID: 538442-BA
MCINTOSH JACKSON, JOYCE
C/O JONES LAW FIRM
ATTN BERNARD JONES, ESQ.
1102 WEST WOODROW WILSON DRIVE
PO BOX 11325
JACKSON MS 39283

CREDITOR ID: 536569-BA
MCINTOSH, ETTA DAWN
650 SW 28TH AVENUE, APT A
FORT LAUDERDALE FL 33312

CREDITOR ID: 556446-BC
MCINTOSH, PATRIVIA
17043 SW 107TH PLACE
MIAMI FL 33157

CREDITOR ID: 540217-BI
MCINTYRE TRAVEL CENTER LLC
ROUTE 2 BOX 390
EVERGREEN AL 36401

CREDITOR ID: 256235-12
MCINTYRE, MICHAEL J
314 VIRGINIA AVENUE
ANN ARBOR, MI 48103

CREDITOR ID: 556447-BC
MCINTYRE, WILLIE
1021 SPENCER
HATTIESBURG MS 39401

CREDITOR ID: 391084-55
MCKANN, RONETTA
C/O MEYERS STANLEY & WATERS LLC
ATTN JAMES WATERS III, ESQ
1904 UNIVERSITY BLVD WEST
JACKSONVILLE FL 32217

CREDITOR ID: 540218-BI
MCKAY SIMPSON LAWLER FRANKLIN & FOREMAN
P O BOX 2488
RIDGELAND MS 39158-2488

CREDITOR ID: 556448-BC
MCKAY, HOWARD
2212 QUEENS WAY ROAD
ORLANDO FL 32811

CREDITOR ID: 540219-BI
MCKEE FOODS CORPORATION
P O BOX 2118
COLLEGEDALE TN 37315-2118

CREDITOR ID: 540220-BI
MCKEE FOODS CORPORATION
P O BOX 2118
COLLEGEDALE TN 37315-2118

CREDITOR ID: 278690-99
MCKEE FOODS CORPORATION
ATTN: VALERIE PHILLIPS, SR CR MNGR
PO BOX 2118
COLLEGEDALE, TN 37315-2118

CREDITOR ID: 406962-MS
MCKELLAR, CHARLES H
5257 VILLAGE WAY
FERNANDINA BEACH FL 32034

CREDITOR ID: 391526-55
MCKELLAR, STEVE
C/O JASON G BARNETT, PA
ATTN JASON G BARNETT, ESQ
1132 SOUTHEAST 2ND AVENUE
FT LAUDERDALE FL 33316

CREDITOR ID: 556450-BC
MCKENION, INEZ
608 SW 4TH ST.
LULU FL 32061

CREDITOR ID: 390743-55
MCKENNON, ELIZABETH
C/O WILLIAM C RUGGIERO LAW OFFICE
ATTN WILLIAM C RUGGIERO, ESQ
WACHOVIA CENTER, SUITE 100
200 E BROWARD BLVD
FORT LAUDERDALE FL 33301

CREDITOR ID: 394752-57
MCKENZIE, THERESA
C/O CAZEAU LINTON BARNES, LLC
ATTN C LINTON BARNES, ESQ
633 NE 167TH ST STE 1025
MIAMI FL 33162-2448

CREDITOR ID: 540221-BI
MCKESSON AUTOMATED PRESCRIPTION SYSTEMS
P O BOX 62816
NEW ORLEANS LA 70162-2816

CREDITOR ID: 382923-51
MCKESSON HEALTH
9700 N. 91ST STREET, SUITE 232
SCOTTSDALE, AZ 85258-5036

CREDITOR ID: 536571-BA
MCKINLEY, CINDY
827 CHANNING PLACE
BRANDON MS 39047

CREDITOR ID: 387111-54
MCKINNEY, CAROLYN
C/O THE COLDM LAW FIRM
ATTN EDWARD L PLEASANTS, ESQ
PO BOX 866
COLUMBUS MS 39703

CREDITOR ID: 387111-54
MCKINNEY, CAROLYN
STAR ROUTE BOX 25
BELEFONTAINE, MS 39737

CREDITOR ID: 556451-BC
MCKINNEY, CAROLYN
1250 BROCKWOOD FOREST BLVD
JACKSONVILLE FL 32225

CREDITOR ID: 536572-BA
MCKINNEY, JOLEEN
6546 DOVE CREEK DRIVE
JACKSONVILLE FL 32244

CREDITOR ID: 536573-BA
MCKINNEY, LAMEEKA
2625 DOLORES DR
MARRERO LA 70072

CREDITOR ID: 556452-BC
MCKINNEY, MITTIE
207 CATER ST
SAINT SIMONS ISLAND GA 31522

CREDITOR ID: 391386-55
MCKINNEY, PAUL A
C/O GOLDBERG LAW OFFICES
ATTN MARTIN J GOLDBERG, ESQ
1013 SW SECOND AVENUE
GAINSVILLE FL 32601

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 391386-55<br>MCKINNEY, PAUL A<br>5811 NW 216TH STREET<br>LAWTEY FL 32058 | CREDITOR ID: 397197-67<br>MCKINNEY'S FOODS OF WAYNE COUNTY<br>C/O WARD & SMITH PA<br>ATTN J MICHAEL FIELDS ESQ<br>120 WEST FIRE TOWER ROAD<br>WINTERVILLE NC 28590 | CREDITOR ID: 397197-67<br>MCKINNEY'S FOODS OF WAYNE COUNTY<br>C/O WARD & SMITH PA<br>ATTN J MICHAEL FIELDS<br>PO BOX 8088<br>GREENVILLE NC 27835-8088 |
| CREDITOR ID: 397197-67<br>MCKINNEY'S FOODS OF WAYNE COUNTY<br>ATTN WAYNE MCKINNEY<br>851 WASHINGTON SQ MALL<br>WASHINGTON NC 27889 | CREDITOR ID: 540222-BI<br>MCKINSEY STEEL & SUPPLY OF FLORIDA INC<br>817 NW 5TH AVENUE<br>FT LAUDERDALE FL 33311 | CREDITOR ID: 556453-BC<br>MCKINZY, BETTY<br>1428 NW 61ST<br>MIAMI FL 33010 |
| CREDITOR ID: 403831-94<br>MCKISHNIE, FRANKLIN MURRAY<br>3503 HOLLOW OAK PL<br>BRANDON FL 33511 | CREDITOR ID: 406963-MS<br>MCKISHNIE, KENNETH<br>1374 LOG LAND DR.<br>OCOEE FL 34761 | CREDITOR ID: 556454-BC<br>MCKNIGHT, CLEO<br>10284 S.W. 179 STREET<br>MIAMI FL 33131 |
| CREDITOR ID: 49915-05<br>MCKOY, ARTHUREE H<br>29 COMMUNITY CENTER ROAD<br>SEABROOK SC 29940 | CREDITOR ID: 315802-40<br>MCLAIN, EUGENE M<br>PO BOX 2199<br>HUNTSVILLE, AL 35804-2199 | CREDITOR ID: 403832-94<br>MCLAIN, GERALD K<br>20021 ADOLPHUS RD<br>COVINGTON LA 70435 |
| CREDITOR ID: 406965-MS<br>MCLAIN, JOE H<br>6725 MITZL COURT<br>MONTGOMERY AL 36116 | CREDITOR ID: 536574-BA<br>MCLAMB, CYNTHIA<br>3640 MENLO COURT<br>MONTGOMERY AL 36116 | CREDITOR ID: 392048-55<br>MCLAREN, WILLIAM<br>C/O LANCASTER & EURE, PA<br>ATTN ALEX LANCASTER, ESQ<br>PO DRAWER 4257<br>SARASOTA FL 34230 |
| CREDITOR ID: 406966-MS<br>MCLAUCHLIN, LARRY<br>1105 SHADOW RIDGE DR.<br>AZLE TX 76020 | CREDITOR ID: 536575-BA<br>MCLAUGHLIN, REBECCA<br>11372  LANDING COURT<br>BILOXI MS 39532 | CREDITOR ID: 175133-09<br>MCLAUGHLIN, SHANNON R<br>PO BOX 297<br>PINEBLUFF NC 28373 |
| CREDITOR ID: 540223-BI<br>MCLAURIN MART<br>PO BOX 220<br>BRANDON MS 39043 | CREDITOR ID: 392272-55<br>MCLEAN, MARION<br>C/O FARAH & FARAH, PA<br>ATTN BRUCE GARTNER, ESQ<br>10 WEST ADAMS ST, 3RD FLOOR<br>JACKSONVILLE FL 32202 | CREDITOR ID: 406967-MS<br>MCLEMORE, GEORGE S<br>2833 JANICE DRIVE<br>DOUGLASVILLE GA 30135 |
| CREDITOR ID: 556455-BC<br>MCLENDON, MARY<br>160 SE ST JOHNS ST<br>LAKE CITY FL 32025 | CREDITOR ID: 556456-BC<br>MCLENDON, MILDRED<br>5500 AMAZON AVE<br>JACKSONVILLE FL 32254 | CREDITOR ID: 540224-BI<br>MCLENNAN COUNTY DISTRICT ATTORNEY'S<br>219 NORTH 6TH STREET<br>WACO TX 76701 |
| CREDITOR ID: 406968-MS<br>MCLIN, MARK<br>8040 FLORIDA BOYS RANCH ROAD<br>GROVELAND FL 34736 | CREDITOR ID: 393577-55<br>MCLOUGHLIN, ELIZABETH<br>C/O LAW OFFICE OF DON P HANEY<br>ATTN DON P HANEY, ESQ<br>1555 HOWELL RD, SUITE 201<br>WINTER PARK FL 32789 | CREDITOR ID: 556457-BC<br>MCLUCAS, JOSHUA<br>3627 DIXON AVE<br>FERNANDINA FL 32034 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 540225-BI<br>MCMICHAELS CONSTRUCTION<br>90 ALMON ROAD<br>COVINGTON GA 30014 | CREDITOR ID: 255913-12<br>MCMICHAELS CONSTRUCTION<br>90 ALMON RD<br>COVINGTON GA 30014-0800 | CREDITOR ID: 395688-65<br>MCMICHAEL'S CONSTRUCTION<br>90 ALMON RD<br>COVINGTON GA 30014-0800 |
| CREDITOR ID: 50054-05<br>MCMICKENS, RONALD F<br>5120 HILLSIDE DR<br>FAIRFIELD AL 35064 | CREDITOR ID: 406969-MS<br>MCMILLAN, JAMES<br>8987 STONERIDGE PLACE<br>MONTGOMERY AL 36117 | CREDITOR ID: 416818-L1<br>MCMILLAN, ROBBIE<br>C/O LAW OFFICE OF RONALD TANET<br>ATTN RONALD TANET, ESQ<br>1615 POYDRAS STREET, SUITE 850<br>NEW ORLEANS LA 70112 |
| CREDITOR ID: 416664-L1<br>MCMILLAN, ROBBIE<br>44506 BRAUD ST<br>SORRENTO LA 70778 | CREDITOR ID: 556458-BC<br>MCMILLAN, W.A.<br>1125 FOUNTAIN RD<br>JACKSONVILLE FL 32205 | CREDITOR ID: 391193-55<br>MCMILLIAN, GWENDOLYN J<br>C/O GARNER  LAW GROUP<br>ATTN KATHY GARNER, ESQ<br>216 SOUTH MONROE STREET<br>TALLAHASSEE FL 32301 |
| CREDITOR ID: 556459-BC<br>MCMILLIAN, SHIRLEY<br>3818 NW 202ND ST<br>OPA-LOCKA FL 33055 | CREDITOR ID: 540226-BI<br>MCMILLIANS FIRST STEP CHILD CARE<br>2601 S CLAIBORNE AVE<br>NEW ORLEANS LA 70125 | CREDITOR ID: 391254-55<br>MCMILLION, JULIA<br>2371 NW 119TH STREET, APT 315<br>MIAMI FL 33167 |
| CREDITOR ID: 390646-55<br>MCMULLEN, SANDRA<br>C/O HINTON & POWELL<br>ATTN DOUGLAS R POWELL, ESQ<br>3340 PEACHTREE ROAD NE, SUITE 2800<br>ATLANTA GA 30326 | CREDITOR ID: 1585-RJ<br>MCNAB PLAZA INC<br>ATTN  WILLIAM B SHIELDS JR VP<br>4350 WEST SUNRISE BLVD STE 122<br>PLANTATION, FL 33313 | CREDITOR ID: 403334-83<br>MCNABB REHABILITATION SERVICES<br>ATTN STANFORD H MCNABB, PRES<br>105 INDEPENDENCE BLVD, SUITE 2<br>LAFAYETTE LA 70506 |
| CREDITOR ID: 406970-MS<br>MCNABB, NORRIS<br>4411 FOREST VALLEY CIRCLE<br>VALDOSTA GA 31602 | CREDITOR ID: 175475-09<br>MCNALLY, ROSE MARIE C<br>82 RAEMOORE DRIVE<br>PALM COAST FL 32164 | CREDITOR ID: 556460-BC<br>MCNAMARA, EILEEN<br>2306 GRAYWOOD RD.<br>WILMINGTON DE 19810 |
| CREDITOR ID: 406971-MS<br>MCNAMARA, TIMOTHY<br>C/O FRIEDLINE & MCCONNELL, PA<br>ATTN JERRETT M MCCONNELL, ESQ<br>1756 UNIVERSITY BLVD SOUTH<br>JACKSONVILLE FL 32216 | CREDITOR ID: 406971-MS<br>MCNAMARA, TIMOTHY<br>1112 PAWNEE PLACE<br>JACKSONVILLE FL 32259 | CREDITOR ID: 556461-BC<br>MCNAMEE, KIMBERLY<br>2524 CENTERGATE DRIVE<br>MIRAMAR FL 33025 |
| CREDITOR ID: 255917-12<br>MCNAUGHTON-MCKAY ELECTRIC CO<br>PO BOX 65821<br>CHARLOTTE, NC 28265-0321 | CREDITOR ID: 400187-86<br>MCNEAL, BETTIE<br>4825 KENILWORTH DR.<br>STONE MOUNTAIN   GA 30083 | CREDITOR ID: 536576-BA<br>MCNEAR, MARIEL<br>248 BITFORD WAY<br>MONTGOMERY AL 36108 |
| CREDITOR ID: 538443-BA<br>MCNEAR, MARIEL<br>C/O SHINBAUM, ABELL, MCLEOD & YANN<br>ATTN JIM BODIN<br>566 SOUTH PERRY STREET<br>MONTGOMERY AL 36104 | CREDITOR ID: 406972-MS<br>MCNEELY, WILLIAM R<br>3105 NAUTILUS RD<br>MIDDLEBURG FL 32068 | CREDITOR ID: 540227-BI<br>MCNEIL CONSUMER HEALTH CARE<br>PO BOX 406643<br>ATLANTA GA 30384 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 540228-BI<br>MCNEIL NUTRITIONALS<br>PO BOX 406643<br>ATLANTA GA 30384 | CREDITOR ID: 399444-15<br>MCNEIL NUTRITIONALS, LLC<br>C/O PATTERSON BELKNAP WEBB & TYLER<br>ATTN DAVID W DYKHOUSE, ESQ<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-6710 | CREDITOR ID: 400278-85<br>MCNEIL, FREDDIE<br>C/O JAMES A JOHNSON, PC<br>ATTN HENDRIK S SNOW, ESQ<br>21 N FLORIDA STREET<br>MOBILE AL 36607 |
| CREDITOR ID: 556462-BC<br>MCNEIL, HILA<br>122 ANDERSON AVE<br>SANFORD FL 32771 | CREDITOR ID: 536577-BA<br>MCNEILL, NELDA<br>6041 VILLAGE CIRCLE<br>ORLANDO FL 32822 | CREDITOR ID: 406973-MS<br>MCNEILL, RUFUS A<br>507 ASHTON OAK DR<br>PRATTVILLE AL 36066-1917 |
| CREDITOR ID: 421650-ST<br>MCNEILL, RUFUS AUBREY<br>507 ASHTON OAK DRIVE<br>PRATTVILLE AL 36066 | CREDITOR ID: 556463-BC<br>MCNICKLES, BRIANA<br>123 FLORIDA ST.<br>HAMMOND LA 70403 | CREDITOR ID: 556464-BC<br>MCNULTY, JOHN<br>4343 SE MULFORD LANE<br>STUART FL 34997 |
| CREDITOR ID: 411146-15<br>MCP REAL, LLC (CURRY FORD EAST)<br>C/O KELLEY DRYE & WARREN LLP<br>ATTN J S CARR & R L LEHANE ESQS<br>101 PARK AVENUE<br>NEW YORK NY 10178 | CREDITOR ID: 411146-15<br>MCP REAL, LLC (CURRY FORD EAST)<br>CURRY FORD LLP<br>C/O HOLD-THYSSEN, INC<br>ATTN R R HORTON, VP INVESTMENT SVCS<br>301 S NEW YORK AVE STE 200<br>WINTER PARK FL 32789-4273 | CREDITOR ID: 540229-BI<br>MCPHERSON BEVERAGE INC<br>1330 STANCELL ST<br>ROANOKE RAPIDS VA 27870 |
| CREDITOR ID: 255920-12<br>MCPHERSON BEVERAGES, INC<br>ATTN R M HULL JR/M HULL<br>1330 STANCELL ST<br>ROANOKE RAPIDS, NC 27870 | CREDITOR ID: 556465-BC<br>MCPHERSON, GWEN<br>5200 NE 14TH WAY<br>#304<br>FORT LAUDERDALE FL 33334 | CREDITOR ID: 556466-BC<br>MCQUAIG, REBECCA<br>343-A NORTH FLECHER AVE<br>FERNANDINA BEACH FL 32034 |
| CREDITOR ID: 536578-BA<br>MCQUAY, HUE-ELLEN<br>1107 ALBANY AVE<br>TAMPA FL 33607 | CREDITOR ID: 538444-BA<br>MCQUAY, HUE-ELLEN<br>C/O LAW OFFICES OF IAN M BIESZAD PA<br>ATTN IAN M. BIESZAD<br>2715 WEST SLIGH AVE., SUITE B<br>TAMPA FL 33614 | CREDITOR ID: 536579-BA<br>MCQUEEN, LENWOOD<br>110 RAINEY ROAD<br>SLIDELL LA 70458 |
| CREDITOR ID: 538445-BA<br>MCQUEEN, LENWOOD<br>C/O MICHAEL J. BOURQUARD<br>PO BOX 278<br>SLIDELL LA 70459 | CREDITOR ID: 407516-93<br>MCQUEEN, SAMMIE (SAVE-RITE)<br>C/O MORGAN & MORGAN, PA<br>ATTN DICK GRECO, JR, ESQ<br>101 E. KENNEDY BOULEVARD, STE 1790<br>TAMPA FL 33602 | CREDITOR ID: 540230-BI<br>MCRAE & ASSOCIATES INC<br>400 N WOODLAWN  SUITE 208<br>WICHITA KS 37208 |
| CREDITOR ID: 540231-BI<br>MCRAE AMERIGAS<br>501 E WILLOW CREEK LANE<br>MCRAE GA 31055-2554 | CREDITOR ID: 406974-MS<br>MCRAE, DOUGLAS K, JR<br>21 PATRICIA DRIVE<br>COVINGTON LA 70433 | CREDITOR ID: 175756-09<br>MCREYNOLDS, WILLIAM A<br>5064 COUNTY ROAD, APT 9<br>VERNON AL 35592 |
| CREDITOR ID: 556467-BC<br>MCROY, SHEILA<br>122 AVACOTTO AVE<br>WEST PALM BEACH FL 33413 | CREDITOR ID: 536580-BA<br>MCVEY, GINA<br>175 CREST ROAD<br>ALEXANDER CITY AL 35010 | CREDITOR ID: 538446-BA<br>MCVEY, GINA<br>ATTN CATHERINE MONCUS<br>260 CHURCH STREET<br>PO BOX 1900<br>ALEXANDER CITY AL 35011 |

SERVICE LIST
**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:    05-03817-3F1**

CREDITOR ID: 403834-94
MCVEY, PAUL R
715 BURKE PLACE
AUBURN AL 36830

CREDITOR ID: 540232-BI
MCW DEVELOPMENT INC
PO BOX 908
ANNISTON AL 36202

CREDITOR ID: 2402-07
MCW DEVELOPMENT INC
PO BOX 908
ANNISTON, AL 36202

CREDITOR ID: 540233-BI
MCW RC FL HIGHLANDS LLC
PO BOX 534138
ATLANTA GA 30353-4138

CREDITOR ID: 536581-BA
MCWHIRTER, PATRICIA
200 ORANGE AVE
SAINT CLOUD FL 34769

CREDITOR ID: 538447-BA
MCWHIRTER, PATRICIA
C/O C. TODD SMITH, P.A.
ATTN C. TODD SMITH
636 WEST YALE STREET
ORLANDO FL 32804

CREDITOR ID: 540234-BI
MCWHORTER SCHOOL OF PHARMACY/SAMFORD
800 LAKESHORE DRIVE
UNIVERSITY/BRUCE FOSTER/CAREER
INTERVIEW DAY/EMPLOYER EXHIB
BIRMINGHAM AL 35229

CREDITOR ID: 1587-RJ
MCW-RC FL HIGHLANDS LLC
PO BOX 534138
ATLANTA, GA 30353-4138

CREDITOR ID: 408259-99
MCW-RC FL HIGHLANDS, LLC
C/O HELD & ISRAEL
ATTN EDWIN W HELD, JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 408261-99
MCW-RC FL-SHOPPES AT 104, LLC
C/O HELD & ISRAEL
ATTN A FRISCH/E W HELD, JR, ESQS
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 408262-99
MCW-RC GA HOWELL MILL VILLAGE, LLC
C/O HELD & ISRAEL
ATTN A FRISCH/E W HELD, JR, ESQ
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 408260-99
MCW-RC GA PEACHTREE PKWY PLAZA, LLC
C/O HELD & ISRAEL
ATTN A FRISCH/E W HELD, JR, ESQ
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 175833-09
MCZEAL, CYNTHIA A
206 6TH ST MERMENTAU
PO BOX 220
MERMENTAU LA 70556

CREDITOR ID: 393425-55
MCZEAL, MARTHA
C/O SOTILE LAW FIRM, LLC
ATTN VINCENT J SOTILE JR, ESQ
38089 POST OFFICE ROAD, STE 13
PRAIRIEVILLE LA 70769

CREDITOR ID: 255926-12
MD & VA MILK PRODUCERS CO
ATTN BRENDA LOVELL, OFF MGR
5500 CHESTNUT AVENUE
NEWPORT NEWS VA 23605

CREDITOR ID: 540235-BI
MD 66
1123 HERON ROAD
KEY LARGO FL 33037

CREDITOR ID: 540236-BI
MD CAROLINA PA D/B/A PIEDMONT WEST
URGENT CARE CENTER
1190 FILBERT HIGHWAY SUITE 110
YORK SC 29745

CREDITOR ID: 540237-BI
MDA
10245 CENTURION PARKWAY NORTH
SUITE 106
ATTN: SUSIE AUSTIN
JACKSONVILLE FL 32256

CREDITOR ID: 540238-BI
MDC PACKAGING INC
400 DRAKE STREET
JACKSONVILLE FL 32254

CREDITOR ID: 540239-BI
MDC SOUTH WIND LTD
C/O MENIN DEVELOPMENT CO INC
3501 PGA BLVD SUITE 201
PALM BEACH GARDEN FL 33410

CREDITOR ID: 255931-12
MDC SOUTH WIND LTD
C/O MENIN DEVELOPMENT CO INC
3501 PGA BLVD SUITE 201
PALM BEACH GARDEN, FL 33410

CREDITOR ID: 1588-07
MDC SOUTH WIND, LTD
C/O MENIN DEVELOPMENT CO, INC
3501 PGA BLVD., SUITE 201
PALM BEACH GARDENS, FL 33410

CREDITOR ID: 540240-BI
MDC WESTGATE LTD
MENIN DEVELOPMENT CO INC
3501 PGA BLVD SUITE 201
PALM BEACH GARDENS FL 33410

CREDITOR ID: 383188-53
MDEQ
PO BOX 10385
JACKSON MS 39289

CREDITOR ID: 540241-BI
MEA DRUG TESTING CONSORTIUM
7 LAKELAND DRIVE
SUITE 100A
JACKSON MS 39216

CREDITOR ID: 255934-12
MEA DRUG TESTING CONSORTIUM
7 LAKELAND DRIVE - SUITE 100A
JACKSON, MS 39216

CREDITOR ID: 540242-BI
MEA MEDICAL CLINIC AHC
5606 OLD CANTON ROAD
JACKSON MS 39211

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 255937-12<br>MEA MEDICAL CLINIC CLINTON<br>498 HIGHWAY<br>CLINTON, MS 39056 | CREDITOR ID: 540243-BI<br>MEA MEDICAL CLINIC LAUREL<br>1515 JEFFERSON STREET<br>LAUREL MS 39440 | CREDITOR ID: 381600-47<br>MEA MEDICAL CLINIC LAUREL<br>1515 JEFFERSON STREET<br>LAUREL, MS 39440 |
| CREDITOR ID: 540244-BI<br>MEA MEDICAL CLINIC RESERVOIR<br>507 LAKELAND PLACE<br>BRANDON MS 39047 | CREDITOR ID: 540245-BI<br>MEA MEDICAL CLINIC SOUTH<br>1777 ELLIS AVENUE<br>JACKSON MS 39204 | CREDITOR ID: 540246-BI<br>MEA MEDICAL CLINICS<br>342 GILCHRIST<br>PEARL MS 39208 |
| CREDITOR ID: 255941-12<br>MEA MEDICAL CLINICS<br>342 GILCHRIST<br>PEARL, MS 39208 | CREDITOR ID: 540248-BI<br>MEAD JOHNSON NUTRITIONALS<br>PO BOX 0751735<br>CHARLOTTE NC 28275-1735 | CREDITOR ID: 540247-BI<br>MEAD JOHNSON NUTRITIONALS<br>PO BOX 0751735<br>CHARLOTTE NC 28275-1735 |
| CREDITOR ID: 255943-12<br>MEAD JOHNSON NUTRITIONALS<br>C/O MEAD JOHNSON & COMPANY<br>ATTN D YANDO / A CHERRY / D MATTOX<br>2400 WEST LLOYD EXPRESSWAY<br>EVANSVILLE IN 47721 | CREDITOR ID: 382803-51<br>MEAD WESTVACO PACKAGE SYSTEM, LLC<br>C/O MEADWESTVACO CORP.<br>ATTN MARGARET HARRIS, SR CREDIT<br>9080 SPRINGBORO PIKE<br>MIAMISBURG OH 45342 | CREDITOR ID: 556468-BC<br>MEAD, GLORIA<br>51 ELIZABETH COURT<br>MANDEVILLE LA 70448 |
| CREDITOR ID: 536582-BA<br>MEAD, MIKEAL<br>5112 LAUREN LN<br>LAKE PARK GA 31636 | CREDITOR ID: 540249-BI<br>MEADE PRODUCTS INC<br>928 JOSIANE COURT<br>SUITE 1001<br>ALTAMONTE SPRINGS FL 32701 | CREDITOR ID: 556469-BC<br>MEADE, ELSIE<br>138 NW 4 ST<br>HOMESTEAD FL 33030 |
| CREDITOR ID: 556470-BC<br>MEADE, LINDA<br>9695 TERRACE DRIVE<br>FAIRHOPE AL 36532 | CREDITOR ID: 540251-BI<br>MEADOWCREST COMMUNITY PROPERTY<br>C/O LANDMARK RENTALS<br>311 W MAIN STREET<br>INVERNESS FL 34450 | CREDITOR ID: 540250-BI<br>MEADOWCREST COMMUNITY PROPERTY<br>5297 S CHEROKEE WAY    SUITE 101<br>C/O PROPERTY MGT & INVESTMENT<br>HOMOSASSA FL 34448 |
| CREDITOR ID: 411289-15<br>MEADOWS, AMBER<br>C/O TERRY & PETERMAN, LLP<br>ATTN JODY D PETERMAN, ESQ<br>111 EAST ADAIR STREET<br>PO BOX 1185<br>VALDOSTA GA 31603-1185 | CREDITOR ID: 411289-15<br>MEADOWS, AMBER<br>PO BOX 318<br>CHOCORUA NH 03817 | CREDITOR ID: 410723-15<br>MEADOWS, ANDREA<br>4378 CRIPPLE CREEK ROAD<br>TALLAHASSEE FL 32309 |
| CREDITOR ID: 388071-54<br>MEADOWS, ANDREA<br>3922 MONTEREY PINE TRAIL<br>TALLAHASSEE, FL 32309 | CREDITOR ID: 556471-BC<br>MEADOWS, MALIYAH<br>8412 ROCKRIDGE CT<br>JACKSONVILLE FL 32244 | CREDITOR ID: 492906-FC<br>MEADOWS, RICHARD L<br>116 CHEYENNE DR<br>SHELBYVILLE KY 40065 |
| CREDITOR ID: 406975-MS<br>MEADOWS, RICHARD L<br>116 CHEYENNE DR<br>SHELBYVILLE KY 40065 | CREDITOR ID: 540252-BI<br>MEADWESTVACO CORP<br>PO BOX 281916<br>ATLANTA GA 30384-1916 | CREDITOR ID: 255949-12<br>MEADWESTVACO CORP<br>ATTN LINDA LUBECKI/R CAPUTO<br>9080 SPRINGBORO PIKE<br>MIAMISBURG OH 45342 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 452384-99<br>MEADWESTVACO CORPORATION<br>ATTN: ALFRED C KNIGHT, ASS GEN CNSL<br>ONE HIGH RIDGE PARK<br>STAMFORD CT 06912 | CREDITOR ID: 452475-99<br>MEADWESTVACO CORPORATION<br>C/O MILAM HOWARD NICANDRI ET AL<br>ATTN: PETER E NICANDRI<br>208 NORTH LAURA ST, STE 800<br>JACKSONVILLE FL 32202 | CREDITOR ID: 540253-BI<br>MEADWESTVACO PACKAGING SYSTEMS LLC<br>PO BOX 409424<br>ATLANTA GA 30384-9424 |
| CREDITOR ID: 407801-15<br>MEANS, CANDIE<br>9628 CHEROKEE DRIVE<br>NEW PORT RICHEY FL 34654 | CREDITOR ID: 407801-15<br>MEANS, CANDIE<br>C/O LAW OFFICES OF FRANCOISE HAASCH<br>ATTN FRANCOISE M HAASCH, ESQ<br>PO BOX 614<br>PALM HARBOR FL 34682 | CREDITOR ID: 406976-MS<br>MEARS, CHARLES E<br>2496 BENTRIDGE COURT<br>ORANGE PARK FL 32065 |
| CREDITOR ID: 540255-BI<br>MEAUX ELEMENTARY<br>12419 HWY 696<br>ABBEVILLE LA 70510 | CREDITOR ID: 540256-BI<br>MEBANE ENTERPRISE<br>PO BOX 530<br>CHATHAM VA 24531 | CREDITOR ID: 540257-BI<br>MEBTEL COMMUNICATIONS<br>PO BOX 900002<br>RALEIGH NC 27675-9000 |
| CREDITOR ID: 540258-BI<br>MECHANICAL EQUIPMENT COMPANY INC<br>PO BOX 95306<br>NEW ORLEANS LA 70195 | CREDITOR ID: 556472-BC<br>MECHE, MONICA<br>1312 ROPER RD LOT 121<br>SCOTT LA 70583 | CREDITOR ID: 540259-BI<br>MECKLENBURG COUNTY<br>P O BOX 32728<br>CHARLOTTE NC 28232 |
| CREDITOR ID: 540260-BI<br>MECKLENBURG COUNTY TAX COLLECTOR<br>PO BOX 32247<br>CHARLOTTE NC 28232-2247 | CREDITOR ID: 381368-47<br>MECO OF ATL<br>PO BOX 48327<br>DORAVILLE, GA 30362-1327 | CREDITOR ID: 540261-BI<br>MECO OF FLORIDA<br>P O BOX 3871<br>JACKSONVILLE FL 32206 |
| CREDITOR ID: 255965-12<br>MED + PLUS MUSCLE SHOALS<br>108 WEST AVALON AVENUE<br>MUSCLE SHOALS, AL 35661 | CREDITOR ID: 381229-47<br>MED ANALYSIS PHYSICAL COLLECTION CENTER<br>CS MED ANALYSIS<br>2355 PASS RD STE B<br>BILOXI MS 39531-2343 | CREDITOR ID: 540262-BI<br>MED ANALYSIS PHYSICAL COLLECTION CENTER<br>CS MED ANALYSIS<br>250 BEAUVOIR ROAD UNIT 5<br>BILOXI MS 39531 |
| CREDITOR ID: 255968-12<br>MED CENTRAL<br>1720 WESTCHESTER DRIVE<br>HIGH POINT, NC 27262 | CREDITOR ID: 540263-BI<br>MED=PLUS MUSCLE SHOALS<br>108 WEST AVALON AVENUE<br>MUSCLE SHOALS AL 35661 | CREDITOR ID: 382920-51<br>MEDCARE USA<br>10680 TREENA ST, 5TH FLOOR<br>SAN DIEGO, CA 92131 |
| CREDITOR ID: 382916-51<br>MEDCO HEALTH<br>100 PARSONS POND DRIVE<br>FRANKLIN LAKES, NJ 07417 | CREDITOR ID: 536583-BA<br>MEDDERS, WINNIE<br>1321 CAMBRIDGE PL<br>ANNISTON AL 36207 | CREDITOR ID: 538448-BA<br>MEDDERS, WINNIE<br>C/O SMITH & PAGE, PC<br>ATTN CARY SMITH<br>PO BOX 1256<br>ANNISTON AL 36202 |
| CREDITOR ID: 540264-BI<br>MEDE AMERICA CORPORATION OF OHIO DBA<br>EMDEON<br>2045 MIDWAY DRIVE<br>TWINSBURG OH 44087 | CREDITOR ID: 403836-94<br>MEDEI, KIM<br>1607 HIBISCUS AVE<br>WINTER PARK FL 32789 | CREDITOR ID: 556473-BC<br>MEDERER, SHALISHA<br>5646 S PENDANT PT<br>HOMOSASSA FL 34446 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 381565-47<br>MEDERO MEDICAL<br>MARION BILLING OFFICE<br>ATTN D HANCOCK/LARRY W MAYFIELD<br>1109 SOUTHWEST 10TH STREET<br>OCALA, FL 34474 | CREDITOR ID: 540265-BI<br>MEDERO MEDICAL MARION BILLING OFFICE<br>1109 SOUTHWEST 10TH STREET<br>OCALA FL 34474 | CREDITOR ID: 381288-47<br>MEDI QUICK WALK IN CLINIC<br>6 OFFICE PARK DR<br>PALM COAST, FL 32137 |
| CREDITOR ID: 540266-BI<br>MEDI QUICK WALK IN CLINIC<br>6 OFFICE PARK DR<br>PALM COAST FL 32137 | CREDITOR ID: 540267-BI<br>MEDIA GENERAL ALABAMA<br>PO BOX 25818<br>RICHMOND VA 23260-5818 | CREDITOR ID: 382805-51<br>MEDIA GENERAL ALABAMA<br>COMMUNITY NEWSPAPERS<br>227 NORTH OATES STREET<br>DOTHAN, AL 36303 |
| CREDITOR ID: 540268-BI<br>MEDIA GENERAL FLORIDA PUBLISH GROUP<br>P O BOX 85000<br>RICHMOND VA 23285-5000 | CREDITOR ID: 540269-BI<br>MEDIA GENERAL NORTH CAROLINA<br>PO BOX 188<br>HICKORY NC 28603 | CREDITOR ID: 540270-BI<br>MEDIA GENERAL NORTH CAROLINA COMM<br>NEWSPAPERS<br>PO BOX 27283<br>RICHMOND VA 23261-7283 |
| CREDITOR ID: 255976-12<br>MEDIA PARTNERS CORPORATION<br>ATTN ROBERT C JOHNSON, PRES<br>JAMES M GULIAN<br>911 WESTERN AVENUE, SUITE 306<br>SEATTLE WA 98104 | CREDITOR ID: 255977-12<br>MEDIA PRODUCTS INC<br>8301 CYPRESS PLAZA DRIVE<br>JACKSONVILLE, FL 32256 | CREDITOR ID: 382806-51<br>MEDIAONE/FRONTLINE<br>150 E. FIFTH STREET<br>NEW YORK, NY 10022 |
| CREDITOR ID: 394021-61<br>MEDIATION SVCES OF CENTRAL FL, INC<br>ATTN RICHARD WACK<br>174 W COMSTOCK AVE, STE 106<br>WINTER PARK, FL 32789 | CREDITOR ID: 403335-83<br>MEDICAL & LITERARY PROF CONSULT INC<br>ATTN MELVIN GREER MD, PRESIDENT<br>2058 NW 14TH AVENUE<br>GAINESVILLE FL 32605 | CREDITOR ID: 381674-47<br>MEDICAL & SURGICAL CLINIC OF MAGEE PLLC<br>376 A SIMPSON HWY 149<br>MAGEE, FL 39111 |
| CREDITOR ID: 540271-BI<br>MEDICAL ANALYSIS LLC<br>PO BOX 4399<br>BILOXI MS 39535 | CREDITOR ID: 384232-47<br>MEDICAL CENTER ENTERPRISE<br>400 NORTH EDWARDS STREET<br>ENTERPRISE, AL 36330 | CREDITOR ID: 540272-BI<br>MEDICAL CENTER ENTERPRISE<br>400 NORTH EDWARDS STREET<br>ENTERPRISE AL 36330 |
| CREDITOR ID: 540273-BI<br>MEDICAL EAST<br>HIGHWAY 72<br>ATHENS AL 35613 | CREDITOR ID: 255985-12<br>MEDICAL EAST<br>ATTN CANDACE DUNCAN<br>HIGHWAY 72<br>ATHENS, AL 35613 | CREDITOR ID: 540274-BI<br>MEDICAL FOUNDATION INC<br>P O BOX 5183<br>MERIDIAN MS 39302 |
| CREDITOR ID: 255989-12<br>MEDICAL FOUNDATION OF CENTRAL MS<br>PO BOX 247B<br>MEMPHIS, TN 38159 | CREDITOR ID: 540276-BI<br>MEDICAL SECURITY CARD CO<br>PO BOX 80063<br>CITY OF INDUSTRY CA 91716-8063 | CREDITOR ID: 540275-BI<br>MEDICAL SECURITY CARD CO<br>A/R DEPT<br>PO BOX 61833<br>PHOENIX AZ 85082-1833 |
| CREDITOR ID: 255992-12<br>MEDICAL SECURITY CARD CO<br>A/R DEPT<br>PO BOX 61833<br>PHOENIX, AZ 85082-1833 | CREDITOR ID: 417091-15<br>MEDICAL SECURITY CARD COMPANY<br>C/O CHARLES R SMITH, PC<br>ATTN CHARLES R SMITH, ESQ<br>600 EAST SPEEDWAY<br>TUSON AZ 85705 | CREDITOR ID: 540277-BI<br>MEDICAL STAFFING NETWORK<br>1251 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 540278-BI<br>MEDICAL SYSTEMS INC<br>8369 FLORIDA BLVD<br>STE 6<br>DENHAM SPRINGS LA 70726 | CREDITOR ID: 255994-12<br>MEDICAL SYSTEMS INC<br>ATTN: JONATHAN SMITH<br>PO BOX 226<br>WALKER LA 70785 | CREDITOR ID: 382913-51<br>MEDICARE - DURABLE MED EQUIP<br>BB&T BUILDING<br>1 WEST PACK SQUARE, SUITE 1400<br>ASHEVILLE, NC 28801 |
| CREDITOR ID: 382908-51<br>MEDICARE & MORE<br>2505 S. FINDLEY ROAD, SUITE 110<br>LOMBARD, IL 60148 | CREDITOR ID: 382905-51<br>MEDICARE & MORE (AETNA)<br>151 FARMINGTON AVENUE<br>HARTFORD, CT 06156 | CREDITOR ID: 382898-51<br>MEDIMPACT<br>10680 TREENA ST, 5TH FLOOR<br>SAN DIEGO, CA 92131 |
| CREDITOR ID: 406977-MS<br>MEDIN, FRANK C<br>1628 FEATHERBAND DRIVE<br>VALRICO FL 33594 | CREDITOR ID: 556476-BC<br>MEDINA, AIDA<br>2941 VIA DE LAGO<br>LAKE WORTH FL 33461 | CREDITOR ID: 536584-BA<br>MEDINA, BERNARDO<br>3140 MARY ST<br>MIAMI FL 33133 |
| CREDITOR ID: 538449-BA<br>MEDINA, BERNARDO<br>ATTN DONALD R KERNER JR.<br>C/O DONALD R KERNER JR P.A.<br>PO BOX 520612<br>MIAMI FL 33152 | CREDITOR ID: 386064-54<br>MEDINA, DANISLEIDYS<br>185 NORMANDY DRIVE<br>TAVENIER, FL 33070 | CREDITOR ID: 391262-55<br>MEDINA, DANISLEIDYS<br>C/O ROBERT RUBENSTEIN, PA<br>ATTN E SHAPIRO/R RUBENSTEIN, ESQS<br>9350 S DIXIE HWY, SUITE 1110<br>MIAMI FL 33156 |
| CREDITOR ID: 533748-DO<br>MEDINA, JOEY P<br>2615 N CAUSEWAY BLVD APT B-23<br>MANDEVILLE LA 70471 | CREDITOR ID: 382807-51<br>MEDINA, JOSEPH<br>1289 LEEWARD WAY<br>WESTON, FL 33327 | CREDITOR ID: 378266-46<br>MEDINA, JOSEPH P<br>C/O WINN-DIXIE STORES, INC<br>5050 EDGEWOOD ROAD<br>JACKSONVILLE FL 32254-3699 |
| CREDITOR ID: 406978-MS<br>MEDINA, JOSEPH P<br>413 DAWN CT<br>MANDEVILLE LA 70448-7578 | CREDITOR ID: 492907-FC<br>MEDINA, JOSEPH P<br>413 DAWN COURT<br>MANDEVILLE LA 70448 | CREDITOR ID: 556475-BC<br>MEDINA, ROSA<br>556 PARK TREE TERRACE<br>ORLANDO FL 32825 |
| CREDITOR ID: 536585-BA<br>MEDINA, STACY<br>2071 ALCAZAR DR<br>MIRAMAR FL 33023 | CREDITOR ID: 382808-51<br>MEDIZINE, INC.<br>298 5TH AVENUE, 2ND FL.<br>NEW YORK, NY 10001 | CREDITOR ID: 255996-12<br>MEDLIN OFFICE SUPPLY<br>ATTN CHARLES N.  LAWRENCE, VP<br>402 EAST MAIN STREET<br>CLAYTON NC 27520 |
| CREDITOR ID: 390736-55<br>MEDLIN, JACKIE G<br>C/O HARRISON WHITE SMITH & COGGINS<br>ATTN THOMAS A KILLOREN JR, ESQ<br>178 WEST MAIN STREET<br>PO BOX 3547<br>SPARTANBURG SC 29304 | CREDITOR ID: 378299-15<br>MEDLINE INDUSTRIES INC<br>ATTN ANNE KISHA, BANKRUPTCY ANALYST<br>ONE MEDLINE PL<br>MUNDELEIN IL 60060 | CREDITOR ID: 540279-BI<br>MEDPORT LLC<br>PO BOX 5865<br>PROVIDENCE RI 02903 |
| CREDITOR ID: 255999-12<br>MEDPORT LLC<br>23 ACORN STREET<br>PO BOX 5865<br>PROVIDENCE, RI 02903 | CREDITOR ID: 556477-BC<br>MEDRANO, GUADALUPE<br>885 W LUCY ST.<br>APT. 128<br>FLORIDA CITY FL 33034 | CREDITOR ID: 540280-BI<br>MEDSCREENS INC<br>PO BOX 320565<br>FLOWOOD MS 39232 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 256001-12<br>MEDSCREENS INC<br>PO BOX 320565<br>720 HWY 80 EAST<br>FLOWOOD, MS 39232 | CREDITOR ID: 540281-BI<br>MEDSOURCE DIRECT<br>2391 SOUTH 1560 WEST<br>WOODS CROSS UT 84087 | CREDITOR ID: 540282-BI<br>MEDTECH LABORATORIES INC<br>PO BOX 4086<br>JACKSON WY 83001-4086 |
| CREDITOR ID: 382043-36<br>MEDTECH PRODUCTS, INC<br>DIV OF PRESTIGE BRANDS HOLDINGS INC<br>ATTN HARRIS T SEMEGRAM, CR DIR<br>90 NORTH BROADWAY<br>IRVINGTON NY 10533 | CREDITOR ID: 382892-51<br>MEDTRAK SERVICES<br>6400 GLENWOOD, SUITE 104<br>OVERLAND PARK, KS 66202 | CREDITOR ID: 540283-BI<br>MEDWORK<br>407 S E 24TH STREET<br>FT LAUDERDALE FL 33316 |
| CREDITOR ID: 256004-12<br>MEDWORK<br>ATTN: ESTHER WISHING, OFFICE MGR<br>407 S E 24TH STREET<br>FT LAUDERDALE, FL 33316 | CREDITOR ID: 556478-BC<br>MEEHAN, FLORENCE<br>2550 TILTON RD<br>PORT SAINT LUCIE FL 34952 | CREDITOR ID: 406979-MS<br>MEEHAN, WEYMAR<br>4001 BIENVILLE RD<br>MONTGOMERY AL 36109 |
| CREDITOR ID: 536586-BA<br>MEEHAN, YIXUE<br>9680 RAVENCROFT LANE NW<br>CONCORD NC 28027 | CREDITOR ID: 540284-BI<br>MEEKS ENVIRONMENTAL<br>1625 HOLMES DRIVE<br>BESSEMER AL 35020 | CREDITOR ID: 393468-55<br>MEEKS, DANIEL J<br>C/O GRADY G AYERS, ESQ.<br>120 E MARKS STREET, STE 200<br>ORLANDO FL 32803 |
| CREDITOR ID: 406980-MS<br>MEENA, LINCOLN<br>2054 RIVERSIDE, APT 1306<br>JACKSONVILLE FL 32204 | CREDITOR ID: 256010-12<br>MEGAS BEAUTY AIDS INC<br>PO BOX 70759<br>CHICAGO, IL 60673-0759 | CREDITOR ID: 540286-BI<br>MEGATRUX INC<br>18725 SAN JOSE AVENUE<br>CITY OF INDUSTRY CA 91748-1324 |
| CREDITOR ID: 540287-BI<br>MEGATRUX TRANSPORTATION INC<br>PO BOX 2153<br>DEPT 5210<br>BIRMINGHAM AL 35287-5210 | CREDITOR ID: 540288-BI<br>MEGAWARE INC OF CALIFORNIA<br>3903 CALLE TECATE<br>CAMARILLO CA 93012 | CREDITOR ID: 540289-BI<br>MEGAWARE INC OF CALIFORNIA<br>CONTINUITY ONLY<br>3903 CALLE TECATE<br>CAMARILLO CA 93012 |
| CREDITOR ID: 540290-BI<br>MEGUIAR'S INC<br>PO BOX 96746<br>CHICAGO IL 60693 | CREDITOR ID: 402830-89<br>MEHLINGER, WILLIAM<br>3837 TERESA TERRACE<br>LILBURN GA 30247 | CREDITOR ID: 533641-DO<br>MEHRER, EDWARD W<br>2500 WEST 70TH STREET<br>MISSION HILLS KS 66208 |
| CREDITOR ID: 410979-15<br>MEHRER, EDWARD W JR<br>C/O WINN-DIXIE STORE, INC,<br>5050 EDGEWOOD COURT<br>JACKSONVILLE FL 32254-3699 | CREDITOR ID: 248814-12<br>MEHRER, EDWARD W JR<br>2500 W 70TH STREET<br>SHAWNEE MISSION KS 66208 | CREDITOR ID: 403838-94<br>MEI, WINNIE Y<br>5660 CYPRESS HOLLOW WAY<br>NAPLES FL 34109 |
| CREDITOR ID: 540291-BI<br>MEIDE DISTRIBUTING INC<br>PO BOX 24078<br>JACKSONVILLE FL 32241 | CREDITOR ID: 256011-12<br>MEIDE DISTRIBUTING INC<br>ATTN D C HIGGINBOTHAM/W R MEIDE<br>PO BOX 24078<br>JACKSONVILLE, FL 32241 | CREDITOR ID: 556479-BC<br>MEIKLE, BEA<br>19482 SUNAIR CT<br>NORTH FORT MYERS FL 33903 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 538450-BA<br>MEININGER, EDWARD<br>C/O GOLDMAN DASZKAL CUTLER BOLTON<br>ATTN JEFFREY D. KIRBY, ESQ.<br>1630 W. HILLSBORO BOULEVARD<br>DEERFIELD BEACH FL 33442 | CREDITOR ID: 536587-BA<br>MEININGER, EDWARD<br>2756 SW 5TH STREET<br>DEERFIELD BEACH FL 33442 | CREDITOR ID: 538451-BA<br>MEJIA, ANA<br>C/O LAW OFFICE OF ANTHONY VILLAAMIL<br>ATTN ANTHONY VILLAAMIL, ESQ.<br>1611 S. W. 32ND AVENUE<br>MIAMI FL 33145 |
| CREDITOR ID: 536588-BA<br>MEJIA, ANA<br>142 NW 10TH STREET<br>HOMESTEAD FL 33030 | CREDITOR ID: 538452-BA<br>MEJIA, HECTOR MUNOZ<br>C/O HANNA, ANTELO & ASSOCIATE<br>ATTN ALEX HANNA<br>OCEAN BANK BLDG,  SUITE 420<br>8700 WEST FLAGER STREET<br>MIAMI FL 33174 | CREDITOR ID: 536589-BA<br>MEJIA, HECTOR MUNOZ<br>191 NW 97 AVENUE #211<br>MIAMI FL 33172 |
| CREDITOR ID: 106115-09<br>MEJIA, JOSE CASTILLO<br>C/O LAW OFFICES OF JOSEPH LIPSKY<br>ATTN JOSEPH LIPSKY, ESQ.<br>1200 S PINE ISLAND ROAD, SUITE 320<br>PLANTATION FL 33324 | CREDITOR ID: 106115-09<br>MEJIA, JOSE CASTILLO<br>14102 SW 281 TER<br>MIAMI FL 33033 | CREDITOR ID: 407525-15<br>MEJIAS, MELIDA<br>C/O WELT AND RHEAUME, PA<br>ATTN JEFFREY L WELT, ESQ<br>4770 HOLLYWOOD BLVD<br>HOLLYWOOD FL 33021 |
| CREDITOR ID: 411122-15<br>MEJIAS-RAMOS, BLANCA M<br>C/O JUAN LOPEZ PALMER, ESQ<br>1516 E HILLCREST ST, SUITE 200<br>ORLANDO FL 32803 | CREDITOR ID: 540292-BI<br>MEL WEAVER<br>5905 SW SAVAGE STREET<br>PALM CITY FL 34990 | CREDITOR ID: 540293-BI<br>MELANIE MCBRIDE<br>10400-103 ASHLAND GATE DRIVE<br>RALEIGH NC 27617 |
| CREDITOR ID: 540294-BI<br>MELANIE PARAMORE<br>3291 HIGHWAY 27 EAST<br>OZARK AL 36360 | CREDITOR ID: 540295-BI<br>MELANY B JONES<br>113 PINE CONE ROAD<br>WAYNESBORO GA 30830 | CREDITOR ID: 540296-BI<br>MELBOURNE BEACH LLC<br>3125 SOUTHWEST MAPP ROAD<br>%WESTCO DEVELOPMENT<br>PALM CITY FL 34990 |
| CREDITOR ID: 1590-07<br>MELBOURNE BEACH LLC<br>C/O WESTCO DEVELOPMENT<br>3125 SOUTHWEST MAPP ROAD<br>PALM CITY, FL 34990 | CREDITOR ID: 382810-51<br>MELBOURNE FLORIDA TODAY<br>PO BOX 419000<br>MELBOURNE, FL 32941 | CREDITOR ID: 540297-BI<br>MELCO STEEL INC<br>PO BOX 578<br>KENNER LA 70063 |
| CREDITOR ID: 408235-15<br>MELENDEZ, NANCY<br>C/O JOHN H RUIZ, PA<br>ATTN JOHN H RUIZ, ESQ<br>5140 NW 7TH STREET, SUITE 920<br>MIAMI FL 33126 | CREDITOR ID: 556480-BC<br>MELENDEZ, RYAN<br>4627 NIKKI CT #3<br>ORLANDO FL 32822 | CREDITOR ID: 536590-BA<br>MELENDEZ-AQUIRRE, YASMIN<br>1658 NW 19TH ST<br>MIAMI FL 33125 |
| CREDITOR ID: 538453-BA<br>MELHEZ, HOLLY<br>THE LAW OFFICES OF J. SCOTT NOONEY<br>ATTN J SCOTT NOONEY ESQ<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207-3303 | CREDITOR ID: 536591-BA<br>MELHEZ, HOLLY<br>C/O J SCOTT NOONEY, ATTORNEY<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 540300-BI<br>MELINDA D STEWART<br>PO BOX 345<br>ARLEY AL 35541 |
| CREDITOR ID: 540303-BI<br>MELINDA R PREVER<br>1310 ADDISON PLACE<br>CRESTVIEW FL 32536 | CREDITOR ID: 540302-BI<br>MELINDA R PREVER<br>131 ADDISON PLACE<br>CRESTVIEW FL 32536 | CREDITOR ID: 540307-BI<br>MELISSA STERLING<br>2020 FILL ROAD<br>CANTONMENT FL 32533 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 540309-BI<br>MELISSA WALTON<br>PO BOX 193<br>LULING LA 70070 | CREDITOR ID: 540310-BI<br>MELISSA WORD<br>1700 W LEONARD STREET<br>PENSACOLA FL 32501 | CREDITOR ID: 540312-BI<br>MELITTA USA INC<br>PO BOX 102986<br>ATLANTA GA 30368-2986 |
| CREDITOR ID: 540311-BI<br>MELITTA USA INC<br>PO BOX 102986<br>ATLANTA GA 30368-2986 | CREDITOR ID: 540314-BI<br>MELLO JOY COFFEE CO<br>101 ROW 3<br>LAFAYETTE LA 70508 | CREDITOR ID: 256040-12<br>MELLO JOY COFFEE CO<br>ATTN MANDI B METHVIN, ACCOUNTANT<br>313 N CHESTNUT ST, SUITE C<br>LAFAYETTE LA 70501-6025 |
| CREDITOR ID: 540315-BI<br>MELLON HR SOLUTIONS<br>BOX 371143<br>PITTSBURGH PA 15251-7143 | CREDITOR ID: 540316-BI<br>MELLON TRUST OF CALIFORNIA<br>SAMUAL OSCHIN TRUSTEE<br>ATTN PATRICIA WHITELEY<br>400 SOUTH HOPE ST STE 400<br>LOS ANGELES CA 90071-2806 | CREDITOR ID: 1591-07<br>MELLON TRUST OF CALIFORNIA<br>SAMUAL OSCHIN TRUSTEE<br>10375 WILSHIRE BLVD #8C<br>LOS ANGELES CA 90024 |
| CREDITOR ID: 540317-BI<br>MELODY DAVIS<br>47383 BRITTANI LANE<br>ID# 138470<br>HAMMOND LA 70401 | CREDITOR ID: 540318-BI<br>MELODY FRASIER<br>6250 SARASOTA DR<br>EMP# 178956<br>MOBILE AL 36609 | CREDITOR ID: 256046-12<br>MELODY MUSIC COMPANY<br>ATTN BETTY SWANZY, SECRETARY<br>702 N 2ND AVENUE<br>PO BOX 707<br>COLUMBUS, MS 39703-0707 |
| CREDITOR ID: 540319-BI<br>MELODY MUSIC COMPANY<br>702 N 2ND AVENUE<br>P O BOX 707<br>COLUMBUS MS 39703-0707 | CREDITOR ID: 540320-BI<br>MELROSE ELEMENTARY<br>1348 VALCOUR DR<br>BATON ROUGE LA 70806 | CREDITOR ID: 406078-93<br>MELTON, LOIS<br>C/O CHAMBERS LAW GROUP, PA<br>ATTN JOEY CHAMBERS, ESQ<br>520 4TH STREET NORTH<br>ST PETERSBURG FL 33701-2302 |
| CREDITOR ID: 556481-BC<br>MELVILLE, CYNTHIA<br>1530 NW 11TH COURT<br>FORT LAUDERDALE FL 33311 | CREDITOR ID: 536592-BA<br>MELVILLE, KATHERINE<br>1365 ATEWOOD DR. APT 318<br>AUBURN AL 36830 | CREDITOR ID: 540321-BI<br>MELVIN LEDOUX<br>730 FIFTH STREET<br>JENNINGS LA 70546 |
| CREDITOR ID: 540322-BI<br>MELVIN MOSES<br>CITY MARSHALL # 18<br>116 JOHN STREET<br>NEW YORK NY 10038 | CREDITOR ID: 406983-MS<br>MELVIN, CHARLES L<br>299 LAKEVIEW CABINS DR<br>NEW CONCORD KY 42076 | CREDITOR ID: 556482-BC<br>MELZNER, RUTH<br>220 S LEE ST<br>BEVERLY HILLS FL 34464 |
| CREDITOR ID: 256054-12<br>MEMBERHEALTH INC<br>PO BOX 391180<br>SOLON, OH 44139 | CREDITOR ID: 540323-BI<br>MEMORIAL HEALTH SYSTEMS<br>2525 DESALES AVENUE<br>CHATTANOOGA TN 37404 | CREDITOR ID: 540324-BI<br>MEMORIAL HEALTH UNIVERSITY PHYSICIANS<br>PO BOX 931968<br>ATLANTA GA 31193-1968 |
| CREDITOR ID: 256056-12<br>MEMORIAL HOSPITAL<br>ATTN TAMI CROFT<br>2525 DESALES AVE<br>CHATTANOOGA, TN 37404 | CREDITOR ID: 256058-12<br>MEMORIAL MEDICAL CENTER<br>2700 NAPOLEAN AVENUE<br>NEW ORLEANS, LA 70115 | CREDITOR ID: 256059-12<br>MEMORIAL NORTHPARK<br>2051 HAMILL ROAD<br>HIXSON, TN 37343 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of**
**Reorganization, (B) Occurrence of Effective Date**
**of Plan, and (C) Bar Dates for Filing claims Arising**
**before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 540325-BI
MEN AT WORK, INC.
266 KESWICK AVE
DAVENPORT FL 33897

CREDITOR ID: 556483-BC
MENARD, GERALD
400 MACADAMIA DR
BAREFOOT BAY FL 32976

CREDITOR ID: 556484-BC
MENARD, RHONDA
1812 HOBBINGTON
BATON ROUGE LA 70810

CREDITOR ID: 536593-BA
MENARDY, PATRICIA
15335 TALL OAK AVE.
DELRAY BEACH FL 33446

CREDITOR ID: 538454-BA
MENARDY, PATRICIA
C/O GOLDEN, DASKEL, CUTLER, BOLTON
ATTN GLENN GOLDMAN
1630 WEST HILLSBORO
DEERFIELD BEACH FL 33442

CREDITOR ID: 556485-BC
MENCH, PRISCILLA
3135 4TH ST CIRCLE
JACKSONVILLE FL 32254

CREDITOR ID: 556487-BC
MENDELSBERG, JULIA
7024 CHESPEAKE CIRCLE
BOYNTON BEACH FL 33436

CREDITOR ID: 390693-55
MENDEZ, GERARDO
C/O FINDLER & FINDLER, PA
ATTN MICHAEL ODONNELL
3 HARVARD CIRCLE, SUITE 100
WEST PALM BEACH FL 33406

CREDITOR ID: 392680-55
MENDEZ, HECTOR
C/O CARLSON & MEISSNER
ATTN TERRI CROMLEY, ESQ.
1103 14TH STREET WEST
BRADENTON FL 34205

CREDITOR ID: 50633-05
MENDEZ, OSLY Y
C/O MALCA AND JACOBS, PA
ATTN RAMON MALCA, ESQ
5975 SUNSET DRIVE, SUITE 801
SOUTH MIAMI FL 33143

CREDITOR ID: 50633-05
MENDEZ, OSLY Y
5716 CODY STREET
HOLLYWOOD FL 33021

CREDITOR ID: 176535-09
MENDEZ, SAMUEL E
750 SIX FLAG, LOT 493
AUSTELL GA 30168

CREDITOR ID: 408186-15
MENDEZ, SAMUEL E
531 PINELAND CR SW
MABLETON GA 30126

CREDITOR ID: 540326-BI
MENDOLA LTD
420 LEXINGTON AVENUE
PENTHOUSE
NEW YORK NY 10170

CREDITOR ID: 536594-BA
MENDOZA, CARINA
1095 MARINER DRIVE
KEY BISCAYNE FL 33149

CREDITOR ID: 538455-BA
MENDOZA, CARINA
LAW OFFICES OF IVETTE GONZALEZ P.A.
ATTN IVETTE GONZALEZ
2414 CORAL WAY, SUITE 202
MIAMI FL 33145

CREDITOR ID: 556488-BC
MENDOZA, MARIA
3484 FISH AVE
BRONX NY 10469

CREDITOR ID: 410841-15
MENDOZA, MARIO V
PO BOX 014647
MIAMI FL 33101

CREDITOR ID: 417098-15
MENDOZA, MIRNA
C/O CORNEL D WILLIAMS, ESQ
152 NE 167TH STREET, SUITE 300
NORTH MIAMI BEACH FL 33162

CREDITOR ID: 390607-55
MENDOZA, MYRTY
C/O VICTOR J DAUTERIVE, JR, ESQ
4622 HYACINTH AVENUE
BATON ROUGE LA 70808

CREDITOR ID: 556490-BC
MENENDEZ, SHERRIE
1743 VILLAGE BLVD #208
WEST PALM BEACH FL 33409

CREDITOR ID: 556492-BC
MENENDEZ, YOLANDA
4154 LOREAND CT
JACKSONVILLE FL 32209

CREDITOR ID: 556491-BC
MENENDEZ, ZAYDA
7004 SW 21 ST
MIAMI FL 33155

CREDITOR ID: 556489-BC
MENENDEZ, ZOILA
5340 SW 92ND AVE
MIAMI FL 33165

CREDITOR ID: 540327-BI
MENTHOLATUM CO INC
PO BOX 2366
SYRACUSE NY 13220-2366

CREDITOR ID: 540328-BI
MENTHOLATUM CO INC
PO BOX 2956
BUFFALO NY 14240-1203

CREDITOR ID: 405169-95
MENTHOLATUM CO, INC
ATTN S ALAIMO/J INGHAM
707 STERLING DRIVE
ORCHARD PARK NY 14127-1587

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 536595-BA<br>MENTON, RICHARD<br>1001 DUNES AVE APT 4<br>ALBANY GA 31702 | CREDITOR ID: 540330-BI<br>MENU FOODS INC<br>8 FALCONER DRIVE<br>MISSISSAUGA ONTARIO ON L5N 1B1<br>CANADA | CREDITOR ID: 540329-BI<br>MENU FOODS INC<br>8 FALCONER DRIVE<br>MISSISSAUGA ON L5N 1B1<br>CANADA |
| CREDITOR ID: 540331-BI<br>MENU FOODS INC<br>PO BOX 33289<br>GENERAL POST OFFICE STATION<br>DETROIT MI 48232 | CREDITOR ID: 407617-15<br>MENU FOODS, INC<br>ATTN MARK A WIENS, EXEC VP & CEO<br>8 FALCONER DRIVE<br>STREETSVILLE ON L5N 1B1<br>CANADA | CREDITOR ID: 407616-15<br>MENU FOODS, INC<br>9130 GRIFFITH MORGAN LANE<br>PENNSAUKEN NJ 08110 |
| CREDITOR ID: 540332-BI<br>MEOW MIX COMPANY<br>PO BOX 18855<br>FEDI VENDOR<br>NEWARK NJ 07191-8855 | CREDITOR ID: 540333-BI<br>MEPCO<br>PO BOX 30353<br>SAVANNAH GA 31410 | CREDITOR ID: 556495-BC<br>MERCADO (MINOR), KAILA<br>1539 NW 51 TERRACE<br>MIAMI FL 33145 |
| CREDITOR ID: 556493-BC<br>MERCADO, IRIS<br>309 GREENWISH CT.<br>KISSIMMEE FL 34758 | CREDITOR ID: 556494-BC<br>MERCADO, SANDY<br>300 VIENNA DR<br>APT 318<br>PALM SPRINGS FL 33461 | CREDITOR ID: 540334-BI<br>MERCAM INC<br>PO BOX 890884<br>CHARLOTTE NC 28289-0884 |
| CREDITOR ID: 380988-47<br>MERCAM INC<br>ATTN PETER G SMITH, PRED<br>PO BOX 890884<br>CHARLOTTE, NC 28289-0884 | CREDITOR ID: 380988-47<br>MERCAM INC<br>VANWINKLE BUCK WALL STARNES, ET AL<br>ATTN MARK A PINKSTON, ESQ<br>PO BOX 7376<br>ASHEVILLE NC 28802 | CREDITOR ID: 556496-BC<br>MERCANTE, MARILYN<br>9331 NW 43 MANOR<br>SUNRISE FL 33351 |
| CREDITOR ID: 392175-55<br>MERCED, ANA<br>C/O SHANNON KEITH TURNER, PA<br>ATTN S KEITH TURNER, ESQ.<br>1500 EAST ROBINSON STREET<br>ORLANDO FL 32801 | CREDITOR ID: 392175-55<br>MERCED, ANA<br>213 MARION OAKS LANE<br>OCALA FL 34473 | CREDITOR ID: 390549-55<br>MERCED, EVETTE & PABLO<br>C/O JACOBS & GOODMAN, PA<br>ATTN KEITH T HILL, ESQ<br>890 STATE ROAD 434 NORTH<br>ALTAMONTE SPRINGS FL 32714 |
| CREDITOR ID: 382812-51<br>MERCER<br>ATTN: DOMENICK CIARNIELLO<br>1166 AVENUES OF THE AMERICAS, FL 28<br>NEW YORK, NY 10036 | CREDITOR ID: 540335-BI<br>MERCER HEALTH AND BENEFITS<br>PO BOX 13793<br>NEWARK NJ 07188-0793 | CREDITOR ID: 540338-BI<br>MERCER HUMAN RESOURCE CONSULTING<br>PO BOX 730212<br>DALLAS TX 75373-0212 |
| CREDITOR ID: 540337-BI<br>MERCER HUMAN RESOURCE CONSULTING<br>PO BOX 13793<br>NEWARK NJ 07188-0793 | CREDITOR ID: 540336-BI<br>MERCER HUMAN RESOURCE CONSULTING<br>1166 AVE OF AMERICAS<br>NEW YORK NY 10036-2709 | CREDITOR ID: 405894-15<br>MERCER HUMAN RESOURCES CONSULTING<br>ATTN CHRISTOPHER MINIHAME, CONTR<br>1166 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 |
| CREDITOR ID: 556498-BC<br>MERCER, CAROL<br>4074 SE 441<br>LOT 62<br>OKEECHOBEE FL 34974 | CREDITOR ID: 556497-BC<br>MERCER, DONNA<br>54571 CHURCH ROAD<br>CALLAHAN FL 32011 | CREDITOR ID: 176694-09<br>MERCER, LARRY R<br>PO BOX 671<br>COTTONWOOD AL 36320 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410806-15<br>MERCHANDISING CORP OF AMERICA<br>C/O KILPATRICK STOCKTON LLP<br>ATTN DEBORAH L. FLETCHER, ESQ<br>214 N TRYON STREET, SUITE 2500<br>CHARLOTTE NC 28202-2381 | CREDITOR ID: 540339-BI<br>MERCHANTS SQUARE INVESTMENTS LLC<br>4852 JIMMY CARTER BLVD<br>SUITE A<br>NORCROSS GA 30093 | CREDITOR ID: 1592-07<br>MERCHANTS SQUARE INVESTMENTS, LLC<br>ATTN JENNA NGUYEN<br>4852 JIMMY CARTER BLVD, STE A<br>NORCROSS, GA 30093 |
| CREDITOR ID: 410498-15<br>MERCHANTS SQUARE INVESTMENTS, LLC<br>ATTN VICTOR GIBBONS, MGR<br>4852-A JIMMY CARTER BLVD<br>NORCROSS GA 30093 | CREDITOR ID: 540340-BI<br>MERCHSOURCE<br>ATTN ACCOUNTS PAYABLE<br>19511 PAULING<br>FOOTHILL RANCH CA 92610 | CREDITOR ID: 393062-55<br>MERCURI, MALINDY<br>C/O PELHAM & ANDREWS<br>ATTN RANDY PELHAM, ESQ<br>1982 CAPITAL CIRCLE, NE<br>TALLAHASSEE FL 32308 |
| CREDITOR ID: 382814-51<br>MERCURY<br>379 N. WHISMAN ROAD<br>MOUNTAIN VIEW, CA 94043-3969 | CREDITOR ID: 540341-BI<br>MERCURY FINANCE CO OF FLORIDA<br>C/O SIDNEY E LEWIS<br>300 WEST ADAMS STREET STE #300<br>JACKSONVILLE FL 32202 | CREDITOR ID: 540342-BI<br>MERCURY INTERACTIVE CORP<br>PO BOX 200876<br>DALLAS TX 75320-0876 |
| CREDITOR ID: 256081-12<br>MERCURY WASTE SOLUTIONS INC<br>ATTN GREG GUHLKE, ACCTG MGR<br>302 N RIVERFRONT DR<br>MANKATO, MN 56001 | CREDITOR ID: 540343-BI<br>MERCY CROSS HIGH SCHOOL<br>390 CRUSADER DR<br>BILOXI MS 39530 | CREDITOR ID: 540344-BI<br>MEREDITH ROLFE<br>1025 GOTWALT DRIVE<br>OVIEDO FL 32765 |
| CREDITOR ID: 406984-MS<br>MEREDITH, MARYLL<br>3381 COLUMBIA TRACE<br>DECATUR GA 30032 | CREDITOR ID: 403512-15<br>MEREX INC<br>ATTN JERRY NICKERSON, PRES<br>6436 QUINPOOL ROAD<br>HALIFAX NS B3L 1A8<br>CANADA | CREDITOR ID: 540346-BI<br>MEREX SEAFOODS INC<br>6436 QUINPOOL ROAD<br>2ND FLOOR<br>HALIFAX NS B3L 1A8<br>CANADA |
| CREDITOR ID: 556499-BC<br>MERFIELD, RACHEL<br>5201 DESOTO RD<br>SARASOTA FL 34235 | CREDITOR ID: 540347-BI<br>MERIATTE C FRASER<br>507 DEER RUN WAY<br>WOODSTOCK GA 30189 | CREDITOR ID: 556500-BC<br>MERICLE (MOTHER), JUDY<br>16313 PARKSTONE PALMS CT<br>TAMPA FL 33647 |
| CREDITOR ID: 540349-BI<br>MERIDIAN COCA COLA<br>PO BOX 5207<br>MERIDIAN MS 39301 | CREDITOR ID: 540348-BI<br>MERIDIAN COCA COLA<br>PO BOX 5207<br>MERIDIAN MS 39301 | CREDITOR ID: 279149-33<br>MERIDIAN COCA-COLA BOTTLING CO<br>C/O THOMAS L. WEBB, ESQ<br>613 22ND AVENUE<br>MERIDIAN MS 39301 |
| CREDITOR ID: 403224-99<br>MERIDIAN COCA-COLA BOTTLING CO<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 540350-BI<br>MERIDIAN MEDICAL ASSOCIATES PA<br>2ND FLOOR<br>2024 15TH ST<br>MERIDIAN MS 39301-4164 | CREDITOR ID: 399685-YY<br>MERIDIAN SOUTHERN TIRE MART<br>5480 N FRONTAGE ROAD<br>MERIDIAN MS 39307 |
| CREDITOR ID: 256091-12<br>MERIDIAN STAR, THE<br>ATTN KAY FILES, BUS MGR<br>PO BOX 1591<br>MERIDIAN, MS 39301 | CREDITOR ID: 540351-BI<br>MERIDIAN SUPERMARKET LLC<br>24E COTA STREET<br>SUITE 100<br>SANTA BARBARA CA 93101 | CREDITOR ID: 1593-07<br>MERIDIAN SUPERMARKET LLC<br>24E COTA STREET, SUITE 100<br>SANTA  BARBARA, CA 93101 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

CREDITOR ID: 382891-51
MERIT HL PL-HLTH STRATEGIES
TWO PERIMETER PARK SOUTH STE 200 W
BIRMINGHAM, AL 35243

CREDITOR ID: 540352-BI
MERITA BAKERIES
PO BOX 30000
ORLANDO FL 32891

CREDITOR ID: 540353-BI
MERITA BAKERY
INTERSTATE BRANDS CO
PO BOX 28489
JACKSONVILLE FL 32226-8489

CREDITOR ID: 540354-BI
MERITA BAKERY-IBC
PO BOX 668648
CHARLOTTE NC 28266

CREDITOR ID: 538456-BA
MERKSON, MONEKKI
LAW OFFICES OF JESSE A LIBERMAN
ATTN JESSE A LIEBERMAN
1761 WEST HILLSBORO BLVD., STE 330
DEERFIELD BEACH FL 33442

CREDITOR ID: 536596-BA
MERKSON, MONEKKI
14921 HARRISON ST
MIAMI FL 33176

CREDITOR ID: 540355-BI
MERRICK
1275 QUARRY STREET
CORONA CA 92879-1707

CREDITOR ID: 393144-55
MERRIEX, BOBBIE
C/O CARL CARRILLO, PA
ATTN CARL CARRILLO, ESQ
106 NORTHWEST SECOND AVENUE
GAINESVILLE FL 32601

CREDITOR ID: 533553-DT
MERRIL LYNCH PIERCE FENNER & SMITH
ATTN: VERONICA E. O'NEILL
4 CORPORATE PLACE
PISCATAWAY NJ 08854

CREDITOR ID: 540356-BI
MERRILL COMMUNICATIONS LLC
CM-9638
ST PAUL MN 55170-9638

CREDITOR ID: 405991-98
MERRILL LYNCH CREDIT PRODUCTS LLC
ATTN GARY COHEN/CHRISTOPHER MOON
4 WORLD FINANCIAL CENTER 7TH FLR
NEW YORK NY 10080

CREDITOR ID: 410587-15
MERRILL LYNCH LP HOLDINGS, INC
C/O BALCH & BINGHAM, LLP
ATTN RANELLE M JOHNSON, PARALEGAL
1901 6TH AVENUE NORTH, SUITE 2600
PO BOX 306
BIRMINGHAM AL 35203

CREDITOR ID: 410587-15
MERRILL LYNCH LP HOLDINGS, INC
C/O MORRISON & FOERSTER, LLP
ATTN LARREN M NASHELSKY, ESQ
1290 AVENUE OF THE AMERICAS
NEW YORK NY 10104

CREDITOR ID: 410587-15
MERRILL LYNCH LP HOLDINGS, INC
ATN M MCINERNEY/N GRIFFINS/JC PRICE
4 WORLD FINANCIAL CENTER
NEW YORK NY 10080

CREDITOR ID: 411431-98
MERRILL LYNCH PIERCE FENNER & SMITH
ATT NICK GRIFFITHS/GABRIEL CALVETTI
4 WORLD FINANCIAL CENTER
250 VESSEY ST 7TH FLR
NEW YORK NY 10080

CREDITOR ID: 279122-99
MERRILL LYNCH PIERCE FENNER & SMITH
C/O MORRISON & FOERSTER LLP
ATTN: ALEXANDRA STEINBERG BARRAGE
2000 PENNSYLVANIA AVENUE NW
WASHINGTON DC 20006

CREDITOR ID: 279122-99
MERRILL LYNCH PIERCE FENNER & SMITH
ATTN: N GRIFFTHS/ JC PRICE
4 WORLD FINANCIAL CENTER
NEW YORK NY 1080

CREDITOR ID: 417107-15
MERRILL LYNCH PIERCE FENNER & SMITH
C/O CAPITAL CROSSING BANK, AGENT
ATTN CHRISTOPHER P HICKEY, SR VP
101 SUMMER STREET
BOSTON MA 02110

CREDITOR ID: 279123-99
MERRILL LYNCH PIERCE FENNER & SMITH
ATTN SCOTT BROWN, MANAGING DIR
4 WORLD FINANCIAL CENTER
NEW YORK NY 10080

CREDITOR ID: 417107-15
MERRILL LYNCH PIERCE FENNER & SMITH
C/O GLENN FELDMANN DARBY&GOODLATTE
ATTN ROBERT A. ZIOGAS, ESQ
PO BOX 2887
ROANOKE VA 24001

CREDITOR ID: 279122-99
MERRILL LYNCH PIERCE FENNER & SMITH
C/O BALCH & BINGHAM, LLP
ATTN RANELLE M JOHNSON, PARALEGAL
1901 6TH AVENUE NORTH, SUITE 2600
PO BOX 306
BIRMINGHAM AL 35203

CREDITOR ID: 406985-MS
MERRILL, ERNEST W
8261 S INDIAN RIVER DRIVE
FORT PIERCE FL 34982

CREDITOR ID: 536597-BA
MERRILL, NADINE
24250 WOLF BRANCH RD
SORRENTO FL 32776

CREDITOR ID: 538457-BA
MERRILL, NADINE
LAW OFFICES OF CARLA R. PEPPERMAN
ATTN CARLA R. PEPPERMAN
640 N. BAKER STREET
MT. DORA FL 32757

CREDITOR ID: 556502-BC
MERRILL, RUTH
520 HALE RD #2
MOBILE AL 36608

CREDITOR ID: 406986-MS
MERRY, SANDRA
11860 TANYA TERRACE E
JACKSONVILLE FL 32223

CREDITOR ID: 556504-BC
MERVINE, MARY
5415 51ST TER. NORTH
SAINT PETERSBURG FL 33709

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 556505-BC<br>MERWIN, DIANE<br>4896 JOHNSON RD S<br>VALDOSTA GA 31601 | CREDITOR ID: 392294-55<br>MESA, AMELIA<br>C/O JOHN RUIZ, PA LAW OFFICES<br>5040 NW 7TH ST, STE 920<br>MIAMI FL 33126 | CREDITOR ID: 536598-BA<br>MESA, ANA<br>14918 SW 104TH ST., UNIT 42<br>MIAMI FL 33196 |
| CREDITOR ID: 538458-BA<br>MESA, ANA<br>SHERRY L. PARKS ATTORNEY AT LAW<br>ATTN SHERRY PARKS, ESQ.<br>9370 SW 72ND STREET, SUITE A266<br>MIAMI FL 33173-5431 | CREDITOR ID: 452128-15<br>MESA, ELORA BY<br>ROSA COLLADO, GUARDIAN<br>C/O SILBER, VALENTE & DAVIS<br>ATTN PHILIP L VALENTE, ESQ<br>1806 OLD OKEECHOBEE ROAD<br>WEST PALM BEACH FL 33409 | CREDITOR ID: 391931-55<br>MESEKE, JOANN<br>C/O SCHWARTZ ZWEBEN & SLINGBAUM LLP<br>ATTN GENE ZWEBEN, ESQ.<br>205 SW WINNACHEE DRIVE<br>STUART FL 34994 |
| CREDITOR ID: 556506-BC<br>MESPADDER, MELISSA<br>1113 A WASP CT<br>ATLANTIC BEACH FL 32233 | CREDITOR ID: 256108-12<br>MESSENGER<br>PO BOX 1865<br>HARTSVILLE, SC 29551 | CREDITOR ID: 256109-12<br>MESSENGER INQUIRER OWENSBORO<br>ATTN RUTH SEHON<br>PO BOX 1480<br>OWENSBORO, KY 42302-1480 |
| CREDITOR ID: 384233-47<br>MESSENGER PUBLISHING CO INC<br>PO BOX 30<br>CAIRO, GA 31728 | CREDITOR ID: 540360-BI<br>MESSENGER PUBLISHING CO INC<br>PO BOX 30<br>CAIRO GA 39828 | CREDITOR ID: 540359-BI<br>MESSENGER PUBLISHING CO INC<br>PO BOX 30<br>CAIRO GA 31728 |
| CREDITOR ID: 262854-12<br>MESSENGER, THE<br>PO BOX 25128<br>RICHMOND, VA 23260-5128 | CREDITOR ID: 540361-BI<br>MESSERLI & KRAMER<br>3033 CAMPUS DRIVE<br>SUITE 250<br>PLYMOUTH MN 55441 | CREDITOR ID: 536599-BA<br>MESTRIL, ISMAEL<br>7120 DIPAOLA DRIVE<br>NEW PORT RICHEY FL 34656 |
| CREDITOR ID: 538459-BA<br>MESTRIL, ISMAEL<br>C/O KINNEY, FERNANDEZ & BOIRE, P.A.<br>ATTN MANUEL FERNANDEZ ESQ<br>PO BOX 18055<br>TAMPA FL 33679 | CREDITOR ID: 316158-40<br>MET LIFE<br>5647 ROOSEVELT BOULEVARD<br>JACKSONVILLE, FL 32254 | CREDITOR ID: 256111-12<br>METABOLIFE INTERNATIONAL INC<br>PO BOX 51902<br>LOS ANGELES, CA 90051-6202 |
| CREDITOR ID: 382815-51<br>METAFILE INFORMATION SYSTEMS<br>2900 43RD STREET NW<br>ROCHESTER, MN 55901-5895 | CREDITOR ID: 540362-BI<br>METAFILE INFORMATION SYSTEMS<br>ROCHESTER TECHNOLOGY PARK<br>2900 43RD STREET NW<br>ROCHESTER MN 55901-5895 | CREDITOR ID: 540363-BI<br>METAIRIE GRAMMER<br>201 METAIRIE ROAD<br>METAIRIE LA 70005 |
| CREDITOR ID: 540364-BI<br>METAL FABRICATORS OF JAX INC<br>436 WEST 41ST STREET<br>JACKSONVILLE FL 32206 | CREDITOR ID: 540365-BI<br>METAL FUSION INC<br>712 ST GEORGE AVE<br>JEFFERSON LA 70121 | CREDITOR ID: 240486-06<br>METARIE, LA TAX COLLECTOR<br>HARRY LEE SHERIFF & EX OFFICIO<br>3300 METAIRIE RD<br>METAIRIE LA 70001-0627 |
| CREDITOR ID: 540366-BI<br>METASTORM INC<br>PO BOX 51402<br>LOS ANGELES CA 90051-5702 | CREDITOR ID: 536600-BA<br>METCALF, PATRICK<br>1104 MILLCREEK DRIVE<br>JACKSONVILLE FL 32259 | CREDITOR ID: 540367-BI<br>METHODIST OCC & IM CLINIC<br>PO BOX 54599<br>NEW ORLEANS LA 70154-4599 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 536601-BA<br>METREJEAN, CLARITA<br>7158 HOOPER RD.<br>BATON ROUGE LA 70811 | CREDITOR ID: 381136-47<br>METRO ATLANTA CHAMBER OF COMMERCE<br>235 ANDREW YOUNG INTER. BLVD NW<br>ATLANTA, GA 30303 | CREDITOR ID: 540368-BI<br>METRO COMMUNICATIONS INC<br>PO BOX 13668<br>JACKSON MS 39236-3668 |
| CREDITOR ID: 256120-12<br>METRO COMMUNICATIONS INC<br>ATTN SANDRA PATIN, OFF MGR<br>PO BOX 13668<br>JACKSON, MS 39236-3668 | CREDITOR ID: 540369-BI<br>METRO FACTORS INC<br>PO BOX 970817<br>DALLAS TX 75397-0817 | CREDITOR ID: 256122-12<br>METRO FACTORS INC<br>ATTN SARA J HERDON, PRES<br>PO BOX 970817<br>DALLAS, TX 75397-0817 |
| CREDITOR ID: 534890-B1<br>METRO FACTORS INC<br>C/O C HAYNE HERNDON & CO INC<br>ATTN: SARA J HERNDON<br>PO BOX 3528<br>HAINES CITY FL 33845 | CREDITOR ID: 540370-BI<br>METRO GOLDWYN MAYER INC<br>2407 COLLECTION CENTER DRIVE<br>CHICAGO IL 60696 | CREDITOR ID: 316159-40<br>METRO INTERNATIONAL PROPERTY<br>C/O NAVONA INVESTORS<br>2 EVA ROAD, STE 221<br>ETOBICOKE, ON<br>CANADA |
| CREDITOR ID: 540371-BI<br>METRO INTERNATIONAL PROPERTY<br>% NAVONA INVESTORS<br>2 EVA RD STE 221<br>ETOBICOKE ON M9C 2A8<br>CANADA | CREDITOR ID: 540372-BI<br>METRO REFRIGERATION<br>PO BOX 579<br>POWDER SPRINGS GA 30127 | CREDITOR ID: 540373-BI<br>METRO ROOTER<br>8892 NORMANDY BOULEVARD<br>JACKSONVILLE FL 32221 |
| CREDITOR ID: 256128-12<br>METRO ROOTER<br>ATTN TOM A MCLAUGHLIN, PRES<br>8892 NORMANDY BOULEVARD<br>JACKSONVILLE, FL 32221 | CREDITOR ID: 540374-BI<br>METRO SPECIAL POLICE& SECURITY SERVICES<br>PO BOX 221207<br>CHARLOTTE NC 28222 | CREDITOR ID: 381065-47<br>METRO SPECIAL POLICE& SECURITY SERVICES<br>PO BOX 221207<br>CHARLOTTE, NC 28222 |
| CREDITOR ID: 540376-BI<br>METRO TECHNOLOGY<br>PO BOX 43088<br>BIRMINGHAM AL 35243 | CREDITOR ID: 540375-BI<br>METRO TECHNOLOGY<br>255 RIVERCHASE PKWY E<br>SUITE F<br>BIRMINGHAM AL 35244 | CREDITOR ID: 540377-BI<br>METRO WHOLESALE GROCERS<br>150 EAST 55TH<br>FOURTH FLOOR<br>NEW YORK NY 10022 |
| CREDITOR ID: 384234-47<br>METRO WHOLESALE GROCERS, INC<br>150 EAST 55TH, FOURTH FLOOR<br>NEW YORK, NY 10022 | CREDITOR ID: 540381-BI<br>METROCALL<br>PO BOX 740520<br>ATLANTA GA 30374-0520 | CREDITOR ID: 540380-BI<br>METROCALL<br>PO BOX 660770<br>DALLAS TX 75266-0770 |
| CREDITOR ID: 540379-BI<br>METROCALL<br>890 EAST HEINBERG STREET<br>PENSACOLA FL 32502 | CREDITOR ID: 256134-12<br>METROCALL<br>PO BOX 740520<br>ATLANTA, GA 30374-0520 | CREDITOR ID: 395689-65<br>METROCALL WIRELESS<br>890 EAST HEINBERG STREET<br>PENSACOLA, FL 32502 |
| CREDITOR ID: 406109-15<br>METROCALL, INC<br>ATTN NANCY E POLLARD<br>890 EAST HEINBERG STREET<br>PENSACOLA FL 32502 | CREDITOR ID: 407784-15<br>METRO-GOLDWYN-MAYER HOME ENT<br>C/O GLICKFIELD, FIELDS & JACOBSON<br>ATTN LAWRENCE M JACOBSON, ESQ<br>9401 WILSHIRE BLVD, SUITE 525<br>BEVERLY HILLS CA 90212 | CREDITOR ID: 403220-99<br>METRO-GOLDWYN-MAYER HOME ENT<br>C/O CHRISTOPHER C MILLER, ESQ<br>10250 CONSTELLATION BLVD<br>LOS ANGELES CA 90067 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 540382-BI<br>METROLINA GREENHOUSE<br>16400 HUNTERSVILLE-CONCORD RD<br>HUNTERSVILLE NC 28078 | CREDITOR ID: 540383-BI<br>METRON INSTRUMENTS INC<br>PO BOX 39325<br>SOLON OH 44139 | CREDITOR ID: 256138-12<br>METROPOLITAN GLASS COMPANY INC<br>PO BOX 9952<br>MOBILE, AL 36691 |
| CREDITOR ID: 540384-BI<br>METROPOLITAN LIFE INSURANCE CO<br>C/O URBAN RETAIL PROPERTIES<br>TRAIL PLAZA\ 706 KIRKWOOD MALL<br>BISMARK ND 58504 | CREDITOR ID: 540385-BI<br>METROPOLITAN LIFE INSURANCE COMPANY<br>1900 EAST GOLF ROAD<br>SUITE 500<br>SCHAUMBURG IL 60173 | CREDITOR ID: 406311-15<br>METROPOLITAN LIFE INSURANCE COMPANY<br>ATTN ROBERT GOLDSTEIN, ESQ<br>2400 LAKEVIEW PARKWAY, SUITE 400<br>ALPHARETTA GA 30004 |
| CREDITOR ID: 540378-BI<br>METRO-ROOTER<br>8892 NORMANDY BLVD<br>JACKSONVILLE FL 32221 | CREDITOR ID: 395320-63<br>METTLER TOLEDO FLORIDA<br>820 N BOUNDARY AVE<br>DELAND, FL 32720 | CREDITOR ID: 540387-BI<br>METTLER TOLEDO INC<br>PO BOX 905632<br>CHARLOTTE NC 28290-5632 |
| CREDITOR ID: 540386-BI<br>METTLER TOLEDO INC<br>22670 NETWORK PLACE<br>CHICAGO IL 60673-1226 | CREDITOR ID: 395495-64<br>METTLER TOLEDO, INC.<br>PO BOX 905632<br>CHARLOTTE, NC 28290-5680 | CREDITOR ID: 395321-63<br>METTLER-TOLEDO FLORIDA INC.<br>6821 SOUTHPOINT DRIVE N, SUITE 118<br>JACKSONVILLE, FL 32216 |
| CREDITOR ID: 397657-72<br>METTLER-TOLEDO, INC.<br>5809 BRECKENRIDGE PKWY, SUITE E<br>TAMPA FL 33610-4242 | CREDITOR ID: 315869-40<br>METTS CO REAL ESTATE<br>4014 DUTCHMANS LANE<br>LOUISVILLE, KY 40207-4715 | CREDITOR ID: 406982-MS<br>METTS, PHILIP N<br>101 COUNTRY LANE<br>SHELBYVILLE KY 40065 |
| CREDITOR ID: 556507-BC<br>METZGER, JULE<br>8881 D SW 94TH ST<br>OCALA FL 34481 | CREDITOR ID: 394770-57<br>MEYER, PATRICIA<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN J SCOTT NOONEY, ESQ.<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 540388-BI<br>MEYERCORD REVENUE COMPANY<br>PO BOX 95598<br>CHICAGO IL 60694-5598 |
| CREDITOR ID: 256145-12<br>MEYERCORD REVENUE COMPANY<br>ATTN VINCE MUGLIA, CONTROLLER<br>PO BOX 95598<br>CHICAGO, IL 60694-5598 | CREDITOR ID: 540389-BI<br>MEYERS BAKERIES<br>PO BOX 1798<br>DEPT 07-020<br>MEMPHIS TN 38101-9715 | CREDITOR ID: 381902-99<br>MEYER'S BAKERIES INC<br>C/O WRIGHT LINDSEY & JENNINGS LLP<br>ATTN: JAMES J GLOVER<br>200 WEST CAPITOL AVE, STE 2300<br>LITTLE ROCK AR 72201 |
| CREDITOR ID: 279060-32<br>MEYER'S BAKERIES, INC<br>C/O WRIGHT, LINDSEY & JENNINGS LLP<br>ATTN CHARLES T COLEMAN, ESQ<br>200 WEST CAPITOL AVENUE, STE 2300<br>LITTLE ROCK AR 72201-3699 | CREDITOR ID: 536602-BA<br>MEZA, DELIA<br>2988 SW 1 ST<br>MIAMI FL 33135 | CREDITOR ID: 538460-BA<br>MEZA, DELIA<br>C/O ATTORNEYS DELL & SCHAEFER<br>ATTN ELIO PEREZ<br>2404 HOLLYWOOD BLVD.<br>HOLLYWOOD FL 33020 |
| CREDITOR ID: 540390-BI<br>MFM INDUSTRIES INC<br>PO BOX 102437<br>ATLANTA GA 30368-2437 | CREDITOR ID: 256148-12<br>MFM INDUSTRIES INC<br>ATTN ANN CHAFFIN, CONTROLLER<br>PO BOX 68<br>LOWELL FL 32663 | CREDITOR ID: 279042-99<br>MFR PROPERTIES LANDLORD<br>C/O ROBINSON BROG  LEINWAND ET AL<br>ATTN: FRED B RINGEL, ESQ<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK NY 10105 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 540391-BI<br>MG AND B SERVICES INCORPORATED<br>PO BOX 664<br>MANDEVILLE LA 70470 | CREDITOR ID: 255190-12<br>MG NEWELL COMPANY INC<br>ATTN JULIE E HART, VP<br>PO BOX 60140<br>CHARLOTTE, NC 28260-0140 | CREDITOR ID: 535027-W9<br>MG NEWELL COMPANY INC<br>ATTN: CANDACE G ELLISON<br>301 CITATION COURT<br>GREENSBORO NC 27409 |
| CREDITOR ID: 382817-51<br>MG TAMPA TRIBUNE<br>200-202 S PARKER STREET<br>TAMPA, FL 33606 | CREDITOR ID: 278914-30<br>MH ZEIGLER & SONS LLC<br>135 S LASALLE STREET<br>DEPT 1556<br>CHICAGO, IL 60674-1556 | CREDITOR ID: 382889-51<br>MI M'CARE CARD/FIRST HEALTH<br>4300 COX ROAD<br>GLEN ALLEN, VA 23060 |
| CREDITOR ID: 540392-BI<br>MIAMI BRIDGE YOUTH & FAMILY SERVICES<br>2810 NW SOUTH RIVER DRIVE<br>MIAMI FL 33125 | CREDITOR ID: 540394-BI<br>MIAMI DADE COUNTY<br>FALSE ALARM ENFORCEMENT UNIT<br>7617 SW 117TH AVENUE<br>MIAMI FL 33183 | CREDITOR ID: 540393-BI<br>MIAMI DADE COUNTY<br>33 SOUTHWEST 2ND AVENUE<br>SUITE 600<br>ENVIROMENTAL RESOURCES MGMT<br>MIAMI FL 33130-1540 |
| CREDITOR ID: 540395-BI<br>MIAMI DADE COUNTY BOARD OF COMMISSIONERS<br>9300 NORTHWEST 41ST STREET<br>MIAMI FL 33178 | CREDITOR ID: 540396-BI<br>MIAMI DADE COUNTY DERM<br>33 S W 2ND AVE<br>SUITE 500<br>MIAMI FL 33130-1540 | CREDITOR ID: 540397-BI<br>MIAMI DADE COUNTY FAIR & EXPOSITION<br>10901 CORAL WAY<br>MIAMI FL 33165 |
| CREDITOR ID: 540398-BI<br>MIAMI DADE COUNTY OCCUPATIONAL LIC DEPT<br>140 W FLAGER STREET<br>ROOM 1407<br>MIAMI FL 33130 | CREDITOR ID: 540399-BI<br>MIAMI DADE COUNTY TAX COLLECTOR<br>140 W FLAGER ST 14TH FL<br>MIAMI FL 33130 | CREDITOR ID: 540400-BI<br>MIAMI DADE FIRE RESCUE DEPARTMENT<br>FINANCE BUREAU<br>9300 NW 41ST STREET<br>MIAMI FL 33178-2414 |
| CREDITOR ID: 540401-BI<br>MIAMI DADE POLICE DEPARTMENT<br>7617 SW 117TH AVE<br>MIAMI FL 33183 | CREDITOR ID: 540402-BI<br>MIAMI DADE WATER & SEWER<br>3071 SOUTH WEST 38TH AVENUE<br>CUSTOMER RELATIONS ROOM # 247<br>MIAMI FL 33146-1520 | CREDITOR ID: 256168-12<br>MIAMI FOOD DISTRIBUTOR OF USA<br>2761 W 77 PLACE<br>HIALEAH, FL 33016 |
| CREDITOR ID: 540403-BI<br>MIAMI FOOD DISTRIBUTOR OF USA<br>2761 W 77 PLACE<br>HIALEAH FL 33016 | CREDITOR ID: 540404-BI<br>MIAMI GARDENS ACQUISITION LLC<br>C/O WHARTON REALTY GROUP INC<br>8 INDUSTRIAL WAY EAST<br>2ND FLOOR<br>EATONTOWN NJ 07724 | CREDITOR ID: 1595-07<br>MIAMI GARDENS ACQUISITION LLC<br>C/O WHARTON REALTY GROUP INC<br>8 INDUSTRIAL WAY EAST<br>EATONTOWN, NJ 07724 |
| CREDITOR ID: 262856-12<br>MIAMI HERALD PUBLISHING CO, THE<br>ATTN ERASMO ACOSTA JR, CREDIT MGR<br>ONE HERALD PLAZA, 2ND FL<br>MIAMI FL 33132 | CREDITOR ID: 377389-44<br>MIAMI HERALD PUBLISHING COMPANY<br>ATTN ERASMO ACOSTA JR, CREDIT MGR<br>ONE HERALD PLAZA, 2ND FLOOR<br>MIAMI, FL 33132 | CREDITOR ID: 382819-51<br>MIAMI HERALD SUN<br>1 MIAMI HERALD PLAZA<br>MIAMI, FL 33132 |
| CREDITOR ID: 540406-BI<br>MIAMI PACKAGE COURIER INC<br>8691 NW 66 STREET<br>MIAMI FL 33166 | CREDITOR ID: 540405-BI<br>MIAMI PACKAGE COURIER INC<br>7878 NW 57TH STREET<br>MIAMI FL 33166 | CREDITOR ID: 256174-12<br>MIAMI QUALITY FOODS, INC<br>ATTN ORESTES GARCIA, PRES<br>284 NW 27TH STREET<br>MIAMI, FL 33127 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 256175-12<br>MIAMI QUALITY PRODUCTS INC<br>2175 NW 23 COURT<br>MIAMI, FL 33142 | CREDITOR ID: 540407-BI<br>MIAMI QUALITY PRODUCTS INC<br>14629 S W 104 ST<br># 235<br>MIAMI FL 33186 | CREDITOR ID: 540408-BI<br>MIAMI SAFE & LOCK<br>11750 SW 95TH AVE<br>MIAMI FL 33176-4251 |
| CREDITOR ID: 256176-12<br>MIAMI SAFE & LOCK INC<br>ATTN CYNTHIA BAGWELL<br>7248 LULLWATER ROAD<br>COLUMBUS GA 31904 | CREDITOR ID: 540409-BI<br>MIAMI SAFE & LOCK INC<br>10097 CLEARY BLVD<br>#512<br>PLANTATION FL 33324 | CREDITOR ID: 382821-51<br>MIAMI-DADE COUNTY FAIR & EXPO, INC<br>10901 SW 24TH STREET<br>MIAMI, FL 33165 |
| CREDITOR ID: 256180-12<br>MIAVANA WHOLESALE CO<br>2175 N.W. 23 COURT<br>MIAMI, FL 33142 | CREDITOR ID: 540411-BI<br>MIAVANA WHOLESALE CO<br>2175 N W 23 COURT<br>MIAMI FL 33142 | CREDITOR ID: 540410-BI<br>MIAVANA WHOLESALE CO<br>14629 S W 104 ST<br># 235<br>MIAMI FL 33186 |
| CREDITOR ID: 540412-BI<br>MICAHEL BRUNEAU<br>37 CHIP COURT<br>POINCIANA FL 34759 | CREDITOR ID: 540415-BI<br>MICHAEL BENNETT<br>4706 CONDADO CIRCLE<br>PENSACOLA FL 35207 | CREDITOR ID: 540414-BI<br>MICHAEL BENNETT<br>2278 MEAGAN DRIVE<br>JACKSON MS 39272 |
| CREDITOR ID: 540418-BI<br>MICHAEL BROCATO<br>237 RICHLAND DRIVE EAST<br>MANDEVILLE LA 70448 | CREDITOR ID: 540420-BI<br>MICHAEL BRUNEAU<br>37 CHIP COURT<br>POINCIANA FL 34759 | CREDITOR ID: 540419-BI<br>MICHAEL BRUNEAU<br>37 CHIP COURT<br>KISSIMMEE FL 34759 |
| CREDITOR ID: 540421-BI<br>MICHAEL BURTON DO<br>1446 KENNEDY DR<br>KEY WEST FL 33040 | CREDITOR ID: 381510-47<br>MICHAEL BURTON DO/ KEY WEST FAM MED CTR<br>1446 KENNEDY DR<br>KEY WEST, FL 33040 | CREDITOR ID: 540424-BI<br>MICHAEL DAVIS<br>6101-B EDEN EAST DRIVE<br>MONTGOMERY AL 36117 |
| CREDITOR ID: 540426-BI<br>MICHAEL FOODS INC<br>PO BOX 98378<br>CHICAGO IL 60693 | CREDITOR ID: 279249-35<br>MICHAEL FOODS, INC<br>ATTN JERRY L KNECHT, CR MGR<br>301 CARLSON PARKWAY, STE 400<br>MINNETONKA MN 55305 | CREDITOR ID: 540431-BI<br>MICHAEL HOOD<br>611 MEADOW DRIVE<br>BIRMINGHAM AL 35242 |
| CREDITOR ID: 539998-BI<br>MICHAEL POLLITT<br>616 FIRST AVENUE<br>LADY LAKE FL 32159 | CREDITOR ID: 539999-BI<br>MICHAEL ROTHMANN<br>314 HILLSIDE DRIVE<br>ANDERSON SC 29625 | CREDITOR ID: 540000-BI<br>MICHAEL ROYER<br>368 ROSEDALE DRIVE<br>DESTRAHAN LA 70047 |
| CREDITOR ID: 540002-BI<br>MICHAEL SPANGLER<br>1836 HARBOR ISLAND DRIVE<br>ORANGE PARK FL 32003 | CREDITOR ID: 540004-BI<br>MICHAEL TALLMAN<br>213 W PANAMA ROAD<br>WINTER SPRINGS FL 32708 | CREDITOR ID: 540006-BI<br>MICHAEL W COOPER MD<br>1101 AUDUBON AVE S-3<br>THIBODAUX LA 70301 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                 **CASE:  05-03817-3F1**

CREDITOR ID: 540007-BI
MICHAEL W ROGERS
1092 LOSTCREEK ROAD
JACKSONVILLE FL 32220

CREDITOR ID: 540008-BI
MICHAEL W ROTHMANN
314 HILLSIDE DRIVE
ANDERSON SC 29625

CREDITOR ID: 540017-BI
MICHAELENE MCKAY
830 HANFORD DR
DELTONA FL 32738

CREDITOR ID: 536603-BA
MICHAELSON, LESLIE
3598 YACHT CLUB DRIVE
AVENTURA FL 33180

CREDITOR ID: 410436-15
MICHAELSON, LESLIE
C/O SILVERSTEIN SILVERSTEIN ET AL
ATTN GREGG A SILVERSTEIN, ESQ
20801 BISCAYNE BLVD, SUITE 504
AVENTURA FL 33180

CREDITOR ID: 538461-BA
MICHAELSON, LESLIE
SILVERSTEIN SILVERSTEIN SILVERSTEIN
ATTN GREGG SILVERSTEIN
20801 BISCAYNE BLVD., SUITE 504
AVENTURA FL 33180-1422

CREDITOR ID: 177135-09
MICHALSKI, GREGORY V
10264 103RD STREET
JACKSONVILLE FL 32210

CREDITOR ID: 536604-BA
MICHAUD, LINDA
22925 JOHN AVERY LN
SUMMERLAND KEY FL 33043

CREDITOR ID: 538462-BA
MICHAUD, LINDA
THE LAW OFFICES OF GARCIA & SMITH
ATTN MANUEL E. GARCIA
515 WHITEHEAD STREET
KEY WEST FL 33040

CREDITOR ID: 540897-BI
MICHELE EMMERMAN
1056 FIRWOOD AVE
SPRINGHILL FL 34609

CREDITOR ID: 256276-12
MICHELE FOODS
ATTN MICHELE HOSKINS, CEO
1600 167TH STREET, SUITE 3
CALUMET CITY IL 60409

CREDITOR ID: 407455-15
MICHELIN NORTH AMERICA, INC
ATTN WANDA LINK/CINDY BOGGS
PO BOX 19001
GREENVILLE SC 29602-9001

CREDITOR ID: 540898-BI
MICHELINA'S INC
1314 RELIABLE PARKWAY
CHICAGO IL 60686

CREDITOR ID: 389603-54
MICHELINE, SUSAN
1262 MARKHAM AVENUE
SPRING HILL, FL 34606

CREDITOR ID: 540901-BI
MICHELLE DAVIS
P O BOX 75739
JACKSON MS 39282-5739

CREDITOR ID: 540903-BI
MICHELLE DUNHAM
2612 FOREST RUN COURT
ID# 112431
CLEARWATER FL 33761

CREDITOR ID: 540904-BI
MICHELLE FIELDS
4073 BETH MANOR DRIVE
APT C
MONTGOMERY AL 36109

CREDITOR ID: 540908-BI
MICHELLE JOHNSON
421 SOFT SHADOW LANE
DEBARY FL 32713

CREDITOR ID: 540911-BI
MICHELLE KASS LANZA
305 W BAKER ROAD
APT 808
BAYTOWN TX 77521

CREDITOR ID: 540910-BI
MICHELLE KASS LANZA
2703 BEAUMONT PLACE
MARRERO LA 70072

CREDITOR ID: 540909-BI
MICHELLE KASS LANZA
2339 PARK PLACE DRIVE
TERRYTOWN LA 70056

CREDITOR ID: 540914-BI
MICHELLE LYNN AUGUST
6805 THOREAU TERRACE
PORT ST LUCIE FL 34952

CREDITOR ID: 540915-BI
MICHELLE MILLER
PO BOX 6725
JACKSONVILLE FL 32236

CREDITOR ID: 540918-BI
MICHELLE R FORTENBURY
1120 KAHATCHEE LOOP
CHILDERSBURG AL 35044

CREDITOR ID: 556508-BC
MICHELLE SARFATI, MICHELLE SARFATI
1023 NW 81 TERR
PLANTATION FL 33322

CREDITOR ID: 540920-BI
MICHIGAN RX BROKERAGE
22777 HARPER AVENUE
SUITE 205
ST CLAIR SHORES MI 48080

CREDITOR ID: 556509-BC
MICHLIK, DEBORAH
16228 69TH ST NORTH
LOXAHATCHEE FL 33470

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing claims Arising before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 540921-BI
MICKEY BROWN INC
257 BERGERON ST
HOUMA LA 70364

CREDITOR ID: 406988-MS
MICKIE, MICHAEL J
C/O FRIEDLINE & MCCONNELL, PA
ATTN JERRETT M MCCONNELL, ESQ
1756 UNIVERSITY BLVD SOUTH
JACKSONVILLE FL 32216

CREDITOR ID: 406988-MS
MICKIE, MICHAEL J
12120 CAPRI CIRCLE SOUTH
TREASURE ISLAND FL 33706

CREDITOR ID: 417011-99
MICKLER & MICKLER
ATTN: ALBERT H MICKLER
5452 ARLINGTON EWP
JACKSONVILLE FL 32211

CREDITOR ID: 382822-51
MICROFOCUS
ATTN ROBERT GIBBS, COLLECTIONS SUP
9420 KEY WEST AVENUE
ROCKVILLE MD 20850

CREDITOR ID: 395391-64
MICROSOFT
7000 N STATE HWY 161
IRVING, TX 75039

CREDITOR ID: 540926-BI
MICROSOFT CORPORATION
MICROSOFT ENTERPRISE SERVICES
P O BOX 844510
DALLAS TX 75284-4510

CREDITOR ID: 382827-51
MICROSTRATEGY
1861 INTERNATIONAL DRIVE
MCLEAN, VA 22102

CREDITOR ID: 540925-BI
MICRO-TEL, INC
3700 HOLCOMB BRIDGE RD
NORCROSS GA 30092

CREDITOR ID: 540927-BI
MICROWAVE ROASTERS INC
PO BOX 546
SELMA AL 36702

CREDITOR ID: 540929-BI
MID AMERICA MACHINERY INC
11530 BROOKLYN ROAD
BROOKLYN MI 49230

CREDITOR ID: 1596-07
MID AMERICAN MANAGEMENT CORP
ATTN: ACCOUNTS RECEIVABLE DEPT
2901 BUTTERFIELD ROAD
OAK BROOK, IL 60523

CREDITOR ID: 540959-BI
MID AMERICAN MANAGEMENT CORP
ATTN ACCOUNTS RECEIVABLE DEPT
2901 BUTTERFIELD ROAD
OAK BROOK IL 60523

CREDITOR ID: 540960-BI
MID CAROLINA ELEC COOP
PO BOX 669
LEXINGTON SC 29071-0669

CREDITOR ID: 384242-47
MID FLORIDA GOLF CARS DISTRIBUTORS INC
935 LONGDALE AVE
LONGWOOD, FL 32750

CREDITOR ID: 382829-51
MID FLORIDA SUN (SUMTER SHOPPER)
ATTN GEORGE BUDZINACK, CR MGR
4645 HIGHWAY 19-A
MOUNT DORA, FL 32757

CREDITOR ID: 540962-BI
MID GULF BAKERY LLC
PO BOX 532992
ATLANTA GA 30353-2992

CREDITOR ID: 540961-BI
MID GULF BAKERY LLC
PO BOX 53292
ATLANTA GA 30353-2992

CREDITOR ID: 540963-BI
MID SOUTH
168 WEST THIRD STREET
FOREST MS 39074

CREDITOR ID: 540964-BI
MID SOUTH CONSTRUCTION
PO BOX 9353
STATION A
METAIRIE LA 70055-9353

CREDITOR ID: 540965-BI
MID SOUTH LEASING INC
P O BOX 2771
VALDOSTA GA 31604

CREDITOR ID: 382859-51
MID SOUTH LEASING, INC.
PO BOX 2771
VALDOSTA, GA 31604-2771

CREDITOR ID: 256320-12
MID SOUTH TIRE & TRUCK SERVICE
PO BOX 8174
JACKSON, MS 39284

CREDITOR ID: 1597-07
MID SOUTH YAZOO LP
ATTN SCOT LUTHER
4502 HOLLY ST
BELLAIRE, TX 77401

CREDITOR ID: 540966-BI
MID SOUTH YAZOO LP
ATTN SCOT LUTHER
4502 HOLLY ST
BELLAIRE TX 77401

CREDITOR ID: 540967-BI
MID STATE LAWN SERVICE
P O BOX 2463
BARTOW FL 33831

CREDITOR ID: 256323-12
MID STATE MARKETING LLC
ATTN: DANIEL H BROWN
2130 MCARTHUR DRIVE
ALEXANDRIA, LA 71301

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 540968-BI<br>MID STATE MARKETING LLC<br>2130 MCARTHUR DRIVE<br>ALEXANDRIA LA 71301 | CREDITOR ID: 619-03<br>MID-CAROLINA ELECTRIC COOP INC<br>ATTN CAROL SMITH, CSR<br>PO BOX 669<br>LEXINGTON SC 29071 | CREDITOR ID: 395693-65<br>MIDDLE GA PARKING LOT SERVICE<br>303 PRINCESS COURT<br>DUBLIN, GA 31021 |
| CREDITOR ID: 540970-BI<br>MIDDLE GA PARKING LOT SERVICE<br>303 PRINCESS CT<br>DUBLIN GA 31021 | CREDITOR ID: 540971-BI<br>MIDDLE GEORGIA NEWSPAPER GROUP<br>P O BOX 4167<br>MACON GA 31208 | CREDITOR ID: 540972-BI<br>MIDDLE GEORGIA SWEEPING LLC<br>PO BOX 205<br>CENTERVILLE GA 31028 |
| CREDITOR ID: 177217-09<br>MIDDLEBROOKS,  ESTATE OF JOHN W<br>C/O MARY MIDDLEBROOKS<br>1938 BONANZA CT<br>WINTER PARK FL 32792 | CREDITOR ID: 534883-B1<br>MIDDLEBROOKS,  ESTATE OF JOHN W<br>C/O MARY MIDDLEBROOKS<br>668 LAMOKA CT<br>WINTER SPRINGS FL 32708 | CREDITOR ID: 398862-78<br>MIDDLEBROOKS, GUY M<br>1300 FOREST AVENUE<br>NEPTUNE BEACH FL 32266 |
| CREDITOR ID: 387370-54<br>MIDDLETON, TAMIAH (MINOR)<br>3780 UNIVERSITY CLUB BLVD, APT 2103<br>JACKSONVILLE, FL 32277 | CREDITOR ID: 387370-54<br>MIDDLETON, TAMIAH (MINOR)<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN J SCOTT NOONEY, ESQ<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 256335-12<br>MIDDLETOWN BATTERY SERVICE INC<br>ATTN: ALTON COLBURN, PRES<br>7795 HOBGOOD ROAD<br>FAIRBURN, GA 30213 |
| CREDITOR ID: 540973-BI<br>MIDFLORIDA FEDERAL CREDIT UNION<br>C/O DEBBIE THOMAS<br>PO BOX 8008<br>LAKELAND FL 33802 | CREDITOR ID: 382044-36<br>MID-GULF BAKERY LLC<br>850 MID FLORIDA<br>ORLANDO FL 32824 | CREDITOR ID: 406990-MS<br>MIDKIFF, ROBERT<br>3191 TERRACE AVE, STE A<br>SLIDELL LA 70458 |
| CREDITOR ID: 416267-15<br>MIDKIFF, ROBERT E<br>4319 GENOA<br>NEW ORLEANS LA 70129 | CREDITOR ID: 540974-BI<br>MIDLAND CREDIT MANAGEMENT INC<br>C/O HAYT HAYT & LANDAU<br>7765 SW 87 AVENUE SUITE 101<br>MIAMI FL 33173 | CREDITOR ID: 1598-RJ<br>MIDLAND LOAN SERVICES<br>C/O PNC BANK PITTSBURGH<br>LOAN 030231723<br>PO BOX 642303<br>PITTSBURGH, PA 15264-2303 |
| CREDITOR ID: 540975-BI<br>MIDLAND LOAN SERVICES<br>PO BOX 642303   LOAN 030231723<br>%PNC BANK PITTSBURGH<br>ATTN LOCKBOX PROCESSING<br>PITTSBURGH PA 15264-2303 | CREDITOR ID: 1600-RJ<br>MIDLAND LOAN SERVICES INC<br>C/O PNC BANK PITTSBURGH<br>LOAN 921444<br>PO LOCKBOX 642303<br>PITTSBURGH, PA 15264-2303 | CREDITOR ID: 1599-RJ<br>MIDLAND LOAN SERVICES INC<br>1223 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1002 |
| CREDITOR ID: 540977-BI<br>MIDLAND LOAN SERVICES INC<br>PO LOCKBOX  642303 LOAN 9214440<br>C/O PNC BANK PITTSBURGH<br>ATTN LOCKBOX PROCESSING<br>PITTSBURGH PA 15264-2303 | CREDITOR ID: 540976-BI<br>MIDLAND LOAN SERVICES INC<br>1223 SOLUTIONS CENTER<br>CHICAGO IL 60677-1002 | CREDITOR ID: 540978-BI<br>MIDSOUTH BANK<br>C/O COASTAL TRUCK BROKERS LLC<br>PO BOX 3307<br>LAFAYETTE LA 70502 |
| CREDITOR ID: 256342-12<br>MIDSTATE MILLS INC<br>PO BOX 890259<br>CHARLOTTE, NC 28289-0259 | CREDITOR ID: 540980-BI<br>MIDSTATE MILLS INC<br>PO BOX 890259<br>CHARLOTTE NC 28289-0259 | CREDITOR ID: 540979-BI<br>MIDSTATE MILLS INC<br>PO BOX 890259<br>CHARLOTTE NC 28289-0259 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 540969-BI
MID-STATE SHOPPER'S GUIDE
PO BOX 306
COCHRAN GA 31014

CREDITOR ID: 540981-BI
MIDWAY ELEMENTARY
50608 ABENE ROAD
TICKFAW LA 70466

CREDITOR ID: 2406-RJ
MIDWEST CENTERS
3307 CLIFTON AVENUE
CINCINNATI, OH 45220

CREDITOR ID: 278523-24
MIDWEST CENTERS LTD
ATTN ALVIN LIPSON, MANAGING MEMBER
3307 CLIFTON AVENUE
CINCINNATI OH 45220

CREDITOR ID: 540982-BI
MIDWEST PREMIER FOODS
1430 SE CORTINA DRIVE
ANKENY IA 50021

CREDITOR ID: 556511-BC
MIELOCH, MARY
439 BARGELLO AVE
CORAL GABLES FL 33146

CREDITOR ID: 408239-15
MIGLIORE, TIMOTHY
2196 TREASURE PT RD
GREEN COVE SPRINGS FL 32043

CREDITOR ID: 408239-15
MIGLIORE, TIMOTHY
C/O J SCOTT NOONEY & ASSOCIATES
ATTN J SCOTT NOONEY, ESQ
3535 HENDRICKS AVENUE
JACKSONVILLE FL 32207

CREDITOR ID: 556512-BC
MIGUEZ, CHRISTINE
19397 RD. 327
LONG BEACH MS 39560

CREDITOR ID: 540984-BI
MIKE & ED'S BAR-B-Q
2001 CRAWFORD ROAD
PHENIX CITY AL 36867

CREDITOR ID: 540986-BI
MIKE BENBEN INC
PO BOX 567
STURTEVANT WI 53177-0567

CREDITOR ID: 540987-BI
MIKE CASTILLE PLUMBING
5441 CHURCH POINT HIGHWAY
RAYNE LA 70578

CREDITOR ID: 256358-12
MIKE COSTA FOLIAGE
ATTN ARIANNA C ARANA, ESQ
14201 SW 216TH STREET
GOULDS, FL 33170

CREDITOR ID: 540989-BI
MIKE F CANTU
101 CHRISTOPHER DRIVE
ID# 1139
CLAYTON NC 27520

CREDITOR ID: 540990-BI
MIKE GILMORE
3866 SUNNY MANOR CIRCLE
MILTON FL 32583

CREDITOR ID: 540992-BI
MIKE GRANT
220 LAUREL MEADOWS DRIVE WEST
COLUMBIA SC 29169

CREDITOR ID: 540991-BI
MIKE GRANT
220 LAUREL MEADOWS DRIVE
WEST COLUMBIA SC 29169

CREDITOR ID: 256362-12
MIKE HOFFMAN'S EQUIPMENT SERVICE
ATTN: MIKE HOFFMAN, PRESIDENT
4109  HALLS MILLS RD
MOBILE, AL 36693-5615

CREDITOR ID: 540994-BI
MIKE HOFFMAN'S EQUIPMENT SERVICE
4109  HALLS MILLS RD
MOBILE AL 36693-5615

CREDITOR ID: 540996-BI
MIKE HOGAN TAX COLLECTOR
ATTN OCCUPATION LIC DEPT
231 E FORSYTH STREET
ROOM 300
JACKSONVILLE FL 32202-3370

CREDITOR ID: 540995-BI
MIKE HOGAN TAX COLLECTOR
6674 COMMONWEALTH AVENUE
JACKSONVILLE FL 32254

CREDITOR ID: 540997-BI
MIKE HOWARD
7128 WOODIBIS DRIVE
NEW PORT RICHEY FL 34654

CREDITOR ID: 540999-BI
MIKE JOHNSON
6103 9TH AVENUE WEST
BRANDENTON FL 34209

CREDITOR ID: 540998-BI
MIKE JOHNSON
5901 LAVISTA LANE
BRANDENTON FL 34210

CREDITOR ID: 541002-BI
MIKE KISER
1550 JACKSON FERRY ROAD
MONTGOMERY AL 36104

CREDITOR ID: 541005-BI
MIKE MINER
7880 LE GRANDE
PENSACOLA FL 32514

CREDITOR ID: 541006-BI
MIKE OLSON -TAX COLLECTOR
PO BOX 276
DADE CITY FL 33526-0276

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 541008-BI
MIKE R SPITZER
208 ISLAND WATERWAY
EMP# 248039
APOLLO BEACH FL 33572

CREDITOR ID: 541013-BI
MIKE SALAMONE
7640 GARIBALDI COURT
NAPLES FL 34114

CREDITOR ID: 541015-BI
MIKE SMITH CLERK
DV COURT
PO BOX 1946
CLANTON AL 35045-1946

CREDITOR ID: 541021-BI
MIKE W FLOYD
105 N WEST STREET
GREEN COVE SPRINGS FL 32043

CREDITOR ID: 556513-BC
MIKEL, JAMES
1809 FLAG LANE
ORMOND BEACH FL 32174

CREDITOR ID: 556514-BC
MIKE'S LIMOUSINE SERVICE,
3109 WEST TENNESSEE ST.
TALLAHASSEE FL 32304

CREDITOR ID: 256380-12
MIKE-SELL'S COMPANY
ATTN N A STRATHEARN, CREDIT MGR
PO BOX 115
DAYTON, OH 45404-0115

CREDITOR ID: 556515-BC
MIKULAK, MARIA
505 BOWIE BLVD.
ORANGE PARK FL 32073

CREDITOR ID: 256382-12
MILACRON MARKETING COMPANY
PO BOX 740440
ATLANTA, GA 30374-0440

CREDITOR ID: 556516-BC
MILAGIOS, BECKAM
6359 BALORY AVE.
KEYSTONE HEIGHTS FL 32656

CREDITOR ID: 493109-15
MILANES, BLANCA
11965 SW 19 LANE #214
MIAMI FL 33175

CREDITOR ID: 493109-15
MILANES, BLANCA
C/O GOLDBERG & ROSEN, PA
ATTN GLEN GOLDBERG, ESQ
1111 BRICKELL AVENUE, SUITE 2180
MIAMI FL 33131

CREDITOR ID: 279482-99
MILBANK TWEED HADLEY & MCCLOY LLP
ATTN DENNIS F DUNNE ESQ
1 CHASE MANHATTAN PLAZA
NEW YORK NY 10005

CREDITOR ID: 278809-99
MILBANK TWEED HADLEY & MCCLOY LLP
ATTN: LENA MANDEL
1 CHASE MANHATTAN PLAZA
NEW YORK NY 10005

CREDITOR ID: 278808-99
MILBANK TWEED HADLEY & MCCLOY LLP
ATTN: DENNIS DUNNE/MATTHEW BARR
1 CHASE MANHATTAN PLAZA
NEW YORK NY 10005

CREDITOR ID: 278810-99
MILBANK TWEED HADLEY & MCCLOY LLP
ATTN: DENNIS DUNNE; LENA MANDEL;
DENNIS O'DONNELL & MATTHEW BARR
1 CHASE MANHATTAN PLAZA
NEW YORK NY 10005

CREDITOR ID: 397685-99
MILBANK TWEED HADLEY & MCCOY LLP
ATTN: MATTHEW S BARR, ESQ
1 CHASE MANHATTAN PLAZA
NEW YORK NY 10005

CREDITOR ID: 541026-BI
MILBANK TWEED HADLEY AND MCCLOY LLP
1 CHASE MANHATTEN PLAZA
NEW YORK NY 10005-1413

CREDITOR ID: 556518-BC
MILES, CAROLEEN
13930 HAYS RD
SPRING HILL FL 34610

CREDITOR ID: 536605-BA
MILES, FRANKIE
1701 24ST STREET
PHENIX CITY AL 36869

CREDITOR ID: 538463-BA
MILES, FRANKIE
C/O DANA P. GENTRY, ESQ.
ATTN DANA P. GENTRY
PO BOX 2369
PHENIX CITY AL 36867

CREDITOR ID: 556517-BC
MILES, GARY
315 NORTH CAUSEWAY
NEW SMYRNA FL 32168

CREDITOR ID: 403840-94
MILES, GREGORY B
13508 LYNNWOOD DR
HAMMOND LA 70403

CREDITOR ID: 536606-BA
MILES, GWENDOLYN
1025 INCA DRIVE APT B
HARVEY LA 70058

CREDITOR ID: 538464-BA
MILES, GWENDOLYN
C/O LAW OFFICES OF GEORGE F. RIESS
ATTN GEORGE F. RIESS, ESQ.
228 ST. CHARLES AVE., SUITE 1224
NEW ORLEANS LA 70130

CREDITOR ID: 534679-15
MILES, KRISTELL
808 OGNON CT
KISSIMMEE FL 34759

CREDITOR ID: 390759-55
MILES, KRISTELL
C/O MORGAN & MORGAN, PA
ATTN TODD K MINER, ESQ
PO BOX 4979
ORLANDO FL 32802-4979

SERVICE LIST
Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 400252-85<br>MILES, LOVELY (MINOR)<br>C/O KRISTELL MILES, GUARDIAN<br>711 MARTIN LN<br>KISSIMMEE FL 34759-4528 | CREDITOR ID: 400252-85<br>MILES, LOVELY (MINOR)<br>C/O SHANNON KEITH TURNER, PA<br>ATTN S KEITH TURNER, ESQ.<br>1500 EAST ROBINSON STREET<br>ORLANDO FL 32801 | CREDITOR ID: 1602-07<br>MILFORD STATION, LTD<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242 |
| CREDITOR ID: 541027-BI<br>MILGRO NURSERY LLC<br>PO BOX 6069<br>1085 N VICTORIA<br>OXNARD CA 93031 | CREDITOR ID: 407721-15<br>MILIAN, SAUL<br>C/O MICHAEL A FRANK, ESQ<br>10 NW LEJEUNE ROAD, SUITE 620<br>MIAMI FL 33126 | CREDITOR ID: 405193-95<br>MILK PRODUCTS LP<br>BORDENS MILK COMPANY<br>5327 SOUTH LAMAR ST<br>DALLAS TX 75215 |
| CREDITOR ID: 541028-BI<br>MILK PRODUCTS LP<br>PO BOX 60333<br>LAFAYETTE LA 70596 | CREDITOR ID: 256396-12<br>MILK PRODUCTS LP<br>ATTN JIM HANNAN, CONTROLLER<br>PO BOX 60333<br>LAFAYETTE, LA 70596 | CREDITOR ID: 556519-BC<br>MILLA, KATHY<br>25430 SW 129TH<br>NARANJA FL 33032 |
| CREDITOR ID: 177479-09<br>MILLAN, EMILIO L<br>1026 SW 4TH TERR<br>CAPE CORAL FL 33914 | CREDITOR ID: 279483-99<br>MILLBANK TWEED HADLEY & MCCLOY LLP<br>ATTN MATTHEW S BARR ESQ<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK NY 10005 | CREDITOR ID: 541029-BI<br>MILLBROOK UTIL SYS (AL)<br>PO BOX 1072<br>MILLBROOK AL 36054-1072 |
| CREDITOR ID: 395694-65<br>MILLENNIUM<br>2864 STATEN DRIVE<br>DELTONA, FL 32738 | CREDITOR ID: 256400-12<br>MILLENNIUM HEALTH CLINIC<br>ATTN: TERESA CASH, ADMINISTRATOR<br>1713 E HAMRIC DRIVE<br>OXFORD, AL 36203 | CREDITOR ID: 256401-12<br>MILLENNIUM POWER WASHING AND<br>STEAM CLEANING INC<br>2864 STATEN DR<br>DELTONA, FL 32738 |
| CREDITOR ID: 541030-BI<br>MILLENNIUM POWER WASHING AND<br>STEAM CLEANING INC<br>2864 STATEN DR<br>DELTONA FL 32738 | CREDITOR ID: 536615-BA<br>MILLER  (MINOR), TIANA<br>17 ROBIN LANE<br>LORIDA FL 33857 | CREDITOR ID: 541031-BI<br>MILLER ADVERTISING AGENCY INC<br>71 FIFTH AVENUE<br>NEW YORK NY 10003 |
| CREDITOR ID: 1603-07<br>MILLER GROUP PROPERTIES CORP<br>PO BOX 2097<br>5147 ISLEWORTH COUNTRY CLUB DR<br>WINDERMERE, FL 34786 | CREDITOR ID: 541032-BI<br>MILLER GROUP PROPERTIES CORP<br>PO BOX 2097<br>5147 ISLEWORTH COUNTRY CLUB DR<br>WINDERMERE FL 34786 | CREDITOR ID: 533755-99<br>MILLER GROUP PROPERTIES CORPORATION<br>C/O WINDERWEEDLE HAINES ET AL<br>ATTN: RYAN E DAVIS, ESQ<br>390 NORTH ORANGE AVE, STE 1500<br>PO BOX 1391<br>ORLANDO FL 32802-1391 |
| CREDITOR ID: 541033-BI<br>MILLER LOGISTICS INC<br>4990 570TH AVENUE<br>WEST BEND IA 50597 | CREDITOR ID: 541034-BI<br>MILLER MACHINERY & SUPP<br>127 NORTH EAST 27TH STREET<br>MIAMI FL 33137 | CREDITOR ID: 541035-BI<br>MILLER WALL ELEMENTARY<br>2001 BONNIE ANN DR<br>MARRERO LA 70072 |
| CREDITOR ID: 392474-55<br>MILLER, ANITA K<br>C/O JEFFREY W BENNITT & ASSOCS, LLC<br>ATTN JEFFREY W BENNITT, ESQ<br>4898 VALLEYDALE ROAD, SUITE A-3<br>BIRMINGHAM AL 35242 | CREDITOR ID: 536607-BA<br>MILLER, BARBARA<br>2567 JESSICA LANE<br>JACKSONVILLE FL 32210 | CREDITOR ID: 538465-BA<br>MILLER, BARBARA<br>C/O HARRIS GUIDI ROSNER & MORDECAI<br>ATTN HAROLD CATLIN<br>1837 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 392503-55<br>MILLER, BARBARA<br>C/O REESER, RODNITE & ZDRAVKO PA<br>ATTN MICHAEL S REESER, ESQ<br>3411 PALM HARBOR BLVD<br>SUITE A<br>PALM HARBOR FL 34683 | CREDITOR ID: 556525-BC<br>MILLER, BETTY<br>827 BONITO LANE<br>KEY LARGO FL 33037 | CREDITOR ID: 556524-BC<br>MILLER, BETTY<br>4605 AMERICA AT<br>NEW ORLEANS LA 70126-4149 |
| CREDITOR ID: 390796-55<br>MILLER, CHARLENE & ROBERT<br>C/O RUTHERFORD MULHALL<br>ATTN GEORGE M BAKALAR, ESQ<br>FOUNTAIN SQUARE I, FOURTH FLR<br>2600 NORTH MILITARY TRAIL<br>BOCA RATON FL 33431 | CREDITOR ID: 452458-99<br>MILLER, CHARLENE & ROBERT<br>C/O MARK S KESSLER PA<br>ATTN: MARK S KESSLE, ESQ<br>331 E UNION STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 556534-BC<br>MILLER, CYNTHIA<br>10206 JUNGLE ST<br>NEW PORT RICHEY FL 34656 |
| CREDITOR ID: 381373-47<br>MILLER, DANA<br>2440 NE 9TH AVE<br>POMPANO BEACH FL 33064-6413 | CREDITOR ID: 411040-15<br>MILLER, DANNY R<br>PO BOX 962<br>MOORE HAVEN FL 33471 | CREDITOR ID: 556533-BC<br>MILLER, DONNA<br>2170 LEVY GAUDET<br>LUTCHER LA 70071 |
| CREDITOR ID: 385310-54<br>MILLER, ESTELLE LEE<br>C/O MCFANN & BEAVERS, PA<br>ATTN TIMOTHY P BEAVERS, ESQ<br>110 SE 6TH STREET, SUITE 1900<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 385310-54<br>MILLER, ESTELLE LEE<br>6810 CREEKVIEW COURT<br>COLUMBUS, GA 31904 | CREDITOR ID: 556532-BC<br>MILLER, ETHEL<br>1204 AVENUE L<br>FORT PIERCE FL 34950 |
| CREDITOR ID: 536608-BA<br>MILLER, FATIMA<br>3505 POLK ST<br>HOLLYWOOD FL 33021 | CREDITOR ID: 556523-BC<br>MILLER, GARY<br>909 CUTIS AVE<br>KENNER LA 70062 | CREDITOR ID: 398864-78<br>MILLER, HAROLD E<br>6318 AUGUSTA COVE<br>DESTIN FL 32541 |
| CREDITOR ID: 536609-BA<br>MILLER, HELEN<br>4004 JAYMARK LANE<br>MIDDLEBURG FL 32068 | CREDITOR ID: 538466-BA<br>MILLER, HELEN<br>HENRY E GARE,  P.A.<br>ATTN HENRY GARE<br>2064 PARK STREET<br>JACKSONVILLE FL 32204 | CREDITOR ID: 556520-BC<br>MILLER, IANTHA<br>432 MARVIN GARDEN<br>LA PLACE LA 70068 |
| CREDITOR ID: 403841-94<br>MILLER, JAMES B<br>320 A VILLAGE DR<br>SAINT AUGUSTINE FL 32084-0907 | CREDITOR ID: 492908-FC<br>MILLER, JAMES B<br>320 A VILLAGE DRIVE<br>ST AUGUSTINE FL 32084-0907 | CREDITOR ID: 399453-15<br>MILLER, JEFFEORY<br>C/O BAKER & BAKER<br>ATTN QUIN BAKER, ESQ<br>300 EAST GOVERNMENT STREET<br>PENSACOLA FL 32502 |
| CREDITOR ID: 556526-BC<br>MILLER, JESSICA<br>7120 ELYTON DR<br>NORTH PORT FL 34287 | CREDITOR ID: 536610-BA<br>MILLER, JUDY<br>4732 HEATH ROAD<br>JACKSONVILLE FL 32207 | CREDITOR ID: 538467-BA<br>MILLER, JUDY<br>C/O BARNES, BARNES & COHEN PA<br>ATTN GLEN COHEN, ESQ<br>1843 ATLANTIC BLVD<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 177800-09<br>MILLER, JUDY A<br>169 SPRING ST<br>HAMPTON TN 37658 | CREDITOR ID: 536611-BA<br>MILLER, KAREN<br>1063 KELLY CREEK CIRCLE<br>OVIEDO FL 32765 | CREDITOR ID: 536612-BA<br>MILLER, LEVI<br>317 HORSESHOE DRIVE<br>SHELBY NC 28150 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 556531-BC<br>MILLER, LISA<br>10793 NORMANDY BLVD<br>JACKSONVILLE FL 32221 | CREDITOR ID: 536613-BA<br>MILLER, MARY<br>935 TAYLOR STREET<br>MONTGOMERY AL 36108 | CREDITOR ID: 536614-BA<br>MILLER, MICHAEL<br>15100 NE 16TH AVE<br>MIAMI FL 33162 |
| CREDITOR ID: 538468-BA<br>MILLER, MICHAEL<br>LAW OFFICES OF JEFFREY P. GALE, P.A<br>ATTN JEFFREY P. GALE<br>SHOREVIEW CTR., SUITE 304<br>MIAMI SHORES FL 33138 | CREDITOR ID: 556522-BC<br>MILLER, NELL<br>PINE ROAD<br>EUSTIS FL 32726 | CREDITOR ID: 421399-ST<br>MILLER, NORMA DALE<br>3116 36TH AVE W<br>BRADENTON FL 34205-2730 |
| CREDITOR ID: 392798-55<br>MILLER, PAULETTE<br>C/O CHENEY & CHENEY, PC<br>ATTN CURTIS V CHENEY JR, ESQ<br>130 S MAIN ST<br>PO BOX 1100<br>REIDSVILLE GA 30453-1100 | CREDITOR ID: 556527-BC<br>MILLER, PEGGY<br>901 HANONER DR.<br>MONTGOMERY AL 36109 | CREDITOR ID: 556530-BC<br>MILLER, RANNY<br>4 CORNBURY CT.<br>BALTIMORE MD 21208 |
| CREDITOR ID: 178036-09<br>MILLER, SHAWNDA V<br>1100 SPIVEY AVENUE<br>MYRTLE BEACH SC 29577 | CREDITOR ID: 400253-85<br>MILLER, SHERYLL JOHNSON<br>C/O ROSENBERG & ROSENBERG, PA<br>ATTN MICHAEL K BREGMAN, ESQ<br>2501 HOLLYWOOD BLVD, STE 110<br>HOLLYWOOD FL 33020-6631 | CREDITOR ID: 556528-BC<br>MILLER, VERNON<br>2417 NE 13 TERRACE<br>POMPANO BEACH FL 33064 |
| CREDITOR ID: 556521-BC<br>MILLER, WANDY<br>1624 COLLEN DR<br>ORLANDO FL 32809 | CREDITOR ID: 556529-BC<br>MILLER, WILLIAM<br>5304 GILEN ECHO AVE<br>SARASOTA FL 34234 | CREDITOR ID: 541036-BI<br>MILLIKAN BATTERY & ELECT<br>450 W ORANGE BLOSSOM TRL<br>APOPKA FL 32712 |
| CREDITOR ID: 256417-12<br>MILLIKAN BATTERY & ELECTRIC INC<br>450 W ORANGE BLOSSOM TRL<br>APOPKA, FL 32712 | CREDITOR ID: 556535-BC<br>MILLINER, ANDRIANA<br>20408 NW 33RD AVENUE<br>MIAMI FL 33056 | CREDITOR ID: 279415-99<br>MILLING BENSON WOODWARD LLP<br>ATTN: DAVID CONROY<br>909 POYDRAS STREET<br>SUITE 2300<br>NEW ORLEANS LA 70112-1010 |
| CREDITOR ID: 536616-BA<br>MILLMAN, NORMAN<br>P.O. BOX 1742<br>DESTIN FL 32540 | CREDITOR ID: 256419-12<br>MILLS & NEBRASKA<br>ATTN SANDRA C BRATCHER, CR MGR<br>PO BOX 536548<br>ORLANDO, FL 32853-6548 | CREDITOR ID: 256422-12<br>MILLS ELECTRIC SER INC<br>810 SW 14TH ST<br>POMPANO BEACH, FL 33060-8905 |
| CREDITOR ID: 256423-12<br>MILLS LP GAS & OIL<br>ATTN GARY B MILLS, PRES<br>3932 SMITH FARM RD<br>PO BOX 237<br>INDIAN TRAIL, NC 28079 | CREDITOR ID: 406994-MS<br>MILLS, CHARLES W<br>1754 ZION RD LOT 21<br>MORGANTON NC 28655-8919 | CREDITOR ID: 556539-BC<br>MILLS, CLASSIE<br>4910 N.W. 181 TERR<br>OPA-LOCKA FL 33055 |
| CREDITOR ID: 406995-MS<br>MILLS, DARYL<br>10211 WALNUT BEND NORTH<br>JACKSONVILLE FL 32257 | CREDITOR ID: 252907-12<br>MILLS, JEFFERY<br>150 10TH STREET NE, APT 505<br>ATLANTA GA 30309 | CREDITOR ID: 536617-BA<br>MILLS, ROBERT<br>2036 LONGVIEW DR<br>TALLAHASSEE FL 32303-7324 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**                    **CASE: 05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 538469-BA<br>MILLS, ROBERT<br>C/O SHAPIRO LAW FIRM, P.A.<br>ATTN PAUL SHAPIRO<br>1882 CAPITAL CIRCLE N.E., SUITE 204<br>TALLAHASSEE FL 32308 | CREDITOR ID: 556540-BC<br>MILLS, THEODORE<br>1614 PROWMORE DR<br>BRANDON FL 33511 | CREDITOR ID: 556537-BC<br>MILLS, TONY<br>11825 SW 189 ST.<br>MIAMI FL 33177 |
| CREDITOR ID: 536618-BA<br>MILLS, WANDA<br>12384 SW 263 TERRACE<br>NARANJA FL 33032 | CREDITOR ID: 538470-BA<br>MILLS, WANDA<br>C/O LAW OFFICES OF SPENCER G MORGAN<br>ATTN SPENCER G. MORGAN<br>44 W. FLAGLER STREET, SUTIE # 2550<br>MIAMI FL 33130 | CREDITOR ID: 541037-BI<br>MILLSTONE COFFEE INC<br>PO BOX 100528<br>ATLANTA GA 30384 |
| CREDITOR ID: 410514-15<br>MILLSTONE COFFEE, INC<br>THE PROCTOR & GAMBLE DIST CO<br>ATTN G M JONES, SR CREDIT MGR<br>8500 GOVERNORS HILL DRIVE<br>CINCINNATI OH 45249 | CREDITOR ID: 397658-72<br>MILNER<br>PO BOX 41601<br>PHILADELPHIA, PA 19101-1601 | CREDITOR ID: 541039-BI<br>MILNER DOCUMENT PRODUCTS<br>REF NO 24431935<br>PO BOX 41601<br>PHILADELPHIA PA 19101-1601 |
| CREDITOR ID: 541038-BI<br>MILNER DOCUMENT PRODUCTS<br>REF NO 000000000273053<br>PO BOX 41601<br>PHILADELPHIA PA 19101-1601 | CREDITOR ID: 541040-BI<br>MILNER INC<br>PO BOX 923197<br>NORCROSS GA 30010-3197 | CREDITOR ID: 256428-12<br>MILNER INC<br>PO BOX 923197<br>NORCROSS, GA 30010-3197 |
| CREDITOR ID: 541042-BI<br>MILOS TEA COMPANY INC<br>PO BOX 11407<br>BIRMINGHAM AL 35246-1282 | CREDITOR ID: 541041-BI<br>MILOS TEA COMPANY INC<br>3112 DUBLIN LANE<br>BESSEMER AL 35022 | CREDITOR ID: 536619-BA<br>MILSTEAD, RITA<br>3200 OAK MEADOW LANE, APT. 2<br>PONCHATOULA LA 70454 |
| CREDITOR ID: 423149-BD<br>MILSTEAD, RITA<br>C/O THOMAS C CERULLO, ESQ<br>LAKEWAY ONE<br>3900 N CAUSEWAY, SUITE 1045<br>METAIRIE LA 70002 | CREDITOR ID: 538471-BA<br>MILSTEAD, RITA<br>C/O THOMAS C CERULLO J.D. A.P.L.C.<br>ATTN THOMAS C. CERULLO<br>SUITE 1045<br>LAKEWAY ONE 3900 N. CAUSEWAY<br>METAIRE LA 70002 | CREDITOR ID: 243905-12<br>MILTIADES, BRENDA<br>HIGHWAY 67 TRAILOR PARK #10<br>STATESBORO, GA 30458 |
| CREDITOR ID: 541043-BI<br>MILTON CORLEY<br>206 MEDFORD PLACE<br>JACKSONVILLE FL 32225 | CREDITOR ID: 541044-BI<br>MILTON ELEMENTARY<br>P O BOX 239<br>MILTON LA 70558 | CREDITOR ID: 541045-BI<br>MILTON HIGH SCHOOL<br>5445 STEWART STREET<br>MILTON FL 32570 |
| CREDITOR ID: 541046-BI<br>MILTON NEWSPAPERS INC<br>6629 ELVA ST<br>MILTON FL 32570 | CREDITOR ID: 556542-BC<br>MILTON, CYNTHIA<br>515LD CANTON ROAD<br>A-5<br>JACKSON MS 39211 | CREDITOR ID: 536620-BA<br>MILTON, DENISE<br>2439 OVERBROOK DRIVE<br>JACKSON MS 39213 |
| CREDITOR ID: 269516-18<br>MILTON, VICTORIA<br>C/O MARIE A MATTOX, PA<br>ATTN ERIKA E BUSH, ESQ.<br>310 E BRADFORD ROAD<br>TALLAHASSEE FL 32303 | CREDITOR ID: 269516-18<br>MILTON, VICTORIA<br>2961 FOXCROFT DRIVE<br>TALLAHASSEE FL 32308 | CREDITOR ID: 406996-MS<br>MIMBS, MIKE<br>3014 STARMOUNT DRIVE<br>VALRICO FL 33594 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 279432-99
MIMMS ENTERPRISES INC
ATTN: THOMAS B MIMMS JR
85A MILL STREET
ROSWELL  GA 30075-4952

CREDITOR ID: 406997-MS
MIMMS, MARK
768 EAGLE POINT DR
SAINT AUGUSTINE FL 32092

CREDITOR ID: 541047-BI
MIMOSA PARK ELEMENTARY
222 BIRCH ST
LULING LA 70070

CREDITOR ID: 536621-BA
MIMS, CONSTANCE
5361 MOFFETT RD.
MOBILE AL 36618

CREDITOR ID: 391846-55
MIMS, DORA
C/O ANDERSON & HOWELL, PA
ATTN ROBERT H ELLIS, ESQ
2029 NORTH THIRD STREET
JACKSONVILLE BEACH FL 32250

CREDITOR ID: 556544-BC
MIMS, MARY
6300 MILGEN RD APT 1226
COLUMBUS GA 31907

CREDITOR ID: 403842-94
MINA, NICHOLAS T
244 BARCO ROAD
SAINT AUGUSTINE FL 32080

CREDITOR ID: 406999-MS
MINA, THOMAS
350 ORIOLE ST
KEYSTONE HEIGHTS FL 32656

CREDITOR ID: 538472-BA
MINCEY, DESIREA
C/O LAW OFFICES OF JEFFERY B MORRIS
ATTN JEFFREY B. MORRIS
2064 PARK STREET
JACKSONVILLE FL 32204

CREDITOR ID: 536622-BA
MINCEY, DESIREA
5363 TESSA TERRACE
JACKSONVILLE FL 32244

CREDITOR ID: 392585-55
MINCEY, JACQUELINE
C/O JEFFERY J BORDULIS, PA
ATTN JEFFERY J BORDULIS, ESQ
182 S CENTRAL AVENUE
OVIEDO FL 32765

CREDITOR ID: 392618-55
MINCIELI, LISA
C/O MITTLEBERG & NICOCIA
ATTN BARRY MITTLEBERG, ESQ
8100 N UNIVERSITY DRIVE, SUITE 102
FORT LAUDERDALE FL 33321

CREDITOR ID: 541048-BI
MINCING OVERSEAS SPICE CO
10 TOWER ROAD
DAYTON NJ 08810

CREDITOR ID: 536623-BA
MINCY, HAVEN
149 B SPRINGWOOD CIRCLE
LONGWOOD FL 32750

CREDITOR ID: 538473-BA
MINCY, HAVEN
C/O TRICIA A. MADDEN, P.A.
934 E. ALTAMONTE DRIVE, BLDG. 1
ALTAMONTE SPRGS FL 32701

CREDITOR ID: 541049-BI
MINDY AUGUSTO
PO BOX 4055
CARY NC 27519

CREDITOR ID: 541050-BI
MINEOLA WATER CORPORATION
PO BOX 864
FOLEY AL 36536

CREDITOR ID: 256443-12
MINEOLA WATER CORPORATION
ATTN WM ALLEN SHELTON, CEO
PO BOX 864
FOLEY, AL 36536

CREDITOR ID: 541051-BI
MINERAL KING
246 E CALDWELL AVE
VISALIA CA 93277

CREDITOR ID: 278924-30
MINERAL KING
246 E CALDWELL AVE
VISALIA, CA 93277

CREDITOR ID: 541052-BI
MINERAL KING PRODUCE LLC
246 E CALDWELL AVE
VISALIA CA 93277

CREDITOR ID: 256447-12
MINGLEDORFF'S INC
ATTN AL CARLSON, CREDIT MGR
PO BOX 2608
NORCROSS GA 30091

CREDITOR ID: 394750-57
MINGO, WAREN
C/O BERNHEIM & DOLINSKY, PA
ATTN ROBERT M DOLINSKY, ESQ
4000 HOLLYWOOD BLVD SOUTH, STE 525
HOLLYWOOD FL 33021

CREDITOR ID: 556545-BC
MINICUCCI, JOSHEPH
707 SOUTH M
LAKEWORTH FL

CREDITOR ID: 538474-BA
MINION, DORIS
LAW OFFICES OF DAVID I. FUCHS, P.A.
ATTN DAVID I FUCHS ESQ
8 SOUTHEAST 8TH STREET
FORT LAUDERDALE FL 33316

CREDITOR ID: 536624-BA
MINION, DORIS
2304 NW 99TH TERR
MIAMI FL 33149

CREDITOR ID: 536625-BA
MINIX, CORTRESE
500 HOLT ST
RAYNE LA 70578

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing claims Arising before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**

**CASE:   05-03817-3F1**

CREDITOR ID: 541053-BI
MINNESOTA CHILD SUPPORT
PAYMENT CENTER
PO BOX 64306
ST PAUL MN 55164-0306

CREDITOR ID: 556546-BC
MINNICK, PENNY
655 DIANE CIRCLE
CASSELBERRY FL 32707

CREDITOR ID: 405944-15
MINNO LAW FIRM, THE
ATTN MATTHEW F MINNO, ESQ
6450 OX BOW COURT
TALLAHASSEE FL 32312-7543

CREDITOR ID: 541054-BI
MINOLTA LEASING SERVICES INC
REF NO 24180492
PO BOX 41601
PHILADELPHIA PA 19101-1601

CREDITOR ID: 417065-93
MINOR, ROY
3210 FALLSTON WACO ROAD
SHELBY NC 28150

CREDITOR ID: 403843-94
MINSHEW, HUGH F
13904 WHITE HERON PLACE
JACKSONVILLE FL 32224-4802

CREDITOR ID: 419368-ST
MINSHEW, HUGH F
13904-WHITE HERON PLACE
JACKSONVILLE FL 32224

CREDITOR ID: 556547-BC
MINTER, GAYLE
2639 REDWOOD STREET
BUNNELL FL 32110

CREDITOR ID: 391910-55
MINTZE, JACQUELINE
C/O SOUTH FLORIDA PERSONAL INJURY
ATTN VIRGINIA M DROGO, ESQ
6363 TAFT STREET, SUITE 207
HOLLYWOOD FL 33024

CREDITOR ID: 541055-BI
MINUTE MAID
P O BOX 102703
ATLANTA GA 30368-2703

CREDITOR ID: 541056-BI
MIP INC
1015 ELROD ROAD
PIEDMONT SC 29673

CREDITOR ID: 256461-12
MIP INC
PATTON H MCCOOL, PRESIDENT
1015 ELROD ROAD
PIEDMONT, SC 29673

CREDITOR ID: 556548-BC
MIRA, CHARLOTTE
3705 E. NUGGET LANE
INVERNESS FL 34452

CREDITOR ID: 541058-BI
MIRAB U S A INC
21655 TROLLEY INDUSTRIAL DRIVE
TAYLOR MI 48180

CREDITOR ID: 541057-BI
MIRAB U S A INC
12655 TROLLEY INDUSTRIAL DRIVE
TAYLOR MI 48180

CREDITOR ID: 541059-BI
MIRACLE CANDLE CO
PO BOX 1758
LAREDO TX 78043

CREDITOR ID: 541060-BI
MIRACLE TRADING INC
7247 INTERNATIONAL DRIVE
ORLANDO FL 32819

CREDITOR ID: 256463-12
MIRACLE TRADING INC
7247 INTERNATIONAL DRIVE
ORLANDO, FL 32819

CREDITOR ID: 387776-54
MIRACLE, LORI
PO BOX 245
BIMBLE, KY 40915

CREDITOR ID: 387776-54
MIRACLE, LORI
C/O COPELAND & ROMINES PLLC
ATTN MARTHA F COPELAND, ESQ
PO BOX 1580
CORBIN KY 40702-1580

CREDITOR ID: 541061-BI
MIRAMAR PARKWAY PLAZA LLC
2899 WEST 2ND AVENUE
HIALEAH FL 33010

CREDITOR ID: 2410-07
MIRAMAR PARKWAY PLAZA LLC
2899 WEST 2ND AVENUE
HIALEAH, FL 33010

CREDITOR ID: 541062-BI
MIRAMAR WATER & SEWER UTILITY
6700 MIRAMAR PKY
MIRAMAR FL 33023-4838

CREDITOR ID: 391199-55
MIRANDA, DIANA
C/O RONALD M SIMON, PA
ATTN R M SIMON/G L DALEMBERTE, ESQS
1001 BRICKELL BAY DR, STE 1200
MIAMI FL 33131

CREDITOR ID: 556549-BC
MIRANDA, ERSA
6311 SW 2ND ST
MARGATE FL 33068

CREDITOR ID: 391094-55
MIRANDA, GINA
C/O ROSENBERG & ROSENBERG,  PA
ATTN MICHAEL K BREGMAN, ESQ
2501 HOLLYWOOD BLVD, STE 110
HOLLYWOOD FL 33020

CREDITOR ID: 536626-BA
MIRANDA, SUSAN ANN
13069 SW 88 TERRACE
MIAMI FL 33186

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:    05-03817-3F1**

CREDITOR ID: 538475-BA
MIRANDA, SUSAN ANN
C/O LAW OFFICE OF JEFFREY DAVIS
ATTN JEFFREY DAVIS
1980 CORAL WAY
MIAMI FL 33145

CREDITOR ID: 541063-BI
MIRE ELEMENTARY
5484 MIRE HIGHWAY
RAYNE LA 70578

CREDITOR ID: 536627-BA
MIRELES, NICOLASA
940 HEATHER PLACE
VICKSBURG MS 39180

CREDITOR ID: 541064-BI
MIRIAM CARNES
3173 HIGHWAY 17 S
ROYSTON GA 30662

CREDITOR ID: 417007-99
MIRICK O'CONNELL ET AL
ATTN: PAUL W CAREY
100 FRONT STREET
WORCESTER MA 01608-1477

CREDITOR ID: 256472-12
MIRRO COMPANY
PO BOX 92026
CHICAGO, IL 60675-2026

CREDITOR ID: 416136-L1
MIRTH, GAIL
2928 NW 64TH STREET
MIAMI FL 33147

CREDITOR ID: 408195-15
MIRTI, JOHN F
C/O MARCUS W CORWIN, PA
ATTN MARCUS W CORWIN, ESQ
1515 S FEDERAL HWY, SUITE 211
BOCA RATON FL 33432

CREDITOR ID: 541065-BI
MISCO HOME & GARDEN
ALLIED FACTORS/MISSRY ASSOC.
135 S LASALLE DEPT 2987
CHICAGO IL 60674-2987

CREDITOR ID: 541066-BI
MISDU
P O BOX 30350
LANSING MI 48909-7850

CREDITOR ID: 391579-55
MISHLER, BRENDA
C/O RARDON RODRIGUEZ & ASSOCS, PA
ATTN ROSE TAPIA, ESQ
3918 N HIGHKAND AVE
TAMPA FL 33602

CREDITOR ID: 279108-99
MISS BECKY SEAFOOD
C/O MOSELEY PRICHARD PARRISH ET AL
ATTN: RICHARD K. JONESQ
501 WEST BAY STREET
JACKSONVILLE FL 32202

CREDITOR ID: 382575-51
MISSION CRANE SERVICE
1542 S. SUNKIST ST.
ANAHEIM, CA 93806

CREDITOR ID: 541067-BI
MISSION FOODS SOUTHEAST
PO BOX 843793
DALLAS TX 75284-3793

CREDITOR ID: 541068-BI
MISSION PHARMACAL
PO BOX 973017
DALLAS TX 75397-3017

CREDITOR ID: 399452-15
MISSION PHARMACAL COMPANY
ATTN MIKE STOVALL, CR MGR
PO BOX 786099
SAN ANTONIO TX 78278-6099

CREDITOR ID: 256481-12
MISSISSIPPI ABC
7595 CENTURION PKWY
JACKSONVILLE FL 32256

CREDITOR ID: 541069-BI
MISSISSIPPI DEPARTMENT OF AGRICULTURE
& COMMERCE
PO BOX 1609
JACKSON MS 39215-1609

CREDITOR ID: 541070-BI
MISSISSIPPI DEPARTMENT OF REVENUE
PO BOX 8885
COLUMBIA MS 39705

CREDITOR ID: 541071-BI
MISSISSIPPI DEPT OF
AGRICULTURE & COMMERCE
BUREAU OF PLANT IND
PO BOX 5207
MISSISSIPPI STATE MS 39762-5207

CREDITOR ID: 541072-BI
MISSISSIPPI DRY ICE & CARBONATION INC
5245 GREENWAY DRIVE
SUITE B
JACKSON MS 39204

CREDITOR ID: 541073-BI
MISSISSIPPI EMPLOY SEC COM
PO BOX 22781
JACKSON MS 39225-2781

CREDITOR ID: 541074-BI
MISSISSIPPI EMPLOYMENT SECURITY COMM
PO BOX 22781
JACKSON MS 39225

CREDITOR ID: 541075-BI
MISSISSIPPI EMPLOYMENT SECURITY COMMISIO
OFFICE OF GENEREAL COUNSEL
P O BOX 23089
JACKSON MS 39225-3089

CREDITOR ID: 395474-64
MISSISSIPPI GENERATOR
PO BOX 7062
JACKSON, MS 39282

CREDITOR ID: 541076-BI
MISSISSIPPI GENERATOR SERVICE INC
P O BOX 7062
JACKSON MS 39282

CREDITOR ID: 256491-12
MISSISSIPPI GENERATOR SERVICE INC
PO BOX 7062
JACKSON, MS 39282

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 541078-BI<br>MISSISSIPPI OFFICE OF REVENUE<br>PO BOX 23075<br>JACKSON MS 39225-3075 | CREDITOR ID: 541077-BI<br>MISSISSIPPI OFFICE OF REVENUE<br>PO BOX 23050<br>JACKSON MS 39225-3050 | CREDITOR ID: 384244-47<br>MISSISSIPPI POWER CO<br>ATTN JAN STUART<br>401 WEST MAIN AVE<br>LUMBERTON MS 39455 |
| CREDITOR ID: 541079-BI<br>MISSISSIPPI POWER CO<br>PO BOX 245<br>BIRMINGHAM MS 35201-0245 | CREDITOR ID: 541080-BI<br>MISSISSIPPI PRESS<br>P O BOX 390<br>MOBILE AL 36601-0390 | CREDITOR ID: 541082-BI<br>MISSISSIPPI STATE BOARD OF PHARMACY<br>P O BOX 24507<br>JACKSON MS 39225-4507 |
| CREDITOR ID: 541081-BI<br>MISSISSIPPI STATE BOARD OF PHARMACY<br>204 KEY DRIVE<br>SUITE C<br>MADISON MS 39110 | CREDITOR ID: 541083-BI<br>MISSISSIPPI STATE TAX<br>COMMISSION<br>PO BOX 23050<br>JACKSON MS 39205-2305 | CREDITOR ID: 541085-BI<br>MISSISSIPPI STATE TAX COMM<br>PO BOX 960<br>JACKSON MS 39205 |
| CREDITOR ID: 541084-BI<br>MISSISSIPPI STATE TAX COMM<br>P O BOX 1140<br>JACKSON MS 39215 | CREDITOR ID: 395533-64<br>MISSISSIPPI STATE UNIVERSITY<br>PO BOX 5316<br>MISSISSIPPI STATE, MS 39762 | CREDITOR ID: 541086-BI<br>MISSISSIPPI VALLEY GAS CO<br>PO BOX 9001949<br>LOUISVILLE KY 40290-1949 |
| CREDITOR ID: 541087-BI<br>MISSISSIPPI WITHHOLDING TAX<br>PO BOX 23075<br>JACKSON MS 39225-3075 | CREDITOR ID: 541088-BI<br>MISSISSIPPI WORKERS<br>COMPENSATION COMM<br>PO BOX 5300<br>JACKSON MS 39296-5300 | CREDITOR ID: 541089-BI<br>MISTRAL INTERNATIONAL CORPORATION<br>9372 N W 101TH STREET<br>MEDLEY FL 33178 |
| CREDITOR ID: 256511-12<br>MISTRAL INTERNATIONAL CORPORATION<br>ATTN JAIME CORREA, CFO/<br>LUIS C VAOELA, PRESIDENT<br>9372 NW 101ST STREET<br>MEDLEY, FL 33178 | CREDITOR ID: 541090-BI<br>MISTY STOFFREGEN<br>1477 NORTH DONAHUE DRIVE<br># 801<br>AUBURN AL 36830 | CREDITOR ID: 556550-BC<br>MISURACA, LUIGINA<br>1933 CATO CT<br>INDIALANTIC FL 32903 |
| CREDITOR ID: 541093-BI<br>MITCH MURCH'S MAINTENANCE MANAGEMENT<br>PO BOX 798129<br>ST LOUIS MO 63179-8000 | CREDITOR ID: 541092-BI<br>MITCH MURCH'S MAINTENANCE MANAGEMENT<br>DBA ROYAL SERVICES<br>PO BOX 798129<br>ST LOUIS MO 63179-8000 | CREDITOR ID: 541094-BI<br>MITCHCO & ASSOCIATES<br>17460 MCCRORY 1 RD<br>PRAIRIEVILLE LA 70769 |
| CREDITOR ID: 256516-12<br>MITCHCO & ASSOCIATES<br>ATTN DAVID R MITCHELL, PRESIDENT<br>17460 MCCRORY 1 RD<br>PRAIRIEVILLE, LA 70769 | CREDITOR ID: 541095-BI<br>MITCHEL E AARON<br>98 PEAR TREE LANE<br>JASPER AL 35504 | CREDITOR ID: 536633-BA<br>MITCHELL  (MINOR), EMANI<br>1643 FRANCE STREET<br>NEW ORLEANS LA 70117 |
| CREDITOR ID: 541096-BI<br>MITCHELL C SHIRAH MD FAMILY PRACTICE<br>4441 US HIGHWAY 431 NORTH<br>SUITE 1<br>ROANOKE AL 36274 | CREDITOR ID: 256520-12<br>MITCHELL CO, THE<br>ATTN ALAN G RESTER<br>PO BOX 160306<br>MOBILE, AL 36616-1306 | CREDITOR ID: 541097-BI<br>MITCHELL DIST<br>PO BOX 4177<br>MERIDIAN MS 39304 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:    05-03817-3F1**

CREDITOR ID: 1606-RJ
MITCHELL MORTGAGE COMPANY LLC
ATTN: ORE DEPARTMENT
PO BOX 27459
HOUSTON, TX 77227

CREDITOR ID: 541098-BI
MITCHELL NEWSPAPERS INC
PO BOX 365
13 S SCOTT ST
CAMILLA GA 31730-0365

CREDITOR ID: 541099-BI
MITCHELL SERVICES INC
PO BOX 2965
HICKORY NC 28603

CREDITOR ID: 536628-BA
MITCHELL, BARBARA
1688 RUSSET HILLS CIRCLE`
HOOVER AL 35244

CREDITOR ID: 389652-54
MITCHELL, CECILE
C/O J SCOTT NOONEY & ASSOCIATES
ATTN J SCOTT NOONEY, ESQ
3535 HENDRICKS AVENUE
JACKSONVILLE FL 32207

CREDITOR ID: 389652-54
MITCHELL, CECILE
3780 UNIVERSITY CLUB BLVD, APT 2103
JACKSONVILLE, FL 32277

CREDITOR ID: 536629-BA
MITCHELL, CHARMAINE
3832 BIENVILLE RD.
MONTGOMERY AL 36109

CREDITOR ID: 393030-55
MITCHELL, DAWN
C/O PELHAM & ANDREWS
ATTN RANDY VINCENT PELHAM, ESQ
1982 CAPITAL CIRCLE, NE
TALLAHASSEE FL 32308

CREDITOR ID: 390501-55
MITCHELL, ELLA L
C/O KASSOR & PALUCH
ATTN ERIC H KASSOR, ESQ
3000 HIGHWOODS BLVD, SUITE 210
RALEIGH NC 27604-1028

CREDITOR ID: 392887-55
MITCHELL, FANNIE
C/O CHRISTIAN & DAVIS
ATTN KELLY POPE KAROW, ESQ
1007 E WASHINGTON STREET
GREENVILLE SC 29601

CREDITOR ID: 536630-BA
MITCHELL, LATASHA
4714 BIRDWELL LANE
BOSSIER CITY LA 71111

CREDITOR ID: 538476-BA
MITCHELL, LATOYA
C/O MORGAN & MORGAN, P.A.
ATTN GREGORY D. PRYSOCK
815 S. MAIN STREET, SUITE 301
JACKSONVILLE FL 32207

CREDITOR ID: 536631-BA
MITCHELL, LATOYA
887 FRANKLIN STREET, APT. C1-30
JACKSONVILLE FL 32206

CREDITOR ID: 556551-BC
MITCHELL, LELIA
107 HEMPSHIRE RD.
CANTONMENT FL 32533

CREDITOR ID: 392752-55
MITCHELL, LOUISE
C/O JEANETTE J SECOR, PA
ATTN JEANETTE J SECOR, ESQ
6474 FIRST AVE NORTH
ST PETERSBURG FL 33710

CREDITOR ID: 382878-51
MITCHELL, MARY
C/O BARRY C. LEAVELL
205 MADISON AVE. STE A
MONTGOMERY, AL 36104

CREDITOR ID: 556552-BC
MITCHELL, MARY ANN
P O BOX 1175
CHIEFLAND FL 32626

CREDITOR ID: 556554-BC
MITCHELL, MELISSA
2201 MANGO AVENUE
HAINES CITY FL 33844

CREDITOR ID: 407001-MS
MITCHELL, SAMUEL J
1209 LAKE DRIVE
VALDOSTA GA 31602

CREDITOR ID: 536632-BA
MITCHELL, SHANICE
513 HANEY LANE
PO BOX 897
PONCHATOULA LA 70454

CREDITOR ID: 538477-BA
MITCHELL, SHANICE
C/O LAW OFFICES OF JOHN L YOUNG
ATTN JOHN L. YOUNG
915 ST LOUIS STREET
NEW ORLEANS LA 70112

CREDITOR ID: 556553-BC
MITCHELL, SYLVIA
163 THOMAS STREET
CAMILLA GA 31730

CREDITOR ID: 410557-15
MITCHELL, TIFFANY
C/O FARAH & FARAH, PA
ATTN ROBERT P ESHELMAN, II, ESQ.
4640 BLANDING BLVD
JACKSONVILLE FL 32210

CREDITOR ID: 410557-15
MITCHELL, TIFFANY
11242 RUSTIC PINES CIRCLE
JACKSONVILLE FL 32257

CREDITOR ID: 556555-BC
MITCHELL, VINCENT
1381 EAST DUVALL
LAKE CITY FL 32055

CREDITOR ID: 391146-55
MITCHELL, WILLIAM
C/O IKE F HAWKINS III & ASSOCIATES
ATTN IKE F HAWKINS, III, ESQ
13541 TIGER BEND ROAD
BATON ROUGE LA 70879-8178

CREDITOR ID: 380987-47
MITSUBISHI INTERNATIONAL
FOOD INGREDIENTS, INC
ATTN H MAKAMURA
ONE BRIDGE PLAZA, SUITE 270
FORT LEE NJ 07024

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 541100-BI<br>MITSUBISHI INTERNATIONAL FOOD INGREDIENT<br>PO BOX 404584<br>ATLANTA GA 30384-4584 | CREDITOR ID: 541101-BI<br>MIXIT MARKETING<br>1427 ASHFORD PARKWAY<br>ATLANTA GA 30338 | CREDITOR ID: 536634-BA<br>MIXON, LAURA<br>34655 OAK LANE<br>STAPLETON AL 36578 |
| CREDITOR ID: 399853-84<br>MIXON, LINDA<br>C/O GLYN J GODWIN, PLC<br>ATTN GLYN J GODWIN, ESQ.<br>10001 LAKE FOREST BLVD, SUITE 900<br>NEW ORLEANS LA 70127 | CREDITOR ID: 399853-84<br>MIXON, LINDA<br>2212 VALMAR ST<br>MERAUX LA 70075 | CREDITOR ID: 541102-BI<br>MIZELL MEMORIAL HOSPITAL<br>PO BOX 1010<br>OPP AL 36467 |
| CREDITOR ID: 256533-12<br>MIZELL MEMORIAL HOSPITAL<br>PO BOX 1010<br>OPP, AL 36467 | CREDITOR ID: 385599-54<br>MIZELL, HATTYE<br>3431 NW 7TH STREET<br>FORT LAUDERDALE, FL 33311 | CREDITOR ID: 390891-55<br>MIZELL, HATTYE<br>THE COCHRAN FIRM-MIAMI<br>ATTN JAMES S ROBERTSON III<br>100 SE 2ND STREET #3350<br>MIAMI FL 33131 |
| CREDITOR ID: 411068-15<br>MIZELLE, MICHAEL<br>FARAH & FARAH, PA<br>ATTN DANIEL C SHAUGHNESSY, ESQ<br>4640 BLANDING BLVD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 411068-15<br>MIZELLE, MICHAEL<br>72 HUTCHINSON ROAD<br>JACKSONVILLE FL 32220 | CREDITOR ID: 541103-BI<br>MIZKAN AMERICAS<br>PO BOX 75231<br>CHICAGO IL 60675 |
| CREDITOR ID: 256534-12<br>MIZKAN AMERICAS<br>PO BOX 75231<br>CHICAGO, IL 60675 | CREDITOR ID: 541104-BI<br>MJB LAKE WALES, LLC<br>C/O COMPSON DEVELOPMENT<br>980 NORTH FEDERAL HWY<br>SUITE 314<br>BOCA RATON FL 33432 | CREDITOR ID: 541105-BI<br>MJF & ASSOCIATES<br>310 OAKDALE ROAD<br>NORTH YORK ON M3N 1W5<br>CANADA |
| CREDITOR ID: 255195-12<br>ML WEEKS, INC<br>ATTN MERLYN LEE WEEKS JR, PRES<br>3914 STAPLES RD<br>PINEVILLE LA 71360 | CREDITOR ID: 541106-BI<br>MLO PRODUCTS INC<br>PO BOX 49302<br>SAN JOSE CA 95161-9302 | CREDITOR ID: 541107-BI<br>MM GRINNAN COMPANY<br>12443 SAN JOSE BLVD<br>SUITE 901<br>JACKSONVILLE FL 32223 |
| CREDITOR ID: 407607-15<br>MMMM, INC DBA MITCH MURCH'S<br>C/O HERREN, DARE & STREETT<br>ATTN DAVID M DARE, ESQ<br>1051 N HARRISON AVENUE<br>ST LOUIS MO 63122 | CREDITOR ID: 407607-15<br>MMMM, INC DBA MITCH MURCH'S<br>MAINTENANCE MGMT<br>ASSIGNEE OF ROYAL SERVICES INC<br>2827 CLARK AVENUE<br>ST LOUIS MO 63103-2591 | CREDITOR ID: 541108-BI<br>MO FAMILY SUPPORT PAYMENT CENTER<br>P O BOX 109001<br>JEFFERSON CITY MO 65110-9001 |
| CREDITOR ID: 384245-47<br>MO MOORMAN BEER DIST<br>4401 PRODUCE ROAD<br>LOUISVILLE, KY 40218 | CREDITOR ID: 541109-BI<br>MOBIL STEAM CLEAN<br>25404 WINDING WAY<br>PASS CHRISTIAN MS 39571 | CREDITOR ID: 395322-63<br>MOBIL STEAM CLEAN<br>25404 WINDING WAY<br>PASS CHRISTIAN, MS 39571 |
| CREDITOR ID: 256538-12<br>MOBIL STEAM CLEAN INC<br>ATTN STEVE FLEMING, PRES<br>25404 WINDING WAY<br>PASS CHRISTIAN, MS 39571 | CREDITOR ID: 256541-12<br>MOBILE AREA WATER & SEWER<br>PO BOX 2153 DEPT 1276<br>BIRMINGHAM, AL 35287-1276 | CREDITOR ID: 541110-BI<br>MOBILE AREA WATER & SEWER<br>P O BOX 2153 DEPT 1276<br>BIRMINGHAM AL 35287-1276 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 541111-BI<br>MOBILE COUNTY<br>PO BOX 2207<br>MOBILE AL 36652-2207 | CREDITOR ID: 541112-BI<br>MOBILE COUNTY HEALTH DEPT<br>P O BOX 2867<br>MOBILE AL 36652 | CREDITOR ID: 541113-BI<br>MOBILE COUNTY WATER SEWER &<br>PO BOX 489<br>THEODORE AL 36590-0489 |
| CREDITOR ID: 541114-BI<br>MOBILE GAS SER CO<br>PO BOX 2248<br>MOBILE AL 36652-2248 | CREDITOR ID: 541115-BI<br>MOBILE INFIRMARY ASSOCIATES<br>PO BOX 2144<br>MOBILE AL 36652 | CREDITOR ID: 256549-12<br>MOBILE INFIRMARY ASSOCIATES<br>PO BOX 2144<br>MOBILE, AL 36652 |
| CREDITOR ID: 256550-12<br>MOBILE ON-SITE COLLECTION SVC<br>2922 PINEVIEW ST<br>DULUTH, GA 30096 | CREDITOR ID: 541116-BI<br>MOBILE REGISTER<br>P O BOX 2488<br>MOBILE AL 36652-2488 | CREDITOR ID: 382832-51<br>MOBILE REGISTER<br>PO BOX 2488<br>MOBILE, AL 36652 |
| CREDITOR ID: 541117-BI<br>MOBILE TRUCK TIRE SPECIALIST<br>PO BOX 4118<br>SLIDELL LA 70459 | CREDITOR ID: 536635-BA<br>MOBLEY (MINOR), LANE<br>6012 TINER AVENUE<br>ORLANDO FL 32809 | CREDITOR ID: 249063-99<br>MOBLEY FAM PRTNP LP & REDD FAM PRTN<br>LLLP DBA BLUE ANGEL CROSSING SHOPP<br>C/O EPSTEIN BECKER & GREEN PC<br>ATTN: ANNETTER KERLIN MCBRAYER, ESQ<br>945 EAST PACES FERRY RD, STE 2700<br>ATLANTA GA 30326-1380 |
| CREDITOR ID: 1128-07<br>MOBLEY FAMILY PARTNERSHIP, LP &<br>REDD FAMILY II, LP DBA<br>BLUE ANGEL CROSSINGS<br>C/O REDD REALTY SERVICES<br>4200 NORTHSIDE PKWY BLDG 10 STE 101<br>ATLANTA, GA 30327-3080 | CREDITOR ID: 1128-07<br>MOBLEY FAMILY PARTNERSHIP, LP &<br>C/O EPSTEIN BECKER & GREEN, PC<br>ATTN ANNETTE KERLIN MCBRAYER, ESQ<br>945 E PACES FERRY RD, STE 2700<br>ATLANTA GA 30326 | CREDITOR ID: 556557-BC<br>MOBLEY, ART<br>5601 BANOS AVE<br>COCOA FL 32927 |
| CREDITOR ID: 556556-BC<br>MOBLEY, DOMINIC<br>2800 MT. KENNEDY DR.<br>KENNER LA 70065 | CREDITOR ID: 393056-55<br>MOBLEY, ELOUISE<br>C/O GARY WILLIAMS PARENTI ET AL<br>ATTN TANISHA N GARY, ESQ<br>WATERSIDE PROFESSIONAL BLDG<br>221 E OSCEOLA STREET<br>STUART FL 34994 | CREDITOR ID: 541118-BI<br>MODERN ICE<br>PO BOX 631289<br>CINCINNATI OH 45263-1289 |
| CREDITOR ID: 541119-BI<br>MODERN LANDSCAPE DESIGN<br>3700 HIGHWAY 39 NORTH<br>MERIDIAN MS 39301 | CREDITOR ID: 256556-12<br>MODERN LANDSCAPE DESIGN LLC<br>ATTN WILLIAM E STUBBS, PRESIDENT<br>3700 HIGHWAY 39 NORTH<br>MERIDIAN, MS 39301 | CREDITOR ID: 395695-65<br>MODERN LANDSCAPE DESIGN, LLC<br>3700 HIGHWAY 39 NORTH<br>MERIDIAN, MS 39301 |
| CREDITOR ID: 541120-BI<br>MODERN LEASING INC OF IOWA<br>8040 UNIVERSITY BLVD<br>DES MOINES IA 50325 | CREDITOR ID: 256557-12<br>MODERN LEASING INC OF IOWA<br>C/O LORI MCCLAREY<br>8040 UNIVERSITY BLVD<br>CLIVE, IA 50325 | CREDITOR ID: 411357-GX<br>MODERN LEASING, INC. OF IOWA<br>PO BOX 663<br>DES MOINES IA 50303 |
| CREDITOR ID: 541121-BI<br>MODERN MATERIAL HANDLING<br>PO BOX 5658<br>GREENVILLE SC 29606-5658 | CREDITOR ID: 256558-12<br>MODERN MATERIAL HANDLING<br>ATTN BEN A REED, PRES<br>PO BOX 5658<br>GREENVILLE, SC 29606-5658 | CREDITOR ID: 381286-47<br>MODERN SOUND & COMMUNICATION INC<br>4359 MIDMOST DR<br>MOBILE, AL 36609 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                        **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 541122-BI<br>MODERN VENDING<br>8040 UNIVERSITY BLVD<br>DES MOINES IA 50325 | CREDITOR ID: 541124-BI<br>MODERN WELDING CO INC<br>PO BOX 568678<br>ORLANDO FL 32856-8678 | CREDITOR ID: 541123-BI<br>MODERN WELDING CO INC<br>P O BOX 890095<br>CHARLOTTE NC 28289-0095 |
| CREDITOR ID: 541125-BI<br>MODERN WOODMAN<br>PO BOX 1916<br>C/O THE INTERLACHEN CO<br>WINTER PARK FL 32790 | CREDITOR ID: 1607-07<br>MODERN WOODMAN OF AMERICA<br>C/O THE INTERLACHEN CO<br>PO BOX 1916<br>WINTER  PARK, FL 32790 | CREDITOR ID: 541127-BI<br>MODERN WOODMEN OF AMERICA<br>PO BOX 1916<br>C/O INTERLACHEN COMPANY<br>WINTER PARK FL 32790 |
| CREDITOR ID: 541126-BI<br>MODERN WOODMEN OF AMERICA<br>1701 1ST AVENUE<br>ROCK ISLAND IL 61201 | CREDITOR ID: 2411-07<br>MODERN WOODMEN OF AMERICA<br>1701 1ST AVENUE<br>ROCK ISLAND, IL 61201 | CREDITOR ID: 556558-BC<br>MODESITT, ELISABETH<br>1851 WEST LANDSTREET RD<br>BUILDING C APT.2258<br>ORLANDO FL 32809 |
| CREDITOR ID: 406235-G4<br>MODIS<br>ATTN: GUY CUDIHEE<br>1 INDEPENDENT DRIVE<br>JACKSONVILLE FL 32202 | CREDITOR ID: 541128-BI<br>MODIS<br>PO BOX 931823<br>ATLANTA GA 31193 | CREDITOR ID: 403492-15<br>MODIS, INC<br>C/O MPS GROUP, INC<br>ATTN DEEANN WALTON<br>1 INDEPENDENT DRIVE, 10TH FL<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 541129-BI<br>MODULAR DESIGNS<br>4801 EXECUTIVE PARK COURT<br>SUITE 208<br>JACKSONVILLE FL 32216 | CREDITOR ID: 407002-MS<br>MOFFETT, PAUL A<br>1619A WEST BRAKER LANE<br>AUSTIN TX 78758 | CREDITOR ID: 541132-BI<br>MOHAMMAD ABDUD DAIYAN<br>2346 WINKLER AVENUE APT A210<br>FORT MYERS FL 33901 |
| CREDITOR ID: 541131-BI<br>MOHAMMAD ABDUD DAIYAN<br>2346 WINKLER AVENUE APT 210<br>FORT MYERS FL 33901 | CREDITOR ID: 251237-12<br>MOHAMMAD, HAQUE O<br>911 VERANDA CHASE DRIVE<br>LAWRENCEVILLE, GA 30044 | CREDITOR ID: 538478-BA<br>MOHAMMED, FARIDA<br>C/O ROSENBERG & ROSENBERG, PA<br>ATTN MICHAEL K BERGMAN ESQ<br>2501 HOLLYWOOD BLVD., SUITE 110<br>HOLLYWOOD FL 33020 |
| CREDITOR ID: 536636-BA<br>MOHAMMED, FARIDA<br>4261 N.W. 24 STREET<br>LAUDERHILL FL 33313 | CREDITOR ID: 1610-07<br>MOHATRA INC<br>6500 W 4TH AVE OFC 39<br>HIALEAH FL 33012-6670 | CREDITOR ID: 541134-BI<br>MOHATRA INC<br>6500 W 4TH AVE OFC 39<br>HIALEAH FL 33012-6670 |
| CREDITOR ID: 1610-07<br>MOHATRA INC<br>RICARDO A GONZALEZ & ASSOC, PA<br>ATTN RICARDO A GONZALEZ, ESQ<br>7270 NW 12ST, PENTHOUSE 9<br>MIAMI FL 33126 | CREDITOR ID: 2412-07<br>MOHATRA INC<br>6500 W 4TH AVENUE, OFC 39<br>HIALEAH, FL 33012-6670 | CREDITOR ID: 404033-15<br>MOHUNDRO, DOROTHA<br>C/O GOLDSTEIN BUCKLEY CECHMAN ET AL<br>ATTN RAY GOLDSTEIN, ESQ<br>1515 BROADWAY<br>PO BOX 2366<br>FORT MYERS FL 33902-2366 |
| CREDITOR ID: 404033-15<br>MOHUNDRO, DOROTHA<br>334 S AMERS STREET<br>NORTH FT MYERS FL 33903 | CREDITOR ID: 403521-15<br>MOHUNDRO, DORTHA J<br>C/O GOLDSTEIN BUCKLEY CECHMAN ET AL<br>ATTN RAY GOLDSTEIN, ESQ<br>1515 BROADWAY<br>PO BOX 2366<br>FORT MEYERS FL 33902-2366 | CREDITOR ID: 536637-BA<br>MOISES, JORGE<br>71 EAST 51ST STREET<br>HIALEAH FL 33013 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 538479-BA
MOISES, JORGE
C/O ALEXIS IZQUIERDO, PA
ATTN ALEXIS IZQUIERDO
102 EAST 49TH STREET
HIALEAH FL 33013

CREDITOR ID: 536638-BA
MOJENO, NEMECIO
964 W. 80TH PLACE
HIALEAH FL 33014

CREDITOR ID: 538480-BA
MOJENO, NEMECIO
C/O FRIEDMAN, RODMAN & FRANK, PA
ATTN CAROLYN F FRANK ESQ
3636 WEST FLAGLER STREET
MIAMI FL 33135

CREDITOR ID: 536639-BA
MOLIERRE, MYRA
20061 DUNSON PARK AVE.
PONCHATOULA LA 70454

CREDITOR ID: 556559-BC
MOLINA, MICHAEL
17552 SE 121 CIRCLE
SUMMERFIELD FL 34491

CREDITOR ID: 541135-BI
MOLINARO TOOL AND DIE INC
SHENANGO COMMERCE PARK
PO BOX 7405
NEW CASTLE PA 16101

CREDITOR ID: 387985-54
MOLINE, PHYLLIS & EMILE
C/O KIEFER & KIEFER
ATTN KRIS KIEFER ESQ
2310 METAIRIE ROAD
METAIRIE LA 70001

CREDITOR ID: 387985-54
MOLINE, PHYLLIS & EMILE
1822 FLOOD ST
NEW ORLEANS, LA 70117

CREDITOR ID: 541136-BI
MOLINO RECREATION ASSOCIATION
P O BOX 533
MOLINO FL 32577

CREDITOR ID: 541137-BI
MONABEL APONTE
2684 CREEK RIDGE DR
GREEN COVE SPRINGS FL 32043

CREDITOR ID: 536640-BA
MONACO, TINA
6478 PONDAPPLE RD
BOCA RATON FL 33433

CREDITOR ID: 556560-BC
MONAGAS, VICTORIA
454 N. BEACH STREET
ORMOND BEACH FL 32174

CREDITOR ID: 260844-12
MONANSINGH, SHAYNE S
3917 AMRON COURT
ORLANDO, FL 32822

CREDITOR ID: 541138-BI
MONARCH DEVELOPMENT LLC
C/O BRUMLEY,MEYER,KAPP, & ASSOC LLC
230 SEVEN FARMS DRIVE
SUITE 200
CHARLESTON SC 29492

CREDITOR ID: 536641-BA
MONCAYO, MABEL
7116 NW 78TH AVENUE
TAMARAC FL 33321

CREDITOR ID: 538481-BA
MONCAYO, MABEL
SHELOWITZ, SHELOWITZ & TERRELL, P.A
ATTN JODIE BASSICHIS
1801 S. PERIMETERS RD, SUITE 180
FORT LAUDERDALE FL 33009

CREDITOR ID: 52147-05
MONCURE, ARMERS
719 HICKORY RIDGE DR
JACKSON MS 39206

CREDITOR ID: 541139-BI
MONDO UNITED INC
4201 GERALDINE AVENUE
ST LOUIS MO 63115

CREDITOR ID: 315871-40
MONFORT HEIGHTS STATION LTD
C/O PHILLIPS EDISON & CO
PO BOX 640474
CINCINNATI, OH 45264-0474

CREDITOR ID: 556561-BC
MONGUA, BRUNILDA
10011 PORTALE AVE
ORLANDO FL 32825

CREDITOR ID: 541142-BI
MONICA LAUREL
19264 S GARDENIA AVENUE
WESTON FL 33332

CREDITOR ID: 541144-BI
MONICA STURM
19264 S GARDENIA AVENUE
EMP# 165563
WESTON FL 33332

CREDITOR ID: 556562-BC
MONISTERE, BETTY
19 REN PASS AVE
HARAHAN LA 70123

CREDITOR ID: 452036-15
MONOCLE MANAGEMENT INC
ATTN LOREN SIMKOWITZ, PRESIDENT
1291 SEMINOLE DRIVE
FORT LAUDERDALE FL 33304

CREDITOR ID: 452035-15
MONOCLE MANAGEMENT LTD INC
ATTN LOREN M SIMKOWITZ, PRESIDENT
1040 BAYVIEW DRIVE, SUITE 528
FORT LAUDERDALE FL 33304

CREDITOR ID: 541145-BI
MONOFLO INTERNATIONAL
PO BOX 2797
WINCHESTER VA 22604

CREDITOR ID: 541147-BI
MONOGRAM CREDIT CARD BANK OF GA
C/O ERSKINE AND FLEISHER
55 WESTON RD  STE 300
FT LAUDERDALE FL 33326-3326

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 541146-BI<br>MONOGRAM CREDIT BANK OF GA<br>C/O BRAY & SINGLETARY P A<br>PO BOX 53197<br>JACKSONVILLE FL 32201 | CREDITOR ID: 541148-BI<br>MONROE COUNTY HOSPITAL<br>PO BOX 886<br>MONROEVILLE AL 36461 | CREDITOR ID: 256600-12<br>MONROE COUNTY HOSPITAL<br>ATTN PHYLLIS SMITH, PATIENT ACCTS<br>PO BOX 886<br>MONROEVILLE, AL 36461 |
| CREDITOR ID: 541149-BI<br>MONROE COUNTY SUPPORT<br>COLLECTION UNIT<br>PO BOX 15326<br>ALBANY NY 12212-5326 | CREDITOR ID: 256605-12<br>MONROE JOURNAL<br>ATTN: KERMIT P BOLTON<br>PO BOX 826<br>MONROEVILLE, AL 36461-0826 | CREDITOR ID: 541150-BI<br>MONROE WAREHOUSE TRUCKING INC<br>PO BOX 1582<br>801 RIVERBARGE<br>MONROE LA 71210 |
| CREDITOR ID: 541151-BI<br>MONROE WATER LIGHT & GAS COMM<br>PO BOX 725<br>MONROE GA 30655-0725 | CREDITOR ID: 256609-12<br>MONROE WATER LIGHT & GAS COMM<br>PO BOX 725<br>MONROE, GA 30655-0725 | CREDITOR ID: 536642-BA<br>MONROE, ELIZABETH<br>2010 ARIANA ST<br>LAKELAND FL 33803-1640 |
| CREDITOR ID: 538482-BA<br>MONROE, ELIZABETH<br>C/O BALES & WEINSTEIN<br>11300 FOURTH STREET N., SUITE 117<br>ST. PETERSBURG FL 33716 | CREDITOR ID: 416568-L1<br>MONROE, EVERGREEN<br>603 SE 15 DRIVE<br>GAINESVILLE FL 32641 | CREDITOR ID: 556563-BC<br>MONROE, PAUL<br>P.O. BOX 531<br>DAPHNE AL 36526 |
| CREDITOR ID: 390846-55<br>MONROE, ROSE<br>C/O DONNA B MICHELSON, PA<br>ATTN DONNA B MICHELSON, ESQ<br>2937 SW 27TH AVENUE, SUITE 206<br>COCONUT GROVE FL 33133 | CREDITOR ID: 52207-05<br>MONROE, RUFUS L<br>342 SE 10TH ST<br>WILLISTON FL 32696-2826 | CREDITOR ID: 541152-BI<br>MONROEVILLE CENTER PARTNERS<br>LTD<br>PO BOX 230<br>POINT CLEAR AL 36564 |
| CREDITOR ID: 1611-07<br>MONROEVILLE CENTER PARTNERS LTD<br>PO BOX 230<br>POINT  CLEAR, AL 36564 | CREDITOR ID: 408167-15<br>MONROEVILLE CENTER PARTNERS, LTD<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN SHERRI TUCKER FREEMAN, ESQ<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203-2104 | CREDITOR ID: 395421-64<br>MONSTER.COM<br>11404 IRONRIDGE DRIVE<br>OWINGS MILLS, MD 21117 |
| CREDITOR ID: 541153-BI<br>MONSTERTRAK<br>FILE 70104<br>LOS ANGELES CA 90074-0104 | CREDITOR ID: 256611-12<br>MONTAGUE INDUSTRIAL CORP<br>PO BOX 530111  DEPT S-028<br>ATLANTA, GA 30353-0111 | CREDITOR ID: 541154-BI<br>MONTAGUE PITTMAN & VARNADO<br>PO BOX 1975<br>HATTIESBURG MS 39403-1975 |
| CREDITOR ID: 390916-55<br>MONTALVAN, VERONICA<br>C/O BURGOS & EVANS, LLC<br>ATTN ROBERT B EVANS, III, ESQ<br>3632 CANAL STREET<br>NEW ORLEANS LA 70119-6135 | CREDITOR ID: 385827-54<br>MONTALVO, CARLOTA<br>17033 MORGAN DRIVE<br>NAPLES, FL 34113 | CREDITOR ID: 541155-BI<br>MONTANA CSED WAGE WITHHOLDING UNIT<br>PO BOX 8001<br>HELENA MT 59604-8001 |
| CREDITOR ID: 410693-15<br>MONTANEZ, AMELIA<br>C/O EVAN M FELDMAN LAW OFFICES<br>ATTN EVAN M FELDMAN, ESQ<br>5975 SUNSET DRIVE, STE 601<br>SOUTH MIAMI FL 33143 | CREDITOR ID: 556564-BC<br>MONTANO, SARAI<br>2035 PINE CHACE COURT<br>TAMPA FL 33613 | CREDITOR ID: 536643-BA<br>MONTENEGRO, ALMA<br>3636 W. FLAGLER ST.<br>MIAMI FL 33135 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of**
**Reorganization, (B) Occurrence of Effective Date**
**of Plan, and (C) Bar Dates for Filing claims Arising**
**before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 538483-BA<br>MONTENEGRO, ALMA<br>C/O FRIEDMAN, RODMAN & FRANK, P.A.<br>ATTN RONALD RODMAN<br>3636 WEST FLAGLER STREET<br>MIAMI FL 33135 | CREDITOR ID: 541156-BI<br>MONTEREY COUNTY<br>DIST ATTORNEY FAM SUPP DIV<br>PO BOX 2059<br>SALINAS CA 93902-2059 | CREDITOR ID: 541157-BI<br>MONTEREY MUSHROOMS INC<br>PO BOX 550871<br>TAMPA FL 33655-0871 |
| CREDITOR ID: 278927-30<br>MONTEREY MUSHROOMS INC<br>ATTN BYRON IRMEGER, CONTROLLER<br>PO BOX 550871<br>TAMPA, FL 33655-0871 | CREDITOR ID: 556565-BC<br>MONTERIOKA, DUNIESKY<br>983 SW 67 AVE<br>MIAMI FL 33144 | CREDITOR ID: 536644-BA<br>MONTERO, MIRTHA<br>1703 DODGE AVE<br>SARASOTA FL 34235 |
| CREDITOR ID: 538484-BA<br>MONTERO, MIRTHA<br>C/O RICCARDO D. ARCARO, ESQ.<br>1834 MAIN STREET<br>SARASOTA FL 34236 | CREDITOR ID: 387888-54<br>MONTES, ACACIA<br>C/O MICHAEL WEISBERG LAW OFFICE<br>ATTN MICHAEL P WEISBERG, ESQ<br>1925 BRICKELL AVENUE, SUITE D301<br>MIAMI FL 33129 | CREDITOR ID: 387888-54<br>MONTES, ACACIA<br>1733 NW 16TH STREET<br>MIAMI, FL 33125 |
| CREDITOR ID: 556566-BC<br>MONTES, MARIA<br>2001 NW 111 TERRACE<br>PEMBROKE PINES FL 33026 | CREDITOR ID: 556567-BC<br>MONTESANO, AMY<br>342 SOLITA CIRCLE<br>PORT SAINT LUCIE FL 34983 | CREDITOR ID: 556568-BC<br>MONTESINO, TERESA<br>8827 SW 25 ST<br>MIAMI FL 33165 |
| CREDITOR ID: 541158-BI<br>MONTGOMERY ADVERTISER<br>PO BOX 1000<br>MONTGOMERY AL 36101-1000 | CREDITOR ID: 382834-51<br>MONTGOMERY ADVERTISER<br>425 MOLTON STREET<br>MONTGOMERY, AL 36104 | CREDITOR ID: 256619-12<br>MONTGOMERY AREA CHAMBER OF COMMERCE<br>PO BOX 79<br>MONTGOMERY, AL 36101-0079 |
| CREDITOR ID: 256621-12<br>MONTGOMERY BEVERAGE CO<br>PO BOX 250550<br>MONGOMERY AL 36125-0550 | CREDITOR ID: 256621-12<br>MONTGOMERY BEVERAGE CO<br>C/O MANCUSO & FRANCO, PC<br>ATTN MARK A FRANCO, ESQ<br>HALCYON POINTE<br>7515 HALCYON SUMMIT DRIVE, STE 301<br>MONTGOMERY AL 36117 | CREDITOR ID: 541159-BI<br>MONTGOMERY COUNTY<br>ATTN REVENUE COMMISSIONER<br>PO BOX 4779<br>MONTGOMERY AL 36103-4779 |
| CREDITOR ID: 541160-BI<br>MONTGOMERY COUNTY HEALTH DEPT<br>3060 MOBILE HIGHWAY<br>MONTGOMERY AL 36108 | CREDITOR ID: 541161-BI<br>MONTGOMERY COUNTY REVENUE COMMISSIONER<br>PO BOX 4779<br>ATTN SARAH G SPEAR<br>MONTGOMERY AL 36103-4779 | CREDITOR ID: 541162-BI<br>MONTGOMERY EQUIP CO<br>PO BOX 9387<br>MONTGOMERY AL 36108-0387 |
| CREDITOR ID: 541163-BI<br>MONTGOMERY EQUIPMENT COMPANY<br>1350 AIR BASE BLVD<br>MONTGOMERY AL 36108 | CREDITOR ID: 256627-12<br>MONTGOMERY EQUIPMENT COMPANY<br>ATTN SARA BECK<br>PO BOX 9387<br>MONTGOMERY AL 36108-0387 | CREDITOR ID: 541164-BI<br>MONTGOMERY FASTENER & SUPPLY<br>PO BOX 210462<br>MONTGOMERY AL 36121 |
| CREDITOR ID: 256629-12<br>MONTGOMERY FASTENER & SUPPLY CO INC<br>ATTN JOE FINKLESTEIN, VP<br>PO BOX 210462<br>MONTGOMERY, AL 36121 | CREDITOR ID: 534994-W9<br>MONTGOMERY FASTENER & SUPPLY CO INC<br>ATTN: JOE S FINKLESTEIN<br>5537-H WARES FERRY ROAD<br>MONTGOMERY AL 36117 | CREDITOR ID: 541165-BI<br>MONTGOMERY RUBBER & GASKET CO<br>PO BOX 210639<br>MONTGOMERY AL 36121-0639 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

CREDITOR ID: 256632-12
MONTGOMERY RUBBER & GASKET CO, INC
ATTN: BRITT B GRIGGS
PO BOX 210639
MONTGOMERY, AL 36121-0639

CREDITOR ID: 256632-12
MONTGOMERY RUBBER & GASKET CO, INC
C/O PARNELL & CRUM, P.A.
ATTN: BRITT BATSON GRIGGS, ESQ.
PO BOX 2189
MONTGOMERY AL 36102-2189

CREDITOR ID: 539015-15
MONTGOMERY RUBBER & GASKET CO, INC
ATTN DEANNA FORRESTER
2521 MIDPARK RD
MONTGOMERY AL 36109

CREDITOR ID: 541166-BI
MONTGOMERY SCALES & SYSTEMS
3620 VANN ROAD
BIRMINGHAM AL 35235

CREDITOR ID: 541167-BI
MONTGOMERY WATER WORKS
PO BOX 1631
MONTGOMERY AL 36102-1631

CREDITOR ID: 556573-BC
MONTGOMERY, ARTESIA
8847 TAURUS CIRCLE SOUTH
JACKSONVILLE FL 32222

CREDITOR ID: 556569-BC
MONTGOMERY, BRITTANY
2813 LAMONT ST.
SELMA AL 36701

CREDITOR ID: 407003-MS
MONTGOMERY, DAVID W
4424 ORTEGA FARMS CIRCLE
JACKSONVILLE FL 32210

CREDITOR ID: 385545-54
MONTGOMERY, ELIZABETH
242 WEST 8TH ST
PONTOTOC, MS 38863

CREDITOR ID: 385545-54
MONTGOMERY, ELIZABETH
C/O GENE BARTON LAW OFFICE
ATTN GENE BARTON, ESQ
WASHINGTON STREET
PO BOX 455
PONTOTOC MS 38863

CREDITOR ID: 536645-BA
MONTGOMERY, INC, WINN-DIXIE
6080 MOBILE HWY
MONTGOMERY AL 36105

CREDITOR ID: 556571-BC
MONTGOMERY, KATHY
322 RAIN DR B-6
BAY MINETTE AL 36507

CREDITOR ID: 179781-09
MONTGOMERY, TIMOTHY M
75 RUBY ROAD
MONROEVILLE AL 36460

CREDITOR ID: 541168-BI
MONTICELLO NEWS
PO BOX 428
MONTICELLO FL 32344-0428

CREDITOR ID: 556574-BC
MONTOTO, MIGUEL
5624 RIDDLE ROAD
HOLIDAY FL 34690

CREDITOR ID: 399687-YY
MONTOUCETS AUTO REPAIR SHOP
125 KILCHRIST ROAD
CARENCRO LA 70520

CREDITOR ID: 416953-QR
MONTREUIL, ALAN
C/O DAN A ROBIN, JR .ESQUIRE
800 N CAUSEWAY BLVD, SUITE 100
METARIE LA 70001-5363

CREDITOR ID: 393433-55
MONTREUIL, ALAN
DAN A ROBIN, JR. LLC
ATTN DAN A ROBIN JR, ESQ
800 N CAUSEWAY BLVD, STE 100
METARIE LA 70001

CREDITOR ID: 556575-BC
MONZON, ANDREA
1854 MEADOW POND WAY
ORLANDO FL 32824

CREDITOR ID: 256639-12
MOODY DUNBAR INC
ATTN DAWN D YOUNG, CONTROLLER
PO BOX 6048
JOHNSON CITY TN 37602-6048

CREDITOR ID: 541170-BI
MOODY DUNBAR INC
PO BOX 102446
ATLANTA GA 30368-2446

CREDITOR ID: 541169-BI
MOODY DUNBAR INC
P O BOX 440305
NASHVILLE TN 37244-0305

CREDITOR ID: 536646-BA
MOODY, LAVETTA
8033 N. CHERRY LAKE GROVE RD.
GROVELAND FL 34736

CREDITOR ID: 556576-BC
MOODY, LOUISE
1040 NEWTON STREET
PRATTVILLE AL 36066

CREDITOR ID: 256642-12
MOODYS SHEET METAL WORKS
858 MASON AVE
DAYTONA BEACH, FL 32117

CREDITOR ID: 541171-BI
MOODYS SHEET METAL WORKS
858 MASON AVE
DAYTONA BEACH FL 32117

CREDITOR ID: 269645-19
MOON, ANGELA D
C/O SCHULTEN WARD & TURNER
ATTN DEAN FUCHS, ESQ
260 PEACHTREE STREET NW, SUITE 2700
ATLANTA GA 30303

SERVICE LIST

## Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing claims Arising before Effective Date and Other Administrative Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 403844-94<br>MOON, DANNY R<br>391 BRIAR STONE COURT<br>ORANGE PARK FL 32065 | CREDITOR ID: 556578-BC<br>MOON, SYLVIA<br>3738 FEATHER DR.<br>FROSTPROOF FL 33843 | CREDITOR ID: 422512-ST<br>MOON, TEDDY M<br>134 TIMBERLAKE DRIVE<br>ARDMORE AL 35739 |
| CREDITOR ID: 402849-89<br>MOON, TEDDY M.<br>134 TIMBERLAKE DR<br>ARDMORE AL 35739-9606 | CREDITOR ID: 538485-BA<br>MOONAN, EMANUEL<br>C/O LOREN L. GOLD, P.A.<br>BUILDING G<br>7800 WEST OAKLAND PARK BLVD<br>SUNRISE FL 33351 | CREDITOR ID: 536647-BA<br>MOONAN, EMANUEL<br>3718 NW 53RD COURT<br>FORT LAUDERDALE FL 33309 |
| CREDITOR ID: 541172-BI<br>MOORE SECURITY INC<br>PO BOX 2664<br>CLARKSVILLE IN 47131 | CREDITOR ID: 383214-15<br>MOORE SECURITY LLC<br>ATTN PHYLLIS LEWIS, GM & STAN MOORE<br>506 E LEWIS & CLARK PARKWAY, STE 3<br>CLARKSVILLE IN 47129-1730 | CREDITOR ID: 384246-47<br>MOORE WALLACE<br>PO BOX 905046<br>CHARLOTTE, NC 28290-5046 |
| CREDITOR ID: 541173-BI<br>MOORE WALLACE<br>PO BOX 905046<br>CHARLOTTE NC 28290-5046 | CREDITOR ID: 408346-15<br>MOORE WALLACE<br>ATTN JENNY RODRIGUEZ, A/R CLERK<br>PO BOX 6147<br>CAROL STREAM IL 60197 | CREDITOR ID: 411309-15<br>MOORE WALLACE<br>C/O RR DONNELLEY<br>ATTN DAN PEVONKA, SR MGR CFS<br>3075 HIGHLAND PKWY, 5TH FLOOR<br>DOWNERS GROVE IL 60515-1261 |
| CREDITOR ID: 541175-BI<br>MOORE WALLACE  NORTH AMERICA INC<br>PO BOX 905046<br>CHARLOTTE NC 28290-5046 | CREDITOR ID: 541174-BI<br>MOORE WALLACE  NORTH AMERICA INC<br>PO BOX 7777 W501934<br>PHILADELPHIA PA 19175-1934 | CREDITOR ID: 541176-BI<br>MOORE WALLACE OF NORTH AMERICA INC<br>PO BOX 730165<br>DALLAS TX 75373-0165 |
| CREDITOR ID: 390609-55<br>MOORE, ANTHONY<br>C/O JULIAN M DOBY, PA<br>ATTN JULIAN M DOBY, ESQ<br>PO BOX 722<br>GRAHAM NC 27253 | CREDITOR ID: 536648-BA<br>MOORE, BEN<br>105 MARQUEZ CT.<br>MANDEVILLE LA 70448 | CREDITOR ID: 556581-BC<br>MOORE, BETTY<br>6004 BIRDNEST CODE<br>PICAYUNE MS 39466 |
| CREDITOR ID: 556582-BC<br>MOORE, C.O.<br>4804 FRAZIER CIRCLE<br>TIFTON GA 31794 | CREDITOR ID: 556585-BC<br>MOORE, CARRIE<br>1530 PASCO STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 538486-BA<br>MOORE, CELESTINE<br>C/O EDDEREK COLE<br>COKER & COLE, PLLC<br>119 S. PRESIDENT STREET<br>3RD FLOOR<br>JACKSON MS 39201 |
| CREDITOR ID: 536649-BA<br>MOORE, CELESTINE<br>P.O. BOX 10035<br>JACKSON MS 39213 | CREDITOR ID: 538487-BA<br>MOORE, CELLICIA<br>C/O MCDANIEL AND ASSOCIATES<br>REGINALD MCDANIEL<br>712 22ND STREET<br>BIRMINGHAM AL 35233 | CREDITOR ID: 391077-55<br>MOORE, CLARA TORRES<br>C/O NATHAN E EDEN, PA<br>417 EATON STREET<br>KEY WEST FL 33040 |
| CREDITOR ID: 391077-55<br>MOORE, CLARA TORRES<br>C/O TILGHMAN & VIETH, PA<br>ATTN ROBERT C TILGHMAN, ESQ.<br>2 SOUTH BISCAYNE BLVD, SUITE 2410<br>MIAMI FL 33131 | CREDITOR ID: 180078-09<br>MOORE, COREY J<br>11682 ROUND TABLE WAY<br>THONOTOASASSA FL 33592-3037 | CREDITOR ID: 407006-MS<br>MOORE, DAVID<br>3 ZELMA DRIVE<br>GREENVILLE SC 29617 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 396263-60<br>MOORE, DWIGHT<br>4905  SPANISH OAK CIRCLE<br>FERNANDINA BEACH, FL 32034 | CREDITOR ID: 403845-94<br>MOORE, DWIGHT A JR<br>6009 DEVON COURT PLACE<br>JAMESTOWN NC 27282 | CREDITOR ID: 533646-DO<br>MOORE, DWIGHT JR<br>3153 PARKWOOD DR<br>VALDOSTA GA 31605 |
| CREDITOR ID: 396264-60<br>MOORE, FRANCIS W<br>1936 MORNINGSIDE ST<br>JACKSONVILLE, FL 32205 | CREDITOR ID: 399805-84<br>MOORE, GINA PENNER<br>7 OAKWOOD COURT<br>TUSCALOOSA AL 35401 | CREDITOR ID: 381268-47<br>MOORE, GLENDA & RICHARD<br>1348 CRINE BLVD<br>CAIRO, GA 39828 |
| CREDITOR ID: 556587-BC<br>MOORE, JASLYN<br>106 KEVIN DR<br>LAFAYETTE LA 70507 | CREDITOR ID: 556586-BC<br>MOORE, JUANITA<br>1596 COUNTY ROAD 85<br>PRATTVILLE AL 36067 | CREDITOR ID: 180282-09<br>MOORE, LABARRON A<br>804 BAYLARD ST<br>PO BOX 1152<br>ROSEBORO NC 28382 |
| CREDITOR ID: 556584-BC<br>MOORE, LAURA<br>350 EAST 1ST ST.<br>CHULUOTA FL 32766 | CREDITOR ID: 556589-BC<br>MOORE, MARGARET<br>46 NORTH LOWDER ST.<br>MACCLENNY FL 32063 | CREDITOR ID: 408407-15<br>MOORE, MARGARET  DELORES<br>C/O TYLER F TYGART, PA<br>ATTN TYLER F TYGART, ESQ<br>1300 RIVERPLACE BLVD, STE 601<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 52594-05<br>MOORE, MARIETTA K<br>3006 SHELL POINT ROAD<br>BEAUFORT SC 29906 | CREDITOR ID: 556588-BC<br>MOORE, MARY<br>700 THOMPSON MILL RD<br>BONAIRE GA 31005 | CREDITOR ID: 52600-05<br>MOORE, MARY LEE<br>631 BRIARS BND<br>BRANDON MS 39042-8224 |
| CREDITOR ID: 180360-09<br>MOORE, MICHAEL P<br>45179 AMERICAN DREAM DRIVE<br>CALLAHAN FL 32011 | CREDITOR ID: 260226-12<br>MOORE, RYAN M<br>915 FURMAN COURT<br>FT MILL SC 29708 | CREDITOR ID: 382835-51<br>MOORE, SCOTT<br>3571 WHISPER CREEK BLVD<br>MIDDLEBURG, FL 32068 |
| CREDITOR ID: 492909-FC<br>MOORE, SCOTT P<br>3571 WHISPER CREEK BLVD<br>MIDDLEBURG FL 32068 | CREDITOR ID: 556579-BC<br>MOORE, SHELLIE<br>2424 MINNESOTA AVENUE<br>METAIRIE LA 70003 | CREDITOR ID: 403846-94<br>MOORE, STACEY<br>232 PHILLIPS AVENUE<br>ASHBURN GA 31714 |
| CREDITOR ID: 403847-94<br>MOORE, SUSAN M<br>1196 GARRISON DR<br>ST AUGUSTINE FL 32092 | CREDITOR ID: 556580-BC<br>MOORE, TARKISHA<br>3668B DAY AVENUE<br>MIAMI FL 33133 | CREDITOR ID: 556583-BC<br>MOORE, THIOMAS<br>3762 EBELL ROAD<br>ONEONTA AL 35121 |
| CREDITOR ID: 256656-12<br>MOORES WISE<br>PO BOX 538062<br>ATLANTA, GA 30353-8062 | CREDITOR ID: 256657-12<br>MOORINGS OF MANATEE INC<br>ATTN BARRY SPENCER, PRESIDENT<br>430 INTERSTATE COURT<br>SARASOTA, FL 34240 | CREDITOR ID: 2413-07<br>MOORINGS OF MANATEE INC<br>430 INTERSTATE COURT<br>SARASOTA, FL 34240 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 392804-55
MORA, LAUREN
C/O FLAXMAN & LOPEZ
ATTN CHARLES FLAXMAN, ESQ
5715 JOHNSON STREET
HOLLYWOOD FL 33021

CREDITOR ID: 556597-BC
MORALES (MINOR), WILLIAM
11201 SW 55 ST
MIAMI FL 33025

CREDITOR ID: 400228-85
MORALES, ANTONIO
469 FLORIDA BLVD
MIAMI FL 33144

CREDITOR ID: 400228-85
MORALES, ANTONIO
C/O ROBBINS & REYNOLDS, PA
ATTN MARC J REYNOLDS, ESQ
DADELAND TOWERS
9200 S DADELAND BLVD, SUITE 614
MIAMI FL 33156

CREDITOR ID: 556596-BC
MORALES, CARMEN
1617 W CENTRAL BLVD
ORLANDO FL 32801

CREDITOR ID: 556594-BC
MORALES, ELAJAH
126 SAGE STREET
ALTAMONTE SPRINGS FL 32714

CREDITOR ID: 410582-15
MORALES, GREGORIO
C/O LEYDECKER LAW OFFICES
ATTN JAMES LEYDECKER, ESQ
4631 SOUTH CARROLLTON AVENUE
NEW ORLEANS LA 70119

CREDITOR ID: 556595-BC
MORALES, JESSICA
9930 NW 25 AVE
MIAMI FL 33147

CREDITOR ID: 556591-BC
MORALES, JILL
126 SAGE STREET
ALTAMONTE SPRINGS FL 32714

CREDITOR ID: 556590-BC
MORALES, MARIAM
4304 CYPRESS BAY CPURT
ORLANDO FL 32822

CREDITOR ID: 556592-BC
MORALES, PRISCILLA
4333 CANAL 8 ROAD
APT F
WEST PALM BEACH FL 33406

CREDITOR ID: 391769-55
MORALES, SONIA
C/O DELL & SCHAEFER, PA
ATTN STEVEN C LAWSON, ESQ
2404 HOLLYWOOD BLVD
HOLLYWOOD FL 33020

CREDITOR ID: 385680-54
MORALES, SONIA I
9501 SW 38TH STREET, APT 3
MIAMI, FL 33165

CREDITOR ID: 180728-09
MORALES, STEVEN
811 TOWER POINT
LAKE WALES FL 33859

CREDITOR ID: 180749-09
MORAN, FRANK V
1340 LAUREL STREET
METARIE LA 70003

CREDITOR ID: 408187-15
MORAVEK, ANDREA
C/O DELLECKER WILSON KING ET AL
ATTN SAMUEL P KING, ESQ
719 VASSAR STREET
ORLANDO FL 32804

CREDITOR ID: 398881-78
MORBACH, KEVIN
782 ASHWOOD STREET
ORANGE PARK, FL 32065

CREDITOR ID: 541177-BI
MOREAU'S PROPERTY MAINTENANCE
5121 NW 204TH STREET
ALACHUA FL 32615

CREDITOR ID: 180797-09
MOREE, LORRI B
90 SALUDA LANE
BATH NC 27808

CREDITOR ID: 536651-BA
MORENCY, MARIE
5810 RAE AVE
WEST PALM BEACH FL 33407

CREDITOR ID: 538488-BA
MORENCY, MARIE
C/O MICHAEL STEINGER
STEINGER, ISCOE & PHILIPS, P.A.
1645 PALM BEACH LAKES BLVD,
9TH FLR,
WEST PALM BEACH FL 33401

CREDITOR ID: 403848-94
MORENE, SAUNDRA R
3005 RHONE CT
JACKSONVILLE FL 32208

CREDITOR ID: 400244-85
MORENO, ANA ARVELO
C/O GONZALEZ & HENLEY, PL
ATTN RANDALL HENLEY, ESQ
324 DATURA STREET, SUITE 200
WEST PALM BEACH FL 33401

CREDITOR ID: 536652-BA
MORENO, MARTHA
213 LAKEVIEW DR
WESTON FL 33326

CREDITOR ID: 393325-55
MORENO, MICHAEL
C/O SMITH DICKEY SMITH HASTY ET AL
ATTN ANDREW R DEMPSTER, ESQ
1656 SOUTH HORNER BLVD
SANFORD NC 27330

CREDITOR ID: 541178-BI
MORGAN & POTTINGER PSC
600 W WASHINGTON STREET
LOUISVILLE KY 40202

CREDITOR ID: 556600-BC
MORGAN (MINOR), TRISTIN
53056 CROSSOVER RD
INDEPENDENCE LA 70443

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 541179-BI
MORGAN COUNTY
SALES TAX OFFICE
PO BOX 1848
DECATUR AL 35602

CREDITOR ID: 256663-12
MORGAN ELECTRIC CO
ATTN: PAUL H MORGAN III, CEO
PO BOX 20028
TALLAHASSEE, FL 32316-0028

CREDITOR ID: 541180-BI
MORGAN ELECTRIC CO
PO BOX 20028
TALLAHASSEE FL 32316-0028

CREDITOR ID: 256664-12
MORGAN FOODS INC
PO BOX 633792
CINCINNATI, OH 45263-3792

CREDITOR ID: 541181-BI
MORGAN FOODS INC
PO BOX 633792
CINCINNATI OH 45263-3792

CREDITOR ID: 541182-BI
MORGAN ICE COMPANY
PO BOX 1517
ROBERTSDALE AL 36567

CREDITOR ID: 533554-DT
MORGAN KEEGAN & COMPANY, INC.
ATTN: CAROL ANTLEY
50 NORTH FRONT STREET
MEMPHIS TN 38103

CREDITOR ID: 278811-99
MORGAN LEWIS & BROCKIUS LLP
ATTN: RICHARD S TODER
101 PARK AVENUE
NEW YORK NY 10178-0060

CREDITOR ID: 533555-DT
MORGAN STANLEY & CO., INC.
ATTN: DAN SPADACCINI & GARY DIAMOND
901 SOUTH BOND STREET, 6TH FLOOR
BALTIMORE MD 21231

CREDITOR ID: 533556-DT
MORGAN STANLEY DW INC.
ATTN: ROGER PEREZ
4TH FLOOR BOND INT. DEPT.
75 VARICK STREET
NEW YORK NY 10013

CREDITOR ID: 403849-94
MORGAN, BRENT D
61156 DAVIS AVENUE
LACOMBE LA 70445

CREDITOR ID: 556598-BC
MORGAN, CHRISTIAN
1055 E 16TH STREET
JACKSONVILLE FL 32206

CREDITOR ID: 407011-MS
MORGAN, LAMAR P.
3337 GRANVILLE DR.
RALEIGH NC 27609

CREDITOR ID: 278831-99
MORGAN, LEWIS & BROCKIUS LLP
ATTN: NEIL E. HERMAN, ESQ.
101 PARK AVENUE
NEW YORK NY 10178-0600

CREDITOR ID: 536653-BA
MORGAN, LILLIE
6951 DEAUVILLE RD
JACKSONVILLE FL 32205

CREDITOR ID: 538489-BA
MORGAN, LILLIE
C/O CATHY SANDLER, ESQUIRE
J. SCOTT NOONEY & ASSOCIATES
3535 HENDRICKS AVE
JACKSONVILLE FL 32207-3303

CREDITOR ID: 411248-15
MORGAN, LORENE
1724 SE 50TH STREET
GAINESVILLE FL 32641

CREDITOR ID: 411248-15
MORGAN, LORENE
C/O HOGAN & FAHLGREN, PA
ATTN BRIAN C HOGAN, ESQ.
3183 S CONWAY ROAD
ORLANDO FL 32812

CREDITOR ID: 392743-55
MORGAN, MARY
C/O LAWLOR, WINSTON & JUSTICE, PA
ATTN JOHN K LAWLOR, ESQ
2701 W OAKLAND PARK BLVD, SUITE 100
FT LAUDERDALE FL 33311

CREDITOR ID: 556599-BC
MORGAN, PAM
11936 REMSEN RD.
JACKSONVILLE FL 32223-0713

CREDITOR ID: 388456-54
MORGAN, PAMELA
C/O HAND FELLOWS & ASSOCIATES
ATTN BEN HAND, ESQ
114 NORTH 8TH STREET
OPELIKA AL 36801

CREDITOR ID: 388456-54
MORGAN, PAMELA
3305 ANDERSON ROAD
OPELIKA, AL 36801

CREDITOR ID: 407012-MS
MORGAN, WILLIAM E
6479 SABLE WOODS DRIVE EAST
JACKSONVILLE FL 32244

CREDITOR ID: 536654-BA
MORGERO, GLORIA
7532 HEATHER WALK DRIVE
BROOKSVILLE FL 34613

CREDITOR ID: 1613-RJ
MORGRAN CO
C/O GRUBB & ELLIS MGMT
PO BOX 550928
TAMPA, FL 33655-0928

CREDITOR ID: 399353-15
MORGRAN COMPANY, THE
C/O GINNIE VAN KESTEREN, ESQ
111 SECOND AVENUE NE, SUITE 706
ST PETERSBURG FL 33701

CREDITOR ID: 536655-BA
MORIN, KENNETH
4 TROYER CT
FAIRHOPE AL 36532

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 536656-BA
MORIN, LORRAINE
1004 RADISON LAKE CT.
SUN CITY CENTER FL 33570

CREDITOR ID: 534809-B1
MORING, JUDY
10427 BAYSTREET NE
ST PETERSBURG FL 33716

CREDITOR ID: 410500-15
MORING, JUDY
C/O CHAMBERS LAW GROUP, PA
ATTN JOHN R MATHIAS, ESQ
520 4TH STREET NORTH
ST PETERSBURG FL 33701

CREDITOR ID: 417064-93
MORMAN, KENYETTA C
C/O COKER MYERS SCHICKEL ET AL
ATTN R ALEXANDER, ESQ/S POHLHAMMER
BAYWATER SQUARE BLVD
136 E BAY STREET
JACKSONVILLE FL 32202

CREDITOR ID: 393335-55
MORNEAU, JEAN H
C/O WESLEY R STACKNIK LAW OFFICES
ATTN WESLEY R STACKNIK, ESQ
SEMINOLE MALL OFFICE CENTER
7985 113TH STREET N, SUITE 325
SEMINOLE FL 33772

CREDITOR ID: 541183-BI
MORNING STAR PACKING CO
PO BOX 44480
SAN FRANCISCO CA 94144

CREDITOR ID: 541184-BI
MORNINGSTAR FOODS
PO BOX 532023
ATLANTA GA 30353-2023

CREDITOR ID: 407706-15
MORNINGSTAR FOODS, LLC
C/O DEAN FOODS COMPANY
ATTN ALEX D MADRAZO
2515 MCKINNEY AVENUE, SUITE 1200
DALLAS TX 75201

CREDITOR ID: 556601-BC
MORON, NATALIE
14156 S.W. 126 PL
MIAMI FL 33186

CREDITOR ID: 536657-BA
MORRELL, PAUL ANTHONY
2042 20TH STREET S
SAINT PETERSBURG FL 33712

CREDITOR ID: 556608-BC
MORRIS (MINOR), JOSEPH
4161 NW 26TH STREET
APT 11
LAUDERHILL FL 33133

CREDITOR ID: 541185-BI
MORRIS COMMUNICATIONS
PO BOX 932759
ATLANTA GA 31193-2759

CREDITOR ID: 541186-BI
MORRIS NATIONAL INC
PO BOX 60707
LOS ANGELES CA 90060-0707

CREDITOR ID: 256679-12
MORRIS NEWSPAPER CORPORATION
OF HINESVILLE INC
ATTN KATHRYN FOX
PO BOX 498
125 SOUTH MAIN STREET
HINESVILLE, GA 31310-0498

CREDITOR ID: 541187-BI
MORRIS NEWSPAPER CORPORATION
OF HINESVILLE INC
PO BOX 498
125 SOUTH MAIN STREET
HINESVILLE GA 31310-0498

CREDITOR ID: 256680-12
MORRIS PRODUCTS, INC
ATTN W CLARK DELOACH, SEC/TREAS
PO BOX 1384
STATESBORO, GA 30459

CREDITOR ID: 541188-BI
MORRIS PRODUCTS,INC.
P O BOX 1384
STATESBORO GA 30458

CREDITOR ID: 541189-BI
MORRIS SATNICK FORT PIERCE ASSOC., LLC
THE MORRIS COMPANIES/ACCT. DEPT
350 VETERANS BLVD
RUTHERFORD NJ 07070

CREDITOR ID: 1614-07
MORRIS TRACK CORP &
WILLISTON HIGHLANDS
DEVELOPMENT CORP PTNRSHP/NP
2601 BISCAYNE BLVD
MIAMI, FL 33137

CREDITOR ID: 541190-BI
MORRIS TRACK CORP & WILLISTON
HIGHLANDS
DEVELOPMENT CORP PTNRSHP/NP
2601 BISCAYNE BLVD
MIAMI FL 33137

CREDITOR ID: 405993-99
MORRIS TRACT CORP & WILLISTON
HIGHLAND DEVELOPEMENT CORP
C/O MELAND RUSSIN HELLINGER ET AL
3000 WACHOVIA FIN CNTR
200 S BISCAYNE BLVD
MIAMI FL 33131

CREDITOR ID: 556604-BC
MORRIS, ANTHONY
2844 TECESHE ST.
BATON ROUGE LA 70806

CREDITOR ID: 416140-L1
MORRIS, CHANDA D
C/O BERNARD & ANGELLE
ATTN MICKEY MASON, ESQ
234 ST LANDRY STREET, SUITE 2-F
LAFAYETTE LA 70506

CREDITOR ID: 556607-BC
MORRIS, DIANE
4916 LOYOLA AVENUE
504-813-3722
NEW ORLEANS LA 70115

CREDITOR ID: 385577-54
MORRIS, JACKLYN
1720 W. GLADES DR. #19
NORTH MIAMI BEACH, FL 33162

CREDITOR ID: 407013-MS
MORRIS, JAMES H
929 MACLAY DRIVE
SAN JOSE CA 95123

CREDITOR ID: 556606-BC
MORRIS, JOHN
8845 BARCIN CIRCLE
RIVERVIEW FL 33569

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 536658-BA<br>MORRIS, JOSELAINE<br>905 2ND ST. APT 1D<br>WEST PALM BEACH FL 33407 | CREDITOR ID: 538490-BA<br>MORRIS, JOSELAINE<br>C/O ALEX KAPETAN<br>WITES & KAPETAN, P.A.<br>4400 N. FEDERAL HWY<br>LIGHTHOUSE POINT FL 33064 | CREDITOR ID: 393545-55<br>MORRIS, KANDIE<br>C/O GERALD R SAGE, PA<br>ATTN GERALD R SAGE, ESQ<br>11963 N FLORIDA AVENUE, SUITE A<br>TAMPA FL 33612 |
| CREDITOR ID: 407014-MS<br>MORRIS, KENNETH W<br>42113A GARDENS BLVD<br>HAMMOND LA 70403 | CREDITOR ID: 536659-BA<br>MORRIS, LINDA<br>3113 DEERS ST.<br>NEW ORLEANS LA 70122 | CREDITOR ID: 538491-BA<br>MORRIS, MALIYA<br>C/O PETER F FEDAK ESQ<br>LAW OFFICES OF PETER F FEDAK<br>11301 ROCKVILLE PIKE<br>KENSINGTON MD 20895 |
| CREDITOR ID: 536660-BA<br>MORRIS, MALIYA<br>114 WELLMAN AVE<br>GLEN BURNIE MD 21061 | CREDITOR ID: 556602-BC<br>MORRIS, MARILYN<br>4805 DOC DR.<br>SAINT CLOUD FL 34771 | CREDITOR ID: 556605-BC<br>MORRIS, MIRIAM<br>5933 CHANDLER<br>BATON ROUGE LA 70808 |
| CREDITOR ID: 556603-BC<br>MORRIS, NANCY<br>10445 BOYNTON PLACE CIRCLE<br>BOYNTON BEACH FL 33437 | CREDITOR ID: 403851-94<br>MORRIS, ROBERT C<br>11541 YOUNG ROAD<br>JACKSONVILLE FL 32218 | CREDITOR ID: 398887-78<br>MORRIS, ROBERT P<br>1219 WILLOWICK CIRCLE<br>SAFETY HARBOR, FL 34695 |
| CREDITOR ID: 536661-BA<br>MORRIS, SHENEKA<br>910 ABILENE DRIVE<br>MOBILE AL 36608 | CREDITOR ID: 538492-BA<br>MORRIS, SHENEKA<br>C/O KEITH LANDERS<br>MCDUFFIE, LANDERS, AND ASSOCIATES<br>115 S DEARBORN ST.<br>MOBILE AL 36602 | CREDITOR ID: 394728-57<br>MORRIS, SUSAN<br>8045 SW 107 AVENUE #306<br>MIAMI FL 33173 |
| CREDITOR ID: 392189-55<br>MORRIS, VALERIE<br>C/O NACHLAS LAW GROUP<br>ATTN REBECCA NACHLAS, ESQ<br>1785 NE 123RD STREET<br>NORTH MIAMI FL 33180 | CREDITOR ID: 457512-99<br>MORRISON & FOERSTER LLP<br>ATTN: JASON C DIBATTISTA<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK NY 10104 | CREDITOR ID: 256684-12<br>MORRISON MEAT PACKERS<br>ATTN GILDA RODRIGUEZ, SEC/TREAS<br>738 NW 72ND STREET<br>MIAMI, FL 33150-3613 |
| CREDITOR ID: 541192-BI<br>MORRISON MEAT PACKERS<br>738 NW 72ND ST<br>MIAMI FL 33150-3613 | CREDITOR ID: 556609-BC<br>MORRISON, EDDY<br>14140 NW 24TH COURT<br>MIAMI FL 33162 | CREDITOR ID: 536662-BA<br>MORRISON, GRACE<br>15240 SOUTH BISCAYNE RIVER DR<br>MIAMI FL 33169 |
| CREDITOR ID: 538493-BA<br>MORRISON, GRACE<br>C/O JAY KORETSKY, ESQ.<br>JAY KORETSKY,  PA<br>21489  NW 2ND AVE<br>MIAMI FL 33169 | CREDITOR ID: 407016-MS<br>MORRISON, JERRY D<br>6542 LENCZYK DRIVE<br>JACKSONVILLE FL 32277 | CREDITOR ID: 393138-55<br>MORRISON, PATRICIA<br>C/O SMITH HANNAN & PARKER, PC<br>ATTN JAMES R SMITH, JR, ESQ<br>PO BOX 5408<br>VALDOSTA GA 31603-5408 |
| CREDITOR ID: 536663-BA<br>MORRISON, SHERRY<br>2920 NW 56TH AVNUE<br>APT 301<br>LAUDERDALE FL 33313 | CREDITOR ID: 452416-99<br>MORRISVILLE MARKET LLC<br>C/O HELD & ISRAEL<br>ATTN: E W HELD JR & A FRISCH, ESQS<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 541193-BI<br>MORRO PALMS SHOPPING CENTER<br>WELLS FARGO BANK CLNT SERV CNT<br>420 MONTGOMERY ST 7TH FL<br>MAC# A0101-071<br>SAN FRANCISCO CA 94104 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**

**CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1615-07<br>MORRO PALMS SHOPPING CENTER<br>WELLS FARGO BANK CLNT SERV CNT<br>420 MONTGOMERY STREET, 7TH FL<br>SAN FRANCISCO, CA 94104-7700 | CREDITOR ID: 410382-15<br>MORRO PALMS SHOPPING CENTER, GP<br>C/O COOLEY GODWARD LLP<br>ATTN J MICHAEL KELLY, ESQ<br>101 CALIFORNIA STREET, 5TH FLOOR<br>SAN FRANCISCO CA 94111-5800 | CREDITOR ID: 407017-MS<br>MORSE, JOSEPH S<br>609 STARBURST LANE<br>RALEIGH NC 27603 |
| CREDITOR ID: 536664-BA<br>MORSE, MARIA<br>4775 W PINTO LOOP<br>BEVERLY HILLS FL 34465 | CREDITOR ID: 408423-15<br>MORSE, UNHEE<br>C/O RAMSAY LAW FIRM<br>ATTN MARTHA L RAMSAY, ESQ<br>PO BOX 481210<br>CHARLOTTE NC 28269 | CREDITOR ID: 408423-15<br>MORSE, UNHEE<br>7226 ORCHARD RIDGE DRIVE<br>WEDDINGTON NC 28173 |
| CREDITOR ID: 536665-BA<br>MORSS, RONNIE<br>5200 N.W. 31 AVENUE, APT. 143<br>FORT LAUDERDALE FL 33309 | CREDITOR ID: 538494-BA<br>MORSS, RONNIE<br>C/O LISA BISAGNI<br>LAW OFFICES OF LISA BISAGNI<br>2400 E COMMERCIAL BLVD.<br>SUITE 517<br>FORT LAUDERDALE FL 33308 | CREDITOR ID: 392034-55<br>MORTIMER, EDMUND<br>C/O MALCA & JACOBS, PA<br>ATTN JEFFREY I JACOBS, ESQ<br>5975 SUNSET DRIVE, SUITE 801<br>SOUTH MIAMI FL 33143 |
| CREDITOR ID: 541196-BI<br>MORTON SALT<br>PO BOX 905016<br>CHARLOTTE NC 28290-5016 | CREDITOR ID: 541195-BI<br>MORTON SALT<br>PO BOX 905016<br>CHARLOTTE NC 28290-5016 | CREDITOR ID: 541194-BI<br>MORTON SALT<br>123 N WACKER DRIVE<br>ATTN: SCOTT DEXHEIMER<br>CHICAGO IL 60606 |
| CREDITOR ID: 382049-36<br>MORTON SALT<br>C/O UNGARETTI & HARRIS<br>ATTN R SCOTT ALSTERDA, ESQ<br>3500 3 FIRST NATIONAL PLAZA<br>CHICAGO IL 60602-4283 | CREDITOR ID: 382049-36<br>MORTON SALT<br>ATTN SCOTT DEXHEIMER<br>123 N WACKER DR<br>CHICAGO IL 60606-1743 | CREDITOR ID: 398890-78<br>MORTON, JOHN A.<br>908 FLINT ROCK CIRCLE<br>ALABASTER, AL 35007 |
| CREDITOR ID: 538495-BA<br>MORTON, LAURA<br>C/O JOHN MALKOWSKI<br>KENNEDY LAW GROUP<br>5100 W. KENNEDY BLVD.<br>SUITE 100<br>TAMPA FL 33609 | CREDITOR ID: 536666-BA<br>MORTON, LAURA<br>5443 BERNADETTE DRIVE<br>ZEPHYRHILLS FL 33541 | CREDITOR ID: 410714-15<br>MORTON, NASUA K<br>1221 NW 42ND LAND<br>OCALA FL 34475 |
| CREDITOR ID: 536667-BA<br>MORTON, SHIRLEY<br>1260 5TH STREET<br>CLERMONT FL 34711 | CREDITOR ID: 538496-BA<br>MORTON, SHIRLEY<br>C/O RANDY SCHIMMENLPFENNIG<br>MORGAN & MORGAN<br>20 N ORANGE AVENUE 16TH FLOOR<br>PO BOX 4979<br>ORLANDO FL 32802-4979 | CREDITOR ID: 556610-BC<br>MORTS, JUDY<br>728 LAMP POST LANE<br>LAKELAND FL 33809 |
| CREDITOR ID: 541197-BI<br>MORTY PRIDE MEATS<br>3603 CLINTON RD<br>FAYETTEVILLE NC 28301 | CREDITOR ID: 536668-BA<br>MORVANT, TIFFANY<br>P.O.BOX 9112<br>NEW IBERIA LA 70562 | CREDITOR ID: 541198-BI<br>MOSBYS PACKING CO INC<br>PO BOX 4253 W STATION<br>MERIDIAN MS 39305 |
| CREDITOR ID: 403227-99<br>MOSBY'S PACKING COMPANY INC<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 279504-99<br>MOSELEY PRICHARD PARRISH ET AL<br>ATTTN: ERIC L HEARN<br>501 WEST BAY STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 381800-99<br>MOSELEY PRICHARD PARRISH ET AL<br>ATTN: RICHARD K JONES/ERIC L HEARN<br>501 WEST BAY STREET<br>JACKSONVILLE FL 32202 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:     WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407019-MS<br>MOSELEY, LAWRENCE<br>216 RIDGEWAY<br>SIMPSONVILLE SC 29681 | CREDITOR ID: 541199-BI<br>MOSELY PACKING CO<br>PO BOX 4253<br>MERIDIAN MS 39301 | CREDITOR ID: 256691-12<br>MOSELY PACKING CO<br>PO BOX 4253<br>MERIDIAN, MS 39301 |
| CREDITOR ID: 381525-47<br>MOSELY, STEPHANIE L<br>1757 MOORES CHAPEL CEM.RD<br>GRAHAM, NC 27253 | CREDITOR ID: 556611-BC<br>MOSEN, IDA<br>601 WEST DELAWARE APT D-10<br>IMMOKALEE FL 34142 | CREDITOR ID: 556613-BC<br>MOSES, BOBBY<br>5412 LEAMING AVENUE<br>JACKSONVILLE FL 32254 |
| CREDITOR ID: 556614-BC<br>MOSES, KAREN<br>5808 WOODGATE CIRCLE<br>256-847-0660<br>ANNISTON AL 36206 | CREDITOR ID: 536669-BA<br>MOSES, TAMMIE<br>4230 LAMURE STREET, APT. A<br>COLUMBUS GA 31907 | CREDITOR ID: 538497-BA<br>MOSES, TAMMIE<br>C/O MARK A CASTO ESQ<br>LAW OFFICES OF BENNET & CASTO<br>P. O. BOX 11<br>COLUMBUS GA 31901 |
| CREDITOR ID: 384248-47<br>MOSLER INC<br>DIVISION OF DIEBOLD INC<br>PO BOX 695009<br>CINCINNATI, OH 45269-5009 | CREDITOR ID: 556616-BC<br>MOSLEY, DEANDRIA<br>3710 NW 21ST APT 112<br>LAUDERHILL FL 33313 | CREDITOR ID: 386188-54<br>MOSLEY, KIM<br>C/O SHERRY L LOWE LAW OFFICE<br>ATTN SHERRY L LOWE ESQ<br>PO BOX 550<br>SANDERSVILLE MS 39477 |
| CREDITOR ID: 386188-54<br>MOSLEY, KIM<br>8183 COUNTY ROAD #280<br>VOSSBURG MS 39366 | CREDITOR ID: 556615-BC<br>MOSLEY, PAULINE<br>PO BOX 8<br>MONTICELLO FL 32345 | CREDITOR ID: 417068-15<br>MOSS, ADRIAN<br>24990 SW 126 COURT<br>PRINCETON FL 33032 |
| CREDITOR ID: 556618-BC<br>MOSS, BARBARA<br>122 KEITH RD<br>BONAIRE GA 31005 | CREDITOR ID: 393293-55<br>MOSS, BRENDA A<br>C/O FOY & ASSOCIATES, PC<br>ATTN JOHN M FOY, ESQ<br>3343 PEACHTREE STREET, SUITE 350<br>ATLANTA GA 30326 | CREDITOR ID: 536670-BA<br>MOSS, CAROLYN<br>3834 NW 209 STREET<br>OPA-LOCKA FL 33055 |
| CREDITOR ID: 538498-BA<br>MOSS, CAROLYN<br>C/O MITCHELL PANTER<br>PANTER, PANTER & SAMPEDRO, P.A.<br>6950 N. KENDALL DR<br>MIAMI FL 33156 | CREDITOR ID: 536671-BA<br>MOSS, CARRIE<br>213 ADDISON PLACE<br>CRESTVIEW FL 32536 | CREDITOR ID: 556617-BC<br>MOSS, GLORIA<br>15100 NW AVE F. PLACE<br>BELLE GLADE FL 33430 |
| CREDITOR ID: 385736-54<br>MOSS, MILES<br>2594 GOLD RUSH DRIVE<br>LINCOLNTON, NC 28092 | CREDITOR ID: 385736-54<br>MOSS, MILES<br>C/O KNOX BROTHERTON KNOX & GODFREY<br>ATTN H EDWARD KNOX, ESQ<br>PO BOX 30848<br>CHARLOTTE NC 28230-0848 | CREDITOR ID: 417069-15<br>MOSS, NICAYA<br>6296 NW 170TH LANE<br>MIAMI FL 33015 |
| CREDITOR ID: 556619-BC<br>MOSTAFA, NICOLE<br>3319 W INVERORY BLVD<br>LAUDERHILL FL 33319 | CREDITOR ID: 391328-55<br>MOSTER, SINDY<br>C/O ROBERT E GLUCK LAW OFFICES, PA<br>ATTN ROBERT E GLUCK, ESQ<br>333 NW 70TH AVENUE, SUITE 103<br>PLANTATION FL 33317 | CREDITOR ID: 536672-BA<br>MOTEN, GALE<br>4244 KATANGA DRIVE<br>JACKSONVILLE FL 32209 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 538499-BA
MOTEN, GALE
C/O J. SCOTT NOONEY
THE LAW OFFICES OF J. SCOTT NOONEY & ASS
3535 HENDRICKS AVENUE
JACKSONVILLE FL 32207-3303

CREDITOR ID: 541200-BI
MOTHER MURPHYS LAB INC
PO BOX 16846
GREENSBORO NC 27416-0846

CREDITOR ID: 534683-B1
MOTHER PARKERS TEA & COFFEE USA LTD
ATTN: BARB JENKINS
2531 STANFIELD RD
MISSISSAUGA ON L4Y 154
CANADA

CREDITOR ID: 400435-15
MOTHER PARKERS TEA & COFFEE USA LTD
ATTN BARB JENKINS, CR SUPERV
PO BOX 847135
DALLAS TX 75284-7135

CREDITOR ID: 556621-BC
MOTHERSHED, DEBRA
9151 SCOTT DAIRY LOOP RD
MOBILE AL 36695

CREDITOR ID: 256700-12
MOTION INDUSTRIES INC
PO BOX 404130
ATLANTA, GA 30384-4130

CREDITOR ID: 541201-BI
MOTION INDUSTRIES INC
PO BOX 404130
ATLANTA GA 30384-4130

CREDITOR ID: 541202-BI
MOTOR FINANCE COMPANY
PO BOX 40546
C/O ROLFE & LOBELLO
JACKSONVILLE FL 32203-0546

CREDITOR ID: 556206-BC
MOTT, TERRY
96420 BLACKROCK ROAD
YULEE FL 32097

CREDITOR ID: 278801-99
MOTTS LLP
C/O RICHARD W WARD, ESQ
2527 FAIRMOUNT STREET
DALLAS TX 75201

CREDITOR ID: 256708-12
MOTT'S, LLP
ATTN JIM TREASTER, CREDIT DIRECTOR
5301 LEGACY DRIVE
PLANO TX 75024

CREDITOR ID: 388500-54
MOULDER, WANDA
C/O CLARK & WASHINGTON, PC
ATTN A MICHAEL WASHINGTON
3300 NE EXPRESSWAY, BLDG 3
ATLANTA GA 30341

CREDITOR ID: 388500-54
MOULDER, WANDA
2122 BOAR TUSK ROAD
CONYERS, GA 30012

CREDITOR ID: 388437-54
MOULEDOUX, EVELYN M
C/O EVELYN M BRIODY
337 WEST WOOD STONE CT
BATON ROUGE, LA 70808

CREDITOR ID: 541203-BI
MOULTON PROPERTIES
PO BOX 12524
PENSACOLA FL 32573-2524

CREDITOR ID: 2416-RJ
MOULTON PROPERTIES
PO BOX 12524
PENSACOLA, FL 32573-2524

CREDITOR ID: 399386-99
MOULTON PROPERTIES INC
C/O CLARK PARTINGTON ET AL
ATTN: KEITH L BELL JR
PO BOX 13010
PENSACOLA FL 32591-3010

CREDITOR ID: 403471-99
MOULTON PROPERTIES INC
C/O STUSMAN & THAMES PA
ATTN: NINA LAFLEUR/RICHARD THAMES
121 W FORSYTH ST, STE 600
JACKSONVILLE FL 32202

CREDITOR ID: 408316-99
MOULTON PROPERTIES, INC
C/O STUSMAN & THAMES, PA
ATTN NINA M LAFLEUR, ESQ
121 W FORSYTH STREET, SUITE 600
JACKSONVILLE FL 32202

CREDITOR ID: 541204-BI
MOULTRIE SQUARE LLC
5801 CONGRESS AVENUE
SUITE 219
BOCA RATON FL 33487

CREDITOR ID: 410457-15
MOULTRIE SQUARE NEW ORLEANS, LLC
506 MANCHESTER EXPRESSWAY, STE B-5
COLUMBUS GA 31904

CREDITOR ID: 410457-15
MOULTRIE SQUARE NEW ORLEANS, LLC
C/O SLOTT, BARKER & NUSSBAUM
ATTN EARL M BARKER JR, ESQ
334 E DUVAL STREET
JACKSONVILLE FL 32202

CREDITOR ID: 533436-05
MOULTRIE, JOENATHAN H
48 REUNION ROAD
P.O BOX 1275
ST HELENA SC 29920-1275

CREDITOR ID: 390579-55
MOUNCE, MARTIN
C/O BURNETTI, PA LAW OFFICES
ATTN PHILIP J SLOTNICK, ESQ
211 SOUTH FLORIDA AVENUE
LAKELAND FL 33801-4621

CREDITOR ID: 536673-BA
MOUNCE, MAYRETTA
7006 TURQUOISE LANE
ORLANDO FL 32807

CREDITOR ID: 541205-BI
MOUNT CARMEL ACADEMY
7027 MILNE BLVD
NEW ORLEANS LA 70124

CREDITOR ID: 541206-BI
MOUNT CARMEL CHRISTIAN FAITH
2845 NORTH ROMAN ST
NEW ORLEANS LA 70117

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 541207-BI<br>MOUNT CASTLE PROPERTIES<br>PO BOX 4034<br>JOHNSON CITY TN 37602-4034 | CREDITOR ID: 2417-07<br>MOUNT CASTLE PROPERTIES<br>PO BOX 4034<br>JOHNSON  CITY, TN 37602-4034 | CREDITOR ID: 541208-BI<br>MOUNTAINEER<br>P O DRAWER 129<br>220 N MAIN ST<br>WAYNESVILLE NC 28786 |
| CREDITOR ID: 256719-12<br>MOUNTAINEER<br>PO DRAWER 129<br>220 N MAIN ST<br>WAYNESVILLE, NC 28786 | CREDITOR ID: 541209-BI<br>MOUNTAIRE FARMS<br>4808 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 | CREDITOR ID: 536674-BA<br>MOUTON, RONALD<br>1025 DEBRA DR<br>BREAUX BRIDGE LA 70517 |
| CREDITOR ID: 536675-BA<br>MOVIE GALLERY,<br>614 SOUTH HARRIS STREET<br>SANDERSVILLE GA 31082 | CREDITOR ID: 541210-BI<br>MOVSOVITZ & SONS OF FLA<br>PO BOX 41565<br>JACKSONVILLE FL 32203 | CREDITOR ID: 278928-30<br>MOVSOVITZ & SONS OF FLA<br>PO BOX 41565<br>JACKSONVILLE, FL 32203 |
| CREDITOR ID: 390888-55<br>MOYE, CAROLYN<br>C/O BARY B GEORGE, ESQ<br>1419 BULL STREET<br>COLUMBIA SC 29201 | CREDITOR ID: 397768-99<br>MOYER PACKING CO<br>C/O MCGUIREWOODS LLP<br>ATTN: ROBERT A COX, JR<br>BANK OF AMERICA CORP CNTR<br>100 N TRYON ST, STE 2900<br>CHARLOTTE NC 28202-4011 | CREDITOR ID: 541212-BI<br>MOYER PACKING CO.<br>PO BOX 8500<br>PHILADELPHIA PA 19178-0001 |
| CREDITOR ID: 541211-BI<br>MOYER PACKING CO.<br>PO BOX 8500<br>PHILADELPHIA PA 19178-0001 | CREDITOR ID: 394265-56<br>MOYER, JO ANN<br>12625 SW 28TH ST<br>MIAMI, FL 33175 | CREDITOR ID: 385602-54<br>MOZAR, ROSE<br>5287 GREENWOOD DR<br>DELRAY BEACH, FL 33484 |
| CREDITOR ID: 390893-55<br>MOZAR, ROSE<br>C/O HALPER & TORNBERG, PA<br>ATTN DEAN R HALPER, ESQ<br>7431 W ATLANTIC AVE, STE 49<br>DELRAY BEACH FL 33446-3506 | CREDITOR ID: 556207-BC<br>MOZO (MINOR), ERIC<br>4330 KIBLER LANE<br>HOLIDAY FL 34691 | CREDITOR ID: 541213-BI<br>MPM PROCESS CONTROL<br>2505 OAK LANDING DRIVE<br>BRANDON FL 33511 |
| CREDITOR ID: 541214-BI<br>MPW PAGING<br>516 BANKHEAD HIGHWAY<br>CARROLLTON GA 30117 | CREDITOR ID: 256730-12<br>MPW PAGING<br>ATTN: VALERIE HEMBREE, CONTROLLER<br>103 COMMERCIAL AVENUE<br>CARROLLTON GA 30117 | CREDITOR ID: 256732-12<br>MR DOORMAN, INC<br>ATTN ROSS DOW, PRESIDENT<br>700 MONTANA DRIVE<br>CHARLOTTE NC 28216 |
| CREDITOR ID: 541215-BI<br>MR E M ARNOVITZ & MR M PLASKER<br>LAKESHORE VILLAGE<br>5025 WINTERS CHAPEL ROAD<br>ATLANTA GA 30360 | CREDITOR ID: 541216-BI<br>MR HUGH M TARBUTTON<br>KAOLIN PLAZA MGMENT ACCT<br>P O BOX 269<br>SANDERSVILLE GA 31082 | CREDITOR ID: 541217-BI<br>MR MALCOLM ROSENBERG<br>2734 COLONIAL AVENUE<br>% ALLSTORE<br>ROANOKE VA 24015 |
| CREDITOR ID: 541218-BI<br>MR MUDBUG INC<br>131 23RD STREET<br>KENNER LA 70062 | CREDITOR ID: 541219-BI<br>MR PAULS BARBECUE SAUCE<br>1976 W HIGHWAY 27<br>OZARK AL 36360 | CREDITOR ID: 256738-12<br>MR PAULS BARBECUE SAUCE<br>1976 W HIGHWAY 27<br>OZARK, AL 36360 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 541220-BI<br>MR ROBERT H* PALMER JR<br>PO BOX 3146<br>JOHNSON CITY TN 37602 | CREDITOR ID: 256740-12<br>MR ROOTER PLUMBING<br>PO BOX 2934<br>HUNTSVILLE, AL 35804 | CREDITOR ID: 541221-BI<br>MR ROOTER PLUMBING<br>PO BOX 2934<br>HUNTSVILLE AL 35804 |
| CREDITOR ID: 395323-63<br>MR ROOTER PLUMBING<br>PO BOX 2934<br>HUNTSVILLE, AL 35804-2934 | CREDITOR ID: 399688-YY<br>MR ROOTER PLUMBING<br>ATTN BARBARA ELLIOTT, OFF MGR<br>PO BOX 917<br>PINEY FLATS TN 37686 | CREDITOR ID: 541222-BI<br>MR SPARKLE JANITORIAL SERVICE<br>10164 JEFFERSON HWY<br>RIVER RIDGE LA 70123 |
| CREDITOR ID: 556208-BC<br>MRILE, ROSA<br>79 CARMINO REAL N-101<br>MIAMI FL 33146 | CREDITOR ID: 541223-BI<br>MRPLP DBA ORLANDO, LLP<br>NW 5708<br>PO BOX 1450<br>MINNEAPOLIS MN 55485-5708 | CREDITOR ID: 541224-BI<br>MRS CLARK FOODS INC<br>740 S E DALBEY DRIVE<br>ANKENY IA 50021-3908 |
| CREDITOR ID: 404102-95<br>MRS CLARK'S FOOD INC FKA<br>ALLJUICE FOOD & BEVERAGE LC<br>ATTN BRIAN HOOVER, CONTROLLER<br>740 SOUTHEAST DALBEY DRIVE<br>ANKENY IA 50021-3908 | CREDITOR ID: 541225-BI<br>MRS CLARKS FOODS LC<br>12668 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 | CREDITOR ID: 541226-BI<br>MRS CUBBISONS FOODS<br>7240 E GAGE AVENUE<br>COMMERCE CA 90040 |
| CREDITOR ID: 256744-12<br>MRS CUBBISONS FOODS<br>ATTN J RANDALL VANCE, TREAS<br>7240 E GAGE AVENUE<br>COMMERCE, CA 90040 | CREDITOR ID: 541228-BI<br>MRS MILDRED V GRAY<br>9118 TINGLE CUTOFF ROAD<br>DORA AL 35062 | CREDITOR ID: 541227-BI<br>MRS MILDRED V GRAY<br>4313 HAZELWOOD ROAD<br>ADAMSVILLE AL 35005 |
| CREDITOR ID: 256748-12<br>MRS MURPHY & COMPANY<br>614 NORTH POPLAR STREET<br>FLORENCE, AL 35630 | CREDITOR ID: 541229-BI<br>MRS STRATTON'S SALADS<br>PO BOX 190187<br>BIRMINGHAM AL 35219-0187 | CREDITOR ID: 256749-12<br>MRS STRATTON'S SALADS<br>ATTN GEORGE BRADFORD, PRES<br>PO BOX 190187<br>BIRMINGHAM, AL 35219-0187 |
| CREDITOR ID: 541230-BI<br>MRS TRAYLORS PLANTATION STYLE FOOD<br>2700 WHISPERWOOD LANE<br>PANAMA CITY FL 32405 | CREDITOR ID: 256754-12<br>MS INDUSTRIAL WASTE DISPOSAL<br>ATTN DANITA OWENS, OFF MGR<br>PO BOX 801<br>COLUMBUS, MS 39703-0801 | CREDITOR ID: 541231-BI<br>MS WOOLBRIGHT DEL MAR, LLC<br>C/O WOOLBRIGHT DEVELOPMENT INC<br>3200 N MILITARY TRAIL 4TH FLOOR<br>BOCA RATON FL 33431 |
| CREDITOR ID: 541232-BI<br>MS. ELIZABETH FOSTER<br>15 SOUTHERN CROSS CIRCLE<br>#202<br>BOYTON BEACH FL 33436 | CREDITOR ID: 541233-BI<br>MSC CMS<br>75 REMITTANCE DRIVE<br>SUITE 6191<br>CHICAGO IL 60675-6191 | CREDITOR ID: 256756-12<br>MSC CMS<br>75 REMITTANCE DRIVE, SUITE 6191<br>CHICAGO, IL 60675-6191 |
| CREDITOR ID: 541234-BI<br>MSC INDUSTRIAL SUPPLY CO INC<br>DEPT CH 0075<br>PALATINE IL 60055-0075 | CREDITOR ID: 378306-15<br>MSC INDUSTRIAL SUPPLY CO INC<br>ATTN DAISY WALROND<br>75 MAXESS ROAD<br>MELVILLE NY 11747 | CREDITOR ID: 256758-12<br>MSC LIGHTING INC<br>D/B/A  IMAGE SIGN & LIGHTING<br>1878 LUKKEN INDUSTRIAL DRIVE WEST<br>LAGRANGE, GA 30240 |

SERVICE LIST
**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 452150-98<br>MSCI 1999-RM1 DALTON PLACE LP<br>A GEORGIA LIMITED PARTNERSHIP<br>C/O LNR PARTNERS INC<br>1601 WASHINGTON AVE SUITE 700<br>MIAMI BEACH FL 33139 | CREDITOR ID: 452150-98<br>MSCI 1999-RM1 DALTON PLACE LP<br>NELSON MULLINS RILEY & SCARBOROUGH<br>JOSHUA M KATZ<br>FIRST UNION PLAZA<br>999 PEACHTREE ST NE SUITE 1400<br>ATLANTA GA 30309 | CREDITOR ID: 256759-12<br>MSH OF HEATHROW LLP<br>951 MARKET PROMENADE AVE, STE 2105<br>LAKE MARY, FL 32746 |
| CREDITOR ID: 541235-BI<br>MSI INVENTORY SERVICE CORP<br>PO BOX 320129<br>FLOWOOD MS 39232-0129 | CREDITOR ID: 382836-51<br>MSI INVENTORY SERVICE CORPORATION<br>105 KATHERINE DRIVE, BLDG D<br>FLOWOOD, MS 39232 | CREDITOR ID: 541236-BI<br>MSJ TRUCKING INC<br>1118 HIGHWAY 84 EAST<br>PO BOX 220<br>OPP AL 36467 |
| CREDITOR ID: 536676-BA<br>MSJ,<br>1118 HIGHWAY 84 EAST<br>HIGHWAY 84 EAST<br>OPP AL 36467 | CREDITOR ID: 256762-12<br>MSL NORTH INC<br>C/O CMC, INC<br>ATTN BILL CRONA, PRES<br>1415 TIMERLANE RD, STE 217<br>TALLAHASSEE FL 32312 | CREDITOR ID: 410809-15<br>MSL NORTH, INC<br>ATTN BILL CRONA, DIRECTOR<br>1415 TIMBERLANE RD, SUITE 217<br>TALLAHASSEE FL 32312 |
| CREDITOR ID: 410809-15<br>MSL NORTH, INC<br>C/O HEATH & RASKY, PA<br>ATTN CYNTHIA L. MEIER<br>261 PINEWOOD DRIVE<br>TALLAHASSEE FL 32303 | CREDITOR ID: 541237-BI<br>MT DORA MARKETPLACE LTD<br>C/O HHH MANAGEMENT INC<br>PO BOX 273760<br>BOCA RATON FL 33427-3760 | CREDITOR ID: 1622-07<br>MT DORA MARKETPLACE LTD<br>C/O HHH MANAGEMENT INC<br>PO BOX 273760<br>BOCA  RATON, FL 33427-3760 |
| CREDITOR ID: 2426-07<br>MT DORA MARKETPLACE LTD<br>ATTN AILEEN GUADALUPE, COMPTROLLER<br>PO BOX 273760<br>BOCA RATON FL 33487-3760 | CREDITOR ID: 541238-BI<br>MT HERMON HIGH SCHOOL<br>36119 HWY 38<br>MT HERMON LA 70450 | CREDITOR ID: 541240-BI<br>MT OLIVE PICKLE COMPANY<br>PO BOX 75063<br>CHARLOTTE NC 28275-0001 |
| CREDITOR ID: 541239-BI<br>MT OLIVE PICKLE COMPANY<br>PO BOX 75063<br>CHARLOTTE NC 28275-0001 | CREDITOR ID: 279481-99<br>MT OLIVE PICKLE COMPANY INC<br>C/O WHARTON ALDHIZER & WEAVER PLC<br>ATTN: STEPHAN W MILO, ESQ<br>THE AMERICAN HOTEL<br>125 S AUGUSTA ST STE 2000<br>STAUNTON VA 24401 | CREDITOR ID: 279072-32<br>MT OLIVE PICKLE COMPANY, INC<br>C/O WHARTON ALDHIZER & WEAVER, PLC<br>ATTN STEPHAN W MILO, ESQ<br>125 S AUGUSTA STREET, STE 2000<br>STAMPTON VA 24401 |
| CREDITOR ID: 541241-BI<br>MTS INDUSTRIES INC<br>PO BOX 7<br>CLOVER SC 29710 | CREDITOR ID: 256769-12<br>MTS INDUSTRIES INC<br>PO BOX 7<br>CLOVER, SC 29710 | CREDITOR ID: 541242-BI<br>MUCCI INTERNATIONAL MARKETING LTD<br>1876 SEACLIFF DRIVE<br>KINGSVILLE ON N9Y 2N1<br>CANADA |
| CREDITOR ID: 387768-54<br>MUCCIARONE, LINDA<br>1096 ORCHARD DRIVE<br>FORT MILL SC 29715 | CREDITOR ID: 536677-BA<br>MUIR, JOHN<br>PO BOX 549<br>PAISLEY FL 32767 | CREDITOR ID: 538500-BA<br>MUIR, JOHN<br>C/O JOSEPH H. SHAUGHNESSY, ESQ.<br>MORGAN & MORGAN<br>PO BOX 4979<br>ORLANDO FL 32802-4979 |
| CREDITOR ID: 541243-BI<br>MULBERRY ELEMENTARY SCHOOL<br>450 COUGAR DR<br>HOUMA LA 70360 | CREDITOR ID: 262859-12<br>MULE TRADER, THE<br>PO BOX 281<br>CLANTON, AL 35045 | CREDITOR ID: 536678-BA<br>MULERO, YONLANDO<br>772 VENETO DR.<br>WEST PALM BEACH FL 33403 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 538501-BA<br>MULERO, YONLANDO<br>C/O ARTHER GORDON<br>GORDON & DONER P.A.<br>4114 NORTHLAKE BLVD. STE 200<br>PALM BEACH GARDENS FL 33410 | CREDITOR ID: 182115-09<br>MULET, JORGE A<br>14061 SW 38TH TERR.<br>MIAMI FL 33175 | CREDITOR ID: 536679-BA<br>MULKEY, ALISIA<br>630 OLD HICKORY RD<br>ALEXANDER CITY AL 35010 |
| CREDITOR ID: 536680-BA<br>MULLENNIX, TINETTE<br>421 SW 135 AVE<br>DAVIE FL 33325 | CREDITOR ID: 556210-BC<br>MULLER, DARISSE<br>260 CAROL ANN DRIVE<br>EDGEWATER FL 32132 | CREDITOR ID: 556209-BC<br>MULLER, JOHN<br>6695 S. DOVE DR<br>FLORAL CITY FL 34436 |
| CREDITOR ID: 556211-BC<br>MULLIN (MINOR), ASHLYNN<br>8853 ASHLAND PARK PLACE<br>MONTGOMERY AL 36117 | CREDITOR ID: 381672-47<br>MULLINGS, NIKEISHA D<br>14851 SW 156 STREET<br>MIAMI, FL 33187 | CREDITOR ID: 541244-BI<br>MULLINS INC<br>3302 ENTERPRISE RD<br>FT PIERCE FL 34982-6590 |
| CREDITOR ID: 389051-54<br>MULLINS, LATASHA<br>1853 PROSPECT ST<br>JACKSONVILLE, FL 32208 | CREDITOR ID: 389051-54<br>MULLINS, LATASHA<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN J SCOTT NOONEY, ESQ<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 403852-94<br>MULLINS, RAY<br>1801 EMERSON AVENUE, APT 2<br>CINCINNATI OH 45239 |
| CREDITOR ID: 556212-BC<br>MULLINS, RHONDA<br>2016 ARMSTRONG DR<br>MARRERO LA 70072 | CREDITOR ID: 407020-MS<br>MULLIS, LARRY E<br>422 CHARLES DR<br>VIDALIA GA 30474 | CREDITOR ID: 541245-BI<br>MULTI MANAGEMENT SERVICES INC<br>PO BOX 1408<br>GRAY LA 70359-1408 |
| CREDITOR ID: 256777-12<br>MULTI MANAGEMENT SERVICES INC<br>PO BOX 1408<br>GRAY, LA 70359-1408 | CREDITOR ID: 541246-BI<br>MULTIPET INTERNATIONAL INC<br>265 WEST COMMERCIAL AVENUE<br>MOONACHIE NJ 07074 | CREDITOR ID: 541247-BI<br>MULTIPLAST SYSTEMS INC<br>24874 LETCHWORTH RD<br>BEACHWOOD OH 44122 |
| CREDITOR ID: 556213-BC<br>MULVANCY, MISTY<br>4718 CREEK MED TRAIL<br>LAKELAND FL 33810 | CREDITOR ID: 403853-94<br>MUMMA, KENNETH D<br>953 TWIN LAKES ROAD<br>ROCK HILL SC 29732 | CREDITOR ID: 407021-MS<br>MUMMA, KENNETH D<br>953 TWIN LAKES RD<br>ROCK HILL SC 29732-8435 |
| CREDITOR ID: 541248-BI<br>MUNCHKIN INC<br>PO BOX 512487<br>LOS ANGELES CA 90051-0487 | CREDITOR ID: 556214-BC<br>MUNGER, KARLA<br>11409 8TH ST. N APT. 1612<br>SAINT PETERSBURG FL 33716 | CREDITOR ID: 541249-BI<br>MUNICIPAL COURT OF COLUMBUS GA<br>PO BOX 1340<br>COLUMBUS GA 31902-1340 |
| CREDITOR ID: 538502-BA<br>MUNIZ, MARGIE<br>C/O FRANK VERDI<br>FRANK P. VERDI, P.A.<br>18550 N. DALE MABRY HWY.<br>LUTZ FL 33548 | CREDITOR ID: 536681-BA<br>MUNIZ, MARGIE<br>6928 KEKHER COURT<br>ORLANDO FL 32825 | CREDITOR ID: 556215-BC<br>MUNN, BRUCE<br>318 SAN MARINO DR<br>LADY LAKE FL 32159 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 393559-55<br>MUNOZ, CATHY<br>C/O MANUEL E GARCIA, PA<br>ATTN MANUEL GARCIA, ESQ<br>515 WHITEHEAD STREET<br>KEY WEST FL 33040 | CREDITOR ID: 269646-19<br>MUNRO, THOMAS<br>C/O FLORIN ROEBIG<br>ATTN A OUTTEN/C GRAY, ESQS<br>777 ALDERMAN ROAD<br>PALM HARBOR FL 34683 | CREDITOR ID: 536682-BA<br>MUNROE, LASHARIA<br>10390 NE 12TH DR<br>OXFORD FL 34484 |
| CREDITOR ID: 382615-51<br>MUNTERS<br>PO BOX 640<br>AMESBURY, MA 01913 | CREDITOR ID: 384250-47<br>MUNTERS CORPORATION<br>1719 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1007 | CREDITOR ID: 256788-12<br>MUNTZING SATTELE CO INC<br>1155 HAMMOND DR SUITE 5250 BLDG-E<br>AS AGENT FOR RIVERMONT SQUARE<br>ASSCO LP<br>ATLANTA, GA 30328 |
| CREDITOR ID: 315872-40<br>MUNTZING SATTELE CO., INC.<br>AS AGENT FOR RIVERMONT SQUARE<br>1155 HAMMOND DRIVE, STE 5250 BLD<br>ATLANTA, GA 30328 | CREDITOR ID: 536683-BA<br>MURBE, ASHA<br>1509 SOUTH WICKHAM RD<br>WEST MELBOURNE FL 32904 | CREDITOR ID: 556216-BC<br>MURCH, BARBARA<br>2100 NW 46TH LANE<br>APT 15<br>OCALA FL 34475 |
| CREDITOR ID: 541251-BI<br>MURCOTT MERCHANDISING INC<br>230 PATTON AVENUE<br>WEST BABYLON NY 11704 | CREDITOR ID: 541250-BI<br>MURCOTT MERCHANDISING INC<br>200 CABOT STREET<br>WEST BABYLON NY 11704 | CREDITOR ID: 182456-09<br>MURDOCK, LAMAR L<br>96 ORMAN DR<br>ELLIJAY GA 30540 |
| CREDITOR ID: 538503-BA<br>MURDOCK, LISA<br>C/O DREW HUDGINS, ESQ.<br>HUDGINS LAW FIRM<br>38453 FIFTH AVE.<br>ZEPHYRHILLS FL 33540 | CREDITOR ID: 536684-BA<br>MURDOCK, LISA<br>P.O. BOX 2064<br>ZEPHYRHILLS FL 33539 | CREDITOR ID: 399739-84<br>MURLEY, MICHELLE<br>820 J E SIMMONS RD<br>GLASGOW KY 42141 |
| CREDITOR ID: 399739-84<br>MURLEY, MICHELLE<br>C/O HENSLEY ROSS & HOWARD<br>ATTN PATRICK A ROSS, ESQ<br>PO BOX 350<br>HORSE CAVE KY 42749 | CREDITOR ID: 539056-15<br>MURPHCO OF FLORIDA, INC DBA<br>HOLIDAY INN COMMONWEALTH<br>ATTN SUSAN S<br>PO BOX 37888<br>JACKSONVILLE FL 32236 | CREDITOR ID: 556217-BC<br>MURPHEE, LISA<br>3013 #A WOOD DRIVE NE<br>BIRMINGHAM AL 35215 |
| CREDITOR ID: 556218-BC<br>MURPHEY, SHIRLEY<br>8502 COCOA AVE.<br>JACKSONVILLE FL 32211 | CREDITOR ID: 407022-MS<br>MURPHREE, JOSEPH G<br>120 NILE CIRCLE, APT A<br>MOORESVILLE NC 28117 | CREDITOR ID: 541252-BI<br>MURPHY & DAVID CORP<br>4470 CHAMBLEE DUNWOODY ROAD<br>SUITE 301<br>ATLANTA GA 30338 |
| CREDITOR ID: 541253-BI<br>MURPHY COMMUNICATIONS INC<br>2230 JERNIGAN ROAD<br>JACKSONVILLE FL 32207-6710 | CREDITOR ID: 256795-12<br>MURPHY HOUSE BARBECUE<br>106 SOUTH BICKETT BLVD<br>LOUISBURG, NC 27549 | CREDITOR ID: 541254-BI<br>MURPHY HOUSE BARBECUE<br>106 SOUTH BICKETT BLVD<br>LOUISBURG NC 27549 |
| CREDITOR ID: 536685-BA<br>MURPHY, CAMILLIA<br>230 B CHESTER AVE.<br>OPELIKA AL 36801 | CREDITOR ID: 538504-BA<br>MURPHY, CAMILLIA<br>C/O MORGAN ASSOCIATES, L.L.C.<br>2108 EXECUTIVE PARK DRIVE<br>OPELIKA AL 36801 | CREDITOR ID: 556220-BC<br>MURPHY, JAZMYNE<br>4901 AVENUE N<br>BIRMINGHAM AL 35208 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                 **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 556219-BC<br>MURPHY, KATHLEEN<br>5312 WREN STREET<br>ORLANDO FL 32807 | CREDITOR ID: 390800-55<br>MURPHY, MARY<br>C/O BORDEN R HALLOWES LAW OFFICE<br>ATTN BORDEN R HALLOWES, ESQ<br>95337 MACKINAS CIRCLE<br>AMELIA ISLAND FL 32034 | CREDITOR ID: 536686-BA<br>MURPHY, MAUDINE<br>1614 - 60TH AVE EAST<br>COTTONDALE AL 35453 |
| CREDITOR ID: 399646-15<br>MURPHY, PATRICIA<br>C/O BRADLEY, EASSON & BRADLEY<br>ATTN DAVID A EASSON, ESQ<br>210 BARONNE STREET, SUITE 1307<br>NEW ORLEANS LA 70112 | CREDITOR ID: 398895-78<br>MURPHY, RONALD R<br>9011 HEATHLAND COURT<br>MT DORA, FL 32757 | CREDITOR ID: 387185-54<br>MURPHY, SHARIFA<br>C/O FARAH & FARAH, PA<br>ATTN LLOYD S MANUKIAN, ESQ.<br>10 WEST ADAMS STREET<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 387185-54<br>MURPHY, SHARIFA<br>11551 SUMMER HAVEN BLVD<br>JACKSONVILLE, FL 32258 | CREDITOR ID: 538505-BA<br>MURPHY, WILLIE<br>C/O JOHN A SUNNER ESQ<br>SUNNER & SUNNER<br>150 W. WARREN AVE.<br>PO BOX 520771<br>LONGWOOD FL 32752-0771 | CREDITOR ID: 536687-BA<br>MURPHY, WILLIE<br>4517 CASSIUS STREET<br>ORLANDO FL 32811 |
| CREDITOR ID: 541255-BI<br>MURRAY BISCUIT COMPANY INC<br>21430 NETWORK PLACE<br>CHICAGO IL 60673-1214 | CREDITOR ID: 397680-99<br>MURRAY BISCUIT COMPANY LLC AKA<br>PRESIDENT'S BAKING<br>C/O WARNER STEVENES LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE STREET, STE 1700<br>FORT WORTH TX 76102 | CREDITOR ID: 279489-99<br>MURRAY FRANK & SAILER LLP<br>ATTN: AARON D PATTON, ESQ<br>275 MADISON AVE, 8TH FLR<br>NEW YORK NY 10016 |
| CREDITOR ID: 279488-99<br>MURRAY FRANK & SAILER LLP<br>ATTN: J SAILER/A D PATTON<br>275 MADISON AVE, 8TH FL<br>NEW YORK NY 10016 | CREDITOR ID: 536688-BA<br>MURRAY, ARTHUR<br>2904 E 28TH AVE<br>TAMPA FL 33605 | CREDITOR ID: 536689-BA<br>MURRAY, EDWARD<br>13073 OLD ST. AUGUSTINE RD<br>JACKSONVILLE FL 32258 |
| CREDITOR ID: 538506-BA<br>MURRAY, EDWARD<br>C/O J. SCOTT NOONEY<br>THE LAW OFFICES OF J. SCOTT NOONEY & ASS<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207-3303 | CREDITOR ID: 538507-BA<br>MURRAY, ELEITH<br>C/O ANTHONY B. WHITE<br>BOTSFORD AND WHITE LLC<br>3595 SHERIDAN STREET<br>HOLLYWOOD FL 33021 | CREDITOR ID: 536690-BA<br>MURRAY, ELEITH<br>1665 N.W. 58TH AVE<br>FORT LAUDERDALE FL 33313 |
| CREDITOR ID: 556221-BC<br>MURRAY, JOHNNINE<br>12200 BYRD SEMETRY ROAD<br>CHUNCHULA AL 36521 | CREDITOR ID: 556222-BC<br>MURRAY, SUZANNE<br>8021 MARSAN RD.<br>PERRY FL 32348 | CREDITOR ID: 384390-47<br>MURRAY, TERESA<br>1581 LOFTIN FARM ROAD<br>DOVER, NC 28526 |
| CREDITOR ID: 538508-BA<br>MURRAY, WILLIE<br>C/O ROBERT J. FENSTERSHEIB<br>ROBERT J. FENSTERSHEIB, P.A.<br>520 WEST HALLANDALE BEACH BLVD<br>HALLANDALE FL 33442 | CREDITOR ID: 536691-BA<br>MURRAY, WILLIE<br>721 NW 33RD AVENUE<br>FORT LAUDERDALE FL 33311 | CREDITOR ID: 395578-15<br>MURRAY'S CONTRACT HARDWARE, INC<br>ATTN WALTER S MURRAY SR, PRES<br>5429 RAMONA BLVD<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 536692-BA<br>MURRELL, DIANDRA<br>5600 HUNTRE RD APT 22-C<br>COLUMBUS GA 31907 | CREDITOR ID: 391080-55<br>MURRY, ELIZABETH D<br>C/O SLOCUMB LAW FIRM, LLC<br>ATTN MICHAEL W SLOCUMB, ESQ<br>2006 EXECUTIVE PK DRIVE, SUITE A<br>OPELIKA AL 36801 | CREDITOR ID: 538509-BA<br>MURRY, SHARON<br>C/O CHARLIE J. GILLETTE, JR.<br>LAW OFFICE OF CHARLIE J. GILLETTE, JR.<br>603 N. MARKET STREET<br>JACKSONVILLE FL 32202 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 536693-BA
MURRY, SHARON
4638 HERTA RD.
JACKSONVILLE FL 32210

CREDITOR ID: 398897-78
MURRY, SYLVESTER
8035 ST JUDE CIRCLE N
MOBILE, AL 36695-4956

CREDITOR ID: 405228-95
MURRYS INC
8300 PENNSYLVANIA AVE
UPPER MARLBORO MD 20772-2673

CREDITOR ID: 541257-BI
MURRYS INC
PO BOX 64976
BALTIMORE MD 21264-4976

CREDITOR ID: 256803-12
MURRYS INC
ATTN D BRADLEY HOLLAND, CFO
PO BOX 37046
BALTIMORE, MD 21297-3046

CREDITOR ID: 541256-BI
MURRYS INC
PO BOX 37046
BALTIMORE MD 21297-3046

CREDITOR ID: 407023-MS
MURTHA, RICHARD S.
RT. E BOX 383
HIRMAN GA 30141

CREDITOR ID: 53919-05
MURWIN, JAMIE J
6383 CALIFORNIA STREET
BROOKSVILLE FL 34604

CREDITOR ID: 256804-12
MURZAN
2909 LANGFORD RD SUITE I-700
NORCROSS, GA 30071

CREDITOR ID: 391801-55
MUSARELLA, ANTIONETTE
C/O DAVID P SLATER, ESQ
5154 WINDSOR PARKE DRIVE
BOCA RATON FL 33496

CREDITOR ID: 541258-BI
MUSCULAR DYSTROPHY ASSOCIATION INC
% CHRIS KIRCHNER
5701 EXECUTIVE CENTER DR #103
CHARLOTTE NC 28212

CREDITOR ID: 403854-94
MUSE, ROBERT A
6489 WINTER HAZEL DR
LIBERTY TOWNSHIP OH 45044

CREDITOR ID: 410396-15
MUSEUM ASSOCIATES
C/O ROBINSON BRADSHAW & HINSON, PA
ATTN DAVID M SCHILLI, ESQ
101 N TRYON STREET, SUITE 1900
CHARLOTTE NC 28246

CREDITOR ID: 2427-07
MUSEUM ASSOCIATES
PO BOX 4452
ROCK HILL, SC 29732-4452

CREDITOR ID: 541259-BI
MUSEUM ASSOCIATES
PO BOX 4452
ROCK HILL SC 29732-4452

CREDITOR ID: 541260-BI
MUSIC ENGINEERING CO
PO BOX 22892
TAMPA FL 33622-2892

CREDITOR ID: 556223-BC
MUSSELMAN, MARIA
6461 CLAIRE SHORE DRIVE
APOLLO BEACH FL 33572

CREDITOR ID: 407641-93
MUSSMAN, JEROME A
515 MT PINEY AVENUE
ST PETERSBURG FL 33702

CREDITOR ID: 392941-55
MUSTOE, CHRISTINE
C/O HENDERSON & FUTCHKO, PA
ATTN JOHN J FUTCHKO, ESQ
1735 W HIBISCUS BLVD, SUITE 300
MELBOURNE FL 32901

CREDITOR ID: 256813-12
MUTT & JEFF ENTERPRISES
ATTN: TIMOTHY L. SCAFF, PRESIDENT
PO BOX 82226
HAPEVILLE, GA 30354

CREDITOR ID: 256814-12
MUTUAL DISTRIBUTING CO
PO BOX 26446
RALEIGH, NC 27611

CREDITOR ID: 541261-BI
MUZAK ATLANTA
PO BOX 538385
ATLANTA GA 30353-8385

CREDITOR ID: 256816-12
MUZAK ATLANTA
PO BOX 538385
ATLANTA, GA 30353-8385

CREDITOR ID: 384251-47
MUZAK FLORIDA
PO BOX 538382
ATLANTA, GA 30353-8382

CREDITOR ID: 541263-BI
MUZAK FLORIDA
PO BOX 538392
ATLANTA GA 30353-8382

CREDITOR ID: 541262-BI
MUZAK FLORIDA
PO BOX 538382
ATLANTA GA 30353-8382

CREDITOR ID: 536694-BA
MWAHUKI, JAMES
2700 MEADOW RIDGE
MARIETTA GA 30066

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 541264-BI<br>MXENERGY<br>PO BOX 659583<br>SAN ANTONIO TX 78265-9583 | CREDITOR ID: 541265-BI<br>MY OFFICE PRODUCTS COM<br>PO BOX 306003<br>NASHVILLE TN 37230-6003 | CREDITOR ID: 256821-12<br>MY OFFICE PRODUCTS COM<br>PO BOX 306003<br>NASHVILLE, TN 37230-6003 |
| CREDITOR ID: 382888-51<br>MY PHARMACARE<br>695 GEORGE WASHINGTON HIGHWAY<br>LINCOLN, RI 02865 | CREDITOR ID: 556225-BC<br>MYER, RENEE<br>6114 DESTREHAN DR.<br>BATON ROUGE LA 70820 | CREDITOR ID: 256823-12<br>MYERS BUSINESS PRODUCTS INC<br>ATTN PAUL MYERS, PRES<br>417-419 N COURT STREET<br>PO BOX 680518<br>PRATTVILLE, AL 36068 |
| CREDITOR ID: 541266-BI<br>MYERS BUSINESS PRODUCTS INC<br>PO BOX 680518<br>PRATTVILLE AL 36068-0518 | CREDITOR ID: 389387-54<br>MYERS, ADA<br>C/O CARLSON & MEISSNER<br>ATTN JASON FOX, ESQ.<br>250 BELCHER ROAD NORTH<br>CLEARWATER FL 33765 | CREDITOR ID: 389387-54<br>MYERS, ADA<br>2560 62ND AVENUE, LOT 97<br>SAINT PETERSBURG FL 33702 |
| CREDITOR ID: 536695-BA<br>MYERS, BARBARA<br>7834 BRISTOL PARK DRIVE<br>APOLLO BEACH FL 33572 | CREDITOR ID: 397064-66<br>MYERS, DAVID E<br>1706 HEATHERWOOD DR<br>JACKSONVILLE FL 32259 | CREDITOR ID: 406987-MS<br>MYERS, ELLA MAE<br>808 W 118TH AVE<br>TAMPA FL 33612 |
| CREDITOR ID: 390717-55<br>MYERS, JOHNNY<br>C/O GARY A BACON LAW OFFICES<br>ATTN GARY A BACON, ESQ<br>100 MARINERS COURT, SUITE C<br>KINGSLAND GA 31548 | CREDITOR ID: 536696-BA<br>MYERS, LORI<br>730 SOUTH FULTON STREET<br>SALISBURY NC 28144 | CREDITOR ID: 538510-BA<br>MYERS, LORI<br>C/O MICHAEL ADKIN, ESQ.<br>KLUTTZ, REAMER, HAYES, RANDOLPH & ADKINS<br>131 NORTH MAIN ST<br>PO BOX 1617<br>SAILSBURY NC 28145-1617 |
| CREDITOR ID: 390716-55<br>MYERS, MATILDA<br>GARY A BACON LAW OFFICES<br>ATTN GARY A BACON, ESQ<br>100 MARINERS COURT, SUITE C<br>KINGSLAND GA 31548 | CREDITOR ID: 536697-BA<br>MYERS, MBONYA<br>1613 COLLIERS STREET<br>COLUMBUS GA 31906 | CREDITOR ID: 538511-BA<br>MYERS, MBONYA<br>C/O ALFONZA WHITAKER ESQ<br>WHITAKER & WHITAKER<br>909 THIRD AVENUE<br>COLIUMBUS GA 31901 |
| CREDITOR ID: 382838-51<br>MYERS, TIMOTHY<br>1081 APALACHEE TRACE<br>BISHOP, GA 30621 | CREDITOR ID: 492910-FC<br>MYERS, TIMOTHY S<br>85052 SAGAPONACK DR<br>FERNANDINA BEACH FL 32034 | CREDITOR ID: 407024-MS<br>MYERS, WILLIAM J<br>1612 WATERS EDGE DRIVE<br>ORANGE PARK FL 32003-8692 |
| CREDITOR ID: 410712-15<br>MYLES, CHARLES<br>C/O STEVENS & WARD, PA<br>ATTN RODERICK D WARD III, ESQ<br>1855 LAKELAND DRIVE, SUITE P-121<br>JACKSON MS 39216 | CREDITOR ID: 556227-BC<br>MYLES, JOYCE<br>6534 ST PIOS AVE<br>BATON ROUGE LA 70811 | CREDITOR ID: 556226-BC<br>MYLES, JOYCE<br>6534 ST. PIUS AVE<br>BATON ROUGE LA 70811 |
| CREDITOR ID: 541270-BI<br>MYRA SQUIRES<br>4226 KNOLLWOOD DRIVE<br>FAYETTEVILLE NC 28304 | CREDITOR ID: 541271-BI<br>MYRA TAYLOR<br>400 WHIPPOORWILL CIRLCLE<br>ID# 102985<br>RUSSELLVILLE AL 35654 | CREDITOR ID: 556228-BC<br>MYRICK (MINOR), FREDDIE<br>1513 NW 6TH AVE<br>FORT LAUDERDALE FL 33311 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                **CASE:   05-03817-3F1**

CREDITOR ID: 541273-BI
MYRON CORP
PO BOX 802616
CHICAGO IL 60680-2616

CREDITOR ID: 541274-BI
MYSTIC LLC
PO BOX 100
PLATTENVILLE LA 70393

CREDITOR ID: 256832-12
MYSTIC, LLC
C/O DUVAL FUNDERBURK SUNDBERY ET AL
ATTN CLAYTON E LOVELL, ESQ.
101 WILSON AVENUE
PO BOX 3017
HOUMA LA 70361

CREDITOR ID: 256832-12
MYSTIC, LLC
ATTN LEO D STERNFELS, MGR
PO BOX 100
PLATTENVILLE, LA 70393

CREDITOR ID: 541275-BI
MZ FROZEN PASTA
DEPT L 974
COLUMBUS OH 43260

CREDITOR ID: 541276-BI
N & W FARMS
GROWER & SHIPPER OF SWEET POTATOES
222 HWY 341 S
VARDAMAN MS 38878

CREDITOR ID: 541277-BI
N C DEPT OF LABOR
4 WEST EDENTON ST
BUDGET & MANAGEMENT DIVISION
RALEIGH NC 27601-1092

CREDITOR ID: 541278-BI
N C DEPT OF REVENUE
PO BOX 25000
RALEIGH NC 27640-0002

CREDITOR ID: 541279-BI
N C R CORPORATION
PO BOX 75245
CHARLOTTE NC 28275-5245

CREDITOR ID: 541280-BI
N FLORIDA TIRE & ROAD SVC INC
2109 WEST US HIGHWAY 90
SUITE 170-310
LAKE CITY FL 32055-7708

CREDITOR ID: 256843-12
N GOLDRING CORP
ATTN WILLIAM J BLACKWELL, EVP FIN
PO BOX 349
PENSACOLA, FL 32592

CREDITOR ID: 541281-BI
N GOLDRING CORP
PO BOX 349
PENSACOLA FL 32592

CREDITOR ID: 541282-BI
N K C PROPERTIES
P O BOX 4479
DALTON GA 30719

CREDITOR ID: 541283-BI
N K HURST COMPANY
PO BOX 985
INDIANAPOLIS IN 46206-0985

CREDITOR ID: 541284-BI
N O M PROPERTIES INC
1689 PAYSPHERE CIRCLE
CHICAGO IL 60674

CREDITOR ID: 541285-BI
N O P D SECURITY
4317 MAGAZINE STREET
NEW ORLEANS LA 70115

CREDITOR ID: 278929-30
N&W FARMS INC
GROWER & SHIPPER OF SWEET POTATOES
222 HWY 341 S
VARDAMAN, MS 38878

CREDITOR ID: 541286-BI
NAABP
PO BOX 19476
JACKSONVILLE FL 32245

CREDITOR ID: 541287-BI
NABCO ASSIGNMENTS LTD
CHAMBERLAIN PLACE BROAD ST
SUITE 3    3RD FLOOR
BRIDGETOWN  NA BWI

CREDITOR ID: 256851-12
NABCO ELECTRIC COMPANY
2800 2ND AVE
CHATTANOOGA, TN 37407

CREDITOR ID: 541290-BI
NABISCO BRANDS INC
50 NEW COMMERCE
WILKES BARRE PA 18762

CREDITOR ID: 541289-BI
NABISCO BRANDS INC
50 NEW COMMERCE
WILKES BARRE PA 18762

CREDITOR ID: 541288-BI
NABISCO BRANDS INC
50 NEW COMMERCE
WILKES BARE PA 18762

CREDITOR ID: 541291-BI
NABORS RADIATOR & ELECTRIC SERVICE CO IN
617-25TH STREET SOUTH
BIRMINGHAM AL 35233

CREDITOR ID: 381089-47
NABORS RADIATOR & ELECTRIC SRVC CO
ATTN: KAREN MURPHY
617-25TH STREET SOUTH
BIRMINGHAM, AL 35233

CREDITOR ID: 556229-BC
NACARATO, CAROL
3645 AVE S NW
WINTER HAVEN FL 33881

CREDITOR ID: 541292-BI
NACCO WINDSHIELD REPAIR
SYSTEMS OF ATLANTA
5295 HWY 78 SUITE D PMB-342
STONE MOUNTAIN GA 30087

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 556230-BC<br>NACE, GERALDINE<br>18412 NW 42ND COURT<br>MIAMI FL 33056 | CREDITOR ID: 536698-BA<br>NACER, VALERIA<br>15741 S.W. 137 AVENUE, APT. 203<br>MIAMI FL 33177 | CREDITOR ID: 538512-BA<br>NACER, VALERIA<br>C/O JAMIE E. SUAREZ<br>SUAREZ AND ASSOCIATES, PA<br>351 NW LEJUNE ROAD, STE 201<br>MIAMI FL 33126 |
| CREDITOR ID: 556231-BC<br>NACKAY, HARRY<br>71505 NORTH L<br>LAKE WORTH FL 33406 | CREDITOR ID: 541294-BI<br>NADINE DUFRENE<br>309 SOUTH JAMIE BLVD<br>AVONDALE LA 70094 | CREDITOR ID: 390749-55<br>NAGARAJAN, ABIGAIL<br>C/O HILLEREN & HILLEREN, LLP<br>ATTN DAVID A HILLEREN, ESQ<br>PO BOX 9150<br>MANDEVILLE LA 70470 |
| CREDITOR ID: 397167-67<br>NAILS CITY<br>1770 ELLIS AVENUE, SUITE 118<br>JACKSON, MS 39204 | CREDITOR ID: 541295-BI<br>NAKED JUICE COMPANY<br>FILE NO. 42220<br>LOS ANGELES CA 90074-2220 | CREDITOR ID: 541296-BI<br>NALLEY CONSTRUCTION CO INC<br>C/O PICKENS PARTNERSHIP<br>PO BOX 1929<br>EASLEY SC 29641-1929 |
| CREDITOR ID: 1626-07<br>NALLEY CONSTRUCTION CO INC<br>C/O PICKENS PARTNERSHIP<br>PO BOX 1929<br>EASLEY, SC 29641-1929 | CREDITOR ID: 536699-BA<br>NALLEY, BELINDA<br>1102 HARRISON CIRCLE<br>PELL CITY AL 35128 | CREDITOR ID: 410409-15<br>NALLEY, G B JR & GARRETT BP JR, TTE<br>PO BOX 1929<br>EASLEY SC 29641 |
| CREDITOR ID: 410409-15<br>NALLEY, G B JR & GARRETT BP JR, TTE<br>C/O JOHNSON, HEARN, VINEGAR, ET AL<br>ATTN JEAN WINBORNE BOYLES, ESQ<br>TWO HANNOVER SQUARE, SUITE 2200<br>RALEIGH NC 27601 | CREDITOR ID: 395375-64<br>NAMIS SERVICES INC.<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | CREDITOR ID: 541297-BI<br>NANCY BARRIOS<br>1607 EVANS DRIVE SOUTH<br>JACKSONVILLE BEACH FL 32250 |
| CREDITOR ID: 541299-BI<br>NANCY CLABAUGH<br>1885 DESOTO DRIVE<br>DELEON SPRINGS FL 32130 | CREDITOR ID: 541303-BI<br>NANCY J WHALEY CH 13 TRUSTEE<br>303 PEACHTREE CENTER AVENUE NE<br>SUITE# 120<br>ATLANTA GA 30303 | CREDITOR ID: 407724-15<br>NANCY LANE COMMERCIAL REALTY, INC<br>C/O BENNETT LOTTERHOS SULSER ET AL<br>ATTN MARCUS M WILSON, ESQ<br>PO BOX 98<br>JACKSON MS 39205-0098 |
| CREDITOR ID: 541306-BI<br>NANCY MATHERNE<br>PO BOX 119<br>SAINT AMANT LA 70774 | CREDITOR ID: 541310-BI<br>NANCY'S PIES INC<br>PO BOX 6575<br>ROCK ISLAND IL 61204-6575 | CREDITOR ID: 256891-12<br>NANCY'S PIES INC<br>C/O HILL & VALLEY, INC<br>ATTN SUSAN STOEFEU, CONTROLLER<br>PO BOX 6575<br>ROCK ISLAND, IL 61204-6575 |
| CREDITOR ID: 541313-BI<br>NANCYS SPECIALITY FOODS<br>PO BOX 51970<br>LOS ANGELES CA 90051 | CREDITOR ID: 256892-12<br>NANCYS SPECIALITY FOODS<br>PO BOX 51970<br>LOS ANGELES, CA 90051 | CREDITOR ID: 541314-BI<br>NANTAHALA MEATS & POULTRY<br>211 WEST PALMER STREET<br>FRANKLIN NC 28734 |
| CREDITOR ID: 541315-BI<br>NANTAHALA POWER & LIGHT<br>P O BOX 1059<br>FRANKLIN NC 28734 | CREDITOR ID: 256894-12<br>NANTAHALA POWER & LIGHT<br>PO BOX 1059<br>FRANKLIN, NC 28734 | CREDITOR ID: 541316-BI<br>NANTZE SPRINGS INC<br>PO BOX 1273<br>DOTHAN AL 36302 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of**
**Reorganization, (B) Occurrence of Effective Date**
**of Plan, and (C) Bar Dates for Filing claims Arising**
**before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 256895-12
NANTZE SPRINGS INC
ATTN CAROL M MORTON
PO BOX 1273
DOTHAN, AL 36302

CREDITOR ID: 541318-BI
NAPA
NAPA COUNTY FAMILY SUPPORT DIV
P O BOX 5720
NAPA CA 94581

CREDITOR ID: 256903-12
NAPA AUTO PARTS
PO BOX 102253
ATLANTA, GA 30368-2253

CREDITOR ID: 256901-12
NAPA AUTO PARTS
PO BOX 102061
ATLANTA, GA 30368-2061

CREDITOR ID: 256898-12
NAPA AUTO PARTS
1528 WEST 37TH STREET
HIALEAH, FL 33012

CREDITOR ID: 256907-12
NAPA GENUINE PARTS CO
PO BOX 409043
ATLANTA, GA 30384-9043

CREDITOR ID: 556232-BC
NAPIER, KARI
38329 AUSTIN AVENUE
ZEPHYRHILLS FL 33542

CREDITOR ID: 382840-51
NAPLES  DAILY NEWS
1075 CENTRAL AVE
NAPLES, FL 34102

CREDITOR ID: 402370-15
NAPLES DAILY NEWS
C/O RECEIVABLE MANAGEMENT SERVICES
ATTN PHYLLIS A HAYES
PO BOX 5126
TIMONIUM MD 21094

CREDITOR ID: 541320-BI
NAPLES DAILY NEWS
DEPT AT 40401
ATLANTA GA 31192-0401

CREDITOR ID: 541319-BI
NAPLES DAILY NEWS
1075 CENTRAL AVENUE
NAPLES FL 34102

CREDITOR ID: 1627-07
NAPLES SOUTH REALTY ASSOCIATES
C/O AMERICAN COMMERCIAL REALTY
4400 PGA BLVD, SUITE 305
PALM BEACH GARDENS, FL 33410

CREDITOR ID: 541321-BI
NAPLES SOUTH REALTY ASSOICATES LLC
C/O AMERICAN COMMERCIAL REALTY
4400 PGA BLVD  SUITE 305
PALM BEACH GARDENS FL 33410

CREDITOR ID: 536700-BA
NAQUIN, JOANNA
14001 MICHOUD BLVD
NEW ORLEANS LA 70129

CREDITOR ID: 538513-BA
NAQUIN, JOANNA
C/O RAY ORRILL, JR
ORRILL, CORDELL, & BEARY, LLC
1010 COMMON ST; 31ST FLR
NEW ORLEANS LA 70112

CREDITOR ID: 541323-BI
NARANJA LAKES JOINT VENTURES
C/O FIRC MANGEMENT INC
2299 S W 37TH AVE
MIAMI FL 33145

CREDITOR ID: 541322-BI
NARANJA LAKES JOINT VENTURES
C/O FIRC MANAGEMENT INC
2665 SOUTH BAYSHORE DRIVE
SUITE 302
COCONUT GROVE FL 33133

CREDITOR ID: 256911-12
NARANJA LAKES JOINT VENTURES
C/O FIRC MANAGEMENT INC
ATTN ALEJANDRO SOSA, DIR
2299 SW 37TH AVE, 4TH FLR
MIAMI, FL 33145

CREDITOR ID: 1628-07
NARANJA LAKES JOINT VENTURES
C/O FIRC MANAGEMENT INC
2299 SW 37TH AVE
MIAMI, FL 33145

CREDITOR ID: 391875-55
NARBO, LESTER
C/O SMITH & OLDMIXON
ATTN COLETTE A OLDMIXON, ESQ
PO BOX 393
POPLARVILLE MS 39470

CREDITOR ID: 536701-BA
NAROZNY, MARIAN
673 DORANDO CT
MARCO ISLAND FL 34145

CREDITOR ID: 262960-12
NARROW, THOMAS C
10046 POPLAR STREET
NEW PORT RICHEY, FL 34654

CREDITOR ID: 541324-BI
NAS RECRUITMENT COMMUNICATIONS
PO BOX 710215
CINCINNATI OH 45271-0215

CREDITOR ID: 381737-15
NAS RECRUITMENT COMMUNICATIONS INC
ATTN SUSAN M BOWERS, CREDIT DEPT
ONE INFINITY CORPORATE CENTRE DRIVE
CLEVELAND OH 44125

CREDITOR ID: 556233-BC
NASH, MARTHA
249 ST EUSEBIA ST
PENSACOLA FL 32503

CREDITOR ID: 541325-BI
NASHCO
PO BOX 4526
TAMPA FL 33677-4526

CREDITOR ID: 382844-51
NASHUA CORP.
3838 SOUTH 108TH STREET
OMAHA, NE 68144

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 382843-51
NASHUA CORPORATION
11 TRAFALGAR SQUARE
NASHUA, NH 03063

CREDITOR ID: 381729-15
NASHUA CORPORATION
ATTN SALLY L SMITH, CR MGR
3838 SOUTH 108TH STREET
OMAHA NE 68144

CREDITOR ID: 541327-BI
NASHUA LABEL PRODUCTS
PO BOX 99611
CHICAGO IL 60696-6911

CREDITOR ID: 541326-BI
NASHUA LABEL PRODUCTS
PO BOX 99611
CHICAGO IL 60690-6911

CREDITOR ID: 406236-G4
NASSAU CANDY COMPANY
7835 CENTRAL INDUSTRIAL DR, STE 100
WEST PALM BEACH FL 33404-3453

CREDITOR ID: 256917-12
NASSAU CANDY SOUTH
7835 CENTRAL INDUSTRIAL DR STE 100
WEST PALM BEACH FL 33404-3453

CREDITOR ID: 541328-BI
NASSAU COUNTY RECORD
PO BOX 609
CALLAHAN FL 32011-0609

CREDITOR ID: 256918-12
NASSAU COUNTY RECORD
ATTN ANGELINE MUDD, BUSINESS MGR
PO BOX 609
CALLAHAN, FL 32011-0609

CREDITOR ID: 541329-BI
NASSAU COUNTY SCU
P O BOX 15328
ALBANY NY 12212-5328

CREDITOR ID: 556234-BC
NASWORTHY, BRIAN
3120 GURNA DRIVE
VIOLET LA 70092

CREDITOR ID: 556235-BC
NATALE, NADINE
1801 SE 4TH STREET
APT # 5
POMPANO BEACH FL 33060

CREDITOR ID: 541330-BI
NATASHA D MCMILLIAN
918REIGATE ROAD
CHARLOTTE NC 28262

CREDITOR ID: 541331-BI
NATCHEZ TRACE ELECTRIC POWER ASSOCIATION
P O BOX 609
HOUSTON MS 38851

CREDITOR ID: 399690-YY
NATCO INC FKA HOBART SALES & SVCE
ATTN BELLA NATALICCHIO
PO BOX 4607
WILMINGTON NC 28406

CREDITOR ID: 541333-BI
NATHAN A LAW
932 LIBERTY PARK LOOP
BIRMINGHAM AL 35242

CREDITOR ID: 541332-BI
NATHAN A LAW
219 MEADOW LARK DRIVE
BRANDON MS 39047

CREDITOR ID: 541339-BI
NATHAN WATSON
4901 MENDEZ STREET
NEW ORLEANS LA 70136

CREDITOR ID: 541341-BI
NATHANAEL MEDICAL CENTER
1435 WEST MAIN STREET
DOTHAN AL 36301

CREDITOR ID: 541340-BI
NATHANAEL MEDICAL CENTER
1435 WEST MAIN STREET
DOTHAN AL 36301

CREDITOR ID: 256937-12
NATHANAEL MEDICAL CENTER
1435 WEST MAIN STREET
DOTHAN, AL 36301

CREDITOR ID: 541342-BI
NATHANIEL PARSONS
200 BUSH DRIVE
EUFAULA AL 36027

CREDITOR ID: 541343-BI
NATHANIEL WASHINGTON JR
1031 34TH AVENUE
COLUMBUS GA 31906

CREDITOR ID: 394281-56
NATHANIEL, PRENTIS
158 HARRIS ST
ATMORE AL 26502-1420

CREDITOR ID: 556622-BC
NATHANSON, ABBY
345 N. OAK ST.
LABELLE FL 33935

CREDITOR ID: 399390-99
NATIONAL ASBESTOS WORKERS PENS FD
C/O GENOVESE JOBLOVE & BATTISTA PA
ATTN CRAIG P RIEDERS, ESQ
BANK OF AMERICA TOWER
100 SOUTHEAST SECOND ST, 36TH FL
MIAMI FL 33131

CREDITOR ID: 382845-51
NATIONAL ASSOCIATION OF
STOCK PLAN PROFESSIONALS
PO BOX 21639
CONCORD, CA 94521-0639

CREDITOR ID: 541345-BI
NATIONAL BEEF PACKING COMPANY
PO BOX 87-4875
KANSAS CITY MO 64187-4875

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 541344-BI<br>NATIONAL BEEF PACKING COMPANY<br>PO BOX 87-4875<br>KANSAS CITY MO 64187-4875 | CREDITOR ID: 541346-BI<br>NATIONAL BEV CO INC<br>310 BACK STREET<br>THIBODAUX LA 70301 | CREDITOR ID: 541347-BI<br>NATIONAL CAR RENTAL<br>4520 HWY 80 WEST<br>MONTGOMERY AL 36108 |
| CREDITOR ID: 541348-BI<br>NATIONAL CAREER FAIRS<br>2230 CHATSWORTH COURT<br>HENDERSON NV 89074 | CREDITOR ID: 541349-BI<br>NATIONAL CARRIERS INC<br>PO BOX 263<br>KANSAS CITY MO 64193-0172 | CREDITOR ID: 541350-BI<br>NATIONAL CART COMPANY INC<br>PO BOX 790379<br>ST LOUIS MO 63179-0051 |
| CREDITOR ID: 541351-BI<br>NATIONAL CART COMPANY LLC<br>PO BOX 790379<br>ST LOUIS MO 63179-0051 | CREDITOR ID: 541352-BI<br>NATIONAL CHOICE BAKERY<br>130 HARDMAN AVENUE SOUTH<br>SOUTH ST PAUL MN 55075 | CREDITOR ID: 541353-BI<br>NATIONAL CITY BANK<br>ANALYSIS ACCOUNTS RECEIVABLES<br>PO BOX 951610<br>CLEVELAND OH 44193-0001 |
| CREDITOR ID: 411101-15<br>NATIONAL CITY BANK<br>ATTN M ELIZABETH HILS, VP<br>ONE EAST FOURTH STREET<br>MAIL LOCATION 25-C860A<br>CINCINNATI OH 45202 | CREDITOR ID: 533557-DT<br>NATIONAL CITY BANK<br>ATTN: BARBARA SHAFFER, ASSET CTRL<br>4100 WEST 150TH STREET<br>CLEVELAND OH 44135 | CREDITOR ID: 397150-67<br>NATIONAL COMMERCE BANK<br>ONE COMMERCE SQUARE<br>MEMPHIS, TN 38150 |
| CREDITOR ID: 541354-BI<br>NATIONAL CORVETTE RESTORATION SOCIETY<br>PO BOX 915739<br>LONGWOOD FL 32791-5739 | CREDITOR ID: 384255-47<br>NATIONAL DIAGNOSTICS INC<br>PO BOX 690580<br>CHARLOTTE, NC 28227-7010 | CREDITOR ID: 541355-BI<br>NATIONAL DIAGNOSTICS INC<br>PO BOX 690580<br>CHARLOTTE NC 28227-7010 |
| CREDITOR ID: 541357-BI<br>NATIONAL DISTRIBUTING<br>PO BOX 40709<br>JACKSONVILLE FL 32203 | CREDITOR ID: 541356-BI<br>NATIONAL DISTRIBUTING<br>P O BOX 24598<br>TAMPA, FL 33614-4598 | CREDITOR ID: 541358-BI<br>NATIONAL DISTRIBUTING CO<br>PO BOX 4099<br>DEERFIELD BEACH FL 33442 |
| CREDITOR ID: 406013-15<br>NATIONAL DISTRIBUTING COMPANY, INC<br>C/O ALSTON & BIRD LLP<br>ATTN JASON H WATSON, ESQ<br>1201 WEST PEACHTREE STREET<br>ATLANTA GA 30309 | CREDITOR ID: 256962-12<br>NATIONAL ECONOMIC RESEARCH ASSOCS<br>ATTN FRED M HARLEY, CONTROLLER<br>PO BOX 29677<br>GENERAL POST OFFICE<br>NEW YORK NY 10087-9677 | CREDITOR ID: 404040-15<br>NATIONAL ECONOMIC RESEARCH ASSOCS<br>ATTN DAVID BUCCO, CFO<br>50 MAIN STREET<br>WHITE PLAINS NY 10606 |
| CREDITOR ID: 541359-BI<br>NATIONAL EMPLOYMENT LAW INSTITUTE<br>1601 EMERSON STREET<br>DENVER CO 80218 | CREDITOR ID: 411380-15<br>NATIONAL ENVELOPE CORPORATION<br>ATTN VALERIE SKRIVANEK, CORP CRD MG<br>17304 PRESTON ROAD, STE 1300<br>DALLAS TX 75252 | CREDITOR ID: 256964-12<br>NATIONAL ENVELOPE CORPORATION<br>PO BOX 9171<br>UNIONDALE NY 11555-9171 |
| CREDITOR ID: 541360-BI<br>NATIONAL ENVIROMENTAL HEALTH<br>720 S COLORADO BLVD<br>SUITE 970-S<br>DENVER CO 80246 | CREDITOR ID: 256965-12<br>NATIONAL ENVIROMENTAL HEALTH<br>720 S COLORADO BLVD, SUITE 970-S<br>DENVER, CO 80246 | CREDITOR ID: 533560-DT<br>NATIONAL FINANCIAL SERVICES, LLC<br>ATTN: MOLLY CARTER<br>200 LIBERTY STREET<br>NEW YORK NY 10281 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405933-99<br>NATIONAL FISH & SEAFOOD INC<br>C/O CHOATE HALL & STEWART<br>ATTN: J VENTOLA & W MAHON, ESQS<br>TWO INTERNATIONAL PLACE<br>BOSTON MA 02110 | CREDITOR ID: 539027-15<br>NATIONAL FISH & SEAFOOD INC<br>ATN MICHAEL<br>11-15 PARKER STREET<br>GLOUCESTER MA 01930 | CREDITOR ID: 256970-12<br>NATIONAL FISH & SEAFOOD, LTD<br>C/O CHOATE, HALL & STEWART, LLP<br>ATTN WILLIAM S MCMAHON, ESQ<br>TWO INTERNATIONAL PLACE<br>BOSTON MA 02110 |
| CREDITOR ID: 256970-12<br>NATIONAL FISH & SEAFOOD, LTD<br>C/O ERCOLINI & CO, LLP<br>ATTN MICHAEL BRUNO<br>55 SUMMER STREET<br>BOSTON MA 02110 | CREDITOR ID: 256973-12<br>NATIONAL FLAG & DISPLAY CO INC<br>ATTN: ALAN R. SIEGEL, PRESIDENT<br>3827 N ANDREWS AVE<br>FT LAUDERDALE, FL 33309 | CREDITOR ID: 407573-15<br>NATIONAL FLUID MILK PROCESSOR<br>C/O US DEPARTMENT OF JUSTICE<br>ATTN ALBERTO GONZALES, ATTY GENERAL<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON DC 20530-0001 |
| CREDITOR ID: 541361-BI<br>NATIONAL FLUID MILK PROCESSOR<br>EDUCATION AND PROMOTION BOARD<br>P O BOX 277905<br>ATLANTA GA 30384-7905 | CREDITOR ID: 407573-15<br>NATIONAL FLUID MILK PROCESSOR<br>PROMOTION BOARD<br>US DEP AGRICULTURE<br>ATTN JOHN R MENGEL, ACTING DPTYADM<br>7475 WISCONSIN AVENUE, SUITE 600<br>BETHESDA MD 20814 | CREDITOR ID: 407573-15<br>NATIONAL FLUID MILK PROCESSOR<br>C/O US ATTORNEY, MDFL<br>ATTN PAUL I PEREZ, ESQ<br>300 N HOGAN STREET, SUITE 700<br>JACKSONVILLE FL 32202-4270 |
| CREDITOR ID: 541362-BI<br>NATIONAL FOOD CORP<br>PO BOX 526303<br>MIAMI FL 33152-6303 | CREDITOR ID: 410971-15<br>NATIONAL FOOD CORPORATION<br>C/O HAVA B VILLAVERDE PA<br>ATTN  HAVA B VILLAVERDE ESQ<br>8220 SW 161 STREET<br>MIAMI FL 33157 | CREDITOR ID: 534909-97<br>NATIONAL FOOD ET AL<br>ATTN: MARTA DE VARONA, TREAS<br>8220 SW 161 STREET<br>MIAMI FL 33157 |
| CREDITOR ID: 540930-BI<br>NATIONAL FOOD GOLD COAST LLC<br>2520 SW 3RD AVENUE<br>FT LAUDERDALE FL 33315 | CREDITOR ID: 256977-12<br>NATIONAL FOOD GOLD COAST LLC<br>C/O HAVA B VILLAVRDE PA<br>ATTN HAVA P VILLAVERDE ESQ<br>8220 SW 161 STREET<br>MIAMI FL 33157 | CREDITOR ID: 256978-12<br>NATIONAL FREIGHT INC<br>ATTN JOSIAH KNAPP, SR VP & ESQ<br>1515 BURNT MILL ROAD<br>CHERRY HILL NJ 08003 |
| CREDITOR ID: 540931-BI<br>NATIONAL FROZEN & REFRIGERATED FOODS<br>ASSOCIATION INC<br>P O BOX 6069<br>HARRISBURG PA 17112-9915 | CREDITOR ID: 540932-BI<br>NATIONAL FRUIT PRODUCTS<br>PO BOX 3172<br>WINCHESTER VA 22604 | CREDITOR ID: 405244-95<br>NATIONAL FRUIT PRODUCTS<br>ATTN NANCY JENKINS, ACCTG SUPERV<br>PO BOX 2040<br>WINCHESTER VA 22604-1240 |
| CREDITOR ID: 256981-12<br>NATIONAL HEALTH INFORMATION<br>NETWORK, INC, DEPT 0494<br>PO BOX 120494<br>DALLAS, TX 75312-0494 | CREDITOR ID: 382847-51<br>NATIONAL HEALTH INFORMATION<br>NETWORK, INC<br>101 JIM WRIGHT FREEWAY S, SUITE 200<br>FORT WORTH, TX 76108-2202 | CREDITOR ID: 540933-BI<br>NATIONAL HEALTH INFORMATION NETWORK<br>DEPT 0494<br>PO BOX 120494<br>DALLAS TX 75312-0494 |
| CREDITOR ID: 403529-93<br>NATIONAL IMAGING SYSTEMS INC<br>14504 FRIAR STREET<br>VAN NUYS CA 32541 | CREDITOR ID: 540934-BI<br>NATIONAL IN STORE MARKETING LLC<br>LOCKBOX 771760<br>1760 SOLUTIONS CENTER<br>CHICAGO IL 60677-1007 | CREDITOR ID: 416949-15<br>NATIONAL IN STORE MARKETING LLC<br>ATTN RICHARD JONES, CFO<br>2 N TAMIAMI TRAIL, 9TH FLOOR<br>SARASOTA FL 34236 |
| CREDITOR ID: 416949-15<br>NATIONAL IN STORE MARKETING LLC<br>C/O DAVIS & GILBERT LLP<br>ATTN MILES BAUM, ESQ<br>1740 BROADWAY<br>NEW YORK NY 10019 | CREDITOR ID: 256983-12<br>NATIONAL INSULATION CONTRACTORS INC<br>ATTN GATHER NOLAN, PRES<br>PO BOX 299<br>MORRIS, AL 35116 | CREDITOR ID: 533558-DT<br>NATIONAL INVESTOR SERVICES CORP.<br>ATTN: ALBERTO HOOK<br>901 SOUTH BOND STREET, 6TH FLOOR<br>BALTIMORE MD 21231 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

CREDITOR ID: 540935-BI
NATIONAL LIFT TRUCK
1901 N W 2ND ST
FT LAUDERDALE FL 33311

CREDITOR ID: 376362-44
NATIONAL LIFT TRUCK SERVICE
ATTN DIANE HAUTEL, COO/GM
1901 NW 2ND STREET
FT LAUDERDALE, FL 33311

CREDITOR ID: 540937-BI
NATIONAL LINEN SERVICE
PO BOX 8829
SHREVEPORT LA 71148

CREDITOR ID: 540936-BI
NATIONAL LINEN SERVICE
PO BOX 7087
NEW ORLEANS LA 70186-7087

CREDITOR ID: 256986-12
NATIONAL LINEN SERVICE
PO BOX 7087
NEW ORELEANS, LA 70186-7087

CREDITOR ID: 408381-BD
NATIONAL LOSS CONTROL SERVICE  CORP
ATTN:  RMG COLLECTIONS
ONE KEMPER DR
LONG GROVE IL 60049-0001

CREDITOR ID: 540938-BI
NATIONAL MOTOR FREIGHT TRAFFIC ASSOC
2200 MILL RD
ALEXANDRIA VA 22314-4687

CREDITOR ID: 540939-BI
NATIONAL MULTIPLE SCLEROSIS SOCIETY
4237 SALISBURY ROAD
BLDG 4  STE 406
JACKSONVILLE FL 32216

CREDITOR ID: 256989-12
NATIONAL NEWS DIST
2940 4TH AVE SOUTH
BIRMINGHAM, AL 35233

CREDITOR ID: 540940-BI
NATIONAL NEWS DIST.
2940 4TH AVE SOUTH
BIRMINGHAM AL 35233

CREDITOR ID: 384260-47
NATIONAL PLANT SHIPPERS
ATTN DOUGLAS DESCHLER, PRES
PO BOX 490
WAUCHULA FL 33873

CREDITOR ID: 540941-BI
NATIONAL PLANT SHIPPERS
PO BOX 25275
TAMPA FL 33622

CREDITOR ID: 382884-51
NATIONAL PRESCRIPTION ADMIN.
PO BOX 1981
EAST HANOVER, NJ 07936

CREDITOR ID: 540942-BI
NATIONAL RAISIN CO
PO BOX 219
FOWLER CA 93625

CREDITOR ID: 540943-BI
NATIONAL REGISTRY OF FOOD
SAFETY PROFESSIONALS
PO BOX 850001
ORLANDO FL 32885-0341

CREDITOR ID: 256994-12
NATIONAL REGISTRY OF FOOD
SAFETY PROFESSIONALS
PO BOX 850001
ORLANDO, FL 32885-0341

CREDITOR ID: 240593-06
NATIONAL REVENUE CENTER
550 MAIN STREET
BUREAU OF ATF
CINCINNATI OH 45202

CREDITOR ID: 407534-15
NATIONAL SALES SERVICES, INC DBA
NATIONAL RETAIL SERVICES
C/O EURO RSCG WORLDWIDE, INC
ATTN W FASANO OR NANCY WYNNE, ESQ
350 HUDSON STREET
NEW YORK NY 10014

CREDITOR ID: 540944-BI
NATIONAL STARCH
P O BOX 65825
CHARLOTTE NC 28265

CREDITOR ID: 256999-12
NATIONAL STARCH
PO BOX 65825
CHARLOTTE, NC 28265

CREDITOR ID: 540945-BI
NATIONAL TOBACCO CO. L.P
2450 PAYSPHERE CIRCLE
CHICAGO IL 60674

CREDITOR ID: 382053-36
NATIONAL TOBACCO COMPANY
ATTN EDWARD L HICKERSON, VP
3029 MULHAMMAD ALI BLVD
PO BOX 32980
LOUISVILLE KY 40232-2980

CREDITOR ID: 257004-12
NATIONAL TOOL SUPPLY INC
5725 WEST HALLANDALE BEACH BLVD
HOLLYWOOD, FL 33023

CREDITOR ID: 540946-BI
NATIONAL TOOL SUPPLY INC
5725 WEST HALLANDALE BEACH BLVD
HOLLYWOOD FL 33023

CREDITOR ID: 540948-BI
NATIONAL TRUCK PARTS OF FLORIDA
3061 NW 75TH AVENUE
CC TRUCK PARTS COMPANY
MIAMI FL 33122

CREDITOR ID: 540947-BI
NATIONAL TRUCK PARTS OF FLORIDA
1221 US HIGHWAY 301 N
TAMPA FL 33619

CREDITOR ID: 411179-15
NATIONAL UNION FIRE INSURANCE CO
OF PITTSBURGH PA, ET AL
C/O AIG LAW DEPT - BANKRUPTCY
ATTN MICHELLE A LEVITT, ESQ.
70 PINE STREET, 31ST FLOOR
NEW YORK NY 10270

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 382849-51<br>NATIONAL WELDERS<br>2704 UWHARRIE ROAD<br>HIGH POINT, NC 27263 | CREDITOR ID: 257006-12<br>NATIONAL WELDERS SUPPLY CO INC<br>ATTN: JOHN BURKHEAD<br>PO BOX  34513<br>CHARLOTTE, NC 28234 | CREDITOR ID: 540951-BI<br>NATIONAL WELDERS SUPPLY CO INC<br>PO BOX 34534<br>CHARLOTTE NC 28234 |
| CREDITOR ID: 540950-BI<br>NATIONAL WELDERS SUPPLY CO INC<br>PO BOX 34513<br>CHARLOTTE NC 28234 | CREDITOR ID: 540949-BI<br>NATIONAL WELDERS SUPPLY CO INC<br>PO BOX  34513<br>CHARLOTTE NC 28234 | CREDITOR ID: 540952-BI<br>NATIONAL WESTERN INSURANCE CO<br>ATTN MORTAGE LOAN DEPT<br>850 EAST ANDERSON LANE<br>AUSTIN TX 78752-1602 |
| CREDITOR ID: 1629-07<br>NATIONAL WESTERN INSURANCE COMPANY<br>ATTN: MORTAGE LOAN DEPT<br>850 EAST ANDERSON LANE<br>AUSTIN, TX 78752-1602 | CREDITOR ID: 540953-BI<br>NATIONAL WESTERN LIFE INSURANCE CO<br>850 EAST ANDERSON LANE<br>ATTN MTG LOAN DEPT FOR STORE # 1409<br>AUSTIN TX 78752-1602 | CREDITOR ID: 540955-BI<br>NATIONAL WINE & LIQUOR<br>PO BOX 4099<br>DEERFIELD BEACH FL 33442-4099 |
| CREDITOR ID: 540954-BI<br>NATIONAL WINE & LIQUOR<br>PO BOX 4099<br>DEERFIELD BEACH FL 33442-4099 | CREDITOR ID: 257009-12<br>NATIONMARK INC<br>2963 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | CREDITOR ID: 540956-BI<br>NATIONMARK INC<br>2963 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 |
| CREDITOR ID: 257011-12<br>NATIONWIDE<br>7065 RELIABLE PARKWAY<br>CHICAGO, IL 60686 | CREDITOR ID: 540957-BI<br>NATIONWIDE CREDIT INC<br>GARNISHMENT DEPT<br>2015 VAUGHN ROAD<br>BLDG 400<br>KENNESAW GA 30144 | CREDITOR ID: 417079-98<br>NATIONWIDE LIFE INS CO OF AMERICA<br>ATTN RANDALL W MAY ESQ<br>ONE NATIONWIDE PLAZA 01-34-06<br>COLUMBUS OH 43215-2220 |
| CREDITOR ID: 411178-15<br>NATIONWIDE MUTUAL CO.O1  SUBROGEE<br>SHOPPING CENTER L&D, INC<br>C/O NATIONWIDE<br>2901 W BUSCH BLVD, STE 403<br>TAMPA FL 33618 | CREDITOR ID: 257017-12<br>NATIONWIDE WINDOW CLEANING CO, INC<br>ATTN IRWIN JACOBS, VP<br>PO BOX 19714<br>ATLANTA, GA 30325 | CREDITOR ID: 540958-BI<br>NATIVITY B V M ELEMENTARY SCHOOL<br>1046 BEACH BLVD<br>BILOXI MS 39530 |
| CREDITOR ID: 408380-BD<br>NATLSCO INC<br>ATTN:  RMG COLLECTIONS<br>ONE KEMPER DR<br>LONG GROVE IL 60049-0001 | CREDITOR ID: 541795-BI<br>NATURAL GAS CO OF VA<br>219 W BROAD STREET<br>RICHMOND VA 23220-4259 | CREDITOR ID: 257020-12<br>NATURAL GAS CO OF VA<br>219 W BROAD STREET<br>RICHMOND, VA 23220-4259 |
| CREDITOR ID: 457565-31<br>NATURAL RESOURCES AND ENVIRONMENT<br>ATTN: TIM PRICE<br>5517 HIGHWAY 522<br>PUTNEY KY 40865-6925 | CREDITOR ID: 457567-31<br>NATURAL RESOURCES AND ENVIRONMENT<br>ATTN: SAM LOFTON<br>643 TETON TRL<br>FRANKFORT KY 40601-1758 | CREDITOR ID: 457559-31<br>NATURAL RESOURCES AND ENVIRONMENT<br>ATTN: JOHN PENFIELD<br>500 MERO ST FL 14<br>FRANKFORT KY 40601-1987 |
| CREDITOR ID: 457553-31<br>NATURAL RESOURCES AND ENVIRONMENT<br>ATTN: JANE WINGATE<br>35 FOUNTAIN PL # 36<br>FRANKFORT KY 40601-1942 | CREDITOR ID: 457547-31<br>NATURAL RESOURCES AND ENVIRONMENT<br>ATTN: RANDY HJETLAND<br>304 W WALNUT ST<br>MAYFIELD KY 42066-2230 | CREDITOR ID: 457540-31<br>NATURAL RESOURCES AND ENVIRONMENT<br>ATTN: JACK WILSON<br>233 BIRCH ST<br>HAZARD KY 41701-2179 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 457525-31<br>NATURAL RESOURCES AND ENVIRONMENT<br>ATTN: WILLIAM GATEWOOD<br>14 REILLY RD<br>FRANKFORT KY 40601-1139 | CREDITOR ID: 457519-31<br>NATURAL RESOURCES AND ENVIRONMENT<br>ATTN: KATHY HODGES<br>116 S COLUMBIA AVE<br>CAMPBELLSVILLE KY 42718-1339 | CREDITOR ID: 457514-31<br>NATURAL RESOURCES AND ENVIRONMENT<br>ATTN: GLEASON WEATLEY<br>100 SOWER BLVD STE 104<br>FRANKFORT KY 40601-8272 |
| CREDITOR ID: 457569-31<br>NATURAL RESOURCES AND ENVIRONMENT<br>ATTN: JOHN S LIONS<br>803 SCHENKEL LN<br>FRANKFORT KY 40601-1403 | CREDITOR ID: 541796-BI<br>NATURAL SELECTION FOODS<br>1721 SAN JUAN HWY<br>SAN JUAN BAUTISTA CA 95045 | CREDITOR ID: 541797-BI<br>NATURALLY FRESH<br>LOCKBOX 945913<br>ATLANTA GA 30394-5913 |
| CREDITOR ID: 315707-36<br>NATURALLY FRESH, INC<br>ATTN ROBERT C DOTSON, ESQ<br>1000 NATURALLY FRESH BLVD<br>ATLANTA GA 30349 | CREDITOR ID: 278931-30<br>NATURALLY FRESH, INC<br>LOCKBOX 945913<br>ATLANTA, GA 30394-5913 | CREDITOR ID: 541798-BI<br>NATURE'S BOUNTY INC<br>PO BOX 9010<br>RONKONKOMA NY 11779-9010 |
| CREDITOR ID: 257025-12<br>NATURE'S BOUNTY, INC<br>ATTN HARVEY KAMIL, TREASURER<br>PO BOX 9010<br>RONKONKOMA, NY 11779-9010 | CREDITOR ID: 257025-12<br>NATURE'S BOUNTY, INC<br>C/O JASPAN SCHLESINGER HOFFMAN LLP<br>ATTN LISA M GOLDEN, ESQ.<br>300 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | CREDITOR ID: 541799-BI<br>NATURE'S CURE INC<br>5560 GOLDEN GATE AVE<br>OAKLAND CA 94618 |
| CREDITOR ID: 257026-12<br>NATURE'S CURE INC<br>ATTN E BAKER, CFO<br>5560 GOLDEN GATE AVE<br>OAKLAND, CA 94618 | CREDITOR ID: 541800-BI<br>NATURES EARTH PRODUCTS<br>2200 NORTH FLORIDA MANGO RD<br>SECOND FLOOR<br>WEST PALM BEACH FL 33409 | CREDITOR ID: 541801-BI<br>NATURES FLOWERS<br>P O BOX  522498<br>MIAMI FL 33152-2498 |
| CREDITOR ID: 278932-30<br>NATURES FLOWERS<br>PO BOX  522498<br>MIAMI, FL 33152-2498 | CREDITOR ID: 539017-W9<br>NATURES FLOWERS<br>DIRECT FLOWERS DISTRIBUTORS INC<br>2605 NW 77 AVE<br>MIAMI FL 33122 | CREDITOR ID: 410798-15<br>NATUROPATHIC LABORATORIES INT'L<br>ATTN GARY PARSONS, PRES<br>620 FIFTH AVENUE, SUITE 214<br>NEW YORK NY 10020 |
| CREDITOR ID: 536702-BA<br>NAUSE, JONATHEN<br>301 63RD PLACE, APT. C 94<br>MERIDIAN MS 39307 | CREDITOR ID: 556623-BC<br>NAVA, NICOLE<br>965 17TH PLACE SW<br>VERO BEACH FL 32962 | CREDITOR ID: 556624-BC<br>NAVAILHON, SANDY<br>26258 PICHON RD<br>LACOMBE LA 70445 |
| CREDITOR ID: 541802-BI<br>NAVAJO MANUFACTURING CO<br>5330 FOX STREET<br>DENVER CO 80216-1630 | CREDITOR ID: 257031-12<br>NAVAJO MANUFACTURING CO<br>ATTN GORDEN LEVY, CEO<br>5330 FOX STREET<br>DENVER, CO 80216-1630 | CREDITOR ID: 541803-BI<br>NAVARRE PRESS<br>7502 HARVEST VILLAGE COURT<br>NAVARRE FL 32566 |
| CREDITOR ID: 541804-BI<br>NAVARRE SQUARE<br>C/O RUTLAND VAN CAMP ASSOC<br>PO BOX 230758<br>MONTGOMERY AL 36123 | CREDITOR ID: 1631-07<br>NAVARRE SQUARE<br>C/O RUTLAND VAN CAMP ASSOC<br>PO BOX 230758<br>MONTGOMERY, AL 36123 | CREDITOR ID: 408169-15<br>NAVARRE SQUARE, LTD<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN S T FREEMAN/P DARBY, ESQS<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203-2104 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 556625-BC<br>NAVARRO, ALICIA<br>215 COLONY DRIVE<br>CASSELBERRY FL 32707 | CREDITOR ID: 556626-BC<br>NAVARRO, MELISSA<br>1448 SW 67 AVE<br>MIAMI FL 33144 | CREDITOR ID: 391727-55<br>NAVAS, LETICIA<br>C/O ALEXANDER M WEINBERG LAW OFFICE<br>ATTN ALEXANDER M WEINBERG, ESQ<br>9130 S DADELAND BLVD, SUITE 1609<br>MIAMI FL 33156 |
| CREDITOR ID: 391815-55<br>NAWROCKI, ROMAN<br>C/O FARAH & FARAH, PA<br>ATTN E W PEETLUK/R STAGGARD, ESQS<br>1301 PLANTATION DR, SUITE 206A<br>ST AUGUSTINE FL 32080 | CREDITOR ID: 418813-ST<br>NAYLOR, EDGAR LOUIS<br>136 BRANDI WAY<br>WINCHESTER TN 37398-1446 | CREDITOR ID: 556627-BC<br>NAZAIRE, DAVID<br>2569 SW 10TH CT<br>BOYNTON BEACH FL 33426 |
| CREDITOR ID: 536703-BA<br>NAZAIRE, JOANNE<br>1045 WASHIGTON STREET, APT. 2<br>ORLANDO FL 32805 | CREDITOR ID: 538514-BA<br>NAZAIRE, JOANNE<br>C/O JACUI OXENDINE, ESQ<br>THE LAW OFFICE OF JACQUELYN OXENDINE<br>PO BOX 550928<br>ORLANDO FL 32855 | CREDITOR ID: 536704-BA<br>NAZARENO, CARMENCITA<br>2329 ELKCAM BLVD<br>PORT CHARLOTTE FL 33952 |
| CREDITOR ID: 556628-BC<br>NAZARIO, YOLANDA<br>624 NW 10 AVE<br>MIAMI FL 33127 | CREDITOR ID: 536705-BA<br>NAZZARO (MINOR), JAMIE<br>1574 SE APPAMATTOX TERRACE<br>PORT ST. LUCIE FL 34952-7173 | CREDITOR ID: 538515-BA<br>NAZZARO (MINOR), JAMIE<br>C/O LAURI J GOLDSTEIN<br>LAW OFFICE OF LAURI J. GOLDSTEIN, P.A.<br>1330 S FEDERAL HWY<br>STUART FL 34994 |
| CREDITOR ID: 410953-99<br>NB/85 ASSOCIATES<br>C/O BENDERSON DEVELOPMENT CO, INC<br>ATTN SUSAN HASSINGER, ESQ<br>570 DELAWARE AVENUE<br>BUFFALO NY 14202 | CREDITOR ID: 410953-99<br>NB/85 ASSOCIATES<br>C/O BENDERSON DEVELOPMENT CO LLC<br>ATTN: JOEL E SCHOLSBERG, ESQ<br>8441 COOPER CREEK BLVD<br>UNIVERSITY PARK FL 34201 | CREDITOR ID: 541806-BI<br>NB/85 ASSOCIATES WAYNE M RUBEN<br>PO BOX 823201<br>LEASING #49705<br>PHILADELPHIA PA 19182-3201 |
| CREDITOR ID: 541805-BI<br>NB/85 ASSOCIATES WAYNE M RUBEN<br>C/O BENDERSON DEVE CO<br>BRADEN RIVER PO LEASE # 49705<br>PO BOX 21199<br>BRADENTON FL 34204-1199 | CREDITOR ID: 1632-07<br>NB/85 ASSOCIATES WAYNE M RUBEN<br>C/O BENDERSON DEVE CO<br>BRADEN RIVER PO LEASE # 49705<br>PO BOX 21199<br>BRADENTON, FL 34204-1199 | CREDITOR ID: 533559-DT<br>NBC SECURITIES, INC.<br>ATTN: PENNIE NASH<br>1927 FIRST AVENUE NORTH<br>BIRMINGHAM AL 35203 |
| CREDITOR ID: 410947-15<br>NBTY, INC DBA KNOX<br>ATTN HARVEY KAMIL, PRESIDENT<br>PO BOX 9010<br>RONKONKOMA NY 11779-9010 | CREDITOR ID: 410947-15<br>NBTY, INC DBA KNOX<br>C/O JASPAN SCHLESINGER HOFFMAN LLP<br>ATTN LISA M GOLDEN, ESQ.<br>300 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | CREDITOR ID: 541807-BI<br>NC CHILD SUPPORT CENTRALIZED<br>COLLECTIONS<br>PO BOX 90000012<br>RALEIGH NC 27675-0577 |
| CREDITOR ID: 240595-06<br>NC DENR - UST<br>1632 MAIL SERVICE CENTER<br>RALEIGH NC 27699-1632 | CREDITOR ID: 240594-06<br>NC DENR - UST<br>1616 MAIL SERVICE CENTER<br>RALEIGH NC 27699-1646 | CREDITOR ID: 541808-BI<br>NC DEPARTMENT OF LABOR BUDGET<br>MANAGEMENT DIVISION<br>4 WEST EDENTON STREET<br>RALEIGH NC 27601 |
| CREDITOR ID: 541809-BI<br>NC DEPT OF REVENUE<br>500 W TRADE ST   SUITE 446<br>CHARLOTTE NC 28202 | CREDITOR ID: 257043-12<br>NC DISTRICT WEST CIVITAN<br>C/O CIVITAN INTERNATIONAL<br>ATTN KEITH A SHEFFIELD, ESQ<br>PO BOX 130744<br>BIRMINGHAM AL 35213-0744 | CREDITOR ID: 382885-51<br>NC STATE EMPLOYEE/TEACHERS<br>PO BOX 30111<br>DURHAM, NC 27702 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 257048-12<br>NCDA DEPT FM<br>PO BOX 27647<br>RALEIGH, NC 27611 | CREDITOR ID: 541810-BI<br>NCDA FOOD & DRUG PROTECTION<br>1070 MAIL SERVICE CENTER<br>RALEIGH NC 27699-1070 | CREDITOR ID: 240599-06<br>NCDA FOOD & DRUG PROTECTION<br>PO BOX 27647<br>RALEIGH NC 27611 |
| CREDITOR ID: 240598-06<br>NCDA FOOD & DRUG PROTECTION<br>1070 MAIL SERVICE CENTER<br>RALEIGH NC 27699-1070 | CREDITOR ID: 240600-06<br>NCDA PLANT INDUSTRY SEED<br>1060 MAIL SERVICE CENTER<br>RALEIGH NC 27699-1060 | CREDITOR ID: 541811-BI<br>NCDOR<br>PO BOX 25000<br>RALEIGH NC 27640-0520 |
| CREDITOR ID: 541812-BI<br>NCDR<br>225 GREEN STREET STE 800<br>FAYETTEVILLE NC 28301 | CREDITOR ID: 381197-47<br>NCO FINANCIAL SYSTEMS<br>PO BOX 41457<br>PHILIDELPHIA, PA 19101-1457 | CREDITOR ID: 541813-BI<br>NCO FINANCIAL SYSTEMS INC<br>PO BOX 1166<br>BUFFALO NY 14240-1166 |
| CREDITOR ID: 541814-BI<br>NCO PORTFOLIO MANAGEMENT INC<br>C/O DAVID E BORACK<br>PO BOX 245160<br>PEMBROKE PINES FL 33024 | CREDITOR ID: 382850-51<br>NCR<br>2910 GLENEAGLES POINTE<br>ALPHARETTA, GA 30005 | CREDITOR ID: 407713-15<br>NCR CORPORATION<br>C/O HANGLEY ARONCHICK SEGAL & PUDIN<br>ATTN ASHELY M CHAN, ESQ<br>ONE LOGAN AVENUE, 27TH FLOOR<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 407713-15<br>NCR CORPORATION<br>ATTN M FREIBERGER, SR ANALYST<br>TODD B CARVER, LAW VP<br>1611 SOUTH MAIN STREET - SDC 3<br>DAYTON OH 45479-0001 | CREDITOR ID: 541816-BI<br>NCR CORPORATION<br>PO BOX 740162<br>CINCINNATI OH 45274-0162 | CREDITOR ID: 541815-BI<br>NCR CORPORATION<br>14181 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 |
| CREDITOR ID: 406237-G4<br>NCR CORPORATION<br>1700 SOUTH PATTERSON BLVD.<br>ATTN:  TODD B CARVER<br>DAYTON OH 45479 | CREDITOR ID: 405893-99<br>NCR CORPORATION<br>C/O HANGLEY ARONCHICK ET AL<br>ATTN: ASHLEY M CHAN, ESQ<br>ONE LOGAN SQUARE, 27TH FL<br>PHILADELPHIA PA 19103 | CREDITOR ID: 278763-28<br>NCR CORPORATION<br>GENERAL COUNSEL<br>1700 SOUTH PATERSON BLVD.<br>DAYTON, OH 45479 |
| CREDITOR ID: 395459-64<br>NCR CREDIT<br>2910 GLENEAGLES POINTE<br>ALPHARETTA, GA 30005 | CREDITOR ID: 541817-BI<br>NDC ASSET MANAGEMENT<br>C/O TOWER CENTER ASSOCIATES<br>4415 FIFTH AVENUE<br>PITTSBURGH PA 15213 | CREDITOR ID: 1633-07<br>NDC ASSET MANAGEMENT<br>C/O TOWER CENTER ASSOCIATES<br>4415 FIFTH AVENUE<br>PITTSBURGH, PA 15213 |
| CREDITOR ID: 541818-BI<br>NDC HEALTH<br>PO BOX 403421<br>ATLANTA GA 30384-3421 | CREDITOR ID: 382102-51<br>NDC HEALTH<br>2394 EAST CAMELBACK ROAD<br>PHOENIX, AZ 85016 | CREDITOR ID: 381857-99<br>NDC REAL ESTATE MANAGMENT INC<br>C/O PEPPER HAMILTON LLP<br>ATTN: LINDA CASEY<br>3000 TWO LOGAN SQUARE<br>EIGHTEENTH & ARCH STREETS<br>PHILADELPHIA PA 19103-2799 |
| CREDITOR ID: 381855-99<br>NDC REAL ESTATE MANGEMENT INC<br>C/O PEPPER HAMILTON LLP<br>ATTN: JAMES C CARIGNAN, ESQ<br>HERCULES PLAZA, STE 5100<br>1313 MARKET ST, PO BOX 1709<br>WILMINGTON DE 19899-1709 | CREDITOR ID: 381855-99<br>NDC REAL ESTATE MANGEMENT INC<br>C/O PEPPER HAMILTON LLP<br>ATTN: LINDA J CASEY<br>3000 TWO LOGAN SQUARE<br>EIGHTEENTH & ARCH STREETS<br>PHILADELPHIA PA 19103-2799 | CREDITOR ID: 536706-BA<br>NDOLO, TREASA<br>642 COLISEUM BLVD APT C<br>MONTGOMERY AL 36109 |

SERVICE LIST
Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 541819-BI<br>NE FL OCCUP HEALTH & WELLNESS<br>5600 SPRING PARK ROAD<br>JACKSONVILLE FL 32216 | CREDITOR ID: 381852-99<br>NEAL & HARWELL PLC<br>ATTN: MARC MCNAMEE<br>150 FOURTH AVE, NORTH, STE 2000<br>NASHVILLE TN 37219 | CREDITOR ID: 410575-15<br>NEAL, DEBRA HALLMAN<br>C/O BOLTON & GROSS<br>ATTN RICHARD A BOLTON, ESQ<br>801 NORTHEAST 167TH STREET, 2ND FL<br>NORTH MIAMI BEACH FL 33162 |
| CREDITOR ID: 556629-BC<br>NEAL, PRISCILLA<br>202 STILLWATER RD<br>WINTER HAVEN FL 33881 | CREDITOR ID: 536707-BA<br>NEAL, RUBY<br>6534 LIZELIA ROAD<br>MARION MS 39342 | CREDITOR ID: 556630-BC<br>NEAL-RAMOS, KATRINA<br>94 NW 125 ST<br>MIAMI FL 33169 |
| CREDITOR ID: 556631-BC<br>NEALY, KATRINA<br>8906 APPLE STREET<br>NEW ORLEANS LA 70118 | CREDITOR ID: 541822-BI<br>NEBRASKA BEEF LTD<br>PO BOX 3332<br>OMAHA NE 68103-0332 | CREDITOR ID: 541821-BI<br>NEBRASKA BEEF LTD<br>PO BOX 3332<br>OMAHA NE 68103-0332 |
| CREDITOR ID: 541823-BI<br>NEBRASKA CHILD SUPPORT PAYMENT CENTER<br>PO BOX 82890<br>LINCOLN NE 68501-2890 | CREDITOR ID: 541824-BI<br>NEBRASKA MEAT CORP<br>PO BOX 5749<br>HICKSVILLE NY 11802 | CREDITOR ID: 380980-47<br>NEBRASKA MEAT CORP<br>ATTN JERRY ROMANOFF, PRES<br>124 MALVERN STREET<br>NEWARK NJ 07105 |
| CREDITOR ID: 257072-12<br>NECCO<br>ATTN JOHN TETI, CORP ACCTG MGR<br>135 AMERICAN LEGION HWY<br>REVERE MA 02151-2405 | CREDITOR ID: 541857-BI<br>NECCO<br>PO BOX 3040<br>BOSTON MA 02241 | CREDITOR ID: 394227-56<br>NECKERAUER, JOHN<br>C/O PUZZANGHERA LAW OFFICES<br>ATTN PAUL PUZZANGHERA, ESQ<br>1234 9TH STREET NORTH<br>ST PETERSBURG FL 33705 |
| CREDITOR ID: 394227-56<br>NECKERAUER, JOHN<br>10894 WALSINGHAM<br>LARGO, FL 33778 | CREDITOR ID: 400406-85<br>NECKERAUER, JOHN A<br>C/O PUZZANGHERA LAW OFFICES<br>ATTN PAUL PUZZANGHERA, ESQ<br>1471 S MISSOURI AVENUE<br>CLEARWATER FL 33765 | CREDITOR ID: 541858-BI<br>NEECE TRUCK TIRE CENTER INC<br>4792 BLOUNTSTOWN HWY<br>TALLAHASSEE FL 32304 |
| CREDITOR ID: 536708-BA<br>NEELY, CAROLYN<br>115 BROOKLYN PARK<br>LAURENS SC 29360 | CREDITOR ID: 183568-09<br>NEELY, LARISSA<br>4800 ORTEGA PINES BLVD, APT 607<br>JACKSONVILLE FL 32210 | CREDITOR ID: 536709-BA<br>NEELY, THELMA<br>3898 KING ARTHUR RD SW<br>ATLANTA GA 30331 |
| CREDITOR ID: 538516-BA<br>NEELY, THELMA<br>C/O ALFONZA PEARL<br>ALFONZA PEARL ATTORNEY AT LAW<br>1580 CONNALLY DR<br>EAST POINT GA 30344 | CREDITOR ID: 257074-12<br>NEESE SAUSAGE CO<br>ATTN JANE DAVIS, VP<br>ANDREA NEESE, CO-PRESIDENT<br>1452 ALAMANCE CHURCH RD<br>GREENSBORO, NC 27406 | CREDITOR ID: 541859-BI<br>NEESE SAUSAGE CO<br>1452 ALAMANCE CHURCH RD<br>GREENSBORO NC 27406 |
| CREDITOR ID: 556632-BC<br>NEESE, DIANNE<br>2505 NANCY DRIVE<br>MERAUX LA 70075 | CREDITOR ID: 556633-BC<br>NEFF, MARY<br>323 REX PLACE<br>MADEIRA BEACH FL 33708 | CREDITOR ID: 407026-MS<br>NEGLIA, MICHAEL<br>2696 COUNTRY CLUB BLVD<br>ORANGE PARK FL 32073 |

Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 392922-55<br>NEGRON, EDWIN<br>7525 PEBBLE BEACH ROAD<br>FORT MYERS FL 33912 | CREDITOR ID: 536710-BA<br>NEGRON, GLORIA<br>20018 NW 66TH PLACE<br>HIALEAH FL 33015 | CREDITOR ID: 538517-BA<br>NEGRON, GLORIA<br>C/O JASON CHALKIN<br>LAW OFFICES OF ROSEN & CHALKIN, P.A.<br>300 NORTHWEST 82ND AVE<br>PLANTATION FL 33324 |
| CREDITOR ID: 536711-BA<br>NEGRON, MARI<br>13764 S.W. 39TH COURT<br>OCALA FL 34473 | CREDITOR ID: 538518-BA<br>NEGRON, MARI<br>C/O ROLAND A. ROSELLO, ESQ.<br>NUTTER & ROSELLO, P.A.<br>610 WEST AZEELE STREET<br>TAMPA FL 33606 | CREDITOR ID: 257076-12<br>NEHI BOTTLING CO<br>ATTN HOMER SLEDGE JR<br>310 N SHARPE AVE<br>PO BOX 247<br>CLEVELAND, MS 38732 |
| CREDITOR ID: 541860-BI<br>NEHI R C BOTTLING CO<br>P O BOX 778<br>SALISBURY NC 28145-0778 | CREDITOR ID: 257077-12<br>NEHI RC BOTTLING CO<br>PO BOX 778<br>SALISBURY, NC 28145-0778 | CREDITOR ID: 536712-BA<br>NEIGHBORS, SHERYL<br>3070 BRANSON COURT WEST<br>MOBILE AL 36695 |
| CREDITOR ID: 541861-BI<br>NEIL ENTERPRISES INC<br>450 EAST BUNKER COURT<br>VERNON HILLS IL 60061 | CREDITOR ID: 416997-99<br>NEIL GERBER & EISENBERG<br>ATTN: THOMAS WOLDFORD<br>2 NORTH LASALLE ST, STE 2200<br>CHICAGO IL 60602 | CREDITOR ID: 541862-BI<br>NEJAMES TABOULE INC<br>830 RONALD REAGAN BLVD<br>SUITE 262<br>LONGWOOD FL 32750 |
| CREDITOR ID: 541863-BI<br>NEJAMES TABOULE INC<br>830 S COUNTY RD 427<br>LONGWOOD FL 32750 | CREDITOR ID: 376379-44<br>NELCO PRODUCTS, INC<br>ATTN LINDA GAGNON/PAULA CLARK<br>22 RIVERSIDE DRIVE<br>PEMBROKE, MA 02359 | CREDITOR ID: 541864-BI<br>NELLIE LIPE<br>540 BROWN ROAD<br>CHINA GROVE NC 28023 |
| CREDITOR ID: 541866-BI<br>NELMAR SECURITY PACKAGING SYSTEMS INC<br>5775 FERRIER STREET<br>MONTREAL QC H4P 1N3<br>CANADA | CREDITOR ID: 541865-BI<br>NELMAR SECURITY PACKAGING SYSTEMS INC<br>3100 DES BATISSEURS STREET<br>TERREBONNE QC J6Y 0A2<br>CANADA | CREDITOR ID: 257095-12<br>NELSON GLASS CO<br>2213 6TH AVE S<br>BIRMINGHAM, AL 35233-2308 |
| CREDITOR ID: 541868-BI<br>NELSON GLASS CO<br>2213 6TH AVE S<br>BIRMINGHAM AL 35233-2308 | CREDITOR ID: 541869-BI<br>NELSON OCCUPATIONAL LICENSE<br>PO BOX 578 ROOM 202<br>BARDSTOWN KY 40004 | CREDITOR ID: 536713-BA<br>NELSON, BRENDA<br>1301 NUTTER DR<br>PICAYUNE MS 39466 |
| CREDITOR ID: 410703-99<br>NELSON, BRENDA<br>C/O DAVID W LANGLEY, PA<br>ATTN DAVID W LANGLEY, ESQ<br>8181 W BROWARD BLVD, SUITE 204<br>PLANTATION FL 33324 | CREDITOR ID: 410488-15<br>NELSON, CHERRIN<br>C/O GRAHAM WOODS PL<br>ATTN TOM WOODS, ESQ.<br>171 HOOD AVENUE, SUITE 21<br>TAVENIER FL 33070 | CREDITOR ID: 556636-BC<br>NELSON, DAVID<br>2216 JOHNSTON ST<br>BRUNSWICK GA 31520 |
| CREDITOR ID: 391141-55<br>NELSON, DIERDRE<br>C/O BOHANNON ROGERS<br>ATTN NICHOLE S PACELLA, ESQ<br>1141 SE 2ND AVENUE<br>FT LAUDERDALE FL 33316 | CREDITOR ID: 390536-55<br>NELSON, DOROTHY<br>C/O STEPHEN A SCHORR, ESQ<br>1700 NW 2ND AVENUE<br>BOCA RATON FL 33432 | CREDITOR ID: 407027-MS<br>NELSON, FRED M<br>2100 CORBERRIE LANE<br>RALEIGH NC 27613 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 556639-BC<br>NELSON, JANE<br>811 50TH AVENUE TERRACE WEST<br>BRADENTON FL 34203 | CREDITOR ID: 556638-BC<br>NELSON, JANKI<br>124 ISOLA CIRCLE<br>ROYAL PALM BEACH FL 33411 | CREDITOR ID: 556635-BC<br>NELSON, JASMIN<br>7520 CARLTON CIR<br>TAMPA FL 33619 |
| CREDITOR ID: 556634-BC<br>NELSON, KIMBERLY<br>679 EAST MICHIGAN AVENUE<br>APT 507<br>FOLEY AL 36535 | CREDITOR ID: 389587-54<br>NELSON, MARY<br>C/O DEBERG & DEBERG, PA<br>ATTN BENJAMIN DEBERG, ESQ<br>1915 TYRANE BLVD<br>ST PETERSBURG FL 33710 | CREDITOR ID: 389587-54<br>NELSON, MARY<br>401 ROSERY RD NE APT 748<br>LARGO FL 33770-1441 |
| CREDITOR ID: 385907-54<br>NELSON, MAUDE<br>15341 NW 32ND AVENUE<br>OPA-LOCKA, FL 33054 | CREDITOR ID: 391147-55<br>NELSON, MAUDE<br>C/O IVAN A SCHERTZER<br>ATTN IVAN A SCHERTZER, ESQ<br>1190 NE 163RD STREET, SUITE 347<br>NORTH MIAMI BEACH FL 33162 | CREDITOR ID: 556637-BC<br>NELSON, SHIRLEY<br>53 SOUTH TYLER<br>BEVERLY HILLS FL 34465 |
| CREDITOR ID: 387391-54<br>NELSON, TAKISHA<br>7210 FREETOWN LANE<br>SAINT JAMES, LA 70086 | CREDITOR ID: 387391-54<br>NELSON, TAKISHA<br>C/O GARY M GAUDIN LAW OFFICE<br>ATTN GARY M GAUDIN, ESQ<br>712 N BURNSIDE AVENUE<br>GONZALES LA 70737 | CREDITOR ID: 407028-MS<br>NELSON, WILBUR E<br>2244 LAKE SHORE BLVD<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 257099-12<br>NEOGEN CORPORATION<br>PO BOX 67000<br>DEPT# 135201<br>DETROIT, MI 48267-1352 | CREDITOR ID: 257103-12<br>NEPTUNE BEACH CITY HALL<br>116 FIRST STREET<br>NEPTUNE BEACH, FL 32266 | CREDITOR ID: 541870-BI<br>NEPTUNE BEACH CITY HALL<br>116 FIRST STREET<br>NEPTUNE BEACH FL 32266 |
| CREDITOR ID: 541871-BI<br>NEPTUNE BEACH ELEMENTARY SCHOOL<br>1515 FLORIDA BOULEVARD<br>NEPTUNE BEACH FL 32266 | CREDITOR ID: 541820-BI<br>NE-RO TIRE & BRAKE SVC INC<br>2311 S PATTERSON ST<br>VALDOSTA GA 31601 | CREDITOR ID: 390899-55<br>NERO, DAWN<br>C/O LAW OFFICES OF JOHN SULLIVAN<br>ATTN JOHN J SULLIVAN, ESQ<br>862 CAMP STREET<br>NEW ORLEANS LA 70130 |
| CREDITOR ID: 257105-12<br>NES RENTALS<br>PO BOX 8500-1226<br>PHILADELPHIA, PA 19178-1226 | CREDITOR ID: 541873-BI<br>NES RENTALS<br>PO BOX 8500-1226<br>PHILADELPHIA PA 19178-1226 | CREDITOR ID: 393531-55<br>NESBIT, WENDY<br>C/O SALLEY LAW FIRM<br>ATTN WILLIAM B SALLEY JR ESQ<br>PO BOX 925<br>LEXINGTON SC 29071 |
| CREDITOR ID: 403856-94<br>NESLER, TRENA H<br>4516 COQUINA DRIVE<br>JACKSONVILLE FL 32250-2200 | CREDITOR ID: 279316-99<br>NESTLE<br>ATTN PETER B KNOX<br>PO BOX 277817<br>ATLANTA GA 30384-7817 | CREDITOR ID: 278684-99<br>NESTLE (NESTLE USA, NESTLE PURINA,<br>NESTLE WATER)<br>ATTN: PETER B KNOX<br>DIRECTOR OF CREDIT & COLLECTIONS<br>PO BOX 277817<br>ATLANTA GA 30384-7817 |
| CREDITOR ID: 257106-12<br>NESTLE ICE CREAM COMPANY LLC<br>PO BOX 406247<br>ATLANTA, GA 30384-3397 | CREDITOR ID: 408428-15<br>NESTLE PREPARED FOODS CO<br>HAND HELD FOODS GROUP<br>C/O NESTLE USA<br>ATTN NANCY REYNOSO/PETE KNOX<br>800 N BRAND BLVD<br>GLENDALE CA 91203 | CREDITOR ID: 408427-15<br>NESTLE PURINA PETCARE COMPANY<br>C/O NESTLE USA<br>ATTN NANCY REYNOSO/PETE KNOX<br>800 N BRAND BLVD<br>GLENDALE CA 91203 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

CREDITOR ID: 541874-BI
NESTLE PURINA PETCARE COMPANY
PO BOX 751940
RALSTON PURINA COMPANY
CHARLOTTE NC 28275-1940

CREDITOR ID: 541876-BI
NESTLE USA
PO BOX 277817
ATLANTA GA 30384-7817

CREDITOR ID: 541875-BI
NESTLE USA
PO BOX 277817
ATLANTA GA 30384-7817

CREDITOR ID: 279251-35
NESTLE USA
ATTN NANCY REYNOSO/PETE KNOX
800 NORTH BRAND BLVD
GLENDALE CA 91203

CREDITOR ID: 407576-15
NESTLE WATERS NORTH AMERICA
ATTN JEFFREY S CROZIER, CREDIT
1322 CRESTSIDE DRIVE, SUITE 100
COPPELL TX 75019

CREDITOR ID: 257109-12
NESTLE WATERS NORTH AMERICA INC
PO BOX 100952
ATLANTA, GA 30384-0952

CREDITOR ID: 257109-12
NESTLE WATERS NORTH AMERICA INC
C/O HELD & ISRAEL
ATTN KIMBERLY HELD ISRAEL, ESQ
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 541877-BI
NESTLE WATERS NORTH AMERICA INC
PO BOX 100952
ATLANTA GA 30384-0952

CREDITOR ID: 405992-99
NET LEASE INVESTORS (BDM FIN CORP)
C/O MELAND RUSIN HELLINGER ET AL
ATTN: PETER D RUSSIN
3000 WACHOVIA FINANCIAL CENTER
200 SOUTH BISCAYNE BLVD
MIAMI FL 33131

CREDITOR ID: 407707-15
NETHERLAND BULB CO INC
ATTN ANTOINETTE LANGEVELD, TREAS
13 MCFADDEN ROAD
EASTON PA 18045

CREDITOR ID: 400372-85
NETHERLY, GAYLE
C/O KENNEDY LAW GROUP
ATTN J D MALKOWSKI/M DONALDSON ESQS
5100 W KENNEDY BLVD, SUITE 101
TAMPA FL 33609

CREDITOR ID: 257112-12
NETTLES SAUSAGE INC
190 S W COUNTY ROAD 240
LAKE CITY, FL 32025

CREDITOR ID: 541878-BI
NETTLES SAUSAGE INC
190 S W COUNTY ROAD 240
LAKE CITY FL 32025

CREDITOR ID: 536714-BA
NETTLES, ANTHONY
C/O PICKERING AND COTOGNO
301 MAGAZINE ST.
NEW ORLEANS LA 70130

CREDITOR ID: 538519-BA
NETTLES, ANTHONY
C/O CHRISTIAN K KROON
PICKERING & COTOGNO
301 MAGAZINE STREET
NEW ORLEANS LA 70130

CREDITOR ID: 183986-09
NETTLES, GWENDOLYN
1702 27TH AVENUE SOUTH
BIRMINGHAM AL 35209

CREDITOR ID: 556640-BC
NETTLES, VALBIE
5263 FULLER RD
MONTGOMERY AL 36110

CREDITOR ID: 382101-51
NETWORK GENERAL
178 E TASMAN DRIVE
SAN JOSE, CA 95134

CREDITOR ID: 381012-47
NETWORK GENERAL CORPORATION
ATTN DAN CLAYTON, DIR
DEPT 33621
PO BOX 39000
SAN FRANCISCO, CA 94139

CREDITOR ID: 541879-BI
NETWORK GENERAL CORPORATION
DEPT 33621 PO BOX 39000
SAN FRANCISCO CA 94139

CREDITOR ID: 382121-51
NETWORK GENERAL CORPORATION
ATTN DAN CLAYTON
178 E TASMAN DRIVE
SAN JOSE, CA 95134

CREDITOR ID: 382124-51
NETWORK SOLUTION
13200 WOODLAND PARK ROAD
HERNDON, VA 20171

CREDITOR ID: 382882-51
NETWORKS PRESCRIPTION DRUGS
695 GEORGE WASHINGTON HWY
LINCOLN, RI 02865

CREDITOR ID: 417041-QR
NEUFELD KLEINBERG & PINKIERT
ATTN: ALAN S NEUFELD
2641 NE 207TH STREET
ADVENTURA FL 33180

CREDITOR ID: 408315-99
NEUFELD RENNETT & BACH, APC
ATTN: TIMOTHY L NEUFELD
360 E SECOND STREET
SUITE 703
LOS ANGELES CA 90012

CREDITOR ID: 452053-15
NEUROTECH, INC
ATTN T F HARDIN & J M SHAUGHNESSY
930 KINGSLEY AVE
ORANGE PARK FL 32073

CREDITOR ID: 541880-BI
NEVADA COUNTY
DEPT OF CHILD SUPPORT SERVICES
PO BOX 2569
GRASS VALLEY CA 95945-2569

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 536715-BA<br>NEVAREZ CORREA, MARTA<br>PO BOX 391334<br>DELTONA FL 32739 | CREDITOR ID: 538520-BA<br>NEVAREZ CORREA, MARTA<br>C/O HEAT HER A. LORENZ<br>MCBRIDE LAW FIRM, P.A.<br>135 W. CENTRAL BLVD. STE 1100<br>ORLANDO FL 32801 | CREDITOR ID: 536716-BA<br>NEVEAUX, NATHALIA<br>2023 RANCHEITA TRAIL<br>HOLIDAY FL 34690 |
| CREDITOR ID: 538521-BA<br>NEVEAUX, NATHALIA<br>C/O SORAYA CARRASCO<br>LAW OFFICES OF JOSEPH A. PORCELLI<br>4644 GLISSADE DRIVE<br>NEW PORT RICHEY FL 34652 | CREDITOR ID: 541881-BI<br>NEVEDA STATE COLLECTIONS & DISB UNIT<br>P O BOX 98950<br>LAS VEGAS NV 89193-8950 | CREDITOR ID: 541882-BI<br>NEW AGE BEVERAGE<br>5900 ALMONASTER<br>NEW ORLEANS LA 70126 |
| CREDITOR ID: 257118-12<br>NEW AGE BEVERAGE DBA<br>CRESCENT CROWN DIST.<br>ATTN ANGELA PARCHMAN, CONTROLLER<br>5900 ALMONASTER<br>NEW ORLEANS, LA 70126 | CREDITOR ID: 257119-12<br>NEW AGE BEVERAGE OF THIBODAUX<br>C/O CRESCENT CROWN DISTRIBUTING LLC<br>ATTN JOSEPH M DEMPSEY, CFO<br>ATTN  LISA PEREZ, ACCT MGR<br>310 BACK STREET<br>THIBODAUX, LA 70301 | CREDITOR ID: 2431-RJ<br>NEW BAY MINETTE LLC<br>PO BOX 81322<br>MOBILE, AL 36689 |
| CREDITOR ID: 541883-BI<br>NEW BEGINNING MINISTRIES<br>PO BOX 1951<br>KENNER LA 70063 | CREDITOR ID: 541884-BI<br>NEW CENTURY FINANCIAL SERVICES INC<br>C/O HAYT, HAYT & LANDAU<br>7765 SW 87 AVENUE    STE 101<br>MIAMI FL 33173 | CREDITOR ID: 397659-72<br>NEW DEAL SUPERMARKETS<br>ATTN: KENNY LEAKS<br>PO BOX 2177<br>JACKSON, MS 39286 |
| CREDITOR ID: 541885-BI<br>NEW DISTRIBUTOR CORP<br>250 180 DRIVE OF 152<br>SUNNY ISLES FL 33160 | CREDITOR ID: 257128-12<br>NEW DIXIE OIL CORPORATION<br>ATTN  T SCOTT AMAN, PRESIDENT<br>ATTN  BARBARA AMAN, CR MGR<br>1501 MARSHALL STREET<br>PO BOX 779<br>ROANOKE RAPIDS, NC 278700779 | CREDITOR ID: 257129-12<br>NEW ENGLAND COFFEE CO<br>ATTN SCOTT A SIMPSON, CONTROLLER<br>100 CHARLES STREET<br>MALDEN, MA 02148 |
| CREDITOR ID: 541886-BI<br>NEW ENGLAND COFFEE CO<br>100 CHARLES STREET<br>MALDEN MA 02148 | CREDITOR ID: 257130-12<br>NEW ENGLAND MACHINERY INC<br>PO BOX 20299<br>BRADENTON, FL 34204 | CREDITOR ID: 541887-BI<br>NEW ENGLAND MACHINERY INC<br>P O BOX 20299<br>BRADENTON FL 34204 |
| CREDITOR ID: 541888-BI<br>NEW ENGLAND REALTY RESOURCES<br>C/O JOSEPH NORRIS<br>10 WINTHROP SQUARE<br>SUITE 100<br>BOSTON MA 02110 | CREDITOR ID: 1635-07<br>NEW ENGLAND REALTY RESOURCES<br>C/O JOSEPH NORRIS<br>10 WINTHROP SQUARE<br>BOSTON, MA 02110 | CREDITOR ID: 257132-12<br>NEW ERA CANNING COMPANY<br>ATTN RICH RAY, PRESIDENT<br>4856 FIRST STREET<br>NEW ERA MI 49446 |
| CREDITOR ID: 541889-BI<br>NEW ERA CANNING COMPANY<br>P O BOX 67000<br>DEPT 177101<br>DETROIT MI 48267-1771 | CREDITOR ID: 541890-BI<br>NEW HANOVER COUNTY WATER/SEWER<br>P O BOX 580325<br>CHARLOTTE NC 28258-0325 | CREDITOR ID: 541891-BI<br>NEW HORIZONS CLC OF JACKSONVILLE<br>7020 AC SKINNER PARKWAY<br>SUITE 180<br>JACKSONVILLE FL 32256 |
| CREDITOR ID: 541892-BI<br>NEW HORIZONS FINANCE CO INC<br>% ROLFE & LOBELLO PA<br>720 BLACKSTONE BLDG<br>JACKSONVILLE FL 32202 | CREDITOR ID: 241335-07<br>NEW IBERIA ASSOCIATES<br>C/O AFI MANAGEMENT<br>ATTN ANTHONY J LASALA<br>1410 VALLEY ROAD<br>WAYNE, NJ 07470 | CREDITOR ID: 257138-12<br>NEW IBERIA INVESTORS LLC<br>PO BOX 4767<br>COLUMBUS, GA 31904 |

SERVICE LIST

## Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing claims Arising before Effective Date and Other Administrative Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 257138-12<br>NEW IBERIA INVESTORS LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M BARKER JR, ESQ<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 541893-BI<br>NEW IBERIA INVESTORS LLC<br>P O BOX 4767<br>COLUMBUS GA 31904 | CREDITOR ID: 492831-97<br>NEW IBERIA INVESTORS LLC<br>C/O SLOTT BARKER & NUSSBAUM<br>ATTN: EARL M BARKER JR, ESQ<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 397158-67<br>NEW IBERIA SAVINGS BANK<br>PO BOX 12440<br>NEW IBERIA, LA 70562 | CREDITOR ID: 541894-BI<br>NEW JERSEY FAMILY SUPPORT PAYMENT CENTER<br>P O BOX 4880<br>TRENTON NJ 08650 | CREDITOR ID: 541895-BI<br>NEW KENT COUNTY VA<br>PO BOX 109<br>NEW KENT VA 23124-0109 |
| CREDITOR ID: 541896-BI<br>NEW LIFE CHRISTIAN CENTER CITY CATHERDAL<br>8801 CHEF MENTEUR<br>NEW ORLEANS LA 70127 | CREDITOR ID: 257145-12<br>NEW LONDON CHEMICALS<br>C/O NEW LONDON REALTY INC<br>ATTN JACK MONCO<br>1610 COLONIAL PARKWAY<br>INVERNESS, IL 60067 | CREDITOR ID: 541897-BI<br>NEW MEXICO TAXATION REVENUE<br>PO BOX 25127<br>SANTA FE NM 87504 |
| CREDITOR ID: 541898-BI<br>NEW ORLEANS CIGAR CO.<br>201 ST CHARLES AVE #125<br>NEW ORLEANS LA 70170 | CREDITOR ID: 257151-12<br>NEW ORLEANS COFFEE CO<br>ATTN GREG MCCRORY, SECY<br>PO BOX 51354<br>NEW ORLEANS, LA 70151-1354 | CREDITOR ID: 541900-BI<br>NEW ORLEANS COFFEE CO<br>P O BOX 55985<br>METAIRIE LA 70055-5985 |
| CREDITOR ID: 541899-BI<br>NEW ORLEANS COFFEE CO<br>P O BOX 51354<br>NEW ORLEANS LA 70151-1354 | CREDITOR ID: 257152-12<br>NEW ORLEANS CUISINE ENTERPRISES INC<br>ATTN DONALD BARKEMEYER, OWNER<br>13102 WADESBORO RD<br>PONCHATOULA LA 70454 | CREDITOR ID: 541902-BI<br>NEW ORLEANS CUISINE ENTERPRISES INC<br>14854 HAYNE BLVD<br>NEW ORLEANS LA 70128 |
| CREDITOR ID: 541901-BI<br>NEW ORLEANS CUISINE ENTERPRISES INC<br>13102 WADESBORO ROAD<br>PONCHATOULA LA 70454 | CREDITOR ID: 541903-BI<br>NEW ORLEANS DEPT OF SOCIAL SERVICES<br>P O BOX 260222<br>BATON ROUGE LA 70826-0222 | CREDITOR ID: 541904-BI<br>NEW ORLEANS EAST ASSEMBLY OF GOD<br>7420 VANDERKLOOT AVE<br>NEW ORLEANS LA 70127 |
| CREDITOR ID: 541905-BI<br>NEW ORLEANS EMPLOYMENT GUIDE<br>PO BOX 342695<br>MEMPHIS TN 38184 | CREDITOR ID: 541907-BI<br>NEW ORLEANS PRIVATE PATROL<br>1661 CANAL ST  STE 3300<br>NEW ORLEANS LA 70112 | CREDITOR ID: 541906-BI<br>NEW ORLEANS PRIVATE PATROL<br>15254 OLD HAMMOND HWY<br>SUITE B-2<br>BATON ROUGE LA 70816 |
| CREDITOR ID: 407453-15<br>NEW ORLEANS PRIVATE PATROL SVCE INC<br>C/O MIDDLEBERG RIDDLE & GIANNA<br>ATTN BARRY H GRODSKY, ESQ<br>201 ST CHARLES AVENUE, 31ST FLOOR<br>NEW ORLEANS LA 70170-3100 | CREDITOR ID: 382316-51<br>NEW ORLEANS TIMES PICAYUNE<br>3800 HOWARD AVE<br>NEW ORLEANS, LA 70140 | CREDITOR ID: 257159-12<br>NEW PIG CORP<br>ONE PORK AVENUE<br>TIPTON, PA 16684-0304 |
| CREDITOR ID: 541908-BI<br>NEW PIG CORP<br>ONE PORK AVENUE<br>TIPTON PA 16684-0304 | CREDITOR ID: 541910-BI<br>NEW PLAN EXCEL REALTY TRUST<br>LEASE #193007<br>4536 COLLECTIONS CENTER DR<br>CHICAGO IL 60693 | CREDITOR ID: 541909-BI<br>NEW PLAN EXCEL REALTY TRUST<br>LEASE # 194012<br>4536 COLLECTIONS CENTER DR<br>CHICAGO IL 60693 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 278791-99<br>NEW PLAN EXCEL REALTY TRUST INC<br>C/O BALLARD SPAHR ANDREWS INGERSOLL<br>ATTN: J MEYERS/ D WALDT/D POLLACK<br>1735 MARKET STREET, 51ST FL<br>PHILADELPHIA PA 19103 | CREDITOR ID: 278791-99<br>NEW PLAN EXCEL REALTY TRUST INC<br>C/O HOLLAND & KNIGHT LLP<br>ATTN ALAN M WEISS, ESQ<br>15 NORTH LAURA ST, STE 3900<br>JACKSONVILLE FL 32202 | CREDITOR ID: 1644-07<br>NEW PLAN EXCEL REALTY TRUST INC<br>PO BOX 402938<br>ATLANTA, GA 30384-2938 |
| CREDITOR ID: 315875-40<br>NEW PLAN EXCEL REALTY TRUST INC<br>LEASE # 852487<br>4536 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693-1334 | CREDITOR ID: 541916-BI<br>NEW PLAN EXCEL REALTY TRUST INC<br>PO BOX 402938<br>ATLANTA GA 30384-2938 | CREDITOR ID: 541915-BI<br>NEW PLAN EXCEL REALTY TRUST INC<br>LEASE# 186002<br>4536 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 |
| CREDITOR ID: 541914-BI<br>NEW PLAN EXCEL REALTY TRUST INC<br>LEASE# 142002<br>4536 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 | CREDITOR ID: 541913-BI<br>NEW PLAN EXCEL REALTY TRUST INC<br>LEASE# 141006<br>4536 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 | CREDITOR ID: 541912-BI<br>NEW PLAN EXCEL REALTY TRUST INC<br>LEASE # 852487<br>4536 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693-1334 |
| CREDITOR ID: 541911-BI<br>NEW PLAN EXCEL REALTY TRUST INC<br>LEASE # 838778<br>4536 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 | CREDITOR ID: 279309-99<br>NEW PLAN EXCEL REALTY TRUST INC<br>ATTN: STEVEN F SIEGEL<br>420 LEXINGTON AVE<br>NEW YORK NY 10170 | CREDITOR ID: 410998-15<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>MIAMI GARDENS<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 411078-15<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>ROANOKE LANDING, WILLIAMSTON, NC<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 411077-15<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>MIST LAKE PLAZA, LEXINGTON, KY<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 411076-15<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>MARRERO SHOPPING CENTER, MARRERO LA<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 410995-15<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>MARKETPLACE AT WYCLIFFE, LK WORTH<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 410993-15<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>CLOVERDALE VILLAGE, FLORENCE, AL<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 410996-15<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>RUTLAND PLAZA, ST PETERSBURG, FL<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 410990-15<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>SWEETWATER VILLAGE, AUSTELL, GA<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 411016-15<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>WEST TOWNE SQUARE, ELIZABETHTON, TN<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 410991-15<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>ST ELMO CENTRAL, CHATTANOOGA, TN<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 411015-15<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>MIDWAY VILLAGE SHOPPING CENTER<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 411014-15<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>CREEKWOOD SHOPPING CENTER, REX, GA<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 411013-15<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>SHOPPES OF VICTORIA SQ PT ST LUCIE<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ.<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 411002-15<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>NORMANDY SQUARE, JACKSONVILLE, FL<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 411001-15<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>SILVER HILLS, ORLANDO, FL<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 411000-15<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>HOLLY HILL SHOPPING CTR, HOLLY HILL<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

CREDITOR ID: 410999-15
NEW PLAN EXCEL REALTY TRUST INC TA
RIVERWOOD SHOPPING CTR, PORT ORANGE
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 410997-15
NEW PLAN EXCEL REALTY TRUST INC TA
PRESIDENTIAL PLAZA, N LAUDERDALE FL
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 410992-15
NEW PLAN EXCEL REALTY TRUST INC TA
APISON CROSSING, OOLTEWAH, TN
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 411075-15
NEW PLAN EXCEL REALTY TRUST INC TA
CLINTON CROSSING, CLINTON MS
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L. POLLACK
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 541917-BI
NEW PLAN EXCEL REALTY TRUST, INC
C/O MILLBANK,TWEED,HADLEY& MCCLOY
1 CHASE MANHATTAN PLAZA
NEW YORK NY 10005-1413

CREDITOR ID: 541918-BI
NEW POWER INTERNATIONAL BUSINESS INC
8056 NW 66 STREET
MIAMI FL 33166

CREDITOR ID: 541919-BI
NEW RIVER LIGHT & POWER
PO BOX 1130
BOONE NC 28607-1130

CREDITOR ID: 541920-BI
NEW SARPY KINDERGARTEN CENTER
130 PLANTATION ROAD
DESTREHAN LA 70047

CREDITOR ID: 659-03
NEW SMYRNA BEACH UTILITIES COMM
200 CANAL STREET
NEW SMYRNA BEACH FL 32170

CREDITOR ID: 262860-12
NEW TIFTAREA SHOPPER, THE
ATTN TRACY MAYO FOR DAVE MAYO
147 LOVE AVE
TIFTON, GA 31793

CREDITOR ID: 541921-BI
NEW WORLD PASTA
12596 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

CREDITOR ID: 279252-35
NEW WORLD PASTA COMPANY
ATTN CARY METZ, SR VP & GEN MGR
DEBORAH A CALLAHAN, DIR
85 SHANNON ROAD
HARRISBURG PA 17112

CREDITOR ID: 541922-BI
NEW YORK CITY SUPPORT COLLECTION UNIT
P O BOX 15359
BRONX SCU
ALBANY NY 12212-5359

CREDITOR ID: 541924-BI
NEW YORK FROZEN FOODS
DEPT L-1042
COLUMBUS OH 43260-1042

CREDITOR ID: 541923-BI
NEW YORK FROZEN FOODS
DEPT L-1042
COLUMBUS OH 43260-1042

CREDITOR ID: 535059-15
NEW YORK FROZEN FOODS, INC
ATTN DENISE NEWMAN
1105 SCHROCK RD
BOX 29163
COLUMBUS OH 43229

CREDITOR ID: 257174-12
NEW YORK FROZEN FOODS, INC
ATTN DENISE NEWMAN, DIR OF ACCT
E SCHOONOVER/J BOYLAN
PO BOX 29163
COLUMBUS, OH 43229

CREDITOR ID: 541925-BI
NEW YORK SCU
PO BOX 15361
ALBANY NY 12212-5361

CREDITOR ID: 279190-99
NEW YORK VALUE CLUB DBA BELCO INC
C/O LAW OFFICES OF AVRUM J ROSEN
ATTN AVRUM J ROSEN, ESQ
38 NEW STREET
HUNTINGTON NY 11743

CREDITOR ID: 404215-95
NEW YORK VALUE CLUB DBA BELCO, INC
AVRUM J ROSEN LAW OFFICES
ATTN AVRUM J ROSEN, ESQ
38 NEW STREET
HUNTINGTON NY 11743

CREDITOR ID: 404215-95
NEW YORK VALUE CLUB DBA BELCO, INC
C/O BELCO DISTRIBUTORS
ATTN JEREL SABELLA, PRESIDENT
100 ADAMS BLVD
FARMINGDALE NY 11735

CREDITOR ID: 541926-BI
NEW ZEALAND LAMB COOPERATIVE INC
PO BOX 2615
BUFFALO NY 14240-2615

CREDITOR ID: 541927-BI
NEW ZION
P O BOX 1106   1535 E SECOND ST
GRAMERCY LA 70052

CREDITOR ID: 240518-06
NEWBERRY - SC
FLOYD, JUDY W
PO BOX 206
NEWBERRY SC 29108

CREDITOR ID: 541928-BI
NEWBERRY COUNTY CLERK OF COURT
P O BOX 278
NEWBERRY SC 29108-0278

CREDITOR ID: 1646-07
NEWBERRY SQUARE SHOPPING CENTER
L-1342
COLUMBUS, OH 43260

CREDITOR ID: 541929-BI
NEWBERRY SQUARE SHOPPING CENTER
L-1342
COLUMBUS OH 43260

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 556641-BC<br>NEWBOLD, VICKI<br>316 NW 2ND ST<br>DELRAY BEACH FL 33444 | CREDITOR ID: 556642-BC<br>NEWCOMB, MELODY<br>8929 SUNSET STREET<br>NAVARRE FL 32566 | CREDITOR ID: 556644-BC<br>NEWCOMER, THELMA<br>3511 WASHINGTON LOOP ROAD<br>PUNTA GORDA FL 33982 |
| CREDITOR ID: 556646-BC<br>NEWELL (MINOR), AMARI<br>917 35TH AVE EAST<br>BRADENTON FL 34208 | CREDITOR ID: 541931-BI<br>NEWELL OFFICE PRODUCTS<br>P O BOX 92026<br>CHICAGO IL 60675-2026 | CREDITOR ID: 541930-BI<br>NEWELL OFFICE PRODUCTS<br>P O BOX 92026<br>CHICAGO IL 60675-2026 |
| CREDITOR ID: 382056-36<br>NEWELL RUBBERMAID INC (W15246)<br>ATTN GARY POPP, SR CR MGR<br>29 E STEPHENSON STREET<br>FREEPORT IL 61032 | CREDITOR ID: 386049-54<br>NEWELL, KEN<br>14547 176TH STREET<br>MC ALPIN, FL 32062-2172 | CREDITOR ID: 386049-54<br>NEWELL, KEN<br>C/O BRANNON BROWN HALEY & BULLOCK<br>ATTN STEPHEN C BULLOCK, ESQ<br>116 NW COLUMBIA AVENUE<br>LAKE CITY FL 32055 |
| CREDITOR ID: 556645-BC<br>NEWELL, VICKI<br>6725 ZIEGLER BLVD.<br>APT 111<br>MOBILE AL 36608 | CREDITOR ID: 541932-BI<br>NEWHALL LABORATORIES INC<br>26529 RUETHER AVENUE<br>SANTA CLARITA CA 91350 | CREDITOR ID: 391208-55<br>NEWMAN, GERALDINE<br>C/O SLOCUMB LAW FIRM, LLC<br>ATTN MICHAEL W SLOCUMB, ESQUIRE<br>2006 EXECUTIVE PK DRIVE, SUITE A<br>OPELIKA AL 36801 |
| CREDITOR ID: 407030-MS<br>NEWMAN, JAMES W<br>7962 LINKSIDE DRIVE<br>JACKSONVILLE FL 32256 | CREDITOR ID: 391830-55<br>NEWMAN, JENNIFER<br>C/O GRADY G AYERS PA LAW OFFICES<br>ATTN GRADY G AYERS, ESQ<br>120 EAST MARKS STREET, SUITE 200<br>ORLANDO FL 32803 | CREDITOR ID: 400375-85<br>NEWMAN, JIM<br>C/O WEINSTEIN & ASSOCIATES, PA<br>ATTN ANDREW J WEINSTEIN, ESQ.<br>1515 UNIVERSITY DRIVE STE. 103<br>CORAL SPRINGS FL 33071 |
| CREDITOR ID: 391310-55<br>NEWMAN, MILDRED<br>C/O JUGO & MURPHY<br>ATTN STEVEN JUGO, ESQ<br>7695 S.W. 104TH STREET, SUITE 200<br>MIAMI FL 33156 | CREDITOR ID: 556647-BC<br>NEWMAN, TAMMY<br>4365 PINEBROOK DR<br>COLUMBUS GA 31907 | CREDITOR ID: 536717-BA<br>NEWMAN, VERNITA<br>3547 NW 87TH STREET<br>MIAMI FL 33147 |
| CREDITOR ID: 384263-47<br>NEWMANS OWN INC<br>ATTN JOAN M WILLIAMS, VP<br>PO BOX 31005<br>NEWARK, NJ 07101-0130 | CREDITOR ID: 541935-BI<br>NEWMANS OWN INC<br>PO BOX 31005<br>NEWARK NJ 07101-0130 | CREDITOR ID: 541934-BI<br>NEWMANS OWN INC<br>PO BOX 31005<br>NEWARK NJ 07101-0130 |
| CREDITOR ID: 541933-BI<br>NEWMANS OWN INC<br>PO BOX 31005<br>NO LONGER DOING BUSINESS<br>NEWARK NJ 07101-0130 | CREDITOR ID: 381699-47<br>NEWPORT INDEPENDENT SCHOOLS<br>301 E 8TH STREET<br>NEWPORT, KY 41071 | CREDITOR ID: 541936-BI<br>NEWPORT NEWS WATERWORKS<br>PO BOX 979<br>NEWPORT NEWS VA 23607-0979 |
| CREDITOR ID: 257198-12<br>NEWPORT WHOLESALERS INC<br>248 BRYAN RD<br>DANIA BEACH, FL 33004 | CREDITOR ID: 541937-BI<br>NEWPORT WHOLESALERS INC<br>248 BRYAN RD<br>DANIA BEACH FL 33004 | CREDITOR ID: 257201-12<br>NEWS & OBSERVER<br>AR DEPT DISPLAY BILLING DEPT<br>ATTN THOMAS D RIGGLEMAN, CR MGR<br>PO BOX 2885<br>RALEIGH, NC 27602-2885 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                           **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 541938-BI<br>NEWS & OBSERVER<br>AR DEPT DISPLAY BILLING DEPT<br>PO BOX 2885<br>RALEIGH NC 27602-2885 | CREDITOR ID: 539038-15<br>NEWS & OBSERVER PUBLISHING CO<br>215 SOUTH MCDOWELL STREET<br>RALEIGH NC 27602 | CREDITOR ID: 399282-15<br>NEWS & RECORD<br>ATTN BARBARA DAWKINS<br>PO BOX 20848<br>GREENSBORO NC 27420 |
| CREDITOR ID: 541940-BI<br>NEWS & RECORD<br>PO BOX 21285<br>GREENSBORO NC 27420 | CREDITOR ID: 541939-BI<br>NEWS & RECORD<br>200 EAST MARKET STREET<br>PO BOX 20848<br>GREENSBORO NC 27420-0848 | CREDITOR ID: 382187-51<br>NEWS AMERICA MARKETING<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 |
| CREDITOR ID: 541941-BI<br>NEWS AMERICA MARKETING IN STORE SERV LLC<br>PO BOX 7247-6168<br>PHILADELPHIA PA 19170-6168 | CREDITOR ID: 377394-44<br>NEWS BANNER, THE<br>ATTN J KENNON, PUBLISHER<br>PO DRAWER 90<br>COVINGTON, LA 70434-0090 | CREDITOR ID: 257204-12<br>NEWS COURIER<br>ATTN: VANESSA MCKEE<br>PO BOX 670<br>ATHENS, AL 35611 |
| CREDITOR ID: 534996-W9<br>NEWS COURIER<br>C/O NEWSPAPER HOLDINGS INC<br>ATTN: VANESSA MCKEE<br>410 W GREEN ST<br>ATHENS AL 35611 | CREDITOR ID: 541942-BI<br>NEWS COURIER<br>P O BOX 670<br>ATHENS AL 35611 | CREDITOR ID: 541943-BI<br>NEWS DAILY/DAILY HERALD<br>P O BOX 368<br>JONESBORO GA 30237 |
| CREDITOR ID: 257209-12<br>NEWS HERALD<br>PO BOX 1940<br>PANAMA CITY, FL 32402-1940 | CREDITOR ID: 541944-BI<br>NEWS HERALD<br>PO BOX 1940<br>PANAMA CITY FL 32402-1940 | CREDITOR ID: 257210-12<br>NEWS JOURNAL CORPORATION<br>ATTN JUDITH K BENNETT, CR MGR<br>PO BOX 2831<br>DAYTONA BEACH, FL 32120-2831 |
| CREDITOR ID: 541945-BI<br>NEWS JOURNAL CORPORATION<br>DEPT 33  P O BOX 2831<br>DAYTONA BCH FL 32120-2831 | CREDITOR ID: 257211-12<br>NEWS LEADER<br>ATTN ANGELINE MUDD, BUSINESS MGR<br>PO BOX 766<br>511 ASH STREET<br>FERNANDINA BEACH, FL 32035 | CREDITOR ID: 541946-BI<br>NEWS LEADER<br>PO BOX 766<br>511 ASH STREET<br>FERNANDINA BEACH FL 32035 |
| CREDITOR ID: 262862-12<br>NEWS LIVINGSTON PARISH, THE<br>PO BOX 1529<br>DENHAM SPRINGS, LA 70727-1529 | CREDITOR ID: 541947-BI<br>NEWS OBSERVER<br>P O BOX 2222<br>RALEIGH NC 27602-2222 | CREDITOR ID: 257218-12<br>NEWS PRESS, THE<br>ATTN MATT PETRO, CONTROLLER<br>HELEN B FULLER<br>2442 DR ML KING JR BLVD<br>FT MYERS, FL 33901 |
| CREDITOR ID: 541948-BI<br>NEWS SUN<br>2227 US 27 SOUTH<br>SEBRING FL 33870 | CREDITOR ID: 381034-47<br>NEWS TOPIC<br>ATTN LYNN HOLDER, BUSINESS MGR<br>PO BOX 1110<br>LENOIR, NC 28645 | CREDITOR ID: 257214-12<br>NEWS TOPIC<br>ATTN CIRCULATION DEPT<br>PO BOX 1110<br>LENOIR, NC 28645 |
| CREDITOR ID: 541950-BI<br>NEWS TOPIC<br>ATTN CIRCULATION DEPT<br>PO BOX 1110<br>LENOIR NC 28645 | CREDITOR ID: 541949-BI<br>NEWS TOPIC<br>ATTN ADVERTIZING<br>PO BOX 1110<br>LENOIR NC 28645 | CREDITOR ID: 257215-12<br>NEWS WORLD NEWSPAPERS DISTRIBUTORS<br>ATTN: MARIA C VALCARCEL, VP<br>329 N E 166 STREET<br>NORTH MIAMI, FL 33162 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 541951-BI<br>NEWS WORLD NEWSPAPERS DISTRIBUTORS<br>329 N E 166 STREET<br>NORTH MIAMI FL 33162 | CREDITOR ID: 541954-BI<br>NEWSEM TYRONE GARDENS<br>PO BOX 277706<br>ATLANTA GA 30384 | CREDITOR ID: 533644-DO<br>NEWSOM, CHARLES R<br>501 STONEBRIDGE PATH CT<br>ST AUGUSTINE FL 32092 |
| CREDITOR ID: 377876-45<br>NEWSOM, CHARLES R<br>C/O WINN-DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | CREDITOR ID: 403857-94<br>NEWSOM, STEVEN K<br>918 MADISON AVE<br>VALDOSTA GA 31602 | CREDITOR ID: 536718-BA<br>NEWSOME, ROSETTA<br>P.O. BOX 941<br>LIVE OAK FL 32064 |
| CREDITOR ID: 392427-55<br>NEWSOME, RUTH<br>C/O RICHARD GOLDMAN, ESQ<br>2595 NW BOCA RATON BLVD STE 200<br>BOCA RATON FL 33431 | CREDITOR ID: 382123-51<br>NEWSON, CHARLES<br>501 STONEBRIDGE PATH CT<br>SAINT AUGUSTINE FL 32092-1070 | CREDITOR ID: 257219-12<br>NEWSPAPERS OF WEST GEORGIA<br>PO BOX 460<br>901 HAYS MILL ROAD<br>CARROLLTON, GA 30117 |
| CREDITOR ID: 541953-BI<br>NEWS-PRESS<br>2442 DR ML KING JR BLVD<br>FT MYERS FL 33901 | CREDITOR ID: 541952-BI<br>NEWS-PRESS<br>PO BOX 2950<br>FORT MYERS FL 33902-2950 | CREDITOR ID: 541955-BI<br>NEWTON ASSOC<br>%RICHARD G HOEFLING<br>7421 CARMEL EXECUTIVE PK STE 214<br>CHARLOTTE NC 28226 |
| CREDITOR ID: 1647-07<br>NEWTON ASSOCIATES<br>C/O RICHARD G HOEFLING, ESQ<br>PO BOX 269<br>GASTONIA NC 28053 | CREDITOR ID: 541956-BI<br>NEWTON CHEVROLET<br>PO BOX 1367<br>CHATTANOOGA TN 37401-1367 | CREDITOR ID: 541957-BI<br>NEWTON INDUSTRIAL TIRE<br>PO BOX 50323<br>ALBANY GA 31703-0523 |
| CREDITOR ID: 541958-BI<br>NEWTON MANUFACTURING COMPANY<br>PO BOX 927<br>1123 1ST AVENUE EAST<br>NEWTON IA 50208-0927 | CREDITOR ID: 408265-99<br>NEWTON OLDACRE MCDONALD, LLC<br>C/O HARWELL HOWARD HYNE ETAL<br>ATTN: DAVID P CANAS<br>315 DEADERICK STREET<br>SUITE 1800<br>NASHVILLE TN 37238 | CREDITOR ID: 556648-BC<br>NEWTON, DUCILLA<br>6837 S.E. SOURWOOD<br>STUART FL 34997 |
| CREDITOR ID: 536719-BA<br>NEWTON, LINDA<br>P. O. BOX 1074<br>BARTOW FL 33830 | CREDITOR ID: 556649-BC<br>NEWTON, ROBIN<br>525 PUFFIN DR.<br>BAREFOOT BAY FL 32976 | CREDITOR ID: 541959-BI<br>NEXSEN PRUET, LLC<br>ATTORNEYS & COUNSELORS AT LAW<br>PO BOX 2426<br>COLUMBIA SC 29202 |
| CREDITOR ID: 541960-BI<br>NEXT CONTROL SYSTEMS LLC<br>ANN M DIMAGGIO<br>5233 BENJAMIN LANE<br>SARASOTA FL 34233 | CREDITOR ID: 541962-BI<br>NEXT PROTEINS<br>PO BOX 54919<br>LOS ANGELES CA 90054-0919 | CREDITOR ID: 541961-BI<br>NEXT PROTEINS<br>PO BOX 2469<br>CARLSBAD CA 92016 |
| CREDITOR ID: 257228-12<br>NEXT PROTEINS, INC<br>ATTN TEX PROWS, ESQ<br>PO BOX 2469<br>CARLSBAD, CA 92018 | CREDITOR ID: 395697-65<br>NEXTEL<br>PO BOX 4181<br>CAROL STREAM, IL 60197-6220 | CREDITOR ID: 395696-65<br>NEXTEL<br>1300 N FLORIDA MANGO ROAD, SUITE 18<br>WEST PALM BEACH, FL 33409 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                     **CASE:  05-03817-3F1**

CREDITOR ID: 395325-63
NEXTEL
PO BOX 4192
CAROL STREAM, IL 60197

CREDITOR ID: 397344-15
NEXTEL
C/O NEXTEL COMMUNICATIONS INC
ATTN MICHAEL GIMA, BANKRUPTCY
PO BOX 172408
DENVER CO 80217-2408

CREDITOR ID: 541964-BI
NEXTEL COMMUNICATIONS
PO BOX 4181
CAROL STREAM IL 60197-4181

CREDITOR ID: 541963-BI
NEXTEL COMMUNICATIONS
PO BOX 17990
DENVER CO 80217-0990

CREDITOR ID: 395698-65
NEXTEL PARTNERS
6880 BERMUDA ROAD, SUITE 100
LAS VEGAS, NV 89119

CREDITOR ID: 257231-12
NEXTEL PARTNERS INC
PO BOX 4192
CAROL STREAM, IL 60197-4192

CREDITOR ID: 541965-BI
NEXTEL PARTNERS INC
PO BOX 4192
CAROL STREAM IL 60197-4192

CREDITOR ID: 257232-12
NEXTRAN TRUCK CENTER
PO BOX 2880
JACKSONVILLE, FL 32203

CREDITOR ID: 541966-BI
NEXXTWORKS
PO BOX 850001
ORLANDO FL 32885-0114

CREDITOR ID: 391228-55
NEYLAND, ROY
C/O WILLIAM S VINCENT JR LAW OFFICE
ATTN JACOB GARBIN, ESQ
2018 PRYTANIA STREET
NEW ORLEANS LA 70130

CREDITOR ID: 556650-BC
NEYRA, VIOLETA
14116 SW 160 AVE
MIAMI FL 33196

CREDITOR ID: 410728-15
NFLC 1998-2 CHARLESTON MARKET, LLC
C/O LNR PARTNERS, INC
ATTN DANNY VANDER REIS
1601 WASHINGTON AVE, SUITE 700
MIAMI FL 33139

CREDITOR ID: 410728-15
NFLC 1998-2 CHARLESTON MARKET, LLC
C/O KOZYAK TROPIN & THROCKMORTON
ATTN LAUREL M ISICOFF, ESQ
2525 PONCE DE LEON BLVD, STE 900
CORAL GABLES FL 33134

CREDITOR ID: 541967-BI
NFPA
PO BOX 9689
MANCHESTER NH 03108-9689

CREDITOR ID: 403858-94
NG, CHI WING
2056 WESTBOURNE DR
OVIEDO FL 32765

CREDITOR ID: 556681-BC
NGUYEN, BE
201 ANDRE STREET
LOT 8
CARENCRO LA 70520

CREDITOR ID: 556651-BC
NGUYEN, SYLVIA
880 BONAPARTE LANDING BLVD
JACKSONVILLE FL 32218

CREDITOR ID: 391814-55
NGUYEN, TUYET THI
C/O LAW OFFICE OF ANH QUANG CAO
ATTN ANH QUANG CAO, ESQ
401 WESTBANK EXPRESSWAY, SUITE 202
GRETNA LA 70053

CREDITOR ID: 541968-BI
NH CHILD SUPPORT RPC
PO BOX 9501
MANCHESTER NH 03108-9501

CREDITOR ID: 541969-BI
NIAGARA NATIONAL CORP
2160-C HILLS AVE NW
ATLANTA GA 30318

CREDITOR ID: 533690-CN
NIAGRA FIRE
ATTN LEGAL DEPARTMENT
333 S WABASH
CHICAGO IL 60604

CREDITOR ID: 556682-BC
NICE, DIANE
2100 KINGSHIGHWAY
PORT CHARLOTTE FL 33980

CREDITOR ID: 541972-BI
NICHOLAS PARKER & ASSOCIATES LLC
PO BOX 592
BAGDAD FL 32530

CREDITOR ID: 556684-BC
NICHOLAS, AUDREY
19176 WEINBERGER RD
PONCHATOULA LA 70454

CREDITOR ID: 408425-15
NICHOLAS, HERMAN
C/O LEGER & MESTAYER
ATTN FRANKLIN G SHAW, ESQ
600 CARONDELET STREET, 9TH FLOOR
NEW ORLEANS LA 70130

CREDITOR ID: 387805-54
NICHOLAS, LOIS CAYETTE
9435 HWY 405
DONALDSONVILLE, LA 70346

CREDITOR ID: 387805-54
NICHOLAS, LOIS CAYETTE
C/O LEGER & MESTAYER
ATTN FRANKLIN G SHAW, ESQ
600 CARONDELET STREET, NINTH FLOOR
NEW ORLEANS LA 70130

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 392204-55<br>NICHOLAS, LULA<br>C/O LATOUR & ASSOCIATES, PA<br>ATTN EDUARDO R LATOUR, ESQ<br>135 EAST LEMON ST<br>TARPON SPRINGS FL 34689 | CREDITOR ID: 556683-BC<br>NICHOLAS, SHARON<br>114 B WAYBRIDGE<br>ROYAL PALM BEACH FL 33411 | CREDITOR ID: 556685-BC<br>NICHOLS, BESSIE<br>PO BOX 1732<br>CRAWFORDVILLE FL 32326 |
| CREDITOR ID: 184463-09<br>NICHOLS, NANCY G<br>107 13TH AVE SW<br>REFORM AL 35481 | CREDITOR ID: 541974-BI<br>NICHOLSON ELEMENTARY<br>PO BOX 919<br>NICHOLSON MS 39463 | CREDITOR ID: 410926-15<br>NICHOLSON, FREDRICKIA<br>C/O WEINSTEIN & ASSOCIATES, PA<br>ATTN ANDREW J WEINSTEIN, ESQ<br>1515 UNIVERSITY DRIVE, SUITE 103<br>CORAL SPRINGS FL 33071 |
| CREDITOR ID: 390822-55<br>NICHOLSON, REBA & OLLISE<br>C/O FERRARA & FERRARA<br>ATTN FRANK FERRARA, ESQ<br>PO BOX 159<br>WALKER LA 70785 | CREDITOR ID: 184544-09<br>NICKAS, MARY R<br>C/O PARKER LAW FIRM, LLC<br>ATTN BRENT L PARKER, ESQ<br>PO BOX 265<br>GRANT AL 35747 | CREDITOR ID: 556686-BC<br>NICKERSON, KATHLEEN<br>824 SW 18TH CT<br>FORT LAUDERDALE FL 33315 |
| CREDITOR ID: 541979-BI<br>NICKI KHOURI<br>17106 SW 139TH PLACE<br>MIAMI FL 33177 | CREDITOR ID: 393488-55<br>NICKOLAUS, TEDDY<br>C/O GUEST LAW FIRM<br>ATTN JAMES B GUEST, ESQ<br>1900 32ND ST<br>KENNER LA 70065 | CREDITOR ID: 541980-BI<br>NICKS HEATING AND AIR CONDITIONING<br>17396 HWY 190 EAST<br>HAMMOND LA 70401 |
| CREDITOR ID: 392066-55<br>NICKS, TARON<br>C/O FELDMAN & GETZ, LLP<br>ATTN JENNIFER BRODERICK, ESQ<br>1877 SO FEDERAL HIGHWAY, SUITE 110<br>BOCA RATON FL 33432 | CREDITOR ID: 541982-BI<br>NICOLE SALVATO<br>8341 OMAHA CIRCLE<br>SPRING HILL FL 34606 | CREDITOR ID: 376404-44<br>NICOLOSI, BETHENE O<br>AS BENEFICIARY OF JAMES D WATTS<br>105 GWENLIN DRIVE<br>HAMMOND, LA 70403 |
| CREDITOR ID: 391062-55<br>NIEBLA, CARMEN L<br>C/O: FRIEDMAN, RODMAN & FRANK, PA<br>ATTN R MORENO/H FRIEDMAN, ESQ<br>3636 WEST FLAGLER STREET<br>MIAMI FL 33135 | CREDITOR ID: 538522-BA<br>NIEBLA, OLGA<br>C/O ADAM SABEN ESQ<br>LAW OFFICES OF SHUSTER AND SABEN<br>4770 BISCAYNE BLVD STE 1030<br>MIAMI FL 33137 | CREDITOR ID: 536720-BA<br>NIEBLA, OLGA<br>9100 SW 21ST STREET<br>MIAMI FL 33165 |
| CREDITOR ID: 541983-BI<br>NIELSEN MASSEY VANILLA INC<br>6521 EAGLE WAY<br>CHICAGO IL 60678-1065 | CREDITOR ID: 397194-67<br>NIELSEN MEDIA RESEARCH<br>ATTN KAREN E LEPAK<br>770 BROADWAY<br>NEW YORK, NY 10003 | CREDITOR ID: 399278-15<br>NIELSEN, EDWARD R<br>SUNLIGHT CHRISTIAN FELLOWSHIP<br>6400 PARK STREET<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 391136-55<br>NIETO, MIRTA<br>C/O GREG MONALDI & ASSOCIATES<br>ATTN STACY L FEINSTEIN, ESQ<br>200 SE 9TH STREET<br>FORT LAUDERDALE FL 33316 | CREDITOR ID: 257271-12<br>NIKCO SPORTS<br>ATTN CRAIG BIDNER, CEO<br>516 TRADE CENTER BLVD<br>CHESTERFIELD, MO 63005 | CREDITOR ID: 541984-BI<br>NIKCO SPORTS<br>516 TRADE CENTER BLVD<br>CHESTERFIELD MO 63005 |
| CREDITOR ID: 556687-BC<br>NILES (MINOR), ERIC<br>205 FOURTH STREET<br>OSTEEN FL 32764 | CREDITOR ID: 541986-BI<br>NILSA CANALES<br>2467 NW 99TH TERRACE   APT #2<br>MIAMI FL 33147 | CREDITOR ID: 381676-47<br>NIM HENSON GERIATRIC CENTER<br>420 JETT DRIVE<br>JACKSON, KY 41339 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**

**CASE:  05-03817-3F1**

CREDITOR ID: 541987-BI
NIMNICHT CHEVROLET
1550 CASSAT AVE
JACKSONVILLE FL 32210

CREDITOR ID: 403859-94
NIMO, WILLIAM
2031 PIPING PLOVER WAY
JACKSONVILLE FL 32224

CREDITOR ID: 410881-15
NINE MILE PARTNERS, LTD
C/O HARWELL HOWARD HYNE, ET AL
ATTN DAVID P CANAS, ESQ
315 DEADERICK STREET, STE 1800
NASHVILLE TN 37238

CREDITOR ID: 257277-12
NINETY SIX CANNING CO
109 S CAMBRIDGE ST
NINETY SIX, SC 29666-1149

CREDITOR ID: 54945-05
NIPPER, STEVE W.
8479 THREE CREEKS BLVD
JACKSONVILLE FL 32220

CREDITOR ID: 257278-12
NISSIN FOODS USA CO INC
PO BOX 512877
LOS ANGELES, CA 90051-0877

CREDITOR ID: 541989-BI
NISSIN FOODS USA CO INC
PO BOX 512877
LOS ANGELES CA 90051-0877

CREDITOR ID: 541988-BI
NISSIN FOODS USA CO INC
PO BOX 512877
LOS ANGELES CA 90051-0877

CREDITOR ID: 541990-BI
NITRO GOLF LLC
PO BOX 563
MILWAUKEE WI 53201

CREDITOR ID: 407031-MS
NIX, DONALD L
245 12TH AVENUE
OCOEE FL 34761

CREDITOR ID: 407032-MS
NIX, JAMES R
1048 HAMMOND BLVD
JACKSONVILLE FL 32221

CREDITOR ID: 536721-BA
NIX, JUDY
2018 1ST STREET
HUNTSVILLE AL 35805

CREDITOR ID: 556688-BC
NIX, SHARON
1655 MEADOW CIRCLE
SYLACAUGA AL 35151

CREDITOR ID: 556689-BC
NIXON, JAIME
20 LAUREL OAKS DR #207
WINTER SPRINGS FL 32708

CREDITOR ID: 407033-MS
NIXON, MICHAEL E
4538 ORTEGA FARMS CIRCLE
JACKSONVILLE FL 32210

CREDITOR ID: 403861-94
NJOKU, GIDEON A
9802 SW 158 CT
MIAMI FL 33196

CREDITOR ID: 2429-07
NKC PROPERTIES
PO BOX 4479
DALTON, GA 30719

CREDITOR ID: 498126-15
NLFC 1998-2 STALLINGS RETAIL, LLC
C/O KOZYAK, TROPIN, THROCKMORTON
ATTN CHARLES W THROCKMORTON, ESQ
2525 PONCE DE LEON, 9TH FLOOR
CORAL GABLES FL 33134

CREDITOR ID: 1648-07
NMB PARTNERS L P
ATTN: ELTING L CHAPMAN III
PO BOX 2384
MURRELLS INLET, SC 29576

CREDITOR ID: 541991-BI
NMB PARTNERS L P
ATTN: ELTING L CHAPMAN III
PO BOX 2384
MURRELLS INLET SC 29576

CREDITOR ID: 417052-15
NMB PARTNERS, LP
ATTN TED CHAPMAN
ELTING L CHAPMAN III
PO BOX 2384
MURRELLS INLET SC 29576

CREDITOR ID: 417052-15
NMB PARTNERS, LP
C/O LEVY LAW FIRM, LLC
ATTN R GEOFFREY LEVY, ESQ
2300 WAYNE STREET
COLUMBIA SC 29201

CREDITOR ID: 536722-BA
NOBINGER, RANDY
1287 GLENRIDGE LANE
BESSEMER AL 35022

CREDITOR ID: 538523-BA
NOBINGER, RANDY
C/O JAMES R. MORGAN, ESQ.
CAMBRIDGE ROW
1605 TWENTY-FIRST STREET SOUTH
BIRMINGHAM AL 35205

CREDITOR ID: 541992-BI
NOBIS EXPORTAC USA CORP
1628 NW 82TH AVENUE
MIAMI FL 33126

CREDITOR ID: 541994-BI
NOBLE MANAGEMENT COMPANY
PO BOX 100849
FT LAUDERDALE FL 33310-0849

CREDITOR ID: 541993-BI
NOBLE MANAGEMENT COMPANY
PO BOX 100849
FT LAUDERDALE FL 33310-0849

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2450-07<br>NOBLE MANAGEMENT COMPANY<br>PO BOX 100849<br>FT LAUDERDALE, FL 33310-0849 | CREDITOR ID: 257288-12<br>NOBLE SIGNS<br>ATTN F SCOTT ANDREWS<br>PO BOX 1196<br>ANNISTON, AL 36202-1196 | CREDITOR ID: 541995-BI<br>NOBLE SIGNS<br>P O BOX 1196<br>ANNISTON AL 36202-1196 |
| CREDITOR ID: 541996-BI<br>NOBLE WORLDWIDE SALES<br>PO BOX 1647<br>WINTER HAVEN FL 33880 | CREDITOR ID: 257289-12<br>NOBLE WORLDWIDE SALES AKA<br>WM G ROE & SONS, INC.<br>PO BOX 1647<br>WINTER HAVEN, FL 33880 | CREDITOR ID: 55001-05<br>NOBLE, HENRY<br>424 BARNWELL STREET<br>COLUMBIA SC 29205 |
| CREDITOR ID: 556690-BC<br>NOBLES, ALTON<br>RT 2<br>PO BOX 274<br>FOLKSTON GA 31537 | CREDITOR ID: 388391-54<br>NOBLES, MILTON<br>1504 WENTBRIDGE DR<br>RICHMOND VA 23227 | CREDITOR ID: 403182-15<br>NOBO, RAFAEL J III<br>PO BOX 2188<br>BARTOW FL 33831 |
| CREDITOR ID: 556691-BC<br>NOE, KATHY<br>3034 66TH AVE N<br>SAINT PETERSBURG FL 33703 | CREDITOR ID: 556693-BC<br>NOEL (MINOR), CHARI<br>1215 A HAROLD STOUTES ROAD<br>BREAUX BRIDGE LA 70517 | CREDITOR ID: 417028-99<br>NOEL, LINUS<br>C/O THE CALUDA LAW FIRM<br>ATTN: ROBERT J CALUDA<br>3232 EDENBORN AVENUE<br>METAIRIE LA 70002 |
| CREDITOR ID: 393436-55<br>NOEL, LINUS<br>C/O THE CALUDA & REBENNACK LAW FIRM<br>ATTN ROBERT J CALUDA, ESQ<br>3232 EDENBORN AVENUE<br>METAIRIE LA 70002 | CREDITOR ID: 556692-BC<br>NOEL, STANDLYNE<br>10841 NW 2 CT<br>MIAMI FL 33168 | CREDITOR ID: 556694-BC<br>NOLA, BRIAN<br>114 LANDINGS DR.<br>LYNN HAVEN FL 32444 |
| CREDITOR ID: 541998-BI<br>NOLAN BEGNAUD<br>105 LAKEN LANE<br>LAFAYETTE LA 70508 | CREDITOR ID: 536723-BA<br>NOLAN, LINDA<br>526 DARBY LANE<br>BROOKSVILLE FL 34601 | CREDITOR ID: 538524-BA<br>NOLAN, LINDA<br>C/O JOHN A. RICE, ESQ<br>A BALES WEINSTEIN PROFESSIONAL ASSOC.<br>P.O. BOX 172179<br>TAMPA FL 33672 |
| CREDITOR ID: 410883-15<br>NOM FRANKLIN LTD/HUEYTOWN<br>C/O HARWELL HOWARD HYNE, ET AL<br>ATTN DAVID P CANAS, ESQ<br>315 DEADERICK STREET, STE 1800<br>NASHVILLE TN 37238 | CREDITOR ID: 1625-07<br>NOM PROPERTIES INC<br>1689 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674-1689 | CREDITOR ID: 541999-BI<br>NONNI'S FOOD COMPANY<br>4113 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 |
| CREDITOR ID: 405267-95<br>NONNI'S FOOD COMPANY<br>ATTN KRISTI GRAHAM, MGR<br>601 S BOULDER, STE 900<br>TULSA OK 74116 | CREDITOR ID: 393391-55<br>NONORME, BLOUSSEY<br>C/O TONY C FRANCIS, PA<br>ATTN TONY FRANCIS, ESQ<br>PO BOX 771243<br>ORLANDO FL 32877-1243 | CREDITOR ID: 536724-BA<br>NORA, TACHESHA<br>1816 SHREWSBERRY RD.<br>METAIRIE LA 70001 |
| CREDITOR ID: 538525-BA<br>NORA, TACHESHA<br>C/O STEVEN KOENING<br>VALTEAU, HARRIS, KOENIG & MAYER<br>1010 COMMON ST.<br>SUITE 2700<br>NEW ORLEANS LA 70112 | CREDITOR ID: 257309-12<br>NORAMAR COMPANY<br>ATTN NORMAN TOMIELLO<br>PO BOX 771<br>CHAGRIN FALLS OH 44022 | CREDITOR ID: 542001-BI<br>NORBERT & JOANNE WALZ<br>3910 ENCHANTED OAKS LANE<br>SEBRING FL 33875-4769 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 542002-BI<br>NORCO ELEMENTARY 4-7<br>102 FIFTH ST<br>NORCO LA 70079 | CREDITOR ID: 542003-BI<br>NORCO ELEMENTARY SCHOOL K-3<br>102-A FIFTH AVENUE<br>NORCO LA 70079 | CREDITOR ID: 257315-12<br>NORDSON CORP PKG/ASSEM D<br>ATTN SUSAN L CHERRY, CR MGR<br>100 NORDSON DRIVE, MS 83<br>AMHERST OH 44001 |
| CREDITOR ID: 542005-BI<br>NORDSON CORPORATION<br>PO BOX 802586<br>CHICAGO IL 60680-2586 | CREDITOR ID: 542004-BI<br>NORDSON CORPORATION<br>PO BOX 751013<br>CHARLOTTE NC 28275-0001 | CREDITOR ID: 393390-55<br>NORELIA, FRANKY<br>C/O RAUL DE LA HERIA & ASSOCIATES<br>ATTN RAUL DE LA HERIA, ESQ<br>2100 CORAL WAY, SUITE 500<br>MIAMI FL 33145 |
| CREDITOR ID: 410421-15<br>NORFAM, LLC, SUCCESSOR<br>CAROLINA DEVELOPMENT CO<br>C/O KENNEDY COVINGTON, ET AL #300<br>ATTN MARGARET R WESTBROOK, ESQ<br>4350 LASSITER AT NORTH HILLS AVE<br>RALEIGH NC 27609 | CREDITOR ID: 408426-15<br>NORFOLK SOUTHERN RAILWAY COMPANY<br>ATTN WILLIAM H JOHNSON, ESQ<br>THREE COMMERCIAL PLACE<br>NORFOLK VA 23510-2191 | CREDITOR ID: 556695-BC<br>NORMAN, CACOLYN<br>6012 OAKCREST CIRCLE ST<br>ORLANDO FL 32808 |
| CREDITOR ID: 536725-BA<br>NORMAN, DEBBIE<br>45455 HARTS ROAD<br>YULEE FL 32097 | CREDITOR ID: 538526-BA<br>NORMAN, DEBBIE<br>C/O J. SCOTT NOONEY<br>THE LAW OFFICES OF J. SCOTT NOONEY & ASS<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207-3303 | CREDITOR ID: 385851-54<br>NORMAN, FRANCES<br>1650 CAPISTRANA PLACE<br>DECATUR, GA 30032 |
| CREDITOR ID: 385851-54<br>NORMAN, FRANCES<br>C/O ROBERT N SUSKO, PC<br>ATTN ROBERT N SUSKO, ESQ.<br>3017 PIEDMONT ROAD, SUITE 100<br>ATLANTA GA 30305 | CREDITOR ID: 556696-BC<br>NORMAN, STEVE<br>7615 FALCON ST<br>JACKSONVILLE FL 32210 | CREDITOR ID: 392214-55<br>NORMAN, SUSAN<br>C/O COVINGTON, PATRICK, HAGINS, STE<br>ATTN STEPHEN R H LEWIS, ESQ<br>211 PETTIGRU STREET<br>PO BOX 2343<br>GREENVILLE SC 29601 |
| CREDITOR ID: 392264-55<br>NORMAN, WILLIAM E<br>C/O DONALDSON & BLACK<br>ATTN RACHEL SCOTT DECKER, ESQ<br>208 WEST WENDOVER AVENUE<br>GREENSBORO NC 27401 | CREDITOR ID: 536726-BA<br>NORMAND, LYDIA<br>13621 RIVER LAKE DRIVE<br>COVINGTON LA 70435 | CREDITOR ID: 185161-09<br>NORMANDIN, MICHAEL E<br>PO BOX 4205<br>BILOXI MS 39535 |
| CREDITOR ID: 542007-BI<br>NORMANDY EQUITIES LTD<br>1 SLEIMAN PKWY STE 250<br>JACKSONVILLE FL 32216 | CREDITOR ID: 410853-15<br>NORMANDY EQUITIES, LTD<br>ATTN BERNARD E SMITH, VP<br>1 SLEIMAN PARKWAY, SUITE 210<br>JACKSONVILLE FL 32216-8046 | CREDITOR ID: 2452-07<br>NORMANDY EQUITIES, LTD.<br>1 SLEIMAN PARKWAY, STE 250<br>JACKSONVILLE, FL 32216 |
| CREDITOR ID: 536727-BA<br>NORRIE, WILLIAM<br>947 BROOKLEE DR<br>KINGS MOUNTAIN NC 28086-4156 | CREDITOR ID: 257330-12<br>NORRIS LANDSCAPING<br>ATTN: W KELLY NORRIS, OWNER<br>2708 EAST GARNER ROAD<br>RALEIGH, NC 27610 | CREDITOR ID: 397307-69<br>NORRIS LANDSCAPING<br>2708 EAST GARNER ROAD<br>RALEIGH, NC 27610 |
| CREDITOR ID: 542008-BI<br>NORRIS LANDSCAPING<br>2708 EAST GARNER ROAD<br>ATTN KELLY NORRIS<br>RALEIGH NC 27610 | CREDITOR ID: 556698-BC<br>NORRIS, CAROL<br>142 BLACKBEARD ROAD<br>LITTLE TORCH KEY FL 33042 | CREDITOR ID: 392079-55<br>NORRIS, CHARLOTTE<br>C/O LANING & LANING<br>ATTN PAUL LANING, ESQ<br>2100 FIRST AVENUE NORTH<br>BIRMINGHAM AL 35203 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

CREDITOR ID: 407035-MS
NORRIS, JAMES T
C/O FRIEDLINE & MCCONNELL, PA
ATTN JERRETT M MCCONNELL, ESQ
1756 UNIVERSITY BLVD SOUTH
JACKSONVILLE FL 32216

CREDITOR ID: 407035-MS
NORRIS, JAMES T
PO BOX 517
OAKWOOD GA 30566

CREDITOR ID: 407698-15
NORSE DAIRY SYSTEMS
ATTN TIFFANY C REEVE, CONTROLLER
1740 JOYCE AVENUE
PO BOX 1869
COLUMBUS OH 43219-1869

CREDITOR ID: 542009-BI
NORSE DAIRY SYSTEMS
22439 NETWORK PLACE
CHICAGO IL 60673-1224

CREDITOR ID: 257332-12
NORSTAN RESALE SERVICES GROUP
SDS 12-0976
PO BOX 86
MINNEAPOLIS, MN 55486-0976

CREDITOR ID: 542010-BI
NORSTAN RESALE SERVICES GROUP
SDS 12-0976
PO BOX 86
MINNEAPOLIS MN 55486-0976

CREDITOR ID: 556699-BC
NORSWORTHY, MITSUKO
46 COX LANE
MONTGOMERY AL 36101

CREDITOR ID: 257333-12
NORTH & SOUTH STATION
C/O DBR ASSET MANAGEMENT INC
DIM VASTGOED NV
1 FINANCIAL PLAZA, STE 2001
FT LAUDERDALE, FL 33394

CREDITOR ID: 1651-07
NORTH & SOUTH STATION
DIM VASTGOED NV
C/O DBR ASSET MANAGEMENT INC
1 FINANCIAL PLAZA
FT  LAUDERDALE, FL 33394

CREDITOR ID: 542011-BI
NORTH & SOUTH STATION
DIM VASTGOED NV
C/O DBR ASSET MANAGEMENT INC
1 FINANCIAL PLAZA
FT LAUDERDALE FL 33394

CREDITOR ID: 257333-12
NORTH & SOUTH STATION
C/O GLATTER & ASSOCIATES, PA
ATTN ERIC GLATTER, ESQ.
1489 W PALMETTO PK RD, SUITE 420
BOCA RATON FL 33486

CREDITOR ID: 542012-BI
NORTH ALABAMA GAS DIST
PO BOX 40
MADISON AL 35758-0040

CREDITOR ID: 542013-BI
NORTH AMERICA FOOD & BEVERAGE, INC
PO BOX 6753
CHESTERFIELD MO 63006-6753

CREDITOR ID: 542014-BI
NORTH AMERICAN BAKING
PO BOX 57411 STATION A
TORONTO ON M5W 5M5
CANADA

CREDITOR ID: 410588-15
NORTH AMERICAN CO LIFE & HEALTH INS
C/O PAUL, HASTINGS, ET AL
ATTN TED SMITH, ESQ
600 PEACHTREE STREET NE, SUITE 2400
ATLANTA GA 30308

CREDITOR ID: 411144-15
NORTH AMERICAN CO LIFE & HEALTH INS
BY MIDLAND ADVISORS CO, AS AGENT
C/O PAUL HASTINGS JANOFSKY ET AL
ATTN T SMITH, III/C SHARBAUGH, ESQS
600 PEACHTREE STREET NE, SUITE 2400
ATLANTA GA 30308

CREDITOR ID: 410588-15
NORTH AMERICAN CO LIFE & HEALTH INS
BY MIDLAND ADVISORS CO, AS AGENT
ATTN ERIC SILVERGOLD
135 EAST 57TH STREET
NEW YORK NY 10022

CREDITOR ID: 542015-BI
NORTH AMERICAN OIL COMPANY
2200 MAY COURT
KENNESAW GA 30144

CREDITOR ID: 542016-BI
NORTH AMERICAN PERFUMES
5700 BRAXTON
SUITE # 170
HOUSTON TX 77036

CREDITOR ID: 279325-35
NORTH AMERICAN PERFUMES, INC
C/O DICECCO, FANT & BURMAN
ATTN GLENN R LEMAY, ESQ
1900 WEST LOOP SOUTH, SUITE 1100
HOUSTON TX 77027

CREDITOR ID: 542017-BI
NORTH AMERICAN TANK LINES
PO BOX 863736
ORLANDO FL 32866-3736

CREDITOR ID: 539016-15
NORTH BALDWIN UTILITIES
ATTN ATTN TRACY R
25 HAND AVE
BAY MINETTE AL 36507

CREDITOR ID: 542019-BI
NORTH BAY ELEMENTARY SCHOOL
740 DUNBAR AVENUE
BAY ST LOUIS MS 39520

CREDITOR ID: 542018-BI
NORTH BAY ELEMENTARY SCHOOL
1825 POPPS FERRY ROAD
BILOXI MS 39532

CREDITOR ID: 257344-12
NORTH BEACH ENGINEERING INC
ATTN: KEVIN M DAVENPORT, PRES
3611-14 ST JOHNS BLUFF ROAD SOUTH
JACKSONVILLE, FL 32224

CREDITOR ID: 382186-51
NORTH CAROLINA COMMUNITY NEWSPAPER
PO BOX 188
HICKORY, NC 28603

CREDITOR ID: 542020-BI
NORTH CAROLINA DEPARTMENT OF REVENUE
PO BOX 25000
RALEIGH NC 27640-0002

Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                 **CASE:   05-03817-3F1**

CREDITOR ID: 542021-BI
NORTH CAROLINA DEPARTMENT REVENUE
PO BOX 25000
RALEIGH NC 27640-0520

CREDITOR ID: 542022-BI
NORTH CAROLINA DEPT OF AGRICULTURE
1001 MAIL SERVICE CENTER
RALEIGH NC 27699-1001

CREDITOR ID: 542023-BI
NORTH CAROLINA DEPT OF REVENUE
PREMIUM TAX UNIT
P O BOX 25000
RALEIGH NC 27640-0300

CREDITOR ID: 542024-BI
NORTH CAROLINA DEPTARTMENT OF LABOR
4 WEST EDENTON STREET
BUDGET AND MANAGEMENT
RALEIGH NC 27601-1092

CREDITOR ID: 257364-12
NORTH CAROLINA FIRE & SAFETY
PO BOX 1301
APEX, NC 27502

CREDITOR ID: 382881-51
NORTH CAROLINA MEDICAID
2515 MAIL SERVICE CENTER
RALEIGH, NC 27699-2515

CREDITOR ID: 535052-15
NORTH CAROLINA NATURAL GAS
ATTN JUDY CONRAD
4720 PIEDOMT ROW DR
CHARLOTTE NC 28211

CREDITOR ID: 384265-47
NORTH CAROLINA NATURAL GAS COR
PO BOX 33068
CHARLOTTE, NC 28233-3068

CREDITOR ID: 542025-BI
NORTH CAROLINA NATURAL GAS COR
PO BOX 33068
CHARLOTTE NC 28233-3068

CREDITOR ID: 542026-BI
NORTH CAROLINA POWER
P O BOX  1500
ROANOKE RAPIDS NC 27870-7500

CREDITOR ID: 257371-12
NORTH CAROLINA SELF INS GUAR ASSN
C/O OFFICE OF THE ATTORNEY GENERAL
ATTN: ROY COOPER OR DONALD LATON, ESQS
DEPARTMENT OF JUSTICE
PO BOX 629
RALEIGH NC 27602-0629

CREDITOR ID: 257371-12
NORTH CAROLINA SELF INS GUAR ASSN
ATTN STEPHEN P GENNETT
PO BOX 12442
RALEIGH NC 27605

CREDITOR ID: 257371-12
NORTH CAROLINA SELF INS GUAR ASSN
STUART LAW FIRM, PLLC
ATTN CATHERINE R STUART
1033 WADE AVENUE, SUITE 200
RALEIGH NC 27605-1155

CREDITOR ID: 542027-BI
NORTH CAROLINA STATE EDUCATION ASST AUTH
PO BOX 14002
ATTN ADMINISTRATIVE WAGE
GARNISHMENT
RESEARCH TRIANGLE PARK NC 27709

CREDITOR ID: 542028-BI
NORTH COAST PROCESSING
FNB LOCKBOX ACCOUNT
PO BOX 1168
HERMITAGE PA 16148

CREDITOR ID: 257376-12
NORTH COLUMBUS CROSSING SH CTR LLC
ATTN EDDIE BRANCH
506 MANCHESTER EXPRESSWAY, STE A-12
COLUMBUS GA 31904

CREDITOR ID: 257376-12
NORTH COLUMBUS CROSSING SH CTR LLC
C/O PAGE SCRANTOM SPROUSE, ET AL
ATTN ROBERT C BRAND, JR, ESQ.
PO BOX 1199
COLUMBUS OH 31902

CREDITOR ID: 1652-07
NORTH COLUMBUS CROSSING SHOPPING CT
ATTN: EDDIE BRANCH
506 MANCHESTER EXPRESSWAY
COLUMBUS, GA 31904

CREDITOR ID: 542029-BI
NORTH COLUMBUS CROSSING SHOPPING CTR LLC
ATT: EDDIE BRANCH
506 MANCHESTER EXPRESSWAY
SUITE A-12
COLUMBUS GA 31904

CREDITOR ID: 542030-BI
NORTH CROWLEY ELEMENTARY SCHOOL
820 W 15TH ST
CROWLEY LA 70526

CREDITOR ID: 542031-BI
NORTH DAKOTA CSE
PO BOX 7280
BISMARCK ND 58507-7280

CREDITOR ID: 542032-BI
NORTH FLORIDA REFRIGERATION
3636 LENOX AVE
JACKSONVILLE FL 32254

CREDITOR ID: 257386-12
NORTH FLORIDA RESEARCH
AND EDUCATION CENTER
155 RESEARCH ROAD
QUINCY, FL 32351

CREDITOR ID: 257388-12
NORTH FLORIDA SALES
C/O TRIPLE P DISTRIBUTING CO INC
ATTN V.G. PELHAM, PRESIDENT
3601 REGENT BLVD
JACKSONVILLE, FL 32224

CREDITOR ID: 381178-47
NORTH FLORIDA TIRE & ROAD SERVICE INC
2109 WEST US HIGHWAY 90
SUITE 170-310
LAKE CITY FL 32055-7708

CREDITOR ID: 257390-12
NORTH FORT MYERS UTILITY INC
ATTN JO ANN BALEY
5660 BAYSHORE ROAD
FORT MYERS, FL 33902

CREDITOR ID: 542033-BI
NORTH FORT MYERS UTILITY INC
5660 BAYSHORE ROAD
FORT MYERS FL 33902

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 542034-BI<br>NORTH GA ELECTRIC MEM CORP<br>PO BOX 1407<br>DALTON GA 30722-1407 | CREDITOR ID: 257391-12<br>NORTH GEORGIA ELECTRIC MEM CORP<br>ATTN BOB RIVERS<br>PO BOX 1407<br>1850 CLEVELAND HWY<br>DALTON, GA 30722-1407 | CREDITOR ID: 257392-12<br>NORTH GEORGIA NEWSPAPER GROUP<br>PO BOX 1167<br>DALTON, GA 30722-1167 |
| CREDITOR ID: 542035-BI<br>NORTH GEORGIA NEWSPAPER GROUP<br>PO BOX 1167<br>DALTON GA 30722-1167 | CREDITOR ID: 542036-BI<br>NORTH HIGHLANDS ELEMENTARY SCHOOL<br>3875 BRYON ST<br>BATON ROUGE LA 70805 | CREDITOR ID: 403541-99<br>NORTH HIXON MARKETPLACE LLC<br>C/O WILES & WILES<br>ATTN: JOHN J WILES, ESQ<br>800 KENNESAW AVE, STE 400<br>MARIETTA GA 30060-7946 |
| CREDITOR ID: 542037-BI<br>NORTH HIXSON MARKETPLACE LLC<br>800 MOUNT VERON HIGHWAY<br>SUITE 120<br>ATLANTA GA 30328 | CREDITOR ID: 1653-07<br>NORTH HIXSON MARKETPLACE,  LLC<br>6111 PEACHTREE DUNWOODY ROAD<br>BUILDING F, SUITE 203<br>ATLANTA, GA 30328 | CREDITOR ID: 410364-15<br>NORTH HIXSON MARKETPLACE, LLC<br>C/O WILES & WILES<br>ATTN JOHN J WILES, ESQ<br>800 KENNESAW AVENUE, SUITE 400<br>MARIETTA GA 30060-7946 |
| CREDITOR ID: 542038-BI<br>NORTH LEWIS ELEMENTARY<br>604 N LEWIS ST<br>NEW IBERIA LA 70563 | CREDITOR ID: 1654-07<br>NORTH MADISON ASSOCIATES LTD<br>PO BOX 12767<br>2117 SECOND AVENUE NORTH<br>BIRMINGHAM, AL 35202-2767 | CREDITOR ID: 399391-99<br>NORTH MADISON ASSOCIATES LTD<br>C/O SPAIN & GILLON LLC<br>ATTN: WALTER F MCARDLE<br>THE ZINSZER BLDG<br>2117 SECOND AVE NO<br>BIRMINGHAM AL 35203 |
| CREDITOR ID: 542039-BI<br>NORTH MADISON ASSOCIATES LTD<br>PO BOX 12767<br>2117 SECOND AVENUE NORTH<br>BIRMINGHAM AL 35202-2767 | CREDITOR ID: 399391-99<br>NORTH MADISON ASSOCIATES LTD<br>C/O LAFLEUR LAW FIRM<br>ATTN: NINA LAFLEUR<br>PO BOX 861128<br>ST AUGUSTINE FL 32086 | CREDITOR ID: 542040-BI<br>NORTH MISSISSIPPI FAMILY MEDICAL CLINICS<br>450 E PRESIDENT<br>TUPELO MS 38801 |
| CREDITOR ID: 542041-BI<br>NORTH OAKS FAMILY MEDICINE OHS<br>PO BOX 2696<br>HAMMOND LA 70404 | CREDITOR ID: 542042-BI<br>NORTH OAKS MEDICAL CENTER<br>PO BOX 1579<br>HAMMOND LA 70404 | CREDITOR ID: 542043-BI<br>NORTH OAKS MEDICAL CENTER<br>PO BOX 1609<br>HAMMOND LA 70404-1609 |
| CREDITOR ID: 542044-BI<br>NORTH OF THE LAKE PARENTS CLUB<br>363 THOMPSON ROAD<br>PO BOX 5627<br>SLIDELL LA 70460 | CREDITOR ID: 542045-BI<br>NORTH PORT SOLID WASTE DISTRICT<br>P O BOX 7276<br>NORTH PORT FL 34287-0276 | CREDITOR ID: 672-03<br>NORTH PORT UTILITIES<br>ATTN LINDA BREDFELDT<br>PO BOX 7228<br>NORTH PORT FL 34287 |
| CREDITOR ID: 535030-W9<br>NORTH PORT UTILITIES<br>C/O CITY OF NORTH PORT<br>ATTN: CHERYL DWYER<br>4970 CITY HALL BLVD<br>NORTH PORT FL 34286 | CREDITOR ID: 542046-BI<br>NORTH PORT UTILITIES<br>PO BOX 7228<br>NORTH PORT FL 34287-7228 | CREDITOR ID: 1655-07<br>NORTH PORT VILLAGE SHOPPING<br>CENTER ASSOCIATES LTD<br>C/O ISRAM REALTY & MANGMT INC<br>506 SOUTH DIXIE HIGHWAY<br>HALLANDALE, FL 33009 |
| CREDITOR ID: 542047-BI<br>NORTH PORT VILLAGE SHOPPING<br>CENTER ASSOCIATES LTD<br>C/O ISRAM REALTY & MANGMT INC<br>506 SOUTH DIXIE HIGHWAY<br>HALLANDALE FL 33009 | CREDITOR ID: 423065-15<br>NORTH PORT VILLAGE SHOPPING CENTER<br>C/O SAUL EWING, LLP<br>ATTN JOYCE A KUHNS, ESQ<br>500 EAST PRATT STREET<br>BALTIMORE MD 21202 | CREDITOR ID: 542049-BI<br>NORTH SHORE CROSSING LLC<br>C/O GREAT SOUTH MANAGEMENT, LLC<br>317 JAMESTOWN ROAD #7<br>BRENTWOOD TN 37027 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:     WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 542048-BI<br>NORTH SHORE CROSSING LLC<br>C/O GREAT SOUTH MANAGEMENT, LLC<br>217 JAMESTOWN ROAD #7<br>BRENTWOOD TN 37027 | CREDITOR ID: 315882-40<br>NORTH SHORE CROSSING LLC<br>C/O GREAT SOUTH MGMT MSC# 4105<br>PO BOX 415000<br>NASHVILLE, TN 37241-5000 | CREDITOR ID: 257407-12<br>NORTH SPRINGS IMPROVEMENT DIST<br>10300 NW 11TH MANOR<br>CORAL SPRINGS, FL 33071 |
| CREDITOR ID: 542050-BI<br>NORTH SPRINGS IMPROVEMENT DIST<br>10300 NW 11TH MANOR<br>CORAL SPRINGS FL 33071 | CREDITOR ID: 542051-BI<br>NORTH STATE TELEPHONE<br>PO BOX 612<br>HIGH POINT NC 27261 | CREDITOR ID: 542052-BI<br>NORTH STREET ELEMENTARY<br>121 NORTH ST<br>NEW IBERIA LA 70560 |
| CREDITOR ID: 542053-BI<br>NORTH TANGIPAHAO HEAD START<br>63508 ROCH RD<br>ROSELAND LA 70456 | CREDITOR ID: 257414-12<br>NORTH VERNON BEVERAGE CO<br>PO BOX 889<br>NORTH VERNON, IN 47265 | CREDITOR ID: 533634-DO<br>NORTH, JULIA B<br>76 BRIGHTON ROAD NE<br>ATLANTA GA 30309 |
| CREDITOR ID: 378213-45<br>NORTH, JULIA B<br>C/O WINN-DIXIE STORES, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254-3699 | CREDITOR ID: 1656-07<br>NORTHCROSS LAND & DEVELOPMENT<br>PO BOX 403155<br>ATLANTA, GA 30384 | CREDITOR ID: 542054-BI<br>NORTHCROSS LAND & DEVELOPMENT INC<br>PO BOX 403155<br>CHARLOTTE NC 30384-3155 |
| CREDITOR ID: 384266-47<br>NORTHCROSS LAND & DEVELOPMENT, INC<br>PO BOX 403155<br>CHARLOTTE, NC 30384-3155 | CREDITOR ID: 384266-47<br>NORTHCROSS LAND & DEVELOPMENT, INC<br>C/O MOORE & VAN ALLEN, PLLC<br>ATTN CAROLINE HUBBELL, ESQ<br>100 N TRYON STREET, SUITE 4700<br>CHARLOTTE NC 28202-4003 | CREDITOR ID: 542055-BI<br>NORTHCROSS URGENT CARE<br>PO BOX 70826<br>CHARLOTTE NC 28272-0826 |
| CREDITOR ID: 257417-12<br>NORTHCROSS URGENT CARE<br>PO BOX 70826<br>CHARLOTTE, NC 28272-0826 | CREDITOR ID: 403862-94<br>NORTHCUT, SCOTT<br>216 SWEETBRIER BRANCH LANE<br>JACKSONVILLE FL 32259 | CREDITOR ID: 407037-MS<br>NORTHCUT, WILLIAM E<br>3706 WOODMONT PARK LN<br>LOUISVILLE KY 40245-8418 |
| CREDITOR ID: 542056-BI<br>NORTHEAST ELEMENTARY SCHOOL<br>13801 PRIDE PORT HUDSON<br>PRIDE LA 70770 | CREDITOR ID: 542057-BI<br>NORTHEAST FLA TELEPHONE<br>PO BOX 485<br>MACCLENNY FL 32063-0485 | CREDITOR ID: 257420-12<br>NORTHEAST FLA TELEPHONE<br>PO BOX 485<br>MACCLENNY, FL 32063-0485 |
| CREDITOR ID: 542058-BI<br>NORTHEAST FLORIDA SAFETY COUNCIL<br>1725 ART MUSEUM DR<br>JACKSONVILLE FL 32207 | CREDITOR ID: 257423-12<br>NORTHEAST GEORGIA PRIMARY CARE<br>BILLING DEPARTMENT<br>1144 VINE STREET, SUITE 3<br>GAINESVILLE, GA 30501 | CREDITOR ID: 542059-BI<br>NORTHEAST GEORGIA PRIMARY CARE<br>BILLING DEPARTMENT<br>1144 VINE STREET<br>SUITE 3<br>GAINESVILLE GA 30501 |
| CREDITOR ID: 542060-BI<br>NORTHEAST HIGH SCHOOL<br>13700 PRIDE PORT HUDSON ROAD<br>PRIDE LA 70770 | CREDITOR ID: 384267-47<br>NORTHEAST MEDICAL CENTER<br>DEPT 857<br>PO BOX 1276<br>CHARLOTTE, NC 28201-1276 | CREDITOR ID: 542061-BI<br>NORTHEAST MEDICAL CENTER<br>DEPT 857<br>PO BOX 1276<br>CHARLOTTE NC 28201-1276 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 399270-15<br>NORTHEAST MISSISSIPPI COCA-COLA<br>BOTTLING CO INC<br>ATTN ROBERT H CLARK, PRES/SANDRA S<br>110 MILEY RD<br>PO BOX 968<br>STARKVILLE MS 39759 | CREDITOR ID: 399270-15<br>NORTHEAST MISSISSIPPI COCA-COLA<br>C/O HELD & ISRAEL<br>ATTN ADAM N FRISCH, ESQ<br>RIVERPLACE TOWER, SUITE 1916<br>1301 RIVERPLACE BLVD<br>JACKSONVILLE FL 32207-9073 | CREDITOR ID: 399270-15<br>NORTHEAST MISSISSIPPI COCA-COLA<br>C/O THOMAS L WEBB LAW OFFICE<br>ATTN THOMAS L WEBB, ESQ<br>613 22ND AVENUE<br>PO BOX 308<br>MERIDIAN MS 39302-0308 |
| CREDITOR ID: 542062-BI<br>NORTHEAST MS COCA COLA<br>PO BOX 968<br>STARKVILLE MS 39759 | CREDITOR ID: 403222-99<br>NORTHEAST MS COCA-COLA BOTTLING CO<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 1657-07<br>NORTHEAST PLAZA ASSOCIATES<br>1345 MAIN STREET, SUITE C 2<br>SARASOTA, FL 34236-5019 |
| CREDITOR ID: 542063-BI<br>NORTHEAST PLAZA ASSOCIATES<br>1345 MAIN STREET<br>SUITE C 2<br>C/O CORPORATE PROPERTY<br>SARASOTA FL 34236-5019 | CREDITOR ID: 397176-67<br>NORTHEAST WINE AND LIQUOR<br>111 CLEARBROOK RD.<br>NEWTON, MS 39345 | CREDITOR ID: 1658-RJ<br>NORTHERN FUNDS FBO URBANEK INV<br>PO BOX 75986<br>ACCT# 6110329270<br>CHICAGO, IL 60675-5986 |
| CREDITOR ID: 542064-BI<br>NORTHERN FUNDS FBO URBANEK INVESTMENTS<br>PO BOX 75986<br>ACCT# 6110329270<br>CHICAGO IL 60675-5986 | CREDITOR ID: 542065-BI<br>NORTHERN KENTUCKY WATER SERVICE DISTRICT<br>P O BOX 17010<br>COVINGTON KY 41017 | CREDITOR ID: 542066-BI<br>NORTHERN LABS<br>PO BOX 684118<br>MILWAUKEE WI 53268-4118 |
| CREDITOR ID: 257434-12<br>NORTHERN LABS, INC<br>ATTN DIANA REEL, ACCT MGR<br>5800 WEST DRIVE<br>PO BOX 850<br>MANITOWOC WI 54221-0850 | CREDITOR ID: 257437-12<br>NORTHERN TOOL & EQUIPMENT CO<br>PO BOX 1219<br>BURNSVILLE, MN 55337-0129 | CREDITOR ID: 533561-DT<br>NORTHERN TRUST COMPANY, THE<br>ATTN: KAREN GREENE<br>801 S. CANAL C-IN<br>CHICAGO IL 60607 |
| CREDITOR ID: 533691-CN<br>NORTHFIELD INSURANCE CO<br>ATTN LEGAL DEPARTMENT<br>PO BOX 64816<br>ST PAUL MN 55164 | CREDITOR ID: 542067-BI<br>NORTHLAKE CHRISTIAN SCHOOL<br>70104 WOLVERINE DR<br>COVINGTON LA 70433 | CREDITOR ID: 384268-47<br>NORTHLAND CRANBERRIES INC<br>P O BOX 78560<br>MILWAUKEE, WI 53278-0560 |
| CREDITOR ID: 542068-BI<br>NORTHLAND CRANBERRIES INC<br>P O BOX 78560<br>MILWAUKEE WI 53278-0560 | CREDITOR ID: 257443-12<br>NORTHPOINT TRADING INC<br>ATTN JACK EZON, VP<br>347 FIFTH AVENUE, SUITE 201<br>NEW YORK, NY 10016 | CREDITOR ID: 542069-BI<br>NORTHPOINT TRADING INC<br>347 FIFTH AVENUE #201<br>NEW YORK NY 10016 |
| CREDITOR ID: 279007-99<br>NORTHPOINT TRADING INC<br>C/O NEIMAN GINSBURG & MAIRANZ PC<br>ATTN GARY GINSBURG, ESQ<br>39 BROADWAY, 25TH FL<br>NEW YORK NY 10006 | CREDITOR ID: 257443-12<br>NORTHPOINT TRADING INC<br>C/O NEIMAN GINSBURG & MAIRANZ PC<br>ATTN GARY GINSBURG, ESQ<br>39 BROADWAY, 25TH FLOOR<br>NEW YORK NY 10006-3003 | CREDITOR ID: 542070-BI<br>NORTHPORT WATER WORKS<br>DRAWER 627<br>NORTHPORT AL 35476 |
| CREDITOR ID: 542071-BI<br>NORTHSHORE HIGH SCHOOL PANTHER FOOTBALL<br>100 PANTHER DRIVE<br>SLIDELL LA 70461 | CREDITOR ID: 542072-BI<br>NORTHSHORE HIGH SCHOOL PTA<br>100 PANTHER DR<br>SLIDELL LA 70461 | CREDITOR ID: 542073-BI<br>NORTHSHORE HYDRAULICS<br>PO BOX 246<br>TICKFAW LA 70466 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 542074-BI<br>NORTHSIDE ASSOCIATES LLC<br>% GABRIEL JEIDEL<br>16 EAST 34TH ST 16TH FLOOR<br>NEW YORK NY 10016 | CREDITOR ID: 1659-07<br>NORTHSIDE ASSOCIATES LLC<br>C/O GABRIEL JEIDEL<br>16 EAST 34TH ST., 16TH FLOOR<br>NEW  YORK, NY 10016-4328 | CREDITOR ID: 542075-BI<br>NORTHSIDE AVENUE SCHOOL<br>517 MISSISSIPPI AVE<br>BOGALUSA MS 70427 |
| CREDITOR ID: 542076-BI<br>NORTHSIDE CHRISTIAN SCHOOL<br>809 E NORTHERN AVE<br>CROWLEY LA 70526 | CREDITOR ID: 542077-BI<br>NORTHSIDE DEVELOPMENT GROUP<br>C/O BLANCHARD & CALHOUN COMMERICAL<br>2743 PERIMETER PARKWAY<br>BLDG 100 SUITE 370<br>AUGUSTA GA 30909 | CREDITOR ID: 1660-07<br>NORTHSIDE DEVELOPMENT GROUP<br>C/O BLANCHARD & CALHOUN COMMER<br>2743 PERIMETER PARKWAY<br>AUGUSTA, GA 30909-1808 |
| CREDITOR ID: 542078-BI<br>NORTHSIDE ELEMENTARY<br>1090 ROBBIE ST<br>DENHAM SPRINGS LA 70726 | CREDITOR ID: 542079-BI<br>NORTHSIDE GREENHOUSES<br>PO BOX 236 HWY 25 N<br>TRAVELERS REST SC 29690-0236 | CREDITOR ID: 542080-BI<br>NORTHSIDE HIGH SCHOOL<br>301 DUNAND<br>LAFAYETTE LA 70501 |
| CREDITOR ID: 542081-BI<br>NORTHSIDE SHOPPING CENTER<br>C/O TALCOR COMMERCIAL REAL ESTATE<br>1018 THOMASVILLE RD SUITE 200A<br>MONTICELLO SQUARE<br>TALLAHASSEE FL 32303 | CREDITOR ID: 1661-07<br>NORTHSIDE SHOPPING CENTER<br>C/O TALCOR COMMERCIAL REAL ESTATE<br>1018 THOMASVILLE ROAD,  SUITE 200A<br>TALLAHASSEE, FL 32303 | CREDITOR ID: 542082-BI<br>NORTHWAY INVESTMENTS LLC<br>C/O DBR ASSET MGMT LLC<br>1 FINANCIAL PLACE SUITE 2001<br>FORT LAUDERDALE FL 33394 |
| CREDITOR ID: 1662-07<br>NORTHWAY INVESTMENTS LLC<br>C/O DBR ASSET MGMT LLC<br>1 FINANCIAL PLACE, SUITE 2001<br>FORT  LAUDERDALE, FL 33394 | CREDITOR ID: 257458-12<br>NORTHWEST ALABAMA GAS DISTRICT<br>ATTN JERRY W SELF, GM<br>310 2ND STREET SW<br>PO BOX 129<br>HAMILTON, AL 35570 | CREDITOR ID: 542083-BI<br>NORTHWEST ALABAMA GAS DISTRICT<br>P O BOX 129<br>HAMILTON AL 35570 |
| CREDITOR ID: 257460-12<br>NORTHWEST FLORIDA DAILY NEWS<br>PO BOX 2949<br>FT WALTON BEACH, FL 32549 | CREDITOR ID: 542084-BI<br>NORTHWEST FLORIDA DAILY NEWS<br>P O BOX 2949<br>FT WALTON BEACH FL 32549 | CREDITOR ID: 382181-51<br>NORTHWEST FLORIDA DAILY NEWS<br>200 RACETRACK ROAD NW<br>FORT WALTON BEACH, FL 32547 |
| CREDITOR ID: 542085-BI<br>NORTHWEST JUNCTION PARTNERS<br>C/O NANCY M LANE CCIM<br>1855 LAKELAND DRIVE<br>SUITE G-10<br>JACKSON MS 39216 | CREDITOR ID: 1663-07<br>NORTHWEST JUNCTION PARTNERS<br>C/O NANCY M LANE CCIM<br>1855 LAKELAND DRIVE<br>JACKSON, MS 39216-5763 | CREDITOR ID: 257461-12<br>NORTHWEST JUNCTION PARTNERS<br>C/O BENNETT, LOTTERHOS, SULSER & WILSON<br>ATTN MARCUS M WILSON, ESQ<br>PO BOX 98<br>JACKSON MS 39205-0098 |
| CREDITOR ID: 257461-12<br>NORTHWEST JUNCTION PARTNERS<br>C/O NANCY M LANE, GEN PARTNER<br>1855 LAKELAND DRIVE, SUITE G-10<br>JACKSON, MS 39216 | CREDITOR ID: 542087-BI<br>NORTHWEST NATURAL PRODUCTS INC<br>PO BOX 6368<br>VANCOUVER WA 98688 | CREDITOR ID: 542086-BI<br>NORTHWEST NATURAL PRODUCTS INC<br>PO BOX 5037<br>UNIT 279<br>PORTLAND OR 97208 |
| CREDITOR ID: 395547-15<br>NORTHWEST NATURAL PRODUCTS, INC<br>ATTN ELLEN PONAS/RON RIDDOUT<br>6350 NE CAMPUS DRIVE<br>VANCOUVER WA 98661 | CREDITOR ID: 1664-07<br>NORTHWOOD OAKS LLC PROVIDENCE<br>PO BOX 60608<br>CHARLOTTE, NC 28260-0608 | CREDITOR ID: 542088-BI<br>NORTHWOOD OAKS LLC PROVIDENCE PLAZA<br>PO BOX 60608<br>CHARLOTTE NC 28260-0608 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 410960-15
NORTHWOOD OAKS, LLC
C/O STRADLEY RONON STEVENS ET AL
ATTN MARK J DORVAL, ESQ
2600 ONE COMMERCE SQUARE
PHILADELPHIA PA 19103

CREDITOR ID: 1665-07
NORTHWOOD PLAZA LLC
8302 LAUREL FAIR CIRCLE, STE 100
TAMPA, FL 33610-0637

CREDITOR ID: 542089-BI
NORTHWOOD PLAZA LLC
8302 LAUREL FAIR CIRCLE
STE 100
TAMPA FL 33610

CREDITOR ID: 556700-BC
NORTON, CANDICE
3043 ISLAND COURT
PONTE VEDRA BEACH FL 32082

CREDITOR ID: 389997-54
NORTON, MALCOLM
PO BOX 190
COLEMAN FL 33521

CREDITOR ID: 536728-BA
NORTON, MARY
3805 SUEKER DR.
HARVEY LA 70058

CREDITOR ID: 538527-BA
NORTON, MARY
C/O BRIAN GUILLOT. P. A.
BRIAN GUILLOT. P. A.
1716 APPLE STREET
METAIRIE LA 70001

CREDITOR ID: 404037-15
NORTON, NICOLE
C/O BURNETTI PA
ATTN PHILIP J SLOTNICK, ESQ
9950 PRINCESS PALM AVE, SUITE 101
TAMPA FL 33619

CREDITOR ID: 393118-55
NORTON, SHEENA
C/O BUZZELL, GRAHAM AND WELSH
ATTN STEPHEN M WELSH, ESQ
563 WALNUT STREET
PO BOX 1017
MACON GA 31202-1017

CREDITOR ID: 542090-BI
NORWEGIAN JAKES MOUNTAIN FOOD AND GEAR
4199 MARCY STREET
SUITE 200
WARREN MI 48091

CREDITOR ID: 556701-BC
NORWOOD, BELINDA
211 W MAIN ST
MOBILE AL 36610

CREDITOR ID: 542091-BI
NOTRE DAME HIGH SCHOOL
910 N EASTERN AVE
CROWLEY LA 70526

CREDITOR ID: 395326-63
NOVA INFORMATION SERVICES
ONE CONCOURSE PARKWAY, SUITE 300
ATLANTA, GA 30328

CREDITOR ID: 383131-51
NOVA SCRIPT/PROCARE PBM
6005 WAYZATA BLVD
ST LOUIS PARK, MN 55416

CREDITOR ID: 542092-BI
NOVA SOUTHEASTERN UNIVERSITY
3200 SOUTH UNIVERSITY DRIVE
COLLEGE OF PHARMACY
ATTEN: MARGARET H PEGGY BROWN
FT LAUDERDALE FL 33328

CREDITOR ID: 392498-55
NOVAK, MARILYN YVONNE
C/O SCOTT MARTIN ROTH LAW OFFICE
ATTN SCOTT MARTIN ROTH, ESQ
2500 AIRPORT PULLING RD S, STE 106A
NAPLES FL 34112

CREDITOR ID: 395404-64
NOVAK, PAUL
791 CRANDON, APT 1201
KEY BISCAYNE, FL 33149

CREDITOR ID: 382122-51
NOVAK, PAUL
791 CRANDON BLVD, APT 1201
KEY BISCAYNE, FL 33149

CREDITOR ID: 536729-BA
NOVAK, SUSANE
4844 FLAMINGO DRIVE
ST. JAMES CITY FL 33952

CREDITOR ID: 406126-97
NOVARTIS CONSUMER HEALTH INC
ATTN: JEFFREY J KIPPE, ASSOC DIR
200 KIMBALL DRIVE
PARSIPPANY NJ 07054

CREDITOR ID: 542093-BI
NOVARTIS CONSUMER HEALTH INC
P O BOX 101576
ACCT# 300013349
ATLANTA GA 30392

CREDITOR ID: 279255-35
NOVARTIS CONSUMER HEALTH, INC
C/O KELLEY DRYE & WARREN, LLP
ATTN J CARR & A PAK, ESQS
101 PARK AVENUE
NEW YORK NY 10178

CREDITOR ID: 279255-35
NOVARTIS CONSUMER HEALTH, INC
ATTN JEFFREY J KIPPE
445 STATE STREET
FREMONT MI 49413-0001

CREDITOR ID: 381004-47
NOVARTIS PHARMACEUTICALS CORP
ATTN CECILIA B CASSELLA
PO BOX 751648
CHARLOTTE, NC 28262-1648

CREDITOR ID: 542094-BI
NOVARTIS PHARMACEUTICALS CORPORATION
PO BOX 751648
CHARLOTTE NC 28262-1648

CREDITOR ID: 257476-12
NOVOGEN INC
ONE LANDMARK SQUARE
1177 SUMMER ST
STAMFORD, CT 06905-5572

CREDITOR ID: 385957-54
NOVOTNY, SAVOUN (MINOR)
C/O JENNIFER NOVOTNY
3645 DUNES RD
PALM BEACH GARDENS, FL 33410

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 376433-44<br>NOWELL, LINDA C, BENEFICIARY<br>OF MORRIS M NOWELL<br>2240 STONES THROW DRIVE<br>MURFREESBORO TN 37129 | CREDITOR ID: 407039-MS<br>NOWLAN, GEORGE III<br>3749 CONSTANCIA DRIVE<br>GREEN COVE SPRING FL 32043 | CREDITOR ID: 542095-BI<br>NRG INTERNATIONAL LLC<br>706 FRONT STREET<br>SUITE 2<br>LOUISVILLE CO 80027 |
| CREDITOR ID: 542096-BI<br>NRG INTERNATIONAL LLC<br>706 FRONT STREET<br>SUITE 2<br>LOUISVILLE CO 80207 | CREDITOR ID: 542097-BI<br>NSI SWEETENERS INC<br>3340 DUNDEE RD UNIT 2N-4<br>NORTHBROOK IL 60062 | CREDITOR ID: 257479-12<br>NSI SWEETENERS INC<br>ATTN: PAUL PRZYBYLA, GEN MGR<br>3340 DUNDEE RD UNIT 2N-4<br>NORTHBROOK, IL 60062 |
| CREDITOR ID: 542098-BI<br>NTA ENTERPRISE INC<br>454 MORRIS DRIVE<br>PITTSBURG PA 15216 | CREDITOR ID: 542099-BI<br>NTC MARKETING INC<br>5680 MAIN STREET<br>WILLIAMSVILLE NY 14221 | CREDITOR ID: 542100-BI<br>NTELOS<br>PO BOX 580423<br>CHARLOTTE NC 28258-0423 |
| CREDITOR ID: 542101-BI<br>NU LITE ELEC WHOLESALERS<br>PO BOX 95061<br>NEW ORLEANS LA 70195 | CREDITOR ID: 257481-12<br>NU LITE ELEC WHOLESALERS<br>ATTN RICHARD ZIMMERMAN, CR MGR<br>PO BOX 95061<br>NEW ORLEANS, LA 70195 | CREDITOR ID: 556702-BC<br>NUCCITELLI, JUDITH<br>1201 SW 141ST AVE<br>APT J311<br>PEMBROKE PINES FL 33027 |
| CREDITOR ID: 556703-BC<br>NUCKLEY, ADELLE<br>22 BOCAGE DRIVE<br>DESTREHAN LA 70047 | CREDITOR ID: 556704-BC<br>NUCKLY, MRS.<br>22 BOCAGE DR<br>DESTREHAN LA 70047 | CREDITOR ID: 542105-BI<br>NUCO EXPRESS<br>SOUTHERN COMMERCE BANK/F/A/O<br>NUCO EXPRESS, LLC /PO BOX 26704<br>TAMPA FL 33623-6704 |
| CREDITOR ID: 536730-BA<br>NUGENT, BARBARA<br>3399 PRIDE PORT HUDSON RD<br>ZACHARY LA 70791 | CREDITOR ID: 536731-BA<br>NUNALLY, CYNTHIA<br>1011 NW 8TH STREET, APT. 1<br>HALLANDALE FL 33009 | CREDITOR ID: 538528-BA<br>NUNALLY, CYNTHIA<br>C/O LAWRENCE N. FRESHMAN<br>FRESHMAN, FRESHMAN & TRAITZ, PA<br>9155 S. DADELAND BLVD STE 1014<br>MIAMI FL 33155 |
| CREDITOR ID: 542106-BI<br>NUNEZ BROTHERS<br>9551 NORTHWEST 79TH AVENUE<br>BAY# 12<br>HIALEAH GARDENS FL 33016 | CREDITOR ID: 542107-BI<br>NUNEZ BROTHERS<br>9551 NORTHWEST 79TH AVENUE<br>BAY# 12<br>HIALEAH GARDENS FL 33016 | CREDITOR ID: 391212-55<br>NUNEZ, COLLEEN<br>C/O MORGAN& MORGAN, PA<br>ATTN ELIZABETH GILLHAM, ESQ<br>PO BOX 4979<br>ORLANDO FL 32802-4979 |
| CREDITOR ID: 556705-BC<br>NUNEZ, EARLENE<br>121 CORNERSTONE DR<br>SLIDELL LA 70461 | CREDITOR ID: 403864-94<br>NUNEZ, JESUS A<br>6222 SW 106 AVE<br>MIAMI FL 33173 | CREDITOR ID: 536732-BA<br>NUNEZ, LOLITA<br>2338 NW 35TH STREET<br>MIAMI FL 33142 |
| CREDITOR ID: 538529-BA<br>NUNEZ, LOLITA<br>C/O ROBERT RUBENSTEIN<br>LAW OFFICES OF ROBERT RUBENSTEIN<br>9350 S. DIXIE HWY<br>SUITE 1110<br>MIAMI FL 33156 | CREDITOR ID: 403865-94<br>NUNN, WILLIAM R<br>5604 WOODRIDGE STREET SW<br>HUNTSVILLE AL 35802 | CREDITOR ID: 556706-BC<br>NUNNALLY (MINOR), JAKAYLA<br>4100 BEAR LAKES COURT<br>APT 203<br>WEST PALM BEACH FL 33409 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 556707-BC
NUNNARIE, JANET
3700 BAYOU BLVD.
PENSACOLA FL 32503

CREDITOR ID: 556708-BC
NUNNERY, VALERIE
2925 SUNSET LANDING DRIVE
JACKSONVILLE FL 32226

CREDITOR ID: 257482-12
NU-SAFE FLOOR SOLUTIONS INC
ATTN PATRICIA FISHER, PRES
PO BOX 663
FLORENCE, KY 41022-0663

CREDITOR ID: 542102-BI
NU-SAFE FLOOR SOLUTIONS INC
PO BOX 663
FLORENCE KY 41022-0663

CREDITOR ID: 382619-51
NUSSBAUM, BENNETT L
799 CRANDON BLVD, APT 903
KEY BISCAYNE, FL 33149-2556

CREDITOR ID: 492911-FC
NUSSBAUM, BENNETT L
799 CRANDON BLVD #903
KEY BISCAYNE FL 33149

CREDITOR ID: 377878-45
NUSSBAUM, BENNETT L
C/O WINN DIXIE STORES INC.
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

CREDITOR ID: 542104-BI
NU-TEC ROOFING CONTRACTORS
WACHOVIA BANK NU TEC HOLDING CORP
PO BOX 933153
ATLANTA GA 31193-3153

CREDITOR ID: 542103-BI
NU-TEC ROOFING CONTRACTORS
LOCK BOX 933153
3585 ATLANTA AVENUE
HAPEVILLE GA 30354

CREDITOR ID: 542108-BI
NUTECH FIRE & SECURITY
P O BOX 940250
MAITLAND FL 32794-0250

CREDITOR ID: 533732-CN
NUTMEG INSURANCE CO.
ATTN: LEGAL DEPARTMENT
HARTFORD PLAZA
HARTFORD CT 06115

CREDITOR ID: 542109-BI
NUTRASWEET COMPANY
4119 PAYSHERE CIRCLE
CHICAGO IL 60674

CREDITOR ID: 542111-BI
NUTRISYSTEM, INC
300 WELSH ROAD
BUILDING 1
HORSHAM PA 19044

CREDITOR ID: 542110-BI
NUTRISYSTEM, INC
202 WELSH ROAD
HORSHAM PA 19044

CREDITOR ID: 257497-12
NVE PHARMACEUTICALS
ATTN: ERVING JENSEN
15 WHITEHALL ROAD
ANDOVER, NJ 07821

CREDITOR ID: 542112-BI
NVE PHARMACEUTICALS
15 WHITEHALL ROAD
ANDOVER NJ 07821

CREDITOR ID: 452131-15
NWANKWO, GLORIA C
480 HIRAM WAY
HIRAM GA 30141

CREDITOR ID: 383128-51
NY M'CARE CARD/FIRST HEALTH
4300 COX ROAD
GLEN ALLEN, VA 23060

CREDITOR ID: 381732-15
NYK LOGISTICS (AMERICAS) GST DIV
C/O LAW OFFICES OF PAUL W STEWART
ATTN: PAUL W STEWART, ESQ
8295 TOURNAMENT DRIVE, SUITE 230
MEMPHIS TN 38125

CREDITOR ID: 381732-15
NYK LOGISTICS (AMERICAS) GST DIV
8295 TOURNAMENT DRIVE, SUITE 150
MEMPHIS TN 38125

CREDITOR ID: 542114-BI
NYK LOGISTICS INC
PO BOX 2121
MEMPHIS TN 38159

CREDITOR ID: 542113-BI
NYK LOGISTICS INC
DEPT AT 952154
ATLANTA GA 31192-2154

CREDITOR ID: 403866-94
NYQUIST, MARK
6334 SPINAKER DRIVE
ROCKLEDGE FL 32955

CREDITOR ID: 542115-BI
NYS CHILD SUPPORT PROCESSING CENTER
PO BOX 15363
ALBANY NY 12212-5363

CREDITOR ID: 542116-BI
NYS CORPORATION TAX
PROCESSING UNIT
PO BOX 220494
ALBANY NY 12201-2094

CREDITOR ID: 257177-12
NYSE GROUP, INC, FKA
NEW YORK STOCK EXCHANGE, INC
ATTN IRINA KOGAN-CHAPKO
20 BROAD STREET, 8TH FLOOR
NEW YORK NY 10005

CREDITOR ID: 542118-BI
NYSHESC AWG LOCKBOX
PO BOX 1290
NEWARK NY 07101-1290

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 542117-BI<br>NYSHESC AWG LOCKBOX<br>GPO<br>P O BOX 26444<br>NEW YORK NY 10087-6444 | CREDITOR ID: 384272-47<br>O CEDAR BRANDS INC<br>NEWARK POST OFFICE   BOX 35449<br>USE V# 064313<br>HOUSEHOLD PRODUCTS CO<br>NEWARK NJ 07193-5449 | CREDITOR ID: 542119-BI<br>O E S<br>PO BOX 619002<br>POMPANO BEACH FL 33061-9002 |
| CREDITOR ID: 542120-BI<br>O W DILLION MEMORIAL ELEMENTARY<br>1541 CB TEMPLE RD<br>KENTWOOD LA 70444 | CREDITOR ID: 542123-BI<br>OAK FOREST ACADEMY<br>600 WALNUT ST<br>AMITE LA 70422 | CREDITOR ID: 542124-BI<br>OAK GROVE BAPTIST YOUTH<br>17450 OLD JEFFERSON<br>PRAIRIEVILLE LA 70769 |
| CREDITOR ID: 542125-BI<br>OAK GROVE PRIMARY<br>17550 OLD JEFFERSON HWY<br>PRAIRIEVILLE LA 70769 | CREDITOR ID: 542126-BI<br>OAK GROVE SMOKEHOUSE INC<br>17618 OLD JEFFERSON HWY<br>PRAIRIEVILLE LA 70769-3931 | CREDITOR ID: 542127-BI<br>OAK MOUNTAIN HIGH SCHOOL<br>5476 CALDWELL MILL ROAD<br>BIRMINGHAM AL 35242 |
| CREDITOR ID: 542128-BI<br>OAK PARK ELEMENTARY SCHOOL<br>2230 GOVERNMENT STREET<br>OCEAN SPRINGS MS 39564 | CREDITOR ID: 542129-BI<br>OAK PARK LABORATORY, INC.<br>PO BOX 292<br>SULLIVAN IL 61951-0292 | CREDITOR ID: 257521-12<br>OAK VALLEY MEAT PROCESS<br>PO BOX 85<br>LAVONIA, GA 30553 |
| CREDITOR ID: 542130-BI<br>OAKDALE INVESTORS LP<br>PO BOX 1095<br>GREENWOOD SC 29648-1095 | CREDITOR ID: 2456-07<br>OAKDALE INVESTORS LP<br>PO BOX 1095<br>GREENWOOD, SC 29648-1095 | CREDITOR ID: 411127-15<br>OAKDALE INVESTORS, LP<br>LEATHERWOOD WALKER TODD & MANN, PC<br>ATTN SEANN GRAY TZOUVELEKAS, ESQ<br>PO BOX 87<br>GREENVILLE SC 29602-0087 |
| CREDITOR ID: 411127-15<br>OAKDALE INVESTORS, LP<br>700 MAIN STREET<br>DUNCAN SC 29334 | CREDITOR ID: 556709-BC<br>OAKMAN, GABRIELLE<br>120 SPANISH OAK DR<br>PRATTVILLE AL 36067 | CREDITOR ID: 542131-BI<br>OAKRUN FARMS BAKERY<br>58 CARLUKE ROAD<br>ANCASTER ON L9G 3L1<br>CANADA |
| CREDITOR ID: 542132-BI<br>OAKS SHOPPING CENTER INC<br>181 TIMACUAN BLVD<br>LAKE MARY FL 32746 | CREDITOR ID: 542133-BI<br>OAKS SHOPPING CENTER INC<br>806 E 25TH ST<br>SANFORD FL 32771-4548 | CREDITOR ID: 2457-07<br>OAKS SHOPPING CENTER INC<br>ATTN: TAMERA T PATITUCCI, EXEC VP<br>181 TIMACUAN BLVD<br>LAKE MARY FL 32746 |
| CREDITOR ID: 416842-15<br>OAKS SHOPPING CENTER, INC, THE<br>C/O SANDEFUR COMPANY<br>ATTN STANLEY H SANDEFUR/T PATITUCCI<br>181 TIMACUAN BLVD<br>LAKE MARY FL 32746 | CREDITOR ID: 278933-30<br>OAKSHIRE MUSHROOM SALES LLC<br>PO BOX 388<br>KENNETT SQUARE, PA 19348 | CREDITOR ID: 542134-BI<br>OAKSHIRE SPECIALTY MUSHROOMS<br>PO BOX 388<br>KENNETT SQUARE PA 19348 |
| CREDITOR ID: 542135-BI<br>OAKWOOD CORPORATE HOUSING<br>004217 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 | CREDITOR ID: 257530-12<br>OAKWOOD MECHANICAL SYSTEMS INC<br>PO BOX 724<br>AUBURNDALE FL 33823-0724 | CREDITOR ID: 542136-BI<br>OAKWOOD MECHANICAL SYSTEMS INC<br>PO BOX 724<br>AUBURNDALE FL 33823 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1669-07<br>OAKWOOD VILLAGE ASSOCIATES<br>C/O BRONZE CENTERS<br>ATTN: GLYNDA BLANTON, EXEC VP<br>1853 E PIEDMONT ROAD, SUITE 300<br>MARIETTA GA 30066 | CREDITOR ID: 1669-07<br>OAKWOOD VILLAGE ASSOCIATES<br>C/O ROSEN LAW GROUP, LLC<br>ATTN MITCHELL S ROSEN, ESQ.<br>950 E PACES FERRY ROAD, SUITE 3250<br>ATLANTA GA 30326 | CREDITOR ID: 407761-99<br>OAKWOOD VILLAGE ASSOCIATES<br>C/O ROSEN LAW GROUP LLC<br>ATTN: MITCHELL S ROSEN, ESQ<br>ATLANTA PLAZA, STE 3250<br>950 E PACES FERRYRD<br>ATLANTA GA 30326 |
| CREDITOR ID: 542137-BI<br>OAKWOOD VILLAGE ASSOCIATES<br>C/O BRONZE CENTERS<br>1853 E PIEDMONT RD SUITE 300<br>MARIETTA GA 30066 | CREDITOR ID: 257533-12<br>OASIS STAFFING<br>ATTN JOANN DELUCA<br>4400 N CONGRESS AVENUE, SUITE 150<br>WEST PALM BEACH FL 33407 | CREDITOR ID: 542138-BI<br>OASIS STAFFING<br>LOCKBOX 402439<br>ATLANTA GA 30384-2439 |
| CREDITOR ID: 536733-BA<br>OATES, FAYE<br>PO BOX 1166<br>NEWTON NC 28658 | CREDITOR ID: 538530-BA<br>OATES, FAYE<br>C/O GARY YOUNG<br>STEPHEN L. LOVEKIN AND ASSOCIATES<br>27 FIRST AVE. N.E.<br>HICKORY NC 28601 | CREDITOR ID: 392399-55<br>OATES, THEO<br>C/O AVERA & AVERA<br>ATTN LANCE AVERA, ESQ<br>PO BOX 2519<br>GAINESVILLE FL 32602-2519 |
| CREDITOR ID: 382943-51<br>OATH-A HLTH PLAN FOR ALA, THE<br>TWP PERIMETER PARK S, SUITE 200 W<br>BIRMINGHAM, AL 35243 | CREDITOR ID: 542139-BI<br>OBENOUR ROOFING SHEET METAL CO<br>9301 NE 6TH AVE  STE A101<br>MIAMI SHORES FL 33138 | CREDITOR ID: 542140-BI<br>OBJECT WATCH<br>BEVERLY BAMMEL<br>13359 US HWY 183 NORTH<br>SUITE # 406<br>AUSTIN TX 78750 |
| CREDITOR ID: 406239-G4<br>OBJECTWATCH<br>13359 US HWY 183N, SUITE 406<br>AUSTIN TX 78759 | CREDITOR ID: 536734-BA<br>OBOH, GHANA<br>655 IVES DAIRY RD APT # 406<br>MIAMI FL 33179 | CREDITOR ID: 538531-BA<br>OBOH, GHANA<br>C/O ROBERT J. FENSTERSHEIB<br>ROBERT J. FENSTERSHEIB, P.A.<br>520 WEST HALLANDALE BEACH BLVD<br>HALLANDALE FL 33442 |
| CREDITOR ID: 542121-BI<br>O'BRIEN KIERNAN INVESTMENT CO<br>1255 POST STREET<br>SUITE 950<br>SAN FRANCISCO CA 94109 | CREDITOR ID: 411080-15<br>O'BRIEN KIERNAN INVESTMENT CO ET AL<br>C/O RAY QUINNEY & NEBEKER<br>ATTN STEVEN T WATERMAN, ESQ.<br>36 S STATE ST., STE 1400<br>PO BOX 45385<br>SALT LAKE CITY UT 84145-0385 | CREDITOR ID: 1666-07<br>O'BRIEN KIERNAN INVESTMENT COMPANY<br>1255 POST STREET, SUITE 950<br>SAN  FRANCISCO, CA 94109 |
| CREDITOR ID: 389521-54<br>O'BRIEN, JACQUELINE D<br>C/O BATES & BROWN, PA<br>ATTN C VALENTINE BATES, ESQ<br>1511 NW 6TH STREET<br>GAINESVILLE, FL 32601 | CREDITOR ID: 542141-BI<br>OBRIST AMERICAS INC<br>DEPT CH 14152<br>PALATINE IL 60055-4152 | CREDITOR ID: 392440-55<br>O'BRYAN, ANGELA<br>C/O HATZELL & GROVES<br>ATTN C MICHAEL HATZELL, ESQ<br>704 ONE RIVERFRONT PLAZA<br>LOUISVILLE KY 40202 |
| CREDITOR ID: 542142-BI<br>OBSONO<br>P O BOX  312<br>BAYVILLE NJ 08721 | CREDITOR ID: 257538-12<br>OCALA ELECTRIC UTILITY<br>PO BOX 1330<br>OCALA, FL 34478-1330 | CREDITOR ID: 542143-BI<br>OCALA ELECTRIC UTILITY<br>PO BOX 1330<br>OCALA FL 34478-1330 |
| CREDITOR ID: 2458-07<br>OCALA NORTH SHOPPING CENTER<br>C/O CHARLES WAYNE PROPERTIES, INC<br>ATTN LINDA WHEELER, SR PROP MGR<br>444 SEABREEZE BLVD, STE 1000<br>DAYTONA BEACH FL 32118 | CREDITOR ID: 542145-BI<br>OCALA STAR BANNER<br>PO BOX 915009<br>ORLANDO FL 32891-5009 | CREDITOR ID: 542144-BI<br>OCALA STAR BANNER<br>PO BOX 490<br>OCALA FL 34478 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 257544-12<br>OCCUPATIONAL HEALTH CENTERS<br>OF THE SOUTHWEST PA<br>PO BOX 82730<br>HAPEVILLE, GA 30354-0730 | CREDITOR ID: 542146-BI<br>OCCUPATIONAL HEALTH CENTERS<br>OF THE SOUTHWEST PA<br>PO BOX 82730<br>HAPEVILLE GA 30354-0730 | CREDITOR ID: 257545-12<br>OCCUPATIONAL HEALTH CENTERS OF<br>THE SOUTHWEST PA<br>PO BOX 6068<br>FORT LAUDERDALE, FL 33310-6068 |
| CREDITOR ID: 542147-BI<br>OCCUPATIONAL HEALTH CENTERS OF<br>THE SOUTHWEST PA<br>PO BOX 6068<br>FORT LAUDERDALE FL 33310-6068 | CREDITOR ID: 542148-BI<br>OCCUPATIONAL HEALTH CENTERS OF GA P C<br>PO BOX 82730<br>HAPEVILLE GA 30354-0730 | CREDITOR ID: 381106-47<br>OCCUPATIONAL HEALTH CENTERS OF GA PC<br>PO BOX 82730<br>HAPEVILLE, GA 30354-0730 |
| CREDITOR ID: 542149-BI<br>OCCUPATIONAL HEALTH CENTERS OF LA<br>A PROFESSIONAL CORPORATE<br>PO BOX 75430<br>OKLAHOMA CITY OK 73147-0430 | CREDITOR ID: 542150-BI<br>OCCUPATIONAL HEALTH CENTERS OF THE<br>SOUTHWEST, P.A.<br>PO BOX 82549<br>HAPEVILLE GA 30354-0549 | CREDITOR ID: 542151-BI<br>OCCUPATIONAL MEDICINE CENTER W.J.<br>PO BOX 54694<br>NEW ORLEANS LA 70154-4694 |
| CREDITOR ID: 542152-BI<br>OCCUPATIONAL MEDICINE OF COLUMBUS<br>PO BOX 1776<br>FORTSON GA 31808 | CREDITOR ID: 380965-47<br>OCCUPATIONAL SAFETY & HEALTH ADMIN LABOR<br>US DEPT OF LABOR OFFICE OF THE SOLI<br>61 FORSYTH STREET SW<br>ATLANTA, GA 30303 | CREDITOR ID: 415976-99<br>OCEAN 505 ASSOCIATES, LLC. &<br>C/O SCHNADER, HARRISON, ET AL<br>ATTN: WILLIAM J MAFFUCCI, ESQ<br>1600 MARKET STREET, STE 3600<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 415976-99<br>OCEAN 505 ASSOCIATES, LLC. &<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 415976-99<br>OCEAN 505 ASSOCIATES, LLC. &<br>GRANDECKS ASSOCIATES, LLC<br>C/O ECKSTEIN PROPERTIES LLC, AGENT<br>ATTN SHIMON ECKSTEIN<br>60 BROAD STREET, SUITE 3503<br>NEW YORK NY 10004 | CREDITOR ID: 397097-67<br>OCEAN BANK<br>780 NW 42ND AVENUE, SUITE 600<br>MIAMI, FL 33126 |
| CREDITOR ID: 542154-BI<br>OCEAN BEAUTY SEAFOODS INC<br>1100 W EWING STREET<br>PO BOX 70739<br>SEATTLE WA 98127 | CREDITOR ID: 542153-BI<br>OCEAN BEAUTY SEAFOODS INC<br>110 PRINCE HENRY DRIVE<br>TAUNTON MA 02780 | CREDITOR ID: 542155-BI<br>OCEAN COFFEE COMPANY INC<br>7222 WEST PARK ROAD<br>SHREVEPORT LA 71129 |
| CREDITOR ID: 542157-BI<br>OCEAN DUKE CORP<br>3450 FUJITA STREET<br>TORRANCE CA 90505 | CREDITOR ID: 542156-BI<br>OCEAN DUKE CORP<br>3450 FUJITA STREET<br>TORRANCE CA 90505 | CREDITOR ID: 257557-99<br>OCEAN DUKE CORPORATION<br>NEUFELD, RENNETT & BACH, APC<br>ATTN TIMOTHY NEUFELD<br>360 E SECOND STREET, SUITE 703<br>LOS ANGELES CA 90012 |
| CREDITOR ID: 257557-99<br>OCEAN DUKE CORPORATION<br>ATTN ROGER LIN, COO<br>3450 FUJITA STREET<br>TORRANCE, CA 90505 | CREDITOR ID: 542158-BI<br>OCEAN SPRAY CRANBERRIES INC<br>PO BOX 60157<br>CHARLOTTE NC 28260-0157 | CREDITOR ID: 378298-15<br>OCEAN SPRAY CRANBERRIES, INC<br>ATTN BEVERLY COSTA, CR MGR<br>1 OCEAN SPRAY DR<br>LAKEVILLE MA 02349 |
| CREDITOR ID: 542159-BI<br>OCEAN SPRINGS MEDICAL CENTER<br>3099 BIENVILLE BLVD<br>OCEAN SPRINGS MS 39564 | CREDITOR ID: 257560-12<br>OCEAN SPRINGS MEDICAL CENTER<br>3099 BIENVILLE BLVD<br>OCEAN SPRINGS, MS 39564 | CREDITOR ID: 542160-BI<br>OCEAN SPRINGS MIDDLE SCHOOL<br>P O BOX 7002<br>OCEAN SPRINGS MS 39564 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

CREDITOR ID: 542161-BI
OCEAN SPRINGS RECORD
PO BOX 1650
OCEAN SPRINGS MS 39566

CREDITOR ID: 257562-12
OCEAN SPRINGS RECORD
C/O JC PUBLISHING INC
ATTN JAMES RICKETTS, PRESIDENT
PO BOX 1650
OCEAN SPRINGS, MS 39566

CREDITOR ID: 542162-BI
OCEAN TO OCEAN SEAFOOD LLC
12827 COLLECTIONS CENTER DRIVE
CHICAGO IL 6069312827

CREDITOR ID: 542163-BI
OCEANBOY FARMS INC
2954 AIR GLADES BLVD
CLEWISTON FL 33440

CREDITOR ID: 1670-07
OCEANWAY PLAZA ASSOC LTD
C/O FLETCHER BRIGHT COMPANY
1827 POWERS FERRY ROAD
ATLANTA, GA 30339

CREDITOR ID: 542164-BI
OCEANWAY PLAZA ASSOC LTD
C/O FLETCHER BRIGHT COMPANY
1827 POWERS FERRY ROAD
BUILDING 13
ATLANTA GA 30339

CREDITOR ID: 410526-15
OCEANWAY PLAZA ASSOCS, LTD
C/O MILLER & MARTIN, PLLC
ATTN CATHERINE A HARRISON, ESQ
1170 PEACHTREE STREET NE, STE 800
ATLANTA GA 30309-7706

CREDITOR ID: 382635-51
OCEDAR BRANDS, INC.
505 N RAILROAD AVE
NORTHLAKE, IL 60164

CREDITOR ID: 542165-BI
OCHO RIOS MIAMI INC
2051 NW 15 AVENUE
MIAMI FL 33142

CREDITOR ID: 257567-12
OCHO RIOS MIAMI INC
2051 NW 15 AVENUE
MIAMI, FL 33142

CREDITOR ID: 389292-54
OCHOA, GENEVIEVE
215 FAIRCREST DRIVE
ARLINGTON TX 76018

CREDITOR ID: 542166-BI
OCHSNER CLINIC TANGIPAHOA
41676 VETERANS AVE
HAMMOND LA 70403

CREDITOR ID: 279454-99
OCM OPPORTUNITIES FUND V LP
C/O PAUL WEISS RIFKIND ET AL
ATTN: ALAN W KORNBERG
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6064

CREDITOR ID: 279453-99
OCM OPPORTUNITIES FUND V LP
C/O PAUL WEISS RIFKIND ET AL
ATTN: ALAN W KORNBERG, ESQ
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6064

CREDITOR ID: 279312-99
OCM OPPORTUNITIES FUND V LP
C/O OAKTREE CAPITAL MGMT LLC
ATTN: ALAN S ADLER
333 S GRAND AVE, 28TH FLR
LOS ANGELES CA 90071

CREDITOR ID: 279454-99
OCM OPPORTUNITIES FUND V LP
C/O OAKTREE CAPITAL MANAGEMENT LLC
ATTN: ALAN S ADLER
333 S GRAND AVE 28TH FLR
LOS ANGELES CA 90071

CREDITOR ID: 542167-BI
OCOEE MEDICAL CENTER
10872 W COLONIAL DRIVE
OCOEE FL 34761

CREDITOR ID: 542168-BI
OCONEE FAMILY MEDICINE CENTER PC
800 W THOMAS ST
MILLEDGEVILLE GA 31061

CREDITOR ID: 257572-12
OCONEE FAMILY MEDICINE CENTER PC
800 W THOMAS ST
MILLEDGEVILLE, GA 31061

CREDITOR ID: 542169-BI
OCONEE FAMILY PRACTICE P.A.
12016 N RADIO STATION ROAD
SENECA SC 29678

CREDITOR ID: 257573-12
OCONEE FAMILY PRACTICE PA
ATTN: SUE KIRBY, OFFICE MGR
12016 N RADIO STATION ROAD
SENECA, SC 29678

CREDITOR ID: 542170-BI
OCONEE MEDICAL ASSOCIATES
PO BOX 529
WALHALLA SC 29691

CREDITOR ID: 542171-BI
OCONEE PUBLISHING INC
JOURNAL/TRIBUNE/MESSENGER
PO BOX 547
SENECA SC 29679

CREDITOR ID: 257575-12
OCONEE PUBLISHING INC
DAILY JOURNAL/MESSENGER
ATTN KAREN HARTER, OFF MGR
PO BOX 547
SENECA, SC 29679

CREDITOR ID: 539013-W9
OCONEE PUBLISHING INC
DAILY JOURNAL MESSENGER
ATTN: CATHIE NOWELL
125 EAGLES NEST DRIVE
SENECA SC 29679

CREDITOR ID: 542172-BI
OCONEE REGIONAL MEDICAL
PO BOX 690
MILLEDGEVILLE GA 31059

CREDITOR ID: 536735-BA
O'CONNER, KAREN
24231 LANDING DRIVE
LUTZ FL 33559

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 536736-BA<br>O'CONNOR, VIRGIE<br>1142 COLUMBUS DUNN DR<br>BATON ROUGE LA 70802 | CREDITOR ID: 538532-BA<br>O'CONNOR, VIRGIE<br>C/O JERRARD M. YOUNG, ESQ.<br>JERRARD M YOUNG, ATTORNEY AT LAW<br>5700 FLORIDA BLVD<br>SUITE 710<br>BATON ROUGE LA 70806 | CREDITOR ID: 257576-12<br>OCS SUPERIOR SERVICE<br>ATTN H A HILL, PRES<br>PO BOX 9<br>DEEP RUN NC 28525 |
| CREDITOR ID: 542173-BI<br>OCS SUPERIOR SERVICE<br>P O BOX 9<br>DEEP RUN NC 28525 | CREDITOR ID: 542175-BI<br>OCTAGON GRAPHICS INC<br>PO BOX 45200<br>TAMPA FL 33677 | CREDITOR ID: 542174-BI<br>OCTAGON GRAPHICS INC<br>12890 AUTOMOBILE BLVD<br>SUITE B<br>CLEARWATER FL 33762 |
| CREDITOR ID: 542176-BI<br>OCTS INC<br>230 DOCTORTOWN RD<br>JESUP GA 31545 | CREDITOR ID: 257578-12<br>OCTS INC<br>230 DOCTORTOWN RD<br>JESUP, GA 31545 | CREDITOR ID: 536737-BA<br>ODAM, CHRISTINE<br>712 PREVOST DRIVE<br>HOUMA LA 70364 |
| CREDITOR ID: 241622-12<br>ODLE, ADRIAN O<br>8340 NW 51ST ST<br>LAUDERHILL FL 33351-4930 | CREDITOR ID: 389159-54<br>ODOM, CHARLENE<br>C/O THE LAW OFFICE OF BSE<br>ATTN BENJAMIN S EICHHOLZ, ESQ.<br>PO BOX 10244<br>SAVANNAH GA 31412 | CREDITOR ID: 389159-54<br>ODOM, CHARLENE<br>PO BOX 865<br>WILLISTON, SC 29853-1393 |
| CREDITOR ID: 556711-BC<br>ODOM, CHARLES<br>103 ARROWHEAD DR<br>DOTHAN AL 36301 | CREDITOR ID: 536738-BA<br>ODOM, DELPHINE<br>11232 NW 22ND AVENUE<br>MIAMI FL 33167 | CREDITOR ID: 538533-BA<br>ODOM, DELPHINE<br>C/O ROBERT RUBENSTEIN, ESQ.<br>LAW OFFICES OF ROBERT RUBENSTEIN<br>9350 S. DIXIE HWY<br>SUITE 1110<br>MIAMI FL 33156 |
| CREDITOR ID: 534682-B1<br>ODOM, KEIOSHA<br>326 W VOORHIS AVE<br>DELAND FL 32720 | CREDITOR ID: 407528-15<br>ODOM, KEIOSHA<br>C/O BOGIN MUNNS & MUNNS<br>ATTN MICHAEL H TRUAX, ESQ<br>2601 TECHNOLOGY DRIVE<br>ORLANDO FL 32804 | CREDITOR ID: 403867-94<br>ODOM, TOM F<br>PO BOX 572<br>POPLARVILLE MS 39470 |
| CREDITOR ID: 542178-BI<br>ODOM'S TENNESSEE PRIDE<br>PO BOX 1187<br>MADISON TN 37115-1187 | CREDITOR ID: 257581-12<br>ODOM'S TENNESSEE PRIDE SAUSAGE INC<br>ATTN RONNIE REEVES, CR MGR<br>PO BOX 1187<br>MADISON, TN 37115-1187 | CREDITOR ID: 536739-BA<br>ODOMS, VIRDELL<br>320 4TH TERRACE NORTH<br>BIRMINGHAM AL 35204 |
| CREDITOR ID: 536740-BA<br>ODONNELL, ANGELA<br>10355 PARADISE BLVD., UNIT 415<br>SAINT PETERSBURG FL 33710 | CREDITOR ID: 538534-BA<br>ODONNELL, ANGELA<br>C/O JOSEPH E. GAYTON<br>JOSEPH E. GAYTON<br>116 TREASURE ISLAND CAUSEWAY<br>TREASURE ISLAND FL 33706 | CREDITOR ID: 542179-BI<br>ODUM TELE COMMUNICATIONS INC<br>PO BOX 6610<br>THOMASVILLE GA 31758 |
| CREDITOR ID: 542180-BI<br>ODYSSEY ENTERPRISES INC<br>PO BOX 11626<br>TACOMA WA 98411-6626 | CREDITOR ID: 257586-12<br>ODYSSEY ENTERPRISES INC<br>ATTN PAUL ADAMS, CFO<br>150 NICKERSON STREET, SUITE 300<br>SEATTLE WA 98109 | CREDITOR ID: 257504-12<br>OES<br>PO BOX 619002<br>POMPANO BEACH, FL 33061-9002 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:   05-03817-3F1**

CREDITOR ID: 381777-15
OFFICE DEPOT, INC
ATTN MICHAEL INGRAM, BANKR DEPT
2200 GERMANTOWN RD
DELRAY BEACH FL 33445-8223

CREDITOR ID: 397190-67
OFFICE DEPOT, INC #025
2200 OLD GERMANTOWN ROAD
DELRAY BEACH, FL 33345

CREDITOR ID: 542181-BI
OFFICE ENVIRONMENTS & SERVICES
1524 SAN MARCO BLVD
JACKSONVILLE FL 32207-2923

CREDITOR ID: 257590-12
OFFICE ENVIRONMENTS & SVCS INC
ATTN ZIM BOULOS, PRESIDENT
1524 SAN MARCO BLVD
JACKSONVILLE, FL 32207-2923

CREDITOR ID: 257591-12
OFFICE EQUIPMENT FINANCE SERVICES
PO BOX 790448
ST LOUIS, MO 63179-0448

CREDITOR ID: 542182-BI
OFFICE INNOVATIONS INC
4676-1 DUSK COURT
JACKSONVILLE FL 32207

CREDITOR ID: 257594-12
OFFICE MAX A BOISE COMPANY
PO BOX 101705
ATLANTA, GA 30392-1705

CREDITOR ID: 542183-BI
OFFICE MAX A BOISE COMPANY
PO BOX 101705
ATLANTA GA 30392-1705

CREDITOR ID: 533768-99
OFFICE OF CITY ATTORNEY
ATTN: ALEXANDRA SILVA FANNON, ESQ
ASSISTANT CITY ATTORNEY
900 EAST BROAD ST, RM 300
RICHMOND VA 23219

CREDITOR ID: 397731-62
OFFICE OF FINANCE & TREASURY
UNCLAIMED PROPERTY UNIT
810 1ST STREET NE, ROOM 401
WASHINGTON  DC 20004

CREDITOR ID: 397732-62
OFFICE OF FINANCIAL AFFAIRS
FERNANDEZ JURCUS STATION
P.O. BOX 11855
SAN  JUAN  PR 00910-3855

CREDITOR ID: 533767-99
OFFICE OF HENRICO COUNTY ATTNY
ATTN: RHYSA GRIFFITH SOUTH, ESQ
ASST COUNTY ATTORNEY
PO BOX 27032
RICHMOND VA 23273-7032

CREDITOR ID: 542184-BI
OFFICE OF MOTOR VEHICLES
PO BOX 66614
BATON ROUGE LA 70896

CREDITOR ID: 240612-06
OFFICE OF MOTOR VEHICLES
PO BOX 66614
BATON ROUGE LA 70896

CREDITOR ID: 397309-69
OFFICE OF PUBLIC HEALTH CENTER
PREVENTIVE HEALTH
325 LOYOLA AVENUE, ROOM 406
PO BOX 60630
NEW ORLEANS,  LA 70160

CREDITOR ID: 533769-99
OFFICE OF ROANOKE CNTY ATTNY
ATTN: KATHERINE HOWE JONES, ESQ
ASSISTANT COUNTY ATTORNEY
PO BOX 29800
ROANOKE VA 24018

CREDITOR ID: 542185-BI
OFFICE OF SECRETARY OF STATE
2 MARTIN LUTHER KING JR DRIVE
SUITE 315 WEST TOWER
CORPORATIONS DIVISION
ATLANTA GA 30334-1530

CREDITOR ID: 533766-99
OFFICE OF SENIOR ASST CNTY ATTORNEY
CHESTERFIELD COUNTY
ATTN: MICHAEL S J CHERNAU, ESQ
PO BOX 40
CHESTERFIELD VA 23832

CREDITOR ID: 542186-BI
OFFICE OF STATE FIRE MARSHALL
BOILER INSPECTION SECTION
8181 INDEPENDENCE BLVD
BATON ROUGE LA 70806

CREDITOR ID: 240614-06
OFFICE OF STATE FIRE MARSHALL
BOILER INSPECTION SECTION
8181 INDEPENDENCE BLVD
BATON ROUGE LA 70806

CREDITOR ID: 240613-06
OFFICE OF STATE FIRE MARSHALL
7919 INDEPENDENCE BOULEVARD
BOILER INSPECTION SECTION
BATON ROUGE LA 70806

CREDITOR ID: 397734-62
OFFICE OF STATE TREASURER
UNCLAIMED PROPERTY DIVISION
P.O. BOX 194963
SPRINGFIELD  IL 62794-9496

CREDITOR ID: 397733-62
OFFICE OF STATE TREASURER
ONE PLAYERS CLUB DRIVE
CHARLESTON  WV 25311

CREDITOR ID: 421421-ST
OFFICE OF STATE TREASURER
UNCLAIMED PROPERTY DIVISION
4545 LINCOLN BLVD, STE 106
OKLAHOMA  CITY OK 73105

CREDITOR ID: 542187-BI
OFFICE OF STUDENT FINANCIAL
ASSISTANCE
PO BOX 277412
ATLANTA GA 30384-7412

CREDITOR ID: 269382-99
OFFICE OF THE ATTORNEY GENERAL, FL
ATTN: THE HONORABLE CHARLIE CRIST
THE CAPITOL PL-01
TALLAHASSEE FL 32399-1050

CREDITOR ID: 265207-13
OFFICE OF THE ATTORNEY GENERAL-DC
ATTN ALBERTO GONZALES, ESQ
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENUE NW
WASHINGTON DC 20530-0001

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 265208-13<br>OFFICE OF THE ATTY GENERAL BAHAMAS<br>EAST HILL STREET<br>3D FLOOR POST OFFICE BUILDING<br>PO BOX N 3007<br>NASSAU<br>BAHAMAS | CREDITOR ID: 542188-BI<br>OFFICE OF THE CONSTABLE<br>SECOND CITY COURT<br>225 MORGAN ST<br>NEW ORLEANS LA 70114 | CREDITOR ID: 542189-BI<br>OFFICE OF THE STATE OF MISSISSIPPI<br>PO BOX 136<br>JACKSON MS 39205-0136 |
| CREDITOR ID: 542190-BI<br>OFFICE OF THE TAX COLLECTOR<br>PO BOX 31577<br>CHARLOTTE NC 28231 | CREDITOR ID: 542191-BI<br>OFFICE OF THE UNITED STATES TRUSTEE<br>C/O ALISA HARPER<br>135 W CENTAL BLVD  ROOM 620<br>ORLANDO FL 32801 | CREDITOR ID: 542192-BI<br>OFFICE OF THE US TRUSTEE<br>33 WHITEHALL STREET<br>21ST FLOOR<br>NEW YORK NY 10004 |
| CREDITOR ID: 405901-99<br>OFFICE OF THE US TRUSTEE<br>ATTN: ELENA L ESCAMILLA<br>135 WEST CENTRAL BLVD, RM 620<br>ORLANDO FL 32801 | CREDITOR ID: 278797-99<br>OFFICE OF THE US TRUSTEE - JAX<br>ATTN: KENNETH C MEEKER, ASST US TR<br>135 W CENTRAL BLVD, ROOM 620<br>ORLANDO FL 32801 | CREDITOR ID: 542193-BI<br>OFFICE OF WORKERS COMPENSATION<br>1001 NORTH 23RD STREET<br>BATON ROUGE LA 70802 |
| CREDITOR ID: 542194-BI<br>OGEECHEE RIVER MILLS<br>4745 REYNOLDS<br>WARRENTON GA 30828 | CREDITOR ID: 257607-12<br>OGEECHEE RIVER MILLS<br>4745 REYNOLDS<br>WARRENTON, GA 30828 | CREDITOR ID: 542195-BI<br>OGLETREE DEAKINS NASH<br>SMOAK & STEWART LLP -  ATLANTA<br>600 PEACHTREE ST NE STE 2100<br>ATLANTA GA 30308 |
| CREDITOR ID: 393287-55<br>OGLETREE, DOROTHY<br>C/O SPRINGER LAW FIRM<br>ATTN STEWART SPRINGER, ESQ<br>PO BOX 11505<br>BIRMINGHAM AL 35202 | CREDITOR ID: 393287-55<br>OGLETREE, DOROTHY<br>4 TENTH COURT NORTH<br>BIRMINGHAM AL 35204 | CREDITOR ID: 536741-BA<br>OGLETREE, RAYMOND<br>P. O. BOX 1382<br>ORANGE BEACH AL 36561 |
| CREDITOR ID: 556712-BC<br>O'GWIN, ALICE<br>810 8TH AVE NORTH<br>JACKSONVILLE FL 32225 | CREDITOR ID: 400334-85<br>O'HARA, SHARA<br>C/O CHRISTOPHER WEDDLE, LAW OFFICE<br>ATTN CHRISTOPHER WEDDLE, ESQ<br>3701 CANAL STREET, SUITE 123<br>NEW ORLEANS LA 70119 | CREDITOR ID: 542196-BI<br>OHIO BUREAU OF EMPLOYMENT SER<br>145 S FRONT ST<br>PO BOX 923<br>COLUMBUS OH 43216-0923 |
| CREDITOR ID: 410880-15<br>OHIO CASUALTY COMPANY, THE<br>C/O MANIER & HEROD, PC<br>ATTN J MICHAEL FRANKS, ESQ<br>2200 ONE NASHVILLE PLACE<br>150 FOURTH AVENUE NORTH<br>NASHVILLE TN 37219 | CREDITOR ID: 405895-99<br>OHIO CASUALTY INSUR CO, THE<br>C/O HEDRICK DEWBERRY ET AL<br>ATTN: JEFFREY C REGAN<br>50 NORTH LAURA ST, STE 1600<br>JACKSONVILLE FL 32202 | CREDITOR ID: 403545-99<br>OHIO CASUALTY INSURANCE CO<br>C/O MANIER & HEROD<br>ATTN J FRANKS/T PENNINGTON/M COLLI<br>150 FOURTH AVE N, STE 2200<br>NASHVILLE TN 37219-2494 |
| CREDITOR ID: 406146-15<br>OHIO CASUALTY INSURANCE CO, THE<br>C/O MANIER & HEROD<br>ATTN J FRANKS/T PENNINGTON, ESQS<br>150 FOURTH AVE N, SUITE 2200<br>NASHVILLE TN 37219-2494 | CREDITOR ID: 257612-12<br>OHIO CASUALTY INSURANCE COMPANY<br>9450 SEWARD RD<br>FAIRFIELD OH 45014-5456 | CREDITOR ID: 542197-BI<br>OHIO CHILD SUPPORT PAYMENT CENTRAL<br>P O BOX 182394<br>COLUMBUS OH 43218 |
| CREDITOR ID: 542198-BI<br>OHIO DEPARTMENT OF TAXATION<br>PO BOX 444<br>COLUMBUS OH 43216-0444 | CREDITOR ID: 542199-BI<br>OHIO DEPT OF JOB AND FAMILY SERVICES<br>PO BOX 182367<br>COLUMBUS OH 43218-2367 | CREDITOR ID: 383124-51<br>OHIO MEDICAID<br>30 EAST BROAD STREET<br>COLUMBUS, OH 43266-0423 |

SERVICE LIST

Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:   05-03817-3F1**

CREDITOR ID: 315883-40
OHIO NATIONAL LIFE INSURANCE CO.
C/O PRESTON MORTGAGE CORP
5215 N O'CONNOR ROAD, SUITE 200
IRVING, TX 75039

CREDITOR ID: 542200-BI
OHIO SECRETARY OF STATE
PO BOX 1028
COLUMBUS OH 43216

CREDITOR ID: 395484-64
OHIO STATE LOTTERY COMMISSION
615 W SUPERIOR AVENUE
CLEVELAND, OH 44113

CREDITOR ID: 542201-BI
OHM LABORATORIES
PO BOX 404647
ATLANTA GA 30384-4647

CREDITOR ID: 542203-BI
OIL DRI CORP OF AMERICA
P O BOX  95980
CHICAGO IL 60694-5980

CREDITOR ID: 542202-BI
OIL DRI CORP OF AMERICA
P O BOX  95980
CHICAGO IL 60694-5980

CREDITOR ID: 257621-12
OIL DRI CORP OF AMERICA
PO BOX  95980
CHICAGO, IL 60694-5980

CREDITOR ID: 403868-94
OJO, PATRICK
3791 NW 78 TH AVE
HOLLYWOOD FL 33024

CREDITOR ID: 542204-BI
OK FEED AND SUPPLY INC
22801 SW 177TH AVENUE
MIAMI FL 33176

CREDITOR ID: 542205-BI
OKALOOSA COUNTY GAS DIST
PO BOX 548
VALPARAISO FL 32580-0548

CREDITOR ID: 542206-BI
OKALOOSA COUNTY TAX COLLECTOR
PO BOX 1387
NICEVILLE FL 32588-1387

CREDITOR ID: 542207-BI
OKALOOSA COUNTY WATER
1804 LEWIS TURNER BLVD #300
FT WALTON BEACH FL 32547

CREDITOR ID: 542208-BI
OKALOOSA PUBLISHING INC
NEWS BULLETIN/NEWS EXTRA
6629 ELVA STREET
MILTON FL 32570

CREDITOR ID: 542209-BI
OKALOOSA PUBLISHING INC NEWS BULLETIN
NEWS EXTRA
295 W JAMES LEE BLD
CRESTVIEW FL 32536

CREDITOR ID: 542210-BI
OKEECHOBEE HOSPITAL
DBA RAULERSON HOSPITAL
PO BOX 1307
OKEECHOBEE FL 34973

CREDITOR ID: 542211-BI
OKEECHOBEE UTILITY
PO BOX 835
OKEECHOBEE FL 34973-0835

CREDITOR ID: 244851-12
OKEECHOBEE, FL TAX COLLECTOR
CELESTE SMITH
307 NW 5TH AVENUE, #B
OKEECHOBEE FL 34972

CREDITOR ID: 391912-55
O'KELLY, NICOLE MICHELLE
C/O PELHAM & ANDREWS
ATTN RANDY VINCENT PELHAM, ESQ
2520 BARRINGTON CIR
TALLAHASSEE FL 32308

CREDITOR ID: 542212-BI
OKLAHOMA CENTRALIZED SUPPORT
REGISTRY
PO BOX 268809
OKLAHOMA CITY OK 73126-8809

CREDITOR ID: 542213-BI
OKLAHOMA GUARANTEED STUDENT
LOAN PROGRAM
PO BOX 3010
OKLAHOMA CITY OK 73101-3010

CREDITOR ID: 383123-51
OKLAHOMA MEDICAID
4545 NORTH LINCOLN BLVD, SUITE 124
OKLAHOMA CITY, OK 73154

CREDITOR ID: 542214-BI
OKLAHOMA SECRETARY OF STATE
2300 N LINCOLN BLVD ROOM 101
STATE CAPITAL BUILDING
OKLAHOMA CITY OK 73105-4897

CREDITOR ID: 388794-54
OKPALAEZE, UZOAMAKA
C/O PIUS A OBIOHA & ASSOCIATES, LLC
ATTN PIUS A OBIOHA, ESQ
1550 N BROAD STREET
NEW ORLEANS LA 70119

CREDITOR ID: 388794-54
OKPALAEZE, UZOAMAKA
7830 PARRY STREET
NEW ORLEANS, LA 70128

CREDITOR ID: 536742-BA
OLANDER, EMILY
500 AVALON, APT. 1503
BRANDON MS 39047

CREDITOR ID: 403869-94
OLAYINKA, ADETAYO O
3373 STERLING LAKE CIRCLE
OVIEDO FL 32765

CREDITOR ID: 403870-94
OLAZAGASTI, MARIA F
2278 STONEHEDGE LOOP
KISSIMMEE FL 34743

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1671-RJ<br>OLD 97, INC<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242 | CREDITOR ID: 542215-BI<br>OLD DOMINION FREIGHT LINE<br>PO BOX 60908<br>CHARLOTTE NC 28260-0001 | CREDITOR ID: 257641-12<br>OLD DOMINION FREIGHT LINE<br>ATTN PAT BARKER, LEGAL COLL MGR<br>PO BOX 60908<br>CHARLOTTE, NC 28260-0001 |
| CREDITOR ID: 397660-72<br>OLD DOMINION FREIGHT LINE INC.<br>500 OLD DOMINION WAY<br>THOMASVILLE, NC 27360 | CREDITOR ID: 542216-BI<br>OLD DOMINION PEANUT CORP<br>208 WEST 24TH STREET<br>NORFOLK VA 23517 | CREDITOR ID: 542217-BI<br>OLD FIELD LANDING (CRABS)<br>JAMES C CLARK<br>4106 JULINGTON CREEK<br>JACKSONVILLE FL 32223 |
| CREDITOR ID: 542218-BI<br>OLD KINGS HIGHWAY ASSOC<br>HHH MANAGEMENT INC<br>PO BOX 273760<br>BOCA RATON FL 33427-3760 | CREDITOR ID: 1672-07<br>OLD KINGS HIGHWAY ASSOCIATION<br>HHH MANAGEMENT INC<br>PO BOX 273760<br>BOCA RATON, FL 33427-3760 | CREDITOR ID: 542221-BI<br>OLD LONDON FOODS<br>PO BOX 5339<br>NEWYORK NY 10087 |
| CREDITOR ID: 542220-BI<br>OLD LONDON FOODS<br>4113 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 | CREDITOR ID: 542219-BI<br>OLD LONDON FOODS<br>1795 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 | CREDITOR ID: 533692-CN<br>OLD REPUBLIC INSURANCE CO<br>ATTN LEGAL DEPARTMENT<br>PO BOX 789<br>GREENSBURG PA 15601 |
| CREDITOR ID: 542222-BI<br>OLD WORLD INDUSTRIES<br>PO BOX 96739<br>CHICAGO IL 60693 | CREDITOR ID: 542223-BI<br>OLDCASTLE GREENLEAF INC<br>PO BOX 317<br>HAINES CITY FL 33845 | CREDITOR ID: 392468-55<br>OLDHAM, CAROL<br>C/O GAUDIN & GAUDIN<br>ATTN PIERRE F GAUDIN, ESQ<br>1088 FOURTH STREET<br>GRETNA LA 70053 |
| CREDITOR ID: 257647-12<br>OLDS PRODUCTS<br>35006 EAGLE WAY<br>CHICAGO, IL 60678-1350 | CREDITOR ID: 542224-BI<br>OLDS PRODUCTS CO THE<br>35006 EAGLE WAY<br>CHICAGO IL 60678-1350 | CREDITOR ID: 542225-BI<br>OLE MEXICAN FOODS INC<br>6585 CRESCENT DR<br>NORCROSS GA 30071 |
| CREDITOR ID: 257648-12<br>OLE MEXICAN FOODS INC<br>6585 CRESCENT DR<br>NORCROSS, GA 30071 | CREDITOR ID: 391246-55<br>OLEA, ROBERT<br>C/O THE COCHRAN FIRM<br>ATTN DOUGLAS J FEES, ESQ<br>PO BOX 508<br>HUNTSVILLE AL 35804 | CREDITOR ID: 452484-99<br>OLEA, ROBERT & SAMANTHA<br>C/O BENTON & CENTENO LLP<br>ATTN: L BENTON & C S BALL, ESQS<br>2019 THIRD AVENUE NORTH<br>BIRMINGHAM AL 35203 |
| CREDITOR ID: 542226-BI<br>OLFACTORY CORP<br>PO BOX 2010<br>OXNARD CA 93034-2010 | CREDITOR ID: 556713-BC<br>OLIPHANT (MINOR), DASHONA<br>3124 N.W. 19TH ST<br>APT 104<br>FORT LAUDERDALE FL 33311 | CREDITOR ID: 393648-55<br>OLIPHANT, ELSIE<br>C/O KENNEDY LAW GROUP<br>ATTN JOHN MALKOVSKI, ESQ<br>5100 W. KENNEDY BLVD, SUITE 101<br>TAMPA FL 33609 |
| CREDITOR ID: 390580-55<br>OLIVA, REGLA<br>C/O MUSTELL & BORROW<br>ATTN BRETT L BORROW, ESQ<br>4100 NE 2ND AVENUE, SUITE 202<br>MIAMI FL 33137 | CREDITOR ID: 536743-BA<br>OLIVARES, MARIA<br>510 UNION ST<br>FORT WALTON BEACH FL 32547 | CREDITOR ID: 542227-BI<br>OLIVER PRODUCTS COMPANY<br>P O BOX 78000   DEPT 78218<br>DETROIT MI 48278-0218 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

CREDITOR ID: 405297-95
OLIVER PRODUCTS COMPANY
ATTN LISA SHEFFBUCH CREDIT MGR
445 SIXTH ST
GRAND RAPIDS MI 49504-5298

CREDITOR ID: 381693-47
OLIVER, BETTY
515 FOREST DRIVE
HAVANA FL 32333

CREDITOR ID: 400280-85
OLIVER, CURTIS
C/O JAMES A JOHNSON, PC
ATTN HENDRIK S SNOW, ESQ
21 N FLORIDA STREET
MOBILE AL 36607

CREDITOR ID: 407042-MS
OLIVER, DONALD
1109 THOMWALL STREET
VALDOSTA GA 31602

CREDITOR ID: 393588-55
OLIVER, MERCEDES
C/O LAW OFFICES OF E PASTOR PA
ATTN EMILIO PASTOR, ESQ
201 ALHAMBRA CIRCLE, STE 502
MIAMI FL 33134

CREDITOR ID: 381518-47
OLIVER, MICHAEL
3800 GALT OCEAN DRIVE, APT 604
FT LAUDERDALE, FL 33308

CREDITOR ID: 556715-BC
OLIVER, PAMELA
519 LONGBOW DRIVE
ALBANY GA 31705

CREDITOR ID: 536744-BA
OLIVER, PETER
424 OLD RIVER RD
MANSURA LA 71350

CREDITOR ID: 536338-BA
OLIVER, ROBIN
100 GRAND JUNCTION BLVD.
ORLANDO FL 32835

CREDITOR ID: 538535-BA
OLIVER, ROBIN
C/O JAMES T. LYNCH, ESQ.
MORGAN & MORGAN
PO BOX 4979
ORLANDO FL 32802-4979

CREDITOR ID: 556714-BC
OLIVER, TREMISHA
421 LELAND ST
JACKSONVILLE FL 32254

CREDITOR ID: 556716-BC
OLIVERA, DAWN
3619 NW 207TH
APT 2103
AVENTURA FL 33180

CREDITOR ID: 536339-BA
OLIVIA, SANDRA
27001 SW 144 AVE
NARANJA FL 33032

CREDITOR ID: 536340-BA
OLIVIEN, ISADORA
231 DAWN CT.
KISSIMMEE FL 34743

CREDITOR ID: 452468-99
OLIVIERI, AGNES
C/O KELLEY & FULTON PA
ATTN: CRAIG I KELLEY, ESQ
1665 PALM BEACH LAKES BLVD
THE FORUM, STE 1000
WEST PALM BEACH FL 33401

CREDITOR ID: 392173-55
OLIVIERI, AGNES
C/O LAURI J. GOLDSTEIN, PA
ATTN LAURI J GOLDSTEIN, ESQ
PO BOX 1965
PALM CITY FL 34991

CREDITOR ID: 542229-BI
OLIVIO PREMIUM PRODUCTS
PO BOX 3632
BOSTON MA 02241

CREDITOR ID: 403871-94
OLLAR, EDWARD
4765 MANDARIN ST DR N
JACKSONVILLE FL 32257

CREDITOR ID: 542230-BI
OLLIE HARRELL'S TIRE SERVICE
2394 ROSS CLARK CIRCLE
DOTHAN AL 36301

CREDITOR ID: 556718-BC
OLMO, MIGUEL
7431 LITTLE POND CORT
ORLANDO FL 32810

CREDITOR ID: 385921-54
OLOPADE, VICKI
2856 CORTEZ RD
JACKSONVILLE, FL 32246

CREDITOR ID: 385921-54
OLOPADE, VICKI
C/O J SCOTT NOONEY & ASSOCIATES
ATTN J SCOTT NOONEY, ESQ
3535 HENDRICKS AVENUE
JACKSONVILLE FL 32207

CREDITOR ID: 407043-MS
OLSEN, DEBORAH A
4833 LOFTY PINE CIRCLE E
JACKSONVILLE FL 32210

CREDITOR ID: 536341-BA
OLTMAN, SHIRLEY
168 MARION OAKS GOLF WAY
OCALA FL 34473

CREDITOR ID: 397345-15
OLYMEL SEC/LP
ATTN MICHELINE COTE, DIR OF CORP CR
700 CROISETIERE
IBERVILLE QC J2X 4H7
CANADA

CREDITOR ID: 399691-YY
OLYMPIA SUPPLY COMPANY
PO BOX 3490
BURBANK CA 91508

CREDITOR ID: 556719-BC
OMALLEY, ELIZABETH
3903 NORTHRIDGE DRIVE
VALRICO FL 33594

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 542235-BI<br>OMAR SMITH<br>355 GRAY STREET<br>JARRATT VA 23867 | CREDITOR ID: 257665-12<br>OMEGA IMPORTS INC<br>ATTN EDUARDO PEREIRA, PRES<br>10375 SW 25 STREET<br>MIAMI, FL 33165 | CREDITOR ID: 542236-BI<br>OMEGA IMPORTS INC<br>10375 S.W. 25 STREET<br>MIAMI FL 33165 |
| CREDITOR ID: 257666-12<br>OMEGA INTERCONTINENTAL INC<br>7440 SW 50TH TERRACE, SUITE 103<br>MIAMI, FL 33155 | CREDITOR ID: 542238-BI<br>OMEGA INTERCONTINENTAL INC<br>7440 SW 50TH TERRACE<br>SUITE 103<br>MIAMI FL 33155 | CREDITOR ID: 542237-BI<br>OMEGA INTERCONTINENTAL INC<br>5000 SW 75TH AVENUE<br>STE #116<br>MIAMI FL 33155 |
| CREDITOR ID: 542241-BI<br>OMI INTERNATIONAL INC<br>C/O RETALIX USA<br>6100 TENNYSON PARKWAY<br>SUITE 150<br>PLANO TX 75024 | CREDITOR ID: 542240-BI<br>OMI INTERNATIONAL INC<br>6100 TENNYSON PARKWAY<br>SUITE 150<br>PLANO TX 75024 | CREDITOR ID: 395518-64<br>OMI INTERNATIONAL, INC.<br>6100 TENNYSON PARKWAY, SUITE 150<br>PLANO, TX 75024 |
| CREDITOR ID: 395469-64<br>OMI INTERNATIONAL, INC.<br>300 N COIT ROAD, 12TH FLORIDA<br>RICHARDSON, TX 75080 | CREDITOR ID: 542242-BI<br>OMNI CART SERVICES INC<br>P O BOX 366<br>MENTOR OH 44061 | CREDITOR ID: 257669-12<br>OMNI CART SERVICES INC<br>ATTN KEITH WOOLF/HEIDI S PERLO<br>PO BOX 366<br>MENTOR, OH 44061 |
| CREDITOR ID: 395699-65<br>OMNI CART SERVICES, INC.<br>PO BOX 366<br>MENTOR, OH 44061 | CREDITOR ID: 383120-51<br>OMNISYS INC<br>2824 TERRELL ROAD, SUITE 602<br>GREENVILLE, TX 75403 | CREDITOR ID: 542243-BI<br>ON A ROLL TRUCKING INC<br>100 LEXINGTON DRIVE<br>SUITE 202<br>BUFFALO GROVE IL 60689 |
| CREDITOR ID: 542244-BI<br>ON IDEAS INC<br>6 EAST BAY STREET<br>SUITE #100<br>JACKSONVILLE FL 32202 | CREDITOR ID: 542245-BI<br>ON IDEAS LTD<br>122 LAKE JULIA DRIVE NORTH<br>PONTE VEDRA FL 32082 | CREDITOR ID: 542246-BI<br>ON SITE COMMUNICATIONS INC<br>350 ELDRIDGE AVENUE<br>SUITE 2<br>ORANGE PARK FL 32073 |
| CREDITOR ID: 542247-BI<br>ON SITE SHRED LLC<br>273 HEIN DRIVE<br>GARNER NC 27529 | CREDITOR ID: 542248-BI<br>ON SITE WHEEL ALIGNMENT OF FLORIDA<br>PO BOX 720477<br>ATLANTA GA 30358-2477 | CREDITOR ID: 257678-12<br>ON SITE WHEEL ALIGNMENT OF FLORIDA<br>PO BOX 720477<br>ATLANTA GA 30358-2477 |
| CREDITOR ID: 257679-12<br>ON SITE WHEEL ALIGNMENT OF FLORIDA<br>PO BOX 720477<br>ATLANTA, GA 30358-2477 | CREDITOR ID: 381957-15<br>ON THE GO HOSIERY, INC<br>ATTN ANTHONY L SMITH, PRES<br>4264 WINTERS CHAPEL RD, BLDG B<br>ATLANTA GA 30360 | CREDITOR ID: 556720-BC<br>ONA, RUTH<br>18201 NW 73RD AVE<br>#108<br>HIALEAH FL 33015 |
| CREDITOR ID: 541826-BI<br>ON-COR FROZEN FOOD<br>627 LANDWEHR RD<br>NORTHBROOK IL 60062 | CREDITOR ID: 541825-BI<br>ON-COR FROZEN FOOD<br>38117 EAGLE WAY<br>CHICAGO IL 60678-1381 | CREDITOR ID: 382058-36<br>ON-COR FROZEN FOODS, LLC<br>ATTN WILLIAM SHEREOS, CREDIT MGR<br>627 LANDWEHR RD<br>NORTHBROOK IL 60062 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 541828-BI<br>ONE BY ONE LAWN SERVICE<br>1329 FIFTH STREET<br>C/O WANDA FOSS<br>CLERMONT FL 34711 | CREDITOR ID: 541829-BI<br>ONE HOUR CLEANER<br>211 E. CHARLES STREET<br>HAMMOND LA 70401 | CREDITOR ID: 541830-BI<br>ONE IN CHRIST ACADEMY<br>4201 E JUDGE PEREZ DRIVE<br>MERAUX LA 70075 |
| CREDITOR ID: 541832-BI<br>ONE LIGHT HOME INC<br>PO BOX 5513<br>THIBODAUX LA 70302 | CREDITOR ID: 541831-BI<br>ONE LIGHT HOME INC<br>1637 INDEPENDENCE STREET<br>NEW ORLEANS LA 70117 | CREDITOR ID: 542122-BI<br>O'NEAL ROOFING CO INC<br>PO BOX 2166<br>LAKE CITY FL 32056-2166 |
| CREDITOR ID: 541833-BI<br>ONEAL SCIENTIFIC SERVICE<br>6652 GRAVOIS AVE<br>ST LOUIS MO 63116-1126 | CREDITOR ID: 541834-BI<br>ONEAL STEEL INC<br>PO BOX 100558<br>ATLANTA GA 30384-0001 | CREDITOR ID: 257687-12<br>O'NEAL STEEL, INC<br>ATTN MARIA SULLIVAN, CR MGR<br>PO BOX 11508<br>MOBILE AL 36671 |
| CREDITOR ID: 269649-19<br>O'NEAL, BETTY<br>ATTN LEAH SIMMS, ESQ<br>801 NE 167TH STREET<br>N MIAMI BEACH FL 33162 | CREDITOR ID: 390880-55<br>ONEAL, GAIL M<br>C/O LAW OFFICES OF FRANK P VERDI<br>ATTN FRANK P VERDI, ESQ<br>18550 N DALE MABRY HWY<br>LUTZ FL 33548 | CREDITOR ID: 536342-BA<br>ONEAL, JAZZMINE<br>304 SOUTH BASSEDENA CIR<br>LAKELAND FL 33805 |
| CREDITOR ID: 538536-BA<br>ONEAL, JAZZMINE<br>C/O JOHN P. BERKE, ESQ.<br>BURNETTI, P.A.<br>211 SOUTH FLORIDA AVENUE<br>LAKELAND FL 33801-4261 | CREDITOR ID: 393221-55<br>O'NEAL, SANDRA<br>C/O WINSTON & CLARK, PA<br>ATTN BRADLEY WINSTON, ESQ<br>8211 W BROWARD BLVD, SUITE 420<br>PLANTATION FL 33324 | CREDITOR ID: 398917-78<br>O'NEAL, WILLIAM E<br>2101 RAY THORINGTON ROAD<br>PIKE RD, AL 36064 |
| CREDITOR ID: 408411-15<br>O'NEAL, WILLIE<br>C/O FOY & ASSOCIATES, PC<br>ATTN JOHN M FOY, ESQ<br>3343 PEACHTREE ROAD, SUITE 350<br>ATLANTA GA 30326 | CREDITOR ID: 556721-BC<br>O'NEIL, CLAUDETTE<br>5501 CITRUS BLVD.<br>HARAHAN LA 70123 | CREDITOR ID: 416785-L1<br>O'NEIL, LOU E<br>C/O DONALD L MAYEUX, PA<br>ATTN DONALD L MAYEUX, ESQ<br>211 N SECOND STREET<br>PO BOX 1460<br>EUNICE LA 70535 |
| CREDITOR ID: 2073-07<br>O'NEILL, BARRY F<br>C/O ROSEN LAW GROUP, LLC<br>ATTN MITCHELL S ROSEN, ESQ.<br>950 E PACES FERRY ROAD, SUITE 3250<br>ATLANTA GA 30326 | CREDITOR ID: 2073-07<br>O'NEILL, BARRY F<br>C/O COLUMBIA PROPERTIES, INC<br>ATTN JOAN LAWSON<br>BUILDING 1478, SUITE 200<br>1355 TERRELL MILL ROAD<br>MARIETTA GA 30067 | CREDITOR ID: 556722-BC<br>ONLAND, JOHN<br>1602 PINEHURST DR.<br>LADY LAKE FL 32159 |
| CREDITOR ID: 556723-BC<br>ONOFREY, DANIEL<br>137 CYPRESS LAKES LANE<br>SLIDELL LA 70458 | CREDITOR ID: 541835-BI<br>ONONDAGA COUNTY SCU<br>PO BOX 15331<br>ALBANY NY 12212-5331 | CREDITOR ID: 403872-94<br>ONORI, ENDURANCE<br>4103 DAKOTA PLACE<br>PALM BEACH GARDENS FL 33418 |
| CREDITOR ID: 400440-15<br>ONSLOW CONTAINER SERVICE, INC<br>ATTN H A HILL, PRES<br>PO BOX 9<br>DEEP RUN NC 28525 | CREDITOR ID: 541836-BI<br>ONYEKACHI N NWAGERUE<br>PO BOX 9512<br>TAVERNIER FL 33070 | CREDITOR ID: 541840-BI<br>ONYX WASTE SERVICES<br>8416 INNOVATION WAY<br>CHICAGO IL 69682 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 541839-BI<br>ONYX WASTE SERVICES<br>8205 INNOVATION WAY<br>CHICAGO IL 60682 | CREDITOR ID: 541838-BI<br>ONYX WASTE SERVICES<br>8187 INNOVATION WAY<br>CHICAGO IL 60682-0081 | CREDITOR ID: 257696-12<br>ONYX WASTE SERVICES<br>8416 INNOVATION WAY<br>CHICAGO, IL 69682 |
| CREDITOR ID: 257695-12<br>ONYX WASTE SERVICES<br>8205 INNOVATION WAY<br>CHICAGO, IL 60682 | CREDITOR ID: 257694-12<br>ONYX WASTE SERVICES<br>ATTN KRISTIN GRIFFITH, CREDIT/COLL<br>8187 INNOVATION WAY<br>CHICAGO, IL 60682-0081 | CREDITOR ID: 541841-BI<br>ONYX WASTE SERVICES LLC<br>135 SOUTH LASALLE<br>DEPT 8229<br>CHICAGO IL 60674-8173 |
| CREDITOR ID: 407044-MS<br>OOSTIN, KENNETH<br>4412 HOLLOWAY MEADOW LN<br>PLANT CITY  FL 33567-1687 | CREDITOR ID: 541842-BI<br>OPA GRAPHICS INC<br>PO BOX 50398<br>NEW ORLEANS LA 70150 | CREDITOR ID: 257701-12<br>OPA GRAPHICS INC<br>ATTN PETER BARR, VP<br>PO BOX 50398<br>NEW ORLEANS, LA 70150 |
| CREDITOR ID: 382354-51<br>OPASINSKI, JOHN<br>1551 SOUTH 1ST STREET, SUITE 202<br>JACKSONVILLE BEACH, FL 32250 | CREDITOR ID: 541843-BI<br>OPELIKA WATER WORKS BOARD<br>P O BOX 2587<br>OPELIKA AL 36803-2587 | CREDITOR ID: 239871-06<br>OPELIKA, AL JUDGE OF PROBATE<br>BILL ENGLISH<br>PO BOX 2266<br>OPELIKA AL 36803-2266 |
| CREDITOR ID: 541844-BI<br>OPELOUSAS CATHOLIC SCHOOL<br>415 E PRUDHOMME LANE<br>OPELOUSAS LA 70570 | CREDITOR ID: 245485-12<br>OPELOUSAS LA CITY CLERK<br>TAX COLLECTOR<br>PROPERTY TAX<br>PO BOX 1879<br>OPELOUSAS LA 70571-0712 | CREDITOR ID: 395700-65<br>OPELOUSAS SWEEPERS<br>PO BOX 803<br>OPELOUSAS, LA 70571 |
| CREDITOR ID: 541845-BI<br>OPELOUSAS SWEEPING SERVICE<br>PO BOX 803<br>OPELOUSAS LA 70571 | CREDITOR ID: 257706-12<br>OPELOUSAS SWEEPING SERVICE<br>PO BOX 803<br>OPELOUSAS, LA 70571 | CREDITOR ID: 382939-51<br>OPEN PHARMACY NETWORK, THE<br>369 BILL MITCHELL ROAD<br>SALT LAKE CITY, UT 84111 |
| CREDITOR ID: 541846-BI<br>OPIS ENERGY GROUP<br>PO BOX 9407<br>GAITHERSBURG MD 20898-9407 | CREDITOR ID: 257711-12<br>OPIS ENERGY GROUP<br>ATTN: SUSANNA GILL<br>PO BOX 9407<br>GAITHERSBURG, MD 20898-9407 | CREDITOR ID: 407498-93<br>OPIS ENERGY GROUP<br>ATTN SUSANNA GILL, COLL ANALYST<br>11300 ROCKVILLE PIKE, # 1100<br>ROCKVILLE MD 20852 |
| CREDITOR ID: 541847-BI<br>OPP MUNICIPAL COURT<br>PO BOX 610<br>OPP AL 36467 | CREDITOR ID: 257715-12<br>OPP NEWS<br>ATTN RANDY PEBWORTH, PUBLISHER<br>PO BOX 870<br>OPP, AL 36467-0870 | CREDITOR ID: 533562-DT<br>OPPENHEIMER & CO., INC.<br>ATTN: JOE CALDER<br>128 BROAD STREET, 15TH FLOOR<br>NEW YORK NY 10004 |
| CREDITOR ID: 383119-51<br>OPUS HEALTH PLAN<br>1324-106 MOTOR PARKWAY<br>HAUPPAUGE, NY 11788 | CREDITOR ID: 382633-51<br>ORACLE<br>PO BOX 71028<br>CHICAGO, IL 60694-1028 | CREDITOR ID: 541849-BI<br>ORACLE CORPORATION<br>PO BOX 71028<br>CHICAGO IL 60694-1028 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 541850-BI<br>ORACLE CORPORATION<br>PO BOX 71028<br>CHICAGO IL 6906941028 | CREDITOR ID: 541851-BI<br>ORACLE PACKAGING INC<br>39023 TREASURY CENTER<br>CHICAGO IL 60694-9000 | CREDITOR ID: 541852-BI<br>ORACLE PACKAGING INC<br>DEPT 2155<br>TULSA OK 74182 |
| CREDITOR ID: 541853-BI<br>ORACLE USA INC<br>DEPT CH 10699<br>PALATINE IL 60055-0699 | CREDITOR ID: 534926-99<br>ORACLE USA, INC<br>C/O BUCHALTER NEMER<br>333 MARKET STREET, 25TH FL<br>SAN FRANCISCO CA 94105-2126 | CREDITOR ID: 407447-15<br>ORACLE USA, INC FKA<br>C/O PACHULSKI STANG ZIEHL ET AL<br>ATTN HENRY C KEVANE, ESQ<br>150 CALIFORNIA STREET, 15TH FLOOR<br>SAN FRANCISCO CA 94111-4500 |
| CREDITOR ID: 407447-15<br>ORACLE USA, INC FKA<br>C/O MARSHALL C WATSON, PA<br>ATTN SCOTT R WEISS, ESQ<br>1800 NW 49TH STREET<br>SUITE 120<br>FORT LAUDERDALE FL 33309 | CREDITOR ID: 407447-15<br>ORACLE USA, INC FKA<br>PEOPLESOFT USA INC<br>ATTN JOHN WADSWORTH, ESQ<br>500 ORACLE PARKWAY<br>REDWOOD SHORES CA 94065 | CREDITOR ID: 405305-95<br>ORALABS INC<br>ATTN DEAN GRAVES, CONTROLLER<br>18685 E PLAZA DR<br>PARKER COQ 80134-9061 |
| CREDITOR ID: 541854-BI<br>ORALABS INC<br>18685 E PLAZA DRIVE<br>PARKER CO 80134 | CREDITOR ID: 541855-BI<br>ORANGE BEACH ELEMENTARY SCHOOL<br>4900 WILSON BOULEVARD<br>ORANGE BEACH AL 36561 | CREDITOR ID: 541856-BI<br>ORANGE COUNTY PROPANE TAX<br>PO BOX 38<br>PROPANE TAX<br>ATT: JERRY RHODES<br>ORLANDO FL 32802 |
| CREDITOR ID: 542356-BI<br>ORANGE COUNTY PUBLIC UTILITIES<br>PO BOX 850001<br>ORLANDO FL 32885-0011 | CREDITOR ID: 542357-BI<br>ORANGE COUNTY SCU<br>PO BOX 15333<br>ALBANY NY 12212-5333 | CREDITOR ID: 542359-BI<br>ORANGE COUNTY SHERIFFS OFFICE<br>OFF DUTY SERVICES UNIT<br>7003 PRESIDENTS DR STE 300<br>ORLANDO FL 32809 |
| CREDITOR ID: 542358-BI<br>ORANGE COUNTY SHERIFFS OFFICE<br>OFF DUTY SERVICES UNIT<br>2500 W COLONIAL DRIVE<br>ORLANDO FL 32804 | CREDITOR ID: 257732-12<br>ORANGE GLO CORPORATION<br>8200 E MAPLEWOOD AVE<br>DALLAS, TX 75397 | CREDITOR ID: 542360-BI<br>ORANGE GLO INTERNATIONAL INC<br>PO BOX 974120<br>DALLAS TX 75397 |
| CREDITOR ID: 542361-BI<br>ORANGE GROVE ELEMENTARY SCHOOL<br>11391 OLD HWY 49<br>GULFPORT MS 39503 | CREDITOR ID: 542362-BI<br>ORANGE GROVE SHOPPING CE<br>EDWARDS CAPITAL MGMT<br>6055 PRIMACY PKWY<br>STE 402<br>MEMPHIS TN 38119 | CREDITOR ID: 1673-07<br>ORANGE GROVE SHOPPING CENTER<br>EDWARDS CAPITAL MGMT<br>6055 PRIMACY PKWY<br>MEMPHIS, TN 38119-3661 |
| CREDITOR ID: 397095-67<br>ORANGE LAKE COUNTRY CLUB<br>8505 W IRLO BRONSON MEMORIAL HWY<br>KISSIMMEE, FL 34747 | CREDITOR ID: 542363-BI<br>ORANGE PARK COMMUNITY THEATRE<br>PO BOX 391<br>ORANGE PARK FL 32067 | CREDITOR ID: 381414-47<br>ORANGE PARK HIGH SCHOOL<br>2300 KINGSLEY AVE<br>ORANGE PARK, FL 32073 |
| CREDITOR ID: 542364-BI<br>ORANGE PARK MALL<br>1910 WELLS ROAD<br>ORANGE PARK FL 32073 | CREDITOR ID: 542365-BI<br>ORANGEBURG DEPT OF PUBLIC UTIL<br>PO BOX 1057<br>ORANGEBURG SC 29116-1057 | CREDITOR ID: 542366-BI<br>ORANGEBURG PLUMBING CO INC<br>1375 BROUGHTON STREET<br>ORANGEBURG SC 29116-0668 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 257738-12<br>ORANGEBURG PUBLIC UTILITY DEPT<br>C/O ROBINSON MCFADDEN & MOORE, PC<br>ATTN ANNEMARIE B MATHEWS, ESQ<br>1901 MAIN STREET, SUITE 1200<br>PO BOX 944<br>COLUMBIA SC 29202 | CREDITOR ID: 257738-12<br>ORANGEBURG PUBLIC UTILITY DEPT<br>ATTN MICHAEL G SELLS, DIRECTOR<br>PO BOX 1057<br>ORANGEBURG, SC 29116-1057 | CREDITOR ID: 536343-BA<br>ORAZIETTI, SHARON<br>81 WILLIAM ST.<br>SHELTON CT 06484 |
| CREDITOR ID: 542367-BI<br>ORBIS CORPORATION<br>DRAWER 346<br>MILWAUKEE WI 53278-0346 | CREDITOR ID: 539035-W9<br>ORBIS PLASTIC MOLDING INC<br>C/O ORBIS CORPORATION<br>1055 CORPORATE CENTER DR<br>PO BOX 389<br>OCONOMOWOC WI 53066 | CREDITOR ID: 257740-12<br>ORBIS PLASTIC MOLDING INC<br>BOX 78689<br>MILWAUKEE, WI 53278-0689 |
| CREDITOR ID: 536344-BA<br>ORDIJA, ROBERTA<br>9380 MARINO APT 302<br>NAPLES FL 34114 | CREDITOR ID: 538537-BA<br>ORDOGNE, FLORENCE<br>C/O CHRISTINE VOELKEL<br>LAW OFFICES OF MRY GRACE KNAPP<br>1217 FLORIDA STREET<br>MANDEVILLE LA 70448 | CREDITOR ID: 536345-BA<br>ORDOGNE, FLORENCE<br>1801 VALMONT STREET<br>MANDEVILLE LA 70448 |
| CREDITOR ID: 556724-BC<br>ORDONEZ, YOLANDA<br>5515 46TH CT. W.<br>BRADENTON FL 34210 | CREDITOR ID: 257744-12<br>ORECK EDMAR CORP<br>ATTN JOYCE CHRISTIANSEN<br>100 ARMSTRONG RD STE 101<br>PLYMOUTH MA 02360 | CREDITOR ID: 542370-BI<br>OREGON FRUIT PRODUCTS CO<br>PO BOX 536923<br>ATLANTA GA 30353-6923 |
| CREDITOR ID: 542369-BI<br>OREGON FRUIT PRODUCTS CO<br>PO BOX 5283<br>SALEM OR 97304-0283 | CREDITOR ID: 542368-BI<br>OREGON FRUIT PRODUCTS CO<br>PO BOX 5283<br>SALEM OR 97304-0283 | CREDITOR ID: 257745-12<br>OREGON FRUIT PRODUCTS CO<br>PO BOX 5283<br>SALEM, OR 97304-0283 |
| CREDITOR ID: 542371-BI<br>ORGANIC MATTERS INC<br>PO BOX 570<br>BARTOW FL 33831-0570 | CREDITOR ID: 257749-12<br>ORGANIC MATTERS INC<br>ATTN: RONNIE BARON, MGR<br>PO BOX 570<br>BARTOW FL 33831-0570 | CREDITOR ID: 542372-BI<br>ORGANIC MILLING INC<br>505 WEST ALLEN AVE<br>SAN DIMAS CA 91773 |
| CREDITOR ID: 257750-12<br>ORGANIC USA<br>8130 NW 56TH STREET<br>MIAMI, FL 33166 | CREDITOR ID: 542373-BI<br>ORGANIZED KASHRUS LAB<br>391 TROY AVE<br>BROOKLYN NY 11213 | CREDITOR ID: 257751-12<br>ORGANIZED KASHRUS LABORATORIES<br>391 TROY AVE<br>BROOKLYN, NY 11213 |
| CREDITOR ID: 556725-BC<br>ORIGER, DALE<br>2632 CAHOKIA CT<br>KISSIMMEE FL 34744 | CREDITOR ID: 262864-12<br>ORIGINAL BAGEL COMPANY, THE<br>2 FAIRFIELD CRESCENT<br>WEST CALDWELL, NJ 07006 | CREDITOR ID: 542374-BI<br>ORIGINAL NUT HOUSE BRANDS<br>PO BOX 70115<br>LOS ANGELES CA 90074-0115 |
| CREDITOR ID: 542375-BI<br>ORION SEAFOOD INTL INC<br>PO BOX 779<br>PORTSMOUTH NH 03802-0779 | CREDITOR ID: 381915-99<br>ORIX CAPITAL MARKETS LLC<br>C/O VENABLE LLP<br>ATTN: G CROSS/L TANCREDIT/H FOLEY<br>1800 MERCANTILE BANK & TRUST BLDG<br>TWO HOPKINS PLAZA<br>BALTIMORE MD 21201 | CREDITOR ID: 1674-07<br>ORIX CAPITAL MARKETS LLC<br>ATTN: JOHN LLOYD<br>1717 MAIN ST., 12TH FL<br>DALLAS, TX 75201 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 534410-98<br>ORIX CAPITAL MARKETS LLC<br>C/O STUTSMAN THAMES & MARKEY, PA<br>ATTN RICHARD R THAMES<br>50 N LAURA STREET<br>SUITE 1600<br>JACKSONVILLE FL 32202 | CREDITOR ID: 534410-98<br>ORIX CAPITAL MARKETS LLC<br>ATTN CHUCK CROUCH<br>1717 MAIN STREET SUITE 800<br>DALLAS TX 75201 | CREDITOR ID: 542376-BI<br>ORIX CAPITAL MARKETS LLC<br>ATTN JOHN LLOYD<br>1717 MAIN ST 12TH FL<br>DALLAS TX 75201 |
| CREDITOR ID: 411157-15<br>ORIX CAPITAL MKTS, SERIES 1997-MC1<br>HOLDERS OF MORTGAGE CAPITAL FUNDING<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | CREDITOR ID: 411151-15<br>ORIX CAPITAL MKTS, SERIES 1998-C1<br>HLDRS OF CREDIT SUISSE FIRST BOSTON<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE  MD 21201 | CREDITOR ID: 411180-15<br>ORIX CAPITAL MKTS, SERIES 1998-C2<br>HOLDERS OF FIRST UNION-LEHMAN ET AL<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLLEY, ESQS<br>TWO HOPKINS PLAZA, SUITE 1800<br>BALTIMORE MD 21201 |
| CREDITOR ID: 411141-15<br>ORIX CAPITAL MKTS, SERIES 1998-CF2<br>HOLDERS OF DLJ COMMERCIAL MORTGAGE<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | CREDITOR ID: 411142-15<br>ORIX CAPITAL MKTS, SERIES 1999-1<br>HOLDERS OF NATIONSLINK FUNDING CORP<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | CREDITOR ID: 411143-15<br>ORIX CAPITAL MKTS, SERIES 1999-2<br>HOLDERS OF NATIONSLINK FUNDING CORP<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 |
| CREDITOR ID: 411148-15<br>ORIX CAPITAL MKTS, SERIES 2000-C1<br>HOLDERS OF DUETSCHE MORTGAGE<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | CREDITOR ID: 411134-15<br>ORIX CAPITAL MKTS, SERIES 2002-IQ2<br>HOLDERS OF MORGAN STANLEY DEAN<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | CREDITOR ID: 1675-07<br>ORIX REAL ESTATE CAPITAL MARKET<br>1717 MAIN STREET, 12TH FL<br>DALLAS, TX 75201 |
| CREDITOR ID: 542377-BI<br>ORIX REAL ESTATE CAPITAL MARKETS LLC<br>1717 MAIN ST 12TH FL<br>DALLAS TX 75201 | CREDITOR ID: 542378-BI<br>ORKIN EXTERMINATING<br>1040 SW 12 AVE<br>POMPANO BEACH FL 33069-4689 | CREDITOR ID: 542379-BI<br>ORKIN EXTERMINATING CO INC<br>PO BOX 740036<br>ATLANTA GA 30374-0036 |
| CREDITOR ID: 382854-51<br>ORKIN EXTERMINATING, INC.<br>6151 PHILLIPS HWY<br>JACKSONVILLE, FL 32216 | CREDITOR ID: 257762-12<br>ORLANDO AUTO UPHOLSTERY INC<br>ATTN SANDRA S FOX, PRES<br>1311 NORTH ORANGE AVE<br>ORLANDO, FL 32804 | CREDITOR ID: 542380-BI<br>ORLANDO CRAWFORD<br>1100 STEWART AVENUE<br>BAINBRIDGE GA 31717 |
| CREDITOR ID: 536346-BA<br>ORLANDO DIV, WINN-DIXIE LOGISTICS<br>3015 COASTLINE DR.<br>ORLANDO FL 32808 | CREDITOR ID: 542381-BI<br>ORLANDO EMPLOYMENT GUIDE<br>PO BOX 181844<br>CASSELBERRY FL 32718-1844 | CREDITOR ID: 2460-RJ<br>ORLANDO MARKETPLACE LIMITED PA<br>PO BOX 862085<br>ORLANDO, FL 32886-2085 |
| CREDITOR ID: 416963-15<br>ORLANDO ORTHOPEDIC CENTER<br>ATTN KAREN URSULICH-BENIFAZ<br>100 WEST GORE STREET, SUITE 500<br>ORLANDO FL 32806 | CREDITOR ID: 542382-BI<br>ORLANDO P WILLIS<br>3580 MCGEHEE PL DRIVE S<br>APT 4514<br>MONTGOMERY AL 36111 | CREDITOR ID: 542383-BI<br>ORLANDO PETTY CASH<br>4401 SEABOARD ROAD<br>ORLANDO FL 32801 |
| CREDITOR ID: 384274-47<br>ORLANDO SENTINEL<br>ATTN CAROL LIOTTA, COORDINATOR<br>633 N ORANGE AVENUE MP63<br>ORLANDO, FL 32801 | CREDITOR ID: 382622-51<br>ORLANDO SENTINEL<br>PO BOX 2833<br>ORLANDO, FL 32802 | CREDITOR ID: 542385-BI<br>ORLANDO SENTINEL<br>PO BOX 804865<br>CHICAGO IL 60680-4110 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 542384-BI<br>ORLANDO SENTINEL<br>633 N ORANGE AVENUE MP63<br>ORLANDO FL 320801 | CREDITOR ID: 257772-12<br>ORLANDO SENTINEL<br>CIRCULATION<br>ATTN CAROL LIOTTA, COORDINATOR<br>633 N ORANGE AVE MP 63<br>ORLANDO, FL 32801 | CREDITOR ID: 257770-12<br>ORLANDO SENTINEL<br>ATTN CAROL LIOTTA<br>633 N ORANGE AVENUE MP63<br>ORLANDO, FL 32801 |
| CREDITOR ID: 542386-BI<br>ORLANDO SOTOMAYOR<br>3344 SW 59 TER<br>DAVIE FL 33314 | CREDITOR ID: 542419-BI<br>ORLANDO TIMES<br>P O BOX 555339<br>ORLANDO FL 32855 | CREDITOR ID: 257774-12<br>ORLANDO TIMES<br>PO BOX 555339<br>ORLANDO, FL 32855 |
| CREDITOR ID: 542422-BI<br>ORLANDO UTILITIES COMMISSION<br>PO BOX 4901<br>ORLANDO FL 32802-4901 | CREDITOR ID: 542421-BI<br>ORLANDO UTILITIES COMMISSION<br>PO BOX 31626<br>ORLANDO FL 33631-3626 | CREDITOR ID: 542420-BI<br>ORLANDO UTILITIES COMMISSION<br>ATT:TREASURY MANAGEMENT<br>PO BOX 3193<br>ORLANDO FL 32802 |
| CREDITOR ID: 542423-BI<br>ORLANDO WASTE PAPER CO<br>PO BOX 547874<br>ORLANDO FL 32854-7874 | CREDITOR ID: 257777-12<br>ORLANDO WASTE PAPER CO INC<br>ATTN: JERRY L VESTAL<br>PO BOX 547874<br>ORLANDO, FL 32854-7874 | CREDITOR ID: 240414-06<br>ORLANDO, FL TAX COLLECTOR<br>EARL K WOOD<br>PO BOX 2551<br>ORLANDO FL 32802 |
| CREDITOR ID: 542424-BI<br>OROWEAT FOODS COMPANY<br>P O BOX 841373<br>DALLAS TX 75284-1373 | CREDITOR ID: 257780-12<br>OROWEAT FOODS COMPANY<br>PO BOX 841373<br>DALLAS, TX 75284-1373 | CREDITOR ID: 556726-BC<br>OROZCO, MARIA<br>311 1/2 E. FLORIBRASKA<br>TAMPA FL 33613 |
| CREDITOR ID: 536347-BA<br>ORR, CHARLES<br>5378 KEELE ST<br>JACKSON MS 39206-4106 | CREDITOR ID: 538538-BA<br>ORR, CHARLES<br>C/O WILLIE T. ABSTON<br>RICHMOND SIMON AND ABSTON<br>PO BOX 8599<br>COLUMBUS MS 39705 | CREDITOR ID: 385359-54<br>ORTEGA, CESAR<br>C/O LAW OFFICES OF JAMES BECKHAM<br>ATTN JAMES BECKHAM, ESQ<br>633 NORTH KROME AVENUE<br>HOMESTEAD FL 33030 |
| CREDITOR ID: 385359-54<br>ORTEGA, CESAR<br>15330 HARLING LANE<br>HOMESTEAD, FL 33033 | CREDITOR ID: 536348-BA<br>ORTEGA, ROBERT<br>10290 WEST JEWEL AVENUE, UNIT A<br>LAKEWOOD CO 80232 | CREDITOR ID: 542425-BI<br>ORTHOCAROLINA PA<br>PO BOX 890188<br>CHARLOTTE NC 28289-0188 |
| CREDITOR ID: 542426-BI<br>ORTHODOX UNION<br>ELEVEN BROADWAY<br>NEW YORK NY 10004 | CREDITOR ID: 410709-99<br>ORTIZ, AISLINN (MINOR)<br>C/O DAVID W LANGLEY PC<br>ATTN DAVID W LANGLEY, ESQ<br>8181 W BROWARD BLVD, STE 204<br>PLANTATION FL 33324 | CREDITOR ID: 536349-BA<br>ORTIZ, ELAINE<br>47 NW 165 STREET<br>NORTH MIAMI BEACH FL 33169 |
| CREDITOR ID: 538539-BA<br>ORTIZ, ELAINE<br>C/O BETH HELEN WOLFE ESQ<br>COHEN & COHEN<br>2525 NORTH STATE ROAD 7 (441)<br>HOLLYWOOD FL 33021-3206 | CREDITOR ID: 536350-BA<br>ORTIZ, ENRIQUE<br>PO BOX 1638<br>FAIRHOPE AL 36533 | CREDITOR ID: 538540-BA<br>ORTIZ, ENRIQUE<br>C/O ROBERTSON HUNTER<br>ROBERTSON V. HUNTER, PC<br>311 C SOUTH SAGE AVENUE<br>MOBILE AL 36606 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**          **CASE: 05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 538541-BA<br>ORTIZ, FIDELIA REBECCA<br>C/O LAURENCE EDWARD ZIEPER ESQ<br>LAURENCE EDWARD ZIEPER, P. A.<br>1506 N.E. 162ND ST.<br>NORTH MIAMI BEACH FL 33162 | CREDITOR ID: 536351-BA<br>ORTIZ, FIDELIA REBECCA<br>14251 SW 180 TERRACE<br>MIAMI FL 33177 | CREDITOR ID: 556727-BC<br>ORTIZ, FLAVIA<br>17827 SW 152 PLACE<br>MIAMI FL 33010 |
| CREDITOR ID: 390168-54<br>ORTIZ, HELLEN<br>9966 BURL WAY<br>ORLANDO, FL 32817 | CREDITOR ID: 390168-54<br>ORTIZ, HELLEN<br>C/O PAOLO LONGO JR PA LAW OFFICES<br>ATTN PAOLO LONGO JR, ESQ<br>711 SEMINOLE AVENUE<br>ORLANDO FL 32804 | CREDITOR ID: 556729-BC<br>ORTIZ, IVETTE<br>445 N. NORMDALE DRIVE<br>ORLANDO FL 32818 |
| CREDITOR ID: 556728-BC<br>ORTIZ, LOURDES<br>10370 SW 216 ST<br>MIAMI FL 33190 | CREDITOR ID: 416930-15<br>ORTIZ, NOEL MELENDEZ<br>C/O RICHARD TROUTMAN PA<br>ATTN STEPHEN H MCNEILL, ESQ<br>1101 N KENTUCKY AVENUE<br>WINTER PARK FL 32789 | CREDITOR ID: 416930-15<br>ORTIZ, NOEL MELENDEZ<br>141 EAST PINE STREET, APT 1306<br>ORLANDO FL 32801 |
| CREDITOR ID: 407045-MS<br>ORTIZ, VINCENT<br>1798 BAYSIDE BLVD<br>JACKSONVILLE FL 32259 | CREDITOR ID: 536352-BA<br>ORTIZ, WILFREDO<br>10638 KAIN CT<br>ORLANDO FL 32825 | CREDITOR ID: 556730-BC<br>ORTON, MARILYN<br>14530 DORY LANE<br>FORT MYERS FL 33908 |
| CREDITOR ID: 556731-BC<br>ORUM, CLEMMIE<br>209-F EASTDALE ROAD SOUTH<br>MONTGOMERY AL 36111 | CREDITOR ID: 452464-99<br>OSBORNE, GARY<br>C/O FRIEDLINE & MCCONNELL, PA<br>ATTN JERRETT M MCCONNELL, ESQ<br>1756 UNIVERSITY BLVD SOUTH<br>JACKSONVILLE FL 32216 | CREDITOR ID: 452464-99<br>OSBORNE, GARY<br>C/O GEORGE DOUGLAS JR LAW OFFICE<br>ATTN: GEORGE C DOUGLAS JR<br>700 CENTURY PARK SOUTH, STE 223<br>BIRMINGHAM AL 35226 |
| CREDITOR ID: 407046-MS<br>OSBORNE, GARY W<br>C/O FRIEDLINE & MCCONNELL, PA<br>ATTN JERRETT M MCCONNELL, ESQ<br>1756 UNIVERSITY BLVD SOUTH<br>JACKSONVILLE FL 32216 | CREDITOR ID: 407046-MS<br>OSBORNE, GARY W<br>17709 CRYSTAL COVE PLACE<br>LUTZ FL 33548 | CREDITOR ID: 556732-BC<br>OSBORNE, WERE<br>445 SE 16TH STREET<br>FORT LAUDERDALE FL 33316 |
| CREDITOR ID: 556733-BC<br>OSBOURN (MINOR), MARY KATE<br>117 EAST BRIER COURT<br>MANDEVILLE LA 70471 | CREDITOR ID: 542427-BI<br>OSCAR CARLSTEDTS WHOLESALE FLORIST<br>1001 WEST GARDEN STREET<br>RALPH PENDO<br>PENSACOLA FL 32501 | CREDITOR ID: 257785-12<br>OSCAR CARLSTEDTS WHOLESALE FLORIST<br>ATTN RALPH PENDO/TP LEBANOFF,CONT<br>1001 WEST GARDEN STREET<br>PENSACOLA, FL 32501 |
| CREDITOR ID: 534987-W9<br>OSCAR G CARLSTEDT CO<br>ATTN: TIFFANY LEBANOFF<br>577 COLLEGE STREET<br>JACKSONVILLE FL 32204 | CREDITOR ID: 257787-12<br>OSCAR G CARLSTEDT CO<br>ATTN WILLIAM C BELDEN, PRESIDENT<br>TIFFANY LEBAROFF, CONTROLLER<br>2252 DENNIS STREET<br>PO BOX 2338<br>JACKSONVILLE, FL 32203 | CREDITOR ID: 410445-99<br>OSCHIN, SAMUEL, TRUSTEE<br>C/O SULMEYERKUPETZ, PC<br>ATTN DAVID S KUPETZ, ESQ.<br>333 SOUTH HOPE STREET, 35TH FLOOR<br>LOS ANGELES CA 90071 |
| CREDITOR ID: 1809-07<br>OSCHIN, SAMUEL, TRUSTEE<br>M OSCHIN TRUST/HELEN OSCHIN WILL<br>ATTN PATRICIA WHITELY<br>400 SOUTH HOPE STREET, SUITE 400<br>LOS ANGELES, CA 90071-2806 | CREDITOR ID: 410445-99<br>OSCHIN, SAMUEL, TRUSTEE<br>BARBARA OSCHIN PRIMICERIO TRUST<br>ATTN PATRICIA WHITELEY<br>400 SOUTH HOPE STREET, SUITE 400<br>LOS ANGELES CA 90071-2806 | CREDITOR ID: 536353-BA<br>OSEE, JOSEPH<br>70 OCEAN PARKWAY<br>BOYNTON BEQACH FL 33462 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 542428-BI<br>OSEM USA INC<br>333 SYLVAN AVENUE<br>ENGLEWOOD CLIFFS NJ 07632 | CREDITOR ID: 542429-BI<br>OSGOOD INDUSTRIES INC<br>601 BURBANK ROAD<br>OLDSMAR, FL 34677 | CREDITOR ID: 542430-BI<br>OSHA SECURITY INC<br>3951 SNAPFINGER PKWY<br>SUITE 425<br>DECATUR GA 30035 |
| CREDITOR ID: 381096-47<br>OSHA SECURITY INC<br>3951 SNAPFINGER PKWY, SUITE 425<br>DECATUR, GA 30035 | CREDITOR ID: 542432-BI<br>OSI COLLECTION SERVICES INC<br>PO BOX 953<br>BROOKFIELD WI 53008-0953 | CREDITOR ID: 542431-BI<br>OSI COLLECTION SERVICES INC<br>PO BOX 929<br>BROOKFIELD WI 53008-0929 |
| CREDITOR ID: 542434-BI<br>OSI EDUCATION SERVICES INC<br>PO BOX 985<br>BROOFIELD WI 53008-0985 | CREDITOR ID: 542433-BI<br>OSI EDUCATION SERVICES INC<br>PO BOX 88063<br>MILWAUKEE WI 53288-0063 | CREDITOR ID: 56174-05<br>OSLANDER, HELEN L<br>7119 STATE RD 33<br>CLERMONT FL 34711 |
| CREDITOR ID: 410390-15<br>OSORIO, JUANITA<br>C/O KENNEDY LAW GROUP<br>ATTN JOHN D MALKOWSKI, ESQ<br>5100 WEST KENNEDY BLVD, SUITE 100<br>TAMPA FL 33609 | CREDITOR ID: 556734-BC<br>OSSA, MARIA MOZLEINE<br>7624 NW 5TH STREET<br>PLANTATION FL 33324 | CREDITOR ID: 542435-BI<br>OSSUN ELEMENTARY COUNSELOR<br>400 RUE SCHOLASTIQUE<br>LAFAYETTE LA 70507 |
| CREDITOR ID: 556735-BC<br>OSTEEN (MINOR), CHASE<br>211 SATILLA DRIVE<br>BRUNSWICK GA 31523 | CREDITOR ID: 257799-12<br>OSTEEN PUBLISHING CO INC<br>ATTN ANGELA GORDY<br>PO BOX 1677<br>SUMTER, SC 29151 | CREDITOR ID: 542436-BI<br>OSTEEN PUBLISHING CO. INC.<br>P.O. BOX 1677<br>SUMTER SC 29151 |
| CREDITOR ID: 398920-78<br>O'STEEN, JOE<br>2547 SIGMA COURT<br>ORANGE PARK, FL 32073 | CREDITOR ID: 536354-BA<br>OSTEEN, COTRANDA<br>3926 HIGHWAY 28 EAST, APT. 1003<br>PINEVILLE LA 71360 | CREDITOR ID: 538542-BA<br>OSTEEN, COTRANDA<br>C/O DAVID R. FINE<br>FINE & ASSOCIATES, PLC<br>335 DECATUR STREET<br>NEW ORLEANS LA 70130 |
| CREDITOR ID: 407041-MS<br>O'STEEN, JOE<br>2547 SIGMA COURT<br>ORANGE PARK FL 32073 | CREDITOR ID: 394057-61<br>OSTENDORF TATE BARNETT & WELLS, LLP<br>ATTN KAREN HATTIER, OPERATIONS MGR<br>LANCE S OSTENDOFF<br>PO BOX 50080<br>NEW ORLEANS, LA 70150 | CREDITOR ID: 539042-15<br>OSTENDORF TATE BARNETT & WELLS, LLP<br>650 POYDRA STREET<br>NEW ORLEANS LA 70130 |
| CREDITOR ID: 542438-BI<br>OSTENDORF TATE BARNETT AND WELLS LLP<br>PO BOX 50080<br>NEW ORLEANS LA 70150 | CREDITOR ID: 542437-BI<br>OSTENDORF TATE BARNETT AND WELLS LLP<br>708 MAIN STREET<br>SUITE 200<br>HOUSTON TX 77002 | CREDITOR ID: 452214-15<br>OTERO, SUSET M<br>C/O PEDRO J FUENTES-CID, ESQ<br>2650 BISCAYNE BLVD<br>MIAMI FL 33137 |
| CREDITOR ID: 542439-BI<br>OTIC TECH TIME CO LTD./MALIBU TOYS<br>19360 RINALDI STREET # 385<br>NORTHRIDGE CA 91326 | CREDITOR ID: 542440-BI<br>OTIS ELEVATOR COMPANY<br>P O BOX 905454<br>CHARLOTTE NC 28290-5454 | CREDITOR ID: 542441-BI<br>OTIS SPUNKMEYER INC<br>7090 COLLECTION DR<br>CHICAGO IL 60693 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 257806-12<br>OTIS SPUNKMEYER INC<br>ATTN K SOLIZ / ANTHONY D GARSIDE<br>7090 COLLECTION DR<br>CHICAGO, IL 60693 | CREDITOR ID: 556736-BC<br>OTT, DARLINE<br>10880 OTT ROAD<br>MOBILE AL 36601 | CREDITOR ID: 411301-15<br>OTTE, ROSEMARY<br>C/O VIRLYN B MOORE, III, ESQ<br>4109 SOUTH TAMIAMI TRAIL<br>VENICE FL 34293 |
| CREDITOR ID: 542442-BI<br>OTTERBOURG STEINDLER HOUSTON & ROSEN PC<br>230 PARK AVENUE<br>NEW YORK NY 10169-0075 | CREDITOR ID: 536355-BA<br>OTTO, BRUCE<br>19883 NW 257 TERRACE<br>HIGH SPRINGS FL 32643 | CREDITOR ID: 382574-51<br>OTTOLINO, ALFRED J.<br>27 HORSHOE DRIVE<br>HILLSBORO, NJ 08844 |
| CREDITOR ID: 378214-45<br>OTTOLINO, ALFRED J.<br>1531 HARRINGTON PARK DRIVE<br>JACKSONVILLE, FL 32225 | CREDITOR ID: 407047-MS<br>OUJESKY, J B<br>C/O J RAY OUJESKY, PC<br>ATTN RAY OUJESKY, ESQ.<br>9284 HUNTINGTON SQUARE, SUITE 100<br>NORTH RICHLAND HILLS TX 76180 | CREDITOR ID: 407047-MS<br>OUJESKY, J B<br>324 MAYFAIR DRIVE<br>HURST TX 76053 |
| CREDITOR ID: 542444-BI<br>OUR LADY ACADEMY<br>222 SOUTH BEACH BLVD<br>BAY ST LOUIS MS 39520 | CREDITOR ID: 542445-BI<br>OUR LADY IMMACULATE SCHOOL<br>600 ROBERTS AVE<br>JENNINGS LA 70546 | CREDITOR ID: 542446-BI<br>OUR LADY OF DIVINE PROVIDENCE CHURCH<br>1000 N STARRETT RD<br>METAIRIE LA 70003 |
| CREDITOR ID: 542447-BI<br>OUR LADY OF DIVINE PROVIDENCE K OF C<br>713 N DILTON ST<br>METAIRIE LA 70003 | CREDITOR ID: 542448-BI<br>OUR LADY OF DIVINE PROVIDENCE SCHOOL<br>917 N ATLANTA<br>METAIRIE LA 70003 | CREDITOR ID: 542449-BI<br>OUR LADY OF GRACE SCHOOL<br>780 HWY 414<br>RESERVE LA 70084 |
| CREDITOR ID: 542450-BI<br>OUR LADY OF LOURDES<br>6305 E ST BERNARD HWY<br>VOILET LA 70092 | CREDITOR ID: 542451-BI<br>OUR LADY OF LOURDES ELEMENTARY SCHOOL<br>2437 JENA STREET<br>NEW ORLEANS LA 70115 | CREDITOR ID: 542452-BI<br>OUR LADY OF LOURDES SCHOOL<br>345 WESTCHESTER PLACE<br>SLIDELL LA 70458 |
| CREDITOR ID: 542453-BI<br>OUR LADY OF MERCY<br>400 MARQUETTE AVE<br>BATON ROUGE LA 70806 | CREDITOR ID: 542455-BI<br>OUR LADY OF PERPETUAL HELP<br>531 WILLIAMS BLVD<br>KENNER LA 70062 | CREDITOR ID: 542454-BI<br>OUR LADY OF PERPETUAL HELP<br>530 MINOR ST<br>KENNER LA 70062 |
| CREDITOR ID: 542456-BI<br>OUR LADY OF PROMPT SUCCOR<br>2305 FENELON ST<br>CHALMETTE LA 70043 | CREDITOR ID: 542457-BI<br>OUR LADY OF PROMPT SUCCOR SCHOOL<br>531 AVE A<br>WESTWEGO LA 70094 | CREDITOR ID: 542458-BI<br>OUR LADY OF THE GULF<br>228 S BEACH BLVD<br>BAY ST LOUIS MS 39520 |
| CREDITOR ID: 542459-BI<br>OUR LADY OF THE LAKE<br>316 LAFITTE<br>MANDEVILLE LA 70448 | CREDITOR ID: 542460-BI<br>OUR LADY PERPETUAL HELP<br>8970 HWY 23<br>BELLE CHASSE LA 70037 | CREDITOR ID: 542461-BI<br>OUR LADY STAR OF THE SEA CHURCH<br>1835 ST ROCH AVE<br>NEW ORLEANS LA 70117 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 542462-BI<br>OUR MOTHER OF PEACE ELEMENTARY<br>218 NORTH ROGER ST<br>CHURCH POINT LA 70525 | CREDITOR ID: 542463-BI<br>OURPET'S COMPANY<br>1300 EAST STREET<br>FAIRPORT HARBOR OH 44077 | CREDITOR ID: 382573-51<br>OUTLOOKSOFT<br>NORTH TOWER<br>100 PROSPECT STREET<br>STAMFORD, CT 06901 |
| CREDITOR ID: 542464-BI<br>OUTLOOKSOFT CORP<br>ONE STAMFORD PLAZA  11TH FLR<br>263 TRESSER BLVD<br>STAMFORD CT 06901 | CREDITOR ID: 542465-BI<br>OVERHEAD DOOR & FIREPLACE CO INC<br>P O BOX 445<br>MILLBROOK AL 36054 | CREDITOR ID: 257838-12<br>OVERHEAD DOOR CO OF GREENSBORO<br>ATTN CHRISTINA R GARNET, CORP SEC<br>PO BOX 16824<br>GREENSBORO, NC 27416-0824 |
| CREDITOR ID: 406024-15<br>OVERHEAD DOOR CO OF GREENVILLE INC<br>ATTN RONALD L NIX, PRESIDENT<br>PO BOX 6225<br>GREENVILLE SC 29606 | CREDITOR ID: 257833-12<br>OVERHEAD DOOR CO OF RELEIGH INC<br>ATTN: ELIZABETH C WOLFE, CORP SEC<br>3224 GRESHAM LAKE ROAD<br>RALEIGH, NC 27615 | CREDITOR ID: 257844-12<br>OVERHEAD DOOR COMPANY<br>PO BOX 890289<br>CHARLOTTE, NC 28289-0289 |
| CREDITOR ID: 257843-12<br>OVERHEAD DOOR COMPANY<br>ATTN: KARLA DUNCAN, ACCTS RCV<br>6600 WEST WT HARRIS BLVD<br>CHARLOTTE, NC 29269 | CREDITOR ID: 542466-BI<br>OVERHEAD DOOR COMPANY OF<br>1529 CRESCENT DR<br>AUGUSTA GA 30909 | CREDITOR ID: 542467-BI<br>OVERHEAD DOOR COMPANY OF JACKSONVILLE<br>6884 PHILLIPS PARKWAY DRIVE NORTH<br>JACKSONVILLE FL 32256 |
| CREDITOR ID: 542468-BI<br>OVERHEAD DOOR OF TAMPA BAY<br>7701 ANN BALLARD RD<br>TAMPA FL 33634-2334 | CREDITOR ID: 542469-BI<br>OVERHEAD DOOR PROFESSIONAL SERVICES<br>503 W HWY 390<br>LYNN HAVEN FL 32444 | CREDITOR ID: 542470-BI<br>OVERNITE TRANSPORTATION<br>P.O. BOX 79755<br>BALTIMORE MD 21279-0755 |
| CREDITOR ID: 407048-MS<br>OVERSTREET, MICHAEL S<br>1102 MEADOWCREST DRIVE<br>VALRICO FL 33594 | CREDITOR ID: 556738-BC<br>OVERTON, ALICE<br>1620 OAKMONT CIRCLE<br>NICEVILLE FL 32578 | CREDITOR ID: 536356-BA<br>OVERTON, KENNETH<br>27544 ARLINGTON ROAD<br>WESTERN CHAPEL FL 33544 |
| CREDITOR ID: 542471-BI<br>OVIEDO VOICE<br>950 N CENTRAL AVE # 6<br>OVIEDO FL 32765-7409 | CREDITOR ID: 257856-12<br>OVIEDO VOICE<br>950 N CENTRAL AVE # 6<br>OVIEDO, FL 32765-7409 | CREDITOR ID: 556739-BC<br>OVRADOR, DEANNA<br>14321 SW 147 PLACE<br>MIAMI FL 33196 |
| CREDITOR ID: 381399-47<br>OWENS & PRIDGEN INC<br>PO BOX 1058<br>BRUNSWICK, GA 31521 | CREDITOR ID: 542472-BI<br>OWENS COUNTRY SAUSAGE<br>PO BOX 915187<br>DALLAS TX 75391-5187 | CREDITOR ID: 376481-44<br>OWENS COUNTRY SAUSAGE<br>ATTN BEVERLY REYNOLDS/P MATTHEWS<br>PO BOX 915187<br>DALLAS, TX 75391-5187 |
| CREDITOR ID: 405316-95<br>OWENS COUNTRY SAUSAGE INC<br>ATTN BEVERLY REYNOLDS, ACCTS MGR<br>PO BOX 830249<br>RICHARDSON TX 75083 | CREDITOR ID: 536357-BA<br>OWENS, ANGELA<br>869 54TH AVE. SOUTH<br>SAINT PETERSBURG FL 33705 | CREDITOR ID: 536358-BA<br>OWENS, FREDRICK<br>219 WEEMS ST<br>PICAYUNE MS 39466 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 556740-BC<br>OWENS, GEORGETTE<br>244 NW 59 AVE<br>MIAMI FL 33127 | CREDITOR ID: 556742-BC<br>OWENS, GERALDINE<br>2263 N.W. 98 STREET<br>MIAMI FL 33147 | CREDITOR ID: 556741-BC<br>OWENS, KATHIE<br>294 HIGHGATE HILL<br>BIRMINGHAM AL 35124 |
| CREDITOR ID: 407050-MS<br>OWENS, RODERICK<br>594 JAMES STREET<br>LILBURN GA 30047 | CREDITOR ID: 407051-MS<br>OWENS, TONY LEE<br>C/O FRIEDLINE & MCCONNELL, PA<br>ATTN JERRETT M MCCONNELL, ESQ<br>1756 UNIVERSITY BLVD SOUTH<br>JACKSONVILLE FL 32216 | CREDITOR ID: 407051-MS<br>OWENS, TONY LEE<br>200 CHERRY LAUREL<br>CLAYTON NC 27527 |
| CREDITOR ID: 56431-05<br>OWENS-BATES, TRISHA L<br>3470 NW 6TH COURT<br>FORT LAUDERDALE FL 33311 | CREDITOR ID: 376483-44<br>OWENSBORO MESSENGER INQUIRER<br>ATTN RUTH SEHON<br>PO BOX 1480<br>OWENSBORO, KY 42302-1480 | CREDITOR ID: 382308-51<br>OWENS-ILLINOIS PRESCRIPTION PRODS, INC<br>1 SEA GATE<br>TOLEDO, OH 43666 |
| CREDITOR ID: 556743-BC<br>OXENREITER, LOIS<br>2760 SW 22ND AVE<br>DELRAY BEACH FL 33445 | CREDITOR ID: 423152-15<br>OXFORD BUILDING COMPANY LLC<br>C/O DYKEMA GOSSETT, PLLC<br>ATTN GINA M CAPUA, ESQ<br>39577 WOODWORD AVE, SUITE 300<br>BLOOMFIELD HILLS MI 48304 | CREDITOR ID: 542473-BI<br>OXFORD BUILDING COMPANY, LLC<br>20630 HAPER, STE 112<br>HARPER WOODS MI 48225 |
| CREDITOR ID: 542474-BI<br>OXFORD BUILDING COMPANY, LLC<br>20630 HARPER AVENUE<br>HARPER WOODS MI 48225 | CREDITOR ID: 262865-12<br>OXFORD EAGLE, THE<br>PO BOX 866<br>OXFORD, MS 38655 | CREDITOR ID: 398925-78<br>OXFORD, MARIE L<br>11016 LOUIS DRIVE<br>HUNTSVILLE, AL 35803 |
| CREDITOR ID: 407053-MS<br>OXLEY, RANDY<br>3103 E 145TH ST SOUTH<br>BIXBY OK 74008 | CREDITOR ID: 407615-15<br>OXO INTERNATIONAL LTD<br>ATTN TRACY SCHEVERMAN, CONTROLLER<br>75 NINTH AVENUE, 5TH FLOOR<br>NEW YORK NY 10011 | CREDITOR ID: 556744-BC<br>OZAETA (MINOR), JONATHON<br>11648 PINE ACRES RD #17<br>JACKSONVILLE FL 32223 |
| CREDITOR ID: 542475-BI<br>OZARK PLACE PARTNERSHIP<br>PO BOX 7606<br>LOUISVILLE KY 40257-0606 | CREDITOR ID: 410727-15<br>OZARK PLACE PARTNERSHIP<br>C/O HOGAN DEVELOPMENT CO<br>ATTN W GLENN HOGAN<br>420 W LIBERTY STREET<br>LOUISVILLE KY 40202 | CREDITOR ID: 410727-15<br>OZARK PLACE PARTNERSHIP<br>C/O KAREM & KAREM<br>ATTN JOHN W HARRISON JR, ESQ<br>2100 GARDINER LANE, SUITE 103-B<br>LOUISVILLE KY 40205 |
| CREDITOR ID: 542476-BI<br>OZARK UTILITIES BOARD<br>PO BOX 1125<br>OZARK AL 36361-1125 | CREDITOR ID: 390986-55<br>OZERI, GAIL<br>C/O MCFARLANE & DOLAN<br>ATTN WILLIAM J MCFARLANE III, ESQ<br>PO BOX 9719<br>CORAL SPRINGS FL 33075 | CREDITOR ID: 536359-BA<br>OZOBIA, COMFORT<br>1533 WEST WOOD DR.<br>LAS VEGAS NV 89102 |
| CREDITOR ID: 538543-BA<br>OZOBIA, COMFORT<br>C/O DEAN P VERNON ESQ<br>GIFFORD VERNON AND BARKER<br>3110 SO RAINBOW BLVD STE 105<br>LAS VEGAS NV 89146 | CREDITOR ID: 556745-BC<br>OZUNA, LETICI<br>358 S. 8 STREET<br>IMMOKALEE FL 34142 | CREDITOR ID: 542477-BI<br>P & G COMMUNICATIONS INC<br>683 S W SEA HOLLY TERRACE<br>PORT SAINT LUCIE FL 34984 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 542478-BI<br>P & H HYDRAULIC SERVICE INC<br>6530 TRIXY STREET<br>JACKSONVILLE FL 32219 | CREDITOR ID: 542479-BI<br>P & M WELDING SUPPLY<br>7114 NW 72ND AVE<br>MIAMI FL 33166 | CREDITOR ID: 542480-BI<br>P & P TRANSPORT<br>PO BOX 1710<br>DELRAN NJ 08075 |
| CREDITOR ID: 542481-BI<br>P E O FOUNDATION<br>103 SAINT ANNES DR<br>HATTIESBURG MS 39401 | CREDITOR ID: 542482-BI<br>P E VALVE COMPANY<br>PO BOX 15369<br>ASHEVILLE NC 28813-0369 | CREDITOR ID: 542483-BI<br>P J STANFIELD<br>2481 SHARON LANE<br>MILLBROOK AL 36054 |
| CREDITOR ID: 257871-12<br>P&M WELDING SUPPLY<br>ATTN MARCOS MAU, PRESIDENT<br>7114 NW 72ND AVE<br>MIAMI, FL 33166 | CREDITOR ID: 542484-BI<br>P&S ROAD SERVICE<br>PO BOX 120<br>SPARR FL 32192 | CREDITOR ID: 542485-BI<br>P.E. / LAMOREAUX & ASSOCIATES<br>PO BOX 2310<br>TUSCALOOSA AL 35403 |
| CREDITOR ID: 542486-BI<br>P.E. LAMOREAUX & ASSOCIATES INC<br>PO BOX 2310<br>TUSCALOOSA AL 35403 | CREDITOR ID: 383117-51<br>PA M'CARE CARD/FIRST HEALTH<br>4300 COX ROAD<br>GLEN ALLEN, VA 23060 | CREDITOR ID: 542487-BI<br>PA STATE COLLECTION<br>DISBURSEMENT UNIT<br>P O BOX 69112<br>HARRISBURG PA 17106-9112 |
| CREDITOR ID: 392317-55<br>PAAR, PAT<br>C/O DEVLIN CITTADINO & SHAW, PC<br>ATTN JOHN C DEVLIN, ESQ<br>3131 PRINCETON PIKE<br>TRENTON NJ 08648 | CREDITOR ID: 392317-55<br>PAAR, PAT<br>1708 KINGS LAKE BOULEVARD<br>NAPLES FL 34112 | CREDITOR ID: 56456-05<br>PABON, DANIELLE M<br>PO BOX 770294<br>OCALA FL 34477-0294 |
| CREDITOR ID: 542488-BI<br>PAC FRUIT CO LLC<br>PO BOX 1323<br>YAKIMA WA 98907 | CREDITOR ID: 384277-47<br>PAC MARKETING INTERNATIONAL LLC<br>P O BOX 1323<br>YAKIMA, WA 98902 | CREDITOR ID: 542489-BI<br>PAC MARKETING INTERNATIONAL LLC<br>P O BOX 1323<br>YAKIMA WA 98902 |
| CREDITOR ID: 542490-BI<br>PACE HIGH SCHOOL<br>4065 NORRIS ROAD<br>PACE FL 32571 | CREDITOR ID: 542491-BI<br>PACE RUNNERS INC<br>147 CORPORATE WAY<br>PELHAM AL 35124 | CREDITOR ID: 542493-BI<br>PACE WATER SYSTEM<br>PO BOX 2407<br>PACE FL 32571 |
| CREDITOR ID: 542492-BI<br>PACE WATER SYSTEM<br>4401 WOODBINE ROAD<br>PACE FL 32571-8758 | CREDITOR ID: 556746-BC<br>PACE, SOLPHA<br>1709 BULAVISTA AVE<br>JACKSONVILLE FL 32221 | CREDITOR ID: 542494-BI<br>PACER GLOBAL LOGISTICS<br>PO BOX 71-1805<br>(RAIL VAN)<br>COLUMBUS OH 43271-1805 |
| CREDITOR ID: 403481-15<br>PACER GLOBAL LOGISTICS<br>ATTN GREG JANSEN, CR MGR<br>6805 PERIMETER DRIVE<br>DUBLIN OH 43016 | CREDITOR ID: 556748-BC<br>PACHECO (MINOR), STEVEN<br>4512 NW 21 AVE<br>MIAMI FL 33142 | CREDITOR ID: 556747-BC<br>PACHECO, ADEL<br>10941 SW 180 ST<br>HIALEAH FL 33010 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of**
**Reorganization, (B) Occurrence of Effective Date**
**of Plan, and (C) Bar Dates for Filing claims Arising**
**before Effective Date and Other Administrative Claims**

**DEBTOR:     WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 392433-55
PACHECO, ADOLFO
C/O SIRKIN & CUELLO
ATTN ALEX CUELLO, ESQ
8603 SOUTH DIXIE HIGHWAY, SUITE 412
MIAMI FL 33143

CREDITOR ID: 399420-99
PACHULSKI STANG ZIEHL ET AL
ATTN: ROBERT FEINSTEIN
780 THIRD AVE, 36TH FL
NEW YORK NY 10017

CREDITOR ID: 410689-15
PACIERA, VINCENT ET AL DBA
PARK PLAZA SHOPPING CTR LLC
ATTN KIRTH M PACIERA, OWNER/MEMBER
PO BOX 24087
NEW ORLEANS LA 70184

CREDITOR ID: 542495-BI
PACIFIC COAST PRODUCERS
FILE #98783
PO BOX 1067
CHARLOTTE NC 28201-1067

CREDITOR ID: 542496-BI
PACIFIC CORNETTA
18280 SW 108TH AVENUE
TUALATIN OR 97062

CREDITOR ID: 542497-BI
PACIFIC CORNETTA
25999 SW CANYON CREEK ROAD
SUITE C
WILSONVILLE OR 97070

CREDITOR ID: 257889-12
PACIFIC CORNETTA
18280 SW 108TH AVENUE
TUALATIN OR 97062

CREDITOR ID: 542498-BI
PACIFIC FOODS OF OREGON INC
19480 SW 97TH AVENUE
TUALATIN OR 97062

CREDITOR ID: 533693-CN
PACIFIC INSURANCE COMPANY
ATTN LEGAL DEPARTMENT
333 S WABASH
CHICAGO IL 60604

CREDITOR ID: 542499-BI
PACIFIC SALES COMPANY
PO BOX 9869
FRESNO CA 93794-9869

CREDITOR ID: 257894-12
PACIFIC SALES COMPANY
PO BOX 9869
FRESNO, CA 93794-9869

CREDITOR ID: 542500-BI
PACIFIC TRELLIS FRUIT
1601 E OLYMPIC BLVD
BLDG# 105
LOS ANGELES CA 90021

CREDITOR ID: 542501-BI
PACIFIC WORLD CORP
BOX 512410
LOS ANGELES CA 90051-0410

CREDITOR ID: 257895-12
PACIFIC WORLD CORPORATION
ATTN JAY LIVINGSTON, CFO
25791 COMMERCENTRE DRIVE
LAKE FOREST CA 92630

CREDITOR ID: 383116-51
PACIFICARE
221 N. CHARLES LINDBERGH DRIVE
SALT LAKE CITY, UT 84116

CREDITOR ID: 383112-51
PACIFICARE OF FLA
10833 VALLEY VIEW DRIVE
CYPRESS, CA 90630

CREDITOR ID: 542502-BI
PACKAGE SUPPLY & EQUIP
P O BOX 1791
COLUMBIA SC 29202-1791

CREDITOR ID: 257899-12
PACKAGE SUPPLY & EQUIP CO INC
ATTN DONALD L CLINE, CFO/TREAS
JOYCE HARBER, CREDIT MGR
PO BOX 19021
GREENVILLE, SC 29602

CREDITOR ID: 542503-BI
PACKAGING SPECIALTIES INC
PO BOX 360
FAYETTEVILLE AR 72702-0360

CREDITOR ID: 542504-BI
PACKARD TRUCK LINES INC
PO BOX 1536
HARVEY LA 70059

CREDITOR ID: 397767-99
PACKERLAND HOLDINGS
C/O MCGUIREWOODS LLP
ATTN: ROBERT A COX, JR
BANK OF AMERICA CORP CNTR
100 N TRYON ST, STE 2900
CHARLOTTE NC 28202-4011

CREDITOR ID: 542505-BI
PACKERLAND PACKING CO
PO BOX 641823
CINCINNATI OH 45264-1823

CREDITOR ID: 542506-BI
PACKERLAND PLAINWELL
PO BOX 641823
CINCINNATI OH 45264-1823

CREDITOR ID: 556749-BC
PACKO, ALEXIS
413 PORPOISE POINT DR.
SAINT AUGUSTINE FL 32084

CREDITOR ID: 542509-BI
PACTIV CORP
PO BOX 905863
CHARLOTTE NC 28290-5863

CREDITOR ID: 542508-BI
PACTIV CORP
PO BOX 905863
CHARLOTTE NC 28290

CREDITOR ID: 542507-BI
PACTIV CORP
7615 OMNITECH PL
SUITE 1
ATTEN DEBRA PROFETA
VICTORY NY 14564-9776

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 279257-35<br>PACTIV CORPORATION<br>ATTN E T WALTERS, VP & CONTROLLER<br>1900 W FIELD COURT<br>LAKE FOREST IL 60045 | CREDITOR ID: 556750-BC<br>PADGETT, JR, VERNON<br>904 19TH STREET<br>WEST PALM BEACH FL 33407 | CREDITOR ID: 407054-MS<br>PADGETT, RUEL D<br>19511 N TRENT JONES DR<br>BATON ROUGE LA 70810 |
| CREDITOR ID: 391918-55<br>PADILLA, CATALINA<br>C/O BOGIN, MUNNS & MUNNS<br>ATTN CYNTHIA M THOMAS, ESQ<br>PO BOX 2807<br>ORLANDO FL 32802-2807 | CREDITOR ID: 536360-BA<br>PADILLA, JANICE<br>633 BELLTOWER AVENUE, APT. B<br>DELTONA FL 32725 | CREDITOR ID: 538544-BA<br>PADILLA, JANICE<br>C/O STEVEN VASILAROS, ESQ.<br>VASILAROS & POLITIS, P.A.<br>809 DELTONA BLVD<br>SUITE B<br>DELTONA FL 32725 |
| CREDITOR ID: 556751-BC<br>PADILLA, KRISTINA<br>321 JOHNSON AVENUE<br>LAKE PLACID FL 33852 | CREDITOR ID: 392747-55<br>PADILLA, MARIA<br>C/O MARCO A QUESADA PA<br>ATTN MARCO A QUESADA, ESQ<br>46 NE 6TH STREET<br>MIAMI FL 33132 | CREDITOR ID: 536361-BA<br>PADRON, AMADOR<br>5554 BALFREY DR<br>WEST PALM BEACH FL 33413 |
| CREDITOR ID: 390636-55<br>PADRON, DAISY<br>C/O PAUL BERSACH, PA<br>ATTN PAUL BERSACH, ESQ<br>5040 NW 7TH AVE, SUITE 920<br>MIAMI FL 33126 | CREDITOR ID: 556753-BC<br>PAEZ, HELENE<br>3841 27 3RD STREET<br>POMPANO BEACH FL 33064 | CREDITOR ID: 556752-BC<br>PAEZ, PATRICIA<br>10145 NW 9TH STREET CIRCLE #30<br>MIAMI FL 33172 |
| CREDITOR ID: 391008-55<br>PAEZ, VIVIAN<br>C/O JEFF D VASTOLA, PA<br>ATTN JEFF VASTOLA OR J SCHULZ, ESQS<br>ONE CLEARLAKE CENTRE, STE 1404<br>250 AUSTRALIAN AVE S<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 391948-55<br>PAGAN, ELIZABETH<br>505 JENNINGS AVENUE<br>GREENACRES FL 33463 | CREDITOR ID: 556754-BC<br>PAGAN, MICHELE<br>2718 OSPREY CREEK LANE<br>ORLANDO FL 32825 |
| CREDITOR ID: 187805-09<br>PAGAN, REBECCA L<br>9852 DEAN WOODS PL<br>ORLANDO FL 32825-6553 | CREDITOR ID: 187805-09<br>PAGAN, REBECCA L<br>C/O THE ALLEN FIRM, PA<br>ATTN FRANK T ALLEN, ESQ<br>605 E ROBINSON STREET, SUITE 130<br>ORLANDO FL 32801 | CREDITOR ID: 382183-51<br>PAGAS MAILING SERVICES<br>8312 MORGANS WAY<br>RALEIGH, NC 27813 |
| CREDITOR ID: 257919-12<br>PAGAS MAILING SERVICES<br>COX NC PUBLICATIONS, INC<br>ATTN LUCY TAYLOR, CONTROLLER<br>1801 ANACONDA ROAD<br>TARBORO, NC 27886 | CREDITOR ID: 542510-BI<br>PAGE INTERNATIONAL<br>PO BOX 10012<br>SAVANNAH GA 31412 | CREDITOR ID: 257920-12<br>PAGE INTERNATIONAL<br>PO BOX 10012<br>SAVANNAH, GA 31412 |
| CREDITOR ID: 556755-BC<br>PAGE, BUTCH<br>5421 WOODDUCK WAY<br>LAKE PARK GA 31636 | CREDITOR ID: 556756-BC<br>PAGE, CONSTANCE<br>P.O. BOX 865<br>PANACEA FL 32346 | CREDITOR ID: 536362-BA<br>PAGE, LUELLA<br>56310 NW 22ND AVE<br>OPA-LOCKA FL 33054 |
| CREDITOR ID: 538545-BA<br>PAGE, LUELLA<br>C/O DAVID S. MAGRAM, ESQ.<br>DAVID S. MAGRAM, P.A.<br>801 N.E. 167TH ST., 2ND FLOOR<br>NORTH MIAMI BEACH FL 33162 | CREDITOR ID: 536363-BA<br>PAGE, VIRGINIA CATHERINE<br>700 S.E. 6TH AVENUE, APT. 217<br>DEERFIELD BEACH FL 33441 | CREDITOR ID: 536364-BA<br>PAICELY, TONYA<br>1128 46TH STREET<br>WEST PALM BEACH FL 33407 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:     WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 383111-51<br>PAID PRESCRIPTIONS<br>100 PARSONS POND DRIVE<br>FRANKLIN LAKES, NJ 07417 | CREDITOR ID: 542511-BI<br>PAIGE ONE MEDICAL LLC<br>8369 FLORIDA BLVD<br>SUITE 6<br>DENHAM SPRINGS LA 70726 | CREDITOR ID: 407055-MS<br>PAIT, ROBERT F<br>521 SLOPING HILL LANE<br>FUQUAY VARINA NC 27526 |
| CREDITOR ID: 542512-BI<br>PAJ<br>893 FOX CREEK LANE<br>CINCINNATI OH 45233 | CREDITOR ID: 2461-07<br>PAJ<br>336 EASTVIEW CT<br>LUDLOW KY 41016-1700 | CREDITOR ID: 556757-BC<br>PAJAK, NOREEN<br>615 CHERRY TREE LANE<br>DELAND FL 32724 |
| CREDITOR ID: 393177-55<br>PAKOLA, JOSEPH G<br>4836 SW 115 ST<br>OCALA FL 34476 | CREDITOR ID: 392905-55<br>PALADINO, PHYLLIS<br>C/O DAVID J ACHER, PA<br>ATTN DAVID J ACHER, ESQ<br>401 E LAS OLAS BLVD, SUITE 1400<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 542513-BI<br>PALATKA DAILY NEWS<br>PO BOX 777<br>PALATKA FL 32178-0777 |
| CREDITOR ID: 257925-12<br>PALATKA DAILY NEWS<br>PO BOX 777<br>PALATKA, FL 32178-0777 | CREDITOR ID: 542514-BI<br>PALATKA GAS AUTHORITY<br>PO BOX 978<br>PALATKA FL 32178-0978 | CREDITOR ID: 556758-BC<br>PALAZIO, GLORIA<br>8454 S W 75 STREET<br>MIAMI FL 33143 |
| CREDITOR ID: 542515-BI<br>PALISADES INVESTORS LLC<br>P O BOX 4767<br>COLUMBUS GA 31914 | CREDITOR ID: 1678-07<br>PALISADES INVESTORS LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M BARKER JR, ESQ<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 1678-07<br>PALISADES INVESTORS LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 |
| CREDITOR ID: 257929-12<br>PALISADES INVESTORS LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M BARKER JR, ESQ<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 257929-12<br>PALISADES INVESTORS LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 | CREDITOR ID: 542516-BI<br>PALLET CONSULTANTS<br>PO BOX 1692<br>POMPANO BEACH FL 33061 |
| CREDITOR ID: 542517-BI<br>PALLETONE<br>PO BOX 819<br>BARTOW FL 33831 | CREDITOR ID: 1679-07<br>PALM AIRE MARKETPLACE<br>3333 NEW HYDE PARK RD<br>PO BOX 5020<br>NEW  HYDE  PARK, NY 11042-0020 | CREDITOR ID: 542518-BI<br>PALM AIRE MARKETPLACE LL<br>3333 NEW HYDE PARK RD<br>PO BOX 5020<br>NEW HYDE PARK NY 11042-0020 |
| CREDITOR ID: 410842-15<br>PALM AIRE MARKETPLACE, LLC<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | CREDITOR ID: 542519-BI<br>PALM BAY UTILITIES<br>120 MALABAR RD SE<br>PALM BAY FL 32907-3009 | CREDITOR ID: 542520-BI<br>PALM BAY WEST<br>C/O EDENS & AVANT<br>P O BOX 528<br>COLUMBIA SC 29202 |
| CREDITOR ID: 1680-07<br>PALM BAY WEST<br>C/O EDENS & AVANT<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 542521-BI<br>PALM BEACH 2000 INC<br>% DACAR MANAGEMENT LLC<br>336 E DANIA BEACH BLVD<br>DANIA FL 33004 | CREDITOR ID: 1681-07<br>PALM BEACH 2000 INC<br>C/O DACAR MANAGEMENT LLC<br>336 E DANIA BEACH BLVD<br>DANIA, FL 33004-0992 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 542522-BI<br>PALM BEACH ATLANTIC UNIVERSITY<br>LLOYD L GREGORY SCHOOL<br>PO BOX 24708<br>ATTN: MELINDA MITCHELL<br>WEST PALM BEACH FL 33416 | CREDITOR ID: 542524-BI<br>PALM BEACH CITY WATER UTILITY<br>PO BOX 24740<br>WEST PALM BEACH FL 33416-6097 | CREDITOR ID: 542523-BI<br>PALM BEACH CITY WATER UTILITY<br>PO BOX 16097<br>WEST PALM BEACH FL 33416-6097 |
| CREDITOR ID: 542526-BI<br>PALM BEACH COUNTY<br>TAX COLLECTOR<br>301 N OLIVE AVENUE 3RD FLOOR<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 542525-BI<br>PALM BEACH COUNTY<br>301 N OLIVE AVENUE<br>7TH FLOOR    PROPANE TAX<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 542527-BI<br>PALM BEACH COUNTY FINANCE DEPARTMENT<br>PO BOX 3977<br>WEST PALM BEACH FL 33402 |
| CREDITOR ID: 542528-BI<br>PALM BEACH COUNTY SHERIFFS OFFICE<br>PO BOX 24681<br>BURGLAR ALARM /ACCT UNIT<br>WEST PALM BEACH FL 33416 | CREDITOR ID: 542529-BI<br>PALM BEACH NEWSPAPERS INC<br>P O BOX 24694<br>WEST PALM BEACH FL 33416-4694 | CREDITOR ID: 382185-51<br>PALM BEACH POST<br>2751 SOUTH DIXIE HWY<br>WEST PALM BEACH, FL 33416 |
| CREDITOR ID: 262866-12<br>PALM BEACH POST, THE<br>ATTN SUZAN MELDONIAN, CR MGR<br>PO BOX 24700<br>WEST PALM BEACH, FL 33416-4700 | CREDITOR ID: 542530-BI<br>PALM COAST CORNERS ASSOC LP<br>525 PHARR RD NE<br>ATLANTA GA 30305 | CREDITOR ID: 542531-BI<br>PALM COAST CORNERS ASSOC LP<br>C/O UNITED CORNERS INC<br>525 PHARR ROAD<br>ATLANTA GA 30305 |
| CREDITOR ID: 1682-07<br>PALM COAST CORNERS ASSOC LP<br>C/O UNITED CORNERS INC<br>525 PHARR ROAD<br>ATLANTA, GA 30305 | CREDITOR ID: 257948-12<br>PALM COAST CORNERS ASSOC LP<br>C/O UNITED CORNERS INC<br>ATTN DANIEL WHITE, ASST CONTROLLER<br>JULIAN S BETTS JR<br>525 PHARR ROAD<br>ATLANTA, GA 30305 | CREDITOR ID: 257947-12<br>PALM COAST CORNERS ASSOC LP<br>ATTN DANIEL WHITE, ASST CONTROLLER<br>JULIAN S BUTTS JR<br>525 PHARR RD NE<br>ATLANTA, GA 30305 |
| CREDITOR ID: 315885-40<br>PALM LAKES LLC MEADOWTHROPE MA<br>C/O COLEMAN GROUP<br>2285 EXECUTIVE DRIVE<br>LEXINGTON, KY 40505 | CREDITOR ID: 533711-15<br>PALM LAKES, LLC BY<br>COLEMAN GROUP<br>C/O WYATT TARRANT & COMBS, LLP<br>ATTN MARY L FULLINGTON, ESQ<br>250 WEST MAIN STREET, SUITE 1600<br>LEXINGTON KY 40507 | CREDITOR ID: 542532-BI<br>PALM SPRING MILE ASSOCIATES LTD COMPONET<br>PO BOX 59<br>LAUREL NY 11948 |
| CREDITOR ID: 408275-99<br>PALM SPRINGS MILE ASSOCIATES, LTD<br>C/O KELLY DRYE & WARREN, LLP<br>ATTN: ROBERT L LEHANE, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | CREDITOR ID: 408275-99<br>PALM SPRINGS MILE ASSOCIATES, LTD<br>C/O HELD & ISREAL<br>ATTN: EDWIN W HELD, JR., ESQ<br>1301 RIVERPLACE BLVD<br>SUITE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 411147-15<br>PALM SPRINGS MILE ASSOCS, LTD<br>C/O KELLEY DRYE & WARREN, LLP<br>ATTN: JAMES S. CARR, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 |
| CREDITOR ID: 411147-15<br>PALM SPRINGS MILE ASSOCS, LTD<br>ATTN DIANA MARRONE<br>419 W 49TH STREET, SUITE 300<br>HIALEAH FL 33012 | CREDITOR ID: 542533-BI<br>PALM TRAILS PLAZA<br>C/O REGANCY CENTERS LP<br>PO BOX 532937<br>ATLANTA GA 30353-2937 | CREDITOR ID: 1683-07<br>PALM TRAILS PLAZA<br>C/O REGANCY CENTERS LP<br>PO BOX 532937<br>ATLANTA, GA 30353-2937 |
| CREDITOR ID: 391119-55<br>PALM, HEATHER<br>C/O SIMPSON & SIMPSON<br>ATTN  WILLIAM PAUL SIMPSON, ESQ<br>PO BOX 1017<br>AMITE LA 70422 | CREDITOR ID: 542534-BI<br>PALMER ELECTRIC CONSTRUCTION<br>1023 NORTH BEVERLYE ROAD<br>DOTHAN AL 36303 | CREDITOR ID: 257955-12<br>PALMER ELECTRIC CONSTRUCTION<br>1023 NORTH BEVERLYE ROAD<br>DOTHAN, AL 36303 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of**
**Reorganization, (B) Occurrence of Effective Date**
**of Plan, and (C) Bar Dates for Filing claims Arising**
**before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 542536-BI
PALMER REIFLER & ASSOCIATES INC
PO BOX 607774
ORLANDO FL 32860-7774

CREDITOR ID: 542535-BI
PALMER REIFLER & ASSOCIATES INC
1900 SUMMIT TOWER BLVD
SUITE 540
ORLANDO FL 32810

CREDITOR ID: 536365-BA
PALMER, CHANTAY
1623 NW 16TH STREET
FORT LAUDERDALE FL 33311

CREDITOR ID: 538546-BA
PALMER, CHANTAY
C/O MICHAEL B MORSILLO ESQ
LAW OFFICES OF MICHAEL M MORSILLO
345 EAST COMMERICAL BLVD
FT LAUDERDALE FL 33334

CREDITOR ID: 391945-55
PALMER, HENRY
C/O CHANFRAU & CHANFRAU
ATTN WILLIAM M CHANFRAU JR, ESQ
701 N PENINSULA DRIVE
DAYTONA BEACH FL 32118

CREDITOR ID: 536366-BA
PALMER, LAQUAILA
515 NW 14TH AVE, APT B-206
FORT LAUDERDALE FL 33311

CREDITOR ID: 538547-BA
PALMER, LAQUAILA
C/O JEFFREY BRAXTON
LAW OFFICE  OF  STEVEN  E.. SLOOTSKY
2701  W. OAKLAND PARK BLVD
SUITE 100
FORT LAUDERDALE FL 33311

CREDITOR ID: 536745-BA
PALMER, PAMELA
10981 ACORN PARKE DR E
JACKSONVILLE FL 32218

CREDITOR ID: 2515-07
PALMER, ROBERT H JR
C/O HERNDON COLEMAN BRADING & MCKEE
ATTN EDWARD T BRADING, ESQ
PO BOX 1160
JOHNSON CITY TN 37605-1160

CREDITOR ID: 2515-07
PALMER, ROBERT H JR
PO BOX 3146
JOHNSON CITY, TN 37602

CREDITOR ID: 534959-97
PALMER, ROBERT H JR, [DECEASED]
DIANE GRACEY-PALMER, PERSONAL REP
120 BELMEADE CIRCLE
JOHNSON CITY TN 37601

CREDITOR ID: 542537-BI
PALMETTO ADHESIVES AND PACKAGING
PO BOX 2758
GREENVILLE SC 29602

CREDITOR ID: 542538-BI
PALMETTO CANNING CO
P O BOX 155
PALMETTO FL 34220-0155

CREDITOR ID: 542539-BI
PALMETTO ELEMENTARY SCHOOL
P O BOX 200
PALMETTO LA 71358

CREDITOR ID: 257963-12
PALMETTO GBA DMERC OVERPAYMENT
PO BOX 100183
COLUMBIA, SC 29202-3183

CREDITOR ID: 257965-12
PALMETTO PACKAGING & PAPER
ATTN TIM WILSON, VP
PO BOX 2758
GREENVILLE, SC 29602

CREDITOR ID: 542540-BI
PALMETTO PLACE CENTER LLC
PO BOX 125
HONEA PATH SC 29654

CREDITOR ID: 2463-07
PALMETTO PLACE CENTER LLC
PO BOX 125
HONEA PATH, SC 29654

CREDITOR ID: 257966-12
PALMETTO PLACE, LLC
ATTN M L GAMBELL
PO BOX 125
HONEA PATH, SC 29654

CREDITOR ID: 411423-15
PALMETTO PLACE, LLC
C/O LEATHERWOOD WALKER TODD & MANN
ATTN F MARION HUGHES, ESQ
PO BOX 87
GREENVILLE SC 29602

CREDITOR ID: 542541-BI
PALMETTO WELDING SUPPLY
431 W BUTLER RD
MAULDIN SC 29662

CREDITOR ID: 389674-54
PALMORE, SARAH
C/O RON GOODSON
2319 FLINTLOCK DRIVE
STONE MOUNTAIN, GA 30087

CREDITOR ID: 411079-15
PALUXY RD HEALTHCARE INC/HEALTH FACILITIES CREDIT
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 384279-47
PAMALEE PLAZA ASSOCIATES
C/O SWAIN MANAGEMENT LLC
ATTN H DAVID SWAIN
1111 MILITARY CUTOFF ROAD, STE 251
WILMINGTON, NC 28405

CREDITOR ID: 384279-47
PAMALEE PLAZA ASSOCIATES
C/O BLANCO, TACKABERY, ET AL
ATTN GENE B TARR, ESQ
PO DRAWER 25008
WINSTON-SALEM NC 27114-5008

CREDITOR ID: 542544-BI
PAMELA BALLARD
4400 JEFFERSON POINTE LANE
APT# 18
PRINCE GEORGE VA 23875

CREDITOR ID: 542550-BI
PAMELA MATTHIS
42089 FIRETOWER ROAD
PONCHATOULA LA 70454

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 542553-BI<br>PAMELLA TEASTER<br>380 WILSON BLVD NORTH<br>NAPLES FL 34120 | CREDITOR ID: 257987-12<br>PAMLICO DIST CO<br>PO BOX 1326<br>WASHINGTON, NC 27889 | CREDITOR ID: 542554-BI<br>PAN AMERICAN GRAIN MANUFACTURING CO. INC<br>CALLE CLAUDIA #9<br>AMELIA INDUSTRIAL PARK<br>GUAYNABO PR 00968 |
| CREDITOR ID: 542555-BI<br>PANACEA AREA WATER SYSTEM<br>PO BOX 215<br>PANACEA FL 32346 | CREDITOR ID: 257990-12<br>PANACEA AREA WATER SYSTEM<br>C/O MOWREY & BIGGINS, PA<br>ATTN JASON H EGAN, ESQ<br>515 N ADAMS STREET<br>TALLAHASSEE FL 32301-1111 | CREDITOR ID: 257990-12<br>PANACEA AREA WATER SYSTEM<br>PO BOX 215<br>PANACEA, FL 32346 |
| CREDITOR ID: 542556-BI<br>PANAMA CITY AMERIGAS<br>1832 EAST 3RD STREET<br>PANAMA CITY FL 32401-4800 | CREDITOR ID: 382314-51<br>PANAMA CITY NEWS HERALD<br>ATTN KAREN TAGGART CONTROLLER<br>PO BOX 1940<br>PANAMA CITY, FL 32402 | CREDITOR ID: 542557-BI<br>PANAMA CITY UTILITIES DEPT<br>PO BOX 2487<br>PANAMA CITY FL 32402-2487 |
| CREDITOR ID: 542558-BI<br>PANAMA JACK CAPO SUNGLASSES<br>1 SUNSHINE BLVD<br>ORMOND BEACH FL 32174 | CREDITOR ID: 542559-BI<br>PANAMA JACK CAPO SUNGLASSES<br>2 SUNSHINE BLVD<br>STYLE SCIENCE<br>ORMOND BEACH FL 32174 | CREDITOR ID: 257992-12<br>PANAMA JACK CAPO SUNGLASSES<br>1 SUNSHINE BLVD<br>ORMOND BEACH, FL 32174 |
| CREDITOR ID: 542560-BI<br>PANAMERICAN FOOD LLC<br>1375 NW 89 COURT<br>DORAL FL 33172 | CREDITOR ID: 542561-BI<br>PANARAMA/ATLANTA CHEESECAKE COMPANY<br>1300 SHILOH ROAD<br>KENNESAW GA 30144 | CREDITOR ID: 542562-BI<br>PANASONIC COMMUNICATIONS & SYS<br>LEASE ADMINISTRATION CENTER<br>PO BOX 371992<br>PITTSBURGH PA 15250-7992 |
| CREDITOR ID: 410909-15<br>PANASONIC CORPORATION OF N AMERICA<br>ATTN LEONARD SLOANE, DIR<br>TWO PANASONIC WAY, 7D-5<br>SECAUCUS NJ 07094 | CREDITOR ID: 542563-BI<br>PANASONIC DIGITAL DOCUMENT CO LEASE<br>ADMINISTRATION CENTER<br>PO BOX 7023<br>TROY MI 48007-7023 | CREDITOR ID: 399663-72<br>PANASONIC DOCUMENT IMAGING CO<br>ADMINISTRATION CENTER<br>PO BOX 7023<br>TROY MI 48007-7023 |
| CREDITOR ID: 542565-BI<br>PANASONIC INDUSTRIAL CO<br>PO BOX 905357<br>CHARLOTTE NC 28290-5357 | CREDITOR ID: 542564-BI<br>PANASONIC INDUSTRIAL CO<br>PO BOX 905356<br>CHARLOTTE NC 28290-5356 | CREDITOR ID: 257995-12<br>PANASONIC INDUSTRIAL CO<br>PO BOX 905357<br>CHARLOTTE, NC 28290-5357 |
| CREDITOR ID: 393312-55<br>PANDA, KELEMOGILE<br>C/O KENNEDY LAW GROUP<br>ATTN J D MALKOWSKI/M DONALDSON ESQS<br>5100 W. KENNEDY BLVD, SUITE 100<br>TAMPA FL 33609 | CREDITOR ID: 395327-63<br>PANHANDLE ALARM & TELEPHONE<br>10 INDUSTRIAL BLVD.<br>PENSACOLA, FL 32503-7602 | CREDITOR ID: 542566-BI<br>PANHANDLE ALARM & TELEPHONE CO INC<br>10 INDUSTRIAL BLVD<br>PENSACOLA FL 32503-7647 |
| CREDITOR ID: 257997-12<br>PANHANDLE ALARM & TELEPHONE CO INC<br>10 INDUSTRIAL BLVD<br>PENSACOLA, FL 32503-7647 | CREDITOR ID: 542567-BI<br>PANHANDLE EMPLOYMENT GUIDE<br>PO BOX 22846<br>TAMPA FL 33622-2846 | CREDITOR ID: 542568-BI<br>PANHANDLE FOOD SERVICE<br>PO BOX 97<br>CHIPLEY FL 32428 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 535015-W9<br>PANHANDLE FOOD SERVICE INC<br>219 THREE POND ROAD<br>COTTONDALE FL 32431 | CREDITOR ID: 257999-12<br>PANHANDLE FOOD SERVICE INC<br>ATTN JAMES LOTT<br>PO BOX 97<br>CHIPLEY, FL 32428 | CREDITOR ID: 542569-BI<br>PANHANDLE KEY AND SAFE<br>1451 JENKS AVENUE<br>PANAMA CITY FL 32401 |
| CREDITOR ID: 556759-BC<br>PANNELL, KAREN<br>129 JULES LANE<br>ASHFORD AL 36312 | CREDITOR ID: 542570-BI<br>PANTHER BASEBALL CLUB<br>DONNA VERES<br>15739 75TH WAY NORTH<br>PALM BEACH GARDENS FL 33418 | CREDITOR ID: 536746-BA<br>PANTOJA, NORMA   SAEZ<br>4820 32ND DR. S<br>LAKE WORTH FL 33461 |
| CREDITOR ID: 538548-BA<br>PANTOJA, NORMA   SAEZ<br>C/O GORDON & DONER P.A.<br>4114 NORTHLAKE BLVD. STE 200<br>PALM BEACH GARDENS FL 33410 | CREDITOR ID: 536747-BA<br>PAPADOPOULOS, PAMELA<br>19501 WHISPERING PINES ROAD<br>MIAMI FL 33157 | CREDITOR ID: 538549-BA<br>PAPADOPOULOS, PAMELA<br>C/O HOWARD R. GROSS<br>GROSS & TELISMAN, PA<br>12805 SW 84TH AVENUE RD<br>MIAMI FL 33156 |
| CREDITOR ID: 542571-BI<br>PAPER MAGIC GROUP, INC PA<br>PO BOX 8500-50440<br>PHILADELPHIA PA 19178 | CREDITOR ID: 258003-12<br>PAPERCON<br>PO BOX 930351<br>ATLANTA, GA 31193 | CREDITOR ID: 542573-BI<br>PAPERCON<br>PO BOX 930351<br>ATLANTA GA 31193 |
| CREDITOR ID: 542572-BI<br>PAPERCON<br>135 SOUTH LASALLE<br>DEPT 2210<br>CHICAGO IL 60674-2210 | CREDITOR ID: 542575-BI<br>PAPERCRAFT<br>PO BOX 198940<br>ATLANTA GA 30384-8940 | CREDITOR ID: 542574-BI<br>PAPERCRAFT<br>PO BOX 19894<br>ATLANTA GA 30384-8940 |
| CREDITOR ID: 556760-BC<br>PAPIUS, SYLVIA<br>5036 BOA CIRCLE<br>LAKE WORTH FL 33463 | CREDITOR ID: 407056-MS<br>PAPPAS, BEVERLY<br>3646 CATTAIL DRIVE S<br>JACKSONVILLE FL 32223 | CREDITOR ID: 556761-BC<br>PAPPAS, RITA<br>12007 BAYTREE DRIVE<br>RIVERVIEW FL 33569 |
| CREDITOR ID: 403873-94<br>PARADELAS, CHARLES J<br>PO BOX 1222<br>LIVINGSTON LA 70754 | CREDITOR ID: 258005-12<br>PARADIES GIFT INC<br>PO BOX 681788<br>ORLANDO, FL 32868-1788 | CREDITOR ID: 542576-BI<br>PARADIES GIFT INC<br>PO BOX 681788<br>ORLANDO FL 32868-1788 |
| CREDITOR ID: 542577-BI<br>PARADISE ELEMENTARY<br>5010 MONROE HWY<br>PINEVILLE LA 71360 | CREDITOR ID: 542578-BI<br>PARADISE FRUIT CO., INC.<br>PO BOX Y<br>ATTN: GENE WEINER<br>PLANT CITY FL 33564 | CREDITOR ID: 1685-07<br>PARADISE ISLE LLC<br>C/O L W CAVE REAL ESTATE INC<br>PO BOX 81322<br>MOBILE, AL 36689 |
| CREDITOR ID: 542579-BI<br>PARADISE ISLE LLC<br>C/O L W CAVE REAL ESTATE INC<br>PO BOX 81322<br>MOBILE AL 36698 | CREDITOR ID: 397103-67<br>PARADISE TRAVEL CENTER<br>C/O BARBARA MUSIBAY<br>2925 SW 93RD PLACE<br>MIAMI, FL 33165 | CREDITOR ID: 278935-30<br>PARAGON FINANCIAL GROUP INC<br>PO BOX 6247<br>FT LAUDERDALE, FL 33310 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                               **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 542580-BI<br>PARAGON FINANCIAL GROUP INC<br>PO BOX 6247<br>FT LAUDERDALE FL 33310 | CREDITOR ID: 258012-12<br>PARALLEL REFRIGERATION INC<br>1551 NORTHWEST 93RD AVENUE<br>MIAMI, FL 33172 | CREDITOR ID: 542581-BI<br>PARALLEL REFRIGERATION INC<br>1551 NORTHWEST 93RD AVENUE<br>MIAMI FL 33172 |
| CREDITOR ID: 410702-15<br>PARALLON, DANIELA (MINOR)<br>C/O MANUELE GARCIA, ESQ<br>515 WHITEHEAD STREET<br>KEY WEST FL 33040 | CREDITOR ID: 542583-BI<br>PARAMEDICAL SERVICES INC<br>3520 NORTH MONROE STREET<br>TALLAHASSEE FL 32303 | CREDITOR ID: 542582-BI<br>PARAMEDICAL SERVICES INC<br>2963 MILTON STREET<br>MARIANNA FL 32446 |
| CREDITOR ID: 258014-12<br>PARAMOUNT CHEMICAL SPECIALTIES INC<br>PO BOX 124<br>REDMOND, WA 98073 | CREDITOR ID: 542584-BI<br>PARAMOUNT CHEMICAL SPECIALTIES INC<br>PO BOX 124<br>REDMOND WA 98073 | CREDITOR ID: 542585-BI<br>PARAMOUNT FARMS<br>PO BOX 200937<br>DALLAS TX 75320-0937 |
| CREDITOR ID: 405328-95<br>PARAMOUNT FARMS INC<br>ATTN C LEE, CR MGR/A ASCH, ESQ<br>11444 W OLYMPIC BLVD, SUITE 250<br>LOS ANGELES CA 90064 | CREDITOR ID: 258015-12<br>PARAMOUNT FARMS, INC<br>PO BOX 200937<br>DALLAS TX 75320-0937 | CREDITOR ID: 258016-12<br>PARCO FOODS LLC<br>DIV OF RALCORP HOLINGS<br>ATTN C R BERDINE/GLENDA GRIMMES<br>PO BOX 1451<br>MILWAUKEE, WI 53201 |
| CREDITOR ID: 542586-BI<br>PARCO FOODS LLC<br>PO BOX 1451<br>MILWAUKEE WI 53201 | CREDITOR ID: 393621-55<br>PARDO, ROSARIO<br>C/O TONY C FRANCIS, PA<br>ATTN TONY C FRANCIS, ESQ<br>PO BOX 771243<br>ORLANDO FL 32877-1243 | CREDITOR ID: 556762-BC<br>PARDUE, DEBORAH<br>4772 COBBLESTONE LANE<br>TALLAHASSEE FL 32375 |
| CREDITOR ID: 391826-55<br>PARENTE, DOROTHY<br>C/O LAW OFFICES OF JOHN W PARENTE<br>ATTN JOHN W PARENTE, ESQ<br>PO BOX 1771<br>VENICE FL 34284-1771 | CREDITOR ID: 391044-55<br>PARETTI, JOYCE<br>C/O BARTHOLOMEW LAW OFFICES<br>ATTN HAROLD S BARTHOLOMEW JR ESQ<br>3115 METAIRIE ROAD<br>METAIRIE LA 70001 | CREDITOR ID: 258025-12<br>PARFUMS DE COEUR LTD<br>ATTN M STEWART/CINDY NIKBIN, VP CR<br>CHURCH STREET STATION<br>PO BOX 6349<br>NEW YORK, NY 10249-6349 |
| CREDITOR ID: 542587-BI<br>PARFUMS DE COEUR LTD<br>CHURCH STREET STATION<br>P O BOX 6349<br>NEW YORK NY 10249-6349 | CREDITOR ID: 542588-BI<br>PARIS ACCESSORIES INC<br>350 FIFTH AVENUE<br>NEW YORK NY 10118-0024 | CREDITOR ID: 542589-BI<br>PARIS BUSINESS PRODUCTS<br>PO BOX 820129<br>PHILADELPHIA PA 19182-0129 |
| CREDITOR ID: 258026-12<br>PARIS BUSINESS PRODUCTS, INC<br>ATTN JOANNE MARINI, CR MGR<br>800 HIGHLAND DRIVE<br>WESTAMPTON NJ 08060 | CREDITOR ID: 542590-BI<br>PARISH & CITY TREASURER<br>FINANCE DEPT REV DIV<br>P O BOX  2590<br>BATON ROUGE LA 70821 | CREDITOR ID: 542591-BI<br>PARISH DISPOSAL INC<br>21164 HIGHWAY 16<br>FRANKLINTON LA 70438 |
| CREDITOR ID: 410951-15<br>PARISH OF ACADIA SCHOOL BOARD<br>ATTN JANET STELLY, TAX COLLECTOR<br>2402 N PARKERSON<br>PO BOX 309<br>CROWLEY LA 70527-0309 | CREDITOR ID: 239861-06<br>PARISH OF ASCENSION SALES & TAX<br>PO BOX 1718<br>GONZALES LA 70707-1718 | CREDITOR ID: 242609-12<br>PARISH OF ASCENSION SHERIFF<br>ATTN JEFFREY F WILEY<br>PO BOX 268<br>DONALDSONVILLE, LA 70346 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 258030-12<br>PARISH OF ASCENSION TAX COLLECTOR<br>PO BOX 268<br>PROPERTY  TAX<br>DONALDSONVILLE LA 70346-0268 | CREDITOR ID: 410757-15<br>PARISH OF AVOYELLES SCHOOL BOARD<br>ATTN WILFRED DUCOTE<br>221 WEST TUNICA DRIVE<br>MARKSVILLE LA 71351 | CREDITOR ID: 452130-15<br>PARISH OF CALCASIEU, LA<br>SHERIFF & TAX COLLECTOR<br>ATTN S C PERRY, DEPUTY TAX COLL<br>PO BOX 1787<br>LAKE CHARLES LA 70602 |
| CREDITOR ID: 492829-15<br>PARISH OF EVANGELINE, LA<br>C/O SMITH, GAMBRELL & RUSSELL, LLP<br>ATTN ANDREW KEITH DAW, ESQ<br>BANK OF AMERICA TOWER<br>50 NORTH LAURA STREET, SUITE 2600<br>JACKSONVILLE FL 32202 | CREDITOR ID: 492829-15<br>PARISH OF EVANGELINE, LA<br>EVANGELINE SHERIFF, 22039<br>ATTN WAYNE MOREIN<br>200 COURT STREET, SUITE 100<br>VILLE PLATTE LA 70586 | CREDITOR ID: 251990-12<br>PARISH OF IBERIA, LA  SHERIFF<br>C/O TAX DEPARTMENT<br>ATTN EARL RUBICHEARY, SR CHIEF DPTY<br>RAY BIEUVENU, DPTY TAX COLL<br>300 IBERIA ST, SUITE 120<br>NEW IBERIA, LA 70560-4584 |
| CREDITOR ID: 533782-15<br>PARISH OF JEFFERSON<br>C/O BUREAU OF REVENUE AND TAXATION<br>ATTN ANDREW J LEBLANC JR, DIRECTOR<br>200 DERBIGNY STREET<br>GRETNA LA 70053 | CREDITOR ID: 252893-12<br>PARISH OF JEFFERSON SHERRIFFS OFF<br>4116 HESSMER AVENUE<br>METAIRIE, LA 70002 | CREDITOR ID: 402088-15<br>PARISH OF JEFFERSON TAX COLLECTOR<br>C/O BUREAU OF REVENUE & TAXATION<br>ATTN ANDREW J LEBLANC JR, DIRECTOR<br>1233 WESTBANK EXPWAY, B-425<br>HARVEY LA 70058 |
| CREDITOR ID: 252890-12<br>PARISH OF JEFFERSON WATER DEPT<br>C/O JEFFERSON PARISH ATTYS OFFICE<br>ATTN TIMOTHY D VALENTI, ESQ<br>1221 ELMWOOD PARK BLVD SUITE 701<br>HARAHAN, LA 70123 | CREDITOR ID: 260899-12<br>PARISH OF JEFFERSON,<br>SHERIFF & TAX COLLECTOR<br>PO BOX 277<br>GRETNA LA 70054 | CREDITOR ID: 254295-12<br>PARISH OF LAFAYETTE DIST ATTORNEY<br>PO BOX 3306<br>LAFAYETTE, LA 70502 |
| CREDITOR ID: 423153-15<br>PARISH OF LAFAYETTE TAX COLLECTOR<br>ATTN CHARLES A BARTON, JR, SUPV<br>PO BOX 92590<br>LAFAYETTE LA 70509 | CREDITOR ID: 241099-11<br>PARISH OF LAFOURCHE SCHOOL BOARD<br>SALES & USE TAX DEPARTMENT<br>PO BOX 997<br>THIBODAUX, LA 70302-0997 | CREDITOR ID: 258032-12<br>PARISH OF LAFOURCHE TAX COLLECTOR<br>PROPERTY TAX<br>PO BOX 5608<br>THIBODAUX LA 70302-5608 |
| CREDITOR ID: 410938-15<br>PARISH OF POINTE COUPEE POLICE JURY<br>ATTN RONELL ROUBIQUE, DIRECTOR<br>160 EAST MAIN<br>PO BOX 290<br>NEW ROADS LA 70760 | CREDITOR ID: 258033-12<br>PARISH OF POINTE COUPEE,<br>TAX COLLECTOR, SHERIFF AND<br>EX-OFFICIO TAX COLLECTOR<br>PROPERTY TAX<br>PO BOX 248<br>NEW ROADS LA 70760-0248 | CREDITOR ID: 259268-12<br>PARISH OF RAPIDES SHERIFF/TAX COLL<br>PO BOX 1590<br>ALEXANDRIA LA 71309-1590 |
| CREDITOR ID: 395511-64<br>PARISH OF RIVER DISPOSAL<br>PO BOX 10482<br>NEW ORLEANS, LA 70181-0482 | CREDITOR ID: 240501-06<br>PARISH OF ST BERNARD<br>SHERIFF JACK A STEPHENS<br>PO BOX 168<br>CHALMETTE LA 70044-0168 | CREDITOR ID: 240664-06<br>PARISH OF ST BERNARD GOVERNMENT<br>8201 W JUDGE PEREZ  DR<br>CHALMETTE LA 70043 |
| CREDITOR ID: 261640-12<br>PARISH OF ST CHARLES<br>PO BOX 108<br>LULING, LA 70070 | CREDITOR ID: 261641-12<br>PARISH OF ST CHARLES SCHOOL BOARD<br>ATTN PAULA H JEANSOME<br>13855 RIVER ROAD<br>LULING LA 70070 | CREDITOR ID: 261674-12<br>PARISH OF ST JAMES, SCHOOL BOARD<br>SALES & USE TAX DIVISION<br>PO BOX 368<br>LUTCHER, LA 70071-0368 |
| CREDITOR ID: 261675-12<br>PARISH OF ST JAMES, TAX COLLECTOR<br>PROPERTY TAX<br>PO BOX 83<br>CONVENT, LA 70723-0083 | CREDITOR ID: 261685-12<br>PARISH OF ST JOHN SHRF & TX COLL<br>ATTN WAYNE L JONES<br>PO BOX 1600<br>LA PLACE LA 70069-1600 | CREDITOR ID: 318431-42<br>PARISH OF ST JOHN,<br>SHERIFF & TAX COLLECTOR<br>COURTHOUSE<br>LA PLACE LA 70069-1600 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

CREDITOR ID: 261705-12
PARISH OF ST LANDRY SCHOOL BOARD
SALES TAX DIVISION
PO BOX 1210
OPELOUSAS LA 70571-1210

CREDITOR ID: 318438-42
PARISH OF ST LANDRY SHERIFF/TAX
COLLECTOR
COURTHOUSE
OPELOUSAS LA 70571-0390

CREDITOR ID: 241183-11
PARISH OF ST MARTIN SCHOOL BOARD
ATTN CARLA RICHARD, SALES TAX ADMIN
111 COURVILLE STREET
PO BOX 1000
BREAU BRIDGE, LA 70517-1000

CREDITOR ID: 492828-15
PARISH OF ST MARTIN, LA
TAX COLL & EX-OFFICIO TAX COLL
ATTN ELAINE PERIOUX DEPUTY TAX COLL
PO BOX 247
SAINT MARTINVILLE LA 70582

CREDITOR ID: 261727-12
PARISH OF ST MARTIN, SCHOOL BOARD
SALES TAX DEPT
PO BOX 1000
BREAUX BRIDGE, LA 70517-1000

CREDITOR ID: 376513-44
PARISH OF ST MARY
LIPPMAN MAHFOUZ TRANCHINA ET AL
ATTN BRIAN M TRANCHINA, ESQ
1025 VICTOR II BOULEVARD
MORGAN CITY LA 70380

CREDITOR ID: 376513-44
PARISH OF ST MARY
SALES AND USE TAX
ATTN JEFFREY LAGRANGE
PO BOX 1142
MORGAN CITY, LA 70381-1142

CREDITOR ID: 542592-BI
PARISH OF ST MARY
SALE & USE TAX DEPT
P O BOX 1142
MORGAN CITY LA 70381

CREDITOR ID: 376511-44
PARISH OF ST MARY SHERIFF& TAX COLLECTOR
ATTN DAVID NAQUIN
PO BOX 571
FRANKLIN, LA 70538

CREDITOR ID: 261735-12
PARISH OF ST MARY, SHERIFF &
TAX COLLECTOR
PROPERTY TAX
COURTHOUSE
PO BOX 571
FRANKLIN LA 70538-0571

CREDITOR ID: 318441-42
PARISH OF ST MARY, SHERIFF &
TAX COLLECTOR
COURTHOUSE
FRANKLIN LA 70060-0061

CREDITOR ID: 408329-15
PARISH OF ST TAMMANY
ATTN ROBERT BARNETT, ESQ.
PO BOX 628
COVINGTON LA 70434

CREDITOR ID: 240623-06
PARISH OF ST TAMMANY
LICENSE TAX DEPARTMENT
PO BOX 1229
SLIDELL LA 70458

CREDITOR ID: 542594-BI
PARISH OF ST TAMMANY
PO BOX 808
SALES & USE TAX DIVISION
SLIDELL LA 70459-0808

CREDITOR ID: 258037-12
PARISH OF ST TAMMANY
SALES & USE TAX DIVISION
PO BOX 808
SLIDELL, LA 70459-0808

CREDITOR ID: 542593-BI
PARISH OF ST TAMMANY
LICENSE TAX DEPT
P O BOX 1229
SLIDELL LA 70458

CREDITOR ID: 492852-15
PARISH OF ST TAMMANY, LA
SHERIFF AND TAX COLLECTOR
PO BOX 608
COVINGTON LA 70434

CREDITOR ID: 261768-12
PARISH OF ST TAMMANY, TAX COLLECTOR
PROPERTY TAX
COURTHOUSE
PO BOX 608
COVINGTON LA 70434-0608

CREDITOR ID: 241175-11
PARISH OF ST. BERNARD
ATTN JACK STEPHENS
PO BOX 168
CHALMETTE, LA 70044-0168

CREDITOR ID: 318280-42
PARISH OF ST. CHARLES TAX COLLECTOR
PO BOX 440
HAHNVILLE LA 70057-0440

CREDITOR ID: 241179-11
PARISH OF ST. JAMES, SCHOOL BOARD
SALES & USE TAX DEPARTMENT
ACCOUNT NO.: 6032593-059
PO BOX 368
LUTCHER, LA 70071-0368

CREDITOR ID: 318448-42
PARISH OF ST. JAMES, TAX COLLECTOR
PO BOX 83
CONVENT LA 70723-0083

CREDITOR ID: 241180-11
PARISH OF ST. JOHNS THE BAPTIST,
SALES & USE TAX OFFICE
ACCOUNT NO.: 1583
PO BOX 432
RESERVE, LA 70084-0432

CREDITOR ID: 241184-11
PARISH OF ST. MARY
SALES & USE TAX DEPARTMENT
ACCOUNT NO.: 511 3 5411 10355 M
PO BOX 1142
MORGAN CITY, LA 70381-1142

CREDITOR ID: 262497-12
PARISH OF TANGIPAHOA SHERIFFS OFF
ATTN DANIEL H EDWARDS
PO BOX 942
AMITE LA 70422

CREDITOR ID: 452436-T1
PARISH OF TANGIPAHOA, CLERK
OF COURT
ATTN: RECORDING DIVISION
PARISH COURTHOUSE
PO BOX 215
AMITE LA 70422-0215

CREDITOR ID: 262494-12
PARISH OF TANGIPAHOA, SCHOOL BOARD
SALES & USE TAX RETURN
PO BOX 159
AMITE, LA 70422-0159

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 268812-14<br>PARISH OF TENSAS ASSESSOR OFFICE<br>ATTN IRBY GAMBLE<br>210 HANCOCK<br>SAINT JOSEPH LA 71366 | CREDITOR ID: 403526-15<br>PARISH OF TENSAS SHERRIFF'S DEPT<br>ATTN KERRY GREGORY<br>PO BOX 138<br>ST JOSEPH LA 71366 | CREDITOR ID: 240688-06<br>PARISH OF TERREBONNE, CONSOLIDATED<br>GOV<br>PO BOX 6097<br>HOUMA LA 70361 |
| CREDITOR ID: 258039-12<br>PARISH OF TERREBONNE<br>SALES AND USE TAX DEPARTMENT<br>PO BOX 670<br>HOUMA LA 70361 | CREDITOR ID: 318475-42<br>PARISH OF TERREBONNE<br>ATTN JERRY J LARPENTER, SHERIFF<br>PO BOX DAWER 1670<br>HOUMA LA 70361 | CREDITOR ID: 262703-12<br>PARISH OF TERREBONNE, TAX COLLECTOR<br>PROPERTY TAX<br>COURTHOUSE<br>PO BOX 1670<br>HOUMA LA 70361-1670 |
| CREDITOR ID: 411220-15<br>PARISH OF VERMILION SCH BOARD<br>C/O JAN F ROWE, ESQ<br>124 NORTH STATE STREET, SUITE 300<br>ABBEVILLE LA 70510 | CREDITOR ID: 542595-BI<br>PARISH SALES TAX FUND<br>PO BOX 670<br>SALES & USE TAX DEPT<br>HOUMA LA 70361-0670 | CREDITOR ID: 258041-12<br>PARISH WATER CO INC<br>PO BOX 96003<br>BATON ROUGE, LA 70896-9003 |
| CREDITOR ID: 542596-BI<br>PARISH WATER CO INCQ<br>PO BOX 96003<br>BATON ROUGE LA 70896-9003 | CREDITOR ID: 249224-12<br>PARISH, EVANGELINE<br>TAX COMMISSION<br>PO BOX 367<br>VILLE PLATTE, LA 70586 | CREDITOR ID: 410775-15<br>PARISH, TERRI<br>2114 BREWER ROAD<br>CRYSTALS SPRINGS MS 39059 |
| CREDITOR ID: 393580-55<br>PARISOT, LUCIENNE<br>C/O LAW OFICE OF JEFFREY A NUSSBAUM<br>ATTN JEFFREY A NUSSBAUM, ESQ<br>4800 SW 64TH AVE., STE. 103<br>DAVIE FL 33314 | CREDITOR ID: 542597-BI<br>PARK AVENUE OFFICE SERVICES<br>3901 RAVENSWOOD ROAD<br>SUITE 101<br>DANIA BEACH FL 33312 | CREDITOR ID: 542598-BI<br>PARK AVENUE OFFICES SERVICES<br>3901 RAVENSWOOD ROAD<br>SUITE 101<br>DANIA BEACH FL 33312 |
| CREDITOR ID: 382315-51<br>PARK CITY GROUP<br>PO BOX 4000<br>PARK CITY, UT 84060 | CREDITOR ID: 258043-12<br>PARK CITY GROUP INC<br>PO BOX 5000<br>333 MAIN STREET<br>PARK CITY, UT 84060-5000 | CREDITOR ID: 542599-BI<br>PARK CITY GROUP INC<br>PO BOX 5000<br>333 MAIN STREET<br>PARK CITY UT 84060-5000 |
| CREDITOR ID: 542600-BI<br>PARK ELEMENTARY<br>201 GILBERT DR<br>NEW IBERIA LA 70560 | CREDITOR ID: 542601-BI<br>PARK FINANCE OF BROWARD INC<br>C/O RONALD R TORRES ESQ<br>15327 NW 60TH AVENUE<br>SUITE 215<br>MIAMI LAKES FL 33014 | CREDITOR ID: 542602-BI<br>PARK FOREST MIDDLE SCHOOL<br>3760 ALETHA DR<br>BATON ROUGE FL 70814 |
| CREDITOR ID: 1686-07<br>PARK PLAZA LLC<br>C/O REYNOLDS PROPERTIES INC<br>147 BROWN RIVER ROAD<br>LEXINGTON, SC 29072 | CREDITOR ID: 542603-BI<br>PARK PLAZA LLC<br>% REYNOLDS PROPERTIES INC<br>147 BROWN RIVER ROAD<br>LEXINGTON SC 29072 | CREDITOR ID: 1687-07<br>PARK PLAZA SHOPPING CENTER LLC<br>PO BOX 24087<br>NEW ORLEANS, LA 70184 |
| CREDITOR ID: 542605-BI<br>PARK PLAZA SHOPPING CTR LLC<br>PO BOX 24087<br>NEW ORLEANS LA 70184 | CREDITOR ID: 542604-BI<br>PARK PLAZA SHOPPING CTR LLC<br>PO BOX 1978<br>MANDEVILLE LA 70470-1978 | CREDITOR ID: 408348-15<br>PARK PLAZA, LLC<br>C/O RICHARDSON PLOWDEN ET AL<br>ATTN S NELSON WESTON, JR, ESQ<br>PO BOX 7788<br>COLUMBIA SC 29202 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 400023-84<br>PARK, SUSAN<br>2494 NE 5TH AVENUE<br>BOCA RATON FL 33431 | CREDITOR ID: 556765-BC<br>PARKER (MINOR), MORGAN<br>726 WALNUT STREET<br>SLIDELL LA 70458 | CREDITOR ID: 258054-12<br>PARKER GLASS & DOOR SERVICE<br>2212 LAKEWOOD DRIVE<br>BRANDON, FL 33510 |
| CREDITOR ID: 542606-BI<br>PARKER GLASS & DOOR SERVICE<br>2212 LAKEWOOD DRIVE<br>BRANDON FL 33510 | CREDITOR ID: 542607-BI<br>PARKER INTERNATIONAL PRODUCTS<br>PO BOX 15052<br>WORCESTER MA 01615-0052 | CREDITOR ID: 542608-BI<br>PARKER METAL CORP<br>PO BOX 15052<br>WORCESTER MA 01615-0052 |
| CREDITOR ID: 542609-BI<br>PARKER UTILITY DEPARTMENT<br>PO BOX 10619<br>PARKER FL 32404-1745 | CREDITOR ID: 536753-BA<br>PARKER(MINOR), KADECIA<br>2328 MOORE AVENUE<br>ANNISTON AL 36201 | CREDITOR ID: 538550-BA<br>PARKER, AUGUST<br>C/O DONALD RAY COLEMAN<br>DONALD RAY COLEMAN, JR. P.A.<br>400 E. DUVAL STREET<br>JACKSONVILLE FL 32202-2834 |
| CREDITOR ID: 536748-BA<br>PARKER, AUGUST<br>6050 GREENS PLACE<br>JACKSONVILLE FL 32209 | CREDITOR ID: 536749-BA<br>PARKER, CARLA<br>8640 CHADWICK DR<br>TAMPA FL 33635 | CREDITOR ID: 387318-54<br>PARKER, CAROLE<br>5818 FRONTIER LANE<br>ORLANDO, FL 32839 |
| CREDITOR ID: 391152-55<br>PARKER, CHELSEY (MINOR)<br>C/O MARK LEEDS, ESQ<br>633 S FEDERAL HWY, SUITE 1600<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 536750-BA<br>PARKER, DENISE<br>2755 WEST ATLANTIC AVE., APT. 207C<br>DELRAY BEACH FL 33445 | CREDITOR ID: 538551-BA<br>PARKER, DENISE<br>C/O MARK CARROLL<br>FAZIO, DAWSON, DISALVO, CANNON, ABERS, E<br>633 S. ANDREWS AVE.<br>SUITE 500<br>FT. LAUDERDLE FL 33301 |
| CREDITOR ID: 538552-BA<br>PARKER, EUGENNIE<br>C/O ERIC PINTALUGA<br>KANNER & PINTALUGA, P.A.<br>5124 HOLLYWOOD BLVD<br>HOLLYWOOD FL 33021 | CREDITOR ID: 536751-BA<br>PARKER, EUGENNIE<br>250 SW 11TH AVENUE, APT. 16<br>HALLANDALE BEACH FL 33009 | CREDITOR ID: 385719-54<br>PARKER, EUPHROSYNE<br>4545 NW 8TH AVENUE<br>GAINESVILLE, FL 32605 |
| CREDITOR ID: 390999-55<br>PARKER, EUPHROSYNE<br>C/O SCHACKOW & MERCADANTE, PA<br>ATTN STEPHEN MERCADANTE, ESQ<br>4545 NW 8TH AVE<br>GAINESVILLE FL 32605-4522 | CREDITOR ID: 393036-55<br>PARKER, JOSEPH R<br>C/O PAMELA JO HATLEY PA<br>ATTN PAMELA JO HATLEY, ESQ<br>PO BOX 47477<br>TAMPA FL 33647 | CREDITOR ID: 556764-BC<br>PARKER, MICHELLE<br>6186 CHERRY STREET<br>LIVONIA LA 70755 |
| CREDITOR ID: 556763-BC<br>PARKER, MORGAN<br>726 WALNUT STREET<br>SLIDELL LA 70458 | CREDITOR ID: 407057-MS<br>PARKER, ROBERT L<br>8879 BENSON PIKE<br>BAGDAD KY 40003 | CREDITOR ID: 393474-55<br>PARKER, SAMUEL (MINOR)<br>C/O JONATHAN E SURECK LAW OFFICES<br>ATTN JONATHAN E SURECK, ESQ<br>PO BOX 54783<br>ATLANTA GA 30308 |
| CREDITOR ID: 410855-15<br>PARKER, SARAH<br>C/O KADIJATU BANGURA<br>2206 FLAG STREET, APT 9<br>JACKSONVILLE FL 32209 | CREDITOR ID: 400041-84<br>PARKER, SARAH<br>2155 12TH STREET, APT 10<br>JACKSONVILLE FL 32209-5257 | CREDITOR ID: 536752-BA<br>PARKER, SHEQUILIA<br>1315 NW 7TH ST<br>FORT LAUDERDALE FL 33311 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 397839-76
PARKER, ZARETTE
1805 KIMBERLY JEANNE CIRCLE 1916
ORLANDO, FL 32703

CREDITOR ID: 397839-76
PARKER, ZARETTE
C/O BOGIN MUNNS & MUNNS, PA
ATTN JOSEPH N LOTT, ESQ
2601 TECHNOLOGY DRIVE
ORLANDO FL 32804

CREDITOR ID: 2466-07
PARKLAND PARTNERSHIP LP
PO BOX 8509
COLUMBIA, SC 29202

CREDITOR ID: 542610-BI
PARKLAND PARTNERSHIP LP
POST OFFICE BOX 8509
COLUMBIA SC 29202

CREDITOR ID: 542611-BI
PARKS MIDDLE SCHOOL
1010 A ST LOUIS DR
ST MARTINVILLE LA 70582

CREDITOR ID: 542612-BI
PARKS PRIMARY
P O BOX 2779
PARKS LA 70582

CREDITOR ID: 258065-12
PARKS PROPANE & APPLIANCE
PO BOX 450218
KISSIMMEE, FL 34715-0218

CREDITOR ID: 536754-BA
PARKS, DOLLY
2261 EDGEWOOD AVE
JACKSONVILLE FL 32209

CREDITOR ID: 538553-BA
PARKS, DOLLY
C/O MICHAEL K. ROBERTS ESQ.
LAW OFFICES OF J. SCOTT NOONEY
3535 HENDRICKS AVENUE
JACKSONVILLE FL 32207

CREDITOR ID: 452119-15
PARKS, DORA COON
1923 NW 154TH STREET
MIAMI FL 33054

CREDITOR ID: 452119-15
PARKS, DORA COON
C/O GOLDBERG & ROSEN, PA
ATTN GLEN GOLDBERG, ESQ
1111 BRICKELL AVENUE, SUITE 2180
MIAMI FL 33131

CREDITOR ID: 534872-B1
PARKS, DORA COON
20431 NW 17TH AVE #105
MIAMI FL 33056

CREDITOR ID: 536755-BA
PARKS, PAMELA
10169 JIM TOM CIRCLE
WILMER AL 36587

CREDITOR ID: 542613-BI
PARKVIEW BAPTIST
5750 PARKVIEW CHURCH RD
BATON ROUGE LA 70810

CREDITOR ID: 542614-BI
PARKVIEW SQUARE OWNER CORP
LASALLE BANK NA ACCT# 721810.1
135 SOUTH LASALLE ST SUITE 1625
CHICAGO IL 60603

CREDITOR ID: 1689-RJ
PARKVIEW SQUARE OWNER CORPORATION
LASALLE BANK NA ACCT# 721810.1
135 SOUTH LASALLE STREET, SUITE 162
CHICAGO, IL 60603

CREDITOR ID: 315886-40
PARKWAY PLAZA
PO BOX 1152
BARBOURVILLE, KY 40906-1152

CREDITOR ID: 1690-07
PARKWOOD PLAZA SHOPPING CENTER
C/O CASTO
191 W NATIONWIDE BLVD., SUITE 200
COLUMBUS, OH 43215-2568

CREDITOR ID: 542615-BI
PARKWOOD PLAZA SHOPPING CENTER
C/O CASTO
191 W NATIONWIDE BLVD STE 200
COLUMBUS OH 43215-2568

CREDITOR ID: 410527-15
PARKWOOD VILLAGE JOINT VENTURE
C/O THE BROWN COMPANIES
ATTN ALFRED BROWN
7753 LAKE WORTH ROAD
LAKE WORTH FL 33467

CREDITOR ID: 1691-RJ
PARKWOOD VILLAGE JOINT VENTURE
C/O HJ BROWN COMPANIES
7667B LAKE WORTH ROAD
LAKEWORTH, FL 33467

CREDITOR ID: 542616-BI
PARMALAT U S A CORP
PO BOX 7247-8996
PHILADELPHIA PA 19170-8996

CREDITOR ID: 258075-12
PARMALAT USA CORP
PO BOX 7247-8996
PHILADELPHIA, PA 19170-8996

CREDITOR ID: 556766-BC
PARNELL, ANGIE
PO BOX 1179
DESTIN FL 32540

CREDITOR ID: 536756-BA
PARNELL, JANET
42 KAREN DRIVE
COVINGTON LA 70433

CREDITOR ID: 390623-55
PARNELL, JESS
C/O LOE, WARREN, ROSENFIELD, ET AL
ATTN JEFFREY N KAITCER, ESQ
4420 WEST VICKOLY BLVD
FORT WORTH TX 76107

CREDITOR ID: 392150-55
PARRA, ANA
C/O UDOWYCHENKO & GARCIA, PA
ATTN JOSE F GARCIA, ESQ
SUNTRUST PLAZA, SUITE 203
3367 WEST VINE STREET
ORLANDO FL 34741

**Notice of (A) Entry of Order Confirming Plan of**
**Reorganization, (B) Occurrence of Effective Date**
**of Plan, and (C) Bar Dates for Filing claims Arising**
**before Effective Date and Other Administrative Claims**

**DEBTOR:     WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:   05-03817-3F1**

CREDITOR ID: 556767-BC
PARRAS(MINOR), BRIAN
2340 NW 99 TERRACE
MIAMI FL 33147

CREDITOR ID: 556768-BC
PARRIE, PAT
1044 MADELINE HEIGHTS
BREAUX BRIDGE LA 70517

CREDITOR ID: 556769-BC
PARRIS, JOYCE
1911 FALLON BLVD
PALM BAY FL 32907

CREDITOR ID: 392611-55
PARRIS, MAURICE
C/O FRIEDMAN RODMAN & FRANK, PA
ATTN RONALD RODMAN, ESQ
3636 W FLAGLER ST
MIAMI FL 33135

CREDITOR ID: 403874-94
PARRIS, MICHAEL W
PO BOX 45
CHOCCOLOCCO AL 36254

CREDITOR ID: 556770-BC
PARRISH, AARON
301 NW 14TH AVE
FORT LAUDERDALE FL 33311-8994

CREDITOR ID: 407058-MS
PARRISH, ROBERT C
2601 N SHERWOOD DRIVE
VALDOSTA GA 31602

CREDITOR ID: 538554-BA
PARRISH, TONYA
C/O CYNTHIA FARBMAN, ESQ.
LAW OFFICES OF CYNTHIA G. FARBMAN
725 EAST TRADE STREET
SUITE 210
CHARLOTTE NC 28202

CREDITOR ID: 536757-BA
PARRISH, TONYA
1609-D DEERGREEN LANE
CHARLOTTE NC 28262

CREDITOR ID: 556771-BC
PARROTT, MARSHA
1315 ELK DRIVE
ALEXANDER CITY AL 35010

CREDITOR ID: 407059-MS
PARSON, CLIFTON D.
538 ELMNER DR.
MARS HILL NC 28754

CREDITOR ID: 407060-MS
PARSONS, JAMES
4138 COUNTY RD 14
UNION SPRINGS AL 36089

CREDITOR ID: 392898-55
PARSONS, JUDY
C/O MICHAEL LARRINAGA LAW OFFICE
ATTN MICHAEL LARRINAGA, ESQ
5025 EAST FOWLER AVE STE 14
TAMPA FL 33617

CREDITOR ID: 403875-94
PARSONS, WILLIAM A
1815 NORWAY DRIVE
ORANGE PARK FL 32003

CREDITOR ID: 388430-54
PARTIN, GERALDINE
C/O FARAH & FARAH, PA
ATTN RICHARD STAGGARD, ESQ
1301 PLANTATION ISLAND DR, STE 206A
ST AUGUSTINE FL 32080

CREDITOR ID: 388430-54
PARTIN, GERALDINE
3540 USINA ROAD
ST AUGUSTINE FL 32084

CREDITOR ID: 399266-72
PARTNERING GROUP, THE
2675 S. BAYSHORE DRIVE
COCONUT GROVE, FL 33133

CREDITOR ID: 383109-51
PARTNERS
13900 RIVERPORT DRIVE
MARYLAND HEIGHTS, MO 63043

CREDITOR ID: 407524-15
PARTNERS GROUP, THE
ATTN PAUL TALMADGE, PRES
270 PEACHTREE STREET, SUITE 1050
ATLANTA GA 30303

CREDITOR ID: 390812-55
PARTRIDGE, PHYLESHIA
C/O LAW OFFICES LUCAS V RENICK, PA
ATTN ELLIOTT HEYWOOD LUCAS, ESQ
211 NORTH KROME AVENUE
HOMESTEAD FL 33030

CREDITOR ID: 262867-12
PARTS STORE, THE DBA EQUIPMENT SALE
ATTN C PIERCE /C W WOODHAM, CONTROL
PO BOX 7393
MOBILE, AL 36670

CREDITOR ID: 395477-64
PARTS WASHER SERVICE
PO BOX 720777
BYRAM, MS 39272-0777

CREDITOR ID: 542617-BI
PARTS WASHER SERVICES
PO BOX 720777
BYRAM MS 39272-0777

CREDITOR ID: 542618-BI
PARTY ON LLC
17460 MCCRORY 1 ROAD
PRAIRIEVILLE LA 70769

CREDITOR ID: 387206-54
PARZYCH, DONNA
1007 WEST RIVERA BLVD
OVIEDO, FL 32765

CREDITOR ID: 382310-51
PASCAGOULA MISS PRESS
PO BOX 849
PASCAGOULA, MS 39568

CREDITOR ID: 410887-15
PASCAGOULA PROPERTIES, LTD
C/O HARWELL HOWARD HYNE ET AL
ATTN DAVID P CANAS, ESQ
315 DEADERICK STREET, STE 1800
NASHVILLE TN 37238

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

CREDITOR ID: 542619-BI
PASCAGOULA UTIL
PO BOX 908
PASCAGOULA MS 39567

CREDITOR ID: 258083-12
PASCHALL TRUCK LINES INC
ATTN: CAROL UNDERWOOD
PO BOX 1889
MURRAY, KY 42071

CREDITOR ID: 542620-BI
PASCO COUNTY UTILITY DEPT
PO BOX 2139
NEW PORT RICHEY FL 34656-2139

CREDITOR ID: 536759-BA
PASCOE (MINOR), SHELDON
3258 NW 13TH ST.
FT. LAUDERDALE FL 33311

CREDITOR ID: 536758-BA
PASCOE, ZIPPORAH
3258 NW 13TH ST
FT. LAUDERDALE FL 33311

CREDITOR ID: 538555-BA
PASCOE, ZIPPORAH
C/O CRAIG FERGUS
CRAIG FERGUS
7481 W OAKLAND PARK BLVD.
SUITE 302
LAUDERHILL FL 33319

CREDITOR ID: 542621-BI
PASKERT DISTRIBUTING
9318 FLORIDA PALM DRIVE
TAMPA FL 33619

CREDITOR ID: 258088-12
PASQUOTANK COUNTY TAX COLLECTOR
PROPERTY TAX
PO BOX 586
ELIZABETH CITY NC 27907-0586

CREDITOR ID: 542622-BI
PASS CHRISTIAN ELEMENTARY PTO
703 W NORTH STREET
PASS CHRISTIAN MS 39571

CREDITOR ID: 542623-BI
PASS CHRISTIAN VILLAGE
P O BOX 1260
RIDGELAND MS 39158

CREDITOR ID: 2467-07
PASS CHRISTIAN VILLAGE
PO BOX 1260
RIDGELAND, MS 39158

CREDITOR ID: 542624-BI
PASS MIDDLE SCHOOL
270 WEST SECOND STREET
PASS CHRISTIAN MS 39571

CREDITOR ID: 542625-BI
PASS ROAD ELEMENTARY SCHOOL
37 PASS RD
GULFPORT MS 39507

CREDITOR ID: 391570-55
PASSALACQUA, RITA
C/O VASSALLO & BILOTTA, PA
ATTN JOSHUA VOLPE, ESQ
1630 SOUTH CONGRESS AVE
PALM SPRINGS FL 33461

CREDITOR ID: 556772-BC
PASSALAQUA, MICHAEL
10344 CYPRESS LAKES PRESERVE D
LAKE WORTH FL 33467

CREDITOR ID: 392594-55
PASSINO, DURA K
C/O FINDLER & FINDLER
ATTN BRETT K FINDLER, ESQ
3 HARVARD CIRCLE, SUITE 100
WEST PALM BEACH FL 33409

CREDITOR ID: 542627-BI
PAT HEIDENREICH
PO BOX 25
GARFIELD KY 40140-0025

CREDITOR ID: 542629-BI
PATCO UNLIMITED
PO BOX 1428
MERIDIAN MS 39302

CREDITOR ID: 258095-12
PATCO UNLIMITED
PO BOX 1428
MERIDIAN, MS 39302

CREDITOR ID: 407062-MS
PATE, CHRISTIAN
507 LITHIA WAY
BRANDON FL 33511

CREDITOR ID: 388483-54
PATE, CINDY
C/O NEWELLHOCUTT, LLC
ATTN T ANN COAKER, ESQ
2117 JACK WARNER PARKWAY, SUITE 5
TUSCALOOSA AL 35401

CREDITOR ID: 388483-54
PATE, CINDY
16828 PARTRICH ROAD
BUHL, AL 35446

CREDITOR ID: 392894-55
PATE, JEFFREY W
C/O CORY, WATSON, CROWDER ET AL
ATTN G RICK DIGIORGIO, ESQ
2131 MAGNOLIA AVENUE
BIRMINGHAM AL 35205

CREDITOR ID: 556773-BC
PATE, MARGARET
1717 CONTI STREET
MOBILE AL 36604

CREDITOR ID: 403876-94
PATEL, JAGDIP K
125 WOODLAKE CIRCLE
LAKEWORTH FL 33463

CREDITOR ID: 189117-09
PATEL, JAYMINA
7231 PRINCE WILBERT WAY
WEST CHESTER OH 45069

CREDITOR ID: 403877-94
PATEL, NILESHBHAI K
1818 WESTMINSTER CT
LAKELAND FL 33809

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 403878-94
PATEL, VINODBHAI
569 S. LONGVIEW PLACE
LONGWOOD FL 32779

CREDITOR ID: 258098-12
PATHCON LABORATORIES
C/O PATHOGEN CONTROL ASSOCS INC
ATTN GENEASE MATTHEWS
270 SCIENTIFIC DR, STE 3
NORCROSS, GA 30092

CREDITOR ID: 542630-BI
PATHCON LABOROTORIES
270 SCIENTIFIC DR
SUITE 3
NORCROSS GA 30092

CREDITOR ID: 258100-12
PATIENT FIRST
LOCKBOX # 4661
PO BOX 85080
RICHMOND, VA 23285-4661

CREDITOR ID: 415964-BD
PATIENT FIRST
C/O RECEIVABLES MGMNT SYS
PO BOX 8630
RICHMOND VA 23226-0630

CREDITOR ID: 258101-12
PATIENT FIRST SHORT PUMP
3370 PUMP ROAD
RICHMOND, VA 23233

CREDITOR ID: 542631-BI
PATIENTS FIRST APPLEYARD
505 APPLEYARD DRIVE
TALLAHASSEE FL 32304

CREDITOR ID: 542632-BI
PATIENTS FIRST NORTH
3258 NORTH MONROE ST
TALLAHASSEE FL 32303

CREDITOR ID: 542635-BI
PATRICIA DILLINGHAM
120 BRIGANTE PLACE
LAFAYETTE LA 70508

CREDITOR ID: 542637-BI
PATRICIA HOPPER
1557 GARDEN CIRCLE
BURLINGTON NC 27217

CREDITOR ID: 542640-BI
PATRICIA OR MARSHALL WEIGEL
C/O ZEISLER & ZEISLER LLP
1100 THIRD ST
SAN RAFAEL CA 94901-3019

CREDITOR ID: 542641-BI
PATRICIA SMITH
5309 AVENUE B
JACKSONVILLE FL 32209

CREDITOR ID: 542645-BI
PATRICK HARRISON
6115 BALL LOOP
ID# 191605
BALL LA 71405

CREDITOR ID: 542648-BI
PATRICK M SMITH
1716 SEVERN AVENUE
METAIRIE LA 70001

CREDITOR ID: 542649-BI
PATRICK OJO
3791 NW 78TH AVENUE
HOLLYWOOD FL 33024

CREDITOR ID: 392525-55
PATRICK, SANDRA J
C/O COOPER & ASSOCIATES
ATTN MELVIN G. COOPER, ESQ
178 MAIN ST, STE 104 -NY BUILDING
BILOXI MS 39530

CREDITOR ID: 390799-55
PATRICK, TIFFANY
C/O FARAH & FARAH, PA
ATTN L MANUKIAN/B GARTNER, ESQS
10 WEST ADAMS STREET, 3RD FLR
JACKSONVILLE FL 32202

CREDITOR ID: 542653-BI
PATRIOT SERVICE
45215 SEMINOLE TRAIL
ATTN EDWARD STANCAVAGE
CALLAHAN FL 32011

CREDITOR ID: 542652-BI
PATRIOT SERVICE
45089 SEMINOLE TRAIL
ATTN EDWARD STANCAVAGE
CALLAHAN FL 32011

CREDITOR ID: 395701-65
PATRIOT SERVICE
45215 SEMINOLE TRAIL
CALLAHAN, FL 32011

CREDITOR ID: 392897-55
PATRON, JESSICA
C/O LESSER, LESSER, LANDRY & SMITH
ATTN C REID BIERER, ESQ
375 SOUTH COUNTY ROAD, SUITE 220
PALM BEACH FL 33480

CREDITOR ID: 542654-BI
PATSY C MURPHY
949 WITT ROAD
BOWLING GREEN KY 42101

CREDITOR ID: 542655-BI
PATSY HEFFNER OSCEOLA COUNTY
TAX COLLECTOR
P O BOX 422105
KISSIMMEE FL 34742-2105

CREDITOR ID: 556774-BC
PATTEN, NATALIE
17347 SW 99 CT
MIAMI FL 33157

CREDITOR ID: 279410-99
PATTERSON BELKNAP WEBB TYLER
ATTN: MICHAEL HANDLER
1133 AVENUE OF THE AMERICAS
NEW YORK NY 10036-6710

CREDITOR ID: 279409-99
PATTERSON BELKNAP WEBB TYLER
ATTN: DAVID DYKEHOUSE
1133 AVENUE OF THE AMERICAS
NEW YORK NY 10036-6710

CREDITOR ID: 542656-BI
PATTERSON SCALE & RESTAURANT
2201-100 EDISON AVE
JACKSONVILLE FL 32204

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 536760-BA
PATTERSON, ALTMEASE
5621 AKRA AVE.
JACKSONVILLE FL 32205

CREDITOR ID: 538556-BA
PATTERSON, ALTMEASE
C/O JOHNATHAN ROTSTEIN, ESQ.
ROTSTEIN & SHIFFMAN, LLP
309 OAKRIDGE BLVD
SUITE B
DAYTONA FL 32118

CREDITOR ID: 390738-55
PATTERSON, AUDETTE
C/O MOLLERE, FLANAGAN & LANDRY, LLC
ATTN J KENDALL RATHBURN, ESQ
2341 METAIRIE ROAD
PO BOX 247
METAIRIE LA 70004-0247

CREDITOR ID: 536761-BA
PATTERSON, CATRICE
5756 W POTOMAC LANE
HOMOSASSA FL 34448

CREDITOR ID: 538557-BA
PATTERSON, CATRICE
C/O ROSE TAPIA
RARDON RODRIGUEZ & ASSOCIATES PA
3918 N HIGHKAND AVE
TAMPA FL 33602

CREDITOR ID: 390756-55
PATTERSON, CLAUDE
C/O BARNES BARNES & COHEN PA
ATTN CHALMERS H BARNES, ESQ
2426 MAYPORT ROAD, SUITE 1
JACKSONVILLE FL 32233

CREDITOR ID: 391042-55
PATTERSON, FELICIA
C/O HOFFMAN LARIN AND AGNETI, PA
ATTN JOHN B AGNETI, ESQ
909 N MIAMI BEACH BLVD, SUITE 201
MIAMI FL 33162-3712

CREDITOR ID: 394769-57
PATTERSON, LARRY
ATTN REHAN N KHAWAJA, ESQ
817 N MAIN STREET
JACKSONVILLE FL 32202

CREDITOR ID: 394769-57
PATTERSON, LARRY
819 GLENDALE ST
ADEL GA 31620

CREDITOR ID: 394769-57
PATTERSON, LARRY
C/O JOSEPH MANISALCO JR LAW OFFICES
ATTN JOSEPH MANISALCO JR, ESQ
4651 ROSWELL ROAD, SUITE B-103
ATLANTA GA 30342

CREDITOR ID: 400378-85
PATTERSON, LARRY
819 GLENDALE ST
ADEL GA 31620

CREDITOR ID: 400378-85
PATTERSON, LARRY
ATTN REHAN N KHAWAJA, ESQ
817 N MAIN STREET
JACKSONVILLE FL 32202

CREDITOR ID: 400378-85
PATTERSON, LARRY
C/O JOSEPH MANISALCO JR LAW OFFICES
ATTN JOSEPH MANISALCO JR, ESQ
4651 ROSWELL ROAD, SUITE B-103
ATLANTA GA 30342

CREDITOR ID: 556775-BC
PATTERSON, NICOLE
P.O. BOX 908
BELLE GLADE FL 33430

CREDITOR ID: 391843-55
PATTERSON, RUFUS
C/O DORAN SHELBY PETHEL & HUDSON PA
ATTN KATHRYN C SETZER, ESQ
PO BOX 4479
SALISBURY NC 28145-4479

CREDITOR ID: 398936-78
PATTERSON, WANDA P
2116 MELLOR LANE
MARIETTA, GA 30064

CREDITOR ID: 542658-BI
PATTI MEYNIER
2012 CAMBRIDGE PLACE
LAPLACE LA 70068

CREDITOR ID: 258157-12
PATTON & DIX
PO BOX 962  HWY 90
FITZGERALD, GA 31750

CREDITOR ID: 542663-BI
PATTON PLAZA LLC
PO BOX 230758
C/O RUTLAND DEVELOPERS
MONTGOMERY AL 36123-0758

CREDITOR ID: 542662-BI
PATTON PLAZA LLC
8242 MARSH POINTE DRIVE
MONTGOMERY AL 36117

CREDITOR ID: 2468-07
PATTON PLAZA LLC
C/O CAPELL & HOWARD PC
ATTN JAMES L WEBB, ESQ
150 SOUTH PERRY STREET
PO BOX 2069
MONTGOMERY AL 36102-2069

CREDITOR ID: 2468-07
PATTON PLAZA LLC
ATTN ANNE D KING, MEMBER
8242 MARSH POINTE DRIVE
MONTGOMERY, AL 36117

CREDITOR ID: 536762-BA
PATTON, DELCINA
9301 A EASTFIELD
TEMPLE TERRACE FL 33617

CREDITOR ID: 538558-BA
PATTON, DELCINA
C/O CANDY ROQUE
THE  LAW  OFFICES OF JACK L. TOWNSEND SR
9385  NO.  56TH  ST
SUITE  201
TEMPLE  TERRACE FL 33617

CREDITOR ID: 189462-09
PATTON, GINA R
119 ELM STREET
TIFTON GA 31794

CREDITOR ID: 407064-MS
PATTON, WILLIAM L
4411 WINDSOR OAKS CR.
MARIETTA GA 30066

CREDITOR ID: 542666-BI
PAUL A ROBINSON
PO BOX 351747
PALM COAST FL 32135-1747

## Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing claims Arising before Effective Date and Other Administrative Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 542667-BI<br>PAUL BREAUX MIDDLE PTC<br>1400 S ORANGE ST<br>LAFAYETTE LA 70508 | CREDITOR ID: 542674-BI<br>PAUL FIGURA INC<br>1803 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 417017-99<br>PAUL HASTINGS JANOFSKY & WALKER LLP<br>K DENNISTON, C CHAYAVADHANANGKUR<br>600 PEACHTREE STREET NE, 24TH FL<br>ATLANTA GA 30308 |
| CREDITOR ID: 457580-99<br>PAUL HASTINGS JANOFSKY & WALKER LLP<br>ATTN: JAMES D WAREHAM<br>875 15TH STREET NW<br>WASHINGTON DC 20005 | CREDITOR ID: 542677-BI<br>PAUL J DOAN<br>15333 CATAWBA CIRCLE SOUTH<br>ID# 202333<br>MATTHEW NC 28104 | CREDITOR ID: 542678-BI<br>PAUL JANOWICZ<br>3933 14TH LANE NE<br>ST PETERSBURG FL 33703 |
| CREDITOR ID: 542679-BI<br>PAUL JONES<br>2919 BRITTANY BLUFF DRIVE<br>ORANGE PARK FL 32073 | CREDITOR ID: 279032-32<br>PAUL MUELLER COMPANY<br>ATTN BRAD REYNOLDS, CR MGR<br>PO BOX 828<br>SPRINGFIELD MO 65801-0828 | CREDITOR ID: 542680-BI<br>PAUL PRODUCTS INC<br>PO BOX 36835<br>BIRMINGHAM AL 35236 |
| CREDITOR ID: 410510-15<br>PAUL REVERE LIFE INSURANCE COMPANY<br>C/O UNUMPROVIDENT<br>ATTN MERI LOWRY, ESQ & S CARVEL, VP<br>BEN VANCE, VP<br>2211 CONGRESS STREET, M284<br>PORTLAND ME 04122 | CREDITOR ID: 410510-15<br>PAUL REVERE LIFE INSURANCE COMPANY<br>C/O VINSON & ELKINS LLP<br>ATTN STEVEN M ABRAMOWITZ, ESQ<br>666 5TH AVE, 26TH FLOOR<br>NEW YORK NY 10103-0040 | CREDITOR ID: 542683-BI<br>PAUL WILBUR MOWDY<br>4638 QUAIL RUN ROAD<br>MERIDIAN MS 39307 |
| CREDITOR ID: 382435-51<br>PAUL, CARRIE<br>17305 E. CASPIAN PLACE<br>AURORA, CO 80013 | CREDITOR ID: 388815-54<br>PAUL, DIANE<br>6385 W LIBERTY LANE<br>HOMOSASSA, FL 34448 | CREDITOR ID: 542686-BI<br>PAULA MARTINEZ PAYTON<br>420 WOODVALE RD<br>PRATTVILLE AL 36067 |
| CREDITOR ID: 542691-BI<br>PAULDING COUNTY WATER<br>38 TOWER DRIVE<br>DALLAS GA 30132 | CREDITOR ID: 536763-BA<br>PAULIN, ANGELA<br>94 50TH ST<br>BROOKLYN NY 11214 | CREDITOR ID: 538559-BA<br>PAULIN, ANGELA<br>C/O EMANUELE J SUTERA<br>EMANUELE J SUTERA<br>2153 RICHMOND AVE<br>STATEN ISLAND NY 10314 |
| CREDITOR ID: 542692-BI<br>PAULINA ELEMENTARY<br>P O BOX 99<br>PAULINA LA 70763 | CREDITOR ID: 258201-12<br>PAULS GLASS SERVICE<br>201 EAST 2ND STREET<br>CROWLEY, LA 70526 | CREDITOR ID: 542695-BI<br>PAVILION BOLLWEEVIL & BP BPLLWEEVIL LLC<br>C/O BROMONT PROPERTY MGMT LLC<br>PO BOX 98327<br>REFERENCE BOLLWEEVIL SHOPPING CENTE<br>PHOENIX AZ 85038-0327 |
| CREDITOR ID: 542696-BI<br>PAVIT COMPLEX INC<br>C/O THE TROTMAN COMPANY<br>2525 BELL ROAD<br>MONTGOMERY AL 36117 | CREDITOR ID: 315888-40<br>PAVIT COMPLEX INC<br>C/O THE TROTMAN COMPANY<br>2525 BELL ROAD<br>MONTGOMERY, AL 36117 | CREDITOR ID: 556776-BC<br>PAVON (MINOR), LAURIE<br>610 NW 98TH AVENUE<br>PEMBROKE PINES FL 33024 |
| CREDITOR ID: 1695-07<br>PAW CREEK CROSSING<br>C/O LAT PURSER & ASSOCIATES<br>PO BOX 1070<br>CHARLOTTE, NC 28201-1070 | CREDITOR ID: 542697-BI<br>PAW CREEK CROSSING LLP<br>C/O LAT PURSER & ASSOCIATES<br>P O BOX 1070<br>CHARLOTTE NC 28201-1070 | CREDITOR ID: 542698-BI<br>PAXAR AMERICAS INC<br>PO BOX 116779<br>ATLANTA GA 30368-6779 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 407597-15
PAXAR AMERICAS, INC
C/O PAXAR CORPORATION
ATTN RUSSELL K SCHNEIDER, DIR
PO BOX 608
DAYTON OH 45401

CREDITOR ID: 542699-BI
PAY BY TOUCH
PERSONALIZED MARKETING
1900 FROST ROAD
SUITE 100
BRISTOL PA 19007

CREDITOR ID: 411155-15
PAY CENTERS LLC
C/O NERSESIAN & SANKIEWICZ
ATTN R NERSESIAN
528 SOUTH EIGHTH STREET
LAS VEGAS NV 89101

CREDITOR ID: 411155-15
PAY CENTERS LLC
6363 SOUTH PECOS ROAD, STE 203
LAS VEGAS NV 89120

CREDITOR ID: 411155-15
PAY CENTERS LLC
C/O LOFARO & REISER, LLP
ATTN GLENN R REISER ESQ
55 HUDSON ST
HACKENSACK NJ 07601

CREDITOR ID: 542700-BI
PAYEE RESERVE ACCOUNT
5101 INTERCHANGE WAY
LOUISVILLE KY 40229

CREDITOR ID: 397228-67
PAYLESS SHOES
PO BOX 3590
TOPEKA, KS 66601

CREDITOR ID: 542701-BI
PAYMENT PROCESSING CENTER
PO BOX 1595
JACKSON MS 39215-1595

CREDITOR ID: 403879-94
PAYMENT, PHILIP H JR
520 CARAWAY COURT
JACKSONVILLE FL 32259

CREDITOR ID: 556778-BC
PAYNE (MINOR), KENYGATE
304 KMONDYKE RD.
LONG BEACH MS 39560

CREDITOR ID: 403880-94
PAYNE, GEORGE H
PO BOX 2066
HUNTSVILLE AL 35804

CREDITOR ID: 536764-BA
PAYNE, HOPE
114 EUCLID AVENUE
SEFFNER FL 33584

CREDITOR ID: 538560-BA
PAYNE, HOPE
C/O JOHN CUESTA, ESQ.
JOHN CUESTA III, P.A.
3725 NORTH BOULEVARD
TAMPA FL 33603

CREDITOR ID: 536765-BA
PAYNE, KATHRYN
309 EAST 8TH STREET
WEST POINT GA 31833

CREDITOR ID: 538561-BA
PAYNE, KATHRYN
C/O E. DREXEL MEADORS
E. DREXEL MEADORS ATTORNEY AT LAW
PO BOX 53
300 EAST EIGHT STREET
WEST POINT GA 31833

CREDITOR ID: 536766-BA
PAYNE, LA'VONDA
2722 RIDGEWOOD AVE., APT. 15
SANFORD FL 32773

CREDITOR ID: 538562-BA
PAYNE, LA'VONDA
C/O MICHAEL MANDEVILLE, ESQ
LAW OFFICE OF MICHAEL V. BARSZCZ
2721 WEST FAIRBANKS AVENUE
SUITE 200
WINTER PARK FL 32789

CREDITOR ID: 536767-BA
PAYNE, LUCILLE
301 63RD PLACE
OAKLAND HTS C-67
MERIDIAN MS 39301

CREDITOR ID: 542702-BI
PAYPAL
#774100, 4100 SOLUTIONS CENTER
CHICAGO IL 60677-4001

CREDITOR ID: 536768-BA
PAZOS(MINOR), PETER
6035 CALLE DEL MAR
WEST PALM BEACH FL 33415

CREDITOR ID: 542703-BI
PBI LOGISTICS
9708 SUMMITVIEW AVENUE
YAKIMA WA 98908

CREDITOR ID: 542704-BI
PBK ARCHITECTURE ENGINEERING PLANNING
ROOF CONSULTANT
11 GREENWAY PLAZA/  SUITE 2210
HOUSTON TX 77046

CREDITOR ID: 542705-BI
PBM PRODUCTS, LLC
PO BOX 932103
ATLANTA GA 31193-2103

CREDITOR ID: 542706-BI
PC LIQUIDATIONS COM
5032 PHILLIPS HWY
JACKSONVILLE FL 32207

CREDITOR ID: 408292-99
PC PROPERTIES, LLC
C/O EMMANUEL SHEPPARD & CONDON
ATTN: SALLY BUSSELL FOX, ESQ
30 SOUTH SPRING STREET
PENSACOLA FL 32502

CREDITOR ID: 407461-99
PC WOO DBA MEGATOYS INC
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 542707-BI
PC WOO INC DBA MEGA TOYS
6443 E SLAUSON AVE
COMMERCE CA 90040

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 403213-99<br>PC WOO INC DBA MEGA TOYS<br>C/O LEE & ROSENBERGER<br>ATTN: GREGG A RAPOPORT<br>135 W GREEN ST, STE 100<br>PASADENA CA 91105 | CREDITOR ID: 542708-BI<br>PCG INC<br>3526 SANCTUARY BLVD<br>JACKSONVILLE BEACH FL 32250 | CREDITOR ID: 258212-12<br>PCG INC<br>ATTN RONALD PEARSON<br>3526 SANCTUARY BLVD<br>JACKSONVILLE BEACH, FL 32250 |
| CREDITOR ID: 542709-BI<br>PCS (NOW CAREMARK)<br>9501 EAST SHEA BLVD<br>SCOTTSDALE AZ 85260-6719 | CREDITOR ID: 381500-47<br>PDA PROPERTY DAMAGE APPRAISERS<br>PO BOX 9230<br>FT WORTH, TX 76147-2230 | CREDITOR ID: 542710-BI<br>PDX INC<br>PO BOX 120494<br>DEPT 0494<br>DALLAS TX 75312-0494 |
| CREDITOR ID: 258215-12<br>PDX INC<br>PO BOX 120494<br>DEPT 0494<br>DALLAS, TX 75312-0494 | CREDITOR ID: 405341-95<br>PDX INC<br>ATTN MICHAEL INGRAM, CFO<br>101 JIM WRIGHT FWY SO, STE 200<br>FT WORTH TX 76108-2202 | CREDITOR ID: 382311-51<br>PDX, INC.<br>101 JIM WRIGHT FREEWAY STH., #200<br>FORT WORTH, TX 76108-2252 |
| CREDITOR ID: 257876-12<br>PE VALVE COMPANY INC<br>ATTN JULIE SMITH<br>PO BOX 15369<br>ASHEVILLE, NC 28813-0369 | CREDITOR ID: 542711-BI<br>PEACE OF MIND<br>PO BOX 58278<br>RALEIGH NC 27658 | CREDITOR ID: 542712-BI<br>PEACE RIVER CITRUS PRODUCTS<br>P O BOX 915236<br>ORLANDO FL 32891-5236 |
| CREDITOR ID: 279033-32<br>PEACE RIVER CITRUS PRODUCTS<br>ATTN ANDREW TAYLOR, FIN VP<br>582 BEACHLAND BLVD, SUITE 300<br>VERO BEACH FL 32963 | CREDITOR ID: 542713-BI<br>PEACE RIVER DISTRIBUTING<br>9400 PIPER ROAD<br>PUNTA GORDA FL 33982 | CREDITOR ID: 384283-47<br>PEACE RIVER DISTRIBUTING<br>9400 PIPER ROAD<br>PUNTA GORDA, FL 33982 |
| CREDITOR ID: 542714-BI<br>PEACE RIVER ELECTRICAL CORP<br>PO BOX 1310<br>WAUCHULA FL 33873 | CREDITOR ID: 258220-12<br>PEACE RIVER ELECTRICAL CORP<br>ATTN SINDA SCHRANK, MGR MEM SVC<br>PO BOX 1310<br>WAUCHULA, FL 33873 | CREDITOR ID: 542715-BI<br>PEACH EXPRESS<br>189 JACKSONVILLE HIGHWAY<br>FITZGERALD GA 31750 |
| CREDITOR ID: 1696-RJ<br>PEACH ORCHARD CENTER<br>2743 PERIMETER PARKWAY<br>BUILDING 100, SUITE 370<br>AUGUSTA, GA 30909 | CREDITOR ID: 1697-RJ<br>PEACHTREE PARKWAY PLAZA<br>C/O MCW RC GA PEACHTREE PKWY<br>PO BOX 534276<br>ATLANTA, GA 30353-4276 | CREDITOR ID: 536769-BA<br>PEACO(MINOR), TAYLYN<br>1055 NOAH RD<br>JACKSONVILLE FL 32218 |
| CREDITOR ID: 403881-94<br>PEACOCK, JOHN C<br>P.O. BOX 613<br>BLOUNTSTOWN FL 32424 | CREDITOR ID: 382309-51<br>PEAK<br>9200 BERGER ROAD<br>COLUMBIA, MD 21046 | CREDITOR ID: 542717-BI<br>PEAK 10 INC<br>PO BOX 534390<br>ATLANTA GA 30353-4390 |
| CREDITOR ID: 542716-BI<br>PEAK 10 INC<br>PO BOX 403017<br>ATLANTA GA 30384-3017 | CREDITOR ID: 542718-BI<br>PEAK TECHNOLOGIES INC<br>PO BOX 8500 (S-4955)<br>PHILADELPHIA PA 19178-4955 | CREDITOR ID: 410914-15<br>PEAK TECHNOLOGIES INC<br>C/O RR DONNELLEY COMPANY<br>ATTN DAN PEVONKA, SR MGR CFS<br>3075 HIGHLAND PKWY<br>DOWNERS GROVE IL 60515 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 536770-BA<br>PEAK, STACEY DENISE<br>6592 SELLERS DR.<br>MILTON FL 32583 | CREDITOR ID: 382182-51<br>PEAK10<br>8810 LENOX POINT DRIVE<br>CHARLOTTE, NC 28273 | CREDITOR ID: 407066-MS<br>PEAR, THOMAS<br>1570 KENNESAW DR<br>CLERMONT FL 34711-6871 |
| CREDITOR ID: 536771-BA<br>PEARCE, EMMA<br>7158 CAROLINE RD<br>LULU FL 32061 | CREDITOR ID: 538563-BA<br>PEARCE, EMMA<br>C/O ROBERT M. PERRY<br>PATRICK H. PERRY, P.A.<br>2790 NW 43RD STREET, STE 200<br>GAINESVILLE FL 32606 | CREDITOR ID: 556780-BC<br>PEARCE, JANICE<br>3907 RIVER WALK COURT<br>BRADENTON FL 34208 |
| CREDITOR ID: 556779-BC<br>PEARCE, TINA<br>24251 SAUCIER ADVANCE RD<br>SAUCIER MS 39574 | CREDITOR ID: 542719-BI<br>PEARL BRITTAIN INC<br>ATTN CYNTHIA FLETCHER<br>1422 BURTONWOOD DRIVE<br>GASTONIA NC 28054 | CREDITOR ID: 258228-12<br>PEARL BRITTAIN INC<br>ATTN CYNTHIA FLETCHER<br>1422 BURTONWOOD DRIVE<br>GASTONIA, NC 28054 |
| CREDITOR ID: 258228-12<br>PEARL BRITTAIN INC<br>C/O GRAY LAYTON KERSH<br>ATTN WAYNE SIGMON, ESQ<br>PO BOX 2636<br>GASTONIA NC 28053-2636 | CREDITOR ID: 1698-07<br>PEARL BRITTAIN INC<br>ATTN: CYNTHIA FLETCHER<br>1422 BURTONWOOD DRIVE<br>GASTONIA, NC 28054 | CREDITOR ID: 542720-BI<br>PEARL RIVER CENTRAL  ELEMENTARY<br>7306 HWY 11<br>CARRIERE MS 39426 |
| CREDITOR ID: 542721-BI<br>PEARL RIVER CENTRAL HIGH SCHOOL<br>7407 HWY 11<br>CARRIERE MS 39426 | CREDITOR ID: 381502-47<br>PEARL RIVER VALLEY WATER SUPPLY DISTRICT<br>PO BOX 2180<br>RIDGELAND, MS 39158 | CREDITOR ID: 542722-BI<br>PEARL RIVER VALLEY WATER SUPPLY DISTRICT<br>P O BOX 2180<br>RIDGELAND MS 39158 |
| CREDITOR ID: 407067-MS<br>PEARL, RONALD W<br>525 BUTLER STREET<br>WINDMERE FL 34786 | CREDITOR ID: 384284-47<br>PEARLSTINE DIST INC<br>4550 GAYNOR STREET<br>CHARLESTON, SC 29406 | CREDITOR ID: 410529-15<br>PEARSON EDUCATION<br>ATTN MARTHA PERKINS<br>200 OLD TAPPAN RD<br>OLD TAPPAN NJ 07675 |
| CREDITOR ID: 258240-12<br>PEARSON EDUCATION<br>PO BOX 409479<br>ATLANTA, GA 30384-9479 | CREDITOR ID: 536772-BA<br>PEARSON, BRIDGET<br>222 ELVIRA DRIVE<br>RACELAND LA 70394 | CREDITOR ID: 536773-BA<br>PEARSON, DEBRA<br>16787 MOCKING BIRD LANE<br>BATON ROUGE LA 70819 |
| CREDITOR ID: 538564-BA<br>PEARSON, DEBRA<br>C/O BRENT BOXILL<br>LAW OFFICES OF BRENT BOXILL<br>8714 JEFFERSON HIGHWAY<br>SUITE A<br>BATON ROUGE LA 70809 | CREDITOR ID: 556781-BC<br>PEARSON, EILEEN<br>5733 CEDAR FOREST DR N<br>JACKSONVILLE FL 32210 | CREDITOR ID: 407068-MS<br>PEARSON, RONALD J<br>3526 SANCTUARY BLVD<br>JACKSONVILLE FL 32250 |
| CREDITOR ID: 542723-BI<br>PEART ENTERPRISES INC<br>DRUG TESTING CONSORTIUM<br>102 E MAPLE AVENUE<br>EUNICE LA 70535 | CREDITOR ID: 258243-12<br>PEART ENTERPRISES INC<br>DRUG TESTING CONSORTIUM<br>102 E MAPLE AVENUE<br>EUNICE, LA 70535 | CREDITOR ID: 386400-54<br>PEASE, ANN<br>15955 EDGEFIELD ROAD<br>WELLINGTON FL 33414 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 536803-BA<br>PEASE, KATHERINE<br>130 5TH STREET<br>ATLANTIC BEACH FL 32233 | CREDITOR ID: 538565-BA<br>PEASE, KATHERINE<br>C/O JAMES T MURPHY ESQ<br>KELLY B. MATHIS, P.A.<br>225 WATER STREET<br>SUITE 1280<br>JACKSONVILLE FL 32202 | CREDITOR ID: 538566-BA<br>PEAT, HETHER<br>C/O DAVID A. HEFLAND, ESQ<br>LAW OFFICES OF DAVID A. HELFAND<br>ONE SE 3RD AVE; STE 2920<br>MIAMI FL 33131 |
| CREDITOR ID: 536804-BA<br>PEAT, HETHER<br>10460 SW 65TH STREET<br>MIAMI FL 33157 | CREDITOR ID: 407069-MS<br>PEAY, STEPHEN B<br>4801 HADDON COURT<br>RALEIGH NC 27606 | CREDITOR ID: 542724-BI<br>PECAN DELUXE CANDY COMPANY<br>PO BOX 848066<br>DALLAS TX 75284-8066 |
| CREDITOR ID: 542725-BI<br>PECAN PARK ELEMENTARY PTO<br>504 HANLEY RD<br>OCEAN SPRINGS MS 39564 | CREDITOR ID: 542726-BI<br>PECK FOODS<br>200 S EMMER LANE<br>MILWAUKEE WI 53233 | CREDITOR ID: 542727-BI<br>PECKS PLACE<br>101 S IRWIN AVENUE<br>OCILLA GA 31774 |
| CREDITOR ID: 407070-MS<br>PECNIK, JOHN J SR<br>4457 HONEY TREE LANE EAST<br>JACKSONVILLE FL 32225 | CREDITOR ID: 542728-BI<br>PECO CONTROLS CORP<br>C/O BRIDGE BANK CAPITAL FIN GROUP<br>PO BOX 2759<br>SAN RAMON CA 94583 | CREDITOR ID: 542729-BI<br>PECO FARMS<br>P O BOX 71273<br>CHICAGO IL 60694-1273 |
| CREDITOR ID: 397661-72<br>PECO PALLET, INC.<br>BLDG 4 PENTHOUSE<br>29 WELLS AVENUE<br>YONKERS, NY 10701 | CREDITOR ID: 556782-BC<br>PEDERZANI, MELLISSA<br>1744 N SINGLETON AVE<br>GENEVA FL 32732 | CREDITOR ID: 536805-BA<br>PEDREJA, RUSSELL<br>501100 NW 187TH ST.<br>OPA-LOCKA FL 33055 |
| CREDITOR ID: 542730-BI<br>PEDRINI USA INC<br>500 CHURCH STREET<br>BAYPORT NY 11705 | CREDITOR ID: 542731-BI<br>PEDRO ZAMORA<br>14104 SW 54 ST<br>MIAMI FL 33175 | CREDITOR ID: 536806-BA<br>PEDROSO, IDORIS<br>3500 SW 112 AVE<br>MIAMI FL 33165 |
| CREDITOR ID: 538567-BA<br>PEDROSO, IDORIS<br>C/O FERNANDO F FREIRE<br>FERNANDO F FREIRE<br>2100 CORAL WAY<br>SUITE 505<br>MIAMI FL 33145 | CREDITOR ID: 542732-BI<br>PEEBLES ELEMENTARY<br>4915 WEEKS ISLAND RD<br>NEW IBERIA LA 70560 | CREDITOR ID: 390650-55<br>PEEL, VERA<br>C/O HESSE & BUTTERWORTH, LLC<br>ATTN MICHAEL O HESSE, ESQ<br>PO BOX 1099<br>ST FRANCISVILLE, LA 70775-1099 |
| CREDITOR ID: 542733-BI<br>PEGASUS INTERNATIONAL INC<br>PO BOX 826184<br>PHILADELPHIA PA 19182-6184 | CREDITOR ID: 411388-15<br>PEGGS CO, INC, THE<br>ATTN CLIFFORD ROFF, CONTROLLER<br>PO BOX 907<br>MIRA LOMA CA 91752 | CREDITOR ID: 258273-12<br>PELHAM WATER WORKS<br>ATTN CONNIE P HARRIS<br>PO BOX 277<br>PELHAM, AL 35124-0277 |
| CREDITOR ID: 542739-BI<br>PELHAM WATER WORKS<br>PO BOX 277<br>PELHAM AL 35124-0277 | CREDITOR ID: 542740-BI<br>PELICAN ASSOCIATES<br>C/O GREYHAWKE CAPITAL ADVISORS LLC<br>340 PEMBERWICK ROAD 1ST FLOOR<br>ATTN MARK L PLAUMANN<br>GREENWICH CT 06831 | CREDITOR ID: 1699-07<br>PELICAN ASSOCIATES<br>C/O GREYHAWKE CAPITAL ADVISORS<br>ATTN MARK L PLAUMANN, MGR<br>340 PEMBERWICK ROAD, 1ST FLOOR<br>GREENWICH CT 06831 |

SERVICE LIST

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 258275-12
PELICAN ICE & COLD STORAGE INC
ATTN CHERIE MCKEOUGH, AR MGR
PO BOX 2131
KENNER, LA 70063-2131

CREDITOR ID: 542741-BI
PELICAN ICE & COLD STORAGE INC
PO BOX 2131
KENNER LA 70063-2131

CREDITOR ID: 258276-12
PELICAN ICE NEW ORLEANS
ATTN CHERIE MCKEOUGH, AR MGR/
TODD ROBERTS, PRESIDENT
711 OXLEY STREET
KENNER, LA 70062

CREDITOR ID: 542742-BI
PELICAN ICE NEW ORLEANS
711 OXLEY STREET
KENNER LA 70062

CREDITOR ID: 384285-47
PELICAN WINE & SPIRITS
P O BOX 52822
NEW ORLEANS, LA 70152

CREDITOR ID: 542744-BI
PELICAN WINE & SPIRITS
P O BOX 53333
NEW ORLEANS LA 70153

CREDITOR ID: 542743-BI
PELICAN WINE & SPIRITS
P O BOX 52822
NEW ORLEANS LA 70152

CREDITOR ID: 392282-55
PELICATA, SUSAN
C/O BOONE & DAVIS
ATTN MICHAEL S DAVIS, ESQ
2311 N ANDREWS AVENUE
FORT LAUDERDALE FL 33311

CREDITOR ID: 542745-BI
PELL CITY MARKETPLACE PARTNERS
C/O HELMS ROARK INC
PO BOX 1149
MONTGOMERY AL 36101-1149

CREDITOR ID: 1700-07
PELL CITY MARKETPLACE PARTNERS
C/O HELMS ROARK INC, AGENT
ATTN ELIZABETH DEAN, VP
PO BOX 1149
MONTGOMERY, AL 36101-1149

CREDITOR ID: 429829-BH
PELLEY, WENDY
C/O JOSEPH C WHITELOCK, PA
ATTN JOSEPH C WHITELOCK, ESQ
3245 FIFTH AVENUE N
ST PETERSBURG FL 33713

CREDITOR ID: 542746-BI
PEMBROKE PINES FIRE RESCUE DEPT
10100 PINES BOULEVARD
BUILDING B  2ND FLOOR
PEMBROKE PINES FL 33026

CREDITOR ID: 397105-67
PENA, JOSE (ENEIDA FASHIONS, INC)
11241 SW 40TH ST
MIAMI, FL 33165

CREDITOR ID: 536807-BA
PENA, SANDRA LILIANA
3700 N.W. 88TH AVENUE, #312
SUNRISE FL 33351

CREDITOR ID: 538568-BA
PENA, SANDRA LILIANA
C/O THOMAS C. PARISI, ESQ.
ROSELLI & ROSELLI TRIAL LAWYERS
3471 NORTH FEDERAL HIGHWAY
SUITE 600
FORT LAUDERDALE FL 33305

CREDITOR ID: 556783-BC
PENA, WANDA
2739 ELLIS AVE.
EATON PARK FL 33840

CREDITOR ID: 400408-85
PENA-LOPEZ, CECILA
C/O ALAN COHN & ANGELA COHN, PA
ATTN ALAN W COHN, ESQ
1152 N UNIVERSITY DR, SUITE 201
PENBROKE PINES FL 33024

CREDITOR ID: 556784-BC
PENALOZA, ROCIO
5176 LAMANCHA CT
ORLANDO FL 32822

CREDITOR ID: 542747-BI
PENANG NURSERY INC
PO BOX 1658
APOPKA FL 32704

CREDITOR ID: 411036-15
PENA-POU, MIRIAM
C/O CARRILLO & CARRILLO, PA
ATTN JOSE I CARRILLO, ESQ
3663 SW 8 STREET, SUITE 214
MIAMI FL 33135

CREDITOR ID: 392149-55
PENATE, ACIEL (MINOR)
C/O ROBERT BEHAR LAW OFFICES
ATTN ROBERT BEHAR, ESQ
7171 CORAL WAY, SUITE 303
MIAMI FL 33155

CREDITOR ID: 390514-55
PENATE, ARIEL (MINOR)
C/O LAW OFFICE OF ROBERT BEHAR, PA
ATTN ROBERT BEHAR, ESQ
7171 CORAL WAY, SUITE 303
MIAMI FL 33155

CREDITOR ID: 392148-55
PENATE, MARIA DEL CARMEN
C/O LAW OFFICES OF ROBERT BEHAR, PA
ATTN ROBERT BEHAR, ESQ
7171 CORAL WAY, SUITE 303
MIAMI FL 33155

CREDITOR ID: 258285-12
PENCE LAWN CARE
PO BOX 2847
ARCADIA, FL 34265

CREDITOR ID: 542748-BI
PENCE LAWN CARE
PO BOX 2847
ARCADIA FL 34265

CREDITOR ID: 542749-BI
PENCIL GRIP INC
PO BOX 67096
LOS ANGELES CA 90067

CREDITOR ID: 536808-BA
PENDER, SELENA
44 WEST 55TH STREET
JACKSONVILLE FL 32206

SERVICE LIST
**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 390561-55<br>PENDER, WILLIE<br>C/O JOHN W CARROLL, PA<br>ATTN JOHN W CARROLL, ESQ<br>11380 PROSPERITY FARMS RD, STE 216A<br>PALM BEACH GARDENS FL 33410 | CREDITOR ID: 542750-BI<br>PENDLETON DURKEE AND ASSOC<br>7715 NORTH PEARL STREET<br>JACKSONVILLE FL 32208 | CREDITOR ID: 258288-12<br>PENINSULA BEVERAGE LLC<br>ATTN JOYCE FINN<br>2315 STIRLING ROAD<br>DANIA FL 33312 |
| CREDITOR ID: 542751-BI<br>PENINSULA BEVERAGE LLC<br>2315 STIRLING ROAD<br>DANIA FL 33312 | CREDITOR ID: 258289-12<br>PENINSULA ENERGY SERVICES<br>ATTN THOAMS A GEOFFROY, VP<br>PO BOX 960<br>WINTER HAVEN, FL 33882-0960 | CREDITOR ID: 542752-BI<br>PENINSULA ENERGY SERVICES<br>PO BOX 960<br>WINTER HAVEN FL 33882-0960 |
| CREDITOR ID: 2471-07<br>PENINSULA UTILITIES INC<br>2720 PARK STREET, SUITE 204<br>JACKSONVILLE, FL 32205-7645 | CREDITOR ID: 542753-BI<br>PENINSULA UTILITIES INC<br>2720 PARK  STREET<br>UNIT 204<br>JACKSONVILLE FL 32205 | CREDITOR ID: 542754-BI<br>PENMAN PLAZA ASSOCIATES LTD<br>3715 NORTHSIDE PKWY NW<br>300 NORTHCREEK STE 105<br>ATLANTA GA 30327 |
| CREDITOR ID: 1702-07<br>PENMAN PLAZA ASSOCIATES, LTD.<br>3715 NORTHSIDE PARKWAY NW<br>300 NORTHCREEK, SUITE 105<br>ATLANTA, GA 30327 | CREDITOR ID: 542756-BI<br>PENN PAK INC<br>PO BOX 277743<br>ATLANTA GA 30384-7743 | CREDITOR ID: 542755-BI<br>PENN PAK INC<br>PO BOX 102616<br>ATLANTA GA 30368-2616 |
| CREDITOR ID: 542757-BI<br>PENN RACQUET SPORTS<br>PO BOX 53232<br>PHOENIX AZ 85072-3232 | CREDITOR ID: 536809-BA<br>PENN, SARA<br>705 W. LEE ROAD<br>COVINGTON LA 70433 | CREDITOR ID: 542758-BI<br>PENNANT FOODS COMPANY<br>38002 EAGLE WAY<br>CHICAGO IL 60678-1380 |
| CREDITOR ID: 407071-MS<br>PENNEY, ELWOOD L<br>105 THICKETT PLACE<br>WILLMINGTON NC 28409 | CREDITOR ID: 395438-64<br>PENNINGTON SEED, INC.<br>1280 ATLANTA HIGHWAY<br>PO BOX 290<br>MADISON, GA 30650 | CREDITOR ID: 556786-BC<br>PENNINGTON, ANNETTE<br>4483 SE 23RD COURT<br>OKEECHOBEE FL 34974 |
| CREDITOR ID: 406240-G4<br>PENN-PAK INC<br>ATTN JOE JEFFERSON, CR MGR<br>PO BOX 290<br>MADISON GA 30650 | CREDITOR ID: 393039-55<br>PENNYCUFF, DEBRA ROSE<br>C/O FARAH, FARAH, & ABBOTT, PA<br>ATTN STEPHEN LANKES, ESQ<br>1534 KINGSLEY AVE<br>ORANGE PARK FL 32703 | CREDITOR ID: 542760-BI<br>PENNYS AUTO CHASSIS<br>728 ST GEORGE AVE<br>JEFFERSON LA 70121-1119 |
| CREDITOR ID: 542761-BI<br>PENOBSCOT FROZEN FOODS<br>PO BOX 229<br>BELFAST ME 04915-0229 | CREDITOR ID: 258304-12<br>PENOBSCOT MCCRUM LLC DBA<br>PENOBSCOT FROZEN FOODS<br>ATTN JAY Y MCCRUM<br>PO BOX 229<br>BELFAST, ME 04915-0229 | CREDITOR ID: 258309-12<br>PENSACOLA NEWS JOURNAL<br>PO BOX 12710<br>PENSACOLA, FL 32574-2710 |
| CREDITOR ID: 542762-BI<br>PENSACOLA NEWS JOURNAL<br>PO BOX 12710<br>PENSACOLA FL 32501 | CREDITOR ID: 542764-BI<br>PENSACOLA NEWS JOURNAL<br>PO BOX 12710<br>PENSACOLA FL 32591-2710 | CREDITOR ID: 542763-BI<br>PENSACOLA NEWS JOURNAL<br>PO BOX 12710<br>PENSACOLA FL 32574-2710 |

**Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 382306-51<br>PENSACOLA NEWS JOURNAL<br>101 E. ROMANA STREET<br>PENSACOLA, FL 32501 | CREDITOR ID: 536810-BA<br>PENSADO, ANA<br>1685 W 41ST STREET, #6<br>HIALEAH FL 33012 | CREDITOR ID: 538569-BA<br>PENSADO, ANA<br>C/O ROBERT RUBENSTEIN<br>LAW OFFICES OF ROBERT RUBENSTEIN<br>9350 S. DIXIE HWY<br>SUITE 1110<br>MIAMI FL 33156 |
| CREDITOR ID: 533563-DT<br>PENSION FINANCIAL SERVICES, LLC<br>ATTN: JAMES MCGRATH<br>1700 PACIFIC AVENUE, SUITE 1400<br>DALLAS TX 75201 | CREDITOR ID: 536811-BA<br>PENTHENY, JOAN<br>5024 ODIN ST<br>SPRING HILL FL 34608 | CREDITOR ID: 538570-BA<br>PENUELA, ELIANA<br>C/O MARC ANIJAR, ESQ.<br>ANIDJAR & LEVINE, PA<br>790 E BROWARD BLVD<br>SUITE 302<br>FT LAUDERDALE FL 33301 |
| CREDITOR ID: 536812-BA<br>PENUELA, ELIANA<br>6736 PALMETTO CIR SOUTH<br>BOCA RATON FL 33433 | CREDITOR ID: 542766-BI<br>PEOPLES MUTUAL TELEPHONE<br>C/O FAIRPOINT COMMUNICATIONS<br>PO BOX 70821<br>CHARLOTTE NC 28272-0821 | CREDITOR ID: 258316-12<br>PEOPLES STATE BANK & TRUST<br>ATTN RANDY KIMBREL, ASST. VP<br>ATTN ACCOUNT ANALYSIS<br>72 EAST PARKER STREET<br>BAXLEY, GA 31513 |
| CREDITOR ID: 542767-BI<br>PEOPLES STATE BANK & TRUST<br>ATTN ACCOUNT ANALYSIS<br>72 EAST PARKER STREET<br>BAXLEY GA 31513 | CREDITOR ID: 258313-12<br>PEOPLE'S SUPPLY CO<br>ATTN JEANNE M BRACKIN, OWNER<br>12309 WINDWARD DRIVE<br>GULFPORT, MS 39503 | CREDITOR ID: 542765-BI<br>PEOPLE'S SUPPLY CO.<br>12309 WINDWARD DRIVE<br>GULFPORT MS 39503 |
| CREDITOR ID: 542768-BI<br>PEOPLES WATER SERVICE<br>P O BOX 230<br>DONALDSONVILLE LA 70346-0230 | CREDITOR ID: 258318-12<br>PEOPLES WATER SERVICE (FL)<br>PO BOX 4815<br>PENSACOLA, FL 32507 | CREDITOR ID: 542769-BI<br>PEOPLES WATER SERVICE (FL)<br>PO BOX 4815<br>PENSACOLA FL 32507 |
| CREDITOR ID: 190493-09<br>PEOPLES, CRYSTAL B<br>3120 SUMAC RD, APT E5<br>DECATUR AL 35603 | CREDITOR ID: 536813-BA<br>PEOPLES, NAKRESHA<br>2400 DEERFIELD DR APT 3F<br>NORTHPORT AL 35473 | CREDITOR ID: 382106-51<br>PEOPLESOFT<br>500 WEST MONROE STREET<br>CHICAGO, IL 60661 |
| CREDITOR ID: 382104-51<br>PEOPLEWISE-LEXIS/NEXIS<br>BUILDING E, SUITE 2200<br>700 E TECHNOLOGY AVENUE<br>OREM, UT 84097-6204 | CREDITOR ID: 258319-12<br>PEPINIERE BONSAI 2000 INC<br>ATTN JANIELLE BEAUCHEMIN<br>1165 RUE ST JOSEPH<br>TINGWICK, QC J0A 1L0<br>CANADA | CREDITOR ID: 542770-BI<br>PEPINIERE BONSAI 2000 INC<br>1165 RUE ST JOSEPH<br>TINGWICK QC J0A 1L0<br>CANADA |
| CREDITOR ID: 381856-99<br>PEPPER HAMILTON LLP<br>ATTN: ALAN SABLE<br>500 GRANT ST, 50TH FLR<br>PITTSBURGH PA 15219-2502 | CREDITOR ID: 278812-99<br>PEPPER HAMILTON LLP<br>ATTN: I WILLIAM COHEN<br>100 RENAISSANCE CENTER 36TH FL<br>DETROIT MI 48243-1157 | CREDITOR ID: 382063-36<br>PEPPERIDGE FARM<br>ATTN KATE GREELEY<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 |
| CREDITOR ID: 542771-BI<br>PEPPERIDGE FARM BREAD<br>PO BOX 640758<br>PITTSBURGH PA 15264-0758 | CREDITOR ID: 542772-BI<br>PEPPERIDGE FARM INC<br>PO BOX 640758<br>PITTSBURGH PA 15264-0758 | CREDITOR ID: 556787-BC<br>PEPPERS, BOBBIE<br>2007 S 11TH ST<br>GADSDEN AL 35906 |

### Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing claims Arising before Effective Date and Other Administrative Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 393261-55
PEPPLER, AUDREY E
C/O MORGAN & MORGAN, PA
ATTN DANIEL W SHEPPARD, ESQ
PO BOX 9504
FORT MYERS FL 33906

CREDITOR ID: 382582-51
PEPSI
5829 PEPSI PLACE
JACKSONVILLE, FL 32216

CREDITOR ID: 410493-15
PEPSI BOTTLING GROUP
ATTN MIKE BEVILACQUA
1100 REYNOLDS BLVD
WINSTON-SALEM NC 27102

CREDITOR ID: 542773-BI
PEPSI BOTTLING GROUP
PO BOX 75960
CHICAGO IL 60675-5960

CREDITOR ID: 408402-15
PEPSI BOTTLING VENTURES, LLC
SMITH, ANDERSON, BLOUNT, ET AL
ATTN AMOS U PRIESTER, IV, ESQ
2500 WACHOVIA CAPITOL CENTER
PO BOX 2611
RALEIGH  NC 27601

CREDITOR ID: 408402-15
PEPSI BOTTLING VENTURES, LLC
ATTN RITA BARBOUR, CORP CREDIT MGR
DAVID DI BRYANT, CONTROLLER
4700 HOMEWOOD CT, SUITE 200
RALEIGH NC 27609

CREDITOR ID: 542775-BI
PEPSI COLA
P O BOX 844700
DALLAS TX 75284-4700

CREDITOR ID: 542774-BI
PEPSI COLA
P O BOX 844700
DALLAS TX 75284-4700

CREDITOR ID: 542777-BI
PEPSI COLA BOTT CO OK&JB
75 REMITTANCE DRIVE
SUITE 1884
CHICAGO IL 60675-1884

CREDITOR ID: 542776-BI
PEPSI COLA BOTT CO OK&JB
7305 GARDEN ROAD
RIVERIA BEACH FL 33404

CREDITOR ID: 258328-12
PEPSI COLA BOTTLING
ATTN JAMES W DAVIS, CONTROLLER
PO BOX 3567
GREENVILLE, SC 29608

CREDITOR ID: 542786-BI
PEPSI COLA BOTTLING
PO DRAWER 1009
ATMORE AL 36502

CREDITOR ID: 542785-BI
PEPSI COLA BOTTLING
PO BOX 75990
CHARLOTTE NC 28275-0990

CREDITOR ID: 542784-BI
PEPSI COLA BOTTLING
PO BOX 3567
GREENVILLE SC 29608

CREDITOR ID: 542783-BI
PEPSI COLA BOTTLING
PO BOX 226
LUVERNE AL 36049

CREDITOR ID: 542782-BI
PEPSI COLA BOTTLING
PO BOX 2247
BIRMINGHAM AL 35202

CREDITOR ID: 542781-BI
PEPSI COLA BOTTLING
PO BOX 1086
SELMA AL 36702-1086

CREDITOR ID: 542780-BI
PEPSI COLA BOTTLING
P O BOX 7248 WEST STATION
HUNTSVILLE AL 35807

CREDITOR ID: 542779-BI
PEPSI COLA BOTTLING
HIGHWAY 43 SOUTH
TUSCUMBIA AL 35674

CREDITOR ID: 542778-BI
PEPSI COLA BOTTLING
401 65TH STREET
TUSCALOOSA AL 35405

CREDITOR ID: 542791-BI
PEPSI COLA BOTTLING CO
PO BOX 550
HICKORY NC 28603

CREDITOR ID: 542790-BI
PEPSI COLA BOTTLING CO
PO BOX 2389
DECATUR AL 35602

CREDITOR ID: 258338-12
PEPSI COLA BOTTLING CO
ATTN DARRELL KIGGANS, CR MGR
PO BOX 241167
CHARLOTTE, NC 28224-1167

CREDITOR ID: 258335-12
PEPSI COLA BOTTLING CO
1766 BANKHEAD HIGHWAY
WINFIELD, AL 35594

CREDITOR ID: 542789-BI
PEPSI COLA BOTTLING CO
P O BOX 241167
CHARLOTTE NC 28224-1167

CREDITOR ID: 542788-BI
PEPSI COLA BOTTLING CO
P O BOX 241167
CHARLOTTE NC 28224-1167

CREDITOR ID: 542787-BI
PEPSI COLA BOTTLING CO
1766 BANKHEAD HIGHWAY
WINFIELD AL 35594