# UNITED STATES BANKRUPTY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., et al.,**

Debtors.[1]

**Chapter 11**

**Case No. 05-03817-3F1**

**(Jointly Administered)**

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.  On or about December 12, 2006 I caused copies of:

* the **Agreed Order Resolving (I) Claim Number 366 Filed by CSX Corporation, as Set Forth in the Debtor's Eighth Omnibus Claims Objection and (II) Request for Payment of Administrative Expense**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: December 18, 2006

_____
Kathleen M. Logan

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**

**Agreed Order Resolving (I) Claim Number 366 Filed By
CSX Corporation, as Set Forth in the Debtor's Eighth
Omnibus Claims Objection and (II) Request for Payment
of Administrative Expense**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | |
|---|---|
| CREDITOR ID: 395577-15 | CREDITOR ID: 395577-15 |
| CSX CORPORATION | CSX CORPORATION |
| C/O MCGUIREWOODS LLP | ATTN RUTH C SALTER |
| ATTN: MICHAEL T FACKLER, ESQ | 500 WATER STREET, 8TH FL J220 |
| 50 NORTH LAURA ST, STE 3300 | JACKSONVILLE FL 32202 |
| JACKSONVILLE FL 32202-3661 | |

**Total:   2**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors. [1] | Jointly Administered |

## AGREED ORDER RESOLVING (I) CLAIM NUMBER 366 FILED BY CSX CORPORATION, AS SET FORTH IN THE DEBTORS' EIGHTH OMNIBUS CLAIMS OBJECTION AND (II) REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE

These cases originally came before the Court for hearing on May 4 2006, upon the Eighth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A to the Objection.[2] A response to the Objection was filed by CSX Corporation, as a result of which the Debtors agreed to continue the Objection with respect to claim no. 366 filed by CSX Corporation, among others. On May 4, 2006, the Court entered an order (Docket No. 7594) sustaining the Objection as to the proofs of claim listed on the exhibits to the order and continuing the hearing on the Objection as to claim no. 366 and other unresolved claims. Based upon the representation by counsel to the Debtors and counsel to CSX

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]    All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

Corporation that the proposed Agreed Order reflects a resolution of (i) the Objection

as to claim no. 366 and (ii) the Request for Payment of Administrative Expense filed

by CSX Corporation, it is

ORDERED AND ADJUDGED:

1.      Claim no. 366 filed by CSX Corporation is allowed as an unsecured

non-priority claim in the amount of $70,407.09.

2.      The Request for Payment of Administrative Expense filed by CSX

Corporation (Docket No. 7469) shall be disallowed in its entirety.

3.      This Order resolves all liabilities and obligations related to all proofs

of claim and administrative expense claims filed by CSX Corporation in these

Chapter 11 cases.

4.      The Court shall retain jurisdiction to resolve any disputes arising from

this Order.

Dated this 11 day of December, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

2

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY                McGUIREWOODS LLP


By  _/s/ James H. Post_                     By   _/s/ Michael T. Fackler*_
      James H. Post                                  Michael T. Fackler

Florida Bar Number 175460              Florida Bar Number 0612421
225 Water Street, Suite 1800            John H. Maddock III
Jacksonville, Florida 32202             Elizabeth L. Gunn
(904) 359-7700                          50 North Laura Street, Suite 3300
(904) 359-7708 (facsimile)              Jacksonville, Florida 32202-3661
                                        (904) 798-2684
-and-                                   (904) 798-3266 (facsimile)
                                        mfackler@mcguirewoods.com
SKADDEN, ARPS, SLATE,
MEAGHER                                 Counsel to CSX Corporation
& FLOM LLP
                                        *Counsel has authorized his electronic
D. J. Baker                             signature
Sally McDonald Henry
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for Debtors