UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| In re: | Chapter 11 |
|---|---|
| WINN-DIXIE STORES, INC., et al., | Case No. 05-03817-3F1 |
| Debtors.[1] | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about December 12, 2006 I caused copies of:

- the **Agreed Order Regarding Motion to Reconsider Order Reducing Claim of MMMM, Inc. for Lack of Notice**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: December 18, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: 8J

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**

**Agreed Order Resolving Motion to Reconsider Order
Reducing Claim of MMMM, Inc. for Lack of Notice**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                                          **CASE:   05-03817-3F1**

| | |
|---|---|
| CREDITOR ID: 407607-15<br>MMMM, INC DBA MITCH MURCH'S<br>C/O HERREN, DARE & STREETT<br>ATTN DAVID M DARE, ESQ<br>1051 N HARRISON AVENUE<br>ST LOUIS MO 63122 | CREDITOR ID: 407607-15<br>MMMM, INC DBA MITCH MURCH'S<br>MAINTENANCE MGMT<br>ASSIGNEE OF ROYAL SERVICES INC<br>2827 CLARK AVENUE<br>ST LOUIS MO 63103-2591 |

**Total:   2**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## AGREED ORDER REGARDING MOTION TO RECONSIDER ORDER REDUCING CLAIM OF MMMM, INC. FOR LACK OF NOTICE

THIS CAUSE is before the Court upon the motion to reconsider order reducing claim of MMMM, Inc. for lack of notice (Docket No. 10711) (the "Motion"). Based upon the representation by counsel to the Debtors and counsel to MMMM, Inc. that the proposed Agreed Order reflects a resolution between the parties of the issues raised in the Motion, it is

ORDERED AND ADJUDGED:

1. The Motion is granted to the extent stated in this Agreed Order.

2. Claim no. 4563 filed by MMMM, Inc. is allowed as an unsecured non-priority claim in the amount of $36,332.66 to be paid in accordance with, and subject to, the terms of the Debtors' joint plan of reorganization.

Dated this 11 day of December, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

3

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By /s/ James H. Post
    James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

-and-

SKADDEN, ARPS, SLATE,
MEAGHER
& FLOM LLP

D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Attorneys for Debtors

WALTERS LEVINE
KLINGENSMITH & THOMSON, P.A.

By /s/ Thomas C. Valentine[*]
    Thomas C. Valentine

Florida Bar Number 321389
1800 Second Street, Suite 808
Sarasota, Florida 34236
(941) 364-8787
(941) 361-3023 (facsimile)

-and-

HERREN, DARE & STREETT

By /s/ David M. Dare[*]
    David M. Dare

1051 N. Harrison Ave.
Kirkwood, MO 63122
(314) 965-3373
(314) 965-2225 (facsimile)

Attorneys for MMMM, Inc.

\* Counsel has authorized the use of his electronic signature.

4