**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**NOTICE OF CANCELLATION OF TRIAL**
**SCHEDULED FOR JANUARY 31, FEBRUARY 1 AND 2, 2007**

Please take notice that the trial scheduled for January 31, February 1, and February 2, 2007 at 9:00 a.m. (prevailing Eastern Time), before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, on Debtors' Objection to Louisiana Tax Claims has been cancelled pursuant to the Agreed Order Resolving Claims Filed by The State of Louisiana Department of Revenue (Docket No. 13171).

Dated: December 18, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*  <br>     D. J. Baker <br>     Sally McDonald Henry <br>     Rosalie Gray | By   *s/ James H. Post*  <br>     Stephen D. Busey <br>     James H. Post (FBN 175460) <br>     Cynthia C. Jackson |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (917) 777-2150 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> jpost@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

Certificate of Service

I certify that on December 18, 2006, a copy of the foregoing has been furnished electronically and/or by mail to:

State of Louisiana Rev. Dept.
Attn: David M. Hansen
617 North Third Street
Baton Rouge, Louisiana 70802
(225) 219-2080
david.hansen@la.gov

Akerman Senterfitt
Attn: John B. Macdonald
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 398-3730 (facsimile)
john.macdonald@akerman.com

Elena L. Escamilla
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
(407) 648-6301
(407) 648-6323 (facsimile)
ElenaL.Escamilla@usdoj.gov

Pugh, Pugh & Pugh, LLP
Attn: Robert G. Pugh, Partner
333 Texas Street, Suite 2100
Shreveport, Louisiana 71101

Rogers Towers PA
Attn: Betsy Cox
1301 Riverplace Boulevard, Suite 1500
Jacksonville, Florida 32207
(904) 398-3911
bcox@rtlaw.com

Milbank, Tweed, Hadley & McCloy
Attn: Dennis Dunne, Matthew Barr
1 Chase Manhattan Plaza
New York, New York 10005
(212) 530-5000
(212) 530-5219 (facsimile)
ddunne@milbank.com
mbarr@milbank.com

Kenneth C. Meeker
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
(407) 648-6301
(407) 648-6323 (facsimile)
ken.meeker@usdoj.gov

/s/James H. Post
Attorney

00552688