UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN DIXIE STORES, INC., et al.,

Debtors.

Case No. 05-03817-3F1

Chapter 11

Jointly Administered

**REQUEST BY SARGENTO FOODS, INC. FOR ALLOWANCE AND PAYMENT OF AN ADMINISTRATIVE EXPENSE**

Sargento Foods, Inc. ("Sargento") by its attorneys, Reinhart Boerner Van Deuren s.c., hereby requests allowance and payment of an administrative expense pursuant to section 503 of the United States Bankruptcy Code, 11 U.S.C. § 101 et. seq. (the "Code") in the amount of $33,508.73. In support of its request, Sargento states as follows:

1. Sargento is a manufacturer of cheese and related products and is a supplier to Winn Dixie Stores, Inc. (the Debtor").

2. On July 13, 2005, Sargento filed in this case a proof of claim (the "Prepetition Claim") in the aggregate amount of $375,291.18 for goods sold by Sargento to the Debtor on credit prior to the filing of the petition in this case.

3. Pursuant to the Prepetition Claim, Sargento asserted against the Debtor (a) a reclamation claim in the amount of $208,640.97 and (b) a secured setoff claim pursuant to sections 506(a) and 553(a) of the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq.* (the "Code") to the extent of any prepetition amounts owed the Debtor by Sargento.

4. Pursuant to a Memorandum dated August 17, 2005, Sargento and the Debtor agreed that Sargento had an allowed reclamation claim of

$208,640.96 and that the offsets to such reclamation claim due to amounts owed by Sargento to Winn Dixie relating to the reclamation claim were $18,647.84, leaving a net allowed reclamation claim of $189,993.12.

5.  Pursuant to Debtor's Twelfth Omnibus Objection to (A) Overstated Claims, (B) Overstated Misclassified Claims and (C) No Liability Misclassified Claims dated May 30, 2006 (the "Objection"), the Debtor objected to the Prepetition Claim seeking to reduce the amount of Sargento's net prepetition claim (net of the amount of its allowed reclamation claim) (the "Net Prepetition Claim") to $131,803.85 and reclassify the entire Net Prepetition Claim as an unsecured non-priority claim.

6.  Subsequent to the filing of the Objection, the Debtor and Sargento reached an agreement resolving the Objection. That agreement was memorialized in a letter from counsel for Sargento to counsel for the Debtor dated June 27, 2006, a copy of which is attached hereto as Exhibit A (the "Settlement Agreement"). Pursuant to the Settlement Agreement, the Debtor and Sargento agreed, among other things, that (a) Sargento had an allowed Net Prepetition Claim of $137,904.81, (b) Sargento's allowed Net Prepetition Claim was net of all amounts owed by Sargento to the Debtor, (c) all prepetition amounts owed by Sargento to the Debtor were offset against the Net Prepetition Claim in arriving at the $137,904.81 allowed Net Prepetition Claim, and (d) there were no other prepetition amounts owed by Sargento to the Debtor.

7.  On June 29, 2006, the Court entered an Order (A) Reducing Overstated Claims, (B) Reducing and Reclassifying Overstated Misclassified Claims and (C) Disallowing No Liability Misclassified Claims as Set Forth in the Debtors' Twelfth Omnibus Claims Objection (the "Claims Order"), which, among other things, allowed Sargento's Net Prepetition Claim as provided in the

Settlement Agreement. A copy of the relevant page of Exhibit B to the Claims Order is attached hereto as Exhibit B.

8. On August 10, 2006, Sargento issued to the Debtor Sargento invoice number 0090747144, a copy of which is attached hereto as Exhibit C (the "Postpetition Sargento Invoice"). The Postpetition Sargento Invoice relates to the postpetition sale of goods by Sargento to the Debtor in the amount of $74,557.94.

9. On August 28, 2006, the Debtor issued to Sargento a certain Debit Memorandum, a copy of which is attached hereto as Exhibit D (the "Debit Memo"). Pursuant to the Debit Memo, the Debtor asserted that Sargento is indebted to the Debtor on account of a prepetition obligation in the amount of $33,508.73.

