UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                                                          CASE NO: 3:05-bk-3817

WINN DIXIE STORES, INC.

**Debtor(s)**

## ORDER DIRECTING CLAIMS FORWARDED TO ATTORNEY

This matter came on for consideration upon the Court's own motion. The Debtor gave notice to creditors to file administrative claims by filing an application for administrative claim. Creditors are filing proof of claims and not properly identifying them. The claims bar date has passed and the plan has been confirmed. It is

**ORDERED:**

The Clerk of this Court shall, upon receipt of any proof of claim, forward same to the attorney for the debtor Smith, Hulsey & Busey, Attention: Kim Ward, who shall review the claims and forward them to Logan & Company if appropriate, or advise the claimant of the proper format for filing the Application for Administrative Claim.

DATED December 18, 2006, at Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

Copies to:
Debtors
Debtors' Attorney
U.S. Trustee