UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | Case No. 05-03817-3F1 |
| Debtors. | Jointly Administered |

### APPLICATION FOR ALLOWANCE AND PAYMENT OF PRIORITY ADMINISTRATIVE EXPENSE CLAIM OF THE SCHREIBER CO.- BELLEVIEW ASSOCIATES, LTD.

The Schreiber Co.-Belleview Associates, LTD. ("Schreiber"), by and through its undersigned counsel, respectfully submits its Application for Allowance and Payment of Priority Administrative Expense Claim pursuant to 11 U.S.C. §365 and states as follows:

**Background**

1. On or about February 21, 2005 (the "Petition Date"), Winn-Dixie Stores, Inc., et al., (the "Debtors") filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code for the Southern District of New York.

2. By order dated on or about April 14, 2005, venue of the Debtors' bankruptcy cases was transferred to this Court.

3. The Debtors' cases are being jointly administered and no trustee or examiner was appointed in this case.

4. The Debtors' Joint Plan of Reorganization (the "Plan") was confirmed by this Court on or about November 9, 2006 (the "Confirmation Order")(Docket No. 12440). Pursuant to the Confirmation Order, the Plan's effective date was November 21, 2006.

{J1048453.1}

- 2 -

5. Prior to the Petition Date, the Debtors leased non-residential real property from Schreiber. The leased non-residential real property is located in the Belleview Regional Shopping Center, Belleview, Florida, and is where the Debtors operate their Winn-Dixie #2205 (the "Lease").

### Basis for Relief

6. On or about January 24, 2006, and per the terms of the Lease, Schreiber sent a letter to the Debtors requesting reimbursement for payment of the 2005 real estate taxes in the amount of $45,760 (the "Reimbursement Request"). A true and correct copy of the Reimbursement Request is attached as Exhibit "A".

8. On or about February 8, 2006, and in response to the Reimbursement Request, the Debtors paid $39,240.77 to Schreiber. Per a letter from the Debtors accompanying the payment (the "Response Letter"), the $39,240.77 represented the Debtors' calculation of the post-petition portion of the Reimbursement Request. A true and correct copy of the Response Letter is attached as Exhibit "B".

9. The unpaid portion of the Reimbursement Request is $6,519.23 (the "Arrearage").[1] As the Debtors correctly state in their Response Letter, and, more importantly, as §365(b) of the Bankruptcy Code requires, in the event such a lease is assumed by a debtor, unpaid arrearages should be reimbursed in full at the time of assumption.

10. The Debtors desired to assume the Lease with Schreiber, as indicated by the Debtors' Second Omnibus Motion for Authority to (I) Assume Non-residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief (the "Motion for Assumption"). (Docket No. 8941).

---

[1] Calculated by subtracting the amount paid from the amount requested ($45,760.00 - $39,240.77 = $6,519.23).

11. Assumption of the Lease occurred on the Effective Date of the Plan, November 21, 2006, as approved by Order of this Court on or about October 25, 2006 (the "Assumption Order"). (Docket No. 12183).

12. While both the Assumption Motion and the Assumption Order recognize a separate pre-petition claim of Schreiber, in the amount of $440, neither document listed the Arrearage owed for the 2005 tax reimbursement.

13. Schreiber acted in reliance on the Debtors' Response Letter, which recognized that the Arrearage amount would be paid upon assumption of the Lease.

14. In light of the foregoing facts, Schreiber is owed $6,519.23 as a priority administrative claim.

WHEREFORE, The Schreiber Co.-Belleview Associates, LTD. respectfully requests this Court to enter an Order allowing a priority administrative claim in the amount of $6,519.23 and payment of same, as well as any other relief as this Honorable Court deems just and proper.

Dated: December 19, 2006        ECKERT SEAMANS CHERIN & MELLOTT, LLC

By: ____/s/ Peter N. Pross_____
Peter N. Pross (PA Bar # 36890)
Harry A. Readshaw (PA Bar #204287)
US Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA  15219

(412) 566-6000
(412) 566-6099 (Facsimile)

*Counsel for The Schreiber Co.-Belleview Associates, LTD.*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

## CERTIFICATE OF SERVICE

I, Harry A. Readshaw, hereby certify that, on December 19, 2006, I caused a true and correct copy of the foregoing *Application for Allowance and Payment of Priority Administrative Expense Claim of The Schreiber Co.-Belleview Associates, LTD.* to be served on the parties listed below via First Class mail, postage prepaid.

James Post, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202

Matthew Barr, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005


/s/ Harry A. Readshaw
Harry A. Readshaw