# EXHIBIT A

**Reimbursement Request**

# The Schreiber Company

Developers of Commercial and Industrial Real Estate

January 24, 2006

Ms. Jane DeWitte
WINN DIXIE STORES, INC.

VIA FACSIMILE:   904-370-6055
Total Pages:   5

Re:   Winn Dixie #2205, Belleview Regional Shopping Center in Belleview, FL.

Dear Ms. Jane DeWitte,

Section 3 (c) (ii) of the Lease obligates Winn Dixie Stores, Inc. to pay a pro rata share of, inter-alia, Shopping Center Real Estate Taxes (TAX). In November of 2005, the Landlord paid in full the 2005 Real Estate Taxes. The amount paid was $126,537.44. I enclose herewith proof of payments of same in that amount. However, you have not paid monthly installments on that account.

The Gross Lease able Area (GLA) of the Center is 204,474 sq. ft. Kmart pays for its own building square footage of 82,940. This square footage is excluded from the GLA when allocating the Real Estate Taxes. Thus the Real Estate Taxes are allocated to 121,534 sq. ft., making the Real Estate Taxes $1.04 p.s.f.

Therefore, Winn Dixie Stores, Inc. pro rata share of Real Estate Taxes based on the square footage of 44,000 for 2005 to be $45,760.00. Since we have paid this invoice in November 2005, the Winn Dixie Stores, Inc. share is now due and payable. Please process this for payment.

If you have any questions concerning this matter, please feel free to contact me.

Sincerely,

Toni Mykeloff
Exec. Admin.

Attachments

George Albright
PERSONAL PROPERTY

Marion County
George Albright

AD VALOREM TAXES

I.D.NUMBER: P940195   2005
ASSESSED VALUE: 13,989   EXEMPTIONS: * NONE *
TAX DISTRICT: 2001
TAXABLE VALUE: 13,989

| TAXING AUTHORITY | | MILLAGE RATE | EXEMPTIONS | TAXABLE VALUE | TAXES |
|---|---|---|---|---|---|
| COUNTY | GENERAL COUNTY | 3.7300 | 0 | 13,989 | 52.18 |
| | FINE & FORFEITURE | .8600 | 0 | 13,989 | 12.03 |
| | PARKS | .1300 | 0 | 13,989 | 1.82 |
| | COUNTY HEALTH | .1500 | 0 | 13,989 | 2.10 |
| SCHOOL | SCHOOL L.R.E. | 5.2530 | 0 | 13,989 | 73.48 |
| | SCHOOL DISC | .7600 | 0 | 13,989 | 10.63 |
| | SCH CAP IMPR BLDG | 2.0000 | 0 | 13,989 | 27.98 |
| WATER | ST JOHNS MANAGEMENT DIST | .4620 | 0 | 13,989 | 6.46 |
| MUNIC | BELLEVIEW | 4.4139 | 0 | 13,989 | 61.75 |
| CNTYMSTU | MSTU EMER MED SERVICE | .4700 | 0 | 13,989 | 6.57 |
| | MSTU EMER MED TRANS | .2700 | 0 | 13,989 | 3.78 |

EXEMPTION:NONE

TOTAL MILLAGE: 18.49890   AD VALOREM TAXES   258.78
NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | PURPOSE | RATES/BASIS | AMOUNT |
|---|---|---|---|

COMBINED TAXES & ASSESSMENTS TOTAL:   258.78

P940195   2005
SCHREIBER CO-BELLEVIEW ASC LTD
235 ALPHA DR
PITTSBURGH PA
15238-2940

*** PAID *** PAID *** PAID ***
11/29/05 PERIOD 01

| NOV 1-NOV 30 | DEC 1-DEC 31 | JAN 1-JAN 31 | FEB 1-FEB 28 | MAR 1-MAR 31 | APR 1-APR 30 |
|---|---|---|---|---|---|
| 248.43 | 251.02 | 253.60 | 256.19 | 258.78 | 264.66 |

*SEE REVERSE SIDE FOR INSTRUCTIONS PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT*

George Albright
PERSONAL PROPERTY

Marion County
George Albright

| NOV 1-NOV 30 | DEC 1-DEC 31 | JAN 1-JAN 31 | FEB 1-FEB 28 | MAR 1-MAR 31 | APR 1-APR 30 |
|---|---|---|---|---|---|
| 248.43 | 251.02 | 253.60 | 256.19 | 258.78 | 264.66 |

| EX-TYPE | ESCROW | MILLAGE | TAXES LEVIED | MAKE CHECK PAYABLE IN U.S. FUNDS TO: |
|---|---|---|---|---|
| | | 2001 | | |

