UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re WINN DIXIE STORES, INC., et. al.,

Debtor.

Case No. 05-03817-3F1

Chapter 11

Jointly Administered

### CERTIFICATE OF SERVICE

The undersigned, being first duly sworn, hereby deposes and states that on December 19, 2006, she caused to be deposited in the United States mail, postage prepaid for first class mailing, a copy of the Request by Sargento Foods, Inc. for Allowance and Payment of an Administrative Expense to the parties listed below:

| | |
|---|---|
| James Post, Esq. | Matthew Barr, Esq. |
| Smith Hulsey & Busey | Milbank, Tweed, Hadley & McCloy LLP |
| 225 Water Street, Suite 1800 | 1 Chase Manhattan Plaza |
| Jacksonville, FL 32202 | New York, NY 10005 |

/s/ Lynn M. Herder
Lynn M. Herder

State of Wisconsin    )
                     : SS
Milwaukee County     )

This instrument was acknowledged before me on December 19, 2006 by Lynn Herder.

[Seal]

/s/ Michael D. Jankowski
Michael D. Jankowski
Notary Public, State of Wisconsin
My commission is permanent