UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                              Case No: 05-03817-3FI

Winn-Dixies, Inc., et al.,                          Chapter 11

Reorganized Debtors                                 Jointly Administered
_____/

<u>MOTION FOR PAYMENT OF CLAIM ARISING AGAINST DEBTOR IN THE PERIOD
BETWEEN FEBRUARY 21, 2005, AND NOVEMBER 21, 2006</u>

Claimant, CAROLINE FORBES, by and through her undersigned attorneys, hereby requests the Court for payment of a claim arising against the Debtor in the period between February 21, 2005, and November 21, 2006, pursuant to the Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims and states:

1.   On April 5, 2005, CAROLINE FORBES, a regular customer at the Winn-Dixie store located at Cleary Road and Nob Hill Road in Plantation, Florida (Store Location 222) was injured due to the negligence of a Winn-Dixie employee in striking CAROLINE FORBES with a cart and causing her physical injury. As a result of the physical injury, CAROLINE FORBES incurred $7,872.05 in medical expense for orthopedic and chiropractic care. She may incur medical expense in the future. In addition, she has suffered physical pain, suffering and mental anguish, loss of the capacity to enjoy life, inconvenience and disability.

2.   That prior the filing of this document, CAROLINE FORBES, via the undersigned, entered into settlement negotiations with Ms. Felicia Crooms of Sedgwick Claims Management, P.O. Box 24787,

Jacksonville, FL 32241-4787. Sedgwick Claims Management established a claim via Claim Number A511204101-0001-01. An initial demand of $35,000.00 was presented.

3. According to the medical records, the injury occurred on April 5, 2005, when the Winn-Dixie employee injured CAROLINE FORBES with a cart.

4. Her past medical expenses are as follows:

```
Dr. Haffizulla              $245.00
Dr. Hajianpour            $5,095.05
Dr. Richard Henry         $2,532.00
TOTAL                     $7,872.05
```

5. On April 6, 2005, Ms. Forbes went to her primary care physician, Dr. Haffizulla. Dr. Haffizulla's note indicates that Ms. Forbes was in fact injured on April 5, 2005, as a result of the incident with the Winn-Dixie employee. The physician examined her left foot and ankle and found swelling. He ordered an x-ray and referred her to an orthopedic specialist. Then on April 15, 2005, Ms. Forbes saw Dr. Hajianpour, an orthopedic surgeon. On that date he took a history that she was injured on April 5, 2005. From the time of the accident through the time of seeing her she had been having pain and swelling around the ankle and foot. She had a limp. His examination was positive for tenderness and restriction of motion. He did read the x-ray as being non-traumatic. He prescribed crutches and Relafen. She was advised to keep her foot elevated as much as possible. She was also instructed to keep a Cam Walker on her foot and ankle at all times. In addition, she was told to soak the foot in warm water with Epsom salts.

She thereafter returned to the orthopedist on May 4, 2005. At that time, she was re-evaluated and the point was made that she had

to wear the Cam Walker or it would be necessary to place her in a cast. He recommended physical therapy for range of motion strengthening. She was advised to obtain the therapy and return at a later date.

She did return on June 1, 2005. Again, she was examined and was given an injection of Depo-Medrol. Evidently, from limping it had aggravated her greater trochanter. Therefore, it was necessary to inject it. She continued to treat with Dr. Hajianpour on June 22, 2005. He recommended further exercises. He noted that her driving back and forth to work in Miami aggravated her ankle and her trochanter. He advised that he should see her in 2 months. On August 22, 2005, she was seen again. She received another injection. He also recommended an MRI. Then on August 29, 2005, she was seen for the last time. During this time she also treated with a Chiropractor to obtain pain relief.

WHEREFORE, claimant, CAROLINE FORBES, by and through her undersigned attorneys, hereby requests the Court for payment of a claim arising against the Debtor in the period between February 21, 2005, and November 21, 2006, pursuant to the Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims and other relief as may be appropriate.

The foregoing was filed via electronic filing to the Clerk of the Court, United States Courthouse, 300 North Hogan Street, Suite 3-350, Jacksonville, FL 32202 and a copy was served on December 18, 2006, upon JAMES POST, ESQ., Post, Smith, Hulsey & Busey, 225 Water

Street #1800, Jacksonville, FL 32202 Fax: (904) 359-7708, e-mail [jpost@smithhulsey.com](jpost@smithhulsey.com) and MATTHEW BARR, ESQ., Milbank, Tweed, Hadley & McCloy, One Chase Manhattan Plaza, New York, NY 10005, fax (212) 822-5194, e-mail: [mbarr@milbank.com.](mbarr@milbank.com.)

```
                         FAZIO DiSALVO CANNON ABERS
                         PODRECCA FAZIO & CARROLL
                         Attorneys for CAROLINE FORBES
                         Post Office Box 14519
                         633 South Andrews Avenue #500
                         Fort Lauderdale, FL 33302
                         Phone: (954) 463-0585
                         Fax  : (954) 767-9461


                         By_____
                              SCOTT A. DiSALVO
                              Fla. Bar # 0167978
```

05-1176/MPAYMENTOFCLAIM