**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al</u>., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

**MOTION/APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM**

COMES NOW, by and through undersigned counsel, GAYLE HARRIS hereby files this Application/Motion for Administrative Expense Claim against the Reorganized Debtors corresponding to a claim arising within the period between February 21, 2005 and November 21, 2006 and in support states as follows:

1. Pursuant to the Court's notice of (A) Entry of order confirming plan of reorganization, (B) Occurrence of effective date of plan, and (C) Bar dates for filing claims arising before effective date and other administrative claims and in accordance with Section 12.1 of the Plan, all requests for payment of Administrative Claims arising against Debtors in the period between February 21, 2005 and November 21, 2006, must be made by application filed with the bankruptcy Court and served upon counsel for the reorganized Debtors and the Post-Effective Date Committee no later than January 5, 2007.

2. The pending personal injury claim of, GAIL HARRIS, falls within this claims period.

3. On or about **8/3/06**, GAYLE HARRIS, slipped, fell and was injured in a Winn Dixie store (#0630) located in the State of Florida.  The fall and resulting injuries were due to the carelessness and negligence of Winn Dixie.  A claim has been initiated regarding the personal injuries suffered by GAYLE HARRIS at that date and time against Winn Dixie.  A claim # of **A611207213-0001-01** has been assigned to this loss and the matter is pending at this time.  The amount of the Administrative Claim is believed to be $189,000.00.  There has been no suit filed in the matter and no Court Judgment obtained.

WHEREFORE, GAYLE HARRIS requests this Motion/Application for Administrative expense claim corresponding to this personal injury claim be granted and that said claim be recognized as formally asserted against the Reorganized Debtors, thereby obligating said Reorganized debtors to recognize and honor said claim.

"/s/" mdonaldson tyfoc*75
Matthew M. Donaldson
Kennedy Law Group
Fl. Bar #:  0974226
5001 West Kennedy Blvd.
Suite 100
Tampa, Fl.  33609
(813) 223-3333
(813) 207-0606 (Facsimile)
mdonaldson@kennedylawgroup.com
Attorney for Claimant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been served by regular U.S. mail upon counsel for the Reorganized Debtor, James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville Florida 32202 and Counsel for the Post-Effective Date Committee, Matthew Barr, Milbank Tweed Hadley & McCloy LLP, Chase Manhattan Plaza, New York, New York 10005, this 20th day of December, 2006.

"/s/" mdonaldson tyfoc*75
Matthew M. Donaldson