UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN DIXIE STORES, INC., et al.                     Case No.: 05-03817-3F1

Debtors.
_____/

### ELEANOR AND LLOYD WATKINS' APPLICATION FOR PAYMENT OF CLAIM

Eleanor and Lloyd Watkins, in accordance with the Court's Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims dated December 6, 2006, files their Request for Payment as follows:

1. Eleanor Watkins suffered personal injury in a fall occurring at a Winn Dixie Stores, Inc., grocery store located at 1520 West University Boulevard, in Jacksonville, Florida, on August 8, 2005.

2. Such fall occurred by reason of negligence on the part of Winn Dixie Stores, Inc., in that it failed to maintain a safe environment for its customers by, among other things: failing to inspect its premises prior to opening to its customers on the day in question; by having a floor mat which was folded over on itself creating a trip hazard; by failing to inspect the premises for such conditions; by failing to properly instruct the cleaning crew on placement of safety mats; and failing to inspect the work of the cleaning crew prior to opening the store.

3. Mr. and Mrs. Watkins' claims are unliquidated and include their right to recovery for pain and suffering, medical expenses, lost wages, loss of consortium, and lost future medical expenses.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the has been furnished by U.S. Mail to: James H. Post, Esq., 225 Water Street, Suite 1800, Jacksonville, Florida 32202 and Matthew Barr, Esq., 1 Chase Manhattan Plaza, New York, New York 10005 by U.S. Mail this 19th day of December, 2006.

THOMAS & LAWRENCE, P.A.

GREGORY A. LAWRENCE, ESQ.
Fla. Bar No.: 0007072
300 West Adams Street, Suite 400
Jacksonville, Florida 32202
Ph.: (904) 632-0077
Fx.: (904) 632-0730
Attorneys for Eleanor and Lloyd Watkins

2