UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | CASE NO. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.* | ) | (Jointly Administered) |
| | ) | Judge Jerry A. Funk |
| Debtors. | ) | |
| | ) | |

## **FLORIDA TAX COLLECTORS' STATEMENT OF ISSUES ON APPEAL**

The Florida Tax Collectors[1] ("FTC"), by and through their undersigned counsel, hereby file this statement of the issues on appeal in this matter.

1. Did the Bankruptcy Court err when it entered the *Order Confirming Joint Plan of Reorganization* over the objections of the FTC?

2. Did the Bankruptcy Court err when it found that the Debtors had met their burden in establishing all the elements of 11 U.S.C. §1129(a) and (b) during the confirmation hearing?

3. Did the Bankruptcy Court err when it found that the *Joint Plan of Reorganization of Winn Dixie and Its Affiliated Debtors and Debtors-in-Possession* ("Joint Plan") filed by the Plan proponents met all the requirements of §1129 of the Bankruptcy Code?

4. Does the Joint Plan, as applied, to the FTC, fail to give full faith and credit to the laws of the state of Florida?

---

[1] The "Florida Tax Collectors" consist of the tax collectors for each of the following counties within the State of Florida: Alachua, Baker, Bay, Bradford, Brevard, Broward, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Escambia, Flagler, Gadsden, Hardee, Hendry, Hernando, Highlands, Hillsborough, Indian River, Jackson, Jefferson, Lake, Lee, Leon, Levy, Madison, Manatee, Marion, Martin, Miami-Dade, Monroe, Nassau, Okaloosa, Okeechobee, Orange, Osceola, Palm Beach, Pasco, Pinellas, Polk, Putnam, Santa Rosa, Sarasota, Seminole, St. Johns, St. Lucie, Sumter, Suwannee, Taylor, Volusia, Wakulla, Walton and Washington.

5.      Do the provisions of the Joint Plan relative to property taxes improperly usurp the inherent authority of the state of Florida to tax citizens and fund local government in violation of the United States Constitution?

6.      Does the United States Constitution provide Congress with the power to create within the Bankruptcy Code an alternative federal *ad valorem* property tax assessment and determination process?

7.      Is §505 of the Bankruptcy Code as applied to FTC an infringement, in violation of the Tenth and Eleventh Amendments to the United States Constitution, of the inherent right of the state of Florida to tax citizens and fund local government?

Dated: December 20, 2006                    Respectfully submitted,

Brian T. Hanlon, Esq.
Office of the Tax Collector
P.O. Box 3715
West Palm Beach, Florida 33402-3715
Telephone: (561) 355-2142
Facsimile: (561) 355-1110
tc_legal_services@co.palm-beach.fl.us
Florida Bar No. 962562

By:__/s/ Brian T. Hanlon_____
      Co-Counsel for Florida
      Tax Collectors

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the *Florida Tax Collectors' Statement of Issues on Appeal* this 20th day of December, 2006 to **Skadden, Arps, Slate, Meagher & Flom, LLP**, Attn: D. J. Baker, Sally McDonald Henry and Rosalie Walker Gray, Attorneys for Debtors; **Smith Hulsey & Busey**, Attn: Stephen D. Busey, James H. Post and Cynthia C. Jackson, Attorneys for Debtors; **United States Trustee**, Attn: Elena L. Escamilla, and to all other parties receiving electronic notice.

   /s/ Brian T. Hanlon_____
Brian T. Hanlon, Esq.

N:\Legal Services\WIP\W\Winn-Dixie Stores\Pleadings\Appeal to District Court of Confirmation Order\Statement of Issues on Appeal.doc