UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

WINN DIXIE STORES, INC., et al,　　　　　　　　　Case No. 3:05-bk-03817-3F1

　　　　Debtors　　　　　　　　　　　　　　　　　Chapter 11 – Jointly Administered

_____/

### NOTICE OF APPEARANCE AS COUNSEL

PLEASE TAKE NOTICE that David J. Tong, Esquire, of Saxon, Gilmore, Carraway, Gibbons, Lash & Wilcox, P.A., hereby enters his Appearance as Counsel of record on behalf of post-petition creditors, Isabel M. Almaguer and her spouse, in the above captioned action.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished this 20th day of December, 2006, by electronic or standard U.S. Mail, to the parties listed below.


Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL  32254-3699

James H. Post, Esq.
225 Water St., Ste. 1800
Jacksonville, FL  32202

Kenneth C. Meeker, U.S. Trustee
135 W. Central Blvd., Suite 620
Orlando, FL  32801

Mathew Barr, Esq.
One Chase Manhattan Plaza
New York, NY  10005

**SAXON, GILMORE, CARRAWAY,
GIBBONS, LASH & WILCOX, P.A.**
201 East Kennedy Boulevard, Suite 600
Tampa, Florida   33602
Phone:  (813) 314-4500
Fax:  (813) 314-4555
Local Bankruptcy Counsel for post-petition creditors

/s/David J. Tong, Esq.
DAVID J. TONG, ESQ.
Florida Bar #437085

      AND

ROSENBURG & ROSENBURG, P.A.
Attorney for Personal Injury Claimant
2501 Hollywood Blvd., Suite 110
Hollywood, FL  33020
(954) 963-0443/624-6649
PAUL S. ROSENBURG, ESQ.
Florida Bar No.: 0821720

h:\dtong\winn-dixie - almaguer noa.doc