**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
|     Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |

**NOTICE OF AGREED ORDER OF RESOLUTION OF THE
CLAIMS OF UNITED COMMERCIAL MORTGAGE
CORP. (CLAIM NOS. 7699, 7701, 7704 AND 11899)**

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this matter without further notice or hearing unless a party in interest files an objection within 3 business days from the date of service of this paper. If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy by email and fax on (i) Winn-Dixie Stores, Inc., c/o Jay Castle, Esq., 5050 Edgewood Court, Jacksonville, Florida 32254, JayCastle@winn-dixie.com, (ii) James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com and (ii) Rosalie Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, rgray@skadden.com.

If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors"), pursuant to Local Rule 2002-4, give notice of the proposed entry of the attached Agreed Order Resolving the Claims of United Commercial Mortgage Corp. (Claim Nos. 7699, 7701, 7704, and 11899).

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

If no objection to the proposed Agreed Order is filed and served within the time set forth above, the Court will be requested to enter the Agreed Order without further notice or hearing.

Dated:   December 20, 2006.

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D.J. Baker* | By   *s/ James H. Post* |
|     D. J. Baker |     Stephen D. Busey |
|     Sally McDonald Henry |     James H. Post |
|     Rosalie Walker Gray |     Cynthia C. Jackson |
|     Adam S. Ravin | |
| | Florida Bar Number 175460 |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida  32202 |
| (212) 735-3000 | (904) 359-7700 |
| (917) 777-2150 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | jpost@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

## **Certificate of Service**

I certify that a copy of this document has been furnished electronically and by facsimile to Post-Effective Date Committee, c/o Matthew Barr, Esq. and Michael Comerford, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, mbarr@milbank.com, mcomerford@milbank.com, this 20th day of December, 2006.

                                                                              *s/ Adam Ravin*
                                                                                    Attorney

00552696.DOC

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Reorganized Debtors.[1] | ) Jointly Administered |
| | ) |

## AGREED ORDER RESOLVING CLAIM NUMBERS 7699, 7701, 7704, AND 11899 FILED BY UNITED COMMERCIAL MORTGAGE CORP.

This cause originally came before the Court for hearing upon the Fifteenth, Twenty-Second and Twenty-Fourth Omnibus Objections to Claims (the "Objections") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors")[2]. Included among the several proofs of claim that were the subject of the Objections were (i) Claim Number 7699 which relates to amounts allegedly owed under a non-residential real property lease for a store the Debtors had at one time leased at 7850 Alexandra Pike in Alexandria, Kentucky (Store No. 1703), (ii) Claim Number 7701, which relates to amounts allegedly owed under a non-residential real property lease for a store the Debtors had at one time leased at 4602 Taylorsville Road in Louisville, Kentucky (Store No. 1605), (iii) Claim Number 7704 which relates to amounts allegedly owed under a non-residential real property lease for a

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Agreed Order shall have the meaning ascribed to them in the Objections.

store the Debtors had at one time leased at 5651 Westcreek Drive in Fort Worth, Texas (Store No. 2434), and (iv) Claim Number 11899, which relates to amounts allegedly owed under a non-residential real property lease for a store the Debtors had at one time leased at 3121 Hwy 34 East in Newman, Georgia (Store No. 2709).

Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim Number 7699 is allowed as a Class 13 Landlord Claim in the liquidated amount of $836,399.62.

2. Claim Number 7701 is allowed as a Class 13 Landlord Claim in the liquidated amount of $958,721.98.

3. Claim Number 7704 is allowed as a Class 13 Landlord Claim in the liquidated amount of $845,468.93.

4. Claim Number 11899 is allowed as a Class 13 Landlord Claim in the liquidated amount of $815,173.21.

5. The balance of the foregoing claims and all other claims filed by United Commercial Mortgage Corp. are disallowed in their entirety.

6. The Court shall retain jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this ____ day of _____, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

3

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | HELD & ISRAEL |
|---|---|
| By /s/ James H. Post | By /s/ Adam N. Frisch* |
|     James H. Post |     Adam N. Frisch |
|     Florida Bar Number 175460 |     Florida Bar Number 63508 |
| 225 Water Street, Suite 1800 | |
| Jacksonville, Florida 32202 | Kimberly Held Israel (FL 47287) |
| (904) 359-7700 | Adam N. Frisch (FL 63508) |
| (904) 359-7708 (facsimile) | 1301 Riverplace Blvd., Suite 1916 |
| | Jacksonville, Florida 32207 |
| | (904) 398-7038 |
| | (904) 398-4283 (facsimile) |
| -and- | |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Counsel to United Commercial Mortgage Corp. |
| D. J. Baker | |
| Sally McDonald Henry | |
| Rosalie Walker Gray | |
| Adam S. Ravin | |
| Four Times Square | |
| New York, New York 10036 | |
| (212) 735-3000 | |
| (212) 735-2000 (facsimile) | |
| Co-Counsel for Reorganized Debtors | |

*Counsel has authorized his electronic signature.