IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 3:05-ck-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors. / | Jointly Administered |

**GALLIVAN, WHITE & BOYD, P.A.'S APPLICATION FOR PAYMENT
OF ADMINISTRATIVE CLAIM PURSUANT TO SECTION 12.1
OF THE JOINT PLAN OF REORGANIZATION OF
WINN-DIXIE STORES, INC. AND AFFILIATED DEBTORS
DATED AUGUST 9, 2006 AS MODIFIED BY THE FIRST MODIFICATION
TO JOINT PLAN OF REORGANIZATION OF WINN-DIXIE STORES, INC.
AND AFFILIATED DEBTORS DATED OCTOBER 10, 2006**

Gallivan, White & Boyd, P.A. ("GWB") hereby files its Application for Payment of Administrative Claim Pursuant to Section 12.1 of the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors Dated August 9, 2006 as Modified by the First Modification to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors Dated October 10, 2006 (the August 9, 2006 and October 10, 2006 Plans are jointly referred to as "the Plan") in the above-referenced case, and in support thereof GWB represents as follows:

**Factual Background**

1.      On February 21, 2005, the Winn-Dixie Stores, Inc. *et al*. ("Debtors") filed voluntary petitions for reorganization under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York.  The Debtors cases are being jointly administered for procedural purposes only.

2.      By an order dated April 13, 2005, the venue for these cases was transferred from the Southern District of New York to this Court.  The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and

1108 of the Bankruptcy Code. No request has been made for the appointment of a trustee or examiner.

3. The Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors and accompanying Disclosure Statement were filed June 29, 2006. On August 24, 2006, the Court entered an Order approving the Disclosure Statement, and on November 9, 2006, the Court entered an Order confirming the Plan.

4. In its Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order"), the Court ordered that any requests for payment of an Administrative claim must be made by application filed with the Bankruptcy Court and served on counsel for the Reorganized Debtors no later than forty-five (45) days after the Effective Date.

5. Pursuant to the terms of Section 12.1 of the Confirmed Plan, GWB seeks reimbursement for professional fees and costs in the amount of $816.00. GWB asserts that these are the actual fees and costs incurred, and attached to this application as "Exhibit A" are true and correct copies of the itemized billings in the amount of $816.00.

6. Prior to Winn-Dixie's filing for bankruptcy, GWB was defending Winn-Dixie in a number of lawsuits. On June 23, 2005, GWB filed a proof of claim in the amount of $21,622.77 for pre-petition services performed for the Debtors for which GWB had not been paid as of the petition date.

7. Following the filing of Winn-Dixie's bankruptcy petition, GWB has continued to defend the Debtors, as advised by the claims administrator and counsel for the Debtors, as ordinary course professionals in several lawsuits filed pre-petition for which it was paid by the Debtors post-petition.

8. GWB has performed services post-petition as ordinary course professionals from February 21, 2005 through November 21, 2006 in the following cases in which GWB's fees and expenses remain unpaid in part.

<u>Barbara Edwards v. Winn-Dixie Greenville, Inc</u>.  $816.00

WHEREFORE, for the reasons set forth above, Gallivan, White & Boyd, P.A. respectfully requests this Court enter an Order(i) allowing the Debtors to pay Gallivan, White & Boyd, P.A. for professional fees and costs in the amount of $816.00 and (ii) granting such other relief as the Court may deem just and proper.

Respectfully submitted this 20th of December, 2006.

**GALLIVAN, WHITE & BOYD, P.A.**

s/ J. Michael Brown
J. Michael Brown (District Court  ID No. 9213)
C. Stuart Mauney (District Court ID No. 3544)
55 Beattie Place, Suite 1200 (29601)
P O Box 10589
Greenville, SC  29603
mbrown@gwblawfirm.com

Greenville, South Carolina
December 20, 2006