**Gallivan, White & Boyd, P.A.**

55 Beattie Place
Post Office Box 10589
Greenville, SC 29603
(864) 271-9580
Federal Tax I.D. 57-0564097

December 12, 2006
Bill Number      49696
File Number     000707-00139

Ms. Monique Stokley
Sedgwick Claims Management Services, Inc.
P.O. Box 24787
Jacksonville, FL 32241-4787

## FOR PROFESSIONAL SERVICES

Re: Barbara Edwards v. Winn-Dixie Greenville, Inc.

## LEGAL SERVICES

Through     December 07, 2006

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/27/06 | CSM | E-mail to and from Mr. Brooks (re: status of case). | 0.30 Hrs | 170.00 /hr | $51.00 |
| 11/03/06 | CSM | E-mail to and from Mr. Brooks (re: landlord's liability) (.2); Review of Piper's withdrawal of motion to dismiss (.2). | 0.40 Hrs | 170.00 /hr | $68.00 |
| 11/07/06 | CSM | Review of subpoenas from Southern Management. | 0.20 Hrs | 170.00 /hr | $34.00 |
| 11/07/06 | CSM | Review of e-mail from Mr. Grantland (re: expert review of records). | 0.40 Hrs | 170.00 /hr | $68.00 |
| 11/10/06 | CSM | E-mail to and from Mr. Brooks (re: status of case). | 0.20 Hrs | 170.00 /hr | $34.00 |
| 11/13/06 | CSM | Telephone call from Mr. Craig (re: status of case and mediation). | 0.20 Hrs | 170.00 /hr | $34.00 |
| 11/13/06 | CSM | E-mail to and from Mr. Grantland (re: expert review). | 0.40 Hrs | 170.00 /hr | $68.00 |
| 11/17/06 | CSM | Review of damage material (re: settlement evaluation). | 2.50 Hrs | 170.00 /hr | $425.00 |
| 11/17/06 | CSM | Review of Southern Development's amended discovery responses. | 0.20 Hrs | 170.00 /hr | $34.00 |