UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) |
| | ) |
| Debtors | ) Case No. 05-03817-3F1 |
| | ) |
| | ) Chapter 11 |
| | ) |
| | ) Jointly Administered |

## APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE STATUS FOR POST-PETITION CLAIM AND REQUEST FOR NOTICE
Judy Delaney and John Delaney

Come Now Judy Delaney, and her husband, John Delaney, ("Applicants"), by and through their undersigned attorney, and seeks administrative expense status for Applicants' claim against one or more of the Debtors pursuant to 11 U.S.C. §503(b). Applicants request the entry of an order allowing the administrative expense described below and directing the payment of such amount pursuant to Order Confirming the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order") and the provisions of the Plan as confirmed. In support of this Application, Applicants state as follows:

### JURISDICTION AND VENUE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §157(b)(2).

## FACTUAL BACKGROUND

2. Winn-Dixie Stores, Inc., et al. (the "Debtors") filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on or about February 21, 2005 (the "Petition Date").

3. After the Petition Date and on or about May 28, 2006, Applicant, Judy Delaney, was injured at the Winn-Dixie Store No. 2329 located at 6257 U.S. Highway One, Port Saint John, Brevard County, FL 32927. As a proximate result of the injury, Applicants have suffered damages totaling at least $40,000.00, which damages Applicants can support through medical records and other proof.[1]

## APPLICANT'S CLAIM IS ENTITLED TO ADMINISTRATIVE EXPENSE STATUS

4. Section 503(b) of the Bankruptcy Code provides for the allowance of administrative expense status, and its attendant priority for payment for the "actual, necessary costs and expenses of preserving the estate...". 11 U.S.C. §503(b). It is well-established that personal injury claims arising from a post-petition tort committed by the debtor are entitled to administrative expense status. *See, Reading Co. v. Brown,* 391 U.S. 471, 485 (post-petition fire damages resulting from trustee's negligence were entitled to administrative expense status); *In re Piper Aircraft Corp.,* 169 (B.R. 766 (Bankr. S.D. Fla 1994).

5. In this instance, Applicants' claim arose as a result of the business operations of one or more of the Debtors after the petition Date but prior to the Confirmation Order. As such, Applicants' claim is entitled to administrative expense status under 11 U.S.C. §503(b),

---

[1]. Applicant's damages may not be fully liquidated at this time.

and Applicants seek the entry of an order awarding such status.

## REQUEST FOR ENTRY AND ORDER OF APPLICANT'S POST-PETITION ADMINISTRATIVE EXPENSE CLAIMS AND PAYMENT OF ADMINISTRATIVE CLAIMS IN FULL

6. The Applicants respectfully request the Court enter and Order allowing their post-petition administrative expense claims, subject to liquidation by either consent of the parties or a court of competent jurisdiction. Upon liquidation of their post-petition claims, the Applicants request the Court enter and Order requiring the Debtors- as a condition of confirmation of their Chapter 11 Plan - to pay the allowed administrative claims in full.

## REQUEST FOR FUTURE NOTICE

Applicant requests that all future pleadings and notices regarding or affecting Applicants' claim be served upon:

> Stephen G. Charpentier, Esq.
> 2285 W. Eau Gallie Blvd.
> Melbourne, FL 32935

WHEREFORE, based upon the foregoing, Applicants request that the Court enter an order granting the relief requested herein and such other relief as it deems just and proper.

Respectfully submitted,

Childress & Charpentier, P.A.

/s/ **Stephen G. Charpentier**
Stephen G. Charpentier (FL#0328006)
2285 W. Eau Gallie Blvd.
Melbourne, FL 32935
Telephone: (321) 308-8020
Facsimile: (321) 308-8026

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2006, I filed this **APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE STATUS FOR POST-PETITION CLAIM AND REQUEST FOR NOTICE** through the CM/ECF filing system, which will cause a copy to be served on James H. Post, Esq., Counsel for the Reorganized Debtors, Matthew Barr, Esq, and John MacDonald, Esq., Counsel for the Post-Effective Date Committee, Elena L. Escamilla, Esq., counsel for the office of the United States Trustee and all other parties participating in the CM/ECF System, all served electronically.

/s/ **Stephen G. Charpentier**
Stephen G. Charpentier