UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | CASE NO. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.* ) | (Jointly Administered) |
| ) | Judge Jerry A. Funk |
| Debtors. ) | |
| _____) | |

## FLORIDA TAX COLLECTORS' DESIGNATION OF RECORD ON APPEAL

The Florida Tax Collectors[1] ("FTC"), by and through their undersigned counsel, file this designation of the record to be used on appeal with respect to the *Notice of Appeal* filed November 17, 2006 (Dkt No. 12671).

| Docket No. | Description |
|---|---|
| 18 | Motion for Authority to Pay Pre-Petition Taxes and Other Ordinary Course Governmental Obligations |
| 47 | Interim Order Authorizing Debtors to Pay Pre-Petition Taxes and Other Ordinary Course Governmental Obligations |
| 435 | Final Order Authorizing Debtors to Pay Pre-Petition Taxes and Other Ordinary Course Governmental Obligations |
| 976 | Notice of Deadline Requiring Filing of Proofs of Claim on or Before August 1, 2005, at 5:00 P.M. Eastern Time |
| 1001 | Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines |
| 3026 | Florida Tax Collectors' Motion to Extend Claims Bar Date |
| 3069 | Order Granting Florida Tax Collectors' Motion to Extend Claims Bar Date |
| 3092 | Florida Tax Collector's Notice of Filing Supplement to Exhibit 1 to the Order Granting Florida Tax Collectors' Motion to Extend Claims Bar Date |

---

[1] The "Florida Tax Collectors" consist of the tax collectors for each of the following counties within the State of Florida: Alachua, Baker, Bay, Bradford, Brevard, Broward, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Escambia, Flagler, Gadsden, Hardee, Hendry, Hernando, Highlands, Hillsborough, Indian River, Jackson, Jefferson, Lake, Lee, Leon, Levy, Madison, Manatee, Marion, Martin, Miami-Dade, Monroe, Nassau, Okaloosa, Okeechobee, Orange, Osceola, Palm Beach, Pasco, Pinellas, Polk, Putnam, Santa Rosa, Sarasota, Seminole, St. Johns, St. Lucie, Sumter, Suwannee, Taylor, Volusia, Wakulla, Walton and Washington.

| 4002 | Florida Tax Collectors' Notice of Filing Second Supplement to Exhibit 1 to the Order Granting Florida Tax Collectors' Motion to Extend Claims Bar Date |
|---|---|
| 4008 | Florida Tax Collectors' Second Motion to Extend Claims Bar Date |
| 4056 | Order Granting Florida Tax Collectors' Second Motion to Extend Claims Bar Date |
| 4283 | Florida Tax Collectors' Motion for Leave to File Proofs of Claim Without Prejudice |
| 5874 | Debtors' Objection to the Florida Tax Collectors' Motion for Leave to File Proofs of Claim Without Prejudice |
| 5887 | Joinder of Official Committee of Unsecured Creditors to Debtors' Objection to Florida Tax Collectors' Motion for Leave to File Proofs of Claim Without Prejudice (Docket No. 5874) |
| 8854 | [First Proposed] Disclosure Statement With Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors |
| 8856 | [First Proposed] Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors |
| 8859 | Notice of Hearing to Consider Approval of, and Deadline for Objection to, Debtors' Proposed Disclosure Statement |
| 9228 | Motion of Debtors for Order (I) Determining Dates, Procedures and Forms Applicable to Solicitation Process, (II) Establishing Vote Tabulation Procedures, (III) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of Plan, and (IV) Waiving Local Rules |
| 9229 | Notice of Hearing (regarding Docket No. 9228) |
| 9492 | Florida Tax Collectors' Objections to [First Proposed] Disclosure Statement With Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (Docket No. 8854) |
| 9570 | Florida Tax Collectors' Objection to Motion of Debtors for Order (I) Determining Dates, Procedures and Forms Applicable to Solicitation Process, (II) Establishing Vote Tabulation Procedures, (III) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of Plan, and (IV) Waiving Local Rules (Docket No. 9228) |
| 9787 | [Second Proposed] Disclosure Statement With Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors |
| 9788 | [Second Proposed] Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors |
| 9789 | Notice of Filing Revisions to Proposed Disclosure Statement With Respect to the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors |

