UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

F I L E D
JACKSONVILLE, FLORIDA

DEC 1 9 2006

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| In re: ) | Main Case No: 3-05-BK-3817 |
| ) | Case No: 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Debtors ) | Jointly Administered |
| ) | |

**APPLICATION FOR CLAIM ARISING AGAINST THE DEBTOR
IN THE PERIOD BETWEEN FEBRUARY 21, 2005
AND NOVEMBER 21, 2006**

Claimant, REGINA BYRD, by and through her undersigned counsel, and pursuant to the December 6, 2006 Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar dates for Filing Claims Arising before Effective Date and Other Administrative Claims, files this her application for claim against the Debtor, WINN-DIXIE STORES, INC., and states as follows:

1. On May 15, 2006, Regina Byrd, was a business invitee at the Winn-Dixie store located at 2009 South U. S. 1, Fort Pierce, Florida.

2. While walking in front of the ice cream cooler, Ms. Byrd fell on a puddle of water that had collected in front of the cooler.

3. Ms. Byrd fell on her left side, hitting both of her knees and her left wrist.

4. At the time of her fall, there were no signs indicating that the floor was wet.

5. As a result of the fall, Ms. Byrd has suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability

to earn money, and/or an aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

6. The Claimant, REGINA BYRD, incurred medical expenses for treatment at Lawnwood Regional Medical Center in the amount of $1,523.48 and for treatment with Dr. Pierre Girard in the amount of $2,828.00. The Claimant did not have medical insurance, therefore, the medical bills are still due and owing.

7. The Claimant, REGINA BYRD, missed time from work and incurred lost wages in the amount of $424.00 as a result of her injuries.

8. Dr. Pierre Girard has opined that the Claimant, REGINA BYRD, will most likely experience a re-aggravation of her knee pain, particularly with increased activities and will require return office visits once a year and a course of four week therapy, three times a week. The cost of her future treatment is estimated at $3,500.00 to $4,000.00 per year. Dr. Girard further opined that with flare-ups the Claimant will be a candidate for corticosteroid injections, requiring 1 to 2 injections at an approximate cost of $300.00 per injection.

9. The Claimant, REGINA BYRD, suffers from knee locking and intermittent pain and had no history of previous knee pain prior to the accident at Winn-Dixie.

10. Prior to the entry of the aforementioned Order, Claimant had made a demand to Winn-Dixie in the amount of $25,000.00 as full and final settlement of her claim.

WHEREFORE, Claimant, REGINA BYRD, files this her Application for Claim arising against the Debtor during the period of February 5, 2005 and November 21, 2006 in the amount of $25,000.00.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U. S. Mail to D. J. Baker, Sally, McDonald Henry, Rosalie Walker Gray, Adam S. Ravin, Skadden,

Arps, Slate, Meagher & Flom, LLP,, Co-Counsel for Re-organized Debtor, Four Times Square, New York, New York 10036 and Stephen D. Busey, James H. Post, Cynthia C. Jackson, Leanne Prendergast, Smith Hulsey & Busey, Co-Counsel for Re-organized Debtor, 225 Walter Street, Suite 1800, Jacksonville, Florida 32202, this __18__ day of December, 2006.

        SEIDULE & WEBBER
        A Partnership of P.A.'s
        Counsel for Claimant, Regina Byrd
        729 S. Federal Highway
        Suite 210
        Stuart, Florida 34994
        (772) 287-1220
        (772) 287-5880 (Facsimile)

By: _____
      GLORIA SEIDULE
      Fla. Bar No: 716960

/mar