IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

WINN-DIXIE STORES, INC.,           CASE NO.: 05-03817-3F1
                                                 Chapter 11

    Debtor.
_____/

## MARINA MAYBERRY'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM

Marina Mayberry, by and through her undersigned counsel, requests that the Court enter an Order for the Allowance and Payment of her Administrative Claim pursuant to Bankruptcy Codes §§ 365(d)(3) and/or 503(b) and states as follows:

1. The Debtors filed voluntary petitions under Chapter 11 of the Bankruptcy Code on February 21, 2005 and continued to manage their affairs as Debtors in possession.

2. That subsequent to the Debtors filing their Chapter 11 Petition and subsequent to the Court's deadline for filing proofs of claim (August 1, 2005 at 5:00 p.m.), the Debtors continued to own and operate a grocery store at numbered location 2209 in Titusville, Brevard County, Florida.

3. That on or about June 14, 2006, Marina Mayberry was a business invitee in the aforementioned Winn-Dixie Grocery Store. On that date and place, while in the store, Marina Mayberry was caused to slip and fall as a result of water that had been allowed to accumulate on the floor in the area of the store's shopping carts. As a result of said fall, Marina Mayberry suffered a right wrist fracture among other injuries requiring medical care and attention and leaving her with a 5% impairment of her body as a whole in the opinion of her treating orthopaedic surgeon.

4. That since the fall and injury occurred after the Court's previously entered bar date, Marina Mayberry's claim is now properly before the Court as a claim for payment of administrative expense. The claim is an unsecured claim for $150,000.00 for the damages incurred by Marina Mayberry as a result of her fall which was occasioned by the negligence of Winn-Dixie Stores, Inc.

5. Accordingly, Marina Mayberry seeks allowance and payment of an administrative claim pursuant to Bankruptcy Code §§ 365(d)(3) and/or 503(b) in the amount of $150,000.00.

Dated this 18th day of December, 2006.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via electronic mail or regular U.S. mail to: James Post, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202 and Matthew Barr, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY 10005, this 18th day of December, 2006.

ROBERT J. TELFER, JR., ESQUIRE
CIANFROGNA, TELFER, REDA, FAHERTY & ANDERSON, P.A.
Florida Bar ID 0139467
P.O. Drawer 6310
Titusville, FL   32782-6310
(321) 269-6833 Ph
(321) 383-9970 Fax