UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

Winn-Dixie Stores, Inc., et al.,     Case No.: 05-03817-3F1

Reorganized Debtors                   Chapter 11

                                      Jointly Administered

_____/

**APPLICATION FOR PAYMENT OF CLAIM WHICH AROSE AGAINST DEBTOR, WINN-DIXIE STORES, INC., IN THE PERIOD BETWEEN FEBRUARY 21, 2005 and NOVEMBER 21, 2006**

    COMES NOW the Claimant, ADRIANA CRAWFORD, by and through her undersigned attorney, and hereby requests the Court for payment of a claim arising against the debtor, WINN-DIXIE STORES, INC., in the period between February 21, 2005, and November 21, 2006, pursuant to the Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims and states:

    1.  On May 28, 2006, ADRIANA CRAWFORD, a business invitee of a Winn-Dixie store located at Pinellas Ave. in Tarpon Springs, Pinellas County, Florida (store location #0624) was injured when she slipped on a transitory foreign substance, to wit: a large puddle of water.  As a result of her injury, ADRIANA CRAWFORD incurred $1,279.00 in medical bills for chiropractic and orthopaedic medical care.  She may incur further treatment and bills in the future.  Additionally, she has suffered physical pain and suffering and mental anguish, loss of the capacity to enjoy life, and inconvenience.

    2.  That, prior to the filing of this document, ADRIANA CRAWFORD, by and through her attorneys, entered into settlement negotiations with Ms. Felicia Holland of Sedgwick Claims Management Services, Inc., P.O. Box 24787, Jacksonville, FL 32241-4787. Sedgwick Claims Management Services, Inc. established a claim via Claim Number A611204848-0001-01.

3.   Ms. Crawford's medical expenses, to date, are as follows:

- Rose Radiology         $519.00
- Dr. Ricky Lockett      $400.00
- Dr. Charles Fontana    $360.00
    TOTAL                $1,279.00

4.   Ms. Crawford's medical records from Ricky P. Lockett, D.O., indicate that, due to the injury as mentioned above, she has sustained a cervical strain, an upper trapezius strain, a thoracic strain, a right trochanteric bursitis, and an inflammation of the iliotibial band.  Dr. Lockett also prescribed her Naprosyn, Soma, and Vicodin for relief of her pain and symptoms.

5.   Ms. Crawford's medical records from Charles Fontana, D.C., indicates that, due to the injury as mentioned above, she has sustained a moderate sprain/strain to the hip, a mild knee sprain, and a mild sacroiliac sprain/strain.

WHEREFORE, claimant, ADRIANA CRAWFORD, by and through her undersigned attorneys, hereby requests the Court for payment of a claim arising against the debtor, WINN-DIXIE STORES, INC., in the period between February 21, 2005, and November 21, 2006, pursuant to the Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims, and for other relief as the court deems appropriate.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was filed via electronic filing to the Clerk of the Court, United States Courthouse, 300 North Hogan Street, Suite 3-350, Jacksonville, FL 32202, and that a copy of the foregoing has been served on this __20__ day of __December__, 2006 to: James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202; and Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005.

*/s/ Troy J. Iannucci*

Troy J. Iannucci, Esquire
LATOUR & ASSOCIATES, P.A.
135 East Lemon Street
Tarpon Springs, FL 34689
Phone: (727) 937-9577
Fax: (727) 937-3752
E-Mail Address: Lawyers@Latourlawfirm.com
FBN: 0144230
Attorneys for Claimant