UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

Winn-Dixie Stores, Inc., et al.,   Case No.: 05-03817-3F1

Reorganized Debtors                 Chapter 11

                                    Jointly Administered

_____/

**APPLICATION FOR PAYMENT OF CLAIM WHICH AROSE AGAINST DEBTOR, WINN-DIXIE STORES, INC., IN THE PERIOD BETWEEN FEBRUARY 21, 2005 and NOVEMBER 21, 2006**

COMES NOW the Claimant, GERRI HILTON, as natural parent and next friend of TAYLOR HILTON, a minor, by and through her undersigned attorney, and hereby requests the Court for payment of a claim arising against the debtor, WINN-DIXIE STORES, INC., in the period between February 21, 2005, and November 21, 2006, pursuant to the Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims and states:

1. On October 22, 2005, TAYLOR HILTON, a business invitee of a Winn-Dixie store located at Pinellas Ave. in Tarpon Springs, Pinellas County, Florida (store location #0624) was injured when she slipped on a transitory foreign substance, to wit: ice. As a result of her injury, TAYLOR HILTON incurred medical bills for emergency medical care. She may incur further treatment and bills in the future. Additionally, she has suffered physical pain and suffering and mental anguish, loss of the capacity to enjoy life, and inconvenience.

2. That, prior to the filing of this document, GERRI HILTON, as natural parent and next friend of TAYLOR HILTON, a minor, by and through her attorneys, entered into settlement negotiations with Ms. Melanie Alm of Sedgwick Claims Management Services, Inc., P.O. Box 24787, Jacksonville, FL 32241-4787. Sedgwick Claims Management Services, Inc. established a claim via Claim Number A511213320-

0001-01.

3.  Ms. TAYLOR HILTON's medical records, from Helen Ellis Memorial Hospital, indicate that, due to the injury as mentioned above, she has sustained abrasions to her right ankle as well as a sprain (tear of the ligaments which hold the joint together) to her right ankle.

WHEREFORE, claimant, GERRI HILTON, as natural parent and next friend of TAYLOR HILTON, a minor, by and through her undersigned attorneys, hereby requests the Court for payment of a claim arising against the debtor, WINN-DIXIE STORES, INC., in the period between February 21, 2005, and November 21, 2006, pursuant to the Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims, and for other relief as the court deems appropriate.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed via electronic filing to the Clerk of the Court, United States Courthouse, 300 North Hogan Street, Suite 3-350, Jacksonville, FL 32202, and that a copy of the foregoing has been served on this __20__ day of __December__, 2006 to: James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202; and Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005.

*/s/ Troy J. Iannucci*
Troy J. Iannucci, Esquire
LATOUR & ASSOCIATES, P.A.
135 East Lemon Street
Tarpon Springs, FL 34689
Phone: (727) 937-9577
Fax: (727) 937-3752
E-Mail Address: Lawyers@Latourlawfirm.com
FBN: 0144230
Attorneys for Claimant