```
alp_212: Billed Charges Analysis                          PAUL WEISS RIFKIND WHARTON GARRISON LLP                                    PAGE      3
Run Date & Time: 12/14/06 12:38:55                        Bill Date 07/14/06 Bill# 191444                                           LEAF      3

Client: 016166 CAPITAL RESEARCH COMPANY                              Resp Ptnrs: ANR KAC        Proforma: 3837565                          (03354)
Matter: 00004 CAPITAL RESEARCH - WINN-DIXIE STORES, INC.               Bill Frq: M  Class: 151    Status: B
       B I L L E D   T I M E   S U M M A R Y
Employee Name            Off Dp Position           Oldest Entry  Latest Entry          Hours

CORNISH, KELLEY A         NY Bkcy PARTNER            06/01/06      06/29/06              24.70
ROSENBERG, ANDREW N       NY Bkcy PARTNER            06/01/06      06/28/06              18.50
                                                                                      -------
                  Total:                                                                43.20


 B I L L E D   T I M E   D E T A I L
Employee Name            Dept  Position    Work Date Description                                                              Hours

CORNISH, KELLEY A        Bkcy  PARTNER     06/01/06  Review new CapStone analyses for Committee                               5.60
                                                     meeting; attend Creditors' Committee meeting at
                                                     Milbank, Tweed; follow-up conferences and
                                                     e-mails; review Houlihan Lokey analysis
                                                     provided to Ad Hoc Trade Committee
ROSENBERG, ANDREW N      Bkcy  PARTNER     06/01/06  Mtg. at Milbank and preparation therefore.                              7.00
CORNISH, KELLEY A        Bkcy  PARTNER     06/02/06  Review newest CapStone analysis; review                                 1.00
                                                     materials re: Peter lynch compensation
                                                     E-mails with Clients re: next steps; conference                         .50
                                                     with S. Schirmang regarding preparation for
                                                     meeting with Ad Hocs
ROSENBERG, ANDREW N      Bkcy  PARTNER     06/07/06  Prepare for and attend Winn-Dixie Ad Hoc Mtg.;                          4.00
                                                     follow-up calls.
CORNISH, KELLEY A        Bkcy  PARTNER     06/07/06  E-mails re: meeting with Ad Hoc Trade                                   1.00
                                                     Committee; conference with S. Schirmang re:
                                                     same
ROSENBERG, ANDREW N      Bkcy  PARTNER     06/08/06  Various calls w/clients and others.                                     .50
CORNISH, KELLEY A        Bkcy  PARTNER     06/08/06  Attend Creditors' Committee call and conference                        2.00
                                                     call with Clients to prepare for same
                                           06/09/06  Conference with A. Rosenberg re: update on                              .20
                                                     status
                                           06/13/06  Conferences with A. Rosenberg re: settlement                           2.60
                                                     issues; review New Capstone settlement runs;
                                                     review Debtors' response to Ad Hoc SubCon and
                                                     2004 Motion and revise Committee's response
                                                     thereto; conferences and e-mails re: same
ROSENBERG, ANDREW N      Bkcy  PARTNER     06/13/06  Committee call; review Brief; call w/Ellen                             1.00
                                                     Carr.
CORNISH, KELLEY A        Bkcy  PARTNER     06/14/06  Conferences and e-mails re: status of                                  1.20
                                                     settlement negotiations and attend Creditors'
                                                     Committee call re: settlement; further e-mails
                                                     with Milbank Tweed re: settlement
ROSENBERG, ANDREW N      Bkcy  PARTNER     06/14/06  Calls w/Milbank and Cornish; review settlement.                        .50
CORNISH, KELLEY A        Bkcy  PARTNER     06/15/06  E-mails re: Court hearing and settlement                                .50
                                           06/21/06  Review Agenda for Committee call (summary of                          1.40
                                                     plan terms or discussion); conference with A.
                                                     Rosenberg re: same; participate in Committee
                                                     call; follow-up with A. Rosenberg


Client: 016166 CAPITAL RESEARCH COMPANY
       Matter: 00004 CAPITAL RESEARCH - WINN-DIXIE STORES, INC.
```

alp.212: Billed Charges Analysis

Run Date & Time: 12/14/06 12:38:55

PAUL WEISS RIFKIND WHARTON GARRISON LLP

Bill Date 07/14/06 Bill# 191444

PAGE    4
LEAF    4

(03354)

Client: 016166 CAPITAL RESEARCH COMPANY

Matter: 00004 CAPITAL RESEARCH - WINN-DIXIE STORES, INC.

Resp Prtnr: ANR KAC                Proforma: 3837565

Bill Frq: M    Class: 151    Status: B

B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours |
|---|---|---|---|---|---|
| ROSENBERG, ANDREW N | Bkcy | PARTNER | 06/21/06 | Committee Call. | 1.00 |
| CORNISH, KELLEY A | Bkcy | PARTNER | 06/26/06 | Extensive review and revision of Plan and Disclosure Statement and conferences and e-mails re: same | 4.80 |
| ROSENBERG, ANDREW N | Bkcy | PARTNER | 06/26/06 | Review Plan; send comments. | 1.50 |
| | | | 06/27/06 | Review Plan. | 1.00 |
| CORNISH, KELLEY A | Bkcy | PARTNER | 06/28/06 | Further review of draft plan and disclosure statement; review materials for Committee conference call; attend Committee conference call | 2.70 |
| ROSENBERG, ANDREW N | Bkcy | PARTNER | 06/28/06 | Committee call; reading materials. | 2.00 |
| CORNISH, KELLEY A | Bkcy | PARTNER | 06/29/06 | Review Plan and Disclosure Statement, as filed, and e-mails re: same | 1.20 |

Total    43.20

Matter Total    43.20

Client: 016166 CAPITAL RESEARCH COMPANY
Matter: 00004 CAPITAL RESEARCH - WINN-DIXIE STORES, INC.

alp_212: Billed Charges Analysis

PAUL WEISS RIFKIND WHARTON GARRISON LLP

Run Date & Time: 12/14/06 12:38:56

Bill Date 07/14/06 Bill# 191444

PAGE    5
LEAF    5

(03354)

Client: 016166 CAPITAL RESEARCH COMPANY
Matter: 00004 CAPITAL RESEARCH - WINN-DIXIE STORES, INC.

Resp Prtnr: ANR KAC
Bill Frq: M    Class: 151    Status: B    Proforma: 3837565

B I L L E D   D I S B U R S E M E N T S   S U M M A R Y

| Code | Disbursement Name | Amount |
|------|-------------------|--------|
| 1601 | WORD PROCESSING | 55.50 |
| 1706 | O/T TRANSPORTATION | 100.44 |
| 1801 | REPRODUCTION EXP | 33.00 |
| 1901 | TELEPHONE TOLLS | 100.55 |
| 1051 | POSTAGE | 1.26 |
| 1082 | TAXI SERVICES | 30.06 |

Matter Total :          320.81

Client: 016166 CAPITAL RESEARCH COMPANY
Matter: 00004 CAPITAL RESEARCH - WINN-DIXIE STORES, INC.

Capital Research Company
11100 Santa Monica Blvd., 14th Fl.
Los Angeles, CA 90025-3395
Attention: Ellen Carr

NEW YORK_____ November 14, 2006 _____

PLEASE SEND YOUR REMITTANCE TO·

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

IN ACCOUNT WITH

*Ref.*   201505

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

*Taxpayer ID# 13-1668105*

FOR PROFESSIONAL SERVICES RENDERED through
October 31, 2006 in connection with Winn-Dixie          $31,604.00

Disbursements incurred in connection therewith

| | | |
|---|---:|---:|
| Word Processing | $ 18.50 | |
| Duplicating Expenses | 132.80 | |
| Communications | 20.25 | |
| Mail & Messengers | 7.81 | $   179.36 |
| TOTAL | | $31,783.36 |
| LoneStar Capital Subtotal | | $7,334.62 |
| Capital Research Subtotal | | $24,448.74 |

PAYMENT IN US DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
ACCOUNT NO. 0652-6767 AT CITIBANK, N.A., 111 WALL STREET, NEW YORK, NY 10005
ABA NO. 021-000089
CHARGES WHICH HAVE NOT BEEN RECORDED AS OF THE ABOVE DATE WILL BE INVOICED LATER

PAGE        2
LEAF        2

(03354)

alp_212: Billed Charges Analysis                                    PAUL WEISS RIFKIND WHARTON GARRISON LLP

Run Date & Time: 12/14/06 12:30:34                                  Bill Date 11/14/06 Bill# 201505

Client: 016166 CAPITAL RESEARCH COMPANY                         Resp Prtnr: ANR KAC                    Proforma: 3996498
Matter: 00004 CAPITAL RESEARCH - WINN-DIXIE STORES, INC.        Bill Frq: M    Class: 151   Status: B
          B I L L E D   T I M E   S U M M A R Y
Employee Name              Off Dp Position        Oldest Entry    Latest Entry        Hours

CORNISH, KELLEY A           NY Bkcy PARTNER        07/17/06       10/27/06            22.00
ROTHENBERG, PETER J         NY Tax  PARTNER        09/29/06       10/03/06             1.20
ROSENBERG, ANDREW N         NY Bkcy PARTNER        07/05/06       10/10/06            15.80
                                                                                   --------
              Total:                                                                 39.00
                                                                                   --------

          B I L L E D   T I M E   D E T A I L
Employee Name              Dept  Position    Work Date  Description                                                       Hours

ROSENBERG, ANDREW N        Bkcy  PARTNER     07/05/06   Review Report and Plan.                                            1.00
CORNISH, KELLEY A          Bkcy  PARTNER     07/13/06   Review Houlihan report re: plan issues.                            .50
                                             07/17/06   Begin review of Solicitation Procedures Motion                    2.00
                                             07/19/06   Review P. Lynch Term Sheet                                         .30
                                             07/20/06   Complete review of Solicitation Procedures                       2.20
                                                        Motion; attend Committee call
ROSENBERG, ANDREW N        Bkcy  PARTNER     07/20/06   Call w/Milbank; Committee call.                                   1.00
CORNISH, KELLEY A          Bkcy  PARTNER     07/27/06   Committee Call.                                                   1.00
                                             07/27/06   Attend Committee conference call                                 1.50
                                             07/31/06   Review Plan and Disclosure Statement and                         3.20
                                                        Milbank's comments thereto
ROSENBERG, ANDREW N        Bkcy  PARTNER     07/31/06   Review revised plan                                              1.00
CORNISH, KELLEY A          Bkcy  PARTNER     08/01/06   Review revised Plan and Disclosure Statement                     2.30
ROSENBERG, ANDREW N        Bkcy  PARTNER     08/01/06   WD call; review Plan.                                            1.00
CORNISH, KELLEY A          Bkcy  PARTNER     08/02/06   Review revised Plan and Disclosure Statement,                    1.00
                                                        as filed
ROSENBERG, ANDREW N        Bkcy  PARTNER     09/06/06   Review Plan related materials.                                    .50
CORNISH, KELLEY A          Bkcy  PARTNER     09/07/06   Review landlord objection letter and                             .50
                                                        conferences with A. Rosenberg re: same
ROSENBERG, ANDREW N        Bkcy  PARTNER     09/07/06   Committee call.                                                   .50
CORNISH, KELLEY A          Bkcy  PARTNER     09/14/06   Conference with A. Rosenberg re: next steps and                  1.00
                                                        draft cover letter to Debtors' counsel re: fee
                                                        statement
ROSENBERG, ANDREW N        Bkcy  PARTNER     09/14/06   Committee call and follow-up call.                               1.00
CORNISH, KELLEY A          Bkcy  PARTNER     09/20/06   Review Plan Supplement Documents                                 2.00
ROSENBERG, ANDREW N        Bkcy  PARTNER     09/26/06   Tax call w/Milbank.                                               .80
CORNISH, KELLEY A          Bkcy  PARTNER     09/28/06   Attend Creditors Committee call; begin review                    2.50
                                                        of landlord objections to Plan
ROSENBERG, ANDREW N        Bkcy  PARTNER     09/28/06   Committee call, review Plan Documents.                           2.00
ROTHENBERG, PETER J        Tax   PARTNER     09/29/06   Telecon Rosenberg. Conf call Rosenberg, Wee                      1.00
                                                        and Lachlan re William Lyon Company consent
                                                        solicitation, related issues
ROSENBERG, ANDREW N        Bkcy  PARTNER     09/29/06   Review Plan objections.                                          1.00
                                             10/03/06   Review Plan Objections and Reg. Rights.                          1.00
ROTHENBERG, PETER J        Tax   PARTNER     10/03/06   Emails re status of document review.                              .20

Client: 016166 CAPITAL RESEARCH COMPANY
        Matter: 00004 CAPITAL RESEARCH - WINN-DIXIE STORES, INC.

aip_212: Billed Charges Analysis

Run Date & Time: 12/14/06 12:30:35

PAUL WEISS RIFKIND WHARTON GARRISON LLP

Bill Date 11/14/06 Bill# 201505

PAGE    3
LEAF    3

(03354)

Client: 016166 CAPITAL RESEARCH COMPANY
Matter: 00004 CAPITAL RESEARCH - WINN-DIXIE STORES, INC.
B I L L E D   T I M E   D E T A I L

Resp Prtnr: AMR KAC          Proforma: 3996498
Bill Frq: M   Class: 151   Status: B

| Employee Name | Dept | Position | Work Date | Description | Hours |
|---|---|---|---|---|---|
| CORNISH, KELLEY A | Bkcy | PARTNER | 10/05/06 | Attend Committee conference call; conference with S. Reisman re: strategy; conference with A. Rosenberg | 1.00 |
| ROSENBERG, ANDREW N | Bkcy | PARTNER | 10/05/06 | Committee Call. | 1.50 |
| | | | 10/09/06 | Review Confirmation Materials. | 1.00 |
| | | | 10/10/06 | Review Confirmation Papers. | 1.00 |
| CORNISH, KELLEY A | Bkcy | PARTNER | 10/12/06 | Review briefs; participate in Committee conference call; conference with S. Reisman re: confirmation hearing | 1.50 |
| | | | 10/23/06 | Review Landlord's post-confirmation brief | .50 |
| | | | 10/27/06 | Review post-confirmation hearing briefs | .50 |

Total                39.00

Matter Total        39.00

Client: 016166 CAPITAL RESEARCH COMPANY
Matter: 00004 CAPITAL RESEARCH - WINN-DIXIE STORES, INC.

alp_212: Billed Charges Analysis

Run Date & Time: 12/14/06 12:30:35

PAUL WEISS RIFKIND WHARTON GARRISON LLP

Bill Date 11/14/06 Bill# 201505

PAGE    4
LEAF    4

(03354)

Client: 016166 CAPITAL RESEARCH COMPANY
Matter: 00004 CAPITAL RESEARCH - WINN-DIXIE STORES, INC.

