Inv.# 1272702
September 13, 2006
Our Ref:       85920
                190
Page    43

|  |  | Commerford re terms of sub con settlement (.10); draft correspondence to client re additional terms of sub con settlement and status of case (.40); review HLHZ and A&M Fee Order and scenarios with respect to sub con settlement and reconciliation of professional fees including HLHZ and A&M request for adjustment of monthly carry against Restructuring Fee and draft correspondence to client re same (1.20) |  |
|---|---|---|---|
| 4/27/06 | DK | Various emails and correspondence with respect to sub con professional fees, email with Paul Weiss, Wilmington, Berger Singerman (1.10) | 1.10 |
| 5/01/06 | SJR | Participate in conference call with counsel for Capital Research as well as Capstone regarding status of matters on substantive consolidation Term Sheet, settlement and update on matters and plan of action going forward (.70); confer with J. Borow of Capstone regarding update on matters and discussion with T. Califano on behalf of ad hoc Trade Committee (.30); confer with T. Califano on behalf of ad hoc Trade Creditors' Committee and position regarding substantive consolidation and possible settlement proposal (.60) | 1.60 |
| 5/01/06 | TF1 | Review new factual material received from Debtors & discussing same with A. Wang (.40); t/c with Lonestar & counsel for Cap Re regarding request for Rule 2004 examinations & settlement update (.50) | .90 |
| 5/01/06 | DK | Review and summarize for client Ad Hoc Trade Committee 2004 Request, Proposed Order and exhibits to same including various email with T. Foudy and S. Reisman re same (1.90); office conference with S. Reisman and T. Foudy re Ad Hoc Trade Committee 2004 Application and Sub Con Settlement and follow up review of bankruptcy court docket (1.80) | 3.70 |
| 5/02/06 | AB2 | Index production documents received from Skadden Arps in response to document requests (for T. Foudy and D. Karp) (5.00) | 5.00 |
| 5/03/06 | EG1 | Update Excel index of Winn-Dixie document production binders from Debtors (5.00) | 5.00 |
| 5/03/06 | BH1 | Continue updating index of sub con background | 3.00 |

Inv.# 1272702
September 13. 2006
Our Ref:          85920
                    190

Page    44

documents produced by Debtors (3.00)

| | | | |
|---|---|---|---|
| 5/03/06 | AW2 | Review materials in boxes received from Debtor (1.00); create summary of box contents (1.20); review additional new material (1.30); create list of documents with descriptions re: box contents (.50) | 4.00 |
| 5/04/06 | TF1 | T/c with Capstone's K. Crail on meeting with Ad Hoc Trade Committee's advisors (.20); review email correspondence on meeting with Ad Hoc Trade Committee & creditors' committee meeting (.20) | .40 |
| 5/04/06 | AB2 | Index production documents from Skadden Arps produced in response to document requests served (for T. Foudy and D. Karp) (2.20) | 2.20 |
| 5/04/06 | EG1 | Update Excel index of Winn-Dixie document production binders (1.00) | 1.00 |
| 5/04/06 | BH1 | Index document production (4.50); consolidate indices of document production (.50) | 5.00 |
| 5/04/06 | DK | Update call with Capstone on financial Advisor meeting with FTI re sub con issues (.90) | .90 |
| 5/04/06 | AW2 | Index new sub con background materials from Debtor (.9) | .90 |
| 5/05/06 | TF1 | Review final draft of claims classification memo (.20); review Ad Hoc Trade Committee motion papers on Rule 2004 examinations (.20.); review new 5th Circuit decision on substantive consolidation (.20); review emails on Capstone contact with FTI (.10); review new court filing notices (.10); review new information received from Debtors (.10) | .90 |
| 5/05/06 | BH1 | Index document production (1.00); consolidate indices of document production (1.00); print and index emails for files (3.00) | 5.00 |
| 5/05/06 | DK | Various emails and TC with K. Ryan. T. Foudy and S. Reisman re hearing and objection deadline to 2004 Request of Ad Hoc Trade Committee (1.10) | 1.10 |
| 5/08/06 | TF1 | Review agenda for next omnibus hearing (.10); review emails on proposed in-person creditors' committee meeting (.10); review new information received from the Debtors (.30) | .50 |

Inv.# 1272702
September 13, 2006
Our Ref:        85920
                         190

Page    45

| | | | |
|---|---|---|---|
| 5/08/06 | DK | Review various emails and participate in conference call re settlement of sub con issues with Capstone and Paul Weiss (1.20) | 1.20 |
| 5/08/06 | AW2 | Read and review five boxes of materials received from Debtor (3.50); identify and categorize materials, noting which boxes contain materials previously received from Debtor (.20); add description of new materials to index of documents (1.80) | 5.50 |
| 5/09/06 | SJR | Review of substantive consolidation analysis prepared by Houlihan Lokey for third-parties in connection with negotiation with Trade Creditors and landlords on settlement (1.30); participate in conference call with counsel for Capital Research as well as representative of Lone Star regarding substantive consolidation strategy and discussions related to settlement and plan of action regarding upcoming Committee Meeting (.60) | 1.90 |
| 5/09/06 | TF1 | Draft email to A. Wang re sub con settlement (.20) | .20 |
| 5/09/06 | DK | Various emails and office conf with A. Wang, and attention to Ad Hoc Trade Committee 2004 motion and Wilmington response to same (.80); review memorandum from S. Reisman re bondholder response to Ad Hoc Trade 2004 Motion and exhibits thereto (.40) | 1.20 |
| 5/09/06 | AW2 | Read and review emails and attachments re: Winn-Dixie substantive consolidation materials forwarded from Debtors, including sample weekly sales and margin reports, Debtors' omnibus objection to duplicate and superseded claims, and Note purchase agreement (3.40); categorize and add new materials to Index of Materials (2.80); read and review the Fresh Start Application and Order authorizing fresh-start accounting work (1.10); draft email to T. Foudy detailing Fresh Start approach to intercompany accounting (.70) | 8.00 |
| 5/10/06 | TF1 | T/c with Paul Weiss, client, Capstone & Lonestar to discuss settlement negotiations (.60) | .60 |
| 5/10/06 | BH1 | Save and organize merchandising contracts from CD to iManage (3.00) | 3.00 |
| 5/10/06 | DK | Revise Response of Wilmington Trust to Ad hoc | 1.40 |

Inv.# 1272702
September 13. 2006
Our Ref:          85920
                         190
Page      46

|          |     |                                                                                                                                                                                                                                                                                                                                                                                                                         |       |
|----------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
|          |     | trade motion for order authorizing 2004 examinations (1.00); review bondholder recovery scenario prepared by Capstone assuming post petition interest is paid (.40)                                                                                                                                                                                                                                                       |       |
| 5/10/06  | AW2 | Read and review materials received from Debtor including 180 supply contracts (3.50); meet with B. Huang to direct printing of supply contracts from CD-ROM (.20); draft Response to Ad-Hoc Trade Committee's Motion for Rule 2004 Examinations and Production of Documents (4.40); speak with D. Karp re: Response to Ad-Hoc Trade Committee (.10)                                                                          | 8.20  |
| 5/11/06  | EL  | Scan email of motion for sub-con (.10); confer by emails w/ S. Reisman on organizing response (.20)                                                                                                                                                                                                                                                                                                                      | .30   |
| 5/11/06  | TF1 | Participate in creditors' committee call (1.6); review Winn-Dixie's updated business plan, Houlihan's updated substantive consolidation analysis & other materials distributed for creditors' committee call (.80)                                                                                                                                                                                                        | 2.40  |
| 5/11/06  | EG1 | Meet with B. Huang regarding CD-ROM project (1.00); index remaining documents for Winn-Dixie CD-ROM (1.80)                                                                                                                                                                                                                                                                                                               | 1.90  |
| 5/11/06  | BH1 | Save and rename merchandising contracts from CD to iManage (5.20); attend to reproduction of documents for A. Wang (.30);                                                                                                                                                                                                                                                                                                 | 5.50  |
| 5/11/06  | AW2 | Research and review documents received from Debtor (1.50; update Chart of Pros and Cons of Substantive Consolidation (2.30); review affidavits submitted in relation to employment contracts to determine subsidiaries' separateness (2.20); review presentations made at board meetings to determine whether strategy and function are company-wide or subsidiary-specific (1.20); review roadshow presentation to evaluate emphasis on guarantees and purchasers' dependence on such presentation (1.50) | 8.70  |
| 5/12/06  | TF1 | T/c with K. Crail on responding to substantive consolidation motion (.50); in-office team meeting on responding to substantive consolidation motion (.50); t/c with M. Moscato on responding to substantive consolidation motion & background information (.50); review & draft emails on substantive consolidation motion & responding thereto (.50)                                                                       | 2.00  |

