**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors. | Jointly Administered |

_____/

**ORDER GRANTING OMNIBUS APPLICATION FOR FINAL ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED OF PROFESSIONALS RETAINED BY MEMBERS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN CONNECTION WITH CHAPTER 11 PLAN SUBSTANTIVE CONSOLIDATION COMPROMISE**

This case came on for hearing on January 10, 2007 upon the application ("Application") of professionals retained by members of the official committee of unsecured creditors of Winn-Dixie Stores, Inc. and its affiliated debtors and debtors in possession ("Winn-Dixie" or the "Debtors") in the above-captioned cases, in connection with the Debtors' chapter 11 plan substantive consolidation compromise, for the allowance of final compensation for services rendered and reimbursement of expenses. The Court has reviewed the Application and heard the representations of counsel. Without objection by the United States Trustee or any other interested party, it is

ORDERED AND ADJUDGED:

1. The Applications are approved.

2. The Debtors are authorized and directed to pay each professional all fees and expenses allowed by this Order

and not previously paid within ten (10) days of the entry of this Order.

    3.   FTI Consulting, Inc. is allowed final compensation for professional services and reimbursement of related expenses of $50,000.

    4.   DLA Piper US LLP (f/k/a DLA Piper Rudnick Gray Cary US LLP) is allowed final compensation for professional services and reimbursement of related expenses of $50,000.

    5.   Imperial Capital LLC is allowed final compensation for professional services and reimbursement of related expenses of $100,000.

    6.   Nixon Peabody, LLP is allowed final compensation for professional services and reimbursement of related expenses of $150,000.

    7.   Paul Weiss Rifkind Wharton & Garrison LLP is allowed final compensation for professional services and reimbursement of related expenses of $200,000.

    8.   Curtis, Mallet-Prevost, Colt & Mosle LLP is allowed final compensation for professional services and reimbursement of related expenses of $452,443.95.

    9.   Capstone Advisory Group LLC is allowed final compensation for professional services and reimbursement of related expenses of $425,000.

10. Berger Singerman, P.A. is allowed final compensation for professional services and reimbursement of related expenses of $3,500.

11. Frank/Gecker LLP is allowed final compensation for professional services and reimbursement of related expenses of $9,050.

12. This Order is without prejudice to the rights of these professionals upon further application to this Court, to seek further allowance and payment of additional compensation and reimbursement of expenses for which approval has not previously been sought and denied.

Dated in Jacksonville, Florida, this \_\_\_\_\_ day of January, 2007.

_____
Jerry A. Funk
UNITED STATES BANKRUPTCY JUDGE