UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flsb.uscourts.gov

In Re:

WINN DIXIE STORES, INC., et al.,   Case No. 3:05-bk-03817-JAF

        Debtors.   Chapter 11 – Jointly Administered

_____/

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR POST-PETITION PERSONAL INJURY CLAIMANT [CP #13331] was served by Electronic Notice upon each of the parties identified below this 20th day of December, 2006.

      KLUGER, PERETZ, KAPLAN & BERLIN, P.L.
      Attorneys for the Movant
      Miami Center, Seventeenth Floor
      201 So. Biscayne Blvd.
      Miami, Florida 33131
      Telephone: (305) 379-9000
      Facsimile: (305) 379-3428

      By:_____*s/Eyal Berger*_____
           D. Brett Marks, Esq.
           Fla. Bar No. 0099635
           bmarks@kpkb.com
           Eyal Berger, Esq.
           Fla. Bar No. 11069
           eberger@kpkb.com

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131   305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431   561.961.1831

{Bankruptcy\0110\0779/M0381310 v.1; 12/20/2006 05:30 PM}

Steven M Abramowitz    sabramowitz@velaw.com
Albert H Adams    irbylawfirm@bellsouth.net
Rachel E Adams    radams@sctlaw.com
Adam L Alpert    aalpert@bushross.com, bnkecf@bushross.com;egross@bushross.com
Amroc Investments, LLC    dleinwand@amrocinvestments.com
Rod Anderson    rod.anderson@hklaw.com, wendysue.henry@hklaw.com
Melissa H Andrade    mandrade@bmaklaw.com
Jerald N Andry    jayandry@cox.net
D. J. Baker    djbaker@skadden.com
Kenneth C Baker    kcbaker@eastmansmith.com
Charles S Ball    sball@bcattys.com, dratliff@bcattys.com
Helen D Ball    hball@bradleyarant.com, hball@bradleyarant.com
Frank E Ballard    ericalpayne@insightbb.com
Zachary J Bancroft    zachary.bancroft@lowndes-law.com
William W Banks    wright.banks@law.state.ga.us
Dale R Baringer    dale@baringerlawfirm.com, karen@baringerlawfirm.com
Earl M. Barker    embarker@bellsouth.net, hollynf@bellsouth.net;dlhartwell@bellsouth.net
Kelly M Barnhart    kbarnhart@mskpc.com
Matthew Scott Barr    mbarr@milbank.com, lmandel@milbank.com,mcomerford@milbank.com,jbrewster@milbank.com
Paul C Bartley    bartleylaw@knology.net
Gene Barton    gbartonatty@bellsouth.net
Philip A Bates    philipbates@bellsouth.net, lucysmith@bellsouth.net
Matt E Beal    matt.beal@lowndes-law.com
Rick J Bearfield    rjbearfield@bearmc.com
Jeffrey R. Becker    vsimpson@hidayricke.com
Brian S Behar    bsb@bgglaw.net
Richard M Behr    rbehr@florida-law.com
Keith L Bell    kbell@cphlaw.com
Marc A. Ben-Ezra    mben-ezra@fcllaw.com
Jay R Bender    jbender@bradleyarant.com
Lee R Benton    lbenton@bcattys.com, cturner@bcattys.com
Leslie A Berkoff    lberkoff@moritthock.com
Richard J Bernard    rbernard@bakerlaw.com
Brendan G. Best    bbest@dykema.com
John G Bianco    jgb@trippscott.com, dst@trippscott.com
Stephenie M. Biernacki    sbiernacki@gray-robinson.com
James E Bird    jbird@pswslaw.com
Ace J Blackburn    ablackburn@cmlbro.com, crankine@cmlbro.com
David A. Blansky    dab@lhmlawfirm.com
James A. Bledsoe    jab@bslmr.com
Johnathan C Bolton    jbolton@fulbright.com
Wanda Borges    borgeslawfirm@aol.com
Chad S. Bowen    ecf@jennisbowen.com, mclift@jennisbowen.com;kkearney@jennisbowen.com;nbisignano@jennisbowen.com;agavin@jennisbowen.com

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{Bankruptcy\0110\0779/M0381310 v.1; 12/20/2006 05:30 PM}

