UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flsb.uscourts.gov

In Re:

WINN DIXIE STORES, INC., et al.,         Case No. 3:05-bk-03817-JAF

       Debtors.                         Chapter 11 – Jointly Administered
_____/

## APPLICATION FOR ALLOWANCE OF ADMINSITRATIVE CLAIM
## FOR POST-PETITION PERSONAL INJURY CLAIMANT

     Movant, Olga Aguerrebere (the "Movant"), by and through undersigned counsel, and pursuant to 11 U.S.C. §503, respectfully requests this Court enter an Order approving this application for payment of administrative expense claim against the Estate, and to authorize payment of this claim (the "Application"), and in support thereof states as follows:

     1.     On February 21, 2005, the Debtors filed Voluntary Petitions under Chapter 11 of the U.S. Bankruptcy Code in the Southern District of New York and were transferred to this Court on April 13, 2005.

     2.     On November 9, 2006, this Court entered an Order confirming Debtors' Joint Plan of Reorganization (the "Confirmation Order") [CP #12440].

     3.     The Confirmation Order provides that pursuant to Section 12.1 of Debtors' Joint Plan of Reorganization (the "Plan"), the deadline for filing requests for payment of post-petition administrative claims is January 5, 2007 (the "Administrative Claims Bar Date").

     4.     On 5/28/2005, the Movant suffered personal injuries as a result of negligence by the Debtors at *Store#287, 14655 S.W. 104th Street, Miami, FL 33186*.

     5.     The personal injury claim of the Movant has yet to be liquidated.

     6.     Thus, pursuant to the Confirmation Order and the Plan, this Application is timely.

7. The Court may award an administrative expense priority under §503(b) for the "actual, necessary costs and expenses of preserving the estate…." 11 U.S.C. §503(b)(1).

8. Damages arising from a post-petition tort committed by a debtor are entitled to administrative expense status.[1]

9. The Movant respectfully requests the Court enter an Order allowing this post-petition administrative expense claim, subject to liquidation by either consent of the parties or a court of competent jurisdiction. Upon liquidation of this post-petition claim, the Movant requests the Court enter an order requiring the Debtors to pay the allowed administrative claim in full.

10. In accordance with the Confirmation Order and Section 12.1 of the Plan, Movant has served a copy of the Application on counsel for the Reorganized Debtors and the Post-Effective Date Committee.

WHEREFORE, the Movant, Olga Aguerrebere, requests that this Court enter an Order (1) deeming the administrative claim asserted by the Movant as a timely assertion of an administrative claim subject to liquidation by either consent of the parties or a court of competent jurisdiction; (2) requiring the Debtors to pay the administrative expense claim immediately upon entry of an order allowing the claim; and (3) granting any such further relief as this Court deems just and proper.

---

[1] See, e.g., *Reading Co. v. Brown*, 391 U.S. 471, 485, 88 S.Ct. 1759, 20 L.Ed.2d 751 (1968) (holding) that damages resulting from fire caused by receiver's negligence were administrative expenses); *Reading Co. v. Brown*, 391 U.S. 471, 485, 88 S.Ct. 1759, 20 L.Ed.2d 751 (1968 (holding) that damages resulting from fire caused by receiver's negligence were administrative expenses); *In re Piper Aircraft Corp.*, 1169 B.R. 766 (Bkrtcy. S.D. Fla. 1994).

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{Bankruptcy\0110\0779/M0381295 v.1; 12/20/2006 04:54 PM}

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by Electronic Notice upon each of the parties identified below this 20th day of December, 2006.

    KLUGER, PERETZ, KAPLAN & BERLIN, P.L.
    Attorneys for the Movant
    Miami Center, Seventeenth Floor
    201 So. Biscayne Blvd.
    Miami, Florida 33131
    Telephone: (305) 379-9000
    Facsimile: (305) 379-3428

    By: _____*s/Eyal Berger*_____
        D. Brett Marks, Esq.
        Fla. Bar No. 0099635
        bmarks@kpkb.com
        Eyal Berger, Esq.
        Fla. Bar No. 11069
        eberger@kpkb.com

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{Bankruptcy\0110\0779/M0381295 v.1; 12/20/2006 04:54 PM}

