UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Reorganized Debtors.[1] | ) Jointly Administered |

## NOTICE OF HEARING

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **January 10, 2007, at 9:30 a.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the *Application for Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred by the Indenture Trustee for the Winn-Dixie Notes* (the "Application"), in the amounts set forth on **Schedule A** annexed hereto. Copies of the Application may be obtained by contacting the undersigned.

Only objections filed and served on (i) Steven J. Reisman and Theresa Foudy at sreisman@cm-p.com and tfoudy@cm-p.com, Curtis, Mallet-Prevost, Colt & Mosle LLP, 101 Park Avenue, New York, New York 10178; (ii) Arthur J. Spector at aspector@bergersingerman.com, Berger Singerman, PA, 350 E. Las Olas Blvd., Suite 1000, Fort Lauderdale, Florida 33301; (iii) Brian G. Rich at brich@bergersingerman.com, Berger Singerman, PA, 315 South Calhoun Street, Suite 712, Tallahassee, Florida 32301; (iv) Jay Borow at jborow@capstoneag.com, Capstone Advisory Group, LLC, 1065 Avenue of the Americas, Suite 1801, New York, New York 10018; (v) D.J. Baker at djbaker@skadden.com, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036; and (vi) Cynthia C. Jackson at cjackson@smithhulsey.com, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, so as to be received by **January 3, 2007**, will be considered

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

3319714v1

by the Bankruptcy Court at the hearing. The relief requested in the Application may be granted without a hearing if no objection is timely filed.

You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pantsuit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: New York, New York
    December 19, 2006

Respectfully submitted by counsel:

By  /s/ Brian G. Rich
Brian G. Rich 038229
BERGER SINGERMAN, PA
315 South Calhoun Street, Suite 712
Tallahassee, Florida 32301
Tel: (850) 561-3010
Fax: (850) 561-3013
E-Mail: brich@bergersingerman.com

Arthur J. Spector 620777
BERGER SINGERMAN, PA
350 E. Las Olas Blvd., Suite 1000
Fort Lauderdale, FL 33301
Tel: (954) 713-7511
Fax: (954) 523-2871
Email: aspector@bergersingerman.com

Paul Steven Singerman 378860
BERGER SINGERMAN, PA
200 South Biscayne Blvd., Suite 1000
Miami, Florida 33131
Tel: (305) 755-9500
Fax: (305) 714-4340
E-Mail: singerman@bergersingerman.com

Steven J. Reisman
Theresa Foudy
CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178-0061
Tel: (212) 696-6000
Fax: (212) 697-1559
E-Mail: sreisman@cm-p.com
        tfoudy@cm-p.com

## SCHEDULE A

| SUMMARY OF INDENTURE TRUSTEE EXPENSES (FOR THE PERIOD OF FEBRUARY 21, 2005 THROUGH NOVEMBER 21, 2006) | | | |
|---|---|---|---|
| PROFESSIONAL | FEES | EXPENSES | TOTAL |
| Wilmington Trust | $107,273.10 | $ 2,963.48 | $110,236.58 |
| Curtis | 617,440.50 | 37,112.26 | 654,552.76 |
| Berger Singerman | 64,948.00 | 2,168.35 | 67,116.35 |
| Capstone | 13,478.40 | 0.00 | 13,478.40[2] |
| Total | $803,140.00 | $42,244.09 | $845,384.09 |

---

[2] While the invoices of Capstone attached to this Application reflect fees and expenses of $438,478.40, $425,000 of such fees and expenses constitute Substantive Consolidation Expenses and thus payment of such Substantive Consolidation Expenses is not requested pursuant to this Application.

3319714v1                                      -3-