**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CASE NO:   3:05-bk-3817
Chapter    11

IN RE:

**WINN-DIXIE STORES, INC.,**

<u>**Debtor(s)**</u>

### ORDER STRIKING REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

The Court finds that the Request for Payment of Administrative Expense Claim filed by Robert L.F. Polsky on behalf of Digna Gonzalez on December 15, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Request for Payment of Administrative Expense Claim filed by Robert L.F. Polsky on behalf of Digna Gonzalez on December 15, 2006, is stricken from the record.

**DATED December 18, 2006**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Robert L.F. Polsky, 782 N.W. 42nd Avenue, Sutie 345, Miami, FL 33126

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: baldws             Page 1 of 1              Date Rcvd: Dec 18, 2006
Case: 05-03817                Form ID: pdfdoc          Total Served: 1

The following entities were served by first class mail on Dec 20, 2006.
aty          +Robert L.F. Polsky,   LeJeune Center - Suite 345,   782 N.W. 42 Avenue,   Miami, FL 33126-5541

The following entities were served by electronic transmission.
NONE.                                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 20, 2006**                          **Signature:**    _Joseph Speetjens_