UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                          Case No. 05-03817-3F1

Winn-Dixie Stores, Inc., et al.,                               Chapter 11

Reorganized Debtors.                                           Jointly Administered

## MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Claimant, TAMARAR L. LISCUM, by and through her undersigned counsel, hereby files this Motion for Administrative Expense Claim, and in support thereof, states as follows:

1.      That on May 10, 2006, TAMARA L. LISCUM was an invitee at Winn-Dixie Store #728.

2.      While on the premises, she slipped and fell due to a negligent condition, to wit: a substantial amount of water was on the floor which as leaking from a flower display for Mother's Day.

3.       As a direct result of the fall, TAMARA L. LISCUM was caused to suffer serious injuries, pain and suffering.

4.      TAMARA L. LISCUM has incurred substantial medical in the treatment of her injuries. To date, TAMARA L. LISCUM has incurred medical bills in excess of $6,550.00 and more are expected.

5.      Claimant, TAMARA L. LISCUM, has sustained injuries, pain, suffering and loss of enjoyment of life for which she demands compensation in the amount of $35,000.00

WHEREFORE, TAMARA L. LISCUM hereby demands that she receives payment from WINN-DIXIE STORES, INC. for all of her medical bills incurred as a result of her injuries, as well as payment as compensation for her pain, suffering, injuries, damages and loss of enjoyment of life, as well as for all reasonable future medical expenses for said injuries. As full and final settlement of this claim, TAMARA L. LISCUM requests that she receive $41,550.00 from the debtor, WINN-DIXIE STORES, INC.

LAW OFFICE OF WOLF & PRAVATO
2222 Second Street
Fort Myers, FL 33901
(239) 337-4357
(239) 337-4794

By: _____
      VINCENT J. PRAVATO, ESQ.