IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

WINN-DIXIE STORES, INC., et al.,

Debtors.

Chapter 11

CASE NO. 05-03817-3F1

Jointly Administered

## REQUEST OF JAMIE SCHEXNAYDER FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Jamie Schexnayder ("Schexnayder"), by and through her undersigned counsel, requests that the Court enter an Order for the allowance and payment of its administrative expense claim pursuant to Bankruptcy Code §§ 365(d)(3) and/or 503(b) and states as follows:

1. The Debtors filed voluntary petitions under Chapter 11 of the Bankruptcy Code on February 21, 2005 and continued to manager their affairs as debtors-in-possession.

2. At the time the Debtors filed their Chapter 11 petition, Jamie Schexnayder slipped and fell in one of the Winn-Dixie stores, located in Denham Springs, Louisiana.

3. On or about May 4, 2006, Jamie Schexnayder and counsel for Winn Dixie Stores, Inc. entered into a settlement agreement of $10,000.00 to settle all claims incurred by Jamie Schexnayder's fall.

4. On or about June 6, 2006 an Agreed Order of Resolution fo the Litigation Claim of Jamie Schexnayder (Claim Nos. 264, 4269 and 4270) was filed with this Honorable Court. This ordered and adjudged that claim No. 4270 is allowed as an unsecured non-priority claim in the amount of $10,000.00 against Winn Dixie Montgomery, inc. in Case No. 05-03837 to be paid.

5.  Accordingly, Jamie Schexnayder, through undersigned counsel seeks allowance and payment of an unsecured non-priority claim in the amount of $10,000.00.

Dated: December 20, 2006

                                        **DeVONNA PONTHIEU, Attorney at Law, LLC**

By: _____
      DeVonna Ponthieu, Bar Roll No.: 27855
      210 N. Range Avenue
      Denham Springs, Louisiana 70726
      Phone: (225) 791-5552
      Fax: (225) 791-5592
      devonnap@bellsouth.net