UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING PETITION FOR AN ORDER RELEASING THE PETITIONERS FROM THIS BANKRUPTCY PROCEEDING

The Court finds that the Petition for an Order Releasing the Petitioners from the Bankruptcy Proceeding fiiled by Jack B. Nichols on behalf of Mattie V. DeKoster and Donald DeKoster on December 19, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED:**

The Petition for an Order Releasing the Petitioners from the Bankruptcy Proceeding filed by Jack B. Nichols on behalf of Mattie V. DeKoster and Donald DeKoster, on December 19, 2006, is stricken from the record.

**DATED December 20, 2006**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Jack B. Nichols, 801 N. Magnolia Avenue, Suite 414, Orlando, FL 32803