UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

Debtor(s)

## ORDER STRIKING APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

The Court finds that the Application for Payment of Administrative Expense Claim filed by Rafael Gonzalez on behalf of Pilar Cancio on December 18, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Application for Payment of Administrative Expense Claim filed by Rafael Gonzalez on behalf of Pilar Cancio, on December 18, 2006, is stricken from the record.

**DATED December 20, 2006**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Rafael Gonzalez, 6600 Taft Street, Suite 307, Hollywood, FL 33024