**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - CLAIMS TO BE CLASSIFIED AS**
**ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE**
**DETERMINED BY SUBSEQUENT COURT ORDER**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| ROBERTSDALE DEVELOPMENT, LLC | 12050 | $4,087.03 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | Debtor: WINN-DIXIE STORES, INC. | | | | |
| ROBERTSDALE DEVELOPMENT, LLC | 12051 | $4,087.03 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | |
| RONALD BENDERSON 1995 TR/BENDERSON | 10145 | $43,692.96 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | Debtor: WINN-DIXIE STORES, INC. | | | | |
| SALERNO VILLAGE SHOPPING CENTER LLC | 10927 | $34,026.12 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | Debtor: WINN-DIXIE STORES, INC. | | | | |
| SEMORAN RETAIL LLC | 31921 | $32,756.35 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | Debtor: WINN-DIXIE STORES, INC. | | | | |
| SHOPPES AT LAKE AVENUE INC | 6740 | $1,810.53 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | Debtor: WINN-DIXIE STORES, INC. | | | | |
| SHOPPES AT LAKE AVENUE INC | 12935 | $17,774.01 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | Debtor: WINN-DIXIE STORES, INC. | | | | |
| SHOPPES OF LIBERTY CIT LLC | 10648 | $8,908.54 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | Debtor: WINN-DIXIE STORES, INC. | | | | |
| SOUTHLAND-CRYSTAL RIVER WD DEL BUS | 10865 | $6,914.15 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | Debtor: WINN-DIXIE STORES, INC. | | | | |
| SOUTHLAND-POINCIANA WD DE BUS TRUST | 10868 | $8,986.72 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | Debtor: WINN-DIXIE STORES, INC. | | | | |
| SOUTHVIEW SQUARE, LLC TA | 10303 | $20,450.85 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | Debtor: WINN-DIXIE STORES, INC. | | | | |
| SRT ACQUISITION LP | 11253 | $32,000.00 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | Debtor: WINN-DIXIE STORES, INC. | | | | |
| ST STEPHENS SQUARE PARTNERS | 6038 | $6,828.78 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | Debtor: WINN-DIXIE STORES, INC. | | | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - CLAIMS TO BE CLASSIFIED AS
ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE
DETERMINED BY SUBSEQUENT COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| ST STEPHENS SQUARE PARTNERS | 6039 | $6,828.78 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | |
| ST STEPHENS SQUARE PARTNERS | 13373 | $8,705.21 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | Debtor: WINN-DIXIE STORES, INC. | | | | |
| ST STEPHENS SQUARE PARTNERS | 13376 | $8,705.21 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | |
| SUNSET WEST SHOPPING PLAZA | 11101 | $0.00 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | Debtor: WINN-DIXIE STORES, INC. | | | | |
| SWISS RE ASSET MGMT (AMERICAS) INC | 10076 | $0.00 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | Debtor: WINN-DIXIE STORES, INC. | | | | |
| SWISS RE ASSET MGMT (AMERICAS) INC | 10090 | $0.00 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | |
| TA CRESTHAVEN LLC | 4936 | $0.00 | Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | Debtor: WINN-DIXIE STORES, INC. | | | | |
| TIGER CROSSING WD | 13420 | $30,099.60 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | |
| TS PIERCE SC CO LTD | 32223 | $36,461.80 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | Debtor: WINN-DIXIE STORES, INC. | | | | |
| UIRT-SKIPPER PALMS, LLC | 10939 | $53,584.99 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | Debtor: WINN-DIXIE STORES, INC. | | | | |
| UNUM LIFE INSURANCE CO OF AMERICA | 10051 | $559,680.00 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | Debtor: WINN-DIXIE STORES, INC. | | | | |
| UNUM LIFE INSURANCE CO OF AMERICA | 10052 | $874,712.47 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | Debtor: WINN-DIXIE STORES, INC. | | | | |
| VICTORY BERRYLAND LLC | 8711 | $76,242.36 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | Debtor: WINN-DIXIE STORES, INC. | | | | |

