IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| WINN-DIXIE STORES, INC., et al., | : | Case No. 05-03817-3F1 |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | |

## NOTICE OF HEARING

TO PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that a hearing is scheduled for **January 10, 2007 at 9:30 a.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street Courtroom 4D, Jacksonville, FL 32202, to consider the *Application for Payment of Administrative Expenses on behalf of the Members of the Official Committee of Equity Security Holders for Reimbursement of Actual and Necessary Expenses Incurred through January 30, 2006* [Docket No. 7238].

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated:   December 21, 2006

JENNIS, BOWEN & BRUNDAGE, P.L.

  /s/ David S. Jennis
David S. Jennis
Fla. Bar No. 775940
Chad S. Bowen
Fla. Bar No. 0138290
400 North Ashley Drive, Suite 2540
Tampa, FL 33602
Telephone: (813) 229-1700
djennis@jennisbowen.com
cbowen@jennisbowen.com

- and -

| PAUL, HASTINGS, JANOFSKY & WALKER LLP | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
|---|---|
| Jesse H. Austin, III | James D. Wareham |
| 600 Peachtree Street, Suite 2400 | 875 15th Street |
| Atlanta, GA 30308 | Washington, DC 20005 |
| Telephone: (404) 815-2400 | Telephone: (202) 551-1700 |
| jesseaustin@paulhastings.com | jameswareham@paulhastings.com |

*Co-Counsel for the Official Committee of Equity Security Holders*