**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF FLORIDA**

**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No.: 05-03817 –3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors. | Jointly Administered |

_____/

**APPLICATION FOR PAYMENT OF ADMINISTRATIVE CLAIM OR ALTERNATIVELY PAYMENT OF CLAIM ARISING AGAINST DEBTORS BETWEEN FEBRUARY 21, 2005 AND NOVEMBER 21, 2006**

**HILDA ALVAREZ**

**Creditor No. WDX-410401-L1**

**Claims No. 7427 AND 7428**

Comes Now HILDA ALVAREZ through the undersigned attorneys, and seeks administrative expense status for and payment of Applicant's claim against one or more of the Debtors pursuant to 11 U.S.C. § 503(b) or alternatively, payment of a claim arising against Debtors Between February 21, 2005 and November 21, 2006 as follows:

1.      HILDA ALVAREZ requests the entry of an order allowing the expense described below and directing the payment of such amount pursuant to Order Confirming the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order") and the provisions of the Plan as confirmed.   In support of this Application, HILDA ALVAREZ states as follows:

2.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. § 157(b)(2).

3.      Winn-Dixie Stores, Inc., et al. (the "Debtors") filed their voluntary Petitions for relief under Chapter 11 of the Bankruptcy Code on or about February 21, 2005 (the "Petition Date").

4.      After the Petition Date and on or about May 9, 2005, HILDA ALVAREZ

was injured at the Winn-Dixie store No. 252 located in Miami-Dade County, Florida. As a proximate result of the injury HILDA ALVAREZ has suffered severe damages totaling at least $180,000.00. [1]

5.     HILDA ALVAREZ previously filed her claims with this Court on July 21, 2005 and a detailed RESPONSE TO DEBTORS OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS on August 11, 2006 supporting her claim through medical records and other proof.[2]

6.     Section 503(b) of the Bankruptcy Code provides for the allowance of administrative expense status, and its attendant priority for payment, for the "actual, necessary costs and expenses of preserving the estate…". 11 U.S.C. § 503(b). It is well established that personal injury claims arising from a post-petition tort committed by the debtor are entitled to administrative expense status. *See, Reading Co. v. Brown,* 391 U.S. 471,485 (post-petition fire damages resulting from trustee's negligence were entitled to administrative expense status); *In re Piper Aircraft Corp.,* 169 B.R. 766 (Bankr.S.D. Fla 1994).

7.     In this instance, HILDA ALVAREZ' claim arose as a result of the business operations of one or more of the Debtors after the Petition Date but prior to the Confirmation Order.  As such, HILDA ALVAREZ' $180,000.00 claim is entitled to administrative expense status under 11 U.S.C. § 503(b) or for status as a claim arising against debtors between February 21, 2005 and November 21, 2006, and HILDA ALVAREZ seeks the entry of an order awarding such status and payment of her claim.

WHEREFORE, based upon the foregoing, HILDA ALVAREZ requests that the Court enter an order granting the relief requested herein and such other relief as it deems just and proper.

---

[1] HILDA ALVAREZ' damages may not be fully liquidated at this time.  In fact, her damages have increased since the filing of the original claim in July of 2005.

[2] As part of said response and by separate Motion to withdraw filed on August 11, 2006, HILDA ALVAREZ has requested permission that she permitted to withdraw her claims on condition that they not be barred by the discharge.  However, in the alternative, in view of the Notice dated 12/6/06 requiring the filing of all post petition claims, Hilda Alvarez has submitted this application for payment.

Respectfully Submitted,


Hoffman, Larin & Agnetti, P.A.
909 North Miami Beach Blvd.
Suite 201
Miami, FL 33162
(305) 653-5555
Attorneys for HILDA ALVAREZ


_____
/s/ David L. Perkins


**CERTIFICATE OF SERVICE**

I hereby certify that on December      2006 I filed this **APPLICATION FOR PAYMENT OF ADMINISTRATIVE CLAIM OR ALTERNATIVELY PAYMENT OF CLAIM ARISING AGAINST DEBTORS BETWEEN FEBRUARY 21, 2005 AND NOVEMBER 21, 2006** through the CM/ECF filing system, which will cause a copy to be served on James H. Post, Esq., Counsel for the Reorganized Debtors, Matthew Barr, Esq. and John MacDonald, Esq., Counsel for the Post-Effective Date Committee, Elena L. Escamilla, Esq., counsel for the Office of the United States Trustee and all other parties participating in the CM/ECF System, all served electronically and by express mail to James H. Post, Esq., Smith, Hulsey and Busey,  225 Water St., Suite 1800, Jacksonville, Fl. 32202  and Matthew Barr, Esq. , Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York New York, 10005.


_____
/s/ David L. Perkins