UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flsb.uscourts.gov

In Re:

WINN DIXIE STORES, INC., et al.,   Case No. 3:05-bk-03817-JAF

Debtors.   Chapter 11 – Jointly Administered

_____/

**APPLICATION FOR ALLOWANCE OF ADMINSITRATIVE CLAIM
FOR POST-PETITION PERSONAL INJURY CLAIMANT**

Movant, Patricia Marino (the "Movant"), by and through undersigned counsel, and pursuant to 11 U.S.C. §503, respectfully requests this Court enter an Order approving this application for payment of administrative expense claim against the Estate, and to authorize payment of this claim (the "Application"), and in support thereof states as follows:

1. On February 21, 2005, the Debtors filed Voluntary Petitions under Chapter 11 of the U.S. Bankruptcy Code in the Southern District of New York and were transferred to this Court on April 13, 2005.

2. On November 9, 2006, this Court entered an Order confirming Debtors' Joint Plan of Reorganization (the "Confirmation Order") [CP #12440].

3. The Confirmation Order provides that pursuant to Section 12.1 of Debtors' Joint Plan of Reorganization (the "Plan"), the deadline for filing requests for payment of post-petition administrative claims is January 5, 2007 (the "Administrative Claims Bar Date").

4. On 12/1/2005, the Movant suffered personal injuries as a result of negligence by the Debtors at *Store #260, 6600 Hypoluxo Road, Lake Worth, FL  33462*.

5. The personal injury claim of the Movant has yet to be liquidated.

6. Thus, pursuant to the Confirmation Order and the Plan, this Application is timely.

Kluger, Peretz, Kaplan & Berlin, P.L., 201 So. Biscayne Blvd., Suite 1700, Miami, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{Bankruptcy\0110\0779/M0381300 v.1; 12/20/2006 05:11 PM}

7.     The Court may award an administrative expense priority under §503(b) for the "actual, necessary costs and expenses of preserving the estate…." 11 U.S.C. §503(b)(1).

8.     Damages arising from a post-petition tort committed by a debtor are entitled to administrative expense status.[1]

9.     The Movant respectfully requests the Court enter an Order allowing this post-petition administrative expense claim, subject to liquidation by either consent of the parties or a court of competent jurisdiction.  Upon liquidation of this post-petition claim, the Movant requests the Court enter an order requiring the Debtors to pay the allowed administrative claim in full.

10.    In accordance with the Confirmation Order and Section 12.1 of the Plan, Movant has served a copy of the Application on counsel for the Reorganized Debtors and the Post-Effective Date Committee.

WHEREFORE, the Movant, Patricia Marino, requests that this Court enter an Order (1) deeming the administrative claim asserted by the Movant as a timely assertion of an administrative claim subject to liquidation by either consent of the parties or a court of competent jurisdiction; (2) requiring the Debtors to pay the administrative expense claim immediately upon entry of an order allowing the claim; and (3) granting any such further relief as this Court deems just and proper.

---

[1] See, e.g., *Reading Co. v. Brown*, 391 U.S. 471, 485, 88 S.Ct. 1759, 20 L.Ed.2d 751 (1968) (holding) that damages resulting from fire caused by receiver's negligence were administrative expenses); *Reading Co. v. Brown*, 391 U.S. 471, 485, 88 S.Ct. 1759, 20 L.Ed.2d 751 (1968 (holding) that damages resulting from fire caused by receiver's negligence were administrative expenses); *In re Piper Aircraft Corp.*, 1169 B.R. 766 (Bkrtcy. S.D. Fla. 1994).

Kluger, Peretz, Kaplan & Berlin, P.L., 201 So. Biscayne Blvd., Suite 1700, Miami, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{Bankruptcy\0110\0779/M0381300 v.1; 12/20/2006 05:11 PM}

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Electronic Notice upon each of the parties identified below this 21st day of December, 2006.

    KLUGER, PERETZ, KAPLAN & BERLIN, P.L.
    Attorneys for the Movant
    Miami Center, Seventeenth Floor
    201 So. Biscayne Blvd.
    Miami, Florida 33131
    Telephone: (305) 379-9000
    Facsimile: (305) 379-3428

    By: _____*s/Eyal Berger*_____
        D. Brett Marks, Esq.
        Fla. Bar No. 0099635
        bmarks@kpkb.com
        Eyal Berger, Esq.
        Fla. Bar No. 11069
        eberger@kpkb.com

Kluger, Peretz, Kaplan & Berlin, P.L., 201 So. Biscayne Blvd., Suite 1700, Miami, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{Bankruptcy\0110\0779/M0381300 v.1; 12/20/2006 05:11 PM}

