UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Reorganized Debtors.[1] | ) Jointly Administered |

AGREED ORDER RESOLVING CLAIMS FILED BY CERTAIN
PEPSI BOTTLERS, AS SET FORTH IN THE DEBTORS'
TWENTY-SECOND OMNIBUS OBJECTION

These cases originally came before the Court for hearing on October 12, 2006, upon the Twenty-Second Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A through F to the Objection.[2] Formal and informal responses to the Objection were raised and filed, as a result of which the Debtors agreed to continue the Objection with respect to (i) claim no. 8200 filed by Acadiana Bottling Co., Inc., (ii) claim no. 8314 filed by Allen Beverages, Inc., (iii) claim no. 8247 filed by McPherson Beverages, Inc., (iv) claim no. 9655 filed by Pepsi Cola Bottling Co. of Atmore, (v) claim no. 8917 filed by Pepsi Cola Bottling Co. of Luverne Inc., (vi) claim no. 7809 filed by Refreshment Services, Inc., (collectively, the "Overstated Claims"), (vii) claim no. 11361 filed by Beverage

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

South Inc., (viii) claim no. 4430 filed by Pepsi Cola Bottling Co. of Hickory and (ix) claim no. 7905 filed by Pepsi Cola Decatur LLC (collectively, the "Overstated Misclassified Claims"), among others. On October 12, 2006, the Court entered an order (Docket No. 11892) sustaining the Objection as to the proofs of claim listed on the exhibits to the order and continuing the hearing on the Objection as to the Overstated Claims, the Overstated Misclassified Claims and other unresolved claims. On December 12, 2006, Pepsi-Cola Company filed a limited withdrawal of its response to the Objection on behalf of the holders of the Overstated Claims and Overstated Misclassified Claims listed above. Based upon the representation by counsel to the Debtors that the proposed Agreed Order reflects a resolution of the Objection as to the Overstated Claims and the Overstated Misclassified Claims, it is

ORDERED AND ADJUDGED:

1. The Overstated Claims listed on Exhibit A are reduced to the amounts set forth on Exhibit A under the heading Reduced Amount and the amounts exceeding the Reduced Amount are disallowed.

2. The Overstated Misclassified Claims listed on Exhibit B are reduced to the amount set forth on Exhibit B under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed. The asserted class status alleged for the Overstated Misclassified Claims listed on Exhibit B is denied; and the Overstated Misclassified Claims are reclassified as specified on Exhibit B under the heading "Modified Class Status."

3. Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims

are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

    4.    Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

    5.    The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 21 day of December, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

479703-Wilmington Server 1A - MSW

# EXHIBIT A

Page: 1 of 1
Date: 12/13/2006

WINN-DIXIE STORES, INC., ET AL
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A -- OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 410452**<br>ACADIANA BOTTLING CO, INC<br>ATTN JAMES M ANGERS, JR, CFO<br>1003 HUGH WALLIS ROAD, BLDG A<br>LAFAYETTE LA 70508 | 8200<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $305,903.30 | $180,632.44 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $39,448.35, NET CONSUMPTION WAIVER OF $2,600.69, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $83,221.82. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 410373**<br>ALLEN BEVERAGES, INC, DBA<br>PEPSI COLA BOTTLING CO OF GULFPORT<br>ATTN C GRAVES/E A ALLEN II<br>13300 DEDEAUX RD<br>PO BOX 1037<br>GULFPORT MS 39505-2037 | 8314<br>Debtor: WINN-DIXIE STORES, INC. | $126,543.12 | $72,558.21 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,130.69, ACCOUNTS RECEIVABLE BALANCE OF $16,872.03, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $36,182.19. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 255920**<br>MCPHERSON BEVERAGES, INC<br>ATTN R M HULL JR/M HULL<br>1330 STANCELL ST<br>ROANOKE RAPIDS, NC 27870 | 8247<br>Debtor: WINN-DIXIE RALEIGH, INC. | $13,692.30 | $10,617.18 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $3,075.12. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 258334**<br>PEPSI COLA BOTTLING CO OF ATMORE<br>ATTN LANCE MCKENZIE, CONTROLLER<br>PO DRAWER 1009<br>106 S PRESTLEY STREET<br>ATMORE, AL 36504 | 9655<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $80,805.95 | $47,245.17 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $33,560.78. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 410567**<br>PEPSI-COLA BTLG CO OF LUVERNE INC<br>ATTN MARVIN MOTLEY, PRESIDENT<br>PO BOX 226<br>LUVERNE AL 36049 | 8917<br>Debtor: WINN-DIXIE STORES, INC. | $94,003.14 | $68,799.55 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $546.66, ACCOUNTS RECEIVABLE BALANCE OF $7,163.86, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $17,493.07. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 407614**<br>REFRESHMENT SERVICES, INC<br>ATTN MICHELLE KIMBRO, ASST CONTR<br>3400 SOLAR AVENUE<br>SPRINGFIELD IL 62707-5713 | 7809<br>Debtor: WINN-DIXIE STORES, INC. | $183,480.28 | $115,095.88 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $821.76, ACCOUNTS RECEIVABLE BALANCE OF $26,388.24, RECLAMATION PAYMENTS IN PROCESS TOTALING $26,296.20, AND REMOVAL OF $14,878.20 FOR CHARGEBACKS OF PREVIOUSLY PAID AND DISPUTED INVOICES. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |

Total Claims to be Reduced: 6
Total Amount to be Reduced: $804,428.09 Plus Unliquidated Amounts, If Any
Total Reduced Amount: $494,948.43

**EXHIBIT B**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| BEVERAGE SOUTH INC<br>ATTN JAMES W DAVIS, CONTROLLER<br>751 STATE PARK ROAD<br>GREENVILLE SC 29609 | 11361 | $41,205.11 | Multiple Classes | Unsecured Non-Priority | $31,018.87 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $10,186.24. ALSO, MISCLASSIFIED CLAIM. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | | |
| PEPSI COLA BOTTLING CO OF HICKORY NC, INC<br>ATTN MICHAEL WINGLER, CFO<br>PO BOX 550<br>HICKORY, NC 28603 | 4430 | $166,459.55 | Unsecured Non-Priority | Multiple Classes | $117,772.09 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $40,518.35 AND REMOVAL OF $8,169.11 FOR CHARGEBACKS OF PREVIOUSLY PAID AND DISPUTED INVOICES. ALSO, MISCLASSIFIED IN PART. RECLASSIFY $3,183.96 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $114,588.13 REMAINS UNSECURED NON-PRIORITY. |
| | | Debtor: WINN-DIXIE RALEIGH, INC. | | | | |
| PEPSI COLA DECATUR LLC DBA PEPSI COLA BOTTLING CO<br>ATTN RODGER SHABEL, GM<br>PO BOX 2389<br>DECATUR, AL 35602 | 7905 | $64,564.40 | Multiple Classes | Multiple Classes | $44,544.83 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $20,019.57. CLAIM ASSERTED AS SECURED, UNSECURED NON-PRIORITY, AND ADMINISTRATIVE PRIORITY MISCLASSIFIED IN PART. RECLASSIFY $8,810.30 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $35,734.53 TO UNSECURED NON-PRIORITY. |
| | | Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | |

Total Claims to be Reduced & Reclassified: 3
Total Amount to be Reduced & Reclassified: $272,229.06    Plus Unliquidated Amounts, If Any
Total Reduced & Reclassified Amount: $193,335.79