UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| WINN-DIXIE STORES, INC., et al., | Case No.: 05-03817-3F1 |
| | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

## APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR POST-PETITION PERSONAL INJURY CLAIMANT

Movant, LARRY COATES, by and through his undersigned attorneys, and pursuant to 11 U.S.C. §503, respectfully requests this Court enter an Order approving this application for payment of administrative expense claim against the Estate, and to authorize payment of this claim (the "Application"), and in support thereof states as follows:

1. On February 21, 2005, the Debtors filed Voluntary Petitions under Chapter 11 of the U.S. Bankruptcy Code in the Southern District of New York and were transferred to this Court on April 13, 2005.

2. On November 9, 2006, this Court entered an Order confirming Debtors' Joint Plan of Reorganization (the "Confirmation Order")[CP #12440].

3. The Confirmation Order provides that pursuant to Section 12.1 of Debtors' Joint Plan of Reorganization (the "Plan"), the deadline for filing requests for payment of post-petition administrative claims is January 5, 2007 (the "Administrative Claims Bar Date").

4. On October 8, 2006, Movant, LARRY COATES, was a business invitee of debtor, WINN-DIXIE STORES, INC., and suffered personal injury as a result of the negligence by the Debtors at a WINN DIXIE grocery store located at 955 South Pinellas Avenue, Tarpon Springs, Florida.

5. The personal injury claim of the Movant, LARRY COATES, has yet to be liquified.

6. Thus, pursuant to the Confirmation Order and the Plan, this Application is timely.

7. The Court may award an administrative expense priority under §503(b) for the "actual, necessary costs and expenses of preserving the estate...." 11 U.S.C. §503(b)(1).

8. Damages arising from a post-petition tort committed by a debtor are entitled to administrative expense status.[1]

9. The Movant, LARRY COATES, respectfully requests the Court enter an Order allowing this post-petition administrative expense claim, subject to liquidation by either consent of the parties or a court of competent jurisdiction. Upon liquidation of this post-petition claim, the Movant, LARRY COATES, requests the Court enter an order requiring the Debtors pay the allowed administrative claim in full.

10. In accordance with the Confirmation Order and Section 12.1 of the Plan, the Movant, LARRY COATES, has served a copy of the Application on counsel for the Reorganized Debtors and the Post-Effective Date Committee.

WHEREFORE, the Movant, LARRY COATES, requests that this Court enter an Order (1) deeming the administrative claim asserted by the Movant as a timely assertion of an administrative claim subject to liquidation by either consent o the parties or a court of competent jurisdiction; (2) requiring the Debtors to pay the administrative expense claim immediately upon entry of an order allowing the claim; and (3) granting any such further relief as this Court deems just and proper.

---

[1] See, e.g., *Reading Co. v. Brown*, 391 U.S. 471, 485, 88 S.Ct. 1759, 20 L.Ed.2d 751 (1968)(holding that damages resulting from fire caused by receiver's negligence were administered expenses); *In re Piper Aircraft Corp.*, 1169 B.R. 766 (Bkrtcy. S.D. Fla. 1994).

2

I HEREBY certify that a true and correct copy of the foregoing has been furnished by U.S. Mail to the parties identified below on this 21st day of December, 2006:

Counsel for Reorganized Debtors
JAMES POST, ESQUIRE
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Counsel for Reorganized Debtors
D.J. BAKER, ESQUIRE
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036

United States Trustee's Office
135 West Central Boulevard, Suite 620
Orlando, FL 32801.

Counsel for Post-Effective Date Committee
MATTHEW BARR, ESQUIRE
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York, 10005

Co-Counsel for Post-Effective Date Committee
JOHN B. MACDONALD, ESQUIRE
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, FL 32202

Winn-Dixie Stores, Inc.
5050 Edgewood Street
Jacksonville, FL 32254-3699

BABBONI, SHAPIRO & GOLDMAN

MICHAEL J. BABBONI, ESQUIRE
6446 Central Avenue
St. Petersburg, FL 33707
727-381-9200
727-381-9203 (Facsimile)
Florida Bar No.: 0708054
E-mail address: joura@getmejustice.com
Attorney for Creditor
LARRY COATES

3