## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 05-03817-3F1 |
| | ) | |
| Winn-Dixie Stores, Inc., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |
| _____ | ) | |

**F I L E D**
JACKSONVILLE, FLORIDA

**DEC 2 1 2006**

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

### NOTICE OF CLAIM OF XIMENA VALIDIVIA

Please take notice that Claimaint, Ximena Valdivia, gives notice of her request for payment of claim arising against Winn-Dixie stores for a personal injury incident which occurred on December 15, 2005.

The claim was previously handled by Sedgwick Management Claim Services under claim number A511215/52-0001-01 with regard to Winn-Dixie store number 0319 located in Homestead, Florida 33030.

_____
Ximena Valdivia
**Pro Se**
16490 SW 244 Street
Miami, Florida 33031
Telephone: 305-247-7614

### Certificate of Service

I hereby certify that on December 19, 2006, I filed the foregoing document with the Clerk of the Court by US Mail. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_____
Ximena Valdivia

## SERVICE LIST

In re: Winn-Dixie Stores, Inc., et al., Reorganized Debtors
Case No.: 05-03817-3F1
United States District Court, Middle District of Florida, Jacksonville Division

Matthew Barr, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
mbarr@milbank.com
1 Chase Manhattan Plaza
New York, New York 10005
Tel:    212-822-5194
Attorney for Reorganized debtor
Via US Mail

James Post, Esq.
Smith Hulsey & Busey
jpost@smithhulsey.com
225 Water Street, Suite 1800
Jacksonville, Florida 32202
Tel:
Fax:    904-359-7708
Attorney for Reorganized debtor
Via US Mail