F I L E D
JACKSONVILLE, FLORIDA

DEC 2 1 2006

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,                    Case No.: 05-03817 -3F1

        Debtors.                               Chapter 11

                                  Jointly Administered

## APPLICATION FOR ALLOWANCE OF AN ADMINISTRATIVE EXPENSE STATUS FOR POST-PETITION CLAIM AND REQUEST FOR NOTICE
### Marei J. Eugene

Comes Now Marie J. Eugene ("Applicant"), through pro se, and seeks administrative expense status for Applicant's claim against one or more of the Debtors pursuant to 11 U.S.C. § 503(b). Applicant requests the entry of an order allowing the administrative expense described below and directing the payment of such amount pursuant to Order Confirming the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order") and the provisions of the Plan as confirmed. In support of this Application, Applicant states as follows:

### JURISDICTION AND VENUE

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334. Venue is proper pursuant to 28 U.S.C. § 157(b)(2).

### FACTUAL BACKGROUND

2.      Winn-Dixie Stores, Inc., et al. (the "Debtors") filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on or about February 21, 2005 (the "Petition Date").

3.      After the Petition Date and on or about May 2, 2006, Applicant was injured at the Winn-Dixie store No. 0751 located in Collier County, Florida. As a proximate result of the injury, Applicant has suffered severe damages totaling at least $50,000.00, which damages Applicant can support through medical records and other proof.[1]

APPLICANT'S CLAIM IS ENTITLED TO<br>ADMINISTRATIVE EXPENSE STATUS

4.      Section 503(b) of the Bankruptcy Code provides for the allowance of administrative expense status, and its attendant priority for payment, for the "actual, necessary costs and expenses of preserving the estate. 11 U.S.C. § 503(b). It is well-established that personal injury claims arising from a post-petition tort committed by the debtor are entitled to administrative expense status. *See, Reading Co. v. Brown,* 391 U.S. 471, 485 (post-petition fire damages resulting from trustee's negligence were entitled to administrative expense status); *In re Piper Aircraft Corp.,* 169 B.R. 766 (Bankr. S.D. Fla 1994).

5.      In this instance, Applicant's claim arose as a result of the business operations of one or more of the Debtors after the Petition Date but prior to the Confirmation Order. As such, Applicant's $50,000.00 claim is entitled to administrative expense status under 11 U.S.C. § 503(b), and Applicant seeks the entry of an order awarding such status.

REQUEST FOR FUTURE NOTICE

Applicant requests that all future pleadings and notices regarding or affecting Applicant's claim be served upon:

MARIE J. EUGENE
P.O. Box 1567
Immokalee, Florida 34143

---

[1] Applicant's damages may not be fully liquidated at this time.

WHEREFORE, based upon the foregoing, Applicant requests that the Court enter an order granting the relief requested herein and such other relief as it deems just and proper.

Respectfully Submitted,

MARIE J. EUGENE
P.O. Box 1567
Immokalee, Florida 34143

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2006 I filed this APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE STATUS FOR POSTPETITION CLAIM AND REQUEST FOR NOTICE by Mail & Fax, which will cause the original to be files with the court at Clerk of the Court, US Courthouse, 300 North Hogan St., Ste. 3-350, Jacksonville, FL 32202(Certified Mail), & a copy to be served on James H. Post, Esq., Counsel for the Reorganized Debtors at SMITH HULSEY & BUSEY, 225 Water Street, Ste. 1800, Jacksonville, FL 32202(Mail & Fax:904-359-7708); Matthew Barr, Esq. and John MacDonald, Esq., Counsel for the Post-Effective Date Committee at MILBANK, TWEED HADLEY & MCCOY, LLP, 1 Chase Manhattan Plaza, New York, NY 10005(Mail & Fax:212-822-5194, Elena L. Escamilla, Esq., counsel for the Office of the United States Trustee at135 W. Central Blvd., Orlando, FL 32801(Mail & Fax:407-648-6323) and all other parties participating, all served by Mail &/or Fax.

MARIE J. EUGENE
P.O. Box 1567
Immokalee, Florida 34143