## UNITED BANKRUPTCY COURT
## MIDDLE DISTRICT FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ] Case No. -05-03817-3F1 |
| | ] |
| Winn-Dixie Stores, Inc., et al | ] Chapter 11 |
| | ] |
| Reorganized Debtors | ] Jointly Administered |
| | ] |

## APPLICATION FOR ADMINISTRATIVE EXPENSES

Now comes, Constance E. St. Julien-Mims, Pro-Se, requesting payment for administrative expenses that were incurred as result of a injury in the Winn-Dixie Store No. 0549, located 740 North Schillinger Rd., Mobile Al, on July 17th, 2005.pursuant to 11 U.S.C 503.

Constance E. St. Julien-Mims resides at 5361 Moffett Rd. Mobile, Al 36618.

The incident was acknowledged by the Winn-Dixie Management and given the
File No. A511209211-0001-01 001 by Sedgwick Claims Management Services, Inc.. The Service is hired by Winn-Dixie, Inc. To process claims on their behalf.

Mrs. St. Julien-Mims is Disabled and the incident on July 17th, 2005, has further contributed to her ability to care for herself and her family. Mrs. Mims was married February 25th, 2005 only four months before the life altering incident which caused her new husband and daughters to help her to the toilet and take on the total responsibilities of the household for months.   Before the fall she was able to contribute a little to the family finances.  The financial loss, mental and physical stress has caused tremendous hardship on the marriage and household.  Although, the creditor has Medicare, all bills previously paid by Medicare for medical services as a direct result of the fall must be repaid to the Insurance Co.  It is verified by medical records that the injuries sustained during the fall will require life long medical attention that must be paid by Winn-Dixie Stores. Inc.

1.) The total amount of the administrative expense is $680,000.00.  The attached exhibit summarizes the medical bills and explanation of how the expense total was reached..

2.) Photos were taken at the time of the incident and copies were provided to Sedgwick Claims Management.

3.) Medical treatments for injuries to back include seven (7) epidurals and eight (8) SI joint injections. There is a chance of Paralysis with each injection. These injections will be required for the duration of Mrs. St. Julien-Mims life to provide reasonable comfort from her     condition.

4.) There were numerous Doctor and hospital visits.  Medicare Summary Reports have been sent

to Sedgwick Claims Management.  The medical documents are to voluminous to include in the motion.

Wherefore, Constance E. St. Julien-Mims asks the Court to approve payment of administrative expenses in the amount of $680,000.00.


_Constance E. St. Julien-Mims_                    _12-20-06_
Constance E. St. Julien-Mims, Pro-Se            Date


copies
James Post, Smith Hulsey & Busey          Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP
225 Water Street, Suite 1800               1 Chase Manhattan Plaza
Jacksonville, FL 32202                      New York, New York 10005
fax (904)359-7708                           Fax (212) 822-5194

MEDICARE SUMMARY FOR DOCTOR'S SERVICES
DATES 7/17/05 TO 10/03/06

| | DATE OF SERVICE | CLAIM # | SERVICE PROVIDED | AMOUNT CHARGED |
|---|---|---|---|---|
| 1. | 07/17/05 | 22-05206-603-330 | AMBULANCE SERVICES | $396.00 |
| 2. | 07/17/05 | 22-05283-120-440 | EMERGENCY DEPT VISIT | $120.00 |
| 3. | 07/17/05 | 22-05202-159-500 | X-RAYS | $ 40.00 |
| 4. | 07/17/05 | 20520660360602 | SPINE INJECTION | $709.90 |
| 5. | 07/20/05 | 22-05229-101-990 | EMERGENCY DEPT VISIT | $ 85.75 |
| 6. | 07/20/05 | 22-05229-102-000 | EMERGENCY DEPT VISIT | $ 85.75 |
| 7. | 07/20-05 | 22-05327-110-780 | EMERGENCY DEPT VISIT | $ 85.75 |
| 8. | 07/20/05 | 24-05220-048-940 | X-RAYS | $ 36.00 |
| 9. | 07/20/05 | 24-05220-048-930 | X-RAY OF TAILBONE | $ 33.00 |
| 10. | 08/12/05 | 24-05255-048-250 | MRI LUMBAR | $228.00 |
| 11. | 09/12/05 | 22-05269-400-870 | SPINE INJECTION | $598.00 |
| 12. | 10/17/05 | 22-05305-443-250 | SPINE INJECTION | $748.00 |
| 13. | 12/21/05 | 22-05356-278-030 | OFFICE VISIT | $ 60.00 |
| 14. | 02/07/06 | 24-06082-019-860 | EMERGENCY DEPT VISIT | $178.00 |
| 15. | 02/07/06 | 22-06150-403-190 | ELECTROCARDIOGRAM | $ 10.00 |
| 16. | 04/20/06 | 24-06156-027-750 | EMERGENCY DEPT VISIT | $132.00 |
| 17. | 06/08/06 | 22-06177-397-480 | SPINE INJECTION | $748.00 |
| 18. | 06/30/06 | 22-06200-439-340 | SPINE INJECTION | $748.00 |
| 19. | 08/27/06 | 24-06265-011-310 | EMERGENCY DEPT VISIT | $203.00 |
| 20. | 09/07/06 | 22-06286-139-450 | OFFICE VISIT | $104.00 |
| 21. | 09/12/06 | 22-05269-400-870 | SI  SPINE INJECTION | $598.00 |
| 22. | 09/20/06 | 22-06291-377-230 | FLUOROGUIDE FOR SI INJECTION | $ 40.00 |
| 23. | 09/21/06 | 22-06291-377-220 | (2) SI INJECTION | $352.00 |
| 24. | 10/03/06 | | (2) SI INJECTIONS | |
| 25. | 10/25/06 | 20631000135602 | (2) SI PROCEDURES | $1,179.25 |

