# Request for Payment of Internal Revenue Taxes

(Bankruptcy Code Cases—Administrative Expenses)

Department of the Treasury/Internal Revenue Service

United States Bankruptcy Court for the __MIDDLE__ District of __FLORIDA__

In the Matter of: WINN-DIXIE STORES, INC.
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

Fiduciary:



| Case Number |
| --- |
| 3:05-BK-03817-JAF |
| Type of Bankruptcy Case |
| Chapter 11 |
| Date of Petition |
| 02/21/2005 |
| Creditor Number |
| |

Amendment No. 1 to Request for Payment dated 09/22/2006

1. The undersigned, whose business address is __INTERNAL REVENUE SERVICE  Stop 5730-GRP 2  400 W BAY ST., STE 35045  JACKSONVILLE, FL 32202-4437__ the agent of the Department of the Treasury, Internal Revenue Service, and is authorized to make this request for payment on behalf of the United States.
2. Request is made for payment of taxes and any interest or penalty due under the internal revenue laws of the United States, as shown below.
3. The ground of liability is taxes due under the internal revenue laws of the United States.

INTEREST AND PENALTY WILL CONTINUE TO ACCRUE UNTIL ALL DEBTS ARE PAID

**Administrative Claims**

| Taxpayer ID Number | Kind of Tax | Tax Period | Tax Due | Interest Due | Penalty Due | Balance Due |
| --- | --- | --- | --- | --- | --- | --- |
| 59-0514290 | WT-FICA | 03/31/2006 | $0.00 | $2,290.57 | $62,983.40 | $65,273.97 |

Total Amount Due:   $65,273.97

FILED
JACKSONVILLE, FLORIDA
DEC 21 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

The amount due includes interest and penalty computed to 12/19/2006. Compound interest will accrue at the rate established under IRC Section 6621(a) and late payment penalty will be charged under IRC Section 6651. If the claim is paid after 12/19/2006, contact T BLAND at (904) 665-0862 for the current balance.

| Penalty for Presenting Fraudulent Claim - Fine of not more than $5,000 or imprisonment for not more than 5 years or both - Title 18, U.S.C., Section 152. | Signature  /s/ T BLAND | Date 12/19/2006 |
| --- | --- | --- |
| | Title  BANKRUPTCY SPECIALIST | Telephone Number (904) 665-0862 |

cc: Debtor
    Cynthia Jackson, Esquire
    U.S. Trustee

Page 1 of 1

Form 6338 - A (C)