**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Case No.: 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., ) | |
| ) | Chapter 11 |
| Reorganized Debtors. ) | |
| ) | Jointly Administered |

**APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE
STATUTE FOR POST-PETITION CLAIM AND REQUEST FOR NOTICE**
George Demogenes

Comes Now, George Demogenes, ("Applicant"), by and through his undersigned attorney and seeks administrative expense status for Applicant's claim against one or more of the Debtors pursuant to 11 U.S.C. §503(b). Applicant requests the entry of an order allowing the administrative expense described below and directing the payment of such amount pursuant to Order Confirming the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order") and the provisions of the Plan as confirmed. In support of this Application, Applicant states as follows:

**JURISDICTION AND VENUE**

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §157(b)(2).

**FACTUAL BACKGROUND**

2.      Winn-Dixie Stores, Inc., et al. (the "Debtors") filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on or about February 21, 2005 (the "Petition Date").

3.      After the Petition Date and on or about October 19, 2005, Applicant, George Demogenes, was injured at the Winn-Dixie Store No. 644 located at 1640 U.S. Highway 19, Holiday, Florida.

As a proximate result of the injury, Applicant has suffered damages totaling at least $100,000.00, which damages Applicant can support through medical records and other proof.[1]

### APPLICANT'S CLAIM IS ENTITLED TO ADMINISTRATIVE EXPENSE STATUS

4. Section 503(b) of the Bankruptcy Code provides for the allowance of administrative expense status, and its attendant priority for payment for the "actual, necessary costs and expenses of preserving the estate...", 11 U.S.C. §503(b). It is well-established that personal injury claims arising from a post-petition tort committed by the Debtor are entitled to administrative expense status. *See Reading Co. v. Brown*, 391 U.S. 471, 485 (post-petition fire damages resulting from trustee's negligence were entitled to administrative expense status); *In re Piper Aircraft Corp.*, 169 (B.R. 766 (Bankr, S.D. Fla 1994).

5. In this instance, Applicant's claim arose as a result of the business operations of one or more of the Debtors after the Petition Date but prior to the Confirmation Order. As such, Applicant's claim is entitled to administrative expense status under 11 U.S.C. §503(b), and Applicant seeks the entry of an order awarding such status.

### REQUEST FOR ENTRY AND ORDER OF APPLICANT'S POST-PETITION ADMINISTRATIVE EXPENSE CLAIMS AND PAYMENT OF ADMINISTRATIVE CLAIMS IN FULL

6. The Applicant respectfully request the Court enter an Order allowing their post-petition administrative expense claims, subject to liquidation by either consent of the parties or a court of competent jurisdiction. Upon liquidation of their post-petition claims, the Applicant requests the Court enter an Order requiring the Debtors, as a condition of confirmation of their Chapter 11 Plan, to pay the allowed administrative claims in full.

---

[1] Applicant's damages may not be fully liquidated at this time.

## REQUEST FOR FUTURE NOTICE

Applicant requests that all future pleadings and notices regarding or affecting Applicant's claim be served upon:"

>Dana P. Hoffman, Esq.
>Abrahamson, Uiterwyk, & Barnes
>900 West Platt St.
>Tampa, FL 33606

WHEREFORE, based upon the foregoing, Applicant requests that the Court enter an Order granting the relief requested herein and such other relief as it deems just and proper.

Respectfully submitted,

Abrahamson, Uiterwyk, & Barnes

_____
Hendrik Uiterwyk, Esq.
Florida Bar No.: 455720
900 West Platt St.
Tampa, FL 33606
Telephone: (813) 222-0500
Facsimile: (813) 221-4738

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2006, I filed this **APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE STATUS FOR POST-PETITION CLAIM AND REQUEST FOR NOTICE** through the CM/ECF filing system, which will cause a copy to be served on James H. Post, Esq., Counsel for Reorganized Debtors, Matthew Barr, Esq. and John MacDonald, Esq., Counsel for the Post-Effective Date Committee, Elena L. Escamillia, Esq, Counsel for the office of the United States Trustee and all other parties participating n the CM/ECF system, all served electronically, and by U.S. Mail delivery to James H. Post, Esq., Counsel for Reorganized Debtors, Smith, Hulsey and Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202 and Matthew Barr, Esq., Milbank, Tweed, Hadley and McCloy, LLP, One Chase Manhattan Plaza, New York, NY 10005.

_____
Hendrik Uiterwyk, Esquire
Florida Bar No.: 455720