UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | ) | Jointly Administered |
| | ) | |
| Debtors | ) | |

## NOTICE OF UNAVAILABILITY

COMES NOW, the undersigned counsel, ANTHONY V. FALZON, ESQUIRE, and files this his Notice of Unavailability and requests that no hearings, depositions, or other matters be set or scheduled, nor any Motions, Requests for Production, Interrogatories or other pleadings be filed which require timely response during the period beginning February 21, 2007 through March 5, 2007.

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing has been first-class mailed and faxed to this 21st day of December, 2006

    Simon, Schindler & Sandberg, LLP
    Attorneys for Plaintiff
    2650 Biscayne Boulevard
    Miami, Florida 33137
    (305) 576-1300

    By:_____s/ Anthony V. Falzon_____
        ANTHONY V. FALZON
        Florida Bar No. 69167