UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:  CASE NO: 3:05-bk-3817

WINN DIXIE STORES, INC.

**Debtor(s)**

## ORDER DIRECTING CLAIMS FORWARDED TO ATTORNEY

This matter came on for consideration upon the Court's own motion. The Debtor gave notice to creditors to file administrative claims by filing an application for administrative claim. Creditors are filing proof of claims and not properly identifying them. The claims bar date has passed and the plan has been confirmed. It is

**ORDERED:**

The Clerk of this Court shall, upon receipt of any proof of claim, forward same to the attorney for the debtor Smith, Hulsey & Busey, Attention: Kim Ward, who shall review the claims and forward them to Logan & Company if appropriate, or advise the claimant of the proper format for filing the Application for Administrative Claim.

DATED December 18, 2006, at Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

Copies to:
Debtors
Debtors' Attorney
U.S. Trustee

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3           User: pcathy              Page 1 of 1              Date Rcvd: Dec 19, 2006
Case: 05-03817                 Form ID: pdfdoc           Total Served: 3

The following entities were served by first class mail on Dec 21, 2006.
db          +Winn-Dixie Stores, Inc,   5050 Edgewood Court,   Jacksonville, FL 32254-3601
aty         +Cynthia C. Jackson,    Smith Hulsey & Busey,   225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494
The following entities were served by electronic transmission on Dec 20, 2006.
ust         +E-mail/PDF: ustp.region21.or.ecf@usdoj.gov Dec 20 2006 01:57:46     United States Trustee - JAX,
              135 W. Central Blvd., Suite 620,   Orlando, FL 32801-2476
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 21, 2006**                              **Signature:** _Joseph Speetjens_