UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Main Case No: 3-05-BK-3817 |
| | ) | Case No: 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors | ) | Jointly Administered |
| | ) | |

**APPLICATION FOR CLAIM ARISING AGAINST THE DEBTOR
IN THE PERIOD BETWEEN FEBRUARY 21, 2005
AND NOVEMBER 21, 2006**

Claimants, CHRISTINE SCHWARTZ and SAUL SCHWARTZ, her husband, by and through her undersigned counsel, and pursuant to the December 6, 2006 Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar dates for Filing Claims Arising before Effective Date and Other Administrative Claims, files this their application for claim against the Debtor, WINN-DIXIE STORES, INC., and states as follows:

1. On March 29, 2005, Christine Schwartz, was a business invitee at the Winn-Dixie store located at 281 Port St. Lucie Boulevard, Port St. Lucie, Florida.

2. While returning to her car, Mrs. Schwartz tripped and fell over a parking bumper in the handicap area..

3. Mrs. Schwartz fell to the ground. Her injuries include a fractured pelvis and hip.

4. The parking bumper was obscured from view by Mrs. Schwartz, and the parking lot was improperly maintained. There were no warning signs.

5. As a result of the fall, Mrs. Schwartz has suffered bodily injury and resulting pain and

        suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of ability to earn money, and/or an aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future. Mr. Schwartz has suffered the loss of his wife's care, comfort and companionship.

6. The Claimant, CHRISTINE SCHWARTZ, incurred medical expenses for treatment at St. Lucie Medical Center in the amount of $3,404.00, treatment with Heart & Family Institute in the amount of $5,155.96 and for treatment with Dr. Steven Weinstein in the amount of $320.00. A portion of the billing has been paid by Ms. Schwartz, health insurance and medicare.

7. The Claimant, CHRISTINE SCHWARTZ, was not gainfully employed at the time of the accident.

8. The records from St. Lucie Medical Center from the date of the accident confirm a diagnosis of left perisymphyseal fracture extending into the superior ramus. Dr. Steven Weinstein's records confirm complaints of back and left buttocks pain. Dr. Weinstein has reviewed an MRI to show a herniation at L4-5, a herniation at L5-S1 and a bulge at L3-4. He has treated Ms. Schwartz with epidural steroid injections. He last note indicates that Mrs. Schwartz may need further injections and/or physical therapy in the future. The records of Dr. Lazarus from Heart & Family Institute confirm hip and knee complaints. His treatment has included hip injections. We are awaiting a final report from Dr. Weinstein addressing all of the future care needs.

9. The Claimant, CHRISTINE SCHWARTZ, suffers from low back pain, buttock pain,

hip pain and knee pain. The pain interferes with the activities of daily living. Mrs. Schwartz injured her neck in an auto accident in 1998. She fractured her left hip three years prior to the accident.

10. Mr. and Mrs. Schwartz recently relocated to the State of New York.

11. No demands had been submitted on behalf of the claimants to Winn-Dixie prior to the entry of the aforementioned Order

12. On January 31, 2006, Sedgwick Claims Management responded to a request for coverage disclosure indicating policy limits of $1,500,000.00 with ACE American Insurance Company.

13. On March 3, 2006, Sedgwick Claims Management Services Inc denied liability on the part of Winn Dixie. They have tendered this matter to the landlord, New Plan Excel Realty Trust, Inc.

14. Pursuant to the Order, the Claimants are making a demand to Winn-Dixie in the amount of $250,000.00 as full and final settlement of their claim. Alternatively, the claimants seek leave of Court to proceed against Winn-Dixie to the extent that there is liability insurance coverage with ACE American Insurance Company.

WHEREFORE, Claimant, CHRISTINE SCHWARTZ and SAUL SCHWARTZ, her husband, files their Application for Claim arising against the Debtor during the period of February 5, 2005 and November 21, 2006 in the amount of $250,000.00.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U. S. Mail to **D.J. Baker, Sally McDonald Henry, Rosalie Walker Gray, Adam S. Ravin**, SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP, Co-Counsel for Re-organized Debtor, Four Times Square, New York, New York 10036 and **Stephen D. Busey, James H. Post, Cynthia**

**C. Jackson, Leanne Prendergast**, SMITH HULSEY & BUSEY, Co-Counsel for Re-organized Debtor,  225 Walter Street, Suite 1800, Jacksonville, Florida   32202, this _____ day of December, 2006.

>SEIDULE & WEBBER
>Counsel for Claimant, Schwartz
>729 S. Federal Highway, Suite 210
>Stuart, Florida 34994
>(772) 287-1220
>(772) 287-5880 (Facsimile)
>
>
>By: _____
>   GLENN J. WEBBER
>   Fla. Bar No: 356158
>   snowflakewebber@aol.com

/mar