## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:   Case No. 05-03817

**Winn-Dixie Stores, Inc., et. al.,**   Chapter 11

**Reorganized Debtors.**   Jointly Administered

_____/

## APPLICATION\MOTION FOR PAYMENT OF
## ADMINISTRATIVE EXPENSES

   Comes now Edmina Davis, by and through Jan Peter Weiss, Esq., and moves and makes application to the Court for payment of administrative expenses pursuant to Title 11 U.S.C. §503(b)(1) and Local Rule 3071-1 on the following grounds.

1. Edmina Davis has a personal injury claim against Winn-Dixie Stores, Inc. arising from an accident that occurred on or about 5/20/06.

2. This claim was timely made, was initially handled by Gloria Davis, Claims Examiner for Sedgewick Claims Management Services, Inc. on behalf of Winn-Dixie Stores, Inc., and subsequently Ms. Davis received a Notice from this Court including Bar Dates for Filing Claims Arising Before Effective Date.

3. Tana Copeland, Legal Assistant at Smith Hulsey & Busey advised undersigned counsel's office that this type of Application\Motion was the proper filing to make to preserve the claim.

4. A copy of the Demand Letter sent to Sedgewick Claims is attached hereto and incorporated as if set forth herein.  The amount requested is $11, 500.00.

   Wherefore, Edmina Davis respectfully requests payment of her claim for personal injuries sustained due to the negligence of Winn-Dixie Stores, Inc. and for such other and further relief as may be just and proper.

Submitted this 22nd day of December, 2006.

Jan Peter Weiss, Esq.
Attorney for Plaintiff/Claimant/Creditor Edmina Davis
FL Bar No. 297887
Federal Bar No. 37371
917 North Dixie Highway – Second Floor
Lake Worth, FL  33460
Office:  561-582-6401
Fax:     561-582-5458
Email:  jan@janpeterweiss.com