UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                        )

WINN-DIXIE STORES, INC., et al.,             )          Case No. 05-03817-3F1
                                                        Chapter 11
              Debtors.                       )          Jointly Administered


## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Alfred Coleman  (Claim Nos. 6103 and 7312) [Docket No. 13356] was furnished by mail

on December 22, 2006 to Patricia Terry c/o John Malkowski, Esq., Kennedy Law Group,

5100 West Kennedy Blvd., Suite 100, Tampa, Florida 33609.

Dated:  December 22, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    *s/ D. J. Baker*                  By        *s/ James H. Post*
      D. J. Baker                                 Stephen D. Busey
      Sally McDonald Henry                        James H. Post (FBN 175460)
      Rosalie Gray                                Cynthia C. Jackson

Four Times Square                       225 Water Street, Suite 1800
New York, New York 10036                Jacksonville, Florida  32202
(212) 735-3000                          (904) 359-7700
(917) 777-2150 (facsimile)              (904) 359-7708 (facsimile)
djbaker@skadden.com                     jpost@smithhulsey.com


Co-Counsel for Debtors                  Co-Counsel for Debtors
00520151.DOC