UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

Winn-Dixie Stores, Inc., et al.          Case No. 05-03817-3F1

    Debtor.
_____/

### APPLICATION FOR PAYMENT OF ADMINISTRATIVE CLAIM BY MARJORIE ALEXANDER

Marjorie Alexander by and through her undersigned attorney hereby files this Application for Payment of Administrative Claim pursuant to this court's notice dated December 6, 2006 saying:

1. On or about the 21st day of May 2006 Marjorie Alexander was injured in the Hillsborough Ave. Winn Dixie store #2659 in Tampa, Florida. Winn Dixie was put on notice of this injury shortly thereafter.

2. The claim was acknowledged by Sedgewick Claims Management Services Inc. by letter dated May 30, 2006. At this time, the full extent of Marjorie Alexander's injuries and damages are not known. As such, the full amount of her claim is not known. The ID given for this claimant in this matter is A611204465-0001-01. A copy of the letter is attached as Exhibit A and is incorporated by reference.

3. Due to the injuries and damages sustained by Marjorie Alexander at the Winn - Dixie store in Tampa, Florida she is entitled to an Administrative Claim.

WHEREFORE Marjorie Alexander prays that this Honorable Court enter an order Granting this Application for Payment of Administrative Claim to the extent of the clamant's full damages for injuries and any other relief for damages under Florida law as a result of her injuries sustained at the Winn Dixie store in Tampa Florida, and ordering the Debtor to pay this claim in

full as an administrative claim and for any other relief this court deems just and proper.

                    FRANK A. PRINCIPE
                    ATTORNEY AT LAW

                    Frank A. Principe
                    2805 W. Busch Blvd. Suite 100
                    Tampa, Fl. 33618
                    Fl. Bar No. 715018
                    Tel. No. 813-915-0750
                    Prinlaw@prodigy.net

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of Application for Payment of Administrative Claim by Marjorie Alexander has been furnished by first class U.S. Mail postage prepaid or via electronic mail on the 22nd day of December, 2006 to James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL. 32202 and to Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York. New York 10005, D.J.Baker Skadden, Arps, Slate, Meagher, and Flom LLP Four Times Sqaure New York NY. 10036

Frank A. Principe