

# Sedgwick

Sedgwick Claims Management Services Inc
P.O. Box 24787   Jacksonville, FL 32241-4787
Telephone (888)784-3470 Facsimile (904)419-5365

May 30, 2006

Dan Zohar, Esq
Dan Zohar, PA
8902 N Dale Mabry Hwy #111
Tampa, FL 33614
VIA FAX & USPS: 813-931-0025

| RE: | Claimant: | Marjorie C. Alexander |
|---|---|---|
| | Date of Injury: | 05/21/2006 |
| | Location: | Winn Dixie # 2659 Tampa, FL 33610 |
| | Claim Number: | A611204465-0001-01 |

Dear Dan Zohar, Esq:

Sedgwick Claims Management Services, Inc. is the third-party administrator for Winn-Dixie Stores, Inc. In response to your request for coverage disclosure, I provide the following:

| Insured: | Winn-Dixie Store, Inc. |
|---|---|
| Carrier Name: | ACE American Insurance Company |
| Policy Number: | XSLG20587519 |
| Policy Dates: | 7-1-05 thru 6-30-06 |
| Retention: | $2,000,000.00 |
| Policy limits: | $3,500,000.00 |

I am the examiner handling this claim. Please provide a status as to Marjorie C. Alexander's treatment and medical progress with medical records and bills to date. I will need your client to complete the enclosed Medical and/or Wage Authorization form and return it to me.

Winn Dixie requires that I obtain your client's recorded statement before we make any decisions determining liability. Please contact the undersigned to arrange a convenient date and time to secure this information. <u>I take statements between the hours of 7:30 AM and 2:30 PM EST.</u> Should you fail to provide this information our liability decisions will be based solely upon the limited information available to us.

If you have any questions feel free to contact me directly at (904)419-4726.

Sincerely,

*Stephanie*

Stephanie Phillips
Claims Examiner II

encl.