UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

Winn-Dixie Stores, Inc., et al.          Case No. 05-03817-3F1

    Debtor.
_____/

APPLICATION FOR PAYMENT OF ADMINISTRATIVE CLAIM BY MELISSA ROSA

    Melissa Rosa by and through her undersigned attorney hereby files this Application for Payment of Administrative Claim pursuant to this courts notice dated December 6, 2006, saying:

    1. On or about the 21st day of June 2006 Melissa Rosa was injured in the Bearss Ave. Winn Dixie store #0627 in Tampa, Florida. Winn Dixie was put on notice of this injury shortly thereafter.

    2. The claim was acknowledged by Sedgewick Claims Management Services Inc. by letter. At this time, the full extent of Melissa Rosa's injuries and damages are not known. As such, the full amount of her claim is not known. The ID given for this claimant in this matter is A611205676-0001-01. A copy of the Sedgwick letter is attached as Exhibit A and is incorporated by reference.

    3. Due to the injuries and damages sustained by Melissa Rosa at the Winn - Dixie store in Tampa Florida she is entitled to an Administrative Claim.

    WHEREFORE Melissa Rosa prays that this Honorable Court enter an order Granting this Application for Payment of Administrative Claim to the extent of the claimant's full damages for injuries and any other relief for damages under Florida Law as a result of her injuries sustained at the Winn Dixie store in Tampa Florida, and ordering the Debtor to pay this claim in full as an

Administrative Claim and for any other relief this court deems just and proper.

        FRANK A. PRINCIPE
        ATTORNEY AT LAW

        _/s/ Frank A. Principe_____

        Frank A. Principe
        2805 W. Busch Blvd. Suite 100
        Tampa, Fl. 33618
        Fl. Bar No. 715018
        Tel. No. 813-915-0750
        Prinlaw@prodigy.net

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true and correct copy of Application for Payment of Administrative Claim has been furnished by first class U.S. Mail postage prepaid or via electronic mail on the 22nd day of December, 2006 to James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL. 32202 and to Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York. New York 10005 and D.J. Baker, Skadden, Arps, Slate, Meagher, and Flom LLP Four Times Square New York, NY. 10036

_/s/ Frank A. Principe_____
Frank A. Principe