

# Sedgwick

Sedgwick Claims Management Services, Inc.
P. O. Box 24787, Jacksonville, FL 32241-4787
Telephone 904-419-5300  Facsimile 904-419-5365

DAN ZOHAR, P.A.
DZ PROFESSIONAL ASSOCIATION
8902 NORTH DALE MABRY STE 211
TAMPA, FL  33614

RE:       Claimant: Melissa Rosa
          Claim #:  A611205676-0001-01
          Date of Accident: 06/21/2006
          Location: Winn-Dixie #0627
                Skipper Palms 2540 Bearss Avenue
                Tampa, FL

Dear DAN ZOHAR, P.A.:

In response to your request for coverage disclosure, I provide the following:

          Client:          Winn-Dixie Orlando Division No. 12
          Carrier Name:    ACE American Insurance Company
          Policy Number:   XSLG20587519
          Policy Dates:    07/01/2005 to 06/30/2006
          Retention:       $2,000,000.00

There is no medical payments coverage available to your client. Our store investigation has determined no liability on the part of the Winn Dixie store.

Sincerely,

*Rebecca Peters*

Rebecca Peters
Claims Examiner II

RECEIVED
AUG 2 4 2006