UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,            Case No.: 3-05-bk-3817(JAF)

        Debtors.                                Chapter 11

_____/     Jointly Administered

## APPLICATION FOR PAYMENT OF POST-PETITION ADMINISTRATIVE EXPENSE

Comes now Peyton C. Cochrane, Tax Collector for Tuscaloosa County, Alabama ("Applicant"), through the undersigned attorney, and seeks payment of its administrative claim against one or more of the Debtors pursuant to 11 U.S.C. § 503(b). Applicant requests the entry of an order allowing the administrative expense described below and directing the payment of such amount pursuant to Order confirming the joint Plan of reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order") and the provisions of the Plan as confirmed. In support of this application, Applicant states as follows:

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334. Venue is proper pursuant to 28 U.S.C. § 157(b)(2).

2. Winn-Dixie Stores, Inc., et al. ("the Debtors") filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on or about February 21, 2005 (the "Petition date").

3. After the Petition Date, on or about October 1, 2006, the Debtor incurred and Applicant assessed ad valorem personal property taxes for 2006 in the amount of $28,772.31 for personal property owned by the Debtor in Tuscaloosa County, Alabama.

4. Section 503(b)(1)(B) of the Bankruptcy Code provides for the allowance of administrative expense status for "any tax." This claim is entitled to priority status for payment purposes pursuant to 11 U.S.C. § 507(a)(1), and Applicant request immediate payment of the same pursuant to the Confirmation Order.

WHEREFORE, based upon the foregoing, Applicant requests that the Court enter an Order granting the relief requested herein and such other relief as it deems just and proper.

HUBBARD, SMITH, MCILWAIN,
BRAKEFIELD & BROWDER, P.C.

_____
Kristofor D. Sodergren, Esquire
808 Lurleen Wallace Blvd. North
Tuscaloosa, Alabama 35403
(205) 345-6789
ksodergren@hsmbb.com

## CERTIFICATE OF SERVICE

I hereby certify that on _____, 2006, I filed the APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE STATUS FOR POSTPETITION CLAIM AND REQUEST FOR NOTICE through the CM/ECF filing system, which will cause a copy to be served on James H. Post, Esq. and Cynthia Jackson, Esq., Counsel for the Reorganized Debtors, Matthew Barr, Esq. and John MacDonald, Esq., Counsel for the Post-Effective Date Committee, Elena L. Escamilla, Esq., Counsel for the Office of the United States Trustee and all other parties participating in the CM/ECF System, all served electronically.

_____
Kristofor D. Sodergren, Esquire

# TUSCALOOSA COUNTY TAX RETURN LIST REAL OR PERSONAL PROPERTY FOR 2006

8/11/2006

| UNIFORM PARCEL NUMBER AND DESCRIPTION | NAME AND ADDRESS |
|---|---|
| 5410-P01-009434 | WINN DIXIE STORES INC #528 |
| PERSONAL PROPERTY | ATTN: JOHN P TAYLOR-TAX DEPT<br>5050 EDGEWOOD CT<br>JACKSONVILLE    FL    32254--3601 |

D/B/A    WINN DIXIE #528
ASSESSED    2006
31-01-11-2-001-007.005

| | |
|---|---|
| COMPUTER EQP | 16127 |
| F/F/MACH/EQP | 419165 |
| SUPPLIES | 19300 |

- [ ] (1) I am 65 years of age or older
- [ ] (2) I am totally disabled
- [ ] (3) Did not file Income Tax Return
- [ ] (4) Combined annual taxable income is $7,500 or less on Federal Income Tax Return
- [ ] (5) Combined annual adjusted gross income is less than $12,000 on State Income Tax Return
- [ ] (6) Income exceeds limits
- [ ] (7) Signature in file
- [ ] (8) Did not resign

| | |
|---|---|
| APPR VAL : | 0 |
| REND VAL : | 435,292 |
| GRID VAL : | 0 |
| EXEMPT VAL : | 0 |
| O'RIDE VAL : | 0 |
| BOE VAL : | 0 |
| ASMT BY : | R |
| TOT MKT : | 454,590 |
| ASMT VAL : | 90,920 |
| TOT ASMT : | 90,920 |

