# JODAT LAW GROUP, P.A.

## INJURY • BANKRUPTCY • CREDITOR HARASSMENT • CRIMINAL

| | | |
|---|---|---|
| SEND ALL MAIL TO: | GARY ROBERT JODAT | SARASOTA OFFICE |
| 521 NINTH STREET WEST | SHANNAN CLAIRE NERI | SARASOTA, FLORIDA 34236 |
| BRADENTON, FLORIDA 34205 | MELANIE ARCHER NEWBY | TELEPHONE: (941) 35-JODAT |
| TELEPHONE: (941) 749-1901 | JODATLAWGROUP@AOL.COM | (941) 355-6328 |
| FACSIMILE: (941) 741-8642 | | FACSIMILE: (941) 741-8642 |

December 19, 2006

Clerk of the Court                           Stephen D. Busey, Esquire
United States Courthouse               James Post, Smith Helsey & Busey
300 North Hogan Street                  225 Water Street
Suite 3-350                                      Suite 1800
Jacksonville, FL 32202                    Jacksonville, FL 32202

Re:   Flora Barber vs. Winn Dixie Stores, Inc., et al
        Date of Loss:  9/2/2005
        Your Case No.: 05-03817-3F1

Dear Sir or Madam:

I recently received the Notice of Entry of Order Confirming Plan of Reorganization,
Occurrence of Effective Date of Plan and Bar Dates for Filing Claims Arising Before
Effective Date and Other Administrative Claims.  Please be advised that I represent Flora
Barber who was injured at Winn Dixie Stores, Inc. on 9/2/2005.  Enclosed please find the
demand package regarding this claim.  Please include in the bankruptcy regarding Winn
Dixie Stores, Inc.

Thank you for your attention and cooperation.

Very truly yours,

JODAT LAW GROUP, P.A.

Shannan Claire Neri
Attorney at Law

SCN/cle
Enclosure

# JODAT LAW GROUP, P.A.

## INJURY • BANKRUPTCY • CREDITOR HARASSMENT • CRIMINAL

| | | |
|---|---|---|
| SEND ALL MAIL TO: | GARY ROBERT JODAT | SARASOTA OFFICE |
| 521 NINTH STREET WEST | SHANNAN CLAIRE NERI | SARASOTA, FLORIDA 34236 |
| BRADENTON, FLORIDA 34205 | MELANIE ARCHER NEWBY | TELEPHONE: (941) 35-JODAT |
| TELEPHONE: (941) 749-1901 | JODATLAWGROUP@AOL.COM | (941) 355-6328 |
| FACSIMILE: (941) 741-8642 | | FACSIMILE: (941) 741-8642 |

December 12, 2006

Sedgwick Claims
P.O. Box 24787
Jacksonville, FL  32241
Attn:  Becky Peters

| Re: | Your Insured: | Winn- Dixie Store #0668 |
|---|---|---|
| | Claim Number: | A511211481 |
| | Our Client: | Flora Barber |
| | Date of Loss: | 9/2/2005 |

Dear Ms. Peters:

As you may recall, we represent Flora Barber, in reference to injuries sustained in an incident that took place on your insured's premises on 9/2/2005.

I am setting forth relevant information and providing you with documentation verifying that Flora Barber is entitled to monetary damages as a result of the injuries sustained in the subject accident.

The contents of this letter and accompanying exhibits are for use by Sedgwick Claims for settlement purposes only, and the information is not to be shared or distributed to any other person or entity without the express written permission of the undersigned.  This is a unilateral settlement offer and is made without prejudice.

## DESCRIPTION OF ACCIDENT AND LIABILITY

Flora Barber was walking through the aisle in the freezer section and she slipped on water that was on the floor. Ms. Barber indicated that there was a puddle of water coming from the under the freezers near the pizza section. Ms. Barber felt immediate pain in the left shoulder, left hip, right ankle. Winn-Dixie has a duty to keep the store safe from any and all dangerous conditions. In the instant case, there were no warning signs placed in the area where Ms. Barber fell. The water was there for a sufficient amount of time to have been discovered, as there was a puddle present in the area where Ms. Barber fell.

## MEDICAL TREATMENT AND EVALUATION

**LAKEWOOD RANCH MEDICAL CENTER**
Flora Barber was taken to Lakewood Ranch Medical Center. Ms. Barber complained of left shoulder and right ankle pain. Ms. Barber was given x-rays and advised that she suffered a right distal fibula fracture and sprained left shoulder. Ms. Barber was advised to seek follow-up treatment with an Orthopedic specialist.

**RANDALL MORGAN, M.D.**
Flora Barber sought treatment with Orthopedic surgeon, Randall Morgan. Ms. Barber presented with pain and swelling in the right ankle and left shoulder. Dr. Randall gave Ms. Barber a short leg walking cast and walking shoe. Ms. Barber was advised to wear the cast for four weeks. Upon further examination, Dr. Morgan noted complaints of pain in the right hip and prescribed therapy for the right and left hip and right ankle. Upon completion of physical therapy, Dr. Morgan administered a subacromial injection into the right shoulder. Ms. Barber found some relief with the injection. Dr. Morgan recommended continuing the at home exercise program for the knee, ankle, hip and shoulder complaints.

## LOSS OF ENJOYMENT OF LIFE

Flora Barber is a classic example of an individual who suffers from severe injuries as a direct result of the slip and fall on 9/2/2005. It is evident that Flora has undergone medical treatment without success. Flora has experienced impaired functioning and emotional distress as a result of this one incident.

While Flora deals with the pain and discomfort in the best manner possible, it has greatly altered normal life activities. Close friends, acquaintances and family have all noticed a marked difference in Flora's demeanor. Many of these individuals have commented that Flora Barber's usual affable manner and cheerful personality seemed to have changed dramatically since this accident.

Before this accident, Flora Barber enjoyed many sporting and extracurricular activities. For instance, Flora enjoyed fishing and taking walks.

Loss of enjoyment of life is a viable cause of action that is many times ignored. However, this claim can be substantial when it is presented at trial. Many times people can relate to the loss of simple pleasures of life, whenever an accident has taken away recreational, work-related or enjoyable life functions.

Under Florida law, loss of enjoyment of life is considered a separate element of damages in contrast to pain and suffering, inconvenience economic loss, etc. Food Fair Stores, Inc. v. Morgan, 338 So.2d 89 (Fla. 2d DCA 1976). A claimant's loss of capacity to enjoy life is, therefore, a source of damages that is properly considered by the jury in reaching a verdict. Tampa Electric Co. v. Bazemore, 92 So.2d 297 (Fla. 3rd DCA 1963).

Flora has suffered a very real loss of enjoyment of life due to these injuries, in that there is no way to return to many of the activities or even day-to-day chores that one takes for granted.

## LEGAL ANALYSIS

Under Florida law, a person who lawfully enters upon a premises is owed certain duties. The duty of care owed to such person is threefold. The possessor of the premises must use ordinary care in keeping the premises in a reasonably safe condition and correct any dangerous conditions of which the owner knows or should reasonably have known about, as well as giving timely notice of latent or concealed perils that are known or should have been known to the owner or possessor. City of Milton v. Broxson, 514 So.2d 1116 (Fla. 1st DCA 1987), and Hylazewski v. Wet' N Wild, Inc., 432 So.2d 1371 (Fla. 5th DCA 1983).

These duties were breached when the puddle of water in front of the freezer area was not cleaned up. The premises was not kept in a reasonably safe condition. Notice was not given of the dangerous condition in the freezer aisle in front of the pizza section.

The duty to maintain the premises in a safe condition includes the duty to use reasonable care to learn of the existence of any dangerous conditions on the premises. Skipper v. Barnes Supermarket, 573 So.2d 411 (Fla. 1st DCA 1991). This duty is breached when the possessor of the premises fails to make a reasonable diligent search or inspection at reasonable intervals of time. The frequency and thoroughness of the inspection required to fulfill this duty depends upon the circumstances involved. Winn-Dixie Stores, Inc. V. Marcotte, 553 So.2d 213 (Fla. 5th DCA 1989).

In the present case, liability attaches because the store was not inspected. A puddle takes time to form and it is clear that the leak from the freezer had been going on for quite sometime undiscovered. The employees should have placed signs in the area of the puddle, directly in front of the pizza section in the freezer aisle.

A possessor of property also has a duty to warn an invitee of any concealed perils that are or should be known to the possessor, but are unknown to the invitee and could not be discovered by the invitee with the exercise of due care. Skipper, supra.

While a visitor or invitee is obligated to keep a general lookout in the direction of their travel and to use ordinary and reasonable care in avoiding known or obvious dangers, they are not obligated to make a critical examination of the floor to discover non-apparent dangers. Firestone Tire and Rubber Co. V. Arrington, 197 Fed.2d 699 (CA 5 Fla. 1952), First Federal Savings & Loan Association v. Wylie, 46 So.2d 396 (Fla. 1950). Also, a person is not required to focus their attention on the floor. Sears, Roebuck & Company v. Geiger, 167 So. 658 (Fla. 1936).

In the present case, Ms. Barber was looking in the direction she was walking not down at the floor. Ms. Barber was looking toward the pizza section of the freezer aisle.

Under Florida law, it is not comparative negligence on the part of an invitee to fail to look out for a danger if there was no reason to apprehend any danger. Saggesser v. Sears, Roebuck & Company, 230 Fed.2d 806 (CA 5 1956), Peppermint Twist, Inc. V. Wright, 169 So.2d 330 (Fla. 3d DCA 1964).

There was no reason for Flora Barber to foresee any danger because there were no warning signs placed in front of the pizza section of the freezer aisle of Winn- Dixie.

An invitee is entitled to rely on the premises being reasonably safe for his or her use. While required to exercise due care, to the extent of noticing that which is obvious in the ordinary use of the senses, one is not required to inspect or look out for unanticipated dangers or circumstances, Wallace v. Boca Raton Properties, 99 So.2d 637 (Fla. 3d DCA 1958).

It certainly cannot be contested that Flora Barber was lawfully on your insured's premises as an invitee at the time she was injured. Importantly, your insured was in control of the area prior to Flora Barber's injuries, and based upon the circumstances as previously outlined, your insured was well aware that a problem existed, yet failed to take the appropriate remedial measures.

As such, a person or entity maintaining and controlling an area owes to other persons using the area reasonable care to have the premises in a reasonably safe condition and to give timely notice of any perils that are or should have been known to the owner or occupier of the premises. Zambito v. Southland Recreation Enterprises, Inc., 838 So.2d 989 (Fla. 2d DCA 1980). It is elementary that a person that maintains a premises may be charged with knowledge of a dangerous condition causing injury if said person, as a reasonably prudent person, knew or should have known of the conditions existence, which would have been disclosed by appropriate inspection or otherwise. Zambito, supra.

In the case of LaVillarena, Inc. V. Acosta, 597 So.2d 336 (Fla. 3d DCA 1992), the duties of a person or entity in control of a premises were succinctly delineated, in that the court stated that such occupier of a business premises owes to individuals lawfully upon the premises, the duty to maintain said premises in reasonably safe condition and to warn unsuspecting individuals of any perils which are or should be known to the possessor of the property, but which cannot be discovered by innocent occupiers, through the exercise of due care.

Also, although the dangerous condition at issue here was not an obvious condition, the LaVillarena case stated that - even if a condition is open and obvious - this factor is not a bar to recovery against the possessor or person in control of the premises.

An owner or occupant may be held liable for injuries to an invitee of the premises if the dangerous condition on the floor had existed for a sufficient length of time to charge the owner or occupant with constructive notice of the dangerous condition. Constructive notice may be inferred from the amount of time a substance has been on the floor; in other words, that the dangerous condition existed for such a length of time that in the exercise of reasonable care, the condition should have been known to the defendant. Gonzalez v. Tallahassee Medical Center, 629 So.2d 945 (Fla. 1st DCA 1993).

## PER DIEM PAIN AND SUFFERING ASSESSMENT

The value of physical pain and suffering in tort cases has produced volumes of litigation. In Florida, the courts have generally followed the directions set forth in Braddick v. Seaboard Airline Ry. Co., 80 So.2d 662 (Fla. 1955), where the court stated that the enlightened conscience of impartial jurors governs pain and suffering quantification.

In considering the future physical pain and suffering and the value of same, Florida courts have held that future pain and suffering awards were not to be reduced to present dollar value. Therefore, like most jurisdictions, Florida encompasses and permits the per diem or time-unit calculation at jury summation or argument. Payne v. Alvarez, 156 So.2d 659 (Fla. 1st DCA 1963).

The per diem argument generally encompasses the assignment of an arbitrary figure for pain and suffering for a small unit of time, frequently one day. The daily figure is multiplied by the number of days in a year. This yearly figure is then multiplied for the jury by the number of years of the plaintiff's remaining life span. Inherent in the per diem argument is the ability of the attorney to present the calculations to the jury in a simple and understandable manner. The per diem argument should be presented as a road map or guideline for equating the intangible with the tangible remedy. Visual aids, charts, graphs and writing boards are frequently utilized to enhance the jury's understanding.

An argument to a jury regarding Flora's daily pain and suffering will be truthful and, therefore, very effective. The per diem award itself could be very substantial, as a jury will be sympathetic and sensitive to Flora's accident-related injuries and post-accident pain and discomfort.

## CONCLUSION

In reviewing all of the information I have submitted, it is readily apparent that Flora Barber has suffered severe and permanent injuries because of this accident. It is clear that the employees at Winn-Dixie were negligent in inspecting the area and placing warning signs in the area of the leak. As a result of this negligence Ms. Barber fell and sustained serious injuries.

