# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

101 PARK AVENUE

NEW YORK, NEW YORK 10178

(212) 808-7800

WASHINGTON, DC

TYSONS CORNER, VA

CHICAGO, IL

STAMFORD, CT

PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

DIRECT LINE: (212) 808-7573
EMAIL: rlehane@kelleydrye.com

December 21, 2006

FILED
JACKSONVILLE, FLORIDA
DEC 22 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

United States Courthouse
Attn: US Bankruptcy Clerk
300 North Hogan Street
Jacksonville, Florida 32202

Re: Winn-Dixie Stores, Inc., *et al.*,
Change of Address For Distribution

<u>Claimant: BG Turfway, LLC</u>
Allowed Claim No. 10028 for $2,724.14

Dear Clerk:

We represent BG Turfway, LLC in the Winn-Dixie bankruptcy cases.

Please forward any and all distributions on account of the above mentioned claims to the following address:

BG Turfway, LLC
c/o Contrarian Funds, LLC
Attn.: Alpa Jimenez
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830
(203) 862-8236

Kelley Drye & Warren LLP
By: /s/ Robert L. LeHane
Robert L. LeHane

Attorney for BG Turfway, LLC

cc: Laura Reddock, Esq.
Contrarian Funds, LLC

Eric Cotton, Esq.
BG Turfway, LLC

NY01/LEHAR/1155296.1

# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

101 PARK AVENUE

NEW YORK, NEW YORK 10178

(212) 808-7800

WASHINGTON, DC
TYSONS CORNER, VA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

DIRECT LINE: (212) 808-7573
EMAIL: rlehane@kelleydrye.com

December 21, 2006

F I L E D
JACKSONVILLE, FLORIDA
DEC 2 2 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

United States Courthouse
Attn: US Bankruptcy Clerk
300 North Hogan Street
Jacksonville, Florida 32202

Re:  Winn-Dixie Stores, Inc., *et al.*,
     Change of Address For Distribution

     <u>Claimant: DPG Five Forks Village, LLC</u>
     Allowed Claim No. 12171 for $389,534.57

Dear Clerk:

We represent DPG Five Forks Village, LLC in the Winn-Dixie bankruptcy cases.

Please forward any and all distributions on account of the above referenced claims to the following address:

DPG Five Forks Village, LLC
c/o Contrarian Funds, LLC
Attn.: Alpa Jimenez
411 West Putnam Avenue, Suite 225
Greenwich, CT  06830
(203) 862-8236

Kelley Drye & Warren LLP

By: _____
    Robert L. LeHane

Attorneys for DPG Five Forks Village, LLC

cc:  Laura Reddock, Esq.
     Contrarian Funds, LLC

     Eric Cotton, Esq.
     DPG Five Forks Village, LLC

NY01/LEHAR/1155341.1

# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

101 PARK AVENUE

NEW YORK, NEW YORK 10178

(212) 808-7800

WASHINGTON, DC
TYSONS CORNER, VA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

DIRECT LINE: (212) 808-7573
EMAIL: rlehane@kelleydrye.com

December 21, 2006

FILED
JACKSONVILLE, FLORIDA
DEC 2 2 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

United States Courthouse
Attn: US Bankruptcy Clerk
300 North Hogan Street
Jacksonville, Florida 32202

      Re:  Winn-Dixie Stores, Inc., *et al.*,
            Change of Address For Distribution

           <u>Claimant: DDR DownREIT, LLC</u>
           Allowed Claim No. 10070 for $828,571.70

Dear Clerk:

We represent DDR DownREIT, LLC in the Winn-Dixie bankruptcy cases.

