*Cpy # 10538*

# UNITED STATES BANKRUPTCY COUR
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |

## AGREED ORDER APPROVING STIPULATION RESOLVING
## CURE OBJECTION FILED BY WD MILTON PORTFOLIO, L.P.

This cause came before the Court on the Limited Objection to the Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fixing Cure Amounts and (III) Granting Related Relief filed by WD Milton Portfolio, L.P. (Docket No. 10538) (the "Cure Objection") and the attached Stipulation resolving the Cure Objection. Based upon the consent of the parties set forth in the attached Stipulation it is

ORDERED AND ADJUDGED:

1. The Stipulation is approved.

2. The Cure Objection is overruled.

3. Proof of Claim number 9737 filed by WD Milton is allowed as an administrative claim in the amount of $25,994. Proof of Claim number 9736 is disallowed.

4. This Agreed Order resolves all liabilities and obligations related to any and all proofs of claim and administrative expense claims filed by WD Milton in these Chapter 11 cases.

5.      This Court retains jurisdiction to resolve any disputes arising from this Agreed

Order and the attached Stipulation.

Dated this ___22___ day of December, 2006, in Jacksonville, Florida.

_____

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                              )        Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,                             Chapter 11
         )
                                                             Jointly Administered
                    Reorganized Debtors.
         )

_____)

## STIPULATION REGARDING CURE OBJECTION
## FILED BY WD MILTON PORTFOLIO, L.P.

Winn-Dixie Stores, Inc. and twenty–three of its subsidiaries and affiliates (collectively, the "Debtors") and WD Milton Portfolio, L.P. ("WD Milton") stipulate as follows:

### RECITALS

A.       On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of the Bankruptcy Code.

B.       By Order dated November 9, 2006, the Bankruptcy Court confirmed the Debtors' Joint Plan of Reorganization (Docket No. 12440). The Plan's Effective Date occurred on November 21, 2006.

C.       The Debtors (as tenant) and WD Milton (as landlord) are parties to a non-residential real property lease (the "Lease") of Store Number 489 located in Milton, Florida at 5428 Dogwood Drive (the "Premises").

D.       On June 30, 2006, the Debtors filed their Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief (Docket No. 8941) (the "Motion") Seeking Authority to

Assume the Lease (among others). By the Motion, the Debtors asserted that WD Milton was owed $11,716.19 as a proposed cure under 11 U.S.C. §365(b)(1) (the "Disputed Cure Amount").

     E.     WD Milton timely filed its Limited Objection to Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief (Docket No. 16538) (the "Cure Objection"), asserting that WD Milton was owed $25,994 as a cure under Section 365, rather than the Disputed Cure Amount.

     F.     The Debtors assumed the Lease by Order (I) Authorizing Assumption of Non-Residential Real Property Leases, (II) Fixing Cure Amounts and (III) Granting Related Relief dated October 4, 2006 (Docket No. 11613), and subsequent Order Correcting Order dated October 4, 2006 (I) Authorizing Assumption of Non-Residential Real Property Leases, (II) Fixing Cure Amounts and Granting Related Relief (Docket No. 12183).

     G.     The Debtors assert that WD Milton, or its insurer, Affiliated FM Insurance company ("FM") owes the Debtors in excess of $310,000 (the "Disputed Reimbursement") for reimbursement of costs expended by the Debtor for the Premises from August 20, 2004 through the present to repair hurricane damages from the 2004 hurricane season, which include, but are not limited to the repairs reflected by the invoices and payment records attached as composite Exhibit A (collectively, the "Repairs"). The Debtors assert that by virtue of the Disputed Reimbursement, they are entitled to an offset claim which would eliminate the Disputed Cure Amount.

     H.     WD Milton and FM assert that they do not owe the Debtors the Disputed Reimbursement.

I.      The Debtors and WD Milton have resolved the Cure Objection and the Disputed Reimbursement.

J.      The Debtors and WD Milton agree that entry of this Stipulation is in the best interests of the Debtors' respective estates.

**AGREEMENT**

NOW THEREFORE, IT IS AGREED, subject to approval of the Bankruptcy Court, that:

1.      WD Milton's proof of claim number 9737 is allowed as an administrative cure claim in the amount of $25,994, which has been paid by the Debtors in full. Proof of claim number 9736 is disallowed.

