**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

Zachary A. Packer, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and reside in New York, New York.

2. On December 21, 2006, I caused to be served a true and correct copy of the *Application For Final Compensation For Services Rendered And For Reimbursement Of Expenses Incurred By The Indenture Trustee For The Winn-Dixie Notes For The Period From February 21, 2005 Through November 21, 2006* (the "Application") by hand delivery or by FedEx, as noted, to the parties at the addresses set forth on **Exhibit A**.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

3328249v2

3. On December 21, 2006, I caused to be served a true and correct copy of the *Notice of Hearing To Consider the Application* by first-class mail to the parties at the addresses set forth on **Exhibit B** and by e-mail to the addresses set forth on **Exhibit C**.

/s/ Zachary A. Packer
Zachary A. Packer

Sworn to before me this
21st day of December 2006

/s/ James V. Drew
  Notary Public

**JAMES V. DREW**
**Notary Public, State of New York**
**No. 02DR6079092**
**Qualified in Kings County**
**Commission Expires August 12, 2010**

## EXHIBIT A

**BY HAND DELIVERY**

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036
Attention:  D. Jan Baker, Esq.

*Counsel for the Debtor*

Milbank, Tweed, Handley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005-1413
Attention: Matthew S. Barr, Esq.

*Counsel to the Post-Effective Date Committee*

**BY FEDEX**

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL  32254
Attention: General Counsel

Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL  32202
Attention:  Cynthia C. Jackson, Esq.

*Counsel for the Debtor*

Office of the United States Trustee, Region 21
135 W. Central Blvd. Suite 620
Orlando, Florida 32801
Attention:  Elena L. Escamilla, Esq.

**EXHIBIT B**

Office of Attorney General Charlie Crist
State of Florida
The Capitol PL-01
Tallahassee, FL  32399-1050

Cameron Sanford Company, LLC
P.O. Box 31827
Raleigh, NC  27622

State of Florida, AHCA
2727 Mahan Dr. MS 3
Tallahassee, FL  32308
Attention: Grant Dearborn

State of Georgia, Dept of Community Health
2 Peachtree Street, 40th Floor
Atlanta, GA  30303-3159
Attention:  Neal B. Childers, Esq.

Kathleen L. Donovan
37D Danbury Court
Royal Palm Beach, FL  33411

CadleRock, L.L.C.
100 North Center Street
Newton Falls, OH  44444-1321
Attention:  Vic Buente

Munsch Hardt Kopf & Harr PC
Bank of America Center
700 Louisiana, 46th Floor
Houston, TX 77002
Attention:  Randall Rios

Internal Revenue Service
Special Procedures – Stop 5720
400 W. Bay Street, Suite 35045
Jacksonville, FL  32202

Contrarian Capital Management, LLC
411 West Putnam Ave., Suite 225
Greenwich, CT  06830
Attention:  Nathalie Klein

U.S. Health & Human Services Dept.
c/o Office of the General Counsel
61 Forsyth Street SW, Suite 5M60
Atlanta, GA  30303-8909
Attention:  Gary Kurz, Esq.

State of Kentucky Health & Family Services
    Cabinet
275 East Main Street, 5W-B
Frankfort, KY  40621
Attention:  Richard Warne, Esq.

Mark S. Kessler, P.A.
331 E. Union Street
Jacksonville, FL  32202
Attention:  Mark S. Kessler

Michael E. Lee
Attorney for the City of Huntsville
200 Westside Square, Suite 803
Huntsville, AL 35801-4816

World Fitness
214 St. James Avenue
Goose Creek, SC  29445
Attention:  Cliff Block

