IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

|  |  |
|---|---|
| WINN-DIXIE STORES, INC., ASTOR PRODUCTS, INC., CRACKIN' GOOD, INC., DEEP SOUTH DISTRIBUTORS, INC., DEEP SOUTH PRODUCTS, INC., DIXIE DARLING BAKERS, INC., DIXIE-HOME STORES, INC., DIXIE PACKERS, INC., DIXIE SPIRITS, INC., DIXIE STORES, INC., ECONOMY WHOLESALE DISTRIBUTORS, INC., FOODWAY STORES, INC., KWIK CHEK SUPERMARKETS, INC., SUNBELT PRODUCTS, INC., SUNDOWN SALES, INC., SUPERIOR FOOD COMPANY, TABLE SUPPLY FOOD STORES CO, INC., WD BRAND PRESTIGE STEAKS, INC., WINN-DIXIE HANDYMAN, INC., WINN-DIXIE LOGISTICS, INC., WINN-DIXIE MONTGOMERY, INC., WINN-DIXIE PROCUREMENT, INC., WINN-DIXIE RALEIGH, INC. d/b/a SAVE RITE GROCERY WAREHOUSE, INC. a/k/a WINN-DIXIE CHARLOTTE, INC., AND WINN-DIXIE SUPERMARKETS, INC. | **CASE NOS. 05-03817-3F1** **through** **CASE NOS. 05-03840-3F1** *Jointly Administered Under Case No. 05-03817-3F1* **CHAPTER 11** |

         Debtors.

_____/

## NOTICE OF APPEAL

Liquidity Solutions, Inc. of One University Plaza, Suite 312, Hackensack, New

Jersey 07601 ("Liquidity Solutions"), as holder of the following claims:

| Original Creditor | Debtor Tenant | Debtor Guarantor | Claim #s | Amount |
|---|---|---|---|---|
| Albion Pacific Property Resources, LLC | Montgomery | Stores | 12312, 12313 | $1,444,403.47 |

| Original Creditor | Debtor Tenant | Debtor Guarantor | Claim #s | Amount |
|---|---|---|---|---|
| Indian Trail Square LLC | Raleigh | Stores | 12834, 12835 | $482,638.80 |
| LN Piedmont Village | Montgomery | Stores | 9708, 9709 | $348,877.08 |
| McDonough Marketplace Partners | Montgomery/ Raleigh | Stores | 10825, 10826 | $53,457.46 |
| McDonough Marketplace Partners | Montgomery/ Raleigh | Stores | 12148, 12149 | $521,253.55 |
| Scottland Mall, Inc. | Raleigh | Stores | 1933, 11103 | $452,731.93 |
| Shoals Marketplace LLC | Montgomery | Stores | 8155, 8487 | $1,042,137.41 |

and E&A Financing II, L.P. d/b/a Rockbridge Place (Store No. 2723, Claim No. 12219);

E&A Southeast, L.P. d/b/a Ellis Isle (Store No. 2620, Claim No. 12224), d/b/a Reservoir

Square Shopping Center Pump N Save (Store No. 1381, Claim No. 13254), d/b/a Edens

& Avant Properties LP/Magee Shopping Center (Store No. 1360, Claim No. 12220), and

d/b/a Reservoir Square Brandon MS (Store No. 1347, Claim No. 493); Shields Plaza, Inc.

d/b/a E&A Southeast LP (Store No. 1912, Claim No. 12214); Woodberry Plaza (E&A),

LLC (Store No. 1233, Claim No. 12222); Villa Rica Retail Properties, LLC (Store No.

2716, Claim No. 11844); Halpern Enterprises, Inc. d/b/a West Ridge, LLC (Store No.

2703, Claim No. 12077); and Bank of America, as Trustee of Betty Holland (Store No.

2732, Claim No. 11839) (together with Liquidity Solutions, the "Appellants"), appeal

under 28 U.S.C. §158(a) or (b) from the judgment, order or decree of the Bankruptcy

Judge, entitled Third Order Disallowing Duplicate Different Debtor Claims, as set Forth

in the Debtors' Twentieth Omnibus Claims Objection [Docket No. 13177] (the "Claim

Objection Order") entered in the Chapter 11 cases of the Debtors, being jointly

administered under Case No. 05-03817-3F1, on the 14th day of December, 2006.

The names of all parties to the judgment, order, or decree appealed from and the

names, addresses and telephone numbers of their respective attorneys are as follows:

> Winn-Dixie Stores, Inc., Astor Products, Inc., Crackin' Good, Inc., Deep South
> Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-
> Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc.,
> Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek
> Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food
> Company, Table  Supply Food Stores Co, Inc., Wd Brand Prestige Steaks, Inc.,
> Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie
> Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc. d/b/a
> Save Rite Grocery Warehouse, Inc. a/k/a Winn-Dixie Charlotte, Inc., and Winn-
> Dixie Supermarkets, Inc. (collectively, the "Debtors").
> The Debtors are represented by:
>
> Adam Ravin
> D.J. Baker
> Sally M. Henry
> SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
> Four Times Square
> New York, New York 10036
> (212) 735-3000
> (212) 735-2000 FAX
> aravin@skadden.com
> djbaker@skadden.com
> shenry@skadden.com
>
> and
>
> Stephen D. Busey
> Cynthia C. Jackson
> SMITH HULSEY & BUSEY
> 225 Water Street, Suite 1800
> Jacksonville, Florida 32202
> (904) 359-7700

(904) 359-7708 FAX
busey@smithhulsey.com
cjackson@smithhulsey.com


Appellants are represented by

Harley E. Riedel
Elena P. Ketchum
STICHTER, RIEDEL, BLAIN
  & PROSSER, P.A.
110 Madison Street - Suite 200
Tampa, Florida 33602
(813) 229-0144
(813) 229-1811 FAX
hriedel@srbp.com
eketchum@srbp.com

and

Mark A. Kelley
Heather D. Dawson
KITCHENS, KELLEY, GAYNES, P.C.
11 Piedmont Center, Suite 900
Atlanta, Georgia 30305
(404) 467-7718
(843) 364-0126
mkelley@kkgpc.com

DATED:  December 22, 2006

/s/ Harley E. Riedel
Harley E. Riedel
Florida Bar No. 183628
hriedel@srbp.com
Elena P. Ketchum
Florida Bar No. 0129267
eketchum@srbp.com
STICHTER, RIEDEL, BLAIN
  & PROSSER, P.A.
110 Madison Street - Suite 200
Tampa, Florida 33602
(813) 229-0144
(813) 229-1811 FAX

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing NOTICE OF

APPEAL has been furnished by the Court's CM/ECF system and U.S. MAIL on the **22**<sup>th</sup>

day of **December, 2006** to:

Adam Ravin
D.J. Baker
Sally M. Henry
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Four Times Square
New York, New York 10036

Stephen D. Busey
Cynthia C. Jackson
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida 32202

In addition, all who are listed in CM/ECF for these Chapter 11 cases will be
notified of the filing of this Notice of Appeal through the Court's CM/ECF system.

/s/ Harley E. Riedel
Harley E. Riedel
Florida Bar No. 183628
hriedel@srbp.com
Elena P. Ketchum
Florida Bar No. 0129267
eketchum@srbp.com