# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

### PART I    PURCHASE ORDER FOR TRANSCRIPT

Bankruptcy Case Number: Jointly Administered 05-03817-3F1    Adversary Case No.: N/A

Court Reporter: Statewide Reporting Service

Date of Notice of Appeal filed: December 22, 2006

Name of Opposing Party: Liquidity Solutions, Inc.; E&A Financing, Inc.; E&A Southeast, LP; Shields Plaza, Inc.; Woodberry Plaza (E&A), LLC; Villa Rica Retail Properties, LLC; Halpern Enterprises, Inc. and Bank of America, Trustee of Betty Holland

Name of Counsel: Harley E. Riedel of Stichter, Riedel, Blain & Prosser, P.A.

(Firm, or individual if no firm)

Address: 110 E. Madison Street, Suite 200

Tampa, Florida 33602

Check one of the following:

- [ ] Transcript unnecessary for appeal purpose.

- [ ] Transcript is already on file in Clerk's Office.

- [✓] Request is hereby made to court reporter named above for a transcript of the following procedure(s). (*List date and type of hearing*)

  Hearing on Twentieth Omnibus Objection to (a) Duplicate Different Debtor Claims and

  (b) Duplicate Liability Claims held on 12/14/06 at 1:00 p.m.

I personally guarantee payment of the cost of the transcript. Please notify me of any deposit required or bill me in accordance with your usual requirements.

Telephone: (813) 229-0144        Name: _[signature]_

Date: 12/22/06        Attorney for: Appellants (designated as opposing parties above)

### PART II    REPORTER'S ACKNOWLEDGEMENT

The following transcript order was received on: _____

Satisfactory arrangements [ ] have  [ ] have not been made for payment of the transcript cost.

No. of trial/hearing days _____ Estimated no. of pages _____ Estimated completion date _____

If enlargement of time for filing is requested and transcript cannot be completed within 30 days from receipt of transcript order, please state time required and reasons on separate page.

Date: _____    Signature: _____

COPIES TO:    ORIGINAL TO REQUESTOR    -    COURT REPORTER    -    COURT