

**AMEEN & DRUCKER, P.A.**
LAW OFFICES

JOHN D. AMEEN
GARY J. DRUCKER
JASON SCOTT DRAGUTSKY
CHAD M. MUNEY

TELEPHONE 954.340.7277
FACSIMILE 954.340.8733
TOLL-FREE 800.953.2858

3111 UNIVERSITY DRIVE
SUITE 901
CORAL SPRINGS, FLORIDA 33065

December 21, 2006

**FILED ELECTRONICALLY**
**VIA CM/ECF LIVE DATABASE**

Clerk of the Court
United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, FL 32202

RE:   LORETTA WALKER vs. WINN-DIXIE STORES, INC.

| | | |
|---|---|---|
| Date of Loss | : | 8/8/05 |
| Defendant | : | Winn-Dixie Stores, Inc. |
| Bankruptcy Case No. | : | 05-03817-3F1 |
| Circuit Court Case # | : | 502006CA006723XXXXMB |
| Winn-Dixie Claim # | : | A511210196-0001-01 |
| Our Client | : | Loretta Walker |
| Our File No. | : | 05-08-3010 |

Dear Ms. Bennett:

We represent Loretta Walker in the above-captioned claim against Winn-Dixie Stores, Inc. Please accept this correspondence as our application for payment of the claim.

On August 8, 2005, Ms. Walker was shopping in the Winn-Dixie Store located at 5335 North Military Trail, West Palm Beach, Florida. She was walking a shopping aisle and was unaware of upcoming orange liquid on the floor. As she proceeded to walk down the aisle, Ms. Walker suddenly slipped in the liquid and fell to the floor.

Liability is not an issue as Winn-Dixie has a duty to provide a safe shopping environment for its customers. Store employees knew or should have known that there was liquid on the floor and taken steps to prevent Ms. Walker from stepping in it.

Ms. Walker was seriously and permanently injured in this incident. As proof of her claim, we have attached all pertinent medical records and billing, in

addition to the complaint filed in Palm Beach County Circuit Court on July 7, 2006.

Ms. Walker suffered disc bulges at L4-5 and L5-S1, sprain of the shoulder and upper arm, lumbar sprain, lumbar contusion, right knee sprain with contusion and right shoulder impingement as a result of this incident. She was assigned a 10% permanent impairment rating in accordance with AMA guidelines.

As a direct result of the accident, Ms. Walker incurred the following medical bills:

| | | |
|---|---|---|
| 1) | Emergency Room Doctor | $    218.00 |
| 2) | St. Mary's Medical Center | $    694.60 |
| 3) | Palm Beach Radiology and Imaging Assoc | $      34.92 |
| 4) | Fountain Imaging of WPB | $ 1,750.00 |
| 5) | RS Medical | $ 2,285.00 |
| 6) | Dr. Robert Simon, M.D. | $ 3,056.00 |
| 7) | Physical Therapy Institute of South Florida | $ 2,012.00 |

**TOTAL MEDICAL BILLS:**          **$10,050.52**

As clearly indicated in the medical records, Ms. Walker was seriously and permanently injured in this incident. She now experiences constant pain and suffering as a result of Winn-Dixie's negligence.

We previously demanded $100,000.00 from Winn-Dixie to settle this claim. Subsequently, an agreement was reached to settle the case for $25,000.00. We therefore request the agreed upon $25,000.00 to settle this claim.

If you have any questions or comments, please feel free to contact us.

Very truly yours,

Gary J. Drucker

GJD: tj
Attachments

IN THE CIRCUIT COURT IN
AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO.:

LORETTA WALKER,

    Plaintiffs,

Vs.

WINN-DIXIE STORES, INC.,

    Defendant.

_____/

**30 2006** LH **006723** XXXX **00**

COPY
RECEIVED FOR FILING 

JUL 07 2006

SHARON R. BOCK
CLERK & COMPTROLLER
CIRCUIT CIVIL DIVISION

COMPLAINT

Plaintiff, LORETTA WALKER ("Loretta"), by and through her undersigned attorney sues Defendant, WINN-DIXIE STORES, INC., and alleges as follows:

1. This is an action for damages in excess of fifteen thousand ($15,000) dollars, exclusive of interest, costs and attorneys' fees.

2. At all times material, Loretta is and individual residing in Riviera Beach, Palm Beach County, Florida.

3. At all times material, Defendant was and is a corporation engaging in business operations in Palm Beach County, Florida.

4. At all times material hereto WINN-DIXIE STORES, INC. defendant was the owner and in possession of a building at 5335 N Military Trail, West Palm Beach, Florida, that was used as a supermarket.

5. On or about August 8, 2005, Plaintiff was grocery shopping at WINN-DIXIE STORES, INC. in Palm Beach County, Florida.

6. At that time Plaintiff was walking down the dry pasta isle and unaware of upcoming orange liquid on the floor-causing Plaintiff to slip and fall to the floor when an employee came to her aid.

7. Plaintiff was caused to fall on her left knee and then hit her right shoulder as she slipped on a dangerous condition that was on the floor.

8. Defendant negligently maintained the floor by failing to make sure the isle was free from a dangerous condition.

9. The dangerous condition was known to defendant or had existed for a sufficient length of time so that defendant should have known of it.

10. As a direct and proximate result of the defendant's negligence, plaintiff was injured in and about her body and/or aggravated a pre-existing condition or injury, experienced pain and suffering therefore, incurred medical and related expenses in the treatment of his injuries, suffered physical handicap, mental pain and anguish, lost earning capacity, sustained permanent injuries within a reasonable degree of medical probability or certainty and/or the permanent loss of bodily function and has lost the capacity for the enjoyment of life.

11. In that Plaintiff's injuries sustained are continuing in nature, she will continue to suffer pain, scarring, mental pain and anguish, physical handicap and permanent injury in the future and will be further compelled to expend money for medical care and related treatment for those injuries.

WHEREFORE, Plaintiff demands judgment for damages against Defendants, together with costs and for such other and further relief as is just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff, demands trial by jury of all issues so triable as of right by jury.

Dated this _29_ day of June 2006.

> Ameen & Drucker, P.A.
> 3111 University Drive, Suite 901
> Coral Springs, FL 33065
> (954) 340-7277
> (954) 340-8733
>
>
> By: _____
> Gary J. Drucker
> Florida Bar No. 0010405



www.thedoctorbill.com
Sterling Of Florida
P.O. Box 863481
Orlando, FL 32886
Tax ID# 20-1855850

7550808066

**Patient:** Loretta D. Walkercrometie

**ER:** St. Mary Medical Center
**Attending Doctor:** Frances Rodriguez, MD

www.thedoctorbill.com

#BWNKBBM
#0075508080666#


7550808066

www.thedoctorbill.com

LORETTA D WALKERCROMETIE
1421 W 26TH
WEST PALM BEACH, FL 33405

Date of Service: 08/08/2005
Statement Date: 08/23/2005
✓ Please disregard this notice if you made payment within the past 10 days.
✓ Statement reflects ER Doctor services only.

If there is any problem regarding this bill, please call our office.

1.107

| Date of Service | Description Procedure | Diagnosis | Charges | Patient Payments | Insurance Payments | Insurance Adjustment/Discount | Balance |
|---|---|---|---|---|---|---|---|
| 08/08/2005 | 99282 | 840.9 | $218.00 | $0.00 | $0.00 | $0.00 | $218.00 |

| Correspondence Sent | | If your insurance information differs from below, please fill out the reverse side. | |
|---|---|---|---|
| Number of Bills | Number of Claims | Primary: | Policy: |
| | | Secondary: | Policy: |

$218.00
(Paga esta cantidad.)

LORETTA D. WALKERCROMETIE
1421 W 26TH
WEST PALM BEACH, FL 33405

☐ Check the box if the address is incorrect and indicate any changes in the space above.

**If paying by Visa or MasterCard, please fill out below.**

☐ Visa ☐ MasterCard

Amount

Signature

Exp. Date

*Patient Name:* *LORETTA D WALKERCROMETIE*


7550808066

Balance: $218.00

Amount Paid

$ _____

Please show the account number on all checks and correspondence

7550808066

Sterling Of Florida
P.O. Box 863481
Orlando, FL 32886

Return address must appear in window.

# Palm Beach Radiology and Imaging Assoc
## PO Box 2265
## West Palm Beach, FL 33402

### (786) 621-3852

## Patient Snapshot for LORETTA WALKERCROMETIE
Tuesday, October 11, 2005

### Patient Demographics

Account Number : A04a6684385
Patient Name : LORETTA WALKERCROMETIE
1421 WEST 26TH
RIVIERA BEACH, FL
33405

| | | | |
|---|---|---|---|
| Social Security | : | Acct. Type | : Self-Pay |
| Employer | : 265513769 | Sex | : F |
| Employment Status | : Part Time | Date of Birth | : 10/24/1958 |
| Student Status | : | Marital Status | : Separated |
| Home Phone | : (561)667-2993 | E-mail | : |
| Business Phone | : (561)227-5200 | Mobile Phone | : |

### Current Insurance Information

Primary                                              Secondary

### Transactions Posted
From 01/01/1980 To 10/11/2005

| Service Date | Type | Description | Status | Debits | Credits | Bal/Unap |
|---|---|---|---|---|---|---|
| 08/A05 | Charge | 73564 - RADIOLOGIC EXAMINATION, KNEE; ... | Patient Resp. | 34.92 | | 34.92 |
| | | | Totals: | 34.92 | 0.00 | 34.92 |

Current Patient Balance : $34.92
Current Insurance Balance : $0.00
Current Account Balance : $34.92

P.O. BOX 532542
ATLANTA GA 30353
5614953288

| | 5 FED TAX NO. | 6 STATEMENT COVERS PERIOD | | 7 COV D. | 8 N-C D. | 9 C-I D. | 10 L-R D. | 11 |
| | | FROM | THROUGH | | | | | |
| | 752932930 | 08/08/2005 | 08/08/2005 | 0 | | 0 | 0 | |

| 12 PATIENT NAME | 13 PATIENT ADDRESS |
| WALKERCROMBTIE LORETTA | 1421 WEST 26TH RIVIERABBA FL 33405 |

| 14 BIRTHDATE | 15 SEX | 16 MS | 17 DATE | 18 ADMISSION HR | 19 TYPE | 20 SRC | 21 D HR | 22 STAT | 23 MEDICAL RECORD NO. | CONDITION CODES | | | | | 31 |
| 10/24/1956 | F | X | 08/08/2005 | 0 | 1 | 7 | 18 | 01 | 000051857 | | | | | | |

| 38 | 39 VALUE CODES | | 40 VALUE CODES | | 41 VALUE CODES | |
| | CODE | AMOUNT | CODE | AMOUNT | CODE | AMOUNT |
| LORETTA WALKERCROMBTIE | a 45 | 0.00 | | | | |
| 1421 WEST 26TH | b | | | | | |
| RIVIERA BEACH FL 33405 | c | | | | | |
| | d | | | | | |

| 42 REV CD | 43 DESCRIPTION | 44 HCPCS/RATES | 45 DATE | 46 SERV UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
| 320 | KNEE 4 VW MIN | 73564 | 08/08/2005 | 1 | 362.25 | 0.00 | |
| | | | | | | | |
| 001 | TOTAL | | | | 694.60 | 0.00 | |

| 50 PAYER | 51 PROVIDER NO | 52 | 53 | 54 PRIOR PAYMENTS | 55 EST AMOUNT DUE | 56 |
| UNINSURED SELF PAY/C | | | | 0.00 | 0.00 | 66281 |

| 58 INSURED'S NAME | 59 P REL | 60 CERT-SSN-HIC-ID NO. | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
| WALKERCROMBTIE LORETTA | 18 | 262513769 | | |

| 63 TREATMENT AUTH CODES | 64 ESC | 65 EMPLOYER NAME | 66 EMPLOYER LOCATION |
| | 1 | | XX WEST PALM BEA FL 33407 |

| 67 PRIN DIAG | 68 CODE | 69 CODE | 70 CODE | 71 CODE | 72 CODE | 73 CODE | 74 CODE | 75 CODE | 76 ADM. DIAG CD. | 77 E-CODE | 78 |
| 840.9 | 924.11 | E849.9 | | | | | | | | | |

| 79 P.C. | 80 | PRIN PROCEDURE | | A81 | OTHER PROCEDURE | | OTHER PROCEDURE | | 82 ATTENDING PHYSID |
| | | CODE | DATE | | CODE | DATE | CODE | DATE | |

84 REMARKS
CHRG 08/11/05 BV65 PT1 FC70 000
66281 UNINSURED-SELF PAY/C 2920
SEE CARD
SEE CARD FL 33333

**Medical Records Copy**
Printed: 8/8/2005 3:45:00 PM



856

# ST. MARY'S
## Medical Center
**901 45th Street West Palm Beach, FL 33407**

ADMITTING DIAGNOSIS:
C/O SLIP AND FALL

| ACCOUNT NO. | STN/ROOM/BED | MR K | INIT | ADMIT DATE | ADMIT TIME | DISCH. DATE | DISCH. TIME | AD | SRC | VIP | NPP | NPP VERSION DATE | NPP DATE REC. | PT/TYP | CL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 048684385 | // | 000051857 | BLR | 08/08/2005 | 15:42 | | | | NV | 65 | | | | | EER |

| ADMITTING PHYSICIAN | DR # | ATTENDING PHYSICIAN | DR # | PRIMARY CARE PHYSICIAN | DR # | ADM GROUP |
|---|---|---|---|---|---|---|
| DEFAULT, D | 999 | DEFAULT, D | 999 | DEFAULT, D | 999 | DEFAULT, D |

**PATIENT**

| PATIENT LAST NAME, FIRST, MI | ALSO KNOWN AS (ALIAS) | DOB | AGE | SEX | RACE | MS | LANGUAGE |
|---|---|---|---|---|---|---|---|
| WALKERCROMETIE, LORETTA D | | 10/24/1958 | 46Y | F | 2 | X | |

| PATIENT ADDRESS | CITY | STATE | ZIP | COUNTRY | EMP. STATUS |
|---|---|---|---|---|---|
| 1421 WEST 26TH | RIVIERA BEACH | FL | 33405 | US | 1 |

| HOME PHONE NUMBER | SSN # | PRV. ADMIT | RELIGION | CONDITION CODES | OCCUR | LOS DAYS |
|---|---|---|---|---|---|---|
| (561)667-2993 | 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 | | BP | | | |

| PATIENT EMPLOYER | OCCUPATION | LENGTH / EMPLOYMENT | WORK PHONE NUMBER |
|---|---|---|---|
| | CNA | 1 | (561)227-5200 |

| PATIENT EMPLOYER ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| XX | WEST PALM BEACH | FL | 33407 |

| PATIENT WORK LOCATION | PRIOR/CO | FROM | TO |
|---|---|---|---|
| | | | |

**GUARANTOR**

| GUARANTOR LAST NAME, FIRST, MI | SEX | PT. RELATION | SSN # | HOME PHONE NUMBER | EMP. TYPE |
|---|---|---|---|---|---|
| WALKERCROMETIE, LORETTA D | F | SELF | 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 | (561)667-2993 | CNA |

| GUARANTOR ADDRESS | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|
| 1421 WEST 26TH | RIVIERA BEACH | FL | 33405 | US |

| GUARANTOR EMPLOYER | OCCUPATION | LENGTH / EMPLOYMENT | WORK PHONE NUMBER |
|---|---|---|---|
| | CNA | | (561)209-6116 |

| GUARANTORS EMPLOYER ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| XX | WEST PALM BEACH | FL | 33407 |

| GUARANTOR WORK LOCATION |
|---|
| |

| EMERGENCY DATA LAST NAME, FIRST, MI | HOME PHONE NUMBER | WORK PHONE NUMBER | PT/REL |
|---|---|---|---|
| WALKER, LETTRICIA C | (407)478-7896 | | FATHER |

**INSURANCE**

| INSURANCE 1 NAME | INSURANCE 1 ADDRESS 2 | CONTRACT/POLICY # | PRE-AUTHORIZATION # | FINCLASS | PLAN NUMBER | TYPE | COB |
|---|---|---|---|---|---|---|---|
| UNINSURED-SELF PAY/COMPACT FOR | | 263513769 | | 70 | 081 | | |

| INSURANCE 1 ADDRESS | CITY | STATE | ZIP | INSURANCE 1 PHONE # | SUB. DOB |
|---|---|---|---|---|---|
| SEE CARD | SEE CARD | FL | 88888-8888 | | 10/24/1958 |

| SUBSCRIBER NAME LAST, FIRST, MI | PATIENT RELATION | GROUP NAME | GROUP NUMBER |
|---|---|---|---|
| WALKERCROMETIE, LORETTA D | SELF | | |

| INSURANCE 2 NAME | INSURANCE 2 ADDRESS 2 | CONTRACT/POLICY # | PRE-AUTHORIZATION # | FINCLASS | PLAN NUMBER | TYPE | COB |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| INSURANCE 2 ADDRESS | CITY | STATE | ZIP | INSURANCE 2 PHONE # | SUB. DOB |
|---|---|---|---|---|---|
| | | | | | |

| SUBSCRIBER NAME LAST, FIRST, MI | PATIENT RELATION | GROUP NAME | GROUP NUMBER |
|---|---|---|---|
| | | | |

| ACCIDENT LOCATION | ACCIDENT DATE | ACCIDENT TIME | ACCIDENT TYPE | ARRV/CO | ACCOMPANIED BY |
|---|---|---|---|---|---|
| | | | OTHER ACCIDENT | WLK | |

| COMPLAINT | POLICY Y/N | TIME NOTIFIED | POLICE DEPARTMENT NOTIFIED |
|---|---|---|---|
| | | | |

ACCT # 048684385

# EMERGENCY PHYSICIAN RECORD
## Fall     (5)

DOB: 10/24/1958
0687
PT:EER
ACCT#048684385   MR#000051857
**WALKERCROMETIE, LORETTA D**
AT: DEFAULT, D  AD: DEFAULT, D
ST. MARY'S MEDICAL CENTER

TIME SEEN: _____ ROOM: _____ ___ EMS arrival

HISTORIAN: __ patient __ spouse __ paramedics
HX __ EXAM LIMITED BY: _____

__ Nurse ___  __ tetanus immun. UTD  ☑ Vital signs reviewed
**PHYSICAL EXAM** __ alert __ Lethargic __ Anxious
Distress- __ HAD __ mild __ moderate __ severe
Other- __ c-collar ( PTA / in ED ) __ back-board __ IV __ splint

**HPI   chief complaint:** ( Fall ) injury to: __ ___ tree ___

**occurred:**
__ just PTA
__ today
__ yesterday ___
___ days PTA

**where** ___
__ home          __ school
__ neighbor's    __ city park
__ work          __ street
Winn Dixie

**context:**
__ tripped / slipped / lost balance    __ alleged assault
__ became dizzy / fainted              __ bicycle (helmet? Y N)
__ Fell from ( standing position / from height )
Slipped out ___

**HEAD**
__ no evidence of trauma
___ see diagram ___
___ Battle's sign / Raccoon Eyes

**NECK**
__ non-tender
__ painless ROM
__ trachea midline
___ see diagram ___
___ vertebral point-tenderness
___ muscle spasm / decreased ROM
___ pain on movement of neck

**location of pain/injuries:**

| | --right-- | | --left-- | |
|---|---|---|---|---|
| head  face  mouth | shldr | hip | shldr | hip |
| neck  chest  abdomen | arm | thigh | arm | thigh |
| back  upper mid- lower | elbow | knee | elbow | knee |
| radiating to R/L thigh / leg | f-arm | leg | f-arm | leg |
| | wrist | ankle | wrist | ankle |
| | hand | foot | hand | foot |

**severity of pain:**
__ mild
__ moderate
__ severe

**associated symptoms:**
__ lost consciousness / dazed
__ duration:
__ remembers:
__ impact   coming to hospital
__ seizure

**EYES**
__ PERRL
__ EOMI
___ unequal pupils R- ___ mm L- ___ mm
___ EOM entrapment / palsy
___ subconjunctival hemorrhage

**ENT**
__ nml external
__ inspection
__ no dental injury
___ hemotympanum
___ TM obscured by wax
___ clotted nasal blood
___ dental injury / malocclusion

**RESP & CVS**
__ chest non-tender
__ breath sounds nml
__ heart sounds nml
___ see diagram ( on reverse )
___ decreased breath sounds
___ wheezing / rales
___ splinting / paradoxical movements

**ROS** ☐ all systems neg except as marked
__ loss feeling/power  arms/legs
__ trouble breathing / chest pain
__ nausea / vomiting
__ loss of bladder function
__ headache
__ double vision / hearing loss
__ skin laceration
__ recent fever / illness

**ABDOMEN**
__ non-tender
__ no organomegaly
___ see diagram ( on reverse )
___ tenderness / guarding / rebound
___ mass / organomegaly ...

**SOCIAL HISTORY** __ recent ETOH __ smoker __ drug abuse

**PAST HISTORY** __ negative

**GENITAL / RECTAL**
__ nml genital exam
__ nml vaginal exam
__ nml rectal exam
__ heme negative stool
___ perineal hematoma
___ blood at urethral meatus
___ decreased rectal tone

**NEURO / PSYCH**
__ oriented x3
__ mood & affect
__ CN'S nml
__ as tested
__ sensation &
__ motor nml
___ confusion / disorientation
___ EOM palsy / anisocoria
___ facial asymmetry
___ unsteady / ataxic gait
___ sensory / motor deficit

Meds- __ none / __ see nurses note
Allergies- __ NKDA / __ see nurses note

Reflexes

✓ intact
✓ warm, dry

**BACK**
✓ no CVA
   tenderness
✓ no vertebral
   tenderness

___ see diagram
___ vertebral point-tenderness
___ CVA tenderness
___ muscle spasm / limited ROM

**EXTREMITIES**
___ atraumatic
___ pelvis stable
___ hips non-tender
___ no pedal edema
___ nml ROM

___ see diagram
___ bony point-tenderness
___ painful / unable to bear weight
___ pulse deficit

*Joint Exam:*
___ limited ROM / ligaments laxity / joint effusion



L    R      L    R

T=Tenderness
PT=Point Tenderness
S=Swelling
E=Ecchymosis
Lac=Laceration
A=Abrasion  B=Burn
(∅=without  m=mild
mod=moderate
sv=severe)
Tsv = Tenderness on
palpation (severe)

**PROGRESS:**

---

**XRAYS** ☐ Interp: by me ☐ Reviewed by me ☐ Discsd w/radiologist

**C-Spine  D-Spine  LS-Spine**
___ nml / NAD
___ no fracture
___ nml alignment
___ soft tissues nml

___ reversal / straightening of cerv. lordosis
___ DJD / spondylosis / spurring

**CXR**
___ nml / NAD
___ no infiltrates
___ nml heart size
___ nml mediastinum

___ rib fracture
___ infiltrate / atelectasis

**OTHER** ☐ See separate report

---

**Wound Description/Repair**
**length** ___ cm  **location** ___
___ superficial ___ SQ ___ muscle ___ linear ___ stellate ___ irregular
___ clean ___ contaminated  moderately / * heavily
distal NVT: ___ neuro & vascular status intact ___ no tendon injury
**anesthesia:** ___ local ___ digital block ___
___ lidoc 1% 2% ___ epi / bicarb ___ cc ___ marcaine .25% .5% ___ LET
**prep:**
___ Hibiclens / Shur-clens / Betadine ___ debrided / undermined
___ irrigated / washed w/saline ___ * extensively
___ * extensively ___ foreign material removed
___ explored ___ minimal moderate extensive
**repair:** Wound closed with ___ wound adhesive / steri-strips
___ SKIN- ___ # ___ -0 nylon / prolene / staples
___ * SUBCU- ___ # ___ -0 vicryl / chromic
*may indicate intermediate repair ___ *may indicate intermediate or complex repair

---

DOB: 10/24/1958
F 46Y
PT:EER
ACCT#048684385  MR#/000051957
**WALKERCROMETIE, LORETTA D**
AT: DEFAULT, O  AD: DEFAULT, O
ST. MARY'S MEDICAL CENTER

___ Discussed with Dr. ___
will see patient in: office / ED / hospital
___ Counseled patient / family regarding:
lab results  diagnosis  need for follow-up
___ Rx given ___ Admit orders written

CRIT CARE- 30-74 min
75-104 min ___ min
___ Prior records ordered
___ Additional history from:
family caretaker paramedics

**CLINICAL IMPRESSION**  Fall

**contusion**

| | | |
|---|---|---|
| head | wrist | R / L |
| face | hand | R / L |
| chest | hip | R / L |
| abdomen | thigh | R / L |
| back | knee | R / L |
| shoulder R / L | leg | R / L |
| arm R / L | ankle | R / L |
| elbow R / L | foot | R / L |
| forearm R / L | | |

**sprain / strain**
neck dorsal lumbar

**concussion**
with LOC ___ w/o LOC

**laceration**

**DISPOSITION-** ☐ home ☐ admitted ☐ transferred
**CONDITION-** ☐ unchanged ☐ improved ☐ stable

**PHYSICIAN SIGNATURE-**

# ST. MARY'S
## Medical Center

7230002R9/0

| Date/Time 8/8 1557 | Pt Name WALKER LORETTA | Age 46 | PCP |
|---|---|---|---|

| TRIAGE | MODE OF ARRIVAL | ACCOMPANIED BY | TREATMENT PTA | INFORMANT |
|---|---|---|---|---|
| 1 ☐ Emergent<br>2 ☐ Urgent<br>3 ☐ Non-Urgent<br>4 ☐ Fast Track/<br>    Wound Check | ☐ Ambulance<br>☐ W/C<br>☑ Ambulatory<br>☐ Other | ☑ Self<br>☐ Parent<br>☐ Family<br>☐ Friend<br>☐ Police | ☑ None<br>☐ See EMS Report<br>☐ Other<br>☐ IV | ☐ Self ☐ Parent ☐ Family ☐ Med Rec ☐ Transfer<br>☐ Other<br>Language: Translated Language<br>Translator |

Chief Complaint / Initial Assessment Pain 5 /10 left arm

Triage Reassessment (if indicated)    Time Re-Assessment Init _____    Time Re-Assessment Init _____

| VITAL SIGNS |
|---|
| T 97⁴ | P 84 | Respirations 20 | BP 170/79 | O₂ Sat | HT 5'5" | Wt ☐ kg ☑ lb 212 |
| LMP meno | Pregnant ☐ Y ☐ N ☑ UNK  Weeks | G | P | AB | Prenatal Care ☐ Yes ☐ No |

| ALLERGIES ☑ Denies | MED#/OTC#/HERBAL ☑ Denies | DOSE | FREQ | MED#/OTC#/HERBAL ☐ Denies | DOSE | FREQ |
|---|---|---|---|---|---|---|
| Reactions | Reactions | | | Reactions | | |

## MEDICAL / SOCIAL HISTORY  ☐ N/A

History

| | | | |
|---|---|---|---|
| ☐ Asthma | ☐ Diabetes | ☐ Seizure | **IMMUNIZATION HISTORY** ☐ N/A |
| ☐ Cancer | ☐ Drugs/ETOH | ☐ Tobacco ☑ Yes ☐ No | d.T. ☐ <5 yrs ☐ >5 yrs ☐ Never/Unk date___ |
| ☐ Cardiac | ☐ GI/GU | Last Time Smoked PTA | Flu ☑ No date___ |
| ☐ CHF | ☐ HTN | Pamphlet ☐ Yes ☐ No | Pneumonia ☑ No date___ |
| ☐ COPD | ☐ Psych | ☑ Surgery appendix | HBig ☑ No date___ |
| ☐ CVA | ☐ Renal | | ☐ Refer to PCP for follow-up |

Details

Spiritual/Cultural Needs ☑ N/A ☐    |    Social Services Referral ☐ Yes ☑ No  Reason#

## NEUROLOGICAL

| Mental Status | Speech | Color | SKIN SIGNS | | Meds In Triage | |
|---|---|---|---|---|---|---|
| | | | Temp | Moisture | dose | time |
| ☑ Oriented x2 | ☐ Unconscious | ☑ Appropriate for Pt | ☑ Normal | ☑ Warm | ☑ Dry | ASA | |
| ☐ Alert ☐ Lethargic | ☐ Confused | ☐ Silent | ☐ Pale | ☑ Jaundiced | ☐ Cool | ☐ Moist | Tylenol | |
| ☑ Uncooperative | | ☐ Slurred | ☐ Flushed | ☐ Cyanotic | ☐ Hot | ☐ Diaphoretic | Motrin | |
| ☐ Violent ☐ Agitated | | ☐ Moaning | | ☐ Mottled | | | | |

## PSYCHOSOCIAL

| | | | RESIDENTIAL STATUS |
|---|---|---|---|
| ☑ Behavior Appropriate to Age | ☐ Quiet | ☐ Hallucination | |
| ☐ Anxious ☐ Restless | ☐ Irritable | ☐ Lethargic | ☑ Private Home ☐ None |
| ☐ Hostile ☐ Combative | ☐ Withdrawn | ☐ Poor Hygiene | ECF ___ B & C ___ |
| | | ☐ Flat Affect | Other |

| MECHANISM OF INJURY ☐ N/A | FALL RISK | TB SCREEN | ABUSE/NEGLECT SCREEN |
|---|---|---|---|
| ☐ Vehicle Type_____ | ☑ None Identified | ☑ No risk identified | ☑ No evidence of abuse / neglect |
| Point of Impact_____ | ☐ At risk | ☐ TB Precautions | ☐ Pt states injuries inflicted by another |
| ☐ Driver ☐ Seat Belt ☐ Burn | ☐ Initiated Fall | Initiated | ☐ Denied injuries caused by another |
| ☐ Passenger ☐ Helmet ☐ Fall injury | Risk Policy | ☐ Current Tx ☐ Tx in | ☐ Meets abuse criteria – Initiate |
| ☐ Pedestrian ___ Mph ☐ Other | ☐ Side Rails ↑↑ | Past | Abuse Policy |
| ☐ Air Bag | | ☐ Family/Friends Tx | |
| | | Notified | |

| Time To Tx Area 1615 | Room 2 | Signature _____ RN |
|---|---|---|





DOB: 10/24/1958
F 46Y
PT:EER
ACCT#048684385  MR#000051857
**WALKERCROMETIE, LORETTA D**
AT: DEFAULT, D AD: DEFAULT, D
ST. MARY'S MEDICAL CENTER

**EMERGENCY DEPARTMENT
TRIAGE SHEET**
Page 1 of 2

DOB:

PT:

ACCT#  MR#

AT:    AD:

| NTG 50mg in 250cc D5W | DOPAMINE 400mg in 250ml D5W | | | |
| --- | --- | --- | --- | --- |
| 20MCG/MIN – 6ML/HR | KG | MCG / KG / MIN | | |
| | | 5 | 10 | 20 |
| 40MCG/MIN – 12ML/HR | 90 | 16.8 ML/HR | 33.7 ML/HR | 67.5 ML/HR |
| 60MCG/MIN – 18ML/HR | 80 | 15 ML/HR | 30 ML/HR | 60 ML/HR |
| 80MCG/MIN – 24ML/HR | 70 | 13.1 ML/HR | 26.2 ML/HR | 52.5 ML/HR |
| 100MCG/MIN – 30ML/HR | 60 | 11.2 ML/HR | 22.5 ML/HR | 45 ML/HR |
| 120MCG/MIN – 36ML/HR | 50 | 9.4 ML/HR | 18.8 ML/HR | 37.5 ML/HR |

| DILTIAZEM CARDIZEM | NIPRIDE 50mg in 250ml D5W | | | |
| --- | --- | --- | --- | --- |
| | KG | MCG / KG / MIN | | |
| 125mg in 225cc NS | | 1 | 3 | 6 |
| | 90 | 27 ML/HR | 81 ML/HR | 162 ML/HR |
| 10mg/hr – 20cc/hr | 80 | 24 ML/HR | 72 ML/HR | 144 ML/HR |
| | 70 | 21 ML/HR | 63 ML/HR | 128 ML/HR |
| 15mg/hr – 30cc/hr | 60 | 18 ML/HR | 54 ML/HR | 108 ML/HR |
| | 50 | 15 ML/HR | 45 ML/HR | 90 ML/HR |

## PAIN RATING SCALE

| 0 | 1 - 2 | 3 - 4 | 5 - 6 | 7 - 8 | 9 - 10 |
| --- | --- | --- | --- | --- | --- |
| | MILD | MODERATE | | | SEVERE |

## APGAR SCORING

| SIGN | 0 | 1 | 2 |
| --- | --- | --- | --- |
| Heart Rate | Absent | Below 100 | Over 100 |
| Resp Effort | Absent | Slow, irreg. | Crying |
| Muscle Tone | Limp | Some Flex | Active |
| Reflexes | No response | Some Motion | Vig Cry |
| Color | Blue, Pale | Hands Blue | All Pink |

## LIMB MOVEMENT / PUPILS

| LIMB MOVEMENT | | PUPILS | |
| --- | --- | --- | --- |
| Normal Power | - 6 | | |
| Mild Weakness | - 5 | B – | Brisk |
| Severe Weakness | - 4 | | |
| Decorticate | - 3 | S – | Sluggish |
| Decerebrate | - 2 | | |
| No Response | - 1 | F – | Fixed |

## ABUSE / NEGLECT SCREENING

Talk to the patient alone in a safe, private environment
Ask simple direct questions such as
* Because Violence is so common in many people's lives, I've begun to ask all my patients about it routinely.
* Are you in a relationship with a person who physically hurts or threatens you?
* Did someone cause these injuries?

