UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Reorganized Debtors. | ) Jointly Administered |
| _____) | |

## MOTION/APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM

COMES NOW, by and through undersigned counsel, KARLA RUEDA, hereby files this Application/Motion for Administrative Expense Claim against the Reorganized Debtors corresponding to a claim arising within the period between February 21, 2005 and November 21, 2006 and in support states as follows:

1. Pursuant to the Court's notice of (A) Entry of order confirming plan of reorganization, (B) Occurrence of effective date of plan, and (C) Bar dates for filing claims arising before effective date and other administrative claims and in accordance with Section 12.1 of the Plan, all requests for payment of Administrative Claims arising against Debtors in the period between February 21, 2005 and November 21, 2006, must be made by application filed with the bankruptcy Court and served upon counsel for the reorganized Debtors and the Post-Effective Date Committee no later than January 5, 2007.

2. The pending personal injury claim of, KARLA RUEDA, falls within this claims period.

3. On or about 9/17/06, KARLA RUEDA, slipped, fell and was injured in a Winn Dixie store located in the State of Florida. The fall and resulting injuries were due to the carelessness and negligence of Winn Dixie. A claim has been initiated regarding the personal injuries suffered by KARLA RUEDA, at that date and time against Winn Dixie. A claim # of A611208810-0001-01 has been assigned to this loss and the matter is pending at this time. The amount of the Administrative Claim is believed to be $50,000.00 or more should she require a surgery. The claimant is still treating and the full extent of her injuries and required present and future medical care is being determined. There has been no suit filed in the matter and no Court Judgment obtained.

WHEREFORE, KARLA RUEDA respectfully requests this Motion/Application for Administrative expense claim corresponding to this personal injury claim be granted and that said claim be recognized as formally asserted against the Reorganized Debtors, thereby obligating said Reorganized

debtors to recognize and honor said claim.

*[signature]*

**STEVEN M. WILLNER, ESQUIRE**
Attorney for Claimant
Florida Bar No. 997064
LAW OFFICE OF STEVEN M. WILLNER, P.A.
2924 Davie Road, Suite 202
Davie, Florida 33314
(954) 922-9600
smw@stevenwillnerlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served by U.S. mail and email upon counsel for the Reorganized Debtor, James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville Florida 32202 jpost@smithhulsey.com, and Counsel for the Post-Effective Date Committee, Matthew Barr, Milbank Tweed Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, mbarr@millbank.com this 26th day of December, 2006.

*[signature]*

**STEVEN M. WILLNER, ESQUIRE**
Attorney for Claimant
Florida Bar No. 997064
LAW OFFICE OF STEVEN M. WILLNER, P.A.
2924 Davie Road, Suite 202
Davie, Florida 33314
(954) 922-9600
smw@stevenwillnerlaw.com