In re:                                                  Case No. 05-03817-BK

Winn-Dixie Stores, Inc., et al.,                        Chapter 11

Reorganized Debtors                                     Jointly Administered

## APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSES

**TO:** **UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**FILED**
JACKSONVILLE, FLORIDA

DEC 22 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

**PLEASE TAKE NOTICE THAT:**

In response to the Notice of Entry of Order Confirming Plan of Reorganization, Occurrence of Effective Date of Plan, and Bar Dates for Filing Claims Arising Before Effective Date and other Administrative Claims in the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors, the following debt does hereby exist, referenced by Sedgwick Claims Management Services, Inc., an affiliate of the Debtor, Claim Number A611209522-0001-01.

1. The Claimant is Gladys Daigle LeBlanc, a resident of 782 Plauche Street, Morganza, Louisiana 70759. The Claimant was injured on October 10, 2006 in a fall over a piece of loading equipment in the Winn Dixie Store located in New Roads, Louisiana (Location Number 08-1572-002). All injuries of the Claimant were sustained due to the negligence of the Debtor and employees of same.

2. The basis for this claim lies in the responsibility of the Debtor to maintain a safe and hazard-free public environment. Injuries to the Claimant are still being assessed by medical care providers, but minimally, the Claimant will never recover full mobility of the fractured limb.

3. The Claimant seeks to apply for an unsecured priority claim, given that the incident occurred during the period between February 21, 2005 and November 21, 2006, the Claimant sustained a fractured limb and numerous other injuries necessitating ongoing medical treatment, and the Debtor has not reimbursed the Claimant for any medical or other expenses relative to the incident.

4. Supporting documentation for medical and dental treatment and other expenses relative to this incident is not yet available due to the current and ongoing nature of the treatment being sustained by the Claimant. Approximate medical and other expenses incurred due to this incident to date are in excess of $1,000.00. The Claimant seeks to recover a financial sum, not limited to, but inclusive of all medical and dental expenses in addition to reasonable compensation for pain and suffering, an amount estimated at this date to be no less than $20,000.00.

*/s/ Gladys Daigle LeBlanc*
Gladys Daigle LeBlanc
782 Plauche Street
Morganza, Louisiana 70759