F I L E D
JACKSONVILLE, FLORIDA

DEC 2 6 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Form 210A (10/06)

# United States Bankruptcy Court

Middle District **District Of** Florida

In re Winn-Dixie Stores, Inc., et al.,     Case No. 05-03817-3F1

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| TCI Investors LLC | TCI Solutions, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Daniel Raynor
60 Madison Avenue, Ste. 710
New York, NY 10010

Phone: 212-949-6262
Last Four Digits of Acct #: 1361

Court Claim # (if known):
Amount of Claim: 224,315.86
Date Claim Filed: April 7, 2005

Phone: 212-949-6262
Last Four Digits of Acct. #: 1361

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ [signature], Esq.    Date: December 22, 2006
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.