UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors.[1] | Jointly Administered |

## APPLICATION OF FOWLER WHITE BOGGS BANKER P.A. SEEKING ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

Movant, Fowler White Boggs Banker, P.A., pursuant to 11 U.S.C. §503, requests that this Court enter an order approving its application seeking allowance of administrative expense claim ("Application") in the total sum of $16,725.84, and in support thereof states:

1. On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under Chapter 11 of the United States Code (11 U.S.C. § 101 et. seq.) (the "Code").

2. This Court has jurisdiction to hear this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to §§ 1408 and 1409. The statutory basis for the request is § 503(b)(4) of the Code.

3. On November 9, 2006, this Court entered an Order Confirming Joint Plan of Reorganization of the Debtors (the "Plan").

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

4. In accordance with the terms of the Plan, the Plan became effective on November 21, 2006 (the "Effective Date").

5. Between the Petition Date and the Effective Date, the Movant rendered professional services for representation in litigation matters to the Debtors. The aggregate amount due from the Debtors for such services is $16,725.84, as more specifically set forth in Exhibit A.

6. Movant is entitled to an administrative expense claim for the services rendered to the Debtors.

WHEREFORE, Movant respectfully request the Court enter an order allowing its Application for an administrative expense claim in the amount of $16, 725.84 for services provided by Fowler White Boggs Banker P.A. and grant such other and further relief as is just and proper.

/s/ Thomas R. Bopp
Thomas R. Bopp, Esq.
Florida Bar Number 329762
501 East Kennedy Blvd, Suite 1700
Tampa, Florida  33602
(813) 228-7411
(813) 229-8313 (facsimile)

Attorney for Movant

# CERTIFICATE OF SERVICE

I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the parties listed below this 26th day of December, 2006.

/s/ Thomas R. Bopp
Thomas R. Bopp, Esq.


WINN-DIXIE STORES, INC.
5050 Edgewood Court
Jacksonville, Florida 32254-3699
Attn: General Counsel
Telephone: (904) 783-5000
Facsimile: (904) 783-5651

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
Attn: D.J. Baker, Esq.
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida 32202
Attn: James Post, Esq.
Telephone: (904) 359-7700
Facsimile: (904) 359-7708

MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis Dunne, Esq./Matthew S. Barr, Esq.
Telephone: (212) 530-5000
Facsimile; (212) 530-5219

#1913653v1

## EXHIBIT A

| Matter: | Amount Due: |
|---|---|
| 1. 1062357 | $1,468.79 |
| 2. 1064110 | $1,467.11 |
| 3. 1053329 | $238.01 |
| 4. 1064129 | $2,493.22 |
| 5. 1064096 | $2,229.31 |
| 6. 1054599 | $1,028.73 |
| 7. 1062009 | $532.79 |
| 8. 7060480 | $3,764.29 |
| 9. 1060929 | $3,503.59 |

# Matter Billings

**Filters**

| | | | |
|---|---|---|---|
| Client 12461 | Winn Dixie Stores, Inc. | Status A | *Status |
| Matter 1062357 | Crist v. Winn-Dixie | Status A | O - Outstanding |
| Bill Num | Total Billed | Fees A/R | S - Settled |
| Bill Date | Total A/R | Hard A/R | *Status |

**Totals**

| | | | | | | |
|---|---|---|---|---|---|---|
| Billed | $3,324.00 | Hard | $71.20 | OADisb | $0.00 | Tax |
| Total AR | $1,468.79 | Soft | $31.59 | Retainer | $0.00 | Interest |
| Fees | $1,366.00 | OAFee | $0.00 | P/D | $0.00 | |

| Matter | Bill # | Bill Type | Date | *Status | Matter Total | Total Billed | Total A/R | Fees Billed | Fees A/R | Hard Billed | Hard A/R | Sof |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1062357 | 585150 | M | 9/8/2006 | S | $1,855.21 | $1,855.21 | $0.00 | $1,807.50 | $0.00 | $0.00 | $0.00 | |
| 1062357 | 595952 | M | 11/22/2006 | O | $736.78 | $736.78 | $736.78 | $637.00 | $637.00 | $71.20 | $71.20 | |
| 1062357 | 597512 | M | 12/6/2006 | O | $732.01 | $732.01 | $732.01 | $729.00 | $729.00 | $0.00 | $0.00 | |

