UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                   Chapter 11

WINN-DIXIE STORES, INC., et al,                          Case No.: 3:05-BK-3817-JAF

    Debtors.                                             Claim Period: February 21, 2005- November
                                                         21, 2006.
_____/                       Claim deadline: January 5, 2007

## APPLICATION OF DORIS MARTIN'S PERSONAL INJURY CLAIM IN ACCORDANCE WITH SECTION 12.1 OF THE PLAN

Doris Martin, by and through her undersigned counsel, hereby files this Application for personal injury claim in accordance with section 12.1 of The Plan and in support thereof, Doris Martin would respectfully state as follows:

### Background

1.      On February 21, 2005 (the "Petition Date") Winn-Dixie Stores, Inc., *et al,.,* (the "Debtors") each filed a voluntary petition for relief under Chapter 11 of the of the Bankruptcy Code in the Untied State Bankruptcy Court for the Southern District of New York.  By order dated April 13, 2005, venue in the Debtors' bankruptcy cases was transferred to this Court.

2.      The Debtors' cases are being jointly administered.  To date, no trustee or examiner has been appointed.  In addition, the Debtors are operating their properties and managing their businesses as debtors-in-possession pursuant to Bankruptcy Code sections 1107 and 1108.

3.      On or about May 20, 2006, Doris Martin was a patron at Winn-Dixie Supermarket located18801 SW 117th Ave, Miami, Dade County, Florida when he slipped and fell on a liquid substance that was on the floor and was severely  injured

4.      Pursuant to Florida Statute Chapter §768, Doris Martin is entitled to damages caused

by her severe injuries.

5.    Doris Martin was injured in and about his body and extremities and/or aggravated a pre-existing condition; suffered pain therefrom; suffered physical handicap; suffered disfigurement; suffered mental pain and suffering; suffered loss of income in the past and will do so in the future, suffered loss for the capacity for the enjoyment of life; incurred medical expenses for the care and treatment of her injuries. Said injuries are permanent and are continuing in nature, and the Plaintiff will continue to suffer these losses and impairments in the future.

6.    The total amount of Dorris Martin's claim is $1,000,000.00, unsecured.

## Basis for Relief

7.    Pursuant to 11 U.S.C. § 1123 (b)(3) the Plan provides for settlement of issues relating to the substantive consolidation of the Debtors' estates (the "Substantive Consolidation Compromise").

**WHEREFORE,** Doris Martin respectfully request that the Court enter an order (1) establishing that Doris Martin has a claim for damages against Winn-Dixie Stores, Inc. in the amount of $1,000,000.00 and granting such further relief in favor of Doris Martinn as the Court deems just and proper.

Dated:  December 19, 2006.

Respectfully Submitted,

Robert J. Fenstersheib, Esq.
Attorney for Doris Martin
Florida Bar No.: 307300
Law Office of Robert J. Fenstersheib  & Associates, P.A.
520 W. Hallandale Beach Blvd.
Hallandale, Florida 33009
Telephone No.: 954-456-2488
Facsimile No.: 954-456-2588

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Application of Doris Martin's Personal Injury Claim in Accordance with Section 12.1 of the Plan Application was filed with the Clerk fo the Court by using the Case Management/Electronic Case Filing ("CM/ECF") system which will electronically serve the application, and I will also serve the foregoing in accordance with Rule 5, *Federal Rules of Civil Procedure,* made applicable by Rule 7005, *Federal Rules of Bankruptcy Procedure,* to Matthew Bar, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 1005, via Fax (212)822-5194, E-Mail: mbarr@milbank.com and U.S. Mail this 19th day of December 2006.

Robert J. Fenstersheib, Esq.
Attorney for Doris Martin
Florida Bar No.: 307300
Law Office of Robert J. Fenstersheib    & Associates, P.A.
520 W. Hallandale Beach Blvd.
Hallandale, Florida 33009
Telephone No.: 954-456-2488
Facsimile No.: 954-456-2588