UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., et al, | Case No.: 3:05-BK-3817-JAF |
| Debtors. | Claim Period: February 21, 2005- November 21, 2006. |
| _____/ | Claim deadline: January 5, 2007 |

## APPLICATION OF EVELYN WASHINGTON'S PERSONAL INJURY CLAIM IN ACCORDANCE WITH SECTION 12.1 OF THE PLAN

Evelyn Washington, by and through her undersigned counsel, hereby files this Application for personal injury claim in accordance with section 12.1 of The Plan and in support thereof, Evelyn Washington would respectfully state as follows:

### Background

1. On February 21, 2005 (the "Petition Date") Winn-Dixie Stores, Inc., et al,., (the "Debtors") each filed a voluntary petition for relief under Chapter 11 of the of the Bankruptcy Code in the Untied State Bankruptcy Court for the Southern District of New York. By order dated April 13, 2005, venue inf the Debtors' bankruptcy cases was transferred to this Court.

2. The Debtors' cases are being jointly administered. To date, no trustee or examiner has been appointed. In addition, the Debtors are operating their properties and managing their businesses as debtors-in-possession pursuant to Bankruptcy Code sections 1107 and 1108.

3. On or about April 7, 2006, Evelyn Washington was a patron at Winn-Dixie Supermarket located 6301 Countyline Road, Miramar, Broward County, Florida when she slipped and fell on a chicken blood that was on the floor and was severely injured

4. Pursuant to Florida Statute Chapter §768, Evelyn Washington is entitled to damages

caused by her severe injuries.

5. Evelyn Washington was injured in and about his body and extremities and/or aggravated a pre-existing condition; suffered pain therefrom; suffered physical handicap; suffered disfigurement; suffered mental pain and suffering; suffered loss of income in the past and will do so in the future, suffered loss for the capacity for the enjoyment of life; incurred medical expenses for the care and treatment of her injuries. Said injuries are permanent and are continuing in nature, and the Plaintiff will continue to suffer these losses and impairments in the future.

6. The total amount of Evelyn Washington's claim is $1,000,000.00, unsecured.

### Basis for Relief

7. Pursuant to 11 U.S.C. § 1123 (b)(3) the Plan provides for settlement of issues relating to the substantive consolidation of the Debtors' estates (the "Substantive Consolidation Compromise").

**WHEREFORE,** Evelyn Washington respectfully request that the Court enter an order (1) establishing that Evelyn Washington has a claim for damages against Winn-Dixie Stores, Inc. in the amount of $1,000,000.00 and granting such further relief in favor of Evelyn Washingtonn as the Court deems just and proper.

Dated: December 20, 2006.

Respectfully Submitted,

Robert J. Fenstersheib, Esq.
Attorney for Evelyn Washington
Florida Bar No.: 307300
Law Office of Robert J. Fenstersheib    & Associates, P.A.
520 W. Hallandale Beach Blvd.
Hallandale, Florida 33009
Telephone No.: 954-456-2488
Facsimile No.: 954-456-2588

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Application of Evelyn Washington's Personal Injury Claim in Accordance with Section 12.1 of the Plan Application was filed with the Clerk fo the Court by using the Case Management/Electronic Case Filing ("CM/ECF") system which will electronically serve the application, and I will also serve the foregoing in accordance with Rule 5, *Federal Rules of Civil Procedure,* made applicable by Rule 7005, *Federal Rules of Bankruptcy Procedure,* to Matthew Bar, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 1005, via Fax (212)822-5194, E-Mail: mbarr@milbank.com and U.S. Mail this 19th day of December 2006.

Robert J. Fenstersheib, Esq.
Attorney for Evelyn Washington
Florida Bar No.: 307300
Law Office of Robert J. Fenstersheib   & Associates, P.A.
520 W. Hallandale Beach Blvd.
Hallandale, Florida 33009
Telephone No.: 954-456-2488
Facsimile No.: 954-456-2588