F I L E D
JACKSONVILLE, FLORIDA

DEC 2 6 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

United States Bankruptcy Court
Middle District of Florida
Jacksonville Division

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| Winn-Dixie Stores, Inc. et al., | Chapter 11 |
| Reorganized Debtors, | Jointly Administered |

### MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Claimant, JACQUELINE ALEXANDER, by and through her undersigned counsel, hereby files this Motion for Administrative Expense Claim, and in support thereof, states as follows:

1. That on May 21, 2006 JACQUELINE ALEXANDER was an invitee at Winn-Dixie Store #531.

2. While on the premises, she slipped and fell due to a negligent condition, to wit: a substantial amount of nail polish was on the floor which was due to an earlier spill.

3. As a direct result of the fall, JACQUELINE ALEXANDER was caused to suffer serious injuries, pain and suffering.

4. JACQUELINE ALEXANDER has incurred substantial medical in the treatment of her injuries. To date JACQUELINE ALEXANDER has incurred medical bills in excess of $2,549.79 and more are expected.

5. Claimant, JACQUELINE ALEXANDER, has sustained injuries, pain, suffering and loss of enjoyment of life for which she demands compensation in the amount of $20,000.

WHEREFORE, JACQUELINE ALEXANDER hereby demands that she receives payment from WINN-DIXIE STORES, INC. for all of her medical bills incurred as a result of her injuries, as well as payment as compensation for her pain, suffering, injuries, damages and loss of enjoyment of life, as well as for all reasonable future medical expenses for said injuries. As full and final settlement of this claim, JACQUELINE ALEXANDER requests that she receive $20,000 from the debtor, WINN-DIXIE STORES, INC.