F I L E D
JACKSONVILLE, FLORIDA

DEC 2 6 2006

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In re:

Winn-Dixie Stores, Inc., et al.
Reorganized Debtors.

_____/

Case No. 05-03817-3F1
Chapter 11
Jointly Administered

## MOTION FOR ADMINISTRATIVE EXTENT CLAIM

Claimant, CARINA MENDOZA, through undersigned counsel, moves this Court for entry of an Order in accordance with Section 12.1 of the Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated August 9, 2006, as modified by the First Modification to Join Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated October 10, 2006 (together, the "Plan'), and as grounds states:

1. On August 11, 2006, the Claimant Carina Mendoza suffered personal injuries as a consequence of a slip and fall accident that occurred at Defendant's store located at Key Biscayne Shopping Center, 604 Crandon Blvd., Key Biscayne, FL 33149.

2. As a consequence of the above-mentioned accident, Claimant Carina Mendoza suffered injuries to hips, waist, back, and left arm.

3. Therefore, hereby Claimant attempts to notify this court that she is currently pursuing a claim for personal injuries against Defendant, Winn-Dixie Stores, Inc. and she has made an administrative claim against Defendant's carrier Sedgwick Claims Management Services Inc.

4. As a consequence of this accident Claimant, Carina Mendoza has incurred significant permanent loss of an important bodily function, resulting pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings and loss of ability to earn money.

5. Claimant losses are either permanent or continuing and she continues to suffer those losses in the future.

6. Hence, Claimant Carina Mendoza has a financial interest in this action that is now in front of this honorable court and requests this court includes and/or enters judgment against Defendant, Winn Dixie Stores, Inc. on behalf of the Claimant based on the above-mentioned expenses; and/or that Claimant is notified of any changes that might impact her future financial interest on her claim for personal injuries against the Defendant.

WHEREFORE, Claimant, Carina Mendoza respectfully requests this Court grant this motion.

Respectfully submitted,

Ivette Gonzalez, Esq.
Law Offices of Ivette Gonzalez, P.A.
2414 Coral Way, Suite 202
Miami, FL 33145
Telephone: (305) 908-1305
Facsimile: (305) 908-1288

_____
Ivette Gonzalez, Esq.
Florida Bar No.: 840661

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 21st day of December, 2006 to: James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202; Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005.

IVETTE GONZALEZ, ESQ.
FBN: 840661