UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                  CASE NO.: 05-03817-JAF

(*Jointly Administered*)

WINN DIXIE STORES, et al.

CHAPTER 11

         Debtors.
_____/

**AGREED MOTION FOR EXTENSION OF TIME FOR THE NEWPORT PARTNERS TO FILE ADMINISTRATIVE EXPENSE CLAIM(S)**

The MORRIS TRACT CORP., a Florida corporation ("Morris"), THE WILLISTON HIGHLANDS DEVELOPMENT CORP., a Florida corporation ("Williston"), and THE MORRIS TRACT CORP., doing business as NEWPORT PARTNERS, doing business as PARTNERSHIP/NEWPORT MOTEL (the "Newport Partners")(collectively, Morris, Williston, and the Newport Partners shall be referred to herein as "Newport Partners" and/or "Defendants"), by and through their undersigned counsel, file their Agreed Motion for Extension of Time for the Newport Partners to file Administrative Expense Claim(s) (the "Motion"), and in support state as follows:

1.       The Effective Date of Winn-Dixie's Joint Plan of Reorganization (the "Plan") is November 21, 2006.

2.       Per §12.1 of the Plan, all requests for payment of an administrative claim must be made no later than forty-five (45) days after the Effective Date, i.e. January 5, 2007 (the "Deadline").

3.       On November 21, 2005, Winn-Dixie Stores, Inc. filed a three-count complaint against the Newport Partners, Adv. Pro. No. 05-00317-JAF (the "Complaint").

4.       The Complaint seeks an order from the Court (i) enforcing Winn-Dixie's rights under

1
LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3000 WACHOVIA FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD,  MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363

Firm Clients\1836\1836-2\00222570.WPD.

a Prime Lease, Sublease and Non-Disturbance Agreement, (ii) declaring that Newport Partners' attempt to terminate the Sublease is a willful violation of the automatic stay, (iii) awarding damages to Winn-Dixie for Newport Partners' willful violation of the automatic stay; and (iv) enjoining Newport Partners from further violating the automatic stay. (Adv. Doc. No. 1).

5. On December 29, 2005, Newport Partners filed its Answer, Affirmative Defenses and Counterclaim in which it seeks a judgment declaring that (i) Winn-Dixie has no interest in the Premises, (ii) Newport Partners' Notice of Termination was valid to terminate Winn-Dixie's alleged month-to-month tenancy, (iii) Winn-Dixie is a tenant at sufferance entitling Newport Partners to double rent, (iv) Newport Partners is entitled to immediate possession of the Premises, and (v) Newport Partners did not violate the automatic stay. (Adv. Doc. No. 9).

6. At the March 7, 2006 status conference held in this case, counsel for both parties represented that (i) there were no disputed issues of material fact, (ii) the case could be decided by summary judgment, and (iii) both parties would be submitting motions for summary judgment.

7. On May 11, 2006, Newport Partners filed its Motion for Partial Summary Judgment. (Adv. Doc. No. 20).

8. On May 30, 2006, Winn-Dixie files its (i) Motion for Summary Judgment and Memorandum in Support (Adv. Doc. No. 24), and (ii) Response to Defendant's Motion for Partial Summary Judgment (Adv. Doc. No. 25).

9. On June 13, 2006, Newport Partners filed its (i) Response to Winn-Dixie's Motion for Summary Judgment and Memorandum in Support ("Newport Partners' Response") (Adv. Doc. No. 32), and (ii) Reply to Winn-Dixie's Response to the Newport Partners' Motion for Partial

2
LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3000 WACHOVIA FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131 • TELEPHONE (305) 358-6363

Firm Clients\1836\1836-2\00222570.WPD.

CASE NO.: 05-03817-JAF

Summary Judgment. (Adv. Doc. No. 33).

10. Pursuant to the Court's Order as to Preparation, Service and Return of Process and Establishing Motion Hearing Procedures (Adv. Doc. No. 3), Winn-Dixie initially had until June 20, 2006 to file its Reply to Newport Partners' Response ("Reply").

11. The trial of the Complaint has been continued until further order of the Court upon motion by either party. (Adv. Doc. No. 26).

12. Winn-Dixie and Newport Partners have reached an agreement on this matter and are currently memorializing the terms of that agreement. As such, Winn-Dixie has filed its thirteenth motion for an extension of time within which to file its Reply. (Adv. Doc. No. 86).

13. However, in an abundance of caution and only in the event that settlement does not come to fruition, if the Newport Partners proceed in the Adversary and prevail and the lease is deemed terminated, then the Newport Partners would potentially have an administrative claim for holdover rent against Winn-Dixie under §83.06, Florida Statutes (2005).

14. The Newport Partners' undersigned counsel respectfully requests an extension of time through and including fifteen (15) days after the entry of an Order resolving the Adversary.

15. This Motion is not interposed for delay and will not prejudice any party.

16. Plaintiff's counsel has consented to the requested extension.

**WHEREFORE**, Defendants respectfully requests that this Court enter an order extending the time through and including fifteen (15) days after the entry of an Order resolving the Adversary, and for such other and further relief this Court deems just and proper.

CASE NO.: 05-03817-JAF

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished electronically upon all parties listed below on the 27th day of December, 2006:

James Post, Esquire
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201
Via email: jpost@smithhulsey.com

Cynthia C. Jackson, Esquire
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201
Via email: cjackson@smithhulsey.com

Matthew Barr, Esquire
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005
Via email: mbarr@milbank.com

David J. Baker, Esquire
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
Via email: djbaker@skadden.com

 s/ Peter D. Russin
Peter D. Russin, Esquire
Florida Bar No. 765902
prussin@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3000 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

Attorneys for the Newport Partners

4
LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3000 WACHOVIA FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD,  MIAMI, FLORIDA  33131  • TELEPHONE (305) 358-6363

Firm Clients\1836\1836-2\00222570.WPD.