F I L E D
JACKSONVILLE, FLORIDA

DEC 2 6 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                      Case No.: 05- 03817-3F1

Winn-Dixie Stores, Inc., et. al.,           Chapter 11

Reorganized Debtors.               /        Jointly Administered

## APPLICATION FOR ALLOWANCE OF AN ADMINISTRATIVE EXPENSE STATUS FOR POST-PETITION CLAIM AND REQUEST FOR NOTICE  - MIRTHA MONTERO

NOW COMES, **MIRTHA MONTERO**, in pro se and seeks administrative expense status for applicant's claim against one or more of the debtors pursuant to 11 U.S.C.§503(b).  Applicant requests the entry of an Order allowing the Administrative Expense described below and directing the payment of such amount pursuant to order confirming the joint plan of reorganization of Winn-Dixie Stores, Inc., and affiliated debtors (the "confirmation order") and the provisions of the plan as confirmed.  In support of this application, applicant states as follows:

### Jurisdiction and Venue

1.       This Court has jurisdiction over this matter pursuant to 28 U.S.C. §157 and 1334. Venue is proper pursuant to 28 U.S.C. §157(b)(2).

### Factual Background

2.       Winn-Dixie Stores, Inc., et. al. ("Debtors") filed their voluntary petitions for relief under Chapter 11of the Bankruptcy Code on or about February 21, 2005 (the "Petition Date").

3.       After the Petition Date and on or about May 16, 2006, Applicant was injured at the Winn-Dixie Store located at 3301 17th Street in Sarasota County, Florida.  As a proximate result of the injury, Applicant has suffered severe injuries and damages totaling at least $100,000, which damages Applicant can support through medical records and other proof.

## Applicant's Claim is Entitled to Administrative Expense Status

4.      Section 503(b) of the Bankruptcy Code provides for the allowance of administrative expense status and its attendant priority for payment for the "actual necessary cost and expenses of preserving the estate." 11 U.S.C.§503(b).  It is well-established that personal injury claims arising from a post-petition tort committed by the debtor are entitled to administrative expense status. *See, Reading Co. V. Brown,* 391 U.S. 741, 485 (post-petition fire damages resulting from trustee's negligence were entitled to administrative expense status); *In re Piper Aircraft Corp.,* 169 B.R. 766 (Bankr. S.D. Fla 1994).

In this instance, Applicant's claim arose as a result of the business operations of one or more of the Debtors after the Petition Date but prior to the Confirmation Date.  As such, Applicant's $100,000 claim is entitled to administrative expense status under 11 U.S.C.§503(b), and Applicant seeks the entry of an order awarding such status.

## REQUEST FOR FUTURE NOTICE

Applicant requests that all future pleadings and notices regarding or affecting Applicant's claim be served upon her at her residence at **1703 Dodge Avenue, Sarasota, Florida 34232.**

**WHEREFORE**, based on the foregoing, Applicant requests that the Court enter an Order granting the relief requested herein and such other relief as it deems just and proper.

Respectfully submitted,

MIRTHA MONTERO

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **December 19, 2006,** I filed this **Application for Allowance of Administrative Expense Status for Postpetition Claim and Request for Notice** by serving an

original hard copy to the Clerk of the Court, **United States Courthouse, 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202 and** copies of the **Application** on **James H. Post**, Esq., **Counsel for Reorganized Debtors at** SMITH HULSEY & BUSEY, 225 WATER STREET, SUITE 1800, JACKSONVILLE, FL 32202 Fax: (904/359-7708); and **Matthew Barr, Esq., Counsel for Post-Effective Date Committee,** MILBANK, TWEED, HADLEY & MCCLOY LLP, 1 CHASE MANHATTAN PLAZA, NEW YORK, NY 10005, Fax: (212/822-5194).

**Mirtha Montero**

**F I L E D**
JACKSONVILLE, FLORIDA

Ms. Mirtha Nunez
1703 Dodge Ave
Sarasota   FL 34234

DEC 2 6 2006

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

December 21, 2006

Clerk of the Court
United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202

Re:   **Winn-Dixie Stores, Inc., et. al., Reorganized Debtors,**
      **Chapter 11, Case No.: 05-03817-3F1**
      **Application for Allowance of An Administrative Expense Status**
      **For Post Petition Claim and Request for Notice - MIRTHA MONTERO**

Dear Clerk:

Please find enclosed the original hard copy of my **Application for Allowance of An Administrative Expense Status For Post Petition Claim and Request for Notice - MIRTHA MONTERO** for filing in the Court's records in the above-captioned matter.

I have also provided hard copies of same to **James H. Post, Esq., Counsel for Reorganized Debtors;** and **Matthew Barr,** Esq., **Counsel for Post-Effective Date Committee,** by First Class Mail on this date as indicated in paragraph 3 of the *"Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims".*

         Please file these in your usual manner and advise me if there are any actions that I need to take in furtherance of my claim.

         Thank you for your attention to this matter.

                              Very truly yours,

                              Mirtha Montero

Enclosures
cc:   James H. Post
      Matthew Barr