# JEFFERSON COUNTY
# TAX COLLECTOR

J. T. SMALLWOOD
Tax Collector

Room 160 Courthouse
716 Richard Arrington, Jr. Blvd. N.
Birmingham, AL 35203
Phone (205) 325-5500

Center Point Office
2651 Center Point Road
Birmingham, AL 35215

Homewood Office
813 Greensprings Hwy.
Birmingham, AL 35209

Redemption Division
Phone (205) 325-5084

December 22, 2006

Clerk of the Court
United States Courthouse
300 North Hogan St., Ste 3-350
Jacksonville FL   32202

FILED
JACKSONVILLE, FLORIDA
DEC 2 6 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## ADMINISTRATIVE EXPENSE

I would like to file an Administrative Expense for 2006 ad valorem taxes for the following account:

    Debtor: Winn-Dixie Stores, Inc.
    Bankruptcy Case No:3-05-bk-3817
    Parcel ID: SEE ATTACHED
    2006 File No. SEE ATTACHED
    Date Incurred:  October 1, 2006


    TOTAL DUE:         $67,842.16

*Teresa Brakefield*
Teresa Brakefield
Senior Accountant
JEFFERSON COUNTY TAX COLLECTOR
716 Richard Arrington Jr. Blvd. N.
ROOM 160 COURTHOUSE
BIRMINGHAM AL   35203
TELEPHONE:  205-325-5500

```
                    JEFFERSON COUNTY TAX COLLECTOR
                            PHONE 325-5500
                ROOM 160, 716 RICHARD ARRINGTON JR. BLVD. N
                      BIRMINGHAM, ALABAMA 35203
              TAX INQUIRY FOR TAX YEAR 2006  MARKET VALUE:              0
                         DATE: 12/22/06      ASSESSED VALUE:       202800
UNIT NBR:   30-0                             TOTAL H/E:              .00
PARCEL:     90-37-5755.140-PP                TOTAL NET TAX:      14094.60
FILE NBR:                    328705          FOREST/LIENS:           .00
CLASS:  2                                    STORM WATER:            .00
                                             FIRE DUES:              .00
                                             FEES/INTEREST:          .00
WINN-DIXIE MONTGOMERY INC                    TOT AMT DUE:        14094.60
5050 EDGEWOOD CT                             AMOUNT PAID:            .00
JACKSONVILLE FL      32254-3601              DATE PAID:         00/00/00

WINN-DIXIE #435
                                             PROCESS DATE:      00/00/00
004476 MONTEVALLO       RD                   BATCH NBR:         TELLER:
SITE:NO SITE ADDR GIVEN                      BALANCE DUE:       14094.60
ORIG: 2005 OUTSTANDING LITIGATION
AMM:


   MORTGAGE  NBR               COMPANY                             000000
```

```
                    JEFFERSON COUNTY TAX COLLECTOR
                           PHONE 325-5500
                ROOM 160, 716 RICHARD ARRINGTON JR. BLVD. N
                      BIRMINGHAM, ALABAMA 35203
           TAX INQUIRY FOR TAX YEAR 2006  MARKET VALUE:             0
                     DATE: 12/22/06       ASSESSED VALUE:       159960
UNIT NBR:   6-0                           TOTAL H/E:               .00
PARCEL:     90-37-5755.120-PP             TOTAL NET TAX:       8813.80
FILE NBR:                  328706         FOREST/LIENS:            .00
CLASS:  2                                 STORM WATER:             .00
                                          FIRE DUES:               .00
                                          FEES/INTEREST:           .00
WINN-DIXIE MONTGOMERY INC                 TOT AMT DUE:         8813.80
5050 EDGEWOOD CT                          AMOUNT PAID:             .00
JACKSONVILLE FL       32254-3601          DATE PAID:          00/00/00

WINN-DIXIE #461
                                          PROCESS DATE:       00/00/00
000465 MAIN           ST                  BATCH NBR:          TELLER:
SITE:NO SITE ADDR GIVEN                   BALANCE DUE:         8813.80
ORIG: 2005 OUTSTANDING LITIGATION
AMM:

MORTGAGE NBR              COMPANY                              000000
```

```
                    JEFFERSON COUNTY TAX COLLECTOR
                           PHONE 325-5500
                ROOM 160, 716 RICHARD ARRINGTON JR. BLVD. N
                       BIRMINGHAM, ALABAMA 35203
              TAX INQUIRY FOR TAX YEAR 2006  MARKET VALUE:              0
                        DATE: 12/22/06       ASSESSED VALUE:       181530
UNIT NBR:   9-0                              TOTAL H/E:               .00
PARCEL:     90-37-5755.050-PP                TOTAL NET TAX:      10002.31
FILE NBR:                  328707            FOREST/LIENS:           .00
CLASS:  2                                    STORM WATER:            .00
                                             FIRE DUES:              .00
                                             FEES/INTEREST:          .00
WINN-DIXIE MONTGOMERY INC                    TOT AMT DUE:       10002.31
5050 EDGEWOOD CT                             AMOUNT PAID:            .00
JACKSONVILLE FL       32254-3601             DATE PAID:         00/00/00

WINN-DIXIE #458
                                             PROCESS DATE:      00/00/00
001721 US 31            HY                   BATCH NBR:         TELLER:
SITE:NO SITE ADDR GIVEN                      BALANCE DUE:       10002.31
ORIG: 2005 OUTSTANDING LITIGATION
AMM:

MORTGAGE NBR              COMPANY                                 000000
```

```
                    JEFFERSON COUNTY TAX COLLECTOR
                           PHONE 325-5500
                ROOM 160, 716 RICHARD ARRINGTON JR. BLVD. N
