

AMEEN & DRUCKER, P.A.
LAW OFFICES

GARY J. DRUCKER
3111 UNIVERSITY DRIVE
SUITE 901
CORAL SPRINGS, FLORIDA 33065
TELEPHONE  954.755.2120
FACSIMILE  954.340.8733

December 21, 2006

**<u>FILED ELECTRONICALLY</u>**
**<u>VIA CM/ECF LIVE DATABASE</u>**

Clerk of the Court
United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, FL 32202

   RE: DOROTHY BIRD vs. WINN-DIXIE STORES, INC.

      Date of Loss  : 8/23/05
      Defendant   : Winn-Dixie Stores, Inc.
      Bankruptcy Case No. : 05-03817-3F1
      Winn-Dixie Claim # : A511211057
      Our Client   : Dorothy Bird
      Our File No.  : 06-06-3362

Dear Ms. Bennett:

  We represent Dorothy Bird in the above-captioned claim against Winn-Dixie Stores, Inc.    Please accept this correspondence as our application for payment of the claim.

  On August 23, 2005, Ms. Bird was shopping in Winn-Dixie Store # 736 in Port Charlotte, Florida.   She was walking towards the fruit section when she suddenly slipped and fell on grapes that were on the floor and had been smashed, allowing the juice to pour out onto the floor.

  Liability is not an issue as Winn-Dixie has a duty to provide a safe shopping environment for its customers.   Store employees knew or should have known that a dangerous slipping condition had been created by fruit on the floor. The grapes and juice should have been cleaned up or warning signs should have been posted to prevent our client from slipping and falling.

  Ms. Bird was seriously and permanently injured in this incident. As proof of her claim, we have attached all pertinent medical records and billing. Ms. Bird suffered a bursal-sided partial thickness entheseal tear of the posterior aspect of the supraspinatus of the left shoulder, as well as left arm pain, back pain, right

ankle pain and hip pain as a result of this incident.    Additionally, Ms. Bird's underlying condition of arthritis was aggravated by this fall.

As a direct result of the incident, Dorothy incurred the following medical bills:

| | | |
|---|---|---|
| 1) | Fawcett Memorial Hospital | $ 4,925.00 |
| 2) | Fawcett Radiology | $   212.00 |
| 3) | MRI Center of Charlotte County | $ 4,120.00 |
| 4) | Harbor Imaging | $   148.00 |
| 5) | Fawcett Memorial Hospital Therapy | $ 4,685.00 |
| 6) | Dr. David Ballestas | $   861.00 |
| 7) | Dr. Tatiana Huguenin | $   426.00 |

**TOTAL MEDICAL BILLS:**                    **$15,377.00**

As clearly indicated in the MRI reports and medical doctor's records, Ms. Bird was seriously and permanently injured in this incident.    Our client now experiences constant pain as a result of Winn-Dixie's negligence.

As stated above, Ms. Bird's medical bills total $15,377.00.  Based on out-of-pocket medical expenses, the pain and suffering, and the resulting injuries from the case, we respectfully request $75,000.00 to settle this claim.

If you have any questions or comments, please feel free to contact us.

Very truly yours,

Gary J. Drucker

GJD: tj
Attachments

```
PATIENT NO:          9015769   FAWO   MEMORIAL HOSP    BILLING DATE    PAGE   1      01371
MED REC NO:           120211   P O BOX 281519          09/06/05
GUARANTOR NO:                  ATLANTA, GA  30389-1519
PATIENT:                       800-635-0334            ADMITTED      DISCHARGED
BIRD DOROTHY E                                         09/02/05      09/02/05


BILL TO:
     BIRD DOROTHY E              OUTPATIENT                          FC=01
     1000 KINGS HWY             ADMIT THRU DISCHARGE CLAIM
     UNIT 60
     PORT CHARLOTTE  FL      33980
```

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 320-DX XRAY |
| 090205 | 02B290 | 0728 | | 680327 | 73030LT | 1 | XR SHOULDER 2 + V LT | 606.00 |
| 090205 | 02B290 | 0728 | | 680339 | 73080LT | 1 | XR ELBOW 3 + V LT | 549.00 |
| 090205 | 02B290 | 0728 | | 680371 | 73510LT | 1 | XR HIP UNI 2 + V LT | 520.00 |
| 090205 | 02B290 | 0728 | | 680399 | 73564RT | 1 | XR KNEE 4 + V RT | 1221.00 |
| 090205 | 02B290 | 0728 | | 680411 | 73610RT | 1 | XR ANKLE 3 + V RT | 543.00 |
| 090205 | 02B290 | 0728 | | 680304 | 72110 | 1 | XR L-SPINE 4 + VIEWS | 1010.00 |
| 090205 | 02B290 | 0728 | | 680307 | 72170 | 1 | XR PELVIS 1/2 VIEWS | 476.00 |

```
                                                    SUBTOTAL:        4925.00

                              TOTAL ANCILLARY CHARGES               4925.00

                                    TOTAL CHARGES                   4925.00
                                    PAYMENTS                            .00
                                    ADJUSTMENTS                         .00
                                    BALANCE                        4925.00
```

A FOR PROFIT, TAX PAYING HOSPITAL LICENSED BY
THE STATE OF FLORIDA TAX ID# 65-0252846

```
-CLAIM INFO-                                          Claim #
           071805-        -MEDICARE PART B      -0000438731-Y-N-P cleared
           080905-        -AARP                 -0000438732-Y-N-P cleared
-SUMMARY-
      MEDICARE P  AARP                   Status    FILED      *Balance*        .00
Paid     9.05      2.26      .00     Expected     34.00      Ins           .00
W/O     22.69       .00      .00     Personal       .00      Pat           .00
Pat paid to print on form            .00     Other pd        .00
```
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
```
Tick#   55561 U  344  anp333   DOROTHY       BIRD          Total:      60.00
09/08/05   3-BIELFELT DO  BIELFELT D 09/02/05          FAWCETT MEM OUT
-LINE DETAIL-
090205-090205 73510   -26-HIP UNI 2+V 959.6   -INJ HIP/THI YYY    1.00    33.00
                :1230 HRS
090205-090205 72170   -26-PELVIS 1-2V 959.6   -INJ HIP/THI YYY    1.00    27.00
-RECEIPTS-
   Date    Type        Claim #      Receipt # Batch User Data   Amount  Applied
10/01/05 2000002       555611       176438U    350  gxd333      15.99-  15.99-
           *PAYMENT    MEDICARE PART B              100001603
10/01/05 9000101       555611       176439U    350  gxd333
           * Co-ins    4.00                         100001603
10/01/05 4000002       555611       176440U    350  gxd333      40.01-  40.01-
           *WRITE-OFF  MEDICARE PART B              100001603
10/10/05 2005000       555612       183633U    361  pxg333       4.00-   4.00-
           NCK#.90.1010.15.AARP                    100001599
-CLAIM INFO-                                          Claim #
           090905-        -MEDICARE PART B      -0000555611-Y-N-P cleared
           100105-        -AARP                 -0000555612-Y-N-P cleared
-SUMMARY-
      MEDICARE P  AARP                   Status    FILED      *Balance*        .00
Paid    15.99      4.00      .00     Expected     60.00      Ins           .00
W/O     40.01       .00      .00     Personal       .00      Pat           .00
Pat paid to print on form            .00     Other pd        .00
```
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
```
Tick#   55562 U  344  anp333   DOROTHY       BIRD          Total:     103.00
09/08/05   3-BIELFELT DO  BIELFELT D 09/02/05          FAWCETT MEM OUT
-LINE DETAIL-
090205-090205 73030   - 2-SHOULDER 2+ 959.2   -INJ SHLDR/U YYY    1.00    28.00
                :1230 HRS
090205-090205 73562   - 3-KNEE 3V     959.7   -INJ KNEE LE YYY    1.00    28.00
090205-090205 72110   -26-L SPINE 4+V 959.19  -OTHER INJUR YYY    1.00    47.00
-RECEIPTS-
   Date    Type        Claim #      Receipt # Batch User Data   Amount  Applied
10/01/05 2000002       555621       176441U    350  gxd333      27.73-  27.73-
           *PAYMENT    MEDICARE PART B              100001603
10/01/05 9000101       555621       176442U    350  gxd333
           * Co-ins    6.94                         100001603
10/01/05 4000002       555621       176443U    350  gxd333      68.33-  68.33-
           *WRITE-OFF  MEDICARE PART B              100001603
10/10/05 2005000       555622       183639U    361  pxg333       6.94-   6.94-
           NCK#.91.1010.15.AARP                    100001599
-CLAIM INFO-                                          Claim #
           090905-        -MEDICARE PART B      -0000555621-Y-N-P cleared
           100105-        -AARP                 -0000555622-Y-N-P cleared
-SUMMARY-
      MEDICARE P  AARP                   Status    FILED      *Balance*        .00
Paid    27.73      6.94      .00     Expected    103.00      Ins           .00
W/O     68.33       .00      .00     Personal       .00      Pat           .00
Pat paid to print on form            .00     Other pd        .00
```
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
```
Tick#   55564 U  344  anp333   DOROTHY       BIRD          Total:      49.00
09/08/05   3-BIELFELT DO  BIELFELT D 09/02/05          FAWCETT MEM OUT
-LINE DETAIL-
```

```
090205-090205 73800    - 3-ANKLE 2V    939.7   -INJ KNEE LE III   1.00   23.00
090205-090205 73070    - 2-ELBOW 2V    959.3   -INJ ELBOW F YYY   1.00   24.00
```

-RECEIPTS-

| Date | Type | Claim # | Receipt # | Batch | User Data | Amount | Applied |
|------|------|---------|-----------|-------|-----------|--------|---------|
| 10/01/05 | 2000002 | 555641 | 176444U | 350 | gxd333 | 13.02- | 13.02- |
| | *PAYMENT | MEDICARE PART B | | | 100001603 | | |
| 10/01/05 | 9000101 | 555641 | 176445U | 350 | gxd333 | | |
| | * Co-ins | 3.26 | | | 100001603 | | |
| 10/01/05 | 4000002 | 555641 | 176446U | 350 | gxd333 | 32.72- | 32.72- |
| | *WRITE-OFF | MEDICARE PART B | | | 100001603 | | |
| 10/10/05 | 2005000 | 555642 | 183641U | 361 | pxg333 | 3.26- | 3.26- |
| | NCK#.91.1010.15.AARP | | | | 100001599 | | |

-CLAIM INFO-                                      Claim #
            090905-     -MEDICARE PART B    -0000555641-Y-N-P cleared
            100105-     -AARP               -0000555642-Y-N-P cleared

-SUMMARY-
      MEDICARE P AARP                   Status   FILED      *Balance*      .00
Paid    13.02     3.26       .00    Expected    49.00      Ins          .00
 W/O    32.72      .00       .00    Personal      .00      Pat          .00
Pat paid to print on form   .00    Other pd      .00

** End of Detail **

Patient

# BIRD,DOROTHY E

| | Unit # | Service/Location | Status | Date | Account # |
|---|---|---|---|---|---|
| | F000120211 | RADIOLOGY | REG CL1 | 09/02/05 | F09015769 |

**PATIENT**
Soc Sec No   DOB        Age      Sex  MS  Race  Religion
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  05/31/29  76        F    W   W     BAPTIST
Address:  1000 KINGS HWY UNIT 60
          PORT CHARLOTTE, FL 33980
Home Ph:  941-743-9015
E-mail:                        County: CHARLOTTE

**PATIENT EMPLOYER**
RETIRED

... 00000
Work Phone: 999-999-9999
Occupation: HOUSEKEEPING

**GUARANTOR**
BIRD,DOROTHY E              SS#: 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
Address:  1000 KINGS HWY UNIT 60
          PORT CHARLOTTE,FL 33980
Home Ph: 941-743-9015
Relationship to Patient: SAME AS PATIENT (SELF)
                           County: CHARLOTTE

**GUARANTOR EMPLOYER**
RETIRED

... 00000
Work Phone: 999-999-9999
Occupation: HOUSEKEEPING

**PERSONAL REFERENCES**
SHOCK,REBECCA
430 SALISBURY ST
PORT CHARLOTTE,FL 33954
Hm: 941-743-5704  Wk: 999-999-9999
Rel to Patient: FRIEND/OTHER

HOWARD,ROGER

HARDWICH,VT 99999
Hm: 802-472-5065  Wk: 999-999-9999
Rel Patient: SON

Ph:
Note:                          Thru:

**INSURANCE**
MEDICARE MUTUAL PART AB
PO BOX 1602
OMAHA, NE  68101
Phone 402-351-5419
Contact

Policy # 008226077A
Coverage #
Subscriber BIRD,DOROTHY E
Rel to Pt  SAME AS PATIENT (SELF)
Eff. 05/01/94 to
                    Rel Y Assign Y
Group 99999 - MEDICARE MUTUAL PART AB

**AUTHORIZATION**
Treat/Precert  NR OP

Insured DOB  05/31/29

**INSURANCE**
AARP MCR SUP
P.O. BOX 740819
ATLANTA, GA  30374
Phone 800-523-5800
Contact

Policy # 07974367111
Coverage #
Subscriber BIRD,DOROTHY E
Rel to Pt  SAME AS PATIENT (SELF)
Eff.      to
                    Rel Y Assign Y
Group 000850 - HEALTH CARE OPTIONS

**AUTHORIZATION**
Treat/Precert  NR OP

Insured DOB  05/31/29

**INSURANCE**

Phone
Contact

Policy #
Coverage #
Subscriber
Rel to Pt
Eff.      to       Rel   Assign
Group

**AUTHORIZATION**
Treat/Precert

Insured DOB

**CONDITIONS**
Code Type
03    ACCIDENT/TORT LIABILITY          Date    Time
18    DATE BENFCY/PATIENT RETIRED      08/23/05 1500
                                       01/01/94

**CONDITIONS**
Code Type
09    PATIENT/SP UNEMPLOYED

Code    From     Thru

Special Program

Last Hospitalization

Admission Comment
$0 DUE PAB

Financial Class
MCR

**ATTENDING**
Attending (941)629-7593        HCIS
BALLESTAS,DAVID MD             0204
Prim Care Physician            HCIS

Admitting                      HCIS

Family Physician
BALLESTAS,DAVID MD             HCIS

Emergency Room Physician       HCIS

Other Physician

Date      Time  Source            Rm/Bed  Arrival    Principal Admitting Diagnosis/Reason for Visit    Admitted By
09/02/05  1151  PHYSICIAN REFERRAL    /               FALL XRYS  0902                                    FAH:PAB
                If there is a script will it be faxed or will pt bring it S  SCRIPT ATTACHED

REGISTRATION FORM IN PROCESS

Fawcett Memorial Hospital
21298 Olean Blvd., Port Charlotte, FL 33952  (941) 629-1181

Unit#

Printed 09/02/05  1153
**** Medical Chart ****

Patient Name: BIRD,DOROTHY E
Unit No: F000120211

Exams: 000597540 SHOULDER, LEFT, 000597541 ELBOW, LEFT,
       000597542 HIP, LEFT, 000597543 KNEE, RIGHT,
       000597544 ANKLE, RIGHT,
       000597545 SPINE, LUMBAR W/OBLIQUES, 000597559 PELVIS

PELVIS

**CLINICAL HISTORY:**  Trauma.

There is a density overlying the left side of the pelvis at the inner
border.  This may represent a bone island or exostosis. It could also
be due to density within bowel, but this is not seen in all views
overlying the bowel and therefore, I feel this is more likely related
to the bones. I see no evidence of fracture of the pelvis.

**CONCLUSION:**

Question dense bone island or exostosis.

LEFT HIP, TWO VIEWS

**CLINICAL HISTORY:**  Trauma.

AP and steep oblique views of the hip were performed.  There is no
evidence of fracture.  The acetabular rims are well preserved and the
femoral head and neck are unremarkable.  The trochanters are smooth
and without defect.  There is no evidence of joint space effusion or
underlying trabecular lesion.

**IMPRESSION:**

Negative study of the hips.

LEFT SHOULDER, THREE VIEWS

**CLINICAL HISTORY:**  Trauma.

I see no evidence of soft tissue swelling.  There is no evidence of
fracture, dislocation or subluxation.  The regional osseous structures
appear normal.

CONCLUSION:

PAGE 1                    Signed Report Printed From PCI          (Continued)

**FAWCETT MEMORIAL HOSPITAL**
**21298 OLEAN BLVD.**
**PORT CHARLOTTE, FL 33952-6765**

**Phone #: 941-627-6190**
**  Fax #: 941-624-2639**

Name: BIRD,DOROTHY E
Phys: BAL.DA - BALLESTAS,DAVID MD
DOB: 05/31/1929 Age: 76      Sex: F
Acct No: F09015769 Loc: UNK
Exam Date: 09/02/2005 Status: REG CLI
Radiology No: 126393

Patient Name: BIRD,DOROTHY E
Unit No: F000120211

Exams: 000597540 SHOULDER, LEFT, 000597541 ELBOW, LEFT,
000597542 HIP, LEFT, 000597543 KNEE, RIGHT,
000597544 ANKLE, RIGHT,
000597545 SPINE, LUMBAR W/OBLIQUES, 000597559 PELVIS
<Continued>

Normal study.

RIGHT KNEE, THREE VIEWS

**CLINICAL HISTORY:**  Trauma.

There is hypertrophy of the medial and lateral intercondylar eminence
of the tibial plateau consistent with arthritis.  I see no evidence of
acute fracture, dislocation or subluxation.

**CONCLUSION:**

Arthritis.

LUMBAR SPINE, FIVE VIEWS

**CLINICAL HISTORY:**  Trauma.

Examination reveals atherosclerotic calcified plaque in the abdominal
aorta.

I see no evidence of acute fracture, dislocation, or subluxation. The
bodies of the lumbar spine are well aligned and intact.  There is some
minimal arthritis at L5-S1 bilaterally.

**CONCLUSION:**

Normal lumbar spine with the exception of facet arthritis at L5-S1
bilaterally.

RIGHT ANKLE

**CLINICAL HISTORY:**  Trauma.

I see no evidence of soft tissue swelling.  There is no evidence of
fracture, dislocation or subluxation.  The regional osseous structures

PAGE 2                    Signed Report Printed From PCI          (Continued)

**FAWCETT MEMORIAL HOSPITAL**
**21298 OLEAN BLVD.**
**PORT CHARLOTTE, FL 33952-6765**

**Phone #: 941-627-6190**
**  Fax #: 941-624-2639**

Name: BIRD,DOROTHY E
Phys: BAL.DA - BALLESTAS,DAVID MD
DOB: 05/31/1929 Age: 76       Sex: F
Acct No: F09015769 Loc: UNK
Exam Date: 09/02/2005 Status: REG CLI
Radiology No: 126393

Patient Name: BIRD,DOROTHY E
Unit No: F000120211

Exams: 000597540 SHOULDER, LEFT, 000597541 ELBOW, LEFT,
000597542 HIP, LEFT, 000597543 KNEE, RIGHT,
000597544 ANKLE, RIGHT,
000597545 SPINE, LUMBAR W/OBLIQUES, 000597559 PELVIS
<Continued>

appear normal.

CONCLUSION:

Normal study.

LEFT ELBOW

**CLINICAL HISTORY:**   Trauma.

I see no evidence of soft tissue swelling.  There is no evidence of
fracture, dislocation or subluxation.  The regional osseous structures
appear normal.

CONCLUSION:

Normal study.

```
---------------------------------------
** Manually signed by B.H. Bielfelt, DO **
Reported and Signed by: B.H. Bielfelt, DO
```

CC: DAVID BALLESTAS MD

Technologist: DAVID J SELBO, R.T.
Transcribed Date/Time: 09/02/2005 (1749)
Transcriptionist: FRD:HLE
Advanced To Signed Date/Time/User: 09/03/2005 1249 FRD:BEV
Orig Print D/T: D: 09/02/2005 (1817)   S: 09/03/2005 (1249)
Reprint D/T: 07/03/2006 (0856)   Batch No: N/A

PAGE 3                Signed Report Printed From PCI

**FAWCETT MEMORIAL HOSPITAL**        Name: BIRD,DOROTHY E
**21298 OLEAN BLVD.**                Phys: BAL.DA - BALLESTAS,DAVID MD
**PORT CHARLOTTE, FL 33952-6765**    DOB: 05/31/1929 Age: 76     Sex: F
                                     Acct No: F09015769 Loc: UNK
**Phone #: 941-627-6190**            Exam Date: 09/02/2005 Status: REG CLI
  **Fax #: 941-624-2639**            Radiology No: 126393

# CONDITIONS OF ADMISSION AND AUTHORIZATION FOR MEDICAL TREATMENT

Fawcett Memorial Hospital
21298 Olean Blvd      Pt Charlotte, FL 33952 941-629-1181

pg 1 of 2

Patient: **BIRD,DOROTHY E**

MR#: F000120211 RADIOLOGY

REG CLI 09/02/05  Acct#: **F09015769**

**1. Consent to Treatment.**    I consent to the provision of medical care required to treat the condition for which I am being admitted to the Hospital, including routine diagnostic procedures and other medical treatments ordered by my physician or other healthcare professional on the Hospital's medical staff.   I understand that, absent emergency or extraordinary circumstances, major medical or surgical procedures will not be performed upon me unless and until I have had an opportunity to discuss the risks and benefits of the procedure or treatment with the physician or other healthcare professional. I understand that it is the treating healthcare professional's responsibility to obtain my informed consent, and that I have the right to consent, or to refuse consent to a proposed procedure or therapeutic course after discussion with the treating healthcare professional.

**2. Patient Self-Determination Act.**  I have been offered information regarding Advanced Directives (such as durable powers of attorney for healthcare and living wills), and have been informed that I may receive a copy of this information at any time during my hospital stay.  I have been informed that a Patient Handbook containing patient rights and responsibilities and other information relating to my stay is available to me in Patient Registration or at my request during my hospital stay.  Please initial the following applicable statements:

_____ I have executed an Advanced Directive and have been requested to supply a copy to the Hospital.
_____ I have not executed an Advanced Directive.
_____ I wish to execute an Advanced Directive at this time.
__DEB__ I do not wish to execute an Advanced Directive at this time.

**3. Notice of Privacy Practices.**    I acknowledge that I have received the Hospital's Notice of Privacy Practices, which describes the ways in which the Hospital will use and disclose my healthcare information for treatment, payment, healthcare operations and other described and permitted uses and disclosures.    I understand that I may contact the Hospital Privacy Official designated on the Notice if I have a complaint.

_DCB_ Acknowledged

**4. Payment.** I permit the Hospital and the physicians or other health professionals involved in my inpatient or outpatient care to release the healthcare information necessary to facilitate payment by a person or entity liable for payment on my behalf to such person or entity in order to verify coverage or payment questions, or for any other purpose related to benefit payment.  If I am a Medicare or Medicaid patient, I authorize the release of healthcare information to the Social Security Administration or its intermediaries or carriers for payment of a Medicare claim or to the appropriate state agency for payment of a Medicaid claim.  This information may include, without limitation, history and physical, emergency records, laboratory reports, operative reports, physician progress notes, nurses notes, consultations, psychological and/or psychiatric reports and discharge summary.  This consent specifically includes information concerning psychological conditions, psychiatric conditions, and/or infectious diseases, including, but not limited to, blood-borne diseases, such as Hepatitis, Human Immunodeficiency Virus (HIV) and Acquired Immune Deficiency Syndrome (AIDS).

_DCB_ Acknowledged

**5. Assignment of Benefits.**  In executing this assignment of benefits, I am directing the health insurance carrier or other health benefit plan providing my coverage to pay the Hospital and/or hospital-based physicians * directly for the services the Hospital and/or hospital-based physicians provide to me, my minor child, or other person entitled to healthcare benefits for this admission.  In return for the services rendered and to be rendered by the Hospital and/or hospital-based physicians I hereby irrevocably assign and transfer to the Hospital and/or hospital-based physicians all right, title, and interest in all benefits payable for the healthcare rendered, which are provided in any and all insurance policies and health benefit plans from which my dependents or I are entitled to recover. This assignment & transfer shall be for the purpose of granting the Hospital and/or hospital-based physicians an independent right of recovery against my insurer or health benefit plan, but shall not be construed as an obligation of the Hospital and/or hospital-based physicians to pursue any such right of recovery.  In no event will the Hospital retain benefits in excess of the amount owed to the Hospital for the care and treatment rendered during the admission.  I have read and been given the opportunity to ask questions about this assignment of benefits, and I have signed this document freely and without inducement, other than the rendition of services by the Hospital and/or hospital-based physicians.

**6. Financial Agreement.**  In consideration of the services to be rendered to the patient, the undersigned (as parent, spouse, guarantor, agent or as the patient) individually promises to pay the patient's account at the rates stated in the Hospital's price list (known as the Charge Master) effective on the date the charge is processed to rthe services provided, which rates are hereby expressly incorporated by reference as the price term of this Agreement to pay the patient's account. Some special items will be priced separately if there is no price listed on the Charge Master.  In the event that the Hospital has to engage an attorney or collection agency to collect any unpaid balances that arise from the treatment consented to herein, the undersigned agrees to pay the reasonable attorney's fees and collection expenses incurred by the Hospital.

