

**AMEEN & DRUCKER, P.A.**
LAW OFFICES

JOHN D. AMEEN
GARY J. DRUCKER
JASON SCOTT DRAGUTSKY
CHAD M. MUNEY

TELEPHONE 954.340.7277
FACSIMILE 954.340.8733
TOLL-FREE 800.953.2858

3111 UNIVERSITY DRIVE
SUITE 901
CORAL SPRINGS, FLORIDA 33065

December 21, 2006

**FILED ELECTRONICALLY**
**VIA CM/ECF LIVE DATABASE**

Clerk of the Court
United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, FL 32202

    RE:    CHARLES CARLINI vs. WINN-DIXIE STORES, INC.

| | | |
|---|---|---|
| Date of Loss | : | 5/13/06 |
| Defendant | : | Winn-Dixie Stores, Inc. |
| Bankruptcy Case No. | : | 05-03817-3F1 |
| Winn-Dixie Claim # | : | A611204198-001-01 001 |
| Our Client | : | Charles Carlini |
| Our File No. | : | 06-06-3364 |

Dear Ms. Bennett:

    We represent Charles Carlini in the above-captioned claim against Winn-Dixie Stores, Inc. Please accept this correspondence as our application for payment of the claim.

    On May 13, 2006, Mr. Carlini was in Winn-Dixie Store # 0256 located in Lantana, Florida as a business invitee. While he in the store, Mr. Carlini slipped and fell on potato chips that were spilled on the floor. Liability is not an issue as Winn-Dixie has a duty to provide a safe shopping environment for its customers. Store employees knew or should have known that the potato chips were on the floor and taken steps to prevent Mr. Carlini from stepping in them and falling.

    Mr. Carlini was seriously and permanently injured in this incident. As proof of his claim, we have attached all pertinent medical records and billing to date. Mr. Carlini suffered back injuries and resulting pain as result of this incident. He continues to treat with his physicians and to date has undergone several sacroiliac injections to manage his ongoing pain.

    As a direct result of this incident, Mr. Carlini incurred the following medical bills:

| | | |
|---|---|---|
| 1) | Palm Beach Lakes Surgery Center | $10,950.00 |
| 2) | Regional Diagnostic LLC | $ 1,380.00 |
| 3) | Jane E. Bistline, M.D. (pain management) | $ 9,550.00 |
| 4) | Jane E. Bistline, M.D. (anesthesia) | $ 8,400.00 |
| 5) | Heldo Gomez, M.D. | $will provide |
| | **TOTAL MEDICAL BILLS (estimated):** | **$30,280.00** |

Mr. Carlini's treatment is ongoing and these bills are continuing to grow. It is my understanding that he is going to be undergoing some additional procedure but the exact procedure or the cost is unknown to the undersigned at this time.

As clearly indicated in the medical records, Mr. Carlini was seriously and permanently injured in this incident. Our client now experiences constant pain and suffering as a result of Winn-Dixie's negligence.

As stated above, Mr. Carlini's medical bills to date total $30,280.00. Based on out-of-pocket medical expenses, both past and future, pain and suffering and the resulting injuries from the case, we respectfully request $250,000.00 to settle this claim.

If you have any questions or comments, please feel free to contact us.

Very truly yours,

Gary J. Drucker

GJD: tj
Attachments

# HEALTH INSURANCE CLAIM FORM

**1500**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

AMEEN & DRUCKER
3111 UNIVERSITY DRIVE
SUITE 901
CORAL SPRINGS, FL 33065

| | | |
|---|---|---|
| PICA | | PICA |

1. MEDICARE / MEDICAID / TRICARE CHAMPUS / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER [X]
1a. INSURED'S I.D. NUMBER: 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

2. PATIENT'S NAME: CARLINI, CHARLES
3. PATIENT'S BIRTH DATE: 06 27 1950   SEX: M [X]
4. INSURED'S NAME: CARLINI, CHARLES

5. PATIENT'S ADDRESS: 4 ROGART CIR
6. PATIENT RELATIONSHIP TO INSURED: Self [X]
7. INSURED'S ADDRESS: 4 ROGART CIR

CITY: BOYNTON BEACH   STATE: FL
8. PATIENT STATUS: Married [X]
CITY: BOYNTON BEACH   STATE: FL

ZIP CODE: 33426   TELEPHONE: (561) 968-3706
ZIP CODE: 33426   TELEPHONE: (561) 968-3706

9. OTHER INSURED'S NAME:
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER: DOA: 05-13-06

a. OTHER INSURED'S POLICY OR GROUP NUMBER:
a. EMPLOYMENT? NO [X]
a. INSURED'S DATE OF BIRTH: 06 27 1950   SEX: M [X]

b. OTHER INSURED'S DATE OF BIRTH:
b. AUTO ACCIDENT? NO [X]   PLACE (State):
b. EMPLOYER'S NAME OR SCHOOL NAME:

c. EMPLOYER'S NAME OR SCHOOL NAME:
c. OTHER ACCIDENT? NO [X]
c. INSURANCE PLAN NAME OR PROGRAM NAME: AMEEN & DRUCKER

d. INSURANCE PLAN NAME OR PROGRAM NAME:
10d. RESERVED FOR LOCAL USE:
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [X]

