

GARY J. DRUCKER
3111 UNIVERSITY DRIVE
SUITE 901
CORAL SPRINGS, FLORIDA 33065
TELEPHONE    954.755.2120
FACSIMILE    954.340.8733

December 21, 2006

**FILED ELECTRONICALLY**
**VIA CM/ECF LIVE DATABASE**

Clerk of the Court
United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, FL 32202

RE:    VANESSA TOPAZIO CRUZ vs. WINN-DIXIE STORES, INC.

| | | |
|---|---|---|
| Date of Loss | : | 9/13/05 |
| Defendant | : | Winn-Dixie Stores, Inc. |
| Bankruptcy Case No. | : | 05-03817-3F1 |
| Winn-Dixie Claim # | : | A511211754-0001-01 |
| Our Client | : | Vanessa Topazio Cruz |
| Our File No. | : | 05-09-3044 |

Dear Ms. Bennett:

    We represent Loretta Walker in the above-captioned claim against Winn-Dixie Stores, Inc.    Please accept this correspondence as our application for payment of the claim.

    On September 10, 2005, Ms. Cruz was shopping in Winn-Dixie located at 500 Belvedere Road, West Palm Beach, Florida.    She was walking down the shopping aisle that contains baby formula and did not notice that there was a clear liquid substance on the floor of the aisle.  Ms. Cruz stepped in the substance, slipped and fell to the floor.

    Liability is not an issue as Winn-Dixie is required to maintain a safe shopping environment.  Store employees knew or should have known that liquid had accumulated on the floor of the aisle and taken steps to prevent Ms. Cruz from stepping in it.

    Ms. Cruz was seriously and permanently injured in this incident.  As proof of her claim, we have attached all pertinent medical records and billing.  Ms. Cruz suffered disk herniations at L5-S1 and at L4-5, disk bulging at L3-4 with lumbar straightening, lumbar sprain, thoracic disc disorder, cervicalgia and knee contusion as a result of this incident.

As a direct result of the incident, Ms. Cruz incurred the following medical bills:

| | | |
|---|---|---|
| 1) | City of West Palm Beach Fire Rescue | $ 420.00 |
| 2) | Good Samaritan Medical Center | $ 268.68 |
| 3) | Good Samaritan Radiology | $ 34.92 |
| 4) | Sterling Emergency Services of FL | $ 22.92 |
| 5) | Dr. John Papa | $1,202.00 |
| 6) | Open MRI | $3,000.00 |
| | **TOTAL MEDICAL BILLS:** | **$4,948.52** |

As clearly indicated in the MRI reports and medical doctors' records, Ms. Cruz was seriously and permanently injured in this incident. She now experiences constant pain and suffering as a result of Winn-Dixie's negligence.

As stated above, Ms. Cruz's medical bills totaled $4,948.52. Based on out-of-pocket medical expenses and the resulting injuries from the case, we respectfully request $80,000.00 to settle this claim.

If you have any questions or comments, please feel free to contact us.

Very truly yours,

Gary J. Drucker

GJD: tj
Attachments

CITY OF WEST PALM BEACH FIRE RESCUE
P O BOX 3366 FINANCE DEPT.
WEST PALM BEACH, FL 33402
(561)804-4716
Federal Tax ID: 59-6000448

Invoice: **R21-05012695**

VANESSA CRUZ
735 TALLAPOOSA STREET

WEST PALM BEACH, FL 33405

Account Balance: $ 420.00

Amount Enclosed: $

*Please return top portion with payment.*

---

Date: 10/04/2005

# INVOICE

Page 1

Invoice: **R21-05012695**

Patient's Name: VANESSA CRUZ
Patient's Code: CRUZVANS
Service Date: 09/10/2005
Transported From: PATIENT RESIDENCE
Transported To: GOOD SAMARITAN MEDICAL CENTER

| Qty | Description | Charge |
|---|---|---|
| 5 | BLS MILEAGE | 30.00 |
| 1 | BLS EMERGENCY | 390.00 |
| | Total Charges: | 420.00 |
| | Total Payments: | 0.00 |
| | Account Balance: | 420.00 |

PLEASE TAKE NOTICE: WE HAVE NONE OF YOUR INSURANCE INFORMATION. IF YOU HAVE INSURANCE/MEDICARE/MEDICAID PLEASE FILL OUT THE ATTACHED FORM. IF NOT, PAY THIS BILL TODAY OR SET UP MONTHLY PAYMENTS. FAX THE INFORMATION TO 561-804-4775

******************** EMERGENCY AMBULANCE CALL 911 ************************
FOR AMBULANCE BILLING QUESTIONS CALL 561-804-4716 - FAX 561-804-4775

# CITY OF WPB FIRE RESCUE

**Case#: 12695** **Patient: CRUZ, VANESSA**

**Input By: KELLEY, KENNETH A**

Patient: 01 of 01
Date: 09/10/2005
Shift: 3RD PLATOON
Vehicle: R-2
LT.: CSALOS, JEFF A
2ND MEDIC: KELLEY, KENNETH A
DRIVER: HOLSTEIN, HARRY E
DIC STUDENT:
Zone From: 2
Zone To: 2
Location Type: PATIENT'S HOME

Address: 735 TALLAPOOSA ST
City: West Palm Beach
Call Status To: From:
Respond With:
Assisted By:
Nature Dispatched: TRAUMA/NOT OTHERWISE SPECIFIED
Nature Arrived: TRAUMA/NOT OTHERWISE SPECIFIED
Reason For Delay: NO DELAYS
Disposition: TRANSPORT
Tx To: GOOD SAMARITAN
Reason Chosen: CLOSEST
Tx By: R-2

Received: 22:40
Dispatch: 22:40
Enroute: 22:42
Arrived: 22:45
Pt Contact: 22:46
Tx Arrived: 22:57
Tx:
Arrived Hosp: 23:08
Available: 23:19
Trauma Alert Time:

---

Patient: CRUZ, VANESSA
Age: 18 YEARS Birth Date: 12/11/1986
Sex: FEMALE S/S#: 594581694
Race: HISP. WHITE

Pt Address 735 TALLAPOOSA ST
Pt City: West Palm Beach
Pt State: FL Pt ZipCode: 33405
Pt Country: U.S.A. Phone#:

---

ChiefComplaint: LOWER BACK AND NECK PAIN
MIO: FALL (UNINTENTIONAL)
Hx: R. KNEE PAIN X 24 HRS
Medications: NONE
Allergies: NKA

Pt Position: SITTING
Pt Found: CHAIR

---

LOC: ALERT X 3
Airway: PATENT
Breathing: CLEAR BILATERALLY
Circulation: RADIAL PRESENT
Head: NORMAL CEPHALIC
Face: NO ABNORMALITY/TRAUMA
REye: NO ABNORMALITY/TRAUMA
LEye: NO ABNORMALITY/TRAUMA
RPupil: PEARL
LPupil: PEARL
Neck: PAIN
Chest: NO ABNORMALITY/TRAUMA
RArm: NO ABNORMALITY/TRAUMA
LArm: NO ABNORMALITY/TRAUMA

RHand: NO ABNORMALITY/TRAUMA
LHand: NO ABNORMALITY/TRAUMA
Abdomen: NO ABNORMALITY/TRAUMA
UpperBack: NO ABNORMALITY/TRAUMA
LowerBack: PAIN
Pelvis: NO ABNORMALITY/TRAUMA
RLeg: PAIN
LLeg: NO ABNORMALITY/TRAUMA
RFoot: NO ABNORMALITY/TRAUMA
LFoot: NO ABNORMALITY/TRAUMA
SkinMoisture: NORMAL
SkinColor: NORMAL
SkinTemp: NORMAL

---

Vitals

| Time | B/P | Pulse | Resp. | Sao2% | LOC | EKG | Glascow Total |
|---|---|---|---|---|---|---|---|
| 22:49 | 140 / 86 | 104 | 20 | 99 | ALERT X 3 | | 15 |

Skin Temp: NORMAL Color: NORMAL Moisture: NORMAL Glucose: Lung Sounds: CLEAR BILATERALLY

| Time | B/P | Pulse | Resp. | Sao2% | LOC | EKG | Glascow Total |
|---|---|---|---|---|---|---|---|
| 23:01 | 142 / 96 | 96 | 20 | 99 | ALERT X 3 | | 15 |

Skin Temp: NORMAL Color: NORMAL Moisture: NORMAL Glucose: Lung Sounds: CLEAR BILATERALLY

---

**CITY OF WPB FIRE RESCUE**

**Case#: 12695 Patient: CRUZ, VANESSA**

**Input By: KELLEY, KENNETH A**

Interventions

22:48 Done By: KELLEY, KENNETH A Interventions: OTHER Type: CID Reason: NECK PAIN Result: IMMOBILIZED Size: Method: Attempts:

22:51 Done By: HOLSTEIN, HARRY E Interventions: OTHER Type: FULLY IMMOBILIZE Reason: NECK AND BACK PAIN Result: IMMOBILIZED Size: Method: BACKBOARD, CID, C-COLLAR, STRAPS Attempts: N/A

---

General Comments

**R-2 ARRIVED TO FIND A 18 YEAR OLD FEMALE ALERT X 3 WITH A CHIEF COMPLAINT OF LOWER BACK AND NECK PAIN. PT STATED SHE SLIPPED AND FELL APPROXIMATELY 1 HOUR PRIOR AND WAS SEEN BY R-4. PT STATED SHE REFUSED TRANSPORT AND WENT HOME WITH HER MOTHER. PT STATES THE PAIN IS INCREASING AND THAT SHE NOW HAS NECK PAIN ALSO. CID WAS ESTABLISHED INITIALLY BY HAND AND A C-COLLAR WAS APPLIED. PT WAS PLACED ON A LONG SPINE BOARD AND FULLY IMMOBILIZED. VITALS WERE AS STATED ABOVE. PT STATED SHE ALSO HAS R. KNEE PAIN AND WAS SEEN AT GHER APPROXIMATELY 24 HOURS PRIOR. NO OTHER INJURIES OR ABNORMALITIES WERE NOTED UPON 2NDARY SURVEY. GOOD SAM HOSPITAL WAS CONTACTED AND ADVISED OF PATIENT'S CONDITION AND TREATMENT. NO FURTHER ORDERS WERE GIVEN BY GOOD SAM. PATIENT WAS TRANSPORTED AND TURNED OVER TO GOOD SAM HOSPITAL STAFF WITHOUT INCIDENT.**

Signature: KELLEY, KENNETH A

**CITY OF WPB FIRE RESCUE**

**Case#: 12690** **Patient: CRUZ, VANESSA**

**Input By: LEATHERWOOD, MARC O**

**R-4 ARRIVED TO FIND A 18 YEAR OLD FEMALE ALERT X 3 WITH A CHIEF COMPLAINT OF LOW BACK PAIN. PT STATED SHE SLIPPED AND FELL ON SOME WATER IN ONE OF THE AISLES. AFTER EVALUATION PT DECIDED TO GO HOME VIA POV. PATIENT SIGNED THE RELEASE INDICATING REFUSAL OF TREATMENT AND/OR TRANSPORT AFTER READING AND VERBALLY ACKNOWLEDGING UNDERSTANDING THE FORM.**

Signature: LEATHERWOOD, MARC O

# PHYSICALTHERAPY INSTITUTE OF SOUTH FLORIDA
## Chiropractic Daily Note

**Patient's Name:** Vanessa Cruz **Date:** 1-16-06

### Subjective
Please circle what applies:
Pain level today (None) 0 1 2 3 4 5 6 7 8 9 10 (Excruciating)
CC:

**Mark area of pain/discomfort:**

### Objective
**Range of Motion:**

| Cervical | | | | |
|---|---|---|---|---|
| Flex | (50) | 36 | NP | P |
| Ext | (60) | 42 | NP | P |
| RLF | (45) | 34 | NP | P |
| LLF | (45) | 32 | NP | P |
| RR | (80) | 60 | NP | P |
| LR | (80) | 61 | NP | P |

| Thoracolumbar | | | | |
|---|---|---|---|---|
| Flex | (60) | 34 | NP | P |
| Ext | (25) | 14 | NP | P |
| RLF | (25) | 10 | NP | P |
| LLF | (25) | 12 | NP | P |

**Palpatory Exam:**

| | | |
|---|---|---|
| Suboccipital | TP | SP |
| Paracervical | TP | SP |
| Trapezius | TP | SP |
| Levator Scap | TP | SP |
| Rhomboids | TP | SP |
| Parathoracic | TP | SP |

| | | |
|---|---|---|
| Quadratus Lumb | TP | SP |
| Piriformis | TP | SP |
| Paralumbar | TP | SP |
| glutes | TP | SP |
| | TP | SP |
| | TP | SP |

