**F I L E D**
JACKSONVILLE, FLORIDA

**DEC 2 6 2006**

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                            Case No. 05-03817-3F1

Winn-Dixie Stores, Inc., et al.,                                  Chapter 11

Reorganized Debtors.                                              Jointly Administered

## APPLICATION

Pursuant to the Notice dated December 6, 2006 in this case, Joyce Washington serves this Application stating she has a claim against Winn-Dixie Stores, Inc., and potentially other entities listed in footnote 1 of that Notice. The basis for this claim is on or about August 18, 2005, I was a customer at the Winn-Dixie store on Paul Russell Road in Tallahassee, Florida. While a customer at that store, I was shopping and stepped in front of the meat case. I did not see it but there was a puddle of water there which caused me to slip and fall. I received significant physical injuries and medical treatment.

I make this application for compensation arising out of my fall.

_____
JOYCE WASHINGTON
215 Delta Court
Tallahassee, FL 32303
Date: 12-22-06

cc:   James Post
      Smith Hulsey & Busey
      225 Water St., Ste. 1800
      Jacksonville, FL 32202

      Matthew Barr
      Milbank, Tweed, Hadley & McCloy LLP
      1 Chase Manhattan Plaza
      New York, NY 10005

      Skadden, Arps, Slate, Meagher & Flom LLP
      Four Times Square
      New York, NY 10036

F I L E D
JACKSONVILLE, FLORIDA

DEC 2 6 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                Case No. 05-03817-3F1

Winn-Dixie Stores, Inc., et al.,                          Chapter 11

Reorganized Debtors.                                     Jointly Administered

## APPLICATION

Pursuant to the Notice dated December 6, 2006 in this case, Sharon Ashley and Albert Ashley, wife and husband, serve this Application stating we have a claim against Winn-Dixie Stores, Inc., and potentially other entities listed in footnote 1 of that Notice. The basis for this claim is on or about January 9, 2006, I (Sharon Ashley) was a customer at the Winn Dixie grocery store in Crawfordville, Florida. I went there to shop. The store was in the process of rearranging/redecorating/remodeling. The Winn Dixie employees were taking merchandise off the shelves and putting it on the floor. There was considerable confusion and a significant number of Winn Dixie employees working there, while the store was open for business. While I was shopping, some Winn Dixie employees were moving a cart full of merchandise from one aisle to another. They apparently could not see where they were going because so much merchandise was stacked in the cart. This forced me to move out of their way, causing me to trip over merchandise on the floor and fall. I was significantly injured as a result.

My primary medical treatment since the accident has been by Dr. James Thomas (my primary care physician) and Dr. Gregg Alexander (orthopedic surgeon).

Dr. Alexander has diagnosed me with a prominent central annular tear at L5-S1. At L4-5 there is also central protrusion with a visible annular tear. He has told me this will cause me significant permanent pain.

I was only 54 years old when this accident occurred. I am in constant back pain of significant severity. It is certainly affecting my marital relationship with my husband, Albert.

My husband, Albert Ashley, and I make this application for compensation arising out of my fall.

*Sharon Ashley*
SHARON ASHLEY, for myself and my husband, Albert Ashley
215 Delta Court
Tallahassee, FL 32303
Date: Dec 21 2006

cc: James Post
Smith Hulsey & Busey
225 Water St., Ste. 1800
Jacksonville, FL 32202

Matthew Barr
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036