

**AMEEN & DRUCKER, P.A.**
LAW OFFICES

GARY J. DRUCKER
3111 UNIVERSITY DRIVE
SUITE 901
CORAL SPRINGS, FLORIDA 33065
TELEPHONE 954.755.2120
FACSIMILE 954.340.8733

December 21, 2006

**FILED ELECTRONICALLY**
**VIA CM/ECF LIVE DATABASE**

Clerk of the Court
United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, FL 32202

      RE:    ELLEN LOIACONO vs. WINN-DIXIE STORES, INC.

| | | |
|---|---|---|
| Date of Loss | : | 1/1/06 |
| Defendant | : | Winn-Dixie Stores, Inc. |
| Bankruptcy Case No. | : | 05-03817-3F1 |
| Winn-Dixie Claim # | : | A611200023-0001-01 |
| Our Client | : | Ellen Loiacono |
| Our File No. | : | 06-02-3138 |

Dear Ms. Bennett:

      We represent Ellen Loiacono in the above-captioned claim against Winn-Dixie Stores, Inc. Please accept this correspondence as our application for payment of the claim.

      On July 21, 2005, our client was at Winn-Dixie Store # 0378 in North Miami Beach, Florida as a business invitee. Ms. Loiacono was walking on the sidewalk just outside the store. She did not notice that there was a significant step from the sidewalk onto the pathway leading to the parking lot. Our client fell down the step and landed hard on the ground.

      Liability is not an issue as Winn-Dixie is required to maintain a safe environment for its customers. The step was an unreasonably dangerous condition that Winn-Dixie knew or should have known of. There was no warning that the sidewalk dropped off like a ledge and the handrail did not extend far enough to prevent our client from falling.

      Photographs of the scene of the incident are evidence of the dangerous condition and we have attached copies of the photographs.

Ms. Loiacono was seriously and permanently injured in this incident. As proof of her claim, we have attached all pertinent medical records and billing. Ms. Loiacono suffered a paracentral disc protrusion at C6-7, cervical sprain/strain, thoracic sprain/strain, lumbar sprain/strain, sacral sprain/strain, coccyx sprain/strain and upper extremities sprain/strain as a result of this incident.

As a direct result of the accident, Ms. Loiacono incurred the following medical bills:

| | | |
|---|---|---|
| 1) | Aventura Diagnostic Testing Group | $8,655.00 |
| 2) | The Medical Massage Clinic | $ 290.00 |
| 3) | Orthopedic Care Center | $will provide |

**TOTAL MEDICAL BILLS (estimate):**     **$8,945.00**

As clearly indicated in the MRI reports and medical records, Ms. Loiacono was seriously and permanently injured in this incident. Our client now experiences constant pain and suffering as a result of Winn-Dixie's negligence.

As stated above, Ms. Loiacono's medical bills to date total $8,945.00. Based on out-of-pocket medical expenses and the resulting injuries from the case, we respectfully request $100,000.00 to settle this claim.

If you have any questions or comments, please feel free to call.

Very truly yours,

Gary J. Drucker

GJD: tj
Attachments

 



**Orthopedic Care Center**

Orthopaedic Surgery

Barry J. Silverman, MD, FACS
Scoliosis

Stephen S. Wender, MD
Sports Medicine &
Arthroscopic Surgery

Michael M. Koonin, MD, FICS
General Orthopaedics &
Total Joint Replacement

Paul B. Chaplin, MD
Hand Consultant &
General Orthopaedics

Rolando Garcia, Jr., MD, MPH
Spine Surgery &
Scoliosis

Richard Rozencwaig, MD, FACS
Sports Medicine & Arthroscopy
Shoulder & Elbow Reconstruction

Hugh S. Unger, MD, FACS
General Orthopaedics
Sports Medicine

Michael G. Dennis, MD
Cartilage Restoration
Sports Medicine & Arthroscopy

Physical Medicine &
Rehabilitation

Bryce E. Epstein, MD, FAAPMR
Occupational & Sports Medicine
Electrodiagnosis

Nina Bleier
Administrator

21000 N.E. 28th Avenue
Aventura, Florida 33180
(Behind Aventura Hospital)
305-937-1999

1250 South Federal Highway
Hollywood, Florida 33020
954-923-7577

# FACSIMILE
## OUR FAX # 305-937-2086

DATE: SEP 2 9 2006

ATTN: Atty Gary J. Drucker, Esq.

