

# AMEEN & DRUCKER, P.A.
### LAW OFFICES

JOHN D. AMEEN
GARY J. DRUCKER

TELEPHONE  954.340.7277
FACSIMILE  954.340.8733
TOLL-FREE  800.953.2858

3111 UNIVERSITY DRIVE
SUITE 901
CORAL SPRINGS, FLORIDA 33065

December 21, 2006

**FILED ELECTRONICALLY
VIA CM/ECF LIVE DATABASE**

Clerk of the Court
United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, FL 32202

RE:    IDA GROSSKOPF vs. WINN-DIXIE STORES, INC.

| | | |
|---|---|---|
| Date of Loss | : | 7/21/05 |
| Defendant | : | Winn-Dixie Stores, Inc. |
| Bankruptcy Case No. | : | 05-03817-3F1 |
| Winn-Dixie Claim # | : | A511209410-0001-01 |
| Our Client | : | Ida Grosskopf |
| Our File No. | : | 05-08-2992 |

Dear Ms. Bennett:

We represent Ida Grosskopf in the above-captioned claim against Winn-Dixie Stores, Inc. Please accept this correspondence as our application for payment of the claim. On July 21, 2005, our client was in the Winn-Dixie Store located at 4645-B Gun Club Road, West Palm Beach, Florida as a business invitee. While inside the store, our client slipped in a liquid substance that was on the floor and fell. Liability is not an issue as Winn-Dixie is required to maintain a safe shopping environment for its customers. The liquid on the floor constituted an unreasonably dangerous condition that Winn-Dixie employees knew or should have known of. Our client sustained permanent bodily injury in this incident. The only issue for determination is the amount of Ms. Grosskopf's damages.

As proof of Ms. Grosskopf's claim, we have attached all pertinent medical records and billing. Ms. Grosskopf suffered a sprained back and sprained knee in this incident. As a result, Ms. Grosskopf suffers from severe back pain and frequently loses the ability to control her left leg. She will undergo a lumbar

myelogram on January 5, 2006 and will soon undergo a surgical procedure to put a steel rod in her back.

Medical bills in this matter are as follows:

| | | |
|---|---|---|
| 1) | Wellington Imaging Associates | $468.00 |
| 2) | Emergency Physicians Wellington | $400.00 |
| 3) | Wellington Regional Medical Center | $will provide |
| 4) | Comprehensive Care Center (Dr. Sharma) | $will provide |

**TOTAL MEDICAL BILLS (estimate)**                    **$868.00**

We are of the opinion a jury would find that Ms. Grosskopf's injuries were caused by this incident given her lack of similar medical records and complaints prior to the incident. For the above and foregoing reasons, we respectfully request $300,000.00 as full and final settlement of this claim. In the interim, please feel free to contact us with questions or comments.

Very truly yours,

John D. Ameen

JDA: tj
Attachments



**Wellington Regional**
M e d i c a l   C e n t e r

10101 Forest Hill Blvd.
West Palm Beach, FL 33414

MED. REC. NO.
**277314**

| PT NO | PATIENT NAME | | | | | | | | COUNTY |
|---|---|---|---|---|---|---|---|---|---|
| 101553113 | GROSSKOPF , IDA LYNN | | | | | | | | 1 |

| ADDRESS | | | | | | | SOCIAL SECURITY NO. |
|---|---|---|---|---|---|---|---|
| 884 HARTH DRIVE | | | | | | | 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 |

| CITY | | STATE | ZIP | PHONE | EXT. | RM/BED |
|---|---|---|---|---|---|---|
| WEST PALM BEACH | | FL | 33415-0000 | 561-684-0292 | | |

| AGE | DOB | SEX | RACE | MS | PREVIOUS NAME | RELIGION | N/S | ISOL | INFANT AGE |
|---|---|---|---|---|---|---|---|---|---|
| 58 | 07/10/1947 | F | I | S | | CAT | | | |

| ADM DATE | TIME | SSC | PT TYPE | PRI | ACCIDENT INFO | | VOLUNTARY ADM | ORGAN DNR | ISOL | INFANT AGE |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/21/05 | 19:39 | EO | T | X | H | 07/21/05 | 19:00 | | | |

| PT EMPLOYER | TELEPHONE | EXT | OCCUPATION |
|---|---|---|---|
| DISABLED | - | | DISABLED |

| EMPLOYER ADDRESS | | | | |
|---|---|---|---|---|
| | | | | |

| CITY | | STATE | ZIP | RETIREMENT DATE |
|---|---|---|---|---|
| | | | | |

| NEAREST RELATIVE NAME | | | | |
|---|---|---|---|---|
| MOORE , JERRY | | | | |

| RLTN | ADDRESS | | | |
|---|---|---|---|---|
| K | 176 SLEEPY HOLLOW DRIVE | | | |

| CITY | | STATE | ZIP | PHONE | EXT |
|---|---|---|---|---|---|
| WEST PALM BEACH | | FL | 33415- | 561-683-7002 | |

| EMERGENCY CONTACT NAME | | | | |
|---|---|---|---|---|
| MOORE , JERRY | | | | |

| RLTN | ADDRESS | | | |
|---|---|---|---|---|
| K | 884 HARTH DRIVE | | | |

| CITY | | STATE | ZIP | PHONE | EXT |
|---|---|---|---|---|---|
| WEST PALM BEACH | | FL | 33415- | 561-684-0292 | |

| GUARANTOR NAME | | | | RLTN | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|
| GROSSKOPF , IDA LYNN | | | | S | 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 |

| ADDRESS | | | | PHONE |
|---|---|---|---|---|
| 884 HARTH DRIVE | | | | 561-684-0292 |

| CITY | | STATE | ZIP | OCCUPATION | EXT |
|---|---|---|---|---|---|
| WEST PALM BEACH | | FL | 33415- | DISABLED | |

| GUARANTOR EMPLOYER | | PHONE | | EXT |
|---|---|---|---|---|
| DISABLED | | - | | |

| ADDRESS | | | | |
|---|---|---|---|---|
| | | | | |

| CITY | | STATE | ZIP | | FC |
|---|---|---|---|---|---|
| | | | | | M |

| INSURANCE NAME 1 | | CODE | POLICY # | GROUP # | SUBSCRIBER | REL | AUTH # |
|---|---|---|---|---|---|---|---|
| MEDICARE PRT B OP | 05A3560688702A | | | | GROSSKOPF , | S | |

| INSURANCE NAME 2 | | CODE | POLICY # | GROUP # | SUBSCRIBER | REL | AUTH # |
|---|---|---|---|---|---|---|---|
| MEDICAID MEDIGAP | | D748162080121 | | | GROSSKOPF , | S | |

| INSURANCE NAME 3 | | CODE | POLICY # | GROUP # | SUBSCRIBER | REL | AUTH # |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| ATTENDING PHYSICIAN | ATTENDING # | REF SRC | ADM BY | PREV ADM DATE | PREVIOUS FACILITY |
|---|---|---|---|---|---|
| GORMAN LISA | 041681 | | HENDRC | | |

| ADM DIAGNOSIS | MED SVC | CODE | ALLERGIES | SURGERY DATE |
|---|---|---|---|---|
| BCK AND LEG PAIN | EMR | | | |

| ADMITTING PHYSICIAN | ADMITTING # | AUTHORIZED BY |
|---|---|---|
| GORMAN LISA | 041681 | |

| PROCEDURE | CLINICAL COMMENT | MODE OF ARRIVAL/ACCOMPANIED BY |
|---|---|---|
| | | AMB |

| REL | PT INFO | ADV DIR | LIVING WILL | LOCATION OF WILL/DIRECTIVE | FAMILY DOCTOR | | | Div: |
|---|---|---|---|---|---|---|---|---|
| V | N | N | | | NO PCP NO FAMILY DR | 999987 | | |

