

AMEEN & DRUCKER, P.A.
LAW OFFICES

JOHN D. AMEEN
GARY J. DRUCKER

TELEPHONE  954.340.7277
FACSIMILE  954.340.8733
TOLL-FREE  800.953.2858

3111 UNIVERSITY DRIVE
SUITE 901
CORAL SPRINGS, FLORIDA 33065

December 21, 2006

**FILED ELECTRONICALLY**
**VIA CM/ECF LIVE DATABASE**

Clerk of the Court
United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, FL 32202

      RE:   EUGENE KEIR vs. WINN-DIXIE STORES, INC.

| | | |
|---|---|---|
| Date of Loss | : | 10/31/05 |
| Defendant | : | Winn-Dixie Stores, Inc. |
| Bankruptcy Case No. | : | 05-03817-3F1 |
| Winn-Dixie Claim # | : | A511214874 |
| Our Client | : | Eugene Keir |
| Our File No. | : | 05-11-3103 |

Dear Ms. Bennett:

     We represent Eugene Keir in the above-captioned claim against Winn-Dixie Stores, Inc. Please accept this correspondence as our application for payment of the claim. On October 31, 2005, our client was in the Winn-Dixie Store located on Federal Highway in Pompano Beach, Florida as a business invitee. While inside the store, our client slipped in a liquid substance that was on the floor and fell. Liability is not an issue as Winn-Dixie is required to maintain a safe shopping environment for its customers. The liquid on the floor constituted an unreasonably dangerous condition that Winn-Dixie employees knew or should have known of. Our client sustained permanent bodily injury in this incident. The only issue for determination is the amount of Mr. Keir's damages.

     As proof of Mr. Keir's claim, we have attached all pertinent medical records and billing. Mr. Keir suffered a brain hemorrhage, concussion and laceration to his head as a direct result of this incident.

Medical bills in this matter are as follows:

| | | |
|---|---|---|
| 1) | City of Pompano Beach EMS | $ 540.00 |
| 2) | North Broward Medical Center | $35,073.40 |
| 3) | North Broward Radiology | $ 481.00 |
| 4) | Stanger Health Care Centers | $ 1,745.00 |
| 5) | MRI Associates of America | $ 3,204.21 |
| 6) | Shahab U. Kidwai, M.D. | $will provide |

**TOTAL MEDICAL BILLS (estimate)**          **$41,043.61**

We are of the opinion a jury would find that Mr. Keir's injuries were caused by this incident given his lack of similar medical records and complaints prior to the incident. For the above and foregoing reasons, we respectfully request $150,000.00 as full and final settlement of this claim. In the interim, please feel free to contact us with questions or comments.

Very truly yours,

John D. Ameen

JDA: tj
Attachments

CITY OF POMPANO BEACH-EMS
PO BOX 551094
TAMPA, FL 33655

**STATEMENT**

DATE | 12/21/05

RETURN SERVICE REQUESTED

ACCOUNT NUMBER | 521658-01

OUR TOLL FREE PHONE NUMBER IS 1-866-622-5107
PLEASE DIAL NUMBER AS SHOWN

AMOUNT PAID $ _____

521658-01
EUGENE D KEIR
961 SE 20 AVE
#306
DEERFILED BEACH, FL 33441

MAKE CHECKS PAYABLE IN U.S. DOLLARS TO:

CITY OF POMPANO BEACH-EMS
PO BOX 551094
TAMPA, FL 33655

TO INSURE PROPER CREDIT TO YOUR ACCOUNT - PLEASE DETACH AND RETURN THIS STUB WITH YOUR CHECK

**521658-01**

PATIENT NAME: EUGENE D KEIR
PHONE NUMBER:

TRANSPORTED TO: N BROWARD MED CENTER

| DATE | DESCRIPTION OF SERVICE | CHARGES | PAYMENTS |
|------|------------------------|---------|----------|
| 10/31/05 | EMS TRANSPORT | 500.00 | |
| | MILEAGE CHARGE 0005.0 @ 008.00 | 40.00 | |

```
************************************************************
* For your recent ambulance transport, our records show that you have *
* heatlh insurance coverage with the following plan(s):    *
*                                                          *
*     Primary Plan                    Secondary Plan       *
*     VISTA HEALTH PLANS                                   *
*     P O BOX 459011                                       *
*                                                          *
*     SUNRISE  FL 33345                                    *
*     1845698120                                           *
*                                                          *
* If this information is correct, please disregard. If this information *
* is incorrect, please complete the reverse side of this form. You may *
* also update your insurance information on the internet at *
* WWW.EMSCLAIMS.NET                                        *
*                                                          *
************************************************************
```

| | PAY THIS AMOUNT | 540.00 |
|--|--|--|

PRINT YOUR MEDICARE NUMBER HERE _____ MEDICAID # _____

PRINT YOUR HOME PHONE NUMBER HERE _____ BUSINESS PHONE # _____

**IF YOU HAVE INSURANCE OR PARTICIPATE IN ANY PROGRAM WHICH WILL PAY FOR THESE SERVICES, PLEASE COMPLETE AND SIGN THE REVERSE SIDE OF THIS BILL AND RETURN IN THE ENCLOSED ENVELOPE.**

ACCOUNT NUMBER | 521658-01

IF THERE IS ANY PROBLEM REGARDING PAYMENT OF THIS BILL, CONTACT OUR OFFICE AT ( 1-866-622-5107 ) WITHIN 5 DAYS TO MAKE ARRANGEMENTS.
PLEASE SHOW ACCOUNT NUMBER ON ALL CHECKS.

**IMPORTANT YOU MUST SIGN REVERSE SIDE TO RECEIVE INSURANCE PAYMENT**

# Prehospital Care Report (PCR)

City of Pompano Beach Fire Dept.

**Incident Number:** 0521658
**Patient Name:** KEIR, JEAN

## Scene

**Alarm Time:** 10/31/2005 08:20:39
**Address:** 3435 N FEDERAL Hwy
**Number of Patients:** 1
**City:** PB
**State:** FL    **Zip:** 33064
**MCI:** 99 - Not Applicable
**Service Type:** 01 - Scene
**Location:** 074 - Shop - Commercial
**Area:** 02 - Urban
**First Arriving Unit:** R24
**Paramedic Response:** Yes
**Response Mode:** 04 - Emergency

## Patient Info

**Address:** UNK  UNK , UNK, FL
**Apt/Suite:**
**P.O. Box:**
**Phone:**
**Date of Birth:** 01/19/1961 00:00:00
**Age:** 44 Year(s)
**Estimated:** No
**Social Security:**
**Gender:** Male
**Race:** 1 - White
**Ethnicity:**
**Weight:**
**Chief Complaint:** 136 - Trauma
**Onset Time:** 10/31/200
**Text:** AND SEIZURE
**Band:**
**Subscriber:** No
**DNR Order:** No
**On-Job:** No
**Medicare:**
**Medicaid:**

## History

**Provider Impression/Assessment:** 38 - Trauma
**Cause of Illness/Injury:** 12 - Fall
**Severity:** 2 - Urgent
**Primary Physician:** UNK
**Allergies:** UNK
**Medications:** UNK

### Human Factors

**None:** No   **Asleep:** No   **Unconscious:** No   **Physically Disabled:** No   **Physically Restrained:** No
**Unattended Person:** No   **Possible Alcohol:** No   **Possible Drugs:** No   **Mentally Disabled:** No
**Pregnancy:** -

### Signs and Symptoms

26 - Traumatic Injury

### Past Medical History

99 - Unknown

City of Pompano Beach Fire Dept.

Incident Number: 0521658
Patient Name:  KEIR, JEAN

## Assessment

### Accident

Safety Device:                                    Involved In/On:
Involved With:                    Location re: Vehicle:              Extrication Time (Min.):
Kinetics
Thrown/Fallen:            Path:                    Estimated Vehicle Speed:
Ejected From Vehicle: No    Condition of Winshield:               Condition of Steering:
Driver
Name:
Address:                                          City:                        State:
Zip Code:               Phone:            Ins. Co.:
Policy Number:                            Auto Lic.:       State:
Driv. Lic.:             State:

### Other

Transporting Unit:  R24                Arrived at Patient:  10/31/2005 08:26:46
Patient Transfer:
Odometer
At Start:            At Scene:      50    At Destination:      55
Treatment Authorization:  01 - Protocol
Medical Consult
Facility:                          Method:              MCP ID:
Response Mode/Priority:   04 - Emergency
Level of Care
Initial:  4 - EMT-P (Paramedic)          Highest:  4 - EMP-P (Paramedic)
Originating Facility:
Receiving Facility
Facility:  NBMC - North Broward Med. Ctr. - 10619            Type:  06 - Hospital
Contacted:  Yes    Same as MCP:  No    Hospital Chosen By: 01 - Closest Facility (none below)
Patient
Disposition:   1 - FD transport to Emergency Care Facility (ECF)      Status:    2 - Remained Same

### Narrative

Author: 6569 - GRAZIOSE, GERALD
Title: KEIR, JEAN
S- PER BYSTANDERS PT FELL TO THE GROUND HITTING HIS HEAD.  THEN HAD A WITNESSED SEIZURE THAT
LASTED 1-2 MIN. UNABLE TO GET GOOD HX FROM PT DUE TO HIS LOC.
O- ARRIVAL FOUND 43 YOM LYING IN A POOL OF BLOOD APROX 200cc'S WITH FHP HOLDING DIRECT PRESSURE
AND C-SPINE. PT WAS IN AND OUT OF CONSCIOUSNESS WITH A GLASCOW OF 10. PT WHEN CONSCIOUS WAS
COMBATIVE. PT HAD APROX 3-4 INCH LACERATION ON THE BACK OF HIS HEAD WITH DEFORMITES TO THE
SKULL. PUPILS WERE REACTIVE TO LIGHT AND EQUAL. NEG BATTLE MARKS OR DRAINGE FROM EARS, NOSE,
MOUTH. SYMMETRICAL CHEST RISE RAPID AND SHALLOW BREATHS BBS EQUAL AND CLEAR, ABD SNT, PELVIC
STABLE, POSTERIOR CLEAR, PT MAE WITH STRONG PERIPHERAL PULSES SKIN WARM AND MOIST
A- HEAD INJURY FROM FALL / AND SEIZURE
P- PE, C-COLLAR, BACK BOARD, HEAD BED, VS, EKG, BSL, SAO2, IV, O2,TRAUMA ALERT CALLED EMS24 NOTIFIED,
TELEM TRANS TO NBH PT TURNED OVER TO ER STAFF FOR FURTHER.  WITH NO CHANGE ENROUTE

**Incident Number:** 0521658
**Patient Name:** KEIR, JEAN

City of Pompano Beach Fire Dept.

## Flowchart

| Event Time | Aid Given | Provider # | Success | Charge |
|---|---|---|---|---|
| 08:26:46 | 43 - GCS<br>Eye = 4;   Verbal = 3;   Motor = 3;   GCS = 10;   AVPU = | | No | |
| 08:27:46 | 40 - Spinal Immobilization<br>Attempts = ;   Quantity = ;   Size = ;   C-COLLAR, BACK BOARD, HEAD BED | | Yes | |
| 08:28:46 | 95 - Other BLS<br>Attempts = ;   Quantity = ;   Size = ;   trauma bandage to back of head | | Yes | |
| 08:33:46 | 03 - Assessment/Vitals<br>BP = 176/110;   Pulse = 130;   Resp. = 30+ | | Yes | |
| 08:34:46 | 12 - Cardiac Monitor - EKG - See also below<br>Rhythm = Sinus Tach;   Rate = 130;   Lead = ;   Ectopy = None | | Yes | |
| 08:35:46 | 25 - IV - Peripheral Vein<br>Solution = Lactated Ringers;   Site = r a/c;   Size = 18;   Rate = TKO | | Yes | |
| 08:36:46 | 30 - Meds - Administered/Maintained<br>Oxygen, Non-Rebreather Face Mask;   Dose = 15 LPM | | Yes | |
| 08:37:46 | 21 - Glucometer<br>SAO2 = 99;   CO2 = ;   Glucose = 111;   Temp. = | | Yes | |
| 08:44:46 | 03 - Assessment/Vitals<br>BP = 164/138;   Pulse = 132;   Resp. = 30+ | | Yes | |

**Total Charges:**

## Meds

| Type | Dose | Route |
|---|---|---|
| 02 - Oxygen | 15 LPM | 052 - Non-Rebreather |
| **Result:** | | |
| **Change:** | | |

## Units

| Unit ID | Dispatch Time | Enroute Time | Arrival Time | Enroute Facility | Arrive Facility | Clear Time |
|---|---|---|---|---|---|---|
| EMS24 | 08:21:43 | | | | | 08:22:54 |
| R24 | 08:21:43 | 08:24:58 | 08:26:46 | | 08:42:46 | 08:57:13 |
| E61 | 08:21:43 | | | | | 08:22:59 |

# POMPANO BEACH FIRE RESCUE
## PARAMEDIC FIELD REPORT

PB 1191

Zone 1630     Response Code 3

Alarm # 521658   (ALS)   BLS   (OXYGEN)   NO TRANSPORT

Date 10/31/05   Time of Call 820   Unit R24   Service ID 0622

Call Address 3435 N Federal Hwy Mutual Aid NO

Patient Name JOAN KEIR     Sex M Race W

Age 43   **Date of Birth** 1/19/61    Trauma Alert Y (N) GCS 10

Home Address UNK

BSC 111

City _____ State — Zip Code —

**Phone #** UNK   SS# UNK    Resident (Y) N **Employee** Y (N)

Chief Complaint Seizure / Head inj    Time of Onset UNK

L. O. C.   Cx ____ Uncx ____ Altered ✓   Mech of Injury FALL

SpO2 99

Lung Sounds Clear    Equal ____ Unequal ____ Airway Patent (Y) N

Skin Condition   Normal ____ Moist ✓ Dry ____ Polaroid Y (N)

Skin Color    Normal ✓ Pale ____ Cyanotic ____ Mottled ____

Skin Temp.    Normal ✓ Cool ____ Warm ____ °F

Blood Loss    None ____ Mild ____ Moderate ____ Severe ✓ 300 cc

EKG (s) S Tach   130     12 Lead ____

| Time | BP | | Palp | Pulse | R | Irr | Resp |
|------|-----|-----|------|-------|---|-----|------|
| 833 | 176 / 110 | | Palp | 130 | R | Irr | 30+ |
| | 164 / 138 | | Palp | 132 | R | Irr | 30+ |
| | / | | Palp | | R | Irr | |

Medical History UNK

PMD UNK

Prescribed Medications UNK

Allergies UNK

| Treatment Rendered | Time | Response |
|--------------------|------|----------|
| PE, C-collar, Backboard, EKG | | |
| O2, IV, BSC | | |
| | | |
| | | |

| Treatment Ordered | Time | Response |
|-------------------|------|----------|
| | | |

Hospital Transported To NBH    ED Dr. _____

**Mileage**   End 55   Start 50   Total 5

Paramedic Name GRAZIOSE    Cert # 19802

Paramedic Signature

Original - Administration     Yellow - Billing     Pink - Hospital

NO.  BROWARD MEDICAL CENTER
P.O. BOX 932536
ATLANTA, GA
954 847-4315
FEI # 59-6012065

31193-2536

| PAGE NO. |
|---|
| 1 |

BIRTH-DATE
01/19/61

| HOSP.NO. |
|---|
| 247 |

| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL |
|---|---|---|
| FINAL INP. | 11/14/05 | |

| T | S | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | |
|---|---|---|---|---|---|---|---|---|---|
| | | KEIR ,EUGENE | 255195875 | M | | 10/31/05 | 11/09/05 | 9 | |

| GUARANTOR NAME AND ADDRESS |
|---|
| EUGENE KEIR<br>921 SE 20 AVENUE<br>POMPANO BEACH FL 33306 |

| C.O.I | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|
| 1 | VISTA HMO        T35 | | 18456981201 |
| | MAHESHWARI NARENDRA K | | |

| | AMOUNT OF PAYMENT | $ |
|---|---|---|

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS | | | | | | | |
| 10/31/01 | CBC W 5 PART D | 40201858 | 176.00 | 176.00 | | | | |
| 10/31/01 | EMER SERV CRIT | 38500759 | 1130.00 | 1130.00 | | | | |
| 10/31/01 | EMER SERV CRIT | 38500759 | 1130.00 | 1130.00 | | | | |
| 10/31/03 | IV INJECTION | 38501224 | 315.00 | 315.00 | | | | |
| 10/31/02 | VENIPUNCTURE | 40808281 | 14.00 | 14.00 | | | | |
| 10/31/01 | AMMONIA | 40100164 | 55.00 | 55.00 | | | | |
| 10/31/01 | BASIC METAB PR | 40114815 | 240.00 | 240.00 | | | | |
| 10/31/01 | COMP METAB PRO | 40114831 | 357.00 | 357.00 | | | | |
| 10/31/01 | ALCOHOL | 40904859 | 132.00 | 132.00 | | | | |
| 10/31/01 | EKG 12 LEAD | 41501286 | 273.00 | 273.00 | | | | |
| 10/31/01 | CT CSPINE WO/C | 42204391 | 3184.00 | 3184.00 | | | | |
| 10/31/01 | CT 3D/MPR RECO | 42204200 | 822.00 | 822.00 | | | | |
| 10/31/01 | DIPTHERIA/TETA | 43212711 | 154.80 | 154.80 | | | | |
| 10/31/01 | LIDOCAINE 1% I | 43215787 | 31.50 | 31.50 | | | | |
| 10/31/01 | LORAZEPAM 2MG | 43216147 | 91.30 | 91.30 | | | | |
| 10/31/01 | CHLORDIAZEPOXI | 43262165 | 5.30 | 5.30 | | | | |
| 10/31/02 | CHLORDIAZEPOXI | 43262165 | 10.60 | 10.60 | | | | |
| 10/31/01 | D5W/0.45% NACL | 43280848 | 190.00 | 190.00 | | | | |
| 10/31/01 | CT BRAIN WO/CO | 42204463 | 1835.00 | 1835.00 | | | | |
| 10/31/01 | ROOM   B919 | 81430501 | 1028.00 | 1028.00 | | | | |
| 11/01/01 | P UTOXSCR TCA | 40914943 | 120.00 | 120.00 | | | | |
| 11/01/01 | P UTOXSCR BENZ | 40914951 | 120.00 | 120.00 | | | | |
| 11/01/01 | P UTOXSCR COCA | 40914960 | 120.00 | 120.00 | | | | |
| 11/01/01 | P UTOXSCR THC | 40914978 | 120.00 | 120.00 | | | | |
| 11/01/01 | P UTOXSCR AMPH | 40914986 | 120.00 | 120.00 | | | | |
| 11/01/01 | P UTOXSCR OPIA | 40914994 | 120.00 | 120.00 | | | | |
| 11/01/01 | P UTOXSCR BARB | 40915001 | 120.00 | 120.00 | | | | |
| 11/01/01 | P UTOXSCR PCP | 40915010 | 120.00 | 120.00 | | | | |
| 11/01/02 | LORAZEPAM 2MG | 43216147 | 182.60 | 182.60 | | | | |
| 11/01/01 | LORAZEPAM 2MG | 43216147 | 91.30 | 91.30 | | | | |
| 11/01/01 | POTASSIUM CHLO | 43253051 | 5.30 | 5.30 | | | | |
| 11/01/01 | LACTULOSE 30ML | 43253123 | 21.20 | 21.20 | | | | |
| 11/01/06 | CHLORDIAZEPOXI | 43262165 | 31.80 | 31.80 | | | | |

| PATIENT NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATE-MENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. | |
|---|---|---|---|

