United States Bankruptcy Court
Middle District of Florida
Jacksonville Division

F I L E D
JACKSONVILLE, FLORIDA

DEC 2 6 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:

Winn-Dixie Stores, Inc. et al.,

Reorganized Debtors,

Case No. 05-03817-3F1

Chapter 11

Jointly Administered

## MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Claimant, PATRICIA VINSON, by and through her undersigned counsel, hereby files this Motion for Administrative Expense Claim, and in support thereof, states as follows:

1. That on June 18, 2006 PATRICIA VINSON was an invitee at Winn-Dixie Store #451.

2. While on the premises, she slipped and fell due to a negligent condition, to wit: a substantial amount of water was on the floor which was left on the floor.

3. As a direct result of the fall, PATRICIA VINSON was caused to suffer serious injuries, pain and suffering.

4. PATRICIA VINSON has incurred substantial medical in the treatment of her injuries. To date PATRICIA VINSON has incurred medical bills in excess of $1,574.90 and more are expected.

5. Claimant, PATRICIA VINSON, has sustained injuries, pain, suffering and loss of enjoyment of life for which she demands compensation in the amount of $18,000.

WHEREFORE, PATRICIA VINSON hereby demands that she receives payment from WINN-DIXIE STORES, INC. for all of her medical bills incurred as a result of her injuries, as well as payment as compensation for her pain, suffering, injuries, damages and loss of enjoyment of life, as well as for all reasonable future medical expenses for said injuries. As full and final settlement of this claim, PATRICIA VINSON requests that she receive $18,000 from the debtor, WINN-DIXIE STORES, INC.

13511

_____
Cathy B. Donohoe (DONO16)
DONOHOE & STAPLETON, L.L.C.
2781 Zelda Road
Montgomery, Alabama 36106
334-269-3355