UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: CASE NO. 05-03817-3F1

WINN DIXIE STORES, INC., ET AL CHAPTER 11

    DEBTORS JOINTLY ADMINISTERED

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that William E. Steffes and the law firm of Steffes, Vingiello & McKenzie, L.L.C., have been retained as attorneys to represent the Sheriff, Tangipahoa Parish, Louisiana and the Tangipahoa Parish School Board, creditors in the above referenced proceeding and pursuant to §1109(b) of the U.S. Bankruptcy Code and Rule 2002 of the Bankruptcy Rules, the undersigned request that all Notices given and required to be served in this case be given to and served upon the following:

> William E. Steffes
> Steffes, Vingiello & McKenzie, L.L.C.
> 13702 Coursey Boulevard
> Building 3
> Baton Rouge, Louisiana 70817
> Telephone: 225.751.1751
> Fax: 225.751.1998
> E-mail address: bsteffes@steffeslaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to §1109(b) of the U. S. Bankruptcy Code, the foregoing request includes the notice and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes without limitation, and notice of any orders, pleadings, motions, applications, complaints, demand, hearings, answers, responses, memorandum of briefs in support of the foregoing and any other documents brought before the Court with respect to these pleadings, whether formal or informal, whether written or oral and whether transmitted or

conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, email or otherwise which affects or seeks to affect the above case.

                                          RESPECTFULLY SUBMITTED:

                               By: /s/ William E. Steffes
                                   William E. Steffes #12426
                                   Steffes, Vingiello & McKenzie, LLC
                                   13702 Coursey Boulevard
                                   Building 3
                                   Baton Rouge, Louisiana 70817
                                   Telephone: 225.751.1751
                                   Fax: 225.751.1998
                                   E-mail:  bsteffes@steffeslaw.com

                                         <u>CERTIFICATE OF SERVICE</u>

      I HEREBY CERTIFY that a copy of the above and foregoing has this day been served upon the following:

Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Allan E. Wulbern
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Beau Bowin
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202-5182

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

David L. Gay
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

James H. Post
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Leanne McKnight Prendergast
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Stephen D Busey
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Office of the US Trustee
Attn:  Elena L. Escamilla
            Kenneth C. Meeker
135 W. Central Blvd., Suite 620
Orlando, FL  32806

Dennis F. Dunne
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005

John B. Macdonald
Patrick P. Patangan
Ackerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202

by depositing same in the United States mail properly addressed and postage prepaid on this 27th day of December, 2006.

/s/ William E. Steffes
William E. Steffes
LA Bar Roll No. 12426
Steffes, Vingiello & McKenzie, LLC
13702 Coursey Boulevard
Building 3
Baton Rouge, Louisiana 70817
Telephone: 225-751-1751
Fax: 225-751-1998
Email: *bsteffes@steffeslaw.com*