UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

<u>Debtor(s)</u>

## ORDER STRIKING APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM

The Court finds that the Application for Administrative Expense Claim filed by Ivette Gonzalez on behalf of Carina Mendoza on December 26, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Application for Administrative Expense Claim filed by Ivette Gonzalez, on behalf of Carina Mendoza on December 26, 2006, is stricken from the record.

**DATED December 26, 2006**, at Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Ivette Gonzalez, 2414 Coral Way, Suite 202, Miami, FL 33145