**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:  CASE NO.: 3:05-bk-03817-JAF
 Chapter 11
WINN-DIXIE STORES, INC.,

    Debtor.
_____/

## NOTICE OF WITHDRAWAL

    The Secured Creditor, TED GLASRUD ASSOCIATES OF DELAND, FL, INC., by and through its undersigned attorneys, hereby withdraws their RESPONSE TO DEBTOR'S TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS ARISING FROM UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY (I) THAT HAVE BEEN ASSUMED, (II) THAT HAVE BEEN ASSUMED AND ASSIGNED, OR (III) THAT ARE THE SUJBECT OF LEASE TERMINATION AGREEMENTS AND AMENDED MOTION FOR RECONSIDERATION AND CLARIFICATION filed on November 22, 2006, without prejudice.

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via electronic mail or regular U. S. Mail to: Debtor, Winn Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, FL 32254-3699; Debtor's counsel, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32201; U.S. Trustee, 135 West Central Blvd, Suite 620, Orlando, FL 32806; and the parties on the attached Local Rule 1007-2 Parties In Interest List this 28th day of December, 2006.

    KELLEY & FULTON, P.A.
    Attorney for Ted Glasrud Associates
    of Deland, FL, Inc.
    1665 Palm Beach Lakes Blvd.
    The Forum - Suite 1000
    West Palm Beach, Florida 33401
    Telephone No.:  (561) 491-1200
    Facsimile No.:  (561) 684-3773

    By: /s/ Craig I. Kelley
       Craig I. Kelley, Esquire
       Florida Bar No.: 782203