**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:  CASE NO.: 3:05-bk-03817-JAF
  Chapter 11
WINN-DIXIE STORES, INC.,

  Debtor.
_____/

## NOTICE OF WITHDRAWAL

The Secured Creditor, TED GLASRUD ASSOCIATES OF DELAND, FL, INC., by and through its undersigned attorneys, hereby withdraws their PROOF OF CLAIM #3451, without prejudice.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via electronic mail or regular U. S. Mail to: Debtor, Winn Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, FL 32254-3699; Debtor's counsel, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32201; U.S. Trustee, 135 West Central Blvd, Suite 620, Orlando, FL 32806; and the parties on the attached Local Rule 1007-2 Parties In Interest List this 28th day of December, 2006.

KELLEY & FULTON, P.A.
Attorney for Ted Glasrud Associates
of Deland, FL, Inc.
1665 Palm Beach Lakes Blvd.
The Forum - Suite 1000
West Palm Beach, Florida 33401
Telephone No.:  (561) 491-1200
Facsimile No.:  (561) 684-3773

By: /s/ Craig I. Kelley
   Craig I. Kelley, Esquire
   Florida Bar No.: 782203