IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

In Re:

WINN DIXIE STORES, INC.,　　　　　　　　　　　CASE NO. 05-03817-3FL
　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 11
　　　　Debtor.　　　　　　　　　　　　　　　　**Jointly Administered**

_____/

## APPLICATION FOR ADMINISTRATIVE EXPENSE
## BY LESCO MEDISEARCH

LESCO MEDISEARCH ("LESCO"), by and through its undersigned counsel, hereby moves this Honorable Court to award an administrative expense for pharmacist placement fee incurred by the bankruptcy estate and, as grounds therefor, would show:

1.	The Debtor, Winn Dixie Stores, Inc., filed its petition for relief under Chapter 11 of the United States Bankruptcy Code on February 21, 2005. The case was confirmed November 9, 2006.

2.	LESCO was engaged in the business of providing pharmacists for temporary and permanent placements, as well as other activities. In the ordinary course of the Debtor's business, the Debtor entered into a contract with LESCO to furnish pharmacists in its stores.

3.	The contract calls for the payment of $9,800.00 from the Debtor to LESCO for each pharmacists placed permanently with the Debtor. The Debtor has paid these permanent placement fees for pharmacists previously placed by LESCO.

4.	In December of 2005, the Debtor permanently placed Doug Merrill, a pharmacist referred to the Debtor by LESCO. Attached hereto as Exhibit "A" is an Invoice furnished to the Debtor that includes a placement fee of $9,800.00 for Mr. Merrill.

5.	The Debtor paid the other charges, but has not paid the placement fee..

WHEREFORE, LESCO MEDISEARCH prays that the Court will determine the amount that is due to LESCO for the permanent placement of Doug Merrill, provide for the payment of that

amount as an administrative expense to the estate, and for such other and further relief as this Court deems just, necessary and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Application for Administrative Expense by LESCO MEDISEARCH has been furnished electronically or by U. S. Mail to **Winn-Dixie Stores, Inc., Debtor**, 5050 Edgewood Court, Jacksonville, FL 32254-3699; **Adam Ravin, Esquire**, Skadden Arps et al., Attorneys for Debtor, Four Times Square, New York, NY 10036; **James H. Post, Esquire**, Smith Hulsey & Busey, Attorneys for Debtor, 225 Water Street, Suite 1800, Jacksonville, FL 32202; **United States Trustee - JAX**, 135 W. Central Blvd., Suite 620, Orlando, FL 32801; **Elena L. Escamilla, Esquire**, Attorney for United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801; and **Matthew Barr, Esquire**, Milbank, Tweed et al., 1 Chase Manhattan Plaza, New York, NY 10005  this   28th   day of December, 2006.

 /s/ Charles H. Dittmar, Jr.
CHARLES H. DITTMAR, JR., ESQUIRE
Fla. Bar No. 503850
4711 Travertine Drive
Tampa, FL 33615
Phone: (813) 760-2117
Attorney for Creditor LESCO MEDISEARCH