LESCO MEDISEARCH
"Your Quality Pharmacy Relief Service"
P.O. Box 1414
Land O' Lakes, FL 34639-1414

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/13/2006 | 12807 |

| BILL TO |
|---|
| WINN DIXIE CENTRAL FLORIDA<br>ATTN: CESAR PUMARIEGA<br>3015 COASTLINE DRIVE<br>ORLANDO FL 32858 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| | Net 10 | |

| QUANTI... | DESCRIPTION | | | RATE | AMOUNT |
|---|---|---|---|---|---|
| 13 | #-609 | 3/6 | J. Cueto | 57.00 | 741.00 |
| 11 | #-702 | 3/7 | M. Wong | 57.00 | 627.00 |
| 12 | #-713 | 3/6 | M. Wong | 57.00 | 684.00 |
| 12 | #-713 | 3/11 | J. Cueto | 57.00 | 684.00 |
| 7 | #-2217 | 3/12 | M. Wong | 57.00 | 399.00 |
| 14 | #-2220 | 3/8 | B. Reed | 57.00 | 798.00 |
| 14 | #-2220 | 3/9 | B. Reed | 57.00 | 798.00 |
| 12 | #-2223 | 3/10 | M. Wong | 57.00 | 684.00 |
| 1 | Placement Fee | | Doug Merrell | 9,800.00 | 9,800.00 |

PAID CK # 818731

Due

Please remit to the above address
If you have any questions please call 813-930-9999

**Total** $15,215.00

*Thank you for choosing Lesco MediSearch!*