UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |

## APPLICATION OF LYONS, PIPES & COOK, P.C. SEEKING ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

Movant, Lyons, Pipes & Cook, P.C., pursuant to 11 U.S.C. §503, requests that this Court enter an order approving its application seeking allowance of administrative expense claim ("Application") in the total sum of $3126.13, and in support thereof states:

1. On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under Chapter 11 of the United States Code (11 U.S.C. § 101 *et seq.*) (the "Code").

2. This Court has jurisdiction to hear this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to §§ 1408 and 1409. The statutory basis for this request is § 503(b)(4) of the Code.

3. On November 9, 2006, this Court entered an Order Confirming Joint Plan of Reorganization of the Debtors (the "Plan").

4. In accordance with the terms of the Plan, the Plan became effective on November 21, 2006 (the "Effective Date").

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

5. Between the Petition Date and the Effective Date, the Movant rendered professional services for Representation in litigation matters to the Debtors. The aggregate amount due from the Debtors for such services is $3126.13 as more specifically set for in Exhibit A.

6. Movant is entitled to an administrative expense claim for the services rendered to the Debtors.

WHEREFORE, Movant respectfully request the Court enter an order allowing its Application for an administrative expense claim in the amount of $3126.13 for services provided by Lyons, Pipes & Cook, P.C. and grant such other and further relief as is just and proper.

s/M. WARREN BUTLER
M. Warren Butler, Esq.
BUTLM3190
Lyons, Pipes & Cook, P.C.
2 North Royal Street
Mobile, Alabama 36602
(251) 441-8229
(251) 433-1820 (facsimile)

Attorneys for Movant

## CERTIFICATE OF SERVICE

I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the parties listed below this 27th day of December, 2006.

s/M. WARREN BUTLER<br>M. Warren Butler

WINN-DIXIE STORES, INC.
5050 Edgewood Court
Jacksonville, Florida 32254-3699
Attn: General Counsel
Telephone: (904) 783-5000
Facsimile: (904) 783-5651

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
Attn: D. J. Baker, Esq.
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida 32202
Attn: James Post, Esq.
Telephone: (904) 359-7700
Facsimile: (904) 359-7708

MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis Dunne, Esq./Matthew S. Barr, Esq.
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

S:\LPCdocs\2028\908700\00392751.DOC

## EXHIBIT A

| Matter: | Amount Due: |
|---|---|
| 1.  40054 | $   11.50 |
| 2.  43122 | $3000.63 |
| 3.  42767 | $   60.00 |
| 4.  40344 | $   54.00 |
| Total | $3,126.13 |



**LYONS, PIPES & COOK, P.C.**
SINCE 1899
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

STATEMENT OF ACCOUNT

December 27, 2006

Monique Stokeley
Sedgwick
P. O. Box 24787
Jacksonville, FL   32241-4787

**Balance Due:**      $11.50
**Statement Date:**   12/27/06
**Re:**               07717/040054
                      **Barbara Hardy v. Winn-Dixie Montgomery, Inc., a corporation;**

| Invoice Date | Invoice No. | Invoice Amount | Payments/Credits | Amount Unpaid |
|---|---|---:|---:|---:|
| 09/06/05 | 112423 | 11.50 | 0.00 | 11.50 |

                      **Total Outstanding**                                   **$11.50**

Last Payment Date:       11/27/06
Last Payment Amount:     $157.52

DPC1

This statement does not include services rendered or disbursements advanced for which you have not been billed.

*Balance Due* does not reflect payments received by us after the date of this statement.

DPC

T.I.N. 63-0966101

2 NORTH ROYAL STREET • P.O. BOX 2727 • MOBILE, ALABAMA 36652-2727
TELEPHONE. (251) 432-4481 • FAX. (251) 433-1820 • WEB SITE ADDRESS. WWW.LPCLAW.COM



**LYONS, PIPES & COOK, P.C.**
SINCE 1899
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

STATEMENT OF ACCOUNT

December 27, 2006

Gloria Davis
Sedgwick CMS
Post Office Box 24787
Jacksonville, FL 32241-4787

**Balance Due:** $3,000.63
**Statement Date:** 12/27/06
**Re:** 07717/043122
A'letha Dense Raynor and Scott Raynor v.

| Invoice Date | Invoice No. | Invoice Amount | Payments/Credits | Amount Unpaid |
|---|---|---|---|---|
| 12/13/06 | 122194 | 3,000.63 | 0.00 | 3,000.63 |

Total Outstanding                                                   $3,000.63

Last Payment Date:          12/14/06
Last Payment Amount:       $981.99

DPC1

This statement does not include services rendered or disbursements advanced for which you have not been billed.

*Balance Due* does not reflect payments received by us after the date of this statement.

MWB

T.I.N. 63-0966101

2 NORTH ROYAL STREET • P.O. BOX 2727 • MOBILE, ALABAMA 36652-2727
TELEPHONE: (251) 432-4481 • FAX: (251) 432-1820 • WEB SITE ADDRESS: WWW.LPCLAW.COM



**LYONS, PIPES & COOK, P.C.**
SINCE 1899
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

STATEMENT OF ACCOUNT

December 27, 2006

Gloria Davis
Sedgwick CMS
Post Office Box 24787
Jacksonville, FL 32241-4787

**Balance Due:** $60.00
**Statement Date:** 12/27/06
**Re:** 07717/042767
**Sibyl E. Hester v. Winn-Dixie**

| Invoice Date | Invoice No. | Invoice Amount | Payments/Credits | Amount Unpaid |
|---|---|---|---|---|
| 12/13/06 | 122193 | 60.00 | 0.00 | 60.00 |

Total Outstanding                                                                      $60.00

Last Payment Date:        12/14/06
Last Payment Amount:      $2,490.56

DPC1

This statement does not include services rendered or disbursements advanced for which you have not been billed.

*Balance Due* does not reflect payments received by us after the date of this statement.

MWB

T.I.N. 63-0966101

2 NORTH ROYAL STREET • P.O. BOX 2727 • MOBILE, ALABAMA 36652-2727
TELEPHONE: (251) 432-4481 • FAX: (251) 432-1820 • WEB SITE ADDRESS: WWW.LPCLAW.COM



**LYONS, PIPES & COOK, P.C.**
SINCE 1899
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

STATEMENT OF ACCOUNT

December 27, 2006

Mr. Everett Brooks
Sedgwick
P. O. Box 24787
Jacksonville, FL   32241-4787

**Balance Due:**        $54.00
**Statement Date:**     12/27/06
**Re:**                 07717/040344
                        **Angela A. Foster v. Winn-Dixie Stores, Inc.**

| Invoice Date | Invoice No. | Invoice Amount | Payments/Credits | Amount Unpaid |
|---|---|---|---|---|
| 04/13/06 | 116874 | 54.00 | 0.00 | 54.00 |

                        **Total Outstanding**                                    **$54.00**

Last Payment Date:       11/27/06
Last Payment Amount:     $618.14

DPC1

This statement does not include services rendered or disbursements advanced for which you have not been billed.

*Balance Due* does not reflect payments received by us after the date of this statement.

DPC

T.I.N. 63-0966101

2 NORTH ROYAL STREET • P.O. BOX 2727 • MOBILE, ALABAMA 36652-2727
TELEPHONE: (251) 432-4481 • FAX: (251) 432-1820 • WEB SITE ADDRESS: WWW.LPCLAW.COM