**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| Winn-Dixie Stores, Inc., et al. | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

## APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE STATUS FOR POST-PETITION CLAIM AND REQUEST FOR NOTICE

Ashley M. Thomas

Comes now Ashley M. Thomas ("Applicant"), through the undersigned attorney, and seeks administrative expense status for Applicant's claim against one or more of the Debtors pursuant to 11 U.S.C. § 503(b). Applicant requests the entry of an order allowing the administrative expense described below and directing the payment of such amount pursuant to Order Confirming the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order") and the provisions of the Plan as confirmed. In support of this Application, Applicant states as follows:

1. Winn-Dixie Stores, Inc., et al. (the "Debtors") filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on or about February 21, 2005 (the "Petition Date").

2. After the Petition Date and on or about May 1, 2006, Applicant suffered an injury to her body, incurred medical expenses, lost wages, and has pain and suffering from an accident that occurred on the premises of Winn-Dixie Store #512 located at 600 E. Church St., Atmore, Escambia County, Alabama. Applicant asserts that the injury was proximately caused by the negligence of the Debtors.

3.  Applicant's personal injury claim has not yet been liquidated, but the value of the claim may be in excess of $20,000.00.

4.  Section 503(b) of the Bankruptcy Code provides for the allowance of administrative expense status, and its attendant priority for payment, for the "actual, necessary costs and expenses of preserving the estate...." 11 U.S.C. § 503(b). Personal injury claims arising from a post-petition tort committed by the debtor are entitled to administrative expense status. *See*, *Reading Co. v. Brown*, 391 U.S. 471, 485.

5.  Applicant's claim arose as a result of the negligence of the Debtors in the course of their business operations after the Petition Date but before the date of the Confirmation Order. As such, Applicant's claim totaling at least $20,000.00 is entitled to administrative expense status under 11 U.S.C. 503(b), and Applicant seeks the entry of an order awarding such status.

6.  Applicant requests that all future pleadings and notices regarding or affecting Applicant's claim be served upon: G. Shane Cooper, Esq., P.O. Box 728, Atmore, AL 36504.

WHEREFORE, Applicant respectfully requests the Court enter an Order allowing her post-petition administrative expense claims, subject to liquidation by either consent of the parties or a court of competent jurisdiction. Upon liquidation of her post-petition claims, Applicant requests the Court enter an Order requiring Debtors, as a condition of confirmation of their Chapter 11 Plan, to pay the allowed administrative claims in full, and grant such other relief as it deems just and proper.

/s/ G. Shane Cooper
G. Shane Cooper
Alabama Bar ID: ASB-5814-P76G

                                                   P.O. Box 728
                                                   Atmore, AL 36504
                                                   Telephone: (251) 446-8379
                                                   Facsimile: (251) 446-1922
                                                   E-mail: attorneyshane@yahoo.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2006, I filed this Application for Allowance of Administrative Expense Status for Post-Petition Claim and Request for Notice through the CM/ECF filing system, which will cause a copy to be served on James H. Post, Esq., Counsel for the Reorganized debtors, Matthew Barr, Esq., John MacDonald, Esq., Counsel for the Post-Effective Date Committee, and Elena L. Escamilla, Esq. Counsel for the Office of the United States Trustee and all others parties participating in the CM/ECF System, all served electronically.

                                                    <u>/s/ G. Shane Cooper</u>
                                                    Attorney for Applicant