FILED
JACKSONVILLE
FLORIDA

2006 DEC 28  A 9:00

U.S. BANKRUPTCY COURT
MIDDLE DISTRICT
OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In Re: | * | CASE NO. 05-03817-3F1 |
| | * | |
| Winn-Dixie Stores, Inc., et al. | * | CHAPTER 11 |
| | * | |
| Reorganized Debtors. | * | Jointly Administered |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION OF KAMERON JOHNSON, SR., INDIVIDUALLY AND ON BEHALF OF HIS MINOR SON, KAMERON JOHNSON, JR., FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

NOW COMES, Kameron Johnson, Sr., individually and on behalf of his minor son, Kameron Johnson, Jr., ("Claimant"), the holder of administrative expense claims against the bankruptcy estate of Winn-Dixie Stores, Inc., and Affiliated Debtors (the "Debtors"), and move this Court for entry of an order authorizing allowance and payment of Claimants' administrative expense claims as set forth herein. This motion is made pursuant to Section 503(b)(1) of Title 11, United States Code (the "Bankruptcy Code"). In support hereof, the Claimants show this Court as follows:

1.

On November 9, 2006, the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division entered its Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc., and Affiliated Debtors.

2.

During the pendency of the Debtors' Chapter 11 case, Claimants were injured when they slipped and fell at Winn-Dixie Store #1425, located at 3645 LaPalco Boulevard, Harvey, Louisiana 70058. This accident occurred on June 28, 2006. Claimants' damages are thus a liability incurred in the ordinary course of the Debtors' business.

3.

Claimants' damages are yet to be determined as the Claimants are still undergoing treatment for the damages sustained in the fall. At this time the Claimants' damages are estimated as follows:

Kameron Johnson, Sr. - $35,000.00

Kameron Johnson, Jr. - $15,000.00

4.

Claimants are entitled to allowance and payment of a total of $50,000.00 for the damages sustained due to the liability of the Debtors, as an administrative expense claim under Section 503(b)(1) of the Bankruptcy Code.

5.

Claimants' administrative expense claims are not subject to any set off or counter-claim, and Claimants hold no security for said debt.

WHEREFORE, Claimants pray for an order of this Court authorizing the allowance and payment by the Debtors' bankruptcy estate of $50,000.00 to Claimants as an administrative

expense priority claim pursuant to Section 503(b)(1) of the Bankruptcy Code and for such other and further relief as is just and proper under the circumstances.

Respectfully submitted this 27th day of December, 2006.

*Kameron Johnson*
KAMERON JOHNSON, SR., INDIVIDUALLY
AND ON BEHALF OF HIS MINOR SON,
KAMERON JOHNSON, JR.
3704 Sandy Lane
Harvey, Louisiana 70058
Telephone: (504) 304-4711