

## LAW OFFICES OF JESSE A. LIEBERMAN, P.A.

1761 West Hillsboro Boulevard, Suite 330
Deerfield Beach, FL 33442

**JL**

tel 954.596.9944 • fax 954.596.9960
www.jlieberman.com

December 21, 2006

**Via Facsimile: 813-253-0975**
Dennis LeVine & Associates, P.A.

|        | **Our Client:**   | **Monekke Merkson** |
|--------|-------------------|---------------------|
| **RE:**| **Date of Loss:** | **5/17/06**         |
|        | **Defendant:**    | **Winn-Dixie (Store # 0384)** |

Dear Sir/Madame:

This correspondence serves to request your services in the matter of the above-referenced client's action against Winn-Dixie for damages sustained on or about the above date of loss.

Monekke Merkson, was shopping at Winn-Dixie store # 0384, located at 12107 SW 152nd Street in Miami, Florida 33165, when she slipped on a liquid substance and fell. She suffered from low back pain, knees and radiation buttocks pain; she also has a midline disk herniation at L5-S1. Winn-Dixie was negligent in that it failed to maintain its premises in a reasonably safe condition.

**Demand has been made for $75,000.00 in settlement of this claim.**

In the event that you must contact our office regarding this matter, please do so via the contact information below:

Jesse A. Lieberman, Esquire
1761 West Hillsboro Blvd, Suite 330
Deerfield Beach, Florida 33442

Phone:       (954)596-9944
Facsimile:   (954)596-9960
Email:       jl@jlieberman.com

Thank you for your assistance in this matter. If you require additional information, please do not hesitate to contact our office.

Best regards,
Law Offices of Jesse A. Lieberman, P.A.

**EXHIBIT   A**

Jesse Lieberman