# Radloff & Radloff, P.A.
*Attorneys at Law*

Exhibit "A"

Personal Injury                                                                                   Workers' Compensation

James W. Radloff                                                         2051 Art Museum Drive, Suite 200
Edward T. Radloff                                                              Jacksonville, Florida 32207
(904) 398-2200                                                                       Fax (904) 398-2300
                                                                              Toll Free (866) 451-3211

December 14, 2006

Dennis Levine & Assoc, P.A.
P. O. Box 707
Tampa, FL 33601-0707

    Re:    Injured/Client:    Ritchie Jones
           Date of Loss:     02/12/06
           Our File No.:     8516

Dear Mr. Levine:

    Thank you for taking the time to speak with me the other day concerning Winn Dixie Stores and potential personal injury claim.

    Ritchie Jones, Plaintiff; Leroy Jones, husband; 2030 Danson Street, Jacksonville, Florida 32209; DOB: 12/07/55; D/Loss: 02/12/06.

    Ms. Jones was shopping at a local Save Rite Store in Jacksonville, Duval County, Florida, Winn Dixie Store #2603 located at 201 West 48th Street, Jacksonville, Duval County, Florida 32208. She was injured while shopping in the store after attending church services. She tripped due to a wire that was hanging out from the dairy case cooler. She is currently under treatment and has been referred to pain management. The MRI shows a central annular tear at the L3-4 disk with desiccation and bulging. We currently have not placed a value on this case as Ms. Jones is still treating under her physician's care. Hopefully, she will be



EXHIBIT A

December 14, 2006
Page 2


reaching MMI within the next few months.

    Please direct all correspondence to my attention at the above-listed address. I appreciate your assistance in this matter. Please feel free to contact me should you require any additional information.

                                     Very truly yours,

                                     Edward T. Radloff

ETR/klg

Enclosure(s): as stated