KENNETH N. METNICK*
    Board Certified Civil Trial Attorney
MATTHEW D. LEVY **
    Board Certified Civil Trial Attorney
MICHAEL J. LONG **
MICHAEL K. GRIFE **

*MEMBER FLA & NY BAR
**MEMBER FLA BAR ONLY

A LAW OFFICE OF

# METNICK, LEVY & LONG

PALM COURT PLAZA & PROFESSIONAL CENTER
5150 LINTON BLVD • SUITE 320
DELRAY BEACH, FLA. 33484
(561) 498-9979

FACSIMILE: (561) 498-9987
http://www.metnickandlevy.com



On April 3, 2006.at approximately 3:15 pm, our client, Phyllis Frankel Freed was shopping in the Winn Dixie store #0255 (Retail Grocery Store-Miami Division) located at 14595 S. Military Trail, Delray Beach, Palm Beach County, Florida 33484. As she walked through the snack aisle, she decided to get a cart and took one or two steps and proceeded to trip on a piece of plastic strapping. She crashed to the ground hitting her left knee and hand. As a result of the fall, our client sustained a fracture of the proximal left tibia. Our theory of liability rests on negligent maintenance. We have sent our demand for settlement with meds enclosed (without a demand figure) to Sedgwick Claims Management Attn: Gloria Davis, claim no. A611203817-0001-01., PO Box 24787, Jacksonville, FL 32241-4787.

EXHIBIT A