# WILLIAM C. RUGGIERO
### ATTORNEY AT LAW
SUITE 1100
FIDELITY FEDERAL CENTER
200 EAST BROWARD BOULEVARD
FORT LAUDERDALE, FLORIDA 33301

BROWARD (954) 462-2300
FACSIMILE (954) 463-2460
E-MAIL: Ruggiero@WCRlaw.com
WEBSITE: www.Ruggierolaw.com

WILLIAM C. RUGGIERO                                                                 TRAVIS GREENE
FLORIDA BAR BOARD CERTIFIED
CIVIL TRIAL LAWYER

December 20, 2006

Dennis J. LeVine, Esq.
Dennis LeVine & Associates, P.A.
103 So. Boulevard
Tampa, FL. 33608

  Our Client:  Ruth Caban
  Date of Accident: 1/20/06
  RE:    Winn-Dixie Administrative Claim Bar Date - January 5, 2007

Dear Mr. LeVine:

  On January 20, 2006, Ms. Ruth Caban was shopping in Winn-Dixie located at 4201 NW 88th Avenue, Sunrise, Florida when she slipped and fell on liquid on the floor. There were no wet floor signs to warn her of the dangerous condition. Winn-Dixie owed a duty to Ms. Caban, to keep the premisses in a reasonably safe condition. Ms. Caban was a customer lawfully on the premises. Winn-Dixie failed to up hold this standard necessity of care. Due to the fall, Ms. Caban sustained injuries to her right hip, right shoulder, neck, right knee, right wrist and right hand, involving the right thumb and elbow. A demand to settle this claim in th amount of ($75,000.00) was made on September 7, 2006.

  In the event that the Debtors file an objection to the Application, you may designate William C. Ruggiero, Esquire as the person to whom notices shall be sent. Please file the Application for Administrative Expense with the Bankruptcy Court upon receipt of this correspondence.

  Should you have any questions, please do not hesitate to contact our office.

              Very truly yours,

              TRAVIS GREENE    EXHIBIT A