## MEMORANDUM

TO: Dennis LeVine

FROM: Shawney Tim

DATE: December 19, 2006

RE: Jacqueline V. Shaw (851137)
Post Petition Winn Dixie Claims

---

New Case – "Liability Denial" – received 11/27/06

D.O.L. – 8/12/06

SLIP & FALL – walking down the aisle when she slips in a wet substance on the floor. Incident was reported to store manager.

NEGLIGENCE: Failure to maintain its premises in a reasonable safe condition and to warn persons lawfully on the premises of any danger.

INJURIES: re-injured back. Client was still recovering from back surgery from 5/06. Sprain right ankle.

DEMAND AMOUNT: (Unliquidated)

Debtors must be made to: James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202. Fax – 904-359-7708. E-mail – jpost@smithhulsey.com.

Attorney: James Arnold, Esq.
Morgan & Morgan, P.A.
201 North Franklin Street, 7th Floor
Tampa, FL 33602

*Winn Dixie Store #697*
*8424 Sheldon Rd*
*Tampa, FL 33615*

EXHIBIT A