# MORGAN & MORGAN

## A PROFESSIONAL ASSOCIATION

*Attorneys At Law*

ATTORNEYS AT LAW

JAMES D. ARNOLD, JR.
RUSSELL E. ARTILLE
H. SCOTT BATES †
WILLIAM M. BAUMANN
ALEXANDER BILLIAS
T. LEE BODIE
SCOTT T. BORDERS †
GREGORY J. BOSSELER
ADAM BRUM
DONALD W. BUCKLER
NICHOLAS A. BUONICONTI, III
KEVIN J. CARDEN
KEITH M. CARTER †
MICHAEL J. CARTER
ALEXANDER M. CLEM
BRAD CULPEPPER
WILLIAM R. DANIEL
VINCENT M. D'ASSARO †
MICHAEL L. DAVIS
LOUIS A. DEFREITAS, JR.
WILLIAM FINN
GREGORIO A. FRANCIS
STEVEN C. GODDARD
MICHAEL GOETZ
DICK GRECO, JR.
JOHN G. HARNISHFEGER***
DAVID G. HENRY
EARL I. HIGGS, JR.
HERBERT H. HOFMANN II
MICHAEL K. HOUTZ
CLEMENT L. HYLAND
SUMEET KAUL
JAMES W. KEETER
JAMES J. KELLEHER
HANS KENNON
JEFFREY D. KOTTKAMP
STEPHEN J. KNOX †
BRETT J. KURLAND
ARMANDO T. LAURITANO
CLINT M. LAVENDER
CARLOS V. LEACH
JOSEPH A. LINNEHAN †
BRADLEY LUNDEEN **
JAMES T. LYNCH
W. CHARLES MELTMAR †***
TODD K. MINER
W. CLAY MITCHELL, JR.
KEITH R. MITNIK
HECTOR A. MORE*
JOHN B. MORGAN
ULTIMA D. MORGAN
HENRY P. MOWRY
DANIEL J. NEWLIN
DONNY A. OWENS
JAMES D. PACITTI
R.A. PATTERSON, III
BRANDON S. PETERS
MICHAEL A. PETERS
RONSON J. PETREE
GREGORY D. PRYSOCK †
MICHAEL T. REESE
DAVID I. RICKEY *
MARIO ROMERO
ROBERT J. SCANLAN
RANDY E. SCHIMMELPFENNIG †
JOSEPH H. SHAUGHNESSY
DANIEL W. SHEPPARD †
MICHAEL J. SMITH
DAVID A. SPAIN
GERALD SPURGIN
CRAIG R. STEVENS
MICHAEL F. SUTTON †
HARRAN E. UDELL
SCOTT J. URICCHIO
BASIL A. VALDIVIA
BRIAN C. VIGNESS †
IVAN D. VORONEC *
SCOTT M. WHITLEY †
JOHN C. WILLIS IV

HORACE R. BROADNAX
PAUL R. CALDWELL
RICHARD B. CELLER
RICHARD I. CERVILLI
ROBERT GOLDWATER **
WILLIAM R. HOWARD
J. MICHAEL PAPANTONIO
FRANK W. PIAZZA
CLAY M. TOWNSEND
OF COUNSEL

† BOARD CERTIFIED
   CIVIL TRIAL LAWYER

* BOARD CERTIFIED
  WORKERS COMPENSATION
  LAWYER

** LICENSED IN ARIZONA ONLY

*** LICENSED IN WASHINGTON, D.C. ONLY

OFFICES:

16th FLOOR
20 N. ORANGE AVENUE
POST OFFICE BOX 4979
ORLANDO
FLORIDA 32802-4979
(407) 420-1414
18th FAX: (407) 425-8171
9th FAX: (407) 841-9520
10th FAX: (407) 425-9858

SUITE 1790
101 E. KENNEDY BLVD.
TAMPA
FLORIDA 33602
(813) 223-5505
FAX: (813) 223-5402

SUITE 800
ONE UNIVERSITY PARK
12800 UNIVERSITY DRIVE
POST OFFICE BOX 9504
FT. MYERS
FLORIDA 33906-9504
(239) 433-6880
FAX (239) 433-6836

SUITE 301
815 SOUTH MAIN STREET
JACKSONVILLE
FLORIDA 32207
(904) 398-2722
FAX (904) 398-2334
www.forthepeople.com

**VIA FACSIMILE 813-253-0975**        REPLY TO TAMPA

December 14, 2006

(852452)

Dennis J. LeVine, Esquire
103 South Boulevard
Tampa, FL 33601-0707

**RE:** Kenneth Rimondi v. Winn-Dixie

Dear Mr. Levine:

Mr. Rimondi was shopping at the Winn-Dixie located at 333 E. Highland Blvd., Inverness, FL on September 5, 2006, when he slipped and fell down due to a bottle of vitamins that was lying on the floor. He reported the fall to management.

Two days after the fall, he went to the emergency room for low back pain, foot pain and swelling. He has had follow up treatment with Citrus Memorial Hospital, Dr. Mueller, Osceola Physician Management and had an MRI at Citrus Open MRI. He sustained an ankle sprain/contusion and aggravation to lumbar arthritis. He has been treated with physical therapy, rest and medication.

His medical bills received here to date total $1,966.00.

Mr. Rimondi is continuing treatment as of this writing and there will be additional medical bills.

At this time, we are demanding $100,000 for settlement of this claim.

Sincerely,

Herbert H. Hofmann, II

HHH/mkl

EXHIBIT A