# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## AGREED ORDER APPROVING STIPULATION WITH VINCENZO TRAPANI TO MODIFY PERMANENT INJUNCTION

This cause is before the Court upon the motion of Winn-Dixie Stores, Inc. and its reorganized debtor affiliates (collectively, the "Debtors") for an order approving the Debtors' stipulation with Vincenzo and Linda Trapani for modification of the permanent injunction. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The permanent injunction imposed by 11 U.S.C. §524 is modified for the sole purpose of allowing Vincenzo and Linda Trapani to prosecute through final judgment their civil action in the Circuit Court of the 17th Judicial Circuit, in and for Broward County, Florida, Case No. 01-6373-03 against Debtor Winn-Dixie Stores, Inc. to liquidate Claim Number 4155 filed by Vincenzo Trapani. The Trapanis shall not enforce or execute any judgment obtained as a result of such litigation against the Debtors or their property. Any such judgment shall be subject to the Debtors' confirmed plan of reorganization.

2. Except as modified herein, the permanent injunction imposed pursuant to 11 U.S.C. §524 shall remain in full force and effect.

3. The Trapanis shall notify the State Court that the Trapanis' action is subject to the permanent injunction of 11 U.S.C. §524 as provided herein.

4. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 28 day of December 6, 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

[James H. Post is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| KENNETH D. COOPER | SMITH HULSEY & BUSEY |
| By  *s/ Kenneth D. Cooper**  <br> Kenneth D. Cooper | By  *s/ Leanne McKnight Prendergast*  <br> Stephen D. Busey <br> James H. Post <br> Leanne McKnight Prendergast |
| Florida Bar Number 362116 <br> 400 SE 8th Street <br> Fort Lauderdale, Florida 33316 <br> (954) 522-7177 <br><br> Counsel for the Trapanis | Florida Bar Number 59544 <br> 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> lprendergast@smithhulsey.com <br><br> -and- |
| *Counsel has authorized the use of his electronic signature. | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP <br> D. J. Baker <br> Sally McDonald Henry <br> Rosalie Walker Gray <br> Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) <br> djbaker@skadden.com <br><br> Co-Counsel for the Reorganized Debtors |

00551656.2