*James E. Doddo*
*Attorney at Law*

THE ALHAMBRA WEST
95 MERRICK WAY, SUITE 100
CORAL GABLES, FLORIDA 33134

TELEPHONE (305) 442-4060
FACSIMILE (305) 442-6010

December 14, 2006

Mr. Dennis J. LeVine          **Sent Via Regular Mail**
P.O. 707
Tampa, Florida 33601-0707

**RE:   My Client:              Gabriela Contreras**
       **Date of Loss:           7/9/06**
       **Winn Dixie Claim No.:   A611206653-0001-01**
       **Location:               Winn Dixie Store #0235**
                                **3451 NW 18th Avenue, Miami, Florida**
       **Filing of Application for Allowance of Administrative Claims**

Dear Dennis:

This letter serves to confirm our conversation of December 14, 2006, wherein the following was agreed:

A) You are going to file an Application for Allowance of Administrative Claims for Certain Post-Petition Personal Injury Claimants as required by an order entered in the Bankruptcy Court of the Middle District of Florida in re Winn Dixie Stores, Inc., et al.

Pursuant to your instructions, please be advised that my client, Ms. Gabriela Contreras, on or about July 9, 2006 slipped on a liquid substance at Winn Dixie Store number 0235 located at 3451 NW 18th Avenue, Miami, Florida. She has been treated for her injuries by South Miami Health Center and to date has incurred approximately $8,000.00 in medical bills. As a result of the slip and fall, the health care provider has opined that she has been left with a 10 % permanent partial impairment to the body as a whole. My demand to settle the claim was $18,000.00.

Finally, you indicated that I should contact you on or about December 21, 2006 to confirm that timely filing of the motion has been accomplished.

Thank you for your assistance in this matter.

Sincerely,

James E. Doddo

EXHIBIT A