UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                    CASE NO.: 05-03817-JAF

                                                          (*Jointly Administered*)

WINN DIXIE STORES, et al.

                                                          CHAPTER 11

Debtors.
_____/

**ORDER GRANTING AGREED MOTION FOR EXTENSION
OF TIME FOR THE NEWPORT PARTNERS
TO FILE ADMINISTRATIVE EXPENSE CLAIM(S)**

This case is before the Court upon the Agreed Motion for Extension of Time for the Newport Partners to File Administrative Expense Claim(s) filed by the MORRIS TRACT CORP., a Florida corporation ("Morris"), THE WILLISTON HIGHLANDS DEVELOPMENT CORP., a Florida corporation ("Williston"), and THE MORRIS TRACT CORP., doing business as NEWPORT PARTNERS, doing business as PARTNERSHIP/NEWPORT MOTEL (the "Newport Partners")(collectively, Morris, Williston, and the Newport Partners shall be referred to herein as "Newport Partners" and/or "Defendants"). Based upon the representations of Counsel in the Agreed Motion, it is

**ORDERED** that:

1.    The Agreed Motion for Extension of Time is GRANTED.

2.    Defendants are given through and including fifteen (15) days after the entry of an

CASE NO.: 05-03817-JAF

Order resolving the Adversary (Adv. Pro. No. 05-00317-JAF), to file their administrative expense claim(s), if any.

DATED _December 28, 2006_ in Jacksonville, Florida.

_____
~~THE HONORABLE~~ JERRY A. FUNK
United States Bankruptcy Judge

Copies Furnished To:

Peter D. Russin, Esq.
Cynthia Jackson, Esq.
James Post, Esquire
Matthew Barr, Esquire
Cynthia C. Jackson, Esquire
David J. Baker, Esquire

Firm Clients\1836\1836-2\00226355.WPD.                                      2