# PERLINI & HERBERT, PA

ATTORNEYS AT LAW

PLEASE RETURN CORRESPONDENCE TO:

☐  
**DELRAY OFFICE**  
*333 Northeast 2nd Street*  
*Delray Beach, FL 33483*  
*(561) 274-7475*  
*Fax: (561) 274-7455*

☒  
**FORT LAUDERDALE OFFICE**  
*110 Southeast 6th Street*  
*Suite 1920*  
*Ft. Lauderdale, FL 33301*  
*(954) 667-6767*  
*Fax: (954) 667-6627*

## FAX MEMORANDUM

TO:     David Levine, Esq.  
FAX:    813-253-0975  
FROM:   Beth Williamson, Paralegal / Richard Perlini, Esq.  
DATE:   December 20, 2006  
RE:     Motion for Administrative Expense Claim

| DOCUMENTS | NUMBER OF PAGES* |
|---|---|
| Total Number of pages including cover sheet | 4 |

Dear Mr. Levine:

Please filed Motions for Administrative Expense claims on our behalf in the following matters:

Glenda Brinson v. Winn-Dixie  
Winn-Dixie #330 in Fort Lauderdale, FL - Claim No. A611207024  
$250,000.00 in unliquidated damages.  
DOA: 7/27/06

Monica Brown v. Winn-Dixie  
Winn Dixie #0210 - Claim No. A511214082000101  
$50,000.00 in unliquidated damages  
DOA: 11/13/05

Notices should be sent to our Fort Lauderdale office. My email is bwilliamson@rperlini.com. If you should require additional information, please feel free to contact me at 954-667-6767 ext. 102.

Very truly yours,

Beth Williamson, Paralegal

EXHIBIT **A**