LAW OFFICES

# TROUTMAN, WILLIAMS, IRVIN, GREEN, HELMS & POLICH

PROFESSIONAL ASSOCIATION

RUSSELL TROUTMAN
JOSEPH H. WILLIAMS
PAUL B. IRVIN
ROBERT F. GREEN
ROGER D. HELMS
JOE POLICH, JR.
ROBERT N. HEMPHILL

LEGAL ASSISTANTS
VICTOR E. PETRIS
BERT FOSCHINI

311 WEST FAIRBANKS AVE.
WINTER PARK, FLORIDA 32789

TELEPHONE (407) 647-2277
TELEFAX (407) 628-2986
TOLL FREE 1-800-432-5106

www.troutmanwilliams.com

December 19, 2006

**VIA TELEFAX: (813) 253-0975 & U.S. MAIL**

Dennis Levine & Associates
Post Office Box 707
Tampa, Florida 33601

    Re:    Our Client    :    Alfonso Martinez
              Claim No.    :    A611201320-0001-01
                              Sedgwick Claims Mgmt. Services, Inc.
                              Post Office Box 24787
                              Jacksonville, Florida 32241
                              Adjuster: Ms. Felicia Holland
                              Tel: (888) 784-3470
            D/Accident   :    February 12, 2006
            Location     :    Winn Dixie Store #2246
                              Highway 441, Apopka, Florida

Dear Mr. Levine:

    It is my understanding that you spoke with my law partner, Joe Polich, regarding his client, Dave Robb's claim against Winn-Dixie. My client, Alfonso Martinez, also sustained an injury at Winn-Dixie and Mr. Polich referred me to you in order to preserve his claim in light of the bankruptcy proceedings. It is my understanding that you would like to have the following information:

1.    The amount of our demand is $75,000.00;
2.    Please provide any notice to me on behalf of Alfonso Martinez;
3.    My e-mail address is **rhemphill@troutmanwilliams.com**;

    It is my understanding that you will perform the necessary electronic filing required by the enclosed *Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing Claims Arising before Effective Date and other Administrative Claims.*

EXHIBIT A

1

If you have any questions concerning this matter or need to discuss any aspect of this case, please feel free to contact me.

It is my understanding I will receive a receipt indicating that the electronic filing to preserve this claim has occurred from the bankruptcy court prior to January 5, 2007.

Thank you for your attention to this matter.

Very truly yours,

Robert N. Hemphill

RNH/gw

enc:

c.c.   Mr. Alfonso Martinez