2) Elouise Corniffe
DOA 9/24/06
Winn Dixie #0247
1155 NW 11th Street
Miami, FL
Slip and fall on liquid detergent, no warning signs around. Store employee feel as well as they attempted to clean up the spill
Fluid in left knee, back and knee pain
Unliquidated amount
Charles H. Cohen, P.A.
2856 East Oakland Park Blvd.
Fort Lauderdale, FL 33306
954-630-8898
954-565-8454 Fax
CCohen1039@AOL.com

EXHIBIT A