3) Elizabeth Walker
DOA 11/28/06
Winn Dixie
1035 NW 9th Avenue
Fort Lauderdale, FL 33311
Slip and fall on 3 ft diameter puddle of water from the juice refrigerator, water was muddy
Bruises on legs, concussion, right side buttocks in pain, right leg cut open
Unliquidated amount
Charles H. Cohen, P.A.
2856 East Oakland Park Blvd.
Fort Lauderdale, FL 33306
954-630-8898
954-565-8454 Fax

EXHIBIT A