UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about December 18, 2006 I caused copies of:

- the **Agreed Order Resolving Claims Filed by Unilever Best Foods, as Set Forth in the Debtors' Seventeenth Omnibus Claims Objection**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: December 28, 2006

Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: 71

# EXHIBIT A
# SERVICE LIST

SERVICE LIST

**Agreed Order Resolving Claims Filed by Unilever Best Foods,
as Set Forth in the Debtors' Seventeenth Omnibus
Claims Objection**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                **CASE:  05-03817-3F1**

CREDITOR ID: 417063-98
DK ACQUISITION PARTNERS LP
C/O MH DAVIDSON & CO
ATTN MICHAEL J LEFELL
65 EAST 55TH STREET, 19TH FLOOR
NEW YORK NY 10022

CREDITOR ID: 417106-98
SMITHTOWN BAY LLC
C/O SEWARD & KISSEL LLP
ATTN RENEE EUBANKS ESQ
ONE BATTERY PARK PLAZA
NEW YORK NY 10004

CREDITOR ID: 417106-98
SMITHTOWN BAY LLC
ATTN DAVID A ERICSON, VP
BRIAN NAAS
601 CARLSON PARKWAY SUITE 200
MINNETONKA MN 55305

CREDITOR ID: 263754-12
UNILEVER BEST FOODS
C/O UNILEVER - FOODS NA
ATTN RICHARD BELLIS
2200 CABOT DR, STE 200
LISLE IL 60532

CREDITOR ID: 423148-97
UNILEVER UNITED STATES INC
ATTN: BRIAN S CHEVLIN, DEP GEN CNSL
700 SYLVAN AVENUE, B3035
ENGLEWOOD CLIFFS NJ 07632-3100

Total:  5

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |

**AGREED ORDER RESOLVING CLAIM FILED BY UNILEVER
BEST FOODS, AS SET FORTH IN THE DEBTORS'
SEVENTEENTH OMNIBUS CLAIMS OBJECTION**

These cases originally came before the Court for hearing on September 14, 2006, upon the Seventeenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A through C to the Objection.[2]  Formal and informal responses to the Objection were raised, as a result of which the Debtors agreed to continue the Objection with respect to claim no. 10024 filed by Unilever Best Foods, among others.  On September 14, 2006, the Court entered an order (Docket No. 10945) sustaining the Objection as to the proofs of claim listed on the exhibits to the order and continuing the hearing on the Objection as to Unilever Best Foods and other unresolved claims.  Based upon the

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

representation by counsel to the Debtors that the proposed Agreed Order reflects a resolution of the Objection as to claim no. 10024 filed by Unilever Best Foods, it is

ORDERED AND ADJUDGED:

1. Claim no. 10024 filed by Unilever Best Foods is disallowed in its entirety.

2. Neither the Objection nor any disposition of the Claim pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against the Claimant.

3. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 14 day of Dec, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

477362-Wilmington Server 1A - MSW