1) Audrey Finn
DOA 7/4/05
Winn Dixie #304
1531 NW 40th Avenue
Lauderhill, FL 33313
Slip and fall on a puddle of water; no wet floor sign, it wasn't raining outside.
Herniations at L3/4, L4/5, T10/11
Possible left knee internal derangement
Demand $235,000.00
Charles H. Cohen, P.A.
2856 East Oakland Park Blvd.
Fort Lauderdale, FL 33306
954-630-8898
954-565-8454 Fax
CCohen1039@AOL.com

EXHIBIT A