10. On or about August 30, the Debtor offset the alleged prepetition obligation evidenced by the Debit Memo against its obligation to Sargento under the Postpetition Sargento Invoice by remitting to Sargento by electronic funds transfer an amount equal to the amount of the Postpetition Sargento Invoice less the amount of the Debit Memo and certain other deductions unrelated to the Debit Memo.

11. The offset by the Debtor of the Debit Memo against the Postpetition Sargento Invoice is in violation of the Settlement Agreement. The Settlement Agreement clearly states that "[a]ll prepetition amounts owed by Sargento to Winn Dixie have been offset against Sargento's allowed prepetition claim in arriving at the $137,904.81 amount and there are no other prepetition amounts owed by Sargento to Winn Dixie." The alleged offset is also in violation of the Claims Order which incorporated the terms of the Settlement Agreement.

12. In addition to violating the Settlement Agreement and the Claims Order, the offset by the Debtor of the Debit Memo against the Postpetition Sargento Invoice was improper as the Debtor attempted to offset a prepetition debt

allegedly owed it Sargento against a postpetition debt owed Sargento by the Debtor.

13. For the reasons stated above, the offset by the Debtor described above was invalid and the Debtor is indebted to Sargento under the Postpetition Sargento Invoice in the amount of $33,508.73 on account of goods sold by Sargento to the Debtor.

WHEREFORE, Sargento respectfully requests that the Court enter an Order allowing Sargento an administrative expense claim pursuant to § 503(b) of the Code in the amount of $33,508.73 and directing the Debtor to pay such administrative claim.

Dated this 18th day of December, 2006.

REINHART BOERNER VAN DEUREN S.C.

BY /s/ Michael D. Jankowski

Michael D. Jankowski (WI Bar No. 1012353)
1000 North Water Street, Suite 2100
P.O. Box 2965
Milwaukee, WI 53201-2965
Telephone: 414-298-1000
Fax: 414-298-8097
mjankows@reinhartlaw.com
Counsel for Sargento Foods, Inc.

**Exhibit A**
**Settlement Agreement**

(see attached)

reinhartlaw.com

June 27, 2006

SENT BY FACSIMILE AND
FIRST CLASS MAIL

Jane M. Leamy, Esq.
Skadden, Arps, Slate,
Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Dear Ms. Leamy:

Re: In re Winn Dixie Stores, Inc., *et al*; Case No. 05-03817-3F1

This letter follows our conversation of earlier today and confirms the agreement between Winn Dixie Stores, Inc., debtor-in-possession ("Winn Dixie") and Sargento Foods, Inc. ("Sargento") concerning the prepetition claim of Sargento in the above-captioned case.

As you are aware, Sargento filed a proof of claim in the aggregate amount of $375,291.18. In its proof of claim, Sargento asserted (1) a reclamation claim in the amount of $208,640.97 and (2) a right of setoff pursuant to 11 U.S.C. § 553(a) to the extent of any prepetition amounts owed by Sargento to Winn Dixie. Pursuant to a Memorandum dated August 17, 2005, Sargento and Winn Dixie agreed that Sargento had an allowed reclamation claim of $208,640.96 and that the offsets to such reclamation claim due to amounts owed by Sargento to Winn Dixie relating to the reclamation claim were $18,647.84, leaving a net allowed reclamation claim of $189,993.12.

As filed, Sargento's net prepetition claim (net of the amount of its allowed reclamation claim) is $166,650.22. With respect to such claim, Winn Dixie has asserted (1) a $36,932.78 reduction of the claim amount for prepetition amounts owed Winn Dixie by Sargento and (2) a $2,086.41 increase in the claim amount for reclamation consumption, leaving a net prepetition claim of $131,803.85. Sargento disputed a portion of the prepetition amounts claimed by Winn Dixie as a reduction to the claim. Sargento

P.O. Box 2965, Milwaukee, WI 53201-2965 • 1000 North Water Street, Suite 2100, Milwaukee, WI 53202
Telephone: 414-298-1000 • Facsimile: 414-298-8097 • Toll Free: 800-553-6215

Denver, CO • Telephone: 303-843-6042
Madison, WI • Telephone: 608-229-2200 • Toll Free: 800-728-6239
Rockford, IL • Telephone: 815-484-1900 • Toll Free: 800-840-5420
Waukesha, WI • Telephone: 262-951-4500 • Toll Free: 800-928-5529

and Winn Dixie have now agreed that the correct net prepetition claim amount is $137,904.81.