VALUES AND EXEMPTIONS   TAXES       258.78   George Albright
ASSESSED    13,989   TOTAL   258.78   503 S.E. 25th Avenue
TAXABLE     13,989                     Ocala Fl 34471
                                       SEC 26 TWP 16 RGE 22 SIGNS -
                                       10455 S HWY 441
                                       CENTER

P940195   2005
SCHREIBER CO-BELLEVIEW ASC LTD
235 ALPHA DR
PITTSBURGH PA
15238-2940

*** PAID *** PAID *** PAID ***
11/29/05 PERIOD 01
064-2005-0001077.0001
$248.43 CK

George Albright                                    Marion County
           REAL ESTATE                             George Albright

                              AD VALOREM TAXES
I.D.NUMBER: R37205-000-00   2005                                 TAX DISTRICT: 2001
ASSESSED VALUE:   4,418,967   EXEMPTIONS:  *  NONE  *   TAXABLE VALUE:   4,418,967
TAXING AUTHORITY          MILLAGE RATE   EXEMPTIONS   TAXABLE VALUE   TAXES
COUNTY    GENERAL COUNTY      3.7300         0        4,418,967       16,482.75
          FINE & FORFEITURE    .8600         0        4,418,967        3,800.31
          PARKS                .1300         0        4,418,967          574.47
          COUNTY HEALTH        .1500         0        4,418,967          662.85
SCHOOL    SCHOOL L.R.E.       5.2530         0        4,418,967       23,212.83
          SCHOOL DISC          .7600         0        4,418,967        3,358.41
          SCH CAP IMPR BLDG   2.0000         0        4,418,967        8,837.93
WATER     ST JOHNS MANAGEMENT DIST .4620     0        4,418,967        2,041.56
MUNIC     BELLEVIEW           4.4139         0        4,418,967       19,504.88
CNTYMSTU  MSTU EMER MED SERVICE .4700        0        4,418,967        2,076.91
          MSTU EMER MED TRANS  .2700         0        4,418,967        1,193.12
EXEMPTION:NONE

                TOTAL MILLAGE:  18.49890   AD VALOREM TAXES    81,746.02
                          NON-AD VALOREM ASSESSMENTS
LEVYING AUTHORITY           PURPOSE           RATES/BASIS       AMOUNT
                       COMBINED TAXES & ASSESSMENTS TOTAL:     98,198.55
X530 COUNTY WIDE FIRE   VACANT LAND    PER ASMT UNIT               67.64
                       NON AD VALOREM ASSESSMENTS:             16,452.53

     R37205-000-00    2005
     SCHREIBER CO-BELLEVIEW ASC LTD
     LTD
     235 ALPHA DR                           *** PAID *** PAID *** PAID ***
     PITTSBURGH PA                          11/29/05 PERIOD 01

| NOV 1-NOV 30 | DEC 1-DEC 31 | JAN 1-JAN 31 | FEB 1-FEB 28 | MAR 1-MAR 31 | APR 1- APR 30 |
|---|---|---|---|---|---|
| 94,270.61 | 95,252.59 | 96,234.58 | 97,216.56 | 98,198.55 | 101,144.51 |

*SEE REVERSE SIDE FOR INSTRUCTIONS PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT*
George Albright                                    Marion County
           REAL ESTATE                             George Albright

| NOV 1-NOV 30 | DEC 1-DEC 31 | JAN 1-JAN 31 | FEB 1-FEB 28 | MAR 1-MAR 31 | APR 1- APR 30 |
|---|---|---|---|---|---|
| 94,270.61 | 95,252.59 | 96,234.58 | 97,216.56 | 98,198.55 | 101,144.51 |

| EX-TYPE | ESCROW | MILLAGE | TAXES LEVIED | MAKE CHECK PAYABLE IN U.S. FUNDS TO: |
|---|---|---|---|---|
|  | 0160 | 2001 |  |  |