| | |
|---|---|
| 9817 | Notice of Filing Revisions to Proposed Order (I) Determining Dates, procedures and Forms Applicable to Solicitation Process, (II) Establishing Vote Tabulation Procedures, (III) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of Plan, and (IV) Waiving Local Rules |
| 9917 | Order Approving Disclosure Statement With Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors |
| 9920 | Order (I) Determining Dates, Procedures and Forms Applicable to Solicitation Process, (II) Establishing Vote Tabulation Procedures, (III) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of Plan, and (IV) Waiving Local Rules |
| 10046 | Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities |
| 10057 | [Final Approved] Disclosure Statement With Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors |
| 10058 | Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors |
| 10059 | Notice of Hearing to Consider Confirmation of, and Deadline for Objecting to, Debtors' Joint Plan of Reorganization |
| 10594 | Florida Tax Collectors' Response to and Motion to Abstain from Consideration of Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities |
| 10609 | Florida Tax Collectors' Response to and Motion to Dismiss Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities |
| 11310 | Florida Tax Collectors' Objection to Confirmation of the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Its Affiliated Debtors and Debtors-in-Possession |
| 11505 | Florida Tax Collectors' Memorandum of Law in Support of Pending Motions (Docket Nos. 4283, 4284, 10594 and 10609) |
| 11598 | Debtors' Reply to Florida Tax Collectors' Motion to Abstain (Docket No. 10594) |
| 11599 | Debtors' Reply to Florida Tax Collectors' Motion to Dismiss (Docket No. 10609) |
| 11606 | Plan Supplement Pursuant to Section 12.18 of Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors |
| 11729 | Notice of Filing with Declaration of Kathleen M. Logan Certifying Voting on and Tabulation of Ballots Accepting and Rejecting the Joint Plan of Reorganization of the Debtors |
| 11765 | First Modification to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors |
| 11766 | Memorandum of Law in Response to Objections to Confirmation of Joint Plan of |

|       |                                                                                                                                                                                                                             |
| ----- | --------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|       | Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors                                                                                                                                                            |
| 11767 | Memorandum of Law of Official Committee of Unsecured Creditors (A) in Support of Confirmation of Joint Chapter 11 Plan of Reorganization and (B) Joining in Debtors' Response to Objections to Confirmation of Joint Plan |
| 11853 | Florida Tax Collectors' Request for Taking Judicial Notice                                                                                                                                                                  |
| 11997 | Florida Tax Collectors' Supplemental Memorandum of Law Regarding Outstanding Issues Taken Under Advisement by This Court                                                                                                    |
| 11998 | Notice of Changes to Proposed Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors                                                                                               |
| 12124 | Debtors' Reply to Florida Tax Collectors' Supplemental Memorandum of Law                                                                                                                                                    |
| 12130 | Transcript of Proceedings Excerpt (Hearing on Florida Tax Collectors' Motions held on October 5, 2006)                                                                                                                      |
| 12440 | Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors                                                                                                                             |
| 12618 | Findings of Fact and Conclusions of Law                                                                                                                                                                                     |
| 12671 | Florida Tax Collectors' Notice of Appeal                                                                                                                                                                                    |
| 12672 | Purchase Order for Transcript                                                                                                                                                                                               |
| 12834 | Transcript of Proceedings (Confirmation Hearing held on October 13, 2006) (Volumes I and II)                                                                                                                                |
|       | Florida Tax Collectors' Exhibit List with Exhibit 1 (from Confirmation hearing held October 13, 2006; <u>see</u> Transcript Vol. II, Page 167, lines 1 - 3)                                                                 |
| 12818 | Florida Tax Collectors' Motion Under Fed. R. Bankr. P. 9006(b) for Extension of Time to File Designation of Record and Statement of Issues on Appeal                                                                        |
| 13043 | Order Denying Without Prejudice Florida Tax Collectors' Motion for Extension of Time to File Designation of Record and Statement of Issues on Appeal                                                                        |

| | |
| --- | --- |
| **Claim No. 11669** | Miami-Dade County Tax Collector's *Proof of Claim* |

| | |
|---|---|
| **Claim No. 12566** | Florida Tax Collectors' *Proof of Claim* |

Dated: December 20, 2006

Respectfully submitted,

Brian T. Hanlon, Esq.
Office of the Tax Collector
P.O. Box 3715
West Palm Beach, Florida 33402-3715
Telephone: (561) 355-2142
Facsimile: (561) 355-1110
tc_legal_services@co.palm-beach.fl.us
Florida Bar No. 962562

By: /s/ Brian T. Hanlon
    Co-Counsel for Florida
    Tax Collectors

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Florida Tax Collectors' Designation of Record on Appeal* has been served this 20th day of December, 2006 by *Notice of Electronic Filing* on **Skadden, Arps, Slate, Meagher & Flom, LLP**, Attn: D. J. Baker, Sally McDonald Henry and Rosalie Walker Gray, Attorneys for Debtors; **Smith Hulsey & Busey**, Attn: Stephen D. Busey, James H. Post and Cynthia C. Jackson, Attorneys for Debtors; and **United States Trustee**, Attn: Elena L. Escamilla.

/s/ Brian T. Hanlon
Brian T. Hanlon, Esq.

N:\Legal Services\WIP\W\Winn-Dixie Stores\Pleadings\Appeal to District Court of Confirmation Order\Designation of Record on Appeal.doc