Resp Prtnrs: AHR KAC              Proforma: 3396498
Bill Frq: M    Class: 151    Status: B

B I L L E D   D I S B U R S E M E N T S   S U M M A R Y

| Code | Disbursement Name | Amount |
| --- | --- | --- |
| 1601 | WORD PROCESSING | 18.50 |
| 1801 | REPRODUCTION EXP | 132.80 |
| 1901 | TELEPHONE TOLLS | 20.25 |
| 1051 | POSTAGE | 1.26 |
| 1055 | EXP DEL, FED EXP | 6.55 |

Matter Total :                    179.36

Client: 016166 CAPITAL RESEARCH COMPANY
Matter: 00004 CAPITAL RESEARCH - WINN-DIXIE STORES, INC.

CURTIS, MALLET-PREVOST, COLT & MOSLE LLC

# CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

FRANKFURT  MUSCAT
HOUSTON  PARIS
LONDON  STAMFORD
MEXICO CITY  WASHINGTON
MILAN

TELEPHONE 212-696-6000
FACSIMILE 212-697-1559
VOICE MAIL 212-696-6028
E-MAIL INFO@CM-P.COM
INTERNET WWW.CM-P.COM

WRITER'S DIRECT:
TELEPHONE 212-696-6065
E-MAIL SREISMAN@CM-P.COM

September 15, 2006

*VIA* HAND DELIVERY (FIRM CHARGE)
D. J. Baker, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Re:  *In re Winn-Dixie Stores, Inc., et al.*
Case No. 05-03817-3F1
U.S. Bankruptcy Court, Middle District of Florida
CMP Fees and Expenses - Substantive Consolidation

Dear Jan:

As you know, this Firm is counsel to Wilmington Trust Company ("Wilmington Trust"), as successor indenture trustee for US$300,000,000 in outstanding principal amount of eight and seven-eighths percent ($8^7/_8\%$) unsecured senior notes due 2008 (the "Notes") issued by Winn-Dixie Stores, Inc. ("Winn-Dixie") under that certain Indenture, dated as of December 26, 2000, as amended and supplemented (the "Indenture").

Please find enclosed, without redaction, CMP's fee statement (the "Fee Statement") with respect to services rendered in the amount of $431,430.50 and expenses incurred in the amount of $17,488.62 relating to the issue of substantive consolidation in the Winn-Dixie Chapter 11 cases. Pursuant to Section 12.3 of the Debtors' proposed Plan of Reorganization we have included detailed invoices to comply with the requirement that CMP provide "reasonably substantiating documents in support of such fees and expenses." Berger Singerman (local counsel for Wilmington Trust Company) and Capstone Advisory Group will provide similar substantiating documents shortly.

By providing you (and Winn-Dixie) with this Fee Statement, we confirm your acknowledgment and agreement that the Fee Statement is provided in accordance with the Plan of Reorganization, and that (1) Wilmington Trust Company does not waive any applicable attorney client privilege, (2) the Fee Statement constitutes confidential communications between attorneys and their client, and (3) the Fee Statement contains and reflects highly confidential, proprietary and non-public information and accordingly, portions of the Fee Statement, in its unredacted form, is protected by statutory or other legal privilege, including the attorney client privilege and the attorney work product privilege, all of which are preserved.

My best.

Sincerely,

Steven J. Reisman

Enclosures
cc:  Steven M. Cimalore (w/enclosures., *Via* E-mail: scimalore@wilmingtontrust.com)
(Wilmington Trust Company)

## EXHIBIT A

### PARTNER, OF-COUNSEL, ASSOCIATE AND PARAPROFESSIONAL SUMMARY TIME LOG FOR CMP FOR THE STATEMENT PERIOD OF JANUARY 1, 2006 THROUGH JULY 31, 2006

### WINN-DIXIE SUBSTANTIVE CONSOLIDATION MATTER NO. 190

| NAME | ADMISSION YEAR | RATE | HOURS | AMOUNT |
|------|----------------|------|-------|--------|
| **PARTNERS** | | | | |
| Eliot Lauer | 1975 | $ 700.00 | 28.90 | $ 20,230.00 |
| Steven J. Reisman | 1991 | 650.00 | 48.10 | 31,265.00 |
| Lynn P. Harrison | 1984 | 595.00 | 10.80 | 6,426.00 |
| Michael Moscato | 1982 | 595.00 | 21.30 | 12,673.50 |
| Theresa Foudy | 1994 | 540.00 | 168.10 | 90,774.00 |
| | | | | |
| **TOTAL PARTNERS** | | | **277.20** | **$161,368.50** |
| **ASSOCIATES** | | | | |
| Jonathan Walsh | 1999 | $ 495.00 | 16.70 | $ 8,266.50 |
| Scott Fischer | 1998 | 460.00 | 24.30 | 11,178.00 |
| David J. Karp | 2002 | 430.00 | 184.60 | 79,378.00 |
| Joseph Clyne | 1984 | 400.00 | .80 | 320.00 |
| John Katsanos | 1998 | 395.00 | 2.10 | 829.50 |
| Daniel Marcus | 2002 | 395.00 | 10.30 | 4,068.50 |
| Andrew Thau | 2004 | 320.00 | 1.80 | 576.00 |
| Peter Behmke | 2005 | 285.00 | 82.50 | 23,512.50 |
| Anting Wang | 2006 | 240.00 | 444.30 | 106,632.00 |
| | | | | |
| **TOTAL ASSOCIATES** | | | **767.40** | **$234,761.00** |
| **PARAPROFESSIONALS** | | | | |
| Ashley Becker | Not Applicable | $ 150.00 | 50.40 | $ 7,560.00 |
| Elizabeth Garcia | Not Applicable | 150.00 | 49.50 | 7,425.00 |
| Ashley Levi | Not Applicable | 150.00 | 14.10 | 2,115.00 |
| Kathryn Ryan | Not Applicable | 150.00 | 11.50 | 1,725.00 |
| Jennifer Schwartz | Not Applicable | 150.00 | 55.40 | 8,310.00 |
| Belinda Huang | Not Applicable | 140.00 | 56.10 | 7,854.00 |
| Jude Barucha | Not Applicable | 130.00 | 2.40 | 312.00 |
| | | | | |
| **TOTAL PARAPROFESSIONALS** | | | **239.40** | **$ 35,301.00** |
| | | | | |
| **TOTAL** | | | **1,284.00** | **$431,430.50** |

## EXHIBIT B

### ACTUAL AND NECESSARY DISBURSEMENTS INCURRED BY CURTIS, MALLET-PREVOST, COLT & MOSLE LLP FOR THE STATEMENT PERIOD OF JANUARY 1, 2006 THROUGH JULY 31, 2006

For the time period January 1, 2006 through and including July 31, 2006, disbursements (actual costs and expenses) have been incurred by certain of the attorneys and paraprofessionals of Curtis, Mallet-Prevost, Colt & Mosle LLP as set forth below:

| DISBURSEMENTS | AMOUNT |
|---|---|
| PACER - ECF | $ 196.40 |
| Long Distance Telephone | 86.17 |
| Duplicating | 6,835.20 |
| Word Processing | 5,394.66 |
| Lexis/Westlaw | 1,435.27 |
| Meals Expense | 653.91 |
| Court Fees | 15.00 |
| Courier Service | 159.16 |
| Local Transportation | 1,612.44 |
| Binding In-House | 108.00 |
| Printing/Duplicating – Outside | 992.41 |
| | **$ 17,488.62** |

3033788v1

## EXHIBIT C

**PARTNER, OF-COUNSEL, ASSOCIATE AND
CLERK/PARAPROFESSIONAL DETAILED TIME LOGS FOR
CMP FOR THE STATEMENT PERIOD
OF JANUARY 1, 2006 THROUGH JULY 31, 2006**

# CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

ATTORNEYS AND COUNSELORS AT LAW

101 PARK AVENUE
NEW YORK, NY 10178
TELEPHONE (212) 696-6000

September 13, 2006

Wilmington Trust FSB
520 Madison Avenue
33rd Floor
New York, NY 10022

Inv.# 1272702
Our Ref.#          85920
                     190
                    SJR

Attn: Steven Cimalore

Re  **Winn-Dixie Substantive Consolidation**

| | | | |
|---|---|---|---|
| 1/10/06 | TF1 | Office conference with E. Lauer regarding the potential substantive consolidation strategy of the Winn Dixie Debtors (.40) | .40 |
| 1/10/06 | AL1 | Categorization and organization of substantive consolidation reference materials and create index (2.80) | 2.80 |
| 1/10/06 | DK | Prepare diligence report and background materials for substantive consolidation analysis (1.60); draft project plan and task list in preparation of substantive consolidation review (.70) | 2.30 |
| 1/11/06 | AL1 | Categorization and organization of substantive consolidation reference materials and update index (.80) | .80 |
| 1/11/06 | DK | Various e-mails with S. Reisman and L. Harrison re Substantive Consolidation issues and how they will effect the draft plan term sheet(.20); office conference with J. Katsanos regarding Owens Corning Case and application to Sr Note Holders (.40); revise project plan for Substantive Consolidation review (.20); review case law cited in Substantive Consolidation memorandum by Milbank (.80); review committee correspondence relating to resolution procedures(.20); review 11th circuit case law regarding Substantive Consolidation (1.80); review proofs of claim filed by trade creditors | 4.20 |

Inv.# 1272702
September 13, 2006
Our Ref:          85920
                        190
Page      2

|          |      | and attached documentation (.60) |       |
|----------|------|----------------------------------|-------|
| 1/12/06  | AL1  | Categorization and organization of substantive consolidation reference materials and update index (1.00); create creditor committee configuration chart including creditor committee member, counsel and holdings (1.20); download, print and assemble proofs of claim filed by creditor committee members and create file re same (5.60) | 7.80 |
| 1/13/06  | TF1  | Review binder of substantive consolidation materials including structure materials and case law precedent memos (3.10) | 3.10 |
| 1/16/06  | EL   | Review binder providing corporate structure and loans along with circuit case law on sub-con issues to prepare for advising client on its position re: sub-con and analogous alternatives (1.20) | 1.20 |
| 1/17/06  | EL   | Review & reply to emails from co-counsel re: sub-con strategy proposal (.10) | .10 |
| 1/18/06  | SJR  | Meeting with E. Lauer, L. Harrison, D. Karp and T. Foudy to discuss background on substantive consolidation related to possible Winn-Dixie Plan of Reorganization and issues and strategy regarding possible litigation related to same and information needed for substantive consolidation analysis (1.70); review materials in preparation for substantive consolidation internal meeting (1.10) | 2.80 |
| 1/18/06  | EL   | Review materials for and review with S. Reisman, L. Harrison, T. Foudy and D. Karp the current state of knowledge on the sub-con issue including outline of avenues to pursue to acquire appropriate data points to do evaluation (3.10); review correspondence re: meeting of Creditors Comm with respect to Substantive Consolidation (.10) | 3.20 |
| 1/18/06  | TF1  | In-office conference with S. Reisman, E. Lauer, L. Harrison, & D. Karp to discuss background issues, strategy & information that needs to be gathered for next steps in Substantive Consolidation strategy (2.00); review memoranda on substantive consolidation & draft list of factors important to analysis (1.30); review | 3.50 |

Inv.# 1272702
September 13. 2006
Our Ref:        85920
                    190

Page        3

|          |     | attachments to email setting up creditors' committee conference call re Substantive Consolidation (.10); meet with A. Wang to discuss research assignment on substantive consolidation (.10) |       |
|----------|-----|-----|-------|
| 1/18/06  | DK  | Meet with CMP sub con team and review project plan tasks. possible strategy and diligence required for next steps (2.00); review 11th circuit case law with respect to sub con (1.30) | 3.30  |
| 1/18/06  | AW2 | Meet with T. Foudy to discuss research assignment on substantive consolidation (.40); copy materials related to substantive consolidation (.10); review background materials related to substantive consolidation (3.00) | 3.50  |
| 1/19/06  | TF1 | Creditors' Committee conference call (1.50); draft list of factors for substantive consolidation analysis (.20) | 1.70  |
| 1/19/06  | DK  | Office conference with T. Foudy and L. Harrison re substantive consolidation strategy (.40); office conference with A. Wang re Substantive Consolidation memo (.30); revise substantive consolidation project plan (.60) | 1.30  |
| 1/19/06  | AW2 | Meet with D. Karp re: Substantive Consolidation memo (.50); review background materials on substantive consolidation including Auto-Train, Owens Corning, Restivo and Eastgroup cases (3.50); research and summarize Eleventh Circuit cases in light of present facts. including In re Reider, Optical Technologies and In re FWDC (5.00) | 9.00  |
| 1/20/06  | EL  | Confer with T. Foudy and A. Wang re: status of fact gathering by Milbank and Houlihan re: Sub-con issues (.20) | .20   |
| 1/20/06  | TF1 | Discuss results of legal research and effect on strategy with A. Wang and E. Lauer re Substantive Consolidation (.20) | .20   |
| 1/20/06  | DK  | Meet with A. Wang to discuss substantive consolidation case law and draft memorandum re same (1.00) | 1.00  |
| 1/20/06  | AW2 | Meet with D. Karp to discuss Substantive Consolidation case law draft meorandum re: same (1.00); research on Owens Corning line of cases | 10.00 |