Inv.# 1272702
September 13, 2006
Our Ref:          85920
                          190

Page     47

| Date | Init. | Description | Hours |
|---|---|---|---|
| 5/12/06 | AT1 | Telephone call with M. Moscato and D. Marcus re: opposition to substantive consolidation, obtain form oppositions and draft email to M. Moscato and D. Marcus re: same (.80) | .80 |
| 5/12/06 | SDF | Meet with M. Moscato and D. Marcus regarding consolidation motion (.50); meet with M. Moscato, T. Foudy, J. Walsh, D. Marcus, P. Behmke and A. Wang regarding same (.50) | 1.00 |
| 5/12/06 | MJM | T/cs with E. Lauer re subcon issues (.50); discussions with A. Wang and P. Behmke re same (.50); various activities re assembling a "team" to respond to trade creditors subcon motion and discovery issues, and discussed such issues with J. Walsh, S. Fischer, D. Marcus, P. Behmke, and A. Wang (2.00); review memos of law and other background materials re subcon (2.00); t/cs with D. Karp (.20); t/cs with T. Foudy (.30); conduct "team" meeting with T. Foudy, et al. (.50) | 6.00 |
| 5/12/06 | JJW | Conference with M. Moscato and P. Behmke re substantive consolidation (1.20); review motion of Ad Hoc Trade Committee for substantive consolidation (.50); review T. Foudy memo re substantive consolidation (1.20); review A. Wang memo re East Group and Owens Corning cases on substantive consolidation (.50) | 3.40 |
| 5/12/06 | DM2 | Review trade creditors substantive consolidation brief and supporting papers (1.10); review case law re: sub con. as per M. Moscato (3.00) | 4.10 |
| 5/12/06 | PJB | Meet w/ M. Moscato re: background of case and subcon issue (.50); meet w/ T. Foudy, M. Moscato, and CMP litigation team re: motion for subcon (1.20); read memoranda and briefs re: subcon (1.00) | 2.70 |
| 5/12/06 | EG1 | Index documents from Winn-Dixie CD-ROM (1.20) | 1.20 |
| 5/12/06 | BH1 | Search for certain documents for A. Wang (.60); attend to reproduction of CD for A. Wang (.20); save and rename merchandising contracts from CD to iManage (.20); compile all emails and attachments for binder creation for A. Wang (1.50); index emails and attachments (1.00); discuss matter with J. Schwartz (.50) | 4.00 |

Inv.# 1272702
September 13, 2006
Our Ref:          85920
                  190
Page      48

| 5/12/06 | KR2 | Review docket with M. Moscato re Ad Hoc Committee's Motion for Substantive Consolidation (.30); pull pleadings re same (.20); review same pleadings with M. Moscato (.30) | .80 |
| 5/12/06 | DK | Review Motion to substantively consolidate Debtors Estates As file by the Ad Hoc Committee of trade creditors including briefs and affidavits filed with Motion (2.30); conversations with M. Moscato re same (.20); review of comprehensive internal memorandum on 11th circuit substantive consolidation standards and factual data in light of Motion (3.30) | 5.70 |
| 5/12/06 | AW2 | Meet with M. Moscato for introduction to case (.30); print and review materials for M. Moscato to review (.20); meet with J. Walsh, S. Fischer and M. Moscato to discuss progress of discovery request (.40); read and review Motion and Affidavit of Trade Committee supporting substantive consolidation (.60); draft preliminary discovery request directed at Debtors (3.20); meet with M. Moscato, T. Foudy, J. Walsh, S. Fischer and P. Behmke re: division of tasks (1.10) | 5.80 |
| 5/13/06 | AT1 | Review email correspondence from J. Katsanos re: substantive consolidation research and draft email to M. Moscato and D. Marcus re: substantive consolidation (.30) | .30 |
| 5/13/06 | MJM | Draft emails to team members re subcon issues (.60); discussion with T. Foudy re subcon issues (.40); review background materials re subcon issues (1.00) | 2.00 |
| 5/13/06 | AW2 | Draft Discovery Request for the Production of Documents (1.20); draft Interrogatory Request directed at Debtor (1.10); draft 7030(b)(6) Notice of Deposition (1.20) | 3.50 |
| 5/14/06 | SDF | Review memoranda from T. Foudy and A. Wang detailing legal standards for substantive consolidation and its potential application to Winn-Dixie (2.00) | 2.00 |
| 5/14/06 | MJM | Review cases and law review article re subcon (1.50); emails and t/c with P. Behmke re subcon opposition (.50); prepare for Monday's team meeting (sending emails and identifying issues to | 2.50 |

Inv.# 1272702
September 13. 2006
Our Ref:      85920
                190
Page    49

|  |  | discuss) (.50) |  |
|---|---|---|---|
| 5/14/06 | DM2 | Review affidavit submitted by ad hoc committee's expert in support of sub con (.60); complete review brief of ad hoc committee brief and outline arguments in opposition to (1.00) | 1.60 |
| 5/14/06 | PJB | Read motion for subcon and opposition in Owens Corning case (1.00); read T. Foudy memo re: subcon (.40); read motion for subcon and accompanying affidavit (.60); write outline for opposition brief (1.50); draft Eastgroup analysis portion of opposition brief (4.50) | 7.80 |
| 5/15/06 | SJR | Participate in meeting with CMP litigation team to discuss strategy related to Motion to substantively consolidate including discovery requests, requests for adjournment of hearing and preparation of responsive pleadings and discussion of issues related to same (1.80); follow-up discussions with J. Borow of Capstone regarding same (.30); follow-up discussions with T. Foudy of CMP regarding involving other Noteholders and telephone calls to same (.20) | 2.30 |
| 5/15/06 | EL | Revise letter to Debtors requesting discovery (.20); confer with T. Foudy on status of research and drafting & direct same (.80) | 1.00 |
| 5/15/06 | TF1 | Meeting with CMP Litigation Team (M. Moscato, T. Foudy, J. Walsh, D. Marcus, S. Fischer, P. Behmke A. Wang, J. Schwartz) , S. Reisman, D. Karp, J. Borow) Capstone and Berger Singerman (part of meeting via telephone) to discuss strategy regarding Wilmington Trust Company's response to Ad Hoc Committee of Trade Creditor's Motion to Substantively Consolidate the Debtors' Estates (2.90); meet with E. Lauer, M. Moscato & J. Walsh to discuss letter to Ad Hoc Trade Committee Counsel & discovery schedule (.60); meet with J. Walsh & S. Fischer on Rule 56(f) motion (.20) | 3.70 |
| 5/15/06 | AT1 | Confer with S. Fischer re: procedural posture of substantive consolidation issue and application of Federal Rules of Bankruptcy Procedure to same (.30) | .30 |
| 5/15/06 | SDF | Meet with CMP Litigation Team (M. Moscato, T. Foudy, J. Walsh, D. Marcus, P. Behmke, A. Wang, J. Schwartz), S. Reisman, D. Karp, J. Borow, and | 11.40 |

Inv.# 1272702
September 13, 2006
Our Ref:        85920
                190
Page    50