Beau Bowin    bbowin@smithhulsey.com
Michael T. Bowlus    mbowlus@fjbd.com
Wesley J Boyer    wjboyer_2000@yahoo.com
Jean Winborne Boyles    jboyles@jhvgmlaw.com
Dustin P Branch    dustin.branch@kattenlaw.com, carole.levine@kattenlaw.com,jeri.bradshaw@kattenlaw.com,kathleen.beaver@kattenlaw.com,adelle.shafer@kattenlaw.com
John S Brannon    john.brannon@tklaw.com
Meredith N Brasca    mnbrasca@aol.com
Clyde E Brazeal    ebrazeal@walstonwells.com
Wendy D Brewer    wbrewer@btlaw.com, mrilyn.strange@btlaw.com,bankruptcyindy@btlaw.com
John P Brice    lexbankruptcy@wyattfirm.com
Brian P Britt    cpizzotti@wbbwlaw.com
Keith E Broll    keithbroll@riceroselaw.com
James M Brown    mbrown@gwblawfirm.com
Robert J Brown    lexbankruptcy@wyattfirm.com
Scott N Brown    snb@smrw.com
Andrew M. Brumby    abrumby@shutts-law.com, rhicks@shutts-law.com
W. Steven Bryant    hobankecf@lockeliddell.com
Rachel S Budke    rachel_budke@fpl.com
Jason B. Burnett    jburnett@gray-robinson.com, jconley@gray-robinson.com
Stephen D. Busey    busey@smithhulsey.com
Thomas R. Califano    thomas.califano@dlapiper.com
David P Canas    dpc@h3gm.com
L Phillip Canova    pcanova@eatel.net, canodel109@eatel.net
Stephen R Caplan    scaplan860@aol.com, melissa@stephencaplan.com
Dawn A Carapella    dacarapella@trenam.com
Rilyn A Carnahan    rcarnahan@ebcblaw.com
James S. Carr    jcarr@kelleydrye.com
Linda J. Casey    caseyl@pepperlaw.com
George B Cauthen    george.cauthen@nelsonmullins.com, georgia.vernon@nelsonmullins.com
Myers Carroll Cayer    cayer@terrellhogan.com
Michael E Cecil    courtmail@schuylaw.com
Jeffrey A Chadwick    jeffrey.chadwick@kattenlaw.com
Lee Champion    kew@psstf.com
B Summer Chandler    schandler@mckennalong.com
Stephen G Charpentier    steve@brevardlawyer.com
Robin Bryan Cheatham    robin.cheatham@arlaw.com
Michael S J Chernau    chernaum@chesterfield.gov
Charles I Cohen    ccohen@furrcohen.com
Lance Paul Cohen    cohenthurston@cs.com
Michael E Collins    mcollins@manierherod.com, mranks@manierherod.com,tpennington@manierherod.com,swilliams@manierherod.com
Neal D. Colton    NColton@Cozen.com
Contrarian Funds, LLC    alisa@contrariancapital.com

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131   305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431   561.961.1831

{Bankruptcy\0110\0779/M0381310 v.1; 12/20/2006 05:30 PM}

David J Cook     cookdavidj@aol.com
Kenneth D Cooper     kcooper543@aol.com
C. Timothy Corcoran     ctcorcoran@mindspring.com, asst.ctcorcoran@mindspring.com
Andre G Coudrain     agc@clcsattorneys.com
Betsy C Cox     bcox@rtlaw.com, sb1@rtlaw.com
David N Crapo     dcrapo@gibbonslaw.com
Gregory K. Crews     greg@crewslegal.com
John J Cruciani     jcruciani@blackwellsanders.com
James O Cure     jocure@cureandfrancis.net
Timothy J. Curtin     tjcurtin@varnumlaw.com
Vincent E Damian     vdamian@skdrlaw.com
Gardner F. Davis     gdavis@foley.com, bmjones@foley.com
Ronald J Davis     rdavis@rondavislaw.com
Ryan E Davis     rdavis@whww.com, rwilliams@whww.com
Heather D Dawson     hdawson@kkgpc.com, mkelley@kkgpc.com
Michael R DeMinico     mike.deminico@dennishernandez.com
Robert J Dehney     rdehney@mnat.com, mflynn@mnat.com
Caryl E. Delano     cdelano@addisondelano.com, dlesnek@addisondelano.com;litigation1@addisondelano.com
Scott A DiSalvo     sdisalvo@faziodisalvo.com
Angel R Diaz     adiaz@kirshnerandgroff.com
John P Dillman     houston_bankruptcy@publicans.com
Jeffrey R Dollinger     dollinger@scruggs-carmichael.com
Matthew M Donaldson     mdonaldson@kennedylawgroup.com
Mary Joanne Dowd     dowd.mary@arentfox.com
Christie L Dowling     cdowling@balch.com
Mark G Duncan     mduncan@dwyercambre.com
Dennis F. Dunne     ddunne@milbank.com
Michael J Durrschmidt     mdurrschmidt@hirschwest.com, tjimenez@hirschwest.com
David W. Dykhouse     dwdykhouse@pbwt.com
Andrew B. Eckstein     aeckstein@blankrome.com
Michael L. Edwards     mleclo@bellsouth.net
Henry A. Efroymson     henry.efroymson@icemiller.com
Jason H Egan     jegan@mowreylaw.com
C Craig Eller     celler@broadandcassel.com
Earle I Erman     eerman@ermanteicher.com
Elena L Escamilla     elena.l.escamilla@usdoj.gov
William L Esser     willesser@parkerpoe.com
William J. Factor     wfactor@seyfarth.com
Fair Harbor Capital, LLC     fglass@fairharborcapital.com
Anthony V Falzon     afalzon@miami-law.net
Alexandra S Fannon     silvaa@ci.richmond.va.us
Oscar B Fears     bo.fears@law.state.ga.us
David B. Ferebee     ferebeeatlaw@bellsouth.net, dbf1law@hotmail.com
Lara Roeske Fernandez     lrfernandez@trenam.com, klgerber@trenam.com
Richard L Ferrell     ferrell@taftlaw.com