**SERVICE LIST**
**(VIA ELECTRONIC NOTICE)**

Steven M Abramowitz   sabramowitz@velaw.com
Albert H Adams   irbylawfirm@bellsouth.net
Rachel E Adams   radams@sctlaw.com
Adam L Alpert   aalpert@bushross.com, bnkecf@bushross.com;egross@bushross.com
Amroc Investments, LLC   dleinwand@amrocinvestments.com
Rod Anderson   rod.anderson@hklaw.com, wendysue.henry@hklaw.com
Melissa H Andrade   mandrade@bmaklaw.com
Jerald N Andry   jayandry@cox.net
D. J. Baker   djbaker@skadden.com
Kenneth C Baker   kcbaker@eastmansmith.com
Charles S Ball   sball@bcattys.com, dratliff@bcattys.com
Helen D Ball   hball@bradleyarant.com, hball@bradleyarant.com
Frank E Ballard   ericalpayne@insightbb.com
Zachary J Bancroft   zachary.bancroft@lowndes-law.com
William W Banks   wright.banks@law.state.ga.us
Dale R Baringer   dale@baringerlawfirm.com, karen@baringerlawfirm.com
Earl M. Barker   embarker@bellsouth.net, hollynf@bellsouth.net;dlhartwell@bellsouth.net
Kelly M Barnhart   kbarnhart@mskpc.com
Matthew Scott Barr   mbarr@milbank.com, lmandel@milbank.com,mcomerford@milbank.com,jbrewster@milbank.com
Paul C Bartley   bartleylaw@knology.net
Gene Barton   gbartonatty@bellsouth.net
Philip A Bates   philipbates@bellsouth.net, lucysmith@bellsouth.net
Matt E Beal   matt.beal@lowndes-law.com
Rick J Bearfield   rjbearfield@bearmc.com
Jeffrey R. Becker   vsimpson@hidayricke.com
Brian S Behar   bsb@bgglaw.net
Richard M Behr   rbehr@florida-law.com
Keith L Bell   kbell@cphlaw.com
Marc A. Ben-Ezra   mben-ezra@fcllaw.com
Jay R Bender   jbender@bradleyarant.com
Lee R Benton   lbenton@bcattys.com, cturner@bcattys.com
Leslie A Berkoff   lberkoff@moritthock.com
Richard J Bernard   rbernard@bakerlaw.com
Brendan G. Best   bbest@dykema.com
John G Bianco   jgb@trippscott.com, dst@trippscott.com
Stephenie M. Biernacki   sbiernacki@gray-robinson.com
James E Bird   jbird@pswslaw.com
Ace J Blackburn   ablackburn@cmlbro.com, crankine@cmlbro.com
David A. Blansky   dab@lhmlawfirm.com
James A. Bledsoe   jab@bslmr.com
Johnathan C Bolton   jbolton@fulbright.com
Wanda Borges   borgeslawfirm@aol.com

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131   305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431   561.961.1831

{Bankruptcy\0110\0779/M0381295 v.1; 12/20/2006 04:54 PM}

Chad S. Bowen    ecf@jennisbowen.com, mclift@jennisbowen.com;kkearney@jennisbowen.com;nbisignano@jennisbowen.com;agavin@jennisbowen.com
Beau Bowin    bbowin@smithhulsey.com
Michael T. Bowlus    mbowlus@fjbd.com
Wesley J Boyer    wjboyer_2000@yahoo.com
Jean Winborne Boyles    jboyles@jhvgmlaw.com
Dustin P Branch    dustin.branch@kattenlaw.com, carole.levine@kattenlaw.com,jeri.bradshaw@kattenlaw.com,kathleen.beaver@kattenlaw.com,adelle.shafer@kattenlaw.com
John S Brannon    john.brannon@tklaw.com
Meredith N Brasca    mnbrasca@aol.com
Clyde E Brazeal    ebrazeal@walstonwells.com
Wendy D Brewer    wbrewer@btlaw.com, mrilyn.strange@btlaw.com,bankruptcyindy@btlaw.com
John P Brice    lexbankruptcy@wyattfirm.com
Brian P Britt    cpizzotti@wbbwlaw.com
Keith E Broll    keithbroll@riceroselaw.com
James M Brown    mbrown@gwblawfirm.com
Robert J Brown    lexbankruptcy@wyattfirm.com
Scott N Brown    snb@smrw.com
Andrew M. Brumby    abrumby@shutts-law.com, rhicks@shutts-law.com
W. Steven Bryant    hobankecf@lockeliddell.com
Rachel S Budke    rachel_budke@fpl.com
Jason B. Burnett    jburnett@gray-robinson.com, jconley@gray-robinson.com
Stephen D. Busey    busey@smithhulsey.com
Thomas R. Califano    thomas.califano@dlapiper.com
David P Canas    dpc@h3gm.com
L Phillip Canova    pcanova@eatel.net, canodel109@eatel.net
Stephen R Caplan    scaplan860@aol.com, melissa@stephencaplan.com
Dawn A Carapella    dacarapella@trenam.com
Rilyn A Carnahan    rcarnahan@ebcblaw.com
James S. Carr    jcarr@kelleydrye.com
Linda J. Casey    caseyl@pepperlaw.com
George B Cauthen    george.cauthen@nelsonmullins.com, georgia.vernon@nelsonmullins.com
Myers Carroll Cayer    cayer@terrellhogan.com
Michael E Cecil    courtmail@schuylaw.com
Jeffrey A Chadwick    jeffrey.chadwick@kattenlaw.com
Lee Champion    kew@psstf.com
B Summer Chandler    schandler@mckennalong.com
Stephen G Charpentier    steve@brevardlawyer.com
Robin Bryan Cheatham    robin.cheatham@arlaw.com
Michael S J Chernau    chernaum@chesterfield.gov
Charles I Cohen    ccohen@furrcohen.com
Lance Paul Cohen    cohenthurston@cs.com
Michael E Collins    mcollins@manierherod.com,