WINN-DIXIE STORES, INC., ET AL
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - CLAIMS TO BE CLASSIFIED AS
ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE
DETERMINED BY SUBSEQUENT COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| VICTORY BERRYLAND LLC | 8712 | $76,242.36 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | | |
| VICTORY COLDWATER PLAZA, LLC | 8709 | $25,619.59 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| VICTORY COLDWATER PLAZA, LLC | 8710 | $25,619.59 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | | |
| VICTORY GRETNA LLC | 8698 | $172,864.58 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | | |
| VICTORY GRETNA LLC | 8699 | $172,864.58 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| VICTORY KENNER, LLC | 8682 | $110,137.87 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | | |
| VICTORY KENNER, LLC | 8683 | $110,137.87 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| VICTORY RIVER SQUARE, LLC | 8706 | $58,678.45 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | | |
| VICTORY RIVER SQUARE, LLC | 8707 | $58,678.45 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| VICTORY SAKS PLAZA, LLC | 8691 | $38,410.61 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| VICTORY SAKS PLAZA, LLC | 8692 | $38,410.61 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | | |
| VICTORY THREE NOTCH PLAZA, LLC | 8684 | $37,090.64 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| VICTORY THREE NOTCH PLAZA, LLC | 8685 | $37,090.64 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - CLAIMS TO BE CLASSIFIED AS
ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE
DETERMINED BY SUBSEQUENT COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| WATCH OMEGA HOLDINGS, LP BY | 12891 | $6,158.92 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| WATKINS INVESTMENTS, LP | 4108 | $0.00 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| WD GREEN COVE TRUST | 13023 | $6,267.81 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| WD HILLARD, LLC | 9632 | $4,996,948.42 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| WD HILLARD, LLC | 9633 | $7,985,725.89 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| WD JACKSONVILLE TRUST | 13022 | $9,925.85 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| WD MILTON PORTFOLIO, LP | 9736 | $25,994.60 | Multiple Classes | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | | |
| WD MILTON PORTFOLIO, LP | 9737 | $25,994.60 | Multiple Classes | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| WD MONTGOMERY, LLC | 9631 | $4,840,516.46 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | | |
| WD PASCO TRUST | 13024 | $9,109.95 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| WEIGEL, PATRICIA OR MARSHALL TTEES | 11127 | $0.00 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | | |
| WEIGEL, PATRICIA OR MARSHALL TTEES | 11128 | $0.00 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| WEINGARTEN REALTY INVESTORS | 9678 | $185,337.97 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - CLAIMS TO BE CLASSIFIED AS
ADMINISTRATIVE PRIORITY IN AMOUNTS TO BE
DETERMINED BY SUBSEQUENT COURT ORDER

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| WILMINGTON TRUST CO/WADE, WJ, TTEES | 10871 | $12,773.98 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | |
| WILMINGTON TRUST CO/WADE, WJ, TTEES | 10869 | $4,291.17 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | |
| WILMINGTON TRUST COMPANY, TTEE | 10872 | $11,772.27 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | |
| WRI/TEXLA LLC | 9676 | $50,980.44 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | Debtor: WINN-DIXIE STORES, INC. | | | | |
| WRI/TEXLA LLC | 10124 | $50,980.44 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | |
| WYE PARTNERS, LTD | 9998 | $18,048.86 | Unsecured Non-Priority | Administrative | CLAIM ARISES FROM UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY WHICH HAS BEEN ASSUMED BY COURT ORDER AND SHOULD BE RECLASSIFIED TO ADMINISTRATIVE STATUS. |
| | Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | |

Total Claims to be Reclassified: 149
Total Amount to be Reclassified: $38,726,008.84   Plus Unliquidated Amounts, If Any

**EXHIBIT C**

Page: 1 of 5
Date: 11/29/2006

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - CLAIMS TO BE DISALLOWED
(ASSUMED AND ASSIGNED LEASES)