## SERVICE LIST
## (VIA ELECTRONIC NOTICE)

Steven M Abramowitz   sabramowitz@velaw.com
Albert H Adams   irbylawfirm@bellsouth.net
Rachel E Adams   radams@sctlaw.com
Adam L Alpert   aalpert@bushross.com, bnkecf@bushross.com;egross@bushross.com
Amroc Investments, LLC   dleinwand@amrocinvestments.com
Rod Anderson   rod.anderson@hklaw.com, wendysue.henry@hklaw.com
Melissa H Andrade   mandrade@bmaklaw.com
Jerald N Andry   jayandry@cox.net
D. J. Baker   djbaker@skadden.com
Kenneth C Baker   kcbaker@eastmansmith.com
Charles S Ball   sball@bcattys.com, dratliff@bcattys.com
Helen D Ball   hball@bradleyarant.com, hball@bradleyarant.com
Frank E Ballard   ericalpayne@insightbb.com
Zachary J Bancroft   zachary.bancroft@lowndes-law.com
William W Banks   wright.banks@law.state.ga.us
Dale R Baringer   dale@baringerlawfirm.com, karen@baringerlawfirm.com
Earl M. Barker   embarker@bellsouth.net, hollynf@bellsouth.net;dlhartwell@bellsouth.net
Kelly M Barnhart   kbarnhart@mskpc.com
Matthew Scott Barr   mbarr@milbank.com, lmandel@milbank.com,mcomerford@milbank.com,jbrewster@milbank.com
Paul C Bartley   bartleylaw@knology.net
Gene Barton   gbartonatty@bellsouth.net
Philip A Bates   philipbates@bellsouth.net, lucysmith@bellsouth.net
Matt E Beal   matt.beal@lowndes-law.com
Rick J Bearfield   rjbearfield@bearmc.com
Jeffrey R. Becker   vsimpson@hidayricke.com
Brian S Behar   bsb@bgglaw.net
Richard M Behr   rbehr@florida-law.com
Keith L Bell   kbell@cphlaw.com
Marc A. Ben-Ezra   mben-ezra@fcllaw.com
Jay R Bender   jbender@bradleyarant.com
Lee R Benton   lbenton@bcattys.com, cturner@bcattys.com
Leslie A Berkoff   lberkoff@morittrock.com
Richard J Bernard   rbernard@bakerlaw.com
Brendan G. Best   bbest@dykema.com
John G Bianco   jgb@trippscott.com, dst@trippscott.com
Stephenie M. Biernacki   sbiernacki@gray-robinson.com
James E Bird   jbird@pswslaw.com
Ace J Blackburn   ablackburn@cmlbro.com, crankine@cmlbro.com
David A. Blansky   dab@lhmlawfirm.com
James A. Bledsoe   jab@bslmr.com
Johnathan C Bolton   jbolton@fulbright.com
Wanda Borges   borgeslawfirm@aol.com
Chad S. Bowen   ecf@jennisbowen.com,
mclift@jennisbowen.com;kkearney@jennisbowen.com;nbisignano@jennisbowen.com;agavin@jennisbowen.com
Beau Bowin   bbowin@smithhulsey.com
Michael T. Bowlus   mbowlus@fjbd.com
Wesley J Boyer   wjboyer_2000@yahoo.com
Jean Winborne Boyles   jboyles@jhvgmlaw.com
Dustin P Branch   dustin.branch@kattenlaw.com,
carole.levine@kattenlaw.com,jeri.bradshaw@kattenlaw.com,kathleen.beaver@kattenlaw.com,adelle.shafer@kattenlaw.com
John S Brannon   john.brannon@tklaw.com
Meredith N Brasca   mnbrasca@aol.com
Clyde E Brazeal   ebrazeal@walstonwells.com
Wendy D Brewer   wbrewer@btlaw.com, mrilyn.strange@btlaw.com,bankruptcyindy@btlaw.com
John P Brice   lexbankruptcy@wyattfirm.com
Brian P Britt   cpizzotti@wbbwlaw.com
Keith E Broll   keithbroll@riceroselaw.com

Kluger, Peretz, Kaplan & Berlin, P.L., 201 So. Biscayne Blvd., Suite 1700, Miami, FL 33131   305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431   561.961.1831