HOSPITAL OUTPATIENT CLAIMS

| | Date | Number | Type | Amount |
|---|---|---|---|---|
| 1. | 7/17/05 | 20520660360602 | EMERGENCY ROOM VISIT | $ 709.90 |
| 2. | 7/20/05 | 20533300153302 | EMERGENCY ROOM VISIT | $ 274.75 |
| 3. | 8/12/05 | 20523160063702 | INJECTION | $ 938.25 |
| 4. | 8/22/05 | 20525520192302 | OUT PATIENT | $ 180.76 |
| 5. | 9/12/05 | 20529160599402 | OUTPATIENT | $1,060.67 |
| 6. | 10/17/05 | 20530060489002 | OUTPATIENT | $ 976.32 |
| 7. | 11/29/05 | 20534000121402 | OUTPATIENT | $ 362.50 |
| 8. | 2/7/06 | 20616711295102 | INJECTION | $2,542.20 |
| 9. | 4/20/06 | 20624900062402 | INJECTION | $1,969.74 |
| 10. | 6/8/06 | 20617100570502 | INJECTION | $1,117.00 |
| 11. | 6/20/06 | 20618100068402 | OUTPATIENT | $ 453.25 |
| 12. | 6/30/06 | 20619800467802 | INJECTION | $1,193.15 |
| 13. | 8/27/06 | 20626900114402 | INJECTION | $2,067.70 |
| 14. | 8/28/06 | 20625100320002 | INJECTION | $1,134.84 |
| 15. | 8/30/06 | 20626900114502 | OUTPATIENT | $ 909.50 |
| 16. | 9/15/06 | 20627000179902 | INJECTION | $1,097.75 |
| 17. | 9/21/06 | 20628600127602 | OUTPATIENT | $ 718.50 |
| 18. | 9/22/06 | 20627200085502 | OUTPATIENT | $ 473.50 |
| 19. | 10/25/06 | 20631000135602 | INJECTION | $1,179.25 |

MEDICARE CLAIMS MAY TAKE UP TO THREE( 3) MONTHS TO PROCESS.
ALL CLAIMS DURING THE MONTHS SEPTEMBER, OCTOBER, NOVEMBER AND DECEMBER WERE NOT YET
PROCESSED BY THE TIME OF APPLICATION. (The missing bills not appearing in document prices were quoted by phone
per doctor's offices and Medicare staff. I used that information to arrive at the over $40,000.00 cost of medical bills to date.)

***DOUBLE SI JOINT INJECTIONS (LEFT AND RIGHT SIDES) ON THE FOLLOWING DATES

8/27/06  9/15/06  10/03/06    AND 10/25/06.    ANOTHER DOUBLE SI JOINT INJECTION IS SCHEDULED THE FIRST
OF JANUARY 2007.

TOTAL FOR ADMINISTRATIVE EXPENSES WERE REACHED BY THE FOLLOWING METHOD:


ALL MEDICAL EXPENSES
    HOSPITAL BILL
    PHYSICIAN BILL                            = OVER $40,000.00
    PRESCRIPTIONS
    ALL CO-PAYS


PAIN AND SUFFERING
    THREE (3) TIME MEDICAL EXPENSES            =      $120,000.00


TRUST FOR FUTURE MEDICAL EXPENSES
    ONE SERIES OF INJECTIONS= THREE INJECTIONS
    (I've required injections every 6 months) =12 INJECTIONS PER YEAR
    Each injection averages with Doctor, Medical and Hospital charges = $3,400.00
    6 x $3,400.00 = $20,400.00  per year
    25 year life expectancy   X    $20,400.00           =      $510,000.00

                                                                                 _____

                                                            Total expenses    $680,000.00

RECEIVED
CLERK, U.S. BANKRUPTCY COURT

DEC 2 1 2006

MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Constance E. St. Julien-Mims
5361 Moffett Rd
Mobile, Al 36618

*12-20-06*

Attention: Clerk of the Court:

Please date stamp the enclosed application and return it to me in the self stamped

enclosed envelope.

Sincerely

*Constance E. St Julien-Mims*

Constance E. St.Julien-Mims