TO: Doster L. McMullen, Tax Assessor of Tuscaloosa County, Alabama for the Year, 20___
I do solemnly swear (or affirm) that I am the head of the family, and/or that no other claim of exemption from state taxes for Homestead has been made or filed by me on behalf of any member of my immediate household; and that the items of this assessment marked in the Homestead claimed by me. Subscribed and sworn to before me this the ___ day of ___, 20___

Taxpayer: _____    Doster L. McMullen, Tax Assessor    Per _____

WARNING: Any person who having taken (or subscribed to) the oath required by law to be administered to him by the tax assessor or his deputy, corruptly makes a false return of the property and other subjects of taxation, is guilty of perjury, and shall, on conviction be imprisoned in the penitentiary for not less than two nor more than five years. (Sec. 379, Title 14, Code 1940.)

OFFICE USE ONLY:

| APPRAISED VALUE | | | | BLIND, DEAF, ETC. | | CURRENT USE | INDUSTRIAL EXEMPTION | | PUBLIC UTILITY (ASSESSED VALUE) |
|---|---|---|---|---|---|---|---|---|---|
| CLASS | SCHOOL DIST | MUN | EXEMPT | CORP. | NUMBER OF ACRES | ASSESSED VALUE | PENALTY | | TOTAL ASSESSED VALUE |
| 2 | 1 | 5 | | | | 90,920 | | | 90,920 |

| TOTAL STATE TAX | STATE EXEMPT VALUE | NET STATE TAX | TOTAL COUNTY TAX | COUNTY EXEMPT VALUE | NET COUNTY TAX |
|---|---|---|---|---|---|
| 590.98 | 0.00 | 590.98 | 1,454.72 | 0.00 | 1,454.72 |

| TOTAL SCHOOL DISTRICT TAX | SCHOOL DISTRICT EXEMPT VALUE | NET SCHOOL DISTRICT TAX | TOTAL MUNICIPAL TAX | MUNICIPAL EXEMPT VALUE | NET MUNICIPAL TAX |
|---|---|---|---|---|---|
| 363.68 | | 363.68 | 1,045.58 | 0.00 | 1,045.58 |

| RECEIPT NO: | 0 | FIRE FEE | TIMBER FEE | | |
|---|---|---|---|---|---|
| | | 0.00 | 0.00 | | 3,454.96 |

RENDITION 2006
2005 EARLY COLLECTION; FILED
BANKRUPTCY-COLLECTOR FILING CLAIM
FOR PAYMENT FCC 3/9/05-
BANKRUPTCY CASE #05-11063 FOR
WINN DIXIE STORES
NEW STORE OPENED 1993

# TUSCALOOSA COUNTY TAX RETURN LIST REAL OR PERSONAL PROPERTY FOR 2006

8/11/2006

| UNIFORM PARCEL NUMBER AND DESCRIPTION | NAME AND ADDRESS | | |
|---|---|---|---|
| 5410-P01-016097 | WINN DIXIE STORES INC #526 | 13580 HWY 43 N | |
| PERSONAL PROPERTY | ATTN: JOHN P TAYLOR-TAX DEPT<br>5050 EDGEWOOD CT<br>JACKSONVILLE   FL   32254--3601 | D/B/A   WINN DIXIE #526<br>ASSESSED   2006<br>20-04-17-0-002-002.003 | |
| COMPUTER EQP           11321<br>F/F/MACH/EQP    911080<br>SUPPLIES          25600 | (1) I am 65 years of age or older<br>(2) I am totally disabled<br>(3) Did not file Income Tax Return<br>(4) Combined annual taxable income is $7,500 or less on Federal Income Tax Return | (5) Combined annual adjusted gross income is less than $12,000 on State Income Tax Return<br>(6) Income exceeds limits<br>(7) Signature in file<br>(8) Did not resign | APPR VAL: 0<br>REND VAL: 922,401<br>GRID VAL: 0<br>EXMPT VAL: 0<br>O'RIDE VAL: 0<br>BOE VAL: 0<br>ASSMT BY: R<br>TOT MKT: 948,000<br>ASMT VAL: 189,600<br>TOT ASMT: 189,600 |