In a sincere attempt to resolve this matter short of litigation, I am authorized to set forth the following offer of settlement:

| Current medical expenses | | $ 5,359.45 |
|---|---|---|
| Lakewood Ranch Medical Center | $2,055.45 | |
| Lakewood Manatee Radiology | $ 46.00 | |
| Paragon Contracting | $ 353.00 | |
| Randal Morgan, M.D. | $1,619.00 | |
| HealthSouth Rehabilitation | $1,107.00 | |
| Prestige Imaging | $ 179.00 | |

| | |
|---|---|
| Past pain and suffering | $ 25,000.00 |
| Future pain and suffering | $ 15,000.00 |
| Loss of enjoyment of life | $ 25,000.00 |
| **Total Justified Settlement Demand** | **$ 70,359.45** |

Please advise as soon as possible concerning your position in this case, as we are hopeful to obtain a reasonable resolution within a very short time period.  Otherwise, we will have to institute the appropriate court action.  In no event will we wait longer than 30 days from the date of this letter to resolve this matter within the policy limits.

Very truly yours,

JODAT LAW GROUP, P.A.

Shannan Claire Neri
Attorney at Law

Enclosures

cc: Flora Barber

APPENDIX

EXHIBITS

Exhibit A:    Records from Lakewood Ranch Medical Center

Exhibit B:    Records from Dr. Randall Morgan and Health South

Exhibit C:    Records from Prestige Imaging

Exhibit D:    Medical Bills

# EXHIBIT A

R E C E I P T   O F   N O T I C E   O F   P R I V A C Y   P R A C T I C E S
F R O M:   LAKEWOOD RANCH MEDICAL CENTER
-------------------------------------------------------------------------------

Version Date:   104/03

Patient Name:              BARBER ,FLORA
Account Number:              3000259816
Medical Record Number:   2021508
Date of Service:           09/02/05

I acknowledge that I have received the Hospital's Notice of Privacy
Practices.

| Signature | | Date |
|---|---|---|
| Patient's Authorized Representative | Relationship to patient   Date | 9.2.05 |
| Witness Signature | Witness Job Title | |

-----------------------------------------------------------------

**Lakewood Ranch Medical Center**

Allergies: _____
Weight: _____ Height: _____

```
3000259816
BARBER , FLORA
DOB: 12/11/1935   69   SX: F      EMR
MRN: 2021508      ADM/REG DT: 09/02/05
LAKEWOOD RANCH MEDICAL CENTER
```

| Order Sets | | Lab | | Lab | |
|---|---|---|---|---|---|
| Chest Pain/SOB | | CBC | | Urine | |
| Febrile Illness, Adult | | BMP | | U/A  CC  Cath | |
| Overdose | | CMP | | Urine Preg | |
| Lower Abd. Pain | | Cardiac (CPK,MB, Trop) | | Drug Screen | |
| Upper Abd. Pain | | Myoglobin | | **Drug Levels** | |
| Seizure | | PT/PTT | | Acetaminophen | |
| Neuro deficit | | BNP (CHF) | | Digoxin | |
| Febrile Illness,Infant | | D-Dimer | | Dilantin | |
| GI Bleed | | Amylase | | Salicylate | |
| Vag Bleed | | Lipase | | Level | |
| **Respiratory** | | Acute Hepatic Prof. | | | |
| ABG | | Thyroid Panel | | | |
| Ventolin Neb | | Acetone | | **Nursing Orders** | |
| Atrovent Neb | | Ammonia | | O2 __ L via | |
| Xopenex Neb | | Blood Alcohol | | Cardiac Monitor | |
| Continuous Neb | | BHCG (HCG total) | | Pulse Ox | |
| **Radiology** | | Sed Rate (ESR) | | Blood Sugar | |
| CXR  Port  PA/LAT | | Retic Count | | Foley | |
| AAS (acute abd series) | | **Blood Bank** | | NG Tube | |
| XTL C-spine | | Type & Rh | | NPO | |
| C-spine series | | Type & Screen | | INT | |
| LS Spine | | Type & Cross ___ units | | Ortho Static V/S | |
| Hip  R  L    Pelvis | | **Cultures** | | | |
| Extremity: | | Blood | | | |
| R ankle | | Urine | | | |
| R humerus | | Gen Probe | | | |
| CT: | | Wet Prep | | | |
| | | Sputum | | | |
| | | Wound | | | |
| Ultrasound: | | Rapid Strep | | | |
| | | Throat Culture | | | |

| Time | Additional Orders | Time & Initials | Time | Additional Orders | Time & Initials |
|---|---|---|---|---|---|
| | | | | | |

Physician Signature / ARNP/PA Signature
ID Number _____  Nursing Signature
ID Number _____  Nursing Signature

Disposition | Diagnosis | Time | Signature

LW630-004 (10/04)

Patient: BARBER, FLORA JEAN
Acct#: 3000259816
MRN: 2021508

(941) 782-2100
Family Physician:
69y, F

General Instructions

Lakewood Ranch Medical Center
8330 Lakewood Ranch Blvd, Bradenton, FL 33202

09/02/2005 16:45

Thank you for visiting the Lakewood Ranch Medical Center-Emergency Department.
You have been evaluated today by Hall, Mitchell, M.D. for the following condition(s):

Right distal fibula fracture. (Avulsion fracture).
Sprained left shoulder.

## INSTRUCTIONS

Wear simple sling until better. Wear elastic wrap (Ace wrap) as directed until better. No weight bearing left leg until released.

**Warnings:**
GENERAL WARNINGS: Return or contact your physician immediately if your condition worsens or changes unexpectedly, if not improving as expected, or if other problems arise.

**Prescription Medications:**
Darvocet-N 100 mg: take 1 orally every 6 hours as needed for pain. Dispense fifteen (15). No refills. Generic substitute OK.

**Follow-up:**
RANDALL MORGAN M.D., Ortho, 941-360-2211, 2401 University Parkway, #103, Sarasota, FL  Follow up in two days if not well.

**You have been given the following additional information:**
SPRAIN: SHOULDER
, FRACTURE: ANKLE
, MEDICATION: DARVOCET

_____
Patient Signature

09/02/2005

_____
Hospital Representative

 **Lakewood Ranch Medical Center**

**Manatee Healthcare System**

# CONDITIONS OF SERVICE

1. **CONSENT TO HOSPITAL PROCEDURES:** I CONSENT TO THE MEDICAL AND SURGICAL PROCEDURES WHICH MAY BE PERFORMED DURING THIS HOSPITALIZATION OR ON AN OUTPATIENT BASIS, INCLUDING EMERGENCY TREATMENT OR SERVICES. THESE MAY INCLUDE BUT ARE NOT LIMITED TO LABORATORY TESTS, X-RAY EXAMINATION, MEDICAL OR SURGICAL TREATMENT OR PROCEDURES, ANESTHESIA, OR HOSPITAL SERVICES RENDERED TO THE PATIENT UNDER THE GENERAL AND SPECIAL INSTRUCTIONS OF MY PHYSICIAN OR SURGEON. THE PRACTICE OF MEDICINE AND SURGERY IS NOT AN EXACT SCIENCE AND THERE IS NO GUARANTEE OR ASSURANCE AS TO ANY RESULTS THAT MAY BE OBTAINED, NOR HAS SUCH A GUARANTEE OR ASSURANCE BEEN MADE TO ME.

2. **RELEASE OF INFORMATION:** TO OBTAIN PAYMENT FOR SERVICES, I HEREBY AUTHORIZE THE HOSPITAL/PROVIDERS/PHYSICIANS GIVING MEDICAL SERVICES TO ME WHILE I AM A PATIENT AT MANATEE MEMORIAL HOSPITAL OR ANY AFFILIATE AGENCY, TO DISCLOSE TO MY INSURANCE CARRIER, HEALTH SERVICE PLAN OR WORKER'S COMPENSATION CARRIER, ANY AND/ALL MEDICAL, PSYCHIATRIC/PSYCHOLOGY AND/OR ALCOHOL/DRUG ABUSE INFORMATION, HIV TESTING, AIDS TREATMENT, BILLING RECORDS AND OTHER RECORDS CONCERNING THE DIAGNOSIS AND TREATMENTS RELATED TO MY ADMISSION OR OUTPATIENT SERVICES. I AM AWARE THAT MY RECORDS MAY BE REVIEWED BY REGULATORY AND/OR ACCREDITING AGENCIES.

UPON INQUIRY, THE HOSPITAL OR ANY AFFILIATE AGENCY MAY MAKE AVAILABLE TO THE PUBLIC CERTAIN BASIC INFORMATION ABOUT MYSELF INCLUDING NAME, AGE, SEX, GENERAL DESCRIPTION OF THE REASON FOR TREATMENT, AND GENERAL CONDITION. IF I DO NOT WANT SUCH INFORMATION TO BE RELEASED I MAY MAKE A VERBAL REQUEST FOR SUCH INFORMATION TO BE WITHHELD.

IN THE EVENT THAT I RECEIVE A MEDICAL IMPLANTABLE DEVICE DURING THIS ADMISSION, I AUTHORIZE THE RELEASE OF MY SOCIAL Security NUMBER TO THE MANUFACTURER OF ANY MEDICAL DEVICE I MAY RECEIVE, IN ACCORDANCE WITH FEDERAL LAW AND REGULATIONS. I FURTHER UNDERSTAND THAT MY SOCIAL SECURITY NUMBER MAY BE USED BY THE MANUFACTURER TO HELP LOCATE ME IF THERE IS A NEED TO CONTACT ME WITH REGARD TO THIS MEDICAL DEVICE.

I HEREBY AUTHORIZE THE HOSPITAL/PROVIDER/PHYSICIAN WHO ARE OR HAVE PROVIDED CARE AND SERVICES TO APPLY FOR, INITIATE, COMPLETE, AND/OR FINALIZE ALL POTENTIAL SOURCES OF FUNDING TO COVER MY HEALTHCARE RELATED COSTS AND CHARGES. THIS INCLUDES BUT IS NOT LIMITED TO IMPLEMENTING, INITIATING, COMPLETING, FINALIZING OR PERFORMING OTHER FUNCTIONS RELATED TO PAPERWORK, APPLICATIONS, FORMS, APPOINTMENTS, INTERVIEWS, DOCUMENTS, OR OTHER INFORMATION NEEDED TO COMPLETE THE PROCESS, AS NEEDED, TO OBTAIN FUNDS TO COVER SUCH HEALTHCARE RELATED EXPENSES. THIS INCLUDES THE AUTHORIZATION TO SUBROGATE.

3. **ASSIGNMENT OF BENEFITS:** I OR MY AGENT, HEREBY DIRECT PAYMENT TO THE HOSPITAL/PROVIDER/PHYSICIAN OF ANY AND ALL APPROPRIATE INSURANCE BENEFITS PAYABLE TO OR IN MY BEHALF FOR THIS HOSPITALIZATION OR FOR THESE OUTPATIENT SERVICES, INCLUDING EMERGENCY SERVICES IF RENDERED, AT A RATE NOT TO EXCEED THE HOSPITAL'S OR AFFILIATE'S BILLED CHARGES. IT IS AGREED THAT PAYMENT TO THE HOSPITAL OR AFFILIATE AGENCY BY AN INSURANCE COMPANY SHALL DISCHARGE THE INSURANCE COMPANY OF ANY AND ALL OBLIGATIONS UNDER A POLICY TO THE EXTENT OF SUCH PAYMENT. I UNDERSTAND THAT I AM FINANCIALLY RESPONSIBLE FOR CHARGES NOT COVERED AND/OR NOT PAID BY THIS ASSIGNMENT.

4. **FINANCIAL AGREEMENT:** THE PATIENT/APPROPRIATE GUARANTOR IS OBLIGATED TO PAY THE ACCOUNT OF THE HOSPITAL/ PROVIDER/PHYSICIAN IN ACCORDANCE WITH THE REGULAR RATES AND TERMS OF THE HOSPITAL/PROVIDER/PHYSICIAN. SHOULD THE ACCOUNT BE REFERRED TO AN ATTORNEY OR COLLECTION AGENCY FOR COLLECTION, ACTUAL ATTORNEY'S AND COLLECTION FEES SHALL BE PAID BY THE PATIENT/GUARANTOR. ALL DELINQUENT ACCOUNTS MAY BEAR INTEREST AT THE LEGAL RATE. IT IS UNDERSTOOD THAT UNTIL SUCH TIME AS ALL DEBTS ARE PAID, THE HOSPITAL/PROVIDER/ PHYSICIAN, THEIR ATTORNEY AND/OR THEIR COLLECTION AGENCY MAY CONTACT THE PATIENT OR GUARANTOR EITHER IN WRITING OR BY PHONE AT THEIR PLACE OF EMPLOYMENT OR RESIDENCE, DURING NORMAL HOURS TO DISCUSS OR REQUEST PAYMENT OF THE CHARGES. IT IS UNDERSTOOD THAT ANY TIME PRIOR TO PAYMENT IN FULL, THE HOSPITAL/PROVIDER/PHYSICIAN, THEIR ATTORNEY AND/OR COLLECTION AGENCY MAY CONTACT THE PATIENT'S OR GUARANTOR'S EMPLOYER FOR THE PURPOSE OF EMPLOYMENT VERIFICATION AND HISTORY. I FURTHER UNDERSTAND I AM COMPLETELY FINANCIALLY RESPONSIBLE FOR THE CHARGES FOR THESE SERVICES. I ALSO UNDERSTAND IT IS IMPOSSIBLE TO KNOW THE EXACT AMOUNT OF SERVICES BEING PROVIDED AND UNDERSTAND ANY ESTIMATE OF DOLLARS IS ONLY AN APPROXIMATE COST.