Please forward any and all distributions on account of the above referenced claims to the following address:

> DDR DownREIT, LLC
> c/o Contrarian Funds, LLC
> Attn.: Alpa Jimenez
> 411 West Putnam Avenue, Suite 225
> Greenwich, CT 06830
> (203) 862-8236

Kelley Drye & Warren LLP

By: _____
     Robert L. LeHane

Attorneys for DDR DownREIT, LLC

cc:  Laura Reddock, Esq.
      Contrarian Funds, LLC

     Eric Cotton, Esq.
     DDR DownREIT, LLC

NY01/LEHAR/1155358.1

**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

101 PARK AVENUE

NEW YORK, NEW YORK 10178

(212) 808-7800

WASHINGTON, DC
TYSONS CORNER, VA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

DIRECT LINE: (212) 808-7573
EMAIL: rlehane@kelleydrye.com

December 21, 2006

FILED
JACKSONVILLE, FLORIDA
DEC 2 2 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

United States Courthouse
Attn: US Bankruptcy Clerk
300 North Hogan Street
Jacksonville, Florida 32202

Re: Winn-Dixie Stores, Inc., *et al.*,
Change of Address For Distribution

<u>Claimant: DDR DownREIT, LLC</u>
Allowed Claim No. 10056 for $283,531.24

Dear Clerk:

We represent DDR DownREIT, LLC in the Winn-Dixie bankruptcy cases.

Please forward any and all distributions on account of the above referenced claims to the following address:

DDR DownREIT, LLC
c/o Contrarian Funds, LLC
Attn.: Alpa Jimenez
411 West Putnam Avenue, Suite 225
Greenwich, CT  06830
(203) 862-8236

Kelley Drye & Warren LLP

By: _____
Robert L. LeHane

Attorneys for DDR DownREIT, LLC

cc: Laura Reddock, Esq.
Contrarian Funds, LLC

Eric Cotton, Esq.
DDR DownREIT, LLC

NY01/LEHAR/1155335.1

# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

101 PARK AVENUE

NEW YORK, NEW YORK 10178

(212) 808-7800

WASHINGTON, DC
TYSONS CORNER, VA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

DIRECT LINE: (212) 808-7573
EMAIL: rlehane@kelleydrye.com

December 21, 2006

FILED
JACKSONVILLE, FLORIDA

DEC 2 2 2006

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

United States Courthouse
Attn: US Bankruptcy Clerk
300 North Hogan Street
Jacksonville, Florida 32202

Re:  Winn-Dixie Stores, Inc., *et al.*,
Change of Address For Distribution

<u>Claimant: JDN Realty Corporation</u>
Allowed Claim No. 10057 for $271,504.34

Dear Clerk:

We represent JDN Realty Corporation in the Winn-Dixie bankruptcy cases.

Please forward any and all distributions on account of the above referenced claims to the following address:

JDN Realty Corporation
c/o Contrarian Funds, LLC
Attn.: Alpa Jimenez
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830
(203) 862-8236

Kelley Drye & Warren LLP

By: _____
Robert L. LeHane

Attorneys for JDN Realty Corporation

cc:  Laura Reddock, Esq.
Contrarian Funds, LLC

Eric Cotton, Esq.
JDN Realty Corporation

NY01/LEHAR/1155346.1

**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

101 PARK AVENUE

NEW YORK, NEW YORK 10178

(212) 808-7800

WASHINGTON, DC
TYSONS CORNER, VA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

DIRECT LINE: (212) 808-7573
EMAIL: rlehane@kelleydrye.com

December 21, 2006

F I L E D
JACKSONVILLE, FLORIDA

DEC 2 2 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

United States Courthouse
Attn: US Bankruptcy Clerk
300 North Hogan Street
Jacksonville, Florida 32202

Re: Winn-Dixie Stores, Inc., *et al.*,
Change of Address For Distribution

<u>Claimant: JDN Realty Corporation</u>
Allowed Claim No. 12169 for $274,975.17

Dear Clerk:

We represent JDN Realty Corporation in the Winn-Dixie bankruptcy cases.

Please forward any and all distributions on account of the above referenced claims to the following address:

JDN Realty Corporation
c/o Contrarian Funds, LLC
Attn.: Alpa Jimenez
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830
(203) 862-8236

Kelley Drye & Warren LLP

By: *Robert L. LeHane*
Robert L. LeHane

Attorneys for JDN Realty Corporation

cc: Laura Reddock, Esq.
Contrarian Funds, LLC

Eric Cotton, Esq.
JDN Realty Corporation

NY01/LEHAR/1155361.1