2.      Subject to Bankruptcy Court approval, WD Milton will pay $286,000 to the Debtors within 10 business days of its receipt of the insurance proceeds from FM, satisfying FM's obligations relative to the Disputed Reimbursement (the "Settlement Sum").

3.      Upon the Debtors' receipt of the Settlement Sum, the Debtors, the Reorganized Debtors on behalf of themselves and their respective estates (collectively, the "Debtor Parties"), knowingly and voluntarily release, discharge and forever acquit WD Milton, and any of its successors, predecessors, directors, officers, employees, agents, representatives, attorneys, subsidiaries, affiliates, parents, and any current and former directors, officers, employees, agents, representatives or attorneys of its subsidiaries, affiliates or parents, from any and all claims, demands, rights, lawsuits, actions, damages, liabilities, losses, expenses and causes of action, of every kind and nature, known and unknown, at law and in equity, whether or not previously asserted and arising from the beginning of time through the date of the execution of this Agreement by the parties,

relating to or arising from the Repairs, the Disputed Cure Amount, the Disputed Reimbursement and the Cure Objection.

4.      Upon the Reorganized Debtors' receipt of the Settlement Sum, WD Milton, knowingly and voluntarily releases, discharges and forever acquits each of the Debtors, the Reorganized Debtors and their respective estates, from any and all claims, demands, rights, lawsuits, actions, damages, liabilities, losses, expenses and causes of action, of every kind and nature, known and unknown, at law and in equity, whether or not previously asserted and arising from the beginning of time through the date of the execution of this Agreement by the parties, relating to or arising from the Repairs, the Disputed Cure Amount, the Disputed Reimbursement and the Cure Objection.

5.      The Debtors, the Reorganized Debtors and their respective estates, represent to WD Milton that they hold no claim or cause of action against FM relating to or arising from the Repairs, the Disputed Cure Amount, the Disputed Reimbursement or the Cure Objection.

Dated as of December 20, 2006.

JENKENS & GILCHRIST, P.C.          SMITH HULSEY & BUSEY

By____*s/ Michael S. Held*_____          By____*s/ Cynthia C. Jackson*_____
        Michael S. Held                                    Cynthia C. Jackson, F.B.N. 498882

1445 Ross Avenue, Suite 3700          225 Water Street, Suite 1800
Dallas, Texas 75202                          Jacksonville, Florida 32202
(214) 855-4500                                (904) 359-7700
(214) 855-4300 (facsimile)                (904) 359-7708 (facsimile)
mheld@jenkens.com                        cjackson@smithhulsey.com

Counsel for WD Milton Portfolio, L.P.          Co-Counsel for Reorganized Debtors

00549623

*Counsel has authorized their electronic signature.

**Exhibit A**

## SCHEDULE A – STORE 489

| Date | Description | Vendor | Amount | Status |
|---|---|---|---|---|
| 08/20/04 | Repairs after storm | Williams & Rowe | $ 2,418.00 | Previously sent |
| 6/16/05 | Cleaning and Sanitizing Store for safety reasons | International Catastrophe Solutions | $196,248.72 | Previously sent |
| 3/8/05 | Replace canopy, ceiling tile, block wall and membrane cooler roofs | Southern Installations | $ 22,683.00 | Previously sent |
| 3/8/05 | Change order | Southern Installations | $ 8,560.00 | Previously sent |
| 5/12/05 | Project Monitoring During Mold Abatement | Golder Associates | $ 6,857.55 | Previously sent |
| 5/19/05 | Project Monitoring During Mold Abatement | Golder Associates | $ 9,669.83 | Previously sent |
| 5/31/05 | Project Monitoring During Mold Abatement | Golder Associates | $ 2,268.12 | Previously sent |
| 6/29/05 | Project Monitoring During Mold Abatement | Golder Associates | $ 1,041.63 | Previously sent |
| 7/25/05 | Project Monitoring During Mold Abatement | Golder Associates | $ 3,265.00 | Previously sent |
| 9/30/04 | Crane rental to Load Transformers | Pate Stevedore Co., Inc. | $ 4,760.00 | Previously sent |
| 10/01/04 | Repairs to wiring | Pike Road Electric Co. | $ 7,892.53 | Previously sent |
| 7/29/05 | Contractor Charges | Southern Installations | $44,482.63 | X |
| | | TOTAL: | $ 310,147.01 | |

**Williams & Rowe**
GENERAL CONTRACTORS
*Celebrating*

**45**
*Years*

# 1069

829372

x1-00

SM18881

October 8, 2004

Mr. Charlie Price
WINN-DIXIE STORES, INC.
1550 Jackson Ferry Road
Montgomery, Alabama 36102

RE: WD #489 Milton, FL          INVOICE #3223
JOB: 3223

LABOR AND MATERIAL TO REPAIR AFTER STORM.