3328249v2

4

**EXHIBIT C**

ken.meeker@usdoj.gov; sherrill-beards@sec.gov; ElenaL.Escamilla@usdoj.gov; LarryAppel@winn-dixie.com; ddrebsky@nixonpeabody.com; jrosenthal@nixonpeabody.com; djbaker@skadden.com; sschirmang@kraft.com; sborders@kslaw.com; scott.johnson@fritolay.com; sbusey@smithhulsey.com; Atenzer@Shearman.com; dfiorillo@oshr.com; Jhelfat@oshr.com; jstern@oshr.com; scimalore@wilmingtontrust.com; Ddunne@milbank.com; Lmandel@milbank.com; DODonnell@milbank.com; mbarr@milbank.com; Arosen@srsllp.com; tslome@srsllp.com; rtoder@morganlewis.com; coheniw@pepperlaw.com; huffard@blackstone.com; Rkuebel@lockeliddell.com; dboldissar@lockeliddell.com; Pollack@ballardspahr.com; Jstantonn@contrariancapital.com; dsimon@xroadsllc.com; Dwdykhouse@pbwt.com; mhandler@pbwt.com; Cwatson@balch.com; eray@balch.com; Ncolton@cozen.com; dliebman@cozen.com; Lmay@angelfrankel.com; rsteinberg@angelfrankel.com; Jcarr@kelleydrye.com; rlehane@kelleydrye.com; Rsmolev@kayescholer.com; kmurphy@kayescholer.com; Jfrank@fgllp.com; Plhuffst@coxsmith.com; Rwward@airmail.net; mheld@jenkens.com; Nherman@morganlewis.com; Eerman@ermanteicher.com; Rbleggett@allmanspry.com; Mfranks@manierherod.com; mcollins@manierherod.com; tpennington@manierherod.com; kmiller@skfdelaware.com; Szuber@pitneyhardin.com; David.boyle@airgas.com; Henry.efroymson@icemiller.com; mark.bogdanowicz@icemiller.com; Isgreene@hhlaw.com; dckaufman@hhlaw.com; bgrieco@hhlaw.com; Eschwartz@mnat.com; rdehney@mnat.com; Frankvydra@discoverfinancial.com; fringel@pobox.com; flc@psstf.com; gginsburg@ngmpc.com; bkrfilings@agg.com; Hayden.kepner@agg.com; james.smith@agg.com; lexbankruptcy@wyattfirm.com; thomas.leanse@kmzr.com; dustin.branch@kmzr.com; amcmulle@bccb.com; srucker@millermartin.com; drubin@kswb.com; hobankecf@lockeliddell.com; robert.holladay@youngwilliams.com; millerr@gtlaw.com; reginald.greene@bellsouth.com; bloomm@gtlaw.com; andrew.flame@dbr.com; rrg@rglawgroup.com; bnathan@lowenstein.com; agayer@lowenstein.com; jdibattista@mofo.com; rkaniuklaw@aol.com; Nicholas_griffiths@ml.com; bbecker@hswmke.com; franklin.berg@4086.com; dmeek@burr.com; brubin@burr.com; msolomon@burr.com; ajrlaw@aol.com; Abothwell@pepehazard.com; eheld@hilawfirm.com; khisrael@hilawfirm.com; mbranzburg@klehr.com; CHDicker@Klehr.com; jkurtzma@klehr.com; jniemeier@mnmk.com; awoodard@mnmk.com; dthimmig@ralaw.com; mwarner@warnerstevens.com; dcohen@warnerstevens.com; echou@warnerstevens.com; tjcurtin@varnumlaw.com; wjmartin@pbnlaw.com; bsmoore@pbnlaw.com; asherman@sillscummis.com; celler@broadandcassel.com; ssutton@lathropgage.com; Lhenin@andersonkill.com; ecotton@ddrc.com; jennifer@wheelis-rozanski.com; prubin@herrick.com; smilo@wawlaw.com; dconroy@millinglaw.com; dcrapo@gibbonslaw.com; gponto@gibbonslaw.com; gerard@bmclaw.com; skrause@zeklaw.com; davidwheeler@mvalaw.com; dlandis@mateerharbert.com; bankruptcy@morrisoncohen.com; akornberg@paulweiss.com; RRThames@stutsman-thames.com; brmarkey@stutsman-thames.com; ncharney@bear.com; slevine@lowenstein.com; alipkin@willkie.com; rspigel@willkie.com; wwallach@mccarter.com; lmcbryan@maceywilensky.com; judith.elkin@haynesboone.com; jsailer@murrayfrank.com; apatton@murrayfrank.com; stacey.jernigan@haynesboone.com; mark.elmore@haynesboone.com; wdw@mccarthywhite.com; psm@kompc.com; tah@kompc.com; met@kompc.com;