## FALL / RISK SCREENING

Initiate Fall Risk Nursing Standard according to the following guideline
At risk for falls – 2 or more of the following criteria identified as applying to the patient or
1 or more high risk criteria indicated by ★
* Age > 70 – < 6
* History of previous falls ★
* Physical disabilities
* Abnormal behavior (agitated)
* Patient receiving diuretics / narcotics / anesthetics
* Observed trying to climb out of bed when instructed not to do so
* Urgency of stool / urine

* Confused and disoriented ★
* Neurological deficit ★
* Cardiovascular (syncope, dizziness) ★
* History drug / alcohol abuse

## BRADEN SCORE

| SENSORY PERCEPTION: | | SCORE |
| --- | --- | --- |
| Completely limited | 1 | |
| Very limited | 2 | |
| Slightly limited | 3 | |
| No impairment | 4 | |

| MOISTURE: | | SCORE |
| --- | --- | --- |
| Completely moist | 1 | |
| Moist | 2 | |
| Occasionally | 3 | |
| Rarely Moist | 4 | |

| ACTIVITY: | | SCORE |
| --- | --- | --- |
| Bedfast | 1 | |
| Chairfast | 2 | |
| Walks occasionally | 3 | |
| Walks frequently | 4 | |

| MOBILITY: | | SCORE |
| --- | --- | --- |
| Completely immobile | 1 | |
| Very limited | 2 | |
| Slightly limited | 3 | |
| No limitations | 4 | |

| NUTRITION SCORE: | | SCORE |
| --- | --- | --- |
| Very poor | 1 | |
| Probably inadequate | 2 | |
| Adequate | 3 | |
| Excellent | 4 | |

| FRICTION & SHEAR: | | SCORE |
| --- | --- | --- |
| Problem | 1 | |
| Potential problem | 2 | |
| No apparent problem | 3 | |

| TOTAL SCORE | |
| --- | --- |
| 18 or above – No risk | |
| 17 or below – Intervention required | |

## REASONS FOR SOCIAL SERVICES REFERRAL

1. Abuse
2. Neglect
3. Unable to care for self
4. Placement needs
5. Other (Comment in Discharge/Transfer Section Page 3)

## CHILD/ADULT

### EYE OPENING
| | |
| --- | --- |
| SPONTANEOUSLY | 4 |
| TO SPEECH | 3 |
| TO PAIN | 2 |
| NO RESPONSE | 1 |

### BEST MOTOR RESPONSE
| | |
| --- | --- |
| OBEYS COMMAND | 6 |
| LOCALIZES PAIN | 5 |
| WITHDRAWS FROM PAIN | 4 |
| FLEXION | 3 |
| EXTENSION | 2 |
| NO RESPONSE | 1 |

### BEST VERBAL RESPONSE
| | |
| --- | --- |
| ORIENTED | 5 |
| CONFUSED | 4 |
| INAPPROPRIATE WORDS | 3 |
| INCOMPREHENSIBLE | 2 |
| NO RESPONSE | 1 |

## PATIENT EDUCATION

Barriers to Learning Identified (enter all that apply)
1. Cognitive
2. Cultural/Religious
3. Education
4. Readiness
5. Physical
6. Psychosocial

## LEARNING PREFERENCES
1. Reading
2. Listen
3. Pictures
4. Demo
5. Other (Comment in Patient Education Section Page 3)

## GLASGOW COMA SCALE

# EMERGENCY DEPARTMENT
## TRIAGE SHEET
### Page 2 of 2

DOB:

PT:

ACCT#   MR#

AT:   AD:



**ST. MARY'S**
Medical Center

West Palm Beach, Florida 33407

| TIME | INIT. | MEDICATION | HT | PAIN SITE | SCALE 0-10 | | NEUROLOGICAL ASSESSMENT |
|---|---|---|---|---|---|---|---|

**PUPILS**
A - REACTS  B - NO REACTION
C - EYES CLOSED

**GLASGOW COMA SCALE**

LIMB MOVEMENT

| INTAKE | | | | | | | | OUTPUT | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TIME | AMT. SOLUTION ADDITIVE | # ATTEMPTS | SIZE | SITE | I.V. PUMP Y/N | INSERTED BY | ABSORBED | REMOVED BY | TIME | TYPE/RTE. | AM |

TOTAL

| TIME | B/P | PULSE | RESP. | TEMP. | P.Ox | PAIN SCALE (0-10) | NOTES |
|---|---|---|---|---|---|---|---|

VISUAL ACUITY:

NURSE SIGNATURE #1

NURSE SIGNATURE #2

**Discharged:** ☐
☐ Improved
☐ Unchanged
☐ AMA
☐ Expired
☐ LWBS
☐ LWOT

**Admitted:** ☐
☐ Stable
☐ Unstable
**Transported by**
☐ Transporter
☐ HR Monitor / ACLS

**Transferred:** ☐
☐ Hospital
☐ Nursing Home
☐ Psych Facility
☐ Other

Room #

☐ Expired
☐ Medical Examiner
☐ Morgue
☐ Removal Service

**O.R. CONSENT SIGNED**   ☐ YES   ☐ NO
☐ ID Bracelet      ☐ Void
☐ NPO         ☐ LAB   ☐ EKG
☐ Old Chart
☐ Dentures      ☐ Hearing Aid
☐ Eye Glasses    ☐ Contact Lenses

**Valuables/Belongings:** (list)
☐ Sent home
☐ Secured - Hosp. Safe
☐ Pt. Retains / Accepts Responsibility

**DISCHARGE SUMMARY / INSTRUCTIONS**

Date:              Time:

Given to: ☐ Patient  ☐ Family  ☐ Friend  ☐ Parent  ☐ Other:

☐ Verbalizes Understanding  ☐ Unable to Educate due to:

Barriers: ☐ None  ☐ Physical  ☐ Emotional  ☐ Cultural  ☐ Religious  ☐ Education  ☐ Language

Highest Level of Education:

**Discharge Mode:** ☐ Walk  ☐ Crutches  ☐ Wheelchair
☐ Carried  ☐ Stretcher  ☐ Ambulance  ☐ Walker

**Accompanied By:** ☐ Self - Parent  ☐ Spouse  ☐ Family  ☐ Friend  ☐ Police
☐ Family / Significant other  ☐ Sitter / Aide
☐ Private home  ☐ Home

DOB: 10/24/1958
F 46Y
PT:EER
ACCT#048684385   MR#000051857
WALKERCROMETIE, LORETTA D
AT: DEFAULT, D  AD: DEFAULT, D
ST. MARY'S MEDICAL CENTER

# EMERGENCY DEPT. RECORD C

Page 1 of 1

Medical Center

SM7230001R7I

I understand that I have a right to and the hospital has offered:

- To examine me or my child (the patient) to determine whether I am suffering from an emergency medical condition.
- To provide necessary treatment to stabilize any emergent medical condition.
- To provide for a medically appropriate transfer to another medical facility if necessary.

I understand that I am encouraged to stay for the above-offered services and:

- Leaving the hospital prior to being discharged or transferred constitutes leaving against medical advice.
- Refusing any offered medical services is doing so against medical advice.
- I have the right to an explanation of the risks of leaving the hospital against medical advice and the benefits of receiving treatment.
- I have been asked to notify staff prior to my departure so that I may have the risks of leaving and benefits of further examination and treatment explained to me.
- Risks and danger to my health may result from leaving the hospital at this time or refusing offered services, which could pose a threat to my or my child's life, health, or safety.

If I choose to leave the hospital or I refuse services against medical advice, I hereby release the hospital, its parent company, its employees, and the attending physicians from all liability caused by my leaving the hospital or refusing offered services. I further understand that this release is binding upon my heirs, executors, administrators, agents, and assignees.

Signature (Patient or Guardian): _Loretta Wall_

Relationship to Patient: _Self_

Print Patient Name: _____

Medical Record Number: _____

Date: __8/8/05__     Time: __1531__

Witness Signature: _Richmond_

Witness Print Name: __8/8/8__

Date: _____     Time: __1531__

**Patient's Right to Medical Screening and Treatment**



DOB: _____
«Age»
PT:

ACC # «PatientNumber»  MR# «MedicalRecordNumber»

«PatientName»

Tab: 2.1                    Copy: Patient           AT: «AttendingDoctorName»   AD: «AdmittingDoctorName»

## 5. Medicare Patient's Assignment of Benefits and Release of Information

I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize release any information needed to act on this request. I request that payment of authorized benefits be made on my behalf. I authorize releas unpaid charges of the hospital and physician(s) for whom the hospital is authorized to bill in connection with its services. I understand t responsible for any remaining balance not covered by Medicare or other insurance. I assign payment

## 6. Legal Relationship Between Hospital and Physician

All physicians and surgeons furnishing services to the patient, including the Emergency Department physicians, radiologists, pathologis anesthesiologists and the like, are independent contractors with the patient and are not employees or agents of the hospital. The patient under the care and supervision of his/her attending physician and it is the responsibility of the physician of the hospital and its nursing staff to carry out t instructions of such physician. It is the responsibility of the patient's physician or surgeon to obtain the patient's informed consent, wh required, to medical or surgical treatment, special diagnostic or therapeutic procedures, or hospital services rendered for the patient unc the general and special instructions of the physician.

## 7. Authorization to Appeal

I hereby authorize the hospital to appeal on my behalf my claim(s) with _____, if applicable, and/or any payor whi denies and/or delays payment of my claim(s). I further authorize that the payors, listed herein and any other payors, release any and information requested and/or related to my claim(s) to the hospital and/or its attorneys. Unless prohibited by applicable law or regulation, th authorization is irrevocable upon execution by me hereinbelow and any appeal brought by the hospital shall be as if it was brought by m personally.

## 8. Personal Valuables

It is understood and agreed that the hospital maintains a safe for the safekeeping of money and valuables, and the hospital shall not be liabl for the loss or damage to any money, jewelry, documents, fur garments, dentures, eye glasses, hearing aids, prosthetics or other articles o unusual value and small size, unless placed in the safe, and shall not be liable for loss or damage to any other personal property, unles deposited with the hospital for safekeeping. The maximum liability of the hospital for loss of any personal property which is deposited with th hospital for safekeeping is limited to five hundred dollars ($500.00) unless a written report for a greater amount has been obtained from th hospital by the patient.

## 9. I have Received the Additional Facility Specific Addendum:

_____ Patient Rights and Responsibilities;
_____ Important Message from Champus;
_____ Important Message from Medicare;
_____ Authorization to Disclose
_____ Other Specific Items as listed here:

_____
_____
_____

_____ Information regarding Advance Directives
_____ Not Applicable
_____ Patient has executed Advance Directives: _____ Yes _____ No Did you bring a copy? _____ Yes _____ No
If no, whom to contact to receive a copy? _____

## 10. Financial Responsibility Agreement by Person Other than the Patient or the Patient's Legal Representative

I agree to accept financial responsibility for services rendered to the patient and to accept the terms of the Financial Agreement (Paragraph 1) and Assignment of Benefits to Hospital and Hospital-Based Physicians (Paragraph 2) set forth above.

_____ _____ _____
Date            Financially Responsible Party                    Witness

The undersigned certifies that he/she has read and verbalized/demonstrated understanding of the foregoing, received a copy thereof, and is the patient, the patient's legal representative or is duly authorized by the patient as the patient's general agent to execute the above and accept its terms.



_____ _____ _____
Date            Patient/Parent/Guardian/Conservator/Responsible Party - The above conditions of services have been explained to me and I understand.

_____ _____ _____
If other than patient, indicate relationship.    Witness                Witness

A COPY OF THIS DOCUMENT IS TO BE DELIVERED TO THE PATIENT AND ANY OTHER PERSON WHO SIGNS THIS DOCUMENT

TCE1240E2 R2/04

## CONDITIONS OF SERVICES
### Page 2 of 2

DOB: 10/24/1958
46Y  F
PT: EER
ACCT# 048684385  MR# 000051857
**WALKERCROMETIE, LORETTA D**
AT: DEFAULT, D   AD: DEFAULT, D



# ST. MARY'S
## Medical Center

**1. Financial Responsibility**

In consideration of services rendered or to be rendered to patient, the undersigned, whether he/she is the patient, patient's relative, patient's legal guardian, representative, agent, other individual or entity, hereby obligates himself/herself individually, to the hospital, the physicians, surgeons, emergency department physicians, radiologists, pathologists, anesthesiologists, and consultants involved in the patient's care and agrees to pay for any and all charges and expenses incurred or to be incurred. It is agreed and understood that regardless of any and all assigned benefits/monies, I, as the designated responsible party, am responsible for the total charges for services rendered, and I further agree that all amounts are due upon request and are payable to the hospital, and the appropriate physicians, surgeons, emergency department physicians, radiologists, pathologists, anesthesiologists and consultants involved in patient's care and agree to pay for any and all charges and expenses incurred or to be incurred. It is further agreed and understood that should this account become delinquent and it becomes necessary for this account to be referred to an attorney or collection agency for collection or suit, I, as the designated responsible party or entity, shall pay all patient charges, reasonable attorney's fees and collection expenses. I agree that if this account results in a credit balance, the credit amount will be applied to any outstanding accounts, either current or bad debt. All delinquent accounts may be charged interest at the maximum rate allowed by law.

**2. Assignment of Benefits to Hospital and Hospital-Based Physician**

In consideration of services rendered or to be rendered, I hereby irrevocably assign and transfer to the hospital, and hospital-based physicians (e.g., radiologists, pathologists, anesthesiologists, emergency department physicians) all rights, title and interest in all benefits/monies payable for services/supplies rendered, including but not limited to group medical/indemnity/self-insured/ERISA benefits/coverage, PIP, UIM/UM; auto/homeowner insurance, and in all causes of action against any party or entity that may be responsible for payment of benefits/monies regardless of whether or not I ultimately settle my claim with a non-admission of liability provision. I fully understand that in the event the hospital and/or hospital-based physicians files a claim on my behalf that the same does not impose any contractual obligation or otherwise upon the hospital and/or hospital-based physicians, and that, notwithstanding the irrevocable nature of this Assignment of Cause of Action and Benefits. I remain fully responsible for instituting, and am expressly authorized by the hospital and hospital-based physicians to institute suit within the applicable statutes of limitations. I authorize the hospital and/or hospital-based physicians to appeal any denial under my appeal rights provision. It is hereby agreed and understood that any condition precedent, subsequent or otherwise, including, but not limited to, precertification, preauthorization, or second opinions shall remain the sole responsibility of patient and/or the patient's family, legal guardian, representative or agent. I further understand that failure to pre-certify could result in reduced payments from patient's insurance company, leaving the undersigned financially responsible for the non-reimbursed portion of patient's bill. It is further agreed and understood that the obtaining of verification of benefits and/or precertification does not in any form or fashion relieve the patient or the patient's family, other individual or entity signing on behalf of patient, of any liability for the financial responsibility for goods and services provided or to be provided to patient by the hospital and/or hospital-based physicians and any other associated physician. I fully understand and agree that hospital and/or hospital-based physicians shall be entitled to full payment where a third-party accident is involved notwithstanding any benefits payable by a managed care payor on my behalf as third-party bears primary responsibility.

**3. Assignment of Cause of Action and Benefits**

I, for good and valuable consideration receipt of which is hereby acknowledged, irrevocably assign and transfer, to the hospital, any and all claims, demands, suits, remedies, guarantees, liens and/or causes of action, at law or in equity, either in contract or in tort, statutory or otherwise, to the extent permitted by law, as well as any other claim, in whole or in part, which I may now have or may hereafter hold or possess, known or unknown, on account of, growing out of, relating to or concerning, whether directly or indirectly, proximately or remotely, any acts, omissions, events, transactions or occurrences that have occurred or failed to occur, which resulted in my injuries for which the hospital has provided and/or will provide medical goods and services to me. This Assignment of Cause of Action and Benefits shall be effective against any and all parties or entities that may bear or appear to bear liability for my injuries, including but not limited to, my employer, its direct and indirect subsidiaries, all of its officers, directors, agents, servants, successors, assigns and employees. I further assign and transfer to the hospital, any and all rights (including appeal rights), title and interest in any and all benefits, monies or other form of compensation paid or to be paid on my behalf as a result of this injury/illness. I fully understand that, notwithstanding the irrevocable nature of this Assignment of Cause of Action and Benefits, I remain solely responsible for instituting, and am expressly authorized by the hospital to institute, suit within the applicable statutes of limitations, and that the hospital is not in any form or fashion responsible for instituting suit on my behalf. I understand and agree that this Assignment does not relieve me of my liability or responsibility for any and all charges incurred as a result of medical goods and services provided to me by the hospital.

**4. Release of Information/Medical Records**

I hereby consent and authorize the hospital and any practitioner, whether agent or independent contractor of hospital, providing medical goods and services to the patient to release information contained in any financial records and/or medical records, including diagnosis and treatment at the hospital or by any practitioner providing medical goods and services to the patient, including, but not limited to, information concerning communicable diseases such as Human Immunodeficiency Virus (HIV), and Acquired Immune Deficiency Syndrome (AIDS), drug/alcohol abuse, mental health/mental retardation and treatment records and/or laboratory tests results, medical history, treatment progress, and/or any other such related information to: (1) Insurance Company, self-funded or health plan, its agents, representatives, attorneys or independent contractors; (2) Medicare; (3) Medicaid; (4) any other person or entity that may be responsible for paying or processing for payment any portion of my hospital bill; (5) to any person or entity affiliated with or representing the hospital and any practitioner providing medical goods and services to patient for the purpose of administration, billing and quality and risk management; or (6) to any other hospital, nursing home, or other health care institution in which the patient is provided treatment; (7) accrediting, regulating and state agencies. This consent and authorization applies to financial and/or medical records created in the course of and relating to this, or subsequent related, hospitalization. I understand that this information may be required to be released in order to obtain payment for my medical expenses incurred for treatment at the hospital and by any practitioner providing medical goods and services to patient. I also authorize the release of medical information to organ transplantation services should the patient be identified as a potential organ donor. My consent to release medical information is subject to revocation in writing any time, except to the extent that action has been taken. I further understand that unless I otherwise instruct the hospital, in writing, the hospital may release directory information pertaining to me without my consent.

**CONDITIONS OF SERVICES**
Page 1 of 2

DOB: 10/24/1958
46Y   F
PT: EER

ACCT# 048684385  MR# 000051857
**WALKERCROMETIE, LORETTA D**
AT: DEFAULT, D   AD: DEFAULT, D

# ST. MARY'S
## Medical Center

**1. Consent to Medical and Surgical Procedures**

I, the patient identified below or the patient's legally authorized representative, consent to the procedures which may be performed during this hospitalization or on an outpatient basis, including emergency treatment or services, and which may include, but are not limited to, laboratory procedures, including testing of blood or other bodily fluid to determine the presence of any communicable disease such as, to the extent allowed by law, Hepatitis and Human Immunodeficiency Virus (the causative agent of AIDS), x-ray examination, medical and surgical treatment or procedures, anesthesia, or hospital services rendered for the patient under the general and special instructions of my/the patient's physician or surgeon. I further consent to my/the patient's physician or surgeon or his/her designees including other practitioners and hospital personnel, which may include health care professionals in training, performing or administering all tests, services or treatments indicated as previously described.

**2. Consent to Photograph**

I permit the hospital to photograph as a part of the documentation of my/the patient's medical/surgical condition. These photographs will be maintained as part of my/the patient's permanent medical record. I understand and acknowledge that the hospital is permitted to use cameras to monitor all patients.

**3. Nursing Care**

I understand and acknowledge that this hospital will provide nursing care to meet my/the patient's needs in accordance with accepted standards of nursing practices. If I/the patient desire sitter services or the services of a private duty nurse to provide personal care needs, I understand that such retention of such services is my responsibility and I agree to notify the hospital if intend to arrange for additional or private duty nursing. I also understand and acknowledge that the hospital may use cameras or other devices for patient monitoring.

---

**The undersigned certifies that I have read the foregoing, received a copy thereof, and I am the patient, the patient's legal representative, or I am duly authorized by the patient as the patient's general agent to execute the above and accept its terms.**

| | |
|---|---|
| 8-3-05 | X _Loretta Walh_ |
| Date | Patient/Patient's Authorized Signature |



| | | |
|---|---|---|
| _____ | _____ | _____ |
| If other than patient, indicate relationship | Witness | Witness |

**CONSENT FOR TREATMENT**
Page 1 of 1

DOB: 10/24/1958
46Y  F
PT: EER

ACCT# 048684385  MR# 000051857
**WALKERCROMETIE, LORETTA D**
AT: DEFAULT, D    AD: DEFAULT, C

Patient Name: Walkentromette, Loretta D          Account #: 48684385          Medical Record #: 51857

| | | | | |
|---|---|---|---|---|
| Date of Birth: | 10/24/1958 | Sex: | FEMALE | SSN: 263513769 |
| Age at Admit: | 46 years | Race: | Black | LOS: 1 |
| Attend Phys: | 00001009 Rodriguez, Frances | Discharge Date: | 8/8/2005 | D/C Service: |
| Admit Date: | 8/8/2005 | Financial Class: | 70 SELFPAY | D/C. Status: A   Home/Self Ca. |
| Patient Type: | 3 OP-ER Pat | Payor 1: | | |
| Det Pt Type: | 65 Emergency Room | Payor 2: | | |
| Admit Dx: | 959.8 INJURY MLT SITE/SITE N | Payor 3: | | |

| Coder ID | Coded Date | Expect Reimb | Finalized Date |
|---|---|---|---|
| it | 8/11/2005 | | 08/11/2005 |

**Seq. Diagnosis**

| Seq. | Diagnosis | |
|---|---|---|
| 1 | .840.9 | SPRAIN OF UNSPECIFIED SITE OF SHOULDER AND UPPER ARM |
| 2 | 924.11 | CONTUSION OF KNEE |
| 3 | E885.9 | FALL ON SAME LEVEL FROM SLIPPING/TRIPPING/STUMBLING |
| 4 | E849.3 | Injury or Poisoning occurring at/in industrial place and premises |

| CPT4 Code & Description | APC Code & Description | Weight | Medicare | Discount | Indicator |
|---|---|---|---|---|---|
| 29505 APPLICATION LONG LEG SPLINT | 00058 Level 1 Strapping and Cast Application | | | | S |

| Seq/Episode | | Procedure | | Start | End | CPT4 Modifiers 1 2 3 4 5 | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 93.54 | APPLICATION OF SPLINT | 8/8/2005 | | | |
| | | | | Provider | | | Role |
| | | | | 00001009 Rodriguez, Frances | | | SU |
| 2 | 1 | 29505 | APPLICATION LONG LEG SPLINT | 8/8/2005 | | | |
| | | | | Provider | | | Role |
| | | | | 00001009 Rodriguez, Frances | | | SU |

*CDM codes are shaded.

**Consult Performed By**

St Marys
Medical Center
Tenet South Florida HealthSystem

St Marys Medical Center
901 45th Street, WPB, Fl 33407

**Patient Information**
WALKERCROMETIE,
LORETTA
1421 WEST 26TH
Phone: (561)667-2993
Acct: 048684385
Reg: 000413208

**Treating Provider**
Frances Rodriguez M.D.
901 45th St, West Palm
Beach, FL 33407

Phone: 561-881-2900

**Discharge Summary**
Date: 8/8/05  Time: 6:01:01 PM

# Chart Copy

**1) Your Discharge Instructions:**
SPRAINED SHOULDER # (English)
KNEE IMMOBILIZER #Document: 238 (English)
CONTUSION # (English)
KNEE SPRAIN #Document: 536 (English)

**2) Your Prescriptions:**

**3) You should Follow Up with:**

| Follow Up Physician: | Follow Up Information |
|---|---|
| David S Rondon, MD<br>1411 N Flagler Dr #5600<br>W Palm Beach FL 33401<br>Phone: 561-832-3176<br>Fax: 561-832-6073 | On 08/8/2005 this patient was treated in the Emergency Department of St Marys Medical Center at 901 45th Street, WPB, Fl 33407 for Refer to Discharge list above. The patient was asked to follow up in 5 to 7 Days. |

I understand that the emergency care which I received is not intended to be complete and definitive medical care and treatment. I acknowledge that I have been instructed to contact the above physician immediately for continued and complete medical diagnosis, care and treatment. EKG's, X-rays, and lab studies will be reviewed by appropriate specialists and I will be notified of significant discrepancies. I also understand that my signature authorizes this Medical Center to release all or any part of my medical record (including, if applicable, information pertaining to AIDS and/or HIV testing, mental health records, and drug and/or alcohol treatment) to the referred physician listed above.

*I have read and understand the above, received a copy of applicable instruction sheets, and will arrange for follow up care.*

X _Loretta Walk_____
Signature    Patient/Parent/Guardian    Date/Time

X _____
Signature    Instructed by    Date/Time

**CONFIDENTIAL INFORMATION:** The information contained in this fax is confidential. If you have received this fax in error, please notify the sender at once and destroy this document.