# Matter Billings

**Filters**

| | | |
|---|---|---|
| Client 12461 | Winn Dixie Stores, Inc. | Status A |
| Matter 1064110 | Fowler v. WD | Status A |
| Bill Num | Total Billed | Fees A/R |
| Bill Date | Total A/R | Hard A/R |

* Status
O - Outstanding
S - Settled
Y - Cancelled
* Status

**Totals**

| | | | | | |
|---|---|---|---|---|---|
| Billed | $1,467.11 | Hard | $13.35 | OADisb | $0.00 Tax |
| Total AR | $1,467.11 | Soft | $35.26 | Retainer | $0.00 Interest |
| Fees | $1,418.50 | OAFee | $0.00 | P/D | $0.00 |

| Matter | Bill # | Bill Type | Date | * Status | Matter Total | Total Billed | Total A/R | Fees Billed | Fees A/R | Hard Billed | Hard A/R | Soft |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1064110 | 597458 | M | 12/31/200 | O | $1,467.11 | $1,467.11 | $1,467.11 | $1,418.50 | $1,418.50 | $13.35 | $13.35 | |

# Matter Billings

### Filters
| | |
|---|---|
| Client | 12461 Winn Dixie Stores, Inc. |
| Matter | 1053329 Lloyd v. Winn-Dixie, Florida Auction, et |
| Bill Num | Total Billed |
| Bill Date | Total A/R |

| | |
|---|---|
| Status | A |
| Status | A |
| Fees A/R | |
| Hard A/R | |

* Status
O - Outstanding
S - Settled
X - Cancelled
* Status

### Totals
| | | | | | |
|---|---|---|---|---|---|
| Billed | $31,717.73 | Hard | $0.00 | OADisb | $0.00 | Tax |
| Total AR | $238.01 | Soft | $0.00 | Retainer | $0.00 | Interest |
| Fees | $238.01 | OAFee | $0.00 | P/D | $0.00 | |

| Matter | Bill # | Bill Type | Date | * Status | Matter Total | Total Billed | Total A/R | Fees Billed | Fees A/R | Hard Billed | Hard A/R |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1053329 | 548330 | M | 12/13/2005 | S | $9,387.01 | $9,387.01 | $0.00 | $9,256.50 | $0.00 | $0.00 | $0.00 |
| 1053329 | 552434 | M | 1/13/2006 | S | $3,550.07 | $3,550.07 | $0.00 | $3,450.00 | $0.00 | $17.00 | $0.00 |
| 1053329 | 556983 | M | 2/20/2006 | S | $5,510.57 | $5,510.57 | $0.00 | $3,412.00 | $0.00 | $1,599.34 | $0.00 |
| 1053329 | 560382 | M | 3/16/2006 | S | $2,951.37 | $2,951.37 | $0.00 | $2,851.00 | $0.00 | $87.25 | $0.00 |
| 1053329 | 564743 | M | 4/22/2006 | S | $1,013.58 | $1,013.58 | $0.00 | $738.50 | $0.00 | $265.78 | $0.00 |
| 1053329 | 573766 | M | 6/29/2006 | S | $1,117.26 | $1,117.26 | $0.00 | $1,087.50 | $0.00 | $13.77 | $0.00 |
| 1053329 | 581709 | M | 8/15/2006 | S | $1,846.98 | $1,846.98 | $0.00 | $1,651.50 | $0.00 | $182.75 | $0.00 |
| 1053329 | 590464 | M | 10/11/2006 | S | $3,444.76 | $3,444.76 | $0.00 | $1,886.50 | $0.00 | $399.52 | $0.00 |
| 1053329 | 594934 | M | 11/13/2006 | S | $2,658.12 | $2,658.12 | $0.00 | $2,498.50 | $0.00 | $125.96 | $0.00 |
| 1053329 | 597461 | M | 12/6/2006 | O | $238.01 | $238.01 | $238.01 | $297.00 | $238.01 | ($67.45) | $0.00 |

# Matter Billings

### Filters
| | | | |
|---|---|---|---|
| Client 12461 | Winn Dixie Stores, Inc. | Status A | * Status |
| Matter 1064129 | McQuay v. WD | Status A | O - Outstanding |
| Bill Num | Total Billed | Fees A/R | S - Settled |
| Bill Date | Total A/R | Hard A/R | Y - Cancelled |
| | | | * Status |