                       BIRMINGHAM, ALABAMA 35203
            TAX INQUIRY FOR TAX YEAR 2006  MARKET VALUE:            0
                        DATE: 12/22/06     ASSESSED VALUE:     130510
UNIT NBR:   30-0                           TOTAL H/E:             .00
PARCEL:     90-37-5755.090-PP              TOTAL NET TAX:     9070.46
FILE NBR:                328708            FOREST/LIENS:          .00
CLASS:  2                                  STORM WATER:           .00
                                           FIRE DUES:             .00
                                           FEES/INTEREST:         .00
WINN-DIXIE MONTGOMERY INC #405             TOT AMT DUE:       9070.46
5050 EDGEWOOD CT                           AMOUNT PAID:           .00
JACKSONVILLE FL     32254-3601             DATE PAID:        00/00/00

WINN-DIXIE #405
                                           PROCESS DATE:     00/00/00
002220 BESSEMER       RD                   BATCH NBR:        TELLER:
SITE:NO SITE ADDR GIVEN                    BALANCE DUE:       9070.46
ORIG: 2005 OUTSTANDING LITIGATION
AMM:


MORTGAGE NBR           COMPANY                                000000
   [barcode]
```

```
                    JEFFERSON COUNTY TAX COLLECTOR
                            PHONE 325-5500
                ROOM 160, 716 RICHARD ARRINGTON JR. BLVD. N
                      BIRMINGHAM, ALABAMA 35203
            TAX INQUIRY FOR TAX YEAR 2006  MARKET VALUE:                   0
                    DATE: 12/22/06         ASSESSED VALUE:            205220
UNIT NBR:  2-0                             TOTAL H/E:                    .00
PARCEL:    90-37-5755.000-PP               TOTAL NET TAX:           10281.52
FILE NBR:                   328709         FOREST/LIENS:                 .00
CLASS:  2                                  STORM WATER:                  .00
                                           FIRE DUES:                    .00
                                           FEES/INTEREST:                .00
WINN-DIXIE MONTGOMERY INC #500             TOT AMT DUE:             10281.52
5050 EDGEWOOD CT                           AMOUNT PAID:                  .00
JACKSONVILLE FL       32254-3601           DATE PAID:               00/00/00

WINN-DIXIE #500
                                           PROCESS DATE:            00/00/00
004701 CENTER POINT     RD                 BATCH NBR:        TELLER:
SITE:NO SITE ADDR GIVEN                    BALANCE DUE:             10281.52
ORIG: 2005 OUTSTANDING LITIGATION
AMM:


MORTGAGE NBR                COMPANY                                  000000
```



```
                    JEFFERSON COUNTY TAX COLLECTOR
                          PHONE 325-5500
                ROOM 160, 716 RICHARD ARRINGTON JR. BLVD. N
                      BIRMINGHAM, ALABAMA 35203
             TAX INQUIRY FOR TAX YEAR 2006   MARKET VALUE:                0
                      DATE: 12/22/06         ASSESSED VALUE:         105820
UNIT NBR:    20-0                            TOTAL H/E:                 .00
PARCEL:      90-37-5755.010-PP               TOTAL NET TAX:        9798.93
FILE NBR:                   328710           FOREST/LIENS:             .00
CLASS:  2                                    STORM WATER:              .00
                                             FIRE DUES:                .00
                                             FEES/INTEREST:            .00
WINN-DIXIE MONTGOMERY INC #517               TOT AMT DUE:         9798.93
5050 EDGEWOOD CT                             AMOUNT PAID:              .00
JACKSONVILLE FL        32254-3601            DATE PAID:           00/00/00

WINN-DIXIE 517
                                             PROCESS DATE:        00/00/00
003925 CROSSHAVEN       DR                   BATCH NBR:           TELLER:
SITE:NO SITE ADDR GIVEN                      BALANCE DUE:         9798.93
ORIG: 2005 OUTSTANDING LITIGATION
AMM:


     MORTGAGE NBR             COMPANY                             000000
```

```
                    JEFFERSON COUNTY TAX COLLECTOR
                           PHONE 325-5500
                ROOM 160, 716 RICHARD ARRINGTON JR. BLVD. N
                       BIRMINGHAM, ALABAMA 35203
            TAX INQUIRY FOR TAX YEAR 2006  MARKET VALUE:              0
                      DATE: 12/22/06       ASSESSED VALUE:       115380
UNIT NBR:   2-0                            TOTAL H/E:               .00
PARCEL:     90-37-5755.060-PP              TOTAL NET TAX:       5780.54
FILE NBR:                   328711         FOREST/LIENS:            .00
CLASS:  2                                  STORM WATER:             .00
                                           FIRE DUES:               .00
                                           FEES/INTEREST:           .00
WINN-DIXIE MONTGOMERY INC #574             TOT AMT DUE:         5780.54
5050 EDGEWOOD CT                           AMOUNT PAID:             .00
JACKSONVILLE FL       32254-3601           DATE PAID:          00/00/00


WINN-DIXIE #574
                                           PROCESS DATE:       00/00/00
002402 OLD SPRINGVILLE RD                  BATCH NBR:
SITE:NO SITE ADDR GIVEN                    TELLER:
ORIG: 2005 OUTSTANDING LITIGATION          BALANCE DUE:        5780.54
AMM:


   MORTGAGE  NBR             COMPANY                           000000
```