An estimate of the anticipated charges for services to be provided to the patient is available upon request from the Hospital.  Estimates may vary significantly from the final charges based on a variety of factors, including but not limited to the course of treatment, intensity of care, physician practices,& the necessity of providing additional goods & services.

# CONDITIONS OF ADMISSION AND AUTHORIZATION FOR MEDICAL TREATMENT

Fawcett Memorial Hospital
21298 Olean Blvd    Pt Charlotte, FL 33952 941-629-1181

pg 2 of 2

Patient: **BIRD,DOROTHY E**

MR#: F000120211 RADIOLOGY

REG CLI 09/02/05    Acct#: **F09015769**

**6. Financial Agreement, cont.** The Hospital will provide a medical screening examination to all patients who are seeking emergency medical services to determine if there is an emergency medical condition, without regard to the patient's ability to pay. If there is an emergency medical condition, the Hospital will provide stabilizing treatment. However, patients are not relieved of their obligation to pay for these services if they have the ability to pay.

**7. Patient Rights.** I acknowledge that I have been given information and instructions regarding my Patient Rights, which include, but are not limited to, the right to make medical decisions, including the right to accept or refuse medical treatment, to participate in my plan of care and to receive care in a safe setting, free from verbal or physical abuse or harassment. I acknowledge that I have also received information about the Hospital's grievance process.

**8. Private Room.** I understand and agree that the patient or the party responsible for payment for hospital and medical services is responsible for any additional charges associated with the request and use of a private room.

**9. Communications About My Healthcare.** I authorize my healthcare information to be disclosed for purposes of communicating results, findings, and care decisions to my family members and others responsible for my care or designated by me. I will provide those individuals with a password or other verification means specified by the Hospital.

**10. Medicare Patient Certification and Assignment of Benefits.** I certify that the information I provide in applying for payment under Title XVIII (Medicare) or Title XIX (Medicaid) of the Social Security Act is correct. I request payment of authorized benefits to be made on my behalf to the Hospital or hospital-based physician by the Medicare or Medicaid Program.

**11. Other Acknowledgements.**

a. **Legal Relationship Between Hospital and Physicians.** I acknowledge and agree that neither this Hospital nor any outpatient department, clinic, or other healthcare entity operated as part of this Hospital to which I may be transferred or in which I may be treated is responsible for the judgment or conduct of any physician who treats or provides a professional service to me. I acknowledge and understand that each physician providing services at the Hospital is an independent contractor who is self-employed and is not the agent, servant, or employee of Hospital. I further understand that other physicians may be called upon to provide care, either directly (as consultants) or indirectly through professional services (i.e., radiology, pathology, EKG interpretation, anesthesiology). These physicians are also independent contractors who are self-employed and are not the agents, servants, or employees of Hospital. I acknowledge and understand that for emergency or unscheduled services, the Hospital may aid my selection of physicians by an established 'on-call' roster provided through each department of the Hospital. These physicians are also independent contractors who are self-employed and are not the agents, servants, or employees of Hospital. I further agree that Hospital is not responsible for the judgment or conduct of any of the physicians identified above.

b. **Personal Valuables.** I understand that the Hospital maintains a safe for the safekeeping of money and valuables, and the Hospital shall not be liable for the loss of or damage to any money, jewelry, documents, furs, fur coats and fur garments, or other articles of unusual value and small size, unless placed in the safe, and shall not be liable for loss or damage to any other personal property, unless deposited with the Hospital for safekeeping.

c. **Weapons/Explosives/Drugs.** I understand and agree that if the Hospital at any time believes there may be a weapon, explosive device, illegal substance or drug, or any alcoholic beverage in my room or with my belongings, the Hospital may search my room and my belongings, confiscate any of the above items that are found, and dispose of them as appropriate, including delivery of any item to law enforcement authorities.

I hereby certify that I have read and understand this CONDITIONS OF ADMISSION AND AUTHORIZATION FOR MEDICAL TREATMENT Form and I have signed this document knowingly, freely, and voluntarily. Moreover, I certify and state that I have received no promises, assurances, or guarantees from anyone as to the results that may be obtained by any medical treatment or services.

Date **9-2-05** Time **1:55** AM PM

_Dorothy E Bird_
Patient/Parent/Guardian/Conservator

If other than Patient, indicate relationship

Spouse (if married/available)                    Witness (to Signature only)

_____The patient is unable to sign, for the following reason (Specify why the patient is unable to sign):

Registrar's signature: _Baldwin_ Date **9-2-05**



Fawcett Memorial Hospital
*Our Family Caring For Yours*

It is the policy of this facility, to screen all patients for the signs and symptoms of active Tuberculosis Disease and other respiratory illness that if present may be infectious to other patients and /or the hospital staff.

If you answer positive to any of the questions below, you will be asked to wear a mask while you are in the facility as part of our Respiratory Etiquette policy.

Patient Name: _Dorothy E. Bird_
Date: _9-2-05_
Check In Time: _1635_

If you answer yes to any of the below questions, please notify a member of our staff.

1. Do you cough up blood?

Yes _____ No _✓_

2. Are you experiencing a productive cough and any of the below symptoms?

Fever?
Yes _____ No _✓_

Unexplained Weight Loss?
Yes _____ No _✓_

Unexplained Night Sweats?
Yes _____ No _✓_

DEA # _____

DAVID S. BALLESTAS, M.D.          NENA N. KORUNDA, M.D.
JoAnn Thompson, PA.-C.
Internal Medicine
2525 Harbor Boulevard • Suite 101
Port Charlotte, FL 33952
941-629-7593  Fax: 941-625-2451

NAME  *Dorothy Byrd*

ADDRESS  *Dated Sept 2 2005*

℞  (Please Print)

Fall 8/23/05 @
Winn - Dixie

X-ray these joints

(L) shoulder   (L) elbow

(L) hip

(R) knee

(R) ankle

and L-S spine

☐ LABEL

REFILL _____ TIMED   PRN   NR

JoAnn Thompson PAe

TO INSURE BRAND NAME DISPENSING, PRESCRIBER MUST WRITE "MEDICALLY NECESSARY"
ON THE PRESCRIPTION.

24-JUN-05         PA X30

TN080624_100128614-66_01_46690_0002

1/14/06

PATIENT FINANCIAL HISTORY BY DT SERVICE
DAVID S. BALLESTAS, M.D., P.A.
Accounts 6140 - 6140   All Dates

Page 1

| oct Date | Dep # | Name | Dr# | Procedure | Ref Dt | Diag | Units | Amount |
|---|---|---|---|---|---|---|---|---|
| 09/16/05 | 0 | BIRD,DOROTHY | 8 | 99214 | EST.PAT.MOD.COMP.VIS | | 847.2 | 1.00 | 81.00 |
| 09/19/05 | 0 | BIRD,DOROTHY | 8 | 80053 | COM METABOLIC PANEL | | 780.79 | 1.00 | 15.00 |
| 09/19/05 | 0 | BIRD,DOROTHY | 8 | 80061 | CORONARY RISK PANEL- | | 780.79 | 1.00 | 19.00 |
| 09/19/05 | 0 | BIRD,DOROTHY | 8 | 83721 | DIRECT LDL | | 780.79 | 1.00 | 14.00 |
| 09/19/05 | 0 | BIRD,DOROTHY | 8 | 85025 | CBC W/COMPLT DIFF/PL | | 780.79 | 1.00 | 11.00 |
| 09/19/05 | 0 | BIRD,DOROTHY | 8 | 81000 | URINALYSIS-DIP STICK | | 780.79 | 1.00 | 5.00 |
| 09/19/05 | 0 | BIRD,DOROTHY | 8 | 36415 | VENIPUNCTURE | | 780.79 | 1.00 | 3.00 |
| 09/21/05 | 0 | BIRD,DOROTHY | 68 | 97001 | PHYSICAL THERAPY EVA | | 719.91 | 1.00 | 75.00 |
| 09/21/05 | 0 | BIRD,DOROTHY | 68 | 97035 | ULTRASOUND EACH 15 M | | 719.91 | 1.00 | 12.00 |
| 09/21/05 | 0 | BIRD,DOROTHY | 68 | 97110 | THERAPEUTIC EXERCISE | | 719.91 | 1.00 | 28.00 |
| 09/21/05 | 0 | BIRD,DOROTHY | 68 | 97140 | MANUAL THERAPY TECHN | | 719.91 | 1.00 | 27.00 |
| 09/22/05 | 0 | BIRD,DOROTHY | 68 | 97035 | ULTRASOUND EACH 15 M | | 719.91 | 1.00 | 12.00 |
| 09/22/05 | 0 | BIRD,DOROTHY | 68 | 97110 | THERAPEUTIC EXERCISE | | 719.91 | 1.00 | 28.00 |
| 09/22/05 | 0 | BIRD,DOROTHY | 68 | 97140 | MANUAL THERAPY TECHN | | 719.91 | 2.00 | 54.00 |
| 09/26/05 | 0 | BIRD,DOROTHY | 8 | 99215 | EST.PAT.HIGH COMP.VI | | 719.91 | 1.00 | 118.00 |
| 09/26/05 | 0 | BIRD,DOROTHY | 68 | 97035 | ULTRASOUND EACH 15 M | | 719.91 | 1.00 | 12.00 |
| 09/26/05 | 0 | BIRD,DOROTHY | 68 | 97110 | THERAPEUTIC EXERCISE | | 719.91 | 1.00 | 28.00 |
| 09/26/05 | 0 | BIRD,DOROTHY | 68 | 97140 | MANUAL THERAPY TECHN | | 719.91 | 2.00 | 54.00 |
| 09/27/05 | | Check Payment | 105259484 | | Medi #1 | 09/27/05 | | | -108.02 |
| 10/03/05 | 0 | BIRD,DOROTHY | 68 | 97035 | ULTRASOUND EACH 15 M | | 719.91 | 1.00 | 12.00 |
| 10/03/05 | 0 | BIRD,DOROTHY | 68 | 97110 | THERAPEUTIC EXERCISE | | 719.91 | 1.00 | 28.00 |
| 10/03/05 | 0 | BIRD,DOROTHY | 68 | 97140 | MANUAL THERAPY TECHN | | 719.91 | 2.00 | 54.00 |
| 10/05/05 | 0 | BIRD,DOROTHY | 68 | 97035 | ULTRASOUND EACH 15 M | | 719.91 | 1.00 | 12.00 |
| 10/05/05 | 0 | BIRD,DOROTHY | 68 | 97110 | THERAPEUTIC EXERCISE | | 719.91 | 1.00 | 28.00 |
| 10/05/05 | 0 | BIRD,DOROTHY | 68 | 97140 | MANUAL THERAPY TECHN | | 719.91 | 2.00 | 54.00 |
| 10/06/05 | | Check Payment | 109073254 | | Ins #6 | 10/06/05 | | | -27.00 |
| 10/06/05 | | Adjustment (3) | | | Medicare Adjustment | 10/06/05 | | | -0.98 |
| 10/07/05 | | Check Payment | 105333564 | | Medi #1 | 10/07/05 | | | -64.63 |
| 10/07/05 | | Adjustment (3) | 105333564 | | Medicare Adjustment | 10/07/05 | | | -0.21 |
| 10/14/05 | | Check Payment | 105364150 | | Medi #1 | 10/14/05 | | | -94.37 |
| 10/14/05 | | Adjustment (3) | 105364150 | | Medicare Adjustment | 10/14/05 | | | -0.04 |
| 10/18/05 | | Check Payment | 09154703 | | Ins #6 | 10/18/05 | | | -16.16 |
| 10/21/05 | | Check Payment | 105390372 | | Medi #1 | 10/21/05 | | | -57.83 |
| 10/21/05 | | Adjustment (3) | 105390372 | | Medicare Adjustment | 10/21/05 | | | -3.44 |
| 10/21/05 | | Adjustment (3) | 105390372 | | Medicare Adjustment | 10/21/05 | | | -4.35 |
| 10/21/05 | | Adjustment (3) | 105390372 | | Medicare Adjustment | 10/21/05 | | | -0.67 |
| 10/21/05 | | Adjustment (3) | 105390372 | | Medicare Adjustment | 10/21/05 | | | -0.14 |
| 10/21/05 | | Adjustment (3) | 105390372 | | Medicare Adjustment | 10/21/05 | | | -0.57 |
| 11/01/05 | | Check Payment | 091396916 | | Ins #6 | 11/01/05 | | | -23.69 |
| 11/03/05 | 0 | BIRD,DOROTHY | 1 | 99214 | EST.PAT.MOD.COMP.VIS | | 719.41 | 1.00 | 81.00 |
| 11/03/05 | | Check Payment | 105433485 | | Medi #1 | 11/03/05 | | | -147.16 |
| 11/03/05 | | Adjustment (3) | 105433485 | | Medicare Adjustment | 11/03/05 | | | -0.36 |
| 11/03/05 | | Adjustment (3) | 105433485 | | Medicare Adjustment | 11/03/05 | | | -1.66 |

NKDA

## DAVID S. BALLESTAS, M.D., P.A.

### PHYSICAL EXAM

INTERNAL MEDICINE

Name: Dorothy Bird    Age: 86    Date: 9-2-05

Temp: 96°    Pulse: 72    BP: 110/70

Height: 5'3"    Weight: 179    Resp.: 16    Birth Date: 5-31-29

Chief Complaint: Fell 10 days ago c/o (R) Shoulder pain. (R) hip pain that is bruised.
+ c/o (R) ankle being sore + back pain has been walking w/ difficulty

GENERAL APPERANCE:    Alert - Coherent - Orient - Disoreintation - Incoherent

| | N | Ab | |
|---|---|---|---|
| Skin ecchymosis (L) hip | | X | Warm - Dry - Scaly - Erythematous - Papular - Vesicular - Macular |
| Eye | ✓ | | Non - Icteric - Pupils Isocoric - Reactive - Disc Flat - Conj. Normal |
| Nose | ✓ | | Normal - Edematous - Hyperemic - Discharges |
| Ear | ✓ | | Canal - Normal - Hyperemic - TM - Intact - Dull - Cerumen - Discharge |
| Throat | ✓ | | Normal - Hyperemic - Enlarged Tonsills - Missing - Exudate |
| Neck | | ✓ | Supple - Negative Bruit - Flexible - Full Movement, Spastic |
| Lymph nodes | ✓ | | Negative for neck - Superclavicular - Infraclavicular - Axillary |
| Chest | ✓ | | Symetrical Breasts - Masses - Tenderness |
| Lungs | ✓ | | Clear - Wheezing - Rales - Crepitants - Diminish - Coarse |
| Heart Contour | ✓ | | Regular S1 & S2 M / Rub Gallop |
| Abdomen | ✓ | | Soft - Tender - Activity - Rebound - Splenomegaly - Hepatomegaly |
| Genital | | ✓ | Normal Apperance - Lesions - Hernias - Masses |
| Rectal | | | Qualc - Masses - Hemorrhoids - Prostate |
| Extremities | | ✓ | Symetrical - Edma - Deformity - Strength - Rash - Clubbing ↓ ROM all joints |
| Joints | | ✓ | Normal - Effusion - Deformity - Motion - Crepitation |
| Back L-S | | ✓ | Symetrical - Deformity - Spasm - CVA Tenderness |
| Peripheral pulses | | | Symetrical - Normal - Weak - Not Found |
| Edema (R) ankle | | ✓ | Symetrical - Pittedema - Ankle - Leg Up to Knees |
| Neurological | ✓ | | Grossly Normal - Asmetry - Weakness - Tremors - Reflexes |
| EKG | | | |
| CXR | | | |

### NOTES

Fell in Winn - Dixie   10 days ago —   juice on floor
ecchymosis (L) hip
abrasion (L) forearm

### TESTS ORDERED

| | | | |
|---|---|---|---|
| ☐ ECG | ☐ Chest X-Ray | ☐ CBC | ☐ Thyroid |
| ☐ Holter | ☐ Pulmonary function | ☐ Urinalysis | ☐ Throat |
| ☐ Echo | ☐ SMA | ☐ Stools | ☐ |

Dx: (L) Shoulder   (L) hip   L-S spine
(R) knee   (R) ankle   } all new since accident

Rx:   (R) elbow

X-Ray as above
Naprosyn 500 mg BID #60 PRF
Warm compresses to joints & L-S spine

RTO= 2 weeks

Nena Nezmezher-Kornandi, M.D.
**INTERNAL MEDICINE**

Triple i/CliniForms
**PROGRESS NOTES**

Name: _Bird    Dorothy_    SS# _____    Page # ___

Address: _____

Phone (home)_____ (work)_____ Date of birth _5-31-29_

Drug allergies _____

**DATE    NOTES**

| 8 | Dorothy Bird | 106/64 | NoMD |

9-16-05  B/P  106/64  P 76  T 97.4
2:11  Re Evaluation elbow hip
Shoulder  pain  slight improvement

diff sleeping
(L) shoulder/elbow
Sunday — problem c bowels / constipated    + ENERGY
↓ ADL's

_Krist MD_

---

BIRD, DOROTHY                                     09/16/05
#6140

S:  This is followup from a fall at Winn Dixie 10 days prior to her office visit on 09/02/05.  We review her
x-rays.  She states she is having difficulty sleeping, continued left shoulder and elbow pain.  The knee and
ankle on the right are not giving her as much trouble as the left shoulder and elbow.  Sunday she had
problems with her bowels with constipation.  She has diminished energy and diminished ADLs.  She states
she has shown some slight improvement overall.

O:  HEENT:  Tympanic membranes are dull and retracted bilaterally.  Oropharynx is hyperemic.  NECK:
Supple.  LUNGS:  Clear.  HEART:  Regular.  ABDOMEN:  Benign.  EXTREMITIES:  Limited range of
motion left shoulder and elbow, right knee and ankle.  There is lumbosacral spasm.

A:
1.    Difficulty with ADLs.
2.    Diminished energy.
3.    Insomnia.
4.    Lumbosacral spasm.
5.    Right knee, right ankle, left shoulder, left hip spasm and pain.

P:
1.    Will continue Naprosyn 500 mg b.i.d., warm compresses.
2.    A referral is made to physical therapy.
3.    Follow up in one to two weeks.

JoAnn Thompson, PA-C/kc

**Intermittent Heartburn**

Maximum Strength Zantac 150 is indicated for the prevention and
relief of heartburn associated with acid indigestion and sour stomach.

Distributed by Pfizer Consumer Healthcare
Morris Plains, New Jersey 07950 USA
©2005 Pfizer  7AN442558020

**Just Right
Right Now**

Maximum Strength
Zantac 150™

... now OTC™

Name _____ SS# _____ Page # ___

| DATE | NOTES | | | | | | |
|------|-------|--|--|--|--|--|--|

**15** Dorothy Bird

NKDA   WT: 18 lbs   T: 96.2   P: 80   BP: 140/78

9/26/05 follow-up ® arm still hurts, having
headaches everyday X 1½ wks

---

BIRD, DOROTHY    9/26/05
# 6140

S: This 76 year-old lady states she fell down at Winn-Dixie a few days before the first time she came here which was 9/2/05. The patient was complaining of pain in her shoulder and back. The patient is still complaining of pain in her shoulder and back to the extent that she states she cannot work because of this pain in the back and shoulder. The patient has also been developing some headaches. She does not remember hitting her head or sustaining any trauma. She did get some relief with Fioricet that she was taking at home. She still has the pain in the shoulder and back and some headaches on and off. She brought in some paperwork to sign regarding temporary disability.

P: I told her at this moment we will give her some pain medication that she could also use it for her headache and pain since she is taking Naproxen 500 mg b.i.d. for her shoulder. She will be given Vicodin ES one tablet q.6h. She was told not to drive or operate any machinery while taking this medication since this may impair her senses. I signed the paperwork she brought in regarding the temporary disability. If she continues to have this problem she will be sent to orthopedics for further evaluation and treatment. She was advised to come back sooner if she did not get any better. Otherwise, we will see her again within one month.

D. Ballestas, M.D./dct    DD: 9/26/05    DT: 9/30/05

---

**14** Dorothy Bird                    12.30    6.15

11-3-05   WT 172#   T 99²   P 88   BP 130/70

050   % ® hip pain since test 9-2-05, feel fine with Dixie

NKDA   still have 5X fim accident

---

**Important Safety Information**

The most common drug-related adverse events in U.S. clinical trials were nausea (1.2%) and diarrhea (1.0%).

The safety and efficacy of levofloxacin in pediatric patients, adolescents (under 18), pregnant women, and nursing mothers have not been established. Levofloxacin is contraindicated in persons with a history of hypersensitivity to levofloxacin, quinolone antimicrobial agents, or any other components of this product. Serious and occasionally fatal hypersensitivity and/or anaphylactic reactions have been reported in patients receiving therapy with quinolones, including levofloxacin. These reactions may occur following the first dose. The drug should be discontinued at the first appearance of a skin rash or any other sign of hypersensitivity. As with other quinolones, levofloxacin should be used with caution in patients with known or suspected central nervous system disorders, peripheral neuropathy, or in patients who have a predisposition to seizures.

Antacids containing magnesium or aluminum, as well as sucralfate, metal cations such as iron, and multivitamin preparations with zinc, or Videx** (didanosine) chewable/buffered tablets or the pediatric powder for oral solution, should be taken at least 2 hours before or 2 hours after levofloxacin administration.

For information on Warnings, Precautions, and additional Adverse Reactions that may occur, regardless of drug relationship, please see full Prescribing Information.

* Videx is a registered trademark of Bristol-Myers Squibb Company.

**Please see accompanying full Prescribing Information.**

Reference: 1. Bonfick W, Heron SP, Ray JJ et al. Levofloxacin versus ciprofloxacin in the treatment of chronic bacterial prostatitis: A randomized double-blind multicenter study. Urology. 2003;62(3):537-541.