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE: Signature on file   DATE 11 29 2006
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE: Signature on file

14. DATE OF CURRENT:
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS:
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION:

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: EDWIN MALDONADO
17a. 
17b. NPI: 66751
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES:

19. RESERVED FOR LOCAL USE:
20. OUTSIDE LAB? NO   $ CHARGES:

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
1. 720.2

22. MEDICAID RESUBMISSION CODE:   ORIGINAL REF. NO.:
23. PRIOR AUTHORIZATION NUMBER:

| | A. DATE(S) OF SERVICE From — To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS  MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10202006  10202006 | 24 | 13 | 27096  SG RT | 1 | 1,570.00 | 1 | | NPI | |
| 2 | 10202006  10202006 | 24 | 13 | 27096  SG LT | 1 | 1,570.00 | 1 | | NPI | |
| 3 | 10202006  10202006 | 24 | 13 | 76005  SG | 1 | 510.00 | 1 | | NPI | |
| 4 | | | | | | | | | NPI | |
| 5 | | | | | | | | | NPI | |
| 6 | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER: 27-0068787   EIN [X]
26. PATIENT'S ACCOUNT NO.: 1902
27. ACCEPT ASSIGNMENT? YES [X]
28. TOTAL CHARGE: $ 3,650.00
29. AMOUNT PAID: $ 0.00
30. BALANCE DUE: $ 3,650.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: Signature on File   SIGNED 11 29 2006
32. SERVICE FACILITY LOCATION INFORMATION:
PALM BEACH LAKES SURGERY
2047 PALM BEACH LAKES BL
WEST PALM BE, FL 33409
33. BILLING PROVIDER INFO & PH #:
PALM BEACH LAKES SURGERY CE
2047 PALM BEACH LAKES BLVD
WEST PALM BEACH, FL 33409
a. 27-0068787

NUCC Instruction Manual available at: www.nucc.org
Mfd. by Medical Arts Press
Call toll-free: 1-800-328-2179

PLEASE PRINT OR TYPE
Printed on Recycled Paper

APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)
#14710 - Medical Arts Press
Use with Envelope #14145 (gummed) or #14146 (self-seal)

AMEEN & DRUCKER
3111 UNIVERSITY DRIVE
SUITE 901
CORAL SPRINGS, FL 33065

**1500**

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

| | |
|---|---|
| PICA | PICA |

1. MEDICARE / MEDICAID / TRICARE CHAMPUS / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG [X] / OTHER
1a. INSURED'S I.D. NUMBER: 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

2. PATIENT'S NAME: CARLINI, CHARLES
3. PATIENT'S BIRTH DATE: 06 27 1950  SEX: M [X]
4. INSURED'S NAME: CARLINI, CHARLES

5. PATIENT'S ADDRESS: 4 ROGART CIR
6. PATIENT RELATIONSHIP TO INSURED: Self [X]
7. INSURED'S ADDRESS: 4 ROGART CIR

CITY: BOYNTON BEACH  STATE: FL
8. PATIENT STATUS: Married [X]
CITY: BOYNTON BEACH  STATE: FL

ZIP CODE: 33426  TELEPHONE: (561) 968-3706
ZIP CODE: 33426  TELEPHONE: (561) 968-3706

9. OTHER INSURED'S NAME: ,
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER: DOA: 05-13-06

a. OTHER INSURED'S POLICY OR GROUP NUMBER:
a. EMPLOYMENT? NO [X]
a. INSURED'S DATE OF BIRTH: 06 29 1950  SEX: M [X]

b. OTHER INSURED'S DATE OF BIRTH:
b. AUTO ACCIDENT? NO [X]  PLACE (State):
b. EMPLOYER'S NAME OR SCHOOL NAME:

c. EMPLOYER'S NAME OR SCHOOL NAME: ,
c. OTHER ACCIDENT? NO [X]
c. INSURANCE PLAN NAME OR PROGRAM NAME: AMEEN & DRUCKER

d. INSURANCE PLAN NAME OR PROGRAM NAME:
10d. RESERVED FOR LOCAL USE:
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? NO [X]

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: Signature on file  DATE: 11 29 2006

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: Signature on file

14. DATE OF CURRENT:
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS:
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION:

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: EDWIN MALDONADO
17a. H66751
17b. NPI
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES:

19. RESERVED FOR LOCAL USE:
20. OUTSIDE LAB?  $ CHARGES:

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
1. 724.2
2.
3.
4.