**Orthopedic tests:**
Valsalva [+] [-] Cervical Comp Neutral [+] [-] Cervical Distraction [+] [-] Lasegue's[+] [-]
Braggards R L [+] [-] Kemp's [+] [-] Other:

**Spinal Adjustments:**
Area: C ____ T ____ L ____ SI ____

**Assesment:**
No change Improved Worse As expected Slower

**Comments:**

**Prognosis:** ( ) Poor ( ) Fair( ) Good ( ) Excellent

**Treatment Plan:** 5x/wk 4x/wk 3x/wk 2x/wk 1x/wk 2x/month 1x/month PRN

**Referrals:** MRI of: C-spine T-spine L-spine Other:
MD: Ortho Neuro Pain Other:

**Doctor's Signature:** [signature] **Date:** 1/16/06

# Physical Therapy Daily Progress and Billing Summary

| Patient Name: Cruz, Vanessa | Date: [illegible] | Units Allowed: /NA |
|---|---|---|
| Diagnosis: Lx pain, Rt knee S/S | Eval Date: | Visit # [illegible] of |
| Rx Dx: Decreased Mobility | Payer Group: | Ins / HICN #: | Rx Time: [illegible] min |

| Code | Description | Units | Code | Description | Units | Code | Description | Units | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 97001 | PT Evaluation | | 97034 | Contrast Bath | | 97520 | Prosthetic Train. | | FCE / PCE | |
| 97002 | PT Re-eval | | 97035 | Ultrasound | | 97530 | Ther. Activities | | | |
| 97012 | Mechanical Traction | | 97110 | Ther. Procedure | 1 | 97535 | ADL | | | |
| 97014 | ES Unattended | 1 | 97112 | Neuromusc. Reed. | | 97601 | Debridement | | | |
| 97018 | Paraffin Bath | | 97113 | Aquatic Therapy | | 99070 | Supply | | | |
| 97022 | Whirlpool | | 97116 | Gait Training | | 95831 | Muscle Testing | | | |
| 97032 | ES Manual | | 97124 | Massage | | | | | | |
| 97033 | Iontophoresis | | 97140 | Manual Therapy | 1 | | | | Posted: | 3 |

**Subjective Comments:** Pt stated that her low back and mid back were hurting her.

**Objective Data Section**

| AROM: | Rt knee | | | | | | |
|---|---|---|---|---|---|---|---|
| Flexion | O | L/s Rotation | 30x | Neuro Glide | | Stairmaster | |
| Extension | O | L/s Extension | | Pelvic Tilts | 30x | Bike | |
| Rotation | | Hamstring | O | Bridges | 30x | Treadmill | |
| Lateral Flexion | | ITB | | Abdominals | | Vertigo Exercises | |
| PROM: | | Piriformis | 3x20s | Back Extension | | TMJ Exercises | |
| Flexion | | Glutes | | Quad. Upper Extremity | | Manual Traction | |
| Extension | | Quadratus Lumborum | | Quad. Lower Extremity | | Mechanical Traction | |
| Rotation | | Trapezius | 3x20s | Quad. Opposition | | PNF | |
| Lateral Flexion | | Levator Scapulae | 3x20s | Prone Upper Extremity | | Joint Mobilization(s) | |
| RROM: | | Scalenes | 3x20s | Prone Lower Extremity | | Hot Pack | x10' L/s |
| Flexion | | Rhomboids | 3x20s | Prone Opposition | | Cold Pack | x15' L/s |
| Extension | | SCM | | Single Leg Raise | | IF | |
| Rotation | | Isometrics: | | quad Rt | o | TENS | x15' L/s |
| Lateral Flexion | | Flexion | | Rt VMO | o | FES | |
| Stretches: | | Extension | | Scapular Retraction | | STM/Myo. Rel./TP Rel./OA Rel. | 10 min |
| | | Rotation | | Scapular Protraction | | US lx Bilat 35% 1.0w/cm2 | 0 |
| SKTC | 3x20s | Lateral Flexion | | Rows | | Hydro bed | O |
| DKTC | 3x20s | Neutral Spine Position | | Swiss Ball Exercises | 30x | Iontophoresis | |

Key: O=Omitted for day  N=Begin next session  D=Delete from program

| OBJECTIVE MEASURES | Evaluation Measurements | | | Current | | | Notes |
|---|---|---|---|---|---|---|---|
| | LEFT | RIGHT | OTHER | LEFT | RIGHT | OTHER | |
| ROM: Cx FF (45*) | | | | | | | |
| Ext (45*) | | | | | | | |
| SB (45*) | | | | | | | |
| Rot (80*) | | | | | | | |
| Lx FF (80*) | | | | | | | |
| Ext (25*) | | | | | | | |
| SB (35*) | | | | | | | |
| Hams flex (0*) | | | | | | | |
| MMT Cx mvts (0/5 to 5/5) | | | | | | | |
| Abs (0/5 to 5/5) | | | | | | | |
| Ts ext (0/5 to 5/5) | | | | | | | |
| Lx ext (0/5 to 5/5) | | | | | | | |
| UE/LE (0/5 to 5/5) | | | | | | | |
| PAIN | | | | | 8/10 | | |

**Posture:** poor

**Palpation:** very tenderness, soruness, tightness and swelling of the Lx and Rt knee area.

**ADL's:** unable to any of the houshehold work, prolonged sitting and standing is problem not more than 5mins

**Gait/Balance:** fair

**Edema:** +3 Rt knee

**Home Exercise Program:**

**Assessment: Goals Met:** Pt was able to increase in ther-ex without increase in P.

**Recommendations/Plan:** Pt. To cont w/ POC as tol.

Next Dr. Visit:

Dr. White

Phone #: 0

HElm, Melissa

# PHYSICALTHERAPY INSTITUTE OF SOUTH FLORIDA

## Chiropractic Daily Note

**Patient's Name:** Vanessa Cruz **Date:** 7-18-06

**Subjective**

Please circle what applies:

Pain level today (None) 0 1 2 3 4 5 6 7 8 9 10 (Excruciating)

CC:

**Mark area of pain/discomfort:**

**Objective**

**Range of Motion:**

| Cervical | | | |
|---|---|---|---|
| Flex | (50) | 39 | NP P |
| Ext | (60) | 44 | NP P |
| RLF | (45) | 34 | NP P |
| LLF | (45) | 36 | NP P |
| RR | (80) | 70 | NP P |
| LR | (80) | 66 | NP P |

| Thoracolumbar | | | |
|---|---|---|---|
| Flex | (60) | 32 | NP P |
| Ext | (25) | 20 | NP P |
| RLF | (25) | 22 | NP P |
| LLF | (25) | 9 | NP P |

**Palpatory Exam:**

| | |
|---|---|
| Suboccipital | TP SP |
| Paracervical | TP SP |
| Trapezius | TP SP |
| Levator Scap | TP SP |
| Rhomboids | TP SP |
| Parathoracic | TP SP |

| | |
|---|---|
| Quadratus Lumb | TP SP |
| Piriformis | TP SP |
| Paralumbar | TP SP |
| glutes | TP SP |
| | TP SP |
| | TP SP |

**Orthopedic tests:**

Valsalva [+] [-] Cervical Comp Neutral [+] [-] Cervical Distraction [+] [-] Lasegue's[+] [-]

Braggards R L [+] [-] Kemp's [+] [-] Other:

**Spinal Adjustments:**

Area: C ____ T ____ L ____ SI ____

**Assesment:**

No change Improved Worse As expected Slower

**Comments:**

**Prognosis:** ( ) Poor ( ) Fair( ) Good ( ) Excellent

**Treatment Plan:** 5x/wk 4x/wk 3x/wk 2x/wk 1x/wk 2x/month 1x/month PRN

**Referrals:** MRI of: C-spine T-spine L-spine Other:

MD: Ortho Neuro Pain Other:

**Doctor's Signature:** [signature] **Date:** 7/18/06

# Physical Therapy Daily Progress and Billing Summary

| | | | |
|---|---|---|---|
| Patient Name: Cruz, Vanessa | Date: [redacted] | | Units Allowed: /NA |
| Diagnosis: Lx pain, Rt knee S/S | Eval Date: | | Visit # [redacted] of |
| Rx Dx: Decreased Mobility | Payer Group: | Ins / HICN # : | Rx Time: [redacted] min |

| Code | Service | Units | Code | Service | Units | Code | Service | Units | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 97001 | PT Evaluation | | 97034 | Contrast Bath | | 97520 | Prosthetic Train. | | FCE / PCE | |
| 97002 | PT Re-eval | | 97035 | Ultrasound | | 97530 | Ther. Activities | | | |
| 97012 | Mechanical Traction | | 97110 | Ther. Procedure | 1 | 97535 | ADL | | | |
| 97014 | ES Unattended | 1 | 97112 | Neuromusc. Reed. | | 97601 | Debridement | | | |
| 97018 | Paraffin Bath | | 97113 | Aquatic Therapy | | 99070 | Supply | | | |
| 97022 | Whirlpool | | 97116 | Gait Training | | 95831 | Muscle Testing | | | |
| 97032 | ES Manual | | 97124 | Massage | | | | | | |
| 97033 | Iontophoresis | | 97140 | Manual Therapy | 1 | | | | Posted: ______ | 3 |

**Subjective Comments:** Pt cont to stated that her low back is hurting her the most.

## Objective Data Section

| AROM: | Rt knee | L/s Rotation | 30x | Neuro Glide | | Stairmaster | |
|---|---|---|---|---|---|---|---|
| Flexion | O | L/s Extension | | Pelvic Tilts | 30x | Bike | |
| Extension | O | Hamstring | O | Bridges | 30x | Treadmill | |
| Rotation | | ITB | | Abdominals | | Vertigo Exercises | |
| Lateral Flexion | | Piriformis | 3x20s | Back Extension | | TMJ Exercises | |
| PROM: | | Glutes | | Quad. Upper Extremity | | Manual Traction | |
| Flexion | | Quadratus Lumborum | | Quad. Lower Extremity | | Mechanical Traction | |
| Extension | | Trapezius | 3x20s | Quad. Opposition | | PNF | |
| Rotation | | Levator Scapulae | 3x20s | Prone Upper Extremity | | Joint Mobilization(s) | |
| Lateral Flexion | | Scalenes | 3x20s | Prone Lower Extremity | | Hot Pack | x10' L/s |
| RROM: | | Rhomboids | 3x20s | Prone Opposition | | Cold Pack | O |
| Flexion | | SCM | | Single Leg Raise | | IF | |
| Extension | | Isometrics: | | quad Rt | o | TENS | O |
| Rotation | | Flexion | | Rt VMO | o | FES | |
| Lateral Flexion | | Extension | | Scapular Retraction | | STM/Myo. Rel./TP Rel./OA Rel. | 10 min |
| Stretches: | | Rotation | | Scapular Protraction | | US lx Bilat 35% 1.0w/cm2 | 0 |
| SKTC | 3x20s | Lateral Flexion | | Rows | | Hydro bed | O |
| DKTC | 3x20s | Neutral Spine Position | | Swiss Ball Exercises | 30x | Iontophoresis | |

Key: O=Omitted for day N=Begin next session D=Delete from program

| OBJECTIVE MEASURES | Evaluation Measurements | | | Current | | | Notes |
|---|---|---|---|---|---|---|---|
| | LEFT | RIGHT | OTHER | LEFT | RIGHT | OTHER | |
| ROM: Cx FF (45*) | | | | | | | |
| Ext (45*) | | | | | | | |
| SB (45*) | | | | | | | |
| Rot (80*) | | | | | | | |
| Lx FF (80*) | | | | | | | |
| Ext (25*) | | | | | | | |
| SB (35*) | | | | | | | |
| Hams flex (0*) | | | | | | | |
| MMT Cx mvts (0/5 to 5/5) | | | | | | | |
| Abs (0/5 to 5/5) | | | | | | | |
| Ts ext (0/5 to 5/5) | | | | | | | |
| Lx ext (0/5 to 5/5) | | | | | | | |
| UE/LE (0/5 to 5/5) | | | | | | | |
| PAIN | | | | 8/10 | | | |

**Posture:** poor

**Palpation:** very tenderness, soruness, tightness and swelling of the Lx and Rt knee area.

**ADL's:** unable to any of the houshehold work, prolonged sitting and standing is problem not more than 5mins

**Gait/Balance:** fair

**Edema:** +3 Rt knee

**Home Exercise Program:**

**Assessment: Goals Met:** Pt had to leave ther early and refused ice and stim.

**Recommendations/Plan:** Pt. To cont w/ POC as tol.

Next Dr. Visit:

Dr. White

Phone #: 0

HElm, Melissa [signature]