PHONE #: _____

FAX #: 9- 340 -8733

RE: Ellen Lorusano #358472

SENDER: Sharon M.

NUMBER OF PAGES, INCLUDING THIS COVER SHEET: 11

COMMENTS: Full rpt of 2/23/06 + 2/24/06 + 3/24/06 MRI Lumbar Spine, Rpt 2/28/06 + MRI Thoracic Spines 2/28/06 w/ath. str.

IF YOU DO NOT RECEIVE ALL OF THE PAGES OR HAVE ANY QUESTIONS REGARDING THIS REQUEST, OR INFORMATION SENT, PLEASE CALL US BACK AT (305) 937-1999 EXT. 213

CONFIDENTIALLY NOTICE:

The documents accompanying this fax transmission contain confidential information belonging to the sender which is legally privileged. This information is intended only for the use of the individual(s) or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile information is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone at (305) 937-1999, to arrange for return of the original documents to us.

Thank you.



OFFICIAL PHYSICIANS
WORLD OLYMPIANS ASSOCIATION

# ORTHOPEDIC CARE
## & SPORTS MEDICINE CENTER

21000 N.E. 28TH Avenue
Aventura, Florida 33180
(305) 937-1999

1250 South Federal Highway
Hollywood, Florida 33020
(954) 923-7577

ELLEN LOIACONO 358472

02/23/06

Ms. Ellen Loiacono is a 58-year-old massage therapist who presents for orthopedic spinal surgical consultation with complaints of cervical, thoracic, and lower back pain.

She relates the onset of her symptoms to an injury on 01/01/06. She was going to a movie theater. She was walking when she did not see a 7-inch step in front of her. She fell forward. She landed on her knees. She also put her arms out. She sustained trauma to the cervical, thoracic, and lower back areas. She tells me after the injury she was taken to a near by Winn-Dixie. She was bruised up and cut in the knees. She thought she was okay. Gradually, she began experiencing increasing pain in the back. She went to her primary care physician, Dr. Albert Canas. She was sent to an orthopedic surgeon primarily a knee specialist, Dr. Umlas. She was apparently told she had a bruise in her knees. She was then seen by another orthopedic surgeon at the University of Miami, Dr. Zych. She has been having persistent back problems. She is having no significant radiating symptoms. However, she has been concerned about the fact that it has been over a month since her injury and that she is still having fairly persistent pain in the cervical, thoracic, and lower back areas. Her main pain is in the lumbar area but she is also having complaints in the neck and midthoracic region. She denies any previous history of lower back problems. She tells me that a few years ago she had to restrain a friend who was going to commit suicide. She had to restrain that person for a couple of hours. She developed neck problems. She was seen by a chiropractor a few times and then her symptoms resolved. She is a massage therapist. She has been self-treating with some rest and ice and elevation but she tells me her symptoms have persisted. She has had no formal therapy.

<u>Allergies:</u> None.

<u>Medications:</u> None.

<u>Past Medical History:</u> None.

<u>Past Surgical History:</u> Cholecystectomy.

<u>Social History:</u> She smokes but she does not drink.

(Continued)

Page two
ELLEN LOIACONO    358472
02/23/06

Review of Systems: She denies fever, chills, night sweats, unexplained weight loss, or bowel or bladder incontinence.

Family History: Noncontributory.

Physical Examination: She is a well-developed somewhat overweight white female in no acute distress. Her gait is normal.