## FINAL DIAGNOSES (FIRST DIAGNOSIS PRINCIPAL UNLESS NOTED)

CODE

## PROCEDURES

## CONSULTING PHYSICIANS

DRG

LOS

| TRANS TO: | ACUTE | SNF ☐ | REHAB ☐ | HOSPICE ☐ | HOME HEALTH ☐ | HOME IV ☐ | AGAINST MED ADV ☐ | HOME ☐ |
|---|---|---|---|---|---|---|---|---|

| DISCHARGE DATE | TIME | OTHER |
|---|---|---|
| | | |

| EXPIRED ☐ | TIME _____ | ,<48HRS ☐ | >48HRS ☐ | CORONER ☐ | AUTOPSY YES ☐ | NO ☐ |
|---|---|---|---|---|---|---|

ATTENDING PHYSICIAN SIGNATURE & DATE

RxLASER, INC. C2603-20051 (714) 986-1559 (9/00)    **CHART COPY - DO NOT REMOVE FROM CHART**

## WELLINGTON MEDICAL CENTER
## PATIENT SELF DETERMINATION RECORD

**PART 1.** ------------------------------------------------------------

N   Do you, the patient, have an advance directive?

N   Is the advance directive a living will?

N   Is the advance directive a durable power of attorney for healthcare?

**PART 2.** ------------------------------------------------------------

Who is your appointed healthcare surrogate having your durable power of attorney for healthcare?

**Name:**                                      Relationship:

**Address:**                                   Telephone:      /   -

**City**                    St:        Zip:         -

Does this person know and agree to be your healthcare surrogate?
If the person neither knows nor agrees to be your healthcare surrogate, do you still wish to designate an alternate healthcare surrogate?   If so, we will have a hospital representative visit you and record your alternate healthcare proxy information.

Contact Date:  00/00/00

Representative contacted by:

**PART 3.** ------------------------------------------------------------

Would you like information regarding an advance directive, since you do not have one?

**PART 4.** ------------------------------------------------------------

You, the patient state you have an advance directive.

Do you have a copy with you?

Did the hospital staff person make a copy and attach it to the chart?

**PART 5.** ------------------------------------------------------------

Patient wants additional information on advance directives.

You have received information regarding an advance directive?

You have been informed to advise your nurse if you want to create an advance directive while in the hospital?

**PART 6.** ---------------------------------------------------

Since you do not have a copy of the advance directive on hand, where is the advance directive located?             Location:

Can you have a copy brought to the hospital?

If someone can bring the copy, when will it be delivered to your nursing unit?

Date copy will arrive: 00/00/00     Date copy received:  00/00/00

**PART 7.** ----------- Contents of Advance Directive -----------

Pt Signature: _____   Date: __7/21/05__

Witness Signature: _____   Hospital Rep: HENDRC

The patient is incapable of answering the following questions because:

Date:_____

Signature and Title:_____

------------------------------------------------------------

Pt Name:  GROSSKOPF ,IDA LYNN        Pt No:    101553113

Atn Dr:   GORMAN LISA                Mr No:  277314

CONDITION OF ADMISSION TO WELLINGTON MEDICAL CENTER

PATIENT NAME:  GROSSKOPF ,IDA LYNN          PATIENT NUMBER:     101553113

ADM/REG DATE:  07/21/05                     MEDREC NUMBER:    277314

1. Release of Responsibility:  The hospital may disclose medical information to any person or corporation which is or may be liable under contract to the hospital or to the patient or to a family member or employer of the patient for all or part of the hospital's charge, including, but not limited to, insurance companies, or workmen's compensation carriers.

2. Personal Valuables:  It is understood and agreed that the hospital maintains a safe for the safekeeping of money and valuables and the hospital shall not be liable for the loss or damage to any money, jewelry, contact lenses, general prosthesis, eye glasses, dentures, documents, wearing apparel, radios, fans or other articles of unusual value and small compass, unless placed therein, and shall not be liable for loss or damage to any other personal property, unless deposited with the hospital for safekeeping.

3. Assignment of Individual Benefits:  In the event the undersigned is entitled to hospital benefits of any type whatsoever arising out of any policy of insurance insuring patient, said benefits are hereby assigned to Hospital for application on patient's bill, and it is agreed that the hospital may receipt for any such payment which shall discharge the said insurance company of any and all obligations under the policy to the extent of such payment, the undersigned and /or patient beign responsible for charges not covered by this assignment.

4. Financial Agreement:  The undersigned agrees, whether he signs as agent or as patient, that in consideration of the services to be rendered to the patient, he hereby individually obligates himself to pay the account of the hospital in accordance with the regular rates and terms of the hospital.  Should the account be referred to an attorney for collection, the undersigned shall pay reasonable attorney's fees and collection expense.  All delinquent accounts bear interest at the legal rate.

5. HMO Agreement:  "I am not presently enrolled in a HMO, however, if I have intentionally withheld that information and my hospitalization is denied by the HMO, I will be financially responsible for this hospitalization."

6. Independent contractors will bill separately. Physicians are independent contractors, not agents or employees of the hospital or affiliate agency. I understand and agree that each professional group or individual practitioner which renders professional services to me will bill and collect for professional services separate and apart from the hospital's or affiliate agency's billing and collections, but subject to the authorization granted by me in accordance with this agreement.

Time of signing _____, 20___, Hour____  A.M.
                                          P.M. X _____
                                                        (PATIENT)

_____          _____
PATIENT'S LEGAL AGENT OR LEGAL            RELATIONSHIP TO PATIENT
REPRESENTATIVE

_____          _____
WITNESS                                   DATE

PATIENT AUTHORIZATION TO TREAT

PATIENT NAME:  GROSSKOPF ,IDA LYNN          PATIENT NUMBER:      101553113

ADM/REG DATE:  07/21/05                     MEDREC NUMBER:   277314

I have been advised by my physician that I am suffering from a condition requiring
hospital care and I do hereby voluntarily consent to such hospital care encompassing
routine diagnostic procedures and medical care or treatment by DR._____,
his assistants, or his designees as is necessary in his judgement.

I am aware that the practice of medicine and surgery is not an exact science and I
acknowledge that no guarantees have been made to me as to the result of treatments
or examination in the hospital.  This form has been fully explained to me and I
certify that I understand its contents.