NORTH BROWARD MEDICAL CENTER
P.O. BOX 932536
ATLANTA, GA
954 847-4315                    31193-2536
FEI # 59-6012065

PAGE NO. 2

BIRTH-DATE 01/19/61

HOSP.NO. 247

| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL |
|---|---|---|
| FINAL | 11/14/05 | |
| INP. | | |

| T | S | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | |
|---|---|---|---|---|---|---|---|---|---|
| | | KEIR , EUGENE | 255195875 | M | | 10/31/05 | 11/09/05 | 9 | |

| GUARANTOR NAME AND ADDRESS | C.O.B | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|---|
| EUGENE KEIR 921 SE 20 AVENUE POMPANO BEACH FL 33306 | 1 | VISTA HMO          T35 | | 18456981201 |
| | | MAHESHWARI NARENDRA K | | |

AMOUNT OF PAYMENT $

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11/01 02 | CHLORDIAZEPOXI | 43262165 | 10.60 | 10.60 | | | | |
| 11/01 01 | FOLIC ACID 1MG | 43265253 | 5.30 | 5.30 | | | | |
| 11/01 02 | LORAZEPAM 1MG | 43267043 | 13.20 | 13.20 | | | | |
| 11/01 01 | MAGNESIUM CHLO | 43267361 | 5.30 | 5.30 | | | | |
| 11/01 01 | MULTIVIT + MIN | 43268431 | 5.30 | 5.30 | | | | |
| 11/01 01 | THIAMINE 100MG | 43272136 | 5.30 | 5.30 | | | | |
| 11/01 01 | D5W/0.45% NACL | 43280848 | 190.00 | 190.00 | | | | |
| 11/01 01 | KIT IV START | 47931444 | 67.00 | 67.00 | | | | |
| 11/01 02 | RESTRAINT CHES | 47934478 | 54.00 | 54.00 | | | | |
| 11/01 02 | MITT FINGER RE | 47934559 | 78.00 | 78.00 | | | | |
| 11/01 01 | SET, I.V.EXT | 47935334 | 70.00 | 70.00 | | | | |
| 11/01 01 | ROOM   B911 | 81430501 | 1028.00 | 1028.00 | | | | |
| 11/02 01 | MAGNESIUM SERU | 40100792 | 82.00 | 82.00 | | | | |
| 11/02 01 | COMP METAB PRO | 40114831 | 357.00 | 357.00 | | | | |
| 11/02 02 | LORAZEPAM 2MG | 43216147 | 182.60 | 182.60 | | | | |
| 11/02 03 | LACTULOSE 30ML | 43253123 | 63.60 | 63.60 | | | | |
| 11/02 09 | CHLORDIAZEPOXI | 43262165 | 47.70 | 47.70 | | | | |
| 11/02 03 | CHLORDIAZEPOXI | 43262165 | 15.90 | 15.90 | | | | |
| 11/02 01 | CLONIDINE 0.1M | 43262696 | 5.30 | 5.30 | | | | |
| 11/02 01 | CLONIDINE 0.1M | 43262696 | 5.30 | 5.30 | | | | |
| 11/02 01 | FOLIC ACID 1MG | 43265253 | 5.30 | 5.30 | | | | |
| 11/02 04 | LORAZEPAM 1MG | 43267043 | 26.40 | 26.40 | | | | |
| 11/02 01 | MAGNESIUM CHLO | 43267361 | 5.30 | 5.30 | | | | |
| 11/02 01 | MULTIVIT + MIN | 43268431 | 5.30 | 5.30 | | | | |
| 11/02 01 | THIAMINE 100MG | 43272136 | 5.30 | 5.30 | | | | |
| 11/02 02 | D5W/0.45% NACL | 43280848 | 380.00 | 380.00 | | | | |
| 11/02 01 | D5W/0.45% NACL | 43280848 | 190.00 | 190.00 | | | | |
| 11/02 01 | DIAPER ADULT L | 47928427 | 12.00 | 12.00 | | | | |
| 11/02 01 | ROOM   A608 | 80830505 | 1028.00 | 1028.00 | | | | |
| 11/03 01 | PT | 40201980 | 154.00 | 154.00 | | | | |
| 11/03 01 | AMMONIA | 40100164 | 55.00 | 55.00 | | | | |
| 11/03 01 | MAGNESIUM SERU | 40100792 | 82.00 | 82.00 | | | | |
| 11/03 01 | COMP METAB PRO | 40114831 | 357.00 | 357.00 | | | | |
| 11/03 01 | US ABDOMEN | 42105023 | 1680.00 | 1680.00 | | | | |

| PATIENT NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATE- MENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. |
|---|---|---|

NORTH BROWARD MEDICAL CENTER
P.O. BOX 932536
ATLANTA, GA
954 847-4315
FEI # 59-6012065

31193-2536

| .TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL |
|---|---|---|
| FINAL | 11/14/05 | |
| INP. | | |

PAGE NO. 3

BIRTH-DATE 01/19/61

HOSP.NO. 247

| T | S | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS |
|---|---|---|---|---|---|---|---|---|
| | | KEIR ,EUGENE | 255195875 | M | | 10/31/05 | 11/09/05 | 9 |

GUARANTOR NAME AND ADDRESS:
EUGENE KEIR
921 SE 20 AVENUE
POMPANO BEACH FL 33306

C.O.B 1

| INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|
| VISTA HMO      T35 | | 18456981201 |
| MAHESHWARI NARENDRA K | | |

AMOUNT OF PAYMENT $

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11/03/01 | CT 3D/MPR RECO | 42204200 | 822.00 | 822.00 | | | | |
| 11/03/01 | EEG AWAKE/DROW | 44001233 | 473.00 | 473.00 | | | | |
| 11/03/01 | LORAZEPAM 2MG | 43216147 | 91.30 | 91.30 | | | | |
| 11/03/03 | POTASSIUM CHLO | 43253051 | 15.90 | 15.90 | | | | |
| 11/03/06 | CHLORDIAZEPOXI | 43262165 | 31.80 | 31.80 | | | | |
| 11/03/03 | CHLORDIAZEPOXI | 43262165 | 15.90 | 15.90 | | | | |
| 11/03/01 | CLONIDINE 0.1M | 43262696 | 5.30 | 5.30 | | | | |
| 11/03/01 | FOLIC ACID 1MG | 43265253 | 5.30 | 5.30 | | | | |
| 11/03/01 | MAGNESIUM CHLO | 43267361 | 5.30 | 5.30 | | | | |
| 11/03/01 | THIAMINE 100MG | 43272136 | 5.30 | 5.30 | | | | |
| 11/03/01 | MRI BRAIN W/WO | 42303585 | 3454.00 | 3454.00 | | | | |
| 11/03/01 | CT BRAIN WO/CO | 42204463 | 1835.00 | 1835.00 | | | | |
| 11/03/01 | ROOM  A608 | 80830505 | 1028.00 | 1028.00 | | | | |
| 11/04/01 | AMMONIA | 40100164 | 55.00 | 55.00 | | | | |
| 11/04/01 | GAMMA GTP | 40101110 | 108.00 | 108.00 | | | | |
| 11/04/01 | COMP METAB PRO | 40114831 | 357.00 | 357.00 | | | | |
| 11/04/01 | PRO HEPATITIS | 40116885 | 637.00 | 637.00 | | | | |
| 11/04/01 | P-ALK PHOS OTH | 41109670 | 17.00 | 17.00 | | | | |
| 11/04/01 | P ALK PHOS | 41117117 | 8.00 | 8.00 | | | | |
| 11/04/04 | CHLORDIAZEPOXI | 43262165 | 21.20 | 21.20 | | | | |
| 11/04/02 | CHLORDIAZEPOXI | 43262165 | 10.60 | 10.60 | | | | |
| 11/04/01 | FOLIC ACID 1MG | 43265253 | 5.30 | 5.30 | | | | |
| 11/04/02 | POTASS BICARB/ | 43266390 | 18.60 | 18.60 | | | | |
| 11/04/01 | MAGNESIUM CHLO | 43267361 | 5.30 | 5.30 | | | | |
| 11/04/01 | MULTIVIT + MIN | 43268431 | 5.30 | 5.30 | | | | |
| 11/04/01 | THIAMINE 100MG | 43272136 | 5.30 | 5.30 | | | | |
| 11/04/01 | D5W/0.45% NACL | 43280848 | 190.00 | 190.00 | | | | |
| 11/04/01 | ROOM  A608 | 80830505 | 1028.00 | 1028.00 | | | | |
| 11/05/01 | COMP METAB PRO | 40114831 | 357.00 | 357.00 | | | | |
| 11/05/02 | PHYTONADIONE 1 | 43218557 | 72.40 | 72.40 | | | | |
| 11/05/06 | CHLORDIAZEPOXI | 43262165 | 31.80 | 31.80 | | | | |
| 11/05/02 | CHLORDIAZEPOXI | 43262165 | 10.60 | 10.60 | | | | |
| 11/05/01 | FOLIC ACID 1MG | 43265253 | 5.30 | 5.30 | | | | |
| 11/05/01 | MAGNESIUM CHLO | 43267361 | 5.30 | 5.30 | | | | |

| PATIENT NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATEMENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. |
|---|---|---|

NOPF  BROWARD MEDICAL CENTER
P.O. BOX 932536
ATLANTA, GA
954 847-4315
FEI # 59-6012065

31193-2536

| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL |
|---|---|---|
| FINAL | 11/14/05 | |
| INP. | | |

PAGE NO. **4**

BIRTH-DATE 01/19/61

HOSP.NO. **247**

| T | S | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS |
|---|---|---|---|---|---|---|---|---|
| | | KEIR ,EUGENE | 255195875 | M | | 10/31/05 | 11/09/05 | 9 |

| GUARANTOR NAME AND ADDRESS | C.O.B | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|---|
| EUGENE KEIR | 1 | VISTA HMO      T35 | | 18456981201 |
| 921 SE 20 AVENUE | | | | |
| POMPANO BEACH FL 33306 | | MAHESHWARI NARENDRA K | | |

AMOUNT OF PAYMENT  $

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11/0501 | MULTIVIT + MIN | 43268431 | 5.30 | 5.30 | | | | |
| 11/0501 | THIAMINE 100MG | 43272136 | 5.30 | 5.30 | | | | |
| 11/0502 | D5W/0.45% NACL | 43280848 | 380.00 | 380.00 | | | | |
| 11/0501 | ROOM  A608 | 80830505 | 1028.00 | 1028.00 | | | | |
| 11/0601 | BILIRUBIN DIRE | 40100300 | 70.00 | 70.00 | | | | |
| 11/0601 | BILIRUBIN TOTA | 40100326 | 39.00 | 39.00 | | | | |
| 11/0602 | PHYTONADIONE 1 | 43218557 | 72.40 | 72.40 | | | | |
| 11/0604 | CHLORDIAZEPOXI | 43262165 | 21.20 | 21.20 | | | | |
| 11/0602 | CHLORDIAZEPOXI | 43262165 | 10.60 | 10.60 | | | | |
| 11/0601 | FOLIC ACID 1MG | 43265253 | 5.30 | 5.30 | | | | |
| 11/0601 | MAGNESIUM CHLO | 43267361 | 5.30 | 5.30 | | | | |
| 11/0601 | MULTIVIT + MIN | 43268431 | 5.30 | 5.30 | | | | |
| 11/0601 | THIAMINE 100MG | 43272136 | 5.30 | 5.30 | | | | |
| 11/0601 | D5W/0.45% NACL | 43280848 | 190.00 | 190.00 | | | | |
| 11/0601 | ROOM  A608 | 80830505 | 1028.00 | 1028.00 | | | | |
| 11/0701 | PT | 40201980 | 154.00 | 154.00 | | | | |
| 11/0701 | COMP METAB PRO | 40114831 | 357.00 | 357.00 | | | | |
| 11/0702 | PHYTONADIONE 1 | 43218557 | 72.40 | 72.40 | | | | |
| 11/0701 | CHLORDIAZEPOXI | 43262165 | 5.30 | 5.30 | | | | |
| 11/0701 | CHLORDIAZEPOXI | 43262165 | 5.30 | 5.30 | | | | |
| 11/0701 | FOLIC ACID 1MG | 43265253 | 5.30 | 5.30 | | | | |
| 11/0701 | MAGNESIUM CHLO | 43267361 | 5.30 | 5.30 | | | | |
| 11/0701 | MULTIVIT + MIN | 43268431 | 5.30 | 5.30 | | | | |
| 11/0701 | THIAMINE 100MG | 43272136 | 5.30 | 5.30 | | | | |
| 11/0701 | ROOM  A608 | 80830017 | 725.00 | 725.00 | | | | |
| 11/0801 | HEPATIC PROFIL | 40114807 | 181.00 | 181.00 | | | | |
| 11/0802 | PHYTONADIONE 1 | 43218557 | 72.40 | 72.40 | | | | |
| 11/0801 | CHLORDIAZEPOXI | 43262165 | 5.30 | 5.30 | | | | |
| 11/0801 | CHLORDIAZEPOXI | 43262165 | 5.30 | 5.30 | | | | |
| 11/0801 | FOLIC ACID 1MG | 43265253 | 5.30 | 5.30 | | | | |
| 11/0801 | MAGNESIUM CHLO | 43267361 | 5.30 | 5.30 | | | | |
| 11/0801 | THIAMINE 100MG | 43272136 | 5.30 | 5.30 | | | | |
| 11/0801 | ROOM  A608 | 80830017 | 725.00 | 725.00 | | | | |
| 11/0901 | CHLORDIAZEPOXI | 43262165 | 5.30 | 5.30 | | | | |

| PATIENT NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATEMENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. | |
|---|---|---|---|

NORTH BROWARD MEDICAL CENTER
P.O. BOX 932536
ATLANTA, GA
954 847-4315
FEI # 59-6012065

31193-2536

| | | | PAGE NO. |
|---|---|---|---|
| | | | 7 |

| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL | | | HOSP.NO. |
|---|---|---|---|---|---|
| FINAL INP. | 11/14/05 | | BIRTH-DATE 01/19/61 | | 247 |

| T | S | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS |
|---|---|---|---|---|---|---|---|---|
| | | KEIR ,EUGENE | 255195875 | M | | 10/31/05 | 11/09/05 | 9 |

| GUARANTOR NAME AND ADDRESS | EUGENE KEIR 921 SE 20 AVENUE POMPANO BEACH FL 33306 |
|---|---|

| C.O.B | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|
| 1 | VISTA HMO          T35 | | 18456981201 |
| | MAHESHWARI NARENDRA K | | |

| | AMOUNT OF PAYMENT | $ |
|---|---|---|

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | BILLING   ABSTRACT | | | | | | | |
| | DIAGNOSIS AND PROCEDURES: | | | | | | | |
| | ADMITTING DIAGNOSIS: | | | | | | | |
| | 780.39    OTHER CONVULSIONS | | | | | | | |
| | DISCHARGE/FINAL DIAGNOSIS: | | | | | | | |
| | 851.81   *OTH C LAC/CONTU W/O LOC | | | | | | | |
| | 291.81   *ALCOHOL WITHDRAWAL | | | | | | | |
| | 303.90    ALC DEP NEC & NOS-UNSPEC | | | | | | | |
| | 780.39    OTHER CONVULSIONS | | | | | | | |
| | 287.5     THROMBOCYTOPENIA NOS | | | | | | | |
| | 572.2     HEPATIC COMA | | | | | | | |
| | 873.0     OPEN WOUND OF SCALP | | | | | | | |
| | 276.8     HYPOPOTASSEMIA | | | | | | | |
| | 794.8     ABN LIVER FUNCTION STUDY | | | | | | | |
| | SURGICAL PROCEDURES: | | | | | | | |
| | 86.59     SKIN CLOSURE NEC | | | 10/31/05 | 93149 | | | |
| | PHYSICIAN: | | | | | | | |
| | OPERATING: | | | | | | | |
| | 093149   GARNER LEON | | | | | | | |
| | CONSULTING: | | | | | | | |
| | 611905   ROSENZWEIG TODD | | | | | | | |
| | 147150   LAKIN CLIFFORD | | | | | | | |
| | ALTERNATE CARE: | | | | | | | |
| | DISCHARGE DESTINATION: | | | | | | | |
| | AHR | | | | | | | |
| TOTALS | | | 35073.40 | 35073.40 | | | | |

PATIENT #: 9005711

PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE.

ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATE-MENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE.

NORTH BROWARD MEDICAL CENTER
P.O. BOX 932536
ATLANTA, GA                                   31193-2536
954 847-4315
FEI # 59-6012065

| PAGE NO. | 8 |

BIRTH-DATE 01/19/61

| HOSP.NO. | 247 |

| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL |
|---|---|---|
| FINAL INP. | 11/14/05 | |

| T | S | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS |
|---|---|---|---|---|---|---|---|---|
| KEIR ,EUGENE | | | 255195875 | M | | 10/31/05 | 11/09/05 | 9 |

| GUARANTOR NAME AND ADDRESS |
|---|
| EUGENE KEIR |
| 921 SE 20 AVENUE |
| POMPANO BEACH FL 33306 |

| C.O.B | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|
| 1 | VISTA HMO          T35 | | 18456981201 |
| | MAHESHWARI NARENDRA K | | |

| AMOUNT OF PAYMENT | $ |

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|

BILLING  ABSTRACT

ADDRESSES:
   PATIENT:
      EUGENE KEIR
      921 SE 20 AVENUE
      POMPANO BEACH FL 33306


   PT. EMPLOYER:
      UNKNOWN

MR#: 605712

| PATIENT NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATE-MENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. | |

NOR   BROWARD MEDICAL CENTER
P.O. BOX 932536
ATLANTA, GA
954 847-4315
FEI # 59-6012065

31193-2536

| PAGE NO. | 9 |
|---|---|

BIRTH-DATE 01/19/61

| HOSP.NO. | 247 |
|---|---|

| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL |
|---|---|---|
| FINAL INP. | 11/14/05 | |

| T | S | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS |
|---|---|---|---|---|---|---|---|---|
| KEIR ,EUGENE | | | 255195875 | M | | 10/31/05 | 11/09/05 | 9 |

| GUARANTOR NAME AND ADDRESS | EUGENE KEIR<br>921 SE 20 AVENUE<br>POMPANO BEACH FL 33306 |
|---|---|

| C.O.B | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|
| 1 | VISTA HMO      T35 | | 18456981201 |
| | MAHESHWARI NARENDRA K | | |

| AMOUNT OF PAYMENT | 9 |
|---|---|

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | BILLING  ABSTRACT | | | | | | | |

CONCURRENT GROUPER USED:  MC05
DRG #:  028   MDC #:  01
DRG RATE PER CASE:   7398.87
OUTLIER VALUE:

GROUPER USED:            MC05    (T35)
DRG #:  028   MDC #:  01
DRG RATE PER CASE:   7398.87
OUTLIER VALUE:
MR#: 605712

| PATIENT  NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL  PATIENT  BILLING  MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATE-MENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. |
|---|---|---|

DATE: 11/9/05   TIME: 1740

TO: ☑ HOME   ☐ OTHER: _____

MODE OF DISCHARGE: ☑ WHEELCHAIR   ☐ AMBULATORY
☐ OTHER   ACCOMPANIED BY _Mother_

PERSONAL BELONGINGS RECEIVED
AT TIME OF DISCHARGE:
Valuables Slip _____
Equipment _____

## DISCHARGE ASSESSMENT

* Name of Physician Notified/Comment upon notification

| | | | |
|---|---|---|---|
| A. AFEBRILE FOR LAST 48 HRS | ☑ YES | * ☐ NO | _____ |
| B. BLOOD PRESSURE PULSE STABLE | ☑ YES | * ☐ NO | _____ |
| C. WOUND HEALING ☐ N/A | ☑ YES | * ☐ NO | _____ |
| D. PAIN CONTROLLED ☐ N/A | ☑ YES | * ☐ NO | _____ |
| E. ALERT/ORIENTED | ☑ YES | * ☐ NO | _____ |

## SUMMARY OF DISCHARGE INSTRUCTION

DISCHARGE MEDICATION:   NEW PRESCRIPTION RECEIVED: ☑ YES * ☐ NO
RESUME PRE-HOSPITAL MEDICATION PER PHYSICIAN INSTRUCTIONS   ☐ YES * ☐ NO

| NAME OF MEDICATION | DOSE FREQUENCY   LAST DOSE | PURPOSE/SPECIAL INSTRUCTION |
|---|---|---|
| MVI | I po q daily | ~Vitamin~ |
| Folic Acid | 1 mg po daily | " |
| Thiamine | 100 mg po daily | " |
| Zoloft | 25 mg po q daily for 7 days then 50mg daily | Antidepressant |

DIET: ☑ REGULAR   ☐ SPECIAL   ACTIVITIES: ☐ NO RESTRICTION   ☐ RESTRICTIONS (see special instruction)
SPECIAL EQUIPMENT: _____
SPECIAL INSTRUCTIONS: (List what was taught/to whom) _____
_No Alcohol_

CARE NOTES/MICROMEDIX PROVIDED: _For Seizures Zoloft._
"Possible Food/Drug Interactions" Pamphlet received.   Congestive Heart Failure (CHF) Education provided (on back of form).