Pursuant to the Debtor's Twelfth Omnibus Objection to (A) Overstated Claims, (B) Overstated Misclassified Claims and (C) No Liability Misclassified Claims (the "Objection"), Winn Dixie has objected to both the amount and classification of Sargento's claim. With respect to the Objection, Sargento and Winn Dixie have agreed as follows:

(1) Sargento has an allowed prepetition claim of $137,904.81;

(2) Sargento's allowed prepetition claim is net of (i) its allowed reclamation claim and (ii) all prepetition amounts owed by Sargento to Winn Dixie;

(3) All prepetition amounts owed by Sargento to Winn Dixie have been offset against Sargento's allowed prepetition claim in arriving at the $137,904.81 amount and there are no other prepetition amounts owed by Sargento to Winn Dixie;

(4) Sargento's allowed prepetition claim is a general unsecured claim;

(5) The agreement set forth herein does not apply to any postpetition claims the parties may have against each other.

In reliance upon the agreement between Sargento and Winn Dixie as set forth above, Sargento will not file a written response to the Objection. If I have misstated the agreement in any way, please contact me immediately.

Thank you for your attention to this matter.

Yours very truly,

Michael D. Jankowski

MW\1321388MDJ:MDJ

cc Mr. Stu Sturzl

**Exhibit B**
**Exhibit to Claims Order**

(see attached)

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Proposed Reduction and Reclassification |
|---|---|---|---|---|---|---|
| REPUBLIC WASTE SERVICES<br>ATTN JAMIE LOCHART OR D CARELOCK<br>5516 ROZZELLS FERRY ROAD<br>CHARLOTTE NC 28214 | 1846<br>Asserted Debtor: | $1,933.48<br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured Non-Priority | $1,450.34 | REDUCED AMOUNT REFLECTS 3/31/05 PAYMENT OF $483.14 FOR POSTPETITION PORTION OF INVOICE NUMBER 0847566 BY CHECK NUMBER 008014075. ALSO, MISCLASSIFIED CLAIM. |
| RICH-SEAPAK CORPORATION<br>ATTN TOM MCBRIDE, CR MGR<br>PO BOX 98072<br>CHICAGO, IL 60693-8072 | 4634<br>Asserted Debtor: | $122,787.16<br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured Non-Priority | $2,794.41 | REDUCED AMOUNT REFLECTS PAYMENT AND AGREEMENT WITH CLAIMANT. ALSO, MISCLASSIFIED CLAIM. |
| RIVER CITY TRADERS, INC<br>ATTN M SCOTT OLSON, PRESIDENT<br>10665-B SUITE 1<br>RIDGEWAY INDUSTRIAL DRIVE<br>OLIVE BRANCH MS 38654 | 11759<br>Asserted Debtor: | $14,160.00<br>WINN-DIXIE STORES, INC. | Secured | Unsecured Non-Priority | $141.60 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $424.80 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $13,593.60. ALSO, MISCLASSIFIED CLAIM. |
| ROCKLINE INDUSTRIES INC<br>ATTN JENNY WELSCH, ASST CONTR<br>1113 MARYLAND AVENUE<br>SHEBOYGAN WI 53081 | 58<br>Asserted Debtor: | $85,525.64<br>WINN-DIXIE STORES, INC. | Administrative | Unsecured Non-Priority | $855.26 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $2,565.77, ACCOUNTS RECEIVABLE BALANCE OF $80.99, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $82,023.62. ALSO, MISCLASSIFIED CLAIM. |
| SARGENTO FOODS, INC<br>ATTN STU STURZL, CREDIT MGR<br>ONE PERSNICKETY PLACE<br>PLYMOUTH WI 53073-3547 | 6164<br>Asserted Debtor: | $375,291.18<br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured Non-Priority | $137,904.81 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. ALSO, MISCLASSIFIED CLAIM. |
| SCHWARZKOPF & HENKEL<br>ATTN RACHEL LISK, CREDIT MGR<br>1063 MCGAW AVE, SUITE 100<br>IRVINE CA 92614 | 9649<br>Asserted Debtor: | $106,158.96<br>WINN-DIXIE STORES, INC. | Multiple Classes | Administrative | $4,982.87 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $4,326.48 AND $96,849.61, RESPECTIVELY. ALSO, MISCLASSIFIED CLAIM. |
| SERGEANT'S PET CARE PRODUCTS, INC<br>ATTN JOSEPH P CONNEALY, CONTROLLER<br>2637 SOUTH 158TH PLAZA, SUITE 100<br>OMAHA NE 68130-1703<br>**Transferred To:** AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FLR<br>NEW YORK, NY 10022 | 2056<br>Asserted Debtor: | $224,496.26<br>WINN-DIXIE STORES, INC. | Unsecured Non-Priority | Multiple Classes | $151,122.80 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $341.87 AND $73,031.59, RESPECTIVELY. ALSO, MISCLASSIFIED IN PART. RECLASSIFY $6,202.60 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $144,920.20 REMAINS UNSECURED NON-PRIORITY. |
| SORRENTO LACTALIS, INC<br>ATTN ANN M AMICO/J ZIELINSKI<br>2376 SOUTH PARK AVENUE<br>BUFFALO NY 14220-2670 | 7448<br>Asserted Debtor: | $52,949.43<br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured Non-Priority | $29,724.15 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $703.80 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $22,521.48. ALSO, MISCLASSIFIED CLAIM. |