VALUES AND EXEMPTIONS   TAXES      81,746.02   George Albright
ASSESSED    4,418,967   SP. ASMT   16,452.53   503 S.E. 25th Avenue
TAXABLE     4,418,967   TOTAL      98,198.55   Ocala Fl 34471
                                               SEC 25 TWP 16 RGE 22 W 1/4 OF SW
                                               1/4 OF NW 1/4 EX N 30 FT FOR RD
                                               & S 256.23 FT OF N 586.23 FT OF
                                               W 170 FT OF E 1/2 OF W 1/2 OF SW
     R37205-000-00    2005                     1/4 OF NW 1/4 EXCCOM AT THE NW
     SCHREIBER CO-BELLEVIEW ASC LTD            SEE TAX ROLL FOR MORE LEGAL
     LTD                                       *** PAID *** PAID *** PAID ***
     235 ALPHA DR                              11/29/05 PERIOD 01
     PITTSBURGH PA                             118-2005-0000622.0007
     15238-2940                                   $94,270.61 CK

George Albright                               Marion County
            REAL ESTATE                       George Albright

                              AD VALOREM TAXES
I.D.NUMBER: R37205-003-01    2005                         TAX DISTRICT: 2001
ASSESSED VALUE:    76,516   EXEMPTIONS:  *  NONE  *       TAXABLE VALUE:    76,516
TAXING AUTHORITY            MILLAGE RATE  EXEMPTIONS   TAXABLE VALUE    TAXES
COUNTY    GENERAL COUNTY       3.7300         0          76,516         285.40
          FINE & FORFEITURE     .8600         0          76,516          65.80
          PARKS                 .1300         0          76,516           9.95
          COUNTY HEALTH         .1500         0          76,516          11.48
SCHOOL    SCHOOL L.R.E.        5.2530         0          76,516         401.94
          SCHOOL DISC           .7600         0          76,516          58.15
          SCH CAP IMPR BLDG    2.0000         0          76,516         153.03
WATER     ST JOHNS MANAGEMENT DIST  .4620     0          76,516          35.35
MUNIC     BELLEVIEW            4.4139         0          76,516         337.73
CNTYMSTU  MSTU EMER MED SERVICE .4700         0          76,516          35.96
          MSTU EMER MED TRANS   .2700         0          76,516          20.66
EXEMPTION:NONE

                  TOTAL MILLAGE:  18.49890   AD VALOREM TAXES     1,415.45
                                NON-AD VALOREM ASSESSMENTS
LEVYING AUTHORITY                PURPOSE          RATES/BASIS        AMOUNT
                       COMBINED TAXES & ASSESSMENTS TOTAL:        1,417.68
                            NON AD VALOREM ASSESSMENTS:              2.23

R37205-003-01    2005
SCHREIBER CO - BELLEVIEW ASSOC
LTD
235 ALPHA DR
PITTSBURGH PA                        *** PAID *** PAID *** PAID ***
                                     11/29/05 PERIOD 01

| NOV 1-NOV 30 | DEC 1-DEC 31 | JAN 1-JAN 31 | FEB 1-FEB 28 | MAR 1-MAR 31 | APR 1- APR 30 |
|---|---|---|---|---|---|
| 1,360.97 | 1,375.15 | 1,389.33 | 1,403.50 | 1,417.68 | 1,460.21 |

*SEE REVERSE SIDE FOR INSTRUCTIONS PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT*
George Albright                              Marion County
            REAL ESTATE                      George Albright

| NOV 1-NOV 30 | DEC 1-DEC 31 | JAN 1-JAN 31 | FEB 1-FEB 28 | MAR 1-MAR 31 | APR 1- APR 30 |
|---|---|---|---|---|---|
| 1,360.97 | 1,375.15 | 1,389.33 | 1,403.50 | 1,417.68 | 1,460.21 |

| EX-TYPE | ESCROW | MILLAGE | TAXES LEVIED | MAKE CHECK PAYABLE IN U.S. FUNDS TO: |
|---|---|---|---|---|
|  | 0160 | 2001 |  |  |

VALUES AND EXEMPTIONS   TAXES       1,415.45   George Albright
ASSESSED           76,516  SP. ASMT    2.23    503 S.E. 25th Avenue
TAXABLE            76,516  TOTAL     1,417.68  Ocala Fl 34471
                                               SEC 26 TWP 16 RGE 22 OUTPARCEL
                                               "A" COM SE COR OF SE 1/4 OF NE
                                               1/4 N 89-52-48 W 91.28FT TO E
                                               ROW US-441 N 26-43-44 W ALG ROW
R37205-003-01    2005                          113.20 FT FOR POB TH CONT N
SCHREIBER CO - BELLEVIEW ASSOC                 SEE TAX ROLL FOR MORE LEGAL
LTD                                            *** PAID *** PAID *** PAID ***
235 ALPHA DR                                   11/29/05 PERIOD 01
PITTSBURGH PA                                  118-2005-0000622.0008
15238-2940                                         $1,360.97 CK