Inv.# 1272702
September 13, 2006
Our Ref:        85920
                190
Page      4

|  |  | which denied Substantive Consolidation (1.90); research on Eleventh Circuit cases which denied Substantial Consolidation (2.00); begin draft of memo on sub con and Eleventh Circuit specific facts (5.10) |  |
|---|---|---|---|
| 1/21/06 | AW2 | Draft memo on Eleventh and D.C. Circuit Substantive Consolidation which includes historical overview of Substantial Consolidation and factors used in denial or grant (7.00); additional research Eleventh Circuit and D.C. Circuit substantive consolidation cases confirming cases which denied Substantial Consolidation (1.60); research Third Circuit cases denying substantive consolidation which follow the Owens Corning standard( 1.40) | 10.00 |
| 1/22/06 | AW2 | Continue to draft memo re Substantive Consolidation: Add sections on Hunte case and In re World Access which discuss factors considered when denying Substantial Consolidation (8.00); add Statement of the Facts, Holding and Conclusion (2.00) | 10.00 |
| 1/23/06 | TF1 | Review status of non-debtor guarantors & provisions of Indenture for enforcing guarantees (.30) | .30 |
| 1/23/06 | AT1 | Confer with D. Karp and draft email to D. Karp re: guarantors of notes that were subsequently merged with other debtors (.40) | .40 |
| 1/23/06 | JFC | Search for case involving Winn-Dixie at USCA for Third Circuit via PACER computer system for A. Wang (.10); search for case In re Owens Corning at USCA for Third Circuit via PACER computer system (.10); obtain Third Circuit Case Number for In re Owens Corning via LEXIS.com (.10); obtain copy of docket sheet in Owens Corning from USCA for Third Circuit (.20); dictate memorandum to A. Wang regarding need to utilize outside document retrieval company to obtain copies of documents in re Owens Corning from USCA for Third Circuit (.30) | .80 |
| 1/23/06 | DK | Numerous emails and TC with A. Wang re memorandum (.60) continue to draft and revise memorandum re substantive consolidation memo and chart and review related case law (2.80); draft correspondence to T. Foudy re merged entities and | 3.80 |

Inv.# 1272702
September 13, 2006
Our Ref:        85920
                190

Page      5

|  |  | non-debtor guarantors (.40) |  |
|---|---|---|---|
| 1/23/06 | AW2 | Edit substantive consolidation background memo by including additional relevant case law and describing the Auto-Train Standard (3.00); add citations and footnotes to memorandum (4.00); download cases from Westlaw and forward to D. Karp (.50); investigate possibility of acquiring Owens Corning briefs from various sources including Westlaw and PACER via J. Clyne (.50); create chart of substantive consolidation standards (1.00); call with D. Karp re: Substantial Consolidation standards (.20) | 9.20 |
| 1/24/06 | DK | Review and revise Substantive Consolidation Memorandum (.50); TC with A. Wang re same (.10); review chart re Circuit court law re Substantive Consolidation(.80); draft letter to Debtors re merged entities review Proofs of Claim re same (1.20) | 2.60 |
| 1/24/06 | AW2 | Edit Substantive Consolidation background memo per comments of T. Foudyand D. Karp re: formatting and substantive comments re: additional research going beyond the Eleventh Circuit Standard (3.00); edit substantive consolidation chart of standards by including Eastgroup (1.00) | 4.00 |
| 1/25/06 | DK | Review and comment on substantive consolidation memo, office conf with A. Wang re same (.90) | .90 |
| 1/25/06 | AW2 | Meet with D. Karp re: Substantial Consolidation memo (.20); edit memo on Substantive Consolidation by adding additional material re: treatment of guarantees (3.00); rewrite Background section per details of update on case background (.80) | 4.00 |
| 1/26/06 | EL | Review emails & agenda for meeting & access to analysis for Sub-Con purposes (.10) | .10 |
| 1/26/06 | TF1 | Review legal research memo on substantive consolidation (.50); review & edit letter to debtors' counsel regarding non-debtor guarantors (.20); review email & attachments with agenda creditor's committee call (.10); creditors' committee call (.70) | 1.50 |
| 1/27/06 | TF1 | Review article on substantive consolidation | 1.50 |

Inv.# 1272702
September 13, 2006
Our Ref:          85920
                          190

Page    6

|          |      |                                                                                                                                                                                                                                                                                                                                              |       |
|----------|------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
|          |      | (1.20); review letter to debtors' counsel regarding non-debtor guarantors (.10); meet with A. Wang on substantive consolidation memo & further research (.20)                                                                                                                                                                                  |       |
| 1/27/06  | AW2  | Meet with T. Foudy re non-debtor guarantors (.50); additional revisions to memo (1.00); add number of cases granted substantive consolidation by 11th Circuit (3.00); add statistics on number of cases granted substantive consolidation v. denied (1.50)                                                                                      | 6.00  |
| 1/30/06  | AW2  | Research role of subsidiary guarantees in substantive consolidation and reliance by bondholders (3.50); research Drexel Burnham Lambert substantive consolidation cases and summarize for CMP litigation team (3.50); review commentary on recent court discussions effecting substantive consolidation (2.00)                                   | 9.00  |
| 1/31/06  | TF1  | Participate in conference call for creditors' sub-committee (.50); follow-up call with Milbank on substantive consolidation (.20); call with financial advisors regarding substantive consolidation (.20); meet with A. Wang re assigned research tasks (.60)                                                                                    | 1.50  |
| 1/31/06  | AW2  | Research and add section to memo re: guarantees in substantive consolidation (4.00); review Owens Corning case law and recent change in 3rd Circuit standard for substantive consolidation (1.50); draft section to memo re: Owens Corning case law (1.90); meet with T. Foudy re assigned sub con research tasks (.60)                           | 8.00  |
| 2/01/06  | SJR  | Confer with M. Diaz regarding retention of financial advisor for Wilmington Trust in connection with possible Substantive Consolidation dispute related to Winn-Dixie (.30); follow up with financial advisors regarding retention (.40); review of Owens Corning briefs on Substantive Consolidation (.70); letter to J. Baker at Skadden regarding requests for information related to entities on which Wilmington Trust has guarantee claim related to Winn-Dixie debt assurance (.40) | 1.80  |
| 2/01/06  | TF1  | Review revised term sheet received from Milbank (.20); edit draft letter to bondholders regarding Substantive Consolidation (.50)                                                                                                                                                                                                              | .70   |

Inv.# 1272702
September 13, 2006
Our Ref:       85920
                       190

Page     7

| Date | Init. | Description | Hours |
|------|-------|-------------|-------|
| 2/02/06 | LPH | Follow-up with Delaware contact firm re: Owens Corning issues (.50); confer with T. Foudy and D. Karp re: status of Substantive Consolidation analysis (.50) | 1.00 |
| 2/02/06 | TF1 | Edit letter to debtors requesting information on Substantive Consolidation (.30); review opinion & brief of debtors in Owens Corning case (2.10); meet with A. Wang on drafting discovery requests & analyzing indentures (.30); draft list of interrogatory questions for debtor on Substantive Consolidation(.60); conference with L. Harrison and D. Karp re status of Substantive Consolidation analysis (.50) | 3.80 |
| 2/02/06 | DK | Confer with L. Harrison and T. Foudy re status of Substantive Consolidation analysis (.50) | .50 |
| 2/02/06 | AW2 | Meet with T. Foudy re: Substantive Consolidation memo (.30); review Owens Corning case law (.70) | 1.00 |
| 2/03/06 | TF1 | Telephone conference with L. Harrison on substantive consolidation (.30); telephone conference with contact law firm on Owens Corning papers & procedure & meeting with L. Harrison regarding same (1.20); review Substantive Consolidation memo & meet with A. Wang on Substantive Consolidation memo (1.00); draft notes of information needed from bondholders (.40); telephone conference with Wilmington Trust on information needed from bondholders (.20); review briefs in Owens Corning case filed by CSFB & creditors' committee (1.70) | 4.80 |
| 2/03/06 | DK | Finalize letter to Debtors re request for information re substantive consolidation analysis (.70) | .70 |
| 2/03/06 | AW2 | Meet with T. Foudy re: edits to substantive consolidation memo (.50); combine description of Auto-Train with  Substantive Consolidation memo (3.50) | 4.00 |
| 2/04/06 | SJR | Review of draft correspondence to J. Baker at Skadden Arps and to bondholders regarding Substantive Consolidation issues related to Winn-Dixie and request for documentation and for meeting (.40) | .40 |

Inv.# 1272702
September 13, 2006
Our Ref:        85920
                        190

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | Page     8 | |
| 2/06/06 | LPH | Follow-up with Owens Corning's counsel re: discovery used in Owen's case in preparation for sub con issues (.50) | .50 |
| 2/06/06 | TF1 | Review emails with client on draft letters to bondholders & Debtors & review versions of letters (.20); review briefs in Owens Corning filed by banks & asbestos claimants (1.50); review oral argument transcript in Owens Corning (.50) | 2.20 |
| 2/07/06 | DK | Review and provide comments to A. Wang sub con memo (2.20) | 2.20 |
| 2/07/06 | AW2 | Research Eleventh Circuit Substantive Consolidation cases and add summary of results to client memo (7.20) | 7.20 |
| 2/08/06 | TF1 | Telephone conference with Wilmington Trust's T. Morris on offering memoranda & other closing papers (.20); review offering memos & SEC filings for guarantor subs (.40); review 10K information on guarantor subs (.40); edit Substantive Consolidation memo (1.00) | 2.00 |
| 2/08/06 | DK | Review and comment to financial statements of Senior Noteholder Guarantors (1.10) | 1.10 |
| 2/08/06 | AW2 | Research Augie/Restivo cases which denied Substantive Consolidation (2.70); additional research into Eleventh Circuit, DC Circuit and Third Circuit cases re: denial of Substantive Consolidation (3.40); add findings re: Circuit decisions to memo (1.50) | 7.60 |
| 2/09/06 | SJR | Attention to issues regarding Substantive Consolidation analysis with T. Foudy (.50); confer with E. Carr at Capital Research regarding position related to Substantive Consolidation; confer with M. Stamer at Akin Gump regarding position with respect to Substantive Consolidation (.30); letter to J. Baker regarding request for documentation related to Winn-Dixie for Substantive Consolidation analysis (.30) | 1.10 |
| 2/09/06 | LPH | Review of various issues pertaining to Substantive Consolidation and follow-up with CMP team re: same (1.00) | 1.00 |
| 2/09/06 | TF1 | Telephone conference with client on Substantive | 1.00 |

Inv.# 1272702
September 13, 2006
Our Ref:          85920
                          190
Page      9

|  |  | Consolidation issues & retention of financial advisor (.50); in-office conference on Substantive Consolidation issues with S. Reisman (.50) |  |
|---|---|---|---|
| 2/10/06 | AW2 | Research case law on reliance on separateness of subsidiary guarantees and substantive consolidation (3.20) | 3.20 |
| 2/12/06 | AW2 | Write sections of Substantive Consolidation memo relating to Third Circuit decision (3.30); read and summarize prospectus and indenture (3.60) | 6.90 |
| 2/13/06 | SJR | Meeting with M. Diaz and S. Cimalore of Wilmington Trust Company with D. Karp to discuss matters related to Substantive Consolidation issues in Winn-Dixie bankruptcy case (.60); attend meeting at office of Wilmington Trust with M. Diaz and S. Cimalore to interview Financial Advisors with respect to retention of financial advisor for Winn-Dixie case (2.80); follow up and review of materials distributed at meetings with Capstone and FTI (.70); coordinate matters regarding Financial Advisors (.10) | 4.20 |
| 2/13/06 | LPH | Attend to interviewing prospective financial advisors re: Substantive Consolidation issues (3.00) | 3.00 |
| 2/13/06 | KR2 | Compile documents re substantive consolidation in Owens Corning case (1.80) | 1.80 |
| 2/13/06 | DK | Review background on potential Financial Advisors for Substantive Consolidation analysis meeting (.40); meet at Financial Advisors, follow up conversations with S. Reisman re same (3.10); meeting with A. Wang re restricted subsidiaries and guarantors (.80) | 4.30 |
| 2/13/06 | JK2 | Review of substantive consolidation pleadings, transcript and opinion in the Third Circuit's In re Owens Corning 2005 chapter 11 bankruptcy case for possible use in drafting an objection by Wilmington Trust Company in the Winn-Dixie bankruptcy case (1.80); coordinate internal firm distribution of such substantive consolidation materials to T. Foudy, D. Karp, S. Reisman and A. Wang (.30) | 2.10 |
| 2/15/06 | LPH | Telephone conversation with K. Golmont of Kroll | .50 |

|          |     | and S. Reisman re: retention issues (.20); review of strategy with S. Reisman and T. Foudy re: course of action in preparation for meeting with creditors committee (.30) |      |
|----------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|
| 2/15/06  | TF1 | Review engagement letter from financial experts (.30); review expert materials on Substantive Consolidation (.50); review affidavit on Substantive Consolidation submitted in Enron case (.20); conference with L. Harrison and S. Reisman re preparation for meeting with Creditors Committee (.30) | 1.30 |
| 2/15/06  | AL1 | Organization of Substantive Consolidation document production from counsel for debtors (.40) | .40  |
| 2/15/06  | DK  | Begin review of document production by Skadden for Substantive Consolidation issue (1.30); begin review of Milbank material re Substantive Consolidation (1.80); meet with A. Wang to discuss subsidiary guarantees (.70); review revised memorandum based on discussions (.40) | 4.20 |
| 2/15/06  | AW2 | Meet with D. Karp re: comments to memo re: guarantees in indenture (.70); add section to memo re: overview of subsidiary guarantees (2.10); investigate relationship of CSFB to bank syndicate within Owens Corning (.20); additional research into restricted subsidiaries (1.80) | 4.80 |
| 2/16/06  | LPH | Attendance at committee meeting re: Substantive Consolidation issues (2.50) | 2.50 |
| 2/16/06  | TF1 | Review and edit retention letter with Capstone (.20); review Milbank's Substantive Consolidation analysis memo (.80) | 1.00 |
| 2/16/06  | AW2 | Write memo summarizing material facts of case law discussed in Substantive Consolidation strategy memo (5.40) | 5.40 |
| 2/17/06  | AL1 | Draft letter to S. Henry at Skadden regarding Substantive Consolidation materials recently forwarded to S. Reisman (.40) | .40  |
| 2/17/06  | KR2 | Assemble materials related to substantive consolidation at the request of S. Reisman (.90) | .90  |
| 2/17/06  | DK  | Continue to review document production and prepare correspondence to Capstone regarding same | 1.80 |