Paul Singerman (via telephone) to discuss
strategy regarding Wilmington Trust Co.'s
response to Ad Hoc Committee of Trade Creditors'
Motion to Substantively Consolidate Debtors'
Estates (2.90); meet with CMP Litigation Team to
discuss assigning tasks relating to strategy
(.90); review Ad Hoc Committee Motion and
Affidavit of F. Reiss for the purpose of drafting
discovery requests and preparing a motion for a
continuance (4.00); conduct research regarding
substantive consolidation (1.80); telephone
conference with B. Rich (.10); begin drafting
continuance motion (1.70)

| Date | Init. | Description | Hours |
|---|---|---|---|
| 5/15/06 | MJM | Review emails for P. Behmke and D. Marcus and sent emails to J. Walsh and D. Marcus re subcon issues (.30); meeting with J. Schwartz (paralegal) re subcon (.10); prepared for 9:00 am team meeting (1.00); meeting with CMP Litigation Team (M. Moscato T. Foudy, J. Walsh, D. Marcus, S. Fischer, P. Behmke, A. Wang, J. Schwartz, S. Reisman, D. Karp J. Borow) Capstone and Berger Singerman (part of meeting via telephone) to discuss strategy regarding Wilmington Trust Company's response to Ad Hoc Committee of Trade Creditor's Motion to Substantively Consolidate the Debtor's Estates (2.90); follow-up meeting with J. Walsh, S. Fischer, P. Behmke, and A. Wang to plan opposition brief and discovery requests in response to Ad Hoc Committee's subcon motion (.90); meeting with J. Walsh re letter for proposed discovery plan (.30); meeting with E. Lauer and J. Walsh re strategy for proposed discovery plan and hearing strategy (.50); review T. Foudy fact/law analysis re factors to assert to oppose subcon (1.00) | 7.00 |
| 5/15/06 | JJW | Meet with CMP Litigation Team (M. Moscato, T. Foudy, J. Walsh, D. Marcus, S. Fischer, P. Behmke A. Wang, J. Schwartz) , S. Reisman, D. Karp, J. Borow) Capstone and Berger Singerman (part of meeting  via telephone) to discuss strategy regarding Wilmington Trust Company's  response to Ad Hoc Committee of Trade Creditor's Motion to Substantively Consolidate the Debtors' Estates (2.90); review motion of Ad Hoc Trade Committee for substantive consolidation (1.10); conference with M. Moscato, S. Fischer and A. Wang re opposition to motion and discovery needed (.90); prepare discovery requests to Debtor, Trade | 10.70 |

Inv.# 1272702
September 13, 2006
Our Ref:          85920
                  190

Page    51

|  |  |  |  |
|---|---|---|---|
|  |  | Committee and third parties on substantive consolidation (1.80); conference with E. Lauer, T. Foudy and M. Moscato re opposition to substantive consolidation (.50); review affidavit of Freddie Reiss to prepare discovery requests (1.50); conference with S. Fischer and T. Foudy re motion for adjournment and discovery (.50); prepare letter to counsel for Ad Hoc Trade Committee requesting adjournment and discovery (1.50) |  |
| 5/15/06 | DM2 | Meeting with CMP Litigation Team (M. Moscato, T. Foudy, J. Walsh, D. Marcus, S. Fischer, P. Behmke A. Wang, J. Schwartz) , S. Reisman, D. Karp, J. Borow) Capstone and Berger Singerman (part of meeting via telephone) to discuss strategy regarding Wilmington Trust Company's response to Ad Hoc Committee of Trade Creditor's Motion to Substantively Consolidate the Debtors' Estates (2.90); review indenture for use in opposition brief (1.30); discuss brief outline with P. Behmke (.40) | 4.60 |
| 5/15/06 | PJB | Meet with CMP Litigation Team (M. Moscato, T. Foudy, J. Walsh, D. Marcus, S. Fischer, A. Wang, J. Schwartz) , S. Reisman, D. Karp, J. Borow) Capstone and Berger Singerman (part of meeting via telephone) to discuss strategy regarding Wilmington Trust Company's response to Ad Hoc Committee of Trade Creditor's Motion to Substantively Consolidate the Debtors' Estates (2.90); meet w/ CMP litigation team re: briefing strategy for opposition to subcon motion (1.00); read Owens Corning briefs and case law re: subcon (2.60); draft opposition to subcon motion (5.00); meet w/ A. Wang re: same (.50) | 12.00 |
| 5/15/06 | JS4 | Meeting with CMP Litigation Team (M. Moscato, T. Foudy, J. Walsh, S. Fischer, D. Marcus, P. Behmke A. Wang, J. Schwartz) , S. Reisman, D. Karp, J. Borow, Capstone and Berger Singerman (part of meeting via telephone) to discuss strategy regarding Wilmington Trust Company's response to Ad Hoc Committee of Trade Creditor's Motion to Substantively Consolidate the Debtors' Estates (2.90); review Winn-Dixie supplier contracts for language relating to the corporate structure of the company at the request of A. Wang (4.10) | 7.00 |
| 5/15/06 | DK | Prepare for CMP and Capstone meeting re | 8.70 |

Inv.# 1272702
September 13, 2006
Our Ref:        85920
                190
Page    52

|  |  |  |  |
|---|---|---|---|
|  |  | substantive consolidation by reviewing work product prepared in connection with sub con analysis (1.50); meet with CMP Litigation Team, Capstone and Berger Singerman (part of meeting via telephone) to review Wilmington response to Ad Hoc Trade Committees Motion to substantively consolidate the Debtors Estates (2.90); respond to various issue with CMP litigation team relating to classification of claims and update of research with respect to risk of separate classification of claims by Debtors (4.30) |  |
| 5/15/06 | AW2 | Research and review case law re: whether substantive consolidation is brought by motion process or adversary proceeding in the Eleventh Circuit (1.10); meet with CMP litigation team (M. Moscato, J. Walsh, S. Fischer, A. Wang, T. Foudy, P. Behmke), Capstone (J. Borow), CMP Bankruptcy team (S. Reisman, D. Karp) and Berger Singerman (via telephone) to discuss strategy re: Wilmington Trust Company's response to Ad Hoc Trade Committee's Motion to Substantively Consolidate Debtor's Estates (2.90); review Owens Corning briefs (1.50); draft Response to Motion for Substantive Consolidation (4.00); meet with M. Moscato, P. Behmke, J. Walsh and S. Fischer to discuss response to substantive consolidation motion as well as division of tasks (.90); add items to discovery request (.60) | 11.00 |
| 5/16/06 | EL | Review emails & status of sub con settlement (.20); confer with T. Foudy on holding up sub-con work until further notice (.10) | .30 |
| 5/16/06 | TF1 | T/c with K. Cornish of Paul Weiss on responding to substantive consolidation motion (.10); meeting with J. Walsh & M. Moscato on response to substantive consolidation motion (.10); t/c with Capstone's J. Borow on response to substantive consolidation motion & settlement discussions (.20); review of substantive consolidation papers filed by ad hoc trade committee (1.00) | 1.40 |
| 5/16/06 | SDF | Research on substantive consolidation for purposes of drafting motion for continuance (1.80); continue drafting motion for continuance (7.70); meet with M. Moscato and J. Walsh regarding motion for continuance (.30); telephone conference with B. Rich regarding motion for continuance (.10) | 9.90 |

Inv.# 1272702
September 13. 2006
Our Ref:        85920
                    190

Page    53

| 5/16/06 | MJM | Meeting with J. Walsh and P. Behmke re draft of opposition to substantive consolidation motion (.80); meeting with A. Wang to discuss case progress and findings re F. Reiss (.30); attention to directing J. Walsh. S. Fischer, and A. Wang in their tasks (.50); attention to discovery issues/strategy raised by substantive consolidation motion (.70); meeting with T. Foudy and J. Walsh to discuss response to substantive consolidation motion (.10); review movant's papers re substantive consolidation motion and reviewed case law re same in order to direct drafting of opposition papers (1.10); meeting with J. Walsh and S. Fischer re motion for continuance (.30) | 3.80 |
| 5/16/06 | JJW | Review and revise discovery requests to Debtor. Trade Committee and third parties on substantive consolidation (1.50); conference with E. Lauer re opposition to substantive consolidation (.50); review affidavit of Freddie Reiss to prepare discovery requests (.20); conference with local counsel re discovery requests (.20); conference with S. Reisman re opposition to substantive consolidation motion (.20) | 2.60 |
| 5/16/06 | PJB | Draft/revise opposition to subcon brief (7.00); meeting w/ M. Moscato and J. Walsh re: same (.80); meeting w/ A. Wang re: same (.50) | 8.50 |
| 5/16/06 | AW2 | Research and review F. Reiss' prior testimony and declarations regarding substantive consolidation (2.10); draft Response to Motion for Substantive Consolidation. (7.50); meet with P. Behmke to discuss division of labor (.20); meet with M. Moscato to discuss case progress and findings re: F. Reiss (.30) | 10.10 |
| 5/18/06 | EL | Confer with S. Reisman. T. Foudy and J. Walsh re: status and timing to restart work on sub-con (.30) | .30 |
| 5/18/06 | TF1 | Review correspondence on substantive consolidation settlement (.30) | .30 |
| 5/19/06 | DK | Review sub con settlement presentation by capstone (.40); review various emails from milbank and capstone re sub con settlement (.30); review Settlement Term Sheet as distributed by Milbank and draft correspondence to S. Reisman | 2.40 |