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131 305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431 561.961.1831

{Bankruptcy\0110\0779/M0381310 v.1; 12/20/2006 05:30 PM}

Charles J. Filardi    charles@filardi-law.com
Brian T FitzGerald    fitzgeraldb@hillsboroughcounty.org,
litigation@hillstax.org;fredericks@hillsboroughcounty.org;matthewsl@hillsboroughcounty.org
Deborah L Fletcher    DFletcher@KilpatrickStockton.com
J David Forsyth    jdf@sessions-law.com
Tompkins A Foster    tfoster@fosterandlindeman.com
Sally B Fox    sfox@esclaw.com
Shawn Randall Fox    sfox@mcguirewoods.com, rcox@mcguirewoods.com
Joseph D Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;jkleinman@fgllp.com
Rodger J Friedline    bankruptcy@fandmlaw.com
Barry A Friedman    bky@bafmobile.com, fern@bafmobile.com
Mark J Friedman    mark.friedman@dlapiper.com
Adam Frisch    afrisch@hilawfirm.com, afrisch@hilawfirm.com
Kenneth O Fritz    fritz_ken@mail.chattanooga.gov
Mary Louise Fullington    lexbankruptcy@wyattfirm.com
Todd Mark Galante    tmg@stjohnlaw.com
J. Nathan Galbreath    ngalbreath@pattonboggs.com
Jay M Gamberg    lbernstein@gamberglaw.com
David L Gay    dgay@smithhulsey.com
Gill R Geldreich    icflorida@state.tn.us
Melody D Genson    melodydgenson@verizon.net
Charles L. Gibbs    cgibbs@papmet.com
James S Ginocchio    jim.ginocchio@hcpros.org
Gary Ginsburg    gginsburg@ngmpc.com
Robert S Gipe    jtripp@papaandgipe.com
James J. Glover    jglover@wlj.com
Eric S Golden    egolden@bakerlaw.com,
mccoy@bakerlaw.com;OrlBakerDocket@bakerlaw.com
Alberto F Gomez    algomez@morsegomez.com
Priscilla W Grannis    priscilla@rjlaw.com
Danielle K Greco    danielle_greco@alnb.uscourts.gov, hball@bradleyarant.com
Ira S. Greene    isgreene@hhlaw.com
Reginald A. Greene    reginald.greene@bellsouth.com
Paige A. Greenlee    pgreenlee@hwhlaw.com
Kyle R Grubbs    kgrubbs@fbtlaw.com
Rudi R Grueneberg    rgrueneberg@rglawgroup.com
Brian F Guillot    bfguil@cox.net
Allen J Guon    aguon@shawgussis.com
Jordi Guso    jguso@bergersingerman.com, fsellers@bergersingerman.com
Jim H Guynn    jim.guynn@g-mpc.com
Matthew W Hamilton    mhamilton@amph.com
Marc L. Hamroff    mhamroff@moritthock.com
Brian T Hanlon    tc_legal_services@co.palm-beach.fl.us
David M Hansen    david.hansen@la.gov
Catherine A Harrison    charrison@millermartin.com,
pjstarr@millermartin.com;gbisbee@millermartin.com

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{Bankruptcy\0110\0779/M0381310 v.1; 12/20/2006 05:30 PM}