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131 305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431 561.961.1831

{Bankruptcy\0110\0779/M0381295 v.1; 12/20/2006 04:54 PM}

mranks@manierherod.com,tpennington@manierherod.com,swilliams@manierherod.com
Neal D. Colton    NColton@Cozen.com
Contrarian Funds, LLC    alisa@contrariancapital.com
David J Cook    cookdavidj@aol.com
Kenneth D Cooper    kcooper543@aol.com
C. Timothy Corcoran    ctcorcoran@mindspring.com, asst.ctcorcoran@mindspring.com
Andre G Coudrain    agc@clcsattorneys.com
Betsy C Cox    bcox@rtlaw.com, sb1@rtlaw.com
David N Crapo    dcrapo@gibbonslaw.com
Gregory K. Crews    greg@crewslegal.com
John J Cruciani    jcruciani@blackwellsanders.com
James O Cure    jocure@cureandfrancis.net
Timothy J. Curtin    tjcurtin@varnumlaw.com
Vincent E Damian    vdamian@skdrlaw.com
Gardner F. Davis    gdavis@foley.com, bmjones@foley.com
Ronald J Davis    rdavis@rondavislaw.com
Ryan E Davis    rdavis@whww.com, rwilliams@whww.com
Heather D Dawson    hdawson@kkgpc.com, mkelley@kkgpc.com
Michael R DeMinico    mike.deminico@dennishernandez.com
Robert J Dehney    rdehney@mnat.com, mflynn@mnat.com
Caryl E. Delano    cdelano@addisondelano.com,
dlesnek@addisondelano.com;litigation1@addisondelano.com
Scott A DiSalvo    sdisalvo@faziodisalvo.com
Angel R Diaz    adiaz@kirshnerandgroff.com
John P Dillman    houston_bankruptcy@publicans.com
Jeffrey R Dollinger    dollinger@scruggs-carmichael.com
Matthew M Donaldson    mdonaldson@kennedylawgroup.com
Mary Joanne Dowd    dowd.mary@arentfox.com
Christie L Dowling    cdowling@balch.com
Mark G Duncan    mduncan@dwyercambre.com
Dennis F. Dunne    ddunne@milbank.com
Michael J Durrschmidt    mdurrschmidt@hirschwest.com, tjimenez@hirschwest.com
David W. Dykhouse    dwdykhouse@pbwt.com
Andrew B. Eckstein    aeckstein@blankrome.com
Michael L. Edwards    mleclo@bellsouth.net
Henry A. Efroymson    henry.efroymson@icemiller.com
Jason H Egan    jegan@mowreylaw.com
C Craig Eller    celler@broadandcassel.com
Earle I Erman    eerman@ermanteicher.com
Elena L Escamilla    elena.l.escamilla@usdoj.gov
William L Esser    willesser@parkerpoe.com
William J. Factor    wfactor@seyfarth.com
Fair Harbor Capital, LLC    fglass@fairharborcapital.com
Anthony V Falzon    afalzon@miami-law.net
Alexandra S Fannon    silvaa@ci.richmond.va.us
Oscar B Fears    bo.fears@law.state.ga.us

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{Bankruptcy\0110\0779/M0381295 v.1; 12/20/2006 04:54 PM}