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 241234**<br>145 ASSOCIATES LTD<br>PO BOX 460<br>VALLEY STREAM, NY 11582<br>Counsel: ATTN KENNETH A SHAPIRO, ESQ | 4974<br>Debtor: WINN-DIXIE STORES, INC. | $21,829.67 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| **Creditor Id: 243998**<br>BRIGHT-MEYERS DUBLIN ASSOCS, LP<br>C/O MILLER & MARTIN PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 60<br>ATLANTA GA 30309-7706<br>Counsel: ATTN CATHERINE A HARRISON, ESQ | 12887<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $0.00 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| **Creditor Id: 243998**<br>BRIGHT-MEYERS DUBLIN ASSOCS, LP<br>C/O MILLER & MARTIN PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 60<br>ATLANTA GA 30309-7706<br>Counsel: ATTN CATHERINE A HARRISON, ESQ | 12888<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| **Creditor Id: 2138**<br>CHESTER DIX PIKEVILLE CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY, NY 11590<br>Counsel: ATTN EDWIN W HELD JR, ESQ | 12143<br>Debtor: WINN-DIXIE STORES, INC. | $2,457,438.19 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| **Creditor Id: 1355**<br>FW 16 LLC<br>ATTN THOMAS J CANNON, PRESIDENT<br>314 S MISSOURI AVENUE, SUITE 305<br>CLEARWATER, FL 33756 | 8060<br>Debtor: WINN-DIXIE STORES, INC. | $338,585.12 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| **Creditor Id: 410719**<br>GATOR CARRIAGE PARTNERS, LTD<br>C/O FROST BROWN TODD LLC<br>ATTN: KYLE R GRUBBS, ESQ<br>2200 PNC CENTER<br>201 EAST FIFTH STREET<br>CINCINNATI OH 45202 | 9524<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - CLAIMS TO BE DISALLOWED
(ASSUMED AND ASSIGNED LEASES)

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 410721<br>GATOR JACARANDA LTD<br>C/O FROST BROWN TODD LLC<br>ATTN: KYLE R GRUBBS, ESQ<br>2200 PNC CENTER<br>201 EAST FIFTH STREET<br>CINCINNATI OH 45202 | 9522<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| Creditor Id: 250204<br>GHI OF WEST PALM BEACH LLC<br>ATTN FLORIAN GHITAS, PRESIDENT<br>3140 SW 118TH TERRACE<br>DAVIE, FL 33325 | 2467<br>Debtor: WINN-DIXIE STORES, INC. | $25,589.03 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| Creditor Id: 252127<br>INDIAN VILLAGE<br>C/O COLUMBIA PROPERTIES INC<br>1355 TERRELL MILL ROAD<br>BLDG 1478 SUITE 200<br>MARIETTA GA 30067 | 36435<br>Debtor: WINN-DIXIE RALEIGH, INC. | $4,540.11 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| Creditor Id: 255931<br>MDC SOUTH WIND LTD<br>C/O MENIN DEVELOPMENT CO INC<br>3501 PGA BLVD SUITE 201<br>PALM BEACH GARDEN, FL 33410 | 31192<br>Debtor: WINN-DIXIE STORES, INC. | $212.46 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| Creditor Id: 410364<br>NORTH HIXSON MARKETPLACE, LLC<br>C/O WILES & WILES<br>ATTN JOHN J WILES, ESQ<br>800 KENNESAW AVENUE, SUITE 400<br>MARIETTA GA 30060-7946 | 7282<br>Debtor: WINN-DIXIE RALEIGH, INC. | $81,137.34 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| Creditor Id: 411089<br>PMAT FLAMINGO, LLC<br>C/O SHER GARNER CAHILL ET AL<br>ATTN NEAL J KLING, ESQ<br>909 POYDRAS STREET, 28TH FLOOR<br>NEW ORLEANS LA 70112 | 11024<br>Debtor: WINN-DIXIE STORES, INC. | $24,908.69 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - CLAIMS TO BE DISALLOWED
(ASSUMED AND ASSIGNED LEASES)