{Bankruptcy\0110\0779/M0381300 v.1; 12/20/2006 05:11 PM}

James M Brown    mbrown@gwblawfirm.com
Robert J Brown    lexbankruptcy@wyattfirm.com
Scott N Brown    snb@smrw.com
Andrew M. Brumby    abrumby@shutts-law.com, rhicks@shutts-law.com
W. Steven Bryant    hobankecf@lockeliddell.com
Rachel S Budke    rachel_budke@fpl.com
Jason B. Burnett    jburnett@gray-robinson.com, jconley@gray-robinson.com
Stephen D. Busey    busey@smithhulsey.com
Thomas R. Califano    thomas.califano@dlapiper.com
David P Canas    dpc@h3gm.com
L Phillip Canova    pcanova@eatel.net, canodel109@eatel.net
Stephen R Caplan    scaplan860@aol.com, melissa@stephencaplan.com
Dawn A Carapella    dacarapella@trenam.com
Rilyn A Carnahan    rcarnahan@ebcblaw.com
James S. Carr    jcarr@kelleydrye.com
Linda J. Casey    caseyl@pepperlaw.com
George B Cauthen    george.cauthen@nelsonmullins.com, georgia.vernon@nelsonmullins.com
Myers Carroll Cayer    cayer@terrellhogan.com
Michael E Cecil    courtmail@schuylaw.com
Jeffrey A Chadwick    jeffrey.chadwick@kattenlaw.com
Lee Champion    kew@psstf.com
B Summer Chandler    schandler@mckennalong.com
Stephen G Charpentier    steve@brevardlawyer.com
Robin Bryan Cheatham    robin.cheatham@arlaw.com
Michael S J Chernau    chernaum@chesterfield.gov
Charles I Cohen    ccohen@furrcohen.com
Lance Paul Cohen    cohenthurston@cs.com
Michael E Collins    mcollins@manierherod.com, mranks@manierherod.com,tpennington@manierherod.com,swilliams@manierherod.com
Neal D. Colton    NColton@Cozen.com
Contrarian Funds, LLC    alisa@contrariancapital.com
David J Cook    cookdavidj@aol.com
Kenneth D Cooper    kcooper543@aol.com
C. Timothy Corcoran    ctcorcoran@mindspring.com, asst.ctcorcoran@mindspring.com
Andre G Coudrain    agc@clcsattorneys.com
Betsy C Cox    bcox@rtlaw.com, sb1@rtlaw.com
David N Crapo    dcrapo@gibbonslaw.com
Gregory K. Crews    greg@crewslegal.com
John J Cruciani    jcruciani@blackwellsanders.com
James O Cure    jocure@cureandfrancis.net
Timothy J. Curtin    tjcurtin@varnumlaw.com
Vincent E Damian    vdamian@skdrlaw.com
Gardner F. Davis    gdavis@foley.com, bmjones@foley.com
Ronald J Davis    rdavis@rondavislaw.com
Ryan E Davis    rdavis@whww.com, rwilliams@whww.com
Heather D Dawson    hdawson@kkgpc.com, mkelley@kkgpc.com
Michael R DeMinico    mike.deminico@dennishernandez.com
Robert J Dehney    rdehney@mnat.com, mflynn@mnat.com
Caryl E. Delano    cdelano@addisondelano.com, dlesnek@addisondelano.com;litigation1@addisondelano.com
Scott A DiSalvo    sdisalvo@faziodisalvo.com
Angel R Diaz    adiaz@kirshnerandgroff.com
John P Dillman    houston_bankruptcy@publicans.com
Jeffrey R Dollinger    dollinger@scruggs-carmichael.com
Matthew M Donaldson    mdonaldson@kennedylawgroup.com
Mary Joanne Dowd    dowd.mary@arentfox.com
Christie L Dowling    cdowling@balch.com
Mark G Duncan    mduncan@dwyercambre.com
Dennis F. Dunne    ddunne@milbank.com
Michael J Durrschmidt    mdurrschmidt@hirschwest.com, tjimenez@hirschwest.com
David W. Dykhouse    dwdykhouse@pbwt.com
Andrew B. Eckstein    aeckstein@blankrome.com
Michael L. Edwards    mleclo@bellsouth.net

Kluger, Peretz, Kaplan & Berlin, P.L., 201 So. Biscayne Blvd., Suite 1700, Miami, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{Bankruptcy\0110\0779/M0381300 v.1; 12/20/2006 05:11 PM}