TO: Doster L. McMullen, Tax Assessor of Tuscaloosa County, Alabama for the Year, 20___
I do solemnly swear (or affirm) that I am the Tax Assessor of Tuscaloosa County, and/or that no other claim of exemption from state taxes for Homestead has been made or filed by me on behalf of any member of my immediate household; and that the items of this assessment marked in the Homestead claimed by me. Subscribed and sworn to before me this the _____ day of _____, 20___

Taxpayer: _____   Doster L. McMullen, Tax Assessor  Per _____

WARNING: Any person who having taken (or subscribed to) the oath required by law to be administered to him by the tax assessor or his deputy, corruptly makes a false return of the property and other subjects of taxation, is guilty of perjury, and shall, on conviction be imprisoned in the penitentiary for not less than two nor more than five years. (Sec. 379, Title 14, Code 1940.)

OFFICE USE ONLY:

| APPRAISED VALUE | | | | BLIND, DEAF, ETC. | | CURRENT USE | INDUSTRIAL EXEMPTION | PUBLIC UTILITY (ASSESSED VALUE) |
|---|---|---|---|---|---|---|---|---|
| CLASS | SCHOOL DIST | MUN | EXEMPT | CORP | NUMBER OF ACRES | ASSESSED VALUE | PENALTY | TOTAL ASSESSED VALUE |
| 2 | 1 | 5 | | | | 189,600 | | 189,600 |
| TOTAL STATE TAX | STATE EXEMPT VALUE | STATE EXEMPT TAX | NET STATE TAX | TOTAL COUNTY TAX | COUNTY EXEMPT VALUE | COUNTY EXEMPT TAX | NET COUNTY TAX |
| 1,232.40 | | 0.00 | 1,232.40 | 3,033.60 | | 0.00 | 3,033.60 |
| TOTAL SCHOOL DISTRICT TAX | SCHOOL DISTRICT EXEMPT VALUE | SCHOOL DISTRICT EXEMPT TAX | NET SCHOOL DISTRICT TAX | TOTAL MUNICIPAL TAX | MUNICIPAL EXEMPT VALUE | MUNICIPAL EXEMPT TAX | NET MUNICIPAL TAX |
| 758.40 | | 0.00 | 758.40 | 2,180.40 | | 0.00 | 2,180.40 |
| | | | FIRE FEE | TIMBER FEE | | | TOTAL TAX |
| | | | 0.00 | 0.00 | | | 7,204.80 |
| RECEIPT NO: | 0 | | | | | | |

RENDITION 2006
2005 EARLY COLLECTION: FILED
BANKRUPTCY-COLLECTOR FILING CLAIM
FOR PAYMENT POC 3/9/05-
BANKRUPTCY CASE #05-11063 FOR
WINN DIXIE STORES

# TUSCALOOSA COUNTY TAX RETURN LIST REAL OR PERSONAL PROPERTY FOR 2006

8/11/2006

| UNIFORM PARCEL NUMBER AND DESCRIPTION | NAME AND ADDRESS |
|---|---|
| 5410-P01-017639 | WINN DIXIE STORES INC #479 |
| PERSONAL PROPERTY | ATTN: JOHN P TAYLOR-TAX DEPT<br>5050 EDGEWOOD CT<br>JACKSONVILLE   FL   32254--3601 |

9750 HWY 69 S
D/B/A   WINN DIXIE
ASSESSED   2006
36-06-23-0-001-023.001

| | |
|---|---|
| APPR VAL : | 0 |
| REND VAL : | 1,164,803 |
| GRID VAL : | 0 |
| EXEMPT VAL : | 0 |
| O'RIDE VAL : | 0 |
| BOE VAL : | 0 |
| ASSMT BY : | R |
| TOT MKT : | 1,190,400 |
| ASMT VAL : | 238,080 |
| TOT ASMT : | 238,080 |

| | | |
|---|---|---|
| COMPUTER EQP | 14437 | |
| F/F/MACH/EQP | 1150366 | |
| SUPPLIES | 25600 | |

(1) I am 65 years of age or older
(2) I am totally disabled
(3) Did not file Income Tax Return
(4) Combined annual taxable income is $7,500 or less on Federal Income Tax Return
(5) Combined annual adjusted gross income is less than $12,000 on State Income Tax Return
(6) Income exceeds limits
(7) Signature in file
(8) Did not resign