5. **MEDICARE CERTIFICATION, AUTHORIZATION TO RELEASE PAYMENT INFORMATION AND PAYMENT REQUEST:** I CERTIFY THAT THE INFORMATION GIVEN TO ME IN APPLYING FOR PAYMENT UNDER TITLE XVII OF THE SOCIAL SECURITY ACT (MEDICARE) IS CORRECT. I AUTHORIZE ANY HOLDERS OF MEDICAL OR OTHER INFORMATION ABOUT ME TO RELEASE TO THE SOCIAL SECURITY ADMINISTRATION OR ITS INTERMEDIARIES OR CARRIERS ANY INFORMATION NEEDED FOR THIS OR A RELATED MEDICARE CLAIM. I DIRECT THAT PAYMENT OF AUTHORIZED BENEFITS BE MADE ON MY BEHALF.

6. **WRITTEN AUTHORIZATION FOR HMO/PPO PLANS:** I UNDERSTAND THAT IF MY INSURANCE CARRIER, HMO PLAN OR PPO NETWORK REQUIRES PREAUTHORIZATION, THE HOSPITAL/PROVIDER/PHYSICIAN IS UNABLE TO GUARANTEE THAT MY VISIT WILL BE COVERED WITHOUT A WRITTEN AUTHORIZATION FOR THE SERVICES RENDERED TO ME OR MY FAMILY MEMBERS. IF THE HOSPITAL/PROVIDER/PHYSICIAN IS UNABLE TO OBTAIN AUTHORIZATION FOR MY VISIT, I WILL BE RESPONSIBLE FOR ANY UNPAID BALANCE. I WILL BE FINANCIALLY RESPONSIBLE FOR THOSE CHARGES THAT COINCIDE WITH ANY SERVICE/PROCEDURES/DAY(S) NOT AUTHORIZED BY MY INSURANCE/ MANAGED CARE PLAN. I UNDERSTAND THAT THE HOSPITAL ACCEPTS NO LIABILITY FOR FAILURE TO MEET ANY PRE/POST CERTIFICATION PROCEDURES WHICH MAY BE REQUIRED OF ME BY MY COVERAGE CARRIER  I AGREE THAT ANY SUCH PROCEDURES HAVE BEEN OR WILL BE PROPERLY EXECUTED BY ME.

I FURTHER AGREE AND UNDERSTAND THAT PROPER NETWORK/MANAGED CARE INDICATORS EITHER ON MY INSURANCE CARD AND/OR THE INSURANCE COMPANY/CARRIERS EXPLANATION OF BENEFITS (EOB), ARE REQUIRED IN ORDER FOR ME TO RECEIVE ANY MANAGED CARE DISCOUNT. I ALSO UNDERSTAND IT IS MY RESPONSIBILITY TO KNOW IF MY MANAGED CARE PLAN IS AFFILIATED WITH THIS HOSPITAL/PROVIDER FOR SERVICES BEING PROVIDED TO ME.

7. **PROVIDERS NOT HOSPITAL EMPLOYEES:** I UNDERSTAND THAT ALL PHYSICIANS AND SURGEONS FURNISHING SERVICES TO ME INCLUDING THE RADIOLOGISTS, PATHOLOGIST, EMERGENCY PHYSICIAN, ANESTHESIOLOGIST AND THE LIKE ARE INDEPENDENT CONTRACTORS AND ARE NOT EMPLOYEES OR AGENTS OF THE HOSPITAL OR AFFILIATE AGENCY. THE HOSPITAL OR AFFILIATE AGENCY IS NOT LIABLE FOR ANY ACTS OR OMISSIONS MADE BY ANY PHYSICIAN OR IN FOLLOWING THE ORDER OF A PHYSICIAN.

LW902-003   (04/05)



EL0120



**Lakewood Ranch Medical Center**

Manatee Healthcare System

# CONDITIONS OF SERVICE

8.    **INDEPENDENT CONTRACTORS WILL BILL SEPARATELY:** PHYSICIANS ARE INDEPENDENT CONTRACTORS, NOT AGENTS OR EMPLOYEES OF THE HOSPITAL OR AFFILIATE AGENCY. I UNDERSTAND AND AGREE THAT EACH PROFESSIONAL GROUP-OR INDIVIDUAL PRACTITIONER WHICH RENDERS PROFESSIONAL SERVICES TO ME WILL BILL AND COLLECT FOR PROFESSIONAL SERVICES SEPARATE AND APART FROM THE HOSPITAL'S OR AFFILIATE AGENCY'S BILLING AND COLLECTIONS, BUT SUBJECT TO THE AUTHORIZATIONS GRANTED BY ME IN ACCORDANCE WITH THIS AGREEMENT.

9.    **GENERAL DUTY NURSING:** I UNDERSTAND THAT THE HOSPITAL ONLY PROVIDES GENERAL DUTY NURSING CARE UNLESS, UPON ORDERS OF MY PHYSICIAN I AM PROVIDED MORE INTENSIVE NURSING CARE. IF MY CONDITIONS REQUIRE A SPECIAL DUTY NURSE, I AGREE THAT IT MUST BE ARRANGED BY MYSELF OR MY LEGAL REPRESENTATIVE. THE HOSPITAL WILL NOT BE RESPONSIBLE FOR FAILURE TO PROVIDE THE SAME AND IS RELEASED ANY LIABILITY ARISING THEREFROM.

10.    **PERSONAL VALUABLES:** I UNDERSTAND THAT THIS HOSPITAL MAINTAINS A SAFE AND/OR LOCKED DRAWER FOR THE SAFEKEEPING OF MONEY AND OTHER VALUABLES, AND THAT THE HOSPITAL SHALL NOT BE LIABLE FOR THE LOSS OF VALUABLES UNLESS THEY ARE DEPOSITED IN THE HOSPITAL SAFE AND/OR LOCK DRAWER. I UNDERSTAND THAT I AM RESPONSIBLE FOR ALL MY PERSONAL EFFECTS, INCLUDING PERSONAL GROOMING ARTICLES, JEWELRY, CLOTHING, DOCUMENTS, MEDICATIONS, EYEGLASSES, HEARING AIDS, DENTURES AND OTHER PROSTHETIC DEVICES.

11.    **ASSUMPTION OF RISK:** SHOULD I LEAVE THE HOSPITAL OR AFFILIATE AGENCY BEFORE BEING RELEASED OR DISCHARGED BY THE PHYSICIAN ATTENDING ME OR SHOULD I FAIL TO FOLLOW INSTRUCTIONS GIVEN BY THE PHYSICIAN OR OTHER HEALTHCARE PROFESSIONALS, I AGREE TO ASSUME ALL RESPONSIBILITY FOR ANY INJURY OR DAMAGE SUFFERED, AND FURTHER AGREE TO RELEASE AND HOLD THE PHYSICIANS, THEIR AGENTS, THE HOSPITAL, OR AFFILIATE AGENCY, ITS EMPLOYEES OR AGENTS HARMLESS FROM ANY CLAIMS, DEMANDS, OR SUITS FOR DAMAGES ARISING THEREFROM. I AM AWARE THAT MY INSURANCE CARRIER MAY NOT COVER MY CLAIM UNDER THESE CIRCUMSTANCES AND THEREFORE I ASSUME FULL FINANCIAL RESPONSIBILITY.

12.    **PATIENT RIGHTS:** I UNDERSTAND THAT I HAVE THE RIGHT AND OBLIGATION TO EXPRESS ANY CONCERNS ABOUT MY CARE AND TREATMENT TO A MANAGEMENT REPRESENTATIVE. I HAVE RECEIVED A COPY OF MY PATIENT'S RIGHTS AND RESPONSIBILITIES.

13.    **NON-SMOKING HOSPITAL:** I UNDERSTAND THAT NO SMOKING IS PERMITTED WITHIN THE HOSPITAL, AND WILL COMPLY ACCORDINGLY.

14.    **TRANSFERS TO ANOTHER UNIT:** I HEREBY FULLY UNDERSTAND THAT THE CONDITIONS OF ADMISSION, INCLUDING MEDICARE FORMS AND ADVANCE DIRECTIVES FOR THIS ADMISSION SHALL SERVE AS EFFECTIVE FOR ANY ADDITIONAL ADMISSIONS AND/OR READMISSION INTO OTHER LAKEWOOD RANCH MEDICAL CENTER NURSING UNITS/AREAS/FACILITIES, OR AFFILIATES. THIS EXTENSION OF THE CONDITIONS OF ADMISSION IS SPECIFICALLY, BUT NOT LIMITED TO, FUTURE TRANSFERS TO/FROM THE ACUTE CARE CENTER TO THE TRANSITIONAL CARE UNIT (TCU) AND/OR THE DISTINCT PACT UNIT (DPU).

15.    **ADVANCE DIRECTIVE:** I HAVE BEEN OFFERED INFORMATION REGARDING ADVANCE DIRECTIVES (SUCH AS DURABLE POWERS OF ATTORNEY FOR HEALTHCARE AND LIVING WILLS), AND HAVE BEEN INFORMED THAT I MAY RECEIVE A COPY OF THIS INFORMATION AT ANY TIME DURING MY HOSPITAL STAY. I HAVE BEEN INFORMED THAT A PATIENT HANDBOOK CONTAINING PATIENT RIGHTS AND RESPONSIBILITIES AND OTHER INFORMATION RELATING TO MY STAY IS AVAILABLE TO ME IN PATIENT REGISTRATION OR AT MY REQUEST DURING MY HOSPITAL STAY.

**PLEASE INITIAL THE FOLLOWING APPLICABLE STATEMENTS:**
I HAVE EXECUTED AN ADVANCE DIRECTIVE AND HAVE BEEN REQUESTED TO SUPPLY A COPY TO THE HOSPITAL. ____
I HAVE NOT EXECUTED AN ADVANCE DIRECTIVE. ____
I WISH TO EXECUTE AN ADVANCE DIRECTIVE AT THIS TIME. ____
I DO NOT WISH TO EXECUTIVE AN ADVANCE DIRECTIVE AT THIS TIME. ____

**MEDICARE AND CHAMPUS PATIENTS ONLY:** I HAVE RECEIVED A COPY OF 'AN IMPORTANT MESSAGE FROM MEDICARE (OR TRICARE)' REGARDING MY RIGHTS AS A MEDICARE/CHAMPUS PATIENT.

I HAVE CAREFULLY READ AND FULLY UNDERSTAND THIS PATIENT CONSENT AND FINANCIAL AGREEMENT AND AM DULY AUTHORIZED TO EXECUTE THE ABOVE AND ACCEPT ITS TERMS.

A COPY OF THIS AUTHORIZATION SHALL BE AS VALID AS THE ORIGINAL. ORIGINAL SIGNATURE ON FILE AT LAKEWOOD RANCH MEDICAL CENTER.

9-2-05 _____ 1649 _____ X Flora Jean Barber

DATE _____ TIME _____ PATIENT/PARENT/GUARDIAN
RELATIONSHIP TO PATIENT

WITNESS _____    WITNESS _____

```
||| ||||| |||||| |||| ||| |||| || |||| |||||| |||| |||
3000259816
BARBER , FLORA
DOB: 12/11/1935  69  SX: F    EMR
MRN: 2021508       ADM/REG DT: 09/02/05
      LAKEWOOD RANCH MEDICAL CENTER
```

ADDRESS _____ CITY _____ STATE _____ ZIP

REASON PATIENT DID NOT SIGN _____

TELEPHONE CONSENT

WITNESS _____    WITNESS _____

LW902-003  (04/05)          WHITE - MEDICAL RECORD          YELLOW - PATIENT


EL0120

# *Lakewood Ranch Medical Center*
## *Clinical Results*

8330 Lakewood Ranch
Boulevard
Bradenton, FL 34202

| Results from *Earliest Available* to *12/7/05 14:56* |
| --- |

*Name:* **Barber, Flora Je**
*Admission Date:* **9/2/05**
*Med. Record No.:* **2021508**
*Patient (Hosp/Visit) No.:* **3000259816**
*Attending Phys.:* **Hall, Mithcell, MD**
*Allergies:* **Codeine, PCN**

*D.O.B.:* **12/11/1935**, *Age:* **69 years**
*Gender:* **Female**
*Location:* **CER**
*Room/Bed:*

| *Performed 9/2/05 at 18:18:* | **Transcription** |
| --- | --- |

ED Report

```
Patient: BARBER, FLORA JEAN   Physician Clinical Report
MRN: 2021508   Lakewood Ranch Medical Center
VisitID: 3000259816  8330 Lakewood Ranch Blvd, Bradenton, FL 33202 (941)
782-2100
69y, F   Registration Date/Time: 09/02/2005 16:45


Time Seen: 17 : 50
Arrived- By private vehicle.  Historian- patient and family.  Note: Came from
home.
Attending Note: I supervised care provided by the NP (Michelle Bryan). We have
discussed the case. I have reviewed the note and agree with the plan of
treatment.  I have personally reviewed the X-rays.

HISTORY OF PRESENT ILLNESS
Chief Complaint- FALL and INJURY TO RIGHT LOWER EXTREMITY (ANKLE) and LEFT
UPPER EXTREMITY (SHOULDER).  The accident occurred just prior to arrival.

Fell; slipped.  Occurred at a store.

The patient complains of moderate pain.  No blow to the head, neck pain,
loss of consciousness or seizure.  Not dazed.

REVIEW OF SYSTEMS
The patient complains of pain on weight bearing.  No numbness, dizziness, loss
of vision, hearing loss or chest pain.  No difficulty breathing, weakness,
headache, nausea or abdominal pain.  No laceration, fever, vomiting, urinary
problems or depression.

PAST HISTORY
Diabetes mellitus.

Medications: See nurses notes.
Allergies: See nurses notes.  COdeine PCN

SOCIAL HISTORY
Nonsmoker.  No alcohol or drug use.  No recent travel.  No backboard or
C-collar.

PHYSICAL EXAM
Appearance: Alert.  No acute distress.
Vital Signs: The vital signs have been reviewed.
Head: Head non-tender.  No swelling of head.
Eyes: Pupils equal, round and reactive to light.  EOM intact.
ENT: No dental injury.  Pharynx normal.
```

*Performed 9/2/05 at 18:18:*              **Transcription (continued)**

Neck: Painless ROM.  Non-tender.
CVS: Heart sounds normal.  Pulses normal.
Respiratory: Breath sounds normal.  Chest nontender.
Abdomen: Abdomen soft and nontender.  No organomegaly.
Back: No back tenderness.  ROM normal.
Skin: Skin intact.  Normal skin color.  Skin warm and dry.
Extremities: Normal inspection.  Left shoulder: mild tenderness.  No swelling.
Right ankle: mild tenderness and swelling and small ecchymosis.  Limited ROM
secondary to pain.  Extremities atraumatic.  Pelvis stable.  No pedal edema.
Neuro: Oriented X 3.  No motor deficit.  No sensory deficit.  Reflexes normal.