   TOTAL INVOICE AMOUNT: $ 2,418.00

WILLIAMS AND ROWE COMPANY, INC.

*John R William*
John R. Williams, Jr.
Vice-President

REFRIGERATION
Approved For Payment
Mdse. Rec. & Prices OK'd By
Disc., Ext. Etc. OK'd By
Date           Charge
   661010-0489

212680-0489-001

**WINN·DIXIE**
Winn-Dixie *Western Region*
(Location or Entity)
**Disaster Relief Expense**
Named Event:
IVAN

**RECEIVED**
OCT 20 2004          532685
MTG                        26261
Voucher #

5215 Highway Avenue • Jacksonville, FL 32254 • (904) 387-2333 • Fax (904) 387-1050
4257 Holden Road • Lakeland, FL 33811 • (863) 648-8589 • Fax (863) 646-8759
www.williamsrowe.com

**Charlie Price**

From:      David [davidgale@williamsrowe.com]
Sent:      Thursday, August 10, 2006 1:53 PM
To:        Charlie Price
Subject: WD489

Charlie, we removed damaged loose soffit and cleared all storm debris from front of building.

Labor 4 men 8 hrs @45        $1260.00
Travel 4 men 4 hrs @ 45      $ 720.00
Out of town expence          $ 145.50
Truck expence                $ 292.50
            Total            $ 2,418.00

*Thank you,*
*David L. Gale Jr.*
*Sr. Project Manager*
*Office 904-987-2333*
*Cell  904-237-7509*

WVD  COPY

8/10/2006

# 13.3



**INTERNATIONAL CATASTROPHE SOLUTIONS**

*Your Solution to Total Disaster Recovery*

## Invoice

Bill To
WINN-DIXIE STORES, INC.
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254
ATTN: MR. PAT ROSS
FOR MILTON

| Date | Invoice # |
|------|-----------|
| 5/10/2005 | 47 |

| P.O. No. | Terms | Rep |
|----------|-------|-----|
| MILTON | Net 10 Days | |

| Description | Amount |
|-------------|--------|
| WINN-DIXIE #489 5422 DOGWOOD DRIVE, MILTON, FL 32570. PER GOLDER ASSOCIATES SCOPE OF WORK. FINAL. PROJECT START AND END DATES: 4/24-5/17/05. | |
| REMEDIATION EQUIPMENT | 47,717.00 |
| CONSUMABLE MATERIALS | 11,561.00 |
| LABOR EXPENSES | 60,370.00 |
| HVAC CLEAN & SANITIZE | 47,508.00 |
| MOBILIZATION & DEMOBILIZATION | 5,000.00 |
| OVERHEAD & PROFIT | 34,426.60 |
| REPEAT CUSTOMER 5% DISCOUNT | -10,328.88 |

**WINN·DIXIE**
489
Winn-Dixie # 2162680- 117985
(Location or Entity)

**Disaster Relief Expense**
Named Event: Ivan

ROUTE: RM

LEGAL APPROVED
ATTN:
DATE: 5/27/05

| Total | $196,246.72 |
|-------|-------------|
| Payments/Credits | $0.00 |
| Balance Due | $196,246.72 |

4000 Wendell Drive · Atlanta, GA 30336 · (800) 883-3985 · (866) 643-2253 FAX

196,246.72

Southern Installations & Services, Inc.
3158 Gateway Lane
Cantonment, FL 32533
Ph: 850-476-4887
Fax: 850-476-0275

V193606  # 137

13451
03-08-2005

BVC
CA

1

Winn Dixie Montgomery-Atlanta
P.O. Box 2029
Montgomery, AL 36103

WINN DIXIE #489
5425 WHITING FIELD
MILTON, FL 32570



WINN DIXIE
Winn-Dixie WNDX   489
(Location or Entity)