jklein@foxrothschild.com; rurbanik@munsch.com; sellis@munsch.com; smiller@morrisjames.com; dbegnaud@athens1867.com; russj4478@aol.com; mark.friedman@dlapiper.com; daniel.carrigan@dlapiper.com; dianegreed@sbcglobal.net; janice.duban@dlapiper.com; tmeyers@kilpatrickstockton.com; mhamroff@moritthock.com; Iberkoff@moritthock.com; streuss@hughesluce.com; dale@sb-lawfirm.com; cneville@sonnenschein.com; kbifferato@cblh.com; cthompson@cblh.com; aspizz@tnsj-law.com; bankruptcy@hswgb.com; bittourna@inlandgroup.com; cslocum@klehr.com; abenissatto@shapiro-croland.com; elazarou@reedsmith.com; carignanj@pepperlaw.com; kgwynne@reedsmith.com; caseyl@pepperlaw.com; pkcampsen@kaufcan.com; sablea@pepperlaw.com; staib@blankrome.com; david.lemke@wallerlaw.com; mmcnamee_br@nealharwell.com; legal@mimms.org; dgreco@bradleyarant.com; jboyles@jhvgmlaw.com; rcox@mcguirewoods.com; bkdept@fagelhaber.com; jmalley@angelogordon.com; pat@rjlaw.com; priscilla@rjlaw.com; bill.ray@hamitonbeach.com; rmills@hhdulaw.com; kbates@hhdulaw.com; crasile@hunton.com; bbest@dykema.com; rkjones@mwpplaw.com; rkjones@mppkj.com; glenn.reisman@coporate.ge.com; vincent@marreroland.com; dfinkelstein@afelaw.com; mkindt@ctks.com; eric.newberg@diazfoods.com; krichner@ssd.com; Philip@buckeyecapitalpartners.com; rachel_budke@fpl.com; Patrick.bartels@QuadrangleGroup.com; Andrew.Herenstein@QuadrangleGroup.com; jes@lcojlaw.com; zachary.bancroft@lowndes-law.com; rbwiipa@aol.com; lfoyle@kasslaw.com; lynda.becker@mail.tc.citrus.fl.us; jk@kttlaw.com; lmi@kttlaw.com; bsaintsing@smithdebnamlaw.com; jkoneck@fredlaw.com; larry.ricke@leonard.com; kjohnson@watkinsludlam.com; wwessler@cableone.net; mkaplan@kaplanfreedman.com; william.hoog@amsouth.com; Vickie@fosterandlindeman.com; susanp@taxcollector.com; duggerkw@aol.com; jbodoff@bodoffslavitt.com; rfingold@ldlaw.com; gvk@gvk-law.com; cindy@gvk-law.com; mbakst@ebcblaw.com; bmacintyre@perkinscoie.com; jstevenson@perkinscoie.com; mwestbrook@kennedycovington.com; lhogewood@kennedycovington.com; adelman@pacaenforcer.com; lbtancredi@venable.com; gacross@venable.com; hdfoley@venable.com; rmmnybankruptcy@pitneyhardin.com; dwander@wanderlaw.com; dstichter@srbp.com; epeterson@srbp.com; eketchum@srbp.com; lmeuers@meuerslawfirm.com; fredcburesh@aol.com; wharmeyer@harmeyerlaw.com; jmartin@simplawatlanta.com; jmarkowitz@mdrtlaw.com; rrubio@mdrtlaw.com; dgonzales@wsh-law.com; wschwartz@lplegal.com; dblack@fwblaw.net; mbowlus@fjbd.com; kschnauss@fjbd.com; handresen@kennedycovington.com; gcatalanello@brownraysman.com; hhawn@broward.org; afranson@atritt.com; jdf@sessions-law.com; mikem@jpfirm.com; dgreer@williamsmullen.com; ecf@jennisbowen.com; djennis@jennisbowen.com; pbliley@williamsmullen.com; dflanigan@pswslaw.com; scupps@keglerbrown.com; anthony.smits@bingham.com; jbird@pswslaw.com; kbell@cphlaw.com; mminuti@saul.com; anasuti@tokn.com; bpatten@sgwfirm.com; gbt@btcmlaw.com; rdavis@davis-fields.com; rlevin@hdmllp.com; apriester@smithlaw.com; dnohrr@gray-robinson.com; nobled@phelps.com; ecahill@shergarner.com; nkling@shergarner.com; plslinn@stoel.com; rlauter@seyfarth.com; slorber@seyfarth.com; rtucker@simon.com; tmg@stjohnlaw.com; pse@stjohnlaw.com; rfeinstein@pszyjw.com; sl@lhmlawfirm.com; dab@lhmlawfirm.com; bshaw100@shawgussis.com; aguon@shawgussis.com; stzouvelekas@lwtm.com; jbotti@porterwright.com; bshort@hsblawfirm.com; bsaintsing@smithdebnamlaw.com; gerdekomarek@bellsouth.net; prathwell@swlaw.com; austin_nooney@mccormick.com;