Copyright ScriptRx, Inc. 2000-2005                                                    http://www.ScriptRx.com

# ADULT ER PHYSICIAN ORDER SHEET

ROOM # _____

## LAB ORDERS:

| TIME ORDERED MD: | SEC: | TEST ORDERED | TIME ORDERED BY MD | SEC | TEST ORDERED | TIME ORDERED BY MD | SEC | TEST ORDERED |
|---|---|---|---|---|---|---|---|---|
| | | CBC w/diff | | | Retic | | | Blood Cultures X2 |
| | | BMP | | | Sed Rate | | | ABG |
| | | CHEM Profile | | | UHCG | | | Type & Screen |
| | | CK-MB | | | HCG Qual. | | | Crossmatch    Units |
| | | Troponin | | | HCG Quant. | | | ETOH |
| | | EKG | | | Rh | | | Tox/Screen - Urine  Blood |
| | | PT/INR | | | U/A w/Micro/Cath | | | Dilantin |
| | | PTT | | | Urine C&S/Cath | | | Digoxin |
| | | D.Dimer | | | G.C./Chlamydia/W.P. | | | ASA Level |
| | | Amylase | | | Male DNA Probe | | | Acetaminophen Level |
| | | Lipase | | | | | | |
| | | LFT's | | | | | | |

**ALLERGIES:**

## RADIOLOGY ORDERS:

**OLD RECORDS: ER/INPATIENT/EKG**

| TIME ORDERED BY MD | SEC | TEST ORDERED | TIME ORDERED BY MD | SEC | TEST ORDERED | TIME ORDERED BY MD | SEC | TEST ORDERED |
|---|---|---|---|---|---|---|---|---|
| | | CXR/2 View Portable | | | Elbow    L   R | | | CT Head |
| | | AAS | | | Forearm    L   R | | | W/Contrast |
| | | Flat/Up ABD | | | Wrist    L   R | | | W/O Contrast |
| | | KUB | | | Hand    L   R | | | CT ABD/Pelvis |
| | | IVP | | | Hip    L   R | | | IV Contrast |
| | | C-Spine | | | Pelvis    L   R | | | Oral Contrast |
| | | T-Spine | | | Femur    L   R | | | CT Chest    Angio |
| | | L-Spine | F.? | | Knee   ⟨L⟩   R | | | US Pelvis |
| | | Facial | | | Tib/Fib    L   R | | | US Gallbladder |
| | | Nasal | | | Ankle    L   R | | | US ABD |
| | | Pan/Man Ser. | | | Foot    L   R | | | VQ Scan |
| | | Shoulder  L   R | | | OTHER TESTS: | | | |
| | | Humerus  L   R | | | | | | |

Clinical Reason: _Fall/Pain_

____ IV ____ 02 _____ ____Monitor    PMD Called: _____    Time Called: _____

| ORDER | Time Ordered | Time Done | Initials | ORDER | Time Ordered | Time Done | Initials |
|---|---|---|---|---|---|---|---|
| 1. Ⓛ Knee Transbridge | | | | 5. | | | |
| 2. | | | | 6. | | | |
| 3. | | | | 7. | | | |
| 4. | | | | 8. | | | |

**PATIENT STAMP HERE:**

PHYSICIAN'S SIGNATURE/DATE _____ 8/8/05

Adult ED MD Order Sheet
St. Mary's Medical Center
West Palm Beach, FL  33407      SM NUPC 0014  REV. 12/03



ACCT#048684385  MR#000051857
DOB: 10/24/1958
F 46Y
PT:EER
WALKERCROMETIE, LORETTA D
AT: DEFAULT, D  AD: DEFAULT, D
ST. MARY'S MEDICAL CENTER

FINAL REPORT


WALKERCROMETIE,LORETTA D        F#:A051857            A000051857
DOB:10/24/58  46Y  Sex: F                            ADM: DEFAULT,DOCTOR
ACCT #: 048684385                                    ORD: RODRIGUEZ,FRANCES
TRANS: WHEELCHAIR              EER   EER
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                                            Exam Date: 08/08/05 1718
    Exam: 3101 LEFT XR KNEE-UNILAT(4V)      CI#: 2469774
    Ord Diag.: ;FALL/PAIN                   ORD#: 0001

    16171

    LEFT KNEE:

    AP, lateral and oblique films of the left knee were made
    demonstrating no significant bone, joint or soft tissue abnormality.

    St. Mary's Medical Center
    08/08/05 2111                   08/08/05 2301
    MedQuist, Inc.                  Electronically Signed and
    medq -CRF                       /Read By/    TIMOTHY CARTER, M.D.


        RODRIGUEZ,FRANCES
        1309 N Flagler Dr
        Suite 44
        West Palm Beach, FL  33401

LOCATION:    OV COSOSF-NORTH PALM BCH    PT-1002      PAGE:   1

GARY DRUCKER
3111 UNIVERSITY DRIVE                 BILLING DATE: 03/16/06
#901
CORAL SPRINGS FL 33065                AMOUNT DUE :  3,056.00

BILL TO:  WALKER        LORETTA      CHART #: 11270

| DATE | POS | PROC | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|------|-----|------|-------------|---------|---------|---------|
| | | | L WALKER | | | |
| | | | ROBERT D SIMON MD.PA | | | |
| 08/12/05 | | 99205 | OFFICE/OUTPATIENT VISIT, NEW, C | 500.00 | | |
| 08/12/05 | ADX | | ADDITIONAL DIAGNOSIS | 0.00 | | 500.00 |
| 08/12/05 | ADX | | ADDITIONAL DIAGNOSIS | 0.00 | | 500.00 |
| | | | L WALKER | | | 500.00 |
| | | | ROBERT D SIMON MD.PA | | | |
| 08/22/05 | | 99213 | OFFICE/OUTPATIENT VISIT, EST, I | 290.00 | | |
| | | | L WALKER | | | 790.00 |
| | | | ROBERT D SIMON MD.PA | | | |
| 09/22/05 | | 99214 | OFFICE/OUTPATIENT VISIT, EST, E | 335.00 | | |
| 09/22/05 | | L1200 | THORACIC-LUMBAR-SACRAL-ORTHOSIS | 135.00 | | 1125.00 |
| | | | L WALKER | | | 1260.00 |
| | | | ROBERT D SIMON MD.PA | | | |
| 11/04/05 | | 99214 | OFFICE/OUTPATIENT VISIT, EST, E | 335.00 | | |
| 11/04/05 | | 29130 | APPLY FINGER SPLINT, STATIC | 0.00 | | 1595.00 |
| 11/04/05 | | 73140 | X-RAY EXAM, FINGER(S), 2+ VIEWS | 156.00 | | 1595.00 |
| | | | L WALKER | | | 1751.00 |
| | | | ROBERT D SIMON MD.PA | | | |
| 11/22/05 | | 99214 | OFFICE/OUTPATIENT VISIT, EST, E | 335.00 | | |
| | | | L WALKER | | | 2086.00 |
| | | | ROBERT D SIMON MD.PA | | | |
| 12/20/05 | | 99214 | OFFICE/OUTPATIENT VISIT, EST, E | 335.00 | | |
| 12/20/05 | ADX | | ADDITIONAL DIAGNOSIS | 0.00 | | 2421.00 |
| 12/20/05 | ADX | | ADDITIONAL DIAGNOSIS | 0.00 | | 2421.00 |
| | | | | | | 2421.00 |

LOCATION:     OV COSOSF-NORTH PALM BCH    PT-1002        PAGE:    2

GARY DRUCKER
3111 UNIVERSITY DRIVE                    BILLING DATE: 03/16/06
#901
CORAL SPRINGS FL 33065                   AMOUNT DUE : 3,056.00

BILL TO:  WALKER          LORETTA       CHART #: 11270

| DATE | POS | PROC | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|------|-----|------|-------------|---------|---------|---------|
| 12/20/05 | ADX | | ADDITIONAL DIAGNOSIS | 0.00 | | 2421.00 |
| | | | L WALKER | | | |
| | | | ROBERT D SIMON MD.PA | | | |
| 12/01/05 | | 72148 | MRI, LUMBAR SPINE, W/O CONTRAST | 300.00 | | 2721.00 |
| 12/01/05 | ADX | | ADDITIONAL DIAGNOSIS | 0.00 | | 2721.00 |
| | | | L WALKER | | | |
| | | | ROBERT D SIMON MD.PA | | | |
| 01/30/06 | | 99214 | OFFICE/OUTPATIENT VISIT, EST, E | 335.00 | | 3056.00 |
| 01/30/06 | ADX | | ADDITIONAL DIAGNOSIS | 0.00 | | 3056.00 |
| 01/30/06 | ADX | | ADDITIONAL DIAGNOSIS | 0.00 | | 3056.00 |
| 01/30/06 | ADX | | ADDITIONAL DIAGNOSIS | 0.00 | | 3056.00 |

| CURRENT/ | 30-60 DAYS/ | 60-90 DAYS/ | >90 DAYS/ | TOTAL |
|----------|-------------|-------------|-----------|-------|
| 335.00 | 0.00 | 635.00 | 2,086.00 | 3,056.00 |

TOTAL DUE
3,056.00

ROBERT D. SIMON MD.PA
701 N LAKE BLVD.
SUITE 208
NORTH PALM BCH FL 33408

LOCATION :   OV COSOSF-NORTH

PHONE : 561 845 7078            REFERRING DOCTOR :   KUGLER

MEDICAL RECORDS REQUEST- AUTO

PATIENT: WALKER, LORETTA

PAGES:
$1.00 PER PAGE FOR FIRST 25 PAGES
$0.25 PER PAGE FOR REMAINDER


PAGE #                    13


BILLING AMOUNT:        $13.00


THE BILL FOR THIS PATIENT WILL BE SENT UNDER SEPARATE COVER
FROM THIS OFFICE.

THANK YOU FOR YOUR REQUEST

TAX ID# 65-1096794


ADDRESS
DR. ROBERT SIMON
701 NORTHLAKE BLVD STE 208
NORTH PALM BEACH, FL 33408

PatientID: 11270
Patient Name: LORETTA WALKER
Date of Birth: 10/24/1958

Date of Service: 01/30/2006 08:40 am

## SUBJECTIVE:

Patient presents today for continued low back pain as well as right shoulder pain, right pinky pain and left knee pain related to a slip and fall on 08/06/05. She has not reached pre-accident functioning. She is working as a C NA and with excessive bending, she has increased back pain which is radiating down the right leg lateral aspect and lateral thigh to her knee. She denies any changes since she was last seen. She is using Lidoderm patches as well as Naprosyn. She also uses a muscle stimulator which has been helpful. She is contemplating surgery at this time but she is concerned about taking time off of work.

## PHYSICAL EXAMINATION:

The lumbar spine shows nearly normal ROM. Pain in the extremes. Lower extremity strength is normal. Sensation is intact. She is tender to the midline at L4-S1, PSIS bilaterally and paraspinals bilaterally. SLR reproduces low back pain and L5 radiculopathy right leg.

Examination of the right shoulder shows tenderness over the supraspinatus insertion. There is mild to moderate limitation of range of motion with pain at the extremes of abduction and extension. There is mild to moderate positive Neer's sign, Hawkins and a positive active Jobe test with mild weakness.

Right pinky has a flexion deformity at the DIP. Passive motion is full. She has loss of active finger extension at the DIP. Sensation is intact. Neurovascular stable.

Left knee shows full ROM. Negative varus/valgus stress test at 0 and 30 degrees. Negative anterior and posterior drawer. Negative Lachman's. She is nontender to the medial or lateral joint line. No effusion or edema. Gait is full without alteration.

## ASSESSMENT:

1. Lumbar sprain with HNP with L5 radiculopathy.
2. Right shoulder impingement.
3. Right pinky mallet finger.
4. Left knee contusion, improving.

## PLAN:

It is my opinion the patient has sustained a permanent injury as a result of an accident. Although the patient has reached maximum medical improvement, medically this patient will need future treatments, including but not limited to those outlined below. This treatment will be rendered at times of exacerbation of pain and discomfort and

ROBERT D. SIMON, M.D.   701 NORTHLAKE BLVD., #208, N. PALM BEACH, FL   (561) 845-7078   FAX (561) 845-8030

PatientID: 11270
Patient Name: LORETTA WALKER
Date of Birth: 10/24/1958

Date of Service: 01/30/2006  08:40 am

may require the following financial coverage.

Additional treatment for exacerbations may be offered in the form of outpatient based physical therapy for 8 to 10 sessions of aggressive physical therapy to combat these episodes. Usually the cost of treatment at three times a week scheduled would be $400 to $500 per week for three weeks total. The costs for these physical therapy treatments may vary 15-20% depending on location, frequency and diagnosis.

At times of acute exacerbations, the patient may need a medical evaluation which could include repeat x-rays or MRI's. An evaluation by a physician may cost $300 to $350 for follow up visits and an additional $125 to $150 for repeat x-rays of the affected area.

Treatment and continued care for exacerbations may be orchestrated by my office or other involved physicians. These visits will add an additional cost of $220 to $240 for each visit needed for care.

In addition to the rehabilitation and physical medicine as well as physical therapy, the patient may need medications for pain or spasm such as nonsteroidals or antispasmodics. The typical cost for these medications on a per month basis may range from $60 to over $155. The patient may also benefit from trigger point injections. These cost between $110 to $145. Typically patients have one to two exacerbations per year.

Overall, the above-named patient has been compliant with care and their orthopedic plan. We have explained the above future treatments. The patient will be asked to return to my office or contact my staff should his or her symptomatology persist and/or worsen.

In accordance with the AMA Guides to the Evaluation of Permanent Impairment, 5th Edition, the patient has 10% whole body permanent physical impairment rating attributing 5% to the lumbar spine, 2% to the right shoulder, 2% right pinky and 1% left knee. These permanent percentages have been assessed secondary to the clinical findings and review of their orthopedic condition.

She will follow up on an as needed basis. She may continue use of the RS Stimulator and I would suggest a purchase of the unit. She is a candidate for lumbar discogram and nucleoplasty as well as right shoulder arthroscopy and right pinky mallet finger repair. She would like to continue conservatively at this time. She may continue therapy. A spine chair may also be helpful. She can use over the counter anti-inflammatories and a prescription for Lidoderm patch was given today.

ROBERT D. SIMON, M.D.    701 NORTHLAKE BLVD., #208, N. PALM BEACH, FL    (561) 845-7078    FAX (561) 845-8030

PatientID: 11270
Patient Name: LORETTA WALKER
Date of Birth: 10/24/1958

Date of Service: 01/30/2006  08:40 am

## DICTATED
## BUT NOT PROOFREAD

Robert D. Simon, M.D.

RDS:sf-dst
Cc:    Jeffrey Kugler, M.D.
       Gary Drucker, Esq
       Dr. Papa

ROBERT D. SIMON, M.D.   701 NORTHLAKE BLVD., #208, N. PALM BEACH, FL   (561) 845-7078   FAX (561) 845-8030

PatientID: 11270
Patient Name: LORETTA WALKER
Date of Birth: 10/24/1958

Date of Service: 12/20/2005 10:49 am

## SUBJECTIVE:

The patient presents today for low back pain and left knee pain. She has been noticing increased pain with the weather changes and with her menses. She is having pain that radiates down the lateral aspect of the right leg which has become worse more recently.

## PHYSICAL EXAMINATION:

Exam of the lumbar spine shows decreased range of motion secondary to pain.

The lower limb motor strength is clinically tested and is rated on a scale of 0 to 5, with 5 being active movement against gravity with full resistance, (as per the American Medical Association Guides to the Evaluation of Permanent Impairment, Fourth Edition, page 151.) The following findings were noted:

|  | RIGHT | LEFT |
| --- | --- | --- |
| Extensor Hallucis Longus | 5/5 | 5/5 |
| Anterior Tibialis | 5/5 | 5/5 |
| Peroneals | 5/5 | 5/5 |
| Quadriceps | 5/5 | 5/5 |
| Hamstrings | 5/5 | 5/5 |
| Hip Flexors | 5/5 | 5/5 |

Sensation to light touch in lower extremities was evaluated. There is no significant abnormality and the sensation is symmetric from side-to-side.

The skin was evaluated in the affected areas. There is no significant skin lesion such as ecchymosis, erythema, mass, laceration noted. The moisture and turgor were normal with no obvious focal changes.

She has a positive straight leg raise at 50° to the right leg and dorsiflexion worsens the symptoms with right lower extremity L5 radiculopathy.

Examination of the left knee reveals that she is tender to the medial and lateral joint lines. There is full range of motion. There is a negative varus/valgus stress test; negative anterior/posterior drawer; negative Lachman. She has pain with McMurry and Steinmann.

## REVIEW OF RADIOGRAPHS:

X-rays of the left knee in three views including standing AP, lateral and patellar views are reviewed and are within normal limits. There are no significant degenerative changes present.

PatientID: 11270
Patient Name: LORETTA WALKER
Date of Birth: 10/24/1958

Date of Service: 12/20/2005 10:49 am

The joint spaces are well maintained with no calcification within the menisci. The patella is appropriately positioned. No fractures, dislocations, or osseous abnormalities are noted.

ASSESSMENT:

1. Left knee pain and contusion.
2. Lumbar sprain with HNP.
3. Right L5 radiculopathy.

PLAN:

She was given patient education on lumbar discogram and nucleoplasty.

A percutaneous discectomy is discussed with the patient. The patient understands that this procedure is minimally invasive and may be successful. Should the procedure fail, the patient would be a candidate for an open discectomy and fusion. The patient understands that the success rate may be lower than the open decompression, but it is much less invasive and there is a chance of improvement in the patient's symptomatology. We have discussed the procedure with the use of the laser including the risks and alternatives. The patient understands the risks to include but not be limited to: Failure of the procedure, need for further surgery, infection, and the risk of nerve or blood vessel damage.

The cost of this procedure is approximately $40,000 to $50,000 not including time lost from work or postoperative rehabilitation. The patient will be out of work for approximately 3 days to 3 weeks depending on the type of work done by the patient. More labor intensive work requires a longer recovery time. The patient states an understanding.

She will continue use of the lumbar support brace. She will use heat modality.

The patient was given a prescription for Skelaxin 800 mg p.o. b.i.d. for relief of spasm and muscle contracture. It was explained to the patient that they should only use this medication on a p.r.n. basis. The patient should not take more than 3 pills over a 24 hour period. Should the patient have any side effects at all, the patient will contact the office immediately or present to the emergency room.

The patient denies any history of ulcers or relevant drug allergies. Therefore, nonsteroidal anti-inflammatory medications would be appropriate treatment. Before the patient left the office, a prescription for Naprosyn 500 mg one p.o. b.i.d. #60 was given. The patient was instructed to take this daily with food. The patient is to avoid alcohol consumption. I have explained that this medication can cause stomach problems or other complications, and if so, the medication should be discontinued and the office should be notified.

ROBERT D. SIMON, M.D.    701 NORTHLAKE BLVD., #208, N. PALM BEACH, FL    (561) 845-7078    FAX (561) 845-8030

PatientID: 11270
Patient Name: LORETTA WALKER
Date of Birth: 10/24/1958

Date of Service: 12/20/2005 10:49 am

**DICTATED**
**BUT NOT PROOFREAD**

Robert D. Simon, M.D.

RDS/SF:dst-c

cc:   Gary Drucker, Esquire
      Dr. Kugler

ROBERT D. SIMON, M.D.   701 NORTHLAKE BLVD., #208, N. PALM BEACH, FL   (561) 845-7078   FAX (561) 845-8030

PatientID: 11270
Patient Name: LORETTA WALKER
Date of Birth: 10/24/1958

Date of Service: 12/01/2005  12:45 pm

## REVIEW OF MRI:

MRI of the lumbosacral spine done at Fountain Imaging dated 11/10/05 is reviewed.

L1-L2, L2-L3 and L3-L4 discs appear normal with good hydration and normal contour.

L4-L5 shows significant desiccation and a grade 1 slip with mild spinal stenosis and a midline disc herniation.

At L5-S1 there is significant desiccation of the disc. There is mild endplate change noted and a significant amount of bulging.

This reading is a second reading of radiographs that have accompanied the patient today. This reading is necessary to facilitate the appropriate treatment of the patient and is to be used with clinical correlation to offer the highest standard of care. As with any interpretation, it is important to use the clinical aspect along with specific objective findings on these clinical films to ensure and assist in the management of this patient. Without this additional reading, the patient care would be compromised and not complete.

**DICTATED**
**BUT NOT PROOFREAD**

Robert D. Simon, M.D.

RDS:dst-c

cc:    Dr. Kugler
       Dr. Papa
       Gary Drucker, Esquire

ROBERT D. SIMON, M.D.    701 NORTHLAKE BLVD., #208, N. PALM BEACH, FL    (561) 845-7078    FAX (561) 845-8030

PatientID: 11270
Patient Name: LORETTA WALKER
Date of Birth: 10/24/1958

Date of Service: 11/22/2005  08:59 am

## SUBJECTIVE:

The patient presents today for continued low back pain. She is wearing her lumbar support brace and using a RS stimulator. She did have MRI's performed and brought the films in today for review. She is in therapy and therapy has been helpful. The Darvocet and Naprosyn as controlling her pain, but she is having breakthrough pain with working as a nurse. The pain is sharp, achy, dull, electric and intermittent. The pain changes depending on activities.

## PHYSICAL EXAMINATION:

Exam of the lumbar spine reveals that she is tender to the midline, paraspinals and PSIS bilaterally.

The lower limb motor strength is clinically tested and is rated on a scale of 0 to 5, with 5 being active movement against gravity with full resistance, (as per the American Medical Association Guides to the Evaluation of Permanent Impairment, Fourth Edition, page 151.) The following findings were noted:

|                        | RIGHT | LEFT |
|------------------------|-------|------|
| Extensor Hallucis Longus | 5/5 | 5/5 |
| Anterior Tibialis      | 5/5 | 5/5 |
| Peroneals              | 5/5 | 5/5 |
| Quadriceps             | 5/5 | 5/5 |
| Hamstrings             | 5/5 | 5/5 |
| Hip Flexors            | 5/5 | 5/5 |

Sensation to light touch in lower extremities was evaluated. There is no significant abnormality and the sensation is symmetric from side-to-side.

The skin was evaluated in the affected areas. There is no significant skin lesion such as ecchymosis, erythema, mass, laceration noted. The moisture and turgor were normal with no obvious focal changes.

## REVIEW OF MRI:

See separate dictation.

## ASSESSMENT:

Lumbar sprain with bulging discs at L4-L5, L5-S1 per MRI report.

ROBERT D. SIMON, M.D.    701 NORTHLAKE BLVD., #208, N. PALM BEACH, FL    (561) 845-7078    FAX (561) 845-8030

PatientID: 11270
Patient Name: LORETTA WALKER
Date of Birth: 10/24/1958

Date of Service: 11/22/2005 08:59 am

## PLAN:

The patient was also given a prescription for Lidoderm patches to be applied topically to the areas of pain. The patient was instructed on the proper use and purpose of these patches. It was explained to the patient that this medication should not be used if they have heart disease or if they are taking any cardiac medications. The patch is only to be used topically. It is to be applied to the areas where the pain emanates from. The patch is not to be left on for greater than 12 hours. It was explained to the patient that the back of the samples have pictures and additional instructions which are simple and should be read prior to the use of the product.

She will continue the RS stimulator.

She will continue conservative care and follow up in one month. She will continue use of the lumbar support brace. I advised her to refrain from excessive stooping and any activity that may reproduce her pain.

She will continue Darvocet and Naprosyn.

### DICTATED
### BUT NOT PROOFREAD

Robert D. Simon, M.D.

RDS/SF:dst-c

cc:    Gary Drucker, Esquire
       Dr. Kugler

PatientID: 11118
Patient Name: CLEE M TAYLOR
Date of Birth: 11/30/1942

Date of Service: 11/07/2005 10:20 am


## SUBJECTIVE:

The patient presents today for follow up for continued low back pain, as well as right shoulder pain. The range of motion of her shoulder is improved, but her back pain is still significant and it radiates down the back of the right leg. There are some family issues and medical problems that she is currently experiencing including uncontrolled hypertension and therefore, she has not been in physical therapy and she has discontinued chiropractic care because she has not been medically cleared related to her blood pressure. Also, with her current blood pressure problems she is unable to undergo any surgery at this time, so she has continued with conservative care.

## PHYSICAL EXAMINATION:

Examination of the right shoulder shows tenderness over the supraspinatus insertion. There is mild to moderate limitation of range of motion with pain at the extremes of abduction and extension. There is mild to moderate positive Neer's sign, Hawkins and a positive active Jobe test with mild weakness. Otherwise, there is full range of motion.

The lumbar spine shows nearly normal range of motion with pain at extremes.

The lower limb motor strength is clinically tested and is rated on a scale of 0 to 5, with 5 being active movement against gravity with full resistance, (as per the American Medical Association Guides to the Evaluation of Permanent Impairment, Fourth Edition, page 151.) The following findings were noted:

|                           | RIGHT | LEFT |
|---------------------------|-------|------|
| Extensor Hallucis Longus  | 4+/5  | 5/5  |
| Anterior Tibialis         | 4+/5  | 5/5  |
| Peroneals                 | 4+/5  | 5/5  |
| Quadriceps                | 4+/5  | 5/5  |
| Hamstrings                | 4+/5  | 5/5  |
| Hip Flexors               | 4+/5  | 5/5  |

Sensation to light touch in lower extremities was evaluated. There is no significant abnormality and the sensation is symmetric from side-to-side.

She is tender to the midline, paraspinals and PSIS bilaterally of the lumbar spine.

Straight leg raise at 70° reproduces right leg S1 radiculopathy.

## ASSESSMENT:

ROBERT D. SIMON, M.D.    701 NORTHLAKE BLVD., #208, N. PALM BEACH, FL    (561) 845-7078    FAX (561) 845-8030

PatientID: 11118
Patient Name: CLEE M TAYLOR
Date of Birth: 11/30/1942

Date of Service: 11/07/2005  10:20 am

Unchanged.

**PLAN:**

Secondary to the hypertension, she will not undergo any formal physical therapy at this time until she is medically cleared by her primary care provider. All anti-inflammatories will be prescribed through her primary care physician. She may continue with the Vicodin and follow up in four weeks.

We will hold off on any surgery secondary to medical problems including uncontrolled hypertension.

She will need prior clearance by her primary care provider and possibly also a cardiac clearance by a cardiologist prior to any surgical procedures.

<div align="center">

**DICTATED**
**BUT NOT PROOFREAD**

Robert D. Simon, M.D.

</div>

RDS/SF:dst-c

ROBERT D. SIMON, M.D.   701 NORTHLAKE BLVD., #208, N. PALM BEACH, FL   (561) 845-7078   FAX (561) 845-8030

PatientID: 11270
Patient Name: LORETTA WALKER
Date of Birth: 10/24/1958

Date of Service: 11/04/2005 09:01 am

## SUBJECTIVE:

The patient presents today for low back pain. She is still wearing her lumbar support brace. After her fall, she injured her right pinkie finger and she still reports swelling to that region which has not resolved. She is taking Aleve and she is in therapy.

## PHYSICAL EXAMINATION:

Exam of the lumbar spine reveals that she is tender to the midline, L4 to S1, paraspinals and PSIS bilaterally.

The lower limb motor strength is clinically tested and is rated on a scale of 0 to 5, with 5 being active movement against gravity with full resistance, (as per the American Medical Association Guides to the Evaluation of Permanent Impairment, Fourth Edition, page 151.) The following findings were noted:

|                         | RIGHT | LEFT |
|-------------------------|-------|------|
| Extensor Hallucis Longus | 5/5   | 5/5  |
| Anterior Tibialis        | 5/5   | 5/5  |
| Peroneals                | 5/5   | 5/5  |
| Quadriceps               | 5/5   | 5/5  |
| Hamstrings               | 5/5   | 5/5  |
| Hip Flexors              | 5/5   | 5/5  |

Sensation to light touch in lower extremities was evaluated. There is no significant abnormality and the sensation is symmetric from side-to-side.

The skin was evaluated in the affected areas. There is no significant skin lesion such as ecchymosis, erythema, mass, laceration noted. The moisture and turgor were normal with no obvious focal changes.

The right hand pinkie finger shows full range of motion at the MP and PIP. The DIP shows loss of extension. Her finger is mildly tender and edematous at the DIP. She has full range of motion with MP flexion, PIP flexion and DIP flexion.

## REVIEW OF RADIOGRAPHS:

X-rays of the right pinkie in two views performed in the office today - see separate dictation.

## ASSESSMENT:

ROBERT D. SIMON, M.D.   701 NORTHLAKE BLVD., #208, N. PALM BEACH, FL   (561) 845-7078   FAX (561) 845-8030

PatientID: 11270
Patient Name: LORETTA WALKER
Date of Birth: 10/24/1958

Date of Service: 11/04/2005  09:01 am


1.    Lumbar sprain, rule out HNP.
2.    Right pinkie finger mallet finger.

PLAN:

She was placed in a splint for the right pinkie which she is not to remove.

A prescription has been given to the patient for an MRI of the lumbar spine. The patient will see us approximately one week after the MRI has been completed. The patient will bring the films into the office for a review.

She will continue with RS stimulator, lumbar support brace and Aleve for the pain.

She will follow up in four weeks.

**DICTATED**
**BUT NOT PROOFREAD**

Robert D. Simon, M.D.