### Totals
| | | | | | |
|---|---|---|---|---|---|
| Billed | $2,493.22 | Hard | $42.35 | OADisb | $0.00 Tax |
| Total AR | $2,493.22 | Soft | $65.37 | Retainer | $0.00 Interest |
| Fees | $2,385.50 | OAFee | $0.00 | P/D | $0.00 |

| Matter | Bill # | Bill Type | Date | * Status | Matter Total | Total Billed | Total A/R | Fees Billed | Fees A/R | Hard Billed | Hard A/R |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1064129 | 595945 | M | 11/22/2006 | O | $1,736.08 | $1,736.08 | $1,736.08 | $1,673.50 | $1,673.50 | $42.35 | $42.35 |
| 1064129 | 597513 | M | 12/6/2006 | O | $757.14 | $757.14 | $757.14 | $712.00 | $712.00 | $0.00 | $0.00 |

# Matter Billings

**Filters**
- Client 12461   Winn Dixie Stores, Inc.   Status A
- Matter 1064096   Negron v. WD   Status A
- Bill Num   Total Billed   Fees A/R
- Bill Date   Total A/R   Hard A/R

\* Status
O - Outstanding
S - Settled
Y - Cancelled

\* Status

**Totals**
| | | | | | | |
|---|---|---|---|---|---|---|
| Billed | $3,525.31 | Hard | $0.00 | OADisb | $0.00 | Tax |
| Total AR | $2,229.31 | Soft | $16.31 | Retainer | $0.00 | Interest |
| Fees | $2,213.00 | OAFee | $0.00 | P/D | $0.00 | |

| Matter | Bill # | Bill Type | Date | * Status | Matter Total | Total Billed | Total A/R | Fees Billed | Fees A/R | Hard Billed | Hard A/R | Soft |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1064096 | 594936 | M | 11/13/200 | S | $1,296.00 | $1,296.00 | $0.00 | $1,296.00 | $0.00 | $0.00 | $0.00 | |
| 1064096 | 597455 | M | 12/31/200 | O | $2,229.31 | $2,229.31 | $2,229.31 | $2,213.00 | $2,213.00 | $0.00 | $0.00 | |

# Matter Billings

**Filters**

| | | | |
|---|---|---|---|
| Client 12461 | Winn Dixie Stores, Inc. | Status A | * Status |
| Matter 1054599 | Rosales v. WD | Status A | O - Outstanding |
| Bill Num | Total Billed | Fees A/R | S - Settled |
| Bill Date | Total A/R | Hard A/R | X - Cancelled |
| | | | * Status |

**Totals**

| | | | | | | |
|---|---|---|---|---|---|---|
| Billed | $3,498.53 | Hard | $94.50 | OADisb | $0.00 | Tax |
| Total AR | $1,028.73 | Soft | $6.73 | Retainer | $0.00 | Interest |
| Fees | $927.50 | OAFee | $0.00 | P/D | $0.00 | |

| Matter | Bill # | Bill Type | Date | * Status | Matter Total | Total Billed | Total A/R | Fees Billed | Fees A/R | Hard Billed | Hard A/R | Soft |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1054599 | 556989 | M | 2/20/2006 | S | $456.26 | $456.26 | $0.00 | $448.50 | $0.00 | $0.00 | $0.00 | |
| 1054599 | 573742 | M | 6/28/2006 | S | $742.67 | $742.67 | $0.00 | $720.00 | $0.00 | $0.00 | $0.00 | |
| 1054599 | 585143 | M | 9/8/2006 | S | $1,270.87 | $1,270.87 | $0.00 | $1,215.50 | $0.00 | $41.94 | $0.00 | |
| 1054599 | 597459 | M | 12/6/2006 | O | $1,028.73 | $1,028.73 | $1,028.73 | $927.50 | $927.50 | $94.50 | $94.50 | |

# Matter Billings

**Filters**

| | | | |
|---|---|---|---|
| Client  12461 | Winn Dixie Stores, Inc. | Status  A | * Status |
| Matter  1062009 | Todd v. WD | Status  A | O - Outstanding<br>S - Settled |
| Bill Num | Total Billed | Fees A/R | X - Cancelled |
| Bill Date | Total A/R | Hard A/R | * Status |