ONCE·A·DAY
# Levaquin®
(levofloxacin) Tablets/Injection
(levofloxacin in 5% dextrose) Injection
**Now more than ever**



© OMP 2005    02F3GB    3/05

iiForms ©1999    IN031    800-969-7237

# MEDICAL PAVILION CLINIC
## PHYSICAL THERAPY
### 2525 HARBOR BLVD. STE 102/ PORT CHARLOTTE, FL 33952
### PHONE 941-629-7593

## PLAN OF TREATMENT FOR OUTPATIENT REHABILITATION (COMPLETE FOR INITIAL CLAIMS ONLY)

Patient's Last Name: **Bird**          First Name: **Dorothy**  M.I.          Provider No.:          HICN: **9/29/05**

Provider Name: Medical Pavilion Clinic          Medical Record No.:(optional)          Onset Date: **LBP & (L) arm pain**          Soc. Date:

Type: **Physical Therapy**          Primary Diagnosis: (pertinent Medical Dx.)          Treatment Diagnosis          Visits from Soc.:(at D/C)

---

### Plan of Treatment Functional Goals:

GOALS: (Short Term): in _3_ weeks, patient will:
- ☑ PAIN TO _3_ /10# W/ ADL FUNCTIONS i.e. _able to dress c_ _difficulty_
- ☑ FUNCTIONAL MOBILITY TO FAIR/          DEGREES

☑ HOME EXERCISE PROGRAM INSTRUCTION

OUTCOME (Long Term): with D/C from PT, patient will:
- ☑ PAIN TO _1-2_ /10# W/ ADL FUNCTIONS i.e. _(Ø) in all ADL_
- ☐ FUNCTIONAL MOBILITY/ ROM TO WFL/          DEGREES
- ☑ FUNCTIONAL STRENGTH TO _4_ /5  MMT GROSSLY
- ☑ FUNCTIONAL STABILITY TO ASSIST ADL FUNCTIONS
- ☑ FUNCTIONAL STABILITY TO ASSIST WORK FUNCTIONS/ POSITIONS
- ☑ FUNCTIONAL SAFE AMBULATION w/ WITHOUT ASSISTIVE DEVICE
- OTHERS: _(S) & knowledgeable in HEP/HHP &_ _safety awareness_

Signature (Professional establishing POC including Professional Designation)

_Maribú B. Bauzon, PT_

** I CERTIFY THE NEED FOR THESE SERVICES FURNISHED UNDER THIS PLAN OF TREATMENT AND WHILE UNDER MY CARE.

**Physician's Signature:          Date:

### Initial Assessment (History, medical complications, level of function At start of care, Reason for referral)

Documented reason for referral: _(L) PTS &/10 in (L) arm &_ _LB area, pher &/10 in low area. Pt has difficulty_ _doing ADL._

Pertinent Medical Hx. Related to reason for therapy _1 mo. PTA, pt_ _fell & hurt her (L) arm, LB & (R) knee. Pt then_ _had min. doing ADL which prompted her to see doctor._
MEDS: _pain pills_

PLOF: _able to do ADL & drive c pain &_ _difficulty_

Previous PT Tx.: ☑ No ___ Yes. If yes, reason and outcome: _____

Active Resting Heart Rate: _____ bpm   Resting BP: _____ / _____
Patient/Caregiver goals will be included in the care plan
Cognitive issues that impact PT care plan?: ☑ No ___ Yes
Hearing: ☑ Normal ___ Impaired ___ Absent ___ Aided ___ Unaided
Vision: ☑ Normal ___ Impaired ___ Absent ___ Aided ___ Unaided
Safety Awareness: ___ N/A ☑ Good ___ Fair ___ Poor
Exercise Tolerance: ___ N/A ☑ Good ___ Fair ___ Poor
Potential for achieving outcome: ___ Excellent ☑ Good ___ Fair
Functional Level ( End of billing Period) PROGRESS REPORT
PROGRESS TOWARDS TARGET OUTCOME

| Goal | Baseline | Current level |
|---|---|---|
| _Pt ov011 goals_ | | |

Signature: _Ngọc, PT_          Date: _9/29/05_

---

### PLAN

| Code | | Service |
|---|---|---|
| (97001) | __ | Initial Evaluation |
| 97535 | __ | Caregiver Training |
| 97535 | __ | Maint. Progr. Development/ HEP/ Implementation |
| 97530 | __ | Therapeutic Activities |
| 97014 (97035) | __ | Modality, list: _US x 1.5 w/cm² x 8 mins to (L) arm & LB_ |
| 97112 | __ | Neuromuscular Re-ed. |
| 97504 | __ | Orthotic Fitting/ Training |
| (97110) | __ | Therapeutic Exercise |
| 97116 | __ | Gait Training/ Stair Climbing |
| 97112 | __ | Balance & Coordination Training |
| 97520 | __ | Prosthetic Training |
| 97542 | __ | W/C Management Training |
| 97124 | __ | Massage/STM |
| (97140) | __ | Manual Therapy, list: _(L) arm & LB_ |
| 97010 | __ | Moist Heat Pack to |
| 97010 | __ | Ice Pack to |
| 97537 | __ | Safety Training |
| 97110 | __ | Transfer Training |

Freq./ Duration (e.g. 3/wk x 4 wk)

_2/wk  3w3_

Certification:          ___ N/A
FROM:          THROUGH:

On File (Print/ Type physician's name)          UPIN _____

### Prior Hospitalization          ___ N/A
FROM:          THROUGH:
Record N/A if the area is not a problem to be addressed in PT care plan.
Key: Total assist = 100%   Max = 75%   Mod = 50%   min = 25%
Standby = supervision  Independent (I) = no physical or cognitive assist
Bed Mobility _(I) c a little difficulty_
Transfers _(I) in all transfers_
Ambulation (and distance) _(S) & (R) pain in prolonged walking_
W/C Mgt (and Distance)
Stairs (and No.)
Balance In static sitting _pt has good sitting &_
        In dynamic sitting
        In static standing
        In dynamic standing _standing balance_
UE ROM _WNL_
LE ROM _WNL_
UE Strength/ Motor Control _grossly 4/5 except in (L) arm_ _which has 3/10 pain in mid-range 3/5_
LE Strength/Motor Control _grossly 4/5 except in (R) knee_ _(R) pain at mid-range_
Gait deviations Noted _antalgic gait_

Pain Management (Subjective Scale, 1-10) Pain Site _(L) arm & LB_
At Rest _6/10_          With Activity _8-9/10_

___ Continue Services    or    ___ D/C Services

___ Patient has achieved the functional outcome as described
___ Patient has achieved maximal functional performance
___ See revised/continued goals on Updated Monthly Progress Report Form (HCFA 701)

SERVICE DATES:
FROM          THROUGH

**Patient:** Dorothy Bird     **Time:** 2:30 pm

**Therapist:** Maribel P. Banzon, PT     **Date:** 9/22/05

## DIAGNOSIS: _____     ## PHYSICIAN: _____

| | | | |
|---|---|---|---|
| 97001 | __ PT Initial Eval. | 97530 | __ Therapeutic Activities |
| 97002 | __ PT Re-Evaluation | | __ Monark Ergometer ___ min |
| 95831 | __ Man. Muscle Test | | __ UBE ___ min |
| 95851 | __ ROM Testing | | __ Treadmill ___ min |
| 97750 | __ Cybex Testing | | __ NordicTrack ___ min |
| 97110 | __ Therapeutic Exercises | | __ Rower Ergometer ___ min |
| | __ Manual Resistance | 97531 | __ Ther. Activities + 15 |
| | __ Isokinetics | 97140 | __ Manual Traction |
| | __ Isotonics | | __ Cervical |
| | __ Isometrics | | __ Pelvic |
| ~~97139~~ (97110) | __ Ther. Ex. + 15 | 97012 | __ Mech. Traction |
| | __ ROM Treatment | | __ Cervical |
| | __ Active | | __ Pelvic |
| | __ Active Assist. | 97124 | __ Massage |
| | __ Passive | | __ Transfriction |
| | [1] Flexibility | | __ NMM |
| 97112 | __ PNF | | __ effleurage/pretriss./tapotement |
| | __ Upper Body | 90900 | __ Biofeedback |
| | __ Lower Body | 97504 | __ Orthotics |
| | __ Trunk | 97501 | __ Orthotics + 15 |
| 97024 | __ Diathermy | 97016 | __ Jobst (Vasopneuma) |
| 97032 | __ E. Stim/ TENS | 97140 | __ Soft Tissue Mobil. (STM) |
| 97026 | __ Infra Red | | __ Myofascial Release |
| 97020 | __ Micro Wave | | __ Connective Tissue |
| 97028 | __ Ultra Violet | 97703 | __ Prosthesis Check |
| 97116 | __ Gaittraining | 97140 [2] | Manual Therapy |
| | __ FWB'ing ___ ft w/ w/o assist. | | |
| | __ PWB'ing ___ ft w/ w/o assist | | |
| | __ NWB'ing ___ ft w/ w/o assist | | |
| 97535 | __ Home Exercise Program | | |
| 99080 | __ Special Report | | |
| 99039 | __ Other _____ | | |
| 99070 | __ Educ. Materials | | |
| 99071 | __ Supplies _____ | | |

| | |
|---|---|
| 97140 | __ Mobilization |
| | __ Extremity L / R |
| | __ Spinal C - T - L - S |
| | __ TMJ |
| | __ Cranio Sacral |
| 97018 | __ Paraffin _____ / ___ min |
| 97035 | __ U.S. 1.5 W/cm2 100 % 8 min. 1 MHz |
| 97014 | __ Electr. Stim. To _____ / ___ min |
| | __ High Volt |
| | __ Trigger Point |
| | __ EMS |
| | __ TNS |
| | __ IFC ___ Quad polar __ Bi-Polar |
| | __ MENS |
| 97720 | __ Physical Reconditioning/ ___ Hrs. |
| 97520 | __ Pre-Prost./ STP |
| 64550 | __ TENS/EMS Applic. |
| 97033 | __ Iontophoresis |
| 97535 | __ Self Care Trng/ ADL |
| 97537 | __ Wrk. RE-int./Funct.Trng. |
| 97750 | __ Functional Cap. Evaluation |
| 97545 | __ Work Conditioning/ ___ Hrs. |
| 97542 | __ Wheel Chr. Training |
| 97546 | __ Work Hardening/ ___ Hrs. |
| 99456 | __ Indep. Medical Exam. |
| 97010 | __ Hot Packs to _____ |
| 97010 | __ Cryo Therapy to _____ |
| 97139 | __ Taping |
| 97036 | __ Hydro Therapy |
| 97022 | __ Whirlpool to _____ / ___ min |
| | __ Small |
| | __ Large |
| 97034 | __ Contrast Bath to _____ / ___ min |
| 97113 | __ Aquatic Therapy |
| 97150 | __ Group Therapy |

GOALS STATUS:

__ PATIENT AND/ OR CAREGIVER IS COMPETENT WITH HOME MAINTENANCE EXERCISE PROGRAM

__ PAIN LEVEL WITH ADL'S AND/ OR WORK ACTIVITIES AND POSITIONS _____ /10+ FROM _____ /10+

__ PATIENT IS SAFE IN TRANFERS WITH/ WITHOUT ASSIST     SUPERVISION     MIN     MOD     MAX     X1     X2

__ PATIENT HAS INCREASED/ IMPROVED ROM FROM _____ TO _____ WITH _____

__ PATIENT HAS INCREASED STRENGTH TO _____ /5 WITH ADL FUNCTIONS AND/ OR WORK FUNCTIONS AND POSITIONS

__ PATIENT HAS IMPROVED FUNCTIONAL MOBILITY     POOR + + +     FAIR + + +     GOOD + + +     WFL     WNL

__ PATIENT HAS IMPROVED FUNCTIONAL STABILITY TO PERFORM SAFE ADL'S AND/OR WORK FUNCTIONS AND POSITIONS
POOR + + +     FAIR + + +     GOOD + + +     WFL     WNL

__ PATIENT IS SAFE WITH AMBULATION WITH/ OR WITHOUT ASSISTIVE DEVICE _____ FEET

COMMENTS: Pt. was seen & treated today. Pt. states that she felt deep aching pain on LS & b/s 6/10 & sharp pain on (L)arm & P/S 8/10. Pt. was able to tolerate all PT therapeutic exercises. Will continue current poc next tx. Pt. states that PT tx helps her yesterday.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MCR | WC | INS | MVA/INS | MVA/PIP | SP | | OTHER: (Circle one) |

_Maribel P. Banzon, PT_ (signature)

**Patient:** Dorothy Bird     **Time:** 1:30 pm

**Therapist:** Maribel P. Bauzon, PT     **Date:** 9/26/05

## DIAGNOSIS: _____     ## PHYSICIAN: _____

| | | |
|---|---|---|
| 97001 __ PT Initial Eval. | 97530 __ Therapeutic Activities | 97140 __ Mobilization |
| 97002 __ PT Re-Evaluation | __ Monark Ergometer ___ min | __ Extremity L / R |
| 95831 __ Man. Muscle Test | __ UBE ___ min | __ Spinal C - T - L - S |
| 95851 __ ROM Testing | __ Treadmill ___ min | __ TMJ |
| 97750 __ Cybex Testing | __ NordicTrack ___ min | __ Cranio Sacral |
| 97110 __ Therapeutic Exercises | __ Rower Ergometer ___ min | 97018 __ Paraffin to ___ / ___ min |
| __ Manual Resistance | 97531 __ Ther. Activities + 15 | 97035 (✓) __ U.S. (✓) W/cm2 ___ % ___ min. ) MHZ |
| __ Isokinetics | 97140 __ Manual Traction | 97014 __ Electr. Stim. To |
| __ Isotonics | __ Cervical | __ High Volt |
| __ Isometrics | __ Pelvic | __ Trigger Point |
| 97139 __ Ther. Ex. + 15 | 97012 __ Mech. Traction | __ EMS |
| 97110 (✓) __ ROM Treatment | __ Cervical | __ TNS |
| __ Active | __ Pelvic | __ IFC ___ Quad polar __ Bi-Polar |
| __ Active Assist. | 97124 __ Massage | __ MENS |
| __ Passive | __ Transfriction | 97720 __ Physical Reconditioning/ ___ Hrs. |
| ✓ Flexibility | __ NMM | 97520 __ Pre-Prost./ STP |
| 97112 __ PNF | __ effleurage/pretriss./tapotement | 64550 __ TENS/EMS Applic. |
| __ Upper Body | 90900 __ Biofeedback | 97033 __ Iontophoresis |
| __ Lower Body | 97504 __ Orthotics | 97535 __ Self Care Trng/ ADL |
| __ Trunk | 97501 __ Orthotics + 15 | 97537 __ Wrk. RE-int./Funct.Trng. |
| 97024 __ Diathermy | 97016 __ Jobst (Vasopneuma) | 97750 __ Functional Cap. Evaluation |
| 97032 __ E. Stim/ TENS | 97140 __ Soft Tissue Mobil. (STM) | 97545 __ Work Conditioning/ ___ Hrs. |
| 97026 __ Infra Red | __ Myofascial Release | 97542 __ Wheel Chr. Training |
| 97020 __ Micro Wave | __ Connective Tissue | 97546 __ Work Hardening/ ___ Hrs. |
| 97028 __ Ultra Violet | 97703 __ Prosthesis Check | 99456 __ Indep. Medical Exam. |
| 97116 __ Gaittraining | 97140 ✓ Manual Therapy | 97010 __ Hot Packs to |
| __ FWB'ing ___ ft w/ w/o assist. | | 97010 __ Cryo Therapy to ___ |
| __ PWB'ing ___ ft w/ w/o assist | | 97139 __ Taping |
| __ NWB'ing ___ ft w/ w/o assist | | 97036 __ Hydro Therapy |
| 97535 __ Home Exercise Program | | 97022 __ Whirlpool to ___ / ___ min |
| 99080 __ Special Report | | __ Small |
| 99039 __ Other | | __ Large |
| 99070 __ Educ. Materials | | 97034 __ Contrast Bath to ___ / ___ min |
| 99071 __ Supplies | | 97113 __ Aquatic Therapy |
| | | 97150 __ Group Therapy |

**GOALS STATUS:**

__ PATIENT AND/ OR CAREGIVER IS COMPETENT WITH HOME MAINTENANCE EXERCISE PROGRAM

__ PAIN LEVEL WITH ADL'S AND/ OR WORK ACTIVITIES AND POSITIONS ___ /10+ FROM ___ /10+

__ PATIENT IS SAFE IN TRANFERS WITH/ WITHOUT ASSIST     SUPERVISION     MIN     MOD     MAX     X1     X2

__ PATIENT HAS INCREASED/ IMPROVED ROM FROM     TO     WITH ___

__ PATIENT HAS INCREASED STRENGTH TO     /5 WITH ADL FUNCTIONS AND/ OR WORK FUNCTIONS AND POSITIONS

__ PATIENT HAS IMPROVED FUNCTIONAL MOBILITY     POOR + + +     FAIR + + +     GOOD + + +     WFL     WNL

__ PATIENT HAS IMPROVED FUNCTIONAL STABILITY TO PERFORM SAFE ADL'S AND/ OR WORK FUNCTIONS AND POSITIONS
POOR + + +     FAIR + + +     GOOD + + +     WFL     WNL

__ PATIENT IS SAFE WITH AMBULATION WITH/ OR WITHOUT ASSISTIVE DEVICE     FEET

**COMMENTS:** Pt. was seen & treated today. Pt. states that she felt deep aching pain on (L) arm & P/S 8/10. She felt better on her back problem. Was able to tolerate all PT therapeutic exercises & was cooperative. Pt. will continue current poc next tx, to emphasize on ↓ pain on (L) Arm.

MCR     WC     INS     MVA/INS     MVA/PIP     SP     OTHER: (Circle one)

MPB, PT

Case 3:05-cr-08810-JAH-JCCS Document 35-11 Filed 12/27/06 Page 21 of 76

**Patient:** Dorothy Bird

**Time:** 1:00pm

**Therapist:** Maribel P. Banzon, PT

**Date:** 10/3/05

## DIAGNOSIS:

## PHYSICIAN:

| | | | | | |
|---|---|---|---|---|---|
| 97001 | __ PT Initial Eval. | 97530 | __ **Therapeutic Activities** | 97140 | __ **Mobilization** |
| 97002 | __ PT Re-Evaluation | | __ Monark Ergometer ___ min | | __ Extremity L / R |
| 95831 | __ Man. Muscle Test | | __ UBE ___ min | | __ Spinal C - T - L - S |
| 95851 | __ ROM Testing | | __ Treadmill ___ min | | __ TMJ |
| 97750 | __ Cybex Testing | | __ NordicTrack ___ min | | __ Cranio Sacral |
| 97110 | __ Therapeutic Exercises | | __ Rower Ergometer ___ min | 97018 | __ Paraffin to ___ / ___ min |
| | __ Manual Resistance | 97531 | __ **Ther. Activities + 15** | (97035) | Ⅰ U.S. 1.5 W/cm2 ⟨80%⟩ 8 min. ⟨MHz⟩ |
| | __ Isokinetics | 97140 | __ **Manual Traction** | 97014 | __ Electr. Stim. To ___ / ___ min |
| | __ Isotonics | | __ Cervical | | __ High Volt |
| | __ Isometrics | | __ Pelvic | | __ Trigger Point |
| 97139 | __ Ther. Ex. + 15 | 97012 | __ **Mech. Traction** | | __ EMS |
| (97110) | __ ROM Treatment | | __ Cervical | | __ TNS |
| | __ Active | | __ Pelvic | | __ IFC __ Quad polar __ Bi-Polar |
| | __ Active Assist. | 97124 | __ **Massage** | | __ MENS |
| | __ Passive | | __ Transfriction | 97720 | __ Physical Reconditioning/ ___ Hrs. |
| | Ⅰ Flexibility | | __ NMM | 97520 | __ Pre-Prost./ STP |
| 97112 | __ PNF | | __ effleurage/pretriss./tapotement | 64550 | __ TENS/EMS Applic. |
| | __ Upper Body | 90900 | __ Biofeedback | 97033 | __ Iontophoresis |
| | __ Lower Body | 97504 | __ Orthotics | 97535 | __ Self Care Trng/ ADL |
| | __ Trunk | 97501 | __ Orthotics + 15 | 97537 | __ Wrk. RE-int./Funct.Trng. |
| 97024 | __ Diathermy | 97016 | __ Jobst (Vasopneuma) | 97750 | __ Functional Cap. Evaluation |
| 97032 | __ E. Stim/ TENS | 97140 | __ Soft Tissue Mobil. (STM) | 97545 | __ Work Conditioning/ ___ Hrs. |
| 97026 | __ Infra Red | | __ Myofascial Release | 97542 | __ Wheel Chr. Training |
| 97020 | __ Micro Wave | | __ Connective Tissue | 97546 | __ Work Hardening/ ___ Hrs. |
| 97028 | __ Ultra Violet | (97703) | __ Prosthesis Check | 99456 | __ Indep. Medical Exam. |
| 97116 | __ Gaittraining | 97140 | Ⅰ Manual Therapy | 97010 | __ Hot Packs to |
| | __ FWB'ing ___ ft w/ w/o assist. | | | 97010 | __ Cryo Therapy to |
| | __ PWB'ing ___ ft w/ w/o assist | | | 97139 | __ Taping |
| | __ NWB'ing ___ ft w/ w/o assist | | | 97036 | __ Hydro Therapy |
| 97535 | __ Home Exercise Program | | | 97022 | __ Whirlpool to ___ / ___ min |
| 99080 | __ Special Report | | | | __ Small |
| 99039 | __ Other ___ | | | | __ Large |
| 99070 | __ Educ. Materials | | | 97034 | __ Contrast Bath to ___ / ___ min |
| 99071 | __ Supplies ___ | | | 97113 | __ Aquatic Therapy |
| | | | | 97150 | __ Group Therapy |

## GOALS STATUS:

__ PATIENT AND/ OR CAREGIVER IS COMPETENT WITH HOME MAINTENANCE EXERCISE PROGRAM

__ PAIN LEVEL WITH ADL'S AND/ OR WORK ACTIVITIES AND POSITIONS ___ /10+ FROM ___ /10+

__ PATIENT IS SAFE IN TRANFERS WITH/ WITHOUT ASSIST SUPERVISION MIN MOD MAX X1 X2

__ PATIENT HAS INCREASED/ IMPROVED ROM FROM TO WITH ___

__ PATIENT HAS INCREASED STRENGTH TO /5 WITH ADL FUNCTIONS AND/ OR WORK FUNCTIONS AND POSITIONS

__ PATIENT HAS IMPROVED FUNCTIONAL MOBILITY POOR + + + FAIR + + + GOOD + + + WFL WNL

__ PATIENT HAS IMPROVED FUNCTIONAL STABILITY TO PERFORM SAFE ADL'S AND/OR WORK FUNCTIONS AND POSITIONS
POOR + + + FAIR + + + GOOD + + + WFL WNL

__ PATIENT IS SAFE WITH AMBULATION WITH/ OR WITHOUT ASSISTIVE DEVICE ___ FEET

**COMMENTS:** Pt. was seen & treated today. Pt. states that she felt pain on lower back ⊙ Ⓛ arm ⊙ P/S 5/10 J pt. has decreased pain level ⊙ standing & sitting ft. P/S 6/10 to P/S 5/10 J pt. was able to tolerate all PT therapeutic exercise. Pt. will continue current POC next tx.

| MCR | WC | INS | MVA/INS | MVA/PIP | SP | OTHER: | (Circle one) |
|---|---|---|---|---|---|---|---|

**Patient:** Dorothy Bird     **Time:** 1:30 PM

**Therapist:** Maribel P. Banzon, PT.     **Date:** 10/05/05

## DIAGNOSIS:        PHYSICIAN:

| Code | Procedure | Code | Procedure | Code | Procedure |
|---|---|---|---|---|---|
| 97001 | __ PT Initial Eval. | 97530 | __ Therapeutic Activities | 97140 | __ Mobilization |
| 97002 | __ PT Re-Evaluation | | __ Monark Ergometer ___ min | | __ Extremity L / R |
| 95831 | __ Man. Muscle Test | | __ UBE ___ min | | __ Spinal C - T - L - S |
| 95851 | __ ROM Testing | | __ Treadmill ___ min | | __ TMJ |
| 97750 | __ Cybex Testing | | __ NordicTrack ___ min | | __ Cranio Sacral |
| 97110 | __ Therapeutic Exercises | | __ Rower Ergometer ___ min | 97018 | __ Paraffin to _____ / ___ min |
| | __ Manual Resistance | 97531 | __ Ther. Activities + 15 | (97035) | ) U.S. 1.5 W/cm2 ___ % 8 min. im2c |
| | __ Isokinetics | 97140 | __ Manual Traction | 97014 | __ Electr. Stim. To _____ / ___ min |
| | __ Isotonics | | __ Cervical | | __ High Volt |
| | __ Isometrics | | __ Pelvic | | __ Trigger Point |
| 97139 | __ Ther. Ex. + 15 | 97012 | __ Mech. Traction | | __ EMS |
| (97110) | __ ROM Treament | | __ Cervical | | __ TNS |
| | __ Active | | __ Pelvic | | __ IFC __ Quad polar __ Bi-Polar |
| | __ Active Assist. | 97124 | __ Massage | | __ MENS |
| | __ Passive | | __ Transfriction | 97720 | __ Physical Reconditioning/ ___ Hrs. |
| | ‖ Flexibility | | __ NMM | 97520 | __ Pre-Prost./ STP |
| 97112 | __ PNF | | __ effleurage/pretriss./tapotement | 64550 | __ TENS/EMS Applic. |
| | __ Upper Body | 90900 | __ Biofeedback | 97033 | __ Iontophoresis |
| | __ Lower Body | 97504 | __ Orthotics | 97535 | __ Self Care Trng/ ADL |
| | __ Trunk | 97501 | __ Orthotics + 15 | 97537 | __ Wrk. RE-int./Funct.Trng. |
| 97024 | __ Diathermy | 97016 | __ Jobst (Vasopneuma) | 97750 | __ Functional Cap. Evaluation |
| 97032 | __ E. Stim/ TENS | 97140 | __ Soft Tissue Mobil. (STM) | 97545 | __ Work Conditioning/ _____ Hrs. |
| 97026 | __ Infra Red | | __ Myofascial Release | 97542 | __ Wheel Chr. Training |
| 97020 | __ Micro Wave | | __ Connective Tissue | 97546 | __ Work Hardening/ _____ Hrs. |
| 97028 | __ Ultra Violet | | __ Prosthesis Check | 94966 | __ Indep. Medical Exam. |
| 97116 | __ Gaittraining | 97703 | | 97010 | __ Hot Packs to |
| | __ FWB'ing _____ ft w/ w/o assist. | (97140) | 2 Manual Therapy | 97010 | __ Cryo Therapy to _____ |
| | __ PWB'ing _____ ft w/ w/o assist | | | 97139 | __ Taping |
| | __ NWB'ing _____ ft w/ w/o assist | | | 97036 | __ Hydro Therapy |
| 97535 | __ Home Exercise Program | | | 97022 | __ Whirlpool to _____ / ___ min |
| 99080 | __ Special Report | | | | __ Small |
| 99039 | __ Other _____ | | | | __ Large |
| 99070 | __ Educ. Materials | | | 97034 | __ Contrast Bath to _____ / ___ min |
| 99071 | __ Supplies _____ | | | 97113 | __ Aquatic Therapy |
| | | | | 97150 | __ Group Therapy |

## GOALS STATUS:

___ PATIENT AND/ OR CAREGIVER IS COMPETENT WITH HOME MAINTENANCE EXERCISE PROGRAM

___ PAIN LEVEL WITH ADL'S AND/ OR WORK ACTIVITIES AND POSITIONS _____ /10+ FROM _____ /10+

___ PATIENT IS SAFE IN TRANFERS WITH/ WITHOUT ASSIST    SUPERVISION    MIN    MOD    MAX    X1    X2

___ PATIENT HAS INCREASED/ IMPROVED ROM FROM      TO      WITH _____

___ PATIENT HAS INCREASED STRENGTH TO    /5 WITH ADL FUNCTIONS AND/ OR WORK FUNCTIONS AND POSITIONS

___ PATIENT HAS IMPROVED FUNCTIONAL MOBILITY   POOR + + +    FAIR + + +    GOOD + + +    WFL    WNL

___ PATIENT HAS IMPROVED FUNCTIONAL STABILITY TO PERFORM SAFE ADL'S AND/OR WORK FUNCTIONS AND POSITIONS
        POOR + + +    FAIR + + +    GOOD + + +    WFL    WNL

___ PATIENT IS SAFE WITH AMBULATION WITH/ OR WITHOUT ASSISTIVE DEVICE _____ FEET

**COMMENTS:** Pt. was seen & treated today. Pt. states that she felt pain on lower back & (L) arm upon walking. Pt. pls 5/10. Pt. was able to do all in therapeutic exercises. Pt. will continue current POC next tx. Pt. is progressing well on her therapy.

| MCR | WC | INS | MVA/INS | MVA/PIP | SP | OTHER: | (Circle one) |
|---|---|---|---|---|---|---|---|

Name **Bird Dorothy**    **#6140**    SS# _____    Page # _____

| DATE | NOTES |
|------|-------|
| 11-3-05 | |

BIRD, DOROTHY    11/3/05
#6140

S: This 76 year-old lady comes in stating she fell down in Winn-Dixie. The firs time she came in she stated it was 10 days prior, on 9/2/05. The patient states she had this injury while she was in Winn-Dixie. She is having pain in her left arm and left shoulder. The patient was seen previously by Dr. Levy, the orthopedic, and he diagnosed rotator cuff tear, but I don't have any record of that and the first time the patient was seen in our office was 9/2/05. The patient was given Vicodin ES, an anti-inflammatory and physical therapy. She has not been able to have the physical therapy done. She states she was going to go back to her original doctor, Dr. Levy, who knows her case because she is having pain and she has not worked ever since.