22. MEDICAID RESUBMISSION CODE:  ORIGINAL REF. NO.:
23. PRIOR AUTHORIZATION NUMBER:

24.

| # | A. DATE(S) OF SERVICE From | To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11022006 | 11022006 | 24 | 13 | 27096 | SG RT | 1 | 1,570.00 | 1 | | | NPI |
| 2 | 11022006 | 11022006 | 24 | 13 | 27096 | SG LT | 1 | 1,570.00 | 1 | | | NPI |
| 3 | 11022006 | 11022006 | 24 | 13 | 76005 | SG | 1 | 510.00 | 1 | | | NPI |
| 4 | | | | | | | | | | | | NPI |
| 5 | | | | | | | | | | | | NPI |
| 6 | | | | | | | | | | | | NPI |

25. FEDERAL TAX I.D. NUMBER: 27-0068787  EIN [X]
26. PATIENT'S ACCOUNT NO.: 1902
27. ACCEPT ASSIGNMENT? YES [X]
28. TOTAL CHARGE: $ 3,650.00
29. AMOUNT PAID: $ 0.00
30. BALANCE DUE: $ 3,650.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER:
Signature on File
SIGNED  11 29 2006 DATE

32. SERVICE FACILITY LOCATION INFORMATION:
PALM BEACH LAKES SURGERY
2047 PALM BEACH LAKES BL
WEST PALM BE, FL 33409
a. NPI  b.

33. BILLING PROVIDER INFO & PH # ( )
PALM BEACH LAKES SURGERY CE
2047 PALM BEACH LAKES BLVD
WEST PALM BEACH, FL 33409
a. 27-0068787

NUCC Instruction Manual available at: www.nucc.org
Mfd. by Medical Arts Press
Call toll-free: 1-800-328-2179

PLEASE PRINT OR TYPE
Printed on Recycled Paper

APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)
#14710 - Medical Arts Press
Use with Envelope #14145 (gummed) or #14146 (self-seal)

```
                                                                    AMEEN & DRUCKER
PLEASE                                                              3111 UNIVERSITY DRIVE
DO NOT                                                              SUITE 901
STAPLE                                                              CORAL SPRINGS, FL 33065
IN THIS                                                                            APPROVED OMB-0938-0008
AREA
```

☐☐ PICA                       **HEALTH INSURANCE CLAIM FORM**                        PICA ☐☐

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| ☐(Medicare #) | ☐(Medicaid #) | ☐(Sponsor's SSN) | ☐(VA File #) | ☐(SSN or ID) | ☐(SSN) | ☒(ID) | 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 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): CARLINI, CHARLES
3. PATIENT'S BIRTH DATE: 06 27 1950   SEX: M☒ F☐
4. INSURED'S NAME (Last Name, First Name, Middle Initial): CARLINI, CHARLES

5. PATIENT'S ADDRESS (No., Street): 4 ROGART CIR
6. PATIENT RELATIONSHIP TO INSURED: Self ☒ Spouse ☐ Child ☐ Other ☐
7. INSURED'S ADDRESS (No., Street): 4 ROGART CIR

CITY: BOYNTON BEACH   STATE: FL
8. PATIENT STATUS: Single ☐ Married ☒ Other ☐
CITY: BOYNTON BEACH   STATE: FL

ZIP CODE: 33426   TELEPHONE: (561) 968-3706
Employed ☐  Full-Time Student ☐  Part-Time Student ☐
ZIP CODE: 33426   TELEPHONE: (561) 968-3706

9. OTHER INSURED'S NAME: /
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER: DOA: 05-13-06

a. OTHER INSURED'S POLICY OR GROUP NUMBER: /
a. EMPLOYMENT? (CURRENT OR PREVIOUS) ☐YES ☒NO
a. INSURED'S DATE OF BIRTH: 06 27 1950   SEX: M☒ F☐

b. OTHER INSURED'S DATE OF BIRTH   SEX: M☐ F☐
b. AUTO ACCIDENT? ☐YES ☒NO   PLACE (State)
b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME: /
c. OTHER ACCIDENT? ☐YES ☒NO
c. INSURANCE PLAN NAME OR PROGRAM NAME: AMEEN & DRUCKER

d. INSURANCE PLAN NAME OR PROGRAM NAME
10d. RESERVED FOR LOCAL USE
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☒YES ☐NO   *If yes,* return to and complete item 9 a-d.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: Signature on file   DATE: 09 27 2006
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: Signature on file

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   FROM   TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE: EDWIN MALDONADO
17a. I.D. NUMBER OF REFERRING PHYSICIAN
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   FROM   TO