# Physical Therapy Evaluation and Billing Summary

Royal Palm Beach

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: Cruz, Vanessa | | Date: 04/27/09 | | Units Allowed: [redacted] /NA | |
| Diagnosis: LBP | | Eval Date: 04/27/09 | | Visit # 1 of 8 | |
| Rx Dx: Decreased Function | Payer Group: | Ins / HICN # : [redacted] | | Rx Time: [redacted] min | |

| Code | Service | Units | Code | Service | Units | Code | Service | Units | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 97001 | PT Evaluation | 1 | 97034 | Contrast Bath | | 97520 | Prosthetic Train. | | FCE / PCE | |
| 97002 | PT Re-eval | | 97035 | Ultrasound | | 97530 | Ther. Activities | | | |
| 97012 | Mechanical Traction | | 97110 | Ther. Procedure | | 97535 | ADL | | | |
| 97014 | ES Unattended | | 97112 | Neuromusc. Reed. | | 97601 | Debridement | | | |
| 97018 | Paraffin Bath | | 97113 | Aquatic Therapy | | 99070 | Supply | | | |
| 97022 | Whirlpool | | 97116 | Gait Training | | 95831 | Muscle Testing | | | |
| 97032 | ES Manual | | 97124 | Massage | | | | | | |
| 97033 | Iontophoresis | | 97140 | Manual Therapy | | | | | Posted: ____ | 1 |

## Objective Data Section

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AROM: | | L/s Rotation | | Neuro Glide | | Stairmaster | |
| Flexion | | L/s Extension | | Pelvic Tilts | | Bike | |
| Extension | | Hamstring | | Bridges | | Treadmill | |
| Rotation | | ITB | | Abdominals | | Vertigo Exercises | |
| Lateral Flexion | | Piriformis | | Back Extension | | TMJ Exercises | |
| PROM: | | Glutes | | Quad. Upper Extremity | | Manual Traction | |
| Flexion | | Quadratus Lumborum | | Quad. Lower Extremity | | Mechanical Traction | |
| Extension | | Trapezius | | Quad. Opposition | | PNF | |
| Rotation | | Levator Scapulae | | Prone Upper Extremity | | Joint Mobilization(s) | |
| Lateral Flexion | | Scalenes | | Prone Lower Extremity | | Hot Pack | |
| RROM: | | Rhomboids | | Prone Opposition | | Cold Pack | |
| Flexion | | SCM | | Single Leg Raise | | IF | |
| Extension | | Isometrics: | | Shoulder Shrugs | | TENS | |
| Rotation | | Flexion | | Shoulder Circles | | FES | |
| Lateral Flexion | | Extension | | Scapular Retraction | | STM/Myo. Rel./TP Rel./OA Rel. | |
| Stretches: | | Rotation | | Scapular Protraction | | Ultrasound | |
| SKTC | | Lateral Flexion | | Rows | | Phonophoresis | |
| DKTC | | Neutral Spine Position | | Swiss Ball Exercises | | Iontophoresis | |

Key: O=Omitted for day N=Begin next session D=Delete from program

Date of Injury: [redacted]

**Mechanism of Injury:** Occ ER visits due to pain and back gives out. Original injury was slip and fall last year. Pt believes MRI revealed multilevel disc HNP.

**Relevant History:** Asthma albuterol prn. Otherwise healthy.

**Job/Activities:** Unemployed, sometimes unable to get out of bed.

**Current Functional Level:** limited mobility and tolerance to ADL

**Prior Functional Level:** No constant emplyment.

**Precautions/Contraindic:** Precautions: None

**Subjective Complaints:** Sharp pain low back across L4 level and lower thoracic paraspinals.

| OBJECTIVE MEASURES | Evaluation LEFT | RIGHT | OTHER | Notes | Additional Objective Data |
|---|---|---|---|---|---|
| ROM: Cx FF (45°) | | | | | |
| Ext (45°) | | | | | |
| SB (45°) | | | | | |
| Rot (80°) | | | | | |
| Lx FF (80°) | | | 80 | | |
| Ext (25°) | | | 25 | painful centrally | |
| SB (35°) | 30 | 30 | | | |
| Hams flex (0°) | 0 | 0 | | | |
| MMT Cx mvts (0/5 to 5/5) | | | | | |
| Abs (0/5 to 5/5) | | | 3-/5 | | |
| Ts ext (0/5 to 5/5) | | | 3/5 | | |
| Lx ext (0/5 to 5/5) | | | 3/5 | | |
| UE/LE (0/5 to 5/5) | | | 3/5 | | |
| Pain | 9/10 | | | | |

**Posture:** Decreased postural tone throughout, pt is obese.

**Palpation:** min tenderness upper lumbar spinous processes.

Area of numbness with mm fasciculations lat R knee without specific

**ADL's:** Difficulty sleeping supine and sidelying, due to mm spasms

**Gait/Balance:** lateral trunk movement

**Edema:** n/a

**Home Exercise Program:** Pt. performs occasionally

Next Dr. Visit [redacted]

Diaz-Collins, Michelle PT 21741 Therapist Signature: [signature]

# Initial Physical Therapy Evaluation and Plan of Care

Dear Dr. **White**

Enclosed, please find the original of our evaluation assessment performed on your patient **Cruz, Vanessa** conducted on **04/27/09** We ask that you please sign the original, pending your approval of the below outlined Plan of Care. If you have further suggestions or concerns regarding the treatment of this, or any of your other patients, please feel free to contact us at your convenience or indicate your wishes in the space provided at the end of this document. Thank you very much for the referral of your patient and placing your confidence in us.

**ASSESSMENT:** Pt is 19 yo female s/p slip and fall less than a year ago. Pt is deconditioned and obese and unable to maintain neutral spine position leading to mechanical LBP and associated mm spasm in thoracolumbar paraspinals. Pt will benfit from postural strengthening.

**INITIAL CERTIFICATION PERIOD:** 04/27/09 to 05/27/09

**REHABILITATION POTENTIAL:** Excellent

**GOALS:**

**STG:** (1-2 Wks)
1) Pt. will be (I) in HEP to maintain gains made during PT
2) Decrease (P)/tightness to affected regions by 50%
3) Pt. will be (I) with postural modifications and education
4)

**LTG:** (3-4 Wks)
1) Pt. will be aware of poor posture & be able to self-correct
2) Pt. will demonstrate good understanding of body mech/posture w/ all ADL's
3)

**TREATMENT PLAN:**
- ⇨ Mods PRN: HP/CP/STM/US/ES/MFR/TPR/PROM and stretches to dec (P)/tightness to affected regions
- ⇨ Ther ex to inc Cx/Lx stability (flex-isom-PRE's)
- ⇨ Pt. education on body mechanics and good postural awareness
- ⇨ Establishment of HEP to promote (I) management of Sx
- ⇨ Massage Therapy [handwritten initials]

**FREQUENCY/DURATION:** 2 Times a Week for 4 Weeks

Diaz-Collins, Michelle PT 21741 Therapist Signature: [signature]

☑ Patient is in accord with goals and treatment and is aware of diagnosis

☑ Therapist feels this patient does not require social or psychological intervention

I certify the above prescribed services and plan of care are required by this patient, and are medically necessary. The plan has been developed in conjunction with the therapist. I further recommend the following treatment alternatives:

______________________________________________

**Physician Signature:** ______________________ **Date:** ___/___/___

# Physical Therapy Institute of South Florida
## Chiropractic Daily Note

**Patient Name:** Vanessa Cruz **Date:** 7.17.06

**Subjective**
Please circle what applies:
Pain Level today (None) 0 1 2 3 4 5 6 7 8 9 10 (Excrutiating)
CC:

Patients Signature: Vanessa Cruz

Re Eval -

Mark are of Pain / Discomfort
L R R L

**Objective**
**Range of Motion**

| Cervical | | | | Thoracolumbar | | | |
|---|---|---|---|---|---|---|---|
| Flex | (50)_____ | NP | P | Flex | (60)_____ | NP | P |
| Ext | (60)_____ | NP | P | Ext | (25)_____ | NP | P |
| RLF | (45)_____ | NP | P | RLF | (25)_____ | NP | P |
| LLF | (45)_____ | NP | P | LLF | (25)_____ | NP | P |
| RR | (80)_____ | NP | P | | | | |
| LR | (80)_____ | NP | P | | | | |

**Palpatory Exam**

| | | | | | |
|---|---|---|---|---|---|
| Suboccipital | TP | SP | Quadratus Lumb | TP | SP |
| Paracervical | TP | SP | Piriformis | TP | SP |
| Trapezius | TP | SP | Paralumbar | TP | SP |
| Levator Scap | TP | SP | ______ | TP | SP |
| Rhomboids | TP | SP | ______ | TP | SP |
| Parathoracic | TP | SP | ______ | TP | SP |

**Orthopedic Tests:**
Valsalva [+] [-] Cervical Comp Neutral [+] [-] Cervical Distraction [+] [-] Lasegue's ______
Braggards R L [+] [-] Kemp's [+] [-] Other :______

**Spinal Adjustments:**
Area: C______ T______ L______ SI______

**Assessment:**
No Change Improved Worse As expected Slower

**Comments:**

**Prognosis:** Poor ( ) Fair ( ) Good ( ) Excellent ( )

**Treatment Plan:** 5x/wk 4x/wk 3x/wk 2x/wk 1x/wk 2x/month 1x/month
**Man. Tech** 97140 **Ultrasound** 97035 **Elect. Stim** 97014 **Hot/Cold** 97010
**Neuromuscular Re-Ed** 97112 **Massage Therapy** 97124 **Therapeutic Procedures** 97530

**Referrals:** MRI of: C-Spine T-Spine L-Spine Other:
MD: Ortho Neuro Pain Other:

Doctor's Signature: ______ Date: 7/17/06

INITIAL EXAM | RE-EXAM (circled) | FINAL EXAM

**PATIENT'S NAME:** Vanessa Cruz **AGE:** ____ **DATE:** 7-17-06

**CC:** LBP → legs; (R) knee (P)

**ONSET / MECHANISM:**

**SEVERITY:** BEST 1 2 3 4 5 6 (7 8) 9 10 WORST **GETTING WORSE:** yes

~~ANY PAIN WHEN~~: COUGHING / SNEEZING / STRAINING (Y) N WHERE: L

**TRAUMAS/~~MVA'S~~:**

**~~WORK~~ & DUTIES:** unable

**SLEEP LOSS:** yes

**PREVIOUS Tx:**

**PMH:**

| Test | |
|---|---|
| Adson's | |
| Costoclavic | |
| Wright's | |
| Soto Hall | |
| Valsalva | + L |
| Swallowing | |
| Dejerine's | |
| Foram. Comp | |
| Rt. Jackson's | |
| Lt. Jackson's | |
| Cerv. Dist. | |
| Bakody's | |
| Rt. Shldr Depr | |
| Lt. Shldr Depr | |
| Rt. Kemps | + |
| Lt. Kemps | + |
| Rt. Bechterews | |
| Lt. Bechterews | |
| Minor's Sign | + |
| Rt. SLR | + |
| Lt. SLR | + |
| Rt. Braggard's | |
| Lt. Braggard's | |
| Rt. Well-Leg | |
| Lt. Well-Leg | |
| Rt. Yeomans | |
| Lt. Yeomans | |
| Rt. Pelvic Rock | |
| Lt. Pelvic Rock | |
| Rt. Fabere Pat | |
| Lt. Fabere Pat | |
| Rt. Hibbs | |
| Lt. Hibbs | |

| | | ROM | PAIN | MMT |
|---|---|---|---|---|
| CERV | FLX | /50 | | /5 |
| | EXT | /60 | | /5 |
| | RLF | /45 | | /5 |
| | LLF | /45 | | /5 |
| | RR | /80 | | /5 |
| | LR | /80 | | /5 |
| THOR | FLX | /50 | | /5 |
| | RR | /30 | | /5 |
| | LR | /30 | | /5 |
| LUMB | FLX | 39 /60 | P | /5 |
| | EXT | 10 /25 | P | /5 |
| | RLF | 10 /25 | P | /5 |
| | LLF | 9 /25 | | /5 |

| | MUSCLE TEST 5/5 | LT | RT |
|---|---|---|---|
| C5 | Arm abduction | | |
| | Forearm flexion | | |
| C6 | Wrist extensors | | |
| C7 | Wrist flexors | | |
| | Finger extensors | | |
| | Forearm extensors | (P) | |
| C8 | Finger flexors | | |
| T1 | Finger abductors | | |
| | Finger adductors | | |
| L1-3 | Hip flexors | 4 | 4 |
| | Hip adductors | | |
| | Leg extensors | | |
| L4 | Dorsiflexion/inversion | | |
| L5 | Toe extensors | | |
| S1 | Plantar flexion/eversion | | |
| | Hip extension | | |

| Sensation | LT | RT |
|---|---|---|
| C5 | | |
| C6 | | |
| C7 | | |
| C8 | | |
| T1 | WNL | |
| L3 | | |
| L4 | | |
| L5 | | |
| S1 | | |

| DTR | LT | RT |
|---|---|---|
| C5 Bic | 2 | 2 |
| C6 Brac | | |
| C7 Tri | | |
| L4 Pat | | |
| L5 Ach | | |

| POSTURE | LT | RT |
|---|---|---|
| Head tilt | | |
| High Shldr. | | |
| High Illium | | |
| Foot IN | | |
| Foot EXT | | |
| Drop Arch | | |
| Ant. Head | Yes | No |
| Round Shldrs | Yes | No |