Inspection of the spine reveals no bruising or no ecchymosis but she has fairly localized tenderness in the lower cervical spine, mid thoracic area, and the lumbosacral junction. There is some hypertonicity and no myospasm. Her neurological testing shows normal strength, sensation, and reflexes in all 4 extremities. Calves are soft and nontender with no evidence of DVT.

X-rays: X-rays were obtained of the cervical, thoracic, and lumbar spine. Cervical spine films obtained include AP, lateral, obliques, and flexion-extension views showing some degenerative changes particularly at C4-C5. Thoracic films were obtained. They show no evidence of fracture or instability with some thoracic hyperkyphosis.

Lumbosacral spine films were obtained including AP, lateral, obliques, and flexion-extension views which are essentially within normal limits with no significant degenerative changes.

Impression: Cervical, thoracic, and lumbar sprain/strain, rule out herniation or fracture.

Recommendation: The patient had significant trauma over a month ago. She is still symptomatic. My recommendation would be for MRIs and physical therapy. The patient tells me she would like to find a nonsurgical musculoskeletal specialist and I will send her to see one of my partners who is a physiatrist, Dr. Brice Epstein. She will let me know if I can be of any further assistance.


ROLANDO GARCIA, JR., M.D./cbs-ls

# ORTHOPEDIC CARE
## & SPORTS MEDICINE CENTER

21000 N.E. 28TH Avenue　　　　　　　　　　　　　　　　　　　　　　　　1250 South Federal Highway
Aventura, Florida 33180　　　　　　　　　　　　　　　　　　　　　　　　Hollywood, Florida 33020
(305) 937-1999　　　　　　　　　　　　　　　　　　　　　　　　　　　　(954) 923-7577

ELLEN LOIACONO　358472

02/24/06

The patient was seen the other day by Dr. Garcia. She has had complaints of neck, mid, and low back pain since the fall of January 1. She has seen a number of physicians prior to coming here. Dr. Garcia recommended MRI studies of the above-mentioned areas; however, these have not been completed yet. She states she fell and landed on her knees and sustained some bruising there. She is currently taking Flexeril. She denies any bowel or bladder symptoms. No fever or chills.

<u>Physical Examination:</u> She appears in no acute distress. She has a normal-based gait. Concerning her cervical spine, she has more discomfort with extension than flexion. Spurling maneuver is negative. Reflexes are symmetrical. There are no long tract signs. She has some tenderness in the cervical paraspinals as well as the upper trapezii. Examining her low back, straight leg raise is negative. Patellar and Achilles reflexes are symmetrical. Calves are soft and supple. Pulses are strong distally. No sciatic notch or sacroiliac tenderness.

<u>X-rays:</u> Her previous x-rays were reviewed and no evidence of any fracture or dislocations. She had some degenerative changes at C4-C5.

<u>Impression:</u> Mechanical neck and low back pain.

<u>Recommendation:</u> I told the patient to come back and see me after her imaging studies. Further recommendations will be made at that time.


BRYCE E. EPSTEIN, M.D./cbs-zp

# ORTHOPEDIC CARE
## & SPORTS MEDICINE CENTER

21000 N.E. 28TH Avenue
Aventura, Florida 33180
(305) 937-1999

1250 South Federal Highway
Hollywood, Florida 33020
(954) 923-7577

ELLEN LOIACONO   358472

03/24/06

The patient returns today. She has been getting treatment with a local massage therapist. She states it has been helping out. I had the reports of the MRIs. She had studies of the cervical, thoracic, and lumbar spines. The former showed multilevel spondylosis more pronounced at C4-C5. The study of her thoracic spine suggested Scheuermann's disease T6 through T9 and lumbar spine showed a synovial cyst at L4-L5. Neurologically, she is intact. No new changes. She looks bit more comfortable today.

The patient will continue on her current course. I told her she should continue with the massages, if these are helping. Not much else for me to add right now. She can take Extra Strength Tylenol and/or Flexeril as needed. I told her to come back and see me if she is so desirous.