_____          _____
          WITNESS                              SIGNATURE OF PATIENT

(If patient is unable to consent or is a minor complete the following.) Patient(is a
minor _____ years of age) (is unable to consent because)_____

_____       _____

_____          _____
          WITNESS                         PERSON AUTHORIZED TO CONSENT/
                                          RELATIONSHIP TO PATIENT

_____          _____
        NAME OF PATIENT                          DATE AND TIME

=====================================================================================

AUTHORIZATION TO RELEASE MEDICAL RECORD INFORMATION

WELLINGTON MEDICAL CENTER        WEST PALM BEACH  FLORIDA
is hereby authorized to disclose all or any part of the medical record of the patient
named on this registration to such insurance companies, organizations, or agencies as
may be concerned with the payment of hospitalization cost of the patient named on
this registration.

_____          _____
       WITNESS SIGNATURE                        PATIENT SIGNATURE

_____          _____
             DATE                        PATIENT'S AGENT OR LEGAL REPRESENTATIVE

| Wellington Regional Medical Center | Patient Information | Treating Provider | Discharge Summary |
|---|---|---|---|
| Wellington Regional Medical Center 10101 Forest Hill Blvd | grosskopf, ida | Michael Armstrong PA 10101 Forest Hill Blvd Phone: 561-798-8500 | Date: 7/21/05  Time: 8:45:08 PM **Chart Copy** |

**1) Your Discharge Instructions:**
SPRAINED BACK #Document: 713 (English)
SPRAINED BACK #Document: 713 (English)
KNEE IMMOBILIZER #Document: 238 (English)
NARCOTIC MEDICATION #Document: 548 (English)

**2) Your Prescriptions:**
Percocet Oral Tablet 10-325 Milligram 1 TABLET 4 TIMES DAILY AS NEEDED # 15 TABLETS (0 Refills)

**3) You should Follow Up with:**

| Follow Up Physician: | Follow Up Information |
|---|---|
| Center for Bone and Joint Specialists, MD 12989 Southern Blvd Suite 101 Loxahatchee FL 33470 Phone: 561-798-6600 | On 07/21/2005 this patient was treated in the Emergency Department of Wellington Regional Medical Center at 10101 Forest Hill Blvd for Refer to Discharge list above.  The patient was asked to follow up in 5 to 7 Days. |

I understand that the emergency care which I received is not intended to be complete and definitive medical care and treatment.  I acknowledge that I have been instructed to contact the above physician immediately for continued and complete medical diagnosis, care and treatment.  EKG's, X-rays, and lab studies will be reviewed by appropriate specialists and I will be notified of significant discrepancies.  I also understand that my signature authorizes this Medical Center to release all or any part of my medical record (including, if applicable, information pertaining to AIDS and/or HIV testing, mental health records, and drug and/or alcohol treatment) to the referred physician listed above.

*I have read and understand the above, received a copy of applicable instruction sheets, and will arrange for follow up care.*

| X _ida L. Grosskopf_ | 205 | X _N/B_ | |
|---|---|---|---|
| Signature          Patient/Parent/Guardian | Date/Time | Signature          Instructed by | Date/Time |

CONFIDENTIAL INFORMATION: The information contained in this fax is confidential.  If you have received this fax in error, please notify the sender at once and destroy this document.

Copyright ScriptRx, Inc. 2000-2005

ALLERGIES:

HT:
WT:

| DATE ORDERED | TIME | ORDERS: ANOTHER BRAND OF A GENERICALLY EQUIVALENT PRODUCT, IDENTICAL IN DOSAGE, FORM AND CONTENT OF ACTIVE INGREDIENT(S) MAY BE ADMINISTERED UNLESS CHECKED (✓) | ➡ | ✓ |
|---|---|---|---|---|

## EMERGENCY DEPARTMENT PHYSICIAN ORDERS

Room # _____     Old records:     ER   IP   EKG

| Time ordered:<br>MD        Sec | Time ordered:<br>MD        Sec | Time ordered:<br>MD        Sec | |
|---|---|---|---|
| **LAB ORDERS** | Male GC /Chlamydia/WP | Shoulder L R | |
| CBC w/diff | Blood Cultures x2 | Humerus        L        R | |
| Profile A | ABG | Elbow        L        R | |
| Profile B | Type & Screen | Forearm        L        R | |
| Accucheck Glucose | Crossmatch        units | Wrist        L        R | |
| Cardiac Profile | ETOH | Hand        L        R | |
| EKG | Tox/Screen - Urine/Blood | Hip        L        R | |
| PT/INR | Dilantin | Pelvis | |
| PTT | Digoxin | Femur        L        R | |
| D. Dimer | ASA Level | Knee        L        R | |
| Amylase | Acetaminophen Level | Tib/Fib        L        R | |
| Lipase | | Ankle        L        R | |
| LFTs | **RADIOLOGY ORDERS** | Foot        L        R | |
| Retic | CXR:  2v - portable | CT Head w/ contrast | |
| Sed Rate | AAS | CT Head w/o contrast | |
| UHCG | Flat / up ABD | CT ABD/Pelvis | |
| HCG Qual | KUB | IV Contrast | |
| HCG Quant | IVP | Oral Contrast | |
| RH | C - Spine | CT Chest        Angio | |
| U/A w/ Micro / Cath | T - Spine | US Pelvis | |
| Urine C&S / Cath | L - Spine | US Gallbladder | |
| | Facial | US ABD | |
| | Mandible | VQ Scan | |
| **IV** | **O2** | **Monitor** | |

PMD Called: _____     Time called: _____

Nursing Orders:

1 Percocat ℞

_____

_____

_____

Physician Signature

**Wellington Regional Medical Center**
10101 Forest Hill Boulevard
Wellington, Florida 33414

## PHYSICIAN'S ORDERS

Chart Copy
Pharmacy Copy
Nurse's Copy

630-07  (05/04)

Patient Identification

101553113
GROSSKOPF , IDA LYNN
DOB 07/10/1947    58 SX: F     EMR
MRN: 277314     ADM/REG DT:07/21/05
WELLINGTON MEDICAL CENTER

**General Adult**

Date/Time of Treatment : ___ AM ___ PM

NAME _____ Room _____

All elements not circled/struck/checked/annotated - were not pertinent

| Level 2, 3 - 2 to 4 body areas/organ systems | Level 4 to 5 body areas/organ systems | Level 5 - 8 or more organ systems |
|---|---|---|

## Physical Examination

☑ Normal  (Circle) positives and provide additional documentation

☐ Physical Examination Incomplete due to critical condition of patient.