## FOLLOW-UP APPOINTMENTS

| | (PHYSICIAN/CLINIC/OTHER) | DATE/TIME, | PHONE |
|---|---|---|---|
| " | with primary physician | 1 week | |

HOME CARE: _____   102705
OTHER: _Call primary doctor for any problems_
HAVE RECEIVED AND FULLY UNDERSTAND THE IMPORTANCE OF CONTINUING CARE AS DESCRIBED

_____ MSOT          _____ RN
PATIENT/S.O. SIGNATURE          SIGNATURE (Person Providing Discharge Instruction)

**North Broward
Hospital District
DISCHARGE INSTRUCTIONS**

ADDRESSOGRAPH

Original copy - chart   Yellow copy - patient   Pink copy - physician

906864          P-2438 - 100011 - [R] 3/2005

Medical Record Number _605712_

Facility _NBMC_

Please initial appropriate classification of information when applicable:

____ **Drug & Alcohol Treatment**
**Information and/or records**

✓ **Mental Health**
**Information and/or records**

____ **HIV/AIDS**
**Information and/or records**

I understand that, under Florida Law, the classification of records checked above relating to treatment rendered to me are privileged and confidential and cannot be released to me or those designated by me or my legal guardian without an expressed and informed consent. In addition, I understand that those records will not be released to persons and agencies other than those designated by me or my personal representative or otherwise provided in Florida law.

Patient Name: _____ _Keir_ _____ _Eugene_ _____ _D_ ___ _—_ ____
                  Last         First        Middle Initial        Maiden

Address: _961 SE 20th AVE #306 Deerfield bch Fl 33441-5174_
            Street                    City       State     Zip Code

Birth Date : _1/19/61_ Telephone: _954 292-2857_ Social Security Number: _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_

I, _Eugene D. Keir_____, authorize _Dr Kidwry MD_ to release my health
  Patient/Personal Representative Name (please circle one)                 Name of Facility

information indicated below to the following party: (check one)

✓ **MYSELF**

____ **OTHER** _Keir Eugene D_ _961 SE 22th AVE_ _306 Deerfield bch_ _Fl_ _33441_
          Name               Address         City     State    Zip

For the purpose of: _For Doctor_

I authorize release of information covering treatment dates of: _10/31 - 11/9/05_

The type and amount of information to be disclosed  is as follows: (include dates where appropriate):

____ Entire Medical Record, excluding:
____ History and Physical
____ Consultations
____ Discharge Summary
____ Operative Report
____ Pathology Report
____ Physician Progress Notes
____ Physician's Orders
____ Physical Therapy Records
____ Nurses Notes

____ Laboratory Reports : from _____ (date) to _____ (date)
____ Radiology Reports : from _____ (date) to _____ (date)
____ Problem List
____ Photos, (Circle purpose):  Media   PR   Other _____
____ Media Interview
____ Other, describe _____

- I understand that I have the right to withdraw my authorization at any time except to the extent that action has already been taken pursuant to this authorization. I understand that if I revoke this authorization, I must do so in writing and present my written revocation to the Medical Records Department.
- I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign, and the facilities of the NBHD will not base my treatment, payment or eligibility for benefits on whether or not I provide authorization for the requested use or disclosure. I understand that the recipient may be prohibited from disclosing substance abuse information. I understand that I may inspect or copy the information to be disclosed, as provided in CFR 164.524 (with a reasonable charge).
- I understand that information used or disclosed pursuant to this authorization may be subject to redisclosure by the recipient of the information and is no longer protected by federal confidentiality laws or the North Broward Hospital District.
- I understand that the North Broward Hospital District will release only the minimum amount of information necessary to fulfill a request.

**Unless otherwise revoked, this authorization will expire six months from the date of the signature listed below.**

_Eugene D Keir M/P/T_ _Eugene Keir_ _11/22/05_
Patient/Personal Representative Signature           Print Name              Date

_____          _____/_____/_____
NBHD Authorized Signature             Print Name              Date

_____          _____/_____/_____
Witness                         Print Name              Date

ADDRESSOGRAPH

**North Broward Hospital District**

# AUTHORIZATION FOR RELEASE OF CONFIDENTIAL MEDICAL INFORMATION

WHITE · MEDICAL RECORD    CANARY · PATIENTS

H1007 - 119550 - (R) 2/2004  **900408**

NBMC - PATIENT FACESHT

```
                                                       DSCH IND:
PATIENT #:      255195875   MR #:  605712    PT TYPE:  C   ROOM:  A6082
                                             PT STS:  IA   HOSP SVC:  MED
PATIENT NAME:  KEIR ,EUGENE                  ROLLOVER:     NURSE STA:  6TH
                                             AGE:  44      MARITAL STS:  S
PT SS #:  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      REL:        BIRTHDATE: 01/19/1961   SEX: M
LOC ADDR:                              PERM ADDR:
921 SE 20 AVENUE                       921 SE 20 AVENUE

POMPANO BEACH       FL  33306          POMPANO BEACH    FL  33306
PRIMARY EMG CONTACT#:  (954)426-6977

GUAR NAME:  KEIR ,EUGENE                     GUAR SS #:  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
GUAR ADDR:  921 SE 20 AVENUE                 GUAR RELATIONSHIP:  S
            POMPANO BEACH       FL  33306    GUAR PHONE:  954-425-8353
PLAN CODE T35
PRIMARY INSURANCE: VISTA HMO COMMERCIAL      POLICY #:  18456981201
POLICY HOLDER'S NAME: KEIR ,EUGENE           GROUP #:  960404
INS. COMPANY PHONE #: 866-847-8235           IP AUTH #: 0111020500625
BILLING ADDR:  VISTA HMO COMMERCIAL          OP AUTH #:
               PO BOX 45-9011                ER AUTH #:
PLAN CODE      SUNRISE         FL 33345
SECOND INSURANCE:                            POLICY #:
POLICY HOLDER'S NAME:                        GROUP #:
INS. COMPANY PHONE #:                        IP AUTH #:
BILLING ADDR:                                OP AUTH #:
                                             ER AUTH #:
PLAN CODE
THIRD INSURANCE:
INS. COMPANY PHONE #:                        POLICY #:
BILLING ADDR:                                GROUP #:


EMPLOYER NAME: UNKNOWN              ADDRESS:
EMPLOYER PHONE:

GUAR EMPL NAME:                     PHONE #:
GUAR EMPL ADDR:                          EXT #:


SPOUSE/NEXT OF KIN:  KEIR ,SHEILA      PHONE #:  954-426-6977
           ADDRESS:


ADMIT SOURCE:  EO    TRAUMA IND:  N   PREV ADMIT DATE:
ADMIT DR.:  MAHESHWARI NARENDRA
ADMIT DR. PHONE#: 954-942-9233               ADMIT DATE:   10/31/05
                                             DSCH DATE:
TYPE OF DELIVERY:                            INJURY DATE:  10/31/05

DX:  NEW ONSET SEIZURE

COMMENTS: PT BROUGHT IN AS A TRAUMA AND   DOWNGRADED    CONFIDENTIAL:  N
          TO A REGULAR ER PATIENT. HDX    VWD, PT NOT
                              DSM IND:
MANAGED CARE IND:             EPI IND:        CORP ID#: 0001142502
                                             10:27 11/03/05 FROM K5K
3D665500
```



**North Broward Medical Center**
North Broward Hospital District
201 E. Sample Road
Deerfield Beach, FL  33064

## INPATIENT CODING SUMMARY

| Patient Name | | Sex | Birth Date | Age | MR Number | Account Number |
|---|---|---|---|---|---|---|
| KEIR, EUGENE | | Male | 01/19/1961 | 44 | 6057122 | 255195875 |

| Admit Date | Discharge Date | LOS | Financial Class | Disposition |
|---|---|---|---|---|
| 10/31/05 01:00 PM | 11/09/05 05:35 PM | 9 | HMO COMMERCIAL | Discharged home or self care |

| Attending Physician | Coder |
|---|---|
| Maheshwari, Narendra K. INTMD | KW |

**MDC Code / Text**
001 DISEASES & DISORDERS OF THE NERVOUS SYSTEM

**DRG Code / Text**
028  TRAUMATIC STUPOR & COMA, COMA <1 HR AGE >17 W CC

| CMS Weight | Average LOS | Geometric Mean LOS | Estimated Reimbursement |
|---|---|---|---|
| 1.3353 | 5.90 | 4.40 | 7398.87 |

**Admit Diagnosis**

78039 CONVULSIONS

**Primary Diagnosis**

85181 CEREBRAL LACERATION/CONTUSION, NO OPEN INTRACRANIAL WOUND, NO UNCONSCIOUSNESS

**Secondary Diagnosis**

29181 ALCOHOL WITHDRAWAL
30390 UNSPECIFIED ALCOHOL DEPENDENCE, UNSPECIFIED USE
78039 CONVULSIONS
2875 THROMBOCYTOPENIA, UNSPECIFIED
5722 HEPATIC COMA
8730 OPEN WOUND OF SCALP, UNCOMPLICATED
2768 HYPOPOTASSEMIA
7948 NONSPECIFIC ABNORMAL RESULTS OF FUNCTION STUDY OF LIVER
E8889 UNSPECIFIED FALL

| Procedures | Provider | Date |
|---|---|---|
| 8659 CLOSURE OF SKIN AND SUBCUTANEOUS TISSUE OF OTHER SITES | Garner, Leon ERMED | 10/31/05 |

Confidential

# TRAUMA RESUSCITATION FLOW SHEET

Patient Name: _____
Date: 10/31/05  Age: _____  Sex: ☐M ☐F
MR#: _____  FIN#: _____
Time TA Called: _____  Time Arrival: 0850
Time Helicopter Landed/EMS Arrived: _____

☑ Trauma Alert
☐ High Index
☐ Multiples
☐ Air Rescue
☐ EMS

**Pre-hospital Providers**
☐ BCFR            ☐ MARGATE
☑ PBFR            ☐ LHPFR
☐ OPFR            ☐ TAMARAC
☐ CSFR            ☐ DBFR
☐ Ft. Lauderdale  ☐ OTHER

**One Red Transport as Trauma Alert**
1 ☐ Active airway assistance required
2 ☐ BP≤ 90 systolic OR no radial pulse with HR≥ 120
3 ☐ Multiple long bone FX sites
4 ☐ 2° or 3° burns ≥ 15%, BSA, amputation proximal to wrist or ankle, penetrating injury to head, neck or torso
5 ☐ BMR ≤ 4 or exhibits presence of paralysis, suspicion of spinal cord injury or loss of sensation
6 ☐ Paramedic judgment
7 ☐ GSC ≤ 12

**Two Blue Transport as Trauma Alert**
8 ☐ Sustained resp rate ≥ 30
9 ☐ Sustained HR ≥ 120 w/radial pulse
10 ☐ Single long bone FX site due to MVC or Fall ≥ 10 feet
11 ☐ Major degloving, flap avulsion > 5in or GSW to extremities
12 ☐ BMR = 5
13 ☐ Ejection from vehicle (excluding open vehicles) or Deformed steering wheel
14 ☐ Age 55 or older

A ☐ Falls > 12ft Adult > 6ft peds
B ☐ Extrication > 15 min
C ☐ Rollover
D ☐ Death of occupant
E ☐ Major Intrusion
F ☐ Ejection from a bicycle
G ☐ Pedestrian struck by vehicle
H ☐ Age ≥ 55
I ☐ Paramedic judgment

☐ MVC ☐ASSAULT ☐FALL ☐STAB ☐GSW ☐BICYCLE ☑MCC ☐PED ☐OTHER
Seizure + fall mm standing - loc to back of head
☐ Driver ☐ Passenger  Seatbelt ☐X ☐ N  Airbag ☐ Y ☐ N  Helmet ☐ Y ☐ N

| TRAUMA SURGEON | SERVICE | NAME | CALLED | ARRIVED |
|---|---|---|---|---|
| ANESTHESIOLOGIST | Innucedi | 0850 | | |
| ED PHYSICIAN | Girner | 0850 | | |
| RESP TECH | Donna | 0850 | | |
| X RAY TECH | Rae | 0850 | | |

Trauma Nurse #1: G. Melisewyn  RN ___/___/___
Trauma Nurse #2: Ph Candevolli  RN ___/___/___
Trauma Recorder: J Stupigty  RN ___/___/___

☐ AIRWAY/BVM
☐ OET/NET/COMBI/LMA/CRICO
☐ O₂ ___ CO₂ ___
☐ C COLLAR
☐ SPINE STABILIZATION
☐ CHEMICALLY PARALYZED UPON ARRIVAL

☐ MAST PANTS (Inflated)
☐ EXTREMITY SPLINT/TRACTION
☐ HEIMLICH VALVE  R/L
☐ CPR/DEFIBRILATE
☐ IV
☐ NEEDLE DECOMPRESSION
☐ PAIN/SEDATION MEDICATION

Health History: Afih 6 wks ago
PREVIOUS SURGERIES: Basal Cell Carcinoma Removed
CURRENT MEDS: NKA
ALLERGIES: NKA
PREGNANT: ☐ YES ☐ NO  LMP: _____
TETANUS STATUS: CURRENT ☐YES ☐NO
PMD: _____

1. ABRASION
2. AMPUTATION
3. AVULSION
4. BURN
5. CONTUSION/BRUISE
6. CREPITUS
7. DEFORMITY (OPEN)
8. DEFORMITY (CLOSED)
9. DISLOCATION
10. ECCHYMOSIS
11. GUNSHOT WOUND
12. HEMATOMA
13. LACERATION
14. STAB/PUNCTURE
15. TENDERNESS
16. PARALYSIS
17. SWELLING
18. OTHER

CLOTHING:
☐ REMOVED
☐ CUT OFF
☐ ATTACHED

Anterior    Posterior

PARKLAND FORMULA: ___ × 24° RLX ___ (KG) ___% TBSA
Give first half over first ___ rest over next 16 hrs
Total fluid to be given _____
Start _____  Amount to be given first 8 _____

5  10/31/05



ADDRESSOGRAPH
Keir, Jean
605712

**Trauma Center**
NORTH BROWARD MEDICAL CENTER
**TRAUMA RESUSCITATION FLOW SHEET**

WHITE = ORIGINAL   YELLOW = TRAUMA OFFICE   PINK = ED CO

# TRAUMA RESUSCITATION FLOW SHEET

| | | | |
|---|---|---|---|
| **BEHAVIOR** | ✓ | ☐UNCOOPERATIVE ☐COMBATIVE ☐SEDATED ☐RESTRAINTS ☐ PHARMACOLOGICAL PARALYSIS ☐AGITATED | |
| **AIRWAY** | | ☐OTHER _____ | |
| **BREATHING** | ✓ | ☐LABORED ☐NOT BREATHING ☐ ASSISTED ☐ CREPITUS ☐DEVIATED TRACH ☐CYANOSIS ☐NECKVEIN DISTENTION ☐HEMOPTYSIS PNEUMOTHORAX ☐CLOSED ☐OPEN ☐TENSION ☐FLAIL CHEST | |
| **BREATH SOUNDS** | | L ☐ABSENT ☐DECREASED ☐RALES ☐WHEEZES R ☐ABSENT ☐DECREASED ☐RALES ☐WHEEZES | |
| **EXTERNAL HEMORRHAGE** | ✓ | LOCATION: _____ | |
| **CARDIAC** | ✓ | RHYTHM: _____ HEART SOUNDS: ☐MUFFLED ☐MURMUR | |
| **PULSES** | ✓ | L ☐RADIAL ☐FEMORAL ☐PEDAL ☐THREADY R ☐RADIAL ☐FEMORAL ☐PEDAL ☐THREADY | |
| **SKIN** | ✓ | ☐PINK ☐WARM ☐PALE ☐COOL ☐MOTTLED ☐DRY ☐CYANOTIC ☐DIAPHORETIC CAPILLARY RETURN ☐NORMAL ☐DELAYED ____ SEC | |
| **NEURO** | | GCS: EYE ____ VERBAL ____ MOTOR ____ | |
| **NEURO-CRANIAL** | | ☐LETHARGY ☐STUPOR ☐FLEXION ☐EXTENSION | |
| **NEURO SPINAL CORD** | | QUAD/PARAPLEGIC LEVEL: _____ HEMIPLEGIA SIDE _____ Paresis _____ | |

## SECONDARY SURVEY (CONTINUED)

| | | |
|---|---|---|
| **PUPILS** | ✓ | L ☐NON-REACTIVE ☐SLUGGISH SIZE: R ☐NON-REACTIVE ☐SLUGGISH SIZE: |
| **SCALP** | | ☐ SOFT TISSUE _Laceration_ ☐ OPEN FRACTURE |
| **FACE** | ✓ | ☐ PALPABLE FACIAL FRACTURES ☐MALOCCLUSION ☐ SOFT TISSUE _____ |
| **EARS** | | DISCHARGE ☐L ☐R T.M.: L _____ R _____ |
| **NECK** | | ☐SOFT TISSUE PENETRATING WOUND |
| **CHEST** | | ☐SOFT TISSUE PENETRATING WOUND |
| **ABDOMEN** | | ☐PREV. SURG. ☐PENETRATING WOUND ☐DISTENTION ☐BELT ABRASIONS ☐EVISCERATION BOWEL SOUNDS ☐HYPO ☐ABSENT ☐TENDERNESS: _____ |
| **PELVIS** | ✓ | ☐UNSTABLE ☐GENITAL INJURY ☐HEMATURIA ☐RECTAL TONE WEAK/ABSENT ☐ GUIAC + ☐PRIAPISM |
| **BACK** (log roll) | | ☐DEFORMED ☐PENETRATING ☐TENDERNESS |
| **UPPER EXTREMITY** | ✓ | L ☐FX OPEN/CLOSED ☐DEFORMITY R ☐FX OPEN/CLOSED ☐DEFORMITY |
| **LOWER EXTREMITY** | ✓ | L ☐FX OPEN/CLOSED ☐DEFORMITY R ☐FX OPEN/CLOSED ☐DEFORMITY |