# Exhibit C
# Postpetition Sargento Invoice

(see attached)

**Sold to:** Winn Dixie Stores, Inc./Mont
**Ship to:** 6080 Mobile Highway
MONTGOMERY AL 36104
USA

**Bill to:** Winn Dixie-Montgomery
PO Box 40475
JACKSONVILLE FL 32203-0475
USA

SARGENTO.

## CONSUMER PRODUCTS

## Invoice

Customer Copy

**Remittance Address:**
Sargento Foods Inc.
4532 PAYSPHERE CIRCLE
CHICAGO IL 60674
USA

Broker # 20544 ACOSTA/Jacksonville
Sls Rep# 20479 Brad Deckard

| Billing No. | Billing Date | Order Document |
|---|---|---|
| 90747144 | 08/10/2006 | 464523 |

| Sold-to Cust No. | Bill-to Cust No. | Date Ordered | Purchase Order No. | FOB | Terms | Carrier | Pricing Date | Expected Ship Date |
|---|---|---|---|---|---|---|---|---|
| 110583 | 110595 | 08/07/2006 | 464152 | Destination, Freight Prepaid | Net 15 | KRLK | 08/14/2006 | 08/10/2006 |

| Qty Order | Qty Ship | Matl.No. | UPC# | Description | Price/Unit | | | Amount |
|---|---|---|---|---|---|---|---|---|
| 285 CS | 285 CS | 4610000091 | 46100000915 | 12/8 oz Sargento Slide-Rite 6 Cheese Italian - A Blend of Natural Mozzarella Smoked Provolone, Parmesan, Romano, Fontina & Asiago Cheeses Recipe Blend | 20.69 USD / | 1 CS | 5,896.65 | |
| | | | | Customer/Mat.Pr.Grp | -6.66 USD / | 1 CS | -1,898.10 | |
| | | | | Net Value | | | | 3,998.55 |
| 192 CS | 192 CS | 4610000123 | 46100001233 | 12/8 Oz Sargento Deli Style 100% All Natural Provolone Natural Smoke Flavor Added 12 Thin Slices | 22.96 USD / | 1 CS | 4,408.32 | |
| | | | | Customer/Mat.Pr.Grp | -1.36 USD / | 1 CS | -261.12 | |
| | | | | Net Value | | | | 4,147.20 |
| 330 CS | 330 CS | 4610000012 | 46100000120 | 12/8 Oz Sargento Slide Rite Chef Style Mozzarella Natural Low Moisture Part-Skim Shredded Cheese | 20.69 USD / | 1 CS | 6,827.70 | |
| | | | | Customer/Mat.Pr.Grp | -6.66 USD / | 1 CS | -2,197.80 | |
| | | | | Net Value | | | | 4,629.90 |
| 330 CS | 330 CS | 4610000092 | 46100000922 | 12/8 Oz Sargento Slide-Rite 4 Cheese Mexican - Natural Monterey Jack, Cheddar,Queso Quesadilla & Asadero Cheeses Blend (Shredded) | 20.69 USD / | 1 CS | 6,827.70 | |
| | | | | Customer/Mat.Pr.Grp | -6.66 USD / | 1 CS | -2,197.80 | |
| | | | | Net Value | | | | 4,629.90 |