George Albright
REAL ESTATE

Marion County
George Albright

AD VALOREM TAXES

I.D.NUMBER: R37205-005-00   2005
ASSESSED VALUE:   1,464,025   EXEMPTIONS: * NONE   *
TAX DISTRICT: 2001
TAXABLE VALUE:   1,464,025

| TAXING AUTHORITY | | MILLAGE RATE | EXEMPTIONS | TAXABLE VALUE | TAXES |
|---|---|---|---|---|---|
| COUNTY | GENERAL COUNTY | 3.7300 | 0 | 1,464,025 | 5,460.81 |
| | FINE & FORFEITURE | .8600 | 0 | 1,464,025 | 1,259.06 |
| | PARKS | .1300 | 0 | 1,464,025 | 190.32 |
| | COUNTY HEALTH | .1500 | 0 | 1,464,025 | 219.60 |
| SCHOOL | SCHOOL L.R.E. | 5.2530 | 0 | 1,464,025 | 7,690.52 |
| | SCHOOL DISC | .7600 | 0 | 1,464,025 | 1,112.66 |
| | SCH CAP IMPR BLDG | 2.0000 | 0 | 1,464,025 | 2,928.05 |
| WATER | ST JOHNS MANAGEMENT DIST | .4620 | 0 | 1,464,025 | 676.38 |
| MUNIC | BELLEVIEW | 4.4139 | 0 | 1,464,025 | 6,462.06 |
| CNTYMSTU | MSTU EMER MED SERVICE | .4700 | 0 | 1,464,025 | 688.09 |
| | MSTU EMER MED TRANS | .2700 | 0 | 1,464,025 | 395.29 |

EXEMPTION: NONE

TOTAL MILLAGE:   18.49890   AD VALOREM TAXES   27,082.84
NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | PURPOSE | RATES/BASIS | AMOUNT |
|---|---|---|---|
| X530 COUNTY WIDE FIRE | VACANT LAND | PER ASMT UNIT | 11.14 |

COMBINED TAXES & ASSESSMENTS TOTAL:   31,934.82
NON AD VALOREM ASSESSMENTS:   4,851.98

R37205-005-00   2005
SCHREIBER CO - BELLEVIEW ASSOC
LTD
235 ALPHA DR
PITTSBURGH PA

*** PAID *** PAID *** PAID ***
11/29/05 PERIOD 01

| NOV 1-NOV 30 | DEC 1-DEC 31 | JAN 1-JAN 31 | FEB 1-FEB 28 | MAR 1-MAR 31 | APR 1- APR 30 |
|---|---|---|---|---|---|
| 30,657.43 | 30,976.78 | 31,296.12 | 31,615.47 | 31,934.82 | 32,892.86 |

*SEE REVERSE SIDE FOR INSTRUCTIONS PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT*

George Albright
REAL ESTATE

Marion County
George Albright

| NOV 1-NOV 30 | DEC 1-DEC 31 | JAN 1-JAN 31 | FEB 1-FEB 28 | MAR 1-MAR 31 | APR 1- APR 30 |
|---|---|---|---|---|---|
| 30,657.43 | 30,976.78 | 31,296.12 | 31,615.47 | 31,934.82 | 32,892.86 |

| EX-TYPE | ESCROW | MILLAGE | TAXES LEVIED | | MAKE CHECK PAYABLE IN U.S. FUNDS TO: |
|---|---|---|---|---|---|
| | 0160 | 2001 | | | |

VALUES AND EXEMPTIONS   TAXES   27,082.84   George Albright
ASSESSED   1,464,025   SP. ASMT   4,851.98   503 S.E. 25th Avenue
TAXABLE   1,464,025   TOTAL   31,934.82   Ocala Fl 34471

SEC 26 TWP 16 RGE 22 SEC 25/26
TWP 16 RGE 22 COM AT SE COR OF
SE 1/4 OF NE 1/4 OF 26-16-22 FOR
POB TH N 89-52-48 W91.28 FT TO
ELY ROW US-441 N 26-43-44 W
SEE TAX ROLL FOR MORE LEGAL

R37205-005-00   2005
SCHREIBER CO - BELLEVIEW ASSOC
LTD
235 ALPHA DR
PITTSBURGH PA
15238-2940

*** PAID *** PAID *** PAID ***
11/29/05 PERIOD 01
118-2005-0000622.0009
$30,657.43 CK