Inv.# 1272702
September 13, 2006
Our Ref:          85920
                  190
Page     11

|          |     |                                                                                                                                                                                                                                                                                                                                                                                  |        |
|----------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|
|          |     | (.60); review HLHZ presentation re Substantive Consolidation (1.20)                                                                                                                                                                                                                                                                                                                   |        |
| 2/17/06  | AW2 | Add case law to memo re: summary of cases in Substantive Consolidation memo (5.10)                                                                                                                                                                                                                                                                                                    | 5.10   |
| 2/18/06  | SJR | Review of engagement letter with Capstone and note comments regarding same (.40)                                                                                                                                                                                                                                                                                                      | .40    |
| 2/18/06  | AW2 | Add case law to memo re: summary of cases in Substantive Consolidation memo (3.60); format memo (.30); draft index list of Substantive Consolidation cases (.30)                                                                                                                                                                                                                       | 4.20   |
| 2/21/06  | LPH | Conference call with Capstone and internal team to review course of action (.30); conference call with committee re: agenda items and follow-up re: same (1.00)                                                                                                                                                                                                                        | 1.30   |
| 2/21/06  | TF1 | Creditors' committee conference call on substantive consolidation (1.00); pre-call with client & Capstone on Substantive Consolidation (.30); telephone conference with S. Reisman to discuss Milbank's Substantive Consolidation analysis (.10)                                                                                                                                        | 1.40   |
| 2/21/06  | DK  | Continue review of subcon background information as provided by Skadden (.80)                                                                                                                                                                                                                                                                                                          | .80    |
| 2/23/06  | TF1 | Review draft information request from Capstone & compare against Substantive Consolidation factors for completeness (.50); review Substantive Consolidation memo done by Milbank for creditors' committee (.50); review four binders of subsidiary background material on Substantive Consolidation that debtor sent to creditors' committee (1.70)                                       | 2.70   |
| 2/27/06  | TF1 | In-office conference with D. Karp on procedures & plan of action re lease review (.50); in-office conference with P. Behmke & A. Wang on work plan (.50); in-office conference with P. Behmke on new assignment re lease review (.40); telephone conference with S. Reisman & Capstone on information requests & plan of action (.60); review debtors' motion to extend exclusivity (.30); review Milbank's memo on Substantive Consolidation & drafting lists of tasks & key issues (1.60) | 3.90   |

Inv.# 1272702
September 13, 2006
Our Ref:            85920
                       190

Page      12

| Date | Init. | Description | Hours |
|------|-------|-------------|-------|
| 2/27/06 | PJB | Meeting w/ T. Foudy re: background of the case and memoranda re: substantive consolidation factors in the 11th Circuit (.30); read memoranda re: same (1.00); meeting w/ T. Foudy and A. Wang re: same (.50) | 1.80 |
| 2/27/06 | DK | Office conference with T. Foudy re Substantive Consolidation (.50); conference call with Capstone re Sub Con diligence request and follow up with T. Foudy (1.10) | 1.60 |
| 2/27/06 | AW2 | Meet with T. Foudy re: next steps in substantive consolidation analysis (.20); read Houlihan report and Milbank Substantive Consolidation analysis (2.50); meet with T. Foudy and P. Behmke re: Houlihan and Milbank analyses (.50); edit Subsidiary Guarantee memo (1.00) | 4.20 |
| 2/28/06 | SJR | Review Capstone document request to Creditors' Committee in Winn-Dixie bankruptcy case and note comments regarding same and exchange of e-mails regarding same (.70) | .70 |
| 2/28/06 | EL | Review e-mails re substantive consolidation diligence (.10); confer with T. Foudy on status of diligence (.20) | .30 |
| 2/28/06 | AW2 | Meet with D. Karp re: consolidated and consolidating financial statements (.20); meet with K. Alisbah re: bond issuance procedure (.30); create chart re: Summary of Milbank's Substantial Identity Analysis (4.50); write memo re: bond issuance procedures (3.20) | 8.20 |
| 3/01/06 | EL | Review Houlihan report (.80); review Milbank report (1.10); confer with T. Foudy, D. Karp, P. Behmke and A. Wang to review Wang's summary analysis of Substantive Consolidation issues and work up due diligence and hypothesized conclusions from such due diligence (1.50) | 3.40 |
| 3/01/06 | TF1 | Draft list of issues for financial advisor (.20); review correspondence on and drafts of engagement letter with Capstone & Capstone's information request (.30); review A. Wang memo on bond issuance process (.20); review and edit A. Wang memo on Milbank answers on Substantive Consolidation factors to Winn-Dixie facts (1.50) | 2.20 |
| 3/01/06 | PJB | Meeting w/ E. Lauer, T. Foudy, D. Karp, and A. | 1.80 |

Inv.# 1272702
September 13, 2006
Our Ref:        85920
                     190
Page     13

|          |     |                                                                                                                                                                                                                                                                                                                                              |       |
|----------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
|          |     | Wang re: Milbank memorandum re: substantive consolidation and factors to be considered in this case (1.50); review evidence binders to prepare index (.10); meeting w/ A. Wang and D. Karp re: same (.20)                                                                                                                                      |       |
| 3/01/06  | DK  | Meet with T. Foudy, E. Lauer, A. Wang and P. Behmke re Substantive Consolidation factors and document review (1.70); review documents produced by debtors as they relate to restricted subsidiaries and senior debt guarantors (1.30)                                                                                                          | 3.00  |
| 3/01/06  | AW2 | Meet with T. Foudy re: Summary of Milbank memo (.20); meet with E. Lauer, T. Foudy, P. Behmke and D. Karp re: substantive consolidation analysis and document review (1.70); write memo summarizing Milbank sub con analysis (3.70); meet with K. Alisbah re: clarifications to past interview re: roadshows and restricted subsidiaries (.50); document Review of Binder One of debtor materials (3.90) | 10.00 |
| 3/02/06  | AW2 | Document review of Binders 1-3 of Debtor materials, including 2005 Winn-Dixie 10-K, Pass-Through Trust Offering Memo and insurance agreements (7.50); add comments to Binder Index document (2.30)                                                                                                                                             | 9.80  |
| 3/03/06  | TF1 | Meeting with A. Wang & D. Karp on case management (.50); draft memo to client on substantive consolidation (2.00)                                                                                                                                                                                                                             | 2.50  |
| 3/03/06  | DK  | Conference with T. Foudy and A. Wang re case management (.50); office conference with A. Wang and T. Foudy Substantive Consolidation diligence and subsidiary assets and liabilities and follow up (.60); research and review rating agency reports as part of Substantive Consolidation diligence assignment, various conferences with T. Tolentino re same (1.30); research and review historical analyst reports as part of Substantive Consolidation diligence assignment, various conferences with T. Foudy and T. Tolentino re same (1.10); review Debtors Schedules and SOFAS as part of Substantive Consolidation Diligence report on subsidiary assets and liabilities (3.70); meeting with L. Harrison re comments to Joinder with Wilmington Trust (.50) | 7.70  |
| 3/03/06  | AW2 | Meet with D. Karp and T. Foudy re: document                                                                                                                                                                                                                                                                                                   | 8.90  |

|  |  | review and case management (.50); document review of Binders 4-7 of Debtor Materials (5.30); add comments to Debtor material binder index document (3.10) |  |
| --- | --- | --- | --- |
| 3/05/06 | DK | Prepare Chart of Debtors assets and liabilities including trade, secured and general unsecured claims (2.20) | 2.20 |
| 3/05/06 | AW2 | Create outline for memo re: Curtis analysis of Eastgroup factors (2.40); edit Binder Index of backup sub con documents (1.00) | 3.40 |
| 3/06/06 | EL | Review work product by litigation team to streamline fact review for Substantive Consolidation analysis (.50); meet with D. Karp and litigation team to discuss work and additional assignments as prelude to request for additional information (.60) | 1.10 |
| 3/06/06 | TF1 | Team meeting to discuss strategy & tasks & facts (1.60); review A. Wang's memos on factual material in binders & factual material needed from Debtors (1.00); review team's work on segregating assets & liabilities among subsidiaries (.30) | 2.90 |
| 3/06/06 | PJB | Meeting w/ E. Lauer, D. Karp, T. Foudy, and A. Wang re: work product review, strategy discussion (.80); review schedules of assets/liabilities for each WD entity and input summary of data in master chart (2.80) | 3.60 |
| 3/06/06 | AB2 | Meet with D. Karp, P. Behmke, A. Wang, J. Schwartz, E. Garcia, S. Sherman, and B. Huang regarding analysis of book value of subsidiaries' assets and liabilities (.70); copy schedules and SOFAs filed by each entity and assemble binder of same (.60); create index of binder of schedules and SOFAs at D. Karp's request (.50); meet with D. Karp, P. Behmke, A. Wang, J. Schwartz, E. Garcia, and B. Huang regarding creating an accounts payable spreadsheet for each of the Winn-Dixie subsidiaries in order to perform analysis of assets and liabilities and to compare values to amounts listed in each subsidiaries' schedules and SOFAs (.40); enter data into accounts payable spreadsheet and coordinate paralegal team word processing department in completion of this spreadsheet (4.70) | 6.90 |

Inv.# 1272702
September 13, 2006
Our Ref:          85920
                          190

Page      15

| | | | |
|---|---|---|---|
| 3/06/06 | JS4 | Meet with D. Karp, P. Behmke, A. Wang, S. Sherman A Becker, E. Garcia and B. Huang regarding Winn-Dixie schedules and SOFAs (.70); create working set of schedules and SOFAs (.50); coordinate creation of accounts payable chart (1.00); create accounts payable chart for certain Winn-Dixie subsidiaries (4.50); format accounts payable chart at the request of A. Wang (.40) | 7.10 |
| 3/06/06 | EG1 | Meeting with D. Karp, A. Wang, P. Behmke, S. Sherman, J. Schwartz, A. Becker and B. Huang re: Winn-Dixie, assets and liabilities, and paralegal projects (.70); gathering data from schedules of assets and liabilities of Winn-Dixie affiliates (.50); create and edit a spreadsheet summarizing schedules of assets and liabilities for Winn-Dixie Stores, Inc. and affiliates (3.10) | 4.30 |
| 3/06/06 | BH1 | Meeting with D. Karp, A. Wang, P. Behmke, A. Becker, J. Schwartz, S. Sherman, and E. Garcia regarding Winn-Dixie Chapter 11 and tasks that need to be accomplished (.70); gather assets and liabilities data from schedules of Winn-Dixie entities (1.00); photocopy schedules and SOFAs of Winn-Dixie entities (.70); compile documents Capstone produced from Debtors (3.30); create a spreadsheet of accounts payable data (.30) | 6.00 |
| 3/06/06 | DK | Conference with T. Foudy re summary of Assets and Liabilities (.30); meet with T. Foudy, A. Wang, E. Lauer and P. Behmeke regarding Substantive Consolidation ligation diligence review (1.10); diligence review of SOFAS and Schedules for : Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. Prepare summary chart of assets and liabilities and specific review of accounts payable in order to begin determination of value allocation to | 11.00 |

Inv.# 1272702
September 13, 2006
Our Ref:        85920
                190

Page    16

proper subsidiaries (9.60)

3/06/06  AW2  Prepare summary of Accounts Payable of Winn-Dixie          12.00
              Procurement and Logistics for creation of
              Accounts Payable exhibit (3.40); review Schedules
              for Asset and Liability Amounts for errors and
              omissions (1.20); data entry of Asset and
              Liability Amounts in order to determine which
              subsidiaries carry assets (2.20); meeting with E.
              Lauer, T. Foudy, D. Karp and P. Behmke re:
              content of binders (1.50); meeting with D. Karp,
              P. Behmke, J. Schwarz, A. Becker and E. Garcia
              re: document review (.50); proof numbers on
              Summary of Schedules of Assets and Liabilities
              (.30); edits to outline of Curtis' Eastgroup
              factors substantive consolidation assessment
              (.30); Edits to Binder Index re: pre-petition
              loan agreement and DIP agreement (.20); create
              Debtor Document Request (2.40)

3/07/06  EL   Review detailed charts & memos to further refine           1.50
              Substantive Consolidation analyses (.50); meet
              with Litigation team of T. Foudy, A. Wang & P.
              Behmke with D. Karp and rev. work by team &
              paralegals to identify vendor/creditor issues for
              Substantive Consolidation and rev. in the meeting
              document request & information requests for our
              consultant & debtor [left early] (1.00)

3/07/06  TF1  Meetings with team members of E. Lauer, A. Wang,           3.90
              P. Behmke & D. Karp to discuss asset and
              liability allocations among Winn-Dixie
              subsidiaries & Houlihan's financial analysis &
              discovery requests from debtors (3.50); edit
              letter containing discovery requests to Debtors
              (.40)

3/07/06  PJB  Team meeting re: assets of liabilities of                  7.90
              entities, project assignments to gather
              information on same (2.60); review schedule of
              Winn Dixie Stores, Inc. and draft chart of assets
              and liabilities of same (1.60); meeting w/ D.
              Karp and A. Wang re: progress of projects and new
              assignments (1.10); read Houlihan Lokey materials
              and Winn dixie business plan (.80); determine
              allocation of rejected lease claims (.40);
              meeting w/ D. Karp re: same (.20); draft
              memorandum re: same (1.20)