Inv.# 1272702
September 13, 2006
Our Ref:        85920
                190

Page    54

|  |  | and T. Foudy re comments to the term sheet (1.20); conf call with Paul Weiss and Capstone and draft summary of same (.50) |  |
|---|---|---|---|
| 5/24/06 | TF1 | Draft correspondence on responding to ad hoc trade committee motion for 2004 examinations (.10); review draft response to ad hoc trade committee motion for 2004 examination (.10) | .20 |
| 5/24/06 | DK | Tc with B. Cox counsel to Wachovia DIP lenders re 2004 motion (.40) tc M. Moscato 2004 Examinations (.10); review T. Foudy emails re same (.20) | .70 |
| 5/31/06 | TF1 | Review new material received from debtors on substantive consolidation issue (.60) | .60 |
| 6/01/06 | TF1 | Review agenda & materials provided for creditors' committee call (.20); review settlement numbers powerpoint for talks with retirees presented by Capstone (.20); review agenda for omnibus hearing (.10); participate in creditors' committee call (1.60) | 2.10 |
| 6/06/06 | TF1 | Review new settlement chart numbers received from Capstone (.10); review new business plan presented by company (.20) | .30 |
| 6/06/06 | BH1 | Collect and organize sub con background files to give to J. Schwartz (.20) | .20 |
| 6/07/06 | TF1 | Conference call of Ad Hoc Trade Committee's meeting with Creditors' Committee concerning sub con settlement (1.40) | 1.40 |
| 6/13/06 | SJR | Review of draft response of Debtors and draft response of Creditors' Committee opposing substantive consolidation and discovery requests and review of Wilmington Trust joinder regarding same (1.10) | 1.10 |
| 6/15/06 | TF1 | Travel to Jacksonville for court hearing on rule 2004 examinations and plan issues (3.50); attend court hearing (.70); return travel from Jacksonsville (3.50) | 7.70 |
| 6/16/06 | TF1 | Draft report to clients on settlement and hearing before judge on substantive consolidation motion (.30) | .30 |
| 6/21/06 | JS4 | Gather legal memoranda re:  substantive | .70 |

Inv.# 1272702
September 13. 2006
Our Ref:        85920
                      190

Page      55

consolidation at the request of D. Karp (.70)

6/22/06   JS4   Assemble and distribute binder of legal memoranda          .50
                at the request of D. Karp (.50)

7/18/06   JB3   Organization of documents, correspondence, and            2.40
                materials related to Winn-Dixie Substantive
                Consolidation as requested by S. Reisman (2.40)


        TOTAL HOURS                                      1,284.00


   SUMMARY OF SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Eliot Lauer | 28.90 | 700.00 | 20,230.00 |
| Steven J. Reisman | 48.10 | 650.00 | 31,265.00 |
| Lynn P. Harrison | 10.80 | 595.00 | 6,426.00 |
| Michael J. Moscato | 21.30 | 595.00 | 12,673.50 |
| Theresa Foudy | 168.10 | 540.00 | 90,774.00 |
| Jonathan J. Walsh | 16.70 | 495.00 | 8,266.50 |
| Scott D. Fischer | 24.30 | 460.00 | 11,178.00 |
| David Karp | 184.60 | 430.00 | 79,378.00 |
| Joseph F. Clyne | .80 | 400.00 | 320.00 |
| Dan Marcus | 10.30 | 395.00 | 4,068.50 |
| John Katsanos | 2.10 | 395.00 | 829.50 |
| Andrew Thau | 1.80 | 320.00 | 576.00 |
| Peter J. Behmke | 82.50 | 285.00 | 23,512.50 |
| Anting Wang | 444.30 | 240.00 | 106,632.00 |
| Ashley Becker | 50.40 | 150.00 | 7,560.00 |
| Ashley Levi | 14.10 | 150.00 | 2,115.00 |
| Elizabeth Garcia | 49.50 | 150.00 | 7,425.00 |
| Jennifer Schwartz | 55.40 | 150.00 | 8,310.00 |
| Kathryn Ryan | 11.50 | 150.00 | 1,725.00 |
| Belinda Huang | 56.10 | 140.00 | 7,854.00 |
| Jude Barucha | 2.40 | 130.00 | 312.00 |

                          1,284.00                    $ 431,430.50

        TOTAL SERVICES                              $ 431,430.50

Inv.# 1272702
September 13, 2006
Our Ref:        85920
                190

Page    56

| | |
|---|---:|
| Printing/Duplicating-Outside | 992.41 |
| Courier Service | 159.16 |
| Misc Court Fees | 15.00 |
| Binding In-House | 108.00 |
| Long Distance Telephone | 86.17 |
| Local Transportation | 1,612.44 |
| Duplicating | 6,835.20 |
| Pacer - ECF | 196.40 |
| Lexis/Westlaw | 1,435.27 |
| Word Processing | 5,394.66 |
| Meals Expense | 653.91 |

TOTAL EXPENSES                    $ 17,488.62

**TOTAL THIS INVOICE**            **$ 448,919.12**

# CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

ATTORNEYS AND COUNSELORS AT LAW

101 PARK AVENUE
NEW YORK, NY 10178
TELEPHONE (212) 696-6000

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT.

Payment Instructions:

Wire Funds to - Bank:              Citibank
                ABA Routing #:    021000089
                F/B/O:            Curtis Mallet-Prevost Colt & Mosle LLP
                                  Account# 40585074

Mail Checks to - Curtis, Mallet-Prevost, Colt & Mosle LLP
                 General Post Office
                 P.O. Box 27930
                 New York, NY 10087-7930


                 Wilmington Trust FSB
                 Inv.# 1272702

                 Total Services              $ 431,430.50
                 Total Expenses              $  17,488.62

                 **TOTAL THIS INVOICE**      $  448,919.12


                 **BALANCE DUE**             $  448,919.12



Federal & New York State
Identification Number 13-5018900

This statement is payable when rendered,
in U.S. Dollars.

## WINN-DIXIE SUBSTANTIVE CONSOLIDATION
## MATTER NO. 190

| NAME | RATE | HOURS | AMOUNT |
|------|------|-------|--------|
| **PARTNERS** | | | |
| Theresa Foudy | $ 570.00 | 4.10 | $ 2,337.00 |
| Theresa Foudy[2] | 570.00 | 1.50 | 810.00 |
| | | | |
| **TOTAL PARTNERS** | | **5.60** | **$ 3,147.00** |
| | | | |
| **PARAPROFESSIONALS** | | | |
| Jennifer Schwartz | $ 150.00 | .70 | $ 105.00 |
| | | | |
| **TOTAL PARAPROFESSIONALS** | | **.70** | **$ 105.00** |
| | | | |
| **TOTAL** | | **6.30** | **$ 3,252.00** |

---

[2] Due to an error, 1.50 hours of time billed by Theresa Foudy in August 2006 was not invoiced until September 2006. In accordance with CMP's normal billing practices, Theresa Foudy's rate was increased from $540 to $570 per billable hour on September 1, 2006. Thus, the 1.50 hours incurred in August 2006, but billed in September 2006, are billed at the lower rate that was applicable as of August 2006.

## CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTORNEYS AND COUNSELORS AT LAW

101 PARK AVENUE
NEW YORK, NY 10178
TELEPHONE (212) 696-6000

October 23, 2006

Wilmington Trust FSB
520 Madison Avenue
33rd Floor
New York, NY  10022

Inv.# 1281517
Our Ref.#      85920
                       190
                       SJR

Attn: Steven Cimalore

Re: **Winn-Dixie Substantive Consolidation**

---

| | | | |
|---|---|---|---|
| 8/01/06 | TF1 | Review of new red-lined versions of disclosure statement & plan (.60); t/c with creditors' committee to discuss tail insurance (.50) | 1.10 |
| 8/02/06 | JS4 | Compile P. Behmke substantive consolidation files for delivery (.70) | .70 |
| 8/07/06 | TF1 | Review court order approving disclosure statement (.10); review court order establishing voting procedures & dates for plan confirmation hearing & objections (.30) | .40 |
| 9/05/06 | TF1 | Review court filings for past two weeks re case status and confirmation (.30) | .30 |
| 9/07/06 | TF1 | Review negative solicitation letters & company response (.10) | .10 |
| 9/12/06 | TF1 | T/c with S. Reisman on preparing for confirmation hearing in light of landlord objections (.20); review disclosure hearing transcript (.80); review final version of disclosure statement & plan (1.00) | 2.00 |
| 9/13/06 | TF1 | Conference call with S. Cimalore, S. Reisman & Capstone re Landlords objections to confirmation (.50); forward materials relevant to landlords' objections to Capstone (.10); in-office conference with S. Reisman on strategy re confirmation (.10) | .70 |

Inv.# 1281517
October 23, 2006
Our Ref:          85920
                          190

Page      2

| | | | | |
|---|---|---|---|---|
| 9/14/06 | TF1 | Creditors' committee call (.50); post-creditors' committee call with Paul Weiss & Capstone to discuss landlords' objections to sub con settlement (.30) | | .80 |
| 9/25/06 | TF1 | Review letter from Deutsche Bank & New Plan in support of Plan of Reorganization (.20) | | .20 |

TOTAL HOURS                                6.30

### SUMMARY OF SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Theresa Foudy | 4.10 | 570.00 | 2,337.00 |
| Theresa Foudy | 1.50 | 540.00 | 810.00 |
| Jennifer Schwartz | .70 | 150.00 | 105.00 |
| | 6.30 | | $ 3,252.00 |

TOTAL SERVICES                                $ 3,252.00

| | |
|---|---|
| Lexis/Westlaw | 204.41 |
| Word Processing | 68.42 |

TOTAL EXPENSES                                $ 272.83

**TOTAL THIS INVOICE**                                **$ 3,524.83**

## CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

ATTORNEYS AND COUNSELORS AT LAW

101 PARK AVENUE
NEW YORK, NY 10178
TELEPHONE (212) 696-6000

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT.

Payment Instructions:

    Wire Funds to -  Bank:           Citibank
                     ABA Routing #:  021000089
                     F/B/O:          Curtis Mallet-Prevost Colt & Mosle LLP
                                     Account# 40585074

    Mail Checks to - Curtis, Mallet-Prevost, Colt & Mosle LLP
                     General Post Office
                     P.O. Box 27930
                     New York, NY 10087-7930


                     Wilmington Trust FSB
                     Inv.# 1281517

                     Total Services          $ 3,252.00
                     Total Expenses          $   272.83

                     **TOTAL THIS INVOICE**     $  3,524.83


                     **BALANCE DUE**            $  3,524.83


Federal & New York State
Identification Number 13-5018900

This statement is payable when rendered,
in U.S. Dollars.

BERGER SINGERMAN, P.A.

BERGER SINGERMAN, P.A.
ATTORNEYS AT LAW
350 EAST LAS OLAS BOULEVARD, SUITE 1000
FORT LAUDERDALE FLORIDA 33301
Telephone (954) 525-9900
Telecopy (954) 523-2872
FID # 59-2725802

Wilmington Trust Company
1100 North Market Street
Rodney Square North
Wilmington, DE 19890

Attn: Steven M. Cimalore

Indenture Trustee of 87/8% Senior Notes of Winn-Dixie Stores, Inc.

Professional Services Rendered with Respect to Substantive Consolidation:

12/1/05:    (AJS) Exchange e-mail correspondence with D. Karp regarding substantive consolidation issue  0.2

1/11/06:    (AJS) Exchange e-mail correspondence with S. Reisman regarding substantive consolidation issue  0.2

2/16/06:    (AJS) Review lengthy memo on substantive consolidation    1.0

2/16/06:    (AJS) Attend (telephonically) meeting of substantive consolidation subcommittee  4.0

3/9/06:    (AJS) Review correspondence from D. Karp to D.J. Baker regarding substantive consolidation discovery  0.2

3/10/06:    (PSS) Telephone conference with Curtis Mallet regarding status and strategy and substantive consolidation and plan litigation   0.9

3/10/06:    (AJS) Review correspondence from S. McDonald regarding substantive consolidation discovery  0.1

3/16/06:    (AJS) Review Houlihan Lokey extensive follow-up report on substantive consolidation issue  0.4

3/20/06:    (AJS) Review updated chart on substantive consolidation effects   0.1

4/3/06:    (PSS) Memo to co-counsel and call with co-counsel regarding status and strategy regarding substantive consolidation  0.7

330077182

4/3/06:      (AJS) Conference call with S. Reisman, T. Foudy and P. Singerman regarding substantive consolidation issues  0.4

4/21/06:     (AJS) Review correspondence from M. Comerford and update on substantive consolidation analysis  0.2

4/24/06      (AJS) Review correspondence from B. Meyer and Review correspondence from J. Scherer regarding changes in analysis of effects of substantive consolidation  0.1

5/1/06       (AJS) Review correspondence from M. Comerford and application for Rule 2004 exam regarding substantive consolidation  0.3

5/11/06      (PSS) Memos from to committee counsel regarding ad hoc committee substantive consolidation motion; review motion; memo from S. Reisman re same and committee meeting  0.4

5/15/06      (PSS) Memo from/to S. Reisman regarding substantive consolidation strategy; telephone conference with co-counsel  0.6

5/19/06      (PSS) Memos from/to committee counsel regarding status and substantive consolidation settlement terms; memos from/to S. Reisman  0.6

5/19/06      (AJS) Review correspondence from M. Comerford and term sheet of substantive consolidation settlement  0.4

5/22/06      (AJS) Review correspondence from M. Comerford and revised term sheet on substantive consolidation settlement  0.2

5/24/06      (PSS) Memos from/to committee counsel and S. Reisman regarding substantive consolidation and status  0.4

5/25/06      (AJS) Review correspondence from M. Comerford and report of Houlihan Lokey to debtor on substantive consolidation settlement  0.8

5/31/06      (AJS) Review correspondence from M. Barr regarding ad hoc committee's motion for substantive consolidation and hearing status  0.1

6/13/06      (AJS) Review correspondence (2) from M. Comerford with responses and joinders to ad hoc committee's motion for substantive consolidation and review correspondence from S. Reisman and M. Barr regarding same  1.20

6/15/06      (BGR) Attend hearing on substantive consolidation issues  2.80

Abbreviations:

"PSS"     Paul Steven Singerman
"AJS"     Arthur J. Spector
"BGR"     Brian G. Rich

| Attorney | Hours | Billing Rate | Total |
|----------|-------|--------------|-------|
| Paul Steven Singerman | 3.6 | 450 | $1,620.00 |
| Arthur J. Spector | 9.7 | 425 | $4,112.50 |
|  | 0.2 | 410 | $   82.00 |
| Brian G. Rich | 2.8 | 345 | $  966.00 |
| **Total** | **16.3** |  | **$6,790.50** |

**FRANK/GECKER LLP**

Bottling Group, LLC d/b/a The Pepsi Bottling Group

Invoice Dated   May 26, 2006

Regarding:   Winn-Dixie Stores, Inc.

Invoice #.   1786

For Professional Services Rendered Through April 30, 2006
Per Attached Description

| | Hours | Amount |
|---|---|---|
| | 0.40 | $200.00 |
| 4/4/2006 Telephone conference with Michael Bevilacqua regarding preparation for Chicago Committee meeting<br>Joseph D. Frank | | |
| Review and analyze Houlihan Lokey analysis and Milbank analysis regarding substantive consolidation and correspondence between Pepsi and Winn-Dixie<br>Frances Gecker | 2.50 | $1,250.00 |
| 4/7/2006 Review case law and Houlihan Lokey methodology regarding substantive consolidation; review bond prospectus and Winn-Dixie 10Q<br>Frances Gecker | 2.50 | $1,250.00 |
| Telephone conferences with Mike Bevilacqua and others in preparation for meeting regarding Winn-Dixie Stores plan structure, prepared for same<br>Joseph D. Frank | 0.90 | $450.00 |
| Telephone conference with Michael Bevilacqua and Sandra Charmaine (Kraft) regarding substantive consolidation issues with bondholders<br>Frances Gecker | 0.50 | $250.00 |
| Telephone conference with counsel to Ad Hoc Committee regarding substantive consolidation issues<br>Frances Gecker | 0.50 | $250.00 |
| 4/10/2006 Prepare for and attend subcommittee meeting regarding substantive consolidation.<br>Frances Gecker | 7.00 | $3,500.00 |
| 4/12/2006 Telephone conference with bondholders regarding substantive consolidation<br>Frances Gecker | 1.00 | $500.00 |
| Telephone conference with bondholders regarding due diligence review<br>Frances Gecker | 0.50 | $250.00 |
| Telephone conference with Michael Bevilacqua regarding review by independent financial consultants<br>Frances Gecker | 0.20 | $100.00 |
| Telephone conference with trade members regarding substantive consolidation<br>Frances Gecker | 0.50 | $250.00 |

Page  11

Bottling Group, LLC d/b/a The Pepsi Bottling Group

Invoice Dated   May 26, 2006

Regarding:   Winn-Dixie Stores, Inc.