John W Harrison     johnwharrison@bellsouth.net

Patrick L. Hayden    phayden@mcguirewoods.com

Edwin W Held    eheld@hilawfirm.com

Larry D. Henin    lhenin@andersonkill.com

Neil E Herman    Nherman@morganlewis.com

Henry Hernandez    bankruptcy@lawperez.com

Kenneth D. Herron    kherron@whmh.com , jsenecal@whmh.com,poates@whmh.com

David E. Hicks    courtinfo@bcylaw.com

Terrance A Hiller    tah@kompc.com

John E Hinkel    jhinkel@fmblaw.com

Robert L Holladay    robert.holladay@youngwilliams.com

Ralph E Hood    rhood@khmllp.com

Brian D. Huben    brian.huben@kattenlaw.com

Phillip M Hudson    pmhudson@arnstein.com, rkcummings@arnstein.com

Patrick L Huffstickler    plhuffst@coxsmith.com

John B Hutton    huttonj@gtlaw.com, huttonj@gtlaw.com

Troy J Iannucci    lawyers@latourlawfirm.com

Kimberly H. Israel    , khisrael@hilawfirm.com

Kimberly H. Israel    khisrael@hilawfirm.com, khisrael@hilawfirm.com

Camille J Iurillo    ciurillo@iurillolaw.com

Cynthia C. Jackson    cjackson@smithhulsey.com

Edward P Jackson    edward@edwardpjackson.com, jo@edwardpjackson.com

Michael D Jankowski    mjankows@reinhartlaw.com

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{Bankruptcy\0110\0779/M0381310 v.1; 12/20/2006 05:30 PM}

Solomon J. Jaskiel   soljas@aol.com

David S Jennis   ecf@jennisbowen.com, mclift@jennisbowen.com;kkearney@jennisbowen.com;agavin@jennisbowen.com;nbisignano@jennisbowen.com

Jason Ward Johnson   jason.johnson@lowndes-law.com, joann.anderson@lowndes-law.com

Harold D Jones   hjones@jshllp.com, rlieman@jshllp.com

Katherine H Jones   kjones@roanokecountyva.gov

Richard K. Jones   rkjones@mppkj.com

Stanley K Joynes   sjoynes@joynesknight.com

Benjamin A Kahn   bkahn@npaklaw.com, donna.roland@jpfinancial.com

Jon E Kane   jkane@mateerharbert.com, ccrumrine@mateerharbert.com

Ronald Scott Kaniuk   rkaniuklaw@aol.com

Matthew E Kaplan   mkaplan@kaplanfreedman.com

Andrew C. Kassner   kassneac@dbr.com

Amy K Kaufman   akkaufman@ag.state.oh.us

Dena C Kaufman   dckaufman@hhlaw.com, khseal@hhlaw.com,bjgrieco@hhlaw.com

Michael A Kaufman   michael@mkaufmanpa.com

Craig I Kelley   craig@kelleylawoffice.com, martha@kelleylawoffice.com

Kentucky Department of Revenue   jenniferl.howard@ky.gov

Mark S. Kessler   apksm@aol.com

Elena P. Ketchum   eketchum.ecf@srbp.com

Jocelyn Keynes   jk@stevenslee.com

Rehan N. Khawaja   khawaja@fla-bankruptcy.com

Luke A Kill   lkill@sgpc.com

Scott T Kimmel    skimmel100@aol.com, kjazz1794@comcast.net

Roy S Kobert    orlandobankruptcy@broadandcassel.com

Michael S Kogan    mkogan@ecjlaw.com, slee@ecjlaw.com

Alan W Kornberg    jgladstone@paulweiss.com

Gerard M Kouri    gmkouripa@bellsouth.net

John W Kozyak    jk@kttlaw.com, ypaz@kttlaw.com,la@kttlaw.com

Stuart A. Krause    skrause@zeklaw.com

Joyce A Kuhns    jkuhns@saul.com

Ian J Kukoff    ian.kukoff@blaxgray.com

Jeffrey Kurtzman    JKurtzma@Klehr.com

Nina M LaFleur    nina@lafleurlaw.com

Maria J LaSala    mjlasala@aol.com

Darryl S. Laddin    bkrfilings@agg.com

Thomas J Lallier    tlallier@foleymansfield.com

David M Landis    dlandis@mateerharbert.com, hubillus@mateerharbert.com

Robert P Laney    blaney@mcelweefirm.com

David W Langley    dave@flalawyer.com

David L Langston    lancelangston@earthlink.net

Gregory A. Lawrence    greg@lawyers-jacksonville.com

William Edward Lawton    Wlawton@drml-law.com

Elena Lazarou    elazarou@reedsmith.com

Robert L LeHane    rlehane@kelleydrye.com, BankruptcyCourt@KelleyDrye.com

Dennis J LeVine    courtinfo@bcylaw.com

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{Bankruptcy\0110\0779/M0381310 v.1; 12/20/2006 05:30 PM}