David B. Ferebee     ferebeeatlaw@bellsouth.net, dbf1law@hotmail.com
Lara Roeske Fernandez     lrfernandez@trenam.com, klgerber@trenam.com
Richard L Ferrell     ferrell@taftlaw.com
Charles J. Filardi     charles@filardi-law.com
Brian T FitzGerald     fitzgeraldb@hillsboroughcounty.org, litigation@hillstax.org;fredericks@hillsboroughcounty.org;matthewsl@hillsboroughcounty.org
Deborah L Fletcher     DFletcher@KilpatrickStockton.com
J David Forsyth     jdf@sessions-law.com
Tompkins A Foster     tfoster@fosterandlindeman.com
Sally B Fox     sfox@esclaw.com
Shawn Randall Fox     sfox@mcguirewoods.com, rcox@mcguirewoods.com
Joseph D Frank     jfrank@fgllp.com, ccarpenter@fgllp.com;jkleinman@fgllp.com
Rodger J Friedline     bankruptcy@fandmlaw.com
Barry A Friedman     bky@bafmobile.com, fern@bafmobile.com
Mark J Friedman     mark.friedman@dlapiper.com
Adam Frisch     afrisch@hilawfirm.com, afrisch@hilawfirm.com
Kenneth O Fritz     fritz_ken@mail.chattanooga.gov
Mary Louise Fullington     lexbankruptcy@wyattfirm.com
Todd Mark Galante     tmg@stjohnlaw.com
J. Nathan Galbreath     ngalbreath@pattonboggs.com
Jay M Gamberg     lbernstein@gamberglaw.com
David L Gay     dgay@smithhulsey.com
Gill R Geldreich     icflorida@state.tn.us
Melody D Genson     melodydgenson@verizon.net
Charles L. Gibbs     cgibbs@papmet.com
James S Ginocchio     jim.ginocchio@hcpros.org
Gary Ginsburg     gginsburg@ngmpc.com
Robert S Gipe     jtripp@papaandgipe.com
James J. Glover     jglover@wlj.com
Eric S Golden     egolden@bakerlaw.com, mccoy@bakerlaw.com;OrlBakerDocket@bakerlaw.com
Alberto F Gomez     algomez@morsegomez.com
Priscilla W Grannis     priscilla@rjlaw.com
Danielle K Greco     danielle_greco@alnb.uscourts.gov, hball@bradleyarant.com
Ira S. Greene     isgreene@hhlaw.com
Reginald A. Greene     reginald.greene@bellsouth.com
Paige A. Greenlee     pgreenlee@hwhlaw.com
Kyle R Grubbs     kgrubbs@fbtlaw.com
Rudi R Grueneberg     rgrueneberg@rglawgroup.com
Brian F Guillot     bfguil@cox.net
Allen J Guon     aguon@shawgussis.com
Jordi Guso     jguso@bergersingerman.com, fsellers@bergersingerman.com
Jim H Guynn     jim.guynn@g-mpc.com
Matthew W Hamilton     mhamilton@amph.com
Marc L. Hamroff     mhamroff@moritthock.com
Brian T Hanlon     tc_legal_services@co.palm-beach.fl.us

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{Bankruptcy\0110\0779/M0381295 v.1; 12/20/2006 04:54 PM}

David M Hansen     david.hansen@la.gov
Catherine A Harrison     charrison@millermartin.com, pjstarr@millermartin.com;gbisbee@millermartin.com
John W Harrison     johnwharrison@bellsouth.net
Patrick L. Hayden     phayden@mcguirewoods.com
Edwin W Held     eheld@hilawfirm.com
Larry D. Henin     lhenin@andersonkill.com
Neil E Herman     Nherman@morganlewis.com
Henry Hernandez     bankruptcy@lawperez.com
Kenneth D. Herron     kherron@whmh.com , jsenecal@whmh.com,poates@whmh.com
David E. Hicks     courtinfo@bcylaw.com
Terrance A Hiller     tah@kompc.com
John E Hinkel     jhinkel@fmblaw.com
Robert L Holladay     robert.holladay@youngwilliams.com
Ralph E Hood     rhood@khmllp.com
Brian D. Huben     brian.huben@kattenlaw.com
Phillip M Hudson     pmhudson@arnstein.com, rkcummings@arnstein.com
Patrick L Huffstickler     plhuffst@coxsmith.com
John B Hutton     huttonj@gtlaw.com, huttonj@gtlaw.com
Troy J Iannucci     lawyers@latourlawfirm.com
Kimberly H. Israel     , khisrael@hilawfirm.com
Kimberly H. Israel     khisrael@hilawfirm.com, khisrael@hilawfirm.com
Camille J Iurillo     ciurillo@iurillolaw.com
Cynthia C. Jackson     cjackson@smithhulsey.com
Edward P Jackson     edward@edwardpjackson.com, jo@edwardpjackson.com
Michael D Jankowski     mjankows@reinhartlaw.com
Solomon J. Jaskiel     soljas@aol.com
David S Jennis     ecf@jennisbowen.com, mclift@jennisbowen.com;kkearney@jennisbowen.com;agavin@jennisbowen.com;nbisignano@jennisbowen.com
Jason Ward Johnson     jason.johnson@lowndes-law.com, joann.anderson@lowndes-law.com
Harold D Jones     hjones@jshllp.com, rlieman@jshllp.com
Katherine H Jones     kjones@roanokecountyva.gov
Richard K. Jones     rkjones@mppkj.com
Stanley K Joynes     sjoynes@joynesknight.com
Benjamin A Kahn     bkahn@npaklaw.com, donna.roland@jpfinancial.com
Jon E Kane     jkane@mateerharbert.com, ccrumrine@mateerharbert.com
Ronald Scott Kaniuk     rkaniuklaw@aol.com
Matthew E Kaplan     mkaplan@kaplanfreedman.com
Andrew C. Kassner     kassneac@dbr.com
Amy K Kaufman     akkaufman@ag.state.oh.us
Dena C Kaufman     dckaufman@hhlaw.com, khseal@hhlaw.com,bjgrieco@hhlaw.com
Michael A Kaufman     michael@mkaufmanpa.com
Craig I Kelley     craig@kelleylawoffice.com, martha@kelleylawoffice.com
Kentucky Department of Revenue     jenniferl.howard@ky.gov
Mark S. Kessler     apksm@aol.com