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 411089<br>PMAT FLAMINGO, LLC<br>C/O SHER GARNER CAHILL ET AL<br>ATTN NEAL J KLING, ESQ<br>909 POYDRAS STREET, 28TH FLOOR<br>NEW ORLEANS LA 70112 | 13370<br>Debtor: | $30,349.22<br>WINN-DIXIE STORES, INC. | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| Creditor Id: 2492<br>RV MANAGEMENT COMPANY<br>9100 BATTLE POINT DRIVE NE<br>BAINBRIDGE ISLAND WA 98110-1482<br>Counsel: ATTN DAVID FARMER/PAUL READY, ESQS | 6637<br>Debtor: | $931,239.07<br>WINN-DIXIE STORES, INC. | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| Creditor Id: 384339<br>S&C PROPERTIES<br>1100 SPRING ST NW, BLDG 550<br>ATLANTA, GA 30367-0001 | 37152<br>Debtor: | $19,367.38<br>WINN-DIXIE RALEIGH, INC. | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| Creditor Id: 261008<br>SHOPPES AT 18TH & COMMERCIAL INC<br>ATTN AMY SEIDMAN<br>1717 E COMMERCIAL BLVD<br>FT LAUDERDALE, FL 33334 | 3785<br>Debtor: | $31,303.54<br>WINN-DIXIE STORES, INC. | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| Creditor Id: 261149<br>SKS PROPERTIES LC<br>240 SOUTH PINEAPPLE AVE<br>STE 702<br>SARASOTA FL 34236 | 31561<br>Debtor: | $2,971.45<br>WINN-DIXIE STORES, INC. | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| Creditor Id: 261171<br>SMALL PROPERTIES<br>PO BOX 10287<br>GREENVILLE, SC 29603-0287 | 31563<br>Debtor: | $12,806.56<br>WINN-DIXIE STORES, INC. | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| Creditor Id: 269352<br>SOUTHLAND-SUMMERVILLE WD, SUCCESSOR<br>TO PEREGRINE PROPERTIES LP<br>C/O NEAL, GERBER & EISENBERG<br>ATTN THOMAS C WOLFORD, ESQ<br>2 NORTH LA SALLE STREET, STE 2300<br>CHICAGO, IL 60602-3801 | 2587<br>Debtor: | $36,350.84<br>WINN-DIXIE RALEIGH, INC. | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - CLAIMS TO BE DISALLOWED
(ASSUMED AND ASSIGNED LEASES)

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 263271<br>TOWER ASSOCIATES LTD<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 | 12894<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| Creditor Id: 263271<br>TOWER ASSOCIATES LTD<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 | 12895<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $0.00 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| Creditor Id: 1951<br>TUNICA VILLAGE PARTNERSHIP<br>C/O ACADIAN MANAGEMENT<br>ATTN BARBARA KIZER, OWNER<br>PO BOX 1268<br>MADISONVILLE, LA 70447 | 9954<br>Debtor: WINN-DIXIE STORES, INC. | $1,738.08 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| Creditor Id: 423067<br>VICTORIA SQUARE PARTNERS, LLC<br>C/O SAUL EWING, LLP<br>ATTN JOYCE A KUHNS, ESQ<br>500 PRATT STREET<br>BALTIMORE MD 21202 | 12970<br>Debtor: WINN-DIXIE STORES, INC. | $2,631.11 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| Creditor Id: 407469<br>WILMINGTON TRUST COMPANY, TTEE<br>SOUTHLAND-ANDERSON WO DEL BUS TRUST<br>C/O NEAL GERBER & EISENBERG LLP<br>ATTN THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2300<br>CHICAGO IL 60602 | 10873<br>Debtor: WINN-DIXIE RALEIGH, INC. | $8,207.41 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| Creditor Id: 264937<br>WINDSOR STATION LLC<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242<br>Transferee: LCH OPPORTUNITIES LLC | 8034<br>Debtor: WINN-DIXIE RALEIGH, INC. | $39,886.36 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - CLAIMS TO BE DISALLOWED
(ASSUMED AND ASSIGNED LEASES)

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 264937<br>WINDSOR STATION LLC<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242<br><br>Transferee: LCH OPPORTUNITIES LLC | 8035<br>Debtor: WINN-DIXIE STORES, INC. | $39,886.36 | ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |
| Creditor Id: 1115<br>YORK, BENNETT V<br>C/O SOUTHGATE REALTY, LLC<br>PO BOX 16615<br>HATTIESBURG MS 39402<br>Counsel: ATTN MARCUS M WILSON, ESQ | 8849<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $46,607.81 | REDUCED TO $21,826 BY 6/15/06 ELEVENTH OMNIBUS CLAIMS OBJECTION ORDER. ASSUMED AND ASSIGNED WITH CURES PAID OR WAIVED. |