Henry A. Efroymson    henry.efroymson@icemiller.com
Jason H Egan    jegan@mowreylaw.com
C Craig Eller    celler@broadandcassel.com
Earle I Erman    eerman@ermanteicher.com
Elena L Escamilla    elena.l.escamilla@usdoj.gov
William L Esser    willesser@parkerpoe.com
William J. Factor    wfactor@seyfarth.com
Fair Harbor Capital, LLC    fglass@fairharborcapital.com
Anthony V Falzon    afalzon@miami-law.net
Alexandra S Fannon    silvaa@ci.richmond.va.us
Oscar B Fears    bo.fears@law.state.ga.us
David B. Ferebee    ferebeeatlaw@bellsouth.net, dbf1law@hotmail.com
Lara Roeske Fernandez    lrfernandez@trenam.com, klgerber@trenam.com
Richard L Ferrell    ferrell@taftlaw.com
Charles J. Filardi    charles@filardi-law.com
Brian T FitzGerald    fitzgeraldb@hillsboroughcounty.org, litigation@hillstax.org;fredericks@hillsboroughcounty.org;matthewsl@hillsboroughcounty.org
Deborah L Fletcher    DFletcher@KilpatrickStockton.com
J David Forsyth    jdf@sessions-law.com
Tompkins A Foster    tfoster@fosterandlindeman.com
Sally B Fox    sfox@esclaw.com
Shawn Randall Fox    sfox@mcguirewoods.com, rcox@mcguirewoods.com
Joseph D Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;jkleinman@fgllp.com
Rodger J Friedline    bankruptcy@fandmlaw.com
Barry A Friedman    bky@bafmobile.com, fern@bafmobile.com
Mark J Friedman    mark.friedman@dlapiper.com
Adam Frisch    afrisch@hilawfirm.com, afrisch@hilawfirm.com
Kenneth O Fritz    fritz_ken@mail.chattanooga.gov
Mary Louise Fullington    lexbankruptcy@wyattfirm.com
Todd Mark Galante    tmg@stjohnlaw.com
J. Nathan Galbreath    ngalbreath@pattonboggs.com
Jay M Gamberg    lbernstein@gamberglaw.com
David L Gay    dgay@smithhulsey.com
Gill R Geldreich    icflorida@state.tn.us
Melody D Genson    melodydgenson@verizon.net
Charles L. Gibbs    cgibbs@papmet.com
James S Ginocchio    jim.ginocchio@hcpros.org
Gary Ginsburg    gginsburg@ngmpc.com
Robert S Gipe    jtripp@papaandgipe.com
James J. Glover    jglover@wlj.com
Eric S Golden    egolden@bakerlaw.com, mccoy@bakerlaw.com;OrlBakerDocket@bakerlaw.com
Alberto F Gomez    algomez@morsegomez.com
Priscilla W Grannis    priscilla@rjlaw.com
Danielle K Greco    danielle_greco@alnb.uscourts.gov, hball@bradleyarant.com
Ira S. Greene    isgreene@hhlaw.com
Reginald A. Greene    reginald.greene@bellsouth.com
Paige A. Greenlee    pgreenlee@hwhlaw.com
Kyle R Grubbs    kgrubbs@fbtlaw.com
Rudi R Grueneberg    rgrueneberg@rglawgroup.com
Brian F Guillot    bfguil@cox.net
Allen J Guon    aguon@shawgussis.com
Jordi Guso    jguso@bergersingerman.com, fsellers@bergersingerman.com
Jim H Guynn    jim.guynn@g-mpc.com
Matthew W Hamilton    mhamilton@amph.com
Marc L. Hamroff    mhamroff@moritthock.com
Brian T Hanlon    tc_legal_services@co.palm-beach.fl.us
David M Hansen    david.hansen@la.gov
Catherine A Harrison    charrison@millermartin.com, pjstarr@millermartin.com;gbisbee@millermartin.com
John W Harrison    johnwharrison@bellsouth.net
Patrick L. Hayden    phayden@mcguirewoods.com
Edwin W Held    eheld@hilawfirm.com
Larry D. Henin    lhenin@andersonkill.com

Kluger, Peretz, Kaplan & Berlin, P.L., 201 So. Biscayne Blvd., Suite 1700, Miami, FL 33131   305.379.9000
2385 NW Executive Center Drive, Suite 300, Boca Raton, FL 33431   561.961.1831

{Bankruptcy\0110\0779/M0381300 v.1; 12/20/2006 05:11 PM}

Neil E Herman     Nherman@morganlewis.com
Henry Hernandez     bankruptcy@lawperez.com
Kenneth D. Herron     kherron@whmh.com , jsenecal@whmh.com,poates@whmh.com
David E. Hicks     courtinfo@bcylaw.com
Terrance A Hiller     tah@kompc.com
John E Hinkel     jhinkel@fmblaw.com
Robert L Holladay     robert.holladay@youngwilliams.com
Ralph E Hood     rhood@khmllp.com
Brian D. Huben     brian.huben@kattenlaw.com
Phillip M Hudson     pmhudson@arnstein.com, rkcummings@arnstein.com
Patrick L Huffstickler     plhuffst@coxsmith.com
John B Hutton     huttonj@gtlaw.com, huttonj@gtlaw.com
Troy J Iannucci     lawyers@latourlawfirm.com
Kimberly H. Israel     , khisrael@hilawfirm.com
Kimberly H. Israel     khisrael@hilawfirm.com, khisrael@hilawfirm.com
Camille J Iurillo     ciurillo@iurillolaw.com
Cynthia C. Jackson     cjackson@smithhulsey.com
Edward P Jackson     edward@edwardpjackson.com, jo@edwardpjackson.com
Michael D Jankowski     mjankows@reinhartlaw.com
Solomon J. Jaskiel     soljas@aol.com
David S Jennis     ecf@jennisbowen.com, mclift@jennisbowen.com;kkearney@jennisbowen.com;agavin@jennisbowen.com;nbisignano@jennisbowen.com
Jason Ward Johnson     jason.johnson@lowndes-law.com, joann.anderson@lowndes-law.com
Harold D Jones     hjones@jshllp.com, rlieman@jshllp.com
Katherine H Jones     kjones@roanokecountyva.gov
Richard K. Jones     rkjones@mppkj.com
Stanley K Joynes     sjoynes@joynesknight.com
Benjamin A Kahn     bkahn@npaklaw.com, donna.roland@jpfinancial.com
Jon E Kane     jkane@mateerharbert.com, ccrumrine@mateerharbert.com
Ronald Scott Kaniuk     rkaniuklaw@aol.com
Matthew E Kaplan     mkaplan@kaplanfreedman.com
Andrew C. Kassner     kassneac@dbr.com
Amy K Kaufman     akkaufman@ag.state.oh.us
Dena C Kaufman     dckaufman@hhlaw.com, khseal@hhlaw.com,bjgrieco@hhlaw.com
Michael A Kaufman     michael@mkaufmanpa.com
Craig I Kelley     craig@kelleylawoffice.com, martha@kelleylawoffice.com
Kentucky Department of Revenue     jenniferl.howard@ky.gov
Mark S. Kessler     apksm@aol.com
Elena P. Ketchum     eketchum.ecf@srbp.com
Jocelyn Keynes     jk@stevenslee.com
Rehan N. Khawaja     khawaja@fla-bankruptcy.com
Luke A Kill     lkill@sgpc.com
Scott T Kimmel     skimmel100@aol.com, kjazz1794@comcast.net
Roy S Kobert     orlandobankruptcy@broadandcassel.com
Michael S Kogan     mkogan@ecjlaw.com, slee@ecjlaw.com
Alan W Kornberg     jgladstone@paulweiss.com
Gerard M Kouri     gmkouripa@bellsouth.net
John W Kozyak     jk@kttlaw.com, ypaz@kttlaw.com,la@kttlaw.com
Stuart A. Krause     skrause@zeklaw.com
Joyce A Kuhns     jkuhns@saul.com
Ian J Kukoff     ian.kukoff@blaxgray.com
Jeffrey Kurtzman     JKurtzma@Klehr.com
Nina M LaFleur     nina@lafleurlaw.com
Maria J LaSala     mjlasala@aol.com
Darryl S. Laddin     bkrfilings@agg.com
Thomas J Lallier     tlallier@foleymansfield.com
David M Landis     dlandis@mateerharbert.com, hubillus@mateerharbert.com
Robert P Laney     blaney@mcelweefirm.com
David W Langley     dave@flalawyer.com
David L Langston     lancelangston@earthlink.net
Gregory A. Lawrence     greg@lawyers-jacksonville.com
William Edward Lawton     Wlawton@drml-law.com