TO: Doster L. McMullen, Tax Assessor of Tuscaloosa County, Alabama for the Year, 20____
I do solemnly swear (or affirm) that I am the head of the family, and/or that no other claim of exemption from state taxes for Homestead has been made or filed by me on behalf of any member of my immediate household, and that the items of this assessment marked in the Homestead claimed by me. Subscribed and sworn to before me this the ____ day of ____, 20____

Taxpayer ____   Doster L. McMullen, Tax Assessor   Per ____

WARNING: Any person who having taken (or subscribed to) the oath required by law to be administered to him by the tax assessor or his deputy, corruptly makes a false return of the property and other subjects of taxation, is guilty of perjury, and shall, on conviction be imprisoned in the penitentiary for not less than two nor more than five years. (Sec. 379, Title 14, Code 1940.)

OFFICE USE ONLY:

| CLASS | SCHOOL DIST. | MUN. | EXEMPT | CORP. | APPRAISED VALUE | STATE EXEMPT VALUE | NUMBER OF ACRES | BLIND, DEAF, ETC. | NET STATE TAX | CURRENT USE | ASSESSED VALUE | INDUSTRIAL EXEMPTION | PENALTY | PUBLIC UTILITY (ASSESSED VALUE) | TOTAL ASSESSED VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 3 | 4 | | | | | | | | | 238,080 | | | | 238,080 |
| TOTAL STATE TAX | | | | | | | | | | | TOTAL COUNTY TAX | | COUNTY EXEMPT VALUE | | NET COUNTY TAX |
| 1,547.52 | | | | | | 0.00 | | | 1,547.52 | | 3,809.28 | | 0.00 | | 3,809.28 |
| TOTAL SCHOOL DISTRICT TAX | | | | | SCHOOL DISTRICT EXEMPT VALUE | SCHOOL DISTRICT EXEMPT TAX | | | NET SCHOOL DISTRICT TAX | | TOTAL MUNICIPAL TAX | | MUNICIPAL EXEMPT VALUE | MUNICIPAL EXEMPT TAX | NET MUNICIPAL TAX |
| 3,690.24 | | | | | | 0.00 | | | 3,690.24 | | 3,214.08 | | | 0.00 | 3,214.08 |
| | | | | | | | | | FIRE FEE | | TIMBER FEE | | | | |
| | | | | | | | | | 0.00 | | 0.00 | | | | 12,261.12 |
| RECEIPT NO. | | 0 | | | | | | | | | | | | | |

RENDITION 2006
2005 EARLY COLLECTION; FILED
BANKRUPTCY-COLLECTOR FILING CLAIM
FOR PAYMENT FGC 3/7/05-
BANKRUPTCY CASE #05-11063 FOR
WINN DIXIE STORES
RENDITION 2005
2003 CORR S/D TO 4 PER REAL 7/28/03
NHF

# TUSCALOOSA COUNTY TAX RETURN LIST REAL OR PERSONAL PROPERTY FOR 2006

8/11/2006

| UNIFORM PARCEL NUMBER AND DESCRIPTION | NAME AND ADDRESS | | |
|---|---|---|---|
| 5410-P01-001183 | WINN DIXIE STORES INC #453 | | 1503 CULVER RD |
| PERSONAL PROPERTY | ATTN: JOHN P TAYLOR-TAX DEPT | | D/B/A   WINN DIXIE #453 |
| | 5050 EDGEWOOD CT | | ASSESSED   2006 |
| | JACKSONVILLE   FL   32254--3601 | | 31-08-28-2-004-029.002 |

| | |
|---|---|
| COMPUTER EQP | 7830 |
| F/F/MACH/EQP | 128750 |
| MACH/EQUIP | 1036 |
| SUPPLIES | 11500 |

|  |  |
|---|---|
| APPR VAL : | 0 |
| REND VAL : | 137,616 |
| GRID VAL : | 0 |
| EXEMPT VAL : | 0 |
| O'RIDE VAL : | 0 |
| BOE VAL : | 0 |
| ASSMT BY : R | |
| TOT MKT : | 149,120 |
| ASMT VAL : | 29,820 |
| TOT ASMT : | 29,820 |