LABS, X-RAYS, AND EKG
X-Rays: Left shoulder negative.
Rt Ankle X-ray: Fracture of the distal right fibula (Avulsion fracture.).

PROGRESS AND PROCEDURES
PROCEDURES (Padded Ace to right ankle).

Disposition: Discharged home.  Condition: good and stable.  Discharged home
in good condition and stable condition (18:04 ).

CLINICAL IMPRESSION

Right distal fibula fracture.  (Avulsion fracture).
Sprained left shoulder.

INSTRUCTIONS
Wear simple sling until better.  Wear elastic wrap (Ace wrap) as directed
until better.  No weight bearing left leg until released.

Warnings:
GENERAL WARNINGS: Return or contact your physician immediately if your
condition worsens or changes unexpectedly, if not improving as expected, or if
other problems arise.

Prescription Medications:
Darvocet-N 100 mg: take 1 orally every 6 hours as needed for pain. Dispense
fifteen (15). No refills. Generic substitute OK.
Follow-up:
RANDALL MORGAN M.D., Ortho, 941-360-2211, 2401 University Parkway, #103,
Sarasota, FL  Follow up in two days if not well.

(Electronically signed by Hall, Mitchell, M.D. 09/02/2005 18:27)

---

Patient: BARBER, FLORA JEAN   Nurse Clinical Report
MRN: 2021508   Lakewood Ranch Medical Center
VisitID: 3000259816  8330 Lakewood Ranch Blvd, Bradenton, FL 33202 (941)
782-2100
69y, F   Registration Date/Time: 09/02/2005 16:45


TRIAGE

*Performed 9/2/05 at 18:18:*                    **Transcription (continued)**

Initial Assessment
Triage time 16:46 Sep 02 2005    Acuity: LEVEL 3.
BP: 138/64 sitting L arm (reg adult cuff).  HR: 88 regular  RR: 20 regular
Temp: 98 oral  O2 saturation: 100 % room air  Alert.  No acute distress.
Weight ≈ 200 lbs. (per patient report).  Height = 5.2 (per patient report).
--1649 Malloy, Jackie, R.N.

Medications
Mavik., Plavix.   --1649 Malloy, Jackie, R.N.

Allergies
CODEINE.  PENICILLIN.   --1649 Malloy, Jackie, R.N.

History
Chief Complaint: FALL.  Location of injuries- right ankle and left shoulder.
No loss of consciousness.  No headache, neck pain, back pain, numbness or
weakness.
Treatment PTA: None.
PAST HX: Diabetes mellitus.
SOCIAL HX: Nonsmoker.  Denies alcohol use.
Arrived by private vehicle and accompanied by family and daughter.  Historian:
patient.  ED physician to evaluate the patient (dr huin).   --1649 Malloy,
Jackie, R.N.

Interventions
ID and allergy band on patient.  Fall risk assessment completed.  No fall risk
identified.  To room.   --1649 Malloy, Jackie, R.N.

PHYSICAL ASSESSMENT
rt ankle pain  To room via wheelchair.  Patient gowned.  Alert.  Appears in
pain.  Oriented X 3.  Respirations not labored.  Normal sinus rhythm noted.
Pulses within normal limits.  (Has had surgery on rt ankle in past).  Mild
limited ROM present in the left shoulder and left upper arm.  Pulses: right
dorsalis pedis 1+.  Neuro-vascular status intact to the extremity.  Skin is
warm and dry.   --1701 conner, diana, R.N.


NURSING PROGRESS NOTES
Progress
17:01   Two patient identifiers checked.  Patient gowned.  Call light placed
in reach.  Side rails up x 1.  Bed placed in lowest position.  Brakes of bed
on.   --1702 conner, diana, R.N.

17:15  Patient transported to radiology by stretcher with tech.   --1731
Janice  Johnson, R.N.

17:30  Patient returned from radiology by stretcher with tech.   --1743
Muhammad, Joshua,

1805 PM  (Awaiting disposition.).   --1817 conner, diana, R.N.


DISPOSITION / DISCHARGE
18:15   Condition at departure: unchanged.  No barriers to learning present.
Discharge instructions reviewed with the family.  Reviewed medication side
effects and precautions; prescription (s) given to the patient and companion.
Reviewed referral to an orthopedic surgeon for followup.  Patient verbalized
understanding.  Written instructions provided in English.  The patient was
discharged home and accompanied by family.  The patient left the Emergency

*Performed 9/2/05 at 18:18:*                **Transcription (continued)**
Department in a wheelchair and via private vehicle. Family member driving.
Departure time: 18:16 PM   --1816 conner, diana, R.N.


Locked/Released at 09/02/2005 18:18 by conner, diana, R.N.

*Performed 9/2/05 at 19:03:*            **Radiology—Diagnostic X-Ray**

HUMERUS LT
FINAL RESULT

8330 Lakewood Ranch Blvd.
Bradenton, FL 34202
Phone:  941 782-2272   Fax:  941 782-2556
RADIOLOGY REPORT                    Patient:BARBER, FLORA J
XR HUMERUS LT                       Patient #:2021508
Order#  Room #: 00002001      Order Date: 09/02/05
DOB: 12/11/1935  Acct: 3000259816
Dr :MITCHELL HALL                                       Dr :
Dr :MITCHELL HALL                              Dr :
CPT: 73060LT
ATTENDING DR: Hall, Mithcell
CLINICAL INF: trauma
------------------------------------------------------------------------
--------------------------------------------------------------

LEFT HUMERUS:
HISTORY:  TRAUMA.

TECHNIQUE:
Two views of the left humerus were performed.  There is no fracture or
dislocation.  There is no radiopaque foreign body within the soft
tissues.  There is no periosteal reaction.  No subcutaneous air is noted.


CONCLUSION:
THERE IS NO FRACTURE OR OSSEOUS ABNORMALITY OF THE LEFT HUMERUS.

JOB NUMBER:  10527

LWRMC  BSS                          APPROVED BY:  MICHAEL STOLL, M.D.
DICTATED:  09/02/05     19:03
TYPED:  09/02/05     20:58                   READ BY:   JEFFREY R
WASSERMAN, M.D.

Page 1

ANKLE 3V RT
FINAL RESULT

8330 Lakewood Ranch Blvd.
Bradenton, FL 34202
Phone:  941 782-2272   Fax:  941 782-2556
RADIOLOGY REPORT                    Patient:BARBER, FLORA J
XR ANKLE 3V RT                      Patient #:2021508
Order#  Room #: 00001001      Order Date: 09/02/05
DOB: 12/11/1935  Acct: 3000259816
Dr :MITCHELL HALL                                       Dr :
Dr :MITCHELL HALL                              Dr :

*Viewed/Printed on:*
   *12/7/05 14:57*                                              *Page 4 of 5*

Performed 9/2/05 at 19:03:          **Radiology—Diagnostic X-Ray (continued)**
CPT: 73610RT
ATTENDING DR: Hall, Mithcell
CLINICAL INF: trauma
-----------------------------------------------------------------------------
-----------------------------------------------------------------------------

RIGHT ANKLE:
HISTORY:  TRAUMA.

TECHNIQUE:
Four views of the right ankle were obtained. I see evidence of previous
fracture and pin tracks from previous repair.  There are enthesiophytes
in the calcaneus. There is severe degenerative change of the ankle joint.
I see no acute fracture or dislocation. I see no foreign body within the
soft tissues. There is no focal soft tissue swelling.

CONCLUSION:
DEGENERATIVE CHANGE AND EVIDENCE OF PREVIOUS INJURY. I SEE NO ACUTE
FINDINGS.

JOB NUMBER:  10528

LWRMC  BSS                          APPROVED BY:  MICHAEL STOLL, M.D.
DICTATED:  09/02/05      19:03
TYPED:    09/02/05      20:59                READ BY:  JEFFREY R
WASSERMAN, M.D.

Page 1

# EXHIBIT B



# University Park Orthopedics

Randall C. Morgan MD, MBA

*Board Certified Orthopedic Surgeon • Arthritis and Joint Replacement • Pediatric Orthopedics*

| | | | |
|---|---|---|---|
| Patient Name: | BARBER, FLORA J. | D.O.S: | 01/05/2006 |
| Patient Number: | 33 | D.O.B: | 12/22/1939 |

HISTORY: The patient returns to the office for review of her radiographs. The right shoulder has improved. She has full range of motion following injection.

Radiographs shows a small inferior acromial spur of the right shoulder. Glenohumeral joint was normal. The acromion was a type II acromion. Radiograph of the pelvis showed degenerative disc at L4-5 and some degeneration of the symphysis pubis.

PHYSICAL EXAMINATION: Exam of the right knee, extension 0 degrees, flexion 120 degrees, approximately 7 degrees of valgus, and no effusion.

IMPRESSION:
1. Osteoarthritis of the right knee.
2. Subacromial impingement with bursitis, right shoulder.

PLAN: Continue present exercise program for both knees and shoulder. Return to the office in two months for re-exam.

Randall C. Morgan, MD, MBA

RCM/rjr/kap

D: 02/07/2006
T: 02/08/2006

PATIENT-FOCUSED CARE OF YOUR BONES AND JOINTS
University Health Park • 2401 University Parkway • Suite 103, Building I • Sarasota, FL 34243-2894
Phone 941.360.2211 • Fax 941.360.2233 • www.universityorthosarasota.com

BARBER, FLORA J. #:33                    1/5/2006                    Page 1 of 1

# University Park Orthopedics

### Randall C. Morgan MD, MBA

*Board Certified Orthopedic Surgeon ▪ Arthritis and Joint Replacement ▪ Pediatric Orthopedics*

| | | | |
|---|---|---|---|
| Patient Name: | BARBER, FLORA J. | D.O.S: | 12/20/2005 |
| Patient Number: | 000333 | D.O.B: | 12/22/1939 |

HISTORY: The patient has returned for recheck of her right shoulder and her right hip. She has completed physical therapy. She has some limitation on inward rotation of her right shoulder, limited at 30 degrees. Gait, she walks with a slight gluteal lurch to the right.

PLAN:
1. Subacromial injection of the right shoulder Depo-Medrol and Marcaine. Injection given under sterile conditions, 2cc of Depo-Medrol, 4cc of Marcaine 0.5%.
2. Home exercises given.
3. Radiograph of her right shoulder and AP of the pelvis prior to the next office visit. She is to return to the office in four weeks.

Randall C. Morgan, MD, MBA

RCM/deg/slp

D: 12/20/2005
T: 12/21/2005

PATIENT-FOCUSED CARE OF YOUR BONES AND JOINTS
University Health Park ▪ 2401 University Parkway ▪ Suite 103, Building I ▪ Sarasota, FL 34243-2894
Phone 941.360.2211 ▪ Fax 941.360.2233 ▪ www.universityorthosarasota.com

Page 1 of 1

BARBER, FLORA J. #:000333          12/20/2005



# University Park Orthopedics

### Randall C. Morgan MD, MBA

*Board Certified Orthopedic Surgeon • Arthritis and Joint Replacement • Pediatric Orthopedics*

| | | | |
|---|---|---|---|
| Patient Name: | BARBER, FLORA J. | D.O.S: | 10/13/2005 |
| Patient Number: | 000333 | D.O.B: | 12/22/1939 |

HISTORY:  Short-leg cast removed from the right lower extremity.  Minimal tenderness over the distal fibula. Her skin is intact and the swelling has diminished considerably for the left foot and ankle.  The patient is tender over the right hip in the area of the greater trochanteric bursa.

PLAN:  Pool therapy for range of motion of the right ankle and ultrasound to the trochanteric bursa of the right and the left hip, progressive weightbearing, and return to the office for my reassessment in a period of four weeks.