Disaster Relief Expense
Named Event:
Ivan

M2435
msm21207
03-23-2005
Net 30

Ivan

## HURRICANE IVAN REPAIRS

1) REPAIR THE HOLE IN THE BLOCK WALL FOR TEMP. POWER ENTRANCE.
2) SUPPLY AND INSTALL DURA-LAST ROOF ON THE FROZEN FOOD FREEZER AND DAIRY COOLER.
3) REPAIR DAMAGED COOLER WALLS AND REATTACH COOLER WALLS ON TO SLAB. REPAIR AS REQUIRED.
4) REPLACE/REPAIR THE CANOPY BLOWN OFF BY HURRICANE.
5) REPLACE/REPAIR APPROX. (40) CEILING TILES ACROSS SALES AREA THAT HAVE WATER DAMAGE.
6) REPLACE/REPAIR APPROX. (25) CEILING TILES MISSING IN SALES AREA. REPAIR AS REQUIRED.                                        22,683.00

MAR 28 2005
MTG
Voucher# 577021
2 7575

Approved For Payment
Mdse. Rec. & Prices OK'd By
Disc., Ext., Etc. OK'd By
Date               Charge

212680 0489

WINUS
POST pd

$22,683.00

$22,683.00

**SOUTHERN INSTALLATIONS**
**& SERVICES, INC.**
3158 GATEWAY LANE
CANTONMENT, FL  32533
PH:  850-476-4667
FAX:  850-476-0278

December 30, 2004

Winn Dixie
P.O. Box 2029
Montgomery, AL  36703

Attn:  Charlie Price

Re:  Winn Dixie #489
     Milton, FL  32570

Dear Charlie,

     Per your request we are submitting our Change Order for the Winn Dixie #489 located in Milton, FL.  These amounts will be in addition to the (P.O. MSM21207) in the amount of $22,683.00 for the Hurricane Ivan Repairs. The change order will be for the following additional Hurricane Ivan damage.

     (1) Supply and install Dura-Last Roof on the Frozen Food Freezer and Dairy
         Cooler.
     (2) Repair damaged Cooler Walls and reattach Cooler Walls on to slab.

     The total price for the Change Order will be Eight Thousand Five Hundred Sixty Dollars. ($8,560.00)

Original Amount    $22,683.00
Change Order Amount $  8,560.00

     New Total for all the repairs will be Thirty-One Thousand Two Hundred Forty-Three Dollars. ($31,243.00)

     I would like to thank you for the opportunity to quote on this store and do hope to hear from you soon.  The price quoted on the above work will be honored 30 days from the date of this quote.  If you have any questions please feel free to contact our office at 800-631-4667.

Sincerely,

Jerry Barron, President          WVD copy

Southern Installations & Services, Inc.
3158 Gateway Lane
Cantonment, FL 32533
Ph: 850-476-4667
Fax: 850-476-0278

13458

03-16-2005

1

Winn Dixie Montgomery-Atlanta
P.O. Box 2029
Montgomery, AL 36103

WINN DIXIE #489
5428 WHITING FIELD
MILTON, FL 32570

WNDX

M2438
msmai207
03-31-2005
Net 30

HURRICANE IVAN REPAIRS

REFERENCE INVOICE #13451 DATED 03/08/05. PLEASE SEE ATTACHED CHANGE         8,560.00
ORDER REQUEST FOR $8,560.00.

WJD copy

$8,560.00

$8,560.00

WDmTG-0058142

Southern Installations & Services, Inc.
3158 Gateway Lane
Cantonment, FL 32533
Ph: 850-478-4857
Fax: 850-478-0278

**WINUS POST**

13466

# 331

03-16-2005

"*IVAN*"                                                    1

Winn Dixie Montgomery-Atlanta
P.O. Box 2029
Montgomery, AL 36103

WINN DIXIE #489
6428 WHITING FIELD
MILTON, FL 32570

VB/# 193676

WNDX

M2436
msma i207
03-31-2005
Net 30

~~HURRICANE IVAN REPAIRS~~

REFERENCE INVOICE #13481 DATED 03/08/05. PLEASE SEE ATTACHED CHANGE ORDER REQUEST FOR $8,560.00.                                  8,560.00

**PAID**

WESTERN REGION - STORE MAINTENANCE
PRICES OK'D BY:
PRICES CHECKED BY:

| ACCT.# | STORE # | AMOUNT |
|--------|---------|--------|
| 631010 |         |        |
| 212656 |         |        |
| 212658 |         |        |
| 212669 |         |        |