roy@mcclainleppert.com; leppert@mcclainleppert.com; dmcfarlin@whmh.com; kherron@whmh.com; tdavidmitchell@msn.com; tdenitzio@greenbaumlaw.com; runderhill@greenbaumlaw.com; aspector@bergersingerman.com; grobson@bergersingerman.com; swaterman@rgn.com; radams@sctlaw.com; alsmithesq@aol.com; cohen@wmllp.com; ghaber@wmllp.com; jglover@wlj.com; mschulmanpa@aol.com; wfm@spain-gillon.com; slewis@stoltzusa.com; rshuker@groneklatham.com; crieders@gjb-law.com; bcox@rtlaw.com; bhyde@rtlaw.com; gar@garlaw.us; tsadutto@platzerlaw.com; cmiller@mgm.com; lberbert@bregmanlaw.com; Dennis@bcylaw.com; shweitze@dreyers.com; nicklaw@eatel.net; twynne@wbbwlaw.com; bbritt@wbbwlaw.com; lrfernandez@trenam.com; rjmcintyre@trenam.com; cookdavidj@aol.com; sbeavens@iurillolaw.com; npulignano@marksgray.com; rmowrey@mowreylaw.com; amcbrayer@ebglaw.com; jrogerson@vbwr.com; ferrell@taftlaw.com; skuhn@akingump.com; gardner@pacatrust.com; rainach@msn.com; mikeelee@bellsouth.net; johnlewis@na.ko.com; josjohnson@na.ko.com; george.cauthen@nelsonmullins.com; Jregan@rzwlaw.com; cwalker@rzwlaw.com; alan.weiss@hklaw.com; singerman@bergersingerman.com; smaples@jmmtlawfirm.com; gmkouri@aol.com; kandklaw_jwh@msn.com; abrumby@shutts-law.com; bankruptcy@evict.net; charrison@millermartin.com; mjankows@reinhartlaw.com; jblakely@reinhartlaw.com; jthompson@poynerspruill.com; anjela@kondoslaw.net; rrios@munsch.com; hweinberg@jrhwlaw.com; jtabas@tfslaw.com; jkuhns@saul.com; whd@johnstonconwell.com; amd@johnstonconwell.com; embarker@bellsouth.net; bo.fears@law.state.ga.us; achan@hangley.com; bgramley@taxcollect.com; packerman@us.loreal.com; matt.beal@lowndes-law.com; pcanova@eatel.net; jventola@choate.com; wmcmahon@choate.com; tlallier@foleymansfield.com; mblazina@foleymansfield.com; lmorgan@morganlawyers.com; wendy.brewer@btlaw.com; tosipov@pascocountyfl.net; buford@harperkynes.com; john.macdonald@akerman.com; markindlaw@att.net; rkobert@broadandcassel.com; orlandobankruptcy@broadandcassel.com; cohenthurston@cs.com; rdavis@whww.com; lsherman@hwhlaw.com; irbylawfirm@bellsouth.net; kcbaker@eastsmith.com; mbrakefield@hsmbb.com; cmcilwain@hsmb.com; ksodergren@hsmbb.com; borgeslawfirm@aol.com; jmaddock@mcguirewoods.com; prussin@melandrussin.com; cgibbs@mcguirewoods.com; schandler@mckennalong.com; dstern@mckennalong.com; rhood@khmllp.com; Fdosunmu@lordbissell.com; asmith@lordbissell.com; tneufeld@nrblaw.com; cpetersen@gunster.com; twolford@ngelaw.com; dpinkston@pinkstonandpinkston.com; gschlegel@pinkstonandpinkston.com; ludin@piperludin.com; sschultz@akingump.com; jshafferman@solpearl.com; kmather@hinshawlaw.com; mrosen@rosenlawgroup.com; mkelley@kkgpc.com; Z@trenam.com; rwilcox@wilcoxlawfirm.com; gschlax@harrellandharrell.com; mmoran@harrellandharrell.com; pdennis@tuggleduggins.com; jmf@wardandsmith.com; dpc@h3gm.com; gdavis@foley.com; srichard@co.pinellas.fl.us; csummerall@bmsmlaw.com; blaney@mcelweefirm.com; sfox@esclaw.com; Lbrandonisio@VertisInc.com; melodydgenson@verizon.net; cmotsinger@kdlegal.com; cayer@terrellhogan.com; ttalarch@hodgsonruss.com; bbaer@balch.com; whittemd@phelps.com; eds@sell-melton.com; jay@veronalawgroup.com; fitzgeraldb@hillsboroughcounty.org; Prosenblatt@KilpatrickStockton.com; douglas.szabo@henlaw.com; jcruciani@blackwellsanders.com; litigate@hidayricke.com; jfass@cftlaw.com; jweinstein@ssd.com; pgreenlee@hwhlaw.com; mkogan@ecjlaw.com;