RDS/SF:dst-c

cc:    Dr. Kugler
       Gary Drucker, Esquire

ROBERT D. SIMON, M.D.    701 NORTHLAKE BLVD., #208, N. PALM BEACH, FL    (561) 845-7078    FAX (561) 845-8030

PatientID: 11270
Patient Name: LORETTA WALKER
Date of Birth: 10/24/1958

Date of Service: 08/22/2005  11:06 am

## SUBJECTIVE:

The patient is seen in follow up of low back pain, right shoulder pain and left knee pain. She has had no significant change. She is using Darvocet and Naprosyn, which seems to help, as does the therapy with Dr. Papa. She has been working, but taking it easy. She continues to have significant difficulty. She is having spasm and pain in the low back.

## PHYSICAL EXAMINATION:

Examination of the lumbar spine shows marked decreased tenderness from the last visit. There is still tenderness along the lumbosacral region bilaterally, although the guarding is gone, there is mild spasm. The patient walks with a much more normal gait, but she still has decreased rotation from trunk to pelvis.

The right shoulder shows abduction to 165° with pain at the extreme. The supraspinatus is tender, but again this is markedly less so than before. Overall, there is marked improvement.

## PLAN:

I will have the patient continue with the current conservative care. I will see her again in four weeks.

### DICTATED
### BUT NOT PROOFREAD

Robert D. Simon, M.D.

RDS:dst-c

cc:    Dr. Papa
       Dr. Kugler
       Gary Drucker, Esquire

#$%|LORETTA||WALKER|11270|09222005|5|1|OVCOS6001|00001000||emrja|

**SUBJECTIVE:**

The patient presents today for back pain and right shoulder pain related to a slip and fall that occurred on 08/06/05. She is taking Naprosyn and working as a CNA. She reports that in the morning when waking up, she has a lot of stiffness and muscle spasm in her back and she needs to take a hot shower and use moist heat packs before she can actually get ready for work due to extreme pain. When she has prolonged standing at work, her back becomes more painful. She is not using a lumbar support brace. She is in therapy and therapy has been extremely helpful with Dr. Papa.

**PHYSICAL EXAMINATION:**

Exam of the lumbar spine reveals that she is tender to the midline from L4 to S1. There is mild tenderness to the paraspinals and PSIS bilaterally.

The lower limb motor strength is clinically tested and is rated on a scale of 0 to 5, with 5 being active movement against gravity with full resistance, (as per the American Medical Association Guides to the Evaluation of Permanent Impairment, Fourth Edition, page 151.) The following findings were noted:

|  | RIGHT | LEFT |
|---|---|---|
| Extensor Hallucis Longus | 5/5 | 5/5 |
| Anterior Tibialis | 5/5 | 5/5 |
| Peroneals | 5/5 | 5/5 |
| Quadriceps | 5/5 | 5/5 |
| Hamstrings | 5/5 | 5/5 |
| Hip Flexors | 5/5 | 5/5 |

Sensation to light touch in lower extremities was evaluated. There is no significant abnormality and the sensation is symmetric from side-to-side.

The skin was evaluated in the affected areas. There is no significant skin lesion such as ecchymosis, erythema, mass, laceration noted. The moisture and turgor were normal with no obvious focal changes.

Straight leg raising is tested in the supine and sitting positions, and the following findings are noted: (70° or more with no pain in the leg is a negative test).

| SLR | RIGHT | LEFT |
|---|---|---|
| Supine | 70° | 70° |
| Sitting | 70° | 70° |

Lasegue's                                        Negative                    Negative

Examination of the right shoulder shows tenderness over the supraspinatus insertion. There is mild to moderate limitation of range of motion with pain at the extremes of abduction and extension. There is mild to moderate positive Neer's sign, Hawkins and a positive active Jobe test with mild weakness.

## ASSESSMENT:

1. Lumbar sprain.
2. Right shoulder impingement.

## PLAN:

The patient denies any history of ulcers or relevant drug allergies. Therefore, nonsteroidal anti-inflammatory medications would be appropriate treatment. Before the patient left the office, a prescription for Naprosyn 500 mg one p.o. b.i.d. #60 was given. The patient was instructed to take this daily with food. The patient is to avoid alcohol consumption. I have explained that this medication can cause stomach problems or other complications, and if so, the medication should be discontinued and the office should be notified.

A prescription for a lumbar support was given to the patient today. This lumbar support should be worn as needed for activities. It was explained to the patient that this brace should not be worn at all times to prevent further atrophy. The patient was given verbal instructions and all questions were answered before the patient left the office.

She will continue therapy with Dr. Papa.

An RS Medical RS-4I – four-channel combination interferential/neuromuscular stimulator was prescribed. This is **medically necessary** to treat both muscle spasm and pain. The interferential stimulator is beneficial in reeducating the muscle, retarding atrophy, increasing range of motion, decreasing muscle spasms, and decreasing pain. The RS 4I contains a "smart" data card, which will provide a detailed usage report on a monthly basis. This is important feature ensures an accurate record of patient compliance.

If the stimulator works well for her, then we will order the garment stimulator for the lumbar spine and she may be able to wear this at work.

### DICTATED
### BUT NOT PROOFREAD

Robert D. Simon, M.D.

RDS/SF:dst-c

PatientID: 11270
Patient Name: LORETTA WALKER
Date of Birth: 10/24/1958

Date of Service: 08/12/2005  12:36 pm

**DATE OF INJURY:** 08/06/05

**CHIEF COMPLAINT:**

Low back pain, right shoulder pain and left knee pain.

**HISTORY OF PRESENT ILLNESS:**

This patient had a slip and fall injury at Winn Dixie when she slipped on a liquid on the floor. Her right leg went forward; she landed onto her left knee and fell onto the right shoulder. Her left knee became swollen over the day. She tried to work but was unable to. She had to sit. She went to the emergency room two days later and did not return back to work. She was given a knee immobilizer which actually bothers her. She has taken Aleve and Advil with minimal relief. She complains of pain over the right shoulder proper as well as the lumbosacral area. Left knee anterior pain and anterior left ankle pain. The pain is sharp and achy, made worse with motion. She has pain everyday. She denies paresthesias and numbness. She does have some weakness in the left knee and right upper extremity. She has been unable to work since 08/10/05. She feels she has worsened. No other current medical conditions.

**ALLERGIES:**

None.

**REVIEW OF SYSTEMS:**

Negative.

**SOCIAL HISTORY:**

She smokes one half a pack of cigarettes per day. She does not drink more than once a week. She is right-hand dominant.

**PHYSICAL EXAMINATION:**

This is a 5'5", 214 lb female in minimal distress. The lumbar spine shows tenderness and spasm at the lumbosacral region. There is significant tenderness over the PSIS bilaterally, right much greater than left, with spasm and guarding. Right shoulder shows no gross deformity. She is tender over the supraspinatus, positive Neer, positive Hawkin's. Total abduction in the right shoulder is 95 degrees. Passive is approximately 140 degrees with pain.

Evaluation of the left knee shows minimal swelling over the tibial tubercle. There is mild

ROBERT D. SIMON, M.D.   701 NORTHLAKE BLVD., #208, N. PALM BEACH, FL   (561) 845-7078   FAX (561) 845-8030

PatientID: 11270
Patient Name: LORETTA WALKER
Date of Birth: 10/24/1958

Date of Service: 08/12/2005 12:36 pm

tenderness over the medial compartment. The lateral compartment is negative. The knee is examined for stability.

There is a grade I Lachman with a good endpoint. Varus and valgus stress failed to show any instability. There is a negative anterior drawer and negative posterior drawer with good endpoints. Exquisite tenderness is noted over the tibial tubercle.

Neurologic evaluation of the upper and lower extremities was evaluated. There is no significant abnormality and the sensation is symmetric from side-to-side. Motor strength is normal. No other gross deformities.

## ASSESSMENT:

S/P slip and fall with lumbar sprain, lumbar contusion, right knee sprain, contusion to the tibial tubercle and right shoulder impingement.

## PLAN:

The patient and I discussed treatment options. I would like her to start on a combination of Naprosyn with Darvocet for additional pain relief. We will refer her for therapy.

## WORK STATUS:

No work until followup visit.

I will see the patient again in one week.

<div align="center">

DICTATED
BUT NOT PROOFREAD

Robert D. Simon, M.D.

</div>

RDS:dst

CC:    Dr. Kugler
       Gary Drucker, Esq
       Dr. Papa

ROBERT D. SIMON, M.D.    701 NORTHLAKE BLVD., #208, N. PALM BEACH, FL    (561) 845-7078    FAX (561) 845-8030

# Center for Orthopedic Surgery and Sports Medicine
### Of South Florida

701 Northlake Boulevard, Suite 208
North Palm Beach, FL, 33408

---

## Medical information screening form

Patient Name: Loretta Walker    Date: 8-12-05

What is your present Orthopedic problem and where is it? left knee, right shoulder
lower back

What type of pain? (Sharp) (Achy) Dull

Is the Pain Constant?   YES   NO   What brings it on? Movement

What makes it better? When I'm not moving to much

How often does the pain occur? (Daily) Weekly

Is there tingling in your arms or legs?   YES   (NO)   If so, where? _____

Do you have any loss of sensation in your arms or legs?   YES   (NO)   If so, where? _____

Do you have any weakness? (YES)   NO   If so, where? left knee, right shoulder
lower back

Have you used a brace or support for this problem? (YES)   NO

Is this affecting your ability to work? (YES) NO   If so, how? Because of the
things my Job require.

When did you stop working? 8-10-05

When did you resume working? _____

Have you had similar problems before?   YES   (NO)   When and how did it happen? Slipped & fell
in Winn-Dixie

Have you:   IMPROVED   (WORSENED)   NOT CHANGED

Please list health care providers you have previously seen for this problem and treatments/tests
St. Mary's Hospital

---

**Please continue on next page**

Do you have any allergies to medication?   YES   (NO)

Please list them: _____

_____

Are you currently being treated by a physician?   YES   (NO)   If YES, for what reason?

_____

_____

Please list current medications and doses:

_____

_____

Do you have, or have you ever had any of the following:

| | | |
|---|---|---|
| High Blood Pressure | Rheumatic Fever | Breast Lumps |
| Low Blood Count | Chest Pain | Breast Discharge |
| Unusual Bleeding | Shortness Of Breath | Hepatitis |
| Fractures, Dislocations Or Sprains | Heart Attack | Diabetes |
| Arthritis | Asthma | Stomach Pain Or Ulcers |
| Abdominal Pain | Pneumonia | Intolerance To Anti-Inflamatory |
| Dizziness | Enlarged Lymph Glands | Medications |
| Headaches | Rashes | Pain With Urination |
| Paralysis | Tuberculosis | Blurred Vision |
| | | Seizures Or Convulsions |

Do you smoke? (YES) NO   If YES, how many packs per day? ½

Do you drink alcohol more than once a week?   YES   NO   If YES, how many days per week?

What type? _____

Are you right or left handed?   (R)   L

What is your    Height 5'5"    Weight 214

Patient Name _Loretta Walken_    Date _8-12-05_

Please mark the location of your pain using the symbols below:

///// Ache    xxxx Pain    ooo Tingling    — Numb



Right    Left    Left    Right

Robert D. Simon, M.D., P.A.
701 Northlake Boulevard, Suite 208
North Palm Beach, FL, 33408

**Center for Orthopedic Surgery and Sports Medicine**
_Of South Florida_

Robert D. Simon, M.D., P.A.
701 Northlake Boulevard, Suite 208
North Palm Beach, FL, 33408

# Center for Orthopedic Surgery and Sports Medicine
### Of South Florida

Your Name: __Loretta Walker__      Today's Date: __8-12-05__

What Type of accident were you involved in? ____Work Comp   ✓Slip & Fall   ____Auto   ____Other

Describe the accident in detail: __Walked in Winn-Dixie to pick-up__
__a couple of things walking slip + Fall__ __Liquor__
__floor__

What was the date of the accident? __8-6-05__

**If a motor vehicle accident, please fill out the following:**

Please indicate what part of your vehicle was hit, such as the front or right side, and how fast each of the vehicles were traveling. Also indicate what happened to you within the vehicle. _____

Where were you in the vehicle? (Driver, etc.) _____

| | | |
|---|---|---|
| Were you wearing a seatbelt? | ____ YES | ____ NO |
| Did your vehicle have a headrest? | ____ YES | ____ NO |
| Was the headrest properly adjusted? | ____ YES | ____ NO |
| Did you drive away from the accident? | ____ YES | ____ NO |

**If a work-related accident, please fill out the following:**

Who was your employer at the time of accident? _____
Their address: _____   Phone#: _____

Please fill out the following regarding your current injury.

| | | |
|---|---|---|
| Were you taken to an Emergency Room? | ✗ YES | ⊗ NO |
| If so, did you go by Ambulance? | ____ YES | ✗ NO |
| Were you admitted to the hospital? | ✗ YES | ✗ NO |
| Have you missed work because of the accident? | ____ YES | ____ NO |
| If so, how much time? (days, weeks, months) __4 days to present__ | | |
| Have you been on restricted duty since then? | ✓ YES | ____ NO |

Describe your current Job position. __CNA - Taking of Resident, making beds__
__wheeling wheelchairs making sure Resident get to meals__
__I am on my feet Constanly__

| | | |
|---|---|---|
| Have you seen any other physician for this condition? | ✓ YES | ____ NO |
| If so, who? __emergency Room  St. Mary's Hospital__ | | |
| Have you ever injured yourself in the same location as your current injury, either before or after this accident? | ____ YES | ✓ NO |

If the answer to the above question is yes, please indicate when and what treatment you have had.

# Center for Orthopedic Surgery and Sports Medicine
## Of South Florida

Robert D. Simon, M.D., P.A.
701 Northlake Boulevard, Suite 208
North Palm Beach, FL, 33408

Robert D. Simon, M.D.
Board Certified Orthopedic Surgeon
Specializing in:
Pediatric and Adult Orthopedic Injuries
Pediatric and Adult Spinal Conditions
Traumatic Injuries
Fracture Care
Hand Surgery
Joint Replacement Surgery
Arthroscopic Surgery
Foot and Ankle Surgery
Sports Medicine and Reconstruction



DATE: 3/16/06.

PATIENT NAME: Walker, Loretta.

FINAL EVALUATION:

CHARGE $200.00

THANK YOU

*"Dedicated to Compassionate Healthcare"*

RSimon6965@hotmail.com

# Open Item Ledger

Patient # 00005458    Loretta Walker    (561) 844-0225

PHYSICAL THERAPY INSTITUTE OF S FLORIDA
Page 1 of 2
4/19/2006, 12:08 PM

| Posting Date | Inj | Resp | Code | Description | Prv | Billed | Contract Write-Off | Expected | Adjusted | Paid | Transfer | Insurance Balance | Patient Balance | Total Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08-19-05 | 001 | P | 97001 | PT EVALUATION | A1016 | 150.00 | 0.00 | 150.00 | 0.00 | 0.00 | | 0.00 | 150.00 | 150.00 |
| | 001 | P | 97110 | PHYSICAL THERAPY | A1016 | 15.00 | 0.00 | 15.00 | 0.00 | 0.00 | | 0.00 | 15.00 | 15.00 |
| | 001 | P | 97140 | MAN THERAPY TECHNIQUES | A1016 | 40.00 | 0.00 | 40.00 | 0.00 | 0.00 | | 0.00 | 40.00 | 40.00 |
| | 001 | P | 97010 | HOT COLD PACK | A1016 | 30.00 | 0.00 | 30.00 | 0.00 | 0.00 | | 0.00 | 30.00 | 30.00 |
| | 001 | P | 97014 | ELECT STIM | A1016 | 42.00 | 0.00 | 42.00 | 0.00 | 0.00 | | 0.00 | 42.00 | 42.00 |
| | 001 | P | 97035 | ULTRASOUND | A1016 | 40.00 | 0.00 | 40.00 | 0.00 | 0.00 | | 0.00 | 40.00 | 40.00 |
| Total: | | | | | | 317.00 | 0.00 | 317.00 | 0.00 | | | 0.00 | 317.00 | 317.00 |
| 08-24-05 | 001 | P | 97140 | MAN THERAPY TECHNIQUES | A1016 | 40.00 | 0.00 | 40.00 | 0.00 | 0.00 | | 0.00 | 40.00 | 40.00 |
| | 001 | P | 97530 | THERAPEUTIC ACTIVITIES | A1016 | 55.00 | 0.00 | 55.00 | 0.00 | 0.00 | | 0.00 | 55.00 | 55.00 |
| | 001 | P | 97010 | HOT COLD PACK | A1016 | 30.00 | 0.00 | 30.00 | 0.00 | 0.00 | | 0.00 | 30.00 | 30.00 |
| | 001 | P | 97035 | ULTRASOUND | A1016 | 42.00 | 0.00 | 42.00 | 0.00 | 0.00 | | 0.00 | 42.00 | 42.00 |
| | 001 | P | 97110 | PHYSICAL THERAPY | A1016 | 40.00 | 0.00 | 40.00 | 0.00 | 0.00 | | 0.00 | 40.00 | 40.00 |
| | 001 | P | 97014 | ELECT STIM | A1016 | 15.00 | 0.00 | 15.00 | 0.00 | 0.00 | | 0.00 | 15.00 | 15.00 |
| | 001 | P | 97014 | ELECT STIM | A1016 | 42.00 | 0.00 | 42.00 | 0.00 | 0.00 | | 0.00 | 42.00 | 42.00 |
| Total: | | | | | | 264.00 | 0.00 | 264.00 | 0.00 | | | 0.00 | 264.00 | 264.00 |
| 08-31-05 | 001 | P | 97110 | PHYSICAL THERAPY | A1016 | 15.00 | 0.00 | 15.00 | 0.00 | 0.00 | | 0.00 | 15.00 | 15.00 |
| | 001 | P | 97140 | MAN THERAPY TECHNIQUES | A1016 | 40.00 | 0.00 | 40.00 | 0.00 | 0.00 | | 0.00 | 40.00 | 40.00 |
| | 001 | P | 97010 | HOT COLD PACK | A1016 | 30.00 | 0.00 | 30.00 | 0.00 | 0.00 | | 0.00 | 30.00 | 30.00 |
| | 001 | P | 97014 | ELECT STIM | A1016 | 42.00 | 0.00 | 42.00 | 0.00 | 0.00 | | 0.00 | 42.00 | 42.00 |
| Total: | | | | | | 127.00 | 0.00 | 127.00 | 0.00 | | | 0.00 | 127.00 | 127.00 |
| 09-07-05 | 001 | P | 97110 | PHYSICAL THERAPY [2] | A1016 | 30.00 | 0.00 | 30.00 | 0.00 | 0.00 | | 0.00 | 30.00 | 30.00 |
| | 001 | P | 97010 | HOT COLD PACK | A1016 | 30.00 | 0.00 | 30.00 | 0.00 | 0.00 | | 0.00 | 30.00 | 30.00 |
| | 001 | P | 97014 | ELECT STIM | A1016 | 42.00 | 0.00 | 42.00 | 0.00 | 0.00 | | 0.00 | 42.00 | 42.00 |
| Total: | | | | | | 102.00 | 0.00 | 102.00 | 0.00 | | | 0.00 | 102.00 | 102.00 |
| 09-08-05 | 001 | P | 97110 | PHYSICAL THERAPY [2] | A1016 | 30.00 | 0.00 | 30.00 | 0.00 | 0.00 | | 0.00 | 30.00 | 30.00 |
| | 001 | P | 97140 | MAN THERAPY TECHNIQUES | A1016 | 40.00 | 0.00 | 40.00 | 0.00 | 0.00 | | 0.00 | 40.00 | 40.00 |
| | 001 | P | 97010 | HOT COLD PACK | A1016 | 30.00 | 0.00 | 30.00 | 0.00 | 0.00 | | 0.00 | 30.00 | 30.00 |
| | 001 | P | 97014 | ELECT STIM | A1016 | 42.00 | 0.00 | 42.00 | 0.00 | 0.00 | | 0.00 | 42.00 | 42.00 |
| | 001 | P | 97035 | ULTRASOUND | A1016 | 40.00 | 0.00 | 40.00 | 0.00 | 0.00 | | 0.00 | 40.00 | 40.00 |
| Total: | | | | | | 182.00 | 0.00 | 182.00 | 0.00 | | | 0.00 | 182.00 | 182.00 |
| 09-16-05 | 001 | P | 97110 | PHYSICAL THERAPY [2] | A1016 | 30.00 | 0.00 | 30.00 | 0.00 | 0.00 | | 0.00 | 30.00 | 30.00 |
| | 001 | P | 97140 | MAN THERAPY TECHNIQUES | A1016 | 40.00 | 0.00 | 40.00 | 0.00 | 0.00 | | 0.00 | 40.00 | 40.00 |
| | 001 | P | 97010 | HOT COLD PACK | A1016 | 30.00 | 0.00 | 30.00 | 0.00 | 0.00 | | 0.00 | 30.00 | 30.00 |
| | 001 | P | 97014 | ELECT STIM | A1016 | 42.00 | 0.00 | 42.00 | 0.00 | 0.00 | | 0.00 | 42.00 | 42.00 |

Open Item Ledger

| Posting Date | Inj | Resp | Code | Description | Prv | Billed | Contract Write-Off | Expected | Paid | Adjusted | Transfer | Insurance Balance | Patient Balance | Total Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 001 | P | 97110 | PHYSICAL THERAPY [2] | A1016 | 30.00 | 0.00 | 30.00 | 0.00 | 0.00 | | 0.00 | 30.00 | 30.00 |
| | 001 | P | 97140 | MAN THERAPY TECHNIQUES | A1016 | 40.00 | 0.00 | 40.00 | 0.00 | 0.00 | | 0.00 | 40.00 | 40.00 |
| | 001 | P | 97010 | HOT COLD PACK | A1016 | 30.00 | 0.00 | 30.00 | 0.00 | 0.00 | | 0.00 | 30.00 | 30.00 |
| | 001 | P | 97014 | ELECT STIM | A1016 | 42.00 | 0.00 | 42.00 | 0.00 | 0.00 | | 0.00 | 42.00 | 42.00 |
| | 001 | P | 97035 | ULTRASOUND | A1016 | 40.00 | 0.00 | 40.00 | 0.00 | 0.00 | | 0.00 | 40.00 | 40.00 |
| | 001 | P | 97110 | PHYSICAL THERAPY | A1018 | 15.00 | 0.00 | 15.00 | 0.00 | 0.00 | | 0.00 | 15.00 | 15.00 |
| | 001 | P | 97140 | MAN THERAPY TECHNIQUES | A1016 | 40.00 | 0.00 | 40.00 | 0.00 | 0.00 | | 0.00 | 40.00 | 40.00 |
| | 001 | P | 97535 | ACTIVITIES OF DAILY LIVING | A1016 | 50.00 | 0.00 | 50.00 | 0.00 | 0.00 | | 0.00 | 50.00 | 50.00 |
| | 001 | P | 97010 | HOT COLD PACK | A1016 | 30.00 | 0.00 | 30.00 | 0.00 | 0.00 | | 0.00 | 30.00 | 30.00 |
| | 001 | P | 97014 | ELECT STIM | A1016 | 42.00 | 0.00 | 42.00 | 0.00 | 0.00 | | 0.00 | 42.00 | 42.00 |
| | 001 | P | 97035 | ULTRASOUND | A1016 | 40.00 | 0.00 | 40.00 | 0.00 | 0.00 | | 0.00 | 40.00 | 40.00 |
| Total: | | | | | | 541.00 | 0.00 | 541.00 | 0.00 | 0.00 | | 0.00 | 541.00 | 541.00 |
| 09-30-05 | 001 | P | 97110 | PHYSICAL THERAPY [2] | A1016 | 30.00 | 0.00 | 30.00 | 0.00 | 0.00 | | 0.00 | 30.00 | 30.00 |
| | 001 | P | 97140 | MAN THERAPY TECHNIQUES | A1016 | 80.00 | 0.00 | 80.00 | 0.00 | 0.00 | | 0.00 | 80.00 | 80.00 |
| | 001 | P | 97535 | ACTIVITIES OF DAILY LIVING | A1016 | 50.00 | 0.00 | 50.00 | 0.00 | 0.00 | | 0.00 | 50.00 | 50.00 |
| | 001 | P | 97010 | HOT COLD PACK | A1016 | 30.00 | 0.00 | 30.00 | 0.00 | 0.00 | | 0.00 | 30.00 | 30.00 |
| | 001 | P | 97014 | ELECT STIM | A1016 | 42.00 | 0.00 | 42.00 | 0.00 | 0.00 | | 0.00 | 42.00 | 42.00 |
| | 001 | P | 97035 | ULTRASOUND | A1016 | 40.00 | 0.00 | 40.00 | 0.00 | 0.00 | | 0.00 | 40.00 | 40.00 |
| | 001 | P | 97110 | PHYSICAL THERAPY | A1016 | 15.00 | 0.00 | 15.00 | 0.00 | 0.00 | | 0.00 | 15.00 | 15.00 |
| | 001 | P | 97140 | MAN THERAPY TECHNIQUES | A1016 | 80.00 | 0.00 | 80.00 | 0.00 | 0.00 | | 0.00 | 80.00 | 80.00 |
| | 001 | P | 97010 | HOT COLD PACK | A1016 | 30.00 | 0.00 | 30.00 | 0.00 | 0.00 | | 0.00 | 30.00 | 30.00 |
| | 001 | P | 97014 | ELECT STIM | A1016 | 42.00 | 0.00 | 42.00 | 0.00 | 0.00 | | 0.00 | 42.00 | 42.00 |
| | 001 | P | 97035 | ULTRASOUND | A1016 | 40.00 | 0.00 | 40.00 | 0.00 | 0.00 | | 0.00 | 40.00 | 40.00 |
| Total: | | | | | | 479.00 | 0.00 | 479.00 | 0.00 | 0.00 | | 0.00 | 479.00 | 479.00 |

**Payor Breakdown**

| BC | Inj | Code | Payor | Charges | Paid | Adjusted | Balance | Unapplied Payments | Adjustments | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| P | 001 | 0001 | CASH PATIENT | 2012.00 | 0.00 | 0.00 | 2012.00 | 0.00 | 0.00 | 2012.00 |
| Total: | | | | 2012.00 | 0.00 | 0.00 | 2012.00 | 0.00 | 0.00 | 2012.00 |

**Provider Breakdown**

| Provider | Charges | Paid | Adjusted | Balance |
|---|---|---|---|---|
| A1016 | 2012.00 | 0.00 | 0.00 | 2012.00 |
| Total: | 2012.00 | 0.00 | 0.00 | 2012.00 |

# HEALTH INSURANCE CLAIM FORM

| | | | | | | | | | PICA | |
|---|---|---|---|---|---|---|---|---|---|---|

**PICA**

| 1. | MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|---|
| | (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | 263513769 | |

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
WALKER (CROMETIE), LORETTA

**3. PATIENT'S BIRTH DATE**  MM 10 DD 25 YY 1958  **SEX** M ☐ F ☒

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**
WALKER (CROMETIE), LORETTA

**5. PATIENT'S ADDRESS (No., Street)**
1421 W. 26th STREET

**6. PATIENT RELATIONSHIP TO INSURED**
Self ☒  Spouse ☐  Child ☐  Other ☐

**7. INSURED'S ADDRESS (No., Street)**
1421 W. 26th STREET

**CITY** WEST PALM BEACH  **STATE** FL

**8. PATIENT STATUS**
Single ☒  Married ☐  Other ☐
Employed ☐  Full-Time Student ☐  Part-Time Student ☐

**CITY** WEST PALM BEACH  **STATE** FL

**ZIP CODE** 33404  **TELEPHONE (Include Area Code)** (561) 844-0225

**ZIPCODE** 33404  **TELEPHONE (INCLUDE AREA CODE)** ( )

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (CURRENT OR PREVIOUS)** ☐ YES  ☒ NO

**a. INSURED'S DATE OF BIRTH** MM DD YY  **SEX** M ☐ F ☐

**b. OTHER INSURED'S DATE OF BIRTH** MM DD YY  **SEX** M ☐ F ☐

**b. AUTO ACCIDENT?** ☐ YES  ☒ NO  **PLACE (State)**

**b. EMPLOYER'S NAME OR SCHOOL NAME**
TRADITION OF PALM BEACH

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**c. OTHER ACCIDENT?** ☒ YES  ☐ NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
LOP

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
☐ YES  ☒ NO  *If yes,* return to and complete item 9 a-d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below

SIGNED  SIGNATURE ON FILE  DATE 11/10/2005

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

**14. DATE OF CURRENT:**  MM 08 DD 08 YY 2005  **ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)**

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE** MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION**
FROM    TO

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**
SIMON, ROBERT MD

**17a. I.D. NUMBER OF REFERRING PHYSICIAN**
F95108

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES**
FROM    TO

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?** ☐ YES  ☒ NO  **$ CHARGES**

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)**
1. 724 4
2. 724 02
3. 793 7
4.