**Totals**

| | | | | | | |
|---|---|---|---|---|---|---|
| Billed | $4,258.28 | Hard | $1.00 | OADisb | $0.00 | Tax |
| Total AR | $532.79 | Soft | $0.79 | Retainer | $0.00 | Interest |
| Fees | $531.00 | OAFee | $0.00 | P/D | $0.00 | |

| Matter | Bill # | Bill Type | Date | * Status | Matter Total | Total Billed | Total A/R | Fees Billed | Fees A/R | Hard Billed | Hard A/R | Soft |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1062009 | 577631 | M | 7/24/2006 | S | $1,697.51 | $1,697.51 | $0.00 | $1,654.50 | $0.00 | $12.68 | $0.00 | |
| 1062009 | 585147 | M | 9/8/2006 | S | $2,027.98 | $2,027.98 | $0.00 | $1,675.50 | $0.00 | $310.05 | $0.00 | |
| 1062009 | 597510 | M | 12/6/2006 | O | $532.79 | $532.79 | $532.79 | $531.00 | $531.00 | $1.00 | $1.00 | |

# Matter Billings

**Filters**
- Client  37245           Sedgwick Claim Management Services, Inc.    Status  A
- Matter  7060480         Carran, et al v. Winn-Dixie Supermarkets    Status  A
- Bill Num                Total Billed                                 Fees A/R
- Bill Date               Total A/R                                    Hard A/R

* Status
O - Outstanding
S - Settled
X - Cancelled

* Status

**Totals**
| | | | | | | |
|---|---|---|---|---|---|---|
| Billed | $5,504.04 | Hard | $525.51 | OADisb | $0.00 | Tax |
| Total AR | $3,764.29 | Soft | $50.78 | Retainer | $0.00 | Interest |
| Fees | $3,188.00 | OAFee | $0.00 | P/D | $0.00 | |

| Matter | Bill # | Bill Type | Date | * Status | Matter Total | Total Billed | Total A/R | Fees Billed | Fees A/R | Hard Billed | Hard A/R | Soft |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7060480 | 590461 | M | 10/11/200 | S | $1,739.75 | $1,739.75 | $0.00 | $1,716.00 | $0.00 | $0.00 | $0.00 | |
| 7060480 | 597483 | M | 12/6/2008 | O | $3,764.29 | $3,764.29 | $3,764.29 | $3,188.00 | $3,188.00 | $525.51 | $525.51 | |

# Matter Billings

**Filters**
| | | | | |
|---|---|---|---|---|
| Client | 12461 | Winn Dixie Stores, Inc. | Status A | * Status |
| Matter | 1060929 | Proper v. WD | Status A | O - Outstanding |
| Bill Num | | Total Billed | Fees A/R | S - Settled |
| Bill Date | | Total A/R | Hard A/R | * Status |

**Totals**
| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Billed | $6,461.72 | Hard | $1,447.37 | OADisb | $0.00 | Tax | |
| Total AR | $3,503.59 | Soft | $57.72 | Retainer | $0.00 | Interest | |
| Fees | $1,998.50 | OAFee | $0.00 | P/D | $0.00 | | |

| Matter | Bill # | Bill Type | Date | * Status | Matter Total | Total Billed | Total A/R | Fees Billed | Fees A/R | Hard Billed | Hard A/R | Soft |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1060929 | 577635 | M | 7/24/2006 | S | $299.90 | $299.90 | $0.00 | $297.50 | $0.00 | $0.00 | $0.00 | |
| 1060929 | 581713 | M | 8/15/2006 | S | $127.43 | $127.43 | $0.00 | $126.50 | $0.00 | $0.00 | $0.00 | |
| 1060929 | 585145 | M | 9/8/2006 | S | $780.97 | $780.97 | $0.00 | $777.00 | $0.00 | $0.00 | $0.00 | |
| 1060929 | 595005 | M | 11/13/2006 | S | $1,749.83 | $1,749.83 | $0.00 | $1,709.00 | $0.00 | $31.00 | $0.00 | |
| 1060929 | 597460 | M | 12/6/2006 | O | $3,503.59 | $3,503.59 | $3,503.59 | $1,998.50 | $1,998.50 | $1,447.37 | $1,447.37 | |