O: Lungs - clear. Heart - regular. Abdomen - soft. She has some pain and tenderness upon moving her left arm but she is able to move it and rotate it well to some extent, up to about 90 degrees.

P: She was advised to continue on the anti-inflammatory, see a physical therapist and orthopedic for further evaluation of her symptoms since there is not much we can do for her from a medical aspect and she needs more of an orthopedic type of care. Continue on the present medication and follow-up accordingly.

D. Ballestas, M.D./dct    DD: 11/3/05    DT: 11/4/05

The safety and efficacy of levofloxacin in pediatric patients, adolescents (under 18), pregnant women, and nursing mothers have not been established. Levofloxacin is contraindicated in persons with a history of hypersensitivity to levofloxacin, quinolone antimicrobial agents, or any other components of this product. Serious and occasionally fatal hypersensitivity and/or anaphylactic reactions have been reported in patients receiving therapy with quinolones, including levofloxacin. These reactions often occur following the first dose. The drug should be discontinued at the first appearance of a skin rash or any other sign of hypersensitivity.

Antacids containing magnesium or aluminum, as well as sucralfate, metal cations such as iron, and multivitamin preparations with zinc, or Videx* (didanosine) chewable/buffered tablets or the pediatric powder for oral solution, should be taken at least 2 hours before or 2 hours after levofloxacin administration.

For information on Warnings, Precautions, and additional Adverse Reactions that may occur, regardless of drug relationship, please see full Prescribing Information.

REFERENCES: 1. Dunbar LM, Wunderink RG, Habib MP, et al. High-dose, short-course levofloxacin for community-acquired pneumonia: a new treatment paradigm. Clin Infect Dis. 2003;37:752-760. 2. Perez-Gorricho B, Ripoll M, PACE Study Group. Does short-course antibiotic therapy better meet patient expectations? Int J Antimicrob Agents. 2003;21:222-228.

**Levaquin®**
ONCE-A-DAY
(levofloxacin) Tablets/Injection
(levofloxacin in 5% dextrose) Injection
the right choice...now more than ever
*Videx is a registered trademark of Bristol-Myers Squibb Company.
Please see accompanying full Prescribing Information.

© OMP 2004    02R10809B    5/04



9/20/05

DB

## Medical Pavillion Clinic
2525 Harbor Boulevard, Suite 102
Port Charlotte, FL 33952
Phone: 941-629-9190
**David Ballestas, MD - Medical Director**

| | | | | |
|---|---|---|---|---|
| Name: | **BIRD, DOROTHY E** | | Accession: | **10559** |
| Patient Number: | 6140 | | Fasting: | YES |
| Birth: | 5/31/1929 | Age: 76 years   Sex: F | Collected/Drawn: | 9/19/2005 08:53 AM |
| | | | Received in Lab: | 9/19/2005 08:53 AM |
| Doctor: | THOMPSON PAC, JOANNE | | | |
| Home Phone: | (941)743-9015 | | | |

| Test Name | Result | Units | Flag | Reference Range |
|---|---|---|---|---|

### COMP MET PANEL
*Run By: RVK on 9/19/2005 at 10:25 AM*

| Test Name | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Glucose | 95 | mg/dL | | 70 - 108 |
| BUN | 22 | mg/dL | | 7 - 25 |
| Creatinine | 0.6 | mg/dL | | 0.5 - 1.4 |
| B/C Ratio | 36.7 | Ratio | | |
| Sodium | 145 | mmol/L | | 133 - 148 |
| Potassium | 4.9 | mmol/L | | 3.5 - 5.3 |
| Chloride | 109 | mmol/L | | 96 - 111 |
| CO2 | 25 | mEq/L | | 21 - 33 |
| Anion Gap | 11.0 | mmol/L | | |
| Calcium | 8.6 | mg/dL | | 8.4 - 11.0 |
| Total Protein | 6.3 | g/dL | | 5.9 - 8.4 |
| Albumin | 4.1 | g/dL | | 3.6 - 5.0 |
| Globulin | 2.2 | g/dL | | |
| A/G Ratio | 1.9 | Ratio | | 1.1 - 2.5 |
| AST | 29 | U/L | | 2 - 50 |
| ALT | 30 | U/L | | 30 - 65 |
| Alk Phos | 78.0 | U/L | | 20.0 - 125.0 |
| Total Bili | 0.6 | mg/dL | | 0.0 - 1.5 |

### LIPID PANEL
*Run By: RVK on 9/19/2005 at 10:25 AM*

| Test Name | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Cholesterol | 187 | mg/dL | | 0 - 200 |
| Triglyceride | 85 | mg/dL | | 30 - 200 |
| HDL | 48 | mg/dL | | 35 - 60 |

<35 mg/dl; low HDL cholesterol (major risk factor for CHD)
>60 mg/dl; high HDL cholesterol ('negative' risk factor for CHD)

### Direct LDL
*Run By: RVK on 9/19/2005 at 10:25 AM*

| Test Name | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Direct LDL | 127 | mg/dl | **HIGH** | 4 - 100 |

RV 9/26/05

9/21/05

Will discuss @ OV

# Medical Pavillion Clinic
### 2525 Harbor Boulevard, Suite 102
### Port Charlotte, FL 33952
### Phone: 941-629-9190
### David Ballestas, MD – Medical Director

| | | | | |
|---|---|---|---|---|
| Name: | **BIRD, DOROTHY E** | | Accession: | **10559** |
| Patient Number: | 6140 | | Fasting: | YES |
| Birth: | 5/31/1929 | Age: 76 years    Sex: F | Collected/Drawn: | 9/19/2005 08:53 AM |
| Doctor: | THOMPSON PAC, JOANNE | | Received in Lab: | 9/19/2005 08:53 AM |
| Home Phone: | (941)743-9015 | | | |

| Test Name | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| **CBC** | | | | *Run By: RVK on 9/19/2005 at 10:38 AM* |
| WBC | 4.4 | K/µL | | 4.1 - 10.9 |
| RBC | 4.21 | M/µL | | 4.20 - 6.30 |
| HGB | 11.9 | g/dL | LOW | 12.0 - 18.0 |
| HCT | 37.4 | % | | 36.0 - 51.0 |
| PLT | 253 | K/µL | | 140 - 440 |
| MCV | 88.8 | fL | | 80.0 - 97.0 |
| MCH | 28.3 | pg | | 26.0 - 32.0 |
| MCHC | 31.8 | g/dL | | 31.0 - 36.0 |
| RDW | 15.2 | % | HIGH | 11.5 - 14.5 |
| Lymph % | 31.4 | % | | 10.0 - 50.0 |
| Mid % | 8.2 | % | | 0.0 - 12.0 |
| Gran % | 60.4 | % | | 37.0 - 92.0 |
| Lymph # | 1.4 | K/µL | | 0.6 - 3.4 |
| Mid # | 0.4 | K/µL | | 0.0 - 1.8 |
| Gran # | 2.7 | K/µL | | 2.0 - 7.8 |
| **Urinalysis** | | | | *Run By: RVK on 9/19/2005 at 09:54 AM* |
| Color | YELLOW | | | Yellow |
| Appearance | CLEAR | | | Clear |
| Glucose | NEG | | | Negative |
| Bilirubin | NEG | | | Negative |
| Ketone | NEG | | | Negative |
| Spec Grav | 1.020 | | | 1.005 - 1.035 |
| Blood | NEG | | | Negative |
| pH | 5.5 | | | 5.0 - 9.0 |
| Protein | NEG | | | Negative |
| Urobilinogen | 0.2 | | | 0.2 - 1.0 |
| Nitrite | NEG | | | Negative |
| LEUKOCYTES | NEG | | | NEGATIVE |

TSH SENT TO SUNCOAST

*ßk    9-19-05*

Accession: 10559    Patient Number: 6140
Lab Results For: BIRD, DOROTHY E

```
SUNCOAST LABS              7552795                     6590
2955 SE 3rd COURT          BIRD,DOROTHY               BALLESTAS
OCALA, FL  34471            AGE: 76  SEX: F           DAVID S M.D.
(352) 622-7000             Phone# 941-743-9015        2525 HARBOR BLVD #102
                          Coll: 09/19/05  8:15 AM     PORT CHARLOTTE, FL 33952
LABORATORY REPORT         RPT : 09/20/05 08:30 AM    3  #(941)629-9190\9416252751
                                                      R/S: STPETE/DR'S OFFICE
```

===============================================================================
```
                           ----- RANGE -----
TEST NAME                 OUTSIDE   WITHIN    UNITS          REFERENCE
----------------------------------------------------------------------------

hTSH
  TSH                                2.10     uIU/mL         0.34 - 5.60
```


**       FINAL REPORT   **BIRD,DOROTHY

## DAVID S. BALLESTAS, M.D., P.A.

11 *Dorthw Birk*

### HISTORY AND PHYSICAL

INTERNAL MEDICINE

| DRUG ALLERGIES | | FAMILY HISTORY | | | | | |
|---|---|---|---|---|---|---|---|
| *None* | | Fthr | Mthr | Fthrs Pnts | Mthrs Pnts | Sibs | Child |
| **CURRENT MEDS** | Heart disease | | | | | | |
| | Hypertension | | | | | | |
| *See list* | Stroke | | | | | | |
| | Cancer | | | | | | |
| | Glaucoma | | | | | | |
| | Diabetes | | ✓ | | | | |
| | Epilepsy | | | | | | |
| | Kidney disease | | | | | | |
| | Thyroid disease | | | | | | |
| | Mental Illness | | | | | | |

### HOSPITALIZATION OR SURGERY

| Reason | Date | Reason | Date |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Women Only:  G-              P-              A-              LMP-

### PAST MEDICAL HISTORY

| | | | |
|---|---|---|---|
| ☐ Pneumonia | ☐ Epilepsy | ☐ Shortness of breath | ☐ |
| ☐ Rheumatic fever | ☑ Allergies / Hay fever | ☑ Heart palpitations | ☐ |
| ☐ Veneral disease | ☐ Asthma | ☐ Heart murmer | ☐ |
| ☐ Renal disease | ☐ COPD | ☐ Chest pain / Angina | ☐ |
| ☐ Liver disease | ☐ Ulcer | ☐ Diabetes | ☐ |
| ☐ Anemia | ☐ G I disorder | ☐ M I | ☐ |
| ☐ Gout | ☐ Cong. heart failure | ☐ Hypertension | ☐ |
| ☐ Stroke / TIA's | ☑ Arthritis | ☑ Cholesterol | ☐ |
| ☐ Arrhythmia | ☑ Anxiety | ☐ | ☐ |

| | | |
|---|---|---|
| ☐ SMOKE: | Packs daily | How long | When stopped |
| ☐ Alcohol:Type / Amount | | ☐ Coffe: | Cups daily |

Patient Name: BIRD, DOROTHY E
Unit No: F000120211

**DAVID BALLESTAS MD**
**2525 HARBOR BLVD. SUITE 102**
**PORT CHARLOTTE, FL 33952**

Exams: 000597540 SHOULDER, LEFT, 000597541 ELBOW, LEFT,
000597542 HIP, LEFT, 000597543 KNEE, RIGHT,
000597544 ANKLE, RIGHT,
000597545 SPINE, LUMBAR W/OBLIQUES, 000597559 PELVIS

PELVIS

**CLINICAL HISTORY:**  Trauma.

There is a density overlying the left side of the pelvis at the inner
border.  This may represent a bone island or exostosis. It could also
be due to density within bowel, but this is not seen in all views
overlying the bowel and therefore, I feel this is more likely related
to the bones. I see no evidence of fracture of the pelvis.

**CONCLUSION:**

Question dense bone island or exostosis.

LEFT HIP, TWO VIEWS

**CLINICAL HISTORY:**  Trauma.

AP and steep oblique views of the hip were performed.  There is no
evidence of fracture.  The acetabular rims are well preserved and the
femoral head and neck are unremarkable.  The trochanters are smooth
and without defect.  There is no evidence of joint space effusion or
underlying trabecular lesion.

**IMPRESSION:**

Negative study of the hips.

LEFT SHOULDER, THREE VIEWS

**CLINICAL HISTORY:**  Trauma.

I see no evidence of soft tissue swelling.  There is no evidence of
fracture, dislocation or subluxation.  The regional osseous structures

PAGE 1                DAVID BALLESTAS MD                    (Continued)

**FAWCETT MEMORIAL HOSPITAL**          Name: BIRD,DOROTHY E
**21298 OLEAN BLVD.**                  Phys: BAL.DA - BALLESTAS,DAVID MD
**PORT CHARLOTTE, FL 33952-6765**      DOB: 05/31/1929 Age: 76    Sex: F
                                       Acct No: F09015769 Loc: F.RAD
**Phone #: 941-627-6190**              Exam Date: 09/02/2005 Status: REG CLI
  **Fax #: 941-624-2639**              Radiology No: 126393

9/6/05

Patient Name: BIRD,DOROTHY E
Unit No: F000120211

Exams: 000597540 SHOULDER, LEFT, 000597541 ELBOW, LEFT,
       000597542 HIP, LEFT, 000597543 KNEE, RIGHT,
       000597544 ANKLE, RIGHT,
       000597545 SPINE, LUMBAR W/OBLIQUES, 000597559 PELVIS
<Continued>

appear normal.

CONCLUSION:

Normal study.

RIGHT KNEE, THREE VIEWS

**CLINICAL HISTORY:**   Trauma.

There is hypertrophy of the medial and lateral intercondylar eminence
of the tibial plateau consistent with arthritis.  I see no evidence of
acute fracture, dislocation or subluxation.

**CONCLUSION:**

Arthritis.

LUMBAR SPINE, FIVE VIEWS

**CLINICAL HISTORY:**   Trauma.

Examination reveals atherosclerotic calcified plaque in the abdominal
aorta.

I see no evidence of acute fracture, dislocation, or subluxation. The
bodies of the lumbar spine are well aligned and intact.  There is some
minimal arthritis at L5-S1 bilaterally.

**CONCLUSION:**

Normal lumbar spine with the exception of facet arthritis at L5-S1
bilaterally.

RIGHT ANKLE

PAGE 2              DAVID BALLESTAS MD                (Continued)

**FAWCETT MEMORIAL HOSPITAL**          Name: BIRD,DOROTHY E
**21298 OLEAN BLVD.**                  Phys: BAL.DA - BALLESTAS,DAVID MD
**PORT CHARLOTTE, FL 33952-6765**      DOB: 05/31/1929 Age: 76      Sex: F
                                       Acct No: F09015769 Loc: F.RAD
**Phone #: 941-627-6190**              Exam Date: 09/02/2005 Status: REG CLI
  **Fax #: 941-624-2639**              Radiology No: 126393

Patient Name: BIRD,DOROTHY E
      Unit No: F000120211

      Exams: 000597540 SHOULDER, LEFT, 000597541 ELBOW, LEFT,
             000597542 HIP, LEFT, 000597543 KNEE, RIGHT,
             000597544 ANKLE, RIGHT,
             000597545 SPINE, LUMBAR W/OBLIQUES, 000597559 PELVIS
   <Continued>

**CLINICAL HISTORY:**   Trauma.

I see no evidence of soft tissue swelling.  There is no evidence of
fracture, dislocation or subluxation.  The regional osseous structures
appear normal.

CONCLUSION:

Normal study.

LEFT ELBOW

**CLINICAL HISTORY:**   Trauma.

I see no evidence of soft tissue swelling.  There is no evidence of
fracture, dislocation or subluxation.  The regional osseous structures
appear normal.

CONCLUSION:

Normal study.

                   -----------------------------------------
                   ** Manually signed by B.H. Bielfelt, DO **
                   Reported and Signed by: B.H. Bielfelt, DO


CC: DAVID BALLESTAS MD

Technologist: DAVID J SELBO, R.T.
Transcribed Date/Time: 09/02/2005 (1749)
Transcriptionist: FRD:HLE
Advanced To Signed Date/Time/User: 09/03/2005 1249 FRD:BEV
Orig Print D/T: D: 09/02/2005 (1817)   S: 09/03/2005 (1249)   Batch No: N/A

PAGE 3          DAVID BALLESTAS MD

**FAWCETT MEMORIAL HOSPITAL**        Name: BIRD,DOROTHY E
**21298 OLEAN BLVD.**               Phys: BAL.DA - BALLESTAS,DAVID MD
**PORT CHARLOTTE, FL 33952-6765**    DOB: 05/31/1929 Age: 76    Sex: F
                                    Acct No: F09015769 Loc: F.RAD
**Phone #: 941-627-6190**            Exam Date: 09/02/2005 Status: REG CLI
  **Fax #: 941-624-2639**            Radiology No: 126393

08/31/06

PATIENT FINANCIAL HISTORY BY DT SERVICE                Page   1

SARASOTA ARTHRITIS CENTER

Accounts 40316 - 40316   All Dates

| Acct  Date | Dep # | Name | Dr#  Procedure | Ref Dt | Diag | Units | Amount |
|---|---|---|---|---|---|---|---|
| 0316  BIRD, DOROTHY | | | Previous Balance : | | | | |
| 12/08/05 | 0 | BIRD, DOROTHY | 36   99213 | OV EST PT L | | 71590 | 1.00 | 51.42 |
| 01/03/06 | | Check Payment | ERS122805 | Medi #1 | 01/03/06 | | | -41.14 |
| 01/13/06 | | Check Payment | 109309226 | Ins #809 | 12/08/05 | | | -10.28 |
| 01/19/06 | 0 | BIRD, DOROTHY | 36   99214 | OV EST PT M | | 71590 | 1.00 | 80.79 |
| 02/02/06 | 0 | BIRD, DOROTHY | 36   99214 | OV EST PT M | | 7295 | 1.00 | 80.79 |
| 02/13/06 | | Check Payment | ERS020706 | Medi #1 | 02/13/06 | | | -38.28 |
| 02/13/06 | | Adjustment (3) | ERS020706 | Medicare Adjustment | 02/13/06 | | | -3.89 |
| 02/22/06 | | Check Payment | 109414634 | Ins #809 | 01/19/06 | | | -9.57 |
| 02/23/06 | 0 | BIRD, DOROTHY | 36   99213 | OV EST PT L | | 71590 | 1.00 | 51.42 |
| 02/24/06 | | Cash Payment | | Patient | 01/19/06 | | | -30.00 |
| 02/24/06 | | Check Payment | ERS022106 | Medi #1 | 02/24/06 | | | -64.45 |
| 02/24/06 | | Adjustment (3) | ERS022106 | Medicare Adjustment | 02/24/06 | | | -0.23 |
| 03/06/06 | | Check Payment | 109435151 | Ins #809 | 02/02/06 | | | -16.11 |
| 03/17/06 | | Check Payment | ERS031406 | Medi #1 | 03/17/06 | | | -41.01 |
| 03/17/06 | | Adjustment (3) | ERS031406 | Medicare Adjustment | 03/17/06 | | | -0.16 |
| 03/23/06 | 0 | BIRD, DOROTHY | 36   99214 | OV EST PT M | | 71590 | 1.00 | 80.79 |
| 03/31/06 | | Check Payment | 109506172 | Ins #809 | 02/23/06 | | | -10.25 |
| 04/19/06 | | Check Payment | ERS041106 | Medi #1 | 04/19/06 | | | -64.45 |
| 04/19/06 | | Adjustment (3) | ERS041106 | Medicare Adjustment | 04/19/06 | | | -0.23 |
| 05/08/06 | | Check Payment | 109603548 | Ins #809 | 03/23/06 | | | -16.11 |
| 05/18/06 | 0 | BIRD, DOROTHY | 36   99213 | OV EST PT L | | 72611 | 1.00 | 51.42 |
| 06/09/06 | | Check Payment | ERS060606 | Medi #1 | 06/09/06 | | | -41.01 |
| 06/09/06 | | Adjustment (3) | ERS060606 | Medicare Adjustment | 06/09/06 | | | -0.16 |
| 06/12/06 | 0 | BIRD, DOROTHY | 36   99214 | OV EST PT M | | 71941 | 1.00 | 80.79 |
| 06/29/06 | | Check Payment | 109734509 | Ins #809 | 05/18/06 | | | -10.25 |
| 07/05/06 | | Check Payment | ERS062706 | Medi #1 | 07/05/06 | | | -64.45 |
| 07/05/06 | | Adjustment (3) | ERS062706 | Medicare Adjustment | 07/05/06 | | | -0.23 |
| 08/10/06 | 0 | BIRD, DOROTHY | 36   99213 | OV EST PT L | | 71590 | 1.00 | 51.42 |
| 08/11/06 | | Check Payment | 109824802 | Ins #809 | 06/12/06 | | | -16.11 |

40316

# Sarasota Arthritis Center

Weitzner  Yonker  Kaine  Small  Drucker  Ikeman  (Huguenin)  Mills  Garzon

Name _Dorothy Bird_  Date _12/8/05_  Wt _176_  Ht ___  BP _120/90_  P _80_  DOB _5·31·29_

Diagnoses:  RA  PMR/ TA  PM/DM  OP  OA_____  SS  SLE  PsA  FM.  DM  ASHD  ↑BP  (↑chol)

COPD  GERD  CRF  ANEMIA  UTI  NEUROPATHY  CTD  ↓T4 ___  _Shoulder rotator cuff tear_

CC:  f/u
of _____ _OA / polyarthralg°_ .