19. RESERVED FOR LOCAL USE
20. OUTSIDE LAB? ☐YES ☐NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY.
1. 720.2   2.   3.   4.
22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER

| 24. | A. DATE(S) OF SERVICE From / To | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 08 10 2006 | 08 10 2006 | 24 | 13 | 76005 | SG | 1 | 510.00 | 1 | | | | |
| 2 | 08 10 2006 | 08 10 2006 | 24 | 13 | 27096 | SG RT | 1 | 1,570.00 | 1 | | | | |
| 3 | 08 10 2006 | 08 10 2006 | 24 | 13 | 27096 | SG LT | 1 | 1,570.00 | 1 | | | | |

25. FEDERAL TAX I.D. NUMBER: 27-0068787   SSN ☐ EIN ☒
26. PATIENT'S ACCOUNT NO.: 1902
27. ACCEPT ASSIGNMENT? ☒YES ☐NO
28. TOTAL CHARGE: $ 3,650.00
29. AMOUNT PAID: $ 0.00
30. BALANCE DUE: $ 3,650.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
Signature on File
SIGNED: 09 27 2006   DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED:
PALM BEACH LAKES SURGERY
2047 PALM BEACH LAKES BL
WEST PALM BE, FL 33409

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #:
PALM BEACH LAKES SURGERY CE
2047 PALM BEACH LAKES BLVD
WEST PALM BEACH, FL 33409
PIN# 27-0068787   GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   PLEASE PRINT OR TYPE   APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500, APPROVED OMB-1215-0055 FORM OWCP-1500, APPROVED OMB-0720-0001 (CHAMPUS)

FAX to: 954-340-8733
notes & bills

PAIN MANAGEMENT JANE E BISTLINE MD,PA
2047 PALM BEACH LAKES BLVD

WEST PALM BEACH FL 33409

TELEPHONE: (561) 681-9808

PAGE:

AMEEN DRUCKER ESQ              BILLING DATE:   11/06/06
4 ROGART CIR
BOYNTON BEACH FL 33426          TOTAL BALANCE:    6,584.11


BILL TO: CARLINI      CHARLES       CHART #:    LI023744


| DATE | POS | PROC | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|------|-----|------|-------------|---------|---------|---------|
| | | | C CARLINI | | | |
| | | | JANE E BISTLINE MD | | | |
| 05/16/06 | | 99243 | OFFICE CONSULTATION, INTERMEDIAT | 175.00 | | 175.00 |
| 05/16/06 | | ADX | ADDITIONAL DX | 0.00 | | 175.00 |
| 05/16/06 | | | BCBS FLORIDA            #    165921    Filed | | | |
| | | | C CARLINI | | | |
| | | | JANE E BISTLINE MD | | | |
| 05/26/06 | | 99214 | OFFICE/OUTPATIENT VISIT, EST, EX | 187.50 | | 362.50 |
| 05/27/06 | | | BCBS FLORIDA            #    166041    Filed | | | |
| 06/02/06 | | | PAYMENT   BCBS FLORIDA   c#    165921 | | 88.87- | 273.63 |
| 06/02/06 | | | Co-ins          15.00 | | | |
| | | | C CARLINI | | | |
| | | | JANE E BISTLINE MD | | | |
| 06/09/06 | | 99214 | OFFICE/OUTPATIENT VISIT, EST, EX | 187.50 | | 461.13 |
| 06/10/06 | | | BCBS FLORIDA            #    171491    Filed | | | |
| | | | C CARLINI | | | |
| | | | JANE E BISTLINE MD | | | |
| 06/13/06 | | VOID | VOID | 0.00 | | 461.13 |
| 06/15/06 | | | PAYMENT   BCBS FLORIDA   c#    166041 | | 53.58- | 407.55 |
| 06/21/06 | | | PAYMENT   BCBS FLORIDA   c#    171491 | | 41.79- | 365.76 |
| | | | C CARLINI | | | |
| | | | JANE E BISTLINE MD | | | |
| 06/13/06 | | 99214 | OFFICE/OUTPATIENT VISIT, EST, EX | 187.50 | | 553.26 |
| 07/17/06 | | | BCBS FLORIDA            #    197141    Filed | | | |
| | | | C CARLINI | | | |
| | | | JANE E BISTLINE MD | | | |