**Ambulation:** WNL (Slow) Guarded **Antalgia:** No RT (LT) **Assistance:** Ø
**Any Braces / crutches / cane / other:** Ø

**PALPATION:** SP HT; mid ↑, guard; lum, glutes

**OTHER:** ↓ROM (R) knee all planes; (+) McMurray; (+) comp; (+) ant drawer

**X-Rays:** ____ Cerv. ____ Thor ____ Lumb. Other

**Diagnosis:** 1. 722.10 2. (R) knee (P) 3. 4.

**Treatment today:** ____ Heat/Ice ____ E-stim ____ US ____ Adj. 1-2 ____ Adj. 3-4 Other:

**Treatment Plan:** 5x / week 4x / week (3x / week) 2x / week 1x / week Other:

**Referrals:** MRI Scan: ____ C-spine ____ T-spine ____ L-spine Other:

MD: ____ Ortho. ____ Neuro. ____ Pain Other:

**Doctor's signature:** [signature] Date: 7/17/06

# Physician Therapy Institute of South Florida
## Chiropractic Daily Note

**Patient Name:** Vanessa Cruz **Date:** 7·19·06

**Subjective**

Please circle what applies:

Pain Level today (None) 0 1 2 3 4 5 6 (7) 8 9 10 (Excrutiating)

CC:

Patients Signature: [signature]

Mark are of Pain / Discomfort

L R R L

**Objective**

**Range of Motion**

| Cervical | | | |
|---|---|---|---|
| Flex | (50) | NP | P |
| Ext | (60) | NP | P |
| RLF | (45) | NP | P |
| LLF | (45) | NP | P |
| RR | (80) | NP | P |
| LR | (80) | NP | P |

| Thoracolumbar | | | |
|---|---|---|---|
| Flex | (60) | NP | P |
| Ext | (25) | NP | P |
| RLF | (25) | NP | P |
| LLF | (25) | NP | P |

**Palpatory Exam**

| | | |
|---|---|---|
| Suboccipital | TP | SP |
| Paracervical | TP | SP |
| Trapezius | TP | SP |
| Levator Scap | TP | SP |
| Rhomboids | TP | SP |
| Parathoracic | TP | SP |

| | | |
|---|---|---|
| Quadratus Lumb | TP | SP |
| Piriformis | TP | SP |
| Paralumbar | TP | SP |
| [handwritten] | TP | SP |
| | TP | SP |
| | TP | SP |

**Orthopedic Tests:**

Valsalva [+] [-] Cervical Comp Neutral [+] [-] Cervical Distraction [+] [-] Lasegue's +

Braggards R L [+] [-] Kemp's [+] [-] Other:

**Spinal Adjustments:**

Area: C ✓ T ✓ L ✓ SI ✓

**Assessment:**

No Change Improved Worse As expected Slower

**Comments:**

**Prognosis:** Poor ( ) Fair (✓) Good ( ) Excellent ( )

**Treatment Plan:** 5x/wk 4x/wk 3x/wk 2x/wk 1x/wk 2x/month 1x/month

Man. Tech 97140 Ultrasound 97035 Elect. Stim 97014 Hot/Cold 97010

Neuromuscular Re-Ed 97112 Massage Therapy 97124 Therapeutic Procedures 97530

Referrals: MRI of: C-Spine T-Spine L-Spine Other:

MD: Ortho Neuro Pain Other:

Doctor's Signature: [signature] Date: 7/19/06

INITIAL EXAM — RE-EXAM (circled) — FINAL EXAM

**PATIENT'S NAME:** Vanessa Cruz **AGE:** ____ **DATE:** 9.2006

**CC:** [illegible handwriting] hard to stand for long periods, [illegible]

**ONSET / MECHANISM:**

**SEVERITY:** BEST 1 2 3 4 5 6 7 8 9 10 WORST (6 circled) **GETTING WORSE:** yes

**ANY PAIN WHEN:** COUGHING / SNEEZING / STRAINING Y / N (Y circled) **WHERE:** L.

**TRAUMAS / MVA'S:**

**WORK & DUTIES:** unable

**SLEEP LOSS:** yes

**PREVIOUS Tx:**

**PMH:**

| Test | Result |
|---|---|
| Adson's | |
| Costoclavic | |
| Wright's | |
| Soto Hall | |
| Valsalva | + L |
| Swallowing | |
| Dejerine's | |
| Foram. Comp | |
| Rt. Jackson's | |
| Lt. Jackson's | |
| Cerv. Dist. | |
| Bakody's | |
| Rt. Shldr Depr | |
| Lt. Shldr Depr | |
| Rt. Kemps | + |
| Lt. Kemps | + |
| Rt. Bechterews | |
| Lt. Bechterews | |
| Minor's Sign | |
| Rt. SLR | + P |
| Lt. SLR | + |
| Rt. Braggard's | |
| Lt. Braggard's | |
| Rt. Well-Leg | |
| Lt. Well-Leg | |
| Rt. Yeomans | |
| Lt. Yeomans | |
| Rt. Pelvic Rock | |
| Lt. Pelvic Rock | |
| Rt. Fabere Pat | |
| Lt. Fabere Pat | |
| Rt. Hibbs | |
| Lt. Hibbs | |

| | | ROM | PAIN | MMT |
|---|---|---|---|---|
| CERV | FLX | /50 | | /5 |
| | EXT | /60 | | /5 |
| | RLF | /45 | | /5 |
| | LLF | /45 | | /5 |
| | RR | /80 | | /5 |
| | LR | /80 | | /5 |
| THOR | FLX | /50 | | /5 |
| | RR | /30 | | /5 |
| | LR | /30 | | /5 |
| LUMB | FLX | 36/60 | P | /5 |
| | EXT | 14/25 | P | /5 |
| | RLF | 10/25 | P | /5 |
| | LLF | 11/25 | P | /5 |

| | MUSCLE TEST 5/5 | LT | RT |
|---|---|---|---|
| C5 | Arm abduction | | |
| | Forearm flexion | | |
| C6 | Wrist extensors | | |
| C7 | Wrist flexors | | |
| | Finger extensors | | |
| | Forearm extensors | | |
| C8 | Finger flexors | | |
| T1 | Finger abductors | | |
| | Finger adductors | | |
| L1-3 | Hip flexors | P 4 | 4 |
| | Hip adductors | | |
| | Leg extensors | | |
| L4 | Dorsiflexion/inversion | | |
| L5 | Toe extensors | | |
| S1 | Plantar flexion/eversion | | |
| | Hip extension | | |

| Sensation | LT | RT |
|---|---|---|
| C5 | | |
| C6 | | |
| C7 | | |
| C8 | | |
| T1 | | |
| L3 | | |
| L4 | | |
| L5 | | |
| S1 | | |

| DTR | LT | RT |
|---|---|---|
| C5 Bic | | |
| C6 Brac | +2 | |
| C7 Tri | | |
| L4 Pat | | |
| L5 Ach | | |

| POSTURE | LT | RT |
|---|---|---|
| Head tilt | | |
| High Shldr. | | |
| High Illium | | |
| Foot IN | | |
| Foot EXT | | |
| Drop Arch | | |
| Ant. Head | Yes | No |
| Round Shldrs | Yes | No |

**Ambulation:** WNL (circled) Slow Guarded

**Antalgia:** No (circled) RT LT **Assistance:** Ø

**Any Braces / crutches / cane / other:** Ø

**PALPATION:** SP para, quad. lum. glute.

**OTHER:**

**X-Rays:** ____ Cerv. ____ Thor. ____ Lumb. Other:

**Diagnosis:** 1. 722.10 2. 723.1 3. 4.

**Treatment today:** ____ Heat/Ice ____ E-stim ____ US ____ Adj. 1-2 ____ Adj. 3-4 Other:

**Treatment Plan:** 5x / week 4x / week 3x / week (circled) 2x / week 1x / week Other:

**Referrals:** MRI Scan: ____ C-spine ____ T-spine ____ L-spine Other:

MD: ____ Ortho. ____ Neuro. ____ Pain Other:

**Doctor's signature:** [signature] Date: 9/20/06

# Physical Therapy Institute of South Florida
## Chiropractic Daily Note

**Patient Name:** Vanessa Cruz **Date:** 9-20-06

**Subjective**
Please circle what applies:
Pain Level today (None) 0 1 2 3 4 5 (6) 7 8 9 10 (Excrutiating)
CC:

Patients Signature: Vanessa Cruz

Re-Eval

Mark are of Pain / Discomfort
L R R L

**Objective**
**Range of Motion**

| Cervical | | | | Thoracolumbar | | | |
|---|---|---|---|---|---|---|---|
| Flex | (50)______ | NP | P | Flex | (60)______ | NP | P |
| Ext | (60)______ | NP | P | Ext | (25)______ | NP | P |
| RLF | (45)______ | NP | P | RLF | (25)______ | NP | P |
| LLF | (45)______ | NP | P | LLF | (25)______ | NP | P |
| RR | (80)______ | NP | P | | | | |
| LR | (80)______ | NP | P | | | | |

See Exam

**Palpatory Exam**

| | | | | | |
|---|---|---|---|---|---|
| Suboccipital | TP | SP | Quadratus Lumb | TP | SP |
| Paracervical | TP | SP | Piriformis | TP | SP |
| Trapezius | TP | SP | Paralumbar | TP | SP |
| Levator Scap | TP | SP | ______ | TP | SP |
| Rhomboids | TP | SP | ______ | TP | SP |
| Parathoracic | TP | SP | ______ | TP | SP |

**Orthopedic Tests:**
Valsalva [+] [-] Cervical Comp Neutral [+] [-] Cervical Distraction [+] [-] Lasegue's ______
Braggards R L [+] [-] Kemp's [+] [-] Other: ______

**Spinal Adjustments:**
Area: C______ T______ L______ SI______

**Assessment:**
No Change Improved Worse As expected Slower

**Comments:** ______

**Prognosis:** Poor ( ) Fair ( ) Good ( ) Excellent ( )

**Treatment Plan:** 5x/wk 4x/wk 3x/wk 2x/wk 1x/wk 2x/month 1x/month
**Man. Tech** 97140 **Ultrasound** 97035 **Elect. Stim** 97014 **Hot/Cold** 97010
**Neuromuscular Re-Ed** 97112 **Massage Therapy** 97124 **Therapeutic Procedures** 97530

**Referrals:** MRI of: C-Spine T-Spine L-Spine Other: ______
MD: Ortho Neuro Pain Other: ______

Doctor's Signature ______ Date: 9/20/06

ROYAL PALM BEACH MEDICAL INC
4971 LE CHALET BLVD #100
BOYNTON BEACH, FL 33436
9549819777

10/03/2006

**Patient Information:**
Vanessa Cruz
735 Tallapoosa St
West Palm Bch, FL 33405-
(561)502-7518

**Insured Information:**
**Name:** CRUZ, VANESSA
**Claim/ID Number:**
**Group Number:**
**Date of Onset:** 09/10/2005

Diagnosis: 722.10-LB DISC DIS

*** **Patient Ledger** ***

**Account:** 5986 OA **Page:** 1

Visits

| Date from | Date to | CPT | Description | | Charge |
|---|---|---|---|---|---|
| 01/16/2006 | 01/16/2006 | 98941 | SPINAL MANIP. 3-4 LE | | 70.00 |
| 01/16/2006 | 01/16/2006 | 97140 | MANUAL THERAPY TECHN | 59 | 80.00 |
| 01/16/2006 | 01/16/2006 | 97014 | ELECTRICAL STIMULATI | | 42.00 |
| 01/16/2006 | 01/16/2006 | 97010 | HOT PACK/CRYOTHERAPY | | 30.00 |
| 01/16/2006 | 01/16/2006 | 97110 | THERAPEUTIC PROCEDUR | | 55.00 |
| 01/18/2006 | 01/18/2006 | 98941 | SPINAL MANIP. 3-4 LE | | 70.00 |
| 01/18/2006 | 01/18/2006 | 97140 | MANUAL THERAPY TECHN | 59 | 80.00 |
| 01/18/2006 | 01/18/2006 | 97010 | HOT PACK/CRYOTHERAPY | | 30.00 |
| 01/18/2006 | 01/18/2006 | 97110 | THERAPEUTIC PROCEDUR | | 110.00 |
| 01/18/2006 | 01/18/2006 | 99211 | ESTAB PT MINIMAL EXA | 25 | 40.00 |
| 04/27/2006 | 04/27/2006 | 97001 | PT INITIAL EVAL | GP | 150.00 |
| 07/17/2006 | 07/17/2006 | 99214 | ESTAB PT DETAILED EX | 25 | 150.00 |
| 07/17/2006 | 07/17/2006 | 98941 | SPINAL MANIP. 3-4 LE | | 70.00 |
| 07/19/2006 | 07/19/2006 | 98941 | SPINAL MANIP. 3-4 LE | | 70.00 |
| 09/20/2006 | 09/20/2006 | 99213 | ESTAB PT LIMITED EXA | 25 | 100.00 |
| 09/20/2006 | 09/20/2006 | 98940 | SPINAL MANIP. 1-2 LE | | 55.00 |
| | | | | | 1202.00 |



Schedule ID:            361677
Account Number:         0000185425
Patient's Name:         VANESSA CRUZ
Social Security:        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
Referring Physician:    CHRISTOPHER WHITE DC
Date Of Service:        9/22/2005 11:30:00 AM
Reason:                 L SPINE MRI W/O CONTRAST
**Final (Electronically Signed)**

HISTORY:  Low back pain.  Rule out disk herniation.  The patient fell on September 10, 2005.