BRYCE E. EPSTEIN, M.D./cbs-zp



# The Medical Massage Clinic, Inc.

### 120 Southwest 8th Street, 2nd Floor, Suite 3
### Miami, FL 33130
*(786) 663.8234*

```
>>>>>>           P A T I E N T   S U P E R B I L L           <<<<<<
                      DATE PRINTED: 02/28/2006
================================================================================
LOIACONO, ELLEN                    Pat#:  0007            Date: 02/28/2006
400 LESLIE DRIVE 926               Acct#: 0007
HALLENDALE BEACH, FL 33009         Phone: (954) 458-3752
================================================================================

Svc Date     Pmt Date     Amount      Totals    Deductable    Patient    Insurance
==========   ==========   ========    ========  ==========    ========   =========

01/25/2006     HCFA        145.00      145.00      145.00       145.00       0.00
                             0.00        0.00                     0.00       0.00
                           --------    --------                 --------   --------
             SUB-BALANCE    145.00      145.00                   145.00       0.00

01/25/2006     HCFA         50.00      195.00       50.00        50.00       0.00
                             0.00        0.00                     0.00       0.00
                           --------    --------                 --------   --------
             SUB-BALANCE     50.00      195.00                    50.00       0.00

02/01/2006     HCFA         95.00      290.00       95.00        95.00       0.00
                             0.00        0.00                     0.00       0.00
                           --------    --------                 --------   --------
             SUB-BALANCE     95.00      290.00                    95.00       0.00

                           ========              ========      ========   ========
         ACCOUNT BALANCE    290.00                 290.00       290.00       0.00
```

# *Medical Massage Clinic, Inc.*
## 120 SW 8th Street, 2nd Floor, Suite 3
## Miami, FL 33130
786.663.8234

## <<<< PROGRESS NOTES >>>>

Pat: Ellen Loiacono     0007    Date Of Svc: 01/25/2006
Prov: Michele M. Weissman, LMT   1001     Ref Phy: ALBERT CANAS, M.D.

Claim No.: 931540282

### Initial office visit.

**SUBJECTIVE COMPLAINT:**
The patient complains of constant moderate to severe pain and spasms in the knees radiating to the leg and foot. The patient also complains of constant moderate to severe pain in the jaw, neck and shoulder and radiating to the arm and hand. The patient also complains of constant mild to moderate soreness and tenderness in the back. The patient also complains of constant mild to moderate tightness in the buttocks. In addition the patient reports cracking noise, difficulty sleeping, difficulty arising, discomfort, fatigue, increased sensation, numbness, popping sounds, throbbing and tingling. In addition the patient reports that her hips feel uneven. Patient summarizes the experience as being caught in a tender trap. In addition the patient reports feels like everytime she walks she is going to come across something unexpected and fall; she states she doesn't feel like herself. The patient has had symptoms for 4 weeks. The patient states the symptoms are due to a daytime accident on 01/01/2006. Patient states she fell on her knees first then her hands. Patient states she felt immedicate knee pain, then a few days later pain the neck, back and glutes. Patent also states she wore flat ruuber soled sheos, she did not lose her balance. The patient states the symptoms are exacerbated by daily activity, driving, sleeping and work. The patient states the symptoms are improved when they are stretching, resting and heat.

**OBJECTIVE EXAMINATION:**. During the examination the patient complained of discomfort standing still.
**VISUAL EXAMINATION** Revealed ANTERIOR VIEW STANDING: present with LT Shoulder elevated as compared to the RT, LT arm forward as compared the RT, LT Iliac Crest and ASIS elevated as compared to the RT, RT foot laterally rotated. POSTERIOR VIEW STANDING: present with LT ribcage shortened as compared to the RT, LT scapula elevated as compared to the RT, upper back kyphosis, lower back lordosis, RT gluteul fold elevated as compared to the LT, feet fallen inwards- RT more than LT. LT LATERAL VIEW: presents with head and neck forward, shoulder and arm forward. RT LATERAL VIEW: presents with less severity as the LT.
**RANGE OF MOTION TESTING** Revealed limited flexion, lateral flexion and rotation of the cervical region; limited flexion, abduction and external rotation of the shoulder joint.
**PALPATORY EXAM:** Revealed hypertonicity in these muscles: Scalenes, Trapezius, Rhomboid major, Rhomboid minor, Levator scapula and Deltoids.