**C O N S**
- ☑ Vital signs per nurse notes
- ☑ Well developed, well nourished
- ☐ No acute pain/distress
- ☐ No Odor ETOH
  more below ☐

**P S Y C**
- ☑ Alert and oriented to TPP
- ☑ No Abnormalities of mood or affect
- ☑ Memory (recent and remote) intact  more below ☐

**E Y E S**
- ☑ PERRL
- ☑ Fundi and discs normal
- ☐ Conjunctive and lids normal
- ☑ EOM normal  more below ☐

**E N T**
- ☑ Otoscopic exam of external canal and TMs normal
- ☑ Nasal mucosa, turbinates, and septum normal
- ☑ Mouth, tongue, and pharynx normal
- ☑ Pharynx without edema, exudate, or injection

**N E C K**
- ☑ Neck supple
- ☑ No JVD
- ☑ No thyromegaly
- ☑ No bruits  more below ☐

**C H E S T**
- ☐ No masses or tenderness
- ☐ Breasts symmetric
- ☐ No discharge

**R E S P**
- ☑ Normal respiratory effort and excursion
- ☑ No rales, rhonchi or wheezes
- ☑ Equal air entry
- ☐ Normal to percussion  more below ☐

**C V**
- ☐ Normal PMI with no thrills, RSR
- ☐ Normal carotids
- ☐ Normal femorals
- ☐ No edema or varicosities
- ☑ Distal pulses present
- ☑ No murmurs or gallops
- ☐ Normal abd aorta
- ☐ Normal pedals
- ☑ Normal capillary refill  more below ☐

**C O N S**
- ☑ Normal Speech
- ☑ CN II-XII intact
- ☑ DTRs normal, no pathologic reflexes
- ☑ Normal motor and sensory function  more below ☐

**G I**
- ☐ No masses, tenderness, rebound or guarding
- ☐ Normal liver, spleen, kidney
- ☑ No hernia
- ☐ Rectal, not indicated
- ☑ Rectal normal
- ☐ Hemoccult negative
- ☐ Normal bowel sounds  more below ☐

**G U**
- ☐ Genitalia normal to inspection
- ☐ No masses, tenderness or adenopathy
- ☐ Genitalia normal to palpation
- ☐ Normal cervix
- ☐ Normal bimanual
- ☐ Bladder
- ☐ Uterus
- ☐ Adnexa  more below ☐

**L Y M**
- ☐ No adenopathy of neck
- ☐ No adenopathy of axillae
- ☐ No adenopathy of groin
- ☐ No adenopathy, other  more below ☐

**M U S**
- ☐ Normal to palpation
- ☐ No ligamentous injury
- ☐ No ligamentous injury
- ☐ No ligamentous injury
- ☐ No ligamentous injury
- ☐ No ligamentous injury
- ☐ Proximal and distal joint normal
- ☐ Proximal and distal joint normal
- ☐ No F.B. noted  more below ☑

**S K N**
- ☐ Normal to inspection
- ☐ Normal to palpation  more below ☐

**G C S**
Glascow Coma Scale  Initial ___ 15 ___ Repeat ___

## RESIDENT/INTERN PHYSICIAN SIGNATURE

**CRITICAL CARE TIME MUST BE DOCUMENTED**

☐ CRITICAL CARE TIME BELOW DOES NOT INCLUDE TIME FOR SEPARATELY BILLED PROCEDURES.

**CRITICAL CARE**  Total time ___  30-74 ☐ minutes 75-105 minutes ☐

Documentation of Medical Decision Making process, including differential diagnosis, nature and severity of problem, risk of morbidity and mortality and other factors.

Initial Impression/Differential Diagnosis _____

Additional history, exam, reassessments

Mild knee bruise @Mod JLT. +ROM 2° ... @Mod Tender + C-spine tenders Mild parospinal tenderness. Neck NT.

Primary Diagnosis _____ Back sprain _____

Secondary Diagnosis _____ knee sprain _____

Secondary Diagnosis _____

## PROCEDURES

Laceration  Length _____ cm.  Layered Y / N

FB Y / N  Neuro / vas / motor intact Y / N

DRE- Nonl 18

## CONDITION

☑ Stable  ☐ Improved

## DISPOSITION

Disp. Time 2030  ☑ Disch.  ☐ Admit  ☐ AMA  ☐ Transfer  ☐ Exp.  Location _____

RW ē Ortho

## PRESCRIPTIONS

Percocet

ATTENTING PHYSICIAN NOTE  "I have personally spoken with and examined the patient, reviewed and agree with the resident's / intern's documentation, treatment plan, and disposition. I note the following additional findings & management options for the care of the patient".

Chart complete when checked ☐   Signature _____   ☐ NOTE DICTATED

**Wellington Regional Medical Center**
10101 Forest Hill Boulevard
Wellington, Florida 33414

**GENERAL HISTORY & PHYSICAL**

Patient Identification

WHITE - MEDICAL RECORDS
YELLOW - E.D. PHYSICIAN BILLING
PINK - EMERGENCY DEPT. COPY

101553113
GROSSKOPF , IDA LYNN
DOB 07/10/1947    58 SX: F    EMR
MRN: 277314    ADM/REG DT:07/21/05
WELLINGTON MEDICAL CENTER

630-09B (New 02/05)  Page 2 of 2

**General Adult**

All elements not circled/struck/checked/annotated - were not pertinent

| Level 1, 2, 3 Documentation - 1 to 3 elements | Level 4 - 4 + elements or chronic or inactive conditions | Level 5 - 4 + elements or chronic or inactive conditions |
|---|---|---|

## CC & History of Present Illness

**Chief Complaint** — 58 F c/o back & ⓛ knee pain p̄ slipping & falling on back & coccyx 4/14. Numbness of scar. d/ccontinence to bowel or bladder. Hx of tobacco. c/o ⓛ F pain

Time seen by physician 1930

Age 58  Sex F

☐ Symptom/Location
☐ Severity/Radiation
☐ Modifying Factors
☐ Context/Mechanism of injury
☐ Quality
☐ Duration
☐ Timing
☐ Associated Signs & Sx

Pain Severity 0-1-2-3-4-5-6-7-8-9-10 (Circle One)
☐ EMS Direction

## Review of Systems

| Level 1, 2, 3 Documentation - 1 system problem pertinent | Level 4 Documentation - 2 to 9 systems | | Level 5 Documentation - 10 + systems | |
|---|---|---|---|---|
| ☐ All systems negative except as noted | **ENT** sore throat / nosebleeds / rhinorrhea / hoarse / throat swelling / hearing loss | **GU** dysuria / dyspareunia / irreg. menses / hematuria / discharge / frequency / flank pain | **PSY** change MS / suicidal / depression / agitation / confusion / hostile | |
| ☐ Unable to fully assess due to: ( ) altered LOC  ( ) patient condition ( ) other | **CV** chest pain / LE edema / slow ht beat / rapid ht beat / palpitations / orthopnea | **MUS** myalgia / redness / inflammation / neck/backpain / arthralgias / heat | **MET** fatigue / hair change / polydipsia / heat tolerance / polyuria / weakness | |
| ☑ all normal  strike negative  (circle positive) | **RES** SOB / pleuritic CP / hemoptysis / prod. cough / nonprod. cough / DOE / PND | **SKN** rash / contusions / lacerations / bruising / swelling / abrasions | **HEM** bleeding / bruising / nodes / petechiae | |
| **CON** fever / high BP / dizzy / chills / weight loss / weak | **GI** nausea / vomiting / melena / diarrhea / constipation / pain / bloating | **NEU** headache / change funct / change LOC / change speech / numbness / weakness / paresthesias | **ALL** rhinorrhea / atopic dermat / asthma / sneezing | |
| **EYE** redness / visual loss / blurred / discharge / pain / vision change | | | | |