### GCS

| EYE OPENING | VERBAL RESPONSE | MOTOR RESPONSE |
|---|---|---|
| 4 - SPONTANEOUS | 5 - ORIENTED | 6 - OBEYS |
| 3 - TO SPEECH | 4 - CONFUSED CONV. | 5 - LOCALIZES |
| 2 - TO PAIN | 3 - INAPP. WORDS | 4 - WITHDRAWS |
| 1 - NONE | 2 - INCOMPREHENSIVE SOUNDS | 3 - FLEX. RESPONSE |
| | 1 - NONE | 2 - EXT. RESPONSE |
| | | 1 - NONE |

1 2 3 4 5 6

### PAIN ASSESSMENT SCALE

1-10 Numeric Pain Distress Scale

0   2   4   6   8   10
No pain     Moderate Pain     Worst possible pain

| TIME | BP | PULSE | RR | TEMP | GCS EYE | GCS VERBAL | GCS MOTOR | GCS TOTAL | CAP REFILL | SIZE/REACTION L PUPIL R | CAPNO-GRAPHY | PULSE OX | CARDIAC RYTHM | O2 THERAPY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0852 | 124/56 | 114 | 20 | | 4 | 5 | 6 | 15 | 2 | 3/B 3/B | N/A | 100 | ST | O₂ 2LNC |
| 0857 | 121/90 | 120 | 20 | | 4 | 5 | 6 | 15 | 2 | 3/B 3/B | N/A | 100 | ST | O₂ 2LNC |
| 0902 | 166/109 | 103 | 20 | | 4 | 5 | 6 | 15 | 2 | 3/B 3/B | N/A | 100 | ST | O₂ 2LNC |

☑ WARM BLANKET    ☐ THERMOLITE    ☐ WARMING LIGHT    ☐ WARMED FLUIDS    ☐ WARMING BLANKET

## PROCEDURES

905

| | |
|---|---|
| C-SPINE CLEARED ☐COLLAR OFF TIME: 915 | |
| OFF BACKBOARD TIME: 900 | |
| ENDOTRACH ☐ORAL ☐NASAL SIZE: | ☐ PCXR |
| ☐ CRICOTHYROIDOTOMY | |
| ☐ CHEST TUBE SIZE ____ L ____ R | ☐ PCXR |
| ☐ CHEST TUBE SIZE ____ L ____ R | ☐ PCXR |
| ☐ PERICARDIOCENTESIS | |
| ☐ PERITONEAL LAVAGE | HEME + / – |
| ☐ FOLEY SIZE | HEME + / – |
| ☐ NGT SIZE | HEME + / – |
| CENTRAL LINE ☐SC ☐IJ ☐FEM L ____ R | ☐ PCXR |
| ULTRASOUND | |

| SPINT TYPE | EXTREMITY | PRE CMS | POST CMS | BY |
|---|---|---|---|---|
| | | | | |
| | | | | |

| DRESSING | LOCATION | POST CMS | BY |
|---|---|---|---|
| | | | |

NAME _Keri Jea_____    MR# _605 712_    DATE _10/31_

# TRAUMA RESUSCITATION FLOW SHEET

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ C-SPINE SERIES | | | ☐ | | | ☐ TRAUMA PANEL | | | |
| ☐ CHEST | | | ☐ | | | ☐ TRIAGE PROFILE | | | |
| ☐ PELVIS | | | ☐ | | | ☒ CBC | | 900 | |
| ☐ | | | ☐ | | | ☒ CMP | | 900 | |
| ☐ | | | ☐ | | | ☐ Type & Cross | | | |
| ☐ | | | ☐ | | | # of units_____ | | | |
| ☐ | | | ☐ | | | ☐ Urine Dip Stick | | | |
| ☐ | | | ☐ | | | ☐ PT/PTT | | | |
| ☐ | | | ☐ | | | ☐ Drug Screen | | | |
| ☒ CT of Head 915 ✗ | | | ☐ | | | ☐ BHCG | | | |
| ☒ CT of Spine 915 ✗ | | | ☐ | | | ☐ ABG | | | |
| ☐ CT of | | | ☐ | | | ☐ EKG | | | |
| ☐ CT of | | | | | | ☒ ETOH | | 900 | |
| ☐ CCM: Critical Care Monitoring | | | | | | ☐ | | | |

* CCM: Critical Care Monitoring

| Time | Fluid | Vol. | Rate | RN Initials | Total Infused/Remaining | Time | Product | RN Initials | Total Infused/ Remaining |
|---|---|---|---|---|---|---|---|---|---|
| 930 | 0.9NS 500 | 500 | | jr | 500 | | | | |
| 900 | 0.9 | 1000 | | jr | 1000 | | | | |
| | | | | TOTAL IN | 1500 | | | Total Infused | |

| Time | Fluid | Vol. | Rate | RN Initials | Total Infused/Remaining | Time | Product | RN Initials | Total Infused/ Remaining |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | TOTAL IN | | | | Total Infused | |

| Time | Fluid | Vol. | Rate | RN Initials | Total Infused/Remaining | Time | Product | RN Initials | Total Infused /Remaining |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | TOTAL IN | | | | Total Infused | |

| Time | Fluid | Vol. | Rate | RN Initials | Total Infused/Remaining | Time | Product | RN Initials | Total Infused /Remaining |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | TOTAL IN | 1500 | | | Total Infused | |

TOTAL IN CRYSTALLOIDS 1500    TOTAL BLOOD IN

## MEDICATION / REASSESSMENT / INTAKE / OUTPUT

| TIME | PAIN SCALE | RT/ SITE | MEDICATION/DOSE | INT | R | Pain Scale | TIME | | |
|---|---|---|---|---|---|---|---|---|---|
| 900 | 0 | RA/ | Ativan 1mg | jr | I | 0 | 930 | | |
| 930 | 0 | RA/ | Ativan 1mg | jr | | | | | |

IV FLUIDS 1500
BLOOD _____
ATS _____
BLOOD _____
PERIT. LAVAGE _____
ORAL _____
OTHER _____
TOTAL 1500

URINE 600
GASTRIC _____
PERIT. LAVAGE _____
CHEST _____
OTHER _____
TOTAL 600

INJECTION SITE
1 RT DELT   3 RT GLUT   5 RT THIGH
2 LT DELT   4 LT GLUT   6 LT THIGH

(R) RESPONSE KEY: I - IMPROVED
W - WORSE
S - SAME

## VENT SETTINGS

| TIME | TV | RR | FIO2 | PEEP |
|---|---|---|---|---|
| | | | | |
| | | | | |

NAME Klein Jean    MR# 605712    DATE 10/31

# TRAUMA RESUSCITATION FLOW SHEET

| TIME | BP | HR | CARDIAC RHYTHM | RESP RATE | O2 AMT | O2 SAT | END TIDAL CO2 | R | L | LUE LLE | RUE RLE | EYE | VERBAL | MOTOR | GCS SCORE | |
|------|-----|-----|------|------|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 915 | 155/98 | 98 | 9+ | 20 | 21 | 100 | NA | 3/3 | 3/3 | 5/5 | 5/5 | 4 | 5 | 6 | 15 | pt awake, alert fully oriented. post seizure, 6cm lac to back of head after fall. pt is down graded from trauma alert status — Shelsam |

Lower section:

| TIME | BP | PULSE | RESP | TEMP | EYE | GCS VERBAL | MOTOR | GCS TOTAL | LIMB POWER LUE LLE | RUE RLE | CAP REFILL | PUPILS L R | Pulse OX | END TIDAL CO2 | CARDIAC RYTHYM |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 965 | 155/98 | 110 | 21 | 98.7 | 4 | 5 | 6 | 15 | 5/5 | 5/5 | 2 | 3/3 3/3 | 100 | NA | ST |

DISPOSITION:
TIME: 915   ADMIT ___   REPORT TO: 919²
OR
TRANSFER TO: ___   REPORT TIME: ___
EXPIRED
DISCHARGED   DR. Lahin
☒ RADIOLOGY VIEWED BY PHYSICIAN
☒ LAB RESULTS PRINTED AND ATTACHED TO FLOWSHEET

FAMILY/SO: ___   PHONE: ___
CLOTHING: ☒ CUT OFF  ☐ WITH PATIENT  ☐ TO SECURITY  ☐ HOME/FAMILY
VALUABLE: ☐ CUT OFF  ☒ WITH PATIENT  ☐ TO SECURITY  ☐ HOME/FAMILY

NAME: Keir, Jean   MR#: 605712   DATE: 10/31

**49**

## Seizure

DATE 10/31/05  TIME 1050  ROOM: 17  ___ EMS Arrival

HISTORIAN: ___patient ___paramedic ___translator ___other___

AGE 44  (M) F ___

___History limited by ___

### HPI

**chief complaint**: seizure x(1) x2 x3  multiple
hx of seizure disorder

**duration / occurred**: (just prior to arrival)

**witnessed?** ___no (yes, by:) 1~ A GROUP

S/Brr.  WITNESSED S2 x1.  PT.
POST 10M & TREMULOUS UPON ARRIVAL
DENIES ANY HX OF SZ. STATES Drank

**character of seizure(s):**
- (lost consciousness)
  QUALITY: (unresponsive)
  completely partially unknown
  did not regain between seizures

- ___motor activity
  QUALITY: generalized___
  "shaking all over"___
  shaking in one area:___

- other:___
  ___
  ___

- ___bowel incontinence
- ___urinary incontinence
- ___stopped breathing
- ___lost pulse
- ___unknown

**number and duration:**
- ___unknown duration / number
- (single isolated seizure)
  duration:___
- ___repeated seizures
  TIMING: x2 x3 x4
  multiple___
- ___status epilepticus
- ___continued on arrival in ED

**post-ictal symptoms:**
- ___none
- (confusion)
- ___lost power/feeling
  LOCATION: arm/leg R/L
- ___speech difficulty
- ___visual disturbance
- ___headache

**location of injury**: (head) neck  nose lip mouth bit tongue
chest  abdomen  back  RUE RLE LUE LLE  none

**severity:** ___mild ___moderate ___severe___

**preceding symptoms / cause of seizure:** ___none
- ___missed recent doses of seizure meds
- ___changed medication or dosage
- ___recent alcohol intake
- ___sleep deprivation
- ___recent illness / see ROS

___Recently seen / treated by doctor___
___Treatment / Rx___

1996 - 2005 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

---

□ Agree w/ nurse's note for PFSH / ROS

### ROS
□ ROS below otherwise negative

**NEURO**
- ___headache___
- ___recent head injury___

**CVS / PULMONARY**
- ___chest pain___
- ___palpitations___
- ___cough___
- sputum___
- ___trouble breathing___

**CONST**
- ___fever___

**EYES / ENT**
- ___trouble with vision___
- ___sore throat___

**GI / GU**
- ___abdominal pain___
- ___nausea / vomiting___
- ___diarrhea___
- ___black / bloody stools___
- ___painful / frequent urination___

**SKIN / LYMPH / MS**
- ___skin rash___
- ___joint pain___
- ___swollen glands___

~ A CUPLE GLASSES OF
WINE EVERY DAY BUT
QUIT 6 WKS AGO ~ ADMITS TO A
FEW GLASSES OF WINE LAST PM

### PAST HISTORY  □ Tetanus UTD
prior records reviewed:___
- ___previous seizure / seizure disorder___
  recent onset / long-standing / since childhood___
  occasional / frequent / none for years  last seizure:___
  2° to:  idiopathic / head injury / prior stroke / ethanol abuse / cancer
  craniotomy / cystercercosis / unsure
- ___stroke
- ___craniotomy

- ___+HIV / AIDS
- ___brain tumor / cancer
  known mets
- ___heart disease
- ___high blood pressure
- ___diabetes  insulin / oral / diet
- ___psychiatric disorder

___other___
___
___

**Surgeries/Procedures:**___
___

**Medications** ___none ___see list – confirmed
- ___phenytoin
- ___phenobarbital
- ___carbamazepine
- ___valproic acid

**Allergies** ___NKDA
___see list – confirmed

### SOCIAL HISTORY ___smoker ___drugs
- (alcohol) (recent / heavy / occasional)  SEE ABOVE
- ___lives alone ___lives in nursing home (lives at home)
- ___occupation___

### FAMILY HISTORY___
NEUR, SEP___

Patient Identification / Addressograph
605-212

**PHYSICAL EXAM**

☑ Agree w/ vital ☐ Other _____
Pulse Ox  time _____  96 % _ RA _ O₂ L/min
Interpretation: ☑ normal _ abnormal Dx _____
Exam limited by _____

**CONSTITUTIONAL**
☑ no acute distress

_ mild / moderate / severe distress _____
_ convulsing / confused (post-ictal) _____

**HEENT**
_ normocephalic,
_ atraumatic
_ PERRL
_ nml ENT inspection
_ no apparent trauma

_ scleral icterus / pale conjunctivae _____
_ post-surgical pupillary defect (R / L) _____
_ nasal septal hematoma _____
_ tongue abrasion / laceration _____
_ TM obscured by cerumen (R / L) _____
_ tenderness / swelling / ecchymosis _____
_ hemotympanum _____
_ cerv. lymphadenopathy ( R / L ) _____

**NECK / BACK**
_ neck supple
_ non-tender

_ meningismus _____
_ vertebral tenderness _____
_ carotid bruit _____

**RESPIRATORY**
_ no resp. distress
_ breath sounds nml

_ rales _____
_ rhonchi _____
_ wheezing _____

**CVS**
_ regular rate, rhythm
_ heart sounds nml

_ tachycardia / bradycardia _____
_ irregularly irregular rhythm _____
_ extrasystoles ( occasional / frequent ) _____
_ murmur  grade _ /6  sys / dias _____
_ decreased pulse(s) _____

**GI / ABDOMEN**
_ non-tender
_ no organomegaly

_ tenderness _____
_ hepatomegaly / splenomegaly _____

**SKIN**
_ color nml, no rash
_ warm, dry

_ cyanosis / diaphoresis / pallor _____
_ skin rash _____

**MUSCULOSKELETAL / EXTREMITIES**
_ non-tender
_ normal ROM
_ no pedal edema

_ pedal edema _____
_ tenderness _____

**OBSERVED SEIZURE ACTIVITY IN ED** _____ duration _____
_ focal / generalized                    awake / unresponsive
          head turned R / L     eyes deviated R / L

**NEURO**
*higher functions*
_ awake and alert
_ oriented x3

_ lethargic _____
_ disoriented to time / place / person _____
_ GCS _ 15 _____
_ aphasic  expressive / receptive _____
_ slow / confused / combative _____

*cranial nerves-*
_ normal as tested
_ PERRL

_ facial droop  ( R / L ) _____
_ tongue deviation ( to R / L ) _____
_ abnormal accommodation _____
_ pupils unequal _____
       R pupil _____mm  L pupil _____mm
_ EOM palsy / anisocoria _____
_ abnml fundi  papilledema / hemorrhages _____

*cerebellar-*

_ abnml Romberg / gait / finger-nose test _____

*sensorimotor-*
_ no motor deficit
_ no sensory deficit
_ reflexes nml, symmetrical

_ weakness / sensory loss _____
_ sensory deficit _____
_ hyperreflexia / hyporeflexia _____
_ abnormal reflexes / Babinski _____

**PSYCH**
_ mood / affect nml

_ depressed affect _____
_ anxious _____

Seizure-49

---

**LABS & XRAYS**

CO₂ _____
Anion Gap _____
Gluc _ 124
BUN _ 7
Creat _ 0.6

**CBC** normal
nml except _____
WBC _ 7.0
Hgb _ 14.0
Hct _ 42.3
Platelets _ 99

segs _____  normal
bands _____  nml except
lymphs _____  Na _ 140
                          K _ 3.9
                          Cl _ 101

**Drug Levels**   **Toxicology**
phenytoin          normal
phenobarb          neg except
carbamazepine   acetamin.
valproic acid _____

Aspirin _____ ETOH _____
Triage™ urine _____
drug screen _____

Rhythm ECG ( 1 - 3 Lead ) __ NSR _ abnml _____ Time: _____

**12 Lead ECG**
Rate _ 100
_ NSR
_ nml QRS
_ nml intervals
_ nml ST /T

_ tachycardia / bradycardia / atrial fibrillation
_ wide QRS  LBBB  RBBB  IVCD
_ heart block  1° 2° 3°
_ non-specific ST / T abnormalities
_ ST elevation / ST depression / T-wave inversion

PRIOR ECG-  _ unchngd _ unavail.  _ changed: _____
☐ Interp contemporaneously by me ☐ I agree w/ confirm computer reading

**CT SCAN** Head Chest Abdomen
_ nml
☐ reviewed by me   ☐ interp. by me   ☐ discussed with radiologist

**CXR    PA/LAT    AP port.** # of views _____
_ nml heart size
_ nml lung markings
_ nml great vessels
  and mediastinum
_ NAD

_ under-penetrated / over-penetrated / rotated
_ decr. lung markings c/w COPD
_ density c/w pleural effusion
_ cardiomegaly
_ incr. lung markings / infiltrate

PRIOR XRAY-  _ unchngd _ unavail.  _ changed: _____
☐ Interp contemporaneously by me   ☐ discussed w/ Radiologist
☐ interp by Radiologist   ☐ personally reviewed by me

**ED COURSE:**
Time _____  _ re-examined  _ unchanged  _ improved

EVAL. BY DR. LAKIN UPON ARRIVAL
(TRAUMA SURG) — WOUND CLOSURE BY DR. LAKIN

Crit Care-  min (excluding separately billable procedures)
☐ Discussed with Dr. _ MAH ASH _____ Time _ 1:53 _____
  patient will be seen in:  office / ED / hospital
  Counseled patient / family  regarding: _____  Rx given _____
  lab results  diagnosis  need for follow-up     Prior records ordered
☐ EMTALA EMC present  ☐ EMTALA EMC absent
☐ Stable for discharge / out patient follow up

**CLINICAL IMPRESSION:**
                              Status Epilepticus
Seizure
New-Onset  Epileptic

Tiff _____

Follow up with Dr. _____
**DISPOSITION-** ☐ discharge ☑ admit         ☐ transfer
**TIme-** _____ ☐ placed in obs. (See obs template) ☐ Left AMA
**CONDITION-** ☐ unchanged ☑ improved ☐ stable

ARNP / PA _____ Time _____
PHYSICIAN- _____ Time _____
PHYSICIAN- _____ ☐ Copy PMD ☐ Dictated
☐ T Complete  ☐ T Sheet Add-On _____

Patient Identification / Addressograph

# PERMANENT PART OF MEDICAL RECORD DO NOT REMOVE FROM CHART

At the North Broward Hospital District we recognize that patients have rights and responsibilities. This form will help us understand which decisions you may have made about your care before today.

## PATIENT RIGHTS
☑ **I have received** the hospital's information regarding patient Bill of Rights and Responsibilities.

## ADVANCE DIRECTIVE INFORMATION
☑ **I have received** the hospital's information about advance directives.
☐ **I elect not to receive** the hospital's information about advance directives.