**Sold to:** Winn Dixie Stores, Inc./Mont
**Ship to:** 6080 Mobile Highway
MONTGOMERY AL 36104
USA

**Bill to:** Winn Dixie-Montgomery
PO Box 40475
JACKSONVILLE FL 32203-0475
USA

SARGENTO®

## CONSUMER PRODUCTS

## Invoice

Customer Copy

**Remittance Address:**
Sargento Foods Inc.
4532 PAYSPHERE CIRCLE
CHICAGO IL 60674
USA

Broker # 20544 ACOSTA/Jacksonville
Sls Rep# 20479 Brad Deckard

| Billing No. | Billing Date | Order Document |
|---|---|---|
| 90747144 | 08/10/2006 | 464523 |

| Sold-to Cust No. | Bill-to Cust No. | Date Ordered | Purchase Order No. | FOB | Terms | Carrier | Pricing Date | Expected Ship Date |
|---|---|---|---|---|---|---|---|---|
| 110583 | 110595 | 08/07/2006 | 464152 | Destination, Freight Prepaid | Net 15 | KRLK | 08/14/2006 | 08/10/2006 |

| Qty Order | Qty Ship | Matl.No. | UPC# | Description | Price/Unit | Amount |
|---|---|---|---|---|---|---|
| 270 CS | 270 CS | 4610000085 | 46100000854 | 12/8 Oz Sargento Slide-Rite Reduced Fat 4 Cheese Mexican Shredded Cheese - Natural Reduced Fat Monterey Jack, Cheddar,Queso Quesadilla & | 20.69 USD / 1 CS 5,586.30 | |
| | | | | Customer/Mat.Pr.Grp | -6.66 USD / 1 CS -1,798.20 | |
| | | | | Net Value | | 3,788.10 |
| 75 CS | 75 CS | 4610000067 | 46100000670 | 12/7 Oz Sargento Bistro Blend Mozzarella & Asiago with Roasted G | 20.69 USD / 1 CS 1,551.75 | |
| | | | | Customer/Mat.Pr.Grp | -6.66 USD / 1 CS -499.50 | |
| | | | | Net Value | | 1,052.25 |
| 192 CS | 192 CS | 4610000113 | 46100001134 | 12/8 Oz Sargento Deli Style 100% All Natural Sharp Cheddar 11 Thin Slices | 22.96 USD / 1 CS 4,408.32 | |
| | | | | Customer/Mat.Pr.Grp | -1.36 USD / 1 CS -261.12 | |
| | | | | Net Value | | 4,147.20 |
| 96 CS | 96 CS | 4610000122 | 46100001226 | 12/7.5 oz Deli Style Sliced Pepper Jack with Habanero's | 22.96 USD / 1 CS 2,204.16 | |
| | | | | Customer/Mat.Pr.Grp | -1.36 USD / 1 CS -130.56 | |
| | | | | Net Value | | 2,073.60 |
| 570 CS | 570 CS | 4610000066 | 46100000663 | 12/8 Oz Sargento Slide-Rite Fancy Sharp Cheddar Natural Shredded Cheese (Colored) | 20.69 USD / 1 CS 11,793.30 | |
| | | | | Customer/Mat.Pr.Grp | -6.66 USD / 1 CS -3,796.20 | |
| | | | | Net Value | | 7,997.10 |

**Sold to:** Winn Dixie Stores, Inc./Mont

**Ship to:** 6080 Mobile Highway
MONTGOMERY AL 36104
USA

**Bill to:** Winn Dixie-Montgomery
PO Box 40475
JACKSONVILLE FL 32203-0475
USA

SARGENTO.