3/07/06  AB2  Meet with D. Karp, P. Behmke, A. Wang, J.                  14.30

Inv.# 1272702
September 13, 2006
Our Ref:        85920
                190

Page    17

Schwartz, E. Garcia, and B. Huang regarding the
accounts payable spreadsheet (.50); meet with E.
Lauer, T. Foudy, D. Karp, P. Behmke, A. Wang, J.
Schwartz, E. Garcia, and B. Huang regarding pros
and cons of substantive consolidation and
analysis of subsidiaries' assets and liabilities
(2.20); draft summary email regarding assignments
given during prior meetings (.30); create task
list to track projects and deadlines and reformat
task list into word chart (.60); enter data into
accounts payable spreadsheet for analysis of
subsidiaries' assets and liabilities (5.50); meet
with D. Karp and A. Wang regarding Houlihan Lokey
(HLHZ) report review and review discussion
materials and reports in order to determine the
basis and support for Houlihan Lokey's valuation
(2.60); meet with T. Foudy, D. Karp, and A. Wang
regarding call to Capstone to discuss Houlihan
Lokey's valuation (.50); copy assets and
liabilities spreadsheets, schedules, and task
lists for meeting as requested by D. Karp (.20);
meet with D. Karp regarding task list (.20); meet
with D. Karp regarding documents being emailed to
Capstone (.20); print out and organize work
product documents to create a binder of work
product at the request of D. Karp (.40);
coordinate paralegal team to complete data entry
into spreadsheets for analysis of and comparison
to schedules and SOFAs filed by each subsidiary
(at the request of D. Karp) (.50); respond to
emails and voice mail messages regarding accounts
payable spreadsheet, task list and Houlihan Lokey
report and discussion materials (.60)

3/07/06   JS4   Meet with E. Lauer, T. Foudy, D. Karp, P. Behmke,      12.30
                A. Wang, A. Becker, and E. Garcia regarding
                substantive consolidation (2.20); create accounts
                payable chart for Winn-Dixie Montgomery,
                Winn-Dixie Raleigh, and Winn-Dixie Stores (8.70);
                coordinate creation of accounts payable chart
                (.90); meet with D. Karp, P. Behmke, A. Wang, A.
                Becker, E. Garcia, and B. Huang regarding the
                status of projects (.30); meet with D. Karp and
                A. Wang regarding accounts payable spreadsheets
                (.20)

3/07/06   EG1   Locate accounts payable data from schedules of        13.00
                assets and liabilities for Winn-Dixie affiliates
                on Pacer (.20); distribute accounts payable data
                among paralegals for data input (.10); meet with

Inv.# 1272702
September 13, 2006
Our Ref:          85920
                   190
Page     18

E. Lauer, T. Foudy, D. Karp, P. Behmke, A. Wang,
A. Becker, and J. Schwartz re: Winn-Dixie assets
and liabilities, leases, and Capstone (1.70);
format spreadsheet of summary of schedules of
assets and liabilities for Winn-Dixie Stores,
Inc. and affiliates (1.60); input data from
Houlihan slides of Winn-Dixie valuation (1.70);
meet with D. Karp, A. Wang, P. Behmke, S.
Sherman, J. Schwartz, A. Becker, and B. Huang re:
status of assets and liabilities chart, accounts
payable charts, and 502(b)(6) lease project
(.50); create separate charts for summary of
assets and liabilities and for restructuring
assets and liabilities of Winn-Dixie Stores, Inc.
and affiliates (1.20); convert spreadsheet of
summary of schedules of assets and liabilities to
Word document, reformat and edit (3.00); convert
data from Houlihan slides of Winn-Dixie valuation
to Word document, adding comments and
reformatting (2.30); meet with D. Karp re:
formatting and edits on assets and liabilities
charts and valuation slides (.50); prepare
accounts payable charts and bankruptcy letter for
e-mailing (.20)

| | | | |
|---|---|---|---|
| 3/07/06 | BH1 | Meet with D. Karp, P. Behmke, A. Wang, A. Becker, J. Schwartz, and E. Garcia regarding the status of tasks (.50); revise the index for the Capstone document production binder (1.20); create a spreadsheet of accounts payable data (3.00) | 4.70 |
| 3/07/06 | DK | Review January 2006 Discussion material prepared by Debtors as reflective of Total Enterprise Valuation assumptions and methodology, allocation of reclamation claims and trade claims across different debtor entities (1.40); meet with T. Foudy, E. Lauer, A. Wang re substantive consolidation diligence and action steps for continuation of analysis of proper allocation of liabilities include trade claims and lease rejection damages, various follow up conversations with A. Wang and T. Foudy re same (2.60); prepare internal working document in order to evaluate HLHZ enterprise valuation and allocation of debtor entities and subsidiaries (4.60); telephone conference with Capstone, (P. Breyer) valuation methodology (.50); draft and revise chart of assets available for distribution and claims on an entity specific basis (2.20); review and revise letter to Debtors re document | 12.20 |

|  |  |  |  |
|---|---|---|---|
|  |  | request and conf with A. Wang re same (.30); review January 2006 Discussion Material as provided by Debtors re TEV assumptions (.60) |  |
| 3/07/06 | AW2 | Revise Accounts Payable exhibit (3.20); meeting with E. Lauer, T. Foudy, D. Karp and P. Behmke re: distribution of assets and liabilities (1.90); meeting with T. Foudy, D. Karp and A. Becker to discuss Houlihan valuation (1.40); research on Montgomery and Raleigh entities to determine top five creditors (.90); draft letter re: document request and research and review addendum to document request to reflect specific creditor entities (4.90); review Summary of Schedules of Assets and Liabilities (.90) | 13.20 |
| 3/08/06 | SJR | Meeting with T. Foudy, D. Karp to review matters related to substantive consolidation research and analysis being done in connection with Winn-Dixie Plan of Reorganization and position of Indenture Trustee regarding same (.80); review draft letter to J. Baker at Skadden requesting additional documentation and information related to substantive consolidation analysis (.40); conference call with J. Borow and K. Crail at Capstone regarding financial advisors' analysis of Substantive Consolidation issues and documentation reviewed and documentation required for analysis (.90); confer with J. Baker at Skadden Arps regarding matters related to Winn-Dixie's reorganization and inquiry regarding Wilmington Trust research and analysis related to substantive consolidation and time line regarding same (.40); follow-up with CM-P team regarding same (.10) | 2.60 |
| 3/08/06 | LPH | Attend to conference call with CMP team and Capstone re: Substantive Consolidation issue and follow-up re: same (1.00) | 1.00 |
| 3/08/06 | TF1 | Conference call with Capstone re valuation issues (1.10); meeting with team to discuss conference call with Capstone & document request to Debtors (.90); edit document request to debtors (1.60) | 3.60 |
| 3/08/06 | PJB | Draft memorandum re: 502(b)(6) claim issues for conference call w/ Houlihan Lokey (1.30); compile exhibits for same (.30); meeting with D. Karp, A. Wang and paralegals re: project status (.40) | 2.00 |

Inv.# 1272702
September 13, 2006
Our Ref:      85920
                190
Page    20

3/08/06  AB2  Update task list and collect new work product
              documents for binder (1.20); meet with D. Karp,
              P. Behmke, A. Wang, J. Schwartz, E. Garcia, and
              B. Huang regarding P. Behmke's memorandum
              regarding 502(b)(6) claims (.50); create
              spreadsheet of 502(b)(6) claims by subsidiary
              (3.20); format 502(b)(6) spreadsheet to include
              information for each individual subsidiary and
              all subsidiaries combined and create index for
              spreadsheet (1.40); respond to emails regarding
              502(b)(6) spreadsheet (.30); copy spreadsheets
              and other materials for D. Karp to use in call
              with Capstone (.40)

7.00

3/08/06  JS4  Assemble master accounts payable chart at the
              request of A. Wang (.70); attend administrative
              meeting with D. Karp, P. Behmke, A. Wang, A.
              Becker, and E. Garcia (.50);  create 502(b)(6)
              chart at the request of D. Karp (2.10)

3.30

3/08/06  EG1  Meeting with D. Karp, P. Behmke, A. Wang, A.
              Becker, and J. Schwartz re: status of projects
              and documents for 12 PM meeting with Capstone
              (.20); edit chart summary of schedules of assets
              and liabilities of Winn-Dixie Stores, Inc. and
              affiliates (.40); edit document containing
              Houlihan slide data concerning Winn-Dixie
              valuation (.80); meet with D. Karp re: status of
              restructuring and 502(b)(6) lease projects and
              task list (.50); input data into spreadsheet of
              summary of restructuring assets and liabilities
              of selected Winn-Dixie affiliates (1.10); format
              and organize Winn Dixie analyst reports and
              create binders (1.00); create table of contents
              for Winn-Dixie analyst reports binder (.50)

4.50

3/08/06  BH1  Meeting with D. Karp, A. Wang, P. Behmke, A.
              Becker, J. Schwartz, and E. Garcia regarding
              status of tasks (.50); revise index for the
              Capstone document production binder (.50);
              duplicate Capstone document production (.50);
              create multiple binders of the Capstone document
              production (.50); create a spreadsheet of
              Winn-Dixie stores by entity (3.00)

5.00

3/08/06  DK   Telephone conference with with Capstone re
              Substantive Consolidation diligence (1.10), Conf.
              with S. Reisman, L. Harrison, and T. Foudy re
              diligence work (.60); review document request #2
              to Debtors (.60); meet with working group re task

5.90

Inv.# 1272702
September 13, 2006
Our Ref:        85920
                    190

Page    21

|  |  |  |  |
|---|---|---|---|
|  |  | delegation re Substantive Consolidation with specific focus on lease rejection claims (1.00); pre-exclusivity hearing conf. with A. Spector and B. Rich (.40); continue to document value allocation for trade claims, reclamation claims and DIP claims (2.20) |  |
| 3/08/06 | AW2 | Conference call with Capstone to discuss valuation methodology and distribution of total enterprise value (1.10); meeting with D. Karp, P. Behmke and paralegals re: project status (.40); meeting with S. Reisman, T. Foudy and D. Karp re: document request letter (.40); add Montgomery, Raleigh and Winn-Dixie Stores, Inc. to Accounts Payable analysis (3.30); read Winn-Dixie analyst reports and create summary chart (3.10); review and modify Debtor document request letter to reflect S. Reisman's comments (.90) | 9.20 |
| 3/09/06 | SJR | Review and comment on proposed letters to J. Baker and S. Henry regarding request for additional documentation related to substantive consolidation issues in Winn-Dixie case (.80); confer with T. Foudy regarding letter and status and comments regarding same (.30) | 1.10 |
| 3/09/06 | EL | Confer with T. Foudy on status of Substantive Consolidation discussions with creditor groups (.20); review and revise letter to Skadden requesting detailed information regarding Substantive Consolidation analysis (.30) | .50 |
| 3/09/06 | TF1 | Editing & finalizing letter to Debtors with second set of information requests (.50); conference with S. Reisman re letter and status (.30) | .80 |
| 3/09/06 | PJB | Revise memo re: 502(b)(6) claims (.90); conference call w/ T. Foudy, D. Karp, and Capstone re: preparation for telephone conference with Houlihan Lokey (.50); telephone conference with Houlihan Lokey re: valuation methodologies used and document requests (1.10) | 2.50 |
| 3/09/06 | AB2 | Meet with D. Karp regarding task list, status of projects, and creating proofs of claim binder and index (.50); update task list and print out work product documents to add to binder (.60); format accounts payable spreadsheet in preparation for emailing it to Capstone (.90) | 2.00 |

Inv.# 1272702
September 13, 2006
Our Ref:        85920
                   190

Page    22

| 3/09/06 | EG1 | Sort and organize Winn-Dixie spreadsheets, task lists and slides by draft date (.20); edit and reformat spreadsheet of summary of restructuring assets and liabilities of selected Winn-Dixie affiliates (1.30) | 1.50 |
|---------|-----|---|------|
| 3/09/06 | KR2 | Review case docket for any filings by ad hoc bondholders committee at the request of D. Karp (.40) | .40 |
| 3/09/06 | DK | Pre and post HLHZ call with Capstone re valuation methodology, lease claims, reclamation claims and trade claims and action diligence tasks (1.00); conference call with HLHZ re Sub con discussion materials (.90); review request to debtors for sub con material #2 and conference with T. Foudy re same (.30); various emails with Capstone re diligence materials (.40) | 2.60 |
| 3/09/06 | AW2 | Conference call with Capstone, T. Foudy and P. Behmke in preparation for call with Houlihan (.40); Conference call with Capstone, Houlihan, D. Karp, T. Foudy and P. Behmke re: Houlihan's February analysis of Substantive Consolidation (1.60); review Pass-Through Trust Offering Memorandum in preparation for drafting memo (1.10); research into properties affected by the sale and leaseback transaction (2.20); research into Houlihan's treatment of the sale and leaseback properties in their financial analysis (1.10); draft memo re: certificate terms in order to understand effect of Substantive Consolidation on pass-through trust certificate holders (3.10) | 9.50 |
| 3/10/06 | EL | Review & respond to Skadden emails on information request (.20); confer T. Foudy on information requests and status of analysis (.10) | .30 |
| 3/10/06 | TF1 | Telephone conference with local counsel on substantive consolidation issue & status & next steps (1.00); telephone conference with Capstone on discussions with Houlihan (.40); conference with E. Lauer re status of analysis (.10) | 1.50 |
| 3/10/06 | PJB | Read email and attachment from capstone re: rejected lease claims (.30) | .30 |
| 3/10/06 | AB2 | Print out production documents to add to binder (.20); update task list and print out work | 1.00 |

Inv.# 1272702
September 13, 2006
Our Ref:        85920
                190
Page    23

|          |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                  |      |
|----------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|
|          |     | product documents to add to binder (.40); meet with J. Schwartz regarding creating a proofs of claim binder and index (.40)                                                                                                                                                                                                                                                                                                                                        |      |
| 3/10/06  | JS4 | Format accounts payable analyses (.90); meet with A. Becker regarding proofs of claim index and binder (.40); pull proofs of claim for certain of the Winn-Dixie creditors (1.20)                                                                                                                                                                                                                                                                                   | 2.50 |
| 3/10/06  | EG1 | Search for proofs of claim against Winn-Dixie on Logan & Company website (.30)                                                                                                                                                                                                                                                                                                                                                                                     | .30  |
| 3/10/06  | DK  | Telephone conference with A. Wang and review material relating to DIP Financing Agreement, allocation of proceeds and claim for repayment including execution of Guarantees (.90); review and various correspondence with Capstone re allocation of value assumptions (.40); review and distribute AP spreadsheets to Capstone (.60); various correspondence re analysis of AP Creditors proofs of claim (.30); review draft memorandum re 502(b)(6) claims (.70); review DIP Loan Agreement and Interim Order re use of proceeds (1.30) | 4.20 |
| 3/10/06  | AW2 | Review Debtor In Possession Credit Agreement and Interim Order re: DIP Proceeds in preparation for drafting of memo (2.20); research potential acquisition of Final Order re: DIP Proceeds (.40); research allocation of DIP proceeds among subsidiaries (1.60); research parties involved in DIP transaction, including Debtors, Agents and Creditors (.20); research and draft memo re: use of proceeds (3.30); conference with D. Karp re material relating to DIP Financing Agreement (.40) | 8.10 |
| 3/13/06  | EL  | Review correspondence regarding CMP request for information on Substantive Consolidation analysis (.20)                                                                                                                                                                                                                                                                                                                                                             | .20  |
| 3/13/06  | TF1 | Telephone conference with Capstone on progress (.50); team meeting on assignments & tasks (.30); meeting with P. Behmke on research assignment regarding choice of law (.20); review memo by A. Wang on subsidiary guarantee provisions (.40); review memo by A. Wang on case summaries on substantive consolidation (.40); draft third information request to Debtors (.10); review A. Wang analysis of DIP agreement (.20); review emails regarding information requests between | 3.80 |