Invoice #   1786

For Professional Services Rendered Through April 30, 2006

Per Attached Description

|  |  | Hours | Amount |
|---|---|---|---|
|  |  | 0.30 | $150.00 |
| 4/13/2006 | Telephone conference with Michael Bevilacqua regarding substantive consolidation issues | | |
|  | Frances Gecker | | |
|  |  | 0.30 | $150.00 |
| 4/17/2006 | Telephone conference with Kraft and Michael Bevilacqua regarding substantive consolidation and ad hoc committee | | |
|  | Frances Gecker | | |
|  |  | 0.40 | $200.00 |
| 4/18/2006 | Review letter from Jan Duban, telephone conference with Jan Dubn and Michael Bevilacqua regarding Jan Duban letter to bondholders | | |
|  | Frances Gecker | | |
|  |  | 17.50 | $8,750.00 |

Total Charges This Matter

Page   12

Bottling Group, LLC d/b/a The Pepsi Bottling Group

Invoice Dated   May 26, 2006

Regarding:    Winn-Dixie Stores, Inc.

Invoice #    1766

For Professional Services Rendered Through April 30, 2006
Per Attached Description

| | Hours | Amount |
|---|---|---|
| | | $8,750.00 |

| Timekeeper Summary | | Hours | Rate | Amount |
|---|---|---|---|---|
| Name | | 16.20 | 500.00 | $8,100.00 |
| Frances Gecker | | 1.30 | 500.00 | $650.00 |
| Joseph D. Frank | | | | |
| | | 17.50 | | $8,750.00 |

Bottling Group  LLC d/b/a The Pepsi Bottling Group

Page    6

Invoice Dated    June 26  2006

---

Regarding:    Winn-Dixie Stores, Inc.

For Professional Services Rendered Through May 31, 2006    Invoice #    1838

Per Attached Description:

| | Hours | Amount |
|---|---|---|
| 5/4/2006 Telephone conference with Michael Bevilacqua and review of material regarding Winn-Dixie Stores substantive consolidation<br>Joseph D  Frank | 0 30 | $150 00 |
| 5/5/2006<br><br>Joseph D  Frank | 0 30 | $150 00 |
| Total Charges This Matter | 0 60 | $300 00 |

Bottling Group, LLC d/b/a The Pepsi Bottling Group

Page   7

Invoice Dated:   June 26, 2006

---

Regarding:    Winn-Dixie Stores, Inc.

Invoice #:   1838

For Professional Services Rendered Through May 31, 2006
Per Attached Description

| | Hours | Amount |
|---|---|---|
| | | $300.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Name | | | |
| Joseph D. Frank | 0.60 | 500.00 | $300.00 |
| | 0.60 | | $300.00 |

IMPERIAL CAPTIAL LLC

 **Imperial Capital, LLC**

150 SOUTH RODEO DRIVE, SUITE 100  BEVERLY HILLS, CA 90212
310-246-3700  800-929-2299 FAX 310-246-3794

September 12, 2006

Winn Dixie
C/O Dennis Drebsky
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022

Dear Mr. Drebsky;

Per the terms of our agreement with Nixon Peabody LLP, we are requesting payment for our Advisory fee. Below is a summary of the services and amount due as of the date of this invoice:

      Advisory Fee                          $ 100,000.00

As advisors to counsel for the landlord representatives of the Official Committee of Unsecured Creditors ("Landlord Representatives"), Imperial Capital, LLC ("IC") performed the following services and analyses:

(i) analysis of the Company's proposal regarding the Restructuring.
(ii) preparation of a report for the Landlord Representatives with IC's evaluation of the Restructuring proposal.
(iii) review of data, assumptions and financial modeling of the Official Committee professionals.
(iv) assist the Landlord Representatives in developing, evaluating and negotiating the terms of a settlement for the Restructuring.

Please remit payment by wire to the following account:

    **Bank of New York**
    **ABA ROUTING #021000018**
    **A/C 8900512385 PERSHING LLC**
    **FFC A/C: 7LU-891022 - IMPERIAL DISBURSEMENTS**
    **REF: WINN DIXIE**

If you have questions please feel free to give me a call at (310) 246-3749.

Sincerely,

Dan Guay
Controller

CAPSTONE ADVISORY GROUP LLC

# CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

FRANKFURT    MUSCAT
HOUSTON      PARIS
LONDON       STAMFORD
MEXICO CITY  WASHINGTON
MILAN

TELEPHONE 212-696-6000
FACSIMILE 212-697-1559
VOICE MAIL 212-696-6028
E-MAIL INFO@CM-P.COM
INTERNET WWW.CM-P.COM

WRITER'S DIRECT:
TELEPHONE 212-696-6065
E-MAIL SREISMAN@CM-P.COM

September 25, 2006

*VIA* E-MAIL: DJBAKER@SKADDEN.COM

D. J. Baker, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

　　　　Re:　*In re Winn-Dixie Stores, Inc., et al.*
　　　　　　　**Case No. 05-03817-3F1**
　　　　　　　**U.S. Bankruptcy Court, Middle District of Florida**
　　　　　　　**Capstone Fees and Expenses - Substantive Consolidation**

Dear Jan:

　　　　As you know, this Firm is counsel to Wilmington Trust Company ("Wilmington Trust"), as successor indenture trustee for $300,000,000 in outstanding principal amount of eight and seven-eighths percent ($8^{7}/_{8}\%$) unsecured senior notes due 2008 (the "Notes") issued by Winn-Dixie Stores, Inc. ("Winn-Dixie") under that certain Indenture, dated as of December 26, 2000, as amended and supplemented (the "Indenture").

　　　　Please find the enclosed fee statement dated September 18, 2006 from Capstone Advisory Group, LLC ("Capstone") with respect to services rendered in the amount of $404,780.50 and out-of-pocket and para-professional fees in the amount of $15,642.13 relating to the issue of substantive consolidation in the Winn-Dixie Chapter 11 cases. This Fee Statement is provided pursuant to Section 12.3 of the Debtors' Plan of Reorganization and is intended to provide sufficient information to support the fees and expenses incurred by Capstone.

　　　　My best.

　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　Steven J. Reisman

Enclosure

cc:　Steven M. Cimalore (w/enclosure, *Via* E-mail:　scimalore@wilmingtontrust.com)
　　　　(Wilmington Trust Company)
　　　Jay Borow (w/enclosure, *Via* E-mail:　jborow@wilmingtontrust.com)
　　　　(Capstone Advisory Group, LLC)

3145480v2



1065 Avenue of the Americas
New York, New York 10018
Telephone: (212) 782-1400
Facsimile:  (212) 782-1478

Steven Cimalore                                        September 18, 2006
Wilmington Trust Company
1100 North Market St.
Rodney Square North
Wilmington, DE 19890

Steven Reisman, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

### Re: Substantive Consolidation Professional Fees – February 2006 through September 2006

Dear Sirs:

In connection with Capstone Advisory Group, LLC's engagement to provide financial advisory services to the indenture trustee with respect to substantive consolidation and related matters, we are requesting compensation for the period from the inception of our engagement in February 2006 through September 18, 2006.  Our professional services for this period are $404,780.50 and out-of-pocket expenses and para-professional fees are $15,642.13.  Total requested compensation for this period is $420,422.63.  Below is a chart that details hours and fees by person by task to date.