Thomas J Leanse    thomas.leanse@kattenlaw.com, carole.levine@kattenlaw.com;kathleen.beaver@kattenlaw.com;jeri.bradshaw@kattenlaw.com;adelle.shafer@kattenlaw.com

Thomas R Lehman    esf@tewlaw.com, trl@tewlaw.com

David E Lemke    david.lemke@wallerlaw.com, chris.cronk@wallerlaw.com;cathy.thomas@wallerlaw.com;wallerbankruptcy@wallerlaw.com

Chris Lenhart    lenhart.chris@dorseylaw.com

Patrick T Lennon    ptl@macfar.com

Alvin R Lenoir    alvinlenoir@yahoo.com

James P S Leshaw    leshawj@gtlaw.com

Bruce Levinson    b.levinson@verizon.net

Mark A Levy    mark.levy@brinkleymcnerney.com

Joseph W Lewis    Joelewislaw@yahoo.com

Stephen Lewis    slewis@stoltzusa.com

Luisa M Linares    llinareslaw@aol.com

Alan Jay Lipkin    maosbny@willkie.com

Liquidity Solutions, Inc    lsi@liquiditysolutions.com, sfriedberg@liquiditysolutions.com;rminkoff@liquiditysolutions.com

Louis L Long    long@chesserbarr.com, johnna@chesserbarr.com

Sara E Lorber    slorber@seyfarth.com

Margaret C Lumsden    mclumsden@ulslaw.com

John B. Macdonald    john.macdonald@akerman.com

Madison Liquidity Investors, LLC    sbishop@madisonliquidity.com

Richard H Malchon    richard.malchon@ruden.com

Jeffrey S. Margolin    margolin@hugheshubbard.com

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{Bankruptcy\0110\0779/M0381310 v.1; 12/20/2006 05:30 PM}

Robert M Marino     rmarino@reedsmith.com

Bradley R Markey     BRM@stmlaw.net, SMR@stmlaw.net

Michael C Markham     mikem@jpfirm.com, cathyk@jpfirm.com

Johanna E Markind     jmarkind@att.net

Lawrence J Marraffino     ljmarra@bellsouth.net

James W Martin     jmartin@simplawatlanta.com

Philip V Martino     philip.martino@dlapiper.com, christy.soberanis@dlapiper.com

Kenneth G. M. Mather     kmather@hinshawlaw.com

Marie A Mattox     marie@mattoxlaw.com, frances@mattoxlaw.com

Walter F. McArdle     wfm@spain-gillon.com

Annette Kerlin McBrayer     amcbrayer@ebglaw.com

Charles W. McBurney     cmcburney@bellsouth.net

Charles S. McCall     charles.mccall@hklaw.com

Jerrett M. McConnell     bankruptcy@fandmlaw.com

John H. McCorvey     jm1062@aol.com

C Luckey McDowell     luckey.mcdowell@bakerbotts.com

David R McFarlin     dmcfarlin@whmh.com, psmith@whmh.com,mbretana@whmh.com

Richard J McIntyre     rjmcintyre@trenam.com

Thomas H. McLain     tmclain@fishersauls.com

William S McMahon     wmcmahon@choate.com

Austin L. McMullen     amcmulle@bccb.com

Andrew D McNamee     amcnamee@swmwas.com, larrazola@swmwas.com;cgraver@swmwas.com

Marc T McNamee     mmcnamee_br@nealharwell.com

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{Bankruptcy\0110\0779/M0381310 v.1; 12/20/2006 05:30 PM}

Derek F Meek     dmeek@burr.com, msolomon@burr.com;jcrawfor@burr.com

Kenneth C Meeker     ken.meeker@usdoj.gov

Richard M. Meth     rmmnybankruptcy@pitneyhardin.com

Laura D Metzger     ldmetzger@mayerbrownrowe.com

Lawrence H Meuers     lmeuers@meuerslawfirm.com, snurenberg@meuerslawfirm.com;lcastle@meuerslawfirm.com;nbucciarelli@meuerslawfirm.com

G Christopher Meyer     cmeyer@ssd.com

Robert C Meyer     meyerrobertc@cs.com

Todd C Meyers     tmeyers@kilpatrickstockton.com

Philip E Miles     pmiles@alabamatortlaw.com

Christopher C. Miller     cmiller@mgm.com

Kathleen M. Miller     kmm@skfdelaware.com

Stephen M Miller     smiller@morrisjames.com

David F Mills     david@mastschulz.com

Mark Minuti     mminuti@saul.com

T David Mitchell     tdavidmitchell@msn.com

Joseph Thomas Moldovan     jmoldovan@morrisoncohen.com, bankruptcy@morrisoncohen.com