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{Bankruptcy\0110\0779/M0381295 v.1; 12/20/2006 04:54 PM}

Elena P. Ketchum      eketchum.ecf@srbp.com
Jocelyn Keynes      jk@stevenslee.com
Rehan N. Khawaja      khawaja@fla-bankruptcy.com
Luke A Kill      lkill@sgpc.com
Scott T Kimmel      skimmel100@aol.com, kjazz1794@comcast.net
Roy S Kobert      orlandobankruptcy@broadandcassel.com
Michael S Kogan      mkogan@ecjlaw.com, slee@ecjlaw.com
Alan W Kornberg      jgladstone@paulweiss.com
Gerard M Kouri      gmkouripa@bellsouth.net
John W Kozyak      jk@kttlaw.com, ypaz@kttlaw.com,la@kttlaw.com
Stuart A. Krause      skrause@zeklaw.com
Joyce A Kuhns      jkuhns@saul.com
Ian J Kukoff      ian.kukoff@blaxgray.com
Jeffrey Kurtzman      JKurtzma@Klehr.com
Nina M LaFleur      nina@lafleurlaw.com
Maria J LaSala      mjlasala@aol.com
Darryl S. Laddin      bkrfilings@agg.com
Thomas J Lallier      tlallier@foleymansfield.com
David M Landis      dlandis@mateerharbert.com, hubillus@mateerharbert.com
Robert P Laney      blaney@mcelweefirm.com
David W Langley      dave@flalawyer.com
David L Langston      lancelangston@earthlink.net
Gregory A. Lawrence      greg@lawyers-jacksonville.com
William Edward Lawton      Wlawton@drml-law.com
Elena Lazarou      elazarou@reedsmith.com
Robert L LeHane      rlehane@kelleydrye.com, BankruptcyCourt@KelleyDrye.com
Dennis J LeVine      courtinfo@bcylaw.com
Thomas J Leanse      thomas.leanse@kattenlaw.com, carole.levine@kattenlaw.com;kathleen.beaver@kattenlaw.com;jeri.bradshaw@kattenlaw.com;adelle.shafer@kattenlaw.com
Thomas R Lehman      esf@tewlaw.com, trl@tewlaw.com
David E Lemke      david.lemke@wallerlaw.com, chris.cronk@wallerlaw.com;cathy.thomas@wallerlaw.com;wallerbankruptcy@wallerlaw.com
Chris Lenhart      lenhart.chris@dorseylaw.com
Patrick T Lennon      ptl@macfar.com
Alvin R Lenoir      alvinlenoir@yahoo.com
James P S Leshaw      leshawj@gtlaw.com
Bruce Levinson      b.levinson@verizon.net
Mark A Levy      mark.levy@brinkleymcnerney.com
Joseph W Lewis      Joelewislaw@yahoo.com
Stephen Lewis      slewis@stoltzusa.com
Luisa M Linares      llinareslaw@aol.com
Alan Jay Lipkin      maosbny@willkie.com
Liquidity Solutions, Inc      lsi@liquiditysolutions.com, sfriedberg@liquiditysolutions.com;rminkoff@liquiditysolutions.com
Louis L Long      long@chesserbarr.com, johnna@chesserbarr.com

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{Bankruptcy\0110\0779/M0381295 v.1; 12/20/2006 04:54 PM}

Sara E Lorber    slorber@seyfarth.com
Margaret C Lumsden    mclumsden@ulslaw.com
John B. Macdonald    john.macdonald@akerman.com
Madison Liquidity Investors, LLC    sbishop@madisonliquidity.com
Richard H Malchon    richard.malchon@ruden.com
Jeffrey S. Margolin    margolin@hugheshubbard.com
Robert M Marino    rmarino@reedsmith.com
Bradley R Markey    BRM@stmlaw.net, SMR@stmlaw.net
Michael C Markham    mikem@jpfirm.com, cathyk@jpfirm.com
Johanna E Markind    jmarkind@att.net
Lawrence J Marraffino    ljmarra@bellsouth.net
James W Martin    jmartin@simplawatlanta.com
Philip V Martino    philip.martino@dlapiper.com, christy.soberanis@dlapiper.com
Kenneth G. M. Mather    kmather@hinshawlaw.com
Marie A Mattox    marie@mattoxlaw.com, frances@mattoxlaw.com
Walter F. McArdle    wfm@spain-gillon.com
Annette Kerlin McBrayer    amcbrayer@ebglaw.com
Charles W. McBurney    cmcburney@bellsouth.net
Charles S. McCall    charles.mccall@hklaw.com
Jerrett M. McConnell    bankruptcy@fandmlaw.com
John H. McCorvey    jm1062@aol.com
C Luckey McDowell    luckey.mcdowell@bakerbotts.com
David R McFarlin    dmcfarlin@whmh.com, psmith@whmh.com,mbretana@whmh.com
Richard J McIntyre    rjmcintyre@trenam.com
Thomas H. McLain    tmclain@fishersauls.com
William S McMahon    wmcmahon@choate.com
Austin L. McMullen    amcmulle@bccb.com
Andrew D McNamee    amcnamee@swmwas.com, larrazola@swmwas.com;cgraver@swmwas.com
Marc T McNamee    mmcnamee_br@nealharwell.com
Derek F Meek    dmeek@burr.com, msolomon@burr.com;jcrawfor@burr.com
Kenneth C Meeker    ken.meeker@usdoj.gov
Richard M. Meth    rmmnybankruptcy@pitneyhardin.com
Laura D Metzger    ldmetzger@mayerbrownrowe.com
Lawrence H Meuers    lmeuers@meuerslawfirm.com, snurenberg@meuerslawfirm.com;lcastle@meuerslawfirm.com;nbucciarelli@meuerslawfirm.com
G Christopher Meyer    cmeyer@ssd.com
Robert C Meyer    meyerrobertc@cs.com
Todd C Meyers    tmeyers@kilpatrickstockton.com
Philip E Miles    pmiles@alabamatortlaw.com
Christopher C. Miller    cmiller@mgm.com
Kathleen M. Miller    kmm@skfdelaware.com
Stephen M Miller    smiller@morrisjames.com
David F Mills    david@mastschulz.com
Mark Minuti    mminuti@saul.com