Total Claims to be Disallowed: 27
Total Amount to be Disallowed: $4,157,585.80    Plus Unliquidated Amounts, If Any

**EXHIBIT D**

EXHIBIT D

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT D - CLAIMS TO BE DISALLOWED
(TERMINATED LEASES)

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 241342**<br>ALS TELFAIR PLAZA<br>PO BOX 1097<br>CORDELE, GA 31010 | 35822<br>Debtor: WINN-DIXIE RALEIGH, INC. | $20,032.85 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S) WAIVED. |
| **Creditor Id: 248729**<br>EBR, LLC<br>7732 GOODWOOD BLVD, STE V<br>BATON ROUGE, LA 70806<br>Counsel: ATTN RANDY ROUSSEL, ESQ | 10109<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $638,248.22 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S) WAIVED. |
| **Creditor Id: 248729**<br>EBR, LLC<br>7732 GOODWOOD BLVD, STE V<br>BATON ROUGE, LA 70806<br>Counsel: ATTN RANDY ROUSSEL, ESQ | 10110<br>Debtor: WINN-DIXIE STORES, INC. | $638,248.22 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S) WAIVED. |
| **Creditor Id: 410525**<br>FOUR FLORIDA SHOPPING CENTERS LP<br>C/O THE BROWN COMPANY<br>ATTN ALFRED BROWN<br>7753 LAKE WORTH ROAD<br>LAKE WORTH FL 33467 | 8488<br>Debtor: WINN-DIXIE STORES, INC. | $18,804.04 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S) WAIVED. |
| **Creditor Id: 410976**<br>GREAT OAK, LLC<br>BY GE CAPITAL REALTY GROUP INC, AGT<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN LESLIE A BERKOFF, ESQ<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | 12443<br>Debtor: WINN-DIXIE STORES, INC. | $8,975.08 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S) WAIVED. |
| **Creditor Id: 410788**<br>IRT PARTNERS, LP<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 | 10932<br>Debtor: WINN-DIXIE STORES, INC. | $1,264.30 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S) WAIVED. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT D - CLAIMS TO BE DISALLOWED
(TERMINATED LEASES)

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 411030**<br>JEM INVESTMENTS, LTD<br>C/O HILL WARD & HENDERSON, PA<br>ATTN PAIGE A GREENLEE, ESQ<br>101 E KENNEDY BLVD, STE 3700<br>TAMPA FL 33602 | 10680<br>Debtor: **WINN-DIXIE STORES, INC.** | $100,000.00 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S) WAIVED. |
| **Creditor Id: 410735**<br>KITE EAGLE CREEK, LLC<br>C/O ICE MILLER<br>ATTN MARK A BOGDANOWICZ, ESQ<br>ONE AMERICAN SQUARE, BOX 82001<br>INDIANAPOLIS IN 46282-0200 | 9592<br>Debtor: **WINN-DIXIE STORES, INC.** | $205,197.68 | REDUCED TO $195,944.89 BY 4/20/06 SEVENTH OMNIBUS CLAIMS OBJECTION ORDER. LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S) WAIVED. |
| **Creditor Id: 1524**<br>LAGRANGE MARKETPLACE LLC<br>CO RETAIL MANAGEMENT GROUP INC<br>ATTN JULIE BEALL, COO<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-1036<br>Counsel: ATTN JEFFERY J HARTLEY, ESQ | 10948<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $1,298,930.68 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S) WAIVED. |
| **Creditor Id: 255932**<br>MDC WESTGATE LTD<br>MENIN DEVELOPMENT CO INC<br>3501 PGA BLVD SUITE 201<br>PALM BEACH GARDENS, FL 33410 | 31193<br>Debtor: **WINN-DIXIE STORES, INC.** | $108,730.11 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S) WAIVED. |
| **Creditor Id: 410781**<br>MSC, LLC<br>C/O RETAIL MANAGEMENT GROUP<br>ATTN JULIE BEALL, COO<br>PO BOX 11407<br>BIRMINGHAM AL 35426-1036<br>Counsel: ATTN JEFFERY J HARTLEY, ESQ | 10950<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $2,217,015.36 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S) WAIVED. |
| **Creditor Id: 1647**<br>NEWTON ASSOCIATES<br>C/O RICHARD G HOEFLING, ESQ<br>PO BOX 269<br>GASTONIA NC 28053 | 5292<br>Debtor: **WINN-DIXIE STORES, INC.** | $30,799.43 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S) WAIVED. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT D - CLAIMS TO BE DISALLOWED**
**(TERMINATED LEASES)**