Kluger, Peretz, Kaplan & Berlin, P.L., 201 So. Biscayne Blvd., Suite 1700, Miami, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{Bankruptcy\0110\0779/M0381300 v.1; 12/20/2006 05:11 PM}

Elena Lazarou   elazarou@reedsmith.com
Robert L LeHane   rlehane@kelleydrye.com, BankruptcyCourt@KelleyDrye.com
Dennis J LeVine   courtinfo@bcylaw.com
Thomas J Leanse   thomas.leanse@kattenlaw.com,
carole.levine@kattenlaw.com;kathleen.beaver@kattenlaw.com;jeri.bradshaw@kattenlaw.com;adelle.shafer@kattenlaw.com
Thomas R Lehman   esf@tewlaw.com, trl@tewlaw.com
David E Lemke   david.lemke@wallerlaw.com,
chris.cronk@wallerlaw.com;cathy.thomas@wallerlaw.com;wallerbankruptcy@wallerlaw.com
Chris Lenhart   lenhart.chris@dorseylaw.com
Patrick T Lennon   ptl@macfar.com
Alvin R Lenoir   alvinlenoir@yahoo.com
James P S Leshaw   leshawj@gtlaw.com
Bruce Levinson   b.levinson@verizon.net
Mark A Levy   mark.levy@brinkleymcnerney.com
Joseph W Lewis   Joelewislaw@yahoo.com
Stephen Lewis   slewis@stoltzusa.com
Luisa M Linares   llinareslaw@aol.com
Alan Jay Lipkin   maosbny@willkie.com
Liquidity Solutions, Inc   lsi@liquiditysolutions.com, sfriedberg@liquiditysolutions.com;rminkoff@liquiditysolutions.com
Louis L Long   long@chesserbarr.com, johnna@chesserbarr.com
Sara E Lorber   slorber@seyfarth.com
Margaret C Lumsden   mclumsden@ulslaw.com
John B. Macdonald   john.macdonald@akerman.com
Madison Liquidity Investors, LLC   sbishop@madisonliquidity.com
Richard H Malchon   richard.malchon@ruden.com
Jeffrey S. Margolin   margolin@hugheshubbard.com
Robert M Marino   rmarino@reedsmith.com
Bradley R Markey   BRM@stmlaw.net, SMR@stmlaw.net
Michael C Markham   mikem@jpfirm.com, cathyk@jpfirm.com
Johanna E Markind   jmarkind@att.net
Lawrence J Marraffino   ljmarra@bellsouth.net
James W Martin   jmartin@simplawatlanta.com
Philip V Martino   philip.martino@dlapiper.com, christy.soberanis@dlapiper.com
Kenneth G. M. Mather   kmather@hinshawlaw.com
Marie A Mattox   marie@mattoxlaw.com, frances@mattoxlaw.com
Walter F. McArdle   wfm@spain-gillon.com
Annette Kerlin McBrayer   amcbrayer@ebglaw.com
Charles W. McBurney   cmcburney@bellsouth.net
Charles S. McCall   charles.mccall@hklaw.com
Jerrett M. McConnell   bankruptcy@fandmlaw.com
John H. McCorvey   jm1062@aol.com
C Luckey McDowell   luckey.mcdowell@bakerbotts.com
David R McFarlin   dmcfarlin@whmh.com, psmith@whmh.com,mbretana@whmh.com
Richard J McIntyre   rjmcintyre@trenam.com
Thomas H. McLain   tmclain@fishersauls.com
William S McMahon   wmcmahon@choate.com
Austin L. McMullen   amcmulle@bccb.com
Andrew D McNamee   amcnamee@swmwas.com, larrazola@swmwas.com;cgraver@swmwas.com
Marc T McNamee   mmcnamee_br@nealharwell.com
Derek F Meek   dmeek@burr.com, msolomon@burr.com;jcrawfor@burr.com
Kenneth C Meeker   ken.meeker@usdoj.gov
Richard M. Meth   rmmnybankruptcy@pitneyhardin.com
Laura D Metzger   ldmetzger@mayerbrownrowe.com
Lawrence H Meuers   lmeuers@meuerslawfirm.com,
snurenberg@meuerslawfirm.com;lcastle@meuerslawfirm.com;nbucciarelli@meuerslawfirm.com
G Christopher Meyer   cmeyer@ssd.com
Robert C Meyer   meyerrobertc@cs.com
Todd C Meyers   tmeyers@kilpatrickstockton.com
Philip E Miles   pmiles@alabamatortlaw.com
Christopher C. Miller   cmiller@mgm.com
Kathleen M. Miller   kmm@skfdelaware.com
Stephen M Miller   smiller@morrisjames.com