☐ (1) I am 65 years of age or older
☐ (2) I am totally disabled
☐ (3) Did not file Income Tax Return
☐ (4) Combined annual taxable income is $7,500 or less on Federal Income Tax Return
☐ (5) Combined annual adjusted gross income is less than $12,000 on State Income Tax Return
☐ (6) Income exceeds limits
☐ (7) Signature in file
☐ (8) Did not resign

TO: Doster L. McMullen, Tax Assessor of Tuscaloosa County, Alabama for the Year, 20___
I do solemnly swear (or affirm) that I am the head of the family, and/or that no other claim of exemption from state taxes for Homestead has been made or filed by me on behalf of any member of my immediate household; and that the items of this assessment marked in the Homestead claimed by me Subscribed and sworn to before me this the _____ day of _____ 20___

Taxpayer _____  Doster L. McMullen, Tax Assessor  Per _____

WARNING: Any person who having taken (or subscribed to) the oath required by law to be administered to him by the tax assessor or his deputy, corruptly makes a false return of the property and other subjects of taxation, is guilty of perjury, and shall, on conviction be imprisoned in the penitentiary for not less than two nor more than five years. (Sec. 379, Title 14, Code 1940.)

OFFICE USE ONLY:

USED FOR TAX [illegible]
NOT TO BE USED [illegible]

| APPRAISED VALUE | | | | BLIND, DEAF, ETC | | CURRENT USE | | INDUSTRIAL EXEMPTION | | PUBLIC UTILITY (ASSESSED VALUE) | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CLASS | SCHOOL DST | MUN | EXEMPT | CORP | NUMBER OF ACRES | ASSESSED VALUE | | PENALTY | | TOTAL ASSESSED VALUE | |
| 2 | 3 | 4 | | | | 29,820 | | | | 29,820 | |

| TOTAL STATE TAX | STATE EXEMPT VALUE | STATE EXEMPT TAX | NET STATE TAX | TOTAL COUNTY TAX | COUNTY EXEMPT VALUE | COUNTY EXEMPT TAX | NET COUNTY TAX |
|---|---|---|---|---|---|---|---|
| 193.83 | | 0.00 | 193.83 | 477.12 | | 0.00 | 477.12 |

| TOTAL SCHOOL DISTRICT TAX | SCHOOL DISTRICT EXEMPT VALUE | SCHOOL DISTRICT EXEMPT TAX | NET SCHOOL DISTRICT TAX | TOTAL MUNICIPAL TAX | MUNICIPAL EXEMPT VALUE | MUNICIPAL EXEMPT TAX | NET MUNICIPAL TAX |
|---|---|---|---|---|---|---|---|
| 462.21 | | 0.00 | 462.21 | 402.57 | | 0.00 | 402.57 |

| | | | FIRE FEE | TIMBER FEE | | | |
|---|---|---|---|---|---|---|---|
| | | | 0.00 | 0.00 | | | 1,535.73 |

| RECEIPT NO: | 0 | | | | | | |

RENDITION 2006
2005 EARLY COLLECTION: FILED
BANKRUPTCY-COLLECTOR FILING CLAIM
FOR PAYMENT FGC 3/7/05-
BANKRUPTCY CASE #05-11063 FOR
WINN DIXIE STORES
RENDITION 2005

8/11/2006

# TUSCALOOSA COUNTY TAX RETURN LIST REAL OR PERSONAL PROPERTY FOR 2006

| UNIFORM PARCEL NUMBER AND DESCRIPTION | NAME AND ADDRESS | | |
|---|---|---|---|
| 5410-P01-010488 | WINN DIXIE STORES INC #407 | | 4201 UNIVERSITY BLVD E |
| PERSONAL PROPERTY | ATTN:JOHN P TAYLOR TAX DEPT | D/B/A WINN DIXIE #407 | |
| | 5050 EDGEWOOD CT | ASSESSED | 2006 |
| | JACKSONVILLE   FL   32254--3601 | 30-05-21-4-006-002.000 | |