Randall C. Morgan, MD, MBA

RCM/pml/mma

D:  10/13/2005
T:  10/14/2005

PATIENT-FOCUSED CARE OF YOUR BONES AND JOINTS
University Health Park • 2401 University Parkway • Suite 103, Building I • Sarasota, FL 34243-2894
Phone 941.360.2211 • Fax 941.360.2233 • www.universityorthosarasota.com



# University Park Orthopedics

### Randall C. Morgan MD, MBA

*Board Certified Orthopedic Surgeon • Arthritis and Joint Replacement • Pediatric Orthopedics*

| | | | |
|---|---|---|---|
| Patient Name: | BARBER, FLORA J. | D.O.S: | 09/15/2005 |
| Patient Number: | 000333 | D.O.B: | 12/22/1939 |

September 15, 2005

TO: Daniel M. Hume, M.D.
1931 S Tuttle Avenue
Sarasota FL 34239

RE: BARBER, FLORA J.

Dear Dr. Hume:

Thank you for the referral of Flora Barber. Enclosed please a find the copy of my office note.

Sincerely,

Randall C. Morgan, MD, MBA

RCM/bmr/gan

cc: Daniel M. Hume, M.D. (9413662049)

D: 09/15/2005
T: 09/16/2005

PATIENT-FOCUSED CARE OF YOUR BONES AND JOINTS
University Health Park ▪ 2401 University Parkway ▪ Suite 103, Building 1 ▪ Sarasota, FL 34243-2894
Phone 941.360.2211 ▪ Fax 941.360.2233 ▪ www.universityorthosarasota.com



# University Park Orthopedics

Randall C. Morgan MD, MBA

*Board Certified Orthopedic Surgeon ▪ Arthritis and Joint Replacement ▪ Pediatric Orthopedics*

| | | | |
|---|---|---|---|
| Patient Name: | BARBER, FLORA J. | D.O.S: | 09/15/2005 |
| Patient Number: | 000333 | D.O.B: | 12/22/1939 |

**HISTORY OF PRESENT ILLNESS:** The patient is referred by Dr. Hume. The patient is a 66-year-old female who was well until 09/02/2005. She was at a Winn-Dixie Store when she slipped on water and twisted the right ankle. She had pain and swelling in the ankle. She was seen at the Lakewood Ranch Emergency Facility on 09/02/2005. She had radiographs of her ankle, which showed a fracture of the distal fibula. She also complained of some pain in the left shoulder and it was stated that she had a sprain in the left shoulder. She was placed in an elastic wrap for the ankle and was referred to Dr. Hume and to Dr. Morgan for definitive care. During the visit, she had a radiograph of her left shoulder and humerus, which showed no evidence of fracture. The radiograph of the right ankle showed evidence of a previous fracture with possible avulsion fracture at the tip of the lateral malleolus. The radiologist was not conclusive on seeing an acute fracture.

**PAST MEDICAL HISTORY:** The patient has a positive history of diabetes and longstanding joint pains. She has had a stroke in the past and she has had significant vascular disease of the lower extremities, particularly the left lower extremity. Approximately, seven years ago, she had an arterial bypass in the left lower extremity and an amputation of the fifth toe because of gangrene. She had several other procedures for the left lower extremity, but it has been stable recently.

**PREVIOUS SURGERY:** Arterial bypass in left lower extremity and an ankle fracture of right lower extremity, which resulted in an infection related to the pins and the pins were therefore removed. This procedure was approximately three years ago.

**ALLERGIES:** She has allergies PENICILLIN and CODEINE.

**FAMILY HISTORY:** Positive for diabetes, stroke, and bleeding problems.

**SOCIAL HISTORY:** She at present is divorced. She formally smoked, but quit years ago. She also formally used alcohol, but not at this time, and no drug use.

**PHYSICAL EXAMINATION:** On examination, she is alert and cooperative female in no significant distress. Her head is normocephalic. She has full range of motion of her cervical spine. She is obese, short stature. Upper extremities including left shoulder showed full range of motion of the elbow, wrist, and shoulder. The right lower extremity shows some swelling and tenderness over the lateral malleolus of the right ankle. There is mild tenderness over the medial malleolus as well. Dorsiflexion of the right ankle is +5 degrees and plantar flexion is +50 degrees. The skin is smooth. There is absence of dorsal pedal and posterior tibial pulses, both right and left. The left foot also shows some discoloration distally of the toes. No evidence of frank gangrene and an absence of fifth toe through the MTP joint.

Additionally, the right knee showed exquisite tenderness to the medial joint line and the lateral joint line and



# University Park Orthopedics

### Randall C. Morgan MD, MBA

Board Certified Orthopedic Surgeon • Arthritis and Joint Replacement • Pediatric Orthopedics

pain with flexion past 100 degrees. She was able to fully extend the knee. Medial and lateral collateral ligaments appeared stable. There was some patellofemoral crepitus.

RADIOGRAPHS: AP and lateral of the right knee were obtained. There is evidence of osteoarthritis of the knee with some narrowing of the medial compartment of the knee. No evidence of calcification. Vascular clips are noted distally and posterior to the right knee. Radiographs of the right ankle were obtained, and they showed previous fracture of the shaft of the fibula, proximal to the ankle mortise; previous screw positioning and track of which the screw had been removed, and an undisplaced fracture through the tip of the lateral malleolus. There was also evidence of arthritis of the ankle joint with spurring along the medial malleolus as well.

IMPRESSION:
1. Avulsion fracture at the tip of the lateral malleolus, right ankle.
2. Osteoarthritis, right knee.

RECOMMENDATIONS:
1. Arthrocentesis of the right knee performed and Depo-Medrol injected to alleviate the symptoms of pain and arthritis of the right knee and facilitate ambulation.
2. She was placed in a short-leg walking cast and walking shoe. She will ambulate in this cast for a period of four weeks, and return for cast out, and short-term outpatient therapy. She may continue with her present medications.

Randall C. Morgan, MD, MBA

RCM/bmr/gan

cc: Daniel M. Hume, M.D. (9413662049)

D: 09/15/2005
T: 09/16/2005

PATIENT-FOCUSED CARE OF YOUR BONES AND JOINTS
University Health Park • 2401 University Parkway • Suite 103, Building I • Sarasota, FL 34243-2894
Phone 941.360.2211 • Fax 941.360.2233 • www.universityorthosarasota.com

BARBER, FLORA J. #:000333                    9/15/2005                    Page 2 of 2

# Prestige Imaging
## at University Groves

University Health Park, Building 3
2415 University Parkway, Suite 112
Sarasota, Florida 34243
(941) 487-2130 • Fax: (941) 487-2138

HOURS OF OPERATION:
Monday-Friday 7:30 am - 5:30 pm

☐ **STAT**
☐ Call Report
    Phone ( )  _____
☐ Fax Report
    Fax   ( )  _____

**APPOINTMENT**
Date: _____
Time: _____

Patient Name  BARBER FLORA                D.O.B. 12/22/39

## MRI

☐ with contrast ☐ without contrast
☐ with and without contrast

☐ Brain
☐ Pituitary
☐ Orbits
☐ IAC
☐ TMJ
☐ Neck Soft Tissue
☐ Chest
☐ Cervical Spine
☐ Thoracic Spine
☐ Lumbar Spine
☐ Abdomen
☐ Shoulder   R:___ L:___
☐ Elbow   R:___ L:___
☐ Wrist   R:___ L:___
☐ Hand   R:___ L:___
☐ Hip   R:___ L:___
☐ Knee   R:___ L:___
☐ Ankle   R:___ L:___
☐ Foot   R:___ L:___
☐ MRA Brain
☐ MRA Carotid
☐ Other: _____

## ULTRASOUND

☐ Carotid
☐ Thyroid
☐ Breast   R:___ L:___
☐ Bilateral Breast (if needed)
☐ Abdominal Complete (aorta, liver,
    gallbladder,kidneys, pancreas & spleen)
☐ Abdomen LTD  RUQ
☐ Retroperitoneal (kidneys, aorta)
☐ Obstetrical
☐ Pelvis (transabdominal)
☐ Pelvis (transvaginal)
☐ Testicular (color flow)
☐ Venous Doppler Upper___, Lower___,
    R___,L___,
☐ Arterial Doppler Upper___, Lower___,
    R___,L___,
☐ Echocardiography
☐ Other: _____

Clinical History/DX: _____

Other Exams: _____

## CT

☐ with contrast ☐ without contrast
☐ with and without contrast
NOTE: Current (within 30 days) creatinine level
required for all patients 65 and over with contrast
☐ Head
☐ Orbits
☐ Neck
☐ Sinus Limited
☐ Sinus Complete
☐ Chest/Thorax
☐ Abdomen
☐ Pelvis
☐ Cervical Spine
☐ Thoracic Spine
☐ Lumbar Spine
☐ Urogram
☐ Appendix Protocol
☐ Upper Extremity _____
☐ Lower Extremity _____
☐ CT Angiogram
☐ Aorta - Thoracic
☐ Aorta - Abdominal
☐ CT Coronary Calcium Scoring
☐ Other: _____

## FLUOROSCOPY

☐ GI Series - Upper
☐ Small Bowel Series
☐ Esophogram

## MAMMOGRAPHY

**Please Bring Previous Films**
☐ Screening: This exam is for patients who
    have no prior history of breast cancer
    and who are not currently having any
    breast problems.
☐ Diagnostic: This exam is for patients who
    have active breast problems
☐ Unilateral   R:___ L:___
☐ Breast Ultrasound (if necessary)
☐ Other: _____

## GENERAL RADIOLOGY

☐ Chest X-Ray - PA & LAT
☐ Chest Single View
☐ Skull
☐ Nasal Bones
☐ Sinus Full Series
☐ Sinus Waters View
☐ Facial Bones
☐ Neck Soft Tissue
☐ C-Spine
☐ T-Spine
☐ L-Spine
☐ Clavicle   R:___ L:___
☑ Shoulder   R:☒ L:___
☐ Humerus   R:___ L:___
☐ Elbow   R:___ L:___
☐ Forearm   R:___ L:___
☐ Wrist   R:___ L:___
☐ Hand   R:___ L:___
☐ Finger   R:___ L:___
☐ Ribs   R:___ L:___
☐ Abdomen (KUB)
☐ Abdomen Series (Flat & Erect)
☑ Pelvis
☐ Hips   R:___ L:___
☐ Femur   R:___ L:___
☐ Tib/Fib   R:___ L:___
☐ Knee   R:___ L:___
☐ Ankle   R:___ L:___
☐ Foot   R:___ L:___
☐ Toe   R:___ L:___
☐ Other _____

## INTERVENTIONAL

☐ Arthrogram   R:___ L:___
☐ Hysterosalpingogram
☐ PICC Line Placement
☐ Other _____

Physician's Notes: _____
_____
_____
_____
_____
_____
_____

# THIS EXAM IS MEDICALLY NECESSARY FOR THIS PATIENT

Physician's Signature: _____    Date: 12/20/05

# HEALTHSOUTH® Outpatient Therapy
## Rehabilitation Prescription

Name: _Flora Barber_   Phone (h): _941-727-7322_ (w): _____

Medical Diagnosis: _T.H.P. F/L (R) ankle + Trocantitis Burs.T.s_

Precaution/WBS: _____   Physician: _Randall C. Morgan_

---

**Programs:**
- Brain Injury
- Cardio-Pulmonary
- Day Program
- Multiple Sclerosis
- Neurological Disorders
- Oncology
- Orthopedics
- Pain Management
- Parkinson's
- Spine
- Sports Medicine
- Stroke
- Work Injury

**Services:**

☑ Physical Therapy   ☐ Speech Pathology   ☐ Dietician Consultation
☐ Occupational Therapy   ☐ Pharmacy Consultation   ☐ Respiratory Therapy

Check mark indicates evaluate and treat.

**Specialties:**

☑ Aquatic Therapy   ☐ Hand Therapy   ☐ Swallow Study
☐ Day Hospital   ☐ Interactive Metronome   ☐ Vestibular/Balance
☐ Driving Assessment   ☐ KNEE Kamp   ☐ VitalStim- RSE
☐ EECP   ☐ Lymphedema   (RSE required)
☐ Functional Capacity Eval.   ☐ Sleep Study   ☐ Wellness

Other: _Pool Therapy  ROM of (R) ankle_
_and Trocantic Burs.T.s  Ultra sound_
_of both_

Frequency: _3_ times per week.   Duration: _3 wks_

Physician Signature: _[signature]_   Date: _10-13-05_

## Location Map:



**Outpatient Therapy provided at the following locations:**

**1. Bee Ridge Outpatient**
5831 Bee Ridge Rd., Ste. 300
Sarasota, FL 34233
Phone: 921-8700
Fax: 378-5418

**2. Gulf Gate Outpatient**
7147 Curtiss Ave., Bldg. B
Sarasota, FL 34231
Phone: 924-0462
Fax: 925-8530

**3. Northside Outpatient**
2401 University Pkwy., Ste. 102
Sarasota, FL 34243
Phone: 355-3024
Fax: 355-4282

**4. Main Campus-Hospital and Day Program**
3251 Proctor Rd.
Sarasota, FL 34231
Phone: 921-8600
Fax: 925-7526

**HEALTHSOUTH** ®
Rehabilitation Hospital of Sarasota

*Fxara Barder*
*304530*

## DISCHARGE ASSESSMENT

*Dr. Morgan*

| Medical Diagnosis: *Trochanteric Bursitis* | Dates of Tx: *11 / 17 / 05* to *12 / 2 / 05* |
|---|---|
| No. of Treatments: *8* | No. of Cancellations: | No. of No-Shows: |