212680 - 0489 -001  8560.00

CAP EX # HUR262805

**WINN·DIXIE**
Winn-Dixie: *Western Region*
(Location or Entity)
**Disaster Relief Expense**
Named Event:
*Hurricane IVAN*

$8,560.00

$8,560.00

# ≠ 389

WDMTG-0058912|

## GOLDER ASSOCIATES INC

REMIT PAYMENTS TO:
P.O. Box 102509
Atlanta GA 30368-2509


**Golder Associates**

∨ #073356

| | |
|---|---|
| Telephone: | 904-363-3430 |
| Fax: | 904-363-3445 |

WINN-DIXIE STORES, INC.
5050 EDGEWOOD CT
JACKSONVILLE FL 32254

**WINUS POST**

| | |
|---|---|
| Invoice #: | 129549 |
| Project: | 0532668 |
| Invoice Group : | ** |
| Invoice Date : | 5/12/2005 |

Attention: PAT ROSS, PE, CSP, CORPORATE SAFETY &
ENVIRONMENTAL MG

For Professional Services Rendered through: 3/1/2005     *Post Petition*     TERMS: 30

Project Description

PROJECT MONITORING DURING MOLD ABATEMENT - STORE 489

Summary of Current Charges

**PAID**

| Phase Code / Name | | | Current Amount |
|---|---|---|---|
| 0001 PROJECT MONITORING | | | 6,674.00 |
| | | Total : | 6,674.00 |
| 212680- 0489 -001 | | Communications Fee   5.00% | 183.55 |
| | | Total This Invoice : | 6,857.55 |

PLEASE CONTACT CHARLIE HAURY @ (904) 363-3430 FOR QUESTIONS REGARDING THIS INVOICE.

**WINN DIXIE**
Winn-Dixie # 212680- 117983
(Location or Entity)

**Disaster Relief Expense**
Named Event:
Ivan

**RECEIVED**
MAY 1 6 2005
By

Route: R.M.
OK TO PAY
P. Ross
5/13/05

HUR262805



WDMTG-005932817

# 300

**GOLDER ASSOCIATES INC**

REMIT PAYMENTS TO:
P.O. Box 102608
Atlanta GA 30368-2608

V # - 073356

WINN-DIXIE STORES, INC.
5050 EDGEWOOD CT
JACKSONVILLE FL 32254

Telephone:    904-363-3430
Fax:          904-363-3445

Invoice # :        130249
Project :          0532669
Invoice Group : **
Invoice Date : 5/19/2005

Attention: PAT ROSS, PE, CSP, CORPORATE SAFETY &
ENVIRONMENTAL MG

For Professional Services Rendered through: 5/20/2005

**WINUS POST**

*Project Description*

PROJECT MONITORING DURING MOLD ABATEMENT - STORE 489

Summary of Current Charges

Phase Code / Name

0001 PROJECT MONITORING

| | Current Amount |
|---|---|
| Total : | 9,463.28 |
| | 9,463.28 |
| Communications Fee   5.00% | 206.55 |
| Total This Invoice : | 9,669.83 |

PLEASE CONTACT CHARLIE HAURY @ (904) 363-3430 FOR QUESTIONS REGARDING THIS INVOICE.

RECEIVED
JUN 01 2005
By

212680-0489-001

**WINN DIXIE**
Wins-Dixie 489   212680-117983
(location or Entity)

Disaster Relief Expense
Named Event:
Avon

Route: RM

PAID

DO NOT DUE DATE

# 1104.2 WDMTG-0059459

**GOLDER ASSOCIATES INC**

REMIT PAYMENTS TO:
P.O. Box 102659
Atlanta GA 30368-2659

U4-7335~0



**Golder Associates**

TERMS 30

Telephone:    904-363-3430
Fax:    904-363-3445

WINN-DIXIE STORES, INC.
5050 EDGEWOOD CT
JACKSONVILLE FL 32254

**WINUS POST**

Invoice # :    120995
Project :    0532856
Invoice Group :
Invoice Date :    5/31/2006

Attention: PAT ROSS, PE, CSP, CORPORATE SAFETY &
ENVIRONMENTAL MG

For Professional Services Rendered through: 5/27/2005

**Project Description**

PROJECT MONITORING DURING WATER INTRUSION DAMAGE ABATEMENT - STORE 489

**Summary of Current Charges**

| Phase Code / Name | | Current Amount |
|---|---|---|
| 0001 PROJECT MONITORING | | 2,231.12 |
| | Total : | 2,231.12 |
| | Communications Fee  5.00% | 37.00 |
| | Total This Invoice : | 2,268.12 |

**RECEIVED**
JUN 06 2005

HUR262805

PLEASE CONTACT CHARLIE HAURY @ (904) 363-3430 FOR QUESTIONS REGARDING THIS INVOICE.