mkogan@ecjlaw.com;bankrupt@modl.com; ian.kukoff@blaxgray.com; mschmahl@mcguirewoods.com; court@planlaw.com; notices@becket-lee.com; afrisch@hilawfirm.com; luckey.mcdowell@bakerbotts.com; jburnett@gray-robinson.com; kbarnhart@mskpc.com; bankruptcy@fandmlaw.com; jmoore@pogolaw.com; craig@kelleylawoffice.com; wjmaffucci@schnader.com; rjmarlowe@arnstein.com; mnreed@duanemorris.com; wmsimkulak@duanemorris.com; karolkdenniston@paulhastings.com; ssharp.ecf@srbp.com; nrn@quarles.com; philipbates@bellsouth.net; lucysmith@bellsouth.net; jes@lcojlaw.com; mkshaver@varnumlaw.com; rcaluda@rcaluda.com; pds@aswmpa.com; bsantiago@aswmpa.com; eschwartz@contrariancapital.com; TRL@Tewlaw.com; john.brannon@tklaw.com; ablackburn@cmlbro.com; jk@stevenslee.com; nina@lafleurlaw.com; leighton@leesfield.com; jameswareham@paulhastings.com; Predmond@swmwas.com; amcnamee@swmwas.com; specie@Scruggs-carmichael.com; vincent.roldan@dlapiper.com; thomas.califano@dlapiper.com; sreisman@cm-p.com; athau@cm-p.com; tfoudy@cm-p.com