**22. MEDICAID RESUBMISSION CODE**  **ORIGINAL REF. NO.**

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A DATE(S) OF SERVICE | | | | | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS    MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | | |
| 11 | 10 | 05 | 11 | 10 | 05 | 11 | 4 | 72148 | 1,2,3 | 1750 00 | 1 | | N | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

**25. FEDERAL TAX I.D. NUMBER**  020621715  SSN ☐ EIN ☒

**26. PATIENT'S ACCOUNT NO.**  000004470001

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back)  ☒ YES  ☐ NO

**28. TOTAL CHARGE** $ 1750 00

**29. AMOUNT PAID** $ 0 00

**30. BALANCE DUE** $ 1750 00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
DOUGLAS N HORNSBY MD
SIGNED  11222005  DATE

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)**
Fountain Imaging of WPB
5841 Corporate Way, Suite 101
West Palm Beach, FL 33407

**33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #** 5616887309
Fountain Imaging of WPB
5841 Corporate Way, Suite 101
West Palm Beach, FL 33407
PIN# ME83541  GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    **PLEASE PRINT OR TYPE**

FORM HCFA-1500 (12-90)
FORM OWCP-1500    FORM RRB-1500

# Fountain IMAGING™
*The Care You Want. The Answers You Need.*

**Fountain Imaging • West Palm Beach**
5841 Corporate Way, Suite 101
West Palm Beach, FL 33407
Phone: 561-688-7309
Fax: 561-688-7310

**PATIENT NAME:** LORETTA WALKER
**MR#:** WPB-0000040043          **DOB:** 10/24/1972
**EXAM DATE:** 11/10/2005
**REQUESTING PHYSICIAN:** DR. ROBERT SIMON
**MRI OF THE LUMBAR SPINE:**
**CLINICAL HISTORY:**
Magnetic resonance imaging was performed of the lumbar spine of this 33-year-old female with a history of slip and fall on 8/08/2005. The patient now complains of persistent low back pain.

**TECHNIQUE:**
Sagittal T1 and T2-weighted images were acquired. A set of para-axial T2-weighted images was acquired through the lumbar spine intervertebral discs. No plain film images are available for correlation. For the purposes of this dictation only, there will be the presumption of five lumbar configured vertebrae.

**FINDINGS:**
The conus medullaris is normal in signal and morphology and terminates at the level of the intervertebral disc space at L1-2. The limited views of the paravertebral soft tissue structures demonstrate an anteverted, heterogeneous in signal uterus with increase in the size of the posterior myometrium. The visualized portions of the abdominal aorta are normal in caliber. The vertebral body heights and alignment are normal. There are no bone marrow signal abnormalities. At L5-S1, there is a broad-based posterior bulge of the intervertebral discs predominantly posterolateral to the right with consequent mild right neural foraminal narrowing. The left neural foramen is patent. At L4-5, there is a broad-based posterior bulge of the intervertebral disc with consequent moderate bilateral neural foraminal narrowing, right greater than left. The remainder of the intervertebral discs is normal in signal and morphology.

**IMPRESSION:**
1.   At L4-5, there is a broad-based posterior bulge of the intervertebral disc with consequent moderate bilateral neural foraminal narrowing, right greater than left.
2.   At L5-S1, there is a broad-based posterior bulge of the intervertebral discs predominantly posterolateral to the right with consequent mild right neural foraminal narrowing. The left neural foramen is patent.
3.   Anteverted, abnormally enlarged, heterogeneous in signal uterus with enlarged posterior myometrium. A dedicated sonogram of this region is recommended with Doppler interrogation for vascular flow for more complete characterization.

Thank you for referring this patient.

FINAL REPORT

*Douglas T. Hornsby, MD*

**Douglas Hornsby, M.D.**
Board Certified Radiologist

DH/sdp

**Fountain IMAGING**
The care You Want. The Answers You Need.

## Letter of Protection
### And
### Notice of Lien
#### Regarding Medical Bills and Medical Reports

Gary Drucker _____, ESQ.

3111 N. University Drive

Coral Springs, Fl

33065

9) 340 8733

PATIENT NAME: Loretta Walker

DATE OF ACCIDENT: 8/8/05

ACCOUNT #: _____

FILE #: _____

DATE: 11/10/05

_____, hereby agree that in consideration for the services rendered by Fountain Imaging to me this agreement (Agreement") evidences a debt and hereby creates a perfected irrevocable lien (the "Lien") against any recovery of proceeds paid by any insurance carrier or from any source whatsoever, including but not necessarily limited to proceeds recovered from any settlement, judgment or verdict that is paid either to my attorney or to me directly as a result of the injuries sustained in the above referenced accident.

I hereby authorize my attorney to discuss my Personal Injury case and to provide **Fountain Imaging** with any and all information necessary to have payment made directly to **Fountain Imaging** for such sums as may be due and owing to **Fountain Imaging** for medical services rendered me. I, furthermore authorize and *expressly direct* my attorney to withhold such sums from any insurance payments or from any source whatsoever, including but not limited to any settlement, judgment, verdict or recovery of any kind and pay **Fountain Imaging** from the proceeds of said recovery as soon as possible, all sums required to satisfy said debt.

Notwithstanding the forgoing, I fully understand that I am directly responsible to **Fountain Imaging** for all medical bills, resulting from any and all services rendered to me by **Fountain Imaging** and that this agreement does not relieve me of any personal responsibility for said charges. I further understand that this agreement is made solely for the protection of **Fountain Imaging** and that such payment is not contingent on any settlement, judgment, verdict or recovery.

I understand that this Lien and Letter of Protection is irrevocable and shall apply to any cause of action whether or not I engage legal counsel or substitute attorneys at any time during the pendency of said cause of action I further agree to notify **Fountain Imaging** in writing if I change or terminate any attorney/client relationship associated with said cause of action.

PATIENT SIGNATURE: Loretta Walk _____ DATE: 11·10·05

By receipt of this Notice of Lien I, being the attorney of record for the above patient, do hereby acknowledge the existence of the Lien created herein and agree to observe all the terms this Agreement and, to that end, agree to withhold such sums from any insurance payments or obtained from any source, including but not limited to any settlement, judgment or verdict and to pay **Fountain Imaging** from the proceeds of said recovery as soon as possible, all sums required to satisfy the debt evidenced herein.

I, furthermore, understand and agree to immediately notify **Fountain Imaging** in writing should there occur a substitution of counsel, referral to another attorney or law firm, retention of co-counsel or should the attorney/client relationship be terminated or modified in any manner.

ATTORNEY SIGNATURE: _____ DATE: _____

5/4/2005 10:20 AMLetter of Protection&Lien (khebert v1).doc

## PHYSICAL THERAPY INSTITUTE OF SOUTH FLORIDA

Patient Name: __Loretta Walker__          Date: __8-18-05__

Date of Last Physical Exam: __2005__

Please List Any Surgeries/Hospitalizations: ___N/A___          Date: _____
                                                              Date: _____
                                                              Date: _____

Have You Ever Suffered From Any of the Following:

____ Dizziness   ____ Tuberculosis   ____ Digestive Disorders   ____ Backaches

____ Headaches   ____ Numbness       ____ Migraines             ____ Asthma

____ Nervousness ____ Anemia         ____ Cancer                _X_ Sinus Problems

____ Neuritis    ____ Arthritis      ____ Diabetes              ____ Rheumatic Fever

____ Depression  ____ Fatigue        ____ Fainting              ____ Heart Problems

Any other Symptom/Illness/Pain: __N/A__

Other Physicians Seen For These Problems: __N/A__

Date of Last Menstrual Cycle: __one week Ago__   Are you Pregnant? Y (N) Do you Suspect? Y N

Please List Any Medications you Are Taking: __Advil &__
__Dorasect__

Please List Any Allergies you May Have: __None__

Please List Any Other Important Information You Feel Will Help Us With Your
Treatment: _____

I hereby authorize the Physical Therapy Institute of South Florida to release any of my
medical information to my insurance company for assistance in claim f ling.

Patient/Guardian Signature: __Loretta Walker__          Date: __8-18-05__

# PHYSICAL THERAPY INSTITUTE
## OF SOUTH FLORIDA

Date: _8-18-05_                    Claim#_____

Initial Visit:_____      D.O.A.:_____

## NOTICE OF INITIATION OF TREATMENT

To Whom It May Concern:

In accordance with Florida Statute 627.736(5)(b). The Physical Therapy Institute of South Florida is informing_____ Insurance Company that its insured_____ has requested treatment by our facility  This notice transmitted by return receipt mail within 21 days of the initiation of care permits our billing for services rendered to be performed within 60 days from each of service provided.

Sincerely,


John Papa, D.C.,
Medical Director

## ROYAL PALM BEACH MEDICAL CENTER

### ASSIGNMENT OF BENEFITS AND MEDICAL RELEASE

**POWER OF ATTORNEY TO ENDORSE CHECKS AND/OR TO SIGN ANY PIECE OF PAPER WHICH WILL ENHANCE OR EXPEDITE PAYMENT TO PROVIDER FOR SERVICES RENDERED, INCLUDING BUT NOT LIMITED TO A RELEASE OF MEDICAL RECORDS AND ASSIGNMENT OF BENEFITS/AUTHORIZATION TO PAY.**

Know by all these present that: The undersigned has made, constituted and appointed, and by these presents does hereby make, constitute and appoint Royal Palm Beach Medical Center, and any of it's fully authorized agents and employees as and to be the undersigned's true and lawful attorney for and in the undersigned's name, place and stead to endorse any and all checks, drafts, or money orders are made payable for services which have been made by Royal Palm Beach Medical Center, at the request or with the knowledge and approval of the undersigned and/or the maker of the check, draft or money order.

Furthermore, the undersigned allows Royal Palm Beach Medical Center or any of its agents to sign any paper that will be necessary to enhance and/or allow payment to said provider. This may include affidavits of non-ownership of vehicles, insurance forms and other statements.

The undersigned by these presents does give and grant the said Royal Palm Beach Medical Center as attorney the full power and authority to do and perform all and every act whatsoever requisite and necessary to be done in and about the premises as fully to all intents and purposes as the undersigned might or could do personally present insofar as the endorsing and cashing of said checks are concerned as well as any other document.

### MEDICAL RELEASE

A photocopy of the document shall be sufficient to authorize any person having records of medical treatment, services, or supplies pertaining to me to release true copies of same to Royal Palm Beach Medical Center or any insurer providing coverage to me in connection with the processing of any claim for benefits made by me or by the assignee herein. A photocopy of this document shall be as binding as an original signature page.

The undersigned does hereby ratify and confirm any and all actions taken by the said attorney in accordance with this special power and which the said attorney shall do or cause to be done by virtue of these presents.

### ASSIGNMENT OF BENEFITS

I, _Loretta Wacker_ hereby authorize _____
(Name of Insured/Patient)                                    (Name of Insurance Carrier)

To make medical benefits payments otherwise payable to me for services rendered by Royal Palm Beach Medical Center, but not to exceed the charges of those services, payable to and mailed directly to:

Royal Palm Beach Medical Center
106 Ponce-de-Leon Street
Royal Palm Beach, FL 33411

Furthermore, I hereby IRREVOCABLY ASSIGN to Royal Palm Beach Medical Center the rights and benefits under any policy of insurance, indemnity agreement, or any other collateral source as defined in Florida Statutes for any service and or charges provided by Royal Palm Beach Medical Center.

IN WITNESS WHEREOF the undersigned have hereunto set their hands, this _____ day of _____, 200__.

_Loretta Walsh_
PATIENTS SIGNATURE

_Loretta Wacker_
PATIENTS NAME (PLEASE PRINT)

PHYSICAL THERAPY INSTITUTE OF SOUTH FLORIDA
2161 Palm Beach Lakes Blvd, # 306
West Palm Beach, FL 33409
(561) 697-4747
(561) 697-4743

## RECORDS RELEASE

DATE: _____

TO: _____
           Doctor/ Hospital

_____
           ADDRESS

_____

I hereby authorize and request you to release to:

_____

_____

_____

The complete medical records in your possession, concerning my
illness and/or treatment during the period of :
From: _____ To: _____

Name: _____

Date of Birth: _____

Signed: _Loretta Walh_____

Signed: _____
       (Parent or Nearest Relative)

Witness: _____   Relationship: _____

Standard Disclosure and Acknowledgement Form
Personal Injury Protection - Initial Treatment or Service Provided

The undersigned insured person (or guardian of such person) affirms:

1.    The services or treatment set forth below were actually rendered.  This means that those services have already been provided.

2.    I have the right and the duty to confirm that the services have already been provided.

3.    I was not solicited by any person to seek any services from the medical provider of the services described above.

4.    The medical provider has explained the services to me for which payment is being claimed.

5.    If I notify the insurer in writing of a billing error, I may be entitled to a portion of any reduction in the amounts paid by my motor vehicle insurer. If entitled, my share would be at least 20% of the amount of the reduction, up to $500.

Insured Person (patient receiving treatment or services) or Guardian of Insured Person:

_Loretta Walker_          _Loretta Walker_          _8-18-05_
Name (PRINT or TYPE)          Signature          Date

The undersigned licensed medical professional or medical director, if applicable, affirms the statement numbered 1 above and also:

A.    I have not solicited or caused the insured person, who was involved in a motor vehicle accident, to be solicited to make a claim for Personal Injury Protection benefits.

B.    The treatment or services rendered were explained to the insured person, or his or her guardian, sufficiently for that person to sign this form with informed consent.

C.    The accompanying statement or bill is properly completed in all material provisions and all relevant information has been provided therein.  This means that each request for information has been responded to truthfully, accurately, and in a substantially complete manner.

D.    The coding of procedures on the accompanying statement or bill is proper.  This means that no service has been upcoded, unbundled, or constitutes an invalid or not medically necessary diagnostic test as defined by Section 627.732 (15) and (16), Florida Statutes or Section 627.736(5)(b)6, Florida Statutes.

Licensed Medical Professional Rendering Treatment/Services or Medical Director, if applicable (Signature by his/ her own hand):

_____          _____          _____
Name (PRINT or TYPE)          Signature          Date

Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree, per Section 817.234(1)(b), Florida Statutes.

Note: The original of this form must be furnished to the insurer pursuant to Section 627.736(4)(b), Florida Statutes and may not be electronically furnished.  Failure to furnish this form may result in non-payment of the claim.

OIR-B1-1571
Pub. 1/2004

Royal Palm Beach Medical Pt. Centers of Florida

PRACTICE NAME

RECEIPT OF NOTICE OF PRIVACY PRACTICES
WRITTEN ACKNOWLEDGEMENT FORM

I, _Royal Palm Beach Medical Pt. Centers of Florida_ , have reviewed/received a copy of

Patient Name

_Royal Palm Beach Medical Pt. Centers of Florida_ 's Notice of Privacy Practices.

Practice Name

561-230-2282 * TAX ID 561-230-2897

Signature of Patient/Guardian

_Gretta Walsh_

Date  8-18-05

OFFICE USE ONLY

I attempted to obtain the patient's signature in acknowledgement on this Notice of Privacy Practices Acknowledgement, but was unable to do so as documented below:

| Date: | Initials: | Reason: |
|-------|-----------|---------|
|       |           |         |

HIPAA04PH rev 02/03

WHITE COPY OFFICE  /  YELLOW COPY PATIENT

RUORDER OB S 1-800-634-1876

# PHYSICAL THERAPY INSTITUTE OF SOUTH FLORIDA

## INFORMED CONSENT FOR PHYSICAL THERAPY TREATMENTS AND CARE

I hereby request and consent to the performance of chiropractic adjustments and other chiropractic procedures, including various modes of physical therapy on me (or the patient named below, for whom I am legally responsible) therapist named below and/or other licensed therapist who now or in the future treat me while I am under the care of Physical Therapy Institute of South Florida.

I have had an opportunity to discuss with the doctor or therapist named below and/or with the other office or clinic personnel the nature of the treatments or adjustments. I understand and am informed that, as in the practice of medicine, there are some treatment risks including, but not limited to, fractures, disk injuries, strokes, dislocations and sprains. I do not expect the doctor to be able to anticipate and explain all risks and complications, and I wish to rely on the doctor to exercise judgment during the course of the procedure which the doctor feels at the time, based upon the facts then known, is in my best interest.

I have read the above consent. I have also had the opportunity to ask questions about its content, and by signing below I agree to the above named procedures. I intend for this consent form to cover the entire course of treatment for my present condition and for any future condition(s) for which I may seek treatment.

**TO BE COMPLETED BY PATIENT**

Patient's Name: Loretta Walker Signature of Patient: Loretta Walker

Date Signed: ~~Loretta Walker~~ 8-18-05 Witness or parent's signature: ______

**TO BE COMPLETED BY PATIENT'S REPRESENTATIVE IF PATIENT IS A MINOR OR PHYSICALLY OR LEGALLY INCAPACITATED**

Patient's Name: ______ Signature of Patient: ______

Date Signed: ______ Signature of Representative: ______

Relationship or authority of Patient's Representative: ______

Translated by: ______ Date: ______

**TO BE COMPLETED BY DOCTOR OR STAFF**

Name of Clinic or Office: ______

Address: ______

Name of Doctor(s)/Therapist treating this patient:

1. ______
2. ______
3. ______

Initial Appointment Date: 8/12/05 Time: 10:00

Patient Name: Orchia Walker    Age: 46    Sex: M (F)

(First)    (M)    (Last)

If Minor:    Parent/Guardian: _____

SS#: ###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

Address: 1421 West 26th St    Riviera Beach

State: FL    Zip: 33404    Phone: 844-0225    DOB: 10·24·58
Cell: 667-2993

Current Occupation: Nursing (CNA)    For How Long? 16 yrs

Current Employer: Tradition of Palm Beach    For How Long? 3 mos

Business Address: Haverhill Rd.

City: W.P.B    State: FL    Zip: 33401    Phone: 561-209-610

Emergency Contact: Ella Ruth Walker    Phone: 561-863-1277

Primary Care Physician: _____

Address: _____    Phone: _____

Present Condition:
Chief Complaint: low back, (R)shoulder (L)knee    Side Involved: ___    Date of Accident/Injury: 8/4/0
Type of accident: (please circle) AUTO   (SLIP/FALL)   OTHER

### PLEASE DO NOT WRITE BELOW THIS LINE

Insurance Information:

Verified: P S Date ___    Initials BG

Insurer's Name: _____

DOB: ___    Relation to Patient: ___

Type of Insurance: (please circle) PIP (LOP) CASH HEALTH

Primary Insurance Company: LOP only
Address: ___    City: ___    Adjuster: ___   State: ___   Zip: ___

Phone: ___    Policy#: ___    Claim/Group #: ___

Deductible: ___    Has This Been Met? ___    Policy Limits: ___    Copay %: ___

Secondary Insurance Company:
Address: ___    Phone: ___

City: ___    State: ___    Zip: ___

Policy #: ___    Claim/Group #: ___

Sent to Dr papa

Referring Doctor: Dr. Kugler    Phone: 561 296-1183    Fax: ___
Address: 3618 Lantana Rd. ste. 100 Lantana 33462

Attorney's Name: Gary Drucker    Phone: 954 340-7277 Fax: 954 340-87

Address: 3111 University drive. Ste. 901 Coral Springs FL. 33065

Who scheduled this appointment? (please circle)    Patient MD office    Your Initials: BAG

PT to bring MRI's & her.    per referral

# REFERRALS

DATE: 8/12/05

Patient Name: _Loretta Walker_    Account #: _____

| Instructions | Facility | Phone # |
|---|---|---|
| Physical Therapy | Papa | 697-4747 |
| Pain Management | FAX | 697-4743 |
| MRI | | |
| Specialist | | |
| Other: | | |

CENTER FOR NONSURGICAL SUPPORT AND SPORTS MEDICINE

Robert D. Simon, M.D., P.A.
701 Northlake Boulevard, Suite 206
North Palm Beach, FL 33408
Phone: (561) 845-7078
Fax: (561) 845-8030

DEA: _____

Patient Name: _____
Date: _____

RX: PT
L/Spine
Rt Shoulder
Lt Knee
Eval & Tr
3x wk — 4 weeks
DX, S/S

Refill: _____

Dr. _R Robinson_ RPA

SORRY
no notes
ready yet.



Patient Name:  Walker, Loretta
Date: ...
Diagnosis:  L/S, R Sh, L knee sp/st.   Eval Date:  08/18/05   Visit #   of   12

| Rx Dx: | Decreased Function | Payer Group: | PI | Ins / HICN #: | Rx Time: | 60 | min |

| 97001 | PT Evaluation | 97034 | Contrast Bath | 97520 | Prosthetic Train. | FCE / PCE |
| 97002 | PT Re-eval | 97035 | Ultrasound | 97530 | Ther. Activities | |
| 97012 | Mechanical Traction | 97110 | Ther. Procedure | 97535 | ADL | |
| 97014 | ES Unattended | 97112 | Neuromusc. Reed. | 97601 | Debridement | |
| 97018 | Parrafin Bath | 97113 | Aquatic Therapy | 99070 | Supply | |
| 97022 | Whirlpool | 97116 | Gait Training | 95831 | Muscle Testing | |
| 97032 | ES Manual | 97124 | Massage | 97010 | Hot/Cold Pack | |
| 97033 | Iontophoresis | 97140 | Manual Therapy | | | Posted: |

**Subjective Comments:**  Pt reports that her pain in rt shoulder, left knee cont to decrease.   Pt is having increased lower back pain today 2* to working.

**Objective Data Section**          * Precautions: None

| AROM: | | | Neuro Glide | | Stairmaster | |
| Flexion | | L/s Rotation | 3x15" B | Pelvic Tilts | Bike | |
| Extension | | L/s Extension | 3x15" B | Bridges | Treadmill | |
| Rotation | | Hamstring | 3x15" B | Abdominals | codmans pendulum | x2 allR Sh |
| Lateral Flexion | | ITB | 3x15" B | Back Extension | Wall walk | x2 FF |
| PROM: | | Piriformis | 3x15" B | Quad. Upper Extremity | LAQ | 20x2# |
| Flexion | | Glutes | 3xIQ" B | Quad. Lower Extremity | HS curl | 20x2# |
| Extension | | Quadratus Lumborum | 3x15" B | Quad. Opposition | PNF | |
| Rotation | | Trapezius | | Prone Upper Extremity | Joint Mobilization(s) | |
| Lateral Flexion | | Levator Scapulae | | Prone Lower Extremity | HP | X15 |
| RROM: | | Scalenes | | Prone Opposition | CP | |
| Flexion | | Rhomboids | | Single Leg Raise | PUS @1.2w/cm2 to L/S | O |
| Extension | | SCM | | Shoulder Shrugs | O | E-Stim | 15' |
| Rotation | Isometrics: | | | Shoulder Circles | O | STM, MFR, B parasp & iliac crest | |
| Lateral Flexion | | Flexion | | Scapular Retraction | O | sweeps, friction @ PSIS&sacrum | |
| Stretches: | Passive | Extension | | Scapular Protraction | O | Ultrasound | |
| | SKTC | 3x15" B | Rotation | | quad sets | O | Phonophoresis | |
| | DKTC | 2x15 | Neutral Spine Position | | Swiss Ball Exercises | | Iontophoresis | |

Key: O=Omitted for day          N=Begin next session          D=Delete from program

| OBJECTIVE MEASURES | Evaluation Measurements | | | Current | | | Notes |
| | LEFT | RIGHT | OTHER | LEFT | RIGHT | OTHER | |
| ROM:  Lx FF (80*) | | | 60 | | | 60 | |
| Ext (25*) | | | 10 | | | 10 | |
| SB (35*) | 20 | 15 | | 20 | 15 | | |
| Hams flex (0*) | -25 | -30 | | -25 | -30 | | |
| R Sh FF/ABD (180*) | | | 100/100 | | | 100/100 | |
| R Sh IR (70*)/ ER (90*) | | | 20/90 | | | 20/90 | |
| L knee FL (135*) EXT (0*) | | | 107/-5 | | | 107/-5 | |
| MMT L Knee mvts (0/5 to 5/5) (grossly) | +3/5 | | | +3/5 | | | |
| R SH (0/5 to 5/5) (grossly) | | -3/5 | | | -3/5 | | |
| Abs (0/5 to 5/5) | | | +2/5 | | | +2/5 | |
| Ts ext (0/5 to 5/5) | | | 3/5 | | | 3/5 | |
| Lx ext (0/5 to 5/5) | | | -3/5 | | | -3/5 | |
| PAIN | | | 4/10 | | | 4/10 | lumbar spine |

**Posture:** guarded motions L/S & R SH girdle, antalgic gait c mild limp L LE

**Palpation:** tender L distal quads, peri & retro patella, R deltoid ant> post, periscapula & proximal humerous, L/S paraspinals L1-S1, @psis, sup iliac crest, gluteals

**ADL's:** decr sleep, sitting, standing, & walking tolerance, antalgic bed mob, transfers, bending, lifting & carrying, antalgic tasks performed at work

**Gait/Balance:** I s A device, antalgic gait c decr cadence & truncal posture, decr stance time & push off L LE- c L Knee & LBP

**Edema:** L knee 43.5 cm, R knee 42cm @ central patella

**Home Exercise Program:**  Compliant

**Assessment: Goals Met:**  Pt cont to improve with decreased pain in right shoulder and left knee. Pt also has increased the pain in lumbar spine with the lumbar thoraclumabar fascia being restriced today. Pt. cont to progress towards Pt goals.

**Recommendations/Plan:**  Pt. To cont w/ PT progression as tol.

| | Next Dr. Visit: |

Dr. Simon
Phone #: 0          William Dierdorf P.T.A

# Physical Therapy Daily Pro and Billing Summary

**Palm Beach Lakes**

| Patient Name: Walker, Loretta | Diagnosis: L/S, R Sh, L knee sp/st. | Units Allowed: /NA |
|---|---|---|
| Rx Dx: Decreased Function | Payer Group: | PI | Eval Date: 08/18/05 | Date: | Visit # 12 of 12 | Rx Time: 60 min |

**Subjective Comments:** Pt reports that her pain in rt shoulder, left knee cont to decrease. The lower back pain level has decreased from 3/10 to 2/10 secondar to therapy. Pt reports that therapy has helped her and she is doing a lot better now with less pain.

| 87001 | PT Evaluation | 87034 | Contrast Bath | 97110 | Ther. Procedure | 97116 | Gait Training | 97124 | Massage | 87140 | Manual Therapy |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 87002 | PT Re-eval | 97035 | Ultrasound | 97112 | Neuromusc. Reed. | 97113 | Aquatic Therapy | 97124 | E.S.Manual | 87033 | Iontophoresis |
| 87014 | Mechanical Traction | 97520 | Prosthetic Train. | 97530 | Ther. Activities | 97601 | Debridement | 97116 | Paraffin Bath | | |
| 87018 | ES Unattended | 97150 | ADL | 98970 | Supply | 96891 | Muscle Testing | 97022 | Whirlpool | | |
| 87752 | | | Ther. Activities | | | | | | 97010 | Hot/Cold Pack | | |
| | | | | | | | | Posted: | | | |

## Objective Data Section

**Precautions:** None

| AROM: | | 3x15 B | Neuro Glide | | | Flexion | 3x15 B | L/s Rotation |
|---|---|---|---|---|---|---|---|---|
| Flexion | | | | Pelvic Tilts | | Extension | | Bridges |
| Extension | | | Bike | | | Hamstring | 3x15 B | Abdominals |
| Rotation | | | Treadmill | | | ITB | | Pelifirms |
| Lateral Flexion | | | codmans pendulum | | | Prilfiirms | 3x15 B | Back Extension |
| PROM: | | | Wall walk | | | Glutes | 3x15 B | Quad. Upper Extremity |
| Flexion | | | LAG | | | Quadratus Lumborum | 3x15 B | Quad. Lower Extremity |
| Extension | | | HS curl | | | Trapezius | | Quad. Opposition |
| Rotation | | | PNF | | | Levator Scapulae | | Prone Upper Extremity |
| Lateral Flexion | | | Joint Mobilization(s) | | HP | | Scalenes | Prone Lower Extremity |
| RROM: | | | | | CP | | Rhomboids | Prone Opposition |
| Flexion | | | PUS @1.2w/cm2 to L/S | | | Single Leg Raise | | Shoulder Shrugs |
| Extension | | E-Stim | | | | SCM | | Shoulder Circles |
| Lateral Flexion | | STM, MFR, R parasp & iliac crest | | | Isometrics: | | Scapular Retraction |
| Rotation | | Ultrasound | | | | Flexion | | Scapular Protraction |
| Passive | 3x15 B | Phonophoresis | | | Lateral Flexion | | quad sets |
| Stretches: | | Iontophoresis | | | Neutral Spine Position | | Swiss Ball Exercises |

Key: O=Omitted for day    N=Begin next session    D=Delete from program

## OBJECTIVE MEASURES

### Evaluation Measurements

| | | Current | | | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|
| ROM: | LEFT | RIGHT | OTHER | LEFT | RIGHT | OTHER | | | |
| Lx FF (80°) | 60 | | | 60 | | | | | |
| Ext (25°) | 10 | | | 10 | | | | | |
| SB (35°) | 20 | 15 | | 20 | 15 | | | | |
| Hams flex (0°) | -25 | -30 | | -25 | -30 | | | | |
| R Sh: FF/ABD (180°) | 100/100 | | | 100/100 | | | | | |
| R Sh IR (70°) ER (90°) | 90/90 | | | 90/90 | | | | | |
| L knee: FL (135°) EXT (0°) | 107/-5 | | | 107/-5 | | | | | |
| MMT L Knee mvts (0/5 to 5/5) (grossly) | +3/5 | | | +3/5 | | | | | |
| R SH (0/5 to 5/5) (grossly) | -3/6 | | | -3/5 | | | | | |
| Abs (0/5 to 5/5) | +2/5 | | | +2/5 | | | | | |
| Ts ext (0/5 to 5/5) | 3/5 | | | 3/5 | | | | | |
| Lx ext (0/5 to 5/5) | -3/5 | | | -3/5 | | | | | |
| PAIN | 4/10 | | | 2/10 | | | | Lumbar spine | |

**Posture:** guarded motions L/S & R SH girdle, antalgic gait @ mild limp L LE

**Palpation:** tender L distal quads, pain & retro patella, R deltoid ant> post, peri scapula & proximal humerous, L/S paraspinals L1-S1, @ psis, sup iliac crest, gluteals.