HPI:

_Shoulder achy mostly ①arm & ②Ot leg since fall without fracture in Sept_

_# fell in Sept 05 at Winn Dixie slip on grapes on floor since ①Lot hip & ②arm sore_
_B₁ fell onto knys done at Fawcett Hospital did not see fx. ②Shoulder ROM limited_

MEDS  no changes  (see list) _____

|  | + / - |
|---|---|
| **Constitutional:**  Fever  Chills  Wt loss  Night sweats  Fatigue | |
| **Eyes:**  Visual Δ  Blurring  Temporal HA  Dryness  Red eye | |
| **ENT:**  Sicca  Stomatitis  Dysphagia  Sinusitis | |
| **CV:**  Chest-wall  Angina  Pericardial  Atyp  Palpitations | |
| **Resp:**  Cough  SOB  Sputum  Wheeze | |
| **GI:**  N  V  Bleeding  Diarrhea  Constipation  Dyspepsia  LAP | |
| **GU:**  Dysuria  Frequency  Hematuria  Dysparunia | |
| **Neuro:**  HA  Neuropathy  Restless-leg  Insomnia  Weakness | |
| **Psyc:**  Depression  Confusion  Delusional | |
| **Endocrine:**  Polyuria  Polydipsia  Nocturia  Change hair | |
| **Skin (&breast):**  Rashes  Dryness  Pruritis  Masses | |
| **Heme:**  L nodes | |
| **Allergic sx/ Drug AE:** | |
| **Musculoskeletal:**  spinal pain  radicular  swelling | |

PMH:  reviewed date _3/24/05_  with additions: ____  _11.6/05  IM pt's own_
_Depomedrol 40mg_
FH/SH: _no change____ reviewed date _3/24/05_  _injection helped_

## Examination

**Constitution:**  (NAD)/appearance nl  acute-ill  chronic ill  cushingoid
**Eyes:**  conj/lids/pupils/ iris:  PERRLA  _NL_ _____
**ENT:**  inspect/lips/tongue _NL_ _____  stomatitis  dryness
**LN:**  neck _____  axillae _____  thyroid _____  _ALL NL_
**Respiratory**  (effort/ perc/palp _NL_ )
        Ausc:  _NL_  rales  rhonchi  decreased bs _____
**CV:**  palp _NL_ _____  ausc _NL_ murmur _____  S3  S4  ectopy
        varicosities _____  Edema _____

**GI:**    Liver/Spleen *NL*_____    Masses/ tenderness/ BS    *NL*_____

Obesity_____

**Skin:** inspect/palp  nodules/infarcts/eccymoses  UE LE  Bilat

No rash

**Pulses:** DP   PT   Femoral    *NL*

temporal, carotid, aortic    *NL*

bruits (carotids)   *L   R*

**Neuro/ Psyc:** FNF/f CN/f_ *NL*_____

DTRs  *NL*

Muscle Strength  *NL*

Sensory exam   *NL*_____

Mood/Affect/Orientation_ *NL*_____

SER  *pos  neg*   SS   *pos  neg*

Memory  *NL*  impairment:  mild  mod  severe

**Station/Gait:** *NL*_____

**MSK:** (inspect/palp/ROM/stability)

| /=tenderness    X=tenderness w **ROM**    /•=synovitis |

**Decision Making:**

Records reviewed/requested_____ *No*_____

Labs/Dx studies ordered

Education and Counseling    ☐ Principles of Joint Protection  ☐ Diet and Weight Loss  ☐ Exercise  ☐ Stopping Smoking
☐ Disease Course and Prognosis  ☐ Osteoporosis Treatment and Prevention  ☐ Compliance issues  ☐ Research protocols
☐ New Advances in Research   ☐ Family issues  ☐ Depression counseling ☐ Economic issues ☐ Drug-Drug interactions
☐ ADRs of_____☐ NSAIDs  ☐ MTX  ☐ Steroids  ☐ Biologics  ☐ Pain Meds  ☐ Arava  ☐ Bisphosphonates

Overall Difficulty:        mild        (moderate)        complex

Physicians Global Assess :   poor/deteriorating   (stable/good)   improving

RV & reason:_____ f/u   Jan 06

**Assessment/Plan:**        **Dictation:**    yes   (no)

OA/Polyarthralgies                — Continue current RX .

recent myalgia ⊕ Lt hip           — IM Depomedrol     40mg IM ⊕ au

trochanteric bursitis              (pt's own Depomedrol 80mg/mL vial valid until 20__)

c ⊕ med arm intermittent pain

40316

## Sarasota Arthritis Center

Weitzner  Yonker  Kaine,  Small  Drucker  Ikeman  (Huguenin)  Mills  Garzon

Name _Dorothy Bird_  Date _1/19/06_  Wt _177_  Ht ___  BP _120/60_ P _76_  DOB _3.31.29_

Diagnoses:  RA  (PMR/ TA  PM/DM  OP  (OA)  SS  SLE  PsA  FM  DM  ASHD  ↑BP  ↑chol

COPD  GERD  CRF  ANEMIA  UTI  NEUROPATHY  CTD  ↓T4  (R) Shoulder rotator cuff tear

CC; f/u
of ___  (R) polyarthralgias  (L) arm / (L) lt hip persistent pain

HPI:  pain present in (L) arm along biceps tender on flexion forearm to arm
& on (L) lt hip very tender to touch & unable to lye a that side in bed
Pt limited to ROM of LUE rec pain in (L) arm  Depo medrol injection
did not help significantly pain free

MEDS  (no changes   see list) _Namxce_                          + / -

| | | + | | - |
|---|---|---|---|---|
| **Constitutional:** | Fever  Chills   Wt loss   Night sweats   Fatigue | | | |
| **Eyes:** | Visual Δ  Blurring   Temporal HA   Dryness  Red eye | | | |
| **ENT:** | Sicca   Stomatitis   Dysphagia   Sinusitis | | | |
| **CV:** | Chest wall  Angina   Pericardial  Atyp   Palpitations | | | |
| **Resp:** | Cough  SOB  Sputum   Wheeze | | | |
| **GI:** | N  V  Bleeding  Diarrhea  Constipation  Dyspepsia  LAP | | | |
| **GU:** | Dysuria  Frequency  Hematuria  Dysparunia | | | |
| **Neuro:** | (HA)  Neuropathy   Restless-leg   Insomnia  Weakness | | | |
| **Psyc:** | Depression  Confusion  Delusional | | | |
| **Endocrine:** | Polyuria  Polydipsia  Nocturia   Change hair | | | |
| **Skin (&breast):** | Rashes  Dryness  Pruritis   Masses | | | |
| **Heme:** | ± nodes | | | |
| **Allergic sx / Drug AE':** | | | | |
| **Musculoskeletal:** | spinal pain  radicular   swelling | | | |

PMH:  reviewed date _3/24/05_ with additions: _11_

FH/SH:  (no change)   reviewed date _3/24/05_

## Examination

**Constitution:**  (NAD/appearance nl)  acute-ill   chronic ill   cushingoid

**Eyes:**  conj/lids/pupils/ iris:  PERRLA  _NL_

**ENT:**  inspect/lips/tongue  _NL___  stomatitis   dryness

**LN:**  neck ___  axillae ___  thyroid ___  _ALL NL_

**Respiratory:**  effort/ perc/palp _NL___
     Ausc:  _NL_ rales   rhonchi   decreased bs ___

**CV:**  palp _NL___  ausc _NL_ murmur ___  S3  S4  ectopy
     varicosities ___  Edema _1∅_

**GI:**    Liver/Spleen ~~NL~~    Masses/ tenderness/ BS   ~~NL~~

Obesity

**Skin:** inspect/palp  nodules/infarcts/eccymoses  UE LE  Bilat
No rash

**Pulses:** DP  PT  Femoral    ~~NL~~
temporal, carotid, aortic    ~~NL~~
bruits (carotids)  L  R

**Neuro/ Psyc:** FNF/ CN// _ ~~NL~~
DTRs  ~~NL~~
Muscle Strength  ~~NL~~
Sensory exam   ~~NL~~
Mood/Affect/Orientation  NL
SLR  pos  neg   SS  pos  neg
Memory  NL  Impairment:  mild  mod  severe

**Station/Gait:**  NL

**MSK:** (inspect/palp/ROM/stability)

/=tenderness    X=tenderness w ROM    /●=synovitis



(✱)  Hydrocodone 5/325 one at bedtime for 5 days then twice a day as needed pt told to watch for sleepiness no driving when take
& no Fioricet or flexeril

**Decision Making:**
Records reviewed/requested  pt brings Xrays to review have done & do? pt have pelvis/hip + L knee
Labs/Dx studies ordered  CBC/Plt  CMP to monitor Naprosyn

Education and Counseling — □ Principles of Joint Protection  □ Diet and Weight Loss  □ Exercise  □ Stopping Smoking
□ Disease Course and Prognosis  □ Osteoporosis Treatment and Prevention  □ Compliance issues  □ Research protocols
□ New Advances in Research  □ Family issues  □ Depression counseling □ Economic issues □ Drug-Drug interactions
□ ADRs of _____ □ NSAIDs  □ MTX  □ Steroids  □ Biologics  □ Pain Meds  □ Arava  □ Bisphosphonates

Overall Difficulty:    mild    (moderate)    complex
Physicians Global Assess :  poor/deteriorating  stable/good  improving
RV & reason:  F/u 15 days

**Assessment/Plan:**           **Dictation:**  yes    no

① arm pain/severe since fall 9/05      Tramadol 50mg BID PRN #60
without clear improvement             start one at bedtime for 5 days then TID to
with L bulging tenderness along        PRN watch for sleepiness pt instructed
biceps ? See tender to annular          not to drive
OA generalized                         MRI ① arm to √ for biceps pathology
                                       cont Naprosyn
① pt hip ? constitutis vs referred pain
v10:1-22-03

40316

③

# Sarasota Arthritis Center

Weitzner   Yonker   Kaine   Small   Drucker   Ikeman   (Huguenin)   Mills   Garzon

Name _Dorothy Bird_   Date _2.2.06_   Wt _177_   Ht ____   BP _110/90_   P _72_   DOB _5·31·29_

Diagnoses:   RA   (PMR)  TA   PM/DM   OP   OA_____   SS·   SLE   PsA   FM·   DM   ASHD   ↑BP   ↑chol

COPD   GERD   CRF   ANEMIA   UTI   NEUROPATHY   CTD   ↓T4 _____

CC; f/u
of _____ polyarthralgia / still pain (L) lat hip/thigh & (L) mid arm_____

HPI:

(L) arm sore localized point tenderness still hunting use NE/braile
(L) lat hip still hurts at times just below hip at thigh & press
_____ after fall getting better

MEDS: (no changes)   see list ____ Naproxen 500 µ BID

| | +/- |
|---|---|
| **Constitutional:** Fever  Chills   Wt loss  Night sweats  Fatigue | |
| **Eyes:**   Visual Δ   Blurring   Temporal HA   Dryness  Red eye | |
| **ENT:**   Sicca  Stomatitis   Dysphagia  Sinusitis | |
| **CV:**   Chest-wall  Angina  Pericardial  Atyp  Palpitations | |
| **Resp:**   Cough  SOB  Sputum   Wheeze | |
| **GI:**   N  V  Bleeding  Diarrhea   Constipation  Dyspepsia  LAP | — |
| **GU:**   Dysuria  Frequency  Hematuria  Dyspareunia | |
| **Neuro:**   HA  Neuropathy  Restless-leg  Insomnia  Weakness | |
| **Psyc:**   Depression  Confusion  Delusional | |
| **Endocrine:**   Polyuria  Polydipsia  Nocturia  Change hair | |
| **Skin (&breast):**   Rashes  Dryness  Pruritus  Masses | |
| **Heme:**   t nodes | |
| **Allergic sx / Drug AE's:** | |
| **Musculoskeletal:**  spinal pain  radicular   swelling | |

No documentation prof

**PMH:**  reviewed date _3/24/05_ with additions: _LA_

**FH/SH**( no change )  reviewed date _____

## Examination

**Constitution:**  (NAD/appearance nl)   acute-ill   chronic ill·   cushingoid

**Eyes:** conj/lids/pupils/ iris:  PERRLA  _NL_

**ENT:**  inspect/lips/tongue _NL_ _____   stomatitis   dryness

**LN:**   neck _____   axillae _____   thyroid _____   _ALL NL_

**Respiratory:** effort/ perc/palp  _NL_ _____
        Ausc:  _NL_  rales   rhonchi   decreased bs _____

**CV:**   palp _NL_ _____   ausc _NL_ murmur _____   S3  S4   ectopy
        varicosities _____   Edema _no_

③

**GI:** Liver/Spleen *NL*_____ Masses/ tenderness/ BS *NL*_____

Obesity_____

**Skin:** inspect/palp  nodules/infarcts/eccymoses  UE LE  Bilat

No rash

**Pulses:** DP  PT  Femoral  *NL*
temporal, carotid, aortic  *NL*
bruits (carotids)  *L*  *R*

**Neuro / Psyc:** FNF// CN// *NL*_____

DTRs  *NL*

Muscle Strength  *NL*

Sensory exam  *NL*_____

Mood/Affect/Orientation  (*NL*)

SLR  *pos  neg*    SS  *pos  neg*

Memory *NL* Impairment: mild mod severe

**Station/Gait:** (*NL*)___

**MSK:** (inspect/palp/ROM/stability)

/=tenderness   X=tenderness w ROM   /•=synovitis

Myofacial tende
Ⓛ lat Thigh (previous
site of fall & contusion)

✱ suspect myofacial pain

**Decision Making:**             (labs ordered not done)
Records reviewed/requested |  labs  4/25/06    MRI  + Xrays 1/06 reviewed
Labs/Dx studies ordered     labs to be ordered 1/06 for NSAID monitor

Education and Counseling ___ ☐ Principles of Joint Protection  ☐ Diet and Weight Loss  ☐ Exercise ☐ Stopping Smoking
☐ Disease Course and Prognosis  ☐ Osteoporosis Treatment and Prevention  ☐ Compliance issues  ☐ Research protocols
☐ New Advances in Research  ☐ Family issues  ☐ Depression counseling ☐ Economic issues ☐ Drug-Drug interactions
☐ ADRs of ___ ☐ NSAIDs ☐ MTX ☐ Steroids ☐ Biologics ☐ Pain Meds ☐ Arava ☐ Bisphosphonates
Overall Difficulty:       mild        (moderate)      complex
Physicians Global Assess :   poor/deteriorating  (stable/good)   improving
RV & reason: ___ about 25 mm is ok being MD

**Assessment/Plan:**        **Dictation:**    yes ( no )

= OA generalised        - LYRICA 75 mg at bedtime x 5 days then B;
LBP chronic            stoffy sample given
- Ⓛ arm soft tissue pain   - PT Ⓛ arm pain subacataneous given
w increased subcutaneous tissue
fat on MRI without clinical
ROM
- Ⓛ hip feels better

40316

## Sarasota Arthritis Center

Weitzner   Yonker   Kaine   Small   Drucker   Ikeman   (Huguenin)   Mills   Garzon

Name _Dorothy Bird_   Date _2/23/06_ Wt _177_ Ht ____ BP _104/80_ P _84_ DOB _5.31.29_

Diagnoses:   RA   PMR/ TA   PM/DM   OP   OA_____   SS   SLE   PsA   FM   DM   ASHD   ↑BP   ↑chol

COPD   GERD   CRF   ANEMIA   UTI   NEUROPATHY   CTD   ↓T4_____

CC: f/u

of _____ _RA polymyalgia,_ _____

HPI: ① _arm pain was getting much better in PT until last session_
_after which pain worsened again_
② _Resume Naproxen control pain overall_
_without ____

MEDS  no changes (see list) _____

| | +/- |
|---|---|
| **Constitutional:** Fever  Chills   Wt loss   Night sweats   Fatigue | |
| **Eyes:** Visual △   Blurring   Temporal HA   Dryness  Red eye | |
| **ENT:** Sicca   Stomatitis   Dysphagia   Sinusitis | |
| **CV:** Chest wall  Angina  Pericardial  Atyp   Palpitations | |
| **Resp:** Cough   SOB   Sputum   Wheeze | |
| **GI:** N  V  Bleeding  Diarrhea   Constipation  Dyspepsia  LAP | |
| **GU:** Dysuria   Frequency   Hematuria   Dysparunia | |
| **Neuro:** HA  Neuropathy   Restless-leg   Insomnia  Weakness | |
| **Psyc:** Depression  Confusion  Delusional | |
| **Endocrine:** Polyuria  Polydipsia  Nocturia   Change hair | |
| **Skin (&breast):** Rashes  Dryness   Pruritis   Masses | |
| **Heme:** t nodes | |
| **Allergic sx/ Drug AE:** | |
| **Musculoskeletal:** spinal pain  radicular   swelling | |

③ _drowsiness after 3 days of_
_fatigue typical of_
_but first few days_
so _stopped +_
_was ok of_
_plaquil_

PMH: reviewed date _3/24/05_ with additions: _____

FH/SH: no change___ reviewed date _____

## Examination

**Constitution:** (NAD/appearance nl)   acute ill   chronic ill   cushingoid

**Eyes:** conj/lids/pupils/ iris:   PERRLA  _NL_ _____

**ENT:** inspect/lips/tongue  _NL_ ____  stomatitis   dryness

**LN:** neck_____ axillae_____ thyroid_____ _ALL NL_

**Respiratory:** (effort/ perc/palp/_NL_ _____

   Ausc:  _NL_  rales   rhonchi   decreased bs _____

**CV:** palp _NL_ _____  ausc _NL_ murmur _____ S3  S4   ectopy

   varicosities_____   Edema __ω__

**GI:** Liver/Spleen *NL*   Masses/ tenderness/ BS   *NL*

Obesity *NL*

**Skin:** inspect/palp: nodules/infarcts/ecchymoses  UE  LE  Bilat
*Noral except*   *No   no   no*

**Pulses:** DP  PT  Femoral   *NL*
temporal, carotid, aortic   *NL*
bruits (carotids)  L  R

**Neuro/ Psyc:** FNF// CN//___ *NL*_____
DTRs  *NL*
Muscle Strength  *NL*
Sensory exam  *NL*
Mood/Affect/Orientation  *NL*_____
SLR  *pos  neg*   SS  *pos  neg*
Memory  *NL  Impairment: mild-mod-severe*

**Station/Gait:** *NL*

**MSK:** (inspect/palp/ROM/stability)

/=tenderness   X=tenderness w ROM   /•=synovitis

*no*

## Decision Making:

Records reviewed/requested ___ *lets  2/17/06  oh continue NSAIDs*

Labs/Dx studies ordered ___ *NO*

Education and Counseling  ☐ Principles of Joint Protection  ☐ Diet and Weight Loss  ☐ Exercise  ☐ Stopping Smoking  ☐ Disease Course and Prognosis  ☐ Osteoporosis Treatment and Prevention  ☐ Compliance issues  ☐ Research protocols  ☐ New Advances in Research  ☐ Family issues  ☐ Depression counseling  ☐ Economic issues ☐ Drug-Drug interactions  ☐ ADRs of _____ ☐ NSAIDs ☐ MTX ☐ Steroids ☐ Biologics ☐ Pain Meds ☐ Arava ☐ Bisphosphonates

Overall Difficulty:   mild   (moderate)   complex

Physicians Global Assess :   poor/deteriorating   (stable/good)   improving

RV & reason: ___ *Flu 1-2 mo*

## Assessment/Plan:     Dictation:   yes  (no)

Ⓛ mid arm Myofascial pain    — *cont Naproxen 500 BID*

*#? generalized on ~~RA/RA Napro~~*   *trial Lyrica at lower dose to see if headaches*
*stable*                          *resolves - 25 mg at bedtime x 5 days then 50 qhs qd*
                                  *if tolerated*
                                  *cont PT Ⓛ mid arm*
                                  *cont PPI w Naprosyn for GI prophylaxis*

                                  *[signature] MD*

v10:1-22-03

4031P

(1)

## Sarasota Arthritis Center

Weitzner  Yonker  Kaine  Small  Drucker  Ikeman  (Huguenin)  Mills

Name _DOROTHY BIRD_ Date 3/23/06 Wt 173 Ht ___ BP 120/80 P 70 DOB 5/31/29

Diagnoses:  RA   PMR/ TA  PM/DM   OP   OA_____   SS   SLE  PsA  FM   DM  ASHD  ↑BP  ↑chol

COPD  GERD  CRF  ANEMIA  UTI  NEUROPATHY   CTD   ↓T4      old rotator cuff tear (R)
with chronic mild limited ROR

CC; f/u

of _____ RA polymyalgias

HPI: (L) shoulder pain better in mid arm but still aches
overall pain controlled on Naproxen
& with Lyrica at bedtime
pt c/o of rash behind ears when sweats
Topical ___ no me ___ helped first wk pt ___    pt continues to do P[?] once home
+/-

MEDS  (no changes)  see list  Naproxen 500 BID
Lyrica 2 5mg q HS

| | |
|---|---|
| **Constitutional:**  Fever  Chills  Wt loss  Night sweats  Fatigue | |
| **Eyes:**   Visual Δ  Blurring  Temporal HA  Dryness  Red eye | |
| **ENT:**   Sicca  Stomatitis  Dysphagia  Sinusitis | |
| **CV:**   Chest-wall  Angina  Pericardial  Atyp  Palpitations | |
| **Resp:**   Cough  SOB  Sputum  Wheeze | |
| **GI:**   N  V  Bleeding  Diarrhea  Constipation  Dyspepsia  LAP | |
| **GU:**   Dysuria  Frequency  Hematuria  Dysparunia | |
| **Neuro:**   HA  Neuropathy  Restless-leg  Insomnia  Weakness | |
| **Psyc:**   Depression  Confusion  Delusional | |
| **Endocrine:**   Polyuria  Polydipsia  Nocturia  Change hair | |
| **Skin (&breast):**   Rashes  Dryness  Pruritis  Masses | rash behind ears worse |
| **Heme:**   ↕ nodes | with sweats |
| **Allergic sx / Drug AE's:** | No ADR on dose Lyrica |
| **Musculoskeletal:**  spinal pain  radicular  swelling | |

PMH:  reviewed date  5/24/05  with additions: _____   → pt to have MRI brain
for vertigo

FH/SH: _no change___  reviewed date _____

## Examination

**Constitution:** (NAD) appearance nl   acute-ill   chronic ill   cushingoid

**Eyes:** conj/lids/pupils/ iris:  PERRLA  _NL_ _____

**ENT:** inspect/lips/tongue _NL_ _____  stomatitis   dryness

**LN:**   neck_____  axillae_____  thyroid_____  _ALL NL_

**Respiratory:** effort/perc/palp _NL_  /
    Ausc:  _NL_ rales  rhonchi  decreased bs _____

**CV:**  palp _NL_ _____  ausc _NL_ murmur _____ S3  S4  ectopy
    varicosities _____  Edema _No_

**GI:**  Liver/Spleen *NL*        Masses/ tenderness/ BS  (*NL*)

Obesity

**Skin:** inspect/palp  nodules/infarcts/eccymoses  UE  LE  Bilat

*posterauricular rashes deepherches*

**Pulses:** DP  PT  Femoral    *NL*

temporal, carotid, aortic    *NL*

bruits (carotids)  *L*  *R*

**Neuro/ Psyc:** FNF// CN//_ *NL*

DTRs  *NL*

Muscle Strength  *NL*

Sensory exam   *NL*

Mood/Affect/Orientation _*NL*_

SLR  *pos  neg*    SS   *pos  neg*

Memory  *NL*  Impairment: mild  mod  severe

**Station/Gait:**  *NL*

**MSK:** (inspect/palp/ROM/stability)

/=tenderness    X=tenderness w ROM    /•=synovitis

## Decision Making:

Records reviewed/requested _____ *lens 2/17/06  ok cont NSAID for*

Labs/Dx studies ordered _____

Education and Counseling     ☐ Principles of Joint Protection  ☐ Diet and Weight Loss  ☐ Exercise  ☐ Stopping Smoking  ☐ Disease Course and Prognosis  ☐ Osteoporosis Treatment and Prevention  ☐ Compliance issues  ☐ Research protocols  ☐ New Advances in Research  ☐ Family issues  ☐ Depression counseling ☐ Economic issues ☐ Drug-Drug interactions  ☐ ADRs of *No oral*     ☐ NSAIDs ☐ MTX ☐ Steroids ☐ Biologics ☐ Pain Meds ☐ Arava ☐ Bisphosphonates

Overall Difficulty:          mild    (moderate)    complex

Physicians Global Assess :   poor/deteriorating    stable/good    improving

RV & reason: _____ *F/u w /week – 2month*

## Assessment/Plan:          **Dictation:**   yes   (no)

*OA generalized*                          *LYRICA 25mg one at bedtime to cont* #60 +1 refl

*(R) shoulder rotator cuff*               *Nystatin ... value*

*pathology suspected*                     *Nizoral shampoo to apply behind ears as dir*

*21 declines option surgery for*          *MRI (R) shoulder to r/o rotator cuff testbox*

*(R) shoulder wanted RA/MRsee*           *Naproxen 500 BID to cont* #120 +2 refll

*... rotator cuff/see*

*- Rad posterauricula*

v10:1-22-03                               *P H... MD*

### Sarasota Arthritis Center

*new PCP Dr. Leen Murphy*

Weitzner  Yonker  Kaine  Small  Drucker  Ikeman  (Huguenin)  Mills

Name **Dorothy Bird**  Date **5/18/06**  Wt **167** Ht ___  BP **120/68** P **68**  DOB **5.31.29**

Diagnoses:  RA  PMR/ TA  PM/DM  OP  OA ___  SS-  SLE  PsA  FM-  DM  ASHD  ↑BP  ↑chol

COPD  GERD  CRF  ANEMIA  UTI  NEUROPATHY  CTD  ↓T4  ® Shoulder old rotator cuff tear
with chronic limited ROM

CC; f/u ___ of ___ *OA polyarthralgias © Shoulder pain still present*

HPI: *Still having pain & limited motion © Shoulder not worsening re same exercise per PT still done. Lyrica stopped as was dizzy even on low dose recent*