Continued on next page

BILL TO: CARLINI     CHARLES          CHART#      LI023744   PAGE:  2

| DATE | POS | PROC | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 06/15/06 | | 27096 | INJECTION PROCEDURE, SACROILIAC | 600.00 | | 1,153.26 |
| 06/15/06 | | 27096 | INJECTION PROCEDURE, SACROILIAC | 600.00 | | 1,753.26 |
| 06/15/06 | | 76005 | FLUOROSCOPIC GUIDE/LOCALIZTN, SP | 150.00 | | 1,903.26 |
| 07/17/06 | | | BCBS FLORIDA                # 197151 Filed | | | |
| | | | C CARLINI | | | |
| | | | JANE E BISTLINE MD | | | |
| 06/29/06 | | 27096 | INJECTION PROCEDURE, SACROILIAC | 600.00 | | 2,503.26 |
| 06/29/06 | | 27096 | INJECTION PROCEDURE, SACROILIAC | 600.00 | | 3,103.26 |
| 06/29/06 | | 76005 | FLUOROSCOPIC GUIDE/LOCALIZTN, SP | 150.00 | | 3,253.26 |
| 07/17/06 | | | BCBS FLORIDA                # 197161 Filed | | | |
| 07/17/06 | | | PAYMENT   BCBS FLORIDA    c#   197141 | | 53.49- | 3,199.77 |
| 07/17/06 | | | Co-ins          17.82 | | | |
| 07/17/06 | | | PAYMENT   BCBS FLORIDA    c#   197151 | | 232.25- | 2,967.52 |
| 07/17/06 | | | Co-ins          77.39 | | | |
| 07/17/06 | | | PAYMENT   BCBS FLORIDA    c#   197161 | | 232.25- | 2,735.27 |
| 07/17/06 | | | Co-ins          77.39 | | | |
| | | | C CARLINI | | | |
| | | | JANE E BISTLINE MD | | | |
| 07/20/06 | | 27096 | INJECTION PROCEDURE, SACROILIAC | 600.00 | | 3,335.27 |
| 07/20/06 | | 27096 | INJECTION PROCEDURE, SACROILIAC | 600.00 | | 3,935.27 |
| 07/20/06 | | 76005 | FLUOROSCOPIC GUIDE/LOCALIZTN, SP | 150.00 | | 4,085.27 |
| 07/20/06 | | | BCBS FLORIDA                # 198681 Filed | | | |
| 07/20/06 | | | PAYMENT   BCBS FLORIDA    c#   171491 | | 11.70- | 4,073.57 |
| | | | C CARLINI | | | |
| | | | JANE E BISTLINE MD | | | |
| 07/25/06 | | 99214 | OFFICE/OUTPATIENT VISIT, EST, EX | 187.50 | | 4,261.07 |
| 07/25/06 | | | BCBS FLORIDA                # 198361 Filed | | | |
| 08/03/06 | | | PAYMENT   BCBS FLORIDA    c#   198681 | | 232.25- | 4,028.82 |
| | | | C CARLINI | | | |
| | | | JANE E BISTLINE MD | | | |
| 08/08/06 | | 99214 | OFFICE/OUTPATIENT VISIT, EST, EX | 187.50 | | 4,216.32 |
| 08/08/06 | | | BCBS FLORIDA                # 207981 Filed | | | |
| | | | C CARLINI | | | |
| | | | JANE E BISTLINE MD | | | |
| 08/10/06 | | 27096 | INJECTION PROCEDURE, SACROILIAC | 600.00 | | 4,816.32 |
| 08/10/06 | | 76005 | FLUOROSCOPIC GUIDE/LOCALIZTN, SP | 150.00 | | 4,966.32 |
| 08/10/06 | | | BCBS FLORIDA                # 200531 Filed | | | |
| 08/10/06 | | | PAYMENT   BCBS FLORIDA    c#   198361 | | 53.49- | 4,912.83 |
| | | | C CARLINI | | | |
| | | | JANE E BISTLINE MD | | | |
| 08/11/06 | | CANCEL | CANCEL | 0.00 | | 4,912.83 |
| 08/24/06 | | | PAYMENT   BCBS FLORIDA    c#   200531 | | 161.30- | 4,751.53 |
| 08/24/06 | | | PAYMENT   BCBS FLORIDA    c#   207981 | | 53.49- | 4,698.04 |
| | | | C CARLINI | | | |
| | | | JANE E BISTLINE MD | | | |
| 08/25/06 | | 99214 | OFFICE/OUTPATIENT VISIT, EST, EX | 187.50 | | 4,885.54 |
| 08/25/06 | | ADX | ADDITIONAL DX | 0.00 | | 4,885.54 |
| 08/25/06 | | | BCBS FLORIDA                # 209321 Filed | | | |
| 09/08/06 | | | PAYMENT   BCBS FLORIDA    c#   209321 | | 71.31- | 4,814.23 |