TECHNIQUE:  Standard pulse sequences of the lumbar spine performed on the open MR system are provided for interpretation.

FINDINGS:  There is homogeneous signal intensity of the lumbar vertebral bodies without fracture, compression deformity, or marrow infiltration.  There is Schmorl's node formation with degenerative disk disease at L1-L2.  There is also disk desiccation at L4-L5 and L5-S1.  No spondylolisthesis with preservation of the lordosis.  No paraspinal soft tissue masses or ligamentous injury.

The conus medullaris is difficult to evaluate but demonstrates no definite abnormality and is in anatomical position.

L5-S1, demonstrates a central and right paramedian disk herniation.  Disk material abuts the S1 nerve root on the right lateral recess without edema or displacement.  No central canal stenosis.  The posterior elements are unremarkable.  The foramina show no herniation or nerve root impingement.

L4-L5, demonstrates a central disk herniation with flattening of the dural sac.  No nerve root impingement or central canal stenosis.  Disk material is seen behind the L5 vertebral bodies on the sagittal sequences.  No nerve root compromise in the lateral recesses or neural foramina.

L3-L4, shows a bulging disk.  No herniation, central canal stenosis, or nerve root impingement.

IMPRESSION:

1.  CENTRAL AND RIGHT PARAMEDIAN DISK HERNIATION AT L5-S1.

2.  CENTRAL DISK HERNIATION AT L4-L5.

3.  LUMBAR STRAIGHTENING WITH A BULGING DISK AT L3-L4.  NEGATIVE FOR VERTEBRAL BODY FRACTURE OR SPONDYLOLISTHESIS.


Physician:          Maruja Santiago
Transcriptionist:   V L



Account Number: 185425
Patient Name: VANESSA CRUZ
Reason: L SPINE MRI W/O CONTRAST



Schedule ID:          361679
Account Number:       0000185425
Patient's Name:       VANESSA CRUZ
Social Security:      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
Referring Physician:  CHRISTOPHER WHITE DC
Date Of Service:      9/22/2005 12:15:00 PM
Reason:               RT KNEE MRI
**Final (Electronically Signed)**

HISTORY: Right knee pain. Rule out medial meniscal tear. I

TECHNIQUE: Standard pulse sequences performed on the open MR system are provided
for interpretation.

FINDINGS:  Examination demonstrates homogeneous signal intensity of the osseous
structures without marrow edema, contusion, fracture or dislocation. There is
preservation of the articular cartilage without high grade osteochondral
defects. Negative MRI for degenerative arthropathy.

There is no joint effusion or popliteal cyst.

The medial and lateral meniscus demonstrates homogeneous signal intensity
without focal tears.

The anterior and posterior cruciate, the collateral ligaments, as well as the
quadriceps and patellar tendons are homogeneous in signal intensity without
focal tears.

The patellofemoral joint is well aligned on the axial images. No chondromalacia,
fracture or dislocation.

IMPRESSION:

1. NEGATIVE MRI OF THE RIGHT KNEE. NO MENISCAL TEARS OR LIGAMENTOUS INJURY.

Physician:          Maruja Santiago
Transcriptionist:      <None>

**Open Magnetic Imaging, Inc.**
P.O. BOX 102782
Atlanta, GA 30368-2782
(954) 424-6569

Date: 9/28/2005
Page No.1

GARY J DRUCKER
3111 UNIVERSITY DR SUITE 901
CORAL SPRINGS, FL 33065

| Statement date | Account Number | Pay this amount |
| --- | --- | --- |
| September 28,2005 | 185425 | $3,000.00 |

Please detach and return top portion with your payment

| Date Of Service | Description of service | Charges / Adjustments | Payments / Adjustments | Patient Balance |
| --- | --- | --- | --- | --- |
| | **Statement for CRUZ, VANESSA** | | | |
| | (Charge) ------------------------ | | | |
| 09/22/2005 | L-Spine without Contrast | $1,500.00 | | |
| | SUBTOTAL FOR ENCOUNTER ........................................ | | | $1,500.00 |
| | (Charge) ------------------------ | | | |
| 09/22/2005 | Lower Extremity (Joint) | $1,500.00 | | |
| | SUBTOTAL FOR ENCOUNTER ........................................ | | | $1,500.00 |
| | Thank you for choosing OMI Medical Imaging. Please take a moment to review your statement, for your convenience we accept payment by phone on MasterCard, Visa, American Express, and Discover, and money orders can be mailed. Thank you for using OMI. | | | |
| | Total: | $3,000.00 | $0.00 | $3,000.00 |

* Sum of insurance pending: $0.00

| Current | 31 - 60 days | 61 - 90 days | 91 - 120 days | Over 120 days |
| --- | --- | --- | --- | --- |
| $3,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |

paid claims data as of 10/2/2006
recipient: vanessa cruz
incident date: 9/10/2005

**Incident # 218511** **Prepared By: Judi Kendrick**

TENET GOOD SAMARITAN, INC. (561-616-4959)

| FDOS | Date Paid | CT | Diagnosis/ Drug | Diagnosis/Drug Description | Amount Paid |
|---|---|---|---|---|---|
| 9/10/2005 | 9/21/2005 | O | 847.2 | SPRAIN LUMBAR REGION | $268.68 |
| | | | E849.6 | ACCIDENT IN PUBLIC BLDG | |
| | | | 924.11 | CONTUSION OF KNEE | |
| | | | | Subtotal for TENET GOOD SAMARITAN, INC. | $268.68 |

CITY OF WEST PALM BEACH (561-835-2900)

| FDOS | Date Paid | CT | Diagnosis/ Drug | Diagnosis/Drug Description | Amount Paid |
|---|---|---|---|---|---|
| 9/10/2005 | 8/9/2006 | T | -- | -- | $136.00 |
| | | | | Subtotal for CITY OF WEST PALM BEACH | $136.00 |

STERLING EMERGENCY SERVICES OF FL (561-655-5511)

| FDOS | Date Paid | CT | Diagnosis/ Drug | Diagnosis/Drug Description | Amount Paid |
|---|---|---|---|---|---|
| 9/10/2005 | 9/28/2005 | P | 847.2 | SPRAIN LUMBAR REGION | $22.92 |
| | | | | Subtotal for STERLING EMERGENCY SERVICES OF FL | $22.92 |

**Total Amount Paid by Medicaid on Behalf of VanessaCruz: $427.60**

**Palm Beach Radiology and Imaging Assoc**
**PO Box 2265**
**West Palm Beach, FL 33402**

**(786) 621-3852**

## Patient Snapshot for VANESSA CRUZ

Friday, November 04, 2005

### Patient Demographics

| | | | | | |
|---|---|---|---|---|---|
| Patient Number | : B056983661 | Social Security | : 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 | Acct. Type | : MediPass Only |
| Patient Name | : VANESSA CRUZ | Employer | : DISABLED | Sex | : F |
| Address | : 735 TALLAPOOSA ST WEST PALM BEACH, FL 33405 | Employment Status | : Part Time | Date of Birth | : 12/11/1986 |
| | | Student Status | : | Marital Status | : Single |
| | | Home Phone | : (561)502-7518 | E-mail | : |
| School: | : | Business Phone | : | Mobile Phone | : |

### Current Insurance Information

**Primary**

Company : FLORIDA MEDICAID
Address : PO BOX 7072
TALLAHASSEE, FL 32314-7072
Phone : 800-289-7799
Insured Name : VANESSA CRUZ
Address : 735 TALLAPOOSA ST
WEST PALM BEACH, FL 33405
Social Security : 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
Employer : DISABLED
Policy Number :
Group Name :
Member ID : 1949687112

**Secondary**

### Transactions Posted

From 01/01/1980 To 11/4/2005

| Effective Date | Type | Description | Status | | Debits | Credits | Bal/Unap |
|---|---|---|---|---|---|---|---|
| | | | | **Totals:** | **34.92** | **34.92** | **0.00** |
| 09/10/2005 | Charge | 72100 - RADIOLOGIC EXAMINATION, SPINE,... | Closed | | 34.92 | | 0.00 |
| 10/05/2005 | Ins Payment | Insurance Payment | | | | 6.12 | 0.00 |
| 10/05/2005 | Ins Adjustment | Automatic Adjustment | | | | 28.80 | 0.00 |

**Current Patient Balance : $0.00**
**Current Insurance Balance : $0.00**
**Current Account Balance : $0.00**



**Medical Records Copy**
Printed: 9/10/2005 11:23:00 PM

# GOOD SAMARITAN Medical Center

Tenet South Florida

1309 No. Flagler Drive West Palm Beach, FL 33401

ADMITTING DIAGNOSIS:
C/O LOWER BACK,RT KNEE

| ACCOUNT NO. | ROOM/BED | MR #. | INIT | ADMIT DATE | ADMIT TIME | DISCH. DATE | DISCH. TIME | AD | TYPE | SRC | VIP | C/DISCH | LIFEBLOOD | REF/CD | ISOL/CD | PT/TYP | CLIN/CD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 056983661 | / | 000517483 | SJ | 09/10/2005 | 23:19 | | | NV | | 65 | | | | | | EER | ED |

| ADMITTING PHYSCIAN | DR # | ATTENDING PHYSCIAN | DR # | PRIMARY CARE PHYSCIAN | DR # | ADM GROUP |
|---|---|---|---|---|---|---|
| GS ER, PHYSICIAN | 8911 | GS ER, PHYSICIAN | 8911 | GS ER, PHYSICIAN | 8911 | GS ER, PHYSICIAN |

**PATIENT**

| PATIENT LAST NAME, FIRST, MI | ALSO KNOWN AS (ALIAS) | DOB | AGE | SEX | RACE | MS | LANGUAGE |
|---|---|---|---|---|---|---|---|
| CRUZ, VANESSA | | 12/11/1986 | 18Y | F | 1 | S | ENGLISH |

| PATIENT ADDRESS | CITY | STATE | ZIP | COUNTY | EMP. STATUS |
|---|---|---|---|---|---|
| 735 TALLAPOOSA ST | WEST PALM BEACH | FL | 33405- | PB | 3 |

| HOME PHONE NUMBER | SSN # | PRV. ADMIT | RELIGION | CONDITION CODES | OCCUR | LOS DAYS |
|---|---|---|---|---|---|---|
| (561)502-7518 | 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 | | CA | | | |

| PATIENT EMPLOYER | OCCUPATION | LENGTH / EMPLOYMENT | WORK PHONE NUMBER |
|---|---|---|---|
| DISABLED | | 3 | (561)000-0000 |

| PATIENT EMPLOYER ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| DISABLED | HIALEAH | FL | 33013 |

| PATIENT WORK LOCATION | PRIOR/CD | FROM | TO |
|---|---|---|---|
| | | | |

**GUARANTOR**

| GUARANTOR LAST NAME, FIRST, MI | SEX | PT. RELATION | SSN # | HOME PHONE NUMBER | EMP. TYPE |
|---|---|---|---|---|---|
| CRUZ, VANESSA | F | SELF | 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 | (561)502-7518 | |

| GUARANTOR ADDRESS | CITY | STATE | ZIP | COUNTY |
|---|---|---|---|---|
| 735 TALLAPOOSA ST | WEST PALM BEACH | FL | 33405-1445 | US |

| GUARANTOR EMPLOYER | OCCUPATION | LENGTH / EMPLOYMENT | WORK PHONE NUMBER |
|---|---|---|---|
| DISABLED | | | (561)000-0000 |

| GUARANTORS EMPLOYER ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| DISABLED | HIALEAH | FL | 33013 |