**ASSESSMENT:**
The physician states the patient is suffering from Cervical Sprain/Strain, Thoracic Sprain/Strain,

Lumbar Sprain/Strain, Sacral Sprain/Strain, Coccyx sprain/strain and Upper Extremities Sprain/strain.
**FUNCTIONAL OUTCOME:** After today's treatment, improvement was noted in hypertonicity to the affected muscles. The patient seems to be moving more freely.

## PLAN:
The treatment plan for the patient as directed by the physician is Therapeutic exercise including stretching for flexability and range of motion (15 min.), Massage therapy (15 min.)(including Effleurage and Petrisage), Neuromuscular re-education, Manual therapuetic techniques including Myofacial release, Manual traction and other advanced manual techniques (15 min.), Moist heat, Cold packs, Electrical Stimulation (manual) and Paraffin bath. The goal is to decrease inflammation, increase circulation, increase flexibility and reduce muscle spasms which should reduce edema, reduce hypertonicity, increase range of motion, reduce pain and reduce sprain/strain to the affected area. The patient will be seen for 2 x weekly for 8 weeks. The patient will be re-evaluated in 8 weeks.

# *Medical Massage Clinic, Inc.*
## 120 SW 8th Street, 2nd Floor, Suite 3
## Miami, FL 33130
786.663.8234

### < < < < PROGRESS NOTES > > > >

```
Pat: LOIACONO, ELLEN           0007   Date Of Svc: 02/01/2006
Prov: Michele M. Weissman, LMT 1001         Ref Phy: ALBERT CANNAS, M.D.
```
---
```
Claim No.: 931540282
```

### Follow up office visit.

**SUBJECTIVE COMPLAINT:**
The patient's condition essentially remains the same as originally reported. After the last treatment, patient states she felt improvement. After today's treatment, patient states she feels better.

**OBJECTIVE EXAMINATION:**
**VISUAL EXAMINATION** Revealed the same.
**RANGE OF MOTION TESTING** Revealed the same, including limited hyperextension of the hip joint; limited thoracic extension.
**PALPATORY EXAM:** Revealed hypertonicity and tightness in these muscles: Erector Spinae, Trapezius, Rhomboid major, Rhomboid minor, Quadratus Lumborum, Gluteus Maximus. Transverse Muscle Play revealed Erector Spinae more restrictive on LT that RT. Also, noted decreased intervertebral spacing at the thoracolumbar juncture and cervical vertabrae. Motion Palpation revealed restrictive Iliopsoas- RT, more Iliacus than Psoas.
**ELECTRICAL POINT STIMULATION:** Revealed low skin resistance of the LT Piriformis.

**ASSESSMENT:**
The physician states the patient is suffering from Cervical Sprain/Strain, Thoracic Sprain/Strain, Lumbar Sprain/Strain, Sacral Sprain/Strain, Coccyx sprain/strain and Upper Extremities Sprain/strain.
**FUNCTIONAL OUTCOME:** After today's treatment, improvement was noted in hypertonicity to the affected muscles. The patient's posture appears to be improved.

**PLAN:**
Today's treatment consisted of Manual therapuetic techniques including Myofacial release, Manual traction and other advanced manual techniques (15 min.), Electrical Stimulation (manual).