## Past Medical History

| Level 1, 2, 3 Documentation - None | Level 4 Documentation - One area | Level 5 Documentation - 2 of 3 areas | ALLERGIES & MEDICATIONS |
|---|---|---|---|
| DM   HBP   CAD   GI Bleed   PNA, ↑ Chol | Fam Hx: DM   HBP   CA | | ☐ See Nurses Notes |
| CVA   CA   Recent Surgery | CAD   CVA | | |
| TETANUS | Soc/al Hx: Tobacco   Marital Status | | ☐ See Nurses Notes |
| LMP ___ G___ P___ Contraception | ETOH   Sub Abuse   Lives alone | | |

## Diagnostic

Information gathering & documentation. Testing. Documentation abnormal findings

| Lab | | X-Ray | EKG | |
|---|---|---|---|---|
| ☐ CBC | ☐ CHEM | ☐ T-Spine ✓ | ☐ 12 lead | ☐ Rhythm Strip |
| ☐ UA | ☐ Cardiac markers | ☐ L-Spine ✓ | Rate | Rhythm |
| ☐ HCG | ☐ ABG | ☐ knee ✓ | Ischemic  Ectopic | |
| ☐ Amylase/Lipase | ☐ ETOH/UDS | Ospine- Spondololisthesis | | |
| ☐ PT/PTT | ☐ Culture | L4-5 | Interpreted By: | |
| ☐ ESR | ☐ | | ☐ Pulse oximetry | |
| ☐ Review old charts | | | ___ % | |
| ☐ Consultation Dr | | Time called   Time answered   Time arrived | Interpretation ☐ Normal ☐ Hypoxic | |

630-09A (Rev 04/05)   (Page 1 of 2)

**Wellington Regional Medical Center**
10101 Forest Hill Boulevard
Wellington, Florida 33414
**GENERAL ADULT HISTORY AND PHYSICAL**

**Patient ID**

101553113
GROSSKOPF , IDA LYNN
DOB: 07/10/1947   58 SX: F   EMR
MRN:277314   ADM/REG DT:07/21/05
WELLINGTON MEDICAL CENTER

WHITE - MEDICAL RECORDS
YELLOW - E.D. PHYSICIAN BILLING
PINK - EMERGENCY DEPT. COPY

# Wellington Regional
## Medical Center

10101 Forest Hill Blvd., West Palm Beach, FL  33414, (561) 798-8500

**EMERGENCY DEPT. NURSING RECORD**

```
101553113
GROSSKOPF , IDA LYNN
DOB: 07/10/1947   58 SX: F    EMR
MRN: 277314         ADM/REG DT: 07/21/05
                   WELLINGTON MEDICAL CENTER
```

### Section 1

Location:

| Date: 7/21/05 | Triage Time: 19:19 | Last Name: Grosskopf, Ida | First Name: | Age: 58 | DOB: 7/10/47 | Sex: ☐ MALE ☑ FEMALE | Triage Category: 1  2  ③ |

Patient Rights given to:
☑ Patient
☐ Family

Arrived From:
☐ Home
☐ MD's Office
☐ OTHER

Arrived Via:
☑ Pvt. Ambulance  ☐ Rescue
☐ Walked  ☐ Carried
☐ Wheelchair

Accompanied by:
☐ Parent   ☐ Spouse
☐ Police   ☐ Family
☐ Legal Guardian  ☐ HRS
☐ Other  Self

PMD: Sharma

**Chief Complaint** (Include Description, Duration & Mechanism of Injury):
Ⓛ Knee, Lower Back pain p̄ fall @ loc

Previous TX for same:

TX prior to arrival:

TX in triage:

| VA | OD 20/ | OS 20/ | OU 20/ |
| PERL/A | | EOM | |

### Section 2

| Time: | TEMP 97.5 Route: | Heart Rate: 76 | Resp Rate: 20 | Pulse Ox: 97% | BP: 119/79 | LMP | HEIGHT | WEIGHT 69 (Kg) |

History received from:
☐ Patient Medical Profile
☐ Family
☐ Legal Guardian
☐ Police
☐ Patient
☐ Other

Tetanus Date: UTD
Pneumovax Date:
Flu Vaccine Date:

Allergies: ☐ Allergy Band Applied ☐ NKA
(Including Food, Medication, and Latex)
Cortizone

Pediatric Immunizations Complete?
☐ Yes  ☐ No


Pain faces scale: 0 no pain · 2 mild pain · 4 moderate pain · 6 severe pain · 8 very severe pain · 10 unbearable worst pain ever

**Pre-Existing Conditions/Past Medical History:**
☐ None         ☐ Asthma/COPD   ☐ Diabetes   ☐ High BP      ☐ CHF
☐ Smoker       ☐ HIV           ☐ Hepatitis  ☐ Seizures     ☐ TIA/Stroke
☐ Sickle Cell Disease  ☐ Psych Hx  ☐ Angina/MI  ☐ TB          ☐ Arrythmia
☐ CA           ☐ Surgery                      ☐ Alcohol/Drug Abuse
☐ Other  Pressure Sore

Current Medications Including Herbal Remedies:  ☐ NONE    ☐ SEE NARRATIVE NOTE

| Name | Dose | Frequency | Last Dose |
|------|------|-----------|-----------|
| ASA | | | |
| Paxil | | | |
| Forment | | | |
| Senet | | | |
| Epi Tob | | | |
| Prevacid | | | |

**PAIN ASSESSMENT:**
Do you have pain now? ☑ Yes  ☐ No
Are you seeking treatment because of pain? ☑ Yes  ☐ No
Pain Location: Back
Where does pain go (Radiate)? Back
When did it start? p̄ fall
What makes it better?
What makes it worse?
How long does it last?

**Quality**
☐ ache   ☐ burning   ☐ throb   ☐ pressure
☐ sharp  ☐ dull      ☐ unable to describe
☐ other

**Nonverbal Signs**
☐ grimace  ☑ moaning  ☐ restless  ☑ position
☐ crying   ☐ vital-sign change
☐ other

**Patient's Pain Goal:**
☐ pain free
☐ pain reduction
☑ other

**Acceptable Level of Pain:**
(0-10)

| Discharge | Time: 2050 | ☐ Left Before Triage /Med Screen | ☐ Triage/Med Screen Not Seen | AWOL/ ☐ AMA Walkout | Nurse Signature |

Print Name

### Section 3

Time to TX Area: 1922   Time of Assessment:

**ABUSE SCREENING ASSESSMENT:**

Do you feel safe at home?
☐ Yes  ☐ No

Has anyone physically harmed you in the last 12 months?
☐ Yes  ☐ No

Explain:

Social Service/Clinical Resource Management Consult Requested?
☐ Yes  ☐ No

Potential signs or symptoms of physical abuse noted?
☐ Yes  ☐ No

Explain:

Nurse's Initials:

630-01A  PAGE 1 OF 4 (4/04)