## LIVING WILL
☑ **I have a Living Will**   ☐ Copy Attached   ☐ Copy not Available - advised to provide copy to nurse on unit
☐ **I do not** have a Living Will

## STATE/YELLOW DO NOT RESUSCITATE FORM
☐ **I have a State/YELLOW DO NOT RESUSCITATE FORM**   ☐ Copy Attached   ☐ Copy not available
advised to provide copy to nurse on unit
☐ **I do not have a State/YELLOW DO NOT RESUSCITATE FORM**

Signature of patient ___ X ___ _Verbal Consent_ ___ Date _10/31/05_

**Or**

Name of person giving information _____ Date _____

**Or**

☑ **PATIENT UNABLE TO PROVIDE INFORMATION OR SIGNATURE AT TIME OF REGISTRATION.**

Witness to signature/Hospital Representative _____ Date _10/3/05_

**IF YOU WOULD LIKE MORE INFORMATION ON ANY OF THESE TOPICS, PLEASE ASK YOUR NURSE.**



**North Broward Hospital District**

**ADVANCE DIRECTIVE/PATIENT RIGHTS**

100011 - (R) 2/2003   900198

ADDRESSOGRAPH

255195875        10/31/05
KEIR              JEAN
605712         44
01/19/1961                EMD
                          NBMC

| | | | |
|---|---|---|---|
| **Name:** | **KEIR, JEAN** | **Room:** | **9TH-B919-2** |
| **MR #:** | **000605712** | **Hos Svc:** MED | |
| **Acct. #:** | 000255195875 | **Adm. Date:** 10/31/2005 | |
| **Dict. Dr:** | NARENDRA K. MAHESHWARI, MD | | |
| **Dict. Resident:** | | | |
| **Dictated By:** | | | |

North Broward Medical Center

**CHIEF COMPLAINT**:  Having witnessed seizure.

**HISTORY OF PRESENT ILLNESS**:  Mr. Keir is a 44-year-old white male brought to the emergency room when the patient had a witnessed seizure with loss of consciousness.  Denied any bowel or urine incontinence.  Having confusion and having laceration of the head.

**PAST MEDICAL HISTORY**:  Significant for basal cell carcinoma.

**PAST SURGICAL HISTORY**:  Surgery for basal cell carcinoma.

**ALLERGIES**:  None.

**MEDICATIONS**:  None.

**SOCIAL HISTORY**:  Denies smoking, alcohol and denies any drug abuse.

**FAMILY HISTORY**:  Noncontributory.

**REVIEW OF SYSTEMS**:

CONSTITUTIONAL: Weak.

RESPIRATORY: Not short of breath.

CARDIAC: No chest pain.

GI: No nausea or vomiting.

NEUROLOGICAL: Seizures.

**PHYSICAL EXAMINATION**

**North Broward Medical Center**                    **History and Physical**

Page 1 of 2

ORIGINAL

**Name:**    KEIR, JEAN                    **Patient Location:** 9TH-B919-2
**MR #:**    000605712

GENERAL:  A well-developed male, not in acute distress at present.

VITAL SIGNS:  On admission, pulse 100, blood pressure 155/98.

HEENT:  The forehead is with bandage.

NECK: Supple.  No JVD.  No bruit.  No lymphadenopathy.  No thyromegaly.

LUNGS:  Clear to auscultation and percussion.  No wheezes, no rales.

CARDIOVASCULAR:  Normal S1 and S2. Tachycardic.

ABDOMEN:  Soft.  Positive bowel sounds.  No hepatosplenomegaly.  Nontender.

EXTREMITIES:  No cyanosis, clubbing or edema.

NEUROLOGIC:  Alert.  No focal deficits.

RECTAL:  Deferred at present.

**LABORATORY DATA:**  CBC within normal limits.  SMA-7 within normal limits.  Glucose 124.

**IMPRESSION AND PLAN:**
Seizures, alcohol related.  Admit to Neuro Telemetry and monitor closely.  Neurological checkups, seizure precautions.  Continue multivitamin, thiamine and folic acid.  Will consult neurologist. Strongly advised the patient to quit alcohol.

NARENDRA K. MAHESHWARI, MD

NM:rxs
D: 10/31/2005  3:51 P/Job: 000262634
T:  10/31/2005  6:23 P /Doc: 1195741

cc:    NARENDRA K. MAHESHWARI, MD

Date Charted: 11/1/05
Time Charted: 2:22 pm

**North Broward Medical Center**            **History and Physical**

**Page 2 of 2**

**ORIGINAL**

Notified:

Office ☐          Date:

Answering Service ☐    Initials:

Physician ☐

| From: Attending Physician | To: Consulting Physician | Date Ordered |
|---|---|---|
| | *Rosenzweig* | |

Reason for Consult:

Date Seen: 10/31/05

*Full Consult Dictated*

Imp: ① New onset seizure likely
2° Etoh withdrawal

② CHT - no evidence of neurologic
deficit

③ Thrombocytopenia - likely 2° Etoh use
w/ll & coag + Hx screen as well

Plan: Librium taper, Thiamine, Folate
comp, NH₃ level
more banana bag

R/C

103005 *Rosenzweig*  91922

Signature of Consulting M.D.

**North Broward Hospital District**
**CONSULTATION**

P-5700 - 1/100 - (R) 5/98     920577

ADDRESSOGRAPH

| | | | |
|---|---|---|---|
| **Name:** | **KEIR, EUGENE** | **Room:** | **6TH-A608-2** |
| **MR #:** | 000605712 | **Hos Svc:** | MED |
| **Acct. #:** | 000255195875 | **Adm. Date:** | 10/31/2005 |
| **Dict. Dr:** | TODD A. ROSENZWEIG, MD | **Consult:** | 10/31/2005 |
| **Resident:** | | | |
| **Ref. Dr:** | NARENDRA K. MAHESHWARI, MD | | |
| **Dictated By:** | | | |

North Broward Medical Center

**REASON FOR CONSULTATION:**
NEUROLOGIC CONSULTATION REGARDING NEW ONSET SEIZURE.

**HISTORY OF PRESENT ILLNESS:** This is a 44-year-old white male who denies any significant previous medical history. He does admit to drinking four beers per day. He states he did have an increased amount of beer on Saturday and Sunday, but did not have any drinks since early afternoon yesterday. Today he apparently was in the grocery store where he had a witnessed seizure, suffering a laceration to the back of his head. Initially by EMS he was postictal, confused and tremulous and in the emergency room he gradually became more coherent and interactive with no cognitive deficits, but has remained very tremulous. He denies any previous history of seizures. He denies any lateralized weakness, numbness, visual changes, gait difficulty or language difficulty. He denies any benzodiazepine use or any other drug use.

**PAST MEDICAL HISTORY:**   As above.

**CURRENT MEDICATIONS:**   None.

**ALLERGIES:   No known drug allergies.**

**SOCIAL HISTORY:**   The patient denies smoking. Alcohol use as above.

**FAMILY HISTORY:**   Noncontributory.

**REVIEW OF SYSTEMS:**

CONSTITUTIONAL:  Denies any fever or chills.

HEENT:   No visual changes, sore throat or congestion.

CARDIOVASCULAR:  No chest pain or palpitations.

**North Broward Medical Center**                              **Consultation Report**

                                                                                            **Page 1 of 3**

**ORIGINAL**

**Name:**    KEIR, EUGENE                    **Patient Location:** 6TH-A608-2
**MR #:**        000605712

RESPIRATORY:   No shortness of breath or cough.

GASTROINTESTINAL:   No nausea, vomiting or diarrhea.

GENITOURINARY:   No burning or frequency.

MUSCULOSKELETAL:   No joint aches or muscle aches.

NEUROLOGIC:   As above.

**PHYSICAL EXAMINATION:**   On examination today.

HEENT:   Laceration to the back of his scalp, which has been stapled and bandaged, therefore I was unable to visualize it.

NECK:   Supple. No bruits.

LUNGS:   Clear to auscultation.

CARDIOVASCULAR:   Regular rate and rhythm.

EXTREMITIES:   No clubbing, cyanosis or edema.

**NEUROLOGICAL EXAMINATION:**

MENTAL STATUS:   The patient was wake, alert, and oriented x3.  No significant cognitive deficits.

CRANIAL NERVES:   Cranial nerves II through XII were intact.

MOTOR:   Motor was 5/5 throughout with normal bulk and tone.

SENSORY:   Intact to primary modalities.

COORDINATION:   Significant for marked tremulousness, but no ataxia to finger-to-nose-to-finger, rapid alternating movements, heel-knee-shin, as well as postural tremors.

GAIT:   Gait was narrow-based, slightly unsteady, markedly tremulous.

**North Broward Medical Center**                    **Consultation Report**

                                                        **Page 2 of 3**

**ORIGINAL**

**Name:** KEIR, EUGENE                    **Patient Location:** 6TH-A608-2
**MR #:** 000605712

REFLEXES: Deep tendon reflexes were normoactive symmetrically. Plantar responses were downgoing bilaterally.

LABORATORY DATA: CBC and chemistries – within normal limits with the exception of a slight decrease in his platelets at 99 and a slight increase in the glucose at 124. Alcohol level was less than 10.

IMAGING: CT of the head without contrast, as well as CT of the cervical spine were both normal.

IMPRESSION:
1. New onset seizure, appears most likely due to alcohol withdrawal as he is showing signs of alcohol withdrawal at this time with significant tremulousness. I suspect his alcohol intake is significantly higher than what he is professing. However, I will do further workup to rule out any underlying structural lesions to account for seizures including an MRI of the brain and an electroencephalogram. I will also do a complete metabolic workup to rule out any other possibilities for his tremulousness.
2. Closed head trauma. No evidence of neurologic injury.

PLAN:
1. Librium taper.
2. Thiamine and folate.
3. Check electroencephalogram, as well as an MRI of the brain without contrast.
4. Urine tox screen.
5. Complete metabolic profile and ammonia level.

Thank you very much for this consultation.

_____
TODD A. ROSENZWEIG, MD                    

TAR:exh
D: 10/31/2005  4:22 P/Job: 000262664
T: 11/07/2005  1:05 P  /Doc: 1200144

cc:    NARENDRA K. MAHESHWARI, MD
       TODD A. ROSENZWEIG, MD

**North Broward Medical Center**                    **Consultation Report**

                                                     **Page 3 of 3**

**ORIGINAL**

Notified:

Office ☐          Date:

Answering Service ☐   Initials:

Physician ☐

| From: Attending Physician | To: Consulting Physician  Lakin | Date Ordered |
|---|---|---|

Reason for Consult: Scalp lac, seizures (no prior Hx)

Date Seen: 10-31-05

44 yo. wm in Grocery store, who reportedly had a seizure, then fell sustaining laceration posterior scalp according to police first responder who questioned bystanders who saw event. Pt was not seizing when police arrived. I was asked to see pt who was made stat trauma alert, was awake & stable, seen by medical doctor. I was going to OR with pt i ruptured spleen who was unstable. CT scan of brain and c-spine showed gno injury. Pt 4cm stellate laceration closed with staples. Pt to be seen by medicine, recommend cardiology and neurology w/u.

Will see pt back in Trauma Clinic Monday 7 days for staple removal.

Thank you.

103005          919-2

Signature of Consulting M.D.

North Broward Hospital District
CONSULTATION

ADDRESSOGRAPH

P-5700 - 1/100 - (R) 5/98          920577

Notified:

Office ☑ @ 1534.   Date: 11/3/05

Answering Service ☐   Initials: ___

Physician ☐

954-783-7199.

| From:  Attending Physician | To:  Consulting Physician | Date Ordered |
|---|---|---|
| Dr. Maheshwari | Dr. Foltz | 10/3/05 |

**Reason for Consult:** New onset hemorrage Lt frontal lobe

**Date Seen:**

Spoke c̄ pt

Says He works for Dr on Staff as

a Physical Therapist

Denies HA — Also not fully

Aware of his reason for ADM

Uneventful A + P

Reviewed CT's 10-31/05 + today

Pt non focal but ↓ Awareness

+ very poor insight

CT may be blood but also

Meningioma EN — Plague c̄ per MRI

as outpt

10-31/05

**Signature of Consulting M.D.**

Paul M Foltz

ADDRESSOGRAPH

North Broward Hospital District
**CONSULTATION**

DE 195175   10/31/05

JEAN

5-5712   44   P

CARL WACT MARENOR   MED

P-5700 - 1/100 - (R) 5/98      920577

| | | | |
|---|---|---|---|
| **Name:** | KEIR, EUGENE | **Patient Location:** | 6TH-A608-2 |
| **MR #:** | 000605712 | | |

ABDOMEN: Bowel sounds present, nontender. No rebounding, guarding or masses.

EXTREMITIES: No clubbing, cyanosis, or edema.

**IMPRESSION:**
1. Alcohol withdrawal syndrome.
2. Possible alcohol withdrawal seizure.
3. Elevated liver function tests with a mixed picture with elevation of alkaline phosphatase, as well as serum glutamic oxaloacetic transaminase greater than serum glutamic pyruvic transaminase, suggestive of liver disease.

**SUGGESTIONS:**
1. Alkaline phosphatase isoenzymes and gamma-glutamyl transpeptidase.
2. Ultrasound of the liver.
3. Hepatitis profile.
4. Alcohol abstinence.
5. Alcoholic Anonymous referral.
6. Neurologic follow-up.
7. Further evaluation pending the results of the above.

_____
HAROLD H. ROSEN, MD

HR:al2
D: 11/03/2005 2:41 P/Job: 000265813
T: 11/09/2005 9:27 A /Doc: 1201708

cc:   NARENDRA K. MAHESHWARI, MD
      HAROLD H. ROSEN, MD

**North Broward Medical Center**                 **Consultation Report**

**Page 2 of 2**

**ORIGINAL**



## DEPARTMENTS OF LABORATORY SERVICES AND PULMONARY SERVICES

**North Broward Medical Center**

201 EAST SAMPLE ROAD
DEERFIELD BEACH, FLORIDA 33064

WILLIAM D. WILLIAMS, M.D. (Laboratory)
STEVEN M. SHAPIRO, M.D. (Pulmonary)
(954) 786-6400   CLIA: 10D0278979   CAP: 1497901

---

## HEMATOLOGY

DATE:  31OCT05
TIME:  0858

| CBC | | | UNITS | RANGE |
|---|---|---|---|---|
| WBC | 7.27 | | X10^3 | (4.00-11.00) |
| RBC | 4.10 L | | X10^6 | (4.30-5.80) |
| HEMOGLOBIN | 14.0 | | G/DL | (13.0-17.3) |
| HEMATOCRIT | 42.3 | | % | (38.0-52.0) |
| MCV | 103.0 H | | FL | (78.0-100.0) |
| MCH | 34.2 H | | PG | (26.0-34.0) |
| MCHC | 33.2 | | G/DL | (31.0-37.0) |
| PLATELET | 99 L | | X10^3 | (140-400) |
| MPV | 9.1 | | FL | (7.4-12.4) |
| RDW | 12.6 | | % | (10.8-14.2) |
| NEUT % | 55.5 | | % | (37.0-80.0) |
| LYMPH % | 26.1 | | % | (20.0-45.0) |
| MONO % | 15.9 H | | % | (1.0-13.0) |
| EOS % | 1.5 | | % | (0.0-6.0) |
| BASO % | 1.0 | | % | (0.0-2.0) |
| NEUT ABS | 4.03 | | X10^3 | (1.80-7.70) |
| LYMPH ABS | 1.89 | | X10^3 | (1.00-4.80) |
| MONO ABS | 1.16 H | | X10^3 | (.10-1.00) |
| EOS ABS | .11 | | X10^3 | (.00-.70) |
| BASO ABS | .08 | | X10^3 | (.00-.30) |

---

## COAGULATION

| | PT | PT INR |
|---|---|---|
| RANGE: | (10.5-13.2) | |
| UNITS: | SEC | |
| 07NOV05  0420 | 14.5 H | 1.48 |
| 03NOV05  1640 | 15.6 H | 1.69 |

PT INR Therapeutic Ranges
   2.0 - 3.0 Standard oral anticoagulant therapy
   2.5 - 3.5 High Dose oral anticoagulant therapy

LEGEND:
L = LOW, H = HIGH

---

| | | |
|---|---|---|
| ADMIT DATE: 31OCT05 | DISCHARGE DATE: 09NOV05 | DOB:  19JAN61   PATIENT: KEIR, EUGENE |
| PATIENT TYPE:  I | MEDICAL SERVICE: MED | SEX:  M   ROOM:  A608-2 |
| ADMIT DR:  MAHESHWARI NARENDRA K | | |

MR #:   (0002)605712
FIN #:   000255195875

LOCATION:

DISCHARGE SUMMARY
DO NOT DISCARD

HEMO   COAG



# DEPARTMENTS OF LABORATORY SERVICES AND PULMONARY SERVICES

201 EAST SAMPLE ROAD
DEERFIELD BEACH, FLORIDA 33064

WILLIAM D. WILLIAMS, M.D. (Laboratory)
STEVEN M. SHAPIRO, M.D. (Pulmonary)
(954) 786-6400   CLIA: 10D0278979   CAP: 1497901

**North Broward Medical Center**

## CHEMISTRY

| DATE:<br>TIME: | 08NOV05<br>0530 | 07NOV05<br>0420 | 06NOV05<br>0430 | 05NOV05<br>0630 | 04NOV05<br>0750 | UNITS | RANGE |
|---|---|---|---|---|---|---|---|
| SODIUM | | 141 | | 140 | 139 | MMOL/L | (137-145) |
| POTASSIUM | | 4.0 | | 3.8 | 3.2 L | MMOL/L | (3.6-5.0) |
| CHLORIDE | | 109 H | | 108 H | 107 | MMOL/L | (98-107) |
| CO2 | | 22 | | 23 | 22 | MMOL/L | (22-31) |
| GLUCOSE | | 84 | | 96 | 98 | MG/DL | (70-110) |
| BUN | | 10 | | 12 | 14 | MG/DL | (9-21) |
| CREATININE | | 0.6 L | | 0.6 L | 0.6 L | MG/DL | (0.8-1.5) |
| CALCIUM | | 9.2 | | 9.1 | 9.4 | MG/DL | (8.4-10.2) |
| TOTAL PROTEIN | 6.6 L | 6.6 | | 6.3 | 6.5 | G/DL | (6.3-8.2) |
| ALBUMIN | 3.2 L | 3.3 L | | 3.1 L | 3.2 L | G/DL | (3.9-5.0) |
| A/G RATIO | | 1.0 | | 1.0 | 1.0 | | (1.0-2.0) |
| ALK PHOS | 207 H | 199 H | | 194 H | 197 H | U/L | (38-126) |
| GGT | | | | 2259 H | | U/L | (8-78) |
| AST | 110 H | 97 H | | 73 H | 87 H | U/L | (5-40) |
| ALT | 89 H | 71 H | | 61 H | 68 H | U/L | (7-56) |
| BILI TOTAL | 2.1 H | 2.8 H | 2.9 H | 3.0 H | 4.0 H | MG/DL | (0.2-1.3) |
| ANION GAP | | 9 | | 9 | 10 | | (5-14) |
| BILI DIRECT | 1.3 H | | 1.5 H | | | MG/DL | (0.0-0.4) |

| DATE:<br>TIME: | 04NOV05<br>0700 | 03NOV05<br>0547 | 02NOV05<br>1150 | 31OCT05<br>1915 | 31OCT05<br>0858 | UNITS | RANGE |
|---|---|---|---|---|---|---|---|
| SODIUM | | 146 H | 146 H | 139 | 140 | MMOL/L | (137-145) |
| POTASSIUM | | 3.3 L | 3.6 | 3.7 | 3.9 | MMOL/L | (3.6-5.0) |
| CHLORIDE | | 113 H | 111 H | 104 | 101 | MMOL/L | (98-107) |
| CO2 | | 21 L | 20 L | 24 | 19 L | MMOL/L | (22-31) |
| GLUCOSE | | 112 H | 117 H | 181 H | 124 H | MG/DL | (70-110) |
| BUN | | 12 | 7 L | 9 | 7 L | MG/DL | (9-21) |
| CREATININE | | 0.6 L | 0.5 L | 0.6 L | 0.6 L | MG/DL | (0.8-1.5) |
| CALCIUM | | 9.5 | 10.3 H | 9.2 | 9.8 | MG/DL | (8.4-10.2) |
| TOTAL PROTEIN | | 6.9 | 8.0 | 7.0 | | G/DL | (6.3-8.2) |
| ALBUMIN | | 3.5 L | 4.2 | 3.6 L | | G/DL | (3.9-5.0) |
| A/G RATIO | | 1.1 | 1.1 | 1.1 | | | (1.0-2.0) |
| ALK PHOS | | 211 H | 250 H | 247 H | | U/L | (38-126) |
| AST | | 115 H | 148 H | 158 H | | U/L | (5-40) |
| ALT | | 76 H | 86 H | 80 H | | U/L | (7-56) |
| BILI TOTAL | | 3.1 H | 3.4 H | 2.7 H | | MG/DL | (0.2-1.3) |