## CONSUMER PRODUCTS

## *Invoice*

Customer Copy

**Remittance Address:**
Sargento Foods Inc.
4532 PAYSPHERE CIRCLE
CHICAGO IL 60674
USA

Broker # 20544 ACOSTA/Jacksonville
Sls Rep# 20479 Brad Deckard

| Billing No. | Billing Date | Order Document |
|---|---|---|
| 90747144 | 08/10/2006 | 464523 |

| Sold-to Cust No. | Bill-to Cust No. | Date Ordered | Purchase Order No. | FOB | Terms | Carrier | Pricing Date | Expected Ship Date |
|---|---|---|---|---|---|---|---|---|
| 110583 | 110595 | 08/07/2006 | 464152 | Destination, Freight Prepaid | Net 15 | KRLK | 08/14/2006 | 08/10/2006 |

| Qty Order | Qty Ship | Matl.No. | UPC# | Description | Price/Unit | Amount |
|---|---|---|---|---|---|---|
| 180 CS | 180 CS | 4610000070 | 46100000700 | 12/7 Oz Sargento Bistro Blend Cheddar and Monterey Jack with Tomato & Jalapeno Peppers | 20.69 USD / 1 CS 3,724.20 | |
| | | | | Customer/Mat.Pr.Grp | -6.66 USD / 1 CS -1,198.80 | |
| | | | | Net Value | | 2,525.40 |
| 144 CS | 144 CS | 4610000061 | 46100000618 | 12/5 Oz Sargento Slide Rite Parmesan & Romano Natural Shredded Cheeses Blend | 20.69 USD / 1 CS 2,979.36 | |
| | | | | Customer/Mat.Pr.Grp | -6.66 USD / 1 CS -959.04 | |
| | | | | Net Value | | 2,020.32 |
| 160 CS | 160 CS | 4610000175 | 46100001752 | 12/8 Oz Sargento Deli Style 100% All Natural Swiss 12 Thin Slices | 25.30 USD / 1 CS 4,048.00 | |
| | | | | Customer/Mat.Pr.Grp | -3.70 USD / 1 CS -592.00 | |
| | | | | Net Value | | 3,456.00 |
| 90 CS | 90 CS | 4610000716 | 46100007167 | 12/10 Oz Sargento Natural String Cheese Twirls 12 Pack, .833 oz. | 32.21 USD / 1 CS 2,898.90 | |
| | | | | Customer/Mat.Pr.Grp | -7.01 USD / 1 CS -630.90 | |
| | | | | Net Value | | 2,268.00 |
| 96 CS | 96 CS | 4610000117 | 46100001172 | 12/8 Oz Sargento Deli Style 100% All Natural Aged Swiss 12 Thin Slices | 25.30 USD / 1 CS 2,428.80 | |
| | | | | Customer/Mat.Pr.Grp | -3.70 USD / 1 CS -355.20 | |
| | | | | Net Value | | 2,073.60 |

**Sold to:** Winn Dixie Stores, Inc./Mont
**Ship to:** 6080 Mobile Highway
MONTGOMERY AL 36104
USA

**Bill to:** Winn Dixie-Montgomery
PO Box 40475
JACKSONVILLE FL 32203-0475
USA

# SARGENTO.

## CONSUMER PRODUCTS

## Invoice

Customer Copy

Remittance Address:
Sargento Foods Inc.
4532 PAYSPHERE CIRCLE
CHICAGO IL 60674
USA

Broker # 20544 ACOSTA/Jacksonville
Sls Rep# 20479 Brad Deckard

| Billing No. |
|---|
| 90747144 |
| **Billing Date** |
| 08/10/2006 |
| **Order Document** |
| 464523 |

| Sold-to Cust No. | Bill-to Cust No. | Date Ordered | Purchase Order No. | FOB | Terms | Carrier | Pricing Date | Expected Ship Date |
|---|---|---|---|---|---|---|---|---|
| 110583 | 110595 | 08/07/2006 | 464152 | Destination, Freight Prepaid | Net 15 | KRLK | 08/14/2006 | 08/10/2006 |