Inv.# 1272702
September 13, 2006
Our Ref:        85920
                190
Page    24

|  |  |  |  |
|---|---|---|---|
|  |  | Capstone & Houlihan (.10); drafting memo to client on substantive consolidation (1.60) |  |
| 3/13/06 | PJB | Meet w/ T. Foudy re: research assignment re: whether Florida bankruptcy court will apply law of transferor court (.30); research re: same (2.60); meet w/ D. Karp and A. Wang re: individual project updates and new research assignments re: Eastgroup factors (.90) | 3.80 |
| 3/13/06 | AB2 | Meet with D. Karp, P. Behmke, A. Wang, J. Schwartz, E. Garcia, and B. Huang regarding proofs of claim binder and preparing Eleventh Circuit materials (.60); meet with A. Wang regarding Eleventh Cicuit documents (.30); assist A. Wang in organizing, indexing, and assembling binder of cases relevant to the Eleventh Cicuit's substantive consolidation analysis (1.80); copy binder of cases relevant to the Eleventh Cicuit's substantive consolidation analysis and binder of briefs related to In re: Owens Corning in order to send to M. Sage (at the request of D. Karp) (.80); meet with D. Karp regarding materials to be sent to M. Sage (.30); scan, name files, and organize cases into emails by type to send to M. Sage (at the request of D. Karp) (2.90); prepare fed-ex to M. Sage (.30); respond to emails and voice mails regarding Eleventh Circuit materials, status of projects, and fed-ex to M. Sage (.50) | 7.50 |
| 3/13/06 | JS4 | Administrative meeting with D. Karp, P. Behmke, A. Wang, A. Becker, E. Garcia, and B. Huang regarding status of projects (.50); meet with B. Huang regarding proofs of claim spreadsheet and binder (.70); gather proofs of claim of certain of the Winn-Dixie creditors (6.70); draft cover letter for substantive consolidation materials at the request of D. Karp (.30); scan cases relevant to substantive consolidation to PDF (.50); prepare cover letter and binders to send to M. Sage (.30) | 9.00 |
| 3/13/06 | EG1 | Meet with D. Karp re: status of charts, 502(b)(6) lease project and proofs of claim project (.50); prepare restructuring analysis chart of selected Winn-Dixie affiliates for final editing (.20); print proofs of claim against Winn-Dixie Stores and Winn-Dixie Raleigh from Logan and Company website (1.60) | 2.30 |

Inv.# 1272702
September 13, 2006
Our Ref:      85920
              190
Page    25

| Date | Initials | Description | Hours |
|---|---|---|---|
| 3/13/06 | BH1 | Meet with D. Karp, A. Wang, P. Behmke, A. Becker, J. Schwartz, and E. Garcia regarding status of tasks (.50); research proofs of claim on Logan & Co. website and inputting data on a spreadsheet (6.50) | 7.00 |
| 3/13/06 | DK | Review intercompany AP report as provided by HLHZ (.40); review sub con diligence (1.20); telephone conference with K. Crail re intercompany claims (.80); meet with T. Foudy and A. Wang re preparation for legal analysis of diligence results (.60); prepare organizational materials for legal analysis of diligence results (1.20); additional review of sub con commentary as relating to a potential 11th circuit review (1.30); prepare reference materials for bondholders counsel (.30) | 5.80 |
| 3/13/06 | AW2 | Meet with D. Karp and paralegals re: next steps in asset and liability analysis (.60); conference call with Capstone re: Houlihan analysis of substantive consolidation (.50); meet with D. Karp, T. Foudy and P. Behmke re: update on case and substantive consolidation analysis (.50); find, print and email all substantive consolidation cases for production to bondholders (3.10); revise and review Table of Cases memorandum for production to bondholders (.60); discuss with P. Behmke analysis of rejected leases (.20); revise and review Pass-Through Trust memo to reflect rejected leases (2.60) | 8.10 |
| 3/14/06 | PJB | Read and comment re: A. Wang's Eastgroup factors memorandum (.80); meet w/ D. Karp and A. Wang re: same (.50) | 1.30 |
| 3/14/06 | AB2 | Meet with D. Karp regarding delivery of documents to M. Sage and edits to cover letter (.30); gather, print out, and copy documents to send to A. Rosenberg (as instructed by D. Karp) (.90); print out and copy memorandum written by P. Behmke and A. Wang and deliver to D. Karp for meeting (.30); update task list and print out work product material to add to binder (.40); arrange for documents to be hand delivered to M. Sage (.10) | 2.00 |
| 3/14/06 | JS4 | Complete and edit proof of claim chart (2.90); assemble proofs of claim in order of subsidiary (1.10); create index for binders of proofs of | 6.00 |

Inv.# 1272702
September 13, 2006
Our Ref:        85920
                      190

Page    26

|          |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          |       |
|----------|-----|------|------|
|          |     | claim (.70);  revise proofs of claim chart at the request of D. Karp (1.30)                                                                                                                                                                                                                                                                                                                                                                                                      |       |
| 3/14/06  | EG1 | Meet with A. Wang re: creating a comparison chart for substantive consolidation and creating a spreadsheet of Winn-Dixie officers and directors (.30); create table for comparison chart concerning Eastgroup factors (.40); create spreadsheet of officers and directors of Winn-Dixie Stores, Inc. and affiliates (.20); input Winn-Dixie officer and director data into spreadsheet (5.40)                                                                                      | 6.30  |
| 3/14/06  | KR2 | Review case docket and pull order extending exclusivity at the request of D. Karp (.20)                                                                                                                                                                                                                                                                                                                                                                                           | .20   |
| 3/14/06  | DK  | Conference with A. Wang and P. Behmke re 11th circuit Substantive Consolidation factors (1.50); review memorandum and revise analysis of 502(b)(6) (1.20); telephone conference with J. Borrow and K. Crail re entity by entity AP analysis (.40); conf with A. Wang re trust certificates (.30); review Offering memorandum for Trust certificates (.60); draft letter to Cap Re regarding substantive consolidation background material direct paralegal in preparing diligence material re same (1.00); review proofs of claim filed by top AP creditors at each entity including backup to proof of claim as part of analysis of recognition of claim at each entity (3.60) | 8.60  |
| 3/14/06  | AW2 | Meet with D. Karp and P. Behmke re: Curtis' analysis of Eastgroup factors (1.50); review and revise Pass-Through Trust Memo by incorporating D. Karp's coments (2.40); create Eastgroup chart comparing Milbank and Curtis evaluations of Eastgroup factors (4.90); review Pass-Through Trust Offering Memorandum and Debtor-in-Possession Credit Agreement for D. Karp (.20);  meet with E. Garcia to set parameters for Officer/Director analysis (.20)                             | 9.20  |
| 3/15/06  | SJR | Participate in conference call with Capstone representatives regarding substantive consolidation issues and follow-up regarding requested information from debtor's counsel (1.10); review substantive consolidation analysis and follow-up meeting with T. Foudy and D. Karp regarding matters related to same (.80);                                                                                                                                                               | 2.60  |

Inv.# 1272702
September 13, 2006
Our Ref:          85920
                         190

Page    27

discussion of issues regarding substantive
consolidation analysis and background with A.
Rosenberg of Paul Weiss law firm, counsel for
Capital Research (.40); follow-up with M. Sage,
counsel for Ad Hoc committee regarding
substantive consolidation issue and disclosure of
only public information   (.30)

3/15/06  TF1  Review article on substantive consolidation                5.10
              (.60); telephone conference with Capstone on
              progress of financial analysis & information
              needed from Debtor (1.00); meet with D. Karp & S.
              Reisman to discuss preparation for creditors'
              committee call & team's work (.70); telephone
              conference with Skadden & debtor's financial
              advisor on information requests (.70); telephone
              conference with Capstone's K. Crail on telephone
              conference with debtors (.80); meet with team to
              discuss work product and tasks (.90); telephone
              conference with attorney for Cap Re (.40)

3/15/06  PJB  Meet w/ T. Foudy re: application of transferor's          6.40
              court's law (.40); research re: same (4.60); meet
              w/ T. Foudy, D. Karp, and A. Wang re: same and
              status of outstanding projects (1.40)

3/15/06  AB2  Meet with D. Karp regarding materials to be sent          2.50
              to A. Rosenberg and receive edits on cover letter
              (.40); update task list and copy for D. Karp for
              meeting (.50); call team members to check on
              status of assigned projects (.30); print out
              additional work product to add to binder (.30);
              assemble binder and copies of substantive
              consolidation-related materials to send to A.
              Rosenberg at the request of D. Karp (.60); edit
              cover letter to A. Rosenberg (.10); copy
              spreadsheets and other materials for D. Karp to
              use during meeting (.20); meet with J. Schwartz
              regarding index of materials to send to
              A. Rosenberg (.10)

3/15/06  JS4  Edit cover letter to A. Rosenberg (.20); assemble         3.00
              binder of substantive consolidation and related
              materials at the request of D. Karp (.60);  index
              binder of substantive consolidation and related
              materials (.40);  pull New Plan Excel Realty,
              Inc.'s proofs of claim at the request of D. Karp
              (.80);  summarize New Plan Excel Realty, Inc.'s
              proofs of claim at the request of D. Karp (.60);
              create index and assemble binder of New Plan

Inv.# 1272702
September 13, 2006
Our Ref:         85920
                    190

Page    28

|  |  | Excel Realty, Inc.'s proofs of claim at the request of D. Karp (.40) |  |
|---|---|---|---|
| 3/15/06 | DK | Office conference with T. Foudy and S. Reisman re analysis of sub con issues, lease rejections, ap claims, work product (.60); telephone conference with Capstone re same (1.00); telephone conference with T.Foudy as follow up with to her call with S.Henry and H. Etlin (.20) | 1.80 |
| 3/15/06 | AW2 | Meet with D. Karp, T. Foudy and P. Behmke re: status of case and reviewed Curtis' evaluation of Eastgroup factors (1.50); meet with D. Karp, T. Foudy, S. Reisman and Capstone re: information requests from Capstone and preparation for call with Houlihan and Debtors (1.60); research and review Eleventh Circuit case law re: separate classification of bondholders (3.30); review Norton Bankruptcy Law & Practice for an overview of Bankruptcy Code section 1122 (1.30); discuss with D. Karp distinction between segregating within the bondholder pool versus segregating within the pool of unsecured creditors (.30) | 8.00 |
| 3/16/06 | EL | Review with Debtors correspondence on obtaining documents and information to evaluate appropriateness of sub con (.40) | .40 |
| 3/16/06 | TF1 | Telephone conference with Capstone, Debtor, & Debtor's financial advisor on information requests & company's legal & business structure relevant to substantive consolidation issue (2.90); Creditors' Committee Conference Call (1.20); meet with Capstone on issues relevant to information request & financial analysis of substantive consolidation (2.90) | 7.00 |
| 3/16/06 | AL1 | Review Debtors fee applications in re Winn Dixie for discussion of substantive consolidation (1.90) | 1.90 |
| 3/16/06 | KR2 | Search case filings for Skadden fee applications and pull from docket at the request of D. Karp (.90); review time entries in first and second fee applications for terms related to substantive consolidation and flag relevant entries at the request of D. Karp (4.30) | 5.20 |
| 3/16/06 | DK | Meeting with Capstone re HLHZ analysis of intercompany payables (2.00); conference call with X-Roads and Skadden re CMP document request | 5.00 |

Inv.# 1272702
September 13, 2006
Our Ref:         85920
                 190
Page    29

|  |  | re sub con (3.00) |  |
|---|---|---|---|
| 3/16/06 | AW2 | Meet with Capstone re: allocation of assets and liabilities to appropriate entity, review of document request and preparation for call with Debtors (2.10); conference call with S. Henry, H. Etlin, Capstone, T. Foudy and D. Karp re: materials produced by the Debtors in the binders, review of Curtis' document request, discussion of the cash management system, discussion of the 502(b)(6) lease rejections, discussion of invoicing differences between Direct Store Delivery v. Procurement warehouses, review of supply contracts produced and discussion of Debtors' strategy re: reorganization plan (3.10); write up minutes of conference call (1.20); create list of documents we expect to receive from the Debtor (1.80) | 8.20 |
| 3/17/06 | SJR | Review legal analysis and materials from Houlihan regarding substantive consolidation analysis in Winn-Dixie case, note issues regarding same and follow-up (.50); conference with E. Lauer and T. Foudy to evaluate status of Substantive Consolidation research (.80) | 1.30 |
| 3/17/06 | EL | Confer with S. Reisman and T. Foudy to evaluate status of Sub-Con fact research and schedule of meeting with T. Foudy & A. Wang to review vendor contracts (1.00) | 1.00 |
| 3/17/06 | TF1 | Draft memo to client on law & facts & assessment of substantive consolidation issue (1.50); meet with E. Lauer and S. Reisman on supply agreements (1.10) | 2.60 |
| 3/17/06 | JS4 | Copy and assemble three binders of sub con background documents provided by XRoads Solutions (3.20); index binder of documents provided by XRoads Solutions (.80) | 4.00 |
| 3/17/06 | DK | Review and revise Capstone / XRoads meeting minutes re sub con diligence (.70) | .70 |
| 3/17/06 | AW2 | Meet with T. Foudy and E. Lauer re: supply contracts, content of contracts and impact on substantive consolidation (.50); meet with D. Karp re: 3/16/2006 Conference Call minutes (.10); review and revise minutes to 3/16/2006 and highlight those items expected from the Debtor | 8.50 |