| | J. Borow | K. Crail | T. Sell | P. Freyer | Total |
|---|---|---|---|---|---|
| Recovery Modeling – Deconsolidation | 18.3 | 50.6 | 147.9 | 61.5 | 278.3 |
| Settlement Negotiations | 53.6 | 103.8 | 85.1 | - | 242.5 |
| Interaction, calls and meetings with Creditors Committee | 34.4 | 54.2 | 23.3 | 12.5 | 124.4 |
| Substantive Consolidation | 27.8 | 61.3 | 14.0 | 2.0 | 105.1 |
| Interaction, calls and meetings with Counsel | 23.5 | 51.2 | 14.0 | 1.0 | 89.7 |
| Valuation analysis – Guarantors | 1.2 | 13.4 | - | 60.2 | 74.8 |
| Case Administration | 0.4 | 40.1 | 11.0 | 1.0 | 52.5 |
| Interaction, calls and meetings with Clients | 6.2 | 18.4 | 14.0 | - | 38.6 |
| Plan of Reorganization & Disclosure Statement | - | 2.5 | - | - | 2.5 |
| Total Hours | 165.4 | 395.4 | 309.3 | 138.2 | 1,008.3 |
| | | | | | |
| Billing Rate | $ 555 | $ 415 | $ 325 | $ 350 | |
| | | | | | |
| Recovery Modeling – Deconsolidation | $ 10,156.50 | $ 20,999.00 | $ 48,067.50 | $ 21,525.00 | $ 100,748.00 |
| Settlement Negotiations | 29,748.00 | 43,056.25 | 27,657.50 | - | 100,461.75 |
| Interaction, calls and meetings with Creditors Committee | 19,092.00 | 22,472.25 | 7,572.50 | 4,375.00 | 53,511.75 |
| Substantive Consolidation | 15,429.00 | 25,439.50 | 4,550.00 | 700.00 | 46,118.50 |
| Interaction, calls and meetings with Counsel | 13,042.50 | 21,248.00 | 4,550.00 | 350.00 | 39,190.50 |
| Valuation analysis – Guarantors | 666.00 | 5,561.00 | - | 21,070.00 | 27,297.00 |
| Case Administration | 222.00 | 16,641.50 | 3,575.00 | 350.00 | 20,788.50 |
| Interaction, calls and meetings with Clients | 3,441.00 | 7,636.00 | 4,550.00 | - | 15,627.00 |
| Plan of Reorganization & Disclosure Statement | - | 1,037.50 | - | - | 1,037.50 |
| Total Professional Fees | $ 91,797.00 | $ 164,091.00 | $ 100,522.50 | $ 48,370.00 | $ 404,780.50 |
| Expenses | | | | | 13,047.13 |
| Para-professional time | | | | | 2,595.00 |
| Total Fees | | | | | $ 420,422.63 |

## Description of Tasks

### Recovery Modeling – Deconsolidation
Time spent on this task totaled 278.3 hours and generated fees of $100,748.00. Most of the time was spent constructing and managing a legal entity recovery model that allowed our client to analyze various recovery scenarios, assuming the debtor legal entities were "deconsolidated". We also spent time working with Houlihan Lokey to reconcile Capstone's model results with Houlihan's.

### Settlement Negotiations
During the pendancy of this case, we spent 242.5 hours and generated fees of $100,461.75 participating in settlement negotiations. The major tasks involved preparing for and participating in the settlement discussions in Chicago. We also spent time analyzing various settlement proposals from other constituents.

### Interaction, calls, and meetings with Creditors Committee
We spent 124.4 hours and generated $53,511.75 in fees participating in various Creditor Committee activities, including regular, weekly meetings.

### Substantive Consolidation
Capstone spent 105.1 hours and generated fees of $46,118.50 on issues pertaining to Substantive Consolidation, primarily document review and conferences with Counsel and Debtor's financial advisor, X-Roads, concerning pertinent facts concerning substantive consolidation issues.

### Interaction, calls, and meetings with Counsel
We spent 89.7 hours at a cost of $39,190.50 preparing for and meeting with Curtis, Mallet-Prevost, Colt & Mosle LLP, and Paul, Weiss, Rifkind, Wharton & Garrison who represent the indenture trustee and bondholders in this case, respectively. Most of this time was spent disclosing our findings to counsel and assisting in the preparation for Creditor Committee calls.

### Valuation Analysis - Guarantors
Time spent on this task was 74.8 hours totaling $27,297.00 in fees related to creating a four-wall store cash flow analysis by legal entity to determine an estimate of EBITDA by legal entity.

### Case Administration
Capstone spent 52.5 hours and generated fees of $20,788.50 on Case Administration tasks, such as preparing detailed time descriptions and other billing matters.

### Interaction, calls, and meetings with Clients
Capstone spent 38.6 hours and generated fees of $15,627.00 interacting with members of the bondholders' steering committee, including Wilmington Trust, LoneStar and Cap Re. These tasks related to strategy formulation and developing recovery sensitivities.

### Plan of Reorganization and Disclosure Statement
Capstone spent 2.5 hours totaling $1,037.50 in fees working on issues dealing with the Plan of Reorganization and the Disclosure Statement.

Very truly yours,

Capstone Advisory Group, LLC

By: _____
Jay Borow
A Member of the Firm

Capstone Advisory Group, LLC                                                                          **Page 2**



1065 Avenue of the Americas, Suite 1801
New York, NY 10018
Telephone: (212) 782-1400
Facsimile: (212) 782-1478
www.CapstoneAG.com

To:      Steven Reisman

Date:    November 30, 2006

From:    Jay Borow, Capstone Advisory Group, LLC

RE:      Fee Statement for Capstone Advisory Group, LLC

---

Enclosed please find our Fee Statement for professional services rendered and for the reimbursement of expenses incurred for the period February 14, 2006 through November 30, 2006.

# CAPSTONE
ADVISORY GROUP, LLC

November 30, 2006

Steven Reisman, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

In re:  **Winn Dixie Stores, Inc.**

---

For Professional Services Rendered as Financial Advisors to the Winn Dixie bondholders and indenture trustee from February 14, 2006 through November 30, 2006.

|  |  |
|---|---|
| Professional Fees | $ 425,412.50 |
| Expenses | $  13,065.90 |
| Total Amount Due | $  438,478.40 |

CAPSTONE ADVISORY GROUP, LLC

BY:  Jay Borow
     Member of the Firm

**Winn Dixie Stores, Inc.**
Capstone Advisory Group, LLC
Exhibit A: Summary of Fees by Professional
For the Period 2/14/06 through 11/30/06

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| J. Borow | Member | $ 555.00 | 164.40 | $ 91,242.00 |
| K. Crail | Consultant | $ 415.00 | 440.20 | $ 182,683.00 |
| T. Sell | Consultant | $ 325.00 | 309.30 | $ 100,522.50 |
| P. Freyer | Consultant | $ 350.00 | 138.20 | $ 48,370.00 |
| M. DeSalvio | Paraprofessional | $ 150.00 | 17.30 | $ 2,595.00 |
| **For the Period 2/14/06 through 11/30/06** | | | **1,069.40** | **$ 425,412.50** |

**Winn Dixie Stores, Inc.**
Capstone Advisory Group, LLC
**Exhibit B: Summary of Fees by Task Code**
**For the Period 2/14/06 through 11/30/06**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01 Case Administration | General administration of case matters, including emails, assignment planning, prioritization and scheduling and organization of case files. | 42.00 | $ 12,746.50 |
| 02 Fee Application | Preparation and analysis of detailed time descriptions for invoices, preparation of time and expense exhibits, coordination with Capstone's accounting department regarding time and expense details and billing matters. | 74.90 | $ 30,183.50 |
| 03 Interaction, calls and Meetings with Unsecured Creditors Committee | Participation in various Unsecured Creditors Committee activities, including regular, weekly meetings and teleconferences, as well as meetings and correspondence with the financial advisors to the Unsecured Creditors Committee. | 117.85 | $ 50,534.25 |
| 04 Interaction, calls and Meetings with Counsel | Preparation for and meeting with Curtis, Mallet-Prevost, Colt & Mosle LLP, and Paul, Weiss, Rifkind, Wharton & Garrison who represent the indenture trustee and bondholders, respectively. Disclosure of findings to Counsel and assisting in joint preparation for Unsecured Creditors Committee calls. | 94.10 | $ 41,156.50 |
| 05 Interaction, calls and Meetings with Clients | Interaction with members of the bondholders' steering committee, including Wilmington Trust, LoneStar and Cap Re related to strategy formulation and developing recovery sensitivities. | 37.40 | $ 15,129.00 |
| 06 Valuation analysis – guarantors | Creation of a four-wall store cash flow analysis by legal entity to determine an estimate of EBITDA by legal entity. | 74.80 | $ 27,297.00 |
| 07 Recovery Modeling - Deconsolidation | Construction and manipulation of a legal entity recovery model that allowed our client to analyze various recovery scenarios, assuming the debtor legal entities were "deconsolidated", and associated time working with Houlihan Lokey Howard & Zukin ("HLHZ") to reconcile Capstone's model results with HLHZ's. | 278.30 | $ 100,748.00 |
| 08 Substantive Consolidation | Document review and conferences with Counsel and Debtor's financial advisor, X-Roads, concerning pertinent facts concerning substantive consolidation issues. | 105.10 | $ 46,118.50 |
| 09 Plan of Reorganization and the Disclosure Statement. | Review of Plan of Reorganization and the Disclosure Statement. | 2.50 | $ 1,037.50 |
| 10 Settlement negotiations | Preparation for and participation in the settlement discussions in Chicago, as well as analysis of various settlement proposals from other constituents | 242.45 | $ 100,461.75 |
| | | 1,069.40 | $ 425,412.50 |