Richard A Montague     rmontague@wellsmoore.com

Brett S. Moore     bsmoore@pbnlaw.com

Frank H Moore     hmoore@cmbfirm.com, dbrewer@cmbfirm.com

John A Moore     jmoore@pogolaw.com

Mindy A Mora     mmora@bilzin.com, eservice@bilzin.com;lflores@bilzin.com;mfoster@bilzin.com

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131   305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431   561.961.1831

{Bankruptcy\0110\0779/M0381310 v.1; 12/20/2006 05:30 PM}

Lee P Morgan     lmorgan@morganlawyers.com

Deborah M Morris     deborah.m.morris@usdoj.gov

C Daniel Motsinger     cmotsinger@kdlegal.com, ispells@kdlegal.com,Roeosc@aol.com

Richard H Nash     mbarnes06@bellsouth.net

Larren M Nashelsky     lnashelsky@mofo.com

Albert F. Nasuti     anasuti@tokn.com

Bruce S. Nathan     bnathan@lowenstein.com

Bradley P Nelson     nelson@sw.com

Carole Neville     cneville@sonnenschein.com

Peter E. Nicandri     pnicandri@milamhoward.com, hdurham@milamhoward.com

James J. Niemeier     jniemeier@mnmk.com,awoodard@mnmk.com

Douglas C Noble     nobled@phelps.com, hoffmank@phelps.com

Donald A Nohrr     dnohrr@gray-robinson.com

Michael A Paasch     mpaasch@mateerharbert.com, kchurch@mateerharbert.com

Michael Palahach     mpalahach@palahachcruanes.com

Merritt A. Pardini     merritt.pardini@kmzr.com

E. Warren Parker     parker@jaxlawcenter.com, dmilford@jaxlawcenter.com

Barbra R. Parlin     nyc-bkcyecf@hklaw.com

Jimmy D Parrish     bankruptcynotice@groneklatham.com

Jay D. Passer     tbcc2@verizon.net, kathykorson@hotmail.com

Patrick P. Patangan     patrick.patangan@akerman.com

Aaron D. Patton     apatton@murrayfrank.com

David J Pedersen     djpedersen@cfl.rr.com

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{Bankruptcy\0110\0779/M0381310 v.1; 12/20/2006 05:30 PM}

Armando A Perez    perezarm@bellsouth.net

Christian A Petersen    cpetersen@gunster.com

Edward J. Peterson    epeterson.ecf@srbp.com

Torrence R Phillips    torrence@hlalaw.com

David L Pollack    pollack@ballardspahr.com

Geraldine E Ponto    gponto@gibbonslaw.com

James H. Post    jpost@smithhulsey.com

Leanne McKnight Prendergast    lprendergast@smithhulsey.com

Charles S Prentace    charles.prentace@norfolk.gov

Robert E Price    rprice@replegal.com, bvoelkl@replegal.com

David C Profilet    dprofilet@the-beach.net

Peter N Pross    ppross@eckertseamans.com

Nicholas V. Pulignano    npulignano@marksgray.com, slw@marksgray.com

Paul Pysczynski    paulp@lancasterlawyers.com, debbieh@lancasterlawyers.com;ppyski@aol.com

Charles V Quinn    cquinn@dbl-law.com

Rex D. Rainach    rainach@msn.com

Charles M Rand    legal0103@aol.com, lisaatCRand@aol.com

Peter J Rathwell    prathwell@swlaw.com

Adam Ravin    aravin@skadden.com, rgray@skadden.com,jleamy@skadden.com,kward@smithhulsey.com,dturetsk@skadden.com,dkaloudi@skadden.com,jwoodfie@skadden.com,jlederer@skadden.com

Eric T. Ray    eray@balch.com

Dean A Reed    dino4897@yahoo.com

Diane G. Reed    dianegreed@sbcglobal.net

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{Bankruptcy\0110\0779/M0381310 v.1; 12/20/2006 05:30 PM}

Jeffrey C. Regan     jregan@rzwlaw.com, kmoran@rzwlaw.com;bcrawford@rzwlaw.com

Russell L Reid     russell.reid@hellerehrman.com

T Dwight Reid     mistiej@aol.com

Steven J. Reisman     sreisman@cm-p.com , athau@cm-p.com

Brian G Rich     brich@bergersingerman.com, efile@bergersingerman.com;jdiaz@bergersingerman.com