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131 305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431 561.961.1831

{Bankruptcy\0110\0779/M0381295 v.1; 12/20/2006 04:54 PM}

T David Mitchell     tdavidmitchell@msn.com
Joseph Thomas Moldovan     jmoldovan@morrisoncohen.com, bankruptcy@morrisoncohen.com
Richard A Montague     rmontague@wellsmoore.com
Brett S. Moore     bsmoore@pbnlaw.com
Frank H Moore     hmoore@cmbfirm.com, dbrewer@cmbfirm.com
John A Moore     jmoore@pogolaw.com
Mindy A Mora     mmora@bilzin.com, eservice@bilzin.com;lflores@bilzin.com;mfoster@bilzin.com
Lee P Morgan     lmorgan@morganlawyers.com
Deborah M Morris     deborah.m.morris@usdoj.gov
C Daniel Motsinger     cmotsinger@kdlegal.com, ispells@kdlegal.com,Roeosc@aol.com
Richard H Nash     mbarnes06@bellsouth.net
Larren M Nashelsky     lnashelsky@mofo.com
Albert F. Nasuti     anasuti@tokn.com
Bruce S. Nathan     bnathan@lowenstein.com
Bradley P Nelson     nelson@sw.com
Carole Neville     cneville@sonnenschein.com
Peter E. Nicandri     pnicandri@milamhoward.com, hdurham@milamhoward.com
James J. Niemeier     jniemeier@mnmk.com,awoodard@mnmk.com
Douglas C Noble     nobled@phelps.com, hoffmank@phelps.com
Donald A Nohrr     dnohrr@gray-robinson.com
Michael A Paasch     mpaasch@mateerharbert.com, kchurch@mateerharbert.com
Michael Palahach     mpalahach@palahachcruanes.com
Merritt A. Pardini     merritt.pardini@kmzr.com
E. Warren Parker     parker@jaxlawcenter.com, dmilford@jaxlawcenter.com
Barbra R. Parlin     nyc-bkcyecf@hklaw.com
Jimmy D Parrish     bankruptcynotice@groneklatham.com
Jay D. Passer     tbcc2@verizon.net, kathykorson@hotmail.com
Patrick P. Patangan     patrick.patangan@akerman.com
Aaron D. Patton     apatton@murrayfrank.com
David J Pedersen     djpedersen@cfl.rr.com
Armando A Perez     perezarm@bellsouth.net
Christian A Petersen     cpetersen@gunster.com
Edward J. Peterson     epeterson.ecf@srbp.com
Torrence R Phillips     torrence@hlalaw.com
David L Pollack     pollack@ballardspahr.com
Geraldine E Ponto     gponto@gibbonslaw.com
James H. Post     jpost@smithhulsey.com
Leanne McKnight Prendergast     lprendergast@smithhulsey.com
Charles S Prentace     charles.prentace@norfolk.gov
Robert E Price     rprice@replegal.com, bvoelkl@replegal.com
David C Profilet     dprofilet@the-beach.net
Peter N Pross     ppross@eckertseamans.com
Nicholas V. Pulignano     npulignano@marksgray.com, slw@marksgray.com
Paul Pysczynski     paulp@lancasterlawyers.com, debbieh@lancasterlawyers.com;ppyski@aol.com

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{Bankruptcy\0110\0779/M0381295 v.1; 12/20/2006 04:54 PM}