| Name of Claimant | Claim No. | Claim Amount | Debtor | Reason for Proposed Disallowance |
|---|---|---|---|---|
| **Creditor Id: 258937**<br>PROCACCI COMMERICAL REALTY INC<br>PO BOX 93-4246<br>MARGATE, FL 33063-4246 | 31421 | $30,363.54 | WINN-DIXIE STORES, INC. | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S) WAIVED. |
| **Creditor Id: 397808**<br>SC (WESTLAND PROMENADE) LTD PARTNERSHIP<br>ONE N CLEMATIS STREET, SUITE 305<br>WEST PALM BEACH, FL 33401 | 32244 | $43,875.68 | WINN-DIXIE STORES, INC. | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S) WAIVED. |
| **Creditor Id: 260810**<br>SHANNON VILLAGE SHOPPING CENTER INC<br>PO BOX 676<br>LOUISBURG, NC 27549 | 36774 | $10,937.08 | WINN-DIXIE RALEIGH, INC. | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S) WAIVED. |
| **Creditor Id: 407465**<br>STILES WEST ASSOCIATES, LTD<br>C/O BERGER SINGERMAN, PA<br>ATTN: ARTHUR J SPECTOR, ESQ<br>350 E LAS OLAS BLVD, STE 1000<br>FORT LAUDERDALE FL 33301 | 4201 | $5,370.87 | WINN-DIXIE STORES, INC. | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S) WAIVED. |
| **Creditor Id: 256735**<br>TARBUTTON, HUGH M<br>KAOLIN PLAZA MGMT ACCT<br>PO BOX 269<br>SANDERSVILLE, GA 31082 | 36579 | $8,846.17 | WINN-DIXIE RALEIGH, INC. | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S) WAIVED. |
| **Creditor Id: 410857**<br>VILLAGE ON WHITESBURG, LLC<br>C/O JOHNSTON MOORE MAPLES ET AL<br>ATTN STUART M MAPLES, ESQ<br>400 MERIDIAN STREET, SUITE 301<br>HUNTSVILLE AL 35801 | 9895 | $1.00 | WINN-DIXIE STORES, INC. | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S) WAIVED. |
| **Creditor Id: 410548**<br>VOW, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN C ELLIS BRAZEAL, III, ESQ<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203 | 8536 | $19,055.55 | WINN-DIXIE MONTGOMERY, INC. | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S) WAIVED. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT D - CLAIMS TO BE DISALLOWED
(TERMINATED LEASES)

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 410548<br>VOW, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN C ELLIS BRAZEAL, III, ESQ.<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203 | 8537<br>Debtor: WINN-DIXIE STORES, INC. | $19,055.55 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S) WAIVED. |
| Creditor Id: 2662<br>WAYNESVILLE SHOPPING CENTER, LLC<br>C/O RONALD L HOOKER<br>435 OVERLOOK DRIVE<br>MAGGIE VALLEY NC 28751<br>Counsel: ATTN JEAN WINBORNE BOYLES, ESQ | 8361<br>Debtor: WINN-DIXIE RALEIGH, INC. | $47,034.26 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S) WAIVED. |
| Creditor Id: 2662<br>WAYNESVILLE SHOPPING CENTER, LLC<br>C/O RONALD L HOOKER<br>435 OVERLOOK DRIVE<br>MAGGIE VALLEY NC 28751<br>Counsel: ATTN JEAN WINBORNE BOYLES, ESQ | 8362<br>Debtor: WINN-DIXIE STORES, INC. | $47,034.26 | LEASE TERMINATED BY AGREEMENT AND ANY PRE-PETITION CLAIM(S) WAIVED. |

Total Claims to be Disallowed: 22
Total Amount to be Disallowed: $5,517,819.93   Plus Unliquidated Amounts, If Any