Kluger, Peretz, Kaplan & Berlin, P.L., 201 So. Biscayne Blvd., Suite 1700, Miami, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{Bankruptcy\0110\0779/M0381300 v.1; 12/20/2006 05:11 PM}

David F Mills    david@mastschulz.com
Mark Minuti    mminuti@saul.com
T David Mitchell    tdavidmitchell@msn.com
Joseph Thomas Moldovan    jmoldovan@morrisoncohen.com, bankruptcy@morrisoncohen.com
Richard A Montague    rmontague@wellsmoore.com
Brett S. Moore    bsmoore@pbnlaw.com
Frank H Moore    hmoore@cmbfirm.com, dbrewer@cmbfirm.com
John A Moore    jmoore@pogolaw.com
Mindy A Mora    mmora@bilzin.com, eservice@bilzin.com;lflores@bilzin.com;mfoster@bilzin.com
Lee P Morgan    lmorgan@morganlawyers.com
Deborah M Morris    deborah.m.morris@usdoj.gov
C Daniel Motsinger    cmotsinger@kdlegal.com, ispells@kdlegal.com,Roeosc@aol.com
Richard H Nash    mbarnes06@bellsouth.net
Larren M Nashelsky    lnashelsky@mofo.com
Albert F. Nasuti    anasuti@tokn.com
Bruce S. Nathan    bnathan@lowenstein.com
Bradley P Nelson    nelson@sw.com
Carole Neville    cneville@sonnenschein.com
Peter E. Nicandri    pnicandri@milamhoward.com, hdurham@milamhoward.com
James J. Niemeier    jniemeier@mnmk.com,awoodard@mnmk.com
Douglas C Noble    nobled@phelps.com, hoffmank@phelps.com
Donald A Nohrr    dnohrr@gray-robinson.com
Michael A Paasch    mpaasch@mateerharbert.com, kchurch@mateerharbert.com
Michael Palahach    mpalahach@palahachcruanes.com
Merritt A. Pardini    merritt.pardini@kmzr.com
E. Warren Parker    parker@jaxlawcenter.com, dmilford@jaxlawcenter.com
Barbra R. Parlin    nyc-bkcyecf@hklaw.com
Jimmy D Parrish    bankruptcynotice@groneklatham.com
Jay D. Passer    tbcc2@verizon.net, kathykorson@hotmail.com
Patrick P. Patangan    patrick.patangan@akerman.com
Aaron D. Patton    apatton@murrayfrank.com
David J Pedersen    djpedersen@cfl.rr.com
Armando A Perez    perezarm@bellsouth.net
Christian A Petersen    cpetersen@gunster.com
Edward J. Peterson    epeterson.ecf@srbp.com
Torrence R Phillips    torrence@hlalaw.com
David L Pollack    pollack@ballardspahr.com
Geraldine E Ponto    gponto@gibbonslaw.com
James H. Post    jpost@smithhulsey.com
Leanne McKnight Prendergast    lprendergast@smithhulsey.com
Charles S Prentace    charles.prentace@norfolk.gov
Robert E Price    rprice@replegal.com, bvoelkl@replegal.com
David C Profilet    dprofilet@the-beach.net
Peter N Pross    ppross@eckertseamans.com
Nicholas V. Pulignano    npulignano@marksgray.com, slw@marksgray.com
Paul Pysczynski    paulp@lancasterlawyers.com, debbieh@lancasterlawyers.com;ppyski@aol.com
Charles V Quinn    cquinn@dbl-law.com
Rex D. Rainach    rainach@msn.com
Charles M Rand    legal0103@aol.com, lisaatCRand@aol.com
Peter J Rathwell    prathwell@swlaw.com
Adam Ravin    aravin@skadden.com, rgray@skadden.com,jleamy@skadden.com,kward@smithhulsey.com,dturetsk@skadden.com,dkaloudi@skadden.com,jwoodfie@skadden.com,jlederer@skadden.com
Eric T. Ray    eray@balch.com
Dean A Reed    dino4897@yahoo.com
Diane G. Reed    dianegreed@sbcglobal.net
Jeffrey C. Regan    jregan@rzwlaw.com, kmoran@rzwlaw.com;bcrawford@rzwlaw.com
Russell L Reid    russell.reid@hellerehrman.com
T Dwight Reid    mistiej@aol.com
Steven J. Reisman    sreisman@cm-p.com , athau@cm-p.com
Brian G Rich    brich@bergersingerman.com, efile@bergersingerman.com;jdiaz@bergersingerman.com
Michael L Rich    mrich@dbl-law.com