| COMPUTER EQP | 10326 |
|---|---|
| F/F/MACH/EQP | 383118 |
| SUPPLIES | 25600 |

- ☐ (1) I am 85 years of age or older
- ☐ (2) I am totally disabled
- ☐ (3) Did not file Income Tax Return
- ☐ (4) Combined annual taxable income is $7,500 or less on Federal Income Tax Return
- ☐ (5) Combined annual adjusted gross income is less than $12,000 on State Income Tax Return
- ☐ (6) Income exceeds limits
- ☐ (7) Signature in file
- ☐ (8) Did not resign

TO: Doster L. McMullen, Tax Assessor of Tuscaloosa County, Alabama for the Year, 20___
I do solemnly swear (or affirm) that I am the head of the family, and/or that no other claim of exemption from state taxes for Homestead has been made or filed by me on behalf of any member of my immediate household, and that the items of this assessment marked in the Homestead claimed by me.
Subscribed and sworn to before me this the ___ day of ___ 20___.

Taxpayer _____   Doster L. McMullen, Tax Assessor   Per _____

WARNING: Any person who having taken (or subscribed to) the oath required by law to be administered to him by the tax assessor or his deputy, corruptly makes a false return of the property and other subjects of taxation, is guilty of perjury, and shall, on conviction be imprisoned in the penitentiary for not less than two nor more than five years. (Sec. 379, Title 14, Code 1940)

|  | APPR VAL | : | 0 |
|---|---|---|---|
|  | REND VAL | : | 393,444 |
|  | GRID VAL | : | 0 |
|  | EXMPT VAL | : | 0 |
|  | O'RIDE VAL | : | 0 |
|  | BOE VAL | : |  |
|  | ASSMT BY | : | R |
|  | TOT MKT | : | 419,040 |
|  | ASMT VAL | : | 83,800 |
|  | TOT ASMT | : | 83,800 |

OFFICE USE ONLY:

USED FOR TAX PURPOSES ONLY.
NOT TO BE USED FOR ...

| | APPRAISED VALUE | SCHOOL DIST | MUN | EXEMPT | CORP | BLIND, DEAF, ETC. | NUMBER OF ACRES | CURRENT USE | ASSESSED VALUE | PENALTY | INDUSTRIAL EXEMPTION | PUBLIC UTILITY (ASSESSED VALUE) | TOTAL ASSESSED VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLASS | | | | | | | | | | | | | |
| 2 | | 3 | 4 | | | | | | 83,800 | | | | 83,800 |

| | STATE EXEMPT VALUE | STATE EXEMPT TAX | NET STATE TAX | TOTAL COUNTY TAX | COUNTY EXEMPT VALUE | COUNTY EXEMPT TAX | NET COUNTY TAX |
|---|---|---|---|---|---|---|---|
| TOTAL STATE TAX | | 0.00 | 544.70 | 1,340.80 | | 0.00 | 1,340.80 |
| 544.70 | | | | | | | |

| | SCHOOL DISTRICT EXEMPT VALUE | SCHOOL DISTRICT EXEMPT TAX | NET SCHOOL DISTRICT TAX | TOTAL MUNICIPAL TAX | MUNICIPAL EXEMPT VALUE | MUNICIPAL EXEMPT TAX | NET MUNICIPAL TAX |
|---|---|---|---|---|---|---|---|
| TOTAL SCHOOL DISTRICT TAX | | 0.00 | 1,298.90 | 1,131.30 | | 0.00 | 1,131.30 |
| 1,298.90 | | | | | | | |

| RECEIPT NO: | 0 | FIRE FEE | TIMBER FEE | | | | |
|---|---|---|---|---|---|---|---|
| | | 0.00 | 0.00 | | | | 4,315.70 |

RENDITION 2006
2005 EARLY COLLECTION; FILED
BANKRUPTCY-COLLECTOR FILING CLAIM
FOR PAYMENT FGC 3/7/05-
BANKRUPTCY CASE #05-11063 FOR
WINN DIXIE STORES
RENDITION 2005
STORE OPENED 6-30-94