Therapy Diagnosis: *pain ® shoulders ® hip, knee, ankle*

Treatment Type:

| STRENGTH | DISCHARGE STATUS | *RLE* INITIAL STATUS |
|---|---|---|
| *hip flexion* | *n.t.* | 3+ |
| *abduct* | | 3 |
| *adduct* | *re-* | 2 |
| *knees* | *tested* | 4 |
| *ankle df* | ↓ | 4 |
| *pf* | | NT |
| *shoulders* | *n. tested* | *no deficits of significance* |

| | PAIN | DISCHARGE STATUS | INITIAL STATUS |
|---|---|---|---|
| SCALE | *11.28.05 note* | ®sh. 4-5  0  5  10  Hip 4.5 ankle 6 | SH 0-4-5  0  5  10  Hip 2-10  ankle 2-10 |
| LOCATION | | | |
| AGGRAV FACTORS | | | SH: reaching  Hip moving too much  ankle: walk. |
| COMMENTS PALPATIONS | *all areas of pain are less* | | |

| ROM | DISCHARGE STATUS | INITIAL STATUS |
|---|---|---|
| LE | *mak* | WFL |
| shoulders | *restored* | WNL |
| ankle | ↓ | WNL  over. 13° ® |

| | OTHER | DISCHARGE STATUS | INITIAL STATUS |
|---|---|---|---|
| GAIT | | Walked 1,000 ft. in 6.5 min. pt. limited by SOB, does NOT c/o pain anywhere when walking. | is not walking any distance out of house |
| BALANCE | | | |

| Tinetti gait & balance scale | 26/28 | 24/28 |
|---|---|---|

| sit/stand: 3 UE Ⓐ | ® UE ®
| bend to floor: OK | difficult

### REASON FOR DISCHARGE:
☐ Goals Met  ☐ Medical Condition  ☐ Reached Maximal Potential
☐ Benefits Utilized  ☐ Objective findings inconsistent with patient's complaints and/or diagnosis
☐ Non-Compliance  ☒ Patient did not return  ☐ Other _____

### SUMMARY OF PROGRESS / Short Term Goals / Long Term Goals met:
*not sure*
① 26/28 Tinetti score, met  ⑤ TV stairs (lead) & reciprocal pattern
② Reciprocal pattern up/down pool steps, met  ⑥ Can bend to floor, pick up small
③ Sit/stand ā UE Ⓐ ×10, met  items ō pain, not
④ Can reach into second shelf ō c/o pain, met  ⑦ Walk minimum of 1/4 mi, not met
⑧ I HEP, not met.

### RECOMMENDATION: ☒ Continue with HEP as issued _____
☐ Equipment needs _____  ☐ Resume Therapy
☐ Patient Training - Description of training / equipment _____
☐ Follow up with physician _____

Comments: _____

| DATE | SIGNATURE/TITLE | DATE | SIGNATURE/TITLE |
|---|---|---|---|
| 12/19/05 | *Beth Edwards* P.T. | | |

AT OP Discharge Assessment  1702

*2401 University Pkwy. Suite 102*    355-3024    fax 355-4282

# HEALTHSOUTH®

## INITIAL PLAN OF CARE

MR #: 291188   Acct #: 304530

Barber, Flora
ADDRESSOGRAPH

*(Form meets HCFA 700 requirements)*

Patient Name: _____   Onset Date: 9/2/05   Begin Date: 11/7/05

Primary Diagnosis: _____   Prior hospitalization (for current episode): From ___ to ___ ☒ N/A

Treatment Diagnosis(es) c/o ®shoulder, ®hip, knee, ankle pain   Physician: _____

Rehab potential: ☒ Excellent ☐ Good ☐ Fair   Certification period: From 11/7/05 to 13/7/05

**Patient Problems:** *(Reason for referral)*
Limped, fell → c/o ® hip, knee ankle pain; ® shoulder pain. Hip strength is less than = to "fair" but this is (due to) being deconditioned (?) Aur = no shoulder ROM or strength deficit : c/o pain c reaching up, can with in a case but elects to do so; balance test shows "not high risk for falling". Uses walker for grocery shopping.

*Short term goals are written to address patient problems and should relate to long term goals.*

**Short Term Goals:** _____ Weeks

1. Patient will: ↑ (improve) Tinetti Gait/Balance score by 2 points to 26. 2 wks.
2. Patient will: demonstrate reciprocal pattern in feet & good sit. 1 wk.
3. Patient will: demonstrate correct sit/stand technique. 1 wk. (c ® UE ®)
4. Patient will: demonstrate sit/stand c UE ® x10. 2 wks.
5. Patient will: demonstrate able to reaching into 1 rest to second shelf c no pain. 3 wks.

**Long Term Goals:** 4 Weeks

1. Pt. can demonstrate reciprocal
2. cal pattern ↑↓ steps, 1 rail
3. (Ind.)
4.
5. Pt. can demonstrate she can reach
6. to floor to pick up a yes &
7. difficulty & no challenging c/o pain
8.
9.
10. Pt. is walking minimum of
11. 1/4 mile c AD in order to return

12. pt. is I c HEP.
13.
14.
15.
16.
17.
18.
19.
20.
21.
to. PLOF (shopping)

**Treatment Plan:** Treatment may include the following:

☐ Modalities  mH uS PRN
☒ AROM/PROM/stretching
☐ Manual Therapy
☒ Strengthening Exercises
☒ Home Exercise Program ✷ ✷ ✷
☒ Patient/caregiver participation in development of treatment plan.

☐ Balance training
☒ Functional mobility training
☐ Gait training
☐ ADL Training
☐ Posture and/or Body Mechanics
☐ Fine motor/dexterity
☐ Equipment evaluation
☐ Splinting/orthotics

☒ Aquatic exercise
☐ Other ___
☐ Other ___
☐ Other ___
☐ Other ___
☐ Other ___
☐ Other ___
☐ Other ___

**Treatment Frequency:** 3 Times/Week   **Duration:** 4 Weeks ☐ 1 x visit

Therapist Signature/Date (establishing POC) Beth B Edwards PT 11-7-05

My therapist has reviewed my Plan of Care with me.   *Patient/Caregiver Signature/Date* _____

I certify the need for these services furnished under this plan of treatment and while under my care.

**Physician Signature/Date** _____ 11/9/05

©HRC 2001

# HEALTHSOUTH ®
*Rehabilitation Hospital of Sarasota*

**OP SHOULDER / ELBOW ADDENDUM**

☒ Initial ☐ Re-Eval ☐ D/C _____

Patient Name: _____

MR# _____ Acct #: _____

*Flora Barber*
*384 530*

Key; ROM is active unless indicated with a "P"
   Standard muscle test grades for strength.
   WFL = within functional limits.  N/T = Not Tested
   N/A = Not Applicable

| LEFT | | | RIGHT | |
| ROM | STRENGTH | ACTION | ROM | STRENGTH |
|---|---|---|---|---|
| 162° 4/pain | 5 | Shoulder Flexion 180° | 160° pain | 5 |
| 147° | 5 | Shoulder Abduction 180° | 152° | 5 |
| | | Hand Behind Back | LM-5 | |
| NT | 4 | Ext. Rot. 90° @ 0° ABD | NT | 4 |
| 90° | | @ 45° ABD | 90° | |
| 90° | | @90° ABD | 90° | |
| NT | 5 | INT. ROTATION 90° | NT | 5 |
| | | ELBOW FLEXION 150° | | |
| | | ELBOW EXTENSION 150° | | |
| | | SUPINATION | | |
| | | PRONATION | | |

| LEFT | SPECIAL TESTS | RIGHT |
|---|---|---|
| | EMPTY CAN | |
| | YERGASON | |
| | DROP ARM | |
| | APPREHENSION | |
| | PAINFUL ARC | |

**AREAS OF PAIN**

**AREA OF PAIN WITH PALPATION**

COMMENTS: _____

**OTHER:**

SENSATION  ® hand diminished
☐ Intact
☐ Decreased = X
☒ Numbness/Tingling = shaded area

® hand - PROF but "worse" 2x/day

COMMENTS: (illegible handwriting)

FUNCTIONAL LIMITATIONS: *Reaching*

SIGNATURE / TITLE *Beth Edwards PT*  DATE: 11/07/05

iOP – 7.04  4/03

# HEALTHSOUTH®

Facility Name: _____

304 530

Barber, Flora

ADDRESSOGRAPH

## OUTPATIENT CLINICAL ASSESSMENT

☒ Physical Therapy ☐ Speech Therapy ☐ Other
☐ Occupational Therapy ☐ Neuropsychology/Psychology

### GENERAL INFORMATION

DOB: _____ Age: 64

Date of Evaluation 11/7/05

Referring Physician _____

History/Prior Functional Status co ® ankle swelling
c/o ® ankle, knee, hip pain ® knee "sore-
totals" *grabs rail (doesn't feel) using
cane 2° + failure because ® of all the rail
I'd mind? Feels she really needs the cane
cane since Jan 05 - 9/7/05 - slipped in pud-
at a grocery store - twisted ankle → got ???
Also injured ® shoulders. Fun. def.* needs a
walker to grocery shop, daughter assists by
pushing him in store. Feels like pain is decreased
not reaching into upper extremities
X-ray: ankle + 2° ankle spain (pain ®) isn't
knee: nothing ??? her bed. "Simples"

Diagnostic Tests/Results: _____

Precautions (W/B, aspiration, cardiac...): can't ???
DM

### PAIN ASSESSMENT

Pain? ☐ NO ☒ YES
HIP: now 3
least 2
worst 10 "much"
S/HIP

Pain Scale (0-10): Now ___ Best ___ Worst 10

If yes, location: ankles bot. ankle the same walking

Pain Symptoms: ☐ Dull ☐ Sharp ☐ Burning ☐ Referred
☐ Throbbing ☐ Numbness ☐ Radicular ☐ Other _____
(use comment section for detailed description)

Frequency: ☐ No Pain ☐ Less than daily ☐ Daily ☐ Daily-Increases
throughout day ☐ Multiple daily episodes ☐ Constant ☐ Night Pain
☒ Disturbed sleep ☐ Other: _____

### CURRENT PAIN RELIEF MEASURES

☐ Medication/Procedure: Vioxx for pain
☐ Relaxation Techniques: shoulders now: 0 at rest
☐ Modality/Activity that decrease pain: ???: want: 4-5
☐ Modality/Activity that increase pain: _____
COMMENTS: PLOF: ⁴⁵ AD (no walker) to
grocery shop, reaching not a problem,
able to dress, make the bed
no pain hip, ankle, shoulders
ankle → now her worst areas now

### EVALUATION/ADDENDUM

☐ Functional ☐ Hand ☐ Wound ☐ Wheelchair
☒ LE Addendum ☐ Voice ☐ Lymphedema ☐ Vestibular
☒ UE Addendum ☐ Cognitive ☐ Pulmonary
☒ Ankle/Foot ☐ Communication ☐ Amputee
☐ Cervical ☐ Dysphagia ☐ Urinary Incontinence
☐ Lumbar ☐ Visual Perceptual ☐ Other _____

### HOUSING

Current Living Situation: ☒ Alone ☐ Assisted Living
☐ Family/Relative ☐ Caregiver ☐ Other _____
Living Situation prior to Illness: ☒ Alone ☐ Assisted Living
☐ Family/Relative ☐ Caregiver ☐ Other _____
Home Issues 2⁷ steps shelves - has pets Steps: _____

### SKIN INTEGRITY

Does patient currently have skin breakdown? ☐ YES ☒ NO
Is patient considered to be at risk for skin breakdown? ☐ YES ☒ NO

### DIET STATUS: _____

Height _____ Weight overweight

### EDUCATIONAL NEEDS

Level of Education:
Patient: _____ Caregiver: _____
☐ 0-7 ☐ 8-12 ☐ College ☒ N/A | ☐ 0-7 ☐ 8-12 ☐ College ☐ N/A

Primary Language:
Patient: english Caregiver: _____

Motivation to Learn:
Patient: 7 Caregiver: _____
☐ Low ☐ Med ☐ High | ☐ Low ☐ Med ☐ High

| Potential Barriers to Learning: | | Preferred Method of Learning: | |
|---|---|---|---|
| Patient | Caregiver | Patient | Caregiver |
| ☐ | ☐ | ☐ Reading* | ☐ |
| ☐ Language | ☐ | ☐ Video | ☐ |
| ☐ Medical Condition | ☐ | ☐ Hearing | ☐ |
| ☐ Mental/Emotional | ☐ | ☐ Return Demo | ☐ |
| ☐ Vision | ☐ | ☐ Other | ☐ |
| ☐ Hearing | ☐ | | |
| ☐ Religious | ☐ | *If illiterate, non-english speaking, all | |
| ☐ Illiterate | ☐ | education material should be | |
| ☐ Other: | ☐ | geared to individual. | |

### LEISURE SKILLS/COMMUNITY ACTIVITIES
Falls like ??? assistance at mall, ???
???

### DURABLE MEDICAL EQUIPMENT Church ??? needed.

Assistive Devices: ☐ None ☐ Standard Walker ☒ Rolling Walker ☐ Hemi Walker ☐ Quad Cane, Large / Small Base
☒ Straight Cane ☐ Crutches ☐ Oxygen ☐ Splint/Brace ☐ Orthotics/Prosthetic ☐ Eyeglasses/Contacts
☐ Hearing Aid ☐ Other _____
Bathroom Accessories: ☐ None ☐ Grab Bars ☐ Shower Chair ☐ Tub Bench ☐ Raised Toilet Seat ☐ BSC
Other Equipment ☐ None ☐ Hospital Bed ☐ Wheelchair ☐ Cushion ☐ Other _____

| Date | Signature / Title | Date | Signature / Title |
|---|---|---|---|
| 11/7/05 | Deb Edwards P.T. | | |

# HEALTHSOUTH ®
Rehabilitation Hospital of Sarasota

## ORTHO LE ADDENDUM

*Flora Barker*
*304530*

☑ Initial      ☐ Re-eval      ☐ D/C _____

Patient Name: _____

MR #: _____    Acct #: _____

KEY: ROM is passive unless indicated otherwise with an "A". Use standard muscle test grades for strength.