212680- 0489- 001



WINN●DIXIE
#489
Winn-Dixie: 212680- 119933
(Location or Entity)

**Disaster Relief Expense**
Named Event:
Ivan



PAID
RECEIVED
JUN 06 2005
By

Route : RM

OK TO PAY
P Ross

WPMTG-00603172

V#073356

# Golder Associates

**GOLDER ASSOCIATES INC**

REMIT PAYMENTS TO:
P.O. Box 102908
Atlanta GA 30368-2908

# 1897.2

| | | |
|---|---|---|
| Telephone: | 904-363-3430 |
| Fax: | 904-363-3445 |

WINN-DIXIE STORES, INC.
5050 EDGEWOOD CT
JACKSONVILLE FL 32254

| | |
|---|---|
| Invoice #: | 132639 |
| Project: | 0532688 |
| Invoice Group: | ** |
| Invoice Date | 8/29/2005 |

Attention: PAT ROSS, PE, CSP, CORPORATE SAFETY &
ENVIRONMENTAL, MG

Terms: 30

For Professional Services Rendered through: 8/24/2005

**Project Description**

PROJECT MONITORING DURING WATER INTRUSION DAMAGE ABATEMENT - STORE 469

**Summary of Current Charges**

| Phase Code / Name | | Current Amount |
|---|---|---|
| 0001 PROJECT MONITORING | **RECEIVED** JUL 07 2005 | 1,032.88 |
| | Total : | 1,032.88 |
| | Communications Fee    5.00% | 8.75 |
| | Total This Invoice : | 1,041.63 |

HUR262805

PLEASE CONTACT CHARLIE HAURY @ (904) 363-3430 FOR QUESTIONS REGARDING THIS INVOICE.

212680 - 0489 - 001

**WINN DIXIE**

469
Winn-Dixie:  212680 - 117983
(Location or Entity)

**Disaster Relief Expense**
Named Event:
Ivan

RECEIVED
JUL 07 2005
By

Route: RM

OK TO PAY
BRoss
7/6

PAID

MTG
WDBBUP-CO1012056

# 840.c



**GOLDER ASSOCIATES INC**

REMIT PAYMENTS TO:
P.O. Box 102509
Atlanta GA 30368-2509

U#C753356

| | |
|---|---|
| Telephone: | 904-363-3430 |
| Fax: | 904-363-3445 |

WINN-DIXIE STORES, INC.
5050 EDGEWOOD CT
JACKSONVILLE FL 32254

| | |
|---|---|
| Invoice # : | 134636 |
| Project : | 0432783 |
| Invoice Group : | ** |
| Invoice Date : | 7/26/2005 |

Attention: PAT ROSS, PE, CSP, CORPORATE SAFETY &
ENVIRONMENTAL MG

*Tepacs: 30*

For Professional Services Rendered through: 2/26/2005

**Project Description**

WATER INTRUSION DAMAGE ABATEMENT ASSESSMENT IN RETAIL STORES THROUGHOUT THE SOUTHEAST.

**Summary of Current Charges**

| Phase Code / Name | | Current Amount |
|---|---|---|
| 0041 STORE 489 | PAID | 3,265.00 |
| | Total : | 3,265.00 |

PLEASE CONTACT CHARLIE HAURY @ (904) 363-3430 FOR QUESTIONS REGARDING THIS INVOICE.