**ADL's:** decr sleep, sitting, standing, & walking tolerance, antalgic bed mob, transfers, bending, lifting & carrying, antalgic tasks performed at work

**Gait/Balance:** I A device, antalgic gait c decr cadence & trunical posture, decr stance time & push off L LE- c L Knee & LBP

**Home Exercise Program:** Edema: L knee 43.5 cm, R knee 42cm @ central patella
Complaint

**Assessment/Goals Met:** Pt cont to improve pain in right shoulder and left knee. Pt also has increased the pain in lumbar spine with the lumbar thoracolumbar fascia being restricted today. Pt cont to progress towards pt goals with decreased pain in lumbar spine. Pt was given a hand-out on body mechanics and additional home exercises. Pt was given ADL Handout with instructions from handout

**Recommendations/Plan:** Pt. To cont w/ PT progressions as tol.

Next Dr. Visit:

William Dierdorf P.T.A
Dr. Simon
Phone #: 0

# Physical Therapy Daily Progress and Billing Summary

| | | | |
|---|---|---|---|
| Patient Name: Walker, Loretta | Date: 09/14/05 | Units Allowed: /NA | Palm Beach Lakes |
| Diagnosis: L/S, R Sh, L knee sp/st. | Eval Date: 08/18/05 | Visit #: 9 of 12 | |
| Rx Dx: Decreased Function | Payer Group: PI | Ins / HICN #: | Rx Time: 60 min |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 97001 | PT Evaluation | | 97034 | Contrast Bath | | 97520 | Prosthetic Train. | | FCE / PCE | | |
| 97002 | PT Re-eval | | 97035 | Ultrasound | | 97530 | Ther. Activities | | | | |
| 97012 | Mechanical Traction | | 97110 | Ther. Procedure | | 97535 | ADL | | | | |
| 97014 | ES Unattended | | 97112 | Neuromusc. Reed. | | 97601 | Debridement | | | | |
| 97018 | Paraffin Bath | | 97113 | Aquatic Therapy | | 99070 | Supply | | | | |
| 97022 | Whirlpool | | 97116 | Gait Training | | 95831 | Muscle Testing | | | | |
| ~~97032~~ | ~~ES Manual~~ | | 97124 | Massage | | 97010 | Hot/Cold Pack | | | | |
| 97033 | Iontophoresis | | 97140 | Manual Therapy | | | | | Posted: | | |

**Subjective Comments:** Pt reports that her pain in rt shoulder, left knee cont to decrease. The lower back pain level has decreased from 4/10 to 3/10 secondar to therapy..

**Objective Data Section** * Precautions: None

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AROM: | | L/s Rotation | 3x15" B | Neuro Glide | | | Stairmaster | |
| Flexion | | L/s Extension | | Pelvic Tilts | | | Bike | |
| Extension | | Hamstring | 3x15" B | Bridges | | | Treadmill | |
| Rotation | | ITB | 3x15" B | Abdominals | | | codmans pendulum | x2 allR Sh |
| Lateral Flexion | | Piriformis | 3x15" B | Back Extension | | | Wall walk | x2 FF |
| PROM: | | Glutes | 3x15" B | Quad. Upper Extremity | | | LAQ | 20x2# |
| Flexion | | Quadratus Lumborum | 3x15" B | Quad. Lower Extremity | | | HS curl | 20x2# |
| Extension | | Trapezius | | Quad. Opposition | | | PNF | |
| Rotation | | Levator Scapulae | | Prone Upper Extremity | | | Joint Mobilization(s) | |
| Lateral Flexion | | Scalenes | | Prone Lower Extremity | | | HP | X15 |
| RROM: | | Rhomboids | | Prone Opposition | | | CP | |
| Flexion | | SCM | | Single Leg Raise | | | PUS @1.2w/cm2 to L/S | O |
| Extension | | Isometrics: | | Shoulder Shrugs | | O | E-Stim | 15' |
| Rotation | | Flexion | | Shoulder Circles | | O | STM, MFR, B parasp & iliac crest | O |
| Lateral Flexion | | Extension | | Scapular Retraction | | O | sweeps, friction @ PSIS&sacrum | |
| Stretches: | Passive | Rotation | | Scapular Protraction | | O | Ultrasound | |
| SKTC | 3x15" B | Lateral Flexion | | quad sets | | O | Phonophoresis | |
| DKTC | 2x15 | Neutral Spine Position | | Swiss Ball Exercises | | | Iontophoresis | |

Key; O=Omitted for day N=Begin next session D=Delete from program

| OBJECTIVE MEASURES | Evaluation Measurements | | | Current | | | Notes |
|---|---|---|---|---|---|---|---|
| | LEFT | RIGHT | OTHER | LEFT | RIGHT | OTHER | |
| ROM: Lx FF (80*) | | | 60 | | | 60 | |
| Ext (25*) | | | 10 | | | 10 | |
| SB (35*) | 20 | 15 | | 20 | 15 | | |
| Hams flex (0*) | -25 | -30 | | -25 | -30 | | |
| R Sh FF/ABD (180*) | | 100/100 | | | 100/100 | | |
| R Sh IR (70*)/ ER (90*) | | 20/90 | | | 20/90 | | |
| L knee FL (135*) EXT (0*) | | 107/-5 | | | 107/-5 | | |
| MMT L Knee mvts (0/5 to 5/5) (grossly) | +3/5 | | | +3/5 | | | |
| R SH (0/5 to 5/5) (grossly) | | -3/5 | | | -3/5 | | |
| Abs (0/5 to 5/5) | | | +2/5 | | | +2/5 | |
| Ts ext (0/5 to 5/5) | | | 3/5 | | | 3/5 | |
| Lx ext (0/5 to 5/5) | | | -3/5 | | | -3/5 | |
| | | | | | | | |
| PAIN | 4/10 | | | 3/10 | | | lumbar spine |

**Posture:** guarded motions L/S & R SH girdle, antalgic gait c mild limp L LE

**Palpation:** tender L distal quads, peri & retro patella, R deltoid ant> post, periscapula & proximal humerous, L/S paraspinals L1-S1, @psis, sup iliac crest, gluteals.

**ADL's:** decr sleep, sitting, standing, & walking tolerance, antalgic bed mob, transfers, bending, lifting & carrying, antalgic tasks performed at work

**Gait/Balance:** I s A device, antalgic gait c decr cadence & truncal posture, decr stance time & push off L LE÷ c L Knee & LBP

**Edema:** L knee 43.5 cm, R knee 42cm @ central patella

**Home Exercise Program:** Compliant

**Assessment: Goals Met:** Pt cont to improve with decreased pain in right shoulder and left knee. Pt also has increased the pain in lumbar spine with the lumbar thoraclumabar fascia being restriced today. Pt. cont to progress towards pt goals with decreased pain in lumbar spine. Pt was given a hand-out on body mechanics and additonal home exercises.

**Recommendations/Plan:** Pt. To cont w/ PT progression as tol.

Next Dr. Visit:

Dr. Simon

Phone #: 0

William Dierdorf P.T.A

# Physical Therapy Daily Progress and Billing Summary

Palm Beach Lakes

| Patient Name: Walker, Loretta | Date: | Units Allowed: /NA |
|---|---|---|

| Diagnosis: L/S, R Sh, L knee sp/st. | Eval Date: 08/18/05 | Visit # | of 12 |
| Rx Dx: Decreased Function | Payer Group: | Ins / HICN #: PI | Rx Time: 60 min |

| 97001 | PT Evaluation | 97034 | Contrast Bath | 87140 | Manual Therapy | | Iontophoresis | FCE / PCE |
|---|---|---|---|---|---|---|---|---|
| 97002 | PT Re-eval | 97035 | Ultrasound | 87116 | Gait Training | 97022 | Whirlpool | |
| 97530 | Ther. Activities | 97110 | Mechanical Traction | 97124 | Massage | 97022--ES-Manual. | |
| 97535 | ADL | 97112 | Neuromusc. Reed. | | | 97740 | Iontophoresis | Posted: |

**Subjective Comments:** Pt reports that her pain in R shoulder, left knee cont to decrease. The lower back pain level has increased from 3/10 to 4/10 secondary to working 16 hours yesterday.

**Precautions: None**

### Objective Data Section

| AROM: | | | 3x15" B | L/s Rotation | | Newro Glide | | Stairmaster |
|---|---|---|---|---|---|---|---|---|
| Flexion | | | 3x15" B | L/s Extension | | Pelvic Tilts | | Bike |
| Extension | | | 3x15" B | Hamstring | | Bridges | | Treadmill |
| Rotation | | | 3x15" B | ITB | | Abdominals | | Codmans pendulum | 2x diff Sh |
| Lateral Flexion | | | 3x15" B | Piriformis | | Back Extension | | Wall walk | x2 diff |
| **PROM:** | | | 3x15" B | Gluies | | Quad. Upper Extremity | | LAQ | 20x2# |
| Flexion | | | 3x15" B | Quadratus Lumborum | | Quad. Lower Extremity | | HS curl | 20x2# |
| Extension | | | | Quad. Opposition | | PNF | | |
| Rotation | | | | Levator Scapulae | | Prone Upper Extremity | | Joint mobilization(s) | |
| Lateral Flexion | | | | Scalenes | | Prone Lower Extremity | | HP | x16 |
| **RROM:** | | | | Rhomboids | | Prone Opposition | | CP | |
| Flexion | O | | | SCM | | Single Leg Raise | | PUS @1.2w/cm2 to L/S | O |
| Extension | | | | Isometrics: | | Shoulder Shrugs | | E-stim | 15' |
| Rotation | | | | Flexion | | Shoulder Circles | O | STM, MFR & parasp & iliac crest | O |
| Lateral Flexion | | | | Extension | | Scapular Retraction | O | sweeps, friction @ PSIS&sacrum | |
| **Stretches:** | | Passive | 2x15" B | Rotation | | Scapular Protraction | O | Ultrasound | |
| Lateral Flexion | | | 3x15" B | Lateral Flexion | O | quad sets | O | Phonophoresis | |
| DKTC | | | 2x15 | Neutral Spine Position | | Swiss Ball Exercises | | Iontophoresis | |

Key: O=Omitted for day    N=Begin next session    D=Delete from program

## OBJECTIVE MEASURES

| | Evaluation Measurements | | | | Current | | | Notes |
|---|---|---|---|---|---|---|---|---|
| | LEFT | RIGHT | OTHER | | LEFT | RIGHT | OTHER | |
| **ROM:** | | | | | | | | |
| Lx F (80°) | 60 | | | | 60 | | | |
| Ext (25°) | 10 | | | | 10 | | | |
| SB (35°) | 15 | 20 | | | 15 | 20 | | |
| Hams-flex (0°) | -30 | -25 | | | -30 | -25 | | |
| R Sh FF/ABD (180°) | 100/100 | | | | 100/100 | | | |
| R Sh IR (70°)/ ER (90°) | 20/90 | | | | 20/90 | | | |
| L knee FL (135°) EXT (0°) | 107/-5 | | | | 107/-5 | | | |
| MMT L Knee mvts (0/5 to 5/5) (grossly) | +3/5 | | +3/5 | | +3/5 | | +3/5 | |
| R SH (0/5 to 5/5) (grossly) | -3/5 | | | | -3/5 | | | |
| Abs (0/5 to 5/5) | +2/5 | | | | +2/5 | | | |
| Ts-ext (0/5 to 5/5) | 3/5 | | | | 3/5 | | | |
| Lx ext (0/5 to 5/5) | -3/5. | | | | -3/5. | | | |
| PAIN | 4/10 | | | | 4/10 | | | lumbar spine |

**Posture:** guarded, motions L/S & R Sh girdle, antalgic gait c mild L LE

**Palpation:** tender L distal quads, peri & retro patella, R deltoid antr post,periscapular & proximal humerous, L/S paraspinals L1-S1, @psis, sup iliac crest, gluteals.

**ADL's:** decr sleep, sitting, standing, R walking tolerance, antalgic bed mob, transfers, bending, lifting & carrying, antalgic tasks performed at work

**Gait/Balance:** ↓ A device, antalgic gait c decr cadence & truncal posture, decr stance time & push off L LE- c L Knee & LBP

**Edema:** L knee 43.5 cm, R knee 42cm @ central patella

**Home Exercise Program:** | Compliant

**Assessment: Goals Met:** Pt cont to improve w/ decreased pain in right shoulder and left knee. Pt also has increased the pain in lumbar spine with the lumbar thoracolumbar fascia being restticed today. Pt. cont to progress towards pt goals.

**Recommendations/Plan:** Pt. To cont w/ PT progression as tol.

Next Dr. Visit _____

Dr. Simon

Phone = 0

William Dierdorf P.T.A

# Physical Therapy Daily Progress and Billing Summary

Palm Beach Lakes

| | | | |
|---|---|---|---|
| Patient Name: Walker, Loretta | Date: [redacted] | Units Allowed: /NA | |
| Diagnosis: L/S, R Sh, L knee sp/st. | Eval Date: 08/18/05 | Visit # [redacted] | of 12 |
| Rx Dx: Decreased Function | Payer Group: PI | Ins / HICN # : | Rx Time: 60 min |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 97001 | PT Evaluation | | 97034 | Contrast Bath | | 97520 | Prosthetic Train. | | FCE / PCE | | |
| 97002 | PT Re-eval | | 97035 | Ultrasound | | 97530 | Ther. Activities | | | | |
| 97012 | Mechanical Traction | | 97110 | Ther. Procedure | | 97535 | ADL | | | | |
| 97014 | ES Unattended | | 97112 | Neuromusc. Reed. | | 97601 | Debridement | | | | |
| 97018 | Paraffin Bath | | 97113 | Aquatic Therapy | | 99070 | Supply | | | | |
| 97022 | Whirlpool | | 97116 | Gait Training | | 95831 | Muscle Testing | | | | |
| 97032 | ES Manual | | 97124 | Massage | | 97010 | Hot/Cold Pack | | | | |
| 97033 | Iontophoresis | | 97140 | Manual Therapy | | | | | Posted: | | |

**Subjective Comments:** Pt reports that she has less pain in rt shoulder, left knee and the lower back pain level has decresed from 4/10 to 3/10.

**Objective Data Section** * Precautions: None

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AROM: | | L/s Rotation | 3x15" B | Neuro Glide | | Stairmaster | |
| Flexion | | L/s Extension | | Pelvic Tilts | | Bike | |
| Extension | | Hamstring | 3x15" B | Bridges | | Treadmill | |
| Rotation | | ITB | 3x15" B | Abdominals | | codmans pendulum | x2 a/R Sh |
| Lateral Flexion | | Piriformis | 3x15" B | Back Extension | | Wall walk | x2 FF |
| PROM: | | Glutes | 3x15" B | Quad. Upper Extremity | | LAQ | 20x2# |
| Flexion | | Quadratus Lumborum | 3x15" B | Quad. Lower Extremity | | HS curl | 20x2# |
| Extension | | Trapezius | | Quad. Opposition | | PNF | |
| Rotation | | Levator Scapulae | | Prone Upper Extremity | | Joint Mobilization(s) | |
| Lateral Flexion | | Scalenes | | Prone Lower Extremity | | HP | X15 |
| RROM: | | Rhomboids | | Prone Opposition | | CP | |
| Flexion | | SCM | | Single Leg Raise | | PUS @1.2w/cm2 to L/S | O |
| Extension | | Isometrics: | | Shoulder Shrugs | O | E-Stim | 15' |
| Rotation | | Flexion | | Shoulder Circles | O | STM, MFR, B parasp & iliac crest | O |
| Lateral Flexion | | Extension | | Scapular Retraction | O | sweeps, friction @ PSIS&sacrum | |
| Stretches: | Passive | Rotation | | Scapular Protraction | O | Ultrasound | |
| SKTC | 3x15" B | Lateral Flexion | | quad sets | O | Phonophoresis | |
| DKTC | 2x15 | Neutral Spine Position | | Swiss Ball Exercises | | Iontophoresis | |

Key: O=Omitted for day N=Begin next session D=Delete from program

| OBJECTIVE MEASURES | Evaluation Measurements | | | Current | | | Notes |
|---|---|---|---|---|---|---|---|
| | LEFT | RIGHT | OTHER | LEFT | RIGHT | OTHER | |
| ROM: Lx FF (80*) | | | 60 | | | 60 | |
| Ext (25*) | | | 10 | | | 10 | |
| SB (35*) | 20 | 15 | | 20 | 15 | | |
| Hams flex (0*) | -25 | -30 | | -25 | -30 | | |
| R Sh FF/ABD (180*) | | 100/100 | | | 100/100 | | |
| R Sh IR (70*)/ ER (90*) | | 20/90 | | | 20/90 | | |
| L knee FL (135*) EXT (0*) | | 107/-5 | | | 107/-5 | | |
| MMT L Knee mvts (0/5 to 5/5) (grossly) | +3/5 | | | +3/5 | | | |
| R SH (0/5 to 5/5) (grossly) | | -3/5 | | | -3/5 | | |
| Abs (0/5 to 5/5) | | | +2/5 | | | +2/5 | |
| Ts ext (0/5 to 5/5) | | | 3/5 | | | 3/5 | |
| Lx ext (0/5 to 5/5) | | | -3/5 | | | -3/5 | |
| | | | | | | | |
| PAIN | 4/10 | | | 3/10 | | | lumbar spine |

**Posture:** guarded motions L/S & R SH girdle, antalgic gait c mild limp L LE

**Palpation:** tender L distal quads, peri & retro patella, R deltoid ant> post,periscapula & proximal humerous, L/S paraspinals L1-S1, @psis, sup iliac crest, gluteals.

**ADL's:** decr sleep,sitting,standing, & walking tolerance,antalgic bed mob,transfers,bending,lifting & carrying,antalgic tasks performed at work

**Gait/Balance:** I s A device, antalgic gait c decr cadence & truncal posture, decr stance time & push off L LE- c L Knee & LBP

**Edema:** L knee 43.5 cm, R knee 42cm @ central patella

**Home Exercise Program:** Compliant

**Assessment: Goals Met:** Pt cont to improve with decreased pain in right shoulder and left knee. Pt also has decreased the pain in lumbar spine. Pt was given yellow therband with instructions for I.R and E.R shoulder exercises. Pt. Sont to progress towards pt goals.

**Recommendations/Plan:** Pt. To cont w/ PT progression as tol.

Next Dr. Visit:

Dr. Simon

Phone #: 0

William Dierdorf P.T.A

[signature] P.T.A

# Physical Therapy Daily Progress and Billing Summary

Palm Beach Lakes

| Patient Name: | Walker, Loretta | Date: | | Units Allowed: | /NA |
| Diagnosis: | L/S, R Sh, L Knee sp/st. | Eval Date: | 08/18/05 | | |
| Payer Group: | PI | Ins / HICN # | | Visit # | 12 of 12 |
| Rx Type: | Decreased Function | | | Rx Time: | 60 min |

| | | | | | | | Posted: |
|---|---|---|---|---|---|---|---|
| 97001 | PT Evaluation | 97034 | Contrast Bath | 97140 | Manual Therapy | 87033 | Iontophoresis |
| 97002 | PT Re-eval | 97035 | Ultrasound | 97110 | Ther. Procedure | 97124 | Massage |
| 97750 | FCE / PCE | 97535 | ADL | 97112 | Neuromusc. Reed. | 97116 | Gait Training |
| 97530 | Ther. Activities | 97601 | Debridement | 97113 | Aquatic Therapy | 95831 | Muscle Testing |
| 97520 | Prosthetic Train. | 89070 | Supply | 97018 | Paraffin Bath | | |
| | | | | 97022 | Whirlpool | | |
| | | | 97014 | ES Unattended | 87023 | E.S.Manual | | |
| | | | 97012 | Mechanical Traction | 97022 | Whirlpool | | |
| | | | | 97018 | Paraffin Bath | | |

**Subjective Comments:** Pt c/o spasms in left knee and right upper arm today. Pt reports that the spasms come and go. Pt reports that she felt better after last tx. Pt also reports that the level of pain has not increased. Today the pain is mainly below the left knee at 4/10.

**Precautions:** None

## Objective Data Section

| AROM: | | | | | Isometrics: | | Stretches: | | Key: O=omitted for day |
|---|---|---|---|---|---|---|---|---|---|
| Flexion | L/S Rotation | 3X15  B | Neuro Glide | | SCM | | Lateral Flexion | | N=Begin next session |
| Extension | L/S Extension | | Pelvic Tilts | | Rhomboids | | Rotation | | D=Delete from program |
| Rotation | Hamstring | 3X15  B | Bridges | | Scalenes | | Flexion | | |
| Lateral Flexion | ITB | 3X15  B | Abdominals | | Levator Scapulae | | Extension | | |
| **PROM:** | Piriformis | 3X15  B | Back Extension | | Trapezius | | Rotation | | |
| Lateral Flexion | Glutes | 3X15  B | Quad, Upper Extremity | Wall walk | Quad, Opposition | HS curl | Lateral Flexion | | |
| Flexion | Quadratus Lumborum | 3X15  B | Quad, Lower Extremity | | Prone Upper Extremity | | Joint Mobilization(s) | |
| Extension | | | Prone Lower Extremity | | HP | | X15 |
| Rotation | | | SLS | | | | |
| **RROM:** | | | Prone Opposition | | PUS @1.2w/cm2 to L/S | | O |
| Flexion | | | Single Leg Raise | | Shoulder Shrugs | | STM, MFR & parasp & iliac crest | O |
| Extension | | | Shoulder Circles | | | | sweeps, friction @ PSIS&sacrum | O |
| Rotation | | | Shoulder Retraction | | Ultrasound | | O |
| Lateral Flexion | | | Scapular Protraction | | Phonophoresis | | O |
| | Passive | 3X15  B | Lateral Flexion | Neutral Spine Position | quad sets | | Iontophoresis | O |
| | | | Rotation | | Swiss Ball Exercises | | |

## OBJECTIVE MEASURES

| | Evaluation Measurements | | | | | | |
|---|---|---|---|---|---|---|---|
| | Current | | | | | | |
| | LEFT | RIGHT | OTHER | LEFT | RIGHT | OTHER | Notes |
| **ROM:** Lx Fl (80°) | 60 | | | 60 | | | |
| Ext (25°) | 10 | | | 10 | | | |
| SB (35°) | 15 | 20 | | 15 | 20 | | |
| Hams flex (0°) | -30 | | -25 | -30 | | | |
| R Sh FF/ABD (180°) | 100/100 | | | 100/100 | | | |
| R Sh IR (70°)/ ER (90°) | 20/90 | | | 20/90 | | | |
| L Knee Fl (135°) EXT (0°) | 107/-5 | | | 107/-5 | | | |
| **MMT** L Knee mvts (0/5 to 5/5) (grossly) | +3/5 | | | +3/5 | | | |
| R SH mvts (0/5 to 5/5) (grossly) | -3/5 | | | -3/5 | | | |
| Abs (0/5 to 5/5) | 2/5 | | | 2/5 | | | |
| Ts ext (0/5 to 5/5) | 3/5 | | | +2/5 | | | |
| Lx ext (0/5 to 5/5) | 3/5 | | | 3/5 | | | |
| | -3/5 | | | -3/5 | | | |
| **PAIN** | 4/10 | | | 4/10 | | | |

**Posture:** guarded motions L/S & R SH girdle, antalgic gait c/ mild limp L LE

**Palpation:** tender L distal quads, peri & retro patella, R deltoid ant> post, periscapula & proximal humerous, L/S paraspinals L1-S1, @ psis, sup iliac crest, gluteals.

**ADL's:** decr sleep, sitting, standing, ↓ walking tolerance, antalgic bed mob, transfers, bending, lifting & carrying, antalgic tasks performed at work

**Gait/Balance:** ↓ s A device, antalgic gait ↓ decr cadence & trunical posture, decr stance time & push off LE- c L Knee & LBP

**Edema:** L knee 43.5 cm, R knee 42cm @ central patella

**Home Exercise Program:**

**Compliant**

**Assessment: Goals Met:** Lumbar spine pain remains the same at 4/10. Pt cont to have spasms in left quads and right upper arm during  tx. to progress towards pt goals and reported that she felt better after tx today

**Recommendations/Plan:** Pt To cont w/ PT progression as tol.

**Next Dr. Visit:**

Dr. Simon                    Phone #: 0

William Dierdorf P.T.A

# Physical Therapy Daily Progress and Billing Summary

| | | | |
|---|---|---|---|
| | | | Palm Beach Lakes |
| Patient Name: Walker, Loretta | | Date: [redacted] | Units Allowed: /NA |
| Diagnosis: L/S, R Sh, L knee sp/st. | | Eval Date: 08/18/05 | Visit # [redacted] of 12 |
| Rx Dx: Decreased Function | Payer Group: PI | Ins / HICN # : | Rx Time: 60 min |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 97001 | PT Evaluation | | 97034 | Contrast Bath | | 97520 | Prosthetic Train. | | FCE / PCE | | |
| 97002 | PT Re-eval | | 97035 | Ultrasound | | 97530 | Ther. Activities | | | | |
| 97012 | Mechanical Traction | | 97110 | Ther. Procedure | | 97535 | ADL | | | | |
| 97014 | ES Unattended | | 97112 | Neuromusc. Reed. | | 97601 | Debridement | | | | |
| 97018 | Paraffin Bath | | 97113 | Aquatic Therapy | | 99070 | Supply | | | | |
| 97022 | Whirlpool | | 97116 | Gait Training | | 95831 | Muscle Testing | | | | |
| 97032 | ES Manual | | 97124 | Massage | | 97010 | Hot/Cold Pack | | | | |
| 97033 | Iontophoresis | | 97140 | Manual Therapy | | | | | Posted: | | |

**Subjective Comments:** Pt c/o spasms in left knee and right shoulder and right upper arm today. Pt also reports that the spasms come and go. Pt reports that she felt better after last tx.

**Objective Data Section** * Precautions: None

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **AROM:** | | L/s Rotation | 3x15" B | Neuro Glide | | Stairmaster | |
| Flexion | | L/s Extension | | Pelvic Tilts | | Bike | |
| Extension | | Hamstring | 3x15" B | Bridges | | Treadmill | |
| Rotation | | ITB | 3x15" B | Abdominals | | codmans pendulum | x2 allR Sh |
| Lateral Flexion | | Piriformis | 3x15" B | Back Extension | | Wall walk | x2 FF |
| **PROM:** | | Glutes | 3x15" B | Quad. Upper Extremity | | LAQ | 20x2# |
| Flexion | | Quadratus Lumborum | 3x15" B | Quad. Lower Extremity | | HS curl | 20x2# |
| Extension | | Trapezius | | Quad. Opposition | | PNF | |
| Rotation | | Levator Scapulae | | Prone Upper Extremity | | Joint Mobilization(s) | |
| Lateral Flexion | | Scalenes | | Prone Lower Extremity | | HP | X15 |
| **RROM:** | | Rhomboids | | Prone Opposition | | CP | |
| Flexion | | SCM | | Single Leg Raise | | PUS @1.2w/cm2 to L/S | O |
| Extension | | **Isometrics:** | | Shoulder Shrugs | O | E-Stim | 15' |
| Rotation | | Flexion | | Shoulder Circles | O | STM, MFR, B parasp & iliac crest | O |
| Lateral Flexion | | Extension | | Scapular Retraction | O | sweeps, friction @ PSIS&sacrum | |
| **Stretches:** | Passive | Rotation | | Scapular Protraction | O | Ultrasound | |
| SKTC | 3x15" B | Lateral Flexion | | quad sets | O | Phonophoresis | |
| DKTC | 2x15 | Neutral Spine Position | | Swiss Ball Exercises | | Iontophoresis | |

**Key: O=Omitted for day** **N=Begin next session** **D=Delete from program**

| OBJECTIVE MEASURES | Evaluation Measurements | | | Current | | | Notes |
|---|---|---|---|---|---|---|---|
| | LEFT | RIGHT | OTHER | LEFT | RIGHT | OTHER | |
| ROM: Lx FF (80*) | | | 60 | | | 60 | |
| Ext (25*) | | | 10 | | | 10 | |
| SB (35*) | 20 | 15 | | 20 | 15 | | |
| Hams flex (0*) | -25 | -30 | | -25 | -30 | | |
| R Sh FF/ABD (180*) | | 100/100 | | | 100/100 | | |
| R Sh IR (70*)/ ER (90*) | | 20/90 | | | 20/90 | | |
| L knee FL (135*) EXT (0*) | | 107/-5 | | | 107/-5 | | |
| MMT L Knee mvts (0/5 to 5/5) (grossly) | +3/5 | | | +3/5 | | | |
| R SH (0/5 to 5/5) (grossly) | | -3/5 | | | -3/5 | | |
| Abs (0/5 to 5/5) | | | +2/5 | | | +2/5 | |
| Ts ext (0/5 to 5/5) | | | 3/5 | | | 3/5 | |
| Lx ext (0/5 to 5/5) | | | -3/5 | | | -3/5 | |
| | | | | | | | |
| PAIN | 4/10 | | | 4/10 | | | |

**Posture:** guarded motions L/S & R SH girdle, antalgic gait c mild limp L LE

**Palpation:** tender L distal quads, peri & retro patella, R deltoid ant> post,periscapula & proximal humerous, L/S paraspinals L1-S1, @psis, sup iliac crest, gluteals.