*— Cortisone cream for tender eeletes per PCP Dr. Leen Murphy new seen*

MEDS  no changes  (see list)  *Naproxen 500 BID PRN*

| | +/- |
|---|---|
| **Constitutional:** Fever  Chills  Wt loss  Night sweats  Fatigue | |
| **Eyes:** Visual Δ  Blurring  Temporal HA  Dryness  Red eye | |
| **ENT:** Sicca  Stomatitis  Dysphagia  Sinusitis | |
| **CV:** Chest-wall  Angina  Pericardial  Atyp  Palpitations | |
| **Resp:** Cough  SOB  Sputum  Wheeze | |
| **GI:** N  V  Bleeding  Diarrhea  Constipation  Dyspepsia  LAP | |
| **GU:** Dysuria  Frequency  Hematuria  Dysparunia | |
| **Neuro:** HA  Neuropathy  Restless-leg  Insomnia  Weakness | |
| **Psyc:** Depression  Confusion  Delusional | |
| **Endocrine:** Polyuria  Polydipsia  Nocturia  Change hair | |
| **Skin (&breast):** Rashes  Dryness  Pruritus  Masses | |
| **Heme:** L nodes | |
| **Allergic-sx/ Drug AE's:** | |
| **Musculoskeletal:** spinal pain  radicular  swelling | |

PMH: reviewed date **3/24/05** with additions: NO

FH/SH: (no change ___ reviewed date **3/24/05**

### Examination

**Constitution:** (NAD/appearance nl ___ acute-ill  chronic-ill  cushingoid

**Eyes:** conj/lids/pupils/ iris: PERRLA **NL** ___

**ENT:** inspect/lips/tongue **NL** ___  stomatitis  dryness

**LN:** neck ___  axillae ___  thyroid ___ **ALL NL**

**Respiratory:** effort/perc/palp **NL**

Ausc: **NL** rales  rhonchi  decreased bs ___

**CV:** palp **NL** ___  ausc **NL** murmur ___ S3  S4  ectopy

varicosities ___  Edema NO

**GI:**    Liver/Spleen *NL*_____    Masses/ tenderness/ BS    *NL*_____

Obesity

**Skin:** inspect/palp   nodules/infarcts/eccymoses  UE LE  Bilat
No rash

**Pulses:** DP   PT   Femoral    *NL*
temporal, carotid, aortic    *NL*
bruits (carotids)   *L*    *R*

**Neuro/ Psyc:** FNF// CN// _ *NL*_____
DTRs  *NL*
Muscle Strength  *NL*
Sensory exam   *NL*
Mood/Affect/Orientation  (*NL*)
SLR   *pos   neg*   SS   *pos   neg*
Memory  (*NL*) *Impairment:  mild  mod  severe*

**Station/Gait:** (*NL*)

**MSK:** (inspect/palp/ROM/stability)

/=tenderness    X=tenderness w ROM    /•=synovitis

**Decision Making:**

Records reviewed/requested____ MRI (L) Shoulder  reviewed report

Labs/Dx studies ordered

Education and Counseling    ☐ Principles of Joint Protection   ☐ Diet and Weight Loss   ☐ Exercise   ☐ Stopping Smoking
☐ Disease Course and Prognosis   ☐ Osteoporosis Treatment and Prevention   ☐ Compliance issues   ☐ Research protocols
☐ New Advances in Research   ☐ Family issues   ☐ Depression counseling ☐ Economic issues ☐ Drug-Drug interactions
☐ ADRs of_____   ☐ NSAIDs ☐ MTX ☐ Steroids ☐ Biologics ☐ Pain Meds ☐ Arava ☐ Bisphosphonates

Overall Difficulty:        mild        (moderate)        complex
Physicians Global Assess :     poor/deteriorating    stable/good    improving
RV & reason:  Flu in /monl

**Assessment/Plan:**        **Dictation:**    yes    (no)

(L) Shoulder number... tee.
Tendine path / Tebrin integrity
disrupted on MRI causing pain
pain continued & limited ROM
despite
(X) arthralgias

Depo medro 40mg IM given (pt's own Depo...
Cont PT
refer pt to orthopedist pt wishes to check
first who she wants to go to will let me
know by next week though pt may not
wish to have surgery I encouraged her to followup
on orthopedic Rx options

(B)   40316

## Sarasota Arthritis Center

Weitzner    Yonker    Kaine    Small    Drucker    Ikeman    (Huguenin)

Name _Dorothy Bird_   Date _6/12/06_ Wt _168_ Ht ___ BP _130/90_ P _72_ DOB _5.31.29_

Diagnoses:   RA   PMR/ TA   PM/DM   OP   OA_____ SS   SLE   PsA   FM   DM   ASHD   ↑BP   ↑cho

COPD  (GERD)  CRF   ANEMIA   UTI   NEUROPATHY   CTD   ↓T4 _____

CC: f/u
of ___ (L) Shoulder pain with limited motion rotator cuff/gec bicep tendon impaired

HPI:
— pain helped all over in joints after the Depo medrol injection IM
including in (L) Shoulder helped still now since 5/06
but (L) Shoulder motion still significantly impaired pt earlier declined refer
to orthopedist for Shoulder to check for further RX then OS injection & PT she does
MEDS   no changes (see list) not find surgeon to go to as she told me she would last visit
Naproxen 500 BID ✓  Omeprazole 20 2 pills a day + 1 Carafate Medrux on
Alprazolam Flonase prn
vit D Caltrate Lexagon

| | | |
|---|---|---|
| **Constitutional:** Fever Chills  Wt loss  Night sweats  Fatigue | | (+) Reflux gassy & retrosternal |
| **Eyes:** Visual △  Blurring   Temporal HA  Dryness  Red eye | | pain  controlled |
| **ENT:** Sicca  Stomatitis  Dysphagia  Sinusitis | | on Nexium or Protonix |
| **CV:** Chest wall  Angina  Pericardial  Atyp  Palpitations | | omeprazol 40mg doesn't |
| **Resp:** Cough  SOB  Sputum  Wheeze | | work as well |
| **GI:** N  V  Bleeding  Diarrhea  Constipation  Dyspepsia  LAP | | |
| **GU:** Dysuria  Frequency  Hematuria  Dysparunia | | |
| **Neuro:** HA  Neuropathy  Restless-leg  Insomnia  Weakness | | |
| **Psyc:** Depression  Confusion  Delusional | | |
| **Endocrine:** Polyuria  Polydipsia  Nocturia  Change hair | | |
| **Skin (&breast):** Rashes  Dryness  Pruritis  Masses | | |
| **Heme:** t nodes | | |
| **Allergic sx / Drug AE':** | | |
| **Musculoskeletal:** spinal pain  radicular  swelling | | |

**PMH:** reviewed date _3/24/05_ with additions: ___   ∅   colonoscopy to do not yet

**FH/SH:** (no change) reviewed date (not medicare plan )

### Examination

**Constitution:** (NAD/appearance nl)  acute ill   chronic ill   cushingoid

**Eyes:** conj/lids/pupils/ iris: PERRLA _NL_ ____

**ENT:** inspect/lips/tongue _NL_ ____ stomatitis  dryness

**LN:** neck ___ axillae ___ thyroid ___ **ALL NL**

**Respiratory:** effort/ perc/palp (NL) ____

Ausc: _NL_ rales  rhonchi  decreased bs ____

**CV:** palp _NL_ ____ ausc _NL_ murmur ____ S3  S4  ectopy

varicosities ____ Edema _no_ ____

**GI:** Liver/Spleen *NL*_____ Masses/ tenderness/ BS *(NL)*

Obesity_____

**Skin:** inspect/palp nodules/infarcts/eccymoses UE LE Bilat
No nd

**Pulses:** DP  PT  Femoral   *NL*
temporal, carotid, aortic   *NL*
bruits (carotids)  *L*  *R*

**Neuro/ Psyc:** FNF// CN// _ *NL*_____
DTRs  *NL*_____
Muscle Strength *NL*
Sensory exam  *NL*_____
Mood/Affect/Orientation *(NL)*
SLR  *pos*  *neg*   SS  *pos*  *neg*
Memory_ *NL* Impairment: mild mod severe

**Station/Gait:** *(NL)*_____

**MSK:** (inspect/palp/ROM/stability)

| /=tenderness    X=tenderness w ROM    /•=synovitis |
|---|

## Decision Making:

Records reviewed/requested____ no
Labs/Dx studies ordered____ no

Education and Counseling  ☐ Principles of Joint Protection  ☐ Diet and Weight Loss  ☐ Exercise  ☐ Stopping Smoking
☐ Disease Course and Prognosis  ☐ Osteoporosis Treatment and Prevention  ☐ Compliance issues  ☐ Research protocols
☐ New Advances in Research  ☐ Family issues  ☐ Depression counseling ☐ Economic issues ☐ Drug-Drug interactions
☐ ADRs of _____ ☒NSAIDs ☐ MTX ☐ Steroids ☐ Biologics ☐ Pain Meds ☐ Arava ☐ Bisphosphonates
Overall Difficulty:    mild    moderate    complex
Physicians Global Assess :    poor/deteriorating  *(stable/good)*  improving
RV & reason: Flu 7 weeks or sooner prn

## Assessment/Plan:     **Dictation:**   yes  *(no)*

- ① Shoulder pain
with CR rotator cuff tee
Still with limited nodu
& generalized OA
pain bette S/p
GERD on RX Still active
by Hx on omeprazole 40mg

+ Nexium to take again 40mg ad #30
& stop Omeprazole as not controlling GERD
- cont Naprosyn but hold new while pt abo
to have colonoscopy
- refer to orthopedist D Shofield
as well as D Baker to pt to see w/ D Baker if he d
Shoulder surgery as told by

_____ MD

(A)

# Sarasota Arthritis Center

Weitzner   Yonker   Kaine   Small   Drucker   Ikeman   (Huguenin)   B. Weitzner

Name _Dorothy Bird_ Date _8/10/06_ Wt _168_ Ht _____ BP _110/60_ P _72_ DOB _5.31.29_

Diagnoses:  RA   PMR/ TA   PM/DM   OP  (OA)_____ SS·   SLE   PsA   FM·   DM   ASHD· ↑BP  (↑ch

COPD (GERD)  CRF   ANEMIA   UTI   NEUROPATHY   CTD   ↓T4_____

CC: f/u _(Shoulder rotator cuff dysfunction) Yes & biceps tendon impairment_

of _____

HPI:

_feeling achy in low back after cold but otherwise pain not flaring_

_— more achy in both legs after cold heat done few days ago — due to cost & feels it is
pt declined referral to orthopedic + about shoulder
with better ROM now_

MEDS  (no changes)  see list _____  _Tylenol, Naproxen 500 3/_  +/-

| | +/- | |
|---|---|---|
| **Constitutional:** Fever  Chills   Wt loss   Night sweats   Fatigue | | |
| **Eyes:**   Visual Δ   Blurring   Temporal HA   Dryness  Red eye | | |
| **ENT:**   Sicca   Stomatitis   Dysphagia   Sinusitis | | |
| **CV:**   Chest-wall  Angina   Pericardial  Atyp   Palpitations | | |
| **Resp:**   Cough  SOB   Sputum   Wheeze | | |
| **GI:**   N  V  Bleeding  Diarrhea   Constipation   Dyspepsia  LAP | | |
| **GU:**   Dysuria   Frequency   Hematuria   Dysparunia | | |
| **Neuro:**   HA  Neuropathy   Restless-leg   Insomnia   Weakness | | |
| **Psyc:**   Depression   Confusion   Delusional | | |
| **Endocrine:**   Polyuria   Polydipsia   Nocturia   Change hair | | |
| **Skin (&breast):**   Rashes   Dryness   Pruritis   Masses | | |
| **Heme:**   L nodes | | |
| **Allergic sx/ Drug AE's:** | | |
| **Musculoskeletal:**  spinal pain  radicular   swelling | | |

**PMH:**  reviewed date _3/24/05_ with additions:_____  — cardiac cath just done
penicillin p just done

**FH/SH:**_no change____  reviewed date_pt began in two days visit out of town
soon

# Examination

**Constitution:** (NAD/appearance nl)  acute-ill   chronic ill   cushingoid

**Eyes:** conj/lids/pupils/ iris:  PERRLA  _NL_____

**ENT:** inspect/lips/tongue _NL_____  stomatitis   dryness

**LN:**  neck_____ axillae_____ thyroid_____ _ALL NL_

**Respiratory:** (effort/ perc/palp _NL_____)

  Ausc:  _NL_ rales   rhonchi   decreased bs _____

**CV:**  palp _NL_____ ausc _NL_ murmur _____ S3  S4   ectopy

  varicosities _____   Edema _Up_

(A)

(R)    (L)

**I:**   Liver/Spleen **NL**_____   Masses/ tenderness/ BS   **NL**_____

Obesity _____

**kin:** inspect/palp   nodules/infarcts/eccymoses   UE LE Bilat

*Norah*

**ulses:** DP   PT   Femoral   **NL**
    temporal, carotid, aortic   **NL**
    bruits (carotids)   **L**   **R**

**euro/ Psyc:** FNF// CN// _ **NL**_____
    DTRs   **NL**
    Muscle Strength   **NL**
    Sensory exam   **NL**
    Mood/Affect/Orientation   **NL**
    SLR   **pos   neg**      SS   **pos   neg**
    Memory   **NL**   Impairment:  mild  mod  severe

**tation/Gait:** (**NL**)

**ISK:** (inspect/palp/ROM/stability)

=tenderness      X=tenderness w ROM      /•=synovitis

*(none)*

## ecision Making:

ecords reviewed/requested _____ 7/27/06 *echocardiogram*   *Let labs done pending*
bs/Dx studies ordered _____  *will review with*

ucation and Counseling   ☐ Principles of Joint Protection   ☐ Diet and Weight Loss   ☐ Exercise   ☐ Stopping Smoking
Disease Course and Prognosis   ☐ Osteoporosis Treatment and Prevention   ☐ Compliance issues   ☐ Research protocols
New Advances in Research   ☐ Family issues   ☐ Depression counseling ☐ Economic issues ☐ Drug-Drug interactions
ADRs of _____ ☐ NSAIDs ☐ MTX ☐ Steroids ☐ Biologics ☐ Pain Meds ☐ Arava ☐ Bisphosphonates

verall Difficulty:      mild      (moderate)      complex
hysicians Global Assess :   poor/deteriorating   (stable/good)   improving
/ & reason:  F/u 1-2-month

## ssessment/Plan:                    | **Dictation:**      yes   (no)

*arthralges*                          *Depomedrol 40mg IM injection*
*L BP flexed sip cardia cath*
*recent*                              *Cont Naproxen + Omeprazole*
*Shoulder limited ROM*
*w rotator cuff Tear & biceps*        *will v labs done before ordering labs for*
*tendon impaired*                     *NSAID monitoring on file*
*l:1-22-03*
                                      *MS*

Quest on Demand™                                    **LABORATORY REPORT**

· 1539    AREA/ROUTE/...OP: 18EA070
SARASOTA ARTHRITIS CENTER
+++CRE
3500 S TAMIAMI TRL
SARASOTA, FL 34239-6026


**Quest Diagnostics**

| PATIENT NAME | PATIENT ID | | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|---|
| IRD, DOROTHY | | | | 76 | F | HUGUENIN VIRCHAUX |

| REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & T M.E |
|---|---|---|---|---|---|---|
| 0006617 | TP623117L | | 02172006 14:00 | 02172006 | 02182006 | 9:02AM |

MARKS

SS#: 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

| REPORT STATUS | TEST | RESULT IN RANGE | RESULT OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| **FINAL** | | | | | | |

Date of Birth: 05/31/1929
Patient Phone: 941-743-9015

| | | | | | | |
|---|---|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL | | | | | | TP |
| GLUCOSE | | 92 | | MG/DL | 65-99 | |
| | | | | FASTING REFERENCE INTERVAL | | |
| UREA NITROGEN (BUN) | | 19 | | MG/DL | 7-30 | |
| CREATININE | | 0.6 | | MG/DL | 0.5-1.2 | |
| BUN/CREATININE RATIO | | | 32 H | (CALC) | 6-25 | |
| SODIUM | | 141 | | MMOL/L | 135-146 | |
| POTASSIUM | | 4.4 | | MMOL/L | 3.5-5.3 | |
| CHLORIDE | | 104 | | MMOL/L | 98-110 | |
| CARBON DIOXIDE | | 25 | | MMOL/L | 21-33 | |
| CALCIUM | | 9.8 | | MG/DL | 8.5-10.4 | |
| PROTEIN, TOTAL | | 6.8 | | G/DL | 6.0-8.3 | |
| ALBUMIN | | 4.3 | | G/DL | 3.2-4.6 | |
| GLOBULIN | | 2.5 | | G/DL (CALC) | 2.2-4.2 | |
| ALBUMIN/GLOBULIN RATIO | | 1.7 | | (CALC) | 0.8-2.0 | |
| BILIRUBIN, TOTAL | | 0.4 | | MG/DL | 0.2-1.3 | |
| ALKALINE PHOSPHATASE | | 72 | | U/L | 20-125 | |
| AST | | 17 | | U/L | 3-35 | |
| ALT | | 14 | | U/L | 3-40 | |
| CBC (INCLUDES DIFF/PLT) | | | | | | TP |
| WHITE BLOOD CELL COUNT | | 5.9 | | THOUS/MCL | 3.8-10.8 | |
| RED BLOOD CELL COUNT | | 4.13 | | MILL/MCL | 3.80-5.10 | |
| HEMOGLOBIN | | 12.2 | | G/DL | 11.7-15.5 | |
| HEMATOCRIT | | 36.5 | | % | 35.0-45.0 | |
| MCV | | 88.4 | | FL | 80.0-100.0 | |
| MCH | | 29.5 | | PG | 27.0-33.0 | |
| MCHC | | 33.4 | | G/DL | 32.0-36.0 | |
| RDW | | 13.1 | | % | 11.0-15.0 | |
| PLATELET COUNT | | 270 | | THOUS/MCL | 140-400 | |
| ABSOLUTE NEUTROPHILS | | 3345 | | CELLS/MCL | 1500-7800 | |
| ABSOLUTE LYMPHOCYTES | | 1953 | | CELLS/MCL | 850-3900 | |
| ABSOLUTE MONOCYTES | | 372 | | CELLS/MCL | 200-950 | |
| ABSOLUTE EOSINOPHILS | | 195 | | CELLS/MCL | 15-500 | |
| ABSOLUTE BASOPHILS | | 35 | | CELLS/MCL | 0-200 | |
| NEUTROPHILS | | 56.7 | | % | | |
| LYMPHOCYTES | | 33.1 | | % | | |
| MONOCYTES | | 6.3 | | % | | |
| EOSINOPHILS | | 3.3 | | % | | |

>> REPORT CONTINUED ON NEXT PAGE - BIRD, DOROTHY TP623117L <<

Quest_on Demand™   LABORATORY REPORT

1539     AREA/ROUTE/LOOP: 18EA070
SARASOTA ARTHRITIS CENTER
+++CRE
3500 S TAMIAMI TRL
SARASOTA, FL 34239-6026


**Quest Diagnostics**

| PT NAME | PATIENT ID | | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|---|
| BIRD, DOROTHY | | | | 76 | F | HUGUENIN VIRCHAUX |

| REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|
| 0006617 | TP623117L | | 02172006 14:00 | 02172006 | 02182006 | 9:02AM |

REMARKS

SS#: 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

| REPORT STATUS FINAL | TEST | RESULT | | UNITS | REFERENCE RANGE |
|---|---|---|---|---|---|
| | | IN RANGE | OUT OF RANGE | | |

Date of Birth: 05/31/1929
Patient Phone: 941-743-9015
CBC (INCLUDES DIFF/PLT) (CONTINUED)
   BASOPHILS                    0.6                      %


          >> END OF REPORT - BIRD, DOROTHY TP623117L <<

 **The MRI Center of Charlotte County**

3358 Tamiami Trail North
Port Charlotte, FL 33952
Phone (941) 255-5151
Fax  (941) 255-5152

PATIENT NAME:    Dorothy Bird
ACCT#:              9070
DATE OF BIRTH:     5/31/1929
REQUESTING DR:     Tatiana Huguenin, MD
SERVICE DATE:      April 4, 2006
REPORT DATE:       April 4, 2006

STUDY:  73221 MR UPPER EXT JNT WO

MRI EXAMINATION OF THE LEFT SHOULDER

**HISTORY:** Possible rotator cuff tear or tendinopathy, fall in September 2005, pain, decreased range of motion.

**TECHNIQUE:** Axial T2 fat saturated, coronal proton density fat saturated and coronal T2, sagittal proton density and sagittal T2 fat saturated images were obtained.

**FINDINGS:** There is a bursal-sided partial-thickness entheseal tear of the posterior aspect of the supraspinatus, 1 cm in width, involving approximately 60-70% of the cross-sectional thickness of the tendon. Minor subacromial-subdeltoid bursitis is noted. There is minor hypertrophy of the acromioclavicular joint. Undersurface of the acromion is flat in the far sagittal image. There is mild lateral downsloping of the anterior aspect of the acromion. The coracoacromial ligament is thickened.

There is a tear of the posterosuperior and superior labrum, violating the biceps anchor. Part of the biceps is normally attached on the supraglenoid tubercle. There is moderate tendinopathy of the long head of the biceps, with early interstitial longitudinal splitting, most pronounced at the level of the intertubercular groove. There is a bulky cordlike middle glenohumeral ligament with an absent anterosuperior labrum (Buford complex). The remainder of the glenoid labrum is intact aside from age-related degenerative change. There is a minimal glenohumeral joint effusion. Suprascapular notch, spinoglenoid notch, and quadrilateral space are unremarkable. There is no edema or atrophy of the rotator cuff muscles. There are no cysts or ganglia associated with the glenoid labrum. Moderate tendinopathy of the distal subscapularis is noted, but no deep partial-thickness tear violating the bursal or articular surface.

**IMPRESSION:**

1.  Bursal-sided partial-thickness entheseal tear of the posterior aspect of the supraspinatus, 1 cm in width, involving approximately 60-70% of the cross-sectional thickness of the tendon.
2.  Findings associated with extrinsic impingement include hypertrophy of the acromioclavicular joint, mild subacromial-subdeltoid bursitis, thickening of the coracoacromial ligament, and mild lateral downsloping of the acromion.
3.  Tear of the posterosuperior and superior labrum, violating the biceps anchor. There is also moderate tendinopathy of the biceps tendon, with early interstitial longitudinal splitting, most pronounced at the level of the intertubercular groove.
4.  Very small glenohumeral joint effusion.
5.  Incidental note is made of a Buford complex.

ROMAN ROZIN, M.D.
RR/msi03

*Need pt's tel to call pt*
*re Chest TTT ——> unformed*
*Pt # 743-9015*

RECEIVED

This document contains privileged and confidential information intended only for the use of the individual entity named above. You are hereby notified that any dissemination, distribution, or copying of this document without the permission of the above individual is strictly prohibited. If you have received this document in error, please notify us immediately by telephone and destroy or return the original document to us at the address indicated. Thank you for your cooperation.

**BIRD, DOROTHY – 19487**
77/F – Jean Murphy, M.D.
DOB: 05/31/1929
07/27/06

## ECHOCARDIOGRAM

This examination was performed at the Murdock Family Medicine Diagnostic Center.

**Technique:** 2D real-time imaging, M-mode interrogation and Doppler pulse-wave and color-flow velocity mapping are performed.

**History:** Coronary artery disease.

**Comparison:**
Previous Echocardiogram: N/A
Previous Stress Test:      N/A

AOD: 2.6 cm     (< 3.7 cm) SWT: 1.4 cm     (< 1.1 cm)
CUSP: 1.7 cm    (> 1.6 cm) PWT: 0.9 cm     (< 1.1 cm)
LAD: 3.8 cm     (< 4.0 cm) LVD: 5.1 cm     (4.0 - 5.6 cm)
RV: 3.8 cm      (2.1-3.2 cm) LVS: 3.3 cm    (2.2 - 4.0 cm)
EF: 65% RVSP/PAP 27.7 mm/Hg  (18 - 25 mm/Hg)

**Discussion:** There is trace mitral regurgitation. Mild tricuspid regurgitation is noted. The RVSP calculation was 27.7 mm/Hg, within the upper limits of normal.

There is mild aortic insufficiency. The aortic valve area was calculated at 1.4 cm$^2$. The maximum instantaneous pressure gradient was 9.7 mm/Hg, which is within normal limits. The mean transvalvular pressure gradient was 4.6 mm/Hg, which is within normal limits. The peak velocity through the aortic valve was 1.6 cm/sec.

There is mild pulmonic insufficiency.

There is moderate asymmetric left ventricular hypertrophy with thickening of the interventricular septum. Left ventricular dilatation or pericardial effusion was not seen. Wall motion abnormalities were not identified. The left ventricular ejection fraction was calculated at 65% or greater.