Continued on next page

BILL TO: CARLINI      CHARLES       CHART#     LI023744  PAGE: 3

| DATE | POS | PROC | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| | | | C CARLINI | | | |
| | | | JANE E BISTLINE MD | | | |
| 09/13/06 | | 99214 | OFFICE/OUTPATIENT VISIT, EST, EX | 187.50 | | 5,001.73 |
| 09/13/06 | | | BCBS FLORIDA   #  226511  Filed | | | |
| | | | C CARLINI | | | |
| | | | JANE E BISTLINE MD | | | |
| 09/22/06 | | RESCHEDU | RESCHEDULE | 0.00 | | 5,001.73 |
| 10/04/06 | | | PAYMENT   BCBS FLORIDA   c#  226511 | | 71.31- | 4,930.42 |
| | | | C CARLINI | | | |
| | | | JANE E BISTLINE MD | | | |
| 10/10/06 | | 99214 | OFFICE/OUTPATIENT VISIT, EST, EX | 187.50 | | 5,117.92 |
| 10/10/06 | | | BCBS FLORIDA   #  241361  Filed | | | |
| | | | C CARLINI | | | |
| | | | JANE E BISTLINE MD | | | |
| 10/18/06 | | 99214 | OFFICE/OUTPATIENT VISIT, EST, EX | 187.50* | | 5,305.42 |
| 10/18/06 | | | BCBS FLORIDA   #  245351  Filed | | | |
| | | | C CARLINI | | | |
| | | | JANE E BISTLINE MD | | | |
| 10/20/06 | | 27096 | INJECTION PROCEDURE, SACROILIAC | 600.00* | | 5,905.42 |
| 10/20/06 | | 27096 | INJECTION PROCEDURE, SACROILIAC | 600.00* | | 6,505.42 |
| 10/20/06 | | 76005 | FLUOROSCOPIC GUIDE/LOCALIZTN, SP | 150.00* | | 6,655.42 |
| 10/20/06 | | | BCBS FLORIDA   #  246281  Filed | | | |
| 10/26/06 | | | PAYMENT   BCBS FLORIDA   c#  241361 | | 71.31- | 6,584.11 |
| | | | C CARLINI | | | |
| | | | JANE E BISTLINE MD | | | |
| 11/01/06 | | CANCEL | CANCEL | 0.00 | | 6,584.11 |
| | | | C CARLINI | | | |
| | | | JANE E BISTLINE MD | | | |
| 11/02/06 | | 99214 | OFFICE/OUTPATIENT VISIT, EST, EX | 187.50* | | 6,771.61 |
| | | | C CARLINI | | | |
| | | | JANE E BISTLINE MD | | | |
| 11/02/06 | | 27096 | INJECTION PROCEDURE, SACROILIAC | 600.00* | | 7,371.61 |
| 11/02/06 | | 27096 | INJECTION PROCEDURE, SACROILIAC | 600.00* | | 7,971.61 |
| 11/02/06 | | 76005 | FLUOROSCOPIC GUIDE/LOCALIZTN, SP | 150.00* | | 8,121.61 |

| CURRENT | /30-60 DAYS/ | /60-90 DAYS/ | >90 DAYS/ | TOTAL | INS PENDING | TOTAL DUE |
|---|---|---|---|---|---|---|
| 3,191.19 | 116.19 | 838.90 | 3,975.33 | 8,121.61 | 1,537.50 | 6,584.11 |

PHONE : 561 681 9808

# PALM BEACH LAKES SURGERY CENTER

**PATIENT NAME:**
NAME: CARLINI, CHARLES
ACT#: 1902   SS#: 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
DOB: 06/27/50   AGE: 56
DR: BISTLINE, MD, JANE E MD
DOS: 07/20/06   P: (561) 968-3706

**DATE:**

**DIAGNOSES:** Sacroilitis

**EVALUATION OF PREVIOUS RESULTS:** _Moderately improved_

**PROCEDURE:** *SACRO-ILIAC INJECTIONS WITH FLUORO GUIDANCE (LEFT/RIGHT)*

**MEDICATIONS:**

S.I.:   Depomedrol _20_ mg   Marcaine 0.25% _2_ cc

**PREOPERATIVE DETAILS:** Informed consent was obtained. The patient was identified and placed in the prone position. The blood pressure cuff was applied to the patient and pressure noted. The blood pressure was monitored incrementally throughout the procedure every 5 minutes. The pulse oximeter was applied and monitored continuously throughout the procedure. The targets were identified and marked with fluoro.

**PROCEDURE IN DETAIL:** Full aseptic technique was used. Triple betadine preparation was used and a sterile drape was placed in the usual fashion. A #30-gauge needle was utilized to instill 2cc Lidocaine 1% at the insertion site. Following that, under fluoroscopic guidance, a #22 spinal needle was utilized to enter the SI joint. No CSF, blood or parasthesias were noted. The above noted medications were injected. The needle was withdrawn without significant bleeding.

**POST OPERATIVE DETAILS:** Patient was taken to the recovery area.

**FOLLOW-UP APPT.:** _OV Bistline 3 week_

Jane Bistline, MD.

# PALM BEACH LAKES SURGERY CENTER

**PATIENT NAME:**
NAME: CARLINI, CHARLES
ACT#: 1902  SS#: 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
DOB: 06/27/50    AGE: 56
DR: BISTLINE, MD, JANE E MD
DOS: 08/10/06    P: (561)968-3706

**DATE:**

**DIAGNOSIS:** (R) sacroiliitis.

**EVALUATION OF PREVIOUS RESULTS:**

**PROCEDURE:** SACRO-ILIAC INJECTIONS WITH FLUORO GUIDANCE (LEFT/RIGHT)

**MEDICATIONS:**

S.I.:        Depomedrol _20_ mg        Marcaine 0.25% _1_ cc

**PREOPERATIVE DETAILS:** Informed consent was obtained. The patient was identified and placed in the prone position. The blood pressure cuff was applied to the patient and pressure noted. The blood pressure was monitored incrementally throughout the procedure every 5 minutes. The pulse oximeter was applied and monitored continuously throughout the procedure. The targets were identified and marked with fluoro.