GUARANTOR WORK LOCATION

| EMERGENCY DATA LAST NAME, FIRST, MI | HOME PHONE NUMBER | WORK PHONE NUMBER | PT/REL |
|---|---|---|---|
| REYES, ARMIRA | (561)502-7518 | | MOTHER |

**INSURANCE**

| INSURANCE 1 NAME | INSURANCE 1 ADDRESS 2 | CONTRACT/POLICY # | PRE-AUTHORIZATION # | FINCLASS | PLAN NUMBER | TYPE | COB |
|---|---|---|---|---|---|---|---|
| MEDIPASS MEDICAID | | 1949687112 | NOT NEEDED | 50 | 05Q | | |

| INSURANCE 1 ADDRESS | CITY | STATE | ZIP | INSURANCE 1 PHONE # | SUB. DOB |
|---|---|---|---|---|---|
| PO BOX 7062 | TALLAHASSEE | FL | 32314 | (561)965-8345 | 12/11/1986 |

| SUBSCRIBER NAME LAST, FIRST, MI | PATIENT RELATION | GROUP NAME | GROUP NUMBER |
|---|---|---|---|
| CRUZ, VANESSA | SELF | DISABLED | |

| INSURANCE 2 NAME | INSURANCE 2 ADDRESS 2 | CONTRACT/POLICY # | PRE-AUTHORIZATION # | FINCLASS | PLAN NUMBER | TYPE | COB |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| INSURANCE 2 ADDRESS | CITY | STATE | ZIP | INSURANCE 2 PHONE # | SUB. DOB |
|---|---|---|---|---|---|
| | | | | | |

| SUBSCRIBER NAME LAST, FIRST, MI | PATIENT RELATION | GROUP NAME | GROUP NUMBER |
|---|---|---|---|
| | | | |

| ACCIDENT LOCATION | ACCIDENT DATE | ACCIDENT TIME | ACCIDENT TYPE | ARRV/CD | ACCOMPANIED BY |
|---|---|---|---|---|---|
| | | | | AMB | |

| COMPLAINT: | POLICY Y/N | TIME NOTIFIED | POLICE DEPARTMENT NOTIFIED |
|---|---|---|---|
| | | | |

COMMENTS :

cc 9/13

ACCT #
056983661



## 08 Low Back Pain / Injury (5)

Triage V/S: BP 114/76 T 98 P 81 R 18
DATE: 9/10/05 TIME: 11:55 pm ROOM: 6
HISTORIAN: (patient) spouse paramedics
__HX / __EXAM LIMITED BY:

## HPI

**chief complaint:** (back pain) neck pain
*hx of chronic:* neck pain / back pain

**started:** 1° PTA
continues in ED / better / gone now / worse

**recent injury?** no (yes) possibly

*how (context)?* lifting turning / bending fall / near-fall trauma
fell at store - slipped on water

*When?* as above
*Where?* home work school
*Other injuries?* neck head back other

**location of pain:**
(pain)
paresthesias
paresis

**quality:**
burning (sharp) / acute
dull / radiating
similar to prior back pain(s)
mild (moderate) severe

**Pain Level**
1 2 3 4 5
6 7 8 9 10

**neurologic symptoms:**
bowel dysfunction
bladder dysfunction
radiation to leg
sensory-motor loss
numb (R) leg

**modifying factors:**
**exacerbated by:**
supine
upright position
(movement) (to right / to left / flexion)
cough / deep breaths
nothing

**relieved by:**
supine
upright position
remaining still
(nothing)

Similar symptoms previously NO

Recently seen / treated by doctor

DOB: 12/11/1986
09/10/2005
18 F 1
MR: 000517483 Room: -
**CRUZ, VANESSA**
GS ER, PHYSICIAN ACCT#:056983661
GOOD SAMARITAN MEDICAL CENTER

/Maiden)
x:

## ROS

*GU*
trouble w/ urination
frequent urination
blood in urine

*OTHER*
fever
*subjective / to ____ °F*
chills

*Women* LNMP now
vaginal bleeding
*normal period / abnormal*
vaginal discharge
missed / abnormal period(s)

*NEURO / PSYCH*
headache
depression
*EYES / ENT / PULMONARY / CVS*
blurred vision
sore throat
cough
trouble breathing
chest pain
*GI*
abdominal pain
nausea / vomiting
diarrhea
black / bloody stool
*SKIN*
skin rash
[X] all systems neg except as marked

## PAST HX
__negative __prior records reviewed

prior back injury
prior back pain
*episode(s) chronic*
intervert. disc disease
sciatica
arthritis
compression fracture(s)

peptic ulcer disease
*documented? yes no*
aortic aneurysm
kidney stone
urinary tract infection
prostatitis
high blood pressure
diabetes *insulin / oral / diet*
heart disease

other problems asthma

Surgeries / Procedures
none / noncontributory
back surgery
*laminectomy fusion discectomy*

cholecystectomy
appendectomy
cardiac bypass
other

Medications (none) see nurses note
ASA NSAID acetaminophen

Allergies (NKDA)
see nurses note

**SOCIAL HX** smoker drugs
alcohol *(recent / heavy / occasional)*

**FAMILY HX** negative

NP / PA Date/Time:
[signature] MD / DO Date/Time:

© 1996 - 2004 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

Good Samaritan Medical Center
**EMERGENCY PHYSICIAN RECORD**

Pt. Name______________________ Date__________

[X] Nursing Assessment Reviewed [X] Vitals Reviewed [ ] Tetanus immun. UTD

# PHYSICAL EXAM

Reflexes | Pulses

**GENERAL APPEARANCE** c-collar (PTA / in ED) / backboard

__no acute distress | __mild / moderate / severe distress
__alert | __anxious / lethargic
| __IV

**EENT** | __scleral icterus / pale conjunctivae
__PERRL |
__nml ENT inspection | __pharyngeal erythema
__pharynx nml |

**NECK** | __thyromegaly no vertebral
__nml inspection | __lymphadenopathy* tenderness
__non-tender | __limited ROM mild @ para
__painless ROM* | cervical tenderness

**RESPIRATORY** | __see diagram cell ar ver
__no resp. distress | __wheezing by me
__breath sounds nml | __rales / rhonchi

**CVS** | __tachycardia / bradycardia
__reg. rate & rhythm | __pulse deficit
__heart sounds nml |

**GI (ABDOMEN)** | __see diagram
__non-tender | __hepatomegaly / splenomegaly
__no organomegaly | __mass / prominent aortic pulsation
__no pulsatile mass | __femoral pulse deficit
__nml bowel snds* |

**BACK** | __see diagram
__non-tender | __decreased ROM / muscle spasm
__nml inspection | __CVA tenderness
__painless ROM* | __vertebral point-tenderness

T=Tenderness
PtT=Point Tenderness
S=Swelling
E=Ecchymosis
Lac=Laceration
A=Abrasion
B=Burn
(Ø=without m=mild mod=moderate sv=severe)
Tsv = Tenderness on palpation (severe)

STRAIGHT LEG RAISING RIGHT- __negative __pain at ______degrees
LEFT- __negative __pain at ______degrees

**NEURO / PSYCH** | __disorientation / CN deficit
__oriented x3 |
__mood / affect nml | __sensory / motor deficit
__no apparent motor or sensory deficit | __antalgic gait
__dorsiflexion of great toes normal bilaterally | __decreased rectal tone
| __clonus
__reflexes nml |

**SKIN** | __cyanosis / diaphoresis / pallor
__color nml, no rash | __skin rash
__warm, dry |

**EXTREMITIES** | __pedal edema
__non-tender, full ROM* | __calf tenderness
__no pedal edema | ® knee tenderness
| Ø swelling
| FROM

Underline *indicates organ system*
* *equivalent or minimum required for organ system exam*

## LABS & XRAYS:

CBC- WBC=________ HCT=______ platelets=______
UA- __normal WBC's______ RBC's______ bacteria______
SHCG / BHCG / serum preg- POS / NEG______

**XRAYS** [X] Interp. by me [ ] Reviewed by me [ ] Discsd w/ radiologist
C-Spine (LS-Spine)
__nml / NAD | __reversal / straightening of cerv. lordosis
__no fracture | __DJD / spondylosis / spurring
__nml alignment |
__soft tissues nml |

**Other** [ ] See separate report

## PROGRESS:

**Pain Level** 1 2 3 4 5 6 7 8 9 10
*Time*______

Pt sleeping

__Discussed with Dr.______________Time______
*will see patient in: office / ED / hospital*

Counseled patient / family regarding: *lab results diagnosis need for follow-up*
Additional history from: *family caretaker paramedics*
__Rx given __Admit orders written
**CRIT CARE TIME** ***(excluding separately billable procedures)*** ***30-74 min 75-104 min _____ min***

## CLINICAL IMPRESSION: *(Fall)* *Alleged Assault*

(Acute Myofascial Strain) *dorsal (lumbar) sacral* | Aortic Abdominal Aneurysm *ruptured enlarging*
Low Back Pain - *acute chronic* | Acute Sciatica L / R
Contusion - *lumbar dorsal* | Acute Herniated Disc at _____
Spondylolysis Spondylosis | Degenerative Disc Dz ______
Spondylolisthesis (*at* ______) | Urinary Tract Infection
® knee contusion

**DISPOSITION-** [ ] transferred [ ] obs [ ] home [ ] admit [ ] expired
**Time**______ [ ] AMA [ ] LWOT [ ] elopement
**CONDITION-** [ ] good [ ] fair [ ] poor [ ] critical [ ] improved [ ] stable [ ] unchanged

**Pain Level** 1 2 3 4 5 6 7 8 9 10

______________***RESIDENT / PA / NP Date/Time:***______

**ATTENDING NOTE:**
__Resident / PA / NP's history reviewed, patient interviewed and examined.
Briefly, pertinent HPI is:______
My personal exam of patient reveals:______
Assessment and plan reviewed with resident / midlevel. Lab and ancillary studies show:______
I confirm the diagnosis of:______
__Care plan reviewed. Patient will need:______
Please see resident / midlevel note for details.

[signature] ***MD / DO Date/Time:***______

[ ] Template Complete [ ] See Additional Documentation

DOB: 12/11/1986
09/10/2005
18 F 1
MR: 000517483 Room: -
**CRUZ, VANESSA**
GS ER, PHYSICIAN ACCT#:056983661
GOOD SAMARITAN MEDICAL CENTER

**GOOD SAMARITAN**
Medical Center
Tenet South Florida

Date: 9/10/05 Time: 11 35 pm Allergies: ☒ NKA

**LAB ORDERS:**

- ☐ CBC w/diff
- ☐ BMP
- ☐ CMP
- ☐ CK-MB
- ☐ Troponin
- ☐ BNP / CHF
- ☐ EKG
- ☐ PT/INR
- ☐ PTT
- ☐ D.Dimer
- ☐ Amylase
- ☐ Lipase
- ☐ LFT's
- ☐ Retic
- ☐ Sed Rate
- ☐ UHCG (charge code #1018)
- ☐ HCG Qual.
- ☐ HCG Quant.
- ☐ Rh
- ☐ U/A w/Micro / Cath
- ☐ Urine C&S/Cath
- ☐ G.C. / Chlamydia / W.P.
- ☐ Male DNA Probe
- ☐ CSF #1
- ☐ CSF #2 glucose & protein
- ☐ CSF #3 Gram Stain; C & S
- ☐ CSF #4 cell count / Diff
- ☐ Blood Cultures X2
- ☐ ABG
- ☐ Type & Screen
- ☐ Crossmatch ____ Units
- ☐ ETOH
- ☐ Tox / Screen – Urine Blood
- ☐ Dilatin
- ☐ Digoxin
- ☐ ASA Level
- ☐ Acetaminophen Level
- ☐ Throat culture
- ☐ Beta strep screen

**RADIOLOGY ORDERS**

- ☐ CXR/2 View Portable
- ☐ AAS
- ☐ Flat / Up ABD
- ☐ KUB
- ☐ IVP
- ☒ C-Spine
- ☐ T-Spine
- ☒ L-Spine
- ☐ Facial
- ☐ Nasal
- ☐ Pan / Man Ser.
- ☐ Shoulder L R
- ☐ Humerus L R
- ☐ Elbow L R
- ☐ Forearm L R
- ☐ Wrist L R
- ☐ Hand L R
- ☐ Hip L R
- ☐ Pelvis L R
- ☐ Femur L R
- ☒ Knee L (R)
- ☐ Tib / Fib L R
- ☐ Ankle L R
- ☐ Foot L R
- ☐ Ribs w/chest L R
- ☐ CT Head
  - W/Contrast
  - W/O Contrast
- ☐ CT ABD / Pelvis
  - IV Contrast
  - Oral Contrast
- ☐ CT Chest Angio
- ☐ US Pelvis / Transvaginal
- ☐ US Gallbladder
- ☐ US ABD
- ☐ VQ Scan
- ☐ Renal CT
- ☐ Venous Doppler
- ☐ Other Tests:

**Clinical Reason For Ordered Tests** fall

☐ IV ☐ o2 ☐ Monitor

☐ Old Records Ordered: ☐ ER ☐ Inpatient ☐ EKG ☐ Other________

Name of Primary Care Physician:________ Called By:________ Time Called:________

| Time Ordered | Order | Time Ordered | Order |
|---|---|---|---|
| 1135 pm | Toradol 60mg IM | 0030 | |
| | | | |
| | | | |
| | | | |

ER Physician Signature / ID Number: Caslle

Copy 1 – Medical Records

EID-0022 05062005

DOB: 12/11/1986
09/10/2005
18 F 1
MR# 000517483 Room: -
**CRUZ, VANESSA**
GS ER, PHYSICIAN ACCT# 056983661

## ER Physician Order Sheet

Tab: 2.9 ER Records / Trauma









**GOOD SAMARITAN**
Medical Center
Tenet South Florida

EIDD-0033

| PRIORITY ☒ ER ☐ QC | DATE: 9/10/05 | BROUGHT BY: ☐ AIR ☒ MEDICS ☐ WALK ☐ POLICE ☐ AMB ☐ CAR | | | | |
|---|---|---|---|---|---|---|
| TO EXAM ROOM | TIME | DR. EXAMINED | TIME | MD CALLED | TIME | TIME RESPONDED |
| 6 | 2310 | | | | #1 #2 | |

CC S/P ε fall : in Winn-Dixie 1° PTA Back, neck, and (L) knee pain. NLOC – presented in c-spine immobilization

TRIAGE NURSE INIT

| ALLERGIES | LAST TETANUS/ IMMUNIZATION | LMP | HYSTERECTOMY DATE | TUBAL DATE | WT. |
|---|---|---|---|---|---|
| NKDA | | Now Gr P Ab | | | Kg |

| BLEEDING | VISUAL ACUITY | | ACCUCHECK | MEDS |
|---|---|---|---|---|
| ☐ PROFUSE ☐ MINIMAL ☐ MODERATE ☐ NON-EVIDENT | O.D. | O.S. | TIME: | Ø |

| TRIAGE ACTION | | | |
|---|---|---|---|
| ☐ DRESSING ☐ ICE | ☐ DIABETES | ☐ SEIZURE DISORDER | ☐ SUBSTANCE ABUSE |
| ☐ ELEVATE ☐ SPLINT | ☐ HYPERTENSION | ☐ PULMONARY DISEASE | ☐ MIGRAINE HEADACHE |
| ☐ CERVICAL COLLAR | ☐ KIDNEY DISEASE | ☐ CARDIO-VASC. DISEASE | ☐ ARTHRITIS |
| | ☐ CVA | ☐ PSCH. DISORDER | ☐ OTHER: Asthma |

DR.__________
☐ DR. OUT OF TOWN
☐ CLINIC
☐ NO DOCTOR

SOCIAL HISTORY
☐ TB ☐ DRUGS ☐ ALCOHOL ☒ SMOKING
☐ LIVES ALONE ☐ HISTORY OF ABUSE ☐ ONCOLOGY ☐ STD

SURGERIES: (L) wrist
ORTHO:
G.I. (ULCER):

| TIME | TEMP | B/P | PULS | RESP | EYE OPENING | VERBAL RESPONSE | MOTOR RESPONSE | PUPILS | CAP | O2 SAT | SKIN CONDITION | CARDIAC RHYTHM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2310 | 98 | 116/76 | 81 | 18 | 4 | 5 | 6 | | | 98% | W/D | |

BEST MOTOR RESPONSE
6 – Obeys Commands
5 – Localizes Pain
4 – Withdrawal to Pain
3 – Abnormal Flexion (Pain)
2 – Abnormal Extension (Pain)
1 – None

BEST VERBAL RESPONSE
5 – Oriented
4 – Confused
3 – Inappropriate Words
2 – Incomplete Sounds
1 – None

EYE OPENING
4 – Spontaneous
3 – To Speech
2 – To Pain
1 – None

NEURO KEY PUPIL SIZE
1 2 3 4 5 6
R – Reactive (Brisk)
S – Reactive (Sluggish)
N – Non Reactive

MONITOR: ☐ OXYGEN ______ L/min. ☐ MASK ☐ CANNULA

PARENTERAL / BLOOD

| START TIME | # | SOLUTIONS & ADDITIVES | SITE | NEEDLE | RATE | INITIALS |
|---|---|---|---|---|---|---|
| | | | | | | |

TIME: CATH: TIME: CATH:
INIT. INIT.

INTAKE: PO / IV — TOTAL
OUTPUT: URINE / N/G / EMESIS — TOTAL

PAIN SCALE

| TIME | SITE | SCALE 1-10 | COMMENT |
|---|---|---|---|
| 2310 | Knee | 10 | |
| | Neck | 8 | |
| | back | 6 | |
| 0100 | Knee | 5 | |
| | Neck | 2 | |
| | back | 2 | |

| MEDICATIONS | ROUTE | SITE | TIME | INITIALS |
|---|---|---|---|---|
| Toradol 60mg | IM | (L) glut | 0030 | |

DISPOSITION OF PAYMENT
☐ ADMITTED ROOM______
☐ DISCHARGED MODE: ☒ AMBULATORY ☐ WHEELCHAIR ☐ CRUTCHES ☐ STRETCHER ☐ CARRIED ☐ AMA
☐ TRANSFERRED TO ______ VIA ______
CONDITION ON DISCHARGE: ☐ EXPIRED ☐ MORGUE/FUNERAL HOME ☒ GOOD ☐ FAIR ☐ POOR
INSTRUCTIONS: ☐ INSTRUCTION SHEETS ☐ VERBAL ☐ WRITTEN
INITIALS: CM — DISCHARGE DATE: 9/11 TIME:

SIGNATURE: ______ INI: ___ DATE: 9/10/05

EID--0033 2--03

Copy 1 – Medical Records Copy 2 – ER Record

12/11/86

DOB: 12/11/1986
09/10/2005
18 F 1
MR: 000517483 Room: -
CRUZ, VANESSA
GS ER, PHYSICIAN ACCT#:056983661
GOOD SAMARITAN MEDICAL CENTER

## Emergency Department Nursing Notes

Page 1 of 2

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

Tab: 1.5 Nursing Doc / Interdisciplinary Assessment Record

& ON 2nd PAGE

| Facial Droop (patient shows teeth or smiles): | Arm Drift: | Speech (the patient says "The sky is blue in Cincinnati") |
|---|---|---|
| ☒ **Normal** (Both sides of face move equally well)<br>☐ **Abnormal** (One side of face doesn't move as well as the other side) | ☒ **Normal** (Both arms move the same OR Both arms don't move at all)<br>☐ **Abnormal** (One arm either doesn't move OR one arm drifts down compared to the other) | ☒ **Normal** (Patient says correct words with no slurring of words)<br>☐ **Abnormal** (Patient slurs words, says the wrong words, or is unable to speak) |

## NURSING ASSESSMENT

**MENTAL STATUS:** ☒ ALERT ☒ ORIENTED x 3 ☐ CONFUSED ☐ UNCOOPERATIVE ☐ LETHARGIC ☐ COMBATIVE ☐ UNCONSCIOUS ☐ ANXIETY ☐ HALLUCINATION ☐ DEPRESSION ☐ OBSERVABLE SIGNS & SYMPTOMS OF ABUSE

**SKIN CONDITION:** ☐ ECCHYMOSIS ☐ ABRASIONS ☐ RASH ☐ DECUBITUS

**COLOR** ☒ NORMAL ☐ PALE/ASHEN ☐ CYANOTIC ☐ FLUSHED

**MOISTURE** ☒ NORMAL ☐ DRY ☐ MOIST

**TEMPERATURE** ☐ HOT ☒ WARM ☐ COOL

**RESPIRATORY EFFORT:** ☒ EVEN/UNLABORED ☐ SHALLOW ☐ LABORED ☐ OTHER____

**LUNG SOUNDS:** ☐ N/A ☐ CLEAR ☐ WHEEZE ☐ RALES ☐ RHONCHI

**PAIN:** ☐ DENIES INTENSITY (circle one) 1 2 3 4 5 6 7 8 9 10 ☐ ACUTE ☐ CHRONIC ☐ THROBBING ☐ CONSTANT ☐ COMES & GO ☐ CRUSHING ☐ INTERMITTENT ☐ RADIATING ☐ SHARP ☐ DULL ☐ BURNING

**SOCIAL HISTORY:** ☐ SMOKING ☐ ALCOHOL ☐ DRUGS

**FUNCTIONAL ASSESSMENT:** (ADLS) ☐ SELF ☐ W/ASSIST ☐ COMPLETE

**NUTRITIONAL STATUS:** ☐ DIET RESTRICTIONS ____ LAST TIME FOOD/FLUIDS TAKEN____ ☐ FLUID RESTRICTIONS ☐ VITAMINS, OTC, HERBS & FOOD SUPPLEMENTS____

Readiness: No Barriers ☐ Motivation: Listens attentively ☐

Ability: Level of Education Appropriate ☐ Preference of Learning: Audio / Visual

| DATE | HOUR | NURSES' NOTES |
|---|---|---|
| 9/11/05 | 2310 | Pt to Rm-6- AOx3. c/o back, neck, and (R) knee. Seen in ER yesterday. States had fall @ Winn Dixie tonight. Abd soft. Lungs clear. ⌀ paresthesia. |
| | | Pt was seen @ scene by rescue - refuse treatment, then went home - called for rescue. |
| | 0040 | X-rays in progress. |
| | 0110 | Pt rest quietly c̄ eyes closed - making snoring noises. ⌀ distress. |

SIGNATURE [signature] INITIALS

| LIST VALUABLES: | CLOTHING: (LIST) |
|---|---|
| ☐ TO FAMILY ☐ TO SAFE SIG.: | ☐ CUT OFF ☐ TO FLOOR WITH PATIENT SIG.: |

SIGNATURE: [signature] INI: [initials] DATE: 9/11/05

EID-0033 2--03

Copy 1 – Medical Records Copy 2 – ER Record

**Emergency Department Nursing Notes**

Page 2 of 2

Tab: 1.5 Nursing Doc / Interdisciplinary Assessment Record

DOB: 12/11/1986
09/10/2005
18 F 1

MR: 000517483 Room: -

**CRUZ, VANESSA**

GS ER, PHYSICIAN ACCT#:056983661

GOOD SAMARITAN MEDICAL CENTER

!R!callLTHD;SLPP66;SLPI6.3;SCPI10;EXIT;

FINAL REPORT

CRUZ,VANESSA F#: B000517483
DOB:12/11/86 18Y Sex: F ADM: GS,ER PHYSICIAN
ACCT #: 056983661 ORD: CASKER,MARGERY VICT
TRANS: STRETCHER EER DIS

---

Exam Date: 09/10/05 2341
CI#: 2485987
ORD#: 0001

Exam: 3031 XR L-SPINE(AP & LAT)(2-3V)
Ord Diag.: ;FALL

58005

LUMBAR SPINE SERIES:

There is no evidence of fracture or subluxation. Multiple small Schmorl's nodes are present along the lumbar spine. There are mild degenerative changes about the T12-L1, L4-L5 and L5-S1 disc spaces. The pedicles are intact and the sacroiliac joints are symmetric in appearance.

IMPRESSION: Mild degenerative changes are seen without evidence of fracture.

Good Samaritan Medical Center 09/11/05 1359
09/11/05 1134 Electronically Signed and
ON-SITE TRANSCRIPTION /Read By/ MARK GONWA, M.D.
JAD

CASKER,MARGERY VICTORIA
1309 N Flagler Dr
Suite 44
West Palm Beach, FL 33401

Good Samaritan Medical Center
1309 North Flagler Drive
West Palm Beach, FL 33401
(561) 655-5511

# EXITCARE® PATIENT INFORMATION

Patient Name: Vanessa Cruz - DOB: 12/11/86
Patient ID: (ID# )
Responsible Adult:
The named patient and/or responsible adult has received the following instruction set(s):

Login ID: ma1860
User Name: Victoria Casker

---

**Bruise (Contusion, Hematoma) ID# 65**

Attending Caregiver(s):
Follow-Up Caregiver(s):
05 days - Dr. Seltzer (orthopedics) 848-0330 -
At what oral temperature should the patient return to this location or see their caregiver?: 102°F (38.9°C)
Additional Notes to bottom of Discharge Instruction?: None entered into ExitCare

---

**Back Pain ID# 1432**

Attending Caregiver(s):
Follow-Up Caregiver(s):
05 days - Dr. Seltzer (orthopedics) 848-0330 -
Additional Notes to bottom of Discharge Instruction?: None entered into ExitCare

Vanessa Cruz

**Signature acknowledges that Patient and/or Guardian has received these instructions and understands them.**

9/11/05 0130.