**Screen Print on Monday, October 16, 2006**

Account #: 418096         PATIENT FINANCIAL HISTORY BY DT SERVICE         [LOIACONO]

| Date | Patient | Dr# | Procedure | Units | Amount |
|---|---|---|---|---|---|
| | | | Previous Balance : | | 0.00 |
| 02/28/06 | O ELLEN | 75 | MRI SPINE LUMBAR WITHOUT C | 1.00 | 2890.00 |
| 02/28/06 | O ELLEN | 75 | MRI SPINE THORACIC WO CONT | 1.00 | 2885.00 |
| 02/28/06 | O ELLEN | 75 | MRI SPINE CERVICAL W/O CON | 1.00 | 2880.00 |
| 03/28/06 | Check Payment | | V60320XVC Ins #632 | | -1342.59 |
| 03/28/06 | Adjustment (5) | | V60320XVC Contractual w/o | | -2432.62 |
| 03/28/06 | Adjustment (5) | | V60320XVC Contractual w/o | | -2423.10 |
| 03/28/06 | Adjustment (5) | | V60320XVC Contractual w/o | | -2456.69 |

```
TOTALS:  PAYMENTS:   1342.59    CHARGES :    8655.00       3.00        0.00
         ADJUSTS :   7312.41
         REFUNDS :      0.00

                     8655.00                 8655.00                    0.00
```

(N)ext, (P)revious, or <EXIT> : .

# *AVENTURA DIAGNOSTIC TESTING GROUP, INC.*

18851 N.E. 29th AVENUE • AVENTURA, FL 33180
PHONE: (305) 932-5554  FAX: (305) 937-0894

FAXED TO:  ROLANDO GARCIA, M.D.
21000 NE 28TH AVE
STE #104
AVENTURA, FL 33180

## MRI OF THE CERVICAL SPINE WITHOUT CONTRAST

**PATIENT NAME: LOIACONO, ELLEN**

MR# 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                  D.O.B.: 04/05/1950                  D.O.S.: 2/28/2006
CLINICAL INDICATION:     SPONDYLOSIS.

### PROCEDURE PERFORMED:
Sagittal T1, T2, STIR and axial T2-weighted images were obtained through the cervical spine, without using intravenous contrast.

### DETAILS OF CLINICAL FINDINGS:
The cervical vertebrae are in normal alignment in the sagittal plane. There are no compression fractures. There is a normal bone marrow pattern.

The cervical spinal cord demonstrates normal size and signal intensity. There are no abnormalities in the posterior fossa.

At C2-C3, there is a central focal small disc/osteophyte complex indenting on the thecal sac anteriorly but not touching the cord nor resulting in spinal stenosis. The foramina are patent bilaterally.

At C3-C4, the disc is normal. The spinal canal and both foramina are patent.

At C4-C5, there is broad disc/osteophyte complex indenting on the thecal sac anteriorly but not touching the cord resulting in mild spinal stenosis. There is moderate bilateral foraminal stenosis due to uncovertebral and facet hypertrophy.

At C5-C6, there is a broad disc/osteophyte complex effacing the thecal sac anteriorly but not touching the cord nor producing significant spinal stenosis. There is mild bilateral foraminal stenosis due to uncovertebral and facet hypertrophy.

At C6-C7, there is a left paracentral small focal disc protrusion effacing the thecal sac anteriorly but not touching the cord nor resulting in spinal stenosis. The foramina are patent bilaterally.

At C7-T1, the disc is normal. The spinal canal and both foramina are patent.

CONTINUED

LOIACONO, ELLEN
2/28/2006
Page 2 of 2

MRI CERVICAL SPINE WITHOUT CONTRAST, CONTINUED:

## CLINICAL IMPRESSION:
Multilevel mild spondylosis of the cervical spine with findings more pronounced at C4-C5 where there is mild spinal stenosis and moderate bilateral foraminal stenosis. See body of report for details.

Signed electronically by: Alejandro Bugnone, M.D. - 2160
   D: 03/02/06 T: 11:58

_____

Alejandro Bugnone, M.D.