## Wellington Regional Medical Center

10101 Forest Hill Blvd, West Palm Beach, FL 33414 • (561) 798-8500

### EMERGENCY EXPRESS CARE NURSING RECORD

1553113
GROSS...PF , IDA LYNN
DOB 07/10/1947    58 SX: F    EMR
MRN: 277314    ADM/REG DT:07/21/05
WELLINGTON MEDICAL CENTER

**Date:**    **Time of Assessment:** 1922

**Neurological:** ☐ N/A
☑ Within normal limits: alert, oriented to time, person, place. Follows commands. Speaks clearly. Responds to visual/auditory stimuli.
☑ Cooperative ☐ Uncooperative
☐ Listless ☐ Irritable
☐ Confused ☐ Unresponsive ☐ Tremors

**Pupils**
| | R | L |
|---|---|---|
| | | Pupil Size |
| | | Reaction |

**Circulatory:** ☐ N/A
☑ Within normal limits. Stable BP, regular pulse.
No cyanosis/edema. Extremities warm to touch
Capillary Refill ☐ < 2 secs. ☐ > 2 secs
☐ Edema

**PULSES**
| | R | L |
|---|---|---|
| Radial | ☐ | ☐ |
| Pedal | ☐ | ☐ |

**Respiratory:** ☐ N/A
☑ Within normal limits: Rate 12-20 @ rest.
Breathing non-labored with regular pattern
Effort ☐ Unlabored ☐ Labored
☐ Retractions ☐ Nasal Flaring ☐ Grunting
☐ Stridor ☐ Accessory Muscles
Chest Rise ☐ Symmetrical ☐ Asymmetrical
Cough ☐ Nonproductive
☐ Productive Color _____
**Breath Sounds:**
☐ Clear ☐ Diminished
☐ Crackles ___ ☐ Rales ___
☐ Wheezes ___ ☐ Absent

**Abdomen / Gastrointestinal:** ☐ N/A
☑ Within normal limits: soft abdomen No distention.
☐ Non Tender ☐ Tender _____
☐ Distended ☐ Rigid
Sounds ☐ Normal ☐ Absent
☐ Nausea ☐ Emesis x _____
☐ Diarrhea x _____ Last BM ___
Last ate _____ ☐ Constipation

**Genitourinary:** ☐ N/A
☑ Within normal limits: voids clear urine
Continent. Voids without difficulty.
☐ Flank Pain ☐ Hematuria
☐ Dysuria ☐ Frequency

**Mucous Membranes:** Tears ☐ Yes ☐ No
☐ Moist ☐ Dry

**Fontanelles:** < 2 y.o.
☐ N/A ☐ Depressed
☐ Flat ☐ Bulging _____ cm

**EENT:** ☐ N/A

**Immobilization:** ☐ Cleared C-Spine ___
☐ Back Board
☑ C-Collar
MAE ☐ Yes ☐ No ☐ Time _____
CMS x 4 ext ☑ Yes ☐ No

**Integumentary:** ☐ N/A
Color ☑ Normal ☐ Pale ☐ Cyanotic
☐ Moist ☐ Diaphoretic
☐ Abrasion ☐ Dry
☐ Laceration ☐ Redness
☐ Contusion ☐ Ecchymosis
☐ Burn ☐ Pain
Location _____

**Musculoskeletal:**
☐ N/A ☑ Pain
☐ Edema ☐ Deformity
☐ Limited Movement
Location ☐ knee
backpain
☐ Within normal limits: able to move all extremities, normal coordination/gait

**Psychosocial:**
☐ N/A ☐ General Appearance
Affect ☐ Cooperative ☐ Uncooperative
☐ Combative ☐ Anxious ☐ Crying
☐ Behavior age appropriate

**Spiritual / Cultural:**
☐ No needs at this time
☐ Special needs identified

**Educational / Learning:**
☐ No barriers identified
☐ Communication/learning barrier
☐ Action taken _____
Primary Language: _____

(body diagrams - front/back, right/left)

| TIME | BP | P | R | T | MONITOR | SP O2 | PAIN SCALE | TIME | RTE | STE | MEDICATION / DOSAGE | INT. | RESPONSE | TIME |
|------|----|---|---|---|---------|-------|-----------|------|-----|-----|---------------------|------|----------|------|
| | | | | | | | | 1955 PO | | | Percocet | DEB | P | 2050 |
| | | | | | | | | | | | | | | |

### IVs

| TIME | AMT. SOLUTION | # of Attempts | SIZE | SITE | Initials |
|------|---------------|---------------|------|------|----------|
| | | | | | |

Slipped & fell, arrived to hospital via ambulance.
4 w/c from triage to express care. To pain (L) knee + back pain. Unable to weight bear (L) lee. X ray done. Knee immobilized to (L) knee. Inst reviewed for sprained knee & sprained back. Has own walker.  DEB

**Discharge**
Date: _____
Time: 2050

Topic: ☐ Medication ☑ Pain Management ☐ Home Care ☐ Follow-up
Taught to: ☑ Pt ☐ Family ☐ Parent ☐ Other ☐ Patient asked if any further concerns
Teaching Method: ☑ Discussion ☐ Video ☑ Handout ☑ Demo knee immobilized
Understanding: ☑ Good ☐ Fair ☐ Poor    Evaluation Method: ☑ Verbal ☐ Return Demo
Discharge Mode: ☑ Ambulation ☐ Crutches ☑ Wheelchair ☐ Ambulance ☐ Assisted with Ambulation
Accompanied By: ☐ Self-Parent ☐ Spouse ☐ Family ☐ Friend ☐ Police

**Admission** Time ___ Rm ___ via Stretcher/Wheelchair ___ Report Called To: ___ Admitting Physician ___ DC Vital Signs ___
**Transfer** Time ___ Receiving Facility ___ Receiving Physician ___ Transportation By: ___ Nurses Initials ___

**DISCHARGE PAIN ASSESSMENT**

| 0 | 2 | 4 | 6 | 8 | 10 |
|---|---|---|---|---|---|
| No Pain | Mild Pain | Moderate Pain | | Severe Pain | |

Pain Management Education ☐ Yes ☐ No
**Effectiveness of Pain Management:**
☐ Complete Relief
☑ Partial Relief
☐ No Relief

| SIGNATURES: | INITIALS |
|-------------|----------|
| I. Brown RN | DEB |
| | |

630-59

# Wellington Regional Medical Center
## 10101 Forest Hill Blvd., West Palm Beach, FL 33414
### 800-736-8500


```
Patient:     GROSSKOPF, IDA LY
Patient#:    101553113
DOB:         07/10/1947 Age:58  Sex:F     Report #:   522203
Physician:   GORMAN, Lisa DO               Printed:    08/22/2005 @ 08:21
```

---

Transcribed Report

---


### *12031*

CT EXTREMITY UP          FINAL RESULT

```
WELLINGTON REGIONAL MEDICAL CENTER
DEPARTMENT OF DIAGNOSTIC IMAGING
10101 FOREST HILL BLVD
WEST PALM BEACH, FLORIDA 33414
(561) 798-8514
```

RADIOLOGICAL CONSULTATION

NAME: GROSSKOPF, IDA LDOB: 07/10/1947ROOM #:  SHW

VT:      ODC                    MED REC #:  277314

```
ACCOUNT #:  101553113
PHY:GORMAN, LISA
ERVISIT DATE:  08/08/05
```

, FL        SEQ NUMBER:  00046
-------------------------------------------------------------------
-------------------------------------------------------------------
------
CT SCAN LEFT WRIST:


Thin section axial images of the left wrist were obtained using bone
algorithm technique. Reformatted sagittal and coronal images were
obtained. 3D volume rendered images of the wrist were also obtained.
Correlation was made with a recent x-ray performed 06/02/05.