LEGEND:
L = LOW, H = HIGH

| | |
|---|---|
| ADMIT DATE: 31OCT05   DISCHARGE DATE: 09NOV05 | DOB: 19JAN61   PATIENT: KEIR, EUGENE |
| PATIENT TYPE: I   MEDICAL SERVICE: MED | SEX: M   ROOM: A608-2 |
| ADMIT DR: MAHESHWARI NARENDRA K | MR #: (0002)605712 |
| | FIN #: 000255195875 |
| | LOCATION: |

**DISCHARGE SUMMARY**
**DO NOT DISCARD**

CHEM



**North Broward Medical Center**

## DEPARTMENTS OF LABORATORY SERVICES AND PULMONARY SERVICES

201 EAST SAMPLE ROAD
DEERFIELD BEACH, FLORIDA 33064

WILLIAM D. WILLIAMS, M.D. (Laboratory)
STEVEN M. SHAPIRO, M.D. (Pulmonary)
(954) 786-6400  CLIA: 10D0278979  CAP: 1497901

## CHEMISTRY

| DATE:<br>TIME: | 04NOV05<br>0700 | 03NOV05<br>0547 | 02NOV05<br>1150 | 31OCT05<br>1915 | 31OCT05<br>0858 | UNITS | RANGE |
|---|---|---|---|---|---|---|---|
| ANION GAP | | 11 | 15 H | 11 | 20 H | | (5-14) |
| MAGNESIUM | | 1.8 | 1.8 | | | MG/DL | (1.7-2.2) |
| AMMONIA | 58 H | 117 H | | 64 H | | UMOL/L | (9-33) |

| DATE:<br>TIME: | 04NOV05<br>0740 | | UNITS | RANGE |
|---|---|---|---|---|
| ALK PHOS ISOENZYMES | | | | |
| ALKALINE PHOSPHATASE SERUM | 198 H | | IU/L | (25-150) |
| LIVER FRACTION | 77 f | | % | (26-86) |
| | 04NOV05 0740 | **Please note reference interval change** | | |
| BONE FRACTION | 21 f | | % | (11-68) |
| | 04NOV05 0740 | **Please note reference interval change** | | |
| INTESTINAL FRAC | 2 f | | % | (0-16) |
| | 04NOV05 0740 | **Please note reference interval change** | | |

## TOXICOLOGY / THERAPEUTIC DRUGS

### URINE TOX PANEL

| | | AMPHETAMINES<br>(NEGATIVE) | METHAMPHETAMINE<br>(NEGATIVE) | BARBITURATES<br>(NEGATIVE) | BENZODIAZEPINE<br>(NEGATIVE) | COCAINE<br>(NEGATIVE) |
|---|---|---|---|---|---|---|
| 01NOV05 | 0620 | NEGATIVE | NEGATIVE | NEGATIVE | POSITIVE * | NEGATIVE |

| | | OPIATES<br>(NEGATIVE) | PCP<br>(NEGATIVE) | CANNABINOIDS<br>(NEGATIVE) | TCA<br>(NEGATIVE) |
|---|---|---|---|---|---|
| 01NOV05 | 0620 | NEGATIVE | NEGATIVE | POSITIVE * | NEGATIVE |

**LEGEND:**
H = HIGH, * = ABNORMAL, f = FOOTNOTE

| | | | |
|---|---|---|---|
| ADMIT DATE: 31OCT05 | DISCHARGE DATE: 09NOV05 | DOB: 19JAN61 | PATIENT: KEIR, EUGENE |
| PATIENT TYPE: I | MEDICAL SERVICE: MED | SEX: M | ROOM: A608-2 |
| ADMIT DR: MAHESHWARI NARENDRA K | | | |
| | | MR #: (0002)605712 | |
| | | FIN #: 000255195875 | |
| | | LOCATION: | |

### DISCHARGE SUMMARY
### DO NOT DISCARD

CHEM

## DEPARTMENTS OF LABORATORY SERVICES AND PULMONARY SERVICES

**North Broward Medical Center**

201 EAST SAMPLE ROAD
DEERFIELD BEACH, FLORIDA 33064

WILLIAM D. WILLIAMS, M.D. (Laboratory)
STEVEN M. SHAPIRO, M.D. (Pulmonary)
(954) 786-6400   CLIA: 10D0278979  CAP: 1497901

## TOXICOLOGY / THERAPEUTIC DRUGS

| LIMITS OF DET. DRUG/CLASS | LIMITS OF DETECTION |
|---|---|
| Amphetamines: | 1000 ng/mL |
| Methamphetamines: | 1000 ng/mL |
| Barbiturates: | 300 ng/mL |
| Benzodiazepine: | 300 ng/mL |
| Cocaine: | 300 ng/mL |
| Opiates: | 300 ng/mL |
| PCP: | 25 ng/mL |
| THC (Cannabinoids) | 50 ng/mL |
| TCA: | 1000 ng/mL |

This is a screening test only:
If indicated, a confirmatory "Comprehensive Drug Panel" should be
obtained to provide a definitive result.

### BLOOD VOLATILE SCREEN

|  | ALCOHOL |
|---|---|
| UNITS: | MG/DL |

31OCT05  0900          < 10
ALCOHOL (ETHANOL)  Reference Range= Negative

The sensitivity of the method performed does not detect levels of alcohol
(ethanol) less than 10 mg/dL, which is considered clinically equivalent to
negative.

## VIROLOGY

| DATE: | 04NOV05 |
|---|---|
| TIME: | 0750 |

|  |  | UNITS | RANGE |
|---|---|---|---|

### HEPATITIS ASSAYS

| HEP B SURF AG | NEGATIVE |  | (NEGATIVE) |
|---|---|---|---|
| HEP B CORE IGM | NEGATIVE |  | (NEGATIVE) |
| HEP A IGM | NONREAC |  | (NEGATIVE) |
| HEP C AB | NONREAC |  | (NEGATIVE) |

| | |
|---|---|
| ADMIT DATE: 31OCT05      DISCHARGE DATE: 09NOV05 | DOB: 19JAN61   PATIENT: KEIR, EUGENE |
| PATIENT TYPE: I         MEDICAL SERVICE: MED | SEX: M      ROOM: A608-2 |
| ADMIT DR:  MAHESHWARI NARENDRA K | MR #:   (0002)605712 |
| | FIN #:  000255195875 |
| | LOCATION: |



**North Broward Medical Center**

## DEPARTMENTS OF LABORATORY SERVICES AND PULMONARY SERVICES

201 EAST SAMPLE ROAD
DEERFIELD BEACH, FLORIDA 33064

WILLIAM D. WILLIAMS, M.D. (Laboratory)
STEVEN M. SHAPIRO, M.D. (Pulmonary)
(954) 786-6400   CLIA: 10D0278979   CAP: 1497901

## PERFORMING LABORATORY

PROCEDURES LISTED BELOW WERE PERFORMED BY A REFERRAL LABORATORY

LABCORP BURLINGTON 1447 YORK CT BURLINGTON NC         27215-2230
04NOV05  0740  ALKISO  (ALKALINE PHOSPHATASE SERUM, LIVER FRACTION, BONE FRACTION, INTESTINAL FRAC)

Broward General Medical Center, 1600 S. Andrews Ave., Ft. Lauderdale, FL 33316
04NOV05  0750  PRO HEP  (HBP B SURF AG)

Broward General Medical Center, 1600 S. Andrews Ave., Ft. Lauderdale, FL 33316
04NOV05  0750  PRO HEP  (HEP C AB, HEP A IGM)

Broward General Medical Center, 1600 S. Andrews Ave., Ft. Lauderdale, FL 33316
04NOV05  0750  PRO HEP  (HEP B CORE IGM)

---

ADMIT DATE: 31OCT05      DISCHARGE DATE:  09NOV05
PATIENT TYPE:  I         MEDICAL SERVICE: MED
ADMIT DR:  MAHESHWARI NARENDRA K

DOB:  19JAN61   PATIENT:  KEIR, EUGENE
SEX:  M         ROOM:  A608-2

MR #:   (0002)605712
FIN #:  000255195875

LOCATION:

Printed 11NOV05 0029

**DISCHARGE SUMMARY**
**DO NOT DISCARD**

Page: 5   End of Report



# DEPARTMENT OF RADIOLOGY AND MEDICAL IMAGING

**North Broward
Medical Center**
NORTH BROWARD
HOSPITAL DISTRICT

*201 E. Sample Road
Deerfield Beach, FL 33064*
**(954)786-6450**

ADMITTING DIAGNOSIS:  NEW ONSET SEIZURE .

## CT SCAN

**Accession #:**
CT-05-0074853

**Exam:**
CT BRAIN W/O CONTRAST

**Ordering Physician:**
ROSENZWEIG MD, TODD A

**Exam Date/Time:**
11/03/2005 2:05:24 PM

Reason for Exam
NEW ONSET SEIZURES

CT BRAIN WITHOUT CONTRAST

CLINICAL HISTORY: NEW ONSET SEIZURE

TECHNIQUE

Multiple images were obtained from the skull base to the vertex without intravenous contrast.

Comparison is made to head CT 10/31/05.

FINDINGS

Evaluation of the brain demonstrates interval development of a 1.9 cm focus of high attenuation in the inferior lateral left frontal lobe adjacent to the petrous ridge.  This likely represents an area of hemorrhagic contusion.

There is no subdural collection, mass, or focal territorial infarction.

The patient's nurse was directly notified of this finding and Dr. Rosensweig will be called.

IMPRESSION

INTERVAL DEVELOPMENT OF 1.9 CM FOCAL HEMORRHAGE IN THE INFERIOR LATERAL LEFT FRONTAL LOBE.

---

ADMIT DATE: 10/31/2005        DISCHARGE DATE:
PATIENT TYPE: IP               MEDICAL SERVICE: MED

ADMIT DR: NARENDRA K MAHESHWARI, MD
ORDER DR: TODD A ROSENZWEIG, MD

DOB: 01/19/1961 PATIENT:  KEIR, EUGENE
SEX: M          ROOM:  A608 - 2
                MR#:  605712
                FIN#:  255195875
                LOCATION:  N 6

CORP ID: 1142502

RADIOLOGY FINAL
DO NOT DISCARD



**North Broward
Medical Center**
NORTH BROWARD
HOSPITAL DISTRICT

# DEPARTMENT OF RADIOLOGY AND MEDICAL IMAGING

201 E. Sample Road
Deerfield Beach, FL 33064
**(954)786-6450**

---

ADMITTING DIAGNOSIS:  NEW ONSET SEIZURE .

| CT SCAN |
|---|

| **Accession #:** | **Exam:** | | |
|---|---|---|---|
| CT-05-0074853 | CT BRAIN W/O CONTRAST | **Ordering Physician:** | **Exam Date/Time:** |
| | | ROSENZWEIG MD, TODD A | 11/03/2005 2:05:24 PM |

## REPORT TRANSMITTED TO N6 11/3/2005 3:12 PM


                         ERICKSON MD, JOEL
                         (Electronic Signature)
Tech:  COLLINS, JAMES

Trans D/T:  11.03.05 3:12 pm
                         ******FINAL******

---

| | | |
|---|---|---|
| ADMIT DATE: 10/31/2005 | DISCHARGE DATE: | DOB: 01/19/1961 PATIENT:  **KEIR, EUGENE** |
| PATIENT TYPE: IP | MEDICAL SERVICE: MED | SEX:  M      ROOM:  **A608 - 2** |
| | | MR#:  **605712** |
| ADMIT DR:  NARENDRA K MAHESHWARI, MD | | FIN#:  255195875 |
| ORDER DR: TODD A ROSENZWEIG, MD | | LOCATION:  N 6 |
| | | CORP ID: 1142502 |

| RADIOLOGY FINAL |
|---|
| DO NOT DISCARD |



# DEPARTMENT OF RADIOLOGY AND MEDICAL IMAGING

**North Broward
Medical Center**
NORTH BROWARD
HOSPITAL DISTRICT

201 E. Sample Road
Deerfield Beach, FL 33064
**(954)786-6450**

---

ADMITTING DIAGNOSIS:  NEW ONSET SEIZURE .

| **MRI** |
|:---:|

| Accession #: | Exam: | | Ordering Physician: | Exam Date/Time: |
|---|---|---|---|---|
| MR-05-0021446 | MRI BRAIN W/WO CONTRAST | | ROSENZWEIG MD, TODD A | 11/03/2005 10:15:00 PM |

**Reason for Exam**
SEIZURE DISORDER

## MRI OF THE BRAIN WITH AND WITHOUT CONTRAST:

CLINICAL HISTORY:  SEIZURE.

Prior CT scan of 11/3/05 showed a new focal hemorrhage in the inferior lateral left frontal lobe. This is better seen actually on CT than MRI. MRI shows slightly increased signal in an area which does not enhance.

Ventricles and cortical sulci are mildly prominent. No extraaxial fluid collection is noted. Defusion imaging shows no abnormal areas of restricted defusion.

IMPRESSION:

ASIDE FROM AN AREA OF HEMORRHAGE LEFT FRONTAL REGION BETTER SEEN

---

| ADMIT DATE: 10/31/2005 | DISCHARGE DATE: | DOB: 01/19/1961 PATIENT:  KEIR, EUGENE |
|---|---|---|
| PATIENT TYPE:  IP | MEDICAL SERVICE:  MED | SEX:  M     ROOM:  A608 - 2 |

ADMIT DR:  NARENDRA K MAHESHWARI, MD
ORDER DR: TODD A ROSENZWEIG, MD

MR#:  605712
FIN#:  255195875
LOCATION:  N 6

CORP ID: 1142502

**RADIOLOGY FINAL**
**DO NOT DISCARD**

# DEPARTMENT OF RADIOLOGY AND MEDICAL IMAGING

**North Broward
Medical Center**
NORTH BROWARD
HOSPITAL DISTRICT

201 E. Sample Road
Deerfield Beach, FL 33064
**(954)786-6450**

---

ADMITTING DIAGNOSIS:  NEW ONSET SEIZURE .

| **MRI** |
|---|

| **Accession #:**<br>MR-05-0021446 | **Exam:**<br>MRI BRAIN W/WO CONTRAST | **Ordering Physician:**<br>ROSENZWEIG MD, TODD A | **Exam Date/Time:**<br>11/03/2005 10:15:00 PM |
|---|---|---|---|

## BY CT, NO OTHER ABNORMALITY IS  NOTED.

 

        FORTGANG MD, KENNETH C
        (Electronic Signature)

Tech:  SOESTER, BARRY
Trans:  SBB
Trans D/T:  11.04.05 11:04 a
      ******FINAL******

---

| | |
|---|---|
| ADMIT DATE: 10/31/2005    DISCHARGE DATE:<br>PATIENT TYPE: IP    MEDICAL SERVICE: MED<br><br>ADMIT DR:  NARENDRA K MAHESHWARI, MD<br>ORDER DR: TODD A ROSENZWEIG, MD | DOB: 01/19/1961 PATIENT:  KEIR, EUGENE<br>SEX:  M    ROOM:  A608 - 2<br>MR#:  605712<br>FIN#:  255195875<br>LOCATION:  N 6<br>CORP ID: 1142502 |

RADIOLOGY FINAL
DO NOT DISCARD

# DEPARTMENT OF RADIOLOGY AND MEDICAL IMAGING

**North Broward Medical Center**
NORTH BROWARD
HOSPITAL DISTRICT

*201 E. Sample Road*
*Deerfield Beach, FL 33064*
**(954)786-6450**

---

ADMITTING DIAGNOSIS:  NEW ONSET SEIZURE .

| **ULTRASOUND** |
| --- |

| **Accession #:** | **Exam:** | **Ordering Physician:** | **Exam Date/Time:** |
| --- | --- | --- | --- |
| US-05-0066972 | US ABDOMEN LIMITED | MAHESHWARI MD, NARENDRA K | 11/03/2005 2:29:45 PM |

Reason for Exam
ABD PAIN

## LIMITED ABDOMINAL ULTRASOUND (LIVER, GALLBLADDER, BILIARY TREE AND PANCREAS):

CLINICAL HISTORY:  ABDOMINAL PAIN AND ELEVATED LFT'S.

Slight diffuse increased echogenicity of the liver parenchyma probably related with fatty infiltration of the liver.

Nondilated intrahepatic biliary ducts.

Contracted gallbladder with slightly thickened gallbladder wall.  CBD measures 3 mms. which is within normal limits.

Moderate hepatomegaly.

Sonographic texture, size and shape of the head, body and tail of the pancreas unremarkable.

IMPRESSION:

FATTY INFILTRATION OF THE LIVER.

MODERATE HEPATOMEGALY.

CONTRACTED GALLBLADDER.

---

| | | |
| --- | --- | --- |
| ADMIT DATE: 10/31/2005 | DISCHARGE DATE: | DOB: 01/19/1961 PATIENT:  KEIR, EUGENE |
| PATIENT TYPE: IP | MEDICAL SERVICE: MED | SEX:  M      ROOM:  A608 - 2 |
| | | MR#:  605712 |
| ADMIT DR: NARENDRA K MAHESHWARI, MD | | FIN#:  255195875 |
| ORDER DR: NARENDRA K MAHESHWARI, MD | | LOCATION:  N 6 |
| | | CORP ID: 1142502 |

**RADIOLOGY FINAL**
**DO NOT DISCARD**



**North Broward
Medical Center**
NORTH BROWARD
HOSPITAL DISTRICT

# DEPARTMENT OF RADIOLOGY AND MEDICAL IMAGING

201 E. Sample Road
Deerfield Beach, FL 33064
**(954)786-6450**

---

ADMITTING DIAGNOSIS:  NEW ONSET SEIZURE .

## ULTRASOUND

**Accession #:**     **Exam:**
US-05-0066972      US ABDOMEN LIMITED

**Ordering Physician:**     **Exam Date/Time:**
MAHESHWARI MD,          11/03/2005 2:29:45 PM
NARENDRA K

PATIENT ATE 2 HOURS AGO

UNREMARKABLE PANCREAS.