| Qty Order | Qty Ship | Matl.No. | UPC# | Description | Price/Unit | Amount |
|---|---|---|---|---|---|---|
| 390 CS | 390 CS | 4610000006 | 46100000069 | 12/8 Oz Sargento Slide-Rite Chef Style Mild Cheddar Natural Shredded Cheese (Colored) | 20.69 USD / 1 CS 8,069.10 | |
| | | | | Customer/Mat.Pr.Grp | -6.66 USD / 1 CS -2,597.40 | |
| | | | | Net Value | | 5,471.70 |
| 32 CS | 32 CS | 4610000180 | 46100001806 | 12/6.67 oz. Sargento Reduced Fat Deli Style 100% All Natural Swiss Cheese 9 Thin Slices | 25.30 USD / 1 CS 809.60 | |
| | | | | Customer/Mat.Pr.Grp | -3.70 USD / 1 CS -118.40 | |
| | | | | Net Value | | 691.20 |
| 144 CS | 144 CS | 4610000059 | 46100000595 | 12/5 Oz Sargento Slide-Rite Fancy Parmesan Natural Shredded Cheese | 20.69 USD / 1 CS 2,979.36 | |
| | | | | Customer/Mat.Pr.Grp | -6.66 USD / 1 CS -959.04 | |
| | | | | Net Value | | 2,020.32 |
| 48 CS | 48 CS | 4610000115 | 46100001158 | 12/8 Oz Sargento Deli Style 100% All Natural Swiss 8 Thick Slices | 25.30 USD / 1 CS 1,214.40 | |
| | | | | Customer/Mat.Pr.Grp | -3.70 USD / 1 CS -177.60 | |
| | | | | Net Value | | 1,036.80 |
| 64 CS | 64 CS | 4610000107 | 46100001073 | 12/8 Oz Sargento Deli Style 100% All Natural Muenster 11 Thin Slices | 22.96 USD / 1 CS 1,469.44 | |
| | | | | Customer/Mat.Pr.Grp | -1.36 USD / 1 CS -87.04 | |
| | | | | Net Value | | 1,382.40 |



**Sold to:** Winn Dixie Stores, Inc./Mont
**Ship to:** 6080 Mobile Highway
MONTGOMERY AL 36104
USA

**Bill to:** Winn Dixie-Montgomery
PO Box 40475
JACKSONVILLE FL 32203-0475
USA

## CONSUMER PRODUCTS

### Invoice

Customer Copy

Remittance Address:
Sargento Foods Inc.
4532 PAYSPHERE CIRCLE
CHICAGO IL 60674
USA

Broker # 20544 ACOSTA/Jacksonville
Sls Rep# 20479 Brad Deckard

| Billing No. |
|---|
| 90747144 |
| Billing Date |
| 08/10/2006 |
| Order Document |
| 464523 |

| Sold-to Cust No. | Bill-to Cust No. | Date Ordered | Purchase Order No. | FOB | Terms | Carrier | Pricing Date | Expected Ship Date |
|---|---|---|---|---|---|---|---|---|
| 110583 | 110595 | 08/07/2006 | 464152 | Destination, Freight Prepaid | Net 15 | KRLK | 08/14/2006 | 08/10/2006 |

| Qty Order | Qty Ship | Matl.No. | UPC# | Description | Price/Unit | | | Amount |
|---|---|---|---|---|---|---|---|---|
| 160 CS | 160 CS | 4610000119 | 46100001196 | 12/7.5 oz Sargento Deli Style Sliced Baby Swiss | 25.30 USD / | 1 CS | 4,048.00 | |
| | | | | Customer/Mat.Pr.Grp | -3.70 USD / | 1 CS | -592.00 | |
| | | | | Net Value | | | | 3,456.00 |
| 36 CS | 36 CS | 4610000715 | 46100007150 | 12/12 Oz Sargento Natural String Cheese 12 Pack, 1 oz. | 32.21 USD / | 1 CS | 1,159.56 | |
| | | | | Customer/Mat.Pr.Grp | -7.01 USD / | 1 CS | -252.36 | |
| | | | | Net Value | | | | 907.20 |
| 240 CS | 240 CS | 4610000055 | 46100000557 | 12/8 Oz Sargento Slide-Rite Fancy Mozzarella Natural Low Moisture Part-Skim Shredded Cheese | 20.69 USD / | 1 CS | 4,965.60 | |
| | | | | Customer/Mat.Pr.Grp | -6.66 USD / | 1 CS | -1,598.40 | |
| | | | | Net Value | | | | 3,367.20 |
| 32 CS | 32 CS | 4610000125 | 46100001257 | 12/8 Oz Sargento Deli Style 100% All Natural Mozzarella Low Moisture Part-Skim Cheese 11 Thin Slices | 22.96 USD / | 1 CS | 734.72 | |
| | | | | Customer/Mat.Pr.Grp | -1.36 USD / | 1 CS | -43.52 | |
| | | | | Net Value | | | | 691.20 |
| 360 CS | 360 CS | 4610000051 | 46100000519 | 12/8 Oz Sargento Slide-Rite Fancy Mild Cheddar (Colored) Natural Shredded Cheese | 20.69 USD / | 1 CS | 7,448.40 | |
| | | | | Customer/Mat.Pr.Grp | -6.66 USD / | 1 CS | -2,397.60 | |
| | | | | Net Value | | | | 5,050.80 |