Inv.# 1272702
September 13, 2006
Our Ref:        85920
                190
Page    30

|          |      |                                                                                                                                                                                                                                                                                                                                                                                                   |       |
|----------|------|-----|-------|
|          |      | (.70); incorporate 3/16/2006 meeting information into Curtis' Eastgroup factors chart (2.70); review of supply contracts and other material provided by Debtors discussed during the conference call and incorporate this information into the Eastgroup factors chart (3.50); review XRoads email to determine whether any items are missing from the document production (1.00) |       |
| 3/19/06  | AW2  | Review of materials produced by Debtor for Substantive Consolidation review (1.20); incorporation of materials into Curtis' analysis of the Eastgroup factors (1.00); begin drafting memo re: Summary of supply contracts, purchase orders, invoices and deal sheets, as well as items expected from the Debtor (1.30) | 3.50  |
| 3/20/06  | SJR  | Review memoranda analyzing factors in substantive consolidation in the Eleventh Circuit and facts relevant to substantive consolidation analysis to Winn-Dixie (1.30); meeting with CMP team including T. Foudy, E. Lauer and D. Karp to review issues related to substantive consolidation analysis and further factual analysis in connection with preparation for a meeting with Creditors' Committee (1.70); discussion of issues regarding how Creditors dealt with Winn-Dixie and review documentation related to same (.60) | 3.60  |
| 3/20/06  | EL   | Review work product by CMP team to prepare for meeting (1.00); conduct strategy & status meeting with A. Wang, T. Foudy, P Behmke & D. Karp to continue to review Sub Con and prepare for creditors comm. meeting (2.80) | 3.80  |
| 3/20/06  | TF1  | Team meeting to discuss progress, facts, & next steps (2.80); draft index of work product & compiling & organizing work product (.40); draft memo with comprehensive assessment of substantive consolidation claim (4.60); meet with P. Behmke on choice of law between transferor and transferee court on substantive consolidation (.20); meet with P. Behmke on factual material concerning allocation of landlords' claims (.20); review A. Wang's memo on supply contracts & meet with her on comments thereto (1.30); review A. Wang's memo on indenture provisions concerning guarantees (.50) | 10.00 |

Inv.# 1272702
September 13, 2006
Our Ref:          85920
                   190
Page    31

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 3/20/06 | PJB | Research re: Van Husen principle (2.20); meeting w/ T. Foudy re: same (.20); team meeting re: case status and new assignments (2.70); read sub con cases for analogous facts (2.70); meeting w/ A. Wang re: same (.60) | 8.40 |
| 3/20/06 | DK | Meet with E. Lauer, S. Reisman, P. Behmke re strategy for bondholder interest in sub con resolution (2.50); review comparison of Milbank and CMP Conclusions re sub con factors (.20); review summary of vendor and supply contracts and contracting entities (.20) | 2.90 |
| 3/20/06 | AW2 | Meet with T. Foudy to discuss the Summary of Supply Contracts and material to be added to the summary (.20); read supply contracts and invoices (2.10); summarize supply contracts and invoices and add detailed descriptions to the Chart of Pros and Cons of Substantive Consolidation (3.40); add a description of the EDI Agreement to the Chart of Pros and Cons (.60); add Contracting Party and Signator to all descriptions of the Supply Contracts (.50); meet with D. Karp, T. Foudy, S. Reisman, P. Behmke and E. Lauer re: case progress and next steps to be done re: analysis of the invoices (2.50); research and review cases from the Supreme Court, Second, Third, Eighth and Ninth Circuits re: how consolidated cash managements systems and "deemed" substantive consolidation play into an overall determination of substantive consolidation (3.20) | 12.50 |
| 3/21/06 | SJR | Review e-mails regarding meeting with Houlihan Lokey on sub con Issues and exchange of e-mails regarding same (.60) | .60 |
| 3/21/06 | EL | Extended meetings with T. Foudy and A. Wang to review case law and factual research in preparation for meeting with Houlihan (1.20); review materials & cases (1.30); email exchange with S. Reisman re: Paul Weiss & Houlihan meeting and issues to coordinate (.30) | 2.80 |
| 3/21/06 | TF1 | Draft agenda for telephone conference with Capstone (.30); telephone conference with Capstone to discuss progress & inter-company accounting (1.30); review binder of invoices (.50); meetings with A. Wang & P. Behmke on legal research (.50); draft memo of strongest case | 7.10 |

Inv.# 1272702
September 13, 2006
Our Ref:        85920
                190
Page    32

|          |     | against substantive consolidation (3.00); team meeting to discuss legal research (.50); telephone conference with Cap Re's attorney at Paul Weiss (.60); telephone conference with Milbank regarding setting up meeting (.10); emails regarding meeting at Houlihan & pre-meeting at Curtis (.30) | |
|----------|-----|-----|-----|
| 3/21/06  | PJB | Read Substantive Consolidation cases for analogous facts (6.80); write memo re: same (1.90); meet w/ T. Foudy and A. Wang re: same (.40); meet w/ T. Foudy, A. Wang, and E. Lauer re: same (1.00) | 10.10 |
| 3/21/06  | EG1 | Discuss 502(b)(6) project with P. Behmke (.10); discuss 502(b)(6) project with A. Becker and B. Huang (.20); create a spreadsheet inputting data, and consolidating worksheets of Winn-Dixie 502(b)(6) claim information (2.70) | 3.00 |
| 3/21/06  | BH1 | Discuss 502(b)(6) assignment with P. Behmke (.10); discussing 502(b)(6) assignment with A. Becker and E. Garcia (.20); create a spreadsheet of unsold targeted Winn-Dixie stores by entity (1.70) | 2.00 |
| 3/21/06  | DK  | Various office conf. with T. Foudy re invoices of Winn-Dixie Subsidiaries (.30); various e-mails with M. Barr, M. Comerford and S. Reisman re bondholder meeting to discuss Subsidiary con (.10); conf. call with Capstone re valuation models, asset and liability allocation inventory balance, store locations (1.10); follow up conf. w/ T. Foudy (.20); emails with J. Schwartz additional Sub Con materials provided by Houlihan (.10); review T. Foudy memo and case law re best case for defeating debtors plan to sub con (.80) | 2.60 |
| 3/21/06  | AW2 | Meet with T. Foudy and Capstone re: case progress, discuss capitalization of intercompany transfers and the payment of dividends (.60); read and review Eleventh Circuit and D.C. Circuit cases re: how various factors are weighted in a determination of substantive consolidation (1.50); draft memo summarizing findings re: weight of factors leading to substantive consolidation (2.10); meet with T. Foudy, P. Behmke and E. Lauer to discuss next steps re: evaluating case law in light of vendor expectations (3.90) | 8.10 |

Inv.# 1272702
September 13, 2006
Our Ref:            85920
                       190
Page    33

| | | | |
|---|---|---|---|
| 3/22/06 | SJR | Review substantive consolidation analysis from Houlihan Lokey related to recovery for Bondholders and economic analysis and legal analysis issues (2.20); review e-mails regarding scheduling meeting with Houlihan Lokey on substantive consolidation and exchange of e-mails regarding same (.20); attend meeting with Capital Research, Paul Weiss attorneys, Capstone and CMP Team with representatives of Houlihan Lokey and Milbank to discuss substantive consolidation analysis and plan negotiations related to Winn-Dixie (2.80); pre-meeting at Offices of Curtis Mallet Team with Paul Weiss Team (A. Rosenberg and K. Cornish) as well as Capstone Team, K. Crail and J. Borow (along with E. Lauer, T. Foudy and others) to discuss substantive consolidation analysis and materials needed (1.60) | 6.80 |
| 3/22/06 | EL | Read CMP memos on further research of Substantive Consolidation issues and factual details (1.30); review T. Foudy memo to prepare for meeting with Paul Weiss (.50) meet with Paul Weiss attorneys to coordinate Sub-Con review (1.50); meet at Houlihan with Milbank & Paul Weiss lawyers to review open facts and additional points relating to Sub-Con (3.10) confer with T. Foudy on strategies following the Houlihan meeting (.30) | 6.70 |
| 3/22/06 | TF1 | Meet with Paul Weiss to discuss status of factual investigation, next steps & strength of case (1.80); meet with Houlihan & Milbank to discuss outstanding factual issues & consensual resolution (2.50); review emails concerning planned meeting with Paul Weiss & Houlihan/Milbank & organizing factual material for meeting (.40); obtain joint defense agreement for work with Paul Weiss (.10); review box of factual materials from Debtors (.10) | 4.90 |
| 3/22/06 | PJB | Write memo re: summary of sub con cases (1.60) | 1.60 |
| 3/22/06 | EG1 | Update index of current and former officers and directors for Winn-Dixie Stores (2.30) | 2.30 |
| 3/22/06 | DK | Meet with E. Lauer, S. Reisman, A. Rosenberg and T. Foudy re strategy for meeting with HLHZ and Milbank re sub con discussions (1.50); case research re classification of claims and review of cases provided by local counsel (2.00); review | 4.50 |

Inv.# 1272702
September 13, 2006
Our Ref:        85920
                190
Page    34

production of Winn-Dixie invoices by Skadden
(1.00)

| | | | |
|---|---|---|---|
| 3/22/06 | AW2 | Review binder of materials from Debtor comprising 2003-2005 invoices, bills of lading, palletizing reports, summary of pay status, debit memorandums deduction memorandums, shipping manifests, and pallet audit checks for Kraft, Nestle, General Mills, ConAgra and Proctor & Gamble (5.20); summarize and add the invoice binder material to the Index of Winn-Dixie documents (2.10); review Winn-Dixie 2003 and 2004 10-Ks to look for indicia of subsidiary separateness (1.60) | 8.90 |
| 3/23/06 | SJR | Confer with CM-P team and Capstone team regarding substantive consolidation analysis, documentation needed, follow-up regarding Capstone model on consolidation and recovery for creditors, etc. (1.10) | 1.10 |
| 3/23/06 | TF1 | Creditor's committee conference call (.30); meeting with Capstone before & after creditors' committee call (1.50); meet with D. Karp on Joint Defense Agreement, meeting with Houlihan, & processing of new materials (.50); meet with A. Wang on content of invoices binder (.30); draft email to client reporting on Houlihan meeting (.20); review article on substantive consolidation (.70); draft email to Debtors on outstanding document requests (.70) | 4.20 |
| 3/23/06 | BH1 | Discuss assignments with A. Becker (.20); create an index of documents produced (2.00); discuss the creation of document production/invoices binders for Friday's meeting with D. Karp and A. Becker via e-mail (.30) | 2.50 |
| 3/23/06 | DK | Meet with T. Foudy re sub con meeting with committee advisors (.40); review precedent for and prepare joint defense agreement for sharing of information with Cap Re (2.30); finalize Capstone engagement letter (.30); meeting with Capstone and various conf calls with M. diaz and M. Sage re new committee member and prep for meeting on Capstone analysis of Houlihan valuation (1.20); conf with A. Becker re document production and logistics for FA presentation (.20) | 4.40 |
| 3/23/06 | AW2 | Meet with Capstone discussing the Houlihan analysis and Capstone's valuation of Winn-Dixie | 8.50 |

Inv.# 1272702
September 13, 2006
Our Ref:        85920
                190
Page    35

(1.70); conference call with the Creditors
Committee regarding various updates (.30); call
to Paul Weiss attorney discussing the potential
addition of a bondholder to the Creditors
Committee (.10); review box of documents received
from Debtor regarding tax returns and other
information requested (2.70); draft memo
describing documents already received and
expecting from the Debtor (1.30); review invoice
binder materials (.70); receive case law analysis
from P. Behmke and add material to existing memo
re: weight of factors as derived from case law
(1.40); meet with T. Foudy to discuss items in
the Invoice Binder and how the purchase process
works (.30)

| 3/24/06 | SJR | Meet with J. Borow and K. Crail of Capstone along with counsel at Paul Weiss Law Firm on behalf of Capital Research to review substantive consolidation analysis and recovery scenarios prepared by Capstone in connection with Winn-Dixie Chapter 11 case (2.80); confer with D. Strutsky on behalf of past due Asset Trust Certificate Holders Indenture Trustee regarding substantive consolidation issues and plan issues in connection with Winn-Dixie case and follow-up regarding matters related to same (.70) | 3.50 |
| 3/24/06 | TF1 | In-office conference for presentation by Capstone of their substantive consolidation model, explanation of the Houlihan model, & discussion of various sensitivity scenarios (2.80); edit joint defense agreement with Paul Weiss & Cap Re (.70); meeting with A. Wang on invoice binder (.20) | 3.70 |
| 3/24/06 | EG1 | Create binders of documents that were produced by Skadden to Winn-Dixie (2.90) | 2.90 |
| 3/24/06 | BH1 | Confer with  A. Becker and K. Ryan re creation of document production/invoice binders (.20); create document production/invoices binders for D. Karp (2.30) | 2.50 |
| 3/24/06 | KR2 | Review and prepare binders for hand delivery to A. Rosenberg re: creditors' committee substantive consolidation materials, sample Winn Dixie invoices and tax-related documents at the request of D. Karp (1.40); draft and edit cover letter to A. Rosenberg re: same documents (.80) | 2.20 |