*Capstone Advisory Group, LLC.*          *Page 2*                    *Exhibits to Fee Statement*

**Winn Dixie Stores, Inc.**
Capstone Advisory Group, LLC
Exhibit C: Summary of Fees by Task Code by Professional
For the Period 2/14/06 through 11/30/06

| Task Code | | Professional | Hours | Fees |
|---|---|---|---|---:|
| 01 | Case Administration | J. Borow | 0.40 | $ 222.00 |
| | | K. Crail | 22.30 | $ 9,254.50 |
| | | T. Sell | 1.00 | $ 325.00 |
| | | P. Freyer | 1.00 | $ 350.00 |
| | | M. Desalvio | 17.30 | $ 2,595.00 |
| | | **Total 01** | **42.00** | **$ 12,746.50** |
| 02 | Fee Application | J. Borow | - | $ - |
| | | K. Crail | 64.90 | $ 26,933.50 |
| | | T. Sell | 10.00 | $ 3,250.00 |
| | | **Total 02** | **74.90** | **$ 30,183.50** |
| 03 | Interaction, calls and Meetings with | J. Borow | 32.40 | $ 17,982.00 |
| | Unsecured Creditors Committee | K. Crail | 49.65 | $ 20,604.75 |
| | | T. Sell | 23.30 | $ 7,572.50 |
| | | P. Freyer | 12.50 | $ 4,375.00 |
| | | **Total 03** | **117.85** | **$ 50,534.25** |
| 04 | Interaction, calls and Meetings with Counsel | J. Borow | 24.50 | $ 13,597.50 |
| | | K. Crail | 54.60 | $ 22,659.00 |
| | | T. Sell | 14.00 | $ 4,550.00 |
| | | P. Freyer | 1.00 | $ 350.00 |
| | | **Total 04** | **94.10** | **$ 41,156.50** |
| 05 | Interaction, calls and Meetings with Clients | J. Borow | 6.20 | $ 3,441.00 |
| | | K. Crail | 17.20 | $ 7,138.00 |
| | | T. Sell | 14.00 | $ 4,550.00 |
| | | **Total 05** | **37.40** | **$ 15,129.00** |
| 06 | Valuation analysis – guarantors | J. Borow | 1.20 | $ 666.00 |
| | | K. Crail | 13.40 | $ 5,561.00 |
| | | P. Freyer | 60.20 | $ 21,070.00 |
| | | **Total 06** | **74.80** | **$ 27,297.00** |
| 07 | Recovery Modeling - Deconsolidation | J. Borow | 18.30 | $ 10,156.50 |
| | | K. Crail | 50.60 | $ 20,999.00 |
| | | T. Sell | 147.90 | $ 48,067.50 |
| | | P. Freyer | 61.50 | $ 21,525.00 |
| | | **Total 07** | **278.30** | **$ 100,748.00** |
| 08 | Substantive Consolidation | J. Borow | 27.80 | $ 15,429.00 |
| | | K. Crail | 61.30 | $ 25,439.50 |
| | | T. Sell | 14.00 | $ 4,550.00 |
| | | P. Freyer | 2.00 | $ 700.00 |
| | | **Total 08** | **105.10** | **$ 46,118.50** |
| 09 | Plan of Reorganization and the Disclosure | K. Crail | 2.50 | $ 1,037.50 |
| | Statement | **Total 09** | **2.50** | **$ 1,037.50** |
| 10 | Settlement negotiations | J. Borow | 53.60 | $ 29,748.00 |
| | | K. Crail | 103.75 | $ 43,056.25 |
| | | T. Sell | 85.10 | $ 27,657.50 |
| | | **Total 10** | **242.45** | **$ 100,461.75** |

*Capstone Advisory Group, LLC.*        *Page 3*                *Exhibits to Fee Statement*

FTI CONSULTING, INC.



FTI Consulting
3 Times Square
11th Floor
New York, NY 10036
212.247.1010 telephone
212.841.9350 fax

www.fticonsulting.com

*Invoice Remittance*

Thomas Califano, Esq.
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

July 21, 2006
Portion of FTI Invoice No.  7119255
FTI Job No. 012911.0001
Federal I.D. NO. 52-1261113

<u>Re: Winn- Dixie, Inc OCUC Trade Members</u>

Current Invoice Period: May 4, 2006 through May 17, 2006

Professional Services ............................................................................................. $      59,705.50

Less: Amount Allocated to Ad Hoc Committee ...........................................................           9,705.50

Total Amount Due.................................................................................................. $      50,000.00

**Please Remit Payment To:**

*FTI Consulting, Inc.*
*P.O. Box 630391*
*Baltimore, MD 21263-0391*
*(800) 334-5701*

**Wire Payment To:**

ABA#: 026009593
Bank of America
FTI Consulting, Inc.
Account #003939577164
Tax ID #22-3026953



FTI Consulting
3 Times Square
11th Floor
New York, NY 10036
212.247.1010 telephone
212.841.9350 fax

www.fticonsulting.com

Thomas Califano, Esq.
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

*Invoice Summary (Page 1)*
July 21, 2006
Portion of FTI Invoice No. 7119255
FTI Job No. 012911.0001
Federal I.D. NO. 52-1261113

Re: Winn- Dixie, Inc OCUC Trade Members

Current Invoice Period: May 4, 2006 through May 17, 2006

| Name | Title | Hours | Rate | Amount |
|------|-------|-------|------|--------|
| Reiss, M. Freddie | Sr Managing Dir | 30.3 | $ 655.00 | $ 19,846.50 |
| Eisenband, Michael | Sr Managing Dir | 0.3 | 655.00 | 196.50 |
| Simms, Steven | Sr Managing Dir | 23.2 | 610.00 | 14,152.00 |
| Ventricelli, Daniel | Managing Dir | 1.3 | 475.00 | 617.50 |
| Polli, Jennifer L | Managing Dir | 28.5 | 590.00 | 16,815.00 |
| Manalo, Caroline | Director | 17.5 | 435.00 | 7,612.50 |
| Amico, Marc | Associate | 1.9 | 245.00 | 465.50 |
| | | 103.0 | | $ 59,705.50 |

Less: Amount Allocated to Ad Hoc Committee $9,705.50

Invoice total $ 50,000.00



FTI Consulting
3 Times Square
11th Floor
New York, NY 10036
212.247.1010 telephone
212.841.9350 fax

www.fticonsulting.com

Thomas Califano, Esq.
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

*Invoice Summary (Page 2)*
July 21, 2006
Portion of FTI Invoice No. 7119255
FTI Job No. 012911.0001
Federal I.D. NO. 52-1261113

Re: Winn Dixie, Inc. OCUC Trade Members

Current Invoice Period: May 4, 2006 through May 17, 2006

| Task | Hours |
|------|-------|
| Review and Analysis of Presentation and Model Prepared by Houlihan Lokey Howard & Zukin | 6.3 |
| Preparation of Report and Analyses for Trade Members | 47.2 |
| Meetings and Communications with Trade Members, Houlihan and OCUC | 49.5 |
| **Total** | **103.0** |