Michael L Rich     mrich@dbl-law.com

Sarah Richardson     srichard@co.pinellas.fl.us

Larry B Ricke     larry.ricke@leonard.com

Harley E Riedel     hriedel.ecf@srbp.com, hriedel.ecf@srbp.com

Fred B. Ringel     fringel@pobox.com

Richard A Robinson     rrobinson@bakerlaw.com, pshivamber@bakerlaw.com;OrlBakerDocket@bakerlaw.com

John T Rogerson     jrogerson@vbwr.com, fdepaolo@vbwr.com,acroft@vbwr.com,jspanopoulos@vbwr.com

Mark S Roher     mroher@rprslaw.com, mlopez@rprslaw.com;lschiller@rprslaw.com

Adam L. Rosen     mail@srsllp.com

Avrum J. Rosen     arosen@avrumrosenlaw.com

Mitchell S Rosen     mrosen@rosenlawgroup.com, lmurrah@rosenlawgroup.com

Paul M Rosenblatt     prosenblatt@kilpatrickstockton.com

Neal M. Rosenbloom     NRosenbloom@finkgold.com

Jason A Rosenthal     Jason@therosenthallaw.com

Fox Rothschild     nybkfilings@foxrothschild.com

Edward P Rowan     erowan@lkrhmobile.com

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{Bankruptcy\0110\0779/M0381310 v.1; 12/20/2006 05:30 PM}

J Casey Roy     roy@mcclainleppert.com

David S Rubin     drubin@kswb.com

Guy B Rubin     guy.rubin@rubinandrubin.com

Robert B. Rubin     brubin@burr.com

Rachel L Rubio     rrubio@mdrtlaw.com

Shelley D Rucker     srucker@millermartin.com

Frederick F Rudzik     rudzikf@dor.state.fl.us

Maura I Russell     jguerrier@dreierllp.com

Peter D. Russin     prussin@melandrussin.com, ltannenbaum@melandrussin.com

Teresa Sadutto     tsadutto@platzerlaw.com

Anthony M Salzano     asalzano@pascocountyfl.net, tosipov@pascocountyfl.net

Anthony F Sanchez     afspalaw@aol.com

Ashley E Sandage     aes@clcsattorneys.com

Al A Sarrat     asarrat@jacobssarrat.com

Michael M Schmahl     mschmahl@mcguirewoods.com

Marvin S. Schulman     mschulmanpa@aol.com

Sarah L Schultz     sschultz@akingump.com

Gregory J. Seketa     franklin.berg@4086.com

Ed S. Sell     eds@sell-melton.com

Joel M Shafferman     joel@shafferman.com

James D Shannon     jshannon@shannonlawfirm.com, sbarlow@shannonlawfirm.com

Susan H Sharp     ssharp.ecf@srbp.com

Daniel Carr Shaughnessy     lindsaylaw@bellsouth.net

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{Bankruptcy\0110\0779/M0381310 v.1; 12/20/2006 05:30 PM}

Mary Kay Shaver    mkshaver@varnumlaw.com

Andrew Howard Sherman    asherman@sillscummis.com

Lynn Welter Sherman    lsherman@hwhlaw.com, lbecker@hwhlaw.com

Bradley S Shraiberg    bshraiberg@kpkb.com

R Scott Shuker    bankruptcynotice@groneklatham.com

Timothy P. Shusta    shustat@phelps.com, yosta@phelps.com

Robert J Shuttera    rshuttera@flapersonalinjury.com

Wendy M Simkulak    wmsimkulak@duanemorris.com

Wayne M Singletary    courtmail@schuylaw.com

Peter L. Slinn    plslinn@stoel.com

Thomas R. Slome    mail@srsllp.com

Aaron C Smith    asmith@lordbissell.com

Anthony J. Smits    anthony.smits@bingham.com

Richard G. Smolev    rsmolev@kayescholer.com

Walter J. Snell    snellandsnell@mindspring.com, snellandsnell@hotmail.com

Kristofor D Sodergren    bankruptcy@hsmbb.com

Marc P Solomon    msolomon@burr.com

James E Sorenson    bk@wggdlaw.com

Rhysa G South    sou06@co.henrico.va.us

Karen K Specie    specie@scruggs-carmichael.com, darden@scruggs-carmichael.com;kstinson@scruggs-carmichael.com

Arthur J Spector    aspector@bergersingerman.com

Mark D. Speed    mds@markdspeedlaw.com

Thomas St Germain    tom@weinlaw.com, christie@weinlaw.com

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{Bankruptcy\0110\0779/M0381310 v.1; 12/20/2006 05:30 PM}