Charles V Quinn    cquinn@dbl-law.com
Rex D. Rainach    rainach@msn.com
Charles M Rand    legal0103@aol.com, lisaatCRand@aol.com
Peter J Rathwell    prathwell@swlaw.com
Adam Ravin    aravin@skadden.com, rgray@skadden.com,jleamy@skadden.com,kward@smithhulsey.com,dturetsk@skadden.com,dkaloudi@skadden.com,jwoodfie@skadden.com,jlederer@skadden.com
Eric T. Ray    eray@balch.com
Dean A Reed    dino4897@yahoo.com
Diane G. Reed    dianegreed@sbcglobal.net
Jeffrey C. Regan    jregan@rzwlaw.com, kmoran@rzwlaw.com;bcrawford@rzwlaw.com
Russell L Reid    russell.reid@hellerehrman.com
T Dwight Reid    mistiej@aol.com
Steven J. Reisman    sreisman@cm-p.com , athau@cm-p.com
Brian G Rich    brich@bergersingerman.com, efile@bergersingerman.com;jdiaz@bergersingerman.com
Michael L Rich    mrich@dbl-law.com
Sarah Richardson    srichard@co.pinellas.fl.us
Larry B Ricke    larry.ricke@leonard.com
Harley E Riedel    hriedel.ecf@srbp.com, hriedel.ecf@srbp.com
Fred B. Ringel    fringel@pobox.com
Richard A Robinson    rrobinson@bakerlaw.com, pshivamber@bakerlaw.com;OrlBakerDocket@bakerlaw.com
John T Rogerson    jrogerson@vbwr.com, fdepaolo@vbwr.com,acroft@vbwr.com,jspanopoulos@vbwr.com
Mark S Roher    mroher@rprslaw.com, mlopez@rprslaw.com;lschiller@rprslaw.com
Adam L. Rosen    mail@srsllp.com
Avrum J. Rosen    arosen@avrumrosenlaw.com
Mitchell S Rosen    mrosen@rosenlawgroup.com, lmurrah@rosenlawgroup.com
Paul M Rosenblatt    prosenblatt@kilpatrickstockton.com
Neal M. Rosenbloom    NRosenbloom@finkgold.com
Jason A Rosenthal    Jason@therosenthallaw.com
Fox Rothschild    nybkfilings@foxrothschild.com
Edward P Rowan    erowan@lkrhmobile.com
J Casey Roy    roy@mcclainleppert.com
David S Rubin    drubin@kswb.com
Guy B Rubin    guy.rubin@rubinandrubin.com
Robert B. Rubin    brubin@burr.com
Rachel L Rubio    rrubio@mdrtlaw.com
Shelley D Rucker    srucker@millermartin.com
Frederick F Rudzik    rudzikf@dor.state.fl.us
Maura I Russell    jguerrier@dreierllp.com
Peter D. Russin    prussin@melandrussin.com, ltannenbaum@melandrussin.com
Teresa Sadutto    tsadutto@platzerlaw.com
Anthony M Salzano    asalzano@pascocountyfl.net, tosipov@pascocountyfl.net
Anthony F Sanchez    afspalaw@aol.com

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{Bankruptcy\0110\0779/M0381295 v.1; 12/20/2006 04:54 PM}

Ashley E Sandage     aes@clcsattorneys.com
Al A Sarrat     asarrat@jacobssarrat.com
Michael M Schmahl     mschmahl@mcguirewoods.com
Marvin S. Schulman     mschulmanpa@aol.com
Sarah L Schultz     sschultz@akingump.com
Gregory J. Seketa     franklin.berg@4086.com
Ed S. Sell     eds@sell-melton.com
Joel M Shafferman     joel@shafferman.com
James D Shannon     jshannon@shannonlawfirm.com, sbarlow@shannonlawfirm.com
Susan H Sharp     ssharp.ecf@srbp.com
Daniel Carr Shaughnessy     lindsaylaw@bellsouth.net
Mary Kay Shaver     mkshaver@varnumlaw.com
Andrew Howard Sherman     asherman@sillscummis.com
Lynn Welter Sherman     lsherman@hwhlaw.com, lbecker@hwhlaw.com
Bradley S Shraiberg     bshraiberg@kpkb.com
R Scott Shuker     bankruptcynotice@groneklatham.com
Timothy P. Shusta     shustat@phelps.com, yosta@phelps.com
Robert J Shuttera     rshuttera@flapersonalinjury.com
Wendy M Simkulak     wmsimkulak@duanemorris.com
Wayne M Singletary     courtmail@schuylaw.com
Peter L. Slinn     plslinn@stoel.com
Thomas R. Slome     mail@srsllp.com
Aaron C Smith     asmith@lordbissell.com
Anthony J. Smits     anthony.smits@bingham.com
Richard G. Smolev     rsmolev@kayescholer.com
Walter J. Snell     snellandsnell@mindspring.com, snellandsnell@hotmail.com
Kristofor D Sodergren     bankruptcy@hsmbb.com
Marc P Solomon     msolomon@burr.com
James E Sorenson     bk@wggdlaw.com
Rhysa G South     sou06@co.henrico.va.us
Karen K Specie     specie@scruggs-carmichael.com, darden@scruggs-carmichael.com;kstinson@scruggs-carmichael.com
Arthur J Spector     aspector@bergersingerman.com
Mark D. Speed     mds@markdspeedlaw.com
Thomas St Germain     tom@weinlaw.com, christie@weinlaw.com
David N Stern     dstern@gjb-law.com, vdueppe@gjb-law.com;lpantaleon@gjb-law.com;tmessana@gjb-law.com
Don M Stichter     dstichter.ecf@srbp.com
Scott A. Stichter     sstichter.ecf@srbp.com
Dennis J Stilger     djstilger@insightbb.com
Susan F Stivers     susan.stivers@ky.gov
Ray H Stoess     raystoess@bellsouth.net
Philip D Storey     pds@aswmpa.com, MByrd@aswmpa.com
Alan C Stout     stephanie@sfk-law.com, astout@stoutlaw.com
Sabrina L. Streusand     streuss@hughesluce.com
Jerry W Sullivan     jwsullivan@lgsdalaw.com