Kluger, Peretz, Kaplan & Berlin, P.L., 201 So. Biscayne Blvd., Suite 1700, Miami, FL 33131   305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431   561.961.1831

{Bankruptcy\0110\0779/M0381300 v.1; 12/20/2006 05:11 PM}

Sarah Richardson     srichard@co.pinellas.fl.us
Larry B Ricke     larry.ricke@leonard.com
Harley E Riedel     hriedel.ecf@srbp.com, hriedel.ecf@srbp.com
Fred B. Ringel     fringel@pobox.com
Richard A Robinson     rrobinson@bakerlaw.com, pshivamber@bakerlaw.com;OrlBakerDocket@bakerlaw.com
John T Rogerson     jrogerson@vbwr.com, fdepaolo@vbwr.com,acroft@vbwr.com,jspanopoulos@vbwr.com
Mark S Roher     mroher@rprslaw.com, mlopez@rprslaw.com;lschiller@rprslaw.com
Adam L. Rosen     mail@srsllp.com
Avrum J. Rosen     arosen@avrumrosenlaw.com
Mitchell S Rosen     mrosen@rosenlawgroup.com, lmurrah@rosenlawgroup.com
Paul M Rosenblatt     prosenblatt@kilpatrickstockton.com
Neal M. Rosenbloom     NRosenbloom@finkgold.com
Jason A Rosenthal     Jason@therosenthallaw.com
Fox Rothschild     nybkfilings@foxrothschild.com
Edward P Rowan     erowan@lkrhmobile.com
J Casey Roy     roy@mcclainleppert.com
David S Rubin     drubin@kswb.com
Guy B Rubin     guy.rubin@rubinandrubin.com
Robert B. Rubin     brubin@burr.com
Rachel L Rubio     rrubio@mdrtlaw.com
Shelley D Rucker     srucker@millermartin.com
Frederick F Rudzik     rudzikf@dor.state.fl.us
Maura I Russell     jguerrier@dreierllp.com
Peter D. Russin     prussin@melandrussin.com, ltannenbaum@melandrussin.com
Teresa Sadutto     tsadutto@platzerlaw.com
Anthony M Salzano     asalzano@pascocountyfl.net, tosipov@pascocountyfl.net
Anthony F Sanchez     afspalaw@aol.com
Ashley E Sandage     aes@clcsattorneys.com
Al A Sarrat     asarrat@jacobssarrat.com
Michael M Schmahl     mschmahl@mcguirewoods.com
Marvin S. Schulman     mschulmanpa@aol.com
Sarah L Schultz     sschultz@akingump.com
Gregory J. Seketa     franklin.berg@4086.com
Ed S. Sell     eds@sell-melton.com
Joel M Shafferman     joel@shafferman.com
James D Shannon     jshannon@shannonlawfirm.com, sbarlow@shannonlawfirm.com
Susan H Sharp     ssharp.ecf@srbp.com
Daniel Carr Shaughnessy     lindsaylaw@bellsouth.net
Mary Kay Shaver     mkshaver@varnumlaw.com
Andrew Howard Sherman     asherman@sillscummis.com
Lynn Welter Sherman     lsherman@hwhlaw.com, lbecker@hwhlaw.com
Bradley S Shraiberg     bshraiberg@kpkb.com
R Scott Shuker     bankruptcynotice@groneklatham.com
Timothy P. Shusta     shustat@phelps.com, yosta@phelps.com
Robert J Shuttera     rshuttera@flapersonalinjury.com
Wendy M Simkulak     wmsimkulak@duanemorris.com
Wayne M Singletary     courtmail@schuylaw.com
Peter L. Slinn     plslinn@stoel.com
Thomas R. Slome     mail@srsllp.com
Aaron C Smith     asmith@lordbissell.com
Anthony J. Smits     anthony.smits@bingham.com
Richard G. Smolev     rsmolev@kayescholer.com
Walter J. Snell     snellandsnell@mindspring.com, snellandsnell@hotmail.com
Kristofor D Sodergren     bankruptcy@hsmbb.com
Marc P Solomon     msolomon@burr.com
James E Sorenson     bk@wggdlaw.com
Rhysa G South     sou06@co.henrico.va.us
Karen K Specie     specie@scruggs-carmichael.com, darden@scruggs-carmichael.com;kstinson@scruggs-carmichael.com
Arthur J Spector     aspector@bergersingerman.com
Mark D. Speed     mds@markdspeedlaw.com
Thomas St Germain     tom@weinlaw.com, christie@weinlaw.com
David N Stern     dstern@gjb-law.com, vdueppe@gjb-law.com;lpantaleon@gjb-law.com;tmessana@gjb-law.com