WFL = Within Functional Limit          N/T = Not Tested          N/A = Not Applicable

| RIGHT *left* | | ROM/STRENGTH ACTION | | (RIGHT) | |
|---|---|---|---|---|---|
| ROM | STRENGTH | | | ROM | STRENGTH |
| 109° | 3+ | HIP FLEXION | 120° *fully flexed* | 103° | 3+ |
| NT | NT | HIP EXTENSION *full dorsage* | | WFL | NT |
| | 3 | HIP ABDUCTION | 45° | WNL | 3 |
| | 2 | HIP ADDUCTION | 30° | WNL | 2 |
| | NT | HIP INT. ROTATION | 45° *c/o pain* | WNL | NT |
| ↓ | | HIP EXT. ROTATION | 45° | WNL | NT |
| 115° | NT 3 4 | KNEE FLEXION | 135° | 123° | 4 |
| 0° | 4 | KNEE EXTENSION | 0° | 0° | 4 |
| 6° | 4 | ANKLE D'FLEXION | 20° | 4° | 4 |
| 52° | | ANKLE P' FLEXION | 50° | 31° | |
| 12° | NT | ANKLE INVERSION | | 10° | NT |
| 12° | ↓ | ANKLE EVERSION | | 3° | ↓ |
| | | TRUNK: | | | |
| | | OTHER: | | | |
| | | OTHER: | | | |

Comments: (Tone, Movement Patterns, Pain, Reflexes) *prior fx ® ankle (scar in sup/dorsm the lateral malleolus & medial malleolus (pt. was 19 y.o.) — plates & pins removed in 2-3 yrs. ago.*

## GAIT OBSERVATIONS

Gait: ☐ Normal    ☐ Antalgic    Comments: *tends to waddle c̄ & s̄ cane.*

Other Deviations: *scuffs ® heels ; sit/stand - uses ® UE*

Assistive Device: ☐ No    ☐ Yes    *to ®. Bending over to floor is difficult*

IMMOBILIZING DEVICE:    ☐ No    ☐ Yes    If yes, describe: *2° c/o ® hip pain.*
*soft orthotics ® shoes.*

| EDEMA | L | R | EDEMA | L | R |
|---|---|---|---|---|---|
| Mid Patella | | | Malleolar Level | | |
| 6" above | | | 2" above | | |
| 6" below | | | 2" below | | |

FUNCTIONAL LIMITATIONS/COMMENTS: *Tinetti Gait & Balance Test: not a high risk for falling ; Up & go test : 10 seconds (non faller) pain c̄ palpation ® gluteus insertion.*

| Signature/Title | | Date: | |
|---|---|---|---|
| Signature/Title *Beth Edwards P.T.* | | Date: *11.7.05* | |

IOP-7.03  4/05

# EXHIBIT C



# Prestige Imaging
## at University Groves

**Patient Name:** BARBER, FLORIA J

**DOB:** 12/11/1935

**Date of Service:** 01/05/2006

**Referring Physician:** RANDALL MORGAN, JR., MD

SHOULDER COMPLETE

INDICATION: Right shoulder bursitis

TECHNIQUE: Four views right shoulder

FINDINGS: The humeral head is well positioned within the glenoid joint. Normal bone mineralization. No fracture or subluxation. The AC joint is preserved.

IMPRESSION: Unremarkable examination of the right shoulder.


Kimberly A. Ruzek, MD/jfr



# Prestige Imaging
## at University Groves

**Patient Name:** BARBER, FLORIA J

**DOB:** 12/11/1935

**Date of Service:** 01/05/2006

**Referring Physician:** RANDALL MORGAN, JR., MD

PELVIS

INDICATION: Pelvic pain, no trauma

TECHNIQUE:  Single view pelvis

FINDINGS:  Numerous surgical clips about both inguinal regions. Pelvic phleboliths. No fracture or dislocation. Mild degenerative changes both hips with minimal joint space narrowing and osteophytic spurring. Degenerative changes at the symphysis pubis. Degenerative changes lower lumbar spine. Normal bone mineralization. SI joints are preserved.

IMPRESSION:  Mild osteoarthritis both hips, symphysis pubis and lower lumbar spine.  No acute osseous disease.


Kimberly A. Ruzek, MD/jfr

**EXHIBIT D**

```
 0- 30 days        0.00    FLO.A         J BARBER          Home 941 727 7322
31- 60 days        0.00    PO BOX 546                       Work 941 953 9645
61- 90 days        0.00                                     PT-0003   BC-0001
91-120 days        0.00    ONECO          FL 34264          CS-  0    DR-0001
121-150 days       0.00
150+   days        0.00    FLORA     J BARBER        F-12/22/39- 66-000333
                           Next app't

Total bal          .00
- Pending         0.00
= Pat bal          .00
Budget due        0.00
Nonbud due        0.00
Total due         0.00    Last chg 101405    103.00 Last ins pay 120605      0.00
Budget bal        0.00    SSN: 220 32 8572            Last per pay
Bud paymnt        0.00    Diag:824.2    FX CLOSED LATERAL MALLEOLUS
Last aging    03/20/06    Reg date 091205 PATIENT HAS NOTES
Review date   09/12/05
Insurance      Subscriber       Subscriber Policy id               TB PR
MEDICARE PART B BARBER    FLORA    220328572A                       IY-02
MEDICAID 2NDARY BARBER    FLORA    7454359469                       IY-02


HOME-Bal Fwd <CR>-OI Up-Up Down-Down F1-Fwd F2-Back F3-Print F7-Quit   TAB-More
```

```
   Tick#    764 U 1121  83 FLORA         BARBER           Total:    103.00
10/14/05   1-MORGAN JR MD HUME MD                     UNIV PK ORTHO
·LINE DETAIL-
101305-101305 99213   -  -OFFICE/OUTPA 824.2   -FX CLOSED LA YYY   1    103.00
101305-101305         -  -ADDITIONAL D 726.5   -ENTHESOPATHY NNN   1      0.00
101305-101305         -  -ADDITIONAL D 715.16  -OSTEOARTHROS NNN   1      0.00
·RECEIPTS-
  Date   Type                                        Amount  Applied
.2/06/05 2001-MCR 10/19/05       c#    7641r#   2160U 180 45    0.00      0.00
.2/06/05 3005-FOLLOW-UP CARE ADJUSTMENT  r#    2161U 180 45  103.00-   103.00-
.2/06/05 2999-CLR CLM            c#    7642r#   2162U 180 45    0.00      0.00
CLAIM INFO-                               Claim #
         101705-     -MEDICARE PART B   -00007641-Y-N-P rejected
         101705-     -MEDICAID 2NDARY CON-00007642-Y-Y-P rejected
SUMMARY-
    MEDICARE P MEDICAID 2           Status    FILED      *Balance*     .00
aid    .00       .00        .00     Expected  103.00     Ins          .00
w/o    .00       .00        .00     Personal     .00     Pat          .00
at paid to print on form   .00     Other pd  103.00
```

                         ** End of Detail **

p-Up Down-Down F1-Fwd F2-Back F3-Print F4-Beginning F5-End F7-Quit    TAB-Mor

```
  Tick#    731 U 1121  45 FLORA        BARBER          Total:    1069.00
09/16/05    1-MORGAN JR MD HUME MD                  UNIV PK ORTHO
-LINE DETAIL-
 091505-091505 27786    -  -CLOSED TREAT 824.2   -FX CLOSED LA NYY   1     574.00
 091505-091505 99243   -25-OFFICE CONSU 824.2   -FX CLOSED LA NYY   1     242.00
 091505-091505 20610    - -ARTHROCENTES 715.16  -OSTEOARTHROS NYY   1     137.00
 091505-091505 76000   -59-FLUOROSCOPE  824.2   -FX CLOSED LA YYY   1     116.00
              DENIAL RSN         5 INCLUSIVE/BUNDL
-RECEIPTS-
 Date  Type                                        Amount  Applied
10/05/05 2001-MCR 10/03/05 4072    c#    7311r#    1247U 334 52   336.31-  336.31-
10/05/05 9101-Co-ins          84.08c#    7311r#    1248U 334 52
10/05/05 4001-W/OFF MEDICARE PART c#    7311r#    1249U 334 52   532.61-  532.61-
10/05/05 4999-WRITE-OFF MEDICAID 2c#    7312r#    1279U 334 52    84.08-   84.08-
10/26/05 2001-MCR 10/24/05 6351    c#    7311r#    1604U 338 52    44.65-   44.65-
10/26/05 9101-Co-ins          11.16c#    7311r#    1605U 338 52
10/26/05 4001-W/OFF MEDICARE PART c#    7311r#    1606U 338 52    60.19-   60.19-
10/26/05 4999-WRITE-OFF MEDICAID 2c#    7312r#    1628U 338 52    11.16-   11.16-
11/08/05 2999-CLR CLMMEDICAID 2NDAC#    7312r#    1777U 280 45     0.00     0.00
-CLAIM INFO-                          Claim #
          091905-101205-MEDICARE PART B   -00007311-Y-N-P cleared
          101205-      -MEDICAID 2NDARY CON-00007312-Y-Y-P rejected
Up-Up Down-Down F1-Fwd F2-Back F3-Print F4-Beginning F5-End F7-Quit    TAB-Mor
```

APPROVED OMB-0938-0008

MEDICARE PART B
PO BOX 44117
JACKSONVILLE FL 32231-4117

☐☐ PICA

# HEALTH INSURANCE CLAIM FORM

PICA ☐☐

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| X (Medicare#) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | | 220328572A | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
BARBER FLORA

3. PATIENT'S BIRTH DATE
MM 12 DD 22 YY 1930   SEX M ☐ F X

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)
PO BOX 546

6. PATIENT RELATIONSHIP TO INSURED
Self X   Spouse ☐   Child ☐   Other ☐

7. INSURED'S ADDRESS (No., Street)

CITY
ONECO                STATE FL

8. PATIENT STATUS
Single ☐   Married ☐   Other X

CITY                STATE

ZIP CODE
34264-0000   TELEPHONE (Include Area Code)
(941)727-7322

Employed ☐   Full-Time Student ☐   Part-Time Student ☐

ZIP CODE   TELEPHONE (INCLUDE AREA CODE)
( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
NONE

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES ☐   NO X

a. INSURED'S DATE OF BIRTH
MM DD YY   SEX M ☐ F ☐

b. OTHER INSURED'S DATE OF BIRTH
MM DD YY   SEX M ☐ F ☐

b. AUTO ACCIDENT?
YES ☐   NO X   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME
OTHER

c. OTHER ACCIDENT?
YES ☐   NO X

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES ☐   NO ☐   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE   DATE 03/20/2006

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT: MM DD YY   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY   TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
DANIEL M HUME

17a. I.D. NUMBER OF REFERRING PHYSICIAN
H07171

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY   TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   YES ☐   NO X   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)
1. 715.11
2. 726.5
3. 726.10

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATES OF SERVICE From MM DD YY | To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIER (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 20 2005 | 12 20 2005 | 11 | | 20610 | | 1 2 3 | 137 00 | 1 | | | | U4363A |
| 12 20 2005 | 12 20 2005 | 11 | | 99213 | 25 | 1 2 3 | 103 00 | 1 | | | | U4363A |
| 12 20 2005 | 12 20 2005 | 11 | | J1030 | | 1 2 3 | 11 00 | 1 | | | | U4363A |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER   SSN ☐ EIN X
201891461

26. PATIENT'S ACCOUNT NO.
000000333a78

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES X   NO ☐

28. TOTAL CHARGE
$ 251 00

29. AMOUNT PAID
$ 00

30. BALANCE DUE
$

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

RANDALL C MORGAN JR M
SIGNED 03/20/2006   DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
UFO SARASOTA
2415 UNIVERSITY PKWY 219
SARASOTA FL 34243

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # (941) 684-0797
A78 UNIVERSITY PARK ORTHO
2415 UNIVERSITY PKWAY 219
SARASOTA FL 34243
PIN# U4363A   GRP# K7297

22P    1/0001 AD FORM HCFA-1500 (U1-92)    SET# : 1    1    C:MOR O:    5!    PGA78

MEDICARE PART B
PO BOX 44117
JACKSONVILLE FL 32231-4117

## HEALTH INSURANCE CLAIM FORM

| | PICA | | | | | | | PICA | |

**1. MEDICARE** (Medicare #) **MEDICAID** (Medicaid #) **CHAMPUS** (Sponsor's SSN) **CHAMPVA** (VA File #) **GROUP HEALTH PLAN** (SSN or ID) **FECA BLK LUNG** (SSN) **OTHER** (ID)

**1a. INSURED'S I.D. NUMBER** (FOR PROGRAM IN ITEM 1): 220328572A

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
BARBER FLORA

**3. PATIENT'S BIRTH DATE** MM 12 DD 22 YY 1930 **SEX** F X

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**

**5. PATIENT'S ADDRESS (No., Street)**
PO BOX 546

**6. PATIENT RELATIONSHIP TO INSURED** Self X  Spouse  Child  Other

**7. INSURED'S ADDRESS (No., Street)**

**CITY** ONECO **STATE** FL

**8. PATIENT STATUS** Single  Married  Other X  Employed  Full-Time Student  Part-Time Student

**CITY** **STATE**

**ZIP CODE** 34264-0000 **TELEPHONE (Include Area Code)** (941) 727-7322

**ZIP CODE** **TELEPHONE (INCLUDE AREA CODE)** ( )

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER** NONE

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (CURRENT OR PREVIOUS)** YES  NO X