212L080#89

WINDIXIE
489     212680— 717983
Winn-Dixie   (Location or Entity)

**Disaster Relief Expense**
Named Event:
*Ivan*

Hur 2u2005

RECEIVED
JUL 2 8 2005
By

Route: RM
OK TO PAY
PRoss
7/27/05

**APPROVED - ON GOING**

✓ 830572  # 1407
X100
1



**P**ate Stevedore Co., Inc.

Post Office Box 12781    Pensacola, Florida 32591-2781    (850) 438-3646

08/30/04

04-091

WINN-DIXIE STORES, INC.
1550 JACKSON FERRY ROAD
MONTGOMERY AL 36104-1718

PO 18259

CRANE RENTAL TO LOAD TRANSFORMERS
STORES 448, 512, 489 - 9/29/04
CRANE/OPER/LABOR              8.00 HRS ST @   $320.00 EA        $2,560.00
CRANE/OPER/LABOR              5.50 HRS OT @   $400.00 EA        $2,200.00

TOTAL                          $4,760.00

**RECEIVED**

OCT 15 2004

MTG  532576
Voucher#

WINN●DIXIE

Winn-Dixie: _Western Region_
(Location or Entity)

**Disaster Relief Expense**
Named Event:
_IVAN_

WINN-DIXIE MONTGOMERY, INC.
REFRIGERATION

APPROVED FOR PAYMENT

| ACCOUNT | CHECK# | AMOUNT |
|---------|--------|--------|
| 661010  | 107104 |        |
| 691310  | 107109 |        |
| 691322  | 107113 |        |
| 212658  |        |        |
| 631010  |        |        |

212680 — 0498-001 1,586.66
212680 — 0512-001 1,586.66
212680 — 0484-001 1,586.66

**Pike Road Electric Company**
P.O. Box 640187
4155 Old Pike Road
Pike Road, AL 36064

Invoice: 24418

# 35(



Sold
to

Winn-Dixie
P.O. Box 2029
Montgomery, AL 36102

**Invoice Terms**
Net Due Upon Receipt

**Invoice Date**
10/01/2004

RECEIVED

OCT 15 2004

Page
1

*1 1/2% will be added for all invoices over 30 days*

Order: 24418

PO#: SM18328    MAX PAY

MTG
Vouchers#  532392
26224

Resolution:

We disconnected the existing wiring that was feeding the switch board. We then connected the temporary wiring from the temporary Generator to power the store. Once the power was restored we disconnected the temporary wiring, reconnected the permanent power and checked the store for proper operation. Work located at store 489

**Description**
Labor\Material\Expenses

**Extended
Price**
$7892.53



212680 - 0489 - 001

WINN-DIXIE MONTGOMERY, INC.
REFRIGERATION

APPROVED FOR PAYMENT

| GL ACCOUNT | COST CENTER | US AMOUNT |
|---|---|---|
| 651010 | 107109 | |
| 561216 | 107109 | |
| 691322 | 107113 | |
| 212658 | | |
| 631010 | | |

WINN·DIXIE

Winn-Dixie  Western Region
(Location or Entity)

Disaster Relief Expense
Named Event:
IVAN

Subtotal    7,892.53

Total     $7,892.53

*WDMTG-0UU17494*

**SOUTHERN INSTALLATIONS CORP.**
3155 GATEWAY LANE
CANTONEMENT, FL 32533

*CAPEX# HUR 262805*

TO: WINN-DIXIE STORES, INC.
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32203-0297

*√ #193076*

**PROJECT: WATER INTRUSION**
WD STORE #489
5428 Whiting Field
Milton, FL

*WINGS POST*

INVOICE NO. 489-WI-0002

DATE: JULY 29, 2005

*Final Bill Close out complete*

| General Contractor: *(Southern Installation)* | |
|---|---|
| Labor | 97.50 |
| Labor Burden | 40.95 |
| Travel | 85.40 |
| Drywall Contractor: *(Southeastern Professional Insulation)* | |
| Labor | 14,540.00 |
| Material & Misc. Expense | 2,680.75 |
| Travel | 828.00 |
| Painting Contractor: *(Extreme Painting & Decorating)* | |
| Labor | 4,200.00 |
| Material & Misc. Expense | 582.93 |
| Travel | 145.40 |
| Refrigeration Contractor: *(the Southeastern Company)* | |
| Labor | 13,320.00 |
| Material & Misc. Expense | 1,192.29 |

*RECEIVED AUG 19 2005 BY*

*PAID*

*RECEIVED AUG 17 2005*

| | |
|---|---|
| Sub-Total: | 37,793.22 |
| 7% Overhead | 2,645.53 |
| 10% Profit | 4,043.86 |
| Grand Total: | 44,482.63 |

AMOUNT DUE:  $44,482.63

*TERMS: 30*

*Hurricane Ivan*
*212680 - 0477-001*

*8/15/05*

\*\* TOTAL PAGE.18 \*\*