**ADL's:** decr sleep,sitting,standing, & walking tolerance,antalgic bed mob,transfers,bending,lifting & carrying,antalgic tasks performed at work

**Gait/Balance:** I s A device, antalgic gait c decr cadence & truncal posture, decr stance time & push off L LE- c L Knee & LBP

**Edema:** L knee 43.5 cm, R knee 42cm @ central patella

**Home Exercise Program:** Compliant

**Assessment:** Goals Met: . Pt cont to have spasms in left quads and right upper arm during tx. Lumbar spine pain remains the same at 4/10. Therapist went over home exercise program with pt . Therapist also discussed proper body mechanics with patient. Pt cont to progress towards pt goals.

**Recommendations/Plan:** Pt. To cont w/ PT progression as tol.

✓ Next Dr. Visit:

Dr. Simon

Phone #: 0

William Dierdorf P.T.A

[signature] PTA

# Physical Therapy Daily Progress & Billing Summary

| | | | |
|---|---|---|---|
| Patient Name: Walker, Loretta | Date: [redacted] | Palm Beach Lakes | |
| Diagnosis: L/S, R Sh, L knee sp/st. | Eval Date: 08/18/05 | Units Allowed: /NA | |
| Rx Dx: Decreased Function | Payer Group: PI | Ins / HICN # : | Visit # [redacted] of 12 |
| | | Rx Time: 60 min | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 97001 | PT Evaluation | | 97034 | Contrast Bath | | 97520 | Prosthetic Train. | | FCE / PCE | |
| 97002 | PT Re-eval | | 97035 | Ultrasound | | 97530 | Ther. Activities | | | |
| 97012 | Mechanical Traction | | 97110 | Ther. Procedure | | 97535 | ADL | | | |
| 97014 | ES Unattended | | 97112 | Neuromusc. Reed. | | 97601 | Debridement | | | |
| 97018 | Paraffin Bath | | 97113 | Aquatic Therapy | | 99070 | Supply | | | |
| 97022 | Whirlpool | | 97116 | Gait Training | | 95831 | Muscle Testing | | | |
| 97032 | ES Manual | | 97124 | Massage | | 97010 | Hot/Cold Pack | | | |
| 97033 | Iontophoresis | | 97140 | Manual Therapy | | | | | Posted: | |

**Subjective Comments:** Pt c/o spasms in left knee and right shoulder and right upper arm today. Pt also c/o pain in lumbar spine.

**Objective Data Section** * Precautions: None

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AROM: | | L/s Rotation | 3x15" B | Neuro Glide | | | |
| Flexion | | L/s Extension | | Pelvic Tilts | | Stairmaster | |
| Extension | | Hamstring | 3x15" B | Bridges | | Bike | |
| Rotation | | ITB | 3x15" B | Abdominals | | Treadmill | |
| Lateral Flexion | | Piriformis | 3x15" B | Back Extension | | codmans pendulum | O |
| PROM: | | Glutes | 3x15" B | Quad. Upper Extremity | | Wall walk | O |
| Flexion | | Quadratus Lumborum | 3x15" B | Quad. Lower Extremity | | LAQ | O |
| Extension | | Trapezius | | Quad. Opposition | | HS curl | O |
| Rotation | | Levator Scapulae | | Prone Upper Extremity | | PNF | |
| Lateral Flexion | | Scalenes | | Prone Lower Extremity | | Joint Mobilization(s) | |
| RROM: | | Rhomboids | | Prone Opposition | | HP | x10' L/s |
| Flexion | | SCM | | Single Leg Raise | | CP | x8' L/s |
| Extension | | Isometrics: | | Shoulder Shrugs | | PUS @1.2w/cm2 to L/S | O |
| Rotation | | Flexion | | Shoulder Circles | O | E-Stim | x8' L/s |
| Lateral Flexion | | Extension | | Scapular Retraction | O | STM, MFR, B parasp & iliac crest | O |
| Stretches: | Passive | Rotation | | Scapular Protraction | O | sweeps, friction @ PSIS&sacrum | |
| SKTC | 3x15" B | Lateral Flexion | | quad sets | O | Ultrasound | |
| DKTC | | Neutral Spine Position | | Swiss Ball Exercises | O | Phonophoresis | |
| | | | | | | Iontophoresis | |

Key: O=Omitted for day N=Begin next session D=Delete from program

| OBJECTIVE MEASURES | Evaluation Measurements | | | Current | | | Notes |
|---|---|---|---|---|---|---|---|
| | LEFT | RIGHT | OTHER | LEFT | RIGHT | OTHER | |
| ROM: Lx FF (80*) | | | 60 | | | 60 | |
| Ext (25*) | | | 10 | | | 10 | |
| SB (35*) | 20 | 15 | | 20 | 15 | | |
| Hams flex (0*) | -25 | -30 | | -25 | -30 | | |
| R Sh FF/ABD (180*) | | 100/100 | | | 100/100 | | |
| R Sh IR (70*)/ ER (90*) | | 20/90 | | | 20/90 | | |
| L knee FL (135*) EXT (0*) | | 107/-5 | | | 107/-5 | | |
| MMT L Knee mvts (0/5 to 5/5) (grossly) | +3/5 | | | +3/5 | | | |
| R SH (0/5 to 5/5) (grossly) | | -3/5 | | | -3/5 | | |
| Abs (0/5 to 5/5) | | | +2/5 | | | +2/5 | |
| Ts ext (0/5 to 5/5) | | | 3/5 | | | 3/5 | |
| Lx ext (0/5 to 5/5) | | | -3/5 | | | -3/5 | |
| PAIN | 4/10 | | | 4/10 | | | |

**Posture:** guarded motions L/S & R SH girdle, antalgic gait c mild limp L LE

**Palpation:** tender L distal quads, peri & retro patella, R deltoid ant> post,periscapula & proximal humerous, L/S paraspinals L1-S1, @psis, sup iliac crest, gluteals.

**ADL's:** decr sleep,sitting,standing, & walking tolerance,antalgic bed mob,transfers,bending,lifting & carrying,antalgic tasks performed at work

**Gait/Balance:** I s A device, antalgic gait c decr cadence & truncal posture, decr stance time & push off L LE- c L Knee & LBP

**Edema:** L knee 43.5 cm, R knee 42cm @ central patella

**Home Exercise Program:** Compliant

**Assessment:** Goals Met: Palpate: Pain with tenderness noted in lumbar spine and lateral left knee. Pt cont to have spasms in left quads and right upper arm during tx. Lumbar spine pain remains the same at 4/10

**Recommendations/Plan:** Pt. To cont w/ PT progression as tol.

Dr. Simon Next Dr. Visit:

Phone #: 0

William Dierdorf P.T.A

Will H Dierdorf P.T.A

# Physical Therapy Daily Progress and Billing Summary

| | | | |
|---|---|---|---|
| Patient Name: Walker, Loretta | Date: [redacted] | | Palm Beach Lakes |
| Diagnosis: L/S, R Sh, L knee sp/st. | Eval Date: 08/18/05 | | Units Allowed: /NA |
| Rx Dx: Decreased Function | Payer Group: PI | Ins / HICN #: | Visit # [redacted] of 12 |
| | | | Rx Time: [redacted] min |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 97001 | PT Evaluation | | 97034 | Contrast Bath | | 97520 | Prosthetic Train. | | FCE / PCE | | |
| 97002 | PT Re-eval | | 97035 | Ultrasound | | 97530 | Ther. Activities | | | | |
| 97012 | Mechanical Traction | | 97110 | Ther. Procedure | | 97535 | ADL | | | | |
| 97014 | ES Unattended | | 97112 | Neuromusc. Reed. | | 97601 | Debridement | | | | |
| 97018 | Paraffin Bath | | 97113 | Aquatic Therapy | | 99070 | Supply | | | | |
| 97022 | Whirlpool | | 97116 | Gait Training | | 95831 | Muscle Testing | | | | |
| ~~97032~~ | ~~ES Manual~~ | | ~~97124~~ | ~~Massage~~ | | | ~~97010 Hot/Cold Pack~~ | | | | |
| 97033 | Iontophoresis | | 97140 | Manual Therapy | | | | | Posted: | | |

**Subjective Comments:** Pt. States her low back is the most bothersome of her injuries today. Pt. Reports SPL 5/10. Pt. States she is limited today w/ time 2* to prior engagement.

**Objective Data Section** — * Precautions: None

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **AROM:** | | | | | | | |
| Flexion | | L/s Rotation | 3x15" B | Neuro Glide | | Stairmaster | |
| Extension | | L/s Extension | | Pelvic Tilts | | Bike | |
| Rotation | | Hamstring | 3x15" B | Bridges | | Treadmill | |
| Lateral Flexion | | ITB | 3x15" B | Abdominals | | codmans pendulum | O |
| **PROM:** | | Piriformis | 3x15" B | Back Extension | | Wall walk | O |
| Flexion | | Glutes | 3x15" B | Quad. Upper Extremity | | LAQ | O |
| Extension | | Quadratus Lumborum | 3x15" B | Quad. Lower Extremity | | HS curl | O |
| Rotation | | Trapezius | | Quad. Opposition | | PNF | |
| Lateral Flexion | | Levator Scapulae | | Prone Upper Extremity | | Joint Mobilization(s) | |
| **RROM:** | | Scalenes | | Prone Lower Extremity | | HP | x10' L/s |
| Flexion | | Rhomboids | | Prone Opposition | | CP | x8' L/s |
| Extension | | SCM | | Single Leg Raise | | PUS @1.2w/cm2 to L/S | O |
| Rotation | | **Isometrics:** | | Shoulder Shrugs | O | E-Stim | x8' L/s |
| Lateral Flexion | | Flexion | | Shoulder Circles | O | STM, MFR, B parasp & iliac crest | O |
| **Stretches:** | Passive | Extension | | Scapular Retraction | O | sweeps, friction @ PSIS&sacrum | |
| SKTG | 3x15" B | Rotation | | Scapular Protraction | O | Ultrasound | |
| DKTC | | Lateral Flexion | | quad sets | O | Phonophoresis | |
| | | Neutral Spine Position | | Swiss Ball Exercises | | Iontophoresis | |

Key: O=Omitted for day N=Begin next session D=Delete from program

| OBJECTIVE MEASURES | Evaluation Measurements | | | Current | | | Notes |
|---|---|---|---|---|---|---|---|
| | LEFT | RIGHT | OTHER | LEFT | RIGHT | OTHER | |
| ROM: Lx FF (80*) | | | 60 | | | 60 | |
| Ext (25*) | | | 10 | | | 10 | |
| SB (35*) | 20 | 15 | | 20 | 15 | | |
| Hams flex (0*) | -25 | -30 | | -25 | -30 | | |
| R Sh FF/ABD (180*) | | 100/100 | | | 100/100 | | |
| R Sh IR (70*)/ ER (90*) | | 20/90 | | | 20/90 | | |
| L knee FL (135*) EXT (0*) | | 107/-5 | | | 107/-5 | | |
| MMT L Knee mvts (0/5 to 5/5) (grossly) | +3/5 | | | +3/5 | | | |
| R SH (0/5 to 5/5) (grossly) | | -3/5 | | | -3/5 | | |
| Abs (0/5 to 5/5) | | | +2/5 | | | +2/5 | |
| Ts ext (0/5 to 5/5) | | | 3/5 | | | 3/5 | |
| Lx ext (0/5 to 5/5) | | | 3/5 | | | 3/5 | |
| | | | -3/5 | | | -3/5 | |
| PAIN | 4/10 | | | 5/10 | | | |

**Posture:** guarded motions L/S & R SH girdle, antalgic gait c mild limp L LE

**Palpation:** tender L distal quads, peri & retro patella, R deltoid ant> post,periscapula & proximal humerous, L/S paraspinals L1-S1, @psis, sup iliac crest, gluteals.

**ADL's:** decr sleep,sitting,standing, & walking tolerance,antalgic bed mob,transfers,bending,lifting & carrying,antalgic tasks performed at work

**Gait/Balance:** I s A device, antalgic gait c decr cadence & truncal posture, decr stance time & push off L LE- c L Knee & LBP

**Edema:** L knee 43.5 cm, R knee 42cm @ central patella

**Home Exercise Program:** Compliant

**Assessment:** Goals Met: Pt. Had to terminate Rx early today 2" to time constraints.

**Recommendations/Plan:** Pt. To cont w/ PT progression as tol.

Dr. Simon — Next Dr. Visit:

Phone #: 0

Snyder, Brandon ATC/Ruffing, Maria PT

Miller, James, ATC/L 1463

Phone #: 0

Dr. Simon

Next Dr. Visit: _____

**Physical Therapy Daily Program and Billing Summary**

Palm Beach Lakes

| | | |
|---|---|---|
| Patient Name: Walker, Loretta | Units Allowed: N/A | |
| Diagnosis: L/S, R Sh, L knee sp/st | Rx Time: ___ min | |
| Rx Dx:  Decreased Function | Visit # ___ | 12 of 12 |

Payer Group: ___   PI

Eval Date: 08/18/05   Date: ___   | Ins / HICN #: ___

| FCE/PCE | | Prosthetic Train. 97520 | Ther. Activities 97530 | 1 | Contrast Bath 97034 | PT Evaluation 97001 | |
|---|---|---|---|---|---|---|---|
| | | ADL 97535 | Ther. Procedure 97110 | 1 | Ultrasound 97035 | PT Re-eval 97002 | |
| | | Debridement 97601 | Neuromusc. Reed. 97112 | | Aquatic Therapy 97113 | Mechanical Traction 97012 | |
| | | Supply 99070 | Gait Training 97116 | | Paraffin Bath 97018 | ES Unattended 97014 | |
| | | Muscle Testing 95831 | Massage 97124 | | Whirlpool 97022 | E.S.Manual 97032 | |
| | | 97010 HMP/Cold Pack 1 | Manual Therapy 97140 | 1 | E.S.Manual 97032 | Iontophoresis 97033 | |
| | | | | | | | Posted: ___ 9  6 |

Objective Data Section

Precautions: None

Subjective Comments: States " I'm feeling better after last treatment session, not in as much pain"

| AROM: | | Neuro Glide | | | |
|---|---|---|---|---|---|
| Flexion | | L/S Rotation | | | |
| Extension | | Pelvic Tilts | | | |
| Rotation | | Bridges | 3x15 | | |
| Lateral Flexion | | Hamstring | 3x15 | | |
| PROM: | | L/S Extension | | | |
| Flexion | | ITB | | | |
| Lateral Flexion | 2x15° | Piriformis | | | |
| Rotation | | Abdominals | | | |
| Extension | | Back Extension | 2x15° | | LAQ | SAQ x1,llt, sh |
| RROM: | | Quad. Upper Extremity | | | Quad. Lower Extremity | HS curl | 20x #20 |
| Flexion | | Quadratus Lumborum | | | PNF | |
| Extension | | Quad. Opposition | | | HP to L Knee pre-tx | 15 |
| Rotation | | Levator Scapulae | | | Joint Mobilization(s) | |
| Lateral Flexion | | Scalenes | | | Prone Upper Extremity | |
| RROM: | | Rhomboids | | | Prone Lower Extremity | |
| Flexion | | SCM | | | Prone Opposition | |
| Extension | | Single Leg Raise | | | HP to L knee | 15 |
| Rotation: | | Shoulder Shrugs | | | PUS @1.2w/cm2 to L/S | 8 |
| Lateral Flexion | | Shoulder Circles: | 20x | | OP C ES to L/S | 15 |
| Stretches: | | Scapular Retraction | 20x | | STM, MFR, B paraspl & lliac crest | 15 |
| SI/TC 2x15° | Lateral Flexion | Scapular Protraction | 20x | | Ultrasound | |
| D4/TC 2x15° | Neutral Spine Position | quad sets | 3x10 | | Phonophoresis | |
| Key: O=Omitted for day | | Swiss Ball Exercises | | N=Begin next session  O=Delete from program | Iontophoresis | |

**OBJECTIVE MEASURES**

Evaluation Measurements

| ROM: | LEFT | RIGHT | OTHER | Current LEFT | RIGHT | OTHER | Notes |
|---|---|---|---|---|---|---|---|
| Lx FF (80°) | 60 | | | | | | |
| Ext (25°) | | | 10 | | | | |
| SB (25°) | 20 | 15 | | | | | |
| Hams flex (0°) | -25 | -30 | | | | | |
| R Sh-FF/ABD (180°) | 100/100 | | | | | | |
| R Sh IR (70°)/ER (90°) | 20/90 | | | | | | |
| R knee FL (135°) EXT (0°) | 107/-5 | | | | | | |
| MMT L Knee mvts (0/5 to 5/5) (grossly) | +3/5 | | | | | | |
| MMT R Sh mvts (0/5 to 5/5) (grossly) | | -3/5 | | | | | |
| Abs (0/5 to 5/5) | +2/5 | | | | | | |
| Ts ext (0/5 to 5/5) | 3/5 | | | | | | |
| Lx ext (0/5 to 5/5) | -3/5 | | | | | | |

PAIN   4/10

Posture: guarded motions L/S & R Sh girdle, antalgic gait c mild limp L LE

Palpation: tender: L distal quads, peri & retro patella, R deltoid ant post, perlscapula & proximal humerous, L/S paraspinals L1-S1, c@psis, sup iliac crest, gluteals

ADL's: decr sleep,sitting,standing, & walking tolerance,antalgic gait c decr stance time, bending,lifting & carrying,antalgic tasks performed at work

Gait/Balance: is A device, antalgic gait c decr cadence & truncal posture, decr stance time & push off L LE- c L Knee & LBP

Home Exercise Program:
Edema: L knee 43.5 cm, R knee 42cm @ central patella

Assessment: Goals Met:   Increase reps with exercises today, with no increase in symptoms.  ROM improved and pain minimal today.

Recommendations/Plan: cont POC

# Physical Therapy Evaluation and Billing Summary

Palm Beach Lakes

| | | | |
|---|---|---|---|
| Patient Name: | Walker, Loretta | Date: 08/18/05 | Units Allowed: [redacted] /NA |
| Diagnosis: | L/S, R Sh, L knee sp/st. | Eval Date: 08/18/05 | Visit # 1 of 12 |
| Rx Dx: | Decreased Function | Payer Group: PI | Ins / HICN # : [redacted] Rx Time: [redacted] min |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 97001 | PT Evaluation | 1 | 97034 | Contrast Bath | | 97520 | Prosthetic Train. | | FCE / PCE | | |
| 97002 | PT Re-eval | | 97035 | Ultrasound | 1 | 97530 | Ther. Activities | | | | |
| 97012 | Mechanical Traction | | 97110 | Ther. Procedure | 1 | 97535 | ADL | | | | |
| 97014 | ES Unattended | 1 | 97112 | Neuromusc. Reed. | | 97601 | Debridement | | | | |
| 97018 | Paraffin Bath | | 97113 | Aquatic Therapy | | 99070 | Supply | | | | |
| 97022 | Whirlpool | | 97116 | Gait Training | | 95831 | Muscle Testing | | | | |
| 97032 | ES Manual | | 97124 | Massage | | 97010 | Cold/Hot Pack | 1 | | | |
| ~~97033~~ | ~~Iontophoresis~~ | | ~~97140~~ | ~~Manual Therapy~~ | 1 | | | | Posted: | | 6 |

## Objective Data Section

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AROM: | | L/s Rotation | | Neuro Glide | | Stairmaster | |
| Flexion | | L/s Extension | | Pelvic Tilts | | Bike | |
| Extension | | Hamstring | 3x15" | Bridges | | Treadmill | |
| Rotation | | ITB | | Abdominals | | codmans pendulum | x1,all,R sh |
| Lateral Flexion | | Piriformis | 1x15" | Back Extension | | Wall walk | x1,FF |
| PROM: | | Glutes | | Quad. Upper Extremity | | LAQ | 1x10, #0,L |
| Flexion | | Quadratus Lumborum | | Quad. Lower Extremity | | HS curl | 1x10,#0,L |
| Extension | | Trapezius | | Quad. Opposition | | PNF | |
| Rotation | | Levator Scapulae | | Prone Upper Extremity | | Joint Mobilization(s) | |
| Lateral Flexion | | Scalenes | | Prone Lower Extremity | | HP to L Knee pre-tx | 15' |
| RROM: | | Rhomboids | | Prone Opposition | | CP to L knee | 15' |
| Flexion | | SCM | | Single Leg Raise | | PUS @1.2w/cm2 to L/S | 8' |
| Extension | | Isometrics: | | Shoulder Shrugs | 1x10 | CP c ES to L/S | 15' |
| Rotation | | Flexion | | Shoulder Circles | 1x10 | STM, MFR, B parasp & iliac crest | 15' |
| Lateral Flexion | | Extension | | Scapular Retraction | 1x10 | sweeps, friction @ PSIS&sacrum | |
| Stretches: | | Rotation | | Scapular Protraction | 1x10 | Ultrasound | |
| SKTC | 1x15" | Lateral Flexion | | quad sets | 3x10 | Phonophoresis | |
| DKTC | 1x15" | Neutral Spine Position | | Swiss Ball Exercises | | Iontophoresis | |

Key: O=Omitted for day N=Begin next session D=Delete from program

**Mechanism of Injury:** Pt reported that she slipped & fell while shopping at wynne dixie & sustained injuries to her L Knee, R Sh, & low back.

**Date of Injury:** 08/06/05

**Relevant History:** insignificant

**Job/Activities:** Pt is currently working full time/duty as a CAN-her job requires prolonged standing, walking, bending & lifting patients- pt likes to go dancing in her spare time.

**Current Functional Level:** See ADLs.

**Prior Functional Level:** I c all aspects.

**Precautions/Contraindic:** Precautions: None

**Subjective Complaints:** Pt would like to return to PLOF.

| OBJECTIVE MEASURES | Evaluation LEFT | RIGHT | OTHER | Notes | Additional Objective Data |
|---|---|---|---|---|---|
| ROM: Lx FF (80*) | | | 60 | | |
| Ext (25*) | | | 10 | | |
| SB (35*) | 20 | 15 | | | |
| Hams flex (0*) | -25 | -30 | | | |
| R Sh FF/ABD (180*) | | 100/100 | | | |
| R Sh IR (70*)/ ER (90*) | | 20/90 | | | |
| L knee FL (135*) EXT (0*) | | 107/-5 | | | |
| MMT L Knee mvts (0/5 to 5/5) (grossly) | +3/5 | | | | |
| R SH (0/5 to 5/5) (grossly) | | -3/5 | | | |
| Abs (0/5 to 5/5) | | | +2/5 | | |
| Ts ext (0/5 to 5/5) | | | 3/5 | | |
| Lx ext (0/5 to 5/5) | | | -3/5 | | |
| | | | | | |
| Pain | 4/10 | | | at rest, 4-7/10 c motion | |

**Posture:** guarded motions L/S & R SH girdle, antalgic gait c mild limp L LE

**Palpation:** tender L distal quads, peri & retro patella, R deltoid ant> post,periscapula & proximal humerous, L/S paraspinals L1-S1, @psis, sup iliac crest, gluteals.

**ADL's:** decr sleep,sitting,standing, & walking tolerance,antalgic bed mob,transfers,bending,lifting & carrying,antalgic tasks performed at work

**Gait/Balance:** I s A device, antalgic gait c decr cadence & truncal posture, decr stance time & push off L LE- c L Knee & LBP

**Edema:** L knee 43.5 cm, R knee 42cm @ central patella

**Home Exercise Program:** Given and Reviewed

Next Dr. Visit [redacted]

Stoup, Daniel PT 15881

Therapist Signature: Daniel Stoup PT #15881

# Initial Physical Therapy Evaluation and Plan of Care

Dear Dr. **Simon**

Enclosed, please find the original of our evaluation assessment performed on your patient **Walker, Loretta** conducted on **08/18/05**. We ask that you please sign the below outlined Plan of Care, pending your approval of the original. If you have further suggestions or concerns regarding the treatment of this, or any of your other patients, please feel free to contact us at your convenience or indicate your wishes in the space provided at the end of this document. Thank you very much for the referral of your patient and placing your confidence in us.

**ASSESSMENT:**   This is a 46 y.o.f. c c/o L knee, R Sh, & LBP that is affecting her tolerance to sit, stand, & walk, & her ability to sleep, work, & perform ADLs.

**INITIAL CERTIFICATION PERIOD:**   08/18/05   to   09/17/05

**REHABILITATION POTENTIAL:**   Good

**GOALS:**

| | |
|---|---|
| **STG:** (1-2 Wks) | 1) Pt. will be (i) in HEP to maintain gains made during PT |
| | 2) Pt. will increase AROM in L Knee, R Sh, & L/S regions by 5-10°. |
| | 3) Increase MMT of L Knee, R Sh, Tx/Lx, & abs by 1/2 grade. |
| | 4) Decrease (P)/tightness to affected regions by 50% |
| **LTG:** (3-4 Wks) | 1) Pt. will be aware of poor posture & be able to self-correct |
| | 2) Pt. will demonstrate good understanding of body mech/posture w/ all ADL's |
| | 3) Pt. will return to prior level of function |

**TREATMENT PLAN:**

⇦ Mods PRN: HP/CP/STM/US/ES/MFR/TPR/PROM and stretches to dec (P)/tightness to affected regions
⇦ Ther ex to inc Cx/Lx stability (flex-isom-PRE's)
⇦ Pt. education on body mechanics and good postural awareness
⇦ Establishment of HEP to promote (i) management of Sx

**FREQUENCY/DURATION:**   3 Times a Week for 4 Weeks

Stoup, Daniel PT 15881                    Therapist Signature: _[signature]_

☒ Patient is in accord with goals and treatment and is aware of diagnosis
☒ Therapist feels this patient does not require social or psychological intervention

I certify the above prescribed services and plan of care are required by this patient, and are medically necessary. The plan has been developed in conjunction with the therapist. I further recommend the following treatment alternatives:

_____

Physician Signature: _____   Date: __/__/__

BACK - 17 Piriformis Stretch

Lie on back, pull RIGHT / LEFT knee toward opposite shoulder. Pull side of knee, not directly on kneecap.
Hold ___ seconds.

REPEAT: 3 times. Do 2-3 times per day.

*KEEP OPPOSITE LEG BENT*
*PLACE FOOT ON OPPOSITE KNEE*
*A Pull Towards Opposite Should*
*HOLD 2-15 seconds*

Copyright VHI II

---

BACK - 2 Double Knee to Chest (Flexion)

Grasp behind knees and gently pull toward chest.
Feel stretch in lower back or buttock area.
Breathing deeply, hold position
and count out loud 20 seconds.

REPEAT: 3 Times 2-3 Times a Day.
*HOLD 15 seconds*

Copyright VHI II

---

BACK - 1 ... Single Knee to Chest

Grasp behind one knee and pull toward chest.
Feel stretch in lower back or buttock area.
Breathing deeply, hold position and count out loud
20 seconds. Repeat with other knee.

REPEAT: 3 Times 2-3 Times a Day.
*HOLD 15 seconds*

Copyright VHI

---

BACK - 14 Knee Rocks (Full)

Lie on back, with knees bent and together, feet flat.
Slowly lower knees toward the side.
Go as far as is comfortable.
Hold ___ seconds.
Repeat to other side.

REPEAT: ___ times. Do ___ times per day.

*Do towards both sides*
*Back + Forth*

REPEAT: 10 times. Do 2-3 times per day.

Copyright VHI 1996

---

HIP - 16 Bridging

Lie on back with feet shoulder width apart.
Lift hips toward the ceiling.
Hold 3 seconds.

Copyright VHI 1996

---

With feet flat and knees bent, flatten lower back into bed.
Tighten stomach muscles.
Hold and count 10 seconds out loud.

REPEAT: 10 Times or ___ Minutes
*2 Times a Day*

Copyright VHI 1993



Gently tense muscle on top of thigh.

Hold ____ Seconds. Repeat ____ Repetitions/set.

Do ____ Sets/session. Do ____ Sessions/day.

Copyright VHI 1992



## HIP and KNEE - 11   Strengthening: Quadriceps sets

Tighten muscles on top of thigh by pushing knees down into floor or table.

Hold ____ seconds. Repeat ½ times.

Do 2-3 sessions per day.

Copyright VHI 1990



## HIP and KNEE - 6   Self-Mobilization

Seated knee flexion/extension stretch.

Gently push involved leg back with good leg until you feel a stretch. Hold ____ seconds. Relax. With good leg underneath involved leg, slowly straighten leg out.

Repeat ____ times.

Do ____ sessions per day.

Copyright VHI 1990

GOOD WARM UP



HIP and KNEE - 41
Stretching: Gastroc Stretch



Keeping back leg straight,
with heel on floor and
turned slightly outward,
lean into wall until
a stretch is felt in
calf.

Hold ___ seconds.
Repeat ___ times.
Do ___ sessions per day.

Copyright VHI 1990

HIP and KNEE - 37
Stretching
Quadriceps Stretch



Pull heel toward buttock
until a stretch is felt in
front of thigh.

Hold ___ seconds.
Repeat ___ times.
Do ___ sessions per day.

Copyright VHI 1990

HIP and KNEE - ... Stretching: Seated Hamstring Stretch



Tuck foot near groin with opposite leg straight. Reach down
until a stretch is felt in back of thigh.

Hold ___ seconds. Repeat ___ times.
Do ___ sessions per day.