## CONCLUSION
1.     **Mild mitral regurgitation.**
2.     **Mild tricuspid regurgitation.**
3.     **Mild aortic stenosis. In addition, the aortic valve area measurement is indicative of mild aortic stenosis.**
4.     **Asymmetric left ventricular hypertrophy with thickening of the interventricular septum. Wall motion abnormalities involving the left ventricle were not seen. The left ventricular ejection fraction is estimated at 65% or greater.**

*Electronically signed:*     **D. J. Fleszar, D.O.**

**DJR:hv**

DD: 07/27/06
DT: 07/27/06

 

Appt
3.23
ptal

Patient Name: BIRD, DOROTHY E
Unit No: F000120211

TATIANA L HUGUENIN
3500 B TAMIAMI TRAIL
SARASOTA, FL 34239

Exams: 000780417 CAROTID/CEREBROVASCULAR EVAL

DATE OF STUDY:  3/9/2006

NONINVASIVE CAROTID STUDY:

**CLINICAL HISTORY:**  THE PATIENT HAS VERTIGO, WEAKNESS AND DIZZINESS.

THE STUDY SHOWED EVIDENCE OF BILATERAL CAROTID ATHEROSCLEROTIC
OCCLUSIVE DISEASE DUE TO ATHEROSCLEROTIC OCCLUSIVE PLAQUE OCCUPYING
THE CAROTID BULBS AND ORIGINS OF THE INTERNAL CAROTID ARTERIES
CREATING AROUND 40-50 PERCENT STENOSIS ON BOTH SIDES.  THE SPECTRAL
ANALYSIS DID NOT SHOW SIGNIFICANTLY INCREASED VELOCITY OF EITHER
CAROTID ARTERY AND THE VERTEBRAL FLOW IS ANTEGRADE ON BOTH SIDES.  THE
DISEASE IS HEMODYNAMICALLY INSIGNIFICANT.  THIS IS SEEN BY REAL TIME
B-MODE ULTRASONOGRAPHY.  FURTHER INVESTIGATION MIGHT BE NEEDED IF
CLINICALLY INDICATED.

**IMPRESSION:**
MILD BILATERAL CAROTID ARTERY STENOSIS WITH PATENT ANTEGRADE FLOW FOR
BOTH VERTEBRAL ARTERIES AS DESCRIBED.

---------------------------------------------
** Manually signed by MAMOON JARRAH, M.D. **
Reported and Signed by: MAMOON JARRAH, M.D.

CC: TATIANA L HUGUENIN; WILLIAM SALAZAR MD

Technologist: Melinda M. Bombar
Transcribed Date/Time: 03/10/2006 (0944)
Transcriptionist: FRD:LSW
Advanced To Signed Date/Time/User: 03/11/2006 0933 FRD:LSW
Orig Print D/T: D: 03/10/2006 (0958)   S: 03/11/2006 (0933)   Batch No: N/A

PAGE 1                      TATIANA L HUGUENIN

**FAWCETT MEMORIAL HOSPITAL**
**21298 OLEAN BLVD.**
**PORT CHARLOTTE, FL 33952-6765**

**Phone #: 941-627-6190**
**Fax #: 941-624-2639**

Name: BIRD,DOROTHY E
Phys: HUG.TA - HUGUENIN,TATIANA L
DOB: 05/31/1929 Age: 76       Sex: F
Acct No: F09304659 Loc: F.PT
Exam Date: 03/09/2006 Status: REG RCR
Radiology No: 126393

CHARLOTTE RESOURCES INC.

3358 Tamiami Trail North
PORT CHARLOTTE, FL 33952
Tax ID # 223525039
Printed on June 30, 2006 at 02:10 pm by AXR

----------------------------------------------------------------------------
Responsi

```
Act No: 009070
Name   : DOROTHY BIRD
         1000 KINGS HWY #60
         PORT CHARLOTTE, FL  33980

Home #: (941)743-9015          SSN: 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
Work #: (201)000-0000          DOB: 5/31/29
Ref MD: 00702    HUGUENIN MD, TATIANA
Fin Cl: 601      STATE MEDICARE

CARRIERS: MCR  (Y)  MEDICARE                 008226077A         /
          AGA  (Y)  AARP/UHC CLAIMS DIV      07974367111        /  000
          EMP  ( )  RETIRED                                     /
          EMP  ( )  RETIRED                                     /
```

| ge | Date | Type | IAEUS | Amount | MD | RefMD | AP | CPT/PAC (1) | Description |
|----|------|------|-------|--------|----|-------|----|----|----|
| 156 | 01/25/06 | CHARGE FYN | N | 1885.00 | 16 | 00702 | 002 | 01U3220 | MR UPPER EXT NON JNT |
| 156 | 01/25/06 | Credit | N | 846.60- | 16 | | 002 | 1L | MEDICARE ADJUS |
| 156 | 02/17/06 | Payment | N | 790.46- | 16 | | 002 | N1 | 0105809712 |
| 156 | 02/17/06 | Credit | N | 50.33- | 16 | | 002 | MC | MED/CAID CREDI |
| 156 | 03/01/06 | Payment | N | 197.61- | 16 | | 002 | F1 | 1094290486 |
| 156 | 06/05/06 | Payment | N | 37.59- | 16 | | 002 | N1 | 106266679 |
| 156 | 06/05/06 | Debit | N | 46.99 | 16 | | 002 | MD | MED/CAID DEBIT |
| 56 | 02/17/06 | | | Deduct. $ 0.00 | | | | Co-Ins. $ 197.61 | |
| 56 | 06/05/06 | | | Deduct. $ 0.00 | | | | Co-Ins. $ 207.01 | |

```
                    >>>    9.40  <<<
```

| 92 | 03/30/06 | CHARGE FYN | Y | 1040.00 | 15 | 00038 | 003 | 0270551 | MR BRAIN WO |
|----|------|------|-------|--------|----|-------|----|----|----|
| 92 | 03/30/06 | Credit | Y | 614.06- | 15 | | 003 | 1L | MEDICARE ADJUS |
| 92 | 04/25/06 | Payment | Y | 340.75- | 15 | | 003 | N1 | 0106054721 |
| 92 | 05/10/06 | Payment | Y | 85.19- | 15 | | 003 | F1 | 1096168368 |
| 92 | 04/25/06 | | | Deduct. $ 0.00 | | | | Co-Ins. $ 85.19 | |

```
                    >>>    0.00  <<<
```

| 87 | 04/04/06 | CHARGE FYN | Y | 1195.00 | 16 | 00702 | 004 | 0173221 | MR UPPER EXT JNT WO |
|----|------|------|-------|--------|----|-------|----|----|----|
| 87 | 04/04/06 | Credit | Y | 709.07- | 16 | | 004 | 1L | MEDICARE ADJUS |

CHARLOTTE RESOURCES INC.

3358 Tamiami Trail North
PORT CHARLOTTE, FL  33952
Tax ID # 223525039
Printed on June 30, 2006 at 02:10 pm by AXR

Responsi

Act No: 009070
Name  : DOROTHY BIRD
        1000 KINGS HWY #60
        PORT CHARLOTTE, FL  33980

Home #: (941)743-9015        SSN: 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
Work #: (201)000-0000        DOB:  5/31/29
Ref MD: 00702    HUGUENIN MD, TATIANA
Fin Cl: 601    STATE MEDICARE

CARRIERS:  MCR  (Y)   MEDICARE                008226077A         /
           AGA  (Y)   AARP/UHC CLAIMS DIV     07974367111        / 000
           EMP  ( )   RETIRED                                    /
           EMP  ( )   RETIRED                                    /

| Age | Date | Type | IAEUS | Amount | MD | RefMD | AP | CPT/PAC | (1) | Description |
|-----|------|------|-------|--------|----|----|------|----|---------|-------------|
| 87 | 04/28/06 | Payment | Y | 388.74- | 16 | | 004 | N1 | 0106083571 | |
| 87 | 05/10/06 | Payment | Y | 97.19- | 16 | | 004 | F1 | 1096168368 | |
| 87 | 04/28/06 | | Deduct. $ | 0.00 | Co-Ins. $ | 97.19 | | | | |

            >>>      0.00   <<<

Current    9.40    181-360  $---      361-540  $---      541-720  $---



**The MRI Center
of Charlotte County**

3358 Tamiami Trail North
Port Charlotte, FL 33952
(941) 255-5151
(941) 255-5152

**ROMAN ROZIN, M.D.**

| | |
|---|---|
| PATIENT NAME: | **Dorothy Bird** |
| ACCT#: | **9070** |
| DATE OF BIRTH: | **5/31/1929** |
| REQUESTING DR: | **Tatiana Huguenin, MD** |
| SERVICE DATE: | **January 25, 2006** |
| REPORT DATE: | **January 25, 2006** |

STUDY:        **73220 MR UPPER EXT NON JNT WWO**

MR EXAMINATION OF THE LEFT ARM

**HISTORY:** Pain, bruise, limited flexion, palpable mass.

**TECHNIQUE:** T1 axial, T1 axial fat sat, T1 coronal, STIR coronal, T1 sagittal and STIR sagittal, and post-IV contrast axial and sagittal T1 weighted fat suppressed images were also obtained.

**FINDINGS:** At the level marked by vitamin E capsule on the skin as the location of palpable abnormality, on the anterolateral aspect of the arm, there is relative prominence of subcutaneous fat, but otherwise no mass or fluid collection. The muscles of the arm are unremarkable without edema or atrophy. There is no recent myotendinous junction tear. There is no marrow edema or fracture. There is no cortical destruction or periosteal reaction. There is no pathologic post-IV contrast enhancement.

**IMPRESSION:** At the level marked by vitamin E capsule on the skin on the anterolateral aspect of the arm, there is relative prominence of subcutaneous fat. There are no other significant findings.

ROMAN ROZIN, M.D.
RR/msi03/qa01

This document contains privileged and confidential information intended only for the use of the individual entity named above. You are hereby notified that any dissemination, distribution, or copying of this document without the permission of the above individual is strictly prohibited. If you have received this document in error, please notify us immediately by telephone and destroy or return the original document to us at the address indicated. Thank you for your cooperation.

APR-12-2006 WED 07:44 AM DR WILLIAM HOLT          FAX NO. 941 764 6494          P. 02/02

*# 9070*

## MRI OF THE BRAIN WITHOUT CONTRAST

DATE:          March 30, 2006

PATIENT:          BIRD, DOROTHY

DOB:          05-31-29

**William A. Holt, DO**
*Certified, Neurology
&Neurorehabilitation*

**Liliana Montoya, MD**
*Consultative Neurology*

**Mark Browning, PA**
*Physician's Assistant*

CHIEF COMPLAINT: Vertigo and headaches.

TECHNIQUE: Axial and sagittal T1 and T2 weighted images were obtained through the brain.

FINDINGS: There is diffuse cortical atrophy, which is proportional for age. Subcortical white matter shows a few scattered small vessel disease lesions and periventricular white matter disease. Ventricles has normal size. No intra-axial or extra-axial mass lesions are seen. Posterior fossa structures including brain stem, cerebellum and CP angles are unremarkable in appearance. Vertebrobasilar and middle cerebral artery flow is seen by typical flow void signals. No large vessel vascular anomaly is present.

IMPRESSION: Normal MRI of the brain for age. Clinical correlation recommended.

Liliana Montoya, M.D.

LM/MS#0057/ev115
cc: MRI Center of Charlotte County

P.7/8          TO:19543408733          9412555152          JUN-29-2006 15:12 FROM:



**The MRI Center**
**of Charlotte County**

3358 Tamiami Trail North
Port Charlotte, FL 33952
Phone (941) 255-5151
Fax   (941) 255-5152

| | |
|---|---|
| PATIENT NAME: | **Dorothy Bird** |
| ACCT#: | **9070** |
| DATE OF BIRTH: | **5/31/1929** |
| REQUESTING DR: | **Tatiana Huguenin, MD** |
| SERVICE DATE: | **April 4, 2006** |
| REPORT DATE: | **April 4, 2006** |

STUDY: 73221 MR UPPER EXT JNT WO

MRI EXAMINATION OF THE LEFT SHOULDER

**HISTORY:** Possible rotator cuff tear or tendinopathy, fall in September 2005, pain, decreased range of motion.

**TECHNIQUE:** Axial T2 fat saturated, coronal proton density fat saturated and coronal T2, sagittal proton density and sagittal T2 fat saturated images were obtained.

**FINDINGS:** There is a bursal-sided partial-thickness entheseal tear of the posterior aspect of the supraspinatus, 1 cm in width, involving approximately 60-70% of the cross-sectional thickness of the tendon. Minor subacromial-subdeltoid bursitis is noted. There is minor hypertrophy of the acromioclavicular joint. Undersurface of the acromion is flat in the far sagittal image. There is mild lateral downsloping of the anterior aspect of the acromion. The coracoacromial ligament is thickened.

There is a tear of the posterosuperior and superior labrum, violating the biceps anchor. Part of the biceps is normally attached on the supraglenoid tubercle. There is moderate tendinopathy of the long head of the biceps, with early interstitial longitudinal splitting, most pronounced at the level of the intertubercular groove. There is a bulky cordlike middle glenohumeral ligament with an absent anterosuperior labrum (Buford complex). The remainder of the glenoid labrum is intact aside from age-related degenerative change. There is a minimal glenohumeral joint effusion. Suprascapular notch, spinoglenoid notch, and quadrilateral space are unremarkable. There is no edema or atrophy of the rotator cuff muscles. There are no cysts or ganglia associated with the glenoid labrum. Moderate tendinopathy of the distal subscapularis is noted, but no deep partial-thickness tear violating the bursal or articular surface.

**IMPRESSION:**

1.  Bursal-sided partial-thickness entheseal tear of the posterior aspect of the supraspinatus, 1 cm in width, involving approximately 60-70% of the cross-sectional thickness of the tendon.
2.  Findings associated with extrinsic impingement include hypertrophy of the acromioclavicular joint, mild subacromial-subdeltoid bursitis, thickening of the coracoacromial ligament, and mild lateral downsloping of the acromion.
3.  Tear of the posterosuperior and superior labrum, violating the biceps anchor. There is also moderate tendinopathy of the biceps tendon, with early interstitial longitudinal splitting, most pronounced at the level of the intertubercular groove.
4.  Very small glenohumeral joint effusion.
5.  Incidental note is made of a Buford complex.

ROMAN ROZIN, M.D.
RR/msi03

This document contains privileged and confidential information intended only for the use of the individual entity named above. You are hereby notified that any dissemination, distribution, or copying of this document without the permission of the above individual is strictly prohibited. If you have received this document in error, please notify us immediately by telephone and destroy or return the original document to us at the address indicated. Thank you for your cooperation.

========================================================================

Patient #: 15181            DOROTHY BIRD

Birthdate: 05/31/1929   Age:  77      Sex: F          SSN:  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
Dr:     94 FLOUROSCOPY
RDr:   48765 HUGUENIN TATIANA
Date Registered: 01/25/2006


------------------------------------------------------------------------
Bill To #: 15181            DOROTHY BIRD

1000 KINGS HWY #60                            H/Ph #: 941  743 9015
                                             W/Ph #:    000 0000
PORT CHARLOTTE, FL 33980
Patient Type:   1 MEDICARE          Bill Cycle #:   1   Credit Status: 0

------------Last Transactions-------------------------------------------
Charge:   01/25/2006   148.00              Billed Through Dates
Personal: 00/00/0000       .00                 00/00/0000
Insurance: 06/01/2006      .00                 00/00/0000
                                               00/00/0000
Location:     1 SHARPER IMAGING                00/00/0000
Diagnosis: 719.45 PAIN IN JOINT,

------------Current Coverages-------------------------------------------
Cov    Insurance Company     Insurance Plan        Subscriber
1       1 FLORIDA MEDICAR     2 MEDICARE           DOROTHY BIRD
        008226077A

2       6 AARP                                     DOROTHY BIRD
        07974367111           000850

------------Balances----------------------------------------------------
Total Bal:      .53      0 -  30:        .00   Budget Due:         .00
- Pending:      .00     31 -  60:        .00   Non-bud Due:        .53
= Pat Bal:      .53     61 -  90:        .00   Total Due:          .53
                        91 - 120:        .00   Bud Balance:        .00
                       121 - 150:        .53   Bud Payment:        .00
                       151+    :         .00

************************************************************************
                           Debit mode details
************************************************************************

Posting Date: 01/25/2006 Batch: 0002  Patient: 15181    DOROTHY BIRD
Debit #:       23455 U    RDr:  4876HUGUENIN TATIANA
Dr:   1 JE WHITE MD       Loc:   1 SHARPER IMAGING   Total Amount:  148.00
Original Pending Amount:   148.00


------------Claim Information-------------------------------------------

**Harbor Imaging**
3430 Tamiami Trail Suite B
Port Charlotte, FL. 33952
941-883-8383 phone
941-883-8388 fax

# Final Report

Name: *DOROTHY BIRD*
Admit:
Discharge:
Referred by:HUGUENIN

ID:15181
DoB:May 31,1929
Order#:2006125115852937
Reason:Pelvis

Sex:F
MR#:
Completed:Jan 25,2006 11:58

Radiologist:James White MD.
Approved by:James White MD.

Report Date:Jan 25,2006 18:22
Approval Date:Jan 26,2006 08:12

Key Images:0

## OBSERVATION

### PELVIS

***FINDINGS:*** AP view of the pelvis is evaluated. There are degenerative changes involving the pelvis, but no fracture or lytic lesion is seen. There is calcification overlying the left iliac wing that is probably a calcified mesenteric node or other benign process. A calcification is seen near the right greater trochanter that is probably a calcified bursitis, but no fracture or lytic lesion is seen.

## IMPRESSION

1. At least moderately advanced degenerative change involving the patient's pelvis.
2. A calcification near the greater trochanter on the right as well and may reflect a calcified trochanteric bursitis, but otherwise no acute process.

Thank you for this referral.

Electronically signed

James White MD.  Jan 26,2006
08:12



RECEIVED

JAN 27 2006

Jan. 26. 2006 5:17PM OTEH or Imaging,5,2006,2006125121403110  No. 2591  Page 1 of 1

**Harbor Imaging**
**3430 Tamiami Trail Suite B**
**Port Charlotte, FL. 33952**
**941-883-8383 phone**
**941-883-8385 fax**

# Final Report

Name: DOROTHY BIRD
Admit:
Discharge:
Referred by: HUGUENIN

ID:15181
DoB: May 31, 1929
Order#: 2006125121403110
Reason: Lower Extremity

Sex: F
MR#:
Completed: Jan 25, 2006 12:01

Radiologist: James White MD.
Approved by: James White MD.

Report Date: Jan 25, 2006 18:22
Approval Date: Jan 26, 2006 09:38

Key Images: 0

## OBSERVATION

### LEFT FEMUR

*FINDINGS:*  Views of the left femur are evaluated.  There is degenerative change and slight joint space narrowing.  No fracture, lytic lesion, periosteal reaction, or soft tissue mass seen.

## IMPRESSION

1. Degenerative change of the left hip.  Nothing appears acute.

Thank you for this referral.

Electronically signed

James White MD.  Jan 26, 2006
09:38

RECEIVED

JAN 2 7 2006

### HARBOR IMAGING
### 3430 TAMIAMI TRAIL, SUITE B.
### PORT CHARLOTTE, FL  33952
### (941) 883-8383
### FAX (941) 883-8386

**DATE:** 01-25-06
**PATIENT NAME:** DOROTHY BIRD          **DOB:** 05-31-29
**PHYSICIAN:** Dr. Huguenin
**CLINICAL HISTORY:**

### RIGHT FEMUR

**FINDINGS:** Views of the right femur are evaluated.  There are some degenerative changes. The disc space is narrowed.  There is some spurring.  No fracture or lytic lesion is seen.

**IMPRESSION:**
1.     As above.

Thank you for this referral.

James E. White, M.D.                     **Board Certified Diagnostic Radiologist**
                                         *cj/01-26-06*

RECEIVED

JAN 27 2006

```
PATIENT NO           9272547    FAWCETT MEMORIAL HOSP      BILLING DATE      PAGE    1      01371
MED REC NO:          120211     P O BOX 281519             03/06/06
GUARANTOR NO:                   ATLANTA, GA  303841519
PATIENT:                        800-635-0334               ADMITTED      DISCHARGED
BIRD DOROTHY E                                             02/16/06      02/28/06
```

```
BILL TO:
     BIRD DOROTHY E              OUTPATIENT                      FC=01
     1000 KINGS HWY             ADMIT THRU DISCHARGE CLAIM
     UNIT 60
     PORT CHARLOTTE   FL     33980
```

| DATE OF SERVICE | BATCH REF | F DEPT S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|
| 424-PHYS THERP/EVAL | | | | | | | |
| 021606 | 16B354 | 0774 | 676584 | 97001GP | 1 | EVALUATION PT | 514.00 |
| | | | | | | SUBTOTAL: | 514.00 |
| 420-PHYSICAL THERP | | | | | | | |
| 022006 | 20B768 | 0774 | 679387 | G0283GP | 1 | EL ST UN IND NOT WC PT | 130.00 |
| 022006 | 20B768 | 0774 | 676598 | 97035GP | 1 | ULTRASOUND/15 MIN PT | 180.00 |
| | | | | | | SUBTOTAL: | 310.00 |
| 420-PHYSICAL THERP | | | | | | | |
| 022206 | 22B044 | 0774 | 679387 | G0283GP | 1 | EL ST UN IND NOT WC PT | 130.00 |
| 022206 | 22B044 | 0774 | 676598 | 97035GP | 1 | ULTRASOUND/15 MIN PT | 180.00 |
| | | | | | | SUBTOTAL: | 310.00 |
| 420-PHYSICAL THERP | | | | | | | |
| 022406 | 24B290 | 0774 | 679387 | G0283GP | 1 | EL ST UN IND NOT WC PT | 130.00 |
| 022406 | 24B290 | 0774 | 676598 | 97035GP | 1 | ULTRASOUND/15 MIN PT | 180.00 |
| | | | | | | SUBTOTAL: | 310.00 |
| 420-PHYSICAL THERP | | | | | | | |
| 022706 | 27B556 | 0774 | 676600 | 97110GP | 1 | THER EXERCISES 15 MIN | 221.00 |
| 022706 | 27B556 | 0774 | 679387 | G0283GP | 1 | EL ST UN IND NOT WC PT | 130.00 |
| 022706 | 27B556 | 0774 | 676598 | 97035GP | 1 | ULTRASOUND/15 MIN PT | 180.00 |
| | | | | | | SUBTOTAL: | 531.00 |

```
                              TOTAL ANCILLARY CHARGES        1975.00

                                      TOTAL CHARGES          1975.00
                                      PAYMENTS                    .00
                                      ADJUSTMENTS                 .00
                                      BALANCE                1975.00
```

A FOR PROFIT, TAX PAYING HOSPITAL LICENSED BY
THE STATE OF FLORIDA TAX ID# 65-0252846

```
PATIENT NO:          9304659   FAWCETT MEMORIAL HOSP      BILLING DATE   PAGE    1    01371
MED REC NO:           120211   P O  BOX 281519             03/31/06
GUARANTOR NO:                  ATLANTA, GA  303841519
PATIENT:                       800-635-0334               ADMITTED       DISCHARGED
BIRD DOROTHY E                                            03/01/06       03/23/06
```

```
BILL TO:
    BIRD DOROTHY E              OUTPATIENT                    FC=01
    1000 KINGS HWY             ADMIT THRU DISCHARGE CLAIM
    UNIT 60
    PORT CHARLOTTE   FL      33980
```

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 420-PHYSICAL THERP | | | | | | | | |
| 030106 | 01B847 | 0774 | | 676600 | 97110GP | 1 | THER EXERCISES 15 MIN | 221.00 |
| 030106 | 01B847 | 0774 | | 679387 | G0283GP | 1 | EL ST UN IND NOT WC PT | 130.00 |
| 030106 | 01B847 | 0774 | | 676598 | 97035GP | 1 | ULTRASOUND/15 MIN PT | 180.00 |
| | | | | | | | SUBTOTAL: | 531.00 |
| 420-PHYSICAL THERP | | | | | | | | |
| 030306 | 03B113 | 0774 | | 676600 | 97110GP | 1 | THER EXERCISES 15 MIN | 221.00 |
| 030306 | 03B113 | 0774 | | 679387 | G0283GP | 1 | EL ST UN IND NOT WC PT | 130.00 |
| | | | | | | | SUBTOTAL: | 351.00 |
| 420-PHYSICAL THERP | | | | | | | | |
| 030606 | 06B379 | 0774 | | 676600 | 97110GP | 1 | THER EXERCISES 15 MIN | 221.00 |
| 030606 | 06B379 | 0774 | | 679387 | G0283GP | 1 | EL ST UN IND NOT WC PT | 130.00 |
| | | | | | | | SUBTOTAL: | 351.00 |
| 921-PERIPHERAL VASCULAR LAB | | | | | | | | |
| 030906 | 09B729 | 0743 | | 677060 | 93880 | 1 | DUP EXTRACRANIAL BIL | 1126.00 |
| | | | | | | | SUBTOTAL: | 1126.00 |
| 420-PHYSICAL THERP | | | | | | | | |
| 031006 | 10B893 | 0774 | | 676600 | 97110GP | 1 | THER EXERCISES 15 MIN | 221.00 |
| 031006 | 10B893 | 0774 | | 679387 | G0283GP | 1 | EL ST UN IND NOT WC PT | 130.00 |
| | | | | | | | SUBTOTAL: | 351.00 |

```
                               TOTAL ANCILLARY CHARGES      2710.00

                                  TOTAL CHARGES             2710.00
                                       PAYMENTS                  .00
                                    ADJUSTMENTS                  .00
                                       BALANCE             2710.00
```