**PROCEDURE IN DETAIL:** Full aseptic technique was used. Triple betadine preparation was used and a sterile drape was placed in the usual fashion. A #30-gauge needle was utilized to instill 2cc Lidocaine 1% at the insertion site. Following that, under fluoroscopic guidance, a #22 spinal needle was utilized to enter the SI joint. No CSF, blood or paresthesias were noted. The above noted medications were injected. The needle was withdrawn without significant bleeding.

**POST OPERATIVE DETAILS:** Patient was taken to the recovery area.

**FOLLOW-UP APPT.:** _follow up w/ Dr Lengler_

Jane Bistline, M.D.

## JANE E. BISTLINE, M.D.

NAME: CARLINI, CHARLES
ACT#: 1902    SS#: 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
DOB: 06/27/50    AGE: 56
DR: BISTLINE, MD, JANE E MD
DOS: 10/20/06    P: (561) 968-3706

PATIENT NAME:

DATE:

DIAGNOSIS: Sacroiliitis

PREVIOUS RESULTS: Good transient Relief

PROCEDURE: SACRO-ILIAC INJECTION WITH FLUOROSCOPIC GUIDANCE
(LEFT/RIGHT)

MEDICATIONS: DEPOMEDROL 40 mg    MARCAINE 0.25% 1.5 CC

PREPROCEDURE DETAILS: INFORMED CONSENT WAS OBTAINED. THE PATIENT WAS IDENTIFIED AND PLACED IN THE PRONE POSITION. BP CUFF WAS APPLIED AND NOTED. BP WAS MONITORED AUTOMATICALLY EVERY 5 MINUTES. PULSE OXIMETER WAS APPLIED AND MONITORED CONINUOUSLY. LANDMARKS WERE IDENTIFIED UTILIZING FLUOROSCOPY AND MARKED. O2 VIA NASAL CANNULA WAS APPLIED.

PROCEDURE IN DETAIL: FULL ASEPTIC TECHNIQUE WAS USED. TRIPLE BETADINE PREP WAS USED AND STERILE DRAPES WERE USED IN THE USUAL FASHION. A #30 GAUGE NEEDLE WAS UTILIZED TO INSTILL 2cc LIDOCAINE 1% AT THE INSERTION SITE. FOLLOWING THAT, UNDER FLUOROSCOPIC GUIDANCE, A #22 SPINAL NEEDLE WAS UTILIZED TO ENTER THE SI JOINT. NO CFS, BLOOD OR PARASTHESIAS WERE NOTED. THE ABOVE NOTED MEDICATIONS WERE INJECTED. THE NEEDLE WAS WITHDRAWN WITHOUT SIGNIFICANT BLEEDING.

POST PROCEDURE DETAILS:
THE PATIENT WAS TAKEN TO THE RECOVERY AREA.
FOLLOW-UP APPOINTMENT: Dr Bistline

_____    _____
JANE E. BISTLINE, M.D.           EDWIN MALDONADO, M.D.

JANE E. BISTLINE, M.D.

PATIENT NAME:
NAME: CARLINI, CHARLES
ACT#: 1902  SS#: 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
DOB: 06/27/50   AGE: 56
DR: BISTLINE, MD, JANE E MD
DOS: 11/02/06  P: (561) 968-3706

DATE:

DIAGNOSIS: Sacroiliitis

PREVIOUS RESULTS: Mild Relief

PROCEDURE: SACRO-ILIAC INJECTION WITH FLUOROSCOPIC GUIDANCE
LEFT / RIGHT

MEDICATIONS: DEPOMEDROL 40 mg   MARCAINE 0.25% 1.5 CC

PREPROCEDURE DETAILS: INFORMED CONSENT WAS OBTAINED. THE PATIENT WAS IDENTIFIED AND PLACED IN THE PRONE POSITION. BP CUFF WAS APPLIED AND NOTED. BP WAS MONITORED AUTOMATICALLY EVERY 5 MINUTES. PULSE OXIMETER WAS APPLIED AND MONITORED CONINUOUSLY. LANDMARKS WERE IDENTIFIED UTILIZING FLUOROSCOPY AND MARKED. O2 VIA NASAL CANNULA WAS APPLIED.