Patient or Guardian Signature | Date/Time | Witnessed & Instructed by | Date/Time

Copyright ©2005 MedQuest, LLC

FE014
REV. 6-03

**WEST PALM BEACH FIRE RESCUE**
500 North Dixie Highway
West Palm Beach, FL 33401
561-835-2911 ✦ Fax 561-835-2944

| | |
|---|---|
| Incident #: | 12695 |
| Call Date: | 9-10-05 |
| Rcvd: | 2240 |
| Disp: | 2240 |
| Enr: | 2242 |
| Arr: | 2245 |
| Pt. Contact: | 2246 |
| Transport: | 2257 |
| Arr. Hosp: | 2308 |
| Available | |
| Alert Time: | |
| Restraints: | |
| Disposition: | |

Service ID#: 5018 | Unit# R2 | Triage # | Pt# 1 of 1

Location: 735 TALLAPOOSA | City: WPB

Pt. Name: VANESSA CRUZ | SSN: 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

Address: SAME | DOB: 12/11/86 | Age: 18

City/State/Zip: | M ■ (F) | Race: H

PMD: L. SUAREZ | Nature/Scn:

Nature/Call | Allergies NKA

MOI/Illness | Pt. Meds: NO

Relevant Hx: ASTHMA

Pt. Found (Loc/Position) SITTING

**Chief Complaint**/Other Injuries LOWER BACK, RT KNEE (24hrs)

| Time | Resp. | Pulse | B/P | Skin Condition, Lung Sounds, EKG | GCS | Glucose | SA02 | Pupils | $CO_2$ |
|---|---|---|---|---|---|---|---|---|---|
| 2249 | 20 | 104 | 140/86 | W/D C/B/lat | 15 | | 99 | | |
| 2301 | 20 | 96 | 142/90 | W/D | 15 | | 99 | | |
| | | | | | | | | | |
| | | | | | | | | | |

| Time | Care & Treatment | Amt/ Size | Route | By | Result |
|---|---|---|---|---|---|
| 2248 | C/D | | | | |
| 2251 | Fully Immob | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Comments: PT was Ambilatory PTA
Pt slipped an fell at Winn DIXIE Approx 1 hour prior and was scene by R-4 and Refused transport.

Dispostion of Belongings:

Transported by: R-2 | Transported to: GSHER

| Lead Medic | Cert. # | Medic/EMT | Cert. # | Medic/EMT | Cert. # |
|---|---|---|---|---|---|
| Kelley | 595 | Holstein | | Csolos | |

**GOOD SAMARITAN**
Medical Center
Tenet South Florida

1114

## NOTICE REGARDING FACILITY DIRECTORY

Dear Patient/Patient's Personal Representative:

We maintain a list of information on our patients. This list is referred to in our ***Notice of Privacy Practices*** (NPP) as the Directory of Individuals. This Directory includes a patient's name, location in the hospital, general condition and religious affiliation. However, a patient's religious affiliation will only be disclosed to clergy.

We may use this information in the following ways:

**The Patient Information Desk** - uses the Directory to forward calls from friends or loved ones to a patient. They may use it to accept flowers or balloons sent to the patient. They use it to direct visitors to a patient's room.

**The Security Department** - uses the Directory to know at all times who is in the hospital, so they can prepare for any emergency and account for all patients.

**Telephone Operators** - use the Directory to forward calls to patients.

**Clergy** - use the Directory to make visits to patients and their families.

Every patient has a right to ask that their name, location in the hospital, general condition and/or religious affiliation be omitted from the Directory.

If you wish to be removed from this list, complete the Directory Opt Out form below.

---

## DIRECTORY OPT OUT FORM

Every patient has a right to ask that their name, location in the hospital, general condition or religious affiliation be omitted from the Directory. If you wish to remove all or part of your information from the Directory, please check those items that you do not want included:

- ☐ Name - If you select this box, we will not be able to share <u>any</u> information about you with anyone who asks for you by name, including family or friends. We will have to state that we can not confirm or deny that you are a patient. ***If you select this box, no additional selections are required.***
- ☐ Location - If you select this box, you cannot receive flowers, mail, phone messages, etc.
- ☐ General Health Condition - If you select this box, we cannot share information about your general condition with anyone who asks for you by name, including family or friends.
- ☐ Religious Affiliation - If you select this box, we cannot share information about you with clergy.

The undersigned certifies that he/she has read the foregoing, received a copy of the Notice of Privacy Practices (NPP), and is the patient, or the patient's personal representative.

9/10/05 — Date

Time

Vanessa Cruz — Signature of Patient or Patient's Personal Representative

Self — Relationship of Personal Representative to Patient (if applicable)

Print Name of Patient or Patient's Personal Representative

Copy 1 – Medical Records

EID-0005E 1103 TRC1114 1103

DOB: 12/11/1986
09/10/2005
18 F 1
MR# 000517483 Room: -
**CRUZ, VANESSA**
GS ER, PHYSICIAN ACCT# 056983661

**Directory Opt Out Form**
Page 1 of 1

Tab: 1.9 Admissions / Other / Misc.

**GOOD SAMARITAN**
Medical Center
Tenet South Florida

0000

**1. Consent to Medical and Surgical Procedures**
I, the patient identified below or the patient's legally authorized representative, consent to the procedures which may be performed during this hospitalization or on an outpatient basis, including emergency treatment or services, and which may include, but are not limited to, laboratory procedures, including testing of blood or other bodily fluid to determine the presence of any communicable disease such as, to the extent allowed by law, Hepatitis and Human Immunodeficiency Virus (the causative agent of AIDS), x-ray examination, medical and surgical treatment or procedures, anesthesia, or hospital services rendered for the patient under the general and special instructions of my/the patient's physician or surgeon. I further consent to my/the patient's physician or surgeon or his/her designees including other practitioners and hospital personnel, which may include health care professionals in training, performing or administering all tests, services or treatments indicated as previously described.

**2. Consent to Photograph**
I permit the hospital to photograph as a part of the documentation of my/the patient's medical/surgical condition. These photographs will be maintained as part of my/the patient's permanent medical record. I understand and acknowledge that the hospital is permitted to use cameras to monitor all patients.

**3. Nursing Care**
I understand and acknowledge that this hospital will provide nursing care to meet my/the patient's needs in accordance with accepted standards of nursing practices. If I/the patient desire sitter services or the services of a private duty nurse to provide personal care needs, I understand that such retention of such services is my responsibility and I agree to notify the hospital if I intend to arrange for additional or private duty nursing. I also understand and acknowledge that the hospital may use cameras or other devices for patient monitoring.

**The undersigned certifies that I have read the foregoing, received a copy thereof, and I am the patient, the patient's legal representative, or I am duly authorized by the patient as the patient's general agent to execute the above and accept its terms.**

9/10/05 Date

Patient/Patient's Authorized Signature

Self
If other than patient, indicate relationship

Witness

Witness

Copy 1 – Medical Records

EID-0002E 0204 TCE0000E2 0204

DOB: 12/11/1986
09/10/2005
18 F 1
MR# 000517483 Room: -
**CRUZ, VANESSA**
GS ER, PHYSICIAN ACCT# 056983661

**Consent for Treatment**
Page 1 of 1

Tab: 1.9 Admissions / Other / Misc.








**5. Medicare Patient's Assignment of Benefits and Release of Information**

I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize release of any information needed to act on this request. I request that payment of authorized benefits be made on my behalf. I assign payment for unpaid charges of the hospital and physician(s) for whom the hospital is authorized to bill in connection with its services. I understand I am responsible for any remaining balance not covered by Medicare or other insurance.

**6. Legal Relationship Between Hospital and Physician**

All physicians and surgeons furnishing services to the patient, including the Emergency Department physicians, radiologists, pathologists, anesthesiologists and the like, are independent contractors with the patient and are not employees or agents of the hospital. The patient is under the care and supervision of his/her attending physician and it is the responsibility of the hospital and its nursing staff to carry out the instructions of such physician. It is the responsibility of the patient's physician or surgeon to obtain the patient's informed consent, when required, to medical or surgical treatment, special diagnostic or therapeutic procedures, or hospital services rendered for the patient under the general and special instructions of the physician.

**7. Authorization to Appeal**

I hereby authorize the hospital to appeal on my behalf my claim(s) with ____________________, if applicable, and/or any payor which denies and/or delays payment of my claim(s). I further authorize that the payors, listed herein and any other payors, release any and all information requested and/or related to my claim(s) to the hospital and/or its attorneys. Unless prohibited by applicable law or regulation, this authorization is irrevocable upon execution by me hereinbelow and any appeal brought by the hospital shall be as if it was brought by me personally.

**8. Personal Valuables**

It is understood and agreed that the hospital maintains a safe for the safekeeping of money and valuables, and the hospital shall not be liable for the loss or damage to any money, jewelry, documents, fur garments, dentures, eye glasses, hearing aids, prosthetics or other articles of unusual value and small size, unless placed in the safe, and shall not be liable for loss or damage to any other personal property, unless deposited with the hospital for safekeeping. The maximum liability of the hospital for loss of any personal property which is deposited with the hospital for safekeeping is limited to five hundred dollars ($500.00) unless a written report for a greater amount has been obtained from the hospital by the patient.

**9. I have Received the Additional Facility Specific Addendum:**

______ Patient Rights and Responsibilities;
______ Important Message from Champus;
______ Important Message from Medicare;
______ Authorization to Disclose
______ Other Specific Items as listed here:

______________________________
______________________________
______________________________

______ Information regarding Advance Directives
______ Not Applicable
______ Patient has executed Advance Directives: ______ Yes ______ No Did you bring a copy? ______ Yes ______ No
If no, whom to contact to receive a copy? ______________________

**10. Financial Responsibility Agreement by Person Other than the Patient or the Patient's Legal Representative**

I agree to accept financial responsibility for services rendered to the patient and to accept the terms of the Financial Agreement (Paragraph 1) and Assignment of Benefits to Hospital and Hospital-Based Physicians (Paragraph 2) set forth above.

______________ Date
______________ Financially Responsible Party
______________ Witness

**The undersigned certifies that he/she has read and verbalized/demonstrated understanding of the foregoing, received a copy thereof, and is the patient, the patient's legal representative or is duly authorized by the patient as the patient's general agent to execute the above and accept its terms.**

9/10/05 Date
Vanessa Cruz — Patient/Parent/Guardian/Conservator/Responsible Party - The above conditions of services have been explained to me and I understand.

Self — If other than patient, indicate relationship
______________ Witness
______________ Witness

**A COPY OF THIS DOCUMENT IS TO BE DELIVERED TO THE PATIENT AND ANY OTHER PERSON WHO SIGNS THIS DOCUMENT**

Copy 3 – Patient

EID-0001E 1102 TCE1240E2 1102

DOB: 12/11/1986
09/10/2005
18 F 1
MR# 000517483 Room: -
**CRUZ, VANESSA**
GS ER, PHYSICIAN ACCT# 056983661

## Conditions of Services

Tab: 1.9 Admissions / Other / Misc.

## APC Patient Summary

| Patient Name: Cruz, Vanessa | | Account #: 56983661 | | Medical Record #: 517483 | |
|---|---|---|---|---|---|
| Date of Birth: | 12/11/1986 | Sex: | FEMALE | SSN: | 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 |
| Age at Admit: | 18 years | Race: | White | LOS: | 1 |
| Attend Phys: | 00001860 Casker, Margery Victoria | Discharge Date: | 9/11/2005 | D/C Service: | |
| Admit Date: | 9/10/2005 | Financial Class: | 50 MEDICAID-CAL | D/C Status: A | Home/Self Care |
| Patient Type: | 3 OP-ER Pat | Payor 1: | | | |
| Det Pt Type: | 65 Emergency Room | Payor 2: | | | |
| Admit Dx: | 724.5 BACKACHE NOS | Payor 3: | | | |

| Coder ID | Coded Date | Expect Reimb | Finalized Date |
|---|---|---|---|
| dl | 9/13/2005 | | 09/13/2005 |

| Seq. | Diagnosis | |
|---|---|---|
| 1 | 847.2 | LUMBAR SPRAIN |
| 2 | E885.9 | FALL ON SAME LEVEL FROM SLIPPING/TRIPPING/STUMBLING |
| 3 | E849.6 | Injury or Poisoning occurring at/in public building |
| 4 | 924.11 | CONTUSION OF KNEE |

| CPT4 Code & Description | APC Code & Description | Weight | Medicare | Discount | Indicator |
|---|---|---|---|---|---|

CPT4 Modifiers

| Seq/Episode | Procedure | Start | End | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|

| Provider | Role |
|---|---|

**CDM codes are shaded.*

**Consult Performed By**