2160/4
D: 03/01/2006 02:57:00 PM     T: 3/2/2006
JOB #:216006314490TP

# *AVENTURA DIAGNOSTIC TESTING GROUP, INC.*
*18851 N.E. 29th AVENUE • AVENTURA, FL 33180*
*PHONE: (305) 932-5554 FAX: (305) 937-0894*

FAXED TO: ROLANDO GARCIA, M.D.
BRYCE EPSTEIN, M.D.
21000 NE 28TH AVE, STE #104
AVENTURA, FL 33180

## MRI OF THE THORACIC SPINE WITHOUT CONTRAST

PATIENT NAME: LOIACONO, ELLEN

MR# 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                 D.O.B.: 04/05/1950                 D.O.S.: 2/28/2006
CLINICAL INDICATION:     THORACIC SPONDYLOSIS.

## PROCEDURE PERFORMED:
Sagittal T1, T2, STIR and axial T2-weighted images were obtained through the thoracic spine, without using intravenous contrast.

## DETAILS OF CLINICAL FINDINGS:
There is mild scoliosis of the thoracic spine. There are no compression fractures. There is multilevel inferior endplate irregularity and abnormal signal at T6, T7, T8 and T9 with mild increased kyphosis of the thoracic spine at that level. There is otherwise no abnormal signal or suspicious bone marrow lesions. The thoracic spinal cord demonstrates normal size and signal intensity. There is no intraspinal mass. The paraspinal soft tissues appear unremarkable. There is no spinal stenosis or foraminal stenosis at any level.

## CLINICAL IMPRESSION:
1. Multilevel endplate irregularity affecting T6, T7, T8 and T9 with slight abnormal signal. These findings suggest Scheuermann's disease.
2. No evidence of spinal stenosis or foraminal stenosis at any level.


Signed electronically by: Alejandro Bugnone, M.D. - 2160
D: 03/02/06 T: 11:58

Alejandro Bugnone, M.D.

2160/4
D: 03/01/2006 02:57:00 PM     T: 3/2/2006
JOB #:216006314491WH

# AVENTURA DIAGNOSTIC TESTING GROUP, INC.

18851 N.E. 29th AVENUE • AVENTURA, FL 33180
PHONE: (305) 932-5554  FAX: (305) 937-0894

FAXED TO: ROLANDO GARCIA, M.D.
21000 NE 28TH AVE., STE #104
AVENTURA, FL 33180

## MRI OF THE LUMBAR SPINE WITHOUT CONTRAST

**PATIENT NAME:** LOIACONO, ELLEN
**MR#** 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            **D.O.B.:** 04/05/1950            **D.O.S.:** 2/28/2006
**CLINICAL INDICATION:**    LOW BACK PAIN.

**PROCEDURE PERFORMED:** Sagittal T1, T2, STIR, and axial T2-weighted images were obtained through the lumbar spine, without using intravenous contrast.

**DETAILS OF CLINICAL FINDINGS:** The lumbar vertebrae are in normal alignment in the sagittal plane. There are no compression fractures. There is a 5 mm hemangioma in the body of L4. There is otherwise a normal bone marrow pattern. The conus ends at the level of L1. The lower cord demonstrates normal size and signal intensity.

At L1-L2, the disc is normal. The posterior elements are preserved. The spinal canal and both foramina are patent.

At L2-L3, the disc is normal. The posterior elements are preserved. The spinal canal and both foramina are patent.

At L3-L4, the disc is normal. The posterior elements are preserved. The spinal canal and both foramina are patent.

At L4-L5, the disc is normal. The posterior elements are preserved. The spinal canal and both foramina are patent. There is a 5 mm synovial cyst arising from the right L4-L5 facet joint and extending posteriorly.

At L5-S1, the disc is normal. The posterior elements are preserved. The spinal canal and both foramina are patent.

## CLINICAL IMPRESSION:
1. Small right L4-L5 facet joint synovial cyst extending posteriorly into the posterior paraspinal soft tissues.
2. Otherwise normal MRI of the lumbar spine.

Signed electronically by: Alejandro Bugnone, M.D. - 2160
D: 03/02/06 T: 11:59

---

Alejandro Bugnone, M.D.
2160/4
D: 03/01/2006 02:57:00 PM    T: 3/2/2006
JOB #:216006314492VI