There is a transverse fracture through the mid scaphoid bone with
nonunion. There is relative sclerosis of the proximal pole, suggestive of
AVN. There is approximately 2 mm distraction of the scaphoid fracture
fragments. No other fracture is noted. There is no dislocation.
Degenerative changes are noted at the first carpal metacarpal joint.
IMPRESSION:
AGE INDETERMINATE FRACTURE OF THE SCAPHOID BONE WITH NONUNION.
SCLEROSIS OF THE PROXIMAL POLE WHICH IS SUGGESTIVE OF AVN. CORRELATION
WITH MRI COULD BE PERFORMED IF POSSIBLE.

DEGENERATIVE CHANGES OF THE FIRST CARPAL METACARPAL JOINT.

```
ERIC S. GRIMM, D.O.
ESG/vl
08/08/05


ERIC GRIMM

Page 1


                -- End of Laboratory Report --
```

| [S]end Report to: | Printer | [F]ax to phone number | Help |
|---|---|---|---|
| lookup... | | [B]ack | |

# Wellington Regional Medical Center
## 10101 Forest Hill Blvd., West Palm Beach, FL 33414
### 800-736-8500


```
Patient:    GROSSKOPF, IDA LY
Patient#:   101553113              Report #:  520505
DOB:        07/10/1947 Age:58  Sex:F   Printed:   08/22/2005 @ 08:21
Physician:  GORMAN, Lisa DO
```

---

**Transcribed Report**

---

## *12031*

```
XR KNEE 3V LT            FINAL RESULT

WELLINGTON REGIONAL MEDICAL CENTER
DEPARTMENT OF DIAGNOSTIC IMAGING
10101 FOREST HILL BLVD
WEST PALM BEACH, FLORIDA 33414
(561) 798-8514

RADIOLOGICAL CONSULTATION

NAME:  GROSSKOPF, IDA LDOB: 07/10/1947ROOM #:

VT:    ER                  MED REC #:  277314

ACCOUNT #:  101553113
PHY:GORMAN, LISA
ERVISIT DATE: 07/21/05

, FL         SEQ NUMBER:  00245
-----------------------------------------------------------------
-----------------------------------------------------------------
------

LEFT KNEE: (07/21/05)


No acute fracture or dislocation is evident.  Minimal degenerative change
is evident.



MARK REYER, M.D.
MR/jbm
07/24/05

REYER MARK MD

Page 1
```

                        -- End of Laboratory Report --

# Wellington Regional Medical Center
## 10101 Forest Hill Blvd., West Palm Beach, FL 33414
### 800-736-8500

| | | | |
|---|---|---|---|
| Patient: | GROSSKOPF, IDA LY | | |
| Patient#: | 101553113 | Report #: | 520505 |
| DOB: | 07/10/1947 Age:58  Sex:F | Printed: | 08/22/2005 @ 08:21 |
| Physician: | GORMAN, Lisa DO | | |

---

**Transcribed Report**

---

### *12031*

XR L SPINE 2V TO          FINAL RESULT

WELLINGTON REGIONAL MEDICAL CENTER
DEPARTMENT OF DIAGNOSTIC IMAGING
10101 FOREST HILL BLVD
WEST PALM BEACH, FLORIDA 33414
(561) 798-8514

RADIOLOGICAL CONSULTATION

NAME: GROSSKOPF, IDA LDOB: 07/10/1947ROOM #:

VT:     ER                    MED REC #:  277314

ACCOUNT #: 101553113
PHY:GORMAN, LISA
ERVISIT DATE: 07/21/05

, FL          SEQ NUMBER:  00244
------------------------------------------------------------------
------------------------------------------------------------------
------

LUMBAR SPINE TWO VIEWS: (07/21/05)

AP and lateral views were obtained. Bony demineralization is evident.
There is an approximately 1 cm of anterior subluxation of L4 on L5. There
is some narrowing of the L4-5 disc space. Mild degenerative changes are
evident. Incidentally noted is atherosclerosis and ectasia of the
abdominal aorta.

IMPRESSION:

1. BONY DEMINERALIZATION.
2. ANTERIOR SUBLUXATION OF L4 ON L5.
3. MILD DEGENERATIVE SPONDYLOSIS.

MARK REYER, M.D.
MR/jbm
07/24/05

REYER MARK MD

Page 1

        -- End of Laboratory Report --

| [S]end Report to: | | Printer | [F]ax to phone number | Help |
| --- | --- | --- | --- | --- |
| lookup... | | | [B]lack | |

# Wellington Regional Medical Center
## 10101 Forest Hill Blvd., West Palm Beach, FL 33414
### 800-736-8500

```
Patient:    GROSSKOPF, IDA LY
Patient#:   101553113                     Report #:  520505
DOB:        07/10/1947 Age:58  Sex:F      Printed:   08/22/2005 @ 08:21
Physician:  GORMAN, Lisa DO
```

---

**Transcribed Report**

---

### 12031

```
XR T SPINE 3V           FINAL RESULT

WELLINGTON REGIONAL MEDICAL CENTER
DEPARTMENT OF DIAGNOSTIC IMAGING
10101 FOREST HILL BLVD
WEST PALM BEACH, FLORIDA 33414
(561) 798-8514

RADIOLOGICAL CONSULTATION

NAME:  GROSSKOPF, IDA LDOB:  07/10/1947ROOM #:

VT:     ER                     MED REC #:  277314

ACCOUNT #:  101553113
PHY:GORMAN, LISA
ERVISIT DATE: 07/21/05

, FL        SEQ NUMBER:  00243
-----------------------------------------------------------------
-----------------------------------------------------------------
------

THORACIC SPINE TWO VIEWS:  (07/21/05)

AP and lateral views were obtained. Bony demineralization is evident. No
acute fracture or subluxation is evident.  Slight curvature is evident.
Mild degenerative changes are apparent.

IMPRESSION:

1. BONY DEMINERALIZATION.
2. MILD DEGENERATIVE SPONDYLOSIS.


MARK REYER, M.D.
MR/jbm
07/24/05


REYER MARK MD
```

WELLINGTON IMAGING ASSOCIATES
P O BOX 210097
ROYAL PALM BEACH  FL  33421
(561)204-4800 ext206

LOCATION:    WELLINGTON REGIONAL   ER   PT-0100    PAGE:   1

IDA L GROSSKOPF
884 HARTH DRIVE                    BILLING DATE: 01/05/06
WEST PALM BEACH FL 33415
                                   AMOUNT DUE :   102.00