                    MUHLETALER MD, CARLOS A
                    (Electronic Signature)
Tech:  NOEL, PIERRE
Trans:  SBB
Trans D/T:  11.04.05 10:02 a
                    ******FINAL******

---

*ADMIT DATE: 10/31/2005*      *DISCHARGE DATE:*

*PATIENT TYPE: IP*        *MEDICAL SERVICE: MED*

*ADMIT DR:  NARENDRA K MAHESHWARI, MD*

*ORDER DR: NARENDRA K MAHESHWARI, MD*

*DOB: 01/19/1961 PATIENT:  KEIR, EUGENE*

*SEX:  M*     ROOM:  *A608 - 2*

          MR#:  *605712*

          FIN#:  255195875

          *LOCATION:  N 6*

*CORP ID: 1142502*



**North Broward
Medical Center**
NORTH BROWARD
HOSPITAL DISTRICT

# DEPARTMENT OF RADIOLOGY AND MEDICAL IMAGING

201 E. Sample Road
Deerfield Beach, FL 33064
**(954)786-6450**

ADMITTING DIAGNOSIS:  NEW ONSET SEIZURE .

| CT SCAN |
| --- |

| **Accession #:**<br>CT-05-0074085 | **Exam:**<br>CT BRAIN W/O CONTRAST | **Ordering Physician:**<br>GARNER DO, LEON M | **Exam Date/Time:**<br>10/31/2005 10:00:00 AM |
| --- | --- | --- | --- |

Reason for Exam
seizure

## NON CONTRAST CT SCAN OF THE BRAIN STAT ER:

CLINICAL HISTORY:  TRAUMA. SEIZURES.

Routine transaxial images of the brain were obtained without IV contrast material.

Occipital scalp hematoma.

Moderate diffuse symmetrical cortical brain atrophy.

No shifting of the midline structures, subarachnoid bleeding, subdural hematoma or intracerebral bleed.

Bony structures of the cranial base and calvaria unremarkable in these transaxial views.

MUHLETALER MD, CARLOS A
(Electronic Signature)
Tech:  COLLINS, JAMES
Trans:  SBB
Trans D/T:  10.31.05 10:40 a
\*\*\*\*\*\*FINAL\*\*\*\*\*\*

| | |
| --- | --- |
| ADMIT DATE: 10/31/2005 | DISCHARGE DATE: |
| PATIENT TYPE: IP | MEDICAL SERVICE: MED |
| ADMIT DR:  NARENDRA K MAHESHWARI, MD | |
| ORDER DR: LEON M GARNER, DO | |

DOB: 01/19/1961 PATIENT:  KEIR, JEAN
SEX:  M        ROOM:  B911 - 2
MR#:  605712
FIN#:  255195875
LOCATION:  N 9
CORP ID: 1753948

**RADIOLOGY FINAL
DO NOT DISCARD**



**North Broward
Medical Center**
NORTH BROWARD
HOSPITAL DISTRICT

# DEPARTMENT OF RADIOLOGY AND MEDICAL IMAGING

201 E. Sample Road
Deerfield Beach, FL 33064
**(954)786-6450**

ADMITTING DIAGNOSIS: NEW ONSET SEIZURE .

| CT SCAN |
|---|

| **Accession #:** | **Exam:** | | |
|---|---|---|---|
| CT-05-0074086 | CT CERVICAL SPINE W/O CONTRAST | **Ordering Physician:** | **Exam Date/Time:** |
| | | GARNER DO, LEON M | 10/31/2005 10:00:00 AM |

**Reason for Exam**
seizure

## CT SCAN OF THE CERVICAL SPINE WITH CORONAL AND SAGITTAL RECONSTRUCTION IMAGES:

CLINICAL HISTORY: SEIZURE.

Routine images of the cervical spine were extended from the base of the skull through the thoracic inlet at 3 mm. intervals. Coronal and sagittal reconstruction images were reviewed.

Spinal canal well preserved. Vertebrobasilar junction and odontoid process unremarkable. No acute fracture or dislocations. Alignment of the cervical vertebral bodies well maintained.

REPORT TRANSMITTED TO THE ER ON 10/31/05 AT 10:43 A.M.

MUHLETALER MD, CARLOS A
(Electronic Signature)
Tech: COLLINS, JAMES
Trans: SBB
Trans D/T: 10.31.05 10:43 a
******FINAL******

| | | | |
|---|---|---|---|
| *ADMIT DATE: 10/31/2005* | *DISCHARGE DATE:* | *DOB: 01/19/1961 PATIENT:* **KEIR, JEAN** | |
| *PATIENT TYPE: IP* | *MEDICAL SERVICE: MED* | *SEX: M* | *ROOM:* **B911 - 2** |
| *ADMIT DR: NARENDRA K MAHESHWARI, MD* | | | *MR#:* **605712** |
| *ORDER DR: LEON M GARNER, DO* | | | *FIN#: 255195875* |
| | | | *LOCATION:* **N 9** |
| | | *CORP ID: 1753948* | |

RADIOLOGY FINAL
DO NOT DISCARD



**North Broward Medical Center**

### NEUROLOGICAL INSTITUTE
201 EAST SAMPLE ROAD
DEERFIELD BEACH, FLORIDA 33064
**(954) 786-7395**

| NEURODIAGNOSTIC LAB |
|---|

ADMITTING DIAGNOSIS:  NEW ONSET SEIZURE

| PROCEDURE | ACCESSION NUMBER | ORDERED DATE |
|---|---|---|
| NE EEG | 05-307-3133 | 03NOV05 |

This EEG is performed on this 44-year-old patient with new onset seizures.

The rhythmic activity is seen with a variable posterior beta frequency of 20-30 cycles per second alternating with periods of what appeared to be drowsiness with appropriate background slowing.  There were no areas in which focal asymmetry was recorded. There were no bursts of high amplitude slow waves or the appearance of spike or spike and wave type discharges.

IMPRESSION:

NORMAL EEG IN A PATIENT WHO EXHIBITED DROWSINESS BUT NO EVIDENCE OF ANY ELECTROCONVULSIVE ACTIVITY.

Dictating Physician:  Paul A. Flaten M.D.

PXF:DDP
Trs:11/04/05

Marc A. Swerdloff, M.D.
(Electronic Signature)
11/11/05

| | |
|---|---|
| ADMIT DATE: 31OCT05     DISCHARGE DATE:  09NOV05 | DOB:  19JAN61   PATIENT:  KEIR, EUGENE |
| PATIENT TYPE:  I          MEDICAL SERVICE:  MED | SEX:  M        ROOM:   A608-2 |
| ADMIT DR:   MAHESHWARI NARENDRA K | |
| ORDER DR:  ROSENZWEIG, TODD | MR #:   (0002)605712 |
| | FIN #:   000255195875 |
| | LOCATION: |

**FINAL REPORT**
**DO NOT DISCARD**

North Broward
Radiology    Acct 262481

| | | | | | | | |
|---|---|---|---|---|---|---|---|

**Account Financial Ledger**

| Posted | Provider | Voucher | Name | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 10/31/05 | CM | | Keir, Eugene | Ct Head or Brain w/out contrast (70450, 10/31/05) | | 214.00 | 214.00 |
| 10/31/05 | CM | | Keir, Eugene | Ct C-Spine w/o Contrast (72125, 10/31/05) | | 267.00 | 481.00 |

Page 1 of 1. Printed 11/30/05 at 09:25:11.

*mailed 11-1405*

## Shahab U. Kidwai, M.D.

NEUROLOGY (DIPLOMATE AMERICAN BOARD OF NEUROLOGY & PSYCHIATRY
EEG (CERTIFIED BY AMERICAN BOARD OF CLINICAL NEUROPHYSIOLOGY)
EMG (DIPLOMATE AMERICAN BOARD OF ELECTRODIAGNOSTIC MEDICINE)
CLINICAL NEUROPHYSIOLOGY (EX. DIPLOMATE AMERICAN BOARD OF NEUROLOGY &
PSYCHIATRY)

2000 N. FEDERAL HWY
SUITE 203
POMPANO BEACH, FL 33062
TELEPHONE: (954) 783-0222
FAX: (954) 786-8628

## CONSULTATION REPORT

**PATIENT NAME:**           Keir, Eugene
**DATE OF EVALUATION:**     11/14/2005

### HISTORY OF PRESENT ILLNESS:

This 44-year-old white male was referred to me by Dr. Mollozo for neurological consultation.
The patient states that about three weeks ago during the hurricane, he went to Winn-Dixie
to get some supplies and he fell there and hit his head and next thing he remembers being
in the hospital and he was in the intensive care unit for three to four days and he was told
that he has hematoma and concussion. He had MRI scans and CAT scans done and he was
then released and now his only complain is that he feels weak all over and tired. He denies
any significant difficulty with memory. He gets occasional headache. He has no difficulty
with vision or sleep. He denies any dizziness except occasionally in the morning. He denies
any heart disease, hypertension, diabetes, alcohol abuse, or any other medical problem. He
is not taking any medication except aspirin and in the past, he was on lisinopril. I do not
have any records from the hospital available today.

### NEUROLOGICAL EXAMINATION:

Today showed that he is alert and oriented times three with slightly impaired memory with
normal speech. All cranial nerves are normal. Motor system examination shows normal
strength in all major muscles. Deep tendon reflexes are traces and symmetrical. Both
plantars are downgoing. Pinprick sensation and vibration is normal. Coordination
examination is normal. Romberg is negative. Tandem station is steady. His gait is normal.
Neck is supple and no carotid bruit was heard. Range of motion of the cervical and lumbar
spine was normal. There is no evidence of any hematoma, scarring, or injury to the scalp.

### IMPRESSION:

Most likely, the patient has closed-head injury with mild post concussion syndrome causing
generalized weakness and some memory impairment.

### RECOMMENDATION:

Reports especially MRI of the brain from the hospital should be sent to my office and I gave
him samples of Lexapro 10 mg once a day, and I will see him for followup in two weeks and
we will make further recommendation based on his response to these medication and the
hospital records review.

---

3715781_00_37_Keir_Eugene__Consultation_21_.doc

es Medical Practice Services     Phone: 954-771-82(     377-595-8851     Email: support@ymps.com     Da(     52006 11/15/2005 4:48:50 AM     2/2

Keir, Eugene
Page 2 of 2

Thank you very much for referring the patient to me for neurological evaluation.


_____
**Shahab Kidwai, M.D.**
**SUK**/SG/KP

*Dictated but verified, subject to dictation/transcription variance*

al Practice Services     Phone: 954-771-82(     (77-585-8851     Email: support@ymps.com     Da( 32006 11/29/2005 3:44:15 AM     1/1

MGiLocl 11-29-05

### Shahab U. Kidwai, M.D.

NEUROLOGY (DIPLOMATE AMERICAN BOARD OF NEUROLOGY & PSYCHIATRY)
EEG (CERTIFIED BY AMERICAN BOARD OF CLINICAL NEUROPHYSIOLOGY)
EMG (DIPLOMATE AMERICAN BOARD OF ELECTRODIAGNOSTIC MEDICINE)
CLINICAL NEUROPHYSIOLOGY (EX. DIPLOMATE AMERICAN BOARD OF NEUROLOGY &
PSYCHIATRY)

2000 N. FEDERAL HWY
SUITE 203
POMPANO BEACH, FL 33062
TELEPHONE: (954) 783-0222
FAX: (954) 786-8628

## FOLLOWUP REPORT

**PATIENT NAME:**     Keir, Eugene
**DATE OF REPORT:**     11/28/05

The patient returns today for followup and states that he is feeling slightly better. He is taking Lexapro 10 mg once a day and has no side effect from that medicine. Hospital records were sent to me and I reviewed them, and according to them, he apparently had one alcohol withdrawal seizure in the grocery store and after that he fell and sustained head injury and left lower frontal lobe hemorrhage was discovered in the hospital. His EEG was negative for any seizure activity. CT scan and the MRI scans were positive for the left frontal lobe injury. He also had abnormal liver functions because of the chronic alcohol abuse. The patient has not been drinking since then. He was not given any seizure medications. He has been under stress also because of the damage to his house from the hurricane and is trying to get some help from the FEMA. I am going to repeat his MRI scan with and without contrast to assess for the left frontal lobe injury and also I am going to repeat an EEG also sleep deprivation to see if it shows any epileptiform activity. I advised him about the law in Florida that he cannot drive for six months after a seizure. I am going to increase the Lexapro to one and a half tablet of 10 mg to see if it helps him any further. I will see him for followup after the MRI scan and the EEG.

**Shahab U. Kidwai, M.D.**

SUK/KP/SG

'es Medical Practice Services   Phone: 954-771-82?   ?7-595-8851   Email: support@ymps.com   Dat   ;2006 12/24/2005 4:33:54 AM   1/1

MAILED 12/27

## Shahab U. Kidwai, M.D.

NEUROLOGY (DIPLOMATE AMERICAN BOARD OF NEUROLOGY & PSYCHIATRY
EEG (CERTIFIED BY AMERICAN BOARD OF CLINICAL NEUROPHYSIOLOGY)
EMG (DIPLOMATE AMERICAN BOARD OF ELECTRODIAGNOSTIC MEDICINE)
CLINICAL NEUROPHYSIOLOGY (EX. DIPLOMATE AMERICAN BOARD OF NEUROLOGY &
PSYCHIATRY)

2000 N. FEDERAL HWY
SUITE 203
POMPANO BEACH, FL 33062
TELEPHONE: (954) 783-0222
FAX: (954) 786-8628

### FOLLOWUP REPORT

**PATIENT NAME:**         Keir, Eugene
**DATE OF REPORT:**       12/23/2005

The patient returns today for followup and states he is beginning to get better but he still has some headache and difficulty in focusing with his eyes, some concentration difficulty, and some balance problem. On my examination, however, he has negative Romberg sign and he was able to stand on tandem without any unsteadiness and his gait was normal. Range of motion of the cervical spine was normal. He had followup MRI scan with and without contrast and that was normal. His EEG was also normal. He therefore has these symptoms which is residual from the closed head injury and with times that should improve. He has been taking Lexapro 10 mg at night and I am increasing it to 20 mg and I am hoping that with this double dose, he will all get better because part of his problem was also stress and depression. I will see him for followup in one month and I told him to stay away from alcohol because with normal EEG and no history of seizures before, he most likely had alcohol-related seizure, as it was mentioned in the hospital record and he is not taking a seizure medication. He does not need one as long as he stays away from alcohol. He does not have any seizure.

_Shahab U. Kidwai, M.D._

**Shahab U. Kidwai, M.D.**

SUK/SG/KP

## *Shahab U. Kidwai, M.D.*

NEUROLOGY (DIPLOMATE AMERICAN BOARD OF NEUROLOGY & PSYCHIATRY
EEG (CERTIFIED BY AMERICAN BOARD OF CLINICAL NEUROPHYSIOLOGY)
EMG (DIPLOMATE AMERICAN BOARD OF ELECTRODIAGNOSTIC MEDICINE)
CLINICAL NEUROPHYSIOLOGY (EX. DIPLOMATE AMERICAN BOARD OF NEUROLOGY &
PSYCHIATRY)

2000 N. FEDERAL HWY
SUITE 203
POMPANO BEACH, FL 33062
TELEPHONE: (954) 783-0222
FAX: (954) 786-8628

### FOLLOWUP REPORT

**PATIENT NAME:**    Keir, Eugene
**DATE OF REPORT:**   03/13/06

The patient returns today for followup and states that he is doing alright. He is not taking any medication and he wants to go back to his work as physical therapist. I received the reports of the followup MRI scan without and with contrast and it showed minimal T2-bright signal intensities that was from the head injuries but no acute hemorrhage or any other lesion. EEG was also normal without showing any epileptiform activity. He has been stable clinically and he is not taking any medications and is very anxious to go to work because he is having financial problems and I am therefore clearing him for work full-time as a physical therapist. He will see me for followup as needed.


*Shahab U. Kidwai, M.D.*

SUK/KP/SG



SmartMD   Phone: 954-783-0222 / 877-993-0833   Mail: support@smartmd.com   Date: DS2003 3/4/20__ 30:02 AM   1/1

*Shahab U. Kidwai, M.D.*

NEUROLOGY (DIPLOMATE AMERICAN BOARD OF NEUROLOGY & PSYCHIATRY
EEG (CERTIFIED BY AMERICAN BOARD OF CLINICAL NEUROPHYSIOLOGY)
EMG (DIPLOMATE AMERICAN BOARD OF ELECTRODIAGNOSTIC MEDICINE)
CLINICAL NEUROPHYSIOLOGY (EX. DIPLOMATE AMERICAN BOARD OF NEUROLOGY &
PSYCHIATRY)

2000 N. FEDERAL HWY
SUITE 203
POMPANO BEACH, FL 33062
TELEPHONE: (954) 783-0222
FAX: (954) 786-8628

## FOLLOWUP REPORT

**PATIENT NAME:**     Keir, Eugene
**DATE OF REPORT:**   03/03/2006

The patient returns today for followup and stated that he is doing all right.  He has no symptom now and he is not taking Lexapro and he wants to go back to his work as physical therapist and he has been driving also without any problem.  He told me that he had followup MRI and EEG done, but I do not have those reports available today, therefore, I told him to bring those reports and I will see him for followup.  If they are stable, I will clear him for work.

**Shahab U. Kidwai, M.D.**

SUK/SG/KP

## Shahab U. Kidwai, M.D.

NEUROLOGY, EEG, EMG, CLINICAL NEUROPHYSIOLOGY
2000 N. Federal Hwy #203
Pompano Beach, FL 33062
Ph. (954) 783-0222 • Fax (954) 786-8628

PATIENT'S NAME: Eugene Keik

DATE: 3-13-06

ADDRESS: _____

Rx   pt in cleared for work
full time as physical
therapist neurologically

No. of Refills ☐          Signature: S. Kidwai

Generic ☐          DEA # _____

REORDER # 52-0472J-3D

---

RECEIPT

DATE 3/13/06          No. 1247

FROM Keir                    $40—

_____ DOLLARS

○ FOR RENT   Copay # 1247
○ FOR

| ACCT. | | ○ CASH |
|-------|--|--------|
| PAID  | | ✓ CHECK |
| DUE   | | ○ MONEY ORDER |

SHAHAB U. KIDWAI, M.D., P.A.
2000 N. FEDERAL HWY, #203
POMPANO BEACH, FL 33062
1152

Stanger Health Care Centers
601 N Congress Ave #417
Delray Beach, FL   33445
(561) 272-1582


ITEMIZED STATMENT OF CHARGES

Doctor: Wayne E Tobin MD                    Date: 12/11/06

Attorney: Ameen & Drucker, PA              Patient: Eugene Keir
          3111 University Drive Ste 608    Injury: 11/03/05
          Coral Springs, FL   33065        Acct #: 32308
          (954)340-7277


| DATE | CODE | DESCRIPTION | CHARGE |
|------|------|-------------|--------|
| 12/01/05 | 99204 | Complex Consulation L4 | 400.00 |
| 12/01/05 | 99082 | Transportation Of Patient | 40.00 |
| 12/06/05 | 95812 | EEG Testing Awake | 500.00 |

                                        Page Total:   940.00


                     Total Charges: $   940.00

Stanger Health Care Centers
601 N Congress Ave #417
Delray Beach, FL  33445
(561) 272-1582

### ITEMIZED STATMENT OF CHARGES

Doctor: Jay M. Weinstein, PHD           Date: 12/11/06

Attorney: Ameen & Drucker, PA         Patient: Eugene Keir
          3111 University Drive Ste 608    Injury: 11/03/05
          Coral Springs, FL  33065         Acct #: 32322
          (954)340-7277

| DATE | CODE | DESCRIPTION | CHARGE |
|------|------|-------------|--------|
| 12/01/05 | 90801 | Diagnostic Interview Eval | 300.00 |
| 12/08/05 | 96100 | Psychotherapy Testing Per Hour | 225.00 |
| 12/08/05 | 99082 | Transportation Of Patient | 40.00 |
| 12/16/05 | 90806 | Psychotherapy II | 200.00 |
| 12/16/05 | 99082 | Transportation Of Patient | 40.00 |

Page Total:   805.00

Total Charges: $  805.00





## SHCC



### Centers for Neurology and Pain Management

**CLINICAL DIVISIONS**

Neurology
Physiatry
(Physical Medicine)
Psychology
(Pain/Stress Management)
Chiropractic
Neurodiagnostics

**MEDICAL STAFF**

Wayne E. Tobin, M.D.
Medical Director
Neurology
Diplomate, American Board of
Psychiatry & Neurology
Board Certified in
Electromyography, (EMG)
Specializes In:
Pain Management
Headaches
Botox
EEG
EMG / NCS
Evoked Potentials

**PSYCHOLOGY STAFF**

Jay M. Weinstein, PH.D.
Clinical Neuropsychology

**PHYSICAL THERAPY AND
CHIROPRACTIC STAFF**

Jeffrey L. Stanger, D.C.
Director

Divisions
SHCC DBA APCC
Injury & Headache
Treatment Centers

## INITIAL NEUROLOGICAL EVALUATION

**NAME:**          **KEIR, EUGENE**

**DATE:**          **12/01/05**

**DATE OF ACCIDENT:**    **11/03/05**

**HISTORY OF PRESENT ILLNESS:**   The patient is 44 years old and was injured on 11/03/05. There is some discrepancy as to what happened at the time of injury.  He states that he was in the Winn Dixie store.  He slipped on some fluid, hit his head, and was taken to the hospital where he was in intensive care for several days.  He was found to have a left frontal hematoma less than an inch in diameter.  Subsequently, he has improved but is left with a number of symptoms including recurrent headache, pain in the legs especially the left with weakness, confusion, and insomnia.