**Sold to:** Winn Dixie Stores, Inc./Mont
**Ship to:** 6080 Mobile Highway
MONTGOMERY AL 36104
USA

**Bill to:** Winn Dixie-Montgomery
PO Box 40475
JACKSONVILLE FL 32203-0475
USA

SARGENTO

## CONSUMER PRODUCTS

## Invoice

Customer Copy

Remittance Address:
Sargento Foods Inc.
4532 PAYSPHERE CIRCLE
CHICAGO IL 60674
USA

Broker # 20544 ACOSTA/Jacksonville
Sls Rep# 20479 Brad Deckard

| Billing No. | Billing Date | Order Document |
|---|---|---|
| 90747144 | 08/10/2006 | 464523 |

| Sold-to Cust No. | Bill-to Cust No. | Date Ordered | Purchase Order No. | FOB | Terms | Carrier | Pricing Date | Expected Ship Date |
|---|---|---|---|---|---|---|---|---|
| 110583 | 110595 | 08/07/2006 | 464152 | Destination, Freight Prepaid | Net 15 | KRLK | 08/14/2006 | 08/10/2006 |

| Qty Order | Qty Ship | Matl.No. | UPC# | Description | Price/Unit | Amount |
|---|---|---|---|---|---|---|
| 50 CS | 50 CS | 4610000033 | 46100000335 | 12/16 Oz Sargento Slide-Rite 4 Cheese Mexican-Blend Of Natural Monterey Jack, Cheddar,Queso Quesadilla & Asadero Cheeses Recipe Blend (Shredded) | 36.05 USD / 1 CS 1,802.50 | |
| | | | | Customer/Mat.Pr.Grp | -2.53 USD / 1 CS -126.50 | |
| | | | | Net Value | | 1,676.00 |

| Total Shipped-> | 4,566 CS | 30,987 | <-Gross Weight Net Weight-> | 26,972 |
|---|---|---|---|---|

Sargento Foods, Inc.
One Persnickety Place
Plymouth, WI 53073-3547

Phone # 920-893-8484
Fax # 920-893-8399

**Total Due: 74,557.94**

**Exhibit D**
**Debit Memo**

(see attached)

MW\1379933MDJ:MDJ 12/14/06

WINN-DIXIE HEADQUARTERS
P.O. BOX 850001
ORLANDO, FL 32885-0230
(904) 783-5000

DEBIT MEMORANDUM

PAGE 1 OF 1

TO: A/R CUST: 451596
SARGENTO FOODS
1 PERSNICKETY PLACE

PLYMOUTH , WI 53073-0000

INV # ACC 191791
DATE: 08/28/2006
PREPARED BY: JBN
INV AMOUNT: $33508.73

PLEASE REFER TO INV # WHEN REMITTING AND FOR CORRESPONDENCE

DR 114120 9001113 33508.73 CR 212796 0117113 33508.73

NET PRE-PETITION RECEIVABLES AFTER ALL PAYMENTS HAVE BEEN APPLIED.
FOR FURTHER INFORMATION, PLEASE CONTACT JERI NEWLAND AT (904)783-5835.

TERMS: NET UPON RECEIPT, SUBJECT TO INTEREST AT A RATE OF 18.00% ANNUALLY, AFTER 30 DAYS.