Inv.# 1272702
September 13, 2006
Our Ref:       85920
                        190
Page    36

| | | | |
|---|---|---|---|
| 3/24/06 | DK | Prepare for and attended presentation with representatives of Cap Re, Capstone, Wilmington (by phone), S. Reisman, T. Foudy re valuation approach and allocation of claims (2.80); review indenture for default rate of interest clause and relevant information re calculation of same, conversation with A. Wang re same (1.40) | 4.20 |
| 3/24/06 | AW2 | Meet with Capstone and Paul Weiss attorneys reviewing Houlihan's model, discussing Capstone's model, discuss additional Capstone assumptions and strategizing re: next steps (2.10); meet with T. Foudy re: invoice materials and analyses to be performed (.20); review supply contracts and invoice binder and deal sheets (1.40); draft summary of documents in Curtis' possession, including the years and entities involved (1.20); draft description of the purchase process (1.70); add description of the EDI Agreement and Supply Contracts to the summary of documents (1.50) | 8.10 |
| 3/27/06 | BH1 | Discuss sub con background document production binders with K. Ryan and A. Becker (.20); create document production binders for D. Karp (.30) | .50 |
| 3/27/06 | DK | Review New Plan POC regarding effect of sub con on claim (.30); various emails to A. Wang, K. Alisbah and T. Foudy re default interest premium on Senior Notes and meet with A. Wang re same (.40) | .70 |
| 3/27/06 | AW2 | Read Indenture in order to research default premiums as well as any fees that might apply in the normal course of business or upon default (2.10); meet with K. Alisbah to discuss default premiums, acceleration in event of default and fees relating to default (.30); meet with D. Karp to discuss default premiums in the Indenture (.20); draft memo re: summary of invoices, contents of invoice binder and summary of supply contracts, discussing the entities reflected on the supply contracts and invoices, vendor expectations, and how these factors relate to a determination of substantive consolidation (5.30) | 7.90 |
| 3/28/06 | TF1 | Meet at Paul Weiss with client & Capstone to discuss different sensitivity analyses (2.50); draft memorandum analyzing law of substantive consolidation & applying to facts of Winn-Dixie | 5.70 |

Inv.# 1272702
September 13, 2006
Our Ref:        85920
                190
Page    37

|  |  | (2.60); review emails on new committee appointment & new schedules received from Houlihan (.20); review memo on pass-through trust claims & discuss where claims lie with A. Wang (.30); discuss where New Plan's claims lie with D. Karp (.10) |  |
|---|---|---|---|
| 3/28/06 | DK | Review and revise A. Wang memo re summary of invoices, and entities reflected on supply contracts as relating to vendor expectation of contract counter-party (.70); review and revise classification of claims memorandum re Berger Singerman 11th circuit case law and business justification for sperate classification of claims (3.30); confer with T. Foudy re New Plan's claims (.10) | 4.10 |
| 3/28/06 | AW2 | Read and review Pass-Through Trust Certificate Offering Memorandum and 1/16/2006 Discussion Materials (1.10); analyze lessee status of lease rejections using the offering memorandum and discussion materials (1.20); read and review restructuring flow chart to determine merged entities and lease status at various entities (.70); read and review sources re: claims classifications including Berger Singerman sources re: 11th Cir. claims classification case law (2.30); print cases referenced in Berger Singerman sources (.50); begin writing memo re: section 1122 classification of claims, analyzing effects of gerrymandering allegations on separate creditor classifications (2.40) | 8.20 |
| 3/29/06 | EL | Confer with T. Foudy on status of Substantive Consolidation discussions (.20) | .20 |
| 3/29/06 | TF1 | Telephone conference with Capstone, Cap Re, & Lonestar & Paul Weiss to discuss numbers under scenarios ran under Capstone's numbers & negotiation of settlement (1.70); post-meeting phone call with Paul Weiss to discuss next steps (.20); meet with Capstone on changes to Houlihan's model based on new claims numbers from Debtors (.40); draft Joint Defense Agreement with Lonestar & t/cs with Lonestar to discuss comments (2.80); conference with E. Lauer re status of Substantive Consolidation discussion (.20) | 5.30 |
| 3/30/06 | TF1 | Creditor's committee call (.50); call with Milbank & Houlihan on settlement options (1.00); | 2.80 |

Inv.# 1272702
September 13, 2006
Our Ref:         85920
                 190
Page    38

calls with Paul Weiss & Capstone on questions &
theories raised by Lonestar (.70); review
information on pass-through trust proofs of claim
(.30); t/cs with Paul Weiss & Capstone in
preparation for Milbank/Houlihan call (.30)

| | | | |
|---|---|---|---|
| 3/30/06 | DK | Call with Milbank, HLHZ and Paul Weiss re resolution of sub con issue and various conf with S. Reisman and T. Foudy re same(1.00); conf with A. Wang re Duetsche Bank POC's (.40) | 1.40 |
| 3/31/06 | SJR | Confer with J. Baker regarding matters related to Winn-Dixie bankruptcy case and status of matters regarding exclusivity motion and substantive consolidation (.80) | .80 |
| 3/31/06 | TF1 | Review claims classification memo & meeting with A. Wang to give comments regarding same (1.00); t/cs with Capstone & Paul Weiss on negotiation strategy (.70); draft comprehensive memo on substantive consolidation analysis (1.00) | 2.70 |
| 3/31/06 | DK | Review email of M. Comerford re Houlihan sensitivity analysis (.90); review email from K. Crail and settlement discussion materials that reflect new claims estimates of the Debtors (.60) | 1.50 |
| 3/31/06 | AW2 | Call with at Paul Weiss discussing materials received from Debtor and how they factor into the substantive consolidation analysis (.80); review materials received from Debtor in reply to Wilmington document request, including materials re: business cards, EDI purchase orders, 502(b)(6) calculations and financial statements related to Winn-Dixie tax returns (3.50); amend SubCon Pros & Cons chart to reflect the additional information received from Debtor, particularly the business card analysis and purchase order information (1.20); amend Summary of Pass-Through Trust Certificates memo to include additional information received re: rejected leases (1.60); review Proofs of Claim relating to rejected leases and add information to the Summary of Pass-Through Trust Certificates memo (1.00) | 8.10 |
| 4/03/06 | TF1 | Draft comprehensive memo on law of substantive consolidation & application to Winn-Dixie facts (4.30); t/c with local counsel to update them on events & discuss strategy (.50); review new | 5.20 |

Inv.# 1272702
September 13, 2006
Our Ref:          85920
                   190
Page      39

|         |     | Pass-Through Settlement Trust memo & discuss with A. Wang (.40) | |
|---------|-----|----------------------------------------------------------------|------|
| 4/03/06 | DK  | Review various emails re Debtors extension of exclusivity (.40); review Debtors Motion for Order granting fifth extension of exclusive periods for filing Chapter 11 plans and compare to prior extension motions and orders (.80); draft and revise Joinder to Debtors Motion for order granting fifth extension of exclusivity (1.80)   Review historical SEC filings in evaluation of reflection of subsidiary separateness including D&B reports and other commentary  (2.60) | 4.20 |
| 4/03/06 | AW2 | Research Edgar 10-Ks and 8-Ks for the years ended 1998-2001 (.50); read financial statements in subsidiary separateness and viability (2.10); draft memo re: findings of subsidiary separateness from financials (3.30); amend Summary of Pass-Through Trust Certificates memo to include the current lessees in addition to the original, and to update memo to reflect the latest rejected lease material re: facilities received from the Debtors (2.10) | 8.00 |
| 4/04/06 | TF1 | Draft comprehensive memo on substantive consolidation issue (3.50); review indentures and prospectus relevant to issue of bonderholder reliance on separateness of subsidiaries (.70); t/c with Lonestar on settlement strategy issues for dealing with trade (1.00) | 5.20 |
| 4/04/06 | DK  | Review T. Foudy client memorandum re substantive consolidation outlook and provide comment with respect to same (1.80); review and summarize amended proof of claim of DB Trust (1.70) | 3.50 |
| 4/04/06 | AW2 | Substance check of citations in T. Foudy's memo (3.30); format citations and text in accordance with legal standards (1.30); pinpoint and cite several citations (.60); shepardize citations to ensure that citations are still good law (3.80); meet with T. Foudy to discuss year in which Debtors began separating guarantor subsidiaries in financials (.20) | 9.20 |
| 4/05/06 | DK  | Review case law and summary of case for similarly situated claims under plan of reorganization as defined by Fifth, Tenth and Ninth Circuits | 5.20 |

Inv.# 1272702
September 13, 2006
Our Ref:        85920
                190

Page    40

|          |      |                                                                                                                                                                                                                                                                                                 |       |
|----------|------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
|          |      | (3.80); analyze case results with respect to Debtors situation and gauge Debtors ability to classify senior unsecured notes with other classes of unsecured claims (1.40)                                                                                                                         |       |
| 4/06/06  | AW2  | Research and review Third and Fourth Circuit case law for use of "substantially similar" in the manner stipulated by Section 1122(a) of the Bankruptcy Code (3.20); analyze several lower court cases for potential usefulness in articulating definition of substantially similar and for factual scenarios analogous to that of Winn-Dixie's (2.40); draft section of memo relating to when trade creditors and noteholders have been placed in different classes due to failure to meet the substantially similar test (2.30) | 7.90  |
| 4/07/06  | TF1  | Review updated claims analysis from Houlihan (.40); t/c with Capstone on meeting with trade regarding settlement (.80)                                                                                                                                                                            | 1.20  |
| 4/09/06  | SJR  | Conference call with Capstone as well as representatives of Cap-Re (K. Cornish) to discuss substantive consolidation Analysis prepared by Capstone for Monday's meeting with representatives for Kraft and Pepsi regarding substantive consolidation settlement discussions (.90); review materials in preparation for conference call including Houlihan Lookey Analysis and Capstone Analysis on substantive consolidation and de-consolidation recoveries (1.70) | 2.60  |
| 4/09/06  | TF1  | T/c with Paul Weiss, S. Reisman & Capstone on settlement meeting with trade (.90)                                                                                                                                                                                                                | .90   |
| 4/11/06  | DK   | Additional review of case law memorandum and comment on classification of claims with respect to the Debtors plan of reorganization (1.60)                                                                                                                                                       | 1.60  |
| 4/11/06  | AW2  | Research and review case law provided by Berger Singerman (2.70); incorporate material provided by Berger Singerman into claims classification memo (2.20); research and review Am. Jur. and other treatises for overview of claims classification material (1.50); draft memo section relating to general claims classification material (1.60) | 8.00  |

Inv.# 1272702
September 13, 2006
Our Ref:          85920
                          190

Page      41

| Date | Init | Description | Hours |
|------|------|-------------|-------|
| 4/14/06 | SJR | Confer with J. Borow regarding update on discussions with trade members on substantive consolidation issues and strategy related to same (.40) | .40 |
| 4/14/06 | DK | Review letter from Skadden re additional document production including sample weekly sales and margin report by region (1.60); review DLA letter to committee and Milbank response to sub con settlement proposal (1.80) | 3.40 |
| 4/14/06 | AW2 | Add additional cites to classification of claims memo (.50); draft section in classification of claims memo relating to general unsecured claims (.60) | 1.10 |
| 4/17/06 | TF1 | Review correspondence received from debtors in response to information requests (.90); review letters received from ad hoc trade committee & proposed creditors' committee response & local counsel's comments on same (.50); t/cs with local counsel to update on case, discuss call from reporter & creditors' committee response to ad hoc trade committee letters (.50); review & edit pro hac vice motion (.40); t/c with J. Borow from Capstone and D. Karp on settlement negotiations (.60) | 2.90 |
| 4/17/06 | DK | Various t/c with T. Foudy re sub con settlement proposals (.70); review HLHZ spreadsheet and analysis of sub con proposal (1.20); tc with P. Singerman and T. Foudy re sub cons settlement and follow up (.40); conf. call with A. Spector and T. Foudy re sub con settlement and response to queries re same(.20); revise pro hac vice motion of T. Foudy (.20) | 2.70 |
| 4/18/06 | TF1 | Review confidentiality letter received from debtors' counsel (.30); t/c with local counsel on exclusivity extension court hearing (.30); review & edit claims classification memo (1.30); review bankruptcy court's local rules (.60) | 2.50 |
| 4/19/06 | TF1 | T/c with Skadden on production of documents and confidentiality motion (.10); meet with A. Wang on claims classification memo (.20); draft email to Skadden detailing outstanding information requests (.20); t/c with J. Borow on settlement talks & term sheet (.20); reivew Term Sheet distributed by P. Weiss (.30) | 1.00 |

Inv.# 1272702
September 13, 2006
Our Ref:            85920
                        190

Page     42

| | | | |
|---|---|---|---|
| 4/20/06 | SJR | Review e-mails and exchange of e-mails with V. Tandon, K. Cornish and A. Rosenberg regarding Plan of Action for meeting with landlords and follow-up regarding matters related to substantive consolidation (.60) | .60 |
| 4/20/06 | DK | T/c with T. Foudy re next steps re sub con settlement and sharing information with Ad Hoc Trade Committee (.20); t/c with M. Commerford (Milbank) re sub con settlement and sharing information with Ad Hoc Trade Committee (.20) | .40 |
| 4/24/06 | TF1 | Review recovery scenarios from J. Borow in preparation for settlement meeting with landlords (.10); review Ad Hoc Trade Committee's response to Debtor's motion to extend exclusivity (.10); meet with bondholder members of committee at Paul Weiss to discuss settlement meeting with landlords (1.80); t/c with J. Borow on settlement meeting with landlords (.10) | 2.10 |
| 4/25/06 | SJR | Confer with M. Barr regarding matters related to substantive consolidation and proposed settlement among Committee Members (.40); confer with T. Foudy regarding matters related to same and follow-up (.30); confer with T. Foudy regarding Confidentiality Agreement and extending it to cover Paul Weiss and documents sent to same (.20); review materials distributed regarding proposed settlement among Committee Members (.60); Review Indenture Trustee Confidentiality Agreement between Winn-Dixie and Wilmington Trust and confer with T. Foudy regarding same and forward to client for review and approval (.70) | 2.20 |
| 4/25/06 | TF1 | Draft email to client reporting on settlement (.20); discuss confidentiality agreement with S. Reisman, Paul Weiss & Skadden (.20). | .40 |
| 4/25/06 | BH1 | Organize sub con diligence documents as produced by Debtors (.20) | .20 |
| 4/25/06 | DK | Review HLHZ and A&M Fee Order and scenarios with respect to sub con settlement and reconciliation of professional fees including HLHZ and A&M request for adjustment of monthly carry against Restructuring Fee and draft correspondence to client re same (1.20)   Review various emails re sub con settlement (.20); various TC with M. | 1.90 |