David N Stern    dstern@gjb-law.com, vdueppe@gjb-law.com;lpantaleon@gjb-law.com;tmessana@gjb-law.com

Don M Stichter    dstichter.ecf@srbp.com

Scott A. Stichter    sstichter.ecf@srbp.com

Dennis J Stilger    djstilger@insightbb.com

Susan F Stivers    susan.stivers@ky.gov

Ray H Stoess    raystoess@bellsouth.net

Philip D Storey    pds@aswmpa.com, MByrd@aswmpa.com

Alan C Stout    stephanie@sfk-law.com, astout@stoutlaw.com

Sabrina L. Streusand    streuss@hughesluce.com

Jerry W Sullivan    jwsullivan@lgsdalaw.com

Charles P Summerall    csummerall@bmsmlaw.com, pmarfizo@bmsmlaw.com

Stephen B. Sutton    ssutton@lathropgage.com

David L Sweat    dsweat@rueziffra.com, tponder@rueziffra.com

Douglas B Szabo    douglas.szabo@henlaw.com, maria.figueroa@henlaw.com

Joel L. Tabas    jtabas@tfsmlaw.com

Tina M Talarchyk    ttalarchyk@ssd.com, aparker@ssd.com

Gene B Tarr    gbt@btcmlaw.com

Benjamin D Tarver    questions@bankruptcy.intranets.com

Robert J Telfer    rtelfer@ctrfa.com

Richard R Thames    rrthames@stmlaw.net, blc@stmlaw.net

Janet H. Thurston    cohenthurston@cs.com

David J Tong    djt@saxongilmore.com, acuff@saxongilmore.com

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{Bankruptcy\0110\0779/M0381310 v.1; 12/20/2006 05:30 PM}

Laura L. Torrado    ltorrado@bear.com

Trade-Debt.net    tmcguire@trade-debt.net

Kristen F Trainor    ktrainor@shb.com

Ronald M Tucker    rtucker@simon.com, cmartin@simon.com,rwoodruff@simon.com,,ncaldwell@simon.com,ptropepe@simon.com

Harran E Udell    hudell@forthepeople.com

United States Trustee - JAX    USTP.Region21.OR.ECF@usdoj.gov

Raymond J. Urbanik    rurbanik@munsch.com

Thomas C. Valentine    tvalentine@walterslevine.com

Marcio W. Valladares    , kristin.field@usdoj.gov

Lori V. Vaughan    lvaughan@foley.com, mgrettenberger@foley.com

Jay B Verona    jay@veronalawgroup.com, connie@veronalawgroup.com

Franklin T Walden    waldenlegal@aol.com

David H Wander    dwander@wanderlaw.com

Richard Whitney Ward    rwward@airmail.net

Michael D. Warner    bankruptcy@warnerstevens.com

Allan C Watkins    watkinslaw@worldnet.att.net

Regina Wedig    rswedig@bellsouth.net

Leslie G Weeks    lgw@helmsinglaw.com

Alan M. Weiss    alan.weiss@hklaw.com

Scott R Weiss    scott.weiss@marshallwatson.com

John W Wesley    wesleyandassociates@earthlink.net

Margaret R Westbrook    lhogewood@kennedycovington.com, cevans@kennedycovington.com;bfork@kennedycovington.com

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{Bankruptcy\0110\0779/M0381310 v.1; 12/20/2006 05:30 PM}

David B. Wheeler     davidwheeler@mvalaw.com

Stephen D Wheelis     steve@wheelis-rozanski.com

Hurley Partin Whitaker     hpw@whitakerlaw.com

William Douglas White     wdw@mccarthywhite.com

Joseph C Whitelock     jowhiteloc@aol.com

Robert D Wilcox     rwilcox@wilcoxlawfirm.com

John J. Wiles     bankruptcy@evict.net

Amy Pritchard Williams     swilliams@kennedycovington.com

Steven R Wirth     swirth@kayescholer.com

Jeffrey C Wisler     jwisler@cblh.com

David A Wolf     dwolf@woodatter.com

Frank J. Wright     bankruptcy@hswgb.com

Allan E. Wulbern     awulbern@smithhulsey.com

Robert L Wunker     rwunker@rutherfordmulhall.com

Heather L Yonke     hyonke@gjb-law.com, ctarrant@gjb-law.com;hburke@gjb-law.com

J Richard Young     jry@stumplaw.com

William Knight Zewadski     z@trenam.com

Brian D Zinn     bzinn@gbclaw.com, jmoore@gbclaw.com

Scott A. Zuber     szuber@pitneyhardin.com
\n

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{Bankruptcy\0110\0779/M0381310 v.1; 12/20/2006 05:30 PM}