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{Bankruptcy\0110\0779/M0381295 v.1; 12/20/2006 04:54 PM}

Charles P Summerall    csummerall@bmsmlaw.com, pmarfizo@bmsmlaw.com
Stephen B. Sutton    ssutton@lathropgage.com
David L Sweat    dsweat@rueziffra.com, tponder@rueziffra.com
Douglas B Szabo    douglas.szabo@henlaw.com, maria.figueroa@henlaw.com
Joel L. Tabas    jtabas@tfsmlaw.com
Tina M Talarchyk    ttalarchyk@ssd.com, aparker@ssd.com
Gene B Tarr    gbt@btcmlaw.com
Benjamin D Tarver    questions@bankruptcy.intranets.com
Robert J Telfer    rtelfer@ctrfa.com
Richard R Thames    rrthames@stmlaw.net, blc@stmlaw.net
Janet H. Thurston    cohenthurston@cs.com
David J Tong    djt@saxongilmore.com, acuff@saxongilmore.com
Laura L. Torrado    ltorrado@bear.com
Trade-Debt.net    tmcguire@trade-debt.net
Kristen F Trainor    ktrainor@shb.com
Ronald M Tucker    rtucker@simon.com, cmartin@simon.com,rwoodruff@simon.com,,ncaldwell@simon.com,ptropepe@simon.com
Harran E Udell    hudell@forthepeople.com
United States Trustee - JAX    USTP.Region21.OR.ECF@usdoj.gov
Raymond J. Urbanik    rurbanik@munsch.com
Thomas C. Valentine    tvalentine@walterslevine.com
Marcio W. Valladares    , kristin.field@usdoj.gov
Lori V. Vaughan    lvaughan@foley.com, mgrettenberger@foley.com
Jay B Verona    jay@veronalawgroup.com, connie@veronalawgroup.com
Franklin T Walden    waldenlegal@aol.com
David H Wander    dwander@wanderlaw.com
Richard Whitney Ward    rwward@airmail.net
Michael D. Warner    bankruptcy@warnerstevens.com
Allan C Watkins    watkinslaw@worldnet.att.net
Regina Wedig    rswedig@bellsouth.net
Leslie G Weeks    lgw@helmsinglaw.com
Alan M. Weiss    alan.weiss@hklaw.com
Scott R Weiss    scott.weiss@marshallwatson.com
John W Wesley    wesleyandassociates@earthlink.net
Margaret R Westbrook    lhogewood@kennedycovington.com, cevans@kennedycovington.com;bfork@kennedycovington.com
David B. Wheeler    davidwheeler@mvalaw.com
Stephen D Wheelis    steve@wheelis-rozanski.com
Hurley Partin Whitaker    hpw@whitakerlaw.com
William Douglas White    wdw@mccarthywhite.com
Joseph C Whitelock    jowhiteloc@aol.com
Robert D Wilcox    rwilcox@wilcoxlawfirm.com
John J. Wiles    bankruptcy@evict.net
Amy Pritchard Williams    swilliams@kennedycovington.com
Steven R Wirth    swirth@kayescholer.com
Jeffrey C Wisler    jwisler@cblh.com

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{Bankruptcy\0110\0779/M0381295 v.1; 12/20/2006 04:54 PM}

David A Wolf    dwolf@woodatter.com
Frank J. Wright    bankruptcy@hswgb.com
Allan E. Wulbern    awulbern@smithhulsey.com
Robert L Wunker    rwunker@rutherfordmulhall.com
Heather L Yonke    hyonke@gjb-law.com, ctarrant@gjb-law.com;hburke@gjb-law.com
JRichard Young    jry@stumplaw.com
William Knight Zewadski    z@trenam.com
Brian D Zinn    bzinn@gbclaw.com, jmoore@gbclaw.com
Scott A. Zuber    szuber@pitneyhardin.com

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{Bankruptcy\0110\0779/M0381295 v.1; 12/20/2006 04:54 PM}