Kluger, Peretz, Kaplan & Berlin, P.L., 201 So. Biscayne Blvd., Suite 1700, Miami, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{Bankruptcy\0110\0779/M0381300 v.1; 12/20/2006 05:11 PM}

Don M Stichter    dstichter.ecf@srbp.com
Scott A. Stichter    sstichter.ecf@srbp.com
Dennis J Stilger    djstilger@insightbb.com
Susan F Stivers    susan.stivers@ky.gov
Ray H Stoess    raystoess@bellsouth.net
Philip D Storey    pds@aswmpa.com, MByrd@aswmpa.com
Alan C Stout    stephanie@sfk-law.com, astout@stoutlaw.com
Sabrina L. Streusand    streuss@hughesluce.com
Jerry W Sullivan    jwsullivan@lgsdalaw.com
Charles P Summerall    csummerall@bmsmlaw.com, pmarfizo@bmsmlaw.com
Stephen B. Sutton    ssutton@lathropgage.com
David L Sweat    dsweat@rueziffra.com, tponder@rueziffra.com
Douglas B Szabo    douglas.szabo@henlaw.com, maria.figueroa@henlaw.com
Joel L. Tabas    jtabas@tfsmlaw.com
Tina M Talarchyk    ttalarchyk@ssd.com, aparker@ssd.com
Gene B Tarr    gbt@btcmlaw.com
Benjamin D Tarver    questions@bankruptcy.intranets.com
Robert J Telfer    rtelfer@ctrfa.com
Richard R Thames    rrthames@stmlaw.net, blc@stmlaw.net
Janet H. Thurston    cohenthurston@cs.com
David J Tong    djt@saxongilmore.com, acuff@saxongilmore.com
Laura L. Torrado    ltorrado@bear.com
Trade-Debt.net    tmcguire@trade-debt.net
Kristen F Trainor    ktrainor@shb.com
Ronald M Tucker    rtucker@simon.com, cmartin@simon.com,rwoodruff@simon.com,,ncaldwell@simon.com,ptropepe@simon.com
Harran E Udell    hudell@forthepeople.com
United States Trustee - JAX    USTP.Region21.OR.ECF@usdoj.gov
Raymond J. Urbanik    rurbanik@munsch.com
Thomas C. Valentine    tvalentine@walterslevine.com
Marcio W. Valladares    , kristin.field@usdoj.gov
Lori V. Vaughan    lvaughan@foley.com, mgrettenberger@foley.com
Jay B Verona    jay@veronalawgroup.com, connie@veronalawgroup.com
Franklin T Walden    waldenlegal@aol.com
David H Wander    dwander@wanderlaw.com
Richard Whitney Ward    rwward@airmail.net
Michael D. Warner    bankruptcy@warnerstevens.com
Allan C Watkins    watkinslaw@worldnet.att.net
Regina Wedig    rswedig@bellsouth.net
Leslie G Weeks    lgw@helmsinglaw.com
Alan M. Weiss    alan.weiss@hklaw.com
Scott R Weiss    scott.weiss@marshallwatson.com
John W Wesley    wesleyandassociates@earthlink.net
Margaret R Westbrook    lhogewood@kennedycovington.com, cevans@kennedycovington.com;bfork@kennedycovington.com
David B. Wheeler    davidwheeler@mvalaw.com
Stephen D Wheelis    steve@wheelis-rozanski.com
Hurley Partin Whitaker    hpw@whitakerlaw.com
William Douglas White    wdw@mccarthywhite.com
Joseph C Whitelock    jowhiteloc@aol.com
Robert D Wilcox    rwilcox@wilcoxlawfirm.com
John J. Wiles    bankruptcy@evict.net
Amy Pritchard Williams    swilliams@kennedycovington.com
Steven R Wirth    swirth@kayescholer.com
Jeffrey C Wisler    jwisler@cblh.com
David A Wolf    dwolf@woodatter.com
Frank J. Wright    bankruptcy@hswgb.com
Allan E. Wulbern    awulbern@smithhulsey.com
Robert L Wunker    rwunker@rutherfordmulhall.com
Heather L Yonke    hyonke@gjb-law.com, ctarrant@gjb-law.com;hburke@gjb-law.com
JRichard Young    jry@stumplaw.com
William Knight Zewadski    z@trenam.com

Kluger, Peretz, Kaplan & Berlin, P.L., 201 So. Biscayne Blvd., Suite 1700, Miami, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{Bankruptcy\0110\0779/M0381300 v.1; 12/20/2006 05:11 PM}

Brian D Zinn    bzinn@gbclaw.com, jmoore@gbclaw.com
Scott A. Zuber    szuber@pitneyhardin.com

Kluger, Peretz, Kaplan & Berlin, P.L., 201 So. Biscayne Blvd., Suite 1700, Miami, FL 33131  305.379.9000
2385 NW Executive Center Drive, Suite 300, Boca Raton, FL 33431  561.961.1831

{Bankruptcy\0110\0779/M0381300 v.1; 12/20/2006 05:11 PM}