**a. INSURED'S DATE OF BIRTH** MM DD YY **SEX** M  F

**b. OTHER INSURED'S DATE OF BIRTH** MM DD YY **SEX** M  F

**b. AUTO ACCIDENT?** YES  NO X **PLACE (State)**

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. EMPLOYER'S NAME OR SCHOOL NAME** OTHER

**c. OTHER ACCIDENT?** YES  NO X

**c. INSURANCE PLAN NAME OR PROGRAM NAME**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** YES  NO  *If yes, return to and complete item 9 a-d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 03/20/2006

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

**14. DATE OF CURRENT:** MM DD YY **ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)**

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE** MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM DD YY TO MM DD YY

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE** DANIEL M HUME

**17a. I.D. NUMBER OF REFERRING PHYSICIAN** H07171

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM DD YY TO MM DD YY

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?** YES X NO **$ CHARGES**

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)**
1. 715.16
2. 726.10
3. L___
4. L___

**22. MEDICAID RESUBMISSION CODE** **ORIGINAL REF. NO.**

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 05200601 | 05200611 | | | 99213 | 1 2 | 98 00 | 1 | | | | U4363A |
| 02 10200602 | 10200611 | | | 99213 | 1 2 | 98 00 | 1 | | | | U4363A |

**25. FEDERAL TAX I.D. NUMBER** 201981461  SSN  EIN X

**26. PATIENT'S ACCOUNT NO.** 000000323878

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) YES X NO

**28. TOTAL CHARGE** $ 196 00

**29. AMOUNT PAID** $ 00

**30. BALANCE DUE** $

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNED RANDALL C MORGAN JR M DATE 03/20/2006

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED** (If other than home or office)
UPO SARASOTA
2415 UNIVERSITY PKWY 219
SARASOTA FL 34243

**33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #** (941) 684-0797
A78 UNIVERSITY PARK ORTHO
2415 UNIVERSITY PKWAY 219
SARASOTA FL 34243
PIN# U4363A  GRP# 7297

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    PLEASE PRINT OR TYPE    FORM OWCP-1500    FORM RRB-1500

22P    2/0001 AF(HCFA-1500)(12-90)(U-2) SET# 1    1    C:MOR O:    S:    PGA76

```
                        ┌─────────────────────────────┐
                        │     PRESTIGE IMAGING LLC     │
                        │       PO BOX 919028          │
                        │   ORLANDO, FL 32891-9028     │
                        │       941-487-2130           │
                        │       941-487-2130           │
                        └─────────────────────────────┘
```

                                                                            Page 1
                              S T A T E M E N T

┌──────────────────────┐                                    ┌──────────────────────┐
│  RESPONSIBLE PARTY    │                                    │   ACCOUNT NUMBER      │
└──────────────────────┘                                    └──────────────────────┘

                                                            309
BARBER, FLORIA J                                            DATE    :   11/16/06
1300 6TH STREET
APT 203
SARASOTA, FL 34236

| DATE | DESCRIPTION OF SERVICE Dr# | OUR CHARGE | INS. PAYMENTS | PATIENT PAYMENTS | INS. PENDING | YOU NOW OWE |
|------|---------------------------|------------|---------------|------------------|--------------|-------------|
| *** Open charges for BARBER, FLORIA J *** (309) | | | | | | |
| 01/05/06 | MG    SHOULDER, COMPLETE | 94.00 | | | 0.00 | 0.00 |
| | CTR PRESTIGE IMAGING AT UNIVERSITY GROVES | | | | | |
| | 08/09/06 | 0.00 | 0.00 | WRITE-OFF | | -6.31 |
| | 04/24/06  MEDICARE PART B FIRST COAST SERV | -25.22 | 0.00 | WRITE-OFF | | -62.47 |
| Claim/service lacks information which is needed for adjudication | | | | | | |
| Claim/service lacks information which is needed for adjudication | | | | | | |
| 01/05/06 | MG    PELVIS, 1 OR 2 VIEWS | 85.00 | | | 0.00 | 0.00 |
| | CTR PRESTIGE IMAGING AT UNIVERSITY GROVES | | | | | |
| | 08/09/06 | 0.00 | 0.00 | WRITE-OFF | | -5.68 |
| | 04/24/06  MEDICARE PART B FIRST COAST SERV | -22.74 | 0.00 | WRITE-OFF | | -56.58 |
| Claim/service lacks information which is needed for adjudication | | | | | | |
| Claim/service lacks information which is needed for adjudication | | | | | | |

                        Please pay this amount --->:            $0.00
                              Insurance pending:                $0.00

                          A G I N G   I N F O R M A T I O N

| | Current | 31-60 DAYS | 61-90 DAYS | 90+ DAYS | ** REMARKS ** |
|---|---------|------------|------------|----------|---------------|
| ou Owe | 0.00 | 0.00 | 0.00 | 0.00 | |
| ns Due | 0.00 | 0.00 | 0.00 | 0.00 | |

r#MG-GLANTZ MD, MELISSA GRACE

| ACCOUNT NUMBER | STATEMENT DATE |
|---|---|
| 11548368/30 | 11/21/05 |

| CHECK NUMBER | PAYMENT AMOUNT |
|---|---|
| | |

**FOR PROPER POSTING PLEASE WRITE IN CHECK NUMBER AND AMOUNT PAID** ➡

11548368-30-34401

FLORA J BARBER
1300 6TH ST APT 203
SARASOTA FL 34236

PLEASE WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK.
MAKE PAYABLE IN U.S. DOLLARS TO:

PARAGON CONTRACTING SERV, INC
PO BOX 634710
CINCINNATI, OH 45263-4710

PATIENT NAME:  FLORA J BARBER

TO PAY BY CREDIT CARD, COMPLETE AND SIGN THE OTHER SIDE OF THIS STATEMENT.

PHYSICIAN SERVICES RENDERED AT: LAKEWOOD RANCH MEDICAL CENTER
PAYMENTS AND INSURANCE INFORMATION MAILED SEVEN DAYS PRIOR TO THE ABOVE STATEMENT DATE MAY NOT YET APPEAR.

TAXPAYER ID:  65-0622859

BILLING INQUIRIES: 888-952-6772

HOURS OF OPERATION: MONDAY - FRIDAY 8AM TO 8PM / SATURDAY 11AM TO 3PM ET. PROVIDE INSURANCE INFO OR PAY BY CREDIT CARD AT WWW.TEAMHEALTH.COM/EBILLING

| DATE /INVOICE # | DX /CPT CODE | DESCRIPTION | PROVIDER | CHARGES | PAYMENTS/CREDITS |
|---|---|---|---|---|---|
| 09/02/05 | 99283 | EMERGENCY DEPT VISIT - 99283 | | 355.00 | |
| 54777871 | 840.9 | | GENSEMER-BRYAN ARNP, MICHELLE L | | |
| 10/20/05 | | ELECTRONIC MEDICARE/RR PAYMENT | | | -42.41 |
| 54777871 | | CONTRACTUAL ADJUSTMENT | | | 299.99 |

PHYSICIAN CHARGES ARE NOT INCLUDED IN THE FACILITY BILL.

ACCOUNT NUMBER: 11548368/30     STATEMENT DATE: 11/21/05     **TOTAL NOW DUE** ▶ 10.60

MXC

```
LAKEWOOD MANATEE RADIOLOGY CONSULTANTS          888 339 7020
PO BOX 495429
PORT CHARLOTT   FL 33949
DETAIL                              PRINTED 10/25/05 11.06 BY lef002
================================================================================

   0- 30 days      3.62   FLORA        J BARBER          Home 941 953 9645
  31- 60 days      0.00   1300 6TH ST APT 203            Work
  61- 90 days      0.00                                  PT-0002  BC-0001
  91-120 days      0.00   SARASOTA          FL 34236     CS-0000  DR-0001
 121-150 days      0.00   ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
 150+  days        0.00   FLORA      J BARBER      F-12/11/35- 69-L2021508
                          Next app't
                          ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Total bal         3.62
 - Pending        0.00
 = Pat bal        3.62
Budget due        0.00
Nonbud due        3.62   ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Total due         3.62   Last chg 092605    46.00 Last ins pay 101805    14.50
Budget bal        0.00   SSN: 220 32 8572          Last per pay
Bud paymnt        0.00   Diag:959.7  INJ KNEE LEG ANK/FT
Last aging   10/25/05    Reg date 083105 PATIENT HAS NOTES
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Insurance      Subscriber       Subscriber Policy id              TB PR
MEDICARE PART B BARBER   FLORA  220328572A                        IY-02


~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Tick#  33035 U 2702 jac777   FLORA       BARBER      Total:     46.00
09/26/05   5-WASSERMAN DO WASSERMAN             MMH ER
-LINE DETAIL-
090205-090205 73610  -61-ANKLE 3+V   959.7  -INJ KNEE LE YYY   1.00    23.00
090205-090205 73610  -62-ANKLE 3+V   959.2  -INJ SHLDR/U YYY   1.00    23.00
-RECEIPTS-
  Date    Type      Claim #      Receipt # Batch User Data   Amount   Applied
10/18/05 2000002    330351        51283U  9283  rad777       14.50-   14.50-
         *PMT MEDICARE PART B                    100001474
10/18/05 9000101    330351        51284U  9283  rad777
         * Co-ins   3.62                         100001474
10/18/05 4000002    330351        51285U  9283  rad777       27.88-   27.88-
         *W/O MEDICARE PART B                    100001474
-CLAIM INFO-
       092805-    -MEDICARE PART B    -0000330351-Y-N-P cleared
-SUMMARY-
     MEDICARE P              Status   FILED      *Balance*     3.62
Paid   14.50      .00     .00  Expected   46.00     Ins       .00
W/O    27.88      .00     .00  Personal    .00      Pat       3.62
Pat paid to print on form      .00  Other pd    .00
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
                      ** End of Detail **
```

```
LAKEWOOD RANCH MEDICAL CENTER        PHONE                          PG#    1
P.O. BOX 404406                      TID#                      DATE: 10/28/05
ATLANTA         GA  30384-4406       FC:  0      PT:  T        ACCT TYPE: O
-----------------------------------------------------------------------------
PATIENT NAME: BARBER ,FLORA JEAN        PATIENT NUMBER:   3000259816
ADMIT DATE:  09/02/05  DISCHARGE DATE:          BIRTH DATE:  12/11/1935
-----------------------------------------------------------------------------
GUAR: BARBER              FLORA       |ACCOUNT BALANCE:          91.41
INFO  1300 6TH ST APT 203             |---------------------------------
                                      |PATIENT BALANCE:          91.41
      SARASOTA              FL  34236 |
-----------------------------------------------------------------------------
DATE DESC/QTY        SVC CD INS1: A35     INS2:      INS3:       PATIENT
                     BAL: |        .00                             91.41
-----------------------------------------------------------------------------
090205    1 32    XR HUMER 53216552     218.00     0.00     0.00      0.00
090205    1 32    XR ANKLE 53219804     278.00     0.00     0.00      0.00
090205    1 45    LEVEL 4  43022458     485.00     0.00     0.00      0.00
090805    1  0    BALANCE  88800099       0.00     0.00     0.00     93.45
090805    1  1    BALANCE  88800099     -93.45     0.00     0.00      0.00
090805    1  1    MEDICARE 88901103    -659.38     0.00     0.00      0.00
092205    1  0    BALANCE  88800099       0.00     0.00     0.00    -93.45
092205    1  0    BALANCE  88800099       0.00     0.00     0.00     91.41
092205    1  1    BALANCE  88800099      93.45     0.00     0.00      0.00
092205    1  1    BALANCE  88800099     -91.41     0.00     0.00      0.00
092205   -1  1    MEDICARE 88901103    -666.39     0.00     0.00      0.00
092205    1  1    MEDICARE 88901103     659.38     0.00     0.00      0.00
092205   -1  1    MEDICARE 99911703    -223.20     0.00     0.00      0.00
```

```
LAKEWOOD RANCH MEDICAL CENTER      PHONE                    SUMMARY PAGE:#   1
P.O. BOX 404406                    TID#                      DATE: 10/28/05
ATLANTA          GA  30384-4406    FC:          PT:          ACCT TYPE: O
------------------------------------------------------------------------------
PATIENT NAME: BARBER ,FLORA JEAN        PATIENT NUMBER:   3000259816
ADMIT DATE:  09/02/05 DISCHARGE DATE:        BIRTH DATE:  12/11/1935
------------------------------------------------------------------------------
GUAR: BARBER              FLORA       | ACCOUNT BALANCE:        91.41
INFO  1300 6TH ST APT 203            |-------------------------------------
                                     | PATIENT BALANCE:        91.41
      SARASOTA              FL  34236 |
------------------------------------------------------------------------------
TOTAL CHARGES:      981.00   INS1: A35       .00  INS2:
                             INS3:                INS4:
-------------------------------TOTAL AMT:------INSURANCE:---------PATIENT:---
      1      PAYMENTS            -223.20        -223.20            0.00
      2      ADJUSTMENTS         -666.39        -757.80           91.41
      3      RADIOLOGY            496.00         496.00            0.00
      4      EMERGENCY ROOM       485.00         485.00            0.00
```