Copyright VHI 1990

## HIP / KNEE - 55
### Sitting Knee Extension with Resistive Band



With resistive band
looped around both feet,
raise one leg to straighten knee.
Keep other leg bent
to increase resistance.

Repeat _____ times per set. Do _____ sets per session.
Do _____ sessions per day.

Copyright VHI 1994

## HIP and KNEE - 24
### Strengthening
### Standing Knee Flexion



Standing, bend knee up
as far as possible.

Hold _____ seconds.
Repeat _____ times.
Do _____ sessions per day.

Copyright VHI 1990

### Isometric Hip Adduction



With folded pillow between knees, squeeze knees together.

Hold _____ seconds. Repeat _____ times.
Do _____ sessions per day.

Copyright VHI 1990

**WALL WALKING**

(1) FACE WALL — WALK FINGER UP THE WALL TO STRETCH

(2) TURN SIDEWAYS FACE WALL, WALK FINGER UP WALL WITH AFFECTED ARM UNTIL YOU FEEL A GOOD STRETCH OR DISCOMFORT.

AVOID PAIN WITH ALL

## SHOULDER - 26
Range of Motion Exercises
(Codman's Exercises): Pendulum
(Clockwise/counterclockwise)

Let arm move in a circle clockwise, then counterclockwise by rocking body weight in a circular pattern.

Repeat ___ times.

Do ___ sessions per day.

Copyright VHI 1990



## SHOULDER - 27
Range of Motion Exercises (Codman's Exercises):
Saws (shoulder protraction/retraction)

Supporting body weight with hand on table, reach out in front of you. Pull arm back pinching shoulder blades together.

Repeat ___ times.

## SHOULDER - 28 Range of Motion Exercises
(Codman's Exercises): Crosses
(horizontal abduction/adduction)



Supporting body weight with other hand, reach across body as far as you can, then pull back.

Repeat ___ times. Do ___ sessions per day.

Copyright VHI 1990

## SHOULDER - 25
Range of Motion Exercises
(Codman's Exercises):
Pendulum (side-to-side)



Gently move arm from side to side by rocking body weight from side to side. Let arm swing freely.

Repeat ___ times.

Do ___ sessions per day.

Just take out slack and relax your arm.
Look down over opposite breast!

Gently grasp side of head while reaching behind back with other hand. Tilt head away until a gentle stretch is felt.
Hold 15 seconds. Repeat 3 times, both sides.
Do 6 times per day.

Copyright VHI 1990

CERVICAL SPINE - 24
Flexibility: Corner Stretch (or doorway)

Standing in corner with hands at shoulder level and feet ___ feet from corner, lean forward until a comfortable stretch is felt across chest.
Hold ___ seconds.
Repeat ___ times.
Do ___ times per day.

1–5 do in shower

Copyright VHI 1990

CERVICAL SPINE - 26
Flexibility: Neck Stretch

Pull slack out of arm across your body tilt then head your same the direction

Grasp arm above wrist and pull downward and across body while gently tilting head.
Hold 15 seconds. Relax.
Repeat 3 times.
Do 2 sessions per day. (at least)

Copyright VHI 1990

(4) Tilt head sideways
(5) Turn head (keep down or level not up)

CERVICAL SPINE - 22 Strengthening
Phase I: Shoulder Shrugs
Shrug shoulders up and down, forward and backward.
Hold ___ seconds.
Repeat ___ times.
Do ___ times per day.

Phase II: Resistive Shoulder Shrugs
With Surgical tubing/dumbbells ___ lbs., shrug shoulders up and down, forward and backward

(1) Shrugs. Lift your shoulders up towards your ears and return back down

(2) Circles — make circles with your shoulders - going up, back, down + forward (or opposite)

(3) Put hands behind back or at your side - squeeze your ...

# RS MEDICAL
## DME2
## REVIEW BALANCE SHEET - ORDER
03/07/2006 09:12 AM

**WALKER, LORETA** Page: 1
**ACC#: 000000596996**

| DT SERVICI | PROC CD | EXPLANATION | CHARGE | PAYMENT | PRIMARY | SECONDARY | PATIENT | WA | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| 09/22/05 | E1399 | RS4i 4CH MONITOR COMBO NI | 250.00 | | 250.00 | 0.00 | 0.00 | 0.00 | 250.00 |
| 09/22/05 | A4556 | ELECTRODE 2" ROUND | 80.00 | | 330.00 | 0.00 | 0.00 | 0.00 | 330.00 |
| 09/22/05 | A4557 | CABLESET MULTI DEVICE 4 ( | 40.00 | | 370.00 | 0.00 | 0.00 | 0.00 | 370.00 |
| 09/22/05 | | SHIPPING/HANDLING | 15.00 | | 385.00 | 0.00 | 0.00 | 0.00 | 385.00 |
| PG 1 | | BALANCE DUE -> | 385.00 | 0.00 | 385.00 | 0.00 | 0.00 | 0.00 | 385.00<<== |
| | | | | | AA: | 0.00 | DE: 0.00 | | |
| 10/22/05 | A4556 | ELECTRODE 2" ROUND | 80.00 | | 80.00 | 0.00 | 0.00 | 0.00 | 80.00 |
| PG 2 | | BALANCE DUE -> | 80.00 | 0.00 | 80.00 | 0.00 | 0.00 | 0.00 | 80.00<<== |
| | | | | | AA: | 0.00 | DE: 0.00 | | |
| 10/22/05 | E1399 | RS4i 4CH MONITOR COMBO NI | 250.00 | | 250.00 | 0.00 | 0.00 | 0.00 | 250.00 |
| PG 3 | | BALANCE DUE -> | 250.00 | 0.00 | 250.00 | 0.00 | 0.00 | 0.00 | 250.00<<== |
| | | | | | AA: | 0.00 | DE: 0.00 | | |
| 11/22/05 | A4556 | ELECTRODE 2" ROUND | 80.00 | | 80.00 | 0.00 | 0.00 | 0.00 | 80.00 |
| PG 4 | | BALANCE DUE -> | 80.00 | 0.00 | 80.00 | 0.00 | 0.00 | 0.00 | 80.00<<== |
| | | | | | AA: | 0.00 | DE: 0.00 | | |
| 11/22/05 | E1399 | RS4i 4CH MONITOR COMBO NI | 250.00 | | 250.00 | 0.00 | 0.00 | 0.00 | 250.00 |
| PG 5 | | BALANCE DUE -> | 250.00 | 0.00 | 250.00 | 0.00 | 0.00 | 0.00 | 250.00<<== |
| | | | | | AA: | 0.00 | DE: 0.00 | | |
| 12/22/05 | E1399 | RS4i 4CH MONITOR COMBO NI | 250.00 | | 250.00 | 0.00 | 0.00 | 0.00 | 250.00 |
| PG 6 | | BALANCE DUE -> | 250.00 | 0.00 | 250.00 | 0.00 | 0.00 | 0.00 | 250.00<<== |
| | | | | | AA: | 0.00 | DE: 0.00 | | |
| 01/22/06 | E1399 | RS4i 4CH MONITOR COMBO NI | 250.00 | | 250.00 | 0.00 | 0.00 | 0.00 | 250.00 |
| PG 7 | | BALANCE DUE -> | 250.00 | 0.00 | 250.00 | 0.00 | 0.00 | 0.00 | 250.00<<== |
| | | | | | AA: | 0.00 | DE: 0.00 | | |
| 02/01/06 | A4556 | ELECTRODE 2" ROUND | 80.00 | | 80.00 | 0.00 | 0.00 | 0.00 | 80.00 |
| PG 8 | | BALANCE DUE -> | 80.00 | 0.00 | 80.00 | 0.00 | 0.00 | 0.00 | 80.00<<== |
| | | | | | AA: | 0.00 | DE: 0.00 | | |
| 02/22/06 | A4556 | ELECTRODE 2" ROUND | 80.00 | | 80.00 | 0.00 | 0.00 | 0.00 | 80.00 |
| PG 9 | | BALANCE DUE -> | 80.00 | 0.00 | 80.00 | 0.00 | 0.00 | 0.00 | 80.00<<== |
| | | | | | AA: | 0.00 | DE: 0.00 | | |
| 02/22/06 | E1399 | RS4i 4CH MONITOR COMBO NI | 250.00 | | 250.00 | 0.00 | 0.00 | 0.00 | 250.00 |
| PG 10 | | BALANCE DUE -> | 250.00 | 0.00 | 250.00 | 0.00 | 0.00 | 0.00 | 250.00<<== |
| | | | | | AA: | 0.00 | DE: 0.00 | | |
| TOTAL BALANCE DUE >>> | | | 1,955.00 | 0.00 | 1,955.00 | 0.00 | 0.00 | 0.00 | 1,955.00<<== |
| | | | | | AA: | 0.00 | DE: 0.00 | | |

INV: 0006278859 03/22/2006 NIGHT0P4

# HEALTH INSURANCE CLAIM FORM

PICA

| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | 2635I3769 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
WALKER, LORETA

3. PATIENT'S BIRTH DATE — MM 10 DD 29 YY 1958 — SEX M [ ] F [XX]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
WALKER, LORETA

5. PATIENT'S ADDRESS (No., Street)
1421 W 26TH ST

6. PATIENT RELATIONSHIP TO INSURED
Self [ ] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)
SAME AS 5

CITY RIVIERA BEACH — STATE FL

8. PATIENT STATUS
Single [ ] Married [ ] Other [ ]
Employed [ ] Full-Time Student [ ] Part-Time Student [ ]

CITY — STATE

ZIP CODE 33404-4156 — TELEPHONE (Include Area Code) (561) 844-0225

ZIP CODE — TELEPHONE (INCLUDE AREA CODE) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
N/A

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES [ ] NO [ ]

a. INSURED'S DATE OF BIRTH — MM 10 DD 29 YY 1958 — SEX M [ ] F [XX]

b. OTHER INSURED'S DATE OF BIRTH — SEX M [ ] F [ ]

b. AUTO ACCIDENT? YES [ ] NO [XX] PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? YES [ ] NO [XX]

c. INSURANCE PLAN NAME OR PROGRAM NAME
GARY DRUCKER, ESQ.

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES [ ] NO [XX] If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE — DATE 03/22/2006

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) — MM 08 DD 08 YY 2005

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE — MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION — FROM — TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
SIMON, ROBERT

17a. I.D. NUMBER OF REFERRING PHYSICIAN
F95108

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES — FROM — TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? YES [ ] NO [XX] $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 846.0 — SPRAIN LUMBOSACRAL.
2.
3.
4.

22. MEDICAID RESUBMISSION CODE — ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. | A | B | C | D | | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE(S) OF SERVICE From — To | Place of Service | Type of Service | PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | DIAGNOSIS CODE | $ CHARGES | DAYS OR UNITS | EPSDT Family Plan | EMG | COB | RESERVED FOR LOCAL USE |
| | 03 22 06 03 22 06 | 12 | 9 | A4556 | | | 80 00 | 8 | | | | |

Electrode 2" round

| 25. FEDERAL TAX I.D. NUMBER | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| 91-1490213 — SSN [ ] EIN [XX] | 0000059696 | YES [XX] NO [ ] | $ 80 00 | $ 80 00 | $ 00 00 |

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED [signature] — DATE 03/22/2006

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
RS MEDICAL (360)-892-0339
P.O. BOX 87650
701 NORTHLAKE BLVD STE 2,
NORTH PALM BEACH, FL 33408VANCOUVER, WA 98687-2650

PIN# 9I1490213 — GRP#

(09) DMB SUPPLIER

APPROVED OMB-0938-0008 FORM RRB-1500
APPROVED OMB-1215-0055 FORM OWCP-1500 FORM CMS-1500 (12-90), FORM RRB-1500
(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)

PHYSICIAN OR SUPPLIER INFORMATION

PLEASE DO NOT STAPLE IN THIS AREA

GARY DRUCKER, ESQ.
3111 UNIVERSITY DR STE 901
CORAL SPRINGS, FL 33065

INV: 00662798144 03/22/2006 NIGHT094

# HEALTH INSURANCE CLAIM FORM

APPROVED OMB-0938-0008

PICA

**1. MEDICARE** (Medicare #) **MEDICAID** (Medicaid #) **CHAMPUS** (Sponsor's SSN) **CHAMPVA** (VA File #) **GROUP HEALTH PLAN** (SSN or ID) **FECA BLK LUNG** (SSN) **OTHER** (ID) ☒

**1a. INSURED'S I.D. NUMBER** (FOR PROGRAM IN ITEM 1)
2635137169

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)
WALKER, LORETA

**3. PATIENT'S BIRTH DATE** 10 29 1958  **SEX** M ☐ F ☒

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)
WALKER, LORETA

**5. PATIENT'S ADDRESS** (No., Street)
1421 W 26TH ST

**6. PATIENT RELATIONSHIP TO INSURED** Self ☒ Spouse ☐ Child ☐ Other ☐

**7. INSURED'S ADDRESS** (No., Street)
SAME AS 5

**CITY** RIVIERA BEACH  **STATE** FL

**8. PATIENT STATUS** Single ☐ Married ☐ Other ☐  Employed ☐ Full-Time Student ☐ Part-Time Student ☐

**CITY**  **STATE**

**ZIP CODE** 33404-4156  **TELEPHONE** (Include Area Code) (561) 844-0225

**ZIP CODE**  **TELEPHONE** (INCLUDE AREA CODE) ( )

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**
N/A

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (CURRENT OR PREVIOUS) YES ☐ NO ☒

**a. INSURED'S DATE OF BIRTH** 10 29 1958  **SEX** M ☐ F ☒

**b. OTHER INSURED'S DATE OF BIRTH**  **SEX** M ☐ F ☐

**b. AUTO ACCIDENT?** YES ☐ NO ☒  PLACE (State)

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**c. OTHER ACCIDENT?** YES ☐ NO ☒

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
GARY DRUCKER, ESQ

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** YES ☐ NO ☐
If yes, return to and complete item 9 a-d.

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**  DATE 03/22/2006

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

**14. DATE OF CURRENT:** ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)  08 08 2005

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.** GIVE FIRST DATE MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM DD YY TO MM DD YY

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**
SIMON, ROBERT

**17a. I.D. NUMBER OF REFERRING PHYSICIAN**
F95108

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM DD YY TO MM DD YY

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?** YES ☐ NO ☒  $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY.** (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 846.0 -SPRAIN LUMBOSACRAL
2.
3.
4.

**22. MEDICAID RESUBMISSION CODE**  ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A DATE(S) OF SERVICE From MM DD YY To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 03 22 06 04 21 06 12 R B1399 RR | | | A541 4CH MONITOR CMBO NMS/IF | 1 | 250.00 | 1 | | | | |

**25. FEDERAL TAX I.D. NUMBER** 91-1490213  SSN ☐ EIN ☒

**26. PATIENT'S ACCOUNT NO.** 0000005969666

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) YES ☒ NO ☐

**28. TOTAL CHARGE** $ 250.00

**29. AMOUNT PAID** $ 0.00

**30. BALANCE DUE** $ 250.00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED [signature]  DATE 03/22/2006

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED** (If other than home or office)
701 NORTHLAKE BLVD STE 2,
NORTH PALM BEACH, FL 33408

**33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #**
RS MEDICAL (360)-892-0339
P.O. BOX 872650
VANCOUVER, WA 98687-2650

PIN# 911490213  GRP#

PLEASE DO NOT STAPLE IN THIS AREA

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88
APPROVED OMB-0938-0008 FORM CMS-1500 (12-90) FORM OWCP-1500, APPROVED OMB-0720-0001 (CHAMPUS)

GARY DRUCKER, ESQ.
3111 UNIVERSITY DR STE 901
CORAL SPRINGS, FL 33065

chriskin QE 20050922.173753.tif - Page 2

# RS Medical Rental / Purchase Agreement

RS Medical 14401 S.E. First St., Vancouver, WA 98684 Fax 800-929-1930

☐ Requires Spanish

## ❶ PATIENT INFORMATION

Name (first, middle initial, last): Loretta Walker

Mailing address: 1421 W. 26th St.

City: Riviera Bch State: FL Zip code: 33404

Home phone: (561) 844-0225 Work phone: (561) 667-2993

Patient birth date (mm/dd/yy):

Patient sex ☐ Male ☑ Female

Social Security number: 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 Employer phone: ( )

Current employer:

Employer address:

Employer city: State: Zip code:

## ❷ FOR WORKER'S COMP CLAIM

Patient's employer on date of injury:

Employer's address:

Employer's city: State: Zip code:

Employer's phone: ( ) Claim number:

Adjuster's name: Adjuster's phone: ( )

Date of injury (mm/dd/yy): State where injury occurred:

## FOR PERSONAL INJURY / AUTO CLAIM

Date of injury (mm/dd/yy): State where injury occurred: FL

Claim number:

Adjuster's name: Adjuster's phone: ( )

## PRIMARY CARE PHYSICIAN

Primary Care Physician's name:

Physician's office phone: ( ) Referral number:

Account Manager name: Christine Buskin

Mailing address —
3111 University Dr. #901
Coral Springs, FL 33065.

## ❸ PRIMARY INSURANCE INFORMATION

Patient's relationship to insured (check one): ☐ Self ☐ Spouse ☐ Child ☐ Other:

Insured name (first, middle initial, last) if other than patient:

Insured Social Security number: Insured phone: ( )

Policy or Identification number: Group number:

Insured birth date (mm/dd/yy):

Insured sex ☐ Male ☐ Female

Insurance type (check one):
☐ Worker's Compensation ☑ Attorney
☐ Private medical insurance ☐ Personal injury/auto (PIP)
☐ HMO ☐ Medicaid
☐ Medicare HMO ☐ Self pay
☐ Medicare regular

Insurance company name: ~~[illegible]~~ Gary Drucker.

Insurance company address: 2247 Palm Bch. Lakes #220

Insurance company city: West Palm Bch State: FL Zip code: 33409

Insurance co. phone number: 1-561-820-1442

## ❹ SECONDARY INSURANCE INFORMATION

Patient's relationship to insured (check one): ☐ Self ☐ Spouse ☐ Child ☐ Other:

Insured name (first, middle initial, last) if other than patient:

Insured Social Security number: Insured phone: ( )

Policy or Identification number: Group number:

Insured birth date (mm/dd/yy):

Insured sex ☐ Male ☐ Female

Insurance type (check one):
☐ Worker's Compensation ☐ Attorney
☐ Private medical insurance ☐ Personal injury/auto (PIP)
☐ HMO ☐ Medicaid
☐ Medicare HMO ☐ Self pay
☐ Medicare regular

Insurance company name:

Insurance company address:

Insurance company city: State: Zip code:

Insurance co. phone number:

**Please read Agreement on the reverse side before signing below** I have read, understand, and agree to all terms and conditions regarding receipt of this equipment as stated on this and the reverse side of this form. I acknowledge receipt of the *Notice of Privacy Practices* and authorize the exchange of medical and insurance information relating to this treatment and payment of the resulting claims between RS Medical, physicians, payors and, for Medicare payment, the Health Care Financing Administration and its agents. I acknowledge receipt of the RS Medical equipment, accessories and supplies identified on the accompanying prescription(s).

Patient's Signature: Loretta Walker Date: 9-22-05

White: RS Medical Corporate Yellow: Physician Pink: Patient

Copyright © 1999-2003 RS Medical F1 N 4-1-03

# RS Medical Prescription

RS Medical 14401 S.E. First St. Vancouver, WA 98684  FAX 800-929-1930

## PATIENT INFORMATION

PLEASE PRINT

Patient name: _____

Physician name: Robert Simon

Physician Address: 101 Hakhola Blvd.  #208

City: North Haven  State: CT  Zip: 33468

Office phone: (501) 801-1018

UPIN: F45108

Diagnosis: Lsam

ICD9 Codes: _____

Prognosis: good

Device & supplies prescribed for: ___ months or ☐ Indefinite Use

## STATEMENT OF MEDICAL NECESSITY

Treatment goal through use of device (Required)
↓ Pain ↑ Strength, ADLs

Treatment history for this condition (Required)
P.T. Meds

Patient progress through device use (Required for Renewal only)

## TREATMENT INFORMATION

Primary protocol: Back

Use: 1-2 times each day

### ■ Sequential Stimulator settings

RS-4 Treatment Plan Number: 204

| | Interferential/Muscle Stimulation | Minutes |
|---|---|---|
| Segment 1 | | 15 |
| Segment 2 | | 30 |
| Segment 3 | | |

### ■ Single-Modality Stimulator settings

Treatment time (number of minutes) _____
Interferential frequency ☐ Hi ☐ Wide ☐ Lo ☐ None
Interferential polarity ☐ Bipolar ☐ Quadripolar
Muscle Stim: Contract time (sec.) ___ Relax time (sec.) ___

## Treatment area

1. Draw circle on figures to show the number and placement of electrode pads.
2. Number pairs of pads to indicate stimulus.
3. If a garment is prescribed, draw outline of garment.



## PRESCRIBED PRODUCT

Order Type: ☐ Regular ☐ Ship Out ☐ Pre-Auth. ☐ Fill ☐ Phone fit

### ■ Sequential Stimulator
☐ RS Medical RS-4 4-ch. interferential & muscle stimulator & monitoring
☐ Dispensed  ☐ 2" round pads  ☐ Resupply

### ■ Single Modality Stimulators
☐ RS Medical RS-2m™ 2-channel muscle stimulator
☐ Dispensed  ☐ 2" round pads  ☐ Resupply
☐ RS Medical RS-2i™ 2-channel interferential stimulator
☐ Dispensed  ☐ 2" round pads  ☐ Resupply
☐ RS Medical RS-TENS Plus (Transcutaneous Electrical Nerve Stim.)
☐ Dispensed  ☐ TENS Strip pad(s)  ☐ Resupply
☐ Other stimulator
Stimulator Serial Number: 4141563 (pads listed below)

### ■ Conductive Garments for use with RS Medical Stimulators
☐ RS Medical RS-FBG™ Full Back Conductive Garment (Purchase only)
☐ Dispensed  ☐ 2" garment pads  ☐ Resupply
☐ RS Medical RS-LB™ Low Back Conductive Garment (Purchase only)
☐ Dispensed  ☐ 2 x 2" garment pads  ☐ Resupply
☐ LBM Sm/Med with ___ 2 x 2" garment pads  ☐ Resupply
☐ LBL Large with ___ 3.5 x 3.5" garment pads  ☐ Resupply
☐ Extender

Garment Serial Number: _____

☐ Cable ☐ C2 ☐ C4  Garment Conversion ☐ 2 ☐ 4

| # Pad Options | Size | Quantity | Dispensed | Resupply |
|---|---|---|---|---|
| Type | ☐ 4 | ☐ 8 | ☐ Y ☐ N | ☐ Y ☐ N |
| Type | ☐ 4 | ☐ 8 | ☐ Y ☐ N | ☐ Y ☐ N |
| | ☐ 4 | ☐ 8 | ☐ Y ☐ N | ☐ Y ☐ N |

## Indications
(check all that apply)

| Indications | RS-4 (if applicable) (TENS) | RS-2m (MS) | RS-2i (IF) (MS) | RS-TENS (TENS) |
|---|---|---|---|---|
| Relieve acute pain | | ☐ | ☐ | ☐ |
| Relieve & manage chronic pain | | ☐ | ☐ | ☐ |
| Relax muscle spasms | | ☐ | ☐ | ☐ |
| Prevent or retard disuse atrophy | | ☐ | ☐ | ☐ |
| Re-educate muscle | | ☐ | ☐ | ☐ |
| Maintain or increase range of motion | | ☐ | ☐ | ☐ |
| Increase local blood circulation | | ☐ | ☐ | ☐ |
| Immediate postsurgical stimulation of calf muscles to prevent venous thrombosis | | ☐ | ☐ | ☐ |

In my opinion, in accordance with accepted medical practice standards, the above named patient requires the indicated device, garment and electrode pads as provided by RS Medical (dispensed as written, no substitutes allowed), for the above diagnosis. If the patient/insurer chooses to purchase/rent the device, I prescribe the device for indefinite use.

Physician's Signature: _____

Date: _____

Copyright © 2004 RS Medical. All Rights Reserved.

# RS Medical Prescription

RS Medical  1400 S.E. First St., Vancouver, WA  98684  FAX 800-929-1930

## PATIENT INFORMATION

**PLEASE PRINT**

Patient name: LORETA WALKER          569996   12/21/2005

## STATEMENT OF MEDICAL NECESSITY

Treatment goal through use of device (Required)
DECREASE PAIN, INCREASE STRENGTH AND ADLS

☐ Conductive Garment is a medical necessity due to large area and multiple sites of stimulation inaccessible with conventional supplies

Physician name: ROBERT SIMON

Physician Address: 701 NORTHLAKE BLVD STE 2

City: NORTH PALM BEACH   State: FL   Zip: 33408-5215

Office phone ( 561 ) 845-7078

UPIN: _____   F95108

Diagnosis: SPRAIN LUMBOSACRAL

ICD9 Codes: 8 4 6 . 0

Prognosis: good

Device & supplies prescribed for ☐ months or ☑ Indefinite Use

**Indications** (check all that apply)

| | RS-4i (IF & MS) | RS-2m, RS-2i (MS) | RS-2i (IF) | RS-TENS (TENS) | |
|---|---|---|---|---|---|
| Relieve acute pain | ☐ | ☐ | ☐ | ☐ | |
| Relieve chronic pain | ☐ | ☐ | ☐ | ☐ | |
| Relieve & manage chronic pain | ☑ | ☐ | | | |
| Relax muscle spasms | ☐ | ☐ | | | |
| Prevent or retard disuse atrophy | ☑ | ☐ | | | |
| Re-educate muscle | ☐ | ☐ | | | |
| Maintain or increase range of motion | ☑ | ☐ | | | |
| Increase local blood circulation | ☐ | ☐ | | | |
| Immediate postsurgical stimulation of calf muscles to prevent venous thrombosis | ☐ | ☐ | | | |

## PRESCRIBED PRODUCT

Order Type: ☐ Regular  ☑ Ship Out  ☐ Pre-Auth.  ☐ TR  ☐ Phone fit

☑ **Sequential Stimulator**
☑ RS Medical RS-4i 4-ch. Interferential & muscle stimulator & monitoring

☑ **Single Modality Stimulators**
☐ RS Medical RS-2m 2-channel muscle stimulator
   ☐ Dispensed   2" round pads   ☐ Resupply
☐ RS Medical RS-2i 2-channel Interferential stimulator
   ☐ Dispensed   2" round pads   ☐ Resupply
☐ RS Medical RS-TENS Plus (Transcutaneous Electrical Nerve Stim.)
   ☐ Dispensed   2" round pads   ☐ Resupply
   ☐ Dispensed   TENS Strip pad(s)   ☐ Resupply

Stimulator Serial Number: _____

☑ **Conductive Garments** for use with RS Medical Stimulators
☐ RS Medical RS-FBG™ Full Back Conductive Garment (Purchase only)
   ☐ Dispensed   2 X 2" garment pads   ☐ Resupply
☐ RS Medical RS-LB™ Low Back Conductive Garment (Purchase only)
   ☐ Dispensed   2 X 2" garment pads   ☐ Resupply
   ☐ LBM Sm/Med with   2 X 2" garment pads   ☐ Resupply
   ☐ LBL Large with   3.5 x 3.5" garment pads   ☐ Resupply
   ☐ Extender

Garment Serial Number: _____

☐ Cables  ☐ 2   ☐ Garment Conversion:   ☐ 04

| ☐ Pad Options | Resupply | Dispensed | Quantity | Size |
|---|---|---|---|---|
| ROUND | ☑ Y ☐ N | ☑ Y ☐ N | 4 | 2" |
| Type | ☐ Y ☐ N | ☐ Y ☐ N | 8 | |
| Type | ☐ Y ☐ N | ☐ Y ☐ N | 4 | |

## TREATMENT INFORMATION

**Primary protocol** — BACK

Use 1-2 times each day

Sequential Stimulator settings
RS-4i Treatment Plan Number: 294

| | Minutes | Interferential | Muscle Stimulation |
|---|---|---|---|
| Segment 1 | 15 | ☐ | ☑ |
| Segment 2 | 30 | ☑ | ☐ |
| Segment 3 | | ☐ | ☐ |

**Single-Modality Stimulator settings**
Treatment time (number of minutes) _____
Interferential frequency ☐ H ☐ Wide ☐ Lo ☐ None
Interferential polarity ☐ Bipolar ☐ Quadripolar
Muscle Stim: Contract time (sec.) _____  Relax time (sec.) _____

**Treatment area**



1. Draw circles on figures to show the number and placement of electrode pads.
2. Number pads if pads to indicate sequence.
3. If a garment is prescribed, draw outline of garment.

Patient progress through device use (Required for Renewal only)
N/P
↑ ADLS

Physician's signature: _____   Date: 1-20-06

In my opinion, in accordance with accepted medical practice standards, the above named patient requires the indicated device, garment and electrode pads as provided by RS Medical (dispensed as written, no substitutes allowed), for the above diagnosis. If the patient's insurer chooses to purchase the device, I prescribe it for indefinite use.

Write: RS Medical Corporate  Yellow: Physician  Pink: Patient   Account Manager (name): BRISKIN, CHRISTINE

F2 L 9-21-04

Copyright © 2004 RS Medical. All Rights Reserved.

cbhskin.OE.20060131.0754426.tif - Page 1