A FOR PROFIT, TAX PAYING HOSPITAL LICENSED BY
THE STATE OF FLORIDA TAX ID# 65-0252846



| Patient | | Unit # | Service/Location | Status Date | Account # |
|---|---|---|---|---|---|
| **BIRD,DOROTHY E** | | F000120211 | PHYSICAL THERAPY | REG RCR 02/16/06 | **F09272547** |

**PATIENT**

Soc Sec No   DOB        Age    Sex MS  Race Religion
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  05/31/29   76     F   W   W    BAPTIST
Address:  1000 KINGS HWY UNIT 60
          PORT CHARLOTTE,FL 33980
Home Ph:  941-743-9015        County: CHARLOTTE
E-mail:

**PATIENT EMPLOYER**

RETIRED

... 00000
Work Phone: 999-999-9999
Occupation: HOUSEKEEPING

**GUARANTOR**

BIRD,DOROTHY E                SS#: 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
Address:  1000 KINGS HWY UNIT 60
          PORT CHARLOTTE,FL 33980
Home Ph:  941-743-9015        County: CHARLOTTE
Relationship to Patient: SAME AS PATIENT (SELF)

**GUARANTOR EMPLOYER**

RETIRED

... 00000
Work Phone: 999-999-9999
Occupation: HOUSEKEEPING

**PERSON TO NOTIFY**               **NEXT OF KIN**             **TEMPORARY ADDRESS**

SHOCK,REBECCA                     HOWARD,ROGER
430 SALISBURY ST
PORT CHARLOTTE,FL 33954          HARDWICH,VT 99999
Hm: 941-743-5704  Wk: 999-999-9999   Hm: 802-472-5065  Wk: 802-472-6006   Ph:          Thru:
Rel to Patient: FRIEND/OTHER      Rel Patient: SON             Note:

**INSURANCE #1**              Policy # 00B226077A           **AUTHORIZATION**
MEDICARE MUTUAL PART AB       Coverage #                   Treat/Precert  NR OP
PO BOX 1602                   Subscriber BIRD,DOROTHY E
OMAHA, NE  68101             Rel to Pt  SAME AS PATIENT (SELF)      Insured DOB  05/31/29
Phone 402-351-5419            Eff. 05/01/94 to       Rel Y Assign Y
Contact V 110802 FL           Group 99999 - MEDICARE MUTUAL PART AB

**INSURANCE #2**              Policy # 07974367111          **AUTHORIZATION**
AARP MCR SUP                  Coverage #                   Treat/Precert  NR OO
P.O. BOX 740819               Subscriber BIRD,DOROTHY E
ATLANTA, GA  30374           Rel to Pt  SAME AS PATIENT (SELF)      Insured DOB  05/31/29
Phone 800-523-5800            Eff. 12/01/01 to       Rel Y Assign Y
Contact 8005235800            Group 000850 - HEALTH CARE OPTIONS

**INSURANCE #3**              Policy #                     **AUTHORIZATION**
                             Coverage #                   Treat/Precert
                             Subscriber
                             Rel to Pt                              Insured DOB
Phone                         Eff.        to        Rel  Assign
Contact                       Group

**OCCURRENCES**                   **CONDITIONS**              **SPAN CODES**

Code Type                  Date      Time   Code Type
11   DATE ONSET OF SYMPTOMS      02/10/06      09  PATIENT/SP UNEMPLOYED       Code      From       Thru
18   DATE BENFCY/PATIENT RETIRED 01/01/94
29   DATE OP PT PLAN ESTAB OR REWD 02/14/06
35   DATE PT TREATMENT STARTED   02/14/06

                                                                    Special Program

Last Hospitalization                    Admission Comment                        Financial Class
                                        $0 DUE                                   MCR

**PHYSICIANS**

Attending  941-365-0770    HCIS     Admitting            HCIS     Emergency Room Physician    HCIS
HUGUENIN,TATIANA L          9956
Prim Care Physician         HCIS     Family Physician     HCIS     Other Physician
                                     SALAZAR,WILLIAM MD

**ADMISSION/REGISTRATION**

Date      Time  Source       Rm/Bed  Arrival     Principal Admitting Diagnosis/Reason for Visit   Admitted By
02/16/06  1436  PHYSICIAN REFERRAL    /           L ARM PAIN                                       FAM:BES
                If there is a script will it be faxed or will pt bring it  S   SCRIPT ATTACHED



REGISTRATION FORM IN PROCESS

Fawcett Memorial Hospital
21298 Olean Blvd., Port Charlotte, FL 33952  (941) 629-1181

Unit#

Printed 02/16/06  1437
**** Medical Chart ****

*Sarasota* Arthritis Center

3500 S. Tamiami Trail
Sarasota, Florida 34239
941-365-1770

□ *Bradenton* Arthritis Center
Suite 2100
300 Riverside Drive E.
Bradenton, Florida 34208

□ *Venice* Arthritis Center
411 Commercial Ct., Suite C
Venice, Florida 34292

□ *Englewood* Arthritis Center
684 S. Indiana Ave.
Englewood, Florida 34233

□ *Pt. Charlotte* Arthritis Center
1705 Tamiami Trail
Port Charlotte, Florida 33948

□ *Sarasota* Arthritis Research Center
1945 Versailles, Suite 101
Sarasota, Florida 34239

□ Ronald I. Weitzner, M.D.
□ Richard A. Yonker, D.O.
□ Jeffrey L. Kaine, M.D.
□ Daniel Small, M.D.
□ Yoel Drucker, M.D.
□ Robert L. Ikeman, M.D.
□ Tatiana Huguenin, M.D.
□ Charles R. Mills, M.D.
□ Luis M. Garzon, PA.-C

DEA#_____

R

Name  Dorothy Bird

Address _____

Date  Feb. 2, 2006

Strength  Amount  Directions

1  PT Ⓛ arm soft tissue mreneberance

2  Lazer / US evaluate & treat

3  2-3 a week x 3 weeks

4

Label
Refill
Label
Refill
Label
Refill
Label
Refill

_____ Huguenin  M.D. / D.O.

829-4445

Substitutions allowed
as approved



# awcett ⚘ Memorial Hospital
## Sports & Rehab Services

### Plan of Treatment for Outpatient Physical Therapy

Patient Last Name: _Bird_    First Name: _Dorothy_
D.O.B. _05/31/29_    SS# _008 - 22 - 6077_
Provider: Fawcett Memorial Hospital/FSRS:    Provider #:65-0242846 Medicare: 100236
Primary Diagnosis: _Due soft tissue_    Treatment Diagnosis: _____
_injury_
Onset Date: _09/05_    Start of Care Date: _02/16/06_
Initial Assessment:

Social History/Previous Functional Status: _Pt | Res alone_

Patient Goals: _↓ pain, ↑ function_

History of injury/Aggravating/Relieving Factors: _Pt. = slip and fell at WM_
_Dixie 9/05 striking her ® UE and ® hip. Pt. relates ® hip_
_soreness and ® UE intractable pain. MRI (-) x ray (-) ® UE._
_Patient notes pain @ rest and with activity esp. shoulder_
_level or above. Unable to sleep sidelying ® STbe. Denies_
_paresthesias or weakness. No MRI of ® shoulder to date_
_Prior ® RTC tear, HTN, RA, OA, depression_

Pain Scale    No Pain 0. 1. 2. 3. 4. 5. 6. 7.(8.)9. 10 Excruciating

Limitations in A.D.L.'s: _dressing, grooming, houseware & driving_
Visual Inspections/Gait Pattern: _∅ deviations_

### R. O. M. Active & Passive/Muscle Strength:

| BUE: AROM | R | L | BUE: MMT | R | L |
|---|---|---|---|---|---|
| Shoulder √ | 150° | 95° | Shoulder √ | 4/5 | -3/5 |
| √ | 70° | 45° | √ | | 3/5 |
| ab | 140° | 80° | ab | | -3/5 |
| ER | 55° | 35° | ER | | -3/5 |
| add | 0° | 0° | add | | 4/5 |
| IR | 80° | 80° | IR | | 4/5 |

Continue on Backside

*Specific Evaluation/Neurological/Reflexes/Balance/Stability/Testscores:*

*Tests:* unable to place hand into mid back, (+) impingement, (+) empty can test, (+) full can test, (-) drop arm test, (-) speed's test (-) cervical compression. (-) elbow varus/valgus, (-) golfers, (-) tennis elbow tests.

*Palpation:* Tender to palpation over (L) SS, infraspinatus and teres minor along with post. deltoid. Tender over (distal) biceps insertion and distal muscle belly.

*Conclusion/Impression of Findings:* Findings consistent with possible RTC pathology due to orthopedic tests (+) for same. Tender over (distal) biceps insertion but (-) speed's test (-) ortho tests for elbow pathology

*Rehab Potential:* Excellent ___ Good ___✓___ Fair _____ Poor _____

*Goals:* LTG (4-8 wks)  ↑ AROM by 20%
                           Pain 0-3 /10
                           (-) impingement test
          STG (2-4 wks) ↑ AROM by 10%
                           Pain 0-5 6/10

*Plan/Therapies/Modalities:* Therapeutic exercise, manual therapy, US, E-Stim; heat/ice

Frequency/Duration: __3__ x/week for __3__ weeks    Ave Amount of treatment __30__ Minutes.
Certification: from _02/16/06_ to _03/14/06_    Prior Hospitalization: from _____ to _____ NA ____

Physician's Name: _Dr. Huguerin_ , I certify the need for these services furnished under this plan of Treatment and while under my care.

Physician's Signature: _____    Date: _2/20/06_

Therapist Signature: _____    Patient Signature: _Dorothy Bird_
Visits from S.O.C. _____    Service Dates: from _____ to _____
Functional Level at End of Billing Period:

Continue Services _____    or Discharge Services _____

# awcett Memorial Hospital
## Sports & Rehab Services

## Plan of Treatment for Outpatient Physical Therapy

Patient Last Name: Bird        First Name: Dorothy
D.O.B. 05/31/29               SS# 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
Provider: Fawcett Memorial Hospital/FSRS    Provider #:65-0242846 Medicare: 100236
Primary Diagnosis: Due soft tissue    Treatment Diagnosis:
injury
Onset Date: 09/05           Start of Care Date: 02/16/06

_Initial Assessment:_

_Social History/Previous Functional Status:_ Pt. lives alone

_Patient Goals:_ ↓ pain, ↑ function

_History of injury/Aggravating/Relieving Factors:_ Pt. c̄ slip and fell at WINN
DIXIE 8/05 striking her (L) UE and (R) hip. Pt. relates (L) hip
soreness and (L) UE intractable pain. MRI (-) x-ray (-) (L) UE.
Patient notes pain @ rest and with activity esp. shoulder
level or above. Unable to sleep side-lying (L) side. Denies
paresthesias or weakness. No MRI of (L) shoulder to date.
PMHx (R) RTC tear, HTN, RA, OA, depression

Pain Scale        No Pain  0. 1. 2. 3. 4. 5. 6. 7.(8) 9. 10 Excruciating

_Limitations in A.D.L.'s:_ dressing, grooming, housework & driving
_Visual Inspections/Gait Pattern:_ ∅ deviations

_R. O. M. Active & Passive/Muscle Strength:_



| BUE: AROM | R | L | | BUE: MMT | R | L |
|-----------|------|------|---|----------|------|------|
| Shoulder ✓ | 150° | 95° | | Shoulder ✓ | 4/5 | -3/5 |
| ✓ | 70° | 45° | | ✓ | | 3/5 |
| ab | 148° | 80° | | ab | | -3/5 |
| ER | 58° | 35° | | ER | | -3/5 |
| add | 0° | 0° | | add | | 4/5 |
| IR | 80° | 80° | | IR ↓ | | 4/5 |

Continue on Backside

# Fawcett Memorial Hospital
## Sports & Rehab Services

3280 Tamiami Trail, Suite 11
Port Charlotte, FL 33952
(941) 764-1333

NAME: _Dorothy Best_    DATE: _2-16-06_

Your answers to the following questions will help your therapist individualize your plan of treatment. All information provided will remain confidential. If you need more space, please use the back of this sheet. Please ask your therapist for help if you do not understand any part of this. Thank you for your help.

1. What is the reason you are seeking treatment today? _my doctor want me to try_

2. Have you ever been diagnosed as having any of the following conditions: (Circle each that applies)

| | |
|---|---|
| YES (NO) Cancer. IF YES, describe what kind: _____ | (YES) NO Rheumatoid Arthritis |
| YES NO Heart Problems | (YES) NO Other Arthritic Conditions |
| YES (NO) Circulation Problems | (YES) NO Depression |
| (YES) NO High Blood Pressure | YES (NO) Hepatitis |
| YES (NO) Asthma | YES (NO) Tuberculosis |
| YES (NO) Emphysema/Bronchitis | YES (NO) Stroke |
| YES (NO) Chemical dependency (i.e., alcoholism) | YES (NO) Kidney Disease |
| YES (NO) Thyroid Problems | YES (NO) Anemia |
| YES (NO) Diabetes | YES NO Epilepsy |
| YES (NO) Multiple Sclerosis | YES NO Other _____ |

3. Past Surgeries and approximate date:

| Date | Surgery/Hospitalization | Reason |
|---|---|---|
| | | |
| | | |
| | | |

4. Please describe any injuries for which you have been treated (including fractures, dislocations, sprains, strains) and the approximate date of injury.

5. What specific goals would you like to achieve in your therapy? _____

6. Please rate your pain (if having any) 0 1 2 3 4 5 6 7 (8)(9) 10 Excruciating
   Please describe the location of your pain: _in my left arm elbow and shoulder_

7. Please list any leisure activities or hobbies you enjoy doing and/or any normal physical activities you Participate in: _____

8. Please explain if you need assistance with normal daily activities: _____

9.  Current Medications:
Name of medication                          Dosage                    Frequency taken

_See attached list_
_Depica   1 cap X 2    75 MG_

10. Allergies: _None_

## FOR THERAPIST TO COMPLETE:

Learning Needs Assessed:
Understands Diagnosis  Yes _____  No _____  Understands Treatment  Yes _____  No _____

Preferred Learning Method: (Circle)
One to One        Demonstration        (Written Reading)        Video

Factors Affecting Learning: (Circle)
Barriers: Language   Literacy   Emotional   Religious/Cultural   Physical/Cognitive

Impaired: Vision  Hearing  Motor Skills  Discomfort/Pain  Alert/Oriented  Anxiety
          Denial  Altered Mental Status/Medications    Confused  Disoriented
          Non-Responsive   Long/Short Term Memory Loss

Support Systems To Assist Learning:
Spouse   Family Member    Friend    No Support
Names of Persons to be Included in Teaching: _____

Patient Signature: _Dorothy Bird_                  Date: _02/14/05_
Therapist Signature: _____               Date: _02/14/05_

_Specific Evaluation/Neurological/Reflexes/Balance/Stability/Testscores:_

Tests: unable to place hand into mid back, (+) impingement, (+) empty can
test, (+) full can test, (-) drop arm test, (+) speed's test
(-) cervical compression. (-) elbow varus/valgus, (-) golfers, (-) tennis elbow
tests.

_Palpation:_ Tender to palpation over (L) SS, infraspinatus and teres minor along
with post. deltoid. Tender over (distal) biceps insertion and distal
muscle belly.

_Conclusion/Impression of Findings:_ Findings consistent with possible RTC pathology
due to orthopedic tests (+) for same. Tender over (distal) biceps
insertion but (+) speed's test. (-) ortho tests for elbow pathology

_Rehab Potential:_     Excellent ____     Good __✓__     Fair _____     Poor _____

Goals: LTG (4-8 wks)    ↑ AROM by 2020
                         Pain 0 - 3 / 10
                         (-) impingement test
        STG (2-4 wks)    ↑ AROM by 1020
                         Pain 0 - 5 / 10

_Plan/Therapies/Modalities:_ therapeutic exercise, manual therapy, US,
E-Stim, heat/ice

Frequency/Duration: __3__ x/week for __3__ weeks     Ave Amount of treatment __30__ Minutes.
Certification: from __02/16/06__ to __03/14/06__     Prior Hospitaliation: from _____ to _____ NA

Physician's Name: __Dr. Huguerin_____ , I certify the need for these services furnished under this plan of
                                              Treatment and while under my care.

Physicican's Signature: _____     Date: _____

Therapist Signature: _____     Patient Signature: _Dorothy Bird_
Visits from S.O.C. _____     Service Dates: from _____ to _____
Functional Level at End of Billing Period:

_____

Continue Services _____ or Discharge Services _____

# Fawcett Memorial Hospital
*Sports & Rehab Services*

Patient Name: _Bud Dooley_

| Date: _02/16/06_ Tx# _1_ | Date: _02/20/06_ Tx# _2_ | Date: _02/22/06_ Tx# _3_ |
|---|---|---|
| S. _____ | S. _____ | S. _tx was alot better_ _I slept most"_ |
| Pain Scale: _____ | Pain Scale: _____ | Pain Scale: _____ |
| O: Ther ex/ROM/HEP ____ | O: Ther ex/ROM/HEP ____ | O: Ther ex/ROM/HEP ____ |

| Time in: ____ Out: _1548_ | Time in: ____ Out: ____ | Time in: ____ Out: ____ |
| Modalities: ____ | Modalities: _US 1.4w/cm_ _Cont Oscler_ | Modalities: _US 1.7w/cm_ _Cont Oscler_ |
| Time in: ____ Out: ____ | Time in: _1600_ Out: _1610_ | Time in: _1345_ Out: _1400_ |
| Modalities: ____ | Modalities: _IFC 80-150Hz_ _Oscler_ | Modalities: _IFC 80 100Hz_ |
| Time in: ____ Out: ____ | Time in: _1615_ Out: _1635_ | Time in: _1400_ Out: _1415_ |
| Massage: ____ | Massage: ____ | Massage: ____ |
| Time in: ____ Out: ____ | Time in: ____ Out: ____ | Time in: ____ Out: ____ |
| Pt. Education: ____ | Pt. Education: ____ | Pt. Education: ____ |
| Comments/Assessments: ____ | Comments/Assessments: _Tol tx well_ | Comments/Assessments: _Tol tx well_ |

| Therapist: ____ | Therapist: ____ | Therapist: ____ |

By initialing below, I agree that the treatment documented has been received on the date indicated and that it will be billed to my insurance as such.

Patient Initials: _DB_    Patient Initials: _DB_    Patient Initials: _DCB_

Weekly Funtional Progress:
STG met/st _____

LTG met/set: _____

Plan: _____

Therapist signature: _____ Update due: _____ Max visits: _____

# Fawcett Memorial Hospital
## Sports & Rehab Services

**Patient Name:** Bindy Dorothey

| | | |
|---|---|---|
| **Date:** 02/24/06 Tx# 4 | **Date:** 02/27/06 Tx# 5 | **Date:** 03/01/06 Tx# 6 |
| S. "its really hurting today 4." | S. "It was a lot better this weekend & slept on it this weekend" | S. "Its doing better" "I can raise it higher" |
| **Pain Scale:** _____ | **Pain Scale:** _____ | **Pain Scale:** _____ |
| **O:** Ther ex/ROM/HEP _____ | **O:** Ther ex/ROM/HEP — Pulleys √ daб — Bicurles & fwd/return & SJS | **O:** Ther ex/ROM/HEP — Instruction Towel Stretch — Pulley √ daб — ball tosses fwd/return & STB |

| | | |
|---|---|---|
| **Time in:** ____ **Out:** ____ | **Time in:** 1200 **Out:** 1215 | **Time in:** 1630 **Out:** 1355 |
| **Modalities:** | **Modalities:** IR 1.3 w/ wc | **Modalities:** IR 50-100w |
| **Time in:** 1220 **Out:** 1240 | **Time in:** 1218 **Out:** 1228 | **Time in:** 1300 **Out:** 1315 |
| **Modalities:** IFC 80-150Hz | **Modalities:** IFC 80-150Hz once | **Modalities:** |
| **Time in:** 1245 **Out:** 1300 | **Time in:** 1230 **Out:** 1248 | **Time in:** ____ **Out:** ____ |
| **Massage:** | **Massage:** | **Massage:** |
| **Time in:** ____ **Out:** ____ | **Time in:** ____ **Out:** ____ | **Time in:** ____ **Out:** ____ |
| **Pt. Education:** | **Pt. Education:** | **Pt. Education:** |
| **Comments/Assessments:** Tol towell) | **Comments/Assessments:** Tol. & getting fair. Cont c POC | **Comments/Assessments:** |

| | | |
|---|---|---|
| **Therapist:** PSCl | **Therapist:** PSCl | **Therapist:** PSCl |

By initialing below, I agree that the treatment documented has been received on the date indicated and that it will be billed to my insurance as such;

| **Patient Initials:** D.E.B | **Patient Initials:** D.E.B | **Patient Initials:** ____ |
|---|---|---|

**Weekly Funtional Progress:**

STG met/st _____

LTG met/set _____

Plan: _____

**Therapist signature:** _____ **Update due:** _____ **Max visits:** _____

# Fawcett Memorial Hospital
### Sports & Rehab Services

Patient Name: _Birdy Dorothy_

| | | |
|---|---|---|
| Date: 03/03/06  Tx# 7 | Date: 03/06/06  Tx# 8 | Date: 03/09/06  Tx# 9 |
| S. "this elbow is really hurting" | S. "Everything was much better" | S. "I reached for a door yesterday and hurt it again" |
| Pain Scale: 3/10 | Pain Scale: 3-5/10 | Pain Scale: 8/10 |

| O: Ther ex/ROM/HEP | O: Ther ex/ROM/HEP | O: Ther ex/ROM/HEP |
|---|---|---|
| | Ball on wall str - pt unable to perform UBE 4' pulleys Ball squeeze | UBE 4' Pulleys 1/dab PROM V=123° ab= 95° |

| | | |
|---|---|---|
| Time in: 1545  Out: 1600 Modalities: | Time in: 1600  Out: 1620 Modalities: IFC 80-150x12 Rt shoulder | Time in: 1415  Out: 1440 Modalities: Ice |
| Time in:  Out: Modalities: IFC 80 Rt elbow | Time in: 1625  Out: 1640 Modalities: | Time in: 1440  Out: 1450 Modalities: |
| Time in: 1600  Out: 1615 Massage: | Time in:  Out: Massage: | Time in:  Out: Massage: |
| Time in:  Out: Pt. Education: | Time in:  Out: Pt. Education: | Time in:  Out: Pt. Education: |
| Comments/Assessments: lateral epicondyle tenderness | Comments/Assessments: cont poc | Comments/Assessments: Improved PROM Re-injury set back |

| | | |
|---|---|---|
| Therapist: | Therapist: | Therapist: |

By initialing below, I agree that the treatment documented has been received on the date indicated and that it will be billed to my insurance as such.

Patient Initials: _____    Patient Initials: _____    Patient Initials: _____

**Weekly Funtional Progress:**

STG met/st _____

LTG met/set: _____

Plan: _____

Therapist signature: _____ Update due: _____ Max visits: _____

# Fawcett Memorial Hospital
## Sports & Rehab Services

Patient Name: _Brc, Drothy_

| | | |
|---|---|---|
| Date: _03/10/06_  Tx# _10_ | Date: _____ Tx# ___ | Date: _____ Tx# ___ |
| S. _"Tg not much____ | S. _____ | S. _____ |
| _____" | | |
| Pain Scale: _____ | Pain Scale: _____ | Pain Scale: _____ |
| O: Ther ex/ROM/HEP _____ | O: Ther ex/ROM/HEP _____ | O: Ther ex/ROM/HEP _____ |

Time in: _1600_  Out: _1615_
Modalities: _____

Time in: _1615_  Out: _1630_
Modalities: _____

Time in: _____ Out: _____
Massage: _____

Time in: _____ Out: _____
Pt. Education: _____

Comments/Assessments: _____

Therapist: _____

By initialing below, I agree that the treatment documented has been received on the date indicated and that it will be billed to my insurance as such.

Patient Initials: _____    Patient Initials: _____    Patient Initials: _____

Weekly Funtional Progress:
STG met/st _____

LTG met/set: _____

Plan: _____

Therapist signature: _____ Update due: _____ Max visits: _____



# Fawcett Memorial Hospital
## Sports & Rehab Services

### BUSINESS OFFICE DISCHARGE CHECK LIST

Patient Name: _Dorothy E. Bird_

Discharge Date: _3-10-06_

*Please check to see if forms are present, signed and dated. If complete, please check Appropriate box. If not complete, please give to appropriate registrar for completion.*

|  | Complete | Incomplete |
|---|---|---|
| Face Sheet | ✓ | ___ |
| Informed Consent | ✓ | ___ |
| Copy of Picture Identification | ✓ | ___ |
| Copy of Ins. Card(s) if applicable | ✓ | ___ |

_Sarah Jenkins_
Signature of Business Office Personnel Auditing Chart

_4/21/06_
Date