PROCEDURE IN DETAIL: FULL ASEPTIC TECHNIQUE WAS USED. TRIPLE BETADINE PREP WAS USED AND STERILE DRAPES WERE USED IN THE USUAL FASHION. A #30 GAUGE NEEDLE WAS UTILIZED TO INSTILL 2cc LIDOCAINE 1% AT THE INSERTION SITE. FOLLOWING THAT, UNDER FLUOROSCOPIC GUIDANCE, A #22 SPINAL NEEDLE WAS UTILIZED TO ENTER THE SI JOINT. NO CFS, BLOOD OR PARASTHESIAS WERE NOTED. THE ABOVE NOTED MEDICATIONS WERE INJECTED. THE NEEDLE WAS WITHDRAWN WITHOUT SIGNIFICANT BLEEDING.

POST PROCEDURE DETAILS:
THE PATIENT WAS TAKEN TO THE RECOVERY AREA.
FOLLOW-UP APPOINTMENT: Dr. Bistline OV 2wks

JANE E. BISTLINE, M.D.                    EDWIN MALDONADO, M.D.

```
JANE E BISTLINE,M.D., P.A. - ANESTHESIA                    DATE: 10/23/2006
2047 PALM BEACH LAKES BLVD
WEST PALM BE , FL 33409
Phone: (561)681-9808
Fax:   (561)689-9499                         CURRENT PATIENT BALANCE:  $ 0.00

                                                       AMOUNT PAID: $_____
                                                       Thank you for your payment


        RESPONSIBLE PARTY:
            CHARLES CARLINI
            4 ROGART CIR
            BOYNTON BEACH , FL 33426


PATIENT NAME: CARLINI, CHARLES           ACCOUNT#: 1902
```

PLEASE CUT "HERE" AND RETURN ABOVE PORTION WITH YOUR REMITTANCE

| DATE | DESCRIPTION | PROCEDURE | PHYS. | CHARGES | CREDITS | DUE FROM INSURANCE | DUE FROM PATIENT |
|---|---|---|---|---|---|---|---|
| 03/10/06 | ANESTHESIA FOR DX AND TX NER | 01992-2 | BATTILAN | 1,400.00 | 1,400.00 | 0.00 | 0.00 |
| 04/03/06 | BCBS Payment | BCBS PYMT | BATTILAN | | | | |
| 06/15/06 | ANESTHESIA FOR DX AND TX NER | 01992-2 | BISTLINE | 1,400.00 | 169.38 | 1,230.62 | 0.00 |
| 08/21/06 | BCBS Payment | BCBS PYMT | BISTLINE | | | | |
| 08/21/06 | BCBS Writeoff | BCBS WO | BISTLINE | | | | |
| 06/29/06 | ANESTHESIA FOR DX AND TX NER | 01992-2 | BISTLINE | 1,400.00 | 0.00 | 1,400.00 | 0.00 |
| 07/20/06 | ANESTHESIA FOR DX AND TX NER | 01992-2 | BISTLINE | 1,400.00 | 0.00 | 1,400.00 | 0.00 |
| 08/10/06 | ANESTHESIA FOR DX AND TX NER | 01992-2 | MALDONAD | 1,400.00 | 169.38 | 1,230.62 | 0.00 |
| 09/15/06 | BCBS Payment | BCBS PYMT | MALDONAD | | | | |
| 10/20/06 | ANESTHESIA FOR DX AND TX NER | 01992-2 | MALDONAD | 1,400.00 | 0.00 | 1,400.00 | 0.00 |

| ACCOUNT AGING CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120+ DAYS | ACCOUNT BALANCE | PATIENT BALANCE |
|---|---|---|---|---|---|---|
| 1,400.00 | 0.00 | 1,230.62 | 1,400.00 | 5,630.62 | 9,661.24 | 0.00 |

REPORT #PDCLM05                                                                                              INFORMATION MANAGEMENT/DGB

PATIENT SPECIFIC WITH PROVIDER NAMES
SUBSCRIBER NAME: CARLINI, CHA
PATIENT NAME: CARLINI, CHA
CONTRACT NUMBER: R51-06-1274
FOR THE PAID PERIOD: 20060513 20060531
FOR THE INCURRED PERIOD: 20060513 20060531
INITIAL REQUEST = CH

10JUL2006

| CLAIM ID | PATIENT'S NAME | HOSPITAL/ PROVIDER# | PROVIDER NAME | PAID DATE | SERVICE DATE | AMOUNT PAID | AMOUNT BILLED | ELIGIBLE AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6137011729 | CARLINI, CHA | 94930 | JANE E BISTLINE MD PA | 05/26/2006 | 05/16/2006 | $ 88.87 | $ 175.00 | $ 103.87 |
| 6143010929 | CARLINI, CHA | V2770 | REGIONAL DIAGNOSTIC LLC | 05/28/2006 | 05/19/2006 | $ 387.23 | $ 1,380.00 | $ 430.25 |
| TOTAL | | | | | | $ 476.10 | $ 1,555.00 | $ 534.12 |

-1-