BILL TO:  GROSSKOPF      IDA     CHART #: 000022077

| DATE | POS | PROC | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|------|-----|------|-------------|---------|---------|---------|
| | | | I GROSSKOPF | | | |
| | | | ERIC BAUMEL MD | | | |
| 01/16/04 | | 70450 | CAT SCAN, HEAD/BRAIN, W/O CONTR | 105.00 | | 105.00 |
| 01/25/04 | | | MEDICARE # 293431 Filed | | | |
| 02/19/04 | | | MEDICAID # 293432 Filed | | | |
| | | | I GROSSKOPF | | | |
| | | | ERIC BAUMEL MD | | | |
| 02/06/04 | | 70543 | MRI ORBIT/FACE/NECK W/O CNTRST | 261.00 | | 366.00 |
| 04/15/04 | | | MEDICARE # 319771 Filed | | | |
| 05/07/04 | | | MEDICAID # 319772 Filed | | | |
| 02/20/04 | | | PMT MEDICARE c# 293431 | | 36.58- | 329.42 |
| 02/20/04 | | | W/O MEDICARE c# 293431 | | 59.28- | 270.14 |
| 02/20/04 | | | Co-ins        9.14 | | | |
| 03/02/04 | | | BAD DX c# 319771 | | 0.00 | 270.14 |
| 03/30/04 | | | DENIED MEDICAID c# 293432 | | 0.00 | 270.14 |
| 03/30/04 | | | W/O MEDICAID c# 293432 | | 9.14- | 261.00 |
| 05/07/04 | | | PMT MEDICARE c# 319771 | | 90.09- | 170.91 |
| 05/07/04 | | | W/O MEDICARE c# 319771 | | 148.39- | 22.52 |
| 05/07/04 | | | Co-ins       22.52 | | | |
| 06/15/04 | | | DENIED MEDICAID c# 319772 | | 0.00 | 22.52 |
| 06/15/04 | | | W/O MEDICAID c# 319772 | | 22.52- | 0.00 |
| | | | I GROSSKOPF | | | |
| | | | JONATHAN HUBER MD | | | |
| 06/02/05 | | 73110 | X-RAY EXAM, WRIST, COMPLETE, 3+ | 22.00 | | 22.00 |
| 06/11/05 | | | MEDICARE # 973951 Filed | | | |

WELLINGTON IMAGING ASSOCIATES
P O BOX 210097
ROYAL PALM BEACH  FL  33421
(561)204-4800 ext206

LOCATION:   WELLINGTON REGIONAL    ER   PT-0100     PAGE:   2

IDA L GROSSKOPF
884 HARTH DRIVE
WEST PALM BEACH FL 33415

BILLING DATE: 01/05/06

AMOUNT DUE :   102.00

BILL TO:  GROSSKOPF       IDA       CHART #: 000022077

| DATE | POS | PROC | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|------|-----|------|-------------|---------|---------|---------|
| 06/11/05 | | | MEDICAID # 973952 Filed | | | |
| 06/26/05 | | | INJURY LIABILITY OF NO FAULc# 973951 | | 0.00 | 22.00 |
| 06/26/05 | | | DENIED MEDICAID c# 973952 | | 0.00 | 22.00 |
| | | | I GROSSKOPF | | | |
| | | | MARK REYER MD | | | |
| 07/21/05 | | 72072 | X-RAY EXAM, THORACIC SPINE, 3 V | 27.00 | | 49.00 |
| 07/21/05 | | 72100 | X-RAY EXAM LOWER SPINE, 2-3 VIE | 29.00 | | 78.00 |
| 07/21/05 | | 73562 | X-RAY EXAM, KNEE, 3+ VIEWS | 24.00 | | 102.00 |
| 07/30/05 | | | MEDICARE # 1038451 Filed | | | |
| 07/30/05 | | | MEDICAID # 1038452 Filed | | | |
| 08/16/05 | | | NO FAULT CARRIER IS LIABLE c# 1038451 | | 0.00 | 102.00 |
| 08/16/05 | | | DENIED MEDICAID c# 1038452 | | 0.00 | 102.00 |

| CURRENT/ | 30-60 DAYS/ | 60-90 DAYS/ | >90 DAYS/ | TOTAL | INS PENDING | TOTAL DUE |
|----------|-------------|-------------|-----------|-------|-------------|-----------|
| 0.00 | 0.00 | 0.00 | 102.00 | 102.00 | 0.00 | 102.00 |

WELLINGTON IMAGING ASSOCIATES
PO BOX 210097
ROYAL PALM BCH FL 33421

LOCATION :  WELLINGTON REGIO

PHONE : 561 204 4800          REFERRING DOCTOR :   GORMAN DO

# PATIENT STATEMENT

| ACCOUNT NUMBER | STATEMENT DATE |
|---|---|
| 01025692/5 | 09/15/05 |

**FOR PROPER POSTING
PLEASE WRITE IN CHECK
NUMBER AND AMOUNT PAID** ➡

| CHECK NUMBER | PAYMENT AMOUNT |
|---|---|
| | |

PLEASE WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK.
MAKE PAYABLE IN U.S. DOLLARS TO:

01025692-5-16300

IDA L GROSSKOPF
176 SLEEPY HOLLOW DR
WEST PALM BCH FL 33415-3122

EMERGENCY PHYS WELLINGTON
PO BOX 634702
CINCINNATI,OH 45263-4702

**PATIENT NAME:**  IDA L. GROSSKOPF

TO PAY BY CREDIT CARD, COMPLETE
AND SIGN THE OTHER SIDE OF THIS STATEMENT.

**PHYSICIAN SERVICES RENDERED AT:** WELLINGTON REGIONAL MEDICAL CENTER
PAYMENTS AND INSURANCE INFORMATION MAILED SEVEN DAYS
PRIOR TO THE ABOVE STATEMENT DATE MAY NOT YET APPEAR.

TAXPAYER ID:   65-0622862

BILLING INQUIRIES: 1-888-952-6772

HOURS OF OPERATION: MONDAY - FRIDAY 8AM TO 8PM & SATURDAY 10AM TO 3PM ET
PROVIDE INSURANCE INFO OR PAY BY CREDIT CARD AT WWW.TEAMHEALTH.COM/BILLING

| DATE / INVOICE # | DX / CPT CODE | DESCRIPTION | PROVIDER | CHARGES | PAYMENTS/CREDITS |
|---|---|---|---|---|---|
| 07/21/05 53886388 | 99283 847.9 | EMERGENCY DEPT VISIT - 99283 | ARMSTRONG PA-C,MICHAEL R | 400.00 | |
| 08/30/05 53886388 | | ELECTRONIC MEDICARE/RR PAYMENT | | | 0.00 |
| 09/10/05 53886388 | | ELECTRONIC MEDICARE/RR PAYMENT | | | 0.00 |

**PHYSICIAN CHARGES ARE NOT INCLUDED IN THE FACILITY BILL.**

| ACCOUNT NUMBER: 01025692/5 | STATEMENT DATE: 09/15/05 | **TOTAL NOW DUE** ▶ 400.00 |
|---|---|---|

MXC