The medical records tell a different story. He was treated for a withdrawal seizure probably related to alcohol.  He was placed on Librium.  He had a number of blood studies showing that the liver was not functioning well.  He was actually jaundiced by the criteria.  His bilirubin was 4 but it came down.  His alkaline phosphatase was also elevated.  The patient was seen by a neurologist and had an EEG, which showed no abnormality at the end of his hospitalization. His toxic screen showed cannabis and benzodiazepine but there was no alcohol suggesting that this was a withdrawal seizure.

### Divisions: SHCC DBA APCC, Injury and Headache Treatment Centers

• 601 N. Congress Avenue • Delray Beach, Florida 33445 • (561) 498-4300 • Fax (561) 498-4539
• 8197-3 North University Drive • Tamarac, Florida 33321 • (954) 720-2800 • Fax (954) 720-6547
• 350 North University Drive • Pembroke Pines, Florida 33024 • (954) 438-9889 • Fax (954) 438-9572
• 931 Village Boulevard • Suite 903 • West Palm Beach, FL 33409 • (561) 640-9090 • Fax (561) 640-9145

KEIR, EUGENE
12/01/05
Page 2

However, the patient states that he is not an alcoholic and drinks no more than four beers a day.

**REVIEW OF SYSTEMS:**   Shows that he has sleep changes, poor memory, decreased vision, tinnitus, and recurrent dizziness.

**FAMILY HISTORY:**   He is divorced.  There is hypertension in the family.

**SOCIAL HISTORY:**   He is a nonsmoker.  He admits to drinking alcohol as stated above.  He has finished college.  He works as a physical therapist.

**EXAMINATION:**
**MENTAL STATUS:**   He is alert and cooperative.  A formal neurologic mental status was not done but he does not have any aphasia and his fund of knowledge is normal.
**CRANIAL NERVES:**   Extraocular movements are full.  The pupils are widely dilated but responsive.  There is no nystagmus. Facial movements and sensation are intact.  Auditory acuity is intact.
**MOTOR STATUS:**   He walks with a stiff-legged broad-based gait. The reflexes are present and active.  There are no abnormal reflexes.
**SENSORY:**   Pin is decreased over the left leg in a non-neurologic manner.  Vibration is intact.
**MECHANICAL:**   Straight leg raising is negative.  Neck movements are slightly restricted.  There is a tremor of the outstretched hands.

**IMPRESSION:**   The history and records are in some disagreement. They are most consistent with withdrawal seizures but alternate explanations are possible.  Without objective evidence, it is going to be difficult to be sure which is which.  I believe that we need to have further testing.  The patient was seen by Dr. Shahab Kidwai who I presume is a practicing neurologist who has scheduled an EEG and an MRI.  In addition, the patient should have a full psychological battery and I will schedule that.

WAYNE E. TOBIN, M.D., F.A.C.P.
WET/dg/220.556
D: 12/01/05   T: 12/01/05







## Centers for Neurology and Pain Management

### ELECTROENCEPHALOGRAM REPORT

**NAME OF PATIENT:**   KEIR, EUGENE

**DATE:**              12/06/05

**STUDIES:**  The record is performed on an awake and cooperative patient.  Most of the record consists of low voltage fast activity with little well developed alpha activity.  There is excess beta at 20 to 30 microvolts.  Photic stimulation does not provoke any abnormality.  There is no abnormal sharp wave activity.

**IMPRESSION:**  The EEG is within normal limits for a patient taking sedative medication.

*Wayne E. Tobin*

WAYNE TOBIN, M.D., F.A.C.P.
WT/dg/220.596
D: 12/07/05  T: 12/07/05

### Divisions: SHCC DBA APCC, Injury and Headache Treatment Centers

• 601 N. Congress Avenue • Delray Beach, Florida 33445 • (561) 498-4300 • Fax (561) 498-4539
• 8197-3 North University Drive • Tamarac, Florida 33321 • (954) 720-2800 • Fax (954) 720-6547
• 350 North University Drive • Pembroke Pines, Florida 33024 • (954) 438-9889 • Fax (954) 438-9572
• 931 Village Boulevard • Suite 903 • West Palm Beach, FL 33409 • (561) 640-9090 • Fax (561) 640-9145





## Centers for Neurology and Pain Management

**CLINICAL DIVISIONS**

Neurology
Physiatry
(Physical Medicine)
Psychology
(Pain/Stress Management)
Chiropractic
Neurodiagnostics

**MEDICAL STAFF**

Wayne E. Tobin, M.D.
   Medical Director
Neurology
Diplomate, American Board of
Psychiatry & Neurology
Board Certified in
Electromyography, (EMG)
   Specializes In:
      Pain Management
      Headaches
      Botox
      EEG
      EMG / NCS
      Evoked Potentials

**PSYCHOLOGY STAFF**

Jay M. Weinstein, PH.D.
Clinical Neuropsychology

**PHYSICAL THERAPY AND
CHIROPRACTIC STAFF**

Jeffrey L. Stanger, D.C.
   Director

   Divisions
SHCC DBA APCC
Injury & Headache
Treatment Centers

## INITIAL DIAGNOSTIC INTERVIEW

**NAME OF PATIENT:**          KEIR, EUGENE

**DATE OF EVALUATION:**       12/01/05

**REASON FOR REFERRAL:**   The client is complaining of headaches and concentration and memory problems.

**BACKGROUND INFORMATION:**   The client had an accident in October of this year.   The client fell down, which resulted in a concussion.

**BEHAVIORAL OBSERVATION:**   The client is a male, 44 years old.   The client ambulates with some difficulty.   His eye contact is good. His grooming and hygiene are within normal limits.   His speech is normal and productive. His affect is full range.   His mood is sad. Rapport is established.   The client presents with no signs of a psychotic or thought disorder.   The client reports no history of emotional problems and no history of psychiatric or psychological intervention.

**TEST RESULTS:**   The client was oriented times four.   His short-term memory appeared impaired.   His attention and immediate recall appeared borderline.   His concentration and working memory appeared impaired.   His general fund of knowledge was within normal limits. His ability to perform simple calculations was within normal limits.   His deductive reasoning and social judgment were within normal limits.

**Divisions: SHCC DBA APCC, Injury and Headache Treatment Centers**

• 601 N. Congress Avenue • Delray Beach, Florida 33445 • (561) 498-4300 • Fax (561) 498-4539
• 8197-3 North University Drive • Tamarac, Florida 33321 • (954) 720-2800 • Fax (954) 720-6547
• 350 North University Drive • Pembroke Pines, Florida 33024 • (954) 438-9889 • Fax (954) 438-9572
• 931 Village Boulevard • Suite 903 • West Palm Beach, FL 33409 • (561) 640-9090 • Fax (561) 640-9145

KEIR, EUGENE
12/01/05
Page 2

**DIAGNOSTIC IMPRESSION:**    Postconcussion syndrome.

**RECOMMENDATIONS:**    Followup for neuropsychological testing and
psychotherapy.


ELIZABETH TAMEZ
Psychotherapist

JAY M. WEINSTEIN, Ph.D.
Licensed Clinical Psychologist
PY#0003266
Supervising Neuropsychologist

ET/dg/500.30





## SHCC



## Centers for Neurology and Pain Management

### PSYCHOTHERAPY SESSION

**NAME OF PATIENT:**     KEIR, EUGENE

**DATE OF SESSION:**     12/08/05

**REASON FOR SESSION:**   Followup.

**BEHAVIORAL OBSERVATION:**   The client appears worried and overwhelmed.  The client reports experiencing memory and concentration problems and difficulty to be balanced physically.

**INTERVENTION:**   Intervention was focused on support through psychotherapy and the recommendation is to rest and add time for waiting and going to work due to the concentration and memory problems.

**NEXT SESSION PLANS:**   Continue with psychotherapy.

ELIZABETH TAMEZ
Psychotherapist

JAY M. WEINSTEIN, Ph.D.
Licensed Clinical Psychologist
PY#0003266
Supervising Neuropsychologist

ET/dg/500.34

## Divisions: SHCC DBA APCC, Injury and Headache Treatment Centers

• 601 N. Congress Avenue • Delray Beach, Florida 33445 • (561) 498-4300 • Fax (561) 498-4539
• 8197-3 North University Drive • Tamarac, Florida 33321 • (954) 720-2800 • Fax (954) 720-6547
• 350 North University Drive • Pembroke Pines, Florida 33024 • (954) 438-9889 • Fax (954) 438-9572
• 931 Village Boulevard • Suite 903 • West Palm Beach, FL 33409 • (561) 640-9090 • Fax (561) 640-9145





## SHCC

### Centers for Neurology and Pain Management

#### PSYCHOTHERAPY SESSION

**NAME OF PATIENT:**      KEIR, EUGENE

**DATE OF SESSION:**      12/16/05

**REASON FOR SESSION:**   Followup.

**BEHAVIORAL OBSERVATION:**   The client appears overwhelmed and worried.  The client reports experiencing some pain and headaches but his main concern is his concentration and memory problems.  The client expressed the desire to work due to some financial difficulties.

**INTERVENTION:**   Intervention was focused on support through psychotherapy.  The recommendation is to rest and be out of work due to the memory and concentration impairment.  The client responded positively to the session.

**NEXT SESSION PLANS:**   Continue with psychotherapy.


ELIZABETH TAMEZ
Psychotherapist

JAY M. WEINSTEIN, Ph.D.
Licensed Clinical Psychologist
PY#0003266
Supervising Neuropsychologist

ET/dg/500.58/59

**Divisions: SHCC DBA APCC, Injury and Headache Treatment Centers**

• 601 N. Congress Avenue • Delray Beach, Florida 33445 • (561) 498-4300 • Fax (561) 498-4539
• 8197-3 North University Drive • Tamarac, Florida 33321 • (954) 720-2800 • Fax (954) 720-6547
• 350 North University Drive • Pembroke Pines, Florida 33024 • (954) 438-9889 • Fax (954) 438-9572
• 931 Village Boulevard • Suite 903 • West Palm Beach, FL 33409 • (561) 640-9090 • Fax (561) 640-9145

MRI ASSOCIATES OF AMERICA, LLC
601 N. CONGRESS AVE STE 311
DELRAY BEACH, FL 33445
(561) 921-0922

| ACCOUNT NUMBER | 155 |
| GUARANTOR NAME | EUGENE KEIR |
| STATEMENT DATE | 12/10/05 |
| PLEASE PAY | 3204.21 |
| AMOUNT ENCLOSED | $ |

DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

# \* PATIENT STATEMENT \*

Page 1

EUGENE KEIR
961 SE 20 AVENUE
DEERFIELD BEACH, FL 33441

MRI ASSOCIATES OF AMERICA, LLC
601 N. CONGRESS AVE STE 311
DELRAY BEACH, FL 33445
(561) 921-0922

| DATE | DESCRIPTION | AMOUNT | INSURANCE | PATIENT |
|------|-------------|--------|-----------|---------|
| | FOR BILLING QUESTIONS, PLEASE CALL (954)755-1395 OR FAX TO (954)755-1399. ALL MAJOR CREDIT CARDS ARE ACCEPTED. | | | |
| | SERVICES FOR: EUGENE KEIR REFERRED BY: SHAHAB KIDWAI | | | |
| 12/06/05 | BRAIN W/WO GAD | 3204.21 | | 3204.21 |

| | PLEASE PAY |
|---|---|
| | 3204.21 |

PATIENT BALANCE SUMMARY

| STATEMENT DATE | | CHARGES | PAYMENTS | ADJUSTMENTS | BALANCE |
|----------------|--|---------|----------|-------------|---------|
| 12/10/05 | | 3204.21 | 0.00 | 0.00 | 3204.21 |

IF YOU HAVE AN ATTORNEY PRESENT OR MEDICAL INSURANCE PLEASE CALL 954-755-1395, TO UPDATE OUR RECORDS.



## MRI
ASSOCIATES OF AMERICA, LLC

*Corporate Headquarters*
**Delray Beach Office**
601 N. Congress Ave, Suite 311
Delray Beach, FL 33445
Office:  561-921-0922
Fax:    561-921-0923

**Coral Springs Office**
2055 N. University Drive
Coral Springs, FL 33071
Office:  954-825-0988
Fax:  954-825-0989

**PATIENT:  KEIR, Eugene**
**DOB:  01-19-1961**
**REF. PHYSICIAN:  Dr. Kidwai**
**DATE OF STUDY:  12-06-2005**

## MRI BRAIN WITH AND WITHOUT GADOLINIUM

**HISTORY:**    Imbalance since fall on 10-31-05.

**TECHNIQUE:**  A variety of pulse sequences were obtained in the axial, parasagittal and coronal planes to emphasize T1- and T2-weighted imaging parameters.  Images were obtained prior to and following administration of gadolinium.

**FINDINGS:**  Comparison is made with a report from previous outside MRI of the brain dated November of 2005.

The ventricular system is midline without evidence of shift, herniation or hydrocephalus.  No intra- or extra-axial collections are seen.  No space-occupying lesions are noted.

Mild generalized involutional changes are present.

No territorial infarctions are seen.

Orbital contents are unremarkable in appearance.

There is normal aeration of the paranasal sinuses.

The seventh-eighth nerve complexes are symmetric in appearance.  There is no evidence of mass lesion involving either cerebellopontine angle.

Sellar and posterior fossa contents are unremarkable in appearance.

PAGE 2
KEIR, Eugene
MRI BRAIN WO/W GADOLINIUM
12-06-2005

Normal signal is demonstrated within the visualized brainstem and spinal cord. There is no evidence of tonsillar ectopia.

There is no abnormal enhancement following administration of gadolinium.

**IMPRESSION:**

Mild generalized involutional changes.

Otherwise unremarkable pre and postcontrast MRI of the brain.

*[signature]*

**Ronald I. Landau, M.D.**
Diplomate, American Board of Radiology
Fellowship Trained in MRI
RIL/ka

*Delray*

**LANDAU**
RADIOLOGY, LLC

*Corporate Office:*
*601 N. Congress Ave., Suite 311*
*Delray Beach, FL 33445*
*Phone: 561-921-0922  Fax: 561-921-0923*

*N Broward* LLC.

*LOP*

## MRI SCREENING SHEET

**PATIENT NAME** Eugene Keir    **SEX (M)** ✓ (F) __  **DOB** 1/19/61  **WEIGHT** 182 Pounds

**S.S. #** 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 **REFERRING PHYSICIAN** Kidwai    **EXAM** Brn w/wo

F# (954) 786-8828

Are you Pregnant?  YES ____  NO ✓

Have you ever worked in a metal or machine shop? YES ✓ NO ____

Have you ever been struck in the eyes with metal shavings? YES ____ NO ✓

Do you have a pacemaker?  YES ____ NO ✓

Previous MRI study?  YES ✓ DETAILS  NBM ✓                              NO ____

Have you had surgery other than dental surgery? YES ✓ DETAILS  Ca Mohs procedure NO ____

---

**The following items can interfere with MR imaging and some can be hazardous to your safety.**

Please check if you have any of these items:

____ Pacemaker
____ Aneurysm clips
____ Aortic clips
____ Carotid clips
____ Neurostimulators (tens-unit)
____ Heart valve
____ Insulin pumps
____ Cardiac Stent
____ Electrodes
____ Hearing aids
____ Inner ear prosthesis
____ IUD
____ Penile implant
____ Joint replacements
____ Fractured bones treated with metal rods,
         metal plates, pins, screws, nails or clips
____ Harrington rods
____ Shrapnel/Bullet fragments

____ Dentures/Partials
____ Metal slivers in the eyes
chk Tattoos/tattooed eyeliner
____ Body Piercing
____ Metal mesh
____ Prosthesis
____ Wire sutures
____ Implants of any kind
         (describe below)

**PATIENT SIGNATURE** _Eugene Keir_    **Date** 12-6-05

*This section to be completed by Technologist performing scans*

**Patient History:**

S/P FALL INJURY 10/31/05. BALANCE/AMBULATORY 2's.

**Technologist:**
DB

**Shahab U. Kidwai, M.D.**
NEUROLOGY, EEG, EMG, CLINICAL NEUROPHYSIOLOGY
2000 N. Federal Hwy #203
Pompano Beach, FL 33062
Ph. (954) 783-0222 • Fax (954) 786-8628

PATIENT'S NAME: Eugene Keith

DATE: 11-28-05

ADDRESS:

℞

F/u    EEG

3rd h+ of one seizure
1 month ago

No. of Refills ☐    Signature: S. Kidwai

Generic ☐

**Aggrenox**
(aspirin/extended-release dipyridamole)
25 mg/200 mg capsules

✳ Call   beth
for
referal
954 757-7500
Vista Cobra.

---

**Shahab U. Kidwai, M.D.**
NEUROLOGY, EEG, EMG, CLINICAL NEUROPHYSIOLOGY
2000 N. Federal Hwy #203
Pompano Beach, FL 33062
Ph. (954) 783-0222 • Fax (954) 786-8628

PATIENT'S NAME: Eugene Keith

DATE: 11-28-05

ADDRESS:

℞

F/u   MRI brain w/
and w/o contrast
s/p recent #. inj c
c/provital hematoma

No. of Refills ☐    Signature: S. Kidwai

Generic ☐    DEA #

(954) 942-9233
FAX (954) 942-9234

*Narendra K. Maheshwari M.D., P.A.*

2323 N.E. 26th AVE.